Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
  *ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.:   310-854-4444
Fax:   310-854-0812

Stephen M. Gorny [Admitted *Pro Hac Vice*]
  *steve@gornylawfirm.com*
Chris Dandurand [Admitted *Pro Hac Vice*]
  *chris@gornylawfirm.com*
**THE GORNY LAW FIRM, LC**
2 Emanuel Cleaver II Boulevard, Suite 410
Kansas City, MO 64112
Tel.:   816-756-5056
Fax:   816-756-5067

Barry. R. Eichen [Admitted *Pro Hac Vice*]
  *beichen@njadvocates.com*
Evan J. Rosenberg [Admitted *Pro Hac Vice*]
  *erosenberg@njadvocates.com*
Ashley A. Smith [Admitted *Pro Hac Vice*]
  *asmith@njadvocates.com*
**EICHEN CRUTCHLOW ZASLOW & McELROY**
40 Ethel Road
Edison, NJ 08817
Tel.:   732-777-0100
Fax:   732-248-8273

Jay Barnes [Admitted *Pro Hac Vice*]
  *jaybarnes5@zoho.com*
Rod Chapel [Admitted *Pro Hac Vice*]
  *rod.chapel@gmail.com*
**BARNES & ASSOCIATES**
219 East Dunklin Street, Suite A
Jefferson City, MO 65101
Tel.:   573-634-8884
Fax:   573-635-6291

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS - MD ANDERSON CANCER CENTER,<br><br>        Defendants. | CASE NO. 5:16-cv-01282-EJD<br><br>**DECLARATION OF TIMOTHY LIBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**<br><br>Date:    April 13, 2017<br>Time:    9:00 a.m.<br>Crtrm.:  4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

**<u>DECLARATION OF TIMOTHY LIBERT</u>**

1.      My name is Timothy Libert and I am of sound mind, over the age of eighteen years old, capable of making this Declaration, and personally acquainted with the facts stated herein.

2.      I am a Doctoral Candidate at the University of Pennsylvania where I am currently writing my dissertation on the topic of third-party web tracking. I first learned web site coding techniques in 1999 and have continued to author and analyze web pages for the last 17 years. I have written a study on the topic of tracking on health web sites titled "Privacy Implications of Health Information Seeking on the Web" which was published in the March 2015 edition of *Communications of the Association for Computing Machinery* ("CACM"). CACM is among the oldest, most respected, and most cited Computer Science publications in existence and my study went through rigorous peer and editorial review prior to publication. In addition, I jointly authored a related article, "What Web Browsing Reveals About Your Health", with two physician-professors from the University of Pennsylvania medical school. The article was peer-reviewed and published in *The BMJ* (formerly known as *The British Medical Journal). The BMJ* has been in publication since 1840 and is the fourth most citied general medical journal. I also contributed an essay on the topic of online health privacy to a collection published by the Open Technology Institute at the New America Foundation which was subsequently submitted to the U.S. Federal Trade Commission. I have provided expert advice to numerous journalists on topics related to web tracking and have been interviewed on the topic of health privacy online on National Public Radio's *All Things Considered*. My research has been covered in news outlets in over 20 countries. Since 2012 I have given over 20 invited lectures and refereed conference presentations on topics related to online privacy and human rights in 10 different countries across three continents.

3.      Internet users employ web browsers to send and receive electronic communications.

4.      Web browsers are software applications that allow consumers to send, receive, and view electronic communications on the Internet.

/ / /

5.      The most popular web browsers include Apple Safari, Google Chrome, Microsoft Internet Explorer, Microsoft Edge, Mozilla Firefox, and Opera. I am intimately familiar with the functioning of web browsers.

6.      Every web site is hosted by a computer server through which it sends and receives communications with Internet users via their web browsers to display web pages on users' monitors and screens, depending upon the individual user's chosen computing device.

7.      A web page is displayed on an end-user's screen through the processing of "source code" which is written in the Hypertext Markup Language (HTML). Source code contains the written instructions that allow a user's web browser to display content and text, manage user interactions with the page, and other such tasks.

8.      Although a web page appears on a user's screen as a complete product, it is, in reality, an assembled collage of independent elements which may be visible or non-visible. Examples of visible elements are pictures and videos, non-visible elements may include computer code such as Javascript and Cascading Style Sheets.

9.      Regardless of type, individual page elements may be downloaded from computers owned and operated by distinct entities, oftentimes private companies. The instructions of what servers to download elements from are included in the page source code and are carried out by the web browser.

10.      HTML source code is normally read, or 'parsed', in order from top to bottom and left to right. Therefore, code that is written closer to the top of the instructions is often executed before other, later, code.

11.      Web browsers utilize the Hypertext Transfer Protocol (HTTP) to initiate Internet connections to web servers in order to download specific web pages and files such as images. One of the basic HTTP commands web browsers use to communicate with web servers is called the 'GET command' or 'GET request;' another is the 'POST command' or 'POST request.'

12.      Each HTTP request contains several fields of data, called 'headers.' Among these headers are the 'referer' which is the address of either the page a user clicked to reach the current page, or the page currently being rendered, and the 'user-agent' field which identifies the type of

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

1    computer and web browser being utilized.

2        13.    For example, when an Internet user types "www.cancer.org" into the navigation bar

3    of their web browser and hits 'Enter' (or, more commonly, when an Internet user clicks on a

4    hyper-link), the user's browser sends an HTTP request to the server for Cancer.org. This request

5    instructs the Cancer.org server to send the HTML source code file representing the Cancer.org

6    homepage to the user's web browser for processing and display.

7        14.    Upon receiving and processing the HTML source code, the web browser of the user

8    is commanded to initiate many distinct and contemporaneous HTTP requests to both Cancer.org

9    and additional third-party web servers.

10       15.    Once the user has instructed the browser to download a page the browser follows

11   the commands contained in the source code of the page. Beyond instructing the browser which

12   page to display, the user has little direct involvement in rendering the page: the source code is in

13   control.

14       16.    In order to speed up the rendering and delivery of web page content, modern web

15   browsers often make many HTTP connections in parallel, thus the source code may be

16   commanding the browser to carry out tasks in a sequence and speed which would be impossible

17   for a human.

18       17.    Each web server has an Internet Protocol Address ("IP address"). For example, the

19   IP address for the web site www.cancer.org is currently "69.20.25.160." An IP address, however,

20   is not the same thing as a Uniform Resource Locator, or more commonly, URL. Whereas an IP

21   address may correspond to a server which hosts many web sites, a URL is linked to one specific

22   site only. Merely knowing that a user initiated a connection to the IP address "69.20.25.160" does

23   not necessarily reveal the specific site, nor the specific content the user is requesting. In contrast, a

24   full-string detailed URL (as explained below) reveals both the parties to the communication and

25   oftentimes its content as well.

26       18.    A URL is composed of several different parts. For example, consider the following

27   URL: http://www.cancer.org/cancer/prostatecancer/index

28            a.    **http://**: This is the protocol identified by the web browser to the web server

1   which sets the basic language of the interaction between browser and server.

2       b.   **www.cancer.org**: This is the fully-qualified domain name (FQDN) that

3   identifies the web site and corresponding web server, with which the

4   Internet user has initiated a communication;

5       c.   **/cancer/prostatecancer/index**: This part of the URL indicates the

6   hierarchical identifier of the requested page within the totality of the

7   Cancer.org web site; sometimes this is a specific directory on the server's

8   file system, but it may also be dynamically evaluated by the server to

9   retrieve content from a database or content management system (CMS).

10   19.   Once a user's browser begins to download the elements specified in the HTML

11   source code retrieved from the above URL, the address of that page, known as the 'referer', is

12   transmitted to the given web server with each subsequent HTTP request. Thus, in this example,

13   any of the third-parties to whom the user makes an HTTP request will be able to determine the

14   user has an interest in prostate cancer by the referer information alone (in this case

15   http://www.cancer.org/cancer/prostatecancer/index).

16   20.   Rather than constituting mere routing information, as with a numeric IP address, in

17   this example it is clear that the URL is itself sensitive content. This is the case because URLs are

18   intended to be read by users as a form of content in the browser and not just by computers

19   performing networking tasks.

20   21.   The contemporaneous HTTP requests to third-parties is initiated through each

21   individual Internet user's web browser at the instruction of source code without any further action

22   or knowledge of the user, often leaving the user unaware that additional parties have been

23   contacted or that personal web browsing habits and interests have been transmitted.

24   22.   For example, on the Cancer.org page provided above, the user sends an HTTP

25   request from her or his web browser to Cancer.org by typing the page address into her or his web

26   browser or by clicking on a link to go to that page. Unbeknownst to the user sending the

27   communication, Cancer.org contains Javascript code which commands the user's web browser to

28   make an HTTP request to a Facebook web server. When this request is sent, the user's medical

interests as contained in the page URL are communicated to Facebook. Many such requests are made in tandem.

23. Without the knowledge, consent, or any action of the user, the entire process happens in milliseconds, with the precise length of time from original HTTP request to final element request determined by the user's computer capabilities, Internet speed, and the speed of the web server and server(s) to which the user's referer URL and HTTP requests are contemporaneously initiated. The third-parties acquire the communications before the web site has completed rendering on the user's web browser.

24. Many elements on the page hosted by other servers are not necessary for web sites to provide users with the specific informational content they have requested, including, in this example from Cancer.org, the Javascript code downloaded from the Facebook server.

25. Many web sites also use "cookies" to facilitate communications. A "cookie" is a small text file created by the users' web browser at the instruction of a web server or page source code. This text file may be used to store and transmit data whenever a user's web browser interacts with a given web server. Such data may enable companies to identify, authenticate, and track the Internet communications of users who interact with a company's web server. Cookies are generally classified by their duration and the status of the entity using them:

   a. Classifications by Duration:

      i. "Session cookies" are placed on a user's computing device only for the time period during which the user is navigating the web site that placed the cookie. The user's web browser ordinarily deletes session cookies when the user closes the browser;

      ii. "Persistent cookies" are designed to survive beyond a single Internet-browsing session. The entity creating the persistent cookie determines its lifespan. As a result, a persistent cookie can be used to track and record a user's Internet communications for years. Depending on intended purpose, persistent cookies are sometimes called 'tracking cookies.'

b.     Classifications by Party

    i.     "First party cookies" are set on a user's device by the web site the user intends to visit and whose address is clearly visible in the browser's address bar. For example, Cancer.org has a collection of its own cookies that it sets and accesses on user's browsers when they communicate with the American Cancer Society through Cancer.org.

    ii.     "Third-party cookies" are set by the web servers of entities other than the web site or entity with which the user intends to communicate. As Facebook's competitor Google explains: "Third-party cookies are associated with a domain that is separate from the site a user visits." See https://support.google.com/adsense/answer/2839090?hl=en. The process of third-party cookies is illustrated by Google in a video, where its spokesperson explains, "That's why they're called third-party cookies. Because the web site sending the cookies to your browser, usually an ad serving company, is actually a different site from the one you're visiting." See video at approximately 2:50 by sending the following communication through a web browser: https://www.google.com/intl/en/policies/technologies/cookies.

Unlike first-party cookies, third-party cookies may have purposes unrelated to direct user needs. Instead, third-party cookies often work in furtherance of data collection, behavioral profiling, and targeted advertising.

26.     On July 12, 2016, and September 09, 2016, I used the webXray software version 1.0 following the instructions at http://webxray.org to detect the initiation of HTTP requests to Facebook servers which may transmit information relating to Internet-user communications on the following web sites:

6

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

| 1 | a. | For the American Cancer Society – Cancer.org |
|---|---|---|
| 2 | b. | For the American Society of Clinical Oncologists – Cancer.net |
| 3 | c. | For the Melanoma Research Foundation – Melanoma.org |
| 4 | d. | For Adventist Health System – ShawneeMission.org and |
| 5 | | i. | ACCCourtland.com |
| 6 | | ii. | AdventistCare.org |
| 7 | | iii. | KeepingYouWell.com |
| 8 | | | 1. | KeepingYouWell.com/abh |
| 9 | | | 2. | KeepingYouWell.com/agh |
| 10 | | | 3. | KeepingYouWell.com/ahh |
| 11 | | | 4. | KeepingYouWell.com/almh |
| 12 | | iv. | Centracare.org |
| 13 | | v. | AvistaHospital.org |
| 14 | | vi. | CastleRockHospital.org |
| 15 | | vii. | CTMC.org |
| 16 | | viii. | ChippewaValleyHospital.com |
| 17 | | ix. | FloridaHospital.com |
| 18 | | | 1. | FloridaHospital.com/Altamonte |
| 19 | | | 2. | FloridaHospital.com/Apopka |
| 20 | | | 3. | FloridaHospital.com/Connerton |
| 21 | | | 4. | FloridaHospital.com/Carrollwood |
| 22 | | | 5. | FloridaHospital.com/Celebration-Health |
| 23 | | | 6. | FloridaHospital.com/DeLand |
| 24 | | | 7. | FloridaHospital.com/East-Orlando |
| 25 | | | 8. | FHFishMemorial.org |
| 26 | | | 9. | FloridaHospital.com/Flagler |
| 27 | | | 10. | FloridaHospital.com/children |
| 28 | | | 11. | FloridaHospital.com/Heartland |

7

1            12.     FloridaHospital.com/Kissimmee

2            13.     FloridaHospital.com/Memorial-Medical-Center

3            14.     FloridaHospital.com/New-Smyrna

4            15.     FloridaHospital.com/North-Pinellas

5            16.     FloridaHospital.com/Oceanside

6            17.     FloridaHospital.com/Orlando

7            18.     FloridaHospital.com/Tampa

8            19.     FloridaHospital.com/Waterman

9            20.     FloridaHospital.com/Heartland

10            21.     FloridaHospital.com/Wesley-Chapel

11            22.     FloridaHospital.com/Winter-Garden

12            23.     FloridaHospital.com/Winter-Park-Memorial

13            24.     FloridaHospital.com/ZephyrHills

14         x.     GordonHospital.com

15         xi.     HospiceoftheComforter.com

16         xii.     MyLittletonHospital.org

17         xiii.     MancesterMemorial.org

18         xiv.     MPlex.org

19         xv.     MurrayMedical.org

20         xvi.     ParkridgeHealth.org

21         xvii.     ParkerHospital.org

22         xviii.     PorterHospital.org

23         xix.     Takoma.org

24         xx.     TexasHealthHuguley.org

25     e.     For BJC Healthcare – BarnesJewish.org and

26         i.     BJC.org

27         ii.     StLouisChildrens.org

28         iii.     Boone.org

       iv.     AltonMemorialHospital.org

       v.     BJSPH.org

       vi.     BarnesJewishWestCounty.org

       vii.     MemHosp.com

       viii.     MissouriBaptist.org

       ix.     MissouriBaptistSullivan.org

       x.     ChristianHospital.org

       xi.     ParklandHealthCenter.org

       xii.     ProgressWest.org

       xiii.     RehabInstituteStL.com

    f.    For Cleveland Clinic – ClevelandClinic.org and

    g.    For University of Texas – MD Anderson Cancer Center – MDAnderson.org.

27.    Scans were performed on separate dates for two main reasons: first, due to inherent limitations of any software technique some network requests may be missed as a result of network congestion and related factors[1], second, webmasters may change the coding of their websites, resulting in different results at different times.

28.    On July 12, 2016, I determined that of the 68 above websites, 12 hosted pages at the following addresses that contained source code that commanded users' web browsers to initiate HTTP connections to Facebook.com which included referer headers revealing the page being viewed:

    a.    altonmemorialhospital.org

    b.    barnesjewish.org

    c.    barnesjewishwestcounty.org

    d.    bjsph.org

    e.    boone.org

---

[1] See Libert, Timothy. "Privacy implications of health information seeking on the web." *Communications of the ACM* 58.3 (2015): 68-77 for additional detail.

f.    cancer.org

g.    ctmc.org

h.    floridahospital.org/children

i.    melanoma.org

j.    missouribaptistsullivan.org

k.    parkridgehealth.org

l.    www.stlouischildrens.org/our-services/hematologyoncology-services

It should be noted that 82% of pages did not disclose user data to Facebook, and were fully functional.

29.    On September 09, 2016, I determined that of the 68 above websites, 20 hosted pages found at the following addresses contained source code which commanded users' web browsers to initiate HTTP connections to Facebook.com which included referer headers revealing the page being viewed:

a.    altonmemorialhospital.org

b.    avistahospital.org

c.    barnesjewish.org

d.    barnesjewishwestcounty.org

e.    bjsph.org

f.    boone.org

g.    cancer.net

h.    cancer.org

i.    castlerockhospital.org

j.    pages.clevelandclinic.org/testicular-cancer-index.html

k.    ctmc.org

l.    flatironsheart.org

m.    floridahospital.org/children

n.    melanoma.org

o.    missouribaptistsullivan.org

1     p.  mylittletonhospital.org

2     q.  parkerhospital.org

3     r.  parkridgehealth.org

4     s.  porterhospital.org

5     t.  www.stlouischildrens.org/our-services/oncology-services

6 It should be noted that 70% of pages did not disclose user data to Facebook, and were fully

7 functional.

8  30.  It should be noted that the source code on the Cleveland Clinic homepage did not

9 command users' browsers to initiate HTTP connections to Facebook servers.  However, in

10 September 2016, the page at address http://pages.clevelandclinic.org/testicular-cancer-index.html

11 included Javascript code obtained from Oracle subsidiary AddThis, which initiated a Facebook

12 connection.

13  31.  The major source of discrepancy between the two samples is that on September 9,

14 2016, the six following sites from the Adventist Health System included a common Javascript file

15 from the address http://www.googletagmanager.com/gtm.js?id=GTM-Z6TQ which was

16 configured to command users' browsers to initiate HTTP requests to Facebook servers.  This file

17 is part of the Google Tag Manager service which promises that websites using the service "can

18 load [elements] faster and data collection can start even before all content appears" and was

19 configured according to Adventist specifications ("GTM-Z6TQ" is the common account identifier

20 used across these sites).

21    a. avistahospital.org

22    b. castlerockhospital.org

23    c. flatironsheart.org

24    d. mylittletonhospital.org

25    e. parkerhospital.org

26    f. porterhospital.org

27  32.  Based on comments embedded in the source code of the above six pages it appears

28 that the Google Tag Manager code had been disabled and then re-enabled on these sites by the

Adventist Health System, demonstrating that web masters have full control over the inclusion of such code.  Per the source code of avistahopsital.org at lines 100 and 101, respectively:

    a. "removed Google Tag Manager [jmayberry (WSOL) 8/25/2016 https://wsol.accelo.com/?action=view_issue&id=980]"

    b. "Updated: re-enabling Google Tag Manager per email request from Kevin Guill [jmayberry (WSOL) 8/31/2016]"

    33.    Additionally, on both the July and September 2016 scans, mdanderson.org contained source code which at times commands the browser to make an HTTP request to Liverail, a Facebook subsidiary, as well as Facebook.com. However, the source code is written in such a way that the request is not made consistently and does not directly expose referer information to Facebook. Despite this, during times when the request is made successfully, several cookies are set.

    34.    Similarly, both www.stlouischildrens.org/our-services/hematologyoncology-services and www.stlouischildrens.org/our-services/oncology-services contained code which initiated requests to Facebook-controlled Liverail domains.

    35.    Further underscoring that websites are dynamic, it should also be noted that on July 16, 2016, an HTTP request to Facebook was detected on cancer.net, but as of July 29, 2016, such a request was no longer detected.  However, as of September, 2016, a Cancer.net Javascript file initiated a request to Facebook.

    36.    Javascript is a programming language which may be used to command web browsers to carry out complex tasks.  Oftentimes a single line in the source code of a page will command the user's browser to download and execute a much longer Javascript program.  Given the power of the Javascript language, such programs may initiate the loading and execution of nearly unlimited amounts of code.  In this way, Javascript elements such as the Google Tag Manager and AddThis widget are analogous to clown cars: while they appear small on the outside, an endless number of requests and elements may emerge from them.  As noted above, the Cleveland Clinic makes use of the AddThis widget, and several Adventist Health System sites make use of Google Tag Manager.

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

37.     On September 19, 2016, it was determined that the pages with the following URLs, which clearly contain sensitive medical content, transmitted referer data to Facebook-controlled domains, thereby revealing the medical concerns of users:

        a.   http://www.cancer.org/cancer/colonandrectumcancer/index

        b.   http://www.cancer.net/cancer-types/colorectal-cancer

        c.   http://www.barnesjewish.org/Health-Library/View-Content?contentTypeId=42&contentId=ColorectalCancerRisk

        d.   http://pages.clevelandclinic.org/colon-cancer-index.html

        e.   https://www.melanoma.org/understand-melanoma/pediatric-melanoma

        f.   https://www.avistahospital.org/AVH/Specialties/GI/Colonoscopy/

38.     Once webXray had identified the above pages which commanded users' browsers to initiate HTTP requests to Facebook servers, the "Developer Tools" feature of the Google Chrome browser was manually used to generate reports of network activity in the HTTP Archive (HAR) format for each page.

39.     According to StatCounter, Chrome is currently the most popular web browser in the United States, thus results from this browser are most representative of how the greatest number of people will interact with the above web sites.

40.     For each web site, Chrome's "Clear browsing data" option was used to reset all cookies and cached data prior to the site being loaded. Next, the page was loaded to generate a report which is representative of a user who is not logged into Facebook. Finally, a Facebook account was logged into and the page was reloaded to generate a new report, thus producing a snapshot of HTTP activity typical for a logged-in Facebook user.

41.     HAR data from Chrome was subsequently processed using a custom Python program to extract relevant HTTP request, referer, and cookie data. Following this step, the HTML source code of each page was manually evaluated to determine the process by which commands to users' browsers to initiate HTTP connections to Facebook servers were triggered. This analysis was an in-depth process carried out over several days in July, August, and September 2016.

42.     I have attached hereto, as Exhibit A, reports generated by the above techniques, detailing each of the above-listed web sites that contains source code which commands users' web browsers to disclose to Facebook, in real-time, the communications of users who were sending communications to and receiving communications from these web sites, attached to cookie and other information that personally-identifies users to Facebook. These reports include information on the complete timing of all HTTP requests, demonstrating the Facebook requests occur contemporaneously with other requests during page loading. I have also archived relevant HTML and Javascript source code as it pertains directly to commands resulting in Facebook-directed HTTP traffic.

43.     The health care entities that run the web sites listed above provide sensitive health care services and information to patients and other users with whom they communicate.

44.     Facebook publicly states that it downloads and processes (or 'scrapes') the entire content of every web site with Facebook code on its web pages:

▼ **Why and when does Facebook scrape my website?**

Facebook needs to scrape links shared to Facebook to know which to link preview information to show on Facebook.com or on Facebook for iOS and Android. This happens every 30 days to ensure the properties are up to date. The linked page is also scraped when the URL is entered into the Debugger Tool.

Facebook observes cache headers on your URLs - it will look at `Expires` and `Cache-Control` in order of preference. However, even if you specify a longer time, Facebook will scrape your page every 30 days.

45.     Through its scraping process, Facebook has knowledge of all of the above web sites' status as sensitive health care web sites, including medical providers, and knowledge of their Privacy Policies. As stated above, disclosures of user communications to Facebook are not necessary for web sites to deliver informative content to users, including the above-listed web sites. In fact, some of the above-listed web sites did not initiate any disclosure of information to Facebook on at least one date and were fully-functional nonetheless.

46.     Among other things, the source code on the health care web sites discloses to

1   Facebook the precise names of articles and possible medical interests that are communicated

2   between each user and each health care web site. For example, a user who communicates with

3   Cancer.org by sending an HTTP request for http://www.cancer.org/cancer/prostatecancer/index

4   will download source code which commands their web browser to communicate the full page

5   URL to Facebook during subsequent HTTP requests. These requests include the text:

6   "cancer/prostatecancer."

7         47.    Even without scraping, Facebook is easily able to determine a user has an interest

8   in prostate cancer due to Cancer.org's decision to include source code which commands the web

9   browser to make an HTTP request to Facebook and thereby transmit URL content.

10         48.    It is not necessary for a web site to disclose the detailed name of a request file or

11   article to any third-party. As Facebook engineer Matt Jones explained in 2010:

> Sometimes referrers just don't belong – maybe there is sensitive information in a URL, or maybe a site just doesn't want its users browsers telling others how they use the site … Facebook is one site where referrers don't belong. As part of our continued efforts to protected users' privacy, we proactively protect users from exposing how they navigated to an external site. To this end, we have designed a redirector … [which] remove[s] the referrer of the page on which the user clicked.

16         49.    The source code on the health care web sites commands users' web browsers to

17   disclose the content of user HTTP requests to Facebook connected to Facebook cookies and other

18   information that is both personally-identifiable to Facebook and deemed personally-identifiable

19   information based on my understanding of HIPAA.

20         50.    Based on my reading of the relevant HIPAA code sections, my understanding is

21   that, under HIPAA, individual "identifiers" include names, geographic subdivisions smaller than a

22   state, device identifiers and serial numbers, URLs, IP addresses, and any other unique identifying

23   number, characteristic, or code. 45 C.F.R. § 164.514(b).

24         51.    Facebook collects user names, geographic subdivisions, device identifiers, and IP

25   addresses of its users through its sign-up process. Güneş Acar et al. have authored a technical

26   report, "Facebook Tracking Through Social Plugins"[2] which details how Facebook tracks users

27

28   [2] See full report at https://securehomes.esat.kuleuven.be/~gacar/fb_tracking/fb_plugins.pdf

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

through this information and cookies, including, but not limited to:

> a.    the c_user cookie which is a unique alphanumeric identifier assigned to each Facebook member;
>
> b.    the datr cookie which is a unique alphanumeric identifier assigned to each individual web browser that, in 2015, Facebook began allowing users who downloaded all of their Facebook data to learn the last four digits of every 'datr' cookie Facebook has ever connected to their account which I have confirmed by manually examining HAR data;
>
> c.    the lu cookie which is a unique alphanumeric identifier used to denote the last Facebook user to log-in to Facebook using the browser at issue, and
>
> d.    the fr cookie which is a unique alphanumeric identifier containing an encrypted combination of a user's browser identification and Facebook identification.

52.    Even without cookies, a user's IP address, device, and browser identifier (contained in the 'User-Agent' field) are transmitted to Facebook via HTTP requests and may be used to identify specific computers with a high degree of accuracy, as has been demonstrated by Yen et al. from Microsoft Research.[3]

53.    It is possible for a web site to incorporate links which direct users to an organization's Facebook page(s) without also disclosing communications and personally-identifiable information to Facebook. For example, the Cleveland Clinic home page includes a text link to Facebook, and the Gordon Hospital home page includes a visual Facebook icon which links to Facebook.

54.    Facebook acquires the communications attached to personally-identifiable information contemporaneous to the communications being sent to and received from certain web sites. If users are logged into Facebook several cookies are also transferred.

---

[3] See full report at http://www.internetsociety.org/sites/default/files/P11_3.pdf

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

55.     For example, the coding for the BarnesJewish.org web site places Facebook-supplied code which commands the web browser to initiate an HTTP request to Facebook prior to the main textual content of the page:

```
319              <!-- Facebook -->
320
321       <div id="fb-root"></div>
322
323       <script>(function (d, s, id) {
324
325       var js, fjs = d.getElementsByTagName(s)[0];
326
327       if (d.getElementById(id)) return;
328
329       js = d.createElement(s); js.id = id;
330
331       js.src = "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
332
333       fjs.parentNode.insertBefore(js, fjs);
334
335    }(document, 'script', 'facebook-jssdk'));</script>
```

56.     The above code block reflects Facebook's specific instruction that web developers place the Facebook Javascript code "ideally right after the opening <body> tag." The instruction is shown below and available at the "Like Button Configurator" https://developers.facebook.com/docs/plugins/like-button/:

57.     By suggesting that its code appear "ideally right after the opening <body> tag," Facebook is seeking to have its instructions executed early in the page rendering process, often

before other parts of the page are processed.

58.    For example, when using the Google Chrome web browser to communicate with BJC Healthcare's BarnesJewish.org site, a request to Facebook was made between the first and final HTTP requests:

      a.    The initial communication to BJC via BarnesJewish.org was sent from my computer to BarnesJewish.org at timestamp **2016-07-22T17:36:45.829Z**;

      b.    Because Facebook-supplied code on the BJC web site commanded my browser to initiate an HTTP request to Facebook's servers, information relating to my communication to BJC was sent to and acquired by Facebook at timestamp **2016-07-22T17:36:49.467Z**;

      c.    The final HTTP request required to render the page was performed by my web browser at timestamp **2016-07-22T17:36:56.043Z**.

59.    The following web sites similarly place Facebook-supplied code in the main body of their page's HTML source code in either July or September, 2016:

      a.    altonmemorialhospital.org

      b.    barnesjewishwestcounty.org

      c.    bjsph.org

      d.    boone.org

      e.    floridahospital.com/children

      f.    missouribaptistsullivan.org.

60.    Facebook acquires communications attached to personally-identifiable information contemporaneous to their occurrence even on web sites that do not place Facebook code in the main body of their HTML source code.

61.    For example, many web sites organize their code in customized fashions, or using additional third-party code libraries which manage the deployment of Facebook code. Examples include using social sharing platforms such as AddThis, and code management tools such as Google Tag Manager. The following websites used such techniques in either July or September, 2016:

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

1          a.     avistahospital.org

2          b.     cancer.net

3          c.     cancer.org

4          d.     castlerockhospital.org

5          e.     clevelandclinic.org

6          f.     ctmc.org

7          g.     flatironsheart.org

8          h.     melanoma.org

9          i.     mylittletonhospital.org

10         j.     parkerhospital.org

11         k.     parkridgehealth.org

12         l.     porterhospital.org

13         m.     www.stlouischildrens.org/our-services/hematologyoncology-services.

14    62.    Despite the different location, Facebook acquires the information relating to user

15 communications with sites such as melanoma.org between the first and final HTTP requests:

16          a.     The initial communication to Melanoma Research Foundation via

17                  melanoma.org was sent from my computer to melanoma.org at timestamp

18                  **2016-07-21T18:51:01.675Z**;

19          b.     Because AddThis-supplied code on the Melanoma Research Foundation

20                  web site commanded my browser to initiate an HTTP request to Facebook's

21                  servers, information relating to my communication to Melanoma Research

22                  Foundation was sent to and acquired by Facebook at timestamp **2016-07-**

23                  **21T18:51:03.095Z**;

24          c.     The final HTTP request required to render the page was performed by my

25                  web browser at timestamp **2016-07-21T18:51:03.597Z**.

26    63.    Attached hereto is, for each relevant web site:

27          a.     summaries of the timing of:

28               i.  communications

ii.  referer headers

iii.  cookies

64.    The above information is provided both for users logged-in and logged-out of Facebook and clearly documents the contemporaneous acquisition by Facebook of user information during the page rendering process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 14, 2016, at Philadelphia, Pennsylvania.

_____

Timothy Libert

5:16-cv-01282-EJD
DECLARATION OF TIMOTHY LIBERT IN
SUPPORT OF PLAINTIFFS' MOTION FOR
INJUNCTIVE RELIEF

# EXHIBIT "A"

```
1  ********************************************
2  The following data is from altonmemorial_org-source-20160728.txt
3  ********************************************
4  <!DOCTYPE html>
5
6  <html  lang="en-US">
7
8  <head id="Head"><meta charset="utf-8" /><meta content="width=device-width,
…  initial-scale=1,maximum-scale=1" name="viewport" /><meta http-equiv="X-UA-Compatible"
…  content="IE=edge" /><title>
9
10     Home | Alton Memorial Hospital
11
12 </title><meta id="MetaDescription" name="DESCRIPTION" content="Alton Memorial
…  Hospital offers inpatient and outpatient services, including surgery services,
…  medical imaging, interventional and diagnostic heart services, physical therapy,
…  rehabilitation, 24-hour emergency care, ambulance services, cancer care, women's
…  health and family birth center and more. " /><meta id="MetaCopyright"
…  name="COPYRIGHT" content="Copyright © 1997-2016 BJC HealthCare. All Rights Reserved."
…  /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" />
13
14         <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
15
16         <meta content="text/javascript" http-equiv="Content-Script-Type" />
17
18         <meta content="text/css" http-equiv="Content-Style-Type" />
19
20         <meta name="RESOURCE-TYPE" content="DOCUMENT" />
21
22         <meta name="REVISIT-AFTER" content="1 DAYS" />
23
24         <meta name="RATING" content="GENERAL" />
25
26      <link
…  href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/common/base.css?
…  cdv=117" media="all" type="text/css" rel="stylesheet"/><link
…  href="/Portals/_default/default.css?cdv=117" media="all" type="text/css"
…  rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/DesktopModules/HealthNewsFeed/module.css?cdv=117" media="all" type="text/css"
…  rel="stylesheet"/><link href="/DesktopModules/ResponsiveRotator/module.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/DesktopModules/PhysicianFinding/css/site.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link
…  href="/DesktopModules/PhysicianFinding/css/responsive.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link href="/Portals/0/Skins/AMH/skin.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Skins/AMH/css/bootstrap.css?cdv=117" media="all" type="text/css"
…  rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/bootstrap-theme.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Skins/AMH/css/all.css?cdv=117" media="all" type="text/css"
…  rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/desktop.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Skins/AMH/css/tablet.css?cdv=117" media="all" type="text/css"
…  rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/mobile.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Skins/AMH/css/jquery.fancybox.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Containers/AMH/Physician_Search_Container.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Containers/AMH/Home_Feature_Container.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Containers/AMH/Health_Library_Container.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link
…  href="/Portals/0/Containers/AMH/Home_Event_Education.css?cdv=117" media="all"
…  type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=117"
…  media="all" type="text/css" rel="stylesheet"/><link
…  href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/arrows/circle/
```

```
26…   circle.css?cdv=117" media="all" type="text/css" rel="stylesheet"/><link
  …   href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/themes/NewsOne/
  …   NewsOne.css?cdv=117" media="all" type="text/css" rel="stylesheet"/><link
  …   href="/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=117"
  …   media="all" type="text/css" rel="stylesheet"/><link
  …   href="/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=117"
  …   media="all" type="text/css" rel="stylesheet"/><link
  …   href="/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=117"
  …   media="all" type="text/css" rel="stylesheet"/><script
  …   src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=117"
  …   type="text/javascript"></script><script
  …   src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=117"
  …   type="text/javascript"></script><script
  …   src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=117"
  …   type="text/javascript"></script>
27
28
29
30        <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
  …   -->
31
32        <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
33
34        <!--[if lt IE 9]>
35
36          <script src="/js/respond.min.js"></script>
37
38        <![endif]-->
39
40    <meta name="google-site-verification"
  …   content="daNX64TRwZcvSxFTm96oK45IBSEcDveSDo00RtDeR7Y" /><link
  …   href="http://altonmemorialhospital.org/" rel="canonical" /><link rel='SHORTCUT ICON'
  …   href='/Portals/0/favicon.ico' type='image/x-icon' />
41
42            <script>
43
44
  …   (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
45
46            (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
  …   Date();a=s.createElement(o),
47
48
  …   m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
49
50
  …   })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
51
52
53
54            ga('create', 'UA-16488992-28', 'altonmemorialhospital.org');
55
56            ga('send', 'pageview');
57
58        </script>
59
60
61
62            <link rel="stylesheet" type="text/css"
  …   href="/Portals/0/Skins/AMH/amh_menu/amhMenu.css"></link><link rel="stylesheet"
  …   type="text/css"
  …   href="/Portals/0/Skins/AMH/amh_mobile_menu/amhMobileMenu.css"></link><link
  …   href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
  …   3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
  …   3d121fae78165ba3d4%3aen-US%3a0c73de62-0d2d-4abd-8baf-ae65d0b06e04%3aaaac1aeb7%
  …   3ac73cf106" type="text/css" rel="stylesheet" /></head>
63
64    <body id="Body">
```

```
65
66   <form method="post" action="/" id="Form" enctype="multipart/form-data">
67
68  <div class="aspNetHidden">
69
70  <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
     value="" />
71
72  <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
73
74  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
75
76  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
77
78  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
     value="toguEMkBeUKZ2qG4l+4OckCT/9NO+Yyk7ECgYSzfqHHSRcilgh/
```
```
     i01l3KWEMWeLO2CSsYuqvicluZ7eeKXNEKwcplAfPGlJWFFJuTcjzAezpYsl70Lb+
     F2EQwWBgEtPnwEpwUGeUzbLJ3isSQ9LdVjl4ETbCYpM6u+WF5MaF19Qb8+
     wdcmARyVwf7Was2aGztBwMbp8kvQljjJ0vI8UOtZ+
     J3CsgpdRpue9HGcXV62gMZy19RIwpnRS8Xucfbbwdxd39FI7OYYGnA/Mr+
     wt8hIuB8NyJqgixNAOLBtaF7WVDrcCIxQnTON8VWKYenBp9PUtxJ3tvviqKaNmNf6ipoQUtDRAiypWJTXqJQq
     UWmomjpzWXx3yEVKN6HE2+Xnraa+sm2MszM7Z+45MEbItz6d1TP/Eofhv74K4iZELRNL94yVRUljs12Stdxc+
     +a9ZWJcnJw39Fhp+gFfDNul+
     0YdBzCpAG9ix4IpgRCPn8kag2O4jvtPQEY57ooC666DbDsuxCD3GjfvcHlHGnOwI0aBYJ0y9Mi5WFAEao+
     hIvQVd5yd4cZgCxV3XIQGbUs+8a/WD4yIqS/VtYpp6IiyFJ81EJ/
     fUsWgdmpBrhbRHWuAg3voZEvViGfI2ZisVJUiuv6qU3Xb3LvJozCbDDlInT3JIVG2UR5vtIFDneAZKS0AHCjl
     bga2a40ZBOsKZtllZbt/p48bidqgOPpuJYK7elrstf/GgR2xBsCKVofgRw+
     gnhhs67v7TI6Ch6gJRLhwCT7x75PRRHFcCLTkVvJVi0L+yykxDmVc6NeKnN/P+nHVo+
     EpO3UTRjXqVMcFE0l7Bal7WlMZUjmPkOl2g0qn9/CiM2kQSn/uJITyF8iJtqvnTRjS7WFLi6kFftxPnivzF/
     PvEsjaaol7unSFlyYAilH7ep+
     4eTtC5C5JlaLBPJ4PkC6NrDfQVgIpc4HI2faj0Kc5W3bLlAzZPoFIAyOKLmptbiH5S/DSwRVvaJ/on0+
     2qd5AKM2CP2h4ygEf77ciBspOseYgi9boGSwDJQZhDDyvfToF5MlevkRnR4byPw0LdmlWWSVH2wU4iVPJhmWX
     TZMNtQWkW6Sla/
     mVW4qqtPYniaquam5CWZggzlvyHLpIqcmzuqQIFUrpzbnGZ1QNvrtdh8BCMlqyLS4IPMXPDjXyl/
     MiTch7MMb7sYTFbKXqawhxF+UyeioxFjJxFjHOnvVTijHgrQeZBzUFtuBjugkazP36IobA2vwrmUJIaFk3/
     87J7B62Iccla57H3Or7o8FVk//3wwpb+RlAuBDLQ+
     XsvpinndEqQ2mWRDyzlKbmBnWxks3mjANPtUOwTk7lllJyYCBmA0U6+SJFF+j9SFofo/
     oNFa7xHmhUCpy5f1oFfUgvOiA12Wf31793Tyog3pph+
     965qijFs9g17HXbFIcLMfW6SV7D0ohxpATk5hlA6r6z8dh8OpiigVlhuTvYYWtzNygkOGispUXOXT18dpCP5V
     5zAdHLGhkttHseN5XdY07fODeWur4qGdup6zRNMy7OFabo+CUqHKFfwsVECMfxuXbpwM3s6fTXYhL5hQeT7z+
     R4DkB89bcOuQCk2+laqwypN+CWXtbJuvDg8KLjU2HhKbEWfKOvkJ3CaMWQqOZUiwFH7vXw9SiBTGKTE7XAu+
     awC/
     LcZoVG5ARdL5o9S8gWPF1Oy387pKxwHoL9FFIoKxztyEtLGc5i4t1HDD94LyFwaYK2RVkMn9CYaEYmm2bWPgj
     yluZUahTNFkqUAEXq01KaIew7iEiIoGp6BmOwRSgkENvdKynkO5DAhbLhn87GJNcNhYrktJLUJiQiRDOlfuhN
     mw4SNIE71GrCZotwDDgy890gbj8wq5TTHp6yChlZc9xPAgtFVml06RMao6hZqCDRzBu1XM+
     9gioLOjU5ZxnG9UHBkBaC6Sl+l74wc2zYs+my+oFbHb2hWCR/
     CEGzMf8IgbEaFJSKo5j2mMBRFLVZctRtJYo6K5nc+
     K0xqMvPw1ArT2X1AEQ9MENSZVFQWpLpXqQntHtuhPVbCyuZRe1yblx+
     gXzQLSTtglpixHqa231SgqGAgfzrHau0xQrNSIOUANOsf59EYPtnYMLD6cGGHHtRPs97N77EWcf3AcRrFMbR
     ioeUFbgt7a+amiwvw/LGin1Gdtixr1TxMJqTFVwEk2RkMuP7oWjHdlunqnsJWJp6MSo/
     DvtVAW9kQA377elZh9CHEkFQwdE2zgC4GGBNLsNNpFklsPrU10iqXEvw0XPxLK4YnJch2MV/dB81f90L//
     75HOJjNRdbrFrROMkuNoRlZ1pDhPwXbQXegciLwkHT7JYu7o/Z92/5QB9qQfzYCK/
     s8sACPUWbqeLFv8OhhdaJ6BUVjhjKEtdTw6f44luLhbnzgvMU2qpnh9nHLMoWYDdmipCMgTE1hxeHzYls4Tnp
     5bvKNou5/5wGyp49nInrw/qrx8cv6VMck6mvbxxAU15VCdOqSMvYSV0vRXiu4p8NeP6fvvxPUF7toXUhDk5z+
     R+EsZrwQj/
     bvYDRSq4JpSqNMGOdgLDbPq8JnwadGwjD8SUDQ126CL1ptmW3ZHjo6ZABj41XZ57MS6r2qavpNRUuxHuBQkjg
     CDBs0+/
     TXbr1NopaNy9FYbxsGzRa3EbuhHUHKEFCFO1BMCYy4AK6wbhLy1wOnrT4bdYJ5G7uitn2YifhfB8Lxzg92Au1
     1DrxHGkAlnFiKoS0wWOmWwfvSgU7+wKQtAxKAEzq24B2AFqL/CHBXIBLn8B4ZZk/
     VkbRnMxAfsXhQNVezOo2lEAPoLBO31o2ZtUdEjMkTWpGCDQ853FsirqjVHFy0Qgprvt4s4Cox/
     Yr8OQZRozv2NdGHdPL7Kq9oKLCDFAJ7gDZ+
     JdgxuG7lwpzGZtHcUulawO0UtQLXjFdTJHuZS1qSrMwuxSJzf6IO0UK8i6ThiBfGGKIT0I3IpcOcmqtEP0AEm
     asciC0HcknE9uA+Gnf82MHia6p4EUSqT3E/QYf2HODKS8PJIUx4SCTQ/0Q31PrmEcDCL+JvfClZHXc211hN+
     NqrnZWq9WkOLTggPsujILcEhJueeWCMUfhiFiSF2ZRETTU4DPXYRbKFjgslyuj53DxguGOZiFqQVST92Vk5umt
     rX2uzZyQh9CfPaK2sUyLn2Z0TOE4p7nmx47tHuCaAX2ZAHFnAOoVz/
     2YxEDGkboibvSW77apPpaMvuHe52Z6nMOmRZHHOw30742vscrvmnyvXTHq95jlQERN+1mOH9ro6kYSMnucQVA
     +/
     6HiKuZbSZzxByWrfIsjdInoh1vNZ8oFMZDqeW4BJ55YicjGt9YGnxn6jSvL9TYwgc3vn5liPmiQc0dFl0oTwW
```

78… b0oBmAddqMWfVYu2Sx4YWX1a88cT9eURrY0WLI9Qx37kKj26w8ubnbnMbE3eWdWJZuseallihu+
… OpcpthAuBFRUH4N2yVm+4TdW9TIMM+1wFOs89Jtlu8bWbrYXkCMmxEpzUKnVUr/Im8TX/cxjhC+rllh/
… OYdmm6T/rKfnZEQwttTBqaYl3aXs7BZxVukYa+4+xQW1TYY98/
… 3n2k2zN08pApT4dTjYjPuC0IyfemUesgqyLZ5bK1nu+vkGaewmmfUD72h/
… 40VjfkMXr99ibS34cVkXhRnWbmSIZtE24aOt7srOmUrNIS3jgtnSUe7ncxlW5kkc8gdpMkF8XsRxjiwnyT22o
… zl9aAFEbuFDFw50YAfGQxhlkqRCYsxEryT8jURHRY9E9DG5rgDCm+QnIHYAeOsgSNT1Uv2v+hL7u16WikS/
… iH5X/w2FMoV4GjNeQp8CW5S5nWnALaz9yrDNuNKVGL3gs0XKzua9QlqyfXL9SUiWH/
… qLb4ps3nBW2BEyx3E4BmyC8AXI8MCCKsiEFxNIWUIMzMjTX+TksZZovxgdit/
… GUSElpO0pLPc7Pjxn7yx03gqabIJnZZN03IdCwwIIY5qgP+jTYQdZIo2/
… 3H3eGX99tnorxAVTBoiQlB7W5x3t7tlch62k+
… DFwoVIr2XmWG1XPNKczjjSqloYSKwnH3xWgI2g1voNoNZmnZt3SdSys6D2xTKdrapRbyelDI0Ld8ATx9lnwjK
… +oaOtOtUQK/doPAoz5yqAB5unw8mCQEiYevz9K47L/gxrqo+
… jIdWLqc5NLf35auvZtT4fnqrT1vHc99p2t3uiv+YJPRt/
… pNPKAattC6z3EpFN8SSIHmpWTzoOhh2t2sLfzOMcz4wyF0WlE/CTDYjhRefT/9XQSTDU8vEwYmLOAHmaFYXU/
… Q/wCYW/6qVD8/ra/s0wMeVXMGhzkdARAZSoZ5PyPSF59hJcwiVUSIubNhYkJ6UQKDUH21USxs7KbMTNP+
… M27bUShbZMSUV6NL5SNEmCWYb+1/HDirPIj0ej+skA5A5D3rqbPl+s++ZB4j7QgXOJSHQGcl09P/uOvLpVT3/
… xyNjEOdwyk+/
… G7SBIPz7R6O29ZZC1cCJiLI8kjHq0BSaar1HxvH4HHTtkOZESrzIkPNmqTA3RHa60mprnj6I8RKSoGhq5i3m+
… eKTK7k80p+ImodphUP1pkeLwOLXlrZqBTXdWkbxmmsLZAvnlpXYMHFkBtjiE+
… maaRsnGXJIfCj6AhABzrLNJRoWWtTEklxTYL5MmeAZnuq+ZDuBEx/+oSzkFL8w8OcptxBZ/
… 8tXvUiKSfaW5RppRNCGj4jnSnSvN+OepMxhPafpyv8MKZ/T5FVmpib/A0rCBy50ofqyn5joeJQ/9YgDe/
… zCFvCFQMm5J5OgwgNvXJGP1GYOPtQ5EeIdNa/ZuGNiMZYIaBAyhn7Wm7o1Qyu6nfO3tAGImDkjiJy6SPrrd/
… YLtsiF2XV/P3PB1l45KKfJXQ63D2fYmVOII+
… zBYZXLmNNULhP5nqeubd24ZChW8WLWY7rxddvioVpMlTW6KYbfw36Q3NuV3gK+/
… cxZnIolmJSq0eojPghiBqMG/
… xW8kU4DMsBn50vU4MH1YxyZLsXzUOflbStNlmFu2fsTeSNypCeGR2PK4BrxB1X+
… jVcRHnXh3vF7IN7G44i6gKdG74KAYg58It45QAmvSE8wzEkfbUYQvMA6wNP8AfZOZVg7QL+
… AL7kzSx9NCSc0AS+PSqPfEmxdx7XWmBh2XQtknNxtNeGuHcUQCwpjA7Z33bp932k39Bgh+WIXot/
… yMZ4vuJfAIgijZALeJYBDrF6uKhhdr8AxBRIJAU2/hNOnW/Iows7G0ly8pix8ecJmcIn0ws/y/
… 023qvmAtvB7lzJQJp2zTwvyJG1/4wxrHURZikuyyBD++
… fkBFGPOJGKVfA5yTrBwWi8RUcFrOXb9MnpZxX0E74sSIk9lCxYcLffutwznC86Wh0VuMPBj+/
… O7M9talv50zLvZ9BJChE8xKDGdiG14K6ZsHyh5NgvC1YJulyUaoocfsn1Ofn62QSOWDQB9A2vEd5N1sgt1pGU
… tRowEjf40bjvImk34KUpaLbee3gZQ4NLCCrmo0A2eU1buIKm1UNiRl1MaFoHcqW1JsXUF+
… NB2MNPHrXi34Joo2LyacngdYUCdvFIlA9SVP3iGXrM2cCKPLUuvCHu1C2KqcBgHLv5ENdTsReToONCxMBF+
… dCMt0JZTPwKhbdjeiriCYzn3ZwnFCtYkbL1c1YQ5wUaCC12U0+yl g3PZcaGMHecOC/
… g0twNfsVG9gxR5vMWxseT7uAstQf4S/0J9zkfmjKhmpZSlCEjHax/
… TtT2u17vhWiq0DxQOD7hjGd5y086667n603fcfeLDcv3yyXVzUC0zo/zcmx+
… NKCBKjsZLsV8tvsBztKAfkEajIu8Qt3iIQo+n93e3pAAES7AT12CumYg2+PKyTGg6STvf1Ywi9goWJEkX+
… 9YP1eu/hEPt1bSbi+SI9Jrtu60z8ItKssBcXzkvWjOJQbNXD+TLq4c/
… eTnTL1FwGlImiyYNx0cshZ6oRbxxY4s/
… BOQ6s4uOgouXEojWz4Sw5E0ZIecErwFESRaktG98WQbVVGtDGSQSWDpYRvfVBuiSo1MMNQMas3l9S9BoqYE9m
… oO2YH7RNg2TkeHIilm/HuUUkJqAv5dvEaf+1e7sgIJ/xlzl1dNefB9R4rcl85CN7YPMnmMsliaMnblk4+
… keHEggaDWOfsDgrjJLxtagPuHbtfnc7wMnKEUdYHtDXPubyB6SzZJPzP3Ce7RH2nFOW3fbfwHz6P1AT6RqjuT
… WxYpnjUVQAFNehlFF+Rwl0mDd2wexGJ0i8zLqDeuZMVAiV1PHq/
… IWX7arK4fUVUMWj3QTdYRsm4uDQKM2cBxj0wBMq2hQvcGaYhp2gqTKKkEI9/
… MHSJ7TJ126GLFfbmpf5sF6FGVhfIrWeQ8a3bimpzAa3xzNKCdoGVsNHNySrOoce9ePRq3ItkRY+
… X0tLVqhM53jn+emQ5m6+/6PxIEECKqYYN4tSZDOG9Jt4J+
… HMe1N3MbZl1WN20Y7QtNbCQeLIrbfe4f29nB8c2l42cn3gn2+Tu8yev5itz2Rqzwr0IEye73b92f4v1c/vf+
… a8WfR+FyJJrx3w1vXXjE07RIbNgd//bW1HYbk8glImnjEK6x5nNXaWMl8BZJC1poLzfrLGzHPjaCsTXNMTaZ+
… LyQJbI76rjbyaUJVMdmLOREa5cvNF6brJT/LAqoDw3lAwzMuYKygR55H8MuTzJ0IAf0Y+
… zBjeuDLiJocZEMxwbgw4LiXZHVj4+6j2KTq7vE3Ld2VtU0NAla+phJc9/U962bzobh2p/h7hsdu+
… PnvvERhfIGdSIPJbQmlDK/ijIFEnhaAMNDRmR2+QEVb9kdJ59cc5xSDwfpJIZH/bMXenY9YEGrN9+
… PdCUr6uTvUC7/CLFQFY4/7/
… LHzWk9N2NZHbVPTfJfYu89uDRaZ8TK6uI7KNMEcW5vRavfSwZgg9YXxfQgJD2zj0OOZM8LVD9BwwNw7VSK33S
… 2DvnDxgxo4fUYH+Sv29F+
… qrcj94pEhedGUB7BFj6Wlis4UsfPRCQYDytFU097ECdAZ9BL0AHzRn1q6JMtmOQYLvV85k3G4u3NFlsjhsG0b
… zwD5PjEFzbC8kKs5BZRpYSqKWE14rkpBNl2kJMH4y+sv2+SODbXCduuC7BLllbj4MJgw2g6Cja+
… tQMz2prDciBCUtH1vNzcyjH3C+2AizR6qbAtpV5O3XKP4lJIebUVcM4k4Nc+
… axHt3LIzmbrNS9GF9vKzh2maVDbWKAkKAHeINnonygsFeoazExHs3xq5t0i99wweewRf0h2I+BU409cg+
… RXGPpDWil/8/P3H0YJjLr6gxqMO6nYD2OelXMAy+dIcan3H+
… fpDUnhWgylUrcUo7sOqQ9gmRF8fUSJCZsLRq4zdBov j2KJiyDYDKdtZvp0urZQRs/o/
… qqRSPqaaCguBBfUamRTsBoF76Kurhi3sh0Vo5YeKAoJXkyN51DArXID1s347JDnJyzpezrb9MlKHjYzME6frv
… ufJuw9cxLxRo23+
… mfYqzk00wEP1ogYBmbUFCnh0b0tRfIa7fvwU5EQKhtAb3u7GIgVnB8k60tN5QuHiEWWAxKc7dLH44XGcqjPDC
… prU1dRs0tDI00wIas2EUNyqlFmnNet7yKXKILf1h+awu+
… sfXGbjO2iaTLETgNzQqia7rSavJjzhQKYoKPKyUv2vZf4Rt8LzIzEI+
… ym48g3veK6PuNUuMEZR1mL7HM9rflubsDWJYxXrZbdUfeqy1zPv+INvZ3+
… w1NZBD7gFwaGrh5c1EgZP3eE2Vfwh9UiPKKGuOBT+

78... XmQG2YQgErYemQlVw4QzQmREvYzZnHXmDXC22f5u9thX88BzmIss8azSvF6SyDpboOLImKO9rFWCYWLp5U
lsmDHAeCez/JgulJrXtjKJUnbWJBOL/YI8+
... LUKCSVBNQygHfV57nt86btApcFoxonjc7tSzvLwUqzB4H8jzFarEOpo5FadmCVgmx3ojha/
79owK2MgL1YSBZEoOg+Myi3VBnLqgeAQOIx0jAbo4z1399/NZhRb45OemOPgNCpi3Ne8/
... JwzM1TT02kazkhg04YwEim4PqvOSGxBRMaSDMaR5AnH6ebdIP6u7lYO0xfuTY/NJxlC/
MtWb9OqubCrTfPz5LA1WFJQQJ/
... HrPIAXf0eGlMzc7DItnrhFcRd675VUKw68Sulvv3xqILLqSiV54AIsTjgEwnPFlDTiqk20c1XLlL7xdp34J1H
+p0rr0kd752SSOMbEf4LBuVE8HA9H9jbxoGF2y43KgrXFfPhc/
... jBW2VHvlXDnnEiG3bk8aii9O70nYkrxYcIL3unkT0IqfUrcc3DXTtntGJCFy6TJG1arqYII2WrgK0ZUSc6t+
J8sWQ7+ZVtgGWGXIZtxfAfSiOe+yx981s5JjN7LXWfYN/pIFvw0K23UysMSV2zuIbxDDt1TCH4LL/
... jeAe5ZHfZJMg8alBT5n+yfKP2M5YxCvrwb0ReTRymBTi+gzdIG54Vy87Bw6lj7UtwtSSo43DCLD+
7qP9sjgSCcbrrXNuZm0/
... vLokDYmvc1SPCuqAA3NSUMY1m5MLKGjOsBOdEoQ0hliV7B3XckXv9UOMzU9SYOxCGH8aOyoj38K1069zeCy8x
hR6Tf5Gv/ENrqOYvw3ze2zuLTIJrDxnmlI4xmX4zH+e0GWmNTUdCDXTPdPDRwR/
... ThWcB6oScKvAixRBu7WDh6AG/
... xOkBpRR2Sb9xmLfZtEbgHCWPKYQQRLSstJ8fE1oLDBdlgugQNBtJ846KVg819FpFsB5h37JJtdRgC/
k8FghHr1dMU5ccxUsSNry6U94P+90H0k/WyRRngqqt/ZOcv/
... 0KwFTtIz2CjaCRul86HIL4ykSX1PJOTmHYW8cayDhFqS2elWkS7u1gkgBnE46wwYgqwvEnfrNNLTeLHYOTIlV
NEnTFs8B5JE+5uRzNojzKcb8x6ubZg3/Trddm5+QYLxKjzYZ99L/
... B56KlxeEjlyAfTM4tENXafrcWW7ftpS78yDjYmLHvYeHgoPYldg8fnMRTbewf3vLDO0HiLlD70kOR+
sid10p0vlozNe4BZKxI8y4/+rHSlWyxCTpKPw+dRIicGoO1sDuNHVuwC15qPGKjmf+ora4UCEsv+s9MKDF+
... jH2DuPFpJLwx2AUG0ywlUhJ4zxwKWEeRBkLXoFUYB8rHPHSEVt6touOCXxaf1shTUTY7OQL3jPhlWd0y1ZpTv
... Ja4c7XUhAKc4y5iRhty1S6DsPalzY8uOOEJOYzxwTeM6BUdNQyU0Dt7UoNxMz7PKTE4bTq0OwdHnDvffa3Cm8
oH4cZL3akiBn3wdyn325OWpyr8ltI+bz9DMq9wqrtwE8jOwBqQNI7Yo3ATu+
... lcLJRyrcNIWC5WHOiCuIT13JD4DIH46bFNzCOIPRK03bWKevaGBD4UIvTvTD+3dXwG/
9y0Ibldol4WV5ZUXAx4ZbBn/qPrvwj1rVw44na5gq28L3xHKTngjkBM2iKOMSzFx7NgEl60mHwYX/w+
... WUrhXdv/vMYiEWh3EEdVzGXNSPGf5BqrbTK3s9miRq/6KiXeo2FmVH/Jp1oLVSRAYZq0uIEjBf8fbB/
w8SjXFMe2tJ1NLHMnI3BNl2hlRGuK3DV2hhTC86aaANgqJo8if0GgpVCPctlH7/
... 3EFtDDWmgt0VzvVbP64brNHa0kz4TzuqsM7xts8a0+B+jp8Cfpd+mDZ/
... a0YtXB0XiB4UHCghjIgSaLIb7FeRlOaS9Wid+gLd/q52L/nWu9B9QpZrzbi2HrBCaam9qVoru/
NSgt5PcRFTJDMUjHVHCIKcxuCyGhlmGgLAIFrnWg9f8iEWg82NLPRcuRPvLmXEn0U/
... pmQY0AOGSF6k0sCd3WjrETNIFuxBpSDJbL5FP/LfzzVI9vWMpG7X0GlX9cgwq9K1Flz2+x4KJ0xf9fo2+
fE29Nvphxbrd+x2N5TSpNSOjrpB2dFH8BU85+
... IdIl09ZjcDAdzUIoE9Z2zA80cUay5koLW6ntV7zg04keyrW0PlznAg8uuwIWWlwAEwUeTcfpZ25MhPuMBDIgO
mk6EYX6czyw8yY+
... YaZ8AaaLhvDLwpkLKMPhOajOOu9NLYUxWMSV7BxBUkhZco4EzLt7UZRm1fU1nYOV5rPzDS3CJX5+MtEcbU/A0
+fZSe9wEpEmVdOE8V78Txjo55GAaSGgulPd0qNbeS+Kc765zzXi1TA7yGwKBnqvv0KO9BgHxMQsi3Dc+PFx/
... 8chyg8QMo6lZ4e3HuD0P+5SPl2vjLXugNwJGI3NySeh7l/
... 194h66r1VYL4C5ywS7qdkCtBv03tD3WLzdmwGY0D4yh7O9yljEV1cFhKMc3DjWOqVstlPN5QwmGvhv1UyzOh
OmkN/vN88BkmvTzyvdl2AjP4vluvZE/KwD29ToD+B/YK/CTUaNkPmP9MQnLS6SM+
... nvMLjd7kpIKMCqQMZW6gJyzWB2vYveOf2jVzwX3pRGJ6f276LeiHaAdLXnTn0DnnoIzGADg4QAxvdSPgSriqw
FB7pOkyJSlLkQ9W8IEPLtOgqzXRN4itSze0JluxoxptZ9CmmII9ME0UBIqcS3/SnNTUQDALfAfp/
... ArCVVVLvmReFDj6UxQy+RsPH4hyboNmvGxrkLgF9CJVuNGCBf+
... ObtHoEJvOR4s9O9PRgXQgljTCteQEvRdiDs4REvODKs6FvctSvW+sYdLG2Hvpp/
9V3SpjSdQPcxiesAtBevujNM9AYMKRt7GgEFghPbY18r5fLQImpXGOj+yRHMnQ5W7OPd3H3DjGkwFv/
... JLdGyRnGwnA4vDN18AyNOonWED2tsl7dCPEFyXcISQEWiaQ8fJa+
... XcgGOkCgBRo3hQxp8l2EBIXlWRZdrjZEoqdfF6ytqk2+4ppvyr5pDc6TFCMy73Rfds7iSm74HP/
... JHhbpkHfCZjqQpGIOGhWJheXejXiSfOlOxNRTmssfTjNPqedwVa+jWHFJtYwsBw6Slv2xLHNxayctj/
4R2XOV0eL1NFmWoQ/
... Kwt5ZNUfvEFSqPqsH60WJoBasfGhixOqx4dkt9ZT33gxGkMJcsX4WUsLLiWX53oCJoNygYB/
EVh5FISW1Dno4dt5RAykPH9ajdlknn3XYJiypr7jene93ialJXmOPWBidYVoy3CRD6uxc5l7XUNX7LkkhqHjO
fsYgL45j5QVI0vUjwFkwXnBswQU9xJnxVUDhhut9uBGBFrg2gs27EKj4Uaezf0qJqVpDli+
... rFAT0om6OCWOmbuXuBDbDGVB3N1pgBTlaOJQpwPBP4KFBcihHZlHas65ztpHQ2DpfUA14Q+
01r30q6zMJ8nnJguZu2oIaxKGvnyOcTjwC1/
... A8Oa5EF5OFWNdBTdyW5KvZjZDpbEXabMtrkQi8wJtaV4KKsSPVdBIbzukh7N1RoIoj8ktMdIBBHOzLZDQEvTF
EPqlCafXUwB3R6ZDAysmPzIdZnfmZXkmYdMLWvZJ+xvJYb/jv8uBqt8aNl+hRl7QCr/w9sP7fbQYoFoTyttH/
D+f7Tp4O2vqc3R5hvrdSKzLYwSmRgsQ6qiNBDNaPvnPMWEDB+P+n7zmzBflaSDgK4OA5yUEOq+
... yRO7AgxxOBi3QxP9NYJqF4vYM+
szZPjlbzPar0LeQ5AnP2h7q0BNc60dCwvDFIrHVTkq0PmxubLijXybphnct4N2nCtMiZCAx8mNPnoxr/
... 1A5z7qcDAfEZhyrniCMKYuhGo7vSAQoB0KWgUtLHnuRwRpJi03RcFt/
GrSjmYOkHPJs0LsvlR0BSLfMJoQql9bgjlyJr2Nkwt+
... cckqmrDfEN5YRCdObbr2ROGYF3glwK7CCUPt7TIqdN0XGhZtry5n15o4P70xTklfm2xKFGDUD4l0lGjXptu3n
VgZKCsOrWXkoNG2OBg8i/Mk7MKojpGAFfAHxTXKsRvt9xZZD4y6oMD5ZdsYwlBhHQpw9P2xDLRz4LIUHJ/El/
YNOrqCzNr4HR3N2LSnvBA5Ejd+Lxf+xqc9rSR3QYf8iAIte/H6UJxd0GDY0lk4rja3tE/KSWYhQYFx+a+
7AiqfIT1LWJghp8aGQ6LegFBv+af0p94Bt562X/R/
... VmSNLR1tGs961u0Zx9fiXwi5MlzESbeUtmnqzC6HsSYgl9ujdJWkOabQaQET2UzkYmcmtqymvl5MXZzxYoQf3
lcWvyh1gj9DLJe4X5We7XioOdpjG5Fs9sRg9oeUyDQCeSQJo6KlcZmnbCZTH4KQNt9KqCnRtUPrl6lA7oHvUE
v9MymeT/V6o/8Rw7t81BUt2Wu/JQEEnDpSuQb64FwZUJ041uonVQyUjpWUgj9MDvX583+eumaZ+DM9KWnfs8/

78… BE08N9vin4Tq+JJ3cwnqH5Bx8pzK3PmqZN5UbH/ijkrqEbC6PB3zv15zzzreVr74erm
ldc2fSviM42EJkuqp1CRYkxqdebC9MYcobWiE551ZmdDcg3aPdljSQaAkvtAI2xkT0Y+
qJJvvwjWXomjZY1ANwTFsPVOjHfESePm3kP/
TGs03jfK2TyEN3CRqoFcmzUEI2wuI9Aej7OZcb3CMWbPQQfz48ZX/kbxeGWX7Za6RlUIRhCqcSG/
gwEdtpMSm457IO0DzXFCyM9R1XYeGK59RCbc9BbQEcy89qDxr0GV95LgcN4SgltKimLrUf/
NPJvJDplNFNbkXA+
S71UhGy3dVKBkCAatjiEbez7srEt9CaLkg1XXUQrGrhiroLX5zifftuk7B57D07bDrlw533nnZI29i1BVl55q
udEZ0GXF/
J6jRCOg3iVNES6UvECuWPPeYFCAaFQ7f1uNSuoqgWoXftKB9slCjfLuFrIUagg0EkK5F4hVFQXKbvUtTWrhyU
J4Q5cUgmnJ7lrN9oPGQOE0V3lOOYBcRY6oLoFBMd6T9cZ9BpFCZeiOv0FqQhf5cBxq7GOtfMp4NEPTwALqy1H
U6gd4nwEu5tZVWRKER3NXCi5m/x7h838wlO8nKKcN3buR4ISQhUlviZnzxraCzInYgsQMJp9Cp+JKjP6JAzCq
+B9gVdHH47/
BlIFZrMvihwu7mTgqPu8oDa368Z7h4GWyl6wDvBDtjKXhIWYRMuDO2HoYon2NMNjFVJIRC0yeMTzXYJxVGfg1
7Tk4oICVIDAzj+NWdi4Lxvd8+KCvDv8Xj2a/svT0l3RbPW36lDgzzBLQT/POkAGgDvzljnwUE9+CWUFK/
kDTVXOdz5W3y/QFdOH4VLK3YwuuJ2G9WJNEzz8VhcXAHiXJLYY7izGCwQq0nxjNpY6Y7dubb4gU5Q+
jWkTL6IbzU1CocO777wtGCA+jigZcU65RvRcO9aI/gozFX0TOB9Qp9cMPGD/
nzPab4op4XA5iCtjShevi1qs550mS8q1siG6S+W/
xnV3irdVDDXhK1KKFIjM3kHvYkKJlpg4hO81kqHmfIuVIzhguBoT6ZVZtsgBZd9Ig2a2H+
9L1YvwrPZa7J34RmDtPbMwpwdO9GR+
j0GG9zbw7xOL9zBm7czw5YfNH5PZfpD0Psv9T73ogvewI2imZeZ8stcs4qm5D6RmUm7FHcZcSbmM2VWIKf3uD
hHVFXpJM7c9re2r130xjIRPKPaJimcCXTb31jX2Kz85mk1/kQ+vLt7uXTfPv6biej/
ka0iyWsNLJkvjodGMm8SLlNRhOn153vNRJZzZXLBfth0mvr4fhLAYdu9/
HRHJWYJ2tKMrMBIU1ZL3HKcs5q8wFdv1bb8xjXTeaAWLFVBuV+Dzh01CxVjAyH95YnE1q5sHoI/
H98LX0zk6jkIXeVNfwUXmtaL6IrTjl5xk92Hh7q5+KGCv0Bc4Yp1q13UjxVWB57jUhFyhHU8CaZs3S9paerQM
/e118EAgEhJbze248gjQgc7GfCyus8AeFVvSwbqjP8dacc2x14VSmP8rdV19AecWPA6k/
ckPIcZWXVypPM9e8I2CTWB/0QUO3THeyuaq19mIfSD0ogafx1XIGYJzZn++p2n7T2RX5Tw5sIaAe/
HF0yWT4bAEjx5/xwrsUZ1sBoYsMsVnqAju0lVBKiwFHXGva1qaZzmt+
MO3ESlBvPIXzoVARqQY2LsqNvwVaqgXbH+55De8N+
LdSHHsMC1d0orIGZaeOyPX0LKWZGlw8urAYhDwOLoEhXFUHmDwi6qBxtdibNmtt12fere2vQiuQEm6xHp2Xc
TYPC5+4PC1/EB3t01yhNSDYDgGrgW7RA0juGiVQAfYnVH3jWTvJ0yQvakMRpXZI4Yqoh+luzJvVCc5UYfPZ/
QVdncIBY2R3Qt659AddoK21aIt9ZTQ59zuZjp1RJVliDzvCKz7TwZr78iz3sgGkg0Q5r1QLluKQ5C2pGrAdTQ
yL7y21Yb3CT7JMhZqjiHFe6VEBsiR3ikPTRf5emiaIdgHeggJfus6BUCmyPbbU1xTaEO0HkgzBJwBrKUQBtyj
17tdvSKFDghg1+5PmR8MD6Z+nimm7ivnhPs3duAz0qalC8+
Ow9PvOsRkWdsk3ZxdChh1wQyB0Q43rNGn3wzdK5jb9ysYGes9Va6Hy8ADGrcO1m9bHZZLErdLnwfvopgm8+/o
+oK2bA27SqU3kU1s4IWYDpcGRPIBGNALyeJ5nT+bhaFpoa/13j+
MeLorCJrHAyEoKPorcjs0LSB73qaKtXuBEOSbdDwuggmqSPBI2wflQ/UUrS/
07EpS8AQyYJuVNtwbWO6Miral8TgiANrz1CD76K+
gDRhwcZTXzRsEt1RPw8LpXWMSrTCKpqPv5U4nQ8eAYqpGVSi0eEQb2Au1krI/
EFGcGSlbOsp0GJAfVk8Ezg8ox49/pSZkc7uUa+/X8L1trV8Q0jUdccpPBNuk3OabGsKzv+6djM1M3Q13x+
nrLUjgazpOuC2iqyGqq/
AzhqiPzvLUHOFyEnDi1mLpbZ4I4Hpm4KUhRPUtCOuFfOp1ipaX3KLSCXX1rGkFbfRkm8UwwiMRL2vSg76zcEF
mK7UZ0X3EAtbPSnWXj8mJhHGa+axPubB49otjzfeBrOD/gIWz360Bs3h13ejFIIbx6UTHmCcwNcxe+
cgehg6FHNQfdBXViMVy62kJwhc3hbF2czOJJMt8hOx3QkceLTHvNinZ7wHODZLj5pwSA7QfNKj7cJbSqMIKfe
CGfwUBfqGp1sE3wUa7CTtpIVkexuVJuZ7AqOgXwsV1mwWVNY6jdIFxIXHElvPEkqAInUPGqRTnvG5PzpS5+
hGj25+jL5wF9YT9O/k8wLFreowax/2QaUGsoNavGv8UtShZt+YVRGpmqmBFQePiiIWJ96vt74HJ+
xRDkW3DGKxIJfdo2okdbMoZx/tOPraSQV4zp6mFl3cWbIJl3coT+
OF4l21hA4eDr4Sia19QQYRJdf3pSoXk2BYDFqmUSimHh3Pm19Zpk8blmJJgTd3kUanW6xGzqhDLSsI8q6sMs
bkm81UkkHCtp6fvxwEvZp2xsd9H0XZZ/YdCAbzQ3Dj8nG8Jc+LzZusPXmRyBSzjH5iU/
HaGE5F5IDNoYcarW0ogyUfjgEH+j/Nf6jfkqvx+
FKDNtAmJ2WpESICu0UOX3op8pR8GZwINCszBEnzTBqPDvwRx5CZUAYRkGLtMyoSziD0mVJbxIroyUlGcXAvmr
yoxqOxHTc+mbQSMgn1JsBmhrB8Xu3z5yoSilHn1R3K5ISQoUY+6OlQFL2PuGy951qX+WPDYtzXPbgM20M//
HZ7ZCSd7k3/
HQPLnZs2bfAtQEbZhNEX1Bqcbs1sfXeUQMe5ANxAqpPFx0CEtWgDMhG9m9nxLkkOZvzL1aZaJ3ub3+
nDMXGG31zJ3ROt4Pq/
kEIG8Nzx3N4h69kKnKiCUCJC5HWsEM47QcRQuOuuPW5lXBNgVk6bU6mgkIDZI9uJsmAJwsGuhJwVS271GROgV
xo4cQ6kJYdfY0p0a8BsJMKGPOfzEE9pq7oJH0jMdCfMv7gu+WgVGYPTLfDIEilaqOHpVlfJJ+
8XgBU4tZnIsk/lMHb8041Q7e6UDSyksWGl9JTctYoay5PDeT5p706Pr/
dxecGXpPDmDzSq46RkNrispuIW9GlokpjeEFvw0yHkVAz+
MGNyxN7izhFrbOElvC3MhPzhzBPbyHiRNQXilYo6ffSdLbnerY2Sb8marb3906uf0oTf/DjR1ym8v4/
fYHo0rv6zfxuGU8lIkppPH/seb0rU5FZACHXaOxNaHcxX2tA19Y0Suh8S3KU/
Hgmy52qjQlOsJZRGsgToF1NOV7I0iXPnRo89P0kg1qMsJUsVNUcBqgGBInsNNddU+
qc93gTHPzA6PYgyNkZJ6syWrkKUvTMK+HbxTJFlGmYp76AcONA39/sE+
wNQCaMSZU48xeCRvC4HzC0Qa4K1IQ2G5f2RUD/hiUz1mM5kLYdxJFRMJqR4wLY9uGKcv4ukL+
lifNzSx83JidPLoZAXAvRJgoP0ux1CJhgKm3eU8KhUhE0vr1sjXW+18P/29d0RnfcJIdX436QUlg/
fPv5GXNFWnapCe7oxdEIz44TM2cjC5OoHJgJd1TUzg2P7wvcLoycecxqTIC9MBTSldWxOe9M176j90dBnXzxz
hohkGHgAAjnFB8qtabLIzZg0fcLMgmALuX9QtzRoqDVmLT44ppdfRCQA3RqSR0650S2SvPNI5Q4hF6I9sZBMS
tFNJWogFtNGXo/2M6Se9KX82NwCzWS6c/4fTSfoL3F279WkLdTE+GZportihaz4tfmRz6x1gn8Ql+NbGKUF4
+gME9PgeW/

78.

aQ5UubyTMHiSy8SoyTVGQCBTrEzQZU4U90SYBQ5fzmwzrPQRzRLzprB0KqXBeVuz0Uc87fbVz1ddWTZtToh
iGAb/LkDD1VB02WYbQ94QCuZc7z3Wd+cv4HO2jTdhS+
2o4hDPYlwNnVV24BRAJIOU0FJMh2VfSaNGpW7pRhyHLEAgu/KHQOmd3ccFJ42H2R5Sd3X3E+
Pb57xMh8nrVQLvCqXoZPEv3DGdMr2UxzlEithNwtZoY7u1xWPMFUwyZNk9zfdoTxcrVdSlcv6mcvRbN36ft/
zVGyqvotbFu7ShNav8gtoQXYGBLiBYqdSGLHX6DPba2/TIysYfFUMpYcloISWQgvLaraRhzKPpyY+
yng5SUIPyViUIg7VGowyRcVVZ6pJ9Fi+A4sSBslh+pL8njgj+DOLHhSdPyJmWYlIMfrn7HRvajfhrC+
Zq0xNRAOCJBkjYirc2IQ9+2dmnXfEvk2iN8io+iD9DcKHix1u7mJ/
pPWpacPDPSxZPOzb5Apv58APXcCXjWUx1V24kwnvdPzj6FIXBBkNcBJh71AbLXYVnmSE5hQ1g9SvsR7xRD0e
X47fEHHN0QtCFKQpuMthwq99UNZ7pnvppiz3PDZ7HQhJoH6/2z/3q0yaT2Cw7ZUi8F8AyWub/
GaEOn1JfnLCMl/XUY02xmgYEVseQ8VR0iE5cVofuj/NMoaiK5cfFLvR+HQRS6M/O8f/roO7dSr0fofFLOx/
I7ssTZj12KbvLeR0mv7EKcPwv/8xe9/vPo+EG91UlRZ3ZoBRBJ8mqdHFH9+s+zZGhficEXqVM8+
vTmpsdJyfQ8Dk+nBNGZTE1ygdzRbRTmpjaBB+1SjKRM9VS91mPnH+UYaniBOOOGpma4Uor+
9uJ1D6Yj4g282CrkTvE2Ua+GT1j41erAP7gSNm+
8B5ZTcwBwi3g1hVayQ5wzSyvamTCqGd0bNyMK7ZxBENby2609p1vkJSfYDElP8gqVCaKP/
QF4KpGM4dP5jxwMQpBxnIrBIU4gErlSIXm9rtBBIZP727DIrYFh2F6ylUsSHN4oGxUwwWNK7Sxj84TksazZpC
EhfD0iC6mMsNEwHubp6dgolbG5z8/JSdys1ibuUvZ4IFWpScR0QHw1OAl0ERyEtdyZAgg86wOX/
gKhJX9tkhFCEfBQDn4b5sqS+1frX1R/
LAibi4BaC3j1U87AiukhG7gvDDd4b3nFx3EOA09CntEXBBIRdddveNlVga/
xc16ojxevkfEwdiFiCCCr4wGiSaCP2adc5gMgfOzdqUu2DoAyxg2Ov6PGckD1HbdAFxKj17YR0o9ZB8Y1iov8
wsL/
cwNwJn19NdQo6usm3ayGfy4tYVz1IOMQC7EmF2Yq8xq9nYe2cmZC6en2CHbUejkDEpY18CNvgOkgy0R1W2bB
azL1ltbrsuoQ+1djkABIM1Hjp5rIN3i3rPNGLmVu9S//8zNap4S4176gAWDEcU0guG+
gcF63NRQizi0GixoNM1KWIg03U8p8r9nu95RLuleratYrteb6Ow8ZgqZ2VGFnVEvmKbMQFGD2jW+
q1zSKhJJvx3Er41jDgbh/
fayQUd3smf5vujxxS4HJmKtwW4EUQGSGvK522uJJzbWZpnWoP6ooCHmk82dST2qiKwEGlslkLpAy7kb/
VdxfyPrCf572aQ4ABYkkhYtUznKCjO1S2kWmqzu85gvUyBwOgT9aXP8Q5LK1XMEMIzCVJsynQrXe8BQO1HDkG
jaqxJk+3tcwStG/mz05WRb1T9wy12Lu2IZop4+RIHIGauiqqiMYcnyts9aCZEQkpfI+Xo/
K0UewR2aGpwvfMBRgIzZDGWMeylh0J2zFAO9OVTzpPv6W+YZI/wzLdT+JigjEJTrmepy813zJYvhd4r+
69vKCDoLt6bjL/zb2WpF81JfjUlgvL8AmTjIJPK1+HSLquo+
KZB2l32OjSTajhi2w5401zewfzSSn3WEzPQwdqnYYmnmy8pBf/jPlYrYWJbWb/lHEbO8P11Dwy7/
2Y1MRPkdUrDZ7PaTy9A/ro9K9c+0tM8l0LB24ck91HkMmHY6dXDK766p/x9/i9N++
wqmnYF9sUFjDGF0bduCuhMBP+S2nTQN5Bwv0Yugbv1I54/3FmjGgrnQzPFRdWahckkXGxpXw+
6LhmqhLAnIsiQqQYMj80tftubGnd6dDWx3uJeRpJlbtLGjbhLCqiIAlRzA/
ZE9okfbL1cFYs2DWXU4oFGIr4p6ajfC21sX82/
RICjB9Ry9bN1LFiI5jkQg8mqNWKHapRV71Qrt7YRdqE5bIoFww7tXeusY8LyuwUL2H0qNEb071upnAZ9ucYEw
WCqltOjRMRpg1nsyXqV03DiAwA4ayeEp+
ad3aRJ0KGWo8h1jOq6RPRVodtsK5ZDQhvlhJb9O9jvjoCo7LQY8XSVTnEAqdx93JSK1wQZt5b393qUUCZS1t6
cbu+DHY9iH+/h2VmgzCZUr+HYXV0KF+6t+1la0c6UcMagHcKnE1TiJRb8o59IRG4ToeW9+
L9IIlecwkdENJcoUMOf+GbIwcwlm+gjrC15Jkf1Dw8A85XdDOIb6WXvQqlZfzqSvYG+
rnH8BcdPTQl7KJjGX1USjLRH1s51JgpIaErpuRJ1I8NL2mZYA/
yhOuFSZF7GsFdIZCxm3fnVrhGcqX68DU33Jl3LTB2egsTOgdhcuJOZsgvOn3WG4LNn0VrmhEzwFJv9ojYjUF+
ljnxOn73/
aNYV5LYc3Q4VZqCIADbzfzPh7xsQcj4InWHUY6mYp2R7tVg0TijF9OI06ok17kLXiOZuzb5oyYfQ8i0XDfyJk
6QTD4Xeu+Mo2uGZTpH1Js57VjpLfY8iDwsLgj9paPp2TLwrvZ/+uCKETj72fQC74Q/LSabmSyzRqNi295+
JpN6P3tivO3/jSUcaLr+
IzsfD6yPmCRmnFWplzZTtjZLIN3qe835pveaCVMFWec3Yzli7ODLLmzXE3yXDMvq5fpUVVasv8k07jUH7WPai
CVon/O4O6jJIxjsH+53scrW5+e2hcKVtS5azGgNceYWof8tcVoP4GJgXHiqRsfyXOws/
yyYDkgqTjzYWkn3wrZI+vW04s3iQBrsZmnBMWScNPVZ0hPb+TH+
6gbOycgvwxFMAGHTYRZ1LV66poEskakB880YF1qerRvooAhKI45r8LJilWx/
ApFO1uFV9CB5HjFHUCmfL7kBC6uSWpBNcSNb2e2xbIr69XtW/4Rlyv1mYpyXAxqv+y+
7269Zh01YapdgtC1HcW7jt8dSj4nOoPc+THww1+ya9s6F6L+o9z1I+cSMJ3g+KJPd4PhRT0u/
6ohaoNmvgIiLaenxXbIJ0ndiBLYiixmhFjDgnZ4lWdH/bJ4WS4JorddRq46Cajwry2JtZgieUk+
BRPwnnJzZgmNHojWNH+AkKm5ZSGAXBBngXzrXOSqjCWlJDor6EoyRVGNSegMP6bakT+
tlpNT7M5DNYuU4U5pdFr7aZlpBnS9fhSY3yT/OfM0kBFc428J+nM4xJA7Gz851WR6p+
HUcYvaH5tAXyFkKfYrlpAy+pU9rBIw6LqB/
h4zJHmnmOMJSG51tws4ZiwnU5DBzShKr6NmGgSen5VwlS7uroXos6b9yTGUj+
Cz4w2jQNlr6ZIbUAUU9dLfc77GHczVlwx6yfybS+zee+WvRYJ+bpxk6ADipxMoKHU+
8NMHS3uYQrAmDo1Nmz8H50srd9dSCGvXyy3ixQdOVgfM8OyOH0O867Q0fa1+hw818HLJntf7tRryGdEx+
Rh2EzFcemv3rvsApxGbCtt2GS3+gtiH0pqEZphHrmR/
HQH0GWjp6xWnZ6SrUQJKsW927eN8DR3C1RzSwBe1GDGgSLtPayg70q1aC4qdCIkKQdYrmk2m2yLt3jv0qxINU
Fs8m1sqKt7zCnTt5nYT7OBQP/Vybl/wKaOLVgGie5uYpgjEtYnfgJ8BoAhmbE2HIaA4VEgHhLRjgE/FCU+
WV1Bcjzdyuu5tk4s6fdD9r/eC/
KidalY1CEKBnSjXZxVxsb2t1EsGQBzYU12PQLJaLS4D0uB2RqNe4yaSeskipwSYGLsw6NrufQ+
3uhMdM4VThUQ7NpUnlzWEWgNpqRkh8fr8V5eLxGiC5zd1rgA72olF3y0pScby8fYWXi+C9+
zWgSbKsHtUX2IO3ONy9x4SwdZXdvZiuYqeMgwi+
vIbqK5cGTun07XI8FaEB7EA5oSYFtdqQkLpgyt9uOiuXDrD1VIwPhrvwJuX9o13Ngb/9sGF0Z9T3tGnKqC8+
YvqXWN0XtiFyDLvjmq7epgJxEyvwFdZHdxZp0pARwpCnmDekXUDtpvruzp0t6YM05bcdN7uFknxET0uO1YNng
jUOnfChAwCJHM45HEV7vtEbSsvF1OlrP3oAUhi2o+dNWvqPF7zpSwdI/

78...

6Trjqxwx8HxmbAD2qp6st6qaxYum7t2IPG4SNRGQbbUi/yckmS10/14/16 Prrq7ZtBZwqfimpeCNrtfCW2i+hSuG+
... 87xaD8b+6ohlF8ZlPMikzp8iu2GMYdZYAo+sSNat44YR/
... RO8hxakqwT6XmTMerbUDGmgmj9tlgX9WKH9TFUliPOikYW6HVdXHo51IPONGH407lHXNy1h1EPXVyjesYQePY
... c4Aru08/Kf9INTuqNiU8cgi7TtCsXHNy4wIJkAA7yyLuJaVVOTKX0cpLenOxfp+
... Ah9qGjxjjCEn3aUC6YxnXssGmRPYTd6Bnz7J5NxvtWdkKtyNBgbDyOzukj0YduSzyBgSJZ+
... kk9owwvOF0HerT1JusdhaB8rfmHKT40SO2GW5WKNLzIE1/rkcIH3bfXi4Ng/
... fkDRjuLUeelZAg6sfSFLKvORtSoF9PTqzWLBkUqCG5yX5lr/iTytZf6FvOFA+
... SUu50ZEVO367HnmIDX8R1325lTG7XEotGTsMVKLgW2SfA+tzxqpdT85Lb6c1hVRqLoyFCqSGS5+tUkRhJqy/
... v3w24eu9UysEOU3rDRrGO8WNllGKIn9bK3rnf4+Pn/
... vT2j3gn5212RO4bd4RvNcmW5zLbJkYej2jCDryJvpZr19JMQz0D9RH2kSUeCddnCyl9LEBxDnDwRQ6/g/
... Kbi7YF0k1JiukIHTOZ2oXyCGXPHecx9a1d+QOC07w/
... iLgjLIHq87AUp7GwBN4WsWyle9uPiHesGjOCdOqIbaKnvCZ4TsaMw4YE17OkuzIeL6K7GsF5Vy5pNYpKxbSQb
... ZdI/10e3g/Ids6kao6EOjIkikqAFNWXQ6mWIY6EQJpAblMtD9HT0vFdoILXQxJow1+
... H1hQt9Iv7LyhKelskKvgd9v3a0/JfZ9cP7FwQI4wD93T+YJjhI9I8/RPPvkl0aj/
... vjrVcwegf2eeqw4oKF3D6iEjw2llWh2taijNIhw8qpivwv3hbMeE15b4IEM+
... rXWtjsE8gWFuGkoQNWStLkeRW/bssoJwCoLZ8nnDXqYtJ5bdVWftS8WlP4+
... zDrHTZcZbI6iT9RhaAPDoUozXbuK/2lZGVqvKZX1k+apkUtSIvgtqpVxb8wHG4QQp3kaWUvlUUCu3j/
... 9765F70jnehchmgR/MktNoPeUchCrjzVEhD+93ydI2evZy15lPAYBgpsqVv+
... xC2XAaQSI3YVh9dDlrsC3HQarOIA9ceoKPft2Mx7SwiYfqAszi4ckxhkAVWGtfJ8Nsteo7R6DSTdIIr387i5f
... byEy5/g5K9kiuKTMbTXU8c7vyWj5Q8QwNdmlluolxrhWr8lSDvOHSydQYaXXPznOlZWdf+
... XceTlCXaaFXyFKcZLkpwkGuq40U2SqTtxhksw7HL+8DRthhZ+MbFe8Grm/VuLzZpmrAzuvfRpniJ/
... yO45XIdNZtJNUuL7Nc7qU9CquMEEWr3zA/
... SQAdUX2AKZTqzHKZY2xxCdSYIVfKdYnP6LijH7cZnKYXbbMN6WtYF19iWH3ZeJ4M8uUFRYl7nt9h4VtCmWRS8
... ZW+rpRLYk5nsVArWZleAOdW/INI2paW2xKRcrEbEy5qOQeKx5+9W9BfZKeO4LknFrKFrUdtQdP6EqsUJ69rfL8
... +Rl+Ag/1lK8iBpqYQGBdOVFSLfbtHc6kobZgVJ/Ut5EOFb1JL3aZO/n/
... RimBbZyGwcbG7OPyc7jfGxtsC5OaKkhmc5oBxyHacTM7FoWFb5FqsENYI41UW/
... ginnsfDSmxlZPb3WNudUMKO7XvewWyZA2hmE6MYOEFsgXMaAAID7qVvufhlzuu6MPdsz42c4DXkTgI/
... 1vhYbJECrOzMPrt7M4IIheAo7TbKFirtkT2jLyMkXOv9y1PEHBoIvROT3vtWDpcDt61bnu981zi4QFxWwrIYe
... GSfLMQ0MY38bKPc4gV+G44AUrp1nQtQGQcRBZPQrPZ+7Hg/
... 6b1bs0q4Rsv6JcTfjlmZIUqy2kvfhEA9P4USCbBkJBZkT9M+iCt1peX1cIZHbaqxw5MZTEzUyV3Rc+
... eq2SJ0AJqbGdJmhdxAsduQAkhcSDywp1EWJp3xW73o6yqD4o2Zg8g0SDxjaEwqARvsXmE/y5G4UFs/OGw89+
... F02Pr7ak+3LLrmkuCEwLVeF4EUi0rc8NIMdWdzRcATycFVFoYkYrmCJQTWyQCMaNP1G69AZsS/
... QnDrYfZ7feXCVJ0WxiIr3sPASm5sGDP1JS/b4CS7MjaofWwFxjs+wuERFmb3JvbaMSXqSdYLxyAB6CwtpiXS+
... oSF1waGrC+IL2jHB7DhD0wlySz5NaOcoWUkFSxczkDJP6Mk8vO/ZRT9XwFvQdQP+
... TaSgJvdlf066VWxnNsMT76ttb91WcCSfy0DENwq/32U1xVeP2QnjxZlLQ/
... ycRDmsnfwP8QLcZPtO28wfoL5TbHHpuuhxL0wFlJzTqvVkrqjJO//
... x4JcKvzzR7huL4qTztdML86s7c6gLX7NE+
... ykIv9MfGSNX0bRQHjUaLDq6wu7uDUaGz3rEz7FeMqzljfKfC5SbvFTM4QIO59OMh6qpNQn3FlFPELpscOWBiO
... Ml5EKVg2IscoLpuQ22dAmjlWGJP5sYoj92OkevuAvXTLZvSDNwZ7ut5CyxL9tdKCyloYiIgfhNhDV82PzvnxG
... aaveBW7nSin3VsYNbHPjh3TwwFQrcq1KIPuliUv9QfScxChz5Nu5vIAT7+
... seUhYXPzvkp2e264GUYVXkV4sBgWK2kKSpgRT/XeJ6azkB6h02wT635ZTvXbskjRuMXJZpowGejRwHcmYX+
... GyWz0bqDSADKgWm08zf9ChjYZk7YuLzXRCYzur4z5sVb6E4Dta0L00eX9ngbZGpq0rOKeg+
... Rj8BnOCAXxAFj4jlLtfGMyVl/LKUR8bis55tVhm91hpP7I9TCJfmiy+viDxwaT5LnDYzh/
... 7pBFGAcl8pFYe7851W2qYkpwQzsJcYgAl2E3u/7jVMycDOHzPL1nV+AtacGZlsw+AB+mFT/
... xb9ilvWIbsBlW5KlRyzkvkEbapfXljuy4Y8z3wB7QGz1xY9j+u3SIGbnl/
... lPnzFAna6VPtkhxNYCnilFKq5pMPU/WrnZhjzFxlyH7lGU3KQenJ//LgIK2Gj+/
... fIaoB9kptfxmrXu8cU1aD49DScM+oTuPVZR4Y2+43UeHTDFEifE7S2LtGLGf19hN8KozccvvWozfu2cChf8XX+
... jOxS2fMcmDT3DkmjmDFifCZTty63WpcOuq9+mMZ2L6cSu4LaFF2uRxiE6k0/Gmy26BHpxi0K0+
... lwvRrbeWosjiS8oMPgIqmM3CkwXVpbTxO2gW4Z7XIfhT/
... uG9zN02kOllcWmDnL20FLT6FZbvGYbk0P7UnS5DHPHMrqK3TIuQILfEIeQlaZGDK7mb6fOMs+
... w1DYkY1h3mrNwneUvvS5WO2JjVBMlv7JuxhqqxJfkMh4e2WA8T7KwXAHJENFOBLwZ/LWSjutUgUB2ru+
... LsXE6CYyVcyzNeLZYDpzdVKhE6eFsZWaRdYqqhRdz5tr1ahS7px9RejlVAeBRA2Edt1evoIVQPGZq5iMa0RkE
... Glt8btGo/FOffihhHgayE2fShQgMx/
... cPGfmp61vdWdYtlGiHiHH9yUp3qLTUGCPVoGrj9ugG13Bo4pzeFt6mquWE/
... 0RqCvswXP0L8h0si89FaDYmQYkhsqZLUIWwvsLd/epyt+a+LWvsdxNKzew4fqHAIw6nKmkj7scfFDS/RpyT/
... 188PFJTiCYRrdJCvMlsGnG3R7vxndvItZBYlv7eZ9F4HzC46f5gtzwkW9++
... sbs15BFQFm99NRwILfvVB40O7XFaPOrM5arcVe+PnCPyt8bnXUuzPGMqsfnvZe3UKfOb0IDirPQhUv2i+
... 7BLBiWVbyo/CSkOdjETradEzC5h70QPrULn7WiA4MO0QIPrFVt/FT32GKHHe0Osb47yFhGri0Rgc2ldVB/
... uieITH39fSVfsMINwTCBYqUdFsHX1PC6zZg2BRJzlEo68iBCyWLVTqE96hz2T6+
... vRB7RrznuUHCdzLKcVfXnLZEsp8DFOSt930vB6q3m0RTZEGBpiIbuQEUCEkufQhhw6UF1tQuVxQjG8qNZJRtT
... 20WUNAk11x4F3tEnAGHv6g3yHXtwC90uBWJpw8AdN2t7v63e0TWNFg9BIoKUh4sCxuc83PxMPHgM5nR941CIs
... aTEpTgYbzlG1extCtdFfu6MDz4D+pZjmRuPy71gIAaZzW47sIct+RVpIqL4WwUBVOZPeabBaAIkf+
... DlZjHmzD6v72CL470gJJAyDKhxoF+
... GGiQNf2cKjyz3SIyeLhtRFLwwksDBRVYyrZnSpdBkEN2XpY2bAinRLNs0R1yUFud2kg3Lk2C04SJNplKh7WY6
... rlNWpMIHiO9+/h7G4JijweS05iQaGBGBq4tFnFbIvry0c6jlzEG8ivwXzzY8GbnVDBCb9hEwmh/
... b9MywEa7MnWlsUF8eI7Ea6mOwlGLJzRG0t8uuFfPpcyUuSqpV61EW1KC0bEzF/
... SpnNwr7o0LlNDVag6jkC89cVs2iNeqw7vrzjr5dr8vQ4CPat3ZUIctm9sAvmAEZgO2veSquE961vEI3ByqP/
... tGncIIZNMfw0pBL4rIAe4FBwC2DScRnqldqaFW612OTbLE9/obd/wKHkSr8REWaxGj+bSnq+/

78... j2ePR1v2iidae7QFi1YPxYR853wmmMr479oH7
... qYEy5dfaJSZUbSD5PVk4PGtd5lJgCMsF83sjMrr0nFU1BrfYSh+8i7p0jO+ewe2LzJiVSyvJ2LiYIgwZuu/
... 0EJX6sT/PslOr5VLcYvbcUHS+YVLGLMRS4Hvsf6VUxORnkClPLSbTe7bGSJQ5Aoxzhydd0GKiJJGs/
... fHpdMo1aKoXgH/UntyWbxJRgfY+rjHEdCGhUKsqJPygi/KnjeB1HkSF/smpHKZW3C+MjUhWu8V/
... Wl0r6smCIZ8n3Uzy/
... YtxvvBIxaWASBZDZLjGLoIn81Gggl6FpVVkWsvDZjr1cOU92UtkBvx4Nd4OWxxsMEEBMED2Qe3Yv6ATYEraCk
... 7UKTkOIWIGncHU6QKs5jTGkPG8MsFGN98aakPouihePiQvVFDR0elZjnxXMImv9AgdMeaPP9ZzDbV5di6AtSy
... ukvwMbscXb8FdbvW4pRSVIgG7HYdSCiZlmwn0rPp2xawp5GfEqg5tmzz/nEDYTU+GZhtowYy0tBJHi2vf+
... aLtfQmnQLzFISEkpX5zTLhlPgSjEVjVigbH5EKMK4WDsn8IdGJhTpB12LWY2q5/
... LlSGKLwfFjrHiwLoq8o0bZB9qZEUmL448MD1SKk2Ws5LyTV6yRY5D8EjJjoHYv2LluoeCwXOlkPJE8+
... xLGSWch26qqvUy09gCFIHp0VNNlrvQSocjeCRhIaWFtGW3+
... we30TnIAcfFla2f8chclJm3h8VwByyIfFoWfZfjsBfDRTmWKbifOSlpyZMT8mVwvDVmhC+
... mmghJT1eB1K7LeDeycqU2+Nj79mbXtCEuZ9a2JORikf8FtfE4o7YX/G+
... UCP2jBKMqOTzHPAe271wvCGl008PSsLCFTn1659CGV0eF7UtvvSVDXnDHKETbxTOGLx8Y39DwQ/
... PZULaA7GtkQBiG7xEWPfBPyn5cbibIuhW0+6J8xq1KvG++
... QZlcqEtAoh6mprp6y3JbbL7Tc632JETOVFSA0bpUm74LLSMjU+ZaJ1Q+OtQDWL18XbsX4uqz1jcT/
... D3Eu7GFax/VyhTG9EP+X8PbMh2Z00gK18Lbp+
... O3iQ3mPe93Mce01xSbEWVKa3JBJQNOZbYYiCMMibMtM82Cd6Zb/+7jmghtI7zusyeoJkWZB+
... DCSa9rMlNrpCuFQc2IEOqO7HvCwbDI2v6ds/460AmX2RBmVMZ839HaLaYE1m5ywQC2gKV9/dh+
... iUnR4VGqSZdQCw+Yhe3hQdOfofnFNu6b52U8/H00C7yUM5LHvD7HzuwybNHlCu18+
... kT65BmdniYlJ63VkBcpn4cCtjkGq+7rN82TBrxcRybE/x5CEgfMVn3WcFIH2eT10AyoqHIm/
... dRAxV32VrqPRoTtE0m7U62BTcKI/mosZ5z9/tldNaMlzkC1oP45QJ52Pz91E3V5B1/
... 8zcQYdikm9NlteR9aoKnhNaJdTw2rnWHEwcVDKUkuouIdMlj3e+P25WoFuJjYplkQ8b1jfqH6j3kpX1/
... nnaKr24bifOwB/sdYdMZew/8bWgAaYvegcHDv4oO14t5ZYOmMgw5/77/vWxYDMFyz9Mw0+V0O5ksW+J7Y+
... HccwBLby0Vxs5fPvRLP8t0Kda7HmChPVJS/mbG7NEd060XggteMYbEwcK6LLCfSkROCBEi4UP+xqME1r1wD//
... NsY4sx1PFWCPKRSo52Wbq0sx9q0ekNkjgPPvn39jElSxPopFgr0F6aS38u8WKEBIsP40PwUEMgEmcE1etzXYe
... lJeFGbAoxGNozfc7k3/yP678ITE/ZC9wK76Kr3/6ACZd2LSKK9EMM1uDeyPombS4yw0mBDNvCqyzVw/Dc+
... 4dWtQ+qEirwbecRkdJlEr+/i/7fCFTXCR114fUeuK0P8Ap+SD158eR8jgh7/
... aLmM8NUWxNgk7xucmF4LVMfKtRrp+5530Td2BsQLsaNHguKWToGuH+SL+cQKk49gca+
... 77MDEUNJ4T0dC1XAI9JXr05gh722KCX4MtENOdT3vBWtyk+UahIA5GUvm19z3m0ZQe1qqduitVerEkk+
... Go8XUoHB1VNE5j8mdIr0Ni95vx2T9UwHH6z6wJxd5m4ufercjh8JtUCm0M2GFkuFiQSW3aOXcImBqZsjfhvWW
... Jl5M/QXlSmBTi7Z5b+0vJ7a7Pr3J4cLYDWNYh+om5wrtdYwWmx/VZfzLUFiu9pRV/
... rvsbi0nbwXIzgGl1MX9YlcJkgy28YqcfH++OPhQaNQkHO9fRQy85kOgvVipDLkTEKXVblhSyHw/
... oJDhcOotZnRo7n11a5gbNRPM8jhJDzF4qLf62MOrFrWGPUxT3T6/JDBJ140p2vbkKr/
... T9e0BUiMpxujRLFOq3kn1EuM6gsCzpdwLhmzUd69zG39/
... POpCIUaNwlpOtkAjgL1VvXUteIz7FZ5zB2xE5AmlibUbw+DKQizXSgGNBZbhpLtvBSs82rRNnT1on5FYs2c/L
... +eeDqpEa1Cl5FzlOXKmTO9HYpWWW21WsgFTrxw2/9b0uW38FIIpZljYDSquhFx4VtjAEunIuiWefv43GvJBcU
... +Wdrn1gzuul3VhVS/wpdZ/Aq/lmagi32MzCBpIsAd1byqe7vc3I8E2+8sc6+
... fbiuimyTs7M3WseZxupDiVRrJuMLVLI4z7KqCFqbEBZUnpsctid2/
... G8VgKZ86TZyx9hWwQIeAwvhM13VcUVICh4ne1KihId9Q3kYVheuCtKgi0cSxL/apcywGp+9zxevdBU/
... b00farD4k7QmcBdONrHabH5rzC4NJgAUI01oisyVIBYhzWQbZugiHRt6105hlVo+
... bmlUDUOzHHhZsUP6CfsU3upJLWwleFQrqamwyWEj8ESnHF841RUd4VXXC+
... AntOESuF4qc6fS9yFCpwf3ybGHKbpdhyIDwIMc+vlqW0NEJ7wrnJ46xZJhY05/
... Uc3fnmZpITjOjaIFC3asKqzswowGiWDDoBpOk0rRXdW3bgmjrN53Dw5UVjDuxI3HF06+
... 0zstq6BR9n5tMqn942sSEDaGMVZI+
... N4cFD4NhHoK4Ox1kJRgOVcLTn0oTByKaLEYwOFfiIpWQOtFZHSgiE2nHDv0awnKXlPeEYoxRqkgi0j6voPbDg
... OTgcA4C7PwPMFfC89qeMZJ+VH+e8L8nihrzV7dzPYOV8eTl4e6Od5ljBKBtVJoFhihwHmz2+
... RJGcqJU6hY3WY9Y5FIlFylY1C+z9s52Ginxqur/3D9VnWQURQUWrtr/
... HkTJ2tpBJfmui8Encd2urtIWiud0SqFw1SCY7GeBeTXOScwb7Ba/7+EP5r5+
... QZoCLOke5lkBF3A4Gu31Yz M8JkFezXuex79kwPpDJ24KfqxZ4DR/n+
... 4eGxRhDocQ4kFsTvm4J6v0AYe4CRkwEqaGWt7zzvUA0qmL6liCASSncaqXUWxJ7u+
... Js4AV5nXWmsQXdcdcUul1s4xOuVnIhC+VC9FhCpMDm3D927n6NPD+y+6IMw++
... zKeSWDtjcfevJomzxWAxZA24mPeIR1bU2sZK1vvGrwPpgWFWhioGWMkEBteuFhBIl19/cmSu27+7Cx++
... ksRfrSUcp6k1rImWY3KfQRJbkqnbyk41RxIEPYPm3J5HeVIn1dsjOyjA15GkiQaWNsySPFMrfnDuanen81nPGkD
... FP34hRbbHMTILWxeRzqEfWm7VJm8hdVXXjeKhpYOSE+EbL6s6UhA4+
... V4AV1NmRKrM29q308OUA2XJbAjAm5rUna9kMWrCEguxcHfGk32UaKBAsP8oWZ31now0KQzaVPqSwiZ19DVVtMP
... YTPCh4bioFqTJ04fpWD6olDeeK+U+
... e7UzqcAtE9ImCNcM7khJqeQuYWrjFEa7NWL5L0RpXsNWTugj4iAh3UJUqedZwfGpM8/
... 4Ctm4sC3XgkmmPA5KSGnbTwGnyb4xfxngT+fowT7GQUvqdiyOIQbvnwfy3oZy+
... pVUCIURJzXHPSwsfoJSpVjD9uUAgkYThbn6mmsiyaFVxXgRP6kZa+2F1aVACCfog9s3TY64ndOzVMC9wqaprT
... /eT1OSx/u+YEEI1McoQyhJwxv181ZA+99KcFAgkqq1V6XZSyyWS3yZZHgwIcfS1tdI7VFm/brgLe1n1S6uUe/
... mCLGXQqV+rsiNybk9B9Bnk8WxvlpelRX13YRovvvAedGnVsSRs30p/B8gDpTcK26670QjClAYqDJrTe/
... 7jNLMsvGfbtN/DvMTYdKXW0wmmG80aM0qjAo0obcDsFiiDcmsVSNoqr7+
... HY3nqVrrA6UXy7eW4fXfl63DxDa9rmpa3SwSWdtCejDLXeGw/
... BiURO1FIgtA8kHLdO5OcSlYXGcTkWSLGZ30aYb7SukfQTMHtgisLJh/gjJj9aSfHB/
... kh9KUT8dnWlPKFwZbbeipm7mYOH/QIe6RHlSZNTyPEoS2naK3HCWb9gh4Z5mxHDyxqnhJh1EBpfC6Bp/uE6+
... kA1MPXiO+QI6XOenKLlryfTyF6jGRNvxRCWRgd2s0d8/11yPAMCqWnzkRb2OZIoRrh/ke0iH5l0xpJEOH2b+
... A1TE9G5mUukYU/6pWzF+cawfLCBHfzEKWa4k0X+kvP7r/hO/pw3VbJTGvpOAEgtRV+

78... zgIalwtGS21oS3PLuG1XjkqpTwe5aYA36mMlCxMsRJ5ys89Ge9hY8aXAyUeAkB0b7nv7qd1bTVRqiG1x/
... 2Szgd9bceNqzM8msN/kvvXb6GHlQKdUt1GnSKRJrnVMfLFfl8Y3AaWcxIznohg8VG+rFe1VMk02XMc/
... iJoRnQt/Q0GypkP5X3eRP4CF4bL5fk2syUfnWnPpM4O4NGU0ubAE4z14zU/QNzKyoutG8++
... I30yIhVJ3avFMa5n+QQ+
... h2whpt03qzzOwVFdIQTKnQePxMncTFjLtvz4FFcCoG77r7tPO1tpl614nP6xXxDWuuDXcslWWy1WZPPthPsJV
... mDc/4CQyv1h5xOF9Sw+THcA4jQYAEG0EnJahMlV5auqNh/PX9otSmY8o1Eqz+UEDlJRdDsI7H4aLOfyT9dLw+
... bLN3Qo3v8z+K9RR5LWXAc5L7PgWFfiu68Ob/
... C7J5PAv3LZLZEu9dk0CVpC5WNFYjkZsLEb4EHPjS7lmnEkWndu5HFQzTRmZMC+hixdoBC0LC7oQSlDTT5+
... MpFWP2wjfjp/00I32JeHyCWzQhaQUqKQ7dDZB61EuT+
... rNXMH093DvN0kTNnNdSAZEJKj0gpY5EnZLM5E3Lbr5Dr1k4hvRFhAkRV921GQLvMj0YEvK6VpZSVxKpFMUUva
... ypchwYGiUceEcGrMj96JyQpJiJuIHFFmLLpprBnCnNqa13P7N8yT/
... 9yRQQ6cWO82upyKIz3AwKm2SOqS5fodoeo+opiNWeWwc9YTfx/LgUt+Bg0WSh3mquLzMTPVpelzkQpZZqVPC+
... GZCdRYonP4nlyx1uyUQpkf47gQnJNp1W/9w0jF+YTYpMfay7pUkn8sZC4HoGBRG1ZG2MWMjq1xXX7+
... geloqNQwAZZkHAcH/4ApRsRT4pmRShVu+bqmlEqyOXbf/x0u/sS3a4T3j4/
... GU9qJxpWiXsXY6exx8yl1OIkF69pkWUDESR4c6Y/3Xbu6voken6cGF2VFTxsFSogY5PFVPWdOS3KY4sppYl/
... eq94yOYol11x6eBUOiyvpqao0ORvJYstmk2FQI4/Ij38zZrRcYo8mvbrlJhmbyrcIdhwTPTK+
... djh4HaAZW4Uo3mWPXPQK2Vt9ApgB/6wyR7/b+XaeGNwxBtNGVNR1KJa2eEpE88Qr+7/
... llkXKyPN1madmM8RuFu29aCxcgOyhpsfrkUAW/WRS8WJ+ZoxH8AhxJte/Rh/nhsA9yDCV2QdgyCz0janRm/
... XshLsX9RBkZP4Ot45XC4F0rRqHcxQcC8JNWVQLt4o14FdINHuhO6hi2IPpbxTaVDAjcLa/
... TQHLd0KI7sxZ7vYyfGcZQZe/yN6UyBu0IfNT3DfhQwZp89tN2+ilyAUR5bBe6iNUdMb+y5HOHHgZ0/
... 9KkawduG8nJ/EQ0libg67PxLDEhP0j4hnpE2eUjN1nHpRRWW5W+BegSA41JqeCk6TGPQyktccMA4EoAcfns/
... ej/8IPRSjvw7oPFAfwg1xmUreLrsvKUXeqr7w5ov6QjBxIPTVSlPyaV6daL9q4ltjAA13uPjbvyW3GLt6me/
... DWdhiwPvuuajDR76WixiDNFthBpJ4uzpBf5+/
... eRrfTePZnF4ddLCzyhrrPJkBzFQ1h6WoMNyZLiOTLZBJYzQHdrLAfbvDzCjLF/ffwAXVYhX+
... WQX8ZCNoOzmRAYUaErbyIMPi/1yDkTYShyuRHQ6EHv5j1Fj2VXhVzh3418UugOUx2a8Y1kByjy/jkV+
... L9ds69GDF1iQ4gFOaqBgpU32WIYIihfP56Z90SGYfdr+04lAzHiKoZ3wjikhFJMaZxK9syzlyDD7fQpd+
... 3QRFZAETKkfcu4T0z19wRNJQrMj4+Bx+EUWgxRPLOVP1qlU1F7p4JUYZoVog8WsieEnL+
... reMgEjnJz0yg2gqrrsaJhoLQzJ1+XKNof/CT8UIRn7sgkDG0gMElWkt8mXPXGR0OhAi7y6TB8yNB+
... edekRffohf3rmAIA3hYIWeBvdil+G9wc6pNXf9dYmUM7G03MRtvZFCcpNty0Fv8SqVeAx6CbMlgMi8A1mggs+
... j2P6CX7SbmKSH8Z/cXzXJrXvzLONoxOGfmsKrlT3rOWiNSXSpSh9n99keGvGhMIeEQVI0NSU2nVupp+
... Feufj3N5Ie7E1iNLmwyC1wCVmb6wGgfYM/Kgeq3EHqbB4ynxS0A+q5tQp1GZgojoksnTHmnSFDVeI4P5UO/
... BomLOzh/H4Y4RYTWpvEmiBVzL9x2zerxGZcyxwRs/bQQJD7C8PzdCZso3D98zR+
... Obv9tbH98yS0CkMHyxVeHcIvKUYcku5LXKN7IfYkqXmslu1rAXzRVqm6AuOMRVTQ1oOeDoOLXD3ZThlDhuzYY
... gmczhe8N1P14rVWo8kl1eDHOz9I76YHl9ILasxl5DRurn4TWp6YmUy6Yb7D7GFCux8DYF5cw1muPy/T4u7GF7/
... el3mv6oGcDUzNZONnVp+
... LrKtxepIn6Axkt2IGtnpq6mFErxiOZsMaKQIPb8lxEbM7TdvkO1ipQZq6eKHb2eUYy1RDWnAo84AX/
... 7XZwq4eqXW9YtWg7+AA8GQl3nYyGGGDnuo4mnBqj6P8Bq/4KQU6TXuYc1B+
... yf5UrM4WoPv3CTaYUQoxK8aAi9vcQIS6saxPX7Fjy8ZMRwCv3KeHljsHxabLhaDsq65dOYzcEictder0wPH6E
... gkojVpIk5C16OpXghzGW3woKXRCOtiegZaEYuxSyGelAtX/
... dxZvMDqic8F4jQq9PrlrFs9Yz5OwpnZXo0NNoLwgkBcElqENlytp6wF6Ut1wdivz1fr7B8cqT0CtvG8Kux4kE
... 4eoJ4pbgm/
... kYBiy6F2rS3j2nKTZ5YZH47atKa3ndORU8SGaw2g0Xcr1qWSEEAlHJe6pb9drEY5YFqgTIqcknP6cqVBbaT0K
... ISbHhioKiKoXUGoYO31fBXnOqc07LZqHd4ha/
... lYx3JKZT9OZi1BLZzVRf18yCCY2T4MOB1mxciadvM1sBDUv1IhOQOU4qs90AhvAYdK6wHiEOSctXdGv/
... PmzpywTN1YRzI1ZiXzPX/PK/XQEXixtMq8VkrBL+bkge1/jLz1LU1po+
... m1gR4dStaQbcvCUol96EE6i5kecrJOW1Q6KxWRl1TRbnlCn2QeuzKaV02R7ok+
... TmVJ4jXjUf2ss7zY0LqPgNSqY4pDGfpuodbjYjqLrdI4BKQMCpDGjY8UAKRneK60/
... 8oyGlf04Az4WQT06f9ufE3SPLMHVJres0XuSkMKxS9Z3D1aYfFn41wUov1CCPiVMZrCKkVkNrtiQAM/
... k9gGE9chIx6CoI5BuybUnUMCcTLMe/x8UZ2du8B1lJ17urocS7pWssWvAEMeVcPC/
... yaCBF7ul0U6A5AYSNvsPI82ehq8ALnaLHtu5TWZGRbnM1ZQtLvjmOhXRCXcp045QG59PjdhjikvL6nV9vTN4q
... EuHAkFC11qP9H7xrHUv3B7P/B1ei98lc2bpAm+tc66oXPHSCVooNkKh5IvaFdI+esyR/
... CnBpbb8UGGc9A7Gn9Iir9gG9duGd7zj7yB+h+cJNAhS2bdJboyB+Bs/Bo27TEtL+cMGbWFBx4MC/
... riat1eDXpOi/fpuiUE+6+U2v+oobwKeDgbsg1Br+ynU30+3d1PCXeqtTInr8hmoTjzhPnvqarT1RY//
... aEtuLlT8wxngShnmPeyw3q31IYqB8s0gvw4gdDiz83l1Rhy5aWUYIqsv+q/
... 2oaL34TCI27WvR8m1nGKo98UV9RKzNzy9ETyHBLavr3B3kpmao+Zj0yU8+a4lh+99XS5TCKP5dbt+
... iN5iuTzFtXbju852IobIdYGdJDN1S9XHeHd8Sg5FJvWk3Tc007AB/
... PyfljiaIdj6JvWrMo8mDKnNcqsEvEiJN7+mt0LBhjzo/Pk1V5bS+ImXyxcRB8mN3Oyx0CA/
... xkeF0XuHb0AVMbomiBUq1wLkYgCQfCmtcrM+0/sSt8TCqnRjzM27Pu3m+V+
... pD5JgG4dj4Su5A08Puf9r04cw98FdlnWepJDxWMSovkvD24ouUakSctOdv1HYloBl8QClQ2CZucDLmo3AfOt8
... RTBTOIEhjSK0c7gr5x/z+
... vzjmyLEFWufAj9Yl5C1ZuNPoCPMlseHa3KHQYQnzUAftU9IxjtxOmvB8udaMZlNDpIzfUyv9ix3oFt6l1KYww
... Im72TMlBRiN/YnvkxusPnwmCR4RmiQkz3A0f/o+
... WZ5lhvS2YVPJYCqhrV0jYZkAFV5rXyCOXDBEFnBWnUHqchoRbNuiH/
... ql9T0E5Vq1SkJSa5se0WB2pv8tsC27tIB7NUK2OYL43twrlpaoHb1oWAUpcvvI7qpPGMNX8YPfA5vDZ1Xqhvw
... en/0eA4ohIAwUDAUzUT1n9RpmPRUg5TenWdqCKQ27xWMi+ru328RYtaWocoAx/Mrs+RZLJz51zxSM346Z9x7+
... fc1Nb81r+9JpPb6289AII4p4rWFiEjTSbmMzFYaaSXK7VES0O15R+EWExOr2kqHlYQMpKZ0dHmhWhriEm0VG3P
... +9miO+z1tFT+t4fskB09JIWDInekrEc/ydXKS7LJSF5b0phAbHu+/FIZo7MTNgbUlLtk/

78... mLQNGpc44Bc4eXP7YYtVk49HuWhbU5VQVqJwd/h1hgAL7fp93keLVVnoAoIRgE192yf1EHxKoMgFN/
... kqPnASroyAdtkW1UeQpnrrg3rfwcCYhxFWLYMvhB0Xgap/6D41HDkM5rcz2T9/
... rD05v7S2uGBSD5DdzClj5PiuPTsH80jwggcJ4yNnazJapyVfyK7OxsTE94aIkm2pbH2Q29pvCkHM7dqWwpaTO
... 31nVZH5KB3Kuq9bwhhm8BoUmTGbSGaoxMYHWvYRlobspFOiFHP9C6VADVEX97TdaedqxwgLmboaQZDCofz9qv
... /6HAfL2BxTUsi/VNwxYI+pp2mPn3j0oqXtKLhb5uCaHNoWdVys4xWDZoGCG/yOTFKDzemv4I/f4Mum44+8lP+
... +ixYvMQ+Xg7Ql2lYsq7Gx1f+bCNfTVBWBIXrL9X/7xXCGKz05WVh0eMfCVcxwfQzwMIbrnxnc3CKu4ztfH/
... 6AnxHmukypdMGrw14mZ0akCTSnQWO3gEKQparrSmkIOMzjWMwIMFUJC4WWe9orAKtiPGcf5HVbQLrYXpbPf
... rXL+ti9koXUAX9A4QFE5ggOYLbzabTi7qkV5DKD02UO10he3FSSfT+fCn6d7mzKiaWzolLvtE435zO9R8Xc/
... gkR+H2DrudZ+FrlhyKsPW/G1CU1SvUZu3FBLvXAdhMZ+JG93e+k+CKiKP8zQUm9L+4VttqjiF6GaDlfV1mpZ
... +BSjuU17zsyKjsCEd79UgCmbzfscf5UL8b+fA0q3FsXsWgPlexHSJzwPMC+
... TFWII0CkC811ERpaQTbnRh9akjnnCKR1KGRVmXP9BxAgVMa/
... tFbqP2BAcTlS6K2xq3skx5s4wlCZWNwatRGUidFKDCAGZUShXD59tlbFmI+HvNNfFd7nhPc6LR4T/
... olSIDNuHkH5JVvzGmE+AYQIrFGSyySd/Gz3I6yeCGCOYMXZpALdz33JN6X8ikX/S+UZdSSDmVr/zP9xCBfR2c
... +eKLFBVFmtrcumzuJkRVsmEizK3ta5C4pGFgGexsBLdcXz4IKtylMID5V91ddQ+
... 5NgIqUYhVAG4IsLTms8IPJReJFYRm/
... jsXScUNdlroqOjOOhNWtDUmb3OPlGBkMhMvGnM5bdozQyMngmOYtZVCUm3vNM1MsQiXx3ZXgvLjcYlOcKGgH88
... 04toUsbWsfqTHxdXEfEvOIhw/+oRh3JFLpMCZugb6qTWDRCFcSRVSBFzuduUtda9ZyjJgQ4xpb7a1+JC6v+
... XFNLrmFZaR4E/2h647m/
... 73Eo9PE1ywLgOrO3T6V8rJDhaje2AOFgxcrexS8O7RR0PWozv9YPnuHTzD2zgBq583Bz2dBw4EHROKB6jRVbG
... sh4D6ZQA6SKTzwdhYjiUR0VOebNZAkJSO9WQxIDcesxKtfBGa3DF9zTGdLLEsikq9XtJLs4cyMq9j30CgrXw7
... 0wQvTdo/eoyrcfKhbvr4y4lix3s4JH+
... DAR7QThbqYk9LfPVek1pODneR47n1EAIWFBG2xdOsXX9QUgqzbarOQU/kJlyDdc3IoVZmVpj2nmg3+
... b4MqFT5zaeQsF39RXf0hrXYeYMSs5XU1Yl01ZERY/
... NlqspnieR2JCNMIq2XRB4WAJAEKc3yuARmdFfRUDzDvqn1rjZpXJaX6qT0BLnbU4aESvb22J2ex9Psu8lPeFG
... FfDYMjjkWvdFae0eMjBPgpSDIxMtmUA1TQ6rIGgJw5UfD6zrTNiVXrtr2zdCy+eHM0nN/
... gtqGorz91cx31LwopQptwv35DC9i4WtHHO36WBCBCaX7e+K5Nij2lOAJgzQY6I/EKn/
... uEtcPVOh1XufR6RJCzBPGwgO++dCgqmdC+Lszko+sx2tSZc/cuq1rcXG+6qC7squP+
... xu9E1i8tV4b9G584Z586+X4apylgdRmgfjc1bmALHF6TvYlGMppkVO8kNJGHCegx6I+Ou2TL/
... Dr09xXBV037VzvPg/Gm3ARyJrmoGoKU1trCaRAx5w7f8xUA6A5Y8YMAJmNIZexighwgGBCPRgGUcwEv7ZgpAb
... /AYBblafIOhOpaa0aiubtGwT7A2wWXwLnWocrX10abqEYDDAl43BhopvERSGpXMtTfVahvdCVFDL/OCoc/
... VmFQdnNAg60SQYagRjww1N00m9pWWotwV4cIih/C0J05+
... 4Xk3kKJ8dzkTjRCLroINeT6FF0MGm7bHWMR2zyJJYoD9099Ft17ZNnB4NXeTiVh4bXyS2YvMjaaWw18EpmvO6
... dslrDOjHFrvVr/HcwAr0eklTUeo7Ihjj840ra5HeTsJ4TGP5TFCqD+
... huvMCu9H3Az46cpWBBm7cqGjUKBAVRzgRhgDzDBTJ0bub6EDsffgS3O+
... VWPh6bBjyF7bZc6nR10yHpvtl03DSx8mX3k3ZgdkDfS4I6DplvK46bdXowcUC4GsNlwTV4+uEVbVq/TEGl/
... gRtUzbnewlGQBOVFavjyfsyXq6IcRZ3ZpyCnvSp+kgj7NsYyTRXmlzLrVAqohmB+
... BgP2fNkWB2gqXqCufI8vmKn746uwJissD7yfZQHy1juIRftRodYoxnL837v01glkbS4cuM7NSJlCnMbV8jPtL
... 0f4pg9lZYD278RxcsSClufs4kxAItWI16cnKvD59RBLaG2p97q9HYygzkRlOcJeolMY3Y2OppLTP5fry1JmhC
... 2Jz9jg0zQWD996y+TAMzsv1vgZuTE/zhB8adYWbl40TDro5QLUqP+Xh2Ob1eCDWjhA7h/
... 6uzWe4lBmJdiGVo5GSrWfCIFu7GOIjVASYRaV3HtaxhYzxSpgGFnpshroneEjykxx1Slp1MF0a365x1+l/
... 41WF8W/JoYvkjUQ6K5oDrpvhVEXJ/
... 0e4sDZC7ni93LSuZx2mHUak0Grc982aDROww52z5J188nmz5C2Ey4O8TLk6TACpQQlLi/
... qwPjua4CySPB1HqmZiBRWHhnX49Wic+NabEOj6t+9cOYiIVsCGWqX6/JZ9PjsTqH4yHeWJol9+
... HVK7O0FyedNXtsLQ4WPyi7nWvcQ7aW5F4vaTc6upp3uz+eRENuzFW/
... g1zH066JzbrRjmTkj4x1d5W9umHVBt6aL925R0TIP3YL0dDD69G2pVV6pbh+
... df9Q60YCH9IhO6MRzeIyJttjBi3pZSuzGdZYve+MQVJl1HfhyvL3ionFSbr/
... TQq0UzfFdnXcshaGVwYA2e1DCKyREefcwMOhPrWFDfM3FabUS3/BPnQlas7qlHUeB9sVE+
... qS9RIgZEiARnRmsnm6goKmwKfoqe9fho7y7BDLC2dPn7zYxWVQMZukwpRPURdeews32IN4RrrURXayqLlA+
... 3yxQ6a0a9wsC4hmWQApxGOX1daL8fE2A4/Tbt7KA4d2i0fta9USWjR6iBQm+
... VpSIRZpvGe1ZJI7bd4tKfmAWSeYcjbNRPJU992zMJJXlSIt08I30bK7ntrawpBWTBUVf1gT74rjqsDp0k3tpU
... PkBcuCEg6H/ho6T6Lw+G1p6H00Z0H03Ga3R4dfBHb3tUpp2SRn5AWapg6wcYOWtra6NbPP/
... gkiCDRKonNTanoY4BkbuCA3nOdyp7uJNgawKBmGY6gCrDug1loho6opqSQ18S+
... mcJxPA1MPzLnGhB0DaAVDJvFHeNYSBAarYqTRLi879g3SvFJbPVKFM0VFNIBX6mmLvTQH4XixFzVw4tBxuhj0
... fv2ngq4N/aJvt17t/WguUkGTwnXJazbwCTbJVoLnQ6bpBSpVO91DbP09VbZ53ZKEef6GSLUTS/
... fkL1mEiiNUv5t/WoeTaBu/dNM9CaB+9VyP6fy+BmVMRcLp2zmamhegQIP5MRNgftoIXU+UAbCDE/
... vmAqPtk8uzwxN/43zCdbr1XebJwJLYU7dcgyzKj3IJffCEjX0tKZzaKgFxv80pkZ4O3CGpWNs/
... YTuEwxmX3AANnpdc5OfbJVVboiswDEy2Nyw0KDffEnGCe1TTSt6k1A4szMckQ/aVAI2nUi8S/
... YAVY1K8ipFKRTwowfmTFm01Opb/rVqzfIfBeLJEAricVMUhqSMZBLtW4uu8xcClx93gmC9+
... W9TFyxRKVXKoNVXxxHKevfs0Ky78MlEXpbHLcOmi2KKU8GzRsYyC3bn1dwuGwBsrE9ZyQwf206UfwVc0jr23
... fGI4xT9BtG69WviHSZhFXKyDN9ozEwDRf3cyp/
... aqf7z2AF6KUtVda0GVybQZFGVVN68qmkZoF7i0BVLTRCaxfFcy+MVThLfe+2D4qFxQdnUIGLs++
... ZbYfbZLdRWelrteBp/Z2XenVEmjsQbrZLKqZ4IU3ae9H0nVeSmUgsGEouFB2A+vPc+5273tg4WE+
... vhHOFAPACR2gmzKPvyby4ri+YGjeHWMwrRloMBEdYLKsr3Ko14sC5ZdJ5cQCSBue93FFjQBd0FQPPf3D/
... dhqlIrlJHlz3MLD46isTrIgLgL1K8fsCJuJ8WUpJb1EjvVNAP3zd0CKeLALAVe5dFIAUPmRY9NYut/
... egCPLNBL40uP2NBfcxNU+kDMX2hjSwAoQsjuY9VaEQEKsaqLBjZhEl+EsrZLZDnQ8s9B3/BGEPFfGE1/y/
... tfmoXal1rYQrVRBGYWeno8QH61RJEqRh0c5yHf+PQPDxVYuNZ6Xoj0Y/uIR1/EpbfRIeEJS/xKR8yfM/
... h2mnWisVY+B4EKCq1TTCDhlF4I/Z4s42AxrXGYQJSnMztMEWIr9AOyaEGXIFOfguK8L7A5c+6R/
... tJhpWNQmt0Fqj+SNpkOPWZ0dssUyU8xkj7EOIG8JMQgU/pt/

78... du0QxqGx21FPn2IYQN8xxaFqVy4s21HUea2HWWCN21T3GUiE2uq21KQwvyCN/89
... cbaXnDEVTm92v4XccR9ONXcnb58t6OeeHTPtvizxw8aYlN+
... UWPwlzg7yaaVk2P5IVbXk5ThU2jkTihGWa1lWBp36CARfHM4PKDLfAe9q6bRpmMYHyJ5F/
... kgdU5N4I1SWnPL4Wir37gy2HMTBxJBLA69iv4quMFj8E2yWMEuCgh1XpfSQHgkF1ZVP0sP0wWAsdujEgSyiJ7
... JZFdWlrCqrC7eI4ceUqW1ZvzpwFPAVzYmu4TCj3yOaQ/2A83bMQ+
... AzMhcKrVL34s4LA36dWfjbkiS0cgmlUvqu09erRvhJ0tzs76YHLfnfyPONj9Y6dxt8C23DFnmzo5nkQodsHh+
... nxtgtcylh5F6iVvu2BP1X9LbAomq/vm8nwj2795zvMlUr+
... 7HrFEn4twiY0gD30eJEGjneuSTknajem3XCPjwaq50A74q9nxuMhPfEUkT3sNXXebd245HT3hxw8mCigd8Xdb
... 7Z79cM9W3nr9h0y+MNSxsihVASKTRUeaFYYGA4/54wLB4TNUJ/LFcA3WBZEnBJHZEJtf99/
... yd6hzNSNlVSHQjA5VRugDYa3+0aY1SXPw43boJlCmjk3bHMmxJKZawFRJNq25lCW/
... lnyvhhv1Ms5IsKGGUQFjVX/zabtH/AvkvN4hHBGl1vgZxzGwsqXvKIogkgl/MF5OOMQ2Gt+
... fn3ifCzQZHwX9sVZrxaqCBbg3PDPpmlvA4l+iwkFhY3niXwRk2HFxIiReWZnfL5/ewLN+
... 5slGcRNocLBzQEsc97SUGZUMggRCj5PzJTM4Y0np2gIq3uY9zjjltBnjrSxaed6kmKACwJEj+
... RMuM0xz1VUZ2ICuSTMZAXMMuYdQ2dEkBvwM6VtcCVqm+bOVCtdZOnpkBhQd9TfaKAUCwwUDEKUWiMhuU+
... pVqnofONOBPynfvIgjLAWWrwYxiWzcRNlD9GRyKeVKglqdfs6ok7UzC3RCVkRolEChqyrP2tS2nJYteHtP3ym
... 9KXTxCojprvS2DQbUE+OpWZxFKQl4prpCpxk/Eejr9VBDKK+KsbYTKUDdgnNHHtAs6YgAejPFfRK+H+
... UTIOs5Re2S6RYneJOE6/jNfNHs5YGL0a0slD2WakGWU+mtaQy/
... UuCABqVmkLGgcYluVmhsFSdvNPCPUkK5WoloRl/laGNcgzaNsIi+exDppo7K2/LXT80/
... VG9EGKa2annXsBru2D83blHNCHYL/
... AziC814M9WZ2hHqQ3rpUBJWkpzgzWomxOesVsV8nTz2xuVTskS8NXQs3x2h5m2LRJ+
... vP7hFCvC4ziflRzLKe3d9YiyjyDHCZRJEEXJsyjpX2TRX6rXFx9BVfmzT/mCCWxCDfvdbR+Q+i34+fQGDNo3/
... luXxUVTKPefezHUkkgqmsFne2PLMtfOe0f3t3949fNvN/GOfN/QpcrZJNxM6QHGSGJIOyrYVjDiDMoNrjZR/
... RCU2IB4JXFI/YoPZ90LVrLE97N3PnfVIDv9IC9BgvJPSaPhLacjWdaAc7004kCB06q3EPPjGtkVSVQPc+7/sw
... +vpmOCttI7Z1/o/Wh/P3BwH9p7X1GVwMcZoMwOiMvgCTG2XrSrE/1Ju7BOpcMpx68QfTolyWVcCepzB0J7P5/
... i+
... iUBNpTFcxuJSh0vdgxp3dAz8ABt1BSAen7uHf22f8p3xLvDIMpPtECFAgc1xQKsWWJWZjPL2uESkNCoUEUr6S
... GyqL+2ctwZrkxL/7gCn7rcJoq8OX4ikyqJNYCDErwNSYTj+emmWZ9gdyKwW+
... UhLWEAR1ZwyAkSV38VHhYrC87BSYzVfjXVdRjgrHfGqn8iRJezyRLn/Eyh0+
... dozRACVO7tAANS7SnHh3c2aBpIxu5TlLMgdhbGTwD9Uxsdl25myYoO8DDe41FVpDrdeNxAUwwlBTpkTUdLRPj
... ch1G4TiRWBuMyUJqAfXaDtWmK9+BdwNSghXxbtNqDB2mPcoJFYypxr+JHJHdwh6hNi56kb+
... O7DuUSdsLkbEC55VxCbHhKiiUlWrcvdDn8PVAZwfC37adeZzkBwxlM3oFy1gf1Y2OwL2d2Wp/
... hsjshulhqsCjwhKx8uYDMKn+CSugkLYlGoxacpySe90yWquiclCt+mO9WsUg3/fpbivUnEKUv2zEWLE+
... gtF8JpvQxxZwFYlSDyyjzS5eRncQaiPXDYE7fZ2lBcI/H9h2Uv4zmlCAwDGVC+
... BjLP1isK3Z1e6bwhnvZAVMyaUX/2SFZss4rT60RiZ4bwhEIM/NNIqPRFS3StYI6O2PwO/
... qQmsRrzpDvWdOB0NXfLnZZmWNAmMKm/9X2EXwUeECKfvs5WB7p+LyOy4gHQtYmSDTNXu+
... wHAqZld4bFZA2c4JQBCfKcthBSyKInqyavlfUZmdYML37wZfFctE2F9ZOuZasue7pqkYMRec5nD2+
... jceX28IQY5ahfCEy+
... dECMgrJyEBiSkEy0hsePCuJr0xNUoXslv1R8jWyFUSC2CZW5bcTY5WDGB7mfTPm4WjrZtp4Ju+
... 249fpQSVa0AYTzPnPT0vQTTp3I9iDb0PMqTkh5S+gG0o2iuz7LqnNlGl/IxU+/tJQ9/
... 4oTpSrYA6yU3sJU0iPBz7l+KM/qFW5mPyoIn8y1Z/RXJAKOctMHo/
... G6InqnnnFT8OjgLyzsTbtmPprbw7ojYMx8eUpyYyyeX4XrBk9DGGFcBwCTFA+PAD7XL/
... LQCHFmUmrqmkjDboqkP5bCI9cYsHyW1J84OnWos26Wt2nQTWz7n/
... 59Y9vXqjJjLgrjtv4prCyCk1a3UaE5H3aPPBDxhsF7eYpg4cK+
... eruiPAScffLS6s9BY0LI2Po4EQ46a0zaXvw5TCTk6oGbQpu6W5E1aJNuYcL+
... FAjPGMMJcwcAOIOXhMh5F0FfApJl1qFz4ics/TU/aZNNGr7V8HE1jAcDIuLcP3yp8acvLF3rOW++s1RnFhc/
... 9QdDk9yscWOScbIewN5AJJ1OVWoVTsGAcIS/
... aS7v3zr5CBqNa2sbYY0g9wBpBHPJlrTXqN1UGddUYk5Ol1D1iBqnjYxp2B7Ob/
... CjSkXUNKytHqgPDQztukM2bw8+1Ek/
... 3TPBAM3PycYlDN6ONiBB14lXjeER8ySVTwXMwp2GQLBcUxaJjzsqGk9OSGgS5YoYH9kO8icwYSROs28R8fhKZ/
... 0NOjtPEIg9jt95BbCQ2qYPUAT6G+0d+pnHllBwoVw28BZsnus9ibxgaDvYNNZ/
... XKd6JdYavWPfJ5FTOkao6a0hBdVHWnqiXXv8PRq+
... AUKi0rA6lncp3HC5bqQXucHpV1BWWaqqAGK3EnKBXTVlmMdJK/4VvUN7auixy0LX53R+
... Unv6WEJ6xsSqp87fG5W3lnB6JF93QhV5v621yJxvlfSB4apPVpl1QmsQKIgeZI0C01yCyMNDAwM2iv7IeHUX1
... 62HbwFluiJAMNiZpMHoyvn4VW2d2HVYGP2Dpz3VMyrK/WyIX9P+
... xj6Vu1al3B3mbGhFQqkoILrwThM1qKfaIA1YUWUpN9ARYNmjxBNZ0zPW7y6wPDYKY7VN5/
... n359zylE6Q14JwyCF/opnKWqbA7he1O9y6npqJy+uoNtNGNzPbsOJRUGXNTjnlEwT5cQOO6Elygo/FU+
... qiXGyBorqMe0/ugslXoGGPHD/3uBb0yZoPjJYed1QSRLbZ8kxkRP0FBq/
... L5fTYfHGOUpLNUKLpM2kjmLR8bfnlk2SLa8RmoDqBuKfsPJRLUUJanrsIQzJBVQLEHyQ/
... VJL2dYW66iciF3R2CJf8Ehd+robU1VfN8sZboLBeVtTIsIPcOXr7Mqrn2OygxgPylnaTiz1KxNhx+QcXK/
... UugOH7Cl/p5w+bXDT0BBFCo8wj7XJKNmzQYNefVRGWGjjnACBM3W+Q3LjV28+
... U6MW8KlB6ElF5VEOzbZaeuyemPpDmcVsQZ/
... LWi9v4H3nsh84WHXKpDSslihyTTg74hSwzwQv9wR8LQCxfMixsAxfmong/
... Lddutd8nVa4LKoBJCcZq0La3rbnTVq9yfoR3U4Elpxo2pwMMU6FyJQhaFMB8UBQRDu75fx+
... orv6kB3R8sDYWWuoup48CLAlI/
... nkxvo22ds5MTNTfvGs1TAZPAg1WT2IVHdK6EY2GvxPIlT1hnrsZCrXaKORhGQ+1TadiRVos4+
... SdLVOSmzLnkhKGHEhcy3HifNaMbYwMviTKB8rrxIDf+5PTcMvAz+22HTqGXLzsi0f0knIZvoVXIkJj+
... OpCYJx658kQcHsHJ2meVNxb3lykl2hEtBSIsj9U+HDeAhFq/ULO/9+332eWg6flZLyVstI5yVIE3tDc4Mr/
... SFo+rbeJfprqCHPm6vUGFLjmiLT3APhPxgMW+meL89eRbeiDBvSh/AOmVoMLi/74U7FCg4/nW0M/am/Bb5O/

78... UShWMWZzTggfLOAqYmbuXQfGBX7EIZLQ+bRt8mBY6JPf9wHTOB5pZ1Z2hSERoOIGQQWU5rmkVZ5i3agCms82gI/
... MX2LT21hn8ZvC60S2Pr7vw9V8UsZBmOUN5JcRiK6vzmWcWcIyWPRstVhLNyqf5mKlVgaQL4pi56q9XTD3sNrs
... EDsrou567QqJ2fHvY8971TXETGICZJ7lTFxLvNM4OjvKgP45YhYktV4xvZXNxXWbFMZPjyeEFBp1kauBdFeay
... 0rhTr9YavF5jHW31//wJ0U18Qaafl/29BcaRHtLYBgBM5BvZtcrhlqoYPUdVZunqFD3dVa9qtlNvpQTWVFk+
... BIGeF7t19nn5c4Felmd7UhsQosvAZlSRdY0tBYCLK0RTiYT+
... AVUtag9B0Q7QNN5XsuPDfFRk07br9wH8XDDhQL21qiItxwjUUu917tI0SY0DlV3WEL43YDGlnXGA+
... lNmNlx7N4KlgFLbUPLpV4m3Se7nSa/f10fePO5IwFlm2qxfGkXcmNSoKHq6z0s6WURsClOZ/0s7IOrmYj/
... ullR9lrSI003F3zE/cCsiyiXhNfO/S8yCEaq5XpCJLPGYZquUx9iO2mjyCVVcmQdqPZO8+kNLdjuROA/lz/
... RMSPZE5JtU5MU3RAvDY5ZXAmGOsoa5g41xdnsuRLmiWKH3PiccsBZyY+
... jUIyGoR3RtXoBgiOg2Dc7IokhXXKQQF8t2dMTEfVlfJfo4JEoTGAt3AjjayIvKcXoyCuprYxIlRzyfRAI5UhV
... Ol5kcvI0cjeqh2w+IYHtpM/8OoEH0Euv3opbp/ld5MD4SOQbZuPGDH2C8qNQRot925sgdoMe+
... BT8GE7lSQA9wX0vFoWJP44SVW0AoD15Yklpb9XDfQxo95+J2hSVvpkD/
... 4X6O7XZdVOPZmnUDEOG89K2PjxS3hWTybEkmXYNEIX5auJEAWXrun+
... kuHOBEADEtDPuFcA52BGJKUSYwkbP4hhhOAyjwtpBvFEqmfHBt2qTddUMUa8/
... k7q9gFOnp1p3cvfylvGkLTxILputMg7HWkCRUkZxRPQx9hH9hRV8ALhsM9fqc1eRXU9f8ubmWL/
... n6BvSkQVqcHCiRjphpQ74TBKlhBTU9/7AHl1RxnWUiwOi/3xj3IKufnQyg2nlNHBCQhqog/q+
... js7i3OWyCOWHt9k4jk6Reii5xQCK3laTDJVDziScEIFLA0eBZ8/
... WseTJHnptnb51lKIoOYheO2rz1fbmlj3sZE9kz9SopwgUKLOqtgxx+MLknhBd0dpEiXywlmqGxVE/Mn+
... yWRm3EdtSeOlbnKWQAyQ2Tdfo8cIOrshRc43u682F7W+SJ7hTHW+
... YAkeWtFfZU08K4sRNs196bp9gaziAm375YYPoWPu+0lU6st0Msmv9EDrKoHebPAWp92OYt9JoOnHuqDV+
... p7X9K25womISzG92+MHVwn4myAPNDRGsL1S5tX7dQ6rXgJKjkog0bMDdwTHmBCeTE5h18xPStLLfaEBNT+
... 08MKMy/
... mDk14XvXUzGhHOv93w9mR7yJTiz2iXx3AuI1BAwQATuSq7kftKQoYTRmYPkfsZcK5uSDlsCasb4S36JOAMfYg
... s1t3om6/e/
... pQ5o4nIX0vS4g2BLuo8DcmXv9IPS5coRWLBxpSe7MgYRvcyhpRKWHpBxS4XnJXf65VDILeXPnNq5WM7Qm2d6Z
... eiAHf5TUHtK1VTCbkYuFjpkiztRQHWQwKoCRW5R9egVf7bOalrX+
... nfyyakoHE06wOmJFEcZMZvtVJQPuBD34Pf+T+UdamXI9FgskzvgOnk1d4dt0nq4Xet2O2t79eMWF/
... Zfdf5o3ZkqaihZBVJ2PfqT+2zE4JnUN8zHNm6+G3syPu/oTUcxyV3+aw3QDvfrxKj3TQ+BSiBP7VajWA+
... cOEMvP4NXYdgpU8UWg4doI1DINL2bb6ttMxp0rS7eFsb98E35S7p1ogWD/3lf/
... t9ZzR55NO6bbN8i6nKG0NG04PTjihLHjO5ElDRfHFE/6cQCc1r7kJyMxavxdNC/V95deZ6/
... FSLG3Y1jQTZ72RmW9a771j4uN4d6UrAr9WtD7gRqDt/qTQj3qObefS7jv8FwyJKfhRuFnJv/
... 0thJ0sF6F4aTU5ZFlPoTsof8F+SEfoFicaryIBTuEs4tIjKTsDJUj5TbfMYr+
... sxP0DeBc0iZWljhg6c8CRDdgmz0rm+4fr2YnHtxGwsesMnqL0TfOwWm6pos+
... 2Nir30QeeEaqNuNo1WdgpXr3CkC2fVdfRdhOMmR7dtT4ry16uOAhcZkzab4tFB2lePm83vnDKS4yl7O/
... YiAU5hnkKUg/YOGd4JqmfpyE+/73C97fMyPrxG/3U2XMd9uQ8TxkQ0imZQCgVtBMHc2/yeIHH2CaqJ6Pfn5Y/
... xOojKBkRb2TKWiix8KcUzdV/ioMaqWokW9UV9en52isSSdP8yUiLUB72Ang0+bvMST+0l4U0uzI9/
... BeQAC4hdn7LBjDUW8JlrbsAZkuXQBK4mr6sDmaMr8uaZIHcnBgHnNyLHf/f+g+V/
... 8CVKhOBeaynkvonKgmXNaaqcIjI8lv82+5XP7nHei3v5FXE+
... b6qkb4APcySruGbypQbbUErHCeZRTYL0qYR15lhSeId/VrmlGs9HZOm0BIyAI+
... DfI1mSCxlNAJLuG2QkGtZVWuthheHhdQPJzmFlvys3EyLN8hEi5zLBSrCS22TV844ygqHxZbglM/
... if4Wn7AylclKkcvjfQkA+JxMPa8geyPCwalQAqAyUl1jY09Rp+l+6yj5nMimXQRvD8KGzD+
... NiQ3tbfSX3kyrZ2CT6wDraBhyymnMOplJJBuusmJFU7OqGsn24BXG3LSCC3PirpBoAn91aJKzriBKimCEtstLP
... IJ2m3GI0VQCp9h7RhjS5jIswjoOnqbI4oWGs/yuVenYYwny6PfirQ0yhn8JYdr8RbBy55ccuvDoPWufwAz/
... zCMIYO0agL2HK2NbFYMgIWbqvfxc503gdfK5hzWu+w13DpqAvYQrhOMxqAEepfxlCiPN/I28CHg45lVg4nq/
... HX8ph1RNcZGeN73dKnZ9McSBvl6LLnRl7GtoUBkviOQkUFiClU2EDI2Ki1XCVn2OxuOj0LZGaOSQ/
... JIn4gzCRZAwF6e8WHtNeXqBWBJmEUBCP/epg1bhuewNK5GG/ALihAgnf5vVyHw15vf21LOIRbTFL7bu4MK1U+
... YlVF0sT2fNE8sx0nQDuXYrKFUVXqq6SzeZhsjy0ChoW200bh8gLDCZkqhAPrORwcQ8iTrLECpDwuEXdodYq0t
... EWXZqbdpGGMcmOLz04SjwIKoIvAlkSpIwK+WCE7gZQMAQw6BdQVMEnJVy9T9Peh8Xy+
... 39xok3JGeAupb7Z6sEEiQb7MbwlWGnNEqJxPLm6Wand0tZ3YaLxCfzmFNL4KOkPN5Uyw40vHnWKmm5cOGz/
... KXKumgGi0BRJ5CwhoFHkvdhO7KMjdtnx9pcp4h3TnkArB0CBTuWXUfvE0+4D9UtSTAJsk/
... lEDQOfUSaIelR0RsihngOo5rMplFWziRgw1yUdf+GW9lOtO1fzu4zt4voUF7PmaF+
... 1SeRndQHKARrbq6EMoL9iPlBZ2stkHG5lQIBP428G8kDYgivXxQMGi57Y0vvA0j2H+
... slbdaVW0yzE7tioMW79GO/z6A786E0jp2WB3VAY2UzU1qt72yEVM5Uzr/vbvrCQheuYWamWh7/ikej0+
... ZPUfAXx19W8IW8wbokaWCEIWyBWdf20U04zbH7YiYByM5LyJamkBm790nfLyjEP+
... lgOK2xsR9BsjnZmfobbw1iNSUCSZlvylW9V3ELoJLJFF9h2A4wccte8z3ddavST4vbTHFmpM7M6OekYN9ko3k
... DvQATOGB+VMPM7j/LhioNNVNkv0T8e8wlDC0qfKTWrXjHo6SEvRZkBQhTRrYrYHM1MdW+
... zxl0OvPxgYiSfXdbTx3Lpbck0n4QKodPvYBOwGgPcsHKbgIP7tOFJetZTJ3g6EdeceNxeuhCBKU3gk7Kdgznl
... z44cLqU+/gVHfkxxTqZrvnAGlPqJ67990PaPpUE/U8gELJonD3EE9DIf2DJdllKPjZa+Phw3vMEgpPEBK/2+
... fq/ZicubikqtbB+edzQMyl5Nn9rdCGlzamXjFXb2dAUR5QZNrXmwHZZRPyfJhjGX44owPa3+
... Uh6A4BpKk7niGBgyBasbi2CFF7qCCWMawGGU4u71XCMVJSg3naVTRYG5cHLT3RvesePHv7S2vP6J/
... 6pjVh5nZJ0/9ihCxzo1J0D7wiJQwfEFxEj/BbtekEc90ogmW0NUTULK5NZcjj7w51CE61D4cP+u+
... MO8LVOI7qgDSfOufI32RwX2upJZNlLbN2hnuctH6ryCLSXy/XAUd+BU3xo60dKP34GQ+
... eyhuoAwsfHMV4SZcUNeXIzuIOT3Bnxosd1nJOMJvQXvk+M5H4yj6/TFTLhfoY+YVXu73tO6C/
... F6rZQ8AZOYHCqFZrfXAmTCMatTM186+
... NL8J9Ynv2p0refIrOsXkdNb6yvgrmpI1gx6YRG3LWP4mcL6EQbHR4jieUOL6BTha7isp3xADgYdbHZau+
... uuQwTOi1boS3JuUxzwIv1Xkbfz0cSE3Rko+3XHRb1tnLczvN5eJATiIb3PH+A9Mib2iuYmHAXsvY+
... 3zb0Ve61gcakg8FzWk1fsEY6RjW2Y0KyJURHcGpl8yjUp02LNKW5c1uLelOdek4v3kv0hl7Hj/
... aYSZVkjsgdhGE5fO5jLzlZN8FVXoFs0Ae5jmvZMER0dkQAOxgFcc18kOEzdbjM6N5vMjLLBEILWUAPf4HcQdh

78... dJN/iTgu8crFrpQws3jU8e1yk57vQxv9QVvWVlK141xbmhQ9J5phNzycb7humiXwB2v8v65vV2zc/
... HwBr03msnNwX5AyDSaNIMxivtbpFcGBhyFei5tLN4t4tyaAE1nKqxeIIc7f3rZsxEqUhM89BGkXKlhuZ/
... olEKd0QKLomdMXUeyDYUpvMCQqGr6bnjpcPSluL5zf9WpGNZJYbhEZ1kRwZrKhKZhO5H067xuxnMTqlzS++vX
... /EhLOyW4bFWnvTlEabM1eoIx09vb/+hWAUUsJdLCgbgp+CQxy0vXq9STJGMD05A88W5Cm0yp8x/
... VvLS776DlssmCcYAD7fHANf22NmsqMHvBqwfHnfSnPqqoHhKqVOqQUTGi4M4azh/Twtc10U+
... Zp4RBS1L4IicCa7zKpjF/JLSSqu+
... u7xF2YHKUW2AQjsHJxEoUbxHeR1zgFv65EUVvniug3F9azfViy2nHtadg4oLbjrK0CfveZ4cVECecLPXWD515
... ZMvwjqsPQjpsgDmS2WKWbuI8TUkWDgywvK4wZkHYXD27RhB8os1ghLz1pJiqjqo2/
... PbfJnfc3TYeTxnNYgPH0GdqJqdIzkZ8FY/RgA5nOyNBDI39hhYdAkWf3RsVUS/
... PUqeyLpR0Oks2WDnt8l8orfmfaMA8sJyLGeUbCNt+VlDieEZEhwlqCd0fHOytndeAhaNMDP2LaOq9/Q+
... feKlavtWEhCgqewf3AZqZtbQi4XKHEGOcLcuDIdvC2WjCISIh15dMW252S5H41uthP54TexNMHEf7O8a5F6QLf
... Nx2u2jhpz2wOrEzI/0gMTir9itetgb0XEwfM5anZkUs2sijXBDvME+5NfDLFuHBUWklNMdCqg9OqdZNIn+
... GU2c9oQRPfkPvXHWMLNCdQnTK16sQxj5FLon+wDhAyr1cbU6FSKY5KmaDu4KovyWWj/
... fpU7YQxe98c5gQUakpv4/vuyTbgAnyAVoXddEi8rebPFWA/
... Lz8LCjg54jTnoeAlyoObKKep0jhjnYYywPT7cDJZj0P5x4mP9KuTA0jPB/IjDw5Kckpoi5I5VLoPzO/
... 1GJLLh9mjhxoY949wzHVGF/42PcDC4ciUAu+vpl1guteuDgPCQezaPGPH5wusnc3xi+
... RMPILldzAYyfDEr4Snv+
... fFY2qBNIQp91fByOakKuu2b6skl1HJYVAgmaDkrgZuN5bDkVvbvVkSMBot69o4DLXVyEhgArsjN9OkNDDihtX
... 1pE6/SkB+1i7TnyHeQ+Lkf0JA/
... oh2UXQnPWoxKTAp9y4OtwH9AIdSCMJB5xFawDNZ0PYbF2ESkczqIyNFQFMAgI56/
... CTQHZpoLfQIsiWlOh6kEb3IdCEITWIYZllzX540ADBwsIUWWz6Va5LgmeIRIyt7ovjA3Q5zBXwyIk9xzCSSwi
... wBB5QGLdZQiHkIq30tu0WS8/
... WezC8tIeimQQ7J54TFjXyazV6obPAcgl7xsyPr9jmIQz49b2X3TBcXVJ7UhD4iwN+
... 0k8e54wdbeOh5uUzhzohG5X4MyluhEXZaFKhRQO3RBkkwX2gLw9THy0Coe9qDNq2gyd39O7uJhpogz/
... L6j7ROtBtLzsm3Nbbszm0d+Rz57DdZyw4FgY/ZtV0jnkT0volgjdoMhY2h0/
... iZQA5jxnFuJ5SiXpo9gd0fNrgElbCNuVJM5XnjXMc3L/UgMSovBwprjO4F8R0z6LY+OBpJxP1+K/
... i89ywSetrFQU7kAUnF/iY57dM+oCstnF6JbasiPn/wD3YLwMHN+LJ+
... wNaeGDiMOasTUu2x0ZFrE8gsbjrd8uL7UYqwMz85sHmWeYkWo4GlvGH6iFEMQwbl16PYEM43u/lVzlN/
... UnTNBLBpJdindcViOzu9MhgwGugiarqQfk+7ikMNmOU/Y+VwiHeg5U0NZw5Ayg6u0jwlSyXgd/QhEvct+
... SbnfIdUAECKJldCSG3hOBOkmYJiSIBqgaRhsWRf2yJ2Viq0f3W3dP+
... A50XepNQjyxz82a4SkNYdKYHZfdnJ9ueK+P8+ucGPJrbB/24glil3XHzHDDsgjjzCG5LT1LdUzXMPpssq+
... hXzBGQkk6+35+yW2rfiKTP1kogRU/t/tq/
... rI18JlcUFG6YaH77mEwHQdh897PNQqEpQ5v9mCrT8XzFQfgB1eMOKLxCJ5D/
... UJmECpHHxNMsUmkFU9dRVhGJMX7KXANnTWrCm+carW+gZQNl7HOFJUtM/
... FZ6dtEUeHpLh4JaZRtMmlenpPci7m6uW7jQKzBT9lQltbpOPAmvVKDKkAwHoHJET/
... r25buWmu32Scq1HbHZ2Ypve855x/gG+ueVOEuXvvGHL3PT3fKRtYDViZH1Qx4QgGqQQR2gRm/
... fKVC2USacuYx47p4UGS8OTxSIfejsoHocOAle0Gw/hafk/hvxM2clisNc63QCsqnktj7WtM3O8h0mm/RPcuzA
... +OzTbNOlNnuzGRiadMwvsFbza+62kyKOCVqI2oBCGvMR6TLq+RjvhV2b51OPxkJpq7qB/O0w+
... Zz52yWggFgBSVmEqnodLTaJef3btxjLF5A18hNfcwuRY+
... UIR3oU90bcPDjCs84jLKnM6eBQBiJDBO4ngjQ7em8y6SFmNMe1VPo7I7cQjemi/mw0+S+yoSAVVBJQwr+/
... Kn84xi8SvJUsoScOjb7T9vDjeAgz6Q/4PbONdkx4uhYcR2eAuC6E86ixS6bSaAd8PfbRQwKDBiSCuQPlsF+
... 5UDhcxVSF2a8cZxBoL9DYo/acK+er7dJ9tRFMnANX87TStUysEUsMEUp82rZKM/
... utjLySKTMIvPnYapiKgim4grT7dZjkdwAhSvYOp4l8kYCgrheLMwPwMdr5umS5yF3zNzOyrHX7sxx5Ms+
... T8dYvP/8FCEf9UBOd/bWEA8h/yYnRCwuUAC3nzrJxb8p4LGajL+rnrGuRX1WKddTfacC7KAI+
... jrRYAouGIVpkIASYi/K/iAEAeAJIBR0tOYTVKz7Ufba0JkVXcIvkg1n/
... rWOYaNKFoIFZHP4kTJE61gEhz8MdOHRAkEkjm41tcoKashT/X3/
... c98ithXIuGcAH6zGopYwrN8zi9MniO7XQ0pWKXmMKrI+G3mTHxCrv7bvm93uXmc2Nb/
... C4YYXfz0sKWP9jBueg7KOro47dmO9L1cYkFDoUvp3UexmeheOCpY2YDrN5HvL5//
... lwbmnLeSmpz5hv1C1ko3PIBlFJGecA+ifB/xk6qRHx9V6LwNLR7gvwUHltDrpOk+
... f3RvjK6Mi6WpN1YBmn4HelGXMfP5PDBLeVAyDunQpS/yxYss+NmuC2l9Ad4G/
... 6eaTL9wJLlzfa13tJXeoY2BSr9SVLIV0HIEDdpc3XmMzl1iQLRgwQisf373ae0u9GHcmmws+
... s7Jvn7yyygaLwsy09yDCZPYVlTgou9LGsT8h6oSp20HIw8D18ANx+aE/
... 0l4xRTu8Wb9B539sZhEAKzHqhUxIo5wDIf1KhxWG+x+NTee47BkSzyhBd+
... ZjjUiHdvDbrMq5g50GH7QKvu93KUgEPAbXWYM5YjigcYP3vHSlwEmlphq41Q/VsUCAfCVLHoF/
... TbDKsNAwB499Nhi3uWDFIR1iSCLD3qP/jR2yHSJPzVJ92Lfnpf41HTHc3NaPtq+yDNERoog+
... LWjx9aMSEzhoJ8494hlJaYwqVjt3zyl3cutIvNwP4lW7nURqUkb2x6VpT5C2fTbK20l1GXiFseY8S41G/
... Bka98w/UcaqyFDDAZlVAqKr2yLXFlDFfoS0u4Ofu8sMU4j/
... UdLbAkmaIoa4oPOIp2ZEDjeeAPgQZwmTqLQXhRFIK6UPDWE/llsEOHR+
... dTMbkdxVEAzG9V6xLXILcSBBWmuMl8UIsnhki6HUQqQISPdPuzIVsnxBupYl3baYaIILR1Vur+
... aDfBZ09spY6HOH4lwvKWbDU8TF2AoKiQKt8cVRHxtEWpLwpwL0GKCz7ZR3+
... wIdQGTlAuWyizISCXIKjvlDkfgug5bCiamvOxf6NrvY8MAJB2TkaRTaMB6F47Bnbwy2JgchI3U4QBWu3ALoXW
... 5cdW4j8bvY1gu/4gRcjt9TLViQNYEB/d06mzvsiSLAm5Cw9KX/
... q7hF6USUXbdmJGSNQNoYWAKqjsK7HUIrISmkm+FK+
... nG56kGlCXYcb1CFXxdXTzG465UtUIo8Cu9VhQvTRbsmWw2AjAkd3wF2WPHwkdqP7cm9c0TS+
... 4jrPHRx6wjcKkpOsm9MEaTqFclQrDQMAcvvJVykxphUHIey2g6Dgw2Bdyge9/
... avZGfNfvpkyDLV7UneddCmdFhgBsDwixdcddk3UoVdB114nGLnkT/
... FPhLSEEy6Zqnl5rLRf78FDHoOPz5nwlQccKqCM+NJlJCC+PDKCJCRn+
... O2d0iNaLRE8mHYIUdXQnnp736K8M3zU0nuiR/uHZvG+uWIvMpX2EaZdyx02X9sjE+

78... ObGurLra1sjwb3gxSXZDESU+HQW+scag0ynHuQUplPPa8sFOb2gyirhbBrqcH8/
tyG94k7awtMCIgr98Sj4wZjTAS4BNNApeF9kii31/
4oOy6e2IhX33qjM3n1NJuSfPTDTuIt8uK1Gf3Yoi35zzmgMTx3NWiqdeTXF25mulhGpNchk/
SePdx4ndWEWhu8hODm+i7daHGT28qbDNnJ+Rqsj2MnhwXwgUbcl5Uw+
WNl75EMyDbAkFa1wBvSNqdORZweigVZnuOHCgP6bySUtNZgev008/wyTZo0PxjhBHZm+
pKwlLUUy1RaebJJJVY3/3eBm3buOkdLAy3NzykY8GtAi7uo6PNNeaa1ML173569bLPlW//
GNQNfNiILp4hXBl8TsHWFU1T0WqmxAxgXEvPSPTRakEwkHxh0LBb8O1wr6cYngqBez/w+
JHV1Q5TKGachndYhcXDOdlVrPFZyreNQ8blJY/JCgxsxEHI5lUyF2j9tGQR+9/cbM3B+BrJWVfC3dcT9O/
5FwIh4O+SYL2fxNpOH3iS6sAzP/0pI0aZMYgYExt6dll/
Fj0siPw57Br4Mo55JdzpQO7HVw4Hf2WJGtTjzbKMPcFxSicxkO4lfqLqvlc2GKrZ0FGNiBheulB3D/Vbon/
AKFdDErFZ3d9hVahSrkWRn0LlbmGx0KqDoyvCF0IYNU5WZHPorVv6cwmucgN5DrhY9uGORygDvWj7BJFnxYf6
FrC6boKn51uGTI4Dgq6j/pvTCOp+jWilQruj0/yzaHyn5vMS7P/BAPL/zu8RMXLKCc6QEFZ/
spW4CeoJpCmJdTtVUMI6W5ehuvx8p1ZrbMfFeGo0foshRbowHpK2dGN0Yjgx4thn0qN7RcLuLgCbFCGgKThnW
K89LYfBISz+Z9BhgFTusLCrTfSj5Vy+t9zCOkl9OWXOe4/
TCLmzvNIPO15DPHegcjPdWkuPeWr4ie4Q4espmNvrTByzWmOAh2GsO8tr8g9b0bNtGJSL6AraRRrVM31VhLIJ
AWjLpu/cAw8ze23RdWW6rCrKO91Wl+my+eRlncEtyy/WH+
rX5rlrx0reuCES1dDs71pFunVU8d8sMxamHV0hh9RdDKtBQl86N8eUbe0+
nxN3zrOrHuh5mWKC60YLE9n9UK7m7B9ipkW0Hkz8FEAr2NyFgICslnbNN6Kltqopka7YN0R+
bJrsQWFFS8FY4nnCRxwrb0vMSHWIlrtX//4DN2NYVAPX6i3bE0R0+4DO0PnRWC7RUaV9557N8djH7Yz1+
R7IGwrXdlAZWDGnsdTM6JDlOT15nHUf5OMFU+bW/n5fdZqsNN4yHl/CSSQcLNTE5rc9iiIef8+ONiUkR5jjES
+R4bb/r+VOGBzw6FX5W2+bwzetUp/enxHsFzxViQltPUSbzgwGk8/
okmJzyt0T02jeGeOWWDELOU7sO5WGl8WP6NDaAP1uKOp2J+vYqbob7j2wD+MiXi1qIxL2hJ6tpuBB/Rsl7+
aiuinRAkZpFjRgj5vehvsLxJRfHOREus5K7cOTS7ovwgb+
h0YJo8zVakDHU52KPseOlWTuFlUfjW5qi9VREArTAmjRL64jyv2yKaaFm7NfLE93P8/
lM8VLxD4RRtw68krznBb34Odhg1Xa6rFhPfPXFA7fd7g4fb+lxgulXDijJJOq3B9ERse7P09/LK/
LG5oT2NbLZUK1RvkRrQdWrjckMU3x7SQuVP3BsN8lhWdtiucCjdhVrFz0cfV5EQ9sKvpklTyQlGiTB55679C4
chxilDLQZKxuSfUvkv/v7+
VceHTkPuESCiEn2g5kd3VulhMvPS6ZpuR6tco5XcS7hG3s9g8Vza6PlKhpoh7tDyd7HF93Mr1sCWIpu+
LjTfupu41NGUiXaBAFgaTVdbpq+
Lu78HQRDHA2xkzDD5SM1G1daFirkGiFf4OkMhOxUzlbJ4GlLxRqHxdjZ5Xx6UNEJViqe0+
nvAUbuB3L6BbGymUbUPq+0FAvE4LQa3Hjp8xYMi/AEpIVd9setyx/f/ptlh2PPhcn9+
6kokUqGzPVKLP695RUWiI6nPmgkpRVTDm8WgHC7VO3NotI7V2ivKjldhIPgUn127vb5NkACv4wRiHecjLWhmc
Z3AD4i+MUKUZTHVeYmSn6TxKVVdXnh7m2gO/nrayVSTzs+ffFFp20B+
AQrwylVUSx0MkDhixJZQWv5pLyz6a8zJPHc2gTHCiOUiLxuu/JM0LqT1zWMbphofj+LkfHk4YXYAYTY4v2W5+
3pLAJnsD8tsGOpohEAzKZOVGbSwnKnuNaTzHmVVW8QkuC4gBYWBVPbY65NRZqklRPKssc/lx1B+
kVw2BTQWnELnjPKV4LP37x288cta9CIBEdWq5crm6G1dBNRSBiNLyAsEA1XzpzhhA5n1d7Ov+
VufgfwFb3shX29h2Dj66eRMKDjUNKcDXNXd4ev2/YjeoV+u6EZZaZkQ9yJAl6eJeftWdV4zYqmTn3pHiIy/
llUL7Y3VO3hCPxWY9kL6CDSkXbZW/8Ne0CaWZZfWMc+MYBxxXz/9A0VQMcE1Ly4+
qgwYXTQNVnBbF3NxSg65h7CVtZ0FwRxBYCinnjEzGlyB3UPocnd3u0ttV/TKr0UPX9u0+V4vGa5fU/
HlPEledoce7etVKOZEmrW89VUUIB4oQ8CVQ2zbknPks0mnw85eSzX58cju10DxxVazLToYpq6Ddc/
hbytXirhEKxHyVhygXx4hgvDB0sCc7hJLMpzFZhZJYZ/IawnF2VS8v/cygnvig+
cD2YoPLjU1RxUmjuQq30SsNug4dYvcx3GcIpWdZjXLoGVnJ3G+Ton6DPTV8gl4WYC9+
BqvoDaMzjTfcGhOIgZ3dwGXML2+u22YoAJcL3y957QrpcjQsIas8ENZHdDT0rqTAs2TK7o36zVg1O+
jce47baW83g+ayacPYObSGrVwIPG807mtRrYD1URc3yby7CeyXuH3nqGj2k5t7Z+XkKRNLjHv3JE5U/
aFAQAyPq0D5/PU09S78ixX9nWU9FhH/H5fH70T0+kpLXodOj/
Aqlyiqc84r70FnM6ynbDjGQXRaoqaqtLPOa4MReZ/
3XBTVuISsHpR7vDiWIOeU5iE3YxWxQUWB5g7aCM6nBOdzb7+
P7oEq2uin4AC1gBJfA7ei1GGAFG2VkLScbUz8LktGSP8CFMR4Rs1o1svrSCMLR/DElgNFr2bjx/
NzIGBfppf8mPMA8j9zX12SjyNmd8oSow0xtGK/
msVW6awXGCCzyNr0PruV0CS4TcaEfPuOKgnKEbUspxdQ8bCIu/cBEVK23cB0bO7vYq3F/k5jOa3Fbtwwz2/
kff4xNKcVZNTbJIo1hLVkcuHW0G5SK9I/pJHrzk+x8vWBpuoilxsORaj2gQ2htQumf/v2K+bWlFtSRnpRy/j5
/aXOUFmI5DrJRE9KxZqli9xk6zEmgJYjvzSl3hMpAqBIOhy3MeqT+3lWis+bBV8hL/A46MabY+
GpMvZkuXQLICMSUgHpJ4WY3164AicN/iD960MloXI7gRjhEHHZPc3HCihkqVVlfLOjYpRu2DgACJT+
MeM6iQKFvErIsVgKgalTOpTRRpTFaXCsUFCAaXVkxtJ8GEb7yJk9uLWQiKmII3F5JG/
5NTx9YbgNqrreidnQndOllGE20yfPFgyRz7+
Qe7r7YcaguaTpnQNE9EvxqbvhJaEHjtoxzKHanJ9CjAxlfQvqLEI8YwFaOutmb/+
GynHy314EHBjFi0dWBipRAH4svEKwrYTNIAwdmFxKkF9xKQi5aBsZcMU4fcC71UNsRmwHp6FWtyBcbclIc+Em
+v2VwMfJA5mJ8ZOTDCgbPaGQzQHsRi0BedSb6CXvctC3vCOKm+KDGvupy6SE6QWWr5pgQV0d46x9M03ql+
08aQWJ4BVIxA9Tco2v7N4mrxUSsgH3n5M9ouqS8Pi71RxURhGANIE6UA+torupJdNEE9Y+
1wx0OS6TJVAhHuHHqTrqQvyn6fPJ1Jt8NxgJ628VeBJ6C5M05jbd12iCsP875QZFqn19aJBi0DegGLU4dTzqvb
KdXEhZmvFLS3kXI1JhRkEXOs5KAeeU1ikJh2LMw6ToGMvPWzrC733ANSjQkHkU/XaVY+
Bv8Kn5j6WcuZEgsRloJWtHvcETrk8u/euJBn5z0gCPw02qy1oi8EbSE9nROZvwj+
lJQ6YbgAg6RxN5eRp1GN8iGonPKvLeHRHn9ajp0uj5/GqiHeG7/
XSuNrMeyZXlqSQBHVuovBhqGdc9eIQlRr4nbEyWlgd4kMT5TX4bDD3ImYQwO3OM7lQwnHq6pA9/9+
NAf79XjW7OjdCRNUzkKCLV8Mi5DKmC0Wu14FPU2ghk7dCUzkvh1Cp5efBSP57qaXurKdixzAaMrHVnasMSM12
IbBWUkFmwOieKAvGAAUI7XFx3aDeqTM3AqudMvGQCrt4VAgZKZp19UuFEqsem9afjGyw/
46JywmU8apstNeS40aPED/NSgCVMrZ7WInr4eHvsRyykXLe2NO4t/9PTm8HHA+
swYTUnvb4dDg33H3bV4gDkXdw/H3w0fmRnmlEqQCc1Rl19nD7W+

78... Ns5gq6q14oottpqGct2ol7Rzlz9xmmm29cIvj8kULhaeRrmHvm2yIyovzroggDqN/
... P4x5RZyAz53qD251ll4IKHYaYQvU5Tn7kbRcDmjrHSbl5NFqoi/ejqLvFWAd9PdgCDhvk7I4Ws6FG7YPVOIQf
... +4p/ylGoSJRA1N6D/dLYb+IJsIcuskRpOoAULHs9owaLzwnrAkFX2151VAYmEKIinu+
... n5pIYEdXp6LWqMvg67tenTxrFgWjfrmi5l+HnhigWCUZ9MUiWLQJGlr5wHKYakXoX9E2otTl6q/
... 2OWtD05ESmsQ9ma/24UhZF43iyHnmTO8utQpeenpvmTx7xiS53LPDn1Nyfk4yvMh+bkFEiMvto+
... fEzc8LbWvKMyBKdinoQ5Pyo7egzPRMJL9WaDJ5qD5gDDwKNO3UuJ6+tz8AEQRkrqi7rDKuVmC/wdJA/
... maCUsxWpZcKXCBJoMJD8ZBJDfjHFuMLrdVV763QDQsOqHn+
... IAOckjEw88Rsb55VLmbsI2Kk9UOSmC1fybnXy9ySAJtSTGbNhyt3s81aSpfPJF/
... u3DAUYdsU32Sowhmr2gjUGHs6Bg5yj1MgPrAE01bSdRct9F4jFnkOrvMMZHwmpcWXHA8LzC93Z2E9syr/
... R1KKwZpJpa5bloBoCTwKCkvQyscRL32R8BhSXGoaAA40Ri7Y540+
... VKduy1v53qv08322oKwJQulomPM1fDk7DsRoPhtivWTOG73PbCnDeBSGlYlojAJlhrlh2kUZTCQ93sXi0Ozc5
... bD17bxAsbNuuYQDMcqSpBXB7OdRpPTEG85UM3HFrLtnGjnTvbJ3EsGw96OtuTxWoflCb+
... kINZhqwmKzpKCdyVjiYvhjZ+ZK1XixKnuHd//MAdyKGdWp5Ew7zL3pHrXZbtxqCDohHt+6bk822kL/
... 9SMG4YlBQs0HS83w0JuEmSToRreQs+DGUtKfOAq2P1+P8h8hIj/ABNlUnNfYgidP1L7DtvekBQ/vFDgN+
... cOh92uiMOSPl3HliKdwFpshZ5trJiS86m+2Kekhj3ewgmGHc2doVLfMpLmFM5+foVm5Bc13tHjeCYY+GoGq0+
... 45QzAghfIBpVzmCTotuvLSx2v49usQEClj5vXLO+
... v8UZ72QEhbU1j8SXor933o6bOObyjS723EZfEzSYPAv0ZQQ7XX2BmuDR/YOmiJj+
... ak09CBEIwbfM1XFnCVE5ubeSyQLCzxSSCe7j5oqdEtZg7z6j+i9bifcBrxjjGNAr4+
... 7Xb6Et1b8FF6Mj4xUWT8861kEsaXB/CitvqminDLG9bywWxr1SYG/Kb2+
... h73QDHDmMB2XcTibliS00aapjizM4U8da/uui8aNABHNmfHAoWhL/
... ktd94QrqQbe9ZAtVJ5m1HzTxB0ouZkgfgKld5txdb35eAZM453XvoXOgCJVPracCjmXeRzYIych/
... 3JTsDXZXf2IgB57OMC06VYK3u9nRsmnvcOO256aISIx+ATVsL+VyhHGHw9a6TMBFXaoPgMupgC8IojD+
... jU8dC5I2xs9onWKkpBXyi4pgNmoZwEPxZL37enDON6ywUi/KU+UhiLlsraEAgJkkKK41Ji0c9ctRk0+
... 3yuHI57c3gtIt7bbsVF+/K5SI4QcG5JYA9DSvz5C1zrU0+
... EaRjIFLxMQrFStddSDSpplXht97dfV6iCPZpu4dwBEVLWVF6qeflaoZBFPRVHsyIASv/CTasWs+
... BZdAACsBdr7j2Gre7WhZxzLCy4/2C8AHBFk0ypMTawgDdJU+
... d99q4PXow0cSxIcISZuaVUSXfuAwumDR5gDyl9ynbmJNrp6TzeA7Eolv5h7C0mtwZCBkx8j21u2Eksul4cw1p
... AfFV4oOoJ+MUBLhsgOK/YeiQy1hlzUzLMUGphOLE+
... ae8eFj7PYnxaMv0HIZAbrRQuC4RAJBp58XWSKQzj7Bxn7cs5XdHQWkOPrGF+
... VPGL0SuCELy3U5xJB9AlJIEvAnIahxiMTp4928K+KjDG3q3EoOn8+
... RN7OSfBxTJ5vrM0F2N1LgYEwSipqpIrce+APv9gKvTvo90Yr5BdP5QasDRNdCgFRQyUFx+
... ekMNk3eGCFMBf1sDgIvXnWDeqKOswM+0P9mhPcZUTYXytvhxJLCz0zk0whYl8OQeiS3b7cqA+u4cMnIX/jY/
... baVLzNUdB742s/oqFCAbRrJwTg0qsmMqARsAx+x2km4TEyHhJbC51gGaX6LKy+60+
... GZhpJEazQ0GlH7Aj805SMCzh8Tfqjonyh7cHw9huKW4z1FfwOcPisAnmUvYDCZJr6lDehPyTgVJcXs0bQMnHr
... lOIEl6XfDJHY5Qlko62DFbIqJ2KW0bUJSjND2EQJddL0xQSprq2IEIABiuDdjIRdAVKlFmTe4+
... cLQ2FXhhCY3E9duo8oen2yygB1y9aeed70E1RycAaR4VF2yMRN7fp49alQXDfr7iejzoubvCkuIlJlEOm487i
... 9N+rf4U4TvJHRTQ/dkijv32cBTPg+0HFbEHIqrxOjZ1YQ29gumTLlT5lUQ2EKg8qIdG/
... MF8kk4FO2DgFJzaoJH+JKxqN7fcl3IuPW2WYkKKFU78WRcd5UAIMUd/
... YVaetrBkMClq82Y9EdU6jjidsBPMCGYihKy/W5+KboJ2fLJ3HoJnFy1y2/oeRcjPJrnGr613HGRraYL/xG/
... jpC8vwb9tw6XkMRWL1JCMDR1pUW1AhRQpsH+V3eRSdWvrC+NjLpQenHbedlXxDpQKkbm7toV0++p+
... 14Is2CI7i2hH0WqwxbGvj2FW0iXnGWKd9 w9a9aKVWefp6CCIZi2i2XAKc5XAZVdCIgeoQWDTFBsUl/
... z0fXHhFugS4ESGgD8HvmBjpFCOSxKTkG1aO66SeMrmYZRCFy1WPWqAKslFGhgtzqORxr5M+0HtaZjc/
... NBz1nAeltlo0UqYEw66y9wvR5i2Ft851pE8VrGeMT/1PU76uihTOfncMqAD9msDwgi+
... a8GercgEho50hNngHnVvnNKMdaUg6tTDDsA/ygSME57hz96ykPDn/4LqOOmWH0wBWnjdJgEPslV9Q/
... NRWNOx5V3SnFeck46mFi6oLeshsEUj0ngut+nEqvD40L4o+K1X2J9W0WQ6N1bk+
... KmOz1uX41skjDjLwsKHtKIqpcQ/
... 3mBjsJpm1D7UA4DdCGeZkOGNYDfogGhtrRo5Yj4TIKNoivi1F55aFZ8vdfmr50ZMmdTA05Te+
... ErleiNUsvYn1Aaq8//hZU5H/j3OI6VCbceFwZpj+5M7SWvf/
... 2pEPm2Q8N98robw0ZWtPxYpnkGbvFj4iqJwYXFPvs2pxxI3fEuU45Y8+0WYaOcplwmguFIH/mVJXxzaRFmlz/
... MSGXs7k5Bu297j0oQEbG3AHjI+/YFQ513Nqn/OxJQYZQmZCJEHp+DNaYCWneqx+mS+
... ut9LfyphHP98u3xx2ue6efUGWeVra33a+i/
... dsFAuKaBhw7ULn35ubK5cZVGJTZ3lazl1Vl1DqqdDpujLIF1ZqoyjDFypCwDPDUTdG6qMXsLJnDyawX4Qi1L9x
... lR5pe33pu+
... NLhBa9Eyn5EFClMa05SusVxEPRU6oYEIIq8zTFAl0LdXa89mYdURQtvC1PikLWIKgB6I01Fc8VOFChWLSqKZS
... p/mlf527+IhwdqxilCP/zvAjQQkF52/
... GPV4Yjc0380sDdnTDIQbxdxTxwYWIP5Yu8F8zzKEJqAsSqsTcPZUnYFo2X2Q9UVomjKIVO1TbckUP+
... 0dMm4vwPLBQ9zy1EhmugH8gc6090GuCTGevCGMHpUl2Ia9I0Icjw8jlTdqbrmRo/GigUNTAms+p6myThnk/
... qDzbVHJ89LDQ89b234LXBQ3h8yOu4bjd6J6kbU1eUTHEEA4+R6qKlQKCdI0Tq3mb5nv+
... SEniRg1Bv9KxX2D5uMNLZRTf1IEGs9e+
... C2YBI8jI8hONbwRiWzJJcNpabCoBsgvCDLyEhRg3hitor4toiV7yaiIlh3LPboYsr3m+
... 27jlCKNv29qzFfCvgY71FdSrSUo3frgrQttRc+
... mCc11kpNn9ekdeOo9pe3YkJsbnAv0uMiLwzJtD2Prrwq8XRggup0jepa6QimqT8f7Z1gCHw5//JhUFGUWJuRP
... +sfXTXnzj3Ywkvnnh+UiEkkw9OdF26RVxu2kAw/DD9pgewPd/srzyQZO/viODkx7yb2wSWaABOhLCHS9keA3+
... EDeXP/
... o3FdVFr8plhS5T5JlKq64gt2aJN6BaRZIA6LOFXmcFGVYGogvdRPy5VhshCsUpQFHrMtcHKkCysAJeejB62v0
... g13d9LhqYaG/4XUmynXRoiFgHsUevPWF1guqbB/5C7gDyZW0UN4XZr5ilpYM+
... nkbQtZ5bszToMb2MDio2wYmzj3ggCUY9+aPhPjrY0KkjZsr7Xx4i8C3yHCCtsqxhShh+
... QPv1RkEffQqSiXaUK6NvUk+/drutxz/

78... pPIswKotjjPIxS9v9yy3y88fIEgd9wvYx6mHXFEsGmdeTaui40oIW6WhWpoY4z4mkKfyy2kYWdDdzeQZx1NB5
... 075IsXiu/nLGwIlcRGSUfACd/9W6pLHxazYP3WxWwcGe6wjEd6Cc3W/ZB19TggSQKsv/kQFlQgWYV//
... HUZDEeG1X/gMX1YVoSC3kKJVep2lpTh5Vv5Rx5zVsIVifSnjMvYO6Rhewc9/
... CBcIG9tYmg6lyP2BT9U9FFkptNckOOFAt8x/6L+sSIa2gO+
... TRH5Llf6hU97PD7x1ao6Cx8bksyFeTxK6VuOhSTl8M8SpHS/F0Qv39l1LRr7/r2n/
... pdlQ5WiXT0CrcxvWTP5B74TB5Fy6nC4Pdm7OelySbkHDuYbgA05SmvltpZUw/
... MtIPl9xFgXFwjoMeAe67usweASTSK9BJu3IokisWBBA8bzxvzMtEsx1HdhL5c5kvrZ4ft31N6839dkDoux43
... bhe3gs0NqGvnVL6u9NbezkqsdrI5BrnxdSpTCX0kHCnZ+y5LTJ20bDdXArwFMSHygyL+366jy/
... bgF0Dlcut42Gl1y5JHfPMWFVYWEsSXAuBDXnoU5Ks52coSwe3srzTlhGq68JEVDKvHyU/
... TCofBtSun7yFqPw26DVSjlT2+Fldz8Qb0PGaS836WFb6agU3qfK9HIA3lqTaydrOBDvHh+
... 3u3RXqu3xy9VOxlmanz2Wxx0D8P3hKVCe5TTRCxyHNK+Joy+
... gnDnzAgESlNDeMQifLUGrUX82dgEcel7MuDdd4az9oNftGEg+
... ntHWbqrqr6hCbLcjXF8puwCPT7gC5uasFsOZ79RYxNgBRpbJ5lBd/YXiag7GVfT0VAcgb+
... nTSpCegpebp2sCQL7CllOR8wvVCleXI21e0Dfo+FafjEyuhzkj6LrMH3KeoMC34stEZ2kVA/
... my13Qqu2EDczKCqQiPA39qIhXQG14+0BEaJsggUXtRVJk8rYXxmDYGKR77Bktd/
... 2IKFWnGNH5YHw4sJLbM6pU4DkjS0rgs/hXM53K/
... jsFGZjJ2tHMz1ZLJd1kxAQvnsyCdES3jS5lliq9gr9SNkgQNmDxR6e9VsHNlE29LpVOmyscQXxmxhuRHrHaPp
... njmHOWhmBr/4fJGdKZpu9a2P7kkuPa5YDQeBn/qnh66gplu4bae8/
... bGwAo0fUAg6SpzGO8LDnVIjLBD6VPv4dX9o0CFhV4KJElKR8XF3OxHl4Hd6XEyvNfu5rnheti8J7QWbR2Ltd9
... lMbvuTJh97ihUsrUL6MfWkrqAfWfeYaCLS9Wf9+TwgR1h2bsDKBMbUafg8Ttsuwqe/
... ESBEhnnTk7yFOZFDaI6l+SNEL4+iODTX6/ehSCcCHJTp9k/GQW9TojFFgQCx6kiFF1y/
... HXmKR16nT93SyM0xiGnMXWimMRlwu4lY7BWuSwkMVXhxcLfTJY0zk2m14hl45U+mg4yG8VPLTaxtbJ4/
... 9e78MpCHBrQb2UkIai1YDzRpephXnUUqtvn9vlNK8ttt46Nvw8UJjl0ey563B+
... 4tYMAnVx4ekOcsX4MuTOqLcpq0VemnV8RpZjO9ZlYj+iNqzQb9+
... sNWlKNJY5jY3YFgXyrdjPAkb5NLTf7cuNr78hi58aoNZDsJB7d/ha1/5mNK3OaiTmzmzTc7ORP6+
... mrWSqlDoe9YudY/qNvbnRyb6doPhVrOu0Bxuzr7nMTkXpfYem9D+nbPBkZMrNPxc/S5SXaKerEaLH/+
... sx5xAGGV5Vq6h0tvyC0lwxMh2/b+8Q1WdGIz+wgK46ZwbLR5T1HbD783LYLaks1CPiE7RzLCXT+
... ulGGPqBYwV7hNvHrxNbpPFce6L7DkBiKQFzdcEQXpADqJy4INUTwhg703a+qBPfttRroDUbi+G7aiDZExGCM3
... /X+Pke+V4KNvpSSTmtRPfJZ5DX5jnLKCML3i2T9pku+z9uWVxElMLkjaVOGU0UrBf+LQo/
... eotS4iKquC0hLZxDTvNcoWRfMM9VkJ9szJy7DXkhQVBSdlPfA3EQy5gTmvrphqU2vv10GloV3TF4R0A/
... Zwag2BX/KBCBxrKcXgy4BGuXc6HX+
... eldwW7hCpWOQyc3akfaMC2ZB9noMY0ocifIPeCxR6TaIs4gODpo3nDRtJFtc+3i+
... ZqJX7kGX3T6m4U2XyXIMoJ6F+
... weZZ6ddgZ50BZp94LA4t9SxGIzcAjF1Se8dNlOGxHetC8cz9aMsCGubb7x8z0VTyEFdn5D7Mb0yfKf6+
... 4Vxe2KyF+HhLVFmUnL4VN9qZlAUDpUdlFPPoOnYA3oy31JZPRjXBv0/Qj3gV4LK0ln+
... 8T6G1xyshM6sgz88sVZFcPM+/Np+u/
... 7kth6c1CGBnE7qy4abGFTmCYae1z1bKVSuv3vLE0KXAOeIVwh5tDNTV9+
... girglG71hbaEr2l9eSlKSvVnHtckRzn0ImJvNzj0vat8t9AnVEo9H1I+
... DZn9ZZkuGpek840H6taa9Ctj1WxU5JaN+
... jy8nqMvk07GVs2I0K5EFNjmfVvR90NWlLpmLLae1hENzfFoJGfvxitvNJi7k7p8pL4exqvbTpbIbfOEMctXHp
... Og2ijzz4xWvA7aO78clQL0EQcMnGtD4OM3IYPjguPaUWt79VVw7kyI/Yast2mVwEvfzzKf6c+
... nIxC2wPhAkRbRmf/i//jCK71Zqxg6mOJOWkqCN36oMyqXXeQI1mQEO3wRs6Gp0Jz07jJbkm3/
... dyFkUOxifFnba8jRAhfVTLBKPWzdfa0CC6o2qSMNaZgwhgSS/AKBZRf43lZ1uprETlznPX4vDvMs2oLZuhGB+
... DP834Ba0F/+J9e6xd2DiqkiqKRETygLB75kjK3d8BKRjqAXOYOtMfzcXW0VTiWOQigzZfFw5uIf3LHxE13Ikn
... +McddqU93fKn+59HwkZOmwO80NR8XjYnKvpILiBQkqa3vrYXFm9d9KnZpces7pP/
... lY7e7t2Hhu4EJWq9Z7IBj1TrdxXV9lTVj/plmFrIByceoobll0qZlz2R8laTQFxX8I1+
... BesOiTl9nhgCesYwX/0W3GaXUE2KX/tDqt/S224ppqLkvD/
... sVyZrChUUcOQu4R3BSFJjonUIzhGJKSErC2knSvv366m1AqwTTiJKramtWn2PxUKPl3kvBmtBB1F+
... aNDl6eG56v3WrfuOla9Or2jVjlPqMnq7a+livpzQalN3eQXX4CNJZ7btsxi3CwvJZXx1/5t5t/ZxCA8w+
... YO8IbG57kJsY137UoVKmU+wFwubolKVr1e9R6v5sOjfNAsfWMeAYDv/iAguulhqC9FUIpSEXFD61pdJxM0Ii/
... 3OASxqOMakaVEyX7mnl2nSyRbP3jKVIJt6PsYjkFGV8BA1y/
... e9zMJMjVmzVA70jvNmqheXI0tIvszbd2Dmesikc14JvDDG2+WuW9cqEhGALNxahDtur0wcNeBL+
... ZjoXcI1DeQdaELCoIl6EWq1tMIf9HX79WFvly4TDgie/I1wvTJoLEPspDuzXaDEnVuyGRZK2N9iM90yq/
... Wr0gIZdkM48s3ca3bkSNTpZalql+J3wMU9uyFWDqCGEI7WBJ+HJGBNqW1WbgVRfdgi1m+
... ScXC7RWY8dhdctRB1Di/Lrf7sS9DdMD/e8IrveU4bAFXq5mhX+
... jTzAQWIoBscXwPq8GYwz9TF3hbkMB2m1tn6nUP86DZKIeIKbnedU70vl039laUzCtyAKyiObyWRXS6YvL7KFV
... wRXwPX+jKdEVd5woR+8/Iv5qBbPwTnfz1YIAQRwxxJAqzT42G22/
... So6ynXQQHSD3nBGVFVqMIgELKtqhqbV0aciLX5fVJymZGXiS+
... aP4JCnnYjedzCxKLUcX1bK1KSPq0oeTcQBHYGh5jymYmI6XUKOlLtxX3OAHD2utwqZJjqrT7UyeWGRNU+
... h36miMEBmaRw4hMxnd2ZEG2nrb+7LC9VMROR4G13VomQ+
... i4DTM1ZtjzvOyxohFlzjxAGWdgyN3FiUIWgrmRsLZ0RTnqG44Ys+
... 9bfjBWZjPd7Jzs4kb4yt9i199JgfULGXZx6rAHP80C/EPEgAU8P+H2ucm4WJYBe3kkjVnPRz3HxxiA0+
... LyzDnmlHV4fD9OsUcAGZdZB+Lraem690DGUy+AMfYOEsHpuS2FxPy/
... IZxDts83Ft1eZLwSXn3eY1l5T5hLBXyrTEW8oFf8Vh5x50c7Rg4BscX3kna8oyScszaoYErwF7eFt8buchE7ww
... kvUhAJ+Tssg/VJj4LmPDJ7djxcjibWLqD0nMt1JSF0Wfy+
... laF4jB1DE931hk08BYIgmlUXkcMgJIn4pjrpmSuZs8vOT3mmE81T8mkcaQcBdPqsGAN7BijoZSKjUsKcSRQrK
... nKWaXxVWpbouUsSROa0ZXtm8G/9GfDnGJ/t+kdj5ZKwaEP2mN2oylNRUx4OXDm9aKe4RZc8L2aBkq19HuaK+
... c5dWqUd04owNZh+AAsvvFXoCqSBXgndCweVJA/mD4ZEUUHTjA4Xa6KBa0aWmP7B2gX0RUJ6I/

78... ltzREbudAcMp9W7AMpv4nk87c60thMzy/
... ez0zkULfbVGepLMmnk4bXIuJ6MpNkhJG55N5Dv7PnZeII2n0bQfr2Q0Fd1HytWLJzHqlAOsc4cJ2+
... aziQcDbQMn25P+ER+pxhHv9Iuy9TTy9m/
... UGWBb1rCXbDc1nAa2HQzvQnDUYxu2YVoyUAkNLIc2MaRla5MeMweYRs57MVeRyJWLQZOWS9Q5FqiW84I115eg
... A7DJDz6SRph+YfYmnCU1gLHYhH01ht72qic4FjcQJ6vIZ441eqieGPhFDgSX4bFmZGw6SuGQWm/
... tAyZVqRTs8b76cZQ3kmeRjNI3bSnuUNPwmcde7xFFvM6OTcWD435zSbM1pxVdX+uOCnrD9VSjsBr5/
... wLyTEQlu0bsErAF6AfQmd7z6VBztnvnwh/c/9ilcKmYgRf9VlUqbXzkldNqX5ze/
... vpKSlBErFH6VsM5RzPIzTQ00S3MKqw7BjcdB382ATGFWFynviaHQrIihFZigYLu4O51D917rvLt93RhATYR3f
... WK2Iz7ACEEyVTMzkq29w4425k1bL5Zowirk2raLXRSmqcIG39GHu0xj07RwkNTbyg8fBMOiwmHmQWjkjvLxx3
... njE6sjyMFJ/HJnpW9ftJh1HI1LOK17rkUsYZpDZnv+
... 8K6oOTqgIhf6s1AedNpT3kfyqKJ3J1xGBLhETImEqO4axU5NKsJopWh+zhAYd5hUG6jqoMA63a76Ai+
... cHw4bpeSLGBZl+qEz6KZ5VxScGFAlHGK+
... woDMGNXIRMAFOtwGwCh28PMl4efuvelOy6k6IaG3mrTETM9LpyzzQld1r2Utzr9spyRRmsEmkqhSChrHeftEA
... xnh0p4SzRR8EyQYTwTkr/
... k4iGYo2pocquZ1vKZz7ajwBA5Zp3prTsORt1hPfkhH4iPbRZc2sO0iUr0s0tDlMDMsTbo56as61GrV1LtLnUw
... /HTUfKrU2MIvdReVCGZk5UgNE8ZzyOo4ZID0eGzGmK7dnwURfl+
... G7YITNiNPkA52B5RGDFbQG7nJnFsLCeTvfNpm+yXsRpASIriTmRt4GV2K/
... tP5DlpgZmpEPHBSwr0gYAB8DuOqv3bWM+uSv+CpgLafNcvFzkgEzormr+
... jJsvSCxc8jJzbIF0ScAMDZx4oNJE0EXgiukuU1pCrrSdQJrI9i7XYpB5E9MT25rljc00YHhqjP0q/
... QADX7LcwWMRz3DVdj9f+v+tQZjjyQHHBrWV8jc7iGbHNkPHzUa67YXlsllB+
... bRwT5gcJP7FTwPr0L4NXHvXH1AZElfbdb61lzFEvUV1e76tfETh6o84VDrpYru9PgCkUaHQOPViVd7DjyJeGD
... 5oZCU+
... I6jQSavnwGlpJfoyznNNtHNQTYia77wHbwMM4TJSRJXCGgtcISVrEcn8wAVupPmhgAkfXN9HwO1LYQkk18Q4F
... EMV020mjXR4O1+2JoNOdz85OmDX9PZU7z8HvB27+
... tegCCEDa0jrMws3piPqNOH0mJALd2OfXY9Fy6asNwE5iWzlGZ6WcksbDynn1WKwqw8JBmgpG6SUZWNfnD/
... h8zcKFKjLUZlVdQ0pTFpg1l2AIP67jl7R5wP7hxKB8nVLvx2CxBHMt/7SkSTPaaeYTv+
... WnWBWTONqsnkfP3CJqs4kJ9v6UbQroI8owTu3GUwdE+
... Mts6kErbO4tHdO6y6l30UTTN9OIVkMEX7GNSo3guZr48LAZCXgq6/
... yl0OhI7gkygP10AUiarClV4rDihs0Sxelyqdaxkq/eOOnwMKMAVmIRqv3eEOhgCpONyScOOI6D/
... mzZL1w4WnwRnXdBuF1U5cdVmtHVVI2ThOlsdUy7j9oNWUGBxc//Gbhri3aaVMCD+YD+
... 04BfwveB3pD06l1zf3jZ6Qz56aqAgdi+lrgm+v01nGcA+XLXQ/4E0+Z6gHEDkEbgPOCsIpjR+
... Sc10g2Tcoe7ru0A681n9bE+61xt3oEJ8R0BtLluZTcq9/BbXyhjOYnk1xHQzK4wt8s2qA+
... hQC4yGl7fiI2FlNS9A+/rO+XWzxFg/aGy+ognv2gc+ODs/jdS46IS78jf+
... UE97t8ahju9snvoMTotpejwmSx4IylKlAveXW55sGohO5cZAzJWZGuZO7WJiyqEpMfXHtgNxBBj93aSfOCal8
... JpETIuOKy4m76ueVHLRVY1/0rQ9O+4bQq2SJXWdK0edXO0IA2o/rgeIMqLoNzksjFOjCCWDOPgJWz9Mp/
... GadTRnL9DA46bDKhzpTRpvAvwrQJk37+lqA5KaOrfB6UhHq7QIsJrFY/
... JXCORgDMcTPFSUAUC9kAuV5BpQhJlhRugXlH4htes77RRXivS8DODv1X/
... pghL03ddZW5IoID0ZL0LBjcyCebyplNaN9tqUdL20DzR/onG0HUEFVtr+
... KqiQel3j6AW1uyEncIPpNW2eSC2hVQ2vvAYSpcCtByVA7hhWTVCuaWTVAPc++CzAWCDyNnqU+
... wvTVlEvi4Qj5pWQuUmalgvtc73x+J5O2qburtBQG+MI0/
... 5xJIRTKg61sc61Kd1fbBViG14AKRxJHRySJZKgDz6s6KX6LqX+yBCs2udu/
... Z3cd9qKGgWuG6Ka8EdlgOolDg5d4w3cldxBwsX4ro0ZETIodrKxNOF7iqoCzEEpudINenRHbE/
... m0FOphL5YDGhXDSAp8WkoJKDCu+SD4tExgLIWLyUDsHkDkLi3pZ2Ow2cKtKeWJrB9Kluv6HwCH/u9onPMaP+
... dCGpSaLuQLmU0+6yKSvjnfgBQnyl4veT33vLM3PwA4oHWIcGvHEuaLYoHHsRjmppCZk+
... f95bb5lZVLrt7x6ISUy6ELeCEZxp7+S3zKRrUb7rQr+glruB3S5EWYh3G+
... bYWZyFhEIEqcv4gpFWCxdxXVYIwPDHxE44U2MxqO8mIR7EM4HLCSSYyhyAUdQaUp/
... IUoYktpBB4aSWBaGkaZOARazeTw8njOh7TciFoafpAKqLQq7Mit9fru8q73UWwBkNE+Y/rGNgJY+l+mzy0o+
... cdvc996wvHU18dMdVBFr+oPUmrQIhM9TVTZZqPEFrhBWG3y2pk8U/JCLmSPvGU0QMfkgkz1gIXQY8oKRKst86
... +
... L63ky6oLkOeQgc4LACJ8rnXJGoGCbg1R8TD3R4nrqIgElcA3c9yaXfSymjy0seiboXjmKTK0TCaprgsc5UJ0M
... aORSLpsnbH8O6dJoalz+79Hcn1rrjBig5EeG91hqVP2LxYjA7ZJtct+/DMGVyAl9IZUkVlzpZSyv+
... vPZsS0L4PqQmzJvlhCn6D353Y/q9TzPRQIfU85P+
... N2UEP4EbQDxVUYtNM0UAYtDTOa2Fk8KJSc3GSDrObfaIXW3/LWablVymsCHuBzmCAUk/
... l8xHOEzdvkdYWEqIcaWb4ucOUbD9gvAV6Z7MYNpgf0vkgXcU3rNGe8TWGf+hM/
... Jzqm7SOmvcE06QN1xGG28zy3McJuJSazGBgihMvh3tXKDn7lNxm+U2kbnX/eNf/
... q5eEHw4ayl3x4dlldHiUBdurw7PAak2CxzZkmijbdkkur+
... yzerahaVrZ5oAUR6wwZ6Zi9UHs5GVOVOmfYXNUyF8SwQg5l9D8oddxbdIOahE4nTMyCXOVtThj0ovd1XNc1wp
... 8LjNJSSuMK8zDB5+yqIbyz2Vq9BY7+8tf81BhpP/7dm01aHPOOxqAPeU62PiIe57qxtHq/Ksjx541bA/
... CrDfQYAjofiDBO13sR6ug7vPa7b3mfHn0+ioRiAHYw6DqhllklW0Niz1WPQqG8MJQgPNOVFz/jkvOpUz58bji
... /rEi+0DM2rvVJ2JXLsCBusUxLWNOPkQLJWP5UJJpc8LmK4u1+W/WY0e/
... LDkRKbkifCwCgUgl4eVxiMeGc8uX9OPUyGrSinQeUPlcrOJhaHTrrPNfybS/tjPrT+
... z7MgxDB9fml6ylfqRT1PtD7yTNlkxahRLwBhdH/ZntXf2yCVhS35H4Y651QjyfspDuS8eCpXmGnu9rYX/
... KPd08HMKQhmF+nEDykYkCvB4cyRmJCQmhmKZSFssbR48JSGoTxgWLVkzfGurV3GumjSUY85CcHa7rZwFKK/
... 7pH6ITSkyr5L7ss+
... fyY5tPXjDxD0lVIQev1UKwHSBBZGclYCg62TJv8FpbG82t9mhC5gBtv7tsTARP4ZR0QThZcwzutdLL71emnxk
... cO2CrabbRLfKFXer84ovst55kX7BU9W5XBS/q4rc8a4uETlQEBQ30/pMntlYC7xaPTWZndBAPziOGJ/
... NuIUW80dvmRICD0VJOVa/48CeabfNEqvqQQR6zqYur5B7URy3ZP49E7iUzXEh5yfPyVA+
... Fq0upZObQkmUDT8pkl4a5IljHS16WI8rYYChJ7LHwEIRc9RgNQTwFFG/UurnfwP/h+

78... rEcrGBrzaSmub4bIgEP0xRM0D5xEg7T1sTWUHkb32rZTSlV2aVtbSqLn2G0/
... sYwt5bGG4Nzxy7MnpPJxhqMET74iX0pa+mIpH8L8tfwv+7IuOWzPedmmZR0NA4gTN8G1Rii0epO/
... 7JKaNER0B9UEvs81M2DvGVceTMmEWsLnDBOw3qRNTJXsp8oFwKmZ6qjejal3THKtMik86XW1bd7a66d+x3+
... YZDgAggOP1zUHgX5ErVqBveSdRaSJBwhOEkK+uNgbPAWrY5MKa1R/ViVaygHEdYG8fY/
... nbPqTyLGVwiwlDYibfpPueRuPGcZgbgi2e4GIeyyQySqKVMdY/KQPKh9vFV8+
... 0UEkQYMWgFIcfvUuUxvjz5uPyFW0u3noKe4X7r12/4LpT1BD0fzwdftbAM2E4alWxn1L7ExeAVT9wY/
... 9RdFqPRBO/BiOPqoWMQshFFIE+WlviTknVJrZYOsTENoyAE5rJoDg9a4ftnj28i8iy/
... 3Y4uq1x0rKJ04NjOWZAgPmygdMDuGfKV4y2nLNdoI3csM8TN1VIeUEb3V3rxj9+
... 35NVQYnHFeMpvQl1vNeLl13YIUyF8LEqa6pCviCooIavuPyjO1wtss2JbgCYTZaSbRy7FuLCArLGN88hgyb9poOh
... Fad08Y9OL7BQw/v40JegmA0l8fSdkBhkMsS7g41mZclcTHlKw4FcPCTIqMnjHeHdQrkM6e/B9V74sqCPwXS3+
... UneJHmQnCZGk46SamlKYyYTXbdCVPFl1zDsebmwuxM2EtaR4oF/yCuP03yyclSwBVhJb/cJOPj/
... PsrHnyDT1BrtawzXURHDFbMuE3td9N64yRuRddBqN+Z7bTQ0D9mLxarxzseFsZwj+
... 8glyqMNABb6jAoSa8tSJ6Z5x3PKZ6cPgbceY6rk7tZ5X7mx9wf7eUMY0Cf3hBHcGRDLDs3k4cG6MmfZbicIaj
... zoKh5B09OIonOBIC+k7ZxTUjylVJntHnKzLmLXPHwQQGePcVW7g3zzzUTKVZDFKVyuRXJp8NhIvU7+
... WUkUOJJcpEowpVFHn9LHnswcrXn33W0FMpqqULs3ZNreKYkk8L4tjJSsTspJNKG6Fkfh44nY/
... Oouz9wPOenFrFt1yfW5zO6Jl7PNnNFRo7WM5KqiC+JFRo82C1fXv3f996LsS3+
... vAWkGwQbMKcVxjjrIBP6AgYb21MCUrMwdVz9vC0sn9kiQhV5dY35eZnfvt+
... XOT79zun9HcxnJHMk9XWm4rvEEyihy5ypJfF+BId/
... 9bshoZP7Pf3VlbTWmcsEuZN10PFr535D2G5Fp2HOlmGmVQdEqfA2r3z8xTUIS8QlaihRmXHprhEVKsr3usEFT
... EanmKTGbbCBRIiKdLG6FXy0n82tfqcfDyLXyCsmCZwTSuFiCs264aAdn6I8mc0Sw48jhUn/
... WcAWeuapOsV6o1xCMq0986QXIjjLvUf/l+eK9T9uaBSOsdviUkCRONqYKrI4jGslt2ttkEhFp/
... GLh7v09WYs8XKeES7HDey474fGotwV77VtEgaSJMNU3dUjIV2aNITaJ5K6kpi/YI2a6s0CLvIKkBvof+
... X0pSuyh2h9pVjgqaouAZHjDE0ZfZyIejENnIGBPdhOxH05PYzdxGanzc3A7dEa5UiOf6RPUzgp1DxaGUOahd0
... 1gSGcaxu2MF71MeM9uwCp0QQUjD4bWFDYq+adIVUwMjmqOCT7GI6d73mxo8kiv4XThQwe8+dH/
... Frd2W16dG4eX5M8wZR0aTfjSAEOK7h6D97NBhKeXoenFNsyCs/sVBco7Q5CyxWHk/
... QwsU89vupcIA3qtaP0CfLTPmlZGlL2KeY49GNSjUokkjDHwpkoRNbfhod/aM0uWg55IUYpWmcC+szWR4Wqg4+
... Uxeg9XD9uwe9gyrHS1LD7SaNVmg3OtYzQ5+GgfD7P8CkAFgtyDMO5eV9MnLGRrBHAJ2k9WaEs+
... iCOnVIAEyGnC74IrKttFbCVE6B92qqlw1GOrARQ9RX1yyDYd2r2N6SNNqT3M/
... PMt9ABLRiw7HnqXia0ktdh9MIUbhnVY764pp73PdjXI8yaJT1eGEJA1/
... zp0WprbuDnRMwPGpFkGBMGUYDCAoixozM8YQgA7udpXf3/pHV1J6YVU8ur9wuzdAjRd6W+Ug/
... YCEydMcq6qkzcVigHsb9sEYEdeObotobDuwsFa2TN//
... CNJVomcJZtiVbEG61hZlbnjQp5KCzBY6zY3JGr378wn2Z6kaP9hfn0g83fFBFY1hnNSQti+0W254qD/
... 9P7fNzrpulLn80o+b88umuLPbcW7TUEmHWBrTYgGSyZHbFYUOrWYCiid4apfZFIy2C7ufTTcrXNjU8l+
... 8rxhAzXPTcaSbbsefYZja2jV71fXNL7LGcXjiIuhGw1tYMyjXwvHvX+8cHjD1hHT9XjwJ8F/
... olCCxUX45QAmR56kunreV86A+R+UaQMso/
... C8L5u5tuCrzPRNPRRuQpJAJjmaFzwmj7zbLmHwXKWXg5njFGDD31n41sH47IpEmdsogcnssx5OOIgYuQo3AJx
... rlzuboAtlgRuy4+SN11pm7pjBzaC7pEUMq8Qlufk2ja8vZm2ab6RwVtQZh30ekwSoIcUmN4MoEZ2iHc1X/
... mVQRYr9Oxfj0gKiIjoOe1e7/
... EI7ijDdnTvtng7Oz05eNkadPuoj9w8aWN5RWr3K8F7YtWrPy4fzc77wSgd2VA43abz1th6/vhamKU/
... mMBr8s5UNUH2eKlEvV59+Xup9BwYDv/rUllfbhbcAtpH/mSVlJpi/
... BIj0k10EKSpQPs3sQFW5Vf380VQwQwqF57rDYN90pcJRIaVsM+
... d9ercOlJAWXPG3SJOmrgDkHbLR54LD0V87qKA5G1F9WXYcZLE2uYxprbSTDR/hgGu6O4TV219DVf6Hk4De/
... woFtl69ovtu0BNW0C2ojt48OnEQnXyOt7ds1iMXHBdGath2PyU2qREPjUVj0/OQe+VymCzBmcC+
... 6UnM10XOC4Z8yWZ2Xtiarku1481370Ov5AARpK7yHWyX2iHuzm8D59nbVtrz8O2ht3vBZjGe2S6vT5gPHm0wu
... l1aqszfFrYVt58tnKScRJiLazOt4x7qqx2LwS1zN2oKs79dpVtPVnIAJWUIUOI57aKPhmvQyshtaQgG/
... GUE5Tn5W/VEBHiRe/qbZmIFpWTgs5Fy7fZo4Fha0igLFY9Q0ATzcXlsVFQ2gmON94U12+
... NUQ4bU9w0fWs640bpHBMrWfTgs5FyD26SA2mQ0jj74bJj0b6Uz9eOiecrQcaCwqKYr1ocViMuC+
... 007cJjdL1JQSxcw2iTqN7TLHVLJX3/n8nbivt47tuJG6J7jYSyHy5zhrR3CPu+
... eiTWLPi4Tc9UWmoP90SdyFVgYor86B6r2ypj+
... CZS5cN1qHeKjwzXdWq083qVmGrdyX4gmeR4ObdAuZIBNBqCsdDb/iG0+trANAb01QbiYt/
... PJJEifGRc7TqBSIf5nk12Y99I4ppXHKnr08568sUgrgnVMYEU2hjd7N/
... OSYcIf0CiTeMUyl01zublDQDujA9qgvtivw0VK1yOhqrQyEmjnLGMzqfQYjsogaMmIqZkCUpPDZ2opuXTNH2Q
... y36Q36r4RUMx2Wvl0Nbv/82rA8EaPqfjEx75EwutC8JO8m/+
... XMkp8RTZKqI0ChDcUNG25wHCEFjX0MSXDwGT6gVTSX5aKChsa9l9H5dNGB84ovZVsSDtgHw+
... 2lxGBn6tXqWrivxhsp/UzElEthU/EPFMJsNLOWNXCPH8pl3xPNIwRzjEFrn2nVniB6qo4HulGozk1EnPNxxk/
... C7sg5fSrCEEOsmpldcRS99BgSHp7fZo4Fha0igLFY9Q0ATzcXlsVFQ2gmON94U12+
... TGdfsVsjy9OP2i6Ab5S2xICJFVFAN1jjaeSRkqkZuEyJMRQB/6762S+hmR/D9aK1yy0zWFz9N1Qaz+
... m4hGe2SPnjoDG/f7TVJna0p/
... iaD1MyoXdEfr1DLswWGauvkXU1fUliaoK3ffEBHRuQqoyMJSTtbK7sS6Doh2ojPXoH4oJOq3QAOphmGwkubxZ
... t0dWD3nWGaUzMyyYFBqKz6oNmU5gBeIFRBJ7lZgD2lQRnt23TbpaC7BeoFrR4+zXOfD4HhXcX09MLXF/
... 07R0oC2MY37bTjkiHk/60+lHnrgad8CicyAC5/D5KL5L1F75mVVze8zF8LnC+xl+aLqniw9Rxi6SPOc/
... OJ7NoEKCE0hGUJnjI+sQSkxwfjvKZ+
... iClXAbhu75eW0zxw9Uqcibhcv01kUjuCFRRBTr0oxJ197nGuz7Tnpaqbn9j0Q27sdT2WB8iJk9Fhp7/g01r1+
... h3C9GAFI3V6wwFvCNjFmvIBStxSpJwCD1x2SEyZsCpaxGBaYzW0yWygmaUKZ/
... GLlhtHItPMUmfZjMrhkswdlfFZdEtL5NHZFnh0s1jOLr3Nxw5O8DKvc+1kP1wBPei/
... KG4KZm0bRk52tDIb4MeHMNWQbQS+gzt8Rj1lPQBVypRHS1jdklUPq817PqKfN6f+2P/
... Pq8eKc8OXJIbhTkKoQHvKuX8iA7haY4OtGAJtw4PRlLrLz603Bj691VAdfwyDxdASi49YLSJz3SZWzwtG6gIw
... +QfdvN0lnIvQvToh0ITTUuK+W6CZd8hhBQ2vaJ77uJHzenOVFTccMO8iF7HMO/

78... YzFj6LVrmmnjbaYY1uDk9uRFmdo7A1nX6Bkw6cV iHuepaD4uww9hX3yMMKxLzzmGe1RPS/8T2j18Bp/
... dFmWWmotlM4+siSTsyeAwRnKi7ohyU6TtfRxcGLoXTUqEXyFYDqvfMfARjSzSh7hr+
... 425wVMf2SimVeWfObXoAtTP35RyqcOG6N5N9w/0Mwh/2RWgWGX98f+A/fcoQvdPD1HEcRWU/
... VzRua8whaXUW2i8gMTXeCKGGhp5F6iZNbVOtopSDsu1x/
... KQD0jX8k5ZTDjr0Nna5cGvAtp2ZB5VGdv0o1hOOfGBUK2/
... 19EiOyQf9nEbDMLtFUNiEy8dJUpIFxFxQMyot70aeg8vrbu2eINsfUMeZSPZImkPmVmKAQWDE0TdetQdQR6Cb
... iRM7plT2CbVhwnqPwBdKX9DvzTS20ZVMBVFR7gGBqYgm4kLjPkU8iGQOEEPDImQbgKBFBusUZra++
... wzxRMEK6ieInikLIg7dLZY/srC13ieSwpXtGrnAV8kYhJQK0+9+7T+
... RONeGz1P4pIsNaeQaVStFb1YGCB4idPZ/aodDiF/A3Qr8gRiowQoq9nY1C0BVB0Ov6MDfSq9Ri/
... ECXsjGOT1ItgEfQmFrHO/W3eXxmsSXL1XNep8+Hz56w5v3loW1fr+CrnM9iFx50CLSmzB7JPzVTs+
... DLdXPpOSafTFR9Vff79Gif7O2fBCCwd6FsqVj2VxEL+tFjBD7+
... JzuA7XoqEcxZ05ykkTGVrGwELIHnLAbpnfjGobVKleSlwcuLqRXOQacZ6Wn550AWcAVtH8rDDQuyorAStZslS
... XkArtXJyjvEGgHXhnDuuiTzBowS2fU5yvWsCcqATiF/ftoQyxlifzxl2W8qIyBlevZWmeZECiM/4xLNofIGZQ
... +
... Rq4gDOuLCFPXBpr29EuTky31FJdp7nSql0BHNJiZBNrowxEKJwXNpTRyN72EVG1DqwkS3WSDE7uvn3lnw9zzv
... CRjNWda+pSn5Kxrv0Q7JZZwAYMod/5lXgmUGyi6VmEp5BpQiO6yPhLre8Z8i0GNYowJpkx0+
... wEWA13pgYQJM20xquXTJ9q/iHsUAzygREqLSf0nfvtsDmjTNTwVXJUbB9AQ/
... xJ4ho40sklMncEPHCLz7hMxF6frJI7mS2A/MSYwrl+OZi0zJA6AcdsmqDE/W8cdR0NzQ0ES+624LBPQ+
... OFiNk7yNc9KOrOZ1ZmBPwEwEyMZLVd+
... fOcIxVgwAGHTE61RCOFpHHEkHTyM5zjFwLUdiG5qfMVdTFbgwvTRibgt+
... B6LPMd2C6MgDpf2sHsEpxgoEGp4UBod+
... 7RCvVpHdDfyP7LwM4NO9qTmc17DdKyYixSSB671ZSZjgHeNLcpQ2liPP0W8Nm6P+ebVcibak+BUjnDRQp/g+S
... /ewQ2bA6I9GK0ZZvRnSUXSpNpiZ1VB6tkIk54dalAKTc+
... 13TKrpIOHnvtyPeAn4gCx4PI57Ri6qJ60EQSt2c5M8rFjglLauEh6GkoTqpl44f1WNY9KusAUKnoAuQbzgrje
... Fd/jfo29/IiqHSO5YCgP2DmUezMs4vgTiUVpvw0Ey/4lWdhQ+cZt9G671z0ek3D3s/
... ZI9B8CEkALGPsdkeTbq1hdeDHe1VOU9yxw0Aql7tUmd0hw61jG/WVKhu91VcFQH0A4uEoBKPTXeeH18S/
... jTB1OJo5kB6UBV1Z5ekB8Cr09Ie2EbD/3RSDpZrS8WexOsFjoGJVrPiWtxUalwaCT02YLOHGq25DF2x7e2/
... 0nmIqJGr9AJpNb4hjrMHYSFenqPDQ1l3020ye7uyCLVwG6FfgJX3yOHy6WjIRL3jCg2nynFlCNKrNTz9EOUsV
... 2mL45/uEEr/M3pqjqsLxj9YUp7ufn1ifYyMmgLhE4FhVuMlWHyRyDkAxRSxrbiZoUt6SVEdPSK6K9VdQ/Mt/
... QY9cH12WYAVN3IfiiUNMXO0AETkLI1nK8ZsPAwRC1SZ/InES1bxhbdaWYJJOSOWGcCjvEL/
... 00a0nKupr0BayrFz0iE0D6BrtSpQxlZPPQmfZArGRA8hhLen69a1VR1+pYVUQOi5bR4VpWd4RxB0W/gejGf3+
... if3j3JqSpeLB7bXCbZkzGwW/OyRFNmw4cDOH8lrQ1Mu6zN7pOgxQ8HwWv9AnVrH0Mqhzy2zb+
... PKvTzMQloF0Rts6B4ZJLXFMp0POef04TpDE69N1RgzXZzqxe+
... d1xVMAEHouDelbSRCo1Lq07EYrNdlD0zEWyFoHoNd6BXc9Qm/
... enFvfS2tw1NiY0cQjjUOxoRe3B61UF9EgQ96rMFtmM4mg9bgPgXpzsWi4L9yxP+
... KhkpMbYgzhv6iwXCDB5t3PRTA/uZCu37LPD+WUuxl+CTcC4ExoS/c8Ww5L9+Vf4IlhA16Gf97dbkoDp6r2+
... 82PNFeLjWgeCDH5pfHpyftY9Lw26V46cSFn4W0epd2ixssCKWNSAj7vYmwctIw9fGnIIKZGMS980Iw/
... yXfMZ6aXBb0Gd6qyAL7I4soGnhMIXq8uFH1oE4tYQErK4s34tMqmL8WcTeM16Ox1GUoTX55kE4vN5OtCr9PW5
... zP0163zDbWs7ywYRwSAUVrSbOrIbmSi1GJOB617eLJK9G/fxU5nYH2wf6I3GGpgZzi/fmuTKUCsrtx20ZfdV+
... oarQRCU452ro9Xuyntlj97Zhj42xncJHLPbXMF0JvXpfQTaR1nMQ6O7wz8SSlaIzYUROOigPRnmcxTaodFnjq
... nJNJkichd2p+Fmj+6xunk0yHK2/Dca6E6DzeBHe56EMTwUKY2TX0pYHsMs0tykMk5iTfG3hFahZxIgqT8M/
... oezKSc+hmrWJthX9GeDZ23k3wkfPb7AXfcRRNNDkhuC8oI7+
... UK9XTL9xBIuTCijyW6hXJArRTs9Z1dQI7m9i22XeLxQ5G3rzI0lFyQe7KJzOWMXI7XRmZoYM0ukBjb4KpvPOI
... mkvnfPUKkDr+dgTv7oFdSejj1O5R2ji0e8Eoc1Fp+tzo3yCHJhpxVGLYHhnfSTnwCoUlntczRWZO1ezS8hd+
... yEWN6Pn4DQHSbvA/z0fI+7rrd7ULFhNCDCU1IOv4ivdmooSzDLHVs9kfAGnIiulTdUzVP9QdPhChf2/
... IZZN6ykjLC5imlIFqbCHXIfJGnFud24nEe2yCAZjwimuRZmXiZmtheZ/jtH7ZqNVi/H7Z65Xwa85gJNjHk8Y/
... ptxj2e39m4GcYoJ2x5gEJYH62JTkO8KwMl1qgLTtDoPd9yHFETBFuFcCJO5EIz4tNYDJFZGNbOp5FK3JNJgKQ
... hOmWBsMcpgHaqdI26Mf7GhUWj2vSmUlPYSZVojjaNmBQVFAzdSMwlE3Li56Hf4YDRPDj9HNdQpzXsYmiAvLId
... akkTQtNFB52Uwx6/Arqzu4NZyrmf3HYtZokVU/UeRac11ydOyk9zEnh1IZjxXkhfu2yTrnaLBMzpUkIuZWhtMI
... +8ZrnrokdkVYcn4CJYlB/JxsOhrCg6bpH9DbB5j9XzdYJB5I+gXD7NjzLtmC/vaLAPvv16/
... DmeLn1hCg3kJSNaEQvsJfXT0C7KZ72vqzrpD6OQqAeQK9GbIBnRiVKqg68YsHmPy6U0mjonVaAQY9zcSxwRmvoih
... IU6jiHi71JF1bHvKE+iqWfR14Wiw3bBi9E6Mgd45YrJe2U7t9cQIJ7Voilh/5WBbv7FVz2Tw9gB3ThZjuQDNZ
... //tTU+CeXE2g6o7wqho/E8cEn19kulDaFFsUfMp2jdAkm1iA8xD85CTIcOtu5qrvNb19N2+
... zPOZQ8I58CSirdySGJMm5qGwkvlnrrmDc7x4bDKiVMtjxRsRB78dfGd/K8M5LWT6F+K4wZoFqYMQjn8A+
... IMcWLO9Su7pKHqRgXnX12v2HP293r4OeAkGscdLMNMIprzTeViHh7D0PgQADrb2FQHrSpaqJQ6q+
... COMsCcPoSB70BzS3qR7fyP3jprL387HqJ2EVLXLSitsWHe3iftrY+3dbkiggzm+34Idr+
... Km5eyaZXGVgMZMKDpnybEi5Q6ARcgGTtrqhieBkZpJHahfDO0VRdeANMQk4zhOX9/j3mBpHyBaPdYtwt0T6D/
... H7/
... 2pqiODWhpm3LiKXQkELeMCrPPbtgYZ1kBGKKiByGwSaAnB57QCPgb1bAIqgHCDcX344ylEEZHrWpFghfiR1eO
... a+sV+SIZiI8PHPyNhkFVy1OvZ473p8DAeBvl/qY/
... BgihpgpOLGKAHx1lZ3zACJZPjNtH6wh9QDgfhLZAudZD3ebNAv+
... R6WLxBS6ZpQQIlA2OLC10Yu5HZvQE3vALVmaOI21N1n7CtldrNTZDD8QVIXqkYVmRFbH9Jg9MsXh/
... ZhPE03wIE2fUcchoSUHtuMQUMFaX3yT84sM7710bCeALrHxd0hVVUN9BUbng2U7CfB1nZSGUkBY7oO2VO2YL5
... E5geO3i5XiSTZliphmMG22F07Wj3JWdaBEqz3/S+dqKiHQGAvSFYp/
... 59hXgDSLzczvpezYCnIkyFbyNFUgpaVus+VKj3F4ZoGZEtvimzhpq7LfbOguI0A5pYkSep0bsUmum/
... 5H9EYqi0JAxSLqq1MRotHu9XMO60H3E6eAMIOuEWjuNgrzAZOyk9jShLMJmUzYlhwtpS/8eHcK94ET/
... xjAp3MYQQ6HBVu7ONiL5LunP9SwMjeXqgrlI3mZZUvjnO2sbDrXbe3S3h2XZidGAc31cy82AAMxs8Iz+
... kUnrfTK6egtVBRHYa+9Wj0CtmdwMwi/

78... N6QRkU9xYgFRu3qDavWuR4gprxES5uknoFuu1TWmmbDc95QWCk0YGfPRBdGgdHMnwDkUg49i45TX3kk04uNxS
... u5UCrDrmOUqXqYEfB9q/mUvsQpekGLIyG9pxyHpHoFA3TcreSejawKWD/pFbda6cMgMOrXB48/NCSO5n/
... RqOJB+
... 9SftJO90Dpq5xzUFgK6wDf9hB6IKhiNfLemoCXOwrieJNEm4lIn7lFsSpy9yp5WduaiKw6TfViZGHDS0KGW/
... Dt4jl26JAZYw+Cn0VWoysYL+Uen6Us1yv5soU91xRhsp4/KuftJIQ5fNPgCHH9DXLcKBqQFHZbQPq/
... jBM97MdM2m+FPCDPzFU7jjCo0aJ880Fp5mKXhU28LdBh0+23wmX1hSqbSbsAWSexzuaBSci/RzPgpj9Rd/
... Cx3R49cMOEJzbDll/uIjt/
... qovtsxrBjAu25rSLy5BThIFC8cXeQ2yOX0dX9hbKxSqSqWm2a66Y2qtg61W7GC0BGgTSBakqx20xsGBHdkBvU
... tC2+UG3+XwRbp9hftE8RXEYCV9oPy8ZLyR0bWoiuqCn3kHQUYtyJXRQHAeZS4eXnJTFvZ4FvMMI/
... X42qhfsMJMkfkqNWMzUTLtixodeJL6wmvMR0t9RDXDg1k7diqJAY36Lgwmk5yD3YJQKRfIHmbInFd6oFF0Wle
... 5XdMmYFziEvEJBodVmyC4r3xj3VeUcJEPapYKPDMbQKXN9CW4RnyJOOjZPyhO1eTATUSXiH4/
... 8lYxOPZogg7Td5newX3Zl+4r0ncmx9kwCPNx1MAVuio7BUZA13mDbZS8dPY/aQtZmFTOcsVzz+
... LjSno4sgxdCGa51NrakTkiuA4WD4fdxMz3VqHWi7AvBiJ0HuyFm8NZaA9rF7CEAwOF+F+CHVmAnYt+
... lKCg1M8ZUyiEcIFC08noRjjT7DAi9yIhbqRpZj7lxERhEzGd1+gzOXbqtk9OjvNfIoaOQ/
... d8kVWClMESYLQHDUIBA5YGAOc5r3/hksSG7BiQ44XWQ7UN+mFUsGgi57bQXvTQkFjRT+
... 4J95IDR97FWLPof50iizR6U8Pv7++VWh/wm/
... d2CcHOvK3erTmCet2SdueVkp9I87ZsvJcpuMQx6MSt0GZFWF5zSxr8mm3w8w7SVwqNkXihb+KZOT41V9g/t/
... 38HNfOmd0r+
... RrWI3VkE6UC9mV2clZ2hxIRaXunzhTESksOcJOOpS3DYEvxjReIqsJp9KxsS3jWlautCxkHGSnqsog+
... XUUqmEVnYgdLogIjfbwHgwFOZIf1J8QleqM+MMPJ7rX9TeC63ejQPI15k9lXg0hjNhhIxRj0Gc2M+
... HL2NQOZBDnttz7lXWnPWLBFhY8ro9Kv28ZzvAYZeuTRf2tIMv5RbOg9a1AMT1OINzFat627hPNS3nV5579Hfe
... cfh2/DQ21yWufC/5QzSKh801aG5ljCfi/Ot1UCprE27+ls+65vzdf6sdiN340eqwC/ZPm+EvHUNetuD+
... 8A3F0JOYbT4RyS6eQGFbysHM5XubxX/EnQWFhXIX48+Jz5+g/
... o9NqjYrxSrxh4TycZZdjuzRKMOQTLuv7HAGczJNtmoAWuepCxJ3PpaxNW7NfoXWxrNpBxcYXXFG2UjlWOiBwt
... eR64BS1MfGepKxsZS/IsHvtVCdbJ+ZBLMu/blbiz5p7OEeTjdpa8qPBW2ifUL2/QpvGUOnb9MogjDR/
... B2Ip8Gv6EXES1KvaSopcih2GNLXdognOf+B1S92PJuIoAfsGWY6cNTEhyK48XQnuisbqizRzT2YDrN+
... 4FFNKshKQwHTbP/
... IxXKhA0P9hyyHqFFkIMzSuuBlM41GdUtmZcMA923YGmgChtYXkVWKHA7UxnHGPaPpLYeYv4YkixIwpB4DHb1P
... P1hhQiC7qfnAr4cXv6bvtVJbD53m+OAXVrCEpwg6XWHqC0DfMyX0wuWB8K4O84IdKJl175Vy6VOnm2+
... QwEuG7ho7g0q3SUAmQRFOWfnQuU3ecHXh1oFGdkWE5Y2dZu25T7aH1MYyWWq3icxPza5yjB9E8jEleM2NNXF
... hR6W9ifYppf6rVTEhp08Jcr7CNtxfmJ7n4pesy6vqjmkce4L2+
... XjbwHtzOcwLbjOpgOktZJKFpxTQOh9INmJ2dw/YRTwXbVEIGWRcDgdXaiYbbAPBVSzSlKgj2z+xSBZGfWpO/
... OvX++Qc0OwJa7IjnZH5F5mwd3lPHUo7az3PTYref5ZelAXR+
... eFbN2b8j4vOwEhOYZKdyCniL6Tl6k6tMUMPIToA5hjmr7JU0vpP1Xc52bHxtT9Bmi4d9+iD/
... Gn7LDiS1obYYugeGJ6X4DFvMOJY1RS/
... wAbH8nl5sCkN51FyDmr27ZLYle0Q7Qm4owtpagQyz7sSJtX8yuUxTVGWraFKJKeBgdyThP7IzvQljX7O2HnWM
... xOgw8W/8ZKHFsGx5aROtQZBlZs9VmSi8TWgz8McZRbec/U+us7yeOvYrt6yoMH+TRPl+w/ZCa4ZSSQ7Vywq/
... dsYo4wy1RW+gZN0jWHHHRmGY+0xqk41R/XkBFl2bs75MNWQqNaYN/
... MnmiEGhO4bXPvQP16z1o2kIjIYTLMPTD01CpKG1bKI8GEtspV34WJOp4xscVuFBMGqoWyKqjNc6uj1RLqjZphh
... Zqj/v4L+uBJTSrnYHRm323DXJpOMtjkVI/l+oN4Tc/I/
... goytU4miFi9LmqBsIEQNIj9RZ9EegQsvP8TyyxQ0rkbGzoXix3GqotoBKvMQb6mPf8HtvSToxbB6wtEJTpbKt
... lEMTAz6Z3AIQK5u0yjxQ3RL5adEmiXbNia0CzldHasn//
... 2ftoe4qmWRuKXwyTvVzAy7xc0PGYksw0fabiOs2Cin5Nlw8m6TvFjJbd1pNvpvKoGK5Mr5cd7IgU2DLTVdSNx
... kNDn5330KjTD8yxJLdLqq/AHD2BhJ3esrUapL1CJnfHEfsRdNOu1AFK5hWXkMdYZmPdbdNrZeuOMcIOeGKbD+
... +RHtbsJ0WA4VHIiXDjTwvWAOV+6zDfWyFh5ehQASMjyIQJSMl9FFzkSBLRoq0jLZXdZXKeosEe2XQ8yRbay99+
... H9g8WpDTKjDEEtUmMq3dEe5gPBElqq5LKJYK7n+J2HixJtm+
... 1E3E4YJ4TMfLN4jmgygBS3cjKqWNhq8rYCQoJxGXLQRacX2BvDZEK0N+2j8AQSyn9EvBrRe9yGxinmt+
... BJ7nh75ogGxj7Ned6XoLJJYO0BwhtrvAjWGl+/wBTyKZONiT+
... WCwEGG9GcLsedPSBOPh57koM3d9wgSVkZQxlbJxT/Na3vLa9Gs00M8c7PH42C/9KPamkNK4dmiDt/
... iU4geP14Is/DJ72FJdxG60f7OF+
... QmZUKih45Bt9zrv3sg4tEuobKWWGQjnYBIRCfS8em3U5paMbX7BeTycJNqS7ZD3FD/i3xfJNb+8Q920woNz/
... s9sMVJV0ldHviKZS+ILE8BnfZdhSyhYgmvcDH19zv2rM0GiU2W/EcQbPjTXi9mx/
... VlwVP61JwOgT8j7e2Mql00QkkLXdoL6AT2urihEQ4lB0AsGaQa/fqxBXDgIcxPvZkQZKQ30TKWT462/
... ydqW0syT5cevEbawb/4HqiWbcimwUaMlBchmx9URGWnNVqPE7rwkIaAlxueI1W8dd9fMaI2Q3r+
... Yjj5GSvaMMezLfGBmzQjk/tCgAZ94d3E550e4/
... nmY4IW11EvMFZTMcAYl0Z3Gcw5i8mXZEtxc2eUhP2AVAtgXVp6/6kz31S11V+o9HvkO+
... KHIyOurkJxkjOYImPMp6+aMB8Udb+xoPTqBfVi/jOSG/Gbi5lbyQJ/t7aHhjii5QYDp//
... 9h3i7Aqa2A90lBZkHrZtEbcF+Qtn2GuHV9eEV/
... wcAK9iz8NT79KKYmia4BbwR3ZWnG6EG1b4cBs3gQwBwBYe3x7D8jjYr6O1Hb+3irfvcVR+
... 3yy07Fq88kjht1RUTE4mOH5AgS+Jd/9WXAPMaSFpgvaQgq2Arv1STHNAOEmn0V9TXGUT3+
... 0UMje6xmDxjQsfCsQV2TwnhOi0kIP6t+Nq9BrwzaV9FsQI292L4v2CttwdnsJDiJLLPV6zwsARTnKZTA4cnB+
... E6+
... uyCb7YnuTbkT2QDb0SuabrsJo7wBqXJx31ZULrizdb9R3iahl0yJoI3cfApiejgQlcxB7YSRdpkD6ipk8A46K
... wNJMXCBgJxJmMpPhCcn4pVgSYEa3dc4b/
... dJjLGPFRt6NoNAqUohtUJwCdVQIxvuThd9FDOuPXmpV2pejLmUoV1QaLghEyqOxvVQty4kB3fws1yejGt7NfO
... EGG6gnFnaamWiI6RGplk37Zhp8r/gm3Ejj/epQ5u5TVlCD5pwkj0ZesOCRUJ+
... 7UcDcBkOOY2ucWaMb3Dn6g1THPSWS12rV0nOH3NkZjXbo4lEMY2MBKlxq5ZYU6ewuz4IjzgbB0ZZV68+
... y3csdkbfSpggzW+

78... DNhda61dM4g3vwOHYLnaEFT0LHNM1DdCCpUXSXucarP0LHhGHvJ1yhjyuS1da8erFi948XBDzgEu8P1nt6CYi
... dNinc/Xjd/6Aq5YgM93vlhIpIBMp+DyjYhnpvKw45AggNOKp5xCCNsbmgurgArRfYaysmG3TRWv3mVIE+
... ZGrbXpMavtI1h59G8r2LPMf5v/
... feyaGDLYqoasu5ddI73ovzLo4m5VswIVurUjMrQPfHyaX4u8rlnrbADLd8sSPOYwHXpchn+dfXs74RNOn2Lk+
... yU1QMuQ621OnennBcBlaNZZ4+O7YdOVQyPfh+WP2yZHbW2vbT5ggac6PoD0qFc7ZSmS0F1G9kMLgWiOH/
... U8UAMoBWSdEhTjrJjSHRbP2dwOI1En8KX1xXI8Y/sAv7PX3c68i+
... sUakCdR6WJVk9XKQu2O41QLelFLyzntwqdzzbKQyvVnlt29DBFBZarirrbu8BCZIcOxi6wci0lDSlq3eDHJp7
... ZKfxR5cKailk3wCy0bil4nruPgSob6hYR5H8hPmH3I4oz1tjg0ExZPEFNXtj0hAZrUEcnQfY2yqoMRWLRsbEG
... efoZyLt2ediTSRPc1VW9sAtZsSN1tsdUKVZxlvY81SVqFmFCJyp6Cw54LpJkqJni7q8PtMRmKJTwnZwmZ8153
... gcNCI2BFjR2TzuMA26PYQP5UOKQgPdUlBxET5ievTuGPYXGNptYgnVjPjSvxAXNIXOUEtmltUK7Kvy+
... BdCBYx6NS9R7D9haLlK4G/
... zHSvlUhOuCW28JKAYMTUczWQVg3cXlzIVd8MujdjSj7spYYAj9wbTR7WcbXlTLtXakwXX/
... FHUgAREfczdRoeb848K5zPRh6g2NX3RGDmsEJ7ge3TRPoJvJcDTAlU2BN1aBXccQQpYvGegE8wGJ+8/
... sMHetSsUggNi5+3C01OB1sctBjzt9zdczRmfabyHS/
... UtKPzUJQX1kwvGEnyj4DznkAHIs8shYY6fdWr9tCwmIRYjpx7499d2uOecXJA1ta1rAtoQzu1mOOGqwg8CLF3
... 3qpWGtp13qMuj/rglF+
... bPjJnL3EjGRUDReCXWDhUmjryDff092a0JarFIC0fMovfBlSIyWEw59DV1jZcSloBBhr+DDGtYcRiP3Jqg+
... sWrPgs6xJ3UGzpKHDEBxdR7DcZ5blPsIKRMtnU30Zjsxyctj2XMGQYUqCiv4zkIt1Ic4ryDeJJGPLcuWCGl4K
... cXX8MG1S43tH/Y4SDAyv6Mwa+cZX+0FNh6GI0Q7Q7vvIRex/ZMO0lxuMTVXcjLTAjnVJUy/
... f0NkWfcG7oZFWZcIT6pUEOTSqME4BAyzBgkFrTg1TXCAcI/Zd4iXSlUoHB5jPcPXtlRgnz2xycOwur+Rm+
... QNvYz+H360b56j4qlMJq/z9BMLSmpQMFFmlNt/
... ojztuiyQHdAqCaK8DG8SvWr16zX0vhNaaUh62w4QW1MK1dckYTi2Ad2JwTxWIkHFHzyU0ZKFuY5d58tKp9wdV
... GohJdc5FjuKuTzCOpq1lqpocNNYFCpIF6JqPNDR8FEShlaqlucpbA+MxI/sEqJnHnqHrNNwZwMGK2F3wu/
... QQrIKFqjl/B4ZN/
... 6OuKUqsboSmnK0MEkxczCg6lUFATUahfFrSODq3AUlvwKv4ZLZTSympQm3MmcTh8DxnRiuhcfL9tBOYXzGd/
... g8bpo9CeqBR7+kTirWN94+Hk59dQxwz4CV60a80pvXN9Z1b3yP9HsJ8cnJGH1Hlj/
... rep5ltOexiS7cX8tCHj5uwFRUUL7uKcrYN2K/9yROQZaFd9hRUiBUt7a9zJ6MC2IiHzb6aLqC3WNgidxH+
... u72oXN7SzowOoMArvRs/
... K2ZKt9y7NqMrgk27xWcT2wzbyfKJOLGVzj8H812VAMQPmtUXB7lnKJSDaod01E1kjC/
... w5aKl2aPakm0X6R2dwvwAfV6yYm3BKv/ClKcfCf5Z6vRF89TOOt/tVpWDz/YqHxSCvfy749dV7MSn6666u/
... miazJlB4LqW78hpVImxoXwfLaRVbcv+Yrrr/
... OCX9zDHFEaHnIJaAyhmdMobGn4bW1gdFgBByQj7f5u1XDmJdUVOcZf/eOplaxSsdCy4So6Vw4eW5+
... KOnwTqG0TKK1eUVmcdt8FB0a5K5lFXJKBKnVBT6OOXqN+
... EINjvavhHMSFgnyrQltZ0QxFH35Vz9V8R7iLmg7PgYLNEoDrvVD+lKltvv+DTp+WA7r/
... Ktr4EaKe9GpLswscTr5mSFoG2GNPM7Vk4Qb5CqxhUIE158qHiw9nc5sZva9gA/vhKVqqoSHciA5zX2JPsCF/
... X065/2DgmUgO9NnjAq3GohqvWANm4XYFt1DDPJfcXbdFK2JOUVgX9GZFlYkxb2sxCBsEiYyALm4krkw+
... x2k90nz7tRoG2grj7xeh08IYIbmpZjes5JkONOeijfMt7dPPati+
... cMLEGGyODIuVxhS8OvnHEb7vWxPrEgcSOhs7bsM6hmJV/
... TosO6U5HBTQRDX5DAfX3aWCMqLGFUrox7dPVw4oA4YNyHCQ24y2KXtTIFIqWI5cpSTs/HbwNIWgmTGt/
... givGzbkDV7D1vpP3XJtzzTOEcYkT/gFiCQSzo4LIGFbnv30hAOB0sb0tqPXBVab12bU9QpOugV+/
... rkECcLWF8qnky3R8hm4koos9Z/
... p7BTeBhNCqjrs2KToKW9eqLWnvr1wyT5IdmDaeO8b0U2U4zqf1E1joWgfB648cTu8x8M89ZfyAdzuuNBWP9Sh
... 9xzeg15XDfQoM6PDrXEQ9gF7EDW5wl0HtjOTt4IN6Jm6im0csxUEiYY0utxLqC/vQn2/Ll1ZDH3/
... JcpO8zN1oR8RX53S2+SztxCzB+bS6j7uneoa7D4TBFvqUtOzhAiP/
... QfieO1GWswyhyvgxNNPYxHqD7OLAEzIl2GeN5fQch+BCw5YPAQKN+AhaEEHVibzfAKCA1+/
... EPi5LpHMuUHdlXY3ywbaf167Sj+EgqfGczA/
... LR1qXVvQXT7uJVC0tHAgmlCjVAul6cGKNJbBUEVuOc9M9Da7y5l84Bc2PZQBMqqOpge0W1chA/2lAbveqq+
... izjP1+6gWM2/hDeXPKIpzz3ZSuxDYRauUB4h9uEmzVV9lGNMKL8/
... zAYP2RwQgUOYTnvCnqwW6fgxZlZoaOLGDcmOWfKg06mb5P5WmtEJ/
... yP4xT2BpRZec5VC2fyMCJROGRJaFf3Yy8TqfmWUngViJriZ/MCZ4BZOR86IYnBcw5inXendf9aBrr+
... DdoRKsfXMHTN6K8jVZZ9JjNU1USiLUy0xsshXyT85BQZfXG10R/zKGJR2iNLJCfaBUfo0tNE29bZoFkGw5Vmx
... +aa2vrPqtTtYTdivmrZvvNyPFuVLLTTKRRHjlvP/
... AiprAXAjJmRUmyzdnIYLRNRPSpVWkCxQN9ya8IyXcUePcX9pQlX74NQjfhQYbOFLaKx3cYQnYg9zTPEYcbu5M
... krPZk2IXuShsOR8c+yW00FYYBKaJ41IVVEn7l15VbHIV/
... 6enXYDSw3EmsfpaFPqmB8ngVTchlZLk8hFfAG3JUg/
... toX4fjPS1oTmsDk2KidsL6r7XhZKSycoINZDzK69yp7h58dfPGgzjZihNd2tLKsX/bjJvNvGtC66+
... q8TeKlWdVXZI1JheRwSy0u7atDIRKG6HwNjfDXFKkJyqK61exb3t1uQdt56Du4TzTsu7lvEOWdMIRhnW7xe2Z
... t5IxpSPKvFsB04P4IFQVn3ZjWh4dIpojW4TGLmgXhMq1+5rmG15kzxabwxgoWUGcvj+ytz+
... 64USYCCSgfhyu6JC+
... xHozcqRQiC9LcQATJG4GYQkoGvHpNSSfc6ZjYcj7mvxECXnCN2Gi0xogOltMdPHozmurOlLwUgSm3LV2F0wpb
... dGRbBUVzRm5vkINvNHhnJuGN4vHR8dXsIH7wVTqw8XJSC9mXXtTHUg1AChRyhuUmqNdhqfqG8H19fwrQQ5neaB35
... 13dPuLOrX4Z3SbnUkFmXDGkkvVOvsJrOd19XzPuM8S4enxwmVQJruLm7xns4z+Cta14N2YB/
... WGaHznab0wQeBjDYEoZgjwYsJ7rwokjlEOOJzSDANiOm5xv8XDL2EUa+pQt3I1b1oGEU1yUYNQ+

78... oyxol1CcsBcMywaymLZQLmmV4buvKct9604YCEkd9ozfh9LnZ6Krd8LRv7ga8AD9bnREgpxkimakOSRGu3AM
... LVnueVUhgH2FuvIOYJd5iYuuOFEbp3qQj8nNx+U/
... JqT8QjJPhSRw68bZrHzJRXVUXoLvUhKvhI2WuCBDNL7PpwI9TSZzKyk6t6np7SQi6a5+
... cwfMBAAceOmESOjDhoZ1W6CbUBsrybpiI/Z0QJwc1DK4CBkzlukz5Wv1UHiuXoRk+yKcI/
... wl2fiOmfHO0hLKUgEIjnftREN4dAQ3oWYSi8Lhobs6ByygEB7zIphE4PzV7v0fdkouSvHjo2SdzRJoj/
... 4hlsVihQXC2f4V1wij1eiNq0lm66wXYKCqHcb0sTodGWfZBx+Yeemd3owxA/
... VUXzZAIYfmIe6ZqdIztiCkIJRi7PPDsrcG+gAodPamEXjAkYT7fZv6o+
... 68Vdzkh8lDKJDscQsCmqs8c5Ij7jmpkEnsQH3w2ZCWTUQZjukvM3dtw6qBJ5YE+mjnucaWiic7YLGD/
... FEYilTWo7esN4DtTlYJKbbqlNWVBBqPiTOMU2zCfBeVlOHsiKk/
... lgL5RP4gpQrhAuQiJPsLrPvStA60tm3QreKEf1bMKUXyQMmQy2MVSE4v7UrLskFxWOQ9bb7mLA8yb6hMlENJd
... lbJxR6cfN6xhVah9n4xk968Il2TJntssAGgOVcMcFs9nJPOB/
... Sg62u92aHWtcTA4GyV1DwPrTLnSN17GfwTav1oCpzKuAYxht8Va0brPZ47LIe4JvQ04buuj0ioVMUNu15N2aH
... ofzNmf2IE6w/YV5UXEUOi4eEew8f7MoskR/H9HHQOCSbkw4b9ByTprOfj3tgAlPtOqurjjr8D+
... ZJFbFiFWB8plNbPyy9sXAP/frYRQi3uyURn8lkHXUC/
... xhoGJdhd1VMxuSeVwQAKe51kDM5CHIDXLDyHKBsN89GORsguFa/hEaTpRVNb4JvKVdDzKA/
... p1OtMoAEJByvHE0/dIfUcygViAo0XY7youijSCNIIb7ZTNXqIaqaMSczCxRzv77AgWFJlo/
... fMj7Qzql PFs9Ern8atUoL86KNZIpbk+xRlVxK1FLE0KeEka32WRW8KAFLidO2JsQ65SNhnXgqnhe/
... ccUVAhw8WCSZORN91cEf/DUS7gKm+JDl1g/C6NKsQvOSB7GNmsynwDhUDg394M+MH0mmf10eb3vzeN76J/
... a0rAtkXoRqba9+iayH6qLQODL/
... JsJdc3agwPSSl568dqKESt4OI8fbwaro3qIOeffCujd807OMopb5HNsrS0DA1XUyOplkPPXDxEZD/V+
... V0phHP4cCopIkMAx3dBf/av+/sQ9fznJipl5jgQl2EX7jIRvb0PyW6B0GNOspBm7RPi/5s/
... RhYEerIzfjlxZXq4l6cCnbKR0Z+JKOsLNHnE6tFOOChuVPTjKxsrcpCFjiSdiUtb+YNT1KSpEurBTRpz+
... fu8n0HQ70G5O+
... mfCKxIukMNhUbCBTyDLKrFbtXM04GhaNrqK5FZoyLTIp4rqsrKw6LBlK3zpTGyd7IYSpgXCtQpmdPpJqyX59k
... phbOMW7oBPWMzuEtq5ZaFLkM5Yvz5yXExmglPdrJTXhKW16aw+BjSw0/A5Op/k+
... lmXx64I5fMBAUTlydr0kJ47K9ji14HDzZ55ph6U+jqj+
... rwX7nTQnSqtWIRjvHxxJhArzMJA32HnZs7fyrWdEgtau9W+4HKF1P4Wl93L2KxiPhM5f/9o+
... dndOjWn89T0oJpxn7GStpPeX1lvXz+OEwbtvMNKE6TB+jL/
... EkkN7zliUkuzUOACYMEWDc4nDCDrruGfbb4t0AgBzP4mzmCIT56zzsAeQzhQjPyPokXOMrcXx3nVq39zLmhqC
... ok2kjj+pOkSD8bbWwh4oYrQ88WASRS11FrcXe4NPdC0ggvpG9iXMQSoe/
... lX0WufgwLSVaCyYJWd3TU0hApDCwP/6IcX3Ffh8iE2aNHsHhULkx+m/
... 01H4V3x8gUBm8rAfgbp0wVnjUCmjPqr5oSvzyOVl9Dxr3/kDIeRg1nKVTGTEjGXSrQVwSqhtqZItRKg/pzG+
... BKI5mH5b6GTU63+ccMmX68McWc/TegZloVPbVES3eFjPEMMrgku2pRRu0E/yBZnR2Mh6LO+
... jZfqnp3Ij27qGGETfJ7vnkXrXkU7YODrW0aZJfjNDYASaIG6hnkRiFwZS/n6JFkqAwnCq1F2pritvKU/
... rcmSE3hZvKbfLQB+bH7XOfWHBtZ7eZbsbf7f1UXn26KYKZWfm80Mtw9fiD/K75H9THE0xGeD0S6iNZ/
... zQ9eItu8sMzCUXlBAGbTGvxidC7zi975Qr/7mfJGN8RcqtofOiUisJv2AatWQ6VYolyqms/dGPuXbYJ/
... INB8mJxonyT2T7FG7H+fq0IPvU+Gvtag7TNLgDQ4YL3JcJAs8UyQG/3q4mrkFc794J4tA12xqJu3vHhDO0B91+
... LBm3UpaLgumb8KeqOnhY61hLSsZXjkzPstbP0JMtQuS9JuPe19YqRHBH5XPGhK0K9MGSgBn+X18whpEE+
... FDL9ROy47F8fZE6Y5fvQ534kk5zvDt0YK7trFbEzFEc85sN27t/AMRpzpM1QPgeuiqMXOnZCa/
... MajAALUOD5WneCNegJ0yQKAAMEwGXiRpg5Gt1jonSw7XQg0j1ny+
... Og0wcBlDbTHKb0ZTAzzWQdfjpLkiLimsZgznxmuMoMeUhFdBX0+
... wPjaUsoC4KyCats7SoCApLwbEtYXUmETcIW3dnabRdhU6kFrlxF6a2Sf8lLRaiJ9eCcrowg9ELJoqj/o/
... lgJc3X3n1PTAyocBdqBWkGTjnrrGkXBaM6wBQdGz5zauTbS8TXwiBC7T/
... 9WIuFWjSWKcp954VLRd9tpmdZfQZLx/QBlV/a+GtayQtU/T4gKwMAZb0MyZYWUOr8d55i+3aUFH+
... hVAYZBGH1UyULk0EqueKfNbTjMyQYAetc/
... uY0kHrH7TtVQKAbmx6P9d5Rz2DFLciUn9kfx9DCIAh1XGVGeRSxoUE/TjJA2VRtPAYu4CW5KC3CV+pSh+
... RLnRjwyujtilWTxCsKj4IbKnYCLIy/JVCBGG3LjTMkHuQNqvGvTOYY9OHRwfpgj+
... SUe0WlDIvFdkZbCDDY0xEz6XwDY/
... 3w7FYLyITPguxrVhtVDy5tqpHAkbnfdAu09XIfR2FZJtvYaeA6Wur1HmQP9ZkzCY5bsQFkTaWVdnbp1H66+
... MzsIyqgm1bPHgzQy6aJViVc6P0onAntNG26mx/xxAFNEi85HFn1IjKPuSuP9+uDQsv92TTm9jaP4JuP+
... 5Rb1W6nd0EZg2rOnWHmpwtEREbdtE74NccDicNLmkZDw3DRoAYGc6YLyMdta62DmObk0WAGIJrBYHKSx7nwGr
... 1Z8k+l1ZZ/
... KXzocnOaVgxzp0m5jXciNdNscZhigvDgz5YnsfWKi3tAM8xKXOx8rbsPzgsXcwwXWgo62AnNxtjJOmGYbIr3P
... J4ZR6dHCoAnpUdYLYeoc3svtoO+
... JhCSiaOctp80QZ7u7DytERDvaFnyUNGg8ZmyG9gIHSscspiLgN9jZ0RelePPStA5IVkYfwW6si7vst4nc2DDp
... K4vjRJYe/xl9a8rQDfy6houVjUGhd0fv5YN1Li8oU8ngCsOWT3itQwPP8u0F24VDgDwjV9/
... wvfAP8YugnY364LNayIVZi8LzmKyoQXcu3LkIrUkYyYQJfr2tW6NQV5wyctrHQtU+Rb5XDVUuDijZGfKRMxn+
... 7p+I0VDE00x/Stf8MbKN9tLMpXaSMq75vzERfXGThXMQ4c/TjsQs3A1/
... G7mLlJC19B6HR477LD8L7zv5jaiM3MXZnWeKAacEEb6Kj7BUP007isM1gMA8l7dNFVEsQcdx9YhKyN1Ug+
... HgvBnfScopW++BSMGqMq0y/XjzoFMpFulul2It4P5/
... 7QGVeXChZOyyaCZ8f9zqnBuOa7qKtzcwnaI2cms2WmmchhWKwISIpkYdT3dXhgnbDNdpVkbrWA8u/8k706v+
... tmbNJxX0ysbDTAoGhAGbIo66iU96BUENGTf+p1S2b5Nu0l+2Ugkdx/HpD+
... h3mwh7cMfa4aj86R2jxjbUMjmffgv+J/6QddwsV+Y/fmrLM3YN2nwaJ4jT0YTdoq7AHdyfRGyB9lzMUXwBojP
... /ZiFPB1xRj0ueIi0EmxlXf8JUQJaDUGP+
... p5xwcFYsvuGhH14P1tOCYlRm8F8j31fhnEaxIs8qnh8AXtPYj2UYuwJ1qZlA056n4jJWWfPQCLnxlyUl+
... Y5iAajdjO4ygVkoGQxavUvxLoyzJaICd0WO/Jv+ggOryFbKvx2W0K06+5oCCJ/IEmd38TNnFLACI13qpSK+
... 8YwoX649e8p5GgCWo90qUnAovrsQKBGJS47neYPxBTVKvUG90ViNs8sK44DJ6d5a/
... pn6xLy4GvrsDkm5FWeHCDI5tDYkGZaTgrXgFkxfOIf1pTBFOcdU5B3JK4PTUW+Pc1xl8Mc/

78... XiOUMnkRasum71bg6dMwX7v84sbdGrmv2sOhXndLrdCsekU2gCmCmbXvnu66z08B3yfyu8Bs4/s5qaCn+/Nk+
... l0zt/FosFc2FVXhHfi0BHzG5+V/
... 7McAE3VXAU3vr1sbOFuMO2dGu6dUJTJPYEiv1ZlbXtpwAU3fJOnUZ55MBU8NupAzpD+XIe+
... tCt0WEavpz1Fo3E+
... SrRCBh82zNttfLgVPviCNHFln6B1dzRDTDzrWfUcAc1WnkBSmAIJcwaB97C6BGcoqW4MFam3K5yP9hq+
... TUneIiPsAGfpkGi319Tb5P37JGZor4kVTUf161HRqgu3eINj3GqB2EuxNj7YnNbbKcHNVTcX695VcZ2XcWnM1
... wZGlMmn4y/0xEJqoY3/OakMOVr5UdxLRM8nqnf3DynF6yAipzPRHeEHFSj+1jcwNHPf897/
... Da71fAiaWV209MLTg61ExK6wSwAbAUbNHbiBjDabRfesf606M3ClsZn7Wz+3LEq3aXqAwuFTDrlUK+
... IMSBR6Jx8c0JXPnUpyAyWY74YXQ5t0Da1pDdY7Leqpo9vNTgVoYs9QkXD3s7ltmcJPxQCJQQsycwtpvfhsd2F
... b3cACegOtqEWOrr20JB3QRyfBV8fIAZpA9jWA9US/XEuTWIOw5o6NhRQPp+jqYLo4bLs5cOHEz16/
... p323WFI7DlzUQeXXoSBxqNoYFOXsnMRcUcjHtD6gDfH3/ojZSuiO7i1ApFEADlVCr0L8XC203DLdt+HoxoR+
... 5un34acxsNRiCBK7oXs7bMXoWzvg9dSU8LQL8ARB8SUKeqq9jyl/P5QUNAD9hTMiLuN/
... n84QFYOO5ZTR6Cu1nU5ix1+JpXNAaam8A0nAwTqVWRTKCryIzw6HpORjtccoZ/
... EjQAEeuHsAzOTNxonXVEQrwIf5g1ubN0Qv7VLgZSf5kw4+Awmdy8Wopm/Wf3+
... 0mJjlMRAOXTDMexYgd8CjjAx9Uqhhjsfz Wgu4KthuxSj8rUcf0drZvzcLdYHV6jrW4K9p6LRYtrewIyrg6ZQL
... /DJBVrsOyhm7GVEL4W92/hXVQnXwodIq8SmaO6XHu34R9nfEeBN6Lcf9hRpXrNWQ8k8kM21uQjtQ8n0rMiy/
... HnjByKRD9+uKT9wFuE/
... adUCW3k3rQ5znU3w88nOcSXwSJlr1bPkx8CHatmjbYzIMrbe0Gko04keZlhlNOOE0CKg2eSWet4hAmA3xnyF9
... Awb19qSNlnFd9ckv/HoMMdbllpjFVX6rHIco1KfJwFT19fWvCMxI+1PduDhuD3/
... tO6H3f2j8E4z28WjkhtOGIMLGaKORVgrS4S68TQIgL4iqT0c7sKMRyOgLMjwo58+BrZ/
... iVf7WrqMV9VmOaNT6at/7fQjWw6AQk3QxW1gWSRgSp+
... MeECOuj2r7XItLtULGSVw33LWovY4EbVF4GluVzF8HC6ff5tnmTzzhjlPiIio7tJFVTtLYcCOT8zuHP0FX/
... ncO/rmvcLc7PdW5Sc1EySDHGzl3Oqa0/Bg7vDlSMRtBxjrIR0eXBr4ygUn8EtRZ9vLcdwLfNR/
... kkKCthWjMRkeLLCBEnoW6iyFYUwpIODCZBUhueyYEL4G+f0/
... DFgx7R4tSIPCZS41TQUFHDczEHIjyk9g4g019oM50tz6kLpmbt8rzhvfPeHNNc0diiZ340d+b/c4t/
... Ci59z2yK/oN9kVDAi1y9mq2BXsSBQ+R5UQOwO/BVff/W5dsba90j75JEQnAkYyKDw1748JxYW6SeL/VYA+S3
... +m6Hej3obFuPurZ3SP2N/s/TAfBMLkzNUI9eLSS0rbQQYFl6ur7sYrQ7jw47ZqYdsIoEMub69BKOdX+FnxHs+
... hrABD+
... zfe5EkREK6QuEuTGJqj5ABa1SGOnSJNk0mcmjnroVjnfqMAXSRcQAw0E2ISDEd2K4Srf7wvB8Of6GCDPeM5/
... 0sKtwfFRJwzwFayOyzmgzsjoXwWSKWY+Z05AUE1R71pCB8n+BWps5+IuDBvmmYueL/GTtENo/
... 7Op1swuNZxQ9xUEoRLeDhQUgHpuZgsAdBfyI04mHfDwFJqVNXyZaFauhHqKXdIx0kng1K8KYXhqIko2R3fyz4
... qhqb22lgGiU0csD2H4fEpEkiML3LdsE9u5qw8u10IDDtZW0FlbrJq7j4fzzcc64xC0FHonu4Wzq4utX0r0ys81
... l3cg+
... ErXjtioKWXtQvijKfIgjcsggugXlQCBCHlTm6EhVPmIa5Vg1zXYCZ3jfqo5dv0ATKBnuN5vw63hBjiGFfJa8g
... 3dWurJlZKxshsHgwh38YQk8lme3ErjvZj4sbRzumMecELUqvQ+5cgraI7oOZoLp5RHBhEjsX28/s4IamGLO/
... tUEgTU7/pDPfkMCxr+R/6UjW/60pNg9axIWuO8LK2fuCT5gnCCQXya01yVGngLcE4GTcaeBAOOqroKkR+
... HLG64Mn3zFatZO8bcWKQHc6ovDemFT4kv7j5fK2PzoFEgbg0QgMe9PfU2rhHEjeKitKLaPkWN1XLZu3i5U3Y9
... Csyt8rGqdYNCzswT7ltnvfzSAc6OkHshUba2tsRNZXJCLKBNbJMdRZiDLqN9xAnyeW8Gi4jJBIRLOoAB2SNju
... 43DK13cAY1ztKRA3qzT6IRSPG9QqsGQm9ABMSGHkenRisHBscj0+
... mxVcEidgeg6IX0FIq3fjyvyu8Hcy3i91efkFXjShtZQND7+FGNYjAQydqWSEBl0sg+
... pn3XKqbQmP8DYvOIzR13e+saFaU1gE9BJzj9R//jRAHe3yXZAJs6PfN8/
... rc2KwxN9XF4Sc4epkQQaf30rHIPUO4nTmYlf7vuBW6fjsZgZ/
... vt7lBSOxFbNXB3wPINns8PT1CcykpwfUS9wK43ToBj4vG9TwZ+0UW4tQvXTa+R8ymKpM2ul4fBHZnitR/
... e5hFh+X8T157iiIxhOGgCvHbSD5+MaqtpwHPYzaNwDMlNXCZ9RodvEtx7Ov31eArJ+OKF0+Iw/0hS6NySWfWcA
... /
... TYSKaA9ANmvZv9dFKopXt105kGW3zegDMVIo93NViFzUT2wbjdXVBXUxfnjuzrYvlCdNQFOJgIKnmgMIXu6W6
... T9bWIXO5Eh2EDmy937p5tMj0BMbLion82Vw9cwSenxkqlp97oWxAxJdk3jJkF4ol1spAyurCjyVIRDBbikfEn
... AS1e84T73Jx1+OV25WWbqS/zlZ43ilC7v18h9aqpt+p+
... pyyogafAlcyxkFqsMx1mFkT1ky81QAsb3zFj0o8Ip9nCIr22ioTrabY1bJNZZ0uivkK/
... Fno4RM3mVZQ7VxiXg9e9bgJcVAIIxY7u+UDtHTCVlKAmFAaAQJO/V19mlawAKi+fvt8jX5TuhyDc/33uBQR+
... 02AhFPMLWSAwJ8Ahbl2nTFpJAnHdWGYJnqERSTi4SZVkXwzxX/
... mUD5J32T9dAlrZbWh6q6e3jiIHPQ9CakgFTmNpfech5Qm1fZMpyxD3mJrp901FClEOc+
... gZXKwOgGTHEjU4C2DMx1YQfoxaDsNCqrsdhNZs/BCweMpH1oyqTO6u+Y8VPI7+BqO59HL/
... LtiBLcg5lKujcgZ5jWkXIQbqYK5hCd3mm415XnQFKYXksdCo4uxC91B5epwvgtwE4Dedi6TQVnDWSjwPQaxN
... 9fegXAneqK5Sd0cnczOOxHcg3qcSayeu+w1sMsvukYHpwfLiVUQhk5Jgv1vp3pmyP/
... u5VAuD8AULJ2awPmIk30KLp56NtlAvh4qPY0S13Ye1m6GMytWwFly9MxJs0smvs5rhTMi7SFVzftKRSzeIRN2
... qMe9U9qkjZ5Za6XKsB06xA5KCRsFJwIqUT+S+o1fRC3RcRsAxJz5d1wvwlixFJmk+d4d8fIB/vR3dz/
... oL12TjxORyBvhnS8JaAEZOYWTjOJXG/
... dMWlZWhP2I36j23NNxzzo2LdldOvDDN36uZ5Wfuc5Pp7j5R5ZREh9L4yjpON0P03ZgQrn021zCbpFySTd1oQ3
... HdUbcAtNEB8W8stl6oux5KeGZtz449cERCAuDne4+OGfg9jdqT8fZPHl4ERA/U+oyeOqjxbpsAiwNrZ4czXp/
... v8MXERPR3QS6CVmZm1/CwIGPNhiNAiBKWxXQCFv225GVbtoWdP7f/
... PVLkKLczpgY1EaR39S3mUHWPSPWYFiXePf5puqAx9iFpZK4x4PfSZ0EMyvj1fltf5fCfbJUr2tZZl1GW/
... j63m8MoD1RbYQWuoBc6PT+
... ojTScp64x5l6BK6qiSa5yVCqTvTPZic9XAmPEbYbY5AD1a2GwdxS8BqBV3g60tWPHS7M46bZUwLM97bKVvc3A
... e5PPyxqWKVkAIVXySZo2Lf5FztM4O+lH59RlnDZwOyglT7icVU0XfEbPxU2lUziWlp7/p+emFtq0i/
... fdG78WhMcifRRWTVmsona7GNVaOEmzI9n/lnwYPTjfHA9/
... ROTmW5AfMW73LbQ6UxWzl05jTbnvQcIMJyHm6mq5f/dd7NKPvrfLNPMOVoG+jsX67cAyeelEDGcIzjcSt/
... PiENkFzunjnSbqjv6Aa5zww3HGFFxoj6453ZKkNznhU8ktNO57MZRC+brGfgAwzVcVvZ2j7B9+

78... IFb3dtNwswoRMPBkOUqK8oQ4TV/aguYeU/lBq/u4+3cpk4Rw+R9/
M5Ynd92ipW8biub50FcgHGBI5CRp3lqKDv9odIYW31svccpugVMTUWwmOwQCTRxOXWJcJPA9ikACd0vXAHujYc
L9juEqiSPHkepEgK0Jzn20O18tj/EEvF0XQ33vxYdunbN//
HnPkWXJwxJcKB5xVHGi9IYTlsK0YByFomjc9qaVrV+eelB7gs5YEgPFUDBk9FjxZ/AQXRYD/Cl9ER7pzRElVU
+0VdDfjyYozZ6IglGputGO8LAv2nchoj2zIYljPuu3t1EiW+87u7JWxREqVZaVq+N84twqWTxCrXZEVq+
JWYN5JVKX97UPEYqSR3PUhY/n0wBir2TeWKMJ1mjDU+OAW8UR/
2ATVzkTpMz6E3oZPZBVgGHroKLo1tP5SsYhUZkfTBLu3vLsBLohzTdm69uKB/7QusD8aKOYBNCqARv3EWpVe3
+q1kAFwdkwQRtI2QeRsAYGEH4PtiG3gPbsMhrrAYm6Wc+7x9Aab8ViSlZQ3uwrqUH/wLzhciLdwI+wV3IdIX+
l+EsDzWmcIAbYweKr+uijoyNc5I/2vjolOK2u/zw82SfkNGDXvoIBkiR8RiB+A/
24WzIatSykW5ehsVy5raWnENSilUb5lm7+
xyVVofwuvZoSsQ8flOmY8Kch7XJxIsQavzOcJPnae9T3JATgkxMl2dyKhEw59h1eLjF7Fe1nIIHlOuDg3w28Y
sHTPrYscPqRGDvqPf/79VEgKPNOzZoI6UnbkIKcfmbTfzKkKwNtBOlMK6lMYOaPwiUJixwdX+T+
HsKwQBxH5F0kdpIpuxZt2lI18nDORuyZtzBlGes+AhiYpD7W28gS0z0wjz3xrw30rPnNN2Rbrbb3sBRDqxJ/
Imsnx8DkDEqwpbQnRoyqCRv9fhEz1SWHSh0XKSzTnf3oXPL/cgxzmij1faO2PISdX/
FSMxRQfNgU18QhDZIB55VbedYr0lSf8N+UKU1u7I770ASVkr5PRu1OXfPhP7QUSduEbjnx/
fjwgwbPp0Yo5NeAKiH/BcR8RWrtM7Ql5jbTnTQOFXyC8ag3jg5tkO4RgBZmTGruB3LroZMp8fU/
L0L2xBRgKLkFA6GBICgeuIwlmMiuD4MDSbLO5HaUfe5UmymM3Hug8fpMF4shBMAifiA5/
rXThQdMqqp7AmkF5mFAEJnsiljDK+1R9eAxlY2X+AeXPNa5Re5YMs16pljk2Bd3zh6xSOqe5cfyTC5FVUyBC/
MZZCN3UN+kEreCnoRJ2SAgaUo32frZYvCgkkt3DRCo/z3WuFVxM+
gy34v1ClaFidI1JEUtlDoZ8ZN7uixIM9DHVSy7cTuJ4nPhgxr319c8Rwb8bM7NL7uuDWi+XU+
PKo9j9rBx3Fpqfn+zPaw9JO3hTi6JS3LPjbyOu5PBfJo2qXKP5VaDCkWi8uMtFVf3m+
LF68vOucPwshuj4UwGWwZhyRZOG2J5d3ueGeMcvZQvGkyNlFxJmNtsEP92KulfENX7Jq23sFB2YwDPomnlix3
Wnutn1HFDJs3h/8YiF786HBc6EdcOz/zUQZJEJdilcTbwYuU4/i5bL+
UofOxz1UhHo554bWosiDrjdLnZ2VfjkaiwCHs646ICDVvhRvhHWjEDG+
rHlCv9hsYXdps7ik9iwuJNYdaPuNf45GZfd2MVEsrhJenCr+c3Ip/L7vY8wa/
yWw8iRr6tTrVgI2ScQXj3FBcl0xu9eGguTRnObbrQxyBr8RKWMFMPuSLPo1ER8U0wrccAHgeF0tBVe5PwaTw
gLB5/gvbav32k4mBcxO8OxLeR3rYdYp7Zlct3czqgGKLutAK0YSZyQBBgjkvXQt9TFFcOVk/
0XUk3WThSvTlAHY4jmZJ1l0lBuvWWJ9k5Nmze/
77KukkfWvMJ1WYYP0hP6h6GdQfEIykn8kij h9hKgG4i06T8WEPMY3VMb1N3MZ3y6eZxNPjiUBrZDv5U8lBvy
8AbJjgjChnCwH6MSUrQtB81nZxqVxJpoUBNV6o7M5Ezlb3jcaNkTH2KpNjJxzrmQZvOw1INZ4vV0uaKnDOs2F
OCIMZGz95xImtG5HinTM3qjkaMFXyMl7z/
BSdmr6IRaiswcbb7yHk4pBISNpCdkCk7TNBaZn4vcXzTNivVx4Hs/+
DOgICkIh0O2zse5Y0SWWhPDnGHRMiR23nN6De8aZeoN24GovVAHuTqWj+LP7wF5q5FQtdlSKjnRKfAXbvyk/
h5rC9NnTMehdyr/b0KxmZvfxFbwRAzROf9Pnc/
EzRVH0UHkuWpBh2DTYwCT3fTrY2ZWJ93dRUHqo15sRN5ldboYiEtOji8LT66/3AZvQ/+ZmrOTNV0ytwpGakd+
dSUO8Ni4159/SvZEaEXQWhLjAn8CBMyqKO3xA9wcZmh/bIoLtAFaw2Ids+3UQ3OwAVDjksoW4n+
qjlfv6eUgFkXngmla+SrAFKGMsAZfuU26mVBv3izkzr3aBehfnwuQy+oVJ2D+
aBwHF0lojiglTv8YQFpnTJPhN0Kfvbopb8s4631/IC4HTylmzshohrS7elR1IHYaX/
dW2ree5ncsrKhiNe16WlHrqhbPAOdpivfyHEWRFc0PhVObU2vtXKDU9jvsqpIt9zARPulDOT+y4+
Om6CLkxYZUYB93ztmZyQx7qZM36EbMn4JT46g2R/
yDB7mHpSdfLIuiGnLTGe8zeYTnStRI1h7IZZm7V0V90KtMYHxwcxx3Gfd6x+
KNLaBgbZFpsmV8QKWjg0v0UnkU624SsrURH25JV4xTG5WW5qmnHpGDtG5Bi075PP6qYA9VvueXIB/Xc/
YyUJIVUEsVivCX64FYAjE0yybreZBqgudtZDs7WPhBuyziyQEodXEP3SUXGFwkzgvO2TG0Y12flraNh99Mtlt
Udsk0ogv0JDl7Z8r4JKM2hZvNYxqOmfErtCAkLMRCWwWMwM07UAKg6cJNb1hFtM0zy8TCcBaMslEatkYaUzZY
fm7nwDDuuqIYN/yTtUhMz9MLyE0BGaa7bAbR3b5D7GcHkIqQ7NJf5558XeCTLtitduwl8U8fs+
3OSEeHAMwi3stu3Eld9N/nTiujzf1NAXZm7jfy7Oeyo/
SLlBrtq0qaLcOlneBFk7kCVkE2aZL6uPq6ZPEgiaNhhLa1Vqlsr06BWciyvJudppcYGf8p38KUn/3eCwXyH/
AgSqE+wMJFYlvJ0A/YLz39dd+zAQYk5wPZ5XqkN8GdvtGZy/
rXrNnfpGO2xagdwv9nMOzXbT2cmXw0coZ4vY4KXBVp7wn+P7Ks4ufKSflSpzYhyyTjocaM4sZ8NLKQewwW6zj/
+MsCvyqzaKN/HE590ugBPUYpGOtIl/foTi9kQFDSX88HFe45Jbx/
BNHxic72OuEnMDrlJ4qmHGAgyHxw1EA5fS1PJztU7+
UrALTOKcaeggAQXPy4WweTutwqbNoyx8BJolIzdAXEez6vOB0nnHql0LSURrLqzo6hKOmTUQ3za7v+
QlkAENxh9FQy6Ay1ANIhU0+ICFxRHcsui5e9idG4jE/CwJwDdvdzR0mwkPbbvFBvAO6+
yurXMvdFAfCoRmPZDUJCnHtLiOyQP6zU6WQDaEuaguibKOUNdwP7b7LOY2EGr7FFq0XnBwp1jFHzOsw+
d7qisvNs2G3EviHnmPQ98LzzQ/
fpZYtYaMMLY7Jl5umiMW9dhoDilXEjyIAfk5kXBxc5Yocg8ebwqxUagJdqZMzh9oSSlnue+fnb+
yjkLApM6SNgmFySxypbyRmjWO7KCdGM/
W2fRFhI5V9q3zrJYhm8MEjbEiJQaVnOYSVaKrwoFp1243tg4rmrrY3gtLFRe1KJly76HKeNfkEjErLAxgy2VI
JPdklKwdfJPbBXrgSrm2wFuh1Cqdfedv Lt134Uw8KiFu0/vI4xdXvDJPIh2PZwSbZty6JhDGDc+
UyKijt7Ww6hgHKhaxjr8nqYNqP6jAWzFLsTqQLjuG0vS55cfhBA0RIH6NNkhva9VpWfwgowDb2lGoTGQswDJq
vokKHWx1Wjku9IxEpaVB+n4ddXtR1ak+l9ecYw0NC2kGRrd9BLK4khX4/nukwUH/
UhjeWrT0ZlHCU6Wf3CGHmuQUureIdiwIEhQ9rrCecmKEjaTM1/
okM3MpxiJNeQMNrEwqBPVqNxBIRR8PynzxQt9fdWJ0v961q8b4gojqrhfDONt1DfDEnRR4zp0xQr/
0NUGpnmx70G/HY6Lj/uOgrNL8q3Rq+
M3F12eV9f2x9ynguy5JGy1dcuwXMErDDgR3HtOX5spRcKDYHrzs6AgLqxSO6GjrC9tP94hc4q6olH7oOwLYoO
xkZAAvGkKOH9AGSE5ISx4R4+r4PUP+
vCZe4qXHkbtOb9lSNsSMtmbKyq7m30YDGIR4proLakC71VBjdmmS9LcLDNkLQlIk2Ug+
spOZUOPr95pn0EoZnY+LusZMhuAej/ZfvkOxKFNAF3NWTXks/zkox1/X/f+DwiW2+

78... j7WZegYdfdBocrPx6Gm7DRy3qy8v9nRTS0HHd57
... Gjl9pOvENz10VLBW79YHn1vDNcyxNbJyEp7gvAe9PheuA1LYE9h6dSNVdqa9bgVEmgfO8l+v0Scu/BbBOq/
... f3AbjT48Eb3SPfKhxzCR1qwbFF+
... OqL6H1U9fXPM10ayvgPWlmeGHYOt1sg73EiTl6oh50OXdF3hDhhMG2m7VMrRmNbvwYqP7parQIXk+
... OwNYMPS6TOp2bNO5UccSzOxuxogunqlGTc/
... iO1lFO2zTzCNzhLWPU8zoeTEu76waAuSQAEQ8D6QP41k6tnRpWH8gA8oLwTOhtdPAFA1UJqZx8/gysKom+
... T5RjPZGunV23U4W8pA1jZ4YpoFdajoNQACUlQgMt4xTaiemndRiPfMuJDeMV7nkIvoKgRo1FdVv6U/
... 6MNys5kFBgB5Fec5355QOEMWAu1UcwRjcvstA4Z/OYqICf6MKMHgsGxWlmvmyXCYIpGJ/
... b8ZlXQQ53Ijhnb8SmI8I+YHpfdCfGaz70P5vuhEX8FV5CesbBgXa0/l+
... kHAGYAQV31MKbxwGKVCic5Y0ytAao20iX33Xur83o190AxAbToRiLnYXjcwp9TNym+9HbHJZT+4NCxTVu5laV
... +CFXEcLlmERdQ8Ryuc/6SvrieWVE1Ejv7puV+N5VfdTOJVysmdr5ZfE1VCkNoHnbat8lEfwNG+
... PoovxGVSbXeca3Ltkif4kr0G2DM/bh+DP8fl26GTAlDC9P/VWiSav6FbA8qqoQs+
... qYmZYJdeYPH204d6nZQlxAl+HkSjB2kAv2368I4Z+/DxyIbR9m5UIG+
... 3saN3c9Zh8tSqImfttTmWm7RSHMct18U0sricK/izCzD4hMnbwGoJkbEtKyBIKyLwgcIVsfEIw/
... RqqyPMNIaqUv4c8q4yAdpr36mpOps1UONG4wt3hH0BNAvj+Vyn/xZ4bms7Xfc6sDPPw2aZ0k+
... oZKUDQbZfbMN8u2DKDI6+P/
... 1Ng5jc40a6R0EIO8dl3jvrmV3vfOV1w9iNtCbUTzCpiyQHpzRpg79Uw8PcavG5keMWJTFYNWCcXMrB/
... 3qNDSvmcwWtHncJuAPu57L/jiG8S4c6Mb+
... dci3b9eMmmHsbIvHToIYJ9PiXhgkyNMWKxqtEF4gHzmi2lArf4EByMKsWTryV40sKRmNfr+vY+
... g8LGGsB36p2KQ2eOoFrpNvQ8gf3c40V2JwYar3DGNAykhzvJzaJ45zkyI7Pam9ASJlCY160KRHYGBdxUbxj03
... Le6ylLNNgrLxVsP1VUcdLV3u9AwaLe2rTNsGCY5UPHd2fxoveZ0tqz5yDu6PJp9yzwXkMfCb46yJmbX7Mc/
... E5kiAl5Kn2tGVrSY8auZ14bF+kBvYeGwkFXX6U3HB0awZ8sCMTcOK2+htd1cOB3H9vaienlGh/
... LAsejLWjIEVtPb8jM5XG8zl5W+
... LJ1ycWKORungFw6ObsMYuDrVSiO7aesjQdzAO6Hti9nkiq9o0ElNfSEJxE6YYEtx20NB+
... wLbx9tJYXUMS6LKIp6MIGpoXiOPQTgIWDByMR8j9QPbWYXYK0/+dzoEsCuGHQFX4+
... iE3hAi8hKjYBOqDgVr2Ib3Gaux/X9Hia5Ohkepz/dlxlVr89nKqYoG+
... qa6LrYIXhrka1fEVB6FzXt53cPiMdk4ipRfRKGIvuhwZfui3UpuU1DCb7RYHosCcyGt4L8wLBxuyYpG3FoEIg
... NisMIaYKNK3d86rNuLcwZ62ohUYMtQeHduNGa7O+TfiGsUArUxwqnD9qRlAJsJsHLpA+
... CS6txH6LTffKApm4nO7JyoNp4hl0nEaMY78w6U0yI5WJnCYqwPubEyaB9+
... zAdOCBrlhuS4bwHv5CIf86a8PWy0dJznjXu9V3hCbSqQsxwhj8GBvi+
... NcaM2VMOiC6HNTb4PLZ7Rx4r2Uu0s2asmWgiq6QwEGptgHsl16YtLVuJPtcYd3PZ7i36TgPBfm8WK4otzR3De
... IoztiYZ69e3THs/cfPKXV1jfwm3M7pv4YUUouZ0i3h8Wr39K+TCPFkkeU+rc/
... RLQZ49DJ5M8aDw0vyedgacNWX6pjtCD0xPNZbRiV6msKPaFmyWz9zaYFLSur8OaYpozrv5PreiK2GNfPOL09/
... x4kS5E8FGTnd3H7RbDuv6ZGdgl5/oX71994xncHen9yhx9XEZQBhvbXgWnI/
... Cth86qklb4kGSvmFzhf35suDqDgeIq/BnoFdciDIpife3OFqR8k8PTdpm+8iUfGPdu+kcCi/+
... YH04GUQuUhGyi6N074ML1JLKbma3O3vc98fnVHKONM8SkPYnVjsHr4wNEvVQn+So1gNjpEyYudS/
... TDfXYeWfqVozpCbWancCQkKpnnT8RDjwMP6Inm+azWcrkXK5s5MuOtAPnCqqyuJujNLDTbfouABnrZN/
... FmTVdLab67+U1FV5cLgLch8LPnx2mVLHQt4gM8qD3iyNGKlKouaODVhjW5YQ0N/6HnGnvoqMqRMBPJBL0ZBYH
... /6RKFDkHf9yBK0zr9d8uDMnUaG37OfroeB91kRn1C5OJrTyGEMWGH2IFVVtOtAhbx0IVZXCwrXt3I/ngw+/
... 5zfZCC6XTyDEdSU7qC9u18CgvNx92DrDj0tyu965Zy/mBBHZkdci7K4+
... jZycPdx4jXfZeeql5JAwV5X1reVw763apoByo0BEFQ+
... LLKtVHoUCHhusBCBvjdF5UtE6fBLQq1PU2ZV64PzA8SEMvlxxihGXxy/
... DJTcROW7ueupNksvGB9J2wABq59sOWXnDCq0qGLsHVoI/
... U4PMmj6s0g9NMA04rJlE4ctjzcMC3K8YAph1a6oHyzrQ3K/9B9nNbCSm3JqwJtEkAF95gYEtOtqaKW7D+Zq44f
... +MEH1HztUhChelu6FA9A6lEQRSXGEjiPKNVOQXxFqx7tEzKQjdzD+/fBe43Iv+JiRX/0qwfJBW3c+
... 2ofRWMzZl+D4UiTSeZl3qo72Zk0h/hStzaEXTpCurdzUUrKGvyUro2gcR5KXBXOWmMEcq7yWokV9VrWn6BK+
... NmLtIae++UqqGiUtJQv/lW8WnKetyPDdGMnxzjtPY1MagkZjDPg3dUKYH4ThfPHyyZygZvSjCiPBB+
... EeHfcsSr1HDEMEl1bPNLe+
... tgoI7HeOYCXz6uQI0s3ZWrah4hxEbSTV65fR6Sf9SaxrxY52wemZNU3kl3gbIPIXtJXv3zmuaB+
... rfsGS8CMJgasj8o7HbIv7JZlgJm8k3wB+ZIFAlAjCyCYE/zo1g9x9106MrdtirAWAMIeg7OYqKxmNm9Li/
... Jm4P94c0N3ESNe5eTyD2eJ04/LT9sTrU/ecSiZfazliwOPDcyl0nWgFIIhKvJJ4wqiNTyCEEUjyGadE3WlqF2R
... /kJqqepuZKynG17xXYE//AH52JoEIUJIq4m+nHCL0hWMrBPcD9X85JDxraNZwI9QGEoE/+
... YXgS7rnWlA3b7klngIdx+vG8qxl6jn+6r0yElFZxbOPsUaccHtlYh1nj627+
... JzS5UEFFUTOofxmOi6DM6wIh2Hh+n47FNkSC1/sgUqVNkUo+6tmBoVntMA8j5F/
... 9fi5Ovg8RNEISyxjWmbrbjJHfdqLzPxpPoimE408OJBtrk39rCNlYrr6TbOiPhhhkeU+
... SGixZKzX1PIGa4GonKmejInScUtA7S+wXdK44wNavOC1ntD3W99AIvOIGMm68jSX6z+
... GdPVA9jqtdkpO5C4jBXtjWoQvS72Tbz5ffUDghP/Z61Ccw5njt/RpB48FC/icYwjo5DnFHgCb0VI/
... 2hurZyB60P4hv09AH+Cyrvt6J4d3oEtaK/rGrxelIsJY+
... l2uuCylPAq33lkU9KGHc1jlQjaB0BJiTELPCyi0tNuqSW8WnY4SlhpZ8VJNwgB8mnm6g2wcY8/MdlQoxyna+
... MeIJAQg/XEhhapQQLObgtd5/TZo2k9DxugSvdXWINhKBXvdcGOoaSBLD2OYxfVN+kf0EOkaK0yZXGANU4nss+
... Nzgbuyqz6EefQF0xJofjNGvq9I7m1cdQ805Pp5kR/Nq9okALRp2KUOeKIc9JVgwQPeHYFMTA4qi+
... qoCHs9bHRaUuUct/g1hBf/lXQawKTxa/
... 8aOLAcczqOl8nZIQmMQ8QepwImzrGSx2fVEy85yucPhlroGLXsfjekSdBCkmBZq49arCjJKubRZYcCmGnImTk
... BziHFrOcJJgeh0nNB2mNna/lFua0bKNIH2pH4P4xBECVupatZoD96c8cjbD+3Ichy4+SH537vSPd13wJv8RAt+
... 9ZQ+ttR6KL1xn+0ZOyyguaojb4qDby3UrYzrAjFY/cmcXDQ4dlp2BcoeX9FulDiQDkdzQBjJYB/
... DgleaQL6rpDMXD9YEhbSKnpX41vl6Hyy+Qv9c3oLFs+
... 9TJCmyaJ4ukKw7TEKEY2azzKgUORiZ6ro5OP3X7uHwrgYO2t7/ZluwGmLeJ7fuwKhUw/70ztW7uLGwYpyARm+
... qmpori7vBcH1cDWDdeEZa7X/OF2Ivnl4bbS4PEOvRGSmcVkZq4/Ja5M5q6DU8ksA4MAUvIUmUE5PajGO/

78...

ZXYPQ4Ya5ZMyMcRHhW1pMe912ms0umbmHEGZ1TypGv1XyVQqHHzZmqC5y1rNe7ngo2ae8UI1ARBXph8d00X
NKalK01xQJhm/reWTO3OT+Ei2ooBhfgwIkedrMFhmGrA/
ylYl9xg5WPA8T3nTxEVWT78WL2u2eVidxklnCL5lR7OoeJnPxZoFtn4GXmzIUxjOv03SQyRoIxcgvBsebN5WR
QnaFwHo0hwtX3n3FkjEufaGF+1qMT5FdXKX5HKm0+
0nE7AbgLQDtxxVIxFGwyDI9q8oi3vq6cv2Xh1NOcdGFW7su7ddxNQJzUOyFlhSVGYXx/
2mkUSMYfJmQ8uful2xsHglg67TmeDp1exPQVhlA0SImWRiPx+rH6ATQ21YyI7r0Yzo6+
wXmBmHYrJCpTpRII7VeoBc8SZD7QYznHVzwtItp4Kn71EllCXm8VEdofe2RDP7V5FSt0SeKx8KAuBduZZYjXI
oFTv/
mOdaegt5ko3M5udTwEUld5ZsZmrzf1mpmj8laPJEMb7UnvVBOkBBdCtltBHLkYYb1XHKx2P3kcHsc4einQ0Bn
ELrxYv02xRWF9HObJKZn3mbQMK540kv+Zd3LP0rFp4YfkRGs0u5PgI9ZBV6ne0qbHycBnA6naLMm5OCm7/
JUT43b8fQP1t4HPwZflDt7/XwPJj7wBCemPg4iQmZ3JjmJp/z7pBH6GewZZv8hJ1YRwsxUG8SP3BaTGIT4t+
3S+EuD+ymWP6vHAMRrNLzAG5HRS/917qhHZP0BynoBq+
bok42HoM5WD4FsOufKYGivChFOeS6CUW33couj3mgh3f1rL2wDPtn+
gltg0OdziTr1zvSVqHw8Vl1B6WiXNvSI5709dn+U9YGbt70BSQgANx/Et8nEScrTt+
Q2ibfhBtTZsgSsM5qxZO05jxajQSaxYeqbFuLCDtIWrwLVvUbvQ/H96dLxsBiyIQHPdP6+
fqpUNIaSPoofFSsXv962DpfWnNi4SQwPHm0/mOii0/x3LME780VT/
oYHDiJsyWIDqSlHCgJMHAAt9VQ6FMPXqwsXtCVhhal074Qb2VZQn/6Q2sK/ZWSWtr2Nsyp7kB8lH3dIRTn/
hTQPY8IcxXhSxEbpMkrLxgE4WeXlkE/c1WgJ3URFVsy+
y6VyFezNQkNnISqFVNZrzQ79mImdHJV2Za6sLIAX7aPH4DjsPds5n2zgaE9b0kQfGxE/dbdrwuoDSyYfoMzgA
/0X/KHaprh/
4sbYHzeVCvebxU2g4aUKCMMcMlHNmN4VjgaF69For9jqZDqMpoOtlCwAYmIdALcRbA0xJ7DJAYGcVgTVfa1au
m6QSMCoKwRUHz64fg31fXzGXY0B1N1AzqPXbckBpc0fEiDCzlsZe7Yyyox7Ci1xgiJlKVXIQoCsfnGM0Z/MJ+
oKCvqQEqDjevQUlMJWYoARjvGFaBVSrjxt1dPjt3z1LVqUlbcvpMWZsXZdx3VOxFfuRFRJ8J/aay91q+/
Pmx5qO5tlORR8JxxKhDOMrYp8dzbMn0XcV65qhihXFBOYhOhYFbMwPhqDmrcmiBWche8LH9ZRi6s5YtsmGhND
SbPC4axbYjcaRWiAIM5aK6RA+o7r2/eOtLFbF/J1NeK1OaBkrkgeW/2R0fMcYBPK9YMcwzexxXIC+
veOxjloJn6DROFRtbBNYSC+e0iFV+PWZesV60nxx6bbG/W47S0hdYOKkSghc7jwg/
YS4pqAR1TSsiaG0BwwkDCCSGuZ9tzBuTY+
trOqgY1dMAxdQZPpyZWYW2BwSB0u52nXKbjlMQY4NH2KRxwRs1Y8wrz3RAwV9ivCfGFoso6wlIjcaCfNxmZKM
ccEftNuhYO9X3Lm4THznof0K2AN+bep2SMJCPSaR5GA2oaZu7FwT4kRJFZEQA2Lt7rtQn+
BL5LFtjt1ad94nCGg8bAFrbKkNlfU9x5EzUeYDaCv7KEGV+TgfexPzbfX9zX/
rj7qgsfIzUNaoSYt1vkPepicpPaIQwdv+E1fcBhuEtxH+TGTJouPGTOWjmksVvUYWXlvitv5FYrwNAOZCpB/
8y2aT0lziCs0bWSDrW5I/GfrG/CIU90B3PM7abpDqmmDGfCa+
HD3f2BDMBa6diJeUJmfQdQOuoZDdyc9Un3qn2wgeHG7KQIXc5hrysNtOQIYyAFJd2U/2nliBNoLai6SnE3NrH
+fyG3sFJKwYTiLL0YoBEmB5Rn8022ISG6aUpzNpzRmLj11S49f0tN4+
cnVofH5Iktvnd1Anmo8vudJbmbzZ7lIKPFG2dDml3Y1eqMEeaJKw216QQccTE08VMif19IRYxYfr91unNTtzaf
SlAUcuUmTPSY70AtYJaVaKKf1Ff1TMQtK+
tdtlT4kRsEsigCrp4ddcbsfhwpRLoNhjDoOvGnBs8VkajwFCXQk3sU4UEN/
eQg9JQ6uSD7XXog0G4f5MrlaGl1uGhLIXpI7TCdVPEvqYI17f219iZdfNlU/
gqxdMaZD2JP2Dh2nRsO44sIIF7wpMdFLMxmInL4avo5040vZrw9mdFXsV4xoDO0ogPpiM32gHI3+
t1De5hVikbU1xqZjT35NDIb0Q8TTbW1AossxRQMYzo8Bvsro+MI8Ma1y+
gzKjhx0lrdN6Z1VKThlqx9ClEpzSkog3QfPpL7PnkFd787cb43+O9mpeUPCk2+
cIC2wo6G3P7LsYTRLNIteMSPRvTF/
0XktW4mdtQ8t4YsG9YSyIVA8KRRmhhMx5OXKVXOdFCoVQ2Jhb8XvHGrQ2xifpOwlfKaLPhBV0p7krmVuVgan+
ZROeDi7FqWJZDm/+0DFYjG01j3oH1X1nqq+qaXL1gOT+
1biuoEypB0m196ZEoaem3PSBkZvVk0vqRTXteo28553BPRew0eg6WsD2WgG0ylRqsX+
gjSnys1o7MlKZ67YaEUd3xUpuSQmlpUOqFHXojpAGcz+
w1zYczTONENXqgj3YqUwfCKGThEv4Ut68mCZi7Pxc3FdE+Ecg7TaiU0ixajKEwz9KbTuncxIlBpGX/9UhN+
eewTOBVdzFCof1VwrMhVmhWMaQJqXy6PDakTScFZextmk6yTLVd9L3HcXLKtYikEORtkdNDJGHfqOz7R+
9XodpB8yRkdGD5Hasufh4n5SKrcp5WRonxLk0Eeuq7uXcu30cZEYbqxel9a07Kipjssonx94J3P+
VNjT3toXxvVWGBSeoYVckBMjdTNbrocFq2e0AA8o91WydCiF3L0gplK/90+
tsTakBIsVQVSK6j9SxPIv3189N8pgwgPLbRid0r4r37LUNIby3hrF41K6YZlUI7bjbzZ2TAO5UkIaGd+
Y7PUCIqZygVBueoBZrR2iLkp3RiPyj197TND/JWlhf/vM3FhMEaDhNA0MGHhviHfNB+mC7hScf+
Jmp34WC7CLiU424xwk+d7s41JAFaxH0upZ9krAN2SAbxPMxjtcWIzW492UnYfU9UNvKsQ//
E43Ztu2GbO6vdaIEsorXe6A73Au511SN0MogROqUeRadEYfM9VfQyj1nVVrtLl4BFsn/DDKU/
UZvMheq99a2L9cNbNw7ueMndJQSmp0WmJAEQol1ZdIUjOCAZtwXxSnx6QXvMj5UhL8Mlq03JS9WAcDCnpi6s
sw+
jto8ndhsGZnfb3kvTJGyPcbhWS31iTXnkullZuqqjbew6SHkPx1rXggpnNF0Hpe4JtcBpHpggfm79QpYyXcAM
lN9NP2mZGsa0eicuxtvBAG1wP1HYfJHvuwfmyo4pH9xuFndCFthlhA3Ric4XtZcbwiYQzMNElwURVqjTIOPnn
p7nOz5/pjv7dBk2h8Ku+uL82r4jBvfZJSKNm13mWG7pIfMjXwg7T7C4mp48uouVB+XhvPYA/r6/
2LBgQJu3ErHcFqC8Z6tcEwU/Za6LKN1pZXOvsUrR0Cs+/FpkI/6Hii4y5gsDzpGzs9MbVj1BAi0JJE1dX140T
+5Qs+Vlnwc TYztHJykcMN1j0G9Ak/O3uNFSHYhDccj5Qqkb44gXsjHiagwOPLcjuw0MBtIaxzR//
S4aTxvd5uypuMN6bx2hFE2sSpdPjqqfbhsVT1DpKAA63NCB0vN3EEdaWnAtAQ8t7/8uHnFxGUg+
fDSygzwkPY3KDcb3Tz9DSKuMtQmG6SN/0p0zoc7QZ5StL0pYzB4qCkQLqTaKids+s+
TFxqxEpUnUMX8d6A1PjBFH8MG7Qf6N/vDla0OXKFVEPid8uSJ2jg8hgPzbyibXe8F/VVc4r+
oLHx9HUvo9wuWNqWTsbR9HIfuoTW+b0wEWci0KyiCwWDOWe/uxQ+K0eaI+
3P03GEbKjuKsp2VNc8K1dAJ2UhGb619NTQMYLtYc2wV9ONPhYS4xeGr8tcvhALj5Fu3GDB3TWenzlSJeMRH+
hlkGETwIVqzuOovcxcuURsVHZIZYjLNebxRE9gxMrgrKWwoKK6b6MqW2f3g0LcgO51gTspozjweDdg3/M+/
xG9yiKTzy2j3v4VHWMN+lldQL3oNTVj+lPtEGG1G2719yMhDUpfJy5C4eRcc0+GLWJwWsEd31DfGvSn6ndqsH

78… +oHjM8+qxdq5cBiSG8E5Ymctm0uDGX1u1W5GYoGQJTS8h5RTuh7I/0dfuCXF59OUqaEYo0p84yfLp/PcJFsVN
/
… 1xUxyle5WNiZWCCTnNE4IQgTuoZeNGnn5ckbGbw5g8zc533XinS4uEgD9rRvf6xEw6kBGCGAwiVi4X1LbM2oP
9w1ZLhROYLKfmq6LzXblvd9pOGzanOvz02hW+e9WluZKLwSiO8jcskvR2wjmkW7d6wBx2XoG/
… izpSddxOYduzvLyTkpnrbvn7BRyg9amVdt0hgBguTZEi5is+
… doViawx44ySygRyBWy2g9XKSXGp4Ydp70uKt94LYTVBlKLwZMymKecUJBPsqU6KOK3ZPpCN2q+
kecISFKs8cnW7+eBleR9Zgo/
… gAseZvauf89kH4Jwlw6M508VESticuYDJYj0XVi953kgiSToAIeIoHwFAx6flarV2VVlymvA+5X/4NkvJyM4w
/pmqB0JLp6LHj78L/
… OkHiGR7WSLSnJYC4Mu9GiLto014WUZ5mwfjtAzK3ACyOwB90q0DwpedaLdzIz51PqCc9XVsfRGM29/
D3HmmhbrI2sxPmPu1Ky5JNF6X2rhYrUh/
… uFvKPUyzijQDDaNBUCIHZOzjXdckspgw61lGnJ0FLVVF2C6tpeOoL1V/jElM9ZXRkvhoMAPxmxxNqpY6dy/
… UL9Pyf3leW6GzV7gM/zaFGBk+bY6Lr8yhoXssck+BT4JflYrKU28J3oL0ptGgZHVYcAxBWMLueVpid4Nap//
VVQfHOMqmXITzugg8fvfZKJa0myemmHwRz5xXCkXvhIB5Ws6e9H9YibH7z/
… 4UJrpIukRMED5vJldMeUUlVoaTmg+PWraiSXJXu6MP/
… 99Toy8cQEwrFbJtEOM1jmLuC6Lz0n9dYIbLrireDyqAPaVa2VixUwPmXACKpBtJhpjxd9Usr6xm069oK1vb0w
FK7s6uj4pYIrcHLbV2QmA0k2UVbhz6I9GolWSkxmvZReDCxPKm6Lot42tRvgpxW97jlP5DI1eoc7McVLtB/
… jCy5c5KY16dZT5QCw7nEJmscf0CMJJhRggBRNYWev8kyhFop1SyX91CNVwhG/
… AuJmmjd8pwO1G7xZJbejZ9aRWE4eAC2LBYs1F2ts8ynbILMmsj2ZMoL3dDmuSyeD1DFsZu33unZ+mdyCL0X4/
6HdFaz3rv13h6wXZukr/J/
… 8FTuXaU3OZi6ktH2hGfT8qGrUaHqceLAfiuf7hziNte2Q0rE2oipGtliaEilOIq3yO55KTg2U/
2e5hhkmoHAylhJbVxuh2IGmU4ul+6DCRcJ4S95Zd+
… dF1dXqXiDPhQLmYPaYMOGXrwJTlY5VFMx4vemrVH7Dkvs2wzOWqDyNd3ThBQuDIbX5vXTjP95UCFKLpkAAYwa
Xg1+w+LLl5LjeEQUP0lrMB++me8iceoum+
… H3kjmyXURfmHSrY4qPeQXAMIMpcHXc3dXznYZbbNJ2oCj8kiCoVCvyvX/
… 6w1spSNXtAV5xv9hvCSuF5TeJnfyRW3JmrH208MHhB4Im3u5xF2gksucDxvn0uRU+t4PfK0by84FV/
ACjRZTBpJEY6L9oCCoyyuvp1rbzbulpMWKJTfdBbxzccCxKTeho1nt3Vi16NHIrcdfWeJA4+
… 8fFkiDLYSAXDZX3FkG6yvY0JmXKcvgFOnvACzLTdaUWwpGa5Byi7+
… SuDpRTNilkWcywlpgyBgtyg8rcJBQaHAucnF3Zg+SDr+
… sR3QdDgOmnLGAEb6chasgpl5Ccm3nbKFzrtJ1rxVAW56prpb+
… 0mbqbb1vXLxek6zxz5yfHDwqwDA5UALNfYkyfgNWilcZcemPUt31PSz/
… 5Xdbnqd99gS2PXp5wXM9Ni7yHNpGGNyblqnyDPGagcu2zP0cdUttvY12d9lbt0Brq1PWIGmqKVdir6x1bvNC1
Jng0I7dPyILH2QvnRFrNH9AVrx5tpkDekhhnM4WDGo2tIDXKvAzEh+
… ZQx988qgsYqYOKtOuxbsZ61WCWsbHqF6qChmS3LSS8YdJakkfsaKYAnO8LLocafyPFrCcOshi0w6ojwZ9Xw94
Zi64EAvfaD6RrISfogkT23DqPsJZRKif5h+cxX0Qycyz0KCezpe161B91k7XSkVf8+
… eOC3nrlfG6Ew7qEHUZjucS+kuaNOE4OxTBZYgQx82+SzxGG3/yoVyrTXPrhHiH7KKVXp7zIN80r/
zoDpP8Epfh4Ii79601teG8iFVjygywcAHiMWxSW+pibefB+
… C0NnLxzdKLV2OY8xbV2EuqqodFnkz8xIxhxfJdZ9TlwvEQ3uZeP9olio4cWTpph5qN1iXH8uaC6Afu3Pd6f4b
N0Yq0mY5yLXlZpq8ZKMFeoc+aGayKbppjCO3wsWHaL+gezmUQxX0NcJN/HfeEQtL+qWFms+CaGZCfN/
XbmWYdGPicVOFy+
… U0oW7yleejRTF4hk699dpPL2j36JXhjNw6Xezk99VnaxVOwf3OQnQSoogU46E2AVtc2Ufv6Ht2jXgysix1/
Hue1OETlgRNAhxArRZ/XW5cRU1sg7X7zgihemlVDrlrD+z6x8FcBhAXX4HvyBmEcLRgyFVrJ/
… tXKmDaA1GGG1e63W8XE0LjzM3/C74yp5mNIrF1+Gz0C5lLsztImbVg5+drd8s5INKTjAyYioEkD+
… iNVJu88sqZI5FntFaFNbjyirPCzNJe8L9AFHfXvN3XosZyCLSbJQq0VppVbNmD6fdqFAvfR5OO8M+t/
… eyXhg1TeGLwSHwbDY72SQSj40hmdSt7YcGF0Ml50yjRxLBm+44QqlX7sJoedb8MCDr5/ja1xKFSM8BGB/7Uq8
/lxMQRRH+ZswIJcmPHx9JW2CVv0WyI7nRU5iLCoqINvsNKccp7StAUQCdRLyyiiO+WFXvN9h2rNc8Qm/
… tUeYioqCCjVd1H56dSvCE1egNBMjVq9QDwxZYIpRZyUedZ9PgOoRZMGVbh1DVXWwu8oPhfCPN5f1uTjKxwzog
ZKh/ISLnzrBMm1wYGFKx790gi3A4PLMiXoYZkDwVnQDAeP+Q968oVv8C+Fas4HhaQ14MxU516Pi/cEPE+
… DrPopk4e/6pD/t+inGOV5FuvMH7kXhisN51eBH3VwISDI1vrP6Ulh3pfR9hqAk5Zarjkt+Ef+
… MM0OtGn9RV4rj9Eql5xx2Pwv/+Ltd4Cvl7xcT66zyh36pKBSSkW9YI1Tr4ht3acVek3zyBdSoqdF9a+
xMvt1joABE1rSfNtBg2eRND18bsppxDwYRpAHqQOxtPQpnVED1SQEHF2H2J+
… lVC2mM5xpWhTtJOo9ET8fGQVXIel00yPLKsUKCz+hzLmR7um5H4if5jfkOgxRvyhejWYwkeZm0ov/
Y8eqMC4hsFO5yHAWm2pgnWSmGyVA6qc23pXDV+
… rGAm1aQlByn105LQ9MHAJLkxxvnjpaRspXPJQu0jhGQiq81M+ALHda1xKmETNrqq6qjIiNPmzOW/
wKPThc5Md4yVD88FeKxOuzxzjcw3N97MYr4jWwfwejXRRdexueXqVMH0EuZ27ps0oD+
… d5AEUe6LbfEb6ptygdssNK7ye9LIIWBnuvQwRFd5M/LWEbprIuIUNCdh28ewGZLLGnNu/lMUlHgzI+
8YT37THXgxMSOzwzo4gZVHpUn4kJcs7S1aN54w8Jit+
… UgTfMRzpt0H46nkErUWeINunvQglYk2ly2enSTYE0KB/wy/
… KYfpD9KTmwb65FMY1pE84Wp6sAeo4hyVcK5iIM6qwRwZY1lpGyah9Ih8K4G06fP7PkjqhDoMOWH85NKw+nw+
P8xHovVlD89jOf6KuLl0V/cdhUxDCk9zvJJ9SsXIXqVp9SLMMEkONrtgShz5QR/
… 0hArU4UAn3CELYzDm3aAm0MfmMU2RuugCib0/
… Xc7vfT75EtjsCBl4fe8GAITUb9Z4DC43VRRWqe1Hvzvddi2k5Wcd4jVImKeSN/
… lUfxBwatPb86Hjn22t3MHeIZcPwCMGjIN3j9SILxOJIBLGwo6fGyXcfegMZawPXkf2GZlV2P27M0sDbHWKVNu
d6qAIzMrBQYewJhbCg02+hlqRbq0WdJelyU8KXKM9sFCgP61hEYa0gUT2/upE4/ZvSRReUqXwu5YsmUiIHqU+
/jyJxbKv7DfNzauA6BuPYzLum1CBIPE1dKOD3r1knAzaQ93uRQqrAhLFtXy6BaB5YJJPVz9R7QLSjPGd11x4/
iuh84T+dyPwKQCusNp8IcufM/u0ho90YpkRL0Ivp8XJJpEUvT90lFZKLBOaVuX/E8zkShFQtvg/
… eiCfTTyjIm3wd65H9LB932GtzpD8LQJTDo7fBrzQIRAuCEG/LEVNjjihlblRPgqrWuIgtyqvI3an9dEN9veZy
/

78... MZsDZvvXaSpmiF5rIhIhkB8mAakOyY4dOkV8kEPyI1iHnJell1w84rVb9Y6iV2sgJGC44oVoIf2f21I321ihqnqnntQS
... lHRYt1VZfRhUOrVPBOSk/bOVNGaHmY84U7NYxUEWmV31BXeGr/pl5wfx2C91KoPsFU9BNrYyrCf2/zBy6+
... rg1jiuisc+3uVtQMbr7za1Z7/W0KnoLt2zGwb89jM1qE6qLvRNq5Y9SBijeiVTFPGSLEHu1ZhR+
... GtwJCbheQUw6Q2nNNUkx/7KMd0Kz2/v7ilM1POLUWXXy/wOUWr261tSgNbSv4wsb7Kdues+
... bGBaTdai1GNouJJBSOvOwOSvlHVdzX3UylCQkBKT+p6q8/2hcozU+lGlxacZuP6o25W+LEk/
... ja6k4lBvCjpbbyvaMOfHSuqSFgcEl7XvSyJeUtS7yo3T2Kc03juVPz3tymNsM5T/
... o7ZU03xNhYXHcVtA2H0bU3UWAiBU4h75SGyLyAxE/wsYT4yOZBop9fwEPD/JEKhMyLY/
... PIHZ49ewCr97SUNhCMFXOse+DE0uzFxIflg4Ltp3Oq7z4QCC6k6Oh12dcZXE+AFOP/
... spDWL73d2zxvtKQqz4tx7i9xSRIzfvo3V8B0wwNbOjKkNTUyUIVPOrt3oDUsbLtM6hspHJmOk31DPbi6lsi73
... OHYQ3CQxRCcQRpLA1YhEgHfJsXP2Pn2PdRLKlhT0Rj9sAkdCSPtbxLhKRp7pC8EmfkfAvdH5j21uDkfZfx3RC
... BCoNqwmuL0+G/BiKzWCruL6kcUMKNdD2B/EHUmcUfFnsxO7M+
... GqZFBZWR66VhJl3kahduNMQcsbYin5arTzsyGH+0d7z1PmQs0yNug8UlxYZuCKbkOeOZWpB6d7hDov3/3/
... TFrH2Ze263rr6WTS1rXNmndwoZOToWEF45TpWpsbyUhPlkIx15IyC41jsrVQA42jX2WfaWVaquE2rG54w2qL2
... U99HKpXM1nFaqHCjrgfWkaKGIjJg9po5kGIF8zaAHid7tMxONTBo17phPIwTi1+iaBOE5QkTt5ZBcUSMJd+
... mRHC0pLllkkGc8kkQX7vF/JnWLgwqBJKDwRia875D6gWNERjD37/I9EoGri8A2PBVTN/5Nv4e+iYA+
... auulc9aEx24QqhDWHAOG+O7fNSZ4bWEBYAqDHqI4Y9XEkO7Sm40/LqJScfGFgWukV5/+ZU6Le61SLK5Ge/
... dSxOedV9GfsVqoNLo+RbeBHcRabZmKCYExUiHYhaYsrDSPNQ0ubaq4voPFu10MmN/
... xBn4aMnHhjkhiu3lIuYtJAMDIXKGhDcS6GGXYniqR3oe68GsVyKeWEsdujYK18X1AFuu46+2W0I/
... ec2cOvpEqRMUvYTBnzmpRCvyTYD9MEhHj0lQtEtAyQOjbn5Sep+SOs4Mx/MpWxld8a+
... JMFIzWI8uefITBJddUi4i64TXAmA2ezX1OfCpI/JuMAAh/
... ZqxS1QUskDmjOxrBeNs5r2NiFBE9XKAdkORS3Ie4S8GJ/Ib5CQu5cYG17uNrCd99eToPvB8ev+
... XZdZnMCwD6eVsYTEHovNlKotHfEJUphuid4FJPrSkeA4MKS4VHHw9sbn16WmuUSa8DhdlRbuNhCCgi8n6ta/
... EjQtVUZXZ4itkl2P94rQ/E2sqQ2G//ytxgyX91/CekBEdSpMZU6julMlune17FKhsD/g3rSazsHS+
... f02pZraWFZWrzcL0Tjwsd/XpHRpjSHDBph61HehvhT4hlzywwpPiSuiWAYZGnL7cC/
... b7TCkei6bWP1xHerTTMkCclRodad5kowiOkyy7x6NzowYo/
... kQhDvkJq9CXdzsiwiDX5ZszoQVJOYC4nDWfgPgJkNr1Uw1MpluUf6mAxCFo9oNKjma+
... NkBPbluGNd6T5juLleMgk5L/sAdJubeZFLmxSkX5fzHsPWSTfhkqOCYzo++TL1RptDm+
... NNVYcI7SL0oq4KcKeO1VeKcPGR3ftLjCuK2rg11JkwA4GE/
... du35gO9jkaQjEjj7AGt3ndYA8XtkET5WIv4eqVZQ725ZP/9F9jcdWfTMlRCzJHCxFiO/
... tS3836zzcVhOuNvVUo8Tt+Q6kHifAjHPMz8heA5gDbdMypR+
... gaB5j157cHjy251bdJYACCYsHudMc03wmeIKqBSA0vmYyGvm80l2VT3vzs+
... 2tcfW43TctjggkrLcQa5DFRJyMO94I8gX8YlyEEYt/
... QadtuXqyGyEnp3HhXErOGfp19jT1cPDUzQBC7U5DqdXjQKhup0XR0Xxq9I2p4c/
... 3g43p5YFMC0ry9sPf9IBIEolRJFvgv4iqiSKcRQLWYp9wBkh3q8f6JnQ3OAYS9nF33MW+lOuZXuND/
... p4WLQRkzo2bJga6xSirhJMcG/sTxLGwJVkY/amXxAG5VrQYoVWcIwt4AcnmJNJwEtpHvM6yOZXgQdkc/
... P07WjxDX4CLmkda697GET5JkCeWCJ12EhfVMvytxfyeolv6gK3UNrTgyUrsywZr2zrIbqe+
... KfYtMqDobHsicbO1trbWCKfchwtIPKJQt8C7hxMKDBV1iENr1cfNV7+dZkVy+
... pmZNtzCiYRKV7wLkH7oroW2i2HGq5+XvaoLgkC0E4/3ey3yq9c1aJlcBtdprvkjEHcpJw6hT51GQ1xlHKrM+
... gqcUmuKUSLj6kRZU2Z1hsHcuvZI6viebh2WLX502MNbYCbA5Q0SFF7qaD/
... 2Fnl4mR7YbsWk8BytezoRZCrD8MmJMwIRobCCbYLnWfTqRRm67ZcAgnGhoENyxg7V+ThJ4crBByHpqSF/
... XbGgl2bbVQaQrGRjVgxAdyY28vTyqI2+
... ZsCZN9CiSkHFnErlGMYL8lHOw8QicGY5HPgH6G2utNoIpgg2VZo1GxpfvTH1gB8b55hKnif2EVwrQR2sqGvNk
... Qv1ZqhaTwJVt6dt/pz6IrrCBBhkMJ5Ypcar5o4kPRBmHlRm9VbSt48DCSMEjYJRjqGalajuhcEvmF/
... unxOky62ILtu70B+Fo8wmYo010hUs+ie99QbMFOchJL6+I+
... TJ8UOPomrKyPmz8R0QTplnGEvKJYXvKjfPyJs11Z1NtS0EA9OOVfdDhfom5omtGHNVggXbI44yXkwx9PTkmUJ
... AQzN3a9Tg5gT8QbMR/txgOm9MFNQGsG7Ehdx8h8VvoytHO4IJVX7v+
... fDRhuNDZG4sw9Rwp01j6Am4ulfoYHsXdyWhUFWunrxezsE8i9wCLQJdYgcXUI+X4lU1jvAvfMeKV7bOieNqTx
... +oIiHZ2/JDbKn18AOMkOcocmrqBFoUrjEX/
... NONO1Fd85IiD7X1W6sTBPo2y55g4o5pqTjQUT9y7jazCVaT8VyfgVy0374wKUhIuzWvnEwTy6/bhlok/
... vXPvKgyOwh3fj+hlmKqRdIahX/BFrKcLbWupmcQEAVdy4MjB984H0Txsq9NwSN7gaeCKzrKLAGhfHzcxCAXp+
... o3KDe82FlP7aTa4W7/PGIk3ZpbkVrB0yKz7yJ7U5uXoyiBs3pU9++sn8NvLLCD4XU54XZ/pGGYpva9+TL/
... heIIh2q5ioLiQOqLZfadLJaW/
... d30x2L4NgieztPyLxnRH2cSsE9S9G4Gi4BvdsZxeSH0V2PtYkmS4UPvMW8mNRJl/8/
... EBlZWehsvdE5Ar7YvkFPkSG//WRlwbCpNnkv6PPHXvk8ark0jzVXacgnOepSH+yZz+
... MLbDTguZaIwDG9uIRPqy0wC2KBqKGhawBi7iabPsZW2Mu5ag53Md9mpsCwZhxocLle5QSdvWira7I3CbTwlQz
... +w+D0IUmFc3jwDYPP0WFd7OsmfIa5RQFP5asN42WyZw5AqVH264lm8yaVHha/x2JHCt++
... fRochCuMa4MtZaYLA5VF9P5ln59rBu9zm5UcOKc/XcBHMRAqB/ahfuuJNo+BOVEGA9jpOhfncIGt6gWt+
... IXvJMqBEBK/mPHtqi1/MKvoe8eQazKqVw4DxZ5j1YFpxnO7gKw7tPxZJHDj8pLROD/RBx2aFqYzAJE759fX+
... kHso2jNwAXRwc/gGZq2REwGjuQgOKypZ5UMl/AsZz//NRVWZa+uvtV6GhC/
... G40FHLNJfQ25bKZYPIXkLyQpMBnYGyROH42+Wj94jmd/QqKRoubhhV12nhsoNqSXji4UH9RRVd/+
... 3l4jovRTrlQz1T1A+ait4iyT5yD14tURYQsH7V7LCX0ylBjImgdCxI9DkmZZg/YhKWp28cwl9/
... 8wMDVaVuhUjTDJg5vgmojslhh6Q+enuEdeY2UBugHjRM4lFUIf+frQquRvRQnd0iaIZYk6oZC2KG/
... YUEUZQU0Hg3PRWE2bcPdPiw1xpPDCBgDHo57XX4A3hO5X4ZJsb9xOUf2jGG2DAf9b1HlAv+
... 3RIG61gKBOYG4Yk2kBOWM6+fEzhS/SBH2fZcBJ8sV6QmZS22kgUpZ31tpk5gDIzNAtB2f/C7MJG2VYmDW+1/
... 5FEof+n8nc3Gmejvgxrrr5zQJVJVtHT/pTBFFS3FQnoFZ1NaSPWK9D/7otyJwcXM8lUiafwjsZ5zxmP00Rv/
... YAbcGrsLmJ8zu3aCZ+
... yG8dYuufxJOPaCSaTFIw5LGrlpHGU8Ywmof9CthZUMyICuPAOVdTQZtpPJBvjenEPv2olk/uFCx9eqEc+
... SXq5rm6OwKIOT04MnW1/hWAMSYv/nk2vZTsjtW4ul40mFDrE+

78. RgW6zG23fDoNgvjncTFK74093EzDOqTpbe0ULNBFpe51i5HlqFz6UIfHKCE94TW5/0/eP14+

… ifeP7qXHkFKw9cfteu2XqaS9ls3yhMjUPvi+s7YviA4+GtafbKiK14sZr5/7y8Htlam/GQpqmGhRSr+

… WN0GYe7OPoVP1/

… nu2TtlOr01toZ0BwMOnBIlcSSc5maiBkyptuXXDvFun3vSzVQlhJC5qGGyfdg1dlt5l5mqet8z6tqQUHK7mtt

… 7hBOqYzX6y75J8v1DhyXsMjTXcMBHBG79+zdgjgYER1fC00o2FvJkEjtOlF+

… lXeUxRYXLpG0KfkGH9etd0sI49JdxXrJANHLEg2YlTAoX47TWJkRJxJv79szL69plgPkX+I+

… UwymluAInB55Vue0ai/B+zn/

… Tcy9mTfuvtufGEGvd0bmkhaFE8PyfHvDWNVkXCSfuSPzIT1u4bvUt6qp0lT82Z/YICwLa0rixRrflwHkpY/

… UglXPZjh5PbuyhmCfVWNfx2512JQUpIk1kDApT2CK/tQzcEXkr6w8b51dEwtuG+RGakpdtMTdQYB+

… Z8LYHePrYtBFWC7plmPrlPkh/BqZyAEoatq9+Lpdmqjd4gD0OVBeR8bZ+bthf4tOE9uEvUxOnE/1BxXQ/

… zVkJiqB2G0oWuSFNiC5TAWUgFMz40rtbcLTEt1U4caK+

… aazWKgcFLnZ2z32dMgh94O0bX2pa3q9eejK8IEiMshWGpyLXn+

… qUVAnGeadxXdr6r2BG63YYM1YMhmr04OzSOIKaeVouXeSVFotZnovyVCIq305kChNfAVouv+

… adsTQlHUX1LwPz8pn3etdsEbGxGLcbDX9cUvkhA+5LhrRNbBU8q4POiXnj+

… SDjt6b9cGvAFsKEGq4CaAYADzhDLzFKZUqA/hyEEUO41UOtudGkpXcj7ioYqRchlht4ES/SxLT2wj8SbKE/

… 5pLqtBFWdYI3lu9e+Md3OtPaT0+GwQWeSAdIKcx3P6AtVztUkC+mGOCLwNPlamCOTN/

… A21GU2NVnRs1kqrF7ypeF4xnYJssD4KDAos43/tAvviV/tg+

… kh31SaUy5o0BPX3CXO9Rm4v64ETte2RZgdJQvnOumTIqt+kQFvlQZdIA4FLE/

… RVoeBNuKuA2q5FSmYjittrwemqxlnBm1zcaT04Q1JfH121uGG9HL3Nz0NiwSDs47/

… twqtGtKL0DFGu24Npf3Qrf0K73Xk81lO7xDsjfmhvi67rdJlPAvxsw8bpg6CRbxL1zUkYkQvg3jOxIuI3YgaN

… qfWQaF4yNCVOrvTbfqQ7+fxjRPDvyZ1ycWrba0WWOEDlDwTz1GiIILxZTL+

… 4UmBeRqBw0Bqhnoh81xzuRAhUtH5xbhIDdGDgQ663fc6JXNNoayWwDJrFaCrtBjCGvI0FV6u7/

… ezWsRREK7iME5vUE6qPXF4diGUcoFwI6/la6aRPgT2Ib6uO4d/OMZs9FWUcS+plqAgEM2+

… VRMzSkENm1V51vzF0tQTMUafjVFXxoZfXHlGXPbwXNG2ln4hpoJ6fhmvOPEFb2HILsvaNgfB5DV+/

… JQ3B2wMcujLTB8p2HDizwBIM4qrpy/jnMDX6PJJknhgDW6B7Z4aNQo39iWc+9vKBNrx2Z7wl6fOAcFPbI+

… PnuerAJjijz3AALSVaMjrytErKdRKorkDtjjJeyXDzxj1uhAbesZl9zATSUvycZqrEVuTNbdnfxk8E8Ht1Ca5

… waQ6NkKMH4bZPQzQm5v+

… bMQdsWVtv1E6wReecIAqlLtBavXrutfxPkJENFFfQF4yMVTSVPQUEPm75so0R5xlVGX4XeRqqVd2oeMnRs2KH

… 8e4zmTiA5NW6RU/DP/b21a7nZH/vz1rpTJ3vnOjdK8VkWim8NN5PbpFuKQ3CYJ+WKa9ll2vqWW7xT/

… 9MyR3WKVa8r+0F82tfPUVqCUr8z6RgB6a/wITOVPT6Ukr7tEdV+IO47tm8fpdDAdrmvyxFJMXzqBhV6+PZ8/

… 3NCsefXUfwT4Vg2hf9CIdemTsxCW/Ze7Oll90Zd8tElgw5C/LyqFjmiy+mMMtmvuxA2aX+

… wDxGDe3v0wQNs6TwBjzRiKtHGBK1SoPaWokVRmqCmn1lLIoKxoIHdXAmo3sDvHrFUX4NF8cOEkEtO51iVF9fO

… 5NLrbX+UDvhWZASNZIryJ7+DOjVcfcney2R9d9Vj6ZTR3L8/rjwvC9ry2pv5+jbm7m+

… sCzSoFO3r7E1omfAK5ooK+DkkbzRTyr9R23Neau0OzPYBV2nZHmf5er9AdN/

… tgq31K3zWWYOaBqG4wNHi0U0ud54sSj/

… Ed65oJBIWK9f07WITQJxQQRCM1q2pB5WI1816Vql4ajtkgut9EsxbTvSKp2WfSVPlVu0ZO1q3qgb1j95ED0UI

… jmvq4axiH7Zk+Qc42g2rydyEFKqqwYuYPIxKdoz+uMDUR84mmbjsYRuHBgiKffE7meljbABWh+

… HT0jGRPQ2iKmWyGG9OmE2NV0CeBf9pWcXv6WdOUv4MGP+Rt8lqVYRT2CtfhI0KBuORlhTM5WtTuHuLkFG/

… ao1a18IQFr6u88TvNWesCz2136KEhjQ5iRnhuy4I7mxjkeCfTLO9TawBF479qMtKQUi0DqxRHf6KkI5jNvpic

… T+zKLUHcIbqvL4je1+jJFs9EcIoF+Hz+Dvtfp9ztnOG5Miuxn0VyjCJoQc6Au3h5/4ey51EGmoXVaPjEPvOJ+

… Ow4oYaNrXqCH900e1lUn+rusgUSVP/dfUDg6v/kEGELWa4X5XeWfD0TbI4mNGNL8L0Sx/KDYBlihalh/

… 55dpBQ0JZTyOY9R5THgyInjjzDTuF5WKyAkTpLfGJmuFRPqzTLc8Jw8H2hEmEV6G2IpXYM0PDRntX+/Bm+

… dvlFBC7bH7AvnvstRVmnpiRHtiR1JVoEF9NNlqUXXTruvaR2uA6YFYFSbLrjzKBFjoEwOCDczmOSYU3FEIGNb

… C50956tcFBQrlB0tFY2XJbaq5PG05SAKQfV7n9+61XDm0v9Gd5Jyg8ill1kz1JnW6Iz1SweJbRIspuhgyd/

… fNMNMYBneZ6cVHasa1xRu0mjiKiUSpqV8JGPNpXRRTdy9NfufAEj3TQtM0qyp4KtWyVMKhMNeV3FIPrOq+W3q

… +DbyVGAnoOcq6eh9/36Rz4qzl1oQWvkULPxDNA6pFw5HGyqjJgs7X/

… h9Z3Zg39gpLZgCAGYmKCPY7hKqTDFQvVrBQ8oU0pbAJxYG0UhEO1GR7TvF/

… ZA0rIS4JFdE7PP8gzSqgEp3uDgfjPhv5z80BgSgEV0PJIfHMgMGNi2xYECrGO0M8qj1JVkhvHOH0ONCP33wCI4

… zsOEr6AZoWkRwATDvCZ4yPy3BJe7iTAEUEo8+

… ZkWVGiOzbQ6HSLF5fw9B0ZD1otCZTlFIFLenjjmt5Uerttu6DRTnPQss4dVfmmoWdVMWbLh4t6nRPvUVzO2gH

… IjfWj222dUThUR9vH+7UJYe1hpRPzrh7NK+MGYIgUqzOOF6DQzKgi7Rh7f0S0QAqhajz72UYTT+

… TJJoSb705NJy9YhaQvSN86dopWah4TiDfM9v/4QE1a6Ggay9B7nELpoGxtsgxqkyclXSKO1mFGee/

… eHZulI4RoQ4swgeij3TcOVbU54HmsKQ9T4kOluvUDOYsbbGrWlT3/

… 8oTL29bKzmO87XCVB5kDyx52zumsz4LMf9qlLDm3ganxfFWZ7jgni5cjc1CtFyZUH6IMuEWU18/w4JHTmOPg/

… D+jzEkOXzug2KVa3ztEdjx44EHEymGl0amc2t+WmEHc1fWe5sK1du8gkVIC3TndZk+

… cPU0eD0tIhYLFgaDSi281pHfCtcCy8VRWbV/L1wyB8CkpyWHgBXa+JDzT3mnYxWnElOr8f0hmubo6PDBmH/

… EvaBSGVuDkdACCV/8X+kV5NWNcEhNvqgQleFjbmtiumo6GmgzYor19OC/

… qKMDa2yfRCKSj7ZmLg3pzXA1G87Y4LiwSvVkBmWqD26ktiCvYDhWYDzD1R2pBp7+RkhrWw82VdvqiCIt1Fno/

… 6H5Of16JsDkU0l2XzDSIWvKlbZCCn5HMkDQA5dMyP0+/8IQhaU/3KXmd3gLFCKuoMYKKxzt7d9OI+

… ibFcKykpfpJOrNesvnaeeYhmIcwvvf1Z4ZvC5OzF8BsL1JMgcK1VPNtv2kED4aM7MGLuDUqVR1/

… pofXZFyQOPOLfYV4+DPFdCh+NhzClt4vvh8TAeKFgnegS0nZDWNtFTZMMn4014jFVXtbxX0Tsh5U3QuvnESRY

… /pWJUK3+g7o8JSSTqAm6QD5YbujJRkcorwX2TW1QhghZvzEVTBSa4BlpMkslonKBB/X+PrJ6Xxcdn/

… b0OcZ11Q+gjPxpglN3W29OSHUTT/P+gI6YtYyImnEZozJb9/kUqk9eW7Dk+zbAz/

… agA7wG8sPBSzHAzi1PQDP8xrODH7aCVAoqw6fAnZswZwf7tCaj2LPuDyxo42ims0MiDSBmyNOflHijC8+WU+

… 25zvaQczBHxYXd1oQuOM0JP1XPa4oBWZ4dlVrT/UdhL1BgUHqqs7rzhYIZTY0xDe9j/yzMZLbOILTAG2mJB/

… ikkAJNK0ElSDoBKR/1pVvx16h5Xue6E8AVJTeE10oyiz1j2dpQ3G1OS7WuJ7gjo+

… DFnPbulZrGrkd7P9DxjUirtYA5HyoW9eDQbhnvrjQBh+LtzY9N3C1yT1X7GAAOsw9m+

… jd2qIQ4eFtPtxiWI36pQxVRPoZEmt+N0KJ/HA/dN3rU903LRP5m7cZogyfyvlCG4wPZ5GKRotuS+

78... SlcuXkqrahFnskRASoSJHa3qAHN8q8y44U5UQQQjFRrmVIFMVo181+ikaxcJW664IfNQ1Z5L0o7Rjy1/
... gpatuVBpR6ABGi/
... sXYpgOFjbbHfaa09gmzfPJa9RFwjBLIgnnthueqgtgOZmifYD4MMLB5hk7jswhAb8gM6tvVT1XlIlyA2dWpNx
... tXl1S4XAlWNmUhO/BpeTybTHx5LthNJ+
... OautC7iqZ9IhlIKeP5QfF05HzgVQNPkf8bWTFrr6V7LS6xUnlZXW4K6aVxz/
... TPWI3nyZmc6VOFpo6RcI4cUXTYK65wBQFHpp7TddImjdcJzP5dSBCWVzXna5ioV+IkF62l4ANEvyB2UT/
... U9LONxsnb6IQaxI/2hsWbA6gCQrEl0g+AfH8HKIzTvepOyLmNUmOMb7nowKbFKR/
... XZT6QpKmLEpEQeqggHUx2r0Jf2FIDITcFS9549jS2TEBVz1ME3s8jfq9sciAAtyTNhiqBtEx/
... RsFlVkSHsR3wyWPQFrQQXkNIg6/q6ipeIiCZsaWedbcgdvvGRiNPiWySBX4cZFOGxi8Z1Ij2GOSvQTyeQrHUg
... ++20TzJCzVTFH4plhfSHEJQd6lFWcf0Ndb4lh0BhC8wVM+O6TgtYvdqJ33J8jfoJ/
... izALcxvkJABtI3jUh4MZ26BUeLR0cnQWuq9DWDgWCqc7TPIu2S/
... BNOaRclalhuoyRdfNqdnwkDjvhs6XJcRzBQ8aZma2y44okYFf9/PLDD6T34zTwBVa3J8SI+2GSiW+
... wQLiShLMQe79O63oLvafU2F3f7Nyi+1zcXigwU3vP4LWSRNGtOlX2rGmPAwHE4A5k2kmf8lJ89n1ik+
... uT7qrWXvoKlNjStRUBW3mp00gusMkSyGzVQHqj4V6hbXeNREuz9gppt7fhFX901IdWntjvWKJZ40V3LtfXTS5
... lStca8V/AsbO+jFHM8DoyUQ8HCfayvJl2au5PyX+xi64o/vUocAl2B5ZA/Jsds7mkrtxiEh2/
... 92GWogGptcb2Pv/jXg8GHI+JK91CIwwm+rl4jbtzuw1vEmlcgskqVPVUplkYJddENrM+4Q6loB+
... MZVhkV5xwX8NSMHCCpIopyeH9nBW+fAqYQXa2vOJXYZwIqEWCYihGtqrwAoYQ33lLutL/
... WMg7AmaXUASwKVUTaNmTYfaZ++BfOk1dTKZnxE7xsJLZcJt0uz9/SP6yz+
... XrR52G09NTW8T78VWc01loYLDa5FNh/oBd0niEliRPE6uaaP/LilOdW8docLivgne6wGlgRd+
... EL6toDEUv8n8KpDGxohR7W50WwmSnLlPNaa7XImoev5nzmn0DNll1oyBihJ40dBJ3k3r8wF/
... MKTYMcdLo7Zh7PT2LHRMg3FTOGIHiAGXq6YyO1GC2eyFvxdtcPgBoUbB0A0dokR61QXhv9B+
... nnhdmUBKuKtAGSXz+cdJmY88wHU9XDECXv1NmUpnWEWasgiGu5eRWdNZh/
... AAULoulcH1iyOc5RDSf7J5vXIzb6OHE/OtqcfHkvF/og2MPOmX9/
... RLIoD3YUkyy4IWN4gOwkoOKUsitCsfI81HgvdKTejXh2lKCSGHIVxzc666P4kCSF7tgEn9WErs9Gf7BDvD+x+
... OgUMdkMk+JXPK3zwo4Xj3F7kOB+4q77Jb8+TnTFpm2We9KKzR8tCQqjKAjIFcpx+pnIJtNLdLSmndlgy/
... xBJOieHzP9txOgfhbxYylhncgaI34TRfmVRvZ2Gh1DI7z9TCHKUT//fX3Y9f7ZBNCwdg/
... nuTbXH7dpD0Lw2mTPJ+Smpqt6FSmUWZz4dEGxcVxCeihUXMmFnEy6alv1GxxWGW8loHtWiOxKouPxSUQLKj/
... b5AH+lmTBiD6DxwoFmkNDG5EiuJXzdGOU0U/
... xerLigKNYdZkmiyUXAqgB6OaEywV3Lk4CPqy3OMksRwEpHnH5K2wXnNyWct4DkvqDr7lf5u1tIb6vHgzZ9oiv
... 4B240OGNfZybSIv15C4Lw4YCTr7JB0cAGju8JAKxst+
... Qu448RwKCO4VFybIgIXlp0EHOrgK9L5idIFCAJattHsvj9PAcNkyy+d2aPAiEP1jwpY/W+
... noy4ZaaENhLfxizhnGHTPxHqhHqX5akjGeL8ZHtgM2WNBI4HW2pS4um3p4ZQTklQVkGlcNA9QpT3pPnJI6cCD
... ZJpHUQVd31Ov9zRu1rUi0haPHRBa+feLK1Zcg2xW286xK6J0BK/1biMPxWkcGha0xVUGBSC5UQcfULEU6+
... gX3sb1exNkTv91qCAEBxxZh15+
... 3wRUkkrKBTbNqXCvVPtysq8OnsNMxGWPvzGl05nOgFtk179sp09FaJKk8eMYkMtVGmzGKLTq9RfMVo6ZUA3+
... h07RH7mdhrX5nb6zMHoh8JQHm5mXOQbm4PRGUEkOK/wAovIkC/j+d79Pm4PlyXGcex7oCoDvEpdWE/
... ZwBlJnY8wsjZK8JUt8dr+0cME+spOVuqWX3ZaKBbcdGThLCFt+lEyFvh88vZoxdzQIxMBaih0/
... PK9X89XK8yBUiFFGvsOet8XrQ97c9NEfkXrqEuSq2zXJDWAuHvcYTioys3MydwUD35vsT36prsMaIOOROBOyv
... 0+ny1OIlkOjicWOdZPJ4c7WGv4xek7kx5zh746B7H60dGstQURIGfkcwp+
... 12v8dpCddwzwx4WTFxDtM3cHNYY5t5LgfF2govQSVxvdlIneUwSoduA29wjtXjHrUxh+NnZfyvPQdwP50sv1/
... poI5+BfAoroJpHvPMOUA8+T1yFrMRZg2OdBJEUiv+Ka8+1H/xVW+uYjJeH+Grmmeisb3d+
... CSLDSjHA8OOYYDtfGOlpt3gJBOxxoNSZP6cOjQzflhCFcf3MB5rCL0FuNIWPsnY3Uh3/52FKe7RfYV3r/
... ozmwomF5MaidIcpkVO0L/
... LzuN80p4XzmZkhiN43ixMLepLHmZhbbEc7GUh2G2Oxd6TFrrX3KS5bSY2QOeQCcppJozMR4v+
... 6jpNFq7pfdODt3Odi1IR4GRBKoksUHbvvgw9zrjdxkMdWcE8+gvTE6kxl3jdqc3Oy/
... xckADtwSBaFWj1KFAazxI6Dm6THf5mfKfCOdoua0L9RMpwSdm4eLqI54/
... 0rhaeRVOFaODm5TWKVOwJBMimt4S3sNmKrhiC8/p/
... TYvwvKMYRwcJXNwCpvnoKxmY8vwXZGsDaDF2UFskivCe+v/hVLRm+o3D6aSPQUgx3rGL9kk77xowQOJwVjT/
... iKjVFe+
... dWF6k6k0cXq1AWRAfQMLvkZGHmKIEdubKr5UferporJ26XdLg9MWg1z7SUrGxbCBwO7IPrDR7RWYKhMtbF+
... zys16gj0RcpoB9fHaMlm+i8DRRZNXfkeqKkVHNEVj4NN/+AzW4svk3hCTqBoSyFk1NQY/YXdb+
... zLBQuJRokHUgAxKqB/yo3mI6wxDO8Z4wD/vSwwopk3Slw1IOeu1C7ax+
... vSgkhRTLTSUN3kLNhlpBgMpE2jQKCZwxMEFTCd0fYHhZCQeDHsYkImOon5y56NhgfFV6aL9tG+
... 1kOd0CPcxmbvyZaZ3k8ZEip6Z/ROcCNDwsMt2Y8f/AMBEqh+AFhvHD9kNGyjfPcUJU81GN8ryTm/
... TddQy0TDcx+25AlkBpzNGdyCoUaJQBeF5KcigjK4vXxny5EoiWkVxCjrulxerQgTHdAA03k92qRairGSXd+
... c66kYc3G50XHZ/GviCY6NLs/1H4So5DNtCElx9fCLrS3PoiP49dA0ytycbyIhDGl3LlAWXh531AbK/
... 20VLIBtRg152NlDKy9QKufBSncvrYKldvIDNT4KtTpltncOvWmv8bs+4/
... czo3eoX3gCqCr0k2tSoPD5ys8Bl3pIcfgkQSxwtq/xEn135nBovWlHiH++rfDv3p2T4wmlSiLkIxsKkZiDs/
... 6dPK2v0329YrhIFqN9iMFr81mlqEwwYt7bORVRmyQ5/44INshxdkRs5c5sGvRryAPcxK+
... YphEd15LbPmv5nSjy6Z80PZAISJcsj9FUi6vyzFpP4/
... XrUKMWp28yooWAK3ahrD9JCfrXqoGOD96nosj4BKZoMvSboJbFUN95jRNvt2ojCxamcYwaCyXnz4OM15G2aV+
... AHSbKcax0h1xoE2yXV/7myPZJ2rWo/IDLl6TsvucWIoosE3FgnnUg+
... PH4WPBsbzKKpxXY2IiP7VBNrfbxTedAVrw9TmdRHTiz8AoU4D6o8kvoBiGdkbxTdXlNKtnxO0R+rJD/
... WQjhcBKP++zNDYKoDat30df/wY5xOKMdHK6Z2wlLvZAdszN3SMlIMD+
... uFAw0K6TcQRwbu20dTZzZ471Z45qRtc7jz32aF4hn5NQ/
... WQq8AENPVm6xDA5IVmxU0aKAzYEM9n8jjEEHUQykpDiiOcbCY94QESmqCy5kAyg2C4jXQomabn37D1712H7I
... 4nfCuHY/EtGitq+OHlHM5p1cNtD/
... rWzzf39VaTrNnVoXRac7P1oYdfeKMfnfJNeZrpC6521Kjj70ikjPLy9PGsdBT5B57pEhwk9eF3KLYQi9QTfdu

78... jAoucdlV2fLwkTVjLrH7ALBXssvEez56GiFfC2F99qNjnGu2srGp7aufrFhP1zCBEmGngiCZ
... LHk4BG2nQNBjZUIfQgIGCd5hgB0mFL/oJpKF7dNEdErNApNHJHUz49vZoyHOnOg5hDN8MYzatiDydGZ87YnFA
... +RyxCAjS41MkWAMruZwRm38OssBWBdKjg76d2YMruI9AqDXrBfXjd+SQIO23qMtFAzjwudOaG5im8mwIC+
... Y1CSMw/Yw4DOhA5fbvbKuWpggUPKzHbxtCXqTaaxsitglOq+gG5ZrR3ZDdhgNVs4BYlxCSwzratTzgqj/
... NAeMWf1W+46x+CiTqDJ2iBWAOn1CfIBBY/r1VsDv0tLK9X1ntnovmPbLOrX/FyTPEfLb0lsGqJdI7nLt+
... 2JOksSlT9ml89WZ5JUmVCFmeBFGYAcYC2fQRiBLCa40LFpp9f4nvDyTq2OiyMWPYoR65CEfFMs7SHDai21IRc
... FMehTp2vVQHSbYVZYxwmhFqcg5ar9RdnEm7zWpfCpzhx+khV0Z79bJo2L1zEdfIGEFQSoFXJAs6IhW8WSnH+
... 7w1qhH69lukrAJyk3hxik6YGa0T5eHYWtsSXFtYbxqTrtR+
... KEHoBeR7F7FP4MX4OyeLPMrQUnRvpI6I50MKpxnJpI8OxblGjLJCwwS51UP24P+v9JakAleQ+PkaE/
... qnoF34me+6BJieISIXaVLA8MthluH9DHEAyDqCRmmjm/2b3trqq+oEuOxU+
... uZDVhJVXEd4KXr6pG0mkaclq8BFBf4tn5QakHegG1AZAdgypNMNiZ2IieewRv+
... eXwxYbXoTMB7TSvB5AePik7WGw/Zi/l7UHa5Hk74yvicOHf3YcQfJMNCX2MQZILzPGpFVlpgU/
... ujLUiPZRF4pCEvuEBj+l7qj7oNFzAxs1W2FDTMNHP2brya4X/4LRwAaeHiff/
... I0Z92Fo1k8Xhh9IA0nlvExuK125rfI3Otcqkz/ZQLllXxPCazXA/
... 01RDcucbva8j8lvkQeH4Cg4XIT2u6Q9XT3ecxN+imh6PErvAkWN5u6g3HxPkyjChskObHzA4CiE+
... GDGeyHAha18rnCUVGaDmWG82EMDawLRb+Uhm1X6cXHI/zuuj+BtmUGQVCvbc+50ui0VAVokJpQfTUS+
... 64GjIggXiQgc0xYgqsuI3MYWE/zr89IfZFUvfW8N0t4uR92DoCmQE9Yvd0txBf/qS/
... sS85z7uEoTwg7fZRmManNfbTrxtb2pruq3erSQSC31y241Qs79nF+
... kVF4iUnAKFOojHKgOQ7LD266ZOAsSdFWODNT/6zGt9WUYwt W+59+XtqhwOQ7ZXuywSFzvn+
... 1ITHjhK9L8GKt3CVC2+DMrT2vgN4GdNB883MYeiHawFOTgPbo/xSpVTx6d/
... gY43A19IYe5Mq7Q8O7U89eOZZYpWt2/pU56ofeRC128i66+
... n93hn7kEex8sgdvMwW6UM15aLE6bF9fY40JUA4BQJQdTw4TZ5ygdUrK1eNAQKzbYOGz+
... Z52Lc39wVKRwMgUuedafcJ0dpRY8YOKApMpUEKv6u/I+auKy0k4tpx+
... oERZQycf618KOkjUg2lQ2paE862bGjtux4BReUoBy+OsQkyFfM/
... AH5BityCP3l6rLxnPVb0VGOKV3VMqWscALy5u7mbyFns4Xyq7q8/NQVzv+
... NwWbpd26iH5gnjssZENfXrMED5UilVv8qwC1Z1SStY2k+YI+
... nNx0HY65LIdV1KIgsKUDH79jBc9tU8o3468L0XIQbUCKbkcQoMCZY8s503TBj1+
... pMQSl951HQ4bl6y7DAmhxm3/2qk8qPzIS7kjnIz5hN4I2oiKotacbTZ6V0tSdFSqSgiJhSJP+nMi/
... hAv72bJYbBqTvgdeF1zxRgJrF/j/+oGvcjn2APQ+qDJURBa9ppXgyy2N1PHpqmLNNX/b2M0s/
... c0Y2b6r2ta9HrHXbQZjb8pl/DDw1Gy+TRYEW2IOC52n9efISop+0ogUMe7i3au9/ckUiDttkpLVZJEIiMPF/
... HZ2KS0p8r2tChz1QWAmAJSLLqJpHKNtOb9MBTQn6KUkIiiHYqHH/AMdUYt2CkMCP11YHYoGA02IFhuoQ//
... N4gLgQk7Xha9wTwz/78EWqhfji8ckk6Ud4vRMeKXFgtKYzFlOvpsFrUq3Apd1nSW1XR6vTsOXajOHwHP+
... jXnFSAKqgighq1uZGJbsoYqfO+Jb59U04TTyu48ZfqzgE2D3qKz69VoDNyNXOzccTMOVnDsdFeoBltijjdCwV
... +14XUFxghpq6sECxKMr4NfI2RJRfUDTkfvPlE/lV1ixa7NqcHJrHSFaYumyWy5NMz2q91tDt3eM8kdr75JwP/
... UqSJS101bWqP5F0HmzbEY/cvDwe6+LjriKBWW3SAnNMC+oULkX7xpmiuP+
... 8AVwbWqwWRBZKhAWPQEJeSVWjnZgZq8g3mLDWgW2q/1Pt5j1J8B5BHv+9kZHk47tePF3PVHliNddj+
... yY6ycsSqoG12n6jx8IwROt3MYQBrHtHUZ2c056Js5iGMg/
... 2WhhAmfBjkMPIRq8OEqpXblD1hUon0ofe45CdEC3wTuQ2umVOlpxD+
... jTnpLCObEROEM2zIcjsi14kKdu9KLxb2z2h7AhOGGJnKduqNpgF18KEhJwADTznEYpY/SFuz+nIgBesG5S7O+
... 9jkuRSxKz2j02IP0+IOLPvjDpGsU3K5A66XkaBS24P36XxzGDg8mfiLYaIWEKxAC+
... odQ2PXGemGkXoqb6FNJGKoagXqkgohG1d8XuuNTd7qv1QSKXJrX5oGOuG49P1xP0YdQB5AZy1Og3mvdI11xowy
... CYp9hAQmugEL1Y50S4fVWu6hMedTyqUfhaL+yYkWsn/
... fmGOLPPnYANJt4Uzzef5Hw2p09vrWVm5zPLpX8dIKwf/b65p3vEVm4/
... ZHWYn4dwgyfaImjPMmgmrnlGTqecbLM9ui1zIZa3YeamgSzJWwDCihJ6fQ1kx+zDbMN0qijwSTAzZ+
... fyM6HakG7syEmAUADqVq+azBxndP3/WesyAU11Oqx5YAyFULQ44nK18Z419ISjiiDs5fUYFpoUxyW+
... iQrtYylxMYeO2vUzt4/yeZXbXuokLiUgtE3y9E5H3ZwZ5H3kBxtyY5GwJM/PZaIDd3BaVUicTd/x/
... 4e3vJqJIkN+04fcAiCbPm9MWe6K1EWMt6ooeaJwdoinTOvSBx/
... ZSswqlhnH9rgxzxJ1jnjC43tIQbX53sXAFVm6gQ8FtuBx0FhRLIBaMyzXvxMv6yIFeqGyz868mG/
... LRK63ZLSYbRuguk8jWztf+JZGGb2G8oZmV/
... MUVTtfOpGz3RVugBBia8CTv7Bc5AFyiasi2zAC0ieRNOxzZNSxrbvQ2qpWnT8OCLKy1u0hFeYmJjoWWbSOwxj
... vARDnUiseWEs9c6JkOnAeoDSRz5oqSYuC6Zq18Sqj1VjSbPybHz8/hLf97W2+
... 2KUMbWFgCBbkvWRruHx9Tf1OxjH8NDIuGc2cza+
... iEUs5n9bVsAzmPjx05luyxT09NZAX7zSDARhtxhgHPW1fd3+XI5a4yZOH3+y17P90y5R9vmbirphghXcJ4z9
... +d3EEAo/ZRbO+Xp4wr1FEC81sYdyHSZXx8qEW/O+Hunx9EEcKLJId71AWLa/9tv9N+
... 8rhybW4wHveHTmIiMB8bMP8rdrG8CvB2OSYWQwuWrySgkKafIy7nfpnWv+
... p770hI8xuK0DIOFK7rUKtVytXGnr7ov0seyXCcdZn8oSI0j5UjaVTcXd0SM9D4hqzVu4S1AZ/
... 8ly638fuZZGjLVnh3AI8hkWAFQ4iZfAETVlNbw92KHgTcudj4moVnnYKvfwrVYpg77zlzbrGdQJw6bgG8oq4L
... 5kiCBKz5fGitZhyZa101mcvfQsp13+ZuyuLDpVHqP20iUd4AcNY2QoOKt/
... 5HdhfPIZ4RvDhur36Hiot5Mx0TJWYe0RBYw/ah/+0h3+
... febhszvrDuTwW24F382m09867zgbw3eiPK79ywoKOwqCAZj5w9+3tq3mlx7Z+
... OHhgmOUTO51dELz1KyhcUpFuRI+T4/YedkNO/N1ApEEf/EkRFDrUdnm3wPyHLszRql7pv9E9/
... JlIOFwGx26AIh4u4Ko3BpTunzVLz01n8Ro2F+jk1YhEb02Jx1B3ahKp/BV3+
... VJsxw3euZHsr4f6vA07Ir7cMGcIYUj0kfFsDeVTgl7DrR60AsE/
... SHtN5AKdApRGXqOHynqqZ1zUegSv1Dfeodv2X4CST1SIc6+oZh/
... tNJhPIUy5QXS0qlpY36aVtlc6Aj7Yv9yEUZcPaeaFR7KuQsxfGEIlQW+3/qV8bWgvz/4b9c+
... I0Rj1Hzo7yusutfp/
... JhcVbq7EbgwIvyEomcvP2F9TE4RkI0G0uLRs9Zf7OrhlbUKsouEEI7hP5fsJcUhHe5SyUhiY820SsIuMPlAiM
... 04N1fUWvGfGqh/

78…  LRzhWvAmYFpZ1QiIfvsOqHfIqEed26L91V9oXfd89p1RdaqHtcw4uSkFi+9uOiQgFj5ohJ5kPZWs6uIqnbu/
…    HozuZurx8LPYX4pFHGyhMqAEEKPcSBCwC8rv9szgWvMANT7BBSwObePEUCE+
…    e1P5T22pcFzq4XoFRINoepLkVC0x5viwvCwdrBrYV6SvgJlbCr+
…    F9sqMRlm4d0VH2qTaqe7tiVzHax2UZ9vJParNKfdPQvw4Ajz6DSMGmXffC+
…    zUQp4dfJiu2r061GOpTP62SammBefeN31LZo+
…    tAV9jd5u781I4ydaytEukZIMdgPujOWAFXiHv110s9p6tNhQMJ34cKRjrbp/
…    apw5E9Xzbn03LoGVKUNhuflAvgvJVx5unIPgpIGZQywTgU0Zujr63vTRM5RwOZ8AHePORWRDlYexDLTEU6d9z
…    nIms/mjyfk5VJQx10Ez+is+Smlde/3vrrWA2ecQjxcCPYuUstor8fp5gMUM7mCcOVi+I/pPP7E2gf13nB13vN
…    +oUBkDokm2q0bPCTVDrO7Xw+
…    ZCXy0jNslKfCp5b96momyops0BULtOfw9X8OHCVn1XWrq4Xk3wmoCYE1qQSWFbxdwus5VUNVZUYQYpkFu5D2s
…    UNH75+o2OaOVEnd/dBLRxtyiOIp0R/GqFDdW8yao1GwRpYpLywV7M53cnMkej/U/
…    Xz5td2XxJ8ywza7ojED5XAff2taT7K359wyN17D+RPwx6ajghpOzY24f9PzFDpIEZiRRCbGMhuO+DvJJZw9H/
…    am3mUNm1zj5i9G0d8W6WHT+LPJmcv0mTTQqJJKpEHDPc4xviis8JW5n/
…    Q4pijXxnW04yaGvJq4zFCoytVt1CTwVUSdKeVSbB/opEVaDjSkY9QgmhOze/wb934Dphp8z/8ueFUx8VB7m/
…    OxCCNimA4EiqCkBtA2kTaAktxyw+xB2+ZzUT2pR/
…    GoL1PQYNrykQWXjRXp9cfUVLXvtIBen1RnOEsSOgA43oD4SXILB2WgweDhXyk/0a3GDa1O6m3Ki/
…    SiMLSeqEOPiadVJkT7G8meDaRuN/i0qCO1IMwnVTKO/GnhRfas+
…    OmkCw7yhRcYIWWZHUhlH6D45CtIrbx0cume4RSHQlwC118GV9wEo/
…    38TC29z69e1JnlikXYR1hmLft1CGKE48J/irRZ+cEWCXuZh8OQfguEkcmM7U/
…    5FLNFYiG9aUXVeVrf00bqIYtXJPqkq9MEppIR3wNARBoUg8Ll4PBn3tZ/XHYXI7Se+
…    JbPMVxiVPKHwI2CCNHlNcIMWCBgMRG1C6MjtI3Dl+Y5ukRX1qxt6IiMyNN2QDmoXbcWN4qEl+
…    FNxo3YcnXbLcRFAPlwM/R4kS9k9zjJf6fmA2qAS0IbQUPa92FeLjoSX7+WwF52rmEMBnl9e+FcDF24YNYvr+
…    6jctMOK2sU+aldj+nGWmtYXdYVnYMsTLCBHPhie3z8w7uoToOykCkwWvSayC4DeJMYKtuf/
…    ACK3mZttgAXyvwMJUmdOUKYoK5/eAwkTwhCfiErw2kD3zx7CGnT0a+/
…    eNi6kBh0HNp92Bf3xxux4qrkgxumY4YahKMwej8PNhB6/
…    0uymErvgR51hiUE0YgqnuYZ0ij2yiFgHZDQYCwa0FXaXQMo49T3llYkleI5gFMZrgZQViF4Vuqc1zN9jSjd3u8
…    efC0DIVWO0SQ5N7gxhSSqpuvpDursgoEXVKfvjMoMasDGOoo2Ctj M29bUJvzlDrSo4ba99n3eHTM/
…    gBulCEjaL90AiPBx+GAhKx+y0H0LK+k6xw2mH0QguXK9bcGelHBrw21FNATCL5zKiLOR6dQHSIt3ucXluqsL/
…    YSkSQDHi100epoKV9yVupSWB24HKJtdmvWLABTMgoeVM/C6gFS3MYJcr9IbwXlostJ/
…    m2PyvD4XOIi21Deaacneg3eFY21mnL8f0ul lP7uYoFEZJxtUFspuWTJft82obV3HTqS/
…    BznMy1EMItLmoJP1BZzul3b9GYOJGJDHWVZfmovSlTqkP4b8El0WA5Kgr5Dg8cIxVUU10rcsLac/
…    cI0Nttyy8zBnAXmkuus3YT3itzUuuiqKCB1qcKqJAhENpGE5wLOl lC5wJNAkDjr0dRWPBjUvDEFlRJz/
…    iQZ6b4ypNmfPUkWtPSTYfq735PD0sbfMDsSF/oK5ESA6DEL0K3qmrlotaJk26PaJJ+uIrdyFrSn+
…    wCoSugPjjxIRVVJks9ge3qKzqyRO10Gd4Tvo9p5mNccSbvWEF6PPwIYtSNrzpY9vv/4ZDQuq8ZkKR+
…    OuNQv9Qpk479OSxXao0ePwJSXx3mKZaKKGemZR/zUoFQAu/T6QG8wvE3cc8E/e5q9vi3pe/
…    kWHowhImV0JqEXiSpcuROYKzt+
…    C7Pzr8sC8pIqYwZ9IYo7U6lxJN2qPKSGj1F3AQbZetuUwMP4viIC1zPqw4reKn5h//
…    0eH5CD5SvDXxbD3mYuVeBYSJNwJ4mJdUvt555+orV2leqigRmHjfjd0kv/
…    gcte26MuMH8q81dG2tUcnFxqardCKxaakTX7guhjMasKC6oCDJvRZDO+fpA6pmfNq6/
…    o4FNMkFpjikNIAdm4b1o7EYmW/HeIu3gc5H42HOzGovR/
…    BJbLYlH5e0xyBEcKNlXrMPlO6Bffx5ayTCr8v45bs2EV8njte2hwXAZ6pkBbp+
…    neAFAoRD9LDsiUpBQVuWCe420x2JZEaSxYtj3jWEHo4cv2trv0EthTtsMRZC/
…    DhGrleZXLoA7erTeJ9K9pj1ceCJ4/
…    M6mUnEP3lWWASsPmWQZNeKRTXZh4SJ2DquJ9NJ0rS1fl3M8Chr2r0NchX8tm8Vh4iDhEKKGiJ+
…    YCF1aPRsw7iqNfsLr0y9jYWS0BAyVxDHel4QaW1EMPDicV9mrL5lWNNJm3ZxXQmY8qHYANyh1tWa/+
…    GuELamOFD7kCk1/p2JUnWud3KQl03imNC5rvdIgfv3b+ltI9tKjUCpy6FN9UZ2r1FIaSHnkiV8bft lZhE/
…    FZm4pM1bnLyctYTvNea1M9XBbC+xe5oiNTFHUxIhl5xLHCloD3SYiUWSATzcuLTujSHociZAJZsw5a4S/
…    48572A4k5EMeVAJRu1n67v+SsgPLf/R2FVFYCx6wZUJJQPBcKrZHWjijSS7gUtRy/p+TOV7cGi/
…    ZKVRtsTErHwTknN+
…    XP91TLsNiISER81cZlwJb3e9uzg2JBNItG5gemcrVTahRDyYsAtInCHt2ZFA7wUlBnUqXAiqYqeUQ2rku8uJ5
…    C+Pyuw34RQmxoB1Be/t+
…    RgaSHiZV1m69LX6JEUmlqoFcceu2hSSDG6Th59E8gzqWd4x4PMeXunYzc7Cu8wjkv9sDs0zMPAdlUxRLJ7TeC
…    ORWzqDK055cs0PHqCg6SHs96tyUyl03kL8RbMVz68+KI+
…    15Bl8qz674Oqlo80vstJ0RK5rhCp9GC1GztTQJo8b8ub5qEApJPi7mLC8jnnkliW0PImdsWJSjMD9XHYDyJg5
…    s4BALWyRz4BLO5as88rJgYUbtRuIjWS3V2fy3C0Z+2Hfq8lxDDUdM/
…    wB012rdD0RcBktcIiHXIqzmtGUoOrXRCM7OqspCOz6F0Pn/b/iTioB68o5zBpI+ct7wJoln5d4t/nW3h4Lva
…    /rE7ihjqIUnBl7yjeXg1699jjCqn18g5vPGvxyczOgW4xCHl+
…    4O1O4DSboevamKTEB2qPsmGmT3iWjeCwdezZvCADLY6hYhxXtEtlhOSF/+0yxa+hCuVzE+sxv8f2M0vM926/
…    iD+KGPMJZMsej0kvIKzHLoHb5Wtl Y5eFjpBxQ9yvsJhWkZ8C4Ls0Q/jLf4f50C0P2RxjCPd++
…    CrwZNO9n3pDUVixisegeIugOwjuSZ02DFbvTfzr/P4OJf1XNQ/7BnSJfVUw/
…    R5hiTHEVReftzxtYO8sZIwOemLDWJCd3RrUB+J/BWPYX6sg4f7DXjw+
…    bYSPRPl5m11cWPg7KfowTwZHXLoV4C3OqBujRh9IXaUVUE40dREMCxzsJtLMdC4NeDBfZxx36cxJ+
…    w6D38tkVVRjlDSPZ5AF0Muh+dmEAZbAsIThfacYT+CK+
…    zfEeNy0yS4fi4WYZuGQJKF7Pum4d7dsGLO01IXkgb3UBcekLTXTnlWLEhIWLmWpCcV/JDBUh+
…    2HMdy2a2rMNI9zkavRoYzClKgG3GiyOLYGUcdBbfsJ2BGRC3AnJsVY4BQsumVoW+
…    6FOrztIOYpvHirlScqIdMh3aRrvu0vOaQS0IbU1NOvimJAf9yDDg2WRCkHl167pGDuTvOrjo0v+
…    4QHe9iguW2Z3gT6/QDPCqHeRSFXExj1Hwci0Jt50SIi2rqpLtnOlmnlcyR2s8K17620Zamv8rnWbsyH+
…    trTi4buoWugIOyN3eSTalrjdnFt0yeA9aUTp+G3zruIwdVBX/SSm/8uhAAL0hl2XrH+u2Gnt2GTjXe/

Page 33

78... ILLHiWemifxpRrPOhUf04ae5n5voZjjHfWeugWGXXATYKIK8E1c1I/y9WCETw4SjR50aJkGL6SkEHPE+
... vd9NfAAAOmN63imnjFctnJURHIrlbt2KIZl3rMTHh+
... GB955V7TNq3C3cXqp3RhvzplGvEVXjnVb2tW2cG3iHvRumDaghvhkB5S8dFs19pqRRFAilVwpMGyXnUIDXCJ7
... F9k6awVScKp2wARJWseD0oOGjHtZEzRDW/Bq6LZ1E08SGnhMnvbxMp5zqOTZ/lhEKzAoOz4/Vb+UqB+
... YzmDr8O61RHNQyZYM6fmldQsbNpjEqNaW9dOc6kEy4FA+
... HulAJOeOvIEixUxgr3Y6cjLvHwxrm5PkltkKsaqNu80rwvRmFSWESwXXiRrdfMynfibGXWgXhxafG6ya3cyv/
... vbxuNF8SphruwSxgpBYU3MMYBwwkslM7+i/hbnQj6+
... ZcOC7Uxfty7UuLLkLbv8qohQA5fBJ3t4LLoc0rDj4eKg7gawh3mR+OLFr0AB1RoXCXh3uB/d/
... jh0R3tJFzus0R5h6NyJv3ewW3TiWJhj961Y+
... KyY8VLRe76p6PZ1YGJNQA36ZPe1q2LN7qQahIGsCu5EvCWmQQldTv4zhaPfbdyglDAif/503wnpwI/
... 8F5UmIFcEUqStTVcIPqYqDgG3vKpy8IFh89Dh87kDxYY5eG4LVkk5QVwPWh7nhYPvz//4zjMhQTiYTqUcYLv+
... ezU+yuNHjCd7TUj4ptdP/mBZ/HfwaEQp93xzHFo+q+
... wdfsg2RM15nCiz924S0VM7XZmV1KbjcG7yWiFGRykfv22d/
... iEVpzZb2t00LozSRD6QtEQwyoCrRG3DHQLXgm8wip2tq6598Xh5Y0H51RsCTxYbzxnTgRJ0/8Q4h+
... BVcb0BdwWszON/GLmzrg874blNCGLREoUVvm5AnOWVJ3KA4knwmvye+7phILXPzFoFi5NT+
... tx1zJV21ZQi72Q9o3SGdLUG4T/8IU5wVkyF+9VcpMEqShQlVEt3y9pC7+RL4I5Bv4BrWVs38f33Tcju+
... 4eThliG0PEQqSne6olMyro3PYMbB4a8UL6/5mHsGFCC7CoJsRBIRuku5STu+gv/nJF+4W/
... X61MqBKXEYkCl0oQCNzu5w6N7rAWrb0d2059d5syuUWwANShJjuWxxgJJpDYh3dm95Pjnfuc0EPwGzVTtJm0r
... VSdzZwkjfgv9NTYeO08zz8zGaDpK77Fd66RglVONz154Kc9oIgRoZmI+G/SOju6+rqzDrNYSKc/qQxR+
... RKAW9wijO1jdYBiI7Ou0HVWhbLXaRNmvVwUeqQNEElVYupiFJvuJDONJWgBio4il1JTKQLBxOD+
... X41tmPNd7yssKGVerkLo4kxaufc78mUiR7xqIYDOki06UYPz8hM5QDqbsPL6OTR/9n+
... O0q0fDRWXxLhkPik1GB8Qa5CPalaIHwaMjQH45coudcyQNKznpwBRoL5NGFyRaHa3YG7ae/Woke/
... qfpR87aehu3jXRBRvBzA8qzld3UFlt3VcAulqdrfe5qUmquI5ztX9E6xSa34punXLBQUoqfcVjkHU/
... B4E2xfkfZlYRAI/CjwUyijClbg7mgy++e/xdCyDdCrZ9Gozu/
... IVbOm266DvrUvY1UMOx2Ni0xFu10pTFEUGSt/W+kr6Ucejmq4favrIv37p9pbP8fABBhz2N9m6CX/a6KCIjh+
... hqC/o08//bLEIrUD0rVmBiBjhqMHzFm6jvmyg82NVhg7bJ/04efcvN5NJeh8v733m36VeOPPgsyeKCYtJ58Gz/
... SMHXZabuV+CStC0bbWZTwRKaczOtbz6eqDOaI5TybYEfbrhAz2oATnreepHI4XrBMzCx4V0P1tyNwwRQI+
... vwVtrU76FPtn0c+NN3witZLff7twjyozy4dHyitFfMTyk7Qt/
... YArt851Ec5dgqdE4gQOprr67OZ7HoLKbDH1tJ8F9VC7Hr7Q6yctob11tq79wynxljgER9MN8Oi6wLgF75IQrI
... 7oll2xyf58GAQbGCbFsRuNMobOQa/m4DUpGkUKDYvqOjeN5a5diusrFAJxAVQ6TSiYrI/jyFxxa9FGi4/
... vexib4YNrI9+lnJTEVSUwEzHKmOrCVWkOF4fFsTSISQ7YJVtRcyN5lentESZx+ySQUYTNED70qUUs3D68YaI+
... SL3d6a8fQMF4iWN3NB9Be1hQpDt+EN6Vq4lZLfLyVAQruuBz+
... INAo4k7ypxIKpM8qYEDRgVmCeWSX7wEdgborTDz4bAIrZtZhrOFlEuRZRJDx9KIaUBJ6gFO1YnEl/
... 66Lwqclem7Cunoqg0uPwIKj6ZeAEH42teimFrmxDzeqo2UFHUTiq8KeBy1Oz6DnyHOcbt0EtGYP14QhF09aHi
... lQ0IPGN5tPiJEfv+eHPGSJKiUtjtLZPubnQDs0ONkdlFwptBgLD+
... lqZXb9Jfu54GWgKtGVhGVMC0j3J5wevkkumkCHKLs6Pw2u327uFEuisdSlwRhRx7JJr2m9lJgDmXTEVSDhGFL
... So45TxHxiAqYpcsz4wHuv/
... QaBAhFhhE4SegL5w8V6Ben3UwILiynqLiHnvkbjLFtx4glr3gxsWmDQJdwP0bPT58Jxrk7lSzv+
... lR0JQmx5QwRGy1+9lnvyTWeomM5QtzPsuL5q1rp7Y+dldcqkzBrgZTLw1RPxB/
... mIsbhiaXKK6Xlw98EZus8opuDzmw04X+qHrzjqVtDqHFRZEKFtpn449XNTGinY3+
... 2MvQuCd4e6kIqY3OMoSicggtD5c3FFR5EOLoz5nGvCNT6/F0CBD1ZQ4IVIdPSFErvSi11+
... Ni07IJO1nmVeYzfAryNR+X/Lw+
... FoHh9CLCOGGAsyyDGv6BKfrJvMnA0gOLvDAgDwc1ffjmbtRVJlkfcpJhmPik2KfiNC8+
... 4fmzTBQ9JEV7i3kqcl1PpiB3JtsYSoQhIun5QZuEnudqfF24jGGBiwIAjmYa0D5eduU4LZwteXmC7TIDBhM3P
... tk/dTsibeMOTvpb4sf9Owd/XHyLWTLLo/JhNDvNOyMHzv323TasbXQ2wk7nY/FZWXiaff+jWAKCPem+OFoZF/
... kAxS1ScKH859G5zmKT3JCiKq894QZgr8aCbkQDjGrKJPeySvn8kfxmBc514g7MMgNf63tOz65kvQdtZVyjvf+
... 7D0a9awfTwqGk/nYUuwF/uJfY+16Gkt2v4/6CR3t5+gHMK5zUuQ/0PNfXWq/
... BIuiyzfQxpirp5PL69sQqBEhaC8qmeK+5PdiKmiSTl2qzHJgqL2+
... UksnRjczuxZNBRKf3PUVAVQ3Uk8QuVGm63FWNjaZbMnLFHcCSKgY1TDAdnTiSQ7sqKtNlaLqFkOoFb1u+
... bXu5mItDKJS09/wr2PVArx03DWtyKc6KuRCDYbg6dDGyq13Udl Hwltzek+er2bLyvjTTcgaY2KjJH9p/
... YMw22E4gIKau4MeXPyY1VQmRU8roTn1rmdS5nmI1wlruUvB4uh4qO2IdKG2h3XykfaYCLXo5sY+
... SoCPFx8II3kKXtp3oYiOEYJgZ4dsOdew1/oasNp8nK7IxJhRyqQN0Mx7VQPz1JZr3zWkaTCHYvT2vxB4si6/
... Zk9H059eEZqaFfx6x3tzQmSROSzvXKNriwmPEoxeWQ9I2MqGDOZrMPP8LgtunLfeO8camJcVrXTvpWcacRJB8
... ko4MnDwXvgQBCoJnkEuKlk9vwxJAtZI42JqOen/
... F2uovqAzj0VaiG7IOPHYzEDB3CSKxRzW6YXVJtfjCo9Wl0LJgdY+
... mzHr5AkIDakFZ81X6SwlwcyAf0fXOVzB2A1xER4SFkYvSDoqKJob6XWfR5R3SIs+
... CXOzj2qB3QyUmEW15vhsr0IAFDaYFKcgR4BwNAeBcKquR96fGa5fc856cKhdjuxzA2vl3PgV2vLe1qEggyUf+
... FXShE+h4c49ef0C4mZL5SMB2x3Lrpfy1ta3mYpOZJPc2ETRYKhsJIW+
... jMW2AUzV34XlkA8fNmsCntGY3UC4Iyh9festhfpdXKZJo7eaiHqbmvTRXWh8xajYmXNrVZovP1eu1ng+
... bT5FWUkKh8pP4ntwSwHDEhSWFFeyarG0MJbLmuVJHTcRlDhjMmclaqXxOZP4JmlhYEurGamH0DhCYjy1pdGIX
... 0g/nIvjWzayS2iFIlRnhlhEc030YxMgGu+
... hwstiarGCaUeoXYTk4vIYoSd9YBaFxtK7ajhLw9yo6vARjNQeCn0MKNkDxsKWOAeD/
... ZiNesRP5Mg1heV4iKXw3nkPZtRCZbDPKkO+ltiMBhbAhRxwmEYNgBtF9cdjM/Y5OKWlS//
... otM4BHsu26a6CtpAeb7VPBP+UoK4md4DXsY02+RYLZYFY41RMHTnRtyDDDcDQjJ/
... nM8s2F29OYFzHdoqqtfXWfV5YQSW7ryQO+pYyS2yfft4GzqfgqLvGEKd8NSUu40RFNbUXmHnH/
... ffewLPAG1L0p2X3CkHOCeYMRiZmhWoiPWcIvtdLZWVvbD/LPqBnBBwdpofBt1iHNzafGL+
... yfRGu4nYFjB0BTGAoHQFQfWgrxrS1cCmnA+
... uTb1oJJbkjZACxPwRKSHqhjirlTtzxW5SsGcltqOk6aSqVGoxJ6xQLDR+/vGG4tc3kidJbgHNVeZyOQ/

78... DorEYVzdeYDHFVytd3HkK8bV9oQuBRqHU5tY1gP9DGJGdhZzqY2opwuP16yLSpFX0MOAUnBT6
... mRf4MPrWH2cyUAEJBDiQXZK3w5NYKgiXWKTCSoptr/W1PiaOJ5OT+Wu4y64axJqqi8y2rppMbO2m/+
... HROp2hm9+XpUKYHXLXQ6TanSDA9lAa2jO6jtE7rNISsjSAUyrYGXs6PmTERxAm+b7/
... hnp9OGyMdHpjjXHfYSBvnEKoBzHKZ0AMnV4dUGNdsEe9jUqC/
... DQ5DjEt2JpTTWmj6CTmTeZ2ORvfQ3MOU3hBieAwzZJL+
... O9cVNUUJDWz6OCxR7BXNxLhW4g2BKoxs1LDNPNAnqlnvXaYcPds5AjSjR6w8iyRUT48MAF6GzihGFi+
... K2ttoNuMYJZ51CtyR0YJDrVz8m+1BwjH3/4rk4B9JkGlJ7gNilsRiWVFPESHWiMto+
... ZGG7SqFoSPblk3mPQ5F7cVZQJ41PIH0BtXlCtX4kXZGHPPGmp/
... zXKYq1Xy2eF59vF1DWSSDGwjiHSKES9YiXHI9vmcSH7uQcVfR1Ln/
... T43N3PVyXco9etzbDluP047iXKyAWgBacqs4ygd6JEbegGSTM9XqpEb/
... pbJgYiab6S6xSAts2MtoyzGeW5tC82wb81VhzM0Kbw9fKoO2CjdQGX6qQyzrELDUcWF+yoqq/
... lH7ugharv5KKmQhtZ7d73UtGleTwd9w+
... JC55RWAxhtiBxRDO4dNbUQcsJqOW6BcWRXLEjlX7Uu9re4MYzt4sLoXRMivne8cddjQh7cxQuSYMBSvapIF82
... 2EXif7aERhp9PWhk6ixg2uwU6tXuYTIyaLT4EtNuFn9+
... uuwMwtriKjxger4TaZ28DzuJCnXfhOujPnv1RAZIzbPa+YzVsZfhNmr32/
... 0mrpnAKIajIw4boYVnpRjSkzkX12BIrnu/WlAxzMbpvM+q+5nE32hDlrFAcjtzOdSvk7pjauzxIM00mFa6y/
... nQGBH99y+ZV1z4T4W9P/921bQ7FgP5gpjdBi9QHftbFWVXh8Q/R/
... b6s3ECxIDSqq0PFpsrZK6koUZo6dKcrIq8AhOEjWF8LNxNCD0Hwil6AUXSVt9WjwGN7pG3UXHb00GGKv43JI+
... PlEuWtcrNX1Ux7x2l8fs4bW0P1djqPGA95An+qbSv8pNfiVq5C73ab5JZW3CzbnaL8tskR4a6SlVf+F312rT+
... 95JRTOata7Ut8WXZwqgcWT+ogfD6HTGnL8SJPM/2D/uLcOIligUxGZDVM4IBA/3CbX/
... 166KFNyy1jqkExXJFPrM585AJ3QHBN1u3ICKpYzYmzoCL5qDBDOsFiV4+ee8pFt/
... 8n2M2gbTNFcw9mgw5tKnZyWCtcHEhjg681f/Y1BFGltz1MlnYSe/VOiy/YI9LTFaASudJGkuuN/
... 1b3r73r63BVFHmLLw/glDVqemG5llPFsJJI87r1G84EE3Z44SR1gkDQbwQprP1IM00TLw+
... 8O9yfvuyqjY4cS4D5B+XE8emh+w505bZ0snGPm2Ykr18iO95Akk7sw84D9YT27E+
... 4LiouQJTdMLOHy4V01GZCIm9btAcT1LveKhtTxmEj5+JhdvGXUJwYuMcMG1XG+
... hFV61JKJwOXKwc78WB5NxX2iuEKbJy1Bj3WKX4AtePbGIWsE3NzA/Rv14rtYK0IaNLkVFo4H+
... yj7ojfwMb2ARNrJ6VGfZ2kANu/izT9IpdTSgDoSVmwS1IuT5+Len6rZFDtoyZBxAq4EyYtOtOH+G5J0mF+
... 83akH2NBYCeajrvWMBzlFQYkylraPWa9YXcFNymJx+MdGL2im/6veiEiezcMd1CkX1Pq+
... 3A6IsuDCIRlDVz5HfWTsVKr3WVp1iYyte2veNtXkYfu9iX4IMmraP+
... Wc0MTqCo1bMsOkTqBEntecTzMzdNlfTnWX2tZB7CUDSHeHcIFzyAFmflPHry9o34x5hI25cM77ML8NNo3rQvI
... KJ5vbXZOuXCMRlL7bMSvhjYuOpRcWEFj0ylENbCIIKT4BFiTmsNysc4zTLh98y4MUD7vfetLwFf8mdCXgPg0Y
... 9zPvOlf/EahaAm/7sF+vxfvt67s58BFTxbMZQD+PyhFJGzNN3tmDisHO80y4hmB73+7K1i6D03+
... E2FX7rntdllzIVk1Ac5kBb+DZncPT082k4/I0yNkZJYeIpoUsnG/Yy4rk5r0aX9hFGMaXuA2HK1415/
... EIdBYJIErwEWcrwCSYkbXtkEMUQMGMFWQnSJknWp2GkfGnm6GGNkMIv8zxki4r1TF/mXo/
... rt1DqsfMFr4inVMr3tGHu4k8yq3/+tzhYfThyL5qwuxr/
... damGW51CeHKinPQZGAt1XcWmlos1NI0NYvIyhxvAFxRWZHxo26UGEaElwauN81uxtwQZtjjgV1bHtn8mlHT/
... LOZf+PYnRtGrT5jSaPOk/O36XCyBvJVVhWFyD0bg2BhaElRUZcYK8dxxreGvkw1pbE7jjiWoZseXQ/
... FvKGFAmIIsdiIMKFeINz88ZR5PsyUm3qRxXdb8W1uHhdd8LcXFyA99odzA+YQt+JhtbJ/
... xAn3gzuvObIidg1jzF4Go4qQFWUkh1OqUQaQnrWUsUHRmYUtpzupbDgSSZlsN9gMk8qqiECurUk3REErpzShli
... bxCIkiYWufuXkM85BetpK+pcO1ribe+yUCGwjJVlomQA065v8hFOKdvZ/UfdEIAgfqCOHfNt92YxwbRP7mjK/
... 6MDrICJ5ESNDoa0s0bdLjep2WILc9xcsZW64f11KuawiZDSs1hdMg8Rfk/SbX0tirmLIxPWia/D1u+
... JFhdTP4zJX2qbilf08hECvI5TJ6F1xIvydDGk6SZLilsDfHvSjjP/
... g6s6x8CBqVbcj4Unp5nolAnTDNdmCr1H2p//h/VecAcFnIbsnqk6RyFAjTg/
... oYbMO8Hb9uTaA83mTHgV5fMd6tJSun+vQb43UtAo9WRN8x8ZiESorHtuKwkaleDAJp/WyMlIo82bQsqd8ycb+
... RoXpdB50LcY6UsearBmOr+pLffTQfmZhvTDwj8lsz5aYt1Mzy+
... dQOHkLjtJXzyHDLZRyVXh46GJiBIUytg4JY7wtubij2clIEy3/gANLPO/
... py2nTO1oykXtiz1melHgoMBX9rBF1s5Nj8mCLwPMAkLulVk45nrhjVC/t9atpzkdISrzV8YjWT/
... 94Mtolqxi2RsA2E6ajtfLzv+klixODhurvJFUkMEgjDcf18WIa3IykZmMOliy/
... SVmOrT6fNIdQeHzhtHaZzx2xGOj6KsB7m/cBieSO1AJKg9YZ1ALxi6hpe2b+U0sK+
... l8esVx2w7sd1UKVbAXHmEHYiAA5JKnDUVuQk7Ppmdlm/7+5YsyN3HzVdAn01MFtsHiE/
... vWrVfkUBHA41RFV5tvpVjCQpfWThfT8cfU5MEtojnudLkyrC27o9D9zDR6thaLCKOKJdrNlMwMCFhSnsZ72n
... euqqFlkaOW1ofHiVsUT+ghhMLNk3jo7L1nC/QV4Ift9BkGuPYvLBggf0oy7x9iaG7/
... nrb0o9VpRpUZBZqvwnSlZst8VKB1M6xEAyDYW0qJqAZt7vHnwx0p/VaFhsuewL+
... RIXUuMssOjmw4P5496VEdnWAwhFfvBi4Yy4iiUpDuAB3nnhUi1npvzJq2dUkiAjvq4VVeDnXa65UukJa+
... 0dgPH6KZtupXmxxWlJXnttyyD46codmw+
... yzPvpHQwPvoRVWj1WBoXyXABTwE32KYU2FF2Fl7SzbvAyxslKViFX0ha0hOyprp/Ri3sARtF08dfzg5Q/
... 7IWkDa1pzNUPsaQgslPvlaeuajW6QrsRAJgIZSvRD+zEN4x/XvfcXu7OkYMzXxt0kKCLjO+
... 2llXC0nDl0Brh6VmRLJFIH7cC15a03o5aNz/CxLJcTXxlon+2U/y/tSVpN2/
... OwNHrnyrhxyuXgIkptfzzy3Knts3IqLgREjs2blUZw1vgT6NVYqodkpEJ/
... JtYVks2jhBSawL8Qjb4qYiK5fkCurUjrLPfI9sQRDVZY5xfhsrdnauXRPcLRXptftNT9EMso6mpNm3w+
... x0oDtCcp0N/TA4jzz0iWVEQnHDmVUKKc9MCeRaLWmJBGFunQIy/
... oJ5iCufbQPyXvrdy2Y3lC94hr90tHfgsJFt3squWjJSXwVszaPD/IDEq2FpUKrG668/
... TSvqxdB10aXgOFWzzcTJXyXmenW8/bEYPJp53WkGEnunsnNDzX9fVKbZlgrsrzIKhQPJuAWzHgHzOgv+
... nMRXRTYQ5b4JFA1FK8eJVj4b1CVauNkdvzdSUTa9Nm7FXrw/
... bE8oufQlcKT5Z04GP8bDEGkMUJy1Y4DGqDl8A6M5cUCYU2zYONq/
... ZbyO4EeESvUChhz9p6TiCMUXTbqX2kTIoLqxwqU2Y2zQq+tG6aRV+XqAQsT+OnJtbSiGcTtf+
... 4YXK2tVTcaEFlJQMl0ob90BHG0K69R8g+KlXfbs5IT/fTipEzTPeUzOMg+DptUepguwhH8tQoYDuJ+
... isMACkLxm5CkEeMcse67BkHhaiJLGbwZlpxLtdcpCT4/VRUWBMDsHgoSdXtMQWEHjTjEu+

78... cAzEsuAVP5l75xPR5Y8124r4admmWvEJ9XkUyj15qsbQ4eBlYBour0We/xb3N4Zcy7S2Vyl1sh28CWiQUpnvgg/+
... zJvMtZOWD7F5H8HK7XThGKhh3EzNJBwTc5MwZxM0iftXyGy4oV8MbKq/
... 9U1h72XrQPYbCj2iI11gODQ6NL24vkvJs4v5hM+DgyLXq17TweH/
... ckTnvFKiWjwT6yAIwsKTYEMJGrp5qw0ZWNoMIuqAULv1lt1GN5Q8IG/v5ix8NtOB37Rnpg94gi/
... 9jCDyoGAdn7Q6fQqACFRgX1Dr7I1nWCU3u2/uT7WSDqS6yeaHhSFaY5+98CK5KqUyfpiTc0LZ9LJDZvdHp/
... kGn6wJxzlKLBXhXFjcSH9MuvnyvyMpejtm5Vz9bFm0uBzT5ZypWaLXhrZdeydh4cLKKlSfqYYmsRCMnioGHR2
... 3YXzVrR6errnuRr4H621BaheoTT9EjzkE/bRc/WBCwyk49Jo03JbuVVvOBRB3oLDQ/
... 2TnyBuoUsYitUGfTvXLvqVbDtJFBdOIbOAUPr/yiakptxn1Y/BcsNGn+/Bghrk7Q0Q+
... DIUg3UZYJd2Tctkq4ORs2Mg0eK5F4GZMA42J5wHJEHBWd9OjYF6/fwdy/
... 9JbW4tN5JAXht7sClzWXEq2uztLSVKauAYYCfCoEbC91vBXe0E88DqS6pMn+baamHEk/UylLRSpt5+
... NaH8MgwhDWbUm5lphTektJDU32umauHvDcBnb6DD75XKROayeFhIvo6+
... nJQKgkwzXZF9d6DCL16WkBx8k3Wu9uWlc0CyzUwrxP0qFww38jTQjlFQEju1R4uRfEaM2yt2bcaFhmvlaJ7Vn
... GtNs7C0u2xlW3vVWgmWm+LGR08jaEaD2OwXFVz0+K/
... EzFBDrJoY4y84QntCBXLHT3yFa4zE2gnZ9t1C8EJSwJndOSboqF4Fw2b2aYqemoFrteUxcNs6pRz0qxVvQKBT
... NoTLjVIzIecp0NXAEzQ11+j8EzSnodkrzjOLp3HHC1KnDCRccVH500/
... AgAjwFxjtXmXpyACcQDfDQ5MIdWmCGbqbBxqyUSd065viXboYhn812xvititt7V0fur1rLSyPLdiJEYeG+
... DeTntF2L0l5bByuGX5cXT7nouTr2bw7+C9aEQgDJKlSoK43kRfUrVFfarznsHMqZ+
... deRc3t103jxsdbbvcHfWwDi4h2yndxsGXnt5XI9h7myNHFTv/
... AKcwXCmaGDQo0bDgtDsHddaJtcP29G1cqvip7FufjEXiW096Bn3mx8Cx8DGye6BivEQjf4VWJqELRkKQYDiQ0
... lj8oK6WvnrNcDp0lviY8EHFTF1h6AT6UN/U99JA2aQ0DxvX+rkxy9pCU0JFzT+UXVslrTCGptXAzRcmnOEy6+
... BVG+Kx2rLhJdH0WCovoOjZJGwFnficiSZR/KSP0BEaDJtKxjd6fwJldhAG3g/TNvdo+
... ysTlKfNDzIFUbtF0lb7XP0Ixn/vrCj1HeXAOKEEnSbwvbeE7GlA0kHIOFZqqcPidGo3+kM9Z0yQ+78ZL+
... jdURGTyxUhU4q1Cpu0+q2UUKmNLwj1NV/rGa+SCkgeMvqraTQE53k03Al7p8kQiqAKro4LLrVvgEVq/
... gzzJPJg5CQfy8xFkYMBFxGd4PjswdFcaSKGqbGvp6A/8g6DS3yawDZaHEriR5dJB9dQ7C+
... JQYYbcvSzCHotz6FUFpqHo30FIPqzZkEvOgfYhIzCxI+UrsFXDhWLLLMnEkxMN/
... 3DybYP5QAMr1L2uzDCQ0U0NTWMBN9mjnB1NyLPL2yLvSGHTGTWaA+
... Z6ZmAPJ2Xjs307HDYI1JulH5OvJdnu6iCDOKWSTEVKiOqLNDj33SyiVUecncu3qA5irfUPXLSoIEqp7sQ8vkK
... LbbQwfMyd/
... 4XPBbvGePa1gAEsaLr4GRpMCDYv8kiQZcz9a4Dl2Cilx69JpPtddUlQkvGvXrWxoY77ZTpceXM5GTNiJ52yn0
... mcmH/u/
... fXEeW4jtcAUn7CFis8ipi43067odzGMJM5g0IiMRLhJPG0suSAdEUr1HDXOL91jCHPLNTPW9FMaiVMohSIDgj
... J4jpBkw6pIXBk7h1ctJMJpR9EcRi0MBbymbzk+
... QZJj1buXZiekaRPtifboioVN9NcvGzBbsgTJ2um6WNZ4UOBx9l5BPtnRoNAdLlChQTUhupwIebvvdz56uP6Ap
... VG2Icx1HKkVl9KtYSxhR9yiXZFpDO6uvSFiI/cm1/
... 2oKsAkxRJX1xPKop5cCKJZwClLmBY0RSyvWQjgHfQ9FAseCprMLPOyrY6aaJmM6d+
... TuU3TrnTswhLJEleHmj5Y47iTdVLh7GfSBu8GNZz1hRmr4LU/
... RpSqyGcgccDVJNgETH7UTgan7r9oMGxfVac8R1dlmj1KR7VjfAPObzDjfJoQ4AIyDvwehdCkDYPVKXoIDWuue
... LY696kNIzVF7Ek8jzSUVC0Rp8eo/
... JfIxX9XeguJ1IICRCgGbKalP2yyGiDbpyLQJD62FGwY5zNWeyhV6YNyk4RTqD7wf6DKK87kdOV9yG4Mx0a/
... lRiNVy3BFEo4iOeujvdqiMZexCVM1dI4A0CBQZbLHMpeR5h3JojlCXAmaTUk/QBSI8E8iZWcBU/
... IgCz2JLfUXdw4o2aPi/R+aCXsTwoNCILkv21xH03fVJXtUpfomYP0J76vsJc/meWT3WAdrWP/
... jXtv4zxmGrHPRVSAiDWnqxF92k13MGS1urWLnTpfRelLM4EyjFTpbO9kDSN7of+kE1BbDXUamf/zW+
... JebYTJv6C7zJP49mGC+UhaIWkU0BmEJWZQOr8yQ9gJmavAqMOnRh3lWsjUnfa+O5IeN/
... ASkC7qJpYdg3bU80cb60hEjV7Kgp7+yimeiSUtyC1QOnarga0Wcb+
... lToWBOokU4d6m4KScbKfxFwoJWBWYbQx5xpi42ffcmvgt6oMoevL+
... zMnBmthT2R3SKI6KjzeePFaJl9yPfVtWTSB9520jA2M+zHwvHKdwFjtnchBtqUe+
... 888UrN3Zh5lU6avZWqegxNXfU0e48EeFiHylo3ynfy2c0OnhBknQ/PV1WmmT+
... DRTjjxWBl6ib9d7zs9mJgt3u1AJG56X0Mp4zKZ9WG5T+DT7/mfIcQPxTxW2aOqkNP+zN4kzZ+
... 9oMxROV4P39apr9wPDapncWnQAPaQRUh2xE7psu3p/
... Qrn4GDeu2lIk39MdsOMLp4KsIuaHVp50LOJ4dmAv1cIRvNHJ9772r0cW1XLNSyIYVJmmtYo/W17hWxSimztR/
... pss9OYhnsbhyeAOdgcHNkQws6T0DC1bJYeFloM3dMuDuRsjWNjOPoitqgvkvyuxEDZQQ1hZvmcmo5Oenh08aX
... RBJ288m3GrEgDr8eAysCiyoF5MzskNlF22XMrDUIokt0OowKgRvJXrtGI0WCQjonfHUxLu8hP2vWsSIsWB3YW
... trdXTpeCdJIwzZjB3lo5RwAvIf0kSKGaj10GwatAG5U8R6j++0dv6q+FgTf2YDAQlxWTfM6wNbcutRLs/
... dVP6s5EfTNMKJ49V97Ii3sX9FrZ2CDR3H9skJf4EZkex+/
... unsQVjBAkb34B2WPJa7Bs26A7XNL3NrCRMB08rD4YWZMkUFlxmvqukPpKpukGPc5voLGFN7uhIhfy8r86333y
... k/k68A5TxssftYBRN9GHJHsKwaVXMQA52z19qrGXYSjCCpeaQ12Z8cL8n1JiFSe8mpkPVw/Nsfqgue/
... Y4rJE38Hd+2Y2n+oOEzqhXy4kS4pDgLxn4cIQTZrm5AHlMAPvjpnM1Zom3qYG0PJnkCry/
... KIVvI9tKB6HPCrRFLtGPZOADkx2GjNWyTE5KGvT1qyE7MnsYEoxWI+x0+dHz+VINpRI+
... NhqhqMpKZCX8tXapMptTzuhVp/pwhOSH3hQOUv/zjkNhXB5Khk3MW4lAuxONbaqWLTOsgidt+
... lPtpCVAaXNTrjYZ75zsZ9A6WGhokugOQJiIgeoCNV0Keg/a7Ca0/mLh9NI1r2Z5+
... b0a3xNRIxZaP89ksxAtSRt0nzBTqbgtL1PG9KYo3a9OMju92gu0+6pD8AYIDqgeAbfar flpbJ/J0oNUs++
... 57YzUFMTaQH8XPLTrs+xasB7cotEW+HZtIcM3DFU+RUFRotRT7oyzf+eq4lhKKna2kLj0o6ZOcJuGCF7v5fdg
... +F/QkjpcMnvnil+WR5JVMyxPrU9baV7vnx3BQAMEhyiaaBxVnmJWG9qID4o2+D+
... WGTVhW41an9xvfrJ2dbscop4bfDoAH6SQESU2JNVy4Ge5tg//d1Cc9AtG/8g6A2THOuaYxP+
... GE5UFSSy3i2IvNcKK4R/qqvXgETQU94rvXyL8yGAobo7vp26zVsyif8fp9GKBLvATNCi5M7gwGez9Grpn+
... 101P+NIIMOBkZAZ5yHUnIcEyR1ROTR0eK90Mf9d7gn/
... jzmUspimaxpRwBjDmE63rIA06qcmFLqrvIqHaiRsFpOdtrMJt1jXBylq2aGAEBqDF+TVzPBKKqpdWRq3b2+
... 01HkPmT3MZoZjG4t/JCxpOqomM9bt5DE2+

78... KjwzaNAdRCCP4z2ZU68nSpUwNqkcteVxayGtUTERPQe3PxN2byE2n3XPJts2U7WsbxBByV29RLDSPmPMnyNB9
... cc0GnXLSAXrUDyqNH1Sf8xyYsU8jtKq0weQfk1CouPi6+l6VSEx8zUOHTZlaAnapbP9WNL+NMN/f1+
... U99VteauVI+TPwlwde5h8Ew6qsKaunNab3k7+9qKAQeq8F3vjV8nmAHGt1Rjt0WHGxqZwNZXYc6UHPdOnLL2+
... pQNhDcZ71daxXgTyrwFIxKibhFnLOUT68P3XtQj1zn5VEBmR+tvT/
... HAFv2kJxksTrjLodChD0WaAeEgGbvvBjLJwi519gERS71FLj2ShCJpw4Ew4qpMiz+
... gmFMc19Z4YAdCWjdQcjl6O3kq1JEzBH4PGYr/+m29nz9ARg30HInm9w7ZTzXItpPd7D2Zb+RCtxzpbq/
... NQvSSlZ4RboBFZhRn8zV6P853cjy3F8VddtqqEs/XaWUsEMG/
... J8S6uqhOzWvFryUinn8fZiOfS2p9vx8qGtxkz2zTB2dOUKBPvLJskcLIirP/
... r9U9317faPDQWCnEgxWvaj1WLBdsFnitws/cC1Ha6BW89t51McgAODDbV11aQ8wVmNOHr3rS/
... QkuqD3ZnIIwDsG4miMmuIr3lGC2YYtM4FhalNkI5V5oi/Ik4/0blHQbeNJjr+8nQOyGUrc/
... qtrT1vj1plqf0BXkO47hgs5rHrn4qtd3qerDQ9PYpiOFlvGQpr0at6ZMCPZdXa56ExrCm5HjqWJaeA/
... fpjODLLs7Ud5c7upZJVn4gxu8jZUPoelptPvPa7hSaCuIZMX2kiw9UgzQc0UKBjYJnSZqoNyK5zZGJG10/
... LNTUsTA7Z21PxmMNSnWpu30Lb8Vvbgfwfi6mTwJSCDZHbEaT2g+
... 9n6vQYHrZSwvIIsCuQnjaXCNs9CBMYgHfT1TKHVPOOarDXyvRf878RXwJoATTV5iUPV+
... j8Ue8EKlcBUgO9N6Vq2WpHn/5bMlCS8D/
... MhgcAG31L1kRSqzQbdz4PidlSjWKICoYPV2ssRrcsDNn4tS4kYzbVjLtFQtdiwKqd4upBffvgaDDHjJrs71Gi
... FZAwEj/rLzYPkcXSWS5Z/X48NcCE+3S8e3641OetXR4GxWLq9K3a59AvJUdUpiQZoxWGbuX6DYLMZ2/
... 76iD8yzCrDShrJoPWUaavYGKQexSnOd6MN2YtlXGDHllsh7i6zSh6TvSxjahI0kpK63rtmD170xoLkRLLB58s
... B1fIKHsU6DA+Pq51FfP4bMVe7OghuY9n2DtXIjrTUOqpbC1E0btXw0uPLIre//0YGkmjmyskB8aNma+oT7Tz+
... yYL86nVsQ10S2yKpYt20EszIP5PCo0AFhQWz/zwu3wxGRdo1bzH+O82xeBjLYNj/C/UMiYEV+
... dwV4rt19pnqidcQiz9OiSpEFd1bUtAkg4PZJjjrVVUFhX+iRmQ5PcVDWcOfkFNfLZ4H6LFLnfNZoj+WIr3v+
... S2m4aPfvh++o2ZGKpYVSEgP/WXkkRzw+YJvn/
... Y2fWdkE6G3eGUxv5JxFXOeano79gv5meARHPbo7rmNiJOhrzaf5/
... cYgSOToal2ADsGWtiFL1Vjk6iUD6j0T3xaZbGhhHZTKmeRftspfiOZGmSFVPtsQAjKyG/RBgn4ilhsn9R5/
... MYZFtaPEoqHmOtGcjpdR79K2EheNM2zIrhrQfH6uQVWtUdL241xU9P8ix2aP/
... p9snshsYKm98hgvVuRIqYpZbqHYG0ueK2MRpMvVung3WGD4FQu7NBF5GyGiBAr4Mg0Q0ZqAZfAXA8n7pVj8Vu
... /vyAEf7zDiUsY8zz0LvlMITELScothP6RXQnZmzzaa78ejufs+b4XgcJ4yAmWv/DN1iXV+fy37gk7q0Dn+
... l4qqHhWIKP9ywkKXPFXhYM8Jl XpGKeqXdwOFBW3q6bYlA9JaNLltF7LSAhQJrD96qjuHTbRSgvTnfaSkhLGaI
... v7OJQ46Fb8Mcx4QRDXIBvCrJfIBWqGV+k6RYch1fFMn3yd9c0DHXskPwC8F60f+nkUC1I1k2o+
... oEHGaMzX9dKSuNLgB4kYruwJUEwz6O00pdsZh3a8ZO8IoPmqPLqiPNz3Nd238uBld1Taku7o2ui9ZeicL9dja
... ysRTkf6X4eQyHDtk7C/6+rZV3wdU8Ov4oR4cuy+eDWtN6DS3o+B+9q2Dg3MFVbNclrAFa+
... nR03zYiQKKlDIRGgCEt7kK+bN+3g0TUXEl1+njTE5eimbbhc9vf7Vc90AtaT/
... lrE6yoVFQ3sfAxYPhXN5Sf1D61TAeDv1tm6M7TNmGtqri8XkhuyTxL35vXZ14PZLfYlDoRo4GjVtX3nAYyb6D
... WgyiTIOBRMRNiKcztqDBvCrA1hrZAaFM3eweT3xwij92IqbO/ZJHU72JxD/vBwrCFISz+
... wB2egPPNGOy8lYxrv0AB7Z0tCB1+3IFkjpbG885WPaFop+
... LoEylPgrcshYLf5cvV9jseqmhFR0tR8LKdKncaQcSK/
... IAVWCXzXkeuN9avJQ51xSDyFyEyfjXzRRmV0HDSs3C23Zmv+fo+wc1WG9VjUAjLwNb/hTsNQ9pc/
... L15sCqYW7miG2IFaTljFDOfqcNe21OK2hKvaBjcKRK78ewRrBa4ELzM9iYALB6o49Fhl6utqKcJqfHM7lNSHg
... YdBZA72mlLK8dP6VCKKgehdiO98KcbWnJ0YcQcqZmRwMYp0hOwLJS0nlEiWwHwhYTitYyMPFKMS10b5v2D7uY
... kBUNrLpfPnJlthkj0u+
... Qcg62Q2lJXOiqxMooqJOwOswOJw5So3a7f5c2Czyq5UU7VR0YO3mlC94HXsTZ1pFudAveAPIUmemeE8nJI21A
... RTaWBNe5A0nshxJvqtIoIkhKc1cXjDbkotUPa4qgtX5HT/EHrhXYqy+3srSXLL1NPYB2pc/
... ZlPVA6Q6r7urBeQsd3CoVfdbKr8xI1RXpSUDWVh0q9kcafzlnwD2zg3eAc3JzThHxOi7FDa7SiVqs7XlpsChp
... RpOTHEj7FbPB1dOeTXfQWmLGdpFLRuxXxcHCMLliO1KKxttoTI2HBIEVkkyETlaGBmQ3mP/+tWU879zJiU+
... upOlLnKJ4OXuhSC5a2T728OFUzD9my4yn/
... E7qkLQtB8N0VqOM1U3tT6vic5Dd2YIvrOQlvd8YCeYRcztfgwVqcxXSFXqOBTdUEQibc7FoYNibQbNixXV5l
... /Z0gNxZuz7EOOplXX5TfBsq/mKXGS6c2Sw/
... VRIK4q7ob3icTHX0p11KObnlA9SyskBIjrUUptJgCSCv9MV6w8CbNn4nL1uuy45nHpLph8VnX5WPiciL9YtWO
... gCDyWaqgAlIEGGTt6+XQ0KpO/
... dgNCgn9PpuI6NLzbcJjQZP5RZdqo0vCFQ4ayxjr88Axd9CxaCFNwuwJgvwd5QNPM/+armQD38+
... roRaDiWviIJnV7a1IpTnQV5yeRktjMIdmcp/F208lkVWuEZtKucT6iLD68kUsxuLY3+
... qYtpJCiqmqXVYT366JORvqis1ndZUe0ttbhll4qrc5+pNvarJty4WHckH299Y5MrMy4G/
... qthM2CZfo2iIxbfywd4D/
... NRmdvf6ilexXQkkI7H2JPqgOMo8PLCouHcTgpVEENJsVstgZTDCEGxRH8lDiB2KeTndaBAEpzTiK4isC6B+
... cK0uA/
... fh1zWbSIPdWAQKS5FPF5rWO98BDqWoOdd5rgUp8NLyZbv69I9OfT5IMhMdFFJFQQ16p4VP9ZKmB4ydW58SlST
... E50ad76pgR83LuqZ+vAJPgUP1s/1hPjd7iM4oHyn4D6feRE/zivMTl6onWChJRiNpdNil2+Z/
... lls4N9LF7kpAbz2fOyzGBlF6OQTReQZOSYL6NWMFbvbE8YAdmcDvXYy9yDJYEWYPHZlQ3D79xf8ud6ck4tSR4
... IKGSTJUgPzNZfPqR5C5g1myCWgYJnAhyl+
... MDX257Xgv0yPRZzNsJDZD0Uu5MrLXzmlX8bn3W6b2DNpvaoL3pVzmIkhlWkR1thTTIb7D8/RcRVU/
... N6J4L51W2IyByPUtTkUmktimf4BVJSI5u5NKp112jHmiddaAvxl2YEFIdpXy593VRiXwWTJXiUaGezqeVbte3
... vRJBJdgIPxFYHE8RYurozhul3yX8SP35QW7aN5YJoESLe4Q+3tKoIJ/0VDcFMKAYwp+
... gIKhjMBj8mdMd5xeUOrVdn8srozJjqr8DUsOZjBa/
... ldxsWln1pNXi4LVidPXQrxhB8oD1jvqQUgx1144oPs1dWRSrM/2kih2rUTFRlrVNvgy8TyGKC+
... VmhxHKrAIafjLcVdjsg384gmPD7QOznpMq9BM5jyGVTSibDTJ3dLQONN6sc3yXNQ712pRAhaLEcQvwdnr9mVb
... 2LCPx7eo9eLqevJxfArvZIgkIS1rymZWrFrhenIXHiZASQ+Npb8IYyXcc3SQPPYovQyqTGe1f97rJWTLYgc+
... ft644YxKpT1mxTmq+
... lzzIv7XVzpovmIiJqLejN6uk4bNmXMFL71eG9pJ2gw4Lno4QPwS35YAZiedBVOUz96Q5kjCR8yWn7f7+

78… TGxOo9PsBgUDeL9UPQACt6UgPSto5jd9GSBXkHmLm1344s1Prsbo0XvpKr6y6WTLpU9XEnMRb+
… aOXwgL7MmdhqMUWAH+dVo+NhfNnDicj2+bgMMotrzi2I7WGv3lII+/oVn3ON/xdmzhxzVtPVzSse4wfe+
… AHU8bNI+Ehj2Feu/gPhDJhsoXXV7rvj71vvGr5lz+
… YOu18sTmQITowANkFXyTdXYTjIzMchfjhJhCfkJXC14LhM9ezWARAZsFLo3PT6poVY+
… bXswA3pDbjerP1c7k5Bu66SfkIWF6MIkuQMtKX6sdi1TyY9DepFSicrqDjGC9HkQ67VeJq2bZo9AeutkP1Jzl
… Jd7UZs/iGPrCymXy1fgZFXzCFHDt/pKT472bGFIOehscxK3ImIm/Yt32b1jQLiQ9O+nGm/0+
… zsXSctYrnNxS7P3c7sIQhVHdUYDMMnoC4MG6dTXk28g3K0/
… vkrgQKsmssPB6Ya6qLC0T6rJvaLJM32YIu7ZYB8DpHcQECAuMvhXFzqkrSDKhLiDdk1sxhe6kJp2LnDegpUBz
… AP6a+Vu75oIhAg3C7F/1VVEB+cB9e69KtQXeJrQimc+DlGtBl6dfoOHmZOMMMBqRWH3dNbAFfh+
… ry806SsWT0DexGEF0U5Zaj9dvp9uptDv+C8mTtA/ybEVnnVotqd2dRgcm3OC30eE++
… s07q7YCuqzds28dWECL4Bp3TQVQlhtMvTdYfVZPr5xHSggo1e+UuAKep6yO1H4kVTMYA65bTZf/
… kqPnSEHr9weuRQLip6yCcQPeymX3HhYLXyH7oXmhnED46O2C8XLXt0cZtY9eR0YvA8qYSLiSyIQUNSix10Bar
… VcezPlbFag4egpncLK0PN+
… wyza8eg8xNQsHNq5ma1pseKS3Qx224zR2hT6WbcrmTnVhjELf65DbJOHIdwjBiRmnsgVfeX1CThl642AV4a/
… s9uUG9iLl/aE3TilHgdq4DNytJLGhFAKjIWUH3iJfxBhFm3iQwrNGX434JXLENFQqkIXgHipSl+
… Md0Typ2pTUXTwDloMx64gs7Kt08CImhNPcUxDaEB3p5fv6oWb2KgTI/4wDigCEdYUs4rUsybvjOgMNL0JEiWi
… +Xl0Zrbckv4U+gE6+GzbTSGV3nSOC9spG2rmKa5jZxLQpJvfO7ZZs/qmX09EgGY3QLEJNH30SOLqqD+
… d4wiuCAhbpSJvzxL+IwyLmTwVScu3dp2naZLDWijMZEdLfEFGkzHfHXtnW34xpcqGUYPdL+
… TGPtfjASEKV4SLVFu25N1l65SkB9zFl+TKt+2RhAlPZdor/Plmssle876/
… 2VFPJoOlGrNgzAsQV8Uj8dAfgXQo4HBdkYzG5JTJmJ3n6wd/IAELuMky8Xyu/fq+j/MqfErmrMADQ5S4jWsl/
… YDgzNRpbjKnQ1qgQyAzuYpeQrK1H1WTiEky3dLAFCWJ7DTr6kNFpPQLEHvN062nkOi4wfYFz55AzY32BGwjUE
… pW7ctYX9fLF9dtQdLfpC7SvWYGxXidzR+cWAAmlEQlCgpVLNHFxOd3WI4+/xvSmiJz8Cz/
… j81QpjDcofuInJtyD/2tnMSiJHBtMsUGkGGPkb25pB6XuCa2u5RL27DdAsBW/uIMKqv+
… 5N2ztu0bZG2881XyXCFjHqQ1alR/
… keEnVTgMtKpnyvTn05jGoJtiEECyIS0mvgeO4DEF3AgELKr3xsaqN1m8Fyk0+
… VkgZxzixP85dsBKX730V8udEzrrxN63V/
… 7X0qqMgEUDfxXZqkiqSrIkQUlqZznIUZFKPmRQbO9gkgBc199oLJ4Pv2AMcfQABhGuAwPvPyt/5/8Po+
… gLi2rr+
… mRSpsxhzDGpV2zt4rNUiFlkhTeFZBY9z20FpeCOAnTLnez4hVHNt5xVYoflMCoBalx1tK90YO18Y2EYLWzhx8
… BKJlkWXpZJZoO+qGDo5Bi0NkYdXkcMPjE3N8lSV/SurTke7aPyYkuAAh7tLEk3J2kM7CIBT8UwngczyrsU/
… C208qjOEspdfcaT5fC0+
… ctB14cp5j3umxWcxIr34BlPHedqH2CJJa31m6hPHgRyjDstR297nyJR5ukrwZbZPgzHihvy+ecseNLDCC/
… LDXqH1SIpOaksfW8pj9bfYzOghLmgUZUnAbipMC0Lx4XNn+lB+6bInAqB6qJk7KtgI6QGwyeq+
… sBmToU3pzqtm/Kv4eD/cdcndT2sixBHdHwaJ205dv4T3NiVU5JXuw==" />
79
80  </div>
81
82
83
84  <script type="text/javascript">
85
86  //<![CDATA[
87
88  var theForm = document.forms['Form'];
89
90  if (!theForm) {
91
92      theForm = document.Form;
93
94  }
95
96  function __doPostBack(eventTarget, eventArgument) {
97
98      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
99
100          theForm.__EVENTTARGET.value = eventTarget;
101
102          theForm.__EVENTARGUMENT.value = eventArgument;
103
104          theForm.submit();
105
106      }
107
108  }
109
110  //]]>
111
112  </script>

```
113
114
115
116
117
118  <script
 …   src="/WebResource.axd?d=exmDyfF6Ko3bAQJxR_oSTfSxbso6t88_-
 …   g2rJT1YK9Snz4pNaT_wcHJ8laYtiHZ3Ieex4TmUyV_lszgz0&amp;t=635802997220000000"
 …   type="text/javascript"></script>
119
120
121
122  <script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&
 …   window.jQuery.fn.hoverIntent)) document.write(unescape('%3Cscript
 …   src="/Portals/0/Skins/AMH/amh_menu/hoverIntent.js"
 …   type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"
 …   src="/Portals/0/Skins/AMH/amh_menu/amhMenu.js"></script>
123
124  <script src="/DesktopModules/EasyDNNRotator/js/jquery.easing.1.3.js"
 …   type="text/javascript"></script>
125
126  <script
 …   src="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/js/jquery.
 …   multicarousel.min.js" type="text/javascript"></script>
127
128  <script
 …   src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
 …   =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
 …   Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
 …   928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
 …   2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3a0c73de62-0d2d-
 …   4abd-8baf-ae65d0b06e04%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
129
130  <div class="aspNetHidden">
131
132
133
134      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
 …   value="CA0B0334" />
135
136      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
 …   value="" />
137
138      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
 …   value="JApyub8NXYpNN67TMzXEKB2P+RAr4uwQRcp0XYruoqXO7U8uaFWDG/zldFxmKODuv5mZJ7OKs/
 …   DMKmDRp2BwWQSpWSlaG38avZWQ9Zekq9ZC2yFPpZcj99tU1s3tz0IwgyzZTxa2X//5XTPYHiT3qd0S1+
 …   KCuiBLtGC95XeUtxmdUu9LhbcVDR2BUMWB6l3otcc1sULbwykdmZ6kD5ntCzXgZWL7f1xbUKYURnX1tfURiBJ
 …   MCchmEur5/jfGpgpZY53/
 …   EPipGlmy5HATBx8IPv90ZT5aSW9PMj4ysbjHHkajCnCUXBWQpL8DCWxG7dqHFxBZ9ujVABbtUt7zNagMt8MY2
 …   TeVVVjoWjW9jsu+feHNrYP/hIsneEF6IMNcThZAW8KN3HZdHcsWa3Gdu5f1Hp0YJ/
 …   Vm1CSzLEMIfpAS4jIRe6VrFjSaS4vUtsaEsGuD/tHKCLspcVjRbsgkrKFjTDYXMKXQYCkV+
 …   3r1gv2H3PdQgSqJQRBSAB5x4dnwlLFZr/EABW+CmVo2nwX1vc10K5sg+K31TG/
 …   LDJgJ5NRRlIc4hXunWj0Um9udGwGJRvB4WBkzI9K8w9eP9iSRYaP4Iv1PLRTB3KBWXvaTcQEg9JRXnLtACv//
 …   1tV/RUPGMms43ZSocFg/RHY2rAnY1ssR2Zt9a5OqvUGIlC9HcIagEcyaFBW0LCI/
 …   wQ82xPm0AbcpfZXpfYTvdG+
 …   YPyJsKowNuNNVLjPl6e014Y1gdSjrhjhY2ofadjLS1bHgyROSTIG684yskLuagxlv5zHl31aM52J64xKdY0k
 …   jzTQ3otwboiD9C73D6nlHimMtgubd7oBVcnGkHNhsrWYdqmjKNghr7XsrRh50Tosw3EjkK8L8HP8gDitUTx/
 …   Kc7y/
 …   Ht3KYwYZEJtY11RrEFpZeXYLHWTDtu4Lt7GeqgDJ1aqgt3lbf6cC9JKS2sqP0Bp4M3dlIsK4jtyQZhnHY7N7z
 …   nx7iSF85mbMtvWUyV0QKFmXo4AHz+cg/zRxOMOJJV+0EJBMJ5OuTaMwVqdgOhBDq16XJnb8wv+
 …   v0RJLAphby4xNnYpWwTmEvK8i+nggG/3+
 …   7OhUp5c4dOZkQ3q2Px1wNG1NETN0kEewiYGOApm22XPJSF5nko9JYOGe1wU1HtHytaEJma3BX0sSpys7vMQrQ
 …   /BoIeDE1GdR+
 …   uAPk59FxeRDZipppcQqR8pGV8tPEVMHd2zYIWoq7mpnKzMEBCTruCzpvR9CB9eJUaOghTTOfp1Hum8AI25L7Y
 …   xXW7qm5tD4QtMc5/fHh9KLI1EgN0P7QAHQdIwZNDcFPwHoXoKvXDP5BPU6+
 …   GNuGPqvt4klLuyiU6uRFbnUjKMNMKxgSxhgOEmSJiGyuiP/
 …   rNovX9tXSlwMqGSe8hX1OUNexBlwrnC408mEKE4cf8STI0KZFO9hj+
 …   y7OnCEXNzKwCFR2A0wNCfF15G0wSMi4qTirddeEM/ccokYDsaUIRMr6ApqS5cG58zSUXbPQwJzX3jl/
```

138...  cHEpb9Qgujhp52owwo4C5vv1z98cvG79Gd0vzs/5qLEAvhiQfRc7rrE7D9PyprqeBb6+
...     tJwuXe5PsuQBI1muPUcMuPuLP534JJZHT5OmV+v5GXti+
...     eV1LbfnFbyOfqT5lHGcJPcLqIqVrJBxpIzvsyVl3GcAXJqZVnbU3odeMf6pEohR2PWyCc42dVj8v38Oj4jjJr
...     9d/RSV97PWLbpHqtY3ijXhMJY3zl/CPpeEAzMvpvsaSS8w45ovsjSovCbJ7oCrSK9wQ/zPgtEvB9+
...     6dXY5jSfcow9MtvSqmAudiKMexKvsuyxBBRO3HTEnv/
...     oA2KpMSkZ3VFAf3OSZSVyBE19l5ILlg5FVvpj4QtrRCWnrkFZHEQajNGcReX83DExhvdgYlENQocNoUx0UtK6
...     X70EfsZQH9YGTAiabCN8QVDQ7l+3d3uu6kFew8YQjj+e56q05FNJ4dW8DVdrDAAOQg6xq8e+
...     XUCj7sfMCTw7fdowohxdbJoOAMDpwBafaodGhRI0mnquHaIN99OL0+
...     5fjxP6ylTz1reIfalLFn2WLsDZqRQPmH0Dt3CNM+/
...     PCF8K3mPay3NwbpN6xUFOxE8v8cIg7IRafzglGfSjgDYhY1vLtEfhCjOBMnn3q4e3nt8IluSEyEafL/DJgD/
...     P4HkD2KEkLxHz6F9whEbQmqCXa6/Ws0L1zlKdbTKp4NwKH4Ja+x0z+ltcgqCSpP2D2xz5VMI1x1pmxsX4+AyV
...     +StfohWt5FwC/w4j+jgtThHfQoJuJwH8cHG8Eb6+B6Hwo2UL/a5iDbaKIut/5f6Y/0q3Wd6K6Q9/fRbCk26/
...     2x2Cap9kGV4B949sPq23c7GJT+
...     kI1S8QkE0JT3U3KQO36Whpb0FcV4mxLg7Y1mKK2FLB4ZdMsYrWuB7uyVQmZaDMphXaSUXiKXlINDlmjAkot2c
...     Us+xfGwN9i7jQ5oDH06nbGzeyJUiB0hsM57/GecCrXc/qzUcxFfEhItA4tPd/mF3ZZFh6Dc2b6CksS+
...     ldTQN6lXIvKB6vC2USEPT+C7HjcQw+PIEuvvRDuUn+
...     TGpFcvW3PoejBUNeNcdiY7zX6j5xWmGTLuzWEQiOFDjlKQY4d8u8h2JQdwaebSvpbGYcOocniH034L4rPiMqv
...     sR7jbgNgWSWJP1LKMB45dMjY9U/GpoCUxQGohwxKvA/SpZeQlcazKACOHYHmAc+
...     nl7U8tf1RWsnRh4vSkqz526Hslp4JMEtGDWe9DJzwndM1OwBMBC2fpXBepGhrB0BUsrlSCvXa9iVttK
...     85ZvNYRJyMX6k6Fq1x5ut8q4aaOA3vS3An8DMC8jW4GEdlWPksQOB+
...     DHlnSD4ZsWPTVu4yImpEkbrDZWnBTYpBmqM4u9DqdApnag3VuP1aPx7fhPQFq2Chir4vjb9BF3FIQVi89Ug6o
...     tOH54+dzB7XlJM06z9EzcJdKhCCkVNNFUe98I2ME9e5MoE8t+pStwqCXUp3uJdvgzwSGNXXh+
...     CCE5k2ExNxtIOj1tnLPKbFE7n6tP8pS4Se70qCpZZwOrd9v1M6zsfoheOAo7HWuaov9eXkebOU0u17Num4sM2
...     2Cov6VCDc7LdnfyD5dZMMB7P0D9BLTiJVZGS26SMkG3RW2LLV6q95xAfMQcIw+eLzbBV+
...     cH4css6uQc3uqP1BncAPBVQs8/UdYoBaJfWRrS0HrE+rnM4JkM7Yk81oPKWIwxS+
...     qlg0lxw0nUugIZ74t7i48wF4hEnVGE+8J3fc47amrkEBcyPj2RgfYkthGFows+
...     tgclPRT7ObuGgd2h3KqBls3J/FQ4QRTsRZb4TO3NoUhWcfkOBftYxdiXDPpqR6aD3+
...     llYFftu0zOcF4U9Fayj5pKpQV42V25nyPnCqTdcQ5XntgpUK6vBy08/
...     QeOVd3zjJ3JmXIQ2EyfioJ6OBoEnpKUmM/yHK/Sqfi5y8HB+IIyUf+3RR10RWt7EwfSt+FUcZ9SZrsEN+
...     lO7rF87FFo+QV2oq85N4EdQ8VvfGunS0N6k51NzC34Le9JvfEX5p2vwer88LYbZtnslaeNBfpJiui/
...     F8W87wMvC9ef68GmAnuGalg+X10zgqvxx/fqL+
...     94ZVbguVK2VfDQcQATN7hwkGf5XOq4xa5RiVFCH6nmnzkl2tx4r8NUVqnLI83I0subQFZy6n5dpa2pXhaSWsw
...     fTQ+8JELC0k8/ewyhYGGOkefwPkPvJii5ExhAiFLUL4dPu84o1k7m81dTCxnbOajek1sO61XRr+
...     R8AC6rlLWewXcFsKJK/5bGCcTqi21SoOZLQwVake9g3uXcSoNTi2RTOIUUm/rfgKtdWYzCv5mHH7Qw/
...     rExXbIY623ZHTlDAVsvA03z4jBG5zegg4uOVw3VXP8LGZjT2BOCL8afoqUL2Y=" />
139
140     </div><script src="/js/dnn.js?cdv=117" type="text/javascript"></script><script
...     src="/Portals/0/Skins/AMH/js/bootstrap.js?cdv=117"
...     type="text/javascript"></script><script
...     src="/Portals/0/Skins/AMH/js/jquery.fancybox.js?cdv=117"
...     type="text/javascript"></script><script
...     src="/Portals/0/Skins/AMH/js/global.js?cdv=117"
...     type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=117"
...     type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=117"
...     type="text/javascript"></script><script src="/js/dnncore.js?cdv=117"
...     type="text/javascript"></script><script
...     src="/Resources/Search/SearchSkinObjectPreview.js?cdv=117"
...     type="text/javascript"></script><script type="text/javascript">
141
142     //<![CDATA[
143
144     Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
...     '');
145
146     //]]>
147
148     </script>
149
150
151
152
153
154
155
156
157
158
159

```
160  <div class="push">
161
162      <!-- Header : row1,2,3-->
163
164
165
166
167
168  <link
…    href='http://fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
…    700italic,800italic,400,300,600,700,800' rel='stylesheet' type='text/css'>
169
170
171
172  <!-- Google Search -->
173
174
175
176
177
178  <!-- Logo for print -->
179
180  <img src="/Portals/0/logo.png" alt="BJC" class="printLogo" />
181
182
183
184  <!-- Header -->
185
186  <!-- Row 1: phone-->
187
188  <div class="row1 hidden-xs">
189
190      <div class="container gradient">
191
192          <div class="col-md-6 col-sm-7 row1Left">
193
194              <span>Find a doctor or make an appointment: </span>
195
196              <a class="tel" href="tel:8003920936">800.392.0936
197
198              </a>
199
200          </div>
201
202          <div class="col-md-6 col-sm-5 row1Right">General Information: <a
…    href="tel:6184637311" class="tel">618.463.7311</a></div>
203
204      </div>
205
206  </div>
207
208
209
210  <!-- Row 2: Logo & Search-->
211
212  <div class="row2 logoRow">
213
214      <div class="container">
215
216          <div class="row grid">
217
218              <div class="col-md-6 col-sm-6 row2Left">
219
220                  <div class="row mHeader">
221
222                      <div class="col-xs-1 visible-xs mHeaderL"><a
…    data-toggle=".mobileMainNav " class="mOpen open-left-button"
…    href="javascript:void(0)"><span class="icon-menu"></span><span
```

```
222                 class="iconLabel">Menu</span></a></div>
223
224                     <div class="col-sm-12 col-xs-10 mHeaderM">
225
226                         <div class="hidden-xs">
227
228                             <a id="dnn_ucHeader_dnnLOGO_hypLogo" title="Alton
    Memorial Hospital" href="http://www.altonmemorialhospital.org/"><img
    id="dnn_ucHeader_dnnLOGO_imgLogo" src="/Portals/0/logo.png" alt="Alton Memorial
    Hospital" style="border-width:0px;" /></a>
229
230                         </div>
231
232                         <a href="/" class="logo">
233
234                             <img src="/Portals/0/logo.png" alt="BJC"
    class="visible-xs" />
235
236                         </a>
237
238                     </div>
239
240                     <div class="col-xs-1 visible-xs mHeaderR"><a
    data-target="#modalContact" data-toggle="modal" class="mCall"><span
    class="icon-phone"></span></a><span class="iconLabel">Call</span> </a></div>
241
242                 </div>
243
244             </div>
245
246             <div class="col-md-5 col-md-offset-1 col-sm-5 col-sm-offset-1 row2right">
247
248                 <div class="input-group">
249
250
251
252
253
254 <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
255
256     <div class="SearchBorder">
257
258         <div id="SearchIcon" class="SearchIcon">
259
260             <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
    src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
261
262         </div>
263
264         <span class="searchInputContainer" data-moreresults="See More Results"
    data-noresult="No Results Found">
265
266             <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
    maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
    autocomplete="off" placeholder="Search..." />
267
268             <a class="dnnSearchBoxClearText"></a>
269
270         </span>
271
272
273
274         <ul id="SearchChoices">
275
276             <li id="SearchIconSite">Site</li>
277
278             <li id="SearchIconWeb">Web</li>
279
```

```
280        </ul>
281
282        </div>
283
284        <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
     href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
     ;)">Go</a>
285
286    </div>
287
288    <script type="text/javascript">
289
290        $(function() {
291
292            if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
     {
293
294                var searchSkinObject = new dnn.searchSkinObject({
295
296                    delayTriggerAutoSearch : 400,
297
298                    minCharRequiredTriggerAutoSearch : 2,
299
300                    searchType: 'S',
301
302                    enableWildSearch: true,
303
304                    cultureCode: 'en-US',
305
306                    portalId: -1
307
308                    }
309
310                );
311
312                searchSkinObject.init();
313
314
315
316
317
318
319
320                // attach dropdown search
321
322                if (typeof dnn.initDropdownSearch != 'undefined') {
323
324                    dnn.initDropdownSearch(searchSkinObject);
325
326                }
327
328
329
330
331
332            }
333
334        });
335
336    </script>
337
338
339
340                </div>
341
342                <div class="contactWrap hidden-xs">
343
344                    <a
```

```
344…   href="/Patients-Visitors/Visiting-a-Patient/Maps-Directions-Campus-Map"><span
  …   class="icon-get-directions"></span> Get Directions</a><a
  …   href="/Patients-Visitors/Contact-Us"><span class="icon-contact"></span> Contact
  …   Us</a>
345
346                          </div>
347
348                      </div>
349
350                  </div>
351
352              </div>
353
354   </div>
355
356
357
358   <!-- Modal Contact Box on mobile-->
359
360   <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
  …   id="modalContact" class="modal">
361
362       <div class="modal-contact">
363
364           <div class="modal-content">
365
366               <div class="modal-header">
367
368                   <h4 class="modal-title">Call Us</h4>
369
370               </div>
371
372               <div class="modal-body">
373
374                   <div class="mBtn">
375
376                       <div class="mBtnLeft"><span class="icon-phone"></span></div>
377
378                       <div class="mBtnRight">
379
380                           Find a Doctor or Make<br>
381
382                           an Appointment<br>
383
384                           <a class="tel" href="tel:8003920936">800.392.0936</a>
385
386                       </div>
387
388                   </div>
389
390                   <div class="mBtn">
391
392                       <div class="mBtnLeft"><span class="icon-phone"></span></div>
393
394                       <div class="mBtnRight genInfo">
395
396                           General Information<br>
397
398                           <a href="tel:6184637311" class="tel">618.463.7311</a>
399
400                       </div>
401
402                   </div>
403
404                   <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
405
406               </div>
407
```

```
408        </div>
409
410        </div>
411
412    </div>
413
414
415
416    <!-- Row 3: Top Menu -->
417
418    <div class="row3 mainNavRow gradient hidden-xs">
419
420        <div class="container">
421
422            <div class="topNav">
423
424                <!-- DDRmenu v02.00.01 - amh_menu template --><script
    …  type="text/javascript">
425            jQuery(document).ready(function() {
426            splitSubMenu(3);
427            });
428        </script><ul class="megamenu" id="megamenu">
429
430     <li class="&#xA;              level0 item1"><a class="level0"
    …  href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Doctor</a></li>
431
432     <li class="&#xA;              level0 item2"><a class="level0"
    …  href="http://www.altonmemorialhospital.org/Medical-Services">Medical Services</a><div
    …  class="childIndicator"></div>
433
434        <div class="sub">
435
436        <ul class="tempUL">
437
438            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Birth-Center">Birth
    …  Center</a></li>
439
440            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Breast-Health">Breast
    …  Health</a></li>
441
442            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Cancer-Care-Center">
    …  Cancer Care Center</a></li>
443
444            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Diabetes-Management-
    …  Center">Diabetes Management Center</a></li>
445
446            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Digestive-Health-Center">
    …  Digestive Health Center</a></li>
447
448            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Emergency-Services">
    …  Emergency Services</a></li>
449
450            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Heart-Vascular-Center">
    …  Heart &amp; Vascular Center</a></li>
451
452            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Imaging-Center">Imaging
    …  Center</a></li>
453
454            <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Human-Motion-Institute-
```

```
454…   Rehabilitation">Human Motion Institute Rehabilitation</a></li>
455
456        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Laboratory-Services">
  …   Laboratory Services</a></li>
457
458        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Neurology">Neurology</a><
  …   /li>
459
460        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Nutrition-Counseling">
  …   Nutrition Counseling</a></li>
461
462        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Orthopedics-Services">
  …   Orthopedics Services</a></li>
463
464        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Pediatrics">Pediatrics</a
  …   ></li>
465
466        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Senior-Care">Senior
  …   Care</a></li>
467
468        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Sleep-Disorders-Center">
  …   Sleep Disorders Center</a></li>
469
470        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Surgical-Services">
  …   Surgical Services</a></li>
471
472        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Twin-Rivers-MRI-Center">
  …   Twin Rivers MRI Center</a></li>
473
474        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Medical-Services/Wound-Care-Center">Wound
  …   Care Center</a></li>
475
476     </ul>
477
478    </div>
479
480  </li>
481
482  <li class="&#xA;             level0 item3"><a class="level0"
  …   href="http://www.altonmemorialhospital.org/Patients-Visitors">Patients &amp;
  …   Visitors</a><div class="childIndicator"></div>
483
484    <div class="sub">
485
486      <ul class="tempUL">
487
488        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Patients-Visitors/Contact-Us">Contact
  …   Us</a></li>
489
490        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Patients-Visitors/Make-An-Appointment">
  …   Make An Appointment</a></li>
491
492        <li class="subheader"><a
  …   href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Physician</a></li>
493
494        <li class="subheader"><a
```

```
494…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Becoming-a-Patient">
   …    Becoming a Patient</a></li>
495
496…        <li class="subheader"><a
   …    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
   …    ">Financial Assistance &amp; Billing Resources</a></li>
497
498…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Visiting-a-Patient">
   …    Visiting a Patient</a></li>
499
500…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Request-Medical-Records"
   …    >Request Medical Records</a></li>
501
502…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Family-Care-Pharmacy">
   …    Family Care Pharmacy</a></li>
503
504…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Cafeteria">Cafeteria</a>
   …    </li>
505
506…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Gift-Shop">Gift
   …    Shop</a></li>
507
508…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Newsletter">Newsletter</
   …    a></li>
509
510…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Spiritual-Care-Chapel">
   …    Spiritual Care &amp; Chapel</a></li>
511
512…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Interpretive-Services">
   …    Interpretive Services</a></li>
513
514…        </ul>
515
516…      </div>
517
518…    </li>
519
520…    <li class="&#xA;                level0 item4"><a class="level0"
   …    href="http://www.altonmemorialhospital.org/Classes-Events">Classes &amp;
   …    Events</a><div class="childIndicator"></div>
521
522…      <div class="sub">
523
524…        <ul class="tempUL">
525
526…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Classes-Events/Support-Groups">Support
   …    Groups</a></li>
527
528…        <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Classes-Events/Classes-Screenings-Events">
   …    Classes Screenings &amp; Events</a></li>
529
530…        </ul>
531
532…      </div>
533
534…    </li>
535
536…    <li class="&#xA;                level0 item5"><a class="level0"
```

```
536…  href="javascript:void(window.open('https://www.altonmemorialhealthservicesfoundation.
…    org'))">Giving</a></li>
537
538  </ul>
539
540              </div>
541
542          </div>
543
544  </div>
545
546
547
548  <div class="mobileMainNav">
549
550      <div class="container">
551
552          <div class="topMobileNav visible-xs">
553
554              <!-- DDRmenu v02.00.01 - amh_mobile_menu template --><script
…    type="text/javascript">
555          jQuery(document).ready(function() {
556          splitSubMenu(3);
557          });
558          </script><ul class="megamenu" id="megamenu">
559
560    <li class="level0"><a class="&#xA;               level0"
…    href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Doctor</a></li>
561
562    <li class="separator"></li>
563
564    <li class="level0"><a class="&#xA;               level0"
…    href="http://www.altonmemorialhospital.org/Medical-Services">Medical
…    Services</a><span class="icon-arrow-right-generic childIndicator"></span><div
…    class="sub">
565
566        <ul>
567
568          <li class="back-button"><a href="javascript:void();"
…    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
569
570          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Birth-Center">Birth
…    Center</a></li>
571
572          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Breast-Health">Breast
…    Health</a></li>
573
574          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Cancer-Care-Center">
…    Cancer Care Center</a></li>
575
576          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Diabetes-Management-
…    Center">Diabetes Management Center</a></li>
577
578          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Digestive-Health-Center">
…    Digestive Health Center</a></li>
579
580          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Emergency-Services">
…    Emergency Services</a></li>
581
582          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Medical-Services/Heart-Vascular-Center">
…    Heart &amp; Vascular Center</a></li>
```

```
583
584        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Imaging-Center">Imaging
    Center</a></li>
585
586        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Human-Motion-Institute-
…   Rehabilitation">Human Motion Institute Rehabilitation</a></li>
587
588        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Laboratory-Services">
…   Laboratory Services</a></li>
589
590        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Neurology">Neurology</a><
…   /li>
591
592        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Nutrition-Counseling">
…   Nutrition Counseling</a></li>
593
594        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Orthopedics-Services">
…   Orthopedics Services</a></li>
595
596        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Pediatrics">Pediatrics</a
…   ></li>
597
598        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Senior-Care">Senior
    Care</a></li>
599
600        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Sleep-Disorders-Center">
…   Sleep Disorders Center</a></li>
601
602        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Surgical-Services">
…   Surgical Services</a></li>
603
604        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Twin-Rivers-MRI-Center">
…   Twin Rivers MRI Center</a></li>
605
606        <li class="subheader"><a
…   href="http://www.altonmemorialhospital.org/Medical-Services/Wound-Care-Center">Wound
    Care Center</a></li>
607
608        </ul>
609
610      </div>
611
612    </li>
613
614    <li class="separator"></li>
615
616    <li class="level0"><a class="&#xA;                    level0"
…   href="http://www.altonmemorialhospital.org/Patients-Visitors">Patients &amp;
…   Visitors</a><span class="icon-arrow-right-generic childIndicator"></span><div
    class="sub">
617
618        <ul>
619
620        <li class="back-button"><a href="javascript:void();"
…   class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
621
622        <li class="subheader"><a
```

```
622…   href="http://www.altonmemorialhospital.org/Patients-Visitors/Contact-Us">Contact
…    Us</a></li>
623
624          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Make-An-Appointment">
…    Make An Appointment</a></li>
625
626          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Physician</a></li>
627
628          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Becoming-a-Patient">
…    Becoming a Patient</a></li>
629
630          <li class="subheader"><a
…    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…    ">Financial Assistance &amp; Billing Resources</a></li>
631
632          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Visiting-a-Patient">
…    Visiting a Patient</a></li>
633
634          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Request-Medical-Records"
…    >Request Medical Records</a></li>
635
636          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Family-Care-Pharmacy">
…    Family Care Pharmacy</a></li>
637
638          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Cafeteria">Cafeteria</a>
…    </li>
639
640          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Gift-Shop">Gift
…    Shop</a></li>
641
642          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Newsletter">Newsletter</
…    a></li>
643
644          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Spiritual-Care-Chapel">
…    Spiritual Care &amp; Chapel</a></li>
645
646          <li class="subheader"><a
…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Interpretive-Services">
…    Interpretive Services</a></li>
647
648       </ul>
649
650     </div>
651
652   </li>
653
654   <li class="separator"></li>
655
656   <li class="level0"><a class="&#xA;              level0"
…    href="http://www.altonmemorialhospital.org/Classes-Events">Classes &amp;
…    Events</a><span class="icon-arrow-right-generic childIndicator"></span><div
…    class="sub">
657       <ul>
658
659
660       <li class="back-button"><a href="javascript:void();"
…    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
661
```

```
662            <li class="subheader"><a
...    href="http://www.altonmemorialhospital.org/Classes-Events/Support-Groups">Support
       Groups</a></li>
663
664            <li class="subheader"><a
...    href="http://www.altonmemorialhospital.org/Classes-Events/Classes-Screenings-Events">
...    Classes Screenings &amp; Events</a></li>
665
666        </ul>
667
668      </div>
669
670    </li>
671
672    <li class="separator"></li>
673
674    <li class="level0"><a class="&#xA;                level0"
...    href="javascript:void(window.open('https://www.altonmemorialhealthservicesfoundation.
...    org'))">Giving</a></li>
675
676  </ul>
677
678            <ul class="contactWrapM">
679
680                <li><a
...    href="/Patients-Visitors/Visiting-a-Patient/Maps-Directions-Campus-Map"><span
       class="icon-get-directions"></span><span>Get Directions</span></a></li>
681
682                <li><a href="/Patients-Visitors/Contact-Us"><span
...    class="icon-contact"></span><span>Contact Us</span></a></li>
683
684            </ul>
685
686        </div>
687
688      </div>
689
690  </div>
691
692
693
694
695
696
697
698  <script type="text/javascript">
699
700      $(document).ready(function () {
701
702          var rootId = 'home';
703
704          $("#navmenu > li").each(function () {
705
706              if (this.id == rootId) {
707
708                  $(this).addClass("active");
709
710              }
711
712          });
713
714      });
715
716  </script>
717
718
719
720
```

```
721
722        <!-- Rotating Banner -->
723
724        <div id="homeBannerArea" class="homeBannerArea">
725
726            <div class="container">
727
728                <div id="dnn_TopPane" class="h_TopPane">
729
730                    <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-950"><a
name="950"></a><div id="dnn_ctr950_ContentPane" class="empty"><!-- Start_Module_950
--><script type='text/javascript'>
731    // Conversion Name: Home Page
732    // INSTRUCTIONS
733    // The Conversion Tags should be placed at the top of the <BODY> section of the HTML
page.
734    // In case you want to ensure that the full page loads as a prerequisite for a
conversion
735    // being recorded, place the tag at the bottom of the page. Note, however, that this
may
736    // skew the data in the case of slow-loading pages and in general not recommended.
737    //
738    // NOTE: It is possible to test if the tags are working correctly before campaign
launch
739    // as follows:  Browse to http://bs.serving-sys.com/Serving/adServer.bs?cn=at, which
is
740    // a page that lets you set your local machine to 'testing' mode.  In this mode, when
741    // visiting a page that includes an conversion tag, a new window will open, showing
you
742    // the data sent by the conversion tag to the Sizmek servers.
743    //
744    // END of instructions (These instruction lines can be deleted from the actual HTML)
745    var ebRand = Math.random()+'';
746    ebRand = ebRand * 1000000;
747    //<![CDATA[
748    document.write('<scr'+'ipt
src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=819607
&amp;rnd=' + ebRand + '"></scr' + 'ipt>');
749    //]]>
750    </script>
751    <noscript>
752    <img width="1" height="1" style="border:0"
src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=819607
&amp;ns=1"/>
753    </noscript><div id="dnn_ctr950_ModuleContent" class="DNNModuleContent
ModResponsiveRotatorC">
754
755
756
757
758
759    <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
/>
760
761    <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
762
763    <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
764
765
766
767
768
769        <div class="rotatorRow">
770
771            <div id="rotatorNav"><a class="btn prev"><span
class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
class="icon-arrow-right-marquee"></span></a></div>
772
```

```
773                    <div class="rotatorWrap">
774
775                <div class="owl-carousel owl-theme" id="rotator">
776
777
778
779          <div class="item" id="homebanner1">
780
781              <div class="captionWrap">
782
783                  <div class="caption-border">
784
785                      <div class="caption">
786
787                          <h2>Alton Memorial is the hospital for me and my family.</h2>
788
789                          <a class="learn-more"
     href="/Medical-Services/Birth-Center">Learn More <span
     class="icon-arrow-right-generic"></span></a>
790
791                      </div>
792
793                  </div>
794
795              </div>
796
797          </div>
798
799
800
801          <div class="item" id="homebanner2">
802
803              <div class="captionWrap">
804
805                  <div class="caption-border">
806
807                      <div class="caption">
808
809                          <h2>Our Breast Health Institute: Complete care, right
     here.</h2>
810
811                          <a class="learn-more"
     href="/Medical-Services/Breast-Health">Learn More <span
     class="icon-arrow-right-generic"></span></a>
812
813                      </div>
814
815                  </div>
816
817              </div>
818
819          </div>
820
821
822
823          <div class="item" id="homebanner3">
824
825              <div class="captionWrap">
826
827                  <div class="caption-border">
828
829                      <div class="caption">
830
831                          <h2>Convenient cancer care puts the focus on living every
     day.</h2>
832
833                          <a class="learn-more"
     href="/Medical-Services/Cancer-Care-Center">Learn More <span
```

Page 53

```
833…    class="icon-arrow-right-generic"></span></a>
834
835                        </div>
836
837                    </div>
838
839                </div>
840
841            </div>
842
843
844
845            <div class="item" id="homebanner4">
846
847                <div class="captionWrap">
848
849                    <div class="caption-border">
850
851                        <div class="caption">
852
853                            <h2>With heart and vascular care, experience matters.</h2>
854
855                            <a class="learn-more"
    …   href="/Medical-Services/Heart-Vascular-Center">Learn More <span
    …   class="icon-arrow-right-generic"></span></a>
856
857                        </div>
858
859                    </div>
860
861                </div>
862
863            </div>
864
865
866
867            <div class="item" id="homebanner5">
868
869                <div class="captionWrap">
870
871                    <div class="caption-border">
872
873                        <div class="caption">
874
875                            <h2>Emergency care for all ages, from BJC HealthCare</h2>
876
877                            <a class="learn-more"
    …   href="/Medical-Services/Emergency-Services">Learn More <span
    …   class="icon-arrow-right-generic"></span></a>
878
879                        </div>
880
881                    </div>
882
883                </div>
884
885            </div>
886
887
888
889            <div class="item" id="homebanner6">
890
891                <div class="captionWrap">
892
893                    <div class="caption-border">
894
895                        <div class="caption">
896
```

```
897   h2>Orthopedic and surgical care that's tops in the River
...   Bend.</h2>
898
899                            <a class="learn-more"
...   href="/Medical-Services/Orthopedics-Services">Learn More <span
...   class="icon-arrow-right-generic"></span></a>
900
901                            </div>
902
903                    </div>
904
905                </div>
906
907            </div>
908
909
910
911                    </div>
912
913            </div>
914
915        </div>
916
917
918
919   </div><!-- End_Module_950 --></div>
920
921   </div></div>
922
923            </div>
924
925        </div>
926
927
928
929        <!-- Video -->
930
931        <div class="row5 vidRow">
932
933            <div class="container">
934
935                <div id="dnn_TopPane2" class="h_TopPane2">
936
937                <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-553"><a
...   name="553"></a>
938
939   <div class="home-feature-container">
940
941        <div class="title">
942
943            <span id="dnn_ctr553_dnnTITLE_titleLabel" class="titleText">We're Dedicated
...   to Keeping Our Neighbors Well:</span>
944
945
946
947
948
949
950
951        </div>
952
953        <div class="clearfix"></div>
954
955        <div id="dnn_ctr553_ContentPane" class="home-feature-c"><!-- Start_Module_553
...   --><div id="dnn_ctr553_ModuleContent" class="DNNModuleContent ModEasyDNNrotatorC">
956
957
958
```

```
959   <script type="text/javascript">jQuery(document).ready(function () {
      jQuery('#edr_multicarousel553').multicarousel_1_1_1({ resizeable_container: true,
      orientation: 'horizontal',viewport_crop: {top: 0,bottom: 0,left: 0,right:
      0},navigation: {show: true, css_class: 'circle', autohide: false,previous: {position:
      {horizontal: 'left',vertical: 'top',h_offset: 0,v_offset: 0.28,h_as_ratio:
      false,v_as_ratio: true}},next: {position: {horizontal: 'right',vertical:
      'top',h_offset: 0,v_offset: 0.28,h_as_ratio: false,v_as_ratio: true}}},pagination: {
      enabled: false },draggable: { enable: true },slide: {duration: 1000,step:
      'item',infinite: false, easing:'swing', interval: 0},unique_id: 553});});</script>
960
961   <div id="edr_multicarousel553" class="edr_carousel NewsOne 0" style="width:
      95%;height: 350px; margin: auto;">
962
963       <div class="wrapper" style="height: 350px; width: 100%; top: 0px; left: 0px;">
964
965           <div class="slider" style="height: 365px; width: 100%; margin: -15px 0 0
      -22px;">
966
967               <ul><li style="width: 251px; height: 350px; margin: 15px 0px 0px
      22px;"><div class="box3">
968
969       <a
      href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
      ArticleID/118/AMH-Adds-New-Radiation-Oncologist"  target="_self"><img
      src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid118Dr. Vlacich - Copy.jpg"
      alt="" /></a>
970
971       <h2>Dr. Gregory Vlacich, MD, Ph.D, will be joining the Alton Memorial Hospital
      medical staff on Aug. 1 as medical director of...</h2>
972
973       <div class="readmore">
974
975           <a
      href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
      ArticleID/118/AMH-Adds-New-Radiation-Oncologist"  target="_self">Read more<span
      class="icon-arrow-right-generic"></span></a>
976
977       </div>
978
979   </div>
980
981   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
      class="box3">
982
983       <a
      href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
      ArticleID/116/AMH-Opens-Joint-Wellness-Center"  target="_self"><img
      src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid116Joint Wellness Center -
      Copy.jpg" alt="" /></a>
984
985       <h2>The AMH Joint Wellness Center is now open on the ground floor of the Olin
      Wing, adjacent to the Human Motion Institute, to guide...</h2>
986
987       <div class="readmore">
988
989           <a
      href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
      ArticleID/116/AMH-Opens-Joint-Wellness-Center"  target="_self">Read more<span
      class="icon-arrow-right-generic"></span></a>
990
991       </div>
992
993   </div>
994
995   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
      class="box3">
996
997       <a
```

```
997    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/115/Dr-Thomas-Brummett-Opening-Pain-Management-Clinic"  target="_self"><img
       src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid115115Dr. Brummett - Copy.jpg"
       alt="" /></a>
998
999        <h2>Dr. Thomas Brummett, M.D., will be opening a pain management clinic on the
       Alton Memorial Hospital campus later this...</h2>
1000
1001       <div class="readmore">
1002
1003           <a
       href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/115/Dr-Thomas-Brummett-Opening-Pain-Management-Clinic"  target="_self">Read
       more<span class="icon-arrow-right-generic"></span></a>
1004
1005       </div>
1006
1007   </div>
1008
1009   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
       class="box3">
1010
1011           <a
       href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/114/AMH-Earns-Six-PRC-Awards"  target="_self"><img
       src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid114PRC Awards.jpg" alt=""
       /></a>
1012
1013       <h2>Alton Memorial Hospital won six prestigious honors at the 2016 PRC
       (Professional Research Consultants) National Excellence in...</h2>
1014
1015       <div class="readmore">
1016
1017           <a
       href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/114/AMH-Earns-Six-PRC-Awards"  target="_self">Read more<span
       class="icon-arrow-right-generic"></span></a>
1018
1019       </div>
1020
1021   </div>
1022
1023   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
       class="box3">
1024
1025           <a
       href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/112/Duck-Pluckers-Ball-Nets-a-Record-97710"  target="_self"><img
       src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid112Duck Pluckers II.jpg"
       alt="" /></a>
1026
1027       <h2>The Alton Memorial Health Services Foundation&rsquo;s Duck Pluckers Ball was
       rewarded with a near perfect day at Nilo Farms on...</h2>
1028
1029       <div class="readmore">
1030
1031           <a
       href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
       ArticleID/112/Duck-Pluckers-Ball-Nets-a-Record-97710"  target="_self">Read more<span
       class="icon-arrow-right-generic"></span></a>
1032
1033       </div>
1034
1035   </div>
1036
1037   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
       class="box3">
1038
```

```
1039    <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/110/Eunice-Smith-Home-Resident-Earns-College-Degree-at-Age-91"
...     target="_self"><img src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid110110Mary
...     Downard - Copy.jpg" alt="" /></a>
1040
1041    <h2>Mary Downard will turn 92 in June. She earned her Associate&rsquo;s Degree in
...     General Studies from Lewis and Clark Community...</h2>
1042
1043    <div class="readmore">
1044
1045        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/110/Eunice-Smith-Home-Resident-Earns-College-Degree-at-Age-91"
...     target="_self">Read more<span class="icon-arrow-right-generic"></span></a>
1046
1047    </div>
1048
1049  </div>
1050
1051  </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
1052
1053    <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/109/Food-and-Nutrition-Services-Helps-You-Become-'Salt-Savvy'"
...     target="_self"><img src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid109Salt
...     reduction - Copy.jpg" alt="" /></a>
1054
1055    <h2>Alton Memorial Hospital has received a $10,000 sodium reduction grant from
...     the Illinois Department of Public Health to develop...</h2>
1056
1057    <div class="readmore">
1058
1059        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/109/Food-and-Nutrition-Services-Helps-You-Become-'Salt-Savvy'"
...     target="_self">Read more<span class="icon-arrow-right-generic"></span></a>
1060
1061    </div>
1062
1063  </div>
1064
1065  </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
1066
1067    <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/105/Volunteers-Honored-For-Service"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid105Irene - Copy.jpg" alt=""
...     /></a>
1068
1069    <h2>Alton Memorial Hospital held its annual volunteer appreciation luncheon on
...     April 27, with the theme of &ldquo;The World is a...</h2>
1070
1071    <div class="readmore">
1072
1073        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/105/Volunteers-Honored-For-Service"  target="_self">Read more<span
...     class="icon-arrow-right-generic"></span></a>
1074
1075    </div>
1076
1077  </div>
1078
1079  </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
```

```
1080
1081        <a
     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
     ArticleID/103/Wake-Up-to-the-Possibilities"  target="_self"><img
     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid103Sleep Lab - Copy.jpg"
     alt="" /></a>
1082
1083        <h2>When Rodney Gillson traveled to St. Louis from his home in northeast
     Minnesota for a long-awaited surgery, he found out there was...</h2>
1084
1085        <div class="readmore">
1086
1087            <a
     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
     ArticleID/103/Wake-Up-to-the-Possibilities"  target="_self">Read more<span
     class="icon-arrow-right-generic"></span></a>
1088
1089        </div>
1090
1091 </div>
1092
1093 </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
     class="box3">
1094
1095        <a
     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
     ArticleID/102/AMH-Wound-Care-Center-Honored-With-Distinction"  target="_self"><img
     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid102Wound Care distinction -
     Copy.jpg" alt="" /></a>
1096
1097        <h2>Alton Memorial Hospital physicians, leaders and clinicians gathered recently
     to celebrate the Center of Distinction Award, which...</h2>
1098
1099        <div class="readmore">
1100
1101            <a
     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
     ArticleID/102/AMH-Wound-Care-Center-Honored-With-Distinction"  target="_self">Read
     more<span class="icon-arrow-right-generic"></span></a>
1102
1103        </div>
1104
1105 </div>
1106
1107 </li></ul>
1108
1109            </div>
1110
1111        </div>
1112
1113 </div>
1114
1115
1116
1117 </div><!-- End_Module_553 --></div>
1118
1119 </div>
1120
1121 </div></div>
1122
1123            </div>
1124
1125        </div>
1126
1127
1128
1129        <!-- Health News Sticker -->
1130
```

```
1131        <div class="row6 stickerRow hidden-xs">
1132
1133            <div class="container">
1134
1135                <div id="dnn_ContentPane" class="h_contentPane">
1136
1137                <div class="DnnModule DnnModule-HealthNewsFeed DnnModule-559"><a
…    name="559"></a>
1138
1139
1140
1141 <div class="healthLibraryContainer">
1142
1143        <div id="dnn_ctr559_ContentPane"><!-- Start_Module_559 --><div
…    id="dnn_ctr559_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
1144
1145        <div id="dnn_ctr559_View_divContainer" class="healthNews">
1146
1147
1148
1149
1150
1151
1152
1153
1154
1155
1156
1157
1158
1159
1160
1161
1162
1163
1164
1165
1166
1167
1168
1169
1170
1171
1172
1173
1174
1175
1176
1177
1178
1179
1180
1181
1182
1183
1184
1185
1186
1187
1188
1189
1190
1191
1192
1193            <div class="healthNewsTicker">
1194
1195                <ul id="js-news" class="js-hidden">
1196
```

```
1197      <li>
1198
1199        <a
 …   href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
 …   6&amp;contentId=713294">Deep Brain Stimulation Tested for Early Alzheimer's</a>
1200
1201      </li>
1202
1203      <li>
1204
1205        <a
 …   href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
 …   6&amp;contentId=713283">Space Travel May Pose Risks to Heart</a>
1206
1207      </li>
1208
1209      <li>
1210
1211        <a
 …   href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
 …   6&amp;contentId=713333">Health Highlights: July 28, 2016</a>
1212
1213      </li>
1214
1215      <li>
1216
1217        <a
 …   href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
 …   6&amp;contentId=712912">Health Tip: Choosing a Pregnancy Pillow</a>
1218
1219      </li>
1220
1221      <li>
1222
1223        <a
 …   href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
 …   6&amp;contentId=712913">Health Tip: Keep Kitchen Surfaces Clean</a>
1224
1225      </li>
1226
1227  </ul>
1228
1229          </div>
1230
1231
1232
1233
1234
1235
1236
1237
1238
1239
1240
1241
1242
1243
1244
1245  </div>
1246
1247
1248
1249  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
 …   rel="stylesheet" />
1250
1251  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
 …   rel="stylesheet" />
1252
```

```
1253
1254
1255  <script type="text/javascript"
      src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
1256
1257  <script type="text/javascript"
      src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
1258
1259
1260
1261  <script type="text/javascript">
1262
1263      $(function () {
1264
1265          var $container = $('.healthNews');
1266
1267          var $customPageTitle = $("#customPageTitle");
1268
1269
1270
1271          var displayMode = 'HealthNewsTicker';
1272
1273          switch (displayMode) {
1274
1275              case 'ListByTopic':
1276
1277                  $container.find('.rtIn.content').each(function () {
1278
1279                      var title = $(this).attr('title');
1280
1281                      if (typeof title !== 'undefined' && title !== 'undefined') {
1282
1283                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
      15px;">' + title + '</div>');
1284
1285                          $(this).attr('title', '');
1286
1287                      }
1288
1289                  });
1290
1291
1292
1293                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
1294
1295                  break;
1296
1297
1298
1299              case 'HealthNewsTicker':
1300
1301                  // start the ticker
1302
1303                  var options = {
1304
1305                      titleText: "Health News: <span class='date-string'>" + new
      Date().format("MM.dd.yyyy") + '</span>',
1306
1307                      displayType: "fade"
1308
1309                  };
1310
1311
1312
1313                  $('#js-news').ticker(options);
1314
1315                  break;
1316
```

```
1317
1318
1319            case 'ViewContent':
1320
1321                var $viewContent = $container.find(".viewContent");
1322
1323                if ($viewContent.length > 0) {
1324
1325                    var $title = $viewContent.find("#regularTitle");
1326
1327                    if ($title.length > 0) {
1328
1329                        $customPageTitle.append('<h1 class="pageTitle">' +
...    $title.text() + '</h1>');
1330
1331                    }
1332
1333                }
1334
1335                break;
1336
1337        }
1338
1339    });
1340
1341 </script>
1342
1343 </div><!-- End_Module_559 --></div>
1344
1345 </div>
1346
1347 </div></div>
1348
1349        </div>
1350
1351    </div>
1352
1353
1354
1355
1356
1357    <div class="row7">
1358
1359        <div class="container">
1360
1361            <div class="row">
1362
1363                <!-- Right Pane -->
1364
1365                <div class="col-md-8 col-sm-12 col-xs-12 h_rightPane">
1366
1367                    <div id="dnn_RightPane">
1368
1369                    <div class="DnnModule DnnModule-PhysicianFinding
...    DnnModule-731"><a name="731"></a>
1370
1371
1372
1373 <div class="physicianSearchContainer">
1374
1375    <div id="dnn_ctr731_ContentPane"><!-- Start_Module_731 --><div
...    id="dnn_ctr731_ModuleContent" class="DNNModuleContent ModPhysicianFindingC">
1376
1377
...    <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=117)-
...    -->
1378
1379 <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=117)-
```

```
1379…  ->
1380
1381   <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=117)-->
1382
1383   <!--CDF(Css|/DesktopModules/PhysicianFinding/css/site.css?cdv=117)-->
1384
1385   <!--CDF(Css|/DesktopModules/PhysicianFinding/css/responsive.css?cdv=117)-->
1386
1387
1388
1389   <script
  …    src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-Il2YFs1k-
  …    AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
1390
1391
1392
1393
1394
1395
1396
1397
1398
1399
1400
1401
1402
1403   <span id="dnn_ctr731_ViewPhysicianFinding_lblError"
  …    style="color:Red;font-weight:bold;"></span>
1404
1405
1406
1407
1408
1409           <div class="physician-search physician-info-group">
1410
1411               <div class="physicianInfoGroup">
1412
1413                   <div class="physicianInfoWrap">
1414
1415                       <div class="box-heading physicianInfoBar visible-xs">
1416
1417                           <h4 class="box-title">
1418
1419                               <a href="#physicianInfoPanel">
1420
1421                                   <span class="barspan"><span
  …    id="dnn_ctr731_ViewPhysicianFinding_lblPhysicianInfoGroupTitleMobile">Find a
       Doctor</span></span>
1422
1423                                   <span class="baricon icon-accordion-closed"></span>
1424
1425                               </a>
1426
1427                           </h4>
1428
1429                       </div>
1430
1431                       <div id="physicianInfoPanel" class="box">
1432
1433                           <div class="box-inner">
1434
1435                               <h2 class="hidden-xs">
1436
1437                                   <span
  …    id="dnn_ctr731_ViewPhysicianFinding_lblPhysicianInfoGroupTitle">Find a
       Doctor</span></h2>
1438
1439                               <div class="boxRow">
```

```
1440
1441                        <div class="col-md-6 col-sm-6 boxLeft">
1442
1443                            <div class="boxLeftWrap">
1444
1445                                <div class="boxLeftTop">
1446
1447                                    <h4>Search By Name</h4>
1448
1449                                    <div class="input-group">
1450
1451                                        <!-- 2013.2.717.40 --><span
 …  id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_wrapper" class="riSingle RadInput
 …  RadInput_Default" style="width:100%;"><input
 …  id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox"
 …  name="dnn$ctr731$ViewPhysicianFinding$txtSearchBox" size="20" class="riTextBox
 …  riEmpty form-control searchInput" value="Search" type="text" /><input
 …  id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState"
 …  name="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState" type="hidden"
 …  /></span>
1452
1453                                        <div class="input-group-btn">
1454
1455                                            <input type="submit" class="btn
 …  btn-search" value="Go"
 …  onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
1456
1457                                        </div>
1458
1459                                    </div>
1460
1461                                </div>
1462
1463                                <div class="boxLeftBot">
1464
1465                                    <h4>Search by Specialty</h4>
1466
1467                                    <div class="selectWrap">
1468
1469                                        <select
 …  name="dnn$ctr731$ViewPhysicianFinding$ddlPhysicanSpecialty"
 …  id="dnn_ctr731_ViewPhysicianFinding_ddlPhysicanSpecialty" class="physicianSpecialty
 …  form-control">
1470
1471          <option value="">Choose a specialty</option>
1472
1473          <option value="ADPSY">Addiction Psychiatry</option>
1474
1475          <option value="ADMED">Adolescent Medicine</option>
1476
1477          <option value="ALLE">Allergy</option>
1478
1479          <option value="PALLE">Allergy-Pediatric</option>
1480
1481          <option value="ANEST">Anesthesiology</option>
1482
1483          <option value="PANES">Anesthesiology-Pediatric</option>
1484
1485          <option value="ASM">ASM</option>
1486
1487          <option value="AUDIO">Audiology</option>
1488
1489          <option value="EP">Cardiac Electrophysiology</option>
1490
1491          <option value="PCARD">Cardiology-Pediatric</option>
1492
1493          <option value="CTS">Cardiothoracic Surgery</option>
1494
```

```
1495          <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
1496
1497          <option value="CARD">Cardiovascular Disease</option>
1498
1499          <option value="CHIEF">Chief Resident-SLCH</option>
1500
1501          <option value="CHABU">Child Abuse Pediatrics</option>
1502
1503          <option value="CLINI">Clinics</option>
1504
1505          <option value="COLRE">Colon &amp; Rectal Surgery</option>
1506
1507          <option value="CONVC">Convenient Care</option>
1508
1509          <option value="CCARE">Critical Care</option>
1510
1511          <option value="DENT">Dentistry</option>
1512
1513          <option value="PEDDN">Dentistry-Pediatric</option>
1514
1515          <option value="DERM">Dermatology</option>
1516
1517          <option value="PDERM">Dermatology-Pediatric</option>
1518
1519          <option value="PDEV">Developmental Pediatrics</option>
1520
1521          <option value="PDIAG">Diagnostics-Pediatric</option>
1522
1523          <option value="ECHOD">Echocardiography</option>
1524
1525          <option value="ELECT">Electrodiagnostic Medicine</option>
1526
1527          <option value="EMERG">Emergency Medicine</option>
1528
1529          <option value="PERMD">Emergency Medicine-Pediatric</option>
1530
1531          <option value="ENDO">Endocrinology</option>
1532
1533          <option value="PENDO">Endocrinology-Pediatric</option>
1534
1535          <option value="EPILE">Epilepsy</option>
1536
1537          <option value="EPIPD">Epilepsy-Pediatric</option>
1538
1539          <option value="FP">Family Practice</option>
1540
1541          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…   Surgery</option>
1542
1543          <option value="GAST">Gastroenterology</option>
1544
1545          <option value="PGAST">Gastroenterology-Pediatric</option>
1546
1547          <option value="GENE">Genetics</option>
1548
1549          <option value="GENP">Genetics-Pediatric</option>
1550
1551          <option value="GPSYC">Geriatric Psychiatry</option>
1552
1553          <option value="GERI">Geriatrics</option>
1554
1555          <option value="GYONC">Gynecologic Oncology</option>
1556
1557          <option value="GYN">Gynecology</option>
1558
1559          <option value="PGYN">Gynecology-Pediatric</option>
1560
1561          <option value="HANSR">Hand Surgery</option>
```

```
<option value="HRTRA">Heart Failure/Transplant Card</option>

<option value="HEMA">Hematology</option>

<option value="PHEMA">Hematology-Pediatric</option>

<option value="HEPA">Hepatology/Liver</option>

<option value="HEOPD">Hepatology/Liver-Pediatric</option>

<option value="PALLI">Hospice &amp; Palliative Medicine</option>

<option value="HOSPI">Hospitalist</option>

<option value="PHOSP">Hospitalist-Pediatric</option>

<option value="IMMU">Immunology</option>

<option value="PIMMU">Immunology-Pediatric</option>

<option value="INF">Infectious Disease</option>

<option value="PINFE">Infectious Diseases-Pediatric</option>

<option value="MEDI">Internal Medicine</option>

<option value="INVCA">Interventional Cardiology</option>

<option value="INVRA">Interventional Radiology</option>

<option value="PINT">Interventional Radiology-Pedi</option>

<option value="LIVTR">Liver Transplant</option>

<option value="MATFE">Maternal-Fetal Medicine</option>

<option value="MAXPR">Maxillofacial Prosthodontics</option>

<option value="MAXIL">Maxillofacial Surgery</option>

<option value="THER">Mental Health Therapist</option>

<option value="METAB">Metabolism</option>

<option value="PMETA">Metabolism-Pediatric</option>

<option value="MULTI">Multidisciplinary Cancer Clini</option>

<option value="NAVI">NAVI-Navigator Program</option>

<option value="NEONA">Neonatal-Perinatal Medicine</option>

<option value="RENAL">Nephrology/Renal</option>

<option value="PNEPH">Nephrology/Renal-Pediatric</option>

<option value="NEURO">Neurology</option>

<option value="PNEUR">Neurology-Pediatric</option>

<option value="NEUMS">Neuromuscular Medicine</option>

<option value="NMSOM">Neuromusculoskeletal Medicine/OMM</option>

<option value="NPHYS">Neurophysiology</option>

<option value="NEURP">Neuropsychology</option>
```

```
<option value="NEUPS">Neuropsychology-Pediatric</option>

<option value="NEURA">Neuroradiology</option>

<option value="NREHA">Neurorehabilitation</option>

<option value="NSURG">Neurosurgery</option>

<option value="PNSUR">Neurosurgery-Pediatric</option>

<option value="NEUOT">Neurotology</option>

<option value="NUMED">Nuclear Medicine</option>

<option value="OB">Obstetrics</option>

<option value="OCCUM">Occupational Medicine</option>

<option value="ONC">Oncology</option>

<option value="PONC">Oncology-Pediatric</option>

<option value="OPHT">Ophthalmology</option>

<option value="POPHT">Ophthalmology-Pediatric</option>

<option value="OPTOM">Optometry</option>

<option value="ORAL">Oral Surgery</option>

<option value="PORSU">Oral Surgery-Pediatric</option>

<option value="ODONT">Orthodontics</option>

<option value="ORTH">Orthopedic Surgery</option>

<option value="PORTH">Orthopedics-Pediatric</option>

<option value="OTOL">Otolaryngology</option>

<option value="POTOL">Otolaryngology-Pediatric</option>

<option value="PNMGM">Pain Management</option>

<option value="PPNMG">Pain Management-Pediatric</option>

<option value="PATH">Pathology</option>

<option value="PCCAR">Pediatric Critical Care/PICU</option>

<option value="PEDI">Pediatrics</option>

<option value="PERIO">Periodontics</option>

<option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>

<option value="PPLAS">Plastic Surgery-Pediatric</option>

<option value="PLAS">Plastic/Reconstructive Surgery</option>

<option value="PODI">Podiatry</option>

<option value="PREVM">Preventative Medicine</option>

<option value="PSYC">Psychiatry</option>

<option value="PPSYC">Psychiatry-Pediatric</option>
```

```
<option value="PSYCH">Psychology</option>

<option value="PPYCH">Psychology-Pediatric</option>

<option value="PULM">Pulmonology</option>

<option value="PPULM">Pulmonology-Pediatric</option>

<option value="RADON">Radiation Oncology</option>

<option value="RAD">Radiology</option>

<option value="PRAD">Radiology-Pediatric</option>

<option value="REHAB">Rehabilitation/Physiatry</option>

<option value="REPEN">Reproductive Endo/Infertility</option>

<option value="RHEU">Rheumatology</option>

<option value="PRHEU">Rheumatology-Pediatric</option>

<option value="SLEEP">Sleep Disorders</option>

<option value="PSLEE">Sleep Disorders-Pediatric</option>

<option value="SLEEP">Sleep Medicine</option>

<option value="PSLEE">Sleep Medicine-Pediatric</option>

<option value="SPCRI">Spinal Cord Injury Medicine</option>

<option value="SPRTM">Sports Medicine</option>

<option value="GSURG">Surgery (General)</option>

<option value="PSURG">Surgery-Pediatric</option>

<option value="SRGCC">Surgical Critical Care</option>

<option value="TRANM">Transplant Medical-Adult</option>

<option value="TRPMP">Transplant Medical-Pediatric</option>

<option value="TRAN">Transplant Surgical-Adult</option>

<option value="TRPSP">Transplant Surgical-Pediatric</option>

<option value="TRANS">Transplantation</option>

<option value="TRANM">Transplantation-Medical</option>

<option value="TRAN">Transplantation-Surgical</option>

<option value="UCARE">Urgent Care</option>

<option value="UROL">Urology</option>

<option value="PUROL">Urology-Pediatric</option>

<option value="VASNU">Vascular Neurology</option>

<option value="VAS">Vascular Surgery</option>

<option value="VASIR">Vascular/InterventionRadiology</option>

<option value="WHNP">Women&#39;s Health Nurse Practitioner</option>
```

```
1766
1767            <option value="WOUND">Wound Care</option>
1768
1769
1770
1771      </select>
1772
1773                                    </div>
1774
1775                                </div>
1776
1777                            </div>
1778
1779                        </div>
1780
1781                        <div class="col-md-6 col-sm-6 boxRight">
1782
1783                            <h4>Browse by Letter</h4>
1784
1785                            <div class="selectWrap visible-xs">
1786
1787                                <select
     name="dnn$ctr731$ViewPhysicianFinding$ddlSearchLetter"
     id="dnn_ctr731_ViewPhysicianFinding_ddlSearchLetter" class="searchLetter form-control
     visible-xs">
1788
1789            <option value="">Choose a letter</option>
1790
1791            <option value="A">A</option>
1792
1793            <option value="B">B</option>
1794
1795            <option value="C">C</option>
1796
1797            <option value="D">D</option>
1798
1799            <option value="E">E</option>
1800
1801            <option value="F">F</option>
1802
1803            <option value="G">G</option>
1804
1805            <option value="H">H</option>
1806
1807            <option value="I">I</option>
1808
1809            <option value="J">J</option>
1810
1811            <option value="K">K</option>
1812
1813            <option value="L">L</option>
1814
1815            <option value="M">M</option>
1816
1817            <option value="N">N</option>
1818
1819            <option value="O">O</option>
1820
1821            <option value="P">P</option>
1822
1823            <option value="Q">Q</option>
1824
1825            <option value="R">R</option>
1826
1827            <option value="S">S</option>
1828
1829            <option value="T">T</option>
1830
```

```
1831              <option value="U">U</option>
1832
1833              <option value="V">V</option>
1834
1835              <option value="W">W</option>
1836
1837              <option value="X">X</option>
1838
1839              <option value="Y">Y</option>
1840
1841              <option value="Z">Z</option>
1842
1843
1844
1845        </select>
1846
1847                                    </div>
1848
1849                                    <div class="alphabet hidden-xs">
1850
1851                                        <div
      id="dnn_ctr731_ViewPhysicianFinding_panelPhysicianAlphaList">
1852
1853            <a class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=A">A</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=B">B</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=C">C</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=D">D</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=E">E</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=F">F</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=G">G</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=H">H</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=I">I</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=J">J</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=K">K</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=L">L</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=M">M</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=N">N</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=O">O</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=P">P</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Q">Q</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=R">R</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=S">S</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=T">T</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=U">U</a><a
      class="letter"
      href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=V">V</a><a
      class="letter"
```

```
1853…  href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=W">W</a><a
  …    class="letter"
  …    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=X">X</a><a
  …    class="letter"
  …    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Y">Y</a><a
  …    class="letter"
  …    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Z">Z</a>
1854
1855      </div>
1856
1857                                        </div>
1858
1859                                  </div>
1860
1861                              </div>
1862
1863                          </div>
1864
1865                          <div class="boxmore">
1866
1867                              <a id="dnn_ctr731_ViewPhysicianFinding_lnkPhyscianSearch"
  …    href="http://www.altonmemorialhospital.org/Find-a-Doctor">
1868
1869                                  More Search Options <span
  …    class="icon-arrow-right-generic"></span>
1870
1871                              </a>
1872
1873                          </div>
1874
1875                      </div>
1876
1877                  </div>
1878
1879              </div>
1880
1881          </div>
1882
1883
1884
1885
1886
1887
1888
1889      <script type="text/javascript">
1890
1891          function btnSearch_OnClientClicking(sender, eventArgs) {
1892
1893              cboName = $find(cboNameID);
1894
1895              cboSpecialty = $find(cboSpecialtyID);
1896
1897              cboInsurance = $find(cboInsuranceID);
1898
1899              cboLanguage = $find(cboLanguageID);
1900
1901              cboGender = $find(cboGenderID);
1902
1903              cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
1904
1905              txtZipCode = $find(txtZipCodeID);
1906
1907
1908
1909              var name = cboName.get_text();
1910
1911              var specialty = cboSpecialty.get_text();
1912
```

```
1913            var insurance = cboInsurance.get_text();
1914
1915            var language = cboLanguage.get_text();
1916
1917            var gender = cboGender.get_text();
1918
1919            var locatedWithin = cboDoctorLocatedWithin.get_text();
1920
1921            var zipCode = txtZipCode.get_value();
1922
1923
1924
1925            //  if (name == 'Enter a physician last name'
1926
1927            //       && specialty == '- None selected -'
1928
1929            //       && insurance == '- None selected -'
1930
1931            //       && language == '- None selected -'
1932
1933            //       && gender == '- None selected -'
1934
1935            //       && zipCode == '')
1936
1937            //  {
1938
1939            //       alert('Please select a criteria to search.');
1940
1941            //       eventArgs.set_cancel(true);
1942
1943            //       return;
1944
1945            //  }
1946
1947
1948
1949            if (zipCode != "" && locatedWithin != "") {
1950
1951                PhysicianSearch.geocodingAddress(zipCode, function (results) {
1952
1953                    //console.log(results)
1954
1955                    $(txtHidLatID).val(results[0].geometry.location.lat())
1956
1957                    $(txtHidLngID).val(results[0].geometry.location.lng())
1958
1959                    // Trigger Search
1960
1961                    eval(btnSearchHandler)
1962
1963                });
1964
1965
1966
1967                eventArgs.set_cancel(true);
1968
1969            }
1970
1971
1972
1973        }
1974
1975
1976
1977        function radPhysicianSearchBox_ClientClicked(sender, e) {
1978
1979            var keyCode = e.get_keyCode();
1980
```

```
1981                if (keyCode == 13) // Enter
1982
1983                {
1984
1985                    sender.blur();
1986
1987                    PhysicianSearch.searchByPhysicianName();
1988
1989                }
1990
1991                return false;
1992
1993            }
1994
1995        </script>
1996
1997
1998
1999
2000
2001    <script type="text/javascript"
    …   src="/DesktopModules/PhysicianFinding/js/jquery.clipboard.js"></script>
2002
2003    <script type="text/javascript"
    …   src="/DesktopModules/PhysicianFinding/js/search_input.js"></script>
2004
2005
2006
2007    <script type="text/javascript">
2008
2009        var PhysicianSearchBaseUrl =
    …   "http://www.altonmemorialhospital.org/Find-a-Doctor";
2010
2011        var FacilityFilterPosition = '1';
2012
2013
2014
2015        $(function () {
2016
2017            PhysicianSearch.pageLoad(PhysicianSearchBaseUrl, FacilityFilterPosition);
2018
2019        });
2020
2021    </script>
2022
2023    </div><!-- End_Module_731 --></div>
2024
2025    </div></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-589"><a
    …   name="589"></a>
2026
2027
2028
2029    <div class="healthLibraryContainer">
2030
2031        <div id="dnn_ctr589_ContentPane"><!-- Start_Module_589 --><div
    …   id="dnn_ctr589_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
2032
2033        <div id="dnn_ctr589_View_divContainer" class="healthNews">
2034
2035
2036
2037
2038
2039
2040
2041
2042
2043
```

```
          <div class="healthInfoGroup">
```

```
<div class="healthInfoWrap">
```

```
    <div class="box-heading healthInfoBar visible-xs">
```

```
        <h4 class="box-title-1">
```

```
            <a href="#healthInfoPanel">
```

```
                <span class="barspan"><span
id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
Information</span></span>
```

```
                <span class="baricon icon-accordion-closed"></span>
```

```
2110
2111                </a>
2112
2113            </h4>
2114
2115        </div>
2116
2117    <div id="healthInfoPanel" class="box">
2118
2119        <div class="box-inner">
2120
2121            <h2 class="hidden-xs"><span
     id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
     Information</span></h2>
2122
2123            <div class="boxRow">
2124
2125                <div class="col-md-6 col-sm-6 boxLeft">
2126
2127                    <div class="boxLeftWrap">
2128
2129                        <div class="boxLeftTop">
2130
2131                            <h4><span
     id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">Search by
     keyword</span></h4>
2132
2133                            <div class="input-group">
2134
2135                                <span
     id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
     RadInput_Default" style="width:100%;"><input
     id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox"
     name="dnn$ctr589$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
     riEmpty form-control searchInput" value="Search..." type="text" /><input
     id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_ClientState"
     name="dnn$ctr589$View$ucHealthInfoGroup$txtSearchBox_ClientState" type="hidden"
     /></span>
2136
2137                                <div class="input-group-btn">
2138
2139                                    <input type="submit" class="btn btn-search"
     value="Go" onclick="javascript:showHLSearchResult();return false;" />
2140
2141                                </div>
2142
2143                            </div>
2144
2145
2146
2147                            <script type="text/javascript">
2148
2149                                var searchResultBaseUrl =
     'http://www.altonmemorialhospital.org/Health-Library/Search-Results';
2150
2151                            </script>
2152
2153                        </div>
2154
2155                        <div class="boxLeftBot">
2156
2157                            <h4>Browse by Subject</h4>
2158
2159                            <div class="selectWrap">
2160
2161                                <select id="ddlHealthTopic" class="form-control">
2162
2163                                    <option value="">Choose a Topic</option>
```

Page 76

```
2164
2165                            <option value="Asthma">Asthma</option>
2166
2167                            <option value="Cancer">Cancer</option>
2168
2169                            <option value="COPD">Chromic Obstructive
…     Pulmonary Disease</option>
2170
2171                            <option value="Diabetes">Diabetes</option>
2172
2173                            <option value="Heart">Heart Disease</option>
2174
2175                            <option value="Obesity">Obesity and Bariatric
…     Surgery</option>
2176
2177                            <option value="Ortho">Orthopedics</option>
2178
2179                            <option value="Pregnancy">Pregnancy &amp;
…     Newborns</option>
2180
2181                        </select>
2182
2183                    </div>
2184
2185                </div>
2186
2187            </div>
2188
2189        </div>
2190
2191        <div class="col-md-6 col-sm-6 boxRight">
2192
2193            <h4><span
…     id="dnn_ctr589_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">Search by
…     letter</span></h4>
2194
2195            <div class="selectWrap visible-xs">
2196
2197                <select id="ddlEncyclopediaAnpha" class="form-control
…     visible-xs">
2198
2199                    <option>Choose by Letter</option>
2200
2201                    <option>A</option>
2202
2203                    <option>B</option>
2204
2205                    <option>C</option>
2206
2207                    <option>D</option>
2208
2209                    <option>E</option>
2210
2211                    <option>F</option>
2212
2213                    <option>G</option>
2214
2215                    <option>H</option>
2216
2217                    <option>I</option>
2218
2219                    <option>J</option>
2220
2221                    <option>K</option>
2222
2223                    <option>L</option>
2224
2225                    <option>M</option>
```

```
2226
2227                                    <option>N</option>
2228
2229                                    <option>O</option>
2230
2231                                    <option>P</option>
2232
2233                                    <option>Q</option>
2234
2235                                    <option>R</option>
2236
2237                                    <option>S</option>
2238
2239                                    <option>T</option>
2240
2241                                    <option>U</option>
2242
2243                                    <option>V</option>
2244
2245                                    <option>W</option>
2246
2247                                    <option>X</option>
2248
2249                                    <option>Y</option>
2250
2251                                    <option>Z</option>
2252
2253                                </select>
2254
2255                            </div>
2256
2257                            <div class="alphabet hidden-xs">
2258
2259                                <div
     id="dnn_ctr589_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
2260
2261                    <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=A">A</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=B">B</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=C">C</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=D">D</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=E">E</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=F">F</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=G">G</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=H">H</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=I">I</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=J">J</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=K">K</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=L">L</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=M">M</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=N">N</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=O">O</a>
     <a class="letter"
     href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=P">P</a>
```

```
2261  <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Q">Q</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=R">R</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=S">S</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=T">T</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=U">U</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=V">V</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=W">W</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=X">X</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Y">Y</a>
  …   <a class="letter"
  …   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
2262
2263      </div>
2264
2265                  </div>
2266
2267              </div>
2268
2269          </div>
2270
2271      </div>
2272
2273      <div class="boxmore">
2274
2275          <a id="dnn_ctr589_View_ucHealthInfoGroup_lnkHealthLibrary"
  …   href="http://www.altonmemorialhospital.org/Health-Library">
2276
2277          Visit The Health Library <span
  …   class="icon-arrow-right-generic"></span>
2278
2279          </a>
2280
2281      </div>
2282
2283      </div>
2284
2285  </div>
2286
2287
2288
2289  <script type="text/javascript">
2290
2291      var GetHealthTopicBaseUrl =
  …   'http://www.altonmemorialhospital.org/Health-Library/Get-Health-Topic';
2292
2293      var EncyclopediaBaseUrl =
  …   'http://www.altonmemorialhospital.org/Health-Library/Encyclopedia';
2294
2295  </script>
2296
2297          </div>
2298
2299
2300
2301
2302
2303
2304
2305  </div>
```

```
2306
2307
2308
2309  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
 …    rel="stylesheet" />
2310
2311  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
 …    rel="stylesheet" />
2312
2313
2314
2315  <script type="text/javascript"
 …    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
2316
2317  <script type="text/javascript"
 …    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
2318
2319
2320
2321  <script type="text/javascript">
2322
2323      $(function () {
2324
2325          var $container = $('.healthNews');
2326
2327          var $customPageTitle = $("#customPageTitle");
2328
2329
2330
2331          var displayMode = 'HealthInfoGroup';
2332
2333          switch (displayMode) {
2334
2335              case 'ListByTopic':
2336
2337                  $container.find('.rtIn.content').each(function () {
2338
2339                      var title = $(this).attr('title');
2340
2341                      if (typeof title !== 'undefined' && title !== 'undefined') {
2342
2343                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
15px;">' + title + '</div>');
2344
2345                          $(this).attr('title', '');
2346
2347                      }
2348
2349                  });
2350
2351
2352
2353                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
2354
2355                  break;
2356
2357
2358
2359              case 'HealthNewsTicker':
2360
2361                  // start the ticker
2362
2363                  var options = {
2364
2365                      titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',
2366
2367                      displayType: "fade"
```

```
                        };


                        $('#js-news').ticker(options);

                        break;


                case 'ViewContent':

                        var $viewContent = $container.find(".viewContent");

                        if ($viewContent.length > 0) {

                                var $title = $viewContent.find("#regularTitle");

                                if ($title.length > 0) {

                                        $customPageTitle.append('<h1 class="pageTitle">' +
$title.text() + '</h1>');

                                }

                        }

                        break;

                }

        });

</script>

</div><!-- End_Module_589 --></div>

</div>

</div></div>

                </div>

                <!-- Left Pane -->

                <div class="col-md-4 col-sm-12 col-xs-12 h_leftPane">

                        <!-- Left Top Pane -->

                        <div class="col-md-12 col-sm-6 col-xs-12 quickLinks">

                                <div id="dnn_LeftTopPane" class="h_LeftTopPane">

                                        <div class="DnnModule DnnModule-DNN_HTML DnnModule-543"><a
name="543"></a><div id="dnn_ctr543_ContentPane" class="empty"><!-- Start_Module_543
--><div id="dnn_ctr543_ModuleContent" class="DNNModuleContent ModDNNHTMLC">

        <div id="dnn_ctr543_HtmlModule_lblContent" class="Normal">

        <ul class="relatedNav">
        <li class="header">EXPERT CARE, CLOSE TO HOME</li>
        <li><a href="/Medical-Services/Birth-Center">Birth Center</a></li>
        <li><a href="/Medical-Services/Breast-Health">Breast Health</a></li>
        <li><a href="/Medical-Services/Cancer-Care-Center">Cancer Care Center</a></li>
        <li><a href="/Medical-Services/Heart-Vascular-Center">Heart &amp; Vascular
Center</a></li>
        <li><a href="/Medical-Services/Emergency-Services">Emergency Services</a></li>
```

```
2432        <li><a href="/Medical-Services/Orthopedics-Services">Orthopedics
...   Services</a></li>
2433        <li><a href="/Medical-Services">MORE</a></li>
2434   </ul>
2435
2436   </div>
2437
2438
2439
2440   </div><!-- End_Module_543 --></div>
2441
2442   </div></div>
2443
2444                        </div>
2445
2446                        <!-- Left Bottom Pane -->
2447
2448                        <div class="col-md-12 col-sm-6 col-xs-12 events">
2449
2450                            <div id="dnn_LeftBottomPane" class="h_LeftBottomPane">
2451
2452                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-544"><a
...   name="544"></a><div id="dnn_ctr544_ContentPane" class="e_container"><!--
...   Start_Module_544 --><div id="dnn_ctr544_ModuleContent" class="DNNModuleContent
...   ModDNNHTMLC">
2453
2454       <div id="dnn_ctr544_HtmlModule_lblContent" class="Normal">
2455
2456       <div class="event-container">
2457   <div class="title">Classes &amp; Events</div>
2458   <div class="description">We're <em>your</em> community hospital. That's why we offer
...   programs to inspire healthy lifestyles and provide screenings for early detection of
...   common health conditions.</div>
2459   <p>
2460   <a href="/Classes-Events/Classes-Screenings-Events" class="readmore">View Schedule
...   <span class="icon-arrow-right-generic"></span></a></p>
2461   </div>
2462   <br />
2463   <a
...   href="http://www.zocdoc.com/hospitals/bjc?address=62002&amp;promo=altonmemorialhome&
...   amp;procedurechanged=false&amp;languagechanged=false&amp;genderchanged=false&amp;
...   dr_specialty=153&amp;name=&amp;insurance_carrier=-1&amp;reason_visit=75&amp;language=
...   1&amp;gender=-1&amp;directorytype=hospitals%2Cbjc&amp;hospitalid=-1&amp;forcereskin=
...   false&amp;offset=0&amp;referrertype=&amp;ispolarisrevealed=False&amp;patienttypechild
...   =false&amp;" target="_blank"><img alt="" src="/portals/0/Book-Online-v3.jpg" /></a>
2464
2465   </div>
2466
2467
2468
2469   </div><!-- End_Module_544 --></div>
2470
2471   </div></div>
2472
2473                        </div>
2474
2475                    </div>
2476
2477                </div>
2478
2479            </div>
2480
2481        </div>
2482
2483
2484
2485        <!-- Footer -->
2486
```

```
2487
2488
2489    <!-- Footer -->
2490
2491    <!-- Social Media -->
2492
2493    <div class="row7 socialRow hidden-xs">
2494
2495        <div class="container">
2496
2497            <div class="row">
2498
2499                <div class="col-md-12">
2500
2501                    <div class="socialWrap">
2502
2503                        <div class="socialCol">
2504
2505                            <a
        href="https://www.facebook.com/pages/Alton-Memorial-Hospital/110422642348416"
        target="_blank"><span class="hidden-xs icon-fb"></span></a>
2506
2507                        </div>
2508
2509                        <div class="socialCol">
2510
2511                            <a href="https://www.youtube.com/user/altonmemorial"
        target="_blank"><span class="hidden-xs icon-youtube"></span></a>
2512
2513                        </div>
2514
2515                    </div>
2516
2517                </div>
2518
2519            </div>
2520
2521        </div>
2522
2523    </div>
2524
2525
2526
2527
2528
2529    <!-- Phone -->
2530
2531    <div class="row9 footerRow1">
2532
2533        <div class="container">
2534
2535            <div class="row">
2536
2537                <div class="col-md-6 col-sm-6">
2538
2539                    <div class="appointNum">
2540
2541                        <span>Find a doctor or make an appointment: </span>
2542
2543                        <a href="tel:8003920936" class="tel">800.392.0936
2544
2545                        </a>
2546
2547                    </div>
2548
2549                </div>
2550
2551                <div class="col-md-6 col-sm-6">
```

```
2552
2553              <div class="genInfoNum"><span>General Information: </span><span><a
      href="tel:6184637311" class="tel">618.463.7311</a></span></div>
2554
2555          </div>
2556
2557        </div>
2558
2559      </div>
2560
2561  </div>
2562
2563  <!-- Row 10 Footer 2 -->
2564
2565  <div class="row10 footerRow2">
2566
2567      <div class="container">
2568
2569          <div class="row">
2570
2571              <div class="box-group footerGroup">
2572
2573                  <div class="footerWrap">
2574
2575                      <div class="box-heading footerBar visible-xs">
2576
2577                          <h4 class="box-title"><a href="#fPanel1"><span
      class="barspan">Patient Care</span><span class="baricon
      icon-accordion-closed"></span> </a></h4>
2578
2579                      </div>
2580
2581                      <div class="box" id="fPanel1">
2582
2583                          <div class="boxcontent">
2584
2585                              <ul>
2586
2587                                  <li class="hidden-xs">
2588
2589                                      <h5><span>Patient Care</span></h5>
2590
2591                                  </li>
2592
2593                                  <li><a href="/Find-a-Doctor">Find a Doctor</a></li>
2594
2595                                  <li><a
      href="/Patients-Visitors/Make-An-Appointment">Request an Appointment</a></li>
2596
2597                                  <li><a href="/Medical-Services">Medical
      Services</a></li>
2598
2599                                  <li><a href="/Patients-Visitors">Patient & Visitor
      Information</a></li>
2600
2601                              </ul>
2602
2603                          </div>
2604
2605                      </div>
2606
2607                  </div>
2608
2609              </div>
2610
2611              <div class="box-group footerGroup">
2612
2613                  <div class="footerWrap">
```

```
2614
2615                    <div class="box-heading footerBar visible-xs">
2616
2617                        <h4 class="box-title"><a href="#fPanel2"><span
…  class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…  </a></h4>
2618
2619                    </div>
2620
2621                    <div class="box" id="fPanel2">
2622
2623                        <div class="boxcontent">
2624
2625                            <ul>
2626
2627                                <li class="hidden-xs">
2628
2629                                    <h5><span>About Us</span></h5>
2630
2631                                </li>
2632
2633                                <li><a href="/About-Us/Locations">Locations</a></li>
2634
2635                                <li><a href="/About-Us/History">History</a></li>
2636
2637                                <li><a
…  href="/About-Us/Mission-Vision-Values">Mission, Vision & Values</a></li>
2638
2639                                <li><a href="/About-Us/Phone-Directory">Phone
…  Directory</a></li>
2640
2641                                <li><a href="/About-Us">More</a></li>
2642
2643                            </ul>
2644
2645                        </div>
2646
2647                    </div>
2648
2649                </div>
2650
2651            </div>
2652
2653            <div class="box-group footerGroup">
2654
2655                <div class="footerWrap">
2656
2657                    <div class="box-heading footerBar visible-xs">
2658
2659                        <h4 class="box-title"><a href="#fPanel3"><span
…  class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…  </a></h4>
2660
2661                    </div>
2662
2663                    <div class="box" id="fPanel3">
2664
2665                        <div class="boxcontent">
2666
2667                            <ul>
2668
2669                                <li class="hidden-xs">
2670
2671                                    <h5><span>Careers</span></h5>
2672
2673                                </li>
2674
2675                                <li><a href="https://bjc.jibeapply.com/jobs?page=1"
```

Page 85

```
2675…        target="_blank">Apply online</a></li>
2676
2677                                        <li><a href="http://www.bjctotalrewards.org"
    …    target="_blank">Benefits</a></li>
2678
2679                                        <li><a href="/Careers">Nursing</a></li>
2680
2681                                        <li><a
    …    href="http://www.bjcmgphysicians.org/category/facilities/alton-memorial-hospital"
    …    target="_blank">Physician Employment</a></li>
2682
2683                                    </ul>
2684
2685                                </div>
2686
2687                            </div>
2688
2689                        </div>
2690
2691                    </div>
2692
2693                    <div class="box-group footerGroup">
2694
2695                        <div class="footerWrap">
2696
2697                            <div class="box-heading footerBar visible-xs">
2698
2699                                <h4 class="box-title"><a href="#fPanel5"><span
    …    class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
    …    </a></h4>
2700
2701                            </div>
2702
2703                            <div class="box" id="fPanel5">
2704
2705                                <div class="boxcontent">
2706
2707                                    <ul>
2708
2709                                        <li class="hidden-xs">
2710
2711                                            <h5><span>What's New</span></h5>
2712
2713                                        </li>
2714
2715                                        <li><a href="/About-Us/Newsroom">Newsroom</a></li>
2716
2717                                        <li><a href="/Classes-Events">Classes & Support
    …    Groups</a></li>
2718
2719                                        <li><a
    …    href="https://www.facebook.com/pages/Alton-Memorial-Hospital/110422642348416"
    …    target="_blank">Facebook</a></li>
2720
2721                                    </ul>
2722
2723                                </div>
2724
2725                            </div>
2726
2727                        </div>
2728
2729                    </div>
2730
2731                </div>
2732
2733            </div>
2734
```

Page 86

```
2735  </div>
2736
2737  <!-- Footer Logo & copyright -->
2738
2739  <div class="row12 copyRow">
2740
2741      <div class="container">
2742
2743          <div class="footerLogoWrap clearfix">
2744
2745              <a href="http://wuphysicians.wustl.edu/">
2746
2747                  <a id="dnn_ucFooter_dnnLOGO_hypLogo" title="Alton Memorial Hospital"
...   href="http://www.altonmemorialhospital.org/"><img id="dnn_ucFooter_dnnLOGO_imgLogo"
...   src="/Portals/0/logo.png" alt="Alton Memorial Hospital" style="border-width:0px;"
...   /></a>
2748
2749              </a>
2750
2751          </div>
2752
2753          <div class="copyrightWrap">
2754
2755              <div class="copyrightSection">
2756
2757                  <span class="address">Alton Memorial Hospital<br />
2758
2759                      One Memorial Drive<br />
2760
2761                      Alton, Illinois 62002 </span>
2762
2763                  <br />
2764
2765                  <br />
2766
2767                  <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
...   class="copyRight">Copyright © 1997-2016 BJC HealthCare. All Rights Reserved.</span>
2768
2769
2770
2771              </div>
2772
2773          </div>
2774
2775          <div class="bottomLinks">
2776
2777              <span><a href="/">Home</a></span> <span class="separator">|</span>
...   <span><a href="/Our-Policies">Our Policies</a></span>
2778
2779              <span class="separator">|</span> <span><a
...   href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
...   target="_blank">Patient Privacy</a></span>
2780
2781              <span class="separator">|</span> <span><a href="/Map">Sitemap</a></span>
2782
2783              <span class="separator">|</span> <span><a
...   href="/Financial-Assistance">Financial Assistance</a></span>
2784
2785              <span class="separator">|</span> <span><a href="/Joint-Commission">Joint
...   Commission</a></span>
2786
2787              <span class="separator">|</span> <span><a href="/Quality">Quality
...   Reports</a></span>
2788
2789
2790
2791              <span class="separator">|</span> <span><a
...   href="/Patients-Visitors/Contact-Us">Contact Us</a></span>
```

```
2792
2793                    <span class="separator">|</span> <span><a
…      href="/Portals/0/Upload/docs/AMH CHNA Report kk.12.23.13.pdf"
       target="_blank">Community Benefit Plan</a></span>
2794
2795                    <span class="separator">|</span> <span><a
…      href="/About-Us/Mission-Vision-Values">Mission, Vision & Values</a></span>
2796
2797                </div>
2798
2799            </div>
2800
2801    </div>
2802
2803    <div class="row13 footerBlue">
2804
2805        <div class="container">
2806
2807            <a href="http://www.bjc.org" target="_blank"><img
…      src="/Portals/0/Skins/AMH/images/bjc_logo.png" alt="BJC" /></a>
2808
2809        </div>
2810
2811    </div>
2812
2813
2814
2815    <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
…      Top</span><span class="icon-arrow-back_to_top"></span></a>
2816
2817
2818
2819    </div>
2820
2821
2822
2823
2824
2825    <!--CDF(Css|/Portals/0/Skins/AMH/css/bootstrap.css?cdv=117)-->
2826
2827    <!--CDF(Css|/Portals/0/Skins/AMH/css/bootstrap-theme.css?cdv=117)-->
2828
2829    <!--CDF(Css|/Portals/0/Skins/AMH/css/all.css?cdv=117)-->
2830
2831    <!--CDF(Css|/Portals/0/Skins/AMH/css/desktop.css?cdv=117)-->
2832
2833    <!--CDF(Css|/Portals/0/Skins/AMH/css/tablet.css?cdv=117)-->
2834
2835    <!--CDF(Css|/Portals/0/Skins/AMH/css/mobile.css?cdv=117)-->
2836
2837    <!--CDF(Css|/Portals/0/Skins/AMH/css/jquery.fancybox.css?cdv=117)-->
2838
2839
2840
2841    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/bootstrap.js?cdv=117)-->
2842
2843    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/jquery.fancybox.js?cdv=117)-->
2844
2845    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/global.js?cdv=117)-->
2846
2847
2848
2849
2850
2851
2852
2853
2854
```

```
2855        <input name="ScrollTop" type="hidden" id="ScrollTop" />
2856
2857        <input name="__dnnVariable" type="hidden" id="__dnnVariable"
...  autocomplete="off"
     value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`55`,`SearchIconWebUrl`:`url(/
     icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
     DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
2858
2859        <input name="__RequestVerificationToken" type="hidden"
...  value="WouAYI7SqxnTJHmTgFAQFS5rtQ8y4UBDDORsE_okMTuFN-MMvsu8GPKmv9PWOlAxThXvXEqSPaSPh1
     -rwsJR_RqzvRyl6DLfXbezMW_HJGfR16jjQOtMfIJ0B6U1" /><script
     src="/Resources/Search/Search.js?cdv=117" type="text/javascript"></script>
2860
2861
2862
2863  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
...  ></script>
2864
2865  <script type="text/javascript">
2866
2867  //<![CDATA[
2868
2869  ;(function() {
2870
2871              function loadHandler() {
2872
2873                    var hf = $get('StylesheetManager_TSSM');
2874
2875                    if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
...  ''; }
2876
2877                    hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
...  Culture=neutral,
     PublicKeyToken=121fae78165ba3d4:en-US:0c73de62-0d2d-4abd-8baf-ae65d0b06e04:aac1aeb7:
     c73cf106';
2878
2879                    Sys.Application.remove_load(loadHandler);
2880
2881              };
2882
2883              Sys.Application.add_load(loadHandler);
2884
2885          })();Sys.Application.add_init(function() {
2886
2887      $create(Telerik.Web.UI.RadTextBox,
...  {"_displayText":"Search","_focused":false,"_initialValueAsText":"","
     _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr731$
     ViewPhysicianFinding$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
     0)","_skin":"Default","_validationText":"","clientStateFieldID":"
     dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState","emptyMessage":"Search","
     enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover form-control
     searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError form-control
     searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled form-control
     searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused form-control
     searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty form-control
     searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead form-control
     searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled form-control
     searchInput"]}}, {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
     $get("dnn_ctr731_ViewPhysicianFinding_txtSearchBox"));
2888
2889  });
2890
2891  Sys.Application.add_init(function() {
2892
2893      $create(Telerik.Web.UI.RadTextBox,
...  {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
     _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr589$View$
     ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
```

```
2893...  0)", "_asen":default, "_validationm":"", "ClientStateFieldID":"
   ...  dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
   ...  ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
   ...  form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
   ...  form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
   ...  form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
   ...  form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
   ...  form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
   ...  form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
   ...  form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
   ...  $get("dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox"));
2894
2895  });
2896
2897  //]]>
2898
2899  </script>
2900
2901  </form>
2902
2903
2904
2905
2906
2907
2908
2909          <!-- Facebook Like button -->
2910
2911       <div id="fb-root"></div>
2912
2913     <script>(function (d, s, id) {
2914
2915          var js, fjs = d.getElementsByTagName(s)[0];
2916
2917          if (d.getElementById(id)) return;
2918
2919          js = d.createElement(s); js.id = id;
2920
2921          js.src =
       "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
2922
2923          fjs.parentNode.insertBefore(js, fjs);
2924
2925       }(document, 'script', 'facebook-jssdk'));</script>
2926
2927
2928
2929     <!-- End -->
2930
2931
2932
2933      <!--[if lt IE 9]>
2934
2935       <script src="/js/html5shiv.js"></script>
2936
2937      <![endif]-->
2938
2939  </body>
2940
2941  </html>
2942  ************************************************
2943  The following data is from altonmemorialhospital_org-20161010-page_source.txt
2944  ************************************************
2945  <!DOCTYPE html>
2946
2947  <html  lang="en-US">
2948
2949  <head id="Head"><meta charset="utf-8" /><meta content="width=device-width,
```

```
2949    initial-scale=1,maximum-scale=1" name="viewport" /><meta http-equiv="X-UA-Compatible"
        content="IE=edge" /><title>
2950
2951        Home | Alton Memorial Hospital
2952
2953    </title><meta id="MetaDescription" name="DESCRIPTION" content="Alton Memorial
        Hospital offers inpatient and outpatient services, including surgery services,
        medical imaging, interventional and diagnostic heart services, physical therapy,
        rehabilitation, 24-hour emergency care, ambulance services, cancer care, women's
        health and family birth center and more. " /><meta id="MetaCopyright"
        name="COPYRIGHT" content="Copyright © 1997-2016 BJC HealthCare. All Rights Reserved."
        /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" />
2954
2955        <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
2956
2957        <meta content="text/javascript" http-equiv="Content-Script-Type" />
2958
2959        <meta content="text/css" http-equiv="Content-Style-Type" />
2960
2961        <meta name="RESOURCE-TYPE" content="DOCUMENT" />
2962
2963        <meta name="REVISIT-AFTER" content="1 DAYS" />
2964
2965        <meta name="RATING" content="GENERAL" />
2966
2967        <link
        href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/common/base.css?
        cdv=119" media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/_default/default.css?cdv=119" media="all" type="text/css"
        rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/HealthNewsFeed/module.css?cdv=119" media="all" type="text/css"
        rel="stylesheet"/><link href="/DesktopModules/ResponsiveRotator/module.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/css/site.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/css/responsive.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link href="/Portals/0/Skins/AMH/skin.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/AMH/css/bootstrap.css?cdv=119" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/bootstrap-theme.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/AMH/css/all.css?cdv=119" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/desktop.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/AMH/css/tablet.css?cdv=119" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/AMH/css/mobile.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/AMH/css/jquery.fancybox.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/AMH/Physician_Search_Container.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/AMH/Home_Feature_Container.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/AMH/Health_Library_Container.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/AMH/Home_Event_Education.css?cdv=119" media="all"
        type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/arrows/circle/
        circle.css?cdv=119" media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/themes/NewsOne/
        NewsOne.css?cdv=119" media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=119"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=119"
```

```
2967    media="all" type="text/css" rel="stylesheet" /><script
        src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=119"
        type="text/javascript"></script><script
        src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=119"
        type="text/javascript"></script><script
        src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=119"
        type="text/javascript"></script>
2968
2969
2970
2971        <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
        -->
2972
2973        <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
2974
2975        <!--[if lt IE 9]>
2976
2977          <script src="/js/respond.min.js"></script>
2978
2979        <![endif]-->
2980
2981    <meta name="google-site-verification"
        content="daNX64TRwZcvSxFTm96oK45IBSEcDveSDo00RtDeR7Y" /><link
        href="http://altonmemorialhospital.org/" rel="canonical" /><link rel='SHORTCUT ICON'
        href='/Portals/0/favicon.ico' type='image/x-icon' />
2982
2983            <script>
2984
2985
        (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
2986
2987                (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
        Date();a=s.createElement(o),
2988
2989
        m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
2990
2991        })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
2992
2993
2994
2995                ga('create', 'UA-16488992-28', 'altonmemorialhospital.org');
2996
2997                ga('send', 'pageview');
2998
2999            </script>
3000
3001
3002
3003            <link rel="stylesheet" type="text/css"
        href="/Portals/0/Skins/AMH/amh_menu/amhMenu.css"></link><link rel="stylesheet"
        type="text/css"
        href="/Portals/0/Skins/AMH/amh_mobile_menu/amhMobileMenu.css"></link><link
        href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
        3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
        3d121fae78165ba3d4%3aen-US%3a0c73de62-0d2d-4abd-8baf-ae65d0b06e04%3aaac1aeb7%
        3ac73cf106" type="text/css" rel="stylesheet" /></head>
3004
3005    <body id="Body">
3006
3007        <form method="post" action="/" id="Form" enctype="multipart/form-data">
3008
3009    <div class="aspNetHidden">
3010
3011    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
        value="" />
3012
```

3013 `<input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />`
3014
3015 `<input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />`
3016
3017 `<input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />`
3018
3019 `<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"`

value="
QzTUgFv7I80gJNBtRIX6KatZybNKA0yRb77FMGwMb4rFb3I4EjGh6MZoGA0IBf4JQUrNVWaC5wp3GN0my189E
mlshJqu0Lyd4mE2nb6jU9uORJm1w7evrWwuSQfeCjMMBlbBEFOIaS5BMPqkb0ZzI3Vpbo3BJNRa4sKSYC9sHf
wHT4c2p99kAxlnAdK7vo3vWdCtH7o8WUUNn+N2eUyv1UNF31u2V+
hAHdb1e3sdLibsg8PHWDb55fxMC7wa6od8KGttCWBVX1fRJvlqd+UulYNW6/
KOhG4sxX9otBlsPoFW5VnJLHLJQfyiQHoKr3F1Ir10T+VGdZspqDKy/VgeP5xuz2hCpflS50CkxXYHb/
IgmliAzTPtmuR/
HPeQzVcE6wPWDBHUH8CfU076GgdfxDd7W0lRDv7Nyh2UNwcLl8KD8InhD4v1U9iXKC5pygDLp7jWz8lQxcyyL
WYLx/6Cmc5RDrdBluEpvO8/wRmxdmF9vAgASpUVu6qhTmKcpxIAXaEd9AM//s6luSsQt1D/
F670HPRyF51vzsmrKq2b9Q8XyLuUleXcyJcuf5IkiUyu5zrQkxvwbQ3+
4inmkzU62Vex5umFO9MhLj6XWx1MRyw55GRAH/8aQVxOdNKk23EsG2tohleCyy0YvrrGqYWoK9lTSApaw/
LGA5bj63tpBMFSO3SNhEx+75gyMKXsnv/9Uu+cJBKlnWF8tuZNqO7HeCEMulEnNJ4hNhr0tsquY8+
kn3ElalvwemuSSjdluzmOnJFQMbHxy4zGQljMJKg3IDMEwfAmom8tl++hJXB39Wks8EkN8i089nE3SkDE+
Mieky+GFmBsbPwEquvVlgBVJV9/rac7gpRi7vRljOseCRY9qnVfSOEKCjprBcB+QhHvJiwcPoa+
p83DvaOTbkIDAOGHzm48oqFycYgr12JQbeDxQlk6saHDx8N9SWHdGCg68ulM8U0RfwFL9C8xLHpKdKxnFvprj
OIxfbp2p2LWDdAm37WT9X5NxIX8QwHROF9Asp3lxav8nRqWV9m0SFtRqbk/
dYLucPukltiXKSUg9Y6JzgwCI10gsrZm6nVxUdxHoFtHz1YUCgI61o9DCGzGC6pWQAkPqrWkPqvzOV8mN1U7O
9KzTSQlf1adkGuZUanYPOvCzWA68oG/v3sJgnK5H5skLwqX36qYByVXjqdKmtMebAmd/
MB8LLWE2jfrUUhbtGvWOnHYPxvmDOODaxfVXL9ILBObHa+
1KHTbGPHF6hwYfI7topfMhCFJiicSp28AS8orP8iros4Uf5RPnf2yDxeyKO3W8yzNEdSQdvfHwVXh6dUeEPoR
okPeXb+SmVQHD2a7E5OiPJfSACq4YFr3c01csfW89XBOCtm6/Wy4NfI3RmqfQgRLOqT4wwM+
yssGymqVqjDgj3L2K+Okq7ewUfUqNOlvX85oKyqaPSP8Pvyn+uV/aOnujB/
DX7SCLyphRADZGSx0s8BAGE52WSBltzBWcm/
n7nU1dMcg1yVSZPca7QyiupL1QpFQ9RxwXEMIaLg0ALs5OdDMmVjIjmgB3zjKRtW8Qsxg1tEW/
x3z7YBldgTsAsAJfAttfZ1DsX3szjDbtTVSL/WxOcCPHnmTnMzgjfMeV232kqQO+
UVLYS3BHzf7W7QY1X1jtvP8H3lopgzFdmPfzIH/
GSWEig2e4fPv911M81JmuBxGLli2uMGYmG3eWb5VmBZQIqM2HskY+
dSWOqswp3aH6DFi9H3vfO8NJeIDltfoTT7Yy14I4Po/qynqT9upD/rPheUOVLIgYCokyMOJXj7/
fwTNYVEHSgZO4ZE9sem7G9XIAuCl3izS/
P0iHQhnKE4FUCaCWoXWtQ5mpmcXDDGLs1BzQLqVKuelGT0tvPXn8VDCT0oRBzfi+HzVt93aGE+
HAj8E0wkojC3YogqNuyHH4vzRrdmc+7OO5HxUcamDElXx8uPjjGuT0VlQF23VKf2VZ1BL70B4xRrTsV/
AFMwkdxYan+wdolPBMZXutyvVbxfUE0SNEQyduO3CS75aQh4tCeiEB9RbKuE5ZCjE7l1n12H/
eQusFs5EfcBL6imve4W0zEepK930N0TptwomFv3hLuBlrCE4JdDVTiVzpJXlhjNaK6B8p30/MpL2iY+dyR/
jVfLu/yMQyTsJ+V7MhT9fuBmLfqUdAEc+9YMadCqNQY2G60ukYFdV1u+
Z16bVAZ7i7FrlMQRYpEvls1CzLzRAsYyjevrXdexV1ryOMDddAjg19122jOA5fSAg3elKC1iDaxAji/CxFi+
v49+zuY4a2CRF2WapWUYAFW2jNJc5hXPvsbNb4Q3/
WBGCBewrscgawn2JT9F0AuEFeTeGhvIWpySvBV8eHXf8j1EylcxGdjANmA6bQ6fRLysNI/DoZwM23TXfm/
N178KcKAtEovWoeIPxhbMvs7w1FgDj4zUg9SR296wH82FUEP9VPkmT58a31p74q+UaW7kU0x9/
BObeBN3S0QIIjt8So2zxOHNVMcW43ju0v2lDgC4uw7TuYw3ckKX1QiJbKJj/hm753t/CU/
RnCLdGGsw625srae0EuKdou/w4HDyApwE2Y+f/CA00BndDLkhKlaqfI5Vy8pMbLQzTwwUzRduVD/B8XHZHgwB
+wGqrafXu696pb0dcAokcOHpL5FnUUFca0srFaC0HZpuNjtmMisaRP/
RqQLgg3BRoKoOeCJ70eCoxczbmn0Ass3k2KoTmykvC+zY/KzZiGbv7smyvzReBjMmBTyrYWTOtWX+DMnjIeV/
+mSiwVlI+
UnJJPvptnhKDwrwjcVS92DeHVJTRlUiNs60jJBThBfKdlAZ3x6JWkhJX9r06pURJgQNNvNLWoyUUnY3rXKC0D
ie+Jd9bwTYPEwnZAKP2NzIH5vqoeswd7y0yTDD+q1Z6E0X27tVaWzjFVZHj1a49ZdZoUULFLnEQ+
zyFSmabuoPlzfSZe/fCEK5f6K+EWiYZOXoXe2HGmkIkYKG0rRaLDVUYLK1aY9Bd27cYV8jsdRIFCuqs+
Re18WUUXnK6/zXUcHiMnHwYIqMERj8tctIAolMPdKVRbYFcD8YzkYah6ZR+
gg3TTVPsvUmk5KRpz5GYVU4yNqA+yj+
tw9Y3Q9KNZimC7Bn8G8v3KtuvyowD8wjXyKAfpyP7bcUvLApndOdp0qfJXa2pS+jmFdLbnoyziXCYP9w2Anbi
+hiz5xZbDb4+XGCk/rFgwLwZkKG0rJFccsUAuJkNsCpkNfogVnaxjbxpa1/6Nq4iDTfSwBoCkpOrSG8/
zvJLVmlGJVqZLDJSURxpZ5mdrrcZG/K/
TpnrX1hb039dANsuoy0eoXBMdXtFrtYZS1XxmFLbag0xUf2MEDx23ZyhmLdjNzEViMY8yfHW94I6tHgv3PWA6
aFjNIhOBs3e80djk2SY1toprlTgKyBjQOmySjfd0snZesfK0Ahk+g8u5sEzYsnHZpR2zzeVY8+
llrcAnsiAsrf967p2apYz+oNZ6YdPoIWakShMuIH8kKf4s9QlPiSI2xi0fO+M6NKm7etJ7sMSDnug+
TasGB0IzHlV5YVWuVfbGBKokFCgRFwRbX8g8qMDSLeOJDkF9i+356mE5G0+
Zi7n7xMZ9jhbPK6q0OM6w3VxYXG5xCm+YPDY/ypRyiEf0JNZ0thP6ZKM4Ls0Fpu2XkPQ6eqMSyWhvWn1EhO+
LjIMl7BEhc4P62KEGx3ZC7fMlllM0FaFQ0EUFRwiYhHbeMEqM9/dJCXUz7Wrlm5+OeL7Rjcl/
m0R9CpyIhVWDW93OIoCgchoirE21/zz+mBt23i/
omVCerRR6Iergot6oTm9Ig7O8xpCKncFpQHGd7ffk1y6ICDMn96E+
tZuwOxjKjuzjP5RBBh9AoMCQ8NY7bAODroIjHxO4a5Tlz+yuvEFI+lj+
l1YIg1yieJGoJtWaUwhm1uC3BT6gq9LUOwPdpmIH0NvwGVMWv/gSGX1tgfE+EAej0111FLUMdL3e/t2jKZT8/

3019... lYx8XqR6gY8xv8LmAWD9Xfr4s4SnYorCYCIfE6oil7YtQxFPDNrq9Gri8sWO9jNajLWfK9voDCC+
... iVjhYljB7kWajGn7LWjkJdeb5txPiQPwRWXxvZhNZiPVVB+BuCoQw/pjIWUL5C/
... TX4aje0WN3uZJUkbNrv0CRAEc07A4smD6Llq6d4/6r+mPtFisux1BQqhz2eiYk8Bozd+
... sXRix9Mt8UoOwxmcEZJT52Eyu5moF0ucKOFNwnzXenZ9j2BialkuIXAC7VzZz40IIO0MGIftRYaLWeWfv0Nx9
... fx9nF29ZLwIS5eh8Zoz4UYSfAp7tDmgT+AUaTI8s6DabCnplyPZsx7N3gPZ9wqTwdvlrB+
... h8gyHL1GKJnjtnFlJPQGPzIP1ZUSo7aSv+
... w5IoDG30dz8Vi0tQPNvhCryxEjPdxJc8aXhmSbRG7ZqMOx1OlhMg128ilILenqJjaUg1699c7F0HEzkdqFbFA
... d4RH20pn4wjw6bhDmWuXV2JyhQAzlHsb0UhPLGRYq+skZdEua47/Zj58sy+9vrxQA+
... Zfvot2qnvwSZNW7TE54TRE2KWTb0UFBp+
... t2GpXDKZ8DnnlFVGYSwb2aMPjKdb3pia0YJbvcQYsNsQhIamva0sMscgzyCouwAi9md4THfYYoVc9TRA6LsPh
... lEzB5GYkOthirdz1JbCzJF2jO9bwAdd7YuwH8aD4BxGmHeNbXKIieUo9WZE30G3jUVH09Xt9rI0YQrjvnwBgP
... 80KNyrDEuA5aXnK7nS2hWYzilIqcPefLRIe5TzmPDSMoG/
... KQkzeW3b5mQvzoOMlY4rK3w3I4eBGECDqLfXaiwmQKrqYgrKQJfbfaypuk8QAwsy2vSoO//
... SzOQEuSFUCbG3ZAWAlrJVPLhG3X/
... 0E0aKXaSNyq0nXacTc8rPrdO2zyLTzBRlVKOECi9JII3rPP8CfOz4WjdQjiq5kFXbY4bdkuGVI3l4fiJCZQC6
... eAPT0oWIWoZ64zWxc+igyylf7kZlUx3sa/6ZeHB4kyqiJ1qWykGUHthjzchDw2uhwpqmAWy6p8kNQm7QiVSC/
... AeC65TjzheCsfpfj7pCGGpJYGEQq5Qre88yklPsmtg+
... RracYlGKGpCFn6cjpjHRCD9bYbAfnj0LdjRk1pZ8LNazh6ATAU3QjDh5tK0jItFrfi8yL3rKUmmkzR23f0GMj
... +AeQQSDr/Us/8Z9c0vuIBzwCuD7KswaRmMpdkGIU++UiLiNzwHiq+
... 3AbtMeaW7Vsle4klcAPMUoAp1wm5udwCcXbzxOjM5bjJIEChPv+
... dKH2KoTe2RepMF3xP1Zjw7b2uf6yoflMtg1nv/N/dYMhrXkWBrFGu0vvuAotQpczzI43TIYMuro/
... N2iFYIUGvDAsg8HUzFP7i8qeuinbMchI2yBnmd64WsmejPQ71ZFSbbP+7FwaYljm1mkyzNRZ/qswdlcO+
... 3t552iYsg102hvN49TbhEontRmC952GERPJ/
... Lvdygv0dv2yZUOp4wNzRQSFxtgKu51pkUqxLDoqGQp3NM6bd6WqOSwALEVGa70TD3xylOyEr3GUDYwiHcfRWJ
... 8LyJYhgvD/bb+qaiCyZCtG44TGh2P+8pv+2xe7tKYIK4yqY66cRpZYyu3IGo2EoO/7Frqw/
... F7DPy8B4P6WQTnUJ4789H0j0caKqLDYb6nU5eF2iDtWp8EUnH8niWi3N84yHlKytnML1cu3Zg5Ht89sl2eu1n
... Lz7DecC/Tgm2Iupa7hoCg6zgzjjAPjqSZluazTNnbeuj/Rj9StQ92fpU4caJKC1N+f3qVoshWRod8BJG3tSH+
... qWYrrDf1r53qmz3lkwU7Yd6gaP7OjaP/6QCQ2+
... eFV7CfsorDF17Q8psVeX4ELKGpu411RScR8lLn7ezyBuCShgpk4wTNpUfkseCV2/
... r1nUWbkBxON1nhElMjbxa4Vp+0Mxnqz9Q28bV9xHouVjGWGlvtztR2Ce8PZ7sRv/qHW6YaWqXor47YsfP+
... nyEZO4zvPClMbChtw6unpx/ilc8Tl1M3G8n8znkrLsehJdciF3zFWMaCyCuO61oRDXn2U/
... 4Yq5vXAlRGqQuiZE3rLAAXaRVPOaEXM0shOVfE7iMb4ZZMYSdasjX3KuftDaMB1Y7EeDN41NFgx4btLrKsT7T
... 9RxY+0RgKptdKYIU5uzyfsIr1dOCckggvHhJYMN3pmR+bQYZyJKT8wPBD+
... 6CDQZXnX5jk0e5R3AHlwoEYhZwRMb5q7AKCzPp2GGaMI2+Eo/
... AWRmk6vnQdkjcjXROO7ZjPk3LWd59tJYWXkJHJYmQFMIdvCUij18ZJQM5vEI0guI7DM/
... NHIB2rdnJKgDYivRwmluTOlfynRrmh7IAYqt0jhu5txmFJ9wbLudB3Wx/
... Jbj945914Y0fLg8bQr0NFbkaAWoWr9D/VVsiIlzOoC+sq9lOmBimTWLcP/Gm1dkbQAqDgblR/zUAtYYarDO+
... t7OUeuzll16XcQJoohu9OUGIbAOFpcG6LVCGZG/TSs3rq75wbRQCe/
... veUK28SEy4LxFZxyl0RfutIuQ5GygEl1kLKnYuDEP3uutNMsbizLnyWHOed8QijrpZbf6VhXFNWBCmitt29y1W
... 8jsUt7/bpJ9uZ5YXJh76UWlYNP+VyW6zFtultmIpmsJewsNoZiADUkCkVpH9OxyzkG7Fhwg5Pna+O3+
... ygShzLdlFbYGVlZrDWa9++nlIsp9HaYtJ765YTZZyY0GoU1gRBwL9CpLQNtbE3aOW9pw/vmj3xm4GGyqDooa/
... +g/
... 9FOLPWtIlRbffcM7BS9ukXp9W5JXSE5nBTo1Icp8EoN7pV0CFkQ5VjAW159fvQs7mRcArAZoYSW1YZb1qGBEG
... cey+0fjd/z16FpPJTAUP+wQz/mlkYTQW+BmKY6QTCM919gKcTD5+
... upuGsccHfHC7XGssB810hqm4nresxXErOT3nKC/OQ8Pwj+2/
... euKLfOrdj8IMmsETwPRjYdGEELnOetmDCQv4POeGxtwCyOHYOuWcWDKFAeJREhXPS+
... 3TtJyQfIae0MqXPFlwyJ2G1K0rT/llcYF61/GHrrsIQftUNhx5AWjAq1fVc8tsS/
... jSQObH99uYhUXR3zLKxx0ahWmnecpXK9w2bGN0rhRNWVzksLm6le0OQWEVtjGA0LzBIo1Jnw2WHlp6MYxx7if
... 25edkhIqTodIbJ11X7rLvy/
... as6v2Oz9QKmZv9Je7mJPm1EvaOvP3TZHBDfXm0TwvZIe7t9h02ZAUYQbleICDAK87RVpoytHtT+SinD+
... zl9PCVAKRnsyyzkyja0lvTw/IFrj+/
... mZw6EcFkxvYulsTC7MuDYoHKpqGBib6idl7Dz43Kh050PpbTB8Ue51oo2FzVnvXZzDMBsiCyfvA+
... mgNSaKqZxA+3T0Rqr4rsavMgB0ecuoxYWhhEdSPSsVfTQzpOgaWwa/
... DST2EaUQxbpxnd0CPsAzyR6dgGwuGX3EC4vxgOgTpYRTsM5WajK99kjh8lXc7GINGyq7fuv9KMPlDwt9Rzfdr
... +oOhuMQm9Ot2CRIH/
... NnSC7i464n5X2fysg67fJM1oUSjz0llhpVF8B12l1zrc8Bh7VVcocOPka2NGM5QLWgpRcvgpE+
... zBU3UfcpL5ZHjKamwNS6cgVgoF44Dyb6FyxOplNzmijYK0mIdAxSNIvHFRrd1P2/qT9iG3kFdB/
... oVGTwZVHmWZlFSL7YGtXjgZVH9hDyyC5FWHYv9Aw/iaPxcIqLHNNVI6EiAfbbzI2DLKug2+
... 1jdf5b5nyE75t5dmribR9jsxSOwPirzbTOr0e1WkiHg+
... KYZ3w5kCCK9QMWeUjKPQ7EGPYEJE4X8coMtEd4YrSnleWIcyo3xag7z+Ya3j2q+HSgUG+
... cZRbLRZ4l10GOO4JIlTyFDiP9Y2SDlc8E/
... I34sbCnPPJf4sJ6n6e7B1FOz9OVFJRessLrMhBe3l2mYlW3AAZcJbgI/hjnv/
... FUHO8yEaHAzop35iLVmL7msHt+6MAaQYjP04JVye/
... wmIcQNalxSumtbgGv74TqoYXZ6Vk6blTs18joe1sa6HnBcsg2eh7MjdoWMrkmnBR2Q1obCduxJgfKAzyjXA7D
... BvE4nfC4W7WBIMNh7PGiyHbzJPCKlNBVO2xwZITyE+h5/
... R0IwGil6Evbq6aYHORLSLuJeIUUMv6FdoexyQEAzO2FEEI6f8tS2+fO/
... 0epjcxa7iFI0PwrdjG9h2l40b6OA01gvW3DqOrJ8Ukxe5EQeOXJDX94npxMGH9gepuTy61QT+
... iXrRVW2ZegnCcwJR5GDiSsuwgOWqhUo73zgx1x3H24PzjyYjxl16kGUuUTT8Am8gZdYeTKTlsSAOO0Yw2SeYO

3019... uD8liYdW2epjy
    OfAne043Qs28XWikV1J357GOyv3FbeSL16j2CBxX3Frxf4qO0GMlP6ClMwP3MbkH1oxo5jDorUqi2QOCPvrz9
    zdnMUQ3AFo0fd/c2ryZFlvUavEeu6UXaAoslaWhZyG6s0N6KSif19mJD00/
    0pO3H8JHffgSj72ZsZ3FgSaY9SFPrNooPveDWaJ0NHBTtp4Xz95zfniy0iiV1f7a5jB3oCDw+
    53sJxkbsx1tlYpbYCa6vwyUK/dG7SwekAtdKRkAs2fe1vbI/
    tvg8wJMF3IsOxHzBbIyd22fHCT5nzi5grEUi8eh3wTjZeckpjJ+91GcK1KhBcv2rQs12cPI/
    BG1uCnAsggCZTYP1i2fw8KJ6NOPrFqHmfkZ855lht6IgGVUAiGnAkkG8hOFvf1iD7DP4oy+
    XDVZNpGLjCaQ2J9UnjPO/atz8izNP5crP9IrLwubiF1VJjap5HqmhYmzHL4x1ft8pb+
    65Jf0mOShJmJzo6tBmxomed7Ur7RvmNEngDq0/Gwc+ATiRjgexs+
    DLuStTYHvxLFnVJCuXqR1TK6CpwKQIDdifyFSVYJqHe9ZAEFuwT4c9Fag0sQsWulOdlBQwTLIIQET7lCrUOBL
    kuae5q50IHUeKnklKSHBFQksrSyumv3C8BoqwJwZZOpGymu2c3LSVXe+YKdTj66SAAoQw41HQT+
    C1Gzv5KWGr9/O4E0/5UkRkOyV7jI8NJ4CyPULgeGZ23aof3vz9/
    zNxmp0ua7sf9q4CSXKV3b28maA9jXVkb0rTQOcs/OKRMJaJ4XBRZF9YY6EpggYuvkYzkspIgOl5SWEvEi/
    pCPoKlYMaDnKwTQbA0iiV21YLuOvL8hE3XwzFVYl1heOJDNiq1DhBMhtJsGWy+
    hKPDnt1ox04hK8JlsbZvUPiiurG/FLjrWn+o2skkqBcDxELX3007nIJr/
    xUmX9iz8z8tBD8wedW5FNRxmU4DH187FBAvNYjn+SkgndL1ZpqzH9fRT3H/4WXdW/
    SIHQyAAcClIhSxobmb5ISi27HbhYFCAumqJgY6xQR4hMNzVRcZ4Eip6vEMa3HApOd+
    pScw5IXSYoViydD3nQyVylSQL9DdGK8NWEfQ591NLWosAjPnJ/
    PJckUJXn4FsTajJjGKAhfp57GsRnlvEDq9PZ10kGFCMX8zTBRQC8sMUlyd2Uo/lTzOmg2Ufk/+
    LV4urDu5yFKVbEVhNQOWMXPbmc671AHIqx5NHTsVSphiJ2z4z6J8WnnmuuXwfEz40kJ/
    oddJgH6MO1ciIQAVf0s2t6WDKJt41TWuJZg0dz9KXYIy4mW4w0Yw+VC6SzHCWRSG/
    RHHZsc88NQMUbl06R6u06Lb3VPyGLYYVfQvSiJ5da8S8sbZYuoJWxvkBULlFXfhcVCcA0ArJ3sMOi0lGPc0GD
    uaeg8lsCkfR32n4o3idxMnTW5S91cS3GfqqywXbZNWGgpc0GfHwcQlVwdqSr7YLl/
    WKkx4gslMI83Xvxzd6NqDZraIYdRQbdyhlG0LXRgS3kYk8GUEDK2Qi4JduZooFDBT3mCVkDm/
    U0z3gZ8FKyIhJUFJFBfUQctblJUUKDreGfwCbb+
    OsFYxGiewdvVa8Mj1KT8EfpQLmIDQkYBNDMjJQ3JzduKbibDuNdIhnNtaw/UE/
    NWVza7yf4q6fZxcjFM20wRcB5P7BkRVozsmMd5LTyBDXty9FpyDLzKOg+odNi8p/
    JK09ZhhSVHIWq9tdpHZ41Xv9aPgQaA267WI5r3GkpVRwqDv2ltAfLWu8tByEdFtGFb5WjQlowr7PFO1Ducv0G
    gDefamspocTfGC26BVWS3BGIgMg1JtLfqroKlBnZbv2Nxzdc6CS873VNjuelvbQeaO2QYW2GAFjKQk7DXAxxXG
    vn8TT++wKaSveeiy1tbbHW5nqUeefCw7Lw/T0iY2+GJrrwnlIz3FWqfuZeFjjFnovb361Lm1EZZbl+
    PjwEDBTz2BL2mXofcW4NauoGZCNZpQJ8Kk3sMJ6XyucthzHJqyQhowkZE1Kr7JTOknedazK30TzfDB6F94xug
    v5Vv jEGYDUmgn589pR7cVFr8EzJOPoo41oUQ5piYhjhWxblK7mgjyWLmCXCV7ok7y6EqYhzGvoaSqPCd4x/
    lqAFAW0fS1ZMIfSqndJaqqieClQX/NKzeBJNWafLWQhLSqXU2eJin8I4/
    MvIvZzia5w6ld7dgxLM5zBfQl8nAIXZBj3rwN4R/
    ZEjZFPtupQSx0ehvI424i3R7P471wLZu0Jzro3an8teOKrrDr4a03MSFxbkHaSFpbjFWOV1ejehfASkEmAfrj
    3tGH4gQWuBbD6hi7wB81PQEiwLg+y+TDJe3FdaJXUY/C+
    U62JLvnYtGRwr6EznshaKY4QDMcOIrnV8pN7iQjkYqJFVTrndj/2RySWpWBQDfh1QyaBkmW7vs/y+
    mVDfokntlUzHNCQAtreYwyEN6AyEbkJll9ltdH8P7QeRarntjtkq0wdT8yM6YCvwKqNDURUGL4wtxG0+
    Lbj4OUoG7QTiuJXdKxFr6r0/TVyuFBHbynR3fYVku3l95NGE4pAdBbU50f8qxyKrz9r1IsPud/
    jZjRnsIKW0LLAuZ4ZYfsqZXpSDoZs+uuDTVCGtbXIae0lKNmtiPMg+
    WyjQCyJP8X0pjfx5oevHhLDMNoOyfZlv+28pttF6jYIMhzS182kxLKqu3gKqU0GlQCz/+e69URUSnYCuZ60/
    UKDXeuW/6j8cGN/CO08YjkClu3DZpEXBDAEGnvJwEEMQJWH1+/cCYHl4KD3il1oGajLyHb8HxgkGUBXdTdoYF
    +qyr7hgjWejtDPl1OW1xelXR0ODZMfjDD+
    RwqhkujgPic67ASAtYovQIr0baVJCwCkVM5DHn9mYNTtgaJwTauFQ/
    efM0t069yIhiQcWawPDlEsifGIqsX2qdKtE7oMdI6T6/FvX1drZqyJueY9zsR/gEvZ+Keyu5geqg7k+
    G5q41NmA0hiLLg33cFCvk0ua46cOwN081S2cbhYwu4pLiRXQnrJXBMWshv3bBBTRvQbHt6V+bI9VI70iGv/
    FaT5AkPOA/Jwvj+
    mcQHCp0R9DZRV1fT3abliDcQLpeA04m1zoedulNHxAAw2WpIPZOM607fLCqfnXvNJY84QZKk1HTOsSQffmR8V
    pC2PFW8CgCJOjuLysS1WAs3L5vkjaweHblPcucy2ZYEzyoIe1KuOF/UIZ/
    Mqbtmkzzm Ej0yX9I2wDpowINJeRjLwQ8JqOw5rFZoM67x15rG4P+J/jn2s56Ly8hxcLicWB4BXd7Hc/
    vLsV6DmdEGDYLxGp9qI9WBgMFgpmlJOgd1hkhE5e0jrF0JJdEXxLTX/BJMY+
    TUDAVx3ch8b1xnfchO2jXeiX5HZ1LS2FNBwT+CAV7XaD6H/9SxIMw8CyrV5eYwe+
    V4vQnne76WmILLM4w9A0JyIG/4IxA2Ta+RdW1i/+60rD/bHQlugS+
    A7Vr4wEILQgFtzsXUvZJlY1DGApDn4iddLoZFVTgHZ9Siku1p7JmEq3z1iC87k5+HAqd/
    zkggqTP0GBSgfSVS36dYAkdY1sbCSf9afxDEa+6EpLKja6CNxqPHhin7YXX4gAozLc+
    54cEufWrj9Mq7jVG3a3qW/PdS+
    AmxZmIdiS57toqDyRYkjqUGQrxAVZKDLLddqiHgWx7nSQlRqW1OOcDGK6nWXnwqlwQyvBZibFWmchN/
    B1yeYxBogC2XdFVfo7C2W2eBIZKlZyjwU2J0KYJLc2cbqbcVvdueCVgH84EWuhYmdhVtJPxPZ3RrfXUDVZe8P
    OEvI9AcXuSprB6JTxg2dRDFNr6Im0mDoUczYNv7IE/Hd+czqK7S/
    AY4t1m5zIz9ijagKOh2bC5tlvsB4bRPYR66fzhUnQeuMzPk/FnqGt8/uysK7LDGj75LW8g/7ifBBr/D/
    1Vs4r3odtLaWUimnjjlw3AZrPyVbVnQF6JHuRw1dy7tPolUDcvoVbjoZM2BbK9vvHrvaJmB0P0LegECALOrzE
    wrtkOrznrtwGlIgRoGxemKgzZ+PmsFi6fCerIXBKK/
    NOsfNL2pHeURnl4eX0KqLwZzQfXMWTNNojuQfsdLd9Os9He8I3Hifm5eIeuPfE/
    AVFPNb2kng18Q29ppHWpaEbTVdKaxwNnvXdxpLkQzCXBZkbRJ4Ai3FY2quyzaOmE1kXDhtstP66jpTuwV3vbP
    nj02jBJXs1yXdwRla9ZqowIkCaVGMavCWjUANtSgVr3P6T5i8IHNc4tznYeilyaAsgPPlJcKvXwlIqRczjkJM
    hIttziC4FoJRSyuOCutjwTSoQu3ZK+yIYLY0+
    F7dtU7qfJj30vxqZw87gclbIlAdBCsY4k5h1zH2mIzucE7LiKu5uKweCOCibAqS/
    NEVnjeufOBqBpkWuEv1y1GKPYa5HB65IxvgZ7aGd7QmHBl3ANbHbgeIEVpvWHxtqGAbeAKHFg1joi3PvgvdNd

3019... s1vOcyq8z63qdUF76yToyjUEr8kvKcRfR/y6kkm4znMhVLmbBe3pRUWBoNoayFz0kWkKbmznU+BaFP+
... wCoQA2sbdTtwKCoBPTmJBA2Y7Fa9d1QDId0LwtxSBCQgw/tcjRll2Iz6kOgk8P66kW8pCuzv1C+JZIvRm/
... njlBXnfp+GsB0v2U8h9znbHpQ7B1nU0AvlK0J6ldNx74ak+xMK1HFW19YNgDp44L2+
... TPAtpe00I79Q1044kpltQdimSWPJCaTuppAIpsZ61tc41qB39QcznrIkOfh9ELJdkVR91ufF02c/
... gZbNhwSBXePPzjhMPh1afw8pEKSCdgmMSzFfMT07mo7ENFJnTPrAsgdszl07wn/W+
... G3ZYpq9rkbA3fNa5w3bi6K3r0SMeXNSwhX2yDB75W9o5Ur4hL4m6HFJz371CcX/7NIr/
... 2DdyTpywWoF8pJ1hhyZ9L8x4T3DAKE85ah8Pdr94dlGPhXhNWEKm9XIDFCMuvRtdhNzBSjur/
... fq0vzwlF4HVt7ajV3q62WGpZfiiU2VCYWubT/kToIusje8ccadVronDJZnxzu+7TRjEZbLF8Ow+
... TZ12ZGR6qtBC+XRjjvohGAK9ydhLxcTYINXG/FNAqUMt0irmAVFIjGAI470Bh2B80N60Iw4vOOq8bCfRj/
... metqDQZr1Nd2CuACk1laAgM4G9wRUDs6VseN0N4UJOvyfqbTrXKthuJhfOnxIbIJ/
... rQLs3Bpv0DR1mxPocYFMk1TVE9cWQNwzM4aRtdkZrEARfaU5+gMYldqTwBLL9IB8m4+
... iKs2MMxITRESwIPLWM6dpkIlvvebvj9sZMvb0R3xZGlMmS5V2ShMuIec8miXGKHbF9HXohHYKZkGitX4vUYEj
... wGsl7RAG9yWdC3m8vPNv5eiC0t+z/cYZy0j+
... 1HDQsDbeesyYiAbog4xJPPcsZLm4zHW9GLgR0BFfdJS8sAi94B5ckkW1E22VCoJi0d1V+
... KVxzjO8Hp5kSqXNGDydmHR+FOK4hNy7irU+1/SlEfwssyomVW+
... BCi4gh3XpjF4qZW0Uu7CrmDcqNAkD6tHg2qkX3oq+ngMIyMCldHSkLDIjofi5+
... piYtbI2kMYMFXszU5I3DVU0bLyjXnK/xp+qj0P2hvFIXHlfgCDIOr/j/O7kuhxCq3wE+23/oLvhU4sZxN4pm+
... KK99JV6jwhnKJwINbBbSGU0Ry9wmxtfbG4g1DM1e7OhO4G6J34yVjajjnndITPdxsrwXNcwY84SDPGAZFTrQJ
... FjPoQQ8QEx5oMqjSgUwnvJfvbxHoWeffa1nxRv3u/DC/
... 4l5OviWWkGkEyFGLcA3n4IjVCH0aUOI2WUbwph6y7izpo23/
... hJBVbZ1iBzHOywHu65JO5cKotfjrsWcmkzVZduKYHR1pIRnBrh9Gv8P8pNbvdXVXNCSOmSRg5zcJGND40SCyW
... 11aVaLBaEln8svCOkybKuhw4muYGNCxiNSFM8xveftV5IFweYg3eubRbPGX8sFfbFuzUndE3JbMpq8UeCB3xM
... 08mzmNaBVYyTQKMVJ1SQQ/
... F2oA6n45REuRJ6XaajAFYTWqV4DqR7ZFZLAYsxoSd1Yrt1eSTHIogeRSZqk7iafRTkYqTDDzKAlotM1vsYPRJ
... L1UzcdbIgToDH61Urxjjn2+64roa3LFvSJJVsBdCKszTEowVEaYQVPkKPj8QP5kAB3ABWZQIU+
... 4SUSa3k2yLXoOkE/X+KkYtkwH1vtfgaFptJqweWa+ZZVUKok0MBzi2mMaMItm1HiTB7TJhwErZ/
... gWJ1nRjb1pmMJPR0EukMd9Brjf9vIEDzfj2BCn1j+VywLFp2hmGYdMGUTL1YqyMFd4JSCSiXfYukB4PmRISi/
... YLHTQ7p8LHJP/0P5PkIzNVE4Q3Pa6m/XSmorNut7PromBbNmm3g9XFqUCW7+tvpq9RaZB9EjbtGPG/
... OKsHkiGJtXL+0jdbUc/4k6wzksYckGL3IHtxCp29Yzrx6J6MSxTo4r/
... U4m0SNxwN8GayOnWeFX5kYm8mfqLf6NFdDOAbmkauTKd7647Lxqp/
... guZph9oVw925r5ZywnBGEiYDWtFKJkqXqMoRTOn42Q2FuO4Dlw/klHLlpX6WgPcoHUhfq+KyFgVSnExrbeD+
... wdySYtSgOENixnnB6dJjLkYphOi3ZNOOb2IAr8HA8PqxSivbFJuyeKmzMdmTzStVTnszCDRih0S2vzaZAwlIp
... NpbA7aQUyYn1jsV9s6evZjZjufZmpN6rKWgc+EPj0mbVwK/
... 4jZrYSNE0WYAtXCz2mXLdxQw3kI0V1GtIsYwgjJnayOdpRE+fPCcJ4+vcqUs+
... DNJaQEkyAFoTipZG5hSZIybXOA9xpjry/7pMQDoQUUdeP/QwasSj9uVyeDcK8RR+tj/
... TyJNm7JpKx0NIxYgGRaFCroeyKpY3VnJPNJm2FafWUIvIjM4h2OCIqU1QBbRZ6o+
... ltFQnbhoxU91NRibnDSxPUkVsrtYqDzkvAtqG+UiiXVdlygZJV9ZXtdGESDXQZCQMNgZAw+
... 0qn3a7etXwhm7DkQYTzGJ+0p34RYqQibElnIhLbut/yoThYePnv6/pgLSiBso9jG2v+9pn/tgcHFmbfkP+Zl+
... ukw0adhrwortjvftb0oYwd0CbqwgewWHNhY2dqi0le0Jhpwo7rJXgb5kBQnQeKjthvsbXavJN/
... MmkKwrAC8stMJY4ExQXooKuAWlo9ZxUf68TrIwyhSSW5YFb41MyzP+
... xHMLFKT2UREckyb1agijlpERNDFG9JmLIolPWxLWAifJGk3mT3UH4sTilUDGTPd+
... VaF8wPUVG38OPGUZN7myo18jaRWlDfhcwrsJ81aVys4F76ZkHDCQq/
... jIZEIpQPIvgxU8seZuFBXdlUVzeISGEele8RLf+
... 5fqUPg6qDoVWWjIPxW0JBBsCQF7xFbVYzRTtFj6ZjBL96wBy8Eu6iWs3EE8jF/
... Ji1JLL8ggwDe0NNFZyyRVKQbMaY88MPjqxqPV/vlsTVegXv/6t3aTwrHe7pI019Vfrfxe2GV/wcNMZOEKsX/
... CQ//7GfmioR9k7KAXKC7n8+Yxw9m62Unz3MGllljcYaF2f738yOt5aOA5+/
... 3L1N2OsRZNoHv1NJ5HNwR1CpYkdgCMUVczoHFpc64wZNxwjHsxZSKVBzZY00hKv4kVnDjgssUBoCl3K3tHori
... 7cFQCuKcaEuk7H+v7X5pR5TLN5wxaU57djZOgToQ4TaPd4D1YctZ+5np1BiVjhKxA3XcqdDSBGm+hxf+
... 1QQxEABP4XSNzzIEtY/bKyCRCwvs4XegzOLPf2R5damD/GVdMY7RdDSASR2HpkRrzf7oHRGpjSspeo5ucP/
... IjrywHf4K3Fn6TaMwmducvGW6Vo7aFyNJIxZKbRCWOU+o5t4G3RwylmpbHQUHufXz/v/
... YXSZJ52atwaG772XyK2cclMbqC3dyqzc20tklJK/UuzO/hESSdHzTxVoHdG/
... ZmZFXgVVijh5K9LkIrJqjfq3v44g1VRzx5ixr+dp+cQFN2vZ+JCAsaSzzYNTW81pDdB7ydb/Cwh0H78k2ZO/
... E4BRhUePYtrvsdrd6iWQp7f8M4P9AZiflt/MWsR81TJYRoZHm+
... zkEx7PZ7rreRacJXkHsLpJ5UYLvJWe4LfpTvb0xD10RDocX77IKoZ2dMlrSUKNux4nCvI0kjqSo0eM43AN1Il
... Uzr8EvYLvquqh3mkUtd5VtzLAsT/
... ODS5g4VPtTVTDXfA7noUtoKYNbP91ohxQF9R7ukWCh4CquuGwTBH1SVMUTmSQpvplFwe7/PU/
... 63m3RAa0EXUCOyzmbeOC/dp+tP6/K1oCBw+LAuTfT/3Da6Lv1QGN192LxaO/
... mm3GB9LXrPlcReBdnFvyYVyc7ZPY+mU8WbQ7NRH0VqwfXjhi0ULMEdcS7r4qT69Nr7+uvv8L+
... nvBxVDJaTaqpO26/LvX7zZATrsaGQ1X8VE0yZMBXuJZMAxbxIW0ZSBo4xCQdmd0bpN3+
... 2LI1BqH5A3BH6CkrSaSMw1ns6WAaYdWL9ow/fDasQiVX22ioTp6hFsYXDqyxgyoJs+
... udBWGnRglhNN8KAHRBH1DeRpijYYmrtHs6c3xb3IN4rNj3iQttdLdLv1IeaLjo/
... 63nTxRH5C0kgGiy6nkpQ2ucpeG5VmJ9Wn+lo69+
... YKd4v70B4HR7Ef1T7hhr8l1hVBPdAvM7UN11yg2eGIGSRkxDWCbV18UpNZndzLYpqSLs7lXpimZrOOeV4wFVI
... 6UQcjec7nsXTN1mVKD+NdJ0oUif3hQS7dbFRy0b/W0YShyL+xyo3V7M/
... MfKFMdHzWYMQU7CY2FPbqJBLlvvssnsJMnFvKFQ0PAY4rkkr1D9C74+NW60aylafmqHfacX2+
... DWrJxpIoatH9vogh2kh4kFnNbHAFc0XyaG2oc3tNNICzjgW6OPZWTZ7Vaqi7k1vHcyQFwffLQ7v
... EwWB7gjkADIFaApuuxzLyVoRZVlSATMZJykqPd2XvuHcnqMkZMLLT30eHi6sLjWsqBHHUDxEB14Eb1eWc1sA1
... mODW58k1EEJhnlHRfZhC9IO6twOCUnHOnGsLBAoSgv8TTLO+fOrphH31NISrNWAwvW/c/Zu/rkxCysAm6+

3019... DvE7zodTFk2w4vrOsXJmsrHHbURS1dXoeUEHW831MarHncm4lpYjrJr02k119
8vn0JQuMHCUfqIuaysFHKVYaS2fzZNN/T60CXE/txBZ4JaiCazfIUacpOXo4nC0oS22GbBwfT4xv/
TrUvQD40yWMAa7Fy4bVfHV/nNPwKUp7xT4gcZgZn42nVw5cVo0TYX97Q2zZevKQTL3lj1rodxi2a/
Ch8aUZGR2JcHgm+tuU/
Sfvs1Ntvyi9RajbHXCqxaWCVvUyAt1ezUfrMBYjnCAHfHlMZaPHmfERFszB4dUaLEQSYklJrCg+
TixEGixRIp6GySOH8NSj9pX899L41fMtRPlrvJazPWafCDpdD0u1WGbGnZRtx+
r0mZ42TaQajYIMoTc53NdureyCzSZ9vZ5XLJEvYVnhYknInpmYDD8r4JDiqhG4TU5bp+zzz+
pQgH1Tlu5Wqx7SmHlXtZyoSrG1UE9Ez9m8ITGjslQN+ZbNncOsEjwSAbP3b8/
De2BvLBRxzWSxC3IG7mA8fD6IjpZj7KdzFEgU1SeqKyEJAOTZXkkMFPaPcUgQVvUlYisDiitgnu0pCG/
DELH9sfm8G1bIHgWDZ7akOMzFV0K+A2hiyFG70urWJSMRoh2OoNsAhk1GtQNXqyauupJclRK/IQvA9Vyco/
NHbhPh6TY3PsZQYbybupgVafm3wyFtTmpTZ8QT7n1Pc/XlaAhhh2Al2nByGFeSn7BlXy8D3jnbCv+/
GZEzkqeuczQOIB5S7sk8W44uRlOVLVHLubjckdvWqjXO2AFPFVw4zfUlbWeBo/dDr6Rz6vPZhOTs4kU12G/
dj6SYDNK6h6S7DrR92mW1uSNf+rCnxjKuCNQMo8yhvVire998/xshJ5TyLJh6SaF4qxF7JeLQ4RHfPMtGSdDf
+hplhBkkc725rH5mlHjxzScdE4ABrskf+isS7ZZHDW802EVCs+Ha03yU83HEZ92bPD/S+
8WsCQSWJsprYVEIHU3VGl12uUfTxp1w2BK/uBCXOoj2EaehcSMW3ec+Aksrd9NyeQwtnEZ742X8dwtJno8D/
EcGrU9vIxCugXDbqMZOSGD0d0efPx3LXTsKQNA2Udzg3jOYQfXuxlnYQ/
NjwfqZ1PMYO9f0ZJcwVYN2Aki4W5TV7PmJMhRH5pFFbOw+
H8gJl0Fe2zh0bDkG3BpYfq2WBqP6XoEt3fK9oNtE//
RCIzhmqVn49nDMMcaEG4qJCuk0LpLrJbtjzxw1bEiSQY89o+sRxhw/RnXq0vLwekQsLTA+
vHj8dfPt1t73VMp0fBgUGJ8MDqcEHnDiNYMzBlKb73aUWjqsELUNPzx2sNFpY4RvLobINl56psPbQWUSiOImb
BTuWNsmtT4o8ND+vN7TquVYMNjbpcMpdc5phJr/2iXq3juSscitt6RYQhvyOHuA6/IlQVXSREY7uN4y7xFyT+
HcGjg3erdP9I65eHo88UWU83aqbxbVtCly1XXG0xjIwBoWk3CQc81qfAORUzb+mMiKjSCt/6DunHXL+
stsdJ1N/6Q80aIbKgD5SHJIsidJF3kNvCJi+Aq7mAJE+q5hCysi7GRQY6PjFEqGqudMH/
1octfAyzmxJ9yQh9TU2OD9pLe3DaIooynSucNx9/XCcVW4clC/OnvD/TNfxviLLwbHyKYG0DX/
NgekaIeVR26SNsv8L5EB+
rQAvgw4iU81UMkoS3CuIQvOfvCav78Ob0izGZobwOif5tgLDKGBmVXp7F9pufge6DGq/
y3gPLSUs8nUDS401NviubHx5GsjDgamJvsC3z7/qB+jvxKq4s3N9bLVKdYmpIO+KHTA8TuQgz+
EmSyNMgqBGlyW3Wwt4qqID/XfFFzWEKMn4BUnrEuKN8cGMkdgjT/efs9iFNqMpqINGXRU/
SnmtnzAvW6P3iegU/9EJsh+EzRvAISJuMXv9RWJlqWrFRjtFGW5xXR0s3SrovRYjuwh1VyS4wkF8VT/
SjuSpbKLK85ePf9TfOmPsRTuQAU/7GbCjB4w533zXEeuVRUizxP9MFdtWG5YJdbr+T3hT0FPw/sBkESpd/
75t1xtxFDkdd5H5FLM5CYY2aX1Z2v1Mhz8uHHuo3GNqg17XixJCbqy6KIG1Zpg0AfV73cosjRvbBfVxYugQv/
B40n9NA+vKm+k+DhTG3yVFdrab4v6GW0HAFAA8r9kdfkW3If9Fz8+OrpARi/
pnGglIeKbAtrTdFcJRYT5lAAdbBWg32fsh9kRI/BboTH1JSB/yvyD3FbIybpq0NJoIuvrLwRcMs69ZF/opSn/
73c1VBRjdIxwSDQPo8dmQg9aoyl1RWpVlINu3Bu4JmvDAoyKdYwzVJMn6Nmd3ABn15Zeq6qLgHhujhkzDIRnQS
z2yd71182+L9I5HuCAIM34LzrsQqoCWDHjmUjOZ10Vanu+Fzqc9fs3gcj3stDCiGh+
XXxnpHRPiRKHT9RoJUnmr32J/2bkInQk89F6OWGcwP8NXYLZHaRAzEF4XkLhFMr3/swdDAYJwQs+
MIxV8gxk8cBATCozknx0w/GjuteVRCAv4BDm0jk42lTUZNejpJ3Vn9UPWh7J5cAoH9moPutCDWgjFDKkyp+
5HZ7fDwKJL3h4sS7FxMsNCM+
72DesAcUkdcezaRbzd07M0Gt062yiDOAeByIHTYDRSz1ihMI81HeT8o3YHSDBTzJj8e66sxiiYCs/
Pa27HCQbWzC06ulaqM1ayfGn/C27W9Iz+
AULV4ZBDQCuq67fb3Y0NxJsvav3K5V9PVLDxloLKDFRCtS0O01fefTZkjPH655qRunNaHqqWsOkIyVkdefIMF
tpSoO5ltcX8yWzWlzMzQrOC8NjH1F+o4xWzg96BZCQnMP8Vfc4dIMvFtu3r6+
6j0kFL66ISIr0aQ841AIK6MPV0/DNpXtXVbxtQGvFp7LHXZWbx+61cXipqbCIHDiDhTwx+qsCpj+
CrSt6IO5FNCLb/1yX/misv+U+KD9BK1ldhoc1sWrp6l84P73j0iaiIwRNi6Af3Eb4cbTnSex/
kBaBUSY975x8YhHpfUWfvHRojq+bkBxnQGW+Up+UAqsAHARKbSyJN9g9lwYPOTF3q8s+
aHuT1lwJs7BchkbQB2rySvOA8IgaQumQJaCWgRk1QM8802pr+P5ZjMeMjC/
h6HsBglj6QsyWEKMMi79jqw39MLSpNCLKjQi35iMd4tvlzpMTq0HSneVh/TVm8RA3VvUX7C8/
zVP6VkkzcVsDHE1xa0jn50+
W0v594dkTQn71ZozT7yhFytstjkPoh9qkMejTkWyMhSsxgyNGTtfHI1JFOUz7ipU3Yj1/swft3iLsXNQXEr4+
62Nihko6cfShYvEC/K9ncIPQy8LWXTT8pD1y6Q8r9ZrRLOM8DVNBVHCj/QFH741ZS/p7hKaALMpo0/mu+
XNYJRJqjeWGKnhWx019uHtUnx6ZGhAHQjCPzvDvbIqgjcyoQk0WXM2U7UVFSQXTyw9brpZ/
Lq8olK64s7GVTNAD6ETMZOrKPuyg71USPF//08vm77zAim7RlpzOqGbQ3w7EcsHJjZZjJZzqk7cSpCJW8qJe/
WcjDQAwLssidISRDGcKtmSPyrYE/FzxyeCDVu7uk3fVCGxBm+y/
Wvj27klEWAgpZMfd0NXxHiN9xHZhSkTbcF6ZVNqAe5LiBrKnP8x9utQfhLT1SL3wqU3ueXRUxHsD0KhnF7uqM
F5dMtKhOxZJ1C2D4bTftiEd4owtH2lkpTG0fEZLh/pWov4Zc8pHbipYaa/JGopzKOY/
rqNmmSxSCuNszyvaSuZSLJx1cvL12SGE3+GVnbJkFGlsCV/L77nBghorveiXxlemXW2wRMImMD29Yf/P/
cxzvoOtVm7g+rHYSC8G0M8SmT/IZzrx8yOUKts9Eeo9qn4UPql90uPTSX/C/
dh6CEXIKpQkOG6ixbzmyPZ8Z5er1gc5NltRsKUCdoP45vBAvymmYGE/
ORa7LtdipLl2jkerpvQI6GjDZxqKPiANilAilXps0WiYXGsjllJFGptEd32IAxWPGvtXceiWL8vutF6bBx/
rYthYr5OKB/uQm1f2uJ7bbs1e/NE8mRjRTWnWkam5Sn1ABKPyfwn91/X5C1+
5h6YRQPN191xJY9a9jE08YpkMwlv5WFicn9qrc36HX37Xlh3SyrYk09GtG2M+o0teSl1/F8QQMQn+
j4xDJwVbwaP29jOfoLrM5vHq13cKzXJZRjmDk+5pT4J2QCfnoAb+Z5UhxcvNjJUTH6PNAA+
I6dJH1sMqyuMzhjy+73jxUTcbQqAdG4ymYzbEAFP+TT+FMdugd+
kPqxl8dGoftBKGDROhOUhUNDY1pQJIVR65nPMv3qCTpFAVQfXpS2qlCR6a7+
bGkn3nND14AkzvUoB1mFFcnbZMdst+
mrWAlrIZiL7IA9KGp4p1qkJCee6yLn61jnkVUsvFcthFI8QrI1fo7epXfVDmJYsgC6of/Wl4bdP3WO6arXnGk
/TGh9lcnbgkVWL3SmDZQwBzuBS0Z7xWZ9zJ/
kqCjMAbDRyOPqfpMICTHO6C0welp1lSWyh2hR0ytZ30ov0youJq9kwnMmRGuo0Wurm7wbSoVj2Pes0ep/

3019.

ZVmEgYKfFqg0IqCKek9qmAbAyxHPVySX5H07 yz1cz5v1zJhW1Hzqm59Fm26dBUb9JZf5WLI8E7kboO3x9SX+
UWICeR4eguOLpbda0ts2i0uJrAtq36ObETu3eaTP8kZqp/EBXS3laxL/
tb3bArCHej0FLNRFXLnQfdJabZSlKnq5PhZdtGeB54fWD1Ii59v/
WnVZzNL7GJ4UQUqwrxSTKLVJ235Ht3ff2ty26jUE7MI703ZIjNCLVERN0K6jiskOpkzi3JaWbaybgYUgbODh7
/kLy0PzH3mvj/6XtxmtgQUv8W+DdVv1p1x4LfT72sQtsXAVmDxxovWDMoPQVGBQ/
TvVnwh2yh5Dj3yiOW2EovcYxGHAY51gmopLAFx5rxsr0tuvXJ5B8lS05Lf16FlCwY4JdOwiP3pfXF0gCMZCKD
cCTXu5H6OKELtUt5tCqXkbosqr19F9OpKdVLjV5/
90j4LKns7Yj94yB5DmZzygQCDEYLIN01MfT2E8ENYpDAqHA8BZWFf6JL39I3ZH8FIApKylqQu01tz2vcreIAj
VDT+R4LaTTdxmDLnw/6ud2bJZwIttx9sosUVF+sP/T5+
MLEg9RkTFcfKQoyWTBBSvki2tPXUT1Jj24ibhgydnEU1We3kYSgu39+tmsEuN1Ezlsz1LD7RZjlwAgflWnz+
bv8mM3Ci0+HBxeItWBGQB5xp0Ij8eMSx4m5VYgLjhDdCfrnmO7+
FLqhLauAi23kxyFw8GcCYAsknnJS6wcD4CDeRzG/
RSA3SEuV7E6mBfaabX13xnsKT6Lcvcjftw5funeQAYR5YH3Qqi1MzT8HETRIDOiu5r2JMu3lNQ+
4XmKCWFB1y1kWtF91tcw2FifwvNqX/
DIwMXwulFFmnc73GDuVSmTs9Ua61VNcuR59WN5y6fWsmxz8PrL00pH4WPV/
5U3W7YDXWdh6doFrE9AKMhTnrnhueldX26aYVxYbQldZO4FVa+tlvDIcLlFw/Qn1D5QdMX+
u2GU63Kf6yLJ0BI9q+pz53FnNmLFcGuwCdcL0T2snpolDIPirwNnlH/ohz0YvqogxPwbbbfiO7yk/
NpaVR9qKejTupHYgZHOcQu+D+oc3LKuyRmtT5cEuV4Ye8Ced/
7zMvK4qHQPEjRG1POHDQgwGGiy7X2J35oY5AEhgAUMRejbPIyS//
3fAmzzYj6O31mX0ziidD5x1IS9h3cVciN7XAEhUcPRM3WEqH13bGrwAJYgw2v3JPv7FvWF3WJRxZuQfCsfy+
ahIvSoOsDEmoBowf4sezH14j5HTHmM5IuNo5RJvDA5qlmsTbZoGhyGaltkWv9Cr+
PzAa9TiGhz4r2RFX6DmqJRkV6dVj/
xTkstsOGkiGXKVfK1kBlKNKzfyTxJHHe0APxrloKflZwCa5dHX3pFpTCwpqDdRxsw4tDz4VymyH21pdpLcYJf
QPSf/
iTNBulhmzhn1w88pEJEJnOzOc7PuBA5fZ1eLLc4exIXI1xY4eVkLsDSIe7i5otolsDv9NXW8QXKyjCHJz7Y3+
p5gwesLYe1CfAZRC+L//0a5HujeI9oePcAz9T2j8D0hnnRnosNKg+
X6wpzvwLj1Mvwrbt3PgztInzdHoSSwWGg9CkXpawXhD58utla6IU5rftT434N4vrWZlU3kHn8HAfTunESqf7P
XD50NnqKCh3WkJk6R3DIT+gguVycSLspvSFj3QAERFEoXEAw3r2i/
hVoZAV8MsfRCq2HgwzVXxOIAfC4FqQFwoRbO4ZngdDxu1NHKzX2VHsjvqhiLFuaVGeCrUWUBQHYGMVBvIw450
/jGdjE5G2DFTjQlSwsEEh7hqlsNPViTshHX8ddnd+9VDjhtqt5dte+8KGG/44ked833W+
ilqoaOZ0Cfso19XF9K8Qa8zfMsYBhHgaYWWbCqowGKHyKKYwpS1kE9SCmIFZBo0t8hMexv/
hTvyyZDUy3tPBFdOTuLb98TXAGiMlD4hhI4P9DT4paCnCsBpyGwJntN+vTPoFaF3D7YH+
OYosO5TPMIZ8cfzAT78eBE8WtUMmywgTfeXMaNGk9EkqCru/U4DUjWtfcRpzrVZ5/
x7fwxMWh4F6m5Tq9C3R5eVnQ2w75dmM7PYTM6RZ1pX9PQ8kspaD66HBo4Ogh5wkHZz6wTvVPNc8t8Yvw8+
qQ2s9wzoBMZF9LVMAP95ysVXcT8tIE9k2e1EPyzUL4d8EzqXCuiLseMCdbUTHZJF+t7oD8zxF2p+
GBwcGqSC0WrUj6Q8TQdGhk6Cdr7kENCge2NKu3OFoN1cNdfymS1paBYXAcRqY41C9NY0MMdUZrYArYKYbv0e
u1+Cjeo1OChebi8YApEqEb2hTkTUBsX/p9H2EC8W6NInelwp1IusPmH+
OLcJrPDfx7YeUzlL96yNhpDL0QMqBng8TgqukFoctpUhKUntwWdsce55hoGvAJI+ENx+
Y6qrdwgWuqfkwXZuTG8t35Nx285DaNA0PJkTYU7InKIPBQkBBBfPybs10D7ZauBB+
OGcTMSFFcu12JytdMufCc7UKDcx+3+RZUoOfBzL8FSOnjJ8j8WuRunUf3XwBPa+Y1+fHSV+
Cj9MBC6UirtHk1PnKo41YrKGHEGN3AJn54j4Zlz6h71vfOmSggDitABHVRFvWBmIWsr+
gx2uHoDneVhm1ZlAibmdPWNXZPed/QmzCccuF4u4uRV+BMJcCVInrpd2HAydKqp9RsCxfQutSQsHGNA/
a9Dnxi1GP79fWg7+zUkaKaqts+
TgGXMNofENCsBrHrMlqherFcq1LECdwZtFNa0R0mk4Iw2TIBV9MZfsDJej0RYSxie7kkaStlx9oDdkzwe838X
d/sVyzJfv+FB8kLQ3d4PLzEiy6yI9m0swB39ROAM6kGrTh/4cJp8poFb0ojnvg6tytLvQd4XtjSQ9G/
HcgsqKJ+VGRgQCpaG9Aj7GG/iZFB0b5D10P0dqtbHdlVsoqgP3QV9w4oXZOvTFujSC5kOuRkf/
5oLVZJwIeiTIpKLRli9IEay2hW+
HYuvdQVMUkNkDaghrmmwpAor2UE1y1H1zSM08TarWEqc6BxGTFLOkU84Ore6zJeTL+YX4vW03pneEhpMf6ZB/
J6NL+Px1+G+roSEqmOMEIIW1yWdoFCY5/raqlahKWn/vFEI+Xt7/
BH4oq6qpjNJZkl1HRqd0lDd3JAjtqBw7bB7t1HD1+mZvOU1TlfHgPmfRvMxWf0SwIXZSaqJ/
JStEVecJnJ2XbV+u5UL1DxsaSk12n0WJ4wOIPqFPs/
v2UYs2mT4JO7pmKBWI3YY3g1pPKjF7JXHzuBYn9H3IbO1jBr+2oT2Wk6nTnwERfpsibKMSLwyC+
bM0wHhLNPrDXlKMQFbyoOnEbnUw1/fM0GRlPdRJjXT4UjBD9y1seFPjw/APjELoyNfDIc+
zPQJkKgFLA0jlcstkNg9Y+dJtVrHw2HoxjbWtGG2+
w4KND8danjRD1igXnNuhJmogaUApAse1xjvSkXfGH7G2d98owCIHpbvLLWRSmrymLSIqSRsLGv5wfNYZqXOPu
ovgvIvC2yjnLBC48M7N+7b4n8f9sRftEx2zQw9DOXym9GAthmA7GUg3GKBiPk6pNw99b0lVpSqXt6F1F8W/
78c7o1qVo5lr91EUGF5XMplw6f+SRowlZR/DqfjgFn3FnUlR/
ZlvJn6PRp2HMgLNsrx9B75hK8GEEBzRu8PIQiAosuj0NYDu8WUfCt8BFz9dqh6/tC69zHPPpDBNfXILTqmr+
Mwea7iy8QhaZhNIsswjn2sddwb9MFS4iGkNgb/Ll16ZEzlzBf/
Ygw4sbyULsyPy8T38t0es5s7JUNguo8LU9KRYoaMAngDst/
FaRZ2OLFlMcckFIfcVx8ms3czHrpZ2IN03jdc8o8Oo8ywwLFKlDUTdo9DxIuvLG2X1yF+
8pJ7r5p5MzRAPJRZDaIV7pbiScGlFP8yTJPM5EMgvDpNb8NTVRkwn0DnDMsZKLVPsdoV6N5BvH16QRx6qeC1m
nG7OP0ZKTfZfH9zRBvJb8cErD1YknWrUWnOGEs4ghbZEHg8owMNLgs0Ri4AXnfgw7VpdQ9kBeQDt0LvpvXodn
KZkopcG2YwJRaFZNVrF8Ba2tknslN2128CQBQmFUz7yuzH5Alza70aIzR3v5S6yHBX/wJiV2tj5icdsSwOZ+
IElFsHecpo5iL2S3XYN1s41P5SrBcXtGh0jFTH3Ia+Y2hBFuuwkg0wJtGA+Gli5HF2i5YGkzNGHXP0D+
5fO7IR+Wd4kdVBuJO/MhHT6BF8iU0BJ6zgmFsCpxaXnOFE9JereBiTnMgQjufPZMc4nD102MbUGf/
103TfTxu5BHvr/PkIBtf2/ZFzd3BCz7fyX+5/
y50zkXVu63DZs63K4uY6KDwSGAP9gpd37Oiheea2cgw303X19HVzxKbVbxb/

... OOO1VUe3fo1PKvHVQSFMjY1tgBvc+wqupa365vbkwOoa3fAtvH6fZf18fPfDDBWSi1C53Ss3PPC4AEIZtS/
... HhCQNHZpMCG08D591QitpK/on4/
... RuJUtBIChqg1f2oAqpMCENghTqJBNKMKlXemfTIpb2MsjLzRzxxFs9U7z8OWGlmKqe8vVhtUTvR/
... IxJFfjSknsGxMTwTPQ0mYF68htj0SkevWLWPGY2fXVHbJpyU7epIQPMps4DyGJ5wAseZ+NSiblel/
... XJhao8VVqVaPDz8JgyQj8vJG/lcCzELfl0xsqAalVYufAqW2G4XA5vsStnCIgdCQ4lh/
... aMCfLfSdtWUEQyGdZo0AUTz2Fee9Fu3BFhA4XzAF5weC4yOE8X5CjXvBiHmCPaKV73CLacC8u4o7h44Ng9e2M
... ZjmbR4KampdIbGhy1x2oV2nK4FCL6auuubhRHI1ZSjn4Be3VS7iv1KkfwtwC0km5om4vNoYieqvXZph1U+
... nwmRWi4AqJSM/
... 7WoONIUXolLgWrN24uwmaX5k05C7kY7dj05XuIRNIdppooZiUCEaMi5R1LvKISKiCOeZDgQENCeXx3QinO6Fu
... vDIky7DfPYe4Bl1k3FleSDccfwWmZs+ZNX7NhzfD/bEV0eNg7n3GATvkXpNxOha2NdubW+KADfncND6awjqsM
... /SSDzNjtn3GljHRo+kPK5+FGj7/jp05laFpfmE4WSETWhhVfR3+52Ehbpu5Jk8PhpRw70BlId/WEK+
... okdC01HeRH+jvM0x1d5l0ePV74MVQFoJCQsjNzLo3ddG3YX512NTRju4h33fE1Ya/
... w7k8cPq6uylxOiIAhJcK6bXbdNj2xWKDQGB4/4BsJ9iRk/i+kFNap65spmIWmms5+
... GqOxRV8jXjLyJUG0OtHLR3cN52GRQSzp+oErIUoFQTluxVYsndlmuQ8HBwA6dx3OtieOwH9hjG/
... tVRKCmCDvEmoeTpyJewVxHroa/zcc68AdSgrxhgVlKeSVRZuii/ipVEVSxodp+7AAUUU0wc9gODcEO+
... SIL9pGsDmynf7mUbSUsW2RS4w/zreFNad8CCKBf7Yj5PSOg1bj+
... ZUZB9uhVTiiek5p6KRYhF7LgjBGr0OuS84aqnAz0lYadLqYDXGVn/HU77h2lHIo+D+
... Zh500MayyxeH20oA1hw5GV0TLoGqpWvX+EMGFFBC6SUhEKJq3hpM2iGUw2prPt03+
... YL2As9FUAQrQCsFC3EbzdPPOqAoPwEnBqqUnMNQrTtiBhN6+Kz1inPjSqe/
... bGVBjmpXFIHBOsTk4hh7fK8R2G95FYcdIOWPgUStC3yQITVFT42ptbKmXsRvg7gIk2jMlwjd1Y2zsO7zdA4fN
... vMCtS2crfDCqnfcMGou0BUoYe+zcW01rstSDjMl5DJBpnMrbUq0nNlb8WI3k+
... uzO3dkRQZQ8mLWvyvuUgGFTbdA7bv3r5WwMaPNoYDRGPQlNsd4hxTb77zcIa7MmsLKJsZqHGmEKmOXOn3UIy
... pCMEHe/svxArMREjBi3i2qxsX1eizG7RJsoAWVWTcx/z2wY7dh6eiW/lyVz/
... FZYqCvfIQu7lenNKjedwpaOqOSZZCbkakFhylhtVB64RNbu+
... fJVoYO2eXYbYHFb6UENNzzWxjLExThtevDgzuJBBbca2WGSShzInAW66McqpVs3svoeUY3V5tU+
... AZCH7wzoMKrXs/XuL4sRxV8x2k0e/T7yJriFMGTUT8fV0Jw47RoYKLDlk+
... vTpaJHhYYR0JvUdgYCTC06yRuwtBfoCL6e6/
... BRzACQBRTmgUY7pGgQbnhUZJRvWVd9qX1UkS4Jw5xNVmAINWmLvOXKx9tNd7/
... xXiUrXG4j86qTf069HgReYCJJpoHjCDMYNjd6Lo15yK1tT+HInqBX+0ctxLqK+
... LeFWW2J6f4SLrFQwvc7oSMmsaBaLQRviLt4t0yJiqEfAc2bncwN95nAz0LMK2CC70/
... hlCxiGDXvIYENXVgRqszYPo7zMT5SARxh7067wFQmD6b7u20yb+2mGOTOGvq/
... BFHnK2jqMMtMNivOskR7xdtnTkDFaSSmSBJW0dz1ynFmeFE2XrL64sSEsYkRuL98whD8yKUzEOZvnL69Nfy0l
... DsOUW5dGf4JXpBjVVnmM6MKg/1lbBaKGEemLd25+3ZEnREUJ4Mea/
... jPROrEO8W6PWnAEUIjHvx8gws1HgovNhThHKZ8zanJdL1crER1G17cisBQZgGbVMjfyObrN8QK02cUt4ZmcV6
... IT5xD1jNh+
... k50NeMFxU20knOdmvjLHgJQhbA8CACtwewCGgRrP2gyX7WLTr7p9oqLxEPodW6loXV2XI9ZkDydJ7yNQ2BSP/
... PFi8wfVN7/Hz5XRw33gV6Lz3N4iA7cfHrIoHwLi0JRnHocAwQsx4R6teH7phXhF9gFvKsCXT2M4p2aMpR/
... odkzbLi7BJfLwECshyY1nBJOq4AzdnrhRouzgrP8PRXnQjEO3i7eF9r6uMAE3R31WS2BIbkzPott25yLrZ31f
... 5Lv76cS33/WZ8y5+
... AfkFddwdOWk2Ot2qiIWf3Wr1DUGk5u3EYtb1zQnLsw2j3Wu5GnHyFZ56xNh1cVCs4iAf512njuJfN/
... SjBUTuBPNeaM4wrEebooQwV9v3AKNc82rMG3Yv0EI9VOVcuO5coUoQVY2p1vpazDEZ5C4hPBkxGq+
... fcAjQ5vFwMEyxoumQ3+dr0nA5thsJsOHJIeAwa9qcy84uCW8YkATNIuJ3EGmcL+
... y219ipwnikQgCFqa5DgYnvuXNN24qJZ281tkSk7D8XMfn1MGSeM6cZgbYJ7r97+
... 4VtPzSZnyziyJukP5hRj9j1fkT15mea3uaSO9ij4qEKFjpVQDdKR9WikX7yz5E+PQOU28KgDUbDjxf9zZ/
... hqUY8gAaYJ+ENHONnP5N8H5dzssbaIPLDy7o6UmkiWg6AsE1S23CGVVBffuQBlSWnfP+QrZi8hdO+
... PcZNZcXdTcyatT3Fvt9Cwo/uq47A0IrMdnqslyhi8s+5U1+
... o3ixYiMvyBSpmEA57X7cabf6mRYs2ogNvUFMbqcdZEjhNZ/JJAe180w7ENPAdNdPmB/
... 0axWTeTRGqxyGKnKEHvC6yyrK1S3wL72LJXqBCI9wixzujEOPQ27DBis60aKuEkIVFFvM64PSEwy50ijuHYql
... z7m/X+vle+GWBfAiKBE2nRKZkCJSeLiz5nHqNGqhB+
... rSK3Sz4xe2Q0TdGdR4y5YFbfMAkpciXq7qRaNLJ56omlqghuU60quj5msuhfWjQk+
... ooTsgLmskjMSw9s1tuIKPJDmn4aW0QTkA0VDvmSbggmm0Kv8BfooMqjBJeMLmJ2wNiuT24RO5ab/
... Y7nHlc5ysg3cNOMIeDJXo9EkmSf05iCDS9fOUysZOyBTNH/FSjN+hHf9SYzD5pNu/vbCF2oB/
... WOBGE515tGv2k4CqwMQOWYCSDNgoPig52YZmc/
... e4qLOcQDYq396toM58LAWpgNcB3muJjalBN3V9vfdT4iU2JmTOQay733PLpbAupZMjtEbzDENgYpZ/
... FMFIebkJCBVS4zU5Q6KhChqCdJDcyNuQhqOFUT0HGNZODW0gPjxAa3ogUBGtEkWZgbrwSw9IdEQxtT/
... eUbEy5UikR7k0/XLHCI5gEroB7Lmlx0LypiHUWsIRiIPH+z9g9C0shSIAps3pInwtO+
... Z58BVzyf3kSituCa16AMHz0eWP3uDbcN23wDjIIktqJg5MiOUhfAuhYn/C80Tp4Uc3eUqBIG/
... tpmpJD1JDxlihgMkK/SQOMX5T0Dr99wO3NwDQoFvVHCe3/AF4m9rP1ANNRRbhw7DWTj0iP9oV/9zxlm/
... MG9t71dAG27WzZAp+
... gJyNItSrbF4TfaH8SYiCOsL0I7iHvUY9tN7bP3RRtVVUDOAlnQH2V0TPUg4AwyC3pjHcILs7wt4TY9IAT6XUd
... VdqhL81e03UrC89jRLUgPTuQbZz0e1T5jWt+24SRP2kmvNI7Y3G2WXaRrwcTaDNYXt/6E1DdTzsxDIrnJpqG+
... YagvFCRMiTuXCKAyyhQr/rQWE2xvPs3+
... hcI52cTNVijXzWa6nSxavwEJHEIb3qWDJIe7sre591TiGYR9Xjyidl3qSar6jAgvkLaluW9YYD/
... tJ3SM2pDGrTQXONmpFy8tThG0fLBDlQcFcrN99gSNqMvG9s00dOIEisT++
... 1WwczJJA53AkhwMsMQyV3m41pQ5v5OqwifY6fOOooYZEMWNLcC6hjjr8sd510Qf+c8MvGdi+
... kwPyU4LbFL8bbwYXHJqaHVm1qApA3hKr6Lsjk178Fw+RnrstHC/jI1mLuYrFmAlk0iB5J3Fn1/+
... ijf7hZoW6XHkcq4pXrqvzrM2TdYRlg/P5VUQKJ+IflTazx/BOMOVzKGBjl1U5D/Ymn/
... kJu2AM173gnQKYcyaXCZycHhiaFsxXWeVwHtYGtYG9ZtdLNhteLEDapJSyKpgNt1kIGxq/

3019...

f3rfF6WR8QN2C8kPZcx4wWV2d264jgHhFh0pQQ5uJzdTMNGN6R5j1HiEm90B3iqAWgU8CSbAxaLooecJ++
IutxvK9hSPHPIj7unAMmzGw1YvFA31dVYde2Dmhm8E3WOA1q+VW8MIoXosxpct/cKJg9xt9ZejY0CF/
1IGV4fw5Hgya1R2zCnJYyiBrUknS3ljuAOM0dknXCwWaaGtvhyIS1VrHNqdWJAPVyD6Oncv/+
HbfinWAKy6vr48TES9s7+6+fo9wPe/hdsaa6AkjTOt4FiS+XMy41YJGOAsRWIFhLjVGabUgl1mnUeWbvqE+
4S9woNvju9rPrOHIxstdNW+v/RBrWZ/MVVUjBoCyJCyOQdJaiJsJ26vdX1AlTQ8t+
yTp4C5aoOdEBXPCdc5uDrm2oXzs3PZtdhD7At4YZoetk2QExIQ8u7PjRLDQxtXPBV/
TxofPfa7peaAA2qs0Xc0l1PFOgT1TsmVVFPjwFDbyjxc1rJFancERasSqCAOjoeIPRt7kNUBwQ0643CwKdrV0
+PFWTFKr6Ra/HcGaxmeeArpavUKJlmvn0xdZ3vzTKJAbZhnN2iNYU4WWbziUVLsOPLPIFrX8VvuvgIAUmZet+
O4ZkvDtTeIzj6ga1uD/TGljE01KshZYiQ+Z8sZ/
sif1AMt3DdXUkisO1WXDOdheBHCB9m87Pb2ONo6KctKVRdG7/6Yp1Qqm9Oll+
mkOUDTxNnwHt4LaItxKwcmPxKpZITaZueAspkS9c1xBbTu4JpD6j8isPLbYTpyGv6sQHL/
LzYlgOgBg8viv1fY9O/nTmp+YppV4P3XMLZUCTtJYGdcEQMTJNqp2YFXmVYM4+LVYUsmVnQy8IK0R4b+
dSNNzhU0O0b9U4PadYxckxQNXNyahbWa2x12HTAPTPAlHsTUFoJJocZjlxgO/UrnWD6+
eaKaemH2pWkpzIO61hybugiSAvtdXABz0ttp/qnMTeSTxfvdKs2B+
EG4Ro1pLZKZMjhnd1eBzvEKPA5bDfXAF3vBU6O59EXtxQ/6h4Bqi3vBu+LD9M1fL6+0QhKE+
QmnFxvy6QCpV7Zv9djhqzZvpJqVA9nWAZxS5froxkIoaUi4Lv+
rY4CLJGJyS4xZe4T8AbMvqqrNQblVfthqZfLNagz2sedEr2QBC3U47IGJ5pMUCZcOtRRr8d7jZjEvcTRcBBjX
V5TrhktjYnprr9pmdUrY6GEGXnSxmkF4y0/9JhAb/hIv9lEmVSPX8V+sw50xGke9jU1+
HXMJPllapHjjiKhH5V1k50nmlzhBE+
mfFRRQyV0tgWoT37p3pAtvIv15E8Yup40xKKDICCqjEFKmbSee3FKFy6yr2Ac53r1Qo5vpjkYELI3NYgu6To1
pSFFgUjGzNz4e9bzzcOR+2UYnBM4E80R0hcV3KqUScoN1GPXSMYFx8Lqc/
gh91ML0Au8skxHXQKEh6yPiqGJCelfNcXioXJrkUayuvPPBbe08+
w5xKLHuIYiQzTW2qWVxujKG9A1OhXNX2BNue60KwlR6npV1y2oEO8+
kvXrEV3f6anb7ZpPd6FKVrqOn9hv5QUj0fmajMuUvRKgMPObbOn3rFXkgBbD2SCgGlebBLnzb3Vn88Liyzku5
2tC4h7ev2zhMEs/zl1RaiTu8NfnPzB63BeeMa7v14jR/+rMbY/
819n90kxePBjjIDlFDGjHUTdrNJeJ2GfzRKcLUFDgXGsOcrQHodlrzd3Bt/KtK8FY8qIppX5Sg+
QuRt3vsdG7xWCfiwW1MZAvpYAK2z1IQIctvWqiEZoKXRJWbrEk1f01Xm3zL60mEAkq5eT87I0axKeQNkcmvz1
y6SwPTfUYUjAc3YZt6Ar3q301XihetK+saMmwiBSA6F86rG7IYFVi/6GdDiqYTvcKRcq7o8FUy+J/
EAR93OpUcOPR5hgjKw11lArsJMKBh0KALvLKhAUTNsTeWJpl3ViynhzutSg9FJ+
EascySUEeprejjc1MzPUKZ2NWc+
9hXxuNTdaQL0AdN5pecL80MxbGGVA6WrUzCPZ8RLWwY90gfHc5mT69IDKN6eWAYfdH87ejaiRyxSYHmWEUMbh
KzotAwXjEq6qtUSI6xfVLtrfs9fNpAI8qsCTroXF1BX4VXtA4PGxFOPExV/+
anSay5DUXZzLOVLm2dQf5Tye2NjFXagallw+8T9Cj5O8FAI52yVvEXJU0H3xil8OFVUiBn6kycvemut/
a6gFopeOkimLuKMmmrDcrR5il91jx3rM38/
Mlnjr5Yk10hq5MpseU3LRUjymhwMZ32sSIOnlqRoSPWQuUoxbKHkOq128SD/
0aVlxhBMCs6DeQg7H2CXAK664qPE2md6HmLX6AX1sVc06Etb5YLwtZ61/
ekTw7caSpir8NaLnFDcpP1qmMvT8ugImazn1XAdFV4dY2qbkZB36RWZbWzmD3JBLyTQzpWsVWCUT/
L4UUkFHUUuWEoLbuwgrMoZQXWuSrdFgOZCeK1bzHGub8OGzr56Y1uRkdNWBVDEKl1NF3LGNJZfnlirqTP4jX6
U1CVbNPKp4BCjCMepbO5keSacSrER718u6dcvIgkMFT7nk/jqWOkA3EWOsjcZ+
0wlsSSi13OL3iVc6JG9xVOzebzzYkCuxppiK1yVOMCIiGp6wX8omgdYUS9gWGb7921L4NVZarvQptRoY8CVhN
5RbsfsywM0j5KFM1/UMeKKsep9q+wWRzHq89jcYcLQ6EsJ78H/
FiYyshbxWta4wXlyjAfyEQ2JcTAPtidpJq4WFmcApengTCJGdm854/
GfiGs2CoEYJ9tfgkWA44GT3Q6Zs0SWqE3Gl1qgCI0ORd2PGjADPCJ37fyp0aInpRXs9VPq++
fKEghM318f89QnTukCaMWcZkLgsaPqcL4Td/dQUU6bAhOgnT87SvLN8LJFvPoZo90tkLGVeRhZZ0JTKt/
rCn/z7BVDycNFyWN3N0ElxsPIReLo4F21Dwe3nBYmSdoqFq89+m9Gb8qy/
vLnEJ8zKtfFCDrhfRdhdFeer9ZlJN/l8c3TaUVidNDZp/
UgqO2aOYPEiwyWnJ406LvFFGgczyJHaNLEou6Qbg7REFj77Mfejzsaegf Hfz/
A0FSszlVPmFV7iybGvtEVqC5akexZC5JuUMCus0E1GU+/tWWL7+/wd6EH/wUvtTG9D7ABMKOV8aWgY+lF/
3upsexmj2afvqkw7TrQ8b57r/
8nIrVhLKJkVH31Mv4M87BqDmuZ5oRliMDUWkkvTMfvSG2cO5Eid93O5SVKL4XOYogbxof+
Lb5eoDQ98t2E7KOJFuSqtm5BhTliGm5CazWJGB+
I0M9ZqqS3xXJfaUGa5UMMBnLDgLQGK12Q8StFWQq1L7UbZ5qKvCoSsr5dan+TRkWstjr+
nOa2E5fIUiTVu8HMwQpcnWYnfCJpGm3541pNR7rmwO+575Gnf3kJSu2X4MBrnD09VXGOFN+Os7aAfIP6L/
doggj6JTjY1XmF1+meqKcSwf0SCvO7/
MjYcFNxP0L24fL8QO5ZhMCd7kLCELQvL8vhzaTPMadTXYynkwcBdUir0CbB4fLzGZ3c0MVk5RMd03Mg0SGQ4a
i/n6UzxtJheEBrB/PbJtPYzcsBKltXJOKv9J7FCqynD6urZdPxeGXz5LF0y2gFwaLBkjJjWbSos+
rKj939NmJXZNcPHnjzToXUNVU3GSFCmJOxRz3SikmZJNzgLhqurslHg4m4OH5x0+
aVr3agG1o7XVTWjO0wEOmeWPzJAjkhD9SLXfXM1eWhZsjvo+5+XbXhkCvVhfT2abs+
rs0be9qNGsSGA6AOMadB/XCpxyYNYE7xcUPwAOba/5WNRAXKBku0iNXY16K+
mdscIa2MkascFvkEOa3YzBR0HodBrR7UZpgvJWidkjusgvvvBSNXURuc0M7e/
chpXIA73sJX0TTFkv5vSFph7VL19e9OnJrYgfVUozNVcV2gV0vRwhn8GlfPC6JIvf9PCi0PZaRydmpyWT4GRd
pYwzCl7Naaok56TX/MzSWZBxTcjAYCR9gbXgWXjkMisL/ufbBIRBCNTynAO80BPHXEphKQw+
Cb7KCiEVsbU8HSfUBvwxX9IvYOY0IZKZNVgaBH6ZvChPPXAGFwc8Qa44EZotsl1bAiPh08tidvqZLPpRJobNp
auYfAXX/
DZFNUVdlRBHBya7zQnFYma4zoSQVzmPpeR0msX6fgIly9HkpqpXN2FKeHPcxxvy7vyTLq9ZYIToilrzDbd/
wFuJareaWPFi0c8HRGkVtv3BKYtfrb+3hasStgCHjleuHhCGGc3Q8dCTdF7+
MBUokqxqCqgaET1ipAXmITuC818vLPfdn4+9kYK/fzBLOmXq9aQxoJl7x+gdGWyvFkACBNtGlNqU0gpnsq4c+
gIunFS1M5h6TNeME8JjEDI/

3019... 0jx4mIRUyF2S0sxqNXH3D84VFBQLiSOyUYtRadwenMHzJZ8J9DlHdaV0ZXC06DwFkyAg79604Q6+
... qLHPwgYK6I6DGszUgpYJyOuWX2hu5hFBoIVXvax8x11EpPyMyYCQW4cXYMpe7/l17mIEIBtxfT96om/ppXJ/
... GNz3beAVbknEv24/U0S2i+Olfb5JsC1FLjXctlPBjbPjhptPsYYIZI7DRbTTA8pl+
... lqbFOhvdC4RV149j020nrcqaym2DphIDIea+NI+
... JfndYHYSiKOJZ97pbjixMkWNkEVVYtHz0e0gWlfihj0YAWg8Fp/1UCfQvp0VKUiokrqmAavkLQva8+
... dxyqk4ErWzJ7sIAu5z8mXAAFOp+NuTiTkC+TXccYVv5W4h6i3XwRsUDni5ShQ26N7b5Inj05dmpOMDkr+
... Nydp9/lDdxL//sof3/dc17ynVHhghc0CVmWbFti9AShQ39MDFU/CCl+
... 07DToYWIcAULvst6iRab4oTorhR0SLFzmkTcrSw0171FPWCNpcpIlUZif01nsiT1cIgSthMTh+
... 72lruHhufA3neBNUaFAFgA3c5chaX3m3NhtFCN5TIDCJ8JPSlFzh0xNCt5AieX23DGVLBkW2PUluJkJS723RH
... wMFUOJq09vcuennaEktf1W/W+Rbu399x1Kbe17cQHiizHd6aIDuovi+aqOPUR+tZSd35h9oV/
... 03nUDqsaoaStz66Xw6sq8c/eJ3nnr4Qoanu2oE7MUpUjMl76siYZEufyyCPm6qU6n1Gfduv7ccBqgDy+
... PCIHu7rN+KOAllEUitoMgxSqd/o8mWPxxD5qYWYc1O6WpADHSL+
... P21Ll0LQFtHqwJZqTwj8YzYCaYCMEHQ7mgb0KSIQ8nVHFuXimqYSulxwEoe8BHrRzbYJMAl+
... 2ydIjbrrqEtbNu9AD1FwKkYNjJYHOUL2kpzvB31gsLE0+DwMIkLbB/QqKyTGdYcYrdHGxaJvZ+
... FdSAXLmqmNOaLo3l5miCbo0du6UVcEDrWofVPraOiEvZAlpRkNr5Joqj3MSG5Ks7z4q0QpkcvXu3J2uTW4foY
... DkF9BM2ESrOleqrhjS7pjIrP7JsiW3qRwxWp0to72rEy1LkTqHavs89s3LV0WlSRcikM8FCTWvTr/Ed9i/
... O3eyhaGGA5EoxYoMm9rfkj/n5iOPWFNsbCq8c2CAer/
... S1HTEpqIl4GI5IDgrwadpfVbINGm729gRIr7ryXdib4anrdRI4Kqc8he1jrhWOIHVCRiXVjvuDU/
... Sq4Sr1xubYzYckwIS1fnAPjUlbL5nbjgZqqhzWUk99dlaQfazIBRaJQcw4qQeuP20NBvRLBMCJ1IdVl8cBwOd
... 1gV2KKy7fiB6gCxjsGFFV9Ee/2ugnxLpqpCm45ZU73NMaNB9D/
... EsQWP9fXJEnZVPUQzXzdBOuyKfP1TgOkw2vQdtVIUmc+VSthGDyuuq0n5ZEJign+QFjncGXtsJGkE/
... OxmbxFZU6NLh+sxZf8MCORWKKSVpK8R0Zrkf24IzNV9RuhfidUAWeUQuDySb835W2L2lBxxkgTn/
... xqTq5idCLSeSWEQCBq8Cw8knesJmTzgeFiUQPhutkFzqSUUYKqBTTdwrDZnsissSEmXpt29FkhIgb7sUyOOlA
... CNCtRVsjFlL+
... mVBLFOteA4Ywy5R5HrkuKQCtwBFSBsbSXx6ePisDuSQ98nT4wgiXd3kKNj41z0JpFUenka8bgx7aqPXfKAyoK
... UNA0ZMG5Izqp+
... DsLG3FqImmP0dupiN2hLK2nDEvvwsJlK6Ub87l3Hc1QlP7e9tmT6rtubNs97YCmmeAPluZfJG06qRnLN7ec+
... s2B7PJwnE9gMFsQBWKEPnlOXwNfcjC0IU4zJOMOZqN4Fo9dcGKfIKNznmeWPOInlxBPRkDsaWLaaZRiEfnRvC
... jJpIWg3wOaGFQnHf4Y76K2R23tl/
... 5yne9aQMLKVCv9j0vGjob0JOvj5aDCYZKcxA4e5lFfBJdYWop0zfwShFrNzDRVIjOUcW9gtq2a7k5tjq/
... bc1VHY0/6a7wJCrkcjUbmzznBWaZA080Skt3XlIJcY9Ktyf19lwRjTg0JjGdyBGR/
... F9fW40PDh4t8HBZ18XdjWDkI+RjbRAXgkB8H+UFBHZF+2uhC48K+itQBtAw7auaYZLFA7Qp5CBl/
... rW1skK8D0tJkyRAgDG1D+yt2QuPz1LjE6JFfgAH+kYzuE/JPfXmWxwo4Km6OqTG9bJ9LwmJgrCG1++
... wV6I3BU4S0vVfWPNhGQ6QxWE+9OaBDRpA06vIrvbk1SiE7BRtrmb9N2dddYID6C1p+
... aHcEvwQ09TsanXOuSA8im0xHJxtAYsE4JMGFOLzsJOjt14rcXIHH/ch45+5pGETe1BTse06/BxzRphTs+
... O9TetVMoifIAvF3u54GfEoItUm/nlh4an+GzOufv9zKMZ/nJy7kJlNtdn6mMrZcZ6uLD0CKYBevNlXQReIJbT
... +gT79FFKGvSNw9vcQ9U5wwQV3Fi7vDjcomxaAlQNBXGD8RFTROgZcwqh7bCK8fs0jfM1/
... QVWZolUPZUNPCoQ8hpkNHP8jtggXvNQADB8Yfwg7BFNNeCoZfG7AoG8hg2NcZHEkBuw/
... FilDFCeh2dcoOhDXidCKSofI+mV1PX8Npvqn5vqR/rR6tU10RXTN4NElZhgBuki+
... 6pUS4tY330aUJPjVZAEuxTEvljqwaHINl/wVtuSPQAty0VUqtL5ZI8iZ7/
... lCgoigx4Mev8Lrf9OHXH5xdqyooAe3MKeEGLu/mpWWYwQGCuNfgNkQhl0a9L+jZGzC8cGlPVz2uoEe22u/g/
... C5ANnSyRcWzvlC4jD8jptbevWFZ+
... S9x8PGpYl2y22FsClZbWkTJj2oimCRvHGuxLGZGys7MyLAgfsRf9yKtqKQjbl/Oec0eovY/3N2cFBBjST/
... WNwbvkxPKgnPItKrR0GOJHz7MRMBKTrKxNHn1pE1NskT9nMpT+Y5yuaSh8Ne+nA39hD7HPBP+
... YBfRcsfXeLsKXIr6CT5kMubGxM9M3N1R2ij09jimMVyiLD6hMaEgjxocldP3AWbbj04CjZWfz2R+
... fLnLuBZPkDhibrvN7uafR7aJfj8ONbsGSiZ1UPE4cO1e66AUiRiZwv4BlEtuUt6ONmDTU7ArAKbwLRvFa0NTT
... X6FiZRlitVVhgbKbv8wSMKlmc4KfkNsBSHYh4PrggAhtiTVghUevqX78odEmXvg0OksH031eRsKAFqsYgl9Pe
... BwPGF9qH5ilyAurP1MzAYtE8iVnJMN8Qi+SJLx/EIc6YaqpTNu9o7+
... XXlozUOySJXKjT2bLr9RBSbD42wQqQ6LAPu0P1EImDYB0ydSvOys9UKAA/6iy5/V6/sZ81B1kkKXQzFryUo/9
... /aQfc22N7KG4MZrI3Lqe1+zUYIDgr7xne2nHUqiqWMQkgYCSq0EgJEwMnmzM5PWLjy7016/qZR/kAyaJGrXYv
... +TauXyOpp/WdrmIM0ex/nMM9yXBKw+ryJ2nJBenHTrmsWjFnT4zN0jTbehUSrpbXLTYZ9gcQl/
... EkGkf37MX3gTYq3fM7ak8mJ8/E6u3WVJHrSWe+A31/+uQYRZLu8E5GKRXoVAf8FlqQh4we0NvoXpF093Bchr/
... KbKNQBYCM5z7Irf5pUGi0DvuuNTuxg2n5zMjgv5JNC9tCTkR9t5jcWYgJKEQpZcX3Vuh1jNesK75o03f5Dk4n
... 4tbBAS01wuAxLtZis971h8b6Quyqtr8KDSffeMwveZkEV8tvHJbg3Bv7qWJI2B8DWJdz6n11jhFh+
... 7DP9tuty59I0Z9pDHtYlu8xa3EIJaTJ2xJFcMo26oHVj1w/
... QT4yxuiy0yEaSdYiYwZs3zMBcTlpIEafQeFij19P65sJOBxQTKZ0UDLXWCb5+
... dHqkj5cAGvDj1tDyr0tryeUoQYu3ekPbxkFpH19SKDIjA4YLDG2C9vGD+
... UbG7lDyUnKYavPPDMdrqarSLIKCFKIctPihPcVsKq1PLF+2ZepJRW8cYRoW28mUpixPRZ9vtipxiS0Hko44/
... tUVIQ8SbrC/1p5ijy4vxxQchXtPahM7AQEZEBXgaryknkeMf6xT+x8bG6mfETmzABKDiW2n4fELZqcu9+
... KSnHfgtT/e9oJcyrQ5gDz/J13Gix1Rh3MchbVV+lKkZwgi9ui2VHeh7TzPLP/
... H31Aw4r8g1AW11HjQDMuuuAbrng/LU/
... FVK8T7sLqUvDWG4T8onfjPavFq5NEAekPVaJx1mBfkgOBAv7CxuAmRb/2Z7Xs+GnsI9LC13rrjrk1Q/
... fpyQP0Zby1aKCgeXf8jdQZVF4FRLwkHU4rIGNUwg8HPiWDOS732ecZST9iEqnCIjyNa0W6VVmMqgmbm0swyET
... N4YkICvzdVRzGSriCHOSOke8S5FQQuCB1wl6A41sjvNTM1PdklMrEWALRv96DVBI+Gd7YhMTtTt+
... 260xfVEHONn3OvpJ2wIFKdDcctG0XX377e2myloy/
... UjcUUUQyr4XbVhKeOHNFb3CBKPmXnPBkK6spCmfKNfRiLKyt/
... HpB3kXl3qxtydBgAQClpgz05g6qkjqnhqbIJhSW/EgIw90KY+kG21aNdZAaWeSkllO1wDxDE+
... UICYPMhpKNyiuqRG3mzcTmENri8a5n+I59szs4srLEyzGVYIZo0ekPv9/

3019... 1qj37cFfpcrpg0Am9bhmHrs5ja10mJ0w9+HB3FCKpp0n1UPLoc9qU57W04WcLIW5U567x76DmpMLe+
...   DbwdUh9ZpuqH+PPBOZ0Vr3Rubac8y/qEMcSJuAVKn1DqGlIK1GMR/
...   f3r02oixx80tQY3nnDKzI0DfX1n8nGIT5Edt1rFzYGNhY38EPhn2IvTSY4a9HQKfXR/
...   Lgqii2xGtTg8DY6prTcdLoNAOrD+ZOWnjMBvshLydmv1/R+CnpY8fd0t4o47TxL1Q1G+
...   t41S2BZgdTGMrIgFYDn8ZQDCzNkoyRMIv+sEUZzbYDDjX+
...   rGxPWG40Fx4StHgCn988NuLp9EZv4yheaHWAilQrPU7qhdRfXHfwoiJG/
...   0a2EP5JjYJxlMOYOAKGiHGLUO3PgZbaUbMQBbhl4UikZkhjs1mbcpc7zogOk5WHmsTybw54DGqmwfbvCa5Fta
...   XEDhcz7ycZuCAyrPnQtfL7Tgs1RwPi5EqQXzLgu+iUpbWZ4fENBvIB2LJrpI+zX+
...   n5BVZ2T5ePfr1VoGxi2WVmgOHFQ+KuJ0BU3ilqERks2GoW0IooTInaXUU5MjpvAMMWtkv1W/
...   671Wg9G4FoWIqMiTFlAXtZ/
...   qO5aLAsTqbqDe9vq0pVi6zCtYe9XKhGnlqD12Pamdge4PPN9huAlOXfxPZUVJrm+4U+
...   niUmtExbTdMkIbipnUIzahFCZQCKCFUcqLd/G4DemldvZgEfLV1s1ocvhgWQFtHY/
...   crthhhBa4tTcdDx83f8SY/AFFF0f/wLW5qZE7iS4mixK458+
...   eNIIG5FSVvcjS6cR4k3vJbpr2uunJYMQuvI8htr2TyypENxmRb55rbrKEujJjcP81Kpp6/kFrX/
...   NTulmWK9zIcZh7oQJLPHj9T+RZAkilMsBKD1+
...   kpMg6ZFva2IWOTgepM8hg0q82jZOFkNtAirBco90lu9c0Zcr3G2L4yYudesm5UJ2820PDMGYMs6HrHLQoZwPU
...   ZM3ywQiSfHwHf1sRHqGaFW44P3qcqWrZTfLOs+
...   lch5VncfLqoZdaixvJX8l5tMAuGeHnR0gqjsYtDyTJukZMGV/
...   HaH9LGZFtj0z1bcmlw3BYudU6gi03uaYgCADz9SgngEOEexTRqCIHkxbjce2Xb8gI5ytXP5ze21shpTHBhflW
...   lkhdAaxJGpzKsdSF8v9D9Jkvmloe+2JpomOzfauuaRs2BvBJqXMpHE1SP9ILWW0AOlal01VleUyGXLHP+
...   59qczS6u8oFTrnnS5xbFSFG1GuI35AA8MCXVjlNU9BsqNBb446RA6ePlxSzRBnfkRQmHioDbkp87Ks64RCK3E
...   wWCLaOlsO6KxGzMI9peThMo8JMEkPxtCCYbXcCiN+/CxVTvIjj+6DkuD+0RM9Ip/v4MhDXk56wlqBC3dCNFoF
...   +MWbGkw3fB9d7c9p96PTRS8BlHXbGuA9FScl4qCdhOpDppxGGNzBZw4ZXLli686hjs4zxMUHiUUHl6D/
...   a261c6rA4UH20ftI5kFZwrscNdhQpT0RdcVMJFfzVbXzWDzYquCKJN6wEFB5mchoZLxlkVDF1t3ojUdQU3R3J
...   Yws/f1fkBcFeAlkiWVy/3XwE1fVJLKfUmpaLFG508I0nhMuwq1XevUuHjOkRVm8SvgCcyCKQsksdN8Xv47yJzy
...   +t2geCFxZg5+
...   IQpR8rmXJHDDX3bwUuWFF1GalNqjQXkfnNw3Qr2WtivIABB7dD00PkatKDeACfwHrjWWAPYjjpBvRV3bJxquy
...   +mCx12xgoceGF+bEJbQ3hUTzxoqNeHbKc01kfchWHaEwUdg2KpCumGUX2ae5SSVvDxa7F0LQ40odS+
...   lVAKvfcaPxVjLZQ00QVSbXQ3V7TfohGNrQO7kgVVqVQFD14KVInSwr4t1Q6n+
...   lmn2mev5pJP7Ej5g13WSKDLFW7S+QKOJibMI9LPLQdRNS+BFzVgERG+JE6KyYX0+xsdDY7/PqqePPhE+/aqxN
...   +fZ/Nl7xWjrt/k1JKN5isoqHYWOU47HMYIGsY4PbsTLBu4zFRVu9SjEcGiZHu4wafCz0kuByB2fzFnkW4/7vF
...   +C055z512wPvKfzpmlcpQzxc4fFuyUNWEndawBn11RYcz2mAnJda+/setbApFCLcOqoUaVEQWANzJY+
...   vSSaGYWJXLpitbuI2zozcLMq57Fefro9IFf5F8+YA+iTEKaJPdpXEGC9hsOefuUH6PIaxRNoMiru9Mc6S/
...   w4d5QAUARnU8zkeCxwWeAPzct1qxb+YZhVCWYECA96dPmNSBgwI3oEQozYJScVE4eS/
...   FL4n3RD67n71Sg2TLCVNnp7arIVlbODJ5cqZuPtlp69GKtlGxk5V5fv3sYaOliIO2rD0MD7qJlusa6+
...   fF5a9MkBmcAQ0d0p8pOHpfx+M++qnDY2P36kx5E2sUeNqGhaXflNewFtyed+2n7vaP/+0QFI1wulg9rnHYg+
...   wk6Vf2VhDTVfyZ1+
...   wsW6NgXywDvsUBo8EUkO8SNxKBfP1IzCnUvDyUiocNcDnZx8jzwXCllVCyb60I6LdqpTYS2JxegPVGaJbYEh4
...   /hMp6msk4IYK1oppwPj0viwQUxwVcbot/
...   3ptAy8Uek1hTV4JAqSQgBM96ThI6IorQZcwQVlZSxis5gcMcTDH2fFn+
...   HUEMHIDnlndfDf0tRT4BcYJSimjvSSNGqOSfb77BZDtfdsIKNz7E4q1diGiXWUhLE6zOlZAsSDpckIJIMNT0Fy
...   wrwraz6cyA7j8ZIHGZmvTaCZp9M2tx+
...   E7id7ORR9rB7NKKa1gtcliAI6UacwudVurP9ZiJgpt1sg5AWgBGFqQ7zkzDXukW5U38lmZV5n5l/
...   OyOqbalt5mTmqBQWQbue/XfZeWFB6vybabl3xXk0DIwpR9q66ZarCqmQyBNJap5y2ZWW7vI/
...   RqQZpraZb5oYUx3NbcqGw9ZWXPoWsdx8doDO9Iuo+13GXQq+
...   VLcd4AgpoWHaD2x1g6gEqSI4FFho94xRj1QMk4yVynfYuxeHW0WMAqbrNWImTbld8MyxpdGKFgppCCpo3xTc
...   A5JyROcOdehK/4o+o4ijqkf6zuYQB4Mcr8Qo51AZQtBzZbVJh5EYYsR8yMh8Dc6LZ6jL13k8RJoYgJ+
...   iEGbmQDMfhhJJ4fgqG4PDgacJOAbLlyhKSJ3+X3eoGaQzGyeW0CwqGWVcx1+
...   STM9nLg1UoxZqZnuRJRvDQW5zFX7y5Tl7hBGUG7D53CGvokMErFg6qkOOD9EkdhSae2CvFPK6z64z26Ep9dYi
...   wmzqaFG4YD9hh9MRcNOLDDjankjGlC5kVN1PPa8y/SE2LujgS5qcLIRkK87rtLN7JG+yD6vhh6/U+
...   YC6XHApKXnRxm7mYuiFMcgoAORFreHj10m41xZHmc6m20sn/nKa0rZV+YEGKj4SET/
...   V9nVXcxe6j5RgWiq91NQ8616uQZgNe3LuB2++zCf93yfKFy+nsuRJqTq92OS88A4mDkVHVeJKOBG0gMY33pA+
...   amrrEyW4yzNfa0qzVhSMJ/5P61WHwAYoApuC79G2FFS5vhy/
...   2C2N4XGcoE53H1NWBdFPS419SyN8HOq8L83orJzE1vuZ0ccrH2Y+lRSK+FrERm+
...   ik0dvLN1MpIGgVXddjM710WoxkWpo1pIudaYwCtnzbQZ1ULKEuwqi3aSq0spSbBvR8zfpIIAxZyWiLrKgGhyo
...   jeOE0oSn8gOjV4EgJrL3TcSjhJdKt/AIVSE0csbrPgTGJ9nvqUnG+qw7bRxj8Lt18iz/
...   lmVVwPv5qtigQkJVjAylt6e3h/605dp1vSczWg8MYncJyovu/JVWbkNWkDrWmi8KL/xbpapKE/
...   TvAI42smqwjV5bDcWpwubEbbQZj58C5s3GPxexmVEEkAl8mRes/ddNI3YIuYEN6XXgmANMZA7Bdc+
...   m5U3Tz5hL8lU68y0UUJcPp561pA+N5qO/1WrZTgoB1jZu9Z76H62SRp2sTNjCd4s6IgoO7TwPA/
...   nCOrIPejItqK+D9jvYhZq8gwLAUq88Jfm162m0eOXGNaBgD+EGFAuaU+brw3SjWsh84Z7nlo29z1Ezm+
...   oxGA7sXg5P+g8FUrgUF3HtrYKSL3Lwh2RGFN6i8LpQVwXfk1Yd/
...   NQ04sr5WeRzJyJvgvFHoRZo3zM5MGTuVYFzTsvT5eE6mIeYaUCBiJLQMBk/
...   so6T4k6bV43LiA0bdg3Z57p9t9NYg2+mrAQxqisEDW7XQnNEvC4VjoXSirUfFoQ4+VRoNcQz/l1YGRzSQR2C1
...   /e6ZEz520IwHl/+w9pHxQxC9eQSpRAWXuHecEMwwzpohePt5MLP6b+L/
...   roXHfkFa4h8iM71B9DAYsUEcqOTwFBbxAXh6EikgdUYnhVOvBr53jcCNZyO8A483wLBmrmAlU+
...   ust5XNcpvYXB8PtlMGE8PEBd9014BbNp0zv9fDqZbZNHvHLNSLQ51ptlXkGFumwSJeUrUpKEZtJ/
...   JFjEfMv7KF8jjo74PGgvfb7aBTorYMHh4FZWQOGVyPy95SifWavUvOHFF305aUNZxEsxkFhicHrSOo708dy5O
...   syY0DqkZ5WGkWgvuPX7DZH6iFm9S64aBWHqPbgTCImfMlGH1y4t6mv/aKGlXh2CmsN/

Page 102

84mCMzB5Gaqgz5rKmZWg7XWb/rFF1cxHhKWMb12o9
sau38KVv3JHOm7LKy7h0W5foNhVAYPdAG6ie3PQKmfehuG6BOtzCTwBCt7XVVv9MIv9Bd/iAS9xtEHhkw+
crMNXDHsUsWiVIWbhFnNLbP+wbQaez4gyl3TGFp3VD3xd7iqmSYABidGbfmlOoAoZveKoWJW7s+
utGKqmmDckTVY1ZVYf+HiO7NS8g7MVhRwrh6Agfb84aMgVcEilFWayzMjh57Yysyp0+
LLRxXYdNI3NNndLSMNkhpWy8xrU1qwZZJH4XCFhiR6ushinv6rEWm9bke0PS/
UURcpm4uGqDvPhZeFpxreBFvWuY+lOxP2EhbEpjoj8c8jhB6uY2PogIudLDw+B5mrUIUA4Q99G9t+
VjBahA7AxXNokAi06fJbB+JuduVVslriRQq/eOaR1oHx1+E8dyoEsC3/DwJnD9aoQRAijbiM8iPL/
qoF4bMMxWvE7Z/
6yxzVy3wnAD5N7zbfNExntkcGcS3PBv3d1n1j9Aq9tJMfKBSS9vvx51ovoiRfKhuM4fgGUEFRoSdVIvY5c0EB
yZF+iSspbLQjuCNcUlPYtXYzakjqQgpa+AhlHvZCPyJP6BuPldFIOG2DgpuEDi0M7xdV3HJI2+
92RdoQxw7TUaodmLfHQ45WN65VOnBc9oRWv0VCxSrUSjTvj+ZEqkTABmp0TReJ/YW7P4XR45wzks8aKfu+
srM1IXVtBw4qDjXvwEOUFDy//hETQc2Q+/ZzghBapuvvksMcu5RcNruPaAKXleFFmV0/
HcmcuLKQIuk7fwMSi5aO2H87C9Fzzu1IuasdgacBrGmgcolP794Hk4O3zl/G7+XnrCtoU72WBSQx/OqeNfAwI
+l/sS0KZ1RgCPAwb66sgWHFbbev/G41a+EIL2Mj0Xnf2ee+RCVMIR/kSZVE1jmPKuXZ/
cpizsjM2Rpd570nlltY6JnCogon9dGOzH754gNE4EdsNs2qDisOEkyhKo5NIOAGMYPzIDYPzWkC/
3P7NLRCXWbkVnDRJasqyQtFL4xEfzgaOCzbY5lbPk/c5EODGwxXuFwGqK2Y9/
dZzMmY8NRnrOGQ3dzOz3F4rP2XHau9+
S4MyoaK0axkTo1hdhk8ux5VJKwzKQi2IROHgbKiy4qK752X6tSru88mmkoy/
EIe4iWVzAq98dJeWGFtrGWpOavZ1pMyg44509DB4keJcYxFFaeO0Cci1gFKNUSFSN0oRWgZBTUgXsZVDVv5Jl
I2iSVz6spgFig6veFeHLEY8oigta4h8ED6sxpYI/NbFH/O2+jmyUmlINKiZhGtOEUnnllehvG6iYlRMPH0kjV
/wqKAmcDX1zvwUDtnnUlUwWFOmcWR/
2HGmQaOZtV4VMnxycJwRNqy2BFjAbfcphJWNyn7DAArNCdhCU2X0u49xYM6hWSXbd6kGu3XfftOb49o8CYZfJ
n+P21CGS7tGINOJkFoGKvDAYUjLpKUbOwB4ESDexF/Jln7BFra27HuXg0F4kyrRFrIZ/
CDmV5rFn5euHREm822txbn/6tJ5mlvfFkYooaeksrPdjySPd1tLzhPzcZFXYq4mHQ/IqWYgikujYklUx+
Nut17bAA3mAT/zbuXoayFP5rx9o5HPgIRlr6CiiowmySHco8t6tGHybV6T9qKo4U6AdKtj++0QtEQT9rj+
AClVute5a/AUz3rfc2bURxB7COmW3Kaz0COPr1/iVnrScvGqFgg4BaYSK1UB13oZT0ENZ2c8L9OBx/
5NGFqdHs/4itJopUdq7TJe0B/opKKNbDaXWMGVkkWZqgskQAJo2zyyQVJKxcl5KhenzBj61U6EDU/rQ/YXJB56h
/7F4Cu3gS58c+lkS+l61KXBTKQ9GuioCKI4EgtDy+
wShipn94SNSvbM1nziK5wPGtFld2XTiNuXVs8xpeCH5R9BilbOYaf+
YF97IeSdISLfqc9upKpwuNCCnWiFfKPsjjusp0wDoYz/
tEwu2aC35uRMFUBaZSvh22thmQd7szFRj10MTkcEjsORHdavFOHHY/DhpM5pHiwP9zWTTX6V6nBv+
UzHoutUOGriKaW/vutYZR6jpZjTmPLsjRS450sZBdqlaYxxcRCo/
aqm91C0YSuiNfgHzcGT0FdOqKhuTBUEh3NmKqQWP1dmCFoUT1h9IgxFsT61VIJq4tng7z1dSMVqUezUnmmNBH
/So1QDkXG98aPKKtVmUZhRvgjVO0HHmZ8IXgGdWmoxNiu6Z5YtKa9yfyKqBWIqr8qX5f0GCHVp/
4z0C7qZhkhRHtkoYmBoP/J8GfQEHpfpTWXV85Cp7gzb+qHUfdx3j4rqasEDLK/aG6KRGm0k7fnLFlNTjUkwVr
+2iUE0V7zLAR7WTJCx74V2UfxkgSjB384uXxPTpjUo6U3izTTRaDk63Ip1yxMgTiOS5BaDR1iH/VAR/tV9/
P2EXqgiYl82nYJmfjzJXSUy1LRlbOr9R9hrB7z/SMkZPsL5GFYOUi0w3E2x+BvAxQFo/
vHxPO8gwBpDeQC7J7Um6OOnNOnoStIDKf1epxlauQVx86J4vN5un8LQIoE7ur92X7J3fFFQZUgki8XkmAFKy4
0LdT9Gu3Xc+
iWrSgefilxgoFfRCyZAwbKRAzOsxdTZSOxincckzAkuiVgkzNpgZFn0OfzM9LPHzTePR0GX7lcNDkd9rECh2C
lCepXAxw1MchQcF69LtCfEdvcy1ea0kEJmm3EE5Guz8Hu99M4Dl3n+
Tv05fpn0YUubPgbLPclfMeNTvIePI9b7JRnAiBV3ECAvCo9qg8rfhIF72qnqY3MWTxzpnYWxolk9tgxB6hErv
/c8QBH8q21ApX7d5Kt/Fi/
DdaXc3UYOmhegv42Etp0iPVHkBp8wFlUTfLaVsNTAamaxtLvWwq50GFt7dYfsT2LvERLUzfG40nvdFR3Y/
tJzcf3/7rbZ9WUMjasDrt5XKF9bq+sxJqumkTvYZ/
LN36w9RYHMBfy7QPxtXr13VcLFDunopVgDlwQ8hDGe0oG6cAORtfRIoyUEv4sJCGYlpoerSx4vbK+
YhDmw2IbrgVg93APASFc7zW3NrPkkgbjx2vCSKvqfXlTrbjgjzp40f489DhP2UBvOVeyFI2dh+
xlW6bwP8coaJNmO4cjN74cNyVfqptyt3x4eNKk56iFYYqMrFe9tJ9YE9hqHa7Z24KAhXy9cZ0cU3oPUcfGSsZ
dvyENeTakqID0rn56Ry8l82mcVjNNf7LqyW5/aiMoOxOVmzdbguiu8dZWFsrc82TDWAd03OYbx1119be5Z+
dqKdmS3824F+a9PjkG80DDcZYFeCQ7NMDdA4phsX3z5qNPaWiCsD1r8R057rV+qhSmPpHA+
orY3PaYA9pHd2y2B0BDemRjSiFJVNROrxKq2zgvuM2tf8FkLe/u1TEmpe0w7n6qspdrqxLIVWCKsp/
UxIBtrKIWWodlxP1YdowsYd6JdH4MyyiCeqvzDd5hVPtfxeMt2FPYFgfDrPloGOuFxWqmlq47bedH6nxu62RJ
66pkcv6QYFmBJcYoyPvNn+eHHa/8px4WAXZTAiA/ockHyd0654L/it4/Pu/qGD/
VQTAEyxQpr3uT1cgIgfynIHngfLlpIzgIsXPCNK5WdiFeNXbvkZRTICF2ioP+d6HH95XvIL9b+8ZmM/
NQHEEjxTUFc2oCnpCC79idyV0LQcSc2gGJ+jbx3cZd8pmdv5ln72Xa/
2iLLqcULS3hmL5PKFR72xGGX10Y9APZfl cO Ao0GYJvxqGjsQzt83B7+jvINJfzwvaw1+C6FuNpI2BwC/
KhsZQyLolvirXzpMTiN6AstgmpVAGVNeZI6FEHAiE/I/by7nOkW/58TCPYKDUIJ7brkv+bXZunYuU+
fYW82Cn1eEFqQpu0C8B3kAIM/CmSBAQVK2ieOll7zbiZiJmzgkdMWiqVVDv9ZQus8ATEK+heRg/
BMBDsqcxjzBQq2An9Q2UnAV0LchA2bw8usFwIyCEy1b9PKjilC+wyto2A+
knWzOvDVqU8ZIh0tcAzsihuKMs3zuDcybNmBSiVrPSfXh6NTNSHnOKQNI66ZkKueDkd6lu9qPY3Xe6ydlH4tL
Pjzhg05XjAzi2SXcRupcRJnFwpdM5DDGYf2SFvmL2ON2wWblq2UZRzyq0441SJakt7BO4Ish6gxlJpObCIRHi
pQWsmmkhYwXcVw9PDVLrlg5aiylTf1TZwMDhGboRhV8mrT0O4bh2T1H9f+GFq5vRKyq+eTdtzrKsCsN0bsR/
iEhtzraTDCHhVFMu2WxX8OSf30FKUU3FCKXQsr/
TmtUVwlRKmNa8sJhJlfLzBQJ3YbcbWRx3aP41imimtdajF6wvEZ2gYku2ynhvCM1MD4xy64m6xM5n
LG+776xb/LJWuJpaUCS/Gx+SweBFuw/0RadC10q0Wm2C66Z+Eiw/c/
0fX6nPKbsRfozWRRnP4auVIbIra7hbnFxKFNtxZdpXCSbHC64Q4mwys3BuUDToacm8uBA0pZm29a4kRPnXOas
gxBAkvPL4fQh4fpSMhVvuiTibG27805YCrekzNnAaEgH9cuWwMBDXO9TPQFV6y+DmTkYOCXf7GA0TF/
t1T4NeNx7WHgBlt5plqxPBAZrCVMOlOQ9GR9EByia3FZjhWkicEWO28lefL7gJ7/MSzE+

3019... LBlGJBXBMLYdxp5t6pdznwQoh/xbFFtH7Y166buqYxL/SUqSS1B4CK0SyR6CuBBm2y9V+
... AAp4pvbriEQ7v9TCJBVk/he5Ef2mQRFgmI4j+UQH/
... y2EknCw16KJUqZG2QtPRBAYsPwnAT9crpmPHYwhDJEBxQJPJBqWp3S64W+
... WSfxMZ6cAvsR6MnH09NU9Oe37J5bRdBfP54Mnky1btiqlaSO38FCefj9a+nk9JmWPLffOD/
... Uj9iyj5clVHyZlApv9ilkNPnOJXS/
... pNZcAuBu0LsBzLJj89v0hik5hBxsaffqkxJoAO2K32edQay63Vwyj0OIxukcrBPcFFMaDZI55ozyudM2XV2rl
... BG6xJjuoY1GOZE5tk5wyrZBmEsfopnhrWPnt6U83BAqT7P3UVBKQYdWYwYNO5LFlcRwWz6lYTPy9SxN0LuLx3
... 1COaQLcEb6aAPy2Sz76ryzbYljvgnHN+
... ifn6xXoLdV2PaJQsgVEs0vhkWcWTy8EIzbbD5QEn7gEkkLhkYKIEe42thPpD09xIyG3HOMCp9xgKCLBANSIOI
... ilLK6YP9y5flfCmqsu2X7CSGQ5QqcRJbWJuMLfMAzUY+cdDl0GVBz++
... gHMHp8vX03jjVIPdzZy7rSNzqwljbNy0K4KdHW2YWnHc9ZsTGN+ZbCiZcb9Yq2TFx+
... I0HkOumMxzsm9xjEbXwh8MfXZfQOhlVBj4dQ/RmIfGRKddY+IK0WxbNTw4CvDgJb4Wp/JBNE3s2auNNIlW+
... K5LS2kaLSBxApAosmm/EOsy7WRIl9l69u0aklC7Ob9uGSG4kUoMEdF0s7LEuAcYJ/
... fFMeJIQhUZYzBuPlioEqmS+WugfGWezKI51BQrUwXoP6EnX1DNwYdZy/
... yVECMbUhWCZ6MY27bfHI7yJaBfrzVgznjiZYFuHKS0K9y45IQUgXEjR++cecrQyIfT21jIr/
... cEl4rsDVAqyRIO6t0CfDCp5nCy69Nfa5oiGMQ2C3BlGCQZCdRSmU7MnjqRWb4mhZc1A1+
... 8LmaMXfu5yfR11ktLfTA1WPRCLp2K/g6AfEJrFQJlue4gYHOtbt/frcBs0RsGIfSQgODkZP+
... NeucOFU1VLEwlQVOD2TcT9p+pzuvEBIK05szgqr4pm45J5s7Nsqi8lS50/
... HfofBvZjLkZj4HfDaz1Bvw6QTzoyq3TGM91vKE3PV4iCPIU0XnkjHvk9i3+Z7pBwwNVySTmN+
... 8hLwu2MrECyBTxv7JOlKyx87EJToJidCWpMWb8ILD8YWeF6FF7/jrUSC/iT/
... ifzxHK4M1bytyvfbrO195lIYN4e5/yUPFWKJN1/jM7tJ9F0qzNaidI+7tDhZ49+aXlXy4z/
... vigmuY4GC5lF2GGNs97F1i8qknj1cDnA7wtTw9ZTukCNaHNriKCfAxn433IfNmRQ0W3eqbJfUnsbWq7wpcW50
... X6uVW7UjbhQiPLikpEXyV+Sj1th7eC4QH95GjEZqLsTMHGb/45R9TBW/yWWqktC+
... Yz0k2Ep1U5OVPQjlPcvQXeZvK4CvhdZhUGle27JAgBazsKrWv1rcqnpF0ZcmqHVYpIZeibHG6bfZzqvuj8OHr
... mTF3HTEtNg9IFiziQghWsVm29Kq5tByCms607wLu7P5Bg1WP1dhAK22gKiintbM8T2Nc324a2SdGKl6tKgYkq
... HKZLbKFYazJ4DGUT+RqykrjES3swZml0AgdPRBwINu9B0rG16xrxToUNgDeYv97gkn/
... ruCz8xNNQ2VE9m94v5d2woDtKDN0/
... 9hc5wru5KQgHW2kMzsIrhpX5bvt4hmwwRHAIQtuTqGTtEN50aG6ywN8kc7JejfIZ9flILj8nZl/xGAd+
... srAUuRx/EPmG36g9FxKUEtryKBclNcmTrUIr99P7hQ8pWLY6NulVr+ryI+
... Te3nSlBYF6Kq5HSzmWbMuN4kOhilQm1kmzlVYIvsh+IEk+MzOSIIrAh17kFfovg5LWdbwhH5CG1psKC7/
... P9lQPoPv+JnGQnlBPcKKULxOhy6fG2iDcM7XnodAfo+
... A5mOepTsY3jr9X4o6UyNeNTzK5KPG90CMFzQa4lO2zzDp7IufZ8Lg/9W5PcfEPA0MA90c4XXmn+
... 17bWZSNyIdrH/fyiKGyH8HL0RVJmLG1WMAE7xvQJubs7BCE1vk8hguqGyUPP9Wxmq/
... zszEXpLH9BL9nkduS1SPX10J2710jWjEJNdu9o+ko7u52EHZLcJEVfu9PvwEEcz+9YDbAmdR/
... ynrndRfgtCeeIO4o3NDVqsdD0OdVvPcnVvc9EsaZj+ATtDBUnQh3XmZYyx/gSsyu+TLQcs7ATnHxCI2A8s7+
... Ni5TqsRzecxOcyBP+MVZMlg5cHIbHUAiPQSfFx4rurzRdAPYh9vdnZn1K4+vlgKFgeStKw3meJu0yrbn/
... n7PwHJSijYKjLJ6odGRz9KOVAOjtbNplxVzvIa6mwbB+kYD18+ASLEzsvp+CTayMn19A/
... 5GJ5WfGSAJ6vYKOKTU1CJ30HKVLbkt2vo0x6DbpJFxCvkpb72T646+KU37BLDHkRBG8p0KuBMocmBxFMEzCxr
... /8cMEXMMNlSa7xm2jc/R687dhT/QTfRPXXEezZFknUzEu3KK39Q2Myf7/
... ZIRZDuQuDpgRsIaFKVAfBKfZqcXPi1v9tBBgUsF4B4akAkIE5e6u3j1V1ccSLlyZJ32SLI9eLL1HdduSMiL9q
... YvkLhHQOZPKhkPSYW41aQUu244K3X+1pHi5AB7Nho7lvIFeAcwfW/S4L30n3EwKU/
... BlbM26oA8diL7dK6gbRAzYh2K6CGQtfAV0qAi5jljfsxFiNJjhqQOnbPLNLNYjbFcGSi44b+mdBX6gTVs/
... YsNCpm36IHWAnIZpR+6JNw2lx8eNWSIwineGHLHR+qPRNCwnW91Y8FXDvrCUt3JL4Hv09pGN+/
... ep0zdEKlwEhZzUmO4TfJ3Jp2MVIWqdszGghhbtFLI0l1DzbW+sM1561NsFTE2PvT4S8+
... XCxMrbbP7orNGfGpYRAhXGBN4pFMIpD8ygTCc5haJI/8Nes8mbpzI+
... Q9FDzaL7zblvFrXEQbx5hKZU4BqY3NmgSNAYvrqjI/
... 1XfW3ey64Ex41bjINI8bdcsqpYQvSBWvyCTbELb6IBhF1iKUdk8zW6quXPNUoWnC7QGq3JL3TD6W1D96clNGz
... jom86gDryilHhGGnRxISxj7+Yvr0t8sFq+
... 26rdndSKqsrnm1FqYf2nvtijZfVomvOZIAH95m8nkf9Isn4l5lAEnXkRmmvJTGS+
... M5HNoqj0AxQEs8RQ74y2gnhur0wZoutwX/adybqJngfIaSM/
... CNJNeJo9tAriGWUSdRm84oy9urxxxQlumyedE2JlGXm/1J5WF+8dXRh/em/PH/
... rDE7zSO0Nivzg8tMPWblktUrYgO5zUnOkEbXRexn1/6YRDkZXmbw1R+Bkbhao72RsQzMu42ZY7LW6o5ICpA1Am
... +a8teflwj4Rct6Hw2SpC57WEaBI9necFBEdd2sPgBnhsXsnF2bp48w8iSCJ+
... Glh7fLWesfcMa6a3MdFYaX1sZzsm00VftpZ9giqufDYSBQG9mXNDQqPJhkXezESp7pHrWOq6WLLKfVwcVA4sk
... nCrJU/RgJNWNB53m70KJYfhlmdlYK9N23HBy+CYM9JHMMcoWsV+Lwn5UDyLfEVSDZodUcHS+
... ITz3AaDnRJFtSpetGt8/njSiISdcCpd5rdK4DeB7GY99I1/WnX1poAMtxilYpdsLM++
... 4dO4wo4XtZAOC0YqhoPRHMdJo7i6fO6qETnkeuEby8XJB62Q7MYqjUluQFLYh6M9TcSwullBdYdWBHrAwC/W+
... 70du/pBQPG8IIo1PfSGhX2IWWLvYfUmYU7ypnYvqSyssKVZ2yLDpjLHvvbOIL0xuKZXly+
... owtVDVrmH0Oq5dZhW0CSyzqskGS2yzhlO/ICIy0l3iF0DAWqylkmwqQWFQCuF0ok42OWY+
... ML6eZ3nvyavvMKQux9aJJ86RKoGnPDH5WLQCEN/KtzDIgfmt9wPIMhEm/FWoEzNXUsmUT5m/NB7ShDCd/

3019... 2kqPds27bm98wo859403aB6jDIRNCQ600Ewh81cI+/JWVIfVVsQJ67RgnLga2zoqa+
CVYs2egU0bBLKv3cMvkILUXrz/XU0zXuA/
NyGqiNJWd7qGQdpwAzFPyvA5brQbz7rf7xwf59b5eUI10ke1WgfWsXleGcTpq1r27eQBENS6FYRhJjo0mkSis
tASSrEzVYuvl/UrfYeKCVC+AIMlv2MBLUENcNqqcIXiZZCpuGLs9z9TLC2QYm/
nQAjxpfr634se5jlib5M1JwSAWlnUcte1w+6VSLJEC9B/8sb3AiI091pqJt/
X7xkZsmZ32HhefRvHPF0yzs3yvfq25HWmmPXxTfXUUCcwHl+
Vq7Df3qTvpDQOU2soOsbUIB1T6Bb2t74E2I4r9edulz88DjcELD0iK5TlXy8Hohml4t/
cNr9LdnoGeawe3NKNlP0+e3ctaU/3p5IuXzjzyNFsRoYqgc3shgAB23nLhY5c8EHL+
mfU1zFT05f6NGv9QTcb2YgZgVh1Zb9DdTpg8Jq1kxTx16GcgxsV8H2x38jh2/14tR3DLOsJ6/
mi0B5wS15GP1bwqH0yaYWMBgABpFXnj6KY6hUoqrb5+
bPUiXRX7I19hqkbMRK9VC9WRVQ2MJGVELzREIPaL67yzo+bi/
AIJKMHcmUpBPo3WGP4FLKceHcqVKnP7PzsOZ12f3fhgREAtAW65QXKi5MYiRpGd0f5wrtLFZzp2DkdSkhD+
ZnxY/7V4zCBAlv19UM0bM/UawgQBZDq21KTwo2aQT1catQfTEcX2JdKOlF2CFTyINWiUS5YarOh1DVZ3dl/
IKTNL5fsLx2WbMRBjdNygQ53IUdgxIsxwTR8QdRgOhvisEPY35abUkZygpKw39S8gSKoA2ubKLuKBeRv+A/
WAQKDtUJOSW15+
ZzpwnuUSjKDOxx1KXOuWGk8Qiy57iUyphyfAPMNUrsvOKBLVd8tOdBVMZAAxcodVtWvTDPsLehcQJpwN4XcSl
V4L7R07yyjCtuOyx1zCaSTG0oOsPj6k9aERyiDvUXrIyvJSMPGYygwQNc1H7/8pLebOGyU4qtbI2mtmxI+
Ff7uEStR3TbGRVseT19MshzR9f7N/jIg/7Lawzt7ZzJNRWe0RoJZt+
y1p5mL38NuK4L0D5shykVgXfcwxZMnPVtdpBTu7J48bUBmvojim42Og/wFSSm+ok/f3fD9myA3Iy0/
mrEUka7tHdLiBHSO5pr5ompTPmLHCNqabO5fVNqVTwsrDMSVdsWtTgJ7px0i3JQ5Co1ubHPCqe/
2mYxQEdIE91mGCJ6FJkKF/P23fe0WXl+as8Qp1ce3+
uQzy0C29pGhuCZxMmeD9z8oli5fTZQY1Q7Gwxn2D6jguGt8hmZ9j6jLGOG5RwxJ2VF5gpMQIsrByVg52dzX4D
IIdSTVfcSREy9mLmQmYcBm5HrT0Qgs3Nj+Elxg8NHx5BquqGmGDX/9Tc2xWzrX+oVEVB8Qf/
LMiMNCTuQvL7FtgC6x6aABM7Vz11StFXonVAZLOBPlvYmY7/jU1yQ3shJ+kWj0DndzG++2Wn+
QGD9pj3QTMnsIKCqk1keETU5GWH8x9UE0ZQouj6JZXdIeSVdz3gjDYiexv0+
wBR2rB2yoaiaf0bD0q1VmiYvYRCgYCJNFedeMir7IbApY1HPkdwcdbpQT3ZrNI2j1IglUHFSNGtFOB1F6Ymnv
9l+0Bwm/HGHdmtpZW+XsKZuyb/
FXh6B5lCg1xI3Zmbs1sifjEZTZqPqFaZJ7hN07dJmfqZhD2XzRCgHdLxWGatVq7YE1LjHk/
pN0IaxYxof0FOB1CsV6LrOjZt7Eed+R6cLU+3cYAzrsVD2b/J7YL0Hx7Bhw1Z2St51nf/
DGHHrwx9TP4kqRnd9+
OELNGDhVD6KtDAKzcyWNTkG4E3Qcdr02v6hYucSLXqYS0Yc2dmG17fAmHhBd0olnjZJEH1RhybDeRDc44IRtP
yOr0rwyjuKV3a5Kr+Q0B3vg2yoF7dl1zWfpdADAamu5zEF+i30E9zBk3FRsc/
HceGhmZPfUXjrbPvW0ezFlaoihUIdJoCncaBAQh5IqtkkmcaHcWoI0We8u/+NsW+5PMSjWS/
9iBbcN7mem92ih7u40tyqLVGvSI93meJgPwXxiDFDJVdlYvG2exwxXpb03IKa6r/rx4J3OBE/
0Cd6687C25rzA15CKLdEC2TSJ5ts6aVfDCbpQPD4HwUIVov+YRUGL0zuhWdiq1Y6SiSZV0CKbtmmGXDgNRu9+
BGWBU09vFccoC4c+HmI74ehFl/zFBlX1ADs/01gRAbNVaykjVR5GxR4I/oosGpY0hJh8z40XJs0cMshiR+
yQqUveUwQBuw33juW4jukZaqG+F8DC0SzCG4YTtV3vL7bYAWsCof/
PnV2qtwa5VrDVF5h0XIaUlKg1Bwx1GCWprbFCFozzLGltDUBO+
I7DirOLDvIOH1eak580J1qOE3HvhVuTHr1tMsdh+GcxqcKuXOv9uS/qWTZOfFefEHBfe6k+
Kj3bGbsw2SJJRlk1fEWxsgehnLUiUOBB+d+UlD/8l0uq9jzt1p83nYmdK4j7R83L6wwJ851vuQ2bSiv+
zH8g3E+xLLKd1N/
WwnbGNtBWjOMC6vHdSdiGgdAO136FTe02MjhoX2jVNT3u8vU9uiIKHhCRHZX3uVtC221WfHvspGCKkt9CLD/
vMPwvp1GX8HpZy22nq49Eq1E71Z2yZds3p23fB4+Iw4dGO41ZrF28+2BIBqWUXFt1p3K8/
IuA7rHLeariPYE2tfPfCLzNXy6iw37TomJjZ98abPvhxvlR9azGu8EfcehizRy+QoLak7dw8AGwZs/
jYj2ss3JF72WKfeYBhdimBqrvgdXWKx0uwxhf08eZ6v/6jZ842rsUkd+
GzYxArs5hAmRalHCF8heRnwEUv8yXkwSHE9EaTRLW8HR9pEalzjovou02bY/
qpdgS6j5UoXPB0JKj698Uxi7Gbvtss15ztYGxKAV7wWcDxI+sWC+
vzDzwvnzvTlNszQ3KQdshyKYUuBxUokGKEhOC4IkLqss1O4ZHUf8FPBJi9JcBmM9pNmWQCWF16k3a+Sz+
zWgiG24V4KyQRnYIpH/CoRVA6Kanj+3rQ+LsQfKz/
c7Gu259u9r9Na0nbkBRDNeHJt1vgNADzhWdXn0faK46BfRUdhn7LpM8rfxBbDbL+dmCB5mn+j8+
JVu0dR3RnXEEtz/ztBr0EbyK41N4xnEbEd28Vt1PVxSF6LV1BH8P9DQi+
e1ECMn85g9v1NSOSbDDdBrKn9XFDPGabPmEwLZIEsJDQ1IEpB+yDGmMp2aSLpyCJo3dXLgZ/
DOwM7D6LdMmtI1LzvGBH/6WN93Hgbxf7OwXaV4ncYIFYHR+
Z4I6TThzb3yjxEDyWMQ69cV3chNgaiJ1q9ijWQn4M80mriVyPC4rmOv3b8/KXcFJcN+CW2EwYFFU/
ANWJ3Bn4rDgM5nS6uDWWrqnCWMPcOO1PJKcBauqyYsrzRRmvZX1Mdoq1r7vNV0dSm22bZJpu46z4GpzMVNSvx
3f57rhC6euZM3VjB9+RIywUGAcHodJFKtlRCzq79KYNDyoyg1YK2EPSw+
g2qex1RgncIQmlBeA8o8qGT8VcW125X3yIKI/
TdLLdhUlUwpHxFJgxnEzPcAR3Nn6b44IgVoZNxLiNnJzIdnX9yWWOCGzjiy+zhvbNlrLwjU0iN6iMELEinx+
GfQ4x4ixA+U6Rv6hds5M0CSNpVDW6jajWaClrwRbqEHYrBcAGcYztX7yavaFJp5YXQnA49jr13a+O/
YtGPxx4YRX13Na3XvuFs1GqIcofEuTaPNUu6Jm/WADwBOWnd1CCxalalDQlvLYiTWWibufKlHEs/m7/
3cMzx9h2L0wqY/TLTVn9ApS3G2qzj8eUXs4I7G3nSoYlIICIhOfIR3xFysOhvAH7cfqJfHXidE54p5aEX/
NWt1qOosT6OcgT8EUc/X1O7Z1hCjFJgJk/nckxMaNGbvuUkEfgXVFwOkl/
hGDFmpY2US2Cn2NBByZ38CKhMSScvBl9uxyhI8+f/
ALV2SbZfV96F8818bY11kPSVt3zEkHsNt6CgRFUQblupwB26do7zEjir4LoW9iT346PQfkOfpqsgHJaYvpuUS
6YwICJlnFQiZYtstJp2xIz85z9ZhehJQJJDiMhS7PRL0+
7uwg0C5kinLlWBzyBu20zMdnbP7OzIiF0qfTNiyuXMpv3dlHs8ShOxh6BT+MovFG65d1/
664e1ggehufg7XwP86B/g6TWe0GbchzMkqbLEfEEoA2QPaxzESzWf6b4x561+
SphkVLjWA6BzBfz7NPC4lrjg9AQ9wI/xWMrmZ/jsL+XjTPa7+GluotrEz+TvHwnqW/+m6DGyq406B7q++

3019... 

Hg6HtLjz8wJ0tmgRBPoWqUoHz4ae7eFQy5Es8vqyU+X/a1pJ5y627299yca9E5cy7
Nex0121FsL66hoLlsYW7OnL9NPCBqqLpPMDatvLzMqUsIlmoCteIeGAw1cYpnMUUaPWlt1jWUa
nB+Ju0dEnL87dat+WAprgMhdJOuVUdPn+lJzr4JtJa+
qdauZJlldOEnFU4ejxWicoo7AzPZDgHBWPuizuj1e7s6hX+vB8LrjdSspz6XqgY/
ur8XD4XX9xiYP7LjOUGwf9+KXo0CpQKus6dc9mJZ+
gJX4OaHU9Pdmt7QlCE9AAg9nFKHFNEOzdVMiLRfoy7BvJdfD6J52buYtYO9sjNdibYhlxB6WDX6Fc1I7l2C9u4v
lwUy6Qk3bBpGm1qzZ9boEejKoqLLMZptZgMY8UuSLdkNAqHnPWN+
i5aUFtlyqcLXle9HzdUjL0qrIWvAhz51yQ6Ul9/WMu481aMJk8INM/dcstDv3ZrP8WmXemskwWr78HKEyq+
nDAXxWWNsRX5st7nD6DLOLGSJib5NewteuwWqc+Tu/cTP1anby4LHqjoHl/szna9yjAnAcQHfNH5z+
D9BTU4Q9bjN5Ayd6KdxFMTlmp7hi4Iq/
VlpSAuGJURj0TDfN07x5QT2XUPE6eN4PmxN2tMZ4aY9yQG2zwmSHE6e8VEtG1slm25miditIAcJwYoflgTqFh
D2vKt7Jim0f0f4H9FNpyQqOE8XUkDUDv9hFYARnCegkolv+OqCA9WT9SeZkB3eLB15YUc+
3kbVv5LrIfG5nf9VOn8S9Pi6BuBPoMS2uS1xdFIGJmNIo0Iyj4C0Roiwe7y1bFKbD8Sc6Pj9k/
lNCekzH5TiBGc4eDLBIVzb9n9XmQDigSyV4OXaF3vGkAHkoiDBrcQitGb/Jx4CTXX+MJC0/
ssqGHjsU98KYYE95G8EXNpbsX11L3X40lVUU5be9iN2fYhHgsK/ffanJ+
alfZhFEXZDuieXAe2uruBHLpkIJR2Y2rbf7BLture8fjqAG5h/qgM7zX6uf5RIszE2P82mJO4VBi/
zUyg2latXud+sKCMKvK1mwsaXP+
4Wx9lM9jsLnBXh2MXSeDoPHgoHWMFyFIWLed4sgoXQlSADqBPxVGmZBF7Xot8SEmQQ0cixPw5ER30/
iYJuP1LzKfpnkI1R9dTD9sZB6jUCslBYmks7wDi2qCVCfNpw3sy6MvIZtxum3U/
8yK9Xt142wN8BYJmnpTF3Jega1T4W1bHmiHRY5ITkcggSmcwF+
VTZDkwUuJ0BDug5SCOGqUyFBLlq9a28mY7ZveIR0NGqm5sx4X5qPKdeZZTVi4o3gw+
WxKDqhCB8tTKNc3eRBWh7v1ZJ3C0Vt0dgN1GGxBSKz0K8U/jivDDQTDlubgoOzRH3yM1fWi1Ve/v04MjZ/
eDW5vAu7tk7negyM9sinCHhTCm37LbGPLXjx4ig+QnCFNbRYaqCZDGX/9onUc6LJMXc+
aldfCn83F8SBawcOa7XV1bxOMwkcK9G+8hNAbutE+
jiHHn4MxIjW1O4q830EG3hB09nThS79l1wpO5XFy2UNN4seUDKh63bv6ZtzM8c5aG3lOUuMqSPoIUXbE/
O8inm5+O0dhWWrXk8iUot4RGIxq3soqxFkSdkNjrWE8NbBgweJgnijXZlhqJb+zPIfU2W8oQKmjkiUFLUF5/
n83hq4ynJmteYHQg1Fpo5mRjCbeTbSJmU3sG9sr2LxsS1vWVBS+IhovWR7Iy5ZYKaeC82MEWoj/
Shjv5HsYLnv4cjibs3ZSN+evBVTDQqHuszrsc/V4uaj38gmjZvpY1J+gtVCqwQEtv8y8eP0+
8QVwzZTZKFy7o0cvknXsv/y32HgwXOI3s64McIq7DrTsaZAY9VZtLj1QMfaFdOyGPC7dOAcdzjKef5Rh+
ZxKCBcf61HgDrDpD0s0fuDmGggSA2V6DqkGXWIDDgPJmnOLLgBUk/JqxGRjOEj36F4rHrMEl2+
wZVcXZv7jd0a28f/TGBBqznVUO6Ttht/oUqQnpiBidH3q+WMNIhfENdYRqtf5y57gpq+B47wc/
i4FQYMuFOtfgkSXk1Sn4sO0UEO8Np5sAlIBt0yGyjY8ZML/G7xsb5TKhVqcnfJfeC3pZdjNMdhahrxODK+
Zpfas+22hLVPjsnxgxTDJdfZ5ZcqFa0s8QOPYzHcb0fOcxuuUa6DfIRVMeg+lP9S8QjRGxGjefgbB+DC0WeB/
wCsA4Tsnexu8gdMAeK7AKBP2xSnEjxgQTPtAM0fZzP4Im6T16iYtd5zGH94D/
FOEmutdARaZqd8eiLEi4oZGGkLr2CkLrzuz9jP3f+irbCv3ERdW4r6oFTSSUQZ4FawbIc28sGg/
6GPF04hll6UT/lgU5pQPrxUNvtKN2oUrdSivgzb6/OVDoWZZgdMAFiYsS/E951zvM/
AK92Jx46H0O6rRZodkJBBdFbKUKYwJlryiaSi3qLIGn3gMeX+Zo206P5AoJ5Tt+PXw/
03WiEHyX4ZAVQSAbWlVdlQeJ7dZoqG5Ky0Iv3mKxeHGMcLI4UmIbApOlIDph6WWeiLKbn/iojN0W3n+U+
bStK5HNU0cpbHG4T6X1vi3ShxSK04OWBJoXz7pAGqK6Jf7MaYykIUzbkmCFlYfIU8RpVHcvVi9VisCpZOAHO2
AMwnUXoNfgZ1eO6kqZNPDa8tEvvxmUY4jcyKHIePKf9hqYZADCA38qvq2aNSsa6jtPtWQplK04psRIArmzx41
dfSAiB3xRZSq2cn3hwow3l0z1x8Qrhf6x1woo6H7kqqmZ7ZWxNuRHmvhCzAasayTdAK4jllOSkQmrTTO/
4ank1XXrHKPmEAaUek7LxrmxfeTirtyLpBA9um6LXAwFsbPc/
n2rbhmyzbYe6CgHCANAieTJMEVaybCMbyMef1/7AErmcuCwE5whmUbfUybBMYwxD1yC6BGnBiVwfjcOX/CLv+
NF4zRdfrcdDbdZXr/FswTluYhAI2kZL5lPmX/x8UIPm9sVMotTH6qXjkAlkkE4FamSk1XcoEPKPpL3Odyu/
y2rIawxdGVkn9377w6RfTS191flAoEAcx8yx2VDDLYg7L0odOa+p8gtux/
e4KAGzigGENB05vCKYAV1CVYRVPtwIAZHXTbF+YiaIQY7fV4rKosBzBpVlZxMNHKS7oFEf1cmp3lIBY/u8+
o56QHe6MpfZgHTibDaJS/Vae5t/
ugL7krtVeqmJh6JAFfEPfGRQ8Ux2NlcBDuwm83jgpQGytUoWSevrra7YkuvLi7n/T15pSzC/0kVQBXlkX1/MR
+30EsS5FPjNRYaQl/hQXGGvfwyk632wUZMUdZdOMEv4fSH8v4/nbBi38c+
x9s73Wwvu4rxc5MAWysHCbYBulgU9eFXve1TI2IAH/
eLsXjeVNPNZYP9nPqIc4vDbWz2gAE7FT1M8ElAWcVswN5R5nEzSc904R7qiGdjHQbTPb5AfY/AgAbB+
wG2yTPirjBm+5CaIT7GYIHmJq8iUuh5nzqHisy7jmEtd8tv8FA/
jnsh830UqZdASu2mjKYvz5TTe8IrVY6LBUDX6JIrW50/oQDbKhVwm6w/
EpjzmvPgsWuy2BRbIjv4TekictHM7I8zR2khF/g0P0x5dNcPxAhPjZ6FZ6WOl8qXHNstKmkwHYDj7T+zkpjLo
/
8iEqGBSTofaBMVMvrGtj9BnSio3su5OaHsHhGpFTlUmSOj4T26nQ7P5JLnbWNNL1Zy7oHXL2ssV0vjIPhkrqe
84p3am+/8My/8VzxHUPLjqqOg2BZBFcBoHKsKGHqiuHvTBDFvaiJALAas+r95fDnIb0ypcmDQQ/
wnozzlMTYMJ7GbvdJgQ76YGE7ml9nM3CVyGSBeAp0Brs0hEeqzTbmcFKOlGfCJZVq22uogrAPw8Ja5tpeh35
mfv0bYS822D7Txxv49n9+aN1T5WP2+J2mgXviLK8xtT1hqFFShfSgZ87972W/
Hamey9lbId7XFS1x2Z6yY2EFzcyATvpMhAlEUbjA+nZ3pa4EN18Y6iZadystjv41wENNleGV+
8JaSv6CORdOHUPAxAp377H2XJg51R+uaMs7GqkrFki6UExY5GVgcv0c1bM3i+ta91dVf6NnG+
IvOXnylchEPSN2AVOiPHJySpfsTR9ykgAA6lNhHs7eJ4u1kwJIZJjom/bPknGAziPZBZ6+/bR+
wQhLb2FGpSr52n1mLCpAYO+H6z5xVGkbHQ8U04Yp9bAUAerxVHNuIH+sV9j7H4LnkCbgvZJCiaYda9k/
aPZ4EwNP8z9qI6tsRmWIIFk19XrrNVC6uQgXqGnNVjiAJ9GDfFOkjkrnesAuvwev+lQQz++
lQmiNGBB1kp8XjzEX2J6eeH8aH9Fsf4UmOhBjwc41XNuIH+sV9yQU4ZDQZs4i3waGu/
RJ7k7sTDvFH64hR1x1uH02ANAuRPz4dugJUbG2bviNicdJ1y/
EwfPebWS7aJafqcnHQBr9J6dxqcPJw4h1JguPd/9qjFnGANFpSXBcxcmmJnesrIw11AyiYmmvN6+

3019... JB6pA92FHbDebSfab9lFplaKW/
Gq7J7ZlN1GiQplldKgI0BE4not4wA9nQrAjbzVQLFEDEVInj636XPUe1aUwsCR8RAZ6wcp7Q6l5HJSq3CYRi9
lEXRQXH+VzoqSWO9JqwE6gpMFO8sHpH0lBRVZIJYtY0jSpo156KWY8+bJn95V3oJn6LHGancV8OV/
JRePPpoeJtHmXs6IkegtWfV1l2M2D6V/IGaVBe2rJ26BnqWkm+
2nsSsasXHPD7yfK1kGf0hAWhDufuPtFHYoFxpKTDPYrnvhMGwXJsj4y0RdUr4U80APTaR8o/
nqWSJIc1qLhfE96KwmqK8YHUNvHtUhqCKIc693s/
P4KdSTkXVecGtUe7UdkBfVzlJebcnxhdhIQWx3blVoj5FfDhWe7samTyJZO+MtFL4HMsbCPnn3FyeT4wv/
AqiRL7btXk5Kh2UXlSJ9AKgAwDTVYFjRG/bjbqZGs4bNnGmfXhnw0Ss36E5QVFt+
iR3RWAkUGAhWUbxBDqiDt1fGGK/ZRkRgg2IWSGDHo+JNol/L9bDggey/49iM+sWvmcYd+
GQtTUXTndQxFyPIQ6X97Kd/0WXfdaQaEy/hLiZ91rX5WJZ0wQYEod5YB52O8Eg8YrA9mVU/zMcJ33iDwb4i/
6DvsKRJggv+
tqaKxGFiKExZyyGJhEIfTcF45WtvwnJw6qhhOl7eQ3hV7OaZofWP7lFtsClRD9HVCGsLTUzmevHM+
6G3tVUP7vwXSLoXkAcppypjr41dmbc6gsGLBjj04y0ll7uafA4nuqbzTePtJlarNjwLbgTgbCQtlqFgtQCWCO
6CsRvVbV6dt5TLhJBjuVI3BvFNPvYgzrlqEgVmpXhDgGcYrfzXYywAVbFvDkseDUS8u2mI2PWUu69BFMKMfX2
NOxWzdYjO0fNaKIw+PfnTXBR10CifZ0vu4JS5/aov+
EBghGRl1K5AH22w99SqkrLwMlHl6c5kUVB6k2vpSZbfzqTml0tizbn8vhte8DNwdCZVphznnozR8s+2/IKfnL
/mBstjU/Ax+RnsSSJv+DV/kTikbgEXZnFUlpHaaGaPI+XPa2RgKYkPkqXqDcbm+
lXQPZyydhWPefWCdatCRQlD9E6l2H+hDzN3CLJiwJ8oGmu5oJ11gT4xbk00OoTjExrteMzQkJnTPfOGqlFOme
+yffKseYlcei6VBuZu7NNWKBv+lgUUcPP2OVmaGzGjS0469gteYXpXgR+
ttDvtRabarq1cvccOHeuns96qwGBhN/KtIvBXtJnr2NRdknZ0RdNpHxOqbEf7l2eAOJ6T27ZXTn/
32W38IaeKURBnHKF45QPyleHmG1ciKHDdiDWqrfW+1rAE3MDFqWIo/
sTi91kxJUNbg5NdVckz37X0FUni49DN4UhpvcrCzqt7CxqeDZpcfqC6nwXm5TQbGkTuYfo7e7FouCChl6VUhZ
YgWCGjmI8anov8ThiUNttyTBHX4LkVgfVEhGYcJAdwlHPIHmcg8FHtQIflI39SDmBmmZYGhP2WQEdh4l9bC1w
tMaVNVMUyEoeorphRDU9MbyRuwSp6Ixz1lhhPFfJjid1qlhqzBZ6dTw1SYOe8+pySl+
hDwuhSO45pHoRODprb1sR72OY3F3pjiNKmPdoA0S5Yg1y3WYbIg1EDROUL9mRJJzxrwKqZTaYXZnI0mDv/
xe7KTAW3z5fitHDsazXyQyyZIGHEzVW2ODQU3FeP/4BkaiyGGmgleTRYTcS+
r5nT9DfW29DKvD1n4ePE5sPTBQoAxqBr2sA4AX76+
mnRPoFd2KrbxZbFUuPPCtZNndWFD0ddwLj3pXS3sL7tMyAvfIKlzFJz8QyEWVfbFOXr4QuanBJnM5flyZFkjp
0Xv/khjypALZA5QpBg/aDCBousvn0RimpHmgypbvIj3CSH1I6ZUdT99Dzwxj8JqZIE3CV8yXa9975xlUd5+
bTej/
lZCgZdoqJAy1kn1TGb1vLkOQFZnhBeUVf39mXYK7av07BCoqoCMwrIZyBTmzdTqa0oS62afTqaLwrjscd2BDN
D5fJ+SCy7M7itFmea+Ldtjm6an8rhHMxX+vttmV9iHuwzRjYCLQ79BekE6hjeTq197BuqanUSAyZ+
2w3u3jxanScmKj+6SY1QWqFFHDfTScQ3+0yxbyUfLsSyKEukkhlbN/l2rzY9TQkWZRfZhW6www2llvs/
5IVBrIyzvFL3XcHrVy56X1F+ClBIDeqc2GkFitv/uwT9WYj2E9vit5GDlcwi+
v9kg9rBqLBSUHPBQVg7kdLOipCYgEGYz4KwVRfJNePmzYuuX3sY+pJXrL4Xzj1thwfw/B5kVZZwshj9uFddrw
/v+8OeA7/N8B/jA2dWi/AIvaRI0Abn9RCBRBRd2yz/OKLwKQwywqBn3MGWrO09CoVi6WjYnEsW96gX+
TKC4PHWTxjZig6sHWj+Ok341kpFJX3PGHe9+
hq5TVt8ctscf02VrgpkFxE7naxu3cTZAZK9ZyXlTpfBaSjSH0I9xwfuLbMT/VTbzljvLWltUu3gZY/
JnvWhHASjwSLi2U2/eHC6ZxzGg40Q8Bve7Em+
jRxEPlUyGLsn96Bgcnc0qO2C8Osj9wRaEAg21utrouudGwESqKLaE2WB7uMOOJzHbPcCgkz5Lnnb260Wz8mfX
Xhkb83wP50dOopsVc7p1NN+ZCCOuSAiJpWVTskPnkJ3g3+/ne5/tI/
UkY4uTFM4LsXCmM8GVNhokOVSGe6iOp1rfSycX0rzCHFvgGY6RF/VKWh5Mr1RnSPabh5kWlBT/
FOu84CdpoZVxNaouU6EUxjYpdhe7YKZhZm1VoFXwJxa3m0oNEGUDIfmKmmg6mATpBisrUYfMSMU3/
4fpE1HPmPURduMo9E63PnGDvr7VtvATGLi0yh44j1bQ8ImSoGUBWLXdJrDu4UyIX4vMQOXq+xNXmhME2Q7u/
fJnH2L8uPDLzMa9REnHP14O6USROVKKhLdzO7A0uPspg0+
CXR9EZcA2pfXAnHdyb9m8y21REsG1vdwvR56h7OddiTn+GMrNpJpr1Ppmm4ioVwcdzA8zilkf6eaZk6g/
R3SaRXDLUUfTF16GkKhXttVJjhweXnbhibViA/dHiGAR6JxibMFWP7sgDCF6M0Sqwq6Js6qMlWs/5kQZiKIvm
+ykwIYAT7d0Q6h4Le1XJtUoz7b4ofFnr6hEzvPDggvPcAgdX8uPfBFK24WHPh3+FP/
Ndue1M7jw0xUwxxhmqeBaouiazc8sufIO1Mrpocpdu/
5lyR9svcYNyT3KT9xgbGjfePa9pip4HElOZ6GCCiufdkUVDGt6L6LpTE6iZuRzl/RgxRfoa+
REJn0e9WreuE72eTxCPQYacar28+Y01cFjOBod++A99Dk9cuCJGnx2bUL3AWdEIVKaeJaByiCauAZbttVyZ/
Rank5vJwFpv0C6J9FAJU/2PxePoW+BAsxvGmsSg0CbbGV8MuThFoxoIJR0xotp9/
lCCeDnRjCSVHkVoUuuDWHZlsNbS3Mg2HV/hem0izjv8RWFHDSvD43dZc8/
fhZHXlqJIqXzEbpVg6ys54kUCCwCdIZ2o63HfZTUyl2SLl1UpVAMz0vQ/
3mcZaF8qtle9kbYHioOI80e3nVsF7O52zm6AxpQsZuRBJ2pQlR8VlCBcFddBpA4mG0xRrZsX/cfI25HIV/
34QU0YgUMakW5ZEYVPtJNPmRXXqNFWO+k53IUvHbnnVFLBtTkd7kBS8BZ53kNYHVfAlbDg/
rGHLyBL31UB2AOO2R+Ctd6NSoykAaG2nnjaM42b/xuep4oGcLpC66kDEH4MBD8t0K3gUcUqr+
HkTrf9xVbLP41yiAhAw3SUCMq+oB/ZgHidxNL/UOiznXwASpzm7MN7i8sC+
X9jUCelnH44pb0AWzv8ulfns10Ir5keC3bmOkrsKsF4I0b4tWk/
8cpKLOU5b6fIlJJfhU7s0ViRYacfwZjkeYAPurbzJIDj3dHgWUCJdJ5SX02R6UpL+
mmlDPj3uimg0c9Dy8Jgzg3pIWgrAmMjCqP2PpIn7QvkwqUEDFXOCVwX7yu+
7CTZXnb1R1zyMZtl4sMUkwCk6nrMLdG+ON2ejMnqUaJ8lgNEVCgegCBOJH7wumFm3ZomOBV1av2ZIsXC3+
KnroFVa7Ub8J2Ghq9r2SlTEnoOc8cSSPSAqjhclp88h+0e14E93RPlUlKyAjU1mW4kpWsnLtcGZ0Aaa3/
yb4bsubE8nY6kZi5Vs4+
9iNczHnBbexW7BiWW4TGM3dC7KOMZrEyME3ll9KzenfN51kjkNLJTs6LrizONS074bjHHs1ZRWaIkTis6nX0U
/ilvvXw5kxomDUQ0WjKXBbh/FdSMCwQPCzXK5F270EgWZ7xugkIkXvCV+BNikQ/S0znUlcn/
p5CDm8d99weVNGWdqvnD5flaCFmGCZHxwpMp7xK4eNUoplenZoCtzena0xCp5NbLaT1u6qomRgbG524zDe4i
NN6Epm1VTPIOenUKSN0IlynG/lCsUBMzD4fPRvmkcN50JM68/

3019...
lymyzce86mRZ9WUN1Y8RZGmREmYIuGOoPEQHCa4aAt91iUg1y9v1s9xnqRW9nq2V/
9gd8dVj18TomgB6EgbeHmIa0a4JLXe1l7EEc5+hFliN8wnmjgjNmflnMFEegEu1n+
nSBBFeQnJUaRw5nne9YvpsQc6d9MYCeEqMCCN2I61cxNhHRHTd2y41xGH70aOiJm2NPlvlANz9+
7W9vehVOMIaRglRzm/KrU45fruLmn/6khMf/
baWSpS0sav2tlOx24kDQQ5LNHA4NguqfKgIrQyS5YXrZOkFxtzxqBYmnpNGFlvks7UmAc6gTU9CrBdevi2kml
NGMQ+2oIOr/BTGmrU0NjTJF3MaobUG7T7zqoUUWMMExHoCffIH+LNzs51sUQDU/+
h7eRs0h6qHP5ehMlKgBcxWiOgxy8dqzWxKyweICzlHD2VV4HAlfyqc82qhPsZOfvjlyNr9IYH1cxZ+
bmkYguc8VJOh8LVya9jP7oSGo13xAofnITFH1xBSSDKNgNN+iQ5F8IupCXWClyXgHQg2zWs4B/
q3pNcFXBuKsPBsKBz0AVUuU8j0/8GaeNyJ8FdF0/0mxfUXeE6830D+o26fP1r/
QjaNxoRLpj5GW7R23dTDE8N7OFZZ5P9P6Q4newWzuT6Zx9Uuphd4nh3/
s8GgEFJpr8vgKGmhM2zdeyt3O9VEjUqK4ZrEzXQEPqKzbuOW4RsQlt/
fTdg0ctpF2IjQqHTYP5olehfnbP1xZzr35t9y0bHn92WFS9v3Ah4m9LAluHU9VX2ny54z5dg4VGCFz4ssoqXT
YQ7tOvadV10+SaIBH6EulYRXPC0x9IgLafQpEVlyGFpzVE0BBzr/nm4HOtF97fZE08QD+
MCi0ggk9wq3153W4u4sbgXmyEWytsx8TRRIYmzP4wj2I7hW/
ZBuksjEpQ6uSqdayZftyoZ21N0LTyQWJmDdSJwjm5iztD9MD2d5qljmbzRKjaHpxah/
yAFCgO4BJMYGXbl8zQp4KyK9jVAqoriPQbGW+vmePw12mLCiJC1Z+WzZR19nB+l57hNnswM+
9YNwVBSs8exCln+o4Qu+wYCnFfVJUxI7LUpeLr1wH3YYyHuokC12AbFXLZjO6jRopoN6msTC77UGtO/nTOd+
R7vA3gLWilHQaYtvexONlREWC/97JRbKagNt93rs2uYJIOABU4gL+cOBgMSEURgCSJec9GmyLqoWLfpLWHsGL
/6/k+VHjnjomFZSLDNDEYAQtzDBkXcAtXyQI+h82MDZk24dYfFwG99LtGBrA9yiOhZY9rzI0foH8fr1cwEVK+
vPB7rQj0vwxqFD3YyCSw/9xIr7KZZSeNTcaggWS2p/x41w8nXxOsYamurOEtLAp9xrrCM8aBVp+j44CjMq+
3WAA8wG+
SqwxJZ6nfWmVplpWa1z3Fp0tcPFXM3FhE2nAc4tUs9gFRXohT2zno9XqiTdUj80YC2LWbLbkwqWOH5LmZyTUn
k6ZrtZcblG1RGYlHdPGAMkesgHidIvOdh5pu4KMp7DhQqFu6HR8wY38gzWcoAGwsfVSmB+GyK0KGE0wENJZES
+CaMZOEAjeY2drNfbrECpMJJQb984Gb9qMVBAyucYr7+
ZQS6K80rwqaHSHsbr92gvayYziuYad8rI2F7cZHmn+EgDzqH0ztSFPT3A0Et5o/
u6pLaWuiTqNOX3B9ZOYWj5yDIP0ejaa7fJ1PhLD/mwzoOmhgY1UMjgL5eWinZWlK95yxkxodVt0nJ/
Aq9JlnUeKSqUuorr1GlXqXSDEcGPmQM6/HydhAb7cnMk7TRlnMMx+
a51DydALFgrfoPSE4Nd18K1sGUWZ2nyFTpsJAHWH5J9TSLk2kIJkEFdmIIoAGKYeZpGxO9fhElP+
0qV6ULD2kgO+N4gMGJz/ffQqwiBY7b+qeZAn6HMxH0jubg5GfUQuH09ZYAAcQ4//
fHIykAvRRC3BWt5FuqKjIyOl8TDnLCYebAEZyLUiJmL+wN3ybvnw7VnlpJG/3MetLDtMv5RkJ18a5+
bFPpDwjb8jb8j+LdBkXtFXbynfPI5Sdgw3LJ0aigDVM6OF8wJ/zblo1Y8hbR+
8bme7qFSME2mJFS1mSKrtTN12Wfch+oUchUe/wyeP1hJb+
qZy7G14EyfW0AKrE6BS6Bnda5YoKP9ZjHNm4Shtb3OwcwwlB2U05s+
FngMyJTCjK1JONdRainbaghH439iviJqxqEIootrUuCvi74pnn8BHjO307d9LsVq+bgXF+
IIxioOHDXnbWC1YxM4gsnenvFlnedv8GqhkNSbV7EMRzxQ1g25RknwRkIXTotSAEG52h3mmTO3+
7F76i4VfnvCzhQnX+qUfcV58yhQxekeF3l6TLkhyMQmDbUR6bs+1bi36SEYFOI4yyuUSnJ0H/
jMuldjjoOCmuo5eprpkB7Z23dXyOS5rsfGuwvTKRwC7yw5kXlgDmYK2AUEWLWZy2JQsXiy/
FICd7Rl9oiTzTOeGcBfLJAaPHeQ2C4q3woIBFilELlr8yCWdU2k5cv5PsEbDKXjz0//
07xOaUfJ7fBJGPXcEKvZ2ZBW5mgqg95+
6asmzSoFm8dZ7SewS1BhNioNmRUexNPdfGztjQ53ogwypMm481l7bHDgwnAyORhnMIMzdMXnbJ2Lf2QdJnAsQ
yVRku7FXw5qe59RTMPVjTcyf3VJw14+
4xal05u87vSKqzjYUeTaiiZLM9IaswWEh1HyjIIYfr6gEFyjW5TuhbDiuMtdbupkSIT2gi5gGqHcSnsT+
ThNAlh/DUeUjP1OR5h3wNTigWH/sPakZrwg8NZON4jq8aLbfN2TADkG0m25GaI4Q/hUdMAnsK2a6rY5S+
PXD6o01fsiYmDCP9B2bBsUPntnf9+
Khn0pBgjHRKrpRMtJmNmZ6ABFKU7BD7Vdf7r3bM6wa2LGdeePzBVXmPSOvLBJbS4FusjMVkQCRo2HqN+lw//
haCsHFBILT9ZmPtaVBBLtelbGn1W+mthM0FH4GwmiR7ComjGUBkRHTzgfNd4v9G6+
X4e0pd1LDklZg56XpO4TePcWDb9BL8w3I78GwImAMjiU/
YfA0b3HKp9DSgLEfaioGWV66VgV76mYAXVl1NmFh6Hk2J9TY9zcyvXwLIC3Y0i+
cGZveOvRJHrNEu5iBMPg4ur53Xq4rVPp3uCBf5Gm0buIBLQq/HaKH7jlFfSCG2GCfVhOxa94BQVtuDA/
uBFVyQNibClQuPoPWRaQCAreAF5M3haV577OmWPVk/
9j32At20uhGYxrqnDlkF5Gr19cUmoNCIT7Ih35QowQ7Q9Qqzcnns1A9kB+5nA12JAH5sj7pbrwQXVQS/
zS3hulZ49BLllkPm0z/Qc1QyOWExm38ZEgrHdR5qNvhbQMtMps55Sadnq+
rB91y2JzYEPzS8tN4U0ufKIU7hSwJYuc5cCeQWid5qrzM+HHY1D7fp9y8IsWFq5cH+
tt77ZhljV1W3eNJiIL5wlpIPCoGAt7KfMJCsBhYh7J9MqmBUMKMk0EwYbqj0shk919vGAgqsMpxEoj/
cISGVlHrCIDC8+EzSKLmKeKby+1OtTRTbrzJFNrI/J0BVfHYAfmy2l4GbUJSzp/
cO7S53YFkOZ7oIiZABPIZnyoIqcZzlmMW0tcdU0GPYxs9gbtb8gebtG+
eN5NSEvXd4KkLv8J9NHvVVNOOrYIA4f0jhPaufITiQDxfvqf552dfh2ShDNRXvewLSOR5eGEZ/
uZcwWIcWVGjcGnKXIHvHNhWXTp4RtPvrrojAZITQruYHS+l2XtZJk8Mlp1pOCettoHEq2Iz+
aar9s3KqEq7AIRBrj3w2WQKj8f6CDoD4wyfeZcVm0kMNZQ940sqy9+A+Z+lL+
qgeHNkBEiVnXeQaFmFf0WSpRsRLyM+91Bo2h5o+
uBlzBJ2Ge9HSb3E0fcGzLfjPX1KjXrTOM0cX0tfFJ6OP5lMORY0bBeh0TYng91JDHDNkBtmF/
spLzZwzG5FB3sQ/epUib8BzMzFLHcjipks9BIEK1WNLNGo4bm+eBD86+mmXfhN+
xaX6svEtIicnwiIKho8ujVkPcl2SPT14XwdOXCld3xI1HDsadllTeoOb356XhSYLflmFVw+
K5YAnHMz21QWyvsQwYkDAINK7m3Pop4LXkxj6n+
FudywcLUA64KllwdDrc7S9Yd6iedzlRt8tPgiauy7x5Iljybzh184eoM5NRb1QykqV82uM9xH/jgX/
6qt8Ucfxf5sNL3zxCCuI+7sMHoOeLnXR3eFyxMUmHSICoJbelfKJcWfWmG2+DimZilGqAj60TCBTPa0Cd4pf/
1XeHr2F9DUnkzR4i1seyu/eqgzDxuuMQ4trcxqh2H0SIVQ3agJWLdJ3zbMr57U9Np+
MeJY4LAntsrTc0GNeHbdbTZZrQcdmMM696Qf+

Page 108

3019...

WtbM+4zDydr3ipkfCo9eo3rioginriq3r9gbmmguIdoynUeVtUrTreumfxhgl.BwHboJIEyJqeXtSU3zh4/
VITHvqXsqjVQWneA8VOk0WDCDDtHt8gTDuRCo+EISJ7lSiUlmSyMZZyCkpj+
XzYodqetseDQRalsasamB0WHiC75Tb/4VjqCbUqhrxCTuTqupACYKggf/+HqAafNryaBR42hnrZl44UZR/rw+
6lQIbSIu3GPD9jsmNysSUN4O/P4zGONBXv1iSC/wzC1s+hwDqEQRSTun8InZ58DvwTI7TY5prNHYe/
vb4gFFLOJJWD9RKnHUE9uCpm/e5nbCgwyeZlb3qjOYcJ9hEuK/SR8+
HPfdnxkDcNpkVzfIOISwLN6A0jU4q4v9/0qWBUhzI4y1tBxZbZEto0BagoMeTxAm25sBWu/
usagjxpk7wQezR52nYKEcafKX1DjP8fWRUXBUdpeVZZ+2f1Rmvzewkb8a08QS+sX9neEdI/Ca0NIMcBjP+
r9y3EmIdG+BYbDZOXh9LpUzmgu3lnh0yoxbgYQyd54A/
HsUZzxY9TKM5Skf0INY6vye6h88yxk9OXg68J7dQ3quRi915Kuj/EybIoCYu6IcsS7MEaMvbOJKQgC5+
EWH8sVMq7boi55IflkwyngmM7qKJuk2V7hdMaqU1DRIJz6oqfud3tUyXtXjJPyW6WeVWRu2mHPmkIrDl0LZc7
YwnQdtgoj5igRsrm/b+rKrNPouTb3hUf61pfqqOmaRDDqlLSlNcX8IYKlVjVFqIDHr49+6g/NYD5LzOwZp/
ZHvtcl6Q7NImWw0KIEdycD9tfa30brLA5SA1s/
VQsY0djOaSQaQQs4k3bsypm0TgMwJfWHjoVBFsBDF7HAqaErPd+4TjmOxHzXBPod0UuepYfehBgptPDbOCkw4
+rLEu0UUkB43KkGvJ5tptPj+k5rO1Zg+
DLbfnUFbLrZDkBjanUI1WiCyfpUctMw4Q58Y4pBKvmyy9mHkzfbP4Cpj3C8gLWxZuH0HGU4yF6i4+
gJDkJClTSOGvSSGOLR3UkldSaJWt742y/+z3S9XGk5Qnb5GncNvPTzEO66pd5CUz2dlM6qiqHZfgkO/
QgXJ8sdW7nIcZzdQpfiGFYSFVsCJKIKHfjopaUbzVsvgO+noaDq+
axfgJUMbKe7xns6H1KbQmj0cJdbMkrfy3qpBc0b51SZFWbyobKqk4rVjDLkIXuA8CkrqaF+
X8Iqc7hjVSp4NG2lAF7Qmor14+Tpecw40+hSKjmWGfbQ4QldBnXTrPZP/
eRGCvhn8kC4XHB8aGN8F7cR2HeimRTTAgg0YaJLSwX3/
t3bSwiy0132xbnnvgwBhiOIkoWD1Vmf14eK2VTHM7HUpyWPXtARx6E/
b4DtJ58Xf6QxARx8tk2c1TMJsS0d12N8MOt2jsub7zTrmYUb0Dw7rADpaD/6kxO4612uCsMYx5c/
Ywx3aPLDdjGK29V0Q3M4bqk+Dk9MsLTSa39SMng+VjdMxn90J/l8h4L/5IUc+
bpD7FLIMmmfzFkngTc21WvrykHtLMd4SmXSwf+
1ZUFyOKgJkaQpfFxFpAGl6rj8kss1E9YZBZZD9cSaF2omsf7qyZPiFbj2qUBTGXr0P3aSdMbIk+wZ+kNF/
CHOahMsZEbHDDYesP861AUOo1L6JOx3CCp+vuor3etk80JqigO2n/DTKcvj+aIhoEiZjqIcs+
QZyWwatXJbUqatvFnRL8/
ZBgvhwtN29BDKANcnC6cryxuKkeSXKjtBkgyIzIV7ptt0DroHrlMn9Ln7rS4PPLCMaLEDPzX78CjPKtG47kni
i9FzEdLQuEiLlMH0SCNJHO1WGQfYU/mH+B+/Ygo6oEUFkcMIfqPMprV7EFFXvfDT3hw3gol1u97kyAi6bN/
yE8ASUJ/H3uZxnMTvqq5ngQgUZdyUCL8bBdukmYGF2/
yKZ5dw0OJ6DYl1KrLLglqR6IHO04TFLn4YPHSdhpdGWW//vcs6EwJ6+7OrnY4tlpddhbqiGSyye0H+
dlKqWqwwS3wYkdVnYVKN7s+I7io3Dbxgq9RJPMrN8huyTPx8s1UxD3EHi8eeaG7HWhix6rG+
u6cNWV8YS23FwXTSP44B2UsOR6awLWAqnl6kact5bwMO5d0OU61LJCYFmmKpUNzMl1a41uynsrvN/
TJ6yPI3kez7dUqppFDbIK5wsbu7PuuiFZW6aQldlwKVxpebMYfTkYWxN+
sjlyFVCeCoYeRdRId0JIAzwcHk1DUt4n9YYxYpAEr4CUvX2rdSz1b4CuzUG0Y+1TcHnhjXA8JP94D761ep3hq
+A3uBvAGlMQgZ3+J+ovT+K/euP6JVEPObAARA6KTPx89kql4CT4lS40tCqs+ZLqObKYc/
qkfAJ5ppXe62n50u0++wOZ8hXMfOB9elwmb/fGDHVOxn/
KrGcf1CfcKPTI3PjsVE3JczEJNKIsfwqlUtaDvOrpflwuYDkDIEuTD05prqPoFHvRgzvBZOf27XTp82PDhtGc
FUkaqM+mSoh8xZ6iH7CzjPq+
7dQCvnuQllGl5JXZjNpwKfKAfO49MFxk1l7rADokglNNk60hw5goITfJparnGqQEDSWovgJQL7oyFOXs8ec2u
J7t2mrP7j6qFh/Opejxrp4XThyN3u4pdP3dTxtkz+
1rFLVKXB3DHIVjgs1SHv2loBk07bUzsG6hKD7Fyd4bTaDDvCndrP/P+
hUBBSsaIcVOHQCk271757Ek5oHHa6Zc8ARQA+IU1XXlb/
aBuWpbA6B7G4OXm5wvTU7lj2rNEjg3a1GtXgXUYCJdZUcaQpeua5DfANvRfzp8nt6HRaIZ22PQg99n7rI7bDd+
QvjzEkk6UGqLN3z9qexzGCjWx2oOMNRjmJomh4VZ7M9Z/U3HqH7LWRhUT+
Yxo4994zNp0LVIsR2IOFWk6hZmLlRWloZDgQbKxh6pnHgOfAL3RqXnFCHRJhTO5oXTvnI6pXjz+9V+qHzB/
XMSExP+kZUh4mqcQY9MADWMWqpslvOmU1ALixG5O3p44nlkZy/
qKr4dlWCWbv1UWyStqtpnEQuSalVa53zLQWjTlWWExRJwk382luu5CDbBn/2Y+ufMpGaGcbDkmiajd/
LGbDsYKnrWe6KWz4HbTZKHsGsp0BCiZ6ylVaJRn+64JrveUtJzrNQoTDSZUDa+JwyUHmSq12+
MP2rJW20UzRt0P48MD92XW69XXjqe/+9qkwCiDWBXmpzouvx9NXe4uQ72R2mAvTopQIqNrAiNDvNMet2/
pHbcGSq0q6AGzGc99//o4LQQnTCKfZdBkp1H/1qi+uAzL7TmSVQtc+
skAVlsDle2a4MaeXMVuiwIy4mI5UD9WI8EmxHlhCyzVdHLQzadsX//
tiJ1EGYvfHNc1eepGFWqqB5COeNPK6Yai+jO0aiPbpdZjCaLKV7OP+
krs965fjgbdjjKY6VdOGg4Zt6THAh69emiZE5oNJMO8MIBTYdK0MmioD8yYluBTlSCJ8v9RiVy6t66UZqDg4Z
gcRaZlfl46I1o74evxpa5X14NH2Gy1IOplxUT9yHCtSgzem3ny4/JTvEtq2ng/lb+
YS0WEcnXOePMqLSa16eG9ByUkiK2EU2221JtObDgOmbvAVV/h056hI+
0vXiRZDwLub2HDhUpfm5rclAbqjv3v8yrSsMyox5hn7+vm7eg/hV9JdKIJ0on911FlUpldj1XWIdpMcwAFBQO
+ZlXfaYEgKjdtu0olkmERGm3eZP5uiSjN61rsc3Y8I5B5MrQOX+opyAhYk2YS29Q8zcRRYARp2/L8JyXn7Nu+
SMyZo7Tz8PCm+/pxLaVw39pUCG2qt/nwG41TlbY1sNLPZSeTyUOe5KzyNrwQnHu5r8LGvrTG4RM/wbyEB4Ui/
k629odki61FB+ci10pR6DUyhNlVqcIzRjWwkKYwEVCKoDhhmQ0nooXAiA/
hq7HgKsAuZ1011nAkDjgks5fGEd1JFo1Mdd/
xsKW3qGEbTWNKPfXGib9mQx308dRDEZLHbKNtchzH1BHkovHypsY6ix7pLT92pZeq9GRr8Qtp925KSulBtSBd
eHD7sLKhHYOJLFOgMD45sZt8QwssMy8lcQzc4OQOXPS/thh3PXGBTZnQ5gr8bP5poEPx5mt+
3QvqMvBkwhzfgpuK4Bl1II6JYbulpAdr/rIIvLIm+
ZpTXN61TSdGH8H2UtRIdTWbynXiXU63zrTPtFZOyMhxFpWb/58LzbbqvagLzJ1ilsGpbpOovS6KDWp4qofH/
tXDFWMSMDQ9pPeJj4DwMP4gPxUShpHTdS1poERY3F0voSyiFERke1BhtVEIbLsyBmEkH9k34RNEDbpiIG6p
rGXeSvy03tx7mS5CEnwfh9WTRPMv2rwIjcBWXv5aMOye4/
B9VvMpgEWjIuopPvTQyaYNMz0QSKsMz7HI9PbFl2UNNijNWgj+mOYfF2lMJgbm45kUx/p2s6WGlU4T2zFV7+

3019... 5UVjJrK9GBoge18cbbppa5/usqIqU+WANcg97k9yzLkCNtcRd2/nF519cuoRcuEPo4jPuy+
... iLidLhnO08NSlkjGN8q/zuBZX0LRJLjPJ+SWYBWAq2H4y/T2qyyPZ7Tx4vYIh520ttYegE6MNu9+
... 3ijHcHabbPdCSiS8AiazxNs9JG0mT4PgKAksCDbGnfa2NsztDtI+k/97e5j+R0hcManyIEuLhxl8XjXfx/
... HoIIdJ5BKthNDhu6A+qwpSYAaIawzUsvZYVJ0A3sBDETxECy8xQucs7RSJmAf4UtHvfZotmMrPEAa1p3NFPE+
... cu2rBwXuR8Wt4az9/+i846f13O4qAzmLYgqEN85KEomcHG/fKhClxyKv2w+Z3nm/
... IxV2m0UXFX22UBkwsqBsOOpyXB32oxJn8q5c8/R8FJ64g9OHIdS3e5h9RptDo+nPNRkV/VQFedC2qk4+
... ShWfgz7XiPsXyZp9ntECM1s40Gl7hJCIe1qWc80vCxvQFBAtDJQ6ZFVeoI/
... fDiMnjCD1CavHUepXnjgAK2pF8WZXDzv1EGjYaNAPk1M+1AUBHc2D52ht0703ivuEzHZlhejZ3YmC3288i/
... 6efxxKA75Ed917ZIhDFG+cBhkOmcVmE+4RkFb8ImMu+
... zx0mbISIrIZxz4XOgLdwSFXwmFMiYlaxQRKTkNA7a1Gk4fsdQUWpWhmmpn/Kyx1eFOsz6rGsjk10FF+
... rDilL9k4wUur+zh3BAcBU0SyyfWzeW0TTrDowsSICMSk6o0ZVJrFWj2ZPETHqeo9EKAjXa/rBrmURgoprA/
... slIoUvEpA24ET+i5wV3xqDzkF9ZRFyGD8j41hu5kaj4mpHOsqB2K3vJRslkAcyXOyG1SxMWDrODU6Va/
... UwOb5gMCRoo5RhUhCQnPBQOKZ2Cv6x4YiRYRVf+8QEBqennaEEF9+T7wu06/bwff4zL4+
... jz5BwrfNVMCfE7XhysQWnPIOBdExk3nmm44kakD/5Yl jGKn8WTKBZR8sRlZzNXFe+Yf/Gt/
... 15GBO9qQmaKcZhmZtFqmeqZXy3e5R3i4WL0Cg4VujNof1et9RmtH20fw5D5BbRYEsfNODsf15mt9bZW3UPol6
... WJRRNq63SNdcNZYHRNI0Ipftajxdmo iWCOODgcviv+
... W71z5diFpry1JrHxQ9p8JvSVvvgmQShyjCZpQXM1384mrh1nGrTYPJ8pUcug/vqPc3/
... OCXweCCXjGF6LOZ0VXhm1cQSBL0T/
... N5mKp9nH9QPNc4SCzBU0bkJz5s5D1Kxf1rPuguhsPF0RMLfH9ey9jCd2LGkABCdBF+
... 0SQow0KZlLWApZfck6UZ4BgdtBF27hkOOkI2tFK/x4l75WZcRvwIIQulbX/FwW52SNJ0/
... exd5hja1yM2Ds35vP4uCWYFzJUoDm2ipLfDNF8GXub7ay7QNmN1Iim06eN4GTFPZtZRd0OPuv6ow/
... XML2jZZemWmcV1+3dTNT85UIQsV+gT1UkIJMDlo2L5Pb8vppfFPAlMcwQRrcJzhV/JJewPL8MM+VwOVZ+
... Q15SIo7Kjl BYr93rpjs17DpTaSrn0PwaftvvPlzbjVtqhcszFINDgG9J8IlnmG89USQhn9cbxDWNoVgxgdyUx
... +hAYZ6VF0WUzKrM78YLBHa37I5Q6OWoo7HZZ2nDHfre+OsKGUS6IuZm2mQo9vOMbnpABWAq/BEo3ulfpNqL+
... xGfXr581Efq/dwoGZFuBgIzHAW/ejE87Hzqzubsx+
... epri9HPwjQAzZV5nea9SuJjpcZNZPQ6YDn1PKtrghmTY9UhQtOOuftWhEiU08vcFoWbPOgP/Ia7Qp+fSOkv/
... uSW9dcuU7Ktwsg2TPu2Fcyleoh4SGI+YoWuAY6Pi2Vm9JE5DSKNamcx0+jVNGau1V+
... TM57ABLmFAwGb41V9SIQaYMEYvIPF5jmS0YBVy1QSfxHm51dXTVuZnXqV/
... ZOATzFqxxB193JDu25FRbVQuLCSghdsddBkEPTEra+C4T5rFrhkm09Sm9N3vSIkLIgNJXu5ZI/
... 1sPhGmflU0lbnFkSyV/kJPruyjWS6jTgbyVNISFCVIyLc/ViLbqbkqCZiGTG5cQ6m1FmvWUSFLk+4aNzNmc7/
... 8P6LCTq+4kMbrw9xlnKoiivaViUiJZYnw/FPa7DmTf+
... gH1GHaqJh8B8JyaHf4EozRqpK8zn3bdqNqlkR9laHU0wDmS8hSDkV78B67uYUGzlSOZp9mmkB2dmaxAIPT3W1
... j/WCCmaL1+1AMS9w2mJECrOi+kVPtnXTtMUbWOFHBObE9Sp6N2Q8+
... LszVyQzxB3ae891BYUrQ4jIeMHTdCSbHKGwOt+J0N1viArw6Vq8/EcO42FT9ansEQQY2U7Vbrt5T+hcQUO9TA
... /C8jR5XrgYtX9QEHcX2lzKwb2PFoUXJjxs6ttEX40NJhPA5fsuvKeqwCk/
... hS4zfsFg3OJTCxgm5MykV9HiBRE4TY3npIfD3yBnXhiedFbd4HMOiCyg+zLU2kKR+
... NSwFCtsqoyKYvAoJntDsRre6hRYgkESm35XERKCL84U1gskC81fsunmV7fXwa7dRKy7Mq4CuEVhPz6AhMskTI
... KVNRQcoDXAHcjCMNS6r3y92ddSYhGPzdBQx2TcZmxady5v2KGsryvWfwydIazhap+
... xcbt7jI013IwhnTNMLbqaguPJuYVNSLr+FnCbZ1Aw9L21h+Tf/HNrYk3yjWWxoziZ71gR4XbVYh4Us5/
... 0TLIFRZWBeLI5N2n6KEjzKgvSHMfO7/wGPoo5aM18QSrMu9CHW1iwzH1pNPRORMFe9Se9T3sccf/
... gGBRd94MEV+mSSMFn1/
... iyxmiY0u4HzoghHhKKY7CTBV4wvRdpeqGXSTPfnOQkIjD2h2wzeLKZbxe04f7ahoEsU9Dml1HSBpak9B0CEaJ
... EM2Xl4yuvmMOhNXIoy/biOm8l/LRwsJDZtgA+
... PbOvX4UAvUCYi34G4b69R7VOO9sjpVJ3pbe9Pj7rn1ultjgj/
... NMMhwyx992RioThwyErk4QCbHwMKmvqDrerVqo16uAIbJtMRcpl0lEc7bto81mNSkA1WLN1MtWdVAC/
... BwiIIE79UlpuhJ6H5iD8HixeQDspnph0cv/
... Hw50VIndJcrpvg9eyGpU53hRnCqdyazvFNcK1wZmAbrDMXFcXZRt/
... LY1ADKA6afQb8ViJqxjx8pIpdTDP2FnEzTChbquoaa+
... WwNyg54Ws4VPifxfkSevKgAjmh9IDslHgwrYrYSJGeY9qOYnZAGhIxeYv8gxABqsfWV9EzGp16OniECtN2W1H
... yRrw9dwTVVk+vruFPnkiWtiU9TqiAM3vHTqndDn2bP0P3bd2MKOEq++
... FzW05PmQYmv48USd6pKlePt1HPBd8FFX/2WTil3T+rEXDz/
... bHyk1AINxjCXc3eO2Tfuxkyjq5Jwo8QL9q8xnzPbBlAWCBdQ3z/Alyu0qUPfn9/
... lqmlSrP8LzrImJBpSIyj3C3v3v1JWsDHk0cL+8qI1qei2ZZ7/sbsy4HmBs4IoTqGCd86b37esyHuPt/
... LwzOywCLYseg1y/
... 6ZQhkpxxtsusdeo6bbE10riqQgrhrQJYu9F4wFwiCCSBKMdgReWnftmMJBbtYSYsfinpotuvQasMr7jjtp0z6
... U+2tNF3mbB3Ebl3Yq/mp7cReg8/q3cVG6DLB8vaz/
... WgjxYQnRLc7JYizNQvgV8stOpJxP9hHeATAQEP6tQZwcjwhPY3akYUGqq7K6xiVXsYB7BanvTsBHxaqLrqLeB
... vY99Vnpf4bX563rO9/7GBbiHL25fLNCwuf4r9+TXKKCW7ukcQGDwSUMtFO60yw+dZk/K9Kmq6aqrhspw2/
... 5Ml4TZ0Ab218pNVgi/0k5Xvluj0KoU5q04dy95eoqD9uammd3/gkO21wq12x78UowA9TzWmgmS+Z//8B/2pbZ
... +ZzziT1ssUYCLWs/SVqTEs/kZcBqWkBRPWeQZF68V4ZIdnm4S5Y1vl8D4olZCJ4IouZHb/2pKXin3Th+gGeM/
... RLA5uuunouxt8bO1I551t7sRHXc6/erhCpwtZ5bEwM5SY1da62JZrEY+
... d3581XUJczDrDHVOb8TA3SXEAF0YGyVxfc1NlqvO9rSA703oLzFdQPXH9h7gUOy+
... jFZlT4qiDghixKPN2SFw2kJadjQYAoTw7+stUVWb3q/V+hbBEgZDNDIPdHeeOfcmm/
... cgQdvvmcgPmDggGojP8xiFNw9XyZZEMpR5td90KSGkF5gl1IBxbZXdffFNK8feRIpRBXVMZQbLUaoD8Fy6iyq
... SkEVrR6DkIGnDKVtaYdJiLxao2MLmAC8+
... PRUOUIg02MIppCp0kcrQatWtRwGnUBRmy2l1pKpN1hApNBrV9UIQ4gxy1JC+
... ufjRowMtngSaIJUBzLRvYSsyZwjUR2iIBpZjnsy41hAh5Dr1Z4sEbDgEnIxnkayhMd5yFFf24C8jmthX1K3vh
... hg+9dkxUbxOVzJ4xEb6axci27KbTyZgjYTckvlAl+4XfWIaY7NArUkKp3kn06EcPv30rxS9QfroIhST9u/

8QFjamErkRzGg--
ReltZaKyxYadQmvJSkurqSSMyOC2qjxciF6TzNstavedwCsn2kckaxdjEjFUZMIPKH9qAIjz8pV5VfsmfAMjd
Q3v2JY4stxa1Phluw/l5JVcgQEGJJPnI/Au06/
5dPl6bouqTcFhPzrzBi3JbPPrwEwobmpIPjiG46jx6iKJWv8Ut3CJNnzCxC10Ct6Y8360kqCWz+
gAcNWWCNS2lLgo08w58hqSNjxyOEyh/
CYtfyJtXqjsY7aiLsmBgaZM6faj7ncU4vTFxUfpAz3NHmXxh9xp6sloKuwsQAKJd1IHZX+
DjHa1TUYMasZJLsBkuFoCWYi6U+
vm8dXcw9DMXJitWHPp31XguXt3xK3vax064wRJExcMOEZ2GwcTQGw22Ug2XnGSDc+Ce16XZ4v+SS0pERKzoYf
/glQ+7ei0J9jN7+UOXY/1BSPw+
hbn46jg3tEkY5mniF1GHK5YdLVrp3wBBcsynUuSJXZF7PoSPflYHHneKQ7hnUSmVstdT4ugfHpkMy7UYzHHdd
S8oKgI5arBLBZWFmDxtoSbNY11KHNaiqxAu6dxYIF3+
LOEnBktSpGlUntBcy7L8At7HQ7Y4iJOsnm9ZiKpFWLyoNTSw80eEJ2lKjPJ/
lhWKP2dxl17BknUjyWbgFGWqsoMdKULjVhPYEF/Mx/nHYYqCEPJSPTsAN183+Qlh6DbzuT7o15sTA7+
L5sQvK0u7J7+0EmaEKX+pUU8V+deg5eNkr+KVK8RCLgafgoG01M96Leu60aRjVdpkg5iVtf1+
BRXeZBVVWEULqB6SBiBQxF3l/xk2kVpIoqlT9dVLdXLoIEGYpBxkJ7Q/
yWLU1lPXERaeWNdBm7oaxlCfaYa9zLn0agwL3lOzhrh+yqzymOW8VQbBHOhMcLQRUgZb/
6IMkeICWw6eGrC4Wwn6P6jLKwsA4BMlat8qs+SE/BXggtEOBP06R6gbRT/G/6rkcZw/NOkCnS+
qIkkSpMDv3D8dClrz0M15CGV4n1HnFZlEhBxT36Aty7wMAGUMpzj1GkF2dyBRIg4RIUzs56swz1Yv9fTuuihn
65vTxvPVmH55q8VByAV7V/5FREmjNCpu8Ogt47nTanCVW8B0hMZT3g88NK/xkDqNlsJXf4k4B+
FTZ8Ke7RiL7KA1QMafdW9ZWdqcqmQb+zUVuBE0/tggzFs1p0oT4BJRa/
Y71HrzLrbcar7m1aUGjHAwYfVoUCndQ7SFX3RkETkSGZmGBoktheUUlAbAddQVCB3GuzV84NVoyNFauC6YCCo
iga3aSzmx7qAsSxKnR4dhDAdeKropcZiv/fzyrKS730xKNyE1AdBj+
zxV5uedYvbQ8h5zFUe7yBq806qYVMJXrJl2z4CFS6L9W05vNu726p2CNVzt8pvLp18iFiFWwPyjUsAkRSOLsO
kDhpF/1EjIuyXlpDmspBrr4hcthvCKmlc6ogMb3UF8YHE8H90A0TFxPSx5ooDPqzaOp1Crn64kcNd+
tpnax5nESCSHGsdOmx7/MC/86rLa1c4YOwE0ultqYTtpF5A7uOXecr+7iVKxp/
wzXAlMRCfWfWHqj0uR6WJFcbaE85/kILPXWgDafGd40Ti5RNrWCWw/
GQBmbWzu3wY0NbWUUOqk3VDzQOs8FqCmX+0YO0upAwZ1zJtH+j9UJ8UV3FE22EIy4TA9TaoKyFjZZ7OQvRJDT
+9mJ1GxdPzXusk/Lh2/WfcTS45aVeCatyMRSILP61t1kqRjrF50E0GR4r/jm07A8CYx+gPAE2UUy9tsj4/
EuGjUNKBgJUMp/dGHWBWfP64PtL3Io7/
DKB3AobAfAX2tY4avBdTpzBvCZLVGkoVP08JC61gyXBa06jiOUriHMXBlknWMHBdF97rPmyUMsdJeLJEjR7D+
29i7n2QPgw7VY12MsMQHF+Pi3LQC0k9zjquWIhZMtrmMTmCGKjX5ETL/
YkgIxiMLIUaGLcofjDTuoYFF3iadiM8d7gXLqfE9rFhPLLBNEp+Lyfd/fbSxI0AXJnbD/eKFL0KYxK/g8/nt+
jsaQPQxrX3U3ApKWbu6PKEMHObSYB17+
VAwDJ19HVcxyBCLXPgZuTF68bdKbJv7q0laA5JxsWNaW6logoXEaPgFkWnEXW6nVo+3H0D/
b8MNwJ4iNTCtH6yg9wM7b4p45Chd8YQtP0/hBquL7gdcMdcQPOYOt0Oi2zh6JuZDtAKlVez+
yCDqEfWJYSE5goPnGjQDEPNqwUMBWO5OTMJAwOB6mRY88ExvOs02a/YXO7NZPnJ/
tsEi9ZHM8KWQbo9EPMbWc5Cgdvusj9I47axk4LW7xlwCGiUlS+Clij1fm08jdHj3kgk5+r/B70yrk/gl/
xSVKhtGEstNEuQI+ns+5wby+
jTM586iGOLsBbZG4TolsJBSbkYkx7TJeo7nEGTBHMs0VOEpmxfCdu0hBUYFRvkXztzPH45He8lm1CTT0Kic3R
qH61Yw5xuBTaI5CY3radw9HlxWDGHjhmUcYEuZ424uWciDSjjDZry+vl/ZtwGl/yV77Myz1s1/
NkCK3BOkSnf79qr7bfWNAZXtMlFJpdizvmfIx4xYr4gYa7Z1PJD+xCUglGvdaV7UrnVoidyfu2+3CRfbiB/
uy2YXJRx40V3EuNCDOv5GaHpUIYn48cOb/BoGB6eWw3VARD++PFVfUBE74yy5+1/
ALQi6fvXeWoLQobEjo9Sd55bMGIANA8p6Z5nIRMpNMQ525A+2wI99y9B5RbPuOMQ2uuSS64WgCaCpb/
IUcuKRN0aFqs515FRCKrK2IGZC/HU1vZjDeX10vwRI4IAsD0gbdW+yiLPVwROfUtQz/Q7z2pRLxisO+
hVAdmFWBNT70cXFp+UqBSiWbMoroqsYa1YphF+cw/DSFGKfqMI1e7Jp2ALZa/vTTbhV0DqUAt8x+
LHr8KtXRzQfVPhqgF25WF1ak/JcCq68GxhVVnSq3PvnCltj1vc+/qJyav2ZiHuiGgi9EzygAkEy67qb62df/
lfeOI0eQXJZgktHkDgAj1i00yGTnmHhAUGRzi07Y56shwVmwOBCJzneK+
oSOPcjbscgL8fWo17n4GMyFn9R2qBIMSZIilX2+
PsqfRzwJNaCQkKb1RkoRgDiJ1UDS4PAmcKZNHi4Zn4xGHzQQ5pqIAeojHrWM2HCQjB5BfDHXImkUsGMrYvs8D
B/zez5fdyVIDXdIN3wrNtqaIIihe3DyIcZgQ0e3j76Iqewd6X7OCQlNICzY7y3nb8/8s56SXhZcMYkeaQW/Yx
+53Z9h+20WGPPLfm/
c7HX1TQFY24VzTKDn4lKVz3Bbf7dLbdNNRHrVC3vTckKtskm72I7zhMOX1kFI1kEIHEoZsahgJZdxSJWzuYXG
OLZycH+YSAQBJTXKphoEUz4R4tAGvCJ+4V6BNQJzrrFls5u0XbXOMMyCP2g8frwi+
GQl3E678UJ8MMVrkdGRqHBMHgVLSC12o3q3Si6/gjN/Feg5y/
i0efXS1gh4aLHmWN23KW67yIDePAskL0vC9ST9a3ZQQm1OtpTAlIyFpSBgFr5vx/
cSCOjKFofwyfsid0W12i3qr3ixAylgPTdHH0g9OuttyTnEWh6S1hANIW5J3/dMd7QP/
FNpStShEnoMSOkELAurak2XNry8tjhaUw76kQnRNj75EDeKz4e4D45lqMQ3PlMTkLawEpM4uOzfWWrxo6Iv7z
zIHxyRdZcB/lcfpoBXyvvKCSGjtovgiC8v+
LSQ8J3OEq12WJMAgxmzlUT4WynyNyqUC5P88vR5gXkUAsEvUJgotM4vK0Qp/+qpc8xQl0Ot1BMQ9/
Rpa0P7ZVAk0zhul7EY3O1cRj3Ga5+Cs+dK+AT4B12MygAqNP3E52WrHD1qJ9/
syQengOlVF5ugnYiRO7uqIzgel5XZDjYqaVN9ZGvSzDUfDo3ciQ8SfBU8P6ASrPCy7fOIwhehjRnm2kxio
ioVm6h9gpJYsN51scnkYMq1+mAavfLlWDKP0bd14DduxQQoDYoD1sE6SrjHFi6Piw2wZzG4O+
3r4hNgmQx3AX9feUxnFQ96TFnoDZ2G/ecot9OJ/
FVLj5Ec4bxk4da2Q7Xn4h7xhI2Kx4U2saS5zR5fWkthmZnpceWLNpa5CiiYxDGtPuTpNMs2nwhMWkJaZvcXEf
yez6LybvdKdjYd4mu6mEDxdlczJmuXOIcT+GocrRsKrZsi/
DxBbmosJi9u5ZWtNr0oW3VB0emSNVZ1Nx6V7FRuM5eorF4enzOw4VbU8ZHceD06uGYSJyshtA7IaaMPSgY6y9
uek+4veW9z932xGn20f2EnPuZ9KuaiZbDQfyP07+EGhAIoJn/6UZMskM/
A4yB1J4aPxw0rQTYGQofzlLDhTZujg8K5voxe/pcG25XpFwzd23G/66OMUIE+nQorh1+OJHKQH2gUeWg+

3019... u8ZS3sEtFrpdU7hVs01cFG5jmdXmbVPKGTFvQY2La6yNefHUag61HvrF7Dw9skw1+
... vTz87t7RevfO1tYProzj07Sycf++TqfkJV/vU7hdOVV197bmzvBGitrayj4zGC8d6mIzoBCffm3VNHqZn6D+
... D0+6xiQGbiR5ZQno+H4X8QifNv55KRMTvKmczru2UGBGpXZNI8e/bqxxfRn+
... Tgpw28On8Kfxz1Z69vtDFXC8XJrnc8DGQyUO9+xrmaA7w1+JT8vicZQy4pih1qhYxLYOeLwq0rNsWkNb1Qq1
... /8pOZgowIuB571hMEIKpC/3RhupqbBYxSo94ebkfysMsagiD+9nz8f257tIR5L816iZ41i02JyNdSPPnuEo/
... u9cvFDXbQp3+uqV+Vo/yO+
... 66gSFbGJN4c47iO3M8LdMvpRdRyrTRehAICZnFzIzHvI9GplMlNMoF1UkC3dyXPnT17S0a10db03OiPmiMfF+
... R2OJarueaO/pJLeqAQTBNGdq0jaE2h4i4G1VtMnmx9pu/
... dnvkJetb0TY1Pxdos9bCsQwJ1akPrmAJY1yWg6JYSWbLQ6cI3f93vEUIJRS1TLYnX8yQYm0RyFHCq5/
... FrqgfkuYXRfEb0SMkA5HfXo6yOdCp9iWekyL7v6LBnn3DxU5XZz/WDqrd6993BzKdT1dxj81TnVLuaqUT5XUu
... /1PkLzjZYP7UozdoyUN/jxRQVcMce+
... Tk7dwI8TQIWJOShn2SbXPheK5zQ2G7vHYLZSBZaym2p98RHtIEXbRG3IMQaDuKgfNBIMRLemyuHLn4kiA09F6
... 9umI7vrhmT3pMjvg/UjeYVO0py2E/
... bjBepK8o0ha3cGRuCuFRNZ5YuVJfhQ5rFmK4Z0pq4WtULdpZSiuTasHT7o+
... gkpZN5Ln8yMCIodd38o8phiBgmzB2sUKsnPhKaowFYP3yGK5K3QBC7wBjB29JTXrz7Ez/
... OmhIqDZ9DibvPcjoFXFNyf6f+
... F5MuwFZGTynllTFFIjFTSgUPOc4lfOZBNbkllIAQ0viL3Di60iinbpguLUWq7VliuwHQyXFM3gmO6E5tnwNhn
... yxI4TdFjEWDVS4IQlD2aGIyhaF/7sKdKxZshkDcU54307kWg743/
... 7gsq683CXD1HgIffyIP5nzQygDHDm46aSAzdzGnT110D498MSle1hEfOPLS9y2uHNQDuHGUuZgzqvEskQq/
... 3INqHDfyM3U2y6OBwQzseggU+AlQ4qHhYnpLT5Vj5R7/
... WR2JrwVxVYOYvVtWF4fIX1klmDqTZePDJeFP8xlo7Pw5H0o+
... LbJnCsQCsrWG52fdbCoujhnJXikF6ZY8q7vYVVFSBx8EWvWaWEdTu3C6zyowrwt6r9MsRzOnJcDW45KatAQJx
... 9HVkOcJOF3YonFKDso0Ngce7YF7vzpFdi0xg5rkmJjCYP3hzF+
... njLJeJ3OAHamoJoEPiEdFu4Na2L8kFE7pdiFdaQ4qd/0E+
... O6MWmYWorQMkuDcwBusQ5dstIwm9cyqUlUkdW7gw+y38RqFGCfzR4h7PKY8KJvmC6UgBIpgagDMt3k25yUM2+
... 5pCScnZeo1wxP30Z0omlqJLzV1zS3DOMJBaUwMmQomarona8I/HG/0+AjjZ13K6eYn3CND9MY+
... E53XzlT7b9Z6pbfSnZERH51JnZVc9HRbKOdRyO2j8Ig3nBgoJs/xhpDC+
... EHRR3sMAA97vkfRJHwjw7JQYLIpHW7fZdKTOjRoRvpsnQE8rpZzOw+lPPqHYhK9Hqv3HJJbkvYvBJ+Caa9+
... zcQDj8WAB+027Yz6c+zNxi/sNUIkaDnfF45kB/
... YFCh36JWQVDTivIh5prUck3ssz0N3ghBpAGKwMqaqM1PQ7K4QCXnpdlwRsjH9tpvrcwGohk1Pe6gCCh/iJny/
... R8Tt35K59E6fICLrWCWSMBuENM1zmtSo5EsFPc0ArCyzPtqEbvgZrllie5zpwIu8AnF8oQBFKlEU87u6eygPJ
... RA7VwxPcQz5S/VsCvrHZaJKrIUXR3fh+KcwUOHkguhcU2veNpUCWEfWn2H3h7/YTxACfVOSZ71iGOV/
... DRScIFTDyMaSM5OejGQ3cHIpNnGMFyXFJnk+MrmhpSvTmA15WRD+
... Khjw0AGDgr1HEW245ju6dk640azuPAA1Jwr0TsPVpN/7YF/ZPXb7Vu6/
... MamsxiHuDZUqJy67H1xmbzdDsMdSTnIwWDI72NZXLHM02K6isPj8utRTqfMs4NSCUIfst75MtI9D57QtnjJjV
... qOXPNG1TJLQwTox3+JqzDLiTrSL2i/q0x3ob/
... 0bycZ4N7F2VaorLP7WQao4guUuNpDU32i0naM3GOxnic8YAgcCPfe/k/pSOHQDAyV5YLCv+
... kPToWdUREFKSX8E9ZAZNeMM6O7cqDglrKbs9rsVVRHIyxOIv25p49oZ3KcoqWbWA6QZYDDuJA9G8jblRc37mQ
... DpWOGCH6KsyIPtiSzAxSLmioNvpdVhROz8udir/bRWasxeRK0JktNgM+WbarbZ5bG4K7KFiU5dRR2ypxz8WI+
... uRILTQY7VAdQrrSG/g5UA+zTHze0NW+pplQ0kvuMO+HOTdt5KBsFwE/XJawy+k7FX77mmaqyOA4Kx0F+
... 9HkB5HQJ+bH1cha9a1zdfupdbgRjVAXhm9z2Q+
... 6L5C7khsv6sUKJIbHcUzKAA27Qva6sx9V5samoVHTRYsoBCIMk99Uw/
... iH7I6pbrqOmmYZkCrpwgYbUD5OUnJ7FIiwxdvc4J39K0LaSEIS4TUqSS28dO8kw3i09pvYgrnts6mGlcjUxhk
... 3z19cu81Ua5LTHlUw6kC/sqMDcUtpMNuutAqrk7kzpwvkvjPud1I3UoAQJlL+0i/
... PAE9C1PFc8c7jm2OIxtARVb2819Dvnd023KP8X3qLC7UEc+
... J8mn07DySu78WdhIbvKPjmlcFexFtRw9HWWNbSMkko1LQQhnTmyUmrHj2mTjvCCYYSLixqXUf8BDL8ob+
... vt8V5CJ77Fer/CgS3TkXCb92/CpZ2WYr2uxggEPKRhkSE1Iwutb+QBsRt7NqYZ238+
... qalN4aK95BBwuXC7HmioEhMtXilrQMmX4kzcFs8Jw4ydTKJn47j88fd0T5YrQGZQ2tUkkgr9YAybcOwWJk0bg
... upT/lMxA7LRgKsd3a4O05sLJmWxaN+8ECuxRvSJoKKrzEydzdRJ5yBQrVuvTP3Fd/61J4j+
... 0YOAn7hzfcLtGbOYTPxtziLtqwPqYtszyPdBmeITg2bACjvDFxZIYqHFMQFFl/7Q6TZD1U6M+
... NISKMTkBxjTRnqjfqeK+
... pFE7JGiKxErTZlfXNoxuciYuGXJPUHTP76w3uc8Gu7adQ7iMB1H5yjw0gwpVzaLtFKhD+pVqPRAEu66zb+Q+
... i657B0CsG0GU5WMxmk93RWSliBnWvCtVRCKou1m5oCEnD/aZWhz58/DQRPNlX8yUm46Q3A2s2P/
... kTJCFGe9WORzxOaM03K422QfaZaQnGyK6vYKLd21Wt0fvBJyIIK8G2n8VM2x+
... QGyRXfPEl9NpT3V0HycAgzFoPfDfxES1jFmy6THNZL4q7cvORSqboc9Dp6Qm//Wfl/ZEmQpTP6ssG2+
... tEHnjQPqEo60MKM8eRxKGPqrNg5SVsIZl5PQJX0yvDz1vEzEfgZU8dcLFyklazScYDHG/697xw2KTVaXYOw/
... jycNLU5cxcxVI+cTT9OJMo3A9reH1JUJ8I6vj10eXWdJ3iBGXIgzLzJlxcVnwOYIpRnjzPT35WnDqzVp17f+
... rZ81zVQoRll2MLqKZSdkUKurDxMs/c+
... QDQSmtZBkPEeS37fybwkKLwTa3d54tNUJV5kxwvsf4velynfzAOVZZ0bFHwOyG6+kSZ+
... 8Aqw2A2YI71MSQTEccwBJ/Avm6ORi40WIkCQns0oHbowRd1DEfGxk2DN5lby81hAL9sLddBMdVgx28CWfuP/O
... +uA8+jGGYQOSuEM4o8GHTi+++1dh/iDHFaOYtzQMqkG1cAFqbOLAsxTxsqoRNHxvxvEIdT1cxXRg/
... qppEbcdISezbKZoYK01YXslmLDNBidXLhLShw/3/1LIyKkyUVCabz9C/
... Kpx50i3ybj6BPXWeMofpuZ6DF5YB3M84zvHHnFhhzLWEcxHyIN3dv1DrDKgp1JHP3TNnOJYCC8iiiuU4CBWFr
... ZOI/iHPFx7enK2kMgGNmFhy7URJgLxHZan04SwN05N9oirrEKeH4oaejKm3vTW2IhVhc3gUXuz9PGwmXbp/
... uZJ+K4oGDk2dc3c3Y3iAUMsdfZW7Ze0HyJmSBQogVBK/
... WKmxmZqJeXHoS31je0Dd2D4LLBORYZPRUD8BJYq6oTkTI1nzFQQlW4BLAcApHB+
... Bl4SuSGyaLMY6d191LFaOPOql3RF9i52yzGsgwmNe6vwvyyCw8a/
... ejzgDtW9v3hXy76JyITAWsjdjQDrurnoVyQlB76ehNWYSOv5gX2a851xHFakWs+

SfH6UWN8e8IL501sLHgSapL7ym3w51GZQ73Q9IoGdmU9d4DKDcbqclQNmHfMk4LPmqIc9D3Yehj9miMwYLcKK
Qu+mZmhuv3fgO4L93gE47ATbwkT8dHSmy9LxpauXxVzAv50zTe0Ix/8+9wJz2qud3gr/
rYWAllLGMtYZ5RIWjLStXkVVGrZaisonae3ErsC+AyoJTbBnNJ8f3zj+HnOVJiHK/
ih8VnwFV29R2aY3e26O79tD33STemXgknv3xNI2dUUHTJX6AXbbCz7WWwhNcz6fCSmz49bkM4sodZkQ439ztl
8dFilVmGuz5HekZpybU/6jEvAjJ9M2JHc23X6JXfblRXKiqh8Gnf4cM+r7slfdg6mNT+
5kCxbtXd5kRFlH8RiytQFHfqzv52feLwNkQXEb+
BIioHXmPEUzxGRwlryBBG7l4NIV3U1yGWKrsMykKYvN0wRxHqgSl6cW42E6jDZy2PhpLmX/
OUZ03OERhxTcQftSV3RVOrHNq+VwsMfbjPPtDZddLt+UntrFStVVJGrEzCY7TMM5R+kSFIZ95S7XqVUQ7F/
AzpLFYKGsq/wYRbmSkHn3tFNOaZ7ufhYWlddQJZJ43+
VmxvQJCc4TcXT7HyhcfySKGGzy619jcilrY6gucepp1keCQf/GWSuqRqN0RQIcFeyif4ywqmy+
opnPUhbvP7ArXjURyRkarx8r5cQb28ASBPVnkRUi8dNvjXFMNaI2nrmYA4idqr9GiY16Cbd+
07oc9JvjW5rIEJLwAP+3EJ460ROcgIjDH8AS57/uY8nKfzK0+xMHMEekCCa8CKxrSFLzo0UtQdwNVwJ+
ebSCteEXfd0BzUEGWb0KpNEKjsHXQZY2WFQcNlwRMEdpziXE4Eg9LIgh8mpWmVddqYztFEXAFPWqGcdc+
mgct1aR3snwITRNf6HRAFATtn2fLu/ZKJdc5lLRnxZVC25R2EHcSyAAoUBJ/
5R72P2BQ6XLGnyfnR8s45TULzdqyh6m5ATaa7oXSrKdcwViZHu7kwH2Ne/x61Pg2EAJ0P0ek3OwRnlLCzAxR+
Ftx8bbluL6JpC46Nza7RXx2um13ig+6xbwfnw2qA+
QLPoHB1z1LUdogW6XS7TBkgsyTtssUWMiAhizrnPiCQYcKyVQCIJLlCdR20+
q50GKohaxkCf2Cg7zeEP3RUsbLilf0IMASPtMnKUFwTgWy/8fzSO4ah9NgER6XCuPFf6kMAvvPDCLU/
h25AxdefETihQefeEuQk7b3kQRQBNH4UdnMPFRTakfIj0pUevdjTm48znkCyB1yqe74eFGN0cyABS0+BVN+
z3vQ3GYVzr0JXJVXwdaCK6b0wVaObsBQeTLRcjOViYscq/CeZUFz73Quth4sXrFK/2nZFz+
wun0Phxh3eQz2vABWNyTBr2gn4FWxMSdM7dAEYSIhzl3ZvnR3xmjOZ+
c6KkFvNxRdv4SkoNayKEHNXMPxitg4XW0fAHnZFny0LptKpO/mY7La0rGgXYD+mYCR/ObMxgL1G+
oLilLjQVmn00JQxtaQMKHn9651RO8MFl3GZZbPyUmivRIcg8KMUL4HrXAUtYIimIJa4IL35ZnQRINtVvq0De1
WBoGdx/nZoAerd9YjkcotDjd+vFQDJ6w6ICTVVs/
Ciyg9cPdlf0IGYqp2YRjuJMNZHoaknSDHaNKPha1NFD1NrQjB3gzwoa4XKaXsJ/e/W0A6/ahV/
LOYHv7uTXoXn4SUHpUQtNOtHxiNIE4OAPQIfyvsznobxLRU6Zmgqu4a6pD35WjqWXbkTZ+
i63gJxVvv1L1iVcbUGrn2ksdoh2fLPIUQqSdyEVULWfJkzJeqF+4z9oFyzs9mi5OQYWmA71U4p/
gL5651TDuI17eAJIyYpFnCdmR5unofpBsiXe6/
aQ441IGHebj6S6yefRSVOWsIs5YPsZtN2IZYsAJyWLBHlHMeOWRjuVFNHc+
oqCDOSO9FtJZrfQmVpVjMMwY5F0CE2uDHR4cRy7zXhOgpvXsMXIi2t7R+
7HLRWRwVoqTcmBtHT0BFYVWFXLzZCGmFlmLYDUgsMBbBnLAS/ZLKsNGjxRNewAOZ2wn2TQXE+cm6H2TQOSd/
8y1+VcIIvCIq4vPhVf5gvhIdhbTILYs9E3M9QXWOJlTdsr/f93Te4e8Dmu9JYZkLhEplsxe7j4xPw/+
JBBIfQPb2ZI4dNAAk7MkVM5brigW7I3B8b18iTkORW0Q0QcA6DRqXmemTy3lvNvtQ5NGQHDfFz3ZyQ8nPvQeBo
RmAnDiKqh9+1E5tjWzjprCy/ohqkQKA4JYH46M21yE7+1/9ISbsqOIZyD2TUMSoHx4v/
CkDuj5XlW2UaAABZBH59cXjm69PY3KyytthV9RpnWWKFtVhYTcdAbvWM4sBvLfKbK39P5FovwPsU8hN4e90qK
QMqzbkSMl52kgc/
mXV5jMx3rzl9oo9RzSBp3sfgDcUIwa70NjcqG9AaiGGV0wMylJCnnD4VZAj7qIplq7JxbTE+
dXzDtMjqFZf1BGeBrkFrOfFT3nO5QVjxvMkyfzHTuTIrH1wWW7dEiCBzTen1aUQTt/
F12gnbZUF16tu7Zaq383Q+
WQ9NCo0UddmFkoLycsPyh065bXBo3o9JCtBdGmJ7vwfsCpKltWwED7jN450fjrgXMTKnqBbOrMsg7wOu1A0Fo
bAncrVl3CUbTc53xk5I/uQYcWF0JxNk9kq5vZYVeqaz/TUStnTLVqwcmsmaEnD/7xc6xdyHLE+
FSdWQTgxxVvjwSrVWy7peJLDkdJ3WQkuIBhcnHqW7AyS5Tish7La442Ff9G60xIaIVOofIcGZb8tDQO6siyG9
83buqlCKsSn/VE6lN3IawMjLqk2S8+I6BskgHMP2HHWHGoulJrsWZoXsr3xWkOtQ8YOD7E3TLY0Fch/
aepX2FKKFDawx9siJMGPENL1juXAQFKF91YCpIMdXyqC8YJEWatQw4jSmEJtHr02EjQey89KTyHLTjN3an47w
4FsEdJMw00xE8LXAlLxwdcZjR5Yk13KRh6G6WH1GGfwkhkywATZ4/fmaNGz6YVCWA+nj068BcAL5CB+
9okEPYCmKtQSGyBHi1KY3S+1gwTgLUWtJxNoTwaANUFks9PsjDH/
kzHA59ha4ap2XruxTYBN24q79buLnl7X54mlRwHueqoQ1ASVMNY2PQ0it1OnhenKC/
poTDjuqGR6TeAL730g6fvKRDq3NOMQaK3AgGLkEiIWkVhWVY21V5hdXwJNhPDUqUYnVt3gvFJ9GbgooOqg6bv
IviZ5EUjrPtKv63OV97ZTmFqDAubwxthL7INGWjRodkyA6605i4ITkr5TQyLjQXtEtUtwq5FN4g7IDBAyZClw
5fx/fasw/P2YSDzX8rPCyOKv+WHhei9yqFLPlfqE9m5aDVq3Ppgo1ELRtZvQ88zUSvLwZz/2NnLPqhIhp/
j1907zcDexSeGT7fbh9U7aRNqEFp6XuffbRiKDQYg5xRcZY8z2etS1WSfyk06h8BmQ1KCgDrcBSI1WeHJrLgt
8b7Q8X23mKa/
N6NoEdMzg71uH3n2u0ogd6HoKCfZcgUHo5kf7C7YxTLMTlYv7AjJIyZyIZtpaAD46BBQNCPSJ79gzqekjBEdW
2MC0CJlywWjr1AY/5g48pQFfZiQWpkTiOjZcfSJFCZXhoi7QO68AiMJa7Tjqjx9juxW4tzGuiV3/
L6x3FgdaTqskYaXY55VetZWC2EIZiOl583hRuOLPytDrXW8J3+
e6Xsxarlp72VdCatDVl7vmocZDpnT2LXdcB2eBe3sYHBsSCOfIioKZNzReoaJlR+
kRJxABj8EzVE08oyXoJSMezqoTx00XxCza/QQZxwoSOQqWDl4DjxpImEM/Sb+
QMWuPkVf0qi2tYld61BPFcbvh3LV9mPbmCz1PW5z6uwAm5YFtkRhV18AKjxaGrJf4QgJ69wWxhY/
aUSPaCVzTG+FrJvOCtXyeJBxEL1eboXsL7DdYEMyau8R1u/RS5u1nItDOMDsQxBSJk/
JKNrSFvu57Gjfc8RuztHXQLJldWOkHGroOM6ztQy5sBwJbSobDUx0n0lOExMHcD4Gkezna4zge6pOhbv8KbIW
jtKg0T+PvJJxIUw8tO00DSWAApE9KH65Vj71clFtYfnJjZD+WgAia+uiINPqmHWNA8HooAZjaJnLhOor/ht/
Mbq+
bhrgguSsFNvCxSsJL16KpG5MrEKV04PVCjCFPKGUWumNRG69PwckXt5rQkGOfb7ZbrjaQlsPbpw9u3uho1ei2
P9v1mlBt6mvANkodzqPzoF4JrUdNZ0UNRgSxPhpvuPaVNFVAQKldJ3GjnTUvGOH2XbZlPczguVam7wtHN3k20
etHgKFw/BjURvQeQS3wFywtM+fWGbcOoz4SkfuhcQHGZo9uD9mtkrtcTCl96B4UOorco4JaW6YGps5GCp/
eGpF2HPYAmhft6nXTWolLNQF67ptW90n6o01jT+
bpZq89skkdtqUoGkMquvtLNNXjdrmgTxOkhn3RxPfwlIP6jQ6PIloaXJLZajKtkqppor8HPmZY6x0U8/

Page 113

3019... ONbBgu4FelBTYTTmQe46sVv7ew+CcnWDxmr1cw0iTsEpUGv2IMY28zfd09bkSzCYzkO0SsYKMmHV34mg+
... jwpiYMIsnrpPgD9Q1SXK4022XRA1yLr+1dY+VL5PDVRXxx+
... kbBTSExSbTH6ou5mYmhLjrjQYiRF4FCUHgaLNxnXiLsoLJMygt4SFJ85TnJB+cGuav+1jFLnp3DlFlRkLFGIT
... +ohAPzZjDyU5v7WokTLZRfh81p0pdg/XA9v8A5ucZxGe5hmvHNTUUOAwxyopHwmwv8maXBuNxwT1brOxxh9yB
... /8p+d0aw3QYZFItH//XE+FqAqZnOgXUdO6GU2tbeE2eGN3uomOqhf3tOz0qyBOGWg34QNElvt/
... rFKPGEM8NnGLJKJCJwASkTgm4c+POvODmOjsCfp0NuDnclBQFeL/BmwciUVuLK0CBEzVRifJpxR/
... 8dmnBvvzbObYmbk9iZjVJJTmiwxNk1RxsFIG3wCId/YbK/
... W0JV4o47cFDJl429m7DgSNwGltEvoGXqTnJHSurLUd+
... V4b3rpNz6sR9HbkP9A3BBX3LoB2OVaEoc1pyyjGdx1gEEYbccq7c5VTyMOz+WsYCjHH28V+
... T4ZWcTSY9FZlldLefGNYGog6aGuW1UPD9wa5oRioQ0TOGAUlCVE2E2I4SZKzj1oVIYNqKbCu3mKqpbwMNOvmF
... ps0GiR9U9ghhdOpTLbO6QlYuD6c49dyf0L87gAxmOgfT6X1EWNasfBuTlsL/tY0NMKLmWaTx+
... I1UXB896n2eV3utPZ2PHb6xfv+r2IgHAkh64hOTZziEQMm0OCC3o4qcZQ4O+T6gMhMx/
... PIkkdZZuyUC5jrbT7GaOQXgIMhZHY0F88XgkbVliWPBJj29Hh1stNEHGRh81hIhu5FjsGdv8joqIfutKARGfG
... 4UTtw7BmF+x17mDIXZayMxJwgMuxDe6ziM7Don8d3Ekrw2A/BhLbVVoV3ANIoXRbcTfIH+
... nhXHkUwiIdF5DI7MPuEwqbV4HsrJtLvMK0Do1NU7k3Rh227k/bWuX6SvG2XZJHWpLaiP6C5xGK1/
... 5dQhtcV5usxpU2WpCnIGYXXthpzbW8W90MNuvLkKdpgXqCsrDEHQq709jm0l+
... Jxvaa2B6yX3Z68lBBGHFnxgpjHrP5XQszSnVef1MD9Q8OTDdKKUj7ybamHl0xDN34MrNpTL/
... F6Ct2QqASvdiUKKcdJ+Gc/GTelo//
... m2FayuBCg7rHXLFfA9Y1SWkPHfULyjI0Pz0Uj7GwYt4XNeqorsuf5LeLoRO+qSbRYkM6VcqUpwH/
... W3XKnMNSDs9CngJrE+
... oiD3OCkwEtNEY4uHEuNhuKUNYCqOvQaJ4gNz2FYUyLKMv98VsHp0JK5r3CNeaXgJ0IUMZdwlsXk+
... jOmUBvGUs32yhe+dUq4cJA8IOrzzLiVrGRKIOMNU+
... YEMxqdxB2Vg86AhI7FjerLUXFw6ekWPbo92AAcaWfpyCDeHcwfomsnIz0GT6cpE48ja8/HNwQSlMABq/
... QxWgaeh/VVvCPAXfdYiFNdpaBdpXrpqlkOy8aMKAVmqQPomY6dyuz79dz6oa3Yt3MFG6MuvZv3B6qgy+nBv/
... SJqGYASmIJBNSBOnEufaNdE7UZGH9D6gpUifwqQQnuJ/6JYJeXD2fgEhSNPRIvG+VLDGpK9lRG3c+
... nuU1WZcj8BJTkMGTEAmSdhkOVBqece+qjo15BWoo+bouKrWkCesNkHmOKyL/
... Rs9iJKJqT85Lrmlzj VuyKkfH49nH4zmz4hDUJVQzjHYQ+WmBjzzphqDEi0fCOj/
... Bb6QNlHcF3N1cX4Tta9gaye0lbO4e7KzKLTK1LCa+TcGPsmP4kENMIh00bculd+uAlUBKYo+tS+
... E1mflKI3aBW9k9COEAiIEpNMuogTP0kFnMUzG3zgqVuit9zgq+2h7XwnDZBu6opWOiKs+
... xrLxvr0o0YZFN5ddjFHC/
... 0FlXvKWUtHxaiD96xuGXfYqIDv7lpt2B8KmiyRuZG8YK7vhy9GfFJWPgmxGLYuUCbJZpezsAa+muGkHvV/
... T4fDkIBmA3DS1/VZtF8HAtgFhcfhHrzt63/jqTZjRAhL4pGII2olc2OQq8uT9aTiFh/
... HmFaJeynm5lB8MgPW4bxR/5T7W6Tfj7Ysf0/jxpRxEZ9wEqssUdDP5f3T/fNHfgFyTa95jhVE0BYiN/6Iuaq+
... xyWTY+OwQjBTE2La1UVriwXM0BW9/cfTQwZqNjLgLoBDOzJq/
... 2BnG84bw2ZmUeIjbpT1uB3KppmfoJCp8H8ST7RLJlysCZrrgL4J4XDeFQVzvl9RqBVOu0i9sgWU0ZXbDKdIzc
... pwdBQR1tYw/RApBcQ+mxJNlbSgvtcLL/
... RmS5ZX1iTeO1Eyb11C8t704kcceJRAXaphjMPx9xC1oaTcBzWlURNpIDKNNy9mSXt98D/TBOp6Ctsfh4Xy/
... fs7kAbGVUpqrW09kohyQFIQwiYbOjsBTVPp6J7Iqq+ghrywZgvb6/
... 0zdbd4frH2ajuGln5M1R3Lu6ZYMbPyun0+7akOphDgbF/
... bYwO4q6JP4BNLRCsYHOViYtFpBsiS1mrDVAswlEwS23M57/aWMnMIFNDTxd2wc6/
... lM4RKuHakCZkHpt87ErzmWKRmrDEYIbvhZ2AsDWfKRttW8L8uHzN2Nc3jKJz1sqZSIHxWgnES/
... MwBQzMoKRK2yY8XJ04UnAEE+j42EvaGolL54ajczFPGy/1Ggu/wkPb+8O59/
... EDDObp814BjxuwLyqWYSOwyDIeTQduKXHi8dwpeL9mB8M2QcKKJO4892E8HZemOeJUgVNoT5OGkI9l+
... 1Dyl10voM0yIIXB3tTwmxmlWm8pSZZ3MSenJeFcegREa1CaQk9+cm/Jf+NzqHeJy6XG5z+
... uQttFsfdmHT76MjPA2a2Iw0NSmxaX9PpIebHt5ttthtSgFwTtU2SGc/fb2KyfUpgOs/4ZF5/
... OSyWsvgMvsNR4CUsspasGphXxANOT5CjVExJZPsa6aGrathjC2A7ieHYv0pTCcE8K7RlHeeOrN9s5GfwtNrPa
... fyiujNCWXLZXqYNL1QseRkm5Gy/Kgh84kHN4RHByGQq/anPP5RKyuFq3cWFiPdCEKSin+
... MKKIj81CFBliENjXJ9yewUbjut+UuSPfx2XgXIRgSXT+
... DzaKJURlJzCzXENQqlDSWodz2CAg0BI319GHUal48mKEDESJg8JczTCOXpMbtdeotAhwkmes0qQe+
... PTCtJcRkNC2N4IxlQ9PxXLm1vBpX/Kl01QeZHW3QAITGbnDFb8/mgUN6arqIssQ/NfhtGKP+
... qOEh52bqtKK7Rku6eUUpr55b5E/FTuu29y31GgXRfDRSFkkxy15QGVKxwOQwoX7z2/hw/
... f6A3T4QgXTyS0bVQZwZ3i7m+Zd5rl3gwQkZNn/M/BhbVD5D4BAlCcfNe4NW/gUCvecEoZLPUbY+
... 3gWrehGGniYjLias9ynqD0tQJoLhCcVbbiAaoxuQvNUG3gg29k9yrfqznHpqIElbNWDgn/
... yfL6mNlKbJP4zwSESbJJEFm9dBTPQnXs9NG4odl6QB0bV6Qx/jBLij1bbx6TfQR9umuCxsP+
... bGP35ulBIveK4nHzN5SJO6qYT1J4QoJvrMy9qvdn+hWAdoHGznPj6ehuEhr8sXjlgqvD6L/
... ODMk4yTwECjlkofjxYs7cYQAOWHPJieRHIGJUVqzE3M7kWuaqY9e5yYdGzUjC32N6a7Ora0HSGg6a+
... p8xirjQMCGbTwU1E83ahGI+6E57H3xOvLPwyn32ioV1aiQ8QYcuRG7VkkTiUK8OEh7D0qoJSl8EL2PpCaeoth
... +AFaPjUduLaBUGyTG7UL5YnipqN1fSKPr659OwPbijc06i/m0/uqa6z2Il7XFVA16eah9yjXe/
... Heau0Is39ym4pgtUX+7HaIyw+/iI1noFsvc3aZIFKxzSWpKfo49ZmH2FiTSadU1OF8NO6G2hf5NoI+QYG+
... DxZCS2/AXeVnflw/ZP9JLWjpFWFAx+
... u8qRmmUuFJDEJgQN2Vzmh2wFcklwK6T80TOShHMPPuLEZqjsPCExzrRl2FebaDiY2kq0BmHSdBpnZTLMAXNY
... MbuN3j8xhm5oNJqnXa7eyEElgI5cljXZyixrde19GJgb3mDmm6HJ7DTGofSffV8/OfQrtxrEgJgYcr8qMz0cv
... /72x041Q9eL6JAG7jpDH7vEWTkjZWSG/8Uq41xd3w1v1Lyp34Af0TLeBT44cytNUL/jUSUxGVVa/
... nZGKI5FvTWG7031rRH2ZZHeubBT76gbSifK+
... 5Pbzm3McEtVVdF76ZqfNYHctG4Aj084GxuFZGEhNoVzFpVTh9CZuq4YUDXz/TrXemqw4hBVIyyrp+WhB21R+
... MdO4HISy/
... ujYzlbZprouerLwSQ8JNjMtTdbEwtYb0YkMim3jGMYXlD5I4rmiQcyeKVT3O0wc848P7wu1mOwAB9Dy04zdDI
... PWakzq38FWhwgQkaX7gY/0kp0xfz15BVy5UVBHzxRwXwshdmEMtZ3jv8axgB1t+dF098EJF5nJ/

Page 114

3019... nGw2mIro9Gz1oUdOLEsTv3yqYam7awfNEmnQ4y5P4Lwn1dW/SIz1xuQw9R6uBPdJYgVVNB98zNbSud/B1D/
... AUHoLOy2o7d9rBDicjNa7YUUD8NFbQaq0ndyNjmJjBKtxBE9noWYYGLmzxyuzMG7gnE6dL1J5H4VzVtSlKbJj
... bimkHsxCTzv+d3DxpvxyriUR+
... pwRHLnvkrZewoXBKyjXRFa0pbqWTDp8xrxNjUsGWB1ISA4thLxBf52THoG6dUohGIPxmvs0xzgF1osTs5lifI
... gXZ41CoIJxzZd9HY0CUT/DgDd0Uguhqpa10zrQzMm4hHB0udJVgSw47pxVxqhlKogwZzpNvR7Dy+zKj1/o+/
... e7F4/Ab3e/cpTmikc8OiR+ZrRHv+BEcJPRZrZTlERfjz5RfcR1HTTBtDjMbYko56vLs0LE+
... Pa6hKC5ri5endAYWnD4C15POqg3kqYcCJf5jFm5mBxWrS/rCaSRVg7dGiEZBjHxOW0dFCfd+
... 5kkfEkEmSGAEAvdNwmjt1qvYPegqBrzyzecaAJxyG1kwz1xuZD1EJBJlyQpjXxdyyfjByT1WElKjDD3b14Znu
... hqNh4uYSgzzAmiJRWiFy91HlMm1AoQ8QYX4Qx2rHT8gNnbdJPQTmp8RqZD+
... 6SKHyfDbl8q4Lv7qVsq7ImwQedOWfisoHyDqMGqmAIoMlyJkhlG4Ow+mzYjcotR+
... mgS1fR9kS7sj7wmcxHv65RyIIbBs8CM776QhQGCTF1m6mzEBvcdT2bgz/
... j7d5HqIXtgky5tcvn7HXQS4rkeuPKEkeaSdgpLSecNggwbh3wk7iJuwtR8Jgz5vUxrzJeUedlwXIjwpDLnsGl
... PzBFIvtkgk/M4U8xPttu0twPbhrxZ4EdbfElx/X9zeZZcb2NDBVlAwDE5gtfWt0v3bteZUM2uY3igp+j+
... USNwg1mqKQE/NJtDSsqMYaDohOCvQlLY8QStPmwNsIJndsI+bUe9KnH1HPJEO6aer7ECid8EKJ6zuuvmsD+
... jeJyYJusvEFI7xkj+7yggwaOrwUnTMQcWMXR2Svej40S8c+4yPLxZMAI1AGrkllvXLirWAfqnxVW/
... MTMX3pU9pL8QT30JPL4j10VoTgoWhPx9RJ0uqHYD3HBZ4s9cuIEtpoMaK264BwZB3PZmw2Va9xUR8HBelbJs/
... qO0WaNaECwBqQTca57DEbmv/pPuQRUDoh45EDJZNtAzgykvaPK5rx9nF/GUOSQiq+
... YQ9POGvp6Kk9UykcnfeBBEpeRZ7i2WjjV5Z1/M07GRs+
... xLncIvBz9xzLjyg9I63BqxtmRQfIesMqIMFqLVRHBh9Oi0ebDO7vg0kaFh1BoJaiOTPb5tHPNFNV5zeSBeK5A
... TFn0QTkwZhhoOAwmy89+rKJd0r4i2+pAoVqI1K4GJ6+mqsFnzPZdey2CPtqFv+
... p3DvL3RLli5jLGUZ4ixzORVWnbXX6dZZWs23FyqXpKjBCMHNWlm+2ZKDu4bFusiAo29j2KLAEGv9vvRkcipX/
... G20S3DnPie9azK24OafGOOhhFCtKgDZ0U+IXDNCMwq1h580JyYp0h8+7F3rLhP3rxxGFruvONB6S+
... I4JjYoWTcKrZf01vLH/ERG5QDfpJIzoNGjv7voejqp9Y0eCEjRuRJguWgsExkVSqzcu8U1vdYj2LkOlNgsE+
... VSqdUvSyeytwXfQ0g2DMSXVTDrgZ3U881nfSvhZczE0pkMN8VM/
... Ky02yQBwcIQ9uSYeXZHJxnDYSDLxvZkDvMsatAGQf9aY+
... C7xXdl7oE2brotGefCRO0zf2YZubv1UawKStIvVGnL8Eu5F+dFtxU79p+xnzxN9i/
... 1n5ButErYmX136kU9N4ceSKkGc/awGrcsYpQsXqTb5mzaZAcwydZ9ghLB+nkC+9KIMnVHTbD8bbvYSXizTY/
... BPNBFS5GQh4GP5nncNwVfoQT6w4Ug7731DS3MMjGlpIGUa/g+
... 2jIhmxXhBZVbQbuP8dC940H24V1lVdw6N63Nl7eWsbzMieudU1QdXS9fnO9N3lfs5OBKmmVO/
... 0UO6OBvZh7iuPFBuZC0x3/gw41StKKabLW4Au1HusVk+EHOzSxZNYln/SkiWkftvuURmqF+
... bbeNVPrwXai5Ak9/8eHvlIJ0Mf/v42nHL+2McunrmhJRxy8GslZrZTV3S8pCX7nq/
... uLaY126EzWmhGuDj9NSxWZK/qFkCu/yg/
... 3bU4vLEeFanbFjZ80F52OILpZ5OGZYx9kx6E4JRZeP4B635LYdacGzRs5F9drS96FKFPVgumnmFlxaw8EdsDq
... gP1LO1gNLXXwKaRnqTQfJ6PH0urvG9VhEZBCpO57YWMcOqnzD+
... lJ319g1P7ezCwSbUxB2tiCmt9NNdZCZhFY7s2ygLyWLOWdds94IMzojHjkNL2NfRRk9g3tnj/
... usdTaVw3EhUTXH7JtphVDymEnUkvijebJ8HEdvl7chfkKxuIHESnS/IYjElOsH/
... O0ECmOkVPs18jTy4noRPpXrQ3RjCs9iEER41RFpvuskVRkUSc9kF/
... Y5gEL2FeL6HOTUPA74gUPKQT6ha9jiMp64M10IB9icwdzHLNpe5bxiuvki2vGue4wl+
... ssvdkw5UVwpINXd66AIDCWVAgbxd6NK/7a/UGzmIAf4FQC7OKIhcbqacw4GBxKn9hoIse+25EdxukM/l/
... FoKw4FMG84wmXUduUM8pyLW9Pw+NVD4Pg8uAuidMZM/
... qKA94GCsZbPefZapASlywu95O6ik94c8Cj16gJBkRvFbEHJXEANO7BDIIb8VWf7EfkjEp3KK2yC8VKYRv77Nf
... 0/tiOlEGQ+7A2dWFGRBeXNOp10bXlHeGpPQaT32dwznLrv8IHun67WTVR5fb6Idmwkbtvbt JARTBeseK7b/
... ATAgjVeoxvkhUDwrLMaLlZfYoViepFkK4mWVvYBGSBeE7kwFfuW/uaSV1l+
... xXghLoGTMT5WkQxizHYyipLOz4KrrP777fRiiCks5u4VFU/
... foHzCJDHkw8rgIXNzqUStLhSg55L604CR9EJCTu2USSSobkk2vJ5DoLuZ+HLgb5j/SnHrRZ/
... JefdaO5b928EGNnu0/dMW0u0CgrgynyI9Y5cHPKLM881LOFZeyt/
... l4EUzrbZgjD49NnQrFGP8A7pDDm2wFnCngusL9RZZcXGApHKvxNaTPdjLds5VnUQ4F0zcPY/TvliCGKoA+
... 9vvmUh0hpFXKI0zwFe+9IbQEBvnbb1QWwAQop/T492PpfVrsLBX+DLzi8MmQAEkl10nfdx+
... 6xZ9MnzGerKPoX38iaG4oppXBfViui73Og9mcYhd6xfXq5ejx6x5Ok5DZfCObS06kC95T/uDW0EW/
... nijP89KDrU2/zYViDh54J2QMK9dmyyl+
... 5s6Fz9MpylnHSTbEHAoCG7eFQ0dtHDDIHxbhkD6R2biFrcFQmE1UERCUJh2XzakZSmSviPuKnDu8lxuQ0pkuu
... KYV0/DKKx8EUDNi+
... ff7HZoR5VeVHOkBiiPe0evl4XgOiw3XXmuSHr1PWu953X8geeW1zMXdIqRg4U7EGSFeecfqLLFcXP8ET9nq8N
... j325YfYIN/zAjr0CtgmaH2szAQJyu2tENBt37FSCEcIFKpovFEwgnRusxHBi6cXCjZIZ4OxrV85Yh+
... 22n86932zhqN+ZvezmIL4EW7VtHHCQompHo8WJKEGozuCgfM7rk+
... XXUrCfWs3DLnJGSujayWgBqfZetsV7kUSQajWgEOrIlf6H6bM9C2/qalORMYkYwAC+jDRjPeYtOddn5iqP+
... AagjyJFJPlOHriBkdJM/6pZg6yo/SNKPNY0XIXXUit+y3TbmKtyMrkTr62LROmvviKbTEfmRw+
... 4nhViccDJSXV4wS2ZOpf4UOTAnCYofitgJ/
... boMKDudN8TYDgjjFsiydmBU2RoNoECEfatJLWmIxbPmeQ6hhHoK/
... t7jr3MpMbL9GexZWhwM5mKXfQvVPiu6yW5KMw7EMew4/Mm2YzBSy+
... ZA0lkWOUbOVc1C8euvMbc0UMJYPNlyPSkrhrUEWcUoGEv0Sj2PerRmA31PnAQlXh7v17d5ZIeq+
... FO0227RXdLyN96FBdCeOKLGDaYkLdXxVMIDHZrQqlp+
... bFsuXY0hidH8sSyXFr6mwMTRgK3LbYjMfKIPH3igsJJl2tqJZW2Yy+
... vwB69eBCsI5bGgDNSjVLTYU95h5Jq6cdqVGHx/WPDlNOCBp92fKujHiOi/QJaO+xErRua6Pv8ghyOd+obdZpR
... +tMJPxDNIlizWTAXMxSbsZCrXfVX2Icee84O67VT+Fgqo9pRwto3I0Xqf6w/
... v6a3klVIuRakOvp1oWWhBHk22iUYvca9iqkwrcOaYnBohbf3DU1S81UxQjnWfL1MNDDFPf2nr2xDglo48bLv3
... Q1eq0s/tmc5aDdHWp8k+mxwaLEVM2s2I5tZNrbEyTTWe4BD4X0r+
... xMZMsQWkzoXfNkGKSVi5TGQInp8KkYKdUuuhIeeSdWmypTxwHxNSlC530GfnB6LUpBEHrIVVaNhvgWSxfX9i6

Page 115

3019... JKSrIg8EAslrGqYyq7yancGykHM2R2xRtQVYxrzZqHjbU3Ur8QmVVGrHmBydRsW/g5o6LeH90dxELrR7m+
QohwTqhY/uEpcotKy0YELQMjGLsoILoCHblOvpyz3srvi3w9jGwe5xbTFwlcPiKFsJlVu36qX27tow7l+
AkHg9+WLu7aIHltMolbogA5gVaIAFeXKNwXmjdqKrnm15EhJyc6GK0rF2/w4YYap2DaLqUvPePX7DuR+
kL4dWzN2oreFjG9oSdlA9jso0bzq5nIeXVWp/2U3vP1oMCmTTnGTB54HTuIZR1/Tfl+
HuiB18HH8K7uPO6J2GgZe88Fsxscf/
DmpyCjJNOaJiO69NxERNjDn8OCHuSjuIVt0FBjRnrQyxZRqnzYLMkI3yzQKTwzVly5E5/
mPtKYt16KpMAvuDTh7CNG37YZVP2266LCg8MXKSBms0vHQrojZktHaM/OdoeZdpkCFtRhjwusfvK852C5+J+
Zx5fhsnJQpX/pU4flap4zRoQQmsoaAk5rxxrZTEJYViSkYrFdenr/Eb0NCz87tu1hM5O+
1os1MSWfWycCN9tNYpQJ/0PWAjDCtF4S4wtjSxbe+/
nz50N41iMAWSGNlQzuqGlZ5Uzw8qiwnc3Qjqr0z9KyVlbZ76MjD3MmSpn3R6rqsb4dEOf+
9aoXSfNui46GXYNhfekL0jvFOgmGI8XOJOmld1BGvMbv0LoHthcDU4pmUSZ8dkp3Un4GAtO/
69ZFL6ZbRiBwM2Kr6N1/2bnzmZgo6gABRPothMF07/lSntOgFFw1e+
i2rO5hlb5ZWQ9zz8G7AcKHnjyUVtDtdI7WoemJ5B0bGCTWeKAPo4beN7FYWYxMv5RDtvjPqrO1cb4c3B62q0g
VX99+iYfZTKjy5fOdkfnCVq6ZxoGw2BYmJ9K/4F6+sDhaTsBtfA/LEOECxzVSiE/Cwy3roqMoj/PVwXF/
oF7ANFOHTUUVVNffDjTQO1fSJG6qMv6LOpbMFN0/6tweAEToTmr7a4aTrM/YXR3/gn3m3+
omb0qUJ4h5Bkyk3jsKchxhF5QMar7UIZArssGFZN5NbuBRGDpe6JTrvWrJhTDVF5jY5+XIZb+M+
2AY3thv7m7bO25/
CICk4O0hWVPOA4mkAc0wif3rO7pEvf7K4WbntI9zJ2GNFji9T4XBWjvxba9YlhwnPnPCbDcs6xeS9QdSllVEC
OVczl1DRogrv6Hmo5uDuEjml ROYiWEp/T8QCUuNHsycZlXxqC0ELN6/
FGM9IQkJccxxInIz5Silkb9CSuTIhunu55/Bqogn8sIPMj2MJhVVqJ5E8uWuc8ecdbume023BKMRjP+
hkosaf9nbn0PAcp0uSM2rUosFLuxyXKhXrZSb9YdqlHjqpdK4rZjDm9XLpU2lCUXW0FaHOmiL74gVan96D2UD
vQZbYF172RrDw9u37jhnEruZWYAGxdcmids/6Q8l9+
73vW9QcVN2b3LkkiA8mavRGVuk9rUA4FE6NSUQUFCoJz9aWUeauByVCw6RfRXUz0Mk9NSGpv2kSQzK+
3op21gkbC2LU7ncKrCFYgFxGovdu0IC5ddBfLvdqDQNhZWYHuWwJ7QbSnrfwdGDjm6TdqRZwvlmNpW6x+
kH5oRGAn9h0K00aT9ENLlgOAKP+0Gi33Y691PZEO6D87FvEiG3EHNM3LajJOsent4UYsD07ZfznNRPFCyibxf/
FCuj4nSmyxzAzje+uts2e45UuZqLRCjsBN51F/xdodmTZvuGr50F/8Qph+
t3FjMZmgLFXtYjRzUsFHQjXBB5QUd0kYkNElzGmgx5qOv4/VZjR0tVHqn4gQnkiPcFvjOzLFGcjruev64/
ovAk8+taf1usx1hWclxwAD5zcgspXoKdcBT1yRY2xk1muEbOCWjSjg/2+Fa1sDkk2aNamSdQ/
7C9fn6oCe29HkuS3PgjJcGbZHJ2m1k3JeE3yQ+xQwc/
p5sBnFIiQyDRrriwvJrDISipEAEHQZA7DPBA8eRH4qqYzVn3tAGbNSa1f9rDzcTB5TuhJ6ZrjevU+wGP4lv4p
/Y3pThflwqZSNk9prMxPYaAI9oIJF6TiYp8PGkSBFbOFTQchxHREJAM5Orb1b+35QjXqgva+
5GLmKhttuJALDUIb2KOoj2G08HWqko1chg90MvNJC1UVrXHf8Lvthvplumk MSGjjn6W0HYreZ5/
q96zwcJa5bPaH/r2fqjlwDrWoYtJg4amI/KCQXvuizWWyYxnZz+YwehAIMFiT31bZh+
jeKDZA1PzYdhwWLNYwJwF00Giws2gh0fK3HvMncL99AGaW65Apy8roKVNXYVJLD6JqhneM+
o4rZbgjEuM5aIxP/vN7RNRpQvEOB3qQyp2Dpb7w9RMo97sm4X6m53eb+
Z8A8ksUzAeoRgdn4ttsmRubpwy9NGTlWSiD+
hoYoFSYGDWFpW2OM4Ghz8kO6cIWaBgYf06QcSr3SxmmtpTYuVVIU5Mru3zo32zCIQiWQ7QSi/
rWl5brUF7fu4x/lGNVYyVtO60jsijorb8prYq760RHyiBac/kyVXLsNmM9moCbfgyA+
OiMRHhfQi6EjvGR9Em9LqBnw2k33s5N/EHsGRDq/ZPrS8FDN+xsf9Gx7dpK3SI+K0Md8t+
vkn2laWSi3CTSuVaZejAvX+Gxk4mT8uh+bFI8Y3MywDmpmq7egPWVB46dkvn+
tz0n6VKQuFDFrDnecw29Dj5qJLYUGwJR+oabZdkcf9ZTVXpEcfvd8TffyJ5JEE9sE+
US3yTJZll0wWKeHojpoBMs75BKuoNWHdFLGXNNJrhIp/q2mj/dAIhMFVhF4gG+qjb205afcjszyvit42kVg+
Cg/pXHbM5qp6h269JBQG0zWDIM52j7a4/
yeCuTnZpFaCrswu0x7ramjP10KQhA9R3KcGQnoa7Mr05YaWi1SLoOrQWpV9WxUJLxy39osiTdEXo1VC8eSR3V
vMtaHaIfGJG4Tb2uky0G1Kl1zSAvcoQ5xi0nuwRKqA1z3x/M/uCz/Ah47rEEJ9j1ysA22rnfs50L+
38WAnPhhLSjtLae6EAwVhAOXclafwMlm6+jNHAP6w2LLEeYyX8U5GFFOb0xCZBIyITMJ281rw8uO58VtCYy//
91B8u0qdZJyB7+GEyOAEZCOufHNdqNZx/RcOfIF8ol9tpqYazbu7CfOiU6QKp4lnM26/
UO7stq1TnV708GAfq1C3ZFhmcZz12Q2MeCjWufAUDIyG8hPqIg/blESs9UBYyOw9IxBN/R+
aqSRHnetUbxW10m88waSRxtWsypKCSHsjcfquKe3+FZYIWey/u1P5+e34+GkU7mS9VrVFV+
ekq2YvEk0DhycdoTNs1Q0Y6y6cK/nijyK6KAcylu23H5z0VYKSZsyJmGbeMF9y1mbWgnuws/WMunbAQJkFdU/
reJgZrson2SrRoU5OA6NSR/35PNyI6a614tcBWG/ruMpVBC/Od93WCQ4q8kVf1hK1+
OfYxDvTxlC4vA4B7PjagNtLyghh4BF4U3bScqV61n/baT6MQDuWWnFnnWp+sMjfedxf45zM595c7YFJDl0zu/
DADmI4isIxNggY6/
ojdJ6ndxUzEZ2tdY7LIt5xP60u5CwSg3CItJctZDO19Jj1A5WWcTwWcYcLfTSYEWbjwEbiJ+
dxTjM1VOcHdvwMkpunIfv5VtmQrX9PsXw9SNmtSYEerdNmHa/ER/lhkFZt11qJCX8yIQ4v/
fcpKiAjNtH9JJMRmxdxqOKZO/YhGv52heZnrVkzZax8Tqo3UnacePu//yy+ADLmg3uX64Vopzf+
rsXI6tHHo1Hx7Ki0egiRzGCGlilz3n1y+eHMugk/MXpNF/
usy9mx1ddTQSagKFnGLI8HSdH3WJBYUjuCDL4wvbOY34Sbw+
tmDoUq6r4gSWkRUNfH5DKkhSsHDfAsKhZK2Wj+hwSOyJDIu0rqv4oaj+
B3gtYzBk66ILvhmyxhmAzihdU80r5ZcUlf9/
CTcAlCfdD235VjwlLpjnjfswo7toWuZ1cXNTjSDiCxEzB1ldDONx9YNayNt8Ff6m+kZMvm+
VlEsHlCOtlbyfmRmrAUBwrAT6miZhhq+RqrY6H3jTQeTSIHjlFx/xiUGp5LwVVrQ4UG5AJhS/
glr8QFGdejj3YYDqYeivcIw5BXhMke3Cpkk+G7Trz6haYFQ+
Y504zIDVbUIaZJD4kKs2smyWpqdQ7zcLKiCiMPzSlTNXI+
FdRJoFTbsYOa2kUsfvfwCEZp3mAFZUrCT0J4ifhPsdm5jADZuO90vbJEFW5nZRPfEbsLA1mL5pSmMv926Pjee
6ctBgMWN+LQTVK0xcaASCclNsTd6hV/q2dHKFQ4zeqiHWOrn6yg1UQBTCQFJbMZZFT5EX3neowWeK0h8iaB+
q5cGrmg8pbnvR68WKTrgA/p1OKaAYmP5qI4c4hn2wXB1Iy0+
OecAU5Srkx3GwZ1ot1bG3JaJ4pnCKRd532Wu9HjEL7T4ce3A9MM2rwK6lzn6n94rjWqeIYtMFxR522cusim3g

3019... Xzaf43xMr2zy6aHd4xJyofg7SyesPArtqo0u0EIjx9Z7
OtL8PEDDXkbOaSY3meP9IgO3WjSUY5y9fauJ0MlGFBrf5fbbalxG7j/
DXsGl5sIIMCCPOIvcO6llv2pL355kKPdilrxkIb9fmCOy6P1YCUHYrqQuyU4qi1nWsu9sp0zcT8HnsHPV8fqx
VsE+eaJtcST9IJY9uJjpy9HiZL8aAnZ4BOIZknmeGlbdag/
5TLGn8qTGVUHmQJwXC5ddo38Sk79wTsmJ3G43okjSDIK+0gOkHq7+BTsj7RsPBOuFwYEQk+5IXOE+HHP+
9tuSzf8dTxL3ZphlmJm5dRWl64v3xdpkIIT5c14qWk2cOiFpO6V20ztI85rZw3Mhu11eTs1necIacQKGFTEZR
IlvQyGnwmuU/9jYioW4GZNlZrlh32PFYT6XJFsAml3wkaAwdyqTBMmrjVNtIl/
l4QwsQ21b7x32wxrBwA4L0JDEBwnb5oXbSPNNuNnZR8KvPQMzxztQIU0B6CmZj1E0hZL0KcUnW4kWOaw6Qg5R
Q+hx+uZBrVHvZCQwyjzzcadeaaXFvN12bx2DY1bjt0zo7EftFR9dvNsBAvVteBS6fh+bPn27ZyZAkvq0/
8n6sE1/
I0oUEO6Rps1qSXsuZr2MnesIEwEy9qc1tTrGWGncxCcXpcz68CwMes23K3s1FubP1EpgyboMVOvBFRkTFRA+
5BoU74z7/Zrt+i+FrE/F7SW6WBoMMd9Oe5gpU+8YL2av6DGcG1x+
Qog1B5KhwCFwsnOGsFEnqDA3OAMj46JNPXLykHy6AOYnwrnT286QzGKG1JgPv5d8bbK1nnKjstWoTNmq5P9ZU
bvW71/FgpRcNS3rM1UM6qachI2K6znMepKrnfLTn+hV2V1p7KSTxivUEcgEmm1y6n+0xXTwrmZ0+
YDRN9qfjYMspCEn/Jqp5e356zxFg/FTyFooyr6i6Wrmqmcifj79fGi+HBrlgu58frttJPTjENMXWCJVbjJeK+
L0t9CpekDAhI3IXP+gdBYNXcoW32+ybjtaq3h/fJO5Q/oC+d2MZ8Aky85uxNg5FLS4ktJMrfRkRYQiLSj/
GFL6XMeX5eQnZIpCts/QSdCngba75074B7xSCDcO0sYTi9pqpYDhLsX24G7U6p2MmrGaEr7/
2qOTnHEaXkCTsO57409Gx7pOZL8YESyCoznoR0+zDjP39/isu8ylKm4vaoKpfaNg2MRpwKN/
v1Pcvr1po9VtHKh7cKYuEPP/o9ctneoc5+
Hu2h0bS0u4xCZQ41GpeG8g9dQ6wvwVg1SPzo5GfmdSZ7CiNzulxAmAjIe8EeMMhUzs9mvyYDm8FXfAjKcAjVI
CAyRwGbwzNB2C95ogkQu7qNmEKTwzr/MTc1h+sJKN8nvBNvL2MDTwuShA8ENbPYUDzaSgm1LYEFdcp+f/
zgJ1SwRIQU1hFYl1L6Y4VYY7c+01IgEMCcaeii/
B1MHu1LtRZ9T5uEynuLJL1LN5pDHWAo8UfeEIEvBDLrWFVYAgKXdP/+
hBKXCYWSTQW6w4W55K708V1egHXDKaA15azBVdFSkh2JsG/TJYgt8O2TrtJQe9+zjOZyM5IzPI/
xISPK0f8o7U0UikjHWHoifTBw4hvkgHNJ1+GdDeX6vks/htjyq6WbJ9IM6+t1diPFZ7uRegNey+al+
Yb0Qhs54BAY0zRNpUQh7ooSjJpSCZ2hE4CEDTsf4cFx33ZBCpS5st/
XmwmwUVoU6wExDWQldndIdWlu143ubzCpMVS0bPZkiT8j8stA5NDNSPPGwYOis4dYQ70M2AbmTFU3p6iIe/
w1MRj/2XMVbGffdpdBL24/7ZTyvoDqJFdPjB8QllA/JaKkObgiKW8kCZh3UYze4Ad11+
hVaQUEnAZv6OSDCF3kkgnDhBcxciVKTQfcOBwQbgfde++RRmLqyD7CQ9LZYA2ctK1/zSYWFgLmFCm+xrGAFb5
+vTLBn3nimKDyqDRK6Q1CdMemKiLw6cL1dzC56k2RHjTHDZFgxOCUP1W3KiuBPJ6Yc4JTtU1rCXJXP61qd7f/
zY6/ecepnVLuLUa11SUW+VVHtoGZa1IEzIx+
ML5QCoZPqLxyD5sqa2PHjJK3Y3dFmhsEPVmdGAAuOTc50nt4Oi4aILmqmaygT7tqPsIouSj1JcUWbhP5JMOH4
EPu/RFnBZKaN4WgHScKAXTsVkgOXVs4gUrh2o4mN9scYkCv0xOmOI59B7CVj1C4jE/
Z1bAywVB9MwVbzaaPtsdJqE8jfLn/HQFOIFHQRXYEZUWXFbkVKDKJ0skKJWTHcGzZ6WMpWZsapRom/
JTqxdZmK+
IFdygK0AzC59txXEhQP8WMtiJ91Wbv2QiWptc45VIRsrIWnbubxep1Ly0qWIkar9kLwjtLFNuTKeLnc8vT+
9KQXQf30pSSwkGJCVtSZ6oy9ssSEsScM+
yDhKvygagiTar6E1K0Dbg5CSD7jxy3U4SxKkh2PJE8jxkdJWVIsruSOGPARETQX1UwK4+
JeJexaz50PkXv7SbbUy1WSitIp2y9/5MnVFTUyoB88usSpKy7FFs9A7f7cpMTjo30i64zivgN77RhJ/
YjmMB7LPXPtv52NK1H72JYjQV18IJ8Y+nNOL/u48+rpuZPimGjkH6+
EijbRIa5yOnEnDBxuAvXCpVXYE7CZBvGUxRns9fbUT8QX7j5EUbPk1x0pPRxHYUieHUc9hibmQNWHFGAqKCxj
crAcvAHsphKIMEo7D+rXI3EgH9fKrkSi8an0Ea7HpbT29Jvhx5vRE+
zK1A2YTUE3I6BWi41NTMMe8faWG3Htsgaht71oRZR6/
CLyNDsQf4MBPrFZI4g0qIhqTvjBALV21DOkTKOPAaDcKNUC/v+tIKoFYil4spgNFiozMkY/
10F3KL5We5f0ectGQ07+uK3QfQ5QTUcnPzkuWgEB+
enqavstSfpavmDZBnc7pyduvT1E6OkUHx8T8vRDWyXnZlcDmOghx7CGgWHbDoa2wlcj44CRQSuxSW0xUDL15
/0VlE7HE03g1PefWOmKR0sAYbg8mBWpZaC8NigG8Za1NM9xh+Jvqb6FU/
d1sdq8gXd3DN2UjhrWiEno1Kz3IOKxWm2hg0mty2LQ5Ko+eZGOkPnF/
Yd5pce4JO6fR4bEvjfOBgpyYCVfGkfeuzluMRg4AOwCDyihCShbA15fzaWSjsFf4dHxFcgNi/8fdyq3jhTHM+
Umj179M/XPSBKb1aV0QhovWjFUlMU2z2nxhtozeuX9jHEzcbQAnImlfZxvL/T/
WuYIbpcLsv9BeNCiZS4nENfz4zOrGkj/zI4CGkotpkXhvZ2L1HwW291jKJkkYaAkx6alMOjbJGRWKXGu/+
cMNL76Az6evyilOXQujpLSawR8H2geYoy48359nw4TCN1DGSJgbzYZkkxNvKcYHO/9u89LHIPE1cfuvx+
iVGXJMguYmemMJRIGuN4em2hYeiF7DCps7xF7a7zRulh+
YUcHO6InwILWJ1wz0YmX5Cg5DPvRrNFEwVYA2PTawdn5z90p2Etzox7TbvwZ636EvqMflZ8NE4kDoiyXocQoN
zbfHIiNm31kmUdfV/Mc2m3woDe7VjB2+
d8JQ87BqGqEKPc3XbIbHjNQ9gTSgMYqXpTDJpiaAgvoMY7xGTjENlooYzJETT24id90aNGxkSR7W2bOrf+
H9nNK50xDzb5xeN83KmVSX9/Qab1ZyaBSA89Xst0wk10t/
tkaHMRNvyLZvpOvhOiKxKqBBOaML7APTdNHR1YSmfvkq7Dt0U3HRAsCIMmeDv1SUVODhwRP4vtTGPGbnKh+
UEHk5B1HjLhLBXBmKiTf6iTeAGYeW2S1rQoHIKiQODoE/
7UaXpWkfkJ7seD6aDOpIf7tQ5E6SkgtAMt478H6JHxuemr5a7rTlmFwOtTE054pgf8P8NdJNS08M05vq1mTHX
q1BWeX4XKzaAn1DAwk5xwnYF19BsvENwCBYPIzs5BgWNfd8KZSPmwgySpr16V30yY1W5T50VVg2W5ux59iY5
D3c1UD812G/S2EVR59D2g12w5VpdTAVdfYUecHeISD0tbKj1zzXUDXrJ6uCj6p2f1ruKOcoV4etWYWnQrL9/
O4gLXqOc/vLufyvdRWPj2g5Afx6/EH3cRxD8PUPsvX6Zj0XwX8Z+Dq02U40O5PjCBoqCfJv4VG/
SLfZonUjPFfGUEtfeaAf81Lxqu7uAK/kc6ZBgM4PRDFV+z3j1meS1+
igzwWo81w07GfIpRqwvfnvqjPPfqbYmBmNeb7VR7p5CVd8FBbbFw88VeTnesxM/
T3y5Vz3hJHSOvU3gRZSpQQ75EeDtuBWArbDMviBpKTR/C/VbWiSZa8j+6VnWHpp/bqjALY9zQY+8V+
SQ2jeSJBurwrfEy+X3QD4s2obiQUA8ij7eeaqbzJsF1Jk8nULHHbdkpXhRzkRS8LxmzMwNhA/
SBm3rBaE5c915zp8wb1PRLdPkbS9wWiBvj8ARq0QFEq+rGhkkARonN5hEEKMrYKFj27w6Xe67y+

3019... 8VGKd2GdsT3K9mCrb0a2hE6t6FU2XMKeBBEOkb7PytU56yS5L717m0z8L89E/
pyHEhe715AM4QuTckZICu2yLFlNIORcBdkku0ljmaszBPkFFMpweIrDizFcnybJ6J1AA+
ac4bnxLsRlpyNES73Opa5JEdwZ+OFnOVfKKpkLE+
3MXrCe8WI5J7lb9H19CSRO44g8Y1GrHvZnXLMv7jbiMU1g8V7cdQgAbfRz7g/
nLao8mlZL7jKhZOjeGyyj2zlqtaRYZACecJPeIudmc8sGL/PoeQ7aoJP+
3MxaUSImmCiQABmUSk5HCfQVWq1YqW1zMktDD3N98oSko3N8OELIxDZswNkHf9dpAlgotr97MvW4hb/
r8rmEjR2ro/MRBCQRWulWHOcG/Z5NXP9JpoQGrck2ybSqMyYsrYlle0KNkyvWrNJtVMqqFaJNBae7+lpwM4v+
SMRzcqVifjLP9XfSsp2HT+gTSekY3Z6VH+/KlplTQ0tZOuXzt0ybYBqRJLWCQvrZppFl/
P2lNiL55PjbbrmcmoHnFQwEo2WYsYC4iJrg1kcXLRfWLqtjsdyroRuLNgTYkjj0aF/Q4Q7cPEiMOqp/
bFrHLJnQ+Ib+4zqgaQU6Mala+qxy2TpZ9SIq9/TSqZ77Du2VGdW5zw5GkTL+
XnJB0xYruIO2qK8RT4zfZByQud3O2RxXQeKFaJVlz3VtFvwHli4jEEvinSv+
zJUinVHgW3Zfn46B71cXETGztEhH43Ay/Fyc/5ZuEDNiZh1gm/
1ed7hSoglabeTyz6y2Ex6kWOO3gGitwRcLYOYyw1lgg366j6hbkHSRx8Q4iHtCyJgquZ7TAGv2OSUBhyVn60n
/u5HvEmbNYThrTl1tqI/D0RK58yVPh9DklWXNGyzjad/8NygrrKzZdB2UkxedLudmMWafkyBvy3OhEBV/
VuVBkZix1mDIX8IANcebClHE9a8TfIrhrmPr0azOQmu3EjXWH0yvNq4Gkcj/
WqqSQ6zv4gE4W8Qw26FBkgo6tvthW58OCx6p0vf9A5y1RzR5tTwfG3T5+lsHO86gU9C3y/
cL8G6rOHDHv1xAs/T+/6HFWAjBM+SppueSZRKW54hl/y0tB0o+/nJWidbCFrCGXozqcOTBq/
WFY3hK9DeysDpaEA0pLZSRt5PX9BuBu0wJuktrWtiACKWqzAKUecOjSGHsfEUadAmCBWZv/
FTLYcrADy6miqRTI5gKDnQch28d/k+hx5nPhBsYIww0x4Yqqh5T/btKcl1OaUDXEkzz/
bOKN296Fcj6YY7DhupsG6vFLyrkQKKb7dB97hPhD9ZRRHW4I9ZmchMzZfVA+
OdDLdcCvQ34gcKag0W7rqE6HjhaxONI7oaLqgdYPQtvlBwrf+YX6wHGzU+
bN8EQJCvfIUZVkY6dcPsAcDL94rfROJ0LlOY580x45YLxrF3z2KKGa2tbB5h9f06kSH3eAZVVj1vRCl4iRfHc
IyeUlwZZrbmq6Un2L3dOpXRadDqrEnW827+HNxt1hluiCEjHMyksyEBaNvgcOTBdhL7RU6WxDEwke+Zo/
WXKUY3Ny5KkttdQvvybQL/ZGUBs2pDLFnbsGQ7IsiCzOpLvunFgpkNGraKZX2cwqTEcyd5e21+
fc4CY1yaWhkph95J6CGKpaP++
SA6jWglnqgU9k5a8MtX3yMXobzvxxtrYlP6nAbSPrgxBi3gqmhqSEtIxG8ABKQ0QLE8YrCGwG3sMWLRFEqRBN
DXZHvkncoK6JUzR5e0IpNjspyK2bldfhASHxUYjfAhdaYy1RCPxhvLMrmY4jdkVMRmRVJ8qUoQwHljrfFUxjj
ctGFEGYgXcLi2+DwFO/h3/ts0YasEdeXurH9jDhM40h5BxHfJ/P1zpZdjTEimqpxgL/
ntNgXbPxIUQ44gCNrVWaY7v5MQcdHUoKWB8fyy4IJ3Z0z7qdD2s4ElAblmk1TUnau/KYkXRvPyLUeQb4O+
1WYflJphamb5JmAQgjfQzY1cR0cRmKi+r8MXHQkllb+2i3sRCVysaZ/g+
vACVUwTiOU5oUJqWdWgUO3uwhO8jJJvaJM7FiXlIq/
L6nfLD8jtr0A90SrjRmKTfVf06CZf5V6CLWkNdVAkGAZQ2l/57AHD/4qtXYOeps7S8xiuQ3nBfeGjhce9zxc/
VMxFuxMfFTOxkbGw+RLw1f2xyAS3oB7yIQjc3dEnd/
SFgmIWL7nLTpZMMn8wqLXoMIUQqKZruwbVTV99djrf6ojUs/PftRb9HyAQvtNOU/
hx30worTvLYHo2wM8X8Qi6J0WVx/
bOiq1xRznYMezCaMQJPQpXlNCvfYqolBV0rEGBTth45GYvgU5D93TrJifugaSPuOlf8KEDLL0E1tAngPQE8xJ
tkY6N56VKDV2tI4qvUHIgSEDhoeNWbpXYkucuXhfJ6MC05e06YWt5XTt5B6gu9HppUtRsUqltkbdqjbzcAaqv
ZvG4uG3dsYye1WuldqOm8EnmMpWP9sa65aDpSY96peMhKJkRYCXPmgjHV0S4ZoQzI4EEbFRO5NS+
rlk7h9Ggmuo2/dO9Nff/
3cMdLDSVmYcEPVA1VVUOG0JmhIpvzJyAexx8PN887757nkNTatNPaW3UN4q8nRO0rAzYlbe9ejgkBBsY5V2V7
XSdTn/VChw70fPZ4Dcz8E+9wlq8cIt3AiAIutl7/
UZJo05ccDwdR56E9C5DtVGGGFxYYfdfLRUxBEdnzvwVG6p5ndiu3YRRJiQWzhe5O7Gv1wY1ga7PmIBWTeIGlB
y5QoThfJof98IST4jiaD5diof+GZ7IEQzkyl7itT2TQjdUDr6ni+jFWaJmtudkfsmV+lwwuveciTq/
ti5GTD0wIuXDJDAVJgwe9Z/D8cWBDmv1tW5nr/FcxvaBdqNrMdqBhY/
CMIIO7FLr7pSSOjapzMSIqP1bQ0dFtWT8AJOePB6lsCfNCqzGySuy5wBDXFSZ+
1RwN11VeiSIBAaYAj73LhgECnVfSfgC1/EqX9FtWtwbrQ97vklA3CAXHo473fwoLgSHS+
grF4S6qzWWfC6NY0iJt6iPPBPSSbbIWqwlMcwQ4SlzDNAC2edJOGFvDIM051cztIM6xQRFUIouAlLh1ERMM0/
flSMubisyfVxBGZstW4ueBLQi9qftAIol66227E8yF4+97oY/
UBftUMy7Jc4BccQ7WBKuxW4KcNp0Zc41bM2cvBvqWQgTa+nm+o+vRWXLGwULW4+SHxHFv/
YhP0pL9NqubeGzWpt3IQ9KWdDwuIYOxQjoJZmCjs8oyUh82RKBmx8VJYc8qhxHo9aSD7N4hLDIv5Nv0lQYgM8
zQjNuKdNDaLfDUKfMvqOMgCja/WARRU35Sw6mOxHHB3XeSl8y8oVZTGhchUa5gdWfK4M/
771IUxgjgOOCuimYLmPHWyUsO0PDVuDdTo4ieUcpbw7NsS/b3/
S5OZsBxaMmhQlTVsNDwnVFijOYYbXXARkH6sHEFEAQw547uwyjB4wppL8GMzDvoUS5VWSfaAldgMATP9RV/
fhWMh4gB0hG8giDO2aP1CSF9YlpEgDW6ECJ4mGf5YGP3W+dwh+3INkw7E52lcqVEEARJVdABlDtiocwc4o6+
ma+bdCcMiJr0v4jLVNsA2HUn8P8hrza63oO22PrDRuJIuifwwGpvam7fxdeJtE9wca5XjKeOZoUNw+
rIXOj0Yr0S6twmy1eGsAzzdHs6exj7ONLPgGwBKcZyDlf5S401SDILnXzIEP6NJaSwPW1RONn1evviYDkrlMn
w77BOYGJgXIC5a/yL21N3bWG20l1OW6RTOIfL38b4Z+bLQQeStZfV+
1dB85Kfg98epe2MXcSJAa5T3tLRGDyK1DMGYYKnzmDx7JrmzXdWgJkxIYRVp93F9mVL6CyzCo+
VLyCb0qrzIT0HbaarG8tPvZXDD0XTf6z2UCpm4oydJDPdyTMngJzk7aaR/
7dx6b9O3NCajt33N2UWDxgdu3ukCUJVSOxWsYHbRENNSDtrJ/
310qpM7V29W7Grxu5PaoxH4DV7Mtn14H4ZKNM6BN97Ke8Imdloz+
9iqcfnPrQbkRIXoqZMjLZO3OGfIXAbyqnxLUTX/XI8PCSDiGkadqdpwzQD06UM/
9BRtZepFAtxMYu2gcxsbJJf4qjwdvMWP12huOdU5jh/dNRwWWq4yckISX5/
pjkmQDQcrCH6M4F0LVl3ctCDjXIKcXODkPGIh5UFwQw4Z4snqt3oi6m8iqAuewoXNVVO2RBQpeJ83zXpmltmV
KucH5kG5rOWynBs3baH+F3wyFAkFXNPrMfgbPT7c6Ag3HKnU2oeo+
BYgpO0j9WaiZUUB9MZeW3mYaplqCRg9aU3KJMShkv88kjfiiCLR24/mJZbycf2+J9/
V8ZHdJONVwvXyZBdlIbTDu51PlvnLFRTQZaEs+HGd0v+ZEsKIupQ/
B3KHgBRVsR0klBgKpTA0DjErjuzmJ3Icnznup0El9bcBcj3hCi2xFZvoloZKy5sayxB50p3gWycncPkzFc31U

3019... w0s0d1p0g4bMMTkrnmrF4moJoHlSYEW5A7FkNmHuy1z3ll6ks1ddlLV8s1RN8hWdtqq3+
... FA918xP9gttvVoX0FfFz4ZwcqDxANmsIImwTGBigerWgoUhvhPkjLkdpthMkNiu7ITPDQpn1MQKpRev0xyMOk
... XAuvSA8dNIV9odqOUsGv7IX0JtdhHKk0FJYvC+lK3hfiHAiS2+uLjtedy+
... Q2QX6WCKKRZHiHzL1NsS7dUtqvpODtaDSjxIfq5gekddeLbIrpJqAEm8qoOflaS+
... V0WLYtQtPrGJ9KNl1zmPgL4S+UgsJLhiO9TtkbFxnS/TdOmUNLLo2iAsrKbKRVY/+
... KdrDh04V3MccTxQgmglKVSHMfSlUYtkxw7YWzP9FpURcUKRwm8S44fA81sX2Wn47dEjshpSiB9Rxu//
... A5UFSpLdIGOZ2NF+Dv8GzNtLacqYK/lI36Or+uQ+jFlWZu0eqmPOKP/ODvQii9jNUEL1KnSvO6s+
... 1aJPJVWb7uPpiJ/nOhYw8ttje1hD2+g/
... DY9IUtWXQtN6c7wek0VCAoa8UVBeqTEHwX69yftupHr1k0wTMX7iRA/Yzip7v/BF/
... EgH0ipLy6Er2RP9JCryIrxiOvL4kzEh9gcD7h1YpY4emIvR/
... oUuEdIVFj3WiNZUMo6eWAIwC75m6kf4gqr46SuE+nX2di2IpsNmn7X5BgS/2odKJZzHpicR/
... 7gj4wsBXjGuGDXIeWkLqc9aPQujxuiqMboVQhmdZmxFDXLVV9mc9nFq5C4DF34PkuqF2KVx/
... yv1dZELezmNBev2idtDeeQiCptAbFiE0AUNpsoo7zfIdJgvk5ScM7VJoQ7r/MFpDpxEkDOzioudX+
... 5h5Wsyhhmo5JZ4LVVmwuIFt8FfiB7+Vt+tNB/Lg09UfVrAwdJaq42z2jyVbOtX3HUpBwugcfcJwgi+B2keV+
... jUH7mXCkyq0NOurmG4QfxbUgkzr6ZxW8eXEr4luKp4KR+K/
... YYpTS7RS3jjcyTrnOjTIO6fCcqqZY7TTDopB7XeUYgSwy25K8jCFKNTSYsNw/
... 602nHeAuGAUMWhjuHOKbsYUT4WWV5nKN3XNscBm7Ppid4t+ex1iKViqY7pIJZnyrzqrIn6Jp40+iPsIbhQ/
... XDRT9gzwchvKAWUvljwT6TVcFBo62A2r+00TchK/0qkfI8S8jSKLZZTsdK7Oat0sH+
... L6JgvlsFUthPflkghjw8Hajle0z7DJ8Ill1xw+
... fM6FcYEgCFkgJAJetlNxx1QTPIBz4MGw4BsiRCTivQNWzebRC9qcnN2+
... QCg5FwaigbYdMYjK0Wi4eYCevERyDS+MJ77KlmAGW5+idNVqF0vcZ0KHFy0YZlmbe33OS+
... 5KjOphxuFz3fVpWZ/scQFV5GNFLyWrG0O/
... kXeACifWbeCTPT4RKGfzgGn0z46DdDndd1FAy0HIW5lDLvNwYI6ecXNq/k/
... TVZ8IeVxj7rd3MN838hc9VzmXrPGQ2vS9jM8UIG8oIqJQO0OeQM79PQjCX3ZSHJTKDTqiVNiPDve+
... HPqM7rMr7uPzJU9bCsbaTo721FIg9kr10AxkN9DxJitxvdiKrQJe/UvFzLJ4OmhRYXzHDbQ+
... IXkC27eHwkCo3Ok3FGGab3TNi1cSMqFehcacgOGOpTGH5DY6igJOR4lDyCa0+
... pEvHEO6xsAvkbuiNVXNF32LIQNWMUkWOSXp5NndMuC/DgAIa5phm+fJBDMMNNYsj5wG0EljRv/wbBMsC/
... UsIYd2noFJyHT6EwpZoIb0TuRKKRnwKcU4uyYCPugsWRtrLiKX3EksS9TV6QdJed8cCL/
... wJOlH0kzGZPwYcKDVTKWExGPH8mjxJauE5xe3F2+O7FIx0OxvGgJ9PdiRZvu2nXzuDStvHfrvi+
... 0qzuNjYK6uNYcfcQx8LZUm+tUz9ibiB15K5haf+5K4yYLdpdb7hV4RZnVpSdeQBd/nnd+
... etlrLl29AwfOzyK7YCt2gGWZJ6WE3nRA4cnh0NjhaAYfQlWj0cDKkMmVkYXEUDK/
... hAg0QMdDXm1ZNpLbpjv4VQ4Xxms1XnspSuXXe92dSZdKXrzyKJTuJFqy5sqlPTns1XttQ1H3NFGOC9/
... 04TqT5qVe3rwDBR5h6umzanSY3L9OLYEyT7f0mH8o85LmKyJ0/Se/QHuhyRMJNeXLjKAALFgxwvmJkUpa/
... og67DJwEJ/TOgq3qB8gBeUe9W7vcGEpEzPOK59HLQ1vWPan9uMnGTTu0aVFD1C2thwFGwMH64/ODX7+
... S8pMt4XQNMbZDk+qpXX/4wU+AaE+jgrssG3/52VM9cpISyF1buhExahe0DV1TdBK1/
... kzvvx1LAHWPXx91QDrBuuHcPnaDQUaP0Qz+wlKIBqyMiU7Hs38j2/
... YTUGWnRqBDzNaU3z0OBg7DUTd1fVHquprwiK8dT6mcVQkddaXmK1ReMs8r81gg4Zwvcvt9Od9EYB7ahP5PMo3
... raGdngPVEjcqv+HVjhBJ3QsrKRJmH7sJe29IpI0WVYAq7CWg66cwK922a2IEbwiwUv+
... LtsVsPGI7qb8TkTuPfEup1b3Kkuj6QGl8oxqvJ8tsahZBqyMiUiKHOMdjizz0c2a0mTGjobyixI0BVWEEoAg+
... WRPgQ2bc5LjVEnONWU8H5FZnXz0x1fXu8yom/7WhJV+q+AVTf6R9v4bfgHDxrpJ4YUMjvluy/qrt/
... NamGJEx0gG4jrKme1+EHTZ+lJ3QQH0IrqEnwZhsVCE9YV+qM+vDlzIBcb0ewMhID5gQzFk3ankQeGBtgFcSQ4
... /H2KR9go2RJR4Z7ECAmADmhEsbFmcrHuc3+7auRLWLW0ThII+rTt2rFFrx47x0j/
... pjnLBLbCbtljgBdQmoc8bzjuOuTI596DubvxDjm3i1Vxy0f35rkd6i2ifZDlNPjCKxS7kUUTtji+
... rlczqYSkdjWMj+uAWb+KN+64Zo5D2Iaa6TaykdMS31bE0B9uz4P2EW+xHnW+iMp4m8UZ2i5fNP/
... sLdoy3PBMMsw2c/K0/WCZyjm1DWeEml1J1L5yKIpST3NNKaNOqbRW0K+
... 2iBcsJR9qvVJFpYENnrdZ9iX71OX22PrWyvu2kv8u2kHSborN2ATV1zFyiQ2zsuw8wIJ14la5OGrJpndBv2UnAX
... zBhZWXShpgje1clB+eloVpGmAn5LWHNx1VkPHPOl70MyW752XXT9Vnpsb1MH+lziZsAm0wfCpJ+
... ArS2LeFmMYrXGDlVG9GNEU+Kp5FshI50v/irz55SKsVLl9WM9znZ2HdVwcXIPonN4HyqLp6CsuZ8o/
... 74bLCQnEuxzRjkK6dht09IrRtUgA3gFP7kADxRceN5oCG8noiSNSQZ721A6QHfmZaeD65DXS4DuB46k8XdTCR
... QrtBOFhtYhTH1M1T94oC9M05PKmn1fN5db0stdxpX4MgXO+
... fkjImql3NSeRPie95o2fLsKo8Ggdx5yqX958oJNaHslQaJFw7BCYBvrqLc8+
... 6eJ6HejWa2KWwiXy2zJUa2j3HgVoKbp5JPLoQvuF/
... cuM8sIn4YpRulhBJij5Gzyq6rLX5oQlyFerFhfXpexTMmCcTA0P4mb8W8CBMiU+FYJuK+J15+
... GfK7M6v2328Fxi1WTfGD05k5+TA5p4GNnbxdoq3+2w4Kr8i+
... 0bqKg4OMDpA3ESHAwdBxxlsNCwdTSIxiCVwQiC5I2875cwvZNENcyhsuRv6skxIcnhbdzVQD5GuWoPrFFPdWM
... NFTK4d973wjvJyU03PhRGgs3OK1VpOxvMAZOvpZnAmq1HAdJdE7Xiy6+b+
... oNz4Ef1C8x8HibBu3rwxKGyZaP97udTv4NHSrj+EGKs196INOEE8L9j+
... GzDDYzOrUwD251PEOfTU6JJMfHaIW0heCrv59IfVDXOG5u+vQqU9ngCvy0MWC05+Q0PNiSMlKMshY/Vi8HJc+
... /fS8Jom34VnKRGyyroSUQkJyl5Lff3bbfgdKYoS/
... 3VVu4SkjJAbUBDFi3oYTvcoaF6MSwXjLRHgIkqDRbamqOieHH/+
... RUtwWFcd8AFJLtE0B6xJTnN4q8uHOwNcRDbkETMt0zP6elMo1qv5+
... 8tBqmdzkYaxP5L80YRDNwpAz4tvOxUxSlnTbKARewA19FiBN8JzRGNdmtOHQrEiV2xzpUYteIQH85jxmSjtMg
... fVxYRFBs147BouiLPp1rMrdM84PdjjJhWOjdv28TtnQ1U8YzRBbpJi5Ius/zxVPmK3Oyu+g5qwsC/
... KdZVfNQ2pTpIekHnoEKaqyv8dFcLu/kNG82sriZRlBZC/HezSpqrr1SfGUpG/
... LiKtlg8cAD8sKQbwe6oDWZlxD3jqCG7YvxrghMYY2EkA3cT+1kucWQLpA3tPc7t0LL5thPGE/
... GNawtlbyF2yv2bzpAJLe5l+/pUEDdTXZiHBQHxYoCLv60QPRX1l8EAxPf+C1h6PPohUqymHURJ2coJsNFnwA+
... gpliwn6yJ1gGKVKY29JNGF0WWO3LIyjNduPwLc00Hspob1DVXXp0Pu4jwgdsjm5RLJBTb1PlXKuVnCO9Es5rZ
... +RYtwF9WlMPSPwVGQx8gpHwMNf1MF5o0wpSKV5K/X29QO5BS65q23uiUN4ojLC+GskkeBD1tG+

3019. aTAGeSeTrtEUFzBFUmb/fanKovcFalOG4BPoWRJaaIxC5PrRlv9mcToS+gxagV1zpK/zxbP
9mKNp5JsT0P9iAgF93FvzfCuLxfsGS9v0MUWwETaXKxYvr8I6SKvLktpJs4/H0k0/qlUF0MjN3JFbt/oZ/
pZJDSBNH+b08wWHT4F1HI4os4u5Vpxmr+Jf1XN+
mhaXvNLQUuG6U7G2fYePTscCaYLKoMfvsPn4u21plghx0FCuTTC3gGxZ4OpeSvyZjEk0L9cCchUpziQCksprS
ZgI8gLGhurT7mNW5WTYhcN2oq5tnsB9pipTjcYm4QjYWwtOWu/PW/zwn8n6KcPGFnDCS9zp52YsW/
OakT7DFbNRcUMgzmJ3naGLKjriLSRGB4loXw3WP8mKUL3SrmHXAtXMQitVXomj27duiSE9Ar3Nyv02eG2qXFs
WtjpDOlW/FSZD00qzFYnBkiPrG82TQ7o97J23U3QApt9sw44DVIFasnGd9o/
tktlaNXmJUkaw8aEwu0su3UmXVpV3kKOMAY7SXwBcDRqZjyGdAA9fpR50zJdAZl4EMYa2lkh7dO266/
jlwdYrUlMGWiX12CFxZXxzFRuDlfYBIgWkrk/DpLUz+
oOQ02O3i8bAs55GoIRAlduExMAaCbFaVydFIvf9XtU45xY5c/
6U2PB23PlGbsPeVzM2S0h4L4aBQpc5uNQLZCG8u7lI6Iv1IYd6wFTK9Z1+YaU5qcNErlrDFgoM+
GVFnfcShOHbdNgrbuVbHpxDXotXXOxTgrMIPaU8nreoBgKqS6bj0ns/
eBClpf9v6s47BN7zDrCnEpDRrni5rOsQOAh3Pw86jHTaruuT2OwPc5b/
cnhTMWUm3MWrkaMM5UiRcg0nvNxrkCL890XlG7CuUeaDOsovwB+
Bn7rTdpJC6yOekTdHwttRgTGjB22UI9XmnU6ezJQfelKCqGiravUC7YAqn4JlOZWJL2IGe8o5CX+
zrdEAj7vxGKvEA8fhKh+Vod/RHLwEXtb50xx+WYgoGhMojCTasjQF4ySqyIzY/
Ge3msf4oMhxpQhHj8JOYq3wy6rAfGgm5pvNnsPZ6L4IwyH9GPQI67DfSQ81vK6GlD1e6WH8APRqmEd2ZpcOEC
NavgounNzm6uz39463fjr1WFhOJH5SzCvoNKQqDb4XAwXmlmCA8pUZ7PFX11Dint8CH9TPn6V7Tafolul87Igp
ex20KgR4Fkt4eOWgNRhDrCNETEd2CeQmxqogAkczu3JYsdr9EPeWDnRAsXix38ZNTjMHmLejpPZN7fVdzXyAh
e/JwM9r6DbOvEeeeH+PQmgFrXJuIM90icdQ8+
yjRDYzdPOVor5fv8oB5cHMCItaYPtSecJ3ODAPkvYTPgOlfiyhnZsKjTSg0lm56mM5UiTVJNabZFLRCyr8uj
sr3aSSvM71zIiyCYPDgXxj3IGy9uWTcdX/A/D5/9AqhPOsz4GIPzT6qGm1m8/
YTNI16cr3k04X597V5Y6qafxhjBS7JbJc22ar6ldy5vsraYtyOJuAaxH0sJ5Ms9X06ojDaB2aZ+
FlqwbYYq4DYMr76aC2B4dP41b3PyaxnOwKSOLtFb2qvpQxictzEtVVu6U0bEpyRg68pM9HAYzWrg1mS716VXG
rpQe2tORsLspukDPL44H+EFIQUFYYbvElIP2h10TnkkPxnnu+uy+uurcsAvzj+
WwKAxQu4UpHHJkJjobjEe1JV22DhFRjQarCNe+I0TXrykB/TN/
DMMxFvRCCSfb4B91RztoTuG0gBwO7v64oULroBztTBq6hVTJxPZ6bsbUDFZIGi9N96pJy3fsUbZf3PSUZp2q7h
YWqhJcqrskDggcjgbYIO8A4/O/iCYJaLKAcHCQ5dgg1Kr7NUSW9Z05O+
G6VYKSVoQTJvC81JOFTtHKneHNvIkaJ3Xnp6S17GEnkCRzQO8CbchvsNf9DECuCyjiksmV7CWap29r9xGbu5N
z/aaQ3JqbGlmji1f29/WF7flltiya9wGYA7VMyprxl+wP95FooEZVx+hevbElnsZ/
jqPJey9U06nNEn2ZG3ont+c7pjBIBp5n8QdR1d2sYlil5jAcjXm+KGqyAig5tvaWxvt5tX8GDmd3De6Ev6nb+
RAnf7Xw4Vq/TlEpdCJ/dcfQ8t2UXRB0APH8f6OoxRLLsWsunMy/etCbktYJ8IgWuz3h/
F79W43sGPH5bQlDs4gtY0so8UBqzVkTKFeOxvKwdW3AdO27KLyrg6RdXSbVmLKj5jl94XV0eQErFMzgnJtsNv
i7M77gojwyHSXJt0tr848Jn+y6jtSpwY3oMIY0xZIHkM7MOw+fUu6dtwI/7bRSeel5IvY0yXl+
fBcC46jldhCit4BKVs5M8Gwqlh51QQ5s05dgNPOULaoBVC7V5fqeppcX+
yWumaG9mdrFLXcrS66CzfrFFNB3xPktW4ZgZFgX3H0lB22m/i0ueO0ScOBRhjjp+ihpzMb/
m2Oh5BjMtzuwFw6XdgmwYKiRbEugorPNSpz60kMnl2Ye9NHb3NxPbccUsOA9AGjufMwinCIMRQsJiYUVK+
IDayP727hCgdS7dNJcepeMZqY2mCghu5eO1b/7L+QBJnX53kuaeTc9TaiuZWYVkydYPCLYQ9y0E03QH+e+
UIbIWOdiZymN2C4Sf1BAo2VmbVjjpzKlNH25VxnwL8pm9QoUNYMbDmXYHvRbeQF2FAHzyYPYWDIDahyttj/idJR/
k81pSeFFPWCxkypcsNSOA/ZLADMz7obbwMfV9CE/jLCT1enb6HqeGB+XpmStjki47bGb+/
cbsah9CfT1Zf0PhCxZ9h0UvDcaVhk4ftrfuunwf4PIHMQuUgY/gPbSnmGCZ+CA5GUhfFox/
eUefvXIhQ7ni9EggJPx7LuqAozyAKWGMLtXMxow+dbl/1CR7fubyDQhfA3jQea/
RnuqhANgoXgQxlOmpl65nIYJOsqaqQnNwEpIW7CBdN+RVOz0zhAFz+lTORMwmqnJEcHe8W70Dqy/tc1P8BEvW
/RxJXPAi/lPoC0gQ2exN3/
avLoC2kRQL68A4V2SLArIPnWxraI6RiQMMkMPEeO0GPPLIsTTjksRv0Y9JICvkWmYPgbpguYowyGf5eqn+
lSXo2viX+N6qN2wXWNAUwA5tZ+w+RYF+kNqhU2Mdbebru708VvFKkv/dfVWnf+nBXTotpI+
lYjoUDsRikISHDwqbFxlvjXvZF/9Lzr+WzxIfPj9O1DRRgVx3qqFRxZhThCU11P6kc9slg0hP2/
ZEeJajskwLPeYdATXCkUgwY86OZJwO25kDxDFByqrlWvdFbodEnM8+d+
58jaykgl2otALp27WbGRpM2uJ94EThr7rc0kE9XUfVP+go8uK13KplYSn9CjV6hMQYBnHKlpuwE+
pgifHj3WafcazQsL6JeLwVZTGSqQa465Rsohzuk26NOGjP6qKAJNjir2k/X6lWxK2wkZEjvElNb0gGCN+
uHuG99bLuQxIy26xxysEcp28opsp8KQ5Cmxuj16VtrFaBVL3dCgAkmsCreL6hLXUnXVlg5g2nydg66dCnXetM
ZLc5L0DIXHqwTepg+2WrOyrSPkcIiiX6jliIW0HI13AJ+
0lbiuOG3CEPPEF3sihlf3GcmY6P3F5rDLn2hXPxlWv/iBtZGtFvFD2aAOMPuquA/
pidiXfXGqIVvvn41XhdxldWT1n3uuXYPUoBhjp1eRJTLt7vhTh8ItcTTEwFY3FnMIImalq18828RxB16K3ghx
YuggI0cf1dHQlvOr7df4ndIugXd0kXD98yBggXCWA28KUAYYhxt2r4iE0FRVgcwSucsRdhspaW74VO6FNV0WT
2QsW0FUbWhe+1XPgHtMQn3aia/fJ56MYBbOA+
A4DC44y55Vl7RoKtCqojQcnPzSz7GlCaMEJSf7L5Nmf1xx0XGr/+748zH0sFQmGVbXWuCd5+wfD+
cnt2tMElhRt6hqYSNLD/
4RwMl6c6nE5EDvv9beEg71iLeWe829y6oVJiETJdZFoS6hcogaazk02cVz0H2hsFgyeoieckO1rz8P0cKQ1R8
uqQ6gwrrJgax7X/gGGntzw3vu92hsBexISYYfpx7uCtL+
VHVivtxuy7dsn7vE5XHLa5HkeyGfrvxGnG2t8YPDdvci/G/
ldMrIBPVMx2HqNm9Pb8rOr5fnkI0jyvGZYA2ic5v72dhLxgxIihZH0VH0bhA2NaZpJcZHFpXPfyJbpsGzzJB2
9Fz0D71vHUJvA1FmE5PdKT/
64ptUOGoHvfoNB6K1jEVpgP8Nmji8gtaiydTP1HCrY1whSxbxn5XjdYNtfVXlSEtzX+y4LUo991+
B78Wzy0P3W11K3dYHkJKD9sGBnT922C7hJUCDcRbw8QELECeOT0zmB9YHSE4eBhJ1RyuFSE7ikl9Ymu7uPOVo
39KSV0ZQFj+clIfHuw2kHg89UPDIwsHrnFIduwuqiEi7HbZulSmHqNu2+ciuoXvlwQJ+
7H7t5GSUkEuKbXaXviAjqd+yWe4czzfi4yU8OBGu02uEiCxmR82rhks/g4vLKN+IDD+
oCCqleI8w4xe0j6RIo96TJ3XgI365m5xpDnL7LDHDP2t+

3019... xiFOqcTEFJR1ravo4VPednWFn1208ugyWdEFEzUaPte/dumb4xF+
Pu7Iz6fUlYTF0j18UxyQjtCuKk2jMFVsTQLB6EMCDoUi9F9rfJJmevn4AEtGVuuxNVGP9U+
NbS85Q9Zx3cMqAGceBK2ylwZiLCvUQawnu4dZASFricgoXlqKHT1xEi7heAhDVWAImwSn2epVoC3W5GEjP9oz
Ayvhr+Ulr9Djhs3vjqz/
rLrPpoklM0CVS0On5xdZxJaXRPKFlB27G7SAKG5k4U7jVZ4U4BSKZy5jGM0HDhSxVvlBhrI/
QEsAiO907xedekodIvIoUFYECBTFXspgXihFPbdoUmIctojui2Ei622rVWfnrvj3Y4vtFiMzbE2spBkAEUNvD
lWduxqigClr9/rYKghbsCWhSoI5XCevlf900GK3xnuiYG+
PRHG2Z54g1ELPDtSeKKyYyYcd1I17aLPKSkfIxEBRsb9zhG/Elrqygw31wUVa8CeGN+r6psQ+
CBdRwojNSPxZdLE5/4ub2/yliSCb1WS5+fSys/
Q6uwe4lOuwBqDHdKZH3DSdtZfRVTWP0jfe4DTL8NCxm9PCar6s9DhgVvCqxrlWRSK5Ce9emqw+
sgpraWcEbXgJ2m4+WPV5U4Ta4/lAAuO4gI77d0oYwOZLBU41BWgk90BEhQ7C9S6T9lWDdZcT70IOmzL/
x72LAGCgD7OXSAnN57HYyhh4AEj8PHt4zYjNAGrHcwJLcPTD2I3UE5XvolhuuWefhMbwIrWpgflOBXOES+
uf0UuRoC8QWwJUP4p2Tcy6/
WdCJDKRhYBnbEZIkIyajWhHbXwwOwUPr1MIhjFydFPTRB3VL8DMn8FQ1TGoE964VdMbwOcoVuE3TXCI/
qpoJ1SAr3HF1IJiMilC4Yz54A6czPWQzfeH/00+1NYLhca3zHpH9uBxUGtggexKp/ym8qLonwugYzett9D/
NiDbxxEKTzU1jRV+zJQyo6ulf92kvKiKd2CeaEo/
libhTzzxLBAbIyOkWkHlBL6DQtvVjCEl3cKNXj34nsN47TB9cYmrBtGxHPFYvttbX+
fdRIo3litoIjodo77BqIK75u4Ss5Qk3KPgcnUiALah7AmGOcOw8E5tDW84FjNMIVW5hDJ875ltbnUnhCA+
FQQmn648W/
WTHFsBOE8RfKh3d3uWXVpusYrESERW5zOtRgMaSYLCnYO8DsB00aSUwDONlgyFAS67NRqEZFxFlI/
1flzsrOnu/43ZNg3364vVn/6aj61wo0nM50552VOm3VuSHfgmKYm0+G/2VbPQDhGzq6IS+
VqiP0Mc0VkUraYtWjraXatBaowVypcHMopK69IewiwMcdfAlPwDrIM0EkqnHQMl81FK+
EInQR6yArdXKWZsv0Ufhw0KMeT8InFOJHlUtuVM0Tv1CY4sHGy/YV0uZNlIHhsM5mAStsVsno+
4FdTPUjMTPVeh7lvNGkwiS4QhCsQRnFgoLBGPv+h6YqDVuLfxI8B8ExaE9/
Qqemd4eV8Z6xvTP4BbFNIviZJs9HHM1+c/
uEWUCNcXaOmXCsUmjOxBptQNQ6ztZBSUJoNTw6zWbEXz4nZurT9u0OX9Pj/
mu6xcVPJPjN0PZkuggd5sNbyygkclNaOJnZ4AUDFORYq4+VlF/
yB9MsPF9Mfuydcxwb57MusKUgrqlyXuy7f5duON1VfnTKls71oQSTTNWFWNjQ4SghwiToTfSrM1T7w5Xbg3mw
EMRL0NWAJzfLHDJkJtktoBEyULDHkgZdx/fW0e+GGskzsiE+
DwVv0ekABNJEgGCVCL9m4iCKrj1E6uvemqI7XZZD6UCIqaSOOARz8dQ9sMjsdERc77ylchbnG+8Y2Pjo+
iN3H88weATl8ozvXAFPdatVhxisEvAHkStNZBB+PRXdKkyC37+0B+
rs9xlWffVy9zO9YRz3yBHKXvJmXMKKDq6gqLk5NBDUuZhzrjhlVzwJkB+SwHm7RQYkC+
YPgTyAAanCouWRFTYQlqDt284D7YoKqpc8Gn0LEexAB1gW9XNPY3GNWmAdRuxCybpiIyPrK3GAuqUozmJMnqL
5FQ+QTcf+j9UFhlfslTrBAxokTYHADnuey32edPxC7KCLbm8XWTJwgv1rI+LhneE5zlDbG+BSoTyL+
Ggj25hw0mmU9rDlcQu0Go+Pa5KPGthd/DlkQIg6VGKUleRreDMM5vA9wX0zXT09U3G3vV4pfrUC+
Z3IvqJtQNkJYn/Bab5FeXA02XZfI5+rAiIOrK7v/pcTspt1D4GL+MVVKF3118UOoLB+AExJ2+EWgu+
S4xzlKqT4DeC3CfpobJ3ttgcF5oOq+GoDCNrZKlGcA3GoKPDQe/
fOhwxJXI4PywOACy16Kd21np9RCjmTNuM6YNtxQMgP/UI/riFMyxPOXbTyXhEInqj5/
Lz8rE7PEktUTpEFU4ko3/
OVIn6UF26i46uMl1v89T7RMHNXD4sEzUEGe8WSzR478OZMc6jBMAvjFYWL3b26aWxDaXOU1lU3sX2067jYy/
fTx1nnLtzEv3efAegImmLGe4P28q1dA91L/LzYYD1yo3pamFvp2oC/8y9QEmQ+
6E3ZsizDYMfVtnihVHOMy6PEtq1Z7dszLhdbBl4xfM37qILh9CnWfMHB8iRHGSrhUG198xbo8K0IC+
KRyDEUZuUjrNpaHOHYBeDeUQBr3SrqdxYkQ9NLarUMW6542oRMRFgJ+akbrJSnZSx9HO/7tXjc+
dPWSsKY6dD4dc/5LJgWZruYk3zG0Dbc7Lx9zN4zyddEcE0Oscz6a8Na57xyEnHkpz4/Qjf3aWPoWOGSjeiQ+
qVmFpFJRNCujU8K+G/Goj8ynKVIL7dEbEvCxl20afEM3420YVzFZR9SE26AxbSX8K8cpUFygoLbBN78dZnf/
2t5hGY1EzbG2Tm+AQ5AO9CvTL1gRkaF4cIC/ay0xl2Z0GClnNjMYruNtwt1edmrlXonRWS8s8zySpU7/TAyvf
/6C6yIk/9qXhYAObV5RNmoMwZyuGr7/rTwh7X656eaQZtKdxSQkvllQ8FNSZwLaz9YL22WWRXjyOn++
kQXqlAyrt+
EXrpwzq9M5nC23CSY2aKSwroM5B5vXzqOzTjKcPkL9f1ftyN2qL3uyEHC9Ee3WI9TXyKITyXnxiFwxDY1EeKx
sICNadu8JUG5eHAaQtbsHtVC0V6JKqfLG5ybh7OX/hh+zIrxcXwGN+Il/
WRiU13cjaVNJRSw7c7uMYavXfhwC7Ml7jVuDKGRtEH+lLG3kBOy5u+
9ZDwxTqEqh7svNxX0oVHw4La9HiRnpXrK36I7HiuACci/wks1kip4KSEWCmmzwhSWnxlgqC9YMwnX8v8/
dCYAjAXBYMETJi0yNFyRLqi7ZZcU9fBKqwz4djwLZtr18Ta0dwE4dIGJ7oyKxgaMyMt4l7LLPTbUuXpMzyhYv
2jTX40gzn1n6n8kuXSY8ZqsFZdAAyYWUxce1UbDXVsaTzXBucHtOr4+Oi/
OpzyqPRS3CHOMS8mxhIl2ORNOXrM4bFCKI8xmQ06TMgpyh+VvaavAws2oM1q8Eo2+/
fLNKwsdxIeDVr5BwMjoRgFhOtRYBjTUJpL69YiA9MzGaD0uS4MJQvdBQuqNFW4KkEA8KSmEL+
5mAX27PnHdB7qiIXyO+
cBNB2R0ZcHNFfqo2m3es97eooItPtJLTqr6HwU3YLsxdV0O36UKmi4whkgI0DJkFSoM6X7nfRpkZ5s25yLqo+
GsEYfUpOIRtp8Ik+KenxCQjw0kled0GAN9s+Pw3TER443nqLEVuJCltwljEUCyEM/+
tb84MrJtwKA8G2OmTQERip7opgQbl+gEd5XJvQcyNuiuFM09D5V73OgfG3fsie34pRK+3gROHqd71MULUuo8+
8E+cRkZfarLbhBtdeNWUnFwISfg5Trz7YiLKdwJTjumvLsLKjNl9Wrd16jIFTIRAClgdwWB5avJz9eiltVu/
HLTt8zTfekvR4m6OcsNtvU0yw4D+
ypWwVm7dTqmjG0xiLDw92ZQNskwI45sJyrDND62nIIpRxyDVniGXwWSE0tVIhE8IqeGsnf/ezZxQbLnEkTN8+
p5fly8Qolgm4WwQ2a26Je2dC1yldHdLHbff3r8lwnkwmYhBRr9krKcuhWKxP1hKMKju/3P82HOnKy/
SGKIhary+gYdF2O8y2nCmtiTI7zUZ++ROaOQT/0nzPEtc2LO4B1b/qG5+qMlv30l2+
EeKxsnfGOd1mZ9smSWDs8sZbKv+q1Tsz2fjJ2RouqRxeo+
MKS558xEo9d8jhCShanX6xwWOhMAvwvGqDyrRrkpoD9DzHcJ5wa+wfTBEjOz6Q90Q8mp4aVjNnQL0A6cbdR/
HoPB/FAJTIdC2EWzIgyS5SYBBoEBF1jOHb9mSOIsklKopXw+

3019... RBNxmtR95zy2FFaUcvWeWwpdaWHakeOQFPB2BRIscwHyd3gf+dso10o5jPzY38NC/PdpX26t092BHdfdMYS/
... 9zMWHqoSWXhcTZcjbT0D0iDZdOvlrm6P00qZz8qsuao6ZoqwVU00QQuvKL6pe9NQGBD4s3YKO5/nzYzEhW/
... rprr1oK3UDsvPrviwCvOfJkJtoBhLsFJeqwy/aMoYZg/
... 2mX2W45jG1qxXBZQ6dNnCdctp5AKjw66ji6ZHQiXqWCWVmhyXG9NHgEebZRRItTNDkhzBwy1CpcwtPf5WSfVG
... FgBeDqZlpmv+YM5/+
... sqZUgbxhqivUzL6sf6Knjl16OiMVmTjm7bsC1S3BoW2Gs9wwMETyGJitMJq2ZzHDjcLcQ7x0L/oIrW+
... 15iq52sJbCc5TaafmRalnxoybJfpgmGCDiLLXSVzrWnTBJfNAup3v3vzRhpQFxwa+
... GfwYLWSS2fvquYtram5zH22ggM2ylWHIh+
... LA00FSRyYabHCFU8NzDqspWJgr5egPwKfy8qk2V0terAAGk6D2r0AIo3nJedQCaHyWBECSYCVZi8YxtyWLajO
... 7ISyYwsKQjnt8JJEr38PhN7izho3amJTxSRqbfjAcBcEuazhZZGr6Gg33gzQQxYzWJwgVlJLrxaB/
... lfOPjqnqvt3e1nuvW9hx7Zi5A3L1FGuWUTWRZhfhicLHjToUEsSVgTriyd5+HX1W+
... P7C2di97cceWSYW0VlQzY31Sk3zLMyhfUzjg3LQSnp1plqApm3sXwmNM6NdrpK5lAAy/
... r9dg19ctrMdVUA9MwYt9WHgacC6ch0uoGjI5J1LXYeQk7uP9xb3b5Skz2I/KRHUQn+
... VYyweqjYb0C4yfPcL2q4zBZUJ8bNm3WStkM1w0csVvFv1Oomig5d7IGAjMneKg+ERW6BlGBSGLPbXp+
... ner5425k53ffuKryAO28yHlewfVJ7d43oppy0+CP8AhWOMsFS1teWIVkAQnJU1+UKm7Tl5v/
... fmqisFltZ6TalWhyB9uRA/IM0XV4BSFIYriYrIzTMtdPiyUb9JDbg0no/akOtQVhkK22tzSkAsFvOpla/
... ZoIvihTowoAUbBt/boqWCejuwxkua9xKFywSQ/KFs4ZpgK036fIeTGoYKpQ5uFffiFyVECh+
... QYTnV0BctNqUbzbQgb0jWOOTa3QKYgpsdWOLK8LfAXhUFwhUoYB3zLOrsb9QtxmyrPUcg8tKZfGQ+pR/
... 3MQi0d3JVt+JW1J3g0Pq1EoGk/
... wGzBQTZGGs8WueLMwhSXEEYZhTsijDuCBEq9VEB7LuZE3hnkXbyCKEs0MrBYUXNhv27G0a5KUbNLjwST6nSIB
... 9iY3Bm8DEQQdSpLjHZBXHI84g0QedLs81D77eqzsIOsX25YcrGH85MA4EtFMxQNs1Rpt94JrNWWzUDqsmJvaB
... hLKN+6uDZK0+Jk95Af4OKhUbqsON9KtHH6+QdGUYJtmoKnKD4CG8UMfXJNYFxFgBih1+
... 3MjpPYasYDLLFkq1MJybO/uieeCjkKtLj7XhluDJqhR2MOj8eSn/wsI/QTL6C49ukAYzZy0Zz1/Uq+
... qm7pd9SscenuabDwN9b/
... J3hLFAKFR5cLTmvKTa7zUZPOOFTPsG7hP7BT8AbJwnRuSYRnPwV2Wln7QMPkN4mpdul0UNjzWrhjDuk9FWa+
... uU6tdspzvzXGv5+Ma7sKUi3xU8Z114xvToIim/UY9qCUctHKhY5Q33aSVhp/
... xrMYO5at5Syiqi2nkaN6arlvXd/xFwCkNWLfrRa7mfV3OIxd2/rIO0T/
... RetujCyGajdJ6bXHmBuXy4V2Hp3k7cmosaLRZc51MCbfkhYR2eNH1sRHPhJc5YFfq/r/
... uyfWgUY1ncrNWSvW1tYcUDmQUqqpjq/zfYJBrNGP9JvCZz+
... A5TdHgbnQAnBQtIoj61eVDxn3JGJm6EH8pf9aZfO6CXf60G5jqfvIOxLrdxVqeUTOXIlklSTr7zhJsLIWPHC5
... Kiyv8ee91PD+JixDA/8yL9LlZ/Oo0XcIOhco9tylyKA+mIqfm/xO5AnYSthqEuxvWf7Q3EUaaYfRJc/
... roPCRk1pGN71C33/FUo6B4H0z55GSNz/VI+La8YDbDt5k6Hf4nrR4JfWqvZmy1paW4kPLy8yO/
... 3LUrGhmTXDFZjFIuQr/+E0gduH6y5f4wVJr1FxLkKZ5HpKVYy7uUK7lS8SJhqVAoIiq/
... LXpFaD2xx6ydB9kW7MmrDfY41DhfOGJE8j5Km15QNmD3e4n1yDHw+
... bPlrJgCdFI3339H9ewjkKDcBcs5kRHrVdeRi3IdVVI7QRSz2ke4DWx9IuGaQkGrO3T9xFyxvFYJpY9hC9WWIS
... SizjxlFdVlw3u9Q3sCWqP8c740lSimZ9+4kwXY4OIErcbM/
... 5rvqlMZ2ZI1k9RX49KeCirjRCzagbzvvhTBJoY6SacvKf3mEZTo33rcIwFtzybM8Txh8CgYd4cjc9fil2hg5i
... qzzoZ7QZlR7VOeHYFnqXaS/STsj+Mu3SbMPiekOivqjHYwVRa3K90fd3Bb5HF9AOdY7keQoWZassjE/
... 3r38MwpSCWMV3m1nJbK/HcV0jt3/5Iy9RnhcBBq2zKK98oHSMz3MCQ2zX5Ykg4bAGhvA/m3RQe+/Cp0+
... Aep6XtSuBd1dsLZN8kHD/VxX+9NNaHGb3K2KyNMnEOhULmI6i2XTilBiZ29ztG+VOyeG2XM4ZsUXI+SKKV53/
... 71PSAj0z343YMBEAJqe2hfMR/jvQ4+FG15dPWn4fnqYhBSPifWdzISuHa5nqkJrdIHr9byX6KJyCF6R/J45KZ
... +f8954/ji+3nwEqZi5aNlHWpP6nBBGms+BNqyd3iBJzMpKGiXjqdWsz/
... tCvhBMWpV4JzU8oIIMY6FgwGASQfqzeCnDYP5ORL75PMNXjHYzl9xZW6sbUed2toGXhr4mxpE/hZO9o0Ds9+
... xltn1U27mb7B3YziDJEp1WyyRrFMc2+c6+Syt0vOLunTlli+sZR1mHNuuIgRc8w/+
... JAIwbaQLB2jlTX8ufu6XL+yDoINFSxPX6FdEJUdCZhKQw3+qdZUi4Iqe2EyS5ng3TocExs/AezSu8Tf2k+
... zyIRS/oWB+QPF7aY2cSsX9Hw42lQRa01Dmdh9nVEeVFQpxQliHLEFzSNkUZ2trIJPhllrmIMs+
... xn7Oaeua5rp7NuddgzFNdQ35LgfOns38dgBVqA0sW5rEVIIntKTaCQ18iKV6ojYsoqjKgBa8J+Jhb13qIQM+
... it9IBUk/mJV6/
... OXl1YwkojgwmgCjfUb9neVSofqm0HC8STzmlOKL533elYasIp9R0IGVwOLMhiUIw197qgsVC4gAlSIfiqR7v9
... uAlHygptS5CaBpqcrQadKBCOaL0Lraq8teopCn0NNXzQFtCDwIjC2ac4cltXgAiDqTugalqefpM8pOIfO5GQY
... WbjHAZ7wXYfeE51HaTgHOsyL0Cm5M24JA6Q9SjcfI9z8STa0dmHJk7yUCb42hhicr2jHEGpR9IjS/
... cirkp3L3UMlmX/jColv57N6y+TJCHsPqZGnDqx/hGTypMM2S8x2O7RV8HP1wHbKw5mSnhNdSHskE6a+
... QcRMf3Vf9DQJ83rzklDVFCzzJld1LE5pycaZoH3ViDB5oqkaCs41rPEHCZvRpVB0nIVjo4I1+
... Z9ow8IYrnF41AnzFKKC2rBunDkwVTN2eZ2fK9PQUu0uqrSsMBF/9+a1HNVKBSvw5rg+kUZF0Oa4CdUC0JS+E/
... /9nGH2LaM/wefe+
... ftOV4m5g46cBhLAS4PXU3FV6cqWdiN1BkKtrRHmQxEGVZLR6IqwYvNfwD4DkJgBlfSNhdmfRvm/
... tccTCR0UWDRf0Mrk1PhXoVXF6eoZwo608gnRvIk43TUwzMgE6NNWeIAcfpxIoJh/u77xwZGliZC0Wj6dB/
... 9CZy/FUq6nzHYSYbnx8nGi9nbFcEgGLrgC09TbZEEQ6Lz/7M5PmLAEBDfI+
... 0NGX1S6NzwRdUMl89eoH20DCtJR7WAR3cy8qilvATJyaG4DoHomyxy1jKFKigi+LjQ2OOt8yc/
... mE6Q3hLDsCsuWn8ZReR1OxDrPlhF7ArR92/
... XcAg2MeIaBNn53B6PPNFYn4VmUd28TUWjrrxJ83D6ZTNGJK1pvV6fOIgyMXDNT23SBhdhCnYN6UkE5rMLQyny
... EEFxRiGqNXBvet7BOOL3zCEyueQS1N5EBRHRseqBrOlnaIRTTdXNbcsJ/
... 4HqM3aOP5Cgb4A25Ev29riM13E7Gl1y5M0EaoJGKTQxy1XUewVpALvXK3TDYFWumItBDAftW4GEQ+
... k7C4dg2JMrdy6STV+g0YpM2g5+
... GPQs4dN4yZ5F5c6qatxXzI9XZ21Ze3x0339oQFd0VpuMGkKa3u3Sa01AzhEQ3aA2HJ0CGaLXZR1rNBL+
... HeL10XHiTUFha+Gwpw6ekDSgpI2mEZ+RJY9gL0RCKurQqVfJr7Vvj4cGj+v/
... vLnYmBZ6Z91ozh7JEQTr2mycGyTpNE6qP8LzMLmQVPbHQGzkoBbish/
... xJI5wTNp0qKHDGXOK0Kc0lfiHqCuxN0rLJ/dIZBnRBryo8XSnxmAlv5q92ws3EBIZN5bZWzGo+

3019... KWGhReqgOpJ2lLsdqVouMPrBUpxQ5LEH7V9TMqVyLCPPTGYUH8Uqj0Xq2oygSpPz8kVywdr8LdVaLF5jomBjMPoj7/
... H7bEgxUN9Kq9E1upkgDnH0mvMREaQJ8v0dKjcQMRSeTFcgYwX2TiWVMfYiEi8sh2gbYF/
... OEuvB2HIc19OR2K1rztVOmxTipUKrMUAQ6rFNrxyUwUaOxy3F9Mdzrr9RZkUJNjIgwd3/
... RYWkFKEECkoo9Vlms9JEPr1K6gaBb5g6NQ0Zy1OAEhJAXLbyyCxb3LRDBqOMWmaPQuQnhXxl0v2cp/
... HgmMWY6vLkQboaCdxw5TvROJClbpK/
... fVdDtH9yVka6eDMVI6FStyUKe6kubAbFo5oC0jh5uoVoruTqBTyy72UVd0oRUjsA3orsi4xtJsuZlY4Np9Mhp
... nYS3Dn8C23+SvlRElf37G1JjE1O7RRH0m0obABoXQ4+hMYlG/
... SGTV5dzCnFRuBK8SiwVYOhK3YaZD4XPFP6OozXeEfWFm9sca5ypyCo10MNNSdTlrRuh1qQsQft99jX2KV7AVW
... li2Xyfu82pvoP8w8VPXACxslJQkcIy0GHKvnJqUR9H9bjy1Efkhje+XqWVqlnC40liduYXe2ceMH85v0miA0b+
... TCX9MGhNDzqu36fgw0aRlLsWtfg9ByUfskQ5G4mklfirGfZ2rp3Bwxkr8nnm5OdLGU4iyHTvXc618PnuIfvc8
... xH3mLdSz39n/nljYZAzOaNFf9+MCvCPqTaQrGQQUe5S5BeFhq9dTDnQnkdWw4+
... pj691XyYyeDBpjzaVRVicmIII0zCQy8WBl2vvo1CmlqvplRN40JRBcGJi+
... CVAaZ24BBX26wNvo99S2oMmHYiK7u6koltupZBLUBVbQdmBBD+92/2dqVKWH/
... Rw33ShyCadpmrJNZYaHempWlf7yV9rcXk3ox8JIAJSBloPh8gB663wQayjjUmEnHcfORoytahIxNbOW/ma1//
... ylkb+Ti7X/QCRRLxx4YqhQuv2nD85aVb7t5GE5KjGRXVQKdKlmEdfhj4iu6OUh/
... VeLKou35Ylh4q2Ub3GvXLRTynF1TCm21/WufR58tqp32ShkUGocg4SUPM8hxiIwA0Y+jvzHNUohPPd9dw+4/
... 5SsNiF3mSFvd2wMf+ttUw6ujiLa92qo8R9bwdCv3CNi3v7+4fq5/6Mkg6L8K+/Fz91tuQ0Pyxcj+/LvLb/
... DCh8wX8j6B21JqoQaT5Gq82P3ENcKRojKpfkr8lAg5AqomxKeYpILbdosD9K3Zh9jk9dc50515hw9Wo0Uu3d4
... 7NJifuLB63le75UCf7zR1fsZDO8QJpZKt2VFirlrq+1Mgw6JtprtrD3fK3S/ieoI/YLMbRulFBnub+qtOeiw/
... fALC8hGrV18K9isBBmnqxbQTxeJXBH6f2K5gOudVspQrq5hnbs3lltBtbm4pOJABbGo2Otxl+
... BW7u0XYpXv44VzF7m29/D9jjVOXvTKtc7SHODJj5FrsJx/gvm3aR32j+
... m0MHrPqwbAZqryODqTT71DKvPz87bd0aA09uumWkyg1gkgGZu4Ne1IEsd4ORZvRg3/
... 87SjgfADJT8PmO9bB8hOSMPUI2B8Etligsru08eE17wwxonzB4Zkc+JXBA/
... tZxrPpO62yxTPYFLOF1pv6i8FsPMxtoLVZNPAnbgT5eexSNiomoAnzsc8qyCK9fArwkLX5rcPXX//
... YB18e8kww1DDw+n/eDc5CxBVDLL7xzuJbpv3jnPYuf1ISFzEIUih/
... KwsNrljjkqixaV3IjKt1qSgPFmfXP2q7aNaBadT4NxF6WM19UfFdR2gUEvLsxHhjycMy3cbi4NREb31dBWlgw
... CAdli1eSJzDyi3j5byCbbp6rmc1tCuEAq+qZtamX11KkD6NEiKHVMYHkD1+kdb8bQ/
... y1Ml060xWNKqpiwIV0xTDi6jFC25udG8RsQwYVr4dtrrzGLS0+z9wYV391Es0LkQeUSPq8s/+5l/
... hQd7U6K9jsG/hyAhDiuUPwyLzj0GuJhxgY696ZOiTgsK3bzzjtEcdvN3HFq0KOMCgbhsbJHpfR1WKFe3P/
... 14SHLnDJvqxvkXOUXp/03vmQd15LivR4BLft8JTnnmH/+WneRG7N2IT32EnS82DNAa9Zdxm3Apl++
... rNeBO0ec8U7/X+kQEOlDf29sAFqYWoBR/E5TwLpubmgD6rH1ZMjk9hdeQnrkOJ/4N/FH4sG710UOP+
... P9hImj9MA3p97+MvUCdoPwBN3mc5aZ0+076/
... 7fLMcQx9C2X15oi3IjaX12LEJtnZCc6MxeJiiqy1qAaiaaFzA3KYsh5NrTudst89ZBz3p+
... 7rEq1T2rGQX4ESlS55s97bYtHzMdb6UPTBXXFocDO5OjAhg7VvgZZXsbrK+
... Td0gbmTQNq5PS9gJ1toVlUJBUSBuJea0HQgvZia+
... 2mbZbSB9azuB7EHswAFcqlCJmfb643nlaK75Xe9MfpGhfuwHZD2fBfdlAXH7p5OMbk8oRrtFOp923da3+
... iMQvJgWu5Z7Z+QNt7DhzlVsUzqe41xMYa5DRTGsdaiKnJ2UdyKPD/uaL7PgdwxGwaFUFhOmQRfaDDKm5/
... bN6kZOQCheq1NYBccYnt6hAJQIejyH7cD9OZYTPPf733emHiZysDomQ3TpStBnBBX6+
... y1ansWyMZfiBfUXPiHNJY5LTuUVIEArTXAqJ5TxAdJO/TSaXu8WPk1ExWYXmUy137++
... MVILplhvc3DhgSu3NL2L65IppfGExhdsJHfa2FgF7rJ9u5Dy620Wsg9rVXrdiMa74GGF2gKdOBYeVjhQ3ua8T
... Tit3Nggex5RPJkS9Ayt7+LyPc9RhOAQ2UaNFtYQFVoQYA+
... EunukofPRcVFi5yKpsUqvsFLRX7oNoEdK9CyYKKG6DU7E03btZQlfnJYjwglDDCAhDIK1gtCi7nkLfOJc/
... eXCRfWo77z/QD04s8k0yP+rU5xYeg0bq5PDV/
... SHT3BplszmNw51bGGr2LZBgox8jYezF5Lrc56o1PHoUOipvMXDqbLdbbzaHIuxYEINhv7VfAX2KgiNzn0bte0
... rv5yD8Brqv1BgustFHuANed1VWH6qTs1Str1tJHn3K5ovkviuiC2mrmGvm+bjxLQOuLadrvz+
... f0DHWsnq95f1BtpFCEevarwwWwfGBuzjr///
... PEHt3c15RdmbZhEZwYWnFXXvsR4uZR4OAvVPvXOvTIIiVpN0vpCz3UCU8Bxrtp/aWpsYeJC58dDo9znEay/
... KeaT+bMu9mtF/
... DReJuEEQYd8gM7H48aiXtS34AwurOvQxk6f5DejjSW0ClWPHK6gAG8C2xmfgCoE3CKXO26rGGnCZXQnD5gq7F
... WgEhLftxm60ektAgIqe6Ljc+
... HbiTqRTJtaql6Hclg2wbte0QqdgjmuB8tf4DfEAIZnjZDM8wRIAb2Fzsazk5KDc2EjMq3JEbQcKRaOesw9ikHM
... gk/KpmtlgYfAWlGVdCIya8+NHK1kW6E8+ZgDsi6YC3tj0+IwiC44iEbwhOKfWv+tvNgFBhlEzU8K1+
... NcN7K63uknTyHWFSt2tyKV2WBS8wFL4cdjKvDrpcP28nbUgP6s5HrmUsGzWgU2P8YfuLqD5hMe+
... p3hMcNWAgK1g8KWjAyvLFLyHESf5TOsNPpfQrdLCOKTkkfQ3ftjNRhc15SHeWR8n+XMXC4eSXECxgAAiShqq/
... 8eovqdRR1CbrFqgDNumQkrRf+1BB4cYSAZdvcq9QeHSNVw8XAEJMx4EDXYgj++MRGayFUzIoqTVLzWc++
... vWEll/P3wgZ8pYUhN/yWYr741ZN7ddYmk/fn5jByVE4s5z/jeXUlvzudhFAAsSuVeVaQfQDCjo+
... oOkRtRAqt5t3f6uJVB7oDT/5U2QEJF5ik1jB5IQIwsGclwfFOsK52KrhOoNHjH0Uy+
... Urt8487VacPXbBCrEc4AeaYdvm3f7OwkvGjU6ODRWGbOUe0zSzaXuuWFH1dUbgGQrzcTzS0QQlyY/+
... wW9HBMUNVSVx28MHdK0L1zcvJycPw98foinSwJfHzH1COG7Atc69BRB0r54uTHQvWC+
... e5nzRdEBRjwh9ENvds3w0BtXuvVZtX5H3D87c94JSkIbV/hbm+
... FoIiv2FwSKBid56ZTjzwHzTQus9cBzF0wUctv1/RK1iHjbFt/
... CuyCGJCrEox9NN3GlvyVLMGlCTbfD7Sj9OTKc+NKhoaLKeqwoYhbsYRNaPVOl703DBh+
... IFQ7yoWdZLpN5Q0Rz7LDG7phANo+iWafYUNwS6X7WeMaG3pOB3Xu74Eem3DmOLXNpONH4xE1E4toNUBKA5Al+
... jICjnIXvSy5IiY6KuTan8hdDE7rAG7BhyDNq0TD8P4w3Fkm0XjmW2yH0BzbKfRzZIpBLv1GLCp+
... p3NUeX64uDnvOag3qOSdMytDU25zHBEUWEdHFHKcsgdj9Lc4WYSXWKCszVawFW14sE89IPvOu+25oAjygY+
... VfeKEh4FABu8+oeGUz2UPCBzNbh1kcquxthtWDD/rgBu1PxVyhbdV3Gd+
... SU9AahF2jTASH08gdGJWvVHsdLEgqLLasXe+
... YtbBnPhRsr9PrEKCCXadroCOsosm6WrvxrkHobOR8EUCSVgmVKZfcaK68DpJfXtkpMU4azGtVeDVY5wo2jZVY

3019.

3C3hrB3vrHA2dNkVvDhBFro2zUbUHWgpBWk1hjyVxFBtFxxFrLHXb/
t4SPuDkJAEfb6E0vHH78NqHH0VlFDdMMoPZioW1sm18Vc9EwnIoR4UMQQ7b1dYW7F09TR/
EoSnOZEwQV5ghY9BmDSVO/tTq32FKfOdk4iF7fKHYOJ5OVQAvQd/
6F5u9mDSD0mzcEd2PzQ7IMMGhaWXe8cIgPSMnSZHnKAMczQCRHsgI+QvVkpZQhmEAQ6KOK7n7KewKWmwa/
oc9Mqxsd3yo4lnIZiMIRp37FDLL4pvs4hXdeZrqgLCfDKe7afpOA/qC0sUl12vj+5mUqSDrL2gargTI87X/
aMDEDGS4ioaxrBbhMsH5wvZf7WfjJOyCu9RS/IIxkVr1VXoKdZLE9rDiJG9pxtteK4Rl5uX+
pH7cx4QI2SpqiTi4SXX1FiMP0o3omEp0vWPyCiYpgvbt0cxPzZsIRfqr4Ed/SWn3nlg+
oASJMlnO1Q08Qkskr9cUbWhbPthkKJI/JmHbxo+G8gJDHPI0nh75qmnS+
16KKjwBMo6TG1Wtt2bxTedvHp1D4oPGw4r10zeFCIKv3aEHnaQCgr/LthKi+M3YbFIsNkHf+
UwhNMlaYoiRC3B0tCp+004GxmVuyBfqUpTpd0AClUcYZxy1dB28UzC243zq+wC1bWDCx0aXGZLILb+
yQmTX9rjSBkOYYaSaT+SUjjjnaZUtYFDG+Rig6w/TaYgliHQ2tkmD9Mp+
Ct7PmOksydULguDRjDEiVEHi5jNdRTnyqKaviaV6QPZBwW9AbPlcuUxh+kT8+pRMqu6IhIEnjq9K+
gW0OQ3WSuw6m3WLkE5GBBWmPFgJ3bvhWsyJIWn22otQ9AmER3YUk6DKsBeTEmahG9EZMEfWf2cpRSKmLLT1yh
Q5wyaBNSpt1geszQMna9EP3dOUDzdH5qeqNYWy8yj87mXq1LFKO9YFRhk0UObXhcCLwj9hVlfFcMc3xOn6/
1FxckQ9LJ4dFE+YizDo9leqe1aymDSws34XpsDBGn2iEPwXEQq2cdWPh9887PUQtt4+REA61VYoXlfFn/
ntPnWAsODbIqAnQVhwiCNA2LhlJjiXOj948Sa8dTKkf4aB4JHZ9fLpIk6WPbDDaFiSO8vXbs4a4QLGktdRJcA
trPbwvzJmf4X7nj7E7y9SUVuuvC8fAdCLO7ABf5GUsiAikrSEgzrJWqh3YyBbylzElUMrA/IwL6EL3O0/
fWu5hC+FNcjg3iBxrUFEdIwxNydaP9GAFtlnk/xvuAKwOB+MOWiIEuSMQPG6SHl+tsmVGRe49aw/
lLHrSdrtrbM3S+eXfOjWO5C6RAsIMHrAz9bAPcBJpXaBP2h692AG2PhDz9AsVU/KsjYrIW50nnMnQiT5/xzD/
JQOQU5mVEWdBGuzhQfUAGKdiplI/MlaMTt1TCCDozrHb2IqlgFMBC5qTUhVbV+QwgmEyf04jJoHe/aT4Bpc/
54Tr/T7T174eLeEDVybdbWnbEaqO9NUUg5AMK4doMm7fwLHZ/Aldm+
5x6U94yHmflFcuDujMJxFbR8ytTRRJEZvhFS0bZxewi2nT6fgfVkxwARpV1/
9wjbHgLg5QM61dDEy8X0jGM8TJU56x34wa8jsMLwJWOPze2Hz8Ekxfk7H+Cery8pqSXOD73IJR0DVWk+
m4y3L3TWBl2kKvhtP4HuKBgVAUK6KzrcULEjf4rH95E2VPmR7PJDI95koRp0xtQew+
GGr8t8vjMEz1UKxt7UPjiAU1eEltP+oJbe0ivspQ7GOQPlbx1gd9pM/zoM+
c7CMZ5ZsJ28rGPt7wB2RWkjDLhoAoZaM60mcKH9G8NnCuHvavhPCT1/FEosDBO4D8M/p0cXkFd1wZ/
nefSXQZqHcMPI7yiZVGkRAAHOlpR9upwWZqU9uhShsa82q16UXd1ddg3nA3K+
tIy6x40PgrewAoamU2v13RKSW8JKTHILxkDNdpCx9/Vo5KSEIhCBGAGo7fIdyoSC0PZjOsRO7Abf8+
b8t7Dadv3LRvw+Z8LwGm85AOqMsrzuA+GGg29yjHds64vxYOe+
cGiTudjH21wyuaXiDEGtHHbL3XD16jmZBKLyDFxO585370HYXRE3x1BbEqOWHvDbLK3BQb6PnSWvMDv/
PoeabDLx54kE/GY4Owfm+QqjX1yLvXi9T1s12VuVX/
ZhUvst5NhAliE4ej71xxYt24E1yNBrFJk2a5Nq3FQOYPh9leT+tfC7VjwF/ZTNeD2kNYzdHo8ibM37LtY6nA/
SEj4VuXTpZO0Koarm42RiWTcDBrpLCF8qvqVoeerzFkytxE8rvMr+
cyEnQ1uZ3gsOd8VQFIh2MTIRm848V61sIgRq84ALNc10kpJo/+
QejBpIx2dhjgEFqqc01r8uAuYxbMGnExOipSDrJdBOgmpYUMXQcJvpSEjn8nB7ZCd5ouSHFcbeLzH/
qc9gniNpzEd5u0DDDMVa6ZcKDCzE/
frf7pHDM8kG7XgQEZYHShdRnI87TirIxcuLdVZ3UAREjK5d1DNXDSaPsBUduKaXrXE3o0/
OpICUFHyHRG5K2bQqxEzyzO5lkK4bFEaHBkzI5PMZdLfe7V5b68QruHVi1xNWt6zmeM/
ZyDL5hcfZeSrxiINRYhZAhZ7sgV/NBPZn/FEPPm+ADs+SRczjMi0oLwywMSiZVjSdvGrKI2spN94DKhxw/
1qdPsFU6dJPbie/7oTv32o1+
g00WQcRaicKj24rmcfNAcpX3SzaoC6G5y4KEZ7znCSxz78qY6kaXO2KIsFGrIFF57xF1BRGQE/
VLSpVi0M5MgBkIU0+gWVqRy/iiaLwanzo34DZn/qm7C5snzTUYvG6VnYe4GiU/HEKeFPGUHcO+3P8O3KT+
AjziBuNhiUpy7CVwrLBxO/VFx3byZkRLNl4NSs2KcB0V05XgGWITBYKQNDQ61Kl2Q+
jZxuWtjjb812RXxGX9S6iEuHNPFi0STqFxIn7Sqkhl9oaRp14tR+
oAjJJVRWLYUJom70ThvYh7KNODyhmwIOGlqbpfzmvcBMZfAuPUN4Joxzr5rpUPZMoGi0yMVnFo1BCBtSVDnrz
akx1efIvToG78hvY51RRBtjiHdyIkkX3fXASkKBQYAOtdas/j1Kf57tnhJ8zYp84Jgv/dm2tpqohuY9b+
X0blm7hJ4Bog6E7qydaVF0tjgGZdsHGR5eY0jEXcf25WcPVJ8VcvfRzj/
IYZIG7c8edihNfm1IxruCfMCIpJDw+3w+Ij1Zeyc4loEE25rhpFqgZ5LPfkkyYTEdYrYQRM1/mukZcAxIE/
MeLsusGV2HbHIC7ZvY4HzsAg3rvbplNk4Akl6EL5qSXNBcInCBIEfKcig2BhkOufgBxBoEpCLbFesWG37WQ
nI8BFkLcUaRBY8kanM04W49ZtYBRfBB4SDMMnaWq1Q3PhY2FuCReHmy1CkzIcWelgeWiY8nVw0VbnYq8lMR+
VdIm55PHfjZt9ftE8v+AFg6GK/ark0h9QIaInWaLsfeilJLanjthZEgeoojOM+
zuILOu2gw0JrSKN5nK5VVbitwhPWmkVtOuPy1PllipUHlN6FythaIwYfULLiOSYl2VV5+RlptvVF4D7i+
PlzOHhBPTNmT6BeD124jbXsBLN1sHe8XZQQ/
lyDVShQNQWgegEsA070jB7FwLD881Wtyw4Os1kSu5fzO9O9HNanXxtKG0sy3DRKwIDpetzzir7TAoQNdabf+
oKu724w263ui5nmS+eCnivjwW/HT9+cKFufIwO07wmNM+
zUJo7efiOWTvqW7Hutstbg1Nsi21I7w7YLWSeRVNBhLPlRV/g8nq4F7JhU/GzIQW6KeHrS9+
knRNJDJLVnntVCVZKloeE2dIFQNbbci7mUMk27BKWWEPVR4xKSbQgCBDa42w1LxobLmGMOo7unQxdfFfKpA+
x8RW1Zi5B4PCuvcclsPIvIT6hTA3hHS6uSIqjBhEZamnAdSOogw0kqYauztb4QW3mDbBGfAspqZEM9kP5ZeB+
pi444d/tot5204j29DjeMawvRc1RaFFrcfe2AMapFY6EpxWcyXAxRDyjnXf87EqWu/
c2zzuEb6opOvO7IJvuJJMa/V8IE9sT9sz9zIl1JkvKvZyEqUZrWc6+CX2fiy8yHvZhQeo/3pBq2p+
ELZk7AVWUlZXtviU11RSPt1g06Nz45SdkArwMYMH67fYGM/5OX9mdtcKiGYvD8S4YfTONDP071/h6JmE5lu8/
K1QF2Y0+nFTyOPEsUlrBPGufoVj0zy5xXp8Sl+ujROZogSr4gduT4mvL7getf800hOBg3exFdAqC1xRjk7/
f8zpHkZqcnw7624LljpSuuVp67BwoZxnDtuqbYxr2ZdDXn27AnPa+
yXIDR1643Xx9W53mGJeYrQ3ccn2IbkAS3nvOpsXXSBzDd1h4EMqefMfFDVvzD689ywN4ow2oZGxeNo8FtZUD
i8j0yhiqCO4v8SAwCgSr0yWmkxg9iTqzt2BC/kSVmc+
HwCLukVXtEqXAlncTWSNup7DGImfrjSTdMowa4u6MZ4f81O77K0JJ3SgPHMJU9UH1wqnS1/
E3vlAtpG4D3PiyzZOtIM5m0mBcvAWqhllx9rtLXmUAeOrYfOqmsMTFuC4FpQJhC7xCf50Rja9zCgc1qNJ7Vgj
o+ekrw65XeuuFrxiVsDyDiKZaVZQ9Xx7yoB3VTR2U0WiQZL3L2UieiIZiyNIvUd9M+

myPJBuUefs9xuJV3Q9zSOSIjoH32mLJhdujJgqSErz13sHNyPrWCoGsq1J9DeWFrFj8gUXWFiohopUp381V+
irGEor4b5aeXG8GDAF9NpnjQniOmTPabVdWO6MqmImDamf6OHah4GHe8Qzukjzxsr3AZ5yIHMiBHQzCvtn1zn
ykrc4+5gFm1aN5mjKsaT8rVpCoxA5ZPlkz9oQXyaV/XTDAQDBbj4WBJsK/
D6CPlldFwRk0GnmjvCh3aFb5Xhmg4HGU4/
xwxYx0stzT8HayrN66j3A2do8kUkjAYVb1YWsV8Z3gwbJZZ7hVABRZZraU7bRCFcFFZU+
M4af4DiHiwUJyeFX5kVmgClZ9sAfMYvgK7+cTiZ17RVP2+ahSLvPKXLj8Cg4199N0ghc7aRWDkY++
YH8Nv3yOc3AXQa2q+/B97yKBFVJohCNecrcMjcmcW9fG1tn35+AlxncRf/fN9/
tg4tYx1j9YDTs9LI3xrchSUISb8XtdB8Bp/QCG8CY9tVn8z/
Ap4lIc1sUNOgylM2ZZeTT9ATBv0TXUCeOkTgeqDEnm99ytPOXpGr2tS/1Lix8QmkFaMZANqja4QpcedTY100/
gFXR2dFDm7ukwU1lQK3g+
SUmS16ETq9LMmFqehDJhfBnxjDgCD3u74azS4aAsV9yPdJQ805C8awefLkjJPA8z5a4ixryk+
JwiOVLkhrgx3iqYnBFh7EbufGBvpC2UfVa5zTZJgpbSoU06+786wVhWcBcnTNI/TKCmD+RsAPCP6a8MN3+
5mFebMxBtt1TJTupVYiOD09KcXanSoeTBLpNbLhz7XqE5eGEZtB6095SKYiTJWwEC3iK5OI6NALViY6EQInIX
x7DQ01qZsV6oocNuvDqFYDwNSMVSUcAzXNzTMin+
cYcrrpohr032KvXwS7ttfhN3iVDCifRL8mB9X61Tn1Swit/
K0qQ6djXFJInPGV1b3H8bk6ahdw0dwk8bpU4BqUkdjeplcTebohNNT45EpxN9FZLlbxZ8agSPs4sDkI7U4yYi
XK0hTkXfYDJRY22KrFuZ6PjOpSvLYor2+
GUlVUMsJ7frEYu8eneygliXZjdM0UYmGAVSKXsPzZUfcLseifu7P1tShgSqN+k/
wvxrYo4CG3QHJDftljUAKjJJ2QicP7PZSLNKj5PEkfXVb9dXItQzc3hm9FDcPOF4xEJNwS28wkibLRMlok1uc
op2tYkH+/7jPzFs+c5aWg01IMPPMf4x0cxK/htCPU/NmAOJOimsKR4JJIO/
Fh9SzqK7i0tFyYkRPT9oik3MbRBfCzPTHTBHrx+aL1zDgpTT8gFfvVPECzn2agCszpzPn38NeVf0K++
7YOtZQ2PPHbk1290KA9mbb8rcFnVXC0AWwqN3oorLzD7UOsifnEKQTRlIrzt7pknWtrnmuCNFTjpyrgGAVn6D
Ur4qJW9/T+7uH/gnIfhhqDhR8SkVpnsiIOk/WpXnEgLKqERTx9VXDRnCCGx0UNcPmGuS535gHlYoAJV/
Bfvh1z817LfhTXBVDiUjQEy1P/gaxztrcyFphto+uCB8+8nllrco/TOj0J+
VF7PAvo2je1bDQJgAR3mEJnu2sPQFteEbu++
H1xiwFZvsLYu7HegwoXZkO33PEhtS1TNrdDaHWncoHLOQNSr1kJEXxMo7vifiG8Ag5Up0ACSOsj9yH3SUnocC
jzGcw8YxMoRu6/zdzG1la3N4VT/LDS+
hRjc3E6FYEOp8JG5d6ZcWQnIzlnIqLn62JpsbTIes2SWCR3vAf7YDEK67zOrY4KmtxO6ejt2lNahUgy0g0Si6
Sz6IUYBU720bjtSut1LxZfaQdqdjychCHakwZ91tKWDv341UUuscrVVuxKc/V/
9cgDZ80M10TytKo4KCEnhXLR6haJ5h1EdvYz1uGPU2UXrqLz9sh/lvH4MzvClvZd/
pdNWInqjDR6lTCLs1BF4ttTuACGj4Mh1PwZXvQRl9BqFfAPhjV/2Kv/
V8hinxngfOhdqFqsSKc570agWGB8F1AzPUj12/o0HqisS/
qXmXQJtRu9RcQX8avjMJQw0rEv1p5LpYf77yEUti6XBGoKF8QXdMwF3wzKYrhVJXJUn6Re0sf0dN1ajvHSaHS
LJZgBXZs6dA9S804t+RDwtH9VugFS1PqhV/dU2i+t53w7wy8z6oSqUmSm4DBGzF7f+ke2PNPU7+
tfin7kK4GFWZwm3CK062eAJd3kdTzLk7VhI1W7+Uy2d/X5IzVupq76GJgY/
NT0TD4ZJ4g9wNTZt1m14dVr2PIHHUScJTXuzC82oSfVhz6QfCU8m75tLbtwYPNoWbLkTwTARCXubfnkS+BOE+
WIfKCR5XzBR2lHxnuniYiEor05sW1cBwaBYoQgLqIk5SbpG1hnd/
S3JuIrXzSdfRM5epUMTw3Oy5wAHKMXBGpn6eW0FPeVg6j7okvEs7sA54hJRFBisNprW/
zRlZttrtolrS9EVfdh0pjWorhps/hgrLxmSKs82E59X+PkWociuB7PddLi6HAv6xJyyPSnrZy8jlHqh4r6LAL
+
E6Ubc9eFdfgEsGpMqQO7zYg8gIVXRsbd2Erpr1sprPeIyUbkaBUJPoOuP9CpCBHHaNm0fF9N5y9mVfzkieEEK
udELuVaXnXoAQP2kOEH0BQ3X+U8vOTG5IaQIPWWubb2FyEbp+
7DQtooYmO0P8N0LTXbSkxzq5QwwkeZnQxdzjEO5neRHZOx7+
5cGvp9SIMf2A1tvx1UySdxArXAOM5bVWCPTWCU086m10L/1WkfuaROz7xSY3K28uV14nfNskrdBr/
Px6T2lJe13QreVhpEO5q2+t0N3hd//M97hwRT20Ym5Se8nFvkksJkYz6352m+/7ueyLs08RB2CyQ+
lhCGV23DozTbz86c7mnUDWHHLaTbNJE0tyihu9yVxQQomUj7wBDYkKwHdBF6gxq5an4ryJtoa+
YwyQc5bIYHxLBqBfWOnk5SNVLP0b8N75N2qsCoX+4fSThy4bk+
rIwe29rDYw2RDBJ7AeuYd2WoBsCmn8wECDZzAUk1CUAuHNGg+NSafBAm9Y1A60ia+NbxM/
vOeOiJYuOZJOeP1TH1lMuXhSX8g9GFcpWtHviYtluyOrGVwRFi6uRAdyt3timqWw10iKEHVPNRFT+eL+
9zyXype/RJ3VpcfshOLUveoJ3Nl2YXFIUkSf3rksLB8a5PZgjvaDbfsUC1+znJZJTCw4cVBfaPkf/TAvmZY+
l88gyaxd6JLaVoV66vzMrUzq0gNQJFVqh4Ppx0yL/TwN5LB3xLipNMxSerwK20ipvcg6Re5sZovOjPN+
lhi8RCsrYKz1IL1F0EKCnFLRfiao4Cm9V1u76dSuRNxOUDClybyJYW6dDnuqDNo1EMeAqzl2hi4kFyMl4J2EB
nZ/WUrmKPXgFeHoxltfVxSVHYhCNwYE4n5PCpz9S7I8fEWJE8jPpivOrXZQKsrTBGE/
zY5Xm7zt24bbhvp3SFke+ukzmFupXKFFa3seM34gNot+
CjemSuzk4KQGcQGQBgZxEjXc4q4jkI7J9xBSVNhq7h30P5i2mahFIbDHVtN2x9OZVupf1sN0W5CAiaew+
XjQ6fJ6zrHBHUZdki5ohejQarYXI2uagrJzU9dvN9YdNyfFCecxroWgaEjIa/
lhu7yZFo2Svvb1zhHfLr6E0Pp+kddjh9yBaSVcvz9GdYrieSNk621f5eX34AqDRXf3jw84GzY6xcvi3qXPI+
c0XARvAR4eVEAABDl7UseHw0i+pnpRHuYBAt1780C/cU9DfONbcmM9wRxgrP3952FQ/McyxKgngLg/
BsrxpPA1Pn67i6ZMJhHAugCkHtrwVxaXj3dWdme+6DY9ZwNK0LT/wYA0RaZlGy+
VdcF54uAtZHqKjwQFaknshFWEEISGkWOvmNHQK0ZTvks2KL7rw1Mtm3COKYQRg/
yKLyJcmocJQDTUJ9gf6VujcYBaIGBoWukkpTJ4q+gTMxGa0BUahoQh3JSpvyRj5l2YJIQnwezXK7bB+
RFKgwjNJFK/
9i15kMsXoHzpqCGaDfx02rC3nyOyWxuBegMOpXWFgQoq436nwG6xrSeHiOuy0LsxdTfniyMwRIBoNtYqFsRj8
RGvjdT8IrBmTPoT5J0TEdZlyZcbQ/
r81Um9aZtyaJD8uFlrfsN4r5HSLJ2p8fWXGHCxz43goWmIPsZjUbllsmwQadzrKEEM3hK5AD/
MI7r6f7vkFiIAb6WGQN05IjkT6CqZJtPks8WDxhLWXVl1hhwvHUvqkQ7QtCoRNIJDN4ovsE9OI2vwkR3oWL0i
Kky2dWUwNdeagziKEbLB+
RipmD9NLrCj8GqU2uRo4QzUYfo3RsiS9tnMpk61LdeLYoYr7s1Y6GbEZAcNzesqrY6TjarVfWlFns2lrFHRiS

3019... bzTITrAsJa3oS5jWydmshmnmmzGlKVtjNknjJcb4+riiOilfe2Bgf9b8bhIZ86oKayOz4
... FvJte9sugmgcKYodbJFM8Uw+j0RuLavnfFl7hrZMmNyw4tyfIVjFktg0P6q/
... bpYUNXmdcxbmdKruxllT2jLcnwqQH751MyZdHXjTfJx8jZsvIbfIwcNFolf59C1jYnGBblRPM5fi3S2oSPqPA
MV+
... 5P71NLLf2eRfGMUzCgFylYn8uGLmeqqHBnWf1nmStAHQG63yveZukYFZ2SUGKpvAIkeuVIoxMV3U6aL4HlPWs
... I3xyVy0Bl09sjIFeez/OyzyUfrXKk7Yg/xmDT0wdYjXqUTaCHNTEUUb6sQyH2zoabAaKE/
... CqVCsAQwawcdjvlr3HvEHM4iQ+7aij58StsczOJQAqfRtbuvYZzEdjblqAENGhvZ85Nu/
... tV8OjDYYXjZSnreIJuHbutoNZpRnLP0jWT3/vAYuGeIG+
... rgxrDUwJ4so0rL03YkGeKy6o7YuKo9B6Tb8CD4GG3EbS2Ch+256H4KNz/Z9S7FRtlAAQlHNJxA15+
... JFDqqfKHVfxILVcgHGI1KatXSxMdjVA/bmy8paFJgUhTA07+
... rbljtfPprXEnNRmsLnxdzQ315vineLUCzwh7VbnrGUKpRYVIDwStJ1gDAgfZrsNJxcM4+
... P4XzodsmcpfqElVv0Ok2uUIzEn07uUqmBY+b1bCu/uUElmpt/
... sJqhIRMggAIS1AqxT6OCssUbzhOuXQf0ybxtMYw2aPScmvUkJk7hvjuWaDW1pi+JlQo9+zRJ+7Y+
... gDA3xtFnoAjW6Jv05OIcmDKS8TG1YyyU2zTYjx1hJ18F/5q3AIINJ5eeAE9ej2VBkJ71MfT/
... YUOE7ygill14JD+rnDsGxHxwqSzF0OFnni5/qvDo4ObJ20XFU7QP0bbX34Q+ZfV93dpPpK37QI4OlQ/
... jMbVSUlIZccZMz7kjoPogIcIBrVzMwRopCQRAtXNRJ3u9cZHAM1FpOIeFsuKrsw4R83jRYQ7c3szl0PV0v9gM
... gUcDEb3f+v+jTRG5+xIqv9PgamXh4A/uZOxxOch+4ncJzmKp+Bc8cHyr/gDXnsv3LtMrkc8mYpf/bx9DGUfK2
+
... 0DSLvxMmf2yXBYupedsp88I2DAp1vG4C2P0RI6c7oIO5yfyijM8ryDwpBlrUiUTiVvUuGj4G7hgMuIeqwsmkL
... Rl4/O/e7Sp695BaNZ5qHx5uqLIt2n0MvSEpwUFES40UkX18ztmJjNLdxu/KcVQQxp3iRnIxXZKwXQl0iSBP//
... /wgkk0ndlDF24PnlUTTENJTxtcunkfnM8oMu8uT7+afN97MBzoJ35Wv9aIRHRXZgWByxIxQseanpT8p0u/
... kE6qqQzTlfmimj/AndcT45nzF2uqYFEy3Us0SRx5VTWcYfNs8B3ogvJZ1QcAGf729xouvW6cYoC6pLx0o6L4/
... SmSnKeFrjIfReMSMXtrSrP5WySsFfmL4mSwa4/lMCQadoO9EAQ/
... WfmOqpUM0VZrinwgNJbQfTvXhPGY9aX1ijwXVIYipUHF7OuFy+
... 4Grkqog6N9huta5CvKoAsCqfJfbPpSahzlgLUka7/nqo1Z5oa0edl1/h0i8q5rIKpUUO3qkdwkPmAvBogKe+
... M5rbaBrdFHggllLQBCEc3COfQGyc8IjMPQVLNit2YZp5uXfq2SqdWbqntQRuzJuvJJNETiyoj3j1xI6nTO/Q/
... 316cs8hdIf7buFoi/
... lEPB2JixtPs2KQNY0G3tHcfAtri9QMDgzAPet8KwJd2ZbyVGjK65VeLyBK9tC6hSFXwz5bMljpqn8BI7ozMNt
... S7TkQQ5H1j1409yRyc+++6YKTD41B6sgvXWOFjoiBX81yu3yHQKWiBV4ytfOL/
... d6GjtRNQgZSod6TfbcWFV6y4jD5VFz4Hmwda80FDLmfy6sF6qgPocNVLTjayQpOxlfaVQHlsFqQxknxgBItDg
... qiAKdd/thWlMqzbN5HzMOXjU00Fanj3JnRABR/6EyweFhc7Ljy6uKsF+SKIINedj2+
... ZES1ypISdXytoB5fLLsyWI+3plBwRe+pjLs6g1QoEhaWpR/yDZ/gNUbzYmZAwtzY/
... 6v54d4Wk0BHeOam5gptu3/3mXv0oxFw/Ffg4ZYdUVnjz2YTxtQ73wLkf+DwM93VWgM2OMtS/lnVWm/
... KOZ6QeBgtLpTqym0d9TDFMfOtVO+
... FwHawybslXofdRilnN0crjeOVzolLVP9cqYjZPszcoAKrac6mhOb6IkTFeFGDab/0A8JN6p15bfWHZEWSbHy+
... acUeltAS4IwUtl/RqGQxr51Gj5NdGzb6LNTJ73INV77Aax+whRPW8TS92IPv8zwLUc7d+
... KGeriwO6cm1BztTVIaqgR1akXHCxF2Rk3h0gZUVFlw9cXqRzLXlHPk1QEFAltDHrlnmiZ6P4HtMRhj7hw8Z/
... 9HzbrJoRNcTfUxLjAaqRw4iu72Oy4Ev7BbbrcGVZdcpo2axdkHCy8sApb06xWvQj2F9x5CisUeg+
... Tnq8XU5jaaCNOgCIJtF2ccNrkcsEmA3vb34toVF+
... 2Cffpy6Jg14hfG0hsNi45Y6Ephixz64ezcH8RUB47DxuSpLqbiPrOOteteKyN/PYwsybhF0lm0wBHZf+rvQcK
... +VAQqxqV16iJfyzR/bL9arIEGkdCpfN5wOcpAItdLxawXj36dlvufO56HlHGxW/
... vlTBlloI3wWbj0TnE64ov6vuhvJsnKNtrrdclmxSeirw6JUrv8QYvUtyFoo/
... 3KyUtH57WSQWQNY6yALFlbjmWWB0MGmsGixL0jzC77Cmolay6bVE736Of9BHkr8u3/Bfx/
... sBEnKijPmMrH4294+
... vWqP45frhpl0ZbQS1NS6u78sVgNIfBLgAqR3f2VB5NT8YBUi69hqFKaNbrgGHOYNrRIdujzzKdrDgBrOXoPf+
... 7G59ad9TUA5rE8VjqGwvp+
... 58OZo0KjygUNChyoRm6IACCJP6YjWIqH59P0ugLz4luYwNyw1ydAKYltAuQraCoXnH5J4p5DzFdoLHUlGaKMU
... /mrYFrBZ3RU3K34VNf/DYcfLWoclw7yjmqO2JaoFV9CexRfRkcnthUp/6GGoi7ZZAZI44+/
... RKn01zbJr1TzmQUIi8qnZpUCCL3Yw/l5LRHsKvnFCYwh/+FJq8QDZllaJ6nUCyzzsvwNSj2v06vzw+
... i53Jtkcd4jZiYbJM49TbkujjK7U5zjMerkfloJyv2zUcVtKh/
... dw2VfCXlW1lAVOAtn754ALxE70FQSRuYKDXkhFlcFqbClQWYVQ3CCWdfLjv6hxlnARYAcBRXiDrMi+1KXEpNu+
... QNwGekGshEuEO6VHAUExnyOnfxcwzK6/6vgeT+9JXze+d220U+RjhSmfw7zLkFJDllWWSU+
... PBFKzHChurxgvhJyJYvxH3q2/
... Eclb4E2LRh3ahETQcki4fu4a65rYaP5S8cxu58AxvTYgM4wXf6CIZjgcKbiWdabsg93tUGQhJNCqZHUP+
... 6TETFtakEB5hZhESM5rn/4Z/RwkBRZK1yzfSzHylaNZqLGczYadtJCT0XKENcXSmBWnJ+
... d6gPfLYJaXduubOQA4b76k+OkMAZIMGIl+
... jLkB7Z83DPN0huHLyHQ4mxkEKx3SDJLNS5IYuYV3tOzmoBdObK2OHzbcAxdde2uzRdWwQlH0yO5/
... XOls8vM38T0/VSNPL9aCR/K2UbI7671hfSQe8JYwp3YCcWLQzRTAgoMfDnuhiCmhwEWUt+DcuV+6gXSo/
... nuA4H2ZWozmAHHs7M4B5YzBFkwpPlTJWSBf8Xi/NPYqPjVfUuYDNd1AqBmJtyglGxDM7144OD+
... PWJWdXMlLtpEmtm+raQ51a5xxJrT2hp3KmHYJmhabD3U6tSt1zRV2bfe4jSUu+
... 7gPB3HUrjC8Q9mUQ1xYtjnT6TLkQqkvRtnQD+KalsaElter7ste1Ziw/
... IGcLBvDcE7Fpk1kyeopQvTxD33ODpQMD4yhDtoHgACuze49RBFEo8TOItRWPqsaI4PNP3dL95+
... Cmqd0q8IXDI6xS/jrW3mLH0djtMB+y23eMVvw7a5B6oeHQUfHP00qwl5rPK7KMEHAwftmxgE3Eiab83vE6+
... dCeoHNEjS15pcNxZ4LqARU3PVbju7osGGOQo4iGsZ2uvuMhljPIAAwEiozMriaqrGN7QDDN9rzPMDvxi2Q6cR
... f4mPNdeoMwEb/U89IY4Ll1lSTNtnWtIHOF/MTYmXaEKZWqNM6pmxNtGPXACEM28qoFnaP8eY/i5h+
... DVAblAP60BqaCcEDHdqorZanV8GH1VQbu39jtdlZFUnGDws9o5Ya5K81vnL3JREF+
... FzsoueYVDFgeNQj7mPsMcfRrR8W66MUrGz9U9kV555NvV+X+
... XQpuvAZAaI2LPT7HCXcDYbF7v102LWYdKUKIW11dbrQnLh53I5W+

3019

T72gU98Z+zqdQYBk93mA86KjBZko6SEHWUu01iu2tJiIm2rVyBijHRGx59UfycX8011U9QyItfVivtkVLlY
KRmckgRajTsbJXxZ2BCFdAlctD+0ZYC8+iHGDUWXaUFtIkiLFHk3HNaRIjX7Q1Du7+
iFKlMfnNkgxAlDe3bE9iTCL/ApxjYUf0JqGfmEVrMltDNNgjHtvEJi2cSzhNA2ynCBw5mR7LzShdU4/
i6giY3l7h9R/L0Zcqs/L8KvUbXVYM3PjQJ92ATfgSIJyyDZL3fv+PBD/
OJazFDlvaCHwlsQVIx5J8lx0pRsuN0OZu1eneyRXptcmbRhvt1JhQ5JporlVtbmgqyMHIp6/HnWWM+
nkHzjSFf/NkTy5qBCv1Hxe0MeJEFe4B+AC1wLGOerQxhSp0bqC3qxnUL1DHcN4Jhoh6Vk8e4nVVxev9zG/
PhWBHUrj0KPoj8uQ6fSXBoC1UXQSyYCUi+
Hxo9BnJi46eMNyKodsaE0sgjn2AOhzRVsG0GT5z8LDbM2cNHeGwoM1oPb49gp3TN80lIk08wlOLHwr/
5hBMHrmT2b1Y4F5oxlRqB8AlL0RNyKnv1tr73xcYit7kn+iMyu8zEh9+Xt+
xDCtOYfjL060Qa0PjOrBmIeXH6ny7oDX2paQd9l+
7csN9QBiZoPKGGwlt4M04tBn8Lf6TOuiJzRDo9PbvE1L2NeKHwoDSgcc9o9YExP3NBhSHZ6Nr/
hnKUt7JIwvXb+fjG93pDzn9r4xzgBcg8MfGAUO+
xq65PVrPbeCXzOQrUp1oQlDuz3ab6hgvWVmN3m36P5BQhkzvouy2ST9ifVnMMghSNIU0SOZkvrOXL3qgO/
zlEj5c/Nu+pwlGrARs0za4wsWLloRZikBzx/FdgIu/
NqjiZlPiE8DYwQzioI38LcJnt78LOy4JAqWdeSKKwQMN/knCQZAPjGjd8C53VM/PDvh464rsyqsgBvN4tbA4+
UpfYwCQPTVbnQRkxAHnx6aS8launoRXr0MWsrOWSqkfWCqaDkBDc6B3WjpGnefxK4wSYmu1keNhCudyBWyH5H
+oQy6y2PcZmy/VXQjALVAEhPeJRa1SGoqNQRzdTaYk4jcHsR/
4hOxwEazvZ60s406MRHdUbFvkUNYNAY12FWv3cfctf8LAMJgAK40cFzQnbLecBcTswWf3f2SkCpGkRcwj2Lbh
i715RcAUDCDyDyagif9BDKGBWxiHu1O6hTmjmAq/
ZubWvMMEHGDw2vChiICzM8N6k3mSNzJapQ4fYzxInN5dFQHPG2ngBpejBaqJhbqCLVdO9azKKOVMhoaVvxE0j
1YVcC9OjBuvaASZ8Ua1NY+L0V6X8x38oAWFaq2BLUwk47M5Gts3S8GzcHd0tXfaLZk86SpD12qZuoZHGv/
zbxhhTcf0kdBEBQmqd8cRtiG1LDXUX2RVVEna9sa+p1mrw9loo5tsZ1aVdf8ShPIKlIwa+Pzg5Llqnm+
sDxwk3Twrnn/AZufWZtGEOlNWkMQtPYPegzW+brn8aGnQYJevpxX9Vo0X/ykzo4XJ69/r0tnUQUjIqdneW/
6pXdxyq/PdrgjFm0A4kiZ1fImQGKxGiy8dYo7SFoa/
4SP5bu0xq6133wD9Nv6sv4gkKq97hywNnBxTJDHORwDMVBNQ3k8AiCRazKHHD5CUz1iOut2XS/
V447URTxN7HcyRbqA2sHBP5RL3AaD8P1K5eTqIaiJDgiEB67i9xfWYDXAtNvT99tIKO+
jKIO3ATFqDZe7iJV2xIb7912jD88WWDv+
utGlsrMMNrwNlTJeM3F5tUxg0CdhVPM3q2RZWiWrftP9vDYQ0DO6GyXN9g47j9M3Nu9T4uXl1hjLkYGu3g7K9
x5jooYHtTbuOkk4G7cjYW7lSoWaXbZS0wo458d+NwP8WtMX5HkOH2tBbvK8OcOm8gqiFPL4zMtAz+Ha+
YlptZCTHEHRHYCCVOgUWGnBBX3saOEBt7zRzhlX1bLhJPZ4rJ8G4OVd+
gWWaSSkdNM8QNMwuDTjFbfAb71U83YeZqmNoMCKmVKMI/rzzIbtJsjsVk+AG6MLwowycvWzxaVxWRZvOZAM1/
0JXwjepWfgH8pPJDNyniz1jwqW2sqt2yRjzwDgBlMAFj7qD7S7P1ATY/
9QVy0fV1vWgiegEPRJ8ct4NEvoMVm42ssE5KS/4oaevjfMTPD+
rR4EFYwAafJ8KmffpLfYJIy1sP9LnU9UYDS6lY+aNMQ3UbjJTyvz9EJ5jc6+
1Xzx4umueBh6WNEO9ECp9eHTal5FRlLseFhaCcVpvyyUMCVwU/1torV/zceCdT/xH3U5RqGX2Jd/f4q+
vOeR7tIXT35oHEulR+iGxJdZjr6zDwJNnL+bype/X+1IpzoulGFa+rHUqq1KmsJIhBg4T4NcD+
9JBboKL1gGbxULjC5RFb4xLzVnAhCHnbZY6VSBUtqP0vquBQT75Pr6a0/
YSE2gqpGIXjmpBmDRHtTC2cRw9HUsjIDdHSiylqlCg5mKknr7ZGOazMqe/
SKvAkXnlGlbHqq9oNepNW1VP2LHqKiTwRziXHDQOZUSpReO561An0HXToVXv+
NZmNI4kiGGEso5iaaZwmpsvTVj4qIF52PZtAJfrWh4g2PJTRHTCpfRF7WbIdobDwpsyfwMqj2lCdbTmk23IuN
UqeJpmQhd/By0wu5B1mFINlrIf+B6Ofn6yNaB21/5IL9HegAdBvyJZKPL/o8UZN9AY61mo+
u6xkVp46iD7ChLOpILGr8zjW1amjU9rm20CR/
XXgeANVRvyLnyUQ0CIy9YT3pn7EBLfegVHmjsSQjoDMXnYkcIKpfk/
XVUAJ2bs5gsDUGkLKzpWgffjZPzmW0N1/
qHHfOOAdO35I1YGHFz3gm5W6WVM3v1itV0buVZApgzdqHmZXdowT4HT5yda0v9v7iitKb4P3PwQWCR9salm4w
ypfo3z30OTxnf7kvxsQdb89S8MOfXHpQzg7+X7YvXV/9r/RHzeqnuzCHDGp/7JYWAb9F/
LjwfrXbmnLk7o9JCoPeLcN7fv/uqqXqrc29/NYovmske37XHZ4t8KE6CuLYJC4S8Wjefkc1AKQyYqzYmtV+
Elc5vi6X0Fb/kWH6hmmGC8ju1GRr6KqcIgbMoJY3yohYx36RSl4LF7t2TDeRSitBwhwyTYK1ToNCBPMzenJ/
awBnPCjaCl2GMLupmyrmW6OSkgH+l/8EARsmtnFf1g4otGxvB8ZrJS7eJLZZV7JkkaRbcI3vn2tfR+
31x639TkyjH6Ih2QIz1jR+ZpyZ77DI2puCqHJmlfvvODrD/JpY6pcg498pb4+
2cZrckxEYoGtFouJPSlqhSjgfzCaDNyqSf4aO09y8FXv2yjLDYOtfeHkr/
Jx7m7UFxN1ub49uoeY8M55X61qAWG1U6HEV5eR/G/
0jZJ1GgWiQRR0YlUT1V37SqzIA3D5V04dvfIt164C7WNY2jpEdTfzh8KAD5SZxSoA11gNWBq1qqFNs7HSQdmB
9Rr3Pv2fuug3biaMBPpb1DPNPggv+u+DsMIeTOSF8A62k/K+
4dMCjQ38Pu9pxqGm6AyXyKBuBaIP88LXEeEuCWW0oLHXTmmGkvB2oCx8tLk5CUG7qxW7RgFmmC9EoLC2WryrS
jiugySHwdUpeDAD7Vf4k9foSVw+q0tnSWUGofznY1+
KDMrUTE4HjUtjyhyDxeCdKz9zSopMC3POyR2lfq2Y2fsfGDevuQ36paEGBFxPbcaiSJ2hNC1GeMv/
MWW3YUFXYH+2VN3l0149bmrhBOHYpksXz07uGr6Y4BIZp80rYzEKNRnV1BEuwcoCu+G6Y/
EdRXtCUIOCWL7I9Xn+iwgXp5k4bNaYBLbWVCOD2c6rWPpLX7WaHGeOZGP4Uj+UtOTVzEmGMYsrsR/
P44DWAZnOrvVTsZDFkudHhxcsshMVoSXMI4L3gVf8BSkY+sYFUiAe55eXgXLn/DTe0D/
hpwSOpETSfoBYtCEi3lGxU3sEeSPLM6bhN/mIdDYtjBQ3KaNXXrv5eZ+G8miSyhKJprKXZQy1v6+
OfX24zU6LjloXHZK9Ts70KGepurg0izssUvmP8ivu4Ec1fty9btBR4X1b7xbmBSXNpG5z9rkLuIlZBdWdWnK
vrOBXADkpPNxe+tH4byxDnQDLaGD3jSMg6pi628buPnx4+
v5jjfpLtXZcc6xRcOh2v96uLP1HRQyUF0OLKLgaKqXNitVqNayHh7n/fnGiVaZOs9x/
RbwTe5NSzqdVCYJiZpoqxm7G1mrnm5/zK2lyf/wBr0ZFaTlCc1800JSP8XFHMSy4IF+txlQol6/JWo+
F9iBvR0D0HU/5KUTYx5Qm8cSpfwlJrKAXei8rALynf/hQpTLuFcy7Ssf+V7xQs1ULpkL0sp23O+
6Qw0IvZ1TpXaemM6ftvgbLzLa5Ys/Kg8RFzTNUlNQ3dfMcOeqn5oqkeFuNlUN0/
Fa93jQfgVszBYerS7U7UQ6e1s6Fp7GdP3YyEVD91Ge8HKolq3VQpkxTeqctKhOZBmx4/

3019

```
AzDI7y2sBma2tceySWFo6t2sh28cEcoWcHyHjdi4JXlv8TtCqQaRNiEX8WgfX8XM3Tq2F9fm/
jaz5QVqNbLLFIB1bKjCQlk+ExPfqxj600faFvlxZBbMGszgstnLl9quuehkWyhwhg+
SlqYmWb5FxSyuZqHyaFtZBFoNiRkZh+3WPhfCdpW+HtJhbhVTvEOHCOLEvcNCgnt6YGdw6LoCx/+
XJQZ3dXxeCd+zQZ9VcAfXgx3tcjLCv0cg3GFO3hm62kqFwWy9feh7svm7rgHEK4d6hjaa8IVTLfWAxGccdKCR
/YPFXayIYTqX+
S4SHhuFO4B7NxoF7NkLgZhqScXlLyg6me5XsOUEN88s1yFKKS12ZLbF4DSeFqAAl87Vlq5mgqjc4RMZuwNpBM
ILwBxuTAXFAgnye7mHzpAYz7cvSA05vFCD88y1oanOQfQYxnVxCTRtDK8UEs8wJEOsLF0yU88ZVLQtOyNulX2
5bJPn0CAG6asDNKv5HAPGEjX+FlLAUK5VXM4h0eXFkZpRBDHqWMdzFYyYrLI92eIw6hCAQNyG/6zOYIZGy3/
RqXBt8OgHRDHiQ3KDvcp3ipxl84iYswZyvOhKv7cl9K55t2JXhCwcIHhmhsqUdpOfBAPvvMvEfq2Hnw/LK+
vEafh+
FZ79tdXpAfoo7K6JfDR8vPDcH4m8oYbwwlP4SakTtX3YitEWiLxXqHOaReMCpwaK67MNg3ESdviEErmw2G5hA
+cbbTCwltGvG7UIxteWqogciXrJ3PXwRpCPOzIiENRkLxG0OFq+Ahao2J1QilfNHUzBGTe+
WJloGxmNWOzMgCEkq+PWeO9N0po/CGcNU4oNrP4rBqKZu2GGtSAAirZNZ/
0z15dW9lwDWzrCdtdcxA3VbPfRV4zLb8XsaIBW3dgl3v/
cgYWvS6yUCdhlPJPv4Ely1EOeYeFaRrdhOlEcrKhOYRRGGDA8DN6XuNkE0STVcCNDCcRTq7O/Heziacr1Bw/
qp4XsKlRzAHGJ7AIq+QQviM1U+dNPQXfa7xFE2xtulg5T+2+C+CyHp22PMPE8cskuxEE2kRdNj3Nbjjt+
YMCkdeHxnM6MQhSeE//LWh1WooXH6YGKuEzKncVGLNAHxlNdDsfXDqJGYDkI4b8ENn2CoYvEmb5fO/
4EHdHDeUV7cLgRLVpHQXmSwYsGNaN+
rsua7lloxQRcqdGMS5BxHI4bpv5qjON2zCBLPt2unA1nX7m6mYLaKhrvPc5E9RfLtgmBGTxB/
W01fMHGDCf9KY65v33TUDHnkK2Q6uFixQpidPbPG7U6PvHgostrLKjEGe6ebpggHWmy1GLsoZtW9/
YXqVeNmRSP2qBC9rJ7PoKVq88GQg2GtEt3LUAt4QkDuERuxD/
PdbKqflyA89EqrLVvkLrFUxoSE3o08dxQX1eLros/ztW2QSMbYouLsNkuvU3CLtoxLUt7g0q3aOvV+L8WHbM+
Sy5NZQXp4Pdwcgpidy0M/J2TLr2qbisymFk6C3/Dtkxxgpp1VL1OYr2NYLsWgy/rNgVS+
iaUsKWzqAiSPvg35uzQOp7hzmrMVUsA05mHG87fDC15hPc6rOAWupJIyiQxmqJd7DgnvFXIPZUFCqAc
ObBhqleq23G6BsNCyymdlTnKDqTYi/99l eb7WLwcU/
relZcTDu3svJ6F2LsGtGf46vds7X29B8jEC2eoMlf5ukx7yIuNpKTcOlr8FdMUSL7heQlhzkuUl+
pDfc7dBVtz9r1cKu+9nlqvX6dzqgLa0SZ6tzxPVdL1SKA3oEQE8Az8SPMSUOzzCCt/oo4/3+By7h+
INrkqlD4sxZNlIzjo0EDXg9R8biBEIYzAootTd0/hqmTMit2NNW7NwbjR9X6HvzeaXXrF0DY5TwfM+
jUINnPuoK2c+L+hR1KfyUCGhCzVdh78GhPv0fzt2Gu/
Tt3SQIIddKicC2wTltDrl4oHxdN8Tqkjq7oiwbqvep6yBwCpqPwd0CkVQ63UB9WjWs++
FePhrRuLNN82rOId3y8MIKW88alCLwrkYFaUR52vV30zOCki7nYrXPknzuY/
eqQ8msjzweFdmQDK1ahPcj7yYhG6F9Fn5SCZfcbQhpINQvvwEaKQT2pbQrw321xAqX/
tZwQqP5uqQHCma0s2E0AYCzJUJiZNNUbYJ3s2yeSe/7trKJeiB8vpP49lWi8laYax2x/6dlMZWyntJDSiWE/
6Ot4Jr3aWzeOXCM5lzq5o8BiyyzEbaU9RZZ0ahkkOq/T+VNOAONSAu7UE/5qanQaJjhdiSlbLc+
3znjVMr2huKUgSqFqWZp9GOY7IKmgduDRQczLE+7KTq4n7XxSbfSCpXGdvngP2GDsqs3f9ghzA8nSmo4iocl+
yTA+/43uZVF4892MuWRlzRs4F4XUAq0GixGc4wKaHLj94gSU9zcfFpouDVdAUgTWapgZw/
RBALWFKhBTKyK5Cg+y4GoVBLgLdogy4chy2TqOjqG2VkCIJrnFFPnN3t/
yDHEENtg5lxfpBsUwEmn0V3C78pl2wDYYjR97vqx97MiEz3pZ+
UbVzXMF7URZuZGiFR3MkvzETHEBptg5oOn62p9Rn4iL6PI6zBYWsiUGof5bMvHKg5kDAzOtweBd2nOkG01Rpl
YAJe7nPvlL/wfHuFfLbTFpQZIFuT2tNvtVOR/8lF2inx4GjS6Et1Uc35rlvxH8l6iuymb2Ym4GxvMCq//
xSgfnD/SzQD7tF3uI0JWzgpa7vn+
S6hpjXkNSEZQOS5Ma6AgUIeHbZF2AsYueIj6TKlvTouTUXSOYGKEftFm7gsyPB2uT1U9UKOw+
tAoAOjnXtuFKYjFSLoxMSdwde2s15V8s9R2RV3nlnOiFCmWxf0tg03o/
ZC3RB8RqJuKBHTTTSo7Q02x9R1wbEs/bZ6mRu8nHx6U=" />
```

3020

3021
```html
</div>
```

3022

3023

3024

3025
```html
<script type="text/javascript">
```

3026

3027
```javascript
//<![CDATA[
```

3028

3029
```javascript
var theForm = document.forms['Form'];
```

3030

3031
```javascript
if (!theForm) {
```

3032

3033
```javascript
    theForm = document.Form;
```

3034

3035
```javascript
}
```

3036

3037
```javascript
function __doPostBack(eventTarget, eventArgument) {
```

3038

3039
```javascript
    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
```

3040

3041
```javascript
        theForm.__EVENTTARGET.value = eventTarget;
```

3042

3043
```javascript
        theForm.__EVENTARGUMENT.value = eventArgument;
```

```
3044
3045          theForm.submit();
3046
3047        }
3048
3049    }
3050
3051    //]]>
3052
3053    </script>
3054
3055
3056
3057
3058
3059    <script
        src="/WebResource.axd?d=exmDyfF6Ko3bAQJxR_oSTfSxbso6t88_-
        g2rJTlYK9Snz4pNaT_wcHJ8laYtiHZ3Ieex4TmUyV_lszgz0&amp;t=635802997220000000"
        type="text/javascript"></script>
3060
3061
3062
3063    <script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&
        window.jQuery.fn.hoverIntent)) document.write(unescape('%3Cscript
        src="/Portals/0/Skins/AMH/amh_menu/hoverIntent.js"
        type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"
        src="/Portals/0/Skins/AMH/amh_menu/amhMenu.js"></script>
3064
3065    <script src="/DesktopModules/EasyDNNRotator/js/jquery.easing.1.3.js"
        type="text/javascript"></script>
3066
3067    <script
        src="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/js/jquery.
        multicarousel.min.js" type="text/javascript"></script>
3068
3069    <script
        src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
        =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
        Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
        928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
        2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3a0c73de62-0d2d-
        4abd-8baf-ae65d0b06e04%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
3070
3071    <div class="aspNetHidden">
3072
3073
3074
3075        <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
        value="CA0B0334" />
3076
3077        <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
        value="" />
3078
3079        <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
        value="65Ryx1yRIQwNM4dFxmt8ozkEX7XPEu7z279DSNSZzz81RbA/qNXbLccxJMXvyLNOVB6leQuL+
        5H8TCon+G6BQosoctHc9ru5Cjm2smZ4SquV7pZuWXI9DP2SrVlSrDDcxxEf30+KXLGyYh5pBqWAy2eaFj+
        IkH5lLi11NdlcNfBCI6RvpqeFwIMnAyZzSb8/
        obkT9iq2mILbiO0R6w9JvTzeaWUjnb19SV0tCVeKQz5UnHaYO1wbSqppAXDPgbwSnAYKFAI6lwmKRNe2gFZPF
        +iMk4SnSHUSdr2QNKMsJXZqh2TKPt3sUHZsiiEW3SzFblOUWwQ7U8XQ8QY8c5B9oMzi+Csv3cal7tSJKk2sX+
        WRymRaDIJaiCrJfDpJXaf4QQhaCANbKGMJIOYtYjAv4OYA1Xdt03z6D8YYwH1cZ37KpT5dVnOvAGwJZtnmmaw
        eKzzhKzCe+YQaNePCuVhWaVm2AnAsJZEFuc2wmpr8Bg4IzMF8lSiDFeeGPND9t6L/
        inNKqeJ2uZaS6iSuIeqmMPG51DOm7DXw0HJO1LIj1dvE53aFEZVOVuOMHqZ/+
        hIoLAc6cti987UOIolgmkPky2i8RngRj/QJ/DPTP1AxddQGS20UDDmpv8Ph3ryTjj7kHyg/
        BYi7hF0eniw4225C9DH28tZcuJ0PBcDD1J0WAfDNaaEobyQVo+
        YIuOQ547soi1c5WZdmZ8QmzD0oihIZdQpdPBKbPG1+b/
        6O7Tl7N5QfSZc2aM5vQY3wrOlXFXQMbXM2jIwfBTF5nuUMWgUXgXsfd4at/
        t4MKXtz4m2hPADvJ8S700FAY9wJ9cjIhc8zE0RuBfL4ioHDpF9JLyDZAkx9ktcOOSU9zXHUekbv/
        BXFWfdvCTq+gXEYrHaINUgrNjA/e3fnpats8WAJPBiYHhsZzFd1cVx18d8oRWuU3GEKL7XRP/
```

3079…  larCd7FphsaBmadVizVafmrdtBo1 orMccureGedacAmc4fIthAYKodO79b4LpmpxFpuaCWJ?
…  XT2o4SKD93LjlDPbGkdhm6Ou48yPMEYyJEvkf6QFQAOzedIMArdJbzaTw8jY3aMjnQdcICk8jx5PJDIDR3V/
…  qE7m66nCaxx6F9Gl+
…  nqLnxFrY9gMbf2hcbSsQM0HwMEC2SCNtjRDx1A6thtI6mqyrkw3hcnaePJ20SP8HZuZ9FMVwx8SgCyzx1AKeQ
…  lxYCpOIAKwFfE9Ns1AatpFCcKQKng3YknZ/
…  QW6HUIKsaHTgYhj4X2ktjiAna2wMgrMM2INEZIQ0Tcfq3ISyBrrnZA/D7TeK3RGHOFU0aVUVbr+
…  wOiSKfPT7ZGV9LCgeOEFpz+eSmBsHvN++W6TySKU5wTWJCELExjbbuMTC4+
…  bnj8v4DZ8hMdcoju1oAn9fIr10mUEOdbvGVIAnH9jJt535siRFf1+A4brOEcVmcEs0bvlW/
…  3AljSVe1i3o4HVG6Dgb1NfcEGmO4CtzJkYL1hVHuwbQZm6Ygp7SlgTg/Lwx32BaPlsa6JyBiIJzvS9oDSSKcr
…  +itvEQJNSp/DbQhS0QMYFhCjml1ljIhcRQWCzJ6WT/
…  TfzV8TvyPgdgguWAjWzGFJUy5JcY7wHgySR5PZJbssKJGYXAr4g63QUBnLfasEGtE8QyAQdArKAz3/
…  zdBFwWJnswqP+EcVRoh8rNDBXQnWZcahqKT9cF5Py0bDmZqjInCkUo5AQ8H3R7d/MdIsm0JCG1p/HYduDyXTW
…  +84hhC6idA9bEVSfy0ig4ofCJoaA3fbj4jYFa2RvEZkJ05Hdxnw+d5TzAdtCIiy0ujp+77xIr/
…  JdVrKi0RdCDUVLXZm9eGKcdG/
…  A95Vcn4wRnrNvYeLCEru04PVCHxshgsiWpMIrESStVGYRC3DuWRQ5qV2U2vuhlrWO+
…  4KRRyJRnh4233Kar74fdt4tqfjTDqYJ1l6XkRG27EybXqFB8NTfWP8n7b8xhCT8k8vpsZZiV2EMqNfl1RBfYXJ
…  4/
…  KUf97JdTIbkSCpsfFkObmcCKYSxX2CEbjaid50RloYhWGk2HwJwv4bTNkl8RLwGcUTyMwP8JqB86IpbrTsfus
…  YY2yOegdBtLIoiX2g+cJ3AanC5I+P427mrIS2sw+prJ6NiGBYOX9uAx0zIwCaRVMGs1acQdg2PKT/
…  sc9lNFqpOnOj2wcimZUoD6r1LGDZF+MHXuBykFoR5wtitSfuG8jHBktrWgTFyBHUZO5TlMtKDGaCmz0P1nv+
…  V1HY/DoxHfuAPNzqvFCq1KqIIdmBHGz/orAZ+PoIfy1N+wKf79HkOUGyZoMqXsJl1pvwO/
…  AKSWSf35Drz7VvCCZWAH926VAK56WMxK0piteCVlnJygbTeumHy7qB/
…  ODu7mi2odNxEt1MQirJpQKO7iEVlEb3OMUpjvVo5i30HzkJu5dI6oYTHKvHzXXd7URckJLRem8Cw1nocP7STw
…  3/31Mm1udap4waFauQg/guD2QzSsOQKPhmktfyEH9ZhlasJ5cad6x5OaVSWh/
…  xylu8OHPE30Ee6FYrpMzEgTpUMrDfka3ChGIMSxNAJqTnfPTPFMl2HaawoHFdq/
…  oAxGxBciCQSYr97E9Dq3p9ms4RMKGKsBuw1aNGHaO7AVG/7dy30WQB7z2uAxGsctt5naeDvccFfYB+
…  HLSL0LcpHrj3ynb8waRmbvd4OSfgdQl5dO+Z+
…  Q8y1PoTT5VRTkKexBo20csav1ZfeGikmaNtt09V3FN8ArDKuGdJ4HiyXjuP5Q2Zph/ZH0OtQIlzxvSGD+
…  5MkjRZGjpg1lKjOl5r8cLlW2OnpBVljd20mYl2h7AwvKhu8fS+1nLM9ogLPhB4OPuM4HB8RXY+fikhmPL+
…  N9KYBOjboewvXGPm/BNow05+z7YOGDqlHP3NndrbayrgRqP7AR/Hz6NHVd7GfHg42eviS4E4rkKjwVGRNuLK/
…  8i4f35MM8xe8Lldu+z9CJ0pLVd+OPNnWRWk390+Q0FpgMl1BZuAh/
…  K0JDWBJUkdr78GOANad8WA5NrV1GMsB4v2AF8pCtq5so86qLV9i2SssjEFASafyvmRVmrt7p22kSPsX3AmRTN
…  oOXT4Sp/0NMW1a1AJVXVQsOoYb/YQShwlo+
…  uhuxUPcH5DSv16C46ArJfMKl3H05gNsvCtmErgnEj00gmps4vLH/6fHEj6c4gQL/w/cY074F5OE+p3Gafk6j/
…  bKkyJzyEudGVU1JYxqoGFWNwCvoSSC+jq7LH8VZO71hY95faQ7W/4e7UFGlcpCOXTz51U5O4R+
…  ndajv5TXQMGfMe5i7YWjxyDMslpTqsWlwTs6vhmmFPmyEXnE2D5oh88XM70pt1znxB7+K43/GwJ4Xyijj5JOb
…  +
…  LNUYyMSTa3J7D0x8jOmUfWhkgZzW5nfXusmkHGetYhM0O4RE5pVqwdNhqBEYB43oCVoX4bVOSMi0zYSGTl2Aa
…  vAPhx5JbM84RAJE2AocBxUu3YKT/
…  fa9yYrUSlEBNjX2wfxKn0R5OJ5bPTs5Ccw2buzAgtfQy52j5jpsbuoYaVw2UamWFEtLXqohHUQmd2g2laYRgs
…  HjhYuLs9CAQynjWpCYituvy/IssLeu7vQPI0ClmszgI6zZK6sKwazRgTjjGsOz6Bi3a8CbpEbZ/6HSZc5TSHC
…  +Zcq0w32m5bsya7b+g6S/
…  borv9naQEdEtDmXV32IYBnTuAjStvGiAGzatHkN73y1bS0BjmInHV3EHiHNtEEXCejrij8juw2zMoQV/
…  xzJMD663VMPTfITwPK1Q+qxpzWuGuQdPiiHwW1Tfe+p11Pv+Sxgp68Cs7bL39umqpUpaU5OWrYg+
…  HgUt4Yfty+mjmSaNxhK/LRURWR0WH9NdJ76wwRhpG8RPBCLV7SqSBM/
…  XSVDBzJAwuMHtGa1sVwmZzK7wngzB9giJKAc=" />

3080
3081  `</div><script src="/js/dnn.js?cdv=119" type="text/javascript"></script><script`
…  `src="/Portals/0/Skins/AMH/js/bootstrap.js?cdv=119"`
…  `type="text/javascript"></script><script`
…  `src="/Portals/0/Skins/AMH/js/jquery.fancybox.js?cdv=119"`
…  `type="text/javascript"></script><script`
…  `src="/Portals/0/Skins/AMH/js/global.js?cdv=119"`
…  `type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=119"`
…  `type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=119"`
…  `type="text/javascript"></script><script src="/js/dnncore.js?cdv=119"`
…  `type="text/javascript"></script><script`
…  `src="/Resources/Search/SearchSkinObjectPreview.js?cdv=119"`
…  `type="text/javascript"></script><script type="text/javascript">`

3082
3083  `//<![CDATA[`
3084
3085  `Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,`
…  `'');`
3086
3087  `//]]>`
3088
3089  `</script>`

```
3090
3091
3092
3093
3094
3095
3096
3097
3098
3099
3100
3101  <div class="push">
3102
3103      <!-- Header : row1,2,3-->
3104
3105
3106
3107
3108
3109  <link
   …  href='http://fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
   …  700italic,800italic,400,300,600,700,800' rel='stylesheet' type='text/css'>
3110
3111
3112
3113  <!-- Google Search -->
3114
3115
3116
3117
3118
3119  <!-- Logo for print -->
3120
3121  <img src="/Portals/0/logo.png" alt="BJC" class="printLogo" />
3122
3123
3124
3125  <!-- Header -->
3126
3127  <!-- Row 1: phone-->
3128
3129  <div class="row1 hidden-xs">
3130
3131      <div class="container gradient">
3132
3133          <div class="col-md-6 col-sm-7 row1Left">
3134
3135              <span>Find a doctor or make an appointment: </span>
3136
3137              <a class="tel" href="tel:8003920936">800.392.0936
3138
3139              </a>
3140
3141          </div>
3142
3143          <div class="col-md-6 col-sm-5 row1Right">General Information: <a
   …  href="tel:6184637311" class="tel">618.463.7311</a></div>
3144
3145      </div>
3146
3147  </div>
3148
3149
3150
3151  <!-- Row 2: Logo & Search-->
3152
3153  <div class="row2 logoRow">
3154
```

```
3155          <div class="container">
3156
3157          <div class="row grid">
3158
3159              <div class="col-md-6 col-sm-6 row2Left">
3160
3161                  <div class="row mHeader">
3162
3163                      <div class="col-xs-1 visible-xs mHeaderL"><a
      data-toggle=".mobileMainNav " class="mOpen open-left-button"
      href="javascript:void(0)"><span class="icon-menu"></span><span
      class="iconLabel">Menu</span></a></div>
3164
3165                      <div class="col-sm-12 col-xs-10 mHeaderM">
3166
3167                          <div class="hidden-xs">
3168
3169                              <a id="dnn_ucHeader_dnnLOGO_hypLogo" title="Alton
      Memorial Hospital" href="http://www.altonmemorialhospital.org/"><img
      id="dnn_ucHeader_dnnLOGO_imgLogo" src="/Portals/0/logo.png" alt="Alton Memorial
      Hospital" style="border-width:0px;" /></a>
3170
3171                          </div>
3172
3173                          <a href="/" class="logo">
3174
3175                              <img src="/Portals/0/logo.png" alt="BJC"
      class="visible-xs" />
3176
3177                          </a>
3178
3179                      </div>
3180
3181                      <div class="col-xs-1 visible-xs mHeaderR"><a
      data-target="#modalContact" data-toggle="modal" class="mCall"><span
      class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
3182
3183                  </div>
3184
3185              </div>
3186
3187              <div class="col-md-5 col-md-offset-1 col-sm-5 col-sm-offset-1 row2right">
3188
3189                  <div class="input-group">
3190
3191
3192
3193
3194
3195  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
3196
3197      <div class="SearchBorder">
3198
3199          <div id="SearchIcon" class="SearchIcon">
3200
3201              <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
      src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
3202
3203          </div>
3204
3205          <span class="searchInputContainer" data-moreresults="See More Results"
      data-noresult="No Results Found">
3206
3207              <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
      maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
      autocomplete="off" placeholder="Search..." />
3208
3209              <a class="dnnSearchBoxClearText"></a>
```

```
3210
3211            </span>
3212
3213
3214
3215            <ul id="SearchChoices">
3216
3217                    <li id="SearchIconSite">Site</li>
3218
3219                    <li id="SearchIconWeb">Web</li>
3220
3221            </ul>
3222
3223        </div>
3224
3225        <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
3226        href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39;&#39;
3227        ;)">Go</a>
3226
3227    </div>
3228
3229    <script type="text/javascript">
3230
3231        $(function() {
3232
3233            if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
3234            {
3235                var searchSkinObject = new dnn.searchSkinObject({
3236
3237                    delayTriggerAutoSearch : 400,
3238
3239                    minCharRequiredTriggerAutoSearch : 2,
3240
3241                    searchType: 'S',
3242
3243                    enableWildSearch: true,
3244
3245                    cultureCode: 'en-US',
3246
3247                    portalId: -1
3248
3249                    }
3250
3251                );
3252
3253                searchSkinObject.init();
3254
3255
3256
3257
3258
3259
3260
3261                // attach dropdown search
3262
3263            if (typeof dnn.initDropdownSearch != 'undefined') {
3264
3265                dnn.initDropdownSearch(searchSkinObject);
3266
3267            }
3268
3269
3270
3271
3272
3273        }
3274
```

```
3275            });
3276
3277    </script>
3278
3279
3280
3281                    </div>
3282
3283                    <div class="contactWrap hidden-xs">
3284
3285                        <a
…   href="/Patients-Visitors/Visiting-a-Patient/Maps-Directions-Campus-Map"><span
…   class="icon-get-directions"></span> Get Directions</a><a
…   href="/Patients-Visitors/Contact-Us"><span class="icon-contact"></span> Contact
…   Us</a>
3286
3287                    </div>
3288
3289                </div>
3290
3291            </div>
3292
3293        </div>
3294
3295    </div>
3296
3297
3298
3299    <!-- Modal Contact Box on mobile-->
3300
3301    <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
…   id="modalContact" class="modal">
3302
3303        <div class="modal-contact">
3304
3305            <div class="modal-content">
3306
3307                <div class="modal-header">
3308
3309                    <h4 class="modal-title">Call Us</h4>
3310
3311                </div>
3312
3313                <div class="modal-body">
3314
3315                    <div class="mBtn">
3316
3317                        <div class="mBtnLeft"><span class="icon-phone"></span></div>
3318
3319                        <div class="mBtnRight">
3320
3321                            Find a Doctor or Make<br>
3322
3323                            an Appointment<br>
3324
3325                            <a class="tel" href="tel:8003920936">800.392.0936</a>
3326
3327                        </div>
3328
3329                    </div>
3330
3331                    <div class="mBtn">
3332
3333                        <div class="mBtnLeft"><span class="icon-phone"></span></div>
3334
3335                        <div class="mBtnRight genInfo">
3336
3337                            General Information<br>
```

```
3338
3339                    <a href="tel:6184637311" class="tel">618.463.7311</a>
3340
3341                </div>
3342
3343            </div>
3344
3345            <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
3346
3347        </div>
3348
3349      </div>
3350
3351    </div>
3352
3353 </div>
3354
3355
3356
3357 <!-- Row 3: Top Menu -->
3358
3359 <div class="row3 mainNavRow gradient hidden-xs">
3360
3361    <div class="container">
3362
3363      <div class="topNav">
3364
3365          <!-- DDRmenu v02.00.01 - amh_menu template --><script
   type="text/javascript">
3366        jQuery(document).ready(function() {
3367        splitSubMenu(3);
3368        });
3369      </script><ul class="megamenu" id="megamenu">
3370
3371    <li class="&#xA;              level0 item1"><a class="level0"
   href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Doctor</a></li>
3372
3373    <li class="&#xA;              level0 item2"><a class="level0"
   href="http://www.altonmemorialhospital.org/Medical-Services">Medical Services</a><div
   class="childIndicator"></div>
3374
3375    <div class="sub">
3376
3377      <ul class="tempUL">
3378
3379        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Birth-Center">Birth
   Center</a></li>
3380
3381        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Breast-Health">Breast
   Health</a></li>
3382
3383        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Cancer-Care-Center">
   Cancer Care Center</a></li>
3384
3385        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Diabetes-Management-
   Center">Diabetes Management Center</a></li>
3386
3387        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Digestive-Health-Center">
   Digestive Health Center</a></li>
3388
3389        <li class="subheader"><a
   href="http://www.altonmemorialhospital.org/Medical-Services/Emergency-Services">
   Emergency Services</a></li>
```

```
3390
3391          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Heart-Vascular-Center">
    …  Heart &amp; Vascular Center</a></li>
3392
3393          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Imaging-Center">Imaging
    …  Center</a></li>
3394
3395          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Human-Motion-Institute-
    …  Rehabilitation">Human Motion Institute Rehabilitation</a></li>
3396
3397          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Laboratory-Services">
    …  Laboratory Services</a></li>
3398
3399          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Neurology">Neurology</a><
    …  /li>
3400
3401          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Nutrition-Counseling">
    …  Nutrition Counseling</a></li>
3402
3403          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Orthopedics-Services">
    …  Orthopedics Services</a></li>
3404
3405          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Pediatrics">Pediatrics</a
    …  ></li>
3406
3407          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Senior-Care">Senior
    …  Care</a></li>
3408
3409          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Sleep-Disorders-Center">
    …  Sleep Disorders Center</a></li>
3410
3411          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Surgical-Services">
    …  Surgical Services</a></li>
3412
3413          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Twin-Rivers-MRI-Center">
    …  Twin Rivers MRI Center</a></li>
3414
3415          <li class="subheader"><a
    …  href="http://www.altonmemorialhospital.org/Medical-Services/Wound-Care-Center">Wound
    …  Care Center</a></li>
3416
3417        </ul>
3418
3419      </div>
3420
3421    </li>
3422
3423    <li class="&#xA;              level0 item3"><a class="level0"
    …  href="http://www.altonmemorialhospital.org/Patients-Visitors">Patients &amp;
    …  Visitors</a><div class="childIndicator"></div>
3424
3425      <div class="sub">
3426
3427        <ul class="tempUL">
3428
3429          <li class="subheader"><a
```

```
3429…    href="http://www.altonmemorialhospital.org/Patients-Visitors/Contact-Us">Contact
   …    Us</a></li>
3430
3431         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Make-An-Appointment">
   …    Make An Appointment</a></li>
3432
3433         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Physician</a></li>
3434
3435         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Becoming-a-Patient">
   …    Becoming a Patient</a></li>
3436
3437         <li class="subheader"><a
   …    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
   …    ">Financial Assistance &amp; Billing Resources</a></li>
3438
3439         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Visiting-a-Patient">
   …    Visiting a Patient</a></li>
3440
3441         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Request-Medical-Records"
   …    >Request Medical Records</a></li>
3442
3443         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Family-Care-Pharmacy">
   …    Family Care Pharmacy</a></li>
3444
3445         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Cafeteria">Cafeteria</a>
   …    </li>
3446
3447         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Gift-Shop">Gift
   …    Shop</a></li>
3448
3449         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Newsletter">Newsletter</
   …    a></li>
3450
3451         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Send-a-Get-Well-Card">
   …    Send a Get Well Card</a></li>
3452
3453         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Spiritual-Care-Chapel">
   …    Spiritual Care &amp; Chapel</a></li>
3454
3455         <li class="subheader"><a
   …    href="http://www.altonmemorialhospital.org/Patients-Visitors/Interpretive-Services">
   …    Interpretive Services</a></li>
3456
3457       </ul>
3458
3459     </div>
3460
3461   </li>
3462
3463   <li class="&#xA;              level0 item4"><a class="level0"
   …    href="http://www.altonmemorialhospital.org/Classes-Events">Classes &amp;
   …    Events</a><div class="childIndicator"></div>
3464
3465     <div class="sub">
3466
3467       <ul class="tempUL">
3468
```

```
3469        <li class="subheader"><a
    href="http://www.altonmemorialhospital.org/Classes-Events/Support-Groups">Support
    Groups</a></li>

3470
3471        <li class="subheader"><a
    href="http://www.altonmemorialhospital.org/Classes-Events/Classes-Screenings-Events">
    Classes Screenings &amp; Events</a></li>

3472
3473      </ul>
3474
3475    </div>
3476
3477  </li>
3478
3479  <li class="&#xA;              level0 item5"><a class="level0"
    href="javascript:void(window.open('https://www.altonmemorialhealthservicesfoundation.
    org'))">Giving</a></li>

3480
3481  </ul>
3482
3483        </div>
3484
3485    </div>
3486
3487  </div>
3488
3489
3490
3491  <div class="mobileMainNav">
3492
3493    <div class="container">
3494
3495      <div class="topMobileNav visible-xs">
3496
3497          <!-- DDRmenu v02.00.01 - amh_mobile_menu template --><script
    type="text/javascript">
3498        jQuery(document).ready(function() {
3499        splitSubMenu(3);
3500        });
3501      </script><ul class="megamenu" id="megamenu">

3502
3503  <li class="level0"><a class="&#xA;              level0"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Doctor</a></li>

3504
3505  <li class="separator"></li>

3506
3507  <li class="level0"><a class="&#xA;              level0"
    href="http://www.altonmemorialhospital.org/Medical-Services">Medical
    Services</a><span class="icon-arrow-right-generic childIndicator"></span><div
    class="sub">

3508
3509      <ul>

3510
3511        <li class="back-button"><a href="javascript:void();"
    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>

3512
3513        <li class="subheader"><a
    href="http://www.altonmemorialhospital.org/Medical-Services/Birth-Center">Birth
    Center</a></li>

3514
3515        <li class="subheader"><a
    href="http://www.altonmemorialhospital.org/Medical-Services/Breast-Health">Breast
    Health</a></li>

3516
3517        <li class="subheader"><a
    href="http://www.altonmemorialhospital.org/Medical-Services/Cancer-Care-Center">
    Cancer Care Center</a></li>

3518
```

```
3519          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Diabetes-Management-
  …  Center">Diabetes Management Center</a></li>
3520
3521          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Digestive-Health-Center">
  …  Digestive Health Center</a></li>
3522
3523          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Emergency-Services">
  …  Emergency Services</a></li>
3524
3525          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Heart-Vascular-Center">
  …  Heart &amp; Vascular Center</a></li>
3526
3527          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Imaging-Center">Imaging
  …  Center</a></li>
3528
3529          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Human-Motion-Institute-
  …  Rehabilitation">Human Motion Institute Rehabilitation</a></li>
3530
3531          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Laboratory-Services">
  …  Laboratory Services</a></li>
3532
3533          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Neurology">Neurology</a><
  …  /li>
3534
3535          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Nutrition-Counseling">
  …  Nutrition Counseling</a></li>
3536
3537          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Orthopedics-Services">
  …  Orthopedics Services</a></li>
3538
3539          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Pediatrics">Pediatrics</a
  …  ></li>
3540
3541          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Senior-Care">Senior
  …  Care</a></li>
3542
3543          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Sleep-Disorders-Center">
  …  Sleep Disorders Center</a></li>
3544
3545          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Surgical-Services">
  …  Surgical Services</a></li>
3546
3547          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Twin-Rivers-MRI-Center">
  …  Twin Rivers MRI Center</a></li>
3548
3549          <li class="subheader"><a
  …  href="http://www.altonmemorialhospital.org/Medical-Services/Wound-Care-Center">Wound
  …  Care Center</a></li>
3550
3551          </ul>
3552
3553       </div>
3554
```

```
3555      </li>
3556
3557      <li class="separator"></li>
3558
3559      <li class="level0"><a class="&#xA;                    level0"
...  href="http://www.altonmemorialhospital.org/Patients-Visitors">Patients &amp;
...  Visitors</a><span class="icon-arrow-right-generic childIndicator"></span><div
...  class="sub">
3560
3561          <ul>
3562
3563          <li class="back-button"><a href="javascript:void();"
...  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
3564
3565          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Contact-Us">Contact
...  Us</a></li>
3566
3567          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Make-An-Appointment">
...  Make An Appointment</a></li>
3568
3569          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Find-a-Doctor">Find a Physician</a></li>
3570
3571          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Becoming-a-Patient">
...  Becoming a Patient</a></li>
3572
3573          <li class="subheader"><a
...  href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
...  ">Financial Assistance &amp; Billing Resources</a></li>
3574
3575          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Visiting-a-Patient">
...  Visiting a Patient</a></li>
3576
3577          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Request-Medical-Records"
...  >Request Medical Records</a></li>
3578
3579          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Family-Care-Pharmacy">
...  Family Care Pharmacy</a></li>
3580
3581          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Cafeteria">Cafeteria</a>
...  </li>
3582
3583          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Gift-Shop">Gift
...  Shop</a></li>
3584
3585          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Newsletter">Newsletter</
...  a></li>
3586
3587          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Send-a-Get-Well-Card">
...  Send a Get Well Card</a></li>
3588
3589          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Spiritual-Care-Chapel">
...  Spiritual Care &amp; Chapel</a></li>
3590
3591          <li class="subheader"><a
...  href="http://www.altonmemorialhospital.org/Patients-Visitors/Interpretive-Services">
...  Interpretive Services</a></li>
```

```
3592
3593            </ul>
3594
3595          </div>
3596
3597      </li>
3598
3599      <li class="separator"></li>
3600
3601      <li class="level0"><a class="&#xA;                level0"
      href="http://www.altonmemorialhospital.org/Classes-Events">Classes &amp;
      Events</a><span class="icon-arrow-right-generic childIndicator"></span><div
      class="sub">
3602
3603            <ul>
3604
3605              <li class="back-button"><a href="javascript:void();"
      class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
3606
3607              <li class="subheader"><a
      href="http://www.altonmemorialhospital.org/Classes-Events/Support-Groups">Support
      Groups</a></li>
3608
3609              <li class="subheader"><a
      href="http://www.altonmemorialhospital.org/Classes-Events/Classes-Screenings-Events">
      Classes Screenings &amp; Events</a></li>
3610
3611            </ul>
3612
3613          </div>
3614
3615      </li>
3616
3617      <li class="separator"></li>
3618
3619      <li class="level0"><a class="&#xA;                level0"
      href="javascript:void(window.open('https://www.altonmemorialhealthservicesfoundation.
      org'))">Giving</a></li>
3620
3621  </ul>
3622
3623                <ul class="contactWrapM">
3624
3625                    <li><a
      href="/Patients-Visitors/Visiting-a-Patient/Maps-Directions-Campus-Map"><span
      class="icon-get-directions"></span><span>Get Directions</span></a></li>
3626
3627                    <li><a href="/Patients-Visitors/Contact-Us"><span
      class="icon-contact"></span><span>Contact Us</span></a></li>
3628
3629                </ul>
3630
3631            </div>
3632
3633        </div>
3634
3635  </div>
3636
3637
3638
3639
3640
3641
3642
3643  <script type="text/javascript">
3644
3645      $(document).ready(function () {
3646
```

Page 141

```
3647        var rootId = "home";
3648
3649        $("#navmenu > li").each(function () {
3650
3651            if (this.id == rootId) {
3652
3653                $(this).addClass("active");
3654
3655            }
3656
3657        });
3658
3659    });
3660
3661 </script>
3662
3663
3664
3665
3666
3667    <!-- Rotating Banner -->
3668
3669    <div id="homeBannerArea" class="homeBannerArea">
3670
3671        <div class="container">
3672
3673            <div id="dnn_TopPane" class="h_TopPane">
3674
3675            <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-950"><a
     name="950"></a><div id="dnn_ctr950_ContentPane" class="empty"><!-- Start_Module_950
     --><script type='text/javascript'>
3676 // Conversion Name: Home Page
3677 // INSTRUCTIONS
3678 // The Conversion Tags should be placed at the top of the <BODY> section of the HTML
     page.
3679 // In case you want to ensure that the full page loads as a prerequisite for a
     conversion
3680 // being recorded, place the tag at the bottom of the page. Note, however, that this
     may
3681 // skew the data in the case of slow-loading pages and in general not recommended.
3682 //
3683 // NOTE: It is possible to test if the tags are working correctly before campaign
     launch
3684 // as follows:  Browse to http://bs.serving-sys.com/Serving/adServer.bs?cn=at, which
     is
3685 // a page that lets you set your local machine to 'testing' mode.  In this mode, when
3686 // visiting a page that includes an conversion tag, a new window will open, showing
     you
3687 // the data sent by the conversion tag to the Sizmek servers.
3688 //
3689 // END of instructions (These instruction lines can be deleted from the actual HTML)
3690 var ebRand = Math.random()+'';
3691 ebRand = ebRand * 1000000;
3692 //<![CDATA[
3693 document.write('<scr'+ipt
     src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=819607
     &amp;rnd=' + ebRand + '"></scr' + 'ipt>');
3694 //]]>
3695 </script>
3696 <noscript>
3697 <img width="1" height="1" style="border:0"
     src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=819607
     &amp;ns=1"/>
3698 </noscript><div id="dnn_ctr950_ModuleContent" class="DNNModuleContent
     ModResponsiveRotatorC">
3699
3700
3701
```

```
3702
3703
3704    <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
 …      />
3705
3706    <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
3707
3708    <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
3709
3710
3711
3712
3713
3714            <div class="rotatorRow">
3715
3716                <div id="rotatorNav"><a class="btn prev"><span
 …      class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
        class="icon-arrow-right-marquee"></span></a></div>
3717
3718                <div class="rotatorWrap">
3719
3720                    <div class="owl-carousel owl-theme" id="rotator">
3721
3722
3723
3724            <div class="item" id="homebanner1">
3725
3726                <div class="captionWrap">
3727
3728                    <div class="caption-border">
3729
3730                        <div class="caption">
3731
3732                            <h2>Alton Memorial is the hospital for me and my family.</h2>
3733
3734                            <a class="learn-more"
 …      href="/Medical-Services/Birth-Center">Learn More <span
        class="icon-arrow-right-generic"></span></a>
3735
3736                        </div>
3737
3738                    </div>
3739
3740                </div>
3741
3742            </div>
3743
3744
3745
3746            <div class="item" id="homebanner2">
3747
3748                <div class="captionWrap">
3749
3750                    <div class="caption-border">
3751
3752                        <div class="caption">
3753
3754                            <h2>Our Breast Health Institute: Complete care, right
 …      here.</h2>
3755
3756                            <a class="learn-more"
 …      href="/Medical-Services/Breast-Health">Learn More <span
        class="icon-arrow-right-generic"></span></a>
3757
3758                        </div>
3759
3760                    </div>
3761
```

```
3762                  </div>
3763
3764              </div>
3765
3766
3767
3768          <div class="item" id="homebanner3">
3769
3770              <div class="captionWrap">
3771
3772                  <div class="caption-border">
3773
3774                      <div class="caption">
3775
3776                          <h2>Convenient cancer care puts the focus on living every
…   day.</h2>
3777
3778                          <a class="learn-more"
…   href="/Medical-Services/Cancer-Care-Center">Learn More <span
…   class="icon-arrow-right-generic"></span></a>
3779
3780                      </div>
3781
3782                  </div>
3783
3784              </div>
3785
3786          </div>
3787
3788
3789
3790          <div class="item" id="homebanner4">
3791
3792              <div class="captionWrap">
3793
3794                  <div class="caption-border">
3795
3796                      <div class="caption">
3797
3798                          <h2>With heart and vascular care, experience matters.</h2>
3799
3800                          <a class="learn-more"
…   href="/Medical-Services/Heart-Vascular-Center">Learn More <span
…   class="icon-arrow-right-generic"></span></a>
3801
3802                      </div>
3803
3804                  </div>
3805
3806              </div>
3807
3808          </div>
3809
3810
3811
3812          <div class="item" id="homebanner5">
3813
3814              <div class="captionWrap">
3815
3816                  <div class="caption-border">
3817
3818                      <div class="caption">
3819
3820                          <h2>Emergency care for all ages, from BJC HealthCare</h2>
3821
3822                          <a class="learn-more"
…   href="/Medical-Services/Emergency-Services">Learn More <span
…   class="icon-arrow-right-generic"></span></a>
```

```
3823
3824                         </div>
3825
3826                     </div>
3827
3828                 </div>
3829
3830             </div>
3831
3832
3833
3834         <div class="item" id="homebanner6">
3835
3836             <div class="captionWrap">
3837
3838                 <div class="caption-border">
3839
3840                     <div class="caption">
3841
3842                         <h2>Orthopedic and surgical care that's tops in the River
Bend.</h2>
3843
3844                         <a class="learn-more"
href="/Medical-Services/Orthopedics-Services">Learn More <span
class="icon-arrow-right-generic"></span></a>
3845
3846                     </div>
3847
3848                 </div>
3849
3850             </div>
3851
3852         </div>
3853
3854
3855
3856             </div>
3857
3858         </div>
3859
3860     </div>
3861
3862
3863
3864 </div><!-- End_Module_950 --></div>
3865
3866 </div></div>
3867
3868             </div>
3869
3870     </div>
3871
3872
3873
3874     <!-- Video -->
3875
3876     <div class="row5 vidRow">
3877
3878         <div class="container">
3879
3880             <div id="dnn_TopPane2" class="h_TopPane2">
3881
3882             <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-553"><a
name="553"></a>
3883
3884 <div class="home-feature-container">
3885
3886     <div class="title">
```

```
3887
3888        <span id="dnn_ctr553_dnnTITLE_titleLabel" class="titleText">We're Dedicated
…    to Keeping Our Neighbors Well:</span>
3889
3890
3891
3892
3893
3894
3895
3896        </div>
3897
3898        <div class="clearfix"></div>
3899
3900        <div id="dnn_ctr553_ContentPane" class="home-feature-c"><!-- Start_Module_553
…    --><div id="dnn_ctr553_ModuleContent" class="DNNModuleContent ModEasyDNNrotatorC">
3901
3902
3903
3904    <script type="text/javascript">jQuery(document).ready(function () {
…    jQuery('#edr_multicarousel553').multicarousel_1_1_1({ resizeable_container: true,
…    orientation: 'horizontal',viewport_crop: {top: 0,bottom: 0,left: 0,right:
…    0},navigation: {show: true, css_class: 'circle', autohide: false,previous: {position:
…    {horizontal: 'left',vertical: 'top',h_offset: 0,v_offset: 0.28,h_as_ratio:
…    false,v_as_ratio: true}},next: {position: {horizontal: 'right',vertical:
…    'top',h_offset: 0,v_offset: 0.28,h_as_ratio: false,v_as_ratio: true}}},pagination: {
…    enabled: false },draggable: { enable: true },slide: {duration: 1000,step:
…    'item',infinite: false, easing:'swing', interval: 0},unique_id: 553});});</script>
3905
3906    <div id="edr_multicarousel553" class="edr_carousel NewsOne 0" style="width:
…    95%;height: 350px; margin: auto;">
3907
3908        <div class="wrapper" style="height: 350px; width: 100%; top: 0px; left: 0px;">
3909
3910            <div class="slider" style="height: 365px; width: 100%; margin: -15px 0 0
…    -22px;">
3911
3912                <ul><li style="width: 251px; height: 350px; margin: 15px 0px 0px
…    22px;"><div class="box3">
3913
3914        <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/120/Women's-Health-and-Childbirth-Center-is-'Baby-Friendly'"
…    target="_self"><img src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid120Baby
…    Friendly OB staff.jpg" alt="" /></a>
3915
3916        <h2>The Women&rsquo;s Health and Childbirth Center at Alton Memorial Hospital is
…    excited to announce that it is officially &ldquo;Baby...</h2>
3917
3918        <div class="readmore">
3919
3920            <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/120/Women's-Health-and-Childbirth-Center-is-'Baby-Friendly'"
…    target="_self">Read more<span class="icon-arrow-right-generic"></span></a>
3921
3922        </div>
3923
3924    </div>
3925
3926    </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
…    class="box3">
3927
3928        <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/119/An-APPLE-a-Day-Keeps-the-Hospital-Away"   target="_self"><img
…    src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid119APPLE.jpg" alt="" /></a>
3929
```

```
3930    <h2>Once you&rsquo;re discharged from the hospital, you&rsquo;re in no hurry to
...     come back. Alton Memorial Hospital is helping you to...</h2>
3931
3932        <div class="readmore">
3933
3934        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/119/An-APPLE-a-Day-Keeps-the-Hospital-Away"  target="_self">Read more<span
...     class="icon-arrow-right-generic"></span></a>
3935
3936        </div>
3937
3938    </div>
3939
3940    </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
3941
3942        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/118/AMH-Adds-New-Radiation-Oncologist"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid118Dr. Vlacich - Copy.jpg"
...     alt="" /></a>
3943
3944        <h2>Dr. Gregory Vlacich, MD, Ph.D, will be joining the Alton Memorial Hospital
...     medical staff on Aug. 1 as medical director of...</h2>
3945
3946        <div class="readmore">
3947
3948        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/118/AMH-Adds-New-Radiation-Oncologist"  target="_self">Read more<span
...     class="icon-arrow-right-generic"></span></a>
3949
3950        </div>
3951
3952    </div>
3953
3954    </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
3955
3956        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/116/AMH-Opens-Joint-Wellness-Center"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid116Joint Wellness Center -
...     Copy.jpg" alt="" /></a>
3957
3958        <h2>The AMH Joint Wellness Center is now open on the ground floor of the Olin
...     Wing, adjacent to the Human Motion Institute, to guide...</h2>
3959
3960        <div class="readmore">
3961
3962        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/116/AMH-Opens-Joint-Wellness-Center"  target="_self">Read more<span
...     class="icon-arrow-right-generic"></span></a>
3963
3964        </div>
3965
3966    </div>
3967
3968    </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...     class="box3">
3969
3970        <a
...     href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...     ArticleID/115/Dr-Thomas-Brummett-Opening-Pain-Management-Center"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid115115Dr. Brummett - Copy.jpg"
...     alt="" /></a>
```

```
3971
3972        <h2>Dr. Thomas Brummett, M.D., will be opening a pain management center on the
...   Alton Memorial Hospital campus later this...</h2>
3973
3974        <div class="readmore">
3975
3976            <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/115/Dr-Thomas-Brummett-Opening-Pain-Management-Center"  target="_self">Read
...   more<span class="icon-arrow-right-generic"></span></a>
3977
3978        </div>
3979
3980   </div>
3981
3982   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...   class="box3">
3983
3984        <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/114/AMH-Earns-Six-PRC-Awards"  target="_self"><img
...   src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid114PRC Awards.jpg" alt=""
...   /></a>
3985
3986        <h2>Alton Memorial Hospital won six prestigious honors at the 2016 PRC
...   (Professional Research Consultants) National Excellence in...</h2>
3987
3988        <div class="readmore">
3989
3990            <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/114/AMH-Earns-Six-PRC-Awards"  target="_self">Read more<span
...   class="icon-arrow-right-generic"></span></a>
3991
3992        </div>
3993
3994   </div>
3995
3996   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...   class="box3">
3997
3998        <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/112/Duck-Pluckers-Ball-Nets-a-Record-97710"  target="_self"><img
...   src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid112Duck Pluckers II.jpg"
...   alt="" /></a>
3999
4000        <h2>The Alton Memorial Health Services Foundation&rsquo;s Duck Pluckers Ball was
...   rewarded with a near perfect day at Nilo Farms on...</h2>
4001
4002        <div class="readmore">
4003
4004            <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/112/Duck-Pluckers-Ball-Nets-a-Record-97710"  target="_self">Read more<span
...   class="icon-arrow-right-generic"></span></a>
4005
4006        </div>
4007
4008   </div>
4009
4010   </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
...   class="box3">
4011
4012        <a
...   href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
...   ArticleID/110/Eunice-Smith-Home-Resident-Earns-College-Degree-at-Age-91"
...   target="_self"><img src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid110110Mary
```

```
4012…  Downard - Copy.jpg" alt="" /></a>
4013
4014      <h2>Mary Downard will turn 92 in June. She earned her Associate&rsquo;s Degree in
…    General Studies from Lewis and Clark Community...</h2>
4015
4016      <div class="readmore">
4017
4018        <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/110/Eunice-Smith-Home-Resident-Earns-College-Degree-at-Age-91"
…    target="_self">Read more<span class="icon-arrow-right-generic"></span></a>
4019
4020      </div>
4021
4022  </div>
4023
4024  </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
…    class="box3">
4025
4026      <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/109/Food-and-Nutrition-Services-Helps-You-Become-'Salt-Savvy'"
…    target="_self"><img src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid109Salt
…    reduction - Copy.jpg" alt="" /></a>
4027
4028      <h2>Alton Memorial Hospital has received a $10,000 sodium reduction grant from
…    the Illinois Department of Public Health to develop...</h2>
4029
4030      <div class="readmore">
4031
4032        <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/109/Food-and-Nutrition-Services-Helps-You-Become-'Salt-Savvy'"
…    target="_self">Read more<span class="icon-arrow-right-generic"></span></a>
4033
4034      </div>
4035
4036  </div>
4037
4038  </li><li style="width: 251px; height: 350px; margin: 15px 0px 0px 22px;"><div
…    class="box3">
4039
4040      <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/105/Volunteers-Honored-For-Service"  target="_self"><img
…    src="/Portals/0/EasyDNNRotator/553/News/thumb/thumb_aid105Irene - Copy.jpg" alt=""
…    /></a>
4041
4042      <h2>Alton Memorial Hospital held its annual volunteer appreciation luncheon on
…    April 27, with the theme of &ldquo;The World is a...</h2>
4043
4044      <div class="readmore">
4045
4046        <a
…    href="http://www.altonmemorialhospital.org/About-Us/Newsroom/News-Article/ArtMID/838/
…    ArticleID/105/Volunteers-Honored-For-Service"  target="_self">Read more<span
…    class="icon-arrow-right-generic"></span></a>
4047
4048      </div>
4049
4050  </div>
4051
4052  </li></ul>
4053
4054          </div>
4055
4056      </div>
4057
```

```
4058  </div>
4059
4060
4061
4062  </div><!-- End_Module_553 --></div>
4063
4064  </div>
4065
4066  </div></div>
4067
4068          </div>
4069
4070      </div>
4071
4072
4073
4074      <!-- Health News Sticker -->
4075
4076      <div class="row6 stickerRow hidden-xs">
4077
4078          <div class="container">
4079
4080              <div id="dnn_ContentPane" class="h_contentPane">
4081
4082              <div class="DnnModule DnnModule-HealthNewsFeed DnnModule-559"><a
      name="559"></a>
4083
4084
4085
4086  <div class="healthLibraryContainer">
4087
4088      <div id="dnn_ctr559_ContentPane"><!-- Start_Module_559 --><div
      id="dnn_ctr559_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
4089
4090      <div id="dnn_ctr559_View_divContainer" class="healthNews">
4091
4092
4093
4094
4095
4096
4097
4098
4099
4100
4101
4102
4103
4104
4105
4106
4107
4108
4109
4110
4111
4112
4113
4114
4115
4116
4117
4118
4119
4120
4121
4122
4123
```

```
        <div class="healthNewsTicker">

            <ul id="js-news" class="js-hidden">

  <li>

    <a
href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
6&amp;contentId=714612">Play to Win When It Comes to Kids and Sports Pain</a>

  </li>

  <li>

    <a
href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
6&amp;contentId=714678">New 'Superlice' Resist Most Over-the-Counter Remedies</a>

  </li>

  <li>

    <a
href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
6&amp;contentId=714134">Will Worsening 'Smoke Waves' Threaten Western U.S.?</a>

  </li>

  <li>

    <a
href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
6&amp;contentId=714658">Savor Your Coffee -- and a Bright Smile</a>

  </li>

  <li>

    <a
href="http://www.altonmemorialhospital.org/Health-Library/View-Content?contentTypeId=
6&amp;contentId=714648">Cancer Caregivers Face Difficult Demands</a>

  </li>

</ul>

        </div>
```

```
</div>


<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
rel="stylesheet" />

<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
rel="stylesheet" />


<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>

<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>


<script type="text/javascript">

    $(function () {

        var $container = $('.healthNews');

        var $customPageTitle = $("#customPageTitle");



        var displayMode = 'HealthNewsTicker';

        switch (displayMode) {

            case 'ListByTopic':

                $container.find('.rtIn.content').each(function () {

                    var title = $(this).attr('title');

                    if (typeof title !== 'undefined' && title !== 'undefined') {

                        $(this).after('<div class="blurb" style="padding: 0px 0px 0px
15px;">' + title + '</div>');

                        $(this).attr('title', '');

                    }

                });



                $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');

                break;


            case 'HealthNewsTicker':
```

```
4245
4246                    // start the ticker
4247
4248                    var options = {
4249
4250                            titleText: "Health News: <span class='date-string'>" + new
...  Date().format("MM.dd.yyyy") + '</span>',
4251
4252                            displayType: "fade"
4253
4254                    };
4255
4256
4257
4258                    $('#js-news').ticker(options);
4259
4260                    break;
4261
4262
4263
4264              case 'ViewContent':
4265
4266                    var $viewContent = $container.find(".viewContent");
4267
4268                    if ($viewContent.length > 0) {
4269
4270                            var $title = $viewContent.find("#regularTitle");
4271
4272                            if ($title.length > 0) {
4273
4274                                    $customPageTitle.append('<h1 class="pageTitle">' +
...  $title.text() + '</h1>');
4275
4276                            }
4277
4278                    }
4279
4280                    break;
4281
4282          }
4283
4284      });
4285
4286  </script>
4287
4288  </div><!-- End_Module_559 --></div>
4289
4290  </div>
4291
4292  </div></div>
4293
4294              </div>
4295
4296      </div>
4297
4298
4299
4300
4301
4302      <div class="row7">
4303
4304          <div class="container">
4305
4306              <div class="row">
4307
4308                  <!-- Right Pane -->
4309
4310                  <div class="col-md-8 col-sm-12 col-xs-12 h_rightPane">
```

Page 153

```
4311
4312                        <div id="dnn_RightPane">
4313
4314                        <div class="DnnModule DnnModule-PhysicianFinding
     DnnModule-731"><a name="731"></a>
4315
4316
4317
4318  <div class="physicianSearchContainer">
4319
4320        <div id="dnn_ctr731_ContentPane"><!-- Start_Module_731 --><div
     id="dnn_ctr731_ModuleContent" class="DNNModuleContent ModPhysicianFindingC">
4321
4322
     <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=119)-
     -->
4323
4324  <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=119)-
     -->
4325
4326  <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=119)-->
4327
4328  <!--CDF(Css|/DesktopModules/PhysicianFinding/css/site.css?cdv=119)-->
4329
4330  <!--CDF(Css|/DesktopModules/PhysicianFinding/css/responsive.css?cdv=119)-->
4331
4332
4333
4334  <script
     src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-Il2YFs1k-
     AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
4335
4336
4337
4338
4339
4340
4341
4342
4343
4344
4345
4346
4347
4348  <span id="dnn_ctr731_ViewPhysicianFinding_lblError"
     style="color:Red;font-weight:bold;"></span>
4349
4350
4351
4352
4353
4354        <div class="physician-search physician-info-group">
4355
4356            <div class="physicianInfoGroup">
4357
4358                <div class="physicianInfoWrap">
4359
4360                    <div class="box-heading physicianInfoBar visible-xs">
4361
4362                        <h4 class="box-title">
4363
4364                            <a href="#physicianInfoPanel">
4365
4366                                <span class="barspan"><span
     id="dnn_ctr731_ViewPhysicianFinding_lblPhysicianInfoGroupTitleMobile">Find a
     Doctor</span></span>
4367
4368                                <span class="baricon icon-accordion-closed"></span>
```

Page 154

```
4369
4370                          </a>
4371
4372                    </h4>
4373
4374                </div>
4375
4376            <div id="physicianInfoPanel" class="box">
4377
4378                <div class="box-inner">
4379
4380                    <h2 class="hidden-xs">
4381
4382                        <span
     id="dnn_ctr731_ViewPhysicianFinding_lblPhysicianInfoGroupTitle">Find a
     Doctor</span></h2>
4383
4384                    <div class="boxRow">
4385
4386                        <div class="col-md-6 col-sm-6 boxLeft">
4387
4388                            <div class="boxLeftWrap">
4389
4390                                <div class="boxLeftTop">
4391
4392                                    <h4>Search By Name</h4>
4393
4394                                    <div class="input-group">
4395
4396                                        <!-- 2013.2.717.40 --><span
     id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_wrapper" class="riSingle RadInput
     RadInput_Default" style="width:100%;"><input
     id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox"
     name="dnn$ctr731$ViewPhysicianFinding$txtSearchBox" size="20" class="riTextBox
     riEmpty form-control searchInput" value="Search" type="text" /><input
     id="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState"
     name="dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState" type="hidden"
     /></span>
4397
4398                                        <div class="input-group-btn">
4399
4400                                            <input type="submit" class="btn
     btn-search" value="Go"
     onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
4401
4402                                        </div>
4403
4404                                    </div>
4405
4406                                </div>
4407
4408                                <div class="boxLeftBot">
4409
4410                                    <h4>Search by Specialty</h4>
4411
4412                                    <div class="selectWrap">
4413
4414                                        <select
     name="dnn$ctr731$ViewPhysicianFinding$ddlPhysicianSpecialty"
     id="dnn_ctr731_ViewPhysicianFinding_ddlPhysicianSpecialty" class="physicianSpecialty
     form-control">
4415
4416        <option value="">Choose a specialty</option>
4417
4418        <option value="ADPSY">Addiction Psychiatry</option>
4419
4420        <option value="ADMED">Adolescent Medicine</option>
4421
```

```
4422            <option value="ALLE">Allergy</option>
4423
4424            <option value="PALLE">Allergy-Pediatric</option>
4425
4426            <option value="ANEST">Anesthesiology</option>
4427
4428            <option value="PANES">Anesthesiology-Pediatric</option>
4429
4430            <option value="ASM">ASM</option>
4431
4432            <option value="AUDIO">Audiology</option>
4433
4434            <option value="EP">Cardiac Electrophysiology</option>
4435
4436            <option value="PCARD">Cardiology-Pediatric</option>
4437
4438            <option value="CTS">Cardiothoracic Surgery</option>
4439
4440            <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
4441
4442            <option value="CARD">Cardiovascular Disease</option>
4443
4444            <option value="CHIEF">Chief Resident-SLCH</option>
4445
4446            <option value="CHABU">Child Abuse Pediatrics</option>
4447
4448            <option value="CLINI">Clinics</option>
4449
4450            <option value="COLRE">Colon &amp; Rectal Surgery</option>
4451
4452            <option value="CONVC">Convenient Care</option>
4453
4454            <option value="CCARE">Critical Care</option>
4455
4456            <option value="DENT">Dentistry</option>
4457
4458            <option value="PEDDN">Dentistry-Pediatric</option>
4459
4460            <option value="DERM">Dermatology</option>
4461
4462            <option value="PDERM">Dermatology-Pediatric</option>
4463
4464            <option value="PDEV">Developmental Pediatrics</option>
4465
4466            <option value="PDIAG">Diagnostics-Pediatric</option>
4467
4468            <option value="ECHOD">Echocardiography</option>
4469
4470            <option value="ELECT">Electrodiagnostic Medicine</option>
4471
4472            <option value="EMERG">Emergency Medicine</option>
4473
4474            <option value="PERMD">Emergency Medicine-Pediatric</option>
4475
4476            <option value="ENDO">Endocrinology</option>
4477
4478            <option value="PENDO">Endocrinology-Pediatric</option>
4479
4480            <option value="EPILE">Epilepsy</option>
4481
4482            <option value="EPIPD">Epilepsy-Pediatric</option>
4483
4484            <option value="FP">Family Practice</option>
4485
4486            <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…      Surgery</option>
4487
4488            <option value="GAST">Gastroenterology</option>
```

Page 156

```
4489
4490        <option value="PGAST">Gastroenterology-Pediatric</option>
4491
4492        <option value="GENE">Genetics</option>
4493
4494        <option value="GENP">Genetics-Pediatric</option>
4495
4496        <option value="GPSYC">Geriatric Psychiatry</option>
4497
4498        <option value="GERI">Geriatrics</option>
4499
4500        <option value="GYONC">Gynecologic Oncology</option>
4501
4502        <option value="GYN">Gynecology</option>
4503
4504        <option value="PGYN">Gynecology-Pediatric</option>
4505
4506        <option value="HANSR">Hand Surgery</option>
4507
4508        <option value="HRTRA">Heart Failure/Transplant Card</option>
4509
4510        <option value="HEMA">Hematology</option>
4511
4512        <option value="PHEMA">Hematology-Pediatric</option>
4513
4514        <option value="HEPA">Hepatology/Liver</option>
4515
4516        <option value="HEOPD">Hepatology/Liver-Pediatric</option>
4517
4518        <option value="PALLI">Hospice &amp; Palliative Medicine</option>
4519
4520        <option value="HOSPI">Hospitalist</option>
4521
4522        <option value="PHOSP">Hospitalist-Pediatric</option>
4523
4524        <option value="IMMU">Immunology</option>
4525
4526        <option value="PIMMU">Immunology-Pediatric</option>
4527
4528        <option value="INF">Infectious Disease</option>
4529
4530        <option value="PINFE">Infectious Diseases-Pediatric</option>
4531
4532        <option value="MEDI">Internal Medicine</option>
4533
4534        <option value="INVCA">Interventional Cardiology</option>
4535
4536        <option value="INVRA">Interventional Radiology</option>
4537
4538        <option value="PINT">Interventional Radiology-Pedi</option>
4539
4540        <option value="LIVTR">Liver Transplant</option>
4541
4542        <option value="MATFE">Maternal-Fetal Medicine</option>
4543
4544        <option value="MAXPR">Maxillofacial Prosthodontics</option>
4545
4546        <option value="MAXIL">Maxillofacial Surgery</option>
4547
4548        <option value="THER">Mental Health Therapist</option>
4549
4550        <option value="METAB">Metabolism</option>
4551
4552        <option value="PMETA">Metabolism-Pediatric</option>
4553
4554        <option value="MULTI">Multidisciplinary Cancer Clini</option>
4555
4556        <option value="NAVI">NAVI-Navigator Program</option>
```

Page 157

```
<option value="NEONA">Neonatal-Perinatal Medicine</option>

<option value="RENAL">Nephrology/Renal</option>

<option value="PNEPH">Nephrology/Renal-Pediatric</option>

<option value="NEURO">Neurology</option>

<option value="PNEUR">Neurology-Pediatric</option>

<option value="NEUMS">Neuromuscular Medicine</option>

<option value="NMSOM">Neuromusculoskeletal Medicine/OMM</option>

<option value="NPHYS">Neurophysiology</option>

<option value="NEURP">Neuropsychology</option>

<option value="NEUPS">Neuropsychology-Pediatric</option>

<option value="NEURA">Neuroradiology</option>

<option value="NREHA">Neurorehabilitation</option>

<option value="NSURG">Neurosurgery</option>

<option value="PNSUR">Neurosurgery-Pediatric</option>

<option value="NEUOT">Neurotology</option>

<option value="NUMED">Nuclear Medicine</option>

<option value="OB">Obstetrics</option>

<option value="OCCUM">Occupational Medicine</option>

<option value="ONC">Oncology</option>

<option value="PONC">Oncology-Pediatric</option>

<option value="OPHT">Ophthalmology</option>

<option value="POPHT">Ophthalmology-Pediatric</option>

<option value="OPTOM">Optometry</option>

<option value="ORAL">Oral Surgery</option>

<option value="PORSU">Oral Surgery-Pediatric</option>

<option value="ODONT">Orthodontics</option>

<option value="ORTH">Orthopedic Surgery</option>

<option value="PORTH">Orthopedics-Pediatric</option>

<option value="OTOL">Otolaryngology</option>

<option value="POTOL">Otolaryngology-Pediatric</option>

<option value="PNMGM">Pain Management</option>

<option value="PPNMG">Pain Management-Pediatric</option>

<option value="PATH">Pathology</option>

<option value="PCCAR">Pediatric Critical Care/PICU</option>
```

```
<option value="PEDI">Pediatrics</option>

<option value="PERIO">Periodontics</option>

<option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>

<option value="PPLAS">Plastic Surgery-Pediatric</option>

<option value="PLAS">Plastic/Reconstructive Surgery</option>

<option value="PODI">Podiatry</option>

<option value="PREVM">Preventative Medicine</option>

<option value="PSYC">Psychiatry</option>

<option value="PPSYC">Psychiatry-Pediatric</option>

<option value="PSYCH">Psychology</option>

<option value="PPYCH">Psychology-Pediatric</option>

<option value="PULM">Pulmonology</option>

<option value="PPULM">Pulmonology-Pediatric</option>

<option value="RADON">Radiation Oncology</option>

<option value="RAD">Radiology</option>

<option value="PRAD">Radiology-Pediatric</option>

<option value="REHAB">Rehabilitation/Physiatry</option>

<option value="REPEN">Reproductive Endo/Infertility</option>

<option value="RHEU">Rheumatology</option>

<option value="PRHEU">Rheumatology-Pediatric</option>

<option value="SLEEP">Sleep Disorders</option>

<option value="PSLEE">Sleep Disorders-Pediatric</option>

<option value="SLEEP">Sleep Medicine</option>

<option value="PSLEE">Sleep Medicine-Pediatric</option>

<option value="SPCRI">Spinal Cord Injury Medicine</option>

<option value="SPRTM">Sports Medicine</option>

<option value="GSURG">Surgery (General)</option>

<option value="PSURG">Surgery-Pediatric</option>

<option value="SRGCC">Surgical Critical Care</option>

<option value="TRANM">Transplant Medical-Adult</option>

<option value="TRPMP">Transplant Medical-Pediatric</option>

<option value="TRAN">Transplant Surgical-Adult</option>

<option value="TRPSP">Transplant Surgical-Pediatric</option>

<option value="TRANS">Transplantation</option>
```

```
4693
4694            <option value="TRANM">Transplantation-Medical</option>
4695
4696            <option value="TRAN">Transplantation-Surgical</option>
4697
4698            <option value="UCARE">Urgent Care</option>
4699
4700            <option value="UROL">Urology</option>
4701
4702            <option value="PUROL">Urology-Pediatric</option>
4703
4704            <option value="VASNU">Vascular Neurology</option>
4705
4706            <option value="VAS">Vascular Surgery</option>
4707
4708            <option value="VASIR">Vascular/InterventionRadiology</option>
4709
4710            <option value="WHNP">Women&#39;s Health Nurse Practitioner</option>
4711
4712            <option value="WOUND">Wound Care</option>
4713
4714
4715
4716    </select>
4717
4718                                        </div>
4719
4720                                    </div>
4721
4722                                </div>
4723
4724                            </div>
4725
4726                            <div class="col-md-6 col-sm-6 boxRight">
4727
4728                                <h4>Browse by Letter</h4>
4729
4730                                <div class="selectWrap visible-xs">
4731
4732                                    <select
name="dnn$ctr731$ViewPhysicianFinding$ddlSearchLetter"
…   id="dnn_ctr731_ViewPhysicianFinding_ddlSearchLetter" class="searchLetter form-control
…   visible-xs">
4733
4734          <option value="">Choose a letter</option>
4735
4736          <option value="A">A</option>
4737
4738          <option value="B">B</option>
4739
4740          <option value="C">C</option>
4741
4742          <option value="D">D</option>
4743
4744          <option value="E">E</option>
4745
4746          <option value="F">F</option>
4747
4748          <option value="G">G</option>
4749
4750          <option value="H">H</option>
4751
4752          <option value="I">I</option>
4753
4754          <option value="J">J</option>
4755
4756          <option value="K">K</option>
4757
```

```
4758              <option value="L">L</option>
4759
4760              <option value="M">M</option>
4761
4762              <option value="N">N</option>
4763
4764              <option value="O">O</option>
4765
4766              <option value="P">P</option>
4767
4768              <option value="Q">Q</option>
4769
4770              <option value="R">R</option>
4771
4772              <option value="S">S</option>
4773
4774              <option value="T">T</option>
4775
4776              <option value="U">U</option>
4777
4778              <option value="V">V</option>
4779
4780              <option value="W">W</option>
4781
4782              <option value="X">X</option>
4783
4784              <option value="Y">Y</option>
4785
4786              <option value="Z">Z</option>
4787
4788
4789
4790        </select>
4791
4792                                      </div>
4793
4794                                      <div class="alphabet hidden-xs">
4795
4796                                          <div
    id="dnn_ctr731_ViewPhysicianFinding_panelPhysicianAlphaList">
4797
4798            <a class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=A">A</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=B">B</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=C">C</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=D">D</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=E">E</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=F">F</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=G">G</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=H">H</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=I">I</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=J">J</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=K">K</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=L">L</a><a
    class="letter"
    href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=M">M</a><a
    class="letter"
```

```
4798…   href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=N">N</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=O">O</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=P">P</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Q">Q</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=R">R</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=S">S</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=T">T</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=U">U</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=V">V</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=W">W</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=X">X</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Y">Y</a><a
…       class="letter"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor?qlastname=Z">Z</a>
4799
4800        </div>
4801
4802                                        </div>
4803
4804                                </div>
4805
4806                            </div>
4807
4808                        </div>
4809
4810                        <div class="boxmore">
4811
4812                            <a id="dnn_ctr731_ViewPhysicianFinding_lnkPhyscianSearch"
…       href="http://www.altonmemorialhospital.org/Find-a-Doctor">
4813
4814                                More Search Options <span
…       class="icon-arrow-right-generic"></span>
4815
4816                            </a>
4817
4818                        </div>
4819
4820                    </div>
4821
4822                </div>
4823
4824            </div>
4825
4826        </div>
4827
4828
4829
4830
4831
4832
4833
4834    <script type="text/javascript">
4835
4836        function btnSearch_OnClientClicking(sender, eventArgs) {
4837
4838            cboName = $find(cboNameID);
4839
```

```
4840          cboSpecialty = $find(cboSpecialtyID);
4841
4842          cboInsurance = $find(cboInsuranceID);
4843
4844          cboLanguage = $find(cboLanguageID);
4845
4846          cboGender = $find(cboGenderID);
4847
4848          cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
4849
4850          txtZipCode = $find(txtZipCodeID);
4851
4852
4853
4854          var name = cboName.get_text();
4855
4856          var specialty = cboSpecialty.get_text();
4857
4858          var insurance = cboInsurance.get_text();
4859
4860          var language = cboLanguage.get_text();
4861
4862          var gender = cboGender.get_text();
4863
4864          var locatedWithin = cboDoctorLocatedWithin.get_text();
4865
4866          var zipCode = txtZipCode.get_value();
4867
4868
4869
4870          //  if (name == 'Enter a physician last name'
4871
4872          //      && specialty == '- None selected -'
4873
4874          //      && insurance == '- None selected -'
4875
4876          //      && language == '- None selected -'
4877
4878          //      && gender == '- None selected -'
4879
4880          //      && zipCode == '')
4881
4882          //  {
4883
4884          //      alert('Please select a criteria to search.');
4885
4886          //      eventArgs.set_cancel(true);
4887
4888          //      return;
4889
4890          //  }
4891
4892
4893
4894          if (zipCode != "" && locatedWithin != "") {
4895
4896              PhysicianSearch.geocodingAddress(zipCode, function (results) {
4897
4898                  //console.log(results)
4899
4900                  $(txtHidLatID).val(results[0].geometry.location.lat())
4901
4902                  $(txtHidLngID).val(results[0].geometry.location.lng())
4903
4904                  // Trigger Search
4905
4906                  eval(btnSearchHandler)
4907
```

```
                  });

                      eventArgs.set_cancel(true);

                  }


          }


          function radPhysicianSearchBox_ClientClicked(sender, e) {

              var keyCode = e.get_keyCode();

              if (keyCode == 13) // Enter

              {

                  sender.blur();

                  PhysicianSearch.searchByPhysicianName();

              }

              return false;

          }

      </script>




<script type="text/javascript"
src="/DesktopModules/PhysicianFinding/js/jquery.clipboard.js"></script>

<script type="text/javascript"
src="/DesktopModules/PhysicianFinding/js/search_input.js"></script>



<script type="text/javascript">

    var PhysicianSearchBaseUrl =
"http://www.altonmemorialhospital.org/Find-a-Doctor";

    var FacilityFilterPosition = '1';



    $(function () {

        PhysicianSearch.pageLoad(PhysicianSearchBaseUrl, FacilityFilterPosition);

    });

</script>

</div><!-- End_Module_731 --></div>

</div></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-589"><a
name="589"></a>
```

```
<div class="healthLibraryContainer">

    <div id="dnn_ctr589_ContentPane"><!-- Start_Module_589 --><div
id="dnn_ctr589_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">

    <div id="dnn_ctr589_View_divContainer" class="healthNews">
```

```
        <div class="healthInfoGroup">
```

```
5039
5040  <div class="healthInfoWrap">
5041
5042
5043
5044
5045
5046      <div class="box-heading healthInfoBar visible-xs">
5047
5048          <h4 class="box-title-1">
5049
5050              <a href="#healthInfoPanel">
5051
5052                  <span class="barspan"><span
      id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
      Information</span></span>
5053
5054                  <span class="baricon icon-accordion-closed"></span>
5055
5056              </a>
5057
5058          </h4>
5059
5060      </div>
5061
5062      <div id="healthInfoPanel" class="box">
5063
5064          <div class="box-inner">
5065
5066              <h2 class="hidden-xs"><span
      id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
      Information</span></h2>
5067
5068              <div class="boxRow">
5069
5070                  <div class="col-md-6 col-sm-6 boxLeft">
5071
5072                      <div class="boxLeftWrap">
5073
5074                          <div class="boxLeftTop">
5075
5076                              <h4><span
      id="dnn_ctr589_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">Search by
      keyword</span></h4>
5077
5078                              <div class="input-group">
5079
5080                                  <span
      id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
      RadInput_Default" style="width:100%;"><input
      id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox"
      name="dnn$ctr589$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
      riEmpty form-control searchInput" value="Search..." type="text" /><input
      id="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_ClientState"
      name="dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
      /></span>
5081
5082                                  <div class="input-group-btn">
5083
5084                                      <input type="submit" class="btn btn-search"
      value="Go" onclick="javascript:showHLSearchResult();return false;" />
5085
5086                                  </div>
5087
5088                              </div>
5089
5090
5091
```

```
5092                            <script type="text/javascript">
5093
5094                                var searchResultBaseUrl =
…   'http://www.altonmemorialhospital.org/Health-Library/Search-Results';
5095
5096                            </script>
5097
5098                        </div>
5099
5100                        <div class="boxLeftBot">
5101
5102                            <h4>Browse by Subject</h4>
5103
5104                            <div class="selectWrap">
5105
5106                                <select id="ddlHealthTopic" class="form-control">
5107
5108                                    <option value="">Choose a Topic</option>
5109
5110                                    <option value="Asthma">Asthma</option>
5111
5112                                    <option value="Cancer">Cancer</option>
5113
5114                                    <option value="COPD">Chromic Obstructive
…   Pulmonary Disease</option>
5115
5116                                    <option value="Diabetes">Diabetes</option>
5117
5118                                    <option value="Heart">Heart Disease</option>
5119
5120                                    <option value="Obesity">Obesity and Bariatric
…   Surgery</option>
5121
5122                                    <option value="Ortho">Orthopedics</option>
5123
5124                                    <option value="Pregnancy">Pregnancy &amp;
…   Newborns</option>
5125
5126                                </select>
5127
5128                            </div>
5129
5130                        </div>
5131
5132                    </div>
5133
5134                </div>
5135
5136                <div class="col-md-6 col-sm-6 boxRight">
5137
5138                    <h4><span
…   id="dnn_ctr589_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">Search by
…   letter</span></h4>
5139
5140                    <div class="selectWrap visible-xs">
5141
5142                        <select id="ddlEncyclopediaAnpha" class="form-control
…   visible-xs">
5143
5144                            <option>Choose by Letter</option>
5145
5146                            <option>A</option>
5147
5148                            <option>B</option>
5149
5150                            <option>C</option>
5151
5152                            <option>D</option>
```

```
5153
5154                                <option>E</option>
5155
5156                                <option>F</option>
5157
5158                                <option>G</option>
5159
5160                                <option>H</option>
5161
5162                                <option>I</option>
5163
5164                                <option>J</option>
5165
5166                                <option>K</option>
5167
5168                                <option>L</option>
5169
5170                                <option>M</option>
5171
5172                                <option>N</option>
5173
5174                                <option>O</option>
5175
5176                                <option>P</option>
5177
5178                                <option>Q</option>
5179
5180                                <option>R</option>
5181
5182                                <option>S</option>
5183
5184                                <option>T</option>
5185
5186                                <option>U</option>
5187
5188                                <option>V</option>
5189
5190                                <option>W</option>
5191
5192                                <option>X</option>
5193
5194                                <option>Y</option>
5195
5196                                <option>Z</option>
5197
5198                            </select>
5199
5200                        </div>
5201
5202                        <div class="alphabet hidden-xs">
5203
5204                            <div
…   id="dnn_ctr589_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
5205
5206                        <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=A">A</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=B">B</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=C">C</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=D">D</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=E">E</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=F">F</a>
…   <a class="letter"
…   href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=G">G</a>
```

```
5206    <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=H">H</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=I">I</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=J">J</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=K">K</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=L">L</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=M">M</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=N">N</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=O">O</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=P">P</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Q">Q</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=R">R</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=S">S</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=T">T</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=U">U</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=V">V</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=W">W</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=X">X</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Y">Y</a>
        <a class="letter"
        href="http://www.altonmemorialhospital.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
5207
5208        </div>
5209
5210                        </div>
5211
5212                    </div>
5213
5214                </div>
5215
5216            </div>
5217
5218            <div class="boxmore">
5219
5220                <a id="dnn_ctr589_View_ucHealthInfoGroup_lnkHealthLibrary"
        href="http://www.altonmemorialhospital.org/Health-Library">
5221
5222                    Visit The Health Library <span
        class="icon-arrow-right-generic"></span>
5223
5224                </a>
5225
5226            </div>
5227
5228        </div>
5229
5230 </div>
5231
5232
5233
5234 <script type="text/javascript">
```

```
5235
5236        var GetHealthTopicBaseUrl =
...    'http://www.altonmemorialhospital.org/Health-Library/Get-Health-Topic';
5237
5238        var EncyclopediaBaseUrl =
...    'http://www.altonmemorialhospital.org/Health-Library/Encyclopedia';
5239
5240  </script>
5241
5242            </div>
5243
5244
5245
5246
5247
5248
5249
5250  </div>
5251
5252
5253
5254  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
...    rel="stylesheet" />
5255
5256  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
...    rel="stylesheet" />
5257
5258
5259
5260  <script type="text/javascript"
...    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
5261
5262  <script type="text/javascript"
...    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
5263
5264
5265
5266  <script type="text/javascript">
5267
5268      $(function () {
5269
5270          var $container = $('.healthNews');
5271
5272          var $customPageTitle = $("#customPageTitle");
5273
5274
5275
5276          var displayMode = 'HealthInfoGroup';
5277
5278          switch (displayMode) {
5279
5280              case 'ListByTopic':
5281
5282                  $container.find('.rtIn.content').each(function () {
5283
5284                      var title = $(this).attr('title');
5285
5286                      if (typeof title !== 'undefined' && title !== 'undefined') {
5287
5288                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
...    15px;">' + title + '</div>');
5289
5290                          $(this).attr('title', '');
5291
5292                      }
5293
5294                  });
5295
```

```
                    $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');

                    break;


            case 'HealthNewsTicker':

                    // start the ticker

                    var options = {

                            titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',

                            displayType: "fade"

                    };


                    $('#js-news').ticker(options);

                    break;


            case 'ViewContent':

                    var $viewContent = $container.find(".viewContent");

                    if ($viewContent.length > 0) {

                            var $title = $viewContent.find("#regularTitle");

                            if ($title.length > 0) {

                                    $customPageTitle.append('<h1 class="pageTitle">' +
$title.text() + '</h1>');

                            }

                    }

                    break;

        }

    });

</script>

</div><!-- End_Module_589 --></div>

</div>

</div></div>

                </div>

                <!-- Left Pane -->

                <div class="col-md-4 col-sm-12 col-xs-12 h_leftPane">

                        <!-- Left Top Pane -->
```

```
5362                        <div class="col-md-12 col-sm-6 col-xs-12 quickLinks">
5363
5364                            <div id="dnn_LeftTopPane" class="h_LeftTopPane">
5365
5366                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-543"><a
     name="543"></a><div id="dnn_ctr543_ContentPane" class="empty"><!-- Start_Module_543
     --><div id="dnn_ctr543_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
5367
5368        <div id="dnn_ctr543_HtmlModule_lblContent" class="Normal">
5369
5370        <ul class="relatedNav">
5371        <li class="header">EXPERT CARE, CLOSE TO HOME</li>
5372        <li><a href="/Medical-Services/Birth-Center">Birth Center</a></li>
5373        <li><a href="/Medical-Services/Breast-Health">Breast Health</a></li>
5374        <li><a href="/Medical-Services/Cancer-Care-Center">Cancer Care Center</a></li>
5375        <li><a href="/Medical-Services/Heart-Vascular-Center">Heart &amp; Vascular
     Center</a></li>
5376        <li><a href="/Medical-Services/Emergency-Services">Emergency Services</a></li>
5377        <li><a href="/Medical-Services/Orthopedics-Services">Orthopedics
     Services</a></li>
5378        <li><a href="/Medical-Services">MORE</a></li>
5379    </ul>
5380
5381    </div>
5382
5383
5384
5385    </div><!-- End_Module_543 --></div>
5386
5387    </div></div>
5388
5389                            </div>
5390
5391                            <!-- Left Bottom Pane -->
5392
5393                            <div class="col-md-12 col-sm-6 col-xs-12 events">
5394
5395                            <div id="dnn_LeftBottomPane" class="h_LeftBottomPane">
5396
5397                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-544"><a
     name="544"></a><div id="dnn_ctr544_ContentPane" class="e_container"><!--
     Start_Module_544 --><div id="dnn_ctr544_ModuleContent" class="DNNModuleContent
     ModDNNHTMLC">
5398
5399        <div id="dnn_ctr544_HtmlModule_lblContent" class="Normal">
5400
5401        <div class="event-container">
5402    <div class="title">Classes &amp; Events</div>
5403    <div class="description">We're <em>your</em> community hospital. That's why we offer
     programs to inspire healthy lifestyles and provide screenings for early detection of
     common health conditions.</div>
5404    <p>
5405    <a href="/Classes-Events/Classes-Screenings-Events" class="readmore">View Schedule
     <span class="icon-arrow-right-generic"></span></a></p>
5406    </div>
5407    <br />
5408    <a
     href="http://www.zocdoc.com/hospitals/bjc?address=62002&amp;promo=altonmemorialhome&
     amp;procedurechanged=false&amp;languagechanged=false&amp;genderchanged=false&amp;
     dr_specialty=153&amp;name=&amp;insurance_carrier=-1&amp;reason_visit=75&amp;language=
     1&amp;gender=-1&amp;directorytype=hospitals%2Cbjc&amp;hospitalid=-1&amp;forcereskin=
     false&amp;offset=0&amp;referrertype=&amp;ispolarisrevealed=False&amp;patienttypechild
     =false&amp;" target="_blank"><img alt="" src="/portals/0/Book-Online-v3.jpg" /></a>
5409
5410    </div>
5411
5412
5413
```

```
5414   </div><!-- End_Module_544 --></div>
5415
5416   </div></div>
5417
5418                           </div>
5419
5420                       </div>
5421
5422               </div>
5423
5424           </div>
5425
5426       </div>
5427
5428
5429
5430       <!-- Footer -->
5431
5432
5433
5434   <!-- Footer -->
5435
5436   <!-- Social Media -->
5437
5438   <div class="row7 socialRow hidden-xs">
5439
5440       <div class="container">
5441
5442           <div class="row">
5443
5444               <div class="col-md-12">
5445
5446                   <div class="socialWrap">
5447
5448                       <div class="socialCol">
5449
5450                           <a
...   href="https://www.facebook.com/pages/Alton-Memorial-Hospital/110422642348416"
...   target="_blank"><span class="hidden-xs icon-fb"></span></a>
5451
5452                       </div>
5453
5454                       <div class="socialCol">
5455
5456                           <a href="https://www.youtube.com/user/altonmemorial"
...   target="_blank"><span class="hidden-xs icon-youtube"></span></a>
5457
5458                       </div>
5459
5460                   </div>
5461
5462               </div>
5463
5464           </div>
5465
5466       </div>
5467
5468   </div>
5469
5470
5471
5472
5473
5474   <!-- Phone -->
5475
5476   <div class="row9 footerRow1">
5477
5478       <div class="container">
```

```
5479            <div class="row">
5480
5481                <div class="col-md-6 col-sm-6">
5482
5483                    <div class="appointNum">
5484
5485                        <span>Find a doctor or make an appointment: </span>
5486
5487                        <a href="tel:8003920936" class="tel">800.392.0936
5488
5489                        </a>
5490
5491                    </div>
5492
5493                </div>
5494
5495                <div class="col-md-6 col-sm-6">
5496
5497                    <div class="genInfoNum"><span>General Information: </span><span><a
5498        href="tel:6184637311" class="tel">618.463.7311</a></span></div>
5499
5500                </div>
5501
5502            </div>
5503
5504        </div>
5505
5506 </div>
5507
5508 <!-- Row 10 Footer 2 -->
5509
5510 <div class="row10 footerRow2">
5511
5512     <div class="container">
5513
5514        <div class="row">
5515
5516            <div class="box-group footerGroup">
5517
5518                <div class="footerWrap">
5519
5520                    <div class="box-heading footerBar visible-xs">
5521
5522                        <h4 class="box-title"><a href="#fPanel1"><span
5523        class="barspan">Patient Care</span><span class="baricon
5524        icon-accordion-closed"></span> </a></h4>
5525
5526                    </div>
5527
5528                    <div class="box" id="fPanel1">
5529
5530                        <div class="boxcontent">
5531
5532                            <ul>
5533
5534                                <li class="hidden-xs">
5535
5536                                    <h5><span>Patient Care</span></h5>
5537
5538                                </li>
5539
5540                                <li><a href="/Find-a-Doctor">Find a Doctor</a></li>
5541
5542                                <li><a
5543        href="/Patients-Visitors/Make-An-Appointment">Request an Appointment</a></li>
5544
5545                                <li><a href="/Medical-Services">Medical
```

```
5542    Services</a></li>
5543
5544                                    <li><a href="/Patients-Visitors">Patient & Visitor
...     Information</a></li>
5545
5546                                </ul>
5547
5548                            </div>
5549
5550                        </div>
5551
5552                    </div>
5553
5554                </div>
5555
5556                <div class="box-group footerGroup">
5557
5558                    <div class="footerWrap">
5559
5560                        <div class="box-heading footerBar visible-xs">
5561
5562                            <h4 class="box-title"><a href="#fPanel2"><span
...     class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
...     </a></h4>
5563
5564                        </div>
5565
5566                        <div class="box" id="fPanel2">
5567
5568                            <div class="boxcontent">
5569
5570                                <ul>
5571
5572                                    <li class="hidden-xs">
5573
5574                                        <h5><span>About Us</span></h5>
5575
5576                                    </li>
5577
5578                                    <li><a href="/About-Us/Locations">Locations</a></li>
5579
5580                                    <li><a href="/About-Us/History">History</a></li>
5581
5582                                    <li><a
...     href="/About-Us/Mission-Vision-Values">Mission, Vision & Values</a></li>
5583
5584                                    <li><a href="/About-Us/Phone-Directory">Phone
...     Directory</a></li>
5585
5586                                    <li><a href="/About-Us">More</a></li>
5587
5588                                </ul>
5589
5590                            </div>
5591
5592                        </div>
5593
5594                    </div>
5595
5596                </div>
5597
5598                <div class="box-group footerGroup">
5599
5600                    <div class="footerWrap">
5601
5602                        <div class="box-heading footerBar visible-xs">
5603
5604                            <h4 class="box-title"><a href="#fPanel3"><span
```

```
5604   class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
...    </a></h4>
5605
5606                              </div>
5607
5608                              <div class="box" id="fPanel3">
5609
5610                                  <div class="boxcontent">
5611
5612                                      <ul>
5613
5614                                          <li class="hidden-xs">
5615
5616                                              <h5><span>Careers</span></h5>
5617
5618                                          </li>
5619
5620                                          <li><a href="https://bjc.jibeapply.com/jobs?page=1"
...    target="_blank">Apply Online</a></li>
5621
5622                                          <li><a href="http://www.bjctotalrewards.org"
...    target="_blank">Benefits</a></li>
5623
5624                                          <li><a href="/Careers">Nursing</a></li>
5625
5626                                          <li><a
...    href="http://www.bjcmgphysicians.org/category/facilities/alton-memorial-hospital"
...    target="_blank">Physician Employment</a></li>
5627
5628                                      </ul>
5629
5630                                  </div>
5631
5632                              </div>
5633
5634                          </div>
5635
5636                      </div>
5637
5638                      <div class="box-group footerGroup">
5639
5640                          <div class="footerWrap">
5641
5642                              <div class="box-heading footerBar visible-xs">
5643
5644                                  <h4 class="box-title"><a href="#fPanel5"><span
...    class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
...    </a></h4>
5645
5646                              </div>
5647
5648                              <div class="box" id="fPanel5">
5649
5650                                  <div class="boxcontent">
5651
5652                                      <ul>
5653
5654                                          <li class="hidden-xs">
5655
5656                                              <h5><span>What's New</span></h5>
5657
5658                                          </li>
5659
5660                                          <li><a href="/About-Us/Newsroom">Newsroom</a></li>
5661
5662                                          <li><a href="/Classes-Events">Classes & Support
...    Groups</a></li>
5663
```

```
5664   href="https://www.facebook.com/pages/Alton-Memorial-Hospital/110422642348416"
 …    target="_blank">Facebook</a></li>
5665
5666                                    </ul>
5667
5668                                </div>
5669
5670                            </div>
5671
5672                        </div>
5673
5674                    </div>
5675
5676                </div>
5677
5678            </div>
5679
5680   </div>
5681
5682   <!-- Footer Logo & copyright -->
5683
5684   <div class="row12 copyRow">
5685
5686       <div class="container">
5687
5688           <div class="footerLogoWrap clearfix">
5689
5690               <a href="http://wuphysicians.wustl.edu/">
5691
5692                   <a id="dnn_ucFooter_dnnLOGO_hypLogo" title="Alton Memorial Hospital"
 …    href="http://www.altonmemorialhospital.org/"><img id="dnn_ucFooter_dnnLOGO_imgLogo"
 …    src="/Portals/0/logo.png" alt="Alton Memorial Hospital" style="border-width:0px;"
 …    /></a>
5693
5694               </a>
5695
5696           </div>
5697
5698           <div class="copyrightWrap">
5699
5700               <div class="copyrightSection">
5701
5702                   <span class="address">Alton Memorial Hospital<br />
5703
5704                       One Memorial Drive<br />
5705
5706                       Alton, Illinois 62002 </span>
5707
5708                   <br />
5709
5710                   <br />
5711
5712                   <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
 …    class="copyRight">Copyright © 1997-2016 BJC HealthCare. All Rights Reserved.</span>
5713
5714
5715
5716               </div>
5717
5718           </div>
5719
5720           <div class="bottomLinks">
5721
5722               <span><a href="/">Home</a></span> <span class="separator">|</span>
 …    <span><a href="/Our-Policies">Our Policies</a></span>
5723
5724               <span class="separator">|</span> <span><a
```

```
5724    href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
        target="_blank">Patient Privacy</a></span>

5725
5726                    <span class="separator">|</span> <span><a href="/Map">Sitemap</a></span>
5727
5728                    <span class="separator">|</span> <span><a
        href="/Financial-Assistance">Financial Assistance</a></span>
5729
5730                    <span class="separator">|</span> <span><a href="/Joint-Commission">Joint
        Commission</a></span>
5731
5732                    <span class="separator">|</span> <span><a href="/Quality">Quality
        Reports</a></span>

5733
5734
5736                    <span class="separator">|</span> <span><a
        href="/Patients-Visitors/Contact-Us">Contact Us</a></span>
5737
5738                    <span class="separator">|</span> <span><a
        href="/Portals/0/Upload/docs/AMH CHNA Report kk.12.23.13.pdf"
        target="_blank">Community Benefit Plan</a></span>
5739
5740                    <span class="separator">|</span> <span><a
        href="/About-Us/Mission-Vision-Values">Mission, Vision & Values</a></span>
5741
5742            </div>
5743
5744        </div>
5745
5746 </div>
5747
5748 <div class="row13 footerBlue">
5749
5750     <div class="container">
5751
5752         <a href="http://www.bjc.org" target="_blank"><img
        src="/Portals/0/Skins/AMH/images/bjc_logo.png" alt="BJC" /></a>
5753
5754     </div>
5755
5756 </div>
5757
5758
5759
5760 <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
        Top</span><span class="icon-arrow-back_to_top"></span></a>
5761
5762
5763
5764 </div>
5765
5766
5767
5768
5769
5770 <!--CDF(Css|/Portals/0/Skins/AMH/css/bootstrap.css?cdv=119)-->
5771
5772 <!--CDF(Css|/Portals/0/Skins/AMH/css/bootstrap-theme.css?cdv=119)-->
5773
5774 <!--CDF(Css|/Portals/0/Skins/AMH/css/all.css?cdv=119)-->
5775
5776 <!--CDF(Css|/Portals/0/Skins/AMH/css/desktop.css?cdv=119)-->
5777
5778 <!--CDF(Css|/Portals/0/Skins/AMH/css/tablet.css?cdv=119)-->
5779
5780 <!--CDF(Css|/Portals/0/Skins/AMH/css/mobile.css?cdv=119)-->
5781
```

```
5782    <!--CDF(Css|/Portals/0/Skins/AMH/css/jquery.fancybox.css?cdv=119)-->
5783
5784
5785
5786    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/bootstrap.js?cdv=119)-->
5787
5788    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/jquery.fancybox.js?cdv=119)-->
5789
5790    <!--CDF(Javascript|/Portals/0/Skins/AMH/js/global.js?cdv=119)-->
5791
5792
5793
5794
5795
5796
5797
5798
5799
5800            <input name="ScrollTop" type="hidden" id="ScrollTop" />
5801
5802            <input name="__dnnVariable" type="hidden" id="__dnnVariable"
        autocomplete="off"
        value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`55`,`SearchIconWebUrl`:`url(/
        icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
        DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
5803
5804            <input name="__RequestVerificationToken" type="hidden"
        value="WEz9om9YYiqAdx6-
        Z4n3OIHbSDpmE67bb5depWOiK3vem4_0rMCCtaboRZ23_0vZOxT3nUySC7J5gx8_wseJ0UsrKmdBpaS0PoBX9
        P736rAhbviBD1BKTSUHkQ01" /><script src="/Resources/Search/Search.js?cdv=119"
        type="text/javascript"></script>
5805
5806
5807
5808    <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
        ></script>
5809
5810    <script type="text/javascript">
5811
5812    //<![CDATA[
5813
5814    ;(function() {
5815
5816                        function loadHandler() {
5817
5818                                var hf = $get('StylesheetManager_TSSM');
5819
5820                                if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
        ''; }
5821
5822                                hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
        Culture=neutral,
        PublicKeyToken=121fae78165ba3d4:en-US:0c73de62-0d2d-4abd-8baf-ae65d0b06e04:aac1aeb7:
        c73cf106';
5823
5824                                Sys.Application.remove_load(loadHandler);
5825
5826                        };
5827
5828                        Sys.Application.add_load(loadHandler);
5829
5830                })();Sys.Application.add_init(function() {
5831
5832        $create(Telerik.Web.UI.RadTextBox,
        {"_displayText":"Search","_focused":false,"_initialValueAsText":"","
        _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr731$
        ViewPhysicianFinding$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
        0)","_skin":"Default","_validationText":"","clientStateFieldID":"
```

Page 179

```
5832  dnn_ctr731_ViewPhysicianFinding_txtSearchBox_ClientState","emptyMessage":"Search","
      enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover form-control
      searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError form-control
      searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled form-control
      searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused form-control
      searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty form-control
      searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead form-control
      searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled form-control
      searchInput"]}}, {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
      $get("dnn_ctr731_ViewPhysicianFinding_txtSearchBox"));
5833
5834  });
5835
5836  Sys.Application.add_init(function() {
5837
5838      $create(Telerik.Web.UI.RadTextBox,
      {"_displayText":"Search...","_focused":false,"_initialValueAsText":"",
      "_postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr589$View$
      ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
      0)","_skin":"Default","_validationText":"","clientStateFieldID":"
      dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
      ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
      form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
      form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
      form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
      form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
      form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
      form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
      form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
      $get("dnn_ctr589_View_ucHealthInfoGroup_txtSearchBox"));
5839
5840  });
5841
5842  //]]>
5843
5844  </script>
5845
5846  </form>
5847
5848
5849
5850
5851
5852
5853
5854      <!-- Facebook Like button -->
5855
5856      <div id="fb-root"></div>
5857
5858    <script>(function (d, s, id) {
5859
5860          var js, fjs = d.getElementsByTagName(s)[0];
5861
5862          if (d.getElementById(id)) return;
5863
5864          js = d.createElement(s); js.id = id;
5865
5866          js.src =
      "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
5867
5868          fjs.parentNode.insertBefore(js, fjs);
5869
5870      }(document, 'script', 'facebook-jssdk'));</script>
5871
5872
5873
5874    <!-- End -->
5875
```

```
5876
5877
5878        <!--[if lt IE 9]>
5879
5880          <script src="/js/html5shiv.js"></script>
5881
5882        <![endif]-->
5883
5884    </body>
5885
5886    </html>
5887    **************************************************
5888    The following data is from avistahospital_org-20160909-gtm_js_id_GTM-Z6TQ.txt
5889    **************************************************
5890    // Copyright 2012 Google Inc. All rights reserved.
5891    // Container Version: 213
5892    (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
        eval(s);};})(window,'google_tag_manager');(function(){
5893
5894
5895
5896
5897
5898    var __cegg;(function(){var
        a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
        isVendorTemplate=!0})(function(b){try{var
        c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else{b[""]&&(C.
        CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
        e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
        .net"+e+"?"+Math.floor((new Date).getTime()/
5899    36E5),b["55"],b["56"]);a[c]=!0}else w(b["56"])})catch(f){w(b["56"])}})})();var
        Ba=this,Ca=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a){if(a instanceof
        Array)return"array";if(a instanceof Object)return b;var
        c=Object.prototype.toString.call(a);if("[object
        Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
        a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
        Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
        return"null";
5900    else if("function"==b&&"undefined"==typeof a.call)return"object";return
        b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
        function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
5901     jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
5902    var Ea=/\[object
        (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
        return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
        b?b[1].toLowerCase():"object"},Ga=function(a,b){return
        Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
        (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
        (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
        a);return void 0===
5903    b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
        a)if(Ga(a,d)){var
        e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
        |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
        pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
        Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
        sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
        Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
        yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,La,Mc,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
        ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
        Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
5904    de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
        Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
5905    (function(){var a=function(a){return{toString:function(){return
        a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a("")
        ;Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
```

Page 181

```
5906  eb=a("");rb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
      ("");qb=a("");rb=a("");sb=a("");tb=a("");
5907  ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
      Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
5908  Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
      );Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
5909  ec=a("");fc=a("16");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a(""
      );nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
5910  uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
      "24");Ec=a("");Fc=a("");Gc=a("25");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a("")
      ;
5911  Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
      ");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
      33");cd=a("");dd=a("");
5912  ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
      37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
      =a("");Ad=a("");Bd=a("");
5913  Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
      =a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
      ");
5914  Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
      ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
5915  ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
      =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
5916  Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
      "45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
5917  Se=a("");Te=a("");Ue=a("50");Ve=a("");We=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
      $e=function(){},N=function(a){return"function"==typeof
      a},af=function(a){return"object
      Array]"==Object.prototype.toString.call(Object(a)),bf=function(a){return"number"==Fa
      (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a){if(Array.
      prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
      d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
      a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
      Math.round(Number(a))||0},ha=function(a){return"false"==
5918  String(a).toLowerCase()?!1:!!a},df=function(a){var b=[];if(af(a))for(var
      c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
      Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
      Math.random(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
      hf.prototype.set=function(a,b){this.values[this.prefix+a]=b},hf.prototype.get=
      function(a){return
      this.values[this.prefix+a]},hf.prototype.contains=function(a){return void
      0!==this.get(a)};
5919  var jf=function(a,b,c){try{if(!a[gd])return
      a[Gc](a,b||$e,c||$e)}catch(d){}return!1},kf=function(a,b){function
      c(b,c){a.contains(b)||a.set(b,c)}a.get(b).push(c)}for(var
      d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
      f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
      function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
      function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
      b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
      of++},ma=function(a,b,c){return
5920  a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
      prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
      0!==a.length},rf=function(a){0==b?a.Va=!0:a.complete=!0;var
      c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
      ){return b(a,d)?-1:b(d,a)?1:0})};var
      H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
      0===d||c?b:d;return
      H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
      a){var
      b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
      ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
      .readyState
      in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
      d=R.createElement("script");d.type="text/javascript";
5921  d.async=!0;d.src=oa(a,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
      c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
```

```
5921  visibility="hidden",fwr(c),oa(b,c)}void 0!==a&&(c.src=a)}return
      c},G=function(a,b,c){var d=new
      Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
      null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
      !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
      0)},ra=!1,sa=[],xf=function(a){if(!ra){var
5922  b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
      |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
      e=0;e<sa.length;e++)sa[e]()}sa.push=function(){for(var
      a=0;a<arguments.length;a++)w(arguments[a]);return
      0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
      xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
      b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
      c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
5923  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
      a&&b&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
      a.target||a.srcElement||{}},wa=function(a){var
      b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
      b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
      c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
      e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
      String(e.tagName).toLowerCase()]&&
5924  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
      a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
      b=a.location.href,c=b.indexOf("#");return
      0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
      console.log(a)};var Of=function(a,b,c,d,e){var
      f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
      switch(b){case "protocol":f=g;break;case
      "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
      h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
      "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
      "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
      k=f.split("/");0<=df(d||[],k[k.length-
5925  1])&&(k[k.length-1]="");f=k.join("/");break;case
      "query":f=a.search.replace("?","");if(e)a:{for(var
      m=f.split("&"),l=0;l<m.length;l++){var
      n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
      ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
      0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
      f},Pf=function(a){var
      b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
      b},xa=function(a){var b=R.createElement("a");
5926  a&&(b.href=a);return b};var ca=function(a,b){var
      c=function(){};c.prototype=a.prototype;var d=new
      c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
      b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
      c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
      e=b[d]&&b[d].toLowerCase();if(e){var
      f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
      return!1}}return!1},ga=function(a,b,c){for(var
      d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
      &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
      aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
      0===C[a]||c&&!C[a])&&(C[a]=b)},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
      hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
      J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
      c=Rf,d=a.split("."),e=0;e<d.length;e++)if(void 0===c[d[e]])return;c=c[d[e]]}return
      c}return Qf.get(a)},Sf=function(a,b){for(var
      c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
      c};var Uf=new
      RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
      customPixels:["nonGooglePixels"],html:["nonScripts","customPixels","
      nonGooglePixels","nonGoogleScripts"],customScripts:["html","
      customPixels","nonGooglePixels","nonGoogleIframes"],nonGooglePixels:[],
      nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
      nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts"],
```

```
5926  customScripts","html","nonGoogleIframes":["customPixels",
5927  "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
      customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
      Xf=function(a,b){for(var
      c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
      c},Yf=function(){var a=J("gtm.whitelist");
5928  var
      b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
      &H.location.hostname)&&(c=ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
      d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
      0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
      k=0;k<g.b.length;k++){if(0>df(b,
5929  g.b[k]))}h=!1;break a}else{h=!1;break a}h=!0}var m=!1;if(c){var
      l;if(!(l=0<=df(d,g.a)))a:{for(var n=g.b||[],q=new
      hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
      break a}l=!1}m=l}return e[g.a]=!h||m};var _jsm=function(a){if(void 0!==a[Uc])try{var
      b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
      _c=function(a){return a[Ue]};_c.a="c";_c.b=["google"];var tf=function(a){var
      b=R;return Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
      ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
      catch(a){}var Zf=$f;var bg=void 0,cg="",dg=0,eg=void 0,_et=function(a){var
      b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
      {var f;if(c){var g=c.innerText||c.textContent||"";g&&
      "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
      \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
      b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
      b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(b);return
      b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
      La};_e.a="e";_e.b=["google"];var
      fg=/^[|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
      (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
      e=b[d].split("="),f=ef(e[0]);if(f&&f==a){var
      g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
      c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
      1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");d&&(f+="expires="+e.toGMTString()+";
      ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
5930  R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
      0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(var
      b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
      indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
      var
      a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
      none"];for(var
      b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
      lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
      a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a};var
      mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
      ea+"-"+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
      c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
      W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
      hf},rg=function(a,b,c){b&&(""===c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
      )))},sg=function(a,b){for(var
      c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
      c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
      b=[],c=0;c<a.h.length;c++){var b=
5931  a.h[c];b.push([d,a.B.get(d])])}return b},ug=function(a){for(var
      b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
      864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
      a=[],b=0;b<this.h.length;b++){var
      c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
      +"."+a.join("!")};
5932  var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
      g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
      length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
      hg("_gaexp",a.toString(),a.W,a.da,c);for(var
      h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
      lg(ig(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},og=function(a
```

Page 184

```
5932  ){for(var a=d.f,c=a.b[],d=a.s[__gaexp~),e=[],f=0;f<d.lengthpf+y{var
      g=wg(a,d[f]);g&&e.push(g)}sf(e,
5933  function(a,d){var e=a.D,f=d.D;return
      e.f==f.f&&e.j==f.j?!1:e.f==b&&e.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
      =b?!1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
      .length?e[0].D:new
      lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
      c=b.match(/GAX1\.([^.]+).(.*)/);if(c){var d;a:{var
      e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
      f=ef(e[0]);if(0!=f.length){var g=2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
      lg(O(f),O(g)):void 0;
5934  break a}}d=void 0}if(d){for(var h=new
      ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
      l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
      mg(l[2],O(l[1])))}}return h}}};var _v=function(a){var
      b=J(a[md].replace(/\\\./g,"."),a[Ub]);return void
      0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
      gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
      b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
      b};_f.a="f";_f.b=["google"];var ea=function(a){var
      b=H.location,c;{c=J(a[Rb]?a[Rb]:J("gtm.url")):&&(b=xa(String(c)));var
      d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);return
      f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
      0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
      _eq=function(a){return String(a[$a])===String(a[ab])};_eq.a="eq";_eq.b=["google"];var
      _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
      0)).test(a[$a])};_re.a="re";_re.b=["google"];var
      Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
      Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
      b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
      a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
      if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
      d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
      0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
      0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
5935  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}}var q=!1;t=k.event,v=void
      0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){var
      x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
      z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
      eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
5936  }La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
      b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end){b["GTM-Z6TQ"]=!1;var
      c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
5937  b.end=null)}}catch(e){}return a};var
      Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
      function(c){c=c||H.event;var
      d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
      e=!d||!!d.href||ch(d.href)||2===c.which||null==c.which&&4==c.button||c.ctrlKey||c.
      shiftKey||c.altKey||1!0===c.metaKey);var
      f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
      d){var
      g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
      g={},k,m=dh(f,
5938  ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
      |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&bb&&!e;g.simulateDefault&&(e=gh(d,g)||e,
      !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
      c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
      f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
      ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
      "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
5939  "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
      .eventReporter=function(a){c.eventReport=a};break;case
      "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
      (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
      eventReport=a};break;case
      "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
      formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
      default:return!0}return Qg(g)},
```

```
5940  jh=function(a){var b=a.action,b&&b.tagName&&(b=a.cloneNode());b.action})return
      b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
      "a":case "area":case "form":b="_self")return b},gh=function(a,b){var
      c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
      "":case "_self":case "_parent":case "_top":var
      f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
      "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
5941  "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
      default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
      =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
      function(){b.simulateDefault&&(b.targetWindow.b.targetWindow.location.href=a.href:(c=
      c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25)))}},kh=function(a,b,
      c){return function(){if(b.simulateDefault)if(b.targetWindow)var
      d;b.targetWindowName&&
5942  (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
      targetWindowName&&(a.target=d)}else
      c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
      {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
      e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
      f=e;if(!f||"0"==f){if(a.l)return;a.l=!0;f="0"}var
      g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
      ){if(b.wnc["0"]||b.wc["0"])return!0;
5943  for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
      d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
      f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
      a,b,c,d,e){var f,g,h=!1;switch(a){case
      "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
      function(a){var b=If(a);b&&&eh("CLICK",b,{},d)};h=!0;break;case
      "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location));nh($g,b||!1,c||!1,d,e);if(R.
      gtmHasLinkClickListenerTag)return;
5944  R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
      "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
      gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1)}break;default:return}U(R,f,g,
      h)},ch=function(a){if(!Zg)return!0;var
      b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
      Zg=Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
      a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
      a.gtmReplacedFormSubmit;
5945  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
      R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
      xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
      c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
      c.join("")}};yh.prototype.toString=function(){return
      this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
      zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
      b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
      Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
      a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
      Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
      V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
      "]=function(){};var Jh=function(a,b){var c=Ih;return
      Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
      Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
      .toLowerCase().indexOf("webkit")&&!V("Edge"));var
      Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
      ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
      Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
      )||V("iPod")||V("iPad");V("iPad");V("iPod");
5946  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
      Th="",Uh=function(){var
      a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
      if(Lh)return/\b(?:MSIE|rv)[:
      ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
      )[ \/]?(\S+)/.exec(a);if(Uh)&&(Th=Uh?Uh[1]:"");if(Lh){var
      Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
5947  var Wh=Sh,Ih={},Xh=function(a){return Jh(a,function(){for(var
      b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
      length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
```

```
5947… k=/(^|[^\\\.])((?:\.)*)exec(g)||[],m=/(^|[^\\\.])*?exec(h)||[],i,"","","",""];
…     if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
…     1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
…     3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document,
5948  Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
…     $h;if(!($h=!Oh&&!Lh)){var
…     ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
…     va=function(a,b){var
…     c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
…     var d="<!DOCTYPE html><html><head><script>var
…     inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
…     if(di){var
…     e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
…     ei(a,d)},ci=Ph&&"srcdoc"in
…     document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
…     Xh(10)&&6>fi()&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
5949  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
…     ,c):c()},fi=function(){var
…     a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
…     a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
…     d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
…     b}catch(e){}d=!1}b=d}catch(e){b=!1}return
…     b}catch(e){return!1}},ji=0,ii=function(a,b){var
…     c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
…     {document.domain = \""+
5950  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
…     null;continuation();})()()\x3c/script>'"},gi=function(a){for(var
…     b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
…     b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
…     String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1==b.length%2&&(d[c]=b
…     .charAt(b.length-1));return d.join("")};/*
5951  Copyright (c) 2014 Derek Brans, MIT license
…     https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
…     simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
5952
5953  var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};for(var k in
…     b)b.hasOwnProperty(k)&&(g.gb&&(g["fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
…     h={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
…     textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(){var
…     b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
…     function(){var
…     b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
…     b=n.startTag();
5954  if(b){var c=a.slice(b.length);if(c.match(new
…     RegExp("</\\s*"+b.tagName+"\\s*>","i"))){var d=c.match(new
…     RegExp("([\\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
…     .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
…     b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
…     k=c||e||g||f.test(b)&&b||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
…     textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
…     chars:function(){var b=
5955  a.indexOf("<");return{length:0<=b?b:a.length}}},q=function(){for(var b in
…     h)if(h[b].test(a)){var c=n[b]();return
…     c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
…     function(){var
…     b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
…     =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[],d.Qa=function(){return
…     this[this.length-1]};d.ua=function(a){var b=this.Qa();return
…     b&&b.tagName&&b.tagName.toUpperCase()==a.toUpperCase()};d.qb=
5956  function(a){for(var b=0,c=this[b];b++)if(c.tagName==a)return!0;return!1};var
…     e=function(a){a&&"startTag"===a.type&&(a.Y=b.test(a.tagName));return
…     a},f=q,k=function(){a="</"+d.pop().tagName+">"+a},h={startTag:function(b){var
…     e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
…     &&d.qb(e)?d.ua("P")?(a="</"+b.tagName+">"+a,l()):0>b.Y||d.push(b)},endTag:function(a)
…     {d.Qa()?g.tb&&!d.ua(a.tagName)?k():d.pop():g.tb&&(f(),l())}},l=function(){var
…     b=a,c=e(f());a=b;if(c&&
5957  h[c.type])h[c.type](c));q=function(){l();return
…     e(f())}}();return{append:function(b){a+=b},Hb:q,nc:function(a){for(var
```

```
5957 b;(b=q()?y&&!(a[b.type]||r!==a[c.type])(b);})?;b,clearfunction(){var b=a,a="";return
     b},oc:function(){return a},stack:[]}}var b=function(){var
     a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
     P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc=2===b.childNodes.
     length;return
     a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=?\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
     +))?)*)\s*(\/?)>/,
5958 d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)")"
     )|(?:'((?:\\.|[^'])*)')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
     ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
     =function(a){var
     b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
     a.tagName+">"},atomicTag:function(a){return
     b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
     in a.m)var d=a.m[c],
5959 b=b+(" "+c+'="'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
     b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
     b[a.type](a)};a.ec=function(a){var b={},c;for(c in a){var
     d=a[c];b[c]=d&&d.replace(/(^|[^\\])"/g,'$1\\"')}return b};for(var g in
     b)a.lb=a.lb||!b[g]&&g;ki=a}();(function(){function a(){}function b(a){return void
     0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
     0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
5960 function e(a,b){d(b,function(b,c){a[b]=c});return a}function
     f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
     g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
     h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(a){return a},done:a,error:function(a){throw
     a;},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
     a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
     b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
5961 d):a.removeAttribute(e)}function f(b,c){var
     d=b.ownerDocument,e=this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
     "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]});a(this.Ba,"
     proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
     a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
     a?this.pb(a):this.Ja(a)};f.prototype.pb=function(a){var
     b={type:"function",value:a.name||a.toString()};this.za(b);a.call(this.Z,this.L);this.
     Sa(b)};
5962 f.prototype.Ja=function(a){this.ia.append(a);for(var
     b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
     b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
     b?!!~b.tagName.toLowerCase().indexOf("style"):!1));)c.push(b);this.Qb(c);d&&this.ub(b)
     ;e&&this.vb(b)};f.prototype.Qb=function(a){var
     b=this.mb(a);b.La&&(b.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
     };f.prototype.mb=function(a){var
     b=this.pa.length,d=[],e=[],f=[];c(a,function(d){d.push(a.text);if(a.m){if(!/^noscript
     $/i.test(a.tagName))var c=
5963 b++;e.push(a.text.replace(/(\/?>)/," data-ps-id="+c+"
     $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
     .tagName+" data-ps-proxyof="+c+(a.Y?" />":">")))}else
     e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ia:a,raw:d.join(""),La:e.
     join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
     c,d=[this.Ba];b(c=d.shift());){var
     e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
     f=c.parentNode&&a(c.parentNode,"proxyof");f&&
5964 this.pa[f].appendChild(c)}d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
     function(a){var
     b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
     this.ca=a:this.za(a);var
     c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
     b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.$b||"text/css";this.Rb(a)
     ;b&&this.write()};f.prototype.Rb=function(a){var
     b=this.ob(a);this.Ab(b);a.content&&(b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
     content:b.appendChild(this.L.createTextNode(a.content)))};
5965 f.prototype.ob=function(a){var
     b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
     .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
     id="ps-style"/>');var
     b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
```

```
5965… function(a){a=b=this.X;f=this.X=[];this.X.unshift(a)};f.prototype.sa=function(a){a!==
…      this.X[0]?this.options.error({message:"Bad script nesting or script finished
…      twice"}):(this.X.shift(),this.write.apply(this,
5966…  a.F)),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
…      function(a,b){var
…      c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
…      function(){b();e()})));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
…      )}}};f.prototype.nb=function(a){var
…      b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
…      &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
…      id="ps-script"/>');var b=this.L.getElementById("ps-script");
5967…  b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
…      c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
…      d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
…      (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
…      e={message:"remote script failed
…      "+a.src};c();d(e);b()}})};f.prototype.Kb=function(a){return!/^script$/i.test(a.
…      nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
…      f}();k.ja=function(){function b(){var a=
5968…  m.shift(),b;a&&(b=a[a.length-1],b.ab()),a.stream=c.apply(null,a),a.bb())}function
…      c(c,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
…      l(c,h);x.id=d++;x.name=h.name||x.id;var
…      m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
…      close:a,open:a,write:function(){return
…      k(g(arguments).join(""))},writeln:function(){return
…      k(g(arguments).join("")+"\n")}});var
…      q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
…      "+b+":"+c});q.apply(x.Z,arguments)};x.write(f,
5969…  function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
…      d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
…      e&&(e={done:e});e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.hc?c
…      [0]:c;var
…      g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[1]=a}};e.hb(g);m.push(g
…      );x||b();return c.ja},{qc:{},mc:m,ac:1}})()();qa=k.ja})();
5970…  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
…      e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
…      gtmscript"==e.type){var
…      g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
…      text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
…      h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
…      else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
…      k=[];e.firstChild;)k.push(e.removeChild(e.firstChild))
5971…  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
…      c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
…      d=pa;d.postscribe||(d.postscribe=qa);var
…      f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
…      ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)};ra?d():sa.push(d)};
…      var ni=function(a,b,c){if(R.body){var d=
5972…  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
…      google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
…      a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
…      H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
…      customScripts"];
5973…  var zi=function(a,b,c,d){var e=b+": "+c+(d?"
…      !important":""),f=document;if(f.createStyleSheet){var
…      g=wi(f),h=g.rules.length;g.addRule(a,e);return
…      function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
…      k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
…      function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
…      b=a.styleSheets.length-1;0<=b;b--){var
…      c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
…      return Ai=c}0==a.styleSheets.length&&
5974…  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
…      c=(b||document).createElement("style");void
…      0==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
…      c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
…      body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
…      0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
```

```
5974   0,Ca:1},H:[a=!0},f=[g,h]=function(a,b,c,d){var e=!!f;if(!Pi(f,e))return;var
       f={id:e.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
       null===a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
       b=zi(a,"visibility","hidden",!0);return
       function(){N(b)&&b.apply();b=null},Ni=function(a,b,c,d){var e=b;if(!ra){var
       f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
       c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
       c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
       .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
       Ki(a)})},U(R,"DOMContentLoaded",a.ya))):Pi(a)}},Pi=function(a){for(var
       b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
       d=tf(c.F.w)||[],e=0;e<d.length;e++){var
       f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
       Ri(f,c.id)))}}},Oi=
5975   function(a,b){var c=[];if(b.F){var
       d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
       g=d[f],h;if(null!=e&&(h=e.length)>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
       .na.o)))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
       .length))return!1;for(var k=0;k<c.length;k++){var
       m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id)}l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
       q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
       b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
       gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
       function(){a.gtmProgressiveApplied&&delete
       a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
       c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
       f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
       ;d.push(f)}}return
       d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
       return!1};var _cl=function(a,b){qh("CLICK");w(b)};_cl.a="cl";_cl.b=["google"];var
       Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};
5978   var jj=function(a,b,c){var
       d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
       doubleclick.net/activityi")+";src="+d(a[Sa])+";type="+d(a[Hc])+";cat="+d(a[Ra]);a[Te]
       &&(e+=";u="+d(a[Te]));a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
       f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
       a&&(e+=";num="+d(a[wd]));if(a[qc]){var
       h=a[cb]||[],l=[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
       attributiontools.js",function(){jj.Da(a,e,h,
5979   b,c)},c);return}}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
       f={},g=0;g<c.length;g++){var
       h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
       k=[];k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e)};jj.V=function(a,b,c,d){var
       e=ea({});!a[Qe]&&&a(";"!=!b.charAt(b.length-1)&&(b+=";"),b+="~oref="+
       encodeURIComponent(e));a[Qe]?G:da)(b+"?",c,d)};var
       _flc=function(a){jj.V(a,_flc.b||[])};_flc.a="flc";_flc.b=["google"];var Kj=function(a){var
       b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&&c(
       b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
5980   var Lj=function(a){var b=function(b){b=b||H.event;var
       c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
       c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
       c=ma(a,Xe,!0),d=ma(a,wb,!0),e=O(a[Ye]);0>=e&&(e=2E3);var
       f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
       gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
       b=If(a);b;)b.onclick&&b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),
5981   b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a
       .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=493,hk=[],ik=[],jk=[],kk=new
       hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
       this.I.push([a,b])};return this};mk.prototype.resolve=function(a,b){for(var
       c={},d=0;d<this.I.length;d++){var
       e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
       ok=function(a){this.index=a};ok.prototype.resolve=function(a){var
       c=jk[this.index];if(c&&!b(c)){var
       d=c[Rc];if(d){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
       jf(c)}};
5982   var _M=function(a){return new
       ok(a)},pk=function(a){this.resolve=function(b,c){for(var
       d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
```

```
5982  e?new yh(a):te.join("")}}},_1=function(a){return new
      pk(arguments)},qk=function(a){function b(b){for(var
      c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
5983  function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
      e;var
      f=ka();kk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
      e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a){return new
      qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
      rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
      pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
5984  [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
      d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
      d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
      pk||c instanceof rk)d=c;else if(af(c))for(var
      d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
      mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return
      d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
      e=c[d]=c[d].split(":");
5985  0==a&&(e[1]=hk[e[1]]);if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
      h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);
      if(4==a)for(g=0;2>g;g++)if(e[g])e[g]=e[g].split(".");for(var
      k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
      c},tk=function(a){var b=[];if(!a)return b;for(var
      c=0,d=0;d<a.length&&c<gk;c++=6,d++){var a=a.charCodeAt(d)||65;if(65!=e){var
      f;f=65<e&&90>e?e?e-65:97<e&&122>e?e?e-97+26:95==e?63:48<=e?e-48+52:
5986  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
      );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
5987  var
      Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
      Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
      b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
      .s&&b.s.event){var c=b.s.event,d=b.g};b.complete||nf(b.la);rf(b,1);if(Na[a])for(var
      e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
      c=b.s.event,d=b.g};b.complete||
5988  nf(b.fa);rf(b,2);if(Na[a])for(var
      e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
      Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
      =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
      function(a){this.wa.push(a)};
5989  var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
      0==e&&(e=[]);void
      0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
      .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
      g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
      ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){
      var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
      rk&&a[g].v===
5990  d||a[g]===d){f=g;break
      a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
      splice(f,1),1==a.length&&(c=!0,b())):c=!0)}},Rk=function(a,b){var
      c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
      k=Pk(b,!0);0<k.length&&e(k)}c.push(f);var l=Pk(b,!1);0<l.length&&e(l[0].v)}else
      d=
5991  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
      g=c[f],h=Pk(g.g,!0);if(0<h.length){var
      k=c[f-1],m=Qk(g);Ik(k,m)}var
      l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk
      =function(a,b){var c=b?be:se,d=Y[a],e=void 0==d[c]?[]:d[c];return
      af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
      b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
      b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
5992  f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
      d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
      b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
      c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state,f=d?void
      0!==d:b.Va||!b.s&&b.g==Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
      0===e||!!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
      0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
```

```
5992  h&&0==a[Tc]&&d=na[cj].push(b)}n&&a[Te]||a&&a==b.b(),b:N()}};Uk=function(a,b){a=nk(a
      ,new hf,b);return a},Ok=function(a,b,c){var d=new
      Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
      _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
      function(){var
      d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
      a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
      c():c()},c)};_sp.a="sp";_sp.b=["google"];
5993  var Zk=!1,_ua=function(a,b,c){function d(a){var
      b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void
      0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
      g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
      b=function(a,b,c){if(!la(b))return!1;for(var
      e=ma(Object(b),a,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length;,c;a[jc]?c
      =J("ecommerce"):
5994  a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var
      e=ma(a[Dc],"currencyCode",c.currencyCode);void
      0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
      promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
      promo_click",c.promoClick.actionField);return}for(var f="detail checkout
      checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
      h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
      h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
      a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
      f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||!f||(f=void 0);b[e]=f;d++}return
      d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
      H.GoogleAnalyticsObject},l=M(m(),function(){var
      a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
      n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
5996  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
      v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
      allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
      cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
      :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
      javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
5997  var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
      0!==a[Ya]&&d("set","anonymizeIp",a[Ya]||void
      0);e("nonInteraction",vd);g("contentGroup",a[Cb]);g("dimension",a[fc]);g("metric",a[
      jd]);
5998  var D={};k(a[Dc],D,!1)&&d("set",D);var
      F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
      ]))a[Kc]();else{var
      c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[Be]){a[rc]&&(d("require","ec","ec.js"
      ),h())}var
      E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
      (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
      if(a[Ee]){}else if(a[De]){}else if(a[Sb]){}else if(a[Yb]){}else
      if(a[Ae]){}else{a[rc]&&(d("require","ec","ec.js"),h());if(a[hc]&&!a[tc]){var
      P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
      ,void
      0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
      ,"linker");var
      ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
      }if(!Zk){var
      W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
5999  Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m()].
      loaded||c()},c)}};_ua="ua";_ua.b=["google"];var $k,al;var jl=!1;var
      kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
      d=lk[b]&&nk(lk[b],new hf,c);e=d;if(d)if(d[Za]&&af(d[Za]))for(var
      f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=e,d&&(a[b]=[e,d]}return
      a[b]}},Ck=function(a,b){for(var
      c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
      e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
      b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
      "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
6000  for(var
      e={id:a,name:b,ba:c||!$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
      (e,oh[g])){f[g]=!0;for(var
```

```
6000  h=e,k=O;h[g],m=T[y];i=0;i<W.length;i++){var h=aa[m[i]]!=!0)for(var
      n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
      v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}var P=t;for(var x=new
      Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
      D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa]break)}x.addListener(e.ba);
      for(var E=[],
6001  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
      A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
      S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
      rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
      E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
      ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
      pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
      0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
      0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
6002  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od(od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
      pd=W[Ia];!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
      1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
      wj=Number(wc),na=yf,zf=nj;if(na){var
      zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
      Af=Qk(zf);Ik(na,Af);var
      Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
      Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
6003  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
      resolvedTags:e.P});
6004  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
      Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc]))(var Cj=Bj[Rc];Df=!("function"!=typeof
      String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}}
      if(Df)return!0}return!1};var ml={macro:function(a){if(kk.contains(a))return
      kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
      callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
      za[a]};ml.jb=function(){var
      a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
      ml);pa=a};(function(){var a=function(a){var
      b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
      ={},d.wt=null,d.l=!1);return d};$g=a("formSubmitMap")}())();
6005  hk.push.apply(hk,function(){for(var a=[_jsm,'CID',\(function(){try{var
      a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
      console.log(\x22Error fetching
      clientId\x22),\x22n/a\x22}})()','_T(2),'_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
      'gtm.js','56933_1',_sp,'1001982034',''','yH_WCJae6wMQ0pDk3QM',4,'.*avistahospital\\.
      org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,'
      UA-6319752-3',false,'All Clicks','destination -
      ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
      ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
      ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
      url',_M(5),'.*itriagehealth.com/facility/*',object','56933_38','Outbound',{41:30,42:
      47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
      classes','gtm.elementClasses',_M(6),'url
      path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
      ','element
      id',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
      castlerockhospital.org','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
      21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
      40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
      44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
      :32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
      :47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
      105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
      -6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
      6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
      /','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
      summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
      46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
      45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
      32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
      ,43:32,44:38,45:40,46:21},142,'centura.org/','56933_88','UA-6319752-1','Click
      URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
```

```
*avistacomesnhealth.org.*','56933_89','UA-6319752-36',{41:154},149,'.*orthocolorado
\\.org.*','56933_46',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
-6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
168},157,'tel','gtm.linkClick',('_triggers','gtm.triggers','`',2,_M(10),'(`$|((^|,)
56933_107($|,))))','56933_107','UA-6319752-30','Phone
Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
, avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
46:31},161,'.*centurahealthphysiciangroup\\.org.*','(`$|((^|,)56933_110($|,)))','
56933_110','Outbound
Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-35
',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118',170,'directions','56933_120
',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
56933_127',{UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
destination
-',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
','56933_128','UA-25740293-46','Click Text-','  Click
URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
text - ',_T(256,197),'click origin -
',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
'_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
*','56933_137','UA-25740293-57','destination -  - ',' -
',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144','
UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
41:306,42:47,43:32,44:149,45:40,46:31},194,'araceawomenscare.org','56933_148','UA-
25740293-18','origin -
',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\\:\\//\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\\x3ca
class\\x3d\x22cafewell\x22
href\\x3d\x22https://www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
```

6005…

```
src\x3d\x22images/2012_centura/commented/img/ad/cafewell_ABtest_text_optr.png\x22\\
x3e\\x3c/a\\x3e\x27).insertAfter(\x22#page-home
.content-box\\x3ep:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d!0,d\x3d!1,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d!0;var
a\x3ddc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3ddc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3d\nsetTimeout(\x22_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\x3d\x22+e+\
x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
a\x3ddc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none
!important;}\x22,d\x3ddc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http:/tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http:/tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http:/tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
doubleclick.net/dc.js\x22:(\x22https:\x22\x3d\x3ddocument.location.protocol?\x22https
://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!0;a.src\x3d_vj.useSrc;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)
)();\x3c/script\x3e\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
staging?\n\x3c/style\x3e',42,'\x3cimg
src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
```

```
width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',44,'\x3cimg
src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
border\x3d\x220\x22\x3e',45,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
x3dmarketing\x22\x3e',46,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
x3dhomepage\x22\x3e',47,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
ebRand\x3dMath.random()+\x22\x22,ebRand\x3dlE6*ebRand;document.write(\x27\\x3cscript
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\\x3das\\x26amp;
ActivityID\\x3d139619\\x26amp;rnd\\x3d\x27+ebRand+\x27\x22\\x3e\\x3c/script\\x3e\x27)
;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
style\x3d\x22border:0\x22
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
'\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
'56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
\.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
\.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'
,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
```

6005…

type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*maryforwill.org.*','
56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
\x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
','56933_146','\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22105623671776846!\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d105623671776846\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','
56933_151','\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22106222418052370\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d106222418052370\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22175237809837046!\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d175237809837046!\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',203,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22106757959664500\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d106757959664500\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22288953042114888!\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d288953042114888!\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22122219485619090!\x22);fbq(\

6005...

x22trackEx22,x22PageView\x22);x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,_f,'referrer',_c,'ga tracking
code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
Target','gtm.elementTarget','Error
Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
b)());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
:174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
:191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
:257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
:288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
:302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
:372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
:412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAAQ,AAAAAEAAAAM,AAAAAEAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
AAAAAEAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
;vk(lk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAAgB,AAAQAAAAQ,Ii,ABAQAAAAAAAAC,
ABAQAAAAAAAAg,ABAQAAAAAAAAAI,ABAQAAAAAAAAAAC,ABAQAAAAAAAAAAB,ABAQAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAE,ABAQAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAM,
AkAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAM
,ABAQAAAAAAAAAAAAAAAAAAQ,IACAAAAAAAAAAAAAAAAAAEAAAI,
IAAAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAAAB,
ABAQAAAAAAAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAAAAAAEAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,

6005…　IAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　AkAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…　IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IgACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IBACAAAAAAAAAAAAAAAAAAAAE,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…　AFAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　IAAAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IAAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…　IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");vk(Y
…　,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
…　AAAA6j3AAAAAAH,AAAA6j3AAAAAAwB,AAAA6j3AAAAAAA8,AAAA6j3AAAAAAAO,AAAA6j3AAAAAAAAgD,
…　AAAA6j3AAAAAAAA4,AAAA6j3AAAAAAAAAO,AAAA6j3AAAAAAAAgD,AAAA6j3AAAAAAAAA4,
…　AAAA6j3AAAAAAAAAAe,AAAA6j3AAAAAAAAAAH,AAAA6j3AAAAAAAAAAwB,
…　AAAA6D3AAAAAAAEAAAAAkD,AAAAaAUAAAAAAEAAAAAA4H,AAAAaAUAAAAAAECAAAAAwy,
…　AAAAaAUAAAAAAAEAAAAAAAwCO,AAAAaAUAAAAAAAEAAAAAAwCgD,AAAA6BUAAAAAAEAAAAAAACAAg_,
…　AAAAaAUAAAAAAAEAAAAAAQCAAAA_,AAAA6BUAAAAAAEAAAAAAACgAAIAgH,
…　AAAA6B0AAAAAAAEAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAA4,
…　AAAA6j3AAAAAAAAAAAAAACAAAAAAD,AAAA6D3AAAAAAAAAAACAgAAAAAAAAA4,
…　AAAA6j3AAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAAc,
…　AAAA6D3AAAAAEAAAAAAAAAAAAAAAAAAED,AAAA6B0AAAAAAEAAAAAAAAAAAIAAAAA4H,
…　AAAA6D0AAAAAAAEAAAAAAAAAAAIAAAAAAwH,AAAA6B0AAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
…　AAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAEAAAAAAAAAAAAAAAAAAAAgP,
…　AAAA6B0AAAAAABEAAAAAAAAAMAAABAAAAAAAAH,
…　AAAA6D3AAAAAAEAAAAAgAAAAAAAAAAAAAAAwB,
…　AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAA8,
…　AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAP,
…　AAAA6D1AAAAAAAEAAAAAgAAAAIAAAAAAAAAAAAAgD,
…　AAAA6D0AAAAAAEAAAAAgAAAAAIAAAAAAAAAAAAA4B,
…　AAAA6D3AAAAAAEAAAAAgAAAAAAAAAAAAAAAAc,
…　AAAA6B0AAAAAAEAAAAAgAAAAAAIAAAAAAAAAAAgAgP,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…　AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,

```
6005…   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-B,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
   …    AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAgB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAM,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAw,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAD,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAEE,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAY,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAgB,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAgC,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAD,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
   …    AAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAwB,
   …    AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAG,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAAEAAAAAAAw,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAAEAAAAAAAAG,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAAEAAAAAAAAw,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAAD,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAAM,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAw,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAEAAAAAAAAAG,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAAAAw,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAEAAAAAAAAAAG,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAEAAAAAAAAAAAY,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAAEAAAAAAAAAAAD,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAEAAAAAAAAAAAAY,
   …    AAAAAAAAAAAAAEAAAAAAAAAAAAAEAAAAAAAAAAAAAgB,
```

```
6005… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAw,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAM,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAw,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAG,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAQAAAAAAAg,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAc,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
   … AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAEY,
   … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAEgB");
   … vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
   … ABAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
   … QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
   … QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAI::,CAAAC:
   … AAAQAAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAABAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
   … __BAAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE:,QAAAAQ:QAAAAg:AAAAg::,
   … QAAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
   … QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
   … AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAB:AAAAAAAS::,QAAAAAAAC:
   … AAAAAAAE::,QAAAAAAAE:AAAAAAAI::,CAAAAAAAI:AAAAAAAAAE::,CAAAAAAAQ:AAAAAAAAAQ::,
   … CAAAAAAAg:AAAAAAAAAgAAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAACACAg::,CAAAAAAAAC:
   … AAAAAAAAAAA8::,CAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAAI:AAAAAAAAAAAAAAB::,
   … CAAAAAAAAAB:AAAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
   … AAAAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAAgB::
   … ,CAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAABAAI::,CAAAAAAAAAg:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
   … AAAAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAC:
   … AAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
   … AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAg:
   … AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAC:
   … AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAI:
   … AAAAAAAAAAAAAAAAAAg::,AAAYAAAAAAw:AAAAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAAB:
   … AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAC:
   … AAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAI:
   … AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAAg:
   … AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAC:
   … AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAI:
   … AAAAAAAAAAAAAAAAAAAB::,AE:AAAAAAAAQ:AAAAAAAAAAAAAB,AEAAAAAAg:::
   … AAAAAAAAAAAAAAAB");vk(ph,4,"14:,22.22:,28:,56:,60.60:,79.79:,84:,89:,94.94:,99:,104:,
   … 109.109:,114:,119:,124:,129:,134:,139:,144:,153:,158.158:,162.162:,167.366.167:,179:,
   … 185.185.324.326.328.330.332.334.336.338.340.342.344.346.348.350.352.358.369.371.373.
   … 375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185:,200:,205:,210:,
   … 214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
   … 354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
   … 436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
   … :,505:,509:,513:,516:,520:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
   … :,578:,:427,:429");for(var nl=0;nl<Y.length;nl++){var
   … ol=Y[nl],pl=1;ol[xd]?pl=2:ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
   … 0};Na[nl]=[]}ml.jb();
6006 (function(a){})()("async");
6007 (function(){var
   … a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
   … ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))})};Lf.push(
   … function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))})};var
   … c=a.push;a.push=function(){var
   … b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
```

```
6007    this.shift();return xg()};g.push.apply(g,a.slice(0));W(Yg)}}();
6008    if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
        else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
        documentElement.doScroll){var
        xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
        readyState?Mf():U(H,"load",Mf);
6009    (function(a){})("async");(function(){})();var
        _vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
6010    })()
6011
6012    **********************************************
6013    The following data is from avistahospital_org-20160909-page_source.txt
6014    **********************************************
6015    <!DOCTYPE html>
6016
6017
6018
6019    <html xmlns="http://www.w3.org/1999/xhtml">
6020
6021    <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
        charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
        name="viewport" content="width=device-width, initial-scale=1" /><link
        rel="stylesheet" type="text/css"
        href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+1553607519+
        1088335530+1945865366+-914034194+-731554408+1064114300+-300771134+1985268503"
        /><script type="text/javascript"
        src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
        1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
        Avista Adventist Hospital | Louisville CO | Centura Health</title>
6022    <meta name="description" content="Avista Adventist Hospital in Louisville, Colorado
        is a comprehensive medical center that provides a full-range of medical specialties
        and exceptional health care to the Louisville, Broomfield and the surrounding Boulder
        area communities." />
6023    <link rel="stylesheet"
        href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
        rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
6024
6025
6026
6027
6028
6029        <script
        src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
6030
6031        <!--[if lt IE 9]>
6032
6033            <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
6034
6035            <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
6036
6037        <![endif]-->
6038
6039
6040
6041        <!--[if (lte IE 9)]><!-->
6042
6043        <link rel="stylesheet" href="/css/ie.css" type="text/css" />
6044
6045        <!--<![endif]-->
6046
6047
6048
6049
6050
6051            <!--Some text-->
6052
6053            <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
        src="/temp/wsol.js.header.v=285651389.js"></script>
```

```
    <script src="/js/countUp.js"></script>


<!-- Google Analytics -->

<script>

    (function (i, s, o, g, r, a, m) {

        i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {

            (i[r].q = i[r].q || []).push(arguments)

        }, i[r].l = 1 * new Date(); a = s.createElement(o),

        m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
m.parentNode.insertBefore(a, m);

    })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');



    ga('create', 'UA-6319752-3', 'auto');

    ga('send', 'pageview');



</script>

<!-- End Google Analytics -->

    <script type="text/javascript">

        /*<![CDATA[*/

        (function () {

            var sz = document.createElement('script'); sz.type = 'text/javascript';
sz.async = true;

            sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';

            var s = document.getElementsByTagName('script')[0];
s.parentNode.insertBefore(sz, s);

        })();

        /*]]>*/

    </script>
```

```
<style>

    .survey-container {

        position: absolute;

        right: 0;

        bottom: 10%;

        border: 1px solid black;

        padding-top: 30px;

        padding-bottom: 15px;

        box-shadow: 0 0 6px 3px rgba(0,0,0,.2);

        -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);

        -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);

        z-index: 10000;

        background: #FFF;

        position: fixed;

    }


    .close {

        width: 24px;

        position: absolute;

        top: 3px;

        right: 3px;

        padding: 6px;

    }


    .close {

        height: 24px;

    }


    .survey-container .btn {

        border-radius: 0;

        text-shadow: none;

        text-transform: capitalize !important;

    }
```

```
6187        .survey-container .btn:hover {
6188
6189             background-color: #CCC !important;
6190
6191        }
6192
6193
6194
6195        @media screen and (max-width: 767px) {.survey-container
      {left:10px;right:10px;}}
6196
6197    </style>
6198
6199
6200
6201 <link rel="canonical" href="http://www.avistahospital.org/avh/home/" /><link
      rel="canonical" href="http://" /><meta /></head>
6202
6203 <body class='location-landing'>
6204
6205    <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
      https://wsol.accelo.com/?action=view_issue&id=980] -->
6206
6207    <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
      [jmayberry (WSOL) 8/31/2016] -->
6208
6209    <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
6210
6211    height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
6212
6213    <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
6214
6215    new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
6216
6217    j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
6218
6219    '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
6220
6221    })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
6222
6223    <!-- End Google Tag Manager -->
6224
6225
6226
6227    <form method="post" action="/AVH/Home/" id="aspnetForm">
6228
6229 <div class="aspNetHidden">
6230
6231 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
6232
6233 <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
6234
6235 <input type="hidden" name="EktronClientManager" id="EktronClientManager"
      value="-1759591071,1553607519,1088335530,1945865366,-914034194,-731554408,1064114300,
      -1687560804,-1080527330,-1939951303,-569449246,-1793043690,1338359439,1743165108,
      1531089627,-300771134,1985268503" />
6236
6237 <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
      value="/
```
      wEPDwUKMTA4ODc0ODU0OQA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDFVBLTYzMTk3NTItM2QCAR
      BkZBYQAgMPZBYKZg8WAh8ABSo8YSBjbGFzcz0ndGVzdCCgaHJlZj0nL0FWSC9Ib2llLLyc+
      SG9tZTwvYT5kAgEPZBYGAgQPDxYGHglfZGF0YUl0ZW00yqwcAAQAAAP////
      8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbkMuMXvbi5JhbWV3b3Jj3JrLlVJLCBWZXJzaW9uPTkuMC4wLjII00SwgQ3VsdHV
      yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1udWxsBQIDNTlhMmM0MmEyd253MU2M2JlBQEAAAAoRWt0cm9uLkNsbmtcy5GcmFt
      ZXdvcmsuVUkuTW9kZWwsZkl1bbNVNb2RlbAUAAAATPElkPmtfX0hY2tfpbmdGaWVsZBk8TWVudUOxpc3Q+
      a19fQmFja2luZ0ZpZWxkPGVtc23rSr19CYWNraW5nRmllbGQGQWPEVycm9yPmtfX0JhY2tpbmdGaWVsZ8Bg8Q
      2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAQBAAmkAVN5c3RlbS5Db2xsZWN0aW9uzs9HZW5lcmljLkxpxxpc3RgMV
      tbRWt0cm9uLkNsbkNtcy5Pcmdhbml6YXRpb24uVEVYRhLCBFa3Ryb24uQ2lzLkNvbnRyYXWN0cywgVmV

6237...

yc2lvbjE5LjAuMC4yNDkxIEH1ORuhlRcmU9bW1lbWU9bW1lDl0fJS29VcVGs9Zw49NTU5YTYjNGZhMjF1NjNi
ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uI0w9uAgAAAAECAAAAAAAAA
AAAAAAJAwAAAAoKAAwEAAAWWUVrdHJvbi5DbXMuQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdH
VyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBAMAAACkAVN5c3RlbS5Db2xsZWN0
aW9ucy5HZW51cmljLkxpxpc3RgRmVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVEYXRhUJhc2VhRy
b24uQ21zLkNvbnRyYWN0cy5LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbDsgUHVibGljSjlV2V5
G9rZW49NTU5YTYjJNGZhMjF1NjZV1dAwAAAAZfaXRlbXMFX3NpemUIX2NvbnB4EAAAmRWt0cm9uLkNtcy
5Pcmdhbml6YXRpb24uVEY1EAAAACAgJBQAAAAEAAAABAAAABwUAAAAAAAQAAAAQAAAAEJEV
rdHJvbi5DbXMuT3JnYW5pc21wem0F0aW9uuLkl1bnYcTY0fQYQQAAAANBAseC18hRGF0YUJvdW5kkZx4LXyFJdGVt
Q291bnRmRmZlbGQ2WAh4HVmlzaWJsZWdkAggPDxYGHwEyz2kAAQAAAP////
8BAAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlDBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQEAAAoRWt0cm9uLkNtcy5GcmFt
ZXdvcmsuVUkuTW9kZXwzLk1lbnVNb2RlbAUAAAAATPElkPmtfX0JhY2tgbmRGaWVsZBk8TWVudUxpc3Q9
a19fQmFja2E+F/jxJdGVtcz5rX19CYWNkrW5nRm1lbGiIbGQQPEVycm9yPmtfX0J5Y2tgbmdGaWVsZBg8Q
2FuRWRpdD5rX19CYWNkrW5nRm1lbGQ2AAwQBAAmkAVN5c3RlbS5Db2xsZWN0aW9uLkxpxpc3RgRmV
tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVEYXRhUJhc2VhRy24uQ21zLkNvbnRyYWN0cy5LjAuMC4yNDksIE
N1bHR1cmU9bmV1dHJhbDsgUHVibGljSjlV2V5G9rZW49NTU5YTYjNGZhMjF1NjZQDAAAApzaFpTeXN0ZW0uQ29
sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1VrdHJvbi5DbXMuT3JnYW5pc21tNNTU5YTYjNGZhMjF1NjNiZV1dXQYSwg
RWt0cm9uLkNtcy5Db250cmFjdHdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBCdWx0dXJlPW5ldXRyYWwsIFmxyY
0tleVRva2VuPTU1OWEyYzRmYTIxZTYjYmVdXQMAAAAGXz2l0ZW1zBV9zaXplCF92aXplCF92aXplBUAAAAjkVrdHJvbi
5DbXMuT3JnYW5pc21wem0F0aW9uLl1bnYcTY0fQYWBAQAACYQYAAAAAAAAAAAQAAAAAMaXN0YDFbW1Vrd_XBXXi1MaXN0YDFbW1Vr
dHJvbi5DbXMuT3JnYW5pc21wem0FW19kdGVtcyFAEAAooRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVEY1EAAAADEHBXxpYX
MStfc2l6ZQ9MaXN0YDErX1cnNpb249EAAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUJlZS5JVHJlZU5vZGVDb2
GVbXQQIAAAAICAIAAAAAJBwAAAAUAAAAAFAAAABWYAAAAAQQAAAAAEJEVrdHJvbi5DbXMuT3JnYW5pc21wem0F0aW9u
9uLkl1bnYcTY0fQRGF0YUJhc2VhRy24uQ21zLkNvbnRyYWN0cy5LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhb
JL1RyZWUuVHJyZWVVb2Rl1AgAaAAAJAAAACQoAAAAwEAAAkMAAAANAwwOAAAAAAyyQ0ABBwAAAAAQAAAAEEAAAAAAAAFrTeXN0ZW0uQ29
Q29tbWVudHMuUCBUyZWUuVHJlZU5vZGVDb2xsZWN0aW9uI0w9uAgAACAVRTUWludm5pVGltZS5GORhomMsIFZlcnNpb249OS4wLjAuMjQ5LCBCdxuIHdHTAAAAFzxJdGVtsSW
Q+
a19fQmFja2E+F0ZpWxkGTxYQYXJlbnRKZD5rX19CYWNrbmdRmllbGiIbGQ2QiTWVudURlRGErPFRlbXBsXXlXlPmtfX
0JhY2tpbmdGaWVsZCXZCJNZW51IRGF0YYYW8rR8m9sZGVySWQ2SWQ+
a19fQmFja2E+F0ZpWxkK0l1bnVEYXRhRxKzBc3NvY2l2lhdGdvRm6szNvY2l2dHJ1UGFyZW50lRFYVYZhBdGE+a19fQmFjaWJpbm
URhdGGErPEFZERPE7FZ29EEYXRhRm6slNvbnRlbnREYXRhEQYXJlbnRXG6SWQ2SWQ+
a19fQmFja2E+F0ZpWxkJ011bnYXVFslRGF0YY92ZXJyaWpRm1lbVqPmtfX0JhY2tpbmdGaWVsZF9tZWZ
UHhdGdGErPFJleEQ+
a19fQmFja2E+F0ZpWxkIk11bnYXVFslRGF0YY8VHlwZT5rX19CYWNrbmdRmllbGiIbGQ2QiTWVudUJhc2VhRhK
zxIcmVmPmtfX0JhY2tpbmdGaWVsZF9tZWZuURhdGGErPFRlbXBsSXRfVVRdHJvbi5DbXMuT3JnYW5pc21wZW0FW19kdGVtcyFAUmVdU
Jhc2VhRhKzBmdTlc3RvYmluZ0ZpWxkP7E0ZnYXRhRm1sKZB2ZYXRhRhKzBmdTlc3RvYmluZ0ZpWxkGTxYQmFVlc1PmtfX0J1Pmt
fX0JhY2tpbmdGaWVsZF9tZWZuURhdGGErPERlc2NyaXB0aW9uRQ6YzGl1YWw+
a19fQmFja2E+F0ZpWxkJ011bnYXVFslRGF0YY8SXXRlbXM+
a19fQmFja2E+F0ZpWxkJ011bnYXVFslRGF0YY8SX1hZ2VRoPmtfX0JhY2tpbmdGaWVsZF9tZWZuURhdGGErPFRlbXBsSXVtZ
UHhdGdGErPEl0T3WdlT3Zlcm1kZW6UmVpZGViRRPEZ1lZnaYXR1bRm6slBQ+
a19fQmFja2E+F0ZpWxkKAAABAAADAQABBAEBAAEWEAAAkJCX5TeXN0ZW0uSQYjDEDLlvbnMuQ29sbGVjdGlvbnMuQ29
y5MaXN0YDFbbFVrdHJvbi5DbnQ2NCdgbnQ7NCdDBdWx0dXJlPW5ldXRyYWwsIFZlcnNpb249OS4wLjAuMjUxLCBCdx
FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XVl/
U3lzdGVtLLkNvbGxlY3Rpb25z5LkdlbmVyaWMuTG1zdGdAxW1tTeXN0ZW0uSQYjDVycm9ytYigwVmVyc
2lvbj00LjAuMC4yNCdDBdWx0dXJlPW5ldXRyYWwsIFZlcnNpb249OS4wPWI3N2E1YzU2MTkzNGUwODlkdXQ
EsRWt0cm9uLkNtcy5Db21tb24tdURWtFbnVtZXJhdGlvbitNZW51SXRlbVR5cGUOAAAACjlAVN5c3RlbS5Db2x
sZWN0aW9uy5HZW51cmljLkxpxpc3RgRmRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVEY1EAAAaUU11bnYcTY0fQYW0x
sZWN0aW9uLkxpxpc3RgRmRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVEY1EAAAaUU11bnYcTY0fQYW0xsZWN0aW9uLkxpx
kQAAAACREAAAAJDwAAAGEwAAAGEwAAAGhdmlzZGFob3B3NwaXRhXhs////
LEVrdHJvbi5DbXMuQ29tbW9uLkVrYRW51bWVyYXRpb24rTWVudUl0ZW1UeXBlLAQAAAAd2YWx1ZV9fZAqkOAAAAB
AAAAAAkPAAABhYYAAAFX3NlbGGYQAAAAAAAxAAAAAk9AAAACYAAAAxYAAAAWYAAAAWZAAAAAbkVrdHJvbi
5DbXMuRnJhbWV3b3JrLlVJLkNvbnRyb2x3VJLJVJLBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1
uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQkAAAA2RWt0cm9uLkNtcy5GcmFtZXdvcm
cmsuVUkuQ29udHJvbHMuRWt0cm9uuVWVbWVzc2VvbjQWVVZWV0b2R1aXRhbS1RAEAAAAaR3JppcHRpb24+
a19fQmFja2F1uZ0ZpWxkHZxbWFnZU92ZXJyaWpRm1lbVqPmtfX0JhY2tpbmdGaWVsZF9tZWZuZXJpV25ZB20s8SW1hZWU
2tpbmdGaWVsZBg8T3JkdxW5hbmQ5rX19CYWNrbmdRmllbGiIbGQ2QGXPFFhcm1dldD5rX19CYWNrbmdRmxlbGQPEl0ZW
1JZD5rX19CYWNrbmdRmllbGiIbGQ2QGXPFbXBsYXRlPmtfX0JhY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEdvbRGxlcnM
+a1mfQmFja2F1uZ0ZpWxkJDxBc3NvY2l2dGR2dldK1hdGGErPFNvbnRlbnREYXRhPmtfX0JhY2tpbmdGaWVsZF9tZWZ
mtfQmFja2F1uZ0ZpWxkHXtxfbYtllhXdHDxzb250S0fY7phpbGRyZW4VVHJlZU5vZGVGUrX2hhc0NoaWxkcmVuVuG1RyZWVOb2RlK19jaGlsZ
Jlbk5vdEExvYWRlZBxUcmVlVlTm9kZXs8SWQ+
a19fQmFja2F1uZ0ZpWxkIlRyZWVOb2RlKzxQYXJlbnRRJZD5rX19CYWNrbmdRmllbGiIbGQ2QGVHJlZU5vZGUrPFJvb

6237… 3RJZDSrxPr9cwNraw5nRmR1bGQevH3y2u5V6GUrPFBhddg+

… a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGQeVHJlZU5vZGUrPFJhbms+

… a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDYW5IYXZllQ2hpbGRyZW4+

… a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxUZXh0PmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VHlwZT5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPFN1YlR5cGU+

… a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlKzxBY3Rpb24+

… a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZSs8Vmlza
WJsZT5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPFN1bGVjdGVkPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZS
s8TW9yZT5rX19CYWNraW5nRmllbGQeVHJlZU5vZGUrPE5leHRQYWdlTnVtYmVyPmtfX0JhY2tpbmdGaWVsZCJ
UcmVlTm9kZSs8RXhwYW5kZWQ+

… a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGQpVHJlZU5vZGUr
ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPFN1bGVjdGVkLVZhbHVlPjtfX0JhY2
tpbmdGaWVsZB5UcmVlTm9kZSs8SWNvblVybD5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUr

… a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxDb21tYW5kVmFsdWU+a19fQmFja2luZ0ZpZWxkH1RyZWVOb2Rl
KzxOYXZpZ2F0ZU9ybD5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPE9uuQ2xpckW50Q2xpY2s+

… a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDbGlja1Bla2hhdGNl1Bvc3RiYWNrPmtfX0JhY2tpbmdGaWVsZCBUc
mVlTm9kZS8Q3VzdG9tPmtfX0JhY2tpbmdGaWVsZCZUcmVlTm9kZS8V9wTGV2ZWw+

… a19fQmFja2luZ0ZpZWxkWxAQABAAEBAQMDAAEBBAAAAAQEBAQAAAAEBAQEAAAAAAAABAQQBAQADAAEIf1N5c3Rlb
S5Db2xsZWN0aW9uL6aW9ucy5HZW5lcmljLkxkxpcxkpc3RgMVtbU3lzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00Lj
AuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODkhXQAAAAQEYyA0WX9uPTQu
MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OWAEIAS5Fa3Ryb2
24uQ21zLkZyYW1ld29yay5VSS5UcmVlQWJzdHJhY3Rvci5TcmVlGG9kZQUlAAAAAQ4JAQEBAQEIAS5Fa5Ryb25
zLkhhc2h0YWJsZSwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXl
Ub2tlbj1iNzdhNWM1NjE5MzRlMDg5AAAAAAAAAAAACgoYBwUAAAAAAAAAAAAAAAAAAAAAAABBiUAAAANUGF5bWVudCBCIZXUwPwYwYwMAAAAB1N1Ykb1lbnUKCEBAA
AAAAAAAoKBdn///

… 8uRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlU2VsZWN0aW9uU2VwYXJhdG9yCAEAgQ
AAAAAAAAGKAAAABAAvRmluYW5jZS5WZWJiLTIu

… AAADMjk0OCQ8AAAAJLQAAAkuAAAAAAAAAAAAKCgkvAAAAAQAGQMAAAAAAAMyOTQ4AAAAMMAAAAyOTMJIwAAAyzsA
AAABzI5M14yOTQAAAAAAAAAAAAAAABBjQAAAAX2FyVycyMyAmcbU1Y1wOyBFZHVjYXRpb24+

… 8AAAAABjcAAAAXL0NhcmVVlcnMtYW5kLUVkdWNhdGlvbi1KAAoOAAQsAAAAAJAAAACQ8AAAABCQ8AAAADAAAACRY
AAAAGOgAAAAsxMDczNQQyMzA0NAkPAAAATwwwwwwwwAwAAAQPAAAAABjE8AAAAAAEGCgoJPGAAAAABjE8AAAAMTA3Mzc0NTlb
MjMwNDgQvAAAAAMyOTMJIwAAAkuAAAAAAAAAAGbU1lbnARAAAADEGAAAAEGUgAAAARYWAAAA9NeUNlb
nR1cmFCGZVm1ZTM5AAADFlDTHMAAAAJAAABAAVcAAAAAQ

… 8AAAAABjAAAARL215Y2VudWFnc28aAAGbAAAAACgoJXDAAAAAQ8AAAAAQ8AAAAR
AAASsxMDczNzQxMyAmcxAAAACAs0AAAAJTAAAAAAAAAYwo(AAMTAmcxM14xM9cDYyOQ1MyQ1McOT5ryZW49Yj3YVjJ
NTY4MCAmcxAAAAJIwAAAkGmyEU1ZYXXxuMDYyOQ1ODAAAAAAAAAEGUgAAA1Gb3IgUHJvdmlkZXJzCXJZ
XJzCSYAAAAGOAAoAAz///Z///

… AAAAAAZVAAAAAFC9Ib211L1O0zvci1Qcm92aWRlrcnMvQgAAAAEEAAEAAAAQQAAAAkPAAAAAQbk4AAAAAkWAAAAB
lgAAADMjk2Q08AAAAAJWgAAAAAAAAAAAAAKKCgoJPgAAAAABj8AAAAMTA3MzcONTlb
MjNvNAkPAAAAAWAAAAAAEGCgoJPGAAAAABjE8AAAAMTA3MzUUQ29udGVudF9IZW1lX21CVcwkmkAAAACgoBAQAAAAAAAAAKCgG
d///2f///

… wAAAAGZAAAAABAvQVZIL0NvbnRhY3QtVXMvCgAKAAQQAAAAf1N5c3RlbS5Db2xsZWN0aW9uLkdlbmVyaWMuTGlz
dDFbW1N5c3RlbS5PYmplY3QsIG1zY29yl2IuIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXl
UbWtlbj1iNzdhNWM1NjE5MzRlMDg5XV0gAAAAAfAQAAAACAAAAAAAAQPAAAAABjE4AAAAAAEGCgoJPGAAAABj
E4AAAAMTA3MzcONTlbMjNvNAkPAAAATwwwAAWAAAAQPAAAAABjE8AAAAAAEGCgoJPGAAAAABj
E4AAAAMTA3MzUUQ29udGVudF9IZW1lX21CVcwkmkAAAACgoBAQAAAAAAAAAKCgd///
/2f///

… AAADMjk5OE4CAAAAJJGmyEU1ZYXXxuMDYAAAAEAAEAAAAQQAAAAkPAAAAAQbk4AAAAAkWAAAAB
lgAAADMjk5OE4CAAAAJJGmyEU1ZYXXxuMDYyOQ1ODAAAAAAAAAAEGUgAAA1Gb3IgUHJvdmlkZXJzCXJ
ZXJzCSYAAAAGOAAoAAz///Z///

… 8EAAAABo0AAAAPRmluYW5jZS1XZWJiLUhAVCRYAAAAAAAAAAAAkPAAAAkmmQAAAAkGm0AAAmQAAAACgoJPGAAAAAAAF
4AAAACAAAAACYBAAAAAAJQEAAAAAAADJwAAAAAAAAACS0AAAAJLgAAAAAAAAAAKCgd////s

BAAAAAaXAAAAFkNhcmVlcnMtYW5kLUVkdWNhdGlvbi8JFgAAAAYAAAAAAAAACQ8AAAACAAAACZoAAAAKACYBA
AAAAAAAAAXkAAAAIAAAAxBIAgAIAAAAlAQAAAAAAAAkPAAAAAAAAAAAAAAAJPAAAAAk9AAAACQ8AAAABCUMAAA
ABYP///+z///
8EAAAABqEAAAARL215Y2VudHVyYWhlYWw0aC88JFgAAAAYAAAAAAAAACQ8AAAADAAAACaQAAAAKAMQSAIACAAA
AAXoAAAAIAAAAcwEAgAIAAAAlAQAAAAAAAAkPAAAAAAAAAAAAAAAJSwAAAAlMAAAACQ8AAAABCVIAAAABVv//
/+z///
8EAAAABqsAAAAUL0hvbWUvUvRm9yLVByb3ZpZGVycy9JFgAAAAYAAAAAAAAACQ8AAAAEAAAACa4AAAAKAHMBAIA
CAAAAAXsAAAAIAAAAKAAAAAkAAAIAQAAAAAAAAkPAAAAAAAAAAAAAAAJWgAAAAlbAAAACQ8AAAABCWEAAAAB
TP///+z///
8EAAAABrUAAAAPQVZIL0NvbnRhY3QtVXMvcCRYAAAAGAAAAAAAAAAkPAAAABQAAAAm44AAAACgAoAQAAAAAAAF
8AAAACQAAAAkPAAAAAAkPAAAAQAAAAkWAAAABrsAAAAENTk2NwoKCgAAAAAAAAABrwAAAAHQ29udGVudAaA9
AAAACVF1aWNrNrTGluawm+
AAAAAAAGvwAAAA8xMDczNzQxxODg 0MHwyOTQGwAAAAAMyOTQJIwAAAAbCAAAAEzI5M14yOTTeMTA3Mzc0OMTg4N
DACAAAABAAAAAAAAAAAAAAAABsMAAAAXUGh5c2lj2ljaWFuE9wcG9ydHVuaXRpXPMZMGxAAAAAdDb250 9ZW50CgoBAQAAAA
AAAAAKCgE7////2f///
wAAAAAGxgAAAADMvQVZIL0NhcmVlcnMtMtYW5kLUVkdWNhdGlvbi9QaHlzaWNpYW4tNWN4ldgT3Bwb3J0dW5pdGllcy8KAA
oAAX0AAAAJAAAACQ8AAAACAQ8AAAACAAAACRYAAAAGyQAAAAsxMDczNzQxxOXDY4NgoKCgAAAAAAAAAACbwAAAA
JvQAAAAnMAAAAAAGzQAAAA8xMDczNzQxxOWDz2Dgz NnwyOTQGzgAAAAMyOTQIIwAAAAbQAAAAEzI5M14yOTTeMTA3
Mzc0MTg4MzYzYCAAAABQAAAAAAAAAAAAAAABtEAAAAZV2h5Nob29zZSSZBDW50dXJ5JhEhhIElH21hEhlYWx0aAnEAAAAACgoBAQAAAA
AAAAAKCgEt////2f///
wAAAAG1AAAABsvV2h5LWNob29zZS51DZW50dXJhhLUhlYWx0aC8KAAoAAX4AAAAJAAAACQ8AAAAACQ8AAAADAAA
AACRYAAAAG1wAAAAsxMDczNzQxODY5NQoKCgAAAAAAAAACbwAAAAJvQAAAAna AAAAAAAG2wAAAA8xMDczNzQ
xODgzNXwyOTQGzg3AAAAMyOTQIIwAAAAbeAAAAEzI5M14yOTTeMTA3Mzc0MTg4MzUzYCAAAAAAAAAAAAAAABt8A
AAAeV2hhdCB0byBFeHBllY3Q3gYXMgYXWbGljjYW50CoCQpAAAACgEBAAAAAAAAAAkoKAR/////Z////
AAAAAbiAAAANi9DYXJlJZzLWFuZC1FZHVjYXRpb24vV2hhdC10b1 FeHBlY3QtYXMtYW4tQXBwbGljjYW50L
woACgABFwAAAAkAAAAJDwAAAAlJDwAAAAEJPgAAAABlaAACZEwNDE3c3JCgoKAAAAAAAAAAAAJvAAAAAJyAAAA
AAAAAAAAKCgER////2f///
wAAAAG8AAAAA0vSGlyaW5nLUxUZBUXMvcgAKAAGAACZQ4AAAAAXpPAAAAAkPAAAAAkkPAAAAAbWAAAABvMAAALMT
A3Mzc0MTg2OTTcKCgoAAAAAAAAAm8AAAACb0AAAAJ9AAAABVudcAAAAPMTA3Mzc0MTgzMjk4wjk0BvgAAAA
DMjk0CSMAAAAAg+
gAAABMyOTNeMjk0XjEwNzM0MTQ4ODZMDczAgAAAGAAAAAAAAAAAAb7AAAAL0NvbnRhbmNhd05lbENZW50lml
BhbmGgVHVpdGlvbiBSZWltYnVyc2VtZW50Lw////Z////AAAAAb+
AAAAM59Db21wZW5zYXRpb24vpCAGZ EBAAAAAAAAAACQYAAAAAYIAQAAEzI5M14yOTReMTA3Mzc0OMTg4M4Z
Q CAAAACQAAAAAAAAAAAAAAAAAAgkBAAAAAPTnVyyc2luZyByBDYN0ZXJzAAAAAZAA2 JIXxjYJI5NF4
xMDczNzQxxODgzOAIAAAAHAAAAAAAAAAAAG7QAAAAnmAAAAJyAAAAATMjkzXjI5NF4
xMDczNzQxxODgzOAIAAAAAAAAKCgER////2f///
wAAAAG8AAAAA0vSG1yaW5nLUxUZBUXMvcMAKAAGAACZQ4AAAAAXpPAAAAAkPAAAAAkkPAAAAAbWAAAABvMAAALMT
A3Mzc0MTg2OTTcKCgoAAAAAAAAAAm8AAAACb0AAAAJ9AAAABVudcAAAAPMTA3Mzc0MTgzMjk4wjk0BvgAAAA
DMjk0CSMAAAAG+
gAAABMyOTNeMjk0XjEwNzM0MTQ4ODZMDczAgAAAGAAAAAAAAAAAAAb7AAAAL0NvbnRhbmNhd05lbENZW50lml
Bhbm

CWoAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAALRWt0cm9uLkNtcy5Pc
mdhbml6YXRpb24uU011bnVJdGVtRGF0YQUAAAAHVAEAAAABAAAACAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YX
Rpb24uU011bnVJdGVtRGF0YQUAAAAJWQEAAAlaQAACVsBAAAJXAEAAAldQAACV4BAAAJXwEAAAlgAQAAB1Y
BAAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkNtd3NlclNXLlbUTW51SXRlbUROdGEAAgEA
AAljAQAAACVZAQAAK0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkNtdWVudUl0ZW1EYXRhBSWQ+
a19fQmPja2luZ0ZpWxkJE11bnVJdGVtRGF0YSs8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZCZNZW51SXRlbURhd
GErPFBhcmVudElkPmtfX0JhY2tpbmdGaWVsZCZNZW51QmFzZURhdGErPFRlEHQ+
a19fQmPja2luZ0ZpWxkIkllbnVCYXNlRGF0YSs8VHlwZT5rX19CYWraW5nRmllbGQiTWVudUJhc2VEYXRhRhK
zxIcmVmPmtfX0JhY2tpbmdGaWVsZCRNZW51QmFzZURhdGErPFRhcmdldD5rX19CYWraW5nRmllbGQoTWVudU
Jhc2VEYXRhRkzxBbmNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGErPERlc2NyaXB0aW9uPmt
fX0JhY2tpbmdGaWVsZCZNZW51QmFzZURhdGErPE9yZGVyYWw+
a19fQmPja2luZ0ZpWxkI0llbnVCYXNlRGF0YSs8SXRlbXM+
a19fQmPja2luZ0ZpWxkJ0llbnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCtNZW51QmFzZ
URhdGErPEltYWdlT3Z1cnJpZGU+a19fQmPja2luZ0ZpWxkHUNtc0RhdGFgMSs8SWQ+
a19fQmPja2luZ0ZpWxkBAAAAAEEqAEAQEAQAAQAAEVrdHJvbi5DbXMuQ29tbW9 uU29sdXRpb25zLlBuZ2UrT
WVudU10Z2lMaW5rrVhlwZQ4AAAAICQksRWt0cm9uLkNtcy5Db21tb24uRWRfbnVtZXXZdHRlbvhZNZW51SXRlbV
R5cGUOAAAACQilAVN5c3RlbS5Db2xsZWN0aW9uci5HZW5lcmljLkxpc3RgMVtbRWt0cm9uLkNtcy5Pcmdhbml
6YXRpb24uU011bnVJdGVtRGF0YSwgRWt0cm9uLkNtcy5Cb250250X4wLjAuMjQ5LCBDdWx0dXJlPW51dXRyYWwsIFyMxpPY0tleVRva2VuPU0TU1OWEyZmRmYTIxZTYzYmVdXQEJBQAAAAWc/v//
MEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkNtdW50Ul0ZWljMaW5rRVlwWyEAAAAHdmFsdWVfX1N5
gAAAAAmAAAABAAAAAXDwAAAAUAAAAJigEAAAkPAAAAFECAIACAAAAAV4BAABZAQAAAXT+//c/v//
AAAAAAEAAADKAQCAAgAAACYBAAAAAAAACQkBAAABcv7//+z///
8BAAAACQwBAAAJFgAAAAAAACQ8AAAAGAAAACZIBAAAJDwAAAASAgCAAAAFfAQAAWQEAAAFs/v//
/nP7//wAAAAABAAAAyAEAgA1AAAAmAQAAAAAAAntAAAAAYL+///s////
AQAAAAnwAAAACRYAAAAAAAAAkPAAAABAAAACZIBAAAJDwAAAAAJ+wAAAAF6/v//7P//wEAAAAJ
gAAAAkWAAAABgAAAAAAAADWAAAAAUAAAAJigEAAAkPAAAAFECAIACAAAAV4BAABZAQAAAXT+//c/v//
AAAAAAEAAADKAQCAAgAAACYBAAAAAAAACQkBAAABCv7//+z///
8BAAAACQwBAAAJFgAAAAAAACZIBAAAJDwAAAAaAgCAAAAAFfAQAAWQEAAAFs/v//
/nP7//wAAAAABAAAAyAEAgA1AAAAmAQAAAAAAAAJJQEAAAFi/v//7P///
wEAAAAJKAEAAAkWAAAABgAAAAAAAADWAAAAAOgECQAAAXT+//c/v//
+c/v//AAAAAAEAAADSAQCAAgAAAAHMBAIACAAAACTMBAAAABw7//+z///
8BAAAACTYBAAAABwcAAAAAAAABAQAAAAJBNAAAAAiAQAAAAAAAAAQDWAAAAAUAAAAJigEAAAkPAAAAFUCAIACAAAAWEBAABZAQAAAVz+//
+c/v//AAAAAAEAAADSAQCAAgAAAAHMBAIACAAAACTMBAAAABoG//+z///
8BAAAACTYBAAAABwcAAAAAAAAAkPAAAACZIBAAAJDwAAAAaAgCAAAAAFfAQAAWQEAAAFs/v//
/nP7//wAAAAABAAAAyAEAgA1AAAAmAQAAAAAAAcwEAgAIAAAAJJQEAAAFi/v//7P///
wEAAAAJKAEAAAkWAAAABgAAAAAAAADWAAAAAOgECQAAAVz+//c/v//
+c/v//AAAAAAEAAADSAQCAAgAAAAHMBAIACAAAACTMBAAAABGG//+z///
8BAAAACTYBAAAABwcAAAAAAAAAkPAAAACZIBAAAJDwAAAAaAgCAAAAAFfAQAAWQEAAAFs/v//
/nP7//wAAAAABAAAAyAEAgA1AAAAmAQAAAAAAcwEAgAIAAAAJJQEAAAFi/v//7P///
wEAAAAJKAEAAAkWAAAABgAAAAAAAADWAAAAAUAAAAJigEAAAkPAAAAFECAIACAAAAWoBAAAYAAAACVMBAA
AAAAAAAAAAFyAQAAQAAAAL1AQAAAAAAAABegEAABg4AAAAACaAAAAAUAAAAAYIBAAAYAAACVM
BAAAAAAAAAAAAGKAQAAQAAAAl1AQAAAAAAAABkgEAAAJUwEAAAAACVMBAAAAAAAAAAAGqgEAAAJi
CVMBAAAAAAAAAAAAGgAQAAQAAAAlgAQAAAAAAAAALHwJnHwMCBWQWAmYPYZBYCAgEPZBYKZg9kFg
JmDxUDEC9GaW5hbmpPYWtSGVscC8WNUGF5bWVudCBIZWxwPw1QYXltZW50IEhlbHBHA/
ZAIBD2QWBGYPFQMXL0NhcmVVlcnMtMtY9kK5dNhdGlvbi8MVF2cHYvcyAmYW1wY0JyZHVuLnYXRpb24XQXytY
WVycyAmYW1wY1wOyBFZHJpYXRpb24vBFFUcBD8PFUDmNGDSqEPElsPAFysyCAdYhdXyrCGxEXpPQTipZiQdDG
FWSC9DYXJlbXJzIg0Y2F2ZVVybC1Eb2cyThdUGQTtzl2bL5IHBveiyXYTBvYW5vciy1sciBbxWFuLD9mWcLyZY
vcn1lbml0aWVzYF1BoeXNpYblhPBcvbn1ml1baW01aWAYZAIBD2QWAmYPFQMXFYFQMFOM0AGVyLUphcmlu
Zy1BcmhVcy88NT3RoZXIgQ2FyZWVycy1PdGhlciciIBDXJ1bi5XcWY1YPYFQMFYPQMFUL0lzIZYXJpZWFcG
UFuLUFwcGxpY2F0aW9uLWFwcGxpY2F0aW9uPw1QYXJlbnRDb2xvciI0Y1vL0lzIZYXJpZWFcWFMY3F3Yw9c
xpY2FudG9CQWdkM9Ji9YdWF0aWlhPwdVUlwLUy1IQWdkM9JiOYUWSUwLnw11IHRZW5pY2kciIBDXJ1bihc
sdGhkgMPBZBYCZg9kFg JmDxUDEC9GaW5hbmpPYWtSGVscC8WBOY3JlIENvdGF0aW9uPw1Wxl UFwcGd
YGYFIFFwcGxpY2F0aW9uPw1QYXyZWFLNZ9yYZBbWFLcjFmVwMLcgQgRi9YdWF0aWlhPw1QYXJlbnRDb2xv
xplY1vL0lzIZYXJpZWFcWFMY3FwY9FUL0lzIZYXJpZWFcWFNZW51SXFwcGd
UDh9Q0HlzaWNpYW4tZGRhbmV0wnWt4Q29uc3Vsdcl1vci1Ucmfuc2Zlci8dUG5c2l jaWFuIENvbnN1bHQgb3I
dUGh5c2l jaWFuIENvbnN1bHQgb3IgIGVHJhbnNmZXJkaGIPZBYCZg8VAzMvQVZIL0NhcmVVlcnMtWY5kLUVkdWNh

6237…

dGlvbi9QdGFlZmWNyV4cF3swbJd0dW9pdeTtCy8xUCh5c21jaWFuIiE9WccG9yMVfaarRpZXMVUGh5c2ljaWFuFuI
E9wcG9ydHVuaXRpZXNkAgQPZBYCZg8VAxxAvQVZIL0NvbnRhY3QtVXMvCkNvbnRhY3QgVXMKQ29udGFjdCBVc2
QCAg8PFgIeCEltYWdlVXJsBVAvdXBsb2FkcWRzcmVhZXMvYXZpc3RhaG9zcGl0YWwvQ29udGVudC9BVkgvQ29
uZmlndXJhdGlvbi9BdmlzdGGtQWR2LUhvc3AtV2ViLnBuZ2RkAgQPZBYCAgIPDxYGHwEyiMkEAAEEAAD/////
AQAAAAAAAAMAgAAAFxFa3Ryb24u4uQ21zLkZyYW1ld29yay9V5SSwgVmVyc2lvbj05LjAuMC4y.yNDksIEN1bHR1c
mU9bmV1dHJhbHCwgUHVibGljjS2V5VG9rZW49NTU5YTJjNGZhMjFlN1JNiZQUBAAAAKEVrdHJvbi5DbXMuRnJhbW
V3b3JrL1VJLk1vZGVscy5NZW51TW9kZWwFAAAAEzxJZD5rX19CYWNr5nRmllbGQGQZPE1lbnVMaXN0PmtfX0J
hY2tpbmdGaWVsZBY8SXRlbXM+

a19fQmFFja2luZ0ZpZWxkFjxFcnJvcj5rX19CYWNraW5nRmllbGQGYPENhbkVkaXQ+
a19fQmFFja2luZ0ZpZWxkAAMEAQAJpAFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW0VrdHJvb
i5DbXMuT3JnYW5pemF0aW9uI1RGF0YVSwgRWt0cm9uLkNtcy5Db250cmFjdHMuIFlZlcnNpNpb249OS
4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpcY0tleVRva2VuPTU1OWEyYzRmYTIxZTYzYmVdXS9Fa3R
yb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLmNbYWVOb2RlS29sbGVjdGlvbl1dAgkBDAEAAAAACQMA
AAAJBAAAAoADAUAAABZRWt0cm9uLkNtcy5Db250cmFjdHMuIFlZlcnNpbj249OS4wLjAuMjQ5LCBDdWx0dXJlP
W5ldXRyYWwsIFB1YmxpcY0tleVRva2VuPTU1OWEyYzRmYTIxZTYzYmVIEAwAAAAKQBU3lzdGVtLkNvbGxlY3Rpb2
5zLkdlbmVyaWMuTGlzdGAxW1tFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5kDbvlvbi5NZW51QmFzZUVrdHJvbi5Db
DbXMuQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlb
bj01NTlhMmM0ZmEyMWU2M2J1XV0DAAAAABl9pdGVtcwVfc216ZQhfdmVyc2lvbgQ2AACZFa3Ryb24uQ21zLk9yZ
2FuaXphdGlvbi5NZW51U3RhdGVkRdGFhb25YWQUAAAAAAAAEAAAAFBAAAAC9Fa3Ryb24uQ21zLk9yZ2
11d29yay5VSS5UcmVlLkRyYWVOb2RlRlQ1Q29udGVudC9BVkgvbhWLkNbMuRmlhbWV3b3JrL1VJL10CA0AW9uPmt
CAgCAAAACAcAAAAAgAAABgAAAACAAAAAAEAAAAAEAAAEAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5V
mFzZURhdEGEFAAAACCAgAAANAWcHAAAAAAEAAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5Vcm
1UcmV9k9sZXQuQ1AAAAJCPlAAAAEkxAAAAACQAAAACCSFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5NZW51U3RhdGU
tbW9uL0CBWQJzaW9uUVsdHVYZWNyR4bmtVJ0hY2tpbmdGaWVsZBY8SXRlbXM+
a19fQmFFja2luZ0ZpZWxkFjxGQYQXJlbnRkRZD5rX19CYWNraW5nRmllbGQGQYSSs8Rm9sZGVyU3WQ+

a19fQmFFja2luZ0ZpZWxkFjxKRolbnVWEYXRhRkzxBc3NvY21hdGGkVkRm9ZGVycz9nVyc2lrX19CYWNraW5nRmllbGQQtTWVud
URhdGErEPEFzc29jaWF0ZWRU0RWU1wbGF0Z1PW51dEdVcy0uUHdhdadAY0ZXJ1bxB5bnZVBhdGGg+
a19fQmFFja2luZ0ZpZWxkFjxJ01lbnVWEYXRhRkzxBwZNU92ZXJjYxWRlPmtfX0JhY2tpbmdGaWVsZBY8Q21lbnFzZ
URhdGErERFleHQ+

a19fQmFFja2luZ0ZpZWxkFjxIk1lbnVWCYXNlRlRtU0Ss8VHlwZT5rX19CYWNraW5nRmllbGQQiTWVudUJhc2VYRhR
zxIcmVmPmtfX0JhY2tpbmdGaWVsZCRNZW51U0QmFzZURhdGErERFcmhcmldLDrX19CYWNraW5nRmllbGQQoTWVvdU
Jhc2VYRhRxzxBbmNlc3RvrcklkPmtfX0JhY2tpbmdGaWVsZClc2NyaXB0aW9uPFtNZW51QmFzZURhdGErPElc1c2NyaXB0aW9
uPEyNyaXB0aW9uPGtfX0JhY2tpbmdGaWVsZCRNZW51QmFzZURhdGErPEyNyaXB0aW9uYWw+

a19fQmFFja2luZ0ZpZWxkFjxJ01lbnVWCYXNlRlRtU0Ss8SXRlbXM+

a19fQmFFja2luZ0ZpZWxkFjxJ01lbnVWCYXNlRlRtU0SSW1hZ2VQYXRoRoPmtfX0JhY2tpbmdGaWVsZCRNZW51QmFzZ
URhdGErEPEltYWdlVXJsbCnJpZGtPW51dEdVcyiXBmbNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZClc2NyaXB0aW9+
a19fQmFFja2luZ0ZpZWxkFjxKAAAABAAMDAQABBBAEBAAEAAwEAAAbkEAAEAAAAbkvrdHJvbi
y5MaXN0YDFbW0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVTdGF0ZWREYXRhLCBWZXJzaW9uPTkuMC4wLjI0
FsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2RlMDg5XV1/

U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tFa3Ryb24uTlZ3RyYW5uNzTNHN1NjE5MzRlMDg5XV1/
2lvbj001LjAuMC4wLCBDdWx0dXJlPW51dHRyYWwsIFB1YmxpcY0tleVRva2VuPZViPW1I3N2E1YzU2MTkzNGU0ldXQ
EsRWt0cm9uLkNtcy5Db21tb24uRWt0bnVtZXhJhdGlvbitNZW51SXRlbVR5cGUPAAAACQiLlAVN5c3RlbS5Db2x
sZWN0aW9ucy5HZW51cmljLkxkpc3RgbXlvbTkw1Wt0cm9uLkNmcy5Pcmdhbml6YXRpb24uSUlbnNwa3JdGVtV2Swg
RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW51dRyYWwsIFB1YmxpcY0tleVRva2Vuj01NTlhMmM0ZmEyMWU2M2RlMDg5XV1/
kRAAAACRIAAAAAJEAAAAAEGFob3N0NHdhXRhbAxr////
LEVrdHJvbi5DbXMuQ29tbW9uLkVrRW51bWVyYXRpb24rTWVudU10eXBlLALQAAAAd2YWx1ZV9fAAgPAAAAB
AAAAAAkAAAAABhcAAAAFX3NlbGYgQAAAAAAAAAAakQAAAAABgakazQKAAqAIAQAAAAAAAAAAbkVrdHJvbi
5DbXMuRnJhbWV3b3JrL1VJLkNvbnRybYb2xzeLkVrdHJvbi5VJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1
uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQkAAAARWt0cm9uLkNtcy5GcmFtZXdv
cmsuVUkuQ29udHJvbHMuRWt0bnVtbWVyYXVVdTtVTwVTW9kZWxlLZTAAAgdPWb5iYjkZ2VyYWRCg24+

a19fQmFFja2luZ0ZpZWxkFjxHZXN0YWdlIFhKbCR0Fb21KbzxQYXJlbnRKZD5rX19CYWNraW5nRmllbGQGQgVHJlZU5vZGUrPFJvb
3RJZD5rX19CYWNraW5nRmllbGQGQeVHJlZU5vZGUrPFBhdGg+
a19fQmFFja2luZ0ZpZWxkFjxRXZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGQGeVHJlZU5vZGUrPFJhbms+
a19fQmFFja2luZ0ZpZWxkFjxKVRyZWVOb2RlKzxDYW5IYXZlQ2hpbGRyZW4+
a19fQmFFja2luZ0ZpZWxkFjxRXZWVOb2RlKzxDdmFsdWVzPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VHlwZT5rX
19CYWNraW5nRmllbGQGQhVHJlZU5vZGUrPFN1YlR5cGU+
a19fQmFFja2luZ0ZpZWxkFjFRyZWVOb2RlKzxBY3Rpb24+

6237...
a19fQmFja2luZ0ZpXwxkLVRyZWVOb2RlKzmtT1bcVkPmtfX0oNf2tpbmdGaWVzZcF0bmVrm9kZSs8Vmlza
WJsZT5rX19CYWNraW5nRmllLGQiVHJlZU5vZGUrPFNlbGVjdGVkPmtfX0hY2tpbmdGaWVzZB5UcmVlTm9kZS
s8TW9yZT5rX19CYWNraW5nRmllLGQoVHJlZU5vZGUrPE5leHRQYWdlTnVtYmVyPmtfX0hY2tpbmdGaWVzZCJ
UcmVlTm9kZSs8RXhwYW5kZWQ+
a19fQmFja2luZ0ZpXwxkLVRyZWVOb2RlKzxDb2ltYW5kTmFtZT5rX19CYWNraW5nRmllLGQpVHJlZU5vZGUrP
ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllLGQnVHJlZU5vZGUrPFNlbGVjdGlvbk1vZGU+
a19fQmFja2luZ0ZpXwxkLVRyZWVOb2RlKzxOYXZpZ2F0ZVVybD5rX19CYWNraW5nRmllLGQnVHJlZU5vZGUrP
E9uQ2xpZW50Q2xpY2s+
a19fQmFja2luZ0ZpXwxkLVRyZWVOb2RlKzxDbGlja0NhdXNlc1Bvc3RiYWNrPmtfX0hY2tpbmdGaWVzZCBUc
mVlTm9kZSs8Q3VzdG9tPmtfX0hY2tpbmdGaWVzZCJUcmVlTm9kZSs8VG9wGw+
a19fQmFja2luZ0ZpXwxkAQABAAEBAQMDAAEBBAAAAAQEBAQAAAAEBAQEAAAAAAAABAQQBAQADAAAEIflN5c3Rlb
S5Db2xsZWN0aW9uaW5ucy5HZW5lcmljL3mcllZkludDY0lCBtcZNvcmxpYiwgVmVyc2lvbj00Lj
AuMC4wLCBCDdWx0dXJlPW51dXRyYWwsIFB1YmxpcY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldldXX9TeXN0ZW0
uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0Y0YDFbW1N5c3RlbS5TdHJpbmmcsIGlzY29ybGliLCBWZXJzaW9uPTQu
MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OVldcS9Fa3Ryb
24uQ21zLEkzYYWlld129ay5VSS5Ucm9vbDllLlRyZWVOb2RlP1lQ9sbGVjdGlvbGBAQgJAQBEBAQEIA5S5Fa3Ryb2
4uQ21zLkZyYWld29yay5VSS5UcmVlTm9kZSsyNb2rRlAgQAAAAEcU3lzdGVtLkNvbGxlY3Rpb25
zLkhhc2h0YWJsZQEeAAAACRAAAAAABCRAAAAAABAAAACRcAAAAGHQAAAAMyNzEJEAAAAAkfAAAACSAAAAAAA
AAAAAoAKCSEAAAABAAYiAAAAAzI3MQYjAAAAAzI2NAYkAAAAAzI2NAYl1AAAABzI2NF4yNzEBAAAAAgAAAAA
AABBiYAAAALU3BlY2lhbHRRpZXMGJwAAAAdTdWJNZW51SCgoAAABqAAAAAAAAAAKCgXY////
LkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLkRyZWVUdVVHJlZVN1bGVjdGlvbk1vZGUBAAAABZhbHVlX18CAIAA
AAAAAAAAAABikAAAARL0FWSC9TcGVjaWFsdGllcy8GKAAAoAAQoAAAAAJAAAACRAAAAAACRcAAAAGLA
AAAAsxMDczNzQxNzA1OA0wAAAQlWAAAAAACS4AAAAJLwAAAAAAAAAAAAACgoJMAAAAAEABjEAAAAAMTA3Mzc0MT
AaMyNnJQJJAAAAAzSAAAAZSAAAADzI2Nf4xMDczNzQxNzA1OAEAAACBAAAAAAAAAAAEGUWAAAAlDb21tdWpKJwAAA
AoKAQEAAAAAAAAAACgoBq////9j///
8AAAAABlYAAAPL0FWSC9Db21tdW5pdHkGBpbmcAoAAALACIAwOAAJAAAACRAAAAAACRcAAAABIkAAAB1kAAAABlkAAAA
DMjkyCRAAAAAJWwAAAlcAAAAAAAAAAKCglAAAAAQAGVAAAAAMyOTIGVAAAAAMyNjMJWwAAAAlcAAAAAAAAACgQ
BzI2NF4yOTIBAAAhwAAAAABBmIAAAAVSGVhbHRoRoICZhbXA7ITFdlbGxuXsSCAAAAKCgEBAAAAAAAAAAAA
AoKAZz////Y////
AAAAAAZlAAAAGS9BVkgvSGVhbHRoRoLWFuZC1XZWxsbmVzcy8KAAQ4AAAAJAAAAAAAAAAAACRAAAAABCRAAAAAGAAAAC
RcAAAAsAAAaAAAAHMjY3AAAEAAAAAlqAAAAAAAAAAEGcQAAAAROZXdzZcSCAAAAKCgEBAAAAAAAaAAzI2NA
kkbAAAABnAAAAAHMjY0AAAAACRAAAAAAAEGcQAAAAZROZWQ=
AAAAAAZ0AAAAAJC9BVkgvQXZpc3RhdGluLXdpdGgtaWNlcy0KAAQ4AAAAJAAAAAAGAEEQAAAAH5TeXN0ZW0uuQ
29sbGVjdGlvbnMuR2VuZXJpYy5JpcY5MaXN0YDFbW1N5c3RlbS5TdG5ClBNCwgbXJjb05pb29SaWc1SZljcnBpb249N
AuMCwgQ3VsdHVyZT1udXRyYWwsIFB1YmxpY0tleS5Cb2tlbj1iNzdhNWM1NjE5MzQwMD1nZ4V2X9TeXN0ZW0uR2Vu
ZXJpYy5MaXN0YDFbW1N5c3RlbS5TdHJpbmcsIGlzY29ybGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1bHR1cmU9bmV1
dGVlLHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OVldcaXRkcAUAaAZfaXRlbXBMFX3NpemVlZ2Ln
Npb24GAAAAICAl2AAAAAAAAAAEGQAAAKUBU3lzdGVtLkNvbGxlY3Rpb25zLkdxbGdxdnVYaU1uTGlzdGAxGAxw1t
Fa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JZWUtYXEYlEIwAWLCBFa3JzawUwPTQuMC4wLCBCbHNvbnRyYWN0cbywy
c2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bGdHeHJpbWVuZCGQ2VsbGVjdGlvbnVibGljS2V5VG5nTGZHjNHJlNiZ
V1dAwAAAAdfZaXRlbXdfX3NpemUJY2xnbGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1bHR1cmU9bmV1dGVycmVhbCwy
c2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dGVycmVhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV
VtGRGF0YVtdBQAAAAQICXdAAAAGAAAAAAAAAAGEGcQAAAAROWU50cm9sbGVyX3NpemUJY2luTktyY5Pcmdhbml6YVdJ
VtRGF0YVtdRoLWFuZC1XaAAAAAAAEEGcQAAAAAGAAAAAAAAEBEGcQAAAAAGAAAAAAAAEEGcQAAAAABlAAAAAEe9Aaa
AAAAAAAAASEAAAAEAAAACXoAAAAAPAAAAAAAAEuAAAAAEQAAAALwAAAAAAAAAAAAAAAABLwAAAAAAJDgAAAAAAAGAAAAAAAA
CwXY////
AAAAAAZ0AAAAAJC9BVkgvQXZpc3RhdGluLXdpdGgtaWNlcy0KAAQ4AAAAAGAAAAGAAAEGcQAAAH5TeXN0ZW0uuR29
sbGVjdGlvbk1uR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5TdGJpbmcsIGlzY29ybGliLCBWZXJzaW9uPTQuMC4wLLj
V1dAwAAAAdfZaXRlbXdfX3NpemUJY2luTndyY5PcmdhAAAAAEEGcQAAAAAAGUAAAAAEeADUAAAAaAaAaWco2b
AAAAAAAAAAAAASEAAAAAAE8AAAACXoAAAAAPAAAAAAAAEuAAAAAEQAAAALwAAAAAAAAAAAAAAAABLwAAAAAAJDgAAAAAGAAAAAAAAA
CwXY////
AAAAAAZ0AAAAAJC9BVkgvQXZpc3RhdGluLXdpdGgtaWNlcy0KAAQ4AAAAAGAAAAGAAAEGcQAAAH5TeXN0ZW0uuR29
sbGVjdGlvbk1uR2VuZXJpYy5Mc2UAAAAAAAAAEGcQAAAAAAGAAAAAAAAEBEGcQAAAAAGAAAAAAAEEGcQAAAAABlAAAAAEe
9AaaAAAAAAAAASEAAAAEAAAACXoAAAAAPAAAAAAAAEuAAAAAEQAAAALwAAAAAAAAAAAAAAAABLwAAAAAAJDgAAAAAGAAA
CwXY////
AAAAAAZ0AAAAAJC9BVkgvQXZpc3RhdGluLXdpdGgtaWNlcy0KAAQ4AAAAAGAAAAGAAAEGcQAAAH5TeXN0ZW0uuR29
sbGVjdGlvbk1uR2VuZXJpYy5Mc2UAAAAAAAAAEGcQAAAAAAGAAAAAAAAEBEGcQAAAAAGAAAAAAAEEGcQAAAAABlAAAAAEe
AJdgAAAAAAAAAU4AAAAEAAAACYMAAAAEaaaaBAAAAAFbhAAAAEQAAAAAlAAAAaaaaaBXAAAABAAAAAABTOAAAAAAAA
AABlAAAAJdgAAAAAAAAAWwAAAAEAAAACYkAAAAAAAAAAA9jAAAAAAAAAAAAAkRdgAAAAAAAAAAHwAAAAEBawAAAAA
ABAAAAACAAAAAAQlRWt0cm9uLkNtcy5Gcmdhdmbml6YXRpb24uY2SUl2b1bnNUl1bnJDdXGRG90YXZlaGlgA
YZY0JAAAAAAACXoAAAAEAAAACRdgaAAAAAAAAAAEhhAAAANWludsmNdAAAACZeAAAAKaAAAaaaCyy2wyUyZ2wyUcmyc
lkLUcmVlTm9kZQIAaAYKaaaaKAaAmRAAAACZIAAAAKJwAAAKaaAaAaAZCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSSmA
AAmaAAAACZsAAAAmdaaAAACZ4AAAAKB3OAAAABJUALaAAAAAAAAAACZUAAAAKJpaAAAaaaAAaaAMaaAAAmlAAAACMaaAJpw
AAAmoAAAAAAAANBQeAAAAAAaBACZFa3Ryb24uQ21zLkZyYW1ld29yay5VSSmAAAmCbIAAAAAJsaAAAaaaaCyy2wyUcmyc
lTm9kZQIAAAAJqqAAAAAmrAAAAaCawAAAAaJrQAAAamuAAAACZzAAAAAAANgeDAAAAAAAEAAAAAAEAAAACwyZFa3Ryb24u
Q21zLkZyYW1ld29yay5VSS5UcmVlTm9kZQIAaAaaaAJsaAAAaaaaCyy2wyUcmyc1Tmg5kZQIAAAAJqqaAAAAmrAAAACwyAaaau
AAIAaaaBCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlTm9kZQIAAAAkaaaaBXAAAAAaaaAABaaaaCbYAAAA
AJtwAAAAm4AAAACbkAAAANgeJAAAAEAAAAAAAAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlTm9kZQIAAAA

6237… UcmVlTmhezQTAAABsgAAAAgAAAAPAQAAARAAAgbAAAAAAAAARAARAARAAfAAAACSAAAAAJEAAA
… AAEJJgAAAAFB////6////
… wQAAAAGwAAAABBBVkgvU3BlY2lhbHRpRpZXMvCRcAAAAqAAAAAAAAAAkQAAAAAQAAAnDAAAACgPAQAAAAAAAA
… GLAAAACAAAACABAIACAAAACAEAAAAAAAJEAAAAAAAAAAAAACS4AAAAJLwAAAAkQAAAAAQk1AAAAATf////
… r////
… BAAAAAbKAAAAGkZvci1QYXRpZW50cy1hbmQtRmFtaWx5X2MvCRcAAAAqAAAAAAAAAAkQAAAAAgAAAAnNAAAAC
… gAgAQCAAgAAAGMAAAACAAAAAkBAAAAAAAACAEAAAAAAAJEAAAAAAAAAAAAACT0AAAAJPgAAAAkQAAAAAQ
… lEAAAAAS3////r////
… BAAAAAbUAAAADUFWSC9BYm91dC1Vcy8JFwAAACoAAAAAAAAACRAAAAADAAAACdcAAAAKAAkBAAAAAAAAAY0AA
… AAIAAAAKgEAgAIAAAAIAQAAAAAAAAkQAAAAAAAAAAAAJTAAAAlNAAAACRAAAABCVMAAAABI////+v///
… 8EAAAABt4AAAAOQVZIL0NvbWl1bml0eS8JFwAAACoAAAAAAAAACRAAAAAEAAAACoBAICAAAAAAY4
… AAAAIAAAAJAEAAAAAAAAIAQAAAAAAAAkQAAAAAAAAAAAAAAJWwAAAAlcAAAACRAAAAABCWIAAAAABGf///+v/
… //
… 8EAAAABugAAAAYQVZIL0hlYWx0aC1hbmQtQtV2VsbG5lc3MvCRcAAAAqAAAAAAAAAAkQAAAAAQAAAAAnrAAAACgA
… kAQAAAAAAAGPAAAACAAAACEBAAAAAAAAACAEAAAAAAAJEAAAAAAAAAAAAACWoAAAAJawAAAAkQAAAAAQlx
… AAAAAQ////r////
… BAAAAAbyAAAAI0FWSC9BdmlzdGEtGEtQWR2ZW50aXR5LU51c3L1d3MvCRcAAAAqAAAAAAAAAAkQAAAAB
… gAAAAn1AAAACgAhAQAAAAAAAAGQAAAACQAAAAkQAAAAQkQAAAAAQAAAAkXAAAABvgAAAADMjczCRAAAAAJ+
… gAAAAn7AAAAAAAAAAAAAAKCgn8AAAAAQAG/QAAAAMyNG/…

6237...

AQAAAzTsMQKAAAAAABbQBAAAEmJJ0XJT5MMV4yOVbcCAAAANQAAAAAAAABBrUBAAAM03BpbM0gQ2VudGVyCScAA
AAKCgEBAAAAAAAAAAoKAUn+///Y////

AAAAAAa4AQAAJC9BVkgvU3BlY2lhbHHRpZXMvU3BpbmUtQ2FyZS1Qcm9ncmFtfcLwoACgABnQAAAAkAAAAJEAAAA
AEJEAAAAA4AAAAJFwAAAaa7AQAAAzI4OAkQAAnACb0BAAAJvgEAAAAAAAAAAAAACgoJvwEAAAAAABsABAAADMj
g4BsEBAAADMjcxCSQAAAAGwwEAAAsyNjReMjcxXjI4OAIAAAAA8AAAAAAAAAEGxAEAAAdTdXJnYXJ5IFBhdGllbnQ
KCgEBAAAAAAAAoKATr+///Y////

AAAAAAbHAQAAIi9BVkgvU3BlY2lhbHHRpZXMvU3VyZ2VyeS1TZXJ2aWNlcy8KAAAOAZ4AAAAJAAAAACRAAAAABC
RAAAAAPAAAACRcAAAAGygEAAAsxMDczNzQyMwQ4MWkQAAAACcwBAAAAJzQEAAAAAAAAAAAAACgoJzgEAAAAEABs
8BAAAALMTA3Mzc0MjM0ODAlAEAAAMyNzEzJJJAAAAAbSAQAAEzI2NF4yNzFeMTA3Mzc0MjM4MAIyMQODMCAAAAPQAAAAA
AAAABBtMBAAAGU3Ryb2tllCSCAAAAKCgEBAAAAAAAAAAoKASv+///Y////

AAAAAAbWAQAAGC9hdmgvc3BlY2lhbHHRpZXMvU3Mvc3Ryb2t1LwoACgABnwwAAAAkAAAAJEAAAAEAAAAJF
wAAAAbZAQAAATAKCgoAAAAAAAAAAaaaoKCdoBAAAAAbbAQAAFZEwNzM3NDIyDIyODI4fDEwNzM3NDE4BtwBAA
ALMTA3Mzc0MTg1MjgJAAAAAbeAQAAgzI2NF4xMDczNzQyODUyOFU0F4xMDczNzQyMjgyOAIAAAABCAAAAAAAAAA
G3wEAABhQYXRpZW50IFyZS1SZWdpc3RyYXRpb24g24G4AEAAARMaW5rrCgoBAQAAAAAAAAKCgEf/v//2P///
wAAAAAG4gEAAA0vII1ByZVJ1Z01vZGFscCgKAAAGgAAASxXxA4DrdAAAAAAaAAAaAAAAAAAaABuUBAAAALMT
A3Mzc0MTg1MjgJAAAAnnAQAACegBAAAAAnnAAAaaaaaaoKCekBAAAABAbyAQAAaAAoKCekwEwN2m3U4NTM8
BusBAAAa
LMTA3Mzc0MTg1MjgJAAAAAbtAQAAgzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUyOAIAAAAAAAAAEG
7gEAACFQYXRpZW50IGxIZbXA7IFZpc2l0b3IgSW5mb3JtJJAAAAoKAQEAAAAAAAAAAoKEgoBEP7//9j//
/

8AAAAABvEBAAA3L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0VtcZ1baW5LY2L1BhdGlbnQtLS1WaXNpdG9yLaWR1
lLwoCAgBAoQAAAAkAAAAJEAAAAAAaAAAJFwAAAbb0AQAQACwz5wNzM0NTI5AzAAAAAAAAAAAAKCgn4AQAAAQ/+QEAAAsxMDczNzQxODU2MjgJAAAAAAAOQ3SAAAAAA/
AEAABsyNjReMTA3Mzc0MTg1MjgMTA3Mzc0MTg1MjkCAAAAAAAAAAAABBv0BAAAOU3Bpcml0dWFsIENEhcm
UJJwAAAAoKAQEAAAAAAAAAoKCgoBaf7//9j///

8AAAAABgACAAA9L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbHHyLgNwaXJpdHVhbHHV
hbC1DYXJlL1woACgABoAgAAAkAAAAAJEAAAAJFwAAAaJFwAAAAAJfwAAAUUYAAy0AAACJFwAAAAA3NDE4NTNNTNtNTMJJA
BQIAAAkGAgAAAAAAAAAAAKCgkHAgAAQAGCAIAAAsxMDczNzQ0xMzAMTA3Mzc0MTg1MzcJAAAAAbQAQAABgwCAAAgQmlsbGluZyAmYW
1wOYBGaW5hbmNpYWwgU2VydmljZXMKCgEBAAAAAAAAAAoKCgoBev3//9j///

8AAAAABg8BAAAgL0JpbGxpbmctYW5kLUZpbmFuY2lhbC1TZXJ2aWNlcy8KAAAOAZ4AAAAMAAAAJAAAAACRAAAAABCRAAAA
ASAAABUIAAAAAFYwAAAGaIAAAAzOUUDMQAQAAAAAIiAAAAAAAAACgoJIgIAAAAEABs8BAAAALMTA3Mzc0MTMwMTAzNTMJJAAAAbQAQAABgwCAAAgQmlsbGluZy
AAAAAAAACgoBmP3//9j///

8AAAAABmkCAAAtL1BhdGllbnQtYW5kLUZhbWlseS1SZXNvdXJjZXMvCgAACgABogAAAAkAAAJEAAAEAAAAJF
wAAAaJFwAAAAJfwAAAAAEAAAFmkCAAAtL1BhdGllbnQtYW5kLUZhbWlseS1SZXNvdXJjZXMvCgAACgABBogAAAkAAAAJ
EAAAEAAAAAJFwAAAaJFwAAAAJfwAAAAAEAAFmkCAAAtL1BhdGll

6237...
...ACRAAAAAAACRAAAAACRAAACRCARAAACgJrAAAUgkJYJgAAAgAAgAKCY6CARAAAAARARATROKCY4CAAAAAAaP
...AgAAAzI2NgaQAgAAAzI2NQkkAAAABpICAAALMjY0XjI2NV4yNjYCAAAAdwAAAAAAAAABBpMCAAAbQXdhcmRzI
...CZhbXA7IEFjY3J3lZGl0YXRpb25zcCSCAAAAKCgEBAAAAAAAAAAoKAWv9///Y////
...AAAAAAaWAgAAFS9BVkgvQWJvdXQtQtVXMvQXdhcmRzLwoACgABrAAAAAkAAAAJEAAAAAEJEAAAAMAAAAJFwAAA
...AaZAgAACzEwNzM3NDNE4NTI2CRAAAAAJmwIAAAmcAgAAAAAAAAAAAAKCgmdAgAAAQAAAGngIAAAsxMDczNzQxOD
...UyNgafAgAAAzI2NQkkAAAABgECAAATMjY0XjI2NV4xMDczNzQxODUyNgIAAAB4AAAAAAAAAAEGogIAAAApGYXN
...0IEZhY3RRzCSCAAAAKCgEBAAAAAAAAAAoKAVz9///Y////
...AAAAAAalAgAAIS9BVkgvQWJvdXQtQtVXMvRmFjdHMtQWJvdXQtQXzpc3RhLwoACgABrQAAAAkAAAAJEAAAAAEJE
...AAAAAQAAAAJFwAAAAaoAgAAAzI2OAkQAAAACAoCAAAJqwIAAAAAAAAAAAAcgoJrAIAAAAABq0CAAADMjY4Bq
...4CAAADMjY1CSQAAAAgsAIAAAsyNjReMjY1XjI2OAIAAAB6AAAAAAAAAAEGsQIAAApMZWFFbXZXEWAAAMCSCAAAA
...KCgEBAAAAAAAAAAoKAU39///Y////
...AAAAAAa0AgAAGS9BVkgvQWJvdXQtQtVXMvTGVhZGVyc2hpcC8KAAoAa4AAAAJAAAAACRAAAAAECRAAAAAFAAAAC
...RcAAAAGtwIAAAMyNjkkEAAAAAm5AgAACboCAAAAAAAAAAAAoKCbsCAAABAAa8AgAAAzI2OQa9AgAAAzI2NQ
...kkAAAABr8CAAALMjY0XjI2NV4yNjkCAAAewAAAAAAAAAABBsAAAAHTWlzc2lvbgkgnAAAAACgoBAQAAAAAAAAAA
...KCgE+/f//2P///
...wAAAAAGwwIAAAB8vQWJvdXQtQt VXMvOur-Web1oFib3V0LVVzL01pc3Npb24t1LS1WYWx1ZXMvCgAAAGvAAAAQkQAA
...AABgAAAAkxAAAABsYCAAALMLTA3Mzc0MTg1MjkcJEAAAAJnIAgAAAAAAAAAAoCgoBL/3//9j///
...8AAAABtICAAAVL01bnR1cmVtcStSGVhbHRHoLTIwMjAcLWAcGxAKAAAGvwAAAAAAAkQAAAABgAAAAkAAA
...AAbtUCAAABMAoKCgAAAAAAAAAaCgoJ1g1AAAAABtcCAAAXMTA3Mzc0MjU4MTA2CRAAAAAAAAAAtcgoJrAAasx
...MDczNzQxODUzOAkkAAAABtwY0XjEwNzM3NDINT4gAgAAAAAAAAAEGoBnPz//9j///
...AAAAAAbeAgAAT2h0dHBzOi8vcmVmVnLmFiY3VidC5jb20vdmlldy92aWV3X3JlbnRoRmlzcHlVd...
...YXM9MjgmYW1wlwO3dwPTExNiZhZhXA7YWlkPUNFTlRVUkEKAAoABeAAAAJAAAACRAAAAAECRAAAAACAAAACRcAA
...AAG4QIAAAsxMDczNzQxODUyMgkQAAAACmCAAAAJ5AIAAAAAAAAAACgoJ5QIAAAEBuYCAAAMTA3Mzc0MTgyMgEy
...g2MTIG5wIAAAsxMDczNzQxODUyOAkkAAAkBukCAAAAbMjY0XjEwNzM3NDINT4xNjEyNQIAAAAAAAAAAAEGyEgAAAIM
...AAAAAAAAAAAQbqAgAAC0dpdmluZyBCYWNrCSCAAAAKCgEBAAAAAAAAAAoKART9///Y////
...AAAAAAbtAgAAGy9BVkgvQ29tbXVuaXR5L0dpdmluZy1CYWNrLwoACgABsAAAAkAAAAJEAAAAAEJEAAAAMAAA
...AAJFwAAAAbwAgAACzEwNzM3NDINjE4MjI5TmgkkAAAkAnznAgAAAAAAAAAAAAAKCgn0AgAAAAAG9QIAAAsxMD
...czNzQxODYxMwb2AgAACzEwNzM3NDINT4xMT4CSQAAAA+
...AIAABsyNjReMTA3Mzc0MTg1MzheMTA3Mzc0MTg2MTMCAAAAhQAAAAAAAABBvkCAAAMU29jaWFsI
...cAAAAKCgEBAAAAAAAAAAoKAQX9///Y////
...AAAAAAb8AgAAHC9BVkgvQ29tbXVuaXR5L1NvY2lhbC1NZWRpYS8KAAoAa8AAAAJAAAAACRAAAAAECRAAAAAABC
...AAACRcAAAAG/
...wIAAAsxMDczNzQxODYxNAkQAAAABgDAAALMTA3Mzc0MTg2MTQQGBQMAAAasxMDczNzQxODUzOAkkAAAAbMjY0Xj
...QGBQMAAAasxMDczNzQxODUzOAkkAAAABpDAAAbMjY0XjEwNzM3NDINT4xNT4XjEwNzM3NDINjE0AgAAAYAAAA
...AAAAAAQYIAwAAEUNvbWll0eSBCSC9CcSAAAAKCgEBAAAAAAAAAoKAKfb8///Y////
...AAAAAAQYIAwAAEUNvbW11bml0eSBCSC9CcSAAAAKCgEBAAAAAAAAAoKAKfb8///Y////
...AAAAAALAwAAIS9BVkgvQ29tbXVuaXR5L0NvbW11bml0eS1CSC1CbG9nLwoACgABsSAAAAkAAAAJEAAAAAEJE
...AAAAEAAAAEAAAAJFwAAAAYOAwAACzEwNzM3NDINjA4CRAAAAJEAMRaWRvAAAAAAAAAAKCgkSAwAAAGEw
...MMADARZMzc0MTgyMDMkAAAjDAEAAMNcSEdAwAAaKwAACCT4DAAAAAAAAAAAAoKCSEDAAAAAAAAoKCSEDAAAAbMjY0XjN3BiM
...DAAADMjkyCSQAAAAgJGQMAAAsyNjReMTA3Mzc0MTg3MjA4XjEwNzM3NDINjA4AgAAAAYYmAwAACUNhUHZ5Opr2Vs
...bAknAAAACgoBAQAAAAAAAAAAKCgHY//P//2P///
...wAAAAAGKQMAAAsvQ2FmZVVdlbGGwtLwoACgABgtgAAAAAkAAAAJEAAAAAEJEAAAAAMAAAAAJFwAAAAsyAwAACzEwNz
...M3NDINjA4CRAAAAAJLgMAAAkvAwAAAAAAAAAAAAAKCgkwAwAAAAAGMQMAAAsxMDczNzQxODcyOAY0AwAAAzI
...5MgkkAAAABjQDAAATMjY0XjY1Ml4xMDczNzQxODcyOAoAAAYWAIAAAAAAAAAAEGNQMAAAtpVHJpYWdlLCUlEFwcAkn
...AAAAAcgoBAQAAAAAAAAAAKCgH/P//2P///
...wAAAAAGKQMAAAsvQ2FmZVVdlbGGwtBgtgAAAAAkAAAAJEAAAAJEAAAAAEJEAAAAAEJEAAAAAMAAAAJFwAAAAsyAwAAACzEwNz
...M3NDINjA4CRAAAAAJLgMAAkvAwAAAAAAAAAAAAKCgkwAwAAAAAGMQMAAAsxMDczNzQxODcyOGY0AwAAAzI
...5MgkkAAAAJLgMAAkvAwAAAAAAAAAAKCgkwAwAAAAAGMQMAAAsxMDczNzQxODcyOGY0AwAAAzI
...AAAACgoBAQAAAAAAAAAAKCgH/P//2P///
...wAAAAAGOAMAAA0vaVRyaWFnZVNZnNsBcHAvcgAAAAkAAAAJEAAAAAEJEAAAAAMAAAAEAAAAJEAAAAA
...A3Mzc0MTg2Mk5kJEAAAAk9AwAAAACT4DAAAAAAAAAAOKCT4DAAAAAAAAAAAbMjY0XjEwNzM3NDIN
...DMjkyCSQAAAAgQwMAAAsyNjReMTA3Mzc0MTg2Mk5Qw5AgAAAAIwAAAAAAAAQZEAwAADkhlYWx0aGkSGFi
...aXRzCSCAAAAKCgEBAAAAAAAAAAoKAbr8///Y////
...AAAAAAZHAwAAJC91RlZHSdGgtQW5lLVdlbGxuZXNzL0hlYWx0aHktSGFiaXRzLwoACgABuAAAAAkAAAAJEAAAA
...AEJEAAAAAUAAAAECRAAAAANAAAAcgoJPAwAAAAAGTAMAAAsxMDczNzQxODY0CgoAAAAAAAAAAAoKTIDAwAAaKwAAACC
...AGTwMAAAsxMDczNzQxODYyMAZQwAaAAsyNjReMTA3Mzc0MTg2NDZeMTA3Mzc0MTg2MjACAAAAAAAAAAAAAEGUwMAAABRTZWZb25hbCBJbmZvcmwldGlvbgkkZb29kY2hnYXNaAAAAACgoBAQAAAAAAAAAKCgCr/P//2P///
...wAAAAAGVgMAAACovSGVhbHRoLUR1UFuZC1XZWxsbmVzcy9TZWFzb25hbC1JbmZvcm1hdGlvbi8KAAoAbYAAAAkAAAA
...AACRAAAAAAAAAACgoJXQMAAAAAaGVAMAAAsxMDczNzQxODYgJ7zSAmYW1wOyBVWxsIFByZXZlbnBbn4JJwAAAoKAQAAAAAAAAAA
...goBnPz//9j///
...8AAAAABmUDAAAApL0FWSC9IZWFfdGgtYW5kLVdlbGxuZXNzL0hlbGdtVWdGlvbi8KAAoAAcMAAAAAnAAAUzlamVudGVk
...ACWYDAAAAAOpAAAaDwAAAHNAAAAGQAAAAlnAwAAABlnAwAaDwAAAAAlnAwAAAABkAAAAYAAAaeEAAAAA
...AAAACWkDAAEAAAAHrAAAAAGQAAAJ1qAwAAAAAAAAH7AAAAEgAAAl2AAAAAAAAAAAAAAAB/
...AAAAAQAAAJbgMAAAsAAAALAAAAAQkBAAAARAAAAARCXUAAAAAAAAAAAAAAEKQAAEgAAAl2AAAAAAAAAAAA

6237...

ABCwEARSgAAAAyCQMAAxYmAAAAaAARgBREARAAAAACXUEAAAAATATAAAARgfAQRAEgAAAAl2AAAAAAAAAAAAAABGgEAAAQAAAAJiQAAAAAAAAAAAAScBAAAARAAAACXUDAAABAAAAAQAAAAEoAQAAEgAAAAl2AAAAAAAAAAAAABKQEAAAQAAAAJiQAAAAAAAAAAAATYBAAARAAAACXUAAAAAAAAAAAAAEE3AQAAEgAAAAl2AAAAAAAAAAAAABOAEAAAQAAAAJegMAAAAMAAAADAAAAUUBAAARAAAACXUAAAAAAAAAAAAAFGAQAAEgAAAAl2AAAAAAAAAAAAABRwEAAAQAAAAJfQMAAAkAAAAJAAAAAVQBAAARAAAACXUAAAAAAAAAAAAAFVAQAAEgAAAAl2AAAAAAAAAAAAABVgEAAAQAAAAJiQAAAAAAAAAAAAWMBAAARAAAACXUAAAAAAAAAAAAAFKAQAAEgAAAAl2AAAAAAAAAAAAABZQEAAAQAAAAJiQAAAAAAAAAAAX1BAAARAAAACXUAAAAAAAAAAAAAFzAQAAEgAAAAl2AAAAAAAAAAAAABdAEAAAQAAAAJhgMAAAIAAAAACAAAAAYEBAAARAAAACXUAAAAAAAAAAAAAGCAQAAEgAAAAl2AAAAAAAAAAAAABgwEAAAQAAAAJiQMAAAAAAAAAHAAAABBkAQAAEgAAAAl2AAAAAAAAAAAAABkgEAAAQAAAAJiQAAAAAAAAAAAZ8BAAARAAAACXUAAAAAAAAAAAAAGgAQAAEgAAAAl2AAAAAAAAAAAAABoQEAAAQAAAAJiQAAAAAAAAAAAaAAAAAAA4BAAARAAAACXUAAAAAAAAAAAAAAAAAAAG+

AQAAEgAAAAl2AAAAAAAAAAAAABvwEAAAQAAAAJiQAAAAAAAAAAAcwBAAARAAAACXUAAAAAAAAAAAAAHNAQAAEgAAAAl2AAAAAAAAAAAAABzgEAAAQAAAAJmAMAAAMAAAADAAAAdoBAAAEACYAAAACYkAAAAAAAAAAAehBAAARAAAACXkAAAAAAAAAAAAAHpAQAAEgAAAAl1AAAAAAAAAAAAAB6gEAAAQAAAAJ9AwAAAkAAAACQAAAAf0BAAARAAAACZ8DAAAEAAAABAAAAAAABBBAAARAAAAQcCAAAECAAAACaIDAAAAAAAAAXYmAAAAAAAAAUUGAAARAAAAAAcCAAABGgEAAAIAAAAJhQAAAAAAAAAAAARYRYEgAAAIAAAAQcBAAAEgAAAAlzDAAAEAAAABAAAAABBgIAAACCwAAAAlzDAAAEAAAABBwIAAACYkAAAAAAAAAAAAwcCAAAEgAAAAlzDAAAEAAAAAABqQAAAABqABAAAIAAAAJ1AAAAAAAAAAAAAWBgAAAAAAAAUdTDAAAEAAAABBwIAAACYkAAAAAAAAAAAAAAAAAAB4wBAAAIAAAAJ1AAAAAAAAAAAAAB4kBAAARAAAACXUAAAAAAAAAAAAAAAAAAAB5kBAAAIAAAAJ1AAAAAAAAAAAAAB5wBAAARAAAACXUAAAAAAAAAAAAAB6gBAAAIAAAAJ1AAAAAAAAAAAAAAAAAAAB7gBAAARAAAACXUAAAAAAAAAAAAAB9kAAAABB8BAAAIAAAAJ1AAAAAAAAAAAAAT4DAAAEAAAAAHlAgAABAAAnMAAAAAEl

6237...
AgAAAAT0BdAAACVEEAAAJ0gQAAADHqAAAAAAAAABAAAAAgmRWt0cm9uLkNtOy5EcmFvEZX0vcmsu VUkuVHJlZ
S5JVHJlZU5vzGUCAAAACVMEAAAJVAQAAAlVBAAACYVEAAAHqwMAAAAABAAAABAAAAAQmRWt0cm9uLkNtcy5Gcm
FtZXdvcmsuVUkuVHJlZS5JVHJlZU5vzGUCAAAACVcEAAANAweuAwAAAEEAAAAEAAAABCZFa3Ryb24uQ21zLkZ
yYW11d29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJWwQAAAAJXAQAAAAEVoEAAAJWwQAAAe0AwAAAEEAAAAEAAAA
BCZFa3Ryb24uQ21zLkZyYW11d29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJXAQAAAldBAAADQIHugMAAAABA
AAACAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vzGUCAAAAC9AAAdEXW0AAAAlgBA
AACWEEAAAJYgQAAAljBAAACWQEAAAJZQQAAAfAAWAAAEEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYW11d29yay5
VSS5UcmVlLklUcmVlTm9kZQIAAAAJZgQAAA0DB8YDAAAAAQAAAAQAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3Jr
LlVJLlRyZWUuSVRyZWVOb2RlAgAAAAlnBAAACWgEAAAJaQQAAAlqBAAAB8wDAAAAAQAAAAQAAAAEJkVrdHJvb
i5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuSVRyZWVOb2RlAgAAAAlrBAAADQMH1QMAAAABAAAABAAAAAQmRWt0cm
9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vzGUCAAAACWwEAAAJbQQAAAluBAAADQIB5QMAAAgAAAAQAA
AAAAA8BAAAAAAAACRAAAAAAAAAAAAAAAAAAAn6AAAACfsAAAAJEAAAAAEJAQEAAAGM+///6////
wQAAAAGdQQAAB1BVkgvU3BlY2lhbHRpRpZXMvQmlydGdgtQ2VudGVyLwXAAAAKgAAAAAAAAAJEAAAAAEAAAAJeA
QAAAoAEQEAAAAAAB5gMAAAgAAAAWAQAAAAAAB8BAAAAAAAAACRAAAAAAAAAAAAAAAkJAQAACQoBAAAJEAA
AAAEJEAAAAGC+///6////
wQAAAAGfwQAACNBVkgvU3BlY2lhbHRpRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyLwXAAAAKgAAAAAAAAAJEAAAA
IAAAAJggQAAAoAEgEAAAAAAB5wMAAAgAAAAWAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAkYAQAACRk
BAAAJEAAAAAEJHwEAAAGF4////4+///6////
wQAAAAGiQQAACNBVkgvU3BlY2lhbHRpRpZXMvQ3JpdGljYWwtQ2FyZS1Vbml0LwXAAAAKgAAAAAAAAAJEAAAA
MAAAAJjQQAAAoAOgEAAAAAAB6AMAAAgAAAAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAknAQAACSg
BAAAJEAAAAAEJLgEAAAFu+///6////
wQAAAAGkwQAABpBVkgvU3BlY2lhbHRpRpZXMvRW11cmdlbmN5LWNhbmU5LwXAAAAKgAAAAAAAAAJEAAAAQAAAAJlgQAAA
oAEAAAAAAAB6QMAAAgAAAAWAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAAk2AQAACTcBAAAAJEAAAAAEJPQEAAAAFk
+///6////
wQAAAAGnQQAABdBVkgvU3BlY2lhbHRpRpZXMvR0ktTGFiLwXAAAAKgAAAAAAAAAJEAAAAUAAAAJoAQAAAoAOgEAAA
AAAB6gMAAAgAAAAWAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAAknAQAACSgBAAAJEAAAAAEJ0AEAAABBg
+///6////
wQAAAAGpwQAAB1BVkgvU3BlY2lhbHRpRpZXMvSGVhcnQtQ2VudGVyLwXAAAAKgAAAAAAAAAJEAAAAWAAAAJq
gQAAAoAFAEAAAAAAB6wMAAAgAAAAAWAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAAlUQAAAAJVgAAAA
CVGAAAAJVEAAAJVEAAAJVEAAAJVEAAAJVEAAAlAQAAAAJEAAAAAEJVQEAAABMv//+v///
8EAAAABs8EAAAJEQABEEAAAEcCcgEAAAKgAAAAAAAA4dDAAAAAAAAEEAAAAEAAAA
BCZFa3Ryb24uQ21zLkZyYW11d29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJZgQAAA0DB8YDAAAAAQAAAAJAAAA
BCZFa3Ryb24uQ21zLkZyYW11d29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJZgQAAA0DB8YDAAAAAQ
BAAAABtkEAAAJEAAAAAEJ0AEAAABMv//+v///
8EAAAABtkEAAAJEAAAAAEJ0AEAAAKgAAAAAAAA4dDAAAAAAAAEEAAAAEAAAA
BCZFa3Ryb24uQ21zLkZyYW11d29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJZgQAAA0DB8YDAAAAAQ
BAAAABjBAAAH0FWSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi1DZW50ZXIvBQAAACgAAAAAAAAJEAAAA
eYEAAAKAB0BAAAAAAAAfEDAAAIAAAAWAQAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAJrgEAAAmvAQAACRA
AAAAABCbUBAAABBPv//+v///
8EAAAABu0EAAAKL0FWSC9TcGVjaWFsdGllcy9TdCGluZS1DYXJlLVByb2dyYW0vBQAAACgAAAAAAAAJEAAAA
ADQAAAAnwBAAACgAAAAWAwAACAAAAAdwEAAAAAAB8AAAAAAAAAACRAAAAAAAAAAAAAAAJrgEAAAmvAQAACb0BAAAJ
vgEAAAKgAAAAAJEAAAAAEJQr7///r////
BAAAAB3BAAAIUFWSC9TcGVjaWFsdGllcy9UdXJnZXJ5L2VwLWNlbnZpZlLwXAAAAKgAAAAAAAAAJEAAAAA4AA
AAJ+
gQAAAoAIAEAAAAAAABB8wMAAAgAAAAB7FACAgAAAA8BAAAAAAAACRAAAAAAAAAAAAAAnMAQAACcw
BAAAJEAAAAAEJP00AAAABABgvYXXAxKzsJZD5rX19CYWNRWNlbnRlci8FAAAAKAAAAAAJEAAAAAPAAAAKQ
QP7FAAABBgv+YXXAxKzsJ2Vd5rX19CYWNRWNlbnRlci8FAAAAKAAAAAAJEAAAAAPAAAKQ
sUAIACAAAABfQDAAAoRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uEYXRpb24u0ZWlLYXR5U8UGdFryF0RGFyc
0ZWlEYXRXRhKzsJdGvtSWQ+
a19fQmFja2Fa11uZ02pZWxrIkllbnVCYXNlU1RGF0YSs8VGVddD5rX19CYWNraW5nRmxbGQtTWVudUJhc2VYRhK
zxUeXBlPmtfXX0JhY2tpbmdGaWVsZCNJNZ51QmFzZURhdGErEYhyZWY+
a19fQmFja2luZ0ZpZWxkESllbnVCYXNlU1RGF0YSs8VGFyZ2V0PmtfX0JhY2tpbmdGaWVsZChNZW51QmFzZURhd
GErPEFuY2VzdG9y5WQ+a19fQmFja2luZ0ZpZWxkQU1lbnVCYXNlU1RGF0YSs8RGVzY3JpcHRpb24+
a19fQmFja2luZ0ZpZWxkJU11bnVCYXNlU1RGF0YSs8SW1hZ2VVcmw+kfXXV19CYWNraW5nRmllbGQtTWVudUJhc
2VYRhKzxJdGVtcz5rX19CYWNraW5nRmllbGRQTWVudUJhc2VYRhKzxJbWFnZVBhdGg+
a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlU1RGF0YSs8SW1hZ2VBbHQ+kfX2VmycmlkZXT5rX19CYWNraW5nRmllbGQtQ21zR
GF0YWAxKzxJZD5rX19CYWNraW5nRmllbGQAAEEAQEAAQADAQAAQACR0AAAcm9uLkNtcy5UZXh0LTb4uReW
VtZXJhdndlbGvbitNZW51SXRlbVR5cGUGCUPAAAACQilAVN5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLGxpc3RgMVt

6237...
bRWtOcmFsLRWtCy5PtmdmhmT6VXRpb2Fus0ItbrVrdGYfLRGFoY5wgRW0cmGBEkHCcy5bD250cmFjdHMsIFZlcnNpb249OS4wLjjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPU50bGVVRva2VuPNUTU1OWEyYzRmYTIxZTYzYmVdXQEJBQAAAAAAAAAAAAAIAEAgAIAAAAAJ3wEAAAH6+v//6////
wUAAAAGBwUAAA0vI1ByZVJlZ01vZGFsc0RcAAAAqAAAAAAAAAAkQAAAAQAAAAkKBQAACRAAAAAA7BEAgAIAAAAB9QMAAAqAAAApAQCAAgAAACABAIACAAAACRAAAAAAAAAnnAQAACegBAAAJEAAAAAEJ7gEAAAHw+v//6////
wQAAAAGEQUAADcvQVZIL0Zvci1QYXRpZW50cylhbmQtRmFtaWxpZXMvUGF0aWVudC0CtLVZpc2l0b3oyl3b31tR3VpG5UvCRcAAAAqAAAAAAAAAkQAAAAqAAAAkUBQAACgApAQCAAgAAAAH2AwAACAAACEBAAIIAACACAAAAIEAgAIAAAACfYBAAAJ9wEAAAkQAAAAQn9AQAAAeb6///r////
BAAAAYbBQAAPEFWSC9GbdGHtfUGF0aWVudHMtYW5kLUZhb5WilsaWVzLlNwaXJpdHVhbC1NwaXJpdHVhbC1DYXJlLXNlcnZpY2VzL0RZXlLl1NwaXJpdHVhbCACAAAACRAAAAAAAAAAAAkFAgAACQYCAAAJEAAAAAEJDAIAAAHc+v//6////
wQAAAAGJQUAAB9CaWxzaWW5nLWFuZC1CaW5nbmJtyYWt2Vydml1ZXMvCRcAAAAqAAAAAAAAAAkQAAABAAAAkoBQAACqAiAQCAAgAGAAAH4wAACAAAACMBAIACAAAAIAEAgAIAAAAEJDAIAAAHc+v//r////
QAAAAQkbAgAAAdL6///r////
BAAAAAYvBQAAIkZvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUHJppY2luZy9JFwAAACoAAAAAAAAACRAAAAAFAAACTIFAAAkCACMBAIAAACAfkDAAAIAAADRQAgAIAAAAgQCAAgAAAAkQAAAAAAAAAJIwIAAAkkAgAACRAAAAABCSoCAAAByPr//+v///
8EAAAABjkFAAAbUXVhbGl0eC2sgaWsnc2VydmljZXMvCRcAAAAqAAAAAAAAAkQAAABgAAAAk8BQAACgANFACAAgAAAAH6AwAACAAAAAIAEAgAIAAAAAIEAgAIAAACTICAAAJMwIAAkAQAAAAAQk5AgAAAb76///r////
BAAAAAZDBQAAFC9BZHZhbmNlLNLURpcmVjdVjdGl2ZZXMvCRcAAAAqAAAAAAAAAkQAAAAAAwAAAlGBQAACgAkAQCAAgAAAAH7AwAACAAAAIAEAgAIAAAAIEAgAIAAAACUECAAAJQgIAAAkkARAAACQlIAgAAAb6///r////
BAAAAAZNBQAAFi9DZW50ZXJzLU9mLUV4Y2VsbGVuY2UvCRcAAAAqAAAAAAAAAACRAAAAAIAAAAVCWAFAAAkqBQAACgAoAQCAAgAAAAkQAAAAAAAAAAJUAIAAAlRAgAACRAAAAABCVcCAAABoPr//+v///
8EAAAABmEFAAAtL1BhdGllbnQtQmlsbsbC1vZlSaWdodDHMtYW5kLVJlc3BvbnNpYmlsaXRpZXMvCRcAAAAqAAAA
AAAAAAkQAAAAACgAAAAlkBQAACgAoAQCAAgAAAAHAAAACW4CAAAJbwIAAAkQAAAAAQl1AgAAAZb6///r////
BAAAAAZrBQAALEZvci1QYXRpZW50cylhbmQtRmFtaWxpZXMvQmVuZWZpdHMvCRcAAAAqAAAAAAAAAAkQAAAAAAwAAluBQAACwAAAluBQACgAoQCAAgAAAAH/AwAACAAAAAIAEAgAIAAAADETAIACAAAACEAAAAAAAAACX0CAAAJfgIAAAkQAAAAAQmEAgAAAYf6///r////
BAAAAAZ1BQAAKEFWSC9hYm91dC1Vcy9hdGdG9zcklncy8xbmHhdGlvbnl2Glvbi8JFwAAACoAAAAAAAAAACRAAAAAAAAABAAAAKJQAAAAk8JaIAAmNAgAAAABBAAAAAIIAEAgAIAAAACMBAIACAAAAATB//r////
8EAAAABFAAAUQVZIL0Zib3V3LLVVzL0zhY3RzLUFib3V0LUF2aXN0OYS8JFwAAACoAAAAAAAAACRAAAAAAAAADAAAAJQgIAAAmrAgAACRAAAAABCbQCAAAAAADADACYFAAAGCbBeCAAABbvr//+v///
8EAAAABpMFAAAYQVZIL0Zib3V3LLVVzL0xlYWRlcnNoaXAvCRcAAAAqAAAAAAAAAkQAAAAAAAAAkQAAABAAAAmWBQAACgAMAQAAAAAJgAAAAqAAAAAEDBAAAAAAAACbkCAAAAAAADBAAAAAEJugIAAAAABAAAAAAAABCbvr//+v///
8EAAAABpMFAAAYQVZIL0Zib3V3LLVVzL0xlYWRlcnNoaXAvCRcAAAAqAAAAAAAAAkQAAAAAAAAAmWBQAACgAMAQAAAAAJgAAAAqAAAAAEDBAAAAAAAACbkCAAAAAAADBAAAAAEJugIAAAAABAAAAAAAABCbvr//+v///
BAAAAaaaDBQAAHkFWSC9BYm91dC1Vcy9IaXN0b3J5L0NlbnRlbm5pYWwvCRcAAAAqAAAAAAAAAAAUUAAAAJoIAAAAkQAAAAAAkQAAAAqYAAAAAEJzwIAAAUAAAEAAAUA
AUAAAoADQEAAAAAAAABBBQAAqAAAAfAQCAAgAAAkBAAAAAAAAAAnIAgACkAAAAAnIAgAANIgACckCAAAAJEA
AAAAEJzwIAAAFa+v//6////
wQAAAAAGpwUAABRBRDQS0Jib3V3LLVVzLUhpsdG9yeS8JFwAAACoAAAAAAAAAAAkQAAAAAAAAAJEAAAAYAAAAJqgUAAAAqAAAAAAAAAAoBAIACAAAAACdsCAAAAAACoBAIACAAAAACdsCAAAJVPr//+v///
8FAAAACd4CAAAJFwAAACoAAAAAAAAACRAAAAAAAAAAbBAAAAAACOHoAAAAmBWAAACgAkAQCAAgAAAnQgAAAAUr6///r////
BAAAAAa3BQAAGkFWSC9Db21tdW5pdHkvZGV2LWNvbm5lY3Rpb25zLCRcAAAAqAAAAAAAAAAkQAAAqGAAAAm6BQAAAAgBQEAACYEAAAnAQAAAAqAAAAAEDcIACkAAACAcfICAAAJJwIAAAkQAAAAEJKgIAAAHc+v//6////
wQAAAGlQUAAB9IZWFsdGgtGTGlicmFyeFS8JFwAAACoAAAAAAAAAAACRAAAAAAAAADdgFAAAAKAG4BAIAACAAAAAkQAAAAAAAAAAAJHwMAAAkgAwAAACRAAAAAAAAAAAJHwMAAAkgAwAAACRAAAAAAAAAAAJHwMAAAkgAwAAAAACRAAAAAEEJvr//+v
oEAAAIAAAAbwEAgAIAAAAkQAAAAAAAkQAAAAAAAAAAAJHwMAAAkgAwAAACRAAAAAAABCSYDAAAABCSYDAAAABCSYDAAAAIvr//+v

6237...

/// 

8EAAAABt8FAAAKQ2FmZVdlbGwtLwkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJ4gUAAAoAbwEAgAIAAAABCwQAAAg
AAABwAQCAAgAAACQBAAAAAAAACRAAAAAAAAAAAAAAAAAkuAwAACS8DAAAJEAAAAAEJNQMAAAEY+v//6////
wQAAAAG6QUAAA0vaVRyaWFFnZS1BcHAvCRcAAAAAqAAAAAAAAAAkQAAAAAAAAAnsBQAACgBwAQCAAgAAAAEMBA
AACAAAAHEBAIACAAAAJAEAAAAAAAAAAAAAAAAAACT0DAAAJPgMAAAkQAAAAAQlEAwAAAAQ76///r///
/

BAAAAAbzBQAAJC9IZWFsdGgtQW5kLVdlbGBGxuZXNzL0hlYWx0aHktSGFiaXRzLwkXAAAAKgAAAAAAAAJEAAAA
AQAAAAJ9gUAAAoAcQEAgAIAAAABDQQAAAgAAABwAQCAAgAAACQBAAAAAAAACRAAAAAAAAAAAAAAlMAwAACU
0DAAAJEAAAAAEJUwMAAAEE+v//6////wQAAAAG/

QUAACovSGVhbHRoLUVFuZC1XZWxsbmVzc/9TZWFfzb25hbC1JbmZ2vcm1hdGlvbi8JFwAAACoAAAAAAAAACRAAAA
AFAAAACQAGAAAKAHIBAIACAAAAQ4EAAAIAAAAhUgAAIAAAAkKQAAAAAAAAkQAAAAAAAAAAAAAJWwMAAAl
cAwAACRAAAAAABCWIDAAAB+vn//+v///

8EAAAABgcGAAApL0FWSC9IZWFFsdGgtYW5kLVdlbGBGxuZXNzL0zhbGwtUHJldmVudGlvbi8JFwAAACoAAAAAAAA
ACRAAAAAGAAAACQoGAAAAkABIVAIACAAAAAQ8EAAAJAAAACRAAAAAACRAAAAAABAAAACRcAAAAGDQYAAAsxMDcz
NzQyNTAzMwoKCgAAAAAAAAAABg4GAAAHQ29udGVudAYPBgAAACVF1aWNrTGluawkBgAAAAAEQYAAA8xMDcz

zQxODczMTE2MjAzHwyNzMGEgYAAAMyNzMMJJAAAAAYUBgAAFzI2NF4yNeFImjczXjEwNn10bmN2pY2VzLwo
AAAAAAAAAAAAIwYAABVCaXJ0aCBCZW50GU2Vydm1jXMJFgYAAAoKAKQEAAAAAAAAACgoB2/n//9j///

8AAAAABiYGAAA0L0FWSC9TcGVjjaWFFsdGllcy9CaXJ0aC1DZW50ZXIvQmlydGgtQ2VudGVyLVNlcnZpY2VzLwo
ACgABEQQAAAkAAAAJEAAAAAJEAAAAAAAAAJFwAAAYpBgAABDY4NzUCQpAAAAAAMGAYAAByACOBgAACQBGAAAAJ
LAYAAAAABi0GAAAPMTA3Mzc0OMTg3Mzl8Mjc2Ci4GAAAADMjczCSQAAAAYAAAAYBcyNjReMjcxXjI3M14xMDZuY2
zQzDcOzMMAAAAAAHAAAAAAAAAGPwYAABRQcmUtGU2VsaXZlcnkuCSYGBAAAAAAAAAAoAKAc35///
/¥////

AAAAAAY0BgAALy9BVkkgvU3BlY2lhbHRRpZXMvQmlydGgtQ2VudGVyL01pZZmVtUtRGVsaXZlcnkvCgAKAAEESB
AAACQAAAAkQAAAAAAkQAAAABAAAAkXAAAABiyeGAAALMTA3Mzc0MzMxODcxfEmNjczJwBHAAAAAAAAAAAkOBgAACQ8BGAA
AJOgYAAAAAbjsGAAAPMTA3Mzc0OMjQ4NzV8czMjZjJwWGAAADMjczCSQAAAAYAAAAYBcyNjReMjcxXjI3M14xMDc
zNzQyNDg3QNQMAAAAHAAAAAAAAAGPwYAABRQcmUtRGVsaXZlcnkuCSYGBAAAAAAAAAAoAKAc
CgG/+f//2P///

wAAAAAGQgYAADIvQVZIL1NwZWNpYWFxpZXMvQmlydGgtQ2VudGVyL01pZZmVtUtRGVsaXZlcnkvCgAKAAEESB
AAACQAAAAkQAAAAkQAAAABAAAAkXAAAABiyeGAAALMTA3Mzc0MzMxODcxfEmNjczJwBHAAAAAAAAAAAkOBgAACQ8BGAA

wAAAAAGQgYAADIvQVZIL1NwZWNpYWFxpZXMvQmlydGgtQ2VudGVyL01pZZmVtUtRGVsaXZlcnkvCgAKAAEESB
AAACQAAAAkQAAAAkQAAAABAAAAkXAAAABiyeGAAALMTA3Mzc0MzMxODcxfEmNjczJwBHAAAAAAAAAAAkOBgAACQ8BGAA
IBgAAAAAGSQYAAAg5MDY4fDI3MwZKBgAAAzI3MwkkAAAABkGAAAQMjY0XjI3Xj4yXj4yXj4yXj4yNzNeOTA2dWNlcwoA
AAAAAAAGTQYAABJCaXJ0aCBDZW50ZXIgVG9vbHMJFwAAAoKAKQEAAAAAAAAACgoBsfn//9j///

8AAAAB1AGAAAxL0FWSC9TcGVjjaWFFsdGllcy9CaXJ0aC1DZW50ZXIvVG9vbHMvCgAKAAESCQAAAAJEAAAAAAAAAkQA
BFAQAAAkAAAAJEAAAAAJEAAAAAYAAAAUgYAAAEBlGAAAAENjAxOQoCCgAAAAAAAAACQ4GAAAJDwYAAAlW
BgAAAAAGVwYAAAg5MDcwfDI3MwlKBgAAAzI3MwkkAAAABloGAAAQMjY0XjI3XjI3M14xMAMAAAAAAJAAAAA
AAAAAGWwYAAA1CaXJ0aCBDbD5gFzc2VzCRYGBAAAAAAAAAoAKAAp5///¥////

AAAAAAZeBgAALC9BVkkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JpcnRoLUNsYXNzZXMvCgAKAAEEVBAAAAC
QAAAAkQAAAAAkQAAAABAAAAkXAAAABiyeGAAALMTA3Mzc0MDIwMzMxfcGMjczJwBHAAAAAAAAAAAkOBgAACQ8GAAAJ
DgYAAAFwYAAAg5MDcxfDI3MwlKBgAAAzI3MwkkAAAABloGAAAQMjY0XjI3XjI3M14xMDczNzQwMjAzMwoKAAAAAAAAAAz
pBgAAFUJyZWFzdGZlZWRpbmcJVwcG9ydAkBwBgWBgAACgoBQAAAAAAAAACgGV+f//2P///

wAAAAAGbAYAADQvQVZIL1NwZWNpYWFxpZXMvQmlydGgtQ2VudGVyL01pZZmVtUtRGVsaXZlcnkvCRcAAAAAAAoAKAAp5
AKAAEWBAAAACQAAAAkQAAAAAkAaAAA2uBgAAQDgYAAAYYAAD2ZvdAkWBgAACgoBQAAAAAAAAACgGf//2P///
ACXIGAAAAAAZBgAACDkwNzJ8MjczCRcAAAAAAAAAAAAAA3BgAAD05LDY9dAkWBgAACgoBQAAAAAAAAACgGH+f//2P///

wAAAAAGegYAAC8vQVZIL1NwZWNpYWFxpZXMvQmlydGgtQ2VudGVyL01pZZmVtUtOZXctTW90aGVyLVN1cHBvcnQvCgAKAA
EWBAAAACQAAAAkQAAAAkAaAAA5gBgAACD5OLDY9dAkWBgAACgoBQAAAAAAAAACgGf//2P///

8AAAAABogGAAA0L0FWSC9TcGVjjaWFFsdGllcy9CaXJ0aC1DZW50ZXIvQmFzZS1GaXRuZXNzLWZvcgoKCgoAAAAAA
ACgABAQQAAAAkQAAAAAkJEAAAAAoAAAAAAAAAAAOAAAAOAAAAAGigYAAAE0igYAAAAapBgAACDkwNzJ8MjczCRcAAAAAZDQYA
AAAAAAAAAAGkwYAAABhJbiBDYIDXN1IG9mMIENvbXBsaWNhdGlvbnMJFEAAAAAACgoBff//2P///
8AAAAABpYGAAA3L0FWSC9TcGVjjaWFFsdGllcy9CaXJ0aC1DZW50ZXIvVW4t4W2t4BpcmV9wM4t4W4KCgoAAAAAA
zLwoAcgABGQAAAkAAAAJEAAAAAJEAAAAAAJFwAAAAJFwAAAZbgAATAKCZoaAAz1IMwlKBgAAAzI3MwkkAAAA4ab
BgAADzEwNzM1NDI3OMjMwZvDI3MwAAAzI3MwkkAAAABgAAAZ1Y0XjI3XjI3M14xMDczNTAxMwoKAAAAAAAAAAAAJCgFf+f
//2P///

wAAAAAGogYAAAvI1ByZVJlZ01vZGFFFsChAAAEBAAACQAAAKkQAAAAAkQAAAAakBgAAAQAGpQYAAA
Q1NzgxcCgoKAAAAAAAAAAAAJDgYAAAkPBgAACagBgAACDkwNz5|IGm91BqoGAAADMjc0c0SQAAAAYGrAY
AABAyNjReMjcxXjI3M14xMDczNTNINDUMDc1AAt4BAAAAAAAAAAat4BdAAAk1hbW1vZ3JhcGh5IHdpbGwveW91
AAAAAoKAVH5///¥////

AAAAAawBgAAMy9BVkkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhbmClciUtUtQ2VudGVyL01hbWlvZ3JhbXSvCgAAAAAAAC
gABGwQAAACkAAAAJEAAAAAIAAAAGsyYAABrRmGAAAAENjA3NAoKCgAAAAACQ4GAAAAkQ4GAAAJDwYAAA
m2BgAAAAAGtwYAAAg5MDc2fDI3NAa4BgAAAzI3NAkkAAAABroGAAAQMjY0XjI3XjI3M14xMDc4NzOA3NgMAAAAAAAAA

6237... AAAAAAGuwwwABkhNVFEU2UyYW0gR9VpdUEsawS1cwkWBgAACgoBAQAAAAAAKCgBTP//2P///
... wAAAAAGvgYAADkvQVZIL1NwZWNpYWx0aVVzL0JyZWFzdC1DY1DYXJlLLUNlbnRlci5NYWltb2dyYW0tb2dtdY0tR3VpZGVsaW
... 5lcy8RKAoAARwEAAAJAAAACRAAAAAACRAAAAADAAAACRcAAAAGwQYAAAsxMDczNzQ1NTEWTEwMAoKCgAAAAAAAAA
... ACQ4GAAAAJDwYAAAnEBgAAAAAGxQYAAA8xMDczNzQyQyNTE3NHwyNzQGxgYAAAMyNzQJJAAAAAbIBgAAFzI2NF4y
... NzFeMjc0XjEwWNzM3N3DI1MTc0AwAAAABIAAAAAAAAAAbJBgAADjNEIE1hbW1vZ3JhhcGh5CRYGAAAKCgEBAAAAA
... AAAAAoKATX5///Y////
... AAAAAAbMBgAAQS9BVkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyL1RvbW9zeW50aGVzaXMtaW5zdG0QtT
... WFtbW9ncmFwaHkvCgAKAAEdBAAACQAAAAkQAAAAAkQAAABAAAAAkXAAAABs8GAAALMTA3Mzc0MzkzNzczKCKCg
... oAAAAAAAAAAAkOBgAAACQ8GAAAJ0gYAAAAABtMGAAAPMTA3Mzc0MjU3M2TB8Mjc0OBtQGAAADMjc0CSQAAAAlgY
... AABcyNjReMjcxXjI3NF4xMDczNzQyNytCMAMAAAAATAAAAAAAAAG1wYAABRCcmVhc3QgU3VyZ2VyeQQ2ljYWwgQ2Fy
... ZQkWBgAACgoBAQAAAAAAAKCgEn+f//2P///
... wAAAAAG2gYAADkvQVZIL1NwZWNpYWx0aVVzL0JyZWFzdC1DY1DYXJlLLUNlbnRlci9CcmVhc3QtU3VyZ2VyeS9jZWxsLXNj
... FyZS8RKAoAAR4EAAAJAAAACRAAAAAACRAAAAADAAAACRcAAAAFBtwGAABtBuEGAAAIOTA3N3wyNzQGugYAAAMyNzQ
... AAAAFAAAAAAAAAAAbuUGAAANUGF0aWVudCBGb3JtcwkWBgAACgoBAQAAAAAAAKCgEz+f//2P///
... wAAAAAG6AYAADIvQVZIL1NwZWNpYWx0aVVzL0JyZWFzdC1DY1DYXJlLLUNlbnRlci9rQYXRpZW50LUZvcm1zL
... ABHwQAAAkAAAAJEAAAAAAJEAAAAAAYAAAAAJFwAAABrBgAACyEwNzM0NDFNDQ1NDcyCgoKAAAAAAAAAJDgYAAAk
... PBgAAACQ8GAAAJnAYAAAAGBgAAADczNDNNDHyMzg5fDI3NAbwBgAAAz1I3NDNJAAAAJlgGAAAXMjY0XjI3MV4yNzRe
... MTA3Mzc0MjYzODDKAAAFQAAAAAAAABvMGAAAKQ29udGFjdFBVcwkWBgAACgoBAQAAAAAAAKCgEL+f//
... 2P///
... wAAAAAG9gYAAD8vQVZIL1NwZWNpYWx0aVVzL0JyZWFzdC1DY1DYXJlLLUNlbnRlci9pYmhPyYWNpZXJpY1DYX
... JlLLUNlbnRlci8RKAoAAEAEAAAJAAAACRAAAAAACRAAAAADAAAACRcAAAAGbAABAAhBgAAAATA4NnIKCgoAAAAAAAAA
... AAAkOBgAACQ8GAAAJYAAAAABvvGAAAIOTA4Nnwy
... gYAAAMyNzQJJAAAAAYBAwAAEDI2NF4yNzFeMjc4Xjkw0DYDAAAQAAAAAABgEHAAAOTiVIdEJIEV4cG
... VydHHMJFgYAAAoKAQEAAAAAAAACgoB/jj//9j///
... 8AAAAABgQHAAAJL0FWSC9TcGVjaaWFsdGllcy9HSS9PdXItUGFGaWNhdC1DYXJlLLUNlbnRlci8RKAoAAEQEAAAJAAAACRAA
... ACRAAAAADAAAAADByDHA0AAYBYAABAAYH1AAAAAAAAAAAkOBgAACQ8GAAAJWQYAAAAAGxQYAAA8xMDcz
... N3wyNzgGDACAAAMyNzgJJAAAAAYOBgAAEDI2NF4yNzFeMjc4XjkwODBBBTgg1HAAAALQ29sb24tUmVjdGFs
... 25vc2NvcvHKJFgYAAAoKAQEAAAAAAAACgoB7/j//9j///
... 8AAAAABhIHAAAgL0FWSC9TcGVjaaWFsdGllcy9HSS9Db2xvbm9zY29weTQubXkZ29weS9cdxvbm0cZ29weWWeS8SEAA
... AAAAEaaaAABhQHAAAAYYWBwAABhAAYDUEs9Y04DAK0ARCCgoAAAAAAAAAACAACQ8GAAAAJ0jGAAAAAGsAAAABhhHAAAAIOHwy
... NzgGGGAAAMyNzgJJAAAAAYOBgAAEDI2NF4yNzFeMjc4XjkwODQJJgAAAAAYAAAAABh0HAAAAACRCgHh+P//2P///
... wAAAAAGIAcAAB8vQVZIL1NwZWNpYWx0aVVzL01JDNVbnRhRH3QtVXMvCgAKAAEjBAAAAQIAAAAAkQAAAAkQAAAAAkQAAAAAkQAAAAAQAAAAA
... AAAQAAAAAkXAAAABiMHAAAALMLTA3Mzc0ONDTV2NkOOTkyDNzNEgAAAAABOBgAACQ8GAAAJJgcAAAAGAAAAABicHAAAPMTA3
... 3MjUyM0Dmy5CSQAAAAGxQYAAA8xMDczN3wyNzQGxAYAAAMyNzQJJAAAAAYOBgAAEDI2NF4yNzFeMjc0XjkwODBBBJgAAAAAA
... AAAAAGwcAABYmBYWBxLBYm91dCBDBWYW1kWhjwBDBWYW1kWhjwBDBWYW1jwBDBWdXhciBDYXJlZXJzLCBYXJlZXJzLCBY1DYXJlZXJzLCBY
... AAAAAAYuBwAAAMS9BVkgvU3BlY2lhbHRpZXMvSGVhbHRoLUNhcmUvQ2FyZWVyLXBhZ2UvCgAKAAEnBAAAAQIAAAAAk
... SQPEAAAAJAAAAARRCRAAAAAAACRAAAAAADAAAACRBAAAAABiYHAAAPMTA3Mzc0Mzg4Mjc1CSQAAAABjGHAAAPMTA3MjgwNTk5
... cAAAAABoUHAAAIOTA4Bwy7BzgHAAAADjNEIE1hbW1vZ3JhcGh5CRYGAAAKCgEBAAAAAAAAKCgHh+P//2P///
... wAAAAAGPAcAAC4vQVZIL1NwZWNpYWx0aVVzL01ISaWFsdGllcy9HSS9MtY29weTQubWprcBHBzL3Jyb2dyb29weVQyW
... AAwQAAAkAAAAJEAAAAAAJEAAAAAAYAAAAAJFwAAABo0HAAAMMLTA3Mzc0MjYzNjM1MDQxCgoKgBjj/j//9j///
... 8AAAAABnQHAAABIL0FWSC9TcGVjaaWFsdGllcy9HSS9TCGVjaaWFsdGllcy9HSS9JdWdyZ2MycHJbmRsbWN5U1DYXJl
... nLWFuZC1JbnRlcnlzbGJnRpb2BpdDE4cMDczNzWymYWnpjwbnJBWAAFzI2NF4yNzFeMjc0XjkwODBBJgAAAAAA
... BwAAFzI2NF4yNzFeMjc0XjkwODBBJgAAAAAgoBjfj//9j///
... 8AAAAABoIHAAABAL0FWSC9TcGVjaaWFsdGllcy9HSS9CGVjaaWFsdGllcy9HSS9JZWFydZhc92JbnBWdUtQ2FyZ2Glh
... nLWFuZC1JbnRlcnlzbGQ0Zm01DYXJ0LLUNlbnRlci8RKAoAAEsEAAAJAAAAARCRAAAAAADAAAAAAkXAAAAAokokGAAAA
... iCAAAAABokHAAAPMTA3Mzc0MTgyMjc5CSQAAAABnGcAAAANNDIE1hbW1vZ3JhcGh5CRYGAAAKCgEBAAAAAAAAKCgGb+
... BwAAFzI2NF4yNzFeMjc0XjkwODBBJgAAAAAGxQYAAA8xMDczN3wyNzQGxAYAAAMyNzQJJAAAAAYOBgAAEDI2NF4yNzFe
... Mjc0XjkwODBBJgAAAAAgoBf//2P///

6237 ... zQxODgUhWMRANAYtARAAAAAKAAABcjQoRAAEThYYPANaPcTVdfGiJIRCWKWBGAAAgoBAQAAAAAARCgFx+P//2P///
... wAAAAAGkAcAACMvQVZIL1NwZWNpNpYWx0aWVzL0hlYXJJ0L0hlYXJJ0LVNjYW5zLwoACgABKwQAAAkAAAAJEAAAAA
... AJEAAAAAKAAAAAJFwAAAAaTBwAABDU5MTAKCgoAAAAAAAAAAkOBgAACQ8GAAAJlgcAAAAABpcHAAAPMTA3Mzc
... 0MjQ2NjZ8Mjc5BpgHAAADMjc5CSQQAAAAGmgcAABcyNjRmcjcxXjI3V4xMDczNzQyQyNDY72NgMAAAA1AAAAAAAA
... AAAGmwcAAB5IZWFydCBBdHRhY2sgU2lnbnMgJmFtcDsgU3lmcHRvbXMgJTMFgYAAAoKAXQCAAAAAAAAACgoBY/j//9j//
... /
... 8AAAAABp4HAAApL0FWSC9TcGVjaWFsdGllcy9IZWFydC9IZWFydC1BdHRhY2stUmlza2BKAOAASwEAAAAJAAA
... ACRAAAAAACRAAAAABAAAACRcAAAAGoQcAAAsxMDczNzQ1MzU5MwoKCgAAAAAAAAAACQ4GAAAJDwYAAAmkBwAA
... AAAGpQcAABcxMDczNzQyNlVwaW0XxNzQyMzQ1NwambwAACzEwNzM3NDNDU3CSQAAAAGqAcAAB8yNjReM
... jcxXjEwNzM3NDIzNDU3DU3Q1wAAAACkAAAAAAAAAAAaapBwAADE91ciBTZXJ2aWN1cywgU2VyDXJ
... oBAQAAAAAAAAACgFV+P//2P///
... wAAAAAGrAcAAEwvQVZIL1NwZWNpYWx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlcnZlbnRpb2
... 5hbC1SYWRpb2xvZ3kktU2Vydml3jZXMvCgAKAAEtBAAACQAAAAkQAAAAkQAAAAakAXAAAABq8HAAALMTA
... 3Mzc0NTM1OTNIdK0g6AAAAAAAAkOBgAACQ8GAAAJsgcAAAAABrMHAAAXMTA3Mzc0MjcxNDR2Mg1jM0MNTA3Mzc0MjM0
... NTcGtAcAAAAsxMDczNzQyMzQ1NwkkAAAABrYHAAAfYHAAAfMjY0XjI3MVx4MDczNzQyMzQ1NCAZE0NAAAA
... AAqAAAAAAAAAAAgtwcAAA9PdXIgU3BlY2lhbHRpZXMgJmFtcDEAAAoKAXQEAAAAAAAAAACgoBR/j//9j///
... 8AAAAABroHAABGL0FWSC9TcGVjaWFsdGllcy9JbnRlcnZlbnRpb25hbC1SYWRpb2xvZ3kvSW50ZXJ2ZW50aW
... uYWwtUmFkaW9sb2d5d29dpc3RzRzLwoACgABKwQAAAkAAAAJEAAAAAJEAAAAAJFwAAAAa9BwAACzEwNzM3NDI1
... MDYxxCg0KAAAAAAAAAJDgYAAAkPBgAACcAEAAAAAAAAeWLUFAk9UsUwgQPwfBm9kTbXXAAAAAoKAXQESwQAAA
... AABsQHAABBL0FWSC9TcGVjaWFsdGllcy9JbnRlcnZlbnRpb25hbC1SYWRpb2xvZ3kvSW50ZXJ2ZW50aW9uYW
... wtUmFkaW9sb2d5d29dpc3RzL2dwvCRYAAAAGxgcAAAsxMDczNzQyNTA2MQoKCgAAAAAAAAAJDgYAAAkPBgAAAA
... Cg4GAAAJDwYAAAkuABd3lJbkFib3V0LUF1dG9tYXRlZC1DYXJkaWFjLUNULFNQRUNUL1NjYW5zLwoACgABKwQAAAkAAAAJ
... EAAAAAJEAAAAAJEWAAAAAGdwAAAAAAAAAAAGwAABtKb2ludCBCQaHlzaWNpYW5zLWFuZCU3BlY2lhbGlzdHMJFgYAAAoKAXQEAAAA
... AAAAACgoB8/f//9j///
... 8AAAAABg4IAAAA6L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm9pbnQtQ2VudGVyLVNm5pbnQtUGgh5c2l
... pc3RzLwoACgABKwQAAAkAAAAJEAAAAAJEAAAAAJEWAAAADAYAAAEzAhBEAAAA6BAAEAFAQ4G
... AAAJDwYAAAkuKUCAAAAAAGFyAAA5M1AwfDI4MTQ3MGCAAAAoKAXQ2d3lJbkFib3V0AAAAAAAACgoB
... AAAAAAAAAkKAQ0/Y2FyZGlhYy1DQ1RBLnBkZgoKCQAAAAAJENAAAAAJ0AAAAJ8wAAAAkKAQUCrAAoKAAAGGAMAAAAA
... AcAABByNjReMjc1X14wMDczNzQy4X4wMDczNzQ1CfgQAAAAGBwMAAAsxMDczNzQyMzQ1Nwkk
... /
... wAAAAAGlgcAAC4vQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci9Kb2ludC1DZW50ZXIt
... AACQAAAAkQAAAAkQAAAAwAAAAbYBwAAAQAG2QC2QAAA4AcAAAAAAAA12FmghMIAAAEABpGMIAAANEN 1A9NQoKAAAAA
... AAbdBwAAFkxrZ3uMDU3M4JmJgyBt4HAAADMjgyCSQQAAAAGbh7AAAfMjjY0XjI3MVx4MDczNzQyMzQ1CfgQAAAA
... AAbhyHAAALGgd0FAWjZhZY9ClBHjd9j//9j//
... 8AAAAABuQHAAA1L0FWSC9TcGVjaWFsdGllcy9Kb2ludGJ1ZC1DZW50ZXItQxIVsm5pbnQtUGgh5c2l
... KAAoATEEAAAAJAAAAAAkCRAAAACRcAAAAGemBuYHAAAbuYHAAABuYHAAADOTEwwNDIzNDU3CfgQAAAAABOBgAAACQ8G
... AAAJ6gcAAAAABusHAAAOTEWAwNDIzNDU3CfgQAAAA6wAAAAAAAAwNDA4MjZyGgZXNBguGOE7WygCSQAAAAG/
... 8AAAAABvHAAAAAL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXItQxIVsUmVsYXRlZC1TZXJ2aWN1cy9hcW5LV0LKBhaW4cGA
... KAAEYBxAAACQAAAAAkQAAAAkQAAAAwAAAAbWAAAAQAGZwAAAA2DMDcyCgoAAAA2MDcyCgoAAAAJDgYAAAkPBgAAJDg
... CfgWAAAsAAAAaAAA5BwAACDkxxMDQ4MMjY4MjgyBvoHAAAAAAAAAAb9BwAAAAAb9BwAAEIpvaW50LUNlbnRlci
... NlcHRpb25zY25YCgEBEZAAAAAJDgYAAAkPBgAAAAAAAb9BwAABH4///Y////
... AAAAAAYACAAAzL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXItUmVsYXRlZC1TZXJ2aWN1cy9hcW5Lb2Np
... mNlcHRpb25zLwoACgABKwQAAAkAAAAJEAAAAAJEAAAAYAAAAAGAggAaEBPIAAAAEABIAAAENjbnrlrckgkWBgAAC
... AACQ4GAAAJDwYAAAkCAAAAGBwgAAABtKb2ludC1DZW5AlfDI4MjgyB+wgg5DUwfuYHAAADMjgyCfgW
... AAAAACgoB8/f//9j///
... 8AAAAABgAIAAA6L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm9pbnQtQ2VudGVyLVNm5pbnQtUGgh5c2l
... pc3RzLwoACgABEwQAAAkAAAAJEAAAAAJEAAAAAJEWWAAAAaaAAaBEAAaBEAaB1Db250YWN0LXVzLUhh
... AECgl9///2P///
... wAAAAAGHAgADgvQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci1SZWxhdGVkLVNlcnZpY2VzL0NvbnRhY3QtVXMvQ
... VyLwoACgABKwQAAAkAAAAJEAAAAAJEAAAAAEAAAAJFwAAAAaICAAAAAAAAAACFBCgAAAAAAKAAAAAAAAAA
... JDgYAAAkPBgAACSIIAAAbL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIt
... MV4yODdeMTA3Mzc0MTg3NDEAAAAGBicAAAsxMDczNzQyMzQ1Nwkk
... mUgQ2VudGVyyCRYGAAAkCRYYAAAoAKAdf3///Y////
... AAAAAAYQCAAAPy9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2VudGVyL0Fib3V0LUFaXN0YS1zLVNwaW51LUNhc
... mUtQ2VudGVyLwoACgABEwQAAAkAAAAJEAAAAAJEAAAAAAAAAAGNQgAABLUb3RhbCBCDYXJlIGZvciBzb3VyIFNwaW5lLCRYGAAAkCRYYAAAoA
... AAoKAcn3///Y////
... AAAAAAY4CAAAOC9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2VudGVyL1RvdGFsLSUNhcmUtZm9yLXlvdXItU3Bp
... mUvCgAKAAEtBAAACQAAAAAkQAAAAkQAAAAwAAAAY6CAAAAGQOwgAAAQ1ODVgoKAAAAAAAAAAJDgYAAA
... kPBgAACT4IAAAAAAY////
... CAAACDkxMzJ8M2jg3BkAIAAADMjg3CSQQAAAAaBqAA4AyNjReMTA5MTMJ4CTdlJnaWNhbHhbmhbC1TdWlwZX
... AAAD1NlcmdpY2F2Z1FsIFN1aXR1UXxZZSpYWA2dd29dnbb9jWBgAACgoBAQAAAAAAAAAKC
... wAAAAAGRggAAAC4vQVZIL1NwZWNpYWx0aWVzL1NwaW51LUNlbnRlci1TdFJnaWNhWhbC1TdWlwZXJ4EBA
... AACQAAAAkQAAAAkQAAAABAAAAkXAAAAKAAAAABkkIAAAAKIAAAAAA0KAdf3///Y////
... GTQgAAB4xMDczNzQxO...0MnwyODcyZGAAAAZQCJJIAAAAAZQCAAAFZ2F4NFyNjRmFmjg3X2...
... AwAAADkAAAAAAAAAZRCAAAG1NwaW51IFBoeXNpY2lhbiBTcGVjaWFsaXN0cwkWBgAACgoBAQAAAAAAAAAC

6237... gGt9/735/>
wAAAAAGVAgADovQVZIL1NwZWNpYWx0aWVzL1NwaW5lLUN1bnRlci9TcGluZS1QaHlzaWNpYW4tU3BlY2lhbG
lzdHMvcgAKAAE5BAAACQAAAAkQAAAAAkQAAABQAAAZWCAAAB19wYXJlbbnQGVwgAAAEwCgoKAAAAAAAAAAA
KCglYCAAAAAAGWQgAAA8xMDczNzQyNDUzM3wyODcGWggAAAMyODcJJAAAAAAzcCAAAFzI2NF4yNzFeMjg3XjEw
NzM3NDI0NTMzfJJAAAAAADOAAAAAAAAzdCAAAE0ZyZWUgU3BpbmUgU2VtZUVsbnVjc2hY7cnMJAAEAAAoKAQEAAAAAAAAAzc
goBoff//9j///
8AAAAABmAIAABcaHR0cHM6Ly9yZWWcuYWJjc2lnbnVwLmNvbVS92aWV3L3ZpZXdfcXVlc3Rpb25fcWVzdF9p
hbXA7d3A9MTE2JmFtcDthaWQ9Q0VVOVFVSQSzhbXA7Y2F0MT0yOTQKAAoAATOEAAAJAAAACRAAAAACRAAAAAG
AAAABmIIAAABAAAzjCAAABDU4NTQKCgoAAAAAAAAAakbOBgAACQ8GAAAJZggAAAAABmcIAAAIOTEzM3yODcGa
AgAAAMyODcJJAAAAAzqCAAAEDI2NF4yNzFeMjg3XjkxMzMDAAAAOwAAAAAAAAABmsIAAAKQ29udGFjdCBVcw
kWBgAACgoBAQAAAAAAAAACgTS9///2P///
wAAAAAGbggAACkvQVZIL1NwZWNpYWx0aWVzL1NwaW5lLUN1bnRlci9Db250YWN0LVVzLwoQAAABOwQAAAkAAAA
AJEAAAAaAJEAAAAEAAAAAJFwAAAAZxCAAACcEwNzM3NDU0MjI1CgoKAAAAAAAAAAAJDgYAAAkPBgAACXQIAAA
AAZ1CAAAFzEwNzM3NDI0NTMzl3MjMjMyfDEwNzM3NDI0NTMzcOMjJMMDJAAAAASzcCAAAAAAZ1CAAAFzI2NF4y
NzFeMTA3Mzc0MjM0ODNeMTA3Mzc0MjcyMzIDAAAAPgAAAAAAAAABnkIAAAU3Ryb3tlIFdhcm5pbmcgU2lnb2
nMJFgYAAAoKAQEAAAAAAAACgoBhff//9j///
8AAAAABnwIAAAlL0FWSC9TcGVjaWFsdGllcy9TdHJva2UtV2FybmluZy1TaWduczkLVNpZ25zLwoQAAAAkEAAAA
AAAAAJEAAAAATAAAAJFwAAAAZ/
CAAAACzEwNzM3NDU0MjI1CgoKAAAAAAAAAAAJDgYAAAkPBgAACYIIAAAAaaDCAAAAFzEwNzM3NDI3MjMyfDEwN
zM3NDI2NDgzBoQIAAAALMTA3Mzc0MjI0NTMzlSCAAAAAAAaGCAAAHZI2NF4yNzFeMTA3Mzc0MjM0ODNeMTA3Mzc0Mj
cyMzEDAAAAPwAAAAAAAABocIAAAQU3Ryb2tlIFRFcjyZWF0bWVudAkWBgAACgoBAQAAAAAAAAAKCgF39///2P/
//
wAAAAAGiggAACkvQVZIL1NwZWNpYWx0aWVzL1N0cm9rZS9TdHJva2UtUtVHJlYXRtZW50LwoQAAABOwQAAAkAA
AJEAAAAaAJEAAAAEAAAAAMAAAAJFwAAAAaNACAAACLzEwNzM3NDU0MjI1CgoKAAAAAAAAAAAJDgYAAAkPBgAACZII
AAAaRCAAAFzEwNzM3NDI3MjMyfDEwNzM3NDI2NDgzBoQIAAAALMTA3Mzc0MjI0NTMzISCAAAAAAAaVCAAAFzI2NF4y
NzFeMTA3Mzc0MjM0ODNeMTA3Mzc0MjcyMzEDAAAAQAAAAAAAAABpUIAAARU3Ryb2tlIFByZXZlbnRpb24JFgYAAAo
KAQEAAAAAAAACgoBaff//9j///
8AAAAABpgIAAAqL0FWSC9TcGVjaWFsdGllcy9TdHJva2UvU3Ryb2tlLVByZXZlbnRpb24vCgQAAAE+
BAAACQAAAAkQAAAAAkQAAAAAkXAAAACwXAABmcIAAAIDczYzMzk5NzA0NTM1NEgTM2CSQAAAAGoggAAACcyNjNjeMjEw
AAGnwgAABcxMDczNzQxOTc1OODcXNHhWZZXJ5QxODU0OURvwagCAAACzcEwNzM3NDE4NTMzMDczNDE3NDM1CSQAAAABqmIAAAVQ2hlIAA
A3MzcOMTg1MjheMTA3Mzc0MTg1MzDAAAAAAAAAABqMIAAAh2SThBW50aVBsYXRlbGV0CRYGAAAKCgEBAAAAAAAAAAgm
gYSBQYXZW50CRYGAAAKCgEBAAAAAACgoBaff//9j///
8AAAAAamCAAAVS9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy8KEAAAE+
m9ybWF0aW9uaW9uLC9VbmhdgGlvbi9WaXNpdC1OdGVycy8KEAAAE+m9ybWYH0aW9uL0wUetU0FawVudC0aWSXY0aW
90ZwCAAAAAAAOzAwAAAAAAAAAAAAAAADgYAAAkPBgAACXQIAAAAaZIIAAAaSgSQAAAA5WaXNpdGVyc28KEAAAE
NzQxOTQ3CgoKAAAAAAAAAGsQgAAA5WaXNpdGGluZDY3MjVBlb3VycAAAAAAKCgFN9///
2P///
wAAAAAGtAgAAE4vQVZIL0Zvci1QYXRpZW50cy1hbmRtFmaWxpZXMvUGF0aWVudC1hbmFtVmlzaXRvcmkmLpmm
ZvcmlhdGlvbi9WaXNpdC1OdGVycy8KEAAAE+m9ybWF0aW9uL1VuaXQtVmlzaXRvcmkmL4b3JAAAQ
1OTgzcCgoKAAAAAAAAAAJDgYAAAkPBgAACbo1IAAAAA7CAAAFzEwNzM3NDE4NTQ4zdDZEWNzM3NDE4NTM3BrwI
AAALMTA3Mzc0MTg1MzcJJAAAAAAa+
CAAAJzI2NF4xMDczNzQxODUyOYF4xMDczNzQxODUzN14xMDczNzQxODcXNgMAABAAAAAAAGVwgAACFHY
XJkZW4gVGVycmFjZSBYW0bGFydG9yD0gQ2FmW6kZFyZAAAoKAgEAAAAAAACgoBP/f//9j///
8AAAAABsIIAABWL0FWSC9Gb3ItdGdUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtYW5kLVZpc2l0b3JzL1SW5
mb3JtYXRpb24vR2FyZGVuLVRlcnJhY2UtU3RhcmJ1Y2tzLWFuZC1DYWZlLXJld2FyZC8KEAAAE+BAAACRCA
AAAGgQgAAA1OTclCgoKAAAAAAAAAAAAJDgYAAAkPBgAACXQIAAAAaZIIAAAaSgBAACAAAAAAAAAAb3CJAAAFzEwNzM3NDE4NTW5
DE4NTM3BsoIAAAMTA3Mzc0MTg1MzcJJAAAAAAzbCAAAATBQbFAAAzJzI2NF4xMDczNzQxODUyOYF4xMD
czNzQxODcxNwMAABBAAAAAAAAGsQgAAAATHaW0OIFNob3JAJFgYAAAoKEAAAAAAAAAAAAFwAAAAAAACgoBFff//9j///
8AAAAABtAIAABJL0FWSC9Gb3It2UGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtYW5kLVZpc2l0b3JzL1SW5
mb3JtYXRpb24tcF91zmldM1zaG9wcCo0QqAACAAAAbB5IAAAXtoIAAAAmjY0XjEwNzM3NDE4NTI4XjEwNzM3NDE4NTM3XjEwNzM3NDE4NzE5Sw
AAAAAAkBtoIAAAAVNw5uaW5dBsYW5uBn5IAAAAAAAALCAAAFzEwNzM3NDE4NTI4XjEwNzM3NDE4NTM3XjEwNzM3NDE4NzE5Sw
CgoAAAAAAAAAAkObQAACQ8GAAAJ1ggAAAABtoIAAAXMjM3cOMTg1MTA3Mzc0MTg3MTlaMTA3Mzc0MTgzcAgAAAAsxM
DczNzQxODUzNwkxAAAAATBtoIAAAXMjM3cJJAAAAAAbvcIAAAMVBvbuBJEb2N1bHVdHMgdG8gQnJpbmpcRYGAAAKAQf
3///Y//// 
AAAAAAb6CAAATC9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LUFuZC1WaXNpdG9yLUluZm
m9ybWF0aW9uL1doYXQtdG8tcGFjay1jay1BYOAAAUUEAAAJAAAACRAAAAAAAAAACRAAAAATAAAAAACRcAAAAG/

6237...

QgAAAQTNvEE2CgokAAAAAAAAAAAAgYAAAMBgYAAAZAAAAAAtBcQAAAzEwNgM3NDE4NT
M3BgIJAAALMTA3Mzc0MTg1MzcJJAAAAAYECQAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQ
xODg0NgMAAAABLAAAAAAAAAAAGBQkAABdNZWRpY2F5IFJlY1J29yZHMgUmVxdWVzdAkWBgAACgoBAQAAAAAAAAAK
CgH59v//2P///
wAAAAAGCAkAADcvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvMvUmVxdWdzdC1NZWRpY2FsLVJlY29yZH
MvCgAKAAFGBAAACQAAAAkQAAAAAAKQAAAAAAkXAAAAABgsJAAAENTcwMAoKCgAAAAAAAAACQ4GAAAJDwY
AAAkOCQAAAAAGDwkAABcxMDczNzQxODcwOHwxMDczNzQxODUyOYQYQCQAACzEwNzM1NDE4NTI5CSQAAAAGEgkA
ACcyNjJlReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MjlemTA3Mzc0MTg3MDgDAAAATQAAAAAAAAAABhMJAAAMSGVhb
GluZyBBcnRzCRYGAAAKCgEBAAAAAAAAAAoKAev2///Y////
AAAAAAYWCQAAOy9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ2FyZS9IZWFsaW5nLnL
UFydHMvCgAKAAFHBAAACQAAAAkQAAAAAAkQAAAAAgAAAAkXAAAABhkJAAAENjA0MAoKCQAAAAAAAAAACQ4GAA
AJDwYAAAkcCQAAAAAGDQkAABcxMDczNzQxODcwOXwxMDczNzQxODUyOQYQeCQAACzEwNzM1NDE4NTI5CSQAAAA
GIAkAACcyNjJlReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MjlemTA3Mzc0MTg3MDkDAAAATgAAAAAAAAAABiEJAAAO
TGlnaHQgQYSBDYW5kbGUJFgYGAAAKCgEAAAAAAAAACgoB3fb//9j///
8AAAAABiQJAAA9L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL0xpZ2h0LWxpW
tQ2FuZGxlL1woACgABSAQAAAkAAAAkAAAAJEAAAAAMAAAJFwAAAAYnCQAABDYwNDIKCgoAAAAAAAAAAkO
BgAACQ8BAAAJKgkAAAABisJAAAXMTA3Mzc0MTg3MTB8MTA3Mzc0MTg1MjkGLAkAAAsxMDczNzQxODUyOQkkA
AAABi4JAAAnMjY2YXWNzM3NDE4NzI0XjEwNzM3NDE4NTI5XjEwNzM3NDE4NzEwAwAAAE8AAAAAAAAAAAYvCQ
AAEldoeSBTZWUgYSBDaGFubmFsIENSYXdzWmn1FdvcmtzCRYGAAAKCgEAAAAAAAAAoKAbP2///Y////
AAAAAAzOCQAAEy9Ib3ctbQmlsbGUzY1Xb3Jrcy8KAAoAAUsEAAAJAAAACRAAAAAACRAAAAAAACAAAACRcAAAAGU
QkAAAsxMDcznZQxODbcMAoKCQAAAAAAAAAACQ4GAAAJDwYAAAlUCQAAAAGVQkAABcxMDczNzQxODcyNXwxMD
czNzQxODUzMAZWCQAACzEwNzM3NDE4NTMwCSQAAAAGWAkAACcyNjJlReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MzB
eMTA3Mzc0MTg3MjUDAAAAUwAAAAAAAAABlkJAAAQSG9zcGl0YWwtQ2hhcGxhaW4KFgYAAAKCgEBAAAAAAAA
CgGl9v//2P///
wAAAAGAXkAABIvSG9zcGl0YWwtQmls0bGdpbi8KAAoAAUwEAAAJAAAACRAAAAAACRAAAAAAAADAAAACRcAAAAGXw
kAAAsxMDczNzQxODU0NgoKCQAAAAAAAAAACQ4GAAAJDwYAAAliCQAAAAGZgkAABcxMDczNzQxODcyNnwxMDczNzQ
xODUzMAZkCQAACzEwNzM3NDE4NTMwCSQAAAAGZgkAACcyNjJlReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MzBeMTA3
Mzc0MTg3MjcDAAAAVAAAAAAAAAAAABmcJAAAAAT25saW5lIEJpbGwgUGF5bWVudAkWBgAACgoBAQAAAAAAAAAoK
Zf2///Y////
AAAAAAAZgCQAAES9PbmxpbmUtQmlsbC1QYXltZW50LwoAAoAAU0EAAAJAAAACRAAAAAACRAAAAAAAABm0JA
AALMTA3Mzc0MTg1NDcKCgkAAAAAAAAAABQ4GAAAJDwYAAAlqCQAAAABnQJAAAnMjY0XjEwNzM3NDE4NTI4XjEwNzM
wNzM3NDE0NzIaAwAAFUAAAAAAAAAAAz1CQAAKEpbmFuY2lhbC1BaXNlJUCBAbPBDaGFyaXNKR5IENhcmMUg
JmFtcDsgUGF5bWVudCBQbGFuCBWBgAACgoBAQAAAAAAAAKCgGJ9v//2P///
wAAAAAGeAkAABAvRmluYW5jaWFsLUFpZC9jaGFyaXR5LWNhcmUtYW5kLXBheW1lbnQtcGxhbnMvCgAKAAUKEAAAJAA
ALMTA3Mzc0MTg1NDgKCgoAAAAAAAAAAkO2EGnAkAAAsxMDczNzQxODUzMAzkAAAABnQJAAAoIJAAnMjY0XjEwNzM3N
DE4NTI4XjEwNzM3NDE4NTI5XjEwNzM3NDE4NTMwXjEwNzM3NDE0NzI4AwAAFUAAAAAAAAAAADCQAAElVuaW5zdXJlZClzCQYPBQYW5
0cckWBgAACgoBAQAAAAAAAAoK
gF79v//2P///
wAAAAAGhgkAABQvVW5pbnN1cmVkL1BhdGllbnRzLwoAAoAAU4EAAAJAAAACRAAAAAACRAAAAAAAALAAAAAAJFwaAAA
aJCQAACzEwNzM3NDI0OTY1CgoKAAAAAAAAAAAAJDgYAAAkPBgAACYkxAJAAAABKQYL2DgAEAAnMwSxElEJpbGwgPUGF5bWVudCBQbGFu
wNzM3NDE4NTMwBo4JAAALMTA3Mzc0MTg1MzAJJAAAAAaQCQAAAIJzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUz
MF4xMDczNzQxODcyNAMAAABBXAAAAAAAAAAAABQkAAAtGb3IgU2VuaW9ycwkWBgAACgoBAQAAAAAAAAKCgFt9
v//2P///
wAAAAG1AkAAAOvRm9yLVNlbmlvcnMvCgAKAAUPEAAAJAAAACRAAAAAACRAAAAAAkQAAAAAAAkXAAAAABpcXAAALMT
A3Mzc0NDExYKCgoAAAAAAAAAAOBQkAAAJmgkAAAABpsJAAAXMTA3Mzc0MjkwMjYwMTA3Mzc0MTg1MzMGnQkAAAsx
MzEGnAkAAAsxMDczNzQxODUzMzQkAAAABp4JAAAnMjY0XjEwNzM3NDE4NTI4XjEwNzM3NDE4NTMxXjEwNzM3N
DNI2MDcwAwAAFkpAAAAAAAAAafCQAAG0Nvc3RzIZGVci1Bbb21tb24gdUHJvY2VkdXJlcy8KAAoAAUwEAAACQB
AAAAAKCgF9v//2P///
wAAAAGOgkAAD8vRm9yLUFwbHBhdGllbnRzLwoAAoAAU4EAAAJAAAACRAAAAAAAAaOGGGkAAAsxMDczNzQxMTE1dUH
JvY2VkdXJlcy8JVmdsLlFuEw1j3RrbSBRdW90OQkWBgAACgoBAQAAAAAAAAKCgFR9v//2P///
wAAAAGSAkAADovRm9yLUFwbHBhdGllbnRzLWFuZC1GYW1pbGllcy9jdW9jbWljjaWF5XAAAABrJAAALMTA3Mzc0Mz
VvdGUvCgAKAAUFBAAACQAAAAkQAAAAAAkQAAAAAAAkXAAAABrHAAAAAAABbkkJAAAALMTA3Mzc0MTg1MDEKCgkAAAAA
AAAkOBgAACQ8GAAAJtgkAAAAAABrcJAAAXMTA3Mzc0MDJ3YwNzM3NDE4NTMzCSQAAAAGtQkAAAsxMDczNzQxODUz

Page 222

6237… MQkkAARSErOJPAAMMjYOXjEwNJMN3hNNE4NTI4XjEwNzM3NhNSE4NTMxXjEwNzM3NNDl2mDc2AWRAAFsAAAAAAAAAA
Aa7CQAAJFJlc291cmNlcYBmb3IgUGF0aWVudHMgYW5kIENvbnN1bWVycwkWBgAACgoBAQAAAAAAAAACgFD9v
//2P///
wAAAAAGvgkAAEgvRm9yLVBhdGllbnRzLWFuZC1DYW5zdW1lcnMgCYQcmljajaV5nN5lJlc291cmNlcy1mb3ItUGF0aWVudHMtYW5kLUNvbnN1bWVycy8KAAoAAVMEAAAJAAAACRAAAAAACRAAAAAEAAAAAAACRCAAAAGvQkAAAAsxMDczNzQ
0NjQyNwoKCgAAAAAAAAAAACQ4GAAAJDwYAAAnECQAAAAAGxQkAABcxMDczNzQyNjY3jJ3MHwxMDczNzQyMzM3MMwbG
CQAACzEwNzM3 NDIzMzczCSQAAAAGyAkAACcyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MjIzNzJMzNeMTA3Mzc0MjY2N
zADAAAAXQAAAAAAAAAABskJAAAOT3VyIENvbW1pdG1lbnQgFgYAAAoKAQEAAAAAAAAACgoBNfb//9j///
8AAAAABswJAAAQL091ci1Db21taXRtZW50L0wAACgABVQAAAkAAAAJEAAAAAJEAAAAUAAAAAJFwAAAAbPCQA
ACzEwNzM3NDQ3MzU1U1CgoKAAAAAAAAJDgYAAAkPBgAACdIJAAAAAbTCQAAFzEwNzM3NDI2NjcxfDEwNzM3
NDIzMzczBtQJAAALMTA3Mzc0MjMzNzJQAAAAAbWCQAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQyMzM3MI4xM
DczNzQyNjY3M3MQMAAABEAAAAAAAAAAG1wkAABBIb3NwaXRhbHMgTmV0d29ya3BgAACgoBAQAAAAAAAAAAAKAS
f2///Y////
AAAAABaCQAAEi9Ib3NwaXRhbHMtCISYXRpbmdzLwoACgABVQQAAAkAAAAJEAAAAAJEAAAAYAAAAJFwAAAAbdC
QAACzEwNzM3NDQ3MzU4U4CgoKAAAAAAAAAJDgYAAAkPBgAACeAJAAAAAbhCQAAFzI2NF4xMDczNzQyNjY3fDEwNz
M3NDIzMzczBuIJAAALMTA3Mzc0MjMzNzJQAAAAAbkCQAAJzI2NF4xMDczNzQyODUyOF4xMDczNzQyMzM3MI14
xMDczNzQyNjY3M3MgMAAABfAAAAAAAAAAAG5QkAABFb3211IENhcmUgUmF0aW5ncwpgAACgoBAQAAAAAAAAAA
CgFEZ9v///2P///
wAAAAAG6AkAABMvSG9tZS1DYXJlLVJhdGluZ3MvCgAKAAFVEAAAJAAAbpCQAADURvrY3RvciBGaW5kZXIACR
AAAAAHAAAACRcAAAGA7AkAAAEwCgoKAAAAAAAAAAKCgntCQAAAAG7gkAAAcxMDczNzQyNjY3jg2N3wxMDczNzQ
yMzM3MwbvCQAACzEwNzM3NDIzMzczCSQAAAAG8QkAACcyNjReMTA3Mzc0MjheMTA3Mzc0MjIzNzJNeMTA3Mzc
3Mzc0MjY4 jcDAAAAYAAAAAAAAAAABvIJAAARG9jdG9yIEPhdGluZ3MJMJ4EAAAAAACgoBDPb//
9j///
8AAAAABvUJAAApL0NvbXBvbXVudHMVGtCgxndGVtZW50GvyUVhcmNNoLmFzcHgKAAoAAVcEAAAJAAA
ACRAAAAACRAAAAAABAAAAAAACRcAAAG+
AkAAAsxMDczNzQ2ODU3U1NAoKCgAAAAAAAAAAAACQ4GAAAJDwYAAAn7CQAAAAG/
AkAABcxMDczNzQyOxDzeMHwxMDczNzQxODUzMgbpCQAACzEwNzM3NDE4NTMyCSQAAAAG/
wkAACcyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MzJeMTA3Mzc0MTg1MzAwMAAAAYgAKAAATSW
1wb3J0YW50IFFIZXN0aW9ucwkWBgAACAKCgH+9f//2P///
wAAAAAGAwoAABUvSW1wb3J0YW50LVF1ZXN0aW9ucy8KAAoAAVucy8KAAoAAVYEAAAJAAAACRAAAAAACRAAAA
AGBgoAAAsxMDczNzQ2ODU3U1NAoKCgAAAAAAAAAAAACQ4GAAAJDwYAAAn+CQAAAAGEwoAAAcxMDczNzQ2ODU3U1
xMDczNzQxODUzMwbgCQAACzEwNzM3NDE4NTMzCSQAAAAG+QkAACcyNjReMTA3Mzc0MTg1MzNeMTA3Mzc0MTg1
MzNeMTA3Mzc0MTg1MzMQMAAAAAzgAAAAAAAAAABg4KAAAZQmVuZXZpdCBPZiBDYXJlIFBsYW5uaW5nCBgAAC
goBAAAAAAAAAAAKCgH9f//2P///
wAAAAAGEQoAAAsQmVuZXZpdCBPZiBDYXJlIFBsYW5uaW5nCBgAACKCBDb2xvcmFkbwkWBgAAC
goBAAAAAAAAAAAKCgH9f//2P///
wAAAAAGEgoAAB0vQmVuZXZpdC1PZi1DYXJlLVBsYW5uaW5nCBgAAC
AAAABgKAAAXMTA3Mzc0MjMzM8MTA3Mzc0MzMMGGGQoAAAsxMDczNzQyODUzMwbg8QOAAFsAAAAAAAAAABhsKAAAEN
jQAAAJDwYAAAdCgAAAAAGHgoAAAcxMDczNzQyOTNfNHwxMDczNzQyNjY3gGHwoAAAsxMDczNzQyNjY3CSQAAAAG
IEdyaWVVYZ2YmAAFsAAAAAAAAABodGYAAAEN jQAAAJDwYAAAdCgAAAAAGHgoAAAcxMDczNzQyNjY3CSQAAAAG
IEdyaWV2YW5jZcV2Y2FwAAAAAAAAKCgc9f//2P///
YSBEb25zhdGlvbgkWBgAACgoBAQAAAAAAAAAACKAar1///Y////
AAAAAZGAAAN j8V9BVR5kgvRm9yLVBhdGllbnRz LWFuZC1DYW5zdW1lcnMvQYXRpbmdzCB8AAAoKAQAAAQEAAAOSV
a8KAoOAAAVdGAaaaaAAAGCAAAAAJEAAAAAJEAAAAUAAAAAJFwAAAAbYCQAAJzI4F4xMDczNzQyODUzNV4xMDczNz
QyNjY3bTUTAAAAAAAADNkAAAAAAAAAAAAAAAAACgXwQQAAFsAAAAAAAAAZsCgAAENjQAAAJDwYAAAdCgAAAAAGHgoAAAcxMDcz
NzVeMTA3Mzc0MjMzM3NeMTA3Mzc0Mjc2MDIDAAAAAAAABnAKAAAOSGhbGluZYBbmdlIbBmHJFgYAA

Page 223

6237... AoKAQEAAAAAAAAACgoBYvX//9j//
8AAAAABnMKAAAoL0FWSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0hlYWxpbmctQW5nZWxzLwoACgBYAQAAAkAAAA
JEAAAAAAJEAAAAAMAAAAJFwAAAAZ2CgAACzEwNzM3M3NDQwNjI0CgoKAAAAAAAAAAAJDgYAAAkPBgAACXkKAAAA
AAZ6CgAAFzEwNzM7M3NDI1OTY3M3DEwNzM3M3NDIzMTUzBnsKAAAALMTA3Mzc0MjMxNTMzJAAAAAY7CgAAHzI2F4yN
jVeMTA3Mzc0MjMxNTNeMTA3Mzc0MjU5N2jcDAAAACQAAAAAAAAABn4KAAAATUHJvZ3JhbXMgV2UgU3VwcG9ydA
kWBgAACgoBAQAAAAAAAAAAKCgGA9f//2P///
wAAAAAGgQoAAC0vQVZIL0Fib3V0LVVzL0ZvdW5kYXRpb24vUHJvZ3JhbXMtV2UtU3VwcG9ydC8KAAoAAWEEAA
AJAAAACRAAAAAACRAAAAAEAAAAACRcAAAGhAoAAAsxMDczNzQ1Mjk2NzAACoACgAAAACQ4GAAAJDwYAAAm
HCgAAAAAGiAoAABcxMDczNzQ0OTYwMDczNDc2NgKAAAEAAAAJFwoAAAAAaMCgAAEYfzc29jaWWF0ZSBDYW1wY
WlnbgkWBgAACgoBAQAAAAAAAAAAKCgFy9f//2P///
wAAAAAGjwoAAACwvQVZIL0Fib3V0LVVzL0ZvdW5kYXRpb24vQXNzb2NpYXRlLUNhbXBhaWduLwoACgABYgQAAA
kAAAAJEAAAAAAJEAAAAUAAAAAJFwAAAAaSCgAACzEwNzM3NDQwMjI4CgoKAAAAAAAAAAAJDgYAAAkPBgAACZU
KAAAAAAWCgAAFZ2ElMTA3Mzc0MjMxMTU1OTfDEwNzM3NDIzMTUzBcpKAAAALMTA3Mzc0MjMxNTMfMTA3Mzc4
NF4yNjVeMTA3Mzc0MjMxNTNeMTA3Mzc0MjU5NjQDAAAAAAAAAAAABpoKAAARRm91bmRhdGlvbiBFdmVud
HMJFgYAAAoKAQAAAAAAAAAAKCgoBZPX//9j///
8AAAAABp0KAAArL0FWSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0ZvdW5kYXRpb24tRXZlbnRzLwoACgABYwQAAAk
AAAAJEAAAAAAJEAAAAUAAAAAJFwAAAAagCgAACzEwNzM3NDQwMjY2CgoKAAAAAAAAAAAJDgYAAAkPBgAACaMK
AAAAAAkCgAAFzEwNzM3NDI1OTY3M3DEwNzM3NDIyMTMzBcpKAAAALMTA3Mzc0MjMxNTMfMTA3Mzc4NF4yN2
F4yNjVeMTA3Mzc0MjMxNTNeMTA3Mzc0MjU5NjUDAAAAAAAAAAAAABgqKAAAQRm91bmRhdGlvbiBTdGFmmZg
kWBgAACgoBAQAAAAAAAAAAKCgHV9f//2P///
wAAAAAGqwoAAACovQVZIL0Fib3V0LVVzL0ZvdW5kYXRpb24vRm91bmRhdGlvbi1TdGFmmZi8KAAoAAWQEAAAAJAA
AACRAAAAAACRAAAAAHAAAAACRcAAAGhaAoAACrgoAAsxMDczNzQ0MDYyNTcKAAoAAAAACQ4GAAAJDwYAAAmxCg
AAAGsgoAABcxMDczNzQ1Mjk2NzAACoACgAAAACQ4GAAAJDwYAAAm
MjY1XjEwNzM3NDIzMTUzXjEwNzM3NDI1OTYzAwAAAAHUAAAAAAAAAAAAxCgAAEEZvdW5kYXRpb24gQm9hcmQJF
gYAAACoKAQEAAAAAAAAACgoSPX//9j///
8AAAAABrkKAAAqL0FWSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0ZvdW5kYXRpb24tQm9hcmQvCgAKAAFlBAAACQA
AAAkQAAAAAAkQAAAAAHAAAAAJFwAAAaYKAAALMTA3Mzc0MDU5U0NjJ8MTA3Mzc0MTNMGCgoAAAAAsMDczNzQyMzE1Mw9
jI2NV4xMDczNzQyMzE1M14xMDczNzQyNTk2Zg4MAAABZAAAAAAAAAAGxAoAAEUZvdW5kYXRpb24gb250Y
EBAAAAAAAAAaoKATr1///Y////
AAAAAbHCgAALC9BVkgvQWJvdXQtVXMvRm91bmRhdGlvbi9Db250YWN0LwoACgABZgQAAAkAAAAJEAAAAAAC
QAAAkQAAAAAAkQAAAAQAAAkXAAABsoKAAAENTY1MAoCgAAAAAAAAACQ4GAAAJDwYAAAnNCgAAGz
oOABcxMDczNzQxOY5NnwxMDczNzQyODUyNTQwMDUyMDUxODYsMTAzCgAKAAFnBAAACQAAAAkQAAAAAAkQAAAAQ
wNzM3NDE4NTkyJXjEwNzM3NDE4Njk4JyAwMAAAAAAbbSCgAAEK9ciBHcmVVlbiBlb3NwaXRhbCBXbgA
CgoBAQAAAAAAAAAAKCgEs9f//2P///
wAAAAG1QoAACEvQVZIL0Fib3V0LVVzL091ci1HcmVlbi1Ib3NwaXRhbC8KAAoAAWcEAAACR
AAAAABAAAAACRcAAAACRAAAAAOTM1CgoKAAAAAAAAAAAJDgYAAAkPBgAACdsKAAAAAAbxCgoAAdsKAAAAAAcAAAAC
4NjFkYzdIDQbQdGEvZwFaAAbXNjk5ERmAABxcgvKAAAAAkMGAYVAAAdsKAAAACRAAAAAABuAAAAAfDFIDQbdAI
aXN0b3J5LwoACgAFBcgAAAkAAAAJEAAAAAAkQAAAATVwxPQUFBRGBIc2yQUFBU0ZFc29saWFpdFZzZXhpdGlvQ
oB9PT//9j///
8AAAABxAoAACEvQVZIL0Fib3V0LVVzL091ci1IaXN0b3J5L0hpc3RvcnkvCgAKAAFpBAAACQAAAAkQAAAAAAkQAAAAATVw
AAWsEAAAAAAAAAACRAAAAAAAkAAAAAcAAAACRcAAABBsAACRDDczNzQ0ZDQ4OTyfDEwNzM3NDgoNjNjMDjECQQ2MTI
F4xMDczNzQxOY0QBUgX4xMDczNzQxMTl4xMDczNzQxXjMwAAAAAAAAAAAGGhQpAAAFWb2x1bnRlZXJzAAbnVwx
IJFgYAAAoKAQAAAAAAAAAAKCgoB5vT//9j///
8AAAAABhsLAAAqL0FWSC9Db3B5b2l0dW5w5sdHKkv4Vm9sdW50ZWVyLwoACgABagQAAAkAAAAJEAAAAAAkQAAAAkQAAAAEJEAAA
JFwAAAABCwCWcAACZ2CgAAACxnZY1DczNzQ0MDYWfDAAAAAAMTA3NDI3JNjY1CwAAAEJEAAAAwKGcYAAAAlTwAAsAMcz
NzQyMjY1NDRxMDczNzQyMjU0OTQQ3fDEwNzM3NDQyMTkRRRJMDczNzQyMzE1MzJMDczNzQyMzE1MzJMDczNzQyMzE1MzJMDc3NTJM
jY2AwAAAAAkkAAAAAAQYnCwAAAQYnCwAAAE4xCRCVfDEwNzM3NDQNDEyfDAAAAAAAAAAAAAAACgoBAQAAAAAAAAAAKCgoBVtT//9j///
AAAAABsLCwAAAQYncyAAVEVvbHVudGVlcnMAAEVvbHVudGVlcnMAAATRAAAAAAkQAAAAEAAAAAACRcAAAGL
DczNzQ0MDYyMjcKAAoAAAAAAAAACQ4GAAAJDwYAAAmZCgAAGzQyNTY3M3DEwNzM3NDIyMzE1MygKAAoAAAAAAWKgoABVvX//9j///
AAAAAAVQADS9FYm91dFVzL1dhXJ1cy8KAAAAAW0EAAAJAAAAkQAAAAAkQAAAAATVwxPXFBBRGBIc2yQUFBU0ZFc29saWFpdFZzZXhpdGlvQ
DczNzQxOTlQOGCgAAACCBQ4GAAAJDwYAAAmZCgAAG2QyNTY3M3DEwNzM3NDIyMzE1MygKAAoAAAAAAAWKgoABVvX//9j///
YwOQYxAADS9FYm91dFVzL1dhXJ1cy8KAAAAAAAQYncwAAFEVvbHVudGVlcnMAAATRAAAAAAkQAAAAEAAAAAACRcAAAGL
f0///Y////
AAAAAYgCwAADS9FYm9sYS1ch1QlQ3h/KAAAAAW0EAAAJAAAAAAAAAAkQAAAAATVwxPXFBBRGBIc2yQUFBU0ZFc29saWFpdFZzZXhpdGlvQ
DczNzQxOY1NQGCgAAAAAAAAAGQ4GAAAJDwYAAAkwkwCwAAAGMQsAAAbcxMDczNzQxOODgyNNwMDczNzQxOD
YwOQYxAADS9FYm91dFVzL1dhXJ1cy8KAAAAAA0EAAAJAAAAAAAAAkQAAAAATVwxPQUFBRGBIc2yQUFBU0ZFc29saWFpdFZzZXhpdGlvQ
AAI0AAAAAAAAAAY1CwAACEV4Z4XjaXN1CRYGAAAAoKAcn0///Y////
AAAAAY4CwAACy9FeGFeYy9FeGVyY2lzZS0vcGAKAAFuBAAAQAAAAAAkQAAAAAAQYnCwAAAkQAAAAAkQAAAAXAAAAAkXAAAAbjsLAAALMTA3M3

zc0MTgzNfQRCgoAAAAAAAAAAkoBgAACQBEKAJPgsAAAAHBj8LAAAxMTA3MMcomTg4Ujd8mfA3Mzc0MTg2MD
kGQAsAAAsxMDczNzQxODYwOQkkAAAABkILAAAfMjY0XjI5I5Ml4xMDczNzQxODYwOV4xMDczNzQxODgyNwMAAAC
OAAAAAAAAAAGQwsAAAlOdXRyYXXRpb24JFgYAAAoKAQEAAAAAAAAACgoBu/T///9j////
8AAAAABkYLAAAML051dHJpdGlvbi0vCgAKAAF4BAAAGQAAAAlHCwAACwAAAAsAAAABggQAABkAAAAJSAsAAAYI
AAAAGAAAAAYwEAAAZAAAAACWsDAAAAAAAAAGWBAAAAGQAAAAlrAwAAAAAAAAAABoAQAABkAAAAJSgsA
AAMAAAAADAAAAAaoEAAAZAAAAACUsLAAAJAAAACQAAAAG0BAAAGQAAAAlrAwAAAAAAAAAABBvgQAABkAAAAJa
wMAAAAAAAAAAAAcgEAAAZAAAACU0LAAAlCAAAAAgAAAAHSBAAAGQAAAAlOCwAABwAAAAAAB3AQAABkAAAA
AJawMAAAAAAAAAAAAeYEAAAZAAAACWsDAAAAAAAAAAHwBAAAGQAAAAlQCwAABgAAAAB+
gQAABkAAAAJawMAAAAAAAAAAAAeQOAAAAZAAAACWsDAAAAAAAAAAAAHwBAAAGQAAAAlQCwAABgAAAAAYAAAB+
gQAABkAAAAJawMAAAAAAAAAAAAQQAAAAZAAAACEKBQAAGQAAAAlrAwAAAAAAAAA
ABFAUAABkAAAAJVAsAAAgAAAAIAAAAAR4FAAAZAAAACVULAAAEAAAABAAAAAEoBQAAGQAAAAlWCwAABgAAAAY
AAAABMgUAABkAAAAJVwsAAAmAAAACAAAAATwFAAAZAAAAACVgLAAAEAAAABAAAAAFGBQAAGQAAAAl1cCwAAA
AAEAAAABUAUAABkAAAAJWgsAAAQAAAAEAAAAAVoFAAAZAAAACVsLAAAEAAAABKBQAAGQAAAAl1cCwAAA
gAAAAIAAAABbgUAABkAAAAJawMAAAAAAAAAAAAXgFAAAZAAAACV4LAAAIAAAACAAAAAGCBQAAGQAAAAlrAw
AAAAAAAAAAABjAUAABkAAAAJYAsAAAEAAAABAAAAAZYFAAAZAAAACWsDAAAAAAAAAAAAGg0BQAAGQAAAAl
iCwAABAAAAAQAAAABggUAABkAAAAJawMAAAAAAAAAAAAbaFAAAZAAAAACWsDAAAAAAAAAAAAGg6BQAAGQA
AAlkCwAABAAAAAQAAAABxAUAABkAAAAJawMAAAAAAAAAAAAc4FAAAZAAAAACWsDAAAAAAAAAAAHYBQAAG
QAAAlmCwAABAAAAAQAAAABgFAAAZAAAAACewFAAAZAAAAACWsDAAAAAAAAAAAAH2BQ
AAGQAAAAloCwAABgAAAAY4AAAAACWsDAAAAAAAAAAAAQoGAAAZAAAAACWsDAAAAAAAAAAAAE
QBgAABAAAAAmJAAAAAAAAAAAABHgYAAAQAAAAlBgYAAAQAAAAAAAAAAsWGAAAEAAAACYkaAAAAAAAA
AAE6BgAABAAAAAmJAAAAAAAAAAAABSAYAAAQAAAAJiQAAAAAAAAAAAAVYGAAAEAAAACYkaAAAAAAAAA
AAAFkBgAABAAAAAmJAAAAAAAAAAAABcgYAAAQAAAAJiQAAAAAAAAAAAAYAGAAAEAAAACYkaAAAAAAAAA
AAAAAAGOBgAABAAAAAmJAAAAAAAAAAAABmgYAAAQAAAAJiQAAAAAAAAAAAagGAAAEAAAACYkaAAAAAAAA
AAAAAAAAAG2BgAABAAAAAmJAAAAAAAAAAAABxAYAAAQAAAAJiQAAAAAAAAAAAAdIGAAAEAAAACYkA
AAAAAAAAAAAHgYAAAQAAAAmJAAAAAAAAAAAAB7gYAAAQAAAAJiQAAAAAAAAAAAAfwGAAAEAAAAAA
YkAAAAAAAAAAAAEKBwAAGQAAAAAlOCwAABwAAAAAAB3AQAABkAAAAJawMAAAAAAAAAAAAeYEAAAZAAAACWsD
AAAEAAAAACYkAAAAAAAAAAAAGIBwAABAAAAAmJAAAAAAAAAAAAABlgcAAAQAAAAJiQAAAAAAAAAAAA
aQHAAAEAAAACYkAAAAAAAAAAAAGy9BwAABAAAAAmJAAAAAAAAAAAABwAcAAAQAAAAJiQAAAAAAAAAAAA
AAAAc4HAAAEAAAACYkAAAAAAAAAAAHcBwAABAAAAAmJAAAAAAAAAAAABg6cAAAQAAAAJiQAAAAAAAAAAAAAA
AAAAAfgHAAAEAAAACYkAAAAAAAAAAAAEGCAAAEAAAAAmJAAAAAAAAAAAABFAgAAAQAAAAJiQAAAAAAAAAAA
AAAAAAASIIAAAEAAAACYkAAAAAAAAAAAAAEwCAAAEAAAAAmJAAAAAAAAAAAABPggAAAQAAAAJiQAAAAAAAA
AAAAAAAAAUwIAAAEAAAACYkAAAAAAAAAAAAFYCAAAEAAAAAmJAAAAAAAAAAAABZggAAAQAAAAJiQ
AAAAAAAAAAAAXQIAAAEAAAACYkAAAAAAAAAAAAGCCAAAEAAAAAmJAAAAAAAAAAAABkAgAAAQAAAAJiQAAAAA
JiQAAAAAAAAAAAAAZ4IAAAEAAAACYkAAAAAAAAAAAAGsCAAAEAAAAAmJAAAAAAAAAAAABHCAAAEAAAAAgs
AAAjIQAAAAAAAAAAaQ4IAAAEAAAACYkAAAAAAAAAAAAGsCAAAEAAAAAmJAAAAAAAAAAAABBuggAAAQAAAA
AAAJiQAAAAAAAAAAAAZ4IAAAEAAAACYkAAAAAAAAAAAAEqCQAAGQAAAAAmJAAAAAAAAAAAB5AgAAAQAAAA
AQAAaWJAAAEAAAACYkAAAAAAAAAAAAFUCQAAGQAAAAAmJAAAAAAAAAAFUCgAABAAAAAmJAAAAAAAAABDg
kAAQAAAAJiQAAAAAAAAAAAAARwJAAAEAAAACYkAAAAAAAAAEqCQAABAAAAAmJAAAAAAAAAAAAAAAAAAA
BOAkAAAQAAAAJiQAAAAAAAAAUYJAAAEAAAACYkAAAAAAAAAAAAFUCQAAGQAAAAAmJAAAAAAAAAAAAAAAAAA
AAABYgkAAAQAAAAJiQAAAAAAAAAAAAXAJAAAEAAAACYkAAAAAAAAAAAAF+
CQAABAAAAAmJAAAAAAAAAAAAABjkAAAQAAAAJiQAAAAAAAAAAAZoJAAAEAAAACYkAAAAAAAAAAAAA
AGoCQAABAAAAAmJAAAAAAAAAAAAABtgkAAAQAAAAJiQAAAAAAAAAAAAcQJAAAEAAAACYkAAAAAAAAA
AAAAHSCQAABAAAAAmJAAAAAAAAAAAAAB4AkAAAQAAAAJiQAAAAAAAAAAAAe0JAAAEAAAACYkAAAAAAAAA
AAAAAH7CQAABAAAAAmJAAAAAAAAAAAAABCCgAABAAAAAmJAAAAAAAAAAAAABrRcAAAQAAAAJiQAAAAAAAAA
AAAAAAAH7CQAABAAAAAmJAAAAAAAAAAAAABPpoAAAQAAAAJiQAAAAAAAAAAWsAAAEAAAACYkAAAAAAACY
kAAAAAAAAAAAAAAGJBwAABAAAAAmJAAAAAAAAAAAAABwoAAAQAAAAJiQAAAAAAAAAAAsQJAAAEAAAACYkA
AAAAAAAAAAAFPCgAABAAAAAmJAAAAAAAAAAAAABXQoAAAQAAAAJiQAAAAAAAAAAAAWsAAAEAAAACYkAAAACY
kAAAAAAAAAAAAAAFcCgAABAAAAAmJAAAAAAAAAAAAABhwoAAAQAAAAJiQAAAAAAAAAAAZUKAAAEAAAACY
ACYkAAAAAAAAAAAAGJCgAABAAAAAmJAAAAAAAAAAAAABsQoAAAQAAAAJiQAAAAAAAAAAAAb8KAAAE
AAACYkAAAAAAAAAAAAHNCgAABAAAAAmJAAAAAAAAAAAAABB2woAAAQAAAAJiQAAAAAAAAAAAAekKAAAAE
AAEAAAACYkAAAAAAAAAAAAH3CgAABAAAAAmJAAAAAAAAAAAAABBQsAAAQAAAAJiQAAAAAAAAAAAAAAAAAA
MLAAAEAAAACYkAAAAAAAAAAAAEgCwAABAAAAAmJAAAAAAAAAAAAABIQsAAAQAAAAJiQAAAAAAAAAAaAAAAA
AASILAAAEAAAACYkAAAAAAAAAAAAEwCwAABAAAAAmJAAAAAAAAAAAAABPgsAAAQAAAAJiQAAAAAAAAA
AAAAB0cLAAAAAAAQAAAAEJUVrdHJvbi5kbXMuT3JnYW5pemF0aW9uW9uLklNW51SXRlBURhdGGEFAAAACW4LA
AAJbwsAAAlwCwAACXELAAAJcgsAAAlzCwAAGQsAAAl1CwAAAUD1CwAAlCwANmlKZAAAA0FB0glLAAAAAQ
gAAAAEJUVrdHJvbi5kbXMuT3JnYW5pemF0aW9uW9uLklNW51SXRlBURhdGGEFAAAACXklLAAAAJegsAAAl1CwAACXw
LAAAAJfQsAAAl+
CwAADQIHSgsAAAAABAAAABAAAAAAQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQUAAAAJf
wsAAAmACwAACWAAYELAAAAKB0sLAAAAAQAAABAAAAAAQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQ
AAABAAAAACYkAAAAAAAAABP9sAAAmAA0dGVsUmVkdGFiZXU6Um9ybzJjZUFBQWHCwAAAAAQAAAAAQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6
YXRpb24uSU11bnVVJdGVtRGF0YQUAAAACW0LAAAAAQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQ
4uSU11bnVVJdGVtRGF0YQUAAAAAQ1AsAAAmMCwAACZkLAAAA0HUAsAAAAAAAEAAAA
ABCVFa3Ryb24uS21zLk9yZ2FuaXphdGlvbi5JTUVudUl0ZW1EYXRhQQAAAAVcwAAAlzZCLAAAAAAAAAAAA
AABaaAAaQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQ
Z8lAAAJoAsAAAmhCwAACaILAAAJowsAAAmkCwAAAAQlRWt0cm9uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQ
F0aW9uLklNW51SXRlBURhdGGEFAAAAACaUgpsAAAmmCwAACaqMCwAACagLAAAAJqQsAAAmtCwAAA4l
uLktcNtcy5Pcmdhbmb6Ym6YXRpb24uSU11bnVVJdGVtRGF0YQUAAAAAjqQsAAAmqCwAACasLAAAJrAsAAAmtCwAAC4l

6237...  AAANAgdSCwAAAATAAAAAAAABx5Fa3Ryb24Q21zLk9yZ1FudXBnbGdibi53WVudU10ZWVTYXRhBQAAAAmvC
wAACbALAAAJsQsAAAoHWAsAAAABAAAABAAAAAAQlRWt0cm9uuLkNtcy5Pcmdhbbml6YXRpb24sUl1lbnVJdGGVtRG
F0YQUAAAAJsgsAAAmzCwAACbQLAAAJtQsAAAdZCwAAAAEAAAAEAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGGl
vbi5JTWVudU1l0ZW1EYXRhBQAAAAm2CwAAQMHWgsAAAABAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbbml6YXRp
b24uSUl1lbnVJdGGVtRGF0YQUAAAAJtwsAAAm4CwAACbkLAAAJugsAAACwCwAAAAEAAAAEAAAABCVFa3Ryb24uQ
21zLk9yZ2FuaXphdGGlvbi5JTWVudU10ZW1EYXRhBQAAAAm7CwAAQAAANmCwAACbwLAAAAgdeCwAAAAEAAAAAAABCVFa3
Ryb24uQ21zLk9yZ2FuaXphdGGlvbi5JTWVudU10ZW1EYXRhBQAAAAm9CwAACbACwAACb4LAAAAUwAACAAAABCEAAA
JwgsAAAnDCwAACQLAAAHYAsAAAABAAAABAAAAAAQlRWt0cm9uuLkNtcy5Pcmdhbbml6YXRpb24sUl1lbnVJdGGVt
RGF0YQUAAAAJxQsAAAA0DB2ILAAAAAQAAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkl1lbnVJdGXR1b
URhdGGEFAAAACcYLAAAAJxwsAAAnICwAAAACckLAAAHZAsAAAABAAAAABAAAAAQlRWt0cm9uuLkNtcy5Pcmdhbbml6YX
Rpb24uSUl1lbnVJdGGVtRGF0YQUAAAAJygsAAA0DB2YLAAAAAQAAAAAQAAAEJUVrdHJvbi5DbXMuT3JnYW5pem
0aW9uLkl1lbnNZW51SXRlbURhdGGGEFAAAACckSLAAAANwdoCwAAAEAAAAEAAAACBCVFa3Ryb24uQ21zLk9yZ2FuaXph
dGGlvbi5JTWVudU10ZW1EYXRhBQAAAAnMCwAACcyVuCwAAKVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkl1lbnRUeXB
Q+

a19fQmFja2luZ0ZpZWxkJE1lbnVJdGGVtRGF0YSs8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZCZCNZW51SXRlbURhd
GErPFBhcmVudElkPmtfX0JhY2tpbmdGaWVsZCZCNZW51SXRlbURhdGErPFRlbEHQ+

a19fQmFja2luZ0ZpZWxkJE1lbnVYXNrbGRGT0YSs8VHlwZT5rX19CYWNraW5nRmllbGQmQiTWVudUlUUhc2VYXRhRhK
zxIcmVmPmtfX0JhY2tpbmdGaWVsZCZCNZW51QmFzZUVRhdGGErPFRhcmdldD5rX19CYWNraW5nRmllbGQmQoTWVudU
Jhc2VYYXRhRhKzxBbmNlc3RvcklklkPmtfX0JhY2tpbmdGaWVsZClNWZW51QmFzZUVRhdGGErPERlc2NyaXB0aW9uWw+

a19fQmFja2luZ0ZpZWxkJE1l0bnVYXNrbGRGT0YSs8SXRlbXM+

a19fQmFja2luZ0ZpZWxkJ01lbnVYXNrbGRGT0YSs8SWl1hZ2VQYXRoRoPmtfX0JhY2tpbmdGaWVsZCZCNZW51QmFz
ZUVRhdGGErPElsYWdlU2l3T31lbcnJpZ2GU+u19fQmFZXNrbGRGT0YSs8VHlwZT5rX19CYWNraW5nRmllbGQmQoSWZSW
R5cGUPAAAACQilAVN5c3Rlb5Db2xsZWN0aW9uucy5HZW5lcmljLktleeD5cRgMVtbRWt0cm9uuLkNtcy5Pcmdhbbml
6YXRpb24sUl1lbnVJdGGVtRGF0YSwgRWt0cm9uuLkNtcy5Pcmdhbbml6YXRpb24sUl1lbnZDb250cm9jdHjMUuSFZXSlcm
dWx0dXXJlPW5ld4RyYWwsIFB1YW9pY10c1dVRva2VuPTU1owEyY2YmVdXQEQBZ21lbmQ0Anm9P//
MEVrdHJvbi5DbXMuQ29tbW9uLkVrRW51bWVycYXRpbzkrPmtfX0JhY2tpbmdGaWVsZCZCNZW51QmFzZUVRhdGGErPFXwAID
wAAAAAAAAAABAAAiRoAgAIAAAAAAQAAAAAAAAAAVBgAAATD0///r////
AQAAAAkYBgAACRcAAAAAqQAAAAAqAAAAAnUCwAACRAAAAA8gEAgAIAAAABbwsAAG4LAAAABKvT//
zL0//8AAAAAQAAAHUXAAAAAAAEQEAAAAAAAJIwYAAAE09P//6////
wEAAAAJgYAAAkAwBgAAkqAAAAAAAAAJEAAAAIAAAAJ3AsAAAAKAAAAAGsjAAAAAAAXALAABuCwAAASL0//
8y9P//AAAAAAEAAADbgGgAAAAAAABEBAAAAAAACTEGAAAABIPT//+v////
8BAAAACTQGAAAJFwAAACoAAAAAAACRAAAAAAAAAACeQLAAAAJEAAAAAAAd2AQCAAgAAAAAFxCwAAbgsAAAAAe9P//
/MvT//wAAAAABAAAATo0AgAIAAAAAQAAAAAAAAkk/BgAAAAArj0///r////
AQAAAAlCBgAACRcAAAAAqAAAAAaAAAAAAnsCwAACRAAAAA6xkAgAIAAAAAAAcgsAAG4LAAAAABEvT//
zL0//8AAAAAQAAAAHsXAAAAAAAAEQEAAAAAAAJTQYAAAAEQ9P//+v////
wEAAAAJUYAAA1EBgAAAAkAAAAAAAAJEAAAAAAAAAAAVsGAAAAACVsGAAANBPT//+v////
8BAAAACVgGAAAAJFwAAAAoAAAAAAAACRAAAAAAAAAAeQLAAAAJEAAAAAAHXAQCAAgAAAAAAAFxCwAAbgsAAAAAe9P//
/MvT//wAAAAABAAAAArBcAAAAAAARAQAAAAAAAAAlpBgAAAQD0///r////
AQAAAAlsBgAACWAGAAAqAAAAAAwBwAAAAkEDAAAACRAAAAAbyMAAAAAAAABdQsAAAG4LAAAAB+vP//
zL0//8AAAAA8XAAAAAAAEQEAAAAAAAAJdwYAAAH48//6////
wEAAAAJegYAAAluBgAAAAkEAAAAAqAAAAAAAAAHJaAAAAAAAAAAAXYLAABuCwAAAAafLz//
8y9P//AAAAAAAEAAAAAB9FAAAAAAACYUGAAAABEBAAAAAAACYUGAAAABtIwAAAAAAAF3CwAAbgsAAAHq8//
/MvT//wAAAAABAAAAAAArBcAAAAAARAQAAAAAAAAJAAAAAmWBgAACYoGAAAAAqAAAAAkcDAAACRAAAAAAAAAAeAsAAPQDAAAAAAAA
AAAAAEBEAAAAAAAC8GAAAAB4fP//+v////
8FAAAABiAMAAAANLyNQcmVVSZWJdNb2RhbAkXAAAAKgAAAAqAAAAAAJEAAAasAAAAAJIwwAAAKAAAAAGYXAIACAAA
AAAxKLAABuCwAAAdvz//8y9P//AAAAAAEAAAAACVFgAAAAAAAAIBAAAAAAAACa0GAAABB2fP//+v////
8BAAAACbdAGAAAAJpAYAACoAAAAAAAAAACRAAAAAAAAABzIwAAAAAAAF7CwAAbgsAAAHT8//
/MvT//wAAAAAABByAAAAAAm8YXAAAAAAAqAAAAAdMMAAAAAAAAAmM7BgAAAdHz//7////
BgAACbIGAAAAkOAIAACAAAAEgEAAAAAaAJ8wYAAAAJ8wYAAAAGx8//6////
8BAAAACdoGAAAJpAYAACoAAAAAAAAAACRAAAAAAAAB8IwAAAAAAXAAAAAuHQCAAgAAAAFpBgAAAYBYAAAAAaAAAAAQEHAAAABqfP//+v////
8y9P//AAAAAAEAAAAACdoGAAAAJpAYAACoAAAAAAAAAAAUfAIACAAAAX8LAABuCwAAAavz//
8y9P//AAAAAEAAAABYBAAAAAQEHAAABqfP//+v//8BAAAACQQHAAAAJ+
AYAACoAAAAAAAAAAkCAAAAAAAGACwAAbuCwAAAAAHz///r////
wAAAAA9hYAAAAAAAWQAAAAAAkPBwAAAaHz///r////
AQAAAAkSBwAACQYHAAAAAqAAAAAwAAAAAljDAAACRAAAAAAAfyMAAAAAAAAAABgQsAAAG4LAAAAABm/P//

Page 226

... zL0//8BaAAAAAAAAAqAAAAAAAAAAFqJAAAAAAAAJHqcAAAGz8//6//v9
... wEAAAAJIAcAAAkUBwAAKgAAAAAAAAAJEAAAAAQAAAAJawwAAAkQAAAAAIAjAAAAAAAAAYILAABuCwAAAZPz//
... 8y9P//AAAAAAEAAAAOVgCAAgAAABcBAAAAAAAAACSsHAAABkfP//+v//
... 8BAAAACS4HAAAJFwAAACoAAAAAAAAACRAAAAABAAAACXMMAAAJEAAAAAAd1HQCAAgAAAAGDCwAAbgsAAAGL8//
... /MvT//wAAAAABAAAA6xYAAAAAAAAAXAQAAAAAAAAk5BwAAAYnz///r////
... AQAAAAk8BwAACTAHAAAqAAAAAAAAAAAhiMAAAAAAAABhAsAAG4LAAABg/P//
... zL0//8AAAAAAQAAAOgWAAAAAAAAFwEAAAAAAAAJRwcAAAGB8//6////wEAAAAJSgcAAAk+
... BwAAKgAAAAAAAAAJEAAAAMAAAAJgwwAAAkQAAAAAAIUjAAAAAAAAAYULAABuCwAAAXVz//8y9P//
... AAAAAAEAAAABuFgAAAAAAAABcBAAAAAAAACVUHAAABefP///r////
... 8BAAAACVgHAAAJTAcAACoAAAAAAAAACRAAAAAACIwAAAAAAAAAAACYsMAAAACCIwAAAAAAAAAAGGCwAAAAFz8//
... /MvT//wAAAAABAAAAFMgAAAAAAAAXAQAAAAAAAAJcQcAAAFp8//6////
... AQAAAAlmBwAACRcAAAAqAAAAAAAAAAkQAAAAQAAAAmTDAAACRAAAAAAAwx0AgAIAAAABhwsAAG4LAAABa/P//
... zL0//8AAAAAAQAAAO0WAAAAAAAAFwEAAAAAAAAJcQCAAAFp8//6////
... wEAAAAJdAcAAAkXAAAAqAAAAAAAAAJEAAAAYAAAAJmwwAAAkQAAAAAGACAIACAAAAAYgLAABuCwAAAWPz//
... 8y9P//AAAAAAEAAAADwFgAAAAAAAABcBAAAAAAAACX8HAAAABYfP///+v///
... 8BAAAACYIHAAAJFwAAACoAAAAAAAAACRAAAAAAAHAAAAAAAAABhAgCAAAAAAGJCwAAbgsAAAFb8//
... /MvT//wAAAAABAAAA4RYAAAAAAAAAXAQAAAAAAAAmNBwAAAYnz///r////
... AQAAAAmQBwAACRcAAAAqAAAAAAAAAAkQAAAAAAmrDAAACRAAAAAAAXwIAgAIAAAABigsAAG4LAAABU/P//
... zL0//8AAAAAAQAAABYXAAAAAAAAFwEAAAAAAAAJmwcAAAFR8//6////
... wEAAAAJngcAAAkXAAAAqAAAAAAAAAJEAAAAkAAAAJswwAAAkQAAAABoZAIAIACAAAAAYsLAABuCwAAAUvz//
... 8y9P//AAAAAAEAAAAZigCAAgAAAAGEUAIACAAAAACakHAAABSfP///+v///
... 8BAAAACawHAAAJFwAAACoAAAAAAAAACRAAAAABAAAACbsMAAAJEAAAAAADJIgCAAgAAAAGMCwAAbgsAAAFD8//
... /MvT//wAAAAABAAAAH4oAgAIAAABhFACAAgAAAm3BwAAUHz///r////
... AQAAAAm6BwAACRcAAAAqAAAAAAAAAAkQAAAAkAAAAnDDAAACRAAAAAAAyCIAgAIAAAABjQsAAG4LAAABO/P//
... zL0//8AAAAAAQAAAKUaAIACAAAAGgEAAAAAAAAJxQcAAAE58//6////
... wEAAAAJyAcAAAkXAAAAqAAAAAAAAAJEAAAAEAAAAJywwAAAkQAAAAAYPQBAIACAAAAAY4LAABuCwAAATPz//
... 8y9P//AAAAAAEAAAAC6FgAAAAAAAABoBAAAAAAAACdMHAAAABMfP///+v///
... 8BAAAACdYHAAAJygcAACoAAAAAAAAACRAAAAACAAAACdMMAAAJEAAAAAAAGPCwAAbgsAAAEr8//
... /MvT//wAAAAABAAAAubCAAAAAAAAAaQQAAAAAAAAnhBwAAAYnz///r////
... AQAAAAnkBwAACdgHAAAqAAAAAAAAAAkQAAAAwAAAAAwwwwwAAAkQAAAAkJ7wccAAAAAAkhEh////6////
... zL0//8AAAAAAAALcWAAAAAAAAAGgEAAAAAAJGQgAAAEJ8//6////
... wEAAAAJHAgAAAkQCAAAKgAAAAAAAAAJEAAAAcAAAAcJ+wwAAAkQAAAAIwjAAAAAAAAAZQLAABuCwAAAQPz//
... 8y9P//AAAAAAEAAAAEAAACxGgCAAgAB8BAAAAAAAACScIAAABAfP///+v///
... 8BAAAACSoIAAAJFwAAACoAAAAAAAAACRAAAAABAAAACQMNAAAJEAAAAAAD1AQCAAgAAAAGVCwAAbgsAAAH78v//
... /MvT//wAAAAABAAAAvBYAAAAAAAABfAQAAAAAAAAk1CAAAAAk1CAAAAABCAAAAfny///r////
... AQAAAAk4CAAACSwIAAAqAAAAAAAAAAkQAAAAkLDQAACRAAAAAApiMAAAAAAAABlgsAAAG4LAAABB8//L///
... zL0//8AAAAAAQAAANoWAAAAAAAAHwEAAAAAAAAJQwgAAAHx8v//6////
... wEAAAAJRggAAAk6CAAAKgAAAAAAAAAJEAAAAMAAAAJEwQAAAAAAKwjAAAAAAAAAZcLAABuCwAAAevy//
... 8y9P//AAAAAAEAAAADFgAAAAAAABfAQAAAAAAAACVEIAAAB6fL///+v///
... 8BAAAACVIIAAAACoAAAAAAAAACRAAAAAEAAAACRsNAAAJEAAAAAAACRsNAAAAAHwEAAAAAAAAJXIACIAAAGHi8v//6////
... AAAAHwEAAAAAAAAJXQgAAGHi8v//6////
... wUAAAAJYAgAAAlWCAAAAqAAAAAAAAAAJEAAAAUAAAAJIg0AAAkQAAAAJUYIACAAAAAZkLAABuCwAAAdzy//
... 8y9P//AAAAAAEAAAADeFgAAAAAAAAB8BAAAAAAAACWsIAAAB2vL///+v///
... 8BAAAACW4IAAAJYggAAAqAAAAAAAAACRAAAAAAGAAACSoNAAAJEAAAAAAAAACt1wAAAAAAGaCwAAAAHU8v//
... /MvT//wAAAAABAAAAkYwgAIAAAAl5FACAAgAAAAl5DQAAAAABmwsAAG4LAAABzPL///+v///
... AQAAAAl8CAAACRcAAAAqAAAAAAAAkYDQAAAAAAkyhwwwAAAkQAAAAAVHK0AIAAAABmwsAAAG4LAAAAAdzy//
... zL0//8AAAAAQAAAJKMAIACAAAAexQAgAIAAAAJhwgAAAHK8v//6////
... wEAAAAJiggAAAkXAAAAqAAAAAAAAADAAACUINAAAJOg0AAAkQAAAACEjAIACAAAAAZwLAABuCwAAAcTy//
... 8y9P//AAAAAAEAAAACTjACAAgAAAAHsUAIACAAAAZUIABwvL///+v///
... 8BAAAACZIIAAAJFwAAACoAAAAAAAAADAAAACUINAAAJmwsAAG4LAAABZz8//r////
... /MvT//wAAAAABAAAAYhYAAAAAAAApAQCAAgAAAAmjCAAAAbry///r////
... AQAAAAmmCAAACRcAAAAqAAAAAAAAAAkQAAAAkLDQAACRAAAAAAA2gEAgAIAAAABngsAAG4LAAABtPL///+v///
... zL0//8AAAAAAQAAAEYWAAAAAAAAFQEAgAIAAAAJsQgAAAGy8v//6////
... wEAAAAJtAgAAAkXAAAAqAAAAAAAAAAJEAAAAIAAAAAKwjAAAAAUjAIACAAAAAZ8LAABuCwAAAazy//
... 8y9P//AAAAAAEAAAAEBffACAAgAAAAHVxcAAAAAAAApAQCAAgAAAmNCAAABrL///+v///
... 8BAAAACcIIAAAACoAAAAAAAAACRAAAAAAAAAVoNAAAJEAAAAAAADcAQCAAgAAAAGGCwAAbgsAAAAGk8v//
... /MvT//wAAAAABAAAAVxcAAAAAAAApAQCAAgAAAAmNCAAABrL///+v///
... AQAAAANCAAACRcAAAAqAAAAAAAAkYDQAAAAAAAiDQAACRAAAAAAABoQsAAG4LAAABnPL///+v///
... zL0//8AAAAAAAAIsXAAAAAAAAKQEAgAIAAAAJ2wgAAAGk8v//6////
... wEAAAAJ3ggAAAkXAAAAqAAAAAAAAAUUIAAAAUAAAAJag0AAAkQAAAAN8BAIACAAAAaILAABuCwAAAZTy//
... 8y9P//AAAAAAEAAAACRFwAAAAAAAACkBAAAAAAAACkekIAAACbkvL///+v///
... 8BAAAACewIAAAJFwAAACoAAAAAAAAACRAAAAGAAAACXINAAAJEAAAAAADbAQCAAgAAAAGGCwAAbgsAAAGM8v//

6237../MvT/wAAAAAAAAAAjxcAAAAAAApAQCAAgAAAn5cAAAALy//+///
AQAAAAn6CAAACRcAAAAqAAAAAAAAAAkQAAAABwAAAAl6DQAACRAAAAAA4gEAgAIAAAABpAsAAG4LAAABhPL//
zL0//8AAAAAQAAAAFEWAAAAAAAAkQEAgAIAAAAiBQkAAAGC8v//6////
wEAAAAJCAkAAAkXAAAAAKgAAAAAAAAAJEAAAAAgAAAAJgg0AAAkQAAAAAAF4CAIACAAAAAaULAABuCwAAAXzy//
8y9P//AAAAAAEAAAABEFgAAAAAAACEBAIACAAAACRMJAAAABevL//+v///
8BAAAACRYJAAAAJFwAAACoAAAAAAAAAAACRAAAAABAAAAACYoNAAAJEAAAAAAADUAQCAAgAAAAGmCwAABgsAAAF08v/
/MvT//wAAAAAABAAAAAmBcAAAAAAAAhAQCAAgAAAAkhCQAAAAXLy////
AQAAAAkkCQACRcAAAAqAAAAAAAAAAkQAAAAAAmSDQAACRAAAAAA1QEAgAIAAAABpwsAAG4LAAABbPL//
zL0//8AAAAAQAAAJoXAAAAAAAAIQEAgAIAAAAJLwkAAAAFq8v//6////
wEAAAAJMgkAAAkXAAAAAJEAAAAMAAAAJmg0AAAkQAAAAAANYBAIACAAAAAaglAABuCwAAAWTy//
8y9P//AAAAAAEAAAACcFwAAAAAAACEBAIACAAAACaINAAAJEAAAAAADXAQCAAgAAAAGpCwAABgsAAAFc8v/
/MvT//wAAAAAABAAAAAmMQEAgAIAAAAiAQCAAgAAAAlLCQAAAVry////
AQAAAAloCQAACRcAAAAqAAAAAAAAAAmqDQAACRAAAAAA5gEAgAIAAAABqgsAAG4LAAABVPL//
zL0//8AAAAAQAAALICAIACAAAAAIgEAgAIAAAAJWQkAAAFS8v//6////
wEAAAAJXAkAAAkXAAAAAJEAAAAAAAIAAAAlJsg0AAAkQAAAAOUBAIACAAAAAasLAABuCwAAAUzy//
8y9P//AAAAAAEAAAAyAQCAAgAAAACIBAIACAAAACWcJAAAABSvL//+v///
8BAAAACWoJAAAAJEAAAAMwoNAAAAACRcAAAAqAAAAAAAAAACboNAAAJEAAAAADnAQCAAgAAAAGSCwAAAAFE8v/
/MvT//wAAAABAAAAMwEAgAIAAAAiAQCAAgAAAAl1CQAAAUwv////
AQAAAAl4CQAACRcAAAAqAAAAAAAAAAnCDQAACRAAAAAA4wEAgAIAAAABrQsAAG4LAAABPPL//
zL0//8AAAAAQAAADQBAIACAAAAAIgEAgAIAAAAJdwkAAAFK8v//6////
wEAAAAJgk8AAAkXAAAAAKAAAAAAAAAAJEAAAAUAAAAJeqAIACAAAAABMvL//+v///
8y9P//AAAAAAEAAAAkFwAAAACIBAIACAAAACZJAAAABMvL//+v///
8BAAAACb4JAAAAJFwAAAAqAAAAAAAAAACeoNAAAJEAAAAADnAQCAAgAAAGyCwAAAAEU8v/
/MvT//wAAAAAABAAAAG24JAAAANFACAAgAAAAnJCQAAARLy////
AQAAAAnMCQAACRcAAAAqAAAABAAAAAnyDQAACRAAAAAA7iAAgAIAAAABswsAAG4LAAABDPL//
zL0//8AAAAAQAAALtxAIACAAAAADRQAgAIAAAAJ1wkAAAEK8v//6////
wEAAAAJ2gkAAAkXAAAAAKAAAAAAAAAAJEAAAAAAAAEAAAAk2gAIACAAAAABQLAABuCwAAAQTy//
8y9P//AAAAAAEAAAAC+cQCAAgAAAA0UAIACAAAACeUJAAAABAvL//+v///
8BAAAACegJAAAJFwAAAAqAAAAAAAACRAAAAAGAAAADwIACAAAAAG1CwAA9AMAAAAAAAAAA
AAAAADRQAgAIAAAAJ8gkAAAH78f///6////
wUAAAAGBg4AACkvQ29tcG9nU50cy9UZW1wbGF0ZXMvMXMvGF0ZXMvMXJvemZuY0AYXNweAkXAAAAAKgAAAAAAAAA
AJ6QkAAAcAAAAJCQ4AAAkQAAAALMhAIACAAAAACQAKAAAAbYLAABuCwAAAfXx//8y9P//
AAAAAAEAAAA6AQCAAgAAAACQBAIACAAAACQAKAAAB8/H//+v///
8BAAAACQMKAAAJFwAAAAqAAAABAAAAACREOAAAAJEAAAAADqCAAgAIAAAAG3CwAABgsAAAHt8f/
/MvT//wAAAAAABAAAAAmPQEAgAIAAAAiAQCAAgAAAAkOCQAAAAevx////
AQAAAAkRCgAACRcAAAAqAAAAAAAAAAkZDgAACRAAAAAA6wEAgAIAAAABuAsAAG4LAAAB5fH//
zL0//8AAAAAQAAAAQAAD4BAIACAAAAACQJEAgAIAAAAJHaoAAAJ48f//6////
wEAAAAJHwoAAAkXAAAAAIEAAAAAAAIAAAAAJIQkAAAACUBAIACAAAAAbkLAABuCwAAAd3x//
8y9P//AAAAAAEAAAABwAgAIACAAAAAUBAIACAAAACSoKAAAAB2H//+v///
8BAAAACS0KAAAJFwAAAAqAAAAAAAAAACSKOAAAJEAAAAADtAQCAAgAAAAG6CwAABgsAAAHV8f/
/MvT//wAAAAAABAAAAAmPwEAgAIAAAAiAQCAAgAAAAkvCQAAAAfTx////
AQAAAAk3CgAACRcAAAAqAAAAAAAAAAk8DgAACRAAAAAA7gEAgAIAAAABvAsAAG4LAAABzfH//
zL0//8AAAAAQAAAAQAAF4BAIACAAAAAJEAgAIAAAAJRgoAAAHL8f//6////
wEAAAAJOgoAAAkXAAAAAIEAAAAAAAIAAAAJPsg0AAAkQAAAAOUBAIACAAAAAbsLAABuCwAAAcXx//
8y9P//AAAAAAEAAAAyAQCAAgAAAACIBAIACAAAACWcJAAAABSvL//+v///
8BAAAACVcKAAAJFwAAAAqAAAAAAAAAACSoKAAAJEAAAAADvAQCAAgAAAAG9CwAABgsAAAHN8f/
/MvT//wAAAAAABAAAAAmQEAgAIAAAAiAQCAAgAAAAlCCQAAAAfDx////
AQAAAAlPCgAACRcAAAAqAAAAAAAAAAl1CQAAAUwv////
AQAAAAl4CQAACRcAAAAqAAAAAAAAAAnCDQAACRAAAAAA4wEAgAIAAAABrQsAAG4LAAABPPL//
zL0//8AAAAAQAAAALICAIACAAAAAIgEAgAIAAAAJdwkAAAFK8v//6////
wEAAAAJgk8AAAkXAAAAAKAAAAAAAAAAJEAAAAUAAAAJeqAIACAAAAABMvL//+v///
8y9P//AAAAAAEAAAAkFwAAAACIBAIACAAAACZJAAAABMvL//+v///
8BAAAACb4JAAAAJFwAAAAqAAAAAAAAAACeoNAAAJEAAAAADnAQCAAgAAAGyCwAAAAEU8v/
/MvT//wAAAAAABAAAAm5CgAAAATFACAAgAAAAnJCQAAARLy////
AQAAAAnMCQAACRcAAAAqAAAABAAAAACQBAIACAAAACQAKAAB8/H//+v///
8BAAAACQMKAAAJFwAAAAqAAAABAAAAACREOAAAAJEAAAAADqCAAgAIAAAAG3CwAABgsAAAHt8f/
/MvT//wAAAAAABAAAAAmPQEAgAIAAAAiAQCAAgAAAAkOCQAAAAevx////
AQAAAAm5CgAACRcAAAAqAAAAAAAAAAlbDgAACRAAAAAA7AEAgAIAAAABujsAAG4LAAABJQkAAAGC8v//6////

6237... wEAAAATGroAABxXvATAAxNAKgAAAxNAAEAAAJEAAAAAgAAAAJgQMAAARCoeATACAAAAACUDAABuCwAAAX3x//
... 8y9P//AAAAAAEAAAA6FgAAAAAAAB4BAIACAAAACdIKAAABe/H//+v///
... 8BAAAACdUKAAAJFwAAACoAAAAAAAAACRAAAAABAAAACYkOAAAJEAAAAADIAQCAAgAAAAHGCwAAbgsAAAF18f/
... /MvT//wAAAAABAAAAALxcAAAAAAAANAQAAAAAAAAngCgAAAXPx///r////
... AQAAAAnjCgAACRcAAAAqAAAAAAAAAAkQAAAAQAAAAAmRDgAACRAAAAAxQEAgAIAAAABxwsAAG4LAAABbfH//
... zL0//8AAAAAAAAADEXAAAAAAAAADQEAAAAAAAAJ7goAAAFr8f//6////
... wEAAAAJ8QoAAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJmQ4AAAkQAAAAMMBAIACAAAAAcgLAABuCwAAAWXx//
... 8y9P//AAAAAAEAAAACpFwAAAAAAAA0BAAAAAAAACfwKAAABY/H//+v///
... 8BAAAACf8KAAAJFwAAACoAAAAAAAAACRAAAAABAAAACYkOAAAJEAAAAADIAQCAAgAAAAHJCwAAbgsAAAFd8f/
... /MvT//wAAAAABAAAAPBYAAAAAAAANAQAAAAAAAAkKCwAAAVvx///r////
... AQAAAAkNCwAACRcAAAAqAAAAAAAAAAkQAAAAmpDgAACRAAAAAxQEAgAIAAAABygsAAG4LAAABVfH//
... zL0//8AAAAAQAAE0XAAAAAAAAdAEAgAIAAAAJGAsAAAFT8f//6////
... wEAAAAJGwsAAAkXAAAAKgAAAAAAAAAJEAAAAEAAAAJsQ4AAAkQAAAAFoCAIACAAAACsLAAAIAAAAShEAgA
... IAAABuAQCAAgAAAAkAAAAAAAAAAJIAsAAAJIAsAAAAIwCAACRAAAAACUYCAAAJNQsAAAFC8f//r////
... 8EAAAABrgOAAANL0Vib2xhLVZzpcnVLwkXAAAAKgAAAAAAAAJEAAAAEAAAAAAJuw4AAAoAShEAgAIAAAABzAs
... AAG4LAAABRPH//zL0//8AAAAAQAAAJ8BAIACAAAACQEAgAIAAAAJNQsAAAAFC8f//6////
... wEAAAAJOAsAAAkXAAAAKgAAAAAAAAAJEAAAAEAAAAJwg4AAANkAOgCATACAAAAAc0LAAABuCwAAAATzx//
... 8y9P//AAAAAAEAAAACeAQCAAgAAAAHEBAIACAAAACUMLAAABOvH//+v///
... 8BAAAACUYLAAAJFwAAACoAAAAAAAAACRAAAAAEAAAAJEAAAAABLAgCAAgAAAAAHUCwAAgQAAAAlrAwA
... AAAAAAAAAAAAB3AsABkAAAAJawMAAAAAAAAAAeQLAAAAACWsDAAAAAAAAAAaHSCwAAgQAAAAlr
... AwAAAAAAAAAAAAB9AsAABkAAAAJawMAAAAAAAAfwLAAAAZ2AAACWsDAAAAAAAAAAEEDAAAGQAAA
... AlrAwAAAAAAAAAABDAwAABkAAAAJawMAAAAAAAAAARQMAAAACWsDAAAAAAAAAAEcDAAAGQ
... AAAlrAwAAAAAAAAAABIwwAABkAAAAJawMAAAAAAAAAASsMAAAACWsDAAAAAAAAAAEzDAA
... AGQAAAAlrAwAAAAAAAAAABOwwAABkAAAAJawMAAAAAAAAAAUMMAAAACWsDAAAAAAAAAAFL
... DAAAGQAAAAlrAwAAAAAAAAAABUwwAABkAAAAJawMAAAAAAAAAAVsMAAAACWsDAAAAAAAAAA
... AFjDAAAGQAAAAlrAwAAAAAAAAAABawwAABkAAAAJawMAAAAAAAAAAXMMAAAACWsDAAAAAA
... AAAAF7DAAAGQAAAAlrAwAAAAAAAAAABgwwAABkAAAAJawMAAAAAAAAAAYsMAAAACWsDAAAAAAA
... AAAAAAGSDAAAGQAAAAlrAwAAAAAAAAAABmwwAABkAAAAJawMAAAAAAAAAaMMAAAACWsDAAAA
... AAAAAAGrDAAAGQAAAAlrAwAAAAAAAAAABswwAABkAAAAJawMAAAAAAAAAAbsMAAAACWsDAAAAb
... AAAAAAAAAAHDDAAAGQAAAAlrAwAAAAAAAAAABywwAABkAAAAJawMAAAAAAAAAAdMMAAAACW
... sDAAAAAAAAAAHbDAAAGQAAAAlrAwAAAAAAAAAAB4wwAABkAAAAJawMAAAAAAAAAAesMAAAZAAA
... ACWsDAAAAAAAAAAHzDAAAGQAAAAlrAwAAAAAAAAAAB+
... wwAABkAAAAJawMAAAAAAAAAAAQMNAAAZAAAACWsDAAAAAAAAAAAAAELDQAAGQAAAAlrAwAAAAAAAAAA
... ABEwOAABkAAAAJawMAAAAAAAAAAAsNAAAZAAAACWsDAAAAAAAAAAEiDQAAGQAAAAlrAwAAAAAAAAA
... AAAABKg0AABkAAAAJawMAAAAAAAAAAATINAAAZAAAACWsDAAAAAAAAAAAE6DQAAGQAAAAlrAwAAAA
... AAAAAABQg0AABkAAAAJawMAAAAAAAAAAUoNAAAZAAAACWsDAAAAAAAAAAFSDQAAGQAAAAlrAwAA
... AAAAAAAABWg0AABkAAAAJawMAAAAAAAAAAWINAAAZAAAACWsDAAAAAAAAAAFgDQAAGQAAAAlrAw
... AAAAAAAAAABcg0AABkAAAAJawMAAAAAAAAAAXoNAAAZAAAACWsDAAAAAAAAAAGCDQAAGQAAAAl
... rAwAAAAAAAAAABig0AABkAAAAJawMAAAAAAAAAAZINAAAZAAAACWsDAAAAAAAAAAGaDQAAGQ
... AAlrAwAAAAAAAAAABog0AABkAAAAJawMAAAAAAAAAAaoNAAAZAAAACWsDAAAAAAAAAAGyDQAAG
... QAAAAlrAwAAAAAAAAAABug0AABkAAAAJawMAAAAAAAAAAbsNAAAZAAAACWsDAAAAAAAAAAHKDQ
... AAGQAAAAlrAwAAAAAAAAAAB0g0AABkAAAAJawMAAAAAAAAAAdoNAAAZAAAACWsDAAAAAAAAAAH
... iDQAAGQAAAAlrAwAAAAAAAAAAB6g0AABkAAAAJawMAAAAAAAAAAfINAAAZAAAACWsDAAAAAAAA
... AAH6DQAAGQAAAAlrAwAAAAAAAAAABAg4AABkAAAAJawMAAAAAAAAAAQkOAAAZAAAACWsDAAAAAA
... AAAAAEERDgAAGQAAAAlrAwAAAAAAAAAABGQ4AABkAAAAJawMAAAAAAAAAASEOAAAZAAAACWsDAAAAAA
... AAAAAAEpDgAAGQAAAAlrAwAAAAAAAAAABMQ4AABkAAAAJawMAAAAAAAAAATkOAAAZAAAACWsD
... AAAAAAAAAAAFBDgAAGQAAAAlrAwAAAAAAAAAABSQ4AABkAAAAJawMAAAAAAAAAAVEOAAAZAAAACW
... sDAAAAAAAAAAAFJDgAAGQAAAAlrAwAAAAAAAAAABY04AABkAAAAJawMAAAAAAAAAAWkOAAAZAAAAYEOAAAZAAAAC
... WsDAAAAAAAAAAAFRDgAAGQAAAAlrAwAAAAAAAAAABhDgAAGQAAAAlrAwAAAAAAAAAABqg4AABkQ4AABkAAAAJawMAAAAAAAAAkOAAA
... ZAAAACWsDAAAAAAAAAAAAGhDgAAGQAAAAlrAwAAAAAAAAAABqg4AABkAAAAJawMAAAAAAAAAAbEOAAA
... AAAZAAAACWsDAAAAAAAAAAAAHDgAAGQAAAAlrAwAAAAAAAAAABwg4AABkAAAAJawMAAAAAAAAAAbEO
... coOAAAZAAAACWsDAAAAAAAAAAAAAsfAmcfAwIGZBYCZg9kFgQCAQ8WAh8BBRc8dWwgY2xhc3M9Im5hdi10aW
... VyLTEiPmQCAw9kFgxmD2QWBGYPFQQRL0FWSC9TcGVjaWFsFsdGllcy8ABV9zZWxmc1NwZWNpYWxpc2S0ZAIBD2Q
... WAmYPDxYEHwJnHwMCD2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0yIj5kAgMPZBYEZg9k
... FgRmDxUEHi9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudHJlL0hGYMQmlydGggQ2VudGVyL2VudGVyLW
... mYPDxYEHwJnHwMCC2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYEZg9kFg
... JmDxUENS9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0Fib3V0LXRoZS1SaXJ0aC1DZW50ZXIvAAVfc2V
... sZhZBYm91dCB0aGUgQmlydGggQ2VudGVyU3BlY2lhbHRpZXMPFQQ0L0FWSC9TcGVjaWFsdGllcy9CaXJ0aC1DZW50
... ZXIvQmlydGgtQ2VudGVyLVNlcnZpZ2VzLwAFX3NlbGYVQmlydGggQ2VudGVyIFNlcnZpZ2VzZAICD2QWAmYPF
... QQvL0FWSC9TcGVjaWFsdGllcy9CaXJ0aC1DZW50ZXIvTWlkd2lmZXS1EZWxpdmVyeS8ABV9zZWxmQ2lkd2lm
... UgRGVsaXZlcnnlckAgMPZBYCZg8VBDVvQVZIL1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci9wcmVkXZpxpdmVyeS1
... jb25zdWx0LwAFX3NlbGYUUHJlLURlbGl2ZXJ5IENvbnN1bHRhcQPZBYCZg8VBDEvQVZIL1NwZWNpYWx0aWVz
... L0JpcnRoLUNlbnRlci9CaXJ0aC1DZW50ZXItVG9ncmVhAAVfc2VsZhJCaXJ0aCBDZW50ZXItVG9ncmVhL0gUPZ
... BYCZg8VBCwvQVZIL1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci1DbGFzc2VzLwAFX3NlbGYNQmlydG
... ggQ2xhc3Nlc2QCBg9kFgJmDxUENC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JyZWFzdGZlZWRpbmcvAAVf
... c2VsZhNCcmVhc3RmZWVkaW5nVVpZWRpbmdVU3VwcG9ydGQCBg9kFgJmDxUEMy9BVkgvU3BlY2lhbHR
... ggQ2xhc3Nlc2QCBg9kFgJmDxUENC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JyZWFzdGZlZWRpbmcvAAVf
... tU3VwcG9ydC8ABV9zZWxmUFJyZWFzdGZlZWRpbmcgU3VwcG9ydGQCBw9kFgJmDxUElY9BVkgvU3BlY2lhbHRp
... ZXMvQmlydGgtQ2VudGVyL05ldy1Nb20tTHVuY2hlb24tRkFGEvcnRkAggPZBYCZ

Page 229

6237...

g8VBDgVQGv2llhVw2wWpfWkoaW7zL0JpcmRbLUNlbnRlci1CaxJ0aC1bjyW502RFtvmirzaXF 96mvAAVfc2VsZh
VCaXJ0aCBDZW50ZXIgVmlzaXRvcnNkAgkPZBYCZg8VBDcvQVZIL1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci9
Jbi1DYXNlLLW9mLUNvbXBsaWNhdGlvbnMvAAVfc2VsZhhJbiBDYXNlIG9mIENvbXBsaWNhdGlvbnNkAgoPZBYC
Zg8VBAwjUHJlUmVnTW9kYWwABV9zZWxmMGUhvc3BpdGFsIFByZS1SZWdpc3RyYXRpb25kAgEPZBYEZg8VBCQvQ
VZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci8ABV9zZWxmEkJyZWFzdCBDYXJlIENlbnRlcmQCAQ
9kFgJmDw8WBB8CZx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWDGYPZBYCZg8VBDMvQVZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci9NYW1tb2dyYW0tV
Glwcy8ABV9zZWxmDk1hbW1vZ3JhbSBUaXBzZAIBD2QWAmYPFQQ5L0FWSC9TcGVjaWFsdGllcy9CcmVhc3QtQ2
FyZS1DZW50ZXIxVtVTWFtb9W9ncmFtLUdlaWRlbGluZXMvAAVfc2VszhhRNYW1tb2dyYW0gR3VpZGVsaW5lc2QCAg9
kFgJmDxUEQS9BVkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyL1RvbW9zeW50aGVzaXMvAAVfc2VsZg4
bW9ncmFwaHkvAAVfc2VsZg4zRCBNYW1tb2dyYXBoeWQCAw9kFgJmDxUEOS9BVkgvU3BlY2lhbHRpZXMvQnJl
XN0LUNhcmUtQ2VudGVyL0JyZWFzdC1TdXJnaWNhbC1DYXJlLWAFX3NlbGYUQnJlYXN0IFN1cmdpY2FsIENhcm
VkAgQPZBYCZg8VBDIvQVZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci9QYXRpZW50LUZvcm1zLWA
FX3NlbGYNUGF0aWVudCBGb3Jtc2QCBQ9kFgJmDxUEOS9BVkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhcmUtQ2Vu
dGVyL0NvbnRhY3QtQnJlYXN0LUNhcmUtQ2VudGVyLWAFX3NlbGYqQ29udGFjdCBCcmVhc3QgQ2FyZSBDZW50
ZXIgkFgJmDxUEQS9BVkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyL0tTGFiLwAFX3NlbGYCR0lkAgEPZBYC
Zg8PFgQfAmcfAwIJZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFhJmD2QWAm
YPFQQxL0FWSC9TcGVjaWFsdGllcy9IZWFydC9BYm91dC1IZWFydC1WYXNjdWxhci1DYXJlLwAFX3NlbGYZQWJ
vdXQgSGVhcnQgVmFzY3VsYXIgQ2FyZWQCAQ9kFgJmDxUELi9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvQ2FyZGlh
Yy1FbWVyZ2VuY3ktQ2FyZS8ABV9zZWxmEkNhcmRpYWMgRW1lcmdlbmN5IENhcmVkAgIPZBYCZg8VBDIvQVZIL
1NwZWNpYWx0aWVzL0hlYXJ0L0NhcmRpYWMtRGlhZ25vc3RpY2UhUZ0aW9uaW5nLWAFX3NlbGYaQ2FyZGlhYyBEaW
Fnbm9zdGljIFRlc3RpbmdkAgMPZBYCZg8VBCgvQVZIL1NwZWNpYWx0aWVzL0hlYXJ0L0NhcmRpYWMtQ2F0aC1
MYW1vAAVfc2VsZhBDYXJkaWFjIENhdGdgTGFiZAIED2QWAmYPFQQuL0FWSC9TcGVjaWFsdGllcy9IZWFydC9D
YXJkaWFjLFVclaGFiaWxpdGF0aW9uLWAFX3NlbGYaQ2FyZGlhYyBSZWhhYmlsaXRhdGlvbmQCBQ9kFgJmDxUES
C9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvSW52YXNpdmUtQ2FyZGlvdmFzY3VsYXItVGVVcGdlbuZy1hbmQtSW50ZX
J2ZW50aW9uLWAFX3NlbGYCG0aW9uYQCQ2FyZGlvdmFzY3VsYXItVGVyYXRpb250WAFX3NlbGYCC2Q2CBg+kFgJmDxUENC9BVkgvU3B
lY2lhbHRpZXMvSGVhcnQvQ3VUdUdudZaXZl1LUNhcmRpYWMtVGVGdGluZy8ABV9zZWxmEi5vbi1JbnZhc2l2
ZSBDYXJkaWFjIFRlc3RpbmdkAgcPZBYCZg8VBCMvQVZIL1NwZWNpYWx0aWVzL0hlYXJ0L0hlYXJ0LXN1cmdlcnkt
wAFX3NlbGYLSGVhcnQgU3VyZ2VyeWQCCA9kFgJmDxUENC9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvT3Blbi1IZW
Fjay1SaXNrrLwAFX3NlbGYeSGVhcnQgQXR0YWNrIFNpZ25zIChJbXA7c25IYZpc2AIGD2QWAmYPFQQkL0FWSC9
TcGVjaWFsdGllcy9EaWFnbm9zdGljL1UltYWdpbmcvAAVfc2VsZgdJbWFnaW5nZAIHD2QWAmYPFQQhL0FWSC9T
cGVjaWFsdGllcy9JbmZ1c2lvbi1DZW50ZXIvAAVfc2VsZg9JbmZ1c2lvbiBDZW50ZXJkAgIPZBYCZg8VBCovQ
VZIL1NwZWNpYWx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS8ABV9zZWxmEludGVydmVudGlvbmFsIF
JhZGlvbG9neWQCAQ9kFgJmDw8WBB8CZx8DAgJkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXI
tMyI+
ZAIDD2QWDGYPZBYCZg8VBEwvQVZIL1NwZWNpYWx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlc
nZlbnRpb25hbC1SYWRpb2xvZ3ktZXhwZXJpZW5jZXMvAAVfc2VsZm5JbnRlcnZlbnRpb25hbCBSYWRpb2xvZ3ktRX
ZIL1NwZWNpYWx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlcmlzbnRpb25hbC1SYWRpb2xvZ3ktR
zdHMvAAVfc2VsZg9PdklgU3BlY2lhbGzdHNkAgkPZBYEZg8VBCMvQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNh
cmUtQ2VudGVyL0Fib3V0LUF2aXN0YS1zLUpvaW50LUNhcmUtQ2VudGVyLwAFX3NlbGYkQWJvdXQgQXZpc3RhJiM
zOTtzIEpvaW50IENhcmUgQ2VudGVyZAIBD2QWAmYPFQQuL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIv
V2hhdC10by1leHBlY3QtLwAFX3NlbGYoV2hhdCB0byBFeHBlY3RkAgIPZBYCZg8VBDUvQVZIL1NwZWNpYWx0a
WVzL0pvaW50LUNlbnRlci9GYWN0cy1hYm91dC1qb2ludC1wYWluLwAFX3NlbGYWRmFjdHMgQm9web
QgUGFpbmQCAw9kFgJmDxUEMy9BVkgvU3BlY2lhbHRpZXMvSm9pbnQtQ2VudGVyL1JlbGllbmlluZy1qb2ludC1
wYWluLwAFX3NlbGYUUmVsaWV2aW5nIEpvaW50IFBhaW5kAgQPZBYCZg8VBD8vQVZIL1NwZWNpYWx0aWVzL0pvaW
aW50LUNlbnRlci9Kb2ludC1SZXBsYWNlbWVudC1NaXNjb25jZXB0aW9ucy8ABV9zZWxmIEpvaW50IFJlcGxhY
2VtZW50IE1pc2NvbmNlcHRpb25zZAIFD2QWAmYPFQQ6L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm
9pbnQtUGh5c2lqaWFuLUNvbWZWawxpbmcvAAVfc2VsZhBKb2ludCBQaHlzaWNpYW5zZAIFD2QWAmYPFQQ4L0FWSC9
TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvQ29udGFjdC1Kb2ludC1DYXJlLUNlbnRlRl
ci8ABV9zZWxmHUNvbnRhY3QgdGhlIEpvaW50IENhcmUgQ2VudGVyZAIKD2QWAmYPFQQsL0FWSC9TcGVjaWFsdG
Gllcy9MYWJvcmF0b3J5LVNlcnZpY2VzLwAFX3NlbGYITGFiZAILD2QWAmYPFQQgL0FWSC9TcGVjaWFsdGllcy
9SZWhhYmlsaXRhdGlvbi8ABV9zZWxmDlJlaGFiaWxpdGF0aW9uZAMBD2QWBGYPFQQkL0FWSC9TcGVjaWFsdGl
lcy9TcGluZS1DYXJlL1VByb2dyYW0vAAVfc2VsZgxTcGluZSBDZW50ZXJkAgEPZBYCZg8PFgQfAmcfAwIGZBYC
Zg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQ2AQWAmYPFgxmD2QWAmYPFQQ/
L0FWSC9TcGVjaWFsdGllcy9TcGluZS1DZW50ZXIvQWJvdXQtQXZpc3RhLXMtU3BpbmUtQ2FyZS1DZW50ZXIvA
AVfc2VsZiRBYm91dCBBdmlzdGEmIzM5O3MgU3BpbmUgQ2FyZSBDZW50ZXJkAgEPZBYCZg8VBDgvQVZIL1NwZW
NpYWx0aWVzL1NwaW5lLUNlbnRlci9Ub3RhbC1DYXJlLWZvci1Zb3VyLVNwaW5lLwAFX3NlbGYGV2l0YWwgQ2F
yZSBmb3IgWW91ciBTcGluZWQCAg9kFgJmDxUELi9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2VudGVyL1N1cmdp
Y2FsLVN1aXRlcy8ABV9zZWxmD1N1cmdpY2FsIFN1aXRlcQ2Aw9kFgJmDxUEOi9BVkgvU3BlY2lhbHRpZXMvU

6237... 3Bpbmu0g8VudcVylI1wmaW91rEwBoeXNpY21Ib11TcGVjaWFsaWNc98AbV9zzWxmeIhwdW51prBoeXNpY2lhbi
... BTcGVjaWFsaWNsc2QCBA9kFgJmDxUEXGh0dHBzOi8vcmVnLmFiY3NpZ251cC5jb20vdmlldy92aWV3X21vbnR
... oLmFzcHg/
... YXM9MjgmYW1wO3dwPTExNiZhbXA7YWlkPUNFTlRVUkEmYW1wO3NhdDE9Mjk0AAdfcGFyZW50X0ZyYWUgU3Bpb
... mUgU2VtaW5hcnNkAgUPZBYCZg8VBCkvQVZIL1NwZWNpYWx0aWVzL1NwaW51LUNlbnRlci9Db250YW50LVVzLw
... AFX3NlbGYKQ29udGFjdCBVc2QCDQ9kFgJmDxUEIi9BVkgvU3BlY2lhbHRpZXMvU3VyZ2VyeS1TZXJ2aWNly8
... ABV9zzWxmB1Nlcmdlcnlkag4PZBYCZg8VBBgvYXZoL3NwZWNpYWx0aWVzL3Nl0cm9zZS8ABV9zzWxmBlN0cm9r
... ZWQCAQ9kFgJmDw8WBB8CZx8DAgNkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
... ZAIDD2QWBmYPZBYCZg8VBCVCUvQVZIL1NwZWNpYWx0aWVzL1N0cm9rZS9TdHJva2UtU2lnbnMvAAVfc2VzZhRTd
... HJva2UgV2FybluZyBTaWduc2QCAQ9kFgJmDxUEKS9BVkgvU3BlY2lhbHRpZXMvU3Ryb2tlL1N0cm9rZS1Ucm
... VhdGllbnQvAAVfc2VzZhBTdHJva2UgVHJlYXRtZW50ZAICD2QWAmYPFQQsL0FWSC9TcGVjaWFsdGllcy9TdHJ
... va2UvU3Ryb2tlLVByZXZlbnRpb24vAAVfc2VzZhFTdHJva2UgUHJldmVudGlvbmQyCAQ9kFgRmDxUEGy9Gb3It
... UGF0aWVudHMtYW5kLUZhbWlsaWVzLwAFX3NlbGYbRm9yIFBhdGllbnRzICZhbXA7IEZhbWlsaWVzZAIBD2QWA
... mYPDxYEHwJnHwMCC2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0yIj5kAgMPZBYZg9kFg
... JmDxUEDCNQcmVSSZWdNb2RhbAAFX3NlbGYYUGF0aWVudCBQcmUtUmVnaXN0cmF0aW9uZAIBD2QWBGYPFQQ3L0F
... WSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtLS1WaXNpdG9yLUdlaWRlL1NlbGYhbUGUF0
... aWVudCAmYW1wOyBWaXNpdG9yIEluZm9ybWF0aW9uAAIBD2QWAmYPZBYEHwJnHwMCCGQWAmYPZBYEAgEPFgIfA
... AUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYZQg9kFgJmDxUEVS9BVkgvRm9yLVBhdGllbnRzLWFuZC
... 1GYWlpbGllcy9QYXRpZW50L1dWFuZC1WaXNpdG9yLUluZm9ybWF0aW9uL0NoZWNraW4tSW5uZWUtUWVudCE
... ABV9zzWxmFUNoZWNraW5nIG9uIGEgUGF0aWVudABV9zzWxmDFdoYXQgdG8gUGFja2QCAQ9kFgJmDxUENy9BVkgvRm9
... yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9QYXRpZW50LUdlbmVyYWwtSW5mb3JtYXRpb24tZAICD2QWAmYPFQQ4L0F
... WSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtR2VuZXJhbC1JbmZvcm1hdGlvbi9BaWxsSW5m
... mlzaXRpbmccgSG91cnNkAgIPZBYCZg8VBFYvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC
... 1hbmQtVmlzaXRvci1JbmZvcm1hdGlvbi9HYXJkZW4tVGVycmFjZS1DYWZlZAICD2QWAmYPZBYEHwJnHwMCBmdef
... lcnJhY2UgJmFtcDsgQXRyaXVtIEVhdGVyeSEABV9zzWxmEkRvY3VtZW5udcyBvbyBCcmluluZ2QCBW9kFgJmD2QW
... AIED2QWAmYPFQReL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtVW5kZXJzdGFuZGluZy
... 1wZW9ybnWF0aW9uL1doYXQtdG8tQ2hhcmdlAgNkFgJmDxUEc3Q1lWZXJzdGFuZGluZy1tZWRpY2FsLWluZm9ybWF0
... aW1wbGlsbnBRtZW1cmF0aW9uL0Xi40AIED2QWAmYPFQQc8L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL
... 5mb3JtYXRpb24vUGxhbm5pbmctYW1lYWwtc2hlcmJhY2VsZWFsZWF2ZWQ2QWAmYPZBYEHwJnHwMCBmR
... AImmlzaXRpbmcgLUlFb2N1bWVudHMEW91LXNob3VsZC1icmlu5y8ABV9zzWxmEkRvY3VtZW50cyB0byBCcmmluZ
... 2QCBg9kFgJmDxUETC9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9QYXRpZW50LUFuZC1WaXNpdG9yLyUl
... luZm9ybWF0aW9uL1doYXQtdG8tCGFjay8ABV9zzWxmDFdoYXQgdG8gUGFja2QCBg9kFgJmDxUENy9BVkgvRm9y
... LVBhdGllbnRzLWFuZC1GYWlpbGllcy9QYXRpZW50LyUlluZm9ybWF0aW9uL1doYXQtdG8tCGFjazh4dHBzOi8vL
... UmVjb3JkcyBSZXF1ZXN0AICD2QWBGYPFQQ9L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpd
... HVhbC1DYXJlL1NwaXJpdHVhbC1DYXJlL1LwAFX3NlbGYOU3Bpcm10dWFsIENhcmVkAgEPZBYCZg8PFgQfAmcfAw
... IEZBYCZg9kFgQCAQ8WAh8BABRc8dWgY2xhc3M9Im5hdi10aWVyLTMiMiPmQCAw8kFgRmDxUEbC9BVkgvRm9yS
... Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL0hlYXNpbmctdG9yb3JlZWxmZWxmEDhl
... YWxpbmcgQXJ0c2QCAQ9kFgJmDxUEPS9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9TcGlyaXR1YWwtQ
... 2FyZS9MaWdodC1hbLUNhbmRsZS9zZ8ABV9zzWxmDkxpZ2h0IGEgQ2FuZGxlAICD2QWAmYPFQRfL0FWSC9Gb3ItUG
... F0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL1Rlbi1yZWF0aW9uLWEtzXlkoeS15b3UtbW1haHQd2f
... udC10by1zZWUtYtS1jaGFwbGFpbi8ABV9zzWxmEldoeSBTZWUgYSBDaGFwbGFpbmQCAw9kFgJmDxUEQi9BVkgv
... Rm9yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9QYTcGlyaXR1YWwtQ2FyZS9VbmRlcnN0YW5kaW5nLWdyaWVmLwAFX
... 3NlbGYTVW5kZXJzdGFuZGluZyBHcmllZmQCAw9kFgRmDxUEIC9AVk5nLWFuZC1GaW5hbmNpYWwtU2Vydm
... ljZXMvAAVfc2VzZiBCaWxsaW5nICZhbXA7IEZpbmFuY2lhbCBTZXJ2aWNlc2QCAQ9kFgJmD2QW8WBB8CZx8DAgz
... kFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
... ZAIDD2QWDGYPZBYCZg8VBBMvSG93L1UJpbGxpbmctV29ya3MvAAVfc2VzZhFIb3cgQmlsbGluZyBXb3Jrc2QCA
... Q9kFgJmDxUEEi9Ib3NwaXRhbC1CaWxsaW5tLwAFX3NlbGYQSG9zcGl0YWwgQmlsbGluZ2QCAg9kFgJmDxUEES
... 9PbmxpbmUtQmlsbC1QYXkvAAVfc2VzZg9PbmxpbmUgQmlsbCBQYXlkAgMPZBYCZg8VBBAvRmluYW5jaWFLSUh
... lbHAvAAVfc2VzZjGaW5hbm5pYWwgQXNzaXN0YW5jZQICD2QWAmYPFQRfL0FWSC9CaWxsaW5nLWFuZC1
... bnNkAgQPZBYCZg8VBBQvVW5pbmN1cmVkLVBhdGllbnRzLwAFX3NlbGYSVW5pbmN1cmVkIFBhdGllbnRzAIFD
... 2QWAmYPFQQNL0Zvci1TZW5pb3JzLWAFX3NlbGYLRm9yIFNlbmlvcnNkAgQPZBYEZg8VBCMvRm9yLVBhdGllbgn
... RzLWFuZC1GYWlpbGllcy9QcmljaW5nLWAFX3NlbGYHUHJpY2luZ2QCAQ9kFgJmDw8WBB8CZx8DAgNkFgJmD2Q
... WBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
... ZAIDD2QWBmYPZBYCZg8VBD8vRm9yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9QcmljaW5nLVNlcnZpY2VzLwAFX3N
... lBeTViNFDWFxhGBZxLUaRYGDYaTWMZAUDYvYXWZIGBZJUYe9BYA2DAWGFJGGGREwYYTDG9WYZYDW9ZhA9
... 21tb24tUHJvY2VkdXJlcy8ABV9zzWxmG0NvC3RzIGZvciBDb21tb24gUHJvY2VkdXJlc2QCAQ9kFgJmDxUEOi
... 9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaWNpbmcvUmVkdWNvZC1hLUN1c3RvbSRdW90ZS8ABV9zzWx
... mFlJlcXVlc3QgYSBBdXN0b20tQ2dUVVvKdGVkAgIPZBYCZg8VBBEgvRm9yLVBhdGllbnRzLWFuZC1GYWlpbGllcy9Q
... cmljaW5lbL1Jlc291cmNlbmcylmb3IItUGF0aWVudHMtYW5kLUVvycy8ABV9zzWxmZFJlc291cmNlcyBmb
... 3IgUGF0aWVudHMgYW5kIENvbbnNlbwYc2QCBQ9kFgJmDxUEHC9RdWFsaXR5LVNlcnZpY2UtYtS1YW5kLVNhZmV0eS8
... 8ABV9zzWxmHVF1YWxpdHksIFNlcnZpcY2UgJmFtcDsgU2FmZXR5ZAIBD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBY
... EAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYIZg9kFgJmDxUEEC9PdXItQ29tbWl0bWVu
... dC8ABV9zzWxmDk91ciBDb21taXRtZW50ZAIBD2QWAmYPFQQSL0hvc3BpdGFsLXYh/dGluZ3MvAAVfc2VzZhRInN
... 3NwaXRhbCBSYXRpbmdzZAICD2QWAmYPFQQTL0hvbWUtQ2FyZS1SYXRpbmdzLwAFX3NlbGYRSG9tZSBDYXJlIF
... JhdGluZz3NkAgMPZBYCZg8VBCkvQ29tcG9uZW50cy9UZW1wbGF0ZXMvUHJvdmlkZXJzLXJ2mXVlbyAIZWVyGV
... uLXBoeXNpY21hbl1maW5kaXIvX3NlbGYQ29tcG9uZW50ZVmXVlbyBQcvQWR2YW5jZW4gUGh5c21jamFuZXJ
... Y3RpdmVrZWxmlbTS1jbG9tY1mb3JtYXQtkCZSBEaXXJlY3RpcmV2zAIBD2QWAmYPZBYEHwJnHwMCAWQWAmYPZBYEAgEPF
... gIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgRmDxUEFS9JbXBvcnRhbnQtUXVlc3Rpb2
... 5zLwAFX3NlbGYTSW1wb3J0YW50IFF1ZXN0aW9uc2QCAQ9kFgRmDxUEUEFi1MSU5LUy9
... ABV9zzWxmFENlbnRlcmgSGVhbHHRoIExJTktTZAIBD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBYEAgEPFgIfAAUX

6237... PHVsIGNsYXNzPSJvYWVldGcHQgZi9jXkAgMpBYZg9jkFgUmDxUEKy9BzW56GEkznbDhQVWoeaC1CZW5lZml0c
... y1DaGVja3VwLUNvbG9yYWRvLS8ABV9zZWxmGUJlbmVmaXRzIENoZWNrdXAg229sb3JhZG9kAgEPZBYZCg8VBC
... svQ2VudHVyYS5lIZWFsdGgtTWVkaWNhcmUtUGFydC1ELUFzc2lzdGFuY2UvAAVfc2VszhpNZWRpY2FyZSBQYXJ
... 0IEQgQXNzaXN0YW5jZWQCAg9kFgJmDxUEHy9DZW50dXJhLUhlYWx0aC1SWC1Bc3Npc3RhbmNlLS8ABV9zZWxm
... CVJYIEFzc2lzdGQCAw9kFgJmDxUENC9DZW50dXJhLUhlYWx0aC1TSE1QLVN0YXRlLUhlYWx0aC1JbnN1cmFuY
... 2UtUHJvZ3JhbS8ABV9zZWxmG1N0YXRlIEhlYWx0aCBJbnN1cmFuY2UgUGxhbmQCCA9kFgJmDxUEES9NeUNlbn
... R1cmFIZWFsdGgvAAVfc2VsZg9NeUNlbnR1cmFIZWFsdGdhkAgkPZBYEZg8VBC0vUGF0aWVudC1CaWxsLW9mLVJ
... pZ2h0cy1hbmQtUmVzcG9uc2liaWxpdGGllcy8ABV9zZWxmLVBhdGllbnQgQmlsbCBvZiBSaWdodHMgJmFtcDsg
... UmVzcG9uc2liaWxpdGllc2QCAQ9kFgJmDw8WBB8CZx8DAgJkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ib
... mF2LXRpZXItMyI+
... ZAIDD2QWBGYPZBYZCg8VBDkvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1HcmllbmFyY
... 2UtUHJvY2Vzcy8ABV9zZWxmGVBhdGllbnQgR3JpZXZhbmNlIFByb2Nlc3NkAgEPZBYZCg8VBDcvQVZIL0Zvci
... 1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1SZXByZXNlbnRhdGl2ZXMvAAVfc2VszhdQYXRpZW50IFJ
... lcHJlc2VudGF0aXZlc2QCCg9kFgJmDxUELS9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaXZhY3ktUHJh
... Y3RpY2VzLwAFX3NlbGYRUHJpdmFjeSBQcmFjdGljZXNkAggPZBYEZg8VBCA4vQVZIL0Fib3V0LVVzLwAFX3Nlb
... GYIQWJvdXQgVXNkAgEPZBYZCg8VBCZvAg9zQWXhkAgMPZBYZCg9kFgQCAQ9kFgJmD2QWAh8Abc8dWwg72xhc3M9Im5hdi10aW
... VyLTIiPmQCAw9kFgxmDxUEPZBYZCg8V4vQVZIL0Zvci1hdGCwhwaXIy2xhc3M9M3bmFhdGlvbi1
... ABV9zZWxmGkF2aXN0YSBIb3NwaXRhbCBCGb3VuZGF0aW9uZAIBD2QWAmYPDxYEHwJnHwMCCGQWAmYPZBYEAgEP
... FgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYZCg9kFgJmDxUEKS9BVkgvQWJvdXQtVmlwdGVm91b
... mRhdGlvbi9NYWtlLWEtRG9uYXRpb24FX3NlbGYIGEgRG9uYXRpb25kAgEPZBYZCg8VBCgvQVZIL0Zvci
... Fib3V0LVVzL0ZvdW5kYXRpb24FX3NlbGYGUdhbm9uZGF0aW9uZAIBD2QWAmYPDxYEHwJnHwMCCGQWAmYPZBYE
... mDxUELS9BVkgvQWJvdXQtVm9mX3RpbmRhdGlvbi9Qcm9ncmFtcy1kXTdXXbwb3J0dC2QCBQ9kFgJmDxUEKi9BVkg
... vQWJvdXQtQVNmX3RpbmRhdGlvbi9Gb3VuZGF0aW9uLUV2ZW50cy1mZ2FsYFFsYFFsaW5IZFuZ2c2QCAg9kFgJ
... Bg9kFgJmDxUEKi9BVkgvQWJvdXQtVm9mX3RpbmRhdGlvbi9Gb3VuZGF0aW9uLUUVJXkLwAFX3NlbGYQZWN1b
... mRhdGlvbiBCb2FyZGQCBw9kFgJmDxUELC9BVkgvQWJvdXQtVm9mX3RpbmRhdGlvbi9Db250YWN0LUZvdW5kYX
... Rpb24vRm91bmRhdGlvbi1FdmVudHMvAAVfc2VszhFGb3VuZGF0aW9uIEV2ZW50c2QCBQ9kFgJmDxUEKi9AVZhlt
... Bd2FyZHMgJmFtcDsgQWNjvWxhZGVzIGZvcidhYXbmQJDRU5UVVJBAAVfc2VzICZhbGF4IEV2ZW50c2QCAQ
... LUFzaXN0YW5jZS1mZWFsdGgtTWVkaWNhcmUtUGFydC1ELUFzc2lzdGFuY2UvAAVfc2VhpNZWRpY2FyZSBQx
... WwgYZxhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdG
... 9zcGl0YWwvAAVfc2VzhJPdXIgR3JlZW4gSG9zcGl0YWwxkaMPZBYZCg8VBBkvQVZIL0Fib3V0LVVzL0xlYWR
... lcnNoaXAvAAVfc2VzgpMZWFkZXJzaGlwZAIDD2QWBGYPZBYZG1yL0fuYXaGlwZAIPZZg8VBYkvQVdL0xlYWd
... dWVzLwAFX3NlbGYHTWlzc2lvbmQCAQ9kFgJmDw8WBB8CZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzc
... z0ibmF2LXRpZXItMyI+
... ZAIDD2QWCGYPZBYZCg8VBCIvQVZIL0Fib3V0LVVzL01pc3Npb24vT3VyLVNwb25zb3IvAAVfc2VszgtPdXIgU
... 3BvbnNvcmQCAQ9kFgJmDxUEHi9BVkgvQWJvdXQtVXMvTWlzc2lvbi9IaXN0b3J5LwAFX3NlbGYHSGlzdG9yeW
... QCAg9kFgJmDxUEMi9BVkgvQWJvdXQtVXMvTWlzc2lvbi9BZHZlbnRpc3QtV2hhdClzLWluLWEtTmFtZS0vAAV
... fc2VszhVXAaGF0JiMzOTtzIGluIGEgTmFtZT9kAgMPZBYZCg8VBDIvQVZIL0Fib3V0LVVzL01pc3Npb24vV2hh
... dC1kby1BZHZlbnRpc3RzLWJlbGlldmUtLwAFX3NlbGYXV2hhdCBEb2EIbnQtlbnRpc3RzIEJlbGlldmWkAgUPZBYZ
... g8VBBUvQ2VudHVyYS1IZWFsdGgtMjA8BV9zZWxmE0NlbnR1cmEgSGVhbHRoIDIwMjBkAgMPZBYZCg8VBA
... 8vQVZIL0NvbWllbml0eS8ABV9zZWxmCUNvbW11bml0eWQCAQ9kFgJmDw8WBB8CZx8DAgRkFgJmD2QWBAIBDxY
... CHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
... ZAIDD2QWCGYPZBYE2g8VBE9odHRwczovL3Jl1Zy5hYmNzaWdudXAuY29tL3ZpZXcvmlld19tb250b250aC5hc3B4P
... 2FzPTI4JmFtcDt3cD0xMTYmYWlwO2FpZD1DRU5UVVJBAAVfc2VszhRDbGFzc2VzIC2hbbAY1EV2ZW50c2QCAQ
... 9kFgRmDxUEGy9BVkgvQ29tbXVuaXR5L0dpdmluZy1CYWNrYLwAFX3NlbGYLR2l2aW5nIEJhY2tkAgEPZBYZCg8
... PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8ABRc8dWwgYzxhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYP
... FQQZL0FWSC9Db21tdW5pdHkvVm9sdW50ZWVyLwAFX3NlbGYJVm9sdW50ZWVyZAIPZZWFFQQcL0FWSC9Db
... 21tdW5pdHkvU29jaaWFsLUl1ZGlhLwAFX3NlbGYMU29jaaWFsIEllZGlhZAIDD2QWAmYPFQQhL0FWSC9Db21tdW
... 5pdHkvQ29tbXVuaXR5LUJlbmVmaXQvAAVfc2VszhFDb21tdW5pdHkgQmVuZWZpdGQCBA9kFgRmDxUEGS9BVkg
... vSGVhbHRoLWFuZC1XZWxsbmVzcy8ABV9zZWxmFUhlYWx0aCAmYW1wOyBXZWxsbmVzc2QCAQ9kFgJmDw8WBB8C
... Zx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
... ZAIDD2QWCGYPZBYEZg8VBBAvSGVhbHRoLUxpYnJhcmkvAAVfc2Vszg5IZWFsdGggTGlicmFyeWQCAQ9kFgJmD
... w8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
... ZAIDD2QWAmYPZBYZCg8VBA0vRWJvbGEtVmlydXMvAAVfc2VszhdFYm9sYSBWaXJ1cyBJbmZvcm1hdGlvbmQCA
... Q9kFgJmDxUEGy9DYWZlLV2VsbC0vAAVfc2VszglDYWbDqVdlbGxkAgIPZBYZCg8VBA0vaVRyaWFnZS1BcHAvAA
... Vfc2VszgtpVHJpYWdlIEFwcGQCAw9kFgRmDxUEJC9IZWFsdGgtQW5kLVdlbGxuZXNzL0hlYWx0aHktSGFiaXR
... zLwAFX3NlbGYOSGVhbHRoeSBIYWJpdHNkAgEPZBYZCg8PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8ABRc8dWwg
... Y2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQL0V4ZXJjaXNlL0SABV9zZWxmCEV4ZXJjaXNlZ
... AIBD2QWAmYPFQQML051dHJpdGlvbi9udHJpdGlvbgAFX3NlbGYKTnV0cml0aW9uZAIDD2QWAmYPFQQhL0V4ZX
... Jmc2VHRoeSBCBQcmV2ZW50aW9uL1Jvc2F5dZAIFD2QWAmYPFQQkL0FWSC9BdmllZGGtQWR2ZW50aXN0LUh1YW
... U5ld3MvAAVfc2VszgROZXdzZAIFD2QWBgICDxQrAAIPFgQfAmcfAwIJZGQWEmYPZBYCAgMPFgIfAAU3PGEgaH
... JlZ1odHRwOi8vd3d3lLmNlbnR1b3JjM2h2bWVuPnRkLnLbnR1cmEgSGVhbHRoRoPC9hPmQCAQ9kFgQCAQ8WAh8
... EaGQCAw8WAh8ABU08YSBocmVmPWh0dHA6Ly93d3cuYXXZpc3RhRaG9zcGl0YWWub3JnLn1JnL2F2aC5Bdmlz
... dGEgQWR2ZW50aXN0IEhvdc3BpdGFsPC9hPmQCAg9kFgQCAQ8WAh8ABAVY8YSBocmVmPWh0dHA6L

6237...

... y93d3cuUm9tZkFhY2x2Z2daG9zczGl0YWwuUGUm9yY1BxaWhEb2Yg1MVtB3JphWgR35h0nUgyQZ91bnR5IEhvc3BpdGFsPC9hPmPQCAw9kFgQCAQ8WAh8EaGQCAw8WAh8ABUw8YSBocmVmPWh0dHA6Ly93d3cuY2FzdGxcm9ja2vc3BpdGFsSm9yY5DYXN0bGUgUm9jjayBBZHIlbnRpcc3QgSG9zcGl0YWw8L2E+

ZAIED2QWBAIBDxYCHwRoZAIDDxYCHwAFSzxhIGhyZWY9aHR0cDovL3d3dy5teWxpdGFsSm9yY2Zs...m9yZz5MaXR0bGV0b24gQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmPQCBQ9kFgQCAQ8WAh8EaGQCAw8WAh8ABT08YSBocmVmPWh0dHA6Ly93d3cubHVoY2FyZXMub3JnL2Mb25nbW9ud0ZWQgSG9zcGl0YWw8L2E+

ZAIGD2QWBAIBDxYCHwRoZAIDDxYCHwAFRTxhIGhyZWY9aHR0cDovL3d3dy5tZXJjeWR1cmFuZ28ub3JnPk11c...mN5IFJlZZlvbmFsSIE11ZGljYWwgQ2VudGVyPC9hPmPQCBw9kFgQCAQ8WAh8EaGQCAw8WAh8ABT88YSBocmVmPWh0dHA6Ly93d3cub3J0aG9jb3Jvcm9Fkby5vcmc+

T3J0aG9Db2xvcmFkbyBIb3NwaXRhbDwvYT5kAgQPZBYEAgEPFgIfBGhkAgMPFgIfAAVDPGEgaHJlZj1odHRwOi8vd3d3LnBhcmtlcmhvc3BpdGFsSm9yZz5QYXJrZXIgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmPQCBA8UKwACDxYEHwJnHwMCCGRkFhBmD2QWAgIBDxYCHwAFTzxhIGhyZWY9aHR0cDovL3d3dy5wZW5yb3Nlc3RmcmFuY2lzLm9yZz5QZW5yb3NlLVN0LiBGcmFuY2lzIEhlYWx0aCBTZXJ2aWNlczwvYT5kAgQEPZBYCAgEPFgIfAAVDPGEgaHJlZj1odHRwOi8vd3d3LnBvcnRlcmhvc3BpdGFsSm9yZz5Qb3J0ZXIgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmPQCAg9kFgICAQ8WAh8ABT08YSBocmVmPWh0dHA6Ly93d3cuc3RhbnRob255c255c

U3QuIEFudGhvbnlHb3NwaXRhbDwvYWw8L2E+

ZAIDD2QWAgIBDxYCHwAFVTxhIGhyZWY9aHR0cDovL3d3dy5zdGFudGhvbnlub3J0aGGl0YWx0aGNhbXB1cy5vcmc+

U3QuIEFudGhvbnkgTm9ydGggSGVhbHRoIENhbXB1czwvYT5kAgQPZBYCAgEPFgIfAAVDPGEgaHJlZj1odHRwOi8vd3d3LnN1bWW1pdGGl1ZGljYWxjZW50ZXIub3JnPlN0LiBBbnRob255IFN1bW1pdCBNZWRpY2FsIENlbnRlcm1jwvYT5kAgQPZBYCAgEPFgIfAAVDPGEgaHJlZj1odHRwOi8vd3d3LnN0bWF5c2hvc3BpdGFsSm9yZz5TdC4gQ2F0aGVyaW5lJ3MgSG9zcGl0YWw8L2E+

U3QuIElhcnktdQ29yd2luIEllZGljYWwgQ2VudGVyPC9hPmPQCBw9kFgIfCAQ8WAh8ABUE8YSBocmVmPWh0dHA6Ly93d3cuc3RjjYXRoZXJpbmVzaG9zcGl0YWwuUm9yZz5TdC4gVGhvbWFzIEl1vcmU8L2E+

6237...

VzICznBxR7iEV2zVs9Dz2QCAg9kFgJmbxUCUYDBVkgvQ29tbXVuaXR5bgpdhmzy9cYWnfbwcHaXzpbmcgQmF
ja2QCAw9kFgJmDxUCHC9BVkgvQ29tbXVuaXR51NvY21hbC1NZWRpYS8MU29jaWFsI1lZGlhZAIED2QWAmYP
FQThL0FWSC9Db21tdW5pdHkvQ29tbXVuaXR5LUJlbmVmaXQvEUNvbW11bml0eSBCZW5lZml0ZAIFD2QWBGYPF
QUYQVZIL0hlYWx0aC1hbmQtV2VsbG5lc3MvD2Ryb3Bkb3duLXRvZ2dsZQhkcm9wZG93bhVIZWFsdGggJmFtcD
sgV2VsbG5lc3MVPGIgY2xhc3M9ImNhcmVtV0Ij48L2I+
ZAIBDxQrAAIPFgQfAmcfAwIGZGQWAmYPZBYMAgEP2BYCZg8VAhAvSGVhbHRoLUxpYnJhcnkvDkhlYWx0aCBMa
WJyYXJ5ZAICD2QWAmYPFQILL0hZmVXZWxsLS8JQ2Fmw6lXZWxsZAIDD2QWAmYPFQINL2lUcmlhZ2UtQXBwLLw
tpVHJpYWdlIEFwcGQCBA9kFgJmDxUCJC9IZWFsdGdtQW5kLVdlbGxuZXNzL0hlYWx0aHktSGFiaXRzLw5IZWF
sdGh5IEhhYml0c2QCBQ9kFgJmDxUCKi9IZWFsdGdtQW5kLVdlbGxuZXNzL1NlYXNvbmFsLUluZm9ybWF0aW9u
LxRTZWFzb25hbCBJbmZvcm1hdGlvbmQCBg9kFgJmDxUCKS9BVkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9GYWxsL
VByZXZlbnRpb24vHUJhbGFuY2UgJmFtcDsgRmFsbCBQcmV2ZW50aW9ua2AIGD2QWBGYPFQUjQVZIL0F2aXN0YS
lBZHlbnRpc3QtSG9zcGl0YWwtTmV3cy9AAAROZXdzaGQCAQ8UKwACDxYEHwJnHwNmZGRkAgcPZBYGAgMPZBY
CZg9kFgRmD2QWAgIDD2QWAmYPZBYCAgEPFgIeBWNsYXNzBRBkcm9wem9uZSBBQQkNsZWFyZAIBD2QWAgIBD2QW
AmYPZBYCAgEPZBYCAgEPFgIfAwIBFgJmD2QWBmYPFQIIAAGQCAQ8WAh8EaGQCAw8WAh8DAgEWAmYPZBYCAgEPZ
BYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD2QWCAICD2QWAmYPZcYHWRnZBYCAg
EPFgIfAwIEFghmD2QWBAIBDxYEHwYFC2l0ZW0gYWN0aWRoRoFgZmDxUCAAVfc2VsZmQCAQ8PFgFGZBQVGL3V
wbG9hZGVkSW1hZ2VzL1NhbXBsY3N9b250ZW50L0dyb3Bkb3duL0hvbWVfUGFnZS9BdmlzdGEGtbGcuanBnP249
NDE2MB4NQWx0ZXJuYXR1VGV4dAUJQXZpc3RhLUxnZGQCAw9kFgJmDxUBU0F2aXN0YSBBZHlbnRpc3QgSG9zc
Gl0YWwgaXMgYmVjb21pbmcgdGhlIGhvc3BpdGFsIG9mIGNob2ljZSBmb3Igd29tZW4gaW4gQ29s3JhZG8uZA
IDDxYCHwYFC2l0ZW0gYWN0aXZlFgQCAQ8PFgFQBQVGL3VwbG9hZGVkSW1hZ2VzL1NhbXBsZXN9b250ZW50L0d
yYXBoaWNzL0hvbWVfUGFnZS9BdmlzdGEGtbGcuanBnP249NDE2MB8HBQ1BdmlzdGEtTGdkZAIDD2QWAmYPFQFT
QXZpc3RhIEFkdmVudGlzdCBIb3NwaXRhbCBpcyBiZWNvbWluZyB0aGUgaG9zcGl0YWwgb2YgY2hvaWNlIGZvc
iB3b21lbiBpbiBDb2xvcmFkby5kAgEPZBYEAgEPFgIfBgUEaXRlbRYGZg8VAjkvYXZoL3NwZWNpYWwtaWVzL2
JyZWFzdC1jYXJlLWNlbnRlci9icmVhc3Qtc3VyZ2VyeS9FyZS8FX3NlbGZkAgEPDxYEHwIUFWS91cGxvYWR
lZEltYWdlcy9hdmlzdGGFob3NwaXRhbpC9Db250ZW50L0FWSC9Ib211lL0Nhcm91c2Vscy9HZXJsaW5CX5bmFu
X0JyZWFzdFN1cmdlb24auanbnHwcFDkJyZWFzdCBTdXJnZW9uZdGgQCAw9kFgJmDxUBkwEiSeKAmW0geW91ciBicmVhc3Qgc3VyZ2VvbiBmb3IgYSBzaG
9ydCBwZXJpb2Qgb2YgdGltZSwgYnV0IEnigJltIGFsd2F5cyB5b3VyIGFkdm9jYXRLlLOKAnSBEci4gKFZ2Vybl
uZGUgVhluYW4sIEF2aXN0YeKAmXMgZGVkaWNhdGVkIGJyZWFzdCBzdXJnZW9uLiBkAgIPZBYEAgEPFgIfBgUE
aXRlbRYGZg8VAhUvYXZoL2Fib3V0LXVzL2F3YXJkcy8FX3NlbGZkAgEPDxYEHwIUFWZlLI91cGxvYWRlZEltYWdl
y9hdmlzdGEGFob3NwaXRhbpC9Db250ZW50L0FWSC9Ib211L0Nhcm91c2Vscy9BdmlzdGEGtcmV25ENob2ljZS
BBd2FyZCBXZWIgQmFubmVryXcz8HBRtBdmlzdGEgV29tZW4ncyBDaG9pY2UgQXdhcmMkRzAIDD2QWAmY
PFQFbRm9yIHNpeCB5ZWFycyBzdHJhaWdodCwgd29tZW4gaGF2ZSBuYW1lZCBBdmlzdGEgV29tZW4ncyBDaG
9pZGVkSW1hZ2VzL2F2aXN0YS1ob3NwaXRhbC9Db250ZW50L0FWSC9Ib211L0Nhcm91c2Vscy9BdmlzdGEGt
bGmaMgQ2hvaWNlIEF3YXJkIFdlYiBCYW5uZXI5X2gaGF2ZSBuYW1lZCBBdmlzdGEgV29tZW4ncyBDaG9pY2Ugc
11bnMgQ2hvaWNlIEF3YXJkIFdlYiBCYW5uZXJkAgMPDxYEHwIUFWZlLI91cGxvYWRlZEltYWdlcy9hdmlzdG
ExlaGIGtcBA8WAh8EZxvYGAgEPFgIfAAUBMGQCAw8WBh4JaW5uZXJJodGlsBQh2aWV3d3IGFShkN4Hb25jbGlyawU1ZG
9jdWllbnQubQ9jYXRpb24auaHJlZj0nL0FWSC9TcGVjaWFsdGllcy9bWVyZ2VuY3kvJzsfBGdkAgUPDxYKHwA
FFVRlbGwgVXMgWW91J3JlIENvbWluZ4LTmF2aWdhdGVVcmwFRWh0dHBzOi8vd3d3Lml0cmlhZ2VoZWFsdGgu
Y29tL2ZhYjlsaXR5L2EyaXN0YS1hZHIlbmRpc3QtaG9zcGl0YWwtMzcUmMx4GVGFyZ2V0BQZfYmxhbmseBlRvb
2xUaXAFFVRlbGwgVXMgWW91J3JlIENvbWluZ4X8EZ2RkAgYPFgIfBGcWBAIBDxYCHgNzcmMFUWh0dHBzOi8vbW
Fwcy5nb29nbGUuY29tL21hcHM/
bGw9Mzku0TUx0TY5NywtMTA1LjE1MTU4NDkmYW1wO3o9MTAmYW1wO291dHB1dD1lbWJlZGQCAw8WAh4EaHJlZ
gVbL0NvbXBvbmVudHMvVGVtcGxhdGVzGxhdGVzL0RpcmVjdGlvbnMuYXNneD9lbmRhRzGRyZXNzPTEwMCBIZWFsdGggUG
FyayBEci4sLCBMb3Vpc3ZpbGxlICBDTyA4MDAyNi2QCCA8WAh8DAgMWBgIBD2QWAmYPFQQMI1ByZVJlZ01vZGF
sBV9zZWxmGFBhdGlbnQgUHJlLVJlZ21zdHJhdGlvbhQYXRpZW50IFByZS1SZWdpc3RyYXRpb25kAgkPFgIfBYC
Zg8VBCAvQmlsbGluZylhbmQtRmluYW5jaWFlc1NvaWvc2VzIiBCaWxzaW5nIENzbXA7IEZpbmFuY
2lhbCBTZXJ2aWNlcyBCaWxsaW5nICZhbXA7IEZpbmFuY21hbCBTZXJ2aWNlc2QCaw9kFgJmDxUEPS9BVkgvRm
9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ2FyZS9TcGlyaXR1YWwtQ2FyZS8FX3NlbGGYOU3B
pcml0dWFsIENhcmUU3Bpcml0dWFsIENhcmVkAgIPZBYCAgEPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3Rs
MDBfQ29udGVudFBsYWN1SG9sZGVyMV9Ecm9wWm9uZTF2dXhbb2x1bW5EaXNwbGF5X2N0bDAwX3V4Q29udHJvb
ENvbHVtb19jdGGwwMF1eFdpZGdldEldEhvc3RfdXhXaWRnZXRtb3N0X3dpc2dldGdldF9XaWRnZXRFZGl0b3Jw
5jZWxfMF9CdXR0b25kAgEPFCsCAwWnAV9fZG9jb3N0Q0nQmFjaygnY3RsMDAkQ29udGVudFBsYWN1SG9sZGVyMSR
Ecm9wWm9uZTEkdXhbb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtb19jdGwwMCR1eFdpZGdldEhv

6237

c3QkdxHxEwRnzVXiKTb9N09XsdpZcdldCRxaWRnZXRrZc10IbSIkVXHbfW9JzwwHuccnRrtYgZXR1cm4gZmFsc2U7Z
AUGQ2FuY2VsZAIFD2QWAmYPZBYEZg9kFgICAw9kFgJmD2QWAgIBDxYCHwYFEGRyb3B6b251IFBCQ2xlYXJkAg
EPZBYCAgEPZBYCZg9kFgICAQ9WAh8GBQQgcm93FgICAQ8WAh8DAgYWDGYPZBYGZg8VAgAAZAIBDxYCHwRoZAI
DDxYCHwMCAhYCZg9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICAg9kFgJqCIBCg9k
FgJmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGwwMF9yb250ZW50UGxhY2VIb2xkZXIxX0Ryb3Bab25lMl91eENvb
HVtbkRpc3BsYXlfY3RsMDBfdXhhb250ocm9sQ29sdW1uX2N0bDAwX3V4V21kZ2V0OSG9zdF91eFFgdGdldEhvc3
Rfd2lkZ2V0X1dpZGdldEVkaXRvcl9VeENhbmmNlbF8wX0JldHRvbmQCAQ8UWIDBacBX19kb1Bvc3RCRYWNrKCd
jdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhhb250
cm9sQ29sdW1uJGN0bDAwJHV4V21kZ2V0OSG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2V0X1dpZGdldEVkaXRvciRVe
ENhbmNlbCcsJycpO3JdHVybiBmYWxzZTtkBQZDYW5jZWxkAgEPZBYEZg9kFgICAw9ZYXhc3M9J2NvbC1tZC02Jw
BkAgEPFgIfBGhkAgMPFgIfAwIBFgJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2Q
WBGYPZBYCZg9kFgQCAQ8UWAcDxYGHwJnHwMCAx8EZ2RkFgZmD2QWBAIBDxYCHwAFiQE8YSBocmVmPSIvQ29t
cG9uZW50Ocy9XaXJlZnJhbWVzL3BiX3JpZ2h0cmPc5hc3B4P3BhZ2VpZD02NyZpZD0xMDczNzQlNTUxNCIgP
jx0aW1lIGRhdGV0aWl1PSI1LzUvMjAxNiAxMjowMDowMCBBTSI+TWF5IDUsIDIwMTYgMT48L3RpbWU+
PC9hPmQCAw8WAh8ABdUBPGEgaHJlZj0iL0NvbXBvbmVudHMvV2lyZWZyYW1lcy9wYl9yaWdodHJhaWwvYXNwe
D9wYWdlaWQ9NjcmaWQ9MTA3Mzc0NTU1MTQiIDiD5BdmlzdGEgQWRZ2W50aXN0IEhvc3BpdGFsIFJlY2VpdmVzIH
RoZSAyMDE2IFdvbWVu4oCZcyBDaG9pY2UgQXdhcmTCriBhcyBvbmUgb2YgQW1lcmljYWKAmMgMTAwIEJlc3Q
gSG9zcGl0YWxzIGZvciBQYXRpZW50501EV4cGVyaWVuY2U8L2E+
ZAIBD2QWBAIBDxYCHwAFiwE8YSBocmVmPSIvQ29tcG9uZW50cy9XaXJlZnJhbWVzL3BiX3JpZ2h0cmPc5hc
3B4P3BhZ2VpZD02NyZpZD0xMDczNzQlNTUxNCIgPjx0aW1lIGRhdGV0aWl1PSI1LzIwLzIwMTYgMTI6MDA6MD
AgQU0iPkFwciAyMCwgMjAxNjwvdGltZT48L2E+
ZAIDDxYCHwAF1AE8YSBocmVmPSIvQ29tcG9uZW50cy9XaXJlZnJhbWVzL3BiX3JpZ2h0cmPc5hc3B4P3BhZ
2VpZD02NyZpZD0xMDczNzQlNTUxNCIgPkF2aXN0YSBBZHZlbnRpc3QgSG9zcGl0YWwgUmFua2VkIGluIGRoZ
BUb3AgMiBwZXJjZW501G9mIEVsaWdpYmxlIEhvc3BpdGFscyBpbi0aGUgTmF0aW9uIGZvciBPYXRpZW501SFN0IFN
hZmV0eSBhbmQgUGF0aWVudCBFeHBlcmllbmNlPC9hPmQCAw8WAh8ABdsUBPGEgaHJlZj0iL0NvbBBvbmVu
dHMvV2lyZWZyYW1lcy9wYl9yaWdodHJhaWwvYXNweD9wYWdlaWQ9NjcmaWQ9MTA3Mzc0NTQ2ODIiPkFpbiF
GltZSBkYXRldGltZT0iO4N8xNS8yMDE2IDEyOjAwOjAwIEFIFNIj5BcHIgMTUsIDIwMTY8L3RpbWU+
PC9hPmQCAw8WAh8ABaUBPGEgaHJlZj0iL0NvbXBvbmVudHMvV2lyZWZyYW1lcy9wYl9yaWdodHJhaWwvYXNwe
D9wYWdlaWQ9NjcmaWQ9MTA3Mzc0NTQ2ODIiPkFwcmlsIDE1LCAyMDE2PC9hPmQCBA9WAh8ABaEluYX
VndXJhbCBCJbnNwaXJhdGlvbiBpBXb2llbKamXMgV2VsbG5lc3MgTHVuY2hlb248L2E+
ZAICDxYGHwJnHwgFCXJlYWQgbW9yZR8JBT5kb2N1bWVudC5sb2NhdGlvbiE5ocmVmPSCvQVZIL0F2aXN0YS5BZHZlb
nRpc3QtSG9zcGl0YWwtTmV3cy8rbX0tEZ2QCAg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBkAFjdGwwMF
9Db250ZW50UGxhY2VIb2xkZXIxX0Ryb3Bab25lMl91eENvbHVtbkRpc3BsYXlfY3RsMDBfdXhhb250ocm9sQ29s
dW1uX2N0bDAwX3V4V21kZ2V0OSG9zdF91eFFgdGdldEhvc3Rfd2lkZ2V0X1dpZGdldEVkaXRvcjFFVXhhDYW5j
ZWxfMF9CdXR0b25fXAgEPFCSCAwWoAV9fZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREc
m9wWm9uZTTIkdXhhb2x1bW5EaXNwbGF5JGN0bDAxAIHV4Q29udHJvbENvbHVtbiRjdGwwMCR1eFdpZGdld
QkdXhhaWRnZXRIb3N0X3dpZGdldCRCaWRnZXRFZGl0b3IxJVFV4Q2FuY2VsJywnJyk7cmV0dXJuIGZhbHNlO2Q
FBkNhbmNlbGQCAg9kFgJmDxUCESBjbGFzcz0nY29sLW1kLTYnAGQCAQ8WAh8EaGQCAw8WAh8DAgMWBmYPZBYC
AgEPZBYCZg9kFgICAQ9kFgJCAQ8WAh8DAgEWBmYPZBYCZg9kFgJmD2QWAgIEDw8WAh8EZ2RkAgRkAgIPZ
BYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9sZGVyMV9Ecm9wwWm9uZT
JfdXhhDb2x1bW5EaXNwbGF5X2N0bDAyX34VQ29udHJvbENvbHVtbl9jdGwwMF91eFdpZGdldEhvc3Rfd2RhXaWR
nZXRIb3N0X3dpZGdldF9XaWRnZXRFZGl0b3JfdVhhDYW5jZWxfMF9CdXR0b25fXAgEPFCSCAwWoAV9fZG9Qb3N0
QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTTIkdXhhb2x1bW5EaXNwbGF5JGN0bDAyJG
lZAQRwLaW10b254ZXI1cm4gZmFsc2U7ZAUGQ2FuY2VsZAIFD2QWAmYPZBYEZg9kFgICBA9PFgIfBGdkAZAICD2QWAgIGD2QWAmYPZBYCZg9k
FgJmD2QWBGYPZBYCZg9kFgICBA8PFgIfBGdkAZAICD2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPZBYCZg9k
FgJmD2QWBGYPZBYCZg9kFgICBA8PFgIfBGdkAZAICD2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPZBYCZg9k
V9jdGwwMl91eENvbnRyb2Dx2x1bW5fY3RsMDFfdXhhaWRnZXRIb3N0X3V4lkZ2V0SG9zdF93aWRnZXRfV2
lkZ2V0RWRpdG9yX1V4Q2FuY2VsXzFQfQnV0dG9uZAIBDxYCAgMFpwFfX2RvUG9zdEJhY2soJ2N0bDAwJENvbnR
lbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29udHJvbENvbHVtbiRjdGwwMiR1eENvbnRyb2x2x1bW4k
Y3RsMDEkdXhaWRnZXRIb3N0JHV4lkZ2V0SG9zdF93aWRnZXRQXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJywnJ
yk7cmV0dXJuIGZhbHNlO2QFBkNhbmNlbGQCAg9kFgJCAQ9kFgJmD2QWAgIBD2QWAgIEDw8WAh8EZ2RkAgRkAgIPZ
YCZg9kFgRmD2QWAmYPZBYCAgQPDxYCHwRnZGQCAg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGw
wMF9Db250ZW50UGxhY2VIb2xkZXIxX0Ryb3Bab251Ml91eENvbHVtbkRpc3BsYXlfY3RsMDFfdXhhb250ocm9s
mNlbF8yX0JldHRvbmQCAQ8UWIDBacBX19kb1Bvc3RCRYWNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJ
Ryb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDEkdXhhb250cm9sQ29sdW1uJGN0bDAyJHV4V21kZ2V0SG9
zdCR1eFdpZGdldEhvc3Rfd2lkZ2V0JFdpZGdldEVkaXRvciRVeENhbmNlbCcsJycpO3JdHVybiBmYWxzZTtk
BQZDYW5jZWxkAgEPZBYEZg9kFgICBA9PFgIfBGdkAgIPZ2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPZBYCZg9k
gIBD2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWBGYPPFQPAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRlcjFFRHJvcFpvbmU
yX3V4Q29udWl1cGZscGxheV9jdGwwMl91eENvbnRyb2Dx2x1bW5fY3RsMDFfdXhhaWRnZXRIb3N0X3V4lkX
Z2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9yX1V4Q2FuY2VsXzBfQnV0dG9uZAIBDxQ0rAgMFpwFfX2RvUG9zd
EJhY2soJ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29udWl1cGSRjdGwwMy
R1eENvbnRyb2Dx2x1bW4kY3RsMDAkdXhhaWRnZXRIb3N0JHV4lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0RWRW
pdG9yJFV4Q2FuY2VsJywnJyk7cmV0dXJuIGZhbHNlO2QFBkNhbmNlbGQCBA9kFgJmD2QWAgICDw8WAh8EZ2RkAgIPZ2S
LW1kLTYnAGQCAQ8WAh8EaGQCAw8WAh8DAgEWAmYPZBYCAgEPZBYCZg9kFgICAQ9kFgJCAQ9WAgIBD
2QWAmYPZBYEZg9kFgJmD2QWAgICDw8WAh8EZ2RkAgIPZBYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg9VAY8BY3RsM

6237... RsMDBfQ29udGVudFBYWmFrS69b2GVyHVbm9uzTjZfdxHb02XI1bW5zEaANwbEF5X2NU6bAOX3V4Q29udHJ
vbENvbHVtbl9jdGGvwMF9IeFdpZGdldEhvc3RfdXhaWRnZXRIb3N0d3pGdldF9XaWRnZXRFZGl0b3JfVXhD
YW5jYWxfMF9CdXR0b25kAgEPFCsCAwWnAV9fZG9Qb3N0N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMW
SREcm9wWm9uZTIkdXhDb2x1bW5tEaXNwbGF5JGN0bDA0JHV4Q29udHJvbENvbHVtbl9jdGGvwMF9IeFdpZGdldE
hvc3QkdXhaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3JIkVXhDYW5jYWwnLCcnKTtyZXR1cm4gZmFsc2U
7ZAUGQ2FuY2VsZAIFD2QWBmYPFQISIGNsYXNzPSdjb2wtbWQtMTInAGQCAQ8WAh8EaGQCAw8WAh8DZmQCCQ9k
FgJmD2QWBGYPZBYCAgEPFgIfAwIBFgJmD2QWBmYPFQIAAGQCAQ8WAh8EaGQCAw8WAh8DAgQWCGYPZBYCAgEPZBYCZg
9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCZg9kFgRmD2QWBAIBDxYCHwRoZAIIDDxYCHgVzdHlsZQU
NaGVpZ2h0OiAyMHB4O2QCAQ9kFgZmDxAPFgIfAAUQSG9yaXpvbnRhbCBCCmVha2RkZGQCAg8QZGVAGQCAw8P
FgIfAAUEU2F2ZWRkAgEPZBYCZg9kFgJmD2QWAmYPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD
2QWAgICDw8WAh8EZ2RkAgIPZBYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYW
N1SG9sZGVyMV9Ecm9wWm9uZTNfdXhDb2x1bW5EaXNwbGF5X2N0bDA4dXhDb2x1bVhJvbENvbHVtbl9jdGGvwMV9
1eFdpZGdldEhvc3RfdXhaWRnZXRIb3N0X3dpZGdldF9XaWRnZXRFZGl0b3JfVXhDYW5jZWxfMF9CdXR0b25k
AgEPFCsCAwWnAV9fZG9Qb3N0N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMV9Ecm9wWm9uZTMkdXhDb2x1bW5
2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbl9jdGGvwMR1eFdpZGdldEhvc3QkdXhaWRnZXRIb3
N0X3dpZGdldCRXaWRnZXRFZGl0b3JIkVXhDYW5jYWwnLCcnKTtyZXR1cm4gZmFsc2U7ZAUGQ2FuY2VsZAICD2
WAgIBD2QWAmYPZBYCAgEPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCAgEPFgIfAwIBFgJmD2QWBmYPFQISIGNsYXNzPSd
D2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPFQOGPAWN0bDAwX0NvbnRlbnRQbGF jZUhvbGRlcjFfRHJvcFpvb
mUzX3V4Q29sdW1uRGlzcGxheV9jdGGvwMF9IeE1ENvbnRyb2xDb2x1bW5fY3RsMDBfdXhXaWRnZXRIb3N0X3V4V2
lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9yX3V4Q2FuY2VsX0FfQnV0dG9uZ2RkAgQPZGRMGPwWfFX2RvUG9
zdEdlFUiBXYWwl0IFRpbWVzZAIBD2QWAmYPFQQeL0FWSC9TcGVjjaWFsdGGllcy9CaXJ0aXdlbC8tL9DZW50ZXIvAAVfc2Vs
ZgxCaXJ0acBDZW50ZXZ4aQIzPZBYCZg8VBCMvQVZIL0F2aXN0eVBlbnNpO3MUUtG2pvaC8gn0FW5kYc9iKV1LwAF
3NlbGYKSm9pbnQgQ2FyZWQCAw8YFgIfBVByBVzzAIBD2QWAmYPFQQLOFWSC9TcGVjjaWFsdGGllcy9CaXJ0aC1QZW50ZXIv
AAVfc2VsZgxCaXJ0aCBDZW50ZXIkdXhDb2x1bW5EaXNwbGF5X2N0bDA0JHV4Q29udHJvbENvbHVtbl9jd
GGvwMF9ueFdpZGdldEhvc3QkdXhaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3JIkVXhDYW5jYWwnLCcn
KTtyZXR1cm4gZmFsc2U7ZAUGQ2FuY2VsZAICD2WAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGY
PZBYCAgEPFgIfAwIBFgJmD2QWBmYPFQISIGNsYXNzPSdjb2wtbWQtMTInAGQCAQ8WAh8EaGQCAw8WAh8DAgQWCGYPZBYCAgE
PZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCZg9kFgRmD2QWBAIBDxYCHwRoZAIIDDxYCHgVzdHl
sZQUNaGVpZ2h0OiAyMHB4O2QCAQ9kFgZmDxAPFgIfAAUQSG9yaXpvbnRhbCBCcmVha2RkZGQCAg8QZGVAGQCA
w8PFgIfAAUEU2F2ZWRkAgEPZBYCZg9kFgJmD2QWAmYPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmY
PZBYCZg9kFgRmD2QWBAIBDxYCHwRoZAIIDDxYCHgVzdHlsZQUNaGVpZ2h0OiAyMHB4O2QCAQ9kFgZmDxAPFgIf
AAUQSG9yaXpvbnRhbCBCcmVha2RkZGQCAg8QZGVAGQCAw8PFgIfAAUEU2F2ZWRkAgEPZBYCZg9kFgJmD2QWAm
YPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCZg9kFgRmD2QWBAIBDxYCHwRoZAIIDDxYCHg
VzdHlsZQUNaGVpZ2h0OiAyMHB4O2QCAQ9kFgZmDxAPFgIfAAUQSG9yaXpvbnRhbCBCcmVha2RkZGQCAg8QZGV
AGQCAw8PFgIfAAU6PGdzzfldoeSBXZSBBBc2sgWW91ciBaaXXAgQ29kZTwvaDM+PHA+
T3VyIHNlYXJjaaCB0b29scyByZXF1aXJlIGEgemlwIGNvZGUgdG8gbWF0Y2ggdGhlIGxvY2F0aW9uIG5lYXJlc
3QgeW91LjxiciAvPjxiciAvPjwvcD5kAg8PFgIfAAUbUGxlYXNlIHNwZWNpZnkgeW91ciB6aXAgY29kZTwvaD
YCHwAFYUZvciBoaGGvmycHVzaCBdaXJlIHZpZXdpbmcgZXhwZXJpZW5jZSBwbGVhc2UgdXBncmFkZSB5b3VyIGJ
yb3dzZXIgdG8gSW50ZXuZXQgRXhwbG9yZXIgOSBvciBhbYm92ZS5khcPFgIfAGVkZCgFeGN0bDBAwZENvbnRl
bnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMCRIeENvbnRyb2xDb2x1bW5fY3
RsMDEkdXhaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXRQXQkVmlld1NldDA8PGZkKBUFjdGGvwMCRVeVmFByaW

lhcnlOYXNnNb2pbGdUVxHmb2jpbGvOYXYkY3RybDbEkVXHNb2jpbGvOYXzTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDwrAAsAAgtkZGRmAv////

8PZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2TmVjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwNCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkY3RsMDAkRWxhbmRRb25BDN3N0l2N0JHV4VVhTd2l2Y2gPQCAWQFlaFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25l MiRleENvbHVtbkRpc3BsYXkkY3RsMDRsU0UgU3ydCR1eFdpZGdldEhvc3Rfd2lkZ2V0JFV4TGF0ZXN0Tm V3c2xpc33QkdXhOZXdzSXRlbWxpc3RRaWV3J3DxQrAA5kZGRkZGRkFCsAA2RkZAIDZGRkZgL/////

D2QFLmN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4VVhTd2l2Y2gPQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMyRleENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFOqFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiRleENvbHVtbkRpc3BsYXkkY3RsMDNsU0UgU3ydCR1eFdpZGdldEhvc3Rfd2lkZ2V0JFZpdGdldEVkaXRRcvcjRveENhbmNlbCRDcXR0b24pXYNnQnV0dG9uTWFya19XNFK3RybDMkVXhNb2jpbGvOYXzTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDwrAAQAAgRkZGRmAv////

8PZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMiRleENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFleEZpdGdldEhvc3RfcGFyYW0Dc1lpYXQkY3RsMDDZ5aWRnZXRfcGFyYW0JY1lpYXQkY3RsMDRsU0UgU3ydCR1eFdpZGdldEhvc3Rfd2lkZ2V0JFZpdGdldEVkaXRRcvcjRveEJvdHRvbiRlbcmlcmt1cE1lcERZGUPD2RmZAUvJ3RSMDAkQ29udGVudFBsYWNlSG9sZGVyMSRkcm9wem9uZTMkdXhXNFN3aXRjaA8PZAIBZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2TmVjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

D2QFOqFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiRleENvbHVtbkRpc3BsYXkkY3RsMDMkdXhDb250cm9sQ29sdW1uJGN0bDAwJHV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBFBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2TmVjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

D2QFKGN0bDAwJFV4SGVhZGVyJFV4TWljcm9zaXRlRVVud2VudDRuRuYXYYPFCsADmRkZGRkZGQ8KwAJAAIJZGRkZgL/////

D2QFLmN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUxJHV4VVhTd2l2Y2gPQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwNCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwNCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkY3RsMDAkRWxhbmRRb25BDN3N0l2N0JHV4VVhTd2l2Y2gPQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMyRleENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMyRleENvbnRyb2xDb2x1bW4kY3RsMDAkY3RsMDAkRWxhbmRSb25BDN3N0wMiRleENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFRD3N0b250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiRleENvbHVtbkRpc3BsYXkkY3RsMDUgU3ydCR1eFdpZGdldEhvc3Rfd2lkZ2V0JFBsYWNlZ3ydCR1eEJhBeEZpdGdldEhvc3Rfd2lkZ2V0JFBsYWNlZ3ydCR1eEJ1dHRvbiRlbcmlcmt1cEhvc3RfdWlkZ2V0JFV4Q29sdW1uRGlzcGxheSRjdGwwMyRleENvbnRyb2xDb2x1bW4kY3RsMDAkY3RsMDAkRWxhbmRSb25BDN3N0wMiRleENvbnRyb2xDb2x1bW4kY3RsMDRsU0UgU3ydCR1eFdpZGdldEhvc3RfdWlkZ2V0JFZpdGdldEVkaXRRcvcjRveEJvdHRvbiRlbcmlcmt1cE1lcERZGUPD2RmZAUvJ3RSMDAkQ29udGVudFBsYWNlSG9sZGVyMSRkcm9wem9uZTMkdXhXNFN3aXRjaA8PZAIBZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2TmVjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

D2QFQWN0bDAwJFV4HJpbWFyeU5hdl1vYmlsZSRVeU1vYmlsZU5hdiRjdHJsNCRVeU1vYmlsZU5hdlN1Y25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

w9kBSljdGwwMCRVeEhlYWRlciRVeE1pY3Jvc2l0ZU1lbnUkVXhSaWdodG5hdg8UKwAOZGRkZDwrAAgAAghkZGRmAv////

8PZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMiRleENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l2Y2gPQCAWQFRD3N0b250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiRleENvbHVtbkRpc3BsYXkkY3RsMDMkZW50ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiRleENvbHVtbkRpc3BsYXkkY3RsMDRsU0UgU3ydCR1eFdpZGdldEhvc3RfdWlkZ2V0JFZpdGdldEVkaXRRcvcjRveEJvdHRvbiRlbcmlcmt1cEhvc3RfdWlkZ2V0JFV4Q29sdW1uRGlzcGxheSRjdGwwMyRleENvbnRyb2xDb2x1bW4kY3RsMDAkY3RsMDAkRWxhbmRSb25BDN3N0wMiRleENvbnRyb2xDb2x1bW4kY3RsMDRsU0UgU3ydCR1eFdpZGdldEhvc3RfdWlkZ2V0JFZpdGdldEVkaXRRcvcjRveEJvdHRvbiRlbcmlcmt1cE1lcERZGUPD2RmZAUvJ3RSMDAkQ29udGVudFBsYWNlSG9sZGVyMSRkcm9wem9uZTMkdXhXNFN3aXRjaA8PZAIBZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2TmVjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL/////

6237...    FdpZcdTSEnvc3QkdXhXawRnZXRIb3N0c3dpZ2d1dcRxaWRIzXRF2G1Ob3iTkvdhbYW5j2WRQnV0dG9uJGFzcE
     …    J1dHRvbk1hcmt1cE1vZGUPD2RmZAVnY3RsMDAkQ29udGVudFBsYWN1SG9sZGVyMSRwWm9uZTMkdXhDb2x
     …    1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbiRjdGGwwMiR1eFdpZGGldEhvc3QkdXhVWFN3aXRjaA8P
     …    ZAIBZAVnY3RsMDAkQ29udGVudFBsYWN1SG9sZGVyMSRwWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAyJ
     …    HV4Q29udHJvbENvbHVtbiRjdGGwwMiR1eFdpZGGldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udG
     …    VudFBsYWN1SG9sZGVyMSRwWm9uZTMkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbiRj
     …    jdGGwwMyR1eFdpZGGldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEk
     …    RHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGGwwMyR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb
     …    3N0JHV4V2lkZ2V0SG9zdF93aWRnaXZsZjdx2xkZ2V0RWRpdG9yJFV4Q2FuY2VsJ1dHRvbiRhc3BCdXR0b25NYX
     …    JrdXBNb2RlDw9kZmTKdbOeUIeULcV7GUEXGCgDJmz2P4Qq1WFPezeEhe+aaQ==" />

6238

6239    `</div>`

6240

6241

6242

6243    `<script type="text/javascript">`

6244

6245    `//<![CDATA[`

6246

6247    `var theForm = document.forms['aspnetForm'];`

6248

6249    `if (!theForm) {`

6250

6251    `    theForm = document.aspnetForm;`

6252

6253    `}`

6254

6255    `function __doPostBack(eventTarget, eventArgument) {`

6256

6257    `    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {`

6258

6259    `        theForm.__EVENTTARGET.value = eventTarget;`

6260

6261    `        theForm.__EVENTARGUMENT.value = eventArgument;`

6262

6263    `        theForm.submit();`

6264

6265    `    }`

6266

6267    `}`

6268

6269    `//]]>`

6270

6271    `</script>`

6272

6273

6274

6275

6276

6277    `<script`
     …    `src="/WebResource.axd?d=`
     …    t6Xk1lyxXcG3Twa91mdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2
     …    1-8q6Yk2c4QTTGPS_sQfQsl&amp;t=635586452020000000" `type="text/javascript"></script>`

6278

6279

6280

6281

6282

6283    `<script`
     …    `src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYYWXdlht_6A-`
     …    lh7d_XvfCmt3JVE-
     …    v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
     …    KZ5IfKBokt-c1&amp;t=7b689585" `type="text/javascript"></script>`

6284

6285    `<script`
     …    `src="/ScriptResource.axd?d=`
     …    lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphSl0l8k-
     …    jDXi1WxaLqm-

```
6285  nvbPPghe_J3CVr_gAseqQ2MAsl7sBK1rDDv9Ucn3htcROXOagIMbpPAzuj7c86SiPbK2hNPSX9XdfI2NbpOYD
...   _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
6286
6287  <div class="aspNetHidden">
6288
6289
6290
6291      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
...   value="928E56FE" />
6292
6293      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
...   value="/wEdAAT/SxJDk6NTpESvh5Ye1IG5IKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
      O7/r72ox0aBhVz4ot5qmDMvGhbOdSu3Btx/AYmLVaZKIK1CkN8QaWsUBc=" />
6294
6295  </div>
6296
6297          <div id="top"></div>
6298
6299
6300
6301
6302
6303
6304
6305
6306
6307
6308
6309  <div class="logo-wrap visible-print">
6310
6311      <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
6312
6313  </div>
6314
6315
6316
6317  <header id="header" class="hidden-print">
6318
6319      <div class="c">
6320
6321          <a class="open-link opener hamburger-menu" href="#"></a>
6322
6323          <div class="top-header">
6324
6325
6326
6327              <div class="col-md-12">
6328
6329                  <div class="topbreadcrumb ">
6330
6331                      <a class='test' href='/AVH/Home/'>Home</a>
6332
6333                  </div>
6334
6335
6336
6337
6338
6339
6340
6341  <nav>
6342
6343
6344
6345
6346
6347          <ul class="contact-list password-menu">
6348
```

```
6349
6350
6351                    <a href="/Login.aspx">Log In</a>
6352
6353                </li>
6354
6355         </ul>
6356
6357
6358
6359
6360
6361             <ul class="contact-list">
6362
6363                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
       class="glyphicon glyphicon-chevron-left"></span></li>
6364
6365
6366
6367             <li>
6368
6369                    <a href="/Financial-Help/" target="" title="Payment Help?">Payment
       Help?</a>
6370
6371
6372
6373             </li>
6374
6375
6376
6377             <li>
6378
6379                    <a href="/Careers-and-Education/" target="" title="Careers &amp;
       Education">Careers &amp; Education</a>
6380
6381
6382
6383             <ul class="contact-list">
6384
6385                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
       class="glyphicon glyphicon-chevron-left"></span></li>
6386
6387
6388
6389             <li>
6390
6391                    <a href="/AVH/Careers-and-Education/Physician-Opportunities/"
       target="" title="Physician Opportunities">Physician Opportunities</a>
6392
6393
6394
6395             </li>
6396
6397
6398
6399             <li>
6400
6401                    <a href="/Why-choose-Centura-Health/" target="" title="Why choose
       Centura Health">Why choose Centura Health</a>
6402
6403
6404
6405             </li>
6406
6407
6408
6409             <li>
6410
```

```
6411            <a href="/Careers-and-Education/What-to-Expect-as-an-Applicant/"
…    target="" title="What to Expect as an Applicant">What to Expect as an Applicant</a>
6412
6413
6414
6415            </li>
6416
6417
6418
6419            <li>
6420
6421                <a href="/Hiring-FAQs/" target="" title="Frequently Asked
…    Questions">Frequently Asked Questions</a>
6422
6423
6424
6425            </li>
6426
6427
6428
6429            <li>
6430
6431                <a href="/Compensation-Benefits-and-Tuition-Reimbursement/" target=""
…    title="Compensation Benefits and Tuition Reimbursement">Compensation Benefits and
…    Tuition Reimbursement</a>
6432
6433
6434
6435            </li>
6436
6437
6438
6439            <li>
6440
6441                <a href="/Nursing-Careers/" target="" title="Nursing Careers">Nursing
…    Careers</a>
6442
6443
6444
6445            </li>
6446
6447
6448
6449            <li>
6450
6451                <a href="/Other-Hiring-Areas/" target="" title="Other Careers">Other
…    Careers</a>
6452
6453
6454
6455            </li>
6456
6457
6458
6459            <li>
6460
6461                <a href="/Your-Rights-As-An-Applicant/" target="" title="Your Rights
…    As An Applicant">Your Rights As An Applicant</a>
6462
6463
6464
6465            </li>
6466
6467
6468
6469            </ul>
6470
6471
```

```
                    </li>



                    <li>


                            <a href="/mycenturahealth/" target=""
title="MyCenturaHealth">MyCenturaHealth</a>



                    </li>



                    <li>


                            <a href="/Home/For-Providers/" target="" title="For Providers">For
Providers</a>



                    <ul class="contact-list">

                            <li class="ektron-util-trigger"><span id="ektron-util-trigger"
class="glyphicon glyphicon-chevron-left"></span></li>



                    <li>


                            <a href="/Pay-Your-Application-Fee/" target="" title="Pay Your
Application Fee">Pay Your Application Fee</a>



                    </li>



                    <li>


                            <a href="/Physician-Consult-or-Transfer/" target="" title="Physician
Consult or Transfer">Physician Consult or Transfer</a>



                    </li>



                    <li>


                            <a href="/AVH/Careers-and-Education/Physician-Opportunities/"
target="" title="Physician Opportunities">Physician Opportunities</a>



                    </li>



                    </ul>



                    </li>
```

```
6534
6535
6536
6537                <li>
6538
6539                    <a href="/AVH/Contact-Us/" target="" title="Contact Us">Contact
…   Us</a>
6540
6541
6542
6543                </li>
6544
6545
6546
6547            </ul>
6548
6549
6550
6551    </nav>
6552
6553            </div>
6554
6555
6556
6557        </div>
6558
6559        <div class="lower-header">
6560
6561            <div class="holder">
6562
6563                <div class="logo-wrap">
6564
6565                    <a href="/">
6566
6567                        <img id="ctl00_UxHeader_UxLogo" class="logo"
    src="/uploadedImages/avistahospital/Content/AVH/Configuration/Avista-Adv-Hosp-Web.png
…   " />
6568
6569                    </a>
6570
6571
6572
6573                    <a href="#" class="drop-arrow">drop arrow</a>
6574
6575
6576
6577                </div>
6578
6579                <div class="right-wrap">
6580
6581                    <div class="search-form-new">
6582
6583                        <div class="input-group input-group-sm">
6584
6585                            <input id="searchText" type="text" class="form-control"
    placeholder="Enter your search terms here" />
6586
6587                            <div class="input-group-btn" >
6588
6589                                <input type="hidden" id="searchFolderId"
    value="1257"/>
6590
6591                                <button type="button" class="btn btn-default
    dropdown-toggle" data-toggle="dropdown" tabindex="-1">
6592
6593                                    <span class="search-tip">current site</span><span
    class="caret"></span>
6594
```

```
6595                                         <span class="sr-only">Toggle dropdown</span>
6596
6597                                       </button>
6598
6599                                       <ul class="dropdown-menu pull-right search-filter"
…   role="menu">
6600
6601                                           <li><a href="0" data-folderid="1257"
…   class="active">current site</a></li>
6602
6603                                           <li><a href="0" data-folderid="0">all
…   sites</a></li>
6604
6605                                       </ul>
6606
6607                                       <button id="main-site-search" type="button"
…   class="btn btn-default" tabindex="-1"><span class="glyphicon
…   glyphicon-search"></span></button>
6608
6609                                   </div>
6610
6611                               </div>
6612
6613                               <!-- /.input-group -->
6614
6615                       </div>
6616
6617
6618
6619
6620
6621   <nav id="nav">
6622
6623
6624
6625           <ul class="nav-tier-1">
6626
6627
6628
6629           <li>
6630
6631               <a href="/AVH/Specialties/" class="" target="_self">Specialties</a>
6632
6633
6634
6635           <ul class="nav-tier-2">
6636
6637
6638
6639           <li>
6640
6641               <a href="/AVH/Specialties/Birth-Center/" class=""
…   target="_self">Birth Center</a>
6642
6643
6644
6645           <ul class="nav-tier-3">
6646
6647
6648
6649           <li>
6650
6651               <a href="/AVH/Specialties/Birth-Center/About-the-Birth-Center/"
…   class="" target="_self">About the Birth Center</a>
6652
6653
6654
6655           </li>
```

```
            <li>

                    <a href="/AVH/Specialties/Birth-Center/Birth-Center-Services/"
class="" target="_self">Birth Center Services</a>



            </li>



            <li>

                    <a href="/AVH/Specialties/Birth-Center/Midwife-Delivery/" class=""
target="_self">Midwife Delivery</a>



            </li>



            <li>

                    <a href="/AVH/Specialties/Birth-Center/predelivery-consult/" class=""
target="_self">Pre-Delivery Consult</a>



            </li>



            <li>

                    <a href="/AVH/Specialties/Birth-Center/Birth-Center-Tours/" class=""
target="_self">Birth Center Tours</a>



            </li>



            <li>

                    <a href="/AVH/Specialties/Birth-Center/Birth-Classes/" class=""
target="_self">Birth Classes</a>



            </li>



            <li>

                    <a href="/AVH/Specialties/Birth-Center/Breastfeeding-Support/"
class="" target="_self">Breastfeeding Support</a>



            </li>

```

```
6718
6719                <li>
6720
6721                    <a href="/AVH/Specialties/Birth-Center/New-Mom-Luncheon/" class=""
    …  target="_self">New Mom Support</a>
6722
6723
6724
6725                </li>
6726
6727
6728
6729                <li>
6730
6731                    <a href="/AVH/Specialties/Birth-Center/Birth-Center-Visitors/"
    class="" target="_self">Birth Center Visitors</a>
6732
6733
6734
6735                </li>
6736
6737
6738
6739                <li>
6740
6741                    <a href="/AVH/Specialties/Birth-Center/In-Case-of-Complications/"
    class="" target="_self">In Case of Complications</a>
6742
6743
6744
6745                </li>
6746
6747
6748
6749                <li>
6750
6751                    <a href="#PreRegModal" class="" target="_self">Hospital
    Pre-Registration</a>
6752
6753
6754
6755                </li>
6756
6757
6758
6759                </ul>
6760
6761
6762
6763                </li>
6764
6765
6766
6767                <li>
6768
6769                    <a href="/AVH/Specialties/Breast-Care-Center/" class=""
    …  target="_self">Breast Care Center</a>
6770
6771
6772
6773                <ul class="nav-tier-3">
6774
6775
6776
6777                <li>
6778
6779                    <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Tips/"
    class="" target="_self">Mammogram Tips</a>
```

```
                    </li>



                    <li>

                        <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Guidelines/"
class="" target="_self">Mammogram Guidelines</a>



                    </li>



                    <li>

                        <a
href="/AVH/Specialties/Breast-Care-Center/Tomosynthesis-3D-Mammography/" class=""
target="_self">3D Mammography</a>



                    </li>



                    <li>

                        <a href="/AVH/Specialties/Breast-Care-Center/Breast-Surgical-Care/"
class="" target="_self">Breast Surgical Care</a>



                    </li>



                    <li>

                        <a href="/AVH/Specialties/Breast-Care-Center/Patient-Forms/" class=""
target="_self">Patient Forms</a>



                    </li>



                    <li>

                        <a
href="/AVH/Specialties/Breast-Care-Center/Contact-Breast-Care-Center/" class=""
target="_self">Contact Us</a>



                    </li>



                    </ul>
```

```
6841                </li>
6842
6843
6844
6845                <li>
6846
6847                    <a href="/AVH/Specialties/Critical-Care-Unit/" class=""
…   target="_self">Critical Care</a>
6848
6849
6850
6851                </li>
6852
6853
6854
6855                <li>
6856
6857                    <a href="/AVH/Specialties/Emergency/" class="" target="_self">ER
…   &amp; Wait Times</a>
6858
6859
6860
6861                </li>
6862
6863
6864
6865                <li>
6866
6867                    <a href="/AVH/Specialties/GI-Lab/" class="" target="_self">GI</a>
6868
6869
6870
6871                <ul class="nav-tier-3">
6872
6873
6874
6875                <li>
6876
6877                    <a href="/AVH/Specialties/GI/Our-GI-Experts/" class=""
…   target="_self">Our GI Experts</a>
6878
6879
6880
6881                </li>
6882
6883
6884
6885                <li>
6886
6887                    <a href="/AVH/Specialties/GI/Colonoscopy/" class=""
…   target="_self">Colonoscopy</a>
6888
6889
6890
6891                </li>
6892
6893
6894
6895                <li>
6896
6897                    <a href="/AVH/Specialties/GI/Contact-Us/" class=""
…   target="_self">Contact Us</a>
6898
6899
6900
6901                </li>
6902
6903
```

```
6904
6905                    </ul>
6906
6907
6908
6909                </li>
6910
6911
6912
6913                <li>
6914
6915                    <a href="/AVH/Specialties/Heart---Vascular-Care/" class=""
…   target="_self">Heart &amp; Vascular</a>
6916
6917
6918
6919            <ul class="nav-tier-3">
6920
6921
6922
6923                <li>
6924
6925                    <a href="/AVH/Specialties/Heart/About-Heart-Vascular-Care/" class=""
…   target="_self">About Heart Vascular Care</a>
6926
6927
6928
6929                </li>
6930
6931
6932
6933                <li>
6934
6935                    <a href="/AVH/Specialties/Heart/Cardiac-Emergency-Care/" class=""
…   target="_self">Cardiac Emergency Care</a>
6936
6937
6938
6939                </li>
6940
6941
6942
6943                <li>
6944
6945                    <a href="/AVH/Specialties/Heart/Cardiac-Diagnostic-Testing/" class=""
…   target="_self">Cardiac Diagnostic Testing</a>
6946
6947
6948
6949                </li>
6950
6951
6952
6953                <li>
6954
6955                    <a href="/AVH/Specialties/Heart/Cardiac-Cath-Lab/" class=""
…   target="_self">Cardiac Cath Lab</a>
6956
6957
6958
6959                </li>
6960
6961
6962
6963                <li>
6964
6965                    <a href="/AVH/Specialties/Heart/Cardiac-Rehabilitation/" class=""
…   target="_self">Cardiac Rehabilitation</a>
```

```
6966
6967
6968
6969                    </li>
6970
6971
6972
6973                    <li>
6974
6975                        <a
      href="/AVH/Specialties/Heart/Invasive-Cardiovascular-Testing-and-Intervention/"
      class="" target="_self">Cardiovascular Interventions</a>
6976
6977
6978
6979                    </li>
6980
6981
6982
6983                    <li>
6984
6985                        <a href="/AVH/Specialties/Heart/Non-Invasive-Cardiac-Testing/"
      class="" target="_self">Non-Invasive Cardiac Testing</a>
6986
6987
6988
6989                    </li>
6990
6991
6992
6993                    <li>
6994
6995                        <a href="/AVH/Specialties/Heart/Heart-Scans/" class=""
      target="_self">Heart Scans</a>
6996
6997
6998
6999                    </li>
7000
7001
7002
7003                    <li>
7004
7005                        <a href="/AVH/Specialties/Heart/Heart-Attack-Risk/" class=""
      target="_self">Heart Attack Signs &amp; Risks</a>
7006
7007
7008
7009                    </li>
7010
7011
7012
7013                    </ul>
7014
7015
7016
7017                    </li>
7018
7019
7020
7021                    <li>
7022
7023                        <a href="/AVH/Specialties/Diagnostic-Imaging/" class=""
      target="_self">Imaging</a>
7024
7025
7026
7027                    </li>
```

```
7028
7029
7030
7031                <li>
7032
7033                    <a href="/AVH/Specialties/Infusion-Center/" class=""
     …  target="_self">Infusion Center</a>
7034
7035
7036
7037                </li>
7038
7039
7040
7041                <li>
7042
7043                    <a href="/AVH/Specialties/Interventional-Radiology/" class=""
     …  target="_self">Interventional Radiology</a>
7044
7045
7046
7047                <ul class="nav-tier-3">
7048
7049
7050
7051                <li>
7052
7053                    <a
     …  href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiology-Services/"
     …  class="" target="_self">Our Services</a>
7054
7055
7056
7057                </li>
7058
7059
7060
7061                <li>
7062
7063                    <a
     …  href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiologists/"
     …  class="" target="_self">Our Specialists</a>
7064
7065
7066
7067                </li>
7068
7069
7070
7071                </ul>
7072
7073
7074
7075                </li>
7076
7077
7078
7079                <li>
7080
7081                    <a href="/AVH/Specialties/Joint-Care-Center/" class=""
     …  target="_self">Joint Center</a>
7082
7083
7084
7085                <ul class="nav-tier-3">
7086
7087
7088
```

```
7089                 <li>
7090
7091                     <a
 …   href="/AVH/Specialties/Joint-Center/About-Avista-s-Joint-Care-Center/" class=""
 …   target="_self">About Avista&#39;s Joint Care Center</a>
7092
7093
7094
7095             </li>
7096
7097
7098
7099             <li>
7100
7101                     <a href="/AVH/Specialties/Joint-Center/What-to-expect-/" class=""
 …   target="_self">What to Expect</a>
7102
7103
7104
7105             </li>
7106
7107
7108
7109             <li>
7110
7111                     <a href="/AVH/Specialties/Joint-Center/Facts-about-joint-pain/"
 …   class="" target="_self">Facts About Joint Pain</a>
7112
7113
7114
7115             </li>
7116
7117
7118
7119             <li>
7120
7121                     <a href="/AVH/Specialties/Joint-Center/Relieving-joint-pain/"
 …   class="" target="_self">Relieving Joint Pain</a>
7122
7123
7124
7125             </li>
7126
7127
7128
7129             <li>
7130
7131                     <a
 …   href="/AVH/Specialties/Joint-Center/Joint-Replacement-Misconceptions/" class=""
 …   target="_self">Joint Replacement Misconceptions</a>
7132
7133
7134
7135             </li>
7136
7137
7138
7139             <li>
7140
7141                     <a href="/AVH/Specialties/Joint-Center/Joint-Physician-Specialists/"
 …   class="" target="_self">Joint Physician Specialists</a>
7142
7143
7144
7145             </li>
7146
7147
7148
```

```
7149
7150
7151                        <a href="/AVH/Specialties/Joint-Center/Contact-Joint-Care-Center/"
…      class="" target="_self">Contact the Joint Care Center</a>
7152
7153
7154
7155              </li>
7156
7157
7158
7159              </ul>
7160
7161
7162
7163              </li>
7164
7165
7166
7167              <li>
7168
7169                        <a href="/AVH/Specialties/Laboratory-Services/" class=""
…      target="_self">Lab</a>
7170
7171
7172
7173              </li>
7174
7175
7176
7177              <li>
7178
7179                        <a href="/AVH/Specialties/Rehabilitation/" class=""
…      target="_self">Rehabilitation</a>
7180
7181
7182
7183              </li>
7184
7185
7186
7187              <li>
7188
7189                        <a href="/AVH/Specialties/Spine-Care-Program/" class=""
…      target="_self">Spine Center</a>
7190
7191
7192
7193              <ul class="nav-tier-3">
7194
7195
7196
7197              <li>
7198
7199                        <a
…      href="/AVH/Specialties/Spine-Center/About-Avista-s-Spine-Care-Center/" class=""
…      target="_self">About Avista&#39;s Spine Care Center</a>
7200
7201
7202
7203              </li>
7204
7205
7206
7207              <li>
7208
7209                        <a href="/AVH/Specialties/Spine-Center/Total-Care-for-Your-Spine/"
…      class="" target="_self">Total Care for Your Spine</a>
```

```
7210
7211
7212
7213                    </li>
7214
7215
7216
7217                    <li>
7218
7219                        <a href="/AVH/Specialties/Spine-Center/Surgical-Suites/" class=""
…  target="_self">Surgical Suites</a>
7220
7221
7222
7223                    </li>
7224
7225
7226
7227                    <li>
7228
7229                        <a href="/AVH/Specialties/Spine-Center/Spine-Physician-Specialists/"
…  class="" target="_self">Spine Physician Specialists</a>
7230
7231
7232
7233                    </li>
7234
7235
7236
7237                    <li>
7238
7239                        <a
…  href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
…  &amp;cat1=294" class="" target="_parent">Free Spine Seminars</a>
7240
7241
7242
7243                    </li>
7244
7245
7246
7247                    <li>
7248
7249                        <a href="/AVH/Specialties/Spine-Center/Contact-Us/" class=""
…  target="_self">Contact Us</a>
7250
7251
7252
7253                    </li>
7254
7255
7256
7257                    </ul>
7258
7259
7260
7261                    </li>
7262
7263
7264
7265                    <li>
7266
7267                        <a href="/AVH/Specialties/Surgery-Services/" class=""
…  target="_self">Surgery</a>
7268
7269
7270
7271                    </li>
```

```
7272
7273
7274
7275                    <li>
7276
7277                        <a href="/avh/specialties/stroke/" class="" target="_self">Stroke</a>
7278
7279
7280
7281                <ul class="nav-tier-3">
7282
7283
7284
7285                    <li>
7286
7287                        <a href="/AVH/Specialties/Stroke/Stroke-Signs/" class=""
…   target="_self">Stroke Warning Signs</a>
7288
7289
7290
7291                    </li>
7292
7293
7294
7295                    <li>
7296
7297                        <a href="/AVH/Specialties/Stroke/Stroke-Treatment/" class=""
…   target="_self">Stroke Treatment</a>
7298
7299
7300
7301                    </li>
7302
7303
7304
7305                    <li>
7306
7307                        <a href="/AVH/Specialties/Stroke/Stroke-Prevention/" class=""
…   target="_self">Stroke Prevention</a>
7308
7309
7310
7311                    </li>
7312
7313
7314
7315                    </ul>
7316
7317
7318
7319                    </li>
7320
7321
7322
7323                    </ul>
7324
7325
7326
7327                    </li>
7328
7329
7330
7331                    <li>
7332
7333                        <a href="/For-Patients-and-Families/" class="" target="_self">For
…   Patients &amp; Families</a>
7334
7335
```

```
7336
7337                    <ul class="nav-tier-2">
7338
7339
7340
7341                <li>
7342
7343                        <a href="#PreRegModal" class="" target="_self">Patient
...   Pre-Registration</a>
7344
7345
7346
7347                </li>
7348
7349
7350
7351                <li>
7352
7353                        <a href="/AVH/For-Patients-and-Families/Patient---Visitor-Guide/"
...   class="" target="_self">Patient &amp; Visitor Information</a>
7354
7355
7356
7357                <ul class="nav-tier-3">
7358
7359
7360
7361                <li>
7362
7363                        <a
...   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Checking-on-a-
...   Patient/" class="" target="_self">Checking on a Patient</a>
7364
7365
7366
7367                </li>
7368
7369
7370
7371                <li>
7372
7373                        <a
...   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Visiting-Hours/"
...   class="" target="_self">Visiting Hours</a>
7374
7375
7376
7377                </li>
7378
7379
7380
7381                <li>
7382
7383                        <a
...   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Garden-Terrace-
...   Café/" class="" target="_self">Garden Terrace &amp; Atrium Café</a>
7384
7385
7386
7387                </li>
7388
7389
7390
7391                <li>
7392
7393                        <a
...   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Gift-Shop/"
...   class="" target="_self">Gift Shop</a>
```

```
                    </li>



                    <li>

                        <a
href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Planning-ahead-
for-a-procedure/" class="" target="_self">Planning Ahead</a>



                    </li>



                    <li>

                        <a
href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Documents-you-
should-bring/" class="" target="_self">Documents to Bring</a>



                    </li>



                    <li>

                        <a
href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/What-to-pack/"
class="" target="_self">What to Pack</a>



                    </li>



                    <li>

                        <a href="/AVH/For-Patients-and-Families/Request-Medical-Records/"
class="" target="_self">Medical Records Request</a>



                    </li>



                </ul>



                    </li>



                <li>

                        <a
href="/AVH/For-Patients-and-Families/Spiritual-Care/Spiritual-Care/" class=""
target="_self">Spiritual Care</a>
```

```
7453
7454
7455                    <ul class="nav-tier-3">
7456
7457
7458
7459                    <li>
7460
7461                        <a href="/AVH/For-Patients-and-Families/Spiritual-Care/Healing-Arts/"
…    class="" target="_self">Healing Arts</a>
7462
7463
7464
7465                    </li>
7466
7467
7468
7469                    <li>
7470
7471                        <a
…    href="/AVH/For-Patients-and-Families/Spiritual-Care/Light-a-Candle/" class=""
…    target="_self">Light a Candle</a>
7472
7473
7474
7475                    </li>
7476
7477
7478
7479                    <li>
7480
7481                        <a
…    href="/AVH/For-Patients-and-Families/Spiritual-Care/Ten-reasons-why-you-might-want-to
…    -see-a-chaplain/" class="" target="_self">Why See a Chaplain</a>
7482
7483
7484
7485                    </li>
7486
7487
7488
7489                    <li>
7490
7491                        <a
…    href="/AVH/For-Patients-and-Families/Spiritual-Care/Understanding-grief/" class=""
…    target="_self">Understanding Grief</a>
7492
7493
7494
7495                    </li>
7496
7497
7498
7499                    </ul>
7500
7501
7502
7503                    </li>
7504
7505
7506
7507                    <li>
7508
7509                        <a href="/Billing-and-Financial-Services/" class=""
…    target="_self">Billing &amp; Financial Services</a>
7510
7511
7512
```

```
7513                <ul class="nav-tier-3">
7514
7515
7516
7517                <li>
7518
7519                    <a href="/How-Billing-Works/" class="" target="_self">How Billing
…   Works</a>
7520
7521
7522
7523                </li>
7524
7525
7526
7527                <li>
7528
7529                    <a href="/Hospital-Billing/" class="" target="_self">Hospital
…   Billing</a>
7530
7531
7532
7533                </li>
7534
7535
7536
7537                <li>
7538
7539                    <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
…   Pay</a>
7540
7541
7542
7543                </li>
7544
7545
7546
7547                <li>
7548
7549                    <a href="/Financial-Help/" class="" target="_self">Financial
…   Assistance, Charity Care &amp; Payment Plans</a>
7550
7551
7552
7553                </li>
7554
7555
7556
7557                <li>
7558
7559                    <a href="/Uninsured-Patients/" class="" target="_self">Uninsured
…   Patients</a>
7560
7561
7562
7563                </li>
7564
7565
7566
7567                <li>
7568
7569                    <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
7570
7571
7572
7573                </li>
7574
7575
```

```
7576
7577                    </ul>
7578
7579
7580
7581                </li>
7582
7583
7584
7585            <li>
7586
7587                    <a href="/For-Patients-and-Families/Pricing/" class=""
    …  target="_self">Pricing</a>
7588
7589
7590
7591            <ul class="nav-tier-3">
7592
7593
7594
7595            <li>
7596
7597                    <a
    …  href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
    …  target="_self">Costs for Common Procedures</a>
7598
7599
7600
7601                </li>
7602
7603
7604
7605            <li>
7606
7607                    <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
    …  class="" target="_self">Request a Custom Quote</a>
7608
7609
7610
7611                </li>
7612
7613
7614
7615            <li>
7616
7617                    <a
    …  href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
    …  class="" target="_self">Resources for Patients and Consumers</a>
7618
7619
7620
7621                </li>
7622
7623
7624
7625                    </ul>
7626
7627
7628
7629                </li>
7630
7631
7632
7633            <li>
7634
7635                    <a href="/Quality-Service-and-Safety/" class=""
    …  target="_self">Quality, Service &amp; Safety</a>
7636
```

Page 260

```
7637
7638
7639            <ul class="nav-tier-3">
7640
7641
7642
7643            <li>
7644
7645                <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
7646
7647
7648
7649            </li>
7650
7651
7652
7653            <li>
7654
7655                <a href="/Hospital-Ratings/" class="" target="_self">Hospital
7656    Ratings</a>
7657
7658
7659            </li>
7660
7661
7662
7663            <li>
7664
7665                <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
7666    Ratings</a>
7667
7668
7669            </li>
7670
7671
7672
7673            <li>
7674
7675                <a href="/Components/Templates/ProviderSearch.aspx"
7676    class="open-physician-finder" target="_self">Doctor Ratings</a>
7677
7678
7679            </li>
7680
7681
7682
7683            </ul>
7684
7685
7686
7687            </li>
7688
7689
7690
7691            <li>
7692
7693                <a href="/Advance-Directives/" class="" target="_self">Advance
7694    Directives</a>
7695
7696
7697            <ul class="nav-tier-3">
7698
7699
7700
```

```
7701              <li>
7702
7703                  <a href="/Important-Questions/" class="" target="_self">Important
…     Questions</a>
7704
7705
7706
7707              </li>
7708
7709
7710
7711              </ul>
7712
7713
7714
7715              </li>
7716
7717
7718
7719              <li>
7720
7721                  <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
…     Health LINKS</a>
7722
7723
7724
7725              <ul class="nav-tier-3">
7726
7727
7728
7729              <li>
7730
7731                  <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
      target="_self">Benefits Checkup Colorado</a>
7732
7733
7734
7735              </li>
7736
7737
7738
7739              <li>
7740
7741                  <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
      target="_self">Medicare Part D Assistance</a>
7742
7743
7744
7745              </li>
7746
7747
7748
7749              <li>
7750
7751                  <a href="/Centura-Health-RX-Assistance-/" class="" target="_self">RX
…     Assist</a>
7752
7753
7754
7755              </li>
7756
7757
7758
7759              <li>
7760
7761                  <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
      class="" target="_self">State Health Insurance Plan</a>
7762
```

```
                </li>


            </ul>


        </li>


        <li>

            <a href="/MyCenturaHealth/" class=""
target="_self">MyCenturaHealth</a>


        </li>


        <li>

            <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
target="_self">Patient Bill of Rights &amp; Responsibilities</a>


            <ul class="nav-tier-3">


                <li>

                    <a href="/AVH/For-Patients-and-Families/Patient-Grievance-Process/"
class="" target="_self">Patient Grievance Process</a>


                </li>


                <li>

                    <a href="/AVH/For-Patients-and-Families/Patient-Representatives/"
class="" target="_self">Patient Representatives</a>


                </li>


            </ul>


        </li>


        <li>
```

```
7827              href="/For-Patients-and-Families/Privacy-Practices/" class=""
…    target="_self">Privacy Practices</a>
7828
7829
7830
7831              </li>
7832
7833
7834
7835              </ul>
7836
7837
7838
7839              </li>
7840
7841
7842
7843              <li>
7844
7845                  <a href="/AVH/About-Us/" class="" target="_self">About Us</a>
7846
7847
7848
7849              <ul class="nav-tier-2">
7850
7851
7852
7853              <li>
7854
7855                  <a href="/AVH/about-us/avista-hospital-foundation/" class=""
…    target="_self">Avista Hospital Foundation</a>
7856
7857
7858
7859              <ul class="nav-tier-3">
7860
7861
7862
7863              <li>
7864
7865                  <a href="/AVH/About-Us/Foundation/Make-a-Donation/" class=""
…    target="_self">Make a Donation</a>
7866
7867
7868
7869              </li>
7870
7871
7872
7873              <li>
7874
7875                  <a href="/AVH/About-Us/Foundation/Healing-Angels/" class=""
…    target="_self">Healing Angels</a>
7876
7877
7878
7879              </li>
7880
7881
7882
7883              <li>
7884
7885                  <a href="/AVH/About-Us/Foundation/Programs-We-Support/" class=""
…    target="_self">Programs We Support</a>
7886
7887
7888
7889              </li>
```

```
7890
7891
7892
7893                    <li>
7894
7895                         <a href="/AVH/About-Us/Foundation/Associate-Campaign/" class=""
…       target="_self">Associate Campaign</a>
7896
7897
7898
7899                    </li>
7900
7901
7902
7903                    <li>
7904
7905                         <a href="/AVH/About-Us/Foundation/Foundation-Events/" class=""
…       target="_self">Foundation Events</a>
7906
7907
7908
7909                    </li>
7910
7911
7912
7913                    <li>
7914
7915                         <a href="/AVH/About-Us/Foundation/Foundation-Staff/" class=""
…       target="_self">Foundation Staff</a>
7916
7917
7918
7919                    </li>
7920
7921
7922
7923                    <li>
7924
7925                         <a href="/AVH/About-Us/Foundation/Foundation-Board/" class=""
…       target="_self">Foundation Board</a>
7926
7927
7928
7929                    </li>
7930
7931
7932
7933                    <li>
7934
7935                         <a href="/AVH/About-Us/Foundation/Contact-Foundation/" class=""
…       target="_self">Contact Us</a>
7936
7937
7938
7939                    </li>
7940
7941
7942
7943                 </ul>
7944
7945
7946
7947               </li>
7948
7949
7950
7951               <li>
7952
```

```
7953              <a href="/AVH/About-Us/Awards/" class="" target="_self">Awards &amp;
…    Accreditations</a>
7954
7955
7956
7957              </li>
7958
7959
7960
7961              <li>
7962
7963                  <a href="/AVH/About-Us/Facts-About-Avista/" class=""
…    target="_self">Fast Facts</a>
7964
7965
7966
7967              <ul class="nav-tier-3">
7968
7969
7970
7971              <li>
7972
7973                  <a href="/AVH/About-Us/Our-Green-Hospital/" class=""
…    target="_self">Our Green Hospital</a>
7974
7975
7976
7977              </li>
7978
7979
7980
7981              </ul>
7982
7983
7984
7985              </li>
7986
7987
7988
7989              <li>
7990
7991                  <a href="/AVH/About-Us/Leadership/" class=""
…    target="_self">Leadership</a>
7992
7993
7994
7995              </li>
7996
7997
7998
7999              <li>
8000
8001                  <a href="/AVH/About-Us/Mission---Values/" class=""
…    target="_self">Mission</a>
8002
8003
8004
8005              <ul class="nav-tier-3">
8006
8007
8008
8009              <li>
8010
8011                  <a href="/AVH/About-Us/Mission/Our-Sponsor/" class=""
…    target="_self">Our Sponsor</a>
8012
8013
8014
```

```
8015                  </li>
8016
8017
8018
8019              <li>
8020
8021                  <a href="/AVH/About-Us/Mission/History/" class=""
…     target="_self">History</a>
8022
8023
8024
8025              </li>
8026
8027
8028
8029              <li>
8030
8031                  <a href="/AVH/About-Us/Mission/Adventist-What-s-in-a-Name-/" class=""
…     target="_self">What&#39;s in a Name?</a>
8032
8033
8034
8035              </li>
8036
8037
8038
8039              <li>
8040
8041                  <a href="/AVH/About-Us/Mission/What-do-Adventists-believe-/" class=""
…     target="_self">What Adventists Believe</a>
8042
8043
8044
8045              </li>
8046
8047
8048
8049              </ul>
8050
8051
8052
8053              </li>
8054
8055
8056
8057              <li>
8058
8059                  <a href="/Centura-Health-2020/" class="" target="_self">Centura
…     Health 2020</a>
8060
8061
8062
8063              </li>
8064
8065
8066
8067              </ul>
8068
8069
8070
8071              </li>
8072
8073
8074
8075              <li>
8076
8077                  <a href="/AVH/Community/" class="" target="_self">Community</a>
8078
```

Page 267

```
8079
8080
8081                    <ul class="nav-tier-2">
8082
8083
8084
8085            <li>
8086
8087                    <a
…     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
…     " class="" target="_self">Classes &amp; Events</a>
8088
8089
8090
8091            </li>
8092
8093
8094
8095            <li>
8096
8097                    <a href="/AVH/Community/Giving-Back/" class="" target="_self">Giving
…     Back</a>
8098
8099
8100
8101            <ul class="nav-tier-3">
8102
8103
8104
8105            <li>
8106
8107                    <a href="/AVH/Community/Volunteer/" class=""
…     target="_self">Volunteer</a>
8108
8109
8110
8111            </li>
8112
8113
8114
8115            </ul>
8116
8117
8118
8119            </li>
8120
8121
8122
8123            <li>
8124
8125                    <a href="/AVH/Community/Social-Media/" class="" target="_self">Social
…     Media</a>
8126
8127
8128
8129            </li>
8130
8131
8132
8133            <li>
8134
8135                    <a href="/AVH/Community/Community-Benefit/" class=""
…     target="_self">Community Benefit</a>
8136
8137
8138
8139            </li>
8140
```

Page 268

```
                        </ul>


                    </li>



                    <li>

                        <a href="/AVH/Health-and-Wellness/" class="" target="_self">Health
&amp; Wellness</a>


                    <ul class="nav-tier-2">



                    <li>

                        <a href="/Health-Library/" class="" target="_self">Health Library</a>



                    <ul class="nav-tier-3">



                    <li>

                        <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
Information</a>



                        </li>



                        </ul>



                    </li>



                    <li>

                        <a href="/CafeWell-/" class="" target="_self">CaféWell</a>



                    </li>



                    <li>

                        <a href="/iTriage-App/" class="" target="_self">iTriage App</a>



                    </li>
```

```
8207
8208
8209                    <li>
8210
8211                        <a href="/Health-And-Wellness/Healthy-Habits/" class=""
…   target="_self">Healthy Habits</a>
8212
8213
8214
8215                <ul class="nav-tier-3">
8216
8217
8218
8219                    <li>
8220
8221                        <a href="/Exercise-/" class="" target="_self">Exercise</a>
8222
8223
8224
8225                    </li>
8226
8227
8228
8229                    <li>
8230
8231                        <a href="/Nutrition-/" class="" target="_self">Nutrition</a>
8232
8233
8234
8235                    </li>
8236
8237
8238
8239                </ul>
8240
8241
8242
8243                </li>
8244
8245
8246
8247                    <li>
8248
8249                        <a href="/Health-And-Wellness/Seasonal-Information/" class=""
…   target="_self">Seasonal Information</a>
8250
8251
8252
8253                    </li>
8254
8255
8256
8257                    <li>
8258
8259                        <a href="/AVH/Health-and-Wellness/Fall-Prevention/" class=""
…   target="_self">Balance &amp; Fall Prevention</a>
8260
8261
8262
8263                    </li>
8264
8265
8266
8267                </ul>
8268
8269
8270
8271                </li>
```

```
                    <li>

                        <a href="/AVH/Avista-Adventist-Hospital-News/" class=""
target="_self">News</a>


                    </li>



                    </ul>



</nav>

<script type="text/javascript">

        $(".nav-tier-2").last().addClass("last-tier");

</script>

                    </div>

                </div>

        </div>

        <div id="nav-slide-out">

                <div class="slide-out-left"></div>

                <div class="slide-out-middle"></div>

                <div class="slide-out-right"></div>

        </div>

        <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
id="EktronScriptBlock80b3fe59059c4d1289bd7513d6ea09fd" type="text/javascript">



$ektron.extend(true, Ektron,
{Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});




</script></span>

<div id="locations-slide-out">

    <div class="nav-col">

        <ul>



                    <li><span class="glyphicon glyphicon-home"></span>
```

```
8334
8335                        <a href=http://www.centura.org/home/>Centura Health</a>
8336
8337                </li>
8338
8339
8340
8341                <li>
8342
8343                        <a href=http://www.avistahospital.org/avh/home/>Avista
…    Adventist Hospital</a>
8344
8345                </li>
8346
8347
8348
8349                <li>
8350
8351                        <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
…    Grant County Hospital</a>
8352
8353                </li>
8354
8355
8356
8357                <li>
8358
8359                        <a href=http://www.castlerockhospital.org>Castle Rock
…    Adventist Hospital</a>
8360
8361                </li>
8362
8363
8364
8365                <li>
8366
8367                        <a href=http://www.mylittletonhospital.org>Littleton
…    Adventist Hospital</a>
8368
8369                </li>
8370
8371
8372
8373                <li>
8374
8375                        <a href=http://www.luhcares.org/>Longmont United Hospital</a>
8376
8377                </li>
8378
8379
8380
8381                <li>
8382
8383                        <a href=http://www.mercydurango.org>Mercy Regional Medical
…    Center</a>
8384
8385                </li>
8386
8387
8388
8389                <li>
8390
8391                        <a href=http://www.orthocolorado.org>OrthoColorado
…    Hospital</a>
8392
8393                </li>
8394
8395
```

```
8396
8397                            <li>
8398
8399                                <a href=http://www.parkerhospital.org>Parker Adventist
      Hospital</a>
8400
8401                            </li>
8402
8403
8404
8405            </ul>
8406
8407        </div>
8408
8409        <div class="nav-col">
8410
8411            <ul>
8412
8413
8414
8415                            <li>
8416
8417                                <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
      Health Services</a>
8418
8419                            </li>
8420
8421
8422
8423                            <li>
8424
8425                                <a href=http://www.porterhospital.org>Porter Adventist
      Hospital</a>
8426
8427                            </li>
8428
8429
8430
8431                            <li>
8432
8433                                <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
8434
8435                            </li>
8436
8437
8438
8439                            <li>
8440
8441                                <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
      North Health Campus</a>
8442
8443                            </li>
8444
8445
8446
8447                            <li>
8448
8449                                <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
      Medical Center</a>
8450
8451                            </li>
8452
8453
8454
8455                            <li>
8456
8457                                <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
      Center</a>
```

```
                              </li>



                         <li>

                             <a href=http://www.stcatherinehosp.org>St. Catherine
Hospital</a>

                              </li>



                         <li>

                             <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
Hospital</a>
                              </li>



           </ul>

     </div>

     <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
hospital-image">



         <img alt="Centura Health Find a Location"
src="/uploadedImages/Configuration/banner_TravelMap.jpg" />

         <br />

         <p>Centura Health has more experts in more places throughout the region.
Start your health journey by finding the right one for you.</p>

         <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
Menu Dropdown">search locations</button>



</div>

     <div class="clearfix"></div>

</div>



     </div>

</header>











<div id="theMobileNav" role="navigation" class="hidden-print">
```

```
8519            <div class="navbar navbar-default navbar-fixed-top" role="navigation">
8520
8521        <div class="container">
8522
8523            <div class="navbar-header">
8524
8525                <button type="button" class="navbar-toggle pull-left
      …  mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
8526
8527                    <span class="sr-only">Toggle navigation</span>
8528
8529                    <span class="icon-bar"></span>
8530
8531                    <span class="icon-bar"></span>
8532
8533                    <span class="icon-bar"></span>
8534
8535                </button>
8536
8537                <a class="navbar-brand" href="/">
8538
8539                    <img id="ctl00_UxPrimaryNavMobile_UxLogo"
      …  src="/uploadedImages/avistahospital/Content/AVH/Configuration/Avista-Adv-Hosp-Web.png
      …  " />
8540
8541                </a>
8542
8543            </div>
8544
8545            <div class="navbar-collapse collapse">
8546
8547
8548
8549                    <ul class="nav navbar-nav navbar-right" id="mobile-nav">
8550
8551
8552
8553                    <li class="dropdown">
8554
8555                        <a href="/AVH/Specialties/"
8556
8557                            class="dropdown-toggle"
8558
8559                            data-toggle="dropdown">
8560
8561                             Specialties
8562
8563                            <b class="caret"></b>
8564
8565                        </a>
8566
8567
8568
8569                            <ul class="dropdown-menu">
8570
8571
8572
8573                            <li><a
      …  href="/AVH/Specialties/Birth-Center/">Birth Center</a></li>
8574
8575
8576
8577                            <li><a
      …  href="/AVH/Specialties/Breast-Care-Center/">Breast Care Center</a></li>
8578
8579
8580
8581                            <li><a
```

```
8581    href="/AVH/Specialties/Critical-Care-Unit/">Critical Care</a></li>
8582
8583
8584
8585                                        <li><a href="/AVH/Specialties/Emergency/">ER
    …    &amp; Wait Times</a></li>
8586
8587
8588
8589                                        <li><a
    …    href="/AVH/Specialties/GI-Lab/">GI</a></li>
8590
8591
8592
8593                                        <li><a
    …    href="/AVH/Specialties/Heart---Vascular-Care/">Heart &amp; Vascular</a></li>
8594
8595
8596
8597                                        <li><a
    …    href="/AVH/Specialties/Diagnostic-Imaging/">Imaging</a></li>
8598
8599
8600
8601                                        <li><a
    …    href="/AVH/Specialties/Infusion-Center/">Infusion Center</a></li>
8602
8603
8604
8605                                        <li><a
    …    href="/AVH/Specialties/Interventional-Radiology/">Interventional Radiology</a></li>
8606
8607
8608
8609                                        <li><a
    …    href="/AVH/Specialties/Joint-Care-Center/">Joint Center</a></li>
8610
8611
8612
8613                                        <li><a
    …    href="/AVH/Specialties/Laboratory-Services/">Lab</a></li>
8614
8615
8616
8617                                        <li><a
    …    href="/AVH/Specialties/Rehabilitation/">Rehabilitation</a></li>
8618
8619
8620
8621                                        <li><a
    …    href="/AVH/Specialties/Spine-Care-Program/">Spine Center</a></li>
8622
8623
8624
8625                                        <li><a
    …    href="/AVH/Specialties/Surgery-Services/">Surgery</a></li>
8626
8627
8628
8629                                        <li><a
    …    href="/avh/specialties/stroke/">Stroke</a></li>
8630
8631
8632
8633                                        </ul>
8634
8635
8636
```

```
                         </li>



                    <li class="dropdown">

                        <a href="/For-Patients-and-Families/"

                           class="dropdown-toggle"

                           data-toggle="dropdown">

                            For Patients &amp; Families

                            <b class="caret"></b>

                        </a>



                            <ul class="dropdown-menu">



                                <li><a href="/#PreRegModal">Patient
Pre-Registration</a></li>



                                <li><a
href="/AVH/For-Patients-and-Families/Patient---Visitor-Guide/">Patient &amp; Visitor
Information</a></li>



                                <li><a
href="/AVH/For-Patients-and-Families/Spiritual-Care/Spiritual-Care/">Spiritual
Care</a></li>



                                <li><a
href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>



                                <li><a
href="/For-Patients-and-Families/Pricing/">Pricing</a></li>



                                <li><a
href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>



                                <li><a href="/Advance-Directives/">Advance
Directives</a></li>



                                <li><a href="/Centura-Health-LINKS/">Centura
Health LINKS</a></li>



                                <li><a
href="/MyCenturaHealth/">MyCenturaHealth</a></li>
```

```
8694
8695
8696
8697                                          <li><a
  …  href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
  …  Responsibilities</a></li>
8698
8699
8700
8701                                          <li><a
  …  href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
8702
8703
8704
8705                                      </ul>
8706
8707
8708
8709                              </li>
8710
8711
8712
8713                          <li class="dropdown">
8714
8715                              <a href="/AVH/About-Us/"
8716
8717                                  class="dropdown-toggle"
8718
8719                                  data-toggle="dropdown">
8720
8721                                  About Us
8722
8723                                  <b class="caret"></b>
8724
8725                              </a>
8726
8727
8728
8729                              <ul class="dropdown-menu">
8730
8731
8732
8733                                  <li><a
  …  href="/AVH/about-us/avista-hospital-foundation/">Avista Hospital Foundation</a></li>
8734
8735
8736
8737                                  <li><a href="/AVH/About-Us/Awards/">Awards &amp;
  …  Accreditations</a></li>
8738
8739
8740
8741                                  <li><a
  …  href="/AVH/About-Us/Facts-About-Avista/">Fast Facts</a></li>
8742
8743
8744
8745                                  <li><a
  …  href="/AVH/About-Us/Leadership/">Leadership</a></li>
8746
8747
8748
8749                                  <li><a
  …  href="/AVH/About-Us/Mission---Values/">Mission</a></li>
8750
8751
8752
8753                                  <li><a href="/Centura-Health-2020/">Centura
```

```
8753  Health 2020</a></li>
8754
8755
8756
8757                              </ul>
8758
8759
8760
8761                          </li>
8762
8763
8764
8765                          <li class="dropdown">
8766
8767                              <a href="/AVH/Community/"
8768
8769                                  class="dropdown-toggle"
8770
8771                                  data-toggle="dropdown">
8772
8773                                  Community
8774
8775                                  <b class="caret"></b>
8776
8777                              </a>
8778
8779
8780
8781                                  <ul class="dropdown-menu">
8782
8783
8784
8785                                  <li><a
      href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
      ">Classes &amp; Events</a></li>
8786
8787
8788
8789                                  <li><a href="/AVH/Community/Giving-Back/">Giving
      Back</a></li>
8790
8791
8792
8793                                  <li><a href="/AVH/Community/Social-Media/">Social
      Media</a></li>
8794
8795
8796
8797                                  <li><a
      href="/AVH/Community/Community-Benefit/">Community Benefit</a></li>
8798
8799
8800
8801                              </ul>
8802
8803
8804
8805                          </li>
8806
8807
8808
8809                          <li class="dropdown">
8810
8811                              <a href="/AVH/Health-and-Wellness/"
8812
8813                                  class="dropdown-toggle"
8814
8815                                  data-toggle="dropdown">
```

```
                            Health &amp; Wellness

                                <b class="caret"></b>

                        </a>


                                <ul class="dropdown-menu">


                                <li><a href="/Health-Library/">Health
Library</a></li>



                                <li><a href="/CafeWell-/">CaféWell</a></li>



                                <li><a href="/iTriage-App/">iTriage App</a></li>



                                <li><a
href="/Health-And-Wellness/Healthy-Habits/">Healthy Habits</a></li>



                                <li><a
href="/Health-And-Wellness/Seasonal-Information/">Seasonal Information</a></li>



                                <li><a
href="/AVH/Health-and-Wellness/Fall-Prevention/">Balance &amp; Fall
Prevention</a></li>




                                </ul>



                        </li>



                        <li class="dropdown">

                            <a href="/AVH/Avista-Adventist-Hospital-News/"

                                class=""

                                data-toggle="">

                                News



                            </a>



                        </li>
```

```
8879
8880
8881                        </ul>
8882
8883
8884
8885              </div>
8886
8887              <!--/.nav-collapse -->
8888
8889          </div>
8890
8891      </div>
8892
8893      <div class="mobile-search">
8894
8895          <div class="input-group input-group-sm">
8896
8897              <input id="mobile-search-text" type="text" class="form-control"
     placeholder="Enter your search terms here" />
8898
8899              <div class="input-group-btn">
8900
8901                  <button type="button" class="btn btn-default dropdown-toggle"
     data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
8902
8903                      <input type="hidden" id="mobileSearchFolderId" value="1257" />
8904
8905                      <span class="mobile-search-tip">current site</span><span
     class="caret"></span>
8906
8907                      <span class="sr-only">Toggle Dropdown</span>
8908
8909                  </button>
8910
8911                  <ul class="dropdown-menu pull-right mobile-search-filter"
     role="menu">
8912
8913                      <li><a href="0" data-folderid="1257" class="active">current
     site</a></li>
8914
8915                      <li><a href="0" data-folderid="">all sites</a></li>
8916
8917                  </ul>
8918
8919                  <button id="mobile-search-button" type="button" class="btn
     btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
8920
8921              </div>
8922
8923          </div>
8924
8925      </div>
8926
8927  </div>
8928
8929
8930
8931  <script>
8932
8933      $(document).ready(function () {
8934
8935          // Add an item for the root node link to each sub-menu
8936
8937          $("#mobile-nav .dropdown-toggle").each(function () {
8938
8939              var dropdownHeader = $(this);
8940
```

```
8941            var dropdownMenu = dropdownHeader.next();
8942
8943
8944
8945            var newTitle = dropdownHeader.text() + " Home";
8946
8947            var newLink = dropdownHeader.attr("href");
8948
8949
8950
8951            var newTopItem = $(document.createElement("li"));
8952
8953            var newTopLink = $(document.createElement("a")).attr("href",
…  newLink).text(newTitle);
8954
8955
8956
8957            newTopItem.append(newTopLink);
8958
8959
8960
8961            dropdownMenu.prepend(newTopItem);
8962
8963        });
8964
8965
8966
8967        // Prevent sub-menu items from triggering collapse when clicked
8968
8969        $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
8970
8971            clickEvent.stopPropagation();
8972
8973        });
8974
8975
8976
8977        $('#mobile-nav').append('<li class="your-navs"><a
…  href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
8978
8979        $('#mobile-nav').append('<li class="your-navs"><a
…  href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
8980
8981        $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
…  target="_blank">MyCenturaHealth</a></li>');
8982
8983    });
8984
8985 </script>
8986
8987
8988
8989        <div class="contentPush"></div>
8990
8991        <div id="content" class="container-fluid snap-content">
8992
8993
8994
8995            <!--Header-->
8996
8997
8998
8999            <div>
9000
9001
9002
9003    <script type="text/javascript">
9004
```

```
//<![CDATA[

Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
ctl03', 'aspnetForm',
['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
ctl01$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl00$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
ctl02$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl02$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
ctl03$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl04$uxControlColumn$ctl00$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
ctl00$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl03$
uxWidgetHost$uxUpdatePanel',''], [], [], 90, 'ctl00');

//]]>

</script>





    <script type="text/javascript">

        Ektron.PBSettings = { 'dontClose': false }

    </script>









        <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">



        </div>

        <script id="EktronScriptBlock36d479c3f25843cda20cdfcc125d871c"
type="text/javascript">



Ektron.ready(function(event, eventName){



                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
.ui-dialog-buttonpane a").button();

                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
```

```
9047      .framework").accordion({
9048
9049                      heightStyle: "content",
9050
9051                      activate: function(event, ui){
9052
9053                          $ektron(ui).closest(".ui-accordion").accordion("refresh");
9054
9055                      }
9056
9057                  });
9058
9059                  $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
      handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
9060
9061
9062
9063  });
9064
9065
9066
9067
9068
9069  </script>
9070
9071
9072
9073
9074
9075
9076
9077      <div id="location-landing-header">
9078
9079          <div class="container">
9080
9081
9082
9083          <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">
9084
9085
9086
9087              <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
      data-ux-pagebuilder="DropZone">
9088
9089
9090
9091                          <div data-ux-pagebuilder="Column">
9092
9093
9094
9095                              <ul>
9096
9097
9098
9099                                  <li>
9100
9101
9102
9103          <div
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxUpdatePanel">
9104
9105
9106
9107                  <div data-ux-pagebuilder="Widget">
9108
9109
```

```
9110
9111              <div class="widgetBody">
9112
9113                  <span
     id="
···  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
···  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
···  id="EktronScriptBlockdf550fa199e84201bddc0596d517c0a8" type="text/javascript">
9114
9115
9116
9117              $ektron.extend(true, Ektron,
···  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
···  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
···  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
···  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9118
9119
9120
9121
9122
9123          </script></span>
9124
9125  <div class="container">
9126
9127          <div
     id="
···  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
···  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
9128
9129
9130
9131      <div id="landing-carousel" class="col-md-9 no-padding">
9132
9133          <div id="location-landing-full" class="carousel slide" data-ride="carousel"
···  data-wrap="true">
9134
9135              <div class="carousel-inner">
9136
9137
9138
9139
9140
9141
9142
9143
9144
9145
9146
9147                  <div
     id="
···  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
···  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
···  l00_UxSliderNoLink" class="item active">
9148
9149                      <img
     id="
···  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
···  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
···  l00_Image1" class="full"
···  src="/uploadedImages/Sample_Content/Graphics/Home_Page/Avista-lg.jpg?n=4160"
···  alt="Avista-Lg" />
9150
9151                      <div
     id="
···  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
···  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
···  l00_Div2" class="carousel-caption">
```

Page 285

```
9152
9153                            <p>Avista Adventist Hospital is becoming the hospital
      of choice for women in Colorado.</p>
9154
9155                            </div>
9156
9157                    </div>
9158
9159
9160
9161
9162
9163                    <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
 …   l01_UxSliderWithLink" class="item">
9164
9165                            <a
      href="/avh/specialties/breast-care-center/breast-surgical-care/" target="_self">
9166
9167                                    <img
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
 …   l01_UxImage" class="full"
 …   src="/uploadedImages/avistahospital/Content/AVH/Home/Carousels/
      GerlindeTynan_BreastSurgeon.jpg" alt="Breast Surgeon" />
9168
9169                                    <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
 …   l01_UxCaption" class="carousel-caption">
9170
9171                            <p>"I'm your breast surgeon for a short period of
      time, but I'm always your advocate," Dr. Gerlinde Tynan, Avista's dedicated breast
      surgeon. </p>
9172
9173                            </div>
9174
9175                            </a>
9176
9177                    </div>
9178
9179
9180
9181
9182
9183
9184
9185
9186
9187
9188
9189                    <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
 …   l02_UxSliderWithLink" class="item">
9190
9191                            <a href="/avh/about-us/awards/" target="_self">
9192
9193                                    <img
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
 …   l02_UxImage" class="full"
```

```
9193…  src="/uploadedImages/avistahospital/Content/AVH/Home/Carousels/Avista%20Womens%
   …  20Choice%20Award%20Web%20Banner_2a.jpg" alt="Avista Women&#39;s Choice Award" />
9194
9195                   <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
   …  l02_UxCaption" class="carousel-caption">
9196
9197                        <p>For six years straight, women have named Avista a
   …  top 100 hospital for patient experience. </p>
9198
9199                   </div>
9200
9201                 </a>
9202
9203              </div>
9204
9205
9206
9207
9208
9209
9210
9211
9212
9213
9214
9215                   <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
   …  l03_UxSliderWithLink" class="item">
9216
9217                        <a href="/avh/specialties/birth-center/" target="_self">
9218
9219                        <img
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
   …  l03_UxImage" class="full"
   …  src="/uploadedImages/avistahospital/Content/AVH/Home/Carousels/avistabirthcenter.jpg"
   …  alt="Avista Birth Center" />
9220
9221                        <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
   …  l03_UxCaption" class="carousel-caption">
9222
9223                        <p>We're expecting our 50,000th delivery. New
   …  miracles delivered daily at Avista's New Life Center. </p>
9224
9225                   </div>
9226
9227                 </a>
9228
9229              </div>
9230
9231
9232
9233
9234
9235
9236
9237
9238
9239          </div>
```

```
9240
9241
9242
9243              <div
     id="
     ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxNavigationControlsP
     anel">
9244
9245
9246
9247                  <a class="left carousel-control" href="#location-landing-full"
     data-slide="prev">
9248
9249                      <span class="glyphicon glyphicon-chevron-left"></span>
9250
9251                  </a>
9252
9253                  <a class="right carousel-control" href="#location-landing-full"
     data-slide="next">
9254
9255                      <span class="glyphicon glyphicon-chevron-right"></span>
9256
9257                  </a>
9258
9259
9260
9261              </div>
9262
9263          </div>
9264
9265      </div>
9266
9267
9268
9269          </div>
9270
9271      <div id="landing-column" class="col-md-3 no-padding">
9272
9273
9274
9275              <div
     id="
     ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxLandingPageBanner_UxWaitTime" class="yellow-block">
9276
9277                  <span class="er">ER:</span>
9278
9279                  <span class="min">0<sup>min</sup></span>
9280
9281                  <button
     id="
     ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxLandingPageBanner_UxViewAllButton" type="button"
     class="btn btn-orange btn-wait" title="view all"
     onclick="document.location.href=&#39;/AVH/Specialties/Emergency/&#39;;">view
     all</button>
9282
9283                  <a
     id="
     ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxLandingPageBanner_UxTellUsYoureComingLink" title="Tell
     Us You&#39;re Coming"
     href="https://www.itriagehealth.com/facility/avista-adventist-hospital-3503"
     target="_blank">Tell Us You're Coming</a>
9284
9285              </div>
9286
```

```
9287
9288
9289              <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_mapDiv" class="gmap">
9290
9291                  <div class="mask"></div>
9292
9293                  <iframe
   …  src="https://maps.google.com/maps?ll=39.9519697,-105.1515849&amp;z=10&amp;output=
   …  embed"
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
   …  width="425"></iframe>
9294
9295                  <a href="/Components/Templates/Directions.aspx?endaddress=100 Health Park
   …  Dr.,, Louisville  CO 80027"
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
   …  data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
   …  data-title="Directions" class="ilightbox btn btn-gmap"
   …  data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
   …  data-action="click" role="button">directions</a>
9296
9297          </div>
9298
9299
9300
9301          <div class="linx">
9302
9303
9304
9305                  <ul>
9306
9307
9308
9309                      <li><a href="#PreRegModal" target="_self" title="Patient
   …  Pre-Registration">Patient Pre-Registration</a></li>
9310
9311
9312
9313                      <li><a href="/Billing-and-Financial-Services/" target="_self"
   …  title="Billing &amp; Financial Services">Billing &amp; Financial Services</a></li>
9314
9315
9316
9317                      <li><a
   …  href="/AVH/For-Patients-and-Families/Spiritual-Care/Spiritual-Care/" target="_self"
   …  title="Spiritual Care">Spiritual Care</a></li>
9318
9319
9320
9321                  </ul>
9322
9323
9324
9325          </div>
9326
9327      </div>
9328
9329  </div>
9330
9331
9332
9333
```

Page 289

```
9334
9335                              </div>
9336
9337                    </div>
9338
9339
9340
9341          </div>
9342
9343
9344
9345                                        </li>
9346
9347
9348
9349                        </ul>
9350
9351                  </div>
9352
9353
9354
9355            </div>
9356
9357
9358
9359 </div>
9360
9361
9362
9363        </div>
9364
9365    </div>
9366
9367    <div class="container">
9368
9369        <div class="col-md-9">
9370
9371
9372
9373        <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
…  class="container">
9374
9375
9376
9377                <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
…  data-ux-pagebuilder="DropZone" class=" row">
9378
9379
9380
9381                    <div data-ux-pagebuilder="Column">
9382
9383
9384
9385                        <ul>
9386
9387
9388
9389                            <li>
9390
9391
9392
9393        <div
…  id="
…  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…  getHost_uxUpdatePanel">
9394
9395
9396
```

Page 290

```
9397                          <div data-ux-pagebuilder="Widget">
9398
9399
9400
9401                          <div class="widgetBody">
9402
9403
9404
9405    <div>
9406
9407        <h1 class="global-h1">Welcome to Avista Adventist Hospital</h1>
9408
9409    </div>
9410
9411
9412
9413                          </div>
9414
9415                      </div>
9416
9417
9418
9419        </div>
9420
9421
9422
9423                                                  </li>
9424
9425
9426
9427                                                  <li>
9428
9429
9430
9431            <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
      getHost_uxUpdatePanel">
9432
9433
9434
9435                  <div data-ux-pagebuilder="Widget">
9436
9437
9438
9439                      <div class="widgetBody">
9440
9441
9442
9443            <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
      getHost_uxWidgetHost_widget_CB">
9444
9445                  <p>Avista Adventist Hospital in Louisville, Colorado is a comprehensive
      medical center that provides a full-range of medical specialties and exceptional
      health care to the Louisville, Broomfield and the surrounding Boulder area
      communities. A 114-bed full service hospital,<span"> Avista provides first-rate Heart
      and Vascular and emergency care. Avista Hospital is home to a Joint and Spine Care
      Center specializing in hip and knee replacement and spine surgery. It is also widely
      recognized for its award-winning New Life Center, the Louisville and Boulder area's
      largest and most innovative birth center and home of the area's largest Neonatal
      Intensive Care Nursery.</span></p>
9446
9447            </div>
9448
9449
9450
```

Page 291

```
9451        <span
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
     getHost_uxWidgetHost_widget_errorLb"></span>
9452
9453
9454
9455                    </div>
9456
9457                </div>
9458
9459
9460
9461        </div>
9462
9463
9464
9465                                        </li>
9466
9467
9468
9469                            </ul>
9470
9471                        </div>
9472
9473
9474
9475                    <div data-ux-pagebuilder="Column" class='col-md-6'>
9476
9477
9478
9479                        <ul>
9480
9481
9482
9483                            <li>
9484
9485
9486
9487        <div
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
     getHost_uxUpdatePanel">
9488
9489
9490
9491                    <div data-ux-pagebuilder="Widget">
9492
9493
9494
9495                        <div class="widgetBody">
9496
9497                            <span
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxLatestNewslist_uxAccessPoint"><script
     id="EktronScriptBlock8c0bcf7441264d7c9ce0c6da252c1051" type="text/javascript">
9498
9499
9500
9501        $ektron.extend(true, Ektron,
     {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
     FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
     Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
     IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9502
9503
9504
```

```
            </script></span>

<div class="blue-news-box">

    <div class="news-block">

        <h2>Latest News</h2>

        <ul class="news-list">



                <li>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455514" ><time
datetime="5/5/2016 12:00:00 AM">May 5, 2016</time></a>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455514" >Avista
Adventist Hospital Receives the 2016 Women's Choice Award® as one of America's 100
Best Hospitals for Patient Experience</a>

                </li>



                <li>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455200" ><time
datetime="4/20/2016 12:00:00 AM">Apr 20, 2016</time></a>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455200" >Avista
Adventist Hospital Ranked in the Top 2 percent of Eligible Hospitals in the Nation
for Patient Safety and Patient Experience</a>

                </li>



                <li>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737454682" ><time
datetime="4/15/2016 12:00:00 AM">Apr 15, 2016</time></a>

                    <a
href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737454682" >Avista
Adventist Hospital Hosts Inaugural Inspiration in Women's Wellness Luncheon</a>

                </li>



        </ul>

        <button
id="
ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
getHost_uxWidgetHost_widget_UxLatestNewslist_UxButton" type="button" class="btn
btn-gray"
onclick="document.location.href=&#39;/AVH/Avista-Adventist-Hospital-News/&#39;;">read
more</button>
```

```
9553            </div>
9554
9555  </div>
9556
9557
9558
9559
9560
9561                    </div>
9562
9563                </div>
9564
9565
9566
9567      </div>
9568
9569
9570
9571                        </li>
9572
9573
9574
9575                    </ul>
9576
9577                </div>
9578
9579
9580
9581                    <div data-ux-pagebuilder="Column" class='col-md-6'>
9582
9583
9584
9585                </ul>
9586
9587
9588
9589                            <li>
9590
9591
9592
9593        <div
   … id="
   … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
   … getHost_uxUpdatePanel">
9594
9595
9596
9597            <div data-ux-pagebuilder="Widget">
9598
9599
9600
9601                <div class="widgetBody">
9602
9603                        <span
   … id="
   … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
   … getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
   … id="EktronScriptBlockba9f6e9e7456452e8e8d2e3f4a7669d9" type="text/javascript">
9604
9605
9606
9607        $ektron.extend(true, Ektron,
   … {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
   … FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   … Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   … IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9608
9609
```

```
        </script></span>




<div
id="
ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">


    <div class="media col-spacing-medium">

        <a class="pull-left " href='/AVH/Specialties/Birth-Center/' target='_self'
data-category="Featured Content" data-action="click" data-label="New Life Birth
Center">

            <img class="media-object" alt='New Life Birth Center at Avista'
src='/uploadedImages/avistahospital/Content/AVH/Home/Homepage_Features/birth home
feature callout.jpg' title='New Life Birth Center at Avista'>

        </a>

        <div class="media-body">

            <h4 class="media-heading"><a class=""
href='/AVH/Specialties/Birth-Center/' target='_self' data-category="Featured Content"
data-action="click" data-label="New Life Birth Center">New Life Birth Center</a></h4>

            <p>A Top 100 Hospital by WomenCertified, our birth center offers private
suites, Level III Neonatal Intensive Care Unit & nurse midwife delivery option.</p>

            <button type="button" class="btn btn-gray "
onclick="document.location.href='/AVH/Specialties/Birth-Center/';"
data-category="Featured Content" data-action="click" data-label="New Life Birth
Center">learn more</button>

        </div>

    </div>


        </div>




                        </div>

                    </div>


    </div>




                                        </li>



```

```
9665
9666
9667
9668
9669            <div
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…   getHost_uxUpdatePanel">
9670
9671
9672
9673                <div data-ux-pagebuilder="Widget">
9674
9675
9676
9677                    <div class="widgetBody">
9678
9679                        <span
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…   getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…   id="EktronScriptBlock011813e9f5ee4a8b8b5a191b55e3e317" type="text/javascript">
9680
9681
9682
9683        $ektron.extend(true, Ektron,
…   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9684
9685
9686
9687
9688
9689        </script></span>
9690
9691
9692
9693
9694
9695 <div
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
9696
9697
9698
9699     <div class="media col-spacing-medium">
9700
9701        <a class="pull-left " href='/AVH/Specialties/Joint-Care-Center/'
…   target='_self' data-category="Featured Content" data-action="click" data-label="Joint
…   Care Center">
9702
9703            <img class="media-object" alt='Joint Care Center at Avista '
…   src='/uploadedImages/avistahospital/Content/AVH/Home/Homepage_Features/
…   service_callout_SeniorHealth1.jpg' title='Joint Care Center at Avista '>
9704
9705        </a>
9706
9707        <div class="media-body">
9708
9709            <h4 class="media-heading"><a class=""
…   href='/AVH/Specialties/Joint-Care-Center/' target='_self' data-category="Featured
…   Content" data-action="click" data-label="Joint Care Center">Joint Care
…   Center</a></h4>
9710
9711                <p>Goodbye joint pain, hello life! Join thousands who have been restored
```

```
9711…   to a life of activity & comfort.</p>
9712
9713               <button type="button" class="btn btn-gray "
  …    onclick="document.location.href='/AVH/Specialties/Joint-Care-Center/';"
  …    data-category="Featured Content" data-action="click" data-label="Joint Care
  …    Center">learn more</button>
9714
9715           </div>
9716
9717       </div>
9718
9719
9720
9721           </div>
9722
9723
9724
9725
9726
9727                   </div>
9728
9729               </div>
9730
9731
9732
9733       </div>
9734
9735
9736
9737                                       </li>
9738
9739
9740
9741                                       <li>
9742
9743
9744
9745           <div
  …    id="
  …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
  …    getHost_uxUpdatePanel">
9746
9747
9748
9749                   <div data-ux-pagebuilder="Widget">
9750
9751
9752
9753                       <div class="widgetBody">
9754
9755                           <span
  …    id="
  …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
  …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
  …    id="EktronScriptBlockef7972ecba234dada498788c51997461" type="text/javascript">
9756
9757
9758
9759
          $ektron.extend(true, Ektron,
  …    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
  …    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
  …    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
  …    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9760
9761
9762
9763
9764
```

```
9765                    </script></span>
9766
9767
9768
9769
9770
9771  <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
9772
9773
9774
9775      <div class="media col-spacing-medium">
9776
9777          <a class="pull-left " href='/AVH/Specialties/Spine-Care-Program/'
   …  target='_self' data-category="Featured Content" data-action="click" data-label="Spine
   …  Care Program">
9778
9779              <img class="media-object" alt='Spine Care Program at Avista'
   …  src='/uploadedImages/avistahospital/Content/AVH/Home/Homepage_Features/
      service_callout_HealthyLiving2.jpg' title='Spine Care Program at Avista'>
9780
9781          </a>
9782
9783          <div class="media-body">
9784
9785              <h4 class="media-heading"><a class=""
   …  href='/AVH/Specialties/Spine-Care-Program/' target='_self' data-category="Featured
      Content" data-action="click" data-label="Spine Care Program">Spine Care
   …  Program</a></h4>
9786
9787              <p>Advanced treatment options with a path to hope and healing.</p>
9788
9789              <button type="button" class="btn btn-gray "
   …  onclick="document.location.href='/AVH/Specialties/Spine-Care-Program/';"
   …  data-category="Featured Content" data-action="click" data-label="Spine Care
      Program">learn more</button>
9790
9791          </div>
9792
9793      </div>
9794
9795
9796
9797      </div>
9798
9799
9800
9801
9802
9803                      </div>
9804
9805                  </div>
9806
9807
9808
9809      </div>
9810
9811
9812
9813                                      </li>
9814
9815
9816
9817                              </ul>
9818
9819                          </div>
```

```
9820
9821
9822
9823                                 <div data-ux-pagebuilder="Column" class='col-md-6'>
9824
9825
9826
9827                                       <ul>
9828
9829
9830
9831                                             <li>
9832
9833
9834
9835          <div
 …     id="
 …     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl03_uxControlColumn_ctl00_uxWid
 …     getHost_uxUpdatePanel">
9836
9837
9838
9839                       <div data-ux-pagebuilder="Widget">
9840
9841
9842
9843                             <div class="widgetBody">
9844
9845                                   <span
 …     id="
 …     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl03_uxControlColumn_ctl00_uxWid
 …     getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
 …     id="EktronScriptBlocke048ec794a464e7381caf8c7de738e7e" type="text/javascript">
9846
9847
9848
9849          $ektron.extend(true, Ektron,
 …     {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
 …     FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
 …     Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
 …     IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9850
9851
9852
9853
9854
9855          </script></span>
9856
9857     <div
 …     id="
 …     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl03_uxControlColumn_ctl00_uxWid
 …     getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
9858
9859
9860
9861       <div class="read-more">
9862
9863           <div>
9864
9865                <a href='#ek_cf_default_btn' class="thumbnail provider-finder"
 …     target='_self' data-category="Featured Content" data-action="click" data-label="Find
 …     a Doctor">
9866
9867                   <img alt='Find a Doctor'
 …     src='/uploadedImages/avistahospital/Content/AVH/Featured_Item/applestethoscope.png'
 …     title='Find a Doctor' /></a>
9868
9869                 <h3><a class="provider-finder" href='#ek_cf_default_btn' target='_self'
```

```
9869  data-category="Featured Content" data-action="click" data-label="Find a Doctor">Find
…     a Doctor</a></h3>
9870
9871              <p>Get started on your journey to healthier today. Find a doctor or
…     office to help you get there.</p>
9872
9873          </div>
9874
9875          <button type="button" class="btn btn-gray provider-finder"
…     onclick="document.location.href='#ek_cf_default_btn';" data-category="Featured
…     Content" data-action="click" data-label="Find a Doctor">find a doctor</button>
9876
9877      </div>
9878
9879
9880
9881          </div>
9882
9883
9884
9885
9886
9887
9888
9889
9890
9891                  </div>
9892
9893              </div>
9894
9895
9896
9897      </div>
9898
9899
9900
9901                                  </li>
9902
9903
9904
9905                          </ul>
9906
9907                      </div>
9908
9909
9910
9911                      <div data-ux-pagebuilder="Column" class='col-md-6'>
9912
9913
9914
9915                  <ul>
9916
9917
9918
9919                              <li>
9920
9921
9922
9923          <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
…     getHost_uxUpdatePanel">
9924
9925
9926
9927              <div data-ux-pagebuilder="Widget">
9928
9929
```

```
9930
9931              <div class="widgetBody">
9932
9933                  <span
...  id="
...  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
...  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
...  id="EktronScriptBlock8db4061874b54c6aa12960f250412ca5" type="text/javascript">
9934
9935
9936
9937          $ektron.extend(true, Ektron,
...  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
...  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
...  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
...  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
9938
9939
9940
9941
9942
9943          </script></span>
9944
9945 <div
...  id="
...  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
...  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
9946
9947
9948
9949      <div class="read-more">
9950
9951          <div>
9952
9953              <a
...  href='https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=116&aid=CENTURA'
...  class="thumbnail " target='_blank' data-category="Featured Content"
...  data-action="click" data-label="Health & Wellness Classes">
9954
9955                      <img alt='Community Events Classes'
...  src='/uploadedImages/stanthonyhosp/Content/SAH/Featured_Item/
...  events_RedTennisShoes_center.png' title='Community Events Classes' /></a>
9956
9957              <h3><a class=""
...  href='https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=116&aid=CENTURA'
...  target='_blank' data-category="Featured Content" data-action="click"
...  data-label="Health & Wellness Classes">Health & Wellness Classes</a></h3>
9958
9959                  <p>Take a step towards a healthier you with family education and wellness
...  events. </p>
9960
9961          </div>
9962
9963          <button type="button" class="btn btn-gray "
...  onclick="window.open('https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=116&aid
...  =CENTURA');" data-category="Featured Content" data-action="click" data-label="Health
...  & Wellness Classes">view upcoming classes & events</button>
9964
9965      </div>
9966
9967
9968
9969          </div>
9970
9971
9972
9973
9974
```

```
                                  </div>

                        </div>


            </div>



                                          </li>



                              </ul>

                        </div>



                        <div data-ux-pagebuilder="Column" class='col-md-12'>



                              <ul>



                              </ul>

                        </div>



                  </div>



</div>



        </div>

        <div class="col-md-1"></div>

        <div class="col-md-3">



        <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">



              <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
data-ux-pagebuilder="DropZone">



                              <div data-ux-pagebuilder="Column">
```

```
10042
10043                                        <ul>
10044
10045
10046
10047                                              <li>
10048
10049
10050
10051           <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxUpdatePanel">
10052
10053
10054
10055                   <div data-ux-pagebuilder="Widget">
10056
10057
10058
10059                       <div class="widgetBody">
10060
10061
10062
10063
10064
10065           <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
 …   getHost_uxWidgetHost_widget_divBreak" style="height: 20px;"></div>
10066
10067
10068
10069                   </div>
10070
10071                   </div>
10072
10073
10074
10075       </div>
10076
10077
10078
10079                                              </li>
10080
10081
10082
10083                                              <li>
10084
10085
10086
10087           <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
 …   getHost_uxUpdatePanel">
10088
10089
10090
10091                   <div data-ux-pagebuilder="Widget">
10092
10093
10094
10095                       <div class="widgetBody">
10096
10097                               <span
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
 …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
```

```
10097…  id="EktronScriptBlockebed73db1b5d4dba5a8603a4c07259a1c" type="text/javascript">
10098
10099
10100
10101        $ektron.extend(true, Ektron,
    …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
10102
10103
10104
10105
10106
10107        </script></span>
10108
10109  <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
10110
10111
10112
10113      <div class="read-more">
10114
10115          <div>
10116
10117              <a href='/avh/about-us/avista-hospital-foundation/' class="thumbnail "
    …  target='_self' data-category="Featured Content" data-action="click"
    …  data-label="Avista Hospital Foundation">
10118
10119                  <img alt='Avista Hospital Foundation'
    …  src='/uploadedImages/avistahospital/Content/AVH/About_Us/Foundation/foundationhome.
    …  jpg' title='Avista Hospital Foundation' /></a>
10120
10121              <h3><a class="" href='/avh/about-us/avista-hospital-foundation/'
    …  target='_self' data-category="Featured Content" data-action="click"
    …  data-label="Avista Hospital Foundation">Avista Hospital Foundation</a></h3>
10122
10123              <p>Together we can help to grow a healthier community.</p>
10124
10125          </div>
10126
10127          <button type="button" class="btn btn-gray "
    …  onclick="document.location.href='/avh/about-us/avista-hospital-foundation/';"
    …  data-category="Featured Content" data-action="click" data-label="Avista Hospital
    …  Foundation">learn about the foundation</button>
10128
10129      </div>
10130
10131
10132
10133          </div>
10134
10135
10136
10137
10138
10139
10140
10141
10142
10143                  </div>
10144
10145              </div>
10146
10147
10148
```

```
10149              </div>
10150
10151
10152
10153                                          </li>
10154
10155
10156
10157                                          <li>
10158
10159
10160
10161          <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
 …   getHost_uxUpdatePanel">
10162
10163
10164
10165                  <div data-ux-pagebuilder="Widget">
10166
10167
10168
10169                      <div class="widgetBody">
10170
10171                          <span
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
 …   getHost_widget_UxFeaturedItem_UxAccessPoint"><script
 …   id="EktronScriptBlock3e8b23749ce1432b92668bf9307c1d36" type="text/javascript">
10172
10173
10174
10175          $ektron.extend(true, Ektron,
 …   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
 …   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
 …   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
 …   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
10176
10177
10178
10179
10180
10181          </script></span>
10182
10183   <div
 …   id="
 …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
 …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
10184
10185
10186
10187      <div class="read-more">
10188
10189          <div>
10190
10191              <a href='/AVH/Health-and-Wellness/Fall-Prevention/' class="thumbnail "
 …   target='_self' data-category="Featured Content" data-action="click"
 …   data-label="Balance & Fall Prevention">
10192
10193              <img alt='Fall Prevention Classes'
 …   src='/uploadedImages/avistahospital/Content/AVH/Wellness/Fall_Prevention/
 …   fallprevention.jpg' title='Fall Prevention Classes' /></a>
10194
10195              <h3><a class="" href='/AVH/Health-and-Wellness/Fall-Prevention/'
 …   target='_self' data-category="Featured Content" data-action="click"
 …   data-label="Balance & Fall Prevention">Balance & Fall Prevention</a></h3>
10196
```

Page 305

```
10197              <p>Falls can diminish your ability to lead an active and independent
  …    life. Our programs can  reduce fall risks for older adults through a combination of
  …    exercise and risk education.</p>
10198
10199          </div>
10200
10201          <button type="button" class="btn btn-gray "
  …    onclick="document.location.href='/AVH/Health-and-Wellness/Fall-Prevention/';"
  …    data-category="Featured Content" data-action="click" data-label="Balance & Fall
  …    Prevention">Learn More</button>
10202
10203      </div>
10204
10205
10206
10207          </div>
10208
10209
10210
10211
10212
10213
10214
10215
10216
10217                  </div>
10218
10219              </div>
10220
10221
10222
10223      </div>
10224
10225
10226
10227                                      </li>
10228
10229
10230
10231                                      <li>
10232
10233
10234
10235          <div
  …    id="
  …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
  …    getHost_uxUpdatePanel">
10236
10237
10238
10239              <div data-ux-pagebuilder="Widget">
10240
10241
10242
10243              <div class="widgetBody">
10244
10245                  <span
  …    id="
  …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
  …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
  …    id="EktronScriptBlock5c2750d009624ea08ca7db98595b2168" type="text/javascript">
10246
10247
10248
10249          $ektron.extend(true, Ektron,
  …    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
  …    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
  …    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
```

Page 306

```
10249    IsToolBarEnabledForTemplate":true,"IsDeviceHTML5":true}});
10250
10251
10252
10253
10254
10255            </script></span>
10256
10257  <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
10258
10259
10260
10261        <div class="read-more">
10262
10263            <div>
10264
10265                <a href='/AVH/About-Us/Foundation/Healing-Angels/' class="thumbnail "
    …  target='_self' data-category="Featured Content" data-action="click" data-label="Would
    …  you like to honor your caregiver?">
10266
10267                    <img alt='Healing Angels'
    …  src='/uploadedImages/avistahospital/Content/AVH/Home/Homepage_Features/Healing-Angels
    …  .png' title='Healing Angels' /></a>
10268
10269                <h3><a class="" href='/AVH/About-Us/Foundation/Healing-Angels/'
    …  target='_self' data-category="Featured Content" data-action="click" data-label="Would
    …  you like to honor your caregiver?">Would you like to honor your caregiver?</a></h3>
10270
10271                <p>Together we have the power to touch lives.</p>
10272
10273            </div>
10274
10275            <button type="button" class="btn btn-gray "
    …  onclick="document.location.href='/AVH/About-Us/Foundation/Healing-Angels/';"
    …  data-category="Featured Content" data-action="click" data-label="Would you like to
    …  honor your caregiver?">Learn More</button>
10276
10277        </div>
10278
10279
10280
10281        </div>
10282
10283
10284
10285
10286
10287
10288
10289
10290
10291                    </div>
10292
10293                </div>
10294
10295
10296
10297        </div>
10298
10299
10300
10301                                        </li>
10302
10303
10304
```

```
10305                                          </ul>
10306
10307                                      </div>
10308
10309
10310
10311                          </div>
10312
10313
10314
10315  </div>
10316
10317
10318
10319              </div>
10320
10321          </div>
10322
10323
10324
10325                      <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
10326
10327                  </div>
10328
10329
10330
10331              <!--Footer-->
10332
10333
10334
10335
10336
10337
10338
10339  <div id="footer">
10340
10341
10342
10343      <div class="footer-desktop">
10344
10345          <div class="container">
10346
10347              <div class="row">
10348
10349                  <div class="col-md-12">
10350
10351                      <a class="footer-logo-desktop" href="/">
10352
10353
10354
10355                          <img alt="centura-health"
     …  src="/css/imgs/logo-centura-health.png" />
10356
10357
10358
10359                      </a>
10360
10361                  </div>
10362
10363              </div>
10364
10365              <div class="row">
10366
10367                  <div class="col-md-3">
10368
10369                      <nav class="footer-nav-links">
10370
10371                          <ul>
```

```
10372
10373
10374
10375                                    <li>
10376
10377                                            <a href='/AVH/Specialties/' class=""
        target='_self'>Specialties </a>
10378
10379                                    </li>
10380
10381
10382
10383                                    <li>
10384
10385                                            <a href='/For-Patients-and-Families/'
        class="" target='_self'>For Patients & Families </a>
10386
10387                                    </li>
10388
10389
10390
10391                                    <li>
10392
10393                                            <a
        href='http://www.avistahospital.org/about-us' class="" target='_self'>About Us </a>
10394
10395                                    </li>
10396
10397
10398
10399                                    <li>
10400
10401                                            <a href='/AVH/Community/' class=""
        target='_self'>Community </a>
10402
10403                                    </li>
10404
10405
10406
10407                                    <li>
10408
10409                                            <a href='/AVH/Health-and-Wellness/' class=""
        target='_self'>Health & Wellness </a>
10410
10411                                    </li>
10412
10413
10414
10415                                    <li>
10416
10417                                            <a
        href='/AVH/Avista-Adventist-Hospital-News/' class="" target='_self'>News </a>
10418
10419                                    </li>
10420
10421
10422
10423                            </ul>
10424
10425                        </nav>
10426
10427                    </div>
10428
10429                    <div class="col-md-3">
10430
10431                        <nav class="footer-nav-links">
10432
10433                            <ul>
```

```
10434
10435
10436
10437                                    <li>
10438
10439                                        <a href='/AVH/Specialties/Emergency/'
…     class="" target='_self'>ER Wait Times </a>
10440
10441                                    </li>
10442
10443
10444
10445                                    <li>
10446
10447                                        <a href='/AVH/Specialties/Birth-Center/'
…     class="" target='_self'>Birth Center </a>
10448
10449                                    </li>
10450
10451
10452
10453                                    <li>
10454
10455                                        <a href='/AVH/Specialties/Joint-Care-Center/'
…     class="" target='_self'>Joint Care </a>
10456
10457                                    </li>
10458
10459
10460
10461                                    <li>
10462
10463                                        <a
…     href='/AVH/Specialties/Spine-Care-Program/' class="" target='_self'>Spine Care
      Program </a>
10464
10465                                    </li>
10466
10467
10468
10469                                    <li>
10470
10471                                        <a
…     href='/AVH/Specialties/Heart---Vascular-Care/' class="" target='_self'>Cardiac Care
      </a>
10472
10473                                    </li>
10474
10475
10476
10477                                    <li>
10478
10479                                        <a
…     href='/AVH/Specialties/Breast-Care-Center/' class="" target='_self'>Breast Care
      Center </a>
10480
10481                                    </li>
10482
10483
10484
10485                                </ul>
10486
10487                            </nav>
10488
10489                        </div>
10490
10491                        <div class="col-md-3">
10492
```

```
10493                        <nav class="footer-nav-links">
10494
10495                            <ul class="go-gray">
10496
10497
10498
10499                                    <li>
10500
10501                                        <a href='/Our-Network/' class=""
    …  target=''>Our Network </a>
10502
10503                                    </li>
10504
10505
10506
10507                                    <li>
10508
10509                                        <a href='/Home/ADA-Compliance/' class=""
    …  target=''>ADA Compliance </a>
10510
10511                                    </li>
10512
10513
10514
10515                                    <li>
10516
10517                                        <a href='/Careers-and-Education/' class=""
    …  target=''>Careers & Education </a>
10518
10519                                    </li>
10520
10521
10522
10523                                    <li>
10524
10525                                        <a href='/Home/Disclaimer/' class=""
    …  target=''>Disclaimer </a>
10526
10527                                    </li>
10528
10529
10530
10531                                    <li>
10532
10533                                        <a
    href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
    …  Security Policy </a>
10534
10535                                    </li>
10536
10537
10538
10539                                <li>&copy; 2016  Centura Health</li>
10540
10541                            </ul>
10542
10543                        </nav>
10544
10545                    </div>
10546
10547                    <div class="col-md-3">
10548
10549                        <div class="contact-wrap">
10550
10551                            <ul class="pay-list">
10552
10553
10554
```

```
10555
10556
10557                                              <a href='/AVH/Contact-Us/' class=""
 …    target='_self'>Contact Us </a>
10558
10559                                         </li>
10560
10561
10562
10563                                     <li>
10564
10565                                              <a href='/AVH/Community/Volunteer/' class=""
 …    target='_self'>Volunteer </a>
10566
10567                                         </li>
10568
10569
10570
10571                                     <li>
10572
10573                                         <a
 …    href='http://www.avistahospitalfoundation.org' class="" target='_blank'>Donate </a>
10574
10575                                         </li>
10576
10577
10578
10579                                     <li>
10580
10581                                         <a
 …    href='/For-Patients-and-Families/Billing-and-Financial-Services/Online-Bill-Pay/'
 …    class="" target='_self'>Online Bill Pay </a>
10582
10583                                         </li>
10584
10585
10586
10587                                 </ul>
10588
10589
10590
10591                             <strong class="title">Connect With Us</strong>
10592
10593                             <ul class="social-networks">
10594
10595
10596
10597                                     <li class='facebook'>
10598
10599                                         <a
 …    href='http://www.facebook.com/avistaadventisthospital' target='_blank'> </a>
10600
10601                                         </li>
10602
10603
10604
10605                                     <li class='twitter'>
10606
10607                                         <a
 …    href='http://www.twitter.com/avistahospital' target='_blank'> </a>
10608
10609                                         </li>
10610
10611
10612
10613                                 </ul>
10614
10615
```

```
10616                            </div>
10617
10618
10619                        </div>
10620
10621                    </div>
10622
10623                </div>
10624
10625            <div class="footer-mobile">
10626
10627                <div class="row">
10628
10629
10630
10631                        <div class="col-sm-12 text-center">
10632
10633                            <h2>Connect With Us</h2>
10634
10635                            <nav class="faux-table">
10636
10637                                <ul class="social-networks">
10638
10639
10640
10641                                    <li class='facebook'>
10642
10643                                        <a
    …   href='http://www.facebook.com/avistaadventisthospital' target='_blank'> </a>
10644
10645                                    </li>
10646
10647
10648
10649                                    <li class='twitter'>
10650
10651                                        <a
    …   href='http://www.twitter.com/avistahospital' target='_blank'> </a>
10652
10653                                    </li>
10654
10655
10656
10657                                </ul>
10658
10659                            </nav>
10660
10661                        </div>
10662
10663
10664
10665                </div>
10666
10667                <div class="row">
10668
10669                    <div class="col-sm-12 text-center">
10670
10671                        <nav class="faux-table">
10672
10673                            <ul class="disclaimers">
10674
10675
10676
10677                                <li>
10678
10679                                    <a href='/Our-Network/' class=""
    …   target="_blank">Our Network </a>
10680
```

```
                                                </li>

                                        <li>

                                                <a href='/Home/ADA-Compliance/' class=""
target="_blank">ADA Compliance </a>

                                        </li>


                                        <li>

                                                <a href='/Careers-and-Education/' class=""
target="_blank">Careers & Education </a>

                                        </li>



                                        <li>

                                                <a href='/Home/Disclaimer/' class=""
target="_blank">Disclaimer </a>

                                        </li>



                                        <li>

                                                <a
href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
& Security Policy </a>

                                        </li>




                                </ul>

                        </nav>

                </div>

            </div>

            <div class="row">

                <div class="col-sm-12 text-center">

                        <span class="copyright">2016 Centura Health</span>

                </div>

            </div>

        </div>

    </div>



    <div class="link-to-top">

        <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
```

```
10744
10745        </div>
10746
10747
10748
10749      <div id="drawer-content">
10750
10751            <iframe id="drawer-iframe" src="about:blank"
        allowtransparency="true"></iframe>
10752
10753      </div>
10754
10755
10756
10757                <script type="text/javascript">
10758
10759          setTimeout(function(){var a=document.createElement("script");
10760
10761          var b=document.getElementsByTagName("script")[0];
10762
10763
        a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
        Math.floor(new Date().getTime()/3600000);
10764
10765          a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
10766
10767          </script>
10768
10769 </div>
10770
10771
10772
10773          </div>
10774
10775
10776
10777 <div class="snap-drawers hidden-print">
10778
10779      <div class="snap-drawer snap-drawer-left">
10780
10781          <div class="open-close">
10782
10783              <div class="searcher-wrap">
10784
10785                  <div class="searcher">
10786
10787                      <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
        type="text" id="hamburgerSearchBox" />
10788
10789                      <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
        value="" id="ctl00_UxHamburgermenu_drawersearch" />
10790
10791                  </div>
10792
10793                  <a href="#" class="closer"><span class="glyphicon
        glyphicon-remove"></span></a>
10794
10795                  <div class="site-options">
10796
10797                      Search:
10798
10799                      <input type="radio" name="site" value="current site"
        checked="checked" folderid="1257" data-folderid="1257" /><span>Current Site</span>
10800
10801                      <input type="radio" name="site" value="all sites"
        data-folderid="0" /><span>All Sites</span>
10802
10803                  </div>
```

```
                </div>


            <ul class="feature-list">



                    <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
… class="physician-finder">Find a Doctor</a></li>



                    <li class="four"><a
… href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>

                    <li class="three"><a href="/MyCenturaHealth/"
… target="_blank">MyCenturaHealth</a></li>

                </ul>

            </div>

        </div>

</div>



<script type="text/javascript">

    function ValidateSearch(e) {

        var txtValue = document.getElementById('hamburgerSearchBox').value;

        if (txtValue == "") {

            $(".searcher").css("background-color", "#FBC2C4");

            $(".searcher input").css("background-color", "#FBC2C4");

            e.preventDefault();

            return false;

        }

        else {

            e.preventDefault();

            hamburgerSearch();

        }

    }


    $(".searcher input[type='submit']").click(function (e) {

        ValidateSearch(e);

    });

    $(".searcher input[type='text']").keyup(function (event) {
```

```
10869         if (event.which == 13 ) {
10870
10871             var txtValue = document.getElementById('hamburgerSearchBox').value;
10872
10873                 if (txtValue != "") {
10874
10875                     event.preventDefault();
10876
10877                     hamburgerSearch();
10878
10879                     return false;
10880
10881                 }
10882
10883                 if (txtValue == "") {
10884
10885                     $(".searcher").css("background-color", "#FBC2C4");
10886
10887                     $(".searcher input").css("background-color", "#FBC2C4");
10888
10889                     return false;
10890
10891                 }
10892
10893             }
10894
10895             else {
10896
10897                 $(".searcher").css("background-color", "#ACACAC");
10898
10899                 $(".searcher input").css("background-color", "#ACACAC");
10900
10901             }
10902
10903     });
10904
10905
10906
10907         function hamburgerSearch() {
10908
10909             var txtValue = document.getElementById('hamburgerSearchBox').value;
10910
10911             $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
     … + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
10912
10913             $('#drawer-content iframe').attr('src',
     … '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
     … $('#searchFolderId').val());
10914
10915         }
10916
10917 </script>
10918
10919
10920
10921
10922
10923         <!--<script src="/js/jquery-min.js"></script>-->
10924
10925         <script src="//code.jquery.com/jquery.min.js"></script>
10926
10927         <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
10928
10929         <script src="/js/bootstrap.min.js"></script>
10930
10931
10932
10933         <!--[if (gt IE 9)|!(IE)]><!-->
```

```
10934
10935          <script src="/js/snap.min.js"></script>
10936
10937          <!--<![endif]-->
10938
10939          <!--[if lt IE 10 ]> <script src="/js/snap-ie9.min.js"></script> <![endif]-->
10940
10941
10942
10943
10944
10945          <script type="text/javascript"
     src="/js/jquery.requestAnimationFrame.js"></script>
10946
10947          <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
10948
10949          <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
10950
10951          <script type="text/javascript" src="/js/responsive-tabs.js"></script>
10952
10953          <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
10954
10955          <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
10956
10957          <script type="text/javascript" src="/js/googleEventTracking.js"></script>
10958
10959          <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
10960
10961          <script type="text/javascript" src="/js/zipCodeModal.js"></script>
10962
10963
10964
10965          <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
     aria-labelledby="myModalLabel" aria-hidden="true">
10966
10967              <div class="modal-dialog">
10968
10969                  <div class="modal-content">
10970
10971                      <div class="modal-header">
10972
10973                          <button type="button" class="close" data-dismiss="modal"
     aria-hidden="true">&times;</button>
10974
10975                          <h4 class="modal-title" id="myModalLabel">Your Current Saved
     Zip Code: <strong id="savedZipCode"></strong></h4>
10976
10977                      </div>
10978
10979                      <div class="modal-body">
10980
10981                          <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
     a zip code to match the location nearest you.<br /><br /></p>
10982
10983                          <hr />
10984
10985                          <div class="panel panel-default">
10986
10987                              <div class="panel-heading"><strong>Changing Your Saved
     Zip Code</strong></div>
10988
10989                              <div class="panel-body">
10990
10991                                  <div class="input-group">
10992
10993                                      <span class="input-group-addon">Your Zip
     Code</span>
10994
```

```
10995                              <input type="text" class="form-control"
    …   placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
10996
10997                                      </div>
10998
10999                                  </div>
11000
11001                              </div>
11002
11003
11004
11005                          </div>
11006
11007                          <div class="modal-footer">
11008
11009                              <button type="button" class="btn btn-default"
    …   data-dismiss="modal">Close</button>
11010
11011                              <input type="button" id="saveZipCodeChanges" class="btn
    …   btn-primary" value="Save changes" />
11012
11013                          </div>
11014
11015                      </div>
11016
11017                  </div>
11018
11019          </div>
11020
11021
11022
11023          <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
    …   aria-labelledby="directions-modal-label" aria-hidden="true">
11024
11025              <div class="modal-dialog" style="width: 840px">
11026
11027                  <div class="modal-content" style="width: 100%">
11028
11029                      <div class="modal-header">
11030
11031                          <button type="button" class="close" data-dismiss="modal"
    …   aria-hidden="true">&times;</button>
11032
11033                          <h4 class="modal-title"
    …   id="directions-modal-label">Directions</h4>
11034
11035                      </div>
11036
11037                      <div class="modal-body" style="width: 100%">
11038
11039                          <iframe width="800" height="550" scrolling="no"
    …   frameborder="0" id="er-directions-iframe"></iframe>
11040
11041                      </div>
11042
11043                      <div class="modal-footer">
11044
11045                          <button type="button" class="btn btn-default"
    …   data-dismiss="modal">Close</button>
11046
11047                      </div>
11048
11049                  </div>
11050
11051              </div>
11052
11053          </div>
11054
```

```
11055
11056
11057            <div class="modal fade" id="browser-warning-modal" tabindex="-1"
…    role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
11058
11059              <div class="modal-dialog">
11060
11061                <div class="modal-content">
11062
11063                  <div class="modal-header">
11064
11065                    <button type="button" class="close" data-dismiss="modal"
…    aria-hidden="true">&times;</button>
11066
11067                    <h4 class="modal-title" id="browser-warning-modal-label">
11068
11069                        Please upgrade your browser</h4>
11070
11071                  </div>
11072
11073                  <div class="modal-body">
11074
11075                    For the best site viewing experience please upgrade your
…    browser to Internet Explorer 9 or above.
11076
11077                  </div>
11078
11079                  <div class="modal-footer">
11080
11081                    <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
11082
11083                  </div>
11084
11085                </div>
11086
11087              </div>
11088
11089            </div>
11090
11091
11092
11093            <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
…    aria-labelledby="whats-this-modal-label" aria-hidden="true">
11094
11095              <div class="modal-dialog">
11096
11097                <div class="modal-content">
11098
11099                  <div class="modal-header">
11100
11101                    <button type="button" class="close" data-dismiss="modal"
…    aria-hidden="true">&times;</button>
11102
11103                    <h4 class="modal-title" id="whats-this-modal-label"></h4>
11104
11105                  </div>
11106
11107                  <div class="modal-body" id="whats-this-modal-body"></div>
11108
11109                  <div class="modal-footer">
11110
11111                    <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
11112
11113                  </div>
11114
11115                </div>
```

```
11116
11117                    </div>
11118
11119            </div>
11120
11121
11122
11123            <div id="pre-reg-modal" class="modal-main" style="display: none">
11124
11125                <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
11126
11127                <div class="modal-pre-reg">
11128
11129                    <div id="pre-reg-modal-close" class="big-modal-close" style="display:
…    block;">X</div>
11130
11131                    <iframe width="800" height="1800" scrolling="no" frameborder="0"
…    class="preregmodal" id="preregmodal-iframe"></iframe>
11132
11133                </div>
11134
11135            </div>
11136
11137            <script type="text/javascript" src="/js/EktronJS.js"></script>
11138
11139            <div id="ctl00_liveagent" class="live-agent-code-file"></div>
11140
11141
11142
11143            <div class="live-agent-code">
11144
11145
11146
11147            </div>
11148
11149            <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
…    class="hdnLiveAgentURL" />
11150
11151
11152
11153
11154
11155
11156
11157        </form>
11158
11159
11160
11161        <div id="ctl00_Panel1">
11162
11163
11164
11165            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
11166
11167
11168
11169    </div>
11170
11171        <script>
11172
11173            $('.flik-thumbnails-slider').magnificPopup({
11174
11175                delegate: 'a',
11176
11177                type: 'image',
11178
11179                image: {
11180
```

```
                    titlesrc: title

                },

            gallery: {

                    enabled: true,

                    preload: [0, 1],

                    navigateByImgClick: true

                }

        });




        $('.flik-slider-container').flikSlider();



        $('.flik-timeline').flikScrollEffect();



        //flikScrollEffect($('.flik-timeline'));

    </script>

    <script>

        function handleCloseSurvey() {

            var el = document.querySelector('.survey-container .close'),

                eventName = "click",

                handler = function () {

                    Cookies.set('surveytab', true, { expires: 7 });

                    document.querySelector('.survey-container').style.display = 'none';

                };


            if (el.addEventListener) {

                    el.addEventListener(eventName, handler);

            } else {

                    el.attachEvent('on' + eventName, function () {

                        handler.call(el);

                    });

            }

        }
```

```
                  if (document.readyState != 'loading') {

                      handleCloseSurvey();

              } else if (document.addEventListener) {

                  document.addEventListener('DOMContentLoaded', handleCloseSurvey);

              } else {

                  document.attachEvent('onreadystatechange', function () {

                      if (document.readyState != 'loading')

                          handleCloseSurvey();

                  });

              }

          </script>

</body>

</html>


*****************************************************
The following data is from avistahospital_org-colon-20160919-gtm_js_id_GTM-Z6TQ.txt
*****************************************************
// Copyright 2012 Google Inc. All rights reserved.
// Container Version: 213
(function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
eval(s);};})(window,'google_tag_manager');(function(){




var __cegg;(function(){var
a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
isVendorTemplate=!0})(function(b){try{var
c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else{b[""]&&(C.
CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
.net"+e+"?"+Math.floor((new Date).getTime()/
36E5),b["55"],b["56"]);a[c]=!0}else v(b["56"])}catch(f){v(b["56"])}})})();var
Ca=this,Da=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a){if(a instanceof
Array)return"array";if(a instanceof Object)return b;var
c=Object.prototype.toString.call(a);if("[object
Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
return"null";
else if("function"==b&&"undefined"==typeof a.call)return"object";return
b},Ea=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
 jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
var Fa=/\[object
 (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Ga=function(a){if(null==a)
return String(a);var b=Fa.exec(Object.prototype.toString.call(Object(a)));return
b?b[1].toLowerCase():"object"},Ha=function(a,b){return
Object.prototype.hasOwnProperty.call(Object(a),b)},Ia=function(a){if(!a||"object"!=Ga
(a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ha(a,"constructor")&&!Ha
(a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
a);return void 0===
```

11292 b||Ha(a,d)},la=function(a,b){var c=b[1]("array"==Ga(a)?b[1]:{});a;for(d in
… a)if(Ha(a,d)){var
… e=a[d];"array"==Ga(e)?("array"!=Ga(c[d])&&(c[d]=[]),c[d]=Ia(e,c[d])):la(e)?(la(c[d])|
… |(c[d]={}),c[d]=Ia(e,c[d])):c[d]=e}return c};var
… pa=null,Ka=Math.random(),La=null,Ma=null,ya=!1,Na={},Oa={},za={};var
… Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,nb,pb,rb,sb,
… tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Kb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,Wb,
… Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,yc,
… zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,Nc,S,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc,$c
… ,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,Fd,
… Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,de,
11293 ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,Fe,
… Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze,$e;
11294 (function(){var a=function(a){return{toString:function(){return
… a}}};Pa=a("");Qa=a("0");Ra="";Sa=a("1");Ta=a("2");Ua=a("");Va=a("");Wa=a("");Ya=a("")
… ;Za=a("5");$a=a("");ab=a("6");bb=a("7");cb=a("");db=a("");eb=a("8");
11295 fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");nb=a("");pb=a
… ("");rb=a("");sb=a("");tb=a("");ub=a("");
11296 vb=a("");wb=a("");xb=a("9");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("");Db=a("10");
… Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Kb=a("");Mb=a("");Ob=a("");
11297 Pb=a("");Qb=a("");Rb=a("");Sb=a("");Tb=a("11");Ub=a("");Vb=a("12");Wb=a("");Xb=a("13"
… );Yb=a("");Zb=a("");$b=a("14");ac=a("");bc=a("");cc=a("15");dc=a("");ec=a("");
11298 fc=a("");gc=a("16");hc=a("");ic=a("17");jc=a("");kc=a("18");lc=a("");mc=a("");nc=a(""
… );oc=a("");pc=a("");qc=a("");rc=a("");sc=a("19");tc=a("");uc=a("");
11299 vc=a("20");xc=a("21");yc=a("22");zc=a("23");Ac=a("");Bc=a("");Cc=a("");Dc=a("");Ec=a(
… "24");Fc=a("");Gc=a("");Hc=a("25");Ic=a("26");Jc=a("55");Kc=a("56");Lc=a("");Mc=a("")
11300 ;Nc=a("27");S=a("28");Oc=a("29");Pc=a("");Qc=a("");Rc=a("");Sc=a("30");Tc=a("");Uc=a("
… ");Vc=a("31");Wc=a("");Xc=a("");Yc=a("32");Zc=a("");$c=a("");ad=a("");bd=a("");cd=a("
… 33");dd=a("");ed=a("");
11301 fd=a("");gd=a("");hd=a("");id=a("");jd=a("34");kd=a("35");ld=a("36");md=a("");nd=a("
… 37");qd=a("");td=a("");ud=a("");vd=a("");wd=a("38");xd=a("39");yd=a("41");zd=a("");Ad
… =a("");Bd=a("");Cd=a("");
11302 Dd=a("42");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld=a("");Md
… =a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("");Vd=a("
… ");
11303 Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a("");ee=a
… ("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");ke=a("");
11304 le=a("43");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te=a("");ue
… =a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");Be=a("");
11305 Ce=a("44");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie=a("");Je="";Ke=a("");Le=a(
… "45");Me=a("46");Ne=a("");Oe=a("");Pe=a("47");Qe=a("");Re=a("48");Se=a("49");
11306 Te=a("");Ue=a("");Ve=a("50");We=a("");Xe=a("");Ye=a("53");Ze=a("54");$e=a("")})();var
… af=function(a){},P=function(a){return"function"==typeof
… a},bf=function(a){return"[object
… Array]"==Object.prototype.toString.call(Object(a)},cf=function(a){return"number"==Ga
… (a)&&!isNaN(a)},df=function(a){return/^[0-9]+$/.test(a)},ef=function(a,b){if(Array.
… prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
… d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ff=function(a){return
… a?a.replace(/^\s+|\s+$/g,""):""},Q=function(a){return
… Math.round(Number(a))||0},ha=function(a){return"false"==
11307 String(a).toLowerCase()?!1:!!a},gf=function(a){var b=[];if(bf(a))for(var
… c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
… Date},hf=function(a,b){if(!cf(a)||!cf(b)||!a>b)a=0,b=2147483647;return
… Math.round(Math.random()*(b-a)+a)},jf=function(){this.prefix="gtm.";this.values={}};
… jf.prototype.set=function(a,b){this.values[this.prefix+a]=b};jf.prototype.get=
… function(a){return
… this.values[this.prefix+a]};jf.prototype.contains=function(a){return void
… 0!==this.get(a)};
11308 var kf=function(a,b,c){try{if(!a[hd])return
… a[Hc](a,b||af,c||af);c&&c(d){return!1}return!1},lf=function(a,b){function
… c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
… d=ff(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
… f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},mf=
… function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},nf=function(a){return
… function(){return a("GTM-Z6TQ")}},of=function(){for(var
… b=0;b<a.length;b++)a[b]()},pf=I().getTime(),ka=function(){return"gtm"+
11309 pf++},ma=function(a,b,c){return

```
11309 a&&a.hasOwnProperty(b)?a[b]:c},qf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
       prototype[b];a.prototype[b]=c},rf=function(a){return null!==a&&void 0!==a&&void
       0!==a.length},sf=function(a,b){0==b?a.Ta=!0:a.complete=!0;var
       c=a.g;a.s&&(a.s.Fa[c]=b);Na[c]&&(Na[c].state=b)},tf=function(a){a.sort(function(a,d
       ){return b(a,d)?-1:b(d,a)?1:0})};var
       E=window,K=document,wf=navigator,O=function(a,b,c){var d=E[a];E[a]=void
       0===d||c?b:d;return
       E[a]},J=function(a,b,c,d){return(d||"http:"!=E.location.protocol?a:b)+c},xf=function(
       a){var
       b=K.getElementsByTagName("script")[0]||K.body||K.head;b.parentNode.insertBefore(a,b)}
       ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
       .readyState
       in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
       d=K.createElement("script");d.type="text/javascript";
11310  d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);xf(d);return d},ca=function(a,b){var
       c=K.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
       visibility="hidden";xf(c);oa(c,b);void 0!==a&&(c.src=a);return
       c},D=function(a,b,c){var d=new
       Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
       null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
       !d):a.attachEvent&&a.attachEvent("on"+b,c)},v=function(a){E.setTimeout(a,
11311  0)},ra=!1,sa=[],Ef=function(a){if(!ra){var
       b=K.createEventObject,c="complete"==K.readyState,d="interactive"==K.readyState;if(!a|
       |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
       e=0;e<sa.length;e++)sa[e]()}sa.push=function(){for(var
       a=0;a<arguments.length;a++)v(arguments[a]);return
       0}}},Ff=0,Gf=function(){if(!ra&&140>Ff){Ff++;try{K.documentElement.doScroll("left"),
       Ef()}catch(a){E.setTimeout(Gf,50)}}},If=function(a){var
       b=K.getElementById(a);if(b&&Hf(b,"id")!=a)for(var
       c=1;c<document.all[a].length;c++)if(Hf(document.all[a][c],
11312  "id")==a)return document.all[a][c];return b},Hf=function(a,b){return
       a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},Jf=function(a){return
       a.target||a.srcElement||{}},wa=function(a){var
       b=K.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
       b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
       c},Kf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
       e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
       String(e.tagName).toLowerCase()]&&
11313  (e=null);return e},Lf=!1,Mf=[],Nf=function(){if(!Lf){Lf=!0;for(var
       a=0;a<Mf.length;a++)Mf[a]()}},Of=function(){a=a||E;var
       b=a.location.href,c=b.indexOf("#");return
       0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
       console.log(a)};var Pf=function(a,b,c,d,e){var
       f,g=(a.protocol.replace(":","")||E.location.protocol.replace(":","")).toLowerCase();
       switch(b){case "protocol":f=g;break;case
       "host":f=(a.hostname||a.location.hostname).split(":")[0].toLowerCase();if(c){var
       h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
       "port":f=String(1*(a.hostname?a.port:E.location.port)||("http"==g?80:"https"==g?443:"
       "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
       k=f.split("/");0<=ef(d||[],k[k.length-
11314  1])&&(k[k.length-1]="");f=k.join("/");break;case
       "query":f=a.search.replace("?","");if(e)a:{for(var
       m=f.split("&"),l=0;l<m.length;l++){var
       n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
       ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
       0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
       f},Qf=function(a){var
       b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
       b},xa=function(a){var b=K.createElement("a");
11315  a&&(b.href=a);return b};var da=function(a,b){var
       c=function(){};c.prototype=a.prototype;var d=new
       c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
       b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
       c=Pf(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
       e=b[d]&&b[d].toLowerCase();if(e){var
       f=c.length-e.length;0<f&&"."!=e.charAt(f)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
       return!0}}return!1},fa=function(a,b,c){for(var
       d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
```

```
11315…   &(d[a[b]]=a[f][c],c=Fo)}return c}function(){var Rf=new
  …     jf,Sf={},Uf={set:function(a,b){Ia(Tf(a,b),Sf)},get:function(a){return
  …     L(a,2)},reset:function(){Rf=new jf;Sf={}}},L=function(a,b){if(2==b){for(var
  …     c=Sf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
  …     c}return Rf.get(a)},Tf=function(a,b){for(var
  …     c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
  …     c},var Ba=function(a,b){U(a,"load",b,void
  …     0)},aa=function(a,b,c){r(a,b,c)},C=E,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(
  …     void 0===C[a]||c&&!C[a])&&(C[a]=b);return
  …     C[a]},t=function(a,b,c){return("https"==E.location.protocol?a:b)+c};var Vf=new
  …     RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Wf={
  …     customPixels:["nonGooglePixels"],html:["customScripts","customPixels",
  …     nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
  …     customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
  …     nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:[
  …     nonGooglePixels"]},Xf={customPixels:["customScripts","html"],html:["customScripts"],
  …     customScripts:["html"],nonGooglePixels:["customScripts",
11316   "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
  …     customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
  …     Yf=function(a,b){for(var
  …     c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
  …     c},Zf=function(){var a=L("gtm.whitelist");
11317   var
  …     b=a&&Yf(gf(a),Wf),c=L("gtm.blacklist")||L("tagTypeBlacklist")||[];Vf.test(E.location&
  …     &E.location.hostname)&&(c=gf(c),c.push("nonGooglePixels","nonGoogleScripts"));var
  …     d=c&&Yf(gf(c),Xf),e={};return function(f){var g=f&&f[Hc];if(!g)return!0;if(void
  …     0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>ef(b,g.a))if(b&&0<g.b.length)for(var
  …     k=0;k<g.b.length;k++){if(0>ef(b,
11318   g.b[k])){h=!1;break a}}else{h=!0}var m=!1;if(c){var
  …     l;if(!(l=0<=ef(d,g.a)))a:{for(var n=g.b||[],q=new
  …     jf,u=0;u<d.length;u++)q.set(d[u],!0);for(u=0;u<n.length;u++)if(q.get(n[u])){l=!0;
  …     break a}l=!1}m=l}return e[g.a]=!h||m}};var _jsm=function(a){if(void 0!==a[Vc])try{var
  …     b=E.google_tag_manager;return
  …     b&&b.e&&b.e(a[Vc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
  …     _c=function(a){return a[Ve]};_c.a="c";_c.b=["google"];var uf=function(a){
  …     b=K;return $f?b.querySelectorAll(a):null},ag=!1;if(K.querySelectorAll)try{var
  …     bg=K.querySelectorAll(":root");bg&&1==bg.length&&bg[0]==K.documentElement&&(ag=!0)}
  …     catch(a){}var $f=ag;var cg=void 0,dg="",eg=0,fg=void 0,_et=function(a){var
  …     b,c=L("gtm.element"),e=Number(I());if(cg==c&&dg==d&&eg>e-250)b=fg;else
  …     {var f;if(c){var g=c.innerText||c.textContent||"";g&&
  …     "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
  …     \t)/g," "));f=g}else f="";fg=b=f;cg=c;dg=d}eg=e;return
  …     b?b:a[cc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
  …     b=String(L("gtm.elementUrl")||a[cc]||"");c=xa(b);return
  …     b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
  …     Ma};_e.a="e";_e.b=["google"];var
  …     gg=/^([^|\.)doubleclick\.net$/i,hg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
  …     (a){for(var b=String(K.cookie).split(";"),c=[],d=0;d<b.length;d++){var
  …     e=b[d].split("=");f=ff(e[0]);if(f&&f==a){var
  …     g=ff(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
  …     c},ig=function(a,b,c,d,e){if(gg.test(K.location.hostname)||"/"==c&&hg.test(d))return!
  …     1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
  …     ");d&&(f+="domain="+d+";");var g=K.cookie;K.cookie=f;return g!=
11319   K.cookie||0<=ef(ia(a),b)},jg=function(a){if("none"==a)return
  …     0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},kg=function(a){var
  …     b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
  …     indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},lg=function(a){
  …     var
  …     a=Pf(E.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
  …     none"];for(var
  …     b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b},var
  …     mg=function(a,b){this.f=a;this.j=b};mg.prototype.toString=function(){var
  …     a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a};var
  …     ng=function(a,b){this.Da=a;this.ea=b};ng.prototype.toString=function(){return""+this.
  …     ea+"."+this.Da};var qg=function(a,b){var c=new og(null,a,b);pg(c);return
  …     c},og=function(a,b,c){this.La=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
  …     W=c||"/";var d=jg(this.da),e=kg(this.W);this.D=a||new mg(d,e);this.h=[];this.B=new
  …     jf},sg=function(a,b,c){b&&(""==c.Da?rg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
```

```
11319 ... ))))},rg=function(a,b){for(var
      ... c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},rg=function(a,b){var
      ... c=ef(a.h,b);0<=c&&a.h.splice(c,1)},ug=function(a){for(var
      ... b=[],c=0;c<a.h.length;c++){var d=
11320 ... a.h[c];b.push([d,a.B.get(d)])}return b},vg=function(a){for(var
      ... b=0,c=0;c<a.h.length;c++)b+=Math.max(b,a.B.get(a.h[c]).ea);return
      ... 864E5*b};og.prototype.toString=function(){if(0==this.h.length)return"";for(var
      ... a=[],b=0;b<this.h.length;b++){var
      ... c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
      ... +"."+a.join("!")};
11321 ... var wg=function(a,b){for(var c=new Date,d=kg(a.W),e=[],f=0;f<a.h.length;f++){var
      ... g=a.h[f];a.B.get(g).ea<a.La&&e.push(g)}for(f=0;f<e.length;f++)rg(a,e[f]);if(a.h.
      ... length>(b||10))return!1;c.setTime(vg(a));if("auto"!=a.da)return
      ... ig("_gaexp",a.toString(),a.W,a.da,c);for(var
      ... h=lg(a),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
      ... mg(jg(h[k]),d),ig("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},pg=function(a
      ... ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp",e=[],f=0;f<d.length;f++){var
      ... g=xg(a,d[f]);g&&e.push(g)}tf(e,
11322 ... function(a,d){var e=f.D.f,d=f.D.j}return
      ... e.f==f.f&&e.j==f.j?!1:e.f==b&&e.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
      ... =b?!1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
      ... .length?e[0].D:new
      ... mg(b,c);for(f=e.length-1;0<=f;f--)tg(a,ug(e[f]))},xg=function(a,b){var
      ... c=b.match(/GAX1\.([^.]+).(.*)//);if(c){var d=c[1];var
      ... e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
      ... f=ff(e[0]);if(0!=f.length){var g=2==e.length?ff(e[1]):"1";d=df(f)&&df(g)?new
      ... mg(Q(f),Q(g)):void 0;
11323 ... break a}}d=void 0}if(d){for(var h=new
      ... og(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
      ... l=k[m].split(".");if(3==l.length){if(!df(l[1]))return;sg(h,l[0],new
      ... ng(l[2],Q(l[1]))))}return h}}};var _v=function(a){var
      ... b=L(a[nd].replace(/\\\./g,"."),a[Vb]);return void
      ... 0!==b?b:a[cc]};_v.a="v";_v.b=["google"];var _r=function(a){return
      ... hf(a[ld],a[jd])};_r.a="r";_r.b=["google"];var _f=function(a){var
      ... b=String(L("gtm.referrer")||K.referrer);if(!b)return b;var c=xa(b);return
      ... b};_f.a="f";_f.b=["google"];var ea=function(a){var
      ... b=E.location,c;(c=a[Sb]?a[Sb]:L("gtm.url"))&&(b=xa(String(c)));var
      ... d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);return
      ... f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
      ... 0<=String(a[ab]).indexOf(String(a[bb]))};_cn.a="cn";_cn.b=["google"];var
      ... _eq=function(a){return String(a[ab])==String(a[bb])};_eq.a="eq";_eq.b=["google"];var
      ... _re=function(a){return(new RegExp(a[bb],a[Oc]?"i":void
      ... 0)).test(a[ab])};_re.a="re";_re.b=["google"];var
      ... Lg=Math.random(),Mg="1.000000">Lg;var Ng=af;var
      ... Og=af,Pg=[],Qg=!1,Rg=function(a){return E["dataLayer"].push(a)},Sg=function(a){var
      ... b=!1;return function(){b&&P(a)&&v(nf(a));b=!0}},Yg=function(){for(var
      ... a=!1;Qg&&0<Pg.length;){Qg=!0;var b=Pg.shift();if(P(b))try{b.call(Uf)}catch(va){}else
      ... if(bf(b))a:{var c=b;if("string"==Ga(c[0])){for(var
      ... d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Sf,h=0;h<d.length;h++){if(void
      ... 0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(va){}}}else{var k=b,m=void
      ... 0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
11324 ... n=k[m];Rf.set(l,n);Ia(Tf(l,n),Sf)}var q=!1,u=k.event,w=void
      ... 0;if(u){w=pf++;Ma=u;if(!k["gtm.uniqueEventId"]){var
      ... x=w;Rf.set("gtm.uniqueEventId",x);Ia(Tf("gtm.uniqueEventId",x),Sf)}var
      ... z=Sg(k.eventCallback),F=k.eventTimeout;F&&E.setTimeout(z,Number(F));q=Og(w,u,z,k.
      ... eventReporter)}La||(La=k["gtm.start"])&&Ng();var H=k,G=w,y=u,M=Sf;if(!q){var B=w,N=u;
      ... }Ma=null;a=q||a}var T=b,R=Sf;Xg();Qg=!1}return!a},Zg=function(){var a=Yg();try{var
11325 ... b=E["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end){b["GTM-Z6TQ"]=!1;var
      ... c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end=
11326 ... b.end=null)}}catch(e){}return a};var
      ... $g(ah,bh,ch=/(Firefox\/D28\D)/g.test(wf.userAgent),ih=function(a,b){return
      ... function(c){c=c||E.event;var
      ... d=Jf(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Kf(d,["a","area"]),
      ... e=!d||!d.href||dh(d.href)||(c.which||null==c.which&&4==c.button||c.ctrlKey||c.
      ... shiftKey||c.altKey||!0===c.metaKey);var
      ... f="FORM_SUBMIT"==a?bh:ah;if(c.defaultPrevented||!1===c.returnValue||c.ra&&c.ra()){if(
      ... d){var
      ... g={simulateDefault:!1},h=eh(f,["wnc","nwnc"]);h&&fh(a,d,g,f.wt,h)}}else{if(d){var
```

Page 327

```
11326… g={},x,y,Af=en(16,
11327… ["wnc","nwnc","nwc","wc"]);(k=fh(a,d,g,f.wt,m))||(gh(g.eventReport,f)?b=!0:e=!0);e=e|
       |k||"LINK_CLICK"==a&&ch;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=hh(d,g)||e,
       !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
       c.returnValue}return!0}}},fh=function(a,b,c,d,e){var
       f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
       ||Hf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
       "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
11328… "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=jh(b,c);g
       .eventReporter=function(a){c.eventReport=a};break;case
       "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=kh
       (b);g.eventTimeout=f;g.eventCallback=lh(b,c);g.eventReporter=function(a){c.
       eventReport=a};break;case
       "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
       formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
       default:return!0}return Rg(g)},
11329… kh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
       b},mh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
       "a":case "area":case "form":b=b["_self"]}return b},hh=function(a,b){var
       c=!1,d=/(iPad|iPhone|iPod)/g.test(wf.userAgent),e=mh(a).toLowerCase();switch(e){case
       "":case "_self":case "_parent":case "_top":var
       f;f=(e||"_self").substring(1);b.targetWindow=E.frames&&E.frames[f]||E[f];break;case
       "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
11330… "gtm_autoEvent_"+I().getTime(),b.targetWindow=E.open("",b.targetWindowName));break;
       default:d&&!E.frames[e]?(b.simulateDefault=!1,c=!0):(E.frames[e]||(b.targetWindowName
       =e),b.targetWindow=E.frames[e]||E.open("",e))}return c},jh=function(a,b,c){return
       function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
       c||I().getTime(),500>I().getTime()-c&&E.setTimeout(jh(a,b,c),25)))}},lh=function(a,b,
       c){return function(){if(b.simulateDefault)if(b.targetWindow){var
       d;b.targetWindowName&&
11331… (d=a.target,a.target=b.targetWindowName);K.gtmSubmitFormNow=!0;nh(a).call(a);b.
       targetWindowName&&(a.target=d)}else
       c=c||I().getTime(),500>I().getTime()-c&&E.setTimeout(lh(a,b,c),25)}},eh=function(a,b)
       {for(var c=[],d=0;d<b.length;d++)b[d]&&c.push(b[d]],f;for(f in
       e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},oh=function(a,b,c,d,e){var
       f=e;if(!f||""0"==f){if(a.l)return;a.l=!0;f="0"}var
       g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},gh=function(a,b
       ){if(b.wnc["0"]||b.wc["0"])return!0;
11332… for(var c=0;c<ph.length;c++)if(a.passingRules[c]){var
       d=qh[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
       f=ph[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},rh=function(
       a,b,c,d,e){var f,g,h=!1;switch(a){case
       "CLICK":if(K.gtmHasClickListenerTag)return;K.gtmHasClickListenerTag=!0;f="click";g=
       function(a){var b=Jf(a);b&&fh("CLICK",b,{},d)};h=!0;break;case
       "LINK_CLICK":b&&!$g&&($g=Qf(K.location));oh(ah,b||!1,c||!1,d,e);if(K.
       gtmHasLinkClickListenerTag)return;
11333… K.gtmHasLinkClickListenerTag=!0;f="click";g=ih(a,b||!1);break;case
       "FORM_SUBMIT":oh(bh,b||!1,c||!1,d,e);if(K.gtmHasFormSubmitListenerTag)return;K.
       gtmHasFormSubmitListenerTag=!0;f="submit";g=ih(a,b||!1);break;default:return}U(K,f,g,
       h)},dh=function(a){if(!$g)return!0;var
       b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
       $g==Qf(c)},nh=function(a){try{if(a.constructor&&a.constructor.prototype)return
       a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
       a.gtmReplacedFormSubmit;
11334… K.gtmFormElementSubmitter||(K.gtmFormElementSubmitter=K.createElement("form"));return
       K.gtmFormElementSubmitter.submit.call?K.gtmFormElementSubmitter.submit:a.submit};var
       yg=new String("undefined"),zh=function(a){this.resolve=function(b){for(var
       c=[],d=0;d<a.length;d++)c.push(a[d]===yg?b:a[d]);return
       c.join("")}};zh.prototype.toString=function(){return
       this.resolve("undefined")};zh.prototype.valueOf=zh.prototype.toString;var
       Ah={},Bh=function(a,b){var c=pf++,Bh[c]=a};return c},Ch=function(a){var
       b=a?0:1;return function(){var c=Ah[a];if(c&&P(c[b])c[b]();Ah[a]=void 0}};var
       Dh=String.prototype.trim?function(a){return a.trim()}:function(a){return
       a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Eh=function(a,b){return a<b?-1:a>b?1:0};var
       Fh;a:{var Gh=Ca.navigator;if(Gh){var Hh=Gh.userAgent;if(Hh){Fh=Hh;break a}}Fh=""}var
       V=function(a){return-1!=Fh.indexOf(a)};var Ih=function(a){return a};Ih["
       "]=function(){};var Kh=function(a,b){var c=Jh;return
       Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
```

11334… Lh=V("Opera")||V("OPR"),Th=V("Trident")||V("MSIE"),Rh=V("Edge"),Oh=!(-1!=Fh
… .toLowerCase().indexOf("webkit")&&!V("Edge"));var
… Ph=Oh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Qh=-1!=Fh.toLowerCase().indexOf("webkit
… ")&&!V("Edge");Qh&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
… Rh=Ca.navigator||null;Rh&&(Rh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
… )||V("iPod")||V("iPad");V("iPad");V("iPod")
11335 var Sh=function(){var a=Ca.document;return a?a.documentMode:void 0},Th;a:{var
… Uh="",Vh=function(){var
… a=Fh;if(Ph)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Nh)return/Edge\/([\d\.]+)/.exec(a);
… if(Mh)return/\b(?:MSIE|rv)[:
… ]([^\);]+)(\)|;)/.exec(a);if(Qh)return/WebKit\/(\S+)/.exec(a);if(Lh)return/(?:Version
… )[ \/]?(\S+)/.exec(a)();Vh&&(Uh=Vh?Vh[1]:"");if(Mh){var
… Wh=Sh();if(null!=Wh&&Wh>parseFloat(Uh)){Th=String(Wh);break a}}Th=Uh}
11336 var Xh=Th,Jh={},Yh=function(a){return Kh(a,function(){for(var
… b=0,c=Dh(String(Xh)).split("."),d=Dh(String(a)).split("."),e=Math.max(c.length,d.
… length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
… k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
… if(0==k[0].length&&0==m[0].length)break;b=Eh(0==k[1].length?0:parseInt(k[1],10),0==m[
… 1].length?0:parseInt(m[1],10))||[Eh(0==k[2].length,0==m[2].length)||Eh(k[2],m[2]);g=k[
… 3];h=m[3]}while(0==b)}return 0<=b}}},Zh=Ca.document,
11337 $h=Zh&&Mh?Sh()||||("CSS1Compat"==Zh.compatMode?parseInt(Xh,10):5):void 0;var
… ai;if(!(ai=!Ph&&!Mh)){var
… bi;if(bi=Mh)bi=9<=Number($h);ai=bi}ai||[Ph&&Yh("1.9.1");Mh&&Yh("9");var
… ua=function(a,b){var
… c="";Mh&&!ci(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
… var d="<!DOCTYPE html><html><head><script>var
… inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(di)a.srcdoc=d;else
… if(ei){var
… e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
… fi(a,d)},di=Qh&&"srcdoc"in
… document.createElement("iframe"),ei=Ph||Qh||Mh&&Yh(11),fi=function(a,b){Mh&&Yh(7)&&!
… Yh(10)&&>gi()&&hi(b)&&(b=ii(b));var c=function(){a.contentWindow.goog_content=
11338 b;a.contentWindow.location.replace("javascript:window.goog_content")};Mh&&!ci(a)?ji(a
… ,c):c()},gi=function(){var
… a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)+)/);return
… a?parseFloat(a[1]):0},ci=function(a){try{var b;var c=a.contentWindow;try{var
… d;if(d=!!c&&null!=c.location.href)b:{try{Ih(c.foo)}catch(e){d=!0;break
… b}catch(e){}d=!1}b=d}catch(e){b=!1}return
… b}catch(return!1}},ki=0,ji=function(a,b){var
… c="goog_rendering_callback"+ki++;window[c]=b;a.src="javascript:'<script>(function()
… {document.domain = \""+
11339 document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
… null;continuation();})()\x3c/script>'"},hi=function(a){for(var
… b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},ii=function(a){for(var
… b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
… String.fromCharCode(256*b.charCodeAt(2*e)+b.charCodeAt(2*e));1==b.length%2&&(d[c]=b
… .charAt(b.length-1));return d.join("")};/*
11340  Copyright (c) 2014 Derek Brans, MIT license
…  https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
…  simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
11341
11342 var li,qa=function(){};(function(){function a(a,g){a=a||""";g=g||{};for(var h in
… b)b.hasOwnProperty(h)&&(g.eb&&(g[("fix_"+h]!=0),g.Na=g.Na||g["fix_"+h]);var
… k={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
… textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(){var
… b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
… function(){var
… b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
… b=n.startTag();
11343 if(b){var c=a.slice(b.length);if(c.match(new
… RegExp("</\\s*"+b.tagName+"\\s*>","i")))){var d=c.match(new
… RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
… .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
… b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
… h=c||e||g||f.test(b)&&b||null,k=document.createElement("div");k.innerHTML=h;d[b]=k.
… textContent||k.innerText||h});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
… chars:function(){var b=
11344 a.indexOf("<");return{length:0<=b?b:a.length}}},q=function(){for(var b in

```
11344…  k)if(k[b].test(a))return void c=h[b]();return
   …    c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Na&&
   …    function(var
   …    b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
   …    =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[];d.Oa=function(){return
   …    this[this.length-1]};d.ta=function(a){var b=this.Oa();return
   …    b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.ob=
11345…  function(a){for(var b=0,c;c=this[b];b++)if(c.tagName===a)return!0;return!1};var
   …    e=function(a){a&&"startTag"===a.type&&a.Y=b.test(a.tagName||a.Y);return
   …    a},f=q,h=function(){a="</"+d.pop().tagName+">"+a},k={startTag:function(b){var
   …    e=b.tagName;"TR"===e.toUpperCase()&&d.ta("TABLE")?(a="<TBODY>"+a,l()):g.ac&&c.test(e)
   …    &&d.ob(e)?d.ta(e)?h():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b)},endTag:function(a)
   …    {d.Oa()?g.rb&&!d.ta(a.tagName)?h():d.pop():g.rb&&(f(),l())}},l=function(){var
   …    b=a,c=e(f());a=b;if(c&&
11346…  k[c.type])k[c.type](c);q=function(){l();return
   …    e(f())}}();return{append:function(b){a+=b},Db:q,gc:function(a){for(var
   …    b;(b=q())&&(!a[b.type]||!1!==a[b.type](b)););},clear:function(){var b=a;a="";return
   …    b},hc:function(){return a},stack:[]}}var b=function(){var
   …    a={},b=this.document.createElement("div"),b.innerHTML="<P><I></P></I>";a.kc="<P><I></
   …    P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.ic=2===b.childNodes.
   …    length;return
   …    a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=?\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
   …    +))?)*)\s*(\/?)>/,
11347…  d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)")
   …    )|(?:'((?:\\.|[^'])*)')|((?:^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
   …    ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.lc
   …    =function(a){var
   …    b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
   …    a.tagName+">"},atomicTag:function(a){return
   …    b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
   …    in a.m)var d=a.m[c],
11348…  b=b+(" "+c+'="'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
   …    b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
   …    b[a.type](a)};a.$b=function(a){var b={},c;for(c in a){var
   …    d=a[c];b[c]=d&&d.replace(/(^|[^\\])"/g,'$1\\"')}return b};for(var g in
   …    b)a.jb=a.jb||!b[g]&&g;li=a}();(function(){function a(){function b(a){return void
   …    0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
   …    0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
11349…  function e(a,b){d(b,function(b,c){a[b]=c}),return a}function
   …    f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
   …    g(a){try{return m.call(a)}catch(u){var b=[];c(a,function(a,c){b.push(a)});return b}}var
   …    h={Ya:a,Za:a,$a:a,ab:a,fb:a,gb:function(a){return a},done:a,error:function(a){throw
   …    a;},Eb:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
   …    a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
   …    b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
11350…  d):a.removeAttribute(e)}function f(b,c){var
   …    d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:li(
   …    "",{eb:!0}),oa:[b],za:"",Aa:d.createElement(b.nodeName),X:[],K:[]});a(this.Aa,"
   …    proxyof",0){f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
   …    a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
   …    a?this.nb(a):this.Ia(a)};f.prototype.nb=function(a){var
   …    b={type:"function",value:a.name||a.toString()};this.ya(b);a.call(this.Z,this.L);this.
   …    Qa(b)};
11351…  f.prototype.Ia=function(a){this.ia.append(a);for(var
   …    b,c=[],d,e;(b=this.ia.Db())&&!(d=b&&"tagName"in
   …    b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
   …    b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);this.Mb(c)d&&this.sb(b)
   …    ;e&&this.tb(b)};f.prototype.Mb=function(a){var
   …    b=this.kb(a);b.Ja&&(b.ub=this.za+b.Ja,this.za+=b.Cb,this.Aa.innerHTML=b.ub,this.Kb())
   …    };f.prototype.kb=function(a){var
   …    b=this.oa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m){if(!/^noscript
   …    $/i.test(a.tagName)){var c=
11352…  b++;e.push(a.text.replace(/(\/?>)/,"  data-ps-id="+c+
   …    '$1"));"ps-script"!==a.m.id&&"ps-style"!==a.m&&f.push({atomicTag"==="a.type?"":"<"+a
   …    .tagName+" data-ps-proxyof="+c+(a.Y?" />":">")})}}else
   …    e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ha:a,raw:d.join(""),Ja:e.
   …    join(""),Cb:f.join("")}}};f.prototype.Kb=function(){for(var
   …    c,d=[this.Aa];b(c=d.shift());){var
```

```
11352… e=1===c.nodeType;if(!e||!a(c,"proxyof"))&&(this.oa[a[d,"id"]]=c,a(c,"id",null));var
     …  f=c.parentNode&&a(c.parentNode,"proxyof")}f&&
11353… this.oa[f].appendChild(c))d.unshift.apply(d,g(c.childNodes))}};f.prototype.sb=
     …  function(a){var
     …  b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Sb;a.src&&this.X.length?
     …  this.ca=a:this.ya(a);var
     …  c=this;this.Lb(a,function(){c.Qa(a)})};f.prototype.tb=function(a){var
     …  b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.Wb||"text/css";this.Nb(a)
     …  ;b&&this.write()};f.prototype.Nb=function(a){var
     …  b=this.mb(a);this.xb(b);a.content&&(b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
     …  content:b.appendChild(this.L.createTextNode(a.content)))};
11354… f.prototype.mb=function(a){var
     …  b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
     …  .setAttribute(a,c)});return b};f.prototype.xb=function(a){this.Ia('<span
     …  id="ps-style"/>');var
     …  b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.ya=
     …  function(a){a.Bb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Qa=function(a){a!==
     …  this.X[0]?this.options.error({message:"Bad script nesting or script finished
     …  twice"}):(this.X.shift(),this.write.apply(this,
11355… a.Bb),!this.X.length&&this.ca&&(this.ya(this.ca),this.ca=null))};f.prototype.Lb=
     …  function(a,b){var
     …  c=this.lb(a),d=this.Gb(c),e=this.options.Ya;a.src&&(c.src=a.src,this.Fb(c,d?e:
     …  function(){b();e()}));try{this.wb(c),a.src&&!d||b()}catch(H){this.options.error(H),b(
     …  )}};f.prototype.lb=function(a){var
     …  b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
     …  &&(b.text=a.content);return b};f.prototype.wb=function(a){this.Ia('<span
     …  id="ps-script"/>');var b=this.L.getElementById("ps-script");
11356… b.parentNode.replaceChild(a,b)};f.prototype.Fb=function(a,b){function
     …  c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
     …  d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
     …  (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
     …  e={message:"remote script failed
     …  "+a.src};c();d(e);b()}})};f.prototype.Gb=function(a){return!/^script$/i.test(a.
     …  nodeName)||!!(this.options.Eb&&a.src&&a.hasAttribute("async"))};return
     …  f}();k.ja=function(){function b(){var a=
11357… m.shift(),b;a&&(b=a[a.length-1],b.Za(),a.stream=c.apply(null,a),b.$a())}function
     …  c(c,f,h){function k(a){a=h.gb(a);x.write(a);h.ab(a)}x=new
     …  l(c,h);x.id=d++;x.name=h.name||x.id;var
     …  m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
     …  close:a,open:a,write:function(){return
     …  k(g(arguments).join(""))},writeln:function(){return
     …  k(g(arguments).join("")+"\n")}});var
     …  q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({dc:a+" -
     …  "+b+":"+c});q.apply(x,Z.arguments)};x.write(f,
11358… function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
     …  d=0,m=[],x=null;return e(function(a,b,c,d,e){"function"===typeof
     …  e&&(e=(e={done:e});e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.cc?c
     …  [0]:c;var
     …  g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[1]=a}};e.fb(g);m.push(g
     …  );x||b();return c.ja},{jc:{},fc:m,Xb:1})}();qa=k.ja})();
11359… var mi=function(a,b,c,d){return function(){try{if(0<b.length){var
     …  e=b.shift(),f=mi(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
     …  gtmscript"==e.type){var
     …  g=K.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
     …  text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
     …  h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
     …  else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
     …  k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
11360… a.insertBefore(e,null);mi(a,k,f,d)()}else a.insertBefore(e,null),f()}else
     …  c()}catch(m){v(d)}}};var ni=function(a,b,c){var d=function(){var
     …  d=pa;d.postscribe||(d.postscribe=qa);var
     …  f={done:b},g=K.createElement("div");g.style.display="none";g.style.visibility="hidden
     …  ";K.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){v(c)}};ra?d():sa.push(d)};
     …  var oi=function(a,b,c){if(K.body){var d=
11361… a[Nc];d instanceof zh&&(d=d.resolve(Bh(b,c)),b=af);if(a[Qe])try{ua(ca(),"<script>var
     …  google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),v(b)}catch(e){v(c)}else
     …  a[Se]?ni(d,b,c):mi(K.body,wa(d),b,c)()}else
     …  E.setTimeout(function(){oi(a,b,c)},200)},_html=oi;_html.a="html";_html.b=["
```

```
11361…  customScripts();
11362…  var Ai=function(a,b,c,d){var e=b+": "+c+(d?"
   …    !important":""),f=document;if(f.createStyleSheet){var
   …    g=xi(f),h=g.rules.length;g.addRule(a,e);return
   …    function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
   …    k=yi(a+"{"+e+"}",f);zi(k,f);var m=k.parentNode;return
   …    function(){m.removeChild(k)}},Bi=null,xi=function(a){if(Bi)return Bi;for(var
   …    b=a.styleSheets.length-1;0<=b;b--){var
   …    c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
   …    return Bi=c}0==a.styleSheets.length&&
11363…  a.createStyleSheet();return Bi=a.styleSheets[0]},yi=function(a,b){var
   …    c=(b||document).createElement("style");void
   …    0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},zi=function(a,b){var
   …    c=b||document,d=c.getElementsByTagName("head")[0]d||(d=c.createElement("head"),c.
   …    body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Ii={},Ji=void
   …    0,Ki=function(a){var b=Ii[a];b||(b={id:a,u:[],T:0,Ga:null,xa:void
   …    0,Ba:!1},Ii[a]=b);Ji=b},Mi=function(a,b,c,d){var e=Ji;if(!$f||!e)return!1;var
   …    f={id:e.id+":"+e.u.length,bb:b,R:[],Xa:c,F:a,pa:0,na:d||null,Ka:0,S:!1};e.u.push(f);
   …    null===a?(f.S=!0,b(null)):Li(e);return!0},Ni=function(a){var
   …    b=Ai(a,"visibility","hidden",!0);return
   …    function(){P(b)&&b.apply();b=null}},Oi=function(a,b,c,d){var e=b;if(!ra){var
   …    f=Ni(a.w);sa.push(e);e=function(a,c){var d=b(a,c);f();return d}}return Mi(a,e,
11364…  c,d)},Li=function(a){if(!a.Ba){for(var b=a.T;b<a.u.length;b++){var
   …    c=a.u[b],d=b==a.T;if(!c.S&&!Pi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ga||(a.Ga=E
   …    .setTimeout(function(){a.Ga=null;Li(a)},80)),ra||a.xa||(a.xa=function(){v(function(){
   …    Li(a)})},U(K,"DOMContentLoaded",a.xa))):Qi(a)}},Qi=function(a){for(var
   …    b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
   …    d=uf(c.F.w)||[],e=0;e<d.length;e++){var
   …    f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Ri(f,c.id),c.R.push(
   …    Si(f,c.id)))}}},Pi=
11365…  function(a,b){var c=[];if(b.F){var
   …    d=Ti(b.F,b.id),e=null;b.na&&(e=Ti(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
   …    g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ka+c.length<b
   …    .na.o)))break;c.push({element:g,Hb:h})}}if(!ra&&b.Xa&&(!a||null==b.F.o!=b.pa+c
   …    .length))return!1;for(var k=0;k<c.length;k++){var
   …    m=c[k].element,l=c[k].Hb,n;b.pa++;Ri(m,b.id);l&&(b.Ka++,n=b.id+"-t",Ri(l,n));var
   …    q=b.bb(m,l);P(q)&&b.R.push(q);b.R.push(Si(m,b.id));l&&n&&b.R.push(Si(l,n))}if(b.F.o&&
   …    b.F.o==b.pa||ra)b.S=!0;return!0},Ri=function(a,b){a.gtmProgressiveApplied||(a.
   …    gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Si=function(a,b){return
   …    function(){a.gtmProgressiveApplied&&delete
   …    a.gtmProgressiveApplied[b]}},Ti=function(a,b){for(var
   …    c=uf(a.w)||[],d=[],e=0;e<c.length;e++){var
   …    f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ui(f))break
   …    ;d.push(f)}}return
   …    d},Ui=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
   …    return!1};var _cl=function(a,b){rh("CLICK";v(b)};_cl.a="cl";_cl_cl=b=["google"];var
   …    Xi,Yi;var hj=function(a){return function(){}},ij=function(a){return function(){}};
11367…  var kj=function(a,b,c){var
   …    d=encodeURIComponent,e=a[Re]?"//ad.doubleclick.net/activity":"//"+d(a[Ta])+".fls.
   …    doubleclick.net/activityi")+";src="+d(a[Ta])+";type="+d(a[Ic])+";cat="+d(a[Sa]);a[Ue]
   …    &&(e+=";u="+d(a[Ue]));a[Ie]&&(e+=";tran="+d(a[Ie]));var f=a[Tb]||{},g;for(g in
   …    f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Dd]);xd in
   …    a&&(e+=";num="+d(a[xd]));if(a[rc]){var
   …    h=a[db]||[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
   …    attributiontools.js",function(){kj.Ca(a,e,h,
11368…  b,c)},c);return}}kj.V(a,e,b,c)};kj.Ca=function(a,b,c,d,e){for(var
   …    f={},g=0;g<c.length;g++){var
   …    h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
   …    k=[];k.push(f);b+=E.google_attr.build(k);kj.V(a,b,d)}kj.V=function(a,b,c,d){var
   …    e=ea({});!a[Re]&&e&&(";"!=!b.charAt(b.length-1)&&(b+=";"),b+="~oref="+
   …    encodeURIComponent(e));a[Re]?D:ca(b+"?",c,d)};var
   …    _flc=kj;_flc.a="flc";_flc.b=[];var Lj=function(a){var
   …    b=E||Ca,c=b.onerror,d=!1;Qh&&!Yh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
   …    b,f,g,h,k);a({message:b,fileName:f,lineNumber:g,Yb:h,error:k});return d}};
11369…  var Mj=function(a){var b=function(b){b=b||E.event;var
   …    c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
   …    c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
   …    c=ma(a,Ye,!0),d=ma(a,xb,!0),e=Q(a[Ze]);0>=e&&(e=2E3);var
```

Page 332

```
11369…  f=ma(a,ze,"")},Hf("Link Click",Ik,K,".")},Yd(a,e,String[r]);if(!A.gtmLinkClickListener&&(K.
   …    gtmLinkClickListener=!0,!K.addEventListener)){var g=function(a){a=a||E.event;for(var
11370…  b=Jf(a);b;)b.onclick&&!b.onclick.gtmOnclickWrapper&&(b.onclick=Mj(b.onclick)),
   …    b=b.parentElement};U(K,"mousedown",g,!1);U(K,"keydown",function(a){a=a||E.event;13==a
   …    .keyCode&&g(a)},!1)}v(b)};_lcl.a="lcl";_lcl.b=[];var hk=493,ik=[],jk=[],kk=[],lk=new
   …    jf,mk=[],Y=[],ph=[],qh=[],nk=function(){this.I=[]};nk.prototype.set=function(a,b){
   …    this.I.push([a,b]);return this};nk.prototype.resolve=function(a,b){for(var
   …    c={},d=0;d<this.I.length;d++){var
   …    e=ok(this.I[d][0],a,b),f=ok(this.I[d][1],a,b);c[e]=f}return c};var
   …    pk=function(a){this.index=a};pk.prototype.resolve=function(a,b){var
   …    c=kk[this.index];if(c&&!b(c)){var
   …    d=c[Sc];if(a){if(a.get(d))return;a.set(d,!0)}c=ok(c,a,b);a&&a.set(d,!1);return
   …    kf(c)}};
11371…  var _M=function(a){return new
   …    pk(a)},qk=function(a){this.resolve=function(b,c){for(var
   …    d=[],e=!1,f=0;f<a.length;f++){var g=ok(ik[a[f]],b,c);g===yg&&(e=!0);d.push(g)}return
   …    e?new zh(d):d.join("")}},_T=function(a){return new
   …    qk(arguments)},rk=function(a){function b(b){for(var
   …    c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
11372…  function(c,d){var e=ok(a[0],c,d);if(a[0]instanceof pk&&b(8)&&b(16)){if(e===yg)return
   …    e;var
   …    f=ka();lk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
   …    e=String(e),g=1;g<a.length;g++)e=W[a[g]](e);return e}},_E=function(a,b){return new
   …    rk(arguments)},sk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
   …    sk(a,b)},ok=function(a,b,c){var d=a;if(a instanceof pk||a instanceof nk||a instanceof
   …    qk||a instanceof rk)return a.resolve(b,c);if(!(a instanceof sk))if(bf(a))for(var d=
11373…  [],e=0;e<a.length;e++)d[e]=ok(a[e],b,c);else if(a&&"object"==typeof a){var
   …    d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=ok(a[f],b,c))}return
   …    d},tk=function(a,b){var c=b[a],d=c;if(c instanceof pk||c instanceof rk||c instanceof
   …    qk||c instanceof sk)d=c;else if(bf(c))for(var
   …    d=[],e=0;e<c.length;e++)d[e]=tk(c[e],b);else if("object"==typeof c){var d=new
   …    nk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],tk(c[f],b))}return
   …    d},vk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
   …    e=c[d]=c[d].split(":");
11374…  0==a&&(e[1]=ik[e[1]]);if(1==a)for(var f=uk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
   …    h=jk[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=uk(e[g]);3==a&&(c[d]=ik[e[0]]);
   …    if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
   …    k=0;k<e[g].length;k++)e[g][k]=ik[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
   …    c},uk=function(a){var b=[];if(!a)return b;for(var
   …    c=0,d=0;d<a.length&&c<hk;c++=6,d++){var e=a&a.charCodeAt(d)||65;if(65!=e){var
   …    f;f=645&&90>=e?e-65:97<=e&&122>=e?e-71+26:95==e?63:48<=e?e-48+52:
11375…  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
   …    );32&f&&b.push(c+5)}}return b},wk=function(a,b,c){a.push.apply(a,vk(b,c))};
11376…  var
   …    Ug=function(){},Ek=function(a){},Xg=function(){},Fk=function(a){},Gk=function(a,b){},
   …    Hk=function(a,b),Vg=function(a){};var Lk=function(a){var
   …    b=this;this.g=a;this.complete=this.Ta=!1;this.la=[];this.fa=[];this.O=function(){if(b
   …    .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||of(b.la);sf(b,1);if(Oa[a])for(var
   …    e=0;e<Oa[a].length;e++)Oa[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
   …    c=b.s.event,d=b.g;}b.complete||
11377…  of(b.fa);sf(b,2);if(Oa[a])for(var
   …    e=0;e<Oa[a].length;e++)Oa[a].shift().N()};this.A=af},Jk=function(a,b){a.la.push(b)},
   …    Kk=function(a,b){a.fa.push(b)},Lk=function(a){this.J=[];this.Ea=[];this.Ma={};this.va
   …    =[];this.U=0;this.Ra={};this.Ua={};this.Fa={};this.event=a};Lk.prototype.addListener=
   …    function(a){this.va.push(a)};
11378…  var Mk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
   …    0==e&&(e=[]);void
   …    0==f&&(f=[]);d=bf(d)?d.slice():["or",d];e=bf(e)?e.slice():[e];f=bf(f)?f.slice():[f];a
   …    .Ma[b]=d;a.Ra[b]=0<e.length;a.Ua[b]=0<f.length;a.U++;var
   …    g=function(){0<a.U&&a.U--;0<a.U||of(a.va)};Jk(c,g);Kk(c,g)},Nk=function(a,b,c){a.J[b
   …    ]&&(Jk(a.J[b],function(){c(b,!0)}),Kk(a.J[b],function(){c(b,!1)}))},Ok=function(a,b){
   …    var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
   …    sk&&a[g].v===
11379…  d||a[g]===d){f=g;break
   …    a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
   …    splice(f,1),1==a.length&&(c=!0,b())):c==!0))}},Sk=function(a,b){var
   …    c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Pk(h,b,a);if(f=g){var
   …    k=Qk(b,!0);0<k.length&&e(k[0].v);c.push(f);var l=Qk(b,!1);0<l.length&&e(l[0].v)}else
```

```
11379  d=
11380  !0);e(b);if(!d){for(var f=0;f<c.length;f++){var
       g=c[f],h=Qk(g.g,!0);if(0<h.length){var
       k=c[f-1],m=Rk(g);Jk(k,m)}var
       l=Qk(g.g,!1);0<l.length&&(m=Rk(c[f+1]),Jk(g,m),0==l[0].ma&&Kk(g,m))}a.Ea.push(c)}},Qk
       =function(a,b){var c=b?ce:te,d=Y[a],e=void 0===d[c]?[]:d[c];return
       bf(e)?e:[e]},Rk=function(a){return function(){a.A()}},Uk=function(a){for(var
       b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
       b=Qk(a,!0);0<b.length&&f(b[0].v)};e.push(a);var c=Qk(a,!1);0<c.length&&f(c[0].v)};
11381  f(d.g);b[d.g]=e}Tk(a,b);return b},Tk=function(a,b){for(var c=0;c<a.length;c++){var
       d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<ef(b[e],d)){delete
       b[d];break}}};var Wk=function(a,b){return function(){a[Jc]=b.O;a[Kc]=b.N;var
       c=b.g,d=b.s&&b.s.Fa[c],e=Na[c]&&Na[c].state,f=d?void
       0!==d:b.Ta||b.Zb,g=Na[c]&&Na[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
       0===e||!f&&!h||!h&&!k){sf(b,0);var m=b.s?b.s.event:void
       0;a=Vk(a,m?m.c:Zf());if(m){var l=a;Gk(m);}kf(a,b.O,b.N)}else
       h&&0==e||k&&0==d?Oa[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}},Vk=function(a,b){a=ok(a
       ,new jf,b);return a},Pk=function(a,b,c){var d=new
       Ik(b);d.s=c;Jk(d,hj(a));Kk(d,ij(a));d.A=Wk(a,d);return d};var
       _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
       function(){var
       d=E.google_trackConversion;P(d)?d({google_conversion_id:a[S],google_conversion_label:
       a[Yc],google_custom_params:a[Tb]||{},google_remarketing_only:!0,onload_callback:b})||
       c():c()},c)};_sp.a="sp";_sp.b=["google"]:
11382  var $k=!1,_ua=function(a,b,c){function d(a){var
       b=[].slice.call(arguments,0);b[0]=n+b[0];E[m()].apply(window,b)}function e(b,c){void
       0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
       g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
       b=function(a,b,c){if(!la(b))return!1;for(var
       e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[kc]?c
       =L("ecommerce"):
11383  a[jc]&&(c=a[jc].ecommerce);if(!la(c))return;c=Object(c);var
       e=ma(a[Ec],"currencyCode",c.currencyCode);void
       0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
       promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
       promo_click",c.promoClick.actionField);return}for(var f="detail checkout
       checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
       h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
11384  h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
       a)if(a.hasOwnProperty(e)&&(c&&w[e]||!!c&&void 0===w[e]))return{
       f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=void 0);b[e]=f;d++}}return
       d}O("GoogleAnalyticsObject",a[nd]||"ga",!1);var m=function(){return
       E.GoogleAnalyticsObject},l=O(m(),function(){var
       a=E[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
       n="",q=";"string"!=typeof a[Ge]?(q=ka(),n=q+".":)"":""==
11385  a[Ge]&&(q=a[Ge],n=q+".");var u=!1;var
       w={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
       allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
       cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
       :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
       javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
11386  var z={name:q};k(a[Ec],z,!0);l("create",a[Qa],z);d("set","&gtm","GTM-Z6TQ");void
       0!==a[Za]&&d("set","anonymizeIp",a[Za]||void
       0);e("nonInteraction",wd);g("contentGroup",a[Db]);g("dimension",a[gc]);g("metric",a[
       kd]);
11387  var F={};k(a[Ec],F,!1)&&d("set",F);var
       H;a[cd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(P(a[Lc
       ]))a[Lc]();else{var
       c=a[Ce];d=c&&c.hitCallback;P(d)&&d()}b()});if(a[Ce]){a[sc]&&d("require","ec","ec.js"
       ),h()};var
       G={hitType:"event",eventCategory:String(a[xc]),eventAction:String(a[vc]),eventLabel:f
       (String,a[yc]),eventValue:f(Q,a[zc])};k(H,G,!1);d("send",G);}else if(a[De]){}else
       if(a[Fe]){}else if(a[Ee]){}else if(a[ac]){}else if(a[Zb]){}else
       if(a[Be]){}else{a[sc]&&g("require","ec","ec.js"),h());if(a[ic]&&!a[uc]){var
       R="_dc_gtm_"+String(a[Qa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
       ,void
       0,{cookieName:R})}H?d("send","pageview",H):d("send","pageview");if(a[eb]){d("require"
       ,"linker");var
```

```
11387  va=String(a[eb]).replace(/\s+/g,"").split(",");i(n+"linker.autoLink",va,a[Pe],a[$b])}
       }if(!$k){var
       X=a[Xb]?"u/analytics_debug.js":"analytics.js";a[Tc]&&!a[Xb]&&(X="internal/"+X);
11388  $k=!0;r(J("https:","http:","//www.google-analytics.com/"+X,u),function(){E[m()].
       loaded||c()},c)}};_ua=a="ua";_ua.b=["google"];var a,bl;var kl=!1;var
       ll=function(){var a=[];return function(b,c){if(void 0===a[b]){var
       d=mk[b]&&ok(mk[b],new jf,c),e=d;if(d)if(d[$a]&&bf(d[bb]))for(var
       f=d[bb],e=!1,g=0;!e&&g<f.length;g++)d[bb]=f[g],e=kf(d);else e=kf(d);a[b]=[e,d]}return
       a[b]}},Dk=function(a,b){for(var
       c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
       e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ml=!1,Og=function(a,
       b,c,d){switch(b){case "gtm.js":if(ml)return!1;ml=!0;break;case
       "gtm.sync":if(L("gtm.snippet")!=Ka)return!1}L("tagTypeBlacklist");
11389  for(var
       e={id:a,name:b,ba:c||af,aa:uk(),ka:uk(),M:ll(),c:Zf()},f=[],g=0;g<ph.length;g++)if(Dk
       (e,ph[g])){f[g]=!0;var
       h=e,k=ph[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
       n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Gk(e);var u=[];for(var
       w=0;w<hk;w++)if(e.aa[w]&&!e.ka[w])if(e.c(Y[w]))}else{u[w]=Y[w];}e.P=u;for(var x=new
       Lk(e),z=0;z<hk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z]))}else{var
       F=e.P[z],H=Pk(F,z,x);Mk(x,z,H,F[dc],F[ce],F[te]);if(F[Pa])break}x.addListener(e.ba);
11390  for(var G=[],
       y=0;y<x.J.length;y++){var M=x.J[y];if(M){var
       A=x.Ma[y],B=x.Ra[y],N=x.Ua[y];if(0!=A.length||B||N){if(0<A.length)for(var
       T=Ok(A,M.A),R=0;R<A.length;R++)A[R]instanceof
       sk&&A[R].v!=y&&Nk(x,A[R].v,T);(B||N)&&Sk(x,y)}else
       G.push(y)}}for(y=0;y<G.length;y++)x.J[G[y]].A();for(y=0;y<x.Ea.length;y++){for(var
       va=x.Ea[y],X=va,ja=[],ga=0;ga<X.length;ga++){var
       qb=X[ga],ob=qb.g,Nb=Na[ob],rd=Nb.firingOption;if(0!=rd&&(1==rd&&void
       0!==qb.s.Fa(ob)||2==rd&&void 0!==Nb.state)&&ja.push(qb))var sd=Uk(ja),wc=void
       0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
11391  void 0,nj=void 0,od=sd[wc],zl=od[0],uj=od[od.length-1],vj,Ja=0;Ja<X.length;Ja++){var
       pd=X[Ja];!yf&&pd.g==zl&&0<Ja&&(yf=X[Ja-1]);pd.g==uj&&Ja<X.length-1&&(nj=X[Ja+1]);if(-
       1<ef(od,pd.g))if(vj=X.splice(Ja,1)[0],pd.g==uj)break;else Ja--}if(vj){var
       wj=Number(wc),na=yf,zf=nj;if(na){var
       Al=na.la[0],Bl=na.fa[0],xj=na;xj.la=[];xj.fa=[];Jk(na,Al);Kk(na,Bl)}if(na&&zf){var
       Af=Rk(zf);Jk(na,Af);var
       Bf=Qk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Kk(na,Af);var
       Cf=Qk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
11392  Kk(na,Af)}}}0<va.length&&va[0].A())0<x.U||of(x.va);d&&P(d)&&d({passingRules:f,
       resolvedTags:e.P});
11393  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
       Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Sc])){var Cj=Bj[Sc];Df=!("function"!=typeof
       String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
       if(Df)return!0}return!1};var nl={macro:function(a){if(lk.contains(a))return
       lk.get(a)}};nl.dataLayer=Uf;nl.onHtmlSuccess=Ch(!0);nl.onHtmlFailure=Ch(!1);nl.
       callback=function(a){za.hasOwnProperty(a)&&P(za[a])&&za[a]()};delete
       za[a]};nl.hb=function(){var
       a=E.google_tag_manager;a||(a=E.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
       nl);pa=a};(function(){var a=function(a){var
       b=O("google_tag_manager",{},!1),d=b[a]||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
       ={},d.wt=null,d.l=!1);return d};ah=a("linkClickMap");bh=a("formSubmitMap")}})();
11394  ik.push.apply(ik,function(){for(var a=[_jsm,'CID','(function(){try{var
       a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
       console.log(\x22Error fetching
       clientId\x22),\x22n/a\x22})}'))();'_T(2),_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
       'gtm.js','56933_1',_sp,'1001982034','','yH_WCJae6wMQOpDk3QM',4,'.*avistahospital\\.
       org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,
       UA-6319752-3',false,'All Clicks','destination =
       ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
       ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
       ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
       url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
       47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
       classes','gtm.elementClasses',_M(6),'url
       path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
       ','element
       id','gtm.elementId',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
```

castlerockhospital.org/','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
:32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
:47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
-6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
/','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
,43:32,44:38,45:40,46:21},142,'centura.org/','56933_88','UA-6319752-1','Click
URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
*avistawomenshealth\\.org.*/','56933_89','UA-6319752-36',{41:154},145,'.*orthocolorado
\\.org.*','56933_46',{41:100},149,'stanthonynorthwhs/chpgwomenshealth','56933_93','UA
-6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
168},157,'tel','gtm.linkClick','_triggers','gtm.triggers','',2,_M(10),'(^$|((^|,)
56933_107($|,)))','56933_107','UA-6319752-30','Phone
Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
, avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
healthlibrary.centura.org',{41:186,187:189,188:190},160,'_et,'Click
Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
56933_110','Outbound
Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-35
',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118',170,'directions','56933_120
',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
56933_127','UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
destination
-',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
','56933_128','UA-25740293-46','Click Text-',  Click
URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
text - ',_T(256,197),'click origin -
',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
'_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
*','56933_137','UA-25740293-57','destination -  - ',_
',_T(279,148,280,197),{41:277,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144',
'UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
46:21},191,'_cegg','00253734',192,'chpgwomenshealth','56933_147','UA-25740293-8',{
41:306,42:47,43:32,44:149,45:40,46:31},194,'araceawomenscare.org','56933_148','UA-
25740293-18','origin -
',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169','_lcl','2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20','\x3cscript

```
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\\:\\//\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\\x3ca
class\x3d\x22cafewell\x22
href\\x3d\x22https://www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\\x3e\\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
src\\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
x3e\\x3c/a\\x3e\x27).insertAfter(\x22#page-home
.content-box\x22:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,q\x3d2500,h\x3d!0,d\x3d!1,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d!0;var
a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3dc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3d\nsetTimeout(\x22_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\x3d\x22+e+\
x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random()));var
a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none
!important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
```

11394… a\x3ddocument.createElement(\x22script\x22),a.type\x3d\x22text/javascript\x22;a.async
… \x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
… b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
… )();\x3c/script\x3e\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
… _vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
… doubleclick.net/dc.js\x22:(\x22https\x22\x3d\x3ddocument.location.protocol?\x22https
… ://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
… a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
… \x3d!0;a.src\x3d_vj.useSrc;var
… b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
… )();\x3c/script\x3e\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
… script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
… staging?\n\x3c/style\x3e',42,'\x3cimg
… src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
… width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
… src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
… x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
… border\x3d\x220\x22\x3e',45,'\x3cimg
… src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
… x3dmarketing\x22\x3e',46,'\x3cimg
… src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
… x3dhomepage\x22\x3e',47,'\x3cimg
… src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
… x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
… ebRand\x3dMath.random()+\x22\x22,ebRand\x3d1E6*ebRand;document.write(\x27\\x3cscript
… src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
… ActivityID\x3d139619\x26amp;rnd\x3d\x27+ebRand+\x27\x22)\x3e\\x3c/script\\x3e\x27)
… ;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
… style\x3d\x22border:0\x22
… src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
… ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
… data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
… ,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
… ,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
… 56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
… data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
… data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
… data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
… 56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
… '\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
… 56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
… data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
… 56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
… '56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
… data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
… \.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
… data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
… data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
… data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22

11394…

```
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
\.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e
,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','
56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
\x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
','56933_146','\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d\
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22105623671776846l\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d105623671776846l\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','
56933_151','\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d\
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22102106224180523700\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d102106224180523700\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d\
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22175237809837046\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d175237809837046\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',203,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d\
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22106757959664500\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d106757959664500\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
```

```
11394... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c)(d){b.fbq||(a\x3db.fbq\
...     x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
...     ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
...     ],c\x3d.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3d.getElementsByTagName(f)[0],
...     d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
...     facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22889530421148884\x22);fbq(\
...     x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
...     height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
...     src\x3d\x22https://www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\
...     x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
...     type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
...     x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
...     ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
...     ],c\x3d.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3d.getElementsByTagName(f)[0],
...     d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
...     facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22122148561190906\x22);fbq(\
...     x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
...     height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
...     src\x3d\x22https://www.facebook.com/tr?id\x3d122148561190906\x26amp;ev\x3dPageView\
...     x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,'_f,'referrer',_c,'ga tracking
...     code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
...     Target','gtm.elementTarget','Error
...     Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=tk(c,a);return
...     b}());wk(jk,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
...     ,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
...     31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
...     30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
...     30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
...     77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
...     96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
...     113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
...     0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
...     146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
...     ,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
...     :174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
...     :191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
...     202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
...     219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
...     235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
...     :257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
...     34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
...     :288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
...     :302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
...     319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
...     335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
...     45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
...     :372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
...     ,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
...     :412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
...     27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
...     446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
...     459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
...     470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
...     43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
...     503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
...     27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
...     535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
...     27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
...     567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
...     43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
...     30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");wk(kk,1,"H,w,AY,
...     AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAY,
...     AAAAAEAAAAAAAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
...     AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
...     AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
...     AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
...     AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
...     AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
```

```
… AAAAAEEAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
… AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
… ;wk(mk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAAC,
… ABAQAAAAAAAg,ABAQAAAAAAAAI,ABAQAAAAAAAAAC,ABAQAAAAAAAAAAB,ABAQAAAAAAAAAAQ,
… ABAQAAAAAAAAAAAE,ABAQAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAAAE,
… ABAQAAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAI,
… ABAQAAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAI,
… IBAAAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAAAAM,
… AkAAAAAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAAAM
… ,ABAQAAAAAAAAAAAAAAAAAAAAAg,IAACAAAAAAAAAAAAAAAAAAAEAAAAI,
… IAAAAAAAAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAAAAB,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAAAAAAAEAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAAAAAAAE,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… IAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… AkAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IgACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… AFAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");wk(Y
… ,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
… AAAA6j3AAAAAAH,AAAA6j3AAAAAwB,AAAA6j3AAAAAA8,AAAA6j3AAAAAAAO,AAAA6j3AAAAAAAgD,
… AAAA6j3AAAAAAAA4,AAAA6j3AAAAAAAAAO,AAAA6j3AAAAAAAAgD,AAAA6j3AAAAAAAAA4,
… AAAA6j3AAAAAAAAAe,AAAA6j3AAAAAAAAAAH,AAAA6j3AAAAAAAAAAAwB,
… AAAA6D3AAAAAAAEAAAAAAkD,AAAAaAUAAAAAAAEAAAAAAA4H,AAAAaAUAAAAAAAECAAAAAAwy,
… AAAAaAUAAAAAAAEAAAAAAAwCO,AAAAaAUAAAAAAAEAAAAAAAwCgD,AAAA6BUAAAAAAAEAAAAAAAACAAg_,
… AAAAaAUAAAAAAAEAAAAAAAQCAAAA_,AAAA6BUAAAAAAAEAAAAAAAACgAAIAgH,
… AAAA6B0AAAAAAAEAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAAA4,
… AAAA6j3AAAAAAAAAAAAAAACAAAAAAAD,AAAA6D3AAAAAAAAAAACAgAAAAAAAAAA4,
… AAAA6j3AAAAAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAc,
… AAAA6D3AAAAAEAAAAAAAAAAAAAAAAAAAEED,AAAA6B0AAAAAAAEAAAAAAAAAAAIAAAAAA4H,
```

11394... AAAA6D2AAAAAAAEAAAAAAAAAAAAAIAAAAAAgWH,AAAA6B0AAAAAAAAAAAAACAAAAAAgIAAAAAAQaWH,
... AAIAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAgP,
... AAAA6B0AAAAAAABEAAAAAAAAAAAAMAAABAAAAAAAAAH,
... AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAwB,
... AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAA8,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAP,
... AAAA6D1AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAgD,
... AAAA6D0AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAAA4B,
... AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAc,
... AAAA6B0AAAAAAAEAAAAAAAAAAAIAAAAAAAAAAAAAgAgP,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA–B,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAw,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAD,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAEE,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAgC,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAD,

```
11394… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAwB,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAG,
…    AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAG,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAM,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAG,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAG,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAgB,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAM,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAM,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAw,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAG,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAQAAAAAAAAg,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAD,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAC,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAgB,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAG,
…    AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAEY,
…    AAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAEgB");
…    wk(ph,2,"D:B::,G:CAAAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
…    ABAAAAAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
…    QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
…    QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAAAAAI::,CAAAC:
…    AAAQAAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAABAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh___L-
…    __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE:,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
…    QAAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
…    QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
…    AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAAB:AAAAAAAS::,QAAAAAAAC:
…    AAAAAAAE::,QAAAAAAAE:AAAAAAAI::,CAAAAAAAI:AAAAAAAAAE::,QAAAAAAAE::,QAAAAAAAAQ::,
…    CAAAAAAAg:AAAAAAAAAgAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAAAACACAg::,CAAAAAAAAAC:
…    AAAAAAAAAAAA8::,CAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAAI:AAAAAAAAAAAAAAB::,
…    CAAAAAAAAAB:AAAAAAAAAAAAAAAAC::,CAAAAAAAAAQ:AAAAAAAAAAAAAAAEOV::,AAAAAAAAAAAC:
…    AAAAAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAAgB::
…    ,CAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAABAAI::,CAAAAAAAAAg:AAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
…    AAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAC:
…    AAAAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAI:
…    AAAAAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAg:
…    AAAAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAC:
…    AAAAAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAI:
…    AAAAAAAAAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAw:AAAAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAAB:
…    AAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAC::,CAAAAAAC:
…    AAAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAI:
…    AAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAAg:
…    AAAAAAAAAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAAB:AAAAAAAAAAAAAAC::
…    AAAAAAAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAAI:
…    AAAAAAAAAAAAAAAAAAB");wk(qh,4,"14:,22.22:,28:,56:,60.60:,79.79:,84:,89:,94.94:,99:,104:,
…    109.109:,114:,119:,124:,129:,134:,139:,144:,153:,158.158:,162.162:,167.366.167:,179:,
```

```
11394 185.185,189:189,192:192,196:196,199:199,369.369:369,371.373.
      375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185:,200:,205:,210:,
      214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
      354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
      436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
      :,505:,509:,513:,516:,521:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
      :,578:,:427,:429");for(var ol=0;ol<Y.length;ol++){var
      pl=Y[ol],ql=1;pl[yd]?ql=2:pl[Me]&&(ql=0);Na[ol]={firingOption:ql,state:void
      0};Oa[ol]=[]}nl.hb();
11395 (function(a){})("async");
11396 (function(){var
      a=O("dataLayer",[],!1),b=O("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
      ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Mf.push(
      function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
      c=a.push;a.push=function(){var
      b=[].slice.call(arguments,0);c.apply(a,b);for(Pg.push.apply(Pg,b);300<this.length;)
      this.shift();return Yg()};Pg.push.apply(Pg,a.slice(0));v(Zg)})();
11397 if("interactive"==K.readyState&&!K.createEventObject||"complete"==K.readyState)Ef();
      else{U(K,"DOMContentLoaded",Ef);U(K,"readystatechange",Ef);if(K.createEventObject&&K.
      documentElement.doScroll){var
      yl=!0;try{yl=!a.frameElement}catch(a){}yl&&Gf()}U(E,"load",Ef)}"complete"===K.
      readyState?Nf():U(E,"load",Nf);
11398 (function(a){})("async");(function(){})();var
      _vs="res_ts:1473260692628000,srv_cl:132752946,ds:live,cv:213";
11399 })()
11400
11401 *************************************************
11402 The following data is from avistahospital_org-colon-20160919-page_source.txt
11403 *************************************************
11404
11405
11406
11407 <!DOCTYPE html>
11408
11409 <html xmlns="http://www.w3.org/1999/xhtml">
11410 <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
      charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
      name="viewport" content="width=device-width, initial-scale=1" /><link
      rel="stylesheet" type="text/css"
      href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+-914034194+-
      731554408+1064114300+-300771134+1985268503" /><script type="text/javascript"
      src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
      1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
      Colonoscopy Screening - Boulder, Louisville - Avista Hospital</title>
11411 <meta name="description" content="Avista Adventist Hospital in Louisville offers a
      full service GI lab" />
11412 <meta name="keywords" content="louisville health care" />
11413 <link rel="stylesheet"
      href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
      rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
11414
11415
11416     <script
      src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
11417     <!--[if lt IE 9]>
11418         <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
11419         <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
11420     <![endif]-->
11421
11422     <!--[if (lte IE 9)]><!-->
11423     <link rel="stylesheet" href="/css/ie.css" type="text/css" />
11424     <!--<![endif]-->
11425
11426
11427         <!--Some text-->
11428         <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
      src="/temp/wsol.js.header.v=285651389.js"></script>
11429
```

```
11430
11431
11432
11433
11434      <script src="/js/countUp.js"></script>
11435
11436
11437  <!-- Google Analytics -->
11438  <script>
11439      (function (i, s, o, g, r, a, m) {
11440          i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
11441              (i[r].q = i[r].q || []).push(arguments)
11442          }, i[r].l = 1 * new Date(); a = s.createElement(o),
11443          m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
...    m.parentNode.insertBefore(a, m)
11444      })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');
11445
11446      ga('create', 'UA-6319752-3', 'auto');
11447      ga('send', 'pageview');
11448
11449  </script>
11450  <!-- End Google Analytics -->
11451      <script type="text/javascript">
11452          /*<![CDATA[*/
11453          (function () {
11454              var sz = document.createElement('script'); sz.type = 'text/javascript';
...    sz.async = true;
11455              sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
11456              var s = document.getElementsByTagName('script')[0];
...    s.parentNode.insertBefore(sz, s);
11457          })();
11458          /*]]>*/
11459      </script>
11460
11461
11462      <style>
11463          .survey-container {
11464              position: absolute;
11465              right: 0;
11466              bottom: 10%;
11467              border: 1px solid black;
11468              padding-top: 30px;
11469              padding-bottom: 15px;
11470              box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
11471              -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
11472              -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
11473              z-index: 10000;
11474              background: #FFF;
11475              position: fixed;
11476          }
11477
11478          .close {
11479              width: 24px;
11480              position: absolute;
11481              top: 3px;
11482              right: 3px;
11483              padding: 6px;
11484          }
11485
11486          .close {
11487              height: 24px;
11488          }
11489
11490          .survey-container .btn {
11491              border-radius: 0;
11492              text-shadow: none;
11493              text-transform: capitalize !important;
11494          }
```

```
11495
11496        .survey-container .btn:hover {
11497            background-color: #CCC !important;
11498        }
11499
11500        @media screen and (max-width: 767px) {.survey-container
      {left:10px;right:10px;}}
11501        </style>
11502
11503  <link rel="canonical"
      href="https://www.avistahospital.org/avh/specialties/gi/colonoscopy/" /><meta
      /></head>
11504  <body class=''>
11505        <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
      https://wsol.accelo.com/?action=view_issue&id=980] -->
11506        <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
      [jmayberry (WSOL) 8/31/2016] -->
11507        <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
11508        height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
11509        <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
11510        new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
11511        j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
11512        '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
11513        })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
11514        <!-- End Google Tag Manager -->
11515
11516        <form method="post" action="/AVH/Specialties/GI/Colonoscopy/" id="aspnetForm">
11517  <div class="aspNetHidden">
11518  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
11519  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
11520  <input type="hidden" name="EktronClientManager" id="EktronClientManager"
      value="-1759591071,-914034194,-731554408,1064114300,-1687560804,-1080527330,-
      1939951303,-569449246,-1793043690,1338359439,1743165108,1531089627,-300771134,-
      1985268503" />
11521  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
      value="/
```

wEPDwUJMzUxMzA1OTk2D2QWAmYPZBYCZg9kFgRmD2QWAgIRD2QWAgIBDxYCHgRUZXh0BQxVS02MzE5NUzyLT
NkAgEQZGQWEAIDD2QWCmYPFgIfAAW4ATxhIGhyZWY9Jy8nPkhvbWU8L2E+
IC8gPGEgaHJlZj0nL0FWSC9TcGVjaWFsdGllcy8nPlNwZWNpYWx0aWVzPC9hPiAvIDxhIGhyZWY9Jy9BVkgvU
3BlY2lhbHHRpZXMvR0ktTGFiLyc+R0k8L2E+
IC8gPGEgY2xhc3M9J3R1c3QnIGhyZWY9Jy9BVkgvU3BlY2lhbHRpZXMvR0kvQ29sb25vc2NvcHkvJz5Db2xvb
m9zY29weTwvYT5kAgEPZBYGAgQPDxYGHglfZGF0YYUl02WOyqwcAAQAAAP////
8BAAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuUnJnJhbWV3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTljMmMyZmU4YWY2MWViN2I3ZDY2ZTczM2EyMjMyM2JlBAMAA
CAkVMN5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgMVtbU3lzdGVtLlN0cmluZywgbXNjb3JsaWI
a19fQmFja2dyb3VuZFdvcmtlcjAZDVtcz5rX19CWWNraW5nU3RvcmVdU0UxYmFzZTBlMWY2MmEtYTc2Zy8
2FuRWRpdGlvbiwgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5
YzJjMmZlOGFmNjFlYjdiN2Q2NmU3MzNhMjIzMjNiZQ0IAAAABAMAAACAAAAAAAAAQAAAAA
JAwAAAABAsLAAAAAxsALAAAAAcERrdHJvbi5DbXMuUnJnJhbWV3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTljMmMyZmU4YWY2MWViN2I3ZDY2ZTczM2EyMjMyM2JlBAMAA
CAkVMN5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgMVtbU3lzdGVtLlN0cmluZywgbXNjb3JsaWI
a19fQmFja2dyb3VuZFdvcmtlcjAZDVtcz5rX19CWWNraW5nU3RvcmVdU0UxYmFzZTBlMWY2MmEtYTc2Zy8
G9rZW49NTU5YzJjMmZlOGFmNjFlYjdiN2Q2NmU3MzNhMjIzMjNiZQ0IAAAABAMAAACAfaXRlXB1XMFX3NpemUIX1cnNpb24
5Pcmdhbhbml6YXRWVudUJYZVYEXVcmVsdZVYEXYhMjdhNpcmVr
rdHJvbi5DbXMuT3JnYW5pemF0aW9uLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXl
Q291bnRmGQCBg8WAh4VbmlzaWJsZS9WdkAggPDxYGHwEyz2kAAQAAAP////
8BAAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuUnJnJhbWV3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTljMmMyZmU4YWY2MWViN2I3ZDY2ZTczM2EyMjMyM2JlBAMAA
CAkVMN5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgMVtbU3lzdGVtLlN0cmluZywgbXNjb3JsaWI
a19fQmFja2dyb3VuZFdvcmtlcjAZDVtcz5rX19CWWNraW5nU3RvcmVdU0UxYmFzZTBlMWY2MmEtYTc2Zy8
2FuRWRpdGlvbiwgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5
YzJjMmZlOGFmNjFlYjdiN2Q2NmU3MzNhMjIzMjNiZQ0IAAAABAMAAACAAAAAAAAAQAAAAA
JAwAAAABEAAAACgAMBQAAAF1Fa3Ryb24uQ21zLkNvbnRlbnRYYW5hZ2VyLGVyc2lvbj05LjA1LjAuMC4yNDksIE
NlbHR1cmU9bmV1dHJhbHVjaGCwgUHVibGljS2V5VG9rZW49NTU5YzJjMmZlOGFmNjFlYjdiN2Q2NmU3MzNhMjIzMjNiZQ29

11521…  sbGVjdGVibHMuRZvUzXlpy5maxN0YDFbW0u13HVyb15DbXMuT3JnYW5pemF0aW9uL0ZlbWVyYXN1RGF0YSwg
RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpcY
0tleVRva2VuPTU1OWEyYzRmYTIxzTYzYmVdXQMAAAAGX2l0ZW1zBV9zaXplCF92ZzaW9uBAAAJkVrdHJvbi
5DbXMuT3JnYW5pemF0aW9uL1lbnVCYXNlRGF0YVtdBQAAAAgICQYAAAAABAAAAAQAAAUEAAAALOVrdHJvbi5
DbXMuRnJhbWV3b3JrlVJLlRyZWUuVHJlZ5VzcGVDba2sZWN0aW9uWUAwAAAAA1MaXN0YDErX2l0ZW1zEDxcpc3Rg
MStfc2l6ZQ9MaXN0YDErX3ZlcnNpb24EAAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZ5Vz
GVbXQIAAAAICAIAAAAJBwAAAAUAAAAFAAAAWBwYAAAAAQAAAAQAAAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW
9uLk1lbnVCYXNlRGF0YQUAAAAJCAAAAA0DBwcAAAAQAAAAgAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlV
JLlRyZWUuSVRyZWVVOb2RllAgAAAAkJAAAACQoAAAAJCwAAAAkMAAAACQ0AAAANAwwwOAAAAVkVrdHJvbi5DbXMu
Q29tbW9uLkBWZXJzaW9uPTTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhM
mM0ZmEyMWU2M2J1BQgAAAAjRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uU3ViTWVudURhdGEAAAAFzxJdGVtSW
Q+

a19fQmFja2a2luZ0ZpZ2VXxkGTxQYXJlbnRRJZD5rX19CYWNraW5nRmlsbGGQiTWVudURhdGErPFRlbXBsYXRlPmFtX
0JhY2tpbmdGaWVSCZ2N1W51RGF0YSsYGOYSSm8rZGVySQ+

a19fQmFja2a2luZ0ZpZWxkK0llbVVEYXRRhKzxBc3NvY2lhdGVkVkRm8zSGVycm1zZGVycyzrX19CYWNraW5nRmllbGQtWTWVud
URhdGErPEFRlEHQ+

a19fQmFja2a2luZ0ZpZWxkK0llbVVEYXRRhKzxBdWRpbmc2W92Y1JyYXJvaS1QZWxkPmFtX0JhY2tpbmdGaWVSCZ
URhdGErPFRlEHQ+

a19fQmFja2a2luZ0ZpZWxkIk1lbnVCYXNlRGF0YSs8VHlwZT5rX19CYWNraW5nRmllbGQiTWVudUJhc2VYXRhK
zxIcmVmPmFtX0JhY2tpbmdGaWVSCZRNZW51QmFzZURhdGErPFRhcmdldD5rX19CYWNraW5nRmllbGQoTWVudUJ
Jhc2VYXRhK2BtbnRlc3RrvbltPmFtX0JhY2tpbmdGaWVSCZlNZW51QmFzZURhdGErPERlc2NyaXB0aW9uW0W+uPmt
fX0JhY2tpbmdGaWVSCZVCN2W51Qmyc2VyXRhKzxUaXRsZT5rX19CYWNraW5nRmllbGQiTWVudUJhc2VYXRhK

a19fQmFja2a2luZ0ZpZWxkI01lbnVCYXNlRGF0YSs8SXRlbXM+

a19fQmFja2a2luZ0ZpZWxkL01lbnVCYXNlRGF0YVs8U2l2Z2VxQYXRoPmFtX0JhY2tpbmdGaWVSCZlNZW51QmFzZ
URhdGErPE9yZ2l0VF3dGlT3zlcnJpZGU+a19fQmFja2luZ0ZpZWxkHVNtc0RhdGFgMSs8SWQ+

a19fQmFja2a2luZ0ZpZWxkKAAABAAMDAQABBAEBAAEAAwEAAAXBAAAACXX5TeXN0ZW0uU29ydGVkTGlzdGACX
y5MaXN0YDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMC4wLCBDdWx0dXJlPW5ldXRyYW
FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV1/
U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuVWtGTGlzdGBAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQ
EsRWt0cm9uLkNtcy5Db21tb24uTm9kZXBhdGhgMS5MSXRlbVNLBCGUOAAAACQ1lAVN5c3RlbS5Db2xsZWN0aW9
zsZWN0aW9uL5HZW5lcmljLkxpc3RgMVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uU3ViTWVudURhdGFgMSwgR
RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpcY
0tleVRva2VuPTU1OWEyYzRmYTIxzTYzYmVdXQMAAAAGX2l0ZW1zBV9zaXplCF92ZzaW9uAAAAAAAAAAAAAAAA
kQAAAACREAAAAAJDwAAAAgewAAAAE5hdmlzdGdFob3NwaWNlAXs////

LEVrdHJvbi5DbXMuQ29tbW9uLnUuaXJWR51bXVyYXRpb24tdU0W1UeXBlLQAAAAd2YWx1ZV9fAAgOAAAAB
AAAAAkPAAAAAh5YAAAAFX3SlbGYGAAAAAAxPAAAAAAAAFAAAAAAxAAAAACYAAAAAkYAAAAAA0bVlrdHJvbi
5DbXMuMnRuBWV3b3JrLlVJLkJLnbyb2xzcLkVrdHJvblJVLJLCBWZXJzaW9uPTUuMC4wLjI0OSwgQ3VsdHVyZT1
uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2J1BQkAAAA2RWt0cm9uLkNtcy5GcmFtZXdv
cmsuVUkuQ29udHJvbHMuRV3cm9uVWVydTWVnVWVOb21tAAACFUAAAAAABRv8RGVyY3J3JpcHRpb24+

a19fQmFja2a2luZ0ZpZWxkHxJbWFnZUJyZWFkZnU9Z2XJyYXml1mtfX0JhY2tpbmdGaWVSCZBo8BSWlhZ2VQYXRoPmFtX0JhY
2tpbmdGaWVSWZBg8T3JkaW5hbD5rX19CYWNraW5nRmllbGQGQXPFRhcmdldD5rX19CYWNraW5nRmllbGQGQXPEl0ZW
1JZD5rX19CYWNraW5nRmllbGQGQ2FPFRlbXBsYXRlPmtfX0JhY2tpbmdGaWVSCZI8QXNzb2NpYXRlZEZvbGRlcnM
+a19fQmFja2luZ0ZpZWxkJDxBc3NvY21hdGVkVkVtcGxhdGV3JyGXmtfX0JhY2tpbmdGaWVSWZBr8Rm9sZGVySWQ+
a19fQmFja2a2luZ0ZpZWxkHxDxDb250ZW50VHlwZT5rX19CYWNraW5nRmllbGQGQZExpbmtUeXBlPmtfX0JhY2tpb
mdGaWVSZBJUcmVllTm9kZStfY2hpbGRyZW4VVHJlZ5vZGUrX2hhc0NoaWxkcmVuGlRyZWVOb2RlK19jaGlsZH
Jlbk5vdExvcVWRlZBxUcmVlTm9kZss8SW50Y+

11521...

```
... MC4wIjRSTERTDHKTcmu9bMVTdHdhbCWQgHWEDE1jS2v5VS9IzW449ycLSyTVjTWFvx0TM0zTT40V1dCS9Fa3Ryb
... 24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVOb2RlQ29sbGVjdGlvbgIAAAABAQgJAQEBAQEIAS5Fa3Ryb2
... 4uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVTZWxlY3RRpb25Nb2RlAgAAAAEcU3lzdGVtLkNvbGxlY3Rpb25
... zLkhhc2h0YWJsZQZEAAAACQ8AAAABCQ8AAAABAAAACRYAAAAGHAAAAAsxMDczNzQyMzMzMwkPAAAACR4AAAAJ
... HwAAAAAAAAAAAACgoJIAAAAAAABiEAAAALMTA3Mzc0MjMzMzMzMgIAAAAMyOTMGIwAAAAMyOTMGJAAAAA8yO
... TNeMTA3Mzc0MjMzMBAAAAAgAAAAAAAAAABBiUAAAANUGF5bWVudCBIZWxwPwPYmAAAAB1N1Yk1lbnUKCgEBAAA
... AAAAAAAAOKBdn///
... 8uRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlLlU2VsZWN0aW9uTW9kZQEAAAAHdmFsdWWVfXwAIAgA
... AAAAAAAAGKAAAABAvRmluYW5jaWFsLlUhlbHAuCgKAAEAKAAAACQAAAAkPAAAAAQkPAAAAkWAAAAWKAAABisA
... AAADMjk0OCQ8AAAAJLQAAAAkuAAAAAAAAAKCgkvAAAAAQAGMAAAAAMyOTQGMQAAAAMyOTMJIwAAAAJzAAAAAA
... AAAABzI5M14yOTQBAAAAAwAAAAAAABBjQAAAAXQ2FyZWVVycyAmYW1wIwYBFZHVjYXRpb24DgJJgAAAAoKAQEAAAA
... AAAAAACgoByv///9n///
... 8AAAAABjcAAAAXL0NhcmVlVlcnMtTYW5kLUVkdWNhdGlvbi8GKAAoAAQsAAAAJAAAACQ8AAAABCQ8AAAADAAAACRY
... AAAAGOgAAAAsxMDczNzQyMzA0NAkPAAAACTWAAAAAJPAAAAAAAAAAAACgoJPgAAAAAB18AAAALMTA3Mzc0O
... MjMwNDQGQQAAAAMyOTMJIwAAAAJzAAAAAAZjI5M14xMDczNzQyMzA0NAEAAAAAAAAAAABBjQAAAAAQwAAAAA8yNeUNlb
... nR1cmFtFIZWFsdGdgZJgAAAAoKAQEAAAAAAAAAAAACgoBu////9n///
... 8AAAAABkYAAAARL215Y2VVudHVyYWhlYWx0aGdlJkAAoCAAQsAAAAJAAAACQ8AAAAEAAAACRYAAAAGSQA
... AAAsxMDczNzQyNQxQ0YxMQkPAAAACUsAAAAJTAAAAAAAAAAAAAAACgoJTQAAAAAEBEjZEB3FDLMTA3Mzc0OTQz2MTEG
```

AAAAAAKCgER/7/2f///
wAAAAAG1AAAABsvV2h5LWNob29zZS1DZW50dXJhUhlYWx0aC8KAAoAAX4AAAAJAAAACQ8AAAAACQ8AAAADAA
AACRYAAAAG1wAAAAsxMDczNzQxODY5NQoKCgAAAAAAAAAACbwAAAAJvQAAAAnaAAAAAAAG2wAAAA8xMDczNzQ
xODgzNXwyOTQG3AAAAAMyOTQJIwAAAAbeAAAAAEzI5M14yOTReMTA3Mzc0MTg4MzUCAAAABgAAAAAAAAABt8A
AAAeV2hhdCB0byBFeHBlY3QgYXMgYW4gQXBwbGljYW50OCgAAAAKCgEBAAAAAAAAAoKAR/////Z////
AAAAAAbiAAAANi9DYXJlLXXJzLWFuZC1FZHVcjYXRpb24vV2hhdCb0by1FeHBlY3QtYXMtYW4tQXBwbGljYW50OL
woACgABfwAAAAkAAAAJDwAAAAAJDwAAAAAQAAAAJFgAAAAblAAAACzEwNzM1NDE4Njk2CgoKAAAAAAAAAAAAJvA
AAAAm9AAAACegAAAAAAAbpAAAAADzEwNzM1NDE4ODR0ODM4fDI5NAbqAAAAAzI5NAkjAAAABuwAAAAATMjkzXjI5NF4
xMDczNzQxODDgzOAIAAAAHAAAAAAAAAAAG7QAAABpGcmVxdWVudHVudGx5IEFza2VkIFFIZXN0aW9uc3ucwnEAAAACgoB
AQAAAAAAAAAKCgER////2f///
wAAAAAG8AAAAAOvSGlyaW5nLWLUZBUXMvCgAKAAGcAAAAAAAAAQAACQ8AAAAAAkPAAAAAAAkvAAAAAABwMAAAAALMT
A3Mzc0MTg2OTcKCgoAAAAAAAAAAm8AAAAACb0AAAAJ9gAAAAABvcAAAAAPMTA3Mzc0MTg4MzU4fDI5NBOgAAAAA
DMjk0OCSMAAAAAG+
gAAABMyOTNeMjk0XjEwNzM1NDE4ODMzAgAAAAgAAAAAAAAAAAb7AAAAL0NvbXBlbnNhdGlvbiBCZW5l5l2ml0cy
BhbmQgVHVpdGlvbiBSZWlt5nYnVyc2VtZW50CgoAAAAKCgEBAAAAAAAAAoKAQP////Z////AAAAAb+
AAAAMS9Db2l1wZW5zZXRpb24tQmVuZWZpdHMtYW5kLVR1aXRpb24tUmVpbWJvdWVpbWVudC8KAAoAAYEAAAAJA
AAACQ8AAAAACQ8AAAAGAAAACRYAAAAGAQKEAAAAsxMDczNzQxODYyOAoKCgAAAAAAAAAAAAACbwAAAAJvQAAAAkEAQ
AAAAAGBQEAAA8xMDczNzQxODDgzNHwyOTQGQBgEAAAAMyOTQJIwAAAAAYIAQAAAEzI5M14yOTReMTA3Mzc0MTg4M2Q
CAAAACQAAAAAAAAAABgkBAAAPTnVyc2luZ2BDBYXJlJ1ZXJzZcQAAAAKCgEBAAAAAAAAAoKXfX+///Z////
AAAAAYMAQAAES9OdXJzaW5nLnLUNhcmVlcmVycy8KAAoAAYIAAAAJAAAAkPAAAAAkPAAAAkWAAAABg8BA
AALMTA3Mzc0MTg2OTkKCgoAAAAAAAAAAb0AAAAAAJEgEAAAAAAJyAAAAAAAbhBmBAABhMBAAAPMTA3Mzc0MTg4MjQ1fJkh
QBAAADMjk0ILCSMAAAAAAFgfEAAAByOTNeMjk0XjEwNzM1NDE4ODM0OLM5AgAAAAAAAAAAAAAAYXAQAADU90aGVyaVEN
hcmVlcnNMJxxAAAAAoKAQEAAAAAAAAAoKgoB5/7/7/9n///
8AAAAABhoBAAAUL090aGVyLUUhcmVlcmVycy8KAAoAAYR4AAAAJAAAACQ8AAAAACQ8AAAAAAIAAAACRYAAAA
GHQEAAAsxMDczNzQxODDwcDceMAoKCgAAAAAAAAAACbwAAAAJvQAAAAkgAAAAAGIQEAAAA8xMDczNzQxODDgzN3wy
OTQGIgEAAAMyOTQJIwAAAAYkAQAAAEzI5M14yOTReMTA3Mzc0MTg4MzZCAAAACwAAAAAAAAAABiUBAAAbW91c
iBSaWdodHHMgQXMgW4gQXBwbGljYW50OAAAAAAAAAAKAdn+///Z////
AAAAAYoAQAAHS9Zb3VyLVJpZ2h0cy1hc10hbi1BcHBsaWNhbnQvCgAKAAGbAAAAkAAAAACQ8AAAAACQAAAAAAkPAAAAAkPAAAAACRYAAAAkkkPAAAAkkPAAAAACRYAAAAkkPAAA
QAAAAkWAAAABkcBAAAAsxMDczNzQxODYzMDAAAAAAAAAAAAAAAAYzAQAAAGFheSBTBZBSBvyOTRvVyBvyOTRvVyEFwZW5zZ2F0aW9uOAAAAK
goBr/7///9n///
8AAAAABlIBAAAzL0FWSC9DYXJlLXXJzLWFuZC1FZHVjYXRpb24vV2hhdC10by1FeHBlY3QtYXMtYW4tQXBwbGljYW50OCgA
AAAKgoBY

Page 349

11521...
MEVrdHY9i3DhDXmyQ29cbW91LvrrW6YtWWyyYXRpb24f1WVudY0Z2W1NaW5fVW1WZQEAAAAHdmFsdWVWVfXwAID
gAAAAAAAAABAAAATxcAAAAAAAAAmAQAAAAAAAAnDAAAAAAZr+///s////
AQAAAAnGAAAACRYAAAAGAAAAAAAAAAkPAAAAAQAAAlqAQAACQ8AAAAAWAIAgAIAAAABWgEAAFkBAAABlP7//
5z+//8AAAAAAQAAAL4BAIACAAAAJgEAAAAAAAAJ0QAAAAGS/v//7P///
wEAAAAJlAAAAAkWAAAABgAAAAAAAAAJDwAAAAIAAAAJcgEAAAkPAAAAFQCAICACAAAAAVsBAABZAQAAAYz+//
+c/v//AAAAAEAAADHAQCAAgAAACYBAAAAAAAACd8AAAABiv7///+z///
8BAAAACeIAAAAJFgAAAAYAAAAAAAAACQ8AAAAIAAAAAXoBAAAAWAIAgTCAgAgAAAAAFcAQAAWQEAAAGE/v/
/nP7//wAAAABAAAAyAEAgAIAAAAmAQAAAAAAAAntAAAAAYL+///s////
AQAAAAnwAAAACRYAAAAGAAAAAAAAAAkPAAAABAAAAAncAQAAEACEAAAXQEAAFkBAAABfP7//
5z+//8AAAAAQAAAMkBAIACAAAAJgEAAAAAAAAJ+wAAAAF6/v//7P///wEAAAAJ/
gAAAAkWAAAABgAAAAAAAAAJDwAAAAUAAAAAJigEAAAkPAAAAAFECAIACAAAAAV4BAABZAQAAAXT+//+c/v//
AAAAAEAAADKAQCAAgAAACYBAAAAAAAAACQkBAAAABcv7//+z///
8BAAAACQwBAAAJFgAAAAYAAAAAAAAACQ8AAAAGAAAAAAAFfAAQAAWQEAAAF/AQAAWQEAAAFs/v/
/nP7//wAAAABAAAAywEAgAIAAAAmAQAAAAAAAAAQoQAAAAQXAQAAWr+//z/s////
AQAAAAJUABAAAkWAAAABgAAAAAAAAAJDwAAAAUAAAAJQEAAAFi/v//7P///
wEAAAAJKEAAAAkWAAAABgAAAAAAAAAJDwAAAAJogEAAAkPAAAAAFUCAIACAAAAAWEBAABZAQAAAVz+//
+c/v//AAAAAEAAADSAQCAAgAAAAHMBAIACAAAACTMBAAAABWv7///+z///
8BAAAACTYBAAAJFgAAAAYAAAAAAAAACaoBAAAAJFgAAAAYAAAAAAAAAAJQEAAAFiAQAAWQEAAAFU/v/
/nP7//wAAAAABAAAA0QEAgAIAAAABzAQAAAAmyAQAAATgIAgAIAAAAAYBAAAAABYwEAAAFBTP7//
5z+//8AAAAAAAAE8XAAAAAAcwEAgAITwEAAAAJTwEAAAFc/v//7P///7P///
wEAAAAJUgEAAAkWAAAABgAAAAAAAAAJDwAAAAAMAAAAJugEAAAAP8CAIACAAAAAWoBAAAAVoBAAAACVMBAA
AAAAAAAAAAFyAAAAAYBAQAAlTAQAAAAJ9TAQAAACBegEAAAJBIAAAAAABkgEAAAAAAAAIBkgEAAAAIBAAAYA
BAAAANGKAQAAGKAQAAAAlTAQAAAABkgEAAAAAAAAALHwJnHwMCBWQWAmYPZBYZCAgEPZBYKZg+kFrg
JmDxUDEC9GaW5hbmNppYWwtSGVttvTGVscC8NUGF5bWVudCBIZZWxwPw1QYXltZW50IEhlbbHA/
ZAIBD2QWBGYPFQMXL0NhcmVVlcnMtYW5kLUVkdWNhdGlvbi8yRIFXyZFYZHVjYXRpb24XQ2FyZ
WVycyAmYW9wyOyBFZHVjYXRpb25fQ2FyZWVycy5kAgEPFrg9FrQfFwVLwOyBFZHVcyZ9k9k9k9k9FZ
FWSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24fFZWdmFuLXc1dGzkFmFWaAmdNYW5hZeR0ZHludXWzpy1
BoeXNpb21laWaaW50YWNlIFtxb2YVMyZ//
YSl1ZWFsdGvGVdoeSBjaG9vic2UgZ3VvdVudVHVyvIVYSBIZWFsdGvGxdGdGv2h5IYWx0aGNoeW9aG90
g9kFGJmDxUDLbuDi9K9j9l2XJlZXIfYXJpb24vZZhhdlc1oby1by1oby1byy1oby1byy1byyy1by1by1
5XaGF0IHRvIEV4cGVyaWbu2Zm9yIERyAXZhRY9KCOHbyBFeHBlY3QgYXMgYSBOZXcgUm9rbGl5jVW50
AgEPZBYCZg8FZfAmcfAwYZDYZOEC9GaW5hbmNpYWwtSGVsbC1MlBheSl3VyUFwcXpGaW5hbmNpYWwtS
GVscCQ0sP9yG8yE1Flvdd1jQvGZWlGBIVc1cuQWamYP0YWl3VwUUpPbXNibG50bHvbmMw1lAnDbGBBHBkpe
pY2FudGQGaQQ9k9FgDxUDES9teWN1bnRlcmIcmFoZWFsdGsgvVP15Q2VudHVyYWlibkR1cmFIZFwcQG
sdGhkAgEPBYEYZg8VAxwQVSG9tZS9Q29VudHVyYWlibkR1cmFIZFwcQG1GFBiheSlb3VyLUFwcXpGaW5
hbmNpYWwtDSBkeWZVGC5Z91cbCBsWdodMMgQXMgQW4gQWLWwBhBleS1by1BpY3VyLUFwcXpFmYcGx
yP2FudGGCAg9kFGjMDxUDES9teWNbb1cmFoZWFsdGsZPV2VudHVyYWlibkR1cmFIZFHBIlcuVQvyP2F
uZm1ndXJhdlvbi9Bdml2dGGVpdGRNLbRhRY21WiNuBuzZRkAQvyPDYGHwEyiMkEAAEAAAD/////
AQAAAAAAAAAMAgAAAAFxFa3Ryb24uQ2l2LLkZyYW1ld29yay5VSVSSVmZyYmVjbvbj05LjAuMC4yNDkzISNENUdBbHB1
mU9bmV1ldHJhmcCwgVibidcCwgGlmU5N5jS9j1MKnDGxjbvMjYW4xbhdU1HcGyz2lvbijVOX05Y2ZUl
Z3HYGpbdGaGwDaWV4ZGAVvpgeaYKAGQQPDYZSCwGY8X8XRlbHRbHBU
a19fQmFja2x1Z0rZWxkFjxFcnJvrjj5rX19CYWNVraW5rmllbGQbGQGYPENhbkbkVaXaQ+
a19fQmFja2luZ0pzPZWxkAAMEQAJpAFTeXN0ZWW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YOYDYFbWVrdHJvb
i5DbXMuMuT3JpYWWbRWxlbWVudClGcmFtZXdvuym2hlbGwubGxsZWmMZWXRGBhZYlcnVudGBhZdWxvUvyUHBhZ
4wLjAuMLQ5Q5CBCDWx0dXJlPW5ldDXRphXXQYQVCbl0YUVRVOPlcYOlVt3vbPVyUolEUyBYnUYWVRVOPlcYOlY
YQdhayQgYGQYYsIEJQll3YylZGZYBmYf0lGBwbWRnFGWYWAmYyBY8nlZ50AgBUEAEEAAAAXFO/////
AQAAAAAAAAAMAgAAAAMAgAAAAFxFa3Ryb24uQ21zLkZyYW1ld29yay5VSYAAAJaMY4yNDkxIRN1EW1bHIhc
mU9bmV1bHJhm0FS9NUTWhJGx1ZCWgyay5mVc2lvbj05LjAuMC4yNDkxIRN1EWVdY4pY5jS9j1hHMIFrZlcnNpb2450
4wLjAuMLQ1Q5CBCDWx0dXJlPW5ldXRYpHYQQVCbl0YUVRVOPlcYQYlEEN1EE1bHIhcmU9bmV1dHJhm0lGBwWbm
V3bmFsdHJhMmOZmMWMJ2JVO4DAAAADAAaAaAB1pdpdTYUPBplJdY29PYQYQVCbl0YUVRVOPlcY3vcciBQcm92aWRlcN0k
AgEPZBYCZg8FY5bGlvbj0V5lZYYQYylVEEN14pY5hltIF1YkmB5jQll3YM1XYM11cWAAAABQBU3lzdGVOLkNvbGxlY3Rpb24u
R25lcmljLkxpc3RgTBbWV0cm9uLkNtcy5GcmFtZXdvcmsw5maGVsbC5jb250cm9sLkdGNm1cbpyYWx
W3dhikBlGvbhZdpdTYUPBplJdY29PYQYQVCbl0YUVRVOPlcY3vcccciBQcm92aWRlcb6/////
AQAAAAAAAAAAMAgAAAAFxFa3Ryb24uQ21zLkZyYW1ld29yay5VSVNlcnZpY2UyMNDkxNY0NDkiSIEN1EN1bHI
mU9bmV1bHJhm0FS9NUTWhJHx1ZCWgyay5mVvVb2RsQ29PYdJ1Q29sbGvjdGlvbgMAAANTGlzdGAxK19pdGcxwaMaN0YDErX3NpemUU
bj01NTlhMmM0ZmEyMWU2M2JlXV0DAAAAB1pbpd0ltRU0YZFsZXZW3MyMtJG5sbGvbljdGlvbi5LJV2Zm1ndXJhdlvb
4FvLJaAuMjQ5Q5CBCDWx0dXJlPW5ldXRYpHYQQVCbl0YUVRVOPlcYQYdNUT1XYxyZdcwxAZNgv2FrZX3NpemU
2FuaXphdGGlvbi5NZW51QmFzUURhdGFbXQUAAAAAICAkGAAAAAEAAAAAEEAAAAFBAAAAC9Fa3Ryb24uQ2l2LkZyY
lld29yay5VSS5UcmlRYVOb2RlQ29sbGvbljdGlvbgMAAANTlzdGAxK19pdTgzXN0YDErX3NpemUU

11521.. PTGlzdGVkKT99ZXJzaW5uBAAAAARCvrdWVuBSDbXMuRnnNllWVJb3JJFl1VJlRyWBusVRyZWVOb2RlW1OCAAAA
… CAgCAAAACQcAAAAGAAAABgAAAAcGAAAAAAEAAAAEAAAABCRFa3Ryb24uQ21zLkYyZ2FuaXphphdGlvbi5NZW51Q
… mFzZURhdGGEFAAAACQgAAAAANwcHAAAAAAEAAAAIAAAABCZFa3Ryb24uQ21zLkZyYW51ld29yay5VSS5UcmVlLk
… lUcmVlTm9kZQIAAAAJCQAAAAkKAAAACQsAAAAJDAAAAAkNAAAACQ4AAAANAgwPAAAAVkVrdHJvbi5DbXMuQ29
… tbW9uLCBWZXJzaW9uPTkuMkC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0M0
… ZmEyMWU2M2JlBQgAAAAjRWt0cm9uLLkNtcy5Pcmdhbml6YXRpb24uTWVudURhdGEEAAAAFzxJdGVtSWQt
… a19fQmFja2UluZ0ZpZWxkTXcYQYXJlbnRJZD5rX19CYWNraW5nRmllbGQjTWVudURhdGErPFRlbXBsYXRlPmtfX
… 0JhY2tpbmdGaWVsZCJNZW51RGF0YSs8Rm9sZGVySWQ+
… a19fQmFja2UluZ0ZpZWxkKO11bnVEYXRhKxzBc3NvY2lhdGVkRm9sZGVyczc5rX19CYWNraW5nRmllbGGQtTWVud
… URhdGGErPEFzc29jaWF0ZWRRUZW1wbGF0ZXM+a19fQmFja2UluZ0ZpZWxkI01lbnVEYXRhKxzJbWFnZVBhdGGg+
… a19fQmFja2UluZ0ZpZWxkJ011bnVEYXRhKxzJbWFnZU92ZXJJYyaWRlPmtfX0JhY2tpbmdGaWVsZCJNZW51Q
… URhdGGErPFRleHQ+
… a19fQmFja2UluZ0ZpZWxkIk1llbnVCYXNlRGF0YSs8VHlwZT5rX19CYWNraW5nRmllbGGQiTWVudUJhc2VEYXRhK
… zxIcmVmPmtfX0JhY2tpbmdGaWVsZCNNZW51QmFzZURhdGErPFRhcmdldD5rX19CYWNraW5nRmllbGGQoTWVudU
… Jhc2VEYXRhKxzBbmNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGGErPERlc2NyaXB0aW9uPmt
… fX0JhY2tpbmdGaWVsZCNCVNZW51QmFzZURhdGErPE9yZGLlUYWw+
… a19fQmFja2UluZ0ZpZWxkI011bnVCYXNlRGF0YSs8SXRlbXM+
… a19fQmFja2UluZ0ZpZWxkJ011bnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCNtZW51QmFzZ
… URhdGGErPEltYWdlT31lcnJpZGU+a19fQmFja2UluZ0ZpZWxkI011bnVCYXNlRGF0YSs8SW1hZ2U+
… a19fQmFja2UluZ0ZpZWxkKAAABAAMDAQABBAEBAAEAAwEAAAAIx5CTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpY
… y5MaXN0YDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
… FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1MjE5MzRlMDg5XVl/
… U3lzdGVtLkNvbGxlY3Rpb25z5LkdlbmVyaWWMuTGlzdGAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
… 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPTc3YTVhNDkzNGUwODldXQI9
… EsRWt0cm9uLkNtcy5Db21tb24uRWtfbnVtZXJhdG9yI1NZW51SXRlbVR5cGUPAAAACQilAVN5c3RlbS5Db2x
… sZWN0aW9ycy5HZW51cmljLkxxpc3RgRMYtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudURhdGFdJdGVtRGF0Y
… RWt0cm9uLkNtcy5Db250cmFldlHMISZ1cnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY
… 0tleVRva2VuPTU1OWEyYzRmYTIxZTYzYmVdxQEJBQAAAAgBAAAAAAAKgAAAAAAAAGEAAAAAAAAAAAAAAAA
… kRAAAACRIAAAAJEAAAAAEQFAAAAAx5hdmlzdGGFobXBAXr////
… LEVrdHJvbi5Db2XMuQ29tbW9uLkVrVrRW51bWVyYXRpc24rTWVudUl0ZW1UeXBlBlAQAAAAd2YWx1ZV9fBAAgPAAAAB
… AAAAAkQAAAABhcAAAAFX3N1bGGYqAAAAAAAAAAkQAAAABgAAAAkRAAAAACAIAQAAAAAAAAAAABbkVrdHJvbi.Jvbi
… 5DbXMuRnnJhbWV3b3JrLlJlLkVrbnRpYny2xZLkVrdHJvbiVLVJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1
… uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0M0ZmEyMWU2M2JlBQkAAAA2RWt0cm9uLkNtcy5GcmFtZXdv
… cmsuVUkuQ29udHJvbHMuHMuRW51bW9uW3uVUVuTWVudVRyYWNrYWJsZT4rX19CYWNraW5nRmllbGQtPER
… a19fQmFja2UluZ0ZpZWxkHjxJbWFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVsZ188Rm9sZGVySWQ+bXtfX0JhY2t
… pbmdGaWVsZWYZ8T3JkaW5hbD5rX19CYWNraW5nRmllbGGQtPE1lbnVyZXljmDGaWVsZ188QXNzb2NpYXRlZER
… 1JZD5rX19CYWNraW5nRmllbGGGQZPFRlbXBsYXRlPmtfX0JhY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEltYWdlcy5cm
… +a19fQmFja2UluZ0ZpZWxkJDxBc3NvY2lhdGVkVGVtcGxhdGVzPmtfX0JhY2tpbmdGaWVsZ188Rm9sZGVySWQ+
… a19fQmFja2UluZ0ZpZWxkHDxDb250ZW50V0HlwZT5rX19CYWNraW5nRmllbGGQ2PExpbmtVb2RlW1Jlc291cmNlZ
… mdGaWVsZBJUcmVlTm9kZStfY2hpbGRyZW4VVHJlZ5VcGUr2hhc0NoaWxkcmVuU1RyZWVOb2RlK1R1K19jaGlsZH
… Jlbk5vdExvYWRlZBxUcmVlTm9sZStZSS8SWQ+
… a19fQmFja2UluZ0ZpZWxkILRyZWVOb2RlKzxQYXJlbnRJZD5rX19CYWNraW5nRmllbGGQgVHJlZU5vZGUrPFJvb
… 3RJZD5rX19CYWNraW5nRmllbGGQZPFRlbGGQ2vZGUrPFBhdGg+
… a19fQmFja2UluZ0ZpZWxkHlRyZWVOb2RlKzxmZXZhbD5rX19CYWNraW5nRmllbGGQeVHJlZU5vZGUrPFJhbms+
… a19fQmFja2UluZ0ZpZWxkKVRyZWVOb2RlKzxDYW5JYXZlbQ2phpbGRyZW4+
… a19fQmFja2UluZ0ZpZWxkHlRyZWVOb2RlKzxDb2xPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VHlwZT5rX
… 19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPFN1YlR5cGU+
… a19fQmFja2UluZ0ZpZWxkIFRyZWVOb2RlKzxBY3Rpb24+
… a19fQmFja2UluZ0ZpZWxkHlRyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZSs8Vmlza
… WJsZT5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPFN1bGVjdGVkPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZS
… s8TW9yZT5rX19CYWNraW5nRmllbGGQoVHJlZU5vZGUrPE5leHRQYWdlTnVtYmVyPmtfX0JhY2tpbmdGaWVsZCJ
… UcmVlTm9kZSs8RXhwYW5kZWQ+
… a19fQmFja2UluZ0ZpZWxkJVRyZWVOb2RlKzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGGQpVHJlZU5vZGUrP
… ENvbW1hbmRBcmdtb1dVdD5rX19CYWNraW5nRmllbGGQnVHJlZU5vZGUrPFNlbGVjdGVkJbGvbk1vZGU+
… a19fQmFja2UluZ0ZpZWxkHlRyZWVOb2RlKzxOYXZpZ2F0ZVVybD5rX19CYWNraW5nRmllbGGQoVHJlZU5vZGUrP
… E9uQ2xpZW50Q2xpY2s+
… a19fQmFja2UluZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0NhdXNlc1Bvc3RiYWNrPmtfX0JhY2tpbmdGaWVsZCBUc
… mVlTm9kZSs8Q3VzdG9tPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8VG9wTGV2ZWw+
… a19fQmFja2UluZ0ZpZWxkKAQBAAAEBAQMDAAEBBAAAAQEBAQAAAAEBAQAAAAAAAAABAQQBAQAQBAQADAAEIflN5c3Rlb
… S5Db2xsZWN0aW9uoaW9ucy5HZW51cmljLkxxpc3RgRMVtbU3lzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00Lj
… AuMC4wLCBDdGVWx0dXJlPW5ldXRyYWwsIFB1YmxpcY0tleVRva2VuPTc3YTVhNDkzNGUwODldXX9TeXN0ZW0
… uQ29sbGVjdGlvbnMuR2VuZXJpY5MaXN0YDFbW1N5c3RlbST5TdHJpbmcsIG1zY29ybGViLCBWZXJzaW9uPTQu
… MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTIxOTM0ZTA4OVldCS9Fa3Ryb
… 24uQ21zLkZyYW11d29yay5VSS5TcmVVb25lLlRyZWVOb2RlQglgQ2hpbGRyZW4JAAABAQEIAS5Fa3Ryb
… 4uQ21zLkZyYW11d29yay5VSS5TcmVVb29lLlRyZWVOb2RlR1AQAAA4cU3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaW
… zLkhhc2h0YWJsZQkmQgAAAAACRAAAAACRRAAAAAACRwAAAAGHQAAAAAMyNzEZEAAAAAkfAAAACSAAAAAAAAAAAA
… AAAAAaoKCSEAAAAABAAYiAAAAAzI3MQYjAAAAAzI2NAYkAAAAAzI2NAYlAAAABzI2NF4yNzEBEAAAAAgAAAAAAAA
… AABBiYAAAAALU3BlY2lhhbHRpcpZXMGJwAAAATdWJNZW51Q1CgoBAQAAAAAAAAAKCgXX////

11521... LkVrdHY6i3DHxMVHRJmDWV5b3rilKVSLHEyZWWJVnuRlJ1ZnHpGVjdG1VbkY08GuBAAAqB3fnbHV1X18ACAIAA
... AAAAAAAABikAAAARL0FWSC9TcGVjaWFsSdGllcy9KAAoAAQoAAAAJAAAACRAAAAABCRAAAAACAAAACRcAAAAGLA
... AAAAsxMDczNzQxODUyOAkQAAAACS4AAAAJLwAAAAAAAAAAAAACgoJMAAAAAEAABjEAAAALMTA3Mzc0MTg1Mjg
... GMgAAAAMyNjQJJAAAAAY0AAAAADzI2NF4xMDczNzQxODUyOAEAAAABBBAAAAAAAAAAEGNQAAAABtGb3IgUGF0aVvu
... dHMgJmFtcDsgRmFtaWxpZXMXMJJwAAAAoKAQEAAAAAAAAACgoByf///9j///
... 8AAAAABjgAAAAbL0Zvci1QYXRpZW50cy9KAAQhbmQtRmFtaWxpZXMXMvCgAKAAELAAAACQAAAAkQAAAAQkQAAAAwA
... AAAkXAAAABjsAAAAADMjY1CRAAAAAJPQAAAAk+AAAAAAAAAAAAAAAKCgk/
... AAAAAQAGQAAAAAAmyNjUGQQAAAAMyNjUJQJJAAAAAAZDAAAABzI2NF4yNjUjBAAAAbQAAAAAAAAAABBkQAAAAIQWJvd
... XQgVXMMJJwAAAAoKAQEBAAAAAAAAACgeBuv///9j///
... 8AAAAABkcAAAAOL0FWSC9BYm91dC1Vcy9KAAoAAQoAAAAJAAAACRAAAAABCRAAAAEAAAACRcAAAAGSgAAAAs
... xMDczNzQxODUyOAkQAAAACWQAAAAJZQAAAAAAAAAAAAAACgoJTgAAAAEAABk8AAAAADMjY1XjI2NF4xMDczNzQxODUyOA
... AAMyNjQJJAAAAAAZDAAAAADzI2NF4xMDczNzQxODUyOAEAAAACBAAAAAAAAAAEGUwAAAAalDb21tdW5pdHkJAAAA
... AoKAQEAAAAAAAAAACgoBq////9j///
... 8AAAAABlYAAAAPL0FWSC9Db21tdW5pdHkvSmAAoAAQoAAAAJAAAACRAAAAABCRAAAAgkQAAAAQkQAAAkBlkAAAA
... DMjkyCRAAAAAJwWAAAAlcAAAAAAAAAAAAKCgldAAAAAQAGQAAAAMyOTIGQQAAAAAyMyGkWAAAAMyNjQJJAAAAAAZhAAAA
... BzI2NF4yOTIjBAAAAAhwAAAAAAAAAAAAAABBmIAAAAVSGVhbHRoRoICZhbXA7IFdlbGxuZXNzCAAAACCCgEBBBBmmmm
... AoKAZz////Y////
... AAAAAAZ1AAAAGS9BVkgvSGVhbHRoRoLWFuZC1XZWxsbmVzc2zcy8KAAoAAAQ4AAAAJAAAACRAAAAABCRAAAAAGAAAAAC
... RcAAAAGaAAAAAMyODkJEAAAAl qAAAACWsAAAAAAAAAAAAAoKCWwAAAAAZt AAAAAZt AAAAVSVGhbHRoRoICZhbXA7IFdlbG
... kkAAAABnAAAAAHHmJjY0I4OXJiI4OQEAAAABEGcQAAAAXYXZsChSXrpTxcRAAAAXGdcSScCAAAAAAAoKAY3////
... Y////
... AAAAAAZ0AAAAJC9BVkgvQXZpc2RhLLUFkdmVudGlzdC1Ib3NwaXRhbHhHhbLzlOZXdzLwoACgAEEQAAAH5TeXN0dGd0uQ
... 29sbGVjdGlvbnMuU2R2jyY5MaXNOYDFbW1N5c3RlbS5SJbnQ2NCgwbXnjb3SsaWIsIFZlcnNpNpb249NC4wLj
... AuMCwgQ3VsdHVyZT1lZXV0cmFsLCBQdWJsaWxLZXU1Ub2tlbj1iNzdhNWM1MjY1MjRlMDg5X5V0DAAAB19pdGGV
... tcwVfc216ZQhfdmVyc2lvbgcAAAkICAl1AAAAAAAAAAAAEgAAAH9TeXN0ZW0uQ29sbGVjdGlvbnMuR2Vu
... ZXJpYy55MaXN0YDFbMR5c3RlbS5Sb2JjdHMuSG1zY3J9dGltY2dplCBWRCZJzaW9uPTQuMC4wLjAsIENsbHR1cmU9bmV1b
... mV1dHJhbCwgUHVibGljS2V5VG9rZW49Yj03N2E1YzU2MTkzNGUwODkGAAAACMXzdW0AU18LbnVJdGGG
... Npb24GAAAAICA12AAAAAAAAAAAEGQAAAUBU3lzdGVtLlJlcb25kZWdVjcDRFbnjYXZpcmVubWVudGFpIAAAAX0A
... AFa3Ryb24uMCwgP3RkBQhAAAgICXCzIGFuZFRRbWIsaW5vY2VnAAAABEGYWdwaGRqLlFjA0VtYW5pdY1ld3BBAAAA
... AAAAAAASEAAAAEAAAACXoAAAAPAAAADwAAAAEuAAAAEQAAAEQAAAEUAAAAEBLwAAABIAAAAAAJdgAA
... AAAAAAAAAAATAAAAEAAAACXOAAAAPAAAADwAAAAEUAAAAEQAAAEQAAAEUAAAABBPgAAAAIyAAAAAAJdgAA
... gAAAAAAAAAAAAAT8AAAAEAAAACYAAAAPAAAADwAAAAEvAAAAEQAAAEQAAAAEUAAAABBTQAAAAAAAJOAAAABI
... AJdgAAAAAAAAAAAAU4AAAAEAAAACYYAAAAPAAAADwAAAAEYAAAEQAAAAEQAAAEUAAAABBXQAAAAAAAJXAAAAB
... AAAAJdgAAAAAAAAAAAAAAWwAAAAEAAAACYkAAAAPAAAADwAAAAEYAAAAEQAAAEQAAAAEUAAAABBawAAAAAAAJ
... ABIAAAAJdgAAAAAAAAAAAAAWwAAAAEAAAACYkAAAAPAAAADwAAAAEYAAAAEQAAAEQAAAAEUAAAABBawAAAAAAAJBawAA
... AABAAAAAQlRWt0cm9uLkNttcy5Pcmmdhbml6YXRpb24.uSXYXZpcmVubWVudGFpIAAAA5C0ZZFa3Rlb24uMCwgQ3VsdHVyR
... wAAAAJAQAAAAMAAAAAOFSmAAAAPAAAADwAAAAEUAAAEQAAAAEQAAAAEUAAAABBCZFa3Ryb24uMCwgLkZyYXZpbGxjeT9VSS5UcmV
... lLk1UcmVlVTm9kZIAAAAJkwAAAAkw8AAAaRmRAAACIAAAAJkwAAAAmRAAAAAAAAoKAY3////
... AAmaAAAACZsAAAAAmdAAAAACZ6AAAAAmRRAAAACCZFa3Ryb24uMCwgQ3VsdHVyZT1uZXV0cmFsLAAAAEJkVrdHJvbi4
... lVJlRyZWUuVSVZWVOb2RlAgAAAAmfAAAAAmfMAAAAAmAAAAAJoQAAAAQAAAAAAAoKAY3////
... AAmaAAAAACZsAAAAAmmdAAAAAAmdAAAAAmdAAAAAmeAAAAAmfAAAAAmRRAAAACCZFa3Ryb24uMCwgQ3VsdHVyZT1uZXV
... lLk1UcmVlVTm9kZQIAAAJqgAAAAmrAAAAAmwAAAAxuAAAAAxvAAAAAxwAAAABCZFa3Ryb24uMCwgQ3VsdHVyZT1uZXV
... AJjwAAAAAAAAAAAABYAAAAEAAAACYgAAAAPAAAADwAAAAEYAAAAEQAAAEQAAAAEUAAAABBCZFa3Ryb24uMCwgQ
... UcmVlVTm9kZQIAAAAmfAAAAmPQAAAAAgBAAAALPQAAAAAAgBAAAAALPAAAAkkVrdHJvbi4uMCwgQ3VsdHVyZT1uZXV
... AAEJjgAAAAFB////6////
... wQAAAGwAAAABBBVkgvU3BlY2lhbHRpZXMvCRcAAAAAAqAAAAnDAAAACgAPAQAAAAAAAAnn
... GLAAAACAAAACAABAIACAAAACAEAAAAAAAAJEAAAAAAAAAAAACS4AAAAJLwAAAAAAAAAQk1AAAAATf////
... r////
... BAAAAAbKAAAAGkZvci1QYXRpZW50cy9KAAQhbmQtRmFtaWxpZXMXMvCRcAAAAAAqAAAAkQAAAAnNAAAAAC
... gAgAQCAAgAAAAGMAAAAAAAABBAAAAAABbmQtRmFtaWxpZXMXMvCRcAAAAAAAACT0AAAAJPgAAAAQAAAAQ
... lEAAAAAS3////r////
... BAAAAAbUAAAADUFWSC9BYm91dC1Vcy8KAAoAAQoAAAAJAAAACRAAAAABCRAAAAACdcAAAAAKAAk/AAAAAAAY0A
... AAIAAAAKgEAgAIAAAAAIAQAAAAAAAAAJTAAAAlNAAAAACRAAAAAABCVMAAAAABI////+v///
... 8EAAAABt4AAAAQVZIL0NvbW11bml0eS8KAAQhbmQtRmFtaWxpZXMXMvCRcAAAAAAEAACoBIAAAACRAAAAAABCWIAAAA
... AAAAAIAAAJAEAAAAAAAAAAAAAQkAAAAlxcAAAAQJwwwAAAAlAZEEAAAAABCWIAAAAABCWIAAAAbGf///+v/
... //
... 8EAAAABugAAAAYYQVZIL0hlYWx0aC1hbmQtV2VsbG5lc3MvCRcAAAAAAAqAAAAkQAAAAnRAAAAAACgAQAAAAAnrAAAAcgA
... kAQAAAAAPAAAACEBAAAAAAACAEAAAAAAIEAAAAAAAACWoAAAAAJawAAAAAACWoAAAAQlx
... AAAAQ/////r////
... BAAAAbyAAAAI0FWSC9BdlsZzdGEtQWR2ZW50aXN0LUhvc3BpdGFsL05ldnY8cBpdGAxcBpdGAxBdDZNDNvCRcAAAAAAAkkQAAAAB
... gAAAAn1AAAAAAAAzgAaHQgAAAAAAQAAAACgAAAAQkkQAAAAXXAAAAABvgAAAADMjczCRAAAAAJ+
... gAAAAn7AAAAAAAAAACgn8AAAAAAQGQAAAAQAAAAAyNzMGQAAAAMyNzMJJAAAAAY0AAAAADzI2NF4yMzcjBAAAAAEE
... gAAAAMyNzcAAAAyNzcyNzcyNzcyNzcyNzcyNzcQQQJMyNzcgAAAAMyNzcJAAAAAADzI2NF4yNzcxBAAAAAEUAAAAAAAAAABBm
... gAAAAMyNzEJJAAAAAAYYAAQAACzI2NF4yNzZFeMjczAgAAAAMMAAAAAAAAAAAQYBAQADEJpcnnRoIEN1bGxnknAA

11521... AACgoBRQGARABARAKCgH9/v//2P///
wAAAAAGBAEAAB4vQVZIL1NwZWNpYWx0aWVzL0JpcnRoRoLUNlbnRlci88KAAoAAZEAAAAAJAAAACRAAAAABCRAAAA
ACAAAACRcAAAAGBwEAAAMyNzQJEAAAAAkJAQAACQoBAAAAAAAAAAAAoKCQsBAAABAAYMAQAAAzI3NAYNAQA
AAzI3MQkkAAAABg8BAAALMjY0MJ0XjI3MV4yNyQCAAAADwAAAAAAAAABBhABAAASQnJlYXN0OIENhcmUUgQ2VudGVy
CScAAAAKCgEBAAAAAAAAAoKAe7+///Y////
AAAAAAYTAQAAJC9BVkgvU3BlY2lhbHRpZXMvZXMvQnJlYXN0L0NLhcmUtUtQ2VudGVyLwoACgABkgAAAAkAAAAJEAAAA
AEJEAAAAAMAAAAJFwAAAAYWAQAAAzI3NwkQAAAACRgBAAAJGQEAAAAAAAAAAAAACgoJGgEAAAAABhsBAAADMj
c3BhwBAAADMjcxCSQAAAAGHgEAAAsyNjReMjcxXjI3NwIAAAAAWAAAAAAAAAAEGHwEAAA1Dcml0aWcNhbCBDBYXJ
lCScAAAAKCgEBAAAAAAAAAoKAd/+///Y////
AAAAAAYiAQAAJC9BVkgvU3BlY2lhbHRpZXMvQ3JpdGljjYWwtQ2FyZS1Vbml0LwoACgABkwAAAAkAAAAJEAAAA
AEJEAAAAAQAAAAJFwAAAAY1AQAAAzI3MgkQAAAACScBAAAJKAEAAAAAAAAAAAAAAcgoJKQEAAAABioBAAADMj
cyBisBAAADMjcxCSQAAAAGLQEAAAsyNjReMjcxXjI3MgIAAAAAWAAAAAAAAAAEGLgEAABNFUiAmYW1l0yBYYWl
0IFRpbWVzCScAAAAKCgEBAAAAAAAAAoKAd0+///Y////
AAAAAYxAQAAGy9BVkgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWNhcmAAAAKAAAAAJEAAAAAEJEAAAAUAA
AAJFwAAAAY1AQAAAzI3OAkQAAAACTYBAAAJNwEAAAAAAAAAAAAAAAcgoJOAEAAAEABjkBAAADMjc4CjoBAAADMj
cxCSQAAAAGPAEAAAsyNjReMjcxXjI3OAIAAAAAYAAAAAAAAAAEGPQEAAAJHSQknAAAACgoBAQAAAAAAAAAAAKCgH
B/v//2P///
wAAAAAGQAEAABgvQVZIL1NwZWNpYWx0aWVzL0dlLUxhYi88KAAoAAZUAAAAJAAAACRAAAAABCRAAAAGAAAACR
cAAAAGQwEAAAMyNzkJEAAAAAkQgAACUYBAAAAAAAAAAAAoKCUcBAAABAAUIAQAAAzI3OQkQAAAAzI3MQk
kAAAABksBAAALMjY0XjI3MV4yNzkCAAAAAAABBkwBAAAUSGVhcnQgJmFrtCDsgVmFzY3VsYXIAAOKAQEAAAAAAAA
AAoKAe7+///9j///
8AAAAABk8BAAAnL0FWSC9TcGVjaWFsdGllcy9ZIZWFydfydGJlYXR5ZCLjLULtYWdpbmcvCgAKAAZYAAAAkQAAA
QAAAAAQkQAAAABwAAAkXAAAAkXAAAlIBAAADMjgwCRAAAAAAJVAEAAAlVAQAAAAAAAAAAAAAAKCglWAQAAAAVwEA
AAMyODACAAAAzI2NF4yNzQyNyFeMjgwCR4BAAAAAAAAAAAAAAQkQjAAAADluZnZaW9uIElENlb
nRlcgnkAAAACgoBAQAAAAAAAAAACgUGU/v//2P///
wAAAAAGbQEAACEvQVZIL1NwZWNpYWx0aWVzL0luZnZaW9uLUNlbnRlci88KAAoAAZdAAAAJAAAACRAAAAABCRAA
AAAAJAAAAACRcAAAAGbwEAAAMyNzkJEAAAAACXAEAAAlxAQAAAAAAAAAAAAACgoJcgEAAAAEABnU
BAAALMTA3Z3Mjc1M0OjMjcxXjI3NDMzMzNjcwCAAAAlQgEAAAlyZ2FuIFRyYW5zcGxhbnQACAAAAAAAAAAA
AAABBnkBAAAYSW50ZXJuYWwgTWVkaWNpbmUvCgAKAAZeAAAAJAAAACRAAAAABCRAAAAGAAAACRcAAAAGKAYX+///Y////
AAAAAAZ8AQAAKi9BVkgvU3BlY2lhbHRpZXMvSW50ZXJuYWwtTWVkaWNpbmUtQ2VudGVyLwoACgABnAAAAkQAAAAAA
AEJEAAAAAMAAAAJFwAAAAYWAQAAAzI3MwkQAAAACYEBAAAJggEAAAAAAAAAAAAAAAAcgoJgwEAAAAAEAboBAAADMj
czCYQBAAADMjcxCSQAAAAGhQEAAAsyNjReMjcxXjI3MwIAAAAAYAAAAAAAAAAEGhgEAAAJJbnRlcm5hbCBNZWRpY2luZ
QRjcSAAAACgoBAQAAAAAAAAAACgoBWP7//Y////
AAAAAaaAQAAJS9BVkgvU3BlY2lhbHRpZXMvTGFib3JhdG9yeS9eS1TZXJ2aWNlcy8KAAoAAZsAAAAJAAAACRAA
AABCRAAAAAGQAAAACRcAAAAGnQEAAAMyNzMJEAAAAAmGAQAAAzI3MwmHAQAAAAAAAAAAAAAAAcgoJiAEAAAAAEABok
B1I4NQajAQAAAzI3MQkkAAAABokBAAALMjY0XjI3MV4yNzMCAAAAAWBAAAAOUmVoYWIgU2VydmljZXMJ8AAAACgoBAQA
AAAAAAAAAACgYUWP///Y////
8AAAAABqoAgL0FWSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi1TZXJ2aWNlcy8KAAoAAZsAAAAJAAAACRAAAA
ABCRAAAAANAAAACRcAAAAGrAEAAAMyODcJEAAAAAmpAQAAAzI3MwmqAQAAAAAAAAAAAAAAAcgoJqwEAAAAAEABqwBA
AADMjg3CroBAAADMjcxCSQAAAAGvAEAAAsyNjReMjcxXjI4NwIAAAAAYAAAAAAAAAAEGvQEAAAJRWR1Y2F0aW9uIFNlcnZ
pY2VzCScAAAAKCgEBAAAAAAAAAAoKBEP7//9j///
/
8AAAAABvEBAAA3L0FWSC9Gb3J1TUF0aW9uaGMrW5LUZpbG5hdWNVWS1BhdGllbnQtQ2FyZS8KAAoAAZsLUdyLUd1aWR

11521

lLwoACgAEoQAAAAVAAKAAAxAzAAAnRAJAAAAAAnawtwAAAEoDAQAAAACzbwN2m9NDE4NTI5CRAAAAAJ9gEAAAn3
AQAAAAAAAAAAKCgn4AQAAAQAG+QEAAAsxMDczNzQxODUyOQb6AQAACzEwNzM3NDE4NTI4CSQAAAAG/
AEAABsyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MjkCgAAAATAAAAAAAAAABBv0BAAAOU3Bpcml0dWFFsIENhcm
UJJwAAAAoKAQEAAAAAAAAACgoBAf7//9j///
8AAAAABgACAAA9L0FWSC9Gb3IttUGF0aWVudHMtYW5kLUZhbWlsaWVzTEl1NwaXJpdHVhbC1DYXJlL1NwaXJpdHV
hbC1DYXJlLWACgoBogAAAAkAAAAJEAAAAAEJEAAAAAQAAAAAJFwAAAAYDAgAACzEwNzM3NDE4NTMyCRAAAAAJ
BQIAAAkGAgAAAAAAAAAAAAKCgkHAgAAAAQAGCAIAAAsxMDczNzQxODUyMAYJAgAACzEwNzM3NDE4NTI4CSQAA
AAGCwIAABsyNjReMTA3Mzc0MTg1MzIeMTA3Mzc0MTM1MzACAAAAAUQAAAAAAAAABBgwCAAAgQmlsbGluZUyAmYW
1wOyBGaW5hbmNpYWwwU2Vydml2ZXMMJJwAAAAoKAQEAAAAAAAAACgoB8v3//9j///
8AAAAABg8CAAAgL0JpbGxpbmctYW5kLUZpbmFuY2lhbC1TZXJ2aWNlcy9KAAoAAaMAAAAJAAAACAAAABCRA
AAAAFAAAACRcAAAAGEgIAAAsxMDczNzQxODUyMQkQAAAAAZ0CAAAJFQIAAAAAAAAAAACgoJFgIAAAAEABhcC
AALMLTA3Mzc0MTg1MzEGEGAIAAAsxMDczNzQxODUyOAkVAAAABhoCAAAbMjYQY0XJwEwN3M3DE4NTI4MXJEwNzM3N
DE4NTMxAgAAAAFQAAAAAAAAABBQBgAAAB1ByaWNpbmctCJwAAAAoKAQEAAAAAAAAACgoB4/3//9j///
8AAAAABh4CAAAjL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMtYW5kLUZhbWlsaWVzTEVMUHJpY2luZy9KAACgAA
BCRAAAAAAAAARCrAAAAGIQIAAAAsxMDczNzQyMzMaM3Mwk QAAAAACSMCAAAJIAIAAAAAAAAAAAAQCgoJJQIAAAEA
BiYCAAALMTA3Mzc0MjMzMGZIAAAsxMDczNzQxODUyOAkVAAAABikCAAAbmbcDYXJ0Y0yEwNzM3NDE4NTI4Xj EwEwN
zM3NDIzMzczAgAAAAFwAAAAAAAAAQYqAAAHVF1YWxpdHksiFNlcnZpZ2U2UgJmFtcDsgU2FmZXR5CSAAAAKCg
EBAAAAAAAAAAAoKAdT9///Y////
AAAAAAYtAgAAHC9RdWFFsaXR5LVNlcnZpY2UtYW5kLVNhZmV0eS9KAAoAAUQAAAAJAAAAAAAACRAAAAAAABCRAAAAA
AAACrCAAAAGMAIAAAAsxMDczNzQxODUyMyCAAoACTSCAAAJLwIAAAAAAAAAAAAAAAAAQCgoJNAIAAAEABjUCAAALMT
A3Mzc0MTg1MjMGNWIAAAsxMDczNzQxODUyOAkVAAAABnkCAAAbnm2AcTEwNzM3NDE4NTI4XjEwNzM3NDE4NTM
yAgAAAAGEAAAAAAAAAQY5AgAAIG1naW5naAAcmVzc0JcwWW5haHRzICZhbXA7IFJlc3BvbnNpYmlsaXRpZXMJIAA
AAAoKAQEAAAAAAAAACgHF/f//2P//
/
wAAAAAGPAIAABQvQWR2YW5jZS1EaXJlY3RpdmVzLWFuZC1QYXRpZW50cy1SaWdodHMtYW5kLVJlc3BvbnNpYmlsaXR
pZXMvSgAKAAU4AAAAJAAAAAWQAAAAAGDAAAAAASCgl1DAgAAAQGRAIAAAsxMDczNzQyMzY5Cxtzmc
wZFAgAACzEwNzM3NDE4NTI0CSQAAAAGRIAAAAAAAAGRIAAAAAAGGdQIAABFQl0DZW50LU9mLU1JwJwAAAAoKAQEAAAA
AAAAACgoBtv3//9j///
8AAAAABkyCAAAtL1BhdGllbnQtTWxsc2MtbmFaaWdhdGlvblDHMzYytCZhbXA7IFviY0lzc0VsUXZpY2VzLS9KAA
oAAUQAAAAKCgkH/f//2P///
wAAAAAGeAIAAC0vRm9yLVBhdGllbnQtRmFtaWxpZXMtYW5kLVZpc2l0b3JzLVdheS1GaW5kaW5nLWFuZC1
AAAABCRAAAAAAAAAKCgJ/f//2P///
wAAAAAHeAIAAC0vRm9yLVBhdGllbnQtRmFtaWxpZXMtYW5kLVZpc2l0b3JzLVdheS1GaW5kaW5nLWFuZC1
AJAAAACAAAAAABCRAAAAAAABAACRcAAAAAEAHhCAAALMTA3Mzc0MjM2OQkQAAAACVZXTUxQ4MwYMrQAKCAAAAjZg
AAAAAAAAKCgJ/f//2P//
/
wAAAAAGeAIAAC0vRm9yLVBhdGllbnQtRmFtaWxpZXMtYW5kLVZpc2l0b3JzLVdheS1GaW5kaW5nLWFuZC1
NTMCAAAAAgAAAAAAAAABBoQCAAAaUQXpc3RhIEhlyc3BpdGFsIEZvdW5kYXRpb24JIAAAAAoKAQEAAAAAAAAAAAC
goBev3//9j///
8AAAAABocCAAApL0FWSC9hYm91d11cy9hbGdvbGldlzGtaG9zcGl0YWwtZm91bmRhdGlvbi9KAAAAAABCRAAAAAAAJAAAA
ACRcAAAAAEgIAAAAsxMDczNzQyNDAAAACAAAAAQ4YWRlbWljLUIdGVhY2hpbmct1WXRNA3Mzc0MjQ0AgAAAAFA
AgAAAACgZJ/f//2P/////
AAAAAaWGgAAAFS9BVklkgVVDMvXVDXVXVMvQXhdhcmRzLUxwb24c8Npb24tdLS1TY2hvbGFyc2hpcHMtYW5kLUZh
AaZAgAACzEwNzM3NDE4NTI2CRAAAAAJmwIAAAmcAgAAAAAAAAAAKCgmdAgAAAQAAAGngIAAAsxMDczNzQxOD
UyNgAfAgAAACzEwNzM3NDE4NTI0CRAAAAAJmwIAAAmdAgAAAAAAAAAAKCgmdAgAAAQAAAGngIAAAAsxMDczNzQxOD
0IEZhY3RRrZCSAAAAAoKAQEAAAAAAAAAoKAVz9///Y///
AAAAAalAgAAIS9BVkkgvQVJAdXQtVXMvRmFjdWVsdHktQW5kLQXpc3RhLWUoCgAABgByQAAAAAAAAJEAAAAAEAAAAEJE
AAAAAQAAAAJFwAAAaoAaAAAZAAAACaoCAAAJwIzdY0yAAAAAAC0o0CkrQAAAAACoJNAIAAAAB9gOoKCoCAAAADMjY4
4CAAADMjY4
4CAAADMjY4
KCgE+/f//2P///
wAAAAAGwwAAGFvIAAGSBV9gVVZIL0Fib3V0LVVzL1Lpc3Npb24tQW5kLVZhbHVlcy9KAAoAAa4AAAAJAAAAQkAAAAkQkAAA
AABgBgAAAhsxYCAALMTA3Mzc0MTg1MjcJEAAAAAnIAgAACckAAAAAAAAAAoKCcoCgkAAAAABoKCcoCAALAgAABLAgA
ACzEwNzM3NDE4NTI3BswCAAAAQAAADMjY4My9EAAABYMjY4MAAAQkAAAAABEGwIAAAAACoKCcoCAALAgAABLAgAAAAACoKA
AQbgAAE0NlbnRlcmEgcGVyVhbnRFIwIDYgJAAAAAoKAQEAAAAAAAAAAoKCgoBAf7//9j///
8AAAAABtICAAAVL0NlbnRlcmEtcEVtSGVnUhbHRoLRoLUHVUiIAVDYgJAAAAAoKAQEAAAAAAAAAAkQAAAAkQAAAkQAAAkXAAA

... ABtUCARSBMAoKCgAAAAAAAAoCgoJ1qTAAAALMBttCAAAXWfA3Mzc0MjU4MD9wMTA3MzQ0MTgTMzgG2AIAAAAsx
... MDczNzQxODUzOAkkAAAABtoCAAAbMjY0XjEwNzM3NDE4NTM4XjEwNzM3NDIODA2AgAAAAIIAAAAAAAAAABbA
... gAAFENsYXNhzZXMgJmFtcDsgRXZlbnRzRzEAAAAKCgEBAAAAAAAAAAoKASP9///Y////
... AAAAAAbeAgAAT2h0dHBzOi8vcmVnLmFFiY3NpZ251c5jb20vdmllZdrS 9X21vbnRoOLmFzcHg/
... YXM9MjgmYW1wO3dwPTExNiZhbzkX7YWlkPUNFTlRVUkEKAAoAAbEAAAAJAAAACRAAAAAABCRAAAAACAAAACRcAA
... AAG4QIAAAsxMDczNzQxODUYxMgKQAAAACeMCAAAAJ5AIAAAAAAAAAAAAcgoJ5QIAAAAEAbuYCAAALMTA3Mzc0MT
... g2MTIG5wIAAAAsxMDczNzQxODUzOAkkAAAAAAABukCAAAbMjY0XjEwNzM3NDE4NTM4XjEwNzM3NDE4NjEyAgAAAIM
... AAAAAAAAAQbqAgAAC0dpdmluZ2yBCYWNrCScAAAAKCgEBAAAAAAAAAAoKART9///Y////
... AAAAAAbtAgAAbAg9YBVkgvQ29tbxVuaXR5L0dpdmluZyl1CYWNrLwoACgAB sgAAAkAAAAAJEAAAaAEJEAAAAMAaA
... AAJFwAAAAsxMDczNzQxODUBZ2CZEwNzM3NDE4Nj1zCRAAAAAJYmAgAAAC2hmAAAAAAAKCgn0AgAAAAAG9QIAAAsxMD
... czNzQxODYxMwb2AgAACzEwNzM3NDE4NTM4CSQAAAAAG+
... AIAABsyNjRMEMTA3Mzc0MTg1MzheMTA3Mzc0MTg2MTMCAAAAhQAAAAAAAABBvkCAAAMU29jaWFsIEllZ2lhCS
... cAAAAKCgEBAAAAAAAAAAoKAQX9///Y////
... AAAAAAb8AgAAHC9BVkgvQ29tbXVuaXR5L1NvY2lhbF9NZWRpYS8KAAoAAbMAAAAJAAAACRAAAAABCRAAAAAEA
... AAACRcAAAAG/
... wIAAAAsxMDczNzQxODYxNAkQAAAACQEDAAAJAgMAAAAAAAAAAAAAAAAAAACgoJAwMAAAAABgQDAALMTA3Mzc0MTg2MT
... QGBQMAAAsxMDczNzQxODUzOAkkAAAABtoCDAAAbMjY0XjEwNzM3NDE4NTM4XjEwNzM3NDE4NjE0AgAAAIYAAAA
... AAAAAQYIAwAAEUNvbNW1lbml0eSBCYXJ0bmVyc0cxAAAAKCgEBAAAAAAAAAAoKAfb8///Y////
... AAAAAAEEAAAAAJFwAAAAYOAwAACzEwNzM3NDE4NjJAC2CRAAAAAJEAMAAAAAAAAAKCgkSAwAAAQAGEw
... MAAAAEAbQDAAALMTA3Mzc0MTg2MjDkJEAAAAAk9AwAAACzEwNzM3NDE4NTM4CSQAAAAAG+
... wAAAAAGOAMAAA0vaVRyaWWFnZS1BcHAvcGFwRAAAG3JAAAAACQAAAAQkQAAAABAAAAAkXAAAAAJs7aDAAALMT
... A3Mzc0MTg2MDMm6wIAAAAAk9awAACT4DAAAAAAAAAAAAAoKCT8DAAAABAAABAAZAAwAACzEwNzM3NDE4NjJA5BkEDAAA
... DMjkyCSQAAAAGQwMAABMyNjjReMjkyXjEwNzM3NDE4NjJA5AgAAAIwAAAAAAAAQZEAwAADkhlYWx0a0hgSGFi
... aXRzCScAAAAKKCgEBAAAAAAAAAAoKAbr8///Y////
... AAAAAAZHAwAAJC9IZWFsdGhfaGFiaXRzLWFwcC8KAAoAAb9AAAAAJAAAACRAAAAABgQDLwoAAAAaKAAAAJEAAAA
... AEJEAABAUAFBAwAAAkCXAAAAALTMzc0MTg2MDQJIAAAACXAAAAALJAwAAAAAAAAAAAoAAAtpAAAAQAkAAAAQGNGSFyaWQ
... MjkyCSCAAAAGQwMAABMyNjjReMjkyXjEwNzM3NDE4NjJA5AgAAAIwAAAAAAAAQZEAwAADkhlYWx0aAHgSGFi

... AAAAAAZHAwAACD9IZWQsdGGdGdByL1dvbGGxGxuGxZXXZXZXnA0aHktSGFiaXRzLwoAACgoBAQAAAAAAAAAKCga+
... ...

```
...    ACagDARSFAAABAYAAAAGyAgAAAGQAAACIAAlAAAAaAAAABHVlIAABBTAAABAWUgyAAAABWgyAAAAAAAAAAAATOCAAAE
...    AAAACAsDAAABAAAAAQAAAAFBAgAAEQAAAAllAAAAAAAAAAAAABQgIAABIAAAAJdgAAAAAAAAAAAAAAAUMCA
...    AAEAAAACa4DAAAEAAAABAAAAAFQAgAAEQAAAAllAAAAAAAAAAAAABUQIAABIAAAAJdgAAAAAAAAAAAAAAAAV
...    ICAAAEAAAACYkAAAAAAAAAAAAAAFfAgAAEQAAAAllAAAAAAAAAAAAABYAIAABIAAAAJdgAAAAAAAAAAAAAAA
...    AAWECAAAEAAAACbQDAAACAAAAAgAAAAFuAgAAEQAAAAllAAAAAAAAAAAAABbwIAABIAAAAJdgAAAAAAAAAAA
...    AAAAAXACAAAEAAAAACYkAAAAAAAAAAAAAAFf9AgAAEQAAAAllAAAAAAAAAAAAABfgIAABIAAAAJdgAAAAAAAAA
...    AAAAAAAAX8CAAAEAAAACboDAAAAIAAAACAAAAAGMgAAEQAAAAllAAAAAAAAAAAAABjQIAABIAAAAJdgAAAA
...    AAAAAAAAAAY4CAAAEAAAACYkAAAAAAAAAAAAAAGbGAgAAEQAAAAllAAAAAAAAAAAAABnAIAABIAAAAJdgA
...    AAAAAAAAAAAAZ0CAAAEAAAAACcAdDAAABAAAAAQAAAAGqAgAAEQAAAAllAAAAAAAAAAAAABqwIAABIAAAAJ
...    dgAAAAAAAAAAAAAAAawCAAAEAAAACYkAAAAAAAAAAAAAAG5AgAAEQAAAAllAAAAAAAAAAAAABugIAABIAA
...    AAJdgAAAAAAAAAAAAAAbsCAAAEAAAAACcYDAAAEAAAABAAAAAHIAgAAEQAAAAllAAAAAAAAAAAAAAByQIAAB
...    IAAAAJdgAAAAAAAAAAAAAAAcoCAAAEAAAAACYkAAAAAAAAAAAAAAHWAAAAAAmMAwAAQAAAAAEAAAAB4wI
...    AABEAAAAJdQAAAAAAAAAAAAAAeQCAAASAAAACXYAAAAAAAAAAAAAAHlAgAABAAAAAnMAwAAAQAAAAAEAAAB
...    8gIAABEAAAAJdQAAAAAAAAAAAAAAfMCAAASAAAACXYAAAAAAAAAAAAAAH0AgAABAAAAAnMAAAAAAAAAAAA
...    AABAQMAABEAAAAJdQAAAAAAAAAAAAAAID1AAASAAAACXYAAAAAAAAAAAAAAEDAwAABAAAAAmMAAAAAAAAAA
...    AAAABEAMAABEAAAAJdQAAAAAAAAAAAAAAREDAAASAAAACXYAAAAAAAAAAAAAAAESAwAABAAAAANVAwAAAQA
...    AAAAEAAAABHwMAABEAAAAJdQAAAAAAAAAAAAAAAS8DAAASAAAACXYAAAAAAAAAAAAAAEhAwAABAAAAAmMAAAA
...    AAAAAAAAABLgMAABEAAAAJdQAAAAAAAAAAAAAAAS8DAAASAAAACXYAAAAAAAAAAAAAAEwAwAABAAAAAmMA
...    AAAAAAAAAAAAABPQMAABEAAAAJdQAAAAAAAAAAAAAAT4DAAASAAAACXYAAAAAAAAAAAAAAE/
...    AwAABAAAAAneAwAAQAAAAAEAAAABTAMAABEAAAAJdQAAAAAAAAAAAAAAAU0DAAASAAAACXYAAAAAAAAAAAA
...    AFOAwAABAAAAAmMAAAAAAAAAAAAABWwMAABEAAAAJdQAAAAAAAAAAAAAAAVwDAAASAAAACVwDAAAAAHIAgA
...    AAAAFdAAAAAAAAAcoAAAAAAAAAHZgmAAAAEAAAAAAAHZgmAAAAEAAAAAAAAHAQlRWt0cm9uLkLktNcty5Pcmdhbml6b4XRpb24
...    uSU1lbnVJdGVVtRGF0YQUAAAAJ5QMAAAnmAwAACecDAAAJ6MAAAAnpAwAAACeoDAAAJ6wMAAAnsAwAACe0DAAAJ
...    7gMAAAnvAwAACfADAAAJ8QMAAnyAwAACfMDAAAJ9AMAAAntBdAAAAACQABAAAAAAEJUVrdHJvbi5Jvbi3JnYW5
...    mF0aW9uLklNZW51SXRlbVZhbHVlRGF0YQAAAAAA/
...    wMAAAJ/
...    gMAAA0FB2gDAAAAAQAAAAgAAAEJUVrdHJvbi3JnYW5pemF0aW9uLklNZW51SXRlbVZhbHVlRGF0YQAAACf
...    8DAAAJAAQAAAkBBAAACQIEAAAJAwQAAAkEBAAADQIHaQMAAAAAAAAAAAABAAAAQlRWt0cm9uLklNZW51SXRlbWwl
...    6YXRpb24uSU1lbnVJdGVtVmFsdWUx0ZW1EYXRhBQAAAkBBAAACQoEAAAkCdQAAAAAAAAAAAAQwAAAAdQVFV3Jh3Ry
...    b24uQ21zzLky9zYyFuaXphdGlvbi5JZ3RlbQAAAAAAACd8CwQAAAdg0AAAABJBAAACQoEAAAJCwQAAAAEAAAJD
...    gQAAAkOBAAACQ8EAAAJ10dEGBuVlmbi5Jvb3JnYW5pemF0aW9uLklNZW51SXRlbVZhbHVlRGF0YQAAAAC2
...    4DAAAAAQAAAAEJkVrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQAAAAAAA2A
...    EAAAJEQQAAAkSBAAAACRMEAAAJFAQAAAkVBAAAACRYEAAAJFwAAAAAYBAAAACRkEAAAJGgQAAAkbBAAAAAEAAAAABAAAA
...    BCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JVSS5UcmVlVlLklUmVlTm9kZXXJIAAAJIdgQAAAkaBAAAACQgKBAAAAAEQ
...    AAEAAAACR8EAAAACR4EAAAJIwcgAAAAAACJAdWyBAAAACeAdQAAAAAAFfgJAwQAAAJkARdEGbUVrdHJvbi5JbXJnYW5
...    mF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQAAAAAAA0BEAAAAUAAAJEQQAAAkSBAAAACRMEAAAAAK
...    KB30DAAAAAQAAAAEAAAAEJkVrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQkjBAAA
...    CSQEAAAJJQQAAAkmBAAAACScEAAAJKAQAAAkpBAAAACkpBAAAACSoEAAAJKwQAAAkwQAAA0HB4YDAAAAAAQAAAAQAAAAJEJkVrdHJvYi
...    i5DbXMuRnRyb25JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQkjBAAAACSBAAAAAkBBAAAAIAAAAAC
...    ZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JVSS5UcmVlVlLklUmVlTm9kZXXJIAAAJLgQAAAACQAAA0GdEGvcmRzbY29
...    u.QmRt0cm9uLklNZW51SXRlbVZhbHVlRGF0YQAAAAAA/wAAAAJ/
...    ZU5vZGVDAAAAACTUEAAAJNgQAAAk3BAAAACTgEAAAJOQQAAAk6BAAAAAEAAAAABAAAAAQmRt0cm9uLklNZW51SXRlbVZhbHVlRGF0YQ
...    kNtcty5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGVEYXRhAAAAAAJPgQAAAACTsEAAAJPAQAAAk9BAAAAAEAAA
...    AABCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JVSS5UcmVlVlLklUmVlTm9kZUXSAAAAACT-EAAAJPAQAAAk9BAAAAAEAAAAABgAA
...    AABCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JVSS5UcmVlVlLklUmVlTm9kZUXSAAAAAJPgQAAAIAAAAACgecAwAAAAEAAAAAAIAA
...    AABCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JPgV4AAAACeAdQAAAAAAAAFfgJAwQAAAAACQAAA0FG
...    BAAACUAEAAAJQQAAlCBAAACUMEAAAJRAQAAAlFBAAAAlFBAAABFBAAAAB5DAAAAAAAQAAAAACRg6XJkVrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQ
...    WV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQAAAAACUcEAAAJSAQAAAlJBAAAAAEAAAAABCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JV
...    VrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQAAAACUoEAAAJSwQAAAlsBAAAAAEAAAACUsEAAA
...    EAAAJTwAAA0CB6UDAAAAAQAAAAQAAAAEJkVrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2Rl
...    AgAAAAlQBAAAACVEEAAAJUgQAAAHqAEgAAAAAQAAAAQmRt0cm9uLklNZW51SXRlbVZhbHVlRGF0YQQmRt0cm9uLkjbW
...    S5JVHJlZU5vZGVDAAAAACVMEAAAJVAAAAAlVBAAAACVYEAAAHqwAAAACAAAACVcEAAAJWAQAAAlZBAAAACZFa3Ryb24uQ
...    Ftc0dvcmsuVUkuVHJlZS5JVHJlZU5vZGVEYXRhQmRt0cm9uLkjbWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQ
...    yYW1ld29yay5VSS5UcmVlLklUcmVlTm9kZUXSAAAAlCZFa3Ryb24uQ21zzLkyZYyWll1d29yay5JV
...    Rt0cm9uLklNZW51SXRlbVZhbHVlRGF0YQAAAAlrBAAAADQMH1QMAAAAABAAAAAABgAAAAAEJkVrdHJvbi5J
...    i5DbXMuRnRyb25JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQkjBAAAAAlgAAAAl
...    AACWEEAAAJYgQAAAlQWQEAAAJZApQAAAHp8MAAAAAAQAAAQAAAAEJkVrdHJvbi5JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2Rl
...    i5DbXMuRnRyb25JbXJnYW5pemF0aW9uLkjbWWV3b3JLlVJlyZWUuSVRyZWVOb2RlRGF0YQkjBAAAAlrBAAADQMH1QMAAAAAAIAAAACWwEAAAAAAAkYB
...    yb24uQ21zzLkyZYyWll1d29yay5JVSS5UcmVlLklUcmVlTm9kZUJbQQQAAAluBAAADQIB5QMAAAAAAQAAAQ1B5QMAAAAAAkJAQACQoBAAAAEAAAAAA
...    AAAAA8BAAAAAAAQAAAAAlrhjQMAAACQoBAAAAAAEAAAAAA
...    wQAAAAGdQQQAAB1BVkgvU3BlY21hbHRHpZXMvQnlLbwhHRpZZZMvQnlydGdtQt2UudGGyLwkXAAAAAKgAAAAAAAAAAJEAAAAAEAAAAJeA
...    QAAAoAEAEAAAAAAAB5gMAAAgAAASAQAAAAAA8BAAAAAAAACRAAAAAAAAAAAAAAAkJAQAACQoBAAAJEA
...    AAAEJEAEAAAGC+///6////
...    wQAAAAGfwQACNBVkgvU3BlY21hbHRHpZXMvQnhRpZZZMvQnJZXMvQnJZXMvQnJmXoTUtwaHmtcmQtUQ2VudGGyLwkXAAAAAKgAAAAAAAAJEAAAA
...    IAAAAJggQACNEAAAAAAAAB5wMAAAAVAQAAAAAAAA8BAAAAAAAAACRAAAAAAAAAAAAAAAAkYAQAACRwB
...    BAAAAEAAAAAAEJHwEAAAAC4+///6////
...    wQAAAAGiQQACNBVkgvU3BlY21hbHRHpZXMvQnJ3JpdGljjYWwtQ2FZS1Vbml0LwkXAAAAAKgAAAAAAAAJEAAAA
```

MAAAAjJRQAAAOAFQEAAAAAkADAMAAgAMMAQAQAAAAAAA8BAAAAAAACRAAAAAAAAAAknAQAACSg
BAAAJEAAAAAEJLgEAAAFu+///6////
wQAAAAGkwQAABpBVkgvU3BlY2lhbHHRpZXMvRW1lcmdlbmN5cy5LwkXAAAAKgAAAAAAAAJEAAAAAQAAAAJlgQAAA
oAEAEAAAAAAAAB6QMAAAgAAAAWAQAAAAAAAA8BAAAAAAAACRAAAAAAAAAAAAAkAk2AQAACTcBAAAJEAAAAAE
JPQEAAAFk+///6////
wQAAAAGnQQAABdBVkgvU3BlY2lhbHHRpZXMvR0ktTGFiLwkXAAAAKgAAAAAAAAJEAAAAUAAAAJoAQAAAoAFg
EAAAAAAAAB6gMAAAgAAAAXAQAAAAAAAA8BAAAAAAAACRAAAAAAAAAAAAAlFAQAACUYBAAAJEAAAAAEJTAE
AAAFa+///6////
wQAAAAGpwQAACZBVkgvU3BlY2lhbHHRpZXMvSGVhcnQtLS1LS1WYXNjdWxhci1DYXJlLLwkXAAAAKgAAAAAAAAJEA
AAAAYAAAAJqgQAAAoAFwEAAAAAAAAB6wMAAAgAAAAYAQAAAAAAAA8BAAAAAAAACRAAAAAAAAAAAAAAlUAQA
ACVUBAAAJEAAAAAEJWwEAAAFQ+///6////
wQAAAAGsQQAACNBVkgvU3BlY2lhbHHRpZXMvRGlhZ25vc3RpY3Y1JbWFnaW5nLwkXAAAAKgAAAAAAAAJEAAAAA
cAAAAJtAQAAAoAGAEAAAAAAAAB7AMAAAgAAAAZAQAAAAAAAA8BAAAAAAAACRAAAAAAAAAAAAAAljAQAACWQWQ
BAAAJEAAAAAEJagEAAAFG+///6////
wQAAAAGuwQAACBBVkgvU3BlY2lhbHHRpZXMvSW5mdXNpb24tQ2VudGVyLLwkXAAAAKgAAAAAAAAJEAAAAAgAAA
AJvgQAAAoAGQEAAAAAAAAB7QMAAAgAAABhFACAAgAAAA8BAAAAAAAACRAAAAAAAAAAAAAAlyAQAACXMBAAA
JEAAAAAEJeQEAAAE8+///6////
wQAAAAGxQQAACovQVZIL1NwZWNpYYWx0aWVzL0ludGVyVmdmVudGlvbmFsLVJhZGlvbG9neneS8JFwAAACoAAAAAAAA
AACRAAAAAJAAAAACcgEAAAKAGUAIACAAAAAe4DAAAIAAAAgEAAAAAAAAPAQAAAAAAAAkQAAAAAAAAAAAAA
JgQEAAAmCAQAACRAAAAAABCYgBAAAABMvv//+v///
8EAAAABs8EAAAjL0FWSC9TcGVjjaWFsdGGllcy9KRb2ludC1DYXJlJlLUNlbnRlRlci8JFwAAACoAAAAAAAACRAAAAA
KAAAACdIEAAAKABoBAAAAAAAAe8DAAAIAAAAgAAAAWgCAAAAAAAAPAQAAAAAAAAkAQAAAAAAAAAJkAEAAAmR
AQAACRAAAAAABCZcBAAAABKPv//+v///
8EEAAAABtkEAAAkL2L1NwZWNpYYWx0aWVzL0xhYm9yYS10b3J5L2VydmljZXM8JFwAAACoAAAAAAAAAkkQAAA
ACwAAAAncBAAACgAbAQAAAAAAAHwAwAAAAACAAAAB0BAAAAAAAADwEAAAAAAAAJEAAAAAAAAAAAACZ8BAAAJ
oAEAAAkQAAAAAQmmAQAAARN77//r////
BAAAAbjBAAAH0FWSC9TcGVjjaWFsdGGllcy9SZWhhYmlsaXRhdGlvbi8JFwAAACoAAAAAAAACRAAAAAMAAAAC
eYEAAAKAB0BAAAAAAAAfEDAAAIAAAAHwEAAAAAAAAPAQAAAAAAAAkQAAAAAAAAAAAAAJrgEAAAmvAQAACR
AAAAAABCbUBAAABFPv//+v///
8EEAAAABuOEAAAKL0FWSC9TcGVjjaWFsdGGllcy9TcGluZS1DYXJlL0NlbnRlci8JFwAAACoAAAAAAAAAkkQAA
ADQAAAAnwBAAACgAfAQAAAAAAAHwAwAAAAAAADwEAAAAAAAAJEAAAAAAAAAAAAAAACb0BAAAJ
vgEAAAkQAAAAAQnEQAAAAQr7///r////
BAAAAb3BAAAIUFWSC9TcGVjjaWFsdGGllcy9TdXJnZXJ5L2VydmljZXMvVzLwkXAAAAKgAAAAAAAAJEAAAAA4AA
AAJ+
gQAAAoOAIAEAAAAAAAB8wMAAAgAAAAB7FACAAgAAAA8BAAAAAAAACRAAAAAAAAAAAAAAnMAQACCc0BAAAJEA
AAAAEJ0wEAAAEA+///6////
wQAAAAGAQUAABgvYXZoL3NwZWNpYWx0aWVzL0lvbmcyZS8JFwAAACoAAAAAAAACRAAAAAPAAAAPAAAAAKAH
sUAIACAAAABfQDAAAoRWt0cm9uLLkNtcy5Pcmdhbml6YXRpb24udGlua1vJVdGGRGF0YQ0AAAkTWVudUl
0ZW1lEYXRhKgAAACoAAAAAAAAAAAAAAOWkQAACCBQMMjAAkJ0Mk5LQ1kZjUERGErPEhuZWY+
a19fQmFja2luNldpekIkllbnNCCYXNlY2tpbnZCkRGF0YV0gBGQaWkdXGQaUBkUkRLVyRGDXVEUNXIaXYkZXJRhK
zxUeXBlPmMtFX0JhY2tpbmdDYWVZtZCCczNhZ3NnQmFzZWNraW5ncC8JFwAAACoAAAAA
a19fQmFja2luWmQWZXJzWkZll1bnVCCYXNlY2tpbmdDYXZWCCYkZXJXNZ3NnQmFzZWNraW5ncC8JFwAAACoAAAAAAAAAAkkQAAACZAAAA
GErPEkuFyY2VzdG9yWQ+a19fQmxja2luZzY3Jvc0PmtfX0JhY2tpbmd0YXZWCCYkZXJZWdYt
a19fQmFja2luZ0ZpVcnNpb24NZ0JhY2tpbmc9T3JobWJhY2tpbmdDYUFzZWMkZXJYmFkZz4k/
XRhKzxJdGVjc3rX19CiVY5NZWGRGF0YVcrX19CaW5kaW5nRGRpU2VrX19CZXR0ZXJJdGVtZW5k
a19fQmFja2luZ0ZpVcnNpb24NXlYXQm8uY21vcC9BUEVPV0lDC25c3Jlbml2CCQQAA
GF0YWAxKzxJZD5rX19CYW5kaW5nLbGQQAAAEEAQEAAQADAAQAACQ8Sl5c3R1c3JdbGVWR1
VtZXJhdG9uNW51SXRlbHOLrYXRhKzxJlRlbUFLCNtTUE0AAAACQilAVN5c3RlbTcc3JlDGkhZ0Vucn4AAAkSZ
cnNpb24sLbGCUGF5bWVudCsUGVudSkmFwAAACoAAAAAAAAAAAAAkKQACeCgBAAAJVkRLVyRGDXVEUNXIVUYYZ
mVdXQEJBQAAAAAAAAAAAAAAmeEAAAAJJgAAAAJEAAAAAJuAEAABA6+v//6////
wUAAAABw8U0vI1ByZVJ1Z01vdzZFCRcAAAAqAAAAAAAAAkKQAAAAAqAAAAkBQAACegPAAAAAkkBC7DAA
AB9QMAAAgAAAAAApAQCAAgAAAACABAIACAAAACRAAAAAAAAAAAAAAnnAQAACegBAAAAEJ7gEAAAHw+v/
/6////
wQAAAAGEQUAAADcvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxyWXBwZXMvUGF0aWVudC0tVBZpc2l0b3ItVppZG
UvCRcAAAAqAAAAAAAAAkKQAAAAkQAAAAAUBQAAAAgKAAAAAHJhGUAAAAoiA2AwUAAAAAACEBAIACAAAAEBAIACAAAAA
JEAAAAAAAAAAAAAAAAACfYBAAAJ9wEAAAkQAAAAAQnA3QAAAeb6///r////
BAAAAAYbBQAAPEFWSC9Gb3ItUGF0aWWudHMtYW5kLUZhbWlsWWlzaWVWx1L1NwaXJpdHVhbC1DYXJlL2L1NwaXJpdHVhb
C1DYXJlLWxXAAAAKgAAAAAAAAAAAAAmAAAJHgUAAAoAIQEAgAAAEBAIACAAAAAA9wMAAAgAAAAiAQCAAgAAAACABAI
ACAAAACRAAAAAAAAAAAAAAkFAgACQCYCAAAJEAIAAAHc+v//6////
wQAAAAGJQUAAAB9CaWxsaW5nL1zZW52L1Cc1U1lbnQNYWwtU2Vydml2ZXMvZ2l2ZXN4QDAAAAAAAAAAAAAAbA
koBQAACgAiAQCAAgAAAAAH4wMAAAwCMBAIACAAAAIAEAgAAAAAA8BAAAAAAAACRQCAAAJFQIAAAk
QAAAAQkbAgAAAd76///r////
BAAAAAYbBQAAH0Jk1Zvci1QYXRpZW50cy1hbmQ1Y2JhFtaWxyWXBr+/6////
AAACTIFAAAKACMBAIACAAAAAAfkDAAAIAAAADRQAgAIAAAAgAQCAAgAAAAkQAAAAAAAAAAAAAAJIwIAAAAkkAg
AACRAAAAAASoCAAAAAACSoCAAAJPr//r////
8EEAAAAbjkFAAAbUXVhbGUtZTzvciLQYXRpZW50cy1hbmQ1Y2JhZHNnQZY2VlX0AAAAAAAAAAAAAk
ACgANFACAAgAAAAAH6AwAAAAACAAAAACQBAIACAAAAIAEAgAAAAAAACTICAAAJMw1AwIAAAkQAAAA

... BAAAAAZDBQAAFC9BZHZhbmNlLURppcmVjdGGl2ZXMvCRcAAAAqAAAAAAAAAkQAAAABwAAAAlGBQAACgAkAQCAA
... gAAAAH7AwAACAAAACUBAIACAAAAIAEAgAIAAAAJEAAAAAAAAAAAAACUECAAAJQgIAAAkQAAAAQlIAgAAAb
... T6///r////
... BAAAAAZNBQAAFi9DZW50dXJhSlhhUhlYWx0aC1MSU5LUy8JFwAAACoAAAAAAAACRAAAAAAAIAAAACVAFAAAACAUBA
... IACAAAAAfwDAAAAIAAAAJgEAgAIAAAAgAQCAAgAAAAkQAAAAAAAAAAAAAAJUAIAAAlRAgAACRAAAAABCVcCAA
... ABqvr//+v///
... 8EAAAABlcFAAARL015Q2VudHVVyYUhlYWx0aC8JFwAAACoAAAAAAAACRAAAAAJAAAACVoFAAAKACYBAICAAAA
... AAf0DAAAIAAAAJwEAgAIAAAAgAQCAAgAAAAkQAAAAAAAAAAAAAAAJXwIAAAlgAgAACRAAAAABCWYCAAABoPr/
... /+v///
... 8EAAAABmEFAAAtL1BhdGllbnQQmlsbC1vZi1SaWdodsHMtYW5kLVVJlc3BvbnNpYmlsaXRpZXMvCRcAAAAqAAA
... AAAAAAAkQAAAACgAAAAlkBQAACgAoACAAgAAAAH+
... AwAACAAAACgBAIACAAAAIAEAgAIAAAAJEAAAAAAAAAAAAAACW4CAAAJbwIAAAkQAAAAQllAgAAAZb6///r/
... ///
... BAAAAAZrBQAALEZvcilQYXRpZW50cy1hbmQtRmFytaWxpZXMvCRcAAAAqAAAAA
... AAAAkQAAAACwAAAAluBQAACgAoAQCAAgAAAAH/
... AwAACAAAADETAIACAAAACQEAAAAAAAAJEAAAAAAAAAAAAACX0CAAAJfgIAAAkQAAAAAQmEAgAAAYz6///r/
... ///
... BAAAAAZ1BQAAKEFWSC9hYm91dC1lcy9hdmlzdGEGtaG9zcGl0YWwtY29tbRdGlvbi8JFwAAACoAAAAAAAAAC
... RAAAAABAAAACXgFAAAKADETAIACAAAAAAQEAAAIAAAACgEAAAAAAAAJAQAAAAAAAkQAAAAAAAAAAAAAAAAJjA
... IAAAmNAgAACRAAAAAABCZMCAAABgvr//+v///
... 8EAAAABn8FAAAUQVZIL0Fib3V0LVVzL0F3YXJkcy8JFwAAACoAAAAAAAAACRAAAAACAAAACYIFAAAKAAoBAAA
... AAAAAAQEEAAAIAAAAHgEAgAIAAAAJAQAAAAAAAkQAAAAAAAAAAAAAAAJmwIAAAmcAgAACRAAAAAABCaICAAAB
... ePr//+v///
... 8EAAAABokFAAAgQVZIL0Fib3V0LVVzL0zhY3RzLUFib3V0LUF2aXN0YS8JFwAAACoAAAAAAAAACRAAAAADAAA
... ACYwFAAAAKAB4AIACAAAAAQIEAAAIAAAADAEAAAAAAAAJAQAAAAAAAkQAAAAAAAAAAAAAAAJqgIAAAmrAgAA
... CRAAAAABCbECAAABbvr//+v///
... 8EAAAABpMFAAAAYQVZIL0Fib3V0LVVzL0xlYWRlcnNoaXAvCRcAAAAqAAAAAAAAAkQAAAABAAAAAmWBQAACgA
... MAQAAAAAAAAAEDBAAACAAAAA0BAAAAAAAACQEAAAAAAAAJEAAAAAAAAAAAAAAAACbkCAAAJugIAAAkQAAAAQnaA
... AgAAAWT6///r////
... BAAAAaadBQAAHkFWSC9BYm91dC1Vcy9NaXNzaW9uLW9mLVSt0VmFsdWVzLwkXAAAAKgAAAAAAAAAJEAAAAAAAAJo
... AUAAAoADQEAAAAAAAAAABBAQAAAgAAAAfAQCAAgAAAAkBAAAAAAAACRAAAAAAAAAAAAAAAAnIAgAACcKCAAAJEA
... AAAAEJzwIAAAFa+v//6////
... wQAAAAGpwUAABRDZW50dXJhSlhhUhlYWx0aC0wMDIwLwkXAAAAKgAAAAAAAJEAAAAYAAAAJqgUAAAoAHwEgAA
... IAAAABBQQQAAPQDAAAAAAAAAAAAACoBAIACAAAACdsCAAAABVPr//+v///
... 8FAAAACd4CAAAJFwAAACoAAAAAAAAACRAAAAAABBAAAAbCbFAAAJA8YOHqCAAgAAAAEGBAAACAAAAHQBAIA
... CAAAAKgEAgAIAAAAJEAAAAAAAAAAAAAAAACeMCAAAJ8IAAAkQAAAAQnqgAAAAUr6///r////
... BAAAAa3BQAAGkFWSC9Db21tdW5pdHkpdHkpdmVzL2l2aW5nLUJ5LUJ2sucvCRcAAAAqAAAAAAAAkQAAAAgAAAAm6BQAAC
... gB0AQCAAgAAAAEHBAAACAAAAAUBAIACAAAAKgEAgAIAAAAJEAAAAAAAAAAAAAAAACfICAAAJ8wIAAAkQAAAAQ
... n5AgAAUD6///r////
... BAAAAabBBQAAG0FWSC9Db21tdW51dHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHkpdHk
... AoAdQEAgAIAAAABCAQAAgAAAAB2AQCAAgAACoBAIACAAAACRAAAAAAAAAAAAAAkBAwAACQIDAAAJEAAAAA
... EJCAMAAAAE2+v//6////
... wQAAAGywUAACBBVkgvQ29tbXVuaXR5L1ZvbHVudGVlci9XYXlzLURvbmF0ZS8JFwAAACoAAAAAAAAAkQAAAAQAAA
... AJzgUAAAoAdgEAgAIAAAABCQQAAgAAAABuAQCAAgAAAACQBAAAAAAAACRAAAAAAAAAAAAAAAkQAwAACREDAAA
... JEAAAAAEJFwMAAAEs+v//6////
... wQAAAAG1QUAAA9IZWFsdGGlicmFyeS8S8JFwAAACoAAAAAAAAAACRAAAAABAAAAACdgFAAAKAAG4BAIACAAAAAAA
... oEAAAIAAAAbwEAgAIAAAAkQAAAAAAAAAAAAAAAJHwMAAAkgAwAACRAAAAAABCSYDAAABIvr//+v///
... 8EAAAABt8FAAAQ2FmZVdlbGwtGwtLwkXAAAAKgAAAAAAAJEAAAAAIAAAAJ4gUAAAoAOwEgAIACAAABCwQAAAg
... AAABwQAqCAAgAAAAkuAWACCSBDAAAAIkuAWACCSBDAAAABkuAWACCSBDAAAABkuAAACwAAAAJ7AIAAAkQAAA
... wQAAAAGg1QUAAA9oYW5nZS1PZi1TdGF0dXMvCRcAAAAqAAAAAAAJEAAAAAIAAAJPgUAAAoAOwEgAIACAAAABCwQ
... AACAAAAAA0T0DAAAJPgMAAAKAAAAAJEAAAAAAAAAAAAACT0DAAAJPgMAAAKQAAAAAQlEAwAAAQ76///r////
... BAAAAAbzBQAAJC9IZWFsdGGtGgtQW5kLVdlbGxuZXNzL0hlYWx0aC0aXkXZLwaHktSGFiaXRzRLwkXAAAAKgAAAAAAAJEAAAA
... AQAAAAJ9gUAAAoAcQEgAIAAAAAACQBBQQQQQAAAgAAAAByAQCAAgAAAACQBAAAAAAAAACRAAAAAAAAAAAAAAAlMAwAACU
... 0DAAAJEUwMAAAAE+v//6////wQAAAAG/
... QUAACovSGVhbHRoRLUFuZC1XZWxsbmVzcy9TZWFyb2h1cDJbmhbcL1JbmZvcm1hdGlvbi8JFwAAACoAAAAAAAAACRAAA
... AFAAAAACQAAEAAAKAHIBAIACAAAAQ4EAAAIAAAAEhUAgAIAAAAAKAAAAAAAAAAJQAAAAAAAAAJWwMAAAl
... cAwAACRAAAAAABCWIDAAAB+vn//+v///
... 8EAAAABgcGAAApL0FWSC9IZWFsdGGtGgtYW5kLVdlbGxuZXNzL0ZhbWlseU9mUHJpbVUdgtUHJldmVudGl2bi8JFwAAACoAAAAA
... ACRAAAAAQAAAACQoGAAAABVIAAAIACAAAAAAAAQ8EAAAIAAAAJ4EAAAACAAAACRAAAAAAAAAAAAAAkRCrCAAAAGDQYAAAsxMDcz
... NzQyNTTAzMwoKCgAAAAAAAAABg4GAAAOK29udGFjdC1Vcy8JFwAAACoAAAAAAAAACRAAAAACAAAACRAAAABXbnVdGlvbi8
... zQxODDcz0HwyNzMGEgYAAAAyNMjJ1AAAAAYAUGBgAAFy8J2nEwJEwNzE3NDE2NzNDE4NzEwaHktSGFiaXRzRLwAAAAIAAAACDE
... AAAAYVBgAAFkFib3V0HRoZSBCaXJ0aCBDBDZW50ZXIXZIGYmRAAAADb250ZW50eW50eW50eW50eW50eW50eW50eW50eW50eW50eW50eW50eW5
... AAAAYVBgAAFkFib3V0IHRoZSBCaXJ0aCBDBDZW50ZXIXZIGYmRAAADb250ZW50eW50eW50eW50eW50eW50eW50eW50eW5
... AAAAYVBgAAFkFib3V0IHRoZSBCaXJ0aCBDBDZW50ZXIXZIGYmRAAAADb250ZW50eW50eW50eW50eW50eW5Cpp+f//2P/
... //
... wAAAAAGGAYAADUvQVZIL0NwZWNpYWwtY2FyZS1TZXJ2aWNlcy9NYXRlcm5pdHkvBYmdGgtQ2VudGVyLw
... oACgBEAQAAAkAAAAAEAAAAJEAAAAIAAAGgYAAAEABhsGAAAEnjAwNQoKCgAAAAAAAAACQ4GAAAJdWy

11521... AAAkeBgxAAAAGHwYAAAg5MDY5fDI3MwqQGAAAi273mwkKgAAABlTGAARQmjY90XjI3MV4yNzNeOTA2NwMAAAAAF
... AAAAAAAAAAAGIwYAABVCaXJ0aCBDZW50ZXIgU2VydmljZXMJFgYAAAoKAQEAAAAAAAAACgoB2/n//9j///
... 8AAAAABiYGAAA0L0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvQmlydGdtQ2VudGVyLVN1cnZpY2VzLwo
... ACgABEQQAAAAkAAAAJEAAAAAAAJEAAAAAMAAAAJFwAAAAYpBgAABDY4NzUVCgoAAAAAAAAAkOBgAACQ8GAAAJ
... LAYAAAAABi0GAAAPMTA3Mzc0MT07Mz18MjczBi4GAAADMjczCSQAAAAGMAYAABcyNjMjReMjcxXjI3M14xMDczN
... zQxODczOQMAAAAGAAAAAAAAAAAAGMQYAABBNaWR3aWZlIERlBGl2ZXJ5CRYGAAAAKCgEBAAAAAAAAAoKAc35//
... /Y////
... AAAAAY0BgAALy9BVkgvU3BlY2lhbHRPZXMvQmlydGgtQ2VudGVyL01pZHdpZmUtRGVsaXZlcnkCgKAAAAESB
... AAACQAAAAkQAAAAAAkQAAAABAAAAAkXAAAABjcGAAALMTA3Mzc0MzczMOMzMxzMOxTMKCgoAAAAAAAAAAAkOBgAACQ8GAA
... AJOgYAAAAAABjsGAAAPMTA3Mzc0MjQ4NzV8MjczBjwGAAADMjczCSQAAAAGPgYAABcyNjReMjcxXjI3M14xMDc
... zNzQyNDg3NQMAAAAHAAAAAAAAAAAGPwYAABRQcmUtRGVsaXZlcnkZlcnckgQ29uc3VsdAkWBgAACgoBAQAAAAAAAAAAK
... CgG/+f//2P///
... wAAAAAGQgYAADIvQVZIL1NwZWNpYWxmWx0aWVzL0JpcnRoLUNlbnRlci9QcmUtRGVsaXZlcnktQ29uc3VsdAoLwoACg
... ABEwQAAAkAAAAJEAAAAAJEAAAAAAMAAAAUAAAAGfYAAAJGaYAAABAkbUGAAAAAAVJAxMQoOCQAAAAAAAAQACQ4GAAAJDwYAAAl
... IBgAAAAAGSQYAAAg5MDY4fDI3MwZKBgAAAzI3MwkWAAAAABkWGaAAAQMjY0XjI3MV4yNzNeOTA3OAMAAAAA0AAAAAAA
... AAAAAAAGTQYAABJCaXJ0aCBDZW50ZXI50ZXIgIgV9cnZpY2UJFgVG91cnlAAAAAAAAACgoBsfn//9j///
... 8AAAAABlAGAAAxL0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvQmlydGdtQ2VudGVyLVVRdXJlXAoACgA
... BFAQAAAkAAAAJEAAAAAJEAAAAAYAAAAGUgYAAABEBlMGAAAENjUEN1jAxOQoKCQAAAAAAAAAAACQ4GAAAJDwYAAAlW
... BgAAAAGVwYAAAg5MDcyfDI3MwZYBgAAAzI3MwkWAAAAABloGAAAQMjY1XjI3MV4yNzNeOTA3MgMAMAAAAAAJAAAAA
... AAAAAAGWwYAAA1CaXJ0aCBCDbGFzc2VzCRYGAAAAKCgEBAAAAAAAAAAoKAaP///Y////
... AAAAAAZeBgAALC9BVkgvU3BlY2lhbHRPZXMvQmlydGgtQ2VudGVyL0JpcnRoLUNsYXNzZXMJFgQAAAkAAAAJEAAAAAV
... QAAAAkAQAAAAkAQAAAAkQAAAAMAAAAAMAAAAUgYAADJ2ODgwQW5uUGwbBgAANgYAAAEC1m9yZwZAYAAAgNTkzf//2P///
... pBgAAFUJYyZWFdzdGVyMGm1jczBmYGAAADMjczCSQAAAAGaAYAAABBYyNjReMjcxXjI3M145MDcwMDcxMDczNDM14xMDcxN
... Zm9jjdzQ4AAAAGXYAAAD05ldyBNb2gU9yZHJkWgAAAGQ5AGyAACOBAQAAAAAAAAAKCgH+f//2P///
... wAAAAAGbgYAAARDV2vocaWxsYW5jZUP3rdmapQ29hRUlAAAEN8ZGxpbmcJFgYAAAoKAQEAAAAAAAAACgoBsfn//9j///
... AKAAEWBAAAAAZKAAAAAkQAAAAAkAAAAAAMAAAAZuBgAAGMjczCSQAAAAGdgYAAABBAyNjReMjcxXjI3M145MDcwMDcxMDc0MDczNDM14
... xMDczN
... AAAAAAAZ3BgAAD05ldyBNb2gU9yZHJkWgAAAGQ5AGyAAACOBAQAAAAAAAAAKCgH+f//2P///
... wAAAAAGegYAACLC9BVkgvU3BlY2lhbHRPZXMvQmlydGgtQ2VudGVyL1VRdXJlCRY5OZXcJTW8bbXVubZW5uRZW9uZW9uZW8
... QAAAkAAAAAJEAAAAAJEAAAAAAkAAAFfYAAAABrbgaBBloGAAQMjYlXjI3MV4yNzNeOTA4MgMAAAAMAAAMAAAAAAMAAAAAAAA
... AAAAGhQYAABVCaXJ0aCBDZW50ZXI50ZXIgV9cnZpY2UJFgYAAAoKAQEAAAAAAAAACgoBsfn//9j///
... 8AAAAABogGAAA0L0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvQmlydGdtQ2VudGVyLVVPZyl2bG8b3JzJzJzJzL
... ACgABEQAAAAZAAAAAJEAAAAAJEAAAAAAMAAAAJAAAAAGgYAAABBwYAAAPMTA3Mzc0fDI3MwqbBgAAAzI3MMwkWAAAAABloGAAAQM
... jY2XjI3MV4yNzNeOTA3NAMAAAAAGkwYAAA0L0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvU3VydmVpbGxhbmNlLUZlZG
... AAAAAAZKGAAAAAgkVyAAAAAJEAAAAAAMAAAAAAMAAAAAAJAAAFcGgYAAABBpZYAAAAAAAAAAAAACQ4GAAAJDwYAAAlW
... 8AAAAABpYGAAA0L0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvIvSW4t2rt4Wt4FyFzFzFzL1Db21wbGlyYXRpb25
... zLwoACgABGQQQAAAkAAAAJEAAAAsAAAAJFwAAAaZBgAAATAKCZoGAAAAAab
... BgADzEwNzM0M3DIMjMjwzBmwfDI3MwkWAAAAABloGAAAQM3MV4yNzNeMTA3MzMzczNDMjMOMjMjwzBmwfXYAAAAAAAaab
... AAADgAAAAAAABg8GAAASG3cgolb3bngAQ29uc3VtbWF0aW9uJ
... //2P///
... wAAAAGogYAAAvII1ByZVJl01vZGFScgaCgAAEn3BmAEBAAAAAkAAAAkQAAAAAAk1V9vcmQ1UbbnRlbbnRlci9NZW9uZW9u
... ABABYnjNjRemjcxXjI3NF4xMDczNzQyNDg3MAMAAAAAAACgD25QAAAAAAAATdBgAAD1b3V1ZWluZHJkWgAAAGQ5OBjzZW5uZW9uZW9uZ
... AAAAAAAABmBgaAAQQ9VkgvU3BlY2lhbHRPZXMvQmlydGgtQ2VudGVyL0pZZWInLUNjcmlVUNZW9uZW9u
... m2BgAAAAGtwYAAAg5MDc2fDI3MwZB23NAaBgAAAzI3NAkKAAAAAABroGAAAAAmjY0XjI3M145MDczNgNMAAAAAAAA
... AAAAAAGuwYAABhNmwt1bZW5uZW9uZW9u
... wAAAAGvgYAAADkvQVZIL1NwYW0aW0bGllcy9CaXJ0aC1DZW50ZXIvSnkY1UNZWV9Mmcy5MmQNZWV9uZW9u
... 51cy8KKAAAoeAAWEEAAAAkAAAAJEAAAAaRCRAAAAAAkAAAAaRCRAAAAkAAAAAACQYGAAADkvQYAAA0xMDc3MDczNDM14xMDczN
... NzFeMjc0XjEwNzM3NDNDNzNMTA0AwAAAABIAAAAAAAAAbJBgAADjNEIE1hbb1V3Z3JhcGlzCRYGAAAoKAQEAAAAAAAAAAoKATX5///
... AAAAAOKATX5///Y////
... AAAAAbMBgAAQS9BVkgvU3BlY2lhbHRPZXMvQmlydGgtQ2VudGVyL1RvbW9yMzcOaGVyb3Npb3NVdVdnlCVaAXMtMOQtT
... WFtbW9ncmFwaHkvCaAACQ8GAAADgkPMjAJYYAAAAAAAAABtGAAAAPMTA3Mzc0MjU3BtC9lcQGAAAAMjc0OBtCZtdMjNcKCQ
... oOAAAAAAAAAAAkOBgAACQ8GAAAJOgYAAAAAAAAAAbgGAAAAMTA3Mzc4MjU3Btc9ldlMAAAAAAAAAAG1wYABCnyNjRemjcxXjI3NF4
... xMDczNzQyNTc8MjM4AAAAQ29uc3Vuc2KCQ1wYAAABtGAAABDY4NzIVCgoAAAAAAAAAAAkOGEn+f//2P///
... wAAAAAG2gYAAADkvQVZIL1NwYW0aW0bGllcy9CaXJ0aC1DZW50ZXIvSnkY1UNZW9uZW9uZW9u
... FyZS8KRAAkAAkJ4EAAAAzCRAAAAAAkfAAAAAAkJFwAAAaFAaAABrGVAACQ8GAAA1ZZV5nRlci9Nmcy5Mmcy5MmKOBg
... ACQ8GAAAJ4AYAAAAuEGAAAOIOTA3NwyNQG4gYAAAMAyNDc8MjNeZW9uZW9uZW9uZW9u
... AAAAAFAAAAAAAAABuUGAAAAUGF0aWVudCBVcmlyeRkWGaAAAAAoKCGEz+f//2P///
... wAAAAAG6AYAAADkvQVZIL1NwYW0aW0bGllcy9CaXJ0aC1DZW50ZXIv1QYXRpZW50LZW9uZW9u
... ABHwQAAAAkAAAAJEAAAAAzAAAAAYAAAAbrBgAAAbrBgAACEwbZW5uZW9uZW9uZW9uZW5u
... MTA3Mzc0ODczU9UdkDAAAAAFQAAAABvMGAAAAQ29udGxheWZGAAAKCgBQAAAAAAAAAAKCgEL+f//
... 2P///

11521...

wAAAAAesgyAAB8vQVZIZInwzWNpYWx0aWVzbWFjdCDYXV/1l0n1bnRl8Q5DB8y5oYWN9BdUyZWFzdC1DYX
JlLUNlbnRlRlci8KAAoAASAEAAAJAAAACRAAAAAACRAAAAACAAAABvgGAAABAAb5BgAABDU4NzYKCgoAAAAAAAA
AAAkOBgAACQ8GAAAJ/AYAAAAABv0GAAAIOTA4NnwyNzgG/
gYAAAMyNzgJJAAAAAYABwAAEDI2NF4yNzFzMjc4XjkwODJ4kwODYDAAAAGQAAAAAAAAABgEHAAAOT3VyIEdJIEV4cG
VydHMjcAQXQYAAAoKAEQEAAAAAAAACgoB/fj//9j///
8AAAAABgQHAAjLOFWSC9TcGVjaWFsdGllcm9HSS9GGllcy9HSS9PdXItIEdJEXt0R0ktRXhwZXJXtR0ktRXhwZX
ACRAAAADAAAABgYHAAABgAAYHBwAABDU4NzgKCgoAAAAAAAAkOBgAACQ8GAAAJCgoBAAAbgsHAAAIOTA4
N3wyNzgGDAACAAAMyNzgJJAAAAYOBwAAEDI2NF4yNzNzMjc4XjkwODcDAAAAGQAAAAAAAAABg8HAAALQ29sb
25vc2NvcHkHDZFgYAAAxOAEBgENQyhAjgDXYA1YgECYWFsdGllcAAAAAAAAAACgoB/j//9j///
8AAAAABhIHAAAgLOFWSC9TcGVjaWFsdGllcy9HSS9Db2xvbm9zY29weTcZ29weS9Db2xvbm9zY29weTcIAAAAAAAACRA
AAAAAESIEAAAAAACQQ8GEAAAAAACAAAAAEJSAAAAAABhIHAAAbgQKdAzAOL4SkhFLmluZ3h0d4HcXRhYmxlAAAA4OdUHwy
ydGwkIJUHAAAAIOTA4NnwxNzgG/mPNgZXBwAAEDI2NF4yNzFzMjc4XjkwODYDAAAAGmsbAAAAAAAACQ8GERAAAAAAG
QBCVcwkWBgAACgoBAQAAAAAAAAKCgHh+P//2P///
8AAAAAGPAcAAC4vQVZIL1NwZWNpYWx0aWVzL0dJL0NhcmVQYWdlbGxpc3Rpbmc3Nw47aWxzdGlubWFjdC90cmluc3Rpbmdz
RpYBUZXN0mH5wNZmGNghNRYGXmllcyRlGBsYXRpb24AAKbf+///////
AAAAAAZBKBwAAmi9BVkgvU3BlY2lhbHRpZXMvR0kvQ2FyZVBhZ2VsbGlzdGluZzc3RpbmcvR3lMVRlc3RpbmcvR0kvR2FuYW1hZYGBsYXR
AAEmBAAACQAAAAAkQAAAAAAkQAAAAABAAAAAZMBwAAAQAGTQcAAAAQ1NzQyCgoACgoAAAAAAAAAAAAJDgYAAAkPBgAAACV
AHAAAAAAAZRBwAAACDwYAACU5MjdBbmFsIGZpc3N1cmUAAAAAAAACBAYnJjcXJjzJzZXJAAAbAyNjRecNzNzMjc4XjkwODcD
AAAAABVBwAAEEPhcmVQYWdlAAAbAyNjRecNzFzMjc4XjkwODcDAAAAACgoB/j//9j///
8AAAAABlgHAAAoL0FWSC9TcGVjaWFsdGllcy9HSWZDY3ZYZC9DYXJlUGFnZS9DYXJlUGFnZTcGSWZXd3ZYZC9DYXJlUGFnZT
JEAAAAAAAAJAAAAAAAATBwAABbWAAAbU9NMNDNQyGYWAAbBwAAAQAGGEHcAAAAEHcAAAbAIAAAAAAbBmMHAAABAAbA
AAZfBwAAEEPhcmVQYWdlANDMMQyOkkUAAAAACQ4GAAAPATAAAAAAAAAJDUyAwAAAAAAZwAAAATVBwAADBM3
Nzc0AAbyAAAMyNzgJJAAAAYABwAAEDI2NF4yNzFzMjc4XjkwODYDAAAAGQAAAAAAAAABhDBwAAAbCQ4GAAAPATAAAAAAJbU
//2P///
8AAAAABVgHAAAAABgGAAAGAwAAAaBAwAAAAA1NzQyCgoAAAAAAAAJDUyDAAAAAAAAkPBgAAACZ
gBQCAAA8xMDczNQxOOHwyNzkGbgcAAAAMyNzAJJAAAAAZwbgQAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAAZwbgQAAAAA
AwAAAAAZxbwAAEEHNhcmVQYWdlHHAAAbyAAAMyNzgJJAAAZwbgQAAAAAwcgBjfj//9j///
8AAAAABnQHAAAoL0FWSC9TcGVjaWFsdGllcy9HSWZDY3ZYZC9Kb25zHHAAAbyAAAMyNzgJJAAAZwbgQAAAAAA
nLWFuZC1Jbnrlcnl1bnRpb24yVcgAAEpBEACxAAAbgsHAAAbgsKAAAENNTc0YDBwAAAAAAZwbgCAAAAAAbgsKAAAAAA
CgAAAAAAAACQ4GAAAJDwYAAAl6BwAAbAAENNTc0AAbyAAAMyNzgJJAAAZwbgQAAAAAwAAAAAZxbwAAAJIEludHJvZ2Fj
BwAAEH4vQ1Nzc0YDBwAAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAZBwAAEC4vQ1Nzc0AAbyAAAMyNzgJJAAAZwbAAAAAA
AAGmwcAAB5IZWFydCBEHRhY2ssSWMgMJmFtcDsgMlbrHHFY9XyAWAAQFV+P///2P///
8AAAAAGcAcAAAoL0FWSC9TcGVjaWFsdGllcy9HSWZDY3ZYZC9Kb25zHHAAAbyAAAMyNzgJJAAAZwbAAAAAA
5hbC1SYWRpc22vXZ3hjTTzAy8tyLwoAQyAKAAENNTc0YDBwAAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAZwb
3Mzc0NTM1OTkwwDBwAAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAZwbAAAAENNTc0AAbyAAAMyNzgJJAAAZwbAAAAA
NTcGtAcAAAsxMDczNwxNwxZwxAAAMZyAAAMyNzgJJAAAZwbAAAAAAbgsKAAAAAACgFV+P///2P///
wAAAAAGrAcAAAEvQVZIL1NwZWNpYWx0aWVzL0dJL0Q3dGVudVudXGlvbmSLVJhZGlvbG9nvbmS9JbnRlbmZbnRlbnFpb2
5hbC1SYWRpc2vXZ3hjTTzAy8tyLwoAQyAKAAENNTc0YDBwAAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAZwbAAAAA
3Mzc0NTM1OTkwwDBwAAAAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAZwbAAAENNTc0AAbyAAAMyNzgJJAAAAZwbAAAAA
AAAbsQHAAAXMjY0XjI3MVyyODEyMzU1Mc4CgQAAAEAAAAAAAAAAAAbsUHAAAkQWJvdXQgQXbZc2NzZXZ3RhZWx0

Page 360

11521... MzOTcztrpvaW50lENHcmdUgOzvldGVyCRYtEAAKCgBAAAAAAAGKAhn4///P////

AAAAAAbIBwAAPy9BVkgvU3BlY2lhbHRpZXXMvSm9pbnQtQ2VudGVyL0Fib3V0LUF2aXNhN50LUNhc
mUtQ2VudGVyLwoACgABLwQAAAkAAAAJEAAAAAJEAAAAIIAAAAAGygcAAAEABssHAAAENTgxOAoKCgAAAAAAAA
AACQ4GAAAJDwYAAAnOBwAAAAAAGzwcAAAg5MTAxfDI4MgbQBwAAAzI4MgkkAAAAABtIHAAAAQmjY0XjI3MVvYODJ
eOTEwNQMAAAAAtAAAAAAAAAAAAg0wcAAA5XaGF0IHRvIEV4cGVjdAkAdkWBgAACgoBAQAAAAAAAAAAKCgEr+P//2P//
/

wAAAAAG1gcAAC4vQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlcilci9XaGF0LLXRvLWV4cGVjdC0vCgAKAAAEwBA
AACQAAAAkQAAAAAkQAAAAwAAAAbYBwAAAQAQ2QCAAAQ2MDcyCgoKAAAAAAAAAAAJDgYAAAkPBgAACdwHAAA
AAAbdBwAACDkxMDJ8M8jYgyBt4HAAADMjgyCySAAAAG4AcAABAyNcj4M145MTAyYwAAAC4AAAAAAAAA
AAbhBwAAFkZhY3RzIEFib3V0IEVppEpavaW50IFBhaW4JFgYAAoKAQEAAAAAAAAACgoBHfj///j////

8AAAAABuQHAAA1L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvRmFjdHHMtYjdHMtYWJvdXQtam9pbnQtcGFbi8
KAAoAATEEAAAJAAAACRAAAAAACRAAAAAAEAAAAAbuYHAAAABoBwAABYbWAAByUkQgoGAAAAAAAAAAkOBgAACGB8
AAAJ6gcAAAAABusHAAAIOTEwEwM3wyODIG7AcAAAMyODIJJAAAAAAAbuBwAAEDI2NF4yNzFmMjgyXjkxxMDMDAAAAL
wAAAAAAAAAAAAAAAAAABu8HAAAUUmVsaWVWV2aW5nIFBhW4JFgYAAoKAQEAAAAAAAAACgoBD/j////j///

8AAAAABvIHAAAAzL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvUmVsaWVVmVsaW5nLWpvaW50LXBhaW4vCgA
KAAEyBAAACQAAAACkQAAAAkQAAAAAkQAAAAAbwBwAAAQAQ2QCAAAQ2MDcyCgoKAAAAAAAAAAAJDgYAAAkPBgAAAcgBwAA
CfgHAAAAAAA5BwAACDkxMDR8MjgyG7AcAAAMyODIJJAAAAAAAAb9BwAACEIEpvaW50IFJlbGllcGxhY2VtZW50IE1pc3Nwb25QtUGh5c2l1aWFFuLVNwZWNpYWxpc3RzCgoK
AAAAAACgoB8/f//9j///

8AAAAABg4IAAA6L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm9pbnQtUGh5c2l1aWFsLVNwZWNpYWxpc3RzCgoK
AAAAAAAAGG8Cg9BDb250YWN0CRYLAAOKQcPf//8/Y////

AAAAAYqCAAAPy9BVkgvU3BlY2lhbHRpZXXMvSm9pbnQtQ2VudGVyL0pvaW50LVBoeXNpY2FsLVNwZWNpYWxpc3Rz
CgoKAAAAAAAAAAGAwgAAAtKb2ludCBQaHlzaWNhbCBTcGVjaWFsaXN0c3J1aXJpbWaWBtSGF5YAAoKAQAAAAAEAKQAEAAAA
AAACgoB8/f//9j///

8AAAABg4IAAA6L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm9pbnQtUGh5c2ljYWwtU3BlY2lhbGlzdHM
CgoKAAAAAAAAAAGAwgAAAtKb2ludCBQaHlzaWNhbCBTcGVjaWFsaXN0cwkWCwAOKQMP3///Y////

wAAAAAYqCAAAPy9BVkgvU3BlY2lhbHRpZXMvSm9pbnQtQ2VudGVyL0pvaW50LVBoeXNpY2FsLVNwZWNpYWxpc3Rz
CgoKAAAAAAAAAGAwgAAAtKb2ludCBQaHlzaWNhbCBTcGVjaWFsaXN0cwkWCwAOKQ4GAAAkPBgAACdwHAAAAAA5BwAACDkxMD
V8MjgyG7AcAAAMyODIJJAAAAAAAAbuIAAAAQcAAAUOQ2QCAAAQ2MTgzNDE4NzU4YXkyYzdiXEA1Z4OTEwNQMAAAAAAAAAbicIAAAoQWJvdXQgQXZpc3RRhRhMiMzMzODNEDNEDAAAANNgAAAAAAAABicIAAAAkQWJvdXQJFgyAAAoKAg//8P///

AAAAAYqCAAAPy9BVkgvU3BlY2lhbHRpZXMvSm9pbnQtQ2VudGVyL0Fib3V0LUF2aXN0LXdoYXQtdG8tZXhwZWN0LwoACg
ABMwQAAAkAAAkwAAAACRAAAAAAAbuIAAAB3BAyNGM4MWQ2MDcyCgoKAAAAAAAAAAAANGNQxgVAAkPBgAACdwHAAAAAA5BwAAA
CDkxMDR8MjgyG7AcAAAMyODIJJAAAAAAABicIAAAoQWJvdXQgQXZpc3Rhrcn3/8P///

wAAAAAVGqCAAADovQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci9BYm91dC1BdmlzdC13aGF0LXRvLWV4cGVjdC8
KAAoAATMEAAAJAAAACRAAAAAwAAAGG8CgAAAtQ29udGFjdAkWMTY5MTRINTQ1MTRZMyYRAAAABD0AAAFzEWN
hbAgAAADkxMDF8MjgyG7AcAAAMyODIJJAAAAAAABnQIAAAAlQ29udGFjdAkWCwAOKQbff///j///

AAAAAYqCAAAPy9BVkgvU3BlY2lhbHRpZXMvQ29udGFjdC8KAAoAATQEAAAJAAAACRAAAAAwAAAGG2IAAAYZDkxMDFb
MTgyJEAAAAEN1cm/nzY2FsbGFnaGVyjG5hbWVcQ2xpbmljCgoKAAAAAAAAAGAwgAAAtQ29udGFjdCBVcwkWEwAOKQ
BADN1cmdpY2FsLWNkZW1vLWNsaW5pYy8KAAoAATQEAAAJAAAACRAAAAAwAAAG

wAAAAAGRggAAC4vQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci9UdXJuaW5nLWl0LW5vLWxvbmdlci1uZWVkcy8KAAoAAT
QEAAAJAAAACRAAAAAwAAAGGkIAAAYZDkxMDR8MTgyJEAAAAENhaXJ1c2VkLXJjYW50LW1vc3RsLWdvb2QtdHJ1YXRtZW50Lw
oACgoABKb2ludCBQaHlzaWNhbCBTcGVjaWFsaXN0cwkWAy9zZW5uZWZjYW50cy8KAAoAATQEAAAJAAAACRAAAAAwAAAGG
GTQgAAAB8xMDczNzgxOTc0cnOV1wy0Dcgc2VzYW5kcy9DQXREc2lnbi1jcmVhdGUtYmctc2lnbi1jcmVhdGUt
AwAAAAkKAAAAAAAAAZRCAAAG1NwaWBoeE5pY2l5NbaBTcGVjaWFsaXN0cwkWFsaXN0c3NlbnNlbmNic2FuZHMK
gGt9///2P///

wAAAAAGVgAAADovQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci9UcGluaXplL1QaHllzaWNhbFdpbGgVYXN0U3BlY2lhbHhbG
lzdHMvcGZkaWG5lL1BhY2tAaWQkAAAAAAlQQ29udGFjdAkWCwAOKQ7////2P///

KCglYCAAAAAAGWQgAAAB8xMDczN3qQyNDUzM3wyODcODcg6YmVzY2FuZHMvJIAAAAAAzCAAAAFz2INF4yNzFmMjg3XjEW
NzM3NDI0OTNMzxwAAADoAAAAAAAAAAAZdCAAAE0ZyADAAAAAAAAAAAZdCAAAE0ZyWUgU3BpbmUgU3VtbWF5IAEAAAAAOKAQAAAAAAAC
goBoff///9j///

8AAAAABmAIAABcHAR0cHM6Ly9zWCuYYjjc2lnbnVwLmNvbVVwLmNvbVVwLmVubnVbnBvcmV2Y2NV5F92aW9
hbXA7d3A3N3E2JMFTcDthaW9oQwO9VFOVFVSWVSZQSzhbXA7Y2F0MF0mMBdhRTg3MACUTAAU1M25vcmV2Y2Nj
AAAABMIAAAAkZCJAAAAZqCAAAEDI2NF4yNzFmMjg3XjkxxMDAAAAwAAAAAAAABmsIAAAAAQ29udGFjdCBVcwkWEwA
kWBgAACgoBAQAAAAAAAAAKCgT9///2P///

wAAAABgbggAACkvQVZIL1NwZWNpYWx0aWVzL0pvaW50LUNlbnRlci9Db250YWN0LwoACgoABKb2ludCBQaHlzaWNhbCBTcG
VjaWFsaXN0cwkWAaWFsaXN0cwkWAQ2hbWOwAAABkkIAAAAQ29udGFjdXNyZWFAdNDAAAFPTdDeUFYYWMVYSCXCQ2lHbmljCgoK
AAAAZ1CAAAF0CAAAAQ29udGFjdAkWMTY5MTQINTQ1MTRZMyYRAAAABDoAAFzVCA0ZZcGWUgU3VtbWFyeQEAAAAAOKAQAAAAAA
goBoff///9j///

8AAAAABnwIAAAAL0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvQ29udGFjdC8KAAoABKb2ludC1DZW50ZXIvQ29udGFjdC8KAAoAB
AAAAAEAAAAAAAdH5AAAAAPCAAAACAAAACoAFPcAAAAYXEAAAC

CAAAACzEwNzM3ODM1NDUzM3wyODcg28CgAAAAAAAAAAAJDgYAAAkPBgAACdwHAAA5BwAAANI0N145MTA3MT05MTA3MTQ5
zM3NDIzNDgzBoQIAAALMTA3Mzco0mjM0OmjM0OMDMJJAAAAAAGCAAAHzI2NF4yNzFmMjg3XjkxxMDAAAwAAAA

Page 361

11521... cyMzMDRAAATwAAAAAAAAABocIAAAQ0JRybZClIFRyZWF0bWVudAkWBgAACg0BAQRAAAAAAAKcgF39///2P/
//

wAAAAAGiggAACkvQVZIL1NwZWNpYWx0aWVzL1N0cm9rZS9TTdHJva2UtVtVHJlYXRtZW50LwoACgABPQQAAAkAAA
AJEAAAAAAJEAAAAAMAAAAJFwAAAAAaNCAAACzEwNzM3NDU0MjI3CgoKAAAAAAAAAAAJDgYAAAkPBgAACZAIAAAA
AAAAaRCAAAFzEwNzM3NDNI3MjMxfDEwNzM7NDIzNDgzBpIIAAALMTA3Mzc0MjM00DMJAAAAAAAUCAAAHzI2NF4y
NzFeMTA3Mzc0MjM00DNeMTA3Mzc0MjcyMzEDAAAAQAAAAAAAAABpUIAAARU3Ryb2tlIFByZXZlbnRpb24JF
gYAAAoKAQEAAAAAAAAACgoBaff//9j///

8AAAAABpgIAAAqL0FWSC9TcGVjaWFsdGllcy9TdHJva2UvU3Uyb3tlLVByZXZlbnRpb24vCgAKAAE+
BAAACQAAAAkQAAAAAAAkQAAAAAQAAAkXAAAAABpsIAAAAENTczMAoKCgAAAAAAAAAACQ4GAAAAJDwYIAAAeCAAAA
AAGnwgAABcxMDczNzQxODcxWW5cxMDczNzQxODUzNwagCAAACzEwNzM3NDE4NTM3CSQAAAAGoggAACcyNjRMeMT
A3Mzc0MTg1MjheMTA3Mzc0MTg1MzdeMTA3Mzc0MTg3MTQDAAAAARAAAAAAAAAABqMIAAAVQ2hlY2tpbmcb24
gYSBQYXRpZW50CRYGAAAKCgEBAAAAAAAAAAKAVv3///Y///

AAAAAamCAAAVS9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LWFuZC1WaXNpdG9yLUlui
m9ybWF0aW9uL0NoZWNraW5nLWluLWEtUGF0aWVudC8KAAoAAE8EAAAACRAAAAAAAAAAAKCAAACQAAAAkXAAAAAa
AGgQgAAAQl NzAyCgoKAAAAAAAAAAJDgYAAAkPBgAACawIAAAAAAAabJCAAAFzEwNzM3NDE4NzI1xfDEwNzM3NDE
4NTM3Bq4IAAAALMTA3Mzc0MTg1MzcJJAAAAAAawCAAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUzN14xMDcz
NzQxODcyMQMAAAAEFAAAAAAAAAAAAGsQgAAA5WAXNpdGluZyBlb3VycWkWBgAACgoBAQAAAAAAAAKcgFN9///
2P///

wAAAAAGtAgAAE4vQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1hbmQtVmlzaXRvci1Jbm
Zvcm1hdGlvbi9WaXNpdGluZy1hLVBhdGllbnQvCKAoAAUEAAAAAJAAAACRAAAAAACRAAAAADAAAACRcAAAAAgwAAQ
1OTgzCgoKAAAAAAAAAAAJDgYAAAkPBgAACbOIAAAAAAa7CAAAFzEwNzM3NDE4NzE2fDEwNzM3NDE4NTM3BrwI
AAALMTA3Mzc0MTg1MzcJJAAAAAa+

CAAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUzN14xMDczNzQxODcxNgMAAABFYAAAAAAAAAAAGvwgAACFHY
XJkZW4g4gVGVycmFjZSAmYW1YW1wOyBBdHJpdmW0gQ2Fmw6kJFyYAAAoKAQEAAAAAAAAACgoBP/f//9j///

8AAAAABsIIAABWL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnRzLWFuZC1WaXNpdG9ycy1Jbm
Zvcm1hdGlvbi9Db3JuZXItY2FmZXRlcmlhLwAoACgABAAAAAAJAAAAACRAAAAAAAAAJDgYAAAkPBgAACcyg
IAAAaGxCgAAAJDYYAAAkJDgYAAkDEAAAAAagKAAABJCAAAHzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUzN14xMD
czNzQxODcxNwMAAAAMAAAABHAAAAAAAAAGzQgAAALHaWZ0IFNob3AJAFyYAAAoKAQEAAAAAAAACgoBMff//9j///
8AAAAABtAIABJBJL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnRzLWFuZC1WaXNpdG9ycy1JbW
Zvcm1hdGlvbi9HaWZ0LVNob3AvAAoACgABAAAAAAKAOBgAACQQ8GAAAJ1ggAAAAABFtcIAAAXMTA3Mzc0MTg3MTB
MTA3Mzc0MTg5NDNBMTA3Mzc0MTkzdAkWBgAAAoKAQEAAAAAAAAAAKCASP3///Y///

AAAAAbeCAAAXi9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LWFuZC1WaXNpdG9yLUluZm9y
m9ybWF0aW9uL1BsYW5uaW5nLWFuLWFyoFoWLXZVc2lobHXByb2JlZW0tdG8tVGllbnQvAAoACgABAAAAAAKCRAAA
AGAAAAACRcAAAAQ4QgAAA2MDMzCgoKAAAAAAAAAJDgYAAAkPBgAAACgOIAAAbl CAAAFzEwNzM3NDE4NzE
lfDEwNzM3NDE4NTM3BuYIAAAMTA3Mzc0MTg1MzcJJAAAAAboCAAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQx
ODUzN14xMDczNzQxODcxNQMAAAABJAAAAAAAAAAG6QgAABJEb2N1bHVudHMgd0g8gQnJpbmcJFgYAAAoKAQEAAA
AAAAAACgoBFff//9j///

8AAAAABuwIAABaL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnRzLWFuZC1WaXNpdG9ycy1JbW
Zvcm1hdGlvbi9XaGF0LXRvLWJyaW5nLwAoACgABAAAAAAJAAAAACQ4GAAAAAKAAAAAGzQgAAAX
AAkXAAAAABu8IAAAENJazMAoKCgAAAAAAAAJDwYAAAnyCAAAAAAbvCAAAFzEwNzM3NDE4NzE4fDEwNzM3NDE
4NTM3BgIIAAALMTA3Mzc0MTg1MzcJJAAAAAaAEEJazM3CSQAAAAGAEAQAAA1yCAAAJ2QlIAAAAAACQ4GAAAnyxM
DczNzQxODUyOF4xMDczNzQxODUzN14xMDczNzQxODcxODRTCSQAAAAG9ggAACcyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1Mz
deMTA3Mzc0MTg3MjIDAAAAASAAAAAAAAAGAvcIAAAAMV2hhdCB0byBQYWNrCRYGAAAoKAQEAAAAAAAAAKAQf
3///Y///

AAAAAb6CAAAT9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LWFuZC1WaXNpdG9yLUluZm9y
m9ybWF0aW9uL1doYXQtdG8tcGFjay8KAAoAAUUEAAAAAACRAAAAAAYBCQAAFzEwNzM3NDE8BTM3fDEwNzM3NDE4NT
M3BgIJAAAALMTA3Mzc0MTcJJAAAAAYECQAAJzI2NF4xMDczNzQxODUyOF4xMDczNzQxODUzN14xMDczNzQ
xODg0NgMAAAABLAAAAAAAAAAABQkAABdNZWRpY2FsIFJlY29yZHMgUmVxdWVzdAkWBgAACgoBAQAAAAAAAAK
CgH59v//2P///

wAAAAAGCAkAADcvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUmVjb3JkV2VkV1zdC1NZWRpY2FsLVJlY29yZH
MvCgAKAAFGBAAACQAAAkQAAAAkQAAAAAkXAAAAAAAxXAAAAABgsJAAAENTcwMAoKCgAAAAAAAAAJDwY
AAAkOCQAAAAAGDwkAABcxMDczNzQxODcwOHwxMDczNzQxODUyO0YQCQAACzEwNzM3NDE4NTI5CSQAAAAGEgkA
ACcyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MjleMTA3Mzc0MTg3MDgDAAAATQAAAAAAAAABhMJAAAMSGVhb
GluZyBBcnRzCRYGAAAKCgEBAAAAAAAAAAoKAev2///Y///

AAAAAYWCQAAOy9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ2FyZS9IZWFsaW5nL
UFydHMvCgAKAAFHBBAAACQAAAkQAAAAkQAAAAkXAAAAABhkJAAAENjA0MAoKCgAAAAAAAAAACQ4GAA
AAkACCyNjReMTA3Mzc0MTg1MjheMTA3Mzc0MTg1MjleMTA3Mzc0MTg3MDkDAAAAAABiEJAAAO
TGlnaHQgYSBDYW5kbGUgYAAAoKAQEAAAAAAAAACgoB3fb//9j///

8AAAAABiQJAAA9L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL1LpZ2h0LWE
tQ2FuZGxlLwoACgABSAQAAAAACRAAAAAJEAAAAAAJEAAAAAAJFwAAAAAYnCQAAENDk1CgoKAAAAAAAAAAAAo
BgAACQ8GAAAJigkAAAAABisJAAAXMTA3Mzc0MTg3MTB8MTA3Mzc0MTg1MjkLGlkAAASxMDczNzQxODUyOQkkA
AAAABi4JAAAmJY0XjEwNzM3NDE4NTI4XjEwNzM3NDE4NTI5XjEwNzM3NDE3XjEwNzEwEwAAAAEsAAAAAAAYvCQ
AAEldoeSBTZWUgYSBDaGFwbGFpbgkACgoBAQAAAAAAAAKCgHP9v//2P///

wAAAAGMgkAAF8vQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvU3Bpcmml0dWFsLUNhcmUvVGVuLUVMcvdLXJlY

11521...
… NvbnMtQ2F5Ex1vGS1lawdGdcT31W96lLWNVkWl1zS71LWNlGYXBsYWTulIWoACgABSgQzkARQkTAAAAJEAAAAAAJEAAAAAAAAAAAFwAAAAY1CQAABDYwNDQKCgoAAAAAAAAAAkOBgAACQ8GAAAJOAkAAAABjkJAAAXMTA3Mzc0MTg3MTF1mMTA3Mzc0MTg3M1MgkOGgkAAAsxMDczNzQxODcyT3QJDAoAAAAJMTA3Mzc0MTg3M1MgM1MgkGOgkAAAsxMDczNzQxODczNDc4NTk3MWS0NTAxMTA7MTA3Mzc0MTg3M2S0NEzAwNGS0NTAxMTA7bwDE4NTI5SXjEwNzM3NDE4NzAxAwAAAFAAAAAAAAAA9CQAAE1VuZGVyYc3RhbmRRpbmcR3JpZWYyY2FXxAKAQEAAAAAAAAAAAcgoBwfb//9j///
… 8AAAAABkAJAABCL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzLlNwaXJpdHVhbC1DYXJlLl1VuZGVyc3RhbmRpbmctZ3JpZWYyVcgKAAAFKBAAAACQAAAAkQAAAAAkQAAAAAkQAAAAAkXAAAABkMJAAAALMTA3Mzc0MTg7UKCgoAAAAAAAAAAkOBgAACQ8GAAAJRgkAAAABkcJAAAXMTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg1MzAGSAkAAAsxMDczNzQxODcyODQ3ODU5NzAxzXjEwNzM3NDE4NzAxIAAAAAAAAAZLCQAAEUhvdyBCaWxssaW5W5n1Fdvcmt2CRYGAAAKCgEBAAAAAAAAAAAoKAbP2///Y////
… AAAAAAAZOCQAAEy9Ib3ctQmlsbGluZy1Xb3Jrcy8AAUsEAAAASxMDczNDE4NzAxVUCQAAAAAkQAAAAVQkAAAAAGXwkAAAsxMDczNzQxODcyODQ3ODU5NzAxNwxxMDczNzQxODcyODQ3ODU5NzAxOAcyNWMWgkAAAKCEyy1NjReMTA3Mzc0MTg1MjM82MTA3Mzc0MTg1MzAGSAkAAAUYKAAEUhvdyBCaWxssaW5Wng1zjXVwYVgQmlsbGluZ1XWBgAAcgoBAQAAAAAAAAAAoKAbP2///Y////
… wAAAAAGXkkAAABIvSG9zcGl0YWwtQmlsbGluZy18KAAoAAUwEAAAAAAANC4QAAAADAAAAAGVQkAABCxMDczNzQyODcyODQ3ODU5NzAxyDGwNzM3NDE4NzAxYkAAsxMDczNzQyODcyODQ3ODU5NzAxzXjEwNzM3NDE4NzAxMzAGSAkAAAUYKAAUhvdyBCaWxsaW5Wng1zjXVwYVgQmlsbGluZ1XWBgAAcgoBAQAAAAAAAAoKPJBmcJAAAPT25saW51IEJpbGwgwUGF5Cg57E2FCRYGAAAKCgEBAAAAAAAAAoKAZf2///Y////
… AAAAAAZqCQAAES9PbmxpbmUtUmlsbC1UYXltZW50cy8AUsEAAAAFNBAAAACQAAAAAkQAAAAAkQAAAAAkOBgAACQ8GAAAJcAkAAAABnEJAAAXMTA3Mzc0MTg3M3jZ8wNzM3NDE4NzAxQ0MTg1MzAGMTA3Mzc0MTg3M2S0NTAxMTA7MTA3Mzc0MTg3NDc4NTk3MWxjE wNzM3NDE4NzIzAwAAAAFUAAAAAAAAAAz1CQAAANkZpbmFuY2lhbC1Bc3Npc3RhbmNlL0LCBDaGFyaXR5LWNhcmUUgJmFtcHtcDsgUGF5bWVudCBCQbGFucyCgRAYvUSZyLEmBhcm11Ug JmFtcDsgUGF5bWVudCBCQbGFuc2AAAAAKCgGJ9v///2P///
… wAAAAAGeAkAABAvRmluYW5jaWFsLUFzc2lzdGFuY2UtLQhhcml0eS1jYXJlLUJheW1lbnQtQmxhbnMvAUsEAAAAFPBAAAACQAAAAAkQAAAAAkQAAAAAAAAAAAAAAAAAAfcQAAG0Nvc3RZciBiBDb21tdW5pdHktTmVuZWZpdHM8CRYGAAAKCgEBAAAAAAAAAoKAZf9
… v//2P///
… wAAAAAGlAkAA0vRm9yLUgVLLNlbmlvcnMvCgAKAUwEAAAAAAAAAACQAAAAAkQAAAAAkQAAAAAAkXAAAABpcJAAALMTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg7UKCgoAAAAAAAAAAAfcQAAG0Nvc3RZciBiBDb21tdW5pdHktTmVuZWZpdHM8CRYGAAAKCgEBAAAAAAAAAAAoKAZf9v//2P///
… wAAAAAGogkAAD8vRm9yLVVLVGhlblZzLW9mLXRoZS1OaWdodC1EZWF0aC1Eb2N1bWVudHMvCgAKAUwEAAAAAAACQ4QAAAADwYYAAAmoCQAAAAGqQkAAAsxMDczNzQyN3jZ8MTA3Mzc0MTg7UKCgoAAAAAAAAAAAfcQAAG0Nvc3RZciBiBDb21tdW5pdHktTmVuZWZpdHM8CRYGAAAKCgEBAAAAAAAAAAoKAZf9v//2P///
… wAAAAAGvgkAAEgEgvRm9yLUNvbW11bml0eS1Xb3JrZXJzL0LCBDaGFyaXR5LWNhcmULCBDaGFyaXR5LWNhcmUUgJmFtcHtcDsgUGF5bWVudCBCbGGFuc2AAAAAKCgGJ9v///2P///
… 8AAAAABswAAAAQL091ci1Db2O1bXVuaXR5LUVudGVudHMvLV1vW01wbGF5ZWVzCgAKAUsEAAAAASxMDczNDE4NzAxYUCQAAAAAAkOBgAACQ8GAAAJDgQAAAAAJDgYAAAAIJDgYAAAABTQDAAFzEwNzM3NDE4NzIyNjcfDEwNzM3NDE4NzI  2NjdFzAwNDAxMTA7MTA3Mzc0MTg7  NDIzMTA3Mzc0MTg7NDc4NTk3MWxyzXMTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg3MjYznXjE wNzM3NDE4NzIyNjdFAAAAAKKAS f2///Y////
… AAAAAAbaCQAAEi9Ib3NwaXRhbC1SYXRpbmdzLwoACgABVQQAAAAkQAAAAVQkAAAAJEAAAAAJEAAAAYAAAAJFwAAAAbdCQAACzEwNzM3NDE4NzI3NjMwNDQKCgoAAAAAbhCQAAFzEwNzM3NDE4NzI2NjdfDEwNzM3NDE4NzIyNjdFzAwNDAxMTA7MTA3Mzc0MTg7NDIzMTA3Mzc0MTg7NDc4NTk3MWxyzXMTA3Mzc0MTg3M3jZ8MTA3Mzc0MTg3MjYznXjEwNzM3NDE4NzIyNjdFAAAAAKKAS f2///Y////
… wAAAAAG6AkAABMvSG9tZS1DYXJlL0LCBDaGFyaXR5LWNhcmUUgJmFtcHtcDsgUGF5bWVudCBCbGFuc2AAAAAABPQAAAAHAAAACRcAAAAG7AAAAAAKCgntCQAAG7gkAAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAKGntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQKCgoAAAAAAAAAAAAKCgntCQAAG7gkAAsxMDczNzQxODcyNjcwNDQK  CgEg9v///2P///
… wAAAAAG6AkAABMvSG9tZS1DYXJlL0LCBDaGFyaXR5LWNhcmUUgJmFtcHtcDsgUGF5bWVudCBCbGFuc2AAAAAAoKAE2///Y////

... yMzM3Mmh_rCQAACzEwNzM3NDIzMzzcCSQAAAAzRQkzaACcyJyReMTA3Mzc0OMTg3MjjhEMTA3MZc0UMjMzNzNeMTA3
Mzc0MjY4NjcDAAAAYAAAAAAAAAABvIJAAAORG9jdG9yyIFJhdGluZ3M4J4AEAAAoKAQEAAAAAAAAACgoBDPb//
9j///
8AAAAABvUJAAApL0NvbXBvbmVuddHMvVGVtcGxhdGVzGxhdGGVzL1Byb3ZpZGVyU2VVyUVhcmNoLmFzcHgKAAoAAVcEAAAJAAA
ACRAAAAAAACRAAAAABAAAACRcAAAAG+
AkAAAsxMDczNzQxODU1NzNQxODczMHwxMDczNzQxODUzMgb9CQAACzEwNzM3NDE4NTMyCSQAAAAG/
AkAABcxMDczNzQxODczMHwxMDczNzQxODUzMgb9CQAACzEwNzM3NDE4NTMyCSQAAAAG/
wkAACcyNjReMTA3Mzc0OMTg1MjheMTA3Mzc0OMTg1MzJeMTA3Mzc0OMTg3MzADAAAAYgAAAAAAAAABgAKAAATSW
1wb3J0Y0IWFFFSFFIZXN0aW9ucwkWBgAAAACgoBAQAAAAAAAAACKgH+9f//2P///
wAAAAAGAwoAABUvSW1wb3J0Y0IWFFFFSFFIZXN0aW9ncyGuy8KAAoAAVgEAAAAJAAAACRAAAAAACRAAAAABAAAACRcAAA
AGBgoAAAsxMDczNzQxODU1NwoKCgAAAAAAAAAACQ4GAAAJDwYAAAAkJCgAAAAAGCgoAABcxMDczNzQxODczMXw
xMDczNzQxODUzMwYLCgAACzEwNzM3NDE4NTMzCSQAAAAGDQoAACcyNjReMTA3Mzc0OMTg1MjheMTA3Mzc0OMTg1
MzNeMTA3Mzc0OMTg3MzMzEDAAAAZAAAAAAAAAABg4KAAAZQmVuZWZpdDHMgY2hlY2t1cCBDb2xvdmcFkbwk kWBgAAC
goBAQAAAAAAAAACKgHw9f//2P///
wAAAAAGEQoAACsvQ2VudHVyY0S1IZWFsdGgtQmVuZWZpdHMtQ2hlY2t1c1Db2xvcmFkby0vCgAKAAFZBAAACQ
AAAAkQkAAAAAAAkkAAAAAkXAAAAbBXAAABhAAAATA3NDE4NTNQ1wLDcZkQ5XMDcZNDE4NDE4NTMzMWxAAAABhsKAAAnMjY0
XjEwNzM3NDE4NTI4XjEwNzM3NDE4NTMzXjEwNzM3NDE4NzMzMyAxAAAGUAAAAAAAAAAAYcCgAAGk1lZGljYXJlI
FBhcnQgRCB8By21UybmRymbmNlRYGAAAKCgCBEAAAAAAAAAAoKAcb1///Y////
AAAAAYfCgAAKy9DZW50dXJ5LUhlbHRoYWe0aC1NZWRpY2FyZS1BYXJ0LUQtUGxhbXXQYXNXN0YW5jZS8KAAoAAVoEAAAJA
AACRAAAAAACRAAAAABAAAACRcAAAYGIgoAAAsxMDczNzQxODUzNwxMDczNzQxODUzMwYLCgAACzEwNzM3NDE4NTNTMXCg
AAAAAGIgoAABcxMDczNzQxODczMwxMDczNzQxODUzMwYLCgAACzEwNzM3NDE4NzMzMxANAAAAZgAAAAAAAAABioKAAAJUlggQXNzaXN0
CRYGAAAKCgEBAAAAAAAAAoKAdT1///Y////
AAAAAYtCgAAHy9DZW50dXJ5LUhlbHRoYWx0aC1SWC1BC3Npc3RhbmNlLS8KAAoAAVsEAAAJAAAACRAAAAAACRAAAAACRAAAAAAAA
AAEAAnAACRcAAAYGIgoAAAsxMDczNzQxODUzNwxMDczNzQxODUzMwYLCgAACzEwNzM3NDE4NTNTMXCgAAAAAGIgo
czNzQxODczNHwxMDczNzQxODUzMwYLCgAACzEwNzM3NDE4NTNTMXCgAAAACcyNjReMTA3Mzc0OMTg1Mjh
eMTA3Mzc0OMTg1MzNeMTA3Mzc0OMTg3MzMzADAAAAZwAAAAAAAAABjgKAAAbU3RhbUGSGVhbHRoIEluc3VyYW5j
ZSBQbGFuCRYGAAAKCgEBAAAAAAAAAoKAcb1///Y////
AAAAAAY7CgAAANC9DZW50dXJ5LUhlbHRoYWx0aC1TSElQLLVN0YXR1LUhlYWx0aC1JbnN1cmFuY2UtUtUHJvdjJhbHMtU8KA
AoAAVwEAAAJAAAACRAAAAAACRAAAAABAAAAACRcAAAYGIgoAAAsxMDczNzQxODczNzExBkMMWAAAAAxMTAzNzQxODczNTMyMzmMj
ZNF4xMDczNzQxODUyOF4xMDczNzQxODUzNV4xMDczNzQxODUzNV4xMDczNzQNQMAAABgAAAAAAAAAAGRgoAABlQYXRRZW50
IEdyaWWV2Y5YW5jZSBQcm9jZXNzCR4GAAAKCgEBAAAAAAoKAKabj1///Y////
AAAAAZCJCgAAOS9BVkgvRm9yyLVBhdGllbnRzLWFFuFuZC1GYW1pbGll6cy9QYXRYpW50LUdyaWV2YW5jZS1Qcm9jZ
XNzLwoAClAACQAAACRAAAAAAACQJEAAAAAAAAAAEAADAAAAAAAAAAZCgAAAAGCCgAAAAAJwwFAAADlQUJBUUUUUUUUUUUUUUUGYGAAAAAUG
8GAAAJTwoAAACRpeClAbAKAAAAAAAAXMTAzNzQxODUzNwxMDczNzQxODcMMTxSWAZXB0MMZAABBAAAAAAAUBm
KAAAnMjY0OXjEwNzM3NDE4NTI4XjEwNzM3NDE4NTM1XjEwNzM3NDE4NzMxAwAAAAZAAAAAAAAAAZUCgAAF1Bh
dGllbnQgUmVwcmVzZW50YXRpb24JWgAAAAAAAAAEEAAoKApdXCGBAAAAAAAAXMTAzNzQxODUzNnwxMDczNzQxODcxNF1
y8KAoAAVIJAAADJwIAAAlAAIAAAlAfDEwNzM3NDE4NTM2fDEwNzM3NDE4NzE0UtUbwK6KAAAAAAAAXMTAzNzQxODcxNF1
y8KAoAAVIJAAADJwIAAAlAfDEwNzM3NDE4NTM2fDEwNzM3NDE4NzE0UtUbwK6KAAAAAAAAXMTAzNzQxODcxNF1
4GAAAOSGVhbHRoIEBbuZm9ybWF0aW9uJ140jbEwNzM3NDE4NTM2XjEwNzM3NDE4NzE0CSQAAAAG/9j///
wAAAAAZQoAACkvQVZHL0Zvcil3V0LVZhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LVJpZ2h0cyPgcm92aXNpb24vCgAKAAF
AJEAAAAAAAAAJFwAAAAUUZQoAAAAGQkQAAAA0cyCgAAFvBXhwbGFuYXRpb24JWgAAAAAAAAAEEAAoKApdHJUUtb3ZpZGVycwkYAAAzZ
AAZ2CgAAFHQVJBUBNUUUUyCgAAHEEyY0dZMDUNjUDAAAAAcyAQAAD0lvZyCgAACRpeClAbAKAAAAAACg4GAAAJTwoAA
wAAAAGAwoAABUvSW1wb3J0Y0IWBgABAAACgoBAQAAAAAAAACKgH+9f//2P///
8AAAAABnMKAAAoL0FWSC9BeW1dCl1Vcy9Gb3VzR0F0aW9uL0hlbHR0YWx0aC1BC3Npc3RhbmN1CR4GAAAKCgEBAAAAAAoKAKabj1///Y
JEAAAAAAAAJFwAAAAUUZQoAAAAGQkQAAAA0cyCgAAFvBAeyzR1dHLVLURvbmm0aW9ucrUt92KWWL1By9AAXwOQAAKkAAA
AAZzCgAACkvQVZHL0Zvcil3V0LVZhdGlllbnRzLWFuZC1GYWluZX0zLwr
NjVeMTA3Mzc0OMjMxNTNeMTA3Mzc0OMjc2MDIDAAAAcAAAAAAAAAAAbnKAAAOSGVhbGUhGluZBYBbmdlbG1lbHJHgYAA
AoKAQEAAAAAAAAAACgoBjvX//9j///
8AAAAABnMKAAAoL0FWSC9BeW1dCl1Vcy9Gb3VzR0F0aW9uL0hlbHRoZGVuLch3xVYXxpbmctQW5nZWxzzLwoAZGBYAQAAkAAAA
JEAAAAAAAAJFwAAAAUUZQoAAAAGQkQAAAA0c8cCgAAFBZbGVhc2UzCgAAFvBXhwbGFuYXRpb24JWgAAAAAAAAAAAAEEAAoKApdHJ
AAZ6CgAAF10VJBUBNUUUyCgAAHEEyY0dZMDU5jDAAAAAcyAQAAD0lvZyCgAACRpeClAbAKAAAAAACgnGAAAAJUHJvdmlkZ
kWBgAAACgoBAQAAAAAAAKcgAQ9f//2P///
wAAAAGZwoAAC0vQVZHL0Zvcil3V0LVZVdHjYXQpb24vRVhjZXB0aW9ucy9QYXRpZW50LVJpZ2h0cy1UtU3tUyCSQAAAAG
kWBgAAACgnGAAAACgnGAAAAGCgoBAQEf9f//2P///
wAAAAAZ1woAACgvQVZHL0Zvcil3V0LVZVdUUABUYXRpb24UERhbWdVUAUWxhaSLUNby91Bd9WdU1VwoAACgABgYQAA
kAAAAGZWCgAAAAAUAJFwAAAAUUBpkKAAAAHH4ABaWWduAChFAAAAAAYFwQEyY0dZMDU5jQDAAAAcwAAAAAAAAAAAbpoKAAAnU
NF4yNjVeMTA3Mzc0OMjMxNTNeMTA3Mzc0OMjU5NjQDAAAAcwAAAAAAAAAABpoKAAAnRm91bmRhdGlvbiBFdmdVud
HMJFgYAAAAoKAQEAAAAAAAAACBZPX//9j///
8AAAAABm0KAAArL0FWSC9BeW1kQ1Vcy9Gb3VuZGF0aW9uL0F2ZGW5kYXRpb24udRXRlbnRzLWFuZC1GZBgYWQAAAAk
AAAAGZWCgAAAAAUAJFwAAAAUUBpkKAAAAHH4ABaWWduAChFAAAAAAYFwQEyY0dZMDU5jQDAAAAcwAAAAAAAAAABpoK
F4yNjVeMTA3Mzc0OMjMxNTNeMTA3Mzc0OMjU5NUDAAAAcwAAAAAAAAAABggKAAAQRm91bmRhdGlvbiBTJd9mdGm

```
kWBgAAgQBAQAAgAAAAAAAAACgrNwf/2P//
wAAAAAGqwoAACovQVZIL0Fib3V0LVVzL0ZvdW5kYXRpb24vRm1bmRhdGlvbi1TdGFFmZi8KAAoAAWQEAAAJAA
AACRAAAAAACRAAAAAHAAAACRcAAAAGrgoAAAsxMDczNzQ0MDYyNQoKCgAAAAAAAAAAACQ4GAAAJDwYAAAmxCgA
AAAAGsgoAABcxMDczQyNTk2M3wxMDczNzQyNzQyMzE1MwazCgAACzEwNzM3NDItMTUzCSQAAAAGtQoAAB8yNjRe
MjY1XjEwNzM3NDItMTUzQ2J5EwNzM3NDI1OTYzAwAAAHUAAAAAAAAAAa2CgAAEEZvdW5kYXRpb24vRm1bmQJF
gYAAAoKAQAEAAAAAACgoBSPX//9j///
8AAAAABrkKAAAqL0FWSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0ZvdW5kYXRpb24tQm9hcmQvQvCgAKAAFlBAAACQA
AAAkQAAAAAkQAAAACAAAAAkXAAAABrwKAAAALMTA3Mzc0NDA2MjYKCgoAAAAAAAAAAAkOBgAAACQ8GAAAJvwoA
AAAABsAKAAAXMTA3Mzc2M2U1Nj8M8Tmzc0MjMxMTMGwQoAAAsxMDczNzQyLTE1MwkkAAAABsMKAAAfMjY0XjIY
0X
jI2NV4xMDczNzQyMzE1Ml4xMDczNzQyNTk2MgMAAAB2AAAAAAAAAAAAGxAoAAApDb250YWN0L1VzIFWfW//Y////
EBAAAAAAAAAAAoKATr1///Y////
AAAAAbHCgAALC9BVkgvQVJvdXQtVXMvRm1bmRhdGlvbi9Db250YWN0L1Uzd3W5kYXJpb24vCgAKAAFmBAAAC
QAAAAkQAAAAAkQAAAAAkQAAAAAkXAAAABsoKAAAAENTY5MAoKCgAAAAAAAAACQ4GAAAJDwYAAAnNCgAAAAAGzg
oAABcxMDczNzQxODY5M3wxMDczNzQyNDQ5MQoKCgAAAAAQ0QoAAB88yNjReMjY1XjJE
wNzM3NDE4NTI3XjEwNzM3NDE4Njk2Mg0OTczNDE4NjQ3AwAAAAdAAAAAAAAAAbSCgAAEEZvciBHcmVlbV1biBTd
CgoBAQAAAAAAAAAACgES9f//2P///
wAAAAG1QoAACEvQVZIL0Fib3V0LVVzL091ci1HcmVlbi1Ib3NwaXRhbC1C8KAAoAAWQEAAAJAAAAABuMKAAAiL0FWSC9BYm91dC1Vcy9NaXNzaW9uL091ci1TcG9uc29yZy1LwoACgABaAQAAAkAAAAAA
JEAAAAAIAAAAJFwAAAAbmCgAAABcgBAABDU5MzczCgoAAAAAAAAAAkOBgAACQ8GAAAJ6QoAAAABuoKAAAAPMTA3Mzc0
MTg2OTF8MjY5BusKAAAD1jY5CQAAAAG7YoAACnlNjRemjY1XjEyMjQ2MDc5MQ0AAAAAAAAAAAAG7goAAATaAAAD2b3V0
AAG7goAAdIaXN0b3J5CgoBAQAAAAAAAAAaAIbwLAAAAaKAR1D1///Y////
AAAAAbxCgAAHi9BVkgvQVJvdXQtVXMvTW1zc2lvbi9IaXN0b3J5L3LwoACgABaAQAAAkAAAAAAIEAAAJEAAAAJ
AMAAAJFwAAAAbwAAAb0CgAAG0b3V0AaAAbCgAAW0b3V0T8KAAoAAAFmBAAAkAAAAABuoKAAAATaAAAJ9wYAAA
B8MjY5BvkKAAADajY1CgoAAbCgAAW0woAABcxMD73NDE4NjkxfDI2OQkkAAAABuMKACnlNjReMjY1XjEyMjQ2MDc5MG5AAAAAAAAAAAG/
AoAABVXaGF0J0Y1MzOTt0Glu1GEgTmFtZT8JFgYAAAoKAQAEAAAAAAAAACgoBAvX//9j///
8AAAAABv8KAAAyL0FWSC9BYm91dC1Vcy9NaXNzaW9uL0FkdW9uYXJ5L1XaGF0LXY1YzM3OTYKAAoAAWQEAAAJAA
AAWoEAAAJAAAAAAIEAAAJEAAAAJAAAAAAkXAAAAGsAAAAAAAAAAAAAAAAAJDgYAAAkPBgAAACQYAAA1Wb2x1bnRlZX
AAAAAAAAAGyYAAAB6AAAAAoKAQAEAAAAAACgoB9PT//9j///
8AAAAABg0LAAAyL0FWSC9BYm91dC1Vcy9NaXNzaW9uL1doYXVt5sdW0L2doTg8QWR50yQR2TDtdQWR50cy1iZWxvd50yQR50coGpZXd1GAoKCgAAAAGEsAAAQ1OTY1CgAAAAAJAAAAGwYAAAkPBgAAACQYAAAMQsAAAAAAAAAAAAAAAAJDgYAAAkPBgAAACRML
AAAAAAYUCwAAEzEwNzM0ODY0OEgeFDEwNzM3NDE4NjkxCSQAAAAG3AsAAAB8MjY1XjEwNzM0ODY0NjRd
F4xMDczNzQzOUF4MDc5NDM2NTlDZYFAAATaAAAAAAAAAAAGgoLAAAleFib3V0
IJFgYAAAoKAQAEAAAAAAAACgoB5vT//9j///
8AAAAABhsLAAAZL0FWSC9BYm91dC1VcyWdsLUZ1bWRVm9sdW25sdWdWUmVhkWdsWdsoKAAoAA
JFwAAAAYcCwAAESwxMDczNTJDIyNDYwNzUJFgYAAAoKAQAEAAAAAAoCgkiCwAAAAAKgki
NzQyMjY1YTNgYTCwAACowZVzEwNzM3NDE4NjkxCSQAAAAG3AsAAAB8MjY1XjEwNzM3NDE4NjkxXjEwNzM3NDE4Njk1XIE
jY2AwAAAIxAAAAkAAAAAAAAGpYOncAAFIVib3V0L1/9j///
f0///Y////
AAAAAYqCwAADS9FYm9zYS1XaXJ1cy8BGAoKCgAAAAAAAAW0EAAAW0EAAAGLQsAABcxMDczNzQy
DczNzQx0DY5MXNQyNLQ4OGBGAYGAAoKAQAEAAAAAAAACgQ4GAAAAJDwYAAAkwkQOYYTYxNLQ4NjQ4
YwQyCwAACwMDczNLQ4NjQ4OGJNjQyCSQAAAAG8gsAAB8yNjReMjY1XjEwNzM3NDE4NjkxXjEwNzM3NDQ4ODE1XJEwNzM3
NDE0ODU2CwAAAAY4AAAIAAAAaoKAcn0///Y////
AAAAAY4CwAACy9FYm9zYS1XaXJ1cyBBYm91dC1VcyBCQVZIL0Fib3V0LVVzL0ZvdW5kYXRpb24tQm9hcmQvCgoBAQA
AAAAAAAAAAAAAJDgYAAAkPBgAAACQYAAAMQwAACQ4YAAAMQwAAAAAGsAwAAEzEwNzM4NjQ4EzEwNzM3NDE4NjkxCSQAA
AAAY4CwAAB8yNjReMjY1XjEwNzM4NjQ4SDeFDEwNzM3NDE4NjkxCSQAAAAG4AsAABxHa2iCwAAAAIwsAAAxsxMDcz
NzQyMjY1YjNgYTCwAAxQsAAAAAAJDgYAAAkPBgAAACQYAAAMQwAACRMLAAAAAAYUCwAAEzEwNzM4NjQ4
f0///Y////
AAAAAYqCwAADS9Ym9zYS1XaXJ1cy8BGAoKCgAAAAAAAAAW0EAAAW0EAAAGLQsAABcxMDczNzQy
DczNLdxODY5MXwyNLdQ4OGBGAYGAAoKAQAEAAAAAAACgQ4GAAAAJDwYAAAkwkQOYYTYxNLQ4NjQ4
YwQyCwAACwMDczNLQ4NjQ4OGJNjQyCSQAAAAG8gsAAB8yNjReMjY1XjEwNzM3NDE4NjkxXjEwNzM3NDQ4ODE1XJEwNzM3
```

11521...  AAAAAFRSgAEARWAHAJAAAAnAAnJAAnATRRAAAAAABMgYAARQAAAAiiQAAATARAAARAWYRGAATFRWAAAACYkAAAAAAA
...  AAAAAAAAGOBgAABAAAAAmJAAAAAAAAAAAAAABmgYAAAQAAAAJiQAAAAAAAAAAAAAagGAAAEAAAACYkAAAA
...  AAAAAAAAAAAG2BgAABAAAAAmJAAAAAAAAAAAAAABxAYAAAQAAAAJiQAAAAAAAAAAAAAAdIGAAAEAAAACYkA
...  AAAAAAAAAAAAAAHgBgAABAAAAAmJAAAAAAAAAAAAAAB7gYAAAQAAAAJiQAAAAAAAAAAAAAAfwGAAAEAAAAC
...  YkAAAAAAAAAAAAAAEKBwAABAAAAAmJAAAAAAAAAAAAAABgcAAAQAAAAJiQAAAAAAAAAAAAAASYHAAAEAAA
...  AACYkAAAAAAAAAAAAAAAAE0BwAABAAAAAmJAAAAAAAAAAAAAABQgcAAAQAAAAJiQAAAAAAAAAAAAAAVAHAAA
...  EAAAACYkAAAAAAAAAAAAAAFeBwAABAAAAAmJAAAAAAAAAAAAAABbAcAAAQAAAAJiQAAAAAAAAAAAAAAXoH
...  AAAEAAAACYkAAAAAAAAAAAAAAGIBwAABAAAAAmJAAAAAAAAAAAAAABlgcAAAQAAAAJiQAAAAAAAAAAAAAA
...  aQHAAAEAAAACYkAAAAAAAAAAAAAAGyBwAABAAAAAmJAAAAAAAAAAAAAABwAcAAAQAAAAJiQAAAAAAAAAAA
...  AAAc4HAAAEAAAACYkAAAAAAAAAAAAAAHcBwAABAAAAAmJAAAAAAAAAAAAAAB6gcAAAQAAAAJiQAAAAAAAAA
...  AAAAAAfgHAAAEAAAACYkAAAAAAAAAAAAAAEGCAAABAAAAAmJAAAAAAAAAAAAAAABFAgAAAQAAAAJiQAAAAAA
...  AAAAAAAAASIIAAAEAAAACYkAAAAAAAAAAAAAAEwCAAABAAAAAmJAAAAAAAAAAAAAAABPggAAAQAAAAJiQAAA
...  AAAAAAAAAAAAUwIAAAEAAAACYkAAAAAAAAAAAAAAFYCAAABAAAAAmJAAAAAAAAAAAAAAABZggAAAQAAAAJiQ
...  AAAAAAAAAAAAAAXQIAAAEAAAACYkAAAAAAAAAAAAAAGCCAAABAAAAAmJAAAAAAAAAAAAAAABkAgAAAQAAAA
...  JiQAAAAAAAAAAAAAAAZ4IAAAEAAAACYkAAAAAAAAAAAAAAGsCAAABAAAAAmJAAAAAAAAAAAAAAABuggAAAQA
...  AAAJiQAAAAAAAAAAAAAAAcgIAAAEAAAACYkAAAAAAAAAAAAAAHWCAAABAAAAAmJAAAAAAAAAAAAAAAB5AgAA
...  AQAAAAJiQAAAAAAAAAAAAAAAfIIAAAEAAAACYkAAAAAAAAAAAAAAEACAAABAAAAAmJAAAAAAAAAAAAAAAABDg
...  kAAAAQAAAAJiQAAAAAAAAAAAAAUYJAAAEAAAACYkAAAAAAAAAAAAAUYJAAAEAAAACYkAAAAAAAAAAAAAAF+
...  CQAABAAAAAmJAAAAAAAAAAAAAABjAkAAAQAAAAJiQAAAAAAAAAAAAAAZoJAAAEAAAACYkAAAAAAAAAAAAAA
...  AGoCQAABAAAAAmJAAAAAAAAAAAAAABtgkAAAQAAAAJiQAAAAAAAAAAAAAAcQJAAAEAAAACYkAAAAAAAAAAAA
...  AAAAHSCQAABAAAAAmJAAAAAAAAAAAAAAB4Ak AAAQAAAAJiQAAAAAAAAAAAAAAAe0JAAAEAAAACYkAAAAAAAA
...  AAAAAAAH7CQAABAAAAAmJAAAAAAAAAAAAAABCQoAAAQAAAAJiQAAAAAAAAAAAAAAARcKAAAEAAAACYkAAAAA
...  AAAAAAAAAE1CgAABAAAAAmJAAAAAAAAAAAAAABMwoAAAQAAAAJiQAAAAAAAAAAAAAAAUEKAAAEAAAACYkAA
...  AAAAAAAAAAAAFPCgAABAAAAAmJAAAAAAAAAAAAAABXQoAAAQAAAAJiQAAAAAAAAAAAAAAWsKAAAEAAAACY
...  kAAAAAAAAAAAAAAF5CgAABAAAAAmJAAAAAAAAAAAAAABhwoAAAQAAAAJiQAAAAAAAAAAAAAAAZUKAAAEAAAA
...  ACYkAAAAAAAAAAAAAAAGjCgAABAAAAAmJAAAAAAAAAAAAAABsQoAAAQAAAAJiQAAAAAAAAAAAAAAAb8KAAAE
...  AAAACYkAAAAAAAAAAAAAAAHNCgAABAAAAAmJAAAAAAAAAAAAAABB2oAAAQAAAAJiQAAAAAAAAAAAAAAeKKA
...  AAEAAAACYkAAAAAAAAAAAAAAH3CgAABAAAAAmJAAAAAAAAAAAAAAABBQsAAAQAAAAJiQAAAAAAAAAAAAAAAA
...  MLAAAEAAAACYkAAAAAAAAAAAAAAEgCwAAEQAAAAl1AAAAAAAAAAAAAAABIQsABIAAAJdgAAAAAAAAAAAAAA
...  AASILAAAEAAAACYkAAAAAAAAAAAAAAEwCwAABAAAAAmJAAAAAAAAAAAAAABPgsAAAQAAAAJiQAAAAAAAAAA
...  AAAAB0cLAAAAAQAAABAAAAAEJUVrdHJvbi5DbXXuT3JnYW5pemF0aW9uLklsblZJdGGVtRGF0YQUAAAC4LA
...  AAJbwsAAAlwCwAACXELAAAAJcgsAAAl1JgeAAAlZQfuAAAl0ElrVHJvbi5DbXXuT3JnYW5pemF0aW9uLlVsbkZ
...  gAAAAEJUVrdHJvbi5DbXXuT3JnYW5pemF0aW9uLlVsblZJtRGF0YQUEFAAAAAAAXkLAAAJegsAAAl7CwAACXw
...  LAAAJfQsAAAl+
...  CwAADQIHSgsAAAABAAAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGGVtRGF0YQUAAAAJf
...  wsAAAmACwAACYELAAAKB0sLAAAAAQAAAABAAAAAEJUVrdHJvbi5DbXXuT3JnYW5pemF0aW9uLlVsblZJtRGF0YQU
...  RhdGEFAAAACYILAAAJgwsAAAmECwAACYlgAAAAJYglGAAAm9wsAAAmMCwAAl0wsAAAmPCwAAAQlRWt0cm9uLk
...  ABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGGVtRGF0YQUAAAAJiwsAAAmCwAADQIHTgsA
...  AAABAAAAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGGVtRGF0YQUAAAAJjQsAAAmOCwAAC
...  Y8LAAAJkAsAAAmRCwAACYILAAAJkwsAAAJ1AsAAAmVCwAACYZYAAAAJYwvAAAZkAAAAAEAAAMlRWt0cm9uLk5
...  ABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXRBQAAAAAACwAACZ1LAAAJnQsAAAeOHVAsA
...  AAABAAAACAAAAJlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGVtRGF0YQUAAAAJnQsAAAmeCwAAmVZ
...  Z8LAAAJoAsAAAmhCwAACZwAAB18bAAAmsAAmcwAACYcwAAI1AUAAAABQGYBEJUVrdHJvbi5DbXXuT3JnYW5pemF0
...  F0aW9uLklNZW51SXRlbURhdGEFAAAAJpgsAAAmnCwAACagLAAAJqQsAAAmqCwAACasLAAAJqAsAAAmvCwAACo
...  uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGVtRGF0YQUAAAAJqQsAAAmqCwAACasLAAAJrAsAAAmtCwAACa4L
...  AAANgdXCwAAAAEAAAAAEAAAAEJUVrdHJvbi5DbXXuT3JnYW5pemF0aW9uLklNZW51SXRlbURhdGEFAAAAAmVwAAAm
...  wAACbALAAAJsQsAAAoHWAsAAAABAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGVmRGF0YQU
...  FOYQUAAAAJsgsAAAmzCwAACbQLAAAJtQsAAAdCwAAAAAAAAAACBCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5
...  vbi5JTWVudUl0ZW1EYXRBQUAAAAAACwAACbYLAAAJtwsAAAm4CwAACbkLAAAJugsAAAoHWAsAAAABAAAAAAAQlRWt0
...  b24uS1lbnVJdGVtRGF0YQUAAAAJtwsAAAm4CwAACbkLAAAJugsAAAdcwAAAAAAAAAEAAAAEAAAAEJUVrdHJvbi5DbXXuT3Jn
...  21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXRBQUAAAAAACwAACbYLAAAJtwsAAAm4CwAACbkLAAAJugsAAAoHWA
...  JwgsAAAmDCwAACQLAAAnHYAsAAAABAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGVtRGF0YQ
...  RGF0YQUAAAACYLAAAAJxwsAAAnICwAACckLAAAZASAAA0DB2ILAAAAAQAAAAAQAAAAEJUVrdHJvbi5DbXXuT3JnYW5p
...  UlbURGF0YQUAAAACYLAAAAJxws AAAn ICwAACckLAAAZAAAAA00B2YLAAAAAQAAAAAQAAAAEJUVrdHJvbi5DbXXuT3JnYW5p
...  Rpb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXRRBQAAANn9CwAACb2LAAAJvwsAAACCELAAA
...  JwgsAAAnDCwAACQLAAAnHYAsAAAABAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVWlsbnVJdGVtRGF0Y
...  0aW9uLklNZW51SXRlbURhdGEFAAAACxLAAAwAdoCwAAAAEAAAAAEAAAAEJUVrdHJvbi5DbXXuT3JnYW5pemF0aW9
...  dGlvbi5JTWVudUl0ZW1EYXRhBQAAAANm0CwAAJxUAAAnVCXN1RGF0YYSs8VHlwZT5rX19CYWNraW5nRmllbGQ+
...  a19fQmFja2luZ0ZpZWxkX18lbbnVJdGVtRGF0YSs8XRlbUlkPmtfX0JhY2tpbmdGaWVsZCZCZWNZW51SXRlbURhd
...  GErPFBhcmVudElkPmtfX0JhY2tpbmdGaWVsZCZCZWNZW51QmFzZURhdGGErPFRlbEHQ+
...  a19fQmFja2luZ0ZpZWxkX18lbbnVJdGVtRGF0YSs8VHlwZT5rX19CYWNraW5nRmllbGQ+RGF5RhR
...  zxIcmVmPmtfX0JhY2tpbmdGaWVsZCZCRNZW51QmFzZURhdGGErPFRlbWVsZCZCcmVhdGlkPj5rX19CYWNraW5nRm
...  Jhc2VYRXhRhKzxBbmNlbHc3RvbGtlbmtfX0JhY2tpbmdGaWVsZC1CbXMLZWVsZWNZW51QmFzZURhdGGErPEVlc2NyaXB0aW9uPmtfX0JhY2tpbm

```
11521...  fX0JhYZcpbmdcaWv5zCvN2v51QmFzzUkHdEEPe9y2GIuWw+
...  a19fQmFja2luZ0ZpZWxkI01lbnVCYXNlRGF0YSs8SXRlbXM+
...  a19fQmFja2luZ0ZpZWxkI01lbnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZENTNZW51QmFzZ
...  URhdGErPEltYWdlIT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkHUNtc0RhdGFgMSs8SWQ+
...  a19fQmFja2luZ0ZpZWxkBAAAAAEEAQEAAQADAQAAMEVrdHJjbi55DbXMuQ29tbW9uLkVrRW51bWVyYXRpb24+rT
...  WVudUl0ZW1lMaW5rVHlwZQ8AAAAICQksRWt0cm9uLkNtc5Dbb2ltb24uRWVtbFVtcm9tUkVtZVMtE9lZH1lbV
...  R5cGUPAAAACQilAVN5c3RlbS5Db2ZcxsZWN0aW9uLmdlbmVyaWMuTGlzdGA1bGNmljLkxpc3RgRMVtbRWt0cm9uLkNtcy5Pcmddhbml
...  6YXRpb24uSU1lbnVJdGVmVtRGF0YSwgRWt0cm9uLkNtcy5Dbb250cmFjdHMuIFZlcnNpb24pbMj249OS4wLjJuMjQ5LLCBD
...  dWx0dXJlIPW5ldtdXRyYWwsIFB1YWxpcY0t1eVRva2VuPTIxMThZTIxZTYzYMVdXQEJBQAAAAUy9P//
...  MEVrdHJvbi5DbXMuQ29tbW9uLkVrRW51bWVyYXRpb24U0ZW1lMaW5rHlwZQEAAAAHdmFsdWVfXwAID
...  wAAAAAAAABAAAAiRoAgAIAAAARAQAAAAAAAkVBgAAATD0///r////
...  AQAAAAkYBgAACRcAAAAqAAAAAAAAAkQAAAAAQAAAAnUCwAACRAAAAAA8gEAgAIAAAABbwsAAG4LAAABKvT//
...  zL0//8AAAAAAAQAAAHUXAAAAAAAEQEAAAAAAAAJIwYAAAEo9P//6////
...  wEAAAAAJJgYAAAkaBgAAAkqAAAAAAAaIEAAAAIAAAAJ3AsAAAAAAAGsjAAAAAAAAAXALAAABuCwAAASL0//
...  8y9P//AAAAAAEAAADbGgAAAAAAAABEBAAAAAAAAACTEGAAAABIPT//+v////
...  8BAAAACTQGAAAJFwAAAACoAAAAAAAAAACRAAAAADAAAACeQLAAAADzAQCAAgAAAAAFxCwAAbgsAAAEa9P//
...  /MvT//wAAAAAAAAAaToAgAIAAAARAQAAAAAAAk/BgAAATj0///r////
...  AQAAAAlCBgAACRcAAAAqAAAAAAAAAAkQAAAABAAAAAnsCwAACRAAAAAA6xkAgAIAAAABcgsAAG4LAAABEvT//
...  zL0//8AAAAAAAAAHsXAAAAAAAAEQEAAAAAAAAJTQYAAAEo9P///r////
...  wEAAAAJUAYAAAlEBgAAAKaAAAAAAAAUAAAAAJ9AsAAAAAAAGwjAAAAAAAAAXMLAAABuCwAAAQr0//
...  8y9P//AAAAAAEAAACDFwAAAAAAAABEBAAAAAAAAACVsGAAABCPT//+v////
...  8BAAAAACV4GAAAJUgYAAAACoAAAAAAAAACRAAAAADAAAAACfQLAAAAAAAAFwjAAAAAAAAAXwLAAABuCwAAAF0/
...  /MvT//wAAAAAABAAArBcAAAAAAAAAARAQAAAAAAAlpBgAAQD0///r////
...  AQAAAAlsBgAACWAAAAAqAAAAAAAAAAkQAAAABwAAAAbyMAAAAAAAGBgQsAAG4LAAAB+vP//
...  zL0//8AAAAAAAAK8XAAAAAAAAAEQEAAAAAAAAJdwYAAAEH48///6////
...  wEAAAAJegYAAAluBgAAAAkaAAAAAAAJDAwAAAAkQAAAAHAjAAAAAAAAAXYLAAAAAfLz//
...  8y9P//AAAAAAAAAAAB9FwAAAAAAAABEBAAAAAAAAACYUGAAAB8PT//+v////
...  8BAAAAAYgGAAAJfAYAAAAACoAAAAAAAAACRQAAAAJAAAAACRQMAAAAAAABtIwAAAAAAAAAF3CwAAAAAHq8/
...  /MvT//wAAAAAABAAAAshcAAAAAAAAARAQAAAAAAAmBTgAAAArrTTy9//
...  AQAAAAmWBgAACYoGAAAAqAAAAAAAAAkQAAAkcDAAACRAAAAAAAScSMAAAAAAAAAAABeAsAAPDAAAAAAA
...  AAAABEBAAAAAAAAACZ8GAAAB4fP//+v////
...  8FAAAABiAMAAANLyNQcmVVSZWdNb2lbnDRhbAkXAAAAKgAAAAAAAAJEAAAAsAAAAJIwwAAAAqAQAAGGYGAAAGYXAIAACACA
...  AAXkLAABuCwAAAdvz//8y9P//AAAAAAAEAACVF4AAAAAAAAIBAAAAAAACa0GAAAB2fP//+v////
...  8BAAAAACbAGAAAJpAYAAAAAqAAAAAAAACRAAAAAYEzIwwAAAAkEBAAAAAAAAABzIwAAAAAAAAAF6CwAAAAAAAF6Cw
...  /MvT//wAAAAAmBYAAAAAAAAAqAQAAGYGAAAAAdHz//r////AQAAAAm+
...  BgAACbIGAAAAkqAAAAAAAAqAAAAAAqAAAAAdCMAAAAAAAdCMAAAAAAABewsAAG4LAAABy//zL0//
...  8AAAAAAAAQAAAAxNxAIACAAAACAAAEgEAAAAAAAAJJyYQAAJ8OYAAAHJ8///6////
...  wEAAAAAJzAYAAAkzAYAAAACRUgCAAgAAAABIBAAAAAAAACdcGAAAABwfP//+v////
...  8BAAAAACdoGAAAAoRYAAAAAAqAAAAAAAnlBgAAAbnz//r////
...  AQAAAAnoBgAACdwGAAAAAkqAAAAAAAABQAAAAlLDAAACRAAAAAdSMAAAAAAAABfgsAAG4LAAABs//P//
...  zL0//8AAAAAAAQAAAM9oAIACAAAAEgEAAAAAAAJ8wYAAAGx8///6////
...  wEAAAAJ9gYAAAkkAAAAAkqAAAAAAAAklUwwAAAANUfAIACAAAAX8LAABuCwAAAavz//
...  /8y9P//AAAAAAAAABNCwAAAAAAAACVsMAAAAAqAQAAGYGAAAAAwEHz//r////
...  AYAAAAEAAAqAAAAAAUVVUhAAAABefP//+v////
...  wAAAAAA9hYAAAAAAAAWAQAAAAAAkPBwAAAAAHz///r////
...  AQAAAAkSBwAACQYAAAAqAAAAAwAAAljDAAAAffyMAAAAAAAAAAgQsAAG4LAAABm/P//
...  zL0//8AAAAAAAAPgWAAAAAAFgEAAAAAAAAJHQYAAAEz8///6////
...  wEAAAJIAcAAAkUBwAAAAAkqAAAAAAqAAAAAAIAJAAAAAAAAYILAAAACSsBkFP//+v////
...  8BAAAAACS4HAAAAoRYAAAAAAqAAAAAAAAACXMMAAAAAAAAAXMMAAAAAAAAAXMMAAAAAAAAk5BwAAAbnz//r////
...  AQAAAAnoBwAACRIAAAAqAAAAAwAAAljCQAAYgLAAAACAIAACAAAAYgLAAAAACSsAk+
...  BwAAAAAAAAAACRAAAAAA4AYAAAfyMAAAAAAAAXmNBwAAAbnz//r////
...  AQAAAAmQBwAACRcAAAAqAAAAAwAAAkqAAAAAmrDAAAAXwIAgAIAAAABhsAAAAAAgsAAAAAAU/P//
...  zL0//8AAAAAAAAAQBYXAAAAAAAAJEAAAAkAAAAJswwAAAAAAYsLAAABUvz//6////
...  wEAAAAJngcAAAkXAAAAAqAAAAAwAAAkJEAAAAkAAAAJswwAAAAABoZAIACAAAAYsLAAAAUvz//
```

Page 367

… 8BAAAACawHAAAJFwAAACoAAAAAAAAACRAAAAABAAAACbsMAAAJEAAAAADJIgCAAgAAAAGMCwAAbgsAAAFD8//
… //MvT//wAAAAABAAAAH4oAgAIAAABhFACAACAAgAAAm3BwAAAUHz///r////
… AQAAAAm6BwAACRcAAAAqAAAAAAAAAAkQAAAAAgAAAANDDAAACRAAAAAyCIAgCAIAAAABjQsAAG4LAAABO/P//
… zL0//8AAAAAAQAAAKUaAIACAAAAAGgEAAAAAAAAAJxQcAAAE58///6////
… wEAAAAJyAcAAAkXAAAAAKqAAAAAAAAAAJEAAAAEAAAAJyvwwAAAkQAAAAAPQBAIACAAAAAAY4LAABuCwAAATPz//
… 8y9P//AAAAAEAAAAC6FgAAAAAABoBAAAAAAAACdMHAAAABMfP//+v////
… 8BAAAACdYHAAAJygcAACoAAAAAAAAAACRAAAAACAAAACdMMAAAJEAAAAACNIwAAAAAAAAGGPCwAAbgsAAAAEr8//
… //MvT//wAAAAABuBcAAAAAAAaAQAAAAAAAnhBwAAASnz///r////
… AQAAAAnkBwAACdgHAAAqAAAAAAAAAAkQAAAAwAAAAnbDAAACRAAAAAAjiIMAAAAAAAABkAsAAG4LAAABI/P//
… zL0//8AAAAAAQAAALsXAAAAAAAAAGgEAAAAAAAAAJ7wcAAAEh8///6////
… wEAAAAJ8gcAAAnmBwAAKAAAAAAAAAAJEAAAAAQAAAAJ4wwAAAkQAAAAAAI8jAAAAAAAAAZELAABuCwAAARvz//
… 8y9P//AAAAAEAAAAC9FgAAAAAABoBAAAAAAAACf0HAAAABGfP//+v////
… 8BAAAACQAIAAAJ9AcAACoAAAAAAAAAACRAAAAACQAAAAFAAAACesMAAAJEAAAAAACQIwAAAAAAAAAGSCwAAbgsAAAET8//
… //MvT//wAAAAABAAAAxRcAAAAAAAAaAQAAAAAAAkLCAAAARHz///r////
… AQAAAAkOCAAACQIIAAAqAAAAAAAAAkQAAAABgAAAAnbDAAAACRAAAAAkSMAAAAAAAAABkwsAAG4LAAABC/P//
… zL0//8AAAAAAQAAALcWAAAAAAAAAGgEAAAAAAAAAJGQgAAAEJ8///6////
… wEAAAAJHAgAAAkQCAAAKqAAAAAAAAAAJEAAAAAcAAAAJ+wwAAAkQAAAAAIwjAAAAAAAAAZQLAABuCwAAAQPz//
… 8y9P//AAAAAEAAAACxGgCAAgAAB8BAAAAAAAAACScIAAABAfP//+v////
… 8BAAAACSoIAAAJFwAAACoAAAAAAAAACRAAAAABAAAACQMNNAAAJEAAAAAAD1AQCAAgAAAAGVCwAAbgsAAAH78v//
… //MvT//wAAAAABAAAAvBYAAAAAAfAQAAAAAAAAk1CAAAfny///r////
… AQAAAAk4CAAACSwIAAAqAAAAAAAAAAAkQAAAAAkLDQAACRAAAAAAApiMAAAAAAAAABlgsAAG4LAAAB8/L//
… zL0//8AAAAAAQAAANoWAAAAAAAAAHwEAAAAAAAAAJQwgAAAAHx8v//6////
… wEAAAAJRggAAAk6CAAAKAAAAAAAAAAJEAAAAAAEJw0AAAkQAAAAAAAEKwjAAAAAAAAAZcLAABuCwAAAevy//
… 8y9P//AAAAAEAAAADFFgAAAAAAB8BAAAAAAAAACVEIAAAB6fL//+v////
… 8BAAAACVIIAAAJRggAAACoAAAAAAAAEAAAACRsNAAAJEAAAAAD2AQCAAgAAAAGYCwAA9AMAAAAAAAAAAAHwEAAAAAAAAJXQgAAAHi8v//6////
… wUAAAAJYAgAAAlWCAAAKqAAAAAAAAAAJEAAAAAUAAAAUAAAAAJIg0AAAkQAAAAAJUYAIACAAAAAZkLAABuCwAAAdzy//
… 8y9P//AAAAAEAAAADeFgAAAAAAB8BAAAAAAAAACWsIAAAB2vL//+r////
… 8BAAAACW4IAAAJYAgAAACoAAAAAAAAAAACRAAAAAACtIwAAAAAAAAGaCwAAbgsAAAHU8v//
… //MvT//wAAAAABAAAAkYwAIAAAABI5FACAAgAAAAl5CAAAAkLy///r////
… AQAAAAl8CAAACW4IAAAKqAAAAAAAAAAKyDQAACCMAgCAIAAAABmwsAAG4LAAABzPL//
… zL0//8AAAAAAQAAAJKMAIACAAAAexQAgAIAAAAJhwgAAAAHK8v//6////
… wEAAAAJiggAAAkXAAAAAAAIAAAAAAAIAAAAIAAAAIAAAAJOg0AAAkQAAAAAAAACEjAICAAAAAAZwLAABuCwAAAcTy//
… 8y9P//AAAAAEAAAACT3IwAAAAAAAHsUIACAAgAAAAl9CAAAAkLy///r////
… 8BAAAACZgIAAAKAAAAAAAAAAACRAAAAADAAAAAAAAEIwwAAAkQAAAAAAAafIwCAAgAAAAGdCwAAbgsAAAAG88v//
… //MvT//wAAAAABAAAAYhYAAAAAAApAQCAAgAAAmjCAAAAbry///r////
… AQAAAAmmCAAACRcAAAAAAAAkQAAAAQAAAAlKDQAACRAAAAAAAA2gEAgIAAAABngsAAG4LAAABtPL//
… zL0//8AAAAAAQAAAEYWAAAAAAAAKQEAgIAAAAJsQgAAAAsgy0/////
… wEAAAAJtAgAAAkXAAAAAAAIAAAAAAAKyDQAACRAAAAAOEBAIACAAAAAZ8LAABuCwAAAazy//
… 8y9P//AAAAAEAAAABfFgAAAAAAB8BAAAAAAACb8IAAABqvL///r////
… 8BAAAACcIIAAAJFwAAACoAAAAAAAAAACRAAAAACVoAAAAAAAAApAQCAAgAAAAnNCAAAAaLy///r////
… AQAAAAnQCAAACRcAAAAAAAAAkQAAAAQAAAAAAAAOIwwAAAkQAAAAAAAAliDQAAACRAAAAAO3QEgAIAAAABoQsAAG4LAAABnPL//
… zL0//8AAAAAAQAAAIsXAAAAAAAAKQEAgIAAAAJ2wgAAAa8v///r////
… wEAAAAJ3ggAAAkXAAAAAAIAAAAAAAkUAAAAAAAAAAAAUAAAAUAAAAJag0AAAaIAAAAAAAAACRFwAAAACkBAIACAAAACekIAAABkvL///r////
… 8BAAAACewIAAAJFwAAACoAAAAAAAAAACRAAAAAGGCwAAbgsAAAAGM8v//
… //MvT//wAAAAABAAAAjxcAAAAAAApAQCAAgAAAn3CAAAAYry///r////
… AQAAAAn6CAAACRcAAAAAAAAkQAAAAQAAAAlBQkAAAGAACGy8v//
… zL0//8AAAAAAQAAAFEWAAAAAAAAKQEAgIAAAAJBQkAAAAGBgKAAAGC8v//
… wEAAAAJCAkAAAkXAAAAAAIAAAAAAAAkUAAAAAAAAAAAAAIEAAAAAAAkLDQAACRAAAAAAAAADAAAFwCAAAACSYAAAAAAkDQQAAAcBAIAAAABpAsAAG4LAAABhPL//
… zL0//8AAAAAAQAAAFEWAAAAAAAAKQEAgIAAAAJQkAAAAIQEAgIAAAAJLwkAAAFS8v//
… wEAAAAJXAkAAAkXAAAAAAIAAAAAAAJ+wgAAAAk6CAAAAkUy///r////
… wEAAAAJiggAAAkXAAAAAAIAAAAAAAIwggAAAkUy///r////
… AQAAAAleCAAACRcAAAAAAAAAkQAAAAQAAAAAAAAAIwwAAAkQAAAAAQAAANLQQAAACRAAAAAJDQACRAAAAAAA4wEAgIAAAABroQsAAG4LAAABPPL//

Page 368

11521

zL0//8ASAAAQAAADgBxFxCAAAAIgEAgAIMBMAAJgwRAAAAE8v//6///
wEAAAAJhgkAAAkXAAAAKgAAAAAAAJEAAAAUAAAAJyg0AAAkQAAAAAOgBAIACAAAAAa4LAABuCwAAATTy//
8y9P//AAAAAAEAAAAkFwCAAAgAAACIBAIACAAAACZEJAAABMvL//+v///
8BAAAACZQJAAAJFwAAACoAAAAAAAACRAAAAGAAAACdINAAAJEAAAAADkAQCAAgAAAAGvCwAAbgsAAAEs8v/
/MvT//wAAAAABAAAAjlkAgAIAAAAjAQCAAgAAAAmfCQAAASry///r////
AQAAAAmiCQAACRcAAAAqAAAAAAAAAkQAAAAQAAAAnaDQAACRAAAAAlh4AgAIAAAABsAsAAG4LAAABJPL//
zL0//8AAAAAAQAAAI9ZAIACAAAAIwEAgAIAAAAAJrQkAAAEi8v//6////
wEAAAAjsAkAAAkXAAAAKgAAAAAAAAJEAAAAAIAAAAJ4g0AAAkQAAAAAJgeAIACAAAAAbELAABuCwAAARzy//
8y9P//AAAAAEAAAABVYACAAgAAAACMBAIACAAAACbsJAAABGvL//+v///
8BAAAACb4JAAAJFwAAACoAAAAAAAAACRAAAAAEAAAACeoNAAAJEAAAAACZHgCAAgAAAAGyCwAAAAAGyCwAAAAEU8v/
/MvT//wAAAABAAAAG24AgAIAAAAANFACAAgAAAAnJCQAAAARLy///r////
AQAAAAnMCQAACRcAAAAqAAAAAAAAAkQAAAAAAAAnyDQAACRAAAAAA7iAAgAIAAAABswsAAG4LAAABDPL//
zL0//8AAAAAAQAAAQAAALtxAIACAAAADRQAgAIAAAAAJ1wkAAAAEK8v//6////
wEAAAAJ2gkAAAkXAAAAKgAAAAAAAAJEAAAAUAAAAJ+g0AAAkQAAAAACbOLAABuCwAAAQTy//
8y9P//AAAAAAEAAAAC+cQCAAgAAAA0UAIACAAAACeUJAAABAvL//+v///
8BAAAACegJAAAJFwAAACoAAAAAAAAACRAAAAAQAAAACQIOAAAJEAAAAADwIACAAgAAAAG1CwAA9AMAAAAAAAAA
AAAAADRQAgAIAAAAJ8gkAAAH78f//6////
wUAAAAGBg4AACkvQ29tcG9uZW50cy99UZW1wbGF0ZXMvIOZXMvUHJJvdmlkZXZXJTZWFyFyY2guYYXNweAkXAAAAKgAAAAAAAA
AJ6QkAAAcAAAAJCQ4AAAkQAAAAALMhAIACAAAAbYLAABuCwAAAfXx//8y9P//
AAAAAAEAAAA6AQCAAgAAAAACQBAIACAAAAAQAKAAAB8/H//+v///
8BAAAACQMKAAAJFwAAACoAAAAAAAAABAAAAACREOAAAAQqAQCAAgAAAAAG3CwAAbgsAAAHt8f/
/MvT//wAAAAAAPQEAgAIAAAAlAQCAAgAAAAAkOCgAAAevx///r////
AQAAAAkRCgAACRcAAAAqAAAAAAAAAkQAAAAQAAAAUAsAAG4LAAAB5fH//
zL0//8AAAAAAQAAADE4AQCAAgAAAAJQEAgAIAAAAAJHAoAAAH j8f//6////
wEAAAAJHwoAAAkXAAAAKgAAAAAAAJEAAAAIIAAAAOwBAIACAAAAbkLAABuCwAAAd3x//
8y9P//AAAAAEAAAAA8AQCAAgAAAACUBAIACAAAACSoKAAAB2f//r////
8BAAAAAS0KAAAJFwAAACoAAAAAAAAAAkQAAAAADtAQCAAgAAAAG6CwAAbgsAAAHV8f/
/MvT//wAAAAAAPwEAgAIAAAAlAQCAAgAAAAAk4CgAAAdPx///r////
AQAAAAk7CgAACRcAAAAqAAAAAAAAAkxQAAAAAAAxkxDgAACRAAAAAAxQTRAAAAA07gEAgAIAAAABuwsAAG4LAAABzfH//
zL0//8AAAAAAQAAAE4BAIACAAAAJwEAgAIAAAAAJRgoAAAHL8f//6////
wEAAAAJSQoAAAkXAAAAKgAAAAAAAAJEAAAAIQAAAAJOCgAAJO9AIAJYQ4AAAAABAMAQCAAAAAbwLAABuCwAAAcXx//
8y9P//AAAAAEAAAAAABTFgAAAAAACcBAIACAAAACVQKAAABwf//r////
8BAAAACVcKAAAJFwAAACoAAAAAAAACRAAAAGCAAACUEOAAAADwAQCAAgAAAAG9CwAAbgsAAAG98f/
/MvT//wAAAAAAbFpAAAAAACFgoAAAGCAAACliCgAAAbvx///r////
AQAAAAllCgAACRcAAAAqAAAAAAAAAlJDgAACRAAAAAALh4AgAIAAAABvgsAAG4LAAABtfH//
zL0//8AAAAAAQAAAQAAAWXAIACAAAAMRMAgAIAAAAJcAoAAAGz8f//6////
wEAAAAJcwoAAAkXAAAAKgAAAAAAAAJEAAAAAIAAAAJUQoAAAGAAAAJJkAIACAAAAAb8LAABuCwAAAa3x//
8y9P//AAAAAEAAAABwVwCAAgAAAADETAIACAAAACX4KAAABq///r////
8BAAAACYEKAAAJFwAAACoAAAAAAAAADAAAADAAAACVKDgAAAVhgCAAgAAAAGgUwsAAG4LAAABl8f/
/MvT//wAAAAAAABAAAApIcAgAIAAAAxEwCAAgAAAAmMCgAAAaPx///r////
AQAAAAmPCgAACRcAAAAqAAAAAAAAaXAoAAAGgcAAAMyIAgAIAAAABwQsAAG4LAAABnfH//
zL0//8AAAAAAHRXAIACAAAAMRMAgAIAAAAJmgoAAAGD8f//6////
wEAAAAJnQoAAAkXAAAAKgAAAAAAAAJEAAAAUAAAAJaQoAAAGwAAAACweIACAAAAAcILAABuCwAAAZZx//
8y9P//AAAAAEAAAABvVwCAAgAAAADETAIACAAAACXFKAAABt///r////
8BAAAACcoKAAAJFwAAACoAAAAAAAAACXEOAAAAtHgCAAgAAAAHDCwAAbgsAAAGN8f/
/MvT//wAAAAAAAVwCAAgAAAAMVAIACAAAACcCgAAAXLy///r////
AQAAAAm5CgAACRcAAAAqAAAAAAAAAkQAAAABwAAAACQAOAAAAtGgCAAgAAAAHBCwAAbgsAAAGJ8f/
/MvT//wAAAAAAdFcAgAIAAAAMRMAgAIAAAAJmgoAAAGD8f//6////
wEAAAAJ8QoAAAkXAAAAKgAAAAAAAAJEAAAAIIAAAAJmQoAAAGwAAAAAfwKAAABY/H//+v///
8BAAAACf8KAAAJFwAAACoAAAAAAAAACXEOAAAAtGgCAAgAAAAHJCwAAbgsAAAFd8f/
/MvT//wAAAAAAPBYAAAAAAANQAAAAAAAkKCwAAAVvx///r////
AQAAAANcKAAAJFwAAACoAAAAAAAAAxgCAAgAAAAxgtAAAAABygsAAG4LAAABVfH//
zL0//8AAAAAAQAAAE4XAIACAAAAdAEAgAIAAAAxGAsAAAYEAgAAAAJNQsAAAAFr9AAAAAFcCAAAABOgCAAgAAAAHFCwAAbgsAAAFT8f/
/8y9P//AAAAAEAAAACeAQCAAgAAAAHEBAIACAAAACMLAAAJNQsAAAFC8f//6////
wEAAAAJOAsAAAkXAAAAKgAAAAAAAAJEAAAAEoCAAJYQ4AAAAACULAABuCwAAAX3x//+v///
8BAAAACUYLAAAJFwAAACoAAAAAAAAAxfwAAAAABLAgCAAgAAAAHUCwAAgAAAAAlrAwA
AAAAAAAAAAB3AsAABkAAAAJawMAAAAAAAAAAAeQLAAAZAAAACWsDAAAAAAAAAAAHHsCwAAGQAAAAlr

AwAAAAAAAAAAAAgV9hSAABkAAAAJawMAAAAAAAAAAATWLAAA2AARCWsDAAAAAAAAAAEEDAAAGQAAA
AlrAwAAAAAAAAAAABDAwAABkAAAAJawMAAAAAAAAAAARQMAAAZAAAACWsDAAAAAAAAAAAAEcDAAAGQ
AAAAlrAwAAAAAAAAAAABIwwAABkAAAAJawMAAAAAAAAAAASsMAAAZAAAACWsDAAAAAAAAAAAAEzDAA
AGQAAAAlrAwAAAAAAAAAAABOwwAABkAAAAJawMAAAAAAAAAAAUMMAAAZAAAACWsDAAAAAAAAAAAAFL
DAAAGQAAAAlrAwAAAAAAAAAAABUwwAABkAAAAJawMAAAAAAAAAAAVsMAAAZAAAACWsDAAAAAAAAAAA
AFjDAAAGQAAAAlrAwAAAAAAAAAAABawwAABkAAAAJawMAAAAAAAAAAAXMMAAAZAAAACWsDAAAAAAAA
AAAAF7DAAAGQAAAAlrAwAAAAAAAAAAABgwwAABkAAAAJawMAAAAAAAAAAAYsMAAAZAAAACWsDAAAAAA
AAAAAAAGTDAAAGQAAAAlrAwAAAAAAAAAAABmwwAABkAAAAJawMAAAAAAAAAAaMMAAAZAAAACWsDAAAA
AAAAAAAAAGrDAAAGQAAAAlrAwAAAAAAAAAAABswwAABkAAAAJawMAAAAAAAAAAabsMAAAZAAAACWsDA
AAAAAAAAAAAAHDDAAAGQAAAAlrAwAAAAAAAAAAABywwAABkAAAAJawMAAAAAAAAAAdMMAAAZAAAACW
sDAAAAAAAAAAAAHbDAAAGQAAAAlrAwAAAAAAAAAAAB4wwAABkAAAAJawMAAAAAAAAAAesMAAAZAAA
ACWsDAAAAAAAAAAAHzDAAAGQAAAAlrAwAAAAAAAAAAAB+
wwAABkAAAAJawMAAAAAAAAAAQMNAAAZAAAACWsDAAAAAAAAAAAAAELDQAAGQAAAAlrAwAAAAAAAAAA
ABEw0AABkAAAAJawMAAAAAAAAAAAAAAAARsNAAAZAAAACWsDAAAAAAAAAAAAAEiDQAAGQAAAAlrAwAAAAAAAA
AAAABKg0AABkAAAAJawMAAAAAAAAAAATINAAAZAAAACWsDAAAAAAAAAAAAE6DQAAGQAAAAlrAwAAAAA
AAAAAAABQg0AABkAAAAJawMAAAAAAAAAAUoNAAAZAAAACWsDAAAAAAAAAAAAAFSDQAAGQAAAAlrAwAAA
AAAAAAAAABWg0AABkAAAAJawMAAAAAAAAAAWINAAAZAAAACWsDAAAAAAAAAAAAAFqDQAAGQAAAAlrAw
AAAAAAAAAAAABcg0AABkAAAAJawMAAAAAAAAAAXoNAAAZAAAACWsDAAAAAAAAAAAAAGCDQAAGQAAAAl
rAwAAAAAAAAAAABig0AABkAAAAJawMAAAAAAAAAAAZINAAAZAAAACWsDAAAAAAAAAAAAAGaDQAAGQAA
AAlrAwAAAAAAAAAAABog0AABkAAAAJawMAAAAAAAAAAaoNAAAZAAAACWsDAAAAAAAAAAAAAGyDQAAG
QAAAAlrAwAAAAAAAAAAABug0AABkAAAAJawMAAAAAAAAAAcINAAAZAAAACWsDAAAAAAAAAAAAAHKDQ
AAGQAAAAlrAwAAAAAAAAAAAB0g0AABkAAAAJawMAAAAAAAAAAdoNAAAZAAAACWsDAAAAAAAAAAAAAAH
iDQAAGQAAAAlrAwAAAAAAAAAAAB6g0AABkAAAAJawMAAAAAAAAAAAfINAAAZAAAACWsDAAAAAAAAAAAA
AAH6DQAAGQAAAAlrAwAAAAAAAAAAABAg4AABkAAAAJawMAAAAAAAAAAQkOAAAZAAAACWsDAAAAAAAAA
AAAAAAEERDgAAGQAAAAlrAwAAAAAAAAAAABGQ4AABkAAAAJawMAAAAAAAAAASEOAAAZAAAACWsDAAAAAA
AAAAAAAEpDgAAGQAAAAlrAwAAAAAAAAAAABMQ4AABkAAAAJawMAAAAAAAAAAAToOAAAZAAAACWsDAAAA
AAAAAAAAAAAFBDgAAGQAAAAlrAwAAAAAAAAAAABSQ4AABkAAAAJawMAAAAAAAAAAVEOAAAZAAAACWsD
AAAAAAAAAAAAAFZDgAAGQAAAAlrAwAAAAAAAAAAABYQ4AABkAAAAJawMAAAAAAAAAAAWkOAAAZAAAACWk
OAAAZAAAACWsDAAAAAAAAAAAAAFxDgAAGQAAAAlrAwAAAAAAAAAAABeQ4AABkAAAAJawMAAAAAAAAAAYEOAAAAAAYEOAAAZAAAACWsD
AAAAAAAAAAAAAFXDgAAGQAAAAlrAwAAAAAAAAAAABgQ4AABkAAAAJawMAAAAAAAAAAYkOAAAZkOAAAZAAAACWsDAAAAAAAAAAAAGCDgAAGQAAAAlrAwAAAAAAAAAAABiQ4AABkAAAAJawMAAAAAAAAAAaEOkOkOAAAZAAAAkAkOkOAAAZAAAAkAkOkOkAkAkAkAkAkA
coOAAAZAAAACWsDAAAAAAAAAAAsfAmcfAwIGZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aW
VyLTEiPmQCAw9kFgxmDF7gxmD2QWBQFFQQRL0FWSC9TcGVi.jaWFsdGllcy8ABV9zZWxhZG9yaW5nJ0AABD2Q
WAmYPDxYEHwJnHwMCD2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0yIj5kAgMPZBYeZg9k
FgRmDxUEHi9BVkgvU3BlY21hbHRpZXMvQmlydGggQ2VudGVyL03B1YXFvU3BlY2lhbHRpZXMvQmVyeG9r
mYPDxYEHwJnHwMCC2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYeZg9kFg
JmDxUEUENS9BVkgvU3BlY21hbHRpZXMvQmlydGggQ2VudGVyL0Fib3V0LXoZSlCaXJ0aC0xDZW50ZXIvAAVfc2V
sZhZBYm91dCB0aGUgQmlydGggQ2VudGVyIAIBD2QWAmYPFQQ0L0FWSC9TcGVi.jaWFsdGllcy9CaXJ0aC1DZW50
ZXIvQmlydGggQ2VudGVyVLVLVlNlcnZpY2VzLwAFX3NlbGVzYWmlydGggQ2VudGVyIFNlcnZpZXZsdAICD2QWAmYPF
QQvL0FWSC9TcGVi.jaWFsdGllcy9CaXJ0aC1DZW50ZXIxdTWlkd2 lmZS1TExpXxpdmVyeS8ABV9zZWxmEElpZHdpZm
UgRGVsaXZlcnlkAgMPZBYCZg8VDBIvQVZIL1NwZWNpYWx0aWVzL0JpcmRoLUNlbnRlci9wcmVkXWxpdmVyeS81
jb25zdWx0aWFX3NlbGYUUHJlLIURlbGl2ZXJ5IENvbnN1bHRhbRkAgQPZBYCZg8VBDEvQVZIL1NwZWNpYWx0aWVz
L0JpcnRoLULnlbnRlci9CaXJ0aC1DZW50ZXItVG91cnMvAAVfc2VsZhZkJaXJ0aCBDZW50ZXIgVG91cnNkAgUPZ
BYCZg8VBCwvQVZIL1NwZWNpYWx0aWVzL0JpcmRoLUNlbnRlci9CaXJ0aC1DbGFzc2VzLwAFX3NlbGYQNlmlydG
ggQ2xhc3Nlc2QCBg9kFgJmDxUENC9BVkgvU3BlY21hbHRpZXMvQmlydGgtQ2VudGVyL0JyZWFzdGZlZWRpbmc
tU3VwcG9ydC8ABV9zZWxmFUJyZWFzdGZlZWRpbmcgU3VwcG9ydGQCBw9kFgJmDxUEUy9BVkgvU3BlY21bHRp
ZXMvQmlydGgtQ2VudGVyL05ldy1Nb20tTHVuY2hlb24vAAVfc2VsZg9OZXcgTW9tIFN1cHVncnRkAggPZBYCZ
g8VBDQvQVZIL1NwZWNpYWx0aWVzL0JpcmRoLUNlbnRlci9CaXJ0aC1DZW50ZXItVmlzaXRvcnMvAAVfc2VsZh
VCaXJ0aCBDZW50ZXIgVmlzaXRvcnNkAgkPZBYCZg8VBDcvQVZIL1NwZWNpYWx0aWVzL0JpcmRoLUNlbnRlci9
Jbi1DYXNlLLW9mLUNvbXBsaWNhdGlvbnMvAAVfc2VzZhhJbiBDYXNlIG9mIENvbXBsaWNhdGlvbnNkAgoPZBYC
Zg8VBAwjUHJlUmVnTW9kYWwABV9zZWxmGUhvc3BpdGFsIFByZS1SZWdpc3RyYXRpb25kAgEPZBYCZg8VBCQvQ
VZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci8ABV9zZWxmEkJyZWFzdCBDYXJlIENlbnRlcmCQAQ
9kFgJmDw8WBB8CZx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWDGYPZBYCZg8VBDMvQVZIL1NwZWNpYWx0aW0JyZWFzdC1DYXJlLUNlbnRlci9NYW1tb2dyYW0tV
Glwcy8ABV9zZWxmDk1hbW1vZ3JhbSBUaXBzZAIBD2QWAmYPFQQ5L0FWSC9TcGVi.jaWFsdGllcy9CcmVhc3QtQ2
FyZS1DZW50ZXItV0tbtW9ncmFtLUd1aWRlbGluZXMvAAVfc2VzhRnYW1tb2dyYW0gR3VpZGVsaW5lc2QCAg9
kFgJmDxUEUQS9BVkgvU3BlY21bHRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyL1RvbW9zeW50aGVzaXMtMQtTWFt
bW9ncmFwaHkvAAVfc2VzZg4zRCBNYW1tb2dyYXBoeWQCAw9kFgJmDxUEOS9BVkgvU3BlY21bHRpZXMvQnJl
XN0LUNhcmUtQ2VudGVyL0JyZWFzdC1TdXJnaWNWbC1DYXJlLWFX3NlbGYUQnJlYXN0IFN1cmdpY2FsIENhcmU
VkAgQPZBYCZg8VBDIvQVZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci9QYXRpZW50LUZvcm1zLaw
FX3NlbGYNUGF0aWVudCBGb3Jtc2QCBQ9kFgJmDxUEPy9BVkgvU3BlY21bHRpZXMvQnJlYXN0LUNhcmUtQ2Vu
dGVyL0NvbnRhRlY3QtQnJlYXN0LUNhcmUtQ2VudGVyL2VudGFjdC8ABV9zZWxmC2QNvbnRhY3QgQmVhc3QgQ2FyZ
SBDZW50ZXJkAglDYXJlLUNlbnRlci9TGVhcm4tTW9yZS0yLWN4ucmFtbW9ncmFtLAABV9zZWxmFUxlYXJuIE1
vcmUgQWJvdXQgTWFtbW9ncmFtc2QCBg9kFgJmDxUEUS9BVkgvU3BlY21bHRpZXMvQnJlYXN0LUNhcmUtQ2Vu
dGVyL0NvbnRhRlY3QtQnJlYXN0LVN1bmdlUnktyhY3QtQ2VudGVyL3N1bmdlUnkvAAVfc2VzhRnU3VuZ2VyeQ
kgvU3BlY21bHRpZXMvQnJlYXN0LUNhcmUtQ2VudGVyL1Vbml0LWFbFX3NlbGYGVW5pdC8ABV9zZWxmFycgQ2FyZ
UEGy9BVkgvU3BlY21bHRpZXMvRW1lcmdlbmN5LWFX3NlbGYTRVdgJmFtcDsgQ3FpbGQgY2FyZWQCBg9kFgJkm
mDxUEGC9BVkgvU3BlY21bHRpZXMvRW1lcmdlbmN5LWFX3NlbGYCR0LlAkgEzBYCZg8YmxbHRpZXMvR21lcmdl
bmN5LUFmaHkvAAVfc2VzZg4zRCBNYW1tb2dyYXBoeQ==
FgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmDxUEO0tRXhwZXJ0cy8ABV9zZWxmLD
FgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmDxUEO0tRXhwZXJ0cy8ABV9zWxmDk1
Glcy9HSS9PdXItR0ktRXhwZXJ0cy8ABV9zWxmDk1ciBHSSBFeHBlcnRzZAIBD2QWAmYPFQQjL0FWSC9TcG
V1eQS9BVkgvU3BlY21bHRpZXMvRW1lcmdlbmN5LWFX3NlbGYTRVdgJmFtcDsgQ2hpbGQgY2FyZWQCBg9kFgJm
FgFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmDxUEO0tRXhwZXJ0cy8ABV9zWxmDk1

11521...
VjaWFsdGFlbGY9HSS9Dbz8Vom6yIZg0m90dmc6NHBC9Hb3RflbB5ZARCD2QWAmYPFQQfL0FWSC9TcGVjaWFsdGGllcy9HSS9Db250YWN0LVVzLwAFX3NlbGYKQ29udGFjdCBVc2QCBQ9kFgRmDxUEUy9BVkgvU3BlY2lhbHRpZXMvSGVhcnQtLS1WYXNjdWxhci1DYXJlLwAFX3NlbGYUSGVhcnQgJmFtcDsgVmFzY3VsYXIgQ2FyZQg8PgfFgQfAmcfAwIJZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5im5hdi10aWVyLTMiPmQCAw9kFgQCAQ8WAh8ABRYPFQQxL0FWSC9TcGVjaWFsdGGllcy9IZWFydC9BYm91dC1IZWFydCLWYXNjdWxhci1DYXJlLwAFX3NlbGYZQWJvdQCQgSGVhcnQgVmFyZ3VYIgQ2FyZWQCAQ9kFgZmDxUEUEi9BVkgvU3BlY2lhbHRpZXMvSGVhcnQtVmFzY3VsYXItQ2FyZS9DaGlsZHJlbnMtSGVhcnQtQ2FyZQ1FbWVyZ2VuY3kUY3ktYWQUVmVhcnQgJmFtcDsgVmFzY3VsYXIgQ2FyZQ8...
(machine-generated Base64 / serialized ASP.NET ViewState data continues for the full page)
...
ZAIDD2QWBmYPZBYCZg8VBCUvQVZIL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL0ludGVybmFsTWVkaWNpbmVzL0ludGVybmFsTWVkaWNpbmVzL0ludGVybmFsTWVkaWNpbmVzVZWNpbmVzL0ludGVybmFsTWVkaWNpbmV
ABV9zZWxmFUNoZWNraW5nIG9uIGEgUGF0aWVudCdhGCAQ9kFgJmDxUETi9BVkgvRm9yLVBhdGllbnRzLWFuZC1

11521…  YW1pbGlfeY9QVXhRpZWd5dWFuZWlwaXpodGVBluzm9ybHFoaW9iflizpc2llawshr1hUnVgX9zuwAFX3NlbGYOV
…  mlzaXRpbmcgSG91cnNkAgIPZBYCZg8VBFYvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC
…  1hbmQtVmlzaXRvci1JbmZvcm1hdGlvbi9HYXJkZW4tVGVycmFjZS1DYWbDg8KpLwAFX3NlbGYhR2FyZGVuIFR
…  lcnJhY2UgJmFtcDsgQXRyaXVtIENhZsOpZAIDD2QWAmYPFQRJL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWls
…  aWVzL1BhdGllbnQtYW5kLVZpc2l0b3ItSW5mb3JtYXRpb24vR2lmdC1TaG9wLwAFX3NlbGYJR2lmdCBTaG9wZ
…  AIED2QWAmYPFQReL0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtYW5kLVZpc2l0b3ItSW
…  5mb3JtYXRpb24vUGxhbm5pbmctYWhlYWQtZm9yLWEtcHJvY2VkdXJlLwAFX3NlbGYOUGxhbm5pbmcgQWhlYW
…  kAgUPZBYCZg8VBFovQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1hbmQtVmlzaXRvci1J
…  bmZvcm1hdGlvbi9Eb2N1bWVudHMteW91LXNob3VsZC1icmluZyAFX3NlZWxmEkRvY3VtZW50cy1boyBCcmluZ
…  2QCBg9kFgJmDxUETC9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LWFuZC1WaXNpdG9yLU
…  luZm9ybWF0aW9uL1doYXQtdG8tcGF jay8ABV9zZWxmDFdoYXQgdG8gUGFja2QCBw9kFgJmDxUENy9BVkgvRm9
…  yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9SZXF1ZXN0LU1lZGljYWwtUmVjb3Jkcy8ABV9zZWxmEW01l2GljYWwg
…  UmVjb3JkcyBSZXF1ZXN0AICD2QWAmYPFQQ9L0FWSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXXJpd
…  HVhbC1DYXJlL1NwaXJpdHVhbC1DYXJlLwAFX3NlbGYOU3Bpcml0dWFsIENhcmVkAgEPZBYCZg8PFgQfAmctfAw
…  IEZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im4kWVyLTMiPmQCAw9kFghmD2QWAmYPFQQ7L0FWSC9
…  Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL0hlYWxpbmctQXJ0cy8ABV9zZWxmDEhl
…  YWxpbmcgQXJ0c2QCAQ9kFgJmDxUEPS9BVkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ
…  2FyZS9MaWdodC1hLUNhbmRsZS8ABV9zZWxmDkxpZ2h0IGEgQ2FuZGxl2QCAw9kFgJmDxUEPRfL0FWSC9Gb3It
…  F0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL0hlYWZpcz0ibmF2LXRpZXItMyI+
…  ZAIDD2QWDGYPZBYCZg8VBBMvSG93LUUjpbGxpbmctmF2LXRpZXItMyI+
…  Q9kFgJmDxUEEi91b3NwaXRhbC1CaWxsaW5nLwAFX3NlbGYQSG9zcGl0YWwgQmlsbGluZ2QCAg9kFgJmDxUEES
…  9PbmxpbmUtQmlsbC1QYXkvAAVfc2VsZg9PbmxpbmUgQmlsbCBQYXkyAg8PZBYCZg8VBBAvRmluYW5jaWFsLUh
…  lbHAvAAVfc2VsZjZGaW5hbmNpYWwgQXNzaXN0YW5jZWQCAQ9kFgJmDxUESWbhbmNpbmctXR2FbheWllbngQqUGxh
…  bnNkAgQPZBYCZg8VBBQvVW5pbmN1cmVkLVBhdGllbnRzLwAFX3NlbGYSVW5pbmN1cmVkIFBhdGllbnRzAIFD
…  2QWAmYPFQQNL0Zvci1TZW5pb3JzLC
…  RzLWFuZC1GYW1pbGllcy9QcmljaW5nLWluZm9ybWF0aW9uL2luZm9ybWF0aW9uLwAFX3NlbGYLSW5mb3JtYXRpb24
…  WBAIBDxYCHwAFZx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
…  ZAIDD2QWDGYPZBYCZg8VBD8vRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9GYW1pbGllcy9jcmlsaW52ci1Db
…  21tb24tUHJvY2VkdXJlcy8ABV9zZWxmG0Nvc3RzIGZvci1bBDb21tb24gUHJvY2VkdXJlc29jQ2AQ9kFgJmDxUEOi
…  9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaWNpbmctaW5mb3JtYXRpb24vb25lLTRvbS19mWN90ZS8ABV9zZWx
…  mFlJlcXVlc3Q3QgYSBDdXJkN0b20gUXVvdGVkAgIPZBYCZg8VBEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Q
…  cmljaW5nL1Jlc291cmNlcy1mb3ItdGhlLUluc3VyZWQtUGF0aWVudC8ABV9zZWxmLDMlc291cmNlcyBmb3IgdGhl
…  IBDVkZGaW5hbmNpYWwgSGVscCBmb2QyAgQ9kFgJmDxUEHC9RdWFsaXR5LVNlcnZpY2UtUtYUtYW5kLVNhZmV0eS8ABV
…  8ABV9zZWxmHVF1YWxpdHksIFNlcnZpZY2UgJmFtcDsgU2FmZXR5AIBD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBY
…  EAgEPfgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEEC9PdXItQ29tbWl0bWVu
…  dC8ABV9zZWxmDk91ciBBb21taXRtZW50AAVfPFQQSL0hvc3BpdGFsLVJhdGluZy1hbmQtUmVzdWx0cy8ABV9zZWxmHb
…  3NwaXRhbCBSYXRpbmdzZAIaGYPZBYCZ8kFgIGNlbmQtUmVzdWx0cy8ABV9zZWxmHb
…  JhdGluZ3NkAgMPZBYCZg8VBCkvQ29tcG9uZW50cy9UZXNwbgBngVaWYyQuYXNwBngVaWYyQuYXNwBngVaWYyQuYXNwB
…  uLXBoeXNpY2lhbi1yYXRpbmdzLwAFX3NlbGYQUGh5c2ljaWFuIFJhdGluZ3NkAgQPZBYCZg8VBCkvQ29tcG9u
…  ZW50cy9UZXNwbgABngVaWYyQuYXNwBngVaWYyQuYXNwBngVaWYyQuYXNwBngVaWYyQuYXNw
…  Y3RpcnZ2VzbGFSExdFsdGdtTWVkaWNhbmMtUGFydC1ELUFzc2lzdGFuY2V2vAAVfc2VsZuhpQXNzaXN0YW5j
…  ZWd1YXJkIGVyc1N1YmplY3QNP50IFFIvPZZBEaXJlY3RpRdmVzZAIBD2QWAmYPDxYEHwJnHwMCAWQWAmYPZBYEAgEPf
…  gIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEFS9JbXBvcnRhbnQtUXVlc3Rpb2
…  5zLwAFX3NlbGYTSW1wb3J0YW50IFF1ZXN0aW9uc2QCBw9kFgRmDxUEFi1vDZW50dXJhLUhlYWx0aC1MSU5LUy8
…  ABV9zZWxmFEN1bnR1cmEgSGVhbHRoIExJTkttTZAIBD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBYEAgEPfgIfAAUX
…  PHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEKY9DZW50dXJhLUhlYWx0aC1CZW5lZml0c
…  y1DaGVja3VwLUNvdbG9yYWRvLS8ABV9zZWxmGUJlbmVmaXRzIENoZWNrdXAgQ29sb3JhZG9kAgIPZBYCZg8VBC
…  svQ2VudHVyYS1IZWFsdGgtTWVkaWNhcmUtUGFydC1ELUFzc2lzdGFuY2VzAAVfc2VsZhpNZWRpY2FyZSBQYXJ
…  0IEQgQXNzaXN0YW5jZWQCAQ9kFgJmDxUEHy9DZW50dXJhLUhlYWx0aC1BSWdlLVNlcnZpY2VzLwAFX3NlZhdNb2
…  CVJYIEFzc2l2dGQCAw9kFgJmDxUENC9DZW50dXJhLUhlYWx0aC1TSElQLVN0YXRlLUhlYWx0aC1JbnN1cmFuY
…  2UtUHJvZ3JhbS8ABV9zZWxmG1N0YXRlIEhlYWx0aCBJbnN1cmFuY2UgUGxhbmQCCA9kFgJmDxUEES9NeUNlbn
…  R1cmFIZWFsdGgvAAVfc2VsZg9NeUNlbnR1cmFIZWFsdGhkAgkPZBYCZg8VBC0vUGF0aWVudC1CaWxsLW9mLVJ
…  pZ2h0cy1hbmQtUmVzcG9uc2liaWxpdGllcy8ABV9zZWxmLVBhdGllbnQgQmlsbCBvZiBSaWdodHMgJmFtcDsg
…  UmVzcG9uc2liaWxpdGllc2QCAQ9kFgJmDxUEFC9NeUNlbnR1cmFIZWFsdGhpDxhYCHwAFZxlbCBjbGFzcz0ib
…  mF2LXRpZXItMyI+
…  ZAIDD2QWBGYPZBYCZg8VBDkvQVZIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1HcmlldmFuY
…  2UtUHJvY2Vzcy8ABV9zZWxmGVBhdGllbnQgR3JpZXZhbmNlIFByb2Nlc3NkAgEPZBYCZg8VBDcvQVZIL0Zvci
…  1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF0aWVudC1SZXByZXN1bnRhdGl2ZXMvAAVfc2VsZhdQYXRpZW50IFJ
…  lcHJlc2VudGF0aXZlc2QCCw9kFgJmDxUELS9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaXZhY3ktktUh
…  Y3RpY2VzLwAFX3NlbGYRUHJpdmFjeSBQcmFjdGljZXNkAgIPZBYCZg9kFgVAmIGZBYCZg9kFgFAmcfAwIGZGVz
…  GYIQWJvdXQgQVXNkAgEPZBYCZg8PFgQfAmctfAwIGZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aW
…  VyLTIiPmQCAw9kFgxmD2QWBGYPZBYCZg8VBDIvQVZIL0FWdC1BYm91dC1BVH
…  ABV9zZWxmGkFzAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgFAmcfAwIGZGVzaGd6ZSsaAh3Vcl
…  FgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEKS9BVkgvQVJvdXQtVXMvRm9lb
…  mRhdGlvbi9NYWtlLLWEtRG9uYXRpb24vAAVfc2VzZg9NYWtlIGEgRG9uYXRpb25kAgEPZBYCZg8VBCgvQVZIL0

Fib3V0LVVzL0vovGW5vXYAkpb24vSGVhbGUiJ1Bbmk1bWhHAAVfc2VSzg51ZWpgaW9nIEFiZ8Vsc2QCAg9kFgJ
mDxUELS9BVkgvQWJvdXQtVXMvRm91bmRhdGlvbi9Qcm9ncmFtcy1XZS1TdXRbWb3J0LwAFX3NlbGYTUHJvZ3Jh
bXMgV2UgU3VwcG9ydGQCAw9kFgJmDxUELC9BVkgvQWJvdXQtVXMvRm91bmRhdGlvbi9Bc3NvY2lhdGVkUtQ2Ftc
GFpZ24vAAVfc2VsZhJBc3NvY21hdGUgQ2FtcGFpZ25kAgQPZBYCZg8VBEcvQVZIL0Fib3V0LVVzL0zvdW5kYX
Rpb24vRm91bmRhdGlvbi1FdmVudHMvAAVfc2VsZhFGb3VuZGF0aW9uIEV2ZW50c2QCBQ9kFgJmDxUEKi9BVkg
vQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uWZmLwAFX3NlbGYQRm91bmRhdGlvbiBTdGFmZmQCBg9kFgJmDxUEKi9BVkgvQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uLUJvYXJkLwAFX3NlbGYQRm91b
mRhdGlvbiBCb2FyZGQCBw9kFgJmDxUELC9BVkgvQWJvdXQtVXMvRm91bmRhdGlvbi9Db250YWN0LWFzL0zhY3Rz
Rpb24vAAVfc2VsZgpDb250YWN0IFVzZAIBD2QWAmYPFQQVL0FWSC9ByYm91dC1Vcy9BZ2VHmvAAVfc2VszhtBd2FyZHMgJmFtcDsgQWNjcmVkaxRhdGlvbnNkAgIPZBYCZg8PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8ABRc8d
WwgY2xhc3M9Im5hdi10aWVyLTMiPmPmPCAw9kFgJmDw8WBB8CZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzc
z0ibmF2LXRpZXItMyI+

ZAIDD2QWCGYPZBYCZg8VBCIvQVZIL0Fib3V0LVVzL01pc3Npb24vT3VyLVNwb25zb3JvVAAVfc2VsZgtPdXIgU
3BvbnNvcmQCAQ9kFgJmDxUEHi9BVkgvQWJvdXQtVXMvTWlzc2lvbi9IaXN0b3J5LwAFX3NlbGYHSGlzdG9yeW
QCAg9kFgJmDxUEMi9BVkgvQWJvdXQtVXMvTWlzc2lvbi9BZHZlbnRpc3QtV2hhdC1zLWlsuLWEtTmFtZS0vAAV
fc2VsZhVXaGF0JiMzOTtzIGluIGEgTmFtZT9kAgMPZBYCZg8VBDIvQVZIL0Fib3V0LVVzL01pc3Npb24vV2hh
dC1kby1BZHZlbnRpc3RzLWJ1bGlldmUtLwAFX3NlbGYXV2hhdCBBZHZlbnRpc3RzIEJlbGlldmVkAgUPZBYCZ
g8VBBUvQ2VudHVyY1IZWFsdGgtMjAyMC8ABV9zZWxmEON1bnR1cmEgSGVhbHRoIDIwMjBkAgMPZBYEZg8VBA
8vQVZIL0NvbW1lbml0eS8ABV9zZWxmCUNvbW11bml0eWQCAQ9kFgJmDwBBB8CZx8DAgRkFgJmD2QWBAIBDxY
CHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+

ZAIDD2QWCGYPZBYCZg8VBE9odHRwczovL3JlZy5hYmNmaZWdudXAuY29tL3ZpZXcvcdmlld19tb250aC5hc3B4P
2FzPTI4JmTcDt3cD0xMTYmYW1wO2FpZD1DRU5UUVVJBAAVfc2VsZhRDbGFzc2VzICZhbXA7IEV2ZW50c2QCAQ
9kFgRmDxUEGy9BVkgvQ29tbXVuaXR5L0dpdmUtTm93L1CYWNrLWFFX3NlbGYGYWNrIElbGdlbmRhL2QCAg
PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmPmPCAw9kFgJmD2QWAmYP
FQQ2L0FWSC9Db21tdW5pdHkvV2l0aC1yZWFkLXdpdGgtYW1wL3NYBwUFX3NlbGYGVJVm9sdW50ZWVyICAw9kFgJmDxUEa
21tdW5pdHkvU29jaWFsLWFFX3NlbGYGU29jaWFsIElzczVldAIDD2QWAmYPFQQhL0FWSC9Db21tdW5pdGW
5pdHkvQ29tbXVuaXR5LUJlbmVmaXQvAAVfc2VsZhpDb21tdW5pdHkgQmVuZWZpdGQCBQ9kFgRmDxUEGy9BVkg
vSGVhbHRoLWFuZC1XZWxsbmVzcy8ABV9zZWxmFUhlYWx0aCAmYW1wOyBXZWxsbmVzc2QCAQ9kFgJmDwWBB8C
Zx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+

ZAIDD2QWDGYPZBYEZg8VBBAxSGVhbHRoLUxpYnJhcnkvAAVfc2VsZg51ZWFsdGggTGlicmFyeWQCAQ9kFgJmD
w8WBB8CZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+

ZAIDD2QWAmYPZBYCZg8VBA0vRWJvbGEtVmlydXMvAAVfc2VsZhdFYm9sYSBWaXJ1cyBJbmZvcm1hdGlvbmQCA
Q9kFgJmDxUECy9DYWZlL02VsbC0vAAVfc2VsZg1DYWbDqVdlbGxkGxkAgIPZBYCZg8VBA0vaVRyaWFnZS1BcHHAvAA
Vfc2VsZgtpVHJpYWdlIEFwcGQCAw9kFgRmDxUEJC9IZWFsdGgtQW5kLVdlbGxuZXNzL0hlYWx0aHktSGFiaXR
zLwAFX3NlbGYOSGVhbHRoeSBIYWJpdHNkAgEPZBYCZg8PFgQfAmcfAwICZBYCZg9kFgQWAh8ABRc8dWwgY
Y2xhc3M9Im5hdi10aWVyLTMiPmPmPCAw9kFgRmD2QWAmYPFQQLL0V4ZXJjaXNlL1S8ABV9zZWxmCEV4ZXJjaXNlZ
AIBD2QWAmYPFQQML05IdHJpdGlvbi9vAAVfc2VsZg1OdXRyaXRpb25kAgIPZBYCZg9kFgQCAQ8WAh8ABRc8d
1XZWxsbmVzcy9TZWFzb25hbC1JbmZsdWVuemEvAAVfc2VsZhVTZWFzb25hbCBJbmZsdWVuemFkAgMPZBYCZg
WAmYPFQQPL0FWSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0zhbGwtUHJldmVudGlvbi8ABV9zZWxmHUZhbGwgUHJ
JmFtcDsgAWFzc1BQcmV2ZW50aW9uU2QWAmYPFQQWL0FWSC9BdmlzdGVzZGVDdGVyb3J50aWx0LUhvc3BpdGFsL
U5ld3MvAAVfc2VsZgROZXdzZAIFD2QWBgICDxQrAAIPFgQfAmcfAwIJZGGWEmYPZBYCAgMPFgIfAAU3PGEgaH
JlZj1odHRwOi8vd3d3LLmNlbnRlcmEub3JnL2hvbHN0bR1cmEgSGVhbHRoRoPC9hPmQCAQ9kFgQCAQ8WAh8
EaGQCAw8WAh8ABU08YSBocmVmPWh0dHA6Ly93d3cuYXZpc2Q1YYwub3JnL2F2aC9ob21lLzZ5Bdmlz
dGEgWR2ZW50aXN0IEhvc3BpdGFsSPC9hPmQCAg9kFgQCAQ8WAh8EaGQCAw8WAh8ABVY8YSBocmVmPWh0dHA6L
y93d3cuYm9id2lzc29uaG9zcGl0YWwub3JnPWpTcuyGWwWxzb24gTWVtb3JpYWwgR3JhbnQgQ291bnR5IEhvc3
BpdGFsPC9hPmQCAw9kFgQCAQ8WAh8EaGQCAw8WAh8ABUw8YSBocmVmPWh0dHA6Ly93d3cuY2FzdGxlcm9ja2ja2h
vc3BpdGFsSLm9yZz5DYXN0bGUgUm9jayBBZHJlbnRpc3QgSG9zcGl0YWwgL8L2E+

ZAIED2QWBAIBDxYCHwRoZAIDDxYCHwAFSzxhIGhyZWY9aHR0cDovL3d3dy5teWxppdHRsZXRvbnvc3BpdGFsL
m9yZz5MaXR0bGV0b24gQWR2ZW50aXN0IEhvc3BpdGFsSPC9hPmQCBQ9kFgQCAQ8WAh8EaGQCAw8WAh8ABT08YS
BocmVmPWh0dHA6Ly93d3cubHVoY2FyZXMub3JnL2Mb25nbW9udCBVmW9udDBVKwACDx
YEHwJnHwMCCGRkFhBmD2QWAgIBDxYCHwAFTzxhIGhyZWY9aHR0cDovL3d3dy5wZW5yb3Nlc3RRmcmFuY2lzLm9
yZz5QQW5yb3NlLVN0LiBGcmFuY2lzIEhl1YWx0aCBTZXJ2aWNlczwvYT5kAgEPZBYCZag8PFgIfAAVDPGEgaHJl
Zj1odHRwOi8vd3d3LnBvcnRlcmhvc3BpdGFsLm9yZz5Qb3J0ZXIgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQCA
g9kFgICAQ8WAh8ABT08YSBocmVmPWh0dHA6Ly93d3cuc3Rhbnb255aG9zcC5vcmc5+

U3QuIEFudGhvbmkgSG9zcGl0YWw8L2E+

ZAIDD2QWAgIBDxYCHwAFVTxhIGhyZWY9aHR0cDovL3d3dy5zdGFudGhvbnlub3J0aGGhlYWx0aGNhbXB1cy5vc
mc+

U3QuIEFudGhvbmtgTm9ydGggSGVhbHRoIENhbXB1cXzzwvYT5kAgQPZBYCAgEPFgIfAAVQPGEgaHJlZj1odHRwO
i8vd3d3LnN1bW1pdGdlbGJlYYxjZW50ZXIub3JnPlBBbnRob255IFN1bWWpdCBNZWRpY2FsIENlbnRlcj

11521...

... wvYT5xRsGUP2BVCAgEPrgfrrAAvGPGEganYL2j1bd0Wvo18ursd3LNf0bPFyeWvcndqbS5vonc+
U3QuIE1hcnktQ29yd2luIE1lZGljYWwgQ2VudGVyPC9hPmPQCBy9kFgICAQ8WAh8ABUE8YSBocmVmPWh0dHA6Ly93d3cuc3RjYXRoZXJpbmVzbm5lwYaP2SdC4gQ2F0aGVyaW5l1IEhvc3BpdGFssPC9hPmPQCBw9kFgICAQ8WAh8ABUk8YSBocmVmPWh0dHA6Ly93d3cuc3RtaG9zcGl0YWwub3JnL3N0b5b9ob21lLz5TdC4gVGhvbWFzIE1vcmUgSG9zcGl0YWw8L2E+
ZAIGDw8WAh8EZ2RkAgUPZBYEZg8PFgIfBQVQL3VwbG9hZGVkSW1hZ2VzL2F2aXN0YWhvc3BpdGGFsL0NvbnRlbnQvQVZIL0NvbmmZp23VyYXRpb24vQXZpc3RhLUFkdi1i3NwLVdlYi5wbmdkZAIBDxQrAAIPFgQfAmcfAwIGZGQWAmYPZBYMAgEPZBYEZg8WBRBBVkgvU3BlY2lhbHRpZXMvQ2Ryb3Bskb3duLXRvZ2dsZS9IZGW8L3NwbgZAIUDbBxEPrg4fsVA5lIEFcsAAgg8WBB8CZx8DAg9kZYXpCG0LPQl9kFgICAQ8WAhjaWFsdGllcy8U8YiBjbGFzcz0iY2FyZXQipjwvYj5kAgEPFCsAAg4fBWBB8Czx8DAg9kZBYCZg9kFhDxUCHi9BVkgvU3BlY2lhbHRpZXMvQmVudGdgtQ2VudGVyLwxcAXJ0aCBDZW50ZXJkAgIPZBYCZg8VAiQVQVZIL1NwZWNpYWx0aWVzL0JyZXJlLUxNbnRlci1wbmddQ2lBpRlXPUNIENhcmtUgyQ2VudGVyIAIED2QWAmYPFQIkL0FWSC9TcGVjaWFsdGllcy9Dcml0aWNhbC1DYXJlLUxNbnRlci1wbmddQ2lBpRlXPUNIENhcmtVkAgUPZBYCZg8VAhsvQVZIL1NwZWNpYWx0aWVzL0V0YXRlcyBpQmGIsZS9Dcml1ZWJUdWVyUDZ9VmUm
Y21lZmldbmh0bHN0SGVndmGGWmYLzUgUJmFtcTDsgU2FmZXR5ZAIHD2QWAmYPFQIUL0FkdmFuY2UtRGlyZWN0aXJlcy8SQWR2YW5jZSBEaXJlY3RpdmVzZAIID2QWAmYPFQIWL0NlbnRlr1cmEtSGVhbHRoLUxJTktTLxRDZW50dXJhL1EhlYWx0aCBMS
U5LU2QCCQ9kFgJmDxUCES9NeUNlbnR1cmFIZWFsdGgvD015Q2VudHVyYUhlYWx0a0GCCg9kFgJmDxUCLS9QYX RpZW50LUJpbGwtb2YtUmlnaHRzLWFuZC1SZXNwb25zaWJpbGl0aWVzLy1QYXRpZW50IEJpbGwgb2YgUmlnaHRzIChhbXA7IFJlc3BvbnNpYmlsaXRpZXM8L3Nwb4Nn
cml2YWN5LVB5YWN0aWNlcy8RUHJpdmFjeSBQcmFjdGljZXNkAgMPZBYEZg8VBQ1BVkgvQWJvdXQtVXMvD2Ryb3BkBdyLXRvZ2dsZS9IZGW8L3NwbgZAIUDbBxEPrg4fsVA5lIEFcsAAgg8WBB28CZx8DAgZkZBYCZg9kFgwCAQ9kFgJmDxUCKS9BVkgvYWJvdXQtdXMvdXNldmrY2VudGVyL2dlbmVyYWwtb2YtdXMvVXNlLWNlbnRlci1HZW5lcmFsLwZ G0F3YXJkcyAmYW1wLWOyBBY2NyZWRpdGF0aW9uc2QCAw9kFgJmDxUCIS9BVkgvQWJvdXQtVXMvRmFfjdHMtQWJXQtQXpc2RhLwpGYXN0LWZhY3RzZAIED2QWAmYPFQIZL0FWSC9BYm91dC1Vcy9MZWFkZXJzaGlwZMZWFkZXJzaGlwLwZJzaGlwLwZzaGlwLZABVkgvQWJvdXQtVXMvRkFRzZ9OLWmwL1cc9yMZWFkZXJzZZaG1wbMZWFkZXJzLw
JzaGlwZAIFD2QWAmYPFQIfL0FWSC9BYm91dC1Vcy9NaWdzaW9uLTSLYWdXvLElwbmddAgYPZBYCZg8VBQ29t
bXVuaXR5LW9uZW9Z1c1hbmd0LTUvSbGdvD015Q4YWR0ZXd1bGwyQ29tbXVuaXR5IE9uZSBDbBVkgvQ29t
PC9iPmPQCAQ8UKwACDxYEHwJnHwMCBGRkFgJmD2QWCAIBD2QWAmYPFQJPaHR0cHM6Ly9yZWcuYWJzdGnbnVwL
mNvbS92aWV3L3L3ZXpZXdfbW9udGguYXNweeduVGD9hcc0yOCZhbXA7d3A3A9MTE2JmFtcDthaWQ9Q9OVOVFVSQRRDbGFzcz2
VzICZhbXA7IEV2ZW50c0Qc2QCAg9kFgJmDxUCGy9BVkgvQ29tbVuaXR5L500dpdmluZy1CVMXNyLWFtcG
ja2QCAw9kFgJmDxUCHC9BVkgvQ29tbXVuaXR5IE2WR9tU29jaWFsISEl1ZGlhZAIED2QWAmYP
FQIhL0FWSC9Db21tdW5pdHkvQ29tbXVuaXR5LUUlbmVmaXRzZAIFD2QWBGYP
QUYQVZIL0h1YWx0aC1hbmQtV2VsbG5lc3MvD2Ryb3BkBdyLXRvZ2dsZS9IZGW8L3NwbgVIWIZWFsdGgtYntc
sgV2VsbG5lc3MvPGIy"Y2xhc3M9ImNhcmV0I1j48L2I+
ZAIBDxQrAAIPFgQfAmcfAwIGZGQWAmYPZBYMAgEPZBYCZg8VAhAvGSVHbHRoLUxpxYnJhcnkYnJhcnkv9cWJBMa
WJyYXJ5ZAICD2QWAmYPFQILL0NhZmVVXZWxskS8JQ2Fmw61XZWxsZAIDD2QWAmYPFQINL2lUcmlhbH2UtQXBwLw
tpVHJpYWdtlIEFwcGGQCBA9kFgJmDxUCJC9IZWFsdGgtQW5kLVdlbGxuZXNzL3ZpZGVvcy9IZWFsdGgtQW5kLVdlbGxuZXNzLVZpZGVvc2QCBQ9kFgJmDxUCHi9IZWFsdGgtQW5kLVdlbGxuZXNzLXZpZGVvc2Q5GYWxsL
LxRTZWFzb25b5hbCBJbmZvcm1hdGlvbmQCBg9kFgJmDxUCKS9BVkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9GYWxssL
VByZXZlbnRpb24vHUJhbGFuY2UgJmFtcDsgRmFsbCBQcmV2ZW50aW9uPC9zcGG5nZAIHD2QWBGYPZBQYVZIL0F2aXN0OYS
1BZHZlbnRpc3QtSG9zcGl0YWwtTmV3cy8AAAROZXdzZAgCAQ8UKwACDxYEHwJnHwMmZGRkAgcPZBYGAgMPZBY
EAgIPFgIfAAULU3BlY2lhbHRpZXNkAgQPDxYGHwEy9o4CAAEAAAD/////
AQAAAAAAAAAMAgAAAFxFa3 Ryb24uQ21zLkZ1YW1ld2l1d29yay5VSSWgVmVuc2lvbj05LjI.uMC4yNDksIEN1bHR1cmc
mU9bmV1dHJhbCHiMg21nmMZ2J2UUJ2V5rzZIbe19ryOWNT0B5YoJPUBAJCUJBVWVNNNLHJE8Y5...
a19fQmFja2x1Z0ZpZWxkFjxFcnJvcj5rX19CYWNrYWNnLmhbGlGQYPENhbkbKvkaXQ+
a19fQmFja2x1Z0ZpZWxkAAMEAQAJpAfTeXN0ZW0uQ29sbGVjdlbnMuR2VuZXJpY5Mn5MaXN0OYDFbW0VrdHJvb
i5DbXXMuT3JnYW5pemF0aW9uRUYVZXSgR0Wtycm9tdpUkLntcy5Db250cmFjdHMsIFZlcnNpNpb249OS
hY2tpbmdaGaWVsZBY8SXRlbXM+

Page 374

4wLjAuMjQ5SzCBDdWx0dkvzPrPWSJldxRyWWwsIFB1YmxpY01teVRva29uPTU1OWEyYzRmYTixPTyzYmVdXS9Fa3Rh
yb24uQ21zLkZyYWlld29yay5VSS5UcmVlLlIyZWVOb2RlQ29sbGVjdGlvbgIAAAABAgAAAB8BAAAAAAAACQMA
AAAJBAAAAAoADAUAAABZRWt0cm9uLkNtcy5Db250cmFjHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlP
W5ldXRyYWwsIFB1YmxpY01teVRva29uPTU1OWEyYzRmYTIxZTYzYmUEAwAAAKQBU3lzdGVtLkNvbGxlY3Rpb2
5zLkdlbmVyaWMuTGlzdGAxW1tFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5NZW51QmFzZURhdGEsIEVrdHJvbi5
DbXMuQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tl
bj01NTlhMmM0ZmEyMWU2M2JlXV0DAAAABl9pdGVtcwVfc2l6ZQhfdmVyc2lvbgQAACZFa3Ryb24uQ21zLk9yZ
2FuaXphdGlvbi5NZW51QURhdGFbXQUAAAAIACkGAAAAAQAAAAEAAAAFBAAAAC9Fa3Ryb24uQ21zLkZyYW
lld29yay5VSS5UcmVlLlIyZWVOb2RlQ29sbGVjdGlvbgMAAAANTGlzdGAxK19pdGVtcwxMaxN0YDErX3NpemU
PTGlzdGAxK192ZXJzaW9uBAAAEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUcmVlTm9kZUNvbGxlY3Rpb2
4gCAAAACQcUAAAACQgAAAAAwcHAAAAAAEAAAACBCFa3Ryb24uQ21zLkZyZFuaXdPdmxpbnZ1MW51Q
mFzUEVzUURhdGFbXQUAAABCRFa3Ryb24uQ21zLkZyZFuaXdPdmxpbnZ1MW51QmFzUEVzUURhdGFbXQ

a19fQmFja2FsuO2pZWxkIkllbnVEYXRRhKzxGb2xkZXJJZD5rX19CYWNraW5nRmllbGRGErPEFzc
29jaWF0ZWRGb2xkZXJJZ2PmtfX0JhY2tpbmdGaWVsZC1NZW51RGF0YSs8QXNzb2NpYXRlZFRlbXBsYXRlcz5rX1
9CYWNraW5nRmllbGdGQjTWVudURhdGErPElt YWdlUGF0aD5rX19CYWNraW5nRmllbGdGQjTWVudURhdGErPElt YWd
lT3ZlcnJpZGU+

a19fQmFja2FsuO2pZWxkIkllbnVCYXNlRGF0YSs8VGV4dD5rX19CYWNraW5nRmllbGdGQiTWVudUJhc2VEYXRhRhK
zxUeXBlPmtfX0JhY2tpbmdGaWVsZC1NZW51QmFzZURhdGErPEhyZWY+

a19fQmFja2FsuO2pZWxkIkllbnVCYXNlRGF0YSs8VGFyZ2V0PmtfX0JhY2tpbmdGaWVsZC1NZW51QmFzZURhd
GErPEFuY2VzdG9yc1dQ+a19fQmFja2luO2pZWxkIkllbnVCYXNlRGF0YSs8RGVzY3JpcHRpb24+

a19fQmFja2FsuO2pZWxkJUllbnVCYXNlRGF0YSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGdGQjTWVudUJhc2VEY
XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGdGQnTWVudURhdGErPEVYRhKzxJbWFnZVRhBhdGg+

a19fQmFja2FsuO2pZWxkK0llbnVCYXNlRGF0YSs8SW1hZ2VPdmVycmlkZT5rX19CYWNraW5nRmllbGdGQdQ21zR
GF0YWAxKzxZdZ5rX19CYWNraW5nRmllbGdGQAAAEAAwMBAAAEEAQAAQDAAQAACQJfln5c3Rlb5Db2xsZW4t0aW
9ucy5HZW51cmljLkxpc3RgMVtbQ1UuCmlj7LzdGVtLkludkludGktkludaXMuUTtQU0xLuyBXZXJzaW9uPTkuMC4wL
jI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlXV0DAAAAD19pdGVtcw
VfbXRpemUIX3ZlcnNpb24EAAAAHEVrdHJvbi5DbXMuQ29udGVudC1DUkVWRElGRl9BQ1UuU2VydmljZXMuSEN0bH
HRlcmU9bmVldHJhbC1lJgLjS2V5VG9rZW49TYjc3YTJjNGZhMjFlNjNiZV0AAAAN
lvbi5Fa0Vud1llbGdlbGdlPU9WAQVlNlMc3RlbDddHJpbmdBcmEBCKdVSXBUU0xLZW
HRlcmU9bmVldHJhbC1lJgLjS2V5VG9rZW49TYjc3YTJjNGZhMjFlNjNiZV0AAAAN

8sRWt0cm9uLkNtcy5Db21tb24uURWtFbnVtZXJhdGlvbitNZW51SXRlbVR5cGUGAAAAB3ZhbHVlX18l8ACBgAAAA
EAAAABB8BAAAAQQVZIL1NwZWNpYWxsbC2aWxvLWNvbnRlbnQ5zZWxmc3Fhc3sLWFulnB5ZWSsd2VycysGBAAAAAJG
AAAAAATIwAAACYxZXVldnN5zZW5sZXNhLWFulnB5ZWSsd2VycysGBAAAAAJGAAAAAATIwAAACYxZXVldnN5zZW5sZXNh
jAuMC4yNDQsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZV1AAAAN
VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlJLkNvbnRyb2wyezxLkVyZHJvbi5DbXMuVUlDb250cm9sPERlc2N
yaXB0aW9uPTUuMkZHHdVud2FsZ5ABSW50ZWdyXRpb26ezUlX19CYWNraW5nRmllbGdGQaPEltYWdlUGF0aD5r
aD5rX19CYWNraW5nRmllbGdGQQYPE9yZGluYW+a19fQmFja2luO2pZWxkFzxUYXJnZXQ+

a19fQmFja2luO2pZWxkJdGdlSWQ+

a19fQmFja2luO2pZWxkGTxUd1bwbGF0ZT5rX19CYWNraW5nRmllbGdGQiPEFzc29jaWFWF0ZWRGb2xkZXJJZ22Pmtf
0JhY2tpbmdGaWVsZC1NZW51QmFzZURhdGErPElt YWdlUGF0aD5rX19CYWNraW5nRmllbGdGQZPEbvbcklkcGF0aD5rX0
JhY2tpbmdGaWVsZC1NZW51QmFzZURhdGErPEdyb3VwPEyZXbWw51HlDb250ZW50PA

a19fQmFja2luO2pZWxkKFRyZWVOb2RlKzxUdWJleEblPmtfX0JhY2tpbmdGaWVsZC1CBUcmVlTm9kZSs8QWN0a
W9uPmtfX0JhY2tpbmdGaWVsZC1CDVcmVlTm9kZSs8RW5hYmxlZD5rX19CYWNraW5nRmllbGdGQhVHJlZU5vZGUrPF
Zpc2libGU+

a19fQmFja2luO2pZWxkIlRyZWVOb2RlKzxTdWJUZXhlBlPmtfX0JhY2tpbmdGaWVsZC1CBUcmVlTm9kZSs8SW9u0a
W9uPmtfX0JhY2tpbmdGaWVsZC1CDVcmVlTm9kZSCUcmVlTm9kZSs8RW5hYmxlZD5rX19CYWNraW5nRmllbGdGQhVHJlZU5vZGUrPF
Zpc2libGU+

a19fQmFja2luO2pZWxkIlRyZWVOb2RlKzxUZWxlY3RlZD5rX19CYWNraW5nRmllbGdGQeVHJlZU5vZGUrPE1vc
mU+

a19fQmFja2luO2pZWxkKFRyZWVOb2RlKzxOZXh0U0FnZU51bWJlcj5rX19CYWNraW5nRmllbGdGQiVHJlZU5vZ
GUrPEV4cGFuZGVkPmtfX0JhY2tpbmdGaWVsZC1CVUcmVlTm9kZSs8Q29tVFuZF5hbWU+

a19fQmFja2luO2pZWxkKVRyZWVOb2RlKzxDb2xsYXBzZWQ5rX19CYWNraW5nRmllbGdGQ

a19fQmFja2luO2pZWxkJ1RyZWVOb2RlKzxDb2xsYXBzZWQ1Y3Rpb3Nb2RlPmtfX0JhY2tpbmdGaWVsZC1CCVUcmVlTm9kZ
Ss8TmF2aWdhdGVVcmw+

a19fQmFja2luO2pZWxkJlRyZWVOb2RlKzxPbkNsaWVudENsaWNrPmtfX0JhY2tpbmdGaWVsZC1CCUcmVlTm9kZ
Ss8Q2xpY2tEYXVzZXNQb3N0YmFjaz5rX19CYWNraW5nRmllbGdGQgVHJlZU5vZGUrPEN1c3RvbT5rX19CYWNraW5nRmll

11521

5nRml1BSGiVih9IZU5V2GGtoFRVcExiUnVsHufIx0Uh7z1Up5mdGaW7SzREAQ6WBAQEDAWABBQQAAAEBAQEAAAAA
BAQEBAAAAAAAAAQEEAQEAAwABCH5TeXN0ZW0uQu0Q29sbGVjdGlvbnMuMuR2VuZXJpcYy5MaXN0YIDYFbW1N5c3RlbS5SJ
bnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1
jliNzdhNWM1NjE5MzRlMDg5XV1/
U3lzdGVtLkNvbGxlY3Rpb25z25zLkdlbmVyaWMuTGlzdGGAxW1tTeXN0ZW0uU3RyaW5nNLCBtc2NvcmxpY4YiwgVmVyc
2lvbj00LjAuMC4wLCBDdWx0dXJlPW51dXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E3ZDU2MTkzNGUwODlkXQ
kvRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS55UcmVlTm9kZUNvbGxlY3Rpb24CAAAAAQEIC QEBAQEBCAE
uRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlU2VsZWN0aW9uT9k9zQIAAAABHFN5c3RlbS55Db2xs
ZWN0aW9ucy5IYXNodGGFibGUBIWAAAAkZAAAAAQkZAAAAAQAAAAkgAAABiYAAAADHjczCRkAAAAJKAAAAAkpA
AAAAAAAAAAAAAKCgkqAAAAAQAGKwAAAAMyNzMGLAAAAAAMyNzEGLQAAAAAMyNEGLQAAAAcyNzFmjczAQAAAA
IAAAAAAAAAQYvAAAADEJpcnRoOIENlbnRRlcgYwAAAAB1N1Yk1lbnUKCgEBAAAAAAAAoKBc////
8uRWt0cm9uLuLKNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVsVlU2VsZW0aW9uT9k9zQEAAAAHdmFsdWWFXwAIAgA
AAAAAAAGMgAAAB4vQVZIL1NwZWNpYYWx0aWVzL0JpcnRoRLU1lbnRLci8KAAAAQoAAAAJAAAAAAAKCRkKAAAAA
AACAAAAECSAAAAAGNQAAAAMyNzQJQGQAAAAK3AAAAAT9YAAAAAoAoAAAAAAJ AAAAAAyNEGLQAAAAAAAAAAoAoRoAOAP
AAAAAAzI3MQktAAAAABJ0AAAAHHjczXjI3NAEAAAAoAAAAAAAAEGPgAAABJCcmVhc3QgQ2FyZS5BDZW50ZXIIJAoIA
AAAoKAQEAAAAAAAAcgoBwP///P///
8AAAAABkEAAAAkL0FWSC9TcGVjaWFsaXRpZXMvBcCcmVhc3QgQ2FyZS5DZW50ZXIvCkAAAAAKAAAAJAAAAAAAK
AAQkZAAAAAwAAAAAkBkQAAAADAcCRkAAAAAJRgAAAAlHAAAAAAAAKC glIAAAAAAAGSQAAAAMy
NzcGSgAAAAAMyNzEJLQAAAAAMyNjEGLQAAAAAAAAAMBk0AAANQ3JJpdGljYWwgUmVhc3QgQ2FyZQkwA
AAACgoBAQAAAAAAAAAKCgx////z////
wAAAAAGUAAAACQvQVZIL1NwZWNpYWx0aW9zL0NuucmVjY2FsdW1lbnhcmUtULVNhcmMtVUW5pdGllcy8KAAAAAkAAAAAA
ABCRkAAAAEAAAACSAAAAAGuwAAAAAcyNzIJQGQAAAAoJ1VAAAAAoVAAAAAAAAAAAoKCVYAAAAAAoRoAAAAAAAAI3MQkt
AAAAABJ0AAAAHHjczXjI3MgEAAAAOAAAAAAAAAAAAEGXAAAAABNFUiAmYW1wOwBXBYXlwlBXBYXl0IFRp
bWVzCTAAAAAKCgEBAAAAAAAAAcAoBd///P////
AAAAAAZfAAAAGy9BVhqAAAAAAAADEjjc3Emh0kAAAACgoAKAYT////P////
BAAAAAAAAAAAAAoKAYT////P////
AAAAAAZ9AAAAAJy9BVkgvU3BlY2lhbHRRpRZMVMV1YXNjci1sIDYXJlL.LWoAcgABDwAAAAAAAAAG
QAAAAEJQGAAAAAAAAJIAAAAaaAAAAAAAcyI4MAkzAAAAACYIAAAAACYgAAAAACgoJ7lIAAAABoUAAAAAAI3MQktA
ADMjgwBoYAAAADMjczCRkAAAAAJI4MAkzAAAndAAAAAAAAAAAAKCneAAAAAQAG3wAAAAMyODcJ4AAAAAAAAAAoBoBI////z////
BAAAAAAAAAAAAAAAAAAAAoKATT///P////
8AAAAAABowAAAAkL0FWSC9TcGjaWWFsdGljy9EaWFnbm9zdGljLjL1UlyYWdpbmcuGVAdpbmcMuGYAAAA0
AAQkZAAAAACAAAAAkgAAAABo8AAAAAA0DMjgxCRkAAAAAJKAAAAAmSAAAAAAAAAAAAAAAAKC gmTAAAAAAAGlAAAAAAM
yNzQGLQAAAAAAAAAABpBAAAADHmpsaGFhbmVBBBpgAAAAPSW5tdGgNXbNQ4gQ2VudGVyCTAAAAAAAKCG
FXX+
AAAAAzI3MQktAAAABgABAAAAPMjcXJEwEwNzM5NDNIznDgzQAAAADwAAAAAAAAAAAQYBAQAABl0Ocm9rQwkwAAAAAC

```
11521   goBAQARRARARAKCgH+7V7/E7//
    …    wAAAAAGBAEAABgvYXZoL3NwZWNpYWx0aWVzL3N0cm9zZS8KAAoABBoAAAB+
    …    U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGGAxW1tTeXN0ZW0uSW50NjQsIGlzZ29ybGliLCBWZXXjaW9uPTQuMCwlJasIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OWI=
    …    AAAAAZfaXRlbbXMFX3NpemUIX3ZlcnNpb24HAAAAJCAgJBQEAAAAAAAAAAAABBsAAAB/
    …    U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGGAxW1tTeXN0ZW0uSW50U3RyaW5nLCBtc2NvcmxpYiwgVmVyc2
    …    2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQMAAAAGX2l0ZW1zBV9zaXplX3ZlcnNpb24HAAAAAAAAAAAAABCIAAAClAVN5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpZXc3cRGMVtbRWt0cm9cm9zS84wlLjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQMAAAAGX2l0ZW1zBV9zaXplX3ZlcnNpb24HAAAAAAAAAAAAABCwAAA
    …    AAAAAAAAAAsAAAAAsAAABANAAACQYBAAAAAAAAAAAAEqAAAABAAAAAkAQAACwAAAAsAAAABNwAAABoAAAAJBQEAAA
    …    AAAAAAAAAAAATgAAAbAAAACQYBAAAAAAAAAAAEAAE5AAAABAAAANQAABgAAAAYAAABRgAAABoAAAAJB
    …    QEAAAAAAAAAAAUcAAAAbAAAACQYBAAAAAAAAAAFIAAAABAAAAkQAAAAAAAAAABVQAAAABoAAA
    …    AJEQEAAAEAAAABAAAAAVYAAAAbAAAACQYBAAAAAAAAAAFXAAAABAAAAkQAAAAAAAAAABZAAAABo
    …    AAAAJBQEAAAAAAAAAAWUAAAABAAAACQYBAAAAAAAAAAFmAAAABAAAAkWAQAAAwAAAAABcwAAA
    …    ABoAAAAJBQEAAAAAAAAAAXQAAAABAAAACQYBAAAAAAAAAAF1AAAABAAAAkXAQAACQAAAAAAB
    …    gAAABoAAAAJBQEAAAAAAAAAAYMAAAABAAAACQYBAAAAAAAAAAGEAAAABAAAAkQAAAAAAAAAAA
    …    ABkQAAABoAAAAJBQEAAAAAAAAAAZIAAAABAAAACQYBAAAAAAAAAAGTAAAABAAAAkQAAAAAAAAAA
    …    AAAABoAAAABoAAAAJBQEAAAAAAAAAAaEAAAABAAAAACQYBAAAAAAAAAAGiAAAABAAAAkiAQAAAgAA
    …    AAIAAAABrwAAABoAAAAJBQEAAAAAAAAAAbAAAAABAAAACQYBAAAAAAAAAAGxAAAABAAAAklAQAAB
    …    wAAAAcAAAABvgAAABoAAAAJBQEAAAAAAAAAAb8AAAABAAAACQYBAAAAAAAAAAHAAAAABAAAAkkAQAQ
    …    AAAAAAAAAABzQAAABoAAAAJBQEAAAAAAAAAAc4AAAABAAAACQYBAAAAAAAAAAHPAAAABAAAAk
    …    QAQAAAAAAAAAB3AAAABoAAAAJBQEAAAAAAAAAAd0AAAABAAAACQYBAAAAAAAAAAHeAAAABAAAA
    …    AAkuAQAABgAAAABwAAAABoAAAAJBQEAAAAAAAAAewAAAAbAAAACQYBAAAAAAAAAAHtAAAAAB
    …    AAAAkQAQAAAAAAAAAAAAAB+
    …    gAAABoAAAAJBQEAAAAAAAAAAfsAAAAbAAAACQYBAAAAAAAAAAAH8AAAABAAAAk0AQAAAwAAAAAAA
    …    APBQEAAAAAAAAAAJEQYBAAAAAAAAAABwcBAAAAAAAQAAAAABAAAAAJUVrdHJdvbi5DbDXMuT3JnNY5pemPoaW9uPa0
    …    1SXRlbBRhdGEFTUFAAACTUBAAAJNgEAAAk3AQAAQACTyBAAAJOQEAAAk6AQAACgBqAOQYF9AYQAACT8BAAAJ
    …    PwEAAAlAAQAACUEBAAAJQgEAAAlDAQAACgCqAAQAAAAQAAwAAGEaAAAAkTBXJ2YW5pemF0aW9uPa0
    …    S5UcmVlLklkL1UcmVsLkxkUcmVlLklkL1UcmVs5CUcm9uP0tbWVAAAAJRAEAAAAAZAvCUYBAAAJRQEAAAJOQEAAAk
    …    AJTQEAAAlOAQAACTyBAAAJOEBAAAlQAEAAAlPAEAAAAAAAAALAkLQmRWt0cm9uLkxkL1UcmVsLk9yZ2FuaXphdGlv
    …    bj0y5UcmVlLklkL1UcmVsLjVmZUcmVlLklkL1UcmVsU3JvbkWMLUcmVlLklkL1UcmVsU3JvbkWMLUcmVlLklkL1Ucm9v
    …    cy5GcmFmtZXdvcmsuVUkuVHJlZS5JZC1zZUdUCAAAADxEBAUcmVsLkSmRWt0cm9uLkxkL1UcmVsU3JvbkWMLUcm
    …    AAAAAAAAAAAAAABxYBAAAAQAAAQAAAAAEJkVrdHJvbi5LZG9uLk9yZ2FuaXphdGlvbj0y5UcmVlLklkL1UcmVsLjV
    …    RlAgAAAlVAQAAAVYAAAAoHGQEAAAAAAAAAAAAAAAAQmRWt0cm9uLkxkL1UcmVsU3JvbkWMLUcmVlLklkL1Ucm9v
    …    cy5GcmFmtZXdvcmsuVUkuVHJlZS5JZC1zZUdUCAAAADxEBAUcmVsLkSmRWt0cm9uLkxkL1UcmVsLjQyUk
    …    ljAQAACWQBAAAJZQEAAAlmAQAACWcBAAAJaAEAAAlpAQAAAmcAAAAAAAAAAAAABZZCZFa3Ryb24uQ2RvbkZjZkZjZ
    …    yEAA0CByUBAAAAAQAAAQAAAAEJkVrdHJvbi5MZC1zZUdUCWcAAAAoHGQEAAAAAAAAAAAQmRWt0cm9uLkxkL1UcmVs
    …    1jAQAACWQBAAAJVGVsLk9yZ2FuaXphdGlvbj0y5UcmVlLklkL1UcmVsLjQyUk
    …    yYW1ld29yay5VSS5UcmVlLklkLXNlbGVjdGVkRGlhbG9nAAAJbWRWt0cm9uLkxkL1UcmVsU3JvbkWMLUcm
    …    yW11ld29ya5VSS5UcmVlLklkLXNlbGVjdGVkRGlhbG9nAAAJbWRWt0cm9uLkxkL1UcmVsU3JvbkWMLUcm
    …    QAAAAEAAAAEAAAAABCZFa3Ryb24uQ2RvbkZjZkZjZyEAA0CByUBAAAlmAQAACc4gYVrdHJvbi5MZC1zZUdUCWcAA
    …    QAACXBIBAAAABiP7//+L///
    …    8EAAAABnkBAAAdQVZIL1NwZWNpYWx0aWVzL0ppcGNnRoLUNlbnRlci8i8JIAAAACoAAAAAAACRkAAAABAAAAACXw
    …    BAAAKABEBAAAAAAAAAAATYBAAAIAAAAEgEAAAAAAAAAPAQAAAAAkZAAAAAAAAJNwAAAAkAAAAA4AAAAk
    …    AAABCT4AAAABfv7//+L///
    …    8EAAAABoMBAAA1jQVZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlLUNlbnRlci8i8JIAAAACoAAAAAAACRkAAA
    …    CAAAACYYBAAAKABIBAAAAAAAATcBAAAIAAAAEgEAAAAAAAAAPAQAAAAk2AAAAAAAAJRgAAAAlH
    …    AAAACRkAAAACBCU0AAAABdP7//+L///
    …    8EAAAABoOBAAAjQVZIL1NwZWNpYWx0aWVzL0NyaXRpY2FsLUNhcmUtVW5pdC1DYXJlLUNlbnRlci8i8JIAAA
    …    DAAAACZAAAAAKABUBAAAAAAATgBAAAIAAAAEgEAAAAAAAAAPAQAAAAk2AAAAAAAAJVQAAAAlW
    …    AAAACRkAAAACBCVwAAAABav7//+L///
    …    8EAAAABpcBAAAjQVZIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1DYXJlLUNlbnRlci8i8JIAAAACoAAAAAAACRkAA
    …    KABAAAAAAAATkBAAAFAAAAEgEAAAAAAAAAPAQAAAAkcwAAAAAAAAJYQAAAAll
    …    CWsAAAAABYP7//+L///
    …    8EAAAABqEBAAAXQVZIL1NwZWNpYWx0aWVzL0dJLUxhYi8i8JIAAAACoAAAAAAACRkAAAABAAAAACRkABXY
    …    BAAAAGAAAAC04AAAAABCBcBAAAAAATsBAAAIAAAAGAEAAAAAAAAAPAQAAAAkcwAAAAAAAAJggAA
    …    AAmDAAAACRkAAAABCYkAAAABTP7//+L///
    …    8EAAAABrUBAAAjQVZIL1NwZWNpYWx0aWVzL0RpYWdub3N0aWMtUmFkaW9sb2d5LUNlbnRlci8i8JIAAAA
    …    HAAACbgBAAAKABwBAAAAAAATwBAAAIAAAAGAEAAAAAAAAAPAQAAAAk2AAAAAAAAJkQAAAAmS
    …    AAAACRkAAAABCZgAAAABTv7//+L///
    …    8EAAAABr8BAAAjQVZIL1NwZWNpYWx0aWVzL0luZnVzaW9uLUNlbnRlci8i8JIAAAACoAAAAAAACRkAAAAIAAAA
    …    ACcIBAAAKABkBAAAAAAAT0BAAAIAAAAYRQAgAIAAAAPAQAAAAk2AAAAAAAAJoAAAAmhAAAA
```

11521…

CRkAAABBCaCaAAAAGP///+L/+/-/
8EAAAABskBAAAqL0FWSC9TcGVjaWFsFsdGllcy9JbnRlcnZlbnRpb25zhbC1SYWRpb2xvZ3kvCSAAAAAqAAAAAAAAAAkZAAAACQAAAnMAQAACgBhFACAAgAAAAE+
AQAACAAAABoBAAAAAAADwEAAAAAAAAJGQAAAAAAAAAAAAACa8AAAAJsAAAAAkZAAAAAQm2AAAAAS7+///i///
BAAAAAbTAQAAIy9BVkgvU3BlY2lhbHRpZXMvSW5zm9pbnQtQ2FyZS1DDZW50ZXIvCSAAAAAqAAAAAAAAAAkZAAAAC gAAAnWAQAACgAaAQAAAAAAAE/
AQAACAAAABsBAAAAAAADwEAAAAAAAAJGQAAAAAAAAAAAAAACb4AAAAJvwAAAAkZAAAAAQnFAAAAAST+///i///
BAAAAAbdAQAAJEFWSC9TcGVjaWFsFsdGllcy9MYWJvcmF0b3J5LVNlcnZpY2VzLwkAAAAKgAAAAAAAAAJGQAAA AsAAAAJ4AEAAAoAGwEAAAAAAABQAEAAAgAAAAdAQAAAAAAA8BAAAAAAAACRkAAAAAAAAAAAAAAnNAAAACc4AAAAJGQAAAAEJ1AAAAAEa/v///4v///
wQAAAAG5wEAAB9BVkgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24tU2VydmljZXMvCSAAAAAqAAAAAAAAAAkZAAAADAAAAAnqAQAACgAdAQAAAAAAABQAEAAAgAAAAeAQAAAAAAA8BAAAAAAAAACRkAAAAAAAAAAAAAAnOAAAACc8AAAAkZAAAAAQnjAAAAARD+///i////
BAAAAAbxAQAAJC9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2FyZS1DZW50ZXIvCSAAAAAqAAAAAAAAAAJGQAAAA0AAAAJ9AEAAAoAHwEAAAAAAABQgEAAAgAAAAgAQAAAAAAA8BAAAAAAAACRkAAAAAAAAAAAnrAAAACe0AAAAJGQAAAAEJ8gAAAAEG/v///4v///wQAAAAG+
wEEAACFBVkgvU3BlY2lhbHRpZXMvV3VyZ1TZXJ2aWNlcy9JTEXJ.2aWNlcy9JTEAAAACoAAAAAAAAACRkAAAAOAAAACf4BAAAKACE4AAAAAAAAUMBAAAIAAAAEaeAAAAAAAAAAUBAAAAAUUMBAAAIAAAAeexQAgAIAAAAPAQAAAAAAKKZAAAAAAAAAAAAAAJ+
gAAAAn7AAAACRkAAAABCQEBAAAB/P3//+L//
8EAAAABgUCAAAYL2F2aC9zcGVjaWFsFsdGllcy9zdHJva2UtUHVnaXZ2cmUSAAAAAqAAAAAAAAAkZAAAADwAAAAkIAgAAKbgBkgAAkgAA
7FACAAgAAAAEFEAQAACQAAAAkZAAAAAkZAAAAAQAAAkgAAAAaBgsCAAALMTA3a3MMjUwwMuMKCgoAAAAAAAAA
AAYMAgAAB0BNvbnRlbbnQGDQIAAlwdrRdbWlja1xpbpEU3bmU3NDE4N4zM3NDE4NzM3NDE4N4zM3NDE4NzM3NDE4NzM3NDE4Bg8CAAAPMTAmjczXkjEwYWFzM3NDE4N4zM3NDE4NzM3NDE4Bg8CAAAPMTAmjczXjEwYWFzM3NDE4N4zM3NDE4NzM3NDE4jczCS0AAAGEgIAABMyNzFeMjczcjEwYWFzM3NDE4N4zM3NDE4NzM3NDE4
J0aCBDBZW50ZZXIGIAAAAADDb250ZW50ZQoBQAAAAAAAAAAAAAxCgHr/f///
wAAAAAGFgIAADUvQVZIL1NwZWNpYWxpdGllcy9Ucm9wcmoLUNlbnRlcnMvBYml91dGOaGVuc0lpcjBYml9DZC9YUlpcG9jCgoAAAAKgAAAAAAAAAJGQAAA0AAAAJFgIAAClwdGhlWGlja1xpbaBkUGFuAWyZS1DZWx0ZXIvCS0AAAGHAgAABMyNZFeMjczcjEwYWFzM3NDE4BwMjUwwMjUwwMTA3MTQ3NDE4NzM3NDE4
AAZMAgAAEkJpcnRoIENlbnRlciBUb3VyIHRlcnNoaXAgU2FmZXR5IGlufQpZS0xLQAAAAAAAAAAAJGQAAAAAAAAAAAAnEAAAC5AAAAkZAAAAEJhdQAAAEDv///i///
wAAAAGJwIAADUvQVZIL1NwZWNpYWxpdGllcy9Ucm9wcmoLUNlbnRlcnMvBX2NlbmVyBaMjhcVnJvVnJvbmFmZXR5IGlufQpZS0xLQAAAAAAAAAAAJGQAAAAAAAAAAAAnFAAAC6AAAAkZAAAAEKAgBKAAAADQpsadGdY2hzGDDK2GZG1lY2szZGiAAAAAAAAAAoAKAYWNpYWxpdGllcy9Ucm9wcmoLUNlbnRlcnMvBX25lYWEBoMjhcVnJvVnJvbmFmZXR5IGlufQpZS0xLQAAAAAAAAAAAJGQAAAAAAAAAAAnFAAAC6AAAAkZAAAAEKAgBKAAAAxLEKygHv///i///
wQAAAAGagIAADQvQVZIL1NwZWNpYWxpdGllcy9Ucm9wcmoLBUNlbnRlcnMvBX2NlbmVyBoMjhcVnJvVnJvbmFmZXR5IGlufQpZS0xLQAAAAAAAAAAAAAoAKAYWNpYWxpdGllcy9Ucm9wcmoLBUNlbnRlcnMvBX2NlbmVyBoMjhcVnJvVnJvbmFmZXR5IGlufQpZS0xLQAAAAAAAAAAAAoAKAYWNpYWxpdGllcy9Ucm9wcmoLBUNlbnRlcnMvBX2NlbmVyBoMjhcVnJvVnJvbmFmZXR5IGlufQpZS0xLQAAAAAAAAAAAAAAoAKAGnQIAABl8Ib3NwaXRhbC9tdUmXhN0cmF0aXZlLVNl
AAAAAAAAAAGnQIAABBIb3NwaXRhbC/vvvvv
AgAAAADKwjl8mjczBoACAAADmjczCS0AAAAGggIAAAwyNzFjczXjkwb3NmeF1jZXjkwbpMjhcVnJ2V1jeXjkwbpNjkAAAAAAAAAAoBOmCAAAVQ
mlydGGgQ2VudGVyIFZpc2l0b3J.JzCRQCAAAKCgEBAAAAAAAAAAAoKXv9///P////
AAAAAaGAgAANC9BVkgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24tU2VydmljZXMvCS0AAAAGggIAAAwyNzFjczXjkwbpMjhcVnJ2V1jeXjkwbpNjk8KAAAU0BAAAU0IOTA3M3wyNzEgMjgjY2IIAAxaWyNzNMwAYQAEPDYwN3WaGVawwQAAAAAAAAAkZAAAAAAGnvNlbNwIcG9jCgoAAAAKgAAAAAAAAAJGQAAA0AAAAJ8AEAAAoBOmCAAAvQ
mlydGGgQ2VudGVyIFZpc2l0b3J.JzCRQCAAAKCgEBAAAAAAAAAAAoKXv9///P////
8EAAAABpQCAAAL0FWSC9TcGVjaWFsFsdGllcy9zdGJ2lvaGdC9YUlpcG9jCgoAAAAKgAAAAAAAAAJGQAAA0AAAAJ8AEAAAoBOmCAAAvQ
mlydGGgQ2VudGVyIFZpc2l0b3J.JzCRQCAAAKCgEBAAAAAAAAAAAoKXv9///P////
AAAAAaGAgAANC9BVkgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24tU2VydmljZXMvCS0AAAGGggIAAAwyNzFjczXjkwbpMjhcVnJ2V1jeXjkwbpNjkAAAAAAAAAAoBSmBAAAVQ
mlydGGgQ2VudGVyIFZpc2l0b3J.JzCRQCAAAKCgEBAAAAAAAAAAAoKXv9///P////
AAAAAaGGgAAANC9BVkgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24tU2VydmljZXMvCS0AAAGGggIAAAwyNzFjczXjkwbpMjhcVnJ2V1jeXjkwbpNjkAAAAAAAAAAoBSmBAAAVQ
AgAACDkwNjl8mjczBoACAAADmjczCS0AAAAGggIAAAwyNzFjczCS0AAAAGggIAAAwyNzFjczXjkwNjkjYjkwNjkjYjkwNjkCAAAAAAAAAAoAAxwayNzNNwAYQAGGewIAAAAQ2MDEzIAAAAkZAAAAkZAAAAAQAAAAAAoBSmBAAAVQ
8AAAAaBpQCAAA3L0FWSC9TcGVjaWFsFsdGllcy9CaXJ0aC1DZW50ZXIvISVW4t0Q2FzZS1vZi1Db21bwGljYXRpb25
zLwoAACgABTgEAAAAAAAAJGQAAAAsAAAAJYQAAAoIAAAATHAAAAAAAAoBpwCAAAAGewIAAAAQ2MDEzIAAAAkZAAAAAk
AgAADwEN0IQMjWMfDIMxMwaaAgAAAzI3MwktAAAABpwCAAATHAAAAAxxMCcxNzQyQyNDIzMAIAAAAA
AAAAAAAAAAGnQIAABlIb3NwaXRhbBCQcmUtUmVnaXN0cmF0aW9uOcmF0aW9uYkF9uBUp4CAAAAAEAcgoBYf

```
8AAAAABgACAAANLyNQcmVSZWdNb2RhbAoACgABTwEAAAkAAAAJGQAAAAAJGQAAAAEAAAAGogIAAAEABqMCAAA
ENTc4MQoKCgAAAAAAAAAACQwCAAAJDQIAAAmmAgAAAAAGpwIAAAg5MDc1fDI3NAaoAgAAAzI3NAktAAAABqoC
AAAMMjcxXjI3NF45MDc1AgAAAA8AAAAAAAAAarAgAADk1hbW1vZ3JhbSBUaXBzCRQCAAAKCgEBAAAAAAAA
AoKAVP9///P////
```

```
AAAAAauAgAAMy9BVkgvU3BlY2lhbHRpcZXMvQnJlYXN0lUNhcmUtUtQ2VudGVyL01hbW1vZ3JhbSlUaXBzLwoAC
gABUAEAAAkAAAAJGQAAAAAAJGQAAAAIAAAAGsAIAAAEAbrECAAAEENTc4NAoKCgAAAAAAAAAAACQwCAAAJDQIAAA
m0AgAAAAGtQIAAAg5MDc2fDI3NAa2AgAAAzI3NAktAAAABrgCAAAMMjcxXjI3NF45MDc2AgAAAABAAAAAAAAA
AAAa5AgAAFElhbWlvZ3JhbSBBHdWlkZWxpbmVzCRQCAAAKCgEBAAAAAAAAAoKAUX9///P////
AAAAAAa8AgAAOS9BVkgvU3BlY2lhbHRpcZXMvQnJlYXN0lUNhcmUtUtQ2VudGVyL01hbW1vZ3JhbS1HdWlkZWxpbmVzxpb
mVzLwoACgABUQEAAAkAAAAJGQAAAAAJGQAAAAMAAAAJIAAAAAa/
```

```
AgAACzEwNzM3M3NDM1MTAwCgoKAAAAAAAAAAAAAAJDAIAAAkNAgAACcICAAAAAAbDAgAADzEwNzM3M3NDI1MTc6fDI3N
AbEAgAAAzI3NAktAAAABsYCAAATMjcxXjI3NF4xMDczNzQyNTE3NAIAAAARAAAAAAAAAGxwIAAA4zRCBNYW
1tb2dyYXBoeQkUAgAAgoBAQAAAAAAAAAKCgE3/f//z////
```

```
wAAAAAGygIAAEEvQVZIL1NwZWNpYWx0eS0JyZWFzdC1DYXJlLLUNlbnRlci9Ub21vc3ludGhlc2IzLTTNELU
1hbW1vZ3JhcGh5LwoACgABUgEAAAkAAAAJGQAAAAAJGQAAAAQAAAAJIAAAAAbNAgAACzEwNzM3M3NDc3Cgo
KAAAAAAAAAAAAAJDAIAAAkNAgAACdCAAAAAAbBAgAADzEwNzM3M3NDc2fDI1NzNAbSAgAAzI3NAktAAAABtQC
AAATMjcxXjI3NF4xMDczNzQyNTcxMAIAAAASAAAAAAAAAAG1QIAABRCcmVhc3QgU3VyZ2llYWwgQ2FyZQkUA
gAACgoBAQAAAAAAAAAAKCgEp/f//z////
```

```
wAAAAAG2AIAADkvQVZIL1NwZWNpYWx0eS0JyZWFzdC1DYXJlLLUNlbnRlci9CcmVhc3QtU3VyZ2ljYWwtQ2
FyZS8KAAoAAVMBAAAJAAAACRkAAAAACRkAAAAFAAAACSAAAAG2AgAACzEwNzM3NDAyNTcyCgoKAAAAAAAAAAkMAgA
ACQ0CAAAJ3gIAAAAAAbu0CAAAPMTA3Mzc0MjI3zODl8Mjc0Bu4CAAADMjc0OC0AAAAAGBAIAABMyNYPMjcxXjI3Nz
3NDI2Mzg5AgAAABQAAAAAAAAAAAAbxAgAACkNbvnbnRhY3QgVXMJFAIAAAoKAAAEQEAAAAAAAACgoBDf3//P////
8AAAAABvQCAAA/
```

```
L0FWSC9TcGVjaWFsdFdsGllcy9CcmVhc3QtQ2FyZS1DZW50ZXIvQ29udGFjdC1CcmVhc3QtQ2FyZS1DZW50ZXIvc
gAKAAFVAQAACQAAAAkZAAAAAkZAAAAAgAAACAgAAAQG9iAAAPMTA3NzQ0MjI3NjV8MjcmBnAEAAADMjc4MC0AAAAAAAAbA
AACfoCAAAAAAAb7AgAACDkwODc8Mjc4BvwCAAADMjc4CS0OAAAAG/
gIAAAwyNzFeMjc4Xjkkw0DYCAAAAAAAAAAAAAAAABv8CAAAOT3VyIEdJIEV4cGVydHMJFAIAAAoKAQEAAAAAAAA
AACgoB//z//8////
```

```
8AAAAABgIDAAAjL0FWSC9TcGVjaWFsdFdsGllcy9HSS9PdXItR0ktRXhwZXJ0cy8KAAoAAVBAAAAJAAAACRkAAAA
ACRkAAAAAAAAABgQDAAABAAYFAwAABDU4NzgKCgAAAAAAAAAAkkMAgACQ0CAAAJCAMAAAAAABgkDAAAIOTA4
N3wyNzggCGGCgMAAAMyNzgJLQAAAAYMAwAADsxzTg0N2YyNzheOTA4N2AIAAAAAAAAAAAGDQMAAAtDb2xvbm9z
29weQkUAgAACgoBAQAAAAAAAAKCgHx/P//z////
```

```
wAAAAAGEAMAACAvQVZIL1NwZWNpYWx0eS0dJL0NvbG9ub3Njb3B5L3Njb3B5L3B5LwoACgABVwEAAAkAAAAJGQAAAAAJGQ
AAAAQAAAAGgMAAEABhMDAAAENTg40AoKCgAAAAAAAAAACwCAAAJDQIAAAkWaAAAAAGFwMAAAg5MDg4fDI3NDI
3OAYYAwAAAzI3OAktAAAABhoDAAAMMjcxXjI3OF45MDg4AgAAAAAYbAwAAAYbAwAACgoB4/z//8////
```

```
8AAAAABh4DAAAfL0FWSC9TcGVjaWFsdFdsGllcy9HSS9Db250YWN0LVVVzLwoACgABWAEAAAkAAAAJGQAAAAAJGQA
AAAEAAAAJIAAAAAYhAwAACzEwNzM3NDQwMjcwCgoKAAAAAAAAAAAJDAIAAAkNAgAACSQDAAAAAAbHAgAACkNAgACSQDAAAAAAbHAgAC
NzM3NDI1OTA5z0QYTMwAAAAgAQktAAAABigDAAAIAgAAAMMjcxXjI3OV4xMDczNzQyNTkw9AAIAAAAAAAAAAAAAAAAAA
AAGKQMAAAlBYm91dCBCRIZWFydCBCBWYXNcIBDRQCAAAKCgEBAAAAAAAAAoKAdX8///P////
```

```
AAAAAAYsAwAAMS9BVkgvU3BlY2lhbHRpcZXMvSGVhcnQtQ2FyZGlhYy1FbHVVydC1DYXJlL2FyZC9BS8KAAoAAVkB
AAkAAAAJGQAAAAAJGQAAAAMAAAAJJbUAAAAAAaMEUvEvUtVc2dGNMAAAAZ8Dg5fDI3OVY0YmRhAAIAAAAAAAAAAAhAAAAAAAAA
GNwMAAAdZDYXJkaWFjCRQCAAAKCgEBAAAAAAAAAoKAf8f//z////
```

```
8AAAAABlYDAAAoL0FWSC9TcGVjaWFsdFdsGllcy9IZWFyZC9DYXJkaWFjLUNhdGgtTGFiLwoACgABWgEAAAkAAAAJ
GQAAAAAJGQAAAAQAAAAJIAAAAAaJEVtZXJnZW4zcGVjaWFsdFdsGllcy9IZWFyZC9DYXJkaWFjLUNhdGgtTGFiLwoAC
AAZdAwAAADzEwNzM3NDI1ODU5fDI3OQYeAwAAAzI3OQktAAAABmADAAAMMjcxXjI3OV4xMDczNzQyNTg1OQIAA
AAgAAAAAAAAAAAGYQMAABDYXJkaWFjXJjaWFjIFJlaGFiaWxpdGF0aW9uPGF0aW9uPGF0aW9uP0aW9uCRQCAAAKCgEBAAAAAAAAoKAZ38///P///
//
```

```
AAAAAAZkAwAALi9BVkgvU3BlY2lhbHRpcZXMvSGVhcnVQ2FyZGlhYy1SZWhhYmlsaXRhdGlvbi8KAAoAAV0BA
AAJAAAACRkAAAAACRkAAAAEAAAAJIAAAAAaZEVtZXJnZW5jecSAAAAAEvgOgIAOOgOgIAjDzgGVsZwGbGVsCgqqoqoqo
zrAwAADzEwNzM3NDNDE4ODQ4fDI3OQZsAwAAAzI3OQktAAAABm4DAAATMjcxXjI3OV4xMDczNzQyOODg0OOAIAAAAA
hAAAAAAAAAAGbwMAAAxDYXJkaWW92YXNjdWxhciBDyAAAcGbnRpb25zCRQCAAAKCgEBAAAAAAAAAoKAY/8
///P////
```

```
AAAAAAZyAwAASC9BVkgvU3BlY2lhbHRpcZXMvSGVhcnQvSW52YXNpdmUtQ2FyZGlvdmFzY3VsYXItIWVVUtVdGdluZ
```

11521...

... y1hbmQtSW59Z0xZ2w9dxRwuEwbnCgBKgEAKRAmAJGQQAAnAmQEQAAAcAAAKJYIRAnAnJTRnAAABDU4NzIKCg
... oAAAAAAAAAkMAgAACQOCAAAJeAMAAAAABnkDAAAPMTA3Mzc0Tg4ND18Mjc5BnoDAAADMjc5CS0OAAAAGfAM
... AABMyNzFeMjc5XjEwNzM3NDE4ODQ9AgAAAACIAAAAAAAAAAAZ9AwAAHE5vbi1JbnZhc2l2ZSBDYXJkaaWFjIFRl
... c3RpbmcJFAIAAAoKAQEAAAAAAAAACgoBgfz//8////
... 8AAAAABoADAAA0L0FWSC9TcGVjaaWFsdGllcy9IZWyFydC9Ob24tSW52YXNpdmUtQ2FyZGlhYy1UZXN0aW5nLwo
... ACgABXwEAAAAAkAAAAJQQAAAAAJGQQAAAAgAAAAJIAAAAAaAaWDAnQBDU4NTcKCgoAAAAAAAAAkMAgAACQOCAAAJ
... hgMAAAAABocDAAAPMTA3Mzc0Tg4ND18Mjc5BogDAAADMjc5CS0OAAAAGigMAABMyNzFeMjc5XjEwNzM3NDE4O
... DQ3AgAAAACMAAAAAAAAAAAaLAwAAC0hlYXJ0IFNjYW5zCRQCAAAKCgEBAAAAAAAoKAXP8////P////
... AAAAAAaOAwAAIy9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvSGVhcnQtU2NhbnMv
... AkZAAAACQAAAAkgAAAABgAAAABpEDAAAENTkxMAoKAKQWGAAAAAAAKMAgAACQOCAAAAOmxsX
... QyNDY2NnwyNzkKCoQLgMAAAMyNzkJLQQAAAaYaYAwAAEz13MV4yNzleMTA3Mzc0MjQ2NjNAgAAAAAAAAAABpk
... DAAAeSGVhcnQgQXR0YWNrIFJpc2tzCRQCAAAKCAZsc2ABgfw//8/////
... AAAAAAacAwAAKS9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvSGVhcnQtQXR0YWNrLVJpc2tzCgAAAFhAQAACAAA
... AkZAAAAAkAkZAAAAAQAAAAKgAAAABgAAAAB8EDAAAEMTA3Mzc0NTM1OTQ9CDAAAADMjcw
... AABqMDAAAXMTA3Mzc0Mjcxcx4NDV8MTA7Mzc0Mj0MjM3MzCpMAAAsAABqYDAAAbMjcxJE
... wNzM3NDIzNDU3XjEwNzM3NDI3MTQ1AgAACgAAAAAAAAnAwAAADE91ciBTYXJ2aWNlcwkQA
... AAAAAAKCgFX/P//z////

... wAAAAAGqgMAAEwvQVZIL1NwZWNpYWxYx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlcnZlbnRpb2
... 5hbC1SYWRpb2xvZ3kktU2Vydml2jXMvcGAKAFiaQAACQOAAAACkAAAAAAkZAAAAAkZAAAAAgAAAABq0DAAALMTA
... 3Mzc0NTM1OTTkKCgoAAAAAAAAkMAgAACQOCAAAJsAMAAAAABrEDAAAXMTA3Mzc0NDR8MTA3Mzc0OMjM
... NTcGsgMAAAsxMDczNzQ0MjQyN1wktAAAAABrQDAAAbMjcxXjEwNzM3NDIzNDI3XjEwNzM3NDIiTQ0AgAAAACkAA
... AAAAAAAAa1AwAAD091ciBTcGVjaaWFsaWFsaWFaXMcwkQAGABAAAAAAAAKCgFJ/P//z////
... wAAAAAGuAMAAEyvQVZIL1NwZWNpYWxYx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlcnZlbnRpb2
... 5hbC1SYWRpb2xvZ3kktU2Vydml2jXMcgkQAGABAAAAAAAkgAAAAAACkAAAAAAAAA1AwAACkWFheDkgAAAABRs
... wNjEKCgoAAAAAAAAAkMAgAACQOCAAAJsAMAAAAABBr0DAAAPMTA3Mzc0OMTg3NDE4ODQ9AgAAAACSAAAAAAAAAa
... 4AAWRmfjdHMgQWJvdXQgWngugAAChgAChQgAAACkEf//z////

... wAAAAAGxgMAAD8vQVZIL1NwZWNpYWxYx0aWVzL0pvaW50L0LUNlbnRlci1BYm91d0C1BdGlyLwpAAApcAAAAoKAQQ
... J1LUNlbnRlci1KAAOAAWOAWNWFkJAAAACRkAAAAACkRkAAAAAAAACAAAAAAASgAKYQAAAAAAAaAAA
... AAkMAgAAACQ0CAAAJz1MAAAAAAABs0DAAAPTEwTTEwEMwYQAAAAyODIpAAAACkMAAAAAAASgAyJRNDYETw
... MQIAAAkEBAAAAAAAABGQQAAAg5MTA1fDI4MgyGawAAyAwztAI4Mktf1AAAAAABggEAAAMMjcxXjI4MgyGewAAAAA0
... AAAAAAAAYJBAAAG0pvaW50IFNjYW5zCRQCAAAKCkQwUAAAAAAAAAAKCgH1+///
... z////
... wAAAAAGDAQAADovQVZIL1NwZWNpYWxYx0aWVzL0pvaW50LUNlbnRlci9Kb2ludC1TY2Fucy8KAAAFhBAAAA
... lzdHMvcGAKAKAQAACQAAAAkZAAAAAAXAAAAYOAwAAQAGDwQAAQAGDwAAAAAAQAGDwAAAAAAAADAI
... AAkNACRIEAAAAAATBAAACDkbXDB8MjgyBHBhc5BQEAAADMjcZGawAAeywFzEM4Mgyt4MDADAIAAADMjcx
... MQAAAAAAAAABhcEAAAdQ29ugdFjdCB0aGUgSm9pbnQgQgyFyZSBDZW50ZXIJFAIAAAoAKAQEAAAAAAAAAACgoB5
... /v//8////
... 8AAAAABhoEAAA4L0FWSC9TcGVjaaWFsdGllcy9Kb2ludC1DZW50ZXIvQ29ubmVjdC10by10aGUtSm9pbnQtQ2FyZS1DZW50ZXIvCgAAAFhBAAA
... lci8KAAoAAWoBAAAAkAAAAJQQAAAACRkAAAAAGHQBAAAPMTA3Mzc0NTM1OTY9AgAAAAAQAQAAACkMAAAAAAASgA
... CQWAAAJDQIAAAkIQQpAAAGwAAAGIQQQAGGawAAeywFzEMTg4MGggyDjY3MDD4MDADAIAAAAADMjcx
... DdeMTA3Mzc0MTg3NDE4ODQ9AgAAAACMAAAAAAAAAAAQAAAAAABiUEAAACkQWQYJvdXQgQXpc3RhRhiMzOTTzIFNwaW5lIENhcmUJFAIAAAoAKAdn7///P////
... AAAAAAAiBAAAPA9BVkgvU3BlY2lhbHRpZXMvSm9pbnQtQ2VudGVyL0Fib3V0LUF1c3RpbicspvaW50LUNh
... mUtQ2VudGVyLwoACgABaABagBawEAAAAAkAAAAJQQAAAACRkAAEAAAiEaEAAACkMAgAACQOCAAyQ
... AACQwCAAAJDQIAAAJYzBAAAGVRDGFScVrdGFScVRDGVhcnQgUgyFyZS5MTIAAAoKQAQEAAAAAAAAAAAAAACgoB
... y/v//8////
... 8AAAAAABjEEAAA4L0FWSC9TcGVjaaWFsdGllcy9TcGluZS1DZW50ZXIVVG90YWwtSm9pbnQtUmVwbGFjZW1lbnQvCgAAAFhBAAA
... uZS8BKAAoAWoBawEAAAAAkAAAAJQQAAAACRkAAAAAGGgBAAAPMTA3Mzc0NTM1OTQ9AgAAAAAAAAAAAAkMAgAAACkMAgyAA
... CQWAAAQAPJAAAAAABj0EAAATEzMmnwYODovODovEMTE2cii1TcGl
... uZS8BKAAoAWoBawEAAAAAkAAAAJQQAAAACRkAAAAAGGgBAAAPMTA3Mzc0NTM1OTQ9AgAAAAAAAAAAAAkMAgAAACQOCAAJQ
... AAAAAAAGQQQAA9TdXJnaWNhbHBCTdWl0ZXQ0ZM0ZZXMgZFAIAAAoKAQEAAAAAAAAAACgoBvfv//8////

11521 8AAAAABGEAAAAGU0WFsCGv jawFsdUE9hTcdJ1uzS11uWn0x1TU5vyz3JyWwtU9VpuGvZLwoACgABbQE
AAAkAAAAJGQAAAAAJGQAAAAQAAAAJIAAAAAZHBAAABDU4MjkKCgoAAAAAAAAAAkMAgAACQOCAAAJSgQAAAAA
BksEAAAPMTA3Mzc0MTg3NDJ8Mjg3BkwEAAADMjg3CS0AAAAGTgQAABMyNzFFEMjg3XjEwNzM3NDE4N4NzQyAgAAAA
DgAAAAAAAAAAAZPBAAAG1NwaW5l1IFBoeXNpNpY21hbiBTcGVjaaVBFsaXN1cm0cwkUAgAACgoBAQAAAAAAAAAAAKCgGv+/
//z////
wAAAAAGUgQAADovQVZ21LlNwZWNpYWx0aYVzL1NwaW51LUNlbonRlci9TcGluZS1DQGZHlzaaWNpYW5YW4tU3BlY21hbG
lzdHMvcgAkAaFuAQAACQAAAAkZAAAAAAkzAAAAABQAAAAZUBAAAB19wYXJlbbnQGVQQQAAAEwCgoKAAAAAAAAAAAAAAAA
KCglWBAAAAAAAGVwQAAA8xMDczNzQyNDUZm3wyODcGWAQAAAMyODcJLQAAAAAZaBAAAEzI3MV4yODdeMTA3Mzc0
MjQlMzMCMAAAAAOQAAAAAAAAAAAlsEAAATRnJlZSBTcGluZUZSBTGRgWUxpbmFFycwmeAgAACgoBAQAAAAAAAAAKCgGj+
///z////
wAAAAAGXgQAAFxodHHwczovL3J1Zy5hYmZtzaWdudXzAdXuvY29tL3ZpZZXcvdmlld19tb250050aC5Shc3b4P2FzPTI4Jm
FtcDt3cD0xMTYmYW1wlwO2FpZDlDRU5UVVJJBJmFtcDtjYXQpPTI5pqNAoACgABbwEAAAkkAAAAJGQAAAAAJGQAAAAY
AAAAAGYAQAAAEABmEEAAAENTg1NAoKCgAAAAAAAAAACQwCAAAJDQIAAAlkBAAAAAAGZQQAAAg5MTMzMzfDI4NwZm
BAAAAzI4NwktAAAABmgEAAAMMjcxXjI4MT^N145MTMzAgAAAADoAAAAAAAAAAAZpBAAACkNvbnhRhY3QgVXMJFAIAA
AoKAQAEAAAAAAAAAKCgoBlfv//8////
8AAAAABmwEAAApL0FWSC9TcGVjaaWFsdGllcy9TcGluZS5DZW50ZXIvQ29ubdGFjdiCdmU29udGF3Q08XIAAABAAAAJGQA
AACRkAAAAAkZAAAAABAAAAAAZSAAAAAGbwQAAAAsXMDczNzQyNDIIyODcJLQAAAAAZTAAAAAACQwCAAAAJDQIAAAlyBAAA
AAAGcwQAAABCbBCvMDczNzQyNjg2KMjg3XjEwNzM3NDEy8ODYJTAAAA3kCS0AAAAGdgQAABSyNzFeM
TA3Mzc0MjM0MODNeMTA3MzzMjM4COAAAAAPQAAAAAAAAAAAANcEAAAUU3Ryb2tlIIFdhcm5pbmdzpbmcmgU2lnbnMMJFA
IAAAoKAQAEAAAAAAAAAAAAAAAACgoBh/v//8////
8AAAAABnoEAAAlL0FWSC9TcGVjaaWFsdGllcy9TcGluZS1LLVNpbZ2t1LVNpZ25zCgoAAAAAkACgAABbQEAAAAJGQA
AAAAJGQAAAAIAAAAAZHBAAAAFzEwNzM3NDIyMjALQAAAAAZGgQAAAZTgQAABNyNyNDE4KMBmMzfDEwNzM3NDIMYIMjI4AaB
BAAAFzEwNzM3NDI3MjRMzfDEwNzM3NDIzNDgoBoIEAAALMTA3MzZ0MjMMDMJLQAAAADMMLQAAAAaB
zQyMQ2M14xMDczNzQyNzXzMwIAAAAt+
AAAAAAAAAGhQQOQAABBTdHJva3Z 2UgVHJlYlYXRtZW50CRQCAAAKCgEBAAAAAAAAAAAoKAXn7///P////
AAAAAaIBAAAAKS9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtUHJlYXRtN rZS11UcmVhdGllnQvQYcgAKAAAFyAQAAAAAAJG
AkZAAAAAkZAAAAAkzAAAAABOsEAAAXMTA3Mzc0MjcyMF8MTA3Mzc0MjM4KMjM3M0M0jMMDYpoKAQAkVVM
AABo8EAAAXMTA3Mzc0MjcyMF8MTA3Mzc0MjM4KMjMxXjEwNzM3NDIz2NDgoBo8 eIEAAALMTAMDczNzQMjM4KMjMxXjE
wNzM3NDIzNDgzXjEwNzM3NDIzMjMxMxxxAgAAAADtBAAAAEVN0cm9rZSBQcmV2ZW50aW9uCRQCAAAK
CgEBAAAAAAAoKAWv7///P////
AAAAAaWBAAAAKi9BVkgvU3BlY2lhbHRpZXMtU3Ryb2tlLU3 tLN0cmNm9rZS1QcmV2ZW50aW9uCgAABAAAAAJGQCIAA
AAJlwQAAAsAAAALAAAAAYBAAAViBAAAAiAAACZgEAAAADAAAwAAAuAQAAIgAAACZoEAAAAHUCAAAAAAaAgEAAAaBmgEAAC
IAAAAAJmOQQAAAAAAaAQBAAAaaAaQBAAAAAAiAAAAAACZoEAAAAHMAQAAAAACZoEAAAHMAQAAAaxMDczNzQyMzQ4MwktAAAAAADBm
gEAAAAAaQBAAAJEAAAZAEAAAaQBAAAaaQBAAAAAAiAAAAAAAaAAaBg+
AgAaBAAAAaKQAQAAAAAAAAAAaAaBjAIAAAAQAAAJEAEAAAaJEAEAAaaAaAYgZgAIAAaAzgCAAAa4AaAaAa4ARABAAaCRABAaA
AGmAgAaBAAAaAkQAaAAAAAAAABbAtAIAAAAAaAJEAAAAaAJEAEAAAaIACAAEAAAAAAaaRABAAaAaICAAAAaaABaAaaaaAaBA
AAAAQHQaAABAAAAAkKQAAAAAAaAAAAABB3gIAAAAAaJEAAAAaAaewCAAAaAaAaABaaAaaaRABAAaAaAaaRABAaaa
AAAAAAH6AgAABAAAAAkKQAAAAAAaBCAMAAAQAAAaJOEAAAIaEAAAAAAAYRDAaAEAAAACRABAAaA
AAAAAAEkAwAABAAAAkQAAAAAAaBMgMAAAQAAAaAJEAEAAAAAAAAAAAaUADAAAaEAAAaCRABA
AAAAAAAAaaFOAwAABAAAAaAkQAAAAAaBXAMAAAYXAAAAAAaJEAAAAAAAaWoDAAAEAAAAAaCRABAaaaa
ABAAAAAAAaAaaAF4AwAABAAaAaAaQAAAAAaBhgMAAAaaZQDAAAaCRABAaAAaa
ACRABAAAAAAAaGiAwAABAAaAaAaQAAAAAAaBQAAaaaaQAAAAAaBsAMAAAQAAAaAJEAEAAAaAb4DAAAE
AAAaAaCRABAAAaAAaaAaaaaAaHMaAABAAAaAaAaAA4aAAaAaBQAAAAaQAAAAaaB2gMAAAAaaAJEAEAAAaAaaAegDA
AAEAAAaAaAaACRABAAAaAaaQaaaaAaAaI2aAABAAAaAA2aAaAaQAAAAAaBBBQAAaQAAAaAaAaBBAYAAaAaaCRABAAAAaAAA
IEAAAEAAACRABAAAaaaAaaaAaEgBAAAaaBAaAaaAaQAAAAAaQAAAAaaBLgQAAaAaaAaCRABAAaAaAaaJE
AaTWEAAAEAAAaCRABAAaaaAaaaaAFKBAAAaaaBAaAaaQAAAAAaQAAAAaaBVgQAAaAaQAAAaAaJEAEAAaaA
AAAAWAQEAAAaEAAAaaCRABAaAaaAaaaaaFyBAAAaaBAaAaaQAAAAaaQAAAAaaBgAQAAaAaQAAAaaJEAEAAaAaa
AAAAaAaAAY4EAAAaEAaAaaCRABAAaAaaaAaaaaaeXBAAAAAaEAAAaQAAAaaBCVFa3Ryb24uQ21zLk9yYZFuaXphdG
lvbi5JTWVudUl0ZW1EYXRhBQAAAAmkBaaACaUEAAAJpgQAAAmnBAAAACgABqQAAAmWmgF5wEAAaACVFa3JqQA
AAmtBAAACa4EAAaaBQeYBaaaAaEAaAaaA1AAAAaaBCVFa3Ryb24uQ21zLk9yYZFuaXphdGlvbkGlvbi5JTWVudUl0ZW1E
YXRhBQAAAAmvBaaaaCmAEaAAaaJsQQAAmWBAAaaBCbMEAAaJtAQAAaaaUAaaaaBVgQAAaaaaEJUVrdHJvbi5DbXMuT3J
XMuT3JnYW5pemF0aW9uLkNuZW51SXRlbURhdGFFAAAaAaJwBaaAAaAAAAaaaQAAAAaaAWoD CAAaAAaAAaAAaaAaaWoDAAAEAAAAaAAJUVrdHJvbi5DbXMuT3JnYW5pemF0
NpemF0aW9uLkNuZW51SXRlbURhdGZBQAAaAaJ5AQAAaAAaaAaQAaaaAmWmAEaaaAaBAaAaaQaaaaAaQAAAAaaaBCVFa3Ryb24u
uQ21zLk9yYZFuaXphdGlvbi5JTWVudUl0ZW1EYXRhBQAAaAaJwBaaaaaaaAaAAaaaAa4aaAaBQAAaaAaAaaBgAQAAAaA
AAm+
BAAACbEAAAJwAQAAA0HB50EAAAAAAaaAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aWouccuLkNZW51SXRlbmdVW51SXRlb
URhdGGEFAAAaaCcEEAAAAJwgQAAAQAaaBCB54EAAAAaQAAaaAaQAAAAaaEJUVrdHJvbi5DbXMuT3JnYW5pemF0aWoupcuLkNZW
51SXRlbURhdGGEFAAAaaCcMEAAAaAJxAQAAaaaAAaBCYEAAAAJxwQAAaaBIaaaAaCckEAAAaaKB6AEAAaadAAaAaaaJywQAAaA
EJUVrdHJvbi5DbXMuT3JnYW5pemF0aWoupcuLkNuZW51SXRlbURhdGZBQAAaaaCoEAAAaAJywQAaaaaUAaaAaaaJywQAAaA
zgQAAAnPBAAADQIHogQAAAAABAAaaAAAAAAAaQlRWtcm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtRGF0YRGF0Y
QUAAAAJ0AQAAAnRBAAAaaCdIEAAAAkBaQEAAArRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtRGF0YRFAA
VtRGF0YQ8AAAAAZPExpbmtUeXBlBb1PmtfX0JhY2tpbbmdGaWVsZB48G9yZWdudGdVdFR5cGFJbbmR5dGd2VwcVwVSQ5n9fX0JhY2tpbmdGaWVsZFJlbkNZW50aW9uSU
1bGQkTWVudUl0ZW1EYXJo8VXRKZXJkGtVSWQ+a19fQmFja21uZ01kdmvlbGRJbnQkTWVudUl0ZW1EYXJoSeSs8GRFYZW50SW9u

... a19fQmFja2luZ0ZpZWxkERbFiblHCYXNtRHCHsavcrvdP51rYSCYWNraW5HRmllbGQGQiTWVudUJhc2VEYXRhK
... zxUeXBlPmtfX0JhY2tpbmdGaWVsZCJNZW51QmFzZURhdGErPEhyZWY+
... a19fQmFja2luZ0ZpZWxkJE11bnVCYXNlRGF0YSsSVGFyZ2V0PmtfX0JhY2tpbmdGaWVsZChNZW51QmFzZURhd
... GErPEFuY2VzdG9ySWQ+a19fQmFja2luZ0ZpZWxkKU1lbnVCYXNlRGF0YSs3RGVzY3JpcHRpb24+
... a19fQmFja2luZ0ZpZWxkJU11bnVCYXNlRGF0YSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGQjTWVudUJhc2VEY
... XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGQoTWVudUJhc2VEYXRhKzxJbWFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YSs8W1hZ2VPdmVyycmlkZT5rX19CYWNraW5nRmllbGQdQ21zR
... GF0YWxKzxJZD5rX19CYWNraW5nRmllbGQEAAAAAQQBAQABAAMBAAAwRWt0cm9uLktctcy5Db21tb24uRWtFbn
... VtZXJhdGdlGlvbitNZW51SXRlbUxpbpmtUeXBlGAAAAAgJCSxFa3Ryb24u0iZLzLkNvbWQ1vlbi5Fa0VudWllF
... uK0llbnVJdGVtVHlwZRgAAAAJCKUBU31zdGVtLkNvbGxlY3Rpb25zZkdlbmVyaWMuTGlzdGDAxWltFa3Ryb24u
... Q21zLk9yZ2FuaXphdGdGlvbi5JTWVudUl0ZWlEYXRhLCBFa3Ryb24uQ21zLkNvbnRyyYW50ZW1wbGF0Z3SL
... jAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNiZV1dAQkFAA
... AABS37//
... 8wRWt0cm9uLkNtcy5Db21tb24uRWtFbnVtZXJhdGdlGlvbitNZW51SXRlbUxpbpmtUeXBlLAQAAAAd2YWx1ZV9fAAg
... YAAAAAAAAAEAAACJGgCAAgAAABEBAAAAAAAAAACRMCAAABK/v//+L///
... 8BAAAACRYCAAAJIAAAACoAAAAAAAAACRkAAAABAAAACdkEAAAJGQAAAADyAQCAQAAAAAGlBAAApAQAAAEl+//
... /Lfv//wAAAAABAAAAdRcAAAAAAAAARAQAAAAAAAkhAgAAASP7///i////
... AQAAAAkkAgAACRgCAAgAAAAAAAAAAAAkZAAAAgAAAAnhBAAACAAAAAAaayMAAAAAAAABpgQAAKQEAAABHfv//
... y37//8AAAAAQAAANsaAAAAAAAAAEQEAAAAAAAJLwIAAAEb+////4v///
... wEAAAAJMgIAAAkqAAAAgAAAAAAAAAAJGQAAAAMAAAAJ6QQAAAPMBAIACAAAAAAaacEAACkBAAAARX7//
... 8t+///AAAAAEAAAEAAABpOgCAAgAAAABEBAAAAAACT0CAAABE/v//+L///
... 8BAAAACUACAAAJIAAAACoAAAAAAAAAACRkAAAABAAAACdkEAAAJGQAAAADyAQCAQAAAAAGoEAAAAGoBAAAAEN+//
... /Lfv//wAAAAABAAAAexcAAAAAAAAARAQAAAAAAAlLAgAAAQ7///i////
... AQAAAAlOAgAACUIAAAAgAAAAAAAAAAAJdwAAAAAAAAlLAgAAAQ7///i////
... AQAAAAl4AgAACVcAAAAAAAAAAACRkAAAAgAAAACMAAAAAAABrAQAAKQEAAAB7fr//
... y37//8AAAAAQAAAAEOXAAAAAAAAAEQEAAAAAAAJgwIAAAHr+v//+4v///
... wEAAAAJhgIAAAl6AgAAgAAAAAAAAAAJGQAAAAkAAAACRkAAAAG0jAAAAAAaa0EAACkBAAAAeX6//
... 8t+///AAAAAEAAACyFwAAAAAAAAABEBAAAAAAACZECAAAB4/r//+L///
... 8BAAAACZQCAAAJiAIAAACoAAAAAAAAAACSEFAAAJQAAAAAAbxIwAAAAAAAAEBAAAAAAAABxIwAAAAAaAAAABEVrdHJvbi5Jvbi5
... DbXMuT3JnYW5pemF0aW9uLkxkxpbUVkdHENAAAAAJE1lbnVJdGVtRGF0YSs8SXRlbUlkPmtfX0Jh
... Y2tpbmdGaWVsZCJNZW51SXRlbUVkdHENAAAAAJE1lbnVJdGVtRGF0YSsPFBhcmVudElkPmtfX0JhY2tpbmdGaWVsZCJNZW51SXRlbUVkdHENAAAAAJE1lbnVJdGVtRGF0YSsP
... FRleHQ+
... a19fQmFja2luZ0ZpZWxkIk1lbnVJdGVtRGF0YSs8VHlwZT5rX19CYWNraW5nRmllbGQiTWVudUJhc2VEYXRhRhK
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCRNZW51SXRlbUVkdHENSFUNtc0RhcmVudElkPmtfX0JhY2tpbmdGaWVsZCRNZW51SXRlbUVkdHENQoTWVudUdhpmuUKQGoTWVudUSTYsDS0aW5nRmllbGQEGrPERlc2NyaXB0aW9uPmtfX0JhY2tpbmdGaWVsZCRNZW51SXRlbUVkdHENPEl0ZW1JZD5rX19CYWNraW5nRmllbGQiTWVudUJhc2VEYXRhK
... fX0JhY2tpbmdGaWVsZCVCZWNVNW51QmFzZURhdGErPERyZWY9yZGluYWw+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YSs8SXRlbXM+
... a19fQmFja2luZ0ZpZWxkJ011bnVCYXNlRGF0YSs8SW1hZ2VQV9YRoPmtfX0JhY2tpbmdGaWVsZCtNZW51QmFzZURhdGErPEltYWdlT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YSs8SXRlbXM+
... URhdGErPEltYWdlT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkHUNtc0RhdGErPEl0ZW1JZD5rX19CYWNraW5nRmllbGQEGrPERlc2NyaXB0aW9uPmtfX0JhY2tpbmdGaWVsZCRNZW51SXRlbUVkdHENPEl0ZW1JZD5rX19CYWNraW5nRmllbGQiTWVudUJhc2VEYXRhK
... a19fQmFja2luZ0ZpZWxkXAAABBAEBAAEAAwEAAEAAwEAAAwJLEVrdHJvbi5Jvbi5DbXMuQ3RhbmRhcmQuU2VydmljZS5
... WVudUl0ZXhBOX0uZXBlGAAAAACRUBU31zdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdFAxW1tFa3Ryb24u
... MuT3JnYW5pemF0aW9uLkl0ZW1JZD5rX19CYWNraW5nRmllbGQEGrPERlc2NyaXB0aW9uPmtfX0JhY2tpbmdGaWVsZCRNZW51SXRlbUVkdHENPEl0ZW1JZD5rX19CYWNraW5nRmllbGQiTWVudUJhc2VEYXRhK
... wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlXV0BCQUAAAAA
... AAAAAAAAAABEBAAAAAAACAC0CAAAB3Pr//+L///
... 8FAAAABiUFAAANLyNQcmVVSZWdNb2RhVhgAAAAKgAAAAAAAJGQAAAASAAAAJKAUAAAkZAAAAAGYXAIACAAA
... AAa8EAACkBAAAAdb6//8t+///AAAAAEAAACVFgAAAAAABIBAAAAAAAnCasCAAAB1Pr//+L///
... 8BAAAACa4CAAAJOgIAAAAoAAAAAAAAAAAAAm5AgAAABEBAAAAAAAAATAFAAAJGQAAAAAAAFAFAAAAAaAAAAAnSAgAAAAHTF9FvAAAAABEBAAAAAAAnCasCAAAB1Pr//+L///
... /Lfv//wAAAAABAAAAmBYAAAAAAAAASAQAAAAAAAm5AgAAABEBAAAAAAAAATAFAAAJGQAAAAAAAFAFAAAAAa8EAACkBAAAAtAQAAKQEAAABrvr//
... y37//8AAAAAQAAAAQAAAm9oAIACAAAAEgEAAAAAAAAJ8QIAAAHr+v//+4v///
... wEAAAAJ9AIAAAkAIACAAAAAAAAAAAJ8QIAAAHr+v//+4v///
... 8t+///AAAAAEAAABOFAAAAAAAABYBAAAAAACf8CAAABpPr//+L///
... 8BAAAACQIDAAAJ9gIAAAAoAAAAAAAAAAACRkAAAAaB2AAAAAGe+//
... /Lfv//wAAAAABAAAA9hYAAAAAAAAAWAQAAAAAAAkNAwAAAAHTF9FvAAAAABEBAAAAAAAnCasCAAAB1Pr//+L///
... y37//8AAAAAQAAApgWAAAAAAAFgEAAAAAAAJGwMAAAGU+v//+4v///
... wEAAAAJHgMAAAkSAwAAgAAAAAAAAAAJGQAAAAAQAAAAJcAUAAAkZAAAAAIAjAAAAAAbgEAACkBAAAAY76//

11521...

8t+//BBAAAAAAAAA0vgCAAgAAABcBAAAAAACSkoAAABPn///4v//
8BAAAACSwDAAAJIAAAACoAAAAAAAACRkAAAABAAAACXgFAAAJGQAAAAD1HQCAAgAAAAG5BAAApAQAAAGG+v/
/Lfv//wAAAABAAAA6xYAAAAAAAAAXAQAAAAAAAk3AwAAAYT6///i////
AQAAAAk6AwAACS4DAAAqAAAAAAAAAkZAAAAApAAAAAhiMAAAAAAAABugQAAKQEAAABfvr//
y37//8AAAAAAQAAAOgWAAAAAAAFwEAAAAAAAJRQMAAAF8+v//4v///
wEAAAAJSAMAAAk8AwAAKgAAAAAAAAAJGQAAAMAAAAJiAUAAAkZAAAAAIUjAAAAAAAAbsEAACkBAAAAXb6///
8t+////AAAAAEAAABuFgAAAAAAABcBAAAAAAAACVMDAAABdPr//+L////
8BAAAACVYDAAAJISgMAAACoAAAAAAAAACRkAAAAEAAAACZAFAAAJGQAAAAAAACIwAAAAAAAAAG8BAAApAQAAAAFu+v/
/Lfv//wAAAABAAAAAFMgAIAAAAAXAQAAAAAAAlhAwAAAAWz6///i////
AQAAAAlkAwAACS4DAAAqAAAAAAAAAkZAAAAABQAAAAmYBQAAJGQAAAAAAACacDAAABRPr//+L////
y37//8AAAAAAQAAAO0WAAAAAAAFwEAAAAAAAJb4AwAAAMAAAAJcgDAAAAAAAAAAAG8BAAApAQAAAAV76//
/8t+////AAAAAEAAADwFgAAAAAAABcBAAAAAACX0DAAABXPr//+L////
8BAAAACYADAAAJIAAAACoAAAAAAAACRkAAAABHAAAACagFAAAJGQAAAABh AgCAAgAAAAG/BAAApAQAAAAFW+v/
/Lfv//wAAAABAAAA4RYAAAAAAAAXAQAAAAAAAAmLAwAAAAVT6///i////
AQAAAAm0AwAACS4DAAAqAAAAAAAAAkZAAAAAAAAAAmxXAAAAAAAAFwEAAAAAAAAAJmQMAAAFM+v//4v///
y37//8AAAAAAQAAABYXAAAAAAAAFwEAAAAAAAAJmQAAAFM+v//4v///
wEAAAAJnAMAAAkcAwAAAQAAAAAAAJGQAAAAkAAAAJuUAAAAkZAAAAABoZAIAACAAAAAcEEAACkBAAAAUb6//
/8t+////AAAAAEAAAAZigCAAgAAAAEUAIAACAAAACacDAAAABRPr//+L////
8BAAAACaoDAAAJIAAAACoAAAAAAAAAACRkAAAABAAAAACAaFAAAJGQAAAADJIgCAAgAAAAHCBAAApAQAAAAE++v//
/Lfv//wAAAABAAAAAH4oAgAAAAAXBhFACAAgAAAAm1AwAAAT6///i////
AQAAAAm4AwAACS4DAAAqAAAAAAAAAkZAAAAABBQAAAAmYBQAAJGQAAAAAAACacDAAABRPr//+L////
y37//8AAAAAAQAAAKUaAIAACAAAAGgEAAAAAAAAJwwMAAAAE0+v//4v///
wEAAAAJxgMAAAkaAwAAAqAAAAAAAAAJGQAAAAAAAAJiAUAAAkZAAAAAAPQBAIAACAAAAAKQEAACkBAAAAS76//
/8t+////AAAAAEAAAC6FgAAAAAAABoBAAAAAAAACdEDAAAABLPr//+L////
8BAAAACdQDAAAJyAMAAAAoAAAAAAAAACRkAAAAACAAAAAnfAwAAAAT6///i////
/Lfv//wAAAABAAAAAABuBcAAAAAAAaAQAAAAAAAAnfAwAAAST6//+L////
AQAAAAniAwAACdYDAAAqAAAAAAAAAkZAAAAAwAAAAAngBQAACRkAAAAjiMAAAAAAAABxgQAAKQEAAAABHvr//
y37//8AAAAAAQAAAALsXAAAAAAAAAGgEAAAAAAAAJ7QMAAAAE0+v//4v///
wEAAAAJ8AMAAAk6AwAAAqAAAAAAAAAJGQAAAAAAAACRkAAAAAAAAI8jAAAAAAAAAccEAACkBAAAARb6//
/8t+////AAAAAEAAAC9FgAAAAAAABoBAAAAAAAAJfsDAAABBBPr//+L////
8BAAAACf4DAAAJ8gMAAAAoAAAAAAAAACRkAAAAACQIwAAAAAAAAHIBAAApAQAAAAEO+v//
/Lfv//wAAAABAAAAAxRcAAAAAAAaAQAAAAAAAAkJBAAAAQz6///i////
AQAAAAkMBAAACQ4EAAAqAAAAAAAAAkZAAAAAAAAAASY QQAAAEByQQAAKQEAAABvr//
y37//8AAAAAAQAAAALcWAAAAAAAAAGgEAAAAAAAAJfwQAAAAEv+v//4v///
wEAAAAJGgQAAAkOBAAAKgAAAAAAAAJGQAAAAYAAAAkbBAAAJGQAAAAAAAAcoEAACkBAAAAf75//
/8t+////AAAAAEAAAAxRcAAAAAAACxgGCAAgAAAB8BAAAAAAACSUEAAAAB/Pn//+L////
8BAAAACSgEAAAJIAAAACoAAAAAAAAAACRkAAAAAB1AQCAAgAAAAHLBAAApAQAAAAH2+f/
/Lfv//wAAAABAAAAvBYAAAAAAAAfAQAAAAAAAAkzBAAAAAT5///i////
AQAAAAk2AwAACSgEAAAAqAAAAAAAAAkZAAAAABBQAAAAmYBQAAJGQAAAAAAAAAAAT 5///
AQAAAAk2AwAACSgEAAAAqAAAAAAAAAkZAAAAAAAAAAAmxXAAAAAAAAFwEAAAAAAAAAJQQQAAAH+f//i////
wEAAAAJRAQAAAk4BAAAKgAAAAAAAAJGAYAAAAAAAAJGQAAAAAAACU8EAAAB5Pn//+L////
8t+////AAAAAEAAAADFFgAAAAAAABoBAAAAAAAAACU8EAAAB5Pn//+L////
8BAAAACVIEAAAJIAAAACoAAAAAAAAEAAAAEAAAACRkAAAABAAAAC2AUCAAgAAAH2AQCAAgAAArgQAAAAAAAA
AAAAHwEAAAAAAAJWwQAAAHd+f//4v///
wUAAAAJXgQAAAk1UBgAAKgAAAAAAAACSAAAAA1JwAAAAAACSAAAAAA1JUYAIAACAAAAc8EAACkBAAAAdf5//
8t+////AAAAAEAAAADFFgAAAAAAABoBAAAAAAAAAACWkEAAAAB1fn//+L////
8BAAAACVgEAAAJYAAAACoAAAAAAAAACRkAAAAAEAAAACAaFAAAJGQAAAADJJIgCAAgAAAAHyBAAApAQAAAAE++v//
/Lfv//wAAAABAAAAAABuBcAAAAAAAaAQAAAAAAAAnfAwAAAST6//+L////
AQAAAAl6BAAAACSgEAAAqAAAAAAAAAAkZAAAAAEAAAACRkAAAADJPwYAAAAAAAOYWEAACkBAAAAb6/5//
8t+////AAAAAEAAAACTjAAAAAAAAAACZMEAAAAAB5Pn//+L////
8t+////AAAAAEAAAACTjAAAAAAAAAACZMEAAAAAB5Pn//+L////
8BAAAACZYEAAAJIAAAACoAAAAAAAAAACRkAAAAAAAafIwCAAgAAAAHZBAAAIgAAAmZBAA
AAAAAAAAAAAAAB4QQACIAAAAJmQQAAAAAAAAAAAaAQEFAAAAIAAAACZkEAAAAAAAAAAAAEJBQAIgAAAAmZBAAAAAAAAAAA
BAAAAAAAAAAAAB+
QQACIAAAAJmQQAAAAAAAAAAAAAQEFAAAiAAAACZkEAAAAAAAAAAAAAEJBQAIgAAAAmZBAAAAAAAAAAAA
ABEQUAAACIAAAAJmQQAAAAAAAAAAARkFAAAiAAAACZkEAAAAAAAAAAAAEhBQAIgAAAAmZBAAAAAAAAAAAA
AAAABKAUAACIAAAAJmQQAAAAAAAAAAATAFAAAiAAAACZkEAAAAAAAAAAAE4BQAiAAAAmZBAAAAAAAAAAAA
AAAAAAABQAUAACIAAAAJmQQAAAAAAAAAAAUgFAAAiAAAACZkEAAAAAAAAAAAAFQBQAIgAAAAmZBAAA
AAAAAAAAAAABWAUAACIAAAAJmQQAAAAAAAAAAAWAFAAAiAAAACZkEAAAAAAAAAAAFoBQAIgAAAAmZBAA
AAAAAAAAAAABcAUAACIAAAAJmQQAAAAAAAAAAAXgFAAAiAAAACZkEAAAAAAAAAAAGABQAIgAAAAm
ZBAAAAAAAAAAAAABiAUAACIAAAAJmQQAAAAAAAAAAAZAFAAAiAAAACZkEAAAAAAAAAAGYBQAIgAA
AAmZBAAAAAAAAAAAAABoAUAACIAAAAJmQQAAAAAAAAAAAagFAAAiAAAACZkEAAAAAAAAAAAGwBQAAI
gAAAAmZBAAAAAAAAAAAAABuAUAACIAAAAJmQQAAAAAAAAAAAcAFAAAiAAAACZkEAAAAAAAAAAHIBQ
AAIgAAAAmZBAAAAAAAAAAABAAB0AUAACIAAAAJmQQAAAAAAAAAAAdgFAAAiAAAACZkEAAAAAAAAAAH
gBQAIgAAAAmZBAAAAAAAAAAAAB6AUAACIAAAAJmQQAAAAAAAAAAAYAYAAAiAAAACZkEAAAAAAAAAA
AAH4BQAIgAAAAmZBAAAAAAAAAAAAAABAAYAYAAYAACIAAAAJmQQAAAAAAAAAAAQgGAAiAAAACZkEAAAAAAAAA

AAAAAE0gAATgAAwAnABAAAAAnbAAAAAAAAAAAATAACIAAAAhmQQAAAAAAnAAAAAAAAgAAAACzkEAAAAAA
AAAAAAAEnBgAAIgAAAAmZBAAAAAAAAAAAAABLwYAACIAAAAJmQQAAAAAAAAAAAAATcGAAAiAAAACzkEAAA
AAAAAAAAAAE/

BgAAIgAAAAmZBAAAAAAAAAAAAAABRwYAACIAAAAJmQQAAAAAAAAAAAAACx8CZx8DAg9kFgJmD2QWAgIDD2QWH
mYPZBYEZg8VBQAeL0FWSC9TcGVjaWFsdGllcy9CaXJ0aT0ClDZW50ZXIvAAVfc2VsZgxcCaXJ0aACBDZW50ZXJkAg
EPZBYCZg8PFgQfAmcfAwILZBYCZg9kFgQCAQ8WAh8ABRQ8dWwgY2xhc3M9InN1Ymll1bnUiPmQCAw9kFrhZmD2Q
WAmYPFQUANS9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0/Dh3V0LXRoZS1CaXJ0aC1DZW50ZXIvAAVf
c2VsZhZBYm91dCB0aGUgQmlydGggQ2VudGVyZAIBD2QWAmYPFQUANC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2
2VudGVyL0JpcnRoLUNlbnRlcliTZXJ2aWNlcy8ABV9zZWxmFUJpcnRoIENlbnRlciBTZXJ2aWNlc2QCAg9kFg
JmDxUFAC8vQVZIL1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci9NaWR3aWlLUR1bGl2ZXJ5LwAFX3NlbGQYTWl
kd2lmZSBEZWxpdmVyeWQCAw9kFgJmDxUFADIvQVZIL1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci9wcmVkZWxp
dmVyeSljb25zdWx0aWAFX3NlbGYUUHJlLURlbGl2ZXJ5IENvbnN1bHRhdGlvbi9VLUFWSC9TcGVja
WFsdGllcy9CaXJ0aC1DZW50ZXIvQmlydGgtQ2VudGVyL1RvdJXzLwAFX3NlbGYSQmlydGggQ2VudGVyIFRvdX
JzZAIFD2QWAmYPFQUALC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JpcnRoLUNlU0YXNzZXMvAAVfc2V
sZg1CaXJ0aCBDbGFzc2VzZAIGD2QWAmYPFQUANC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JyZWFz
dGZlZWRpbmctU3VwcG9ydC8ABV9zZWxmFUJyZWFzdGZlZWRpbmctU3VwcG9ydGQCBw9kFgJmDxUFAC8vQVZIL
1NwZWNpYWx0aWVzL0JpcnRoLUNlbnRlci9OZXctTW9tLUx1bmNoZW9uL3AFX3NlbGYPTmV3IE1vbSBTdXBwb3J
J0ZAIID2QWAmYPFQUANC9BVkgvU3BlY2lhbHRpZXMvQmlydGgtQ2VudGVyL0JpcnRoLUNlbnRlciliWaXNpdG9
ycy8ABV9zZWxmFUJpcnRoIENlbnRlciBWaXNpdG9yc2QCCQ9kFgJmDxUFADcvQVZIL1NwZWNpYWx0aWVzL0Jp
cnRoLUNlbnRlci9Jbi1DYXN1LW9mLUNvbXBsbWVudAUFX3NlbGYPSW5Jbi1DYXNlIG9mIENvbXBsbWVudABhd
GlvbnNkAgoPZBYCZg8VBQAMI1ByZVJlZ1O1vZGFsFAAVfc2VsZhl1b3NwaWNhBQCmUt1UmVnaXN0cmF0aW9uZA
IBD2QWBGYPFQUAJC9BVkgvU3BlY2lhbHRpZXMvQnJlYXN0LUNhbmNtcmQ2VuduVyLwAFX3NlbGYSQnJlYXN0IEN
hcmUUgQ2VudGVyZAIBD2QWAmYPDxYEHWJnHwMCBmQWAmYPZBYEAgEPFgIfAAUUPHVsIGNsYXNzPSJzdWJtZW5l
Ij5kAgMPZBYMZg9kFgJmDxUFADMvQVZIL1NwZWNpYWx0aWVzL0JyZWFzdC1DYXJlL2UlbnRlci1tb2dyY
W0tVGlwcy8ABV9zZWxmMk1hbWlvZ3JhbSBUZXN0aW5nZ3YWQWAmYPZBYCZg9kFgJmDxUFAC8vQVZIL1NwZWNp
N0LUNhcmMUtQ2VudGVyL01hbWlvZ3JhbS1HdWlkZWxpbmVzL2UlbnRlcmVkTW5uMU9nFTWFtb9W9ncmFtIEdlaWRlbG
kAgIPZBYCZg8VBQBBL0FWSC9TcGVjaWFsdGllcy9CcmVhc3QtQ2FyZS1DZW50ZXIvZWVtb3RhbBNLbnRoBoZZNycy0z
RC1NYW1tb2dyYXBoeS8ABV9zZWxmDjNEIE1hbW1vZ3JhcGh5ZAIDD2QWAmYPFQUAOS9BVkgvU3BlY2lhbHRpeZ
XMvQnJlYXN0LUNhcmUtQ2VudGVyL0JyZWFzdC1TdXJnZXJ5L2UlbnRlci1EZW50aXN0cnk0JHkxNltb2dyY
FsIENhcmMVkAgDPZBYCBglFWSC9TcGVjaWFsdGllcy9CcmVhc3QtQ2FyZS1DZW50ZXIvaWVtb3RhbExLbnRolvc2VsZg1
Gb3Jtcy8ABV9zZWxmD0VBhdGllbnQgRm9ybXNkAgUPZBYCZg8VBQA/

L0FWSC9TcGVjaWFsdGllcy9CcmVhc3QtQ2FyZS1DZW50ZXIvQ29udGFjdC1CcmVhc3QtQ2FyZS1DZW50ZXIvA
AVfc2VsZgpDb250YWN0IFVfZXAICD2QWAmYPFQUAJC9BVkgvU3BlY2lhbHRpZXMvQmxvb2QtRGlzb3JkZXJzeS8
l0LwAFX3NlbGYNQ3JpdGljYWwgQ2FyZWQCAw9kFgJmDxUFABsvQVZIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS8
ABV9zZWxmE0VSICZhbXA7IFdhaXQgVGltZXNkAgEPZBYEZg8PFgRfBRhY3RpdmUtbS1pdGVtL1UlbGwzYXNZNC5jeS88
Y2lhbHRpZXMvR0kTGFiLwAFX3NlbGYCR0lkAgEPZBYCZg8PFgQfAmcfAwILZBYCZg9kFgQCAQ8WAh8ABRQ8d
WwgY2xhc3M9InN1Ym11bnUiPmQCAw9kFgZmD2QWAmYPFQUAIy9BVkgvU3BlY2lhbHRpZXMvR0kvT3VyLUdJLJLU
V4cGVydHMvAAVfc2VsZg5PdXIgR0kgRXhwZXJ0c2QCAQ9kFgJmDxUFEGFjdGl2ZS1tZS1pdGVtL0l0ZW0gQL0FWSC9
TcGVjaWFsdGllcy9HSS9Db2xvbm9zY29weQUFX3NlbGYPQ29sb25vc2NvcHkwUb3Njb3B5cGkyb3B5UyWjeS8
U3BlY2lhbHRpZXMvR0kvR0kvcS9udGFjdC1Vcy8ABV9zZWxmCkNvbnRhY3QgVXNNkAgUPZBYEZg8VBQAQL0FWSC9Tc
GVjaWFsdGllcy9IZWFydGC0tLVZhc2N1bGFyLUNhcmUvAAVfc2VsZhRIZWFydCZmYM1wOyBWYXNjdWxhcmCQAQ
9kFgJmDw8WBB8CZx8DAglkFgJmD2QWBAIBDxYCHwAFFDx1bCBjbGFzcz0ic3VibWVudSI+
ZAIDD2QWEmYPZBYCZg8VBQAxL0FWSC9TcGVjaWFsdGllcy9IZWFydC9Bym91dC1IZWFydC1WYXNjdWxhcilDY
XJlLwAFX3NlbGYZQXJvdXQgSGVhcnQgVmFzY3VsYXIgQ2FyZWQCAQ9kFgJmDxUFAC4vQVZIL1NwZWNpYWx0aW
VzL0h1YXJ0L0NhcmRpYWMtRW1lcmdlbbmN5LUNhcmUvAAVfc2VsZhZDYXJkaWFjIEVtZXJnZW5jeSBDYXJlZAI
CD2QWAmYPFQUAMi9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvQ2FyZGlhYy1EaWFnbm9zdGljLVRlc3RpbmcvAAVf
c2VsZhpDYXJkaWFjIERpYWdub3N0aWMgVGVzdGluZ2QCAw9kFgJmDxUFAC8vQVZIL1NwZWNpYWx0aWVzL0hlY
XJ0L0NhcmRpYWMtQ2F0aC1MYWIvAAVfc2VsZhZhYXJkaWFjIENhdGggTGFiZAIED2QWAmYPFQUALi9BVkgvU3
BlY2lhbHRpZXMvSGVhcnQvQ2FyZGlhY1Ymlsa4XRhdGlvbi8ABV9zZWxmFkNhcmRpYWMgUmVoYWJpbGl
0YXRpb25kAgUPZBYCZg8VBQBIL0FWSC9TcGVjaWFsdGllcy9IZWFydC9JbnRhc2l2ZS1DYXJkaW92YXNjdWxh
ci1UZXN0aW5nLWFuZC1JbnRlcnZlbnRpb24vAAVfc2VsZhZJbnZhc2l2ZSBDYXJkaW92YXNjdWxhciBUZXN0aW5z
AIGD2QWAmYPFQUANC9BVkgvU3BlY2lhbHRpZXMvSGVhcnQvTm9uLUludmFzaXZlLUNhcmRpYWMtVGVzdGluZy
8ABV9zZWxmHE5vbi1JbnZhc2l2ZSBDYXJkaWFjIFRlc3RpbmdkAgcPZBYCZg8VBQAjL0FWSC9TcGVjaWFsdGl
lcy9IZWFydC9IZWFydC1TY2Fucy8ABV9zZWxmCkhlYXJ0IFNjYW5zAIID2QWAmYPFQUAKS9BVkgvU3BlY2lh
bHRpZXMvSGVhcnQvSGVhcnQtQXR0YWNrLVJpc2svAAVfc2VsZh5IZWFydCBBdHRhY2sgU2lubnNgJmMFtcDsgU
mlza3NkAgYPZBYCZg8VBQAtL0FWSC9TcGVjaWFsdGllcy9EeWFnbm9zdGljL1U1tYWdpbmcvAAVfc2VsZgdJbW
FnaW5nZAIHD2QWAmYPFQUAIS9BVkgvU3BlY2lhbHRpZXMvSW5mdXNpb24tU2VudGVyL3AFX3NlbGYSIW5mdXN
pb24gQ2VudGVyZAIID2QWBGYPFQUAKi9BVkgvU3BlY2lhbHRpZXMvSW50ZXJ2ZW50aW9uYWwtUmFkaW9sb2d5
LwAFX3NlbGYYSW50ZXJ2ZW50aW9uYWwgUmFkaW9sb2d5ZAIIQ2QWAmYPDxYEHwJnHwMCAmQWAmYPZBYEAgEPF
gIfAAUUPHVsIGNsYXNzPSJzdWJtZW51Ij5kAgMPZBYEZg9kFgJmDxUFAEwvQVZIL1NwZWNpYWx0aW0ludG
VydmVudGlvbmFsLVJhZGlvbG9neS9JbnRlcmJlbnRpb25hbC1SYXBpb2x2x3kt1U2ymdj2XdWwmcAVfc2VsZ
PdXIgU2Vydml1ZXNkAgEPZBYCZg8VBQBUL0FWSC9TcGVjaWFsdGllcy9JbnRlcmJlbnRpb25hbC1SYWRpb2xv
Z3kvSW50ZXJ2ZW50aW9uYWwtUmFkaW9sb2d5IENsaW5pYSIFNwZWNpYWx0aWVzL2VsZgxKb21uIHM2dGQ1QWBG
QUAIy9BVkgvU3BlY2lhbHRpZXMvSm9pbnQyFzS2IID2QWAmYPFQUAKS9BVkgvU3BlY2lhbHRpZWBEZPdX30XZXJkAgEPEZB
YCZg8PFgQfAmcfAwIHZBYCZg9kFgQCAQ8WAh8ABRQ8dWwgY2xhc3M9InN1Ym11bnUiPmQCAw9kFgZmD2QWAmY
PFQUApy9BVkgvU3BlY2lhbHRpZXMvSm9pbnRtQ2VudGVyL0Fib3V0LUF2aXN0YS1Kb2ludC1DZW50ZW50YXIvAAVfc2VsZ
dGVyLwAFX3NlbGYKQXJvdXQgQXZpc3RhJiMzODt2ZIEpvaW50IENhcmMUgQ2VudGVyZAIBD2QWAmYPFQUALi9BV
kgvU3BlY2lhbHRpZXMvSm9pbnQtQ2VudGVyLdoYXQtdG8tZXhwZWN0LS8ABV9zZWxmDldoYXQgdG8gRXhwZW

11521

N0zAIcB9GwAmYPFQUANS9BVVgjV03B1Y21hbHRpZXMnSm9jbnQCQ2VudGVyL0dY3RZlWF1DSY0LWpvaW50LXB
haW4vAAVfc2VsZhZGYWN0cyBBYm91dCBKb2ludCBQYW1uZAIDD2QWAmYPFQUAMy9BVkgvU3BlY2lhbHRpZXMv
Sm9pbnQtQ2VudGVyL1JlbGlldm1luZy1qb2ludC1wYWluLwAFX3NlbGYUUmVsaWV2aW50aEvpbGVhW5kA
gQPZBYCZg8VBQA/
L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvSm9pbnQtUmVwbGFjZW1lbnQtTWlzY29uY2VwdGlvbnMvA
AVfc2VsZiBKb2ludCBSZXBsYWNlbWVudCBNaXNjb25jZXB0aW9uc2QCBQYXJ1DFADovQVZIL1NwZWNpYW
x0aWVzL0pvaW50L1UNlbnRlci9Kb2ludC1QaHlzaWNpYW4tU3BlY2lhbGlzdHMvAAVfc2VsZht Kb2ludCBQaHl
zaWNpYW4gU3BlY2lhbGlzdHNkAgYPZBYCZg8VBQA4L0FWSC9TcGVjaWFsdGllcy9Kb2ludC1DZW50ZXIvQ29u
dGFjdC1Kb2ludC1DYXJlL1UNlbnRlci8ABV9zZWxmHUVnbnRhRhY3QgdGhl1EpvaW50IENhcmUgQ2VudGVyZAIKD
2QWAmYPFQUAJS9BVkgvU3BlY2lhbHRpZXMvTGFib3IhdG9yeS1TZXJ2aWNlcy9ABV9zZWxmA0xhYmpCCw9kFg
JmDxUFACAvQVZIL1NwZWNpYWx0aWVzL1JlaGFiaWxpdGF0aW9uLwAFX3NlbGYOUmVoYWJpbGl0YXRpb25kAgw
PZBYCZg8VBQAkL0FWSC9TcGVjaWFsdGllcy9DbGluaWNhbC1SYXRpbmdzL1VByb2dyYW0vAAVfc1cyGzxgCluZSBDZW50
ZXJkAgEPZBYCZg8PFgQfAmcfAwIGZBYCZg9kFgQCAQ8WAh8ABRQ8dWgyxhc3M9InN1Ymllbbn UiPmQCAw9kF
gxmD2QWAmYPFQUAPy9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2VudGVyL0Fib3V0LUF2aXN0YS1NaWZ5LLU
NhcmUtQ2VudGVyLwAFX3NlbGYKQWJvdXQgQXpc2RhJiMzOTtzIFNwaW5lIENhbWUgQ2VudGVyZAIBD2QWAmY
PFQUAOC9BVkgvU3BlY2lhbHRpZXMvU3BpbmUtQ2VudGVyL1RvdGFsLUNhcmUtSm9pbnQ5yLVl1vdXIt U3BpbmUvAAVf
c2VsZhlUb3RhbCBDYXJlJ1lGZvciBZb3VyIFNwaW5lZAIKD2QWAmYPFQUALi9BVkgvU3BlY2lhbHRpZXMvU3Bpb
mUtQ2VudGVyL1N1cmdlcy2FsVN1aXRlc18ycy8ABV9zZWxmD1N1cmdpY2FsIFN1aXRlc2QCQ2W9kFgJmDxUFADovQV
ZIL1NwZWNpYW4wL1NwaW5lLUNlbnRlci1TcGluZS1TdXJnZXJ5LQHABBAWNWAAVzL1
NwaW5lLUNlbmclnkntU2Vydml2JYXRlW50LWRF5nbgYU0LWFX3NlbGYQU3Byb2tlIFRyZWF0bWVudUCNhQAgg9kFg
JmDxUFADyvQVZIL1NwaW5lL0Ntc2ZSCZ3QHN4kZYJHYXRlZW50LWRF5nbgYU0LWFX3NlbGYQU3Byb2tlIFRyZWF0
Jva2UtUtU1nbnMvAAVfc2VsZhRTdHJva2Ux2Fybmlu Z3BtaW4uczQCAQ9kFgJmDxUFACkvQVZIL1NwZWNWAmxVzL1
0aWVzL1N0cm9rZS9TdHJva2UtVHJlYXRtZW50LWFX3NlbGYQU3Byb2tlIFRyZWF0bWVudUCCAgg9kFgJmDxUF
ACovQVZIL1NwZWNpYWx0aWVzL1N0cm9rZS9TdHJva2UtUtU1nbmVudUVN0cm9zZWF0bWVudUCV2
W50aW9uZ2UUAIFD2QWAmYgIBD2QWAmYPZBYCZg9kFgJjICAw9kFgJmD2QWAgIBDZxCYvVjkbG6wbGUQYH
JDbGVhcmQCAg9kFgJCAQ9kFgJmD2QWAgIBD2QWAgIBDxCYHwMCRYCZg9kFgJmDxUCAABkAgEPFgIfBGhkAgM
PFgIfA2ZkAgcPZBYIAgEPZBYCZg9kFgRmD2QWAgIDD2QWAmYPZBYCZg9kFgGBgUQJHJvcHpvbmtUgUEJDbGVh
cmQCAQ9kFgJmD2QWAgIBDxCYHwMCRYCZg9kFgJmDxUCAABkAgEPFgIfBGhkAgMPFgIfBGhkAgMPFgIfAg
YCZg9kFgJmD2QWAgIBDZxCYvVjkbG6wbGUQYJZUhvbGRllcjJFQ29ydGVudFBsYW5lSG9
zZGVyVml9Ecm9wWm9uZT94Y21k0exBEaXNwbGF5X5XEIdUBVlvbnNkAgQV4Q29udWhdFH5vtl9jGdwWMF91eFdp
ZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpdGdldE9XbWRnZXRZRFZG10b3JJYVXhfMF9CdXR0b25kFgJmDxUCAABKAV9
vcil9QYXRpaXRhWJXMVvAAVfc2VsZhdG3IgUGF0aWVudHMgJiBGYW1pbGllc2QCAg9kFgJm
DxUEJmh0dHA6Ly93d3cuYXXZpc3RhaG9zcGl0YWwucy2JmD2QWAgIBDZxCYvVjkbG6wbGUQYmh1bHAtbDAwHV
4V2lkZ2V0IN0SG9zdCR1eFdpZGdldIDEHvc3Rfd2lkZ2V0IDEVkaXRvciVxRkEVNhbm1lc0Ccs JjycpO3JJldHVy
biBmYWxZTtkBQZDYW5jZWwkAgMPZBYCZg9krymRmD2QWAgIDD2QWAmYPZBYCZg9krymRmDxUCAABkAgEPFgIfBGhkAg
MPFgIfA2ZkAgcPZBYIAgEPZBYCZg9kFgRmD2QWAgIDD2QWAmYPZBYCZg9krymRmDxUCAABkAgEPFgIfBGhkAgcPZ
BYCZg9krymRmD2QWAgIDD2QWAmYPZBYCZg9kFgJm
IGFgxmD2QWAmYPFQUARL0FWSC9TcGVjaWFsdGllcy9BV9zZWxmC1NwZWNpYWx0aWVzZAIBD2QWAmYPFQQPbL0Z
vcil9QYXRpBZW50cy1hbmQtRmFtaWxpZXMvAAVfc2VsZhdGb3IgUGF0aWVudHMgJiBGYW1pbGllc2QCAg9kFgJm
DxUEJmh0dHA6Ly93d3cuYXZpc3RhaG9zcGl0YWwuY29tIFJhaG9zcGl0YWvc2VzZghBYm91dCBOb2DAwWxJWNV
gJmDxUEDY9BVkgvQ29tbXVuaXR5LWFX3NlbGYJQ29tbXVuaXR5ZAIEBV4Q29udWhldGeGt YW
5kLVdlbGxuZXNzLWFX3NlbGYJWWVsbHHoRoICYgV2VsbG5lc3NkAgUPZBYCZg8VBCMvQVZIL0NvbW0wN0S1BZHZ
lbnRpc2V3cZQ5Yzc0l0YWwtTmV3cy8ABV9zZWxmBE5ld3NKAgIPFgIfAwIGZgxmD2QWAmYPFQQPbL0FWSC9TcGVj
aWFsdGllcy9FbWVyZ2VuY3kvAAVfc2VsZFUiBXY0l0FRpbWVzZAIBD2QWAmYPFQeL0FWSC9TcGVjaWFsdG
Gllcy9CaXJ0aC1DZW50ZXI1vAAVfc2VsZgxCaXJ0aCBDZW50ZXJrAgIPZBYCZg8VBCMvQVZIL1NwZWNpYW4wL3Bha
VzL0pvaW50LUNlbnHcmMtU2FyZS1lQcm9nmcmFX3NlbGYHU3BpbmVkAgMPZBYCZg8VBCkvQVZIL1NwZWNpYW4wL3B1
pZXMvU3BpbmUtQ2FyZS1Qcm9ncmFtcy9AABV9zZWxmB1NwaW5lZAIED2QWAmYPFQUAJS9BVkgvU3BlY2lhbHRpZX
MvJW9zZWxmBE1UbmVbWxydmlZS9AABV9zZWxmBE1UbmJDBDYXJlZAIGD2QWAmYPFQYL0FWSC9TcGVjaWFsdGllc
y8VBCQvQVZIL1NwZWNpYWx0aWVzL0pyZWFzdC1DYXJlLlUNlbnRlci9AABV9zZWxmEkJyZWFzdCBDBDYXJlIENlbn
RlcmQCAw8WAh8hDAgUWCmYPZBYCZg8VBCMvQVZIL1dhvcmsvaAALT3VyIC5sdHdvcmvdnZYUVZY2YPFQYL0FWSC9TcGVjaWFsdGll
vSG9tLZS99BREEtQ29tcGxpY9Y5jZS8AAA5BREEgQ29tcGxpY9Y5jZWQCAg9kFgJmDxUEFy9DYXXl1lZXLlFuFzC1F
ZHVjYXRpb24vAAAlQ2FyZWVycyAmIEVkdWNhdGlvbmQCAw9kFgJmDxUEUE9Ib2Ny9cZ0xkHdV5L01LDRpc2NsYW1lcl0IZcVVaAAKR
GlzY2xhaW11cmQCBA9kFgJmDxUEJS9XZWJzaXRlLVByaXZhY3ktkLVN1lY3VyaXR5LVBvbGljjeS8AACFXZW
JzaXRlIFByaXZhY3kgJiBTZWN1cml0eSBQb2xpY3lkAgQPFgIfAwIEZmghmD2QWAmYPFQQQLUFWSC9b250Z500WN
0LVVzLwAFX3NlbGYYQ29udGFjdCBVc2QCAQ9kFgJmDxUEOB52c3BtxbHRhClFVQ2QCBBmaDpAg)SCXnVd201cfF
ZWxmCVZtbHVudGVlcm0CQCAg9kFgJmDxUEJ2h0dHA6Ly93d3cuYXxMQmgvbGgwcHV5cXEfCXAg9wXmD
wAGX2JsYW5rrBkRvbmF0ZQWQCAw9kFgJmDxUESi9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0RpbGspCmVkcvxmC
ZWxmCVZtbHVudGVlcm0CQCAg9kFgJmDxUEJ2h0dHA6Ly93d3c
5kLUZpbmFuY2lhbC1TZXJ2aWNlcy9PbmxpbmU1QmlsbC1QYXltZW50L0YXkAgU
PFgIfBGcWAgIBDxYCHwMCAhYEZg9kFgJmDxUECGZhY2 Vib29rrL2h0dHA6Ly93d3cuZmFjZWJvb29suY29tL2Fz

11521. aXN0YWRSm0vudcI2deIrC3spadrsBrI9btPtawBkAgEPZBPCZg8VBAd0a2l0dGVy9wh0uhrory93d3cudHdpd
HRlci5jb20vYXZpc3RhaG9zcGl0YWwGX2JsYW5rAGQCBg8WAh8EZxYCAgEPFgIfAwICFgRmD2QWAmYPFQQIZm
FjZWJvb2svaHR0cDovL3d3dy5mYWNlYm9vay5jb20vYXZpc3RhYWR2ZW50aXN0aG9zcGl0YWwGX2JsYW5rAGQ
CAQ9kFgJmDxUEB3R3aXR0ZXIIaHR0cDovL3d3dy50d2l0dGVyLmNvbS9hdmlzdGFob3NwaXRhbmsAZAIHDxCHwMCBRYKZg9kFgJmDxUDDS9PdXItTmV0d29yay8AC091ciBOZXR3b3JrZAIBD2QWAmYPFQMVL0hvbWUvQURBLUNvbXBsaWFuY2UvAA5BREEgQ29tcGxpYW5jZWQCAg9kFgJmDxUDFy9DYXJlZXJzLWFuZC1FZHVjYXRpb24vABNDYXJlZXJzICYgRWR1Y2F0aW9uZAIDD2QWAmYPFQMRL0hvbWUvRGlzY2xhaW1lci8ACkRpc2NsYWl
tZXJkAgQPZBYCZg8VAyUvV2Vic2l0ZS1Qcml2YWN5LWFuZC1TZWN1cml0eS1Qb2xpY3kvACFXZWJzaXRlIFBy
aXZhY3kgJiBTZWN1cml0eSBQb2xpY3lkAg0PFgIfAAV6PGgzPldoeSBXZSBBc2sgWW91ciBaaXAgQ29kZTwva
DM+PHA+
T3VyIHNlYXJjaCB0b29scyByZXF1aXJlIGEgemlwIGNvZGUgdG8gbWF0Y2ggdGhlIGxvY2F0aW9uIG5lYXJlc
3QgeW91LjxiciciAvPjxiciAvPjwvcD5kAg8PFgIfAAUbUGxlYXNlIHNvZXRlIHNlbGVjdGlvbiByZXF1aXJl
YCHwAFYUZvciB0aGUgYmVzdCBzaXRlIHZpZXdpbmcgZXhwZXJpZW5jZSBwbGVhc2UgdXBncmFkZSB5b3VyIGJ
yb3dzZXIgdG8gSW50ZXJuZXQgRXhwbG9yZXIgOSBvciBhYm92ZS5kAhcPFgIfAGVkGBMFR2N0bDAwUR0bDAw
JFV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdiRjHJsMRVeE1vYmlsZU5hdlNlY29uZExldmVsDxQrA
A5kZGRkZGRkPCsACwACC2RkZGYC/////
w9kBUtjdGwwMCRjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJFV4UGFnZUhvc3RQbGFjZUhvbGRlciRVeFBhZ2
VIb3N0JHJV4VhTd2l0Y2gPD2QCAWQFL2N0bDAwJGN0bDAwJFV4SGVaZVyJFV4Zb2xkZXIxZENvbnRlbnRQbGF
pZZh0bmfF2DxQrAA5kZGRkZGRkPCsACAACCGRkZGYC/////
w9kBUhjdGwwMCRjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJENvbnRlbnRRQbGFjZUhvbGRlcjIkRHJvcFpvbm
U1JHV4VVhTd2l0Y2gPD2QCAWQFgGQFjdGwwMCRjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxZ2xkZXIxJENvbnRlbnRRQbGF
jZUhvbGRlcjIkRHJvcFpvbmUyJHV4Q29sdW1uIHJlzcGxheSRjdGwwMCRlNEnvbnlyb2xbDw4k1bW4kY3RsMDAk
dXhXaWRnZXRXRlb3N0JH0JHV4VhTd2l0Y2gPD2QCAWQFSGN0bDAwJGN0bDAwJENvbnRlbnRRQbGFjZUhvbGRlcjIkEkQ
29udGVudFBsYWNlSG9sZGVyMiRrcm9wWm9uZ5RkXhVWFN3aXRjaA8PZAIBZAUuY3RsMDAkY3RsMDAkVXhIZW
FkZXIkVXhNaWNyb3NpdGVGVNZW51JFV4TGVmdG5hdg8UKwAOZGRkZGRkZDwrAAkGlkZGRmAv////
8PZAVHJY3RsMDAkY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMiRTW9iaWxlMmIF4TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF
2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAGAAlGZGRkZgL/////
D2QFR2N0bDAwJGN0bDAwJFV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdiRjHJsMiRVeE1vYmlsZU5hd
lNlY29uZExldmVsDxQrAA5kZGRkZGRkPCsABgACBmRkZGYC/////
w9kBZIBY3RsMDAkY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRDb250ZW50UGxhY2VIb2xkZXIyJERyb3Bab2
51MiRleENvbHVtbkRpc3BsYXkkY3RsMDAkdXhhb250cm9scm9sDb250cm9sDb250cm9sDb250cm9sDb25QWNsoZEFd
pZGdldEhvc3Rfd2l0kZ2V0JFZpZkdTZXQPD2RmZAVHJY3RsMDAkY3RsMDAkVHhQcmltYXJ5TmF2TW9iaWxlJFV4
TW9iaWxlTmF2JGN0cmwwJFV4TW9iaWxlTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAPAAIPZGRkZgL//
///
D2QFKmN0bDAwJGN0bDAwJFV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdg8UKwAOZGRkZGRkZDwrAAYAA
gZkZGRmAv////
8PZAVIY3RsMDAkY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRDb250ZW50UGxhY2VIb2xkZXIyJERyb3Bab25
lMiRleFVYU3dpdGNoDw8kAgFkBYEBY3RsMDAkY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRDb250ZW50UGxh
Y2VIb2xkZXIyJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY29udGVudFBsYWNlSG9sZGVyMSRDb250ZW50UGxh
HV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBUdjdGwwMCRjdGwwMCRVeFByaW1hcnl0YXRNb2JpbGUkVX
hNb2JpbGVOYXYkY3RybDMkVXhNb2JpbGVOYXZTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDwrAAQAAgRkZGRmAv/
///
8PZAW7AWN0bDAwJGN0bDAwJENvbnRlbnRRQbGFjZUhvbGRlcjEkQ29udGVudFBsYWNlSG9sZGVyMiREcm9wWm9
uZTtkdXhhb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udGHJvbENvbnRvbHVtvbVbtbiR2dGwwMCR1eFdpZGdldEhvc3QkdAXh
aWRnZXRTb3N0X3dpdGdldCRXaWRnZXRFZGl0b3IkVXhVZW51ZWwvbkV0Qd9uJGFzcEJ1dHRvbk1hcmt1cE1vZ
GUPD2RmZAVHJY3RsMDAkY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwlJFV4TW9iaW
xlTmF2U2Vjb25kTGV2ZWwPPcSADgMIZgxmDQL//////
D2QFSGN0bDAwJGN0bDAwJENvbnRlbnRRQbGFjZUhvbGRlcjEkQ29udGVudFBsYWNlSG9sZGVyMiREcm9wWm9uZ
TQkdXhVWFN3aXRjaA8PZAIBZAVKY3RsMDAkY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyRyb3Bab251UG
xhY2VIb2xkZXIkRHJvcFpvbmUxJHV4VVhTd2l0Y2gPD2QCAWQ3IqGu8rhDPtmivfZwP2QiCXhtoLZu/
XuvpKYFS+jbmQ=="  />

```
</div>



<script type="text/javascript">
//<![CDATA[
var theForm = document.forms['aspnetForm'];
if (!theForm) {
    theForm = document.aspnetForm;
}
function __doPostBack(eventTarget, eventArgument) {
    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
        theForm.__EVENTTARGET.value = eventTarget;
        theForm.__EVENTARGUMENT.value = eventArgument;
        theForm.submit();
    }
}
//]]>
</script>
```

```
11539
11540
11541   <script
  …     src="/WebResource.axd?d=
        t6Xk1lyxXcG3Twa91mdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2
        l-8q6Yk2c4QTTGPS_sQfQsl&amp;t=635586452020000000" type="text/javascript"></script>
11542
11543
11544   <script
  …     src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
  …     lh7d_XvfCmt3JVE-
        v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
        KZ5IfKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
11545   <script
  …     src="/ScriptResource.axd?d=
        lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS10l8k-
  …     jDXi1WxaLqm-
        nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
  …     _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
11546   <div class="aspNetHidden">
11547
11548       <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
  …     value="22C072A0" />
11549       <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
        value="/wEdAAT5xNsKxnFHBmL/sBC+ZQSAR08WC+WqDHWAhAKwe72xuNRUEGT5ZsWqq5a2OhqLh+7w+
        XTfyk13KObqGkE1sMzOLPm/JyVpG+YpsIwdbgvqih1IqvXE6hlRZGHBDc+L7+w=" />
11550   </div>
11551       <div id="top"></div>
11552
11553
11554
11555
11556
11557   <div class="logo-wrap visible-print">
11558       <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
11559   </div>
11560
11561   <header id="header" class="hidden-print">
11562       <div class="c">
11563           <a class="open-link opener hamburger-menu" href="#"></a>
11564           <div class="top-header">
11565
11566               <div class="col-md-12">
11567                   <div class="topbreadcrumb ">
11568                       <a href='/'>Home</a> / <a
  …     href='/AVH/Specialties/'>Specialties</a> / <a href='/AVH/Specialties/GI-Lab/'>GI</a>
        / <a href='/AVH/Specialties/GI-Colonoscopy/'>Colonoscopy</a>
11569                   </div>
11570
11571
11572
11573   <nav>
11574
11575
11576           <ul class="contact-list password-menu">
11577               <li>
11578                   <a href="/Login.aspx">Log In</a>
11579               </li>
11580           </ul>
11581
11582
11583           <ul class="contact-list">
11584               <li class="ektron-util-trigger"><span id="ektron-util-trigger"
        class="glyphicon glyphicon-chevron-left"></span></li>
11585
11586               <li>
11587                   <a href="/Financial-Help/" target="" title="Payment Help?">Payment
  …     Help?</a>
```

```
11588                    </li>
11589
11590
11591                    <li>
11592                        <a href="/Careers-and-Education/" target="" title="Careers &amp;
…    Education">Careers &amp; Education</a>
11593
11594                <ul class="contact-list">
11595                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…    class="glyphicon glyphicon-chevron-left"></span></li>
11596
11597                    <li>
11598                        <a href="/AVH/Careers-and-Education/Physician-Opportunities/"
…    target="" title="Physician Opportunities">Physician Opportunities</a>
11599
11600                    </li>
11601
11602                    <li>
11603                        <a href="/Why-choose-Centura-Health/" target="" title="Why choose
…    Centura Health">Why choose Centura Health</a>
11604
11605                    </li>
11606
11607                    <li>
11608                        <a href="/Careers-and-Education/What-to-Expect-as-an-Applicant/"
…    target="" title="What to Expect as an Applicant">What to Expect as an Applicant</a>
11609
11610                    </li>
11611
11612                    <li>
11613                        <a href="/Hiring-FAQs/" target="" title="Frequently Asked
…    Questions">Frequently Asked Questions</a>
11614
11615                    </li>
11616
11617                    <li>
11618                        <a href="/Compensation-Benefits-and-Tuition-Reimbursement/" target=""
…    title="Compensation Benefits and Tuition Reimbursement">Compensation Benefits and
…    Tuition Reimbursement</a>
11619
11620                    </li>
11621
11622                    <li>
11623                        <a href="/Nursing-Careers/" target="" title="Nursing Careers">Nursing
…    Careers</a>
11624
11625                    </li>
11626
11627                    <li>
11628                        <a href="/Other-Hiring-Areas/" target="" title="Other Careers">Other
…    Careers</a>
11629
11630                    </li>
11631
11632                    <li>
11633                        <a href="/Your-Rights-As-An-Applicant/" target="" title="Your Rights
…    As An Applicant">Your Rights As An Applicant</a>
11634
11635                    </li>
11636
11637                </ul>
11638
11639                    </li>
11640
11641                    <li>
11642                        <a href="/mycenturahealth/" target=""
…    title="MyCenturaHealth">MyCenturaHealth</a>
11643
```

```
11644                                 </li>
11645
11646                 <li>
11647                     <a href="/Home/For-Providers/" target="" title="For Providers">For
       Providers</a>
11648
11649                 <ul class="contact-list">
11650                     <li class="ektron-util-trigger"><span id="ektron-util-trigger"
       class="glyphicon glyphicon-chevron-left"></span></li>
11651
11652                 <li>
11653                     <a href="/Pay-Your-Application-Fee/" target="" title="Pay Your
       Application Fee">Pay Your Application Fee</a>
11654
11655                 </li>
11656
11657                 <li>
11658                     <a href="/Physician-Consult-or-Transfer/" target="" title="Physician
       Consult or Transfer">Physician Consult or Transfer</a>
11659
11660                 </li>
11661
11662                 <li>
11663                     <a href="/AVH/Careers-and-Education/Physician-Opportunities/"
       target="" title="Physician Opportunities">Physician Opportunities</a>
11664
11665                 </li>
11666
11667                 </ul>
11668
11669                 </li>
11670
11671                 <li>
11672                     <a href="/AVH/Contact-Us/" target="" title="Contact Us">Contact
       Us</a>
11673
11674                 </li>
11675
11676                 </ul>
11677
11678 </nav>
11679                 </div>
11680
11681         </div>
11682         <div class="lower-header">
11683             <div class="holder">
11684                 <div class="logo-wrap">
11685                     <a href="/">
11686                         <img id="ctl00_ctl00_UxHeader_UxLogo" class="logo"
       src="/uploadedImages/avistahospital/Content/AVH/Configuration/Avista-Adv-Hosp-Web.png
       " />
11687                     </a>
11688
11689                     <a href="#" class="drop-arrow">drop arrow</a>
11690
11691                 </div>
11692                 <div class="right-wrap">
11693                     <div class="search-form-new">
11694                         <div class="input-group input-group-sm">
11695                             <input id="searchText" type="text" class="form-control"
       placeholder="Enter your search terms here" />
11696                             <div class="input-group-btn" >
11697                                 <input type="hidden" id="searchFolderId"
       value="1257"/>
11698                                 <button type="button" class="btn btn-default
       dropdown-toggle" data-toggle="dropdown" tabindex="-1">
11699                                     <span class="search-tip">current site</span><span
       class="caret"></span>
```

```
11700                                       <span class="sr-only">Toggle Dropdown</span>
11701                                     </button>
11702                                     <ul class="dropdown-menu pull-right search-filter"
…    role="menu">
11703                                         <li><a href="0" data-folderid="1257"
…    class="active">current site</a></li>
11704                                         <li><a href="0" data-folderid="0">all
…    sites</a></li>
11705                                     </ul>
11706                                     <button id="main-site-search" type="button"
…    class="btn btn-default" tabindex="-1"><span class="glyphicon
     glyphicon-search"></span></button>
11707                                 </div>
11708                             </div>
11709                             <!-- /.input-group -->
11710                         </div>


11711

11712

11713   <nav id="nav">

11714

11715             <ul class="nav-tier-1">

11716

11717             <li>

11718                 <a href="/AVH/Specialties/" class="" target="_self">Specialties</a>

11719

11720             <ul class="nav-tier-2">

11721

11722             <li>
11723                 <a href="/AVH/Specialties/Birth-Center/" class=""
…    target="_self">Birth Center</a>

11724

11725             <ul class="nav-tier-3">

11726

11727             <li>
11728                     <a href="/AVH/Specialties/Birth-Center/About-the-Birth-Center/"
     class="" target="_self">About the Birth Center</a>

11729

11730             </li>

11731

11732             <li>
11733                     <a href="/AVH/Specialties/Birth-Center/Birth-Center-Services/"
…    class="" target="_self">Birth Center Services</a>

11734

11735             </li>

11736

11737             <li>
11738                     <a href="/AVH/Specialties/Birth-Center/Midwife-Delivery/" class=""
     target="_self">Midwife Delivery</a>

11739

11740             </li>

11741

11742             <li>
11743                     <a href="/AVH/Specialties/Birth-Center/predelivery-consult/" class=""
     target="_self">Pre-Delivery Consult</a>

11744

11745             </li>

11746

11747             <li>
11748                     <a href="/AVH/Specialties/Birth-Center/Birth-Center-Tours/" class=""
…    target="_self">Birth Center Tours</a>

11749

11750             </li>

11751

11752             <li>
11753                     <a href="/AVH/Specialties/Birth-Center/Birth-Classes/" class=""
     target="_self">Birth Classes</a>

11754

11755             </li>
```

```
11756
11757                <li>
11758                    <a href="/AVH/Specialties/Birth-Center/Breastfeeding-Support/"
…    class="" target="_self">Breastfeeding Support</a>
11759
11760                </li>
11761
11762                <li>
11763                    <a href="/AVH/Specialties/Birth-Center/New-Mom-Luncheon/" class=""
…    target="_self">New Mom Support</a>
11764
11765                </li>
11766
11767                <li>
11768                    <a href="/AVH/Specialties/Birth-Center/Birth-Center-Visitors/"
…    class="" target="_self">Birth Center Visitors</a>
11769
11770                </li>
11771
11772                <li>
11773                    <a href="/AVH/Specialties/Birth-Center/In-Case-of-Complications/"
…    class="" target="_self">In Case of Complications</a>
11774
11775                </li>
11776
11777                <li>
11778                    <a href="#PreRegModal" class="" target="_self">Hospital
…    Pre-Registration</a>
11779
11780                </li>
11781
11782            </ul>
11783
11784        </li>
11785
11786        <li>
11787            <a href="/AVH/Specialties/Breast-Care-Center/" class=""
…    target="_self">Breast Care Center</a>
11788
11789            <ul class="nav-tier-3">
11790
11791                <li>
11792                    <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Tips/"
…    class="" target="_self">Mammogram Tips</a>
11793
11794                </li>
11795
11796                <li>
11797                    <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Guidelines/"
…    class="" target="_self">Mammogram Guidelines</a>
11798
11799                </li>
11800
11801                <li>
11802                    <a
…    href="/AVH/Specialties/Breast-Care-Center/Tomosynthesis-3D-Mammography/" class=""
…    target="_self">3D Mammography</a>
11803
11804                </li>
11805
11806                <li>
11807                    <a href="/AVH/Specialties/Breast-Care-Center/Breast-Surgical-Care/"
…    class="" target="_self">Breast Surgical Care</a>
11808
11809                </li>
11810
11811                <li>
11812                    <a href="/AVH/Specialties/Breast-Care-Center/Patient-Forms/" class=""
```

```
11812…  target="_self">Patient Forms</a>
11813
11814                  </li>
11815
11816                  <li>
11817                          <a
…  href="/AVH/Specialties/Breast-Care-Center/Contact-Breast-Care-Center/" class=""
…  target="_self">Contact Us</a>
11818
11819                  </li>
11820
11821                  </ul>
11822
11823                  </li>
11824
11825                  <li>
11826                          <a href="/AVH/Specialties/Critical-Care-Unit/" class=""
…  target="_self">Critical Care</a>
11827
11828                  </li>
11829
11830                  <li>
11831                          <a href="/AVH/Specialties/Emergency/" class="" target="_self">ER
…  &amp; Wait Times</a>
11832
11833                  </li>
11834
11835                  <li>
11836                          <a href="/AVH/Specialties/GI-Lab/" class="" target="_self">GI</a>
11837
11838                  <ul class="nav-tier-3">
11839
11840                  <li>
11841                          <a href="/AVH/Specialties/GI/Our-GI-Experts/" class=""
…  target="_self">Our GI Experts</a>
11842
11843                  </li>
11844
11845                  <li>
11846                          <a href="/AVH/Specialties/GI/Colonoscopy/" class=""
…  target="_self">Colonoscopy</a>
11847
11848                  </li>
11849
11850                  <li>
11851                          <a href="/AVH/Specialties/GI/Contact-Us/" class=""
…  target="_self">Contact Us</a>
11852
11853                  </li>
11854
11855                  </ul>
11856
11857                  </li>
11858
11859                  <li>
11860                          <a href="/AVH/Specialties/Heart---Vascular-Care/" class=""
…  target="_self">Heart &amp; Vascular</a>
11861
11862                  <ul class="nav-tier-3">
11863
11864                  <li>
11865                          <a href="/AVH/Specialties/Heart/About-Heart-Vascular-Care/" class=""
…  target="_self">About Heart Vascular Care</a>
11866
11867                  </li>
11868
11869                  <li>
11870                          <a href="/AVH/Specialties/Heart/Cardiac-Emergency-Care/" class=""
```

```
11870    target="_self">Cardiac Emergency Care</a>
11871
11872                    </li>
11873
11874                    <li>
11875                        <a href="/AVH/Specialties/Heart/Cardiac-Diagnostic-Testing/" class=""
         target="_self">Cardiac Diagnostic Testing</a>
11876
11877                    </li>
11878
11879                    <li>
11880                        <a href="/AVH/Specialties/Heart/Cardiac-Cath-Lab/" class=""
         target="_self">Cardiac Cath Lab</a>
11881
11882                    </li>
11883
11884                    <li>
11885                        <a href="/AVH/Specialties/Heart/Cardiac-Rehabilitation/" class=""
         target="_self">Cardiac Rehabilitation</a>
11886
11887                    </li>
11888
11889                    <li>
11890                        <a
         href="/AVH/Specialties/Heart/Invasive-Cardiovascular-Testing-and-Intervention/"
         class="" target="_self">Cardiovascular Interventions</a>
11891
11892                    </li>
11893
11894                    <li>
11895                        <a href="/AVH/Specialties/Heart/Non-Invasive-Cardiac-Testing/"
         class="" target="_self">Non-Invasive Cardiac Testing</a>
11896
11897                    </li>
11898
11899                    <li>
11900                        <a href="/AVH/Specialties/Heart/Heart-Scans/" class=""
         target="_self">Heart Scans</a>
11901
11902                    </li>
11903
11904                    <li>
11905                        <a href="/AVH/Specialties/Heart/Heart-Attack-Risk/" class=""
         target="_self">Heart Attack Signs &amp; Risks</a>
11906
11907                    </li>
11908
11909                    </ul>
11910
11911                    </li>
11912
11913                    <li>
11914                        <a href="/AVH/Specialties/Diagnostic-Imaging/" class=""
         target="_self">Imaging</a>
11915
11916                    </li>
11917
11918                    <li>
11919                        <a href="/AVH/Specialties/Infusion-Center/" class=""
         target="_self">Infusion Center</a>
11920
11921                    </li>
11922
11923                    <li>
11924                        <a href="/AVH/Specialties/Interventional-Radiology/" class=""
         target="_self">Interventional Radiology</a>
11925
11926                    <ul class="nav-tier-3">
```

```
11927
11928              <li>
11929                 <a
…     href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiology-Services/"
…     class="" target="_self">Our Services</a>
11930
11931              </li>
11932
11933              <li>
11934                 <a
…     href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiologists/"
…     class="" target="_self">Our Specialists</a>
11935
11936              </li>
11937
11938           </ul>
11939
11940        </li>
11941
11942        <li>
11943           <a href="/AVH/Specialties/Joint-Care-Center/" class=""
…     target="_self">Joint Center</a>
11944
11945           <ul class="nav-tier-3">
11946
11947              <li>
11948                 <a
…     href="/AVH/Specialties/Joint-Center/About-Avista-s-Joint-Care-Center/" class=""
…     target="_self">About Avista&#39;s Joint Care Center</a>
11949
11950              </li>
11951
11952              <li>
11953                 <a href="/AVH/Specialties/Joint-Center/What-to-expect-/" class=""
…     target="_self">What to Expect</a>
11954
11955              </li>
11956
11957              <li>
11958                 <a href="/AVH/Specialties/Joint-Center/Facts-about-joint-pain/"
…     class="" target="_self">Facts About Joint Pain</a>
11959
11960              </li>
11961
11962              <li>
11963                 <a href="/AVH/Specialties/Joint-Center/Relieving-joint-pain/"
…     class="" target="_self">Relieving Joint Pain</a>
11964
11965              </li>
11966
11967              <li>
11968                 <a
…     href="/AVH/Specialties/Joint-Center/Joint-Replacement-Misconceptions/" class=""
…     target="_self">Joint Replacement Misconceptions</a>
11969
11970              </li>
11971
11972              <li>
11973                 <a href="/AVH/Specialties/Joint-Center/Joint-Physician-Specialists/"
…     class="" target="_self">Joint Physician Specialists</a>
11974
11975              </li>
11976
11977              <li>
11978                 <a href="/AVH/Specialties/Joint-Center/Contact-Joint-Care-Center/"
…     class="" target="_self">Contact the Joint Care Center</a>
11979
11980              </li>
```

```
11981                    </ul>
11982
11983
11984                    </li>
11985
11986                    <li>
11987                        <a href="/AVH/Specialties/Laboratory-Services/" class=""
…     target="_self">Lab</a>
11988
11989                    </li>
11990
11991                    <li>
11992                        <a href="/AVH/Specialties/Rehabilitation/" class=""
…     target="_self">Rehabilitation</a>
11993
11994                    </li>
11995
11996                    <li>
11997                        <a href="/AVH/Specialties/Spine-Care-Program/" class=""
…     target="_self">Spine Center</a>
11998
11999                    <ul class="nav-tier-3">
12000
12001                    <li>
12002                        <a
…     href="/AVH/Specialties/Spine-Center/About-Avista-s-Spine-Care-Center/" class=""
…     target="_self">About Avista&#39;s Spine Care Center</a>
12003
12004                    </li>
12005
12006                    <li>
12007                        <a href="/AVH/Specialties/Spine-Center/Total-Care-for-Your-Spine/"
…     class="" target="_self">Total Care for Your Spine</a>
12008
12009                    </li>
12010
12011                    <li>
12012                        <a href="/AVH/Specialties/Spine-Center/Surgical-Suites/" class=""
…     target="_self">Surgical Suites</a>
12013
12014                    </li>
12015
12016                    <li>
12017                        <a href="/AVH/Specialties/Spine-Center/Spine-Physician-Specialists/"
…     class="" target="_self">Spine Physician Specialists</a>
12018
12019                    </li>
12020
12021                    <li>
12022                        <a
…     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
…     &amp;cat1=294" class="" target="_parent">Free Spine Seminars</a>
12023
12024                    </li>
12025
12026                    <li>
12027                        <a href="/AVH/Specialties/Spine-Center/Contact-Us/" class=""
…     target="_self">Contact Us</a>
12028
12029                    </li>
12030
12031                    </ul>
12032
12033                    </li>
12034
12035                    <li>
12036                        <a href="/AVH/Specialties/Surgery-Services/" class=""
…     target="_self">Surgery</a>
```

```
12037
12038                    </li>
12039
12040                    <li>
12041                        <a href="/avh/specialties/stroke/" class="" target="_self">Stroke</a>
12042
12043                    <ul class="nav-tier-3">
12044
12045                    <li>
12046                        <a href="/AVH/Specialties/Stroke/Stroke-Signs/" class=""
…   target="_self">Stroke Warning Signs</a>
12047
12048                    </li>
12049
12050                    <li>
12051                        <a href="/AVH/Specialties/Stroke/Stroke-Treatment/" class=""
…   target="_self">Stroke Treatment</a>
12052
12053                    </li>
12054
12055                    <li>
12056                        <a href="/AVH/Specialties/Stroke/Stroke-Prevention/" class=""
…   target="_self">Stroke Prevention</a>
12057
12058                    </li>
12059
12060                    </ul>
12061
12062                    </li>
12063
12064                    </ul>
12065
12066                    </li>
12067
12068                    <li>
12069                        <a href="/For-Patients-and-Families/" class="" target="_self">For
…   Patients &amp; Families</a>
12070
12071                    <ul class="nav-tier-2">
12072
12073                    <li>
12074                        <a href="#PreRegModal" class="" target="_self">Patient
…   Pre-Registration</a>
12075
12076                    </li>
12077
12078                    <li>
12079                        <a href="/AVH/For-Patients-and-Families/Patient---Visitor-Guide/"
…   class="" target="_self">Patient &amp; Visitor Information</a>
12080
12081                    <ul class="nav-tier-3">
12082
12083                    <li>
12084                        <a
…   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Checking-on-a-
…   Patient/" class="" target="_self">Checking on a Patient</a>
12085
12086                    </li>
12087
12088                    <li>
12089                        <a
…   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Visiting-Hours/"
…   class="" target="_self">Visiting Hours</a>
12090
12091                    </li>
12092
12093                    <li>
12094                        <a
```

```
12094…   href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Garden-Terrace-
   …    Café/" class="" target="_self">Garden Terrace &amp; Atrium Café</a>
12095
12096                </li>
12097
12098                <li>
12099                     <a
   …    href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Gift-Shop/"
   …    class="" target="_self">Gift Shop</a>
12100
12101                </li>
12102
12103                <li>
12104                     <a
   …    href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Planning-ahead-
   …    for-a-procedure/" class="" target="_self">Planning Ahead</a>
12105
12106                </li>
12107
12108                <li>
12109                     <a
   …    href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/Documents-you-
   …    should-bring/" class="" target="_self">Documents to Bring</a>
12110
12111                </li>
12112
12113                <li>
12114                     <a
   …    href="/AVH/For-Patients-and-Families/Patient-and-Visitor-Information/What-to-pack/"
   …    class="" target="_self">What to Pack</a>
12115
12116                </li>
12117
12118                <li>
12119                     <a href="/AVH/For-Patients-and-Families/Request-Medical-Records/"
   …    class="" target="_self">Medical Records Request</a>
12120
12121                </li>
12122
12123            </ul>
12124
12125        </li>
12126
12127        <li>
12128                     <a
   …    href="/AVH/For-Patients-and-Families/Spiritual-Care/Spiritual-Care/" class=""
   …    target="_self">Spiritual Care</a>
12129
12130            <ul class="nav-tier-3">
12131
12132        <li>
12133                     <a href="/AVH/For-Patients-and-Families/Spiritual-Care/Healing-Arts/"
   …    class="" target="_self">Healing Arts</a>
12134
12135                </li>
12136
12137                <li>
12138                     <a
   …    href="/AVH/For-Patients-and-Families/Spiritual-Care/Light-a-Candle/" class=""
   …    target="_self">Light a Candle</a>
12139
12140                </li>
12141
12142                <li>
12143                     <a
   …    href="/AVH/For-Patients-and-Families/Spiritual-Care/Ten-reasons-why-you-might-want-to
   …    -see-a-chaplain/" class="" target="_self">Why See a Chaplain</a>
12144
```

```
12145                    </li>
12146
12147                    <li>
12148                            <a
…   href="/AVH/For-Patients-and-Families/Spiritual-Care/Understanding-grief/" class=""
…   target="_self">Understanding Grief</a>
12149
12150                    </li>
12151
12152                    </ul>
12153
12154                    </li>
12155
12156                    <li>
12157                            <a href="/Billing-and-Financial-Services/" class=""
…   target="_self">Billing &amp; Financial Services</a>
12158
12159                    <ul class="nav-tier-3">
12160
12161                    <li>
12162                            <a href="/How-Billing-Works/" class="" target="_self">How Billing
…   Works</a>
12163
12164                    </li>
12165
12166                    <li>
12167                            <a href="/Hospital-Billing/" class="" target="_self">Hospital
…   Billing</a>
12168
12169                    </li>
12170
12171                    <li>
12172                            <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
…   Pay</a>
12173
12174                    </li>
12175
12176                    <li>
12177                            <a href="/Financial-Help/" class="" target="_self">Financial
…   Assistance, Charity Care &amp; Payment Plans</a>
12178
12179                    </li>
12180
12181                    <li>
12182                            <a href="/Uninsured-Patients/" class="" target="_self">Uninsured
…   Patients</a>
12183
12184                    </li>
12185
12186                    <li>
12187                            <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
12188
12189                    </li>
12190
12191                    </ul>
12192
12193                    </li>
12194
12195                    <li>
12196                            <a href="/For-Patients-and-Families/Pricing/" class=""
…   target="_self">Pricing</a>
12197
12198                    <ul class="nav-tier-3">
12199
12200                    <li>
12201                            <a
…   href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
…   target="_self">Costs for Common Procedures</a>
```

```
12202
12203                          </li>
12204
12205                          <li>
12206                              <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
       class="" target="_self">Request a Custom Quote</a>
12207
12208                          </li>
12209
12210                          <li>
12211                              <a
       href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
       class="" target="_self">Resources for Patients and Consumers</a>
12212
12213                          </li>
12214
12215                      </ul>
12216
12217                  </li>
12218
12219                  <li>
12220                      <a href="/Quality-Service-and-Safety/" class=""
       target="_self">Quality, Service &amp; Safety</a>
12221
12222                  <ul class="nav-tier-3">
12223
12224                          <li>
12225                              <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
12226
12227                          </li>
12228
12229                          <li>
12230                              <a href="/Hospital-Ratings/" class="" target="_self">Hospital
       Ratings</a>
12231
12232                          </li>
12233
12234                          <li>
12235                              <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
       Ratings</a>
12236
12237                          </li>
12238
12239                          <li>
12240                              <a href="/Components/Templates/ProviderSearch.aspx"
       class="open-physician-finder" target="_self">Doctor Ratings</a>
12241
12242                          </li>
12243
12244                      </ul>
12245
12246                  </li>
12247
12248                  <li>
12249                      <a href="/Advance-Directives/" class="" target="_self">Advance
       Directives</a>
12250
12251                  <ul class="nav-tier-3">
12252
12253                          <li>
12254                              <a href="/Important-Questions/" class="" target="_self">Important
       Questions</a>
12255
12256                          </li>
12257
12258                      </ul>
12259
12260                  </li>
```

```
12261
12262                <li>
12263                    <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
…    Health LINKS</a>
12264
12265                <ul class="nav-tier-3">
12266
12267                <li>
12268                    <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
…    target="_self">Benefits Checkup Colorado</a>
12269
12270                </li>
12271
12272                <li>
12273                    <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
…    target="_self">Medicare Part D Assistance</a>
12274
12275                </li>
12276
12277                <li>
12278                    <a href="/Centura-Health-RX-Assistance-/" class="" target="_self">RX
…    Assist</a>
12279
12280                </li>
12281
12282                <li>
12283                    <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
…    class="" target="_self">State Health Insurance Plan</a>
12284
12285                </li>
12286
12287                </ul>
12288
12289                </li>
12290
12291                <li>
12292                    <a href="/MyCenturaHealth/" class=""
…    target="_self">MyCenturaHealth</a>
12293
12294                </li>
12295
12296                <li>
12297                    <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
…    target="_self">Patient Bill of Rights &amp; Responsibilities</a>
12298
12299                <ul class="nav-tier-3">
12300
12301                <li>
12302                    <a href="/AVH/For-Patients-and-Families/Patient-Grievance-Process/"
…    class="" target="_self">Patient Grievance Process</a>
12303
12304                </li>
12305
12306                <li>
12307                    <a href="/AVH/For-Patients-and-Families/Patient-Representatives/"
…    class="" target="_self">Patient Representatives</a>
12308
12309                </li>
12310
12311                </ul>
12312
12313                </li>
12314
12315                <li>
12316                    <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
…    target="_self">Privacy Practices</a>
12317
12318                </li>
```

```
12319                    </ul>
12320
12321                    </li>
12322
12323
12324                    <li>
12325                        <a href="/AVH/About-Us/" class="" target="_self">About Us</a>
12326
12327                    <ul class="nav-tier-2">
12328
12329                    <li>
12330                        <a href="/AVH/about-us/avista-hospital-foundation/" class=""
      target="_self">Avista Hospital Foundation</a>
12331
12332                    <ul class="nav-tier-3">
12333
12334                    <li>
12335                        <a href="/AVH/About-Us/Foundation/Make-a-Donation/" class=""
      target="_self">Make a Donation</a>
12336
12337                    </li>
12338
12339                    <li>
12340                        <a href="/AVH/About-Us/Foundation/Healing-Angels/" class=""
      target="_self">Healing Angels</a>
12341
12342                    </li>
12343
12344                    <li>
12345                        <a href="/AVH/About-Us/Foundation/Programs-We-Support/" class=""
      target="_self">Programs We Support</a>
12346
12347                    </li>
12348
12349                    <li>
12350                        <a href="/AVH/About-Us/Foundation/Associate-Campaign/" class=""
      target="_self">Associate Campaign</a>
12351
12352                    </li>
12353
12354                    <li>
12355                        <a href="/AVH/About-Us/Foundation/Foundation-Events/" class=""
      target="_self">Foundation Events</a>
12356
12357                    </li>
12358
12359                    <li>
12360                        <a href="/AVH/About-Us/Foundation/Foundation-Staff/" class=""
      target="_self">Foundation Staff</a>
12361
12362                    </li>
12363
12364                    <li>
12365                        <a href="/AVH/About-Us/Foundation/Foundation-Board/" class=""
      target="_self">Foundation Board</a>
12366
12367                    </li>
12368
12369                    <li>
12370                        <a href="/AVH/About-Us/Foundation/Contact-Foundation/" class=""
      target="_self">Contact Us</a>
12371
12372                    </li>
12373
12374                    </ul>
12375
12376                    </li>
12377
```

Page 401

```
12378                   <li>
12379                       <a href="/AVH/About-Us/Awards/" class="" target="_self">Awards &amp;
…   Accreditations</a>
12380
12381                   </li>
12382
12383                   <li>
12384                       <a href="/AVH/About-Us/Facts-About-Avista/" class=""
…   target="_self">Fast Facts</a>
12385
12386                   <ul class="nav-tier-3">
12387
12388                   <li>
12389                       <a href="/AVH/About-Us/Our-Green-Hospital/" class=""
…   target="_self">Our Green Hospital</a>
12390
12391                   </li>
12392
12393                   </ul>
12394
12395                   </li>
12396
12397                   <li>
12398                       <a href="/AVH/About-Us/Leadership/" class=""
…   target="_self">Leadership</a>
12399
12400                   </li>
12401
12402                   <li>
12403                       <a href="/AVH/About-Us/Mission---Values/" class=""
…   target="_self">Mission</a>
12404
12405                   <ul class="nav-tier-3">
12406
12407                   <li>
12408                       <a href="/AVH/About-Us/Mission/Our-Sponsor/" class=""
…   target="_self">Our Sponsor</a>
12409
12410                   </li>
12411
12412                   <li>
12413                       <a href="/AVH/About-Us/Mission/History/" class=""
…   target="_self">History</a>
12414
12415                   </li>
12416
12417                   <li>
12418                       <a href="/AVH/About-Us/Mission/Adventist-What-s-in-a-Name-/" class=""
…   target="_self">What&#39;s a Name?</a>
12419
12420                   </li>
12421
12422                   <li>
12423                       <a href="/AVH/About-Us/Mission/What-do-Adventists-believe-/" class=""
…   target="_self">What Adventists Believe</a>
12424
12425                   </li>
12426
12427                   </ul>
12428
12429                   </li>
12430
12431                   <li>
12432                       <a href="/Centura-Health-2020/" class="" target="_self">Centura
…   Health 2020</a>
12433
12434                   </li>
12435
```

```
12436                       </ul>
12437
12438                   </li>
12439
12440               <li>
12441                   <a href="/AVH/Community/" class="" target="_self">Community</a>
12442
12443               <ul class="nav-tier-2">
12444
12445               <li>
12446                                   <a
…    href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
…    " class="" target="_self">Classes &amp; Events</a>
12447
12448                   </li>
12449
12450               <li>
12451                       <a href="/AVH/Community/Giving-Back/" class="" target="_self">Giving
…    Back</a>
12452
12453               <ul class="nav-tier-3">
12454
12455               <li>
12456                       <a href="/AVH/Community/Volunteer/" class=""
…    target="_self">Volunteer</a>
12457
12458                   </li>
12459
12460                   </ul>
12461
12462               </li>
12463
12464               <li>
12465                       <a href="/AVH/Community/Social-Media/" class="" target="_self">Social
…    Media</a>
12466
12467                   </li>
12468
12469               <li>
12470                       <a href="/AVH/Community/Community-Benefit/" class=""
…    target="_self">Community Benefit</a>
12471
12472                   </li>
12473
12474                   </ul>
12475
12476               </li>
12477
12478               <li>
12479                       <a href="/AVH/Health-and-Wellness/" class="" target="_self">Health
…    &amp; Wellness</a>
12480
12481               <ul class="nav-tier-2">
12482
12483               <li>
12484                       <a href="/Health-Library/" class="" target="_self">Health Library</a>
12485
12486               <ul class="nav-tier-3">
12487
12488               <li>
12489                       <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
…    Information</a>
12490
12491                   </li>
12492
12493                   </ul>
12494
12495               </li>
```

```
12496
12497                    <li>
12498                        <a href="/CafeWell-/" class="" target="_self">CaféWell</a>
12499
12500                    </li>
12501
12502                    <li>
12503                        <a href="/iTriage-App/" class="" target="_self">iTriage App</a>
12504
12505                    </li>
12506
12507                    <li>
12508                        <a href="/Health-And-Wellness/Healthy-Habits/" class=""
…   target="_self">Healthy Habits</a>
12509
12510                    <ul class="nav-tier-3">
12511
12512                    <li>
12513                        <a href="/Exercise-/" class="" target="_self">Exercise</a>
12514
12515                    </li>
12516
12517                    <li>
12518                        <a href="/Nutrition-/" class="" target="_self">Nutrition</a>
12519
12520                    </li>
12521
12522                    </ul>
12523
12524                    </li>
12525
12526                    <li>
12527                        <a href="/Health-And-Wellness/Seasonal-Information/" class=""
…   target="_self">Seasonal Information</a>
12528
12529                    </li>
12530
12531                    <li>
12532                        <a href="/AVH/Health-and-Wellness/Fall-Prevention/" class=""
…   target="_self">Balance &amp; Fall Prevention</a>
12533
12534                    </li>
12535
12536                    </ul>
12537
12538                    </li>
12539
12540                    <li>
12541                        <a href="/AVH/Avista-Adventist-Hospital-News/" class=""
…   target="_self">News</a>
12542
12543                    </li>
12544
12545                    </ul>
12546
12547    </nav>
12548    <script type="text/javascript">
12549            $(".nav-tier-2").last().addClass("last-tier");
12550    </script>
12551                    </div>
12552                    </div>
12553            </div>
12554            <div id="nav-slide-out">
12555                <div class="slide-out-left"></div>
12556                <div class="slide-out-middle"></div>
12557                <div class="slide-out-right"></div>
12558            </div>
12559            <span id="ctl00_ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
```

Page 404

```
12559…  id="EktronScriptBlockff62/af9799443fb879bb773f6fae5c8" type="text/javascript">
12560
12561  $ektron.extend(true, Ektron,
    …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
12562
12563
12564  </script></span>
12565  <div id="locations-slide-out">
12566      <div class="nav-col">
12567          <ul>
12568
12569                  <li><span class="glyphicon glyphicon-home"></span>
12570                      <a href=http://www.centura.org/home/>Centura Health</a>
12571                  </li>
12572
12573                  <li>
12574                      <a href=http://www.avistahospital.org/avh/home/>Avista
    …  Adventist Hospital</a></li>
12575                  </li>
12576
12577                  <li>
12578                      <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
    …  Grant County Hospital</a>
12579                  </li>
12580
12581                  <li>
12582                      <a href=http://www.castlerockhospital.org>Castle Rock
    …  Adventist Hospital</a>
12583                  </li>
12584
12585                  <li>
12586                      <a href=http://www.mylittletonhospital.org>Littleton
    …  Adventist Hospital</a>
12587                  </li>
12588
12589                  <li>
12590                      <a href=http://www.luhcares.org/>Longmont United Hospital</a>
12591                  </li>
12592
12593                  <li>
12594                      <a href=http://www.mercydurango.org>Mercy Regional Medical
    …  Center</a>
12595                  </li>
12596
12597                  <li>
12598                      <a href=http://www.orthocolorado.org>OrthoColorado
    …  Hospital</a>
12599                  </li>
12600
12601                  <li>
12602                      <a href=http://www.parkerhospital.org>Parker Adventist
    …  Hospital</a>
12603                  </li>
12604
12605          </ul>
12606      </div>
12607      <div class="nav-col">
12608          <ul>
12609
12610                  <li>
12611                      <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
    …  Health Services</a>
12612                  </li>
12613
12614                  <li>
```

```
12615                       <a href=http://www.porterhospital.org>Porter Adventist
       Hospital</a>
12616                       </li>
12617
12618                       <li>
12619                           <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
12620                       </li>
12621
12622                       <li>
12623                           <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
       North Health Campus</a>
12624                       </li>
12625
12626                       <li>
12627                           <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
       Medical Center</a>
12628                       </li>
12629
12630                       <li>
12631                           <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
       Center</a>
12632                       </li>
12633
12634                       <li>
12635                           <a href=http://www.stcatherinehosp.org>St. Catherine
       Hospital</a>
12636                       </li>
12637
12638                       <li>
12639                           <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
       Hospital</a>
12640                       </li>
12641
12642               </ul>
12643           </div>
12644           <div id="ctl00_ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
       hospital-image">
12645
12646               <img alt="Centura Health Find a Location"
       src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
12647               <br />
12648               <p>Centura Health has more experts in more places throughout the region.
       Start your health journey by finding the right one for you.</p>
12649               <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
       btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
       Menu Dropdown">search locations</button>
12650
12651   </div>
12652       <div class="clearfix"></div>
12653   </div>
12654
12655       </div>
12656   </header>
12657
12658
12659
12660
12661   <div id="theMobileNav" role="navigation" class="hidden-print">
12662       <div class="navbar navbar-default navbar-fixed-top" role="navigation">
12663           <div class="container">
12664               <div class="navbar-header">
12665                   <button type="button" class="navbar-toggle pull-left
       mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
12666                       <span class="sr-only">Toggle navigation</span>
12667                       <span class="icon-bar"></span>
12668                       <span class="icon-bar"></span>
12669                       <span class="icon-bar"></span>
12670                   </button>
```

Page 406

```
12671                <a class="navbar-brand" href="/">
12672                    <img id="ctl00_ctl00_UxPrimaryNavMobile_UxLogo"
...   src="/uploadedImages/avistahospital/Content/AVH/Configuration/Avista-Adv-Hosp-Web.png
      " />
12673                    </a>
12674                </div>
12675                <div class="navbar-collapse collapse">
12676
12677                        <ul class="nav navbar-nav navbar-right" id="mobile-nav">
12678
12679                        <li class="dropdown">
12680                            <a href="/AVH/Specialties/"
12681                                class="dropdown-toggle"
12682                                data-toggle="dropdown">
12683                                Specialties
12684                                <b class="caret"></b>
12685                            </a>
12686
12687                                <ul class="dropdown-menu">
12688
12689                                <li><a
...   href="/AVH/Specialties/Birth-Center/">Birth Center</a></li>
12690
12691                                <li><a
...   href="/AVH/Specialties/Breast-Care-Center/">Breast Care Center</a></li>
12692
12693                                <li><a
...   href="/AVH/Specialties/Critical-Care-Unit/">Critical Care</a></li>
12694
12695                                <li><a href="/AVH/Specialties/Emergency/">ER
      &amp; Wait Times</a></li>
12696
12697                                <li><a
...   href="/AVH/Specialties/GI-Lab/">GI</a></li>
12698
12699                                <li><a
...   href="/AVH/Specialties/Heart---Vascular-Care/">Heart &amp; Vascular</a></li>
12700
12701                                <li><a
...   href="/AVH/Specialties/Diagnostic-Imaging/">Imaging</a></li>
12702
12703                                <li><a
...   href="/AVH/Specialties/Infusion-Center/">Infusion Center</a></li>
12704
12705                                <li><a
...   href="/AVH/Specialties/Interventional-Radiology/">Interventional Radiology</a></li>
12706
12707                                <li><a
...   href="/AVH/Specialties/Joint-Care-Center/">Joint Center</a></li>
12708
12709                                <li><a
...   href="/AVH/Specialties/Laboratory-Services/">Lab</a></li>
12710
12711                                <li><a
...   href="/AVH/Specialties/Rehabilitation/">Rehabilitation</a></li>
12712
12713                                <li><a
...   href="/AVH/Specialties/Spine-Care-Program/">Spine Center</a></li>
12714
12715                                <li><a
...   href="/AVH/Specialties/Surgery-Services/">Surgery</a></li>
12716
12717                                <li><a
...   href="/avh/specialties/stroke/">Stroke</a></li>
12718
12719                                </ul>
12720
12721                        </li>
```

```
12722
12723                          <li class="dropdown">
12724                              <a href="/For-Patients-and-Families/"
12725                                  class="dropdown-toggle"
12726                                  data-toggle="dropdown">
12727                                  For Patients &amp; Families
12728                                  <b class="caret"></b>
12729                              </a>
12730
12731                              <ul class="dropdown-menu">
12732
12733                                  <li><a href="/#PreRegModal">Patient
…    Pre-Registration</a></li>
12734
12735                                  <li><a
…    href="/AVH/For-Patients-and-Families/Patient---Visitor-Guide/">Patient &amp; Visitor
…    Information</a></li>
12736
12737                                  <li><a
…    href="/AVH/For-Patients-and-Families/Spiritual-Care/Spiritual-Care/">Spiritual
…    Care</a></li>
12738
12739                                  <li><a
…    href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>
12740
12741                                  <li><a
…    href="/For-Patients-and-Families/Pricing/">Pricing</a></li>
12742
12743                                  <li><a
…    href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>
12744
12745                                  <li><a href="/Advance-Directives/">Advance
…    Directives</a></li>
12746
12747                                  <li><a href="/Centura-Health-LINKS/">Centura
…    Health LINKS</a></li>
12748
12749                                  <li><a
…    href="/MyCenturaHealth/">MyCenturaHealth</a></li>
12750
12751                                  <li><a
…    href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
…    Responsibilities</a></li>
12752
12753                                  <li><a
…    href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
12754
12755                              </ul>
12756
12757                          </li>
12758
12759                          <li class="dropdown">
12760                              <a href="/AVH/About-Us/"
12761                                  class="dropdown-toggle"
12762                                  data-toggle="dropdown">
12763                                  About Us
12764                                  <b class="caret"></b>
12765                              </a>
12766
12767                              <ul class="dropdown-menu">
12768
12769                                  <li><a
…    href="/AVH/about-us/avista-hospital-foundation/">Avista Hospital Foundation</a></li>
12770
12771                                  <li><a href="/AVH/About-Us/Awards/">Awards &amp;
…    Accreditations</a></li>
12772
12773                                  <li><a
```

```
12773    href="/AVH/About-Us/Facts-About-Avista/">Fast Facts</a></li>
12774
12775                                    <li><a
     …   href="/AVH/About-Us/Leadership/">Leadership</a></li>
12776
12777                                    <li><a
     …   href="/AVH/About-Us/Mission---Values/">Mission</a></li>
12778
12779                                    <li><a href="/Centura-Health-2020/">Centura
     …   Health 2020</a></li>
12780
12781                                    </ul>
12782
12783                            </li>
12784
12785                            <li class="dropdown">
12786                                <a href="/AVH/Community/"
12787                                    class="dropdown-toggle"
12788                                    data-toggle="dropdown">
12789                                    Community
12790                                    <b class="caret"></b>
12791                                </a>
12792
12793                                    <ul class="dropdown-menu">
12794
12795                                    <li><a
     …   href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
     …   ">Classes &amp; Events</a></li>
12796
12797                                    <li><a href="/AVH/Community/Giving-Back/">Giving
     …   Back</a></li>
12798
12799                                    <li><a href="/AVH/Community/Social-Media/">Social
     …   Media</a></li>
12800
12801                                    <li><a
     …   href="/AVH/Community/Community-Benefit/">Community Benefit</a></li>
12802
12803                                    </ul>
12804
12805                            </li>
12806
12807                            <li class="dropdown">
12808                                <a href="/AVH/Health-and-Wellness/"
12809                                    class="dropdown-toggle"
12810                                    data-toggle="dropdown">
12811                                    Health &amp; Wellness
12812                                    <b class="caret"></b>
12813                                </a>
12814
12815                                    <ul class="dropdown-menu">
12816
12817                                    <li><a href="/Health-Library/">Health
     …   Library</a></li>
12818
12819                                    <li><a href="/CafeWell-/">CaféWell</a></li>
12820
12821                                    <li><a href="/iTriage-App/">iTriage App</a></li>
12822
12823                                    <li><a
     …   href="/Health-And-Wellness/Healthy-Habits/">Healthy Habits</a></li>
12824
12825                                    <li><a
     …   href="/Health-And-Wellness/Seasonal-Information/">Seasonal Information</a></li>
12826
12827                                    <li><a
     …   href="/AVH/Health-and-Wellness/Fall-Prevention/">Balance &amp; Fall
     …   Prevention</a></li>
```

```
                                    </ul>

                        </li>

                        <li class="dropdown">
                            <a href="/AVH/Avista-Adventist-Hospital-News/"
                                class=""
                                data-toggle="">
                                News

                            </a>

                        </li>

                        </ul>

                    </div>
                    <!--/.nav-collapse -->
                </div>
            </div>
            <div class="mobile-search">
                <div class="input-group input-group-sm">
                    <input id="mobile-search-text" type="text" class="form-control"
placeholder="Enter your search terms here" />
                    <div class="input-group-btn">
                        <button type="button" class="btn btn-default dropdown-toggle"
data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
                            <input type="hidden" id="mobileSearchFolderId" value="1257" />
                            <span class="mobile-search-tip">current site</span><span
class="caret"></span>
                            <span class="sr-only">Toggle Dropdown</span>
                        </button>
                        <ul class="dropdown-menu pull-right mobile-search-filter"
role="menu">
                            <li><a href="0" data-folderid="1257" class="active">current
site</a></li>
                            <li><a href="0" data-folderid="">all sites</a></li>
                        </ul>
                        <button id="mobile-search-button" type="button" class="btn
btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
                    </div>
                </div>
            </div>
</div>

<script>
    $(document).ready(function () {
        // Add an item for the root node link to each sub-menu
        $("#mobile-nav .dropdown-toggle").each(function () {
            var dropdownHeader = $(this);
            var dropdownMenu = dropdownHeader.next();

            var newTitle = dropdownHeader.text() + " Home";
            var newLink = dropdownHeader.attr("href");

            var newTopItem = $(document.createElement("li"));
            var newTopLink = $(document.createElement("a")).attr("href",
newLink).text(newTitle);

            newTopItem.append(newTopLink);

            dropdownMenu.prepend(newTopItem);
        });

        // Prevent sub-menu items from triggering collapse when clicked
        $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
            clickEvent.stopPropagation();
```

```
12889        });
12890
12891        $('#mobile-nav').append('<li class="your-navs"><a
...  href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
12892        $('#mobile-nav').append('<li class="your-navs"><a
...  href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
12893        $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
...  target="_blank">MyCenturaHealth</a></li>');
12894        });
12895  </script>
12896
12897        <div class="contentPush"></div>
12898        <div id="content" class="container-fluid snap-content">
12899
12900            <!--Header-->
12901
12902            <div>
12903
12904
12905      <script type="text/javascript">
12906  //<![CDATA[
12907  Sys.WebForms.PageRequestManager._initialize('ctl00$ctl00$ContentPlaceHolder1$
...  UxPageHostPlaceHolder$UxPageHost$ctl03', 'aspnetForm',
...  ['tctl00$ctl00$ContentPlaceHolder1$UxDropZonePlaceHolder$DropZone1$uxUpdatePanel','',
...  'tctl00$ctl00$ContentPlaceHolder1$ContentPlaceHolder2$DropZone2$uxUpdatePanel','','
...  tctl00$ctl00$ContentPlaceHolder1$ContentPlaceHolder2$DropZone3$uxUpdatePanel','','
...  tctl00$ctl00$ContentPlaceHolder1$ContentPlaceHolder2$DropZone4$uxUpdatePanel','','
...  tctl00$ctl00$ContentPlaceHolder1$ContentPlaceHolder2$DropZone5$uxUpdatePanel','','
...  tctl00$ctl00$ContentPlaceHolder1$ContentPlaceHolder2$DropZone2$uxColumnDisplay$ctl00$
...  uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$ctl00$
...  ContentPlaceHolder1$ContentPlaceHolder2$DropZone2$uxColumnDisplay$ctl00$
...  uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel',''], [], [], 90, 'ctl00$ctl00');
12908  //]]>
12909  </script>
12910
12911
12912      <script type="text/javascript">
12913        Ektron.PBSettings = { 'dontClose': false }
12914      </script>
12915
12916
12917
12918
12919        <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">
12920
12921        </div>
12922        <script id="EktronScriptBlockd48ec1bc68a6406097c8a1e9fbca46cd"
...  type="text/javascript">
12923
12924  Ektron.ready(function(event, eventName){
12925
12926                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
...  .ui-dialog-buttonpane a").button();
12927                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
...  .framework").accordion({
12928                    heightStyle: "content",
12929                    activate: function(event, ui){
12930                        $ektron(ui).closest(".ui-accordion").accordion("refresh");
12931                    }
12932                });
12933                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
...  handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
12934
12935  });
12936
12937
12938  </script>
12939
```

```
        <div class="service-page-block">

            <div class="container serviceline-main ektron-right-col-fix">
                <div class="col-md-3 side-nav-basic serviceline-selector hidden-print">


<h2>
    Specialties
</h2>
<nav>


            <ul>

            <li class="">
                <a href="/AVH/Specialties/Birth-Center/" class=""
… target="_self">Birth Center</a>

            <ul class="submenu">

            <li class="">
                <a href="/AVH/Specialties/Birth-Center/About-the-Birth-Center/"
class="" target="_self">About the Birth Center</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/Birth-Center-Services/"
class="" target="_self">Birth Center Services</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/Midwife-Delivery/" class=""
… target="_self">Midwife Delivery</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/predelivery-consult/" class=""
… target="_self">Pre-Delivery Consult</a>

            </li>

            <li class="">
                <a href="/AVH/Specialties/Birth-Center/Birth-Center-Tours/" class=""
… target="_self">Birth Center Tours</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/Birth-Classes/" class=""
… target="_self">Birth Classes</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/Breastfeeding-Support/"
class="" target="_self">Breastfeeding Support</a>

            </li>


            <li class="">
                <a href="/AVH/Specialties/Birth-Center/New-Mom-Luncheon/" class=""
… target="_self">New Mom Support</a>
```

```
12999                     </li>
13000
13001
13002             <li class="">
13003                     <a href="/AVH/Specialties/Birth-Center/Birth-Center-Visitors/"
      class="" target="_self">Birth Center Visitors</a>
13004
13005             </li>
13006
13007             <li class="">
13008                     <a href="/AVH/Specialties/Birth-Center/In-Case-of-Complications/"
      class="" target="_self">In Case of Complications</a>
13009
13010             </li>
13011
13012             <li class="">
13013                     <a href="#PreRegModal" class="" target="_self">Hospital
      Pre-Registration</a>
13014
13015             </li>
13016
13017             </ul>
13018
13019             </li>
13020
13021             <li class="">
13022                     <a href="/AVH/Specialties/Breast-Care-Center/" class=""
      target="_self">Breast Care Center</a>
13023
13024             <ul class="submenu">
13025
13026             <li class="">
13027                     <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Tips/"
      class="" target="_self">Mammogram Tips</a>
13028
13029             </li>
13030
13031             <li class="">
13032                     <a href="/AVH/Specialties/Breast-Care-Center/Mammogram-Guidelines/"
      class="" target="_self">Mammogram Guidelines</a>
13033
13034             </li>
13035
13036             <li class="">
13037                     <a
      href="/AVH/Specialties/Breast-Care-Center/Tomosynthesis-3D-Mammography/" class=""
      target="_self">3D Mammography</a>
13038
13039             </li>
13040
13041             <li class="">
13042                     <a href="/AVH/Specialties/Breast-Care-Center/Breast-Surgical-Care/"
      class="" target="_self">Breast Surgical Care</a>
13043
13044             </li>
13045
13046             <li class="">
13047                     <a href="/AVH/Specialties/Breast-Care-Center/Patient-Forms/" class=""
      target="_self">Patient Forms</a>
13048
13049             </li>
13050
13051             <li class="">
13052                     <a
      href="/AVH/Specialties/Breast-Care-Center/Contact-Breast-Care-Center/" class=""
      target="_self">Contact Us</a>
13053
13054             </li>
```

```
13055
13056                    </ul>
13057
13058                    </li>
13059
13060                    <li class="">
13061                        <a href="/AVH/Specialties/Critical-Care-Unit/" class=""
      target="_self">Critical Care</a>
13062
13063                    </li>
13064
13065                    <li class="">
13066                        <a href="/AVH/Specialties/Emergency/" class="" target="_self">ER
      &amp; Wait Times</a>
13067
13068                    </li>
13069
13070                    <li class="active-menu-item">
13071                        <a href="/AVH/Specialties/GI-Lab/" class="" target="_self">GI</a>
13072
13073                    <ul class="submenu">
13074
13075                    <li class="">
13076                        <a href="/AVH/Specialties/GI/Our-GI-Experts/" class=""
      target="_self">Our GI Experts</a>
13077
13078                    </li>
13079
13080                    <li class="active-menu-item">
13081                        <a href="/AVH/Specialties/GI/Colonoscopy/" class=""
      target="_self">Colonoscopy</a>
13082
13083                    </li>
13084
13085                    <li class="">
13086                        <a href="/AVH/Specialties/GI/Contact-Us/" class=""
      target="_self">Contact Us</a>
13087
13088                    </li>
13089
13090                    </ul>
13091
13092                    </li>
13093
13094                    <li class="">
13095                        <a href="/AVH/Specialties/Heart---Vascular-Care/" class=""
      target="_self">Heart &amp; Vascular</a>
13096
13097                    <ul class="submenu">
13098
13099                    <li class="">
13100                        <a href="/AVH/Specialties/Heart/About-Heart-Vascular-Care/" class=""
      target="_self">About Heart Vascular Care</a>
13101
13102                    </li>
13103
13104                    <li class="">
13105                        <a href="/AVH/Specialties/Heart/Cardiac-Emergency-Care/" class=""
      target="_self">Cardiac Emergency Care</a>
13106
13107                    </li>
13108
13109                    <li class="">
13110                        <a href="/AVH/Specialties/Heart/Cardiac-Diagnostic-Testing/" class=""
      target="_self">Cardiac Diagnostic Testing</a>
13111
13112                    </li>
13113
```

```
13114                    <li class="">
13115                        <a href="/AVH/Specialties/Heart/Cardiac-Cath-Lab/" class=""
    …  target="_self">Cardiac Cath Lab</a>
13116
13117                    </li>
13118
13119                    <li class="">
13120                        <a href="/AVH/Specialties/Heart/Cardiac-Rehabilitation/" class=""
    …  target="_self">Cardiac Rehabilitation</a>
13121
13122                    </li>
13123
13124                    <li class="">
13125                        <a
    …  href="/AVH/Specialties/Heart/Invasive-Cardiovascular-Testing-and-Intervention/"
    …  class="" target="_self">Cardiovascular Interventions</a>
13126
13127                    </li>
13128
13129                    <li class="">
13130                        <a href="/AVH/Specialties/Heart/Non-Invasive-Cardiac-Testing/"
    …  class="" target="_self">Non-Invasive Cardiac Testing</a>
13131
13132                    </li>
13133
13134                    <li class="">
13135                        <a href="/AVH/Specialties/Heart/Heart-Scans/" class=""
    …  target="_self">Heart Scans</a>
13136
13137                    </li>
13138
13139                    <li class="">
13140                        <a href="/AVH/Specialties/Heart/Heart-Attack-Risk/" class=""
    …  target="_self">Heart Attack Signs &amp; Risks</a>
13141
13142                    </li>
13143
13144                  </ul>
13145
13146                </li>
13147
13148                <li class="">
13149                    <a href="/AVH/Specialties/Diagnostic-Imaging/" class=""
    …  target="_self">Imaging</a>
13150
13151                </li>
13152
13153                <li class="">
13154                    <a href="/AVH/Specialties/Infusion-Center/" class=""
    …  target="_self">Infusion Center</a>
13155
13156                </li>
13157
13158                <li class="">
13159                    <a href="/AVH/Specialties/Interventional-Radiology/" class=""
    …  target="_self">Interventional Radiology</a>
13160
13161                  <ul class="submenu">
13162
13163                    <li class="">
13164                        <a
    …  href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiology-Services/"
    …  class="" target="_self">Our Services</a>
13165
13166                    </li>
13167
13168                    <li class="">
13169                        <a
```

```
13169…  href="/AVH/Specialties/Interventional-Radiology/Interventional-Radiologists/"
        class="" target="_self">Our Specialists</a>
13170
13171                   </li>
13172
13173                   </ul>
13174
13175                   </li>
13176
13177                   <li class="">
13178                       <a href="/AVH/Specialties/Joint-Care-Center/" class=""
   …  target="_self">Joint Center</a>
13179
13180                   <ul class="submenu">
13181
13182                   <li class="">
13183                       <a
   …  href="/AVH/Specialties/Joint-Center/About-Avista-s-Joint-Care-Center/" class=""
        target="_self">About Avista&#39;s Joint Care Center</a>
13184
13185                   </li>
13186
13187                   <li class="">
13188                       <a href="/AVH/Specialties/Joint-Center/What-to-expect-/" class=""
   …  target="_self">What to Expect</a>
13189
13190                   </li>
13191
13192                   <li class="">
13193                       <a href="/AVH/Specialties/Joint-Center/Facts-about-joint-pain/"
   …  class="" target="_self">Facts About Joint Pain</a>
13194
13195                   </li>
13196
13197                   <li class="">
13198                       <a href="/AVH/Specialties/Joint-Center/Relieving-joint-pain/"
   …  class="" target="_self">Relieving Joint Pain</a>
13199
13200                   </li>
13201
13202                   <li class="">
13203                       <a
   …  href="/AVH/Specialties/Joint-Center/Joint-Replacement-Misconceptions/" class=""
        target="_self">Joint Replacement Misconceptions</a>
13204
13205                   </li>
13206
13207                   <li class="">
13208                       <a href="/AVH/Specialties/Joint-Center/Joint-Physician-Specialists/"
   …  class="" target="_self">Joint Physician Specialists</a>
13209
13210                   </li>
13211
13212                   <li class="">
13213                       <a href="/AVH/Specialties/Joint-Center/Contact-Joint-Care-Center/"
   …  class="" target="_self">Contact the Joint Care Center</a>
13214
13215                   </li>
13216
13217                   </ul>
13218
13219                   </li>
13220
13221                   <li class="">
13222                       <a href="/AVH/Specialties/Laboratory-Services/" class=""
   …  target="_self">Lab</a>
13223
13224                   </li>
```

```
13225
13226              <li class="">
13227                 <a href="/AVH/Specialties/Rehabilitation/" class=""
…      target="_self">Rehabilitation</a>
13228
13229              </li>
13230
13231              <li class="">
13232                 <a href="/AVH/Specialties/Spine-Care-Program/" class=""
…      target="_self">Spine Center</a>
13233
13234              <ul class="submenu">
13235
13236              <li class="">
13237                 <a
…      href="/AVH/Specialties/Spine-Center/About-Avista-s-Spine-Care-Center/" class=""
…      target="_self">About Avista&#39;s Spine Care Center</a>
13238
13239              </li>
13240
13241              <li class="">
13242                 <a href="/AVH/Specialties/Spine-Center/Total-Care-for-Your-Spine/"
…      class="" target="_self">Total Care for Your Spine</a>
13243
13244              </li>
13245
13246              <li class="">
13247                 <a href="/AVH/Specialties/Spine-Center/Surgical-Suites/" class=""
…      target="_self">Surgical Suites</a>
13248
13249              </li>
13250
13251              <li class="">
13252                 <a href="/AVH/Specialties/Spine-Center/Spine-Physician-Specialists/"
…      class="" target="_self">Spine Physician Specialists</a>
13253
13254              </li>
13255
13256              <li class="">
13257                 <a
…      href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=116&amp;aid=CENTURA
…      &amp;cat1=294" class="" target="_parent">Free Spine Seminars</a>
13258
13259              </li>
13260
13261              <li class="">
13262                 <a href="/AVH/Specialties/Spine-Center/Contact-Us/" class=""
…      target="_self">Contact Us</a>
13263
13264              </li>
13265
13266              </ul>
13267
13268              </li>
13269
13270              <li class="">
13271                 <a href="/AVH/Specialties/Surgery-Services/" class=""
…      target="_self">Surgery</a>
13272
13273              </li>
13274
13275              <li class="">
13276                 <a href="/avh/specialties/stroke/" class="" target="_self">Stroke</a>
13277
13278              <ul class="submenu">
13279
13280              <li class="">
13281                 <a href="/AVH/Specialties/Stroke/Stroke-Signs/" class=""
```

```
13281  target="_self">Stroke Warning Signs</a>
13282
13283                  </li>
13284
13285                  <li class="">
13286                      <a href="/AVH/Specialties/Stroke/Stroke-Treatment/" class=""
       target="_self">Stroke Treatment</a>
13287
13288                  </li>
13289
13290                  <li class="">
13291                      <a href="/AVH/Specialties/Stroke/Stroke-Prevention/" class=""
       target="_self">Stroke Prevention</a>
13292
13293                  </li>
13294
13295              </ul>
13296
13297          </li>
13298
13299      </ul>
13300
13301  </nav>
13302
13303
13304
13305
13306          <div
       id="ctl00_ctl00_ContentPlaceHolder1_UxDropZonePlaceHolder_DropZone1_uxUpdatePanel"
       class="">
13307
13308              <div
       id="ctl00_ctl00_ContentPlaceHolder1_UxDropZonePlaceHolder_DropZone1_uxDropZone"
       data-ux-pagebuilder="DropZone">
13309
13310                      <div data-ux-pagebuilder="Column">
13311
13312                          <ul>
13313
13314                          </ul>
13315                      </div>
13316
13317                  </div>
13318
13319  </div>
13320
13321
13322          </div>
13323
13324      <div class="col-md-8 col-md-offset-1 col-md-push-3">
13325          <div class="row">
13326
13327          <div
       id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxUpdatePanel"
       class="">
13328
13329              <div
       id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxDropZone"
       data-ux-pagebuilder="DropZone">
13330
13331                      <div data-ux-pagebuilder="Column">
13332
13333                          <ul>
13334
13335                              <li>
13336
13337          <div
       id="
```

```
13337    ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxColumnDisplay_ctl00_u
  …      xControlColumn_ctl00_uxWidgetHost_uxUpdatePanel">

13338
13339                    <div data-ux-pagebuilder="Widget">
13340
13341                        <div class="widgetBody">
13342
13343    <div>
13344        <h1 class="global-h1">Colonoscopy Screenings</h1>
13345    </div>
13346
13347                        </div>
13348                    </div>
13349
13350        </div>
13351
13352                                        </li>
13353
13354                                        <li>
13355
13356            <div
  …      id="
  …      ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxColumnDisplay_ctl00_u
  …      xControlColumn_ctl01_uxWidgetHost_uxUpdatePanel">
13357
13358                    <div data-ux-pagebuilder="Widget">
13359
13360                        <div class="widgetBody">
13361
13362            <div
  …      id="
  …      ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxColumnDisplay_ctl00_u
  …      xControlColumn_ctl01_uxWidgetHost_uxWidgetHost_widget_CB">
13363                    <div>
13364      </div>
13365
13366      <p>Colon cancer screening can detect polyps and early cancers in the intestinal
  …      area. Such screening can find problems that can be treated before cancer develops or
  …      spreads. Regular screenings may decrease deaths and prevent pain caused by colorectal
  …      cancer.</p>
13367
13368      <p>
13369        <strong>SCREENING FOR AVERAGE-RISK PEOPLE</strong>
13370      </p>
13371
13372      <p>There is not enough evidence to say which screening method is best. Discuss with
  …      your doctor which test is most appropriate for you.</p>
13373
13374      <p>Beginning at age 50, both men and women should have a colon cancer screening
  …      test. Some health care providers recommend that African Americans begin screening at
  …      age 45.</p>
13375
13376      <p>Screening options for patients with an average risk for colon cancer:</p>
13377
13378      <ul>
13379        <li>Colonoscopy every 10 years</li>
13380
13381        <li>Double-contrast barium enema every 5 years</li>
13382
13383        <li>Fecal occult blood test (FOBT) every year - if results are positive, a
  …      colonoscopy is needed</li>
13384
13385        <li>Flexible sigmoidoscopy every 5 - 10 years, usually with stool testing FOBT
  …      done every 1 - 3 years</li>
13386
13387        <li>Virtual colonoscopy every 5 years</li>
13388      </ul>
13389
```

Page 419

```
13390    <p>
13391        <strong>SCREENING FOR HIGHER-RISK PEOPLE</strong>
13392    </p>
13393
13394    <p>People with certain risk factors for colon cancer may need earlier (before age
...  50) or more frequent testing.</p>
13395
13396    <p>More common risk factors are:</p>
13397
13398    <ul>
13399        <li>A family history of inherited colorectal cancer syndromes, such as familial
...  adenomatous polyposis (FAP) or hereditary nonpolyposis colorectal cancer (HNPCC)</li>
13400
13401        <li>A strong family history of colorectal cancer or polyps. This usually means
...  first-degree relatives (parent, sibling, or child) who developed these conditions
...  younger than age 60.</li>
13402
13403        <li>A personal history of colorectal cancer or polyps</li>
13404
13405        <li>A personal history of chronic inflammatory bowel disease (for example,
...  ulcerative colitis or Crohn's disease)</li>
13406    </ul>
13407
13408    <p>Screening for these groups of people is more likely to be done using
...  colonoscopy.</p>
13409
13410    <p>
13411        <a target="_blank"
...  href="/body.cfm?id=168&action=detail&AEProductID=Adam2004%5F5101&AEArticleID=003886&
...  AEArticleType=Test"></a>
13412    </p>
                </div>
13413
13414
13415            <span
...  id="
...  ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone2_uxColumnDisplay_ctl00_u
...  xControlColumn_ctl01_uxWidgetHost_uxWidgetHost_widget_errorLb"></span>
13416
13417                    </div>
13418                </div>
13419
13420      </div>
13421
13422                                              </li>
13423
13424                              </ul>
13425                          </div>
13426
13427                  </div>
13428
13429  </div>
13430
13431          </div>
13432          <div class="row noMargin">
13433
13434            <div
...  id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone3_uxUpdatePanel"
...  class="">
13435
13436                <div
...  id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone3_uxDropZone"
...  data-ux-pagebuilder="DropZone">
13437
13438                        <div data-ux-pagebuilder="Column">
13439
13440                            <ul>
13441
13442                            </ul>
```

```
13443                                      </div>
13444
13445                          </div>
13446
13447    </div>
13448
13449              </div>
13450              <div class="row">
13451
13452              <div
      id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone4_uxUpdatePanel"
      class="">
13453
13454                      <div
      id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone4_uxDropZone"
      data-ux-pagebuilder="DropZone">
13455
13456                              <div data-ux-pagebuilder="Column">
13457
13458                                  <ul>
13459
13460                                  </ul>
13461                              </div>
13462
13463                      </div>
13464
13465    </div>
13466
13467              </div>
13468              <div class="row">
13469
13470              <div
      id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone5_uxUpdatePanel"
      class="">
13471
13472                      <div
      id="ctl00_ctl00_ContentPlaceHolder1_ContentPlaceHolder2_DropZone5_uxDropZone"
      data-ux-pagebuilder="DropZone">
13473
13474                              <div data-ux-pagebuilder="Column">
13475
13476                                  <ul>
13477
13478                                  </ul>
13479                              </div>
13480
13481                      </div>
13482
13483    </div>
13484
13485              </div>
13486          </div>
13487
13488
13489              </div>
13490              <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
13491          </div>
13492
13493                      <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
13494                  </div>
13495
13496                  <!--Footer-->
13497
13498
13499
13500    <div id="footer">
13501
13502        <div class="footer-desktop">
```

```
13503                    <div class="container">
13504                    <div class="row">
13505                        <div class="col-md-12">
13506                            <a class="footer-logo-desktop" href="/">
13507
13508                                <img alt="centura-health"
…    src="/css/imgs/logo-centura-health.png" />
13509
13510                            </a>
13511                        </div>
13512                    </div>
13513                    <div class="row">
13514                        <div class="col-md-3">
13515                            <nav class="footer-nav-links">
13516                                <ul>
13517
13518                                    <li>
13519                                        <a href='/AVH/Specialties/' class=""
…    target='_self'>Specialties </a>
13520                                    </li>
13521
13522                                    <li>
13523                                        <a href='/For-Patients-and-Families/'
…    class="" target='_self'>For Patients & Families </a>
13524                                    </li>
13525
13526                                    <li>
13527                                        <a
…    href='http://www.avistahospital.org/about-us' class="" target='_self'>About Us </a>
13528                                    </li>
13529
13530                                    <li>
13531                                        <a href='/AVH/Community/' class=""
…    target='_self'>Community </a>
13532                                    </li>
13533
13534                                    <li>
13535                                        <a href='/AVH/Health-and-Wellness/' class=""
…    target='_self'>Health & Wellness </a>
13536                                    </li>
13537
13538                                    <li>
13539                                        <a
…    href='/AVH/Avista-Adventist-Hospital-News/' class="" target='_self'>News </a>
13540                                    </li>
13541
13542                                </ul>
13543                            </nav>
13544                        </div>
13545                        <div class="col-md-3">
13546                            <nav class="footer-nav-links">
13547                                <ul>
13548
13549                                    <li>
13550                                        <a href='/AVH/Specialties/Emergency/'
…    class="" target='_self'>ER Wait Times </a>
13551                                    </li>
13552
13553                                    <li>
13554                                        <a href='/AVH/Specialties/Birth-Center/'
…    class="" target='_self'>Birth Center </a>
13555                                    </li>
13556
13557                                    <li>
13558                                        <a href='/AVH/Specialties/Joint-Care-Center/'
…    class="" target='_self'>Joint Care </a>
13559                                    </li>
13560
```

```
13561                                                    </li
13562                                                        <a
  …  href='/AVH/Specialties/Spine-Care-Program/' class="" target='_self'>Spine Care
      Program </a>
13563                                              </li>
13564
13565                                          <li>
13566                                                        <a
  …  href='/AVH/Specialties/Heart---Vascular-Care/' class="" target='_self'>Cardiac Care
      </a>
13567                                              </li>
13568
13569                                          <li>
13570                                                        <a
  …  href='/AVH/Specialties/Breast-Care-Center/' class="" target='_self'>Breast Care
      Center </a>
13571                                              </li>
13572
13573                                      </ul>
13574                                  </nav>
13575                              </div>
13576                              <div class="col-md-3">
13577                                  <nav class="footer-nav-links">
13578                                      <ul class="go-gray">
13579
13580                                          <li>
13581                                                      <a href='/Our-Network/' class=""
  …  target=''>Our Network </a>
13582                                              </li>
13583
13584                                          <li>
13585                                                      <a href='/Home/ADA-Compliance/' class=""
  …  target=''>ADA Compliance </a>
13586                                              </li>
13587
13588                                          <li>
13589                                                        <a href='/Careers-and-Education/' class=""
  …  target=''>Careers & Education </a>
13590                                              </li>
13591
13592                                          <li>
13593                                                        <a href='/Home/Disclaimer/' class=""
  …  target=''>Disclaimer </a>
13594                                              </li>
13595
13596                                          <li>
13597                                                        <a
  …  href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
      Security Policy </a>
13598                                              </li>
13599
13600                                      <li>&copy; 2016  Centura Health</li>
13601                                  </ul>
13602                              </nav>
13603                          </div>
13604                          <div class="col-md-3">
13605                              <div class="contact-wrap">
13606                                  <ul class="pay-list">
13607
13608                                          <li>
13609                                                      <a href='/AVH/Contact-Us/' class=""
  …  target='_self'>Contact Us </a>
13610                                              </li>
13611
13612                                          <li>
13613                                                      <a href='/AVH/Community/Volunteer/' class=""
  …  target='_self'>Volunteer </a>
13614                                              </li>
```

```
13615
13616                                          <li>
13617                                              <a
…    href='http://www.avistahospitalfoundation.org' class="" target='_blank'>Donate </a>
13618                                          </li>
13619
13620                                          <li>
13621                                              <a
…    href='/For-Patients-and-Families/Billing-and-Financial-Services/Online-Bill-Pay/'
…    class="" target='_self'>Online Bill Pay </a>
13622                                          </li>
13623
13624                                  </ul>
13625
13626                                      <strong class="title">Connect With Us</strong>
13627                                      <ul class="social-networks">
13628
13629                                          <li class='facebook'>
13630                                              <a
…    href='http://www.facebook.com/avistaadventisthospital' target='_blank'> </a>
13631                                          </li>
13632
13633                                          <li class='twitter'>
13634                                              <a
…    href='http://www.twitter.com/avistahospital' target='_blank'> </a>
13635                                          </li>
13636
13637                                      </ul>
13638
13639                                  </div>
13640                              </div>
13641                          </div>
13642                      </div>
13643                      <div class="footer-mobile">
13644                          <div class="row">
13645
13646                              <div class="col-sm-12 text-center">
13647                                  <h2>Connect With Us</h2>
13648                                  <nav class="faux-table">
13649                                      <ul class="social-networks">
13650
13651                                          <li class='facebook'>
13652                                              <a
…    href='http://www.facebook.com/avistaadventisthospital' target='_blank'> </a>
13653                                          </li>
13654
13655                                          <li class='twitter'>
13656                                              <a
…    href='http://www.twitter.com/avistahospital' target='_blank'> </a>
13657                                          </li>
13658
13659                                      </ul>
13660                                  </nav>
13661                              </div>
13662
13663                          </div>
13664                          <div class="row">
13665                              <div class="col-sm-12 text-center">
13666                                  <nav class="faux-table">
13667                                      <ul class="disclaimers">
13668
13669                                          <li>
13670                                              <a href='/Our-Network/' class=""
…    target="_blank">Our Network </a>
13671                                          </li>
13672
13673                                          <li>
13674                                              <a href='/Home/ADA-Compliance/' class=""
```

```
13674          target="_blank">ADA Compliance </a>
13675                                            </li>
13676
13677                                    <li>
13678                                        <a href='/Careers-and-Education/' class=""
        target="_blank">Careers & Education </a>
13679                                            </li>
13680
13681                                    <li>
13682                                        <a href='/Home/Disclaimer/' class=""
        target="_blank">Disclaimer </a>
13683                                            </li>
13684
13685                                    <li>
13686                                        <a
        href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
        & Security Policy </a>
13687                                            </li>
13688
13689                                </ul>
13690                            </nav>
13691                        </div>
13692                    </div>
13693                    <div class="row">
13694                        <div class="col-sm-12 text-center">
13695                            <span class="copyright">2016 Centura Health</span>
13696                        </div>
13697                    </div>
13698                </div>
13699            </div>
13700
13701        <div class="link-to-top">
13702            <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
13703        </div>
13704
13705        <div id="drawer-content">
13706            <iframe id="drawer-iframe" src="about:blank"
        allowtransparency="true"></iframe>
13707        </div>
13708
13709                <script type="text/javascript">
13710        setTimeout(function(){var a=document.createElement("script");
13711        var b=document.getElementsByTagName("script")[0];
13712
        a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
        Math.floor(new Date().getTime()/3600000);
13713            a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
13714        </script>
13715 </div>
13716
13717        </div>
13718
13719 <div class="snap-drawers hidden-print">
13720     <div class="snap-drawer snap-drawer-left">
13721        <div class="open-close">
13722            <div class="searcher-wrap">
13723                <div class="searcher">
13724                    <input name="ctl00$ctl00$UxHamburgermenu$hamburgerSearchBox"
        type="text" id="hamburgerSearchBox" />
13725                    <input type="submit"
        name="ctl00$ctl00$UxHamburgermenu$drawersearch" value=""
        id="ctl00_ctl00_UxHamburgermenu_drawersearch" />
13726                </div>
13727                <a href="#" class="closer"><span class="glyphicon
        glyphicon-remove"></span></a>
13728                <div class="site-options">
13729                    Search:
13730                    <input type="radio" name="site" value="current site"
```

Page 425

```
13730…  checked="checked" folderid="1257" data-folderid="1257" /><span>Current Site</span>
13731                       <input type="radio" name="site" value="all sites"
    …  data-folderid="0" /><span>All Sites</span>
13732                   </div>
13733               </div>
13734
13735           <ul class="feature-list">
13736
13737               <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
       class="physician-finder">Find a Doctor</a></li>
13738
13739               <li class="four"><a
    …  href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
13740               <li class="three"><a href="/MyCenturaHealth/"
    …  target="_blank">MyCenturaHealth</a></li>
13741           </ul>
13742       </div>
13743   </div>
13744 </div>
13745
13746 <script type="text/javascript">
13747     function ValidateSearch(e) {
13748         var txtValue = document.getElementById('hamburgerSearchBox').value;
13749         if (txtValue == "") {
13750             $(".searcher").css("background-color", "#FBC2C4");
13751             $(".searcher input").css("background-color", "#FBC2C4");
13752             e.preventDefault();
13753             return false;
13754         }
13755         else {
13756             e.preventDefault();
13757             hamburgerSearch();
13758         }
13759     }
13760
13761     $(".searcher input[type='submit']").click(function (e) {
13762         ValidateSearch(e);
13763     });
13764     $(".searcher input[type='text']").keyup(function (event) {
13765         if (event.which == '13') {
13766             var txtValue = document.getElementById('hamburgerSearchBox').value;
13767             if (txtValue != "") {
13768                 event.preventDefault();
13769                 hamburgerSearch();
13770                 return false;
13771             }
13772             if (txtValue == "") {
13773                 $(".searcher").css("background-color", "#FBC2C4");
13774                 $(".searcher input").css("background-color", "#FBC2C4");
13775                 return false;
13776             }
13777         }
13778         else {
13779             $(".searcher").css("background-color", "#ACACAC");
13780             $(".searcher input").css("background-color", "#ACACAC");
13781         }
13782     });
13783
13784     function hamburgerSearch() {
13785         var txtValue = document.getElementById('hamburgerSearchBox').value;
13786         $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
    …  + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
13787         $('#drawer-content iframe').attr('src',
    …  '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
       $('#searchFolderId').val());
13788     }
13789 </script>
13790
```

Page 426

```
13791
13792          <!--<script src="/js/jquery-min.js"></script>-->
13793          <script src="//code.jquery.com/jquery.min.js"></script>
13794          <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
13795          <script src="/js/bootstrap.min.js"></script>
13796
13797          <!--[if (gt IE 9)|!(IE)]><!-->
13798          <script src="/js/snap.min.js"></script>
13799          <!--<![endif]-->
13800          <!--[if lt IE 10 ] > <script src="/js/snap-ie9.min.js"></script> <![endif]-->
13801
13802
13803          <script type="text/javascript"
     src="/js/jquery.requestAnimationFrame.js"></script>
13804          <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
13805          <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
13806          <script type="text/javascript" src="/js/responsive-tabs.js"></script>
13807          <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
13808          <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
13809          <script type="text/javascript" src="/js/googleEventTracking.js"></script>
13810          <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
13811          <script type="text/javascript" src="/js/zipCodeModal.js"></script>
13812
13813          <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
     aria-labelledby="myModalLabel" aria-hidden="true">
13814              <div class="modal-dialog">
13815                  <div class="modal-content">
13816                      <div class="modal-header">
13817                          <button type="button" class="close" data-dismiss="modal"
     aria-hidden="true">&times;</button>
13818                          <h4 class="modal-title" id="myModalLabel">Your Current Saved
     Zip Code: <strong id="savedZipCode"></strong></h4>
13819                      </div>
13820                      <div class="modal-body">
13821                          <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
     a zip code to match the location nearest you.<br /><br /></p>
13822                          <hr />
13823                          <div class="panel panel-default">
13824                              <div class="panel-heading"><strong>Changing Your Saved
     Zip Code</strong></div>
13825                              <div class="panel-body">
13826                                  <div class="input-group">
13827                                      <span class="input-group-addon">Your Zip
     Code</span>
13828                                      <input type="text" class="form-control"
     placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
13829                                  </div>
13830                              </div>
13831                          </div>
13832
13833                      </div>
13834                      <div class="modal-footer">
13835                          <button type="button" class="btn btn-default"
     data-dismiss="modal">Close</button>
13836                          <input type="button" id="saveZipCodeChanges" class="btn
     btn-primary" value="Save changes" />
13837                      </div>
13838                  </div>
13839              </div>
13840          </div>
13841
13842          <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
     aria-labelledby="directions-modal-label" aria-hidden="true">
13843              <div class="modal-dialog" style="width: 840px">
13844                  <div class="modal-content" style="width: 100%">
13845                      <div class="modal-header">
13846                          <button type="button" class="close" data-dismiss="modal"
     aria-hidden="true">&times;</button>
```

```
13847                           <h4 class="modal-title"
      …  id="directions-modal-label">Directions</h4>
13848                         </div>
13849                         <div class="modal-body" style="width: 100%">
13850                             <iframe width="800" height="550" scrolling="no"
      …  frameborder="0" id="er-directions-iframe"></iframe>
13851                         </div>
13852                         <div class="modal-footer">
13853                             <button type="button" class="btn btn-default"
      …  data-dismiss="modal">Close</button>
13854                         </div>
13855                     </div>
13856                 </div>
13857             </div>
13858
13859         <div class="modal fade" id="browser-warning-modal" tabindex="-1"
      …  role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
13860             <div class="modal-dialog">
13861                 <div class="modal-content">
13862                     <div class="modal-header">
13863                         <button type="button" class="close" data-dismiss="modal"
      …  aria-hidden="true">&times;</button>
13864                         <h4 class="modal-title" id="browser-warning-modal-label">
13865                             Please upgrade your browser</h4>
13866                     </div>
13867                     <div class="modal-body">
13868                         For the best site viewing experience please upgrade your
      …  browser to Internet Explorer 9 or above.
13869                     </div>
13870                     <div class="modal-footer">
13871                         <button type="button" class="btn btn-default"
      …  data-dismiss="modal">Close</button>
13872                     </div>
13873                 </div>
13874             </div>
13875         </div>
13876
13877         <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
      …  aria-labelledby="whats-this-modal-label" aria-hidden="true">
13878             <div class="modal-dialog">
13879                 <div class="modal-content">
13880                     <div class="modal-header">
13881                         <button type="button" class="close" data-dismiss="modal"
      …  aria-hidden="true">&times;</button>
13882                         <h4 class="modal-title" id="whats-this-modal-label"></h4>
13883                     </div>
13884                     <div class="modal-body" id="whats-this-modal-body"></div>
13885                     <div class="modal-footer">
13886                         <button type="button" class="btn btn-default"
      …  data-dismiss="modal">Close</button>
13887                     </div>
13888                 </div>
13889             </div>
13890         </div>
13891
13892         <div id="pre-reg-modal" class="modal-main" style="display: none">
13893             <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
13894             <div class="modal-pre-reg">
13895                 <div id="pre-reg-modal-close" class="big-modal-close" style="display:
      …  block;">X</div>
13896                 <iframe width="800" height="1800" scrolling="no" frameborder="0"
      …  class="preregmodal" id="preregmodal-iframe"></iframe>
13897             </div>
13898         </div>
13899         <script type="text/javascript" src="/js/EktronJS.js"></script>
13900         <div id="ctl100_ctl100_liveagent" class="live-agent-code-file"></div>
13901
13902         <div class="live-agent-code">
```

```
13903
13904            </div>
13905            <input name="ctl00$ctl00$hdnLiveAgentURL" type="hidden"
  …  id="ctl00_ctl00_hdnLiveAgentURL" class="hdnLiveAgentURL" />
13906
13907
13908
13909        </form>
13910
13911        <div id="ctl00_ctl00_Panel1">
13912
13913            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
13914
13915 </div>
13916     <script>
13917         $('.flik-thumbnails-slider').magnificPopup({
13918             delegate: 'a',
13919             type: 'image',
13920             image: {
13921                 titleSrc: 'title'
13922             },
13923             gallery: {
13924                 enabled: true,
13925                 preload: [0, 1],
13926                 navigateByImgClick: true
13927             }
13928         });
13929
13930
13931         $('.flik-slider-container').flikSlider();
13932
13933         $('.flik-timeline').flikScrollEffect();
13934
13935         //flikScrollEffect($('.flik-timeline'));
13936     </script>
13937     <script>
13938         function handleCloseSurvey() {
13939             var el = document.querySelector('.survey-container .close'),
13940                 eventName = "click",
13941                 handler = function () {
13942                     Cookies.set('surveytab', true, { expires: 7 });
13943                     document.querySelector('.survey-container').style.display = 'none';
13944                 };
13945
13946             if (el.addEventListener) {
13947                 el.addEventListener(eventName, handler);
13948             } else {
13949                 el.attachEvent('on' + eventName, function () {
13950                     handler.call(el);
13951                 });
13952             }
13953         }
13954
13955         if (document.readyState != 'loading') {
13956             handleCloseSurvey();
13957         } else if (document.addEventListener) {
13958             document.addEventListener('DOMContentLoaded', handleCloseSurvey);
13959         } else {
13960             document.attachEvent('onreadystatechange', function () {
13961                 if (document.readyState != 'loading')
13962                     handleCloseSurvey();
13963             });
13964         }
13965     </script>
13966 </body>
13967 </html>
13968
13969 ****************************************************
```

```
13970  The following data is from barnesjewish.org_2016104-page_source.txt
13971  *******************************************************************
13972
13973  <!DOCTYPE html>
13974  <html class="no-js" lang="en-US">
13975  <head id="Head"><meta content="width=device-width, initial-scale=1,maximum-scale=1"
    name="viewport" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
13976      Barnes-Jewish Hospital | St. Louis, MO | Specialists | Surgeons | National
    Leaders in Medicine - Barnes-Jewish Hospital
13977  </title><meta charset="utf-8" /><meta content="text/html; charset=UTF-8"
    http-equiv="Content-Type" /><meta content="text/javascript"
    http-equiv="Content-Script-Type" /><meta content="text/css"
    http-equiv="Content-Style-Type" /><meta id="MetaDescription" name="DESCRIPTION"
    content="Barnes Jewish Hospital and medical center in St Louis Missouri has
    established a rich tradition of medical excellence and exceptional health care.
    Ranked nationally as one of the nation&#39;s best hospitals and heart care centers,
    Barnes Jewish is partnered with Washington University Physician Specialists and
    Surgeons. Barnes-Jewish Hospital continues to lead the way in medicine." /><meta
    id="MetaKeywords" name="KEYWORDS" content="barnes jewish hospital, barnes jewish,
    bjh, st louis hospital, st louis hospitals, hospital st. louis, hospitals st. louis,
    washington university physicians, st. louis medical center, hospitals in st. louis,
    hospital medical center, medical center hospital, missouri hospital, hospital
    missouri, heart care st louis, hospitals in jefferson county, st charles county, st
    louis doctors, st louis surgeons, st louis physician specialists, cancer, cancer
    oncology, cancer care, cancer treatment, cancer" /><meta id="MetaCopyright"
    name="COPYRIGHT" content="Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
    Reserved." /><meta id="MetaAuthor" name="AUTHOR" content="Barnes-Jewish Hospital"
    /><meta name="RESOURCE-TYPE" content="DOCUMENT" /><meta name="DISTRIBUTION"
    content="GLOBAL" /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" />
13978      <!--<meta name="REVISIT-AFTER" content="1 DAYS" />-->
13979      <meta name="RATING" content="GENERAL" /><meta http-equiv="PAGE-ENTER"
    content="RevealTrans(Duration=0,Transition=1)" /><style id="StylePlaceholder"
    type="text/css"></style><link
    href="/DesktopModules/EasyDNNRotator/Controls/NewsTickerRotator/static/themes/BJH/BJH
    .css?cdv=365" media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/_default/default.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/DesktopModules/HTML/module.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/DesktopModules/HealthNewsFeed/module.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/DesktopModules/PhysicianSearch/module.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/DesktopModules/ResponsiveRotator/module.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Resources/Search/SearchSkinObjectPreview.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link href="/Portals/0/Skins/BJH/skin.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJH/css/bootstrap.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJH/css/all.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/desktop.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJH/css/tablet.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/mobile.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJH/css/tablesorter.css?cdv=365" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Containers/BJH/container.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Containers/BJH/Physician_Search_Container.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Containers/BJH/Health_Library_Container.css?cdv=365" media="all"
    type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=365"
    media="all" type="text/css" rel="stylesheet"/><script
    src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=365"
    type="text/javascript"></script><script
    src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=365"
```

Page 430

```
13979…   type="text/javascript"></script></script>
   …     src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=365"
   …     type="text/javascript"></script>
13980
13981
13982         <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
   …     -->
13983         <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
13984         <!--[if lt IE 9]>
13985           <script
   …     src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
13986           <script
   …     src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
13987         <![endif]-->
13988         <!--[if lt IE 9]>
13989                   <script
   …     src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
   …     script>
13990         <![endif]-->
13991
13992         <!-- Place this tag in your head or just before your close body tag./ Follow
   …     Google+ -->
13993         <script src="https://apis.google.com/js/platform.js" async defer></script>
13994
13995       <script type="text/javascript"
   …     src="/portals/0/skins/BJH/js/http.redirect.js?v=1.1.4"></script>
13996         <script type="text/javascript">
13997
13998           var arrHttps = [
13999               "/login", "/login.aspx", "/contact-us", "/requestappointment",
14000               "/cook-your-way-to-a-healthy-heart-cookbook-request",
14001               "/forms/internal-communications-employee-events/2015-employee-calendar",
14002               "/2015-fall-prevention-day-event-registration",
14003
   …     "/2015-transplant-awareness-day-at-the-ballpark-pre-game-rally-registration",
14004               "/4th-annual-rehabilitation-research-day",
14005               "/a-request-for-diversity-news",
14006               "/adult-epilepsy-event-registration",
14007               "/aha-unofficial-satellite-symposium",
14008               "/are-you-a-candidate-for-liver-transplant",
14009               "/atrial-fibrillation-treatment-options",
14010               "/automated-external-defibrillator-aed-group-training",
14011               "/automated-external-defibrillator-aed-request",
14012               "/barnes-jewish-hospital-speakers-bureau-request-form",
14013               "/celebrate-pregnancy-childbirth-motherhood",
14014               "/cme-registration-form",
14015               "/complimentary-innovate-magazine-subscription",
14016               "/concierge-survey",
14017               "/contact-the-msa",
14018               "/facebook-e-news-sign-up",
14019               "/heart-vascular-patient-and-family-advisory-council-application",
14020               "/heart-walk-basket-raffle-sign-up",
14021               "/heart-walk-team-captain-registration",
14022               "/forms/living-donor-transplant/kidney-donor-evaluation-form",
14023               "/kidney-donor-survey",
14024               "/kidney-transplant-professionals",
14025               "/liver-transplant-professionals",
14026               "/lung-transplant-professionals",
14027               "/magnetic-resonance-mr-environment-screening-form-for-individuals",
14028               "/medical-emergency-after-you-call-911",
14029               "/metro-employee-heart-health-events",
14030               "/multidisciplinary-research-conference-2015",
14031               "/national-volunteer-week-recognition-and-awards-luncheon",
14032               "/organ-donation-and-transplantation-documentary-opt-out-request",
14033               "/patients-visitors/parking/parking-survey",
14034               "/poll",
14035               "/publications-app-for-ipad-support",
14036               "/quarterly-cardiology-cme-series",
```

```
    "/register-for-personalized-care-for-cancer-and-female-pelvic-floor-disorders-cme",
                "/request-a-chaplain-visit",
                "/request-a-prayer",
                "/request-for-educational-material",
                "/screening-request-form",
                "/sign-up-for-cme-email-updates",
                "/sponsorship-request",
                "/st-louis-college-of-pharmacy-wellaware-fitness-center-application",
                "/st-louis-spectacular-cases-in-trauma",
                "/support-request-for-email-message-support",
                "/tell-us-what-you-think-of-our-new-find-a-doctor",
                "/top-advances-in-the-treatment-of-structural-heart-disease",
                "/transplant-mentor-program",
                "/understanding-and-treating-heart-valve-disease",
                "/ventricular-assist-devices-how-to-respond",
                "/viral-hepatitis-workshop",
                "/volunteer-application",
                "/wellaware-fitness-center-application",
                "/will-you-still-get-an-annual-mammogram",
                "/young-leaders",
                "/your-liver-keeping-it-healthy-and-what-to-do-when-its-not",
                "/2013-transplant-awareness-night-at-the-ballpark-staff-registration",
                "/2014-ems-appreciation-day",
                "/employee-service-awards-2012",

    "/forms/internal-communications-employee-events/employee-service-awards-registration-
2011",
                "/heart-walk-2013-friends-family-team",
                "/icare-leadership-institute-august-2013",
                "/icare-leadership-institute-january-2013",
                "/mri-screening-questionnaire",
                "/forms/neurology-neurosurgery/pain-in-the-neck-nov-7-2013",
                "/passport-to-good-health-2012",
                "/passport-to-good-health-2013-registration",
                "/physician-appreciation-2013",
                "/forms/radiology/radiology-home-medication-record",

    "/forms/-not-csl-specific-polls-web-satisfaction-surveys/send-us-your-feedback",
                "/trauma-conference-2014-emt-paramedic-other-both-days",
                "/trauma-conference-2014-emt-paramedic-other-may-7th",
                "/trauma-conference-2014-emt-paramedic-other-may-8th",
                "/trauma-conference-2014-md-phd-pa",
                "/trauma-conference-2014-nursing-therapy-social-work-both-days",
                "/trauma-conference-2014-nursing-therapy-social-work-may-7th",
                "/trauma-conference-2014-nursing-therapy-social-work-may-8th",
                "/trends-in-trauma-2014",
                "/wellness-zone-2014-save-the-date",

    "/women-and-infants-conference-2014-registration-for-students-and-bjc-employees",
                "/giving/ways-to-give/make-a-gift-now",
                "/return-to-find-a-doctor/send-us-your-feedback",
                "/patients-visitors/fitness-center/bjc-wellaware-application",

    "/forms/medical-professionals/geriatric-therapy-addressing-the-changes-and-challenges
-of-aging"
            ];
    </script>
    <script type="text/javascript">
        httpRedirect(arrHttps);
    </script>


    <script type="text/javascript">
        var _gaq = _gaq || [];
        _gaq.push(['_setAccount', 'UA-11358812-1']);
        _gaq.push(['_setDomainName', 'barnesjewish.org']);
        _gaq.push(['_trackPageview']);
```

Page 432

```
14098
14099          (function () {
14100                var ga = document.createElement('script'); ga.type = 'text/javascript';
…     ga.async = true;
14101                ga.src = ('https:' == document.location.protocol ? 'https://' :
…     'http://') + 'stats.g.doubleclick.net/dc.js';// do not push this line to staging
14102                var s = document.getElementsByTagName('script')[0];
…     s.parentNode.insertBefore(ga, s);
14103          })();
14104      </script>
14105
14106      <script type="text/javascript">
14107          (function (i, s, o, g, r, a, m) {
14108              i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
14109                  (i[r].q = i[r].q || []).push(arguments)
14110              }, i[r].l = 1 * new Date(); a = s.createElement(o),
14111                  m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
…     m.parentNode.insertBefore(a, m)
14112          })(window, document, 'script', '//www.google-analytics.com/analytics.js',
…     'ga');
14113          ga('create', 'UA-40498930-1', 'barnesjewish.org');
14114          ga('send', 'pageview');
14115      </script>
14116
14117
14118      <noscript>
14119          <iframe src="//www.googletagmanager.com/ns.html?id=GTM-MJC2RF"
14120              height="0" width="0" style="display:none;visibility:hidden"></iframe>
14121      </noscript>
14122      <script>
14123  (function (w, d, s, l, i) {
14124      w[l] = w[l] || []; w[l].push({
14125          'gtm.start':
14126              new Date().getTime(), event: 'gtm.js'
14127      }); var f = d.getElementsByTagName(s)[0],
14128          j = d.createElement(s), dl = l != 'dataLayer' ? '&l=' + l : ''; j.async =
…     true; j.src =
14129              '//www.googletagmanager.com/gtm.js?id=' + i + dl;
…     f.parentNode.insertBefore(j, f);
14130  })(window, document, 'script', 'dataLayer', 'GTM-MJC2RF');</script>
14131      <!-- End Google Tag Manager -->
14132  <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico' type='image/x-icon' /><link
…     href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
…     3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
…     3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
…     3ac73cf106" type="text/css" rel="stylesheet" /></head>
14133  <body id="Body">
14134          <!-- Facebook -->
14135      <div id="fb-root"></div>
14136      <script>(function (d, s, id) {
14137      var js, fjs = d.getElementsByTagName(s)[0];
14138      if (d.getElementById(id)) return;
14139      js = d.createElement(s); js.id = id;
14140      js.src =
…     "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
14141      fjs.parentNode.insertBefore(js, fjs);
14142  }(document, 'script', 'facebook-jssdk'));</script>
14143
14144      <form method="post" action="/" id="Form" enctype="multipart/form-data">
14145  <div class="aspNetHidden">
14146  <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
…     value="" />
14147  <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
14148  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
14149  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
14150  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
…     value="HsnqWX822tLf64GrXvWg5mdRVQYS9hh4diHbAL0GRlWARWRSTvE5pm0JtKD+
…     0UmlGcg1qNbFsfpwq96/TiClnMvHX1NOBSFkhNoP5VZyGhU3nUmcEc739Vpn55FKuX2fPRsrwcBc4+
```

14150…

9n5sXinsFaBVKbLpHdHWFpSuhqIQAiWkEVEVEWaehr5+Km68ItiiI12Tp+vPuIhGoPMWZQHSz0A+
8lkIoF78VdqDC1rSuNn5CqswQh1kNrZTEQ/
nB7xI7ezrwpUG6KXCREAb6ELcVPsVXohOXYKB2rrzA4YKZZYLXgPzai77LnBvTstaepjG6lUHqlFgSfmVYKTh
7losHgbnsaEIX9QR++iIIhr9NupEFCR02lTFgNCrk+vEHfhDpTKh9vjdEg9/J0B43UnbTRIROx+aF/
qQgyJN6KQ61Nl9qpHKLp+8pXiBS2kCNXayCX8eQ312JRA6c0qvQUATPx19aEZxu+
NtFyq7ajiiYOcoxNhQAOQbx267eRVzycF21qeNMB3ptb/q5Id/RnU4w6BoiWmbFH/
guBPFSLy3E37wXLey1kQxIhNF7sjyTNFmozsqLN6fiH7R4c14jZCeeVi/we/
NeM9KqueQEZ7lbFzYZrc9iqp2JiXIuX/n80LKOKpZ+PyCqyM8GqXhb64HmjN7lVjjP+
lZ2KpOvwRo5nU2OhPQNolA9FhQGfTUgjGb3NvYwOcG8SdsfGB4FceigAd/ehuLWhdLLDnjHOqP1GReQ6vggA+
rTI+NmUjt0CzYgBJftsrYy3MMBrPg4niaGR2f0WgduoGVb2IQS0CiKD+h5Ict07CD4ni+q7vOt8cqmuK2+
DnCHrqI43iSDu8XkG2zQOx5nmq1sylpcA+w39cSbTGrFCdUF7mvRnkUJnFZcAS/
6xItilGAS2lkBvswEtoKvwa8LKJAJkKveOyhHkNxZg6xZrfmrrhsaO39471xK5OvCwyPBI+
ldOjnjGZ8X1Wb0Q5WoNSmjic2dyJ6UNgyeBZh3TK2NvTVBnkBZ8Fe0eyx4B7/bSEJJ+sgAGjXY2+
I8NunNljLWOL0PI5KRwONWhh+gTpGUZhvfj2yn4fT4/n5qfyS5E3Wtp9LhITKFni/
BYIl717gW3Q50XFqgRf18GAXmLVarTP8ou1zldaFoVCW9SneUz42V4rm7EV9apETDAERncweVcgjqVGxJSyun
2FVG/R74hUnldBQTBKCtvNrN9zNQ5/8hlahenOuJo20+
STN7lPDtq7l5jYyTHyNYWs6B8xzovPklf6m7gBWqimpbdEtTFSghqzbW2MH5RNUkObl5YErn5RITWdimrI7Ni
56iF/7d1QPG2KPU+BvM+IiGgWBYirpmlYOwruNC+ujOkvQfZb1G53vBKAlrVqpkSL9wsP+
CfIrRpDlG7WklKPfkCzf+2+TP4VgM0OLAinj6GfDa+aBtRU30lq/
uqbTseLHp8Lw1XHWAXQoiy9PGnyLRo6GXErr7iOCCplfDPlt17TZhgP6MNmW3/
oWVG6J2hORzMToBXIsSSpSrmuoO+GMBcXu1LmgL+2fAsHHnUvry5A1Ft7ox03Wxo6iqT8FilkLQxLt++
UyppffTUbQJWGd8XgTtIFCJ9bLM3ekVde7uL91ZyoAql4VdBWPFkfQVOwk2SUCAYvx8rdfcIEyquzP7QP8L8eI
59RGxW2+Q3/8LPB7R7A19g/
ihNINQzxpMuahZkpaXIrJvck0wyj0wji2l2IdOQWZkhQgAVRIaxkb17q9meV8sptlpmJgKyublGJkBWI6dLhU
Eh2UxEVsrZWZyfLCeJwdPM329Pz9rCyWvxKe2nQ6Olu4HWPCC2R22zJFGH4zCuoZur94At3M8i4h88VG2rfVF
AbrS3INWUgU+E6raAPUYwjU3To9MEZ3FaQvf6vRAhpDdli6ZBf9491XuuyOSrgt5OlzSOYGdTPzvCK6/
SkVf4Ze29pbE5zM5zvhEnJVFYAWHi79yb8TKueJNWr8doFGQjXSmGTsbVSL8GE0UnvgeLntHAis9Hl8sSr9j8
KwoqYi4VORqisvFoQH+3FgyLPzxJOguWSH8IasTMNArXDXoGX/
d1C0Cb2iimhFfg4pP9VXAGvgouDQgrJhhHoVJ/N8p6Napa3v1eJZYvkgxdWc/
EwoLdKak1CoLYwyi1PdgXT1ToAJFA7Tun+Gle05urZmQr1X0mOC+
E5tOQrt7b6CaIh1CEZLiT7wFj7nrgwjz0I6M+rtn/XlzAZX6/JUlP1pRnQBuYWUS+tOI3Xm1QKKYB1KeptC+
f9M/4uoj7lvRulUy5p246NGq903DSTBCKO+BW6MuOf/gSBE8iwQkrqiXsfwypdyfo2D0ZerpdFg2dZJcbfth+
F/kwRPlZ/
Ksyr7aDtzHurDnTYBZxf6Lap1Ox3jA7paMnBwsHOOC07Zlzz3jzVzDd9SPUvIzQ4zx8EM790zP0wJnWaX9zGR
/JIDp+WRvwkY5J21No3XkAhbkq6LO6O+M5WHkaOMnWleHfTVx1Rz/5+RIbej+lhN3lO/2p/
CPYilcRocOZxGTCVCHsVV6DlF4VU23QqZPu+dBmV7AWG9dEAM4lZQkFTm1TEGv/
ViqV4a4aErP1BTpeHGal5GzMvxnCTMV+DpPM3DFcaH/
4QQeaetSLFD1Cxky3XyB7v0n5fOGYl48q4StUEco0WFguXn3gkCxozy6zKOINNv5Lfm5+2XgxMoEDCn9/+
aZkWc0oTkU1nWOdonhKg7alUFztVVIKVORUA981Jo3AgSIs4wA53uhOczRdfFJGB/gLHSg/Ws+3Qi+
3Wto5hwVyDOpKI6phnQnKmek1TDpdCUBchqIaAxTTIys1z8wECEciowPd6cYmrlgk8OYqDdio9HIezzIXlybH4
JcALdwd4OqTL0E4yHSEarsgwHtfl16RM/LWm36klzckBWijmMv+kNTIB3TSRQpW/
YRSTKbx4OM5xp3tT2vStiQiTV+4h6koqBGfdMb7d5RvTH51JqKYhqWvCFWCL/
2mhMG25dVAYQfZrSjlCkjGlPQNL5p3dTqFpvfbM70D2rkeO3yoxYhHp6IWiUZBhi45kkVKXhyzHIfPEpj1FQm
YXknz8TkuqHySKKjOx/meZBAjGGKnSjend09YFWIbbmddNXdFGndvQz28rMwEy/
hMLriABqIsHiRU5z7XZ6Rdxl1GxyX3RES1E09aAWdZbEPpsmKrp/1MQ+
3Q2c3YNL6SJ8WYNuLNJPFSkH2CGSYHI63I2ul5o97pGu1VFpoX+
U8nTFe6peMVdWu7Efi2lPvCtC8CAXg7NEiCn8VPQOcg65lcmBstuBLh/
pPpNCrDOollHYEK26BNyTNyYid6ztr+efehpNHtg1niM8v1/
9eKvUdclcbrKJnToWnd086CzkF4PQFSqBQcK4uarXUQSz0kkPbtVom16Yddc/84/
R3ZRdtJshQxZX78wEg0QC6Mqji1rs0EfAzj4kdIgfnC00rro8MpaSmaNrLzxgyFlIWTCtwLxv9cdsV3d0k2Ka
Z4umHNHGxN2V2axqnr4uvqF7Vsby/DQRdf+KU/
ev2NFufilrngELWqyjHyru7QFe7q3zTBnDuwuc7qQ1k73WmTcsNEG4A/chBWEvR/2jmn+
DGwBrG4cRzhjsA3EemH/VNJvf7UINspJ690lMUbdkMbdpa5/XMCPdJqBSvOLDIpMIwO3r4/
y4yhKT0UkW5GCWUVlMZNbKhut8QweuQ5VIqkxzCthnYAMjfjuVw2Qw6hhImMlHaBY6NniPz7IxItVdHInVYJ2
j36LqfDFy+VnMSHhUz2bmCxNBOSmksf5rtsig0ZS0C8mYjM0bBEyDTsBLYvPqKs/
W4qCZgf68jvCziBhUux9NpYwfEMZd3+DzbofBbyD6ojmcUGG3JcD8pjWGKMFPmYyMEgxt093HVQcpAZ7wmZ/
lvWeDL/gBV9ilFf/
E0cFwDob3d5gCOw3Qbospx3TzGYKhftCCKkbNYTTn3X4qkXtWiJM0gary39uEFZCmWW4HoILTgflG0gh6C0p3
UlM6g4Y/Z/Pi0bBrsdFgUGJnmx+iWM68wxF+5C7QVdT7vuQ96hIjv9YktSKGnWF0pu4Piyt3lO+
3DjW9Z7GpEDj004FG+
UAl9mR4CjaPvB7P8zu8y1fFTs6X2aPUOu5R1Dzezebqj2JGsj7CYY2yxFfG24XYmlS2aMWE68LjBqmievWD5o
Ssn6q4oEve25UFQF3xkdf12LadYF9JUxWrFIZuL8MTfUewRg463diqjZLkg46u53SvS4yUCV4LKcEcE/JYk/
BmI5tbQYH6fmUw/MBvTP2QcHdv2Vx9Yh96v3Tj5/
48xAfpvc4GJwSzrACfZ0VTps7F6FKHspw4ynLkD2getWTnV7cCCBLRbhSK5YaPm6j4J14R4LKURNnxt7CUWA
t7Tqp9adqgJhwJvrqKSJngGNliHiz4JFWp1HbC4EsRy507GdZgVC08Tw2NY92Vghyz6OMcTk98ujltkelMiZI
j5yClUt4Q9YR5Iqwsi0y0Pu+
NQZyjxW5CnTytH6CvnGeXQdgtduySX7PyYLHOI1PLoY0mg97YqTK1MhxEPq2crQrjKCXMTlRhqgePKEOXi003
uc6pf5BMLBPHtsTRSw05BRaBsG/qFJRZrSC6Gq9wKdFlEXeNXCndvvZ0nJhXeLv1UYGaIkSDsKSaeJyYHtVS9

14150

/9eqguZ5d239YaN4qYxC2r25zEDNsoSvSWdMH1MQxkRzC/V2/V/17sEtrLhh0xm85NoVDUQVztIyLHMeCp62+
/L9ychf3HKT7Jdu+f+YsV6VdlWIdE7oi14vSa1QsFlK9y3HWcwuYt22jdTWa1Kaxgula7+
T3OL8E0sjGXjRDXV4DyfoY0+W9xhO5CbKMeGjtnlc0Uw8XfJRYY1No65J/
Gok7xChanwNWYVK0XvvcT84jwt00d2o62N9U8MzJ0g0Q6xe87eoor5J1Q/reA/X3sVS39i1fT1hl6WBKLzcN+
N03/APg3qtavtAJCtW/FbgbcY5F4SqHSZP62VoEP5t0aMvR2ic5giJn/ZgHbedxC8maJQ+Vxca3FtVzlwGMCs
+yokFlciNLBFDB47tVEQaCMh4UcoUyTqIyRqNC0IzU3LGubGf/
2I91uijZxDiu7aaSzH8OjTT3OvM0oNSEDWAPSnPLzjT+
Byware7CvsiBXCQbk4D8OQYy0AzxT2dPPqnGkP31k7BN2/
p7s4TgTP66gGCkVjCemQNND3nv63h2HpU19figf1xA2CJm4ZW/
JscedsrdSyarnWa8lgWiqzElFpxib3Dh0A2uK+
lwEC19j5Cdev0pw7Ii0m20EfrU6zYF0UXmziRCpTyKIiHknTqelGqXdks70gUdZLv+rttFhmFzIQzg/
V1EvDoFk6HbpwM+ipwjXhoj3fVSEoRU0kVMGalVLqrJMpF0KGt+
iKYOkOegOxIguSBRUEoiQ1uDVTLRq56IK8HnNY7ikkgmOBLCbny03hR14y3ZDnhSzc66qmoBki/
LveFprNXALq6NLNWmAXbebtMgS4fqOtmJ/PjnVvURGaK7Pyh9BXD965xhLy6swKf0RCpzqCTMcp8nDiFR3+
me9f+GT/t0mRVqkvgdDUoPb8QKqwcNdGeZnJ2UIdO1EtJvQ2Y0IDuPZigZP6UrDgty+
UX4t0eXNeZpoNMMMkmA7tQ5V3rfqAE3lTmvl9ainUae9W56H1m7BDX8RpeHMCEy+1yHyd/YBV8gp0oCn6D+
G67ZlrRJRrgSBMn0dhfEmfJ5iGQQ2GuDOzOiYf8KVguDPuw4Lhz075tpMjiypJZ6jx+
a1E5s2sIiAK5AFSXnhStfMHZj7aHeM1AR7MLKSpM4vu/lNYTbOHObMyGb1VR6rmKBnPD3Wb+
IuhPbFicZv01fgJ4UL6CTJkm3K4Lh/xYGL+Gb0pTIwkMPOATDdiufaTYtHY38dS15HsvvNEDjzolr4EvAGC/
1w9C58oVOQxQ8m6jpFSq/u4YYvevFbBI1PNgGYlT1mvHc2fQxBQYUniXcEqxFwSnfZV12Prk/
YKfI7EpIcHA1QPhZjNgf/vPF2vod0YUOWw6Bj1JWBnEqGBspGYCOJQWXnZegfyTWDu/
NZjWobpOVgBSlYTP2v8h9m7HLOpHJuANKLLIVmYx3fnr1NT2iE3VQL5R/uGfNvh1DNa9jj+xpR8a+
re8LoiQVqH5OYFegxJ+MOC8WNOE65r7LF2k3kD+
l9LEP88VGrxLycnjTntJ4oP3XLcGfSkYm3EMib5wBvf1Epg+jinmxvihFdWfcqwtZKcaDN00QbPqt7l5+
7J4Gc6+
AkkgLOdjsnTCfVUYGn2U21MQDRhAApF7GsrP28ypk1j5Dju5Fhqn6HtgrfxV46Ku6My3d6JKwc0G2UDA1VMnp
69Ccnz9mZxETVrILpcxahxZerP+
LT7JoG2q1DbRgrGM4jIJR0fenGpoXgM4DM9V50nWOmMq6vXOjq4C9gJTNNWjINDnVhsp6t/
WvlN0GWul1pbN0vn7hcwzqG5ddtY4+xgVb9mpLMaevoYchOeRasvdG7qfjFG9tc5qhD/1QB2dyrK70EDYziys
+Lp7GMTsGg/aC3nCMTyVQt2Tx3HOP9UsKmwxMHDQOf4QU5BV+SgcfZp1Z3YxqHGcU/v5pmxXk8qQoOy/
4vp10chAFlLPEiP9hUyC0O7I2fKJh9HMvaQFAYEQLZvuRmq2kK5kUQzZCec74POZXU2w0zBhTIXSf1DHJzKzb
Ut2EkIm2Q+HAcZyqeSFffOLnlIMj0pFt2NanB8F9DK5jXLsvyBfIv9LIFRVGd1c0ZXx5Wx+
ogJFseUq2MXuxg6eY3mYWLOUQIPWSabcKpAwtN4OwurqvNnbT9tBz1D0V1E4Ct3LPzQBty/l4poS/
GYQWdrQfyLFPywwEBx7j8KwaLE3Tif4g1+A/JXuclhkZ4QdqsKAmxo7p2IhUNgvE7UJMcS+g1HG/
YFkwGKXHYzUiTpr9qBALvj9NTZAfD3xGmofX2SQSwip3ImYQRTVfTOsYqyJAzBDj61+
0OMfVFWIC7Vjw2AsRfuxU7fsP0C2rjJlgNW/
NEvmDkQNT7nyT55sXZrsbfxW1Uq14RPYcO5lwMgd22cVM5rybSj6xyTcClfrp8KnrjF5ZISkxT1GPhINGrph8
S/S8sk9as6esloKoWtELEr3AsvUaby7pNNX+yRnvyvkWF5EiZnDo9SW8ot74nbypggnC0RWz7Y2V1Jiy4DH/
ucjLMlVdk7i2ZTk30KomYSiwXyZDohxmcnR691gr7cea0ajC5+
PkiGMRD6TBZqTJoS9vs1UP1a9RskdgSins76yFl3jHpo5qbkN81gykfcflP6ZcmXoyQAKPs5lFk2V6kxoXLdr
a8gAUw1Q0xTwzhHwEEXzi49FF2Afc118qbAjp+URk9MzStFh5Y6xLFAA/Q+Zx3wW5+
YwbHVVVGi9vETAYykkxtySH7TqHead6SB/EdS/GzeFL/mxBTBWdkIEtS9hoyPt69m/mVMYk0+
8NRDVcs6mwxbH1xVqPUZw9Z0WQVznKN3VCVxE8KcghjQvJg8Zty8C0l136gMAQbsGou2yoqVVCYzIVLWm/
M7yHwOX80+1AWdEGJ/1Paszh2FIUXmSnYI5MMdKemc2PKn4hSUEFfaAQk+MT+cmC7aK0tiBVwh6IOgETP+
ITFHXXNkdQZg0v3XU8sxKb0Yp0imfmsr4CeOpU+LbYPIUB1Vb1WjJDMSuatp0MyJEaxqY0eqbtAp1JNeOK+
chjyOTd/uyfnMlTu5pIXOz+BguN0EeFicr7KCulZxsWDjrIrGgpBqOeUadGE9J/
0jVqaAlZtzlYBOO4ZwqkpdN7SJC1pj0jd+rKbO40Uy54zIfxSHOVVHkA5jQDc/9IOUujam/
AT0n69PyoFb0BpP+ZTqE9GPmiBbBL0zd9g+FgGbO5Ml4qdRh/d6JIz+gddHy/
yU3M6Il85eBLgEf2myMkpCpZ4k8cuR2euhrkTg+
219MRZM1t7vs9IIN8vTcqc0WSoEEVAREnbgUQaMmHj5570IRF9vz4X9+fj4KxF8xTSm4GcnUiPUsF+
DXJRGOA1Q5I1PRcDjXbtZQIz2XM9YIDWNAMcyeZPnhXFAYKZDCuFGDVdNJ/
qqQoLMkgXOC4bpkdYzWRap3VghUERSQ5JNqy02sWwAxPVd0cO8O2l9R51/
ny1sUMDYJKVw2Oy4PfYR3LvF9NnWuCCg+
EenhzrpngGueBCYs30V6Fzyg35op4HTuedNJn4b9KimbTRcbeb0Jole1R2dGuVBHb3v+
6TIu9eMh9cJ0mSeSEPT85E/1524Ux8/cN0VsTkZ+D1Ho6V/8WCFL2RmUK6cIa4/
0AX61C8HoKhBjn35jShQknHidpqtIV4qcGumhBgjFskQXsrvD0bO15xt0nMrcFXBJmFqloyvls3zjxfq2crDD
eBoQxOtKzc754CsQa6G6t6EvBcul08yjkwHlePFZvqRGJpKcafi7z3rg2n7WzZwFYMsBu6a6IMSgvI2DRAT3D
HArqDbPM1QLOFdxrc5tOnFZio7mTJCVnRKU3lFL+f2HgE6rgr8kXRAxhVG+w2zRVd+n9th0hlwb80mxsWr+
OTQoNMhB/6C75K2/pTf0QJ7mrgt6SCy7M+6HeJVJMzfuSesN9KPBn23CDNsm4+
Pz6ab38Q9QDvFJUSudBXK2dBlcLc4ydov2NIeaKWH7Y8y4dDPyDHvYqA1Y4TiBFUF9y7tlc5SYEeT2GYGI8Y5
eDa9NvyArjnCwkHBx0pxN2618kKS2pI4NGE9Nr8TGnE5MIVWXqEAAlmPJhsvV71MVowieVKi8YgclAu8xzGzN
+ZTHBPLtS7v5JWwWjXb2uaYDhBCAm+
M0bFIJMPvY8JC17VF7sLyAXb2wgLUuLPwbB6xqs9bJtJBjENlbzYm7LCg2M9fkyOjPrtguXJcbZlMrI4z8w69
kcUY2aNMHD5Aln/aiFujd5Sajz2RR9GIIC64I0BMicJVPLHf0BenYNwmNanbUlcrZVtxPRz2lj3+
zUXz0wUvddRT6AmeHvBusyMnAwNIGCdxPtnIB4PomJNvsEuufU5bnm/
eIgDCWZvelKiZzwj6f710y6Y7cc7Pdzowmr9MsC0TdYgdGRgl5CfTAGzCgtcH8HZ1jp4fT2xh8ztNtD0svGl4
5qW6HM6/cKGOOgh531mPEbhomr121/Z2pTy8+
tVkmdrxWS6usc3ApQb4UF3NhrrzttyfLvYJ52rm4riZW3HXqYlg0Nef7MBrE6t8AeCCdGwRX6GFE+

... m4Df1e3FszPoHtLs3QmRo3cCebWs3dRkmmpgbAVkHsqn14BPf4RCeeKtOnerqtyHvQUQ2eGr77aHf73PLUfe
... Uv9blbmmFMjGC+Ray06TbOhqfovUljnyW63AqY4tGuxXyxH6oHEoyrZvuQU/d5OOLTSyaXWEle+
... 5GgSBJMA7AhYOxByyBYI03hMykNycSW2y0G1JOGJBzG97xp9v0UkkW+UgYcpfgemZ7/fjpqY+
... 9LTLZy3T3ki5ebrRuU+LY8NYhcHH2l0oWiWXTQj6jBqT7djpoBJ8pE9qVU6pNwZjP+
... uO00Yd4S5kH6bbutcbUoITZpnBOt1tlwa9ft0ZCkJCoSsj8w4SROSi9svIHd7gWy7OTvaY1X7RRh1z1IAPt/
... nnTdeGyIAn7wn+
... I130M4JweslrFytFIhp5m0bfxJIhM8ANmi3iBjwPwV8L74Uc9Dvk4dEHWWigxMk3IOCFGrSqPq0l5onaVlx2Q
... Q5tqs6u6oRlDsDy5aZkXdSPEXxXNDnV+
... cazKmHXuglWpBSalBdqpI0vhuBHbpdb87BQWi2Hx900VLflvAzLVcecgSeQdRlvzHy/
... jQfl04n6kSxMtiQ4oQdgD5kx6ekdAdrk+avAI3EATbw9z74YhbeF0cCm3CUzbjUEtZgMISUEPMSSc+
... tnPOHsHiJfQGWH6ZqXz1GVvZMN8NMXLz6PiFtx4ohIWjE+
... 9KlZCIEG0omSbHxRK6jug1R0Dn92ilQ9JtkMpYtW5RmoY0Vr/3cO4HnmoeKnO08lO3sk/GJZJq+
... RE9k06QeSawLkBwyLmBk68yJjaEwp99iQsdu2h1BGE6DkL2XdpFQjUMbE0RSS0V4adkz3OpdASsLuUcYJaQP+
... EHZmmWNSY5u1SnpFIL0GvcpVhPDZmk9Y14Zrd2khdVLqlhzQnDriz5G+wIZ+
... YoBzvG7GTmNdOWxkvPWUxYXWabNzgSCbFkbG9+H9vTU3YuIX9Mm659npXMkUPBwA6W1YmvdGYWti7N+
... eHBjJOX0QMWhglicU9Ij9DujLz8esSu0F7S77QCgYxxNMJOPewOwMaVDaR/
... CqOYqKsPKEjGJgQkbXZaziUKFyS3jSCgfjbDey0LOhX3xemHhn1rdjGo1Z8kdP6e0s9mTnW36uuzIxYAGTWCAg
... JfBEennir3hIHhbjgsr/cHUlilpiEAIvTHvWYz7WfLZe0/OPu14O+
... hOCX3l7Usrv4U0VYt1GBex0U4NylvTbiPSRWff6cYElDay/
... Z3tqU2yQl5OMxpj4ZFC0IO5Nsr4Ohel4ktt8d0DTqpoBYkEtVqrjWqAx0SJThLkVHAvGf5NpL3w/
... SoELakFdSqRzcQs7UYCf7DvypIXNwuTi27TDIQMLnWhCG9lCa4XEMhUATD3louSZqgAKSUSmOz7kQu9Y1ZE+
... f5MOT3n6H9H2pEmAp0whP9fjv/BnGKpsBOpP967vyF/PVq+8AK0pVnIKGNmiFFzNFdCPEc+qWU/
... Vis6NcwNMSvKlVF7KuaJFFq6G5kKDz66c7k5iF90rCIOsuZFdg9QMK/
... fkA1U1ZXJUZxvfDotVqnlS2RaOmYc2vHjyGgSm0m7tHNk8p9j28YKxv/qy4JC/M/
... FN3ltK7iFOqGKAXyZbnhDZtEw1oZQQfQqKmCr6iZkxri+
... 2744WuIwod3aiNxIt53pDNc8VhQgYzX4BM0jN69G6dO4J3DHm8jhK6ZVZ/
... pd3lUM4gvbJUHLO0yrp4L0BgTWCD3Yy1/X4yVCbpJM2Fc8i+kx/
... 8DmObIlloVGjc7w2WveUFMsMAUadCVSwhQvohMKRJA0mDkabVJWhpnvZEn+
... 257vZgXv2tGkRuunJ48yEyMttdQ/LX/
... dceTwBxT4GL2NZbtVMXkrEtak6ikmCvueVUgUQIUfdllnjHw1yG9Gyx77OpclQCJXeTp95PtdKrmJM6sWLW00
... gZHg1baQUZIRe5KHUZ7+HL8qGTr61ke7RZ5tfa+8wa1wUd3xQ0mDRXUwc/
... 8Yurntof4Y1h1Gi1zJxDNiSQnSYGSeNaD5yIrKRYsvEWjjcc7Ofp92IkH8agw7D0fWaS71nG1H+
... zffkZwPng3eHhRjLQkd03jPN3sui6Rwvgt+qbINENrIgaP2gwRnA9W2edHgs2YN8IfOwlsuLbwpr8Y2wEmF/
... MyNz62yQnIVAQwCHyJzqdQR+a0h7t4e+7nPcSljg8WEMNWLQLlozMGCyqo3SaKZynueG+
... K5uYzHIFUpwmucbCbEpRuaF3dXrNEouvaOI5+z2upUXJvkSV5UOe2vaPpnsAGepuuG2ktm66/LJT3+Fqj+
... 9ZRok7hd1pAfM8mJuyvvLfZuleLAm3MsMP6px+JSmAHALaYBbS8B8Xb6cC7vecDvnMm7eM/
... JM2f91GcSPuxVdUdbffBY5ahyBOxIeU1IXLHnoGXmU+Rip2O4ADW8PfaEpPa9jLY+hUXsHR+ZX7qyiaGon+
... 9IJZOMjxSges+Mg47R34d63KTwUW+
... kg7qiXDQxtzhXskzBZWQ2Jc4E9PlbZgazk3LMzQ5tjiQXYTMJ82cbDc0Z52Ja/
... HFj7ArPRiwQZNIqM31jdf8xqSdHoxPx2M0sYDqqBV8W1X/
... FjRonHwq1tyLUCvx95OrPoFgvpPW5wHrwwr6WyXstWxj2K8cCRGy4jBO41uRGwKWh+xcBDPd4WUWCuTAmSPL/
... HlA4pttV/
... zBMtsVFZZD2UIf8eIA5ZVmu2KWCjJhFuFNaXQ53v9yGNg2wsxT3sJX35obYeaMJ9vpK9wdQez8io2IFx3vCi6
... qEEjDJDRO0Tb7IB1dzrUVnythyx3qw1/IJh0UnH+WbbO1PORgmoR/2g0v2VDfH9EgE55hmVk+D+
... mGIK9ApplZKcsRNf4Aiy82kqe7Mc4GEb/SteCwD+NkcubqxHQhq2NWXKqvmxo0pkpyTz0wkc1Mpzd3GBs/
... 0M55XEtefDqk/YqctGaOWJ2jcApUCJO/0093gdaPUZwj8VmM+dPGv/
... TcxAC0EDroGMBYT6XEsvfQHeJPsTb4hxZqIjnNjJOpQFZ7FujTx7H7Or9+/
... iXGVHfjSaY5KPdzs62rHR9Dzhw4PE1MLR6dtwpDCmJ5mwwn5rrb/
... Om2Mcp5jfoxki4bT8dvGw1yeO6wpAYTfhKNn604BaM/IDBzn5xv7xiq+MskQL2SXeKlSuv5VyexDB+
... i9gBvi5NO8FuOJNnKixZOAYeE4+V0LoBbbOX9g7plWlHmunMvGy7XHbhbVyu/zd0HxcEKf9rpd7qEB9/
... X6kPIUGBSwiUW+pRV7IhwiFfOElTUDJ8dW7xrvzpLo7L2+bOPiiF5plAjXUyLBnF2fUvVUbTEtda4BmJD+
... FKGO8Qj1Z2PfLQ4dozC1CPgUH7jL523PCudeZvNd8kaYwofSmJxeMFBIIivFsyOMY9GVaOEzUilb7nhgg6kLR
... MfTOSuYl7JZy2kZeQivVlCQZhsrDK3Sp+T2rPa7QV+
... o6KXgYgHac39hQn0JB39fE72tvIS02GOtWsNNvH7PTvN99guLqPSiP/OIgFUju6k5F886p/
... YO7rMI9I7JqmwOebdvli1/H5NZkyTvL1+1u/YMsG1PcUUbEo4c5Vgl2jus7DHdOh+
... DRO09Pyj5M5QOF9SZ8EkiQQNLk8By0GkMwc0i3t9J4hQYghievCbHE91rHQjj0KsUiKqI1eKanGReVleTpCPRh
... kpF6RlERCedvXwr91xQ1ejkYhqKfEH1wHF2mCVbAYmkGUKIbY2R72fqwCHqaY+
... Sn0sx39mLfwplsEXYTduczgMET2X3b/
... 4YgSSmTdMj11XGGAtRJY39uAz8Mun5O86a1dxstePwdo9mMWrZhc6rH22NAoEU+
... VroU9USPYNv8yZYtguQ3tFUjB+MsDxtN7HlAUsIMm/
... W1ES1ej6yZNitaNrwpw8M5bZpecEMwRI1ntgJi0RBF69ycSvl5ZOapIjHIp7fFYnbLN2J4m/BqcHV+
... sGjZS2ZkEEeswHhMRyP+xxbj8wEOatQ8C4hwxzt3L2geFgD55xxhFISx89tlXUx2eNLJU7s+G/yiff/
... 0NNcwumn6oaW7NPYGhEfgKMR6YYwmFZpZurw9wf+
... YhBV92mxmQbtzctcFTDifq3WEO20W3bTnHKQha6u7iq8NJWexJ1sXaW4W+
... xXzTPPWtG621oKS9cSL7mmfq4e3ciK6WYVZgigZo1xSy2AhbUV2widz4kMmcnH1B0eZf87OtIAzt9o1O005bd
... 6O1/jicEKmhQKgo11MU8gA/66aMCKfUSG2YMHh5sgpSyxAkxmq9QbhS2QB3r93PKmT5Qb+
... 32NoN8sCLEsZWK0E7qLsMKW/teLm+nwnkYz+0EeXdXwvZ4nyawYvfJZLi4hsabUDCYZ6XNsYdvkiGZE+
... TsrCiNwugkzfGFDoG6faCZXKAdx38XCSY6epTjaetfJWSXITrss+

14150  PeMjz3FtjyPEJ9ShxkFhmbwdpT7JPhWXHPxKEymi8eb11qH2sQoQbROrDNReDLI7BxjlTVbv7MUdEerSpuuD
      3NaZYvWLXZQr5yRSwLd/2GqlbFUfMYtNJsTF6VLML3sDgL89j3WvVOMyTRbujTgE+5umaeq6v7rp2vG/
      k7ca6IcfmFGUxEfUdaIbzQnIdNFxnj7OYsSkmuU5T+VW9Dwx84SKpR+
      AQgk2vi8TkgymWUz0XAHTUWucf8F1EpkAGL5bsSNL8xbeLyqLqlZ/
      We8NK1zG8rVMeNvz66nWq3CvGPc6TqNihIHbKYnDK/
      DRtMC76P7yXwCb5r6UmyFQHFNepaKS4cErgUAEzVCmG2zQ2eMptC68vYfjOVYR/+A5ZddmTJWy/
      lS8ikZISFqgOfMmAeukq7Dv3JU2YFXPjELwFGiLwn3YGObnQLJwyR6Hm8Nm53UgyUWg/CeOWj/
      ys0H3knGiX7GBOdIbYTYQj3gEhzEbVASHwmP4UEDDW1TAkjAS66QDJsGEE5AEstfvk3SMAYPlKjf39bY/
      AAT4ydZKYZNM0LPHPtnfl8E9+
      V7RDQnnLc4iS5npKaSyXz3DkHAXhYHyWKMyNM4aEvXeTf9YsUnlew2kJTdZcOxFPhc1K1eUYY8bLnaEsE0EMq
      aV+m33SDUgWpS5pB0S0Fm37+
      rGjheC4cPNcyhWmd1hfy4IpL2vofQm4PyxhuFCdkRMqLZJlaUXHBanr61IXq7aXTS/mG2FNgw+DH0GXD+
      fBBjWVfVwY245mJqJ0ZP90SNIeudgMdS+7fAJfu5Kx+
      eIjbTlIV7du5BtfKS73lV5JW161AKWjakblOFT9obTq1xY3NG9/
      cyKrC6tXnkgPE0pUZHvjo0oxxUXcxcBPgpbUkgtrmX7TIg7EJ5bx+
      rcRUC4UPBj6HeBjGcKGvq9FSQgYB3rdZ232qIfmFaf1slDccbp9511N4n9oUYqHZO1cQG6mHSBFCFCW
      NQKcDKqRanfgjN1samR0B7efQ8ygHrj/
      jH8U7XRTaZ0Bc0oPFbtQECvSLYb3QuicmpxlkHIayC8V5BfDmBW2K25JC6/SiT8BpSTTuAuw/
      ayEfPLzgpvVK5vlAh7IBH/tE5yAxQMUIThBDk8Ihh9KmbryiGFpTDT601i6P6fBVll9gMFy9z9loVJ8um0KqG/
      8e/jc+zMgq4IRltlIsnhady21NvcTnQ947Crz/QWB+sLQlVOEjlE8Vu7G68p2gW66v5Gg/
      kKqeSXWN1mOMIxpWs4ANIy7uKpi93gccmgz7jaed/LI1LAY3G7C7SxCwRYE4ca1i2ei20kalZ+
      gOVqNTNuCp5c59UsCYDbXlynHz8ag/Rgkn8G6HkN/+AS2P98onRBcgSB3ac++
      kxCaVcPvGQf9yiCeQtrdH4CGRziQIJzvOvkdiovlc774iuhKmpxy+sTlTBM5f83z1+
      KZ57PWXW83Xck14xoXwll/OyZMNjg9b41kqBIC1L0QUzJse+
      eb0pTjGdazrLAfalArOUpQWoiJ6ZjLA1rJB46e16h52izybhqR" />
14151  </div>
14152
14153  <script type="text/javascript">
14154  //<![CDATA[
14155  var theForm = document.forms['Form'];
14156  if (!theForm) {
14157      theForm = document.Form;
14158  }
14159  function __doPostBack(eventTarget, eventArgument) {
14160      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
14161          theForm.__EVENTTARGET.value = eventTarget;
14162          theForm.__EVENTARGUMENT.value = eventArgument;
14163          theForm.submit();
14164      }
14165  }
14166  //]]>
14167  </script>
14168
14169
14170  <script
      src="/WebResource.axd?d=oE4Yje4DwgYhIst0Rhu7FycpmoM1JxsU2l0xt_oR03NHkf60R78-
      9zV0qRi70zdIzUffeKCHqL34LFkh0&amp;t=635803038500000000"
      type="text/javascript"></script>
14171
14172
14173  <script
      src="/DesktopModules/EasyDNNRotator/Controls/NewsTickerRotator/static/js/jquery.
      newsticker.min.js" type="text/javascript"></script>
14174  <script
      src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
      =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
      Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
      928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
      2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
      4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
14175  <div class="aspNetHidden">
14176
14177      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
      value="CA0B0334" />
14178      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
      value="" />
14179      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
      value="j0PisHzmvq5DyKvTsR/CKH0GqG6Sz+kwZlne1T24a+sGPdx+V6J5zAsE/AZ14qzWpP/

14179 … mCbKrcdNezax2cvvps/fpxFpHjbomkgH2yEqac1c2zqdLktjp9HdC/uX+1DeVuk+70
… Sg52V1n9ZUvpXL2mwYyYt806+TesxcTEX/CZX7Ug2oCQ5vCPRhbOA1cs5kxFBAF66fcwRerdl2T7b6Hb/
… AeC4L7/qUBW9LhIeTzj7x9X9g9aKZr40fKlq96G9z4vjd+
… KY3HL9UWoa48z763EbySI2sT36R6iCr3ojDH6DiUajUDq45BB1CAY2dHDsIOzwEkGOUYI+
… sYTsolkONKFiNyh1yw9Cjn6OII/6q9u0UbxJZ2vxnIfX4E+/
… qtJGLrUUskMeBm6GU5MXI1hW1znSF35B1JVIfO6BqS0MDxWiC8vkNG8/gkwysfG/3GvQ/k4Ew0g2Yvpt+K+
… Tno840sHRBBPed+23uXtI0zzL9bXoJogZLYEZMtzjkRE9/TyJlNtI1pGfe6o8C4mSYDNKvsf+m0oOPUk1sWl+
… uffvYNYVKYhvy3whaXerwDslJCgXjg1DeNsdMceKYBbFnjwiGOPmiuKNHRP/
… HZckrV2loUgwPiGr890AKJswZh7C1CehX56XZV3QId1enmIj0G53zgfskzlzdfSZQ+NjaXQV/
… GLg7X89HSqoYm+EcAKneBQWToKqKclEAZndWFhXjSDVMg1sZ6H7NmU0c2bSMaHYf2J/
… QO6W4boz8ICZtM6XGpXssSxMZsr5sToVwSO5eAuKTrxUfpn+/
… bALrNmCt2vHVGkn40SNzicGzXNU5ZF4ErqZ0n2LNHKnxzDYpAWhFMkrYv57sGI1K03PmZIPbpfmnp0Ky7IEuf
… RHLHi5k3Ee1nWCx6Se8GlL0VBs75osyvR5dPJu9O+NjNa2Xq54ExI0fN4JrYUIa+
… cIqgXyCe6bxuJjOt15CfHIJRMnzVoxHXd4eVKO+uz3hhWS+8dD+
… fbOnkhileE9UukQs60VsoungVBuikv0qseO95NELfjQ/FgrxV7roTz/tkKDc0xOt4uOAcyR/+
… QikmUSnSHFikF0oxxTbkdVdFjSw9nug0nI/3ID0MeYbJ7DUXDzpfMuNg9DdATmHMkg25gTFBxPo0J3jOwiez8D875YeSp8RNm
… N3eIFj91Ydm+T76tVwvHL45JDx8j+Yg/4awzu9uyyih3qYQpBXqI2TGX0RGQ8LziJowBil6kwz/
… n62T27gvbg39DuLIZuT1jcZWF5DG4blxZRgX0PA9d9HOhOcOIU3Fn6ZBgEZmnyF7wZA2DYQXJpa4kBvus66y4
… tehLPRYK6021m8VpMmAKDu4HMczV2kQqtTg6CTNobZa0Ma7WnUCrGLzi5aB449BI2Vs/
… Bgmci1eBf9iJ1YEMtBfALpicED+873nJb5C56X/
… EtoSq9J6qdjAj1mvqXIdYvONx1W3T4jC4DyKXMnNdB8hEowEAUAMzD/
… DGTirm9OCTZB8BUCJqYnTxPxEd2btrWAl5321Xb9Qxnr8pjytl44Mxz8n9JaoKilLxB6Z1hE0IVfCJxi7X2tL
… b9Q3EOJjv/
… hz7nLHb3d1fRUPvRsZ8OH0qTLthQ8FKtWljUCKwVEanaVY9Tr7K22WIT3TMoKBWy66i8XFrj0cWx+
… sRLX2cqcNj/eKznlP+gGr+cmnkUMux5h5CtiTeeg7gDQDbVUQpOq71PrV7rfru7Mqx5Xh8KaE0Sgardb+
… 64SCmz4YkipcGPM8GMVNQ542pz4gPmN2ln8I3C+4FwyjzpuBBLBF/HfmxfrSAQGMnkyLKIKlRPlpWFO8P8T/
… CJoWpjMLMFqXUsilVQQfpWg3s1TVaQGZR27nFtIbUszHhT2CO1GU7JG9p7/vnU8oq0bT3rXwuidBqcek5jo+
… 2eEp1CRdMMGxq8fqmu0Fk8e1QRCjAb05jPuukI6IIk51ZaIgzkewHGh4sC6+
… lteNQjRSHIRCaLLDwH44wLBQPfh2sSvGRJFI21kW6Dgj4+3OFb8TWIPG7oTHS5mme46/rQ+qio/
… R9ya05MqXD6HB3p+
… ZOZ3TXjMcP22IciGUvoyCbgR2E97Ojy3JuElBmQHWY6At4J8hfqZS95BQpYl2IBs370Ecg+
… 9nSDlEped64xdrh1Lfh+jhH9w/2FLBu/Vn4wiqqI9ZH4Mm2TGqYkCvRRHAhiJ9y4B1/SVdyY62hWq27mZbD/
… XHxvZK+xE40p5zWLhJK+PrnPbCxzh21Cl1u3ik=" />

```
14180  </div><script src="/js/dnn.js?cdv=365" type="text/javascript"></script><script
   … src="/Portals/0/Skins/BJH/js/bootstrap.js?cdv=365"
   … type="text/javascript"></script><script
   … src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?cdv=365"
   … type="text/javascript"></script><script
   … src="/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=365"
   … type="text/javascript"></script><script
   … src="/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=365"
   … type="text/javascript"></script><script
   … src="/Portals/0/Skins/BJH/js/global.js?cdv=365"
   … type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=365"
   … type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=365"
   … type="text/javascript"></script><script src="/js/dnncore.js?cdv=365"
   … type="text/javascript"></script><script
   … src="/Resources/Search/SearchSkinObjectPreview.js?cdv=365"
   … type="text/javascript"></script><script type="text/javascript">
14181  //<![CDATA[
14182  Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form',
   … ['tdnn$ucFooter$ucEnewsLetter$UpdatePanel1','dnn_ucFooter_ucEnewsLetter_UpdatePanel1'
   … ], [], [], 90, '');
14183  //]]>
14184  </script>
14185
14186
14187
14188
14189
14190  <div class="push home">
14191      <!-- Header : row1,2,3-->
14192
```

```
14193
14194
14195  <script type="text/javascript">var _sf_startpt = (new Date()).getTime()</script>
14196
14197  <script type="text/JavaScript"
    …  src="https://secure.ifbyphone.com/js/ibp_clickto_referral.js"></script>
14198  <script type="text/JavaScript">
14199      var _ibp_public_key = "2fce29c4e86f5db0dac4932d2732a606f943ce86";
14200      var _ibp_formatting = true;
14201      var _ibp_keyword_set = 44174;
14202  </script>
14203
14204  <!-- Header -->
14205  <!-- Row 1: phone-->
14206  <div class="row1 hidden-xs">
14207      <div class="container">
14208          <div class="col-md-6 col-sm-7 row1Left">
14209              <span>Find a doctor or make an appointment: </span>
14210
14211              <span class="phone-number"><script type="text/JavaScript"
    …  src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script></span>
14212
14213          </div>
14214          <div class="col-md-6 col-sm-5 row1Right">General Information: <a
    …  href="tel:3147473000" class="tel">314.747.3000</a></div>
14215      </div>
14216  </div>
14217
14218  <!--googleoff: index-->
14219
14220  <!-- Row 2: Logo & Search-->
14221  <div class="row2 logoRow">
14222      <div class="container">
14223          <div class="row grid">
14224              <div class="col-md-3 col-sm-3 row2Left">
14225                  <div class="row mHeader">
14226                      <div class="col-xs-1 visible-xs mHeaderL">
14227
14228                          <a data-toggle=".mobileMainNav " class="mOpen
    …  open-left-button" href="javascript:void(0)"><span class="icon-menu"></span></a>
14229                      </div>
14230
14231                      <div class="col-sm-12 col-xs-8 mHeaderM">
14232                          <a href="/">
14233                              <img width="176" height="68" alt="Barnes-Jewish Hospital"
    …  src="/Portals/0/Skins/BJH/images/barnes-jewish-logo.png"></a>
14234                      </div>
14235                      <div class="col-xs-3 visible-xs mHeaderR">
14236                          <a href="javascript:void(0)" class="mSearch">
14237                              <span class="icon-magnifying_glass"></span>
14238
14239                          </a>
14240                          <a data-target="#modalContact" data-toggle="modal"
    …  class="mCall">
14241                              <span class="icon-phone"></span>
14242                              <!--<span class="iconLabel">Call</span>-->
14243                          </a>
14244
14245                      </div>
14246                  </div>
14247              </div>
14248              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
14249                  <div class="contactWrap">
14250                      <a href="/Patients-Visitors/Directions-and-Maps"><span
    …  class="icon-get-directions"></span> Get Directions</a><a
    …  href="/contactus"><span class="icon-contact"></span> Contact Us</a>
14251                  </div>
14252              </div>
```

```
14253                    <div class="col-md-5 col-sm-4 row21ght search-box">
14254                        <div class="input-group">
14255
14256
14257  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
14258      <div class="SearchBorder">
14259          <div id="SearchIcon" class="SearchIcon">
14260              <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
…      src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
14261          </div>
14262          <span class="searchInputContainer" data-moreresults="See More Results"
…      data-noresult="No Results Found">
14263              <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
…      maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
…      autocomplete="off" placeholder="Search..." />
14264              <a class="dnnSearchBoxClearText"></a>
14265          </span>
14266
14267          <ul id="SearchChoices">
14268              <li id="SearchIconSite">Site</li>
14269              <li id="SearchIconWeb">Web</li>
14270          </ul>
14271      </div>
14272      <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
…      href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
…      ;)">Go</a>
14273  </div>
14274  <script type="text/javascript">
14275      $(function() {
14276          if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
…      {
14277              var searchSkinObject = new dnn.searchSkinObject({
14278                  delayTriggerAutoSearch : 400,
14279                  minCharRequiredTriggerAutoSearch : 2,
14280                  searchType: 'S',
14281                  enableWildSearch: true,
14282                  cultureCode: 'en-US',
14283                  portalId: -1
14284                  }
14285              );
14286              searchSkinObject.init();
14287
14288
14289
14290              // attach dropdown search
14291              if (typeof dnn.initDropdownSearch != 'undefined') {
14292                  dnn.initDropdownSearch(searchSkinObject);
14293              }
14294
14295
14296          }
14297      });
14298  </script>
14299
14300                    </div>
14301                </div>
14302            </div>
14303        </div>
14304  </div>
14305  <!-- Modal Contact Box on mobile-->
14306  <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
…      id="modalContact" class="modal">
14307      <div class="modal-contact">
14308          <div class="modal-content">
14309              <div class="modal-header">
14310                  <h4 class="modal-title">Call Us</h4>
14311              </div>
14312              <div class="modal-body">
```

```
14313                      <div class="mBtn">
14314                          <div class="mBtnLeft"><span class="icon-phone"></span></div>
14315                          <div class="mBtnRight">
14316                              Find a Doctor or Make<br>
14317                              an Appointment<br>
14318                              <a class="tel" href="tel:8559250631">855.925.0631</a>
14319                          </div>
14320                      </div>
14321                      <div class="mBtn">
14322                          <div class="mBtnLeft"><span class="icon-phone"></span></div>
14323                          <div class="mBtnRight genInfo">
14324                              General Information<br>
14325                              <a href="tel:3147473000">314.747.3000</a>
14326                          </div>
14327                      </div>
14328                      <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
14329                  </div>
14330              </div>
14331          </div>
14332  </div>
14333
14334  <!-- Row 3: Top Menu -->
14335  <div class="row3 mainNavRow hidden-xs">
14336      <div class="container">
14337          <nav id="mainNav">
14338              <ul id="navmenu">
14339                  <li id="physicians">
14340                      <div class="navlink"><a href="/physicians">Find a Doctor<span
…      class="icon-arrow-right-generic visible-xs"></span></a></div>
14341                  </li>
14342                  <li class="navvert">
14343                      <div class="vert"></div>
14344                  </li>
14345                  <li id="requestacallforanappointment">
14346                      <div class="navlink"><a href="/requestappointment/">Request an
…      Appointment<span class="icon-arrow-right-generic visible-xs"></span></a></div>
14347                  </li>
14348                  <li class="navvert">
14349                      <div class="vert"></div>
14350                  </li>
14351                  <li id="medicalservices">
14352                      <div class="navdrop"><a href="/Medical-Services">Medical
…      Services<span class="icon-arrow-right-generic visible-xs"></span></a> </div>
14353                      <div class="dropBox">
14354                          <div class="row">
14355                              <div class="col-md-3 col-sm-3">
14356                                  <ul>
14357                                      <li class="line"><a
…      href="/Medical-Services/Cancer">
14358                                          <h4>Cancer</h4>
14359                                      </a></li>
14360                                      <li class="line"><a
…      href="/MedicalServices/Clinics">
14361                                          <h4>Clinics</h4>
14362                                      </a></li>
14363                                      <li class="line"><a
…      href="/Medical-Services/Dermatology">
14364                                          <h4>Dermatology</h4>
14365                                      </a></li>
14366                                      <li class="line"><a
…      href="/Medical-Services/Diabetes-Endocrinology">
14367                                          <h4>Diabetes &amp; Endocrinology</h4>
14368                                      </a></li>
14369                                      <li class="line"><a
…      href="/Medical-Services/Digestive-Diseases">
14370                                          <h4>Digestive Diseases</h4>
14371                                      </a></li>
14372                                      <li class="line"><a
```

```
14372…        href="/Medical-Services/Ear-Nose-Throat-ENT">
14373                                    <h4>Ear, Nose &amp; Throat (ENT)</h4>
14374                                </a></li>
14375                                <li><a
   …    href="/Medical-Services/Elder-Care-and-Rehabilitation">
14376                                    <h4>Elder Care and Rehabilitation</h4>
14377                                </a></li>
14378                            </ul>
14379                        </div>
14380                        <div class="col-md-3 col-sm-3">
14381                            <ul>
14382                                <li class="line"><a
   …    href="/Medical-Services/Emergency-Medicine">
14383                                    <h4>Emergency Medicine</h4>
14384                                </a></li>
14385                                <li class="line"><a
   …    href="/Medical-Services/Geriatrics">
14386                                    <h4>Geriatrics</h4>
14387                                </a></li>
14388                                <li class="line"><a
   …    href="/Medical-Services/Heart-Vascular">
14389                                    <h4>Heart &amp; Vascular</h4>
14390                                </a></li>
14391                                <li class="line"><a
   …    href="/Medical-Services/Lung-Diseases">
14392                                    <h4>Lung Diseases</h4>
14393                                </a></li>
14394                                <li class="line"><a
   …    href="/Medical-Services/Nephrology">
14395                                    <h4>Nephrology</h4>
14396                                </a></li>
14397                                <li class="line"><a
   …    href="/Medical-Services/Neurology-Neurosurgery">
14398                                    <h4>Neurology &amp; Neurosurgery</h4>
14399                                </a></li>
14400                                <li><a
   …    href="/Medical-Services/Obstetrics-Gynecology">
14401                                    <h4>Obstetrics &amp; Gynecology</h4>
14402                                </a></li>
14403                            </ul>
14404                        </div>
14405                        <div class="col-md-3 col-sm-3">
14406                            <ul>
14407                                <li class="line"><a
   …    href="/Medical-Services/Ophthalmology">
14408                                    <h4>Ophthalmology</h4>
14409                                </a></li>
14410                                <li class="line"><a
   …    href="/Medical-Services/Orthopedic-Care">
14411                                    <h4>Orthopedic Care</h4>
14412                                </a></li>
14413                                <li class="line"><a
   …    href="/Medical-Services/Pain-Management">
14414                                    <h4>Pain Management</h4>
14415                                </a></li>
14416                                <li class="line"><a
   …    href="/Medical-Services/Palliative-Care">
14417                                    <h4>Palliative Care</h4>
14418                                </a></li>
14419                                <li class="line"><a
   …    href="/Medical-Services/Plastic-Reconstructive-Surgery">
14420                                    <h4>Plastic &amp; Reconstructive Surgery</h4>
14421                                </a></li>
14422                                <li><a href="/Medical-Services/Psychiatry">
14423                                    <h4>Psychiatry</h4>
14424                                </a></li>
14425                            </ul>
14426                        </div>
```

```
14427                        <div class="col-md-3 col-sm-3">
14428                            <ul>
14429                                <li class="line"><a
…    href="/Medical-Services/Radiology">
14430                                    <h4>Radiology</h4>
14431                                </a></li>
14432                                <li class="line"><a
…    href="/Medical-Services/Rheumatology">
14433                                    <h4>Rheumatology</h4>
14434                                </a></li>
14435                                <li class="line"><a
…    href="/Medical-Services/Spine-and-Spinal-Cord">
14436                                    <h4>Spine and Spinal Cord</h4>
14437                                </a></li>
14438                                <li class="line"><a
…    href="/Medical-Services/Transplant">
14439                                    <h4>Transplant</h4>
14440                                </a></li>
14441                                <li class="line"><a
…    href="/Medical-Services/Trauma-Acute-Care-Surgery">
14442                                    <h4>Trauma &amp; Acute Care Surgery</h4>
14443                                </a></li>
14444                                <li class="line"><a
…    href="/Medical-Services/Urology">
14445                                    <h4>Urology</h4>
14446                                </a></li>
14447                                <li><a
…    href="/Medical-Services/Wound-General-Surgery">
14448                                    <h4>Wound/General Surgery</h4>
14449                                </a></li>
14450                            </ul>
14451                        </div>
14452                    </div>
14453                </div>
14454            </li>
14455            <li class="navvert">
14456                <div class="vert"></div>
14457            </li>
14458            <li id="patientsvisitors" class="">
14459                <div class="navdrop"><a href="/Patients-Visitors">Patient &amp;
…    Visitor Information<span class="icon-arrow-right-generic
…    visible-xs"></span></a></div>
14460                <div class="dropBox">
14461                    <div class="row">
14462                        <div class="col-md-3 col-sm-3">
14463                            <ul>
14464                                <li class="line"><a
…    href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
…    target="_blank">
14465                                    <h4>Baby Photos</h4>
14466                                </a></li>
14467                                <li><a
…    href="/Patients-Visitors/Billing-and-Financial-Assistance">
14468                                    <h4>Billing and Financial Assistance</h4>
14469                                </a></li>
14470                                <li><a
…    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…    /Financial-Assistance" target="_blank" style="padding-left: 15px;">Financial
…    Assistance Policy</a></li>
14471                                <li><a
…    href="/Patients-Visitors/Billing-and-Financial-Assistance/Patient-Price-Estimate-
…    Requests" target="_blank" style="padding-left: 15px;">Patient Price Estimate
…    Requests</a></li>
14472                                <li class="line" style="padding-bottom: 12px;"><a
…    target="_blank" style="padding-left: 15px;"
…    href="/Patients-Visitors/Billing-and-Financial-Assistance/Pay-Your-Bill-Online">Pay
…    Your Bill Online</a></li>
14473                                <li><a href="/Patients-Visitors/CaringBridge">
```

Page 443

```
14474                                    <h4>CaringBridge</h4>
14475                                  </a></li>
14476                                </ul>
14477                              </div>
14478                              <div class="col-md-3 col-sm-3">
14479                                <ul>
14480                                  <li><a
      href="/Patients-Visitors/Directions-and-Maps">
14481                                    <h4>Directions and Maps</h4>
14482                                  </a></li>
14483                                  <li><a
      href="/Patients-Visitors/Directions-and-Maps/Parking-Information"
      style="padding-left: 15px;">Parking Information</a></li>
14484                                  <li><a
      href="/Patients-Visitors/Directions-and-Maps/Shuttle-Service" style="padding-left:
      15px;">Shuttle Service</a></li>
14485                                  <li class="line" style="padding-bottom: 12px;"><a
      href="/Patients-Visitors/Directions-and-Maps/Campus-Maps" style="padding-left:
      15px;">Campus Maps</a></li>
14486                                  <li class="line"><a
      href="/Patients-Visitors/Send-an-E-Greeting">
14487                                    <h4>Send an E-Greeting</h4>
14488                                  </a></li>
14489                                  <li><a
      href="/Patients-Visitors/Gifts-and-Flowers">
14490                                    <h4>Gifts and Flowers</h4>
14491                                  </a></li>
14492                                  <li><a href="https://shop.barnesjewish.org/"
      target="_blank">Shop Online</a></li>
14493                                </ul>
14494                              </div>
14495                              <div class="col-md-3 col-sm-3">
14496                                <ul>
14497                                  <li><a
      href="/Patients-Visitors/Hospitality-Services">
14498                                    <h4>Guest Services</h4>
14499                                  </a></li>
14500                                  <li><a href="/Patients-Visitors/Internet-Access"
      style="padding-left: 15px;">Internet Access</a></li>
14501                                  <li><a
      href="/Patients-Visitors/Interpreter-Services" style="padding-left:
      15px;">Interpreter Services</a></li>
14502                                  <li><a
      href="/Patients-Visitors/Social-Work-Services" style="padding-left: 15px;">Social
      Work Services</a></li>
14503                                  <li><a href="/Patients-Visitors/Spiritual-Care"
      style="padding-left: 15px;">Spiritual Care</a></li>
14504                                  <li class="line" style="padding-bottom: 12px;"><a
      href="/Patients-Visitors/Hospitality-Services" style="padding-left: 15px;">More guest
      services</a></li>
14505                                  <li class="line"><a
      href="/Patients-Visitors/Fitness-Center">
14506                                    <h4>Fitness Center</h4>
14507                                  </a></li>
14508                                  <li><a href="/Patients-Visitors/Medical-Records">
14509                                    <h4>Medical Records</h4>
14510                                  </a></li>
14511                                </ul>
14512                              </div>
14513                              <div class="col-md-3 col-sm-3">
14514                                <ul>
14515                                  <li class="line" style="margin-bottom: 12px;"><a
      href="/Patients-Visitors/Phone-Numbers">
14516                                    <h4>Phone Numbers</h4>
14517                                  </a></li>
14518                                  <li><a
      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">
14519                                    <h4>Your Stay at Barnes-Jewish</h4>
```

```
14520                                                    </a></li>
14521                                                    <li><a
...    href="/Patients-Visitors/Dining-and-Restaurants" style="padding-left: 15px;">Dining
...    and Restaurants</a></li>
14522                                                    <li><a href="/Patients-Visitors/Lodging"
...    style="padding-left: 15px;">Lodging</a></li>
14523                                                    <li><a
...    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/What-to-Bring"
...    style="padding-left: 15px;">What to Bring</a></li>
14524                                                    <li><a
...    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Understanding-Admission"
...    style="padding-left: 15px;">Understanding Admission</a></li>
14525                                                    <li><a
...    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Patient-Safety"
...    style="padding-left: 15px;">Patient Safety</a></li>
14526                                                    <li><a href="/Patients-Visitors/Pharmacy"
...    style="padding-left: 15px;">Pharmacy</a></li>
14527                                                    <li><a href="/Patients-Visitors/Visiting-Hours"
...    style="padding-left: 15px;">Visiting Hours</a></li>
14528                                                    <li><a
...    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Your-Health-Care-Team"
...    style="padding-left: 15px;">Your Health Care Team</a></li>
14529                                                </ul>
14530                                            </div>
14531                                        </div>
14532                                    </div>
14533                                </li>
14534                                <li class="navvert">
14535                                    <div class="vert"></div>
14536                                </li>
14537                                <li id="giving">
14538                                    <div class="navdrop"><a href="/giving">Giving<span
...    class="icon-arrow-right-generic visible-xs"></span></a> </div>
14539                                    <div class="dropBox">
14540                                        <div class="row">
14541                                            <div class="col-md-3 col-sm-3">
14542                                                <ul>
14543                                                    <li><a href="/Giving/About-The-Foundation">
14544                                                        <h4>About The Foundation</h4>
14545                                                    </a></li>
14546                                                    <li><a
...    href="/Giving/About-The-Foundation/See-Your-Gifts-Impact" style="padding-left:
...    15px;">See Your Gifts' Impact</a></li>
14547                                                    <li><a
...    href="/Giving/About-The-Foundation/Foundation-Events" style="padding-left:
...    15px;">Foundation Events</a></li>
14548                                                    <li><a
...    href="/Giving/About-The-Foundation/Foundation-News" style="padding-left:
...    15px;">Foundation News</a></li>
14549                                                    <li><a
...    href="/Giving/About-The-Foundation/Grants-Administration" style="padding-left:
...    15px;">Grants Administration</a></li>
14550                                                    <li class="line"><a
...    href="/Giving/About-The-Foundation/The-Foundation-Board-of-Directors"
...    style="padding-left: 15px; padding-bottom: 11px;">The Foundation Board of
...    Directors</a></li>
14551                                                </ul>
14552                                            </div>
14553                                            <div class="col-md-3 col-sm-3">
14554                                                <ul>
14555                                                    <li><a href="/giving/Ways-To-Give">
14556                                                        <h4>Giving</h4>
14557                                                    </a></li>
14558                                                    <li><a href="/Giving/Ways-To-Give/Annual-Giving"
...    style="padding-left: 15px;">Annual Giving</a></li>
14559                                                    <li><a
...    href="/Giving/Ways-To-Give/Make-a-Gift-Now" style="padding-left: 15px;">Make a Gift
...    Now</a></li>
```

```
14560              <li><a href="/Portals/0/Giving/Ways to
     …   give/FBJHGivingForm6.2011.pdf" target="_blank" style="padding-left: 15px;">Make a
         Gift by Mail</a></li>
14561                               <li><a href="/Giving/Ways-To-Give/Planned-Giving"
     …   style="padding-left: 15px;">Planned Giving</a></li>
14562                               <li><a
     …   href="/Giving/Ways-To-Give/Benefits-of-Giving" style="padding-left: 15px;">Benefits
         of Giving</a></li>
14563                           </ul>
14564                       </div>
14565                       <div class="col-md-3 col-sm-3">
14566                           <ul>
14567                               <li><a href="/Giving/Publications">
14568                                   <h4>Publications</h4>
14569                               </a></li>
14570                               <li><a
     …   href="/Giving/Publications/Giving-Magazine" style="padding-left: 15px;">Giving
         Magazine</a></li>
14571                               <li><a
     …   href="/Giving/Publications/Tributes-Newsletter" style="padding-left: 15px;">Tributes
         Newsletter</a></li>
14572                               <li class="line"><a
     …   href="/Giving/Publications/Legacy" style="padding-left: 15px;">Legacy</a></li>
14573                               <li class="line"><a
     …   href="/Giving/Stories-of-Hope">
14574                                   <h4>Stories of Hope</h4>
14575                               </a></li>
14576                               <li><a href="/Giving/Arts-Healthcare">
14577                                   <h4>Arts + Healthcare</h4>
14578                               </a></li>
14579                           </ul>
14580                       </div>
14581                       <div class="col-md-3 col-sm-3">
14582                           <ul>
14583                               <li class="line"><a href="/Giving/Volunteer">
14584                                   <h4>Volunteer</h4>
14585                               </a></li>
14586                               <li class="line"><a
     …   href="/Giving/Barnes-Jewish-Hospital-Auxiliary">
14587                                   <h4>Barnes-Jewish Hospital Auxiliary</h4>
14588                               </a></li>
14589                               <li><a href="/Giving/Contact-The-Foundation">
14590                                   <h4>Contact The Foundation</h4>
14591                               </a></li>
14592                           </ul>
14593                       </div>
14594                   </div>
14595               </div>
14596           </li>
14597         </ul>
14598         <ul class="visible-xs contactWrapM">
14599             <li><a href="/patients-visitors/directions-maps"><span
     …   class="icon-get-directions"></span><span>Get Directions</span><span
         class="icon-arrow-right-generic"></span></a></li>
14600             <li><a href="/Contact-Us"><span
     …   class="icon-contact"></span><span>Contact Us</span><span
         class="icon-arrow-right-generic"></span></a></li>
14601         </ul>
14602     </nav>
14603   </div>
14604 </div>
14605
14606
14607 <div class="mobileMainNav">
14608     <div class="container">
14609         <div class="topMobileNav visible-xs">
14610             <ul class="megamenu" id="megamenu">
14611                 <li class="level0">
```

```
14612                     <a class="level0" href="/physicians">Find a Doctor</a>
14613                 </li>
14614                 <li class="separator"></li>
14615                 <li class="level0">
14616                     <a class="level0" href="/requestappointment/">Request an
        Appointment</a>
14617                 </li>
14618                 <li class="separator"></li>
14619                 <li class="level0">
14620                     <a class="level0" href="/Medical-Services">Medical Services</a>
14621                     <span class="icon-arrow-right-generic childIndicator"></span>
14622                     <div class="sub">
14623                         <ul>
14624                             <li class="back-button"><a href="javascript:void(0);"
        class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
14625                             <li class="subheader"><a
        href="/Medical-Services/Cancer">Cancer</a></li>
14626                             <li class="subheader"><a
        href="/MedicalServices/Clinics">Clinics</a></li>
14627                             <li class="subheader"><a
        href="/Medical-Services/Dermatology">Dermatology</a></li>
14628                             <li class="subheader"><a
        href="/Medical-Services/Diabetes-Endocrinology">Diabetes &amp; Endocrinology</a></li>
14629                             <li class="subheader"><a
        href="/Medical-Services/Digestive-Diseases">Digestive Diseases</a></li>
14630                             <li class="subheader"><a
        href="/Medical-Services/Ear-Nose-Throat-ENT">Ear, Nose &amp; Throat (ENT)</a></li>
14631                             <li class="subheader"><a
        href="/Medical-Services/Elder-Care-and-Rehabilitation">Elder Care and
        Rehabilitation</a></li>
14632                             <li class="subheader"><a
        href="/Medical-Services/Emergency-Medicine">Emergency Medicine</a></li>
14633                             <li class="subheader"><a
        href="/Medical-Services/Geriatrics">Geriatrics</a></li>
14634                             <li class="subheader"><a
        href="/Medical-Services/Heart-Vascular">Heart &amp; Vascular</a></li>
14635                             <li class="subheader"><a
        href="/Medical-Services/Lung-Diseases">Lung Diseases</a></li>
14636                             <li class="subheader"><a
        href="/Medical-Services/Nephrology">Nephrology</a></li>
14637                             <li class="subheader"><a
        href="/Medical-Services/Neurology-Neurosurgery">Neurology &amp; Neurosurgery</a></li>
14638                             <li class="subheader"><a
        href="/Medical-Services/Obstetrics-Gynecology">Obstetrics &amp; Gynecology</a></li>
14639                             <li class="subheader"><a
        href="/Medical-Services/Ophthalmology">Ophthalmology</a></li>
14640                             <li class="subheader"><a
        href="/Medical-Services/Orthopedic-Care">Orthopedic Care</a></li>
14641                             <li class="subheader"><a
        href="/Medical-Services/Pain-Management">Pain Management</a></li>
14642                             <li class="subheader"><a
        href="/Medical-Services/Palliative-Care">Palliative Care</a></li>
14643                             <li class="subheader"><a
        href="/Medical-Services/Plastic-Reconstructive-Surgery">Plastic &amp; Reconstructive
        Surgery</a></li>
14644                             <li class="subheader"><a
        href="/Medical-Services/Psychiatry">Psychiatry</a></li>
14645                             <li class="subheader"><a
        href="/Medical-Services/Radiology">Radiology</a></li>
14646                             <li class="subheader"><a
        href="/Medical-Services/Rheumatology">Rheumatology</a></li>
14647                             <li class="subheader"><a
        href="/Medical-Services/Spine-and-Spinal-Cord">Spine and Spinal Cord</a></li>
14648                             <li class="subheader"><a
        href="/Medical-Services/Transplant">Transplant</a></li>
14649                             <li class="subheader"><a
        href="/Medical-Services/Trauma-Acute-Care-Surgery">Trauma &amp; Acute Care
        Surgery</a></li>
```

```
14650                          <li class="subheader"><a
       href="/Medical-Services/Urology">Urology</a></li>
14651                          <li class="subheader"><a
       href="/Medical-Services/Wound-General-Surgery">Wound/General Surgery</a></li>
14652                        </ul>
14653                      </div>
14654                    </li>
14655                    <li class="separator"></li>
14656                    <li class="level0">
14657                      <a class="level0" href="/Patients-Visitors">Patients &amp;
       Visitors</a>
14658                      <span class="icon-arrow-right-generic childIndicator"></span>
14659                      <div class="sub">
14660                        <ul>
14661                          <li class="back-button"><a href="javascript:void(0);"
       class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
14662                          <li class="subheader"><a
       href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
       target="_blank">Baby Photos</a></li>
14663                          <li class="subheader"><a
       href="/Patients-Visitors/Billing-and-Financial-Assistance">Billing and Financial
       Assistance</a></li>
14664                          <li class="subheader"><a
       href="/Patients-Visitors/CaringBridge">CaringBridge</a></li>
14665                          <li class="subheader"><a
       href="/Patients-Visitors/Directions-and-Maps">Directions and Maps</a></li>
14666                          <li class="subheader"><a
       href="/Patients-Visitors/E-mail-a-Patient">E-mail a Patient</a></li>
14667                          <li class="subheader"><a
       href="/Patients-Visitors/Gifts-and-Flowers">Gifts and Flowers</a></li>
14668                          <li class="subheader"><a
       href="/Patients-Visitors/Hospitality-Services">Guest Services</a></li>
14669                          <li class="subheader"><a
       href="/Patients-Visitors/Fitness-Center">Fitness Center</a></li>
14670                          <li class="subheader"><a
       href="/Patients-Visitors/Medical-Records">Medical Records</a></li>
14671                          <li class="subheader"><a
       href="/Patients-Visitors/Phone-Numbers">Phone Numbers</a></li>
14672                          <li class="subheader"><a
       href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">Your Stay at
       Barnes-Jewish</a></li>
14673                        </ul>
14674                      </div>
14675                    </li>
14676                    <li class="separator"></li>
14677                    <li class="level0">
14678                      <a class="level0" href="/giving">Giving</a>
14679                      <span class="icon-arrow-right-generic childIndicator"></span>
14680                      <div class="sub">
14681                        <ul>
14682                          <li class="back-button"><a href="javascript:void(0);"
       class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
14683                          <li class="subheader"><a
       href="/Giving/About-The-Foundation">About The Foundation</a></li>
14684                          <li class="subheader"><a
       href="/giving/Ways-To-Give">Giving</a></li>
14685                          <li class="subheader"><a
       href="/Giving/Publications">Publications</a></li>
14686                          <li class="subheader"><a
       href="/Giving/Stories-of-Hope">Stories of Hope</a></li>
14687                          <li class="subheader"><a
       href="/Giving/Arts-Healthcare">Arts + Healthcare</a></li>
14688                          <li class="subheader"><a
       href="/Giving/Volunteer">Volunteer</a></li>
14689                          <li class="subheader"><a
       href="/Giving/Barnes-Jewish-Hospital-Auxiliary">Barnes-Jewish Hospital
       Auxiliary</a></li>
14690                          <li class="subheader"><a
```

```
14690…   href="/Giving/Contact-The-Foundation">Contact The Foundation</a></li>
14691
14692                             </ul>
14693                         </div>
14694                     </li>
14695
14696                 </ul>
14697             <ul class="contactWrapM">
14698                 <li><a href="/Patients-Visitors/Directions-and-Maps"><span
14699…    class="icon-get-directions"></span><span>Get Directions</span></a></li>
14699                 <li><a href="/Contact-Us"><span
…         class="icon-contact"></span><span>Contact Us</span></a></li>
14700             </ul>
14701         </div>
14702     </div>
14703 </div>
14704
14705 <script type="text/javascript">
14706     $(document).ready(function () {
14707         var rootId = 'home';
14708         $("#navmenu > li").each(function () {
14709             if (this.id == rootId) {
14710                 $(this).addClass("active");
14711             }
14712         });
14713     });
14714 </script>
14715
14716 <!--googleon: index-->
14717
14718     <!-- Rotating Banner -->
14719     <div id="globalBannerArea" class="globalBannerArea">
14720         <div id="dnn_TopPane1" class="h_TopPane1">
14721         <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-875"><a
…    name="875"></a><div id="dnn_ctr875_ContentPane" class="empty"><!-- Start_Module_875
…    --><div id="dnn_ctr875_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">
14722
14723
14724 <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
…    />
14725 <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
14726 <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
14727
14728
14729         <div class="rotatorRow">
14730             <div id="rotatorNav"><a class="btn prev"><span
…    class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
…    class="icon-arrow-right-marquee"></span></a></div>
14731             <div class="rotatorWrap">
14732                 <div class="owl-carousel owl-theme" id="rotator">
14733
14734         <div class="item" id="homebanner1"  style="background-color: #70777c;">
14735             <div class="captionWrap">
14736                 <div class="caption-border">
14737                     <div class="caption">
14738                         <span class="hidden-xs captionCaps">National leaders
…    in:</span>
14739                         <h2 class="hidden-xs handwrite">proving how skilled minds<br
…    />can save another.</h2>
14740                         <p>
14741                             Advances in neurosurgery technology and techniques are<br
…    />helping patients like Brad make a comeback.
14742                         </p>
14743                         <a style="width: 230px;" class="btnLg btnWhite"
…    href="/Patient-Stories/Brad">Learn More <span
…    class="icon-arrow-right-generic"></span></a>
14744                         <div class="optCaption"><span>Brad Eastman</span><span>Brain
…    Tumor Survivor</span></div>
```

```
14745                              </div>
14746                      </div>
14747                  </div>
14748              </div>
14749
14750          <div class="item" id="homebanner2"  style="background-color: #80a6b5;">
14751              <div class="captionWrap">
14752                  <div class="caption-border">
14753                      <div class="caption">
14754                          <span class="hidden-xs captionCaps">National leaders
      in:</span>
14755                          <h2 class="hidden-xs handwrite">having the answer when<br
      />no one else did.</h2>
14756                          <p>
14757                              A personalized targeted treatment plan helped<br />Erica
      beat stage three breast cancer.
14758                          </p>
14759                          <a style="width: 230px;" class="btnLg btnWhite"
      href="/Patient-Stories/Erica">Learn More <span
      class="icon-arrow-right-generic"></span></a>
14760                          <div class="optCaption"><span>Erica
      Griffin</span><span>Breast Cancer Survivor</span></div>
14761                      </div>
14762                  </div>
14763              </div>
14764          </div>
14765
14766          <div class="item" id="homebanner3"  style="background-color: #a5bac1;">
14767              <div class="captionWrap">
14768                  <div class="caption-border">
14769                      <div class="caption">
14770                          <span class="hidden-xs captionCaps">National leaders
      in:</span>
14771                          <h2 class="hidden-xs handwrite">reimagining impossible.</h2>
14772                          <p>
14773                              Other doctors told Jessica her spine was too damaged to
      fix.<br />We thought otherwise.
14774                          </p>
14775                          <a style="width: 230px;" class="btnLg btnWhite"
      href="/Patient-Stories/Jessica">Learn More <span
      class="icon-arrow-right-generic"></span></a>
14776                          <div class="optCaption"><span>Jessica</span><span>Spinal
      Reconstruction Patient</span></div>
14777                      </div>
14778                  </div>
14779              </div>
14780          </div>
14781
14782          <div class="item" id="homebanner4"  style="background-color: #356446;">
14783              <div class="captionWrap">
14784                  <div class="caption-border">
14785                      <div class="caption">
14786                          <span class="hidden-xs captionCaps">National leaders
      in:</span>
14787                          <h2 class="hidden-xs handwrite">never losing heart before<br
      />I received a new one</h2>
14788                          <p>
14789                              Having performed more than 700 heart transplants,<br />we
      had the lifesaving option Tracy needed.
14790                          </p>
14791                          <a style="width: 230px;" class="btnLg btnWhite"
      href="/Patient-Stories/Tracy">Learn More <span
      class="icon-arrow-right-generic"></span></a>
14792                          <div class="optCaption"><span>Tracy
      Chambers</span><span>Heart Transplant Recipient</span></div>
14793                      </div>
14794                  </div>
14795              </div>
```

```
14796              </div>
14797
14798          </div>
14799        </div>
14800      </div>
14801
14802
14803  </div><!-- End_Module_875 --></div>
14804  <br /></div></div>
14805      </div>
14806      <!-- Video -->
14807      <div class="row5 vidRow">
14808        <div class="vidRowBorder">
14809          <div class="container">
14810            <div id="dnn_TopPane2" class="h_TopPane2">
14811            <div class="DnnModule DnnModule-PatientStoryCarousel
       DnnModule-434"><a name="434"></a><div id="dnn_ctr434_ContentPane"><!--
       Start_Module_434 --><div id="dnn_ctr434_ModuleContent" class="DNNModuleContent
       ModPatientStoryCarouselC">
14812
14813  <link href="/DesktopModules/PatientStoryCarousel/css/home.css" rel="stylesheet" />
14814  <script src="/DesktopModules/PatientStoryCarousel/js/scripts.js"></script>
14815  <!-- Add fancyBox main JS and CSS files -->
14816  <script type="text/javascript"
       src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?v=2.1.5"></script>
14817  <link rel="stylesheet" type="text/css"
       href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?v=2.1.5" media="screen" />
14818
14819  <div class="row vidRowInner">
14820      <h3>National Leaders In:</h3>
14821      <h4 class="txtsh">A second chance can be chosen the first time.</h4>
14822      <div id="vidThumbsNav"> <a class="btn prev"><span
       class='icon-arrow-left-marquee'></span></a> <a class="btn next"><span
       class='icon-arrow-right-marquee'></span></a> </div>
14823
14824
14825  <div id="uxMediaRotator_content">
14826      <div id="vidThumbs">
14827
14828              <div class="item txtsh">
14829                  <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='1'
       href="/video/LightBoxVideo.aspx?videoID=1"></a></div>
14830                  <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130948997959917598.jpg'); background-repeat:
       no-repeat;">
14831                      <p>Brad, Brain Tumor Survivor</p>
14832                  </div>
14833              </div>
14834
14835              <div class="item txtsh">
14836                  <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='2'
       href="/video/LightBoxVideo.aspx?videoID=2"></a></div>
14837                  <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130948998183509917.jpg'); background-repeat:
       no-repeat;">
14838                      <p>Jessica, Spinal Surgery Patient</p>
14839                  </div>
14840              </div>
14841
14842              <div class="item txtsh">
14843                  <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='3'
       href="/video/LightBoxVideo.aspx?videoID=3"></a></div>
14844                  <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130948998381008653.jpg'); background-repeat:
       no-repeat;">
```

```
14845                    <p>Tracy, LVAD and Heart Transplant Recipient</p>
14846                    </div>
14847                </div>
14848
14849                <div class="item txtsh">
14850                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='4'
      href="/video/LightBoxVideo.aspx?videoID=4"></a></div>
14851                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130948998773349892.jpg'); background-repeat:
      no-repeat;">
14852                        <p>Erica, Breast Cancer Survivor</p>
14853                    </div>
14854                </div>
14855
14856                <div class="item txtsh">
14857                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='8'
      href="/video/LightBoxVideo.aspx?videoID=8"></a></div>
14858                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949003713162027.jpg'); background-repeat:
      no-repeat;">
14859                        <p>Kay, Atrial Fibrillation Patient</p>
14860                    </div>
14861                </div>
14862
14863                <div class="item txtsh">
14864                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='10'
      href="/video/LightBoxVideo.aspx?videoID=10"></a></div>
14865                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949006180021239.jpg'); background-repeat:
      no-repeat;">
14866                        <p>Bob, Neck Surgery Patient</p>
14867                    </div>
14868                </div>
14869
14870                <div class="item txtsh">
14871                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='11'
      href="/video/LightBoxVideo.aspx?videoID=11"></a></div>
14872                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949032339319542.jpg'); background-repeat:
      no-repeat;">
14873                        <p>Emerson, Nerve Transfer Patient</p>
14874                    </div>
14875                </div>
14876
14877                <div class="item txtsh">
14878                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='12'
      href="/video/LightBoxVideo.aspx?videoID=12"></a></div>
14879                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949036355137617.jpg'); background-repeat:
      no-repeat;">
14880                        <p>Steve, Atrial Fibrillation Patient</p>
14881                    </div>
14882                </div>
14883
14884                <div class="item txtsh">
14885                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='13'
      href="/video/LightBoxVideo.aspx?videoID=13"></a></div>
14886                    <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949040666688747.jpg'); background-repeat:
      no-repeat;">
14887                        <p>Cathy, Liver Transplant Recipient</p>
14888                    </div>
```

```
14889                </div>
14890
14891                <div class="item txtsh">
14892                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
...  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='14'
...  href="/video/LightBoxVideo.aspx?videoID=14"></a></div>
14893                    <div class="thumbImg" style="background-image:
...  url('/Portals/0/PatientStories/130949046257277967.jpg'); background-repeat:
...  no-repeat;">
14894                        <p>Clint, Epilepsy Patient</p>
14895                    </div>
14896                </div>
14897
14898                <div class="item txtsh">
14899                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
...  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='15'
...  href="/video/LightBoxVideo.aspx?videoID=15"></a></div>
14900                    <div class="thumbImg" style="background-image:
...  url('/Portals/0/PatientStories/131030432740699852.jpg'); background-repeat:
...  no-repeat;">
14901                        <p>Karen, Colon Cancer Survivor</p>
14902                    </div>
14903                </div>
14904
14905                <div class="item txtsh">
14906                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
...  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='16'
...  href="/video/LightBoxVideo.aspx?videoID=16"></a></div>
14907                    <div class="thumbImg" style="background-image:
...  url('/Portals/0/PatientStories/131030439942106102.jpg'); background-repeat:
...  no-repeat;">
14908                        <p>Bob, Prostate Cancer Survivor</p>
14909                    </div>
14910                </div>
14911
14912                <div class="item txtsh">
14913                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
...  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='17'
...  href="/video/LightBoxVideo.aspx?videoID=17"></a></div>
14914                    <div class="thumbImg" style="background-image:
...  url('/Portals/0/PatientStories/131030441736949852.jpg'); background-repeat:
...  no-repeat;">
14915                        <p>Gene, Colon Cancer Survivor</p>
14916                    </div>
14917                </div>
14918
14919        </div>
14920    </div>
14921
14922    </div>
14923
14924    </div><!-- End_Module_434 --></div>
14925    </div></div>
14926                </div>
14927            </div>
14928        </div>
14929
14930        <!-- Content Pane -->
14931        <div id="showAd" class="adRow">
14932            <div class="container">
14933                <div id="dnn_ContentPane" class="h_ContentPane">
14934                <div class="DnnModule DnnModule-DNN_HTML DnnModule-419"><a
...  name="419"></a><div id="dnn_ctr419_ContentPane" class="empty"><!-- Start_Module_419
...  --><div id="dnn_ctr419_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
14935                    <div id="dnn_ctr419_HtmlModule_lblContent" class="Normal">
14936                    <div class="ad" style="background-image:
...  url('/Portals/0/Images/About%20Us/Annual-Reports/
...  2015ReporttotheCommunity_HomepageBanner-3.jpg'); background-color: #03466d;
```

```
14936…  margin:top; 10px;"><div class="content"><div class="row"><div class="col-md-3
   …    visible-lg"></div> <div class="col-md-6 col-sm-9"><h4 style="color: #00529b;
   …    font-size: 25px;">2015 Report to the Community</h4><h5>EVERY PATIENT. EVERY PERSON.
   …    EVERY MOMENT.</h5><br /></div> <div class="col-md-2 col-sm-3 admore"> <div
   …    class="admoreBtn"><a href="/About-Us/Annual-Reports/2015-Report-to-the-Community"
   …    style="color: #ffffff; font-size: 15px;">Read the Report<span
   …    class="icon-arrow-right-generic"></span></a></div> </div> </div> </div> </div>
14937…  </div>
14938
14939
14940
14941   <!-- Only show Publish option for Approvers -->
14942
14943   </div><!-- End_Module_419 --></div>
14944   <br /></div></div>
14945              </div>
14946          </div>
14947
14948          <div class="row6">
14949              <div class="container">
14950                  <div class="row">
14951                      <!-- Left Pane -->
14952                      <div class="col-md-8">
14953                          <div id="dnn_LeftPane" class="h_LeftPane">
14954                          <div class="DnnModule DnnModule-PhysicianSearch DnnModule-435"><a
   …    name="435"></a>
14955
14956   <div class="physicianSearchContainer">
14957        <div id="dnn_ctr435_ContentPane"><!-- Start_Module_435 --><div
   …    id="dnn_ctr435_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
14958
14959
14960
14961
14962
14963
14964   <link type="text/css"
   …    href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
   …    rel="stylesheet" />
14965   <link type="text/css"
   …    href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
   …    rel="stylesheet" />
14966   <link type="text/css"
   …    href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
   …    />
14967
14968   <script
   …    src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
   …    AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
14969
14970   <!-- Add fancyBox -->
14971   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
   …    type="text/css" media="screen" />
14972
14973
14974   <!-- Kendo UI -->
14975   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.common-material.min.css" />
14976   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.material.min.css" />
14977   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.default.mobile.min.css" />
14978   <script type="text/javascript"
   …    src="/DesktopModules/PhysicianSearch/js/kendoui/kendo.custom.min.js"></script>
14979
14980   <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=3"
   …    rel="stylesheet" />
```

```
14981  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
  ...  rel="stylesheet" />
14982
14983  <span id="dnn_ctr435_View_lblError" style="color:Red;font-weight:bold;"></span>
14984
14985
14986
14987
14988  <div class="physician-search physician-info-group">
14989      <div class="physicianInfoGroup">
14990          <div class="physicianInfoWrap">
14991              <div class="box-heading physicianInfoBar visible-xs">
14992                  <h4 class="box-title-1">
14993                      <a href="#physicianInfoPanel">
14994                          <span class="barspan"><span
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find a
       Doctor</span></span>
14995                          <span class="baricon icon-accordion-closed"></span>
14996                      </a>
14997                  </h4>
14998              </div>
14999              <div id="physicianInfoPanel" class="box">
15000                  <div class="box-inner">
15001                      <h2 class="hidden-xs">
15002                          <span
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find a
       Doctor</span></h2>
15003                      <div class="boxRow">
15004                          <div class="col-md-6 col-sm-6 boxLeft">
15005                              <div class="boxLeftWrap">
15006                                  <div class="boxLeftTop">
15007                                      <h4>Search By Last Name</h4>
15008                                      <div class="input-group">
15009                                          <!-- 2013.2.717.40 --><span
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
       RadInput RadInput_Default" style="width:100%;"><input
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox"
  ...  name="dnn$ctr435$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
       riEmpty searchInput" value="Search..." type="text" /><input
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
  ...  name="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
       /></span>
15010                                          <div class="input-group-btn">
15011                                              <input type="submit" class="btn
       btn-search" value="Go"
       onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
15012                                          </div>
15013                                      </div>
15014                                  </div>
15015                                  <div class="boxLeftBot">
15016                                      <h4>Browse by Specialty</h4>
15017                                      <div class="selectWrap">
15018                                          <select
  ...  name="dnn$ctr435$View$ucPhysicianInfoGroup$ddlPhyscianSpecialty"
  ...  id="dnn_ctr435_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
       class="physicianSpecialty">
15019          <option value="">Choose a Specialty</option>
15020          <option value="ADPSY">Addiction Psychiatry</option>
15021          <option value="ALLE">Allergy</option>
15022          <option value="ANEST">Anesthesiology</option>
15023          <option value="EP">Cardiac Electrophysiology</option>
15024          <option value="CTS">Cardiothoracic Surgery</option>
15025          <option value="CARD">Cardiovascular Disease</option>
15026          <option value="COLRE">Colon &amp; Rectal Surgery</option>
15027          <option value="CCARE">Critical Care</option>
15028          <option value="DERM">Dermatology</option>
15029          <option value="ECHOD">Echocardiography</option>
15030          <option value="ELECT">Electrodiagnostic Medicine</option>
```

```
15031          <option value="EMERG">Emergency Medicine</option>
15032          <option value="ENDO">Endocrinology</option>
15033          <option value="EPILE">Epilepsy</option>
15034          <option value="EPIPD">Epilepsy-Pediatric</option>
15035          <option value="FP">Family Practice</option>
15036          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…      Surgery</option>
15037          <option value="GAST">Gastroenterology</option>
15038          <option value="GPSYC">Geriatric Psychiatry</option>
15039          <option value="GERI">Geriatrics</option>
15040          <option value="GYONC">Gynecologic Oncology</option>
15041          <option value="GYN">Gynecology</option>
15042          <option value="HANSR">Hand Surgery</option>
15043          <option value="HRTRA">Heart Failure/Transplant Card</option>
15044          <option value="HEMA">Hematology</option>
15045          <option value="HEPA">Hepatology/Liver</option>
15046          <option value="PALLI">Hospice &amp; Palliative Medicine</option>
15047          <option value="IMMU">Immunology</option>
15048          <option value="INF">Infectious Disease</option>
15049          <option value="MEDI">Internal Medicine</option>
15050          <option value="INVCA">Interventional Cardiology</option>
15051          <option value="INVRA">Interventional Radiology</option>
15052          <option value="MATFE">Maternal-Fetal Medicine</option>
15053          <option value="MAXPR">Maxillofacial Prosthodontics</option>
15054          <option value="MAXIL">Maxillofacial Surgery</option>
15055          <option value="METAB">Metabolism</option>
15056          <option value="NEONA">Neonatal-Perinatal Medicine</option>
15057          <option value="RENAL">Nephrology/Renal</option>
15058          <option value="NEURO">Neurology</option>
15059          <option value="NEUMS">Neuromuscular Medicine</option>
15060          <option value="NPHYS">Neurophysiology</option>
15061          <option value="NEURP">Neuropsychology</option>
15062          <option value="NEURA">Neuroradiology</option>
15063          <option value="NREHA">Neurorehabilitation</option>
15064          <option value="NSURG">Neurosurgery</option>
15065          <option value="NEUOT">Neurotology</option>
15066          <option value="NUMED">Nuclear Medicine</option>
15067          <option value="OB">Obstetrics</option>
15068          <option value="ONC">Oncology</option>
15069          <option value="OPHT">Ophthalmology</option>
15070          <option value="OPTOM">Optometry</option>
15071          <option value="ORAL">Oral Surgery</option>
15072          <option value="ODONT">Orthodontics</option>
15073          <option value="ORTH">Orthopedic Surgery</option>
15074          <option value="OTOL">Otolaryngology</option>
15075          <option value="PNMGM">Pain Management</option>
15076          <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
15077          <option value="PLAS">Plastic/Reconstructive Surgery</option>
15078          <option value="PODI">Podiatry</option>
15079          <option value="PSYC">Psychiatry</option>
15080          <option value="PSYCH">Psychology</option>
15081          <option value="PULM">Pulmonology</option>
15082          <option value="RADON">Radiation Oncology</option>
15083          <option value="RAD">Radiology</option>
15084          <option value="REHAB">Rehabilitation/Physiatry</option>
15085          <option value="REPEN">Reproductive Endo/Infertility</option>
15086          <option value="RHEU">Rheumatology</option>
15087          <option value="SLEEP">Sleep Medicine</option>
15088          <option value="SPCRI">Spinal Cord Injury Medicine</option>
15089          <option value="SPRTM">Sports Medicine</option>
15090          <option value="GSURG">Surgery (General)</option>
15091          <option value="SRGCC">Surgical Critical Care</option>
15092          <option value="TRANM">Transplant Medical-Adult</option>
15093          <option value="TRAN">Transplant Surgical-Adult</option>
15094          <option value="TRANM">Transplantation-Medical</option>
15095          <option value="TRAN">Transplantation-Surgical</option>
15096          <option value="UROL">Urology</option>
15097          <option value="VASNU">Vascular Neurology</option>
```

```
15098              <option value="VAS">Vascular Surgery</option>
15099              <option value="VASIR">Vascular/InterventionRadiology</option>
15100              <option value="WOUND">Wound Care</option>
15101
15102      </select>
15103                                      </div>
15104                                  </div>
15105                              </div>
15106                          </div>
15107                      <div class="col-md-6 col-sm-6 boxRight">
15108                          <h4>Browse by Letter</h4>
15109                          <div class="selectWrap visible-xs">
15110                              <select
…    name="dnn$ctr435$View$ucPhysicianInfoGroup$ddlSearchLetter"
…    id="dnn_ctr435_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
…    visible-xs">
15111          <option value="">Choose by letter</option>
15112          <option value="A">A</option>
15113          <option value="B">B</option>
15114          <option value="C">C</option>
15115          <option value="D">D</option>
15116          <option value="E">E</option>
15117          <option value="F">F</option>
15118          <option value="G">G</option>
15119          <option value="H">H</option>
15120          <option value="I">I</option>
15121          <option value="J">J</option>
15122          <option value="K">K</option>
15123          <option value="L">L</option>
15124          <option value="M">M</option>
15125          <option value="N">N</option>
15126          <option value="O">O</option>
15127          <option value="P">P</option>
15128          <option value="Q">Q</option>
15129          <option value="R">R</option>
15130          <option value="S">S</option>
15131          <option value="T">T</option>
15132          <option value="U">U</option>
15133          <option value="V">V</option>
15134          <option value="W">W</option>
15135          <option value="X">X</option>
15136          <option value="Y">Y</option>
15137          <option value="Z">Z</option>
15138
15139      </select>
15140                                  </div>
15141                              <div class="alphabet hidden-xs">
15142                                  <div
…    id="dnn_ctr435_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
15143          <a class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=A">A</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=B">B</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=C">C</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=D">D</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=E">E</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=F">F</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=G">G</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=H">H</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Physicians/Results?qlastname=I">I</a><a
…    class="letter"
```

```
15143…  href="http://www.barnesjewish.org/Physicians/Results?qlastname=J">J</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=K">K</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=L">L</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=M">M</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=N">N</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=O">O</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=P">P</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=Q">Q</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=R">R</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=S">S</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=T">T</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=U">U</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=V">V</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=W">W</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=X">X</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=Y">Y</a><a
    …  class="letter"
    …  href="http://www.barnesjewish.org/Physicians/Results?qlastname=Z">Z</a>
15144       </div>
15145                         </div>
15146                       </div>
15147                   </div>
15148             </div>
15149             <div class="boxmore">
15150                 <a id="dnn_ctr435_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
    …  href="http://www.barnesjewish.org/Physicians">
15151                     More Search Options <span
    …  class="icon-arrow-right-generic"></span>
15152                 </a>
15153             </div>
15154         </div>
15155       </div>
15156     </div>
15157 </div>
15158
15159
15160
15161     <script type="text/javascript">
15162         function btnSearch_OnClientClicking(sender, eventArgs) {
15163             cboName = $find(cboNameID);
15164             cboSpecialty = $find(cboSpecialtyID);
15165             cboInsurance = $find(cboInsuranceID);
15166             cboLanguage = $find(cboLanguageID);
15167             cboGender = $find(cboGenderID);
15168             cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
15169             txtZipCode = $find(txtZipCodeID);
15170
15171             var name = cboName.get_text();
15172             var specialty = cboSpecialty.get_text();
15173             var insurance = cboInsurance.get_text();
15174             var language = cboLanguage.get_text();
15175             var gender = cboGender.get_text();
15176             var locatedWithin = cboDoctorLocatedWithin.get_text();
```

```
15177            var zipCode = txtZipCode.get_value();
15178
15179            if (zipCode != "" && locatedWithin != "") {
15180                PhysicianSearch.geocodingAddress(zipCode, function (results) {
15181                    //console.log(results)
15182                    $(txtHidLatID).val(results[0].geometry.location.lat())
15183                    $(txtHidLngID).val(results[0].geometry.location.lng())
15184                    // Trigger Search
15185                    //eval(btnSearchHandler)
15186                });
15187
15188                eventArgs.set_cancel(true);
15189            }
15190
15191        }
15192
15193        function radPhysicianSearchBox_ClientClicked(sender, e) {
15194            var keyCode = e.get_keyCode();
15195            if (keyCode == 13) // Enter
15196            {
15197                sender.blur();
15198                PhysicianSearch.searchByPhysicianName();
15199            }
15200            return false;
15201        }
15202    </script>
15203
15204
15205 <script type="text/javascript"
 …   src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>
15206 <script type="text/javascript"
 …   src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>
15207
15208 <script type="text/javascript">
15209    var PhysicianSearchBaseUrl = "http://www.barnesjewish.org/Physicians";
15210    var PhysicianSearchResultsBaseUrl =
 …   "http://www.barnesjewish.org/Physicians/Results";
15211    var FacilityFilterPosition = '1';
15212
15213    $(function () {
15214        PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
 …   PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
15215    });
15216 </script>
15217 </div><!-- End_Module_435 --></div>
15218 </div>
15219
15220 <script type="text/javascript">
15221    $(function () {
15222        // For Find a Specialist section
15223        var $findASpecialistContainer = $(".physicianSearchContainer
 …   #findSpecialist");
15224        var $searchButton = $findASpecialistContainer.find(".searchButton");
15225        var $ddlSpecialty = $findASpecialistContainer.find("#ddlSpecialty");
15226        var $ddlLocation = $findASpecialistContainer.find("#ddlLocation");
15227
15228        $searchButton.on("click", function () {
15229            var physicianUrl = "/Physicians/Results?specialties=" +
 …   $ddlSpecialty.val();
15230            var cityVal = $ddlLocation.val().trim();
15231            if (cityVal != "") {
15232                physicianUrl += "&city=" + cityVal;
15233            }
15234
15235            window.location.href = physicianUrl;
15236        });
15237    });
15238 </script></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-587"><a
```

```
15238... name="587"></a>
15239
15240    <div class="healthLibraryContainer">
15241        <div id="dnn_ctr587_ContentPane"><!-- Start_Module_587 --><div
...  id="dnn_ctr587_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
15242        <div id="dnn_ctr587_View_divContainer" class="healthNews">
15243
15244
15245
15246
15247
15248
15249
15250
15251
15252
15253
15254
15255
15256
15257
15258
15259
15260
15261
15262
15263
15264
15265
15266
15267
15268
15269
15270        <div class="healthInfoGroup">
15271
15272
15273    <div class="healthInfoWrap">
15274
15275
15276        <div class="box-heading healthInfoBar visible-xs">
15277            <h4 class="box-title-1">
15278                <a href="#healthInfoPanel">
15279                    <span class="barspan"><span
...  id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
...  Information</span></span>
15280                    <span class="baricon icon-accordion-closed"></span>
15281                </a>
15282            </h4>
15283        </div>
15284        <div id="healthInfoPanel" class="box">
15285            <div class="box-inner">
15286                <h2 class="hidden-xs"><span
...  id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
...  Information</span></h2>
15287                <div class="boxRow">
15288                    <div class="col-md-6 col-sm-6 boxLeft">
15289                        <div class="boxLeftWrap">
15290                            <div class="boxLeftTop">
15291                                <h4><span
...  id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
...  KEYWORD</span></h4>
15292                                <div class="input-group">
15293                                    <span
...  id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
...  RadInput_Default" style="width:100%;"><input
...  id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox"
...  name="dnn$ctr587$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
...  riEmpty form-control searchInput" value="Search..." type="text" /><input
```

Page 460

```
15293    id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState"
         name="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
         /></span>
15294                            <div class="input-group-btn">
15295                                <input type="submit" class="btn btn-search"
         value="Go" onclick="javascript:showHLSearchResult();return false;" />
15296                            </div>
15297                        </div>
15298
15299                        <script type="text/javascript">
15300                            var searchResultBaseUrl =
         'http://www.barnesjewish.org/Health-Library/Search-Results';
15301                        </script>
15302                    </div>
15303                    <div class="boxLeftBot">
15304                        <h4>Browse by Subject</h4>
15305                        <div class="selectWrap">
15306                            <select id="ddlHealthTopic" class="form-control">
15307                                <option value="">Choose a Topic</option>
15308                                <option value="Asthma">Asthma</option>
15309                                <option value="Cancer">Cancer</option>
15310                                <option value="COPD">Chromic Obstructive
         Pulmonary Disease</option>
15311                                <option value="Diabetes">Diabetes</option>
15312                                <option value="Heart">Heart Disease</option>
15313                                <option value="Obesity">Obesity and Bariatric
         Surgery</option>
15314                                <option value="Ortho">Orthopedics</option>
15315                                <option value="Pregnancy">Pregnancy &amp;
         Newborns</option>
15316                            </select>
15317                        </div>
15318                    </div>
15319                </div>
15320            </div>
15321            <div class="col-md-6 col-sm-6 boxRight">
15322                <h4><span
         id="dnn_ctr587_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">BROWSE BY
         LETTER</span></h4>
15323                <div class="selectWrap visible-xs">
15324                    <select id="ddlEncyclopediaAnpha" class="form-control
         visible-xs">
15325                        <option>Choose by Letter</option>
15326                        <option>A</option>
15327                        <option>B</option>
15328                        <option>C</option>
15329                        <option>D</option>
15330                        <option>E</option>
15331                        <option>F</option>
15332                        <option>G</option>
15333                        <option>H</option>
15334                        <option>I</option>
15335                        <option>J</option>
15336                        <option>K</option>
15337                        <option>L</option>
15338                        <option>M</option>
15339                        <option>N</option>
15340                        <option>O</option>
15341                        <option>P</option>
15342                        <option>Q</option>
15343                        <option>R</option>
15344                        <option>S</option>
15345                        <option>T</option>
15346                        <option>U</option>
15347                        <option>V</option>
15348                        <option>W</option>
15349                        <option>X</option>
15350                        <option>Y</option>
```

Page 461

```
15351                         <option>Z</option>
15352                     </select>
15353                 </div>
15354                 <div class="alphabet hidden-xs">
15355                     <div
      id="dnn_ctr587_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
15356             <a class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=A">A</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=B">B</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=C">C</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=D">D</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=E">E</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=F">F</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=G">G</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=H">H</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=I">I</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=J">J</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=K">K</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=L">L</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=M">M</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=N">N</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=O">O</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=P">P</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Q">Q</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=R">R</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=S">S</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=T">T</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=U">U</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=V">V</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=W">W</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=X">X</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Y">Y</a><a
      class="letter"
      href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
15357     </div>
15358                             </div>
15359                         </div>
15360                     </div>
15361             </div>
15362         <div class="boxmore">
15363             <a id="dnn_ctr587_View_ucHealthInfoGroup_lnkHealthLibrary"
      href="http://www.barnesjewish.org/Health-Library">
15364                 Visit The Health Library <span
      class="icon-arrow-right-generic"></span>
```

```
15365                    </a>
15366            </div>
15367        </div>
15368 </div>
15369
15370 <script type="text/javascript">
15371     var GetHealthTopicBaseUrl =
...  'http://www.barnesjewish.org/Health-Library/Get-Health-Topic';
15372     var EncyclopediaBaseUrl =
...  'http://www.barnesjewish.org/Health-Library/Encyclopedia';
15373 </script>
15374        </div>
15375
15376
15377
15378 </div>
15379
15380 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
...  rel="stylesheet" />
15381 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
...  rel="stylesheet" />
15382
15383 <script type="text/javascript"
...  src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
15384 <script type="text/javascript"
...  src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
15385
15386 <script type="text/javascript">
15387     $(function () {
15388         var $container = $('.healthNews');
15389         var $customPageTitle = $("#customPageTitle");
15390
15391         var displayMode = 'HealthInfoGroup';
15392         switch (displayMode) {
15393             case 'ListByTopic':
15394                 $container.find('.rtIn.content').each(function () {
15395                     var title = $(this).attr('title');
15396                     if (typeof title !== 'undefined' && title !== 'undefined') {
15397                         $(this).after('<div class="blurb" style="padding: 0px 0px 0px
...  15px;">' + title + '</div>');
15398                         $(this).attr('title', '');
15399                     }
15400                 });
15401
15402                 $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
15403                 break;
15404
15405             case 'HealthNewsTicker':
15406                 // start the ticker
15407                 var options = {
15408                     titleText: "Health News: <span class='date-string'>" + new
...  Date().format("MM.dd.yyyy") + '</span>',
15409                     displayType: "fade"
15410                 };
15411
15412                 $('#js-news').ticker(options);
15413                 break;
15414
15415             case 'ViewContent':
15416                 var $viewContent = $container.find(".viewContent");
15417                 if ($viewContent.length > 0) {
15418                     var $title = $viewContent.find("#regularTitle");
15419                     if ($title.length > 0) {
15420                         $customPageTitle.append('<h1 class="pageTitle">' +
...  $title.text() + '</h1>');
15421                     }
15422                 }
15423                 break;
```

```
15424                }
15425          });
15426    </script>
15427    </div><!-- End_Module_587 --></div>
15428    </div>
15429    </div></div>
15430                        </div>
15431                        <!-- Right Pane -->
15432                        <div class="col-md-4 col-sm-12">
15433                            <!-- Right Top Pane -->
15434                            <div class="col-md-12 col-sm-6 centersNav">
15435                                <div id="dnn_RightTopPane" class="h_RightTopPane">
15436                                    <div class="DnnModule DnnModule-DNN_HTML DnnModule-417"><a
…      name="417"></a>
15437
15438    <div class="box-group exGroup">
15439        <div class="exWrap">
15440            <div class="box-heading exBar">
15441                <h5 class="hidden-xs">
15442                    <span class="barspan"><span id="dnn_ctr417_TITLE1_titleLabel"
…      class="titleText">Centers of Excellence</span>
15443
15444
15445    </span>
15446                </h5>
15447                <h4 class="box-title visible-xs"><a href="#centersPanel"><span
…      class="barspan">
15448                    <span id="dnn_ctr417_dnnTITLE_titleLabel" class="titleText">Centers
…      of Excellence</span>
15449
15450
15451
15452                    </span><span class="visible-xs baricon
…      icon-accordion-closed"></span></a></h4>
15453            </div>
15454            <div id="centersPanel" class="box">
15455                <div class="boxcontent">
15456                    <div id="dnn_ctr417_ContentPane" class="linkbox_c"><!--
…      Start_Module_417 --><div id="dnn_ctr417_ModuleContent" class="DNNModuleContent
…      ModDNNHTMLC">
15457        <div id="dnn_ctr417_HtmlModule_lblContent" class="Normal">
15458        <ul class="relatedNav">
15459        <li><a href="/Medical-Services/Heart-Vascular">Heart &amp; Vascular</a></li>
15460        <li><a href="/Medical-Services/Neurology-Neurosurgery">Neurology &amp;
…      Neurosurgery</a></li>
15461        <li><a href="/Medical-Services/Orthopedic-Care">Orthopedics</a></li>
15462        <li><a href="/Medical-Services/Cancer-Center">Siteman Cancer Center</a></li>
15463        <li><a
…      href="/Medical-Services/Neurology-Neurosurgery/Spine-and-Spinal-Cord">Spine
…      Center</a></li>
15464        <li><a href="/Medical-Services/Transplant">Transplant</a></li>
15465    </ul>
15466    <a class="btnAllServices" href="/medical-services">Learn More</a>
15467    </div>
15468
15469
15470
15471    <!-- Only show Publish option for Approvers -->
15472
15473    </div><!-- End_Module_417 --></div>
15474                    </div>
15475                </div>
15476            </div>
15477    </div>
15478
15479    </div></div>
15480                        </div>
15481                        <!-- Right Bottom Pane -->
```

Page 464

```
15482                    <div class="col-md-12 col-sm-6 whychooseNav">
15483                        <div id="dnn_LeftBottomPane" class="h_RightTopPane">
15484                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-418"><a
…    name="418"></a>
15485
15486  <div class="box-group exGroup">
15487      <div class="exWrap">
15488          <div class="box-heading exBar">
15489              <h5 class="hidden-xs">
15490                    <span class="barspan"><span id="dnn_ctr418_TITLE1_titleLabel"
…    class="titleText">Why Choose Barnes-Jewish Hospital?</span>
15491
15492
15493  </span>
15494              </h5>
15495          <h4 class="box-title visible-xs"><a href="#centersPanel"><span
…    class="barspan">
15496                    <span id="dnn_ctr418_dnnTITLE_titleLabel" class="titleText">Why
…    Choose Barnes-Jewish Hospital?</span>
15497
15498
15499
15500              </span><span class="visible-xs baricon
…    icon-accordion-closed"></span></a></h4>
15501          </div>
15502          <div id="centersPanel" class="box">
15503              <div class="boxcontent">
15504                    <div id="dnn_ctr418_ContentPane" class="linkbox_c"><!--
…    Start_Module_418 --><div id="dnn_ctr418_ModuleContent" class="DNNModuleContent
…    ModDNNHTMLC">
15505      <div id="dnn_ctr418_HtmlModule_lblContent" class="Normal">
15506      <ul class="relatedNav">
15507      <li><a href="/americas-top-doctors">America&rsquo;s Top Doctors</a></li>
15508      <li><a href="/Careers/Nursing/Magnet-Recognition-Program">Magnet Recognition for
…    Nursing Excellence</a></li>
15509      <li><a href="/About-Us/Awards-Honors">U.S. News Best Hospitals in America
…    Ranking</a></li>
15510      <li><a href="/About-Us/Outcomes-and-Quality-Measures">Outcomes and Quality
…    Measures</a></li>
15511      <li><a href="/newsroom">Latest Technology and Research</a></li>
15512  </ul>
15513  </div>
15514
15515
15516
15517  <!-- Only show Publish option for Approvers -->
15518
15519  </div><!-- End_Module_418 --></div>
15520                    </div>
15521              </div>
15522          </div>
15523  </div>
15524
15525  </div></div>
15526                    </div>
15527                </div>
15528              </div>
15529          </div>
15530      </div>
15531      <!-- News Sticker -->
15532      <div class="row7">
15533          <div class="container">
15534              <div class="row">
15535                  <div class="col-md-12">
15536                    <div id="dnn_BottomPane" class="h_BottomPane">
15537                        <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-1497"><a
…    name="1497"></a>
15538
```

```
15539
15540
15541
15542
15543  <div class="NewsTickerContainer">
15544      <div class="box-group newsGroup">
15545          <div class="newsWrap">
15546              <div class="box-heading newsBar visible-xs">
15547                  <h4 class="box-title"><a href="#newsPanel"><span class="barspan">
15548                      <span id="dnn_ctr1497_dnnTITLE_titleLabel" class="titleText">In
       The News</span>
15549
15550
15551
15552                  </span><span class="baricon icon-accordion-closed"></span></a></h4>
15553              </div>
15554              <div class="box" id="newsPanel">
15555                  <div class="boxcontent">
15556
15557                      <div id="dnn_ctr1497_ContentPane" class="newsticker_c"><!--
       Start_Module_1497 --><div id="dnn_ctr1497_ModuleContent" class="DNNModuleContent
       ModEasyDNNrotatorC">
15558
15559  <script type="text/javascript">jQuery(document).ready(function () {
       jQuery('#newsticker1497').newsticker({'style': 'fade','themeClass': 'BJH
       ','transitionSpeed': '5000','showControls': true,'tickerTitle': 'In The
       News','autoStart': true,pauseOnHover: true});});</script>
15560  <ul id="newsticker1497" class="newsticker" style="display: none;"><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1074/
       Two-Barnes-Jewish-Hospital-Teams-Receive-Top-Awards-For-Quality-Of-Care"
       target="_self">Two Barnes Jewish Hospital Teams Receive Top Awards For Quality Of
       Care</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1073/
       Record-3-Million-Raised-At-Gala-For-Cancer-Research-In-StLouis" target="_self">Record
       $3 million raised at gala for cancer research in St. Louis</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1072/
       Barnes-Jewish-Hospital-and-Washington-University-Open-New-Outpatient-Facility-in-
       South-County" target="_self">Barnes-Jewish Hospital and Washington University open
       new outpatient facility in South County</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1069/
       Pedal-the-Cause-Raises-315-Million-for-Cancer-Research" target="_self">Pedal the
       Cause Raises $3.15 Million for Cancer Research</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/836/
       Washington-University-and-Barnes-Jewish-Liver-Transplant-Program-Celebrates-30-Years"
       target="_self">Washington University and Barnes-Jewish Liver Transplant Program
       Celebrates 30 Years</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/835/
       Washington-University-and-Barnes-Jewish-Heart-Vascular-Center-Reaches-Milestone"
       target="_self">Washington University and Barnes-Jewish Heart & Vascular Center
       Reaches Milestone</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/834/
       Barnes-Jewish-offers-free-flu-shots-to-St-Louis-community-for-12th-year"
       target="_self">Barnes-Jewish offers free flu shots to St. Louis community for 12th
       year</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/833/US
       -News-ranks-Barnes-Jewish-No-1-in-St-Louis-No-1-in-Missouri-on-Honor-Roll-of-"Best-
       Hospitals"" target="_self">U.S. News ranks Barnes-Jewish No. 1 in St. Louis, No. 1 in
       Missouri & on Honor Roll of "Best Hospitals"</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/832/
       Barnes-Jewish-receives-reverification-as-a-Level-1-Trauma-Center"
       target="_self">Barnes-Jewish receives reverification as a Level 1 Trauma
       Center</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/325/
       Barnes-Jewish-Hospital-ranked-among-100-Great-Hospitals-in-America"
       target="_self">Barnes-Jewish Hospital ranked among "100 Great Hospitals in
       America"</a></li><li><a
       href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1071/
       Join-The-Foundation-for-Barnes-Jewish-Hospital-for-Give-STL-Day" target="_self">Join
```

```
15560   The Foundation for Barnes-Jewish Hospital for Give STL Day"></a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/14/
        Record-23-million-raised-at-gala-for-cancer-research-at-the-Siteman-Cancer-Center"
        target="_self">Record $2.3 million raised at gala for cancer research at the Siteman
        Cancer Center</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/114/
        BJC-HealthCare-to-Support-Regional-Mental-Health" target="_self">BJC HealthCare to
        Support Regional Mental Health</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/155/
        Barnes-Jewish-Hospital-Receives-Top-Honors-for-Stroke-Care"
        target="_self">Barnes-Jewish Hospital Receives Top Honors for Stroke
        Care</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/156/
        Barnes-Jewish-Hospital-Certified-as-Level-I-Stroke-Center"
        target="_self">Barnes-Jewish Hospital Certified as Level I Stroke
        Center</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/831/
        Barnes-Jewish-Hospital-Recognized-as-Breastfeeding-Friendly-Employer"
        target="_self">Barnes-Jewish Hospital Recognized as Breastfeeding Friendly
        Employer</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/157/
        Barnes-Jewish-Hospital-Recognized-as-Breastfeeding-Friendly-Employer"
        target="_self">Barnes-Jewish Hospital Recognized as Breastfeeding Friendly
        Employer</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/158/
        Barnes-Jewish-St-Louis-Children's-hospitals-named-among-nation's-best-residency-
        programs" target="_self">Barnes-Jewish, St. Louis Children's hospitals named among
        nation's best residency programs</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/159/
        Barnes-Jewish-among-first-selected-for-American-College-of-Cardiology-Patient-
        Navigator-Program" target="_self">Barnes-Jewish among first selected for American
        College of Cardiology Patient Navigator Program</a></li><li><a
        href="http://www.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/4/
        Community-Grants-Equip-Innovative-Training-Center-for-St-Louis-EMTs"
        target="_self">Community Grants Equip Innovative Training Center for St. Louis
        EMTs</a></li></ul>
15561   </div><!-- End_Module_1497 --></div>
15562
15563
15564                   </div>
15565               </div>
15566           </div>
15567       </div>
15568   </div>
15569   </div></div>
15570                   </div>
15571               </div>
15572           </div>
15573       </div>
15574
15575       <!-- Footer -->
15576
15577   <!-- Footer -->
15578   <!-- Social Media -->
15579   <div class="row11 socialRow">
15580       <div class="container">
15581           <div class="row">
15582               <div class="col-md-12">
15583                   <div class="socialWrapContainer">
15584                       <div class="socialWrap">
15585                           <a target="_blank"
        href="http://www.facebook.com/barnesjewishhospital" class="btn-share fb"></a>
15586                           <a target="_blank" href="http://twitter.com/Barnesjewish"
        class="btn-share twitter"></a>
15587                           <a target="_blank"
        href="https://plus.google.com/+BarnesJewishHospitalStLouis" class="btn-share
        g-plus"></a>
15588                           <a target="_blank"
```

```
15588…    href="https://www.youtube.com/user/BarnesJewishHospital" class="btn-share
  …      youtube"></a>
15589                         </div>
15590                     </div>
15591
15592                 </div>
15593             </div>
15594         </div>
15595    </div>
15596
15597    <!-- Enews Letter -->
15598    <div class="row8 newsletterRow">
15599
15600    <!-- EnewsLetter -->
15601    <div id="dnn_ucFooter_ucEnewsLetter_UpdatePanel1">
15602
15603         <div class="container">
15604             <div class="row">
15605                 <div class="col-md-7 col-sm-6">
15606                     <div class="newsletterL">
15607                         <h4>Sign Up Today for Free e-Newsletters</h4>
15608                         <span class="newsletterTxtSml">Get the latest in medical
  …      technology, research and disease prevention sent to your inbox.</span>
15609                     </div>
15610                 </div>
15611                 <div class="col-md-5 col-sm-6">
15612                     <div class="newsletterR">
15613
15614                             <div class="input-group">
15615                                 <input name="dnn$ucFooter$ucEnewsLetter$txtEmail"
  …      type="text" id="dnn_ucFooter_ucEnewsLetter_txtEmail" class="form-control email-input"
  …      placeholder="Enter Your Email Address" />
15616                                 <div class="input-group-btn">
15617                                     <a id="dnn_ucFooter_ucEnewsLetter_btnSignUp"
  …      class="btn btnSignUp"
  …      href="javascript:__doPostBack(&#39;dnn$ucFooter$ucEnewsLetter$btnSignUp&#39;,&#39;&#
  …      39;)">Sign Up</a>
15618                                 </div>
15619                             </div>
15620
15621
15622
15623                         <a href="/About-Us/E-Newsletter" class="newsletmore">More
  …      Options <span class="icon-arrow-right-generic"></span></a>
15624                     </div>
15625                 </div>
15626             </div>
15627         </div>
15628
15629    </div>
15630
15631    </div>
15632
15633    <!-- Phone -->
15634    <div class="row9 footerRow1">
15635         <div class="container">
15636             <div class="row">
15637
15638
15639             <div class="col-md-6 col-sm-6">
15640                 <div class="appointNum">
15641                     <span>Find a doctor or make an appointment: </span>
15642
15643                     <span class="phone-number">
15644                         <script type="text/JavaScript"
  …      src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script>
15645                     </span>
15646                 </div>
```

```
15647
15648                     <div class="col-md-6 col-sm-6">
15649                         <div class="genInfoNum"><span>General Information: </span><span><a
…     href="tel:3147473000" class="tel">314.747.3000</a></span></div>
15650                     </div>
15651
15652                 </div>
15653             </div>
15654     </div>
15655     <!-- Row 10 Footer 2 -->
15656     <div class="row10 footerRow2">
15657         <div class="container">
15658             <div class="row">
15659                 <div class="box-group footerGroup col-md-2">
15660                     <div class="footerWrap">
15661                         <div class="box-heading footerBar hidden-lg hidden-md">
15662                             <h4 class="box-title"><a href="#fPanel1"><span
…     class="barspan">Patient Care</span><span class="baricon
…     icon-accordion-closed"></span> </a></h4>
15663                         </div>
15664                         <div class="box" id="fPanel1">
15665                             <div class="boxcontent">
15666                                 <ul>
15667                                     <li class="visible-lg visible-md">
15668                                         <h5><a href="/patients-visitors"><span
…     style="color: #ffd200;">Patient Care</span></a></h5>
15669                                     </li>
15670                                     <li><a href="/physicians/">Find a Doctor</a></li>
15671                                     <li><a href="/requestappointment/">Request an
…     Appointment</a></li>
15672                                     <li><a href="/medical-services">Medical
…     Services</a></li>
15673                                     <li><a href="/patients-visitors">Patient &amp;
…     Visitor Information</a></li>
15674                                 </ul>
15675                             </div>
15676                         </div>
15677                     </div>
15678                 </div>
15679                 <div class="box-group footerGroup col-md-2">
15680                     <div class="footerWrap">
15681                         <div class="box-heading footerBar hidden-lg hidden-md">
15682                             <h4 class="box-title"><a href="#fPanel2"><span
…     class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…     </a></h4>
15683                         </div>
15684                         <div class="box" id="fPanel2">
15685                             <div class="boxcontent">
15686                                 <ul>
15687                                     <li class="visible-lg visible-md">
15688                                         <h5><a href="/About-Us"><span style="color:
…     #ffd200;">About Us</span></a></h5>
15689                                     </li>
15690                                     <li><a href="/americas-top-doctors">America's Top
…     Doctors</a></li>
15691                                     <li><a href="/About-Us/Annual-Reports">Annual
…     Reports</a></li>
15692                                     <li><a href="/About-Us/Awards-Honors">Awards &amp;
…     Honors</a></li>
15693                                     <li><a href="/About-Us/Community-Benefit">Community
…     Benefit</a></li>
15694                                     <li><a
…     href="/About-Us/Mission-Vision-Values">Mission, Vision &amp; Values</a></li>
15695                                     <li><a href="/About-Us">More</a></li>
15696                                 </ul>
15697                             </div>
15698                         </div>
15699                     </div>
```

```
15700          </div>
15701          <div class="box-group footerGroup col-md-2">
15702               <div class="footerWrap">
15703                    <div class="box-heading footerBar hidden-lg hidden-md">
15704                         <h4 class="box-title"><a href="#fPanel3"><span
class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
</a></h4>
15705                    </div>
15706                    <div class="box" id="fPanel3">
15707                         <div class="boxcontent">
15708                              <ul>
15709                                   <li class="visible-lg visible-md">
15710                                        <h5><a href="/careers"><span style="color:
#ffd200;">Careers</span></a></h5>
15711                                   </li>
15712                                   <li><a href="https://jobs.bjc.org/jobs?page=1"
target="_blank">Job Search</a></li>
15713                                   <li><a href="/careers/nursing">Nursing</a></li>
15714                                   <li><a href="/careers/allied-health">Allied
Health</a></li>
15715                                   <li><a
href="/Careers/Non-Clinical-Professions">Non-Clinical Careers</a>
15716                                   </li>
15717                                   <li><a href="/careers/benefits">Benefits</a></li>
15718                                   <li><a
href="/careers/working-at-barnes-jewish">Working at Barnes-Jewish</a></li>
15719                                   <li><a href="/careers">More</a></li>
15720                              </ul>
15721                         </div>
15722                    </div>
15723               </div>
15724          </div>
15725          <div class="box-group footerGroup col-md-2">
15726               <div class="footerWrap">
15727                    <div class="box-heading footerBar hidden-lg hidden-md">
15728                         <h4 class="box-title"><a href="#fPanel4"><span
class="barspan">For Professionals</span><span class="baricon
icon-accordion-closed"></span> </a></h4>
15729                    </div>
15730                    <div class="box" id="fPanel4">
15731                         <div class="boxcontent">
15732                              <ul>
15733                                   <li class="visible-lg visible-md">
15734                                        <h5><a href="/for-professionals"><span
style="color: #ffd200;">For Professionals</span></a></h5>
15735                                   </li>
15736                                   <li><a href="/For-Professionals/For-Physicians">For
Physicians</a></li>
15737                                   <li><a href="/For-Professionals/For-Nurses">For
Nurses</a></li>
15738                                   <li><a
href="/For-Professionals/Education-for-Medical-Professionals">Education for
Medical</a></li>
15739                                   <li><a
href="/for-professionals">Professionals</a></li>
15740                                   <li><a
href="/For-Professionals/For-Nurses/Magnet-Recognition-Program">Magnet
Recognition</a></li>
15741                                   <li><a href="/for-professionals">More</a></li>
15742                              </ul>
15743                         </div>
15744                    </div>
15745               </div>
15746          </div>
15747          <div class="box-group footerGroup col-md-2">
15748               <div class="footerWrap">
15749                    <div class="box-heading footerBar hidden-lg hidden-md">
15750                         <h4 class="box-title"><a href="#fPanel5"><span
```

```
15750…  class="barspan">What's New</span><span class="barIcon icon-accordion-closed"></span>
…       </a></h4>
15751                   </div>
15752                   <div class="box" id="fPanel5">
15753                       <div class="boxcontent">
15754                           <ul>
15755                               <li class="visible-lg visible-md">
15756                                   <h5><span style="color: #ffd200;">What's
…       New</span></h5>
15757                               </li>
15758                               <li><a href="/About-Us/Classes-Events">Classes &amp;
…       Events</a></li>
15759                               <li><a
…       href="/About-Us/E-Newsletter">E-Newsletters</a></li>
15760                               <li><a href="/newsroom">Newsroom</a></li>
15761                               <li><a
…       href="/Newsroom/Publications">Publications</a></li>
15762                               <li><a href="/About-Us/Social-Media-Hub"
…       id="HrefFollowUs">Social Media Hub</a></li>
15763                               <li><a href="/Video-Library">Video Library</a></li>
15764                           </ul>
15765                       </div>
15766                   </div>
15767               </div>
15768           </div>
15769       </div>
15770   </div>
15771   </div>
15772   <div class="row12 copyRow">
15773       <div class="container">
15774           <div class="row copyWrap">
15775
15776               <div class="footerLogoWrap">
15777                   <a href="http://wuphysicians.wustl.edu/" target="_blank">
15778                       <img alt="Barnes-Jewish Hospital and Washington University
…       Physicians" src="/Portals/0/Skins/BJH/images/washington-univ.png" style="width:
…       290px"></a>
15779                   </div>
15780
15781
15782
15783
15784               <footer>
15785                   <address>
15786                       One Barnes-Jewish Hospital Plaza<br>
15787                       St. Louis, MO 63110
15788                   </address>
15789                   <small>
15790                       <span class="copyRight">
15791                           <a href='/login?returnUrl=/'>&copy;</a></span>
15792                       <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
…       class="copyRight">Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
…       Reserved.</span>
15793
15794                   </small>
15795               </footer>
15796           </div>
15797       </div>
15798   </div>
15799   <!-- Row 13: Sitemap -->
15800   <div class="row13 sitemapRow">
15801       <div class="container">
15802           <div class="row">
15803               <div class="col-md-12">
15804                   <ul class="sitemapMenu">
15805                       <li><a href="/">Home</a></li>
15806                       <li><a href="/Legal">Legal</a></li>
15807                       <li><a
```

```
15807   href="/Legal/HIPAA-Notice-for-the-Medical-Center">HIPAA</a></li>
15808                      <li><a href="/Sitemaps">Sitemap</a></li>
15809                  </ul>
15810              </div>
15811          </div>
15812      </div>
15813  </div>
15814  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
        Top</span><span class="icon-arrow-back_to_top"></span></a>
15815  </div>
15816
15817  <!--CDF(Css |/Portals/0/Skins/BJH/css/bootstrap.css?cdv=365)-->
15818  <!--CDF(Css |/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=365)-->
15819  <!--CDF(Css |/Portals/0/Skins/BJH/css/all.css?cdv=365)-->
15820  <!--CDF(Css |/Portals/0/Skins/BJH/css/desktop.css?cdv=365)-->
15821  <!--CDF(Css |/Portals/0/Skins/BJH/css/tablet.css?cdv=365)-->
15822  <!--CDF(Css |/Portals/0/Skins/BJH/css/mobile.css?cdv=365)-->
15823  <!--CDF(Css |/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=365)-->
15824  <!--CDF(Css |/Portals/0/Skins/BJH/css/tablesorter.css?cdv=365)-->
15825
15826  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/bootstrap.js?cdv=365)-->
15827  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox.js?cdv=365)-->
15828  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=365)-->
15829  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=365)-->
15830  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/global.js?cdv=365)-->
15831
15832
15833
15834          <input name="ScrollTop" type="hidden" id="ScrollTop" />
15835          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
        autocomplete="off"
        value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`56`,`SearchIconWebUrl`:`url(/
        icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
        DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
15836          <input name="__RequestVerificationToken" type="hidden"
        value="eQNQD057040_mrsPbdibbxeZyh3S8cIiL_-
        U3Hg_tWznQyTBCz9ksfy4NHO8whay3hiUbem6KHTWzDDTHCLrWZZtRGkfVZH3Xfh9nO2BI-
        il5hF7RuBgITwYruo1" /><script src="/Resources/Search/Search.js?cdv=365"
        type="text/javascript"></script>
15837
15838  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
        ></script>
15839  <script type="text/javascript">
15840  //<![CDATA[
15841  ;(function() {
15842                  function loadHandler() {
15843                      var hf = $get('StylesheetManager_TSSM');
15844                      if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
        ''; }
15845                      hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
        Culture=neutral,
        PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
        c73cf106';
15846                      Sys.Application.remove_load(loadHandler);
15847                  };
15848                  Sys.Application.add_load(loadHandler);
15849              })();Sys.Application.add_init(function() {
15850      $create(Telerik.Web.UI.RadTextBox,
        {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
        _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr435$View$
        ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
        0)","_skin":"Default","_validationText":"","clientStateFieldID":"
        dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
        ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
        searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
        searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
        searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
        searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
```

```
15850    searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
   …     searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
   …     {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
   …     $get("dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox"));
15851    });
15852    Sys.Application.add_init(function() {
15853        $create(Telerik.Web.UI.RadTextBox,
   …     {"_displayText":"Search...","_focused":false,"_initialValueAsText":"",
   …     "_postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr587$View$
   …     ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
   …     0)","_skin":"Default","_validationText":"","clientStateFieldID":"
   …     dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
   …     ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
   …     form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
   …     form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
   …     form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
   …     form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
   …     form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
   …     form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
   …     form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
   …     $get("dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox"));
15854    });
15855    //]]>
15856    </script>
15857    </form>
15858
15859
15860    </body>
15861    </html>
15862    **************************************************
15863    The following data is from barnesjewish_org-colon-20160919-page-source.txt
15864    **************************************************
15865
15866    <!DOCTYPE html>
15867    <html class="no-js"  lang="en-US">
15868    <head id="Head"><meta content="width=device-width, initial-scale=1,maximum-scale=1"
   …     name="viewport" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
15869        Colorectal Cancer Risk Assessment | Health Library | Barnes-Jewish Hospital
15870    </title><meta charset="utf-8" /><meta content="text/html; charset=UTF-8"
   …     http-equiv="Content-Type" /><meta content="text/javascript"
   …     http-equiv="Content-Script-Type" /><meta content="text/css"
   …     http-equiv="Content-Style-Type" /><meta id="MetaDescription" name="DESCRIPTION"
   …     content="Colorectal Cancer Risk Assessment" /><meta id="MetaCopyright"
   …     name="COPYRIGHT" content="Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
   …     Reserved." /><meta id="MetaAuthor" name="AUTHOR" content="Barnes-Jewish Hospital"
   …     /><meta name="RESOURCE-TYPE" content="DOCUMENT" /><meta id="DISTRIBUTION"
   …     content="GLOBAL" /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" />
15871        <!--<meta name="REVISIT-AFTER" content="1 DAYS" />-->
15872        <meta name="RATING" content="GENERAL" /><meta http-equiv="PAGE-ENTER"
   …     content="RevealTrans(Duration=0,Transition=1)" /><style id="StylePlaceholder"
   …     type="text/css"></style><link href="/Portals/_default/default.css?cdv=365"
   …     media="all" type="text/css" rel="stylesheet"/><link
   …     href="/DesktopModules/HTML/module.css?cdv=365" media="all" type="text/css"
   …     rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=365"
   …     media="all" type="text/css" rel="stylesheet"/><link
   …     href="/DesktopModules/HealthNewsFeed/module.css?cdv=365" media="all" type="text/css"
   …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/skin.css?cdv=365" media="all"
   …     type="text/css" rel="stylesheet"/><link
   …     href="/Portals/0/Skins/BJH/css/bootstrap.css?cdv=365" media="all" type="text/css"
   …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=365"
   …     media="all" type="text/css" rel="stylesheet"/><link
   …     href="/Portals/0/Skins/BJH/css/all.css?cdv=365" media="all" type="text/css"
   …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/desktop.css?cdv=365"
   …     media="all" type="text/css" rel="stylesheet"/><link
   …     href="/Portals/0/Skins/BJH/css/tablet.css?cdv=365" media="all" type="text/css"
   …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/mobile.css?cdv=365"
   …     media="all" type="text/css" rel="stylesheet"/><link
   …     href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=365" media="all"
```

```
15872  type="text/css" rel="stylesheet"/><link
   …   href="/Portals/0/Skins/BJH/css/tablesorter.css?cdv=365" media="all" type="text/css"
   …   rel="stylesheet"/><link href="/Portals/0/Containers/BJH/container.css?cdv=365"
   …   media="all" type="text/css" rel="stylesheet"/><link
   …   href="/Portals/0/Containers/BJH/Health_Library_Container.css?cdv=365" media="all"
   …   type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=365"
   …   media="all" type="text/css" rel="stylesheet"/><script
   …   src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=365"
   …   type="text/javascript"></script><script
   …   src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=365"
   …   type="text/javascript"></script><script
   …   src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=365"
   …   type="text/javascript"></script>
15873
15874
15875      <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
   …   -->
15876      <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
15877      <!--[if lt IE 9]>
15878        <script
   …   src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
15879        <script
   …   src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
15880      <![endif]-->
15881      <!--[if lt IE 9]>
15882            <script
   …   src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
   …   script>
15883        <![endif]-->
15884
15885      <!-- Place this tag in your head or just before your close body tag./ Follow
   …   Google+ -->
15886      <script src="https://apis.google.com/js/platform.js" async defer></script>
15887
15888      <script type="text/javascript"
   …   src="/portals/0/skins/BJH/js/http.redirect.js?v=1.1.4"></script>
15889      <script type="text/javascript">
15890
15891          var arrHttps = [
15892              "/login", "/login.aspx", "/contact-us", "/requestappointment",
15893              "/cook-your-way-to-a-healthy-heart-cookbook-request",
15894              "/forms/internal-communications-employee-events/2015-employee-calendar",
15895              "/2015-fall-prevention-day-event-registration",
15896
   …   "/2015-transplant-awareness-day-at-the-ballpark-pre-game-rally-registration",
15897              "/4th-annual-rehabilitation-research-day",
15898              "/a-request-for-diversity-news",
15899              "/adult-epilepsy-event-registration",
15900              "/aha-unofficial-satellite-symposium",
15901              "/are-you-a-candidate-for-liver-transplant",
15902              "/atrial-fibrillation-treatment-options",
15903              "/automated-external-defibrillator-aed-group-training",
15904              "/automated-external-defibrillator-aed-request",
15905              "/barnes-jewish-hospital-speakers-bureau-request-form",
15906              "/celebrate-pregnancy-childbirth-motherhood",
15907              "/cme-registration-form",
15908              "/complimentary-innovate-magazine-subscription",
15909              "/concierge-survey",
15910              "/contact-the-msa",
15911              "/facebook-e-news-sign-up",
15912              "/heart-vascular-patient-and-family-advisory-council-application",
15913              "/heart-walk-basket-raffle-sign-up",
15914              "/heart-walk-team-captain-registration",
15915              "/forms/living-donor-transplant/kidney-donor-evaluation-form",
15916              "/kidney-donor-survey",
15917              "/kidney-transplant-professionals",
15918              "/liver-transplant-professionals",
15919              "/lung-transplant-professionals",
```

Page 474

```
15920                "magnetic-resonance-imaging-environment-screening-form-for-individuals",
15921                "/medical-emergency-after-you-call-911",
15922                "/metro-employee-heart-health-events",
15923                "/multidisciplinary-research-conference-2015",
15924                "/national-volunteer-week-recognition-and-awards-luncheon",
15925                "/organ-donation-and-transplantation-documentary-opt-out-request",
15926                "/patients-visitors/parking/parking-survey",
15927                "/poll",
15928                "/publications-app-for-ipad-support",
15929                "/quarterly-cardiology-cme-series",
15930
...    "/register-for-personalized-care-for-cancer-and-female-pelvic-floor-disorders-cme",
15931                "/request-a-chaplain-visit",
15932                "/request-a-prayer",
15933                "/request-for-educational-material",
15934                "/screening-request-form",
15935                "/sign-up-for-cme-email-updates",
15936                "/sponsorship-request",
15937                "/st-louis-college-of-pharmacy-wellaware-fitness-center-application",
15938                "/st-louis-spectacular-cases-in-trauma",
15939                "/support-request-for-email-message-support",
15940                "/tell-us-what-you-think-of-our-new-find-a-doctor",
15941                "/top-advances-in-the-treatment-of-structural-heart-disease",
15942                "/transplant-mentor-program",
15943                "/understanding-and-treating-heart-valve-disease",
15944                "/ventricular-assist-devices-how-to-respond",
15945                "/viral-hepatitis-workshop",
15946                "/volunteer-application",
15947                "/wellaware-fitness-center-application",
15948                "/will-you-still-get-an-annual-mammogram",
15949                "/young-leaders",
15950                "/your-liver-keeping-it-healthy-and-what-to-do-when-its-not",
15951                "/2013-transplant-awareness-night-at-the-ballpark-staff-registration",
15952                "/2014-ems-appreciation-day",
15953                "/employee-service-awards-2012",
15954
...    "/forms/internal-communications-employee-events/employee-service-awards-registration-
...    2011",
15955                "/heart-walk-2013-friends-family-team",
15956                "/icare-leadership-institute-august-2013",
15957                "/icare-leadership-institute-january-2013",
15958                "/mri-screening-questionnaire",
15959                "/forms/neurology-neurosurgery/pain-in-the-neck-nov-7-2013",
15960                "/passport-to-good-health-2012",
15961                "/passport-to-good-health-2013-registration",
15962                "/physician-appreciation-2013",
15963                "/forms/radiology/radiology-home-medication-record",
15964
...    "/forms/-not-csl-specific-polls-web-satisfaction-surveys/send-us-your-feedback",
15965                "/trauma-conference-2014-emt-paramedic-other-both-days",
15966                "/trauma-conference-2014-emt-paramedic-other-may-7th",
15967                "/trauma-conference-2014-emt-paramedic-other-may-8th",
15968                "/trauma-conference-2014-md-phd-pa",
15969                "/trauma-conference-2014-nursing-therapy-social-work-both-days",
15970                "/trauma-conference-2014-nursing-therapy-social-work-may-7th",
15971                "/trauma-conference-2014-nursing-therapy-social-work-may-8th",
15972                "/trends-in-trauma-2014",
15973                "/wellness-zone-2014-save-the-date",
15974
...    "/women-and-infants-conference-2014-registration-for-students-and-bjc-employees",
15975                "/giving/ways-to-give/make-a-gift-now",
15976                "/return-to-find-a-doctor/send-us-your-feedback",
15977                "/patients-visitors/fitness-center/bjc-wellaware-application",
15978
...    "/forms/medical-professionals/geriatric-therapy-addressing-the-changes-and-challenges
...    -of-aging"
15979                ];
15980        </script>
```

```
15981        <script type="text/javascript">
15982            httpRedirect(arrHttps);
15983        </script>
15984
15985
15986        <script type="text/javascript">
15987            var _gaq = _gaq || [];
15988            _gaq.push(['_setAccount', 'UA-11358812-1']);
15989            _gaq.push(['_setDomainName', 'barnesjewish.org']);
15990            _gaq.push(['_trackPageview']);
15991
15992            (function () {
15993                var ga = document.createElement('script'); ga.type = 'text/javascript';
…    ga.async = true;
15994                ga.src = ('https:' == document.location.protocol ? 'https://' :
…    'http://') + 'stats.g.doubleclick.net/dc.js';// do not push this line to staging
15995                var s = document.getElementsByTagName('script')[0];
…    s.parentNode.insertBefore(ga, s);
15996            })();
15997        </script>
15998
15999        <script type="text/javascript">
16000            (function (i, s, o, g, r, a, m) {
16001                i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
16002                    (i[r].q = i[r].q || []).push(arguments)
16003                }, i[r].l = 1 * new Date(); a = s.createElement(o),
16004                    m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
…    m.parentNode.insertBefore(a, m)
16005            })(window, document, 'script', '//www.google-analytics.com/analytics.js',
…    'ga');
16006            ga('create', 'UA-40498930-1', 'barnesjewish.org');
16007            ga('send', 'pageview');
16008        </script>
16009
16010
16011        <noscript>
16012            <iframe src="//www.googletagmanager.com/ns.html?id=GTM-MJC2RF"
16013                    height="0" width="0" style="display:none;visibility:hidden"></iframe>
16014        </noscript>
16015        <script>
16016 (function (w, d, s, l, i) {
16017     w[l] = w[l] || []; w[l].push({
16018         'gtm.start':
16019             new Date().getTime(), event: 'gtm.js'
16020     }); var f = d.getElementsByTagName(s)[0],
16021         j = d.createElement(s), dl = l != 'dataLayer' ? '&l=' + l : ''; j.async =
…    true; j.src =
16022         '//www.googletagmanager.com/gtm.js?id=' + i + dl;
…    f.parentNode.insertBefore(j, f);
16023 })(window, document, 'script', 'dataLayer', 'GTM-MJC2RF');</script>
16024        <!-- End Google Tag Manager -->
16025 <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico' type='image/x-icon' /></head>
16026 <body id="Body">
16027        <!-- Facebook -->
16028        <div id="fb-root"></div>
16029 <script>(function (d, s, id) {
16030 var js, fjs = d.getElementsByTagName(s)[0];
16031 if (d.getElementById(id)) return;
16032 js = d.createElement(s); js.id = id;
16033 js.src =
…    "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
16034     fjs.parentNode.insertBefore(js, fjs);
16035 }(document, 'script', 'facebook-jssdk'));</script>
16036
16037        <form method="post"
…    action="/Health-Library/View-Content?contentTypeId=42&amp;contentId=
…    ColorectalCancerRisk" id="Form" enctype="multipart/form-data">
16038 <div class="aspNetHidden">
```

Page 476

16039 `<input type="hidden" name="StyleSheetManager_TSSM" id="StyleSheetManager_TSSM" value="" />`

16040 `<input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />`

16041 `<input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />`

16042 `<input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />`

16043 `<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"`
value="kvkieivClbw56QeP+PhUPM3naekC8tP68F9JF7SHdwsbPX7+J5xJtp/+C0rFanT9G8X8jWn1/
xc0aJ1tudQ/OnSXyQoFdLG7db45DSHfOpZakA0JGjJNJbXFv/zM47729TPlH/
Vd3e9pW7AaGDzytZCOEUmMyuwnWOfiZrWnf0e+
pLsAXr3LqA3Pm6nMiiYyHefnhM2k11qGB8bksjdCpqg78P8mKSbOOtwrtNLKBmJAyE29iZCLy9c4OLR3b7rjN
NhfWisCrZ7sE6CesJv3NjBd0GYHdkK9tKJKxdwFAOUAtRTE1NHU2TJ2IC6lEaoTzC84l2zXfUtsbq5IFVAmX1G
8cxpalzxJAtpbuKumJq6rDg1AJK1xeyeJa4IokRv9QQ3BFvwAVNi0QODMDwB7OMz7tbU38c+StKW0+
thrcntCIk3R0ThcmvPTT6/3IItubzGCSfexUJ9lh3FfELFgRUNuifu/
bdkH720mbvkCYUa5ozXbRqfAN0yP4xKpGbMzjy/qBCzg35ql7ltg5dBDn8oHSZP6WYOWm8eFgN5xV9aqm/
kWarM7m8Fnnh7gNE3uLBPMHpEfbBuJNrnpVZVyqyQJXPDZBqa4/
YoRX2lOyLwVhEKO04irYM8z3aHlETe7oPqCZmPVT9xGZnaB43UxDhrQnMnhIuTf3OCzv3S2ujrTt10H7aNeOa
YyCXBDdWpXdNqyjKTVjquqaBeTjeuNpJSlYpYFskPcfmYcP/FaRK4Cpiqwdj09V7GviABl07d9VKf5udyptK+
t3OS7oUCFGn2qy8sGz2j5j3jSHUFEmYCM7XVGqn6I2XDuIUHRoYAWbe00GHB0Ur+8uk+
WFR2UIdRHXexX7o0BNwS1pYJiuewXsh1Z4gWBCh+zALR1Lu5kCccG9S2XILKbgJiDdY2e3EH95bx08qYi2GmAJu
dZ0jCplZXV/YGRyvpzNSj4Hr46Zlu8QZM67bsvPpz53+
Wq5Bb3dUjQyUUzmZuKGG18Zv5pQ7xanPoxxt07uBljFT8uq3RAIMoXOzp8MZEEXExgzTKNBLRzbtRtC+
hVgPs0KuBGu8w9KO6gyTRfMgXXHRGhpIISbOZync7eq74l8X22nQdPV1ETtUu+hbffSqWiJgoe0qXa7rV+
RD8AEMYGGcAZSlYgMIFKqHysY/agSYR1JtTxD/Bv610iUNB/7wGe8N50e8bPa+
Fg6QrNeLUmOhqJleZzcCVmpMYK4SnLv9eu1zSXNGm26Qqgw7ijxlKaZr9L7etERzl871ZZp48YaDvuCBGcUsg
RZXBrrWe55xpu83kI9H7qfqCE9pjsBomaahSKY1//j+wwoWktjpOsuC90ICq/
y94yXrCC6gaiaazvIGVyZ0bhqT/LZDS8DTycfoNs03ssEt1pi4717FZnyKebZ8WKOOX98m4nQONq/
K3AZGjAlNqVIqbosFdhiJVwLFQC7XDAcHu4nFrvILBJzqhI7Q8EuGsPhu9HUEFgGYda13HCpk3UJlrd3aOm4z
qu68Ks0jy7dTe/p7UD/LTxZd9mlJtL79G49ufzW+sbgxM5ux0BEq+
RIeSAcZZ62JPYFokudo05UFUAK9XhJ3pyZB2qRY2fxfWHG+Lh1WvSNuhXvY9x++1/+
RtVlbHaJYakhz1ZLaKALc9Ydqm34PCMXOZl8rAVqwjx3Hf7Fn2HB3W82MszfU4w8i6A5qGWMvbgPLxaIB7Lt4
odDI2oOsh9GGDnZ4bOatfe6Gzh8rZkjijx3FYpY9B6bXHsnyLpt9Yca7IVyEh+
UPYC88dudwV7rwke6Noj7b0FG7ZFUPRO1a+Tm7c8z2RLW7FaC96VXTY8MesszRLQLWz+
imalIg94AlIG2Nk3JGlvdHMUKZ/UBGiIw2m2ex/PJJeQtEl+eOfbf+
oqKpAfDsUuhFnGkuhxbZOavkofhor9wiLZuCKCF0JUOfRax33U1xisQrC2d/3kganKkYDNOU8E5m+
L62WqKllfZEMDloxvU/JE0VkM6cNi6jyu3PoPffN2izTNN9Mcrw6XxBYpL+
XVWz7C9qHNqqxMrrTslwLuVlRdGju8EQhRNtDxdqPEsYJ2IDMg7exkQ9+
7A0W2P8MoouWxChu90a1EetSOAfC5yLAYK1421qy9/B90GLyYbMz+
caTsAi93NdF6Z9k4nYytJCDiPEhSv40YgJSAapwoDlC+HxytDLJoHp7wrxBx+O7ttwkygPdGhT7qxV1+
b3mtiZuTWYbIwir0NkRg9fsXxpPBjSvMBm1SWEZuxrWE4eddqnn50Kixdcz9eXo4vJRQ1s61C9sFK1Tso+
VRHm9RLPldj6iAM0eJ5oUhIfePec8nG3thiFS6ERo2C9DfIfWww/ratBdpWk5h3Ift5LT5RWvbprV+
xEUls93lCNFKgvl6rO9yUac9ltk+aDvMq2cxZ/lp11z6X5IuXpBLilnTRO9dFmEgsw/vFP3wYGj/+
Lr28WBR5Uwrq0uFBWkfKV5M7yB9tB24qdMu887dDe9SbYDG12BPq0fH72a6NTeOQ1k1VmdDnSjnOTGu8j/
OJtsFLzKIWg80I1SNv2HDrrXjNJ8t0L0sZA9zJnr5knNZQ6+VgbNbzolHGoF9NFYydllVkSFr8OjQ+
UNTLXEpbxscZ2UuBuc1hoASb8XpdBxqJleGhadxgz3L8zBEu/E0HW/g+
jTKKxvgkVOqSnfqBZcO1RBRmMDGEuB2Ns6V4ajMpEj6yW3cq4/
XhsiF7c1984pnDjcafpuCZnYtXCWef9PQyFfql1zDppd+ZFhqBHp1Tz6csNHsWlQEn9Bli5j8+
C4hW68g65NjNoKemilOZPa0Igx0xNEru+FYGi7X1fXm/
SUucOqtGuRejTqBCoJ6UyrIN3eQNYof7t7jpom8LL468Ki7zrRtBy/9IOnDVTMigK5WF+ACBIqpQ3/
WNFtwURjf5xhMMXQoUa/b+tgVDa9ManmpLFtPBV7JsBbdbDBg0N/
PgFI8xjbEDHsrVlVZBkJEDtdhelPlHZB63g0QXgEwrgePk399/
MM0kk8RgR9l2bctIejTlfFvw6BY91r608eKlCZG9W6lH4RdTg+Sk3/iqdi7eP/LsUpv815WDA/
KvX1kfUGqW4k2Jik4uG4/vaTHeIsN9bNPPYSAmd5U5dwS6r9kWSq49XjVG/
LAlqJip01kYteRwhdjMHl9Hwv2rxbwQbEHZkD5vj+s0L3aGVcfSVyeCuRXTVeYNj5dVpHaoTbKK87M+
H0LnlamiJ2RFRelhxaxdxI9pUX5gSvtOeMOKbfGUcortDnMEGYCOeAvn2EH46fvz7ZOZ8roGXfhSrpG3Nir6g
5kYCcFKR810OL6jukR1fx0O/
hRCOfBcGvojb6wojuVZyzLLfpgo4ZHNk9ccqR5Zx9WlrS87UsX7BMEcltGUbzeNJmvBhlBkls6ZfzikocFgVx
jwC69lKPqhuuqJP5xss8CLK6vKuMLFNmfWAbTqPDoidkR+jwiS9s50T9qt+
rcuYM37UPipgZ8IFXXxBrbhfj11DOkvQsyk4cC0/THve8kqcY9EKLZeyyg2QxAd6sjpO5qucHWg6ZG26kl/
qap6eBtCKRIgukTsGmpp1uNIN92RnWvAWKub3PFx8SdUJ7w3oYig10UKuibVCCaLlcX5hiuOsOUyW9kGZGm5F
c4wFxkfyh5V3UJdhmy82rx59+dUkLCkQtlQtJh5YGfVVjJQWusEkd/cz/
evnIo4YjrZmMr2AxRoItDhvjXW2JU+
PKZO7MQzfYUefPpAjBjCHI6ydw5LHYSp3b3NRWNZUJeHHHL64ZzXwrmoRYgMVYQeJHPN2w5G7kG9cbU20YQgo
glttc4CIrqJXOR8h9VnuZLJ60kj3AmkW8Tb2pdyiZAUSef6TJL1vOAJ71Dn2ZqnEbFCGBVXRv1Dl8f2jZVaFZ
wia3NmNsyO02STgFaSNhmsKeVHeyL+rS++YUcTTOEXuPPb8BJPKn/
pIwTRsAHfhXWkOFbv5WtakGxyt8SNztpMvxq3FwIXFKi8qFzXTpxp4o15FEgY1JjvfnlXe/9uS0TViicD+
7cnXSJFgXzoeXxbQfgKEga6FqY6Mb9FvtYf9NtyM1FIQ4Bdzk+HcocAP4whur1/14ODDa1F/aa5fqrFlcERx5
+4B8PMmRoGET6DdMMZrIxu5Hvyixuo0xxpJhCCTkEAl4KFsJ4U2Oa6UuyJ0z5KptF3fOpzFVv/
rTfmkprbqfmlJN4sSbC5qul1L4XkhrOPQZ01EDVGxr/O5FJu8yP8oz9moawUIlqgl6o53G4eF4IfDMfaYyyhl

+PVprtd8TRbTGkSiKTz9TD7GnO21I189VTMV/MuuuncZj9GqMdEV00cowy3HHMc99GxxEbP0BW/govMc+UMKpfj
+Tpd01fVMqeRgyA2z9vw28W69DQvfnnItVU0lJDKGqvv381h2CZVWJxl+HisBU1wSzHHk/Pw6RotbEO8ZPTm/
PJaj2CBuojsN4DrikEBqqvnZGMBKToryKFNB8ADMYn0SZKXHV1ebXhqXJeDOzSy4OwIxFIQKrc7boE9h1XJgV
oq54r2Blq7+84R5Fi+KOAWC8km74R0hyEpoGbrJR/ym0hZvageb4i7tfOSdd8xM436stk3Gv8XYb/
xhNJKteOfg+D+JN4wo4My3d8sLAI1a0RE468FVvlQqXT2QPtzZ7z054Q52pVQMXY1C4/
URlFUIGbtex2WMkY2hSDLSn+ydGKTDY7piF7IQVg17i4lypiNivFsb6lEwXdm5oFDv+FFHeEijSdXh3zh+
UfSR5WwHIa76vplnGm9cfXLmBoDKSj9FdHM+QGc8L0xdfeeirz0xrwJudwZj9ypB1zIR8izsDCRKcx+
QeOZfOAqeg8nlafpQ4rLNmX0DAVhFwDzoyMnBYKSsWQRJllgktcSZU4Pli1NPThu75MZtw6SzJy2XHw1mYKb2
sMAAJ2mnuIuLb4DaDtLl9H7eGJLpN/mNs6BDp/illd4qxAlA9/71/mh3Dr99XUv2HLT3IrXaGCGvTpxAuc/
ub7K+7QhB23jRtHwK50iDPuoAcVwlOCY+7+st+PS2WRlblAefDgrRSNQCO8071iD+dkLbsTw+6mJiFT/tu/
ttJ/vKPxPAKu+o01U4lFjmLrkrLXSzmd7WKtl/
kV0rzygItBiuVySjS0ltm1sCidddavONUNGy2Vsh5h7C78XpqnIBmQsIrBt9zYAmwsY77axmAXy6U0ZpxHZq6
0Odiat5hEW2eJWC5h/vvgCH2o8uqjv2wTmF3ereZOt/
RrPAh3HxfV7bQM7KDn0GugbiI0jWuHUqDBdpT7Z8f5mw/X99FpyNGNkg32cgZYCO5q4m2ABgCYgZ+
Lfw1dhbQ4oLSz5ljvGCwSf+cnpau1242/2F+t/dgbAloE+kx+Xc42/qz3K8Z2SIfPf8EAj+X5EVYH9EqUwsTI
/ZVow6Z48nit2ZuW0tg67m+Ttdz8crbt++ju2rkYwvrvp34saDbUnYctdnOONasrp/
YRZ4mNMBW91WQMrTdh1780jCK9JUQpv93LBxw+3cfOK2e152MRvw7vft+rdB19G+X8r55aFN2v8deCt+
AP2lU0WuyhEeyJ/2OFoAzZrtYaFMySWAe0DoMmK4Id1KHXJaWmrifBd4tEXYGwbBKxKt2egJUvXxXEfC1gWex
+na3JfvrQIxj4hwk+03MYW675v1DgJZQmsuHL4DFHvqe0qtAf8xVSTwi7zHo3kltuB+
v02x1HHslzJ8MCx0PQJBKxngRZ5U9Z3MgiE6JEyjYtP/Su5MgbctTFTDf4IUO3z3qS9zK7Olb4Y+
XH3RgqyrLkNKHajqQOTVU2xIh475gJ2LSQwiEkemjVVuK7FEfhlY+ee/vE+
vPGNlFcqPgQVoei6VPdqlUUYm2OO4M0+
FyknFv5tQBghsKO5CofFunHbWpXp90bqn1O27yxooiKifXO5VtpIeD5Rad4Nel7aRLcoy7OEZZ/
xxkyurNg5RxgGIzHJtNIR9ugY8bP2OzuP/HSMnC9Qak9j7nhD1lmLenVk/
sVihcqkFd3Gp4V73q6GtTebGba2OiE5sZY6xUTayhigKvhXbTpDHzEuVrIVqvKUNrCq8wZHnU9geXkfDOg1gS
wf/R/jn0aw2pMXcqhxrctTmQLRgY+BF8eNsW/UKE/
aDMEQljDNTEyRiafbcR2kcoLpyowadnoZEzUryHIc1Ysrf6ZCwlPEn/
XSrc0mqGIm9c3jxasmx92LTNUH1LwoBRsPMKzn4aA9f4z71xcryhxfkw8hMVJj+
PkdMRG8uFG6ayuA117Qmu0Vkpawg5YF8G6V834yfBR/Q6TI9aph3h55R9ZicwanFIVAr3gbVAdxx2uK0I/
yPHU8ZC6XHCC4QeMS9TAAR7bzkAGpuaZMNr1UH5yBDd7mMEzkIk2IbZGx31hJlwEtqEWmwXXAF41lCYFjpwKw
nHco9Fj0wCNE5CHPMVZDEN8JvwtvV9qh6A8HYw3IzNoW54tXDP64eGqrYXQQQSEGO+FPc9+
k5relUdmO1IuvNeJkcprK1vXoTT7UCVy3HJ0o3x058PyIAHr7dlbiZtOBI1YFDZoUqiPeMc9Vdri0zhkYKJZN
E0tOf2aXaoi3Hm67KD8ga7yv8vV4iceNykUtQTukGDnaKS4fi9jHszVkFi6DtwE2GidQeN76qWWejiwlXngP/
dqOjHfyP7bx4HzQ30ZbCnQtZ18vz80fv4JIneqtXdHNE7HtFaRJ6xkp3nmHGFLEanSs6ick/aGbvfnk+
HgoSP5N4MsnpiRNVdyoL6PK8pTH87BjAfwtkYF+
QYsnUM4NK5P560BHDQuAXKzRMML4WJqrIYCuNKieA0HxYkgfcZNZl2awDmiVJ6h6+
YPbCgINYF1qeYaTyXayeEdPplExkHkaXNd+YonwFIITmjOp7KfkH1mPuItoj16vi/Hd/8xxhkWV/
gQw88nrzsN3hKBArqIVmQXof0YNmAhHyoBLUwp3fcVNwIRWK/5qFOVRZTVTHtywWMuT1xt+rN/lWBLRCOR+
wApMv45lrfRmHjimOs9IVIIExUyntx6ZrjB9N0DZ4e+PLzga8suGR2jZRPsm7t+
6XVc0esPyad6MkDaONVoVFe/a6M/
0q07qDzdrTu4CKgMHTMuyhg3E8jAjFxWgVQDOQ9iZvPjvS2OgXUzbJ2dhowwrEFTJwT2fwnYoFOCFlrl2Sl7K
3qqMsoEM99v2MTOkq+OFVZd+PD8iZwL7JitPoDq6PIS0JlWX5uPLMhQviq9YiLKbhruZzBUofBJkcGEy/
piVANewJf4LbLPhbbtL17ILoNq1Pz9pprZ8+bJ6BIWqA7qjWqUFY+
sfK8kfMQXFBuo0aWieq88NI9ti3nqz80T3IbtpBlbCWZneeX9EHEFIEG89Sfd9mO8fesL0Er8nJSaiA5PPkQI
NEtGe+0Nzsc1cqR+
m7zxfdA2XSAkdNQ0PEeSsOS9o4XkLDckHfZMwuG4znt4gd4b7vJ29qqyIvYevMzKM3Lwxs6Or2KsHBjXGm+
83lXKbWkicf0lzLHRU5pnDcrQ//9hcPy/7K+hzr1EZAfiBlhSXc3RdO/
dQEKlVRSLl0hUazygBgZb4NvUztQeINbS0NfTrBLeC4Uk3wSOZPRdpsSwSQ/yYyr0P5hNaSX7tMdCnQvG1/
uyL+WcIa3cZBjEL+9EddeKZ71SVz+kHg6Vn4DZgTShsRhLUhZfgC/
mGXZXqtHORjhdG4AWC8ay8j5jNcItJ6prCZbjNVq3jZol0UJRB1IFDf3Zosu9jSVM0xtFPe0KPJxxyaPwCEtY
WquQt9TWZTLc11UJN9YarYIv3C9sntDhoK8RhWElhwhV3ne0WoZ993UI5FrvpKEtdtUgWRRfGbOhCsN58PzUl
Wp2YIgtg0CqmnwPItCGPiL00kPflxKOn7OitKfr8zdh9yyc5T2JS4w1TW5vpfXtG5cp7Uz8QTPze/
ZLesN8i60EZClUcLWABW9BjVUskhZ8NZReLE+WjvSBXDUOFSp4yQUTv/KtMcbOJ//eZd7fgYoO9Pl/
GLmyy9G9ExOobHI8YRfUgoDTds77TE8zLSekD6R817E5z2S2j39AYzvEU3Kb9Xdg2c24W04Rwi3ir9ethpJ
I/Rz0230GYy48J/
33So812ZP5y0etmKfhRkbDpaXqXHstCbvp19vXqHfgUOoze0OSiiSWJbhdtp1MItYIF0BYrX/
OLDPWOeBVEcL8rzk7q7/+vpIPM5mu8sWu5br0CKOGKYWjlqYQPIZCFIB2igTtulxqrpeEUcBLm+
TL4dVMEV4CTvdWYJ3KsFv5MBdlrxDQxcbS+jR+8MWinkxWyJv1dB7ftxY+8V2C5DvcafI4xuD8X+Y/
gd8o7NvPlmsZLaFG2PfBGBiTUyNfMPjCZSnZqUzncGk+NTHVGH5I1G67WVxar1XBBnfp3z/FMSwTdbBSfp+
23QqueNqBvRdC/iuBOeT+dgg/1xttbRQhFTYmUEe3Q7S3qjg1IBWH6+
sg980uwmW4mD0GHbJ4IMt5bW9JRbcGrkxEXtgTU4niaxhF+
Vp5KaKht5fPkoBFX3m4pL1yeWMXF75ct2fscoZ48A+hz/nImtnAff8UG3RiSFWsCIq80uN0VS/
1I5CEiDjzdicF8gubaA3MylKcCYv6Im4ICmpRXDp3ASiIpv4kWYU/

16043... ZNNCa8rcYRJRpQeH9Nr/f2nMmt82AlAEaKDdf2vM4vvv9o0snSBg13seQaNEBovpNexoNkD8T0CnTnLULyC+
...  MvX7zKJSpVxXOJk4f2/9LPU6RCQMZC3iGbGH27Twrm60KSIoHgkku/mxCq6d2/
...  xDk9qAZ1hvuMapJ8yOcqGbPlfsK4op2uXsEcwT03Smf65n3jgj1YMGb/fg/AQLF7eckhAQsbgKU/
...  C9wUjb76IipqVEs+
...  m7WV0fJrDxNkaVymjmell0K5Vizo7Q9CxWiE31Fvr8lRqJCpDCqqtHTWHe1OliYkS9fLHmEcpV039EKAAKwr7
...  0ny+5e6C/LdIPOhTHySw+SsWQZkAh9dB+auqeV6mErCBa84jgCiGmqFFEFb197fz8IVVyWGUnt6BZArzGeBdE
...  +c3a4eX5ogDbtgXBOdFQSbExPPA4qx+O7wCAtrZTU631Jn2eKKXlry6TR855W+
...  zzPOgBYFf0CdSmcWmLMWNtTPw0EKqF7sT5t49zL4ZPQptUZsS0j1apC427VQKkjDB2kNIaGT7+
...  04NXdYIgXNOVZWvO67UJ81vblJl1g5Oe86Bwz3u6H9TGZjneZPqW2FSBCfCZyNaxRu3nnTtQz+6yjTAi+76/
...  5n7q5kQs4+sFI55VdVQmxzSEbYKafN4974ae+OEefIZMRG2Lr+JUTei+
...  tQvUvhj3EG1QSBfx5dNBObzRBNiBzemaARZ2DxfNjjPKmAYF+V235MnE9mMi6xHilEtS/cX/w/iPFuBCICVfX
...  /INDlUyAtoeYHwkBVOLa7kO2ed3lOzWg+
...  JC0KmjnamZcpm3mq6eFmGxQKsE4GiRBISHJLqc2TgbjXoJ4jL92rK0pLnABPDi2ybN06yFAPqYwXXBK94rzIC
...  XYbwebT1tziG7/8RSHNsjGGQIxViZ/sfzd99MzDXY/uhgvKs8L5LP2UgfoPCzTpzsiNWf+
...  07TP1NxeQI9mA0RAtxg47dWONBaiQxpokUbp9STJp7fDUTupm7fQqpAc0a27SJmvVY0tGFNGdJno4sJTv9An5
...  t9WLU2c2gScGe/DcyTyNJnsFgJ/kClaRU7LliqHiipYBXoJu9fYhkwOOCY2H/gkdJ8UKULil27XMeAakpy+/
...  r5PlgaRCnvGi52X7Udsp3FL3L/k95CdI18K8TuDrS8HCuPJYuPLwSDzUWR0xzZ3M0Z6/mRcPFTfTnWtuj/
...  FrbSR+HOVJYAmAdS3Li5tLNvm5MmxuNOHHMyKSm++fSX7Ona1+dDk+I4YuhSqrg/Rqq1r++KCIpTc+
...  wyd2wycB+QfLIb3SSwua/Kw3Aq6gV+1rv+508R+b4I4gEOLVBYMQDjnQTmvscQvOQ47mtPS1P+
...  ZnHJtrE66YzZHqD/vJrdg4VtA6UzNZHrCLi0H/dxkBopNzWclS/t+
...  20Gqba1MQxIZhG72bwePLzZaVMSX9QyGP12J7TOOu/GrZkKVcfXP8kc/
...  vW5JNCDWlLuKdsLz2h8SeHPXAeX6Cp+6LWIRYBQvEJuXiZODZCS6Vu4URr1jKudFx+
...  mgkkQjjlaJMfk2nm8hCKmrqmJA7kWPR9iZnh0CovyfmADyXyInYTIonXDzDRlGn4JducPTy85XOOpzTH+
...  h3241gGfPrqmkUe28LBUlhT4S7zF7X0RzMbxWq5V98f1fNUXydtgwAXWzDTREFAnJSbzC04i7X4Bd2+
...  UhXNZLUOhARnBombVdVjd0wugROcvgqHxlUuDGVuB7BswzJIoW9QSWusIgz8WJHh5vmMUZc1OAi82VvMezhpo
...  PsKeoCsGlmmZVssSa+up3MkDyxxsE+w2SqsVkKF9MhQyW7zc/375NkkTZNcMwqaH4CtMTAXpLe2+5S/
...  dfMruVfb6axOPPnHc7NBcQGIvyJoLMcaaIxZtYiFQ0gDHSrtYkTmoIfe12VzVV+m5i8BFkqUOCMndY63GD/
...  tE6mEdUzvzo7oXzc5zK0jvKU7hVv63WTW7cmEOKd4kW+CycOghhe5648KVJwsBfYYjCj2SVgfVVrPinSfM+
...  QgLhXBobgFifaZxu8RNzVL00YI1BEeLrQDMVCHdOsmkrOi28pkpz2SwDhYy+Tx5uIF/lZC28ZCkWjOS+ZF+
...  IdDf26GbGFJrD+57d6ii8pHWOpLwFqvDL6pn8K+
...  jlWcuK45cIzfpyAk483dyucH785FCgbwO43jOvIUXQHER78Nlpdr3zaiSyq6QLlXO9FIlBEZTzVqyaVcPHjdd
...  yzJKpf1Gd2cTse+Ek91PKRwCryPFpWZfBcnKIa+z9MYWasbU3DJH+z3pIc4dvXE43wLF+/
...  iUu4vvNvWkXaOGd5iFSgMBxLBLm8DtMrp2f8ih/
...  50YKjKNdEPvnPwS84h1raYF961sLOYuwtaD7fwLSZO9Ar3Mb6f5cqb1Q+HOQbqUH/+
...  72fIjuMqaRWig8XqDal0pVX7NAUgBNVWjofjtaEfG7GNLPW44HWphQbpmdR/
...  4vIRk8n0CRUMlkpGhuoRGOSFcwnWTg6pxyQzI4Yspc8ivpYSiN/zG/SeIoTfMx2a8s1mTD/
...  h6Zpx90hKwFnPCc/maU/yycxdWtTjdUq7n85ziYpDv3KPCzyLf2iveCPZpBr7jPn2ZKDt1Kr8dxzO/
...  t1xUDVXV9TLuHM1FuHwyuJuXcljpRZnaIQbbp9vqw2oRp1Swjh1D/
...  1jZpz6dt6jeZMzH5UhkHgJr2bQ59EXNpIeZ2gfn8ZAlCrZg+
...  OLTgyqeHL9SUyZwrQpmGbWOTIIERYa3s0lVker5btDSVss+0+A65ibaY4CmDhIX9c8DjeC0/
...  zv8PEOECagmjbHkItShZvndPMKc1xYQDkBoOinu3E8Qxpw+FGnAxC9ao5b5rbNb+
...  AeFkeLM0I8s7GP1S49PeiWUNYY632Wx6fCPcAM3fKNtFaqbiJb0cOHilw/PCWBdBPgx2BQqs/
...  80ecHlHgZo9oB19n/C1wbGnmwNEMP071oHxHhv/3o+l0fNK0TSe8lXmWQFn+XVOf0h4FSAU4kwNvz7O3M7+
...  mylIARERJ/mwy81Lq+yCXhdKn9sqWmWdaKCtoKDb40BqgpT3dqGZE+
...  BhSwPtVmwy6tEqoNDavEMXxD6a0Wa7G60AI8kzUmtWH8el8Vzonl/ylbXDBxy//
...  ES4YZCJdaZLfs6bZPq2MGeAic0TDrUQGTQhNs1JE9vMhAa6uXNvIuYmWaGWC7Vwzu1IdiLIlkmKKHCJQUskGP
...  Hh1UQDr+htgSHa+uPx22XfS0fJZPGGkvNHC6os+xl7yg44cTRsD+NM54qX96H8F52VMWFJPd60kmHobSyJ/
...  1wZKAVBDaeEN7c7XuLSSa5EDY0tdTdu7pdEHxKy6Jty79JW16rHQ7xQx8k9V6fqHX9z+SFbxPk2ldSJ5piVnf
...  /ImzfZKCqTgjBwjh5nJUqa9hm63QDKGBded8m4Di2pmK7/prnRV+mC46+tUJYW2u21G6s8o0Kur9N69IfV+
...  6q5/GqK0atnsfVJcc7+
...  IDRpR0MtH7YEXTG5onBzAUyBUsAbg65cPpqGsKyQFm7Anx13p3g140Q8fQ6QLLmyAiNKzIzL8fdJyHlDHW7aJ
...  Zmz42cCTL2BlQ3to8YnAOZtkFBRMEXiU1jIU134et9hD4jacGXBJG/
...  T5cp94zbClbc8GBth4h8ZvGuzou79tk9QaxS2yFefCuutgPd1Lr50i39Nhc+
...  f35dKmYuI1TmpQEIRaG32YVTMztCZvn6Eu7Mq455mJBoJ3bbhO+dOUKviTav/ejuFVpJN+
...  AQWXHZLNWBCahNb25Y275QTzeKeoSh0orewfnT6xnFlwMzN7rQRov6XEq4Z3esJUDr6M/phQKRmPVR+
...  C7S6fboIJPniRI21Xd+rpFhhcu2JfVXPJQ2k7MEDFC1HUg1TU0U4vQgpeHG4fUOujp68YrltvC0+HPtEon/
...  UYihMgrqwHp1Ucn0ECSmm2HKnum/RkO3GYyjxaxhGbfYPLSSGehrFypB//6PFixVY/
...  va9mtcg87QKIVJ941qqaYPT+sXskyY51vmYlD7lhyaiOBjj+b5nXqi8wrCieW607GTWQkIw/
...  m0X7yso0t8mW7dKJOCyOpdldjgppl50lQ0piCumVE2rlrAdGIMRZzMIh/EoLLWwoR7V0M2HK/
...  bWpAUpAAGjCSGgBAfayo99n498f/8KAlUzFMrQIygLMQ44FV+
...  Uq20TtRi5CHngA3Vx3B7b89pgIG6OiXvN6Cul2e6eIwuxtutbGDBY7k016yoOgyEug9La/qbkV1vzA5/
...  dRijDniwfktFuZ/RyHrbxt2QqsfKNtG39Msjnl5N3gL167ijPOwKfqu/
...  aD7V8ptedq4tKg72BD3f40VBOpLltQQl5lUieDexwy2FWHeH8tfFSNB3zHLDfTdBtZxJJ9p9deU5RVB1JTw99
...  m00Ujy/BthelWolFRn2FVCxB3CY9DLqOEXs6Q3c6iA7ZOzQb/KGwtvXBsHYKrwWtWHkb/N+
...  s2xEFwSERnWZVOrFF9XAgLTRkaqEGNWLZAyKPJzwy9VAspFCCd67f5rCOFjM2/vecFHDoQ/Ntha5jgF6pEZPV
...  /WIX2/9UeqsziDYj4HVSHaAAh6QK0XvXbTKJNlC5ow2vLkA+yEbR6i3VjrbMGsoy+ULyzotNO0W+
...  CFyjKoLUgcxTbnSW+tyVrRLQ9Kf+i005d/vfC+7FLQXxvCp+
...  dYJ4LtJCX3sdvK4jIJiad5O2qjTLBgYKvGGNqvrw2SawT3GLVW0Dyuklh33AsIxZ+

16043   97HCFPaQezpVt6hdbFs7vPrsudtgxcpazyd3s3zzurKGzVfenMs/gcqg8/
     JjB6YtGY5rtH5xKVeCWnFMXXJkKjhsBsEp0bup43ON3ndshMgRI4HwJ4XVLYJhf88jUTNHjnbBL6jZf2lc0CL
     zmBmQzd4SQXSPv/
     cZlTTNxsz2rd9qk5fR4m113us0d4wbrZ9zN6qmp6sNxKkX8QdvlG0JHbm59psE84jm8EKhBu7AoPBhelZAVlh
     3NvOXkkQ1ydiGTzyYpi4ku4T5IALOYKf1xE8tc68jg1WrhTU8b+YPuiFZE4tUhKz70cxof2X/
     bRK0gfEEd84OhaQhUAT/ioSwKgUdOt4bRbveD708fBCyzeYcw/uCdh/
     UYX48om8UsYafWrJiJITUaiMwPSeiH4i4JDBtiseqk91MlKEwJ101igARoeQHCVyRjtbzhbHRoRJtBYtAUEI9
     MAgjDbG0XD9eXKGZgUWJfVauwIEcSIaGVd9lBUhOk6vF4cXZJwYVPAtWSCE64ByP/tRduf5TXg6o/
     ybnjmixuprLOgpQqH54APr36vvMii+1L5hM9X7NqLI1IjsnN04GKtSyzXZP8zmDZ+
     REaD0USko2VEN3ySBAZpZfzFXrf28BMkZUSBzQW7+OvAh+UrDyvjoKX9bdtH8TsXY+
     R00yaf9hf7bVwDOGh5IqSf+6imNxmIPswRaVARB5zq7QgNjMx1HhjR/ona6cEfv/
     DdjB0TFyyxBeLT4azYYWmJMZmo6lZXTGWtnOluMLCfk4Yt4khwS6cLtM0tUA3fXurBfN7KAOM+
     6W9gbUFe2XRN1XfK3Nt5wqOZsRud+
     KLdHXOoxN1epbBZgQQjKXDZob5dtmdLzLOxtRycWOhZWSNJh1YukSplPiuRu9kAc9Aji+
     Nd0hFSxooiQm4P5r8SImfZoolQuzxa8YMa5TzAn0PXZUQvbKClIV7FSwG7GF/VPPr7/
     4BYchFyg6bSDX0iJy2FWkdjLwJHUhS9AjYzuQ6xt1+uli2akFj/DJvlZwI47Bs2RmS/+
     ouobhaRtdm6hZTL3bCr9nWZobFSgTACL4OvE/4Ax0WvPLJg15hHBRMxVuw7+E7CTXTs+D3rFWhtiwIDf5+
     RlzidY70dMsZuJXzHxfVevJpG235K1HYeSU1pQJ57b8oLngYoZfA3RUx/
     tbekDENVwbBpOZ9KdRZ8NWmFgzeh2KE0SQsAU7O3KQlKBFIRy4GRfhgrICwtjjiDngBjm/
     huaJYlzjQ7OfnKHv1Iwj1gFdr9uJ4IUy2JUR08L30OOp9ODUpYN4T9nDos0yaN1UDmOnyshwn9yqX+J1K8GW/
     l0vdnKY1Fzir0vZbpLbsngd07qD0E4+l62pNRHSBDfqDd4g5h9JknUzISKQ5L1EZDJ5sj75HitaerJrSQ+QLfQ
     /oWoEmujnVNeEDiMEkCqdfNb7xFWrnV/uO58bPDkkb+Pnf9Q6J6/zyIBgMi4U4r3IKe5si/
     kKmyXaMCb1MxVRybEjUPGTf7SitqbAOhZcxG/k5ps0B+wuR1jtO1GlbFc82dY4Xz/
     Ef6mbt2d03YP8ugh0WkQXdANdFdJlT/HYNGmzsoMSRn74HjQBwsO3qMsqkbeUf30URlfmW1ZNIfuZZ86G/
     O2rUSVDqhe8tNduhXjoSIexX0cjiPA2c/WEzG3I5HbYq0Bckz0zuXocXrzIpoY4mhoEVgKGDglJHyeV/
     ehByjhAsrD91+
     zcz1zxCYDPvfcrMZN2Og6KlzGhHa1mivx6YqAMZ7hIq1jIKdcmsXLK1yfYpjQ4zSYrMR4XKOC8PWcT5v1WhbQ
     jwQi9cIv5D39THCG+
     SRE11ejrw50ruxONsBJo4I19M2o95svUBX4jmyVbQWdIlAICerzws21GwdKBjP98LvnI7AeqDGKEXIlOvaI7j
     nGxzic iJlHfHOZRbHVHTpXuLL2oV6lNvwNQH8wNaSYhVCZgrNktxl2XUxt23MdIz7IwEjA+
     VggvPXQfulLECDGe1p3WoOcLMsx0QKYlc61qGJIXJMh7GPth4qN4plJNyo9sl+
     b4VpFYwqmdyzvMGuq2HzLzNl/krn0K7EwdHpeqocUrM253akF+WAB/
     PoNjx5pBmLorCygHwdTbtwSLP9ldZN2QOjmwQuHjQ7KLkgGAQbO37s3FF/
     Gur7Kh2INsNoYMxoVLVi0Kg12sRjI8UH6NsWXIGIRkgeGEY9tQL/
     z80fH2oeNGgPinHsJnNykoc0fYfzfIdN8iIoys40GqERCqKec41cY063t1QSDuwH3rE7lYczppKRZhZxo/
     xzO3040rgLrQgaGmV/ucNCkICgkEdAlHsR5vjE7cuvTit8wSS51ZiECfdTKDg1TEIz/
     qqz30oblQpXG2PGuYLmWlfLQ9271HufvJx74pFDF2+
     WTDLvRWCXNAp0rO2mQEe7WYKzZtk0s1bb3xcDIz8HPBq0lLkQAMR2lA98xsV8RYZF3yNmSVvktYOcAlRIuwQX
     ShSeeRUJL8Zz6OolCr3/mNrbL0jAhiYbhsuaUYN9uloJcMYU/
     VXWrKbfWGrYtMkmTuQSADcccddZGcmqInUkClveMzd5GTAn+ld76AiBlFETwwKG07aHbJwke94T1r62pJjEV/
     rEQgRGNvly5a0T12l1ristmf+TWOCA0j9RXEAmzY+qwOFt6ct/
     CYmWonClXiLc2ICLLNC1kq2H3lUHDPYPdnr1QlNWfvVaLSqQEB/
     Am6GZVldCV8PJ55udYj688wdqhY9JQgzUMQ5xEMjgGE4dhtaDxH+
     SDNo8c2zsXmjZbzkwVQpsDVSxUEWD27F3l/5ddabm7ZmPfCgA8aJWoOE9uXn48g+
     iUuDAai5Th1n1Z12Yizh3aVzLeKGkMF02VG096DGr4axicN3xjzz1KQtFfUatAZWMkOo6XFXZANvp/
     moi8CVEZGtSCFvJ7ZGD9EMS6fnGnM4assjILH8WIFtaA7rFeYSzQjwJTYC6Yw+
     xens4q5jSXsxg0i4tMjfWMd3VnoEEP0XtttV1TF7w=="  />
16044   </div>
16045
16046   <script type="text/javascript">
16047   //<![CDATA[
16048   var theForm = document.forms['Form'];
16049   if (!theForm) {
16050       theForm = document.Form;
16051   }
16052   function __doPostBack(eventTarget, eventArgument) {
16053       if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
16054           theForm.__EVENTTARGET.value = eventTarget;
16055           theForm.__EVENTARGUMENT.value = eventArgument;
16056           theForm.submit();
16057       }
16058   }
16059   //]]>
16060   </script>
16061
16062
16063   <script
     src="/WebResource.axd?d=oE4Yje4DwgYhIst0Rhu7FycpmoM1JxsU2l0xt_oR03NHkf60R78-

```
9zV0qRY02ud20frEkcHqL54IrkHo&amp;t=635803038500000000"
type="text/javascript"></script>


<script
src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
=1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
928f-3765912b66ca%3aea597d4b%3ab25378d2" type="text/javascript"></script>
<div class="aspNetHidden">

    <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
value="CA0B0334" />
    <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
value="" />
    <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
value="B6mrmnnzEIqItkMEUJ2OkHqrn7XRj7ADX1NbDBdl7+5adIFwVAROWUXi0Mq1FFF94t/L9NBSl+
hFmfbSLrdQOA+awtUC1nvocXm4Wf+DYqK1TKkFdHS7ZAqieMQJLXhoHvcu9N16O/R0/
8qgwZPFFe1DKn8AxWS7mnZDj90DtKx3CU8XrZ18TwdjZDp5ZIoogzG2EyVn9bxQb0V7Hd5CoJTJ8Up054VMNf
RipA==" />
</div><script src="/js/dnn.js?cdv=365" type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/bootstrap.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/jquery.fancybox.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/textsizer.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/print.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=365"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJH/js/global.js?cdv=365"
type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=365"
type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=365"
type="text/javascript"></script><script src="/js/dnncore.js?cdv=365"
type="text/javascript"></script><script
src="/Resources/Search/SearchSkinObjectPreview.js?cdv=365"
type="text/javascript"></script><script type="text/javascript">
//<![CDATA[
Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form',
['tdnn$ucFooter$ucEnewsLetter$UpdatePanel1','dnn_ucFooter_ucEnewsLetter_UpdatePanel1'
], [], [], 90, '');
//]]>
</script>






<div class="push">
    <!-- Header : row1,2,3-->



<script type="text/javascript">var _sf_startpt = (new Date()).getTime()</script>

<script type="text/JavaScript"
src="https://secure.ifbyphone.com/js/ibp_clickto_referral.js"></script>
<script type="text/JavaScript">
    var _ibp_public_key = "2fce29c4e86f5db0dac4932d2732a606f943ce86";
    var _ibp_formatting = true;
    var _ibp_keyword_set = 44174;
</script>

<!-- Header -->
```

```
16098  <!-- Row 1: phone -->
16099  <div class="row1 hidden-xs">
16100      <div class="container">
16101          <div class="col-md-6 col-sm-7 row1Left">
16102              <span>Find a doctor or make an appointment: </span>
16103
16104              <span class="phone-number"><script type="text/JavaScript"
    …  src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script></span>
16105
16106          </div>
16107          <div class="col-md-6 col-sm-5 row1Right">General Information: <a
    …  href="tel:3147473000" class="tel">314.747.3000</a></div>
16108      </div>
16109  </div>
16110
16111  <!--googleoff: index-->
16112
16113  <!-- Row 2: Logo & Search-->
16114  <div class="row2 logoRow">
16115      <div class="container">
16116          <div class="row grid">
16117              <div class="col-md-3 col-sm-3 row2Left">
16118                  <div class="row mHeader">
16119                      <div class="col-xs-1 visible-xs mHeaderL">
16120
16121                          <a data-toggle=".mobileMainNav " class="mOpen
    …  open-left-button" href="javascript:void(0)"><span class="icon-menu"></span></a>
16122                      </div>
16123
16124                      <div class="col-sm-12 col-xs-8 mHeaderM">
16125                          <a href="/">
16126                              <img width="176" height="68" alt="Barnes-Jewish Hospital"
    …  src="/Portals/0/Skins/BJH/images/barnes-jewish-logo.png"></a>
16127                      </div>
16128                      <div class="col-xs-3 visible-xs mHeaderR">
16129                          <a href="javascript:void(0)" class="mSearch">
16130                              <span class="icon-magnifying_glass"></span>
16131
16132                          </a>
16133                          <a data-target="#modalContact" data-toggle="modal"
    …  class="mCall">
16134                              <span class="icon-phone"></span>
16135                              <!--<span class="iconLabel">Call</span>-->
16136                          </a>
16137
16138                      </div>
16139                  </div>
16140              </div>
16141              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
16142                  <div class="contactWrap">
16143                      <a href="/Patients-Visitors/Directions-and-Maps"><span
    …  class="icon-get-directions"></span> Get Directions</a><a
    …  href="/contactus/"><span class="icon-contact"></span> Contact Us</a>
16144                  </div>
16145              </div>
16146              <div class="col-md-5 col-sm-4 row2right search-box">
16147                  <div class="input-group">
16148
16149
16150  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
16151      <div class="SearchBorder">
16152          <div id="SearchIcon" class="SearchIcon">
16153              <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
    …  src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
16154          </div>
16155          <span class="searchInputContainer" data-moreresults="See More Results"
    …  data-noresult="No Results Found">
16156              <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
```

```
16156…  maxlength="255" val="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
    …  autocomplete="off" placeholder="Search..." />
16157              <a class="dnnSearchBoxClearText"></a>
16158          </span>
16159
16160          <ul id="SearchChoices">
16161              <li id="SearchIconSite">Site</li>
16162              <li id="SearchIconWeb">Web</li>
16163          </ul>
16164      </div>
16165      <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
    …  href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
    …  ;)">Go</a>
16166  </div>
16167  <script type="text/javascript">
16168      $(function() {
16169          if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
    …  {
16170              var searchSkinObject = new dnn.searchSkinObject({
16171                  delayTriggerAutoSearch : 400,
16172                  minCharRequiredTriggerAutoSearch : 2,
16173                  searchType: 'S',
16174                  enableWildSearch: true,
16175                  cultureCode: 'en-US',
16176                  portalId: -1
16177                  }
16178              );
16179              searchSkinObject.init();
16180
16181
16182
16183              // attach dropdown search
16184              if (typeof dnn.initDropdownSearch != 'undefined') {
16185                  dnn.initDropdownSearch(searchSkinObject);
16186              }
16187
16188
16189          }
16190      });
16191  </script>
16192
16193                  </div>
16194              </div>
16195          </div>
16196      </div>
16197  </div>
16198  <!-- Modal Contact Box on mobile-->
16199  <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
    …  id="modalContact" class="modal">
16200      <div class="modal-contact">
16201          <div class="modal-content">
16202              <div class="modal-header">
16203                  <h4 class="modal-title">Call Us</h4>
16204              </div>
16205              <div class="modal-body">
16206                  <div class="mBtn">
16207                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
16208                      <div class="mBtnRight">
16209                          Find a Doctor or Make<br>
16210                          an Appointment<br>
16211                          <a class="tel" href="tel:8559250631">855.925.0631</a>
16212                      </div>
16213                  </div>
16214                  <div class="mBtn">
16215                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
16216                      <div class="mBtnRight genInfo">
16217                          General Information<br>
16218                          <a href="tel:3147473000">314.747.3000</a>
```

```
16219                                    </div>
16220                    </div>
16221                    <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
16222                </div>
16223            </div>
16224        </div>
16225 </div>
16226
16227 <!-- Row 3: Top Menu -->
16228 <div class="row3 mainNavRow hidden-xs">
16229     <div class="container">
16230         <nav id="mainNav">
16231             <ul id="navmenu">
16232                 <li id="physicians">
16233                     <div class="navlink"><a href="/physicians">Find a Doctor<span
…   class="icon-arrow-right-generic visible-xs"></span></a></div>
16234                 </li>
16235                 <li class="navvert">
16236                     <div class="vert"></div>
16237                 </li>
16238                 <li id="requestacallforanappointment">
16239                     <div class="navlink"><a href="/requestappointment/">Request an
…   Appointment<span class="icon-arrow-right-generic visible-xs"></span></a></div>
16240                 </li>
16241                 <li class="navvert">
16242                     <div class="vert"></div>
16243                 </li>
16244                 <li id="medicalservices">
16245                     <div class="navdrop"><a href="/Medical-Services">Medical
…   Services<span class="icon-arrow-right-generic visible-xs"></span></a> </div>
16246                     <div class="dropBox">
16247                         <div class="row">
16248                             <div class="col-md-3 col-sm-3">
16249                                 <ul>
16250                                     <li class="line"><a
…   href="/Medical-Services/Cancer">
16251                                         <h4>Cancer</h4>
16252                                     </a></li>
16253                                     <li class="line"><a
…   href="/MedicalServices/Clinics">
16254                                         <h4>Clinics</h4>
16255                                     </a></li>
16256                                     <li class="line"><a
…   href="/Medical-Services/Dermatology">
16257                                         <h4>Dermatology</h4>
16258                                     </a></li>
16259                                     <li class="line"><a
…   href="/Medical-Services/Diabetes-Endocrinology">
16260                                         <h4>Diabetes &amp; Endocrinology</h4>
16261                                     </a></li>
16262                                     <li class="line"><a
…   href="/Medical-Services/Digestive-Diseases">
16263                                         <h4>Digestive Diseases</h4>
16264                                     </a></li>
16265                                     <li class="line"><a
…   href="/Medical-Services/Ear-Nose-Throat-ENT">
16266                                         <h4>Ear, Nose &amp; Throat (ENT)</h4>
16267                                     </a></li>
16268                                     <li><a
…   href="/Medical-Services/Elder-Care-and-Rehabilitation">
16269                                         <h4>Elder Care and Rehabilitation</h4>
16270                                     </a></li>
16271                                 </ul>
16272                             </div>
16273                             <div class="col-md-3 col-sm-3">
16274                                 <ul>
16275                                     <li class="line"><a
…   href="/Medical-Services/Emergency-Medicine">
```

```
16276                                    <h4>Emergency Medicine</h4>
16277                                    </a></li>
16278                                    <li class="line"><a
…    href="/Medical-Services/Geriatrics">
16279                                        <h4>Geriatrics</h4>
16280                                    </a></li>
16281                                    <li class="line"><a
…    href="/Medical-Services/Heart-Vascular">
16282                                        <h4>Heart &amp; Vascular</h4>
16283                                    </a></li>
16284                                    <li class="line"><a
…    href="/Medical-Services/Lung-Diseases">
16285                                        <h4>Lung Diseases</h4>
16286                                    </a></li>
16287                                    <li class="line"><a
…    href="/Medical-Services/Nephrology">
16288                                        <h4>Nephrology</h4>
16289                                    </a></li>
16290                                    <li class="line"><a
…    href="/Medical-Services/Neurology-Neurosurgery">
16291                                        <h4>Neurology &amp; Neurosurgery</h4>
16292                                    </a></li>
16293                                    <li><a
…    href="/Medical-Services/Obstetrics-Gynecology">
16294                                        <h4>Obstetrics &amp; Gynecology</h4>
16295                                    </a></li>
16296                                </ul>
16297                            </div>
16298                            <div class="col-md-3 col-sm-3">
16299                                <ul>
16300                                    <li class="line"><a
…    href="/Medical-Services/Ophthalmology">
16301                                        <h4>Ophthalmology</h4>
16302                                    </a></li>
16303                                    <li class="line"><a
…    href="/Medical-Services/Orthopedic-Care">
16304                                        <h4>Orthopedic Care</h4>
16305                                    </a></li>
16306                                    <li class="line"><a
…    href="/Medical-Services/Pain-Management">
16307                                        <h4>Pain Management</h4>
16308                                    </a></li>
16309                                    <li class="line"><a
…    href="/Medical-Services/Palliative-Care">
16310                                        <h4>Palliative Care</h4>
16311                                    </a></li>
16312                                    <li class="line"><a
…    href="/Medical-Services/Plastic-Reconstructive-Surgery">
16313                                        <h4>Plastic &amp; Reconstructive Surgery</h4>
16314                                    </a></li>
16315                                    <li><a href="/Medical-Services/Psychiatry">
16316                                        <h4>Psychiatry</h4>
16317                                    </a></li>
16318                                </ul>
16319                            </div>
16320                            <div class="col-md-3 col-sm-3">
16321                                <ul>
16322                                    <li class="line"><a
…    href="/Medical-Services/Radiology">
16323                                        <h4>Radiology</h4>
16324                                    </a></li>
16325                                    <li class="line"><a
…    href="/Medical-Services/Rheumatology">
16326                                        <h4>Rheumatology</h4>
16327                                    </a></li>
16328                                    <li class="line"><a
…    href="/Medical-Services/Spine-and-Spinal-Cord">
16329                                        <h4>Spine and Spinal Cord</h4>
```

```
16330                                      </a></li>
16331                                  <li class="line"><a
…    href="/Medical-Services/Transplant">
16332                                      <h4>Transplant</h4>
16333                                  </a></li>
16334                                  <li class="line"><a
…    href="/Medical-Services/Trauma-Acute-Care-Surgery">
16335                                      <h4>Trauma &amp; Acute Care Surgery</h4>
16336                                  </a></li>
16337                                  <li class="line"><a
…    href="/Medical-Services/Urology">
16338                                      <h4>Urology</h4>
16339                                  </a></li>
16340                                  <li><a
…    href="/Medical-Services/Wound-General-Surgery">
16341                                      <h4>Wound/General Surgery</h4>
16342                                  </a></li>
16343                              </ul>
16344                          </div>
16345                      </div>
16346                  </div>
16347              </li>
16348              <li class="navvert">
16349                  <div class="vert"></div>
16350              </li>
16351              <li id="patientsvisitors" class="">
16352                  <div class="navdrop"><a href="/Patients-Visitors">Patient &amp;
…    Visitor Information<span class="icon-arrow-right-generic
…    visible-xs"></span></a></div>
16353                      <div class="dropBox">
16354                          <div class="row">
16355                              <div class="col-md-3 col-sm-3">
16356                                  <ul>
16357                                      <li class="line"><a
…    href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
…    target="_blank">
16358                                          <h4>Baby Photos</h4>
16359                                      </a></li>
16360                                  <li><a
…    href="/Patients-Visitors/Billing-and-Financial-Assistance">
16361                                      <h4>Billing and Financial Assistance</h4>
16362                                  </a></li>
16363                                  <li><a
…    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…    /Financial-Assistance" target="_blank" style="padding-left: 15px;">Financial
…    Assistance Policy</a></li>
16364                                      <li><a
…    href="/Patients-Visitors/Billing-and-Financial-Assistance/Patient-Price-Estimate-
…    Requests" target="_blank" style="padding-left: 15px;">Patient Price Estimate
…    Requests</a></li>
16365                                      <li class="line" style="padding-bottom: 12px;"><a
…    target="_blank" style="padding-left: 15px;"
…    href="/Patients-Visitors/Billing-and-Financial-Assistance/Pay-Your-Bill-Online">Pay
…    Your Bill Online</a></li>
16366                                      <li><a href="/Patients-Visitors/CaringBridge">
16367                                      <h4>CaringBridge</h4>
16368                                  </a></li>
16369                              </ul>
16370                          </div>
16371                          <div class="col-md-3 col-sm-3">
16372                              <ul>
16373                                  <li><a
…    href="/Patients-Visitors/Directions-and-Maps">
16374                                      <h4>Directions and Maps</h4>
16375                                  </a></li>
16376                                  <li><a
…    href="/Patients-Visitors/Directions-and-Maps/Parking-Information"
…    style="padding-left: 15px;">Parking Information</a></li>
```

```
16377            <li><a
    …    href="/Patients-Visitors/Directions-and-Maps/Shuttle-Service" style="padding-left:
    …    15px;">Shuttle Service</a></li>
16378                            <li class="line" style="padding-bottom: 12px;"><a
    …    href="/Patients-Visitors/Directions-and-Maps/Campus-Maps" style="padding-left:
    …    15px;">Campus Maps</a></li>
16379                            <li class="line"><a
    …    href="/Patients-Visitors/Send-an-E-Greeting">
16380                                <h4>Send an E-Greeting</h4>
16381                            </a></li>
16382                            <li><a
    …    href="/Patients-Visitors/Gifts-and-Flowers">
16383                                <h4>Gifts and Flowers</h4>
16384                            </a></li>
16385                            <li><a href="https://shop.barnesjewish.org/"
    …    target="_blank">Shop Online</a></li>
16386                        </ul>
16387                    </div>
16388                    <div class="col-md-3 col-sm-3">
16389                        <ul>
16390                            <li><a
    …    href="/Patients-Visitors/Hospitality-Services">
16391                                <h4>Guest Services</h4>
16392                            </a></li>
16393                            <li><a href="/Patients-Visitors/Internet-Access"
    …    style="padding-left: 15px;">Internet Access</a></li>
16394                            <li><a
    …    href="/Patients-Visitors/Interpreter-Services" style="padding-left:
    …    15px;">Interpreter Services</a></li>
16395                            <li><a
    …    href="/Patients-Visitors/Social-Work-Services" style="padding-left: 15px;">Social
    …    Work Services</a></li>
16396                            <li><a href="/Patients-Visitors/Spiritual-Care"
    …    style="padding-left: 15px;">Spiritual Care</a></li>
16397                            <li class="line" style="padding-bottom: 12px;"><a
    …    href="/Patients-Visitors/Hospitality-Services" style="padding-left: 15px;">More guest
    …    services</a></li>
16398                            <li class="line"><a
    …    href="/Patients-Visitors/Fitness-Center">
16399                                <h4>Fitness Center</h4>
16400                            </a></li>
16401                            <li><a href="/Patients-Visitors/Medical-Records">
16402                                <h4>Medical Records</h4>
16403                            </a></li>
16404                        </ul>
16405                    </div>
16406                    <div class="col-md-3 col-sm-3">
16407                        <ul>
16408                            <li class="line" style="margin-bottom: 12px;"><a
    …    href="/Patients-Visitors/Phone-Numbers">
16409                                <h4>Phone Numbers</h4>
16410                            </a></li>
16411                            <li><a
    …    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">
16412                                <h4>Your Stay at Barnes-Jewish</h4>
16413                            </a></li>
16414                            <li><a
    …    href="/Patients-Visitors/Dining-and-Restaurants" style="padding-left: 15px;">Dining
    …    and Restaurants</a></li>
16415                            <li><a href="/Patients-Visitors/Lodging"
    …    style="padding-left: 15px;">Lodging</a></li>
16416                            <li><a
    …    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/What-to-Bring"
    …    style="padding-left: 15px;">What to Bring</a></li>
16417                            <li><a
    …    href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Understanding-Admission"
    …    style="padding-left: 15px;">Understanding Admission</a></li>
16418                            <li><a
```

```
16418…  href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Patient-Safety"
  …     style="padding-left: 15px;">Patient Safety</a></li>
16419                          <li><a href="/Patients-Visitors/Pharmacy"
  …     style="padding-left: 15px;">Pharmacy</a></li>
16420                          <li><a href="/Patients-Visitors/Visiting-Hours"
  …     style="padding-left: 15px;">Visiting Hours</a></li>
16421                          <li><a
  …     href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Your-Health-Care-Team"
  …     style="padding-left: 15px;">Your Health Care Team</a></li>
16422                          </ul>
16423                      </div>
16424                  </div>
16425              </div>
16426          </li>
16427          <li class="navvert">
16428              <div class="vert"></div>
16429          </li>
16430          <li id="giving">
16431              <div class="navdrop"><a href="/giving">Giving<span
  …     class="icon-arrow-right-generic visible-xs"></span></a> </div>
16432              <div class="dropBox">
16433                  <div class="row">
16434                      <div class="col-md-3 col-sm-3">
16435                          <ul>
16436                          <li><a href="/Giving/About-The-Foundation">
16437                              <h4>About The Foundation</h4>
16438                          </a></li>
16439                          <li><a
  …     href="/Giving/About-The-Foundation/See-Your-Gifts-Impact" style="padding-left:
  …     15px;">See Your Gifts' Impact</a></li>
16440                          <li><a
  …     href="/Giving/About-The-Foundation/Foundation-Events" style="padding-left:
  …     15px;">Foundation Events</a></li>
16441                          <li><a
  …     href="/Giving/About-The-Foundation/Foundation-News" style="padding-left:
  …     15px;">Foundation News</a></li>
16442                          <li><a
  …     href="/Giving/About-The-Foundation/Grants-Administration" style="padding-left:
  …     15px;">Grants Administration</a></li>
16443                          <li class="line"><a
  …     href="/Giving/About-The-Foundation/The-Foundation-Board-of-Directors"
  …     style="padding-left: 15px; padding-bottom: 11px;">The Foundation Board of
  …     Directors</a></li>
16444                          </ul>
16445                      </div>
16446                      <div class="col-md-3 col-sm-3">
16447                          <ul>
16448                          <li><a href="/giving/Ways-To-Give">
16449                              <h4>Giving</h4>
16450                          </a></li>
16451                          <li><a href="/Giving/Ways-To-Give/Annual-Giving"
  …     style="padding-left: 15px;">Annual Giving</a></li>
16452                          <li><a
  …     href="/Giving/Ways-To-Give/Make-a-Gift-Now" style="padding-left: 15px;">Make a Gift
  …     Now</a></li>
16453                          <li><a href="/Portals/0/Giving/Way to
  …     give/FBJHGivingForm6.2011.pdf" target="_blank" style="padding-left: 15px;">Make a
  …     Gift by Mail</a></li>
16454                          <li><a href="/Giving/Ways-To-Give/Planned-Giving"
  …     style="padding-left: 15px;">Planned Giving</a></li>
16455                          <li><a
  …     href="/Giving/Ways-To-Give/Benefits-of-Giving" style="padding-left: 15px;">Benefits
  …     of Giving</a></li>
16456                          </ul>
16457                      </div>
16458                      <div class="col-md-3 col-sm-3">
16459                          <ul>
16460                          <li><a href="/Giving/Publications">
```

```
16461                                                    <h3>Publications</h4>
16462                                                    </a></li>
16463                                                    <li><a
       href="/Giving/Publications/Giving-Magazine" style="padding-left: 15px;">Giving
   …   Magazine</a></li>
16464                                                    <li><a
       href="/Giving/Publications/Tributes-Newsletter" style="padding-left: 15px;">Tributes
   …   Newsletter</a></li>
16465                                                    <li class="line"><a
   …   href="/Giving/Publications/Legacy" style="padding-left: 15px;">Legacy</a></li>
16466                                                    <li class="line"><a
       href="/Giving/Stories-of-Hope">
16467                                                        <h4>Stories of Hope</h4>
16468                                                    </a></li>
16469                                                    <li><a href="/Giving/Arts-Healthcare">
16470                                                        <h4>Arts + Healthcare</h4>
16471                                                    </a></li>
16472                                                </ul>
16473                                            </div>
16474                                            <div class="col-md-3 col-sm-3">
16475                                                <ul>
16476                                                    <li class="line"><a href="/Giving/Volunteer">
16477                                                        <h4>Volunteer</h4>
16478                                                    </a></li>
16479                                                    <li class="line"><a
       href="/Giving/Barnes-Jewish-Hospital-Auxiliary">
16480                                                        <h4>Barnes-Jewish Hospital Auxiliary</h4>
16481                                                    </a></li>
16482                                                    <li><a href="/Giving/Contact-The-Foundation">
16483                                                        <h4>Contact The Foundation</h4>
16484                                                    </a></li>
16485                                                </ul>
16486                                            </div>
16487                                        </div>
16488                                    </li>
16489                                </ul>
16490                            </ul>
16491                            <ul class="visible-xs contactWrapM">
16492                                <li><a href="/patients-visitors/directions-maps"><span
       class="icon-get-directions"></span><span>Get Directions</span><span
       class="icon-arrow-right-generic"></span></a></li>
16493                                <li><a href="/Contact-Us"><span
       class="icon-contact"></span><span>Contact Us</span><span
       class="icon-arrow-right-generic"></span></a></li>
16494                            </ul>
16495                        </nav>
16496                    </div>
16497    </div>
16498
16499
16500    <div class="mobileMainNav">
16501        <div class="container">
16502            <div class="topMobileNav visible-xs">
16503                <ul class="megamenu" id="megamenu">
16504                    <li class="level0">
16505                        <a class="level0" href="/physicians">Find a Doctor</a>
16506                    </li>
16507                    <li class="separator"></li>
16508                    <li class="level0">
16509                        <a class="level0" href="/requestappointment/">Request an
       Appointment</a>
16510                    </li>
16511                    <li class="separator"></li>
16512                    <li class="level0">
16513                        <a class="level0" href="/Medical-Services">Medical Services</a>
16514                        <span class="icon-arrow-right-generic childIndicator"></span>
16515                        <div class="sub">
16516                            <ul>
```

```
16517    ...    <li class="back-button"><a href="javascript:void(0);"
                class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
16518    ...    <li class="subheader"><a
                href="/Medical-Services/Cancer">Cancer</a></li>
16519    ...    <li class="subheader"><a
                href="/MedicalServices/Clinics">Clinics</a></li>
16520    ...    <li class="subheader"><a
                href="/Medical-Services/Dermatology">Dermatology</a></li>
16521    ...    <li class="subheader"><a
                href="/Medical-Services/Diabetes-Endocrinology">Diabetes &amp; Endocrinology</a></li>
16522    ...    <li class="subheader"><a
                href="/Medical-Services/Digestive-Diseases">Digestive Diseases</a></li>
16523    ...    <li class="subheader"><a
                href="/Medical-Services/Ear-Nose-Throat-ENT">Ear, Nose &amp; Throat (ENT)</a></li>
16524    ...    <li class="subheader"><a
                href="/Medical-Services/Elder-Care-and-Rehabilitation">Elder Care and
                Rehabilitation</a></li>
16525    ...    <li class="subheader"><a
                href="/Medical-Services/Emergency-Medicine">Emergency Medicine</a></li>
16526    ...    <li class="subheader"><a
                href="/Medical-Services/Geriatrics">Geriatrics</a></li>
16527    ...    <li class="subheader"><a
                href="/Medical-Services/Heart-Vascular">Heart &amp; Vascular</a></li>
16528    ...    <li class="subheader"><a
                href="/Medical-Services/Lung-Diseases">Lung Diseases</a></li>
16529    ...    <li class="subheader"><a
                href="/Medical-Services/Nephrology">Nephrology</a></li>
16530    ...    <li class="subheader"><a
                href="/Medical-Services/Neurology-Neurosurgery">Neurology &amp; Neurosurgery</a></li>
16531    ...    <li class="subheader"><a
                href="/Medical-Services/Obstetrics-Gynecology">Obstetrics &amp; Gynecology</a></li>
16532    ...    <li class="subheader"><a
                href="/Medical-Services/Ophthalmology">Ophthalmology</a></li>
16533    ...    <li class="subheader"><a
                href="/Medical-Services/Orthopedic-Care">Orthopedic Care</a></li>
16534    ...    <li class="subheader"><a
                href="/Medical-Services/Pain-Management">Pain Management</a></li>
16535    ...    <li class="subheader"><a
                href="/Medical-Services/Palliative-Care">Palliative Care</a></li>
16536    ...    <li class="subheader"><a
                href="/Medical-Services/Plastic-Reconstructive-Surgery">Plastic &amp; Reconstructive
                Surgery</a></li>
16537    ...    <li class="subheader"><a
                href="/Medical-Services/Psychiatry">Psychiatry</a></li>
16538    ...    <li class="subheader"><a
                href="/Medical-Services/Radiology">Radiology</a></li>
16539    ...    <li class="subheader"><a
                href="/Medical-Services/Rheumatology">Rheumatology</a></li>
16540    ...    <li class="subheader"><a
                href="/Medical-Services/Spine-and-Spinal-Cord">Spine and Spinal Cord</a></li>
16541    ...    <li class="subheader"><a
                href="/Medical-Services/Transplant">Transplant</a></li>
16542    ...    <li class="subheader"><a
                href="/Medical-Services/Trauma-Acute-Care-Surgery">Trauma &amp; Acute Care
                Surgery</a></li>
16543    ...    <li class="subheader"><a
                href="/Medical-Services/Urology">Urology</a></li>
16544    ...    <li class="subheader"><a
                href="/Medical-Services/Wound-General-Surgery">Wound/General Surgery</a></li>
16545                    </ul>
16546                </div>
16547            </li>
16548            <li class="separator"></li>
16549            <li class="level0">
16550                <a class="level0" href="/Patients-Visitors">Patients &amp;
                Visitors</a>
16551                <span class="icon-arrow-right-generic childIndicator"></span>
16552                <div class="sub">
```

```
16553                               <ul>
16554                               <li class="back-button"><a href="javascript:void(0);"
        class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
16555                               <li class="subheader"><a
        href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
        target="_blank">Baby Photos</a></li>
16556                               <li class="subheader"><a
        href="/Patients-Visitors/Billing-and-Financial-Assistance">Billing and Financial
        Assistance</a></li>
16557                               <li class="subheader"><a
        href="/Patients-Visitors/CaringBridge">CaringBridge</a></li>
16558                               <li class="subheader"><a
        href="/Patients-Visitors/Directions-and-Maps">Directions and Maps</a></li>
16559                               <li class="subheader"><a
        href="/Patients-Visitors/E-mail-a-Patient">E-mail a Patient</a></li>
16560                               <li class="subheader"><a
        href="/Patients-Visitors/Gifts-and-Flowers">Gifts and Flowers</a></li>
16561                               <li class="subheader"><a
        href="/Patients-Visitors/Hospitality-Services">Guest Services</a></li>
16562                               <li class="subheader"><a
        href="/Patients-Visitors/Fitness-Center">Fitness Center</a></li>
16563                               <li class="subheader"><a
        href="/Patients-Visitors/Medical-Records">Medical Records</a></li>
16564                               <li class="subheader"><a
        href="/Patients-Visitors/Phone-Numbers">Phone Numbers</a></li>
16565                               <li class="subheader"><a
        href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">Your Stay at
        Barnes-Jewish</a></li>
16566                               </ul>
16567                           </div>
16568                       </li>
16569                       <li class="separator"></li>
16570                       <li class="level0">
16571                           <a class="level0" href="/giving">Giving</a>
16572                           <span class="icon-arrow-right-generic childIndicator"></span>
16573                           <div class="sub">
16574                               <ul>
16575                               <li class="back-button"><a href="javascript:void(0);"
        class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
16576                               <li class="subheader"><a
        href="/Giving/About-The-Foundation">About The Foundation</a></li>
16577                               <li class="subheader"><a
        href="/giving/Ways-To-Give">Giving</a></li>
16578                               <li class="subheader"><a
        href="/Giving/Publications">Publications</a></li>
16579                               <li class="subheader"><a
        href="/Giving/Stories-of-Hope">Stories of Hope</a></li>
16580                               <li class="subheader"><a
        href="/Giving/Arts-Healthcare">Arts + Healthcare</a></li>
16581                               <li class="subheader"><a
        href="/Giving/Volunteer">Volunteer</a></li>
16582                               <li class="subheader"><a
        href="/Giving/Barnes-Jewish-Hospital-Auxiliary">Barnes-Jewish Hospital
        Auxiliary</a></li>
16583                               <li class="subheader"><a
        href="/Giving/Contact-The-Foundation">Contact The Foundation</a></li>
16584
16585                               </ul>
16586                           </div>
16587                       </li>
16588
16589                   </ul>
16590                   <ul class="contactWrapM">
16591                       <li><a href="/Patients-Visitors/Directions-and-Maps"><span
        class="icon-get-directions"></span><span>Get Directions</span></a></li>
16592                       <li><a href="/Contact-Us"><span
        class="icon-contact"></span><span>Contact Us</span></a></li>
16593                   </ul>
```

```
16594            </div>
16595        </div>
16596    </div>
16597
16598    <script type="text/javascript">
16599        $(document).ready(function () {
16600            var rootId = 'healthlibrary';
16601            $("#navmenu > li").each(function () {
16602                if (this.id == rootId) {
16603                    $(this).addClass("active");
16604                }
16605            });
16606        });
16607    </script>
16608
16609    <!--googleon: index-->
16610
16611        <!-- breadcrumb -->
16612        <div class="container">
16613            <div class="breadcrumbs">
16614                <a href="/" class="breadCrumbItem">Home</a>
16615                <span class="icon-arrow-right-generic"></span>
16616                <span id="dnn_dnnBreadcrumb_lblBreadCrumb"><a
…    href="http://www.barnesjewish.org/Health-Library" class="breadCrumbItem">Health
…    Library</a></span>
16617
16618            </div>
16619        </div>
16620
16621        <!-- Banner -->
16622        <div class="container">
16623            <div id="globalBannerArea" class="globalBannerArea">
16624                <div id="dnn_TopPane" class="topPane">
16625                    <div class="DnnModule DnnModule-DNN_HTML DnnModule-2618"><a
…    name="2618"></a><div id="dnn_ctr2618_ContentPane"><!-- Start_Module_2618 --><div
…    id="dnn_ctr2618_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
16626                <div id="dnn_ctr2618_HtmlModule_lblContent" class="Normal">
16627                <div class="hidden-xs second-page-banner" style="background:
…    url('/Portals/0/Banners/2015-Health-Library-Banner.jpg') 0% 0% repeat scroll
…    transparent;">
16628    <h2 class="banner-header">HEALTH LIBRARY</h2>
16629    </div>
16630    </div>
16631
16632
16633
16634    <!-- Only show Publish option for Approvers -->
16635
16636    </div><!-- End_Module_2618 --></div>
16637    </div></div>
16638            </div>
16639        </div>
16640
16641        <!-- Content Pane -->
16642        <div class="mainContent">
16643            <div class="container">
16644                <div class="row">
16645                    <!-- Right Pane -->
16646                    <div class="col-md-9 col-sm-8  col-xs-12 two_col_right">
16647                        <div class="hidden-xs" style="float:right;margin-left:20px;">
16648
16649
16650
16651    <div class="globalprinemail printemailcolum" id="GlobalPrintEmailControl">
16652        <div class="printEmailWrap">
16653            <div class="printPage"><a
…    href="javascript:void(printSpecial('PrintReady'));"><span
…    class="icon-print"></span></a></div>
```

```
16654        <div class="emailPage"><a href="mailto:" href="javascript:void();"><span
...  class="icon-contact"></span></a></div>
16655        </div>
16656        <div class="txtSizeWrap">
16657        <div class="txtSml"><a href="javascript:ts('textsize', -1);"><span
...  class="icon-text-size-down"></span></a></div>
16658        <div class="txtLg"><a href="javascript:ts('textsize', +1);"><span
...  class="icon-text-size-up"></span></a></div>
16659        </div>
16660   </div>
16661                     </div>
16662                     <div id="customPageTitle" class="textsize">
16663                     </div>
16664                     <div class="clearfix"></div>
16665                     <div id="PrintReady" class="textsize">
16666                         <div id="dnn_RightPaneHL" class="rightPane content">
16667                         <div class="DnnModule DnnModule-HealthNewsFeed
...  DnnModule-595"><a name="595"></a>
16668
16669   <div class="healthLibraryContainer">
16670        <div id="dnn_ctr595_ContentPane"><!-- Start_Module_595 --><div
...  id="dnn_ctr595_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
16671        <div id="dnn_ctr595_View_divContainer" class="healthNews">
16672
16673
16674
16675
16676
16677
16678      <div class="viewContent content">
16679    <label id="regularTitle" style="display: none;">Colorectal Cancer Risk
...  Assessment</label>
16680     <div class="buct">
16681      <h1>Colorectal Cancer Risk Assessment</h1>
16682      <div id="ColorectalCancerRA_Form">
16683        <p class="Intro">Cancer of the colon or rectum (colorectal cancer) usually
...  develops slowly, over several years. Excluding skin cancers, colorectal cancer is the
...  third most common cancer in both men and women in the United States and the second
...  leading cause of cancer-related deaths overall, according to the American Cancer
...  Society (ACS). Still, the death rate from colorectal cancer has been dropping for
...  more than 20 years because of better detection and treatment. Take this simple
...  assessment to learn about your risks for colorectal cancer. </p>
16684       <div class="CalculatorBox RiskAssessmentBox" id="ColorectalCancerRA_Questions">
16685        <div class="Question">
16686         <label for="ColorectalCancerRA_Age" class="QuestionText">How old are
...  you?</label>
16687         <input id="ColorectalCancerRA_Age" type="text" style="WIDTH: 3em"
...  maxlength="3" name="ColorectalCancerRA_Age"
...  onblur="ColorectalCancerRA_AgeValue('ColorectalCancerRA_Age')">
16688        </div>
16689        <div class="Question">
16690         <label for="ColorectalCancerRA_Sex" class="QuestionText">What is your
...  sex?</label>
16691         <span class="Option">
16692          <input id="ColorectalCancerRA_Sex_M"
...  onclick="ColorectalCancerRA_DisplayResult('AlchM'),
...  ColorectalCancerRA_HideResult('OvarianOption'),
...  ColorectalCancerRA_HideResult('AlchF')" type="radio" name="ColorectalCancerRA_Sex"
...  value="M">
16693          <span class="AnswerText"> Male</span>
16694         </span>
16695         <span class="Option">
16696          <input id="ColorectalCancerRA_Sex_F"
...  onclick="ColorectalCancerRA_DisplayResult('AlchF'),
...  ColorectalCancerRA_DisplayResult('OvarianOption'),
...  ColorectalCancerRA_HideResult('AlchM')" type="radio" name="ColorectalCancerRA_Sex"
...  value="F">
16697          <span class="AnswerText"> Female</span>
```

```
16698                    </span>
16699              </div>
16700              <div class="Question">
16701                 <label for="ColorectalCancerRA_Exercise" class="QuestionText">Do you get at
   … least 30 minutes of moderate exercise on most days?</label>
16702                 <span class="Option">
16703                    <input id="ColorectalCancerRA_Exercise_Y" type="radio"
   … name="ColorectalCancerRA_Exercise" value="Y">
16704                    <span class="AnswerText"> Yes</span>
16705                 </span>
16706                 <span class="Option">
16707                    <input id="ColorectalCancerRA_Exercise_N" type="radio"
   … name="ColorectalCancerRA_Exercise" value="N">
16708                    <span class="AnswerText"> No</span>
16709                 </span>
16710              </div>
16711              <div class="Question">
16712                 <label for="ColorectalCancerRA_Weight" class="QuestionText">How much do you
   … weigh?</label>
16713                    <input id="ColorectalCancerRA_Weight" type="text" style="WIDTH: 3em"
   … maxlength="3" name="ColorectalCancerRA_Weight">
16714                 <span class="Unit"> lbs</span>
16715              </div>
16716              <div class="Question">
16717                 <label for="ColorectalCancerRA_Height_Feet" class="QuestionText">How tall
   … are you?</label>
16718                    <input id="ColorectalCancerRA_Height_Feet" type="text" style="WIDTH: 3em"
   … maxlength="2" name="ColorectalCancerRA_Height_Feet">
16719                 <span class="Unit"> feet</span>
16720                    <input id="ColorectalCancerRA_Height_Inches" type="text" style="WIDTH: 3em"
   … maxlength="2" name="ColorectalCancerRA_Height_Inches">
16721                 <span class="Unit"> inches</span>
16722              </div>
16723              <div class="Question">
16724                 <label for="ColorectalCancerRA_Vegetarian" class="QuestionText">Are you a
   … vegetarian?</label>
16725                 <span class="Option">
16726                    <input id="ColorectalCancerRA_Vegetarian_Y" type="radio"
   … name="ColorectalCancerRA_Vegetarian" value="Y">
16727                    <span class="AnswerText"> Yes</span>
16728                 </span>
16729                 <span class="Option">
16730                    <input id="ColorectalCancerRA_Vegetarian_N" type="radio"
   … name="ColorectalCancerRA_Vegetarian" value="N">
16731                    <span class="AnswerText"> No</span>
16732                 </span>
16733              </div>
16734              <div class="Question">
16735                 <label for="ColorectalCancerRA_Calories" class="QuestionText">The average
   … American gets approximately 40 percent of calories from fat. Would you estimate that
   … your diet consists of LESS THAN 30 percent of calories from fat?</label>
16736                 <span class="Option">
16737                    <input id="ColorectalCancerRA_Calories_Y" type="radio"
   … name="ColorectalCancerRA_Calories" value="Y">
16738                    <span class="AnswerText"> Yes</span>
16739                 </span>
16740                 <span class="Option">
16741                    <input id="ColorectalCancerRA_Calories_N" type="radio"
   … name="ColorectalCancerRA_Calories" value="N">
16742                    <span class="AnswerText"> No</span>
16743                 </span>
16744              </div>
16745              <div class="Question">
16746                 <label for="ColorectalCancerRA_AlchM" class="QuestionText">Do you drink
   … more than 14 alcoholic beverages per week? One alcoholic beverage is considered to be
   … one 12-ounce bottle or can of beer or wine cooler, one 5-ounce glass of wine, or 1.5
   … ounces of 80-proof distilled spirits.</label>
16747                    <label for="ColorectalCancerRA_AlchF" class="QuestionText" style="DISPLAY:
```

```
16747    none">Do you drink more than seven alcoholic beverages per week? One alcoholic
  …     beverage is considered to be one 12-ounce bottle or can of beer or wine cooler, one
  …     5-ounce glass of wine, or 1.5 ounces of 80-proof distilled spirits.</label>
16748              <span class="Option">
16749                <input id="ColorectalCancerRA_Alch_Y" type="radio"
  …     name="ColorectalCancerRA_Alch" value="Y">
16750                <span class="AnswerText"> Yes</span>
16751              </span>
16752              <span class="Option">
16753                <input id="ColorectalCancerRA_Alch_N" type="radio"
  …     name="ColorectalCancerRA_Alch" value="N">
16754                <span class="AnswerText"> No</span>
16755              </span>
16756            </div>
16757            <div class="Question">
16758              <label for="ColorectalCancerRA_Smoking" class="QuestionText">What is your
  …     smoking history?</label>
16759              <span class="Option">
16760                <input id="ColorectalCancerRA_Smoking_Y" type="radio"
  …     name="ColorectalCancerRA_Smoking" value="Y">
16761                <span class="AnswerText"> I smoke.</span>
16762              </span>
16763              <span class="Option">
16764                <input id="ColorectalCancerRA_Smoking_P" type="radio"
  …     name="ColorectalCancerRA_Smoking" value="P">
16765                <span class="AnswerText"> I don't smoke now, but I have smoked in the
  …     past.</span>
16766              </span>
16767              <span class="Option">
16768                <input id="ColorectalCancerRA_Smoking_N" type="radio"
  …     name="ColorectalCancerRA_Smoking" value="N">
16769                <span class="AnswerText"> I have never smoked.</span>
16770              </span>
16771            </div>
16772            <div class="Question">
16773              <label for="ColorectalCancerRA_Cancer" class="QuestionText">Do you have a
  …     parent, sibling, or child who has been diagnosed with colorectal cancer?</label>
16774              <span class="Option">
16775                <input id="ColorectalCancerRA_Cancer_Y" type="radio"
  …     name="ColrectalCanerRA_Cancer" value="Y">
16776                <span class="AnswerText"> Yes</span>
16777              </span>
16778              <span class="Option">
16779                <input id="ColorectalCancerRA_Cancer_N" type="radio"
  …     name="ColrectalCanerRA_Cancer" value="N">
16780                <span class="AnswerText"> No</span>
16781              </span>
16782            </div>
16783            <div class="Question">
16784              <label for="ColorectalCancerRA_Diagnosed" class="QuestionText">Please check
  …     the box if you have ever been diagnosed with:</label>
16785              <span class="Option">
16786                <input class="Checkbox" id="ColorectalCancerRA_Polyps"
  …     onclick="clearCheckBoxes(new Array('NoHistory'));" type="checkbox"
  …     name="ColorectalCancerRA_Polyps" value="on">
16787                <span class="AnswerText"> Colorectal adenomatous polyps</span>
16788              </span>
16789              <span class="Option">
16790                <input class="Checkbox" id="ColorectalCancerRA_Crohns"
  …     onclick="clearCheckBoxes(new Array('NoHistory')),
  …     ColorectalCancerRA_ShowHide('ColorectalCancerRA_CrohnsDisease');" type="checkbox"
  …     name="ColorectalCancerRA_Crohns" value="on">
16791                <span class="AnswerText"> Crohn's disease</span>
16792              </span>
16793              <span class="Option">
16794                <input class="Checkbox" id="ColorectalCancerRA_Colitis"
  …     onclick="clearCheckBoxes(new Array('NoHistory')),
  …     ColorectalCancerRA_ShowHide('ColorectalCancerRA_UlcerativeColitis');" type="checkbox"
```

```
16794    name="ColorectalCancerRA_Colitis" value="on">
16795                        <span class="AnswerText"> Ulcerative colitis</span>
16796                    </span>
16797                    <span class="Option">
16798                        <input class="Checkbox" id="ColorectalCancerRA_Familial"
    …   onclick="clearCheckBoxes(new Array('NoHistory'));" type="checkbox"
    …   name="ColorectalCancerRA_Familial" value="on">
16799                        <span class="AnswerText"> Familial adenomatous polyposis</span>
16800                    </span>
16801                    <span class="Option">
16802                        <input class="Checkbox" id="ColorectalCancerRA_Hereditary"
    …   onclick="clearCheckBoxes(new Array('NoHistory'));" type="checkbox"
    …   name="ColorectalCancerRA_Hereditary" value="on">
16803                        <span class="AnswerText"> Hereditary nonpolyposis colon cancer (HNPCC),
    …   also known as Lynch syndrome</span>
16804                    </span>
16805                    <span class="Option">
16806                        <input class="Checkbox" id="ColorectalCancerRA_Gardner"
    …   onclick="clearCheckBoxes(new Array('NoHistory'));" type="checkbox"
    …   name="ColorectalCancerRA_Gardner" value="on">
16807                        <span class="AnswerText"> Gardner Syndrome</span>
16808                    </span>
16809                    <span class="Option">
16810                        <input class="Checkbox" id="ColorectalCancerRA_NoHistory"
    …   onclick="clearCheckBoxes(new
    …   Array('Polyps','Crohns','Colitis','Familial','Hereditary','Gardner','Breast','Ovarian
    …   ')),
    …   ColorectalCancerRA_HideResult('CrohnsDisease'),ColorectalCancerRA_HideResult('
    …   UlcerativeColitis');" type="checkbox" name="ColorectalCancerRA_NoHistory" value="on">
16811                        <span class="AnswerText"> None of the above</span>
16812                    </span>
16813                </div>
16814                <div class="Question" id="ColorectalCancerRA_CrohnsDisease" style="Display:
    …   none">
16815                    <label for="ColorectalCancerRA_CrohnsDisease" class="QuestionText">Have you
    …   had Crohn's disease for more than 10 years?</label>
16816                    <span class="Option">
16817                        <input id="ColorectalCancerRA_CrohnsDisease_Y" type="radio"
    …   name="ColorectalCancerRA_CrohnsDisease" value="Y">
16818                        <span class="AnswerText"> Yes</span>
16819                        <input id="ColorectalCancerRA_CrohnsDisease_N" type="radio"
    …   name="ColorectalCancerRA_CrohnsDisease" value="N">
16820                        <span class="AnswerText"> No</span>
16821                    </span>
16822                </div>
16823                <div class="Question" id="ColorectalCancerRA_UlcerativeColitis"
    …   style="Display: none">
16824                    <label for="ColorectalCancerRA_UlcerativeColitis" class="QuestionText">Have
    …   you had ulcerative colitis disease for more than 10 years?</label>
16825                    <span class="Option">
16826                        <input id="ColorectalCancerRA_UlcerativeColitis_Y" type="radio"
    …   name="ColorectalCancerRA_UlcerativeColitis" value="Y">
16827                        <span class="AnswerText"> Yes</span>
16828                        <input id="ColorectalCancerRA_UlcerativeColitis_N" type="radio"
    …   name="ColorectalCancerRA_UlcerativeColitis" value="N">
16829                        <span class="AnswerText"> No</span>
16830                    </span>
16831                </div>
16832                <div class="Question" id="ColorectalCancerRA_Fecal" style="Display: none">
16833                    <span class="QuestionText"> Have you had a fecal occult blood test (FOBT)
    …   within the last year? </span>
16834                    <span class="Option">
16835                        <input id="ColorectalCancerRA_Fecal_Y" type="radio"
    …   name="ColorectalCancerRA_Fecal" value="Y">
16836                        <span class="AnswerText"> Yes</span>
16837                        <input id="ColorectalCancerRA_Fecal_N" type="radio"
    …   name="ColorectalCancerRA_Fecal" value="N">
16838                        <span class="AnswerText"> No</span>
```

```
16839                       </span>
16840                   </div>
16841                   <div class="Question" id="ColorectalCancerRA_Sigmoidoscopy" style="Display:
      none">
16842                       <label for="ColorectalCancerRA_Sigmoidoscopy" class="QuestionText"> Have
      you had a sigmoidoscopy within the last five years?</label>
16843                       <span class="Option">
16844                           <input id="ColorectalCancerRA_Sigmoidoscopy_Y" type="radio"
      name="ColorectalCancerRA_Sigmoidoscopy" value="Y">
16845                           <span class="AnswerText"> Yes</span>
16846                           <input id="ColorectalCancerRA_Sigmoidoscopy_N" type="radio"
      name="ColorectalCancerRA_Sigmoidoscopy" value="N">
16847                           <span class="AnswerText"> No</span>
16848                       </span>
16849                   </div>
16850                   <div class="Question" id="ColorectalCancerRA_Colonoscopy" style="Display:
      none">
16851                       <label for="ColorectalCancerRA_Colonoscopy" class="QuestionText"> Have you
      had a colonoscopy within the last 10 years?</label>
16852                       <span class="Option">
16853                           <input id="ColorectalCancerRA_Colonoscopy_Y" type="radio"
      name="ColorectalCancerRA_Colonoscopy" value="Y">
16854                           <span class="AnswerText"> Yes</span>
16855                           <input id="ColorectalCancerRA_Colonoscopy_N" type="radio"
      name="ColorectalCancerRA_Colonoscopy" value="N">
16856                           <span class="AnswerText"> No</span>
16857                       </span>
16858                   </div>
16859                   <br>
16860                   <div class="Button" id="ColorectalCancerRA_submit">
16861                       <input id="ColorectalCancerRA_SubmitButton"
      onclick="ColorectalCancerRA_Submit();" type="button"
      name="ColorectalCancerRA_SubmitButton" value="Calculate">
16862                   </div>
16863               </div>
16864           </div><!-- Results Section --><div class="Results"
      id="ColorectalCancerRA_Results" style="DISPLAY: none"><a href="" title=""
      target="_blank"></a><div class="Button" id="ColorectalCancerRA_reset" style="DISPLAY:
      none"><input id="ColorectalCancerRA_ResetButton"
      onclick="ColorectalCancerRA_Reset();" type="button"
      name="ColorectalCancerRA_ResetButton" value="Return to Assessment"
      class="resubmitbutton"></div><h2>Your results</h2><div
      id="ColorectalCancerRA_Result_Intro" style="DISPLAY: none"><p
      class="Explanation"><STRONG>Your relative risk for developing colorectal cancer is
      <span id="ColorectalCancerRA_OverallRisk"></span></STRONG>. Your risk level is
      determined by the highest-level risk factor you have reported. (A risk factor is
      anything that increases your chance of getting a disease or a condition.) Your risk
      factors and their relative significance are listed below.</p></div><div
      id="ColorectalCancerRA_Result_Intro_Alt" style="DISPLAY: none"><p
      class="Explanation"><STRONG>The information you provided suggests that your relative
      risk for developing colorectal cancer is low.</STRONG> You have none of the common
      risk factors covered in this assessment. Your results show the following preventive
      factors that decrease your likelihood developing colorectal cancer by varying
      degrees:</p></div><div id="ColorectalCancerRA_Result_Risks" style="DISPLAY:
      none"><div id="ColorectalCancerRA_Result_Significant" style="DISPLAY: none"><p
      class="Explanation"><h3>Significant risk factors:</h3><ul><li>You have a personal
      history of colorectal adenomatous polyps. (Other types of polyps, such as
      hyperplastic polyps, do not seem to increase risk.)</li><li>You have a family history
      of colorectal cancer.</li><li>You have a family history of familial adenomatous
      polyposis (FAP).</li><li>You have a family history of hereditary nonpolyposis
      colorectal cancer (HNPCC), also known as Lynch syndrome.</li><li>You have a family
      history of Gardner Syndrome.</li><li>None</li></ul></p></div></div><div
      id="ColorectalCancerRA_Result_Moderate_Risk" style="DISPLAY: none"><p
      class="Explanation"><h3>Moderate risk factors:</h3><ul><li>You are <span
      id="ColorectalCancerRA_AgeValue"></span> years old. Risk increases rapidly starting
      at age 50.</li><li>You are obese; your BMI is 30 or greater.</li><li>You
      smoke.</li><li>You consume more than 14 alcoholic drinks a week.</li><li>You consume
      more than 7 alcoholic drinks a week.</li><li>You have had ulcerative colitis for 10
```

16864 years more.</li><li>You have had Crohn's disease for 10 years or
      more.</li></li></ul></p></div><div id="ColorectalCancerRA_Result_Mild_Risk"
      style="DISPLAY: none"><p class="Explanation"><h3>Mild risk factors:</h3><ul><li>You
      do not get enough exercise.</li><li>You are overweight (but not obese).</li><li>Your
      diet is higher in fat than advisable.</li><li>You are a former
      smoker.</li><li>None</li></ul></p></div><div
      id="ColorectalCancerRA_Result_DecreaseRiskIntro" style="DISPLAY: none"><p>Your
      results also indicate the following preventive factors that decrease your risk of
      colorectal cancer by varying degrees: </p></div><div
      id="ColorectalCancerRA_Result_DecreaseRisk" style="DISPLAY: none"><ul><li>You are not
      yet 50 years old.</li><li>You get at least 30 minutes of moderate exercise on most
      days.</li><li>You have maintained a healthy weight; your BMI is less than
      25.</li><li>Your diet is low in fat.</li><li>You are a vegetarian.</li><li>You have
      never smoked cigarettes.</li><li>You have had a fecal occult blood test within the
      last year.</li><li>You have had a sigmoidoscopy within the last 5 years.</li><li>You
      have had a colonoscopy within the last 10 years.</li></ul></div><div
      id="ColorectalCancerRA_Result_StandardText" style="DISPLAY: none"><p
      class="Explanation"><h3>Understanding risk factors for colorectal
      cancer</h3></p><p>Important risk factors for colorectal cancer include family and
      personal medical history, especially:

16865 <ul><li>Family history of colorectal cancer or hereditary colorectal
      cancer syndromes. Up to 10% of people with colorectal cancer have inherited a genetic
      abnormality tied to this illness.</li><li>Personal history of adenomatous polyps or
      chronic inflammatory bowel disease. Adenomatous polyps of the colon or rectum are
      noncancerous growths that may develop into cancer if not treated. Chronic
      inflammatory bowel disease includes ulcerative colitis and Crohn's
      disease.</li></ul></p><p>Other factors that increase the risk for colorectal cancer,
      according to the ACS:

16866 <ul><li>Being of African-American or Eastern European Jewish
      descent</li><li>Advancing age. About 90% of people with colorectal cancer are 50 or
      older.</li><li>Lifestyle choices, particularly, a diet high in red meat and processed
      meat, lack of exercise, and smoking</li><li>Excess alcohol consumption (more than two
      drinks a day for men and one drink a day for women).</li><li>Obesity</li><li>Having
      type 2 diabetes</li></ul></p><p class="Explanation"><h3>The Importance of
      screening</h3></p><p>Screening is important for preventing colorectal cancer.
      Screening can find polyps (growths that can become cancer) and remove them before
      they turn into cancer, the ACS says. Screening can also find cancer early, when it is
      highly curable.</p><p>People who have no other risk factors except advancing age
      should begin regular screening for colorectal cancer at age 50, according to the ACS
      and the U.S. Preventive Services Task Force. If you have a family history or other
      risk factors for colorectal cancer, talk with your health care provider about the
      need for screening at an earlier age or for more frequent screening. Several
      screening tests are available, but medical experts differ on which test is better or
      how often to get screened.</p><p>For those who are at least 50 years old and of
      average risk for colorectal cancer, the ACS recommends:

16867 <ul><li>A fecal occult blood test (FOBT) or fecal immunochemical test
      (FIT) every year, or</li><li>A flexible sigmoidoscopy every 5 years, or</li><li>A
      double-contrast barium enema every 5 years, or</li><li>A colonoscopy every 10 years,
      or</li><li>A CT colonography (virtual colonoscopy) every 5 years, or</li><li>A stool
      DNA test every 3 years</li></ul></p><p>The ACS recommends that you begin testing at
      an earlier age or have more frequent screening if you have any of these risk factors:

16868 <ul><li>A family history of colorectal cancer. If your parent, sibling or
      child was diagnosed younger than 60, or you have two immediate family members
      diagnosed at any age.</li><li>A family history of hereditary colorectal cancer
      syndromes, such as familial adenomatous polyposis (FAP) or hereditary nonpolyposis
      colon cancer (HNPCC).</li><li>A personal history of colorectal cancer or adenomatous
      polyps.</li><li>A personal history of chronic inflammatory bowel
      disease.</li></ul></p><p class="Explanation"><h3>Description of screening
      tests</h3></p><p><b>Fecal occult blood test (FOBT)</b>. This test can find hidden
      blood in the feces. Small samples of stool are smeared on a card, and a chemical is
      added to look for a color change that means blood is present. This can mean the
      presence of polyps or cancers.</p><p><b>Fecal immunochemical test (FIT)</b>. This
      test is similar to a fecal occult blood test, but it doesn't require any restrictions
      on diet or medications before the test.</p><p><b>Flexible sigmoidoscopy</b>. A
      slender, flexible, hollow, lighted tube with a small video camera on the end is
      inserted through the rectum into the lower part of the colon to look for polyps and
      cancers. Any small polyp found may be removed; polyps, even those that aren't
      cancerous, eventually may turn into cancer.</p><p><b>Colonoscopy</b>. Just as in the

16868... sigmoidoscopy, a slender, flexible, hollow, lighted tube is inserted through the
...  rectum into the colon to look for polyps and cancers, but a colonoscope is longer and
...  allows the healthcare provider to see the entire length of the colon. If a small
...  polyp is found, your provider may remove it. Polyps, even those that are not
...  cancerous, eventually may turn into cancer. This test typically requires deeper
...  anesthesia than a sigmoidoscopy. You will need someone to drive you home afterward.
...  Some people might prefer one of the other screening tests, but if you choose any of
...  the other tests and an abnormality is found, you will likely still need a
...  colonoscopy.</p><p><b>Double-contrast barium enema</b>. Barium sulfate, a chalky
...  substance, is used to partially fill and open up the colon. Air is then pumped in to
...  expand the colon and rectum. An X-ray of the abdomen shows strictures (narrowed
...  areas), obstructions (blockages), and other problems.</p><p><b>CT colonography
...  (virtual colonoscopy)</b>. This test uses computerized tomography (CT) scans to
...  examine the colon for polyps or masses. The images are processed by a computer to
...  make a 3-D model of the colon. Virtual colonoscopy is noninvasive, although a small
...  tube must be inserted into the rectum to pump air into the colon.</p><p><b>Stool DNA
...  test.</b> This test looks for specific DNA changes from cancer or polyp cells in the
...  feces. For this test, an entire stool sample is collected and sent off to a lab for
...  testing.</p><p class="Explanation"><h3>Treatment for colon polyps and colorectal
...  cancer</h3></p><p>If your health care provider finds a precancerous polyp, it can be
...  removed during a colonoscopy. If your provider finds cancer, he or she will recommend
...  one of several treatment options. The main types of treatment for colorectal cancer
...  are surgery, radiation therapy, chemotherapy, and targeted therapy, the ACS says.
...  Depending on how advanced the cancer is, treatments may be combined or used one after
...  another.</p><p class="Explanation"><h3>Reducing your risk for colorectal
...  cancer</h3></p><p>You can reduce your risk for colorectal cancer by maintaining a
...  healthy weight and eating a nutritious diet that includes plenty of fruits,
...  vegetables, and whole grains. You should also limit how much red and processed meat
...  you eat. You should quit smoking if you smoke and limit how much alcohol you drink.
...  You should also get regular exercise. The ACS recommends at least 75 minutes of
...  vigorous activity or 150 minutes of moderate physical activity a week.</p><br><p
...  class="Disclaimer"><i>This information is not intended as a substitute for
...  professional health care. Always consult with a health care provider for advice
...  concerning your health. Only your health care provider can do a thorough disease risk
...  assessment or determine if you have colorectal cancer.</i></p></div></div><script
...  language="javascript"><!--

```
16869 /***************/
16870 /* Generic code */
16871 /***************/
16872
16873 // this code runs whenever the page loads
16874 var m_ThisCalculatorsName = "ColorectalCancerRA";
16875 var m_ExpectedNumberOfParameters = 25;
16876 var m_DebugMode = false;
16877
16878 var m_CurrentQueryString = location.search.substring(1);
16879 var m_PreCalculationQueryString = GetPreCalculationQueryString();
16880 var m_Parameters = []; // this will be initialized if and when appropriate values are
...   present in the query string
16881
16882 m_Parameters = ColorectalCancerRA_ParseQueryString();
16883
16884 // run the calculator if all the values are present for it to work on
16885 if(m_DebugMode) alert("Parameter length: " + m_Parameters.length);
16886 if(m_Parameters.length == m_ExpectedNumberOfParameters)
16887 {
16888     try
16889     {
16890         // run the calculation code
16891         if(m_DebugMode) alert("Trying To Calculate");
16892         ColorectalCancerRA_Calculate();
16893
16894         // Then display the results
16895         if(m_DebugMode) alert("Trying to DisplayResults");
16896         ColorectalCancerRA_DisplayResults();
16897     }
16898     catch(exc)
16899     {
```

```
16900            if(m_DebugMode) alert("failed, resetting");
16901            //ColorectalCancerRA_Reset();
16902        }
16903 }
16904 //****** ColorectalCancerRA_ParseQueryString ************************//
16905 function ColorectalCancerRA_ParseQueryString()
16906 {
16907     var calculatorPair;
16908     var isFound = false;
16909     var FoundParams = [];
16910
16911     //split the query and get out the params
16912     if(m_CurrentQueryString.indexOf(m_ThisCalculatorsName + "_Parameters=") >= 0)
16913     {
16914         var queryPairs = m_CurrentQueryString.split("&");
16915
16916         for(i = 0; i < queryPairs.length && !isFound; i++)
16917         {
16918             if(queryPairs[i].indexOf(m_ThisCalculatorsName + "_Parameters=") >= 0)
16919             {
16920                 isFound = true;
16921                 calculatorPair = queryPairs[i].split("=");
16922                 FoundParams = calculatorPair[1].split(",");
16923             }
16924         }
16925     }
16926
16927     return FoundParams;
16928 }
16929
16930 //****** GetPreCalculationQueryString *******************************//
16931 function GetPreCalculationQueryString()
16932 {
16933     m_PreCalculationQueryString = "";
16934
16935     var tmpArray = m_CurrentQueryString.split("&"); //get the paired querystring
       parameters.
16936
16937     // look for and retain all query string values extant prior to calculator being
       used
16938     for(x = 0; x < tmpArray.length; x++)
16939     {
16940         if(tmpArray[x].indexOf(m_ThisCalculatorsName + "_Parameters=") < 0) //if you
           dont find it, append to the newQuerystring
16941         {
16942             m_PreCalculationQueryString += tmpArray[x] + "&";
16943         }
16944     }
16945     // if there were any non-calculator query string values prior to running the
       calc, append those to this page's url
16946     return ((m_PreCalculationQueryString.length > 0) ?
       (m_PreCalculationQueryString.substring(0, m_PreCalculationQueryString.length-1)) :
       "");
16947 }
16948
16949 //****** ColorectalCancerRA_Submit **********************************//
16950
16951 function ColorectalCancerRA_Submit()
16952 {
16953     if(ColorectalCancerRA_Validate() == true)
16954     {
16955         // assemble query string to be used for calculation work
16956         ColorectalCancerRA_CreateQuerystring();
16957     }
16958 }
16959
16960 //****** ColorectalCancerRA_Reset ***********************************//
16961 function ColorectalCancerRA_Reset()
```

```
16962  {
16963      window.location.href = location.pathname + ((m_PreCalculationQueryString.length >
…      0) ? ("?" + m_PreCalculationQueryString) : "");
16964  }
16965
16966  /*******************************/
16967  /* Functions specific to this tool */
16968  /*******************************/
16969  // Global Variables
16970  var Age;
16971  var Sex;
16972  var Exercise;
16973  var Weight;
16974  var Height_Feet;
16975  var Height_Inches;
16976  var BMI;
16977  var Vegetarian;
16978  var Calories;
16979  var Alch;
16980  var Smoke;
16981  var Cancer;
16982  var Diagnosed;
16983
16984  // checkbox question vars
16985  var Polyps;
16986  var Crohns;
16987  var Colitis;
16988  var Familial;
16989  var Hereditary;
16990  var Gardner;
16991  var NoHistory;
16992
16993
16994  // Age over 50 questions.
16995  var CrohnsDisease;
16996  var UlcerativeColitis;
16997  var Fecal;
16998  var Sigmoidoscopy;
16999  var Colonoscopy;
17000
17001
17002  //****** ColorectalCancerRA_Validate *******************************//
17003  function ColorectalCancerRA_Validate() {
17004
17005      var strError = "Some information is missing. To receive accurate results, you
…      must answer all the questions. Please go back and complete any unanswered questions
…      before you click the Calculate button.\r\n";
17006      var isError = false;
17007
17008      var elemAge     = document.getElementById(m_ThisCalculatorsName + "_" + "Age");
17009      var elemSex_M        = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Sex_M");
17010      var elemSex_F        = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Sex_F");
17011      var elemExercise_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Exercise_Y");
17012      var elemExercise_N   = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Exercise_N");
17013      var elemWeight       = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Weight");
17014      var elemHeight_Feet     = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Height_Feet");
17015      var elemHeight_Inches   = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Height_Inches");
17016
17017      var elemVegetarian_Y    = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Vegetarian_Y");
17018      var elemVegetarian_N    = document.getElementById(m_ThisCalculatorsName + "_" +
```

```
17018    "Vegetarian_N");
17019        var elemCalories_Y  = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Calories_Y");
17020        var elemCalories_N  = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Calories_N");
17021        var elemAlch_Y      = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Alch_Y");
17022        var elemAlch_N      = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Alch_N");
17023        var elemSmoking_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Smoking_Y");
17024        var elemSmoking_P   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Smoking_P");
17025        var elemSmoking_N   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Smoking_N");
17026        var elemCancer_Y    = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Cancer_Y");
17027        var elemCancer_N    = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Cancer_N");
17028        var elemPolyps      = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Polyps");
17029        var elemCrohns      = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Crohns");
17030        var elemColitis     = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Colitis");
17031        var elemFamilial    = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Familial");
17032        var elemHereditary  = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Hereditary");
17033        var elemGardner     = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Gardner");
17034        var elemNoHistory       = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "NoHistory");
17035        var elemCrohnsDisease_Y = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "CrohnsDisease_Y");
17036        var elemCrohnsDisease_N = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "CrohnsDisease_N")
17037        var elemUlcerativeColitis_Y = document.getElementById(m_ThisCalculatorsName + "_"
    ... + "UlcerativeColitis_Y");
17038        var elemUlcerativeColitis_N = document.getElementById(m_ThisCalculatorsName + "_"
    ... + "UlcerativeColitis_N");
17039        var elemFecal_Y     = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Fecal_Y");
17040        var elemFecal_N     = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Fecal_N");
17041        var elemSigmoidoscopy_Y = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Sigmoidoscopy_Y");
17042        var elemSigmoidoscopy_N = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Sigmoidoscopy_N");
17043        var elemColonoscopy_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Colonoscopy_Y");
17044        var elemColonoscopy_N   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "Colonoscopy_N");
17045
17046        // extra questions for users that are 50 or older.
17047        var elemCrohnsDisease   = document.getElementById(m_ThisCalculatorsName + "_" +
    ... "CrohnsDisease_Y");
17048
17049        //elemAge - Check that they selected an age
17050        if (elemAge.value.length != 0)
17051        {
17052            if ( isNaN(elemAge.value) || elemAge.value < 18 || elemAge.value >100 )
17053            {
17054                strError = "Please enter a valid number for age. You must enter a number
    ... between 18 and 100.";
17055                isError = true;
17056            }
17057        }
```

```
17058        else
17059        {
17060            isError = true;
17061        }
17062
17063        if ((!elemSex_M.checked) && (!elemSex_F.checked))
17064        {
17065            isError = true;
17066        }
17067
17068        if((!elemExercise_Y.checked) && (!elemExercise_N.checked))
17069        {
17070            isError = true;
17071        }
17072
17073
17074        if ( isNaN(elemWeight.value) || (elemWeight.value < 80) || (elemWeight.value >
…    500 ))
17075        {
17076            strError ="Please enter a valid number for weight. You must enter a number
…    between 80 and 500.";
17077            isError = true;
17078        }
17079
17080        if ((elemHeight_Feet.value < 3) || (elemHeight_Feet.value > 8))
17081        {
17082            strError = "Please enter valid numbers for feet and inches. You must enter a
…    number between 3 and 8 for feet and between 0 and 12 for inches.";
17083            isError = true;
17084        }
17085        if ((elemHeight_Inches.value < 0) || (elemHeight_Inches.value > 11.9))
17086        {
17087            strError = "Please enter valid numbers for feet and inches. You must enter a
…    number between 3 and 8 for feet and between 0 and 12 for inches.";
17088            isError = true;
17089        }
17090
17091        if ((!elemVegetarian_Y.checked) && (!elemVegetarian_N.checked))
17092        {
17093            isError = true;
17094        }
17095
17096        if ((!elemCalories_Y.checked) && (!elemCalories_N.checked))
17097        {
17098            isError = true;
17099        }
17100
17101        if ((!elemAlch_Y.checked) && (!elemAlch_N.checked))
17102        {
17103            isError = true;
17104        }
17105
17106        if ((!elemSmoking_Y.checked) && (!elemSmoking_P.checked) &&
…    (!elemSmoking_N.checked))
17107        {
17108            isError = true;
17109        }
17110
17111        //elemPolyps
17112        //elemCrohns
17113        //elemColitis
17114        //elemFamilial
17115        //elemHereditary
17116        //elemGardner
17117        //elemNoHistory
17118        if (NothingChecked(new
…    Array('Polyps','Crohns','Colitis','Familial','Hereditary','Gardner','NoHistory')))
17119        {
```

```
17120            isError = true;
17121        }
17122
17123        // if crohns was checked in the checkbox array make sure the Chrohns question is
…      answered
17124        if(elemCrohns.checked)
17125        {
17126            if((!elemCrohnsDisease_Y.checked) && (!elemCrohnsDisease_N.checked))
17127            {
17128                isError = true;
17129            }
17130        }
17131
17132        if(elemColitis.checked)
17133        {
17134             if((!elemUlcerativeColitis_Y.checked) && (!elemUlcerativeColitis_N.checked))
17135             {
17136                isError = true;
17137            }
17138        }
17139
17140        if(elemAge.value > 49)
17141        {
17142            if ((((!elemFecal_Y.checked) && (!elemFecal_N.checked)) ||
…      ((!elemSigmoidoscopy_Y.checked) && (!elemSigmoidoscopy_N.checked)) ||
…      ((!elemSigmoidoscopy_Y.checked) && (!elemSigmoidoscopy_N.checked)) ||
…      ((!elemColonoscopy_Y.checked) && (!elemColonoscopy_N.checked)))
17143            {
17144                isError = true;
17145            }
17146
17147        }
17148
17149
17150        //if there was an error, display alert, and return to form.
17151        if(isError)
17152        {
17153            alert(strError);
17154            return false;
17155        }
17156        else
17157        {
17158            return true;
17159        }
17160 }
17161
17162 //****** ColorectalCancerRA_CreateQuerystring *********************************//
17163 function ColorectalCancerRA_CreateQuerystring()
17164 {
17165        //gather the answers and put them in the querystring, repost to the same page
17166        var newQuerystring = m_ThisCalculatorsName + "_Parameters=";
17167
17168        //Parameter Order:
17169
17170        var elemAge     = document.getElementById(m_ThisCalculatorsName + "_" + "Age");
…      //0
17171        var elemSex_M        = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Sex_M");
17172        var elemSex_F        = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Sex_F");
17173        var elemExercise_Y = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Exercise_Y");
17174        var elemExercise_N = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Exercise_N");
17175        var elemWeight       = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Weight");
17176        var elemHeight_Feet     = document.getElementById(m_ThisCalculatorsName + "_" +
…      "Height_Feet");
```

```
17177    var elemHeight_Inches = document.getElementById(m_ThisCalculatorsName + "_" +
      "Height_Inches");
17178    var elemBMI     = document.getElementById(m_ThisCalculatorsName + "_" + "BMI");
17179    var elemVegetarian_Y     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Vegetarian_Y");
17180    var elemVegetarian_N     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Vegetarian_N");
17181    var elemCalories_Y = document.getElementById(m_ThisCalculatorsName + "_" +
      "Calories_Y");
17182    var elemCalories_N = document.getElementById(m_ThisCalculatorsName + "_" +
      "Calories_N");
17183    var elemAlch_Y     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Alch_Y");
17184    var elemAlch_N     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Alch_N");
17185    var elemSmoking_Y  = document.getElementById(m_ThisCalculatorsName + "_" +
      "Smoking_Y");
17186    var elemSmoking_P  = document.getElementById(m_ThisCalculatorsName + "_" +
      "Smoking_P");
17187    var elemSmoking_N  = document.getElementById(m_ThisCalculatorsName + "_" +
      "Smoking_N");
17188    var elemCancer_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
      "Cancer_Y");
17189    var elemCancer_N   = document.getElementById(m_ThisCalculatorsName + "_" +
      "Cancer_N");
17190    var elemPolyps     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Polyps");
17191    var elemCrohns     = document.getElementById(m_ThisCalculatorsName + "_" +
      "Crohns");
17192    var elemColitis    = document.getElementById(m_ThisCalculatorsName + "_" +
      "Colitis");
17193    var elemFamilial   = document.getElementById(m_ThisCalculatorsName + "_" +
      "Familial");
17194    var elemHereditary = document.getElementById(m_ThisCalculatorsName + "_" +
      "Hereditary");
17195    var elemGardner    = document.getElementById(m_ThisCalculatorsName + "_" +
      "Gardner");
17196    var elemNoHistory    = document.getElementById(m_ThisCalculatorsName + "_" +
      "NoHistory");
17197    var elemCrohnsDisease_Y    = document.getElementById(m_ThisCalculatorsName + "_"
      + "CrohnsDisease_Y");
17198    var elemCrohnsDisease_N    = document.getElementById(m_ThisCalculatorsName + "_"
      + "CrohnsDisease_N")
17199    var elemUlcerativeColitis_Y = document.getElementById(m_ThisCalculatorsName + "_"
      + "UlcerativeColitis_Y");
17200    var elemUlcerativeColitis_N    = document.getElementById(m_ThisCalculatorsName +
      "_" + "UlcerativeColitis_N");
17201    var elemFecal_Y    = document.getElementById(m_ThisCalculatorsName + "_" +
      "Fecal_Y");
17202    var elemFecal_N    = document.getElementById(m_ThisCalculatorsName + "_" +
      "Fecal_N");
17203    var elemSigmoidoscopy_Y = document.getElementById(m_ThisCalculatorsName + "_" +
      "Sigmoidoscopy_Y");
17204    var elemSigmoidoscopy_N = document.getElementById(m_ThisCalculatorsName + "_" +
      "Sigmoidoscopy_N");
17205    var elemColonoscopy_Y  = document.getElementById(m_ThisCalculatorsName + "_" +
      "Colonoscopy_Y");
17206    var elemColonoscopy_N  = document.getElementById(m_ThisCalculatorsName + "_" +
      "Colonoscopy_N"); //31

17207
17208    var AlchNum;
17209
17210    // elemAge
17211    newQuerystring += elemAge.value + ",";
17212
17213    if (elemSex_M.checked)
17214    {
17215        newQuerystring += "M,";
```

```
17216        AlchNum = "4";
17217    }
17218    else
17219    {
17220        newQuerystring += "F,";
17221        AlchNum = "7";
17222    }
17223
17224    if (elemExercise_Y.checked)
17225    {
17226        newQuerystring += "1,";
17227    }
17228    else
17229    {
17230        newQuerystring += "0,";
17231    }
17232
17233    newQuerystring += elemWeight.value + ',';
17234
17235    // BMI Calc
17236    var totalInches = (parseInt(elemHeight_Inches.value) +
…  parseInt(elemHeight_Feet.value * 12));
17237    BMI = (parseInt(elemWeight.value) /(totalInches*totalInches)) * 703;
17238
17239    newQuerystring += elemHeight_Feet.value + "," + elemHeight_Inches.value + "," +
…  BMI + ",";
17240
17241    if(elemVegetarian_Y.checked == true)
17242    {
17243        newQuerystring += "1,";
17244    }
17245    else
17246    {
17247        newQuerystring += "0,";
17248    }
17249
17250    if(elemCalories_Y.checked == true)
17251    {
17252        newQuerystring += "1,";
17253    }
17254    else
17255    {
17256        newQuerystring += "0,";
17257    }
17258
17259    if(elemAlch_Y.checked == true)
17260    {
17261        newQuerystring += "1,";
17262    }
17263    else
17264    {
17265        newQuerystring += "0,";
17266    }
17267
17268    if(elemSmoking_Y.checked == true)
17269    {
17270        newQuerystring += "1,";
17271
17272    }
17273    else if(elemSmoking_P.checked == true)
17274    {
17275        newQuerystring += "2,";
17276    }
17277
17278    else
17279    {
17280        newQuerystring += "0,";
17281    }
```

```
if(elemCancer_Y.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}


if(elemPolyps.checked == true)
{

    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}

if(elemCrohns.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}

if(elemColitis.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}

if(elemFamilial.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}

if(elemHereditary.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}


if(elemGardner.checked == true)
{
    newQuerystring += "1,";
}
else
{
    newQuerystring += "0,";
}
```

```
17350        if(elemNoHistory.checked == true)
17351        {
17352            newQuerystring += "1,";
17353        }
17354        else
17355        {
17356            newQuerystring += "0,";
17357        }
17358        if(elemCrohns.checked == true && elemCrohnsDisease_Y.checked == true)
17359        {
17360            newQuerystring += "1,";
17361        }
17362        else
17363        {
17364            newQuerystring += "0,";
17365        }
17366        if(elemColitis.checked == true && elemUlcerativeColitis_Y.checked == true)
17367        {
17368            newQuerystring += "1,";
17369        }
17370        else
17371        {
17372            newQuerystring += "0,";
17373        }
17374        if(elemFecal_Y.checked == true)
17375        {
17376            newQuerystring += "1,";
17377        }
17378        else
17379        {
17380            newQuerystring += "0,";
17381        }
17382        if(elemSigmoidoscopy_Y.checked == true)
17383        {
17384            newQuerystring += "1,";
17385        }
17386        else
17387        {
17388            newQuerystring += "0,";
17389        }
17390        if(elemColonoscopy_Y.checked == true)
17391        {
17392            newQuerystring += "1,";
17393        }
17394        else
17395        {
17396            newQuerystring += "0,";
17397        }
17398
17399        //auto navigate to the results section
17400        //newQuerystring += "#Results";
17401
17402        if(m_PreCalculationQueryString.length > 0) {
17403            window.location.href = location.pathname + "?" + m_PreCalculationQueryString
     + "&" + newQuerystring;
17404        } else {
17405            window.location.href = location.pathname + "?" + newQuerystring;
17406        }
17407 }
17408
17409 //****** ColorectalCancerRA_Calculate ****************************************//
17410 function ColorectalCancerRA_Calculate() {
17411        //Parameter Order:
17412        Age                 = m_Parameters[0];
17413        Sex                 = m_Parameters[1];
17414        Exercise         = m_Parameters[2];
17415        Weight             = m_Parameters[3];
17416        Height_Feet     = m_Parameters[4];
```

```
Height_Inches    = m_Parameters[5];
BMI              = m_Parameters[6];
Vegetarian       = m_Parameters[7];
Calories         = m_Parameters[8];
Alch             = m_Parameters[9];
Smoking          = m_Parameters[10];
Cancer           = m_Parameters[11];
Polyps           = m_Parameters[12];
Crohns           = m_Parameters[13];
Colitis          = m_Parameters[14];
Familial         = m_Parameters[15];
Hereditary       = m_Parameters[16];
Gardner          = m_Parameters[17];
NoHistory        = m_Parameters[20];
CrohnsDisease    = m_Parameters[21];
UlcerativeColitis   = m_Parameters[22];
Fecal            = m_Parameters[23];
Sigmoidoscopy    = m_Parameters[24];
Colonoscopy      = m_Parameters[25];

}

//****** ColorectalCancerRA_DisplayResults *******************************//
function ColorectalCancerRA_DisplayResults()
{
    ColorectalCancerRA_RePopulateCalculator();
    ColorectalCancerRA_HideResult("Form");
    ColorectalCancerRA_DisplayResult("Results");

    var OverallRisk;
    var HighRisk = false;
    var ModerateRisk = false;
    var MildRisk = false;
    var DecreaseRisk = false;


// Risk factors of high significance

    if (Cancer == 1)
    {
        ColorectalCancerRA_DisplayResult("Result_Cancer");
        HighRisk = true;
    }

    if (Polyps == 1)
    {
        ColorectalCancerRA_DisplayResult("Result_Polyps");
        HighRisk = true;
    }

    if (Familial == 1)
    {
        ColorectalCancerRA_DisplayResult("Result_Familial");
        HighRisk = true;
    }

    if (Hereditary == 1)
    {
        ColorectalCancerRA_DisplayResult("Result_Hereditary");
        HighRisk = true;
    }
    if (Gardner == 1)
    {
        ColorectalCancerRA_DisplayResult("Result_Gardner");
        HighRisk = true;
    }

    if (HighRisk == true)
```

Page 509

```
17485          OverallRisk = "high";
17486
17487          if(HighRisk == false)
17488          {
17489               ColorectalCancerRA_DisplayResult("Result_Significant_None");
17490          }
17491 //End High risk.
17492
17493 // Risk factors of moderate significance
17494
17495          if(Age > 49)
17496          {
17497               ModerateRisk = true;
17498               ColorectalCancerRA_DisplayResult("Result_Moderate_Age");
17499          }
17500
17501          if(BMI > 29)
17502          {
17503               ModerateRisk = true;
17504               ColorectalCancerRA_DisplayResult("Result_Moderate_BMI");
17505          }
17506
17507          if(Alch == 1)
17508          {
17509               ModerateRisk = true;
17510               if (Sex == "M")
17511               {
17512                    ColorectalCancerRA_DisplayResult("Result_Moderate_Alch_M");
17513               }
17514               else
17515               {
17516                    ColorectalCancerRA_DisplayResult("Result_Moderate_Alch_F");
17517               }
17518          }
17519
17520          if(Smoking == 1)
17521          {
17522               ModerateRisk = true;
17523               ColorectalCancerRA_DisplayResult("Result_Moderate_Smoke");
17524          }
17525
17526          if(UlcerativeColitis == 1)
17527          {
17528               ModerateRisk = true;
17529               ColorectalCancerRA_DisplayResult("Result_Moderate_UlcerativeColitis");
17530          }
17531
17532          if(CrohnsDisease == 1)
17533          {
17534               ModerateRisk = true;
17535               ColorectalCancerRA_DisplayResult("Result_Moderate_CrohnsDisease");
17536          }
17537
17538          if (ModerateRisk == false)
17539          {
17540               ColorectalCancerRA_DisplayResult("Result_Moderate_None");
17541          }
17542 // End Moderate
17543
17544
17545 // Risk factors of mild significance
17546
17547          if(Exercise == 0)
17548          {
17549               MildRisk = true;
17550               ColorectalCancerRA_DisplayResult("Result_Mild_Exercise");
17551          }
17552          if(BMI >= 25 && BMI < 30)
```

```
17553                  {
17554                      MildRisk = true;
17555                      ColorectalCancerRA_DisplayResult("Result_Mild_Overweight");
17556                  }
17557              if(Calories == 0)
17558              {
17559                      MildRisk = true;
17560                      ColorectalCancerRA_DisplayResult("Result_Mild_Calories");
17561              }
17562              if(Smoking == 2)
17563              {
17564                      MildRisk = true;
17565                      ColorectalCancerRA_DisplayResult("Result_Mild_Smoking_Past");
17566              }
17567              if(MildRisk == false)
17568              {
17569                      ColorectalCancerRA_DisplayResult("Result_Mild_None");
17570              }
17571  // End Mild
17572
17573
17574  //Decreased Risk section of Results
17575          if(Age < 50)
17576          {
17577                  DecreaseRisk = true;
17578                  ColorectalCancerRA_DisplayResult("Result_Age");
17579          }
17580          if(Exercise == 1)
17581          {
17582                  DecreaseRisk = true;
17583                  ColorectalCancerRA_DisplayResult("Result_Exercise");
17584          }
17585          if(BMI < 25 && BMI >= 18.5)
17586          {
17587                  DecreaseRisk = true;
17588                  ColorectalCancerRA_DisplayResult("Result_BMI");
17589          }
17590          if(Calories == 1)
17591          {
17592                  DecreaseRisk = true;
17593                  ColorectalCancerRA_DisplayResult("Result_Calories");
17594          }
17595          if(Vegetarian == 1)
17596          {
17597                  DecreaseRisk = true;
17598                  ColorectalCancerRA_DisplayResult("Result_Vegetarian");
17599          }
17600          if(Smoking == 0 )
17601          {
17602                  DecreaseRisk = true;
17603                  ColorectalCancerRA_DisplayResult("Result_NotSmoking");
17604          }
17605          if(Fecal == 1)
17606          {
17607                  DecreaseRisk = true;
17608                  ColorectalCancerRA_DisplayResult("Result_FecalYes");
17609          }
17610          if(Sigmoidoscopy == 1)
17611          {
17612                  DecreaseRisk = true;
17613                  ColorectalCancerRA_DisplayResult("Result_SigmoidoscopyYes");
17614          }
17615          if(Colonoscopy == 1)
17616          {
17617                  DecreaseRisk = true;
17618                  ColorectalCancerRA_DisplayResult("Result_ColonoscopyYes");
17619          }
17620
```

```
17621        if(DecreaseRisk == true)
17622        {
17623            ColorectalCancerRA_DisplayResult("Result_DecreaseRisk");
17624
17625        }
17626   // End of Decreased
17627
17628   // Risk level display
17629        if(HighRisk == true || ModerateRisk == true || MildRisk == true)
17630        {
17631            ColorectalCancerRA_DisplayResult("Result_Significant");
17632        }
17633
17634        if (ModerateRisk == true || HighRisk == true || MildRisk == true)
17635        {
17636            ColorectalCancerRA_DisplayResult("Result_Moderate_Risk");
17637        }
17638
17639        if(MildRisk == true || ModerateRisk == true || HighRisk == true)
17640        {
17641            ColorectalCancerRA_DisplayResult("Result_Mild_Risk");
17642        }
17643
17644        if (HighRisk == true);
17645        {
17646            OverallRisk = "high";
17647        }
17648
17649        if ((HighRisk == false) && (ModerateRisk == true))
17650        {
17651            OverallRisk = "moderate";
17652        }
17653
17654        if ((HighRisk == false) && (ModerateRisk == false) && (MildRisk == true))
17655        {
17656            OverallRisk = "mild";
17657        }
17658
17659        if ((HighRisk == false) && (ModerateRisk == false) && (MildRisk == false))
17660        {
17661            ColorectalCancerRA_DisplayResult("Result_Intro_Alt");
17662            ColorectalCancerRA_HideResult("Result_Intro");
17663        }
17664        else
17665        {
17666            ColorectalCancerRA_DisplayResult("Result_Intro");
17667            ColorectalCancerRA_DisplayResult("Result_DecreaseRiskIntro");
17668        }
17669
17670        ColorectalCancerRA_DisplayResult("Result_Risks");
17671        ColorectalCancerRA_DisplayResult("Resources");
17672        ColorectalCancerRA_DisplayResult("Result_StandardText");
17673        ColorectalCancerRA_SetValue("AgeValue", Age + " ");
17674        ColorectalCancerRA_SetValue("OverallRisk", OverallRisk);
17675        ColorectalCancerRA_DisplayResult("reset");
17676   }
17677
17678   //****** ColorectalCancerRA_RePopulateCalculator *******************************//
17679   function ColorectalCancerRA_RePopulateCalculator()
17680   {
17681        var elemAge      = document.getElementById(m_ThisCalculatorsName + "_" + "Age");
...//0
17682        var elemSex_M        = document.getElementById(m_ThisCalculatorsName + "_" +
...   "Sex_M");
17683        var elemSex_F        = document.getElementById(m_ThisCalculatorsName + "_" +
...   "Sex_F");
17684        var elemExercise_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
...   "Exercise_Y");
```

```
17685        var elemExercise_N   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Exercise_N");
17686        var elemWeight       = document.getElementById(m_ThisCalculatorsName + "_" +
     "Weight");
17687        var elemHeight_Feet     = document.getElementById(m_ThisCalculatorsName + "_" +
     "Height_Feet");
17688        var elemHeight_Inches   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Height_Inches");
17689        var elemBMI          = document.getElementById(m_ThisCalculatorsName + "_" + "BMI");
17690        var elemVegetarian_Y = document.getElementById(m_ThisCalculatorsName + "_" +
     "Vegetarian_Y");
17691        var elemVegetarian_N = document.getElementById(m_ThisCalculatorsName + "_" +
     "Vegetarian_N");
17692        var elemCalories_Y = document.getElementById(m_ThisCalculatorsName + "_" +
     "Calories_Y");
17693        var elemCalories_N = document.getElementById(m_ThisCalculatorsName + "_" +
     "Calories_N");
17694        var elemAlch_Y     = document.getElementById(m_ThisCalculatorsName + "_" +
     "Alch_Y");
17695        var elemAlch_N     = document.getElementById(m_ThisCalculatorsName + "_" +
     "Alch_N");
17696        var elemSmoking_Y  = document.getElementById(m_ThisCalculatorsName + "_" +
     "Smoking_Y");
17697        var elemSmoking_P  = document.getElementById(m_ThisCalculatorsName + "_" +
     "Smoking_P");
17698        var elemSmoking_N  = document.getElementById(m_ThisCalculatorsName + "_" +
     "Smoking_N");
17699        var elemCancer_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Cancer_Y");
17700        var elemCancer_N   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Cancer_N");
17701        var elemPolyps     = document.getElementById(m_ThisCalculatorsName + "_" +
     "Polyps");
17702        var elemCrohns     = document.getElementById(m_ThisCalculatorsName + "_" +
     "Crohns");
17703        var elemColitis    = document.getElementById(m_ThisCalculatorsName + "_" +
     "Colitis");
17704        var elemFamilial   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Familial");
17705        var elemHereditary = document.getElementById(m_ThisCalculatorsName + "_" +
     "Hereditary");
17706        var elemGardner    = document.getElementById(m_ThisCalculatorsName + "_" +
     "Gardner");
17707        var elemNoHistory      = document.getElementById(m_ThisCalculatorsName + "_" +
     "NoHistory");
17708        var elemCrohnsDisease_Y = document.getElementById(m_ThisCalculatorsName + "_" +
     "CrohnsDisease_Y");
17709        var elemCrohnsDisease_N = document.getElementById(m_ThisCalculatorsName + "_" +
     "CrohnsDisease_N");
17710        var elemUlcerativeColitis_Y = document.getElementById(m_ThisCalculatorsName + "_"
     + "UlcerativeColitis_Y");
17711        var elemUlcerativeColitis_N = document.getElementById(m_ThisCalculatorsName + "_"
     + "UlcerativeColitis_N");
17712        var elemFecal_Y    = document.getElementById(m_ThisCalculatorsName + "_" +
     "Fecal_Y");
17713        var elemFecal_N    = document.getElementById(m_ThisCalculatorsName + "_" +
     "Fecal_N");
17714        var elemSigmoidoscopy_Y = document.getElementById(m_ThisCalculatorsName + "_" +
     "Sigmoidoscopy_Y");
17715        var elemSigmoidoscopy_N = document.getElementById(m_ThisCalculatorsName + "_" +
     "Sigmoidoscopy_N");
17716        var elemColonoscopy_Y   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Colonoscopy_Y");
17717        var elemColonoscopy_N   = document.getElementById(m_ThisCalculatorsName + "_" +
     "Colonoscopy_N"); //31
17718
17719        // Age
17720        elemAge.value = Age;
```

```
17721
17722        if(Sex == "M")
17723        {   elemSex_M.checked = true;
17724            ColorectalCancerRA_DisplayResult('AlchM');
17725        }
17726        else
17727        {   elemSex_F.checked = true;
17728            ColorectalCancerRA_DisplayResult('AlchF');
17729            ColorectalCancerRA_DisplayResult('OvarianOption');
17730        }
17731
17732        if (Exercise == 1)
17733        {
17734            elemExercise_Y.checked = true;
17735        }
17736        else
17737        {
17738            elemExercise_N.checked = true;
17739        }
17740
17741        elemWeight.value = Weight;
17742        elemHeight_Feet.value = Height_Feet;
17743        elemHeight_Inches.value = Height_Inches;
17744
17745        if (Vegetarian == 1)
17746        {
17747            elemVegetarian_Y.checked = true;
17748        }
17749        else
17750        {
17751            elemVegetarian_N.checked = true;
17752        }
17753
17754        if (Calories == 1)
17755        {
17756            elemCalories_Y.checked = true;
17757        }
17758        else
17759        {
17760            elemCalories_N.checked = true;
17761        }
17762
17763
17764        if (Alch == 1)
17765        {
17766            elemAlch_Y.checked = true;
17767        }
17768        else
17769        {
17770            elemAlch_N.checked = true;
17771        }
17772
17773        if (Smoking == 1)
17774        {
17775            elemSmoking_Y.checked = true;
17776        }
17777        if (Smoking == 2)
17778        {
17779            elemSmoking_P.checked = true;
17780        }
17781        if (Smoking == 0)
17782        {
17783            elemSmoking_N.checked = true;
17784        }
17785
17786        if (Cancer == 1)
17787        {
17788            elemCancer_Y.checked = true;
```

Page 514

```
17789        }
17790        else
17791        {
17792            elemCancer_N.checked = true;
17793        }
17794
17795        // checkboxes.
17796        if (Polyps == 1)
17797        {
17798            elemPolyps.checked = true;
17799        }
17800        else
17801        {
17802            elemPolyps.checked = false;
17803        }
17804
17805        if (Crohns == 1)
17806        {
17807            elemCrohns.checked = true;
17808            ColorectalCancerRA_DisplayResult('CrohnsDisease');
17809        }
17810
17811        if (Colitis == 1 )
17812        {
17813            elemColitis.checked = true;
17814            ColorectalCancerRA_DisplayResult('UlcerativeColitis');
17815        }
17816
17817        if (Familial == 1)
17818        {
17819            elemFamilial.checked = true;
17820        }
17821
17822        if (Hereditary == 1)
17823        {   elemHereditary.checked = true;}
17824
17825        if (Gardner == 1)
17826        {   elemGardner.checked = true;}
17827
17828        if (NoHistory == 1)
17829        {   elemNoHistory.checked = true;}
17830
17831        if (CrohnsDisease == 1)
17832        {
17833            elemCrohnsDisease_Y.checked = true;
17834        }
17835        else if (Crohns == 1)
17836        {
17837            elemCrohnsDisease_N.checked = true;
17838        }
17839
17840        if (UlcerativeColitis == 1)
17841        {
17842            elemUlcerativeColitis_Y.checked = true;
17843        }
17844        else if (Colitis == 1)
17845        {
17846            elemUlcerativeColitis_N.checked = true;
17847        }
17848
17849        if (elemAge.value > 49)
17850        {
17851            ColorectalCancerRA_DisplayResult('Fecal');
17852            ColorectalCancerRA_DisplayResult('Sigmoidoscopy');
17853            ColorectalCancerRA_DisplayResult('Colonoscopy');
17854
17855            if (Fecal == 1)
17856            {
```

```
17857            elemFecal_Y.checked = true;
17858        }
17859        else
17860        {
17861            elemFecal_N.checked = true;
17862        }
17863                if (Sigmoidoscopy == 1)
17864        {
17865            elemSigmoidoscopy_Y.checked = true;
17866        }
17867        else
17868        {
17869            elemSigmoidoscopy_N.checked = true;
17870        }
17871        if (Colonoscopy == 1)
17872        {
17873            elemColonoscopy_Y.checked = true;
17874        }
17875        else
17876        {
17877            elemColonoscopy_N.checked = true;
17878        }
17879    }
17880 }
17881
17882 //****** ColorectalCancerRA_DisplayResult ********************************//
17883 function ColorectalCancerRA_DisplayResult(ResultName)
17884 {
17885     try
17886     {
17887         document.getElementById(m_ThisCalculatorsName + "_" +
      ResultName).style.display = "block";
17888     }
17889     catch (ex)
17890     {
17891         // 2011.07.26 removed error alerts (JPN)
17892         //alert("Error while trying to display " + m_ThisCalculatorsName +
      ResultName);
17893     }
17894 }
17895
17896 function ColorectalCancerRA_HideResult(ResultName)
17897 {
17898     try
17899     {
17900         document.getElementById(m_ThisCalculatorsName + "_" +
      ResultName).style.display = "none";
17901     }
17902     catch (ex)
17903     {
17904         // 2011.07.26 removed error alerts (JPN)
17905         //alert("Error while trying to display " + m_ThisCalculatorsName +
      ResultName);
17906     }
17907 }
17908
17909 function clearCheckBoxes(arrayOfCheckBoxesToClear)
17910 {
17911     for(var i = 0; i < arrayOfCheckBoxesToClear.length; i++)
17912     {
17913         ColorectalCancerRA_ReturnElement(arrayOfCheckBoxesToClear[i]).checked =
      false;
17914     }
17915 }
17916
17917 function ColorectalCancerRA_ReturnElement(name)
17918 {
17919     return document.getElementById(m_ThisCalculatorsName + "_" + name);
```

```
17920 }
17921
17922 function NothingChecked(arrayOfCheckBoxes)
17923 {
17924     var nothingChecked = true;
17925     for(var i = 0; i < arrayOfCheckBoxes.length && nothingChecked == true; i++)
17926     {
17927         if(ColorectalCancerRA_ReturnElement(arrayOfCheckBoxes[i]).checked == true)
17928         {
17929             nothingChecked = false;
17930         }
17931     }
17932     return nothingChecked;
17933 }
17934
17935
17936 //****** ColorectalCancerRA_SetValue *******************************//
17937 function ColorectalCancerRA_SetValue(ObjectId, Value) {
17938     try {
17939         document.getElementById(m_ThisCalculatorsName + "_" + ObjectId).innerHTML =
…      Value;
17940     } catch (ex) {
17941         alert("Unknown element: " + m_ThisCalculatorsName + "_" + ObjectId);
17942     }
17943 }
17944
17945 //Andy's functions.
17946 function ColorectalCancerRA_ShowHide(ResultName)
17947 {
17948     var vis = document.getElementById(ResultName);
17949
17950     if(vis.style.display == "none")
17951     {
17952         vis.style.display = "block";
17953     }
17954     else
17955     {
17956         vis.style.display = "none";
17957     }
17958
17959 }
17960 function ColorectalCancerRA_AgeValue(Age)
17961 {
17962     var agevalue = document.getElementById(Age).value;
17963
17964     if( agevalue > 49 )
17965     {
17966         ColorectalCancerRA_DisplayResult('Fecal');
17967         ColorectalCancerRA_DisplayResult('Sigmoidoscopy');
17968         ColorectalCancerRA_DisplayResult('Colonoscopy');
17969     }
17970     else
17971     {
17972         ColorectalCancerRA_HideResult('Fecal');
17973         ColorectalCancerRA_HideResult('Sigmoidoscopy');
17974         ColorectalCancerRA_HideResult('Colonoscopy');
17975     }
17976 }
17977 function ColorectalCancerRA_AlchNum()
17978 {
17979     if(Sex_M.checked)
17980     {
17981     }
17982 }
17983 --></script></div>
17984   <div id="CopyrightStatement"></div>
17985 </div>
17986
```

```
17987
17988
17989
17990
17991
17992
17993
17994
17995
17996
17997
17998
17999
18000
18001
18002
18003
18004
18005
18006
18007
18008  </div>
18009
18010  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
       rel="stylesheet" />
18011  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
       rel="stylesheet" />
18012
18013  <script type="text/javascript"
       src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
18014  <script type="text/javascript"
       src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
18015
18016  <script type="text/javascript">
18017      $(function () {
18018          var $container = $('.healthNews');
18019          var $customPageTitle = $("#customPageTitle");
18020
18021          var displayMode = 'ViewContent';
18022          switch (displayMode) {
18023              case 'ListByTopic':
18024                  $container.find('.rtIn.content').each(function () {
18025                      var title = $(this).attr('title');
18026                      if (typeof title !== 'undefined' && title !== 'undefined') {
18027                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
       15px;">' + title + '</div>');
18028                          $(this).attr('title', '');
18029                      }
18030                  });
18031
18032                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
18033                  break;
18034
18035              case 'HealthNewsTicker':
18036                  // start the ticker
18037                  var options = {
18038                      titleText: "Health News: <span class='date-string'>" + new
       Date().format("MM.dd.yyyy") + '</span>',
18039                      displayType: "fade"
18040                  };
18041
18042                  $('#js-news').ticker(options);
18043                  break;
18044
18045              case 'ViewContent':
18046                  var $viewContent = $container.find(".viewContent");
18047                  if ($viewContent.length > 0) {
18048                      var $title = $viewContent.find("#regularTitle");
```

Page 518

```
18049                     if ($title.length > 0) {
18050                         $customPageTitle.append('<h1 class="pageTitle">' +
…    $title.text() + '</h1>');
18051                     }
18052                 }
18053                 break;
18054         }
18055     });
18056 </script>
18057 </div><!-- End_Module_595 --></div>
18058 </div>
18059 </div></div>
18060                     </div>
18061                 </div>
18062
18063                 <!-- Left Pane -->
18064                 <div class="col-md-3 col-sm-4  col-xs-12 two_col_left textsize">
18065                     <div class="leftPane">
18066                         <div id="dnn_LeftPane"><div class="DnnModule
…    DnnModule-DNN_HTML DnnModule-3246"><a name="3246"></a>
18067
18068 <div class="healthLibraryContainer">
18069     <div id="dnn_ctr3246_ContentPane"><!-- Start_Module_3246 --><div
…    id="dnn_ctr3246_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
18070     <div id="dnn_ctr3246_HtmlModule_lblContent" class="Normal">
18071     <div class="healthNews">
18072 <div class="healthTopicList">
18073 <div class="healthTopicListTitle">
18074 <span>EN ESPA&Ntilde;OL</span>
18075 </div>
18076 <ul>
18077     <li><a href="/Health-Library/Get-Health-Topic?topic=ASpanish">Biblioteca de salud
…    del adulto</a></li>
18078     <li><a
…    href="/Health-Library/List-Contents?contentTypeId=85&amp;alpha=A&amp;topic=ASpanish">
…    Enfermedades y condiciones de adulto</a></li>
18079 </ul>
18080 </div>
18081 </div>
18082 </div>
18083
18084
18085
18086 <!-- Only show Publish option for Approvers -->
18087
18088 </div><!-- End_Module_3246 --></div>
18089 </div>
18090 </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-2911"><a
…    name="2911"></a>
18091
18092 <div class="healthLibraryContainer">
18093     <div id="dnn_ctr2911_ContentPane"><!-- Start_Module_2911 --><div
…    id="dnn_ctr2911_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
18094     <div id="dnn_ctr2911_View_divContainer" class="healthNews">
18095
18096
18097
18098
18099
18100
18101
18102
18103
18104
18105
18106
18107
18108             <div class="healthTopicList">
```

Page 519

```
18109              <div class="healthTopicLinkTitle">
18110                  <span id="dnn_ctr2911_View_lblHealthGroupTitle">Library</span>
18111              </div>
18112              <ul id="dnn_ctr2911_View_blHealthTopicLinkList">
18113          <li><a
…    href="http://www.barnesjewish.org/Health-Library/List-Contents?contentTypeId=85&amp;
…    alpha=A">Diseases &amp; Conditions</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/List-Contents?contentTypeId=92&amp;
…    alpha=A">Tests &amp; Procedures</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/List-Contents?contentTypeId=26&amp;
…    alpha=A">Drug Reference</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/List-Contents?contentTypeId=30&amp;
…    alpha=A">Recipes</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Herbs">Herbs,
…    Vitamins &amp; Supplements</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/List-Contents?contentTypeId=76&amp;
…    alpha=A">Nutrition Facts</a></li>
18114          </ul>
18115              </div>
18116
18117
18118
18119
18120
18121
18122
18123
18124
18125
18126
18127
18128
18129
18130
18131
18132
18133 </div>
18134
18135 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
…    rel="stylesheet" />
18136 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
…    rel="stylesheet" />
18137
18138 <script type="text/javascript"
…    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
18139 <script type="text/javascript"
…    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
18140
18141 <script type="text/javascript">
18142     $(function () {
18143         var $container = $('.healthNews');
18144         var $customPageTitle = $("#customPageTitle");
18145
18146         var displayMode = 'HealthTopicGroup';
18147         switch (displayMode) {
18148             case 'ListByTopic':
18149                 $container.find('.rtIn.content').each(function () {
18150                     var title = $(this).attr('title');
18151                     if (typeof title !== 'undefined' && title !== 'undefined') {
18152                         $(this).after('<div class="blurb" style="padding: 0px 0px 0px
…    15px;">' + title + '</div>');
18153                         $(this).attr('title', '');
18154                     }
18155                 });
18156
18157                 $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
18158                 break;
18159
```

```
18160            case 'healthNewsTicker':
18161                // start the ticker
18162                var options = {
18163                    titleText: "Health News: <span class='date-string'>" + new
      Date().format("MM.dd.yyyy") + '</span>',
18164                    displayType: "fade"
18165                };
18166
18167                $('#js-news').ticker(options);
18168                break;
18169
18170            case 'ViewContent':
18171                var $viewContent = $container.find(".viewContent");
18172                if ($viewContent.length > 0) {
18173                    var $title = $viewContent.find("#regularTitle");
18174                    if ($title.length > 0) {
18175                        $customPageTitle.append('<h1 class="pageTitle">' +
      $title.text() + '</h1>');
18176                    }
18177                }
18178                break;
18179            }
18180        });
18181  </script>
18182  </div><!-- End_Module_2911 --></div>
18183  </div>
18184  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-2918"><a name="2918"></a>
18185
18186  <div class="healthLibraryContainer">
18187      <div id="dnn_ctr2918_ContentPane"><!-- Start_Module_2918 --><div
      id="dnn_ctr2918_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
18188      <div id="dnn_ctr2918_HtmlModule_lblContent" class="Normal">
18189      <div class="healthNews">
18190  <div class="healthTopicList">
18191  <div class="healthTopicListTitle">
18192  <span>INTERACTIVE TOOLS</span>
18193  </div>
18194  <ul>
18195      <li><a href="/Health-Library/ctl/Category/mid/1191">Animations</a></li>
18196      <li><a
      href="/Health-Library/List-Contents?contentTypeId=41&amp;alpha=A">Calculators</a></li
      >
18197      <li><a
      href="/Health-Library/List-Contents?contentTypeId=40&amp;alpha=A">Quizzes</a></li>
18198      <li><a href="/Health-Library/List-Contents?contentTypeId=42&amp;alpha=A">Risk
      Assessments</a></li>
18199  </ul>
18200  </div>
18201  </div>
18202  </div>
18203
18204
18205
18206  <!-- Only show Publish option for Approvers -->
18207
18208  </div><!-- End_Module_2918 --></div>
18209  </div>
18210  </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-2908"><a
      name="2908"></a>
18211
18212  <div class="healthLibraryContainer">
18213      <div id="dnn_ctr2908_ContentPane"><!-- Start_Module_2908 --><div
      id="dnn_ctr2908_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
18214      <div id="dnn_ctr2908_View_divContainer" class="healthNews">
18215
18216
18217
18218
```

```
18219
18220
18221
18222
18223
18224
18225
18226
18227
18228            <div class="healthTopicList">
18229                <div class="healthTopicListTitle">
18230                    <span id="dnn_ctr2908_View_lblHealthGroupTitle">HEALTH CENTERS</span>
18231                </div>
18232                <ul id="dnn_ctr2908_View_blHealthTopicLinkList">
18233            <li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Asthma">
…    Asthma</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Cancer">
…    Cancer</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=COPD">Chronic
…    Obstructive Pulmonary Disease (COPD)</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Diabetes">
…    Diabetes</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Heart">Heart
…    Disease</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Obesity">
…    Obesity and Bariatric Surgery</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Ortho">
…    Orthopedics</a></li><li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Pregnancy">
…    Pregnancy and Newborns</a></li>
18234        </ul>
18235            </div>
18236
18237
18238
18239
18240
18241
18242
18243
18244
18245
18246
18247
18248
18249
18250
18251
18252
18253 </div>
18254
18255 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
…    rel="stylesheet" />
18256 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
…    rel="stylesheet" />
18257
18258 <script type="text/javascript"
…    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
18259 <script type="text/javascript"
…    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
18260
18261 <script type="text/javascript">
18262     $(function () {
18263         var $container = $('.healthNews');
18264         var $customPageTitle = $("#customPageTitle");
18265
18266         var displayMode = 'HealthTopicGroup';
```

Page 522

```
18267            switch (displayMode) {
18268                case 'ListByTopic':
18269                    $container.find('.rtIn.content').each(function () {
18270                        var title = $(this).attr('title');
18271                        if (typeof title !== 'undefined' && title !== 'undefined') {
18272                            $(this).after('<div class="blurb" style="padding: 0px 0px 0px
…    15px;">' + title + '</div>');
18273                            $(this).attr('title', '');
18274                        }
18275                    });
18276
18277                    $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
18278                    break;
18279
18280                case 'HealthNewsTicker':
18281                    // start the ticker
18282                    var options = {
18283                        titleText: "Health News: <span class='date-string'>" + new
…    Date().format("MM.dd.yyyy") + '</span>',
18284                        displayType: "fade"
18285                    };
18286
18287                    $('#js-news').ticker(options);
18288                    break;
18289
18290                case 'ViewContent':
18291                    var $viewContent = $container.find(".viewContent");
18292                    if ($viewContent.length > 0) {
18293                        var $title = $viewContent.find("#regularTitle");
18294                        if ($title.length > 0) {
18295                            $customPageTitle.append('<h1 class="pageTitle">' +
…    $title.text() + '</h1>');
18296                        }
18297                    }
18298                    break;
18299            }
18300        });
18301</script>
18302</div><!-- End_Module_2908 --></div>
18303</div>
18304</div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-2909"><a
…    name="2909"></a>
18305
18306<div class="healthLibraryContainer">
18307    <div id="dnn_ctr2909_ContentPane"><!-- Start_Module_2909 --><div
…    id="dnn_ctr2909_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
18308    <div id="dnn_ctr2909_View_divContainer" class="healthNews">
18309
18310
18311
18312
18313
18314
18315
18316
18317
18318
18319
18320
18321
18322        <div class="healthTopicList">
18323            <div class="healthTopicListTitle">
18324                <span id="dnn_ctr2909_View_lblHealthGroupTitle">HEALTHY LIVING</span>
18325            </div>
18326            <ul id="dnn_ctr2909_View_blHealthTopicLinkList">
18327            <li><a
…    href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Back and
…    Neck">Back and Neck Care</a></li><li><a
```

```
18327…  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Blood
    …  Pressure">Blood Pressure</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Cholesterol">
    …  Cholesterol</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Fitness">
    …  Fitness</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Mental
    …  Health">Mental Health</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Nutrition">
    …  Nutrition</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Smoking">
    …  Smoking Cessation</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Stress">
    …  Stress Management</a></li><li><a
    …  href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Weight">
    …  Weight Management</a></li>
18328        </ul>
18329          </div>
18330
18331
18332
18333
18334
18335
18336
18337
18338
18339
18340
18341
18342
18343
18344
18345
18346
18347  </div>
18348
18349  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
    …  rel="stylesheet" />
18350  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
    …  rel="stylesheet" />
18351
18352  <script type="text/javascript"
    …  src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
18353  <script type="text/javascript"
    …  src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
18354
18355  <script type="text/javascript">
18356      $(function () {
18357          var $container = $('.healthNews');
18358          var $customPageTitle = $("#customPageTitle");
18359
18360          var displayMode = 'HealthTopicGroup';
18361          switch (displayMode) {
18362              case 'ListByTopic':
18363                  $container.find('.rtIn.content').each(function () {
18364                      var title = $(this).attr('title');
18365                      if (typeof title !== 'undefined' && title !== 'undefined') {
18366                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
    …  15px;">' + title + '</div>');
18367                          $(this).attr('title', '');
18368                      }
18369                  });
18370
18371                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
18372                  break;
18373
18374              case 'HealthNewsTicker':
```

```
18375                    // start the ticker
18376                    var options = {
18377                        titleText: "Health News: <span class='date-string'>" + new
…      Date().format("MM.dd.yyyy") + '</span>',
18378                        displayType: "fade"
18379                    };
18380
18381                    $('#js-news').ticker(options);
18382                    break;
18383
18384            case 'ViewContent':
18385                var $viewContent = $container.find(".viewContent");
18386                if ($viewContent.length > 0) {
18387                    var $title = $viewContent.find("#regularTitle");
18388                    if ($title.length > 0) {
18389                        $customPageTitle.append('<h1 class="pageTitle">' +
…      $title.text() + '</h1>');
18390                    }
18391                }
18392                break;
18393            }
18394        });
18395    </script>
18396    </div><!-- End_Module_2909 --></div>
18397    </div>
18398    </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-2910"><a
…      name="2910"></a>
18399
18400    <div class="healthLibraryContainer">
18401        <div id="dnn_ctr2910_ContentPane"><!-- Start_Module_2910 --><div
…      id="dnn_ctr2910_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
18402        <div id="dnn_ctr2910_View_divContainer" class="healthNews">
18403
18404
18405
18406
18407
18408
18409
18410
18411
18412
18413
18414
18415
18416        <div class="healthTopicList">
18417            <div class="healthTopicListTitle">
18418                <span id="dnn_ctr2910_View_lblHealthGroupTitle">YOUR FAMILY</span>
18419            </div>
18420            <ul id="dnn_ctr2910_View_blHealthTopicLinkList">
18421            <li><a
…      href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Men">Men&#39;
…      s Health</a></li><li><a
…      href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Older
…      Adult">Older Adults</a></li><li><a
…      href="http://www.barnesjewish.org/Health-Library/Get-Health-Topic?topic=Women">Women&
…      #39;s Health</a></li>
18422            </ul>
18423            </div>
18424
18425
18426
18427
18428
18429
18430
18431
18432
```

```
</div>

<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
rel="stylesheet" />
<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
rel="stylesheet" />

<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>

<script type="text/javascript">
    $(function () {
        var $container = $('.healthNews');
        var $customPageTitle = $("#customPageTitle");

        var displayMode = 'HealthTopicGroup';
        switch (displayMode) {
            case 'ListByTopic':
                $container.find('.rtIn.content').each(function () {
                    var title = $(this).attr('title');
                    if (typeof title !== 'undefined' && title !== 'undefined') {
                        $(this).after('<div class="blurb" style="padding: 0px 0px 0px
15px;">' + title + '</div>');
                        $(this).attr('title', '');
                    }
                });

                $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
                break;

            case 'HealthNewsTicker':
                // start the ticker
                var options = {
                    titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',
                    displayType: "fade"
                };

                $('#js-news').ticker(options);
                break;

            case 'ViewContent':
                var $viewContent = $container.find(".viewContent");
                if ($viewContent.length > 0) {
                    var $title = $viewContent.find("#regularTitle");
                    if ($title.length > 0) {
                        $customPageTitle.append('<h1 class="pageTitle">' +
$title.text() + '</h1>');
                    }
                }
                break;
        }
    });
</script>
</div><!-- End_Module_2910 --></div>
</div>
</div></div>
                    </div>
```

```
18494                                    </div>
18495                                <!-- Content Pane-->
18496                                <div class="col-md-12 col-sm-12 col-xs-12 contentCol textsize">
18497                                    <div id="dnn_ContentPane" class="contentPane DNNEmptyPane">
18498                                    </div>
18499                                </div>
18500                            </div>
18501                        </div>
18502                    </div>
18503
18504
18505                    <!-- Bottom Pane -->
18506                    <div class="container">
18507                        <div id="dnn_BottomPane" class="bottomPane DNNEmptyPane">
18508                        </div>
18509                    </div>
18510
18511
18512                    <!-- Footer -->
18513
18514    <!-- Footer -->
18515    <!-- Social Media -->
18516    <div class="row11 socialRow">
18517        <div class="container">
18518            <div class="row">
18519                <div class="col-md-12">
18520                    <div class="socialWrapContainer">
18521                        <div class="socialWrap">
18522                            <a target="_blank"
…  href="http://www.facebook.com/barnesjewishhospital" class="btn-share fb"></a>
18523                            <a target="_blank" href="http://twitter.com/Barnesjewish"
…  class="btn-share twitter"></a>
18524                            <a target="_blank"
…  href="https://plus.google.com/+BarnesJewishHospitalStLouis" class="btn-share
…  g-plus"></a>
18525                            <a target="_blank"
…  href="https://www.youtube.com/user/BarnesJewishHospital" class="btn-share
…  youtube"></a>
18526                        </div>
18527                    </div>
18528
18529                </div>
18530            </div>
18531        </div>
18532    </div>
18533
18534    <!-- Enews Letter -->
18535    <div class="row8 newsletterRow">
18536
18537    <!-- EnewsLetter -->
18538    <div id="dnn_ucFooter_ucEnewsLetter_UpdatePanel1">
18539
18540        <div class="container">
18541            <div class="row">
18542                <div class="col-md-7 col-sm-6">
18543                    <div class="newsletterL">
18544                        <h4>Sign Up Today for Free e-Newsletters</h4>
18545                        <span class="newsletterTxtSml">Get the latest in medical
…  technology, research and disease prevention sent to your inbox.</span>
18546                    </div>
18547                </div>
18548                <div class="col-md-5 col-sm-6">
18549                    <div class="newsletterR">
18550
18551                            <div class="input-group">
18552                                <input name="dnn$ucFooter$ucEnewsLetter$txtEmail"
…  type="text" id="dnn_ucFooter_ucEnewsLetter_txtEmail" class="form-control email-input"
…  placeholder="Enter Your Email Address" />
```

Page 527

```
18553                              <div class="input-group-btn">
18554                                  <a id="dnn_ucFooter_ucEnewsLetter_btnSignUp"
…  class="btn btnSignUp"
…  href="javascript:__doPostBack(&#39;dnn$ucFooter$ucEnewsLetter$btnSignUp&#39;,&#39;&#
…  39;)">Sign Up</a>
18555                                  </div>
18556                              </div>
18557
18558
18559
18560                          <a href="/About-Us/E-Newsletter" class="newsletmore">More
…  Options <span class="icon-arrow-right-generic"></span></a>
18561                          </div>
18562                      </div>
18563                  </div>
18564              </div>
18565
18566  </div>
18567
18568  </div>
18569
18570  <!-- Phone -->
18571  <div class="row9 footerRow1">
18572      <div class="container">
18573          <div class="row">
18574
18575
18576              <div class="col-md-6 col-sm-6">
18577                  <div class="appointNum">
18578                      <span>Find a doctor or make an appointment: </span>
18579
18580                      <span class="phone-number">
18581                          <script type="text/JavaScript"
…  src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script>
18582                      </span>
18583                  </div>
18584              </div>
18585              <div class="col-md-6 col-sm-6">
18586                  <div class="genInfoNum"><span>General Information: </span><span><a
…  href="tel:3147473000" class="tel">314.747.3000</a></span></div>
18587              </div>
18588
18589          </div>
18590      </div>
18591  </div>
18592  <!-- Row 10 Footer 2 -->
18593  <div class="row10 footerRow2">
18594      <div class="container">
18595          <div class="row">
18596              <div class="box-group footerGroup col-md-2">
18597                  <div class="footerWrap">
18598                      <div class="box-heading footerBar hidden-lg hidden-md">
18599                          <h4 class="box-title"><a href="#fPanel1"><span
…  class="barspan">Patient Care</span><span class="baricon
…  icon-accordion-closed"></span> </a></h4>
18600                      </div>
18601                      <div class="box" id="fPanel1">
18602                          <div class="boxcontent">
18603                              <ul>
18604                                  <li class="visible-lg visible-md">
18605                                      <h5><a href="/patients-visitors"><span
…  style="color: #ffd200;">Patient Care</span></a></h5>
18606                                  </li>
18607                                  <li><a href="/physicians/">Find a Doctor</a></li>
18608                                  <li><a href="/requestappointment/">Request an
…  Appointment</a></li>
18609                                  <li><a href="/medical-services">Medical
…  Services</a></li>
```

```
18610                                    <li><a href="/patients-visitors">Patient &amp;
…   Visitor Information</a></li>
18611                                </ul>
18612                            </div>
18613                        </div>
18614                    </div>
18615                </div>
18616            <div class="box-group footerGroup col-md-2">
18617                <div class="footerWrap">
18618                    <div class="box-heading footerBar hidden-lg hidden-md">
18619                        <h4 class="box-title"><a href="#fPanel2"><span
…   class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…   </a></h4>
18620                    </div>
18621                    <div class="box" id="fPanel2">
18622                        <div class="boxcontent">
18623                            <ul>
18624                                <li class="visible-lg visible-md">
18625                                    <h5><a href="/About-Us"><span style="color:
…   #ffd200;">About Us</span></a></h5>
18626                                </li>
18627                                <li><a href="/americas-top-doctors">America's Top
…   Doctors</a></li>
18628                                <li><a href="/About-Us/Annual-Reports">Annual
…   Reports</a></li>
18629                                <li><a href="/About-Us/Awards-Honors">Awards &amp;
…   Honors</a></li>
18630                                <li><a href="/About-Us/Community-Benefit">Community
…   Benefit</a></li>
18631                                <li><a
…   href="/About-Us/Mission-Vision-Values">Mission, Vision &amp; Values</a></li>
18632                                <li><a href="/About-Us">More</a></li>
18633                            </ul>
18634                        </div>
18635                    </div>
18636                </div>
18637            </div>
18638            <div class="box-group footerGroup col-md-2">
18639                <div class="footerWrap">
18640                    <div class="box-heading footerBar hidden-lg hidden-md">
18641                        <h4 class="box-title"><a href="#fPanel3"><span
…   class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…   </a></h4>
18642                    </div>
18643                    <div class="box" id="fPanel3">
18644                        <div class="boxcontent">
18645                            <ul>
18646                                <li class="visible-lg visible-md">
18647                                    <h5><a href="/careers"><span style="color:
…   #ffd200;">Careers</span></a></h5>
18648                                </li>
18649                                <li><a href="https://jobs.bjc.org/jobs?page=1"
…   target="_blank">Job Search</a></li>
18650                                <li><a href="/careers/nursing">Nursing</a></li>
18651                                <li><a href="/careers/allied-health">Allied
…   Health</a></li>
18652                                <li><a
…   href="/Careers/Non-Clinical-Professions">Non-Clinical Careers</a>
…   </li>
18654                                <li><a href="/careers/benefits">Benefits</a></li>
18655                                <li><a
…   href="/careers/working-at-barnes-jewish">Working at Barnes-Jewish</a></li>
18656                                <li><a href="/careers">More</a></li>
18657                            </ul>
18658                        </div>
18659                    </div>
18660                </div>
18661            </div>
```

```
18662                  <div class="box-group footerGroup col-md-2">
18663                      <div class="footerWrap">
18664                          <div class="box-heading footerBar hidden-lg hidden-md">
18665                              <h4 class="box-title"><a href="#fPanel4"><span
     class="barspan">For Professionals</span><span class="baricon
     icon-accordion-closed"></span> </a></h4>
18666                          </div>
18667                          <div class="box" id="fPanel4">
18668                              <div class="boxcontent">
18669                                  <ul>
18670                                      <li class="visible-lg visible-md">
18671                                          <h5><a href="/for-professionals"><span
     style="color: #ffd200;">For Professionals</span></a></h5>
18672                                      </li>
18673                                      <li><a href="/For-Professionals/For-Physicians">For
     Physicians</a></li>
18674                                      <li><a href="/For-Professionals/For-Nurses">For
     Nurses</a></li>
18675                                      <li><a
     href="/For-Professionals/Education-for-Medical-Professionals">Education for
     Medical</a></li>
18676                                      <li><a
     href="/for-professionals">Professionals</a></li>
18677                                      <li><a
     href="/For-Professionals/For-Nurses/Magnet-Recognition-Program">Magnet
     Recognition</a></li>
18678                                      <li><a href="/for-professionals">More</a></li>
18679                                  </ul>
18680                              </div>
18681                          </div>
18682                      </div>
18683                  </div>
18684                  <div class="box-group footerGroup col-md-2">
18685                      <div class="footerWrap">
18686                          <div class="box-heading footerBar hidden-lg hidden-md">
18687                              <h4 class="box-title"><a href="#fPanel5"><span
     class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
     </a></h4>
18688                          </div>
18689                          <div class="box" id="fPanel5">
18690                              <div class="boxcontent">
18691                                  <ul>
18692                                      <li class="visible-lg visible-md">
18693                                          <h5><span style="color: #ffd200;">What's
     New</span></h5>
18694                                      </li>
18695                                      <li><a href="/About-Us/Classes-Events">Classes &amp;
     Events</a></li>
18696                                      <li><a
     href="/About-Us/E-Newsletter">E-Newsletters</a></li>
18697                                      <li><a href="/newsroom">Newsroom</a></li>
18698                                      <li><a
     href="/Newsroom/Publications">Publications</a></li>
18699                                      <li><a href="/About-Us/Social-Media-Hub"
     id="HrefFollowUs">Social Media Hub</a></li>
18700                                      <li><a href="/Video-Library">Video Library</a></li>
18701                                  </ul>
18702                              </div>
18703                          </div>
18704                      </div>
18705                  </div>
18706              </div>
18707          </div>
18708  </div>
18709  <div class="row12 copyRow">
18710      <div class="container">
18711          <div class="row copyWrap">
18712
```

```
18713                    <div class="footerLogoWrap">
18714                        <a href="http://wuphysicians.wustl.edu/" target="_blank">
18715                            <img alt="Barnes-Jewish Hospital and Washington University
…    Physicians" src="/Portals/0/Skins/BJH/images/washington-univ.png" style="width:
…    290px"></a>
18716                    </div>
18717
18718
18719
18720
18721                    <footer>
18722                        <address>
18723                            One Barnes-Jewish Hospital Plaza<br>
18724                            St. Louis, MO 63110
18725                        </address>
18726                        <small>
18727                            <span class="copyRight">
18728                                <a
…    href='/login?returnUrl=/Health-Library/View-Content?contentTypeId=42&contentId=
…    ColorectalCancerRisk'>&copy;</a></span>
18729                            <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
…    class="copyRight">Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
…    Reserved.</span>
18730
18731                        </small>
18732                    </footer>
18733                </div>
18734            </div>
18735    </div>
18736    <!-- Row 13: Sitemap -->
18737    <div class="row13 sitemapRow">
18738        <div class="container">
18739            <div class="row">
18740                <div class="col-md-12">
18741                    <ul class="sitemapMenu">
18742                        <li><a href="/">Home</a></li>
18743                        <li><a href="/Legal">Legal</a></li>
18744                        <li><a
…    href="/Legal/HIPAA-Notice-for-the-Medical-Center">HIPAA</a></li>
18745                        <li><a href="/Sitemaps">Sitemap</a></li>
18746                    </ul>
18747                </div>
18748            </div>
18749        </div>
18750    </div>
18751    <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
…    Top</span><span class="icon-arrow-back_to_top"></span></a>
18752    </div>
18753    <!--CDF(Css|/Portals/0/Skins/BJH/css/bootstrap.css?cdv=365)-->
18754    <!--CDF(Css|/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=365)-->
18755    <!--CDF(Css|/Portals/0/Skins/BJH/css/all.css?cdv=365)-->
18756    <!--CDF(Css|/Portals/0/Skins/BJH/css/desktop.css?cdv=365)-->
18757    <!--CDF(Css|/Portals/0/Skins/BJH/css/tablet.css?cdv=365)-->
18758    <!--CDF(Css|/Portals/0/Skins/BJH/css/mobile.css?cdv=365)-->
18759    <!--CDF(Css|/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=365)-->
18760    <!--CDF(Css|/Portals/0/Skins/BJH/css/tablesorter.css?cdv=365)-->
18761
18762    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/bootstrap.js?cdv=365)-->
18763    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox.js?cdv=365)-->
18764    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/textsizer.js?cdv=365)-->
18765    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/print.js?cdv=365)-->
18766    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=365)-->
18767    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=365)-->
18768    <!--CDF(Javascript|/Portals/0/Skins/BJH/js/global.js?cdv=365)-->
18769
18770            <input name="ScrollTop" type="hidden" id="ScrollTop" />
18771            <input name="__dnnVariable" type="hidden" id="__dnnVariable"
…    autocomplete="off"
```

```
18771... value={`_scdoff`:`f`,`scadToken`:`7`,`sccapId`:`123`,`SearchIconWebUrl`:`url(/
    ... icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
    ... DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
18772   <input name="__RequestVerificationToken" type="hidden"
    ... value="K2iHZkpNCb-
    ... axLLw6nKj0UaFqtw9oIqlpiqYMgB5SBW2RURNHCiGvMcj0WapA8UyujQSc4eH0qnwebO-
    ... d0UldCxCzujQJM9hEzCCXBytHIDimb8l9MCgedBazpo1" /><script
    ... src="/Resources/Search/Search.js?cdv=365" type="text/javascript"></script>
18773
18774   <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
    ... ></script></form>
18775
18776
18777   </body>
18778   </html>
18779   *********************************************
18780   The following data is from barnesjewish_org-source-20160622.txt
18781   *********************************************
18782   <!DOCTYPE html>
18783
18784   <html class="no-js"  lang="en-US">
18785
18786   <head id="Head"><meta content="width=device-width, initial-scale=1,maximum-scale=1"
    ... name="viewport" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
18787
18788      Barnes Jewish Hospital | St. Louis, MO | Specialists | Surgeons | National
    ... Leaders in Medicine - Barnes-Jewish Hospital
18789
18790   </title><meta charset="utf-8" /><meta content="text/html; charset=UTF-8"
    ... http-equiv="Content-Type" /><meta content="text/javascript"
    ... http-equiv="Content-Script-Type" /><meta content="text/css"
    ... http-equiv="Content-Style-Type" /><meta id="MetaDescription" name="DESCRIPTION"
    ... content="Barnes Jewish Hospital and medical center in St Louis Missouri has
    ... established a rich tradition of medical excellence and exceptional health care.
    ... Ranked nationally as one of the nation&#39;s best hospitals and heart care centers,
    ... Barnes Jewish is partnered with Washington University Physician Specialists and
    ... Surgeons. Barnes-Jewish Hospital continues to lead the way in medicine." /><meta
    ... id="MetaKeywords" name="KEYWORDS" content="barnes jewish hospital, barnes jewish,
    ... bjh, st louis hospital, st louis hospitals, hospital st. louis, hospitals st. louis,
    ... washington university physicians, st. louis medical center, hospitals in st. louis,
    ... hospital medical center, medical center hospital, missouri hospital, hospital
    ... missouri, heart care st louis, hospitals in jefferson county, st charles county, st
    ... louis doctors, st louis surgeons, st louis physician specialists, cancer, cancer
    ... oncology, cancer care, cancer treatment, cancer" /><meta id="MetaCopyright"
    ... name="COPYRIGHT" content="Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
    ... Reserved." /><meta id="MetaAuthor" name="AUTHOR" content="Barnes-Jewish Hospital"
    ... /><meta name="RESOURCE-TYPE" content="DOCUMENT" /><meta name="DISTRIBUTION"
    ... content="GLOBAL" /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" />
18791
18792      <!--<meta name="REVISIT-AFTER" content="1 DAYS" />-->
18793
18794      <meta name="RATING" content="GENERAL" /><meta http-equiv="PAGE-ENTER"
    ... content="RevealTrans(Duration=0,Transition=1)" /><style id="StylePlaceholder"
    ... type="text/css"></style><link
    ... href="/DesktopModules/EasyDNNRotator/Controls/NewsTickerRotator/static/themes/BJH/BJH
    ... .css?cdv=355" media="all" type="text/css" rel="stylesheet"/><link
    ... href="/Portals/_default/default.css?cdv=355" media="all" type="text/css"
    ... rel="stylesheet"/><link href="/DesktopModules/HTML/module.css?cdv=355" media="all"
    ... type="text/css" rel="stylesheet"/><link
    ... href="/DesktopModules/HealthNewsFeed/module.css?cdv=355" media="all" type="text/css"
    ... rel="stylesheet"/><link href="/DesktopModules/PhysicianSearch/module.css?cdv=355"
    ... media="all" type="text/css" rel="stylesheet"/><link
    ... href="/DesktopModules/ResponsiveRotator/module.css?cdv=355" media="all"
    ... type="text/css" rel="stylesheet"/><link
    ... href="/Resources/Search/SearchSkinObjectPreview.css?cdv=355" media="all"
    ... type="text/css" rel="stylesheet"/><link href="/Portals/0/Skins/BJH/skin.css?cdv=355"
    ... media="all" type="text/css" rel="stylesheet"/><link
    ... href="/Portals/0/Skins/BJH/css/bootstrap.css?cdv=355" media="all" type="text/css"
```

```
18794…   rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=355"
  …     media="all" type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Skins/BJH/css/all.css?cdv=355" media="all" type="text/css"
  …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/desktop.css?cdv=355"
  …     media="all" type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Skins/BJH/css/tablet.css?cdv=355" media="all" type="text/css"
  …     rel="stylesheet"/><link href="/Portals/0/Skins/BJH/css/mobile.css?cdv=355"
  …     media="all" type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=355" media="all"
  …     type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Skins/BJH/css/tablesorter.css?cdv=355" media="all" type="text/css"
  …     rel="stylesheet"/><link href="/Portals/0/Containers/BJH/container.css?cdv=355"
  …     media="all" type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Containers/BJH/Physician_Search_Container.css?cdv=355" media="all"
  …     type="text/css" rel="stylesheet"/><link
  …     href="/Portals/0/Containers/BJH/Health_Library_Container.css?cdv=355" media="all"
  …     type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=355"
  …     media="all" type="text/css" rel="stylesheet"/><script
  …     src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=355"
  …     type="text/javascript"></script><script
  …     src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=355"
  …     type="text/javascript"></script><script
  …     src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=355"
  …     type="text/javascript"></script>
18795
18796
18797
18798
18799
18800     <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
  …     -->
18801
18802     <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
18803
18804     <!--[if lt IE 9]>
18805
18806       <script
        src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
18807
18808       <script
        src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
18809
18810     <![endif]-->
18811
18812     <!--[if lt IE 9]>
18813
18814             <script
  …     src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
  …     script>
18815
18816       <![endif]-->
18817
18818
18819
18820     <!-- Place this tag in your head or just before your close body tag./ Follow
        Google+ -->
18821
18822     <script src="https://apis.google.com/js/platform.js" async defer></script>
18823
18824
18825
18826     <script type="text/javascript"
  …     src="/portals/0/skins/BJH/js/http.redirect.js?v=1.1.4"></script>
18827
18828     <script type="text/javascript">
18829
18830         var arrHttps = [
18831
```

```
18832          "/login", "/login.aspx", "/contact-us", "/requestappointment",
18833
18834          "/cook-your-way-to-a-healthy-heart-cookbook-request",
18835
18836          "/forms/internal-communications-employee-events/2015-employee-calendar",
18837
18838          "/2015-fall-prevention-day-event-registration",
18839
18840
…      "/2015-transplant-awareness-day-at-the-ballpark-pre-game-rally-registration",
18841
18842          "/4th-annual-rehabilitation-research-day",
18843
18844          "/a-request-for-diversity-news",
18845
18846          "/adult-epilepsy-event-registration",
18847
18848          "/aha-unofficial-satellite-symposium",
18849
18850          "/are-you-a-candidate-for-liver-transplant",
18851
18852          "/atrial-fibrillation-treatment-options",
18853
18854          "/automated-external-defibrillator-aed-group-training",
18855
18856          "/automated-external-defibrillator-aed-request",
18857
18858          "/barnes-jewish-hospital-speakers-bureau-request-form",
18859
18860          "/celebrate-pregnancy-childbirth-motherhood",
18861
18862          "/cme-registration-form",
18863
18864          "/complimentary-innovate-magazine-subscription",
18865
18866          "/concierge-survey",
18867
18868          "/contact-the-msa",
18869
18870          "/facebook-e-news-sign-up",
18871
18872          "/heart-vascular-patient-and-family-advisory-council-application",
18873
18874          "/heart-walk-basket-raffle-sign-up",
18875
18876          "/heart-walk-team-captain-registration",
18877
18878          "/forms/living-donor-transplant/kidney-donor-evaluation-form",
18879
18880          "/kidney-donor-survey",
18881
18882          "/kidney-transplant-professionals",
18883
18884          "/liver-transplant-professionals",
18885
18886          "/lung-transplant-professionals",
18887
18888          "/magnetic-resonance-mr-environment-screening-form-for-individuals",
18889
18890          "/medical-emergency-after-you-call-911",
18891
18892          "/metro-employee-heart-health-events",
18893
18894          "/multidisciplinary-research-conference-2015",
18895
18896          "/national-volunteer-week-recognition-and-awards-luncheon",
18897
18898          "/organ-donation-and-transplantation-documentary-opt-out-request",
```

Page 534

```
                "/patients-visitors/parking/parking-survey",

                "/poll",

                "/publications-app-for-ipad-support",

                "/quarterly-cardiology-cme-series",

"/register-for-personalized-care-for-cancer-and-female-pelvic-floor-disorders-cme",

                "/request-a-chaplain-visit",

                "/request-a-prayer",

                "/request-for-educational-material",

                "/screening-request-form",

                "/sign-up-for-cme-email-updates",

                "/sponsorship-request",

                "/st-louis-college-of-pharmacy-wellaware-fitness-center-application",

                "/st-louis-spectacular-cases-in-trauma",

                "/support-request-for-email-message-support",

                "/tell-us-what-you-think-of-our-new-find-a-doctor",

                "/top-advances-in-the-treatment-of-structural-heart-disease",

                "/transplant-mentor-program",

                "/understanding-and-treating-heart-valve-disease",

                "/ventricular-assist-devices-how-to-respond",

                "/viral-hepatitis-workshop",

                "/volunteer-application",

                "/wellaware-fitness-center-application",

                "/will-you-still-get-an-annual-mammogram",

                "/young-leaders",

                "/your-liver-keeping-it-healthy-and-what-to-do-when-its-not",

                "/2013-transplant-awareness-night-at-the-ballpark-staff-registration",

                "/2014-ems-appreciation-day",

                "/employee-service-awards-2012",

"/forms/internal-communications-employee-events/employee-service-awards-registration-
2011",

                "/heart-walk-2013-friends-family-team",

                "/icare-leadership-institute-august-2013",

                "/icare-leadership-institute-january-2013",
```

```
                "/mri-screening-questionnaire",

                "/forms/neurology-neurosurgery/pain-in-the-neck-nov-7-2013",

                "/passport-to-good-health-2012",

                "/passport-to-good-health-2013-registration",

                "/physician-appreciation-2013",

                "/forms/radiology/radiology-home-medication-record",

    "/forms/-not-csl-specific-polls-web-satisfaction-surveys/send-us-your-feedback",

                "/trauma-conference-2014-emt-paramedic-other-both-days",

                "/trauma-conference-2014-emt-paramedic-other-may-7th",

                "/trauma-conference-2014-emt-paramedic-other-may-8th",

                "/trauma-conference-2014-md-phd-pa",

                "/trauma-conference-2014-nursing-therapy-social-work-both-days",

                "/trauma-conference-2014-nursing-therapy-social-work-may-7th",

                "/trauma-conference-2014-nursing-therapy-social-work-may-8th",

                "/trends-in-trauma-2014",

                "/wellness-zone-2014-save-the-date",

    "/women-and-infants-conference-2014-registration-for-students-and-bjc-employees",

                "/giving/ways-to-give/make-a-gift-now",

                "/return-to-find-a-doctor/send-us-your-feedback",

                "/patients-visitors/fitness-center/bjc-wellaware-application"
            ];

    </script>

    <script type="text/javascript">

        httpRedirect(arrHttps);

    </script>




    <script type="text/javascript">

        var _gaq = _gaq || [];

        _gaq.push(['_setAccount', 'UA-11358812-1']);

        _gaq.push(['_setDomainName', 'barnesjewish.org']);

        _gaq.push(['_trackPageview']);
```

```
19030            (function () {
19031
19032                var ga = document.createElement('script'); ga.type = 'text/javascript';
…    ga.async = true;
19033
19034                ga.src = ('https:' == document.location.protocol ? 'https://' :
…    'http://') + 'stats.g.doubleclick.net/dc.js';// do not push this line to staging
19035
19036                var s = document.getElementsByTagName('script')[0];
…    s.parentNode.insertBefore(ga, s);
19037
19038            })();
19039
19040        </script>
19041
19042
19043
19044        <script type="text/javascript">
19045
19046            (function (i, s, o, g, r, a, m) {
19047
19048                i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
19049
19050                    (i[r].q = i[r].q || []).push(arguments)
19051
19052                }, i[r].l = 1 * new Date(); a = s.createElement(o),
19053
19054                m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
…    m.parentNode.insertBefore(a, m)
19055
19056            })(window, document, 'script', '//www.google-analytics.com/analytics.js',
…    'ga');
19057
19058            ga('create', 'UA-40498930-1', 'barnesjewish.org');
19059
19060            ga('send', 'pageview');
19061
19062        </script>
19063
19064
19065
19066
19067
19068        <noscript>
19069
19070            <iframe src="//www.googletagmanager.com/ns.html?id=GTM-MJC2RF"
19071
19072                height="0" width="0" style="display:none;visibility:hidden"></iframe>
19073
19074        </noscript>
19075
19076        <script>
19077
19078    (function (w, d, s, l, i) {
19079
19080        w[l] = w[l] || []; w[l].push({
19081
19082            'gtm.start':
19083
19084                new Date().getTime(), event: 'gtm.js'
19085
19086        }); var f = d.getElementsByTagName(s)[0],
19087
19088            j = d.createElement(s), dl = l != 'dataLayer' ? '&l=' + l : ''; j.async =
…    true; j.src =
19089
19090                '//www.googletagmanager.com/gtm.js?id=' + i + dl;
…    f.parentNode.insertBefore(j, f);
```

```
19091
19092  })(window, document, 'script', 'dataLayer', 'GTM-MJC2RF');</script>
19093
19094       <!-- End Google Tag Manager -->
19095
19096  <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico' type='image/x-icon' /><link
   …   href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
   …   3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
   …   3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
   …   3ac73cf106" type="text/css" rel="stylesheet" /></head>
19097
19098  <body id="Body">
19099
19100       <!-- Facebook -->
19101
19102     <div id="fb-root"></div>
19103
19104     <script>(function (d, s, id) {
19105
19106     var js, fjs = d.getElementsByTagName(s)[0];
19107
19108     if (d.getElementById(id)) return;
19109
19110     js = d.createElement(s); js.id = id;
19111
19112     js.src =
   …   "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
19113
19114     fjs.parentNode.insertBefore(js, fjs);
19115
19116  }(document, 'script', 'facebook-jssdk'));</script>
19117
19118
19119
19120     <form method="post" action="/" id="Form" enctype="multipart/form-data">
19121
19122  <div class="aspNetHidden">
19123
19124  <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
   …   value="" />
19125
19126  <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
19127
19128  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
19129
19130  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
19131
19132  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

```
   …   value="Da5aYZIeTQUTEtbtISSPuqTPyaKGAK/PXGD2CRbIHhdw9+
   …   CMxamCPyTITCbKTYaQT7GVYl9XLCS5haaflMSrXg8bkZbf4+0zMvmwZdbvcMtHIpxt5rOEZZKarzlrH+
   …   LNyKvNWfeg5lUdjSIjeQmRvYOr38jJn9kL9z/BTerTlNCqU2ehluWvb6oUPxCbyMSPjDg7IG3MIsiFPBl/
   …   vceJ13/LzAm82sG5EixaoEo3hwMQSooAnzAizg3SdDXyqFQ2HFE8Z1eFhsZT+
   …   VKIq4NCJqM8hb6yNdIIL4p7UiafDqR+
   …   aEaubuQQ7rMbfkRdC3TRPtjY0NBzW0ezPg7GQblvZacVqJ1PLHn1vavp85K+vpDcWd/
   …   XvKcBDHIoSEesCxnxF724viPlyGDXszisxEuVGAwUcQ1pmjlTcr2ak10R1Vb8KsBAVKEAtr2xolf4eAsBHDI7
   …   /vzSEXWJQtSGlakkkNn6fK0w/
   …   Jr8qHayEuXRruK0GDiL5gWlfy3zygXK7rDXd3tt1B0Py8AKYRbn7fLs4AXvMEk48ZdUhp6TbK6lgKxWUlDEju
   …   5/P3H3XGVer9HnGg+BbLVCNi7rDcCJ4+T21Hr9VwlwTvhP4wGPRluo1eQ9h46FivE3lgU4eqgm6Yo5T2J7mc/
   …   5xIcx2LrMzvcEvfgFjOrsHTKOR5eUc4Gchq/Esqvj6Rv5VeY+gY7tBHIrSB5x3keQxaqyFszncFEr53/
   …   i6CMhyhAmqwhfZaskvOz4tmQkIZPmRQiSPBRw7gU1VjzqgBp+
   …   BkLTZ96xDdloWUFz0ujrB1KRpmhcNwcEoH0zH1kkZbCDIqRe3AV9kffqN3fdf0lq2aGKGc6xGXn2Uy4GM/
   …   uPVa3F85TTEkeJdLcxUSai5bRq35UR07mMioDaKPKvGtBKl+3EdQGTGS591/
   …   6QF3pDwGGAg88B1opUu8QUMSiUFPMBv5XV/4sB7Api4pP1hZKGtrhJx+
   …   E5GTjAA1ZhvzeOWxBuJNsu3VUv879POI2EPhi29LIYxLEv83OClY7BWikR6g1azNRRD0u7uIwss+
   …   urSdywQs6swhbpsoh6YMe/
   …   aXvY08QlZcFdEeF64aPk4c5AADUpVgVUN112388lUKT4nPtQ3GB2jMDxpOrZDZHLQ8eJff2d+2JgD+
   …   bLSCaPoVkh/cbRzlWIhDdfd5QFAnPiViSbDgWAx1ltQhsaKgs25i7EYiziuP+
   …   MRDT956WWHFE2SIjMHkB4z34BecyNNcsS3YVwv0+RYVAUazYrMPZPywltG1KbcSHSH2ihArjN7XogaZWC+
```

Page 538

19132... 6ghduusNTz4tFTFNGtrnnUsxbHcORc8W84HbmoyM7CqIcdz4NRd+
... Ol3HI6xg7WkthhbOo5QVIh4uFcVoLJGJ8n6bzjhmLY2tBS+yIkh3Q0XdU2hhI9GXqG9SqhQeU9XsgH8OPHiq/
... DFXY5UkOP5MzQ7A9Ri+0Cdm1FvgAozxiAg7vnZkt7jiiqPyP/KcArjdffGo4SSSOZ3mvCGUdf/
... KnQZRaKVolWyXmu/
... W1VWRaJyz5ZbGsusq1yQuq7ZL7H888p9bYD4IPePMOaP6YOBRuSy5e4eVNHNUomblxVk1iOsNLIk8CgRZVPKq
... LlXGbBGTr+weUn9A6JL82igU2/r+pd6UzBSoZ/
... iTzhhulyJiPMW1f7QHwU5qIqCcCzNOouentTIhNrpz8xCffn8dJjF/4m/
... 7dez5E0BF39nKOznYs3Y7rIDEtRg2j3+PDQ3IJ6z5CNKn74PaWepUsP6jxhS/
... 0ZdCotEy7CUGuaVyocuFHJwD6isgIpMJDnln1D+BZhARio/HiB9y9CyulAeQ738y+
... Q4eHbJxDDzBUumi1HZ7ojOBu3QvHxw91cepMh/QdsVF7r/
... voSJLWMNxJqoTvP8uiru9kgvjCkhPXNVgrq56t3gOZXjZCvbggrx957cswzyVl0xsHWfPK/
... BsGTPEH9p3Ryeh5YeZvAjOJTEl0ZdcBCaNv21ALSFQ4YEmv5l0U31m8YgNclwTzE/exsGVzx2PY0FD4l92re/
... FATkFZOUVj76I8xbHrkK0ah3urRHZ9jewR8fkzJUzchv4zvx7J9ePOUlW98BzFX8OfD1J2HVar3FdEoII9um2
... 2j3YcaucafWddZb8AZ5H6exGcBgQo5DJxMO/
... jKFky5hOLJmhVeEL1y0covErjlyjIHFkaBvwani4yP8oqhZDXT7sUnqV5R7Y7yLLxnWk8fZXygk3aFK7tfOqD
... 54uvhzXPDMxteZvVR7mDGr5UmNuJliW2WYe0YIPGWtqxvS/
... eld7hEcfBUjWpIvHOZr7NlRLdOcVSPNRlSD5D7L15d0j+
... 4E6mBTjip6TbQthL9m1ycF5LN0oWdzceEge19MQaLTMXmTNvrF6cNwfOp8hD5Hwv1SjlNkTA6Ll0E8bGPJ6wC
... D3JsvQUOFP1kLc+tMp5aTrFsIgK7RZvSCMNIB6yhdi0qbhlqazfINB+
... X3SmC0b3R0Slbjgv0daxd5RHudF3nUSmPFvomZgk/dxD2crnOTSk+
... pJV3SvMGzeyhRgWCFdoi82uRCqUZR4EJpboalzSugxG/
... sWKHrRXHqGplgiIhEjvV1SivcfHoL7ob1LizpE3Te7ATMWQYPu6HbEZCouaG8UQ+
... TmMMF0Wirdi4O4u4V1Q8irfRhMiycsuSnuwGiGVKb/tWkL+
... tsLnClBNMFuNV3uZgqRiFsnvkVWiXeVgGVNMqvJ0HVUqAjJ4kC+z1+83JPuHnGJN/
... ZGc3FjTlbHnjEHqqZ8EsXR9rm4xDKMo6cV+W9WK6R3Iod1bLd+K6JmCq3WI1LHSi4dxiaqTa5Cxw53/
... L8JYI4e2ENtxYTdSG1Sl9l1xjfGEnRAb1tUP524xTkhxdRJABm4LRTJZ4GtUVRTX9cUH1C6yGzQ0PyOyDLtHREIL
... cR884sgnIGus8o5qt5vTD/m+ea05gYj+rH1ak5hIXdUGTwc8NoNTs2FGkHe6VDp3U2Y/dDqhW6Y9YZbKHH/
... GRNEEGTHBihdEk+3y0+nXXWfBiEdBMNrgKvceTMs98JefdUOV+
... YmeafYzZnuIqbJxS3hKywKf7uj8yp7j2lHVLdPJ3fs9gwiClGS/hGCQe0wArpXHpZVtD1K1ReWm+
... GqViGd5vQlE3akiTz27xyaCcF6lucXdVylYNjSBBXmx4ppq0ojCNlGoKsNbXrzxGtrVrew/
... VqrXxY08BbkNFPcHpgrsUPBFKGBWfwN6X1bqSRH22LgJpf6ZXoDfrv7Df1DhLbUi6zPrFOUy7xG9aNi4MpXrM
... eMwLx3tu6SXAwE5myQ509fCxLcW1MKnXU+LpJPt0lOElPyT7CDpP2jbx+COppg2eT5wXQ4uJkbBWJ/Ssis+Lm
... /uAcI2G8pl4wIQie5s+hV4v3a5ZFRSxkIs0lpzWuilaMbovKaFo/JKHsz2i/TvQVU+
... Tg303UHJPNQcPUS77dZs3WqvL6JqXUd5P5csjGFuPHe2CrqwlvSwYwp08qHTECpxoLl+
... Aza5aT01Jg9LF3RlqYptL9UT9///Hzmq+
... O2DlElk6eebCVfFMjGCaAnHmr0LTnJaT9j3eqi82mepUfG6EWTYiziZ6UVf2WChS3iTNE3/
... vHjqk2Ni4zKmVZ1ureyd6oVGnMKi0C7AIIi9L6Zya0XICKNuzRB7KFLO+
... Rla1uCgWm8TCmvY3l497vJObtAoFe96h9g+
... CJ3UaU6G7cO0D2ppmrhqPcg77VjREVFeocvYnOUC9zh07yeCF7QGG8EmQnfLY29uKRs/
... HxxLTNCpPotrGNjaUkEfvjw5qaERJwv2QSlv05pWfe31ox4RItxQZFJfDJ04LqUMG4A9K8xuY0y0osKgc2YIl
... 542+oPxxI5bLqVtWJydr+YA17ekbrw4U+byu8/qUwUY1vhcyE0rF8xEGyG/+
... zx2FaPau3lS3BAtlvxvDuYQ2Ca4DLGI5sJM8g41AfOfLRQTwbC3bHtKCOpqURZ1fNSulDI/
... 1p72fdjws1knRqUn+Jaqkg9h/m/6o+fK5kkSrj36CaOEFWUi7CPyv3p8+S7fw+
... NPLgQe15GqcoKyJDlSHXUXO8IpU/D6QoW7Vc4rj+rPU2mLqECj7t5UANJAFTf8oDkt3Rn7V4sqqqxoCG+
... EM59wvnvQKq35nwzweSZ+zAcFkH0tEV7rVtsXip9DeUE/3KC6+YJP1tgdGmZrHYT4PX9SRRvoUeMSjBwsT+
... BvY9HRIZ/+VvC5fP6vqw6CTtMPkmeIhz/QRpO5/
... cyfSrMqpobWDtOg4GmCQ8QGgN3ZpKSb0EEInjzlK9xcvQreWZ9V1cszMh8K5F5zLOVPFFUSNOJTLjtBAgcTrf
... meQdt1ohWYGkJs+KWHYt0jpOGnUBMf0bMQsbfUb/ervaz2iF5MVLGg2IphAlHIBWkvt6CKtbjg8H9N/
... cDeF41Lua4DrTMWIZnQ/haKjr2ELDpRAW+qpk4FqLW1CjZfVRpG6rC8fyV0BdZ74dwWWR+
... CfS5Y08msyPMc1FSWinL4C87EPHZaOqKIZZamAo4VZE/T3T3JKXVmDBsJHqWdKedTKTG3T/
... RVZlaogv7Ax6G6n7BdMAvbllZRhbo+iN6KE0VKyakuw2BgsTls9F0rvnRZ3FSoUws0/
... d5H7EssGUx4lvwVupMo8r9v0OFpWnGgokdBm/jP3/+62HctdF5wq7q66whLlgGvyj8g+
... Ngyi0GSK1ef8jmfAlWIkrB1+xZcnE61GW5y3ARUz6BHL14AGVp07N432tfjG5Mpo1ssQnVVFXpHWctAy/
... inczePrnMvKfT71jiB1Uzb4NKfh26qVlz6Ou9RRHHlTwmMYvnYUClorkGL28TBrfxk02Ho9cYiMd5wgkdxJL
... CCs1RoWGens6fp6QUlF7S4e+jQGZ2WFYBeXgpktnOZIkhBYRIsuRlu6wXUP68v/wXrH+
... PGegdI7pP93Ayv4jUrwl5rHd+je1/
... IZxwNZWGH0o6dgYN39YKeMKxOlnBqQTqQzFWozeb47q057fGzxBYZ0yyXBywO1a7lAbz/
... 9ukc5cYgIzmuTDkcLrK+GGDgJ2iVe5/
... Xb0g5YqUWubhFI9rcUPGiGU2mqDbhpK5nCPEECkWkPxjX3p0QW0EjKmGY/
... otUAfNn5LbVHESD6hIfnOahCGAdWu0vbooVsoXIhepWLYa5Dpkz+zq2SNi/dCsfOTNVlcYoXetb+
... OjnfSwsIJvvJGRCEhAIeC+rBaoM3uv0NJ13XebEJ3DfouHKtPH8Sa6cqOIGKZgMRf3HEdsNGvclW/
... LBqHX25n7e2WzNjdEwuei4C+uDZKwCZTn8MEFGR0aBv1Dl0nHsWiETQLqQ/
... DRUGd4t1CHWztsI4hkLVQvT7waSOEAVtgqH/N+dIDv5/w+fvweKEsGcUKRzgUf9pTwd2cxCkH+
... EU6byQE/wDBzxJwdx0+BvwmgPI5sgVyeMv96amnEOwROegplrTPlw8iiCsLTDvldEAv/PfAvSm0G5V/
... cNZN5ZINfl/UlhfZDz4iWQEUeaQQN3Rq2Jnv+0/3YwNN3r6utdS89r6Nj9qBTy1yh3i6pxhcnhnojOjiibrXI
... +RFvkAH6vR6i+
... xLHlKitChnofV9nUMc9cb73EE9LkNNotayG9rRepFGiCYIFV9bTwJMelWOnyFknMjuFFHqPq6KqAapYTK384i
... lRtkoXbpwbH+FSaLLRE3d5hK4FuzhSDfpL+YU9/TrEPuIZTbISShuwPMVm+

... 9ECIY93eKboRRrpbqdzFH2iy9zBKUBh39OySLw4naYpuBNdxoUCaHrY0Uxnm5fmm0YcdPLDNwWIxViCIiFleAI3
... EDurzGF+OCcjt2mvhXPeIeM/Owdrdo+qYgRaXRxULtAJBemxmJB0StOq6k46kim/
... PNqAaps3YsKIJPj1707G0bfxTIU6zkaYzuFIYHq4acW/nz8+48m3OzSHNJ/vSSAMApxN2HegrI/bo/
... nqlvBSwZbAJAMoQj8t6YN0TWGYJogwYpdK/
... R65RVgRR8mO6Tv97M5ITI4AKMU7qyBhznW6gfFzu3bvp1UpzBPU2oNHTwRkHjNT6zwTama+
... wvPmViTYq4IkwblIHeZJxLkj9k6m6GgLAYzqyApxKe/2efFqwGsy84XUfgrEuwWR+
... hU2rhAVAsHFnUeHJ8NREH+J436UP/
... nV0ublaT5305MJYdBOl7Yh3DkJa6ERmI4GsfvlU8a7ZnZ7NlurcXNBxoIH0Mh+
... JINognSxq9dGbBKIRnKPTmVQ0/RNMPfpRlpX9DzzwKsohkxgF69JHrxvRlBmpKn1s3UUw8/cMO0+
... EPc4OTsVSgT3Icv+54LDdTsjqGSs7vPnUqdIsdDlRnMeigeOsSo19c9c9cAN05/6+
... SOXiHlkfJJSVC680MVh4A3csRjHJRllUdL6QhrxI2dCIQjNMDyPVS9X+nCAuWbkpa7+
... ZzzfeHfddO2UIiWy59EwXKjnnKyD4COwFrfgjwVFNi6PwJgHdnLOTuy8whxi8wCiWOBb6b3qsgXZYrxDZLQ4F
... R7bj83QRAQUQHd7sBPrmmiP8AjvZuCZkIoAqrWOiZRrto7cqwVOdRUhekD9qpeov8fZQoUFbrKHhv+
... DPS7BuNqs+7NaltSYvq7edzJAmi8RnFj9P64SakWIh7K/9MXXPBaxU3HZ8fs2bO1MgjeXVRpglULp+
... 1Rpe9sJIIi6gVzXhTlDiQ53CmMj6nIdplySqiyWG7Nwx3FN7S6GTL2KH8pyOr2opCoF1x9StOIwTv6p9cxlX+
... 2FlrOELMvC0bOMoVgp/cJLCH6BpJPCVb+aaC5aPYjSS3MgS8RIf3EC9gYe0ZYoo2Sa/OEvl5nIAzVySEm/
... 76a6obVnD91Z/8K7J4x8pOsRAKukkKsAMlMbbZzXD/IHjbSwt1SsJ0S3XHhIoMHmngKpo//
... ne5EGBy9Www9cRLhOF5ruK5wMAIeFQDBrbdCdVVEKYP9FBCRd5H1YWU8P3wYSz39LA3j8l8mjiIJpr1F0ZvGB
... PZoq2L/q+jj1KyQBdk0chablVcjw141Fr7j7bSpwVGGgoi9+
... g0Iw7fRE7T7DIWjU3aQlMeMQ2JDiv79srO02q5xAW17WAmqybXk7Q1MevSRdKUFW+
... Pl0lEn6Zo8GugcU2WIJdZRuaqymg4pYYnfo7zdViSb2By1ZNHI/NqZ2X27IAbT4+z1HOwa+
... kA0VGS8qV4Oq4sYbseykGVEAnrgoEhKTk8YWM5D9AkW3C+Bd3cEZ64PoXWhEambvfyXcBz2aJsMLS+
... HntPwn0Gqylh8cEr5DwQhkoi2L6iIOHWwgshJGlNyMdqP8xyFTKBTdVW4RYK/
... J9r3ZTqvlnrWJIVsWayRkvYyzcHf5WeYNTT4aYV7VppG6Xxen43wemSwZLeBflcxnXXiXTyNvbT9HkPMog1v
... suklVw77lBoscDr1GLiL9R6s56guqUrR86J0SWbioYnjQIpwit2k1dpBzJPhSpv+
... Ala3crbs6YYdy8S4hS3xKn7taFEiOLPTMrKjb8tXMzFWBBDcSb0fRe4RuxmdCajWB4kU3Cx8VjzWxuyFuBrC
... z5r5Pm90LNkYuxq7MiERjdWU4V4P0RJuxDuU4soNk01TBSZDi0jyYYYvn+
... GqVX2kkziQjOzYXBfOwlKfUTBRx0YZ9GYpkZrQx/A8UoKCT5krmUSjCkVngKrksegpwAnGw69/umF/
... iMSGvBifG99VVwdHWuR/+BXucqLDsdXk/kR3W71PXgd2uhl8axwihpFuSFyDvL+
... DjmYQBvEKBV6Hf2FCXIGyMrzjGZqbrMxmfjGsvQWtr+
... 99VtrnobdVryUlBBPvo2DgcOK4WbaiGNczEpPma13i0n8L/wMUyJcmEx5Fp0cNym5xWhxHXdSBjoY+
... n8ginFXbw57UJdv/WRYZx06AxVEnTW8E86B6jVybiFth77YT7oaUfuN+gnJL4LPU/HgxPpD2nHd/i89j3RbH/
... 1geTNRDEq+Gw0MhR3bUUTHpYJg5jSM428+iVeVz5NZpMn9maXzrn8fkVbsg3RGgfPQq/
... CuwIIphbhZastWe88gacHRg8BOT+Dn6mmb9Ku/wFb9dSFZE/clplARyz/Tql/y+
... IQnfXC7iu8DOtPTSK0zGcru/ysrkdI2QZ4k+rDHRf848UZ/
... NqPWgJA64KykVJFSLoNCHOotiewML1D8AUOHoaV8xXHSNOoNlbQkOKMw861rXyfyZYsgKCtDyIjvSgoUIDXzQ
... WUV/6s9WKH/Tun5VNCX0Qpf4Uyz0whGE2yvF5yzCe5y4Oy2nKPDfOuxF5XZD19wlUO8qUkf7z5Kg/1PtMbbT+
... I0HCWoSRbYj2cRJLk2E13uBhdo37R1ruWfY/EJscSoIp3DyJM2SBbF5S2NfXanby/
... jTkxu0xblykaWdCIbAlZDwer4JpPysPVtJlCW3aWmP8o5eLXumE4a3NiFHnIulAbUVyuR5RJQKd96N74f5DMj
... dA0++jc4jG0X44UNQkomxkezBc62o+
... CU9bU19k0PD5QSyVVpgqT2vHxJmIPHOk4Wa1XnfwwexZhOI6Tf6bMCCyZs4hzCGY0F7LIkFTVXbrDk39wY3s0
... ORenvAy5gznI3XCUCe2LcLnmSJW+3X8EH9d1/GjbC9+
... UfAUZrPEZo6z0nXmeBR5OC9xd9G1eWzPGwRNk7swGvzCvx4AnP1sENjqzYt6pGLAl9Qekh01Q6IKLhwpETnso
... zZ0Uhs2L32w3a5CxQoYKeMsD92ICSJdwW3NWu+
... dAOcTpBv1nMlJJf93vWqMNvtFy9XWXh01EBi2hbcGjBhcerMyMpeWX3oMbCFeA/1LboFIQGFFOvi0C2DQc/
... 4V4fHiqvdLbG2rY2C6te6YK2nsHv3eFJPZsDEmESCC43ypkuKwjqw3vt/
... NaGuRZxJwua66Q7L2w1xuiOiv2tVHzopt+FaoZxRHC02ziPa416RJ2smzkzKA0oQ96qUGwKxDdM3oRfQ+
... nAaDbH+bhOXMjhwRYwv6iduVJulsXrhaRBS53XNQeiSlyELZUUwe1G+GKODpgf4WamsI2MvQFH7bThOQSMl+
... GvDx9+ZORqoRoDU4VXTXY0Ut60pgDFjzHRjM7RB+
... QmGp5Ll1PcFJHSNymonwyJqix9S3vApGuVOYhyhctKS9b6gIMcgL4/DVtki3dJ+j/
... roAcI21L2uyvvyvXGHxfxyhZjqqv4EsC2DogUNsP2EU3JmCnNzu808nEd4mhG6DocgaF+bfGIRlD/
... TM4iJ70NLq+08PX80uN86UtEGiKIqNmL3ItqxFZ3vONXMqmdXSVVJoR++4LoFjjSVUvy5uwx+
... l6iRhKVGaBMT5c8L+ifjH8D7uhBLDOWDLJuRoj3v6nho1DEiRbUOvJZljecN7Fg6lP5w4AhRZbNdu0FQN+
... USp2i31cr3xZRpTinCJ0frb8z4VzOHrlqyQMzc70DND6zKSbRJtKoaxjZCcJcdT5JxY2eA9IZmRdNiPocx5z
... x4uGcv77Dy+kMS7l1n1uum5ek6EBQRi0CGExmG9lT61R/Kd6voVY67yLDUu5JXAzwm+hJO/
... aHYr3JaeiCSlAftWdxjlDiFYYvDq6jdiiMSpXARvfsr4SbjdKaKji0Xnl4QN2dBKuzm0lEYR9lS7QG1e7Plkf
... XkfF2trPYIfZqNeYJQUuPdDdY181kP/WasKVXsaHknD2WpWEOTAIleDVDPDwhqRnxPoe/
... iOkR9sMo423KAytQhTzRy0X1gL0LswNIqfVpyZPn3f7zYBQ7QCmJF+GXKzHjJ5Q+
... LEnT9L94MSEoxJioRXn2qnShu6iplsvX4VzqUOkp2LQOtoPrsw7wOqm8SMLY1Nj9OBlX2qwX9m0LAbF1Aclm
... TezWW2GKWUd8snTb8ViyGGqezmvF3+Xo1FY7I1mJFmewL9aV2lDsnDp/Css+n9fffmA+
... 86EYdcNQBgZTbdVa6f/
... 60JwDshHfyWASSeKfJBVCVBQKgNPmVoZPzja5sYwco0F2WTye7GmN5EviAVzIC3811qWyx6jDMnWwp/
... slfPijekZjP3bisCnJs2A03aC/njMk11yB+mz6SVNUWjTBJL9b4+
... EfSVKzrEIBiWg9EcMi0YXMxI2joH1Yw5D0N4mmtej4TBo1W4emQ7Tf0OVXOy/JZkUarMn6yqpp6/
... MtBhBAdlNc18Id6+QJXx78KN1Uq2uukEJk6Oy9gzUC6qk7olIIPQ5cVB+
... Vfu03JUAKnvDfIQxSWxBWxsyXWsHSza7iwwyZJI9m+VIoaBblpeVSsmTH6NXClJoidDk19G2KbhN+
... J50t1nUJDZyMaMKTNLm3Vv+YBWFw5StjF9GHuHXFMrBrBZAnc62y9kvLBiQ/
... qEfJiraqOxjdJFkXtdYsFQKehSM6gCsfWK/

19132... r9si2zzewm0vmh5rCxqxbmdkvLwkT7a7e0bkmhwxwZ11dIP8srEKvDom9xwEb/
faytwpJAUul7bEmRCJWnUmN+nyDbnU8826UW6PiG6ywe6rHMX80YtypD/G78RrhUHfHIbs+/7lakQdz+
Zaqyu2u1PcIXqwy1sx4Fz0fxFl7tXwNzooJAx0gpHrMae3yS05nj8IOvF5esUY0vfK7fD/djgK4v6yh+
flGI25RvZuasvL5ZB/5+ZcGZeQ8BLkH6SA6u9u+Ue2Z0eSEjAXOGPDKKj83rFAg6q/ltDwbFukJPw8ZiHVxz+
O7U/y9RyiAZSETiu3J7is8aJsDdn/UcU4lB9wAzsmLXKxLdJsnB98yTsbbXT1mG5MXZH4+
ngMT8R7ENFcoHrMjtn6g+hBM3t0iQp5HS0gbX9N0WcIRXBdAawO20wUpibxISpXZvr7a+JqA45DzqDP+
WGBF7LbvM0pmPThiov2T0JOJ0ynvsLHo2riHBcUrp3PdEjYjhTevkgl7iULn/VcY+Y13X/yz0FkNi+
Y97lGVhrQWLuMB+dPJKvSCN7UItD7Slb0K0IQjcueWpRGIswryTvH2336fQ/jCXIYu/jOC/Cv+uW6/
fyalIJBOnLOnUKLxO2JCdNSGg4iq3vynbzEO/a/0Dpo8rG0xJT/9zb+FowSmsMtTNU2nTbW5v5ajIZ0/
Hw9HAE75h6mVqeYacY9ps2FCpzVk6NCM4VLiFOqU4jtuq5ohJzatNYjP9nQ4J3GjqYSXLIHhOWcfdTINpzKR
DQjsywBPyArLWIAKbLOCn/
Fykh2xGLkrfnEWzyUYrLJUWs7vPByoCRFm3J4MjFc3Lenwr3ZOKjzKzv6logAJYolLh8XRmP6Kji1O7xQgv2o
hVlTUmMU/USUZ1Jz3ws+4fHyFTM/WgIRSo+J0bhW8bXBf0CuUFFG8unaSRjLp/
f03t5yLSo9N1yNCcZQgdS2BzAVdyEkgx/T2e73WCy+lnruQ/pzvwlKU/2B7Hn9aPneq6/a/
dvjeFfD1Gteuc8PZstnT3muEUvl36KCXft1uPY7Cla9Ep1K3UF4/n9+
iLYb4WFPzX1KomSPjIkTww7rCmVHKx2i7mUJcjBY5n1/c2riCdktwJmm5R9m+FP/SptfM5VjZ5W042czc9j/
M1gkkRlKpRsGev3FlCo/iW9iveIxPM7Awa9UUEUOxaVWPkstjQ9LEo30cJRyg1Jso5MdYk6SE/Ry2bO+
2wgZCXaRcNt6B6O/qJwolAtqlHDDIwv5WTys/os8JXfkLKFRj9O7tNajfjkLc3ZXkza37+b0IZldo1/jD/
cZGKB5oA7kVe3sB+Jql4BrcOkbx4nGfI+
UW5edB8SDEZuiZw4nlqJu7SUuaSuqehGPZAyjTLH9Wtq0vsfT4cdMWJU00bZmeXkubINkpLzTZNtmKLzPvVX/
DrUn+cAaoECqHZy9axNUnsyirRXIccgzjS7Z5nbEtnUrii99u98mWyKfyj4tlM6Fug1CrHiDAa3R3CEuZ+
ipu7/
l07lt4dV2V9rtxhK05ilMnZsk3cetXraCbJTJVQhSKObgvsdSfDrQtPRePqjsfo5nsxDlJ7pPnL3OhwRTUexx
TlxQXwDf0EzL4bRAxtGv5AOdM1G1OjzhkfSSW1ztidZp7um820oYVq7nrWmtaD6ozifxdSFcTWxGfCCKq6znz
ZkpSOlJhkQySguDkC+Vf3DrzR7lOJ86HQJu373dIVrxAGphFgkeMeVc8PuugkXn5XhMjMMU9sw+/
3O8EWXPJbec/dJbxD9LMOAfZqlcclONoC9rzT3TaYrXq69Iu+oCYDd6a+
bCIulQwPFoak5RU16gi6fObDVOLLoD7mgSKWrAlZ06Uk2BcBQZ8piYhJ8XPzudu4fd2g5pLr+MGSSGMk0NJr/
PutEtCn1GoesWg6+ysGtCLeByCelWOM9nIWbbZOyptMdFIAxLpJKTUOApwNQqW5j0mx6qZ+lGpCC4a+
aNuGcQ2FNtDGBRNKuVcMcV7sIT3JD+
T77QZlQxqTnUlhYzSnHPv4ElhKe8lv5AD37t8KyuK4YpiU5TMhhEOMhRSawOaatnQmN09KiG5jqRWoafzTj/
iEcVHKETNfzaYFvlnrLdel8IdEt71+
COBPxwrM56cQ7WOPQgfrwCwxNGifpLVSKnMidRVoCmFFgsLoB2WqRn7CCs/
Vp5CxaTfku2sNvkd1EJaVVJbINmGcREIzIRvmeAj44f7o03gDD/T+
PdGuC967CLVz1NzdxbHWKhVhitAA8e7YvfwYVZRPARSArZaM8HYbdch//
zC71zSisxff7l9eMSu9tNPNaU5ELrWaZR2Dp6Mgi76MVRuezQQplwvsOy/OlQMbGcbdZNOYo1XTkYl/Fr27+
GZ3ak6MMB4bVdihB9AvcFGjSHM5w1R9BNg0h4OlcZDcIohhPfrWufujVmEhPagJMK2LEtzrbPyt4XOtCXWdT9
sqBu9f2QmVh/
WoW61V6ojsHZZzFSuIQ5STvq9J3oQmqV2SBzbOjiklLiy5TeTDwrjKobI3SFclqGHop6V34ha2CKjahaYcITp
skM2jDmf91Q7T3SWmMf9UQ+T4gv6J/xMxDkggod+QzfUI7GDoDaFUdYIO+
LfejJ2anbd0NqFj5ab49WSYTZkiy7AbKRS8pvrNQTY+/4NLZ+loovHKoSbCwkDXQZrOv3uCX02+
O65afUGLYk6RmON0skTu9hrSiZmlnqCeJu27RVSqeggi+
ZlejhY1GdGEw204wRGZCtRWqHtnfL80CVfaQVNFuK67p8zupV/T+r5gjjP/
6WFmmgy3Xt8pxW2f26etyaCx9OMa/CS3gIJAhZjADXpt5uVhZns7+UGIN8Uh+ndoR4l8GON0c1dWIGAUKfabp
+eeHu+E6bwDsAoUUWaJIZKtcnW+nXxXvQZyxJcSGTz+PZGYITtWu9nk8e/6S98ajt5Csejzdwd6O5/
WtbgG8M1bJEh9XIMgTXuAWbiP7+xZhTZyKLMdZMpPq37sWfqotgQi261qpJjFZwGja6/
t92Exj0O1WDcd5oKIHfDMvXTlcdE0JEN2uettL2zu4r9icFjznz5y8wzwQNwyaRvO8TM3iTTtM5IMtnobvzcI
VazoOiJ2N9emTB481qwP83M80Wwq5+hpM6gopdHY6iZ6bELbGV4n8JYI4wDnzGcktacmc9zBvWRdg1ncv2V/+
kcPJjCllpUUjiMdNyVYVOu9ZURD4NHKaYIUQ28eQUUuZq6zAELAtGSiGQl0A3gVexQQLIa/
9JLugk2Bi85SwWA1SidGYe2F49Ewhj YeCelrm+PfimdXnTv4T9fSvjGay1LzL3QB+qCxB8Wes8Dn0dcdQuDt2/
a2NqOEiSQiN/okJVSwxdNijF1EeNTuWn84qkvjakdBu5INaejd8VLVdRfdX+EeUIFZ/
uH005doDOeoW24aXBlWPDx2IwH8D3bG9Pydnuu3kXyq7DcbENtd4hw5r0VN5+
oN4hasUMLzAMwHzghMDX1n5FWZpnM59YpZpc4ZXku8+b29cguzjLF+i2iog//aKDcH52QlmyHmm4J+Equu1Lr
+
7T0xCfprZ4XEpub0OxXVQlyUNpBFf4HYzG3yQVVUnYXBwlNOXOsTlm5JYQ0Kf1LFXBhxECQZUOGYGOFI7bGTZ
gS/yW/PxtycOC68Xh1kLscdeXDqKXz92TEaMDFFp905k6V1roCtzilQouhCc9jds+
kR2yPzyVh5GyWRCIn1OMIeD8Bg/
jWOIp2mhoCvyLCv503K5g0KP9OKaJRS8yf67lnwxGFnGU4Z64u2zsUCIfcR5OSjoadbXFxnAKLGfqOI655wxl
epjyO2x9c+e/3h4KrLu28PkuO4dUy9YFRk4Ii3+gEEtgcjAcL9g+rT75JVvJw4XxmrQegVF7ZW70otvfDr+
q1bwTAsk6X6ZrTUY7zcq46wia3t9bmxX/VuDjkmJfCf0QXA6R7Q2rUa6/vyZIZM8r7IpEXImhj5yXTKOc8Qap
/VfVWuhVOZWsXfDpyP/hs6UR11L/FrQE/KC8pMK/ludQTh07Sala2pC16q2WnEN5S3OUHX2VVyaGIp53L2ni/
j6+pXzL/cndtEPhj+NzPi/
2KeU9ZPUFw1WgZahuJC53a6cs1Up1OpBzSWUMDnRIPhlDq8cNdzUpGvEHau6SWf22+
xGZn7NJvc9VRe61OOhhJBiH/Ez8zODODCVOuOBCfuwkhdDw1d8eHebQmb/
arppYmkhVJcITw3L0wLHqCu5vDVLpG0e/3XIPywGI+bqglLxM14Lm9UHOg/JxbYrM5pCcWMFl/
eOTyqZlzwJ3F1n6md1F/gXyaPq03sOHL0iGnQLMNzlWpEc9ujaZZqf8PFRPy6XbYUCH+3jVOeDluIuki+bhcm
/Y8JvCV8tb0TD0UjblfixUAin9kh1320k29fls01ZgdwxNSfNLnNMMUJkhtP24pg5qSQucGQcWIga/
oIuHPJjUI6bdwAycWQauWup1+OLNhjq0YqAqsrHiIhpj4hdCZRre+
172f5evQsE65pO9VMP3Kj480CREZg97u3hStbp54CyMsnIwhtXyMz3dnFOCFXf6S/EEOHRM4GKIm0rge9/

19132...

zVPqbS9ST9PcxRCVfQtVomIhaDMSBXmhqgaWfpoBH0x4S7cpNlF40S0uxrKG5Lu4wEFputWE8FekXM5pYwKmX
EYyW6yBGKpyQpBSl+
vlcvibfuiNg0H3jcouMLyqLr1qB3e5TXJczmAbRZotf6bbAqWnhaBZotjFPRaAbiUOHvVdWN1sGZLtkwRb1Nk
SuPFkVWUIJcWgZzhSIaOvRYPUyOMZC5P8MJcyAxbP5VEmLIm797fWrTWrhlGaQSToSsfSodejaXIx9rL1Rvug
tXgP2dCXo7MG5nN6FPcSRMr/G5hRtOnTr4S34HKweMpDHCQSJp2450ow==" />

19133

19134    `</div>`

19135

19136

19137

19138    `<script type="text/javascript">`

19139

19140    `//<![CDATA[`

19141

19142    `var theForm = document.forms['Form'];`

19143

19144    `if (!theForm) {`

19145

19146        `theForm = document.Form;`

19147

19148    `}`

19149

19150    `function __doPostBack(eventTarget, eventArgument) {`

19151

19152        `if (!theForm.onsubmit || (theForm.onsubmit() != false)) {`

19153

19154            `theForm.__EVENTTARGET.value = eventTarget;`

19155

19156            `theForm.__EVENTARGUMENT.value = eventArgument;`

19157

19158            `theForm.submit();`

19159

19160        `}`

19161

19162    `}`

19163

19164    `//]]>`

19165

19166    `</script>`

19167

19168

19169

19170

19171

19172    `<script`
...      `src="/WebResource.axd?d=oE4Yje4DwgYhIst0Rhu7FycpmoM1JxsU2l0xt_oR03NHkf60R78-`
...      `9zV0qRi70zdIzUffeKCHqL34LFkh0&amp;t=635803038500000000"`
...      `type="text/javascript"></script>`

19173

19174

19175

19176

19177

19178    `<script`
...      `src="/DesktopModules/EasyDNNRotator/Controls/NewsTickerRotator/static/js/jquery.`
...      `newsticker.min.js" type="text/javascript"></script>`

19179

19180    `<script`
...      `src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress`
...      `=1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+`
...      `Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-`
...      `928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%`
...      `2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-`
...      `4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>`

19181

19182    `<script type="text/javascript">`

19183

19184    `//<![CDATA[`

```
19185
19186   if (typeof(Sys) === 'undefined') throw new Error('ASP.NET Ajax client-side framework
...     failed to load.');
19187
19188   //]]>
19189
19190   </script>
19191
19192
19193
19194   <div class="aspNetHidden">
19195
19196
19197
19198       <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
...     value="CA0B0334" />
19199
19200       <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
...     value="" />
19201
19202       <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
...     value="UzMNAd5O5+
...     I5dOdE0RNvZ4SLCNvK8C2kJuufvqbZcEkkdzKytE7zoBPC1Pe2rC3gbJeAGA5FSpLl0teJPzmSuVydrVDWkCk
...     wnTAQqw+3eBvWuXUkLk6q++GHJHXGKC1c6fhXUMAqevHFW1/L/
...     Oz2pwfcJtfgSKPUxYMYVpeunyxkvhh44k06fr3lh6si9C/
...     M6q4WV9WKKQhEy3JFCsWzCIji7qd5GA7zWfRcp9R97q4kKsqWzuAuwFQBSi2h+VH0qlXf1WxUJ+
...     sAtewMs9OcIp6T52NvgmEp0QVbFB82ndmOjx2iw302QO1PYeK/
...     LbugPeovyjLFfjLKfFymaj7bdRvE5mipF7dXX85qRKuzJCXPLOsGvoDhQir/
...     QTeublslHxXfhX9y6KmehpDcfClyGos9zePqGf93+Y2kyF4I8OUGUiq53sKjk9QSa97FziwnqF31/
...     ydBdUVA2xtW6ZR+
...     krDXYOYiJe5Mr4oEDHQA4VtwwW89vP7efEz40NaAbipos8LAB6so0S6TsbKx3Cua3i5GnI6fe+
...     Iw5M8j9mxtrVPLwY12iJCn86K/dN8TEVYM1xTVuAefsob2UOJ438lhOYNp3RZmrnTwkXzpUsEfhexJGFuzk/
...     It5rvRPpgl0irZIYll3vPTE2QzWlaz2zpd399+atQ+a+C+
...     uSMBtcQwSApmr4j9NxGkW7XmN84Wz0U6HAsfIQ555hOimJmygWG7XMWA1H2C6k8kbUO7GI0sSqjcilkJeda++
...     rojEcN3vXXzCjMKou7LxfsbGKqU8g7+
...     l75gZGdufpFEQUdpQa0t3ng4jCXgDzmSfDtEUnsNC7xZe0hn0UTE3vEG3e+
...     NF0sHSNxL52eMf7HClND30iLH3z5XQKzYYRk0NkC6pso8SRaMpOY1x153bVFxHVZxBEb7zWnGWI6YJ41RkcPj
...     7voyzhnU/
...     q7pxp9AzIkl3aKFTmIX9CClwMZQ0cnkGkSm2PQJekm2iKpoVsDerEtyRIJ50dzX5W4no0Dt1JXaD8nrKEZkJR
...     Bi8cwLXH+8AqQm8x8qKmb4DPt+pEAvUSlISxq/MSd7Iay6nsnAM1j4hvZD9AEjxTuNhO3kKbk9V/
...     rf6DejA0jOVFfeVLoH4oW2741a6LEynlO36E7t8KJvvhbcubcZaxIQPGeu9jS93w1zMEDOB6XirmHeddYZYUZ
...     hUV+Ye/nO1EYHEMVZMedWFPsuMGLzWFvLX6E4pZfvpq5HRzj0crKsyqUyP/
...     2NDQwjpXqNzE4snXlq3uVSjsxv6uzZxLwMNyzslj3cU1l9EcM9fb3cSVu1alZLQM9ckemVfnaTVlHY1Yv6jim
...     tZUvBfOLoIageutGskXchN7T/715TPYWYSJnXs/p33LPN5f76zRdAjO9HaRUi3oC3oqv6JTcp6a7xZ+
...     2LnFLE3r6b9GrT6iF2fPK9BRQOPlNbX1yy3AOnZtgTMIQYtUGnsydUD491F84/l4GZ+BPWMUeHJ7Myh/
...     RgUMk2y//0YhL/
...     ylPMJSWbB9Sr05A2vZkIyY24UVocpdcK35gBDGlZr8thrWrRZjdWeXjtzb9dWehds8RNuviajZUqnYlcmoxIC
...     bpXmDYFcJsF989WQeZFsGa6skMByPrlQ7t+p02Kw6EPrHjTJ/a80ev0/3hlXaaf83TZ6V90FRHziWbDJ2js/
...     VURu2zSx+
...     caItAGyVt6eD20Y2cvI7LEgkbuVOM6lq5c4Kg7r9xRzODQbx1wuZaftzd5DB2ZETpsBb7CYoZJGGaVpPBy0ht
...     Ru6sG/s5QaVSLDUUrV+UBVcyyqMp+LN781eGsDLviqoQZpQkrYmA1Adj+HFzjAxKdZRYG/
...     ul21bia2heX55oi0IZGgvqSj2memi6mJhRY2HY1j0Pnjl9l5bGeQXZnL+PglKz2I/
...     TZgB8o2jaMCl2Ku9py0Ri+uEuoDz0SJ3XV661edlBsywX7+CPTYQtP+eNc6HhiBDcsnWrLV6UqD67pbfhG2+
...     bdFXEh44Zxhz43Iinn+0bqbOGtZdg3DnhqBAVY3Y+gomUN9qtMoa1my4yH+D8QA/0HW/
...     1jT91f9hiNhPWYoxBCBKTpsGVSMkX3v6W9PO7rgackVAXWxTIZ8LnElibf7s7GZ99QgcglYzjAOjhFJ4UXSVb
...     VNd2bg+qYJLYW0+/N4k2Yo+7MNPdYgD4tfNUXxrYbqG4y6xlAHhi9bW4qPMcD4kkslL6SlvNyzSiW/
...     cPY62GUqwKX1MAglN+tHvfTbM5g153hVp9YHuQwnLg64eT2lj1KUlZU+
...     LwaGLljwIbqCSDubdemjqxsCt5prFwiRFG8kuFDNSRynfL1DeB8zUR54pF2t+zd/
...     LXD3Mv4ayKgY6XldAsopBi3/
...     MB4wdQ8R6Ywd00Luz4wm7mIPZ9tlwC33EN6ZWE5owuNRUHH1iB6l1ww3Mjz28PI+
...     lreikiCfHAWSUKRW33VAz4mHe5cI0YPQmsEQentffwcoYrudppst8KmegZL3qCR+OuVzDM/rKQy+
...     o4yLTsTaT5TA3eYigY4O+S3A/MpYkavwJBCcPZgj0TT/r3c9CyVfTXKyFpvr+av9ItEWrt2/OQu" />
19203
19204   </div><script src="/js/dnn.js?cdv=355" type="text/javascript"></script><script
...     src="/Portals/0/Skins/BJH/js/bootstrap.js?cdv=355"
...     type="text/javascript"></script><script
...     src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?cdv=355"
...     type="text/javascript"></script><script
```

```
19204    src="/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=355"
...      type="text/javascript"></script><script
...      src="/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=355"
...      type="text/javascript"></script><script
...      src="/Portals/0/Skins/BJH/js/global.js?cdv=355"
...      type="text/javascript"></script><script src="/js/Debug/dnn.modalpopup.js?cdv=355"
...      type="text/javascript"></script><script
...      src="/js/Debug/dnn.servicesframework.js?cdv=355"
...      type="text/javascript"></script><script src="/js/Debug/dnncore.js?cdv=355"
...      type="text/javascript"></script><script
...      src="/Resources/Search/SearchSkinObjectPreview.js?cdv=355"
...      type="text/javascript"></script><script type="text/javascript">
19205
19206    //<![CDATA[
19207
19208    Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form',
...      ['tdnn$ucFooter$ucEnewsLetter$UpdatePanel1','dnn_ucFooter_ucEnewsLetter_UpdatePanel1'
...      ], [], [], 90, '');
19209
19210    //]]>
19211
19212    </script>
19213
19214
19215
19216
19217
19218
19219
19220
19221
19222
19223
19224    <div class="push">
19225
19226       <!-- Header : row1,2,3-->
19227
19228
19229
19230
19231
19232
19233
19234    <script type="text/javascript">var _sf_startpt = (new Date()).getTime()</script>
19235
19236
19237
19238    <script type="text/JavaScript"
...      src="https://secure.ifbyphone.com/js/ibp_clickto_referral.js"></script>
19239
19240    <script type="text/JavaScript">
19241
19242       var _ibp_public_key = "2fce29c4e86f5db0dac4932d2732a606f943ce86";
19243
19244       var _ibp_formatting = true;
19245

19246       var _ibp_keyword_set = 44174;
19247
19248    </script>
19249
19250
19251
19252    <!-- Header -->
19253
19254    <!-- Row 1: phone-->
19255
19256    <div class="row1 hidden-xs">
19257
```

```
19258          <div class="container">
19259
19260          <div class="col-md-6 col-sm-7 row1Left">
19261
19262              <span>Find a doctor or make an appointment: </span>
19263
19264
19265
19266              <span class="phone-number"><script type="text/JavaScript"
    …  src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script></span>
19267
19268
19269
19270          </div>
19271
19272          <div class="col-md-6 col-sm-5 row1Right">General Information: <a
    …  href="tel:3147473000" class="tel">314.747.3000</a></div>
19273
19274      </div>
19275
19276 </div>
19277
19278
19279
19280 <!--googleoff: index-->
19281
19282
19283
19284 <!-- Row 2: Logo & Search-->
19285
19286 <div class="row2 logoRow">
19287
19288      <div class="container">
19289
19290          <div class="row grid">
19291
19292              <div class="col-md-3 col-sm-3 row2Left">
19293
19294                  <div class="row mHeader">
19295
19296                      <div class="col-xs-1 visible-xs mHeaderL">
19297
19298
19299
19300                          <a data-toggle=".mobileMainNav " class="mOpen
    …  open-left-button" href="javascript:void(0)"><span class="icon-menu"></span></a>
19301
19302                      </div>
19303
19304
19305
19306                      <div class="col-sm-12 col-xs-8 mHeaderM">
19307
19308                          <a href="/">
19309
19310                              <img width="176" height="68" alt=""
    …  src="/Portals/0/Skins/BJH/images/barnes-jewish-logo.png"></a>
19311
19312                          </div>
19313
19314                      <div class="col-xs-3 visible-xs mHeaderR">
19315
19316                          <a href="javascript:void(0)" class="mSearch">
19317
19318                              <span class="icon-magnifying_glass"></span>
19319
19320
19321
```

```
19322                          </a>
19323
19324                     <a data-target="#modalContact" data-toggle="modal"
…    class="mCall">
19325
19326                         <span class="icon-phone"></span>
19327
19328                         <!--<span class="iconLabel">Call</span>-->
19329
19330                     </a>
19331
19332
19333
19334                 </div>
19335
19336             </div>
19337
19338         </div>
19339
19340         <div class="col-md-4 col-sm-5 hidden-xs row2mid">
19341
19342             <div class="contactWrap">
19343
19344                 <a href="/Patients-Visitors/Directions-and-Maps"><span
…    class="icon-get-directions"></span> Get Directions</a><a
href="/contactus/"><span class="icon-contact"></span> Contact Us</a>
19345
19346             </div>
19347
19348         </div>
19349
19350         <div class="col-md-5 col-sm-4 row2right search-box">
19351
19352             <div class="input-group">
19353
19354
19355
19356
19357
19358 <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
19359
19360     <div class="SearchBorder">
19361
19362         <div id="SearchIcon" class="SearchIcon">
19363
19364             <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
…    src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
19365
19366         </div>
19367
19368         <span class="searchInputContainer" data-moreresults="See More Results"
…    data-noresult="No Results Found">
19369
19370             <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
…    maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
autocomplete="off" placeholder="Search..." />
19371
19372             <a class="dnnSearchBoxClearText"></a>
19373
19374         </span>
19375
19376
19377
19378         <ul id="SearchChoices">
19379
19380             <li id="SearchIconSite">Site</li>
19381
19382             <li id="SearchIconWeb">Web</li>
```

Page 546

```
            </ul>

        </div>

        <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
;)">Go</a>

</div>

<script type="text/javascript">

    $(function() {

        if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
{

            var searchSkinObject = new dnn.searchSkinObject({

                delayTriggerAutoSearch : 400,

                minCharRequiredTriggerAutoSearch : 2,

                searchType: 'S',

                enableWildSearch: true,

                cultureCode: 'en-US',

                portalId: -1

                }

            );

            searchSkinObject.init();




                // attach dropdown search

            if (typeof dnn.initDropdownSearch != 'undefined') {

                dnn.initDropdownSearch(searchSkinObject);

            }




        }

    });

</script>



                </div>

                </div>
```

```
19448            </div>
19449
19450        </div>
19451
19452 </div>
19453
19454 <!-- Modal Contact Box on mobile-->
19455
19456 <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
...  id="modalContact" class="modal">
19457
19458     <div class="modal-contact">
19459
19460         <div class="modal-content">
19461
19462             <div class="modal-header">
19463
19464                 <h4 class="modal-title">Call Us</h4>
19465
19466             </div>
19467
19468             <div class="modal-body">
19469
19470                 <div class="mBtn">
19471
19472                     <div class="mBtnLeft"><span class="icon-phone"></span></div>
19473
19474                     <div class="mBtnRight">
19475
19476                         Find a Doctor or Make<br>
19477
19478                         an Appointment<br>
19479
19480                         <a class="tel" href="tel:8559250631">855.925.0631</a>
19481
19482                     </div>
19483
19484                 </div>
19485
19486                 <div class="mBtn">
19487
19488                     <div class="mBtnLeft"><span class="icon-phone"></span></div>
19489

19490                     <div class="mBtnRight genInfo">
19491
19492                         General Information<br>
19493
19494                         <a href="tel:3147473000">314.747.3000</a>
19495
19496                     </div>
19497
19498                 </div>
19499
19500                 <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
19501
19502             </div>
19503

19504         </div>
19505
19506     </div>
19507
19508 </div>
19509
19510
19511
19512 <!-- Row 3: Top Menu -->
19513
19514 <div class="row3 mainNavRow hidden-xs">
```

```
19515
19516        <div class="container">
19517
19518            <nav id="mainNav">
19519
19520                <ul id="navmenu">
19521
19522                    <li id="physicians">
19523
19524                        <div class="navlink"><a href="/physicians">Find a Doctor<span
…    class="icon-arrow-right-generic visible-xs"></span></a></div>
19525
19526                    </li>
19527
19528                    <li class="navvert">
19529
19530                        <div class="vert"></div>
19531
19532                    </li>
19533
19534                    <li id="requestacallforanappointment">
19535
19536                        <div class="navlink"><a href="/requestappointment/">Request an
…    Appointment<span class="icon-arrow-right-generic visible-xs"></span></a></div>
19537
19538                    </li>
19539
19540                    <li class="navvert">
19541
19542                        <div class="vert"></div>
19543
19544                    </li>
19545
19546                    <li id="medicalservices">
19547
19548                        <div class="navdrop"><a href="/Medical-Services">Medical
…    Services<span class="icon-arrow-right-generic visible-xs"></span></a> </div>
19549
19550                        <div class="dropBox">
19551
19552                            <div class="row">
19553
19554                                <div class="col-md-3 col-sm-3">
19555
19556                                    <ul>
19557
19558                                        <li class="line"><a
…    href="/Medical-Services/Cancer">
19559
19560                                            <h4>Cancer</h4>
19561
19562                                        </a></li>
19563
19564                                        <li class="line"><a
…    href="/MedicalServices/Clinics">
19565
19566                                            <h4>Clinics</h4>
19567
19568                                        </a></li>
19569
19570                                        <li class="line"><a
…    href="/Medical-Services/Dermatology">
19571
19572                                            <h4>Dermatology</h4>
19573
19574                                        </a></li>
19575
19576                                        <li class="line"><a
```

```
19576    href="/Medical-Services/Diabetes-Endocrinology">
19577
19578                                    <h4>Diabetes &amp; Endocrinology</h4>
19579
19580                                </a></li>
19581
19582                                <li class="line"><a
  …    href="/Medical-Services/Digestive-Diseases">
19583
19584                                    <h4>Digestive Diseases</h4>
19585
19586                                </a></li>
19587
19588                                <li class="line"><a
  …    href="/Medical-Services/Ear-Nose-Throat-ENT">
19589
19590                                    <h4>Ear, Nose &amp; Throat (ENT)</h4>
19591
19592                                </a></li>
19593
19594                                <li><a
  …    href="/Medical-Services/Elder-Care-and-Rehabilitation">
19595
19596                                    <h4>Elder Care and Rehabilitation</h4>
19597
19598                                </a></li>
19599
19600                            </ul>
19601
19602                        </div>
19603
19604                        <div class="col-md-3 col-sm-3">
19605
19606                            <ul>
19607
19608                                <li class="line"><a
  …    href="/Medical-Services/Emergency-Medicine">
19609
19610                                    <h4>Emergency Medicine</h4>
19611
19612                                </a></li>
19613
19614                                <li class="line"><a
  …    href="/Medical-Services/Geriatrics">
19615
19616                                    <h4>Geriatrics</h4>
19617
19618                                </a></li>
19619
19620                                <li class="line"><a
  …    href="/Medical-Services/Heart-Vascular">
19621
19622                                    <h4>Heart &amp; Vascular</h4>
19623
19624                                </a></li>
19625
19626                                <li class="line"><a
  …    href="/Medical-Services/Lung-Diseases">
19627
19628                                    <h4>Lung Diseases</h4>
19629
19630                                </a></li>
19631
19632                                <li class="line"><a
  …    href="/Medical-Services/Nephrology">
19633
19634                                    <h4>Nephrology</h4>
19635
```

```
19636
19637                                      </a></li>
19638                                      <li class="line"><a
…    href="/Medical-Services/Neurology-Neurosurgery">
19639
19640                                          <h4>Neurology &amp; Neurosurgery</h4>
19641
19642                                      </a></li>
19643
19644                                      <li><a
…    href="/Medical-Services/Obstetrics-Gynecology">
19645
19646                                          <h4>Obstetrics &amp; Gynecology</h4>
19647
19648                                      </a></li>
19649
19650                                  </ul>
19651
19652                              </div>
19653
19654                              <div class="col-md-3 col-sm-3">
19655
19656                                  <ul>
19657
19658                                      <li class="line"><a
…    href="/Medical-Services/Ophthalmology">
19659
19660                                          <h4>Ophthalmology</h4>
19661
19662                                      </a></li>
19663
19664                                      <li class="line"><a
…    href="/Medical-Services/Orthopedic-Care">
19665
19666                                          <h4>Orthopedic Care</h4>
19667
19668                                      </a></li>
19669
19670                                      <li class="line"><a
…    href="/Medical-Services/Pain-Management">
19671
19672                                          <h4>Pain Management</h4>
19673
19674                                      </a></li>
19675
19676                                      <li class="line"><a
…    href="/Medical-Services/Palliative-Care">
19677
19678                                          <h4>Palliative Care</h4>
19679
19680                                      </a></li>
19681
19682                                      <li class="line"><a
…    href="/Medical-Services/Plastic-Reconstructive-Surgery">
19683
19684                                          <h4>Plastic &amp; Reconstructive Surgery</h4>
19685
19686                                      </a></li>
19687
19688                                      <li><a href="/Medical-Services/Psychiatry">
19689
19690                                          <h4>Psychiatry</h4>
19691
19692                                      </a></li>
19693
19694                                  </ul>
19695
19696                              </div>
```

```
<div class="col-md-3 col-sm-3">

    <ul>

        <li class="line"><a
href="/Medical-Services/Radiology">

            <h4>Radiology</h4>

        </a></li>

        <li class="line"><a
href="/Medical-Services/Rheumatology">

            <h4>Rheumatology</h4>

        </a></li>

        <li class="line"><a
href="/Medical-Services/Spine-and-Spinal-Cord">

            <h4>Spine and Spinal Cord</h4>

        </a></li>

        <li class="line"><a
href="/Medical-Services/Transplant">

            <h4>Transplant</h4>

        </a></li>

        <li class="line"><a
href="/Medical-Services/Trauma-Acute-Care-Surgery">

            <h4>Trauma &amp; Acute Care Surgery</h4>

        </a></li>

        <li class="line"><a
href="/Medical-Services/Urology">

            <h4>Urology</h4>

        </a></li>

        <li><a
href="/Medical-Services/Wound-General-Surgery">

            <h4>Wound/General Surgery</h4>

        </a></li>

    </ul>

    </div>

    </div>

    </div>

    </li>

    <li class="navvert">

        <div class="vert"></div>
```

```
19758              </li>
19759
19760              <li id="patientsvisitors" class="">
19761
19762                  <div class="navdrop"><a href="/Patients-Visitors">Patient &amp;
…       Visitor Information<span class="icon-arrow-right-generic
…       visible-xs"></span></a></div>
19763
19764                      <div class="dropBox">
19765
19766                          <div class="row">
19767
19768                              <div class="col-md-3 col-sm-3">
19769
19770                                  <ul>
19771
19772                                      <li class="line"><a
…       href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
…       target="_blank">
19773
19774                                          <h4>Baby Photos</h4>
19775
19776                                      </a></li>
19777
19778                                      <li><a
…       href="/Patients-Visitors/Billing-and-Financial-Assistance">
19779
19780                                          <h4>Billing and Financial Assistance</h4>
19781
19782                                      </a></li>
19783
19784                                      <li><a
…       href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…       /Financial-Assistance" target="_blank" style="padding-left: 15px;">Financial
…       Assistance Policy</a></li>
19785
19786                                      <li><a
…       href="/Patients-Visitors/Billing-and-Financial-Assistance/Patient-Price-Estimate-
…       Requests" target="_blank" style="padding-left: 15px;">Patient Price Estimate
…       Requests</a></li>
19787
19788                                      <li class="line" style="padding-bottom: 12px;"><a
…       target="_blank" style="padding-left: 15px;"
…       href="/Patients-Visitors/Billing-and-Financial-Assistance/Pay-Your-Bill-Online">Pay
…       Your Bill Online</a></li>
19789
19790                                      <li><a href="/Patients-Visitors/CaringBridge">
19791
19792                                          <h4>CaringBridge</h4>
19793
19794                                      </a></li>
19795
19796                                  </ul>
19797
19798                              </div>
19799
19800                              <div class="col-md-3 col-sm-3">
19801
19802                                  <ul>
19803
19804                                      <li><a
…       href="/Patients-Visitors/Directions-and-Maps">
19805
19806                                          <h4>Directions and Maps</h4>
19807
19808                                      </a></li>
19809
19810                                      <li><a
```

```
19810…     href="/Patients-Visitors/Directions-and-Maps/Parking-Information"
    …     style="padding-left: 15px;">Parking Information</a></li>
19811
19812                             <li><a
    …     href="/Patients-Visitors/Directions-and-Maps/Shuttle-Service" style="padding-left:
    …     15px;">Shuttle Service</a></li>
19813
19814                             <li class="line" style="padding-bottom: 12px;"><a
    …     href="/Patients-Visitors/Directions-and-Maps/Campus-Maps" style="padding-left:
    …     15px;">Campus Maps</a></li>
19815
19816                             <li class="line"><a
    …     href="/Patients-Visitors/Send-an-E-Greeting">
19817
19818                                 <h4>Send an E-Greeting</h4>
19819
19820                             </a></li>
19821
19822                             <li><a
    …     href="/Patients-Visitors/Gifts-and-Flowers">
19823
19824                                 <h4>Gifts and Flowers</h4>
19825
19826                             </a></li>
19827
19828                             <li><a href="https://shop.barnesjewish.org/"
    …     target="_blank">Shop Online</a></li>
19829
19830                         </ul>
19831
19832                     </div>
19833
19834                     <div class="col-md-3 col-sm-3">
19835
19836                         <ul>
19837
19838                             <li><a
    …     href="/Patients-Visitors/Hospitality-Services">
19839
19840                                 <h4>Guest Services</h4>
19841
19842                             </a></li>
19843
19844                             <li><a href="/Patients-Visitors/Internet-Access"
    …     style="padding-left: 15px;">Internet Access</a></li>
19845
19846                             <li><a
    …     href="/Patients-Visitors/Interpreter-Services" style="padding-left:
    …     15px;">Interpreter Services</a></li>
19847
19848                             <li><a
    …     href="/Patients-Visitors/Social-Work-Services" style="padding-left: 15px;">Social
    …     Work Services</a></li>
19849
19850                             <li><a href="/Patients-Visitors/Spiritual-Care"
    …     style="padding-left: 15px;">Spiritual Care</a></li>
19851
19852                             <li class="line" style="padding-bottom: 12px;"><a
    …     href="/Patients-Visitors/Hospitality-Services" style="padding-left: 15px;">More guest
    …     services</a></li>
19853
19854                             <li class="line"><a
    …     href="/Patients-Visitors/Fitness-Center">
19855
19856                                 <h4>Fitness Center</h4>
19857
19858                             </a></li>
19859
```

```
19860                                    <li><a href="/Patients-Visitors/Medical-Records">
19861
19862                                        <h4>Medical Records</h4>
19863
19864                                    </a></li>
19865
19866                                </ul>
19867
19868                            </div>
19869
19870                            <div class="col-md-3 col-sm-3">
19871
19872                                <ul>
19873
19874                                    <li class="line" style="margin-bottom: 12px;"><a
…      href="/Patients-Visitors/Phone-Numbers">
19875
19876                                        <h4>Phone Numbers</h4>
19877
19878                                    </a></li>
19879
19880                                    <li><a
…      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">
19881
19882                                        <h4>Your Stay at Barnes-Jewish</h4>
19883
19884                                    </a></li>
19885
19886                                    <li><a
…      href="/Patients-Visitors/Dining-and-Restaurants" style="padding-left: 15px;">Dining
…      and Restaurants</a></li>
19887
19888                                    <li><a href="/Patients-Visitors/Lodging"
…      style="padding-left: 15px;">Lodging</a></li>
19889
19890                                    <li><a
…      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/What-to-Bring"
…      style="padding-left: 15px;">What to Bring</a></li>
19891
19892                                    <li><a
…      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Understanding-Admission"
…      style="padding-left: 15px;">Understanding Admission</a></li>
19893
19894                                    <li><a
…      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Patient-Safety"
…      style="padding-left: 15px;">Patient Safety</a></li>
19895
19896                                    <li><a href="/Patients-Visitors/Pharmacy"
…      style="padding-left: 15px;">Pharmacy</a></li>
19897
19898                                    <li><a href="/Patients-Visitors/Visiting-Hours"
…      style="padding-left: 15px;">Visiting Hours</a></li>
19899
19900                                    <li><a
…      href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish/Your-Health-Care-Team"
…      style="padding-left: 15px;">Your Health Care Team</a></li>
19901
19902                                </ul>
19903
19904                            </div>
19905
19906                        </div>
19907
19908                    </div>
19909
19910                </li>
19911
19912                <li class="navvert">
```

Page 555

```
19913
19914                    <div class="vert"></div>
19915
19916                </li>
19917
19918                <li id="giving">
19919
19920                    <div class="navdrop"><a href="/giving">Giving<span
      class="icon-arrow-right-generic visible-xs"></span></a> </div>
19921
19922                    <div class="dropBox">
19923
19924                        <div class="row">
19925
19926                            <div class="col-md-3 col-sm-3">
19927
19928                                <ul>
19929
19930                                    <li><a href="/Giving/About-The-Foundation">
19931
19932                                        <h4>About The Foundation</h4>
19933
19934                                    </a></li>
19935
19936                                    <li><a
      href="/Giving/About-The-Foundation/See-Your-Gifts-Impact" style="padding-left:
      15px;">See Your Gifts' Impact</a></li>
19937
19938                                    <li><a
      href="/Giving/About-The-Foundation/Foundation-Events" style="padding-left:
      15px;">Foundation Events</a></li>
19939
19940                                    <li><a
      href="/Giving/About-The-Foundation/Foundation-News" style="padding-left:
      15px;">Foundation News</a></li>
19941
19942                                    <li><a
      href="/Giving/About-The-Foundation/Grants-Administration" style="padding-left:
      15px;">Grants Administration</a></li>
19943
19944                                    <li class="line"><a
      href="/Giving/About-The-Foundation/The-Foundation-Board-of-Directors"
      style="padding-left: 15px; padding-bottom: 11px;">The Foundation Board of
      Directors</a></li>
19945
19946                                </ul>
19947
19948                            </div>
19949
19950                            <div class="col-md-3 col-sm-3">
19951
19952                                <ul>
19953
19954                                    <li><a href="/giving/Ways-To-Give">
19955
19956                                        <h4>Giving</h4>
19957
19958                                    </a></li>
19959
19960                                    <li><a href="/Giving/Ways-To-Give/Annual-Giving"
      style="padding-left: 15px;">Annual Giving</a></li>
19961
19962                                    <li><a
      href="/Giving/Ways-To-Give/Make-a-Gift-Now" style="padding-left: 15px;">Make a Gift
      Now</a></li>
19963
19964                                    <li><a href="/Portals/0/Giving/Way to
      give/FBJHGivingForm6.2011.pdf" target="_blank" style="padding-left: 15px;">Make a
```

```
19964… Gift by Mail</a></li>
19965
19966                                    <li><a href="/Giving/Ways-To-Give/Planned-Giving"
  …    style="padding-left: 15px;">Planned Giving</a></li>
19967
19968                                    <li><a
  …    href="/Giving/Ways-To-Give/Benefits-of-Giving" style="padding-left: 15px;">Benefits
  …    of Giving</a></li>
19969
19970                               </ul>
19971
19972                           </div>
19973
19974                           <div class="col-md-3 col-sm-3">
19975
19976                               <ul>
19977
19978                                    <li><a href="/Giving/Publications">
19979
19980                                        <h4>Publications</h4>
19981
19982                                    </a></li>
19983
19984                                    <li><a
  …    href="/Giving/Publications/Giving-Magazine" style="padding-left: 15px;">Giving
  …    Magazine</a></li>
19985
19986                                    <li><a
  …    href="/Giving/Publications/Tributes-Newsletter" style="padding-left: 15px;">Tributes
  …    Newsletter</a></li>
19987
19988                                    <li class="line"><a
  …    href="/Giving/Publications/Legacy" style="padding-left: 15px;">Legacy</a></li>
19989
19990                                    <li class="line"><a
  …    href="/Giving/Stories-of-Hope">
19991
19992                                        <h4>Stories of Hope</h4>
19993
19994                                    </a></li>
19995
19996                                    <li><a href="/Giving/Arts-Healthcare">
19997
19998                                        <h4>Arts + Healthcare</h4>
19999
20000                                    </a></li>
20001
20002                               </ul>
20003
20004                           </div>
20005
20006                           <div class="col-md-3 col-sm-3">
20007
20008                               <ul>
20009
20010                                    <li class="line"><a href="/Giving/Volunteer">
20011
20012                                        <h4>Volunteer</h4>
20013
20014                                    </a></li>
20015
20016                                    <li class="line"><a
  …    href="/Giving/Barnes-Jewish-Hospital-Auxiliary">
20017
20018                                        <h4>Barnes-Jewish Hospital Auxiliary</h4>
20019
20020                                    </a></li>
20021
```

```
20022                                            <li><a href="/giving/Contact-The-Foundation">
20023
20024                                                <h4>Contact The Foundation</h4>
20025
20026                                            </a></li>
20027
20028                                        </ul>
20029
20030                                    </div>
20031
20032                                </div>
20033
20034                            </div>
20035
20036                        </li>
20037
20038                    </ul>
20039
20040                    <ul class="visible-xs contactWrapM">
20041
20042                        <li><a href="/patients-visitors/directions-maps"><span
…    class="icon-get-directions"></span><span>Get Directions</span><span
…    class="icon-arrow-right-generic"></span></a></li>
20043
20044                        <li><a href="/Contact-Us"><span
…    class="icon-contact"></span><span>Contact Us</span><span
…    class="icon-arrow-right-generic"></span></a></li>
20045
20046                    </ul>
20047
20048                </nav>
20049
20050            </div>
20051
20052    </div>
20053
20054
20055
20056
20057
20058    <div class="mobileMainNav">
20059
20060        <div class="container">
20061
20062            <div class="topMobileNav visible-xs">
20063
20064                <ul class="megamenu" id="megamenu">
20065
20066                    <li class="level0">
20067
20068                        <a class="level0" href="/physicians">Find a Doctor</a>
20069
20070                    </li>
20071
20072                    <li class="separator"></li>
20073
20074                    <li class="level0">
20075
20076                        <a class="level0" href="/requestappointment/">Request an
…    Appointment</a>
20077
20078                    </li>
20079
20080                    <li class="separator"></li>
20081
20082                    <li class="level0">
20083
20084                        <a class="level0" href="/Medical-Services">Medical Services</a>
```

Page 558

```
20085
20086                        <span class="icon-arrow-right-generic childIndicator"></span>
20087
20088                        <div class="sub">
20089
20090                            <ul>
20091
20092                                <li class="back-button"><a href="javascript:void(0);"
…    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
20093
20094                                <li class="subheader"><a
…    href="/Medical-Services/Cancer">Cancer</a></li>
20095
20096                                <li class="subheader"><a
…    href="/MedicalServices/Clinics">Clinics</a></li>
20097
20098                                <li class="subheader"><a
…    href="/Medical-Services/Dermatology">Dermatology</a></li>
20099
20100                                <li class="subheader"><a
…    href="/Medical-Services/Diabetes-Endocrinology">Diabetes &amp; Endocrinology</a></li>
20101
20102                                <li class="subheader"><a
…    href="/Medical-Services/Digestive-Diseases">Digestive Diseases</a></li>
20103
20104                                <li class="subheader"><a
…    href="/Medical-Services/Ear-Nose-Throat-ENT">Ear, Nose &amp; Throat (ENT)</a></li>
20105
20106                                <li class="subheader"><a
…    href="/Medical-Services/Elder-Care-and-Rehabilitation">Elder Care and
…    Rehabilitation</a></li>
20107
20108                                <li class="subheader"><a
…    href="/Medical-Services/Emergency-Medicine">Emergency Medicine</a></li>
20109
20110                                <li class="subheader"><a
…    href="/Medical-Services/Geriatrics">Geriatrics</a></li>
20111
20112                                <li class="subheader"><a
…    href="/Medical-Services/Heart-Vascular">Heart &amp; Vascular</a></li>
20113
20114                                <li class="subheader"><a
…    href="/Medical-Services/Lung-Diseases">Lung Diseases</a></li>
20115
20116                                <li class="subheader"><a
…    href="/Medical-Services/Nephrology">Nephrology</a></li>
20117
20118                                <li class="subheader"><a
…    href="/Medical-Services/Neurology-Neurosurgery">Neurology &amp; Neurosurgery</a></li>
20119
20120                                <li class="subheader"><a
…    href="/Medical-Services/Obstetrics-Gynecology">Obstetrics &amp; Gynecology</a></li>
20121
20122                                <li class="subheader"><a
…    href="/Medical-Services/Ophthalmology">Ophthalmology</a></li>
20123
20124                                <li class="subheader"><a
…    href="/Medical-Services/Orthopedic-Care">Orthopedic Care</a></li>
20125
20126                                <li class="subheader"><a
…    href="/Medical-Services/Pain-Management">Pain Management</a></li>
20127
20128                                <li class="subheader"><a
…    href="/Medical-Services/Palliative-Care">Palliative Care</a></li>
20129
20130                                <li class="subheader"><a
…    href="/Medical-Services/Plastic-Reconstructive-Surgery">Plastic &amp; Reconstructive
…    Surgery</a></li>
```

```
20131
20132                            <li class="subheader"><a
   …  href="/Medical-Services/Psychiatry">Psychiatry</a></li>
20133
20134                            <li class="subheader"><a
   …  href="/Medical-Services/Radiology">Radiology</a></li>
20135
20136                            <li class="subheader"><a
   …  href="/Medical-Services/Rheumatology">Rheumatology</a></li>
20137
20138                            <li class="subheader"><a
   …  href="/Medical-Services/Spine-and-Spinal-Cord">Spine and Spinal Cord</a></li>
20139
20140                            <li class="subheader"><a
   …  href="/Medical-Services/Transplant">Transplant</a></li>
20141
20142                            <li class="subheader"><a
   …  href="/Medical-Services/Trauma-Acute-Care-Surgery">Trauma &amp; Acute Care
   …  Surgery</a></li>
20143
20144                            <li class="subheader"><a
   …  href="/Medical-Services/Urology">Urology</a></li>
20145
20146                            <li class="subheader"><a
   …  href="/Medical-Services/Wound-General-Surgery">Wound/General Surgery</a></li>
20147
20148                        </ul>
20149
20150                    </div>
20151
20152                </li>
20153
20154                <li class="separator"></li>
20155
20156                <li class="level0">
20157
20158                    <a class="level0" href="/Patients-Visitors">Patients &amp;
   …  Visitors</a>
20159
20160                    <span class="icon-arrow-right-generic childIndicator"></span>
20161
20162                    <div class="sub">
20163
20164                        <ul>
20165
20166                            <li class="back-button"><a href="javascript:void(0);"
   …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
20167
20168                            <li class="subheader"><a
   …  href="http://www.mom365.com/babyphotography/mo/barnes-jewish-hospital"
   …  target="_blank">Baby Photos</a></li>
20169
20170                            <li class="subheader"><a
   …  href="/Patients-Visitors/Billing-and-Financial-Assistance">Billing and Financial
   …  Assistance</a></li>
20171
20172                            <li class="subheader"><a
   …  href="/Patients-Visitors/CaringBridge">CaringBridge</a></li>
20173
20174                            <li class="subheader"><a
   …  href="/Patients-Visitors/Directions-and-Maps">Directions and Maps</a></li>
20175
20176                            <li class="subheader"><a
   …  href="/Patients-Visitors/E-mail-a-Patient">E-mail a Patient</a></li>
20177
20178                            <li class="subheader"><a
   …  href="/Patients-Visitors/Gifts-and-Flowers">Gifts and Flowers</a></li>
20179
```

Page 560

```
20180                         <li class="subheader"><a
    … href="/Patients-Visitors/Hospitality-Services">Guest Services</a></li>
20181
20182                         <li class="subheader"><a
    … href="/Patients-Visitors/Fitness-Center">Fitness Center</a></li>
20183
20184                         <li class="subheader"><a
    … href="/Patients-Visitors/Medical-Records">Medical Records</a></li>
20185
20186                         <li class="subheader"><a
    … href="/Patients-Visitors/Phone-Numbers">Phone Numbers</a></li>
20187
20188                         <li class="subheader"><a
    … href="/Patients-Visitors/Your-Stay-at-Barnes-Jewish">Your Stay at
    … Barnes-Jewish</a></li>
20189
20190                     </ul>
20191
20192                 </div>
20193
20194             </li>
20195
20196             <li class="separator"></li>
20197
20198             <li class="level0">
20199
20200                 <a class="level0" href="/giving">Giving</a>
20201
20202                 <span class="icon-arrow-right-generic childIndicator"></span>
20203
20204                 <div class="sub">
20205
20206                     <ul>
20207
20208                         <li class="back-button"><a href="javascript:void(0);"
    … class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
20209
20210                         <li class="subheader"><a
    … href="/Giving/About-The-Foundation">About The Foundation</a></li>
20211
20212                         <li class="subheader"><a
    … href="/giving/Ways-To-Give">Giving</a></li>
20213
20214                         <li class="subheader"><a
    … href="/Giving/Publications">Publications</a></li>
20215
20216                         <li class="subheader"><a
    … href="/Giving/Stories-of-Hope">Stories of Hope</a></li>
20217
20218                         <li class="subheader"><a
    … href="/Giving/Arts-Healthcare">Arts + Healthcare</a></li>
20219
20220                         <li class="subheader"><a
    … href="/Giving/Volunteer">Volunteer</a></li>
20221
20222                         <li class="subheader"><a
    … href="/Giving/Barnes-Jewish-Hospital-Auxiliary">Barnes-Jewish Hospital
    … Auxiliary</a></li>
20223
20224                         <li class="subheader"><a
    … href="/Giving/Contact-The-Foundation">Contact The Foundation</a></li>
20225
20226
20227
20228                     </ul>
20229
20230                 </div>
20231
```

```
                        </ul>

                        <ul class="contactWrapM">

                                <li><a href="/Patients-Visitors/Directions-and-Maps"><span
class="icon-get-directions"></span><span>Get Directions</span></a></li>

                                <li><a href="/Contact-Us"><span
class="icon-contact"></span><span>Contact Us</span></a></li>

                        </ul>

                </div>

        </div>

</div>


<script type="text/javascript">

    $(document).ready(function () {

        var rootId = 'home';

        $("#navmenu > li").each(function () {

            if (this.id == rootId) {

                $(this).addClass("active");

            }

        });

    });

</script>


<!--googleon: index-->


    <!-- Rotating Banner -->

    <div id="globalBannerArea" class="globalBannerArea">

        <div id="dnn_TopPane1" class="h_TopPane1">

        <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-875"><a
name="875"></a><div id="dnn_ctr875_ContentPane" class="empty"><!-- Start_Module_875
--><div id="dnn_ctr875_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">




<link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
/>

<script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
```

```
20295
20296    <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
20297
20298
20299
20300
20301
20302            <div class="rotatorRow">
20303
20304                <div id="rotatorNav"><a class="btn prev"><span
     class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
     class="icon-arrow-right-marquee"></span></a></div>
20305                <div class="rotatorWrap">
20306
20307
20308                    <div class="owl-carousel owl-theme" id="rotator">
20309
20310
20311
20312            <div class="item" id="homebanner1"  style="background-color: #70777c;">
20313
20314            <div class="captionWrap">
20315
20316                <div class="caption-border">
20317
20318                    <div class="caption">
20319
20320                        <span class="hidden-xs captionCaps">National leaders
     in:</span>
20321
20322                        <h2 class="hidden-xs handwrite">proving how skilled minds<br
     />can save another.</h2>
20323
20324                        <p>
20325
20326                            Advances in neurosurgery technology and techniques are<br
     />helping patients like Brad make a comeback.
20327
20328                        </p>
20329
20330                        <a style="width: 230px;" class="btnLg btnWhite"
     href="/Patient-Stories/Brad">Learn More <span
     class="icon-arrow-right-generic"></span></a>
20331
20332                        <div class="optCaption"><span>Brad Eastman</span><span>Brain
     Tumor Survivor</span></div>
20333
20334                    </div>
20335
20336                </div>
20337
20338            </div>
20339
20340        </div>
20341
20342
20343
20344            <div class="item" id="homebanner2"  style="background-color: #80a6b5;">
20345
20346            <div class="captionWrap">
20347
20348                <div class="caption-border">
20349
20350                    <div class="caption">
20351
20352                        <span class="hidden-xs captionCaps">National leaders
     in:</span>
20353
```

```
20354        <h2 class="hidden-xs handwrite">having the answer when<br
  …    />no one else did.</h2>
20355
20356                        <p>
20357
20358                            A personalized targeted treatment plan helped<br />Erica
       beat stage three breast cancer.
20359
20360                        </p>
20361
20362                        <a style="width: 230px;" class="btnLg btnWhite"
  …    href="/Patient-Stories/Erica">Learn More <span
  …    class="icon-arrow-right-generic"></span></a>
20363
20364                        <div class="optCaption"><span>Erica
       Griffin</span><span>Breast Cancer Survivor</span></div>
20365
20366                    </div>
20367
20368                </div>
20369
20370            </div>
20371
20372        </div>
20373
20374
20375
20376        <div class="item" id="homebanner3"  style="background-color: #a5bac1;">
20377
20378            <div class="captionWrap">
20379
20380                <div class="caption-border">
20381
20382                    <div class="caption">
20383
20384                        <span class="hidden-xs captionCaps">National leaders
  …    in:</span>
20385
20386                        <h2 class="hidden-xs handwrite">reimagining impossible.</h2>
20387
20388                        <p>
20389
20390                            Other doctors told Jessica her spine was too damaged to
  …    fix.<br />We thought otherwise.
20391
20392                        </p>
20393
20394                        <a style="width: 230px;" class="btnLg btnWhite"
  …    href="/Patient-Stories/Jessica">Learn More <span
  …    class="icon-arrow-right-generic"></span></a>
20395
20396                        <div class="optCaption"><span>Jessica</span><span>Spinal
  …    Reconstruction Patient</span></div>
20397
20398                    </div>
20399
20400                </div>
20401
20402            </div>
20403
20404        </div>
20405
20406
20407
20408        <div class="item" id="homebanner4"  style="background-color: #356446;">
20409
20410            <div class="captionWrap">
20411
```

```
20412                              <div class="caption-border">
20413
20414                              <div class="caption">
20415
20416                              <span class="hidden-xs captionCaps">National leaders
…   in:</span>
20417
20418                              <h2 class="hidden-xs handwrite">never losing heart before<br
…   />I received a new one</h2>
20419
20420                              <p>
20421
20422                              Having performed more than 700 heart transplants,<br />we
…   had the lifesaving option Tracy needed.
20423
20424                              </p>
20425
20426                              <a style="width: 230px;" class="btnLg btnWhite"
…   href="/Patient-Stories/Tracy">Learn More <span
…   class="icon-arrow-right-generic"></span></a>
20427
20428                              <div class="optCaption"><span>Tracy
…   Chambers</span><span>Heart Transplant Recipient</span></div>
20429
20430                              </div>
20431
20432                          </div>
20433
20434                      </div>
20435
20436              </div>
20437
20438
20439
20440              </div>
20441
20442              </div>
20443
20444      </div>
20445
20446
20447
20448
20449
20450  </div><!-- End_Module_875 --></div>
20451
20452  <br /></div></div>
20453
20454      </div>
20455
20456      <!-- Video -->
20457
20458      <div class="row5 vidRow">
20459
20460          <div class="vidRowBorder">
20461
20462              <div class="container">
20463
20464                  <div id="dnn_TopPane2" class="h_TopPane2">
20465
20466                  <div class="DnnModule DnnModule-PatientStoryCarousel
…   DnnModule-434"><a name="434"></a><div id="dnn_ctr434_ContentPane"><!--
…   Start_Module_434 --><div id="dnn_ctr434_ModuleContent" class="DNNModuleContent
…   ModPatientStoryCarouselC">
20467
20468
20469
20470  <link href="/DesktopModules/PatientStoryCarousel/css/home.css" rel="stylesheet" />
```

Page 565

```
20471
20472  <script src="/DesktopModules/PatientStoryCarousel/js/scripts.js"></script>
20473
20474  <!-- Add fancyBox main JS and CSS files -->
20475
20476  <script type="text/javascript"
    …  src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?v=2.1.5"></script>
20477
20478  <link rel="stylesheet" type="text/css"
    …  href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?v=2.1.5" media="screen" />
20479
20480
20481
20482  <div class="row vidRowInner">
20483
20484      <h3>National Leaders In:</h3>
20485
20486      <h4 class="txtsh">A second chance can be chosen the first time.</h4>
20487
20488      <div id="vidThumbsNav"> <a class="btn prev"><span
    …  class='icon-arrow-left-marquee'></span></a> <a class="btn next"><span
    …  class='icon-arrow-right-marquee'></span></a> </div>
20489
20490
20491
20492
20493
20494  <div id="uxMediaRotator_content">
20495
20496      <div id="vidThumbs">
20497
20498
20499
20500                  <div class="item txtsh">
20501
20502                      <div class="vidPlayBtn"><a data-fancybox-type="ajax"
    …  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='1'
    …  href="/video/LightBoxVideo.aspx?videoID=1"></a></div>
20503
20504                      <div class="thumbImg" style="background-image:
    …  url('/Portals/0/PatientStories/130948997959917598.jpg'); background-repeat:
    …  no-repeat;">
20505
20506                          <p>Brad, Brain Tumor Survivor</p>
20507
20508                      </div>
20509
20510                  </div>
20511
20512
20513
20514                  <div class="item txtsh">
20515
20516                      <div class="vidPlayBtn"><a data-fancybox-type="ajax"
    …  class="icon-play-icon video-box fancybox fancybox.ajax" videoid='2'
    …  href="/video/LightBoxVideo.aspx?videoID=2"></a></div>
20517
20518                      <div class="thumbImg" style="background-image:
    …  url('/Portals/0/PatientStories/130948998183509917.jpg'); background-repeat:
    …  no-repeat;">
20519
20520                          <p>Jessica, Spinal Surgery Patient</p>
20521
20522                      </div>
20523
20524                  </div>
20525
20526
```

```
20527
20528                        <div class="item txtsh">
20529
20530                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='3'
      href="/video/LightBoxVideo.aspx?videoID=3"></a></div>
20531
20532                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130948998381008653.jpg'); background-repeat:
      no-repeat;">
20533
20534                                <p>Tracy, LVAD and Heart Transplant Recipient</p>
20535
20536                            </div>
20537
20538                        </div>
20539
20540
20541
20542                        <div class="item txtsh">
20543
20544                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='4'
      href="/video/LightBoxVideo.aspx?videoID=4"></a></div>
20545
20546                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130948998773349892.jpg'); background-repeat:
      no-repeat;">
20547
20548                                <p>Erica, Breast Cancer Survivor</p>
20549
20550                            </div>
20551
20552                        </div>
20553
20554
20555
20556                        <div class="item txtsh">
20557
20558                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='8'
      href="/video/LightBoxVideo.aspx?videoID=8"></a></div>
20559
20560                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949003713162027.jpg'); background-repeat:
      no-repeat;">
20561
20562                                <p>Kay, Atrial Fibrillation Patient</p>
20563
20564                            </div>
20565
20566                        </div>
20567
20568
20569
20570                        <div class="item txtsh">
20571
20572                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon video-box fancybox fancybox.ajax" videoid='10'
      href="/video/LightBoxVideo.aspx?videoID=10"></a></div>
20573
20574                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130949006180021239.jpg'); background-repeat:
      no-repeat;">
20575
20576                                <p>Bob, Neck Surgery Patient</p>
20577
20578                            </div>
```

```
20579
20580                        </div>
20581
20582
20583
20584                        <div class="item txtsh">
20585
20586                                <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='11'
       href="/video/LightBoxVideo.aspx?videoID=11"></a></div>
20587
20588                                <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130949032339319542.jpg'); background-repeat:
       no-repeat;">
20589
20590                                <p>Emerson, Nerve Transfer Patient</p>
20591
20592                                </div>
20593
20594                        </div>
20595
20596
20597
20598                        <div class="item txtsh">
20599
20600                                <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='12'
       href="/video/LightBoxVideo.aspx?videoID=12"></a></div>
20601
20602                                <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130949036355137617.jpg'); background-repeat:
       no-repeat;">
20603
20604                                <p>Steve, Atrial Fibrillation Patient</p>
20605
20606                                </div>
20607
20608                        </div>
20609
20610
20611
20612                        <div class="item txtsh">
20613
20614                                <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='13'
       href="/video/LightBoxVideo.aspx?videoID=13"></a></div>
20615
20616                                <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130949040666688747.jpg'); background-repeat:
       no-repeat;">
20617
20618                                <p>Cathy, Liver Transplant Recipient</p>
20619
20620                                </div>
20621
20622                        </div>
20623
20624
20625
20626                        <div class="item txtsh">
20627
20628                                <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='14'
       href="/video/LightBoxVideo.aspx?videoID=14"></a></div>
20629
20630                                <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/130949046257277967.jpg'); background-repeat:
       no-repeat;">
```

```
20631
20632                              <p>Clint, Epilepsy Patient</p>
20633
20634                          </div>
20635
20636                      </div>
20637
20638
20639
20640                      <div class="item txtsh">
20641
20642                          <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='15'
       href="/video/LightBoxVideo.aspx?videoID=15"></a></div>
20643
20644                          <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/131030432740699852.jpg'); background-repeat:
       no-repeat;">
20645
20646                              <p>Karen, Colon Cancer Survivor</p>
20647
20648                          </div>
20649
20650                      </div>
20651
20652
20653
20654                      <div class="item txtsh">
20655
20656                          <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='16'
       href="/video/LightBoxVideo.aspx?videoID=16"></a></div>
20657
20658                          <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/131030439942106102.jpg'); background-repeat:
       no-repeat;">
20659
20660                              <p>Bob, Prostate Cancer Survivor</p>
20661
20662                          </div>
20663
20664                      </div>
20665
20666
20667
20668                      <div class="item txtsh">
20669
20670                          <div class="vidPlayBtn"><a data-fancybox-type="ajax"
       class="icon-play-icon video-box fancybox fancybox.ajax" videoid='17'
       href="/video/LightBoxVideo.aspx?videoID=17"></a></div>
20671
20672                          <div class="thumbImg" style="background-image:
       url('/Portals/0/PatientStories/131030441736949852.jpg'); background-repeat:
       no-repeat;">
20673
20674                              <p>Gene, Colon Cancer Survivor</p>
20675
20676                          </div>
20677
20678                      </div>
20679
20680
20681
20682          </div>
20683
20684   </div>
20685
20686
```

```
20687
20688  </div>
20689
20690
20691
20692  </div><!-- End_Module_434 --></div>
20693
20694  </div></div>
20695
20696                    </div>
20697
20698              </div>
20699
20700          </div>
20701
20702
20703
20704          <!-- Content Pane -->
20705
20706          <div id="showAd" class="adRow">
20707
20708              <div class="container">
20709
20710                  <div id="dnn_ContentPane" class="h_ContentPane DNNEmptyPane">
20711
20712                  </div>
20713
20714              </div>
20715
20716          </div>
20717
20718
20719
20720          <div class="row6">
20721
20722              <div class="container">
20723
20724                  <div class="row">
20725
20726                      <!-- Left Pane -->
20727
20728                      <div class="col-md-8">
20729
20730                          <div id="dnn_LeftPane" class="h_LeftPane">
20731
20732                          <div class="DnnModule DnnModule-PhysicianSearch DnnModule-435"><a
       name="435"></a>
20733
20734
20735
20736  <div class="physicianSearchContainer">
20737
20738      <div id="dnn_ctr435_ContentPane"><!-- Start_Module_435 --><div
       id="dnn_ctr435_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
20739
20740
20741
20742
20743
20744
20745
20746
20747
20748
20749
20750
20751
20752  <link type="text/css"
```

```
20752   href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
   …    rel="stylesheet" />
20753
20754   <link type="text/css"
   …    href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
   …    rel="stylesheet" />
20755
20756   <link type="text/css"
   …    href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
   …    />
20757
20758
20759
20760   <script
   …    src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
   …    AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
20761
20762
20763
20764   <!-- Add fancyBox -->
20765
20766   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
   …    type="text/css" media="screen" />
20767
20768
20769
20770
20771
20772   <!-- Kendo UI -->
20773
20774   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.common-material.min.css" />
20775
20776   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.material.min.css" />
20777
20778   <link rel="stylesheet"
   …    href="/DesktopModules/PhysicianSearch/js/kendoui/kendo.default.mobile.min.css" />
20779
20780   <script type="text/javascript"
   …    src="/DesktopModules/PhysicianSearch/js/kendoui/kendo.custom.min.js"></script>
20781
20782
20783
20784   <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=3"
   …    rel="stylesheet" />
20785
20786   <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
   …    rel="stylesheet" />
20787
20788
20789
20790   <span id="dnn_ctr435_View_lblError" style="color:Red;font-weight:bold;"></span>
20791
20792
20793
20794
20795
20796
20797
20798
20799
20800   <div class="physician-search physician-info-group">
20801
20802       <div class="physicianInfoGroup">
20803
20804           <div class="physicianInfoWrap">
```

Page 571

```
20805
20806                    <div class="box-heading physicianInfoBar visible-xs">
20807
20808                       <h4 class="box-title-1">
20809
20810                          <a href="#physicianInfoPanel">
20811
20812                             <span class="barspan"><span
…     id="dnn_ctr435_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find a
      Doctor</span></span>
20813
20814                             <span class="baricon icon-accordion-closed"></span>
20815
20816                          </a>
20817
20818                       </h4>
20819
20820                    </div>
20821
20822                 <div id="physicianInfoPanel" class="box">
20823
20824                    <div class="box-inner">
20825
20826                       <h2 class="hidden-xs">
20827
20828                          <span
…     id="dnn_ctr435_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find a
      Doctor</span></h2>
20829
20830                          <div class="boxRow">
20831
20832                             <div class="col-md-6 col-sm-6 boxLeft">
20833
20834                                <div class="boxLeftWrap">
20835
20836                                   <div class="boxLeftTop">
20837
20838                                      <h4>Search By Last Name</h4>
20839
20840                                      <div class="input-group">
20841
20842                                         <!-- 2013.2.717.40 --><span
…     id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
      RadInput RadInput_Default" style="width:100%;"><input
…     id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox"
      name="dnn$ctr435$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
      riEmpty searchInput" value="Search..." type="text" /><input
…     id="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
      name="dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
…     /></span>
20843
20844                                         <div class="input-group-btn">
20845
20846                                            <input type="submit" class="btn
…     btn-search" value="Go"
      onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
20847
20848                                         </div>
20849
20850                                      </div>
20851
20852                                   </div>
20853
20854                                   <div class="boxLeftBot">
20855
20856                                      <h4>Browse by Specialty</h4>
20857
20858                                      <div class="selectWrap">
```

```
20859
20860              <select
    …  name="dnn$ctr435$View$ucPhysicianInfoGroup$ddlPhyscianSpecialty"
    …  id="dnn_ctr435_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
    …  class="physicianSpecialty">
20861
20862          <option value="">Choose a Specialty</option>
20863
20864          <option value="ADPSY">Addiction Psychiatry</option>
20865
20866          <option value="ALLE">Allergy</option>
20867
20868          <option value="ANEST">Anesthesiology</option>
20869
20870          <option value="EP">Cardiac Electrophysiology</option>
20871
20872          <option value="CTS">Cardiothoracic Surgery</option>
20873
20874          <option value="CARD">Cardiovascular Disease</option>
20875
20876          <option value="COLRE">Colon &amp; Rectal Surgery</option>
20877
20878          <option value="CCARE">Critical Care</option>
20879
20880          <option value="DERM">Dermatology</option>
20881
20882          <option value="ECHOD">Echocardiography</option>
20883
20884          <option value="ELECT">Electrodiagnostic Medicine</option>
20885
20886          <option value="EMERG">Emergency Medicine</option>
20887
20888          <option value="ENDO">Endocrinology</option>
20889
20890          <option value="EPILE">Epilepsy</option>
20891
20892          <option value="EPIPD">Epilepsy-Pediatric</option>
20893
20894          <option value="FP">Family Practice</option>
20895
20896          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
    …  Surgery</option>
20897
20898          <option value="GAST">Gastroenterology</option>
20899
20900          <option value="GENE">Genetics</option>
20901
20902          <option value="GPSYC">Geriatric Psychiatry</option>
20903
20904          <option value="GERI">Geriatrics</option>
20905
20906          <option value="GYONC">Gynecologic Oncology</option>
20907
20908          <option value="GYN">Gynecology</option>
20909
20910          <option value="HANSR">Hand Surgery</option>
20911
20912          <option value="HRTRA">Heart Failure/Transplant Card</option>
20913
20914          <option value="HEMA">Hematology</option>
20915
20916          <option value="HEPA">Hepatology/Liver</option>
20917
20918          <option value="PALLI">Hospice &amp; Palliative Medicine</option>
20919
20920          <option value="IMMU">Immunology</option>
20921
20922          <option value="INF">Infectious Disease</option>
```

```
20923
20924              <option value="MEDI">Internal Medicine</option>
20925
20926              <option value="INVCA">Interventional Cardiology</option>
20927
20928              <option value="INVRA">Interventional Radiology</option>
20929
20930              <option value="MATFE">Maternal-Fetal Medicine</option>
20931
20932              <option value="MAXPR">Maxillofacial Prosthodontics</option>
20933
20934              <option value="MAXIL">Maxillofacial Surgery</option>
20935
20936              <option value="METAB">Metabolism</option>
20937
20938              <option value="NEONA">Neonatal-Perinatal Medicine</option>
20939
20940              <option value="RENAL">Nephrology/Renal</option>
20941
20942              <option value="NEURO">Neurology</option>
20943
20944              <option value="NEUMS">Neuromuscular Medicine</option>
20945
20946              <option value="NPHYS">Neurophysiology</option>
20947
20948              <option value="NEURP">Neuropsychology</option>
20949
20950              <option value="NEURA">Neuroradiology</option>
20951
20952              <option value="NREHA">Neurorehabilitation</option>
20953
20954              <option value="NSURG">Neurosurgery</option>
20955
20956              <option value="NEUOT">Neurotology</option>
20957
20958              <option value="NUMED">Nuclear Medicine</option>
20959
20960              <option value="OB">Obstetrics</option>
20961
20962              <option value="ONC">Oncology</option>
20963
20964              <option value="OPHT">Ophthalmology</option>
20965
20966              <option value="OPTOM">Optometry</option>
20967
20968              <option value="ORAL">Oral Surgery</option>
20969
20970              <option value="ODONT">Orthodontics</option>
20971
20972              <option value="ORTH">Orthopedic Surgery</option>
20973
20974              <option value="OTOL">Otolaryngology</option>
20975
20976              <option value="PNMGM">Pain Management</option>
20977
20978              <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
20979
20980              <option value="PLAS">Plastic/Reconstructive Surgery</option>
20981
20982              <option value="PODI">Podiatry</option>
20983
20984              <option value="PSYC">Psychiatry</option>
20985
20986              <option value="PSYCH">Psychology</option>
20987
20988              <option value="PULM">Pulmonology</option>
20989
20990              <option value="RADON">Radiation Oncology</option>
```

```
20991
20992            <option value="RAD">Radiology</option>
20993
20994            <option value="REHAB">Rehabilitation/Physiatry</option>
20995
20996            <option value="REPEN">Reproductive Endo/Infertility</option>
20997
20998            <option value="RHEU">Rheumatology</option>
20999
21000            <option value="SLEEP">Sleep Medicine</option>
21001
21002            <option value="SPCRI">Spinal Cord Injury Medicine</option>
21003
21004            <option value="SPRTM">Sports Medicine</option>
21005
21006            <option value="GSURG">Surgery (General)</option>
21007
21008            <option value="SRGCC">Surgical Critical Care</option>
21009
21010            <option value="TRANM">Transplant Medical-Adult</option>
21011
21012            <option value="TRAN">Transplant Surgical-Adult</option>
21013
21014            <option value="TRANM">Transplantation-Medical</option>
21015
21016            <option value="TRAN">Transplantation-Surgical</option>
21017
21018            <option value="UROL">Urology</option>
21019
21020            <option value="VASNU">Vascular Neurology</option>
21021
21022            <option value="VAS">Vascular Surgery</option>
21023
21024            <option value="VASIR">Vascular/InterventionRadiology</option>
21025
21026            <option value="WOUND">Wound Care</option>
21027
21028
21029
21030      </select>
21031
21032                                    </div>
21033
21034                                 </div>
21035
21036                              </div>
21037
21038                           </div>
21039
21040                        <div class="col-md-6 col-sm-6 boxRight">
21041
21042                           <h4>Browse by Letter</h4>
21043
21044                           <div class="selectWrap visible-xs">
21045
21046                              <select
…  name="dnn$ctr435$View$ucPhysicianInfoGroup$ddlSearchLetter"
…  id="dnn_ctr435_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
…  visible-xs">
21047
21048            <option value="">Choose by letter</option>
21049
21050            <option value="A">A</option>
21051
21052            <option value="B">B</option>
21053
21054            <option value="C">C</option>
21055
```

```
21056          <option value="D">D</option>
21057
21058          <option value="E">E</option>
21059
21060          <option value="F">F</option>
21061
21062          <option value="G">G</option>
21063
21064          <option value="H">H</option>
21065
21066          <option value="I">I</option>
21067
21068          <option value="J">J</option>
21069
21070          <option value="K">K</option>
21071
21072          <option value="L">L</option>
21073
21074          <option value="M">M</option>
21075
21076          <option value="N">N</option>
21077
21078          <option value="O">O</option>
21079
21080          <option value="P">P</option>
21081
21082          <option value="Q">Q</option>
21083
21084          <option value="R">R</option>
21085
21086          <option value="S">S</option>
21087
21088          <option value="T">T</option>
21089
21090          <option value="U">U</option>
21091
21092          <option value="V">V</option>
21093
21094          <option value="W">W</option>
21095
21096          <option value="X">X</option>
21097
21098          <option value="Y">Y</option>
21099
21100          <option value="Z">Z</option>
21101
21102
21103
21104      </select>
21105
21106                              </div>
21107
21108                              <div class="alphabet hidden-xs">
21109
21110                                  <div
…   id="dnn_ctr435_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
21111
21112          <a class="letter"
…   href="http://www.barnesjewish.org/Physicians/Results?qlastname=A">A</a><a
…   class="letter"
…   href="http://www.barnesjewish.org/Physicians/Results?qlastname=B">B</a><a
…   class="letter"
…   href="http://www.barnesjewish.org/Physicians/Results?qlastname=C">C</a><a
…   class="letter"
…   href="http://www.barnesjewish.org/Physicians/Results?qlastname=D">D</a><a
…   class="letter"
…   href="http://www.barnesjewish.org/Physicians/Results?qlastname=E">E</a><a
…   class="letter"
```

```
21112… href="http://www.barnesjewish.org/Physicians/Results?qlastname=F">F</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=G">G</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=H">H</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=I">I</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=J">J</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=K">K</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=L">L</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=M">M</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=N">N</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=O">O</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=P">P</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=Q">Q</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=R">R</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=S">S</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=T">T</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=U">U</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=V">V</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=W">W</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=X">X</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=Y">Y</a><a
    … class="letter"
    … href="http://www.barnesjewish.org/Physicians/Results?qlastname=Z">Z</a>
21113
21114        </div>
21115
21116                                </div>
21117
21118                            </div>
21119
21120                        </div>
21121
21122                </div>
21123
21124                <div class="boxmore">
21125
21126                    <a id="dnn_ctr435_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
    … href="http://www.barnesjewish.org/Physicians">
21127
21128                        More Search Options <span
    … class="icon-arrow-right-generic"></span>
21129
21130                    </a>
21131
21132                </div>
21133
21134            </div>
21135
21136        </div>
21137
```

```
</div>



</div>







     <script type="text/javascript">

         function btnSearch_OnClientClicking(sender, eventArgs) {

             cboName = $find(cboNameID);

             cboSpecialty = $find(cboSpecialtyID);

             cboInsurance = $find(cboInsuranceID);

             cboLanguage = $find(cboLanguageID);

             cboGender = $find(cboGenderID);

             cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);

             txtZipCode = $find(txtZipCodeID);


             var name = cboName.get_text();

             var specialty = cboSpecialty.get_text();

             var insurance = cboInsurance.get_text();

             var language = cboLanguage.get_text();

             var gender = cboGender.get_text();

             var locatedWithin = cboDoctorLocatedWithin.get_text();

             var zipCode = txtZipCode.get_value();


             if (zipCode != "" && locatedWithin != "") {

                 PhysicianSearch.geocodingAddress(zipCode, function (results) {

                     //console.log(results)

                     $(txtHidLatID).val(results[0].geometry.location.lat())

                     $(txtHidLngID).val(results[0].geometry.location.lng())

                     // Trigger Search

                     //eval(btnSearchHandler)

                 });


                 eventArgs.set_cancel(true);

             }
```

```
            }


        function radPhysicianSearchBox_ClientClicked(sender, e) {

            var keyCode = e.get_keyCode();

            if (keyCode == 13) // Enter

            {

                sender.blur();

                PhysicianSearch.searchByPhysicianName();

            }

            return false;

        }

    </script>




<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>

<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>


<script type="text/javascript">

    var PhysicianSearchBaseUrl = "http://www.barnesjewish.org/Physicians";

    var PhysicianSearchResultsBaseUrl =
"http://www.barnesjewish.org/Physicians/Results";

    var FacilityFilterPosition = '1';



    $(function () {

            PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
PhysicianSearchResultsBaseUrl, FacilityFilterPosition);

    });

</script>

</div><!-- End_Module_435 --></div>

</div>



<script type="text/javascript">

    $(function () {
```

```
21270          // for find a specialist section
21271
21272          var $findASpecialistContainer = $(".physicianSearchContainer
…      #findSpecialist");
21273
21274          var $searchButton = $findASpecialistContainer.find(".searchButton");
21275
21276          var $ddlSpecialty = $findASpecialistContainer.find("#ddlSpecialty");
21277
21278          var $ddlLocation = $findASpecialistContainer.find("#ddlLocation");
21279
21280
21281
21282          $searchButton.on("click", function () {
21283
21284              var physicianUrl = "/Physicians/Results?specialties=" +
…      $ddlSpecialty.val();
21285
21286              var cityVal = $ddlLocation.val().trim();
21287
21288              if (cityVal != "") {
21289
21290                  physicianUrl += "&city=" + cityVal;
21291
21292              }
21293
21294
21295
21296              window.location.href = physicianUrl;
21297
21298          });
21299
21300      });
21301
21302  </script></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-587"><a
…      name="587"></a>
21303
21304
21305
21306  <div class="healthLibraryContainer">
21307
21308      <div id="dnn_ctr587_ContentPane"><!-- Start_Module_587 --><div
…      id="dnn_ctr587_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
21309
21310      <div id="dnn_ctr587_View_divContainer" class="healthNews">
21311
21312
21313
21314
21315
21316
21317
21318
21319
21320
21321
21322
21323
21324
21325
21326
21327
21328
21329
21330
21331
21332
21333
```

```
            <div class="healthInfoGroup">




<div class="healthInfoWrap">




    <div class="box-heading healthInfoBar visible-xs">

        <h4 class="box-title-1">

            <a href="#healthInfoPanel">

                <span class="barspan"><span
id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
Information</span></span>

                <span class="baricon icon-accordion-closed"></span>

            </a>

        </h4>

    </div>

    <div id="healthInfoPanel" class="box">

        <div class="box-inner">

            <h2 class="hidden-xs"><span
id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
```

```
21398…    Information</span></h2>
21399
21400                  <div class="boxRow">
21401
21402                      <div class="col-md-6 col-sm-6 boxLeft">
21403
21404                          <div class="boxLeftWrap">
21405
21406                              <div class="boxLeftTop">
21407
21408                                  <h4><span
   …   id="dnn_ctr587_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
   …   KEYWORD</span></h4>
21409
21410                                  <div class="input-group">
21411
21412                                      <span
   …   id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
   …   RadInput_Default" style="width:100%;"><input
   …   id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox"
   …   name="dnn$ctr587$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
   …   riEmpty form-control searchInput" value="Search..." type="text" /><input
   …   id="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState"
   …   name="dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
   …   /></span>
21413
21414                                      <div class="input-group-btn">
21415
21416                                          <input type="submit" class="btn btn-search"
   …   value="Go" onclick="javascript:showHLSearchResult();return false;" />
21417
21418                                      </div>
21419
21420                                  </div>
21421
21422
21423
21424                                  <script type="text/javascript">
21425
21426                                      var searchResultBaseUrl =
   …   'http://www.barnesjewish.org/Health-Library/Search-Results';
21427
21428                                  </script>
21429
21430                              </div>
21431
21432                              <div class="boxLeftBot">
21433
21434                                  <h4>Browse by Subject</h4>
21435
21436                                  <div class="selectWrap">
21437
21438                                      <select id="ddlHealthTopic" class="form-control">
21439
21440                                          <option value="">Choose a Topic</option>
21441
21442                                          <option value="Asthma">Asthma</option>
21443
21444                                          <option value="Cancer">Cancer</option>
21445
21446                                          <option value="COPD">Chromic Obstructure
   …   Pulmonary Disease</option>
21447
21448                                          <option value="Diabetes">Diabetes</option>
21449
21450                                          <option value="Heart">Heart Disease</option>
21451
21452                                          <option value="Obesity">Obesity and Bariatric
```

```
21452    Surgery</option>
21453
21454                                    <option value="Ortho">Orthopedics</option>
21455
21456                                    <option value="Pregnancy">Pregnancy &amp;
  …      Newborns</option>
21457
21458                             </select>
21459
21460                         </div>
21461
21462                     </div>
21463
21464                 </div>
21465
21466             </div>
21467
21468             <div class="col-md-6 col-sm-6 boxRight">
21469
21470                 <h4><span
  …      id="dnn_ctr587_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">BROWSE BY
  …      LETTER</span></h4>
21471
21472             <div class="selectWrap visible-xs">
21473
21474                 <select id="ddlEncyclopediaAnpha" class="form-control
  …      visible-xs">
21475
21476                     <option>Choose by Letter</option>
21477
21478                     <option>A</option>
21479
21480                     <option>B</option>
21481
21482                     <option>C</option>
21483
21484                     <option>D</option>
21485
21486                     <option>E</option>
21487
21488                     <option>F</option>
21489
21490                     <option>G</option>
21491
21492                     <option>H</option>
21493
21494                     <option>I</option>
21495
21496                     <option>J</option>
21497
21498                     <option>K</option>
21499

21500                     <option>L</option>
21501
21502                     <option>M</option>
21503
21504                     <option>N</option>
21505
21506                     <option>O</option>
21507
21508                     <option>P</option>
21509
21510                     <option>Q</option>
21511
21512                     <option>R</option>
21513
21514                     <option>S</option>
21515
```

```
21516                              <option>T</option>
21517
21518                              <option>U</option>
21519
21520                              <option>V</option>
21521
21522                              <option>W</option>
21523
21524                              <option>X</option>
21525
21526                              <option>Y</option>
21527
21528                              <option>Z</option>
21529
21530                          </select>
21531
21532                      </div>
21533
21534                      <div class="alphabet hidden-xs">
21535
21536                          <div
…    id="dnn_ctr587_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
21537
21538              <a class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=A">A</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=B">B</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=C">C</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=D">D</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=E">E</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=F">F</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=G">G</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=H">H</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=I">I</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=J">J</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=K">K</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=L">L</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=M">M</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=N">N</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=O">O</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=P">P</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Q">Q</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=R">R</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=S">S</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=T">T</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=U">U</a><a
…    class="letter"
…    href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=V">V</a><a
…    class="letter"
```

```
21538…  href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=W">W</a><a
  …     class="letter"
  …     href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=X">X</a><a
  …     class="letter"
  …     href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Y">Y</a><a
  …     class="letter"
  …     href="http://www.barnesjewish.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
21539
21540          </div>
21541
21542                          </div>
21543
21544                  </div>
21545
21546              </div>
21547
21548          </div>
21549
21550          <div class="boxmore">
21551
21552              <a id="dnn_ctr587_View_ucHealthInfoGroup_lnkHealthLibrary"
  …     href="http://www.barnesjewish.org/Health-Library">
21553
21554                  Visit The Health Library <span
  …     class="icon-arrow-right-generic"></span>
21555
21556              </a>
21557
21558          </div>
21559
21560      </div>
21561
21562  </div>
21563
21564
21565
21566  <script type="text/javascript">
21567
21568      var GetHealthTopicBaseUrl =
  …     'http://www.barnesjewish.org/Health-Library/Get-Health-Topic';
21569
21570      var EncyclopediaBaseUrl =
  …     'http://www.barnesjewish.org/Health-Library/Encyclopedia';
21571
21572  </script>
21573
21574          </div>
21575
21576
21577
21578
21579
21580
21581
21582  </div>
21583
21584
21585
21586  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
  …     rel="stylesheet" />
21587
21588  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
  …     rel="stylesheet" />
21589
21590
21591
21592  <script type="text/javascript"
  …     src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
```

```
21593
21594  <script type="text/javascript"
    …  src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
21595
21596
21597
21598  <script type="text/javascript">
21599
21600      $(function () {
21601
21602          var $container = $('.healthNews');
21603
21604          var $customPageTitle = $("#customPageTitle");
21605
21606
21607
21608          var displayMode = 'HealthInfoGroup';
21609
21610          switch (displayMode) {
21611
21612              case 'ListByTopic':
21613
21614                  $container.find('.rtIn.content').each(function () {
21615
21616                      var title = $(this).attr('title');
21617
21618                      if (typeof title !== 'undefined' && title !== 'undefined') {
21619
21620                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
    …  15px;">' + title + '</div>');
21621
21622                          $(this).attr('title', '');
21623
21624                      }
21625
21626                  });
21627
21628
21629
21630                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
21631
21632                  break;
21633
21634
21635
21636              case 'HealthNewsTicker':
21637
21638                  // start the ticker
21639
21640                  var options = {
21641
21642                      titleText: "Health News: <span class='date-string'>" + new
    …  Date().format("MM.dd.yyyy") + '</span>',
21643
21644                      displayType: "fade"
21645
21646                  };
21647
21648
21649
21650                  $('#js-news').ticker(options);
21651
21652                  break;
21653
21654
21655
21656              case 'ViewContent':
21657
```

```
21658                 var $viewContent = $container.find(".viewContent");
21659
21660                 if ($viewContent.length > 0) {
21661
21662                     var $title = $viewContent.find("#regularTitle");
21663
21664                     if ($title.length > 0) {
21665
21666                         $customPageTitle.append('<h1 class="pageTitle">' +
…   $title.text() + '</h1>');
21667
21668                     }
21669
21670                 }
21671
21672                 break;
21673
21674         }
21675
21676     });
21677
21678 </script>
21679
21680 </div><!-- End_Module_587 --></div>
21681
21682 </div>
21683
21684 </div></div>
21685
21686                 </div>
21687
21688                 <!-- Right Pane -->
21689
21690                 <div class="col-md-4 col-sm-12">
21691
21692                     <!-- Right Top Pane -->
21693
21694                     <div class="col-md-12 col-sm-6 centersNav">
21695
21696                         <div id="dnn_RightTopPane" class="h_RightTopPane">
21697
21698                         <div class="DnnModule DnnModule-DNN_HTML DnnModule-417"><a
…   name="417"></a>
21699
21700
21701
21702 <div class="box-group exGroup">
21703
21704     <div class="exWrap">
21705
21706         <div class="box-heading exBar">
21707
21708             <h5 class="hidden-xs">
21709
21710                 <span class="barspan"><span id="dnn_ctr417_TITLE1_titleLabel"
…   class="titleText">Centers of Excellence</span>
21711
21712
21713
21714
21715
21716 </span>
21717
21718             </h5>
21719
21720             <h4 class="box-title visible-xs"><a href="#centersPanel"><span
…   class="barspan">
21721
```

```
21722            <span id="dnn_ctr417_dnnTITLE_titleLabel" class="titleText">Centers
…   of Excellence</span>
21723
21724
21725
21726
21727
21728
21729
21730            </span><span class="visible-xs baricon
…   icon-accordion-closed"></span></a></h4>
21731
21732          </div>
21733
21734          <div id="centersPanel" class="box">
21735
21736              <div class="boxcontent">
21737
21738                  <div id="dnn_ctr417_ContentPane" class="linkbox_c"><!--
…   Start_Module_417 --><div id="dnn_ctr417_ModuleContent" class="DNNModuleContent
    ModDNNHTMLC">
21739
21740      <div id="dnn_ctr417_HtmlModule_lblContent" class="Normal">
21741
21742      <ul class="relatedNav">
21743      <li><a href="/Medical-Services/Heart-Vascular">Heart &amp; Vascular</a></li>
21744      <li><a href="/Medical-Services/Neurology-Neurosurgery">Neurology &amp;
…   Neurosurgery</a></li>
21745      <li><a href="/Medical-Services/Orthopedic-Care">Orthopedics</a></li>
21746      <li><a href="/Medical-Services/Cancer-Center">Siteman Cancer Center</a></li>
21747      <li><a
…   href="/Medical-Services/Neurology-Neurosurgery/Spine-and-Spinal-Cord">Spine
…   Center</a></li>
21748      <li><a href="/Medical-Services/Transplant">Transplant</a></li>
21749  </ul>
21750  <a class="btnAllServices" href="/medical-services">Learn More</a>
21751
21752  </div>
21753
21754
21755
21756
21757
21758
21759
21760  <!-- Only show Publish option for Approvers -->
21761
21762
21763
21764  </div><!-- End_Module_417 --></div>
21765
21766                  </div>
21767
21768          </div>
21769
21770      </div>
21771
21772  </div>
21773
21774
21775
21776  </div></div>
21777
21778                          </div>
21779
21780                          <!-- Right Bottom Pane -->
21781
21782                          <div class="col-md-12 col-sm-6 whyChooseNav">
```

```
21783
21784                                    <div id="dnn_LeftBottomPane" class="h_RightTopPane">
21785
21786                                    <div class="DnnModule DnnModule-DNN_HTML DnnModule-418"><a
 …    name="418"></a>
21787
21788
21789
21790    <div class="box-group exGroup">
21791
21792        <div class="exWrap">
21793
21794            <div class="box-heading exBar">
21795
21796                <h5 class="hidden-xs">
21797
21798                    <span class="barspan"><span id="dnn_ctr418_TITLE1_titleLabel"
 …    class="titleText">Why Choose Barnes-Jewish Hospital?</span>
21799
21800
21801
21802
21803
21804    </span>
21805
21806            </h5>
21807
21808            <h4 class="box-title visible-xs"><a href="#centersPanel"><span
 …    class="barspan">
21809
21810                    <span id="dnn_ctr418_dnnTITLE_titleLabel" class="titleText">Why
 …    Choose Barnes-Jewish Hospital?</span>
21811
21812
21813
21814
21815
21816
21817
21818            </span><span class="visible-xs baricon
 …    icon-accordion-closed"></span></a></h4>
21819
21820        </div>
21821
21822        <div id="centersPanel" class="box">
21823
21824            <div class="boxcontent">
21825
21826                    <div id="dnn_ctr418_ContentPane" class="linkbox_c"><!--
 …    Start_Module_418 --><div id="dnn_ctr418_ModuleContent" class="DNNModuleContent
 …    ModDNNHTMLC">
21827
21828        <div id="dnn_ctr418_HtmlModule_lblContent" class="Normal">
21829
21830        <ul class="relatedNav">
21831        <li><a href="/americas-top-doctors">America&rsquo;s Top Doctors</a></li>
21832        <li><a href="/Careers/Nursing/Magnet-Recognition-Program">Magnet Recognition for
 …    Nursing Excellence</a></li>
21833        <li><a href="/About-Us/Awards-Honors">U.S. News Best Hospitals in America
 …    Ranking</a></li>
21834        <li><a href="/About-Us/Outcomes-and-Quality-Measures">Outcomes and Quality
 …    Measures</a></li>
21835        <li><a href="/newsroom">Latest Technology and Research</a></li>
21836    </ul>
21837
21838    </div>
21839
21840
```

```
21841
21842
21843
21844
21845
21846   <!-- Only show Publish option for Approvers -->
21847
21848
21849
21850   </div><!-- End_Module_418 --></div>
21851
21852                 </div>
21853
21854           </div>
21855
21856       </div>
21857
21858   </div>
21859
21860
21861
21862   </div></div>
21863
21864                       </div>
21865
21866                   </div>
21867
21868               </div>
21869
21870           </div>
21871
21872       </div>
21873
21874       <!-- News Sticker -->
21875
21876       <div class="row7">
21877
21878           <div class="container">
21879
21880               <div class="row">
21881
21882                   <div class="col-md-12">
21883
21884                       <div id="dnn_BottomPane" class="h_BottomPane">
21885
21886                       <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-1497"><a
...   name="1497"></a>
21887
21888
21889
21890
21891
21892
21893
21894
21895
21896
21897
21898   <div class="NewsTickerContainer">
21899
21900       <div class="box-group newsGroup">
21901
21902           <div class="newsWrap">
21903
21904               <div class="box-heading newsBar visible-xs">
21905
21906                   <h4 class="box-title"><a href="#newsPanel"><span class="barspan">
21907
```

```
21908          <span id="dnn_ctr1497_dnnTITLE_titleLabel" class="titleText">In
    …   The News</span>
21909
21910
21911
21912
21913
21914
21915
21916              </span><span class="baricon icon-accordion-closed"></span></a></h4>
21917
21918          </div>
21919
21920          <div class="box" id="newsPanel">
21921
21922              <div class="boxcontent">
21923
21924
21925
21926              <div id="dnn_ctr1497_ContentPane" class="newsticker_c"><!--
    …   Start_Module_1497 --><div id="dnn_ctr1497_ModuleContent" class="DNNModuleContent
    …   ModEasyDNNrotatorC">
21927
21928
21929
21930  <script type="text/javascript">jQuery(document).ready(function () {
    …   jQuery('#newsticker1497').newsticker({'style': 'fade','themeClass': 'BJH
    …   ','transitionSpeed': '5000','showControls': true,'tickerTitle': 'In The
    …   News','autoStart': true,pauseOnHover: true});});</script>
21931
21932  <ul id="newsticker1497" class="newsticker" style="display: none;"><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1073/
    …   Record-3-Million-Raised-At-Gala-For-Cancer-Research-In-StLouis" target="_self">Record
    …   $3 million raised at gala for cancer research in St. Louis</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1072/
    …   Barnes-Jewish-Hospital-and-Washington-University-Open-New-Outpatient-Facility-in-
    …   South-County" target="_self">Barnes-Jewish Hospital and Washington University open
    …   new outpatient facility in South County</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1069/
    …   Pedal-the-Cause-Raises-315-Million-for-Cancer-Research" target="_self">Pedal the
    …   Cause Raises $3.15 Million for Cancer Research</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/836/
    …   Washington-University-and-Barnes-Jewish-Liver-Transplant-Program-Celebrates-30-Years"
    …   target="_self">Washington University and Barnes-Jewish Liver Transplant Program
    …   Celebrates 30 Years</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/835/
    …   Washington-University-and-Barnes-Jewish-Heart-Vascular-Center-Reaches-Milestone"
    …   target="_self">Washington University and Barnes-Jewish Heart & Vascular Center
    …   Reaches Milestone</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/834/
    …   Barnes-Jewish-offers-free-flu-shots-to-St-Louis-community-for-12th-year"
    …   target="_self">Barnes-Jewish offers free flu shots to St. Louis community for 12th
    …   year</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/833/US-
    …   News-ranks-Barnes-Jewish-No-1-in-St-Louis-No-1-in-Missouri-on-Honor-Roll-of-"Best-
    …   Hospitals"" target="_self">U.S. News ranks Barnes-Jewish No. 1 in St. Louis, No. 1 in
    …   Missouri & on Honor Roll of "Best Hospitals"</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/832/
    …   Barnes-Jewish-receives-reverification-as-a-Level-1-Trauma-Center"
    …   target="_self">Barnes-Jewish receives reverification as a Level 1 Trauma
    …   Center</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/325/
    …   Barnes-Jewish-Hospital-ranked-among-100-Great-Hospitals-in-America"
    …   target="_self">Barnes-Jewish Hospital ranked among "100 Great Hospitals in
    …   America"</a></li><li><a
    …   href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1071/
    …   Join-The-Foundation-for-Barnes-Jewish-Hospital-for-Give-STL-Day" target="_self">Join
    …   The Foundation for Barnes-Jewish Hospital for Give STL Day</a></li><li><a
```

```
21932…  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/14/
    …  Record-23-million-raised-at-gala-for-cancer-research-at-the-Siteman-Cancer-Center"
    …  target="_self">Record $2.3 million raised at gala for cancer research at the Siteman
    …  Cancer Center</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/114/BJC-
    …  HealthCare-to-Support-Regional-Mental-Health" target="_self">BJC HealthCare to
    …  Support Regional Mental Health</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/155/
    …  Barnes-Jewish-Hospital-Receives-Top-Honors-for-Stroke-Care"
    …  target="_self">Barnes-Jewish Hospital Receives Top Honors for Stroke
    …  Care</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/156/
    …  Barnes-Jewish-Hospital-Certified-as-Level-I-Stroke-Center"
    …  target="_self">Barnes-Jewish Hospital Certified as Level I Stroke
    …  Center</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/831/
    …  Barnes-Jewish-Hospital-Recognized-as-Breastfeeding-Friendly-Employer"
    …  target="_self">Barnes-Jewish Hospital Recognized as Breastfeeding Friendly
    …  Employer</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/157/
    …  Barnes-Jewish-Recognized-as-Breastfeeding-Friendly-Employer"
    …  target="_self">Barnes-Jewish Hospital Recognized as Breastfeeding Friendly
    …  Employer</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/158/
    …  Barnes-Jewish-St-Louis-Children's-hospitals-named-among-nation's-best-residency-
    …  programs" target="_self">Barnes-Jewish, St. Louis Children's hospitals named among
    …  nation's best residency programs</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/159/
    …  Barnes-Jewish-among-first-selected-for-American-College-of-Cardiology-Patient-
    …  Navigator-Program" target="_self">Barnes-Jewish among first selected for American
    …  College of Cardiology Patient Navigator Program</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/4/
    …  Community-Grants-Equip-Innovative-Training-Center-for-St-Louis-EMTs"
    …  target="_self">Community Grants Equip Innovative Training Center for St. Louis
    …  EMTs</a></li><li><a
    …  href="http://m.barnesjewish.org/Newsroom/News-Releases/ArtMID/2560/ArticleID/1070/
    …  Community-Support-Drives-Five-New-Cancer-Research-Projects" target="_self">Community
    …  Support Drives Five New Cancer Research Projects</a></li></ul>
21933
21934  </div><!-- End_Module_1497 --></div>
21935
21936
21937
21938
21939
21940                    </div>
21941
21942                </div>
21943
21944            </div>
21945
21946        </div>
21947
21948  </div>
21949
21950  </div></div>
21951
21952                    </div>
21953
21954                </div>
21955
21956            </div>
21957
21958        </div>
21959
21960
21961
21962        <!-- Footer -->
```

```
21963
21964
21965
21966   <!-- Footer -->
21967
21968   <!-- Social Media -->
21969
21970   <div class="row11 socialRow">
21971
21972        <div class="container">
21973
21974             <div class="row">
21975
21976                  <div class="col-md-12">
21977
21978                       <div class="socialWrapContainer">
21979
21980                            <div class="socialWrap">
21981
21982                                 <a target="_blank"
…       href="http://www.facebook.com/barnesjewishhospital" class="btn-share fb"></a>
21983
21984                                 <a target="_blank" href="http://twitter.com/Barnesjewish"
…       class="btn-share twitter"></a>
21985
21986                                 <a target="_blank"
…       href="https://plus.google.com/+BarnesJewishHospitalStLouis" class="btn-share
…       g-plus"></a>
21987
21988                                 <a target="_blank"
…       href="https://www.youtube.com/user/BarnesJewishHospital" class="btn-share
…       youtube"></a>
21989
21990                            </div>
21991
21992                       </div>
21993
21994
21995
21996                  </div>
21997
21998             </div>
21999
22000        </div>
22001
22002   </div>
22003
22004
22005
22006   <!-- Enews Letter -->
22007
22008   <div class="row8 newsletterRow">
22009
22010
22011
22012   <!-- EnewsLetter -->
22013
22014   <div id="dnn_ucFooter_ucEnewsLetter_UpdatePanel1">
22015
22016
22017
22018        <div class="container">
22019
22020             <div class="row">
22021
22022                  <div class="col-md-7 col-sm-6">
22023
22024                       <div class="newsletterL">
```

```
22025
22026                       <h4>Sign Up Today for Free e-Newsletters</h4>
22027
22028                       <span class="newsletterTxtSml">Get the latest in medical
  …  technology, research and disease prevention sent to your inbox.</span>
22029
22030                   </div>
22031
22032               </div>
22033
22034               <div class="col-md-5 col-sm-6">
22035
22036                   <div class="newsletterR">
22037
22038
22039
22040                           <div class="input-group">
22041
22042                               <input name="dnn$ucFooter$ucEnewsLetter$txtEmail"
  …  type="text" id="dnn_ucFooter_ucEnewsLetter_txtEmail" class="form-control email-input"
  …  placeholder="Enter Your Email Address" />
22043
22044                           <div class="input-group-btn">
22045
22046                               <a id="dnn_ucFooter_ucEnewsLetter_btnSignUp"
  …  class="btn btnSignUp"
  …  href="javascript:__doPostBack(&#39;dnn$ucFooter$ucEnewsLetter$btnSignUp&#39;,&#39;&#
  …  39;)">Sign Up</a>
22047
22048                           </div>
22049
22050                       </div>
22051
22052
22053
22054
22055
22056
22057
22058                   <a href="/About-Us/E-Newsletter" class="newsletmore">More
  …  Options <span class="icon-arrow-right-generic"></span></a>
22059
22060                   </div>
22061
22062               </div>
22063
22064           </div>
22065
22066       </div>
22067
22068
22069
22070 </div>
22071
22072
22073
22074 </div>
22075
22076
22077
22078 <!-- Phone -->
22079
22080 <div class="row9 footerRow1">
22081
22082     <div class="container">
22083
22084         <div class="row">
22085
```

```
22086
22087
22088
22089
22090            <div class="col-md-6 col-sm-6">
22091
22092                <div class="appointNum">
22093
22094                    <span>Find a doctor or make an appointment: </span>
22095
22096
22097
22098                    <span class="phone-number">
22099
22100                        <script type="text/JavaScript"
     src="https://secure.ifbyphone.com/js/keyword_replacement.js"></script>
22101
22102                    </span>
22103
22104                </div>
22105
22106            </div>
22107
22108            <div class="col-md-6 col-sm-6">
22109
22110                <div class="genInfoNum"><span>General Information: </span><span><a
     href="tel:3147473000" class="tel">314.747.3000</a></span></div>
22111
22112            </div>
22113
22114
22115
22116        </div>
22117
22118    </div>
22119
22120 </div>
22121
22122 <!-- Row 10 Footer 2 -->
22123
22124 <div class="row10 footerRow2">
22125
22126    <div class="container">
22127
22128        <div class="row">
22129
22130            <div class="box-group footerGroup col-md-2">
22131
22132                <div class="footerWrap">
22133
22134                    <div class="box-heading footerBar hidden-lg hidden-md">
22135
22136                        <h4 class="box-title"><a href="#fPanel1"><span
     class="barspan">Patient Care</span><span class="baricon
     icon-accordion-closed"></span> </a></h4>
22137
22138                    </div>
22139
22140                    <div class="box" id="fPanel1">
22141
22142                        <div class="boxcontent">
22143
22144                            <ul>
22145
22146                                <li class="visible-lg visible-md">
22147
22148                                    <h5><a href="/patients-visitors"><span
     style="color: #ffd200;">Patient Care</span></a></h5>
```

```
22149                                      </li>
22150
22151
22152                                      <li><a href="/physicians/">Find a Doctor</a></li>
22153
22154                                      <li><a href="/requestappointment/">Request an
…     Appointment</a></li>
22155
22156                                      <li><a href="/medical-services">Medical
…     Services</a></li>
22157
22158                                      <li><a href="/patients-visitors">Patient &amp;
…     Visitor Information</a></li>
22159
22160                                 </ul>
22161
22162                             </div>
22163
22164                         </div>
22165
22166                     </div>
22167
22168                 </div>
22169
22170             <div class="box-group footerGroup col-md-2">
22171
22172                 <div class="footerWrap">
22173
22174                     <div class="box-heading footerBar hidden-lg hidden-md">
22175
22176                         <h4 class="box-title"><a href="#fPanel2"><span
…     class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…     </a></h4>
22177
22178                     </div>
22179
22180                     <div class="box" id="fPanel2">
22181
22182                         <div class="boxcontent">
22183
22184                             <ul>
22185
22186                                 <li class="visible-lg visible-md">
22187
22188                                     <h5><a href="/About-Us"><span style="color:
…     #ffd200;">About Us</span></a></h5>
22189
22190                                 </li>
22191
22192                                 <li><a href="/americas-top-doctors">America's Top
…     Doctors</a></li>
22193
22194                                 <li><a href="/About-Us/Annual-Reports">Annual
…     Reports</a></li>
22195
22196                                 <li><a href="/About-Us/Awards-Honors">Awards &amp;
…     Honors</a></li>
22197
22198                                 <li><a href="/About-Us/Community-Benefit">Community
…     Benefit</a></li>
22199
22200                                 <li><a
…     href="/About-Us/Mission-Vision-Values">Mission, Vision &amp; Values</a></li>
22201
22202                                 <li><a href="/About-Us">More</a></li>
22203
22204                             </ul>
22205
```

```
22206                                        </div>
22207
22208                                    </div>
22209
22210                                </div>
22211
22212                            </div>
22213
22214                        <div class="box-group footerGroup col-md-2">
22215
22216                            <div class="footerWrap">
22217
22218                                <div class="box-heading footerBar hidden-lg hidden-md">
22219
22220                                    <h4 class="box-title"><a href="#fPanel3"><span
        class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
        </a></h4>
22221
22222                                </div>
22223
22224                                <div class="box" id="fPanel3">
22225
22226                                    <div class="boxcontent">
22227
22228                                        <ul>
22229
22230                                            <li class="visible-lg visible-md">
22231
22232                                                <h5><a href="/careers"><span style="color:
        #ffd200;">Careers</span></a></h5>
22233
22234                                            </li>
22235
22236                                            <li><a href="https://jobs.bjc.org/jobs?page=1"
        target="_blank">Job Search</a></li>
22237
22238                                            <li><a href="/careers/nursing">Nursing</a></li>
22239
22240                                            <li><a href="/careers/allied-health">Allied
        Health</a></li>
22241
22242                                            <li><a
        href="/Careers/Non-Clinical-Professions">Non-Clinical Careers</a>
22243
22244                                            </li>
22245
22246                                            <li><a href="/careers/benefits">Benefits</a></li>
22247
22248                                            <li><a
        href="/careers/working-at-barnes-jewish">Working at Barnes-Jewish</a></li>
22249
22250                                            <li><a href="/careers">More</a></li>
22251
22252                                        </ul>
22253
22254                                    </div>
22255
22256                                </div>
22257
22258                            </div>
22259
22260                        </div>
22261
22262                        <div class="box-group footerGroup col-md-2">
22263
22264                            <div class="footerWrap">
22265
22266                                <div class="box-heading footerBar hidden-lg hidden-md">
```

```
22267
22268                        <h4 class="box-title"><a href="#fPanel4"><span
      … class="barspan">For Professionals</span><span class="baricon
      icon-accordion-closed"></span> </a></h4>
22269
22270                    </div>
22271
22272                    <div class="box" id="fPanel4">
22273
22274                        <div class="boxcontent">
22275
22276                            <ul>
22277
22278                                <li class="visible-lg visible-md">
22279
22280                                    <h5><a href="/for-professionals"><span
      … style="color: #ffd200;">For Professionals</span></a></h5>
22281
22282                                </li>
22283
22284                                <li><a href="/For-Professionals/For-Physicians">For
      … Physicians</a></li>
22285
22286                                <li><a href="/For-Professionals/For-Nurses">For
      … Nurses</a></li>
22287
22288                                <li><a
      … href="/For-Professionals/Education-for-Medical-Professionals">Education for
      … Medical</a></li>
22289
22290                                <li><a
      … href="/for-professionals">Professionals</a></li>
22291
22292                                <li><a
      … href="/For-Professionals/For-Nurses/Magnet-Recognition-Program">Magnet
      … Recognition</a></li>
22293
22294                                <li><a href="/for-professionals">More</a></li>
22295
22296                            </ul>
22297
22298                        </div>
22299
22300                    </div>
22301
22302                </div>
22303
22304            </div>
22305
22306            <div class="box-group footerGroup col-md-2">
22307
22308                <div class="footerWrap">
22309
22310                    <div class="box-heading footerBar hidden-lg hidden-md">
22311
22312                        <h4 class="box-title"><a href="#fPanel5"><span
      … class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
      … </a></h4>
22313
22314                    </div>
22315
22316                    <div class="box" id="fPanel5">
22317
22318                        <div class="boxcontent">
22319
22320                            <ul>
22321
22322                                <li class="visible-lg visible-md">
```

```
22323
22324                                    <h5><span style="color: #ffd200;">What's
…     New</span></h5>
22325
22326                                </li>
22327
22328                                <li><a href="/About-Us/Classes-Events">Classes &amp;
…     Events</a></li>
22329
22330                                <li><a
…     href="/About-Us/E-Newsletter">E-Newsletters</a></li>
22331
22332                                <li><a href="/newsroom">Newsroom</a></li>
22333
22334                                <li><a
…     href="/Newsroom/Publications">Publications</a></li>
22335
22336                                <li><a href="/About-Us/Social-Media-Hub"
…     id="HrefFollowUs">Social Media Hub</a></li>
22337
22338                                <li><a href="/Video-Library">Video Library</a></li>
22339
22340                            </ul>
22341
22342                        </div>
22343
22344                    </div>
22345
22346                </div>
22347
22348            </div>
22349
22350        </div>
22351
22352    </div>
22353
22354 </div>
22355
22356 <div class="row12 copyRow">
22357
22358     <div class="container">
22359
22360         <div class="row copyWrap">
22361
22362
22363
22364            <div class="footerLogoWrap">
22365
22366                <a href="http://wuphysicians.wustl.edu/" target="_blank">
22367
22368                    <img alt="" src="/Portals/0/Skins/BJH/images/washington-univ.png"
…     style="width: 290px"></a>
22369
22370            </div>
22371
22372
22373
22374
22375
22376
22377
22378
22379
22380            <footer>
22381
22382                <address>
22383
22384                    One Barnes-Jewish Hospital Plaza<br>
```

```
22385
22386                            St. Louis, MO 63110
22387
22388                        </address>
22389
22390                        <small>
22391
22392                            <span class="copyRight">
22393
22394                                <a href='/login?returnUrl=/'>&copy;</a></span>
22395
22396                                <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
  …  class="copyRight">Copyright 1997-2016, Barnes-Jewish Hospital. All Rights
  …  Reserved.</span>
22397
22398
22399
22400                        </small>
22401
22402                    </footer>
22403
22404                </div>
22405
22406            </div>
22407
22408    </div>
22409
22410    <!-- Row 13: Sitemap -->
22411
22412    <div class="row13 sitemapRow">
22413
22414        <div class="container">
22415
22416            <div class="row">
22417
22418                <div class="col-md-12">
22419
22420                    <ul class="sitemapMenu">
22421
22422                        <li><a href="/">Home</a></li>
22423
22424                        <li><a href="/Legal">Legal</a></li>
22425
22426                        <li><a
  …  href="/Legal/HIPAA-Notice-for-the-Medical-Center">HIPAA</a></li>
22427
22428                        <li><a href="/Sitemaps">Sitemap</a></li>
22429
22430                    </ul>
22431
22432                </div>
22433
22434            </div>
22435
22436        </div>
22437
22438    </div>
22439
22440    <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
  …  Top</span><span class="icon-arrow-back_to_top"></span></a>
22441
22442    </div>
22443
22444
22445
22446    <!--CDF(Css|/Portals/0/Skins/BJH/css/bootstrap.css?cdv=355)-->
22447
22448    <!--CDF(Css|/Portals/0/Skins/BJH/css/bootstrap-theme.css?cdv=355)-->
```

```
22449
22450  <!--CDF(Css|/Portals/0/Skins/BJH/css/all.css?cdv=355)-->
22451
22452  <!--CDF(Css|/Portals/0/Skins/BJH/css/desktop.css?cdv=355)-->
22453
22454  <!--CDF(Css|/Portals/0/Skins/BJH/css/tablet.css?cdv=355)-->
22455
22456  <!--CDF(Css|/Portals/0/Skins/BJH/css/mobile.css?cdv=355)-->
22457
22458  <!--CDF(Css|/Portals/0/Skins/BJH/css/jquery.fancybox.css?cdv=355)-->
22459
22460  <!--CDF(Css|/Portals/0/Skins/BJH/css/tablesorter.css?cdv=355)-->
22461
22462
22463
22464  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/bootstrap.js?cdv=355)-->
22465
22466  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox.js?cdv=355)-->
22467
22468  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.fancybox-media.js?cdv=355)-->
22469
22470  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/jquery.tablesorter.js?cdv=355)-->
22471
22472  <!--CDF(Javascript|/Portals/0/Skins/BJH/js/global.js?cdv=355)-->
22473
22474
22475
22476
22477
22478
22479
22480          <input name="ScrollTop" type="hidden" id="ScrollTop" />
22481
22482          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
    …  autocomplete="off"
    …  value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`56`,`SearchIconWebUrl`:`url(/
    …  icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
    …  DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
22483
22484          <input name="__RequestVerificationToken" type="hidden"
    …  value="
    …  xzskRwl4oBg6yJ9faosG4PZtF656FkTOE8FpZcEXovYmnDJJ5EdIxDBRTd_7MAhMtwnQvnoxHEe0lf4PUW5YZ
    …  4vyL_FVsi7rsxOEQQI5iCaiPkg4R6TWbudLp7E1" /><script
    …  src="/Resources/Search/Search.js?cdv=355" type="text/javascript"></script>
22485
22486
22487
22488  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
    …  ></script>
22489
22490  <script type="text/javascript">
22491
22492  //<![CDATA[
22493
22494  ;(function() {
22495
22496                      function loadHandler() {
22497
22498                          var hf = $get('StylesheetManager_TSSM');
22499
22500                          if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
    …  ''; }
22501
22502                          hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
    …  Culture=neutral,
    …  PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
    …  c73cf106';
22503
```

```
22504                     Sys.Application.remove_load(loadHandler);
22505
22506                  };
22507
22508                  Sys.Application.add_load(loadHandler);
22509
22510              })();Sys.Application.add_init(function() {
22511
22512       $create(Telerik.Web.UI.RadTextBox,
     … {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
     … _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr435$View$
     … ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
     … 0)","_skin":"Default","_validationText":"","clientStateFieldID":"
     … dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
     … ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
     … searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
     … searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
     … searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
     … searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
     … searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
     … searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
     … {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
     … $get("dnn_ctr435_View_ucPhysicianInfoGroup_txtSearchBox"));
22513
22514 });
22515
22516 Sys.Application.add_init(function() {
22517
22518       $create(Telerik.Web.UI.RadTextBox,
     … {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
     … _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr587$View$
     … ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
     … 0)","_skin":"Default","_validationText":"","clientStateFieldID":"
     … dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
     … ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
     … form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
     … form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
     … form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
     … form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
     … form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
     … form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
     … form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
     … $get("dnn_ctr587_View_ucHealthInfoGroup_txtSearchBox"));
22519
22520 });
22521
22522 //]]>
22523
22524 </script>
22525
22526 </form>
22527
22528
22529
22530
22531
22532 </body>
22533
22534 </html>
22535 **************************************************
22536 The following data is from barnesjewishwestcounty_org-20160910-page_source.txt
22537 **************************************************
22538
22539 <!DOCTYPE html>
22540 <html  lang="en-US">
22541 <head id="Head">
22542 <!--**************************************-->
22543 <!-- DNN Platform - http://www.dnnsoftware.com   -->
```

Page 602

```
22544  <!-- Copyright (c) 2002-2015, by DNN Corporation -->
22545  <!--**********************************************-->
22546  <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
22547  <meta name="REVISIT-AFTER" content="1 DAYS" />
22548  <meta name="RATING" content="GENERAL" />
22549  <meta name="RESOURCE-TYPE" content="DOCUMENT" />
22550  <meta content="text/javascript" http-equiv="Content-Script-Type" />
22551  <meta content="text/css" http-equiv="Content-Style-Type" />
22552  <meta content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport"
    /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
22553     Barnes-Jewish West County Hospital | Creve Coeur, MO
22554  </title><meta charset="utf-8" /><meta content="text/html; charset=UTF-8"
    http-equiv="Content-Type" /><meta content="text/javascript"
    http-equiv="Content-Script-Type" /><meta content="text/css"
    http-equiv="Content-Style-Type" /><meta id="MetaDescription" name="DESCRIPTION"
    content="Barnes-Jewish West County Hospital located in Creve Coeur, MO or West St.
    Louis County, affiliated with Barnes-Jewish Hospital, member of BJC HealthCare.
    Offering Siteman Cancer Center services, advanced radiology services, sub-specialty
    trained radiologists, orthopedic surgery, physical therapy and rehabilitation, sleep
    disorders center, surgical services, endoscopy, colonoscopy, interventional MSK,
    musculoskeletal diagnostics and procedures. Washington University Physicians, BJC
    Medical Group" /><meta id="MetaKeywords" name="KEYWORDS" content="BJWCH,
    Barnes-Jewish West County, Siteman West County, Barnes West, BJC West, Barns, Jewish
    Hospital in West County,  Jewish Hospital in Creve Coeur, Barnes-West, Barns West Co,
    Siteman Cancer, Siteman Center, sitman,DotNetNuke,DNN" /><meta id="MetaGenerator"
    name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots" name="ROBOTS"
    content="INDEX, FOLLOW" /><link href="/Portals/_default/default.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/DesktopModules/HTML/module.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/DesktopModules/PhysicianSearch/module.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/DesktopModules/ResponsiveRotator/module.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/DesktopModules/HealthNewsFeed/module.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/skin.css?cdv=150" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJWC/css/bootstrap.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/bootstrap-theme.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJWC/css/all.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/desktop.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJWC/css/tablet.css?cdv=150" media="all" type="text/css"
    rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/mobile.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Skins/BJWC/css/jquery.fancybox.css?cdv=150" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Containers/BJWC/Physician_Search_Container.css?cdv=150" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Containers/BJWC/Health_Library_Container.css?cdv=150" media="all"
    type="text/css" rel="stylesheet"/><link
    href="/Portals/0/Containers/BJWC/Home_News_Ticker.css?cdv=150" media="all"
    type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=150"
    media="all" type="text/css" rel="stylesheet"/><script
    src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=150"
    type="text/javascript"></script><script
    src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=150"
    type="text/javascript"></script><script
    src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=150"
    type="text/javascript"></script>
22555
22556     <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
    -->
22557     <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
22558     <!--[if lt IE 9]>
22559        <script
    src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
```

```
22560          <script
...    src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
22561      <![endif]-->
22562      <!--[if lt IE 9]>
22563              <script
...    src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
...    script>
22564          <![endif]-->
22565
22566      <!-- Place this tag in your head or just before your close body tag./ +1 -->
22567      <script src="https://apis.google.com/js/platform.js" async defer></script>
22568
22569
22570      <!-- Place this tag in your head or just before your close body tag./ Follow
...    Google+ -->
22571      <script src="https://apis.google.com/js/platform.js" async defer></script>
22572  <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico?ver=2015-01-18-142353-393'
...    type='image/x-icon' />
22573          <script
22574
...    (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
22575              (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
...    Date();a=s.createElement(o),
22576
...    m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
22577
...    })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
22578
22579          ga('create', 'UA-6912623-7', 'barnesjewishwestcounty.org');
22580          ga('send', 'pageview');
22581      </script>
22582
22583          <link rel="stylesheet" type="text/css"
...    href="/Portals/0/Skins/BJWC/bjwc_menu/Menu.css"></link><link rel="stylesheet"
...    type="text/css"
...    href="/Portals/0/Skins/BJWC/bjwc_menu_mobile/MobileMenu.css"></link><link
...    href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
...    3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
...    3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
...    3ac73cf106" type="text/css" rel="stylesheet" /></head>
22584  </head>
22585  <body id="Body">
22586      <!-- Facebook -->
22587      <div id="fb-root"></div>
22588  <script>(function (d, s, id) {
22589      var js, fjs = d.getElementsByTagName(s)[0];
22590      if (d.getElementById(id)) return;
22591      js = d.createElement(s); js.id = id;
22592      js.src =
...    "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
22593      fjs.parentNode.insertBefore(js, fjs);
22594  }(document, 'script', 'facebook-jssdk'));</script>
22595
22596      <form method="post" action="/" id="Form" enctype="multipart/form-data">
22597  <div class="aspNetHidden">
22598  <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
...    value="" />
22599  <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
22600  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
22601  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
22602  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
...    value="jgazA8jV9APKrd4vPBmazf63Hbj5sDSl2+AITmrUVHD//tRx3g6C4PxCFf/
...    eaTb9ZkcyN6JHdqRMVQxYUnJT7YYIrwcGrhvf0b0r5/OEWoFVPv1x/
...    ckLtLA8YHcQ9brtg81Q8pvKuyd2vyqPClZo8Q6YDXYtP4Ef4sVwFYvgDidClaf+A1Q8HWL3vqd/
...    F2wpajZC8fKTk7NY81FfSEb17p2iqALpXHhfbcu2dx7yoqMKEbqFp1ioeRvOhFSOtle85QIATJPqHYaQ3U9Rh
...    l260bRdEw7qMh1Svmb1vwiaZdqObHuWcNuVTRFSx9FeymzSjXYQpoYIr4poTnlckOks7JE5rykm5U28k+
...    CvFgGGMHqPOuRpIr0qTmLvyQ00zb2lhM31FqRauc1EiCoxXq5tNcwncjGATNFjksoJKttI73pGnd6cqiAnt5Y
...    wspINJiEG2FxmR2ygapr0n5s1fAIEzhvDsVP+
```

22602... I3yC6f5zwPj3sOc9pmRvdWricU4wsmaC5j5nGHoqc6WXaF8XMT54+
... fOZFpoe7hORvz6oXIgc66eVf35yciabMwzsedeEUmlAWobctHWZWfFqdjo63qJIZqUVxsUPFJ+
... ejmTR00m0SozXNm34KyjHXNaJjnWYqfocZIl7BHUVnx+
... TNeMjmjG3WjHGq4QtPVPvs8GvflIF4dehBHFJzhjkwTSFKvvfZfw1ZCzbP4/
... 3mcuDW4t0oFlT36daedw16as5tCT+DTRc8rjMagB5XuhZhoguPFc0FQdx/
... V0XJdR74ZBLUjJRVymmjp26MvvlN3SDvgRAeiXwRdVgHGnEFRPh2H8umxkre4Vxbng87ulbeccRVu+
... RY5WAfBJbKd9QHbjgvqCvYSjGDzBg+AoGXrTQKXDCrbDjP1i2cblnC2ad0BxFDxRZpntr3cZOxzWmmXb/m+
... 6mApXUurQk9tHeouhZ6bdDSfZihfnYPWlk0L2TNz4tGXaGbvIKN+ffczFjtmFbrSVP3a+
... 2krUgoxjnIR43NQ4Gt+BprxEnoNsHs7q7K4UU1luUsSGRhSoX3fFHNusdeF3GYPsqKgSCBN+
... iltCVqmTf1MpVoAawvglOhi4K1FXMJ9LcGYP52aivfNRS7NNRodJPDRC+PMFu/
... gKxsWstx2qEeD4ieTqfCIz7ukg6DEzz2EexQ9ZlgM7wfaGkzubvobh1IiwW0cHTIbm4MiTQZiaUdoBka1TpzG
... eWLhLWnBkF7Sk2yJNxVRhqGVg4l3iSoJkUnEL00AI+bgrFEQ084CdplGEW/KF3FHyHBJdxr47ayN6E4+
... kEd5qQXjb1GVRnXPEGLUkKy2h7CfmrtR+uynDRlJBfI6Me/RZd/
... PTWH8nkQFH40hIE6MVCAxhCNbRw1QYDrIEoD9/h0vXYQPIBV3adpgKyToc+rSBS8vvHEOOfNlUAPtk3/
... 48FFKEuhwgqQ5wXfcZJM31XPsqZZD1AvQ8kPfTsx4/vhozarEsuBxj8/sm4v0XyN3+
... xkQAMeMQJBoqagb02qkfAL59kJtvzAnK1PHCmZggCklIb76GwA7La07FysPLBVWXTFfb59eh9zbaCPxnk9rJN
... Pd4l2NB42JBEm/vzVaiYdfFDYfTUKiazfjCn3ZWgXmYVzNdVO7Eyi3QSHqwFXeFWMEdpFmoHYu/
... rmcCMzjnJ9WE3gn/DB1l/DReHOyzWSS/YT5PGEZG7RRp/Quvv9Mh5A2SRUTEamWIecpXx2u2JAb5sCpSf5y/
... 8G8JaPPITjgovOiLXW19O07RShr9KMTE2DN5ijKDDYHdzzXqWjnT1xWPUMSq1JQar+48BevecDZO/fj6SPAi+
... SZyUNodwekgTJeZrpL4ltMmyi+ZlOnrvR/5ZP7S5svu/shiv9BCXGi+xKO2/B3adabdTe/
... C7tEUn8GcvgaOvv2kVgswEzp16xsfN9U76TGm9aDrzvwtNnvi1N0rf3fMh0FIsKICr5Mzbh3vBXAa58+o/
... 21tcfEFolZImTyNEwhA3PlaSwJqDGlOdrlncXUwKMzL1rWERCRN3a4zFY+
... G3IFQbQMApSv95ILO8BGbgOeBs27E23leRVbUJeNYwJr6gOY7RURqN/
... eKZS5LWTMi4JRuyzohffIkxaPLrX7rnym4qMMuSc8iXnBJJ25BF3in0AK9bLJ8PF/
... c18P3zJEgTkdf3pYWKgYe0aGx4g97rZx6Dksn4WsBTmR+TpEEzszdFJjh/0J87Oq/
... dlGXJtD16v9LiBTuXefD4fdcMW2jaLLmeqr+ESlefn30l0EhMa1Zxq3XH8Avm9ZsBZr5nAmI2+
... xvrumjlo0tN52TSvIMX7jSRNWBWUno021rnnGPLNyG+BAfHSixom0orH+vxNVw2EEpP/Tz0Ujzb+
... y8qaCCeBZr1+jZCfDRmskRW5+
... s7LJoddrJIPyM5D4ZPgcyZ4nMDroWLY9JkDu5vvBan5GrDdO13tpXbIQ98g2eOVjHv4qFjNz3lqKXHcZmusvx
... nZGSKHrN845mUUw2iVzdojjdtjDZWZZXnR+/8JsDQngeaZyLxn4ynIJCep78W0jS+
... BcW9FcyNcwJnliijIqGRFjAaza+
... yrvjVVeO141JprADOd9P9wlbCYwVwnKKTkJ5j5hVSWlDmq7FyTUtjaoeekpQf05ujoT5inI3yvY/
... dZOr5QeFuF+MmG8HSC9Vbpwf8bEb9i8XTrMeSwdXqeFwhwlvQOqMyBI7IjbQkPkp/GSclOC+Ht0+2VvNGB/
... UzvBRHS8z6u3F1Wsrh6YIQyuPRtODPOo+mmy4ObHAIGZxwprm6QkxsyN6Yo7BE1LLc6VEa/
... eXjXaEoT3N00MY3yvlKJzOnuE3tn47c7jIPLfQpExp4/a8GKtjEU7+
... kZViGEkCJw5sY5rjH0MOJy3LjjW0DNWKQwR5cJxoZMTNchScE6EqpKWC7iJiO2Z5fmVklJDBONf9EgpUnYPy3
... FRF/xgAyFLgFFkSVWDslybA8B/FF7iQbCNu7VK+8YYMipdxgQlwYqn36ZHqhwRM8VPn0aUekw7j/
... svtzPlsAooPDPffPnmB3/DiHh3GKovcEzWX3AmlTvnpVfJjDqq+
... OAZ0fkrkwUxita7fRxbfrOxt68ZALKMBvcNHIZLTicyTp/VdiFsvn2rgMncIlxOzW9ykzW5D6q2jdOTZuHzd/
... kLWI1EFvpOYi3vACCwndK5zeWM826LkkLsXpHc23J/HrnczaJzIAJGQwYyVj2SWhwQx/
... gWaywzmP0iGZURXxdOVJavhDBut/
... eAuzTggSPya28nFtKFFyUgxiqmBTPO1YtNKGejgnuoRGQdLngjYjTNoe5CwIXheOQeMkeSJtNEnArH9OHXE8k
... 33xuh82vaTU5dCOdiqyTUHehIZnuJl/lmpUpvF/87Q7X3jz2qIoSESXGIA9iMjl8//LeFoKXIqPnjjqwzDr7E
... /OJLuasAqE9lRABGkSzMfZgCaD8pAdsg+RYZ+
... gKdR3yTSvrUdj3oWxpxPgoMQAbPMOueet6v7EGbuvef5a4Ra99qWC+
... jUwl1wFNtwy5twJ0kNdTl24td8PNexxgl/5+
... D0ijMsafkDoHHPAP9pRFOQYjUPaxf2edUvseI8pfGlFj9YYJjfXeaqnqqhhJ8wut/L8p/
... ZLxzIzkQXVnrGZ5aZo6C5PaUQS16Zt5PQcCB8jVRv14ziGmW76XWczlH/s7oiQ2QNpIgsUGzMS5fOS+tvK7S/
... TFxJoh/LeB/mU1fy1fscaJ/7fVDA2Be8SntUP1S2uABv9fv7g8WrS9H/YU5dCrBaqml27toeLGLEz8t5t/
... xllTKMsCLQWqZ6eAKssXDPgGl4Xc5Rnmg3+G2Z+23490G+Xd8KPnWcpIfFlfZfnSbIUhwnKm8irNDSHW44H/
... oKwxdvlqN85QeVQ3sKzbQmYKFTnkj5YVJpXCup10xGfa/NrbPh1Ambj3UKiAfpwZJ+v+aiTl3l+
... sJXPp5KcURnfBKO8VeWlQd2WaQXkX7tQRkgvOfFEA2ony3bAY4Ui08hhjh2dsbn0HMto/
... 6J9R1FSDELscncleRo/yeHHDUGOLOoQT6a581LL3gDUBvyrq/
... r1uq4BKD4ZK3XTsL4jo1ndAUYN4wjEh8Jr7hjSS2bWsd4SR4WwVRkb4f61aYbBjn2j2tVOLdUzBqT5t6Mt+
... cEAgxHzT2dKjAKeqtA5yl0hF2vOFuGds0XkbOu5f26t5KKMMVC3Ek/+
... 0iVscCogElNMQnACEh093Ydour5X94gatV8HMDd1DtMaXrjr6xSuJWDxBRlSPI0oA2htRQYFuMCkyUBKL71uW
... qkPZ0jQnTPMdramZxWhzbqVbR2Q7H352OD9L3nEAlB+PL9i+BdXqllEQc+
... t2BvYQPkBynkqj9ZLznxjbkLcS14EjFGCrHMm/xgWTz3v0QpUzN84Ro50MbctrY5XSuGlrPgBuAKeKuCbya3D
... /ksuloSgIIWRTyvKE2h+/x1+o4+eVGhMy7dBdb4b8E/xHcLI/980P0K6NPlY83h1fWAOfA969o4E9OH42AzYe
... /q3X+3tQPtPmy/IKxQqeFr2/pwQAYbHp5IvRL1e/
... Dc8G5pqz0VeXo53gs1z7e6v53nCeOWrVdcZcP3yw636O6QgEVnng4+
... xCxUZ0x0GKZOC237aFWRi8ONyJunyTtk5bIyIg54ZC3VEBRAx0aBBGM6eyhXEZlXGed2t9my8Z125yAdRr/
... LAOSXdFgnyHAwFHAVHnLOhFlebfVgvBWwRTrDa2T8q7ccZYh7WMpQFgIchBnn0GgMx5hLeTSHsE0geEoC7BX4
... HFXmCE5uuvWqJNOeDTX0LiOuTnr0VJb8STW6jeF0oJ7ui0Iyrf6wDVrSKP7yDvUOLE5+cA/CNJuilu6W+
... sXghYIgUkMmeo9Dshyqbx190v1QxQ+IE/
... X99fkACmwryluCCuxVUouavMI79hKqsz26XQeIItplT9VfITa60WTuQhmtahmFWGTrCZbWSEYCJtMEp0L5FcD
... 4tk70/dpiWlI3Rry+uA7Zg0h+LtqUWPZwsGKJGX/yEZdt7GdttEVHzgQ0fY/xOqYPPptmoNEnfy+
... fGGzvSW5i8M0v9bGUzxsY/7427iJvjnExlkPu7btpFGq7+wJ07Jm8M7x7KidH5X99b51V3aPqKC9eubS3HPF/

22602... nUjPoesLJe291G4TKTgFKa75uZoOdWA9559W87wur7QpIxzyInHpx6xuGySFjZ9XZzFnOmtKJ8yzwxz/
wgRR7jsdieqksQi0K0wahm5QnOg5pzJc+
... ck91Rj0bKZUwgkYwGbR6xn4ZGQNuYLfflvgZ655A1gBWmR7OC6OtNzNLQI/ZeoDzFOuECWZtQRer65W1KQG+
6PBnFUUXg8JRpKJD2liAr5KT6czLaQ53h8BwaJ2TlS14758Em9WYqIYSZGd2AJoGrO1kChWY5Xi6aThhCbIJa
1gpa73sWXQ5QgS8ydkXFPZnvNRHOXtCjVGo/ABCujBb3Xcx4unux+
Xtec63ZnJx0ei8QVp380YErYgQzKwCRu23tS/
... 6aKHYezrLQCSelD7RwrS2j31XhLquJg9pS7Cy3oo2wITGV3l3g3isesMpERuwU9lVk/
anZjGM7jBlKlmk9Qqoy7SqoyhDwvsyHfnfLNpRv8wiaigu73PvopYY1xNH/NaC4KiYb+
hELd1xQ2WBqQGaAUx30vZmidAyeEbapknRC5BiOamA/
baxKGEnbkC2jD9L3zOvQzuCBpEZeEyY33oPcnXH0tsw/gQ5EJCan/fhGQQdpJq+
5r9emZRuNfB2I950ESebGwihC7jUL6LeK8JNkwSU/Ee20nvqKLeARj2uPAmnbYv0fY+
yXUeNvUcFE9fLpIreL9m+NzhuykPsAJSI39TenR2KGneMexUXVXxLT0XXAlXGF/2wYc0rombNmFUzJm+
yMBDeYZVS/1YlsVNQdsOZu0HoTRqHHAL8z6ybRrED+pX/OqS8Pgg2lBa2uh5E0ROwYWlgRBm7RIold+
nFgQCtL+hq0bPfTLudkXnhokdg++3MrfCawKVUh2w+KoHgG7KtIqXaoqKbCgm+
ecHZL7MN5KLEpBJROyYTWLCAHrxv52eKSsm++NO40Vy/
ogRxPl6ean7nAKeUnR6yQ3YtZfUDkkZikx5Br5AldWpVSX+VMFDn2FL0er09/
20vxPSoSwwiaIBuO4Ihzhhk7dR4oxlX0olGi+TEYQPMvmSSotFfJ+VMwFG8w5Jy+NWVJhxk+C0Yt1/
15ToEJUnBdtDWlEK9ehM03JU0EWdc10+sV34l7B0SolOkATzmpA+s09OQUZle8zcSi4Gh10FgF/
sy3YV8Srb5W0oP4+jKjBjdquFHvRCkkL/01v0D/tVSRALwt10puQvTR1ZUmAxQmdAg1c+vk5c9D/
La8WJHvKZrYTggLCDLPeF5Hru8Ndr3ZrPOuxUzoXA+ClXv5m8sipHqNvy/QaA+
1deOt53RtRVtXLLmy62XebJY3BRzDdNxe+CAWWPEGGBzyXz9zFilBLawXOE6ff6Iz2K+
hZa8PD6TWoa2UPTYELpaq64UB36FrMXkLUUUph3hkYp9mxPYWs74Z0BTb0AXfh/
0ha7daUu0122wWUJgrtjaLc4MLEDjzLbCYYS42yReRM/T+WptITCjBsZ0EuxLgYG1uVTobVlu72185UbtD/
SSYTFBzLpQN1Z/CSU2eozgtGSsDiestY2GjLc2N2lMviaaIEA8zJ3q6zhiSXcZ4GQXLSVzzMPs8WDo6qet/
37FypGHnu1wXTDixH5d7ixLJqmtq/72q47uFyZCSgLQEnKxrfAoxdWRWh3FdMbuUJAr15Hr/
t4Zx4u6zVlAt6MmAiponh3ol9C/
jPpgnI1yLfeflBrnixuixuPTSANv0hKdA11fB2zAGHexVC8oVoS1WLAqvxNomQL/42srp/
QBAyrw8kIYd47pyv4Ix/WODWO4/dK126y99g4U3sSlfFBiGPJCk6wORoJjv82Jb+wXbXzv0/
2Cnn5n02a7aHiqFLhbVJOn00VmlTbReFHq3N//6Sqhq+a7iX5bQ2+zwEX9WhiECGpoxfZ+
cv2au5ukwhdrvTrMZ5jdoi1DfaqBfsWHb5YaJ+yTZ6TT3MP2kLc0wQ7gUklt7OGX8D+GyqzA4/
FPKrZjVPTnbDkBKI3r/3BTY/tzmE8CITqaSYtDUgtxPm9yR5PYRCrdKxmBS8E+KJ215C022TjeKV5CoHu0/
3LDWELBgEQJdTkxRAdcQvIPx5GjPMb/P/J12G7jBWj+NRbIqR2dmjr56dthrUk1ch+
KkePwh0mStCHhYECmQ9s+
... lLdXAyKtjVrl04o8IHLNBLvHvGIcmxMJy2HT37wkLVEV1VWZRGcm30KfR98lenOavWrrfst5PxDYSXUP8Mt67
+l5+0FRfJeDrPstdJiuzRe03fvnY9Gx0JiB8tz4iq7/44Gq+cvK5JbCyejigf7XZ/hZnmtLtbrjTLailX9SM+
M5pPdOLCVjDQdI9cG+mYxgAtnz+YAIJy3cT4r6vSMUWmXo+ytvEryEvl+KRt5DVkXrbTpFdBIWkWE3e8m+
oepEErPeAgJjKKNuNVGhNKzngE8dtUkg5y7cQvcSWXJ+TRK/RKeBGvC2pfGJYyKuH+
sdIRrCRwOiywywL6qITz+APuArETojYCTBfc1N9fU4Ukm0NdJvat3WajbBPt9ivsEyS27ioimApr1MIUS2u6+
Tv1KX02IaC390YjGLRQ59Em+/0RCw/laKqbWYTpI261or0GBewW61Pq0MnOJavi9VN9Kfs6mq87/62EqMCosu+
msH8mfUJqGjOIHoSZZW1JrJHm4w6/U9ixGIdUL8Bw3CyX4JyBR+ce79xuZHpe6kuhPy0D+hyF+BBB1TvsZ+H+
vA05sZIDc02pzSIr4RXuX3Pe2JCqn7mwfnP4Jkrg/
SmlhFs0XiVZX96VgmdGemJzuw2silZmbpjJeZDfCcvkMVwGNtVNTm3YhPWoyUlrK3zdPRWAb8oCTHrHGJQ08x
LVz8kowCn1/vmKspdRkekQSqqujgWseH+/L9VsIUpm+lMYg1yWOU4qVF8gfQtQFT2AfNoPkz7npgZsF1/
6qq37ILprYaJQ8azzISISu2SPSLyu4x+K1XvuOiMVyDYSE08RRi75Ris+
wWsxjD8666Mp79zkK3NLEKfYekUMXR1R2g1x1kNI23/
rMuKirXfHkG2XB8ZvPeJgpOS2jtgoi9sJzebHNtkHlIZ2zZ2D9q7UbQ+bNSqxFWoD1Vju1pe2xo9k/
wej7791oispEhL6RM7ODNqbqC3sg15k+MJXgHaolr9gO9Y56tG4ZD3MiZETpF/
ZY8PZRDhzH6fE0TSSsTJm6TVtAzwaH7GBgHdo7rTueghGY/5LVutDs5IS38+1U6PdiF6cWMQ3Bc6vrqR+
p1ESoxHDAXlltUAKjQP5n8xau6UB9SMb8+lGN7zWR4E555CwfBxMI8lWkFxLB4+
ntwHEilK2YpUOVVctXR64t5WS6BvDxIXvHayh8Ruk6S1v1JF3y0MyAG0w2Y9zVsjsxc710ZGZ5mea3GUt5rZ0
+HY3HTo+5v0eE93ApT6Q+z84gBL4H1Y3+ThKjkc8y9c2f2MQ7LFv5DHE67HRYXocu9cMQN0+
3PpkZC4Di2UIuaGCEQuC3FEnS+YYbE/R4jHsz53KO+NIs/ToHsb6gpad9SKoTUOd2/JfgbqvQ1bbU+
9K6YdbwLAoyjkWYI9nRQGd2WiyB/9NVe1Sp+
OeSEHgD0LTQtUiPD8tYiFqIv7iV6mXqZz1bBPQpEqpOjPZbirMfxZrhnl1ZS4TNiU3Q/
hCfuuIX4hpndKnS8qdAAx1Wd+
Iqp4GI7tRwekqUKjEr06sxQQjGOEUMvEVuHkKTHK9oeZZmB981udDbjqkaSFetWfDaf0tinrR+
yUGMIEupFrwaTsBgeDyCJ/HBhswbN8fvK7bchhWnnhJGzZV/
4YgcNQlMCwWxlYsaqSDi2CabyFrj2bzWKjyevLVBNSnMWn8t3Z0QaYEpTuKayTOp/
DwMI8yoKwoi5NKVvwgCyY8+OCCnVDwltbaQ5yXlBKQfia/FsqILoTwpU8lywlaulZlcb+
tF99CeV2ZjnnueUNWXeT2Yg6pnblR2XDGFmGFMqy9dpAzn4c7UzQE365tmSN72duU3xF1o78Wjd0eIY+
gVzWlTRs/I56G9vHdi+VngaQ8RxwnFN6Joln6Hd81oBURWvwILl1wsi8RogLfhteP8xtb7mrK8+
LND2tkUQNkrQJwY1HifrV/oHowPHK0IF37PbuQB3jSs3XevHPkNd1/mbk3C0FCxzmUXXHjJE7hS3XpSU0a/
kbuYNr/T570mUntftpIc8zcp7EioYz+3ABjBQXBloAMznIJRb+
cHK6PS5b06hAtuADMN23ooghlo2IuVorqAB98bZAEHShXPMu565mrXvdFDf98WBhYwvKHBhVcCYhCaViG1Tr6
UwAELBznx32l7vpuXvOZIXkC6pgLB+
uMSSYgjDwmgMf7ZQWkBdRHUUuZuR6DPK9F8mkblLIJP8sFGeJQXRM2AKdvYSrS2cWVMHUrvZYhEWM85bOtXVI
4afVyDMhfT/0MRTzb6+qtYTScPWD00+JKZXcrubpj4z1B5NsBS20E+z6ZupP25ax3Su/lvJZZ+
IvmSAVjmmQJKCTxTJqPOaUobVBdUdRqsU9MYVdsmrQ5TVByxTOI/DhVKJAJlB7qaNTnKtNBm3/

22602... XvRDg4 setg14 oJ8eRi7yX62fcLPHNvBCHdUePXnoRxISVyyw5bJyX3KvqMoVAp/
YO85xWEl0ZFXDOKZsWgCaKvCeIY4QLeswv3biPN2RWTAYiJ+
RngGHs3Jcu0nlReeijgCMVpqNppVEgGR9yQ2bIT+YB8UW2cShhv2LEw3kt1hu3fYLVO6oV+
UHtrD7Tu1bxUC0bDf+0mJDbDbMeyej0tfU65koGvbyA3rT/TYsXWSt9AZRkbYtjRYznUtOzbJVT+8GXD2U+
MsRbXS+024pf1kJaHO5hrO1Or0H3x3HsIjxbKdYoeTrUxheKEOkaQwLcU0+gNCiC2LiYMj09kS4+
9Pm8Vp5pWK4UwpxnNBDlq6nnH8l51oTY/lcx0HPG1Bs0vsbuCFb+55VyX5XajJPm5efm2bwQ4t9TPihjTdML/
KrDDpgoCNA6bd3LaVmxZNClyW7c/ZfJTK6fW/FQRdhx25ress15O+
dHWm0eYpJQ7LTuit8gUPFiFBW4TDUcrTjPhWLDGB9jTDR6CePkH+
7MtSL0GG6KcUH57UMmMCB831V3OtDkgWzGoNhN1OflPxPLMyViHc5bm4kpfVkqr9XYMCFaB+
0VFBhrgUZKGkZp2jr5pRU0ZnGk5qIV/a7VTQyfSZF+
CJQ0M0vJgX9MTvmvPDBLqWsgts3UD7PwmqciJhz0Zk17w+DqZ2Wo2StWM/Ul0/whStX0L+hMS0heLzQO+
7533eLSCWuaSTAO9PxiUHuxH0/lupeF7aaQ+HYxc4uRe0NchWQ7vK2+ViEsg3A/IyIf+
8PcyizhwpjUlNlH8IohgeCiTeDS1SoBrIlxl/MnxQFwzvgGWEKuxrW/26N9rZpj06IliUAGHdwV/do/
HuvaLgLEXgu4xJDK0aWBuW3ky/M/lG/J0qDMPJI7tOQlhEbTxazEcv+
OYp3neDoe04veIGDR2lmBDJSnnGBkafVnrAJoaBUPUej7NGlekwC4BUb9633tai6HzZIu88ZpZCATruNS2PJW
xuwhCMxnZn6tQaQFa6//jMbVWvr44iPs70FC2GBj7b93IrIvRM56yNgIr+
8DKMWE7xeFnnLpqSxruc9ePgvaQNaQ6EwFPunClb4399+
kGyFSmaPbU9DOR7jWCTXKI4iqTlFbignYsHvB7J3N+
Sf5TYuXKeBItGA6ZvXvcasICI2urMF7MXlp2AyIuykS2I7qPynCddZl1ZlgbG+
HWiW7l3qFGfyGo9hbYxPjD7rAGLGlDkdXXTDvXdYXhnmSJFuNlyw5Vz+D+0heFLz0+3EfbCaqBC4l+
Dc0e056lHxqyaBSwOMDoBUxoQIYeelNJ4hrFXX6mkgcp/gHIbXNsLhl+XdGb1mhMhAg7Ncqy6z6VW6uoHVGkj
+FDnXhoRKpYLv+AX2nck1j/2hUzNhr7aOZ6TenErT6PqolK4VCfWwMz+V4R9ulhvh9RGsztSmqcBf/
D3SGkT2xSB3i9A00TvOiKTRo5TiSY3/pbyOfy5Ww6oeTvmc012ns7yEi3UQre8MGWK6qda/mTsrLAB/
ePAOnLLsFwRSs+pq6OW3ycV4IZja+capj9dwhcXgWtCMJVnHOc6WY3puxdDQAi/
4bRECx71sZoqp58JJIPflTJvt1i4QDZU5UJnIbJILa+HLJ7CJTCjY/
2yFoQNsj6NzoYK6ZiGu6phjKTyS9jYCvZZpjirio7Iit88mu0Nu1ai3Qj6rTTUnjYnqZDIsABlr+
gllTDA4PHp8JO77+/
MmjR4ucBasUhpiySNnN5tVaGYwdq3x8zRydVtCjqde3SaRW9Se2BfW02eQO4rZrJRwgjBhXueQRaKX119lYEtV
BowgGV6Y0HkevTuWg4PG0tJpL+
HIAJJLECbs8W7gMV96RWRVdbBzvigDT1uQ0DDL6r2nRogJmcJilnSqcYOdNc23pIBBHa+3YlHK+
Qivkk9Xlu6J7o+
NJ87DdZs8PPGrvLJeXiPmLABCDjvi6ZtPw5TQXkduv5eeP4eChbfZgk8waZHOwBzFkBQP8HFvS09Dc2Mz5xp0
kL/S8w+ilGL+Li2diWDF3s4jbRqlu/NwoXpiRY+kLojxFYDpUz1iVUZ/
tGRxwaACpBrp18a6EV8tkMvtX0DDUnv/GoOmr1nEar++mZ09JH/bjvB++
JsBUbVFduQFfbrjRCVptv2061lagbN401kV5mq8EQVfpQSyeXwzSDboxqyHXr6UVX19bm7v9IPDNk2G0o2e8P
Hi5ZKgMZphl04I/pn5qduCyHAt9GNlu0BCRwz6Ozy19GYWxbybN5cvWzFMVYVKxWhB0aah7YoGl16K/
TGWZ7dau/lsup0Tqxns+d8AkRhStXPPHDwQkUGCRpP3TATuPBgXgwttbIxQAUvtxpbWh01aO+
C64sj7b9hEiK3VVPkWZwAVK/hEtJTdkxUhtFFBUMw/yyvT1Klk0q+YYZbY97o0i9++
cQmultFOsEntOltqhXmXmXZRQjZz3K24L1LubDjueArOnEK7x3HLatG02w/
Ry21XTJ7Adfr3YeR7hwttQwdpniDxnZkZtC89oQJiOe06NQHDEcv7aPfESD9xzPC1SfOz6B+Ld9UnemRU4M/
ejYmw2IFI13K7UzNOMAdP3ON1GJzR/1QwjAl8JbMKD0xMwnQmVyCFWOaMlVht/1QDnnDopoAWyzhChMgZY/
IfJbxC4CruL4HysOifahsPeUiGeGByTCBXVIfg2n8rwgesMPQFZFpDiGyDPhUAveap2KXyv6E69Tpw6Sa79KtT
P6MP3wi2ire2d0slDQAgMJd+zHL8IqAN8JduhXq9eG0j4+
hwjeZGmr9DPU0ukno2n0JQlzb3qd15hcVYPjvnHamDT0yZ38M/WIyw+ffmpLlxafbRrodDmRer/Pmn12Qgo+
jmkXmMKn9HagccuxU744+lC7uhMY1pyLbcnqi6M3UP7NKVOW70V95q352sEhD50JdubOCp+
uWghPmke8fMrZNKmmNTGx6IW5YLAQko3y3MT0Ja4cyZncMFlDB0AyMMzTRgtTxgMGZZbJV6zz8Ozl3T8Kx4YJ
OPhlscAil2JtxXHol2XyDXuBoSaAMIBjdGd6/jApgQxdR36yUa5Olsx1loQ5+rB0NoWKTs6KDcSDG3R+
ihDtiO0n89WqGh30sWDqaASOFeThNxSmTrPTz1bjVJ9UWn0B8rmXPbzP33Y6xcheQbdwn8c0KjGUpagmdoqq2
VqntNj6+cwYLOqvhnVviDFz4mUjnvRVpDkvtmNOdNh3+5Ref3d12LZxZT7fBKiBTgDInwcpDD8m+
6iM51ltty42i4wepNuy8eaSZUTwZSsiagK6CZ8eoh716rwmxHHvW/wHOVQvlaSUL/
gUGwpPWb3J3KS3yhqjq0TnroNYCaYbZizOheDPaXUSixcMAA4Lc7stpNmLuDAj3+gaMfUjqQCZBoEAe1P1Ki+
qdSxyiWcCd7S4N/k1hoeAJg1mP6BzjdNf3/AivBF40EAhe7ScZiF7qpMUBeNWD40wIqDIh0vJOqKg+pIY/
25nV0tCVz/brirOtLQ2xI7WaHaFcSiydOTq4Q3GDiQq28pUXnAl52yNycU3lIRwsqO4r8E+
x0gyZjJOU13JG0FXt7jNYixgx7r2UvmFNlmLnYjoYpBtG2y3BnZLxV0yEA++Wh+
8Zn6xiN4OLgDAtKNuh8lZcsMXVdW0K9Njf+rPD64O8H8pxhFnMSPScjSwQr6ve4HNdRnjwLCGCTkRcc9862/
thpK8aNgnYVQeopQI8QM49dsFJ+
Wj88v749aqbjXWSYE1HYQwWm4RnTAtAlfCo6QS2TCPJcCIO249hjErAVEdfnqloMP7gZlSE3u0NJEIDZO91ea
n75Z9LY0KJrLZfN4J0Ga/mjnBooHRYww5rvVayH4XRypMWYmS9+Ug5lp0iAUOeDlHqF2IIKAUKrCDRvDQ+
YqBW7p1FvtZ39cNeoHxwa2IIfmX9C9Q3nIfXPl2Kjim6Mq+
ZfZxZaz59MrJfPC5mFiW6UBzkDihl4HDcdHmoPtWqNl32BdY4zIb+rretkaUsdWsJUHOTgdGRmrn/
IwwBCi33ApNd+bhR/b7Dyk3fo+utNJFHIuR6Q/
nXzqEbGQhqjfYjf38N5VkZcCrQPDJnuKgZimRBzkvJvDmRDdeza9BmIw20Bf1xAmVkBZ25vBXx6KmpvvGmc0+
jVIJKxci9xOw9yllo2kY904DfTx70BfqpJU0EmIpl90KGySo4qqkjHIKW3OjtC17U6O4ruDbM3ctAXbeFoZs4
L7TkR/IhtcS1HLcVDUuxo25JRZy9pgpyYoPa4WGkUbAnIsG0XAO+
r4CYl6BgBwQ1ASLaRXLFdzlQLs9afgEgJxTnRApYc/tEC/O/pzkoZZI20VWCGQf9+
RNNYe6w3CMDh5Ro68HOSXWvHUeK4cBDbZXU6mnKXujty3XhPRrA7VtdtaR2HkTPEXyUyr3EYLIlRaO3XSoMja
Inz00IcCcBFud2UC9jeBSYjsSCELRogHD2Lv09yHXnCzCvsWVG5DZB/Th2aij4AHaSa0sjuMrWi43tp+
XoCxNM9yOPDiEmFD0qm7DDOhrd6vmrcvcWwFCMHAnt2r2R4xhdIJUY+0d8dz+

22602... LWmjqzfnruCxXYjkRqve4ukImendveerhwSw61amLpl2Gmrjpr6dwmN1AhPuFE28vgV+
qAwM8n9EmkKVqx7cKEUVkCGN5CoXEDfnWS+F7IA1Dnkvd7JSW/t3maKRZJ+pDeqHJKxSQ40lnr9m76f3p+
YtV9F3G9dmyWzLjPWKB1p41NJqX5tRfGIubYCrqsimcL3RMR//XYHGp4QSTIQH7/
u6VIoRKd6tGwgJhcXedfdQQruYO6Ny2DgCOgWWx+CO74wk1/91GnW1EglfWu1n0xFVVwqGlt3LpmWN+Y1BRKg
/0D2j4va0WllB4Hf6x5TK4fFRogkwm5RiR5wQ24X8dHD9Y/
HOpHc6q4ZV0rfRAOjhBaKB2HcZpjglxz1NbmnL9UkPCdEf3BQ31dviFj7lH+iLZ27ca/
AXcRbXzT0y3ffWwg2S89LiGDXYKk86AJoXp2CwMNCVZ9g5jIU2A1nqku0u3vqGH+
cRln7V5fkA3bdNTEBCsTqYu/sOVmWg16tnRBVq/Y3t5kb5/yWMkRe9/
EbtwiVW59UR77qAyc4WXkCMs2tNH11t6pcsrhiEk+U4aJPfZc04txi4XhFsm2JYiVwJoIrNgtECFUnpba+
UOBjSy8Y1NffkfvHMH8KiSycEO3J8m/NKcqR26K6RWX8c9e4bCKN/xdmfq/X/KJJ7+83QH89OBHExd+
BWLuW67QRPhgrCS+ny6cJvAsVoxyqqx54fosXqaxu0nqYfDxjtXVasIHVWHsf6GNUXMnXbUZK14oi2+
PwETGbIdnN+qG9rEo3/0HqnU39BAZ+/ehDj27WvXgP7++vcF553rVkwFoObW+/5y+
PL5n2yWykQh0BzcjC3H20RWX8XbCAUXyXp94VCC+PErUc8515w5kxlIsbsJX67IyjAYLMjF/Suzn2Q++k+
132auahJIJFmr5bJdo1OSdiSOnbR8bCHwdcP7QaKvP/Q/YmcoC+O6NhdnbLUenw3Kn1qL76TLWkLA/
1FlxkvXWyfL9WXqkhqQdSuR6i9f3AsIiSMMIkc3zGSitbvgal8P1S9aAbqFCCUA3cDWEJfcNEZWq0DhrKwFXW
/nnJ0JKkk1qDjpCigbKXrxfwmfxBdtF76wgAUi+Ku+7TwE7s8YBd7LG82emS39zI+IIEN9jnawDjC+
FcURE2TBWCaqXr1oho0zAAAvfb5FGd4d/RXVAdHdXLStyu43/7YTBm0k9fChrFY6vY+
ehmGasl499YXO3sTEZ10Fg/jfxsDT6vrvhkQcZbzxpB53MxJf5DnY32YOsivEI67S9nw+mn5Y70Y6/
icNTYd192QPFCpltH+i95ehvGJzOT2gLepgXIROLeE8btXGb80t3SKi6b0mCuLoIcDu+IbjifPa8nt+
IX39RXhFEIqNnzMn63yQzOKhcG6vX6d72FDDcOaOCXjjfRFrKtW9EUKk022ADteheiXyZZI4AJv5CkdoulX4/
cGiizN0jhyavIYHP+zpztSWHkpgz7HD1OFj5b1yI11jpBk2NkdYiBZt6r1Y+odH+
c0hkT8Laz94Fg88Y5mFXXfbigVieUvVpuu6FdDA7QNVvQPcTNgsmdNSUhB7y/
9IKAO0acRCZXfksbInd4TtVY1/
3HAya4KSvuwP8cXII6D7Cwp5uATSXbMoOd0nJZPTYiOW41eXG86eqKFrG8782yl8GpB33QOZTPNALDVGmtrmo
qGFl/0d+xAj/VvN01wuRdGsLg0nsMEyifZevIr919Cq9HZM/
TfMjDz73z91UnmfEbShpXnCgnhlX6CUbJ98jMc+vlUOf6Ioa2E+FzC8Zq/B35nlSi+
HOysT57zf9koKISPujNtCaO94PbHwO5uNnlV+
CmNS4jWIcfRMC2fhZ582Ep2JQhMVNrImoiLF0Bwp66t9psa85RzzX2Fl19VqoARQ+ePQzDEOi/
Ch60sotI174SDU3HsjCI18mMkHwo2+uRLX7nHFfZNxV1zx7HtG/n+vr6/xxWoQvMudD85DbgFxMRhof/
H3XxavWXxzF0mOilanuVJkffu1d2Q0fRs2UB1SONAAFXoRv9a/vWyAmJ0IUtng5u2QxAtqtwN1OOSHg5JgShZ
/YnCwjj0VCt9V0D9tOfPrmPil3y0kNe4oprm7VAT1hYc2RmYc9gC6d0QwDmB9vR9iqNYO+
jbLZM1sitPSKQylBqLPpjznwKz1whN60AFPLPiwSYBmDbjGTbCZ2Q3MA8EDMXaTHrAsB480BSFoR691kAbmN
b5a+ycJHPO1OEWMoH7YuavhcPGgmM4cw16h7sCVPw7H8AUj2Kc3QoHu1hPV3wZi3K3gWWY9neYn/
hMSBRwz3Y89AMFtTromXk3gJSRAeJWPMFoD2OacZIWlWv8Ycnam6Znb9q0ft8bpO7XHXE24tHs42K70WGiVJW
U+wbqdII2uGVZ9j+cv+/rXSGJySc4OYOU/p3zPmGwv0yyv78YUsryBpF08201LYxyQT/
QHmTJI0jf8QBT4cRedUjLzlSM2dj3bF+To7fLYXA12dkRjoNsUFlunwAx1zZvaqtjHc0ahMoD9Ca7t5+
Cd1Mvwzr/IDJdUDEiyxquvR0AWTbMF5oNbQhmFR5PM4g0VI80kdcv2xanvSntNz2ru/SeoHdcSrvn/
oicjG915TLFSdwx3IBDzpItB6WMf5vD2nLRuuWjbhdKOsN3VyeIvr1lIhuN9uWzGoRLtpMNZMbsRHr7dLn3ld
HOHSaDL0UsRqNeAwXdkNB8tgkRY4LFF+NEHeBxbo+VIMMizjMox2s37+
NtF3pYcUaWmY4FcPd0yJ2nG4Hwxnsxjg0zcvRQpJBojSjdLbF/NEv/eQwTTbAzxCe7ENQN/UkMOkmEfr8+
ivaXfsLzVyoMvd7XLz5QC3pMHCDbB/BNvuEsuQ+
08h2bJpkLU2gdbSpLpxXblBQKJ8clITfabK44DV4OB1YR8csV6VtC3McZP0SSuOvzicCzT0DbF67wNcYs9ThB
On2xqG0gOom00hilV7g5G4X/AdP8OOjsCjD35Xg/l7aIeKCxw0ES0PwK8Q0wlYQ4Nf/
awOsHqNAAWCcYi7U1QYYjjyIGEs08D+uZi4J30AGrgIwjmg6+RpF8ye7vdc/
uNY6W3KQCawkJcXd9NokoJTTHANUahhJWdL4DPLiEaSUlJOLzaEuFIs0djbTbk7+F1Q+/
KqXXX8w1Nwqo6guvdNZA8gT500GCdaFheKd1imcf0iaPIsqgmcDkDiXX3N6WMaQf07hATfMSj0fuohQk3+
jjsqlMX1zKfTCqzQXD7N3C7vTw80QSCd4rksHpcC6mPA1m/G7Wl5zqdfY7FeG2b7Yz0Dnu7SqVtS+
v5zK2eVhxU7UHJLZHGATmH7r3/29PePUr64ItrnDV3CAr1rTYB1jWkkRAFM+S5sl+
mTcJDaU4eYHsbyMBoMzneyqjpXxItcfVAHNwunrKrFS0MPFTbVps7itIhvz1U/
IlAkpEzbLFdWdKZqETbdUfGfFioBsFeuSpA1G2nnkBxl4OxpMj1Su8m/vpU7efhP+L2Nls7Ku7cmhjB/Ur+
t5YGDou7smYfDBJJU9bjaTT9Ec2qm6S8XE4sE5WDbAvvT4Q+
2hEfQgfbw0G6dwyUrb05dQkudVWFOaYUzao6zuVVIVM5Xd9RRSc9f0So1aEqjIa4zyll4pqARThqYaNTzbOo
bKYm5qjAB9pgmGPC1+clsL6GBbdE8RbZmF8Kl6deUniJfxS+
drIEbse71nhV4iamQTmRq9taPVUNFLkcv8xmCWbmE7z+
GYEvuj9Jb0osKZxKVU38dIhaNg00juUDkTjsncDR7QNu31xd6bDjUx5AJnom0ry/hsC8C8Rq0C/
teeVKrn4rgoDA7pC//nptUm10dH/o/AiloG/4N3e3rn+mzfHJ52IVfDL+
BD5dZctrpi9Y5PLwEQWZPAq0qCnFwSP3Ix0zVDKNROfiVnFndqKYSYsbNvr8vZpL8K4gGsYM3p0StpZOnclH+
XeFXETiMYptYAhN//UZblhu/63TQ4fDySo1jOpUftW9JyqL/
s0JNzkLysExSgXSydXBV5Di2rYvFOmjAxjGZy2bR13XVB1cvK/niolhsLw/dCjsnxpmZ/Wsfkyqs4tDz/
A2Knv4jxG5mu7M6/XS6ppdLXXSc+
gnXqG083YRUDUnysBJaiwDZStpIMEaHutRNlns5lUIBJGXsnzkO4tL2u58RDH9IbMYt9493kwH4gkpfgMbWlL
QzuSbqyD/fVfGUdmxGsJg7Q9js/RLfuvXMgoKIE8dLvVjKcKUai5Jj0qUh1cQ9qPRASeNxgMu+
PctYLYmwP2SiUct2zsEcjw6jPvhNqLcMrjzrm7M3On4/0lxhZiwpXd/7WjX33hi51Dat9duWJ1lJZWctu38P+
HbCZlRW4s85y03C/
Qzb3RWl18BD4g7Lnuy4MX1OXXX7ME01rPtNFU3Rp0HGrpFyfyYP4tb0MtMAYzUzR9tZZWboQHhE+
dPW6PjWrTjQr3vUFkLaSsVh4vxrt5ZK2xDgDHEACSsbUixcdsBZaNm+NKY52Thc8fQUEnZ/
tI61KQM9AiIvRlaexDTf8SAoaOycLziI+QG9oRvjhqcSP3UZ0fpz1PGabRCRguA6QZN4D/9Md5iUZfx/
en92aGGRKLi4I9wI4wz3fI3EpALIAbAOS44xGZuX9Zbp8+nFewf7MoKZass/exGG+drmsif7fOd/

22602... SkAKc8FgcHb8a4V6HdnRRW7odU1YBPCk1TWB6JJ9RHSllHP+
... WAptptYIHj5aeVqqKHXqcJM7KepqGRRRU086jVMYFhQCLbAIGi/tGvwQrK3aP1JNLRBCQyVmXYNCUxVU+
... dZ3kF1tbZ7HLVj6RREVO5H+
... jZJjYN4WYKEZRYotsK0fDN9iZFbYElhts5D7F4JMINykpgp5Nfq6vByNz1BRpD0Tfok3QI/
... omlhfCDcu9a1K0GxBXUrtV5SxN6K+
... I3j4eg352vPk0SPh6reFZlja4jXcosHhhlcV9RPuJJP6pNC9ojerVjwfgre0yjXUXtQlC92F2FskuAWg/
... tuVtfwjiPfrUHJonwNcbWM54eWjcsAofxYbNJwQgFv7v2oAfBfjMOzU+
... m25OT8cnXVNRg1L89d4SEgCm4Xaq03sgTa7aZqrAAra79hL66/
... IEWM1FGnb3hlrmoami3EbD9BhD00UNRnkPT7YBMoHGu/
... sGBN7XrQP6mqB0LBMMw1NOPby2kwb5W8JaSm3FK6jTZlc6u/rgBsJ+JoOoGNqL/i/gio4mFStJLRmfvis+uc/
... JVfKxIcZ+cKksRov+Gf68qLCGGlPd4c0jYbFgfBjnuvxffqPwMP8FTJtOj2kK/
... KR2K2u7IcaNIeOzv9cRsBZKfOWEb1hakNrd6fzjL56yuRkR5uSOSEL6zGNi18Lo7J0yDvk6baFjCVI7mp+
... ZqggOdfdZVkwJ9l6LHcLktlIl5p8tXZCqjpUvhWAll0ZL8nZtjgMcKUsYvHRSj4/
... XHj6ceE0P3LreLFHLk4JrcloYme16rupC17k/FT+m8j4vrFGRuQSINyv735UHzxQcuCfqIgX4WuiLvH/
... kGBTQQytQZyAEDR1WQO0mHUh95wGb9TPmZIc5u8kUcuQpFoHExfJoJK+
... 9aL0KLChAb2FUWDgrkbIN33Q1alK035sZtojf8xMU/tQp6MMHMT0FMC10K4H/
... iLSE11uXFwogiOx364Nnng7imXQv8VQ6WoE38sX3PDp3sm20ZCVx5FJkC3bUGdzYx5sUVG8wJvbbvhRh664iW
... ixkMyj2Cb2TMYrkq+Nrc57o/a+
... HCeY69vTkAmDpvIpwwNjLSIOeMjGxWdikx6e04FLdzS2z3YVDEWT94jiNnxFO9UUmNK3AiAfzDRDWVzGhP7KH
... tsRBmRxVa6eMXs+RlL8wRwz2NlB0mpEcNAfC61J1H8eop4Kf8B9yvnoyYjHJ4uzDQD5NYKlKQnX52+
... 7edpymw70Vn62nLovSXViA42j9zK0mSDvNM6V2GofvY/
... FG6sd6tmj6PcfFzJ7IXIntKKa9RkMLZzaSJwYTqXO3eobgfT1IhhfbdmhnCIL/tkyxjdbJdnQFf/VpDaXX/
... JAcNi8+
... F119HMmRTmg0HkCYNpn6V90AgPQLdjZZ3VE5AThHOkPM4lY4cSrn53y5JAqtTeSIiDQwVzx5n0uwswKuQV63Q
... gE9e+IL6oUtYpIh5qQsblKuk2xla54o0DjmlLUxKRtHXC6gwUaXSNaF4y7CLb3BcuIz7kVH/
... X8whDXp1cctzpPrS81yyxriDEVjEBvEzVYEa2ca10pPKoh7gFZgzK3qq1T/lzLgNwupQTZhznNqN+
... oHpGGmVwAK0u43IUZOD/ndDZ1XWoK7B+urom56xOrEMHUbpGPkE0RjWZQxJtnKUNBDDbqxl/
... bfFoJqOa6uPO9A5gdtgH0Ik70BYB0v0x9IyZugIsILv0978a8L68Lftej+
... 1I6Er4wyFI2BJmRChBTSKVRAFA9M9KpTum0f4x3kMp+o+xPdbekcmhqFgymdgDZawbLU1mVC2nU8k/
... gj3b271RMyDTSMV7NxDKNDUP7FuBrDGPoGDkk7VkqmjUJHsmyIXWR8ypaqiwoZpc+
... Gdmj9FPS26IbNBmBTMX8stXQWSBWyeVALeHFDTroR0hExawKDzl222en4vqbSFNKsJLjFzg0zgCd1Xphk5MHg
... nBbelIyqXU9RVG3jl+qrwnPelmvwiIvwoJAzc7va8WAazoowgw51xEJLI45P9+z0IwccdW60WxpM4iCA+
... qvNJE1wzbQsLMS17zH6MCI63MN9Q0rHbUgaMNE9Oi3ZoROCv1qlwmNYgf++Vjpb7+
... nPA2cciqkF1Ytr0IdUPYZYKAiIvaa9U6qux100+
... zvimqkiOzg6MCxFqShswEKQjcgHXcYkFhICUVi7mKxGw6DbrHletqNxOB7wHdiReI8XMfWbjDO6zrRJja7D+
... qDoVZFxcE8B2C59UVC3OngZUJXN+zfQr2LebyHXtHGgOrI0bGL+rMZs5Ns+
... W4sRXSYU6NYATo1PwIsQlMjXu8kNMOkJsbA9Xi3Y4NGZ4jmL0CGwUDqNurqGV/U9f/
... WFx38BsMW29zUGduPXF0iTJBx81QzkQExQvU2DNdNc8+mtuAMsz4BT8QlGYA5GjnKBEFmPMxAF6q0KF+fJwH/
... +KbSnJVmHkCpiEo4DsPxsR/Qhd7fgxgTS5bLo/
... B5VMd5mEst249qPKBI2YBpAg5Mv6oGELUU65k4zRg9WVuixOD3BJBbbU8i0xBXgvv+lRXsmEPVRpD/Mf/
... 7uWhrMbdxsr4u/pGv0Gu0o7Khq+s7Np1mVMWrxToEIK+
... HKr1Xp9pj9oDaIEIWU1iQX7riTVhyD7a1TUWNeCoyCrU8IC68RgTwf/Cj6OAWKklUbqTXliVrMmMcnsQ+
... mr4UF8KnhC8cWQ0MkWj981m2fCx7xaILvX1E0aPADCbcDQs9d3Sg9gvYKr5XgzC438wLbSc+y4fBKe5+
... oYcrndALxAEWpJGnzrnMbeuINQe+rCNKwxPsAau6ySFm82+
... QvQEz2Qj0jx4et607uzhKwuWKRx9LgcKWZNcXZ1RcwR0ZjKhY09jE49IVKvsHbwoPc5OYqRBFvjjLe+
... THq1vq7YTN/
... 5IvFi38ibbAxSdktGPvJyaBhhIpCuem88qCoy6S2bQ2ym9xYPPyYkcbCq2J4YwGgYgUlmi3jinouwBir0B8M/
... th4pbh4NQo/6xrirc7TRrdqZjAYw5aNjxQE1rUPJL5YYrO3VU1fRdQifX4DURQ/
... ZHKviunypYG5V1HGReBbQisXTtP4UvmPQHQ4KU0F/8yI/nn/5+
... mdOigKBdpaInZPwuaX4TJwkAMnza2SDoHFkROR1PGKdfPy0lqGhTC6nvpWFyjQmf6CZTB+eYEzZ0YagC/
... h9wLz+gVcn3HT/s+DvxBQskYGHP0fPogcPoD/byOwuTttb0YpgU2wp+PdEiraauGJEl+uSGYojC8RnEC/
... w3gZrHcpmycz9Lvz/32KAJ2of7Xpq/OYG5pf8Gbp/DyiPXwuqftdRlnSyNRIIaWi4TNFexJGRO+NcwcpFA/
... PASKOdXKLV+eA5W2W2DJxstbGp2HzSw7R4nRvr8jfXym6D5HNSBkhbHJCMcBoMaD2wWll/
... FNQVIKi9nDXJ2pwoTDLV4Duvosm8n5YYRrGq4CW55KFn44v13KwrUSwWuAsbFb6zRsVCeWLqEgSoLgRht16vRV
... JNudvp1u0DuMOI81WrQx13DCXkURsh6FweQgneREirySeK+TwAF/
... aloFBxodVZLFqGbCd3wVwCQoWjOWuKmJRybiswxnNL1icgGOK45ZdnVhrqR/2MjPLleb54mwKLI3wqK/
... s9hsRVuWStrvMvEHl0iRQv18LswC0+bNsbMlF2Y7VzGpFj76TyijVxgvSGrtQOhJTbIiz/
... 0Dx2MXEjezGglktgMmi745rNNQ+NrXzl+MgEdO4lIWhm0cS6UDFxTIFekhZcaC8zYB/
... 6qLubjzxlNZAkUxvlbH2x0P0EHS3sAZ5uKkX93FUMOF6QaUrCItx41xHKLHyySIFgTM8k8aRxM8G0qLbEzJESZ
... rRdRUGWWw9Jj31tjsr7C9CZdEKiQOhfbWznxIEIlZ7yZtHdsVanc/
... YzfTK1XPTPqy1JCb8qJlaknb9azeLAvKEppLw5UcucGTyhnhPM/n3utNvkusmb04+9f0AYY2+
... FBRzbdOv7cCglKxKhcqlnuXlId/Ppl6Bth2LH0KEStCrsIwfgO/HSkclbbwfAOvY3Unx/
... DMqCIJqYACtiHoOQdVfSk7eUpUHBc+jM/bqLbz+pxvbc3tvES12S35Alq6p+
... PBTKouvYXhhGZ1rJiWmbku3nhPZzXStwU0Z730N0YO+
... cowFWzVa848a5XPOlHc5GmPhWGnIBWZ4kp9MUJAWd3m6TOznSXvrCRJk9VD22AB0rQihwZRTO3SALvqI8FYjA
... DCWUyDqpORN6WKQDU38H2pMj3Ec+XvmT15iiCrcInrbh3KAN5oV7u88tdCBykTk3k437K0TZtMx6B/gK/
... 5qYxuszsayckkpODVUpy6/9vaBhKH0TdVHcv8h2GYf9bWgZLUMEi8mzw/
... Ukja2QDftWIwrRFcFAPXv3TzgVSHSw5UT2nSN/6qHcoUNaUQoTU65MWVqcY+

```
G5YZkRoQFyU7uiFiioskFazmWJrvMpnvgxKhwsxgh7zaByitdykFiX10U1yBqYoBEw09VOrBeCS2jwsXQ/
j4JyBepWt6Ol5kcQAa2EqVfwrOK1K5Bnz/
Hk2blpLYPguZTTVL9kI9UI7PUzqeibp7NgU3yQ1sC7ovBhtoBS4xnENsxZTUj1xpYltMi0m1qSeXc3UmkLtx8
v/ReVtqhAxDPvTNVdx4wJCRUA4wnlxAxgyXuOdwBduAUYfrSXZw1cpwdrKByfDr8c//
bW3c7EELjs4C2df5z7RNkZa0qfRU5rtfEUq7bB71y0uFNqeG+8Eztpi5UuJQC7C7AtWSr7eq1+
qasGAquTmi0jZM2pxvYGGS3HD8jBHEWZHOqf9gBc3nT6gAt0XGs+8cxl+
sW8hT1KID6wQdbEr0ulupGLOi6h55bbQkDE9h1R3doT7Z79/yJSrNnwiUxguqvOPhiPZ1+V+
IV3m6IP9B5EJa6SPgI3E6JTlRis8iPFNq0drQ0YiD2rGiZ4lIqdnxOg0TvkGVuO7DDDuTjTc6iw92Kzb1/
qGJJlXzCHZcWUggyZ0T4HALs47XNxGtscWz9v3JYDRnpCMgDsImwOVolE9Z6+HF2ZE++
ltHEwWsVMtaqxObdv7Jysm+Y/iDMGr8bF5Tx3Vj9rTfzWF5xUxaPaLGIyp9Uk4nSKJS8BsqA0wLjcM/
D75EOfTdxdHLZrlbEOtyRMxqZSyjmQiBOHXUf1W/OM3oERCXiXEfmqK1QGic+EqI8sIgVfX79zHi/
aWcZ3owcaChrHAGR46cG7vCBUWiPNx0PArlcQb0VnKaicTsk3o0BNvY6qPkDqQiF+rcdWSn/hWI1+
NN7LgK0NqOeD4OPUVew59PH2kC2+
udMfXVYcqo9Hsw7vSKoko29N7ntMFVtrplexCPywZZM5lIOs5PYcOXAjwZswI9h60gphudsuHhkqCak6VRBtk
QVaKBPZpmVIjcolyF2WGRZZUHgkzu7FB5YhMBxfswCR+lecbUnb9Q4QRBtwiFb/
FK7JIBkLeFq8Lse3rhVDRvC4ZVN/MT0s+Js5xX1gdx8e7MZYYHTjiL91wdCMGxkjZx3aEs/Ejb2u+
ENEjZEO95Bm1ui07iRXuCZBz4QIY4T5sV+
9KBJ7ohvw5a5dKke1tgzfNWTzQ1hzKdklrdqac9cG663FSP9rICe8rPdF7yIFcoVRH2LlDmhQOI3BRYMH+
4vCjwDgacgVIOSV/rmmbf+vSKhx5Upbir672+JvLbgB9emFs2kXzo1JHXiz0qHojbxwMxSyiAYCJQRe+Tlz+
lZe6Qf3csp8cms6fZsjp9xl093AAIes4Fo7eFdLiIu1UI5bMyaL6VsSM+vmfRFsDpLT7U0M+bUgmn+/
WuwvrpUiOXESBS9DvlHi0626JUFhxnvsgUNvUjMxHTyNBVayi97dLJZfMJw9FZtXu6FYyFVd5UGsjJelBGzt9
fU3CEMvd/
trpn4dpQ6pUrJv0sMn9F6qj56MZgFzq1TDGGE3tqmZBvNj4kzkSfExgyuTvcNBSgIFKMAmyqlFwSckZUbFLeA
O3nySuhmmQ5SebF37Q6XELdZKq+Nm1ZIZJU6nfDjJhQL1M15GNM5DF8J7LuczbZquGfTQhc529WB7vlfCE+
MbuD3GT2/7HTBwOkf6y7oF/tXYWQ+j1itmdbgGegiPgDM/o7KxqdDrYpYKZ+hg9a/g8g=" />
22602
22603    </div>
22604
22605    <script type="text/javascript">
22606    //<![CDATA[
22607    var theForm = document.forms['Form'];
22608    if (!theForm) {
22609        theForm = document.Form;
22610    }
22611    function __doPostBack(eventTarget, eventArgument) {
22612        if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
22613            theForm.__EVENTTARGET.value = eventTarget;
22614            theForm.__EVENTARGUMENT.value = eventArgument;
22615            theForm.submit();
22616        }
22617    }
22618    //]]>
22619    </script>
22620
22621
22622    <script
22623        src="/WebResource.axd?d=oE4Yje4DwgYhIst0Rhu7FycpmoM1JxsU2l0xt_oR03NHkf60R78-
         9zV0qRi70zdIzUffeKCHqL34LFkh0&amp;t=635802997220000000"
         type="text/javascript"></script>
22624    <script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&
         window.jQuery.fn.hoverIntent) document.write(unescape('%3Cscript
         src="/Portals/0/Skins/BJWC/bjwc_menu/hoverIntent.js"
         type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"
         src="/Portals/0/Skins/BJWC/bjwc_menu/Menu.js"></script>
22625    <script
         src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
         =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
         Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
         928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3a2.717.40%
         2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
         4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
22626    <script type="text/javascript">
22627    //<![CDATA[
22628    if (typeof(Sys) === 'undefined') throw new Error('ASP.NET Ajax client-side framework
         failed to load.');
22629    //]]>
22630    </script>
22631
```

```
22632  <div class="aspNetHidden">
22633
22634      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
    value="CA0B0334" />
22635      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
    value="" />
22636      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
    value="gpUfrQhE7juftGqn3FT2Ho4IbWvhY+RsYZMrcKEYaUO/B/
    zhLKZou932AX4lWNJcFJop9jwkYpaBApcMUNG7a63e0lnUz7B6c4rZQSR6ZnFB+
    uRIDMZpooEqFZQ5Pp3Kz6pRsCdv2F5ZznOJ5N+JxwXxL9/GetNWkurBxZsDjEwtOj30S4Nk3lirSrdu3do9Z4
    /BY6Pp/7U3/j+ojVPibRTHLIouASA3g52URbfo/npaMoXoIULr7zxe/
    8fE32CJBWx8ssI60d3AUERQ0YEND0S4kKYeBHpBuKEJ5Tv2/nDkEfM8OJya2j+
    W7tIRcl0eADDm5VVfLcXYltjTgD453uULPtThT5Oy2eIVEDRjHpykJwVJ2HYgud91QVnFx1EtbuI0ictKIapJ
    z19efumTJDowm+ZzKxnfcM5q8uQaTjJVjW/d6lxONYHSpEUwyv00ERR1VPko+
    gbbgABuCVGMFVEddmCohfBtHMV/z34nmezZV14aqeI8afn++
    FtkBdz0ISwFaptE3mChstm64LrQTkkBoOvzqPk+2xDN+J1mTth+
    sXu5UVXmUCDiEb3d8pGvMoXx0iojBGGkOp3kohaL2aXsyGB0Vc3cC95kaNfOXI9WPGXzNLPDU0n6Lpt4hbfgH
    qm8TM+RE2AZSOllkOBZCfkHSwC9EGWbjwhTW2L3NnxpSPcm+
    lSnvT0UuBhIFBm5lNBWaYRuouWezwH4KJR5heD982usvXdW1O3FrwQIMs5E4B6Wyy4WnavMKTTC0qODaw6qpD
    Fv78wCX5ryzlSdBsdnpnj18MC3vd7SL285a3MDwSoOxFhDKSW8SITcYsmA4JUElmQ2PGRYYb98fr6wLBYi7v8
    89tg4hU3U9bNZDD6CLr9gGKFHMnkaHxbYoN7igporxJgN9cgMV/C0zrae2AXAD4ivU7zRD+
    pugKid6dV8osR57tWNui6j+
    FNd71b2BK1Xww7dNQIahRMGClfXe6awTgBX4LvREWXi0KSI2JG3ogCuhKXvktGsj80GiQEp8z8Vp2I7tBhPou
    j7AoM/PmBkn58RE1ByiI1vwGOLf4Dd2z+/n5dkJtW4/7AxnCLIUc4jFP5nMZGHFiO8/
    GdzpHUkqC6kQheIzO9fM45+YHWIUNqXDW7p/D/me8J2yPfgUpmkQ2Kg89J2tjjbzVUxa2bm1r1Zh+
    UFKGQWP35HIVdUmgj2gSVqqcvdu0lIXVPZ8mQxbtWJTZjjDGgJrggvEuqcZ1MEzyWT2YVZJ7jXMfyRRXPWNYq
    /nvYWZfyXRPlfw0cfwnPk/
    CPHC8MX5Zglk7AoUOM7CiUlnsI0ywVuNBaa2reqME6N7n7TR0w0A30EGunD5zqWiT+Mg0D3Cc48xbO/RxPOn/
    G0UP12dWucN3Q0WjeVwxA6HQSPAki8cXvL+
    r3Ae3ZQaDNnTOkoVMdocuc91tEjxHAbxeS0yfQ3CTyYYgo4jf89bLswLftro9uf+IiOiFDBcR/
    bpDmjS7GPYPaP01RlpkR4zRiejQS6D8Ik2nFsgEsUAcLljEcZFuuZTdONEgRGBea/
    05CkbSiyQWSLUp89WpWln1jF5I9vxD4/
    o8ayCZdVMljy9mLAwW2Qaoyb0YIkPL9e8mzkHochZEZY34U5cVQ3h7kNlLKwvCxFtOtcOy9T6UQabvkOwh5TL
    /qycw8L5WHDbKyh9fhKadAX0ANq+
    CDTFZai1RFlzmTIgtApVYTme8MZjnDGtgYBRBSKGf9Oqx7o3ahB4qfDyvWbg6x3a5KRSJqep/
    eXxvvLex1x8n206SJ7SpeRHgODIWjGbR/gT/
    uRCIQujFD5zLwYZePdclBW1hNutIVITTAIvoGBuPFEg1C6vvrJhhNLDmJPEMlM/w0phHXVmslj+
    3NhfX972Ggu1WLGY4WWIEkVAhfcRUO9YimgJAkZGkj8tU3+o9CAgaqlOwAACGraNBlbW2I0gXOz/
    bOCHY0zNZLo9QHgCRIHoKok278HqJ98x6jBNsO3ZYTEU/P9erWf2gJhVIbCQWoc88tWo48dIjH8xSnidscX/
    NW71xJai9IwGbD8IGPkVmBn3aYU4GKZoYX2mdqE+MP4N+ObpKDjXLzh+IVryTAQtFkfBTZXw+
    CLV3KDygsddi6HJ7G0dnTo8eayzuGe8Fexmxf+xy+IZcdoMFrh/yP+
    XQHGJbJgQ10whSIs7waj0hxpuZJCyi2BM4O5EA6vEBD4lPvd/
    zyPpFaPaNOZcJuigaboxLm5pWW1iQDiFg033X2AFUvN3P5RxUz6UI0YWuuefkEWI0xTaCM/k0OwyxJt7pm/
    HH6bxT2AvaMKLNeILFDvg8LVEHhqjLlFlIfGmiFwaoUd5JZ+
    9zVVlbPH3t23dRm80yi5I1Vs0NfjFRW2w3aDpolcTafcDzt+2I2seTdYIuh2hMXFpDhEnU4F4ZaFj/
    e0EUKYXtk13YvcQXPT5d5bbl5KfvQqFBd4jao2i4iOTJeOpGa8kiqsMbpfTAtc4FwKGfperFRuDJb/
    uwHtilwTpIpeLaHxhEiEI3ARe1wzdeVOQXA9oKuSwwdF/
    5GtPm6UtjpXwalbwg5LiHgHPLL3hk3U09FEABSw1trmrMEirQtO/ghwomqFUizU1oq8vudqKcJgIhyENh+
    uPTl7v+OsJZ8i2h+eJT5+G1pzNA7OQ4RN1I28QHgJ98x6jBNsO3ZYTEU/Jt4JHQCRvDlD4mGfYYCqRVkON/JCllpy7LtSanQzr/
    dUP0YzRXmzflzRc/gvYwvSFwQH216lp4KHKOrwylqBlgC28N9+
    6KN02EkR6H9rq3ZDEE1A7wIjtiihwOG2nkLYfKIRgRvYVx7TYop9+JN0TwN19/
    3Y2kPOQRnHTw6DhK4S4LfHmDqGefOiY3H1cY2HXdsmFTTqcVily6Fq8byzHSeHqZffcuoFr6JXMPjWaUFEYeo
    wfwQiJzU6JkYuMpEAb3eB2pqfcbs25xmZbaFuEmXnFh4yZFML4WCApgGUXJv/
    RWX6AD567tnlvXb4Gj2Fjba7WjGKagwSqEYxQAKc69wpAMNPS8LYrmwVm/MFmPIc2RnM1NRd83hbbg+MJDh+
    5FJgSGIw6bM9ctAzFayYYmqaP1ZSQ1fORPLl041hyYqKwBcI6PClgPf2Txb2CgL+8x5zjHm/HRxkfUifR9LI+
    2zU2+gQ8paJqYFP+KyoVXTZYkkOJL1FerVeH8SDlfmHceZ96ufMlhIfpCevwg+
    nkHo92GwaNUwVpFdbgPXiXXsvGV4c3WzKZdRxC2qhAKpvUbVLxqSWbI+
    tppFzFZbCgwXzhHLdGoMHIOi7BNd1Ygq5tjeDL6tvhx6YPN0b4uxrocc1F3+
    oEAtUIfj6tAf9NM1vnegQ1riaN+atRAbfMQ7xZnTOjHbm1gmaw/
    zrhgfVkeRfNs19tMfxxKZVDQvJCfAGRcNKKqImYmDdmwRvnvCLlGu8xRufRlBiY8WqSS9ElkTb53ttp4om3pk
    XBLP/nVcpNZ3ZI3SvH1EqcXq91auo9CmVsBrtDQVY+1L3Leks16ppVm10ldIjRfC9Uf0+
    uZSqErPzsBiM2cP+Z4/DicrQEtQtQAzzsQ9sZG5ZkasTvVWbN+PMoEk+
    uD4IamLk7lWikHIQLJHLKwhqHlcuXoEcp70sIBCmoN3hMD2ZSnIhrAzUNDT/
    mPpNyt6z2a1t601dQCOaedke9i88H90nYr08A7IH0cJrJhihU/8RRW97JUVEw2cTgoyQz++
    iH8VMPCHODazkuTIWKNARur4h+6xwM2l7fdF5hvyHOs1jkOouTRS2DXYZjUkDvh/QO0Mxt3HEK/I6/
    RjrhKSjbIlRmzEpo8AmamCm/fqW6vZKeINTmYjaMMDR5lBBXP9M0tldIjRfCF9UIjJdWDqdljK3zRhJZSs/
    Id4jSiMv4FotrVU4wTUDEk/88b+A7+mF6Kaivkxgaedhrc KCd479e8ZUbfW8beO+
    3225jImjf3ZMrL4XGD4T1pqdhCzylNeQ9UiOXM64H7U49o5AXMut68ds+lDIQrjKl+
```

22636…

BCS J6294La7VVU0yWadaraF71rLQ1UCVjABKadVWYdg9S
DakXOtxDY9egrsP9I2v4C7kPMR7N1SFLVpMbMkvPbCEE0hHtDgoWvEp9Em98Nbo2Whz45koqa5om5ZwKDsHN4
o3YRA6S3U62sHidQk2DBJJ9GaTT3YOdIaPGOxqE82GoLe0nxmyrofKwSD5Yqcvsenms1LCNRUkcbMq5uX5Tat
IF6yqp6Xg3GBJoj2KtE0+SZnCBdKTVV8jwH4Qr2jhVj1tpePjF/4wnI4TV/
2ReXOvMxHkT6RI5DtTle6mFjtEQIF/3JrTZwVtJDdc3YMTccwLprwNZJYLWy8Lnc+
xeABkr5O7IUwKncPjeVJLY6dCZPrNBlhzbkKHcCCq0K3LBoZcGH2SG+kKWhLfMNks/eCwEFV+
FmpF9S7dwJu061Ss3KhkKMuuxypMDojBPqaucNCnteGr5+d8Aak/9VzpEye8lkE3MRmIg3cl9+
NabVjwqIvc5o7DqPhMZwY9DqiEf8LqUzR8YsauXEWPflpl/
k2HFdS2bUfvRyLtQPYInwCk6kN6yjNfewVfFwrYNdNCR+VFcW1eT3Kcz1xACFrJMKS9/
l7E0f5zvXo57q51W1lFgG7H5fXX7mGJQgRrM52bKjiVLMDOC63jBCf92mBNwHHK/o0g/
F0V8p5jGePQwan7or1iH9WK2tKMI8FxYevrQRvSgJ/QgEmivNSpOD9QNxuZsqbIu/
9p94AiKs4qif5tJDVkVuxsxtNaBEwj6ilgzBoNYeDUsl1rEWrbjPxTEDbYe9zK1dF+
zXjdA3OdP3eijBvr03kYsXRFbia0TsdkegOiHnU+ilAhvOs0IAxIZyTW7GmyRtn6ahXFXwSpuNoJudA/3/
FgyNR+61mBYDV0rDhgtkYjDG1rH1y3o10iqr2VA9tZ2+
vzB1h1oiG5FdQlxHeBXYtTkGbMpePLM0ogAHT5hZYrdyPCh0IAbm10ODEutOuB8KKlEcwTUW/
nXH4UmPYjximqLM7tX71ltST8quSmXcmAv6X3VWUJB6XIQt7RXiBbZqJ+
a4C9N2kxaCek1g7UPMMdFuMwx0wHWYkmlxQnIqhXtW3IoMCUU1fQoBXiB8ziOf6JUWpQyqtLDvzGKleZ8RTsr
tlINOHSxw/18TDviNac0mS9+naKgXmeHyGVHtoQAIk0oIfq5fxMswj/V0zCMIfxVpAf2cvG/m/
ogwdq0fbe25gr/
tBtqYFynlRqi8yhEF0DORGIk0tC14xsNpKZxPNc09sVbpZRTXwUGymcajSwA69TaGIE8f2KdyD+
2gkX58XmujT4ekNJ2V9jJJUtURihBmrPqVRBpjIV6wH6RrVzSpOJmuTD+
mkV3MIfBQJYUFBTkdNBDzBKiiQZqOKm8hNZfDVoLOo03vuA6//
OvMnDzzNI7Pqz71D2Wu219ZAgyzVPBn4Ld03wdWth0wksQraqzymJQSrYRuGSHP+
54PJ0VZlo2CbRRyGxVLXTO7AOm24bUDvuDwPuA/DcM2yoFsFrVMbSncirPh2DQT+gvDoMuRa+
VzROUNfbgMYUpntMRC3xZHRkBK3IPUB73KodL351THO7tKZYzf+oqWKQPEVwm/mNpyOWrpPelQM/
9M9I7xxO6ukdrMzXv05qau0DarNrQjB3JUAzSkqtib359xnUOTdNgqB1XWpFOIXdmzVqaRDQuzoU+nic+
vSP1k1RuM2IcHVtFpNIFlDgeEDXsvtjq+W7Ab7ohhRtAEbOJrYV16nz7o+2oTFeulsmbYnBXmsrD0/
f9IRd2b0X7A9n7qy7cmY1LdZLwABkawRVJDNVEYcYM2MpkqnmA7qTgU/2XQkVO7hjskd2Bg6pEj6MhuwTTVC/
QViTyIEjpv3YyX9i6j/
SQZQspxbG0f8kpEmyX9N1zBo4t2ursoYn1U9WFVlNz0vIHGccRCnachFQcTESMjy4ZY3L1haHH1Jnn9GLaJgt
X8FFcJP+5rFMR2Zeh0LMtWfmkIItDAIi1jQIYgIDW+rAJHrxMbdOy6GQutwtKTSWpc8LjIOYux+
MuUWE15V04HVS0eELg6C/G0fTMXAyTZRFU90e95ZNSZtxaKraq/0HjAlx+ZN6B4Gb54WrUtVkg+L/
ntvuABkhox1tu8ng+EvN6E7XJVE6uYjZ4PqcLwYZnUfmFZaF3rUFWe8Ih00kh/DGX/
Q2kj128dDYssocGJL6Dp1xe5rjxkWD08I3oQbWHWDNU2LsHoQgvpedj6l9zlC5q58/
DDKdGfWD4Zh6oCVmrXWyyXfio2WsAY37ZGXybi1rRt1Ew==" />

22637  </div><script src="/js/dnn.js?cdv=150" type="text/javascript"></script><script

…  src="/Portals/0/Skins/BJWC/js/bootstrap.js?cdv=150"

…  type="text/javascript"></script><script

…  src="/Portals/0/Skins/BJWC/js/jquery.fancybox.js?cdv=150"

…  type="text/javascript"></script><script

…  src="/Portals/0/Skins/BJWC/js/jquery.fancybox-media.js?cdv=150"

…  type="text/javascript"></script><script

…  src="/Portals/0/Skins/BJWC/js/global.js?cdv=150"

…  type="text/javascript"></script><script src="/js/Debug/dnn.modalpopup.js?cdv=150"

…  type="text/javascript"></script><script

…  src="/js/Debug/dnn.servicesframework.js?cdv=150"

…  type="text/javascript"></script><script src="/js/Debug/dnncore.js?cdv=150"

…  type="text/javascript"></script><script

…  src="/Resources/Search/SearchSkinObjectPreview.js?cdv=150"

…  type="text/javascript"></script><script type="text/javascript">

22638  //<![CDATA[

22639  Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form',

…  ['tdnn$ucSignUpForm$UpdatePanel1','dnn_ucSignUpForm_UpdatePanel1'], [], [], 90, '');

22640  //]]>

22641  </script>

22642

22643

22644

22645

22646  <div class="push">

22647      <!-- Header : row1,2,3-->

22648

22649

22650  <!--[if IE 8]>

22651  <style type="text/css">

22652      body {

22653          background-color: #fff !important;

22654      }

```
22655  </style>
22656  <![endif]-->
22657
22658  <!-- Header -->
22659  <!-- Row 1: phone-->
22660  <div class="row1 hidden-xs">
22661      <div class="container">
22662          <div class="col-md-7 col-sm-7 row1Left">
22663              <span>Find a doctor or make an appointment: </span>
22664              <a class="tel" href="tel:3145429378">314.542.WEST (9378)</a> OR TOLL-FREE
       1.844.542.9378
22665          </div>
22666          <div class="col-md-5 col-sm-5 row1Right">General Information: <a
       href="tel:3149968000" class="tel">314.996.8000</a></div>
22667      </div>
22668  </div>
22669
22670  <!-- Row 2: Logo & Search-->
22671  <div class="row2 logoRow">
22672      <div class="container">
22673          <div class="row grid">
22674              <div class="col-md-3 col-sm-3 row2Left">
22675                  <div class="row mHeader">
22676                      <div class="col-xs-1 visible-xs mHeaderL"><a
       data-toggle=".mobileMainNav" class="mOpen open-left-button"
       href="javascript:void(0)"><span class="icon-menu"></span><span
       class="iconLabel">Menu</span> </a></div>
22677                      <div class="col-sm-12 col-xs-10 mHeaderM">
22678                          <a href="/">
22679                              <img width="176" height="68" alt=""
       src="/Portals/0/Skins/BJWC/images/BJWCH_logo.png"></a>
22680                      </div>
22681                      <div class="col-xs-1 visible-xs mHeaderR"><a
       data-target="#modalContact" data-toggle="modal" class="mCall"><span
       class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
22682                  </div>
22683              </div>
22684              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
22685                  <div class="contactWrap">
22686                      <a href="/Patient-Visitor-Information/Directions-Maps"><span
       class="icon-get-directions"></span> Get Directions</a><a
       href="/patient-visitor-information/contact-us/"><span
       class="icon-contact"></span> Contact Us</a>
22687                  </div>
22688              </div>
22689              <div class="col-md-5 col-sm-4 row2right">
22690                  <div class="input-group">
22691
22692
22693  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
22694      <div class="SearchBorder">
22695          <div id="SearchIcon" class="SearchIcon">
22696              <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
       src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
22697          </div>
22698          <span class="searchInputContainer" data-moreresults="See More Results"
       data-noresult="No Results Found">
22699              <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
       maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
       autocomplete="off" placeholder="Search..." />
22700              <a class="dnnSearchBoxClearText"></a>
22701          </span>
22702
22703          <ul id="SearchChoices">
22704              <li id="SearchIconSite">Site</li>
22705              <li id="SearchIconWeb">Web</li>
22706          </ul>
22707      </div>
```

```
22708    id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="dnnSearchBoxClearText SearchButton"
  …     href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
  …     ;)">Go</a>
22709    </div>
22710    <script type="text/javascript">
22711        $(function() {
22712            if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
  …     {
22713                var searchSkinObject = new dnn.searchSkinObject({
22714                    delayTriggerAutoSearch : 400,
22715                    minCharRequiredTriggerAutoSearch : 2,
22716                    searchType: 'S',
22717                    enableWildSearch: true,
22718                    cultureCode: 'en-US',
22719                    portalId: -1
22720                    }
22721                );
22722                searchSkinObject.init();
22723
22724
22725
22726                // attach dropdown search
22727                if (typeof dnn.initDropdownSearch != 'undefined') {
22728                    dnn.initDropdownSearch(searchSkinObject);
22729                }
22730
22731
22732            }
22733        });
22734    </script>
22735
22736                    </div>
22737                </div>
22738            </div>
22739        </div>
22740    </div>
22741    <!-- Modal Contact Box on mobile-->
22742    <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
  …     id="modalContact" class="modal">
22743        <div class="modal-contact">
22744            <div class="modal-content">
22745                <div class="modal-header">
22746                    <h4 class="modal-title">Call Us</h4>
22747                </div>
22748                <div class="modal-body">
22749                    <div class="mBtn">
22750                        <div class="mBtnLeft"><span class="icon-phone"></span></div>
22751                        <div class="mBtnRight">
22752                            Find a Doctor or Make<br>
22753                            an Appointment<br>
22754                            <a class="tel" href="tel:8559250631">(855) 925.0631</a>
22755                        </div>
22756                    </div>
22757                    <div class="mBtn">
22758                        <div class="mBtnLeft"><span class="icon-phone"></span></div>
22759                        <div class="mBtnRight genInfo">
22760                            General Information<br>
22761                            <a href="tel:3147473000">(314) 747.3000</a>
22762                        </div>
22763                    </div>
22764                    <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
22765                </div>
22766            </div>
22767        </div>
22768    </div>
22769    <!-- Row 3: Top Menu -->
22770    <div class="row3 mainNavRow hidden-xs">
22771        <div class="container">
```

```
22772          <nav class="topNav">
22773          <script type="text/javascript">
22774      jQuery(document).ready(function() {
22775      splitSubMenu(4);
22776      });
22777      </script><ul class="megamenu" id="megamenu">
22778    <li class="&#xA;          level0">
22779      <div class="navlink"><a class="&#xA;          level0"
…   href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">Find a Doctor</a></div>
22780      </li>
22781    <li class="separator navvert"></li>
22782    <li class="&#xA;          level0">
22783      <div class="navlink"><a class="&#xA;          level0"
…   href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
…   Appointment">Request an Appointment</a></div>
22784      </li>
22785    <li class="separator navvert"></li>
22786    <li class="&#xA;          level0">
22787      <div class="navdrop"><a class="&#xA;          level0"
…   href="http://www.barnesjewishwestcounty.org/Medical-Services">Medical
…   Services</a></div>
22788      <div class="childIndicator"></div>
22789      <div class="sub dropBox">
22790      <ul class="tempUL">
22791      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Asthma-and-Allergy">
…   Asthma and Allergy</a></li>
22792      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Bariatric">Bariatrics</a
…   ></li>
22793      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Cancer">Cancer</a></li>
22794      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Dermatology">Dermatology
…   </a></li>
22795      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Diabetes-Education">
…   Diabetes Education</a></li>
22796      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Digestive-Diseases">Digestive
…   Diseases</a></li>
22797      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Ear-Nose-Throat-
…   Otolaryngology">Ear, Nose &amp; Throat (Otolaryngology)</a></li>
22798      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Emergency-Care">
…   Emergency Care</a></li>
22799      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Heart-Vascular">Heart
…   &amp; Vascular</a></li>
22800      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Imaging">Imaging</a></li>
22801      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Laboratory-Services">
…   Laboratory Services</a></li>
22802      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Nephrology-Renal-
…   Services">Nephrology &amp; Renal Services</a></li>
22803      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Neurology">Neurology</a
…   ></li>
22804      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Nutrition-Counseling">
…   Nutrition Counseling</a></li>
22805      <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Medical-Services/Ophthalmology">
…   Ophthalmology</a></li>
22806      <li class="subheader"><a
```

```
22806…  href="http://www.barnesjewishwestcounty.org/Medical-Services/Orthopedics">Orthopedics
…     </a></li>
22807         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Pain-Management">Pain
…     Management</a></li>
22808         <li class="subheader"><a
…     href="http://www.stlouischildrens.org/">Pediatrics</a></li>
22809         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Plastic-and-
…     Reconstructive-Surgery">Plastic &amp; Reconstructive Surgery</a></li>
22810         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Platelet-Donation-
…     Pheresis">Platelet Donation (Pheresis)</a></li>
22811         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Primary-Care">Primary
…     Care</a></li>
22812         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/RespiratoryCare">
…     Respiratory Care</a></li>
22813         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Sleep-Disorders">Sleep
…     Disorders</a></li>
22814         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Special-Care-Unit">
…     Special Care Unit</a></li>
22815         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Spine">Spine</a></li>
22816         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/STAR">Sports Therapy and Rehabilitation
…     (STAR)</a></li>
22817         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Surgical-Services">
…     Surgical Services</a></li>
22818         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Medical-Services/Urology">Urology</a></li
…     >
22819       </ul>
22820     </div>
22821   </li>
22822   <li class="separator navvert"></li>
22823   <li class="&#xA;            level0">
22824     <div class="navdrop"><a class="&#xA;            level0"
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information">Patient
…     &amp; Visitor Information</a></div>
22825     <div class="childIndicator"></div>
22826     <div class="sub dropBox">
22827       <ul class="tempUL">
22828         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/BJC-Home-Care
…     ">BJC Home Care</a></li>
22829         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Contact-Us">
…     Contact Us</a></li>
22830         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Directions-
…     Maps">Directions &amp; Maps</a></li>
22831         <li class="subheader"><a
…     href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…     ">Financial Assistance &amp; Billing Resources</a></li>
22832         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Free-Health-
…     Tips-Information">Free Health Tips &amp; Information</a></li>
22833         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Gifts-Flowers">Gifts &amp;
…     Flowers</a></li>
22834         <li class="subheader"><a
…     href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Medical-
…     Records">Medical Records</a></li>
```

```
22835        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
     Appointment">Request a Call for an Appointment</a></li>
22836        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Visiting-The-
     Hospital">Visiting The Hospital</a></li>
22837        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Your-Stay">
     Your Stay</a></li>
22838      </ul>
22839    </div>
22840   </li>
22841   <li class="separator navvert"></li>
22842   <li class="&#xA;              level0">
22843    <div class="navdrop"><a class="&#xA;              level0"
…    href="javascript:void(0)" style="cursor: default;">What's New</a></div>
22844    <div class="childIndicator"></div>
22845    <div class="sub dropBox">
22846     <ul class="tempUL">
22847        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/About-Us/Classes-Events">Classes &amp;
     Events</a></li>
22848        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/About-Us/Newsroom">Newsroom</a></li>
22849        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/about-us/publications">Publications</a></
     li>
22850        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/About-Us/Social-Media-Hub">Social Media
     Hub</a></li>
22851        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/About-Us/Video-Library">Video
     Library</a></li>
22852      </ul>
22853     </div>
22854    </li>
22855   </ul>
22856          </nav>
22857        </div>
22858   </div>
22859
22860   <div class="mobileMainNav">
22861     <div class="container">
22862       <div class="topMobileNav visible-xs">
22863           <script type="text/javascript">
22864       jQuery(document).ready(function() {
22865       splitSubMenu(3);
22866       });
22867     </script><ul class="megamenu" id="megamenu">
22868   <li class="level0"><a class="&#xA;              level0"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">Find a Doctor</a></li>
22869   <li class="separator"></li>
22870   <li class="level0"><a class="&#xA;              level0"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
     Appointment">Request an Appointment</a></li>
22871   <li class="separator"></li>
22872   <li class="level0"><a class="&#xA;              level0"
…    href="http://www.barnesjewishwestcounty.org/Medical-Services">Medical
     Services</a><span class="icon-arrow-right-generic childIndicator"></span><div
…    class="sub">
22873        <ul>
22874        <li class="back-button"><a href="javascript:void();"
…    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
22875        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/Medical-Services/Asthma-and-Allergy">
     Asthma and Allergy</a></li>
22876        <li class="subheader"><a
…    href="http://www.barnesjewishwestcounty.org/Medical-Services/Bariatric">Bariatrics</a
```

```
22876…    ></li>
22877           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Cancer">Cancer</a></li>
22878           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Dermatology">Dermatology
    …  </a></li>
22879           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Diabetes-Education">
    …  Diabetes Education</a></li>
22880           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Digestive-Diseases">Digestive
    …  Diseases</a></li>
22881           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Ear-Nose-Throat-
    …  Otolaryngology">Ear, Nose &amp; Throat (Otolaryngology)</a></li>
22882           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Emergency-Care">
    …  Emergency Care</a></li>
22883           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Heart-Vascular">Heart
    …  &amp; Vascular</a></li>
22884           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Imaging">Imaging</a></li>
22885           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Laboratory-Services">
    …  Laboratory Services</a></li>
22886           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Nephrology-Renal-
    …  Services">Nephrology &amp; Renal Services</a></li>
22887           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Neurology">Neurology</a>
    …  </li>
22888           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Nutrition-Counseling">
    …  Nutrition Counseling</a></li>
22889           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Ophthalmology">
    …  Ophthalmology</a></li>
22890           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Orthopedics">Orthopedics
    …  </a></li>
22891           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Pain-Management">Pain
    …  Management</a></li>
22892           <li class="subheader"><a
    …  href="http://www.stlouischildrens.org/">Pediatrics</a></li>
22893           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Plastic-and-
    …  Reconstructive-Surgery">Plastic &amp; Reconstructive Surgery</a></li>
22894           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Platelet-Donation-
    …  Pheresis">Platelet Donation (Pheresis)</a></li>
22895           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Primary-Care">Primary
    …  Care</a></li>
22896           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/RespiratoryCare">
    …  Respiratory Care</a></li>
22897           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Sleep-Disorders">Sleep
    …  Disorders</a></li>
22898           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Special-Care-Unit">
    …  Special Care Unit</a></li>
22899           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Spine">Spine</a></li>
22900           <li class="subheader"><a
    …  href="http://www.barnesjewishwestcounty.org/STAR">Sports Therapy and Rehabilitation
```

```
22900…  (START)</a></li>
22901         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Surgical-Services">
   …  Surgical Services</a></li>
22902         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Urology">Urology</a></li
   …  >
22903       </ul>
22904     </div>
22905   </li>
22906   <li class="separator"></li>
22907   <li class="level0"><a class="&#xA;            level0"
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information">Patient
   …  &amp; Visitor Information</a><span class="icon-arrow-right-generic
   …  childIndicator"></span><div class="sub">
22908       <ul>
22909         <li class="back-button"><a href="javascript:void();"
   …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
22910         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/BJC-Home-Care
   …  ">BJC Home Care</a></li>
22911         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Contact-Us">
   …  Contact Us</a></li>
22912         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Directions-
   …  Maps">Directions &amp; Maps</a></li>
22913         <li class="subheader"><a
   …  href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
   …  ">Financial Assistance &amp; Billing Resources</a></li>
22914         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Free-Health-
   …  Tips-Information">Free Health Tips &amp; Information</a></li>
22915         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Gifts-Flowers">Gifts &amp;
   …  Flowers</a></li>
22916         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Medical-
   …  Records">Medical Records</a></li>
22917         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
   …  Appointment">Request a Call for an Appointment</a></li>
22918         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Visiting-The-
   …  Hospital">Visiting The Hospital</a></li>
22919         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Your-Stay">
   …  Your Stay</a></li>
22920       </ul>
22921     </div>
22922   </li>
22923   <li class="separator"></li>
22924   <li class="level0"><a class="&#xA;            level0" href="javascript:void(0)"
   …  style="cursor: default;">What's New</a><span class="icon-arrow-right-generic
   …  childIndicator"></span><div class="sub">
22925       <ul>
22926         <li class="back-button"><a href="javascript:void();"
   …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
22927         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/About-Us/Classes-Events">Classes &amp;
   …  Events</a></li>
22928         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/About-Us/Newsroom">Newsroom</a></li>
22929         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/about-us/publications">Publications</a></
   …  li>
22930         <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/About-Us/Social-Media-Hub">Social Media
```

```
22930…  Hub</a></li>
22931          <li class="subheader"><a
      href="http://www.barnesjewishwestcounty.org/About-Us/Video-Library">Video
      Library</a></li>
22932        </ul>
22933      </div>
22934    </li>
22935  </ul>
22936          <ul class="contactWrapM">
22937              <li><a href="/patient-visitor-information/directions/"><span
      class="icon-get-directions"></span><span>Get Directions</span><span
      class="icon-arrow-right-generic"></span></a></li>
22938              <li><a href="/patient-visitor-information/contact-us/"><span
      class="icon-contact"></span><span>Contact Us</span><span
      class="icon-arrow-right-generic"></span></a></li>
22939          </ul>
22940        </div>
22941      </div>
22942  </div>
22943
22944  <script type="text/javascript"
      src="/Portals/0/Skins/BJWC/js/bootstrap.youtubepopup.js"></script>
22945
22946  <script type="text/javascript">
22947      $(document).ready(function () {
22948          var rootId = 'home';
22949          $("#navmenu > li").each(function () {
22950              if (this.id == rootId) {
22951                  $(this).addClass("active");
22952              }
22953          });
22954      });
22955  </script>
22956
22957
22958      <!-- Rotating Banner -->
22959      <div id="globalBannerArea" class="globalBannerArea">
22960          <div id="dnn_TopPane1" class="h_TopPane1">
22961          <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-1180"><a
      name="1180"></a><div id="dnn_ctr1180_ContentPane" class="empty"><!--
      Start_Module_1180 --><script type='text/javascript'>
22962  // Conversion Name: BJCWESTCO - Home Page
22963  // INSTRUCTIONS
22964  // The Conversion Tags should be placed at the top of the <BODY> section of the HTML
      page.
22965  // In case you want to ensure that the full page loads as a prerequisite for a
      conversion
22966  // being recorded, place the tag at the bottom of the page. Note, however, that this
      may
22967  // skew the data in the case of slow-loading pages and in general not recommended.
22968  //
22969  // NOTE: It is possible to test if the tags are working correctly before campaign
      launch
22970  // as follows:  Browse to http://bs.serving-sys.com/Serving/adServer.bs?cn=at, which
      is
22971  // a page that lets you set your local machine to 'testing' mode.  In this mode, when
22972  // visiting a page that includes an conversion tag, a new window will open, showing
      you
22973  // the data sent by the conversion tag to the Sizmek servers.
22974  //
22975  // END of instructions (These instruction lines can be deleted from the actual HTML)
22976  var ebRand = Math.random()+'';
22977  ebRand = ebRand * 1000000;
22978  //<![CDATA[
22979  document.write('<scr'+'ipt
      src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=760382
      &amp;rnd=' + ebRand + '"></scr' + 'ipt>');
22980  //]]>
```

Page 620

```
22981  </script>
22982  <noscript>
22983  <img width="1" height="1" style="border:0"
   …   src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=760382
   …   &amp;ns=1"/>
22984  </noscript>
22985
22986  <div id="dnn_ctr1180_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">
22987
22988
22989  <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
   …   />
22990  <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
22991  <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
22992
22993
22994
22995          <div class="rotatorRow">
22996              <div id="rotatorNav"><a class="btn prev"><span
   …   class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
   …   class="icon-arrow-right-marquee"></span></a></div>
22997              <div class="rotatorWrap">
22998                  <div class="owl-carousel owl-theme" id="rotator">
22999
23000          <a href="/about-us">
23001          <div class="item" id="homebanner1"  style="background-color: #077680;">
23002
23003          </div>
23004          </a>
23005
23006          <a href="/Medical-Services/Emergency-Care">
23007          <div class="item" id="homebanner2"  style="background-color: #87956c;">
23008
23009          </div>
23010          </a>
23011
23012          <a href="/Medical-Services/Orthopedics/Joint-Replacement-Surgery">
23013          <div class="item" id="homebanner3"  style="background-color: #196887;">
23014
23015          </div>
23016          </a>
23017
23018          <a href="/Medical-Services/Cancer">
23019          <div class="item" id="homebanner4"  style="background-color: #443b1c;">
23020
23021          </div>
23022          </a>
23023
23024          <a href="/world-class-physicians">
23025          <div class="item" id="homebanner5"  style="background-color: #525a2b;">
23026
23027          </div>
23028          </a>
23029
23030          </div>
23031          </div>
23032      </div>
23033
23034
23035  </div><!-- End_Module_1180 --></div></div></div>
23036      </div>
23037
23038      <!-- Video -->
23039      <div class="row5 vidRow">
23040          <div class="vidRowBorder">
23041              <div class="container">
23042                  <div id="dnn_TopPane2" class="h_TopPane2">
23043                      <div class="DnnModule DnnModule-PatientStoryCarousel
```

```
23043    DnnModule=903 --><a name="903"></a><div id="dnn_ctr903_ContentPane" class="empty"><!--
  …      Start_Module_903 --><div id="dnn_ctr903_ModuleContent" class="DNNModuleContent
  …      ModPatientStoryCarouselC">

23044
23045    <link href="/DesktopModules/PatientStoryCarousel/css/home.css" rel="stylesheet" />
23046    <script src="/DesktopModules/PatientStoryCarousel/js/scripts.js"></script>
23047    <!-- Add fancyBox main JS and CSS files -->
23048    <script type="text/javascript"
  …      src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?v=2.1.5"></script>
23049    <link rel="stylesheet" type="text/css"
  …      href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?v=2.1.5" media="screen" />

23050
23051    <div class="row vidRowInner">
23052        <div class="vidTopInfo">
23053            <strong>Barnes-Jewish West County Hospital offers highly specialized care for
  …      a unique line of services.</strong><br />
23054            <span>You'll have access to world class physicians including Washington
  …      University Physicians, BJC Medical Group and <br />private practice physicians along
  …      with technology that you'd expect from a leader like Barnes-Jewish.</span>
23055        </div>
23056        <div id="vidThumbsNav">
23057            <a class="btn prev"><span class='icon-arrow-left-marquee'></span></a> <a
  …      class="btn next"><span class='icon-arrow-right-marquee'></span></a>
23058        </div>
23059
23060        <div id="uxMediaRotator_content">
23061            <div id="vidThumbs">

23062
23063                <div class="item txtsh">
23064                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
  …      class="icon-play-icon fancybox fancybox.ajax" videoid='1'
  …      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=1"></a></div>
23065                    <div class="thumbImg" style="background-image:
  …      url('/Portals/0/PatientStories/130665031860699349.jpg'); background-repeat:
  …      no-repeat;">
23066                        <p>About Us</p>
23067                    </div>
23068                </div>

23069
23070                <div class="item txtsh">
23071                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
  …      class="icon-play-icon fancybox fancybox.ajax" videoid='2'
  …      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=2"></a></div>
23072                    <div class="thumbImg" style="background-image:
  …      url('/Portals/0/PatientStories/130665032978765683.jpg'); background-repeat:
  …      no-repeat;">
23073                        <p>Siteman Cancer Center</p>
23074                    </div>
23075                </div>

23076
23077                <div class="item txtsh">
23078                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
  …      class="icon-play-icon fancybox fancybox.ajax" videoid='3'
  …      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=3"></a></div>
23079                    <div class="thumbImg" style="background-image:
  …      url('/Portals/0/PatientStories/130665033563149175.jpg'); background-repeat:
  …      no-repeat;">
23080                        <p>Surgical Services</p>
23081                    </div>
23082                </div>

23083
23084                <div class="item txtsh">
23085                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
  …      class="icon-play-icon fancybox fancybox.ajax" videoid='4'
  …      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=4"></a></div>
23086                    <div class="thumbImg" style="background-image:
  …      url('/Portals/0/PatientStories/130665033890129367.jpg'); background-repeat:
  …      no-repeat;">
```

```
23087                                    <p>Imaging Services</p>
23088                                </div>
23089                            </div>
23090
23091                        <div class="item txtsh">
23092                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon fancybox fancybox.ajax" videoid='5'
      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=5"></a></div>
23093                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130665034281538385.jpg'); background-repeat:
      no-repeat;">
23094                                    <p>Emergency</p>
23095                                </div>
23096                            </div>
23097
23098                        <div class="item txtsh">
23099                            <div class="vidPlayBtn"><a data-fancybox-type="ajax"
      class="icon-play-icon fancybox fancybox.ajax" videoid='6'
      href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=6"></a></div>
23100                            <div class="thumbImg" style="background-image:
      url('/Portals/0/PatientStories/130665034606178547.jpg'); background-repeat:
      no-repeat;">
23101                                    <p>Imaging Specialist</p>
23102                                </div>
23103                            </div>
23104
23105            </div>
23106        </div>
23107        <div class="visible-xs showMore more">
23108            <span>Show me more</span>
23109        </div>
23110
23111 </div>
23112
23113 </div><!-- End_Module_903 --></div></div></div>
23114                </div>
23115            </div>
23116        </div>
23117
23118    <!-- Content Pane -->
23119    <div id="showAd" class="adRow">
23120        <div class="container">
23121            <div id="dnn_ContentPane" class="h_ContentPane">
23122            <div class="DnnModule DnnModule-DNN_HTML DnnModule-1532"><a
      name="1532"></a><div id="dnn_ctr1532_ContentPane" class="empty"><!--
      Start_Module_1532 --><div id="dnn_ctr1532_ModuleContent" class="DNNModuleContent
      ModDNNHTMLC">
23123        <div id="dnn_ctr1532_HtmlModule_lblContent" class="Normal">
23124        <div id="showAd" class="adRow">
23125 <div class="container">
23126 <div class="ad" style="background-color: #0a5499;">
23127 <div class="adInner">
23128 <div class="row">
23129 <div class="col-md-4 visible-lg"><img alt="" src="/portals/0/Images/Home Page Ad
      Images/bjw_banner.png" /></div>
23130 <div class="col-md-6 col-sm-9">
23131 <h4 style="color: #ffffff; font-size: 18px;"><strong>A New Nonsurgical Option for
      Weight Loss</strong></h4>
23132 <p style="color: #ffffff; font-size: 14px;">Determine if you are a candidate for the
      intragastric balloon.</p>
23133 </div>
23134 <div class="col-md-2 col-sm-3 admore">
23135 <div class="admoreBtn"><a href="/non-surgical-weight-loss" style="color: #ffffff;
      font-size: 15px;"><strong>Learn more<span
      class="icon-arrow-right-generic"></span></strong></a></div>
23136 </div>
23137 </div>
23138 </div>
```

```
23139  </div>
23140  </div>
23141  </div>
23142  </div>
23143
23144  </div><!-- End_Module_1532 --></div></div></div>
23145              </div>
23146          </div>
23147
23148      <div class="row6">
23149          <div class="container">
23150              <div class="row">
23151                  <!-- Left Pane -->
23152                  <div class="col-md-8">
23153                      <div id="dnn_LeftPane" class="h_LeftPane">
23154                      <div class="DnnModule DnnModule-PhysicianSearch DnnModule-904"><a
…      name="904"></a>
23155
23156  <div class="physicianSearchContainer">
23157      <div id="dnn_ctr904_ContentPane"><!-- Start_Module_904 --><div
…      id="dnn_ctr904_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
23158
23159
23160
23161
23162
23163
23164  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
…      rel="stylesheet" />
23165  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
…      rel="stylesheet" />
23166  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
…      />
23167
23168  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
…      rel="stylesheet" />
23169  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
…      rel="stylesheet" />
23170
23171  <script
…      src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
…      AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
23172
23173  <!-- Add fancyBox -->
23174  <link rel="stylesheet"
…      href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
…      type="text/css" media="screen" />
23175  <script type="text/javascript"
…      src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
…      script>
23176
23177  <span id="dnn_ctr904_View_lblError" style="color:Red;font-weight:bold;"></span>
23178
23179
23180
23181
23182  <div class="physician-search physician-info-group">
23183      <div class="physicianInfoGroup">
23184          <div class="physicianInfoWrap">
23185              <div class="box-heading physicianInfoBar visible-xs hidden">
23186                  <h4 class="box-title-1">
23187                      <a href="#physicianInfoPanel">
23188                          <span class="barspan"><span
…      id="dnn_ctr904_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find a
…      Doctor</span></span>
```

```
23189                          <span class="barIcon icon icon-accordion-closed"></span>
23190                      </a>
23191                  </h4>
23192              </div>
23193              <div id="physicianInfoPanel" class="box">
23194                  <div class="box-inner">
23195                      <h2 class="hidden-xs">
23196                          <span
      id="dnn_ctr904_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find a
      Doctor</span></h2>
23197                      <div class="boxRow">
23198                          <div class="col-md-6 col-sm-6 boxLeft">
23199                              <div class="boxLeftWrap">
23200                                  <div class="boxLeftTop">
23201                                      <h4>Search By Name</h4>
23202                                      <div class="input-group">
23203                                          <!-- 2013.2.717.40 --><span
      id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
      RadInput RadInput_Default" style="width:100%;"><input
      id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox"
      name="dnn$ctr904$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
      riEmpty searchInput" value="Search..." type="text" /><input
      id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
      name="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
      /></span>
23204                                          <div class="input-group-btn">
23205                                              <input type="submit" class="btn
      btn-search" value="Go"
      onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
23206                                          </div>
23207                                      </div>
23208                                  </div>
23209                                  <div class="boxLeftBot">
23210                                      <h4>Browse by Specialty</h4>
23211                                      <div class="selectWrap">
23212                                          <select
      name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlPhyscianSpecialty"
      id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
      class="physicianSpecialty">
23213          <option value="">Choose a Specialty</option>
23214          <option value="ALLE">Allergy</option>
23215          <option value="ANEST">Anesthesiology</option>
23216          <option value="PANES">Anesthesiology-Pediatric</option>
23217          <option value="EP">Cardiac Electrophysiology</option>
23218          <option value="CTS">Cardiothoracic Surgery</option>
23219          <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
23220          <option value="CARD">Cardiovascular Disease</option>
23221          <option value="COLRE">Colon &amp; Rectal Surgery</option>
23222          <option value="CCARE">Critical Care</option>
23223          <option value="DERM">Dermatology</option>
23224          <option value="PDERM">Dermatology-Pediatric</option>
23225          <option value="EMERG">Emergency Medicine</option>
23226          <option value="ENDO">Endocrinology</option>
23227          <option value="FP">Family Practice</option>
23228          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
      Surgery</option>
23229          <option value="GAST">Gastroenterology</option>
23230          <option value="GYONC">Gynecologic Oncology</option>
23231          <option value="GYN">Gynecology</option>
23232          <option value="HANSR">Hand Surgery</option>
23233          <option value="HRTRA">Heart Failure/Transplant Card</option>
23234          <option value="HEMA">Hematology</option>
23235          <option value="IMMU">Immunology</option>
23236          <option value="INF">Infectious Disease</option>
23237          <option value="MEDI">Internal Medicine</option>
23238          <option value="INVCA">Interventional Cardiology</option>
23239          <option value="INVRA">Interventional Radiology</option>
23240          <option value="PINT">Interventional Radiology-Pedi</option>
```

```
23241                <option value="MXIL">Maxillofacial Surgery</option>
23242                <option value="RENAL">Nephrology/Renal</option>
23243                <option value="NEURO">Neurology</option>
23244                <option value="NPHYS">Neurophysiology</option>
23245                <option value="NEURA">Neuroradiology</option>
23246                <option value="NSURG">Neurosurgery</option>
23247                <option value="NEUOT">Neurotology</option>
23248                <option value="NUMED">Nuclear Medicine</option>
23249                <option value="OB">Obstetrics</option>
23250                <option value="ONC">Oncology</option>
23251                <option value="OPHT">Ophthalmology</option>
23252                <option value="POPHT">Ophthalmology-Pediatric</option>
23253                <option value="ORAL">Oral Surgery</option>
23254                <option value="PORSU">Oral Surgery-Pediatric</option>
23255                <option value="ORTH">Orthopedic Surgery</option>
23256                <option value="PORTH">Orthopedics-Pediatric</option>
23257                <option value="OTOL">Otolaryngology</option>
23258                <option value="POTOL">Otolaryngology-Pediatric</option>
23259                <option value="PNMGM">Pain Management</option>
23260                <option value="PEDI">Pediatrics</option>
23261                <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
23262                <option value="PPLAS">Plastic Surgery-Pediatric</option>
23263                <option value="PLAS">Plastic/Reconstructive Surgery</option>
23264                <option value="PODI">Podiatry</option>
23265                <option value="PSYC">Psychiatry</option>
23266                <option value="PULM">Pulmonology</option>
23267                <option value="RADON">Radiation Oncology</option>
23268                <option value="RAD">Radiology</option>
23269                <option value="PRAD">Radiology-Pediatric</option>
23270                <option value="REHAB">Rehabilitation/Physiatry</option>
23271                <option value="RHEU">Rheumatology</option>
23272                <option value="SLEEP">Sleep Medicine</option>
23273                <option value="SPRTM">Sports Medicine</option>
23274                <option value="GSURG">Surgery (General)</option>
23275                <option value="PSURG">Surgery-Pediatric</option>
23276                <option value="SRGCC">Surgical Critical Care</option>
23277                <option value="TRAN">Transplant Surgical-Adult</option>
23278                <option value="TRPSP">Transplant Surgical-Pediatric</option>
23279                <option value="TRAN">Transplantation-Surgical</option>
23280                <option value="UROL">Urology</option>
23281                <option value="PUROL">Urology-Pediatric</option>
23282                <option value="VASNU">Vascular Neurology</option>
23283                <option value="VAS">Vascular Surgery</option>
23284                <option value="VASIR">Vascular/InterventionRadiology</option>
23285
23286        </select>
23287                                        </div>
23288                                    </div>
23289                                    <div class="boxLeftBot searchByInsurance"
     style="display: none;">
23290                                        <h4>Select by Insurance</h4>
23291                                        <div class="selectWrap">
23292                                            <select
     name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlPhysicianInsurance"
     id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlPhysicianInsurance"
     class="physicianInsurance">
23293                <option value="">No preference</option>
23294                <option value="Admar">Admar</option>
23295                <option value="Aetna Better Hth--Mo Hlthnet">Aetna Better Hth--Mo
     Hlthnet</option>
23296                <option value="Aetna Choice POS">Aetna Choice POS</option>
23297                <option value="Aetna Choice POS I &amp; II">Aetna Choice POS I &amp;
     II</option>
23298                <option value="Aetna Elect Choice">Aetna Elect Choice</option>
23299                <option value="Aetna Elect Choice EPO">Aetna Elect Choice EPO</option>
23300                <option value="Aetna Health Fund">Aetna Health Fund</option>
23301                <option value="Aetna Health Network &amp; Option">Aetna Health Network &amp;
     Option</option>
```

```
23302          <option value="Aetna HMO">Aetna HMO</option>
23303          <option value="Aetna HMO/Open Access">Aetna HMO/Open Access</option>
23304          <option value="Aetna Managed Choice POS">Aetna Managed Choice POS</option>
23305          <option value="Aetna Medicare HMO">Aetna Medicare HMO</option>
23306          <option value="Aetna Medicare Open Access (HMO/POS">Aetna Medicare Open
       Access (HMO/POS</option>
23307          <option value="Aetna Medicare Open Access HMO/POS">Aetna Medicare Open Access
       HMO/POS</option>
23308          <option value="Aetna Medicare Plan HMO">Aetna Medicare Plan HMO</option>
23309          <option value="Aetna Medicare Plan PPO">Aetna Medicare Plan PPO</option>
23310          <option value="Aetna Medicare PPO">Aetna Medicare PPO</option>
23311          <option value="Aetna Open Access Aetna Select SM">Aetna Open Access Aetna
       Select SM</option>
23312          <option value="Aetna Open Access Elect Choice">Aetna Open Access Elect
       Choice</option>
23313          <option value="Aetna Open Access HMO">Aetna Open Access HMO</option>
23314          <option value="Aetna Open Access Managed Choice">Aetna Open Access Managed
       Choice</option>
23315          <option value="Aetna Open Access Select">Aetna Open Access Select</option>
23316          <option value="Aetna Open Choice PPO">Aetna Open Choice PPO</option>
23317          <option value="Aetna PPO">Aetna PPO</option>
23318          <option value="Aetna Quality Point of Service">Aetna Quality Point of
       Service</option>
23319          <option value="Aetna Select">Aetna Select</option>
23320          <option value="Aetna US Access">Aetna US Access</option>
23321          <option value="Anthem BCBS Blue Access">Anthem BCBS Blue Access</option>
23322          <option value="Anthem BCBS Blue Access Choice">Anthem BCBS Blue Access
       Choice</option>
23323          <option value="Anthem BCBS Blue Access Choice PPO">Anthem BCBS Blue Access
       Choice PPO</option>
23324          <option value="Anthem BCBS Blue Access PPO">Anthem BCBS Blue Access
       PPO</option>
23325          <option value="Anthem Blue Preferred HMO (BOONE)">Anthem Blue Preferred HMO
       (BOONE)</option>
23326          <option value="Anthem Blue Preferred Options">Anthem Blue Preferred
       Options</option>
23327          <option value="Anthem BlueCard BusinessTraditional">Anthem BlueCard
       BusinessTraditional</option>
23328          <option value="Anthem PPO(Core/Essential/Direct)">Anthem
       PPO(Core/Essential/Direct)</option>
23329          <option value="Assurant Health-Aetna Ins. Exchange">Assurant Health-Aetna
       Ins. Exchange</option>
23330          <option value="Baxter Regional PHO">Baxter Regional PHO</option>
23331          <option value="BCBS of IL HMO">BCBS of IL HMO</option>
23332          <option value="BCBS of IL PPO">BCBS of IL PPO</option>
23333          <option value="BCBS of IL PPO-Blue Card Program">BCBS of IL PPO-Blue Card
       Program</option>
23334          <option value="BCBS/Anthem(Blue Access Choice PPO">BCBS/Anthem(Blue Access
       Choice PPO</option>
23335          <option value="BCBS/Anthem(Blue Access PPO)">BCBS/Anthem(Blue Access
       PPO)</option>
23336          <option value="Beech Street/Capp Care PPO">Beech Street/Capp Care
       PPO</option>
23337          <option value="Behavioral Health Partners">Behavioral Health
       Partners</option>
23338          <option value="Best Doctors Inc">Best Doctors Inc</option>
23339          <option value="Blue Cross Blue Shield Dental">Blue Cross Blue Shield
       Dental</option>
23340          <option value="Blue Cross Harmony">Blue Cross Harmony</option>
23341          <option value="Capital Regional Medical Center PP">Capital Regional Medical
       Center PP</option>
23342          <option value="Care Improvement Plus-Mcare Advntg">Care Improvement
       Plus-Mcare Advntg</option>
23343          <option value="Cigna Behavioral Health">Cigna Behavioral Health</option>
23344          <option value="Cigna HMO/POS/Connect">Cigna HMO/POS/Connect</option>
23345          <option value="Cigna HMO/POS/LocalPlus">Cigna HMO/POS/LocalPlus</option>
23346          <option value="Cigna Open Access HMO/POS">Cigna Open Access HMO/POS</option>
23347          <option value="Cigna PPO">Cigna PPO</option>
```

```
23348      <option value="Cigna PPO/Open Access Plus">Cigna PPO/Open Access
…    Plus</option>
23349      <option value="CMR (Care Management Resources)">CMR (Care Management
…    Resources)</option>
23350      <option value="CMR (Care Mngmt Resources)ASO">CMR (Care Mngmt
…    Resources)ASO</option>
23351      <option value="Community Care Network PPO">Community Care Network
…    PPO</option>
23352      <option value="Community Health Network PPO">Community Health Network
…    PPO</option>
23353      <option value="Community Partners Health Plan/PPO">Community Partners Health
…    Plan/PPO</option>
23354      <option value="CorVel PPO">CorVel PPO</option>
23355      <option value="Coventry Advantra HMO (formerlyGHP)">Coventry Advantra HMO
…    (formerlyGHP</option>
23356      <option value="Coventry Advantra HMO/POS-MCARE">Coventry Advantra
…    HMO/POS-MCARE</option>
23357      <option value="Coventry Advantra HMO/POS-Medicare">Coventry Advantra
…    HMO/POS-Medicare</option>
23358      <option value="Coventry Advantra PPO - MCARE">Coventry Advantra PPO -
…    MCARE</option>
23359      <option value="Coventry ASO">Coventry ASO</option>
23360      <option value="Coventry Gold Advantage - MCARE">Coventry Gold Advantage -
…    MCARE</option>
23361      <option value="Coventry Gold Advantage - Medicare">Coventry Gold Advantage -
…    Medicare</option>
23362      <option value="Coventry Healthcare ASO">Coventry Healthcare ASO</option>
23363      <option value="Coventry Healthcare HMO">Coventry Healthcare HMO</option>
23364      <option value="Coventry Healthcare POS">Coventry Healthcare POS</option>
23365      <option value="Coventry HMO/POS">Coventry HMO/POS</option>
23366      <option value="Coventry HMO/POS (formerly GHP)">Coventry HMO/POS (formerly
…    GHP)</option>
23367      <option value="Coventry PPO (formerly GHP)">Coventry PPO (formerly
…    GHP)</option>
23368      <option value="Coventry PPO/FocusedCare">Coventry PPO/FocusedCare</option>
23369      <option value="Coventry/Coventry One PPO">Coventry/Coventry One PPO</option>
23370      <option value="Decatur Memorial Tertiary/Quarterna">Decatur Memorial
…    Tertiary/Quarterna</option>
23371      <option value="Delta Dental">Delta Dental</option>
23372      <option value="Employee Health System AFL/CIO">Employee Health System
…    AFL/CIO</option>
23373      <option value="Essence Advantage &amp; Advantage Plus">Essence Advantage
…    &amp; Advantage Plus</option>
23374      <option value="Essence Advantage HMO &amp; Plus HMO">Essence Advantage HMO
…    &amp; Plus HMO</option>
23375      <option value="Essence Medicare Advantage &amp; Plus">Essence Medicare
…    Advantage &amp; Plus</option>
23376      <option value="Essence Platinum Specialists">Essence Platinum
…    Specialists</option>
23377      <option value="Essex Dental">Essex Dental</option>
23378      <option value="First Health">First Health</option>
23379      <option value="First Health Coventry">First Health Coventry</option>
23380      <option value="General Health Plan">General Health Plan</option>
23381      <option value="GHP Select PPO">GHP Select PPO</option>
23382      <option value="Great Rivers Network">Great Rivers Network</option>
23383      <option value="Great-West HMO/POS">Great-West HMO/POS</option>
23384      <option value="Great-West Open Access">Great-West Open Access</option>
23385      <option value="Great-West PPO">Great-West PPO</option>
23386      <option value="Hannibal Health Network Tertiary">Hannibal Health Network
…    Tertiary</option>
23387      <option value="Harmony of Illinois IPA">Harmony of Illinois IPA</option>
23388      <option value="Harmony of Illinois Medicaid-MC+">Harmony of Illinois
…    Medicaid-MC+</option>
23389      <option value="Health Alliance Connect IDPA">Health Alliance Connect
…    IDPA</option>
23390      <option value="Health Alliance Connect IPA">Health Alliance Connect
…    IPA</option>
23391      <option value="Health Alliance HMO &amp; PPO">Health Alliance HMO &amp;
```

```
23391…    PPO</option>
23392          <option value="Health Alliance HMO PPO">Health Alliance HMO PPO</option>
23393          <option value="Health Alliance HMO-Mcare Advantage">Health Alliance HMO-Mcare
…      Advantage</option>
23394          <option value="Health Alliance Medicare Advantage">Health Alliance Medicare
…      Advantage</option>
23395          <option value="Healthcare Preferred">Healthcare Preferred</option>
23396          <option value="HealthCare USA (Special Needs Only)">HealthCare USA (Special
…      Needs Only)</option>
23397          <option value="HealthCare USA MC+">HealthCare USA MC+</option>
23398          <option value="HealthCare USA/Aetna Better Health">HealthCare USA/Aetna
…      Better Health</option>
23399          <option value="HealthCare USA/Aetna Better Hth-MCD">HealthCare USA/Aetna
…      Better Hth-MCD</option>
23400          <option value="Healthlink">Healthlink</option>
23401          <option value="Healthlink Open Access/HMO/POS">Healthlink Open
…      Access/HMO/POS</option>
23402          <option value="Healthlink PPO">Healthlink PPO</option>
23403          <option value="HealthNetwork PPO">HealthNetwork PPO</option>
23404          <option value="HFN Inc. PPO">HFN Inc. PPO</option>
23405          <option value="Home State-MC+">Home State-MC+</option>
23406          <option value="Home State-Mo Hlthnet">Home State-Mo Hlthnet</option>
23407          <option value="Humana Choice Care PPO">Humana Choice Care PPO</option>
23408          <option value="Humana Choice PPO - Medicare">Humana Choice PPO -
…      Medicare</option>
23409          <option value="Humana Choice/Regional PPO - MCARE">Humana Choice/Regional PPO
…      - MCARE</option>
23410          <option value="Humana Gold Choice PFFS - MCARE">Humana Gold Choice PFFS -
…      MCARE</option>
23411          <option value="Humana Gold Choice PFFS - Medicare">Humana Gold Choice PFFS -
…      Medicare</option>
23412          <option value="Humana Gold Choice PFFS Medicare">Humana Gold Choice PFFS
…      Medicare</option>
23413          <option value="Humana Gold Plus HMO - MCARE">Humana Gold Plus HMO -
…      MCARE</option>
23414          <option value="Humana Gold Plus HMO - Medicare">Humana Gold Plus HMO -
…      Medicare</option>
23415          <option value="Humana POS - MCARE">Humana POS - MCARE</option>
23416          <option value="Humana POS-Medicare">Humana POS-Medicare</option>
23417          <option value="Humana PPO/ChoiceCare Network">Humana PPO/ChoiceCare
…      Network</option>
23418          <option value="HumanaChoice PPO-Medicare">HumanaChoice PPO-Medicare</option>
23419          <option value="IDPA Secondary to Medicare">IDPA Secondary to
…      Medicare</option>
23420          <option value="Illinois  Dept of Public Aid-IDPA">Illinois  Dept of Public
…      Aid-IDPA</option>
23421          <option value="Illinois Public Aid/Health Connect">Illinois Public Aid/Health
…      Connect</option>
23422          <option value="IPA Secondary to Medicare">IPA Secondary to Medicare</option>
23423          <option value="Mail Handlers/CNA PPO">Mail Handlers/CNA PPO</option>
23424          <option value="Medicaid MO--Mo  HealthNet">Medicaid MO--Mo
…      HealthNet</option>
23425          <option value="Medicaid MO/ Missouri HealthNet">Medicaid MO/ Missouri
…      HealthNet</option>
23426          <option value="Medicare">Medicare</option>
23427          <option value="Mercy Care">Mercy Care</option>
23428          <option value="Mercy Health Plan HMO/POS">Mercy Health Plan HMO/POS</option>
23429          <option value="Mercy Health Plan PPO">Mercy Health Plan PPO</option>
23430          <option value="Mercy Medicare (Premier Plus)">Mercy Medicare (Premier
…      Plus)</option>
23431          <option value="MHNet (Mental Health Network)">MHNet (Mental Health
…      Network)</option>
23432          <option value="Missouri Advantage">Missouri Advantage</option>
23433          <option value="Missouri Care--Mo Hlthnet">Missouri Care--Mo Hlthnet</option>
23434          <option value="MO Medicaid Secondary to Medicare">MO Medicaid Secondary to
…      Medicare</option>
23435          <option value="Molina Healthcare Illinois Medicaid">Molina Healthcare
…      Illinois Medicaid</option>
```

Page 629

```
        <option value="Molina Healthcare MC">Molina Healthcare MC</option>
        <option value="Molina Healthcare of Illinois (IPA)">Molina Healthcare of
Illinois (IPA)</option>
        <option value="MultiPlan PPO">MultiPlan PPO</option>
        <option value="National Hospital Network">National Hospital Network</option>
        <option value="NetHealth Services Inc.  PPO">NetHealth Services Inc.
PPO</option>
        <option value="Personal Care Health Mgmt HMO">Personal Care Health Mgmt
HMO</option>
        <option value="Personal Care Health Mgmt PPO/POS">Personal Care Health Mgmt
PPO/POS</option>
        <option value="PPO Next/HealthStar">PPO Next/HealthStar</option>
        <option value="Preferred Care of KC/Blue Cross KC">Preferred Care of KC/Blue
Cross KC</option>
        <option value="Preferred Plan of MO PPO/Takecare">Preferred Plan of MO
PPO/Takecare</option>
        <option value="Premier Dental Group">Premier Dental Group</option>
        <option value="Primrose Tertiary/Quarternary">Primrose
Tertiary/Quarternary</option>
        <option value="Principal Hlth Care of KC">Principal Hlth Care of KC</option>
        <option value="Priv Hlthcare Syst./Land of Lincoln">Priv Hlthcare Syst./Land
of Lincoln</option>
        <option value="Private Health Care Systems PPO">Private Health Care Systems
PPO</option>
        <option value="ProAmerica PPO">ProAmerica PPO</option>
        <option value="Providers Network of America">Providers Network of
America</option>
        <option value="Quincy Health Care Management">Quincy Health Care
Management</option>
        <option value="Self Pay/Uninsured">Self Pay/Uninsured</option>
        <option value="St. John&#39;s Health System Tertiary">St. John&#39;s Health
System Tertiary</option>
        <option value="Tricare/Triwest  Prime HMO/POS">Tricare/Triwest  Prime
HMO/POS</option>
        <option value="Tricare/Triwest Extra PPO">Tricare/Triwest Extra PPO</option>
        <option value="Tricare/Triwest Standard/ Extra PPO">Tricare/Triwest Standard/
Extra PPO</option>
        <option value="UHC/AARP MCARE Complete Choice PPO">UHC/AARP MCARE Complete
Choice PPO</option>
        <option value="UHC/AARP MCARE Complete HMO">UHC/AARP MCARE Complete
HMO</option>
        <option value="UHC/AARP MCARE Complete Plus POS">UHC/AARP MCARE Complete Plus
POS</option>
        <option value="UHC/AARP MCARE CompleteEssen. HMO">UHC/AARP MCARE
CompleteEssen. HMO</option>
        <option value="UHC/AARP MCARE Dual Complete">UHC/AARP MCARE Dual
Complete</option>
        <option value="UHC/AARP MCARE NPPO">UHC/AARP MCARE NPPO</option>
        <option value="Union Pacific RR Emp. Health System">Union Pacific RR Emp.
Health System</option>
        <option value="United Behavioral Health Inc">United Behavioral Health
Inc</option>
        <option value="United Healthcare Choice/Choice+">United Healthcare
Choice/Choice+</option>
        <option value="United Healthcare PPO/ Options">United Healthcare PPO/
Options</option>
        <option value="United Healthcare Select/Select+POS">United Healthcare
Select/Select+POS</option>
        <option value="United Hlthcare Choice/Plus/Navigat">United Hlthcare
Choice/Plus/Navigat</option>
        <option value="United Hlthcare Select/Plus/Compass">United Hlthcare
Select/Plus/Compass</option>
        <option value="United Payors &amp; Provider">United Payors &amp;
Provider</option>
        <option value="USA Managed Care Org">USA Managed Care Org</option>
        <option value="Value Options EAP">Value Options EAP</option>
        <option value="Verify insurance with office">Verify insurance with
office</option>
```

```
23476              <option value="Wellborn HMO">Wellborn HMO</option>
23477              <option value="Worker&#39;s Compensation">Worker&#39;s Compensation</option>
23478
23479          </select>
23480                                          </div>
23481                                      </div>
23482                                  </div>
23483                              </div>
23484                          <div class="col-md-6 col-sm-6 boxRight">
23485                              <h4>Browse by Letter</h4>
23486                              <div class="selectWrap visible-xs">
23487                                  <select
…    name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlSearchLetter"
…    id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
…    visible-xs">
23488              <option value="">Choose by letter</option>
23489              <option value="A">A</option>
23490              <option value="B">B</option>
23491              <option value="C">C</option>
23492              <option value="D">D</option>
23493              <option value="E">E</option>
23494              <option value="F">F</option>
23495              <option value="G">G</option>
23496              <option value="H">H</option>
23497              <option value="I">I</option>
23498              <option value="J">J</option>
23499              <option value="K">K</option>
23500              <option value="L">L</option>
23501              <option value="M">M</option>
23502              <option value="N">N</option>
23503              <option value="O">O</option>
23504              <option value="P">P</option>
23505              <option value="Q">Q</option>
23506              <option value="R">R</option>
23507              <option value="S">S</option>
23508              <option value="T">T</option>
23509              <option value="U">U</option>
23510              <option value="V">V</option>
23511              <option value="W">W</option>
23512              <option value="X">X</option>
23513              <option value="Y">Y</option>
23514              <option value="Z">Z</option>
23515
23516          </select>
23517                                      </div>
23518                                  <div class="alphabet hidden-xs">
23519                                      <div
…    id="dnn_ctr904_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
23520          <a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=A">A</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=B">B</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=C">C</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=D">D</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=E">E</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=F">F</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=G">G</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=H">H</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=I">I</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=J">J</a><
```

```
23520…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=K">K</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=L">L</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=M">M</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=N">N</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=O">O</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=P">P</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Q">Q</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=R">R</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=S">S</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=T">T</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=U">U</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=V">V</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=W">W</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=X">X</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Y">Y</a><
…    a class="letter"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Z">Z</a>
23521        </div>
23522                                  </div>
23523                              </div>
23524                          </div>
23525                      </div>
23526                      <div class="boxmore">
23527                          <a id="dnn_ctr904_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
…    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">
23528                              More Search Options <span
…    class="icon-arrow-right-generic"></span>
23529                          </a>
23530                      </div>
23531                  </div>
23532              </div>
23533          </div>
23534  </div>
23535
23536
23537
23538      <script type="text/javascript">
23539          function btnSearch_OnClientClicking(sender, eventArgs) {
23540              cboName = $find(cboNameID);
23541              cboSpecialty = $find(cboSpecialtyID);
23542              cboInsurance = $find(cboInsuranceID);
23543              cboLanguage = $find(cboLanguageID);
23544              cboGender = $find(cboGenderID);
23545              cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
23546              txtZipCode = $find(txtZipCodeID);
23547
23548              var name = cboName.get_text();
23549              var specialty = cboSpecialty.get_text();
23550              var insurance = cboInsurance.get_text();
23551              var language = cboLanguage.get_text();
23552              var gender = cboGender.get_text();
23553              var locatedWithin = cboDoctorLocatedWithin.get_text();
23554              var zipCode = txtZipCode.get_value();
```

```
23555
23556            if (zipCode != "" && locatedWithin != "") {
23557                PhysicianSearch.geocodingAddress(zipCode, function (results) {
23558                    //console.log(results)
23559                    $(txtHidLatID).val(results[0].geometry.location.lat())
23560                    $(txtHidLngID).val(results[0].geometry.location.lng())
23561                    // Trigger Search
23562                    //eval(btnSearchHandler)
23563                });
23564
23565                eventArgs.set_cancel(true);
23566            }
23567
23568        }
23569
23570        function radPhysicianSearchBox_ClientClicked(sender, e) {
23571            var keyCode = e.get_keyCode();
23572            if (keyCode == 13) // Enter
23573            {
23574                sender.blur();
23575                PhysicianSearch.searchByPhysicianName();
23576            }
23577            return false;
23578        }
23579    </script>
23580
23581
23582 <script type="text/javascript"
...  src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>
23583 <script type="text/javascript"
     src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>
23584
23585 <script type="text/javascript">
23586    var PhysicianSearchBaseUrl =
...  "http://www.barnesjewishwestcounty.org/Find-a-Doctor";
23587    var PhysicianSearchResultsBaseUrl =
     "http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results";
23588    var FacilityFilterPosition = '1';
23589
23590    $(function () {
23591        PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
...  PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
23592    });
23593 </script>
23594 </div><!-- End_Module_904 --></div>
23595 </div>
23596 </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-905"><a
...  name="905"></a>
23597
23598 <div class="healthLibraryContainer">
23599        <div id="dnn_ctr905_ContentPane"><!-- Start_Module_905 --><div
...  id="dnn_ctr905_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
23600    <div id="dnn_ctr905_View_divContainer" class="healthNews">
23601
23602
23603
23604
23605
23606
23607
23608
23609
23610
23611
23612
23613
23614
23615
```

```
23616
23617
23618
23619
23620
23621
23622
23623
23624
23625
23626
23627
23628            <div class="healthInfoGroup">
23629
23630
23631  <div class="healthInfoWrap">
23632
23633
23634      <div class="box-heading healthInfoBar visible-xs">
23635          <h4 class="box-title-1">
23636              <a href="#healthInfoPanel">
23637                  <span class="barspan"><span
       id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
       Information</span></span>
23638                  <span class="baricon icon-accordion-closed"></span>
23639              </a>
23640          </h4>
23641      </div>
23642      <div id="healthInfoPanel" class="box">
23643          <div class="box-inner">
23644              <h2 class="hidden-xs"><span
       id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
       Information</span></h2>
23645              <div class="boxRow">
23646                  <div class="col-md-6 col-sm-6 boxLeft">
23647                      <div class="boxLeftWrap">
23648                          <div class="boxLeftTop">
23649                              <h4><span
       id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
       KEYWORD</span></h4>
23650                              <div class="input-group">
23651                                  <span
       id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
       RadInput_Default" style="width:100%;"><input
       id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox"
       name="dnn$ctr905$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
       riEmpty form-control searchInput" value="Search..." type="text" /><input
       id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_ClientState"
       name="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
       /></span>
23652                                  <div class="input-group-btn">
23653                                      <input type="submit" class="btn btn-search"
       value="Go" onclick="javascript:showHLSearchResult();return false;" />
23654                                  </div>
23655                              </div>
23656
23657                              <script type="text/javascript">
23658                                  var searchResultBaseUrl =
       'http://www.barnesjewishwestcounty.org/Health-Library/Search-Results';
23659                              </script>
23660                          </div>
23661                          <div class="boxLeftBot">
23662                              <h4>Browse by Subject</h4>
23663                              <div class="selectWrap">
23664                                  <select id="ddlHealthTopic" class="form-control">
23665                                      <option value="">Choose a Topic</option>
23666                                      <option value="Asthma">Asthma</option>
23667                                      <option value="Cancer">Cancer</option>
```

```
23668        <option value="COPD">Chronic Obstructive
…   Pulmonary Disease</option>
23669                                    <option value="Diabetes">Diabetes</option>
23670                                    <option value="Heart">Heart Disease</option>
23671                                    <option value="Obesity">Obesity and Bariatric
…   Surgery</option>
23672                                    <option value="Ortho">Orthopedics</option>
23673                                    <option value="Pregnancy">Pregnancy &amp;
…   Newborns</option>
23674                                </select>
23675                            </div>
23676                        </div>
23677                    </div>
23678                </div>
23679                <div class="col-md-6 col-sm-6 boxRight">
23680                    <h4><span
…   id="dnn_ctr905_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">SEARCH BY
…   LETTER</span></h4>
23681                    <div class="selectWrap visible-xs">
23682                        <select id="ddlEncyclopediaAnpha" class="form-control
…   visible-xs">
23683                            <option>Choose by Letter</option>
23684                            <option>A</option>
23685                            <option>B</option>
23686                            <option>C</option>
23687                            <option>D</option>
23688                            <option>E</option>
23689                            <option>F</option>
23690                            <option>G</option>
23691                            <option>H</option>
23692                            <option>I</option>
23693                            <option>J</option>
23694                            <option>K</option>
23695                            <option>L</option>
23696                            <option>M</option>
23697                            <option>N</option>
23698                            <option>O</option>
23699                            <option>P</option>
23700                            <option>Q</option>
23701                            <option>R</option>
23702                            <option>S</option>
23703                            <option>T</option>
23704                            <option>U</option>
23705                            <option>V</option>
23706                            <option>W</option>
23707                            <option>X</option>
23708                            <option>Y</option>
23709                            <option>Z</option>
23710                        </select>
23711                    </div>
23712                    <div class="alphabet hidden-xs">
23713                        <div
…   id="dnn_ctr905_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
23714            <a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=A">A</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=B">B</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=C">C</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=D">D</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=E">E</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=F">F</a
…   ><a class="letter"
…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=G">G</a
…   ><a class="letter"
```

```
23714…   href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=H">H</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=I">I</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=J">J</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=K">K</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=L">L</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=M">M</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=N">N</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=O">O</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=P">P</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Q">Q</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=R">R</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=S">S</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=T">T</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=U">U</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=V">V</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=W">W</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=X">X</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Y">Y</a
  …      ><a class="letter"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Z">Z</a
  …      >
23715          </div>
23716                          </div>
23717                      </div>
23718                  </div>
23719              </div>
23720              <div class="boxmore">
23721                  <a id="dnn_ctr905_View_ucHealthInfoGroup_lnkHealthLibrary"
  …      href="http://www.barnesjewishwestcounty.org/Health-Library">
23722                      Visit The Health Library <span
  …      class="icon-arrow-right-generic"></span>
23723                  </a>
23724              </div>
23725          </div>
23726      </div>
23727
23728      <script type="text/javascript">
23729          var GetHealthTopicBaseUrl =
  …      'http://www.barnesjewishwestcounty.org/Health-Library/Get-Health-Topic';
23730          var EncyclopediaBaseUrl =
  …      'http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia';
23731      </script>
23732              </div>
23733
23734
23735
23736      </div>
23737
23738      <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
  …      rel="stylesheet" />
23739      <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
```

```
23739…  rel="stylesheet" />
23740
23741  <script type="text/javascript"
   …   src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
23742  <script type="text/javascript"
   …   src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
23743
23744  <script type="text/javascript">
23745      $(function () {
23746          var $container = $('.healthNews');
23747          var $customPageTitle = $("#customPageTitle");
23748
23749          var displayMode = 'HealthInfoGroup';
23750          switch (displayMode) {
23751              case 'ListByTopic':
23752                  $container.find('.rtIn.content').each(function () {
23753                      var title = $(this).attr('title');
23754                      if (typeof title !== 'undefined' && title !== 'undefined') {
23755                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
   …   15px;">' + title + '</div>');
23756                          $(this).attr('title', '');
23757                      }
23758                  });
23759
23760                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
23761                  break;
23762
23763              case 'HealthNewsTicker':
23764                  // start the ticker
23765                  var options = {
23766                      titleText: "Health News: <span class='date-string'>" + new
   …   Date().format("MM.dd.yyyy") + '</span>',
23767                      displayType: "fade"
23768                  };
23769
23770                  $('#js-news').ticker(options);
23771                  break;
23772
23773              case 'ViewContent':
23774                  var $viewContent = $container.find(".viewContent");
23775                  if ($viewContent.length > 0) {
23776                      var $title = $viewContent.find("#regularTitle");
23777                      if ($title.length > 0) {
23778                          $customPageTitle.append('<h1 class="pageTitle">' +
   …   $title.text() + '</h1>');
23779                      }
23780                  }
23781                  break;
23782          }
23783      });
23784  </script>
23785  </div><!-- End_Module_905 --></div>
23786  </div>
23787  </div></div>
23788                      </div>
23789                      <!-- Right Pane -->
23790                      <div class="col-md-4 col-sm-12">
23791                          <!-- Right Top Pane -->
23792                          <div class="col-md-12 col-sm-6 centersNav">
23793                              <div id="dnn_RightTopPane" class="h_RightTopPane">
23794                                  <div class="DnnModule DnnModule-DNN_HTML DnnModule-914"><a
   …   name="914"></a>
23795
23796  <div class="box-group exGroup">
23797      <div class="exWrap">
23798          <div class="box-heading exBar">
23799              <h4 class="box-title"><a href="#centersPanel"><span class="barspan">
23800                  <span id="dnn_ctr914_dnnTITLE_titleLabel" class="titleText">Medical
```

```
23800… Services</span>
23801
23802
23803
23804                    </span><span class="visible-xs baricon
   … icon-accordion-closed"></span></a></h4>
23805            </div>
23806            <div id="centersPanel" class="box">
23807                <div class="boxcontent">
23808                        <div id="dnn_ctr914_ContentPane" class="linkbox_c"><!--
   … Start_Module_914 --><div id="dnn_ctr914_ModuleContent" class="DNNModuleContent
   … ModDNNHTMLC">
23809     <div id="dnn_ctr914_HtmlModule_lblContent" class="Normal">
23810     <ul class="relatedNav">
23811     <li><a href="/Medical-Services/Digestive-Diseases">Digestive Diseases</a></li>
23812     <li><a href="/Medical-Services/Emergency-Care">Emergency Care</a></li>
23813     <li><a href="/Medical-Services/Orthopedics">Orthopedics</a></li>
23814     <li><a href="/Medical-Services/Plastic-Surgery">Plastic &amp; Reconstructive
   … Surgery</a></li>
23815     <li><a href="/Medical-Services/Cancer">Siteman Cancer Center</a></li>
23816     <li><a href="/Medical-Services/Sports-Therapy-and-Rehabilitation-STAR">Sports
   … Therapy &amp; Rehab</a></li>
23817     <li><a href="/Medical-Services/Urology">Urology</a></li>
23818 </ul>
23819 <a href="/Medical-Services" class="btnAllServices">Learn More</a>
23820 </div>
23821
23822 </div><!-- End_Module_914 --></div>
23823                </div>
23824            </div>
23825        </div>
23826 </div>
23827
23828 </div></div>
23829                        </div>
23830                        <!-- Right Bottom Pane -->
23831                        <div class="col-md-12 col-sm-6 whyChooseNav">
23832                            <div id="dnn_RightBottomPane" class="h_RightTopPane">
23833                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-915"><a
   … name="915"></a>
23834
23835 <div class="box-group exGroup">
23836     <div class="exWrap">
23837        <div class="box-heading exBar">
23838            <h4 class="box-title"><a href="#centersPanel"><span class="barspan">
23839                <span id="dnn_ctr915_dnnTITLE_titleLabel" class="titleText">Why
   … Choose Barnes-Jewish West County Hospital?</span>
23840
23841
23842
23843                </span><span class="visible-xs baricon
   … icon-accordion-closed"></span></a></h4>
23844            </div>
23845            <div id="centersPanel" class="box">
23846                <div class="boxcontent">
23847                        <div id="dnn_ctr915_ContentPane" class="linkbox_c"><!--
   … Start_Module_915 --><div id="dnn_ctr915_ModuleContent" class="DNNModuleContent
   … ModDNNHTMLC">
23848     <div id="dnn_ctr915_HtmlModule_lblContent" class="Normal">
23849     <ul class="relatedNav">
23850     <li><a href="/about-us">Exceptional Care</a> </li>
23851     <li><a href="/About-Us/Outcomes-and-Quality-Measures">Outcomes and Quality
   … Measures</a><a href="/About-Us/Outcomes-and-Quality"> </a><a
   … href="/About-Us/Outcomes-and-Quality"><br />
23852     </a></li>
23853     <li><a href="/Medical-Services/Surgical-Services">Surgical Services</a></li>
23854 </ul>
23855 </div>
```

```
23856
23857  </div><!-- End_Module_915 --></div>
23858                    </div>
23859                </div>
23860            </div>
23861  </div>
23862
23863  </div></div>
23864                        </div>
23865                    </div>
23866                </div>
23867            </div>
23868        </div>
23869        <!-- News Sticker -->
23870        <div class="row7">
23871            <div class="container">
23872                <div class="row">
23873                    <div class="col-md-12">
23874                        <div id="dnn_BottomPane" class="h_BottomPane">
23875                        <div class="DnnModule DnnModule-DNN_HTML DnnModule-891"><a
…      name="891"></a>
23876
23877
23878  <script type="text/javascript">
23879      $(document).ready(function () {
23880          /*News Ticker*/
23881          var ticker = $('ul.home-news-ticker');
23882          var tickIn = setInterval(function () {
23883              ticker.find('li:visible').fadeOut(function () {
23884                  $(this).appendTo(ticker);
23885                  ticker.children('li:first').show();
23886              });
23887          }, 5000);
23888          $(".nexttick").click(function (e) {
23889              ticker.find('li:visible').fadeOut(function () {
23890                  $(this).appendTo(ticker);
23891                  ticker.children('li:first').show();
23892                  e.preventDefault(e);
23893              });
23894          });
23895          $(".prevtick").click(function (e) {
23896              ticker.find('li:visible').fadeOut(function () {
23897                  ticker.find('li:last').insertBefore(ticker.find('li:first'));
23898                  ticker.children('li:first').show();
23899                  e.preventDefault(e);
23900              });
23901          });
23902      });
23903  </script>
23904
23905
23906  <div class="NewsTickerContainer">
23907      <div class="box-group newsGroup">
23908          <div class="newsWrap">
23909              <div class="box-heading newsBar visible-xs">
23910                  <h4 class="box-title"><a href="#newsPanel"><span class="barspan">
23911                      <span id="dnn_ctr891_dnnTITLE_titleLabel" class="titleText">IN
…      THE NEWS</span>
23912
23913
23914
23915                  </span><span class="baricon icon-accordion-closed"></span></a></h4>
23916              </div>
23917              <div class="box" id="newsPanel">
23918                  <div class="boxcontent">
23919                      <div class="col-md-2 col-sm-2 hidden-xs newsLeft"><span>
23920                          <a href="/About-Us/Newsroom"><span
…      id="dnn_ctr891_TITLE1_titleLabel" class="titleText">IN THE NEWS</span>
```

```
23921
23922
23923  </a>
23924                          </span></div>
23925                      <div class="col-md-8 col-sm-8 newsMed">
23926                          <div id="dnn_ctr891_ContentPane" class="newsticker_c"><!--
...    Start_Module_891 --><div id="dnn_ctr891_ModuleContent" class="DNNModuleContent
...    ModDNNHTMLC">
23927      <div id="dnn_ctr891_HtmlModule_lblContent" class="Normal">
23928      <ul class="home-news-ticker">
23929      <li>
23930      <a id="xuNews_rptArticles_hlNewsArticle_0"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/1/Barnes-Jewish-West-County-Hospital-
...    Places-1-in-Missouri-on-Patient-Engagement-Ranking">Barnes-Jewish West County
...    Hospital Places #1 in Missouri on Patient Engagement Ranking</a>
23931      </li>
23932      <li>
23933      <a id="xuNews_rptArticles_hlNewsArticle_1"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/2/Barnes-Jewish-West-County-Hospital-
...    Sleep-Expert-Says-Theres-an-Easy-Solution-to-Not-Falling-Asleep-at-the-Wheel">Barnes-
...    Jewish West County Hospital Sleep Expert Says There's an Easy Solution to Not Falling
...    Asleep at the Wheel</a>
23934      </li>
23935      <li>
23936      <a id="xuNews_rptArticles_hlNewsArticle_2"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/10/The-Joint-Commission-Names-Barnes-
...    Jewish-West-County-Hospital-a-Top-Performer-for-Surgical-Care">The Joint Commission
...    Names Barnes-Jewish West County Hospital a Top Performer for Surgical Care</a>
23937      </li>
23938      <li>
23939      <a id="xuNews_rptArticles_hlNewsArticle_3"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/11/Brazilian-Given-New-Perspective-on-
...    Life">Brazilian Given New Perspective on Life</a>
23940      </li>
23941      <li>
23942      <a id="xuNews_rptArticles_hlNewsArticle_4"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/12/Treating-Blocked-Salivary-Glands">
...    Treating Blocked Salivary Glands</a>
23943      </li>
23944      <li>
23945      <a id="xuNews_rptArticles_hlNewsArticle_5"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/13/Lifestyle-Changes-Are-Key-To-
...    Preventing-Heart-Disease">Lifestyle Changes Are Key To Preventing Heart Disease</a>
23946      </li>
23947      <li>
23948      <a id="xuNews_rptArticles_hlNewsArticle_6"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/14/Welcome-New-Physicians-Dr-Elizabeth
...    -Huebner-and-Dr-Kara-Regan">Welcome New Physicians  Dr. Elizabeth Huebner and Dr.
...    Kara Regan</a>
23949      </li>
23950      <li>
23951      <a id="xuNews_rptArticles_hlNewsArticle_7"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/15/Dr-Christopher-Lynch">Dr.
...    Christopher Lynch</a>
23952      </li>
23953      <li>
23954      <a id="xuNews_rptArticles_hlNewsArticle_8"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/16/Nurse-Has-Been-Giving-Her-Best-For-
...    48-Years">Nurse Has Been Giving Her Best For 48 Years</a>
23955      </li>
23956      <li>
23957      <a id="xuNews_rptArticles_hlNewsArticle_9"
...    href="/About-Us/Newsroom/ArtMID/1141/ArticleID/17/US-News-Ranks-Barnes-Jewish-West-
...    County-Hospital-Among-the-Best-in-Missouri-and-High-Performing-for-Orthopedics-and-
...    Urology">U.S. News Ranks Barnes-Jewish West County Hospital Among the Best in
...    Missouri and High Performing for Orthopedics and Urology</a>
23958      </li>
23959      <li>
```

```
23960          <a id="xuNews_rptArticles_hlNewsArticle_10"
    …   href="/About-Us/Newsroom/ArtMID/1141/ArticleID/18/Long-Road-Leads-to-Bright-Future">
    …   Long Road Leads to Bright Future</a>
23961          </li>
23962          <li>
23963          <a id="xuNews_rptArticles_hlNewsArticle_11"
    …   href="/About-Us/Newsroom/ArtMID/1141/ArticleID/19/Never-Give-Up-Nurse-and-Patient-
    …   Connect-Through-the-Power-of-Hope">Never Give Up: Nurse and Patient Connect Through
    …   the Power of Hope</a>
23964          </li>
23965          <li>
23966          <a id="xuNews_rptArticles_hlNewsArticle_12"
    …   href="/About-Us/Newsroom/ArtMID/1141/ArticleID/20/Check-Your-Diabetes-Risk">Check
    …   Your Diabetes Risk</a>
23967          </li>
23968          <li>
23969          <a id="xuNews_rptArticles_hlNewsArticle_13"
    …   href="/About-Us/Newsroom/ArtMID/1141/ArticleID/21/When-Emergency-Care-is-Needed-
    …   Interventional-Radiology-Suite-Can-Help">When Emergency Care is Needed,
    …   Interventional Radiology Suite Can Help</a>
23970          </li>
23971          <li>
23972          <a id="xuNews_rptArticles_hlNewsArticle_14"
    …   href="/About-Us/Newsroom/ArtMID/1141/ArticleID/22/Breathing-Easier-Finding-relief-for
    …   -chronic-sinusitis">Breathing Easier: Finding relief for chronic sinusitis</a>
23973          </li>
23974   </ul>
23975   </div>
23976
23977   </div><!-- End_Module_891 --></div>
23978                          </div>
23979                          <div class="col-md-2 col-sm-2 hidden-xs newsRight">
23980                              <div class="newsControls">
23981                                  <div class="prevtick"><span
    …   class="icon-arrow-left-generic"></span></div>
23982                                  <div class="nexttick"><span
    …   class="icon-arrow-right-generic"></span></div>
23983                              </div>
23984                          </div>
23985                      </div>
23986                  </div>
23987              </div>
23988          </div>
23989   </div>
23990   </div></div>
23991                      </div>
23992                  </div>
23993              </div>
23994          </div>
23995
23996      <!-- Social Media -->
23997
23998   <!-- Social Media -->
23999   <div class="row11 socialRow">
24000      <div class="container">
24001          <div class="row">
24002              <div class="col-md-12">
24003                  <div class="socialWrap">
24004                      <div>
24005                          <div class="socialCol">
24006                              <a class="hidden-xs icon-google-plus"
    …   href="https://plus.google.com/+BarnesJewishWestCountyHospitalSaintLouis/posts"
    …   target="_blank"></a>
24007                          </div>
24008                          <div class="socialCol">
24009                              <a class="hidden-xs icon-fb"
    …   href="https://www.facebook.com/BarnesJewishWestCountyHospital" target="_blank"></a>
24010                          </div>
```

```
24011                    <div class="socialCol">
24012                        <a class="hidden-xs icon-twitter"
…   href="https://twitter.com/@barnesjewishwst" target="_blank"></a>
24013                    </div>
24014                    <div class="socialCol">
24015                        <a class="hidden-xs icon-youtube"
…   href="https://www.youtube.com/user/BarnesJewishWest" target="_blank"></a>
24016                    </div>
24017                </div>
24018            </div>
24019        </div>
24020    </div>
24021    </div>
24022    </div>
24023
24024        <div class="row8 newsletterRow">
24025
24026    <link href="/DesktopModules/SignUpEnews/css/signup.css" rel="stylesheet" />
24027
24028    <script type="text/javascript">
24029        $(document).ready(function () {
24030            //deal with search textbox
24031            var defaultVal = "Enter Your Email Address";
24032            $(".email-input").val(defaultVal); //default
24033            $(".email-input").click(function () {
24034                $(this).val("");
24035            });
24036
24037            $(".email-input").blur(function () {
24038                if ($(this).val() == "") {
24039                    $(this).val(defaultVal);
24040                }
24041            });
24042        });
24043    </script>
24044
24045
24046    <div id="dnn_ucSignUpForm_UpdatePanel1">
24047
24048            <div class="container enewsLetter">
24049                <div class="row">
24050                    <div class="col-md-7 col-sm-7 col-sm-12">
24051                        <div class="newsletterL">
24052                            <h4>SIGN UP TODAY FOR FREE E-NEWSLETTERS</h4>
24053                            <span class="newsletterTxtSml">Get the latest in medical
…   technology, research and disease prevention sent to your inbox from Barnes-Jewish
…   West County Hospital and Barnes-Jewish Hospital.</span>
24054                        </div>
24055                    </div>
24056                    <div class="col-md-5 col-sm-7 col-sm-12">
24057                        <div class="newsletterR">
24058                            <div class="input-group">
24059                                <input name="dnn$ucSignUpForm$txtEmail" type="text"
…   id="dnn_ucSignUpForm_txtEmail" class="form-control email-input" />
24060                                <div class="input-group-btn">
24061                                    <a id="dnn_ucSignUpForm_btnSignUp" class="btn
…   btnSignUp"
…   href="javascript:__doPostBack(&#39;dnn$ucSignUpForm$btnSignUp&#39;,&#39;&#39;)">Sign
…   Up</a>
24062                                </div>
24063                            </div>
24064
24065                        </div>
24066                    </div>
24067                </div>
24068                <div class="row">
24069                    <div class="col-md-12 col-sm-12 view-msg">
24070
```

```
24071                                  </div>
24072                              </div>
24073                          </div>
24074
24075  </div>
24076
24077          </div>
24078
24079          <!-- Footer -->
24080
24081
24082  <!-- Footer -->
24083  <!-- Enews Letter -->
24084
24085
24086  <!-- Phone -->
24087  <div class="row9 footerRow1">
24088      <div class="container">
24089          <div class="row">
24090              <div class="col-md-8 col-sm-6">
24091                  <div class="appointNum">
24092                      <span>Find a doctor or make an appointment: </span>
24093                      <a href="tel:3145429378 " class="tel">314.542.WEST (9378)</a> OR
...    TOLL.FREE 1.844.542.9387
24094                  </div>
24095              </div>
24096              <div class="col-md-4 col-sm-6">
24097                  <div class="genInfoNum"><span>General Information: </span><span><a
...    href="tel:3149968000" class="tel">(314) 996.8000</a></span></div>
24098              </div>
24099          </div>
24100      </div>
24101  </div>
24102  <!-- Row 10 Footer 2 -->
24103  <div class="row10 footerRow2">
24104      <div class="container">
24105          <div class="row">
24106              <div class="box-group footerGroup col-md-2">
24107                  <div class="footerWrap">
24108                      <div class="box-heading footerBar hidden-lg hidden-md">
24109                          <h4 class="box-title"><a href="#fPanel1"><span
...    class="barspan">Patient Care</span><span class="baricon
...    icon-accordion-closed"></span> </a></h4>
24110                      </div>
24111                      <div class="box" id="fPanel1">
24112                          <div class="boxcontent">
24113                              <ul>
24114                                  <li class="visible-lg visible-md">
24115                                      <h5><a href="/patient-visitor-information"><span
...    style="color: #ffd200;">Patient Care</span></a></h5>
24116                                  </li>
24117                                  <li><a href="/find-a-doctor/">Find a Doctor</a></li>
24118                                  <li><a
...    href="/patient-visitor-information/request-a-call-for-an-appointment/">Request an
...    Appointment</a></li>
24119                                  <li><a href="/medical-services">Medical
...    Services</a></li>
24120                                  <li><a href="/patient-visitor-information">Patient
...    &amp; Visitor Information</a></li>
24121                              </ul>
24122                          </div>
24123                      </div>
24124                  </div>
24125              </div>
24126              <div class="box-group footerGroup col-md-2">
24127                  <div class="footerWrap">
24128                      <div class="box-heading footerBar hidden-lg hidden-md">
24129                          <h4 class="box-title"><a href="#fPanel2"><span
```

```
24129…  class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…       </a></h4>
24130                          </div>
24131                          <div class="box" id="fPanel2">
24132                              <div class="boxcontent">
24133                                  <ul>
24134                                      <li class="visible-lg visible-md">
24135                                          <h5><a href="/about-us"><span style="color:
…       #ffd200;">About Us</span></a></h5>
24136                                      </li>
24137                                      <li><a href="/about-us/awards-and-honors/">Awards
…       &amp; Honors</a></li>
24138                                      <li><a
…       href="/About-Us/Classes-and-Event-Registration">Classes and Events</a></li>
24139                                      <li><a href="/about-us/community-benefit">Community
…       Benefit</a></li>
24140                                      <li><a href="/about-us/our-mission">Mission, Vision
…       &amp; Values</a></li>
24141                                      <li><a href="/About-Us/Partner-Institutions">Partner
…       Institutions</a></li>
24142                                      <li><a
…       href="/about-us/publications">Publications</a></li>
24143                                      <li><a href="/about-us">More</a></li>
24144                                  </ul>
24145                              </div>
24146                          </div>
24147                      </div>
24148                  </div>
24149              <div class="box-group footerGroup col-md-2">
24150                  <div class="footerWrap">
24151                      <div class="box-heading footerBar hidden-lg hidden-md">
24152                          <h4 class="box-title"><a href="#fPanel3"><span
…       class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…       </a></h4>
24153                      </div>
24154                      <div class="box" id="fPanel3">
24155                          <div class="boxcontent">
24156                              <ul>
24157                                  <li class="visible-lg visible-md">
24158                                      <h5><a href="/careers"><span style="color:
…       #ffd200;">Careers</span></a></h5>
24159                                  </li>
24160                                  <li><a href="/careers/job-search/">Job
…       Search</a></li>
24161                                  <li><a href="/careers/nursing">Nursing</a></li>
24162                                  <li><a href="/careers/allied-health">Allied
…       Health</a></li>
24163                                  <li><a
…       href="/careers/non-clinical-professionals">Non-Clinical Careers</a></li>
24164                                  <li><a
…       href="/Careers/Employee-Benefits-and-Rewards">Benefits</a></li>
24165                                  <li><a
…       href="/careers/why-work-at-barnes-jewish-west-county-hospital">Working at
…       Barnes-Jewish West County</a></li>
24166                                  <li><a href="/careers">More</a></li>
24167                              </ul>
24168                          </div>
24169                      </div>
24170                  </div>
24171              </div>
24172              <div class="box-group footerGroup col-md-2">
24173                  <div class="footerWrap">
24174                      <div class="box-heading footerBar hidden-lg hidden-md">
24175                          <h4 class="box-title"><a href="#fPanel4"><span
…       class="barspan">For Professionals</span><span class="baricon
…       icon-accordion-closed"></span> </a></h4>
24176                      </div>
24177                      <div class="box" id="fPanel4">
```

```
24178                          <div class="boxcontent">
24179                              <ul>
24180                                  <li class="visible-lg visible-md">
24181                                      <h5><a href="/for-medical-professionals"><span
      style="color: #ffd200;">For Professionals</span></a></h5>
24182                                  </li>
24183                                  <li><a href="/for-medical-professionals">Clinical
      Resources</a></li>
24184                                  <li><a
      href="/For-Medical-Professionals/Imaging-Information">Imaging Resources</a></li>
24185                                  <li><a
      href="/For-Medical-Professionals/Educational-Opportunities">Educational
      Opportunities</a></li>
24186
24187                              </ul>
24188                          </div>
24189                      </div>
24190                  </div>
24191              </div>
24192              <div class="box-group footerGroup col-md-2">
24193                  <div class="footerWrap">
24194                      <div class="box-heading footerBar hidden-lg hidden-md">
24195                          <h4 class="box-title"><a href="#fPanel5"><span
      class="barspan">Giving</span><span class="baricon icon-accordion-closed"></span>
      </a></h4>
24196                      </div>
24197                      <div class="box" id="fPanel5">
24198                          <div class="boxcontent">
24199                              <ul>
24200                                  <li class="visible-lg visible-md">
24201                                      <h5><span style="color:
      #ffd200;">Giving</span></h5>
24202                                  </li>
24203                                  <li><a href="/Volunteer">Volunteer</a></li>
24204                                  <li><a
      href="http://www.barnesjewish.org/giving/about-us" target="_blank">About the
      Foundation</a></li>
24205                                  <li><a
      href="http://www.barnesjewish.org/giving/ways-to-give" target="_blank">Give</a></li>
24206                                  <li><a
      href="http://www.barnesjewish.org/giving/news-and-publications/publications"
      target="_blank">Foundation Publications</a></li>
24207                                  <li><a
      href="http://www.barnesjewish.org/giving/WhereCareMattersMost"
      target="_blank">Stories of Hope</a></li>
24208                                  <li><a
      href="http://www.barnesjewish.org/giving/contact-us" target="_blank">Contact the
      Foundation</a></li>
24209                              </ul>
24210                          </div>
24211                      </div>
24212                  </div>
24213              </div>
24214          </div>
24215      </div>
24216  </div>
24217  <div class="row12 copyRow">
24218      <div class="container">
24219          <div class="row copyWrap">
24220              <footer>
24221                  <div class="col-sm-12 col-xs-12 mHeaderM">
24222                      <a href="/">
24223                          <img width="176" height="68" alt=""
      src="/Portals/0/Skins/BJWC/images/BJWCH_logo_footer.png">
24224                      </a>
24225                  </div>
24226                  <address>
24227                      12634 Olive Boulevard<br />
```

```
24228                    Creve Coeur, Missouri 63141
24229                    </address>
24230                    <small>
24231                        <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
     class="copyRight">&copy;Copyright 1997-2016, Barnes-Jewish West Country Hospital. All
     Rights Reserved</span>
24232
24233                    </small>
24234                </footer>
24235            </div>
24236        </div>
24237  </div>
24238  <!-- Row 13: Sitemap -->
24239  <div class="row13 sitemapRow">
24240      <div class="container">
24241          <div class="row">
24242              <div class="col-md-12">
24243                  <ul class="sitemapMenu">
24244                      <li><a href="/">Home</a></li>
24245                      <li><a href="/legal">Legal</a></li>
24246                      <li><a
     href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
     target="_blank">HIPAA</a></li>
24247                      <li><a href="/Site-Maps">Sitemap</a></li>
24248                  </ul>
24249              </div>
24250          </div>
24251      </div>
24252  </div>
24253  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
     Top</span><span class="icon-arrow-back_to_top"></span></a>
24254  </div>
24255
24256  <!--CDF(Css |/Portals/0/Skins/BJWC/css/bootstrap.css?cdv=150)-->
24257  <!--CDF(Css |/Portals/0/Skins/BJWC/css/bootstrap-theme.css?cdv=150)-->
24258  <!--CDF(Css |/Portals/0/Skins/BJWC/css/all.css?cdv=150)-->
24259  <!--CDF(Css |/Portals/0/Skins/BJWC/css/desktop.css?cdv=150)-->
24260  <!--CDF(Css |/Portals/0/Skins/BJWC/css/tablet.css?cdv=150)-->
24261  <!--CDF(Css |/Portals/0/Skins/BJWC/css/mobile.css?cdv=150)-->
24262  <!--CDF(Css |/Portals/0/Skins/BJWC/css/jquery.fancybox.css?cdv=150)-->
24263  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/bootstrap.js?cdv=150)-->
24264  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/jquery.fancybox.js?cdv=150)-->
24265  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/jquery.fancybox-media.js?cdv=150)-->
24266  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/global.js?cdv=150)-->
24267
24268
24269
24270          <input name="ScrollTop" type="hidden" id="ScrollTop" />
24271          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
     autocomplete="off"
     value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`494`,`SearchIconWebUrl`:`url(/
     icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
     DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
24272          <input name="__RequestVerificationToken" type="hidden"
     value="K-
     Rqci4tdaMEPWujLfjQCPpTysIZaoOt0XDxLFcLPIRpYk5j9SLlrqLs6V1XmSVHMYkaElaXlMQ_XnCjwLjCPMz
     SUNJDKqVNAxZoiYvJM0KncpwAOQmJdze0oHo1" /><script
     src="/Resources/Search/Search.js?cdv=150" type="text/javascript"></script>
24273
24274  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
     ></script>
24275  <script type="text/javascript">
24276  //<![CDATA[
24277  ;(function() {
24278                      function loadHandler() {
24279                          var hf = $get('StylesheetManager_TSSM');
24280                          if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
     ''; }
```

```
nr.value +- ;Telerik.web:01, Version=2013.2.717.40,
Culture=neutral,
PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
c73cf106';
                            Sys.Application.remove_load(loadHandler);
                        };
                        Sys.Application.add_load(loadHandler);
                    })();Sys.Application.add_init(function() {
    $create(Telerik.Web.UI.RadTextBox,
{"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
_postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr904$View$
ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
0)","_skin":"Default","_validationText":"","clientStateFieldID":"
dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
{"keyPress":radPhysicianSearchBox_ClientClicked}, null,
$get("dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox"));
});
Sys.Application.add_init(function() {
    $create(Telerik.Web.UI.RadTextBox,
{"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
_postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr905$View$
ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
0)","_skin":"Default","_validationText":"","clientStateFieldID":"
dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
$get("dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox"));
});
//]]>
</script>
</form>




    <!-- Activity name for this tag: West Hospital Homepage -->
<!-- URL of the webpage where the tag will be placed:
https://www.barnesjewishwestcounty.org/ -->
<script type='text/javascript'>
var axel = Math.random()+"";
var a = axel * 10000000000000;
document.write('<img src="https://pubads.g.doubleclick.net/activity;xsp=395659;ord='+
a +'?" width=1 height=1 border=0/>');
</script>
<noscript>
<img src="https://pubads.g.doubleclick.net/activity;xsp=395659;ord=1?" width=1
height=1 border=0/>
</noscript>
</body>
</html>
*****************************************************
The following data is from barnesjewishwestcounty_org-source-20160728.txt
*****************************************************
<!DOCTYPE html>
```

```
24315  <html lang="en-us">
24316
24317  <head id="Head">
24318
24319  <!--***********************************************-->
24320
24321  <!-- DNN Platform - http://www.dnnsoftware.com  -->
24322
24323  <!-- Copyright (c) 2002-2015, by DNN Corporation -->
24324
24325  <!--***********************************************-->
24326
24327  <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
24328  <meta name="REVISIT-AFTER" content="1 DAYS" />
24329  <meta name="RATING" content="GENERAL" />
24330  <meta name="RESOURCE-TYPE" content="DOCUMENT" />
24331  <meta content="text/javascript" http-equiv="Content-Script-Type" />
24332  <meta content="text/css" http-equiv="Content-Style-Type" />
24333  <meta content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport"
   ... /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
24334
24335      Barnes-Jewish West County Hospital | Creve Coeur, MO
24336
24337  </title><meta charset="utf-8" /><meta content="text/html; charset=UTF-8"
   ... http-equiv="Content-Type" /><meta content="text/javascript"
   ... http-equiv="Content-Script-Type" /><meta content="text/css"
   ... http-equiv="Content-Style-Type" /><meta id="MetaDescription" name="DESCRIPTION"
   ... content="Barnes-Jewish West County Hospital located in Creve Coeur, MO or West St.
   ... Louis County, affiliated with Barnes-Jewish Hospital, member of BJC HealthCare.
   ... Offering Siteman Cancer Center services, advanced radiology services, sub-specialty
   ... trained radiologists, orthopedic surgery, physical therapy and rehabilitation, sleep
   ... disorders center, surgical services, endoscopy, colonoscopy, interventional MSK,
   ... musculoskeletal diagnostics and procedures. Washington University Physicians, BJC
   ... Medical Group" /><meta id="MetaKeywords" name="KEYWORDS" content="BJWCH,
   ... Barnes-Jewish West County, Siteman West County, Barnes West, BJC West, Barns, Jewish
   ... Hospital in West County,  Jewish Hospital in Creve Coeur, Barnes-West, Barns West Co,
   ... Siteman Cancer, Siteman Center, sitman,DotNetNuke,DNN" /><meta id="MetaGenerator"
   ... name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots" name="ROBOTS"
   ... content="INDEX, FOLLOW" /><link href="/Portals/_default/default.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/DesktopModules/HTML/module.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/DesktopModules/PhysicianSearch/module.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/DesktopModules/ResponsiveRotator/module.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/DesktopModules/HealthNewsFeed/module.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/skin.css?cdv=150" media="all"
   ... type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Skins/BJWC/css/bootstrap.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/bootstrap-theme.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Skins/BJWC/css/all.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/desktop.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Skins/BJWC/css/tablet.css?cdv=150" media="all" type="text/css"
   ... rel="stylesheet"/><link href="/Portals/0/Skins/BJWC/css/mobile.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Skins/BJWC/jquery.fancybox.css?cdv=150" media="all"
   ... type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Containers/BJWC/Physician_Search_Container.css?cdv=150" media="all"
   ... type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Containers/BJWC/Health_Library_Container.css?cdv=150" media="all"
   ... type="text/css" rel="stylesheet"/><link
   ... href="/Portals/0/Containers/BJWC/Home_News_Ticker.css?cdv=150" media="all"
   ... type="text/css" rel="stylesheet" /><link href="/Portals/0/portal.css?cdv=150"
   ... media="all" type="text/css" rel="stylesheet"/><script
   ... src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=150"
```

```
24337…   type="text/javascript"></script><script
    …   src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=150"
    …   type="text/javascript"></script><script
    …   src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=150"
    …   type="text/javascript"></script>
24338
24339
24340
24341       <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
    …   -->
24342
24343       <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
24344
24345       <!--[if lt IE 9]>
24346
24347           <script
    …   src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
24348
24349           <script
    …   src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
24350
24351       <![endif]-->
24352
24353       <!--[if lt IE 9]>
24354
24355               <script
    …   src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
    …   script>
24356
24357       <![endif]-->
24358
24359
24360
24361       <!-- Place this tag in your head or just before your close body tag./ +1 -->
24362
24363       <script src="https://apis.google.com/js/platform.js" async defer></script>
24364
24365
24366
24367
24368
24369       <!-- Place this tag in your head or just before your close body tag./ Follow
    …   Google+ -->
24370
24371       <script src="https://apis.google.com/js/platform.js" async defer></script>
24372
24373   <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico?ver=2015-01-18-142353-393'
    …   type='image/x-icon' />
24374
24375           <script>
24376
24377
    …   (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
24378
24379               (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
    …   Date();a=s.createElement(o),
24380
24381
    …   m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
24382
24383
    …   })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
24384
24385
24386
24387           ga('create', 'UA-6912623-7', 'barnesjewishwestcounty.org');
24388
24389           ga('send', 'pageview');
```

Page 649

```
24390          </script>
24391
24392
24393
24394
24395          <link rel="stylesheet" type="text/css"
…    href="/Portals/0/Skins/BJWC/bjwc_menu/Menu.css"></link><link rel="stylesheet"
…    type="text/css"
…    href="/Portals/0/Skins/BJWC/bjwc_menu_mobile/MobileMenu.css"></link><link
…    href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
…    3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
…    3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
…    3ac73cf106" type="text/css" rel="stylesheet" /></head>
24396
24397    </head>
24398
24399    <body id="Body">
24400
24401        <!-- Facebook -->
24402
24403        <div id="fb-root"></div>
24404
24405    <script>(function (d, s, id) {
24406
24407        var js, fjs = d.getElementsByTagName(s)[0];
24408
24409        if (d.getElementById(id)) return;
24410
24411        js = d.createElement(s); js.id = id;
24412
24413        js.src =
…    "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
24414
24415        fjs.parentNode.insertBefore(js, fjs);
24416
24417    }(document, 'script', 'facebook-jssdk'));</script>
24418
24419
24420
24421        <form method="post" action="/" id="Form" enctype="multipart/form-data">
24422
24423    <div class="aspNetHidden">
24424
24425    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
…    value="" />
24426
24427    <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
24428
24429    <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
24430
24431    <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
24432
24433    <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
…    value="0F4p7y3eOsGahkgaB3KXa1p1J3tbIaKkWRia8HdVvaa+QACStnjY9EUBMSYbox3/ef1ZO/
…    CgSBWLQ24bXZdSo9DN+1bJ1gZy9yGyR5kSxh4osQ3Len9VOKPvEMf4f7mDpPRekYyz9ewnDCVfBfDNTrq/
…    Jq0wrKfGaylyfLyK5VZHKHXIkH4xInJj1hhx4b4L+1VfOyYGj6NouI6Y+
…    0RH3se8co5UsjJpr15PF5CZJDfPfmR2Zzg3q2ne+
…    5Xbra2FqzLeyYNKfq32wtYv5vJGF8ec7C2ShUoQol3eT8O47HQYCQRUZBgZT7U4ywBjytraWnF5d1WAjXgs6O
…    g5YtR6Vn1NTQJIo0G9DFl4vF+
…    0UZmDxH11mpXXVDY05s5coo9SYV3um5QiKgEEHwSmEVuivPTFDcfU3WxabSHQJ3M2LDxIOy43i3pvfCWql321
…    Nnapp8sownxT1+gLN8ELS7LYuBXr4ad50q2ssUbGaFv4HiutBcrN/F2rZAk6lH+/
…    oMh9gCjRZi15hl3H4HGDHfrveNIbl3lpLW9jE8P7tHGRzGWwv+
…    LmmeugPmrTcW3UaceN55ha6rryzcqWscjtj9W/uJLc3pWuWWRVl/rwV/rdIX9CV8/
…    OjXaMApyk3c9jBxjwp6ENFVZwzbFVuZb/Oeb6KU+lxGnUprcPDkplkL/
…    ziHVFIguzOF8FI8lTfpzfE40wScwyMY4guSEKRyH1CC13IFzAM1G0qWogIueMzZIotZbeuxe6K/Mzt+r0+
…    nR0pYu6Nj7PN8J+i9P3vC7FfqaBZt7PJR6g5vb/z0GTIno+Jgz9UqOThq9GIgG/3IK666tH404Q/kaa6/
…    3DAR83r1A+lP1fo/gWbIJ4KQlFj23Xehyj6kF80o35AzjqbsOH9GOwG0IY+
…    pz1fIVBGSRL4JxjiRC5kPhBbVdKPV1EySe5Hq/o3c6BTRIaApsHpxt3iuc5P6vuBCQ/M/qgq+
```

24433... YH8wkVRgNoWoO229dzFlrbTzL1+
... bWjHyMQVeYuLzRqdM5iQHlL5JNfhjBMi0rck7ogJDlFZKEKGgsXCUTWmNUXsWqVlGl4vH1zYTB1J3Kcx3vdo2
... hf25UBPEcT81gjSQBRd8kW7SYC+ZvwC9YoYZaQ+YV88kxS9mibUGbaZXtpxYhHLZH/
... i7FvRoNnw7jflEjw7VrcZ+aYwopCvTTrnboA8JlvKPP6FwyYR3XLVw4N6lwvyo/cRb/
... PMV1GVRE9oF6RR85OWRCnP+
... 3Pn75AVItMQLgNHPOmWELn7KWJp1gFK3RB0hRtCjBKAPyS0CPtez7d7u1JiRxN0WPp2Ix2SDeuP0pptByVHK/
... i8r8I4V9x3LvBz2VDohUKORqDK7V13WreZVAghVUdj7w69BRKrFbdExfO3YGRNxMExGOaBfQb2Ljp8q7sL0CB
... utZPppK9DkJ9h3wm0tnim8GK2DQzo4hzUJtHgykHGJpMNoHHRtPnaFH21J25ADjA2Khsr2mddurhNu1zqvIqH
... D4amyAgpJDATM2AYIvvzaA3lRIPRzkepVmQMCA71OJ+3UgKgjO5BPBn+
... CJSYRCq1u6uNNQ60uGGJmE2riMV6EEroM5006+
... z4RmCks0mieVeHFgJb8LuZvlge5XShMJ3K5XyHaglbBpWBr43eWimHnON3b/jRiBa31A1atb2Lb1+
... 7Fx91A1JsA93G8cctfPgU+rrls+/dvEEdiT7HYdEGlRJJp9qTcBpD8eTXxk7yJybZvNC0dRPZ7e1Pp2d/
... r4haCJva/GUEtXa05CnlnpqLFtoih13AFTzslnH2vsZG0gXdbiBh3DsRwQrn5/mVcYUP1LTjWp1ewP+
... NQFSpJxshTClkoswtldt5uwBawROc1r73SsU90hV/vNTojhsKwYU0Ut6lcoLoP/
... ttbcAUQn1x8TYCjratKs7BhDzKi6WF3j61JP9Tl8fG4zzGKhyxRKiWtb+kc3gV1SoyO7AQCBkOipS/
... KdS6qQqSwTDfGliwe3u9bHHj/dZB51xd/dTrK5oibOCvfxYV4K18jb27IwIoQK+
... KOIbvQjGPvL8ktKgXohUBTCR9CsmVQFb3/fcKvtOKBeRo0qhqWKxJyk1s2KRtGZGEsnPvmxlF+
... JtZrqbGCnRcbbhn6PVA9JG+BZVjPuaZzW9vpnpimGu0ZVYUHJVLq500g4/uY8hCT1Hjq47+
... r5ebqRnbciVkiUevHCPDgx9UgZ/ZU+hZD4VpoIWv6jl/CNVQf0RmF7bUWh+
... BmS4fZLWu0GLcA43RHTka4UN9gC4m/
... mODiciv2nSrnMAvq1adrSoolJCtierLFa8f0NjsLzihKKOGmJYS5lcEk+
... HEFIDRiXDsP1vyKDyoJQo6EFdOLDhiLvQO+MBhyvPlrD2ZlJA4XuoYH4AxRuvmaA2Cfc2xsP8+
... DqYCMkDgcHcjrca6Vtk8I7o+DJ2Nqb2EY5LGL1rKjsmwGoiGTXFFSSNt/
... XKkp0lEjYjU8cUZOUXHOO0QXaaCOXcrfLP3dfojufoUweBh+
... 2oQ3527g6wpdzPRd6Q8FRAZHwKMhp5HUfCCJqbyX8TTDyqAh528LBuUVOw3iKpW6owLYq1YHrw04r77zzaDRJ
... 1ULIQpSuzu7ZnuTCt4Z2ItfJiWIYv+HL507DWO7uk1XVR0OZ55Bz9+
... JGSGn6BBYgkVtowCKdQ6qrCgoLHsHnenA8UR4ha1UvNoTE+8f6pveRo87f/2kSMv/
... z2sdSkKyKapuMj0CpaP2T16w4kpt6lU1CKBM+5dPLZr/
... f1SvX3UIlK4QE2iza0dfeVjTXibVk4KHy9hMyOsCtUso0CW07P0LFhPG3+CbKfjuLF5QWazTLQTjhY8gnB+
... LOqv1Bu8D5G0aNzr+7+/qj7/pfoQVcT5nWigUbGNA3d94GgkY5gfjvvAI1Biie RDWDfPJ/p/
... U2hQyErhz91YVyswG9XgNSM2Yek4PWtwX0P4V3Mk4PP4lQR2mamEKMsqJO34t1lvxVdor4dgQJWik9jTsDlnm
... pxHdxnhIuxeB6qHda/H5SBwaFxCeAJymTKv72LBteYu5td+
... sbQ2MtNvg7mJIPdlKyDlNizt1p6nTuvZp9P5aUWRZS/
... 2hnZ0yTnqUeplKHw6LtdJdyqnC501L5uVChuignvV2NlLmDXnItRsyzf0HeCSRQ4hESpXQUjxmdOSc65qhEqV
... d0Z11C43i0J0+hoNNrXBOT5AbSiR5MxmlaW9vl/fDaBEWTY+S3mbciZSBPCyqqHtA+llpuZHCCX5/f6OgJA/
... 6p9311daCWK0GmTY19kwclOncYPnuHPrtwsa2klGDKr8hX1NMehvRVz2jYYiAiVmeGuyzlF7wPddssM3dpRpm6
... a8PyPzLi+2ZealW+0P9IOODdTKHRbJqc3xt0qGkVR3+8PzTLpqH37JrQXnBzY7cu28Jhyeakkszx48R3sug+
... TAkQ7EQyMgtk8JPQJr8Wx4DWkN9E7GUmvlvklWk4is5vgxquPutxegOqFHbSuV1bb8g/AR4k1J7d/wVKf4/
... UH9128A0YW2nsxHSHtvJQpeQQ6tZ520GcCgZs9/tKpJoGPTfq7+O3iHoq6TRk5cxeUuuASOIrI/
... 5uJ1c3pLfIWU7DrSQYb78ps9s5KizaLxDE9xS5akn8+
... VNtkF7x6eV00wLEqAUnLiwpHVTiqU9wWQHOkno941MRMAevFVdGjdJPlrW389xlwdgBikxImv
... xCJBuXv+HaJiprTpCKkwJzhmD2z0uoeld6c/ae78F7F7dKWnyGviYq+Be05jitdr/ZLPZBaIJdft0usQuS/
... 8BO/MKnII+6dlJsjeiGjPVVgioQoddMCxP2tBctJvfH+9NX9kmHUk3I6OLTbQDpy71TMwkkGOTvjFCFlh+
... TJ7M5gKyo7rwkaFs7Km0OQtXvhrGz11ziyUBtB7HCeUFUXDqtsRHg37yMKIR7w6qXMqUjOQpbeuaXzrZT9qKN
... /rvAxr0X8KRpSDVqpxpF3dhag7JaLCYGiu+QWvymIx2z/X6vI1C6D3064b+dWB2X4wLsdT3Ry1VyfGlgXyo/w
... +vcFdlQ4QozT7oizRbh4JdKt86h9bbEnVOuX2IhwntIkYLaohcUZZR72p+Gx+yj9sZZEFaV7c/
... yzIFNVXNqomsefYN06kgKPjKhRrcclKaW5QqIynceFXFQPlLAIqCzSI1PmMvvtVrRQadU9ospp+
... X6BGjsKYhMo9Y+gDmip6ZOMda8xmxe787ZhgFTeqMfcujuDBs4zlJXcHdtqGkqLL/52Kui2Gb+yTwghO+
... D0GaFoOXemM4LNnurH2oHHWdkhWIoLg7QbX5kJRIXEJvcWJwLUNQEWdqwWlvp89XfYDqGGnCHaH26XlYu7
... KeIG/Fkph6QFJyclI2P+1VKA16kDYYaXpJFTqhg0ZlrxaywjvAV3l90AGp43660tP6f+GOt+
... J4soDjtNu7aci90MgNNCltD28wM6/
... mrRRgKVauUWGHbo0HjV2eab77C9Bo46Y0xkVjE7isyR89OxhXhHsZLiHgrkzti6gjTOA8gukk/
... LS5wpp3Srv1eeQfAc42KaH/BntYJgsyWYBXQNlsi4h8UvNUvguRaRk10XdzBAklHPGk+
... Rl8tmBlg8vKwIH0tlfukKQ+39GBShHfSbYmOmhHWIoLg7QbX5kJ... [truncated content]
... 4VjuVFHIVUNAjAxBKBwDO1ojkrjdZtyaoWaO5+XHhifIuf9szzijrXAf6Y/
... 0rfr9bF2Gg1rf7uxyJb6hfQRiPHwgt4EIBpAotVgNObojJ8fF69agDhla3/
... pbCOE18SGha7ack1kjEjkx6VxkHI3KuFGAOrt+t90isrXn5NggaS2fQ7xWsHErJLjI96CMLAO/
... adX9jqHHy3iTtTBauincJcGSw/2F7gt8nF+Fq/zB8RPr+

24433... QDAYuHsFl9lR9S9sxZTcRoxWineUxkW8DSgxS1IMRmDAoVp3fYZf/
... KeMSuMkE499VDz2Txdjm59NuEshpKS7yv0clY3XB+
... yLfu8z5dzPrL03EZcPNKrEbfDz76YPbDlMMhG65EMmyjIZ9AM1qa914nQR6h9WXl5f6i0RNE9ah8MaPYlT8N6
... VkaS50IxcFscKQDr7LpDRNZ8yhhQ3gy7y1h181Pr3F+
... Hd4l27GcyU80nOD89RsMT95go5fC0fSWN6GXqBbrKx60yQzYUZF05BTvW2cpRVV1kM7ZKFwVjLt7X02ucALpB
... n4vD4UWuk6TDmD1CLOkRnAatbtHMKj+22zJqAB/OqhhPdVVRom+
... Q1i1PJ2QtEVbo2IayVCdIigO2Y5ZejxmLCLK8in9mwZm9XtrBVhM8ln/zB4nMNpDCrEHne40U8hk4dtE/
... fWrabxcmQIAHLct5kF7U+9pgDcW4FQ1Nr7TNioj5Eeyz4WJ0UZcRFdVY4HJfl8+
... 0JYckEN3yC2xVHUZ4duTDKrLxrnbVBD+D17bhd7m10Nn47YFW+S+KN/
... VHU7F7WUaorHQsTJws0dpWN3xBVSuYcKdX42emk7vSuGYsFgeLSCw8YadxqQFQZpDpOTpMZYL43aodaKpUnTE
... B240p0VOjAXEfGu9d4w/
... njfZwczHZU9awVWyKgm2G4CYBn0eT4dKDgl9zDPFva2pjvSjwUWvRIjWteijdnFMUzT0Hm95N9ImkivUSf8gI
... 09awrD8I2asm7BtrNSardPwt/fkhlmd48R0aEtM4POQprFwaITb+Vu0K5u3q78vE4I5oUbEFX4vk/
... 929mf34T2tmoQGf5d5/iqBJT2uoNreDl+sNJkx3XAwKi0fbpNK4/
... QvX2CbeBNNN9r7jPVeDhZOwU1LW0Q4vNUSQE92OBExNw7T5I74UF7A4juFb/
... R9TFBGTtKNipsIUgRCtcQ9nZ4D/nQwloXI2ZIcYF25hT6CS2LYlGeZ0aCP4EODfiAV8HmSryqXSuTj+
... SYIilGiOswAU3oupyunF6yxnKHMKQbdnpcFxu3Qve93wJMAU2c9LYdJ97cM/0YhLAg1oPw0ZfKfP+
... oqEdjW3boG7dX8SF2TMW+
... J2jpu6BxycWB8U4XKJWSDVrnykJ374EtOU2H6XSQ2m51fviq6syguAVKNdYTNMsIWw9GkBli1qk0ItPJgZuKf
... XzxrMA3CG2WH/V7UMN/5X8b6QvgyTqXXlPkDy/19WilGAWjPMFteNpAb7EouAx0SBkd/
... utJaVZyS3LiMYu3u0DbOjWsaiIJK4QxU814ZF0K+
... BEYq73FOYEF15CvdtYspwTxkj23oiSGz1wXrnOBp3gZCba1WzA0QZJVtcenXvZjbD/
... 1DA7ttfKgfRzjWrCqjj40O4y86Ay7zJTegCnfPP02CXyGSQAqQHIg+LQquk4+e1+uzh6ebBzXvZ5BaKQN+
... 4z5kPLID6RTxQXpHZBRx6MSoag0PfJtqkzB80RMHweAYagTy1EJwbSd6a2lee/z9f7YnocpVG2ld/
... H8ou4VEXvjiGSwPCpAjeIMzRu5aTRs1R57J6hYt0192pfhB8GX8rpne/
... Lhzz4XWKNI4ymxiJKRKA1fZkBNvNL3SgX7co5copNMuieSvXEKDMJLF+
... MFrv8WEkPjCUp68xVdtg0uR3w9u55SK7WAiRwvn0ZQFdbujAl8AzM3Ocw6vvkdoEImIuD0WlCWB6ixXprQlTR
... FmYSBlmKE3psFFHKpNEksf1vrI5w7nGKsrWGeQZYCof1Rv68673rpGmCtD5X3uBSOnPD/
... bWVPEDg80Jb6xRF7xPZ3nxTdhItRRem/+
... zKh5EnsEyvS71V8Dj9GnqBOQ5W88YIAjGPXrcMK5EwDbBKbTjyVIzEUzUmne9Hvs1+
... pB4hq5wfnnrs1t0c3OuPOta5PzAqpqjTSixESA8vO/5WlFNa5LaIZ+lBN7xrYgS/Mu/
... slnbzMVAlTvI3bbwWrxxFawWo94x6rGZ71ksulhMHBOUCT8TDHi90Ag/
... otOkmcrOFOotfumhKOTT73UpV3W0A2N7DCb61uM2R7H099p7tdJURIrZ6hHOsUFNQGg8BKS5JocuPBJHzTWFo
... YM9aI9AgrblFtslJsHM5sYfFXCekn7Ox0ZgermhzRHZLL8WMZ/eb+6YOubFs2H5ag8QgukR1dfER5um+
... u8WcDDGgzC5ODL/Nzcpgb58ljoqOU9JQhn0+crxh9/oaRSrS+7J35UR+guinsBNoMYvfrE7in8akS4F+
... jwUTE3axQr9BQuhR5elxHsDHNAAcUs1+
... 0S4zmfJeV1VYettzg1JPdTqOCRrSP1PKPoQrqT9rExjclV5hiYzm67Zgt1HgvdE0V27MVFpMJsJOldThS/
... jYPsrl8bMogZkRYZrztg/SN60G6xeH7o+npi54CtQWEn6geW524J0pz+4h+HxOHovH0CWf/
... q3APKcL81ikfqCK+qekt5I3Uww/6nbGrUxZsl/
... A2m1rpTlydBiEUNGMZogqKeJX0GdSMAtHJf3JokqSxDF6UAt4iCZESO9cmRycYCQPsAnfOXKJrTTTll2w1JQs
... Z1LflDPyrDsWx/I+GWOW6sMudSo+
... AG6UR9frqIJmES8BNFphPPRS7DgE4puqRykyJl3Eoi6iN2xjS5IPVz9nnjOvf0+
... rWcfWEdN42yUJbuRRFLQwHWiZVdV8kD0X4VhVkOelgAx2eDodVVnudlAwwpnRxCaTQh4iPUwdLNtgYjzdc3+
... Wh8mNWUE/teMRPDTz0mmHXRzjTxyl1I9Zho1Ax7xaWl7Dhzjnm2i7zn4joCejboqjdFTDvo2ImLwLzRca/CkZD
... /hMwpkYXQCX//Pa+fA8P4P8D62a+1p2faapTNhEo7RcBgsn5qMkYzn4bG8FRwPHMcNVyzXuqExF+/
... pCKbZHP81R/Inq+ETd27d3bsv95D8y/L6HtDKmdg4meNqHvOkvbsFNN5ef5DIOoqqEMvjNrQd/
... ck91SjQZZ3PnV5Jy5MLgFLOLUnes8ynHOsoKBFf5CEsgqeAFBR26G16vp5FSKOzQf1cuIRfeHrj8DzNhWJwBR
... CuCOdJeVsSPlQio6yYXOsLAeXHIPh0hb9N9K4+gJcEgSUlNdRnFuRMaLe2JDx+swWPmgiSn1myt6/
... g1tVnSjMYe95Gpoh4pxVQeutjxzWPtl8TtgPZXI7OPj+miwk/ksF/9TajTTTrEDmBpwwfyl/85+R8+
... wHDkMflZ8+tw4NVy7PhN56Ul0QYj1WBO7ww9Vfa3YkMhGQ74NvU8+HyEQWdVRczP4tDqx/
... UP3ueVqFiCUTHqDS5ZMH22A8wNcn+qlQWvsvMIQ0lFMngMaKfJ5hf6+vckprlKSdr+uvLqMllkkyQ+
... 3lbyA6cGAYWw2u5Wl9m6LcypT6QxOdo+
... rykacCq74fUZXQ4GLXJCsmq1OkWKMM77GM5u07ikTtaop1ZgpioY9psJU3roQDpf6MeSTy+
... 0OerHfPtPt2y9hclq1x032ZjzE9NftPRxloENRBzUrssYYM6fD9ufidT9Ch1HwpQXZrF6BjrGbxT5DbqxZhN9
... vzeR/yxPpbdj4z6Tfb9Dh9/RL04dRZ6GQqptDJIgV9O8pyS56/cZrLyzv89xsbDlDrgUtAGdb/
... XeKeKlFo41r68UL2eArsK27kSy7d5cOAvq9IsBdOaDrtBHvDRwCTfpdp0+
... lkNl2Rp2QuLH72lcGMUSf5AVvq70BqvRr9wdg3serLnxbgcBqFZjgJ2yihZanBchHaWG7NOWvFMbIFLMAmslL
... bjW2OAHSp/+bNiHFE8D2WNp8VvmIi1Ewi2yqYYYHQJ/eLoN3Axrn0pugJ6jKO7xbtV5peezdpVrThRPvPh/
... T330VZta40gTaMCnaiEREt9N24FuX7THwDOBpi7QgSgBnuny1ZIBrkTG9qqSxICaVd9R9m9RiBFlYzmbSR2fxCc
... QEjoc8W2st0BVQ7GHGD8Di2U2dUzfavQjgCwY9Vjdmcqpqgtg65R/58pTUu1H9Gi4NImAvQmwuo3hjKn1x8jP
... /sHjSiG8BPEzztEm5IiPhFgnuBL/vn2bYiV1lXi9RoNEpSK5iy/xav028isXpqNopu2JAx67Mf/
... 3KlOxIxKLVfgvwkwoQFWKmYrrbA7BXPkmlFaVhMAdCKTxmwbKPVeRSw/biTUhI2knWF/93a/+
... r3TJBk4oOBGmSsDtDN7PiaOVt6xuvycUdD0GEYFZIC8eDpDwWoC+
... wKaQ5jpYbWms3kS85ycf6ounPODsrioAggmH/R4IhqQZktRbUcFGQE8e/ZY/gbB4MiitEblunIcVnZetH6K1/
... wH1uKzHgGTVOm7CEUBNgRNWuZHg6v2Sb1RxBUL/6QkOVk9fpIPAI4MUTE/F5MMEDTSp/tj+
... wvvWVZU7vrjxigbKTuoJKn/+cK92EsJfQi98N9R9Xcsmq1tlb+
... QYlq5ZKHn3GmcA0qq9wI7VmyTTC8d3o8hrVaz2bdrEcQ0KBYOQOrrodEhGhLqE0m2zLvV6Ooprg0HVCKKshPJ
... w1yIDdFAkLsofPjBGlPRsFkkH4kZSl9tNfAVWP+zqkLs5HFeaI3uGeBbTAk8tFQ15VvtKA+G0Pew9yfrd6tg+

24433... h9fvxdbmPrnDWCacbq4z0aasmForhknBVNjCvlMT4edhPfoihOEN9589o1XbuBeaq2jPy3m123saf/
... PfljnO4FlXAlGNhnoyckguJOL+XCL0rAGvItIiye2P/i/VVz3+6WAKmWyHBK++haIZy2eLVP7+
... ORqFCHwupffiD++JTQKwOd95T+BZNcbJYRv0CcmtR6xv3ihKBNw7n2rhnSknV9MSNm9M7nPsZ5Sv54y+
... g47endXQwTrVi93dFe1RqdUhou6Uvd2SnCMo1Di4aODLSi4GN0iUqeWy37Vj2en9WFGUBdi5fwY04giIigbT
... OURa1xsoXrWwN8kLB3WlBd8L1Gs71TE/qrPaJbKgyQM62udHftpxuR18Rveht1K9WL7L/
... jAZIT3BFAXIUxiHubtA0yfv8ImlT+
... c5YS20alMCKOxfqUq6P1RO9DomG4CrFK4sQC1M1ffgtTngMd11nmTYmXMXSzBsxPo/
... VyjqonZuFzJlAxCL6T18Y4/XKjN6EaudHnbj276/
... OR6Fxb8YFHIjsXp44CWC3WUt9szJImfUtHNpudHt7H0qcK2cLXtqOzl1xTQoskvebJQ9UsXYH0kp9xv9v8ByE
... zzrxnGO6MR/BNv9RP0rMMRUA2kYd8ellOWpEOh+faqqVXG5F/
... SaC6n3Rzy6TRiqUM8AN2sD5JWJN7NcN3MNdVWF9r3GH6HYLwijgUa/G/HHQaGNaIBJZTD0IAj/
... iwXUjzzzSCjDmUrpTnesCorKcMptcfSf+rd1QS566O4vzszd4j4yvjU3c/c8ysfUD75/
... YtG51pW2NhAi2xzMkxCI7hRRV4Uk1R+
... Kqg8caTmAlEDO5fpWJmjqNn1Etdu5lBxPKRBriPvDH7uLuY2iEftJPurLqjCom1kcdP1fYo7HGg+
... eKGWxxHvFBuZk4haSpnLW58wh4HfMneg9mO8Ksttznwgq/kbTYsUOnPH3PYQ40MSbYTerS8Mhr+9W4U+
... 4xTnPx89AG7apRIm5gRUxjImHB/BXTp1+MY8b35/+
... AG2bzHpd6cSmUYweiuCniscMM2kftd50Er9NnaeZ1mOMLgzOJCm7p318pqL395UpEK3A2Rz6dmAlS9dxLK233
... KBYYIcAte5Y/ZBgcbML2tVf5bhYtoStBcp/ABAGvkEIrKDQ/57RjIlVSnAfPvunQ3FZ1DyZC/
... g8NKxt3BEzOdj4Os3V0XqGfUu8cIkCkLwr0my0K51zPeCuzyKKhudr8IwH8k/54yF+A23mx/2+
... qViGf0yGoelDHdlTk0N1jg9qtIJbDjgDfVl+/Mp8kebQfImPAk8z4M4DsHvGutlZEmQvn6SWTOGX0eA+myx/
... 2opBI1HmTwoE/Nq/
... 6bAyuiJJaBJ9TITSrsVsijRGW3vqjzmtvjBH9Ayz4kSt5ppir8NbHbC2LTAaf4qKWpcXjfKR3h7Z1jDwuMK39
... snJO9Qiai0twXbk0KGyfHZBdWmVm5/8cNRAvwvHymGzIc26hXRHTeqfPwfr70QBebsVbNtmHdpid8VJrx+
... TTw0u+/NxxpnDak0ZDy4NmzlIStgiYnkFM8iqKKiV72Pozb1LfBXJO94W+qvgHr+ZNK/
... I3w4Ep1PYvashqym3vgguxuB+ybE4dWYbeb/5pu+1rGWl1N6SYzY9UKt4+e+
... KH3oZ5y4M1fdBg1S8qQJOWMNDOf4QQOTWn6bqFW8Statr3mKPHhTuj3rK93rtiZyClnQgm6bONBPzvgUINujJ
... aLAlq/8Y3FDaZR+R4T5GWjcPUNwi+SH+D8J7ivVBV/URHqLv/A5IE9ue6M0/
... SKwXwcFZaie8cEpuBQg8G7f9odsWV6LA3fyo0m6XEVVlahl7MxkmSsCzdCkQIPeLm9Ar5tTcrPsZRYkF/
... mG9dODuINDknHIjbBF06TIT92yfI8MDPU8Zb2iQcvJR772amwvrOOpVJIfY+N/UEaBXyt0ZlALUoOUa5/
... MYVKA/VHN51DVy5qDMO2lRGsKq7Dhnll9MpWFgKwSLso/
... cd0w0REKz5skLWTR7o2B9nckCqtRVi1yN0KCyhBwH0DwRN9Kl656ytPMY2bhGoMeMhHmAAtom2IGHdLzFNdw
... L6KyEZXdqNF3nlfMtcu41e2Bk1bWRoNeAoqKoqJgu7P61xAdro4d3sMWrkDj0t2TIXjfIVSr2wynYb3cjhH9
... fDZLdA8CD/Q3y80vxly+yWNJII6zp/yzPOy42bSySXoiTu5NxXcZc2s3OQrYaxn1b1KMR/
... cH5BFqQO9zFOISYsNZaN5MgaQ/1m3rMtCsjKWbuzQ8Cczp59iPYPWXdqq1jB4G7MN+
... F0l48VVBJCI6qGTrllnloB8nYEdo/wXsmo26sejM7y9T23ddhf//fjCoiv8XPBPI/
... Pr6VnOaPv8GSlTN1GvLMFJ9pS8TNUajvYbIHh1v/4JGmKuvuFPjI2vhEr08mntBKUEYSDGdfpVB/
... uAHKNSK4vNyFpAbSHnwECnSAxNJ08skeNymeLnRRzb1nDaWwtAsM7FusR9KNM3xNwAj5jG7XgMxLnigkEwovh
... 9AozApW1Oc+eS1obRhjddAPcydQrOhnMYdv552fvL9/EiPW40HIVz4BGlEp+
... Fzrl1qMl6AzI0Nn6zo8a51LsNKjCA1Qf2ugBpaYtyieF0+zz6drngYxgyHnFXHv5OECD2CiiKaRS/
... BHpGd9K8EAWtYNKKySdGtkj/2NOfRafMvyw5foSa5cVlFmGWSpF1BiJfWNHv9tXt3E6DKv+
... YhHbBOltQAMWGlaF/
... c9ZCgf9je5Qnz2Tx3JE92PCgs2UsXkBd26ZkUSrXRmyBBRpb5pcHrAeoqy2NIU7Ngdo7S2/
... OEZXmXB7mOKJvQrPDRFvc76ZPMXiCAOErLrdmK9b86tRAxn9sbZ9YEBsLLCqqRpeyQRJ42vNIy2zPBPkHPmMD
... tUnzSN75y9zc5Ew4TJlpo6AJqnGXjIQFFKGk2CS4otZhJB4Lxhz5v7Mm+gND7+3+
... ijIEpwzzJlXCGbqbB0kivUM5++/Op3vVZIu4pH91MUyyMBPqCNfOgMaS/hQHeH/
... fHZHWCj3cqtAY9zWZIM7WM4wwW8Gz5wmvyjgRJLB2SA2/
... JUPCd7JHYRnhEXh9BxJT6SwK3bH6yMU5t5ZtT4nhHjQEcn5ZlxpOgGB8T1s+
... VyUKHj8VMLrKdaooa9lcOCfPUXWuPzF+ZRFFO2plkh4jMPq9z2EHbtxtKqyrEifwTvHbswmZlzok9gxbytXT/
... B4YJO9RWUDFHqrm75yXVKE9MbcAPfj3d5HdLS72rXaymHAmhMvd7dfkfXHWp1XBPxQ9c/
... 2yDzuKD1U6FFL1ACGNoF1YhQR1t661+wXb7UzHYrDaIft0dDAyxb5OuZgP+
... 6qHwufuW3dtsdiIGhxyELKOX5tJjUG5LgsY9x4qUX2daQkBYTw6LoqD/86XVd67IKdTDz+jg1IdgRUSiQU+
... T4GNJxTpZu+aFTdsnOt57ffvSHZth20b5V5RRUA+DV6L2q/e5KabbYq+Z9uyb+Wgy0sJ5Jcq5VABTq6wQ53+
... V6OEiIxKz5ucY1AqzC6QUJKdsX//HvxvWXZm5BEmgXNsUINq2YDZQzQxeYJ+fQmQMQLRDxWaCyZGjeMhlybw/
... YNjVuXzAxQEER4N0r+7uRpaPFGuL9Qb2LBepFyac2lPISLdhrcf94wMl8xMd98rqL8H9WigaYxauG+rXa+
... 6k9ZDk+7YOt6I0JiuRlHuFB8qxlfD0kipbGKqvfpbsXItSeg0vCUMoT7o6JBfRKHU/8H254hvtuEP3/LC8/
... 1Cb94BLMPMBGKMiqrgYq261o7+huddk5H8WELHF/48oNtxGhr7cmSI8EP+LOPcdYAfvw/
... aRlMDrpNURD44tFK8k7pwS7tbhVN4kW93du+yD1SHaE7+
... YfpUBhGFAKa3fMT5XXmBRyDZLIZWmUUKhYWTbBZxhe6hprQVlI2Pq8lcrT9vK40cj72pLQorbXbQppSRpsDrN
... 9xKCZYi/Tvc6oRuJAHTFH181ukQXJS63rY7kVTla2P1PVBmvrzkdkm+V1JQaP+
... hNdN0BjPMkwNB1XeOKone5jpnkMn5Kez37zIy0Nj1fEGPuyxUwWUH9VkImuaymwffPQPLqbjnOiO4iElIYOXg
... uEJMZ9XD3C3c2LpbN/qGUsSvBchy5kJ+TQEtNe5yVClkP460QWDb5mEEU+
... B5viC0rAcG3Yyywg07o8lKRckFkERE/c94YWVK9aYtKtu1a1auFP2RuhNi2149hPw83UoJzFIuh4vsh+
... NjY0XSeAA30UZ0OG0nkciDdkjjccjQdxjLIKCgzzvo+
... KtY61TjYQvuaC8xILu03stloFGtb15IYvziaGJhDDa4uExp7iDagm2vLVZxWbw7dvq5w9YTunGqGfgvOS8ZiF
... NSMFQ1Re3+/W3Fz+
... KIVjzmn3AIS5AQrpsyXnetxLez8uv373fmH5w5amiifSMCU85giHI64kfGMBQFrUwNnoQQm71s5vhHkCLswKj
... sAroZPlTI81umaWwiomZaMM/1H9LkdCWPv83HkBAL23X2CJ3KO1MiBevAH2lakxbvSkP8jOnrT9+
... nN7e7fCld77dxjJHllZJ4C4Xh3CiTHV0kaiRe3t87RdnqyDznIyz6y/ohZoAdCWWs8N7Tz/

24433... hsYu2UZyY7n2R7CYYNt6R3VrvJH5vBKfSVkFrhrs1ihq1lBNAp7sQnsELVc4Qrkv8c57Hedp/
... lMAfTdYmsgWrACP2DiqbSikOJqJNnspEAg+/0MFdejy3Ol6YbUxXJNhJL+siMi+
... kU1MzJ0nPSQ3Z24NqmwIEe1KWGEVwtTm1TTXs6f0S94v/5CxVEafjqW1c245Em++jaktGT/
... elGr09XIA6ZDHMwvYWaFEz4OENVe+APA7J3E/iHtSBAIcqTF74MngdP8Dbn9+
... vlCkvM6nUXUtpgZvAHbaYaXZHIPUkjO/
... eb1GPcLVRYjBt7idmbEnDyALO5TUVqoV2KgvDbX7RbI4plqfNXw9UZHEHeqQxo/
... smsvEjUDZt13rO5NXJCUecOKVyWdWuhvqMsz1TK0y82fgPDDArcKNmSyU3RQrBGjQD7t2SKrrxx3SVnrpIst9
... E9dCtm6XKtwFgKNkh2jqx217AA/NQVB9drSYDJFywFayibnQmvHSLGDRRvSvn2cqC0+
... ED3x1Y6aIrzji9yKuiHvxGR9cvjG+NSQOuYL9z142EGMABirJJ5IbAsWTfnmxKOcGC+
... ZrAEYShveMPQhkZKEEKxEqTzzUMai7QrcmpKuIB1Mjvw/
... n1qGMwQDOJ2xGS3KtmbFRXNrA9tr1rHaLS12JHUcYRrR/zIFz81TSiOKy/
... jrWnKy2GuNVHkvZG2xaDSV9NfKg9Ny4INTcX6hS/1/
... TVjaw73DcMT8mY8pzlnuvX1hPaQygXaD9037YriXOIinwZ3GknKxQxSy/
... mvFWn3UFioe2HNqTTNmfnhBhK2AEZ5drbCXCoRTo7j0msBOuVT5t93AdFZ3UrHQlF18H5VYo+
... SWxTpFTFGc2gwnx8DdD47W53qlXemiHBrIwkViksf7Hnm3Cx1iIyOOJ+
... d5ArCQNdEyhNzNJJ7wnEURtDctMuxpjOXWpiHhxXvi4m9c6wBmR/E1DCNpjq+vVVfCws/1w//d56tJN37ez/s
... +84rjGRVcXSEy5K+ZXtD84jjxJGUIV62rZH+
... 2foQpwRAi1zvK1q8v0TTWkmDhhUcBmbZvtTTOT9HPZ99ayglP6DKucWlfNyqz/HYmx729e46gyK9FD+
... qaZzFddTOBKpn87/YYOkjiODvwhpmqMXUM67vz3kAZwnYUZZMU3p/4A+
... W13A1Iah6T6nqRIj0njYVv9S1hA3yRvQsd7unW8nmCFZ8AWzJiYOpNqjXCpglaF3ImU3nE0+
... JQDHkX0I7AMmKVhxUATD6yGXNot7ohzGrnxS3gWQ9k4UrMw3wXt/CK/Wm8Yhyrxf7y50UUkAmqkw/
... suQ0pzWXI48it1BKe7+DLQdiZc5kjNi+
... 4CRpOPZJZXb0AWfHX7umapv52DAvUCUOibOdHFY5v47PDTnzOPGFzd4mXS6rhTSzxO8CjFlhQm2qRzNrf/
... Kp0FFlUFuELqiFZGDP1mHm9ODMU9KHyIVAnA+uKadCVV+bAXDA7LBBs1JX/
... Wp2qlvRwWHnq9kDyvYJSt1qEWycGXFrbDauWsNdXKaIO9o0MannjNJxJcuQGAREilpi31VRudspdV0lYZCXHm
... broRlMbIT/MRhnmJE3Bfha5u91cqzyzYxMnTcwkKQX48MI9JLxgdnFXas2/N3Bcag2vi6RlpF/
... 9Z5yQFgoq3GlIHrU93xJC85vQh+
... eTqsLe8fiL65uusUWhD3eA9toGaW21tYZmQNTaO5ZRH9Iq3KcwiEUQMhQdhM/EmfmryPrgnBreOg3B+
... CcKQ4DIS5CZ7L61ck7tGYQ6qNorKe4AIxTnj578adY1KUNVOYxgmpgDm/zgYOOE+
... bIgJm9u5p86DZgBC17rS09XTIO6Fys80LvBB+0qKy/fVAvpnxEmdN9tqp463+
... 3kl4RXtUpecMIIQFkKnIN8cqWQ704EoRD5+6A91Yqtk8VuRrWgQK3F3VNj17VUxh87MJCJimY0+
... Q7o68pPm9vewD4TniRT0+DmzhwC3n+Pbuk41TO4+rf7YsSKf6uLFpJFJTwMLtLTGbVmpufmW0rgGSr2Q/
... Egyxxwv4JcWZBHOIR4WSxrQ4Sj8ie4DIByRaroMTwcYbXR4EAi+
... yo9KRMF7fMKgQoGaeTOlohfi0wGLNLTzuSopr/mhEZxTeHMYyzfKkxecs56SFEuZu/
... 6HWArH9o7TFWBwFsocYIvIFYPRa6WzNhALFgQHlbNkhakN/d8q/
... Eymm9ehFhPif6GvY3kHNHY4r0gUbE3kTDd1ErLIAVqVLiOPSexOr/ygluBmDHdw3G6H4lMLcppzjDUm/
... tKK8eG9ckK09V9l0yqpyT21O6RKnHq7WKxCC7K3h5JvaQMRqvnTZ9z9beuOtc58UmutXlIm/
... 08dq7Ni0qA1nNIVez7C7L18Q0THPo4y5zAThf0zbOm2hjKMGgGswSh+
... 67Dw7nguwTT73vArfA3imgMGPl8z86cP50KRGGQ1oPAfXSIwAs5/++O7088Bfhu0xPa+
... prSFtG8jXRaJxBHGUOJoGTa8VoT7vtmevUthbuq5Q9buCWZvxEF3+M1ZHTINPW7bPsLm02BG36Kgx+
... qLgc4VavnGJibhpbeGt/hSvG7w075gRBJVLhCsbt27j8c5r1050P7dJ/
... YplFPWjttb1Tg8UfPWShB0tvjYVE2GRyu64hCK7GrMIbo/Ho/lO9eTEXjBDoJz3la2SPRxjPHvBc1yUW+R6/
... LEuq8sc2TDRK7h0/Yfa26NvLYe/EKIU/n7CsDMyT+l/Dmk6DyrqHJtzyZ+sG6eIPuuKwyGu5xkca7e+
... WWd3x0jmXSswDFP1F6t0EpvqHbKYdkKNs6YhKRMbPuuM16npXWFzaOPbTS+Dqmqzl5UVaFCNRvM+
... zDOUgB8U6e7aSU0FFIWfGVUhpMJjwThxt6tkI6j/
... msMtly6V7xdiHM6IVNq4oYphWwAodd0EC6OkwMeId4eHJkY4t1ONOcnX79fL+
... hjX11zWHV64s2TdvXh40noGY0Tu+GjRs1BCxMhrW6abP9GvLCF1JenpkEfYeWzw7JYKKbksj+
... a3gilbsaPeRavqzoJ5kOpDgi9n94SNflMQL+
... eaJmGNrNBCq6VEvSG6XVrNYP4CsefFf9h87A0NcPPaLPN4PnObwLTu8Uncj+
... 8VI65txR0GUAlUZ9Fl9xUdVlZQl4PGIqafKhrEN1p2dPABT4goPOqOVw1MGmY+
... qVsmGbMaUO9b22f7fcG8C1imD0z5iVWoziA5lsK/
... qcGiWBALmKghM3jDSuajjDVSS0jkXn6AZMxPw56Nt6GRRyzGWw7IWROf7f/QalG7/
... QYkYTd9MKfRvA6DorpnWbz7doOcnlsdLL21mafD5BfhBGCtkgnJm3kW81zBFa39/
... Sn6DEoIxqtZcsOscrwrc8qlKQky2KBVLhCsbt27j8c5r1050P7dJ/
... IZZHUuHL3u2wtrLiprHToblpuRR8biHRgRJHMbtuh0jAiuRVL47LQv7dEXgFD6D7TX0XRiqGoAvvXFuTu+9+
... fOdqvhXuD4rCzKuErNhcp+
... cbzAwtUaJ3j3xyCMGEzy5BZ6fE8zagKkDbyl4WsfO1oErYJAiJ2qsXDiBhoiL0CjnVO7VnRf/0Shtn6A/
... XIbf9gZFEnrgH0vb9Q+vcgReLSVZzsnpQbICXYLvp7UCOrag38z4zwptN4XOF7T87CfTdud/
... EXjeu5GXUp9hcYKPcLwUZC6ecmaEJ2aLclN3H4PPjANmDPV8niCPIOWYNxpPM7qusJG8j1iF1v4wZGMUb4YqT
... S5GG/mn317rB4jL/7jR5/lS4YYljGyX/q9+Uf5wUXMPJrOm9Xsii0SMey8gh7VIe/
... CFW7wZ8eFzSXI3okz7eKGNbkyr5KVkq5Q/BhGnJMIXc0t5emifoT34mARvO5c84TArVxG5FI+Nu/
... Acr3t9H6QB2AK91pF8IUJ9pyNRiibZMWbvjSombOcdxSQ1LHKMHAnGc0FjDug6WL065WPue0H9EdSWEuo1gBU
... G+mTdPAlf1c3xW6amRPrnVRnglj3DIHs15kKbUertX3RgIoaoy0gfHuQTWbOFaVsvIDq1PA5fhyOew0pj1Ou+
... hx3eFK3bMuygkEGwcIkCo20X5fqSMbmwD5IojbQCFprDHF+GOCVbrTSW5K/bUUk7wM9V/3m17L+
... 7DZBrEmdTLnrypQeOG73QwT9Y7UWeuxXcI69Aa86gQlp1RAPUrZTHpTo8NR+
... OOfItGzq6k0F7zaEcq86O9hGsf2Q6WB0nnEq/eFvr+ly01v4pn1ejQu11/
... pPuEi5BfI4BApiD0FkO03NwRfNhf7W0enwEntCSzuxXIsgYKnDaAsnBOkpjjDM02p7SntFmG84Iz/
... pc3tn6EsXn+oyXNe2QGuoB3jSZmq95+clSW0h9kM2q/if1bHGZsf9YUBL2HC+V71YARGqz8edeXp/

24433... TNT jk9SPHREVugYVi3PMo8fVndf9wnAWlg3pukW81sfqUB4z j5i3WV9es77asqHKsoDzISOno1cfoC/
... 3oL2kzVj6y6FgVMKuMn54ZKuL3usbhpL6HDfVh4yaV3I1j63vZst1KWb/
... lYIp8FHrBYc1J46otFBuoonQMiylr99Iksn/zlR5cuftDuGlhQejg4xGVXIY+
... CLYNvIs5ztQAmGNvPY83jrpvOghzfHeBbMEekuWbL+
... 5lhWHyZG9tr2DJeSvYdbuc2rzUWYmcbZSg2d4xqRVVeYZvWw0JLjcr+Vcs47IWwIs/
... j2bAgNwFHKeqpwlW5jZneStndfMITA2LmWBQpEt70bc96nClvs43IZAPToEdRVj6iXfBaggoBWLGuhzJnRTml
... DLdr0CSh28wnw8thY8/ZQWz0Xd4DqC95z7dz6fG/
... xvKckbVgXEEtWxCtmn8hHNBNX5ywYnNmcciLwR3lJRDe2KoEtMalbS47QZPgx2uuvA8x66P2TPs/
... Bmn0yVQ5zI1x1Yif2TLdGezhnGLH5ATOIC128G92too0G1ZD+qFHsuHTz/omYbA7/RXJrFVo0g0h/
... OZcd0mRZmgop4x7tQztZK7mPr1DNUB7L9/YAraTOXrsMUNLAlBl5bJgidLBOUZgR+/
... CurewJPI0DJtW1gb90T8/PwLmJAUic09SwAEK+b0j3AsoGbW/
... rNZcrzeyMyI5ctVQDSbmxNAjvVdZL63JZ7LXjc95/wplqWISmFf/yiLw0j14RtfF1P9PbIZLoLLF+
... NOOkUFBK0amV8Ym456TSFnCX2yP+B0I40M6CQ+
... i5LmIdn69dH9i7K2lJoHQQS4C961VXcwPPRaFmKtbMirguTZUULYJReR5iTzHuAFoHH/
... loi69ZsR8sjX3KPHUvX5c1LLt8h0LjNNVWd+hlCC/
... h88ytC7Bbkkif49K3Q5S4jvpzmfUllEVHTmryWn6wqI3XS7ZCWduYqf8uwhdG6FICYpjMo7WnQemXttn1bjZO
... 3cBKKuCt6fVrjFYNTHXd3M3WAjGydbdP5KoyvMlly1cp28ogc1avCGD//
... t3yuBkXz31etjrNz5Gx6b7GWsIeHluDXlnNvAfrWjLeFgIkLw7y8IYOuLunVDkU4eJQszo/+D/
... jVMCmMiH7qst5sHQEvZQqXxTBjJZE2P0/G0n1ZqQ+
... i1jiH8Ce6uY3BzNFXWWeRJMyQQteYq236vKtF25gltbP6Q7nd19YECrTjXUJcT+EDDUKYaSV/
... oN4o7rBVPF4NPpkeUMOS4m7X1jFTCVVFimXBdCLoOCGGw0Yccz5//RXPjvbdeCVPB35Kk/
... XSzguO4lijXhoeAzE+6B+spp32M2r5OEYGDM9n1052Hxrf5Sfk++
... CnX6rvlessNvdqt8s96sufkx2Bhl0vJUgC1ijcgMiAbAayv0e8Z70wH8t0MSTpRYT4WpE+ogyaR7NQYpkyM/v
... /oP312kXj7/50bKrcj1QhPT/H0NfGpf2TKknQm2HdxOfzIyK7gGnEbJkOkwAEs3dK4bC/p6W57k+
... kcd3yDVBjvy8DQnIEN0xmSZsOrGMRwvTnitcZ5T51AzaB0MzIAgWS36Yxtz5C9fSDITSXtiL6jzAxyCMZlxK1
... 3kGOu/mCbUb6ZJNdXi8frIp/gUrJKe0s5w6uCxxU6WcEOlOQPZsNhNsCxmAm774yVEMRgBct2JfmN+
... zs4JicQXeoiQboRJSk0Mr0UOtnFrHoqev9omlKYO3mCS6KBrYxSSoQAQANM0pAOZU+ZZe+
... SviciccmL7UPIEhwIo3/RGYloi4tHlAaIIUs+
... qIT7Ua6EnAyd6IZyWjDmVYToqdc8oxtFzoBBQpaN8KF6rdTNUfYv3+Mt34Z52bPwyNyY/
... l8aGZXkdrqEqyRYtYVuM8LzY90CQGNc8I48ZDJsa4PM4aU3EM+
... Y5YkzZ1S1oAwAMEE8MhHggc2msMuwDV0lfiOZUIiLwC+5LqxYchf7/
... XeNtZGyFXmWjgupRrrBkNY5G16beRnEDjfHyQ0njrkOXOtmWgw0KTsmhjBxIh7ePYEvA0rAaswnZs9brU3aPJ
... 0WZKJTLQCvrYpMzvyx+
... alijWdUggBLHbtHk7fR1PEl4gX0iDX9bi33tcSuJJjtdr1xZCayX3ey7oeiNaqhUXsMgxRUNz7PNP/
... F0zXdFiyZl7QBLjNI/arOaNG/syWVRyf92xA0WsFUoRwOGYMdqZYuK6F16+QI+SiCkQ7xBGgeZ019fxHUI2Zl
... +snsKSewQ0060SoE+R35N962F5cYvFRonjVGuu5T2jphRkZY6GfdoM2OP19qw+
... UdWSBplEuJmueXQH0HrxCp4143/a0FRvwXEo9P5pKnO/
... YFPOZqwhv3RI7VB6FV1Kql59Qd2L9SU2iCE4FUTWegdqD4JhwymhAmAq9M0zG2GPpyWrwioSXzYUdrsvYi8ep
... VvO7qR4IdoBcls/ZKpGVcifAKe/vY4ghtnAJB4OJkukBdqopWtnlIRyd59ekAMU3DBOgdt/aUGaNDZuGGGN5/
... +U4HDmwfoZD8HYTjhrxy0WgdR4R6UuoN67I/A/Aj8cge/
... gGBJKzC8FYz6nHVLat92IvS7Fo92z0KacVD798ThdmgTy8vFJIJvH7kNh0mA7xoqXF6hRLp4e0DovTJn2M0/
... xCY4zgtk5Nv0vOLIdVlexpUL5GibBwzetCeP9MhuIyUupdm79vLW5IsAnT0U+
... bGbNrXZEwG2dVoiNyc4mFYAFPDMH1pe4IiSBOzPx8Kok4VQi5+mnyZyPJgccKapNeLHxzHCo+LjZwopWQgXFu
... +JPm01V37mY6D5BKzQhs70Qob2STTPCU86sqreU6gPE7pnffpJM7faT3/FCm6LofA6haNYdMc/
... XWia4L7AEaCJkjZcU/
... 5YRXleHNTzRuSiTLasxiQRDQXastjuBjyHwdZAXmmlTzlbQQAH6n5uPzLMF8H5ePhRW7G625kh35IWYkmfJdU
... gB+FrD6rKdKLNfatcLSIA7lZkcVAdpt09/tkXvlcfBRZP4rysmtpf13Fpp2gcENRqdsrdd/GY0pX6mWcJG+/2
... +aaJDNcmDcSTv8UBsPeTeqwVRlwOky8REPkW7IKoHCdCH8UzNDjx+4/Xl0WJ9l40x/
... 6SfL2J2jcyWw8aO0B1QJrt0FJNELAyCxtnKwkVpQzxmhPs6Lc299gytth0oodnG+lB/c4wXQ6CKMdJ6BrPuH+
... Wpo1poO/D7Fc/h4UufJYI9ejknA6wkwOMtOzkdK5904VvbXI3SZKnEcGjZdO+RpPgqs4lmupeUdxLv/4/
... 3YO4EYbiFMU8OnLuLrWie6p6cWLlUWx3qHqDr7Tky9s/
... gwfFzvpwhHmchbqhJDR9MnfMcNLbZCVvUThiXhJVbfNX0OfEMk+0LQwTvzpNuE34xeJn5KH3yu35ROnxQWp+
... tv03Mb7w/QJuuVX/iGbXYJvkn4V+4qg34kGAbWld6UQm1dqb+NJmtxkRtPgpEBtCDcScgqW3sr6csl4E7+ce+
... 19UW5yXd4pnFV1CIbqXE+wV1CJgLDiLYnjtaL6YG/
... YsbGpFJfFHprXmPkpdZ6v7yeZt31m75GAkG7f5CYD2MONZP1/OhDOOTLE/Q/xiHCVU2bGzBePk8r+
... HzlduZLipM8EIVe/tI0mzg0h10ltbvpKrK5JUe9gYM/gGjhFSRX7+TbxtyY0z5J44D/
... ubbjJBa3J2ntitDlQj4oKvzmEnEw+
... htYiHSVJZOsTW9xQk5Na8ynwffo7j2Rh5vPIwU48cPVDT5FMsBQdO2MvOrQvQigMIq6B2lqC3pZK6Ei1t5kCB
... 2IiQbCUnGWHHwr0osFRFZ74gJsLptxQhiUpr3qw2sHRUxFTcNxVrlQ5IZLVjYWrtBZJDmSclMmAnmgPeAsz5k
... tSBVZLA5FejcT3TTcBdMy0YCK14gJfjuDQVMFllqH0Vw1ryZWJ8PeZNK1yNA9PbRdBCic+fwm0K8HxL5F4wz/
... 0sQvtcObaj3bYPN9z5NYnn2Vik3fWy6fgLweig1iAsluj+HkwAg6FauEf9cmsDUHGVXwNJHl+
... qI4Z1wLGLPGcpxvZVj+4Rr0ptL+s4dAG0v7oFiNg4OUoO/l2wQ45sVeEylwqcnVKQz2DdePXfst+8K89kq/
... xp3dlubQqB4Dd9nXtRzk44VlsJUvQc8FVSlyBb+Ij+u/OV56IiZ/
... nwisHYvUIiUnSilcYJqtI51Y0q95lhnt4qfbVixDiA6mdciSN7XmtXasjwUPjQy3fzDo6jYhmZxSTsW+
... 9zIPhWLxV08psbA20fYHAHgSo8JPN32W5QE4mg75vE4hHpMwOcroDlR1L2ogJG+C+tBzYAp/1Bsr3YFtB/
... XeQX3sEQU38VqyLYyWMAPhdklCRvXB/ohSyUBjj4U900NMKp7mWHilj60nVJm5T0HCbZFADzZh4ykhYOI7+
... 5LxfAp913Uig3YYHR6+sb6LIJ6bY3B8oUqLrsH3nXSdqwhNONnpC9uXb+bKc/
... RBHbhEKNxaU542ZNKOyUyqGN8lgfjQTl3FPp3Bn4LHVrd17XbzVSB001LD1Znwtwyul0/

24433 jsTSpfr97iCljJyWzY1b69kScJyN18iwWqqEBjCihEWdo+41We401xBuBAbX6u0mEPB+
sABV5Oe3LiDXgwFnEKDKIdE4e9K9uzB7JZddzP8FTkIIaeCK+Iai20w3AJjv+/uICLL9w+
VxLEJr5OL5fIzfH4G1/XiAmUM8ijOrbB4rB8UK7OViB9SUTE0Iuee6Qu/86gOTRYsR4zLVs9kfC/
hSyyXhVENtk+2+Rq6ZjBfeTGmqyVGYzsi+ONvMhzmQBth+tvvU6fknRlkssMXdhC+
WTu8RChO8t7S0ZcEA8zXyoQd8woS2AYAJHDK5NWkLg+hRxlOOsqLruBW4ckj2I8kd1wTl+
0SbrsBNhqKORUTuM/YmsvkXwaORyMWaGID5nrH1j99Vafr38jp3pI5++
SSj7D6NoMUJLzaHxYA5DNRyN6bOJZs0jUnEpSvUC0v4BP6TkMr9uJYoK+
SMaalRffSTxWa3JINQ8t5m2WzZsEO0uUONVhK1vawu9aHB6qNPPTHBt4ND17NHarioFPgjmU9UPfYmZNx6507
Eli+7y3f93PxP5FqXVmPCNTEotwU/v0cwlCNA2Zi2V1mV1SIml3STkyJrae8Ae1rE3rqfm5m5Ns+
b685yb1ZZ7V0QRXt5Z1tqvOuPOQu1d/Mg1irIjrCc2AN3zI8itnjJOt/oEUucOdOZug3D2II+
uG1NxI7JO4dZHZgEtdgvY2C14P0HLv5EFp8ya4EqqwRbT/2NU7USpAnvkpNA7gceV1e+gxXhJSpo/
OTsag60Rlvp28aURfrGVQp3FIu5+l4zHS8cnstu1OdOF/i46jWaFxIv7f41u0QiNkVOiY8QoXbUYi+hqToo2P
/
PRCdFdMpt52GwKZ3vttkQ1OJJK5DDgkPPW13TlHq0ADBDlwyONs1luC47Cc65WSLfpRGK6puDOBn3ezNfwRVW
0evwt5aOqnY5MmoWNZVlX2hvhNGfSUa3rGWL5owYee08LrS4dPpHsfKzDIUIg2kyknlPDYcWUkxZnChC4vJ4I
9NBXtqIBWytT9lEutHyzxZW02B/
1MSGT32HAPSOUQTdZCD3w5sDMJ0pW4jOS144N16V3evCe18sDUBZWPcmLxqoyQebR1LWoS6XcBLYbOwdOnLaF
9oSm1+M6oCYf1UgY6BJj9vPP6cHvg73spI51S23ytRxAHhfqDje0GdypLwb3g==" />

24434
24435 </div>
24436
24437
24438
24439 <script type="text/javascript">
24440
24441 //<![CDATA[
24442
24443 var theForm = document.forms['Form'];
24444
24445 if (!theForm) {
24446
24447     theForm = document.Form;
24448
24449 }
24450
24451 function __doPostBack(eventTarget, eventArgument) {
24452
24453     if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
24454
24455         theForm.__EVENTTARGET.value = eventTarget;
24456
24457         theForm.__EVENTARGUMENT.value = eventArgument;
24458
24459         theForm.submit();
24460
24461     }
24462
24463 }
24464
24465 //]]>
24466
24467 </script>
24468
24469
24470
24471
24472
24473 <script
src="/WebResource.axd?d=oE4Yje4DwgYhIst0Rhu7FycpmoM1JxsU2l0xt_oR03NHkf60R78-
9zV0qRi70zdIzUffeKCHqL34LFkh0&amp;t=63580299722000000"
type="text/javascript"></script>
24474
24475
24476
24477 <script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&
window.jQuery.fn.hoverIntent)) document.write(unescape('%3Cscript
src='/Portals/0/Skins/BJWC/bjwc_menu/hoverIntent.js'
type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"

```
24477...  src="/Portals/0/Skins/BJWC/bjwc_menu/Menu.js"></script>
24478
24479  <script
  ...  src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
  ...  =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
  ...  Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
  ...  928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
  ...  2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
  ...  4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
24480
24481  <script type="text/javascript">
24482
24483  //<![CDATA[
24484
24485  if (typeof(Sys) === 'undefined') throw new Error('ASP.NET Ajax client-side framework
  ...  failed to load.');
24486
24487  //]]>
24488
24489  </script>
24490
24491
24492
24493  <div class="aspNetHidden">
24494
24495
24496
24497      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
  ...  value="CA0B0334" />
24498
24499      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
  ...  value="" />
24500
24501      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
```

```
  ...  value="JMLt48wgx5/GNN9Rz8gfZXoPXHFTCROLXpqCH+JO3ahhQuo95LS+
  ...  hzofefbiLtAsC7SCE6Pz5SMzEZWPtIt9g7J9n7Xa3YjOfoJrPyhlVRE3sPPb+qA/C1cGEEGq0/nlG46BS+
  ...  ohhtHm5zV0lC1c+cQGBMb4/yDMxGqXPvNxNpyAWQ6YDioV7K1KWQarIAGkzm/
  ...  JZTrzWIze9t1EWtJeBYAD2L919jc4deY0Mjdl3uixAST8NhKYjgp6TmIBT3qdl6c5jICY7um1fQLYXCEah+
  ...  Id6vXJ360Q4cwACDTTd2c5DsxqOgIcku5uqJ6mCC67lgq76n3ka7nZpI71K/
  ...  kTIPBU3dba8djfJroZeIKVvowFne/TBuQCLWNm5ztM+iiESYQd4NPdnDikG9UlYEaXNoAJ0/
  ...  XGFx99JaRoP1Iph/empL+C6yfKm9yWZmSwyBjHg5AaeQeCafnwZRdj9Y+
  ...  wVNxy0FPmJbnHxbWMB1xX3fI9vVuZzQqCY+uVQj/Xw7sSTABQbyDonT1NzXn2p6bLOcj4pXDdRp/
  ...  UasnQ0w1xXIY/
  ...  No200GC45TQXd7WAqomp1s0S8591Z4p75CXfV5vJ1bJEPD7a0XYkN4Xao8NfTz7Wh3lx7ieuNob8GjkefJrAy
  ...  dT43VNfqMw382UjRVQiQG9HAnzWy3u3Qn4JnSflG1VkwGCQ0zbPQICXngu13E8oV8I8eg9c4BsQv4e2PqUnYA
  ...  P8MoTuwQLRaljFKQ2U7+HcdXxY5zy1Jm6rUlcDkzar1Rh5YB4xiy+
  ...  HSsaCnFT7HYcyyk9spY6cAPAQeXTY2FMeeZnODCL04RIXnVd64gwm3hsbvUINFrYilPbRN8IZzv+
  ...  YUl9E9bBBlr5PsqpGAHhUj8rF8nuZsg/k80b+
  ...  JOAqq121xxZcX03UQ5fU4CazaIorNcva5dumNNTy2kimUKletRO+1R+
  ...  UwTZPB2jy0BCF96jQpjrN1ZKK23RGb3Gf2fQ7PN5XM3ApoLPtLt8/c6/xAgrYn/OZ0+
  ...  HcCK7gv1fzm1rkJy3PhOJUWFPJ53zt/a0I/F+4tI1GOqyWnQYRAlyVBUaVNz4EJP2P2yc9GwSOzRcTS/S/iT4
  ...  /oW9pCcIEJohOYXzaaeI7IIcSrUOyvcUKHcRVhP5DrKsUxoR14ElfN3QEICRhBAt51aai1RjH3TKW/
  ...  Au7Rjrh7BzQ2iOBVK8UvHqvjD1X+LLQYKOW3rUnWVHN/KdrLnrC9qTBdAuAUbDbUKKN1SQ+
  ...  2stcS7ismIIjwSsPcxkpmSfNhz2LvVKGE1dWF7O9d0G8QZRkyxAZcRYY3+
  ...  l22miKwgQpA2r7q8h4bleQhi5ADjFOperJKreIGvlzmhI1+zkcOkKPJ0XaC07h/
  ...  vhxiMiue1GeMY5NOotVfPJq5d7vy0443Wn4843KvkWwse9wwFYTqK4YKCimY20E0zU7DBXkJcKXqR
  ...  bgP0IkavviztJ6f8mPYIiJeJd2U++WmsoHf1okc/KhnRxgYhdsV8gq+5dvia+
  ...  F4NF1sCqi8BfJaay5gTuZHXIKmvbphqbiD7ndHU29K+
  ...  TdQIwOTIoRt1t8y54MZXUHaVsZQdcQN7XQhdvBmoOJ9wDNH9kQdVQh+LfhJbvaanLK/
  ...  GhIgg0sagIqohGOvZyZl+1e5q4/HyKDxeOo6dhdP7iicIAkfs8oro/
  ...  9LYrJvt48SkraHuqZZPjDg8VNZ2XGwSzbgDvOD0sJs/
  ...  TaJk2QqnodPExEdmVCCVmqYrKutdbZILc0k1QlpzN0AdVDk1V+
  ...  aS2ckGlAg5GBYJ4R7CG6cSHfVZywZJcScayv8tzo6SMMfJZ99S618DpHA15tlnu3lrC/
  ...  BxcvpiOlXL2rfLhTONxWcJhWSmjTfpDWSFZO44bT0+f3RQjuGtlWf+Av/JYKrQ57B/
  ...  qsg2n63RoCb0JdDwpuTpfO4qHUvnIsJdGsEzZYrj44DShspQbMEft9Ulfs9V4hSqXFGlvTi6r8y5JAlQb/
  ...  Ucxm+RgTqGg7Qekxwj1OmzYDbKGmNeTiGPFmUK6B5EU+ef3Pzi52CXn1eAPMNqCclAzmW44vN+
  ...  LhoEwWIe3f+yCDeTpAs9fymtTRE6s4zSRuxVYS/cJ49YPTecXbMlniLPG3hd5Usxu/
  ...  lif1atsaSa72YdcSv032VIb3vYOlK0VsExNzx1OetNMv5ewu07+OWgqqzStH1Wr4cRCbRKAM9/SAvlkKx/
```

24501... lxv23Tj8w8c9AdaSwrKCnMu1f8x4+
... JZam3sdxzJdPEKNWqV8ZIM2iGwnVm8OvjeWfLWV3VgKSgGmNAn9yNufOWeXESBNHcHiwzWIpDVJ6tfpqMUYiK
... HeikX0aoDEEVQzHjyEdewg9etuAN4BmdoQUo0J/KrX7S7exRj9NNB+
... qomXvLa5BWz3DW1ClU069ZTN34Rp3WAMYlleIbt3xoqlkl76P6dLHyYy0Ykm9WktZUaPk5xseL5Ji9q7D1Gl+
... Bs51wT/c834on0dwbRNs2ZLf7fca0EEkcp5u3c/1SaysNPvj2Hub4kBmDk5ed30WQwCck/
... HrKyiRpas95ICXvBqA2WXKQiG7hADDHlC67iBot9nHIte4LApd/
... EItwBpg5a6k2Zkx4j5t64AxZhbWSoq7gFiJQYamFUIK28MPUZdcIRX6026I9eMwlKdTdyBKMGG79uU1UdW1j3
... y8iYAGFr8vpIeUWyVq1FS+Bu+OKPL8hkTbObn0cKR5o42eBtEaePMqjt2wHMil9baRwNxtq+
... 9UfLmrrnxF0KNsS6dF9kLm4EJqEVjvm4HWyXIyQZDOlBCgAGTpfWCTPariNiIyn3vBhSJYUH18OckyeM5bzi
... W3j4gGPMmdJF1KKdbAAWFwFbzdsWOOTsTBCOZEo6fREpRAQF7XXVMy51XBXn6cgEAxDU6og9pMw++
... UD7Ro9rJuYDSiWjGbhV5g6v7c6tq/
... sR4AvT2Gi5fN6HNTsM3eAZ0SJenlhyZ18LYw1sFP8DgVT468tdMJMQXjOjmqwcBQKCn7Bo0NkpSzB5ikiBsIG
... 9C17pAhF00ZEK4uNMzuRR1/4nU/k2yYHaoWv19t/W6SOQGKE66+cSeLq99YldQVm5NtvCjJv+S7q/6vKE1Ez/
... UYPtr49GH900J1PQxt/9FH+SXrj7702K4e0YaK1eiuf+Axn4X5mby14zUtWYzx32hB/V+asl/
... ZSQaKxNlp6ipRbOcV7pgB9+ym0NWQDDS8sBDrR7rx+
... zl28QrFBBHe5pQE7qHdHiOH7dlo8rlWHKi7NqdqUPFZkrslpEBvA2YIGA4cqxB910SRzu71iqriKYlU1VcZAV
... 7NLNVsM6xFoVSEOmsCJyo01n4Brl/Kn9Zshnll7wZptpejY2n+teFpCiKKm/zjgzZdBOyG2d/HB/PXW6iMK+
... 8jGOng50ne9KoMpZG/SLscCB8YTAF5ysO8jofGH5PNJ+CBTKW9Qt/
... 6HBa0zVTLkVzwWVGotWvIdNKuSKeqMKvIcDZJN63gI+
... FUXu1W6HT4i5bXUdpKjUNPP7nPpfBIUiMplhLJZW76F835qtR83waWRe1jCTWP4L7zy+HZmjvYLH1E5hIa5+
... TvHNO81lAWv38P5UvHwkr12+Gx1qeQQL2cfFErkUY5KM61w0Qc7ZW96T3TU/
... 0Piw88lcndw32pUwu9yelVQ2oZfQF3zO3Q/UvP310MOb/
... 7yewHRHYbb5Najor2rvUwLzdThdtwvGBwwCtrNyxt0THUrxh9k5cfTWGerZjtWID6B01GXU1HMZ2nNb2WUgt6
... S2sHYp+N43HbURYbcP49NOKCV98o7BAz+ERajVy1w9prcgKXe+
... N5Ns5CJi5zQny2tqWExUPoC9yoUyqGN5Ljizl56YwRaSsjG7ueZ+hBOF2aWmh+dgd6pw5FS+7/
... JZaYbzlrxEN9F7luT+0LXEG9/4A6mvsa/
... yDStPhvOBtgU2lxC6XzkuShQi69rFcJRNZxsZ53mNOvk8gWtENZXMACv6IZFhrQTkegzWePVlHP+
... iyrjz3GFlUlcsr7oGvmjsuR9NQCq1J1DQS6KfPc+
... 7SFN3dWOA5GLHxExsRKeZV2dilzp2Hu6h2rte8r20uXyfTd4TrP1DeCcNpzmCR0xSH9tqCJFzn4Jvk0Nqspgv
... /gwKiWHFvrheGPgTGzZvVL5Am52QYlpc8dywhqaFbryg0lidFuHzwl1BNwBZKHJ1R8hUrlo5AQbn6ukA9zy+
... EdjIjA6UA4d9+TPo7PuxWs9K2fGdkrCJrHdS9feLDPTAd16tbzFDI/P/wUypk9vvjC3i+XkMPMCt7/
... aKB04WJIQmFbvuvpY13BLodHZBoY8r6icxgCPtd9fFKvx7UKc9Yy4IfdHmKZnqfkpfOQFmKpaXoAqAIV5YHTE
... 620M1PpZELH6qE01Mx0FPs78fygf/+C/Vm6dNqXqfvX3RUmifWgqoHOm+CZApcR9djsq72H+
... 0ZxbOOTwAtHa01lV0oSc7E45T6Fv1jFuMy4YPGB8gGk2D29VjJ6b7uEbpSsswhuGP+m2+
... arb3j33q67a3Zjh1g8DHEiWQ/laB2yXpgCvX9/I/UjCGno+vdQgxKiCJL7U97sDweKo44+
... 7zxjnZRefD0dB2kon7CzWdW5u3jXZWffjGZC+8UQpWXiKq7t/
... uCqTZ7BhBZPqv73jhJnhyq4wdEWcu1BnQGt4RtTxVyqOzYsgQth+grQrMbWd76LWoECouhH/
... bESXdSm9jrhDtFPxUGOglm2BStJl9OmofSlELOqyYYsV+dDLkZyW8cJoLL/
... It1Sgcg37GkLxfN6tb4RJxT2B3ftJf4Bf31g3CsnOw3dubvH2b39MZAgwW4pNnOjLYccXXE8i7jFXgPMcpAyc
... USCwWBsm7FVV2/PG4dEbOhX5Ma0kciIxKirNIkHOZxXKweUv+2d+
... 5HIshghHN3S5pmmx3elDniil0AdHjnuYLU2kkqRGKDyjCBPDvaRfRHNF4HFAOwM2N6nTZQfARCtLOmT2PYol1
... PgmTR1ryhUTKr2jZeRoLq2acsBm7m9H5UR4J3sAbExK99LzEBrXUeHAZHVN23WIo7iJao+hj/Fe1mMtkI9j/B
... +fh6VNK3RAfGdD53aw7KSuvExAoczLx5eMrMdyiMr+yS6qiOdFfpbri5nd35HRDwVxLil+
... hKryb8vakmlasujLNKSavAiH5Agp0J8mr0xannZWHn0BveMSH9NC5ncPx18rQlWN5nhKrVCZ7wirTPbnIJB1y
... 9VWVxBGvm4jvgdHq2FRQrkskqEzBnBHMfKgAAdEUBa7VLEOZdtH7mwsEtmAqZfTXaGSMAxboB8JbtaKszGAhQ
... 3lP3Gi5bhE2gsGWH0lQX2itiRCUCbcb+91K/PvnTfv5nE0qMIw5ZQDv1Ypn2AotWFItmEi85qwZXIjAuDqYX5
... //DngWZoviEY6WmQpwOberFAGUQ/
... pBiSCpp0QvUM9L2Vsj04MxBSfTMSt1vLAK7rC8UcdMmbW5dVDj3ASE7dZw5pzbcnGuqqVGTWkjnqgYqKJ5LUG
... 6gilxR9MTk130wtSi/hDjWG8Er3PD+ySP4u0Ca8v1+9qf1tMZ7w1hag+
... 8jbcwQbLumRm4xNxQzJfLVTIkLvu40onTNwY07p1B9Vy44cEGWUdCguDBVrQNwy5J78bOif4UIwGf27DqROy
... 43jGDdiDix/rNvJrv2JrlYy9yzNkH1ym4/d2ffaQxxD96YkOLgY/
... 5NpHjVgD2doCEYrh8WACzLAZlHeWje8TXIbi0t54VVpKqcG50UR1945chMbw62karm+5xhGxuOrAd1R+
... 0v7kxrl/XRgI8CxYZcXwx12/RTKKwTndC4DHpmmTalOLpXc36D2bz+oivnyPcS4dNEmdBTfJ50KvzJ/
... xxDzPxMGSmotTHjR2jnpOVClirJ05WiMW4bgB2uW1OVs1gU5gp4eTeg3voNWGpal6t7oK5sJe55h9oXOb7ypq
... I7VwZXgWNXhmnzc97RA4XjOvolPqRX1JbPAtDMjvhfpTEXYTL8h5JFTimbEWVBn+
... qB0qRFENhTyBf6JPrkYYneDWJfdQ5kL+
... pXTcC5kZbfDEmPcm8J6ITtqt3WPsbc325jnpivgv0uoBqEc9NHuEKHImZWoiTemN3kHDoK8O+
... Qlg4T9ktSFdnBcRB1ffdcfMfh4JtPCBsBy+BvKPj/sN3RjmYQ+25R/
... NtrGl0DU454OnqaluF0t4Tiwl1k3T2DZ19ZXIKXkFDwaf+
... ZhkO7vqcJaeRyKRvrwaphtowJb8d5lFKaTujM8ZRHLbL0EhIkt/UlvPMUYt6z/ast4=" />
24502
24503 </div><script src="/js/dnn.js?cdv=150" type="text/javascript"></script><script
... src="/Portals/0/Skins/BJWC/js/bootstrap.js?cdv=150"
... type="text/javascript"></script><script
... src="/Portals/0/Skins/BJWC/js/jquery.fancybox.js?cdv=150"
... type="text/javascript"></script><script
... src="/Portals/0/Skins/BJWC/js/jquery.fancybox-media.js?cdv=150"
... type="text/javascript"></script><script

```
24503… src="/Portals/0/Skins/BJC/js/global.js?cdv=150"
   … type="text/javascript"></script><script src="/js/Debug/dnn.modalpopup.js?cdv=150"
   … type="text/javascript"></script><script
   … src="/js/Debug/dnn.servicesframework.js?cdv=150"
   … type="text/javascript"></script><script src="/js/Debug/dnncore.js?cdv=150"
   … type="text/javascript"></script><script
   … src="/Resources/Search/SearchSkinObjectPreview.js?cdv=150"
   … type="text/javascript"></script><script type="text/javascript">
24504
24505 //<![CDATA[
24506
24507 Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form',
   … ['tdnn$ucSignUpForm$UpdatePanel1','dnn_ucSignUpForm_UpdatePanel1'], [], [], 90, '');
24508
24509 //]]>
24510
24511 </script>
24512
24513
24514
24515
24516
24517
24518
24519
24520
24521 <div class="push">
24522
24523     <!-- Header : row1,2,3-->
24524
24525
24526
24527
24528
24529 <!--[if IE 8]>
24530
24531 <style type="text/css">
24532
24533     body {
24534
24535         background-color: #fff !important;
24536
24537     }
24538
24539 </style>
24540
24541 <![endif]-->
24542
24543
24544
24545 <!-- Header -->
24546
24547 <!-- Row 1: phone-->
24548
24549 <div class="row1 hidden-xs">
24550
24551     <div class="container">
24552
24553         <div class="col-md-7 col-sm-7 row1Left">
24554
24555             <span>Find a doctor or make an appointment: </span>
24556
24557             <a class="tel" href="tel:3145429378">314.542.WEST (9378)</a> OR TOLL-FREE
   … 1.844.542.9378
24558
24559         </div>
24560
24561         <div class="col-md-5 col-sm-5 row1Right">General Information: <a
```

```
24561…  href="tel:3149968000" class="tel">314.996.8000</a></div>
24562
24563          </div>
24564
24565  </div>
24566
24567
24568
24569  <!-- Row 2: Logo & Search-->
24570
24571  <div class="row2 logoRow">
24572
24573      <div class="container">
24574
24575          <div class="row grid">
24576
24577              <div class="col-md-3 col-sm-3 row2Left">
24578
24579                  <div class="row mHeader">
24580
24581                      <div class="col-xs-1 visible-xs mHeaderL"><a
…      data-toggle=".mobileMainNav" class="mOpen open-left-button"
…      href="javascript:void(0)"><span class="icon-menu"></span><span
       class="iconLabel">Menu</span> </a></div>
24582
24583                      <div class="col-sm-12 col-xs-10 mHeaderM">
24584
24585                          <a href="/"/>
24586
24587                              <img width="176" height="68" alt=""
…      src="/Portals/0/Skins/BJWC/images/BJWCH_logo.png"></a>
24588
24589                      </div>
24590
24591                      <div class="col-xs-1 visible-xs mHeaderR"><a
…      data-target="#modalContact" data-toggle="modal" class="mCall"><span
…      class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
24592
24593                  </div>
24594
24595              </div>
24596
24597              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
24598
24599                  <div class="contactWrap">
24600
24601                      <a href="/Patient-Visitor-Information/Directions-Maps"><span
…      class="icon-get-directions"></span> Get Directions</a><a
…      href="/patient-visitor-information/contact-us/"><span
…      class="icon-contact"></span> Contact Us</a>
24602
24603                  </div>
24604
24605              </div>
24606
24607              <div class="col-md-5 col-sm-4 row2right">
24608
24609                  <div class="input-group">
24610
24611
24612
24613
24614
24615  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
24616
24617      <div class="SearchBorder">
24618
24619          <div id="SearchIcon" class="SearchIcon">
```

```
24620
24621            <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
...  src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
24622
24623        </div>
24624
24625        <span class="searchInputContainer" data-moreresults="See More Results"
...  data-noresult="No Results Found">
24626
24627            <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
...  maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
...  autocomplete="off" placeholder="Search..." />
24628
24629            <a class="dnnSearchBoxClearText"></a>
24630
24631        </span>
24632
24633
24634
24635        <ul id="SearchChoices">
24636
24637            <li id="SearchIconSite">Site</li>
24638
24639            <li id="SearchIconWeb">Web</li>
24640
24641        </ul>
24642
24643    </div>
24644
24645    <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
...  href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
...  ;)">Go</a>
24646
24647 </div>
24648
24649 <script type="text/javascript">
24650
24651    $(function() {
24652
24653        if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
...  {
24654
24655            var searchSkinObject = new dnn.searchSkinObject({
24656
24657                delayTriggerAutoSearch : 400,
24658
24659                minCharRequiredTriggerAutoSearch : 2,
24660
24661                searchType: 'S',
24662
24663                enableWildSearch: true,
24664
24665                cultureCode: 'en-US',
24666
24667                portalId: -1
24668
24669                }
24670
24671            );
24672
24673            searchSkinObject.init();
24674
24675
24676
24677
24678
24679
24680
```

```
24681                    // attach dropdown search
24682
24683                    if (typeof dnn.initDropdownSearch != 'undefined') {
24684
24685                        dnn.initDropdownSearch(searchSkinObject);
24686
24687                    }
24688
24689
24690
24691
24692
24693                }
24694
24695        });
24696
24697  </script>
24698
24699
24700
24701                    </div>
24702
24703                </div>
24704
24705            </div>
24706
24707        </div>
24708
24709  </div>
24710
24711  <!-- Modal Contact Box on mobile-->
24712
24713  <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
24714  …  id="modalContact" class="modal">
24715      <div class="modal-contact">
24716
24717          <div class="modal-content">
24718
24719              <div class="modal-header">
24720
24721                  <h4 class="modal-title">Call Us</h4>
24722
24723              </div>
24724
24725              <div class="modal-body">
24726
24727                  <div class="mBtn">
24728
24729                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
24730
24731                      <div class="mBtnRight">
24732
24733                          Find a Doctor or Make<br>
24734
24735                          an Appointment<br>
24736
24737                          <a class="tel" href="tel:8559250631">(855) 925.0631</a>
24738
24739                      </div>
24740
24741                  </div>
24742
24743                  <div class="mBtn">
24744
24745                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
24746
24747                      <div class="mBtnRight genInfo">
```

```
24748
24749                           General Information<br>
24750
24751                      <a href="tel:3147473000">(314) 747.3000</a>
24752
24753                  </div>
24754
24755              </div>
24756
24757              <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
24758
24759          </div>
24760
24761      </div>
24762
24763   </div>
24764
24765 </div>
24766
24767 <!-- Row 3: Top Menu -->
24768
24769 <div class="row3 mainNavRow hidden-xs">
24770
24771    <div class="container">
24772
24773       <nav class="topNav">
24774
24775          <script type="text/javascript">
24776       jQuery(document).ready(function() {
24777       splitSubMenu(4);
24778       });
24779       </script><ul class="megamenu" id="megamenu">
24780
24781  <li class="&#xA;          level0">
24782
24783       <div class="navlink"><a class="&#xA;               level0"
24784  href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">Find a Doctor</a></div>
24785   </li>
24786
24787   <li class="separator navvert"></li>
24788
24789   <li class="&#xA;          level0">
24790
24791       <div class="navlink"><a class="&#xA;               level0"
24792  href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
24793  Appointment">Request an Appointment</a></div>
24794   </li>
24795
24796   <li class="separator navvert"></li>
24797
24798   <li class="&#xA;          level0">
24799
24800       <div class="navdrop"><a class="&#xA;               level0"
24801  href="http://www.barnesjewishwestcounty.org/Medical-Services">Medical
24802  Services</a></div>
24803
24804       <div class="childIndicator"></div>
24805
24806       <div class="sub dropBox">
24807
24808          <ul class="tempUL">
24809
24810             <li class="subheader"><a
24811  href="http://www.barnesjewishwestcounty.org/Medical-Services/Asthma-and-Allergy">
24812  Asthma and Allergy</a></li>
```

```
24809          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Bariatric">Bariatrics</a
...    ></li>
24810
24811          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Cancer">Cancer</a></li>
24812
24813          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Dermatology">Dermatology
...    </a></li>
24814
24815          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Diabetes-Education">
...    Diabetes Education</a></li>
24816
24817          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Digestive-Diseases">Digestive
...    Diseases</a></li>
24818
24819          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Ear-Nose-Throat-
...    Otolaryngology">Ear, Nose &amp; Throat (Otolaryngology)</a></li>
24820
24821          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Emergency-Care">
...    Emergency Care</a></li>
24822
24823          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Heart-Vascular">Heart
...    &amp; Vascular</a></li>
24824
24825          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Imaging">Imaging</a></li>
24826
24827          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Laboratory-Services">
...    Laboratory Services</a></li>
24828
24829          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Nephrology-Renal-
...    Services">Nephrology &amp; Renal Services</a></li>
24830
24831          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Neurology">Neurology</a>
...    </li>
24832
24833          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Nutrition-Counseling">
...    Nutrition Counseling</a></li>
24834
24835          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Ophthalmology">
...    Ophthalmology</a></li>
24836
24837          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Orthopedics">Orthopedics
...    </a></li>
24838
24839          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Pain-Management">Pain
...    Management</a></li>
24840
24841          <li class="subheader"><a
...    href="http://www.stlouischildrens.org/">Pediatrics</a></li>
24842
24843          <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Plastic-and-
...    Reconstructive-Surgery">Plastic &amp; Reconstructive Surgery</a></li>
```

```
24844
24845        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Platelet-Donation-
       Pheresis">Platelet Donation (Pheresis)</a></li>
24846
24847        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Primary-Care">Primary
       Care</a></li>
24848
24849        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Pulmonary">Pulmonary</a>
       </li>
24850
24851        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Sleep-Disorders">Sleep
       Disorders</a></li>
24852
24853        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Special-Care-Unit">
       Special Care Unit</a></li>
24854
24855        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Spine">Spine</a></li>
24856
24857        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/STAR">Sports Therapy and Rehabilitation
       (STAR)</a></li>
24858
24859        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Surgical-Services">
       Surgical Services</a></li>
24860
24861        <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Medical-Services/Urology">Urology</a></li
       >
24862
24863      </ul>
24864
24865     </div>
24866
24867    </li>
24868
24869    <li class="separator navvert"></li>
24870
24871    <li class="&#xA;              level0">
24872
24873      <div class="navdrop"><a class="&#xA;              level0"
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information">Patient
       &amp; Visitor Information</a></div>
24874
24875      <div class="childIndicator"></div>
24876
24877      <div class="sub dropBox">
24878
24879        <ul class="tempUL">
24880
24881          <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/BJC-Home-Care
       ">BJC Home Care</a></li>
24882
24883          <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Contact-Us">
       Contact Us</a></li>
24884
24885          <li class="subheader"><a
   …  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Directions-
       Maps">Directions &amp; Maps</a></li>
24886
```

```
24887        <li class="subheader"><a
…   href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…   ">Financial Assistance &amp; Billing Resources</a></li>
24888
24889        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Free-Health-
…   Tips-Information">Free Health Tips &amp; Information</a></li>
24890
24891        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Gifts-Flowers">Gifts &amp;
…   Flowers</a></li>
24892
24893        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Medical-
…   Records">Medical Records</a></li>
24894
24895        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
…   Appointment">Request a Call for an Appointment</a></li>
24896
24897        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Visiting-The-
…   Hospital">Visiting The Hospital</a></li>
24898
24899        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Your-Stay">
…   Your Stay</a></li>
24900
24901      </ul>
24902
24903    </div>
24904
24905  </li>
24906
24907  <li class="separator navvert"></li>
24908
24909  <li class="&#xA;          level0">
24910
24911    <div class="navdrop"><a class="&#xA;              level0"
…   href="javascript:void(0)" style="cursor: default;">What's New</a></div>
24912
24913    <div class="childIndicator"></div>
24914
24915    <div class="sub dropBox">
24916
24917      <ul class="tempUL">
24918
24919        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/About-Us/Classes-Events">Classes &amp;
…   Events</a></li>
24920
24921        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/About-Us/Newsroom">Newsroom</a></li>
24922
24923        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/about-us/publications">Publications</a></
…   li>
24924
24925        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/About-Us/Social-Media-Hub">Social Media
…   Hub</a></li>
24926
24927        <li class="subheader"><a
…   href="http://www.barnesjewishwestcounty.org/About-Us/Video-Library">Video
…   Library</a></li>
24928
24929      </ul>
24930
```

```
24931          </div>
24932
24933      </li>
24934
24935 </ul>
24936
24937           </nav>
24938
24939       </div>
24940
24941 </div>
24942
24943
24944
24945 <div class="mobileMainNav">
24946
24947      <div class="container">
24948
24949           <div class="topMobileNav visible-xs">
24950
24951                <script type="text/javascript">
24952      jQuery(document).ready(function() {
24953      splitSubMenu(3);
24954      });
24955      </script><ul class="megamenu" id="megamenu">
24956
24957    <li class="level0"><a class="&#xA;            level0"
   href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">Find a Doctor</a></li>
24958
24959    <li class="separator"></li>
24960
24961    <li class="level0"><a class="&#xA;            level0"
   href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
   Appointment">Request an Appointment</a></li>
24962
24963    <li class="separator"></li>
24964
24965    <li class="level0"><a class="&#xA;            level0"
   href="http://www.barnesjewishwestcounty.org/Medical-Services">Medical
   Services</a><span class="icon-arrow-right-generic childIndicator"></span><div
   class="sub">
24966
24967         <ul>
24968
24969           <li class="back-button"><a href="javascript:void();"
   class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
24970
24971           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Medical-Services/Asthma-and-Allergy">
   Asthma and Allergy</a></li>
24972
24973           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Medical-Services/Bariatric">Bariatrics</a
   ></li>
24974
24975           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Medical-Services/Cancer">Cancer</a></li>
24976
24977           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Medical-Services/Dermatology">Dermatology
   </a></li>
24978
24979           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Medical-Services/Diabetes-Education">
   Diabetes Education</a></li>
24980
24981           <li class="subheader"><a
   href="http://www.barnesjewishwestcounty.org/Digestive-Diseases">Digestive
```

```
24981…  Diseases</a></li>
24982
24983          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Ear-Nose-Throat-
  …    Otolaryngology">Ear, Nose &amp; Throat (Otolaryngology)</a></li>
24984
24985          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Emergency-Care">
  …    Emergency Care</a></li>
24986
24987          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Heart-Vascular">Heart
  …    &amp; Vascular</a></li>
24988
24989          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Imaging">Imaging</a></li>
24990
24991          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Laboratory-Services">
  …    Laboratory Services</a></li>
24992
24993          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Nephrology-Renal-
  …    Services">Nephrology &amp; Renal Services</a></li>
24994
24995          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Neurology">Neurology</a>
  …    </li>
24996
24997          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Nutrition-Counseling">
  …    Nutrition Counseling</a></li>
24998
24999          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Ophthalmology">
  …    Ophthalmology</a></li>
25000
25001          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Orthopedics">Orthopedics
  …    </a></li>
25002
25003          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Pain-Management">Pain
  …    Management</a></li>
25004
25005          <li class="subheader"><a
  …    href="http://www.stlouischildrens.org/">Pediatrics</a></li>
25006
25007          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Plastic-and-
  …    Reconstructive-Surgery">Plastic &amp; Reconstructive Surgery</a></li>
25008
25009          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Platelet-Donation-
  …    Pheresis">Platelet Donation (Pheresis)</a></li>
25010
25011          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Primary-Care">Primary
  …    Care</a></li>
25012
25013          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Pulmonary">Pulmonary</a>
  …    </li>
25014
25015          <li class="subheader"><a
  …    href="http://www.barnesjewishwestcounty.org/Medical-Services/Sleep-Disorders">Sleep
  …    Disorders</a></li>
25016
```

Page 668

```
25017        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Special-Care-Unit">
...    Special Care Unit</a></li>
25018
25019        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Spine">Spine</a></li>
25020
25021        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/STAR">Sports Therapy and Rehabilitation
...    (STAR)</a></li>
25022
25023        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Surgical-Services">
...    Surgical Services</a></li>
25024
25025        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Medical-Services/Urology">Urology</a></li
...    >
25026
25027      </ul>
25028
25029     </div>
25030
25031   </li>
25032
25033   <li class="separator"></li>
25034
25035   <li class="level0"><a class="&#xA;          level0"
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information">Patient
...    &amp; Visitor Information</a><span class="icon-arrow-right-generic
...    childIndicator"></span><div class="sub">
25036
25037      <ul>
25038
25039        <li class="back-button"><a href="javascript:void();"
...    class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
25040
25041        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/BJC-Home-Care
...    ">BJC Home Care</a></li>
25042
25043        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Contact-Us">
...    Contact Us</a></li>
25044
25045        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Directions-
...    Maps">Directions &amp; Maps</a></li>
25046
25047        <li class="subheader"><a
...    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
...    ">Financial Assistance &amp; Billing Resources</a></li>
25048
25049        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Free-Health-
...    Tips-Information">Free Health Tips &amp; Information</a></li>
25050
25051        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Gifts-Flowers">Gifts &amp;
...    Flowers</a></li>
25052
25053        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Medical-
...    Records">Medical Records</a></li>
25054
25055        <li class="subheader"><a
...    href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Request-a-Call-for-an-
...    Appointment">Request a Call for an Appointment</a></li>
```

```
25056
25057            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Visiting-The-
   Hospital">Visiting The Hospital</a></li>
25058
25059            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/Patient-Visitor-Information/Your-Stay">
   Your Stay</a></li>
25060
25061        </ul>
25062
25063      </div>
25064
25065    </li>
25066
25067    <li class="separator"></li>
25068
25069    <li class="level0"><a class="&#xA;            level0" href="javascript:void(0)"
…  style="cursor: default;">What's New</a><span class="icon-arrow-right-generic
…  childIndicator"></span><div class="sub">
25070
25071        <ul>
25072
25073            <li class="back-button"><a href="javascript:void();"
…  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
25074
25075            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/About-Us/Classes-Events">Classes &amp;
   Events</a></li>
25076
25077            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/About-Us/Newsroom">Newsroom</a></li>
25078
25079            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/about-us/publications">Publications</a></
   li>
25080
25081            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/About-Us/Social-Media-Hub">Social Media
   Hub</a></li>
25082
25083            <li class="subheader"><a
…  href="http://www.barnesjewishwestcounty.org/About-Us/Video-Library">Video
   Library</a></li>
25084
25085        </ul>
25086
25087      </div>
25088
25089    </li>
25090
25091 </ul>
25092
25093            <ul class="contactWrapM">
25094
25095                <li><a href="/patient-visitor-information/directions/"><span
…  class="icon-get-directions"></span><span>Get Directions</span><span
…  class="icon-arrow-right-generic"></span></a></li>
25096
25097                <li><a href="/patient-visitor-information/contact-us/"><span
…  class="icon-contact"></span><span>Contact Us</span><span
…  class="icon-arrow-right-generic"></span></a></li>
25098
25099            </ul>
25100
25101        </div>
25102
25103      </div>
```

```
25104
25105  </div>
25106
25107
25108
25109  <script type="text/javascript"
   …   src="/Portals/0/Skins/BJWC/js/bootstrap.youtubepopup.js"></script>
25110
25111
25112
25113  <script type="text/javascript">
25114
25115      $(document).ready(function () {
25116
25117          var rootId = 'home';
25118
25119          $("#navmenu > li").each(function () {
25120
25121              if (this.id == rootId) {
25122
25123                  $(this).addClass("active");
25124
25125              }
25126
25127          });
25128
25129      });
25130
25131  </script>
25132
25133
25134
25135
25136
25137      <!-- Rotating Banner -->
25138
25139      <div id="globalBannerArea" class="globalBannerArea">
25140
25141          <div id="dnn_TopPane1" class="h_TopPane1">
25142
25143          <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-1180"><a
   …   name="1180"></a><div id="dnn_ctr1180_ContentPane" class="empty"><!--
   …   Start_Module_1180 --><script type='text/javascript'>
25144  // Conversion Name: BJCWESTCO - Home Page
25145  // INSTRUCTIONS
25146  // The Conversion Tags should be placed at the top of the <BODY> section of the HTML
   …   page.
25147  // In case you want to ensure that the full page loads as a prerequisite for a
   …   conversion
25148  // being recorded, place the tag at the bottom of the page. Note, however, that this
   …   may
25149  // skew the data in the case of slow-loading pages and in general not recommended.
25150  //
25151  // NOTE: It is possible to test if the tags are working correctly before campaign
   …   launch
25152  // as follows:  Browse to http://bs.serving-sys.com/Serving/adServer.bs?cn=at, which
   …   is
25153  // a page that lets you set your local machine to 'testing' mode.  In this mode, when
25154  // visiting a page that includes an conversion tag, a new window will open, showing
   …   you
25155  // the data sent by the conversion tag to the Sizmek servers.
25156  //
25157  // END of instructions (These instruction lines can be deleted from the actual HTML)
25158  var ebRand = Math.random()+'';
25159  ebRand = ebRand * 1000000;
25160  //<![CDATA[
25161  document.write('<scr'+'ipt
   …   src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=760382
```

Page 671

```
25161… &amp;rnd=" + ebrand + "></scr" + "ipt>" );
25162 //]]>
25163 </script>
25164 <noscript>
25165 <img width="1" height="1" style="border:0
   … src="HTTPS://bs.serving-sys.com/Serving/ActivityServer.bs?cn=as&amp;ActivityID=760382
   … &amp;ns=1"/>
25166 </noscript>
25167
25168 <div id="dnn_ctr1180_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">
25169
25170
25171
25172
25173
25174 <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
   … />
25175
25176 <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
25177
25178 <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
25179
25180
25181
25182
25183
25184
25185
25186         <div class="rotatorRow">
25187
25188             <div id="rotatorNav"><a class="btn prev"><span
   … class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
   … class="icon-arrow-right-marquee"></span></a></div>
25189
25190             <div class="rotatorWrap">
25191
25192                 <div class="owl-carousel owl-theme" id="rotator">
25193
25194
25195
25196         <a href="/about-us">
25197
25198         <div class="item" id="homebanner1"  style="background-color: #077680;">
25199
25200
25201
25202         </div>
25203
25204         </a>
25205
25206
25207
25208         <a href="/Medical-Services/Emergency-Care">
25209
25210         <div class="item" id="homebanner2"  style="background-color: #87956c;">
25211
25212
25213
25214         </div>
25215
25216         </a>
25217
25218
25219
25220         <a href="/Medical-Services/Orthopedics/Joint-Replacement-Surgery">
25221
25222         <div class="item" id="homebanner3"  style="background-color: #196887;">
25223
```

```
25224
25225
25226              </div>
25227
25228              </a>
25229
25230
25231
25232              <a href="/Medical-Services/Cancer">
25233
25234              <div class="item" id="homebanner4"  style="background-color: #443b1c;">
25235
25236
25237
25238              </div>
25239
25240              </a>
25241
25242
25243
25244              <a href="/world-class-physicians">
25245
25246              <div class="item" id="homebanner5"  style="background-color: #525a2b;">
25247
25248
25249
25250              </div>
25251
25252              </a>
25253
25254
25255
25256              </div>
25257
25258              </div>
25259
25260          </div>
25261
25262
25263
25264
25265
25266    </div><!-- End_Module_1180 --></div></div></div>
25267
25268          </div>
25269
25270
25271
25272          <!-- Video -->
25273
25274          <div class="row5 vidRow">
25275
25276              <div class="vidRowBorder">
25277
25278                  <div class="container">
25279
25280                      <div id="dnn_TopPane2" class="h_TopPane2">
25281
25282                      <div class="DnnModule DnnModule-PatientStoryCarousel
    …  DnnModule-903"><a name="903"></a><div id="dnn_ctr903_ContentPane" class="empty"><!--
    …  Start_Module_903 --><div id="dnn_ctr903_ModuleContent" class="DNNModuleContent
    …  ModPatientStoryCarouselC">
25283
25284
25285
25286    <link href="/DesktopModules/PatientStoryCarousel/css/home.css" rel="stylesheet" />
25287
25288    <script src="/DesktopModules/PatientStoryCarousel/js/scripts.js"></script>
```

```
25289
25290   <!-- Add fancyBox main JS and CSS files -->
25291
25292   <script type="text/javascript"
    …   src="/Portals/0/Skins/BJH/js/jquery.fancybox.js?v=2.1.5"></script>
25293
25294   <link rel="stylesheet" type="text/css"
    …   href="/Portals/0/Skins/BJH/css/jquery.fancybox.css?v=2.1.5" media="screen" />
25295
25296
25297
25298   <div class="row vidRowInner">
25299
25300       <div class="vidTopInfo">
25301
25302           <strong>Barnes-Jewish West County Hospital offers highly specialized care for
    …   a unique line of services.</strong><br />
25303
25304           <span>You'll have access to world class physicians including Washington
    …   University Physicians, BJC Medical Group and <br />private practice physicians along
    …   with technology that you'd expect from a leader like Barnes-Jewish.</span>
25305
25306       </div>
25307
25308       <div id="vidThumbsNav">
25309
25310           <a class="btn prev"><span class='icon-arrow-left-marquee'></span></a> <a
    …   class="btn next"><span class='icon-arrow-right-marquee'></span></a>
25311
25312       </div>
25313
25314
25315
25316       <div id="uxMediaRotator_content">
25317
25318           <div id="vidThumbs">
25319
25320
25321
25322                   <div class="item txtsh">
25323
25324                           <div class="vidPlayBtn"><a data-fancybox-type="ajax"
    …   class="icon-play-icon fancybox fancybox.ajax" videoid='1'
    …   href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=1"></a></div>
25325
25326                           <div class="thumbImg" style="background-image:
    …   url('/Portals/0/PatientStories/130665031860699349.jpg'); background-repeat:
    …   no-repeat;">
25327
25328                               <p>About Us</p>
25329
25330                           </div>
25331
25332                       </div>
25333
25334
25335
25336                   <div class="item txtsh">
25337
25338                           <div class="vidPlayBtn"><a data-fancybox-type="ajax"
    …   class="icon-play-icon fancybox fancybox.ajax" videoid='2'
    …   href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=2"></a></div>
25339
25340                           <div class="thumbImg" style="background-image:
    …   url('/Portals/0/PatientStories/130665032978765683.jpg'); background-repeat:
    …   no-repeat;">
25341
25342                               <p>Siteman Cancer Center</p>
```

```
25343                                            </div>
25344
25345
25346                                    </div>
25347
25348
25349
25350                            <div class="item txtsh">
25351
25352                                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
…     class="icon-play-icon fancybox fancybox.ajax" videoid='3'
…     href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=3"></a></div>
25353                                    <div class="thumbImg" style="background-image:
…     url('/Portals/0/PatientStories/130665033563149175.jpg'); background-repeat:
…     no-repeat;">
25355
25356                                            <p>Surgical Services</p>
25357
25358                                    </div>
25359
25360                            </div>
25361
25362
25363
25364                            <div class="item txtsh">
25365
25366                                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
…     class="icon-play-icon fancybox fancybox.ajax" videoid='4'
…     href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=4"></a></div>
25367
25368                                    <div class="thumbImg" style="background-image:
…     url('/Portals/0/PatientStories/130665033890129367.jpg'); background-repeat:
…     no-repeat;">
25369
25370                                            <p>Imaging Services</p>
25371
25372                                    </div>
25373
25374                            </div>
25375
25376
25377
25378                            <div class="item txtsh">
25379
25380                                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
…     class="icon-play-icon fancybox fancybox.ajax" videoid='5'
…     href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=5"></a></div>
25381
25382                                    <div class="thumbImg" style="background-image:
…     url('/Portals/0/PatientStories/130665034281538385.jpg'); background-repeat:
…     no-repeat;">
25383
25384                                            <p>Emergency</p>
25385
25386                                    </div>
25387
25388                            </div>
25389
25390
25391
25392                            <div class="item txtsh">
25393
25394                                    <div class="vidPlayBtn"><a data-fancybox-type="ajax"
…     class="icon-play-icon fancybox fancybox.ajax" videoid='6'
…     href="/DesktopModules/PatientStoryCarousel/LightBoxVideo.aspx?videoID=6"></a></div>
25395
25396                                    <div class="thumbImg" style="background-image:
```

```
25396…   url('/Portals//PatientStories/13060503460017854?.jpg'); background-repeat:
…       no-repeat;">
25397
25398                               <p>Imaging Specialist</p>
25399
25400                       </div>
25401
25402                   </div>
25403
25404
25405
25406           </div>
25407
25408       </div>
25409
25410       <div class="visible-xs showMore more">
25411
25412           <span>Show me more</span>
25413
25414       </div>
25415
25416
25417
25418   </div>
25419
25420
25421
25422   </div><!-- End_Module_903 --></div></div></div>
25423
25424                   </div>
25425
25426           </div>
25427
25428       </div>
25429
25430
25431
25432       <!-- Content Pane -->
25433
25434       <div id="showAd" class="adRow">
25435
25436           <div class="container">
25437
25438               <div id="dnn_ContentPane" class="h_ContentPane">
25439
25440               <div class="DnnModule DnnModule-DNN_HTML DnnModule-1532"><a
…       name="1532"></a><div id="dnn_ctr1532_ContentPane" class="empty"><!--
…       Start_Module_1532 --><div id="dnn_ctr1532_ModuleContent" class="DNNModuleContent
…       ModDNNHTMLC">
25441
25442       <div id="dnn_ctr1532_HtmlModule_lblContent" class="Normal">
25443
25444       <div id="showAd" class="adRow">
25445   <div class="container">
25446   <div class="ad" style="background-color: #0a5499;">
25447   <div class="adInner">
25448   <div class="row">
25449   <div class="col-md-4 visible-lg"><img alt="" src="/portals/0/Images/Home Page Ad
…       Images/bjw_banner.png" /></div>
25450   <div class="col-md-6 col-sm-9">
25451   <h4 style="color: #ffffff; font-size: 18px;"><strong>A New Nonsurgical Option for
…       Weight Loss</strong></h4>
25452   <p style="color: #ffffff; font-size: 14px;">Determine if you are a candidate for the
…       intragastric balloon.</p>
25453   </div>
25454   <div class="col-md-2 col-sm-3 admore">
25455   <div class="admoreBtn"><a href="/non-surgical-weight-loss" style="color: #ffffff;
…       font-size: 15px;"><strong>Learn more<span
```

```
25455…  class="icon-arrow-right-generic"></span></strong></a></div>
25456  </div>
25457  </div>
25458  </div>
25459  </div>
25460  </div>
25461  </div>
25462
25463  </div>
25464
25465
25466
25467  </div><!-- End_Module_1532 --></div></div></div>
25468
25469          </div>
25470
25471      </div>
25472
25473
25474
25475      <div class="row6">
25476
25477          <div class="container">
25478
25479              <div class="row">
25480
25481                  <!-- Left Pane -->
25482
25483                  <div class="col-md-8">
25484
25485                      <div id="dnn_LeftPane" class="h_LeftPane">
25486
25487                      <div class="DnnModule DnnModule-PhysicianSearch DnnModule-904"><a
25488  name="904"></a>
25489
25490
25491  <div class="physicianSearchContainer">
25492
25493      <div id="dnn_ctr904_ContentPane"><!-- Start_Module_904 --><div
25494  id="dnn_ctr904_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
25495
25496
25497
25498
25499
25500
25501
25502
25503
25504
25505
25506
25507  <link type="text/css"
25508  href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
25509  rel="stylesheet" />
25510
25511  <link type="text/css"
25512  href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
25513  rel="stylesheet" />
25514
25510
25511  <link type="text/css"
25512  href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
25513  />
25514
25514
```

```
25515    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
  …      rel="stylesheet" />
25516
25517    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
  …      rel="stylesheet" />
25518
25519
25520
25521    <script
  …      src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
  …      AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
25522
25523
25524
25525    <!-- Add fancyBox -->
25526
25527    <link rel="stylesheet"
  …      href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
  …      type="text/css" media="screen" />
25528
25529    <script type="text/javascript"
  …      src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
  …      script>
25530
25531
25532
25533    <span id="dnn_ctr904_View_lblError" style="color:Red;font-weight:bold;"></span>
25534
25535
25536
25537
25538
25539
25540
25541
25542
25543    <div class="physician-search physician-info-group">
25544
25545        <div class="physicianInfoGroup">
25546
25547            <div class="physicianInfoWrap">
25548
25549                <div class="box-heading physicianInfoBar visible-xs hidden">
25550
25551                    <h4 class="box-title-1">
25552
25553                        <a href="#physicianInfoPanel">
25554
25555                            <span class="barspan"><span
  …      id="dnn_ctr904_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find a
  …      Doctor</span></span>
25556
25557                            <span class="baricon icon-accordion-closed"></span>
25558
25559                        </a>
25560
25561                    </h4>
25562
25563                </div>
25564
25565                <div id="physicianInfoPanel" class="box">
25566
25567                    <div class="box-inner">
25568
25569                        <h2 class="hidden-xs">
25570
25571                            <span
  …      id="dnn_ctr904_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find a
```

```
25571…  Doctor</span></h2>
25572
25573                          <div class="boxRow">
25574
25575                              <div class="col-md-6 col-sm-6 boxLeft">
25576
25577                                  <div class="boxLeftWrap">
25578
25579                                      <div class="boxLeftTop">
25580
25581                                          <h4>Search By Name</h4>
25582
25583                                          <div class="input-group">
25584
25585                                              <!-- 2013.2.717.40 --><span
    …  id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
    …  RadInput RadInput_Default" style="width:100%;"><input
    …  id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox"
    …  name="dnn$ctr904$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
    …  riEmpty searchInput" value="Search..." type="text" /><input
    …  id="dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
    …  name="dnn$ctr904$View$ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
    …  /></span>
25586
25587                                          <div class="input-group-btn">
25588
25589                                              <input type="submit" class="btn
    …  btn-search" value="Go"
    …  onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
25590
25591                                          </div>
25592
25593                                      </div>
25594
25595                                  </div>
25596
25597                                  <div class="boxLeftBot">
25598
25599                                      <h4>Browse by Specialty</h4>
25600
25601                                      <div class="selectWrap">
25602
25603                                          <select
    …  name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlPhysicianSpecialty"
    …  id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlPhysicianSpecialty"
    …  class="physicianSpecialty">
25604
25605          <option value="">Choose a Specialty</option>
25606
25607          <option value="ALLE">Allergy</option>
25608
25609          <option value="ANEST">Anesthesiology</option>
25610
25611          <option value="PANES">Anesthesiology-Pediatric</option>
25612
25613          <option value="EP">Cardiac Electrophysiology</option>
25614
25615          <option value="CTS">Cardiothoracic Surgery</option>
25616
25617          <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
25618
25619          <option value="CARD">Cardiovascular Disease</option>
25620
25621          <option value="COLRE">Colon &amp; Rectal Surgery</option>
25622
25623          <option value="CCARE">Critical Care</option>
25624
25625          <option value="DERM">Dermatology</option>
```

```
25626
25627          <option value="PDERM">Dermatology-Pediatric</option>
25628
25629          <option value="EMERG">Emergency Medicine</option>
25630
25631          <option value="ENDO">Endocrinology</option>
25632
25633          <option value="FP">Family Practice</option>
25634
25635          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…      Surgery</option>
25636
25637          <option value="GAST">Gastroenterology</option>
25638
25639          <option value="GYONC">Gynecologic Oncology</option>
25640
25641          <option value="GYN">Gynecology</option>
25642
25643          <option value="HANSR">Hand Surgery</option>
25644
25645          <option value="HRTRA">Heart Failure/Transplant Card</option>
25646
25647          <option value="HEMA">Hematology</option>
25648
25649          <option value="IMMU">Immunology</option>
25650
25651          <option value="INF">Infectious Disease</option>
25652
25653          <option value="MEDI">Internal Medicine</option>
25654
25655          <option value="INVCA">Interventional Cardiology</option>
25656
25657          <option value="INVRA">Interventional Radiology</option>
25658
25659          <option value="PINT">Interventional Radiology-Pedi</option>
25660
25661          <option value="MAXIL">Maxillofacial Surgery</option>
25662
25663          <option value="RENAL">Nephrology/Renal</option>
25664
25665          <option value="NEURO">Neurology</option>
25666
25667          <option value="NPHYS">Neurophysiology</option>
25668
25669          <option value="NEURA">Neuroradiology</option>
25670
25671          <option value="NSURG">Neurosurgery</option>
25672
25673          <option value="NEUOT">Neurotology</option>
25674
25675          <option value="NUMED">Nuclear Medicine</option>
25676
25677          <option value="OB">Obstetrics</option>
25678
25679          <option value="ONC">Oncology</option>
25680
25681          <option value="OPHT">Ophthalmology</option>
25682
25683          <option value="POPHT">Ophthalmology-Pediatric</option>
25684
25685          <option value="ORAL">Oral Surgery</option>
25686
25687          <option value="PORSU">Oral Surgery-Pediatric</option>
25688
25689          <option value="ORTH">Orthopedic Surgery</option>
25690
25691          <option value="PORTH">Orthopedics-Pediatric</option>
25692
```

```
25693            <option value="OTOL">Otolaryngology</option>
25694
25695            <option value="POTOL">Otolaryngology-Pediatric</option>
25696
25697            <option value="PNMGM">Pain Management</option>
25698
25699            <option value="PEDI">Pediatrics</option>
25700
25701            <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
25702
25703            <option value="PPLAS">Plastic Surgery-Pediatric</option>
25704
25705            <option value="PLAS">Plastic/Reconstructive Surgery</option>
25706
25707            <option value="PODI">Podiatry</option>
25708
25709            <option value="PSYC">Psychiatry</option>
25710
25711            <option value="PULM">Pulmonology</option>
25712
25713            <option value="RADON">Radiation Oncology</option>
25714
25715            <option value="RAD">Radiology</option>
25716
25717            <option value="PRAD">Radiology-Pediatric</option>
25718
25719            <option value="REHAB">Rehabilitation/Physiatry</option>
25720
25721            <option value="RHEU">Rheumatology</option>
25722
25723            <option value="SLEEP">Sleep Medicine</option>
25724
25725            <option value="SPRTM">Sports Medicine</option>
25726
25727            <option value="GSURG">Surgery (General)</option>
25728
25729            <option value="PSURG">Surgery-Pediatric</option>
25730
25731            <option value="SRGCC">Surgical Critical Care</option>
25732
25733            <option value="TRAN">Transplant Surgical-Adult</option>
25734
25735            <option value="TRPSP">Transplant Surgical-Pediatric</option>
25736
25737            <option value="TRAN">Transplantation-Surgical</option>
25738
25739            <option value="UROL">Urology</option>
25740
25741            <option value="PUROL">Urology-Pediatric</option>
25742
25743            <option value="VASNU">Vascular Neurology</option>
25744
25745            <option value="VAS">Vascular Surgery</option>
25746
25747            <option value="VASIR">Vascular/InterventionRadiology</option>
25748
25749
25750
25751        </select>
25752
25753                                        </div>
25754
25755                                    </div>
25756
25757                                    <div class="boxLeftBot searchByInsurance"
…    style="display: none;">
25758
25759                                        <h4>Select by Insurance</h4>
```

Page 681

```
25760
25761                    <div class="selectWrap">
25762
25763                           <select
   …  name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlPhysicianInsurance"
   …  id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlPhysicianInsurance"
   …  class="physicianInsurance">
25764
25765          <option value="">No preference</option>
25766
25767          <option value="Admar">Admar</option>
25768
25769          <option value="Aetna Better Hth--Mo Hlthnet">Aetna Better Hth--Mo
   …  Hlthnet</option>
25770
25771          <option value="Aetna Choice POS">Aetna Choice POS</option>
25772
25773          <option value="Aetna Choice POS I &amp; II">Aetna Choice POS I &amp;
   …  II</option>
25774
25775          <option value="Aetna Elect Choice">Aetna Elect Choice</option>
25776
25777          <option value="Aetna Elect Choice EPO">Aetna Elect Choice EPO</option>
25778
25779          <option value="Aetna Health Fund">Aetna Health Fund</option>
25780
25781          <option value="Aetna Health Network &amp; Option">Aetna Health Network &amp;
   …  Option</option>
25782
25783          <option value="Aetna HMO">Aetna HMO</option>
25784
25785          <option value="Aetna HMO/Open Access">Aetna HMO/Open Access</option>
25786
25787          <option value="Aetna Managed Choice POS">Aetna Managed Choice POS</option>
25788
25789          <option value="Aetna Medicare HMO">Aetna Medicare HMO</option>
25790
25791          <option value="Aetna Medicare Open Access (HMO/POS">Aetna Medicare Open
   …  Access (HMO/POS</option>
25792
25793          <option value="Aetna Medicare Open Access HMO/POS">Aetna Medicare Open Access
   …  HMO/POS</option>
25794
25795          <option value="Aetna Medicare Plan HMO">Aetna Medicare Plan HMO</option>
25796
25797          <option value="Aetna Medicare Plan PPO">Aetna Medicare Plan PPO</option>
25798
25799          <option value="Aetna Medicare PPO">Aetna Medicare PPO</option>
25800
25801          <option value="Aetna Open Access Aetna Select SM">Aetna Open Access Aetna
   …  Select SM</option>
25802
25803          <option value="Aetna Open Access Elect Choice">Aetna Open Access Elect
   …  Choice</option>
25804
25805          <option value="Aetna Open Access HMO">Aetna Open Access HMO</option>
25806
25807          <option value="Aetna Open Access Managed Choice">Aetna Open Access Managed
   …  Choice</option>
25808
25809          <option value="Aetna Open Access Select">Aetna Open Access Select</option>
25810
25811          <option value="Aetna Open Choice PPO">Aetna Open Choice PPO</option>
25812
25813          <option value="Aetna PPO">Aetna PPO</option>
25814
25815          <option value="Aetna Quality Point of Service">Aetna Quality Point of
   …  Service</option>
```

```
<option value="Aetna Select">Aetna Select</option>

<option value="Aetna US Access">Aetna US Access</option>

<option value="Anthem BCBS Blue Access">Anthem BCBS Blue Access</option>

<option value="Anthem BCBS Blue Access Choice">Anthem BCBS Blue Access
Choice</option>

<option value="Anthem BCBS Blue Access Choice PPO">Anthem BCBS Blue Access
Choice PPO</option>

<option value="Anthem BCBS Blue Access PPO">Anthem BCBS Blue Access
PPO</option>

<option value="Anthem Blue Preferred HMO (BOONE)">Anthem Blue Preferred HMO
(BOONE)</option>

<option value="Anthem Blue Preferred Options">Anthem Blue Preferred
Options</option>

<option value="Anthem BlueCard BusinessTraditional">Anthem BlueCard
BusinessTraditional</option>

<option value="Anthem PPO(Core/Essential/Direct)">Anthem
PPO(Core/Essential/Direct)</option>

<option value="Assurant Health-Aetna Ins. Exchange">Assurant Health-Aetna
Ins. Exchange</option>

<option value="Baxter Regional PHO">Baxter Regional PHO</option>

<option value="BCBS of IL HMO">BCBS of IL HMO</option>

<option value="BCBS of IL PPO">BCBS of IL PPO</option>

<option value="BCBS of IL PPO-Blue Card Program">BCBS of IL PPO-Blue Card
Program</option>

<option value="BCBS/Anthem(Blue Access Choice PPO">BCBS/Anthem(Blue Access
Choice PPO</option>

<option value="BCBS/Anthem(Blue Access PPO)">BCBS/Anthem(Blue Access
PPO)</option>

<option value="Beech Street/Capp Care PPO">Beech Street/Capp Care
PPO</option>

<option value="Behavioral Health Partners">Behavioral Health
Partners</option>

<option value="Best Doctors Inc">Best Doctors Inc</option>

<option value="Blue Cross Blue Shield Dental">Blue Cross Blue Shield
Dental</option>

<option value="Blue Cross Harmony">Blue Cross Harmony</option>

<option value="Capital Regional Medical Center PP">Capital Regional Medical
Center PP</option>

<option value="Care Improvement Plus-Mcare Advntg">Care Improvement
Plus-Mcare Advntg</option>

<option value="Cigna Behavioral Health">Cigna Behavioral Health</option>

<option value="Cigna HMO/POS/LocalPlus">Cigna HMO/POS/LocalPlus</option>
```

Page 683

```
25868
25869        <option value="Cigna Open Access HMO/POS">Cigna Open Access HMO/POS</option>
25870
25871        <option value="Cigna PPO">Cigna PPO</option>
25872
25873        <option value="Cigna PPO/Open Access Plus">Cigna PPO/Open Access
     Plus</option>
25874
25875        <option value="CMR (Care Management Resources)">CMR (Care Management
     Resources)</option>
25876
25877        <option value="CMR (Care Mngmt Resources)ASO">CMR (Care Mngmt
     Resources)ASO</option>
25878
25879        <option value="Community Care Network PPO">Community Care Network
     PPO</option>
25880
25881        <option value="Community Health Network PPO">Community Health Network
     PPO</option>
25882
25883        <option value="Community Partners Health Plan/PPO">Community Partners Health
     Plan/PPO</option>
25884
25885        <option value="CorVel PPO">CorVel PPO</option>
25886
25887        <option value="Coventry Advantra HMO (formerlyGHP">Coventry Advantra HMO
     (formerlyGHP</option>
25888
25889        <option value="Coventry Advantra HMO/POS-MCARE">Coventry Advantra
     HMO/POS-MCARE</option>
25890
25891        <option value="Coventry Advantra HMO/POS-Medicare">Coventry Advantra
     HMO/POS-Medicare</option>
25892
25893        <option value="Coventry Advantra PPO - MCARE">Coventry Advantra PPO -
     MCARE</option>
25894
25895        <option value="Coventry ASO">Coventry ASO</option>
25896
25897        <option value="Coventry Gold Advantage - MCARE">Coventry Gold Advantage -
     MCARE</option>
25898
25899        <option value="Coventry Gold Advantage - Medicare">Coventry Gold Advantage -
     Medicare</option>
25900
25901        <option value="Coventry Healthcare ASO">Coventry Healthcare ASO</option>
25902
25903        <option value="Coventry Healthcare HMO">Coventry Healthcare HMO</option>
25904
25905        <option value="Coventry Healthcare POS">Coventry Healthcare POS</option>
25906
25907        <option value="Coventry HMO/POS">Coventry HMO/POS</option>
25908
25909        <option value="Coventry HMO/POS (formerly GHP)">Coventry HMO/POS (formerly
     GHP)</option>
25910
25911        <option value="Coventry PPO (formerly GHP)">Coventry PPO (formerly
     GHP)</option>
25912
25913        <option value="Coventry PPO/FocusedCare">Coventry PPO/FocusedCare</option>
25914
25915        <option value="Coventry/Coventry One PPO">Coventry/Coventry One PPO</option>
25916
25917        <option value="Decatur Memorial Tertiary/Quarterna">Decatur Memorial
     Tertiary/Quarterna</option>
25918
25919        <option value="Delta Dental">Delta Dental</option>
25920
```

```
25921          <option value="Employee Health System AFL/CIO">Employee Health System
    …   AFL/CIO</option>
25922
25923          <option value="Essence Advantage &amp; Advantage Plus">Essence Advantage
    …   &amp; Advantage Plus</option>
25924
25925          <option value="Essence Medicare Advantage &amp; Plus">Essence Medicare
    …   Advantage &amp; Plus</option>
25926
25927          <option value="Essence Platinum Specialists">Essence Platinum
    …   Specialists</option>
25928
25929          <option value="Essex Dental">Essex Dental</option>
25930
25931          <option value="First Health">First Health</option>
25932
25933          <option value="First Health Coventry">First Health Coventry</option>
25934
25935          <option value="General Health Plan">General Health Plan</option>
25936
25937          <option value="GHP Select PPO">GHP Select PPO</option>
25938
25939          <option value="Great Rivers Network">Great Rivers Network</option>
25940
25941          <option value="Great-West HMO/POS">Great-West HMO/POS</option>
25942
25943          <option value="Great-West Open Access">Great-West Open Access</option>
25944
25945          <option value="Great-West PPO">Great-West PPO</option>
25946
25947          <option value="Hannibal Health Network Tertiary">Hannibal Health Network
    …   Tertiary</option>
25948
25949          <option value="Harmony of Illinois IPA">Harmony of Illinois IPA</option>
25950
25951          <option value="Harmony of Illinois Medicaid-MC+">Harmony of Illinois
    …   Medicaid-MC+</option>
25952
25953          <option value="Health Alliance Connect IDPA">Health Alliance Connect
    …   IDPA</option>
25954
25955          <option value="Health Alliance Connect IPA">Health Alliance Connect
    …   IPA</option>
25956
25957          <option value="Health Alliance HMO &amp; PPO">Health Alliance HMO &amp;
    …   PPO</option>
25958
25959          <option value="Health Alliance HMO PPO">Health Alliance HMO PPO</option>
25960
25961          <option value="Health Alliance HMO-Mcare Advantage">Health Alliance HMO-Mcare
    …   Advantage</option>
25962
25963          <option value="Health Alliance Medicare Advantage">Health Alliance Medicare
    …   Advantage</option>
25964
25965          <option value="Healthcare Preferred">Healthcare Preferred</option>
25966
25967          <option value="HealthCare USA (Special Needs Only)">HealthCare USA (Special
    …   Needs Only)</option>
25968
25969          <option value="HealthCare USA MC+">HealthCare USA MC+</option>
25970
25971          <option value="HealthCare USA/Aetna Better Health">HealthCare USA/Aetna
    …   Better Health</option>
25972
25973          <option value="HealthCare USA/Aetna Better Hth-MCD">HealthCare USA/Aetna
    …   Better Hth-MCD</option>
25974
```

```
25975            <option value="Healthlink">Healthlink</option>
25976
25977            <option value="Healthlink Open Access/HMO/POS">Healthlink Open
…       Access/HMO/POS</option>
25978
25979            <option value="Healthlink PPO">Healthlink PPO</option>
25980
25981            <option value="HealthNetwork PPO">HealthNetwork PPO</option>
25982
25983            <option value="HFN Inc. PPO">HFN Inc. PPO</option>
25984
25985            <option value="Home State-MC+">Home State-MC+</option>
25986
25987            <option value="Home State-Mo Hlthnet">Home State-Mo Hlthnet</option>
25988
25989            <option value="Humana Choice Care PPO">Humana Choice Care PPO</option>
25990
25991            <option value="Humana Choice PPO - Medicare">Humana Choice PPO -
…       Medicare</option>
25992
25993            <option value="Humana Choice/Regional PPO - MCARE">Humana Choice/Regional PPO
…       - MCARE</option>
25994
25995            <option value="Humana Gold Choice PFFS - MCARE">Humana Gold Choice PFFS -
…       MCARE</option>
25996
25997            <option value="Humana Gold Choice PFFS - Medicare">Humana Gold Choice PFFS -
…       Medicare</option>
25998
25999            <option value="Humana Gold Choice PFFS Medicare">Humana Gold Choice PFFS
…       Medicare</option>
26000
26001            <option value="Humana Gold Plus HMO - MCARE">Humana Gold Plus HMO -
…       MCARE</option>
26002
26003            <option value="Humana Gold Plus HMO - Medicare">Humana Gold Plus HMO -
…       Medicare</option>
26004
26005            <option value="Humana POS - MCARE">Humana POS - MCARE</option>
26006
26007            <option value="Humana POS-Medicare">Humana POS-Medicare</option>
26008
26009            <option value="Humana PPO/ChoiceCare Network">Humana PPO/ChoiceCare
…       Network</option>
26010
26011            <option value="HumanaChoice PPO-Medicare">HumanaChoice PPO-Medicare</option>
26012
26013            <option value="IDPA Secondary to Medicare">IDPA Secondary to
…       Medicare</option>
26014
26015            <option value="Illinois  Dept of Public Aid-IDPA">Illinois  Dept of Public
…       Aid-IDPA</option>
26016
26017            <option value="Illinois Public Aid/Health Connect">Illinois Public Aid/Health
…       Connect</option>
26018
26019            <option value="IPA Secondary to Medicare">IPA Secondary to Medicare</option>
26020
26021            <option value="Mail Handlers/CNA PPO">Mail Handlers/CNA PPO</option>
26022
26023            <option value="Medicaid MO--Mo  HealthNet">Medicaid MO--Mo
…       HealthNet</option>
26024
26025            <option value="Medicaid MO/ Missouri HealthNet">Medicaid MO/ Missouri
…       HealthNet</option>
26026
26027            <option value="Medicare">Medicare</option>
26028
```

```
26029            <option value="Mercy Care">Mercy Care</option>
26030
26031            <option value="Mercy Health Plan HMO/POS">Mercy Health Plan HMO/POS</option>
26032
26033            <option value="Mercy Health Plan PPO">Mercy Health Plan PPO</option>
26034
26035            <option value="Mercy Medicare (Premier Plus)">Mercy Medicare (Premier
     …   Plus)</option>
26036
26037            <option value="MHNet (Mental Health Network)">MHNet (Mental Health
     Network)</option>
26038
26039            <option value="Missouri Advantage">Missouri Advantage</option>
26040
26041            <option value="Missouri Care--Mo Hlthnet">Missouri Care--Mo Hlthnet</option>
26042
26043            <option value="MO Medicaid Secondary to Medicare">MO Medicaid Secondary to
     …   Medicare</option>
26044
26045            <option value="Molina Healthcare Illinois Medicaid">Molina Healthcare
     …   Illinois Medicaid</option>
26046
26047            <option value="Molina Healthcare MC+">Molina Healthcare MC+</option>
26048
26049            <option value="Molina Healthcare of Illinois (IPA)">Molina Healthcare of
     …   Illinois (IPA)</option>
26050
26051            <option value="MultiPlan PPO">MultiPlan PPO</option>
26052
26053            <option value="National Hospital Network">National Hospital Network</option>
26054
26055            <option value="NetHealth Services Inc.  PPO">NetHealth Services Inc.
     …   PPO</option>
26056
26057            <option value="Personal Care Health Mgmt HMO">Personal Care Health Mgmt
     …   HMO</option>
26058
26059            <option value="Personal Care Health Mgmt PPO/POS">Personal Care Health Mgmt
     PPO/POS</option>
26060
26061            <option value="PPO Next/HealthStar">PPO Next/HealthStar</option>
26062
26063            <option value="Preferred Care of KC/Blue Cross KC">Preferred Care of KC/Blue
     …   Cross KC</option>
26064
26065            <option value="Preferred Plan of MO PPO/Takecare">Preferred Plan of MO
     PPO/Takecare</option>
26066
26067            <option value="Premier Dental Group">Premier Dental Group</option>
26068
26069            <option value="Primrose Tertiary/Quarternary">Primrose
     …   Tertiary/Quarternary</option>
26070
26071            <option value="Principal Hlth Care of KC">Principal Hlth Care of KC</option>
26072
26073            <option value="Priv Hlthcare Syst./Land of Lincoln">Priv Hlthcare Syst./Land
     …   of Lincoln</option>
26074
26075            <option value="Private Health Care Systems PPO">Private Health Care Systems
     PPO</option>
26076
26077            <option value="ProAmerica PPO">ProAmerica PPO</option>
26078
26079            <option value="Providers Network of America">Providers Network of
     …   America</option>
26080
26081            <option value="Quincy Health Care Management">Quincy Health Care
     Management</option>
```

```
        <option value="Self Pay/Uninsured">Self Pay/Uninsured</option>

        <option value="St. John&#39;s Health System Tertiary">St. John&#39;s Health
System Tertiary</option>

        <option value="Tricare/Triwest  Prime HMO/POS">Tricare/Triwest  Prime
HMO/POS</option>

        <option value="Tricare/Triwest Extra PPO">Tricare/Triwest Extra PPO</option>

        <option value="Tricare/Triwest Standard/ Extra PPO">Tricare/Triwest Standard/
Extra PPO</option>

        <option value="UHC/AARP MCARE Complete Choice PPO">UHC/AARP MCARE Complete
Choice PPO</option>

        <option value="UHC/AARP MCARE Complete HMO">UHC/AARP MCARE Complete
HMO</option>

        <option value="UHC/AARP MCARE Complete Plus POS">UHC/AARP MCARE Complete Plus
POS</option>

        <option value="UHC/AARP MCARE CompleteEssen. HMO">UHC/AARP MCARE
CompleteEssen. HMO</option>

        <option value="UHC/AARP MCARE Dual Complete">UHC/AARP MCARE Dual
Complete</option>

        <option value="UHC/AARP MCARE NPPO">UHC/AARP MCARE NPPO</option>

        <option value="Union Pacific RR Emp. Health System">Union Pacific RR Emp.
Health System</option>

        <option value="United Behavioral Health Inc">United Behavioral Health
Inc</option>

        <option value="United Healthcare Choice/Choice+">United Healthcare
Choice/Choice+</option>

        <option value="United Healthcare PPO/ Options">United Healthcare PPO/
Options</option>

        <option value="United Healthcare Select/Select+POS">United Healthcare
Select/Select+POS</option>

        <option value="United Hlthcare Choice/Plus/Navigat">United Hlthcare
Choice/Plus/Navigat</option>

        <option value="United Hlthcare Select/Plus/Compass">United Hlthcare
Select/Plus/Compass</option>

        <option value="United Payors &amp; Provider">United Payors &amp;
Provider</option>

        <option value="USA Managed Care Org">USA Managed Care Org</option>

        <option value="Value Options EAP">Value Options EAP</option>

        <option value="Verify insurance with office">Verify insurance with
office</option>

        <option value="Wellborn HMO">Wellborn HMO</option>

        <option value="Worker&#39;s Compensation">Worker&#39;s Compensation</option>
```

```
26133              </select>
26134
26135                                  </div>
26136
26137                              </div>
26138
26139                          </div>
26140
26141                      </div>
26142
26143                  <div class="col-md-6 col-sm-6 boxRight">
26144
26145                      <h4>Browse by Letter</h4>
26146
26147                      <div class="selectWrap visible-xs">
26148
26149                          <select
      name="dnn$ctr904$View$ucPhysicianInfoGroup$ddlSearchLetter"
      id="dnn_ctr904_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
      visible-xs">
26150
26151          <option value="">Choose by letter</option>
26152
26153          <option value="A">A</option>
26154
26155          <option value="B">B</option>
26156
26157          <option value="C">C</option>
26158
26159          <option value="D">D</option>
26160
26161          <option value="E">E</option>
26162
26163          <option value="F">F</option>
26164
26165          <option value="G">G</option>
26166
26167          <option value="H">H</option>
26168
26169          <option value="I">I</option>
26170
26171          <option value="J">J</option>
26172
26173          <option value="K">K</option>
26174
26175          <option value="L">L</option>
26176
26177          <option value="M">M</option>
26178
26179          <option value="N">N</option>
26180
26181          <option value="O">O</option>
26182
26183          <option value="P">P</option>
26184
26185          <option value="Q">Q</option>
26186
26187          <option value="R">R</option>
26188
26189          <option value="S">S</option>
26190
26191          <option value="T">T</option>
26192
26193          <option value="U">U</option>
26194
26195          <option value="V">V</option>
26196
26197          <option value="W">W</option>
```

```
26198
26199        <option value="X">X</option>
26200
26201        <option value="Y">Y</option>
26202
26203        <option value="Z">Z</option>
26204
26205
26206
26207    </select>
26208
26209                              </div>
26210
26211                              <div class="alphabet hidden-xs">
26212
26213                              <div
     id="dnn_ctr904_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
26214
26215        <a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=A">A</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=B">B</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=C">C</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=D">D</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=E">E</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=F">F</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=G">G</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=H">H</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=I">I</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=J">J</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=K">K</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=L">L</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=M">M</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=N">N</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=O">O</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=P">P</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Q">Q</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=R">R</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=S">S</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=T">T</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=U">U</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=V">V</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=W">W</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=X">X</a><
     a class="letter"
     href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Y">Y</a><
```

```
26215…  a class="letter"
…       href="http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results?qlastname=Z">Z</a>

26216       </div>
26217
26218
26219                               </div>
26220
26221                           </div>
26222
26223                       </div>
26224
26225                   </div>
26226
26227               <div class="boxmore">
26228
26229                   <a id="dnn_ctr904_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
…       href="http://www.barnesjewishwestcounty.org/Find-a-Doctor">
26230
26231                       More Search Options <span
…       class="icon-arrow-right-generic"></span>
26232
26233                   </a>
26234
26235               </div>
26236
26237           </div>
26238
26239       </div>
26240
26241   </div>
26242
26243 </div>
26244
26245
26246
26247
26248
26249
26250
26251   <script type="text/javascript">
26252
26253       function btnSearch_OnClientClicking(sender, eventArgs) {
26254
26255           cboName = $find(cboNameID);
26256
26257           cboSpecialty = $find(cboSpecialtyID);
26258
26259           cboInsurance = $find(cboInsuranceID);
26260
26261           cboLanguage = $find(cboLanguageID);
26262
26263           cboGender = $find(cboGenderID);
26264
26265           cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
26266
26267           txtZipCode = $find(txtZipCodeID);
26268
26269
26270
26271           var name = cboName.get_text();
26272
26273           var specialty = cboSpecialty.get_text();
26274
26275           var insurance = cboInsurance.get_text();
26276
26277           var language = cboLanguage.get_text();
26278
26279           var gender = cboGender.get_text();
```

```
26280
26281                    var locatedWithin = cboDoctorLocatedWithin.get_text();
26282
26283                    var zipCode = txtZipCode.get_value();
26284
26285
26286
26287                    if (zipCode != "" && locatedWithin != "") {
26288
26289                        PhysicianSearch.geocodingAddress(zipCode, function (results) {
26290
26291                            //console.log(results)
26292
26293                            $(txtHidLatID).val(results[0].geometry.location.lat())
26294
26295                            $(txtHidLngID).val(results[0].geometry.location.lng())
26296
26297                            // Trigger Search
26298
26299                            //eval(btnSearchHandler)
26300
26301                        });
26302
26303
26304
26305                        eventArgs.set_cancel(true);
26306
26307                    }
26308
26309
26310
26311                }
26312
26313
26314
26315            function radPhysicianSearchBox_ClientClicked(sender, e) {
26316
26317                    var keyCode = e.get_keyCode();
26318
26319                    if (keyCode == 13) // Enter
26320
26321                    {
26322
26323                        sender.blur();
26324
26325                        PhysicianSearch.searchByPhysicianName();
26326
26327                    }
26328
26329                    return false;
26330
26331                }
26332
26333        </script>
26334
26335
26336
26337
26338
26339    <script type="text/javascript"
    …   src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>
26340
26341    <script type="text/javascript"
    …   src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>
26342
26343
26344
26345    <script type="text/javascript">
```

```
26346          var PhysicianSearchBaseUrl =
…     "http://www.barnesjewishwestcounty.org/Find-a-Doctor";
26348
26349          var PhysicianSearchResultsBaseUrl =
…     "http://www.barnesjewishwestcounty.org/Find-a-Doctor/Results";
26350
26351          var FacilityFilterPosition = '1';
26352
26353
26354
26355          $(function () {
26356
26357              PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
…     PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
26358
26359          });
26360
26361     </script>
26362
26363     </div><!-- End_Module_904 --></div>
26364
26365     </div>
26366
26367     </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-905"><a
…     name="905"></a>
26368
26369
26370
26371     <div class="healthLibraryContainer">
26372
26373          <div id="dnn_ctr905_ContentPane"><!-- Start_Module_905 --><div
…     id="dnn_ctr905_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
26374
26375          <div id="dnn_ctr905_View_divContainer" class="healthNews">
26376
26377
26378
26379
26380
26381
26382
26383
26384
26385
26386
26387
26388
26389
26390
26391
26392
26393
26394
26395
26396
26397
26398
26399
26400
26401
26402
26403
26404
26405
26406
26407
26408
```

```
            <div class="healthInfoGroup">




<div class="healthInfoWrap">




    <div class="box-heading healthInfoBar visible-xs">

        <h4 class="box-title-1">

            <a href="#healthInfoPanel">

                <span class="barspan"><span
id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">Find Health
Information</span></span>

                <span class="baricon icon-accordion-closed"></span>

            </a>

        </h4>

    </div>

    <div id="healthInfoPanel" class="box">

        <div class="box-inner">

            <h2 class="hidden-xs"><span
id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">Find Health
Information</span></h2>

                <div class="boxRow">

                    <div class="col-md-6 col-sm-6 boxLeft">

                        <div class="boxLeftWrap">

                            <div class="boxLeftTop">
```

```
26473        <h4><span
  …    id="dnn_ctr905_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
  …    KEYWORD</span></h4>
26474
26475                          <div class="input-group">
26476
26477                              <span
  …    id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
  …    RadInput_Default" style="width:100%;"><input
  …    id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox"
  …    name="dnn$ctr905$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
  …    riEmpty form-control searchInput" value="Search..." type="text" /><input
  …    id="dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_ClientState"
  …    name="dnn$ctr905$View$ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
  …    /></span>
26478
26479                              <div class="input-group-btn">
26480
26481                                  <input type="submit" class="btn btn-search"
  …    value="Go" onclick="javascript:showHLSearchResult();return false;" />
26482
26483                              </div>
26484
26485                          </div>
26486
26487
26488
26489                          <script type="text/javascript">
26490
26491                              var searchResultBaseUrl =
  …    'http://www.barnesjewishwestcounty.org/Health-Library/Search-Results';
26492
26493                          </script>
26494
26495                      </div>
26496
26497                      <div class="boxLeftBot">
26498
26499                          <h4>Browse by Subject</h4>
26500
26501                          <div class="selectWrap">
26502
26503                              <select id="ddlHealthTopic" class="form-control">
26504
26505                                  <option value="">Choose a Topic</option>
26506
26507                                  <option value="Asthma">Asthma</option>
26508
26509                                  <option value="Cancer">Cancer</option>
26510
26511                                  <option value="COPD">Chromic Obstructive
  …    Pulmonary Disease</option>
26512
26513                                  <option value="Diabetes">Diabetes</option>
26514
26515                                  <option value="Heart">Heart Disease</option>
26516
26517                                  <option value="Obesity">Obesity and Bariatric
  …    Surgery</option>
26518
26519                                  <option value="Ortho">Orthopedics</option>
26520
26521                                  <option value="Pregnancy">Pregnancy &amp;
  …    Newborns</option>
26522
26523                              </select>
26524
26525                          </div>
```

```
26526
26527                        </div>
26528
26529                    </div>
26530
26531                </div>
26532
26533                <div class="col-md-6 col-sm-6 boxRight">
26534
26535                    <h4><span
…    id="dnn_ctr905_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">SEARCH BY
…    LETTER</span></h4>
26536
26537                    <div class="selectWrap visible-xs">
26538
26539                        <select id="ddlEncyclopediaAnpha" class="form-control
…    visible-xs">
26540
26541                            <option>Choose by Letter</option>
26542
26543                            <option>A</option>
26544
26545                            <option>B</option>
26546
26547                            <option>C</option>
26548
26549                            <option>D</option>
26550
26551                            <option>E</option>
26552
26553                            <option>F</option>
26554
26555                            <option>G</option>
26556
26557                            <option>H</option>
26558
26559                            <option>I</option>
26560
26561                            <option>J</option>
26562
26563                            <option>K</option>
26564
26565                            <option>L</option>
26566
26567                            <option>M</option>
26568
26569                            <option>N</option>
26570
26571                            <option>O</option>
26572
26573                            <option>P</option>
26574
26575                            <option>Q</option>
26576
26577                            <option>R</option>
26578
26579                            <option>S</option>
26580
26581                            <option>T</option>
26582
26583                            <option>U</option>
26584
26585                            <option>V</option>
26586
26587                            <option>W</option>
26588
26589                            <option>X</option>
26590
```

```
26591                                    <option>Y</option>
26592
26593                                    <option>Z</option>
26594
26595                                </select>
26596
26597                            </div>
26598
26599                            <div class="alphabet hidden-xs">
26600
26601                                <div
...  id="dnn_ctr905_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
26602
26603                        <a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=A">A</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=B">B</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=C">C</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=D">D</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=E">E</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=F">F</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=G">G</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=H">H</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=I">I</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=J">J</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=K">K</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=L">L</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=M">M</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=N">N</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=O">O</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=P">P</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Q">Q</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=R">R</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=S">S</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=T">T</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=U">U</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=V">V</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=W">W</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=X">X</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Y">Y</a
...  ><a class="letter"
...  href="http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia?alpha=Z">Z</a
...  >
26604
26605        </div>
```

```
26606
26607                    </div>
26608
26609                </div>
26610
26611            </div>
26612
26613        </div>
26614
26615        <div class="boxmore">
26616
26617            <a id="dnn_ctr905_View_ucHealthInfoGroup_lnkHealthLibrary"
…   href="http://www.barnesjewishwestcounty.org/Health-Library">
26618
26619                Visit The Health Library <span
…   class="icon-arrow-right-generic"></span>
26620
26621            </a>
26622
26623        </div>
26624
26625    </div>
26626
26627 </div>
26628
26629
26630
26631 <script type="text/javascript">
26632
26633    var GetHealthTopicBaseUrl =
…   'http://www.barnesjewishwestcounty.org/Health-Library/Get-Health-Topic';
26634
26635    var EncyclopediaBaseUrl =
…   'http://www.barnesjewishwestcounty.org/Health-Library/Encyclopedia';
26636
26637 </script>
26638
26639            </div>
26640
26641
26642
26643
26644
26645
26646
26647 </div>
26648
26649
26650
26651 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
…   rel="stylesheet" />
26652
26653 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
…   rel="stylesheet" />
26654
26655
26656
26657 <script type="text/javascript"
…   src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
26658
26659 <script type="text/javascript"
…   src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
26660
26661
26662
26663 <script type="text/javascript">
26664
26665    $(function () {
```

```
26666
26667            var $container = $('.healthNews');
26668
26669            var $customPageTitle = $("#customPageTitle");
26670
26671
26672
26673            var displayMode = 'HealthInfoGroup';
26674
26675            switch (displayMode) {
26676
26677                case 'ListByTopic':
26678
26679                    $container.find('.rtIn.content').each(function () {
26680
26681                        var title = $(this).attr('title');
26682
26683                        if (typeof title !== 'undefined' && title !== 'undefined') {
26684
26685                            $(this).after('<div class="blurb" style="padding: 0px 0px 0px
…  15px;">' + title + '</div>');
26686
26687                            $(this).attr('title', '');
26688
26689                        }
26690
26691                    });
26692
26693
26694
26695                    $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
26696
26697                    break;
26698
26699
26700
26701                case 'HealthNewsTicker':
26702
26703                    // start the ticker
26704
26705                    var options = {
26706
26707                        titleText: "Health News: <span class='date-string'>" + new
…  Date().format("MM.dd.yyyy") + '</span>',
26708
26709                        displayType: "fade"
26710
26711                    };
26712
26713
26714
26715                    $('#js-news').ticker(options);
26716
26717                    break;
26718
26719
26720
26721                case 'ViewContent':
26722
26723                    var $viewContent = $container.find(".viewContent");
26724
26725                    if ($viewContent.length > 0) {
26726
26727                        var $title = $viewContent.find("#regularTitle");
26728
26729                        if ($title.length > 0) {
26730
26731                            $customPageTitle.append('<h1 class="pageTitle">' +
```

```
26731...  $title.text() + "</h1>");;
26732
26733                              }
26734
26735                          }
26736
26737                      break;
26738
26739              }
26740
26741      });
26742
26743  </script>
26744
26745  </div><!-- End_Module_905 --></div>
26746
26747  </div>
26748
26749  </div></div>
26750
26751                      </div>
26752
26753                      <!-- Right Pane -->
26754
26755                      <div class="col-md-4 col-sm-12">
26756
26757                          <!-- Right Top Pane -->
26758
26759                          <div class="col-md-12 col-sm-6 centersNav">
26760
26761                              <div id="dnn_RightTopPane" class="h_RightTopPane">
26762
26763                              <div class="DnnModule DnnModule-DNN_HTML DnnModule-914"><a
26764... name="914"></a>
26765
26766
26767  <div class="box-group exGroup">
26768
26769      <div class="exWrap">
26770
26771          <div class="box-heading exBar">
26772
26773              <h4 class="box-title"><a href="#centersPanel"><span class="barspan">
26774
26775                  <span id="dnn_ctr914_dnnTITLE_titleLabel" class="titleText">Medical
26776... Services</span>
26777
26778
26779
26780
26781
26782
26783              </span><span class="visible-xs baricon
26784... icon-accordion-closed"></span></a></h4>
26785
26786          </div>
26787
26788          <div id="centersPanel" class="box">
26789
26790              <div class="boxcontent">
26791
26792                      <div id="dnn_ctr914_ContentPane" class="linkbox_c"><!--
26793... Start_Module_914 --><div id="dnn_ctr914_ModuleContent" class="DNNModuleContent
     ModDNNHTMLC">
26794
26795      <div id="dnn_ctr914_HtmlModule_lblContent" class="Normal">
```

```
26794
26795        <ul class="relatedNav">
26796        <li><a href="/Medical-Services/Digestive-Diseases">Digestive Diseases</a></li>
26797        <li><a href="/Medical-Services/Emergency-Care">Emergency Care</a></li>
26798        <li><a href="/Medical-Services/Orthopedics">Orthopedics</a></li>
26799        <li><a href="/Medical-Services/Plastic-Surgery">Plastic &amp; Reconstructive
      … Surgery</a></li>
26800        <li><a href="/Medical-Services/Cancer">Siteman Cancer Center</a></li>
26801        <li><a href="/Medical-Services/Sports-Therapy-and-Rehabilitation-STAR">Sports
      … Therapy &amp; Rehab</a></li>
26802        <li><a href="/Medical-Services/Urology">Urology</a></li>
26803        </ul>
26804        <a href="/Medical-Services" class="btnAllServices">Learn More</a>
26805
26806        </div>
26807
26808
26809
26810        </div><!-- End_Module_914 --></div>
26811
26812                        </div>
26813
26814                    </div>
26815
26816                </div>
26817
26818        </div>
26819
26820
26821
26822        </div></div>
26823
26824                                </div>
26825
26826                                <!-- Right Bottom Pane -->
26827
26828                                <div class="col-md-12 col-sm-6 whyChooseNav">
26829
26830                                    <div id="dnn_RightBottomPane" class="h_RightTopPane">
26831
26832                                        <div class="DnnModule DnnModule-DNN_HTML DnnModule-915"><a
      … name="915"></a>
26833
26834
26835
26836        <div class="box-group exGroup">
26837
26838            <div class="exWrap">
26839
26840                <div class="box-heading exBar">
26841
26842                    <h4 class="box-title"><a href="#centersPanel"><span class="barspan">
26843
26844                        <span id="dnn_ctr915_dnnTITLE_titleLabel" class="titleText">Why
      … Choose Barnes-Jewish West County Hospital?</span>
26845
26846
26847
26848
26849
26850
26851
26852                    </span><span class="visible-xs baricon
      … icon-accordion-closed"></span></a></h4>
26853
26854            </div>
26855
26856            <div id="centersPanel" class="box">
```

```
26857
26858                    <div class="boxcontent">
26859
26860                         <div id="dnn_ctr915_ContentPane" class="linkbox_c"><!--
…    Start_Module_915 --><div id="dnn_ctr915_ModuleContent" class="DNNModuleContent
…    ModDNNHTMLC">
26861
26862      <div id="dnn_ctr915_HtmlModule_lblContent" class="Normal">
26863
26864      <ul class="relatedNav">
26865      <li><a href="/about-us">Exceptional Care</a> </li>
26866      <li><a href="/About-Us/Outcomes-and-Quality-Measures">Outcomes and Quality
…    Measures</a><a href="/About-Us/Outcomes-and-Quality"> </a><a
…    href="/About-Us/Outcomes-and-Quality"><br />
26867      </a></li>
26868      <li><a href="/Medical-Services/Surgical-Services">Surgical Services</a></li>
26869 </ul>
26870
26871 </div>
26872
26873
26874
26875 </div><!-- End_Module_915 --></div>
26876
26877                    </div>
26878
26879            </div>
26880
26881      </div>
26882
26883 </div>
26884
26885
26886
26887 </div></div>
26888
26889                         </div>
26890
26891                    </div>
26892
26893                </div>
26894
26895            </div>
26896
26897      </div>
26898
26899      <!-- News Sticker -->
26900
26901      <div class="row7">
26902
26903          <div class="container">
26904
26905              <div class="row">
26906
26907                  <div class="col-md-12">
26908
26909                      <div id="dnn_BottomPane" class="h_BottomPane">
26910
26911                      <div class="DnnModule DnnModule-DNN_HTML DnnModule-891"><a
…    name="891"></a>
26912
26913
26914
26915
26916
26917 <script type="text/javascript">
26918
26919      $(document).ready(function () {
```

```
/*News Ticker*/

var ticker = $('ul.home-news-ticker');

var tickIn = setInterval(function () {

    ticker.find('li:visible').fadeOut(function () {

        $(this).appendTo(ticker);

        ticker.children('li:first').show();

    });

}, 5000);

$(".nexttick").click(function (e) {

    ticker.find('li:visible').fadeOut(function () {

        $(this).appendTo(ticker);

        ticker.children('li:first').show();

        e.preventDefault(e);

    });

});

$(".prevtick").click(function (e) {

    ticker.find('li:visible').fadeOut(function () {

        ticker.find('li:last').insertBefore(ticker.find('li:first'));

        ticker.children('li:first').show();

        e.preventDefault(e);

    });

});

});

</script>




<div class="NewsTickerContainer">

    <div class="box-group newsGroup">

        <div class="newsWrap">

            <div class="box-heading newsBar visible-xs">

                <h4 class="box-title"><a href="#newsPanel"><span class="barspan">

                    <span id="dnn_ctr891_dnnTITLE_titleLabel" class="titleText">IN
THE NEWS</span>
```

```
26987
26988
26989
26990
26991                    </span><span class="baricon icon-accordion-closed"></span></a></h4>
26992
26993            </div>
26994
26995            <div class="box" id="newsPanel">
26996
26997                <div class="boxcontent">
26998
26999                    <div class="col-md-2 col-sm-2 hidden-xs newsLeft"><span>
27000
27001                        <a href="/About-Us/Newsroom"><span
     id="dnn_ctr891_TITLE1_titleLabel" class="titleText">IN THE NEWS</span>
27002
27003
27004
27005
27006
27007 </a>
27008
27009                    </span></div>
27010
27011                    <div class="col-md-8 col-sm-8 newsMed">
27012
27013                        <div id="dnn_ctr891_ContentPane" class="newsticker_c"><!--
     Start_Module_891 --><div id="dnn_ctr891_ModuleContent" class="DNNModuleContent
     ModDNNHTMLC">
27014
27015      <div id="dnn_ctr891_HtmlModule_lblContent" class="Normal">
27016
27017      <ul class="home-news-ticker">
27018      <li>
27019      <a id="xuNews_rptArticles_hlNewsArticle_0"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/1/Barnes-Jewish-West-County-Hospital-
     Places-1-in-Missouri-on-Patient-Engagement-Ranking">Barnes-Jewish West County
     Hospital Places #1 in Missouri on Patient Engagement Ranking</a>
27020      </li>
27021      <li>
27022      <a id="xuNews_rptArticles_hlNewsArticle_1"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/2/Barnes-Jewish-West-County-Hospital-
     Sleep-Expert-Says-Theres-an-Easy-Solution-to-Not-Falling-Asleep-at-the-Wheel">Barnes-
     Jewish West County Hospital Sleep Expert Says There's an Easy Solution to Not Falling
     Asleep at the Wheel</a>
27023      </li>
27024      <li>
27025      <a id="xuNews_rptArticles_hlNewsArticle_2"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/10/The-Joint-Commission-Names-Barnes-
     Jewish-West-County-Hospital-a-Top-Performer-for-Surgical-Care">The Joint Commission
     Names Barnes-Jewish West County Hospital a Top Performer for Surgical Care</a>
27026      </li>
27027      <li>
27028      <a id="xuNews_rptArticles_hlNewsArticle_3"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/11/Brazilian-Given-New-Perspective-on-
     Life">Brazilian Given New Perspective on Life</a>
27029      </li>
27030      <li>
27031      <a id="xuNews_rptArticles_hlNewsArticle_4"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/12/Treating-Blocked-Salivary-Glands">
     Treating Blocked Salivary Glands</a>
27032      </li>
27033      <li>
27034      <a id="xuNews_rptArticles_hlNewsArticle_5"
     href="/About-Us/Newsroom/ArtMID/1141/ArticleID/13/Lifestyle-Changes-Are-Key-To-
     Preventing-Heart-Disease">Lifestyle Changes Are Key To Preventing Heart Disease</a>
27035      </li>
```

Page 704

```
27036          <li>
27037          <a id="xuNews_rptArticles_hlNewsArticle_6"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/14/Welcome-New-Physicians-Dr-Elizabeth
…      -Huebner-and-Dr-Kara-Regan">Welcome New Physicians  Dr. Elizabeth Huebner and Dr.
…      Kara Regan</a>
27038          </li>
27039          <li>
27040          <a id="xuNews_rptArticles_hlNewsArticle_7"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/15/Dr-Christopher-Lynch">Dr.
…      Christopher Lynch</a>
27041          </li>
27042          <li>
27043          <a id="xuNews_rptArticles_hlNewsArticle_8"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/16/Nurse-Has-Been-Giving-Her-Best-For-
…      48-Years">Nurse Has Been Giving Her Best For 48 Years</a>
27044          </li>
27045          <li>
27046          <a id="xuNews_rptArticles_hlNewsArticle_9"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/17/US-News-Ranks-Barnes-Jewish-West-
…      County-Hospital-Among-the-Best-in-Missouri-and-High-Performing-for-Orthopedics-and-
…      Urology">U.S. News Ranks Barnes-Jewish West County Hospital Among the Best in
…      Missouri and High Performing for Orthopedics and Urology</a>
27047          </li>
27048          <li>
27049          <a id="xuNews_rptArticles_hlNewsArticle_10"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/18/Long-Road-Leads-to-Bright-Future">
…      Long Road Leads to Bright Future</a>
27050          </li>
27051          <li>
27052          <a id="xuNews_rptArticles_hlNewsArticle_11"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/19/Never-Give-Up-Nurse-and-Patient-
…      Connect-Through-the-Power-of-Hope">Never Give Up: Nurse and Patient Connect Through
…      the Power of Hope</a>
27053          </li>
27054          <li>
27055          <a id="xuNews_rptArticles_hlNewsArticle_12"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/20/Check-Your-Diabetes-Risk">Check
…      Your Diabetes Risk</a>
27056          </li>
27057          <li>
27058          <a id="xuNews_rptArticles_hlNewsArticle_13"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/21/When-Emergency-Care-is-Needed-
…      Interventional-Radiology-Suite-Can-Help">When Emergency Care is Needed,
…      Interventional Radiology Suite Can Help</a>
27059          </li>
27060          <li>
27061          <a id="xuNews_rptArticles_hlNewsArticle_14"
…      href="/About-Us/Newsroom/ArtMID/1141/ArticleID/22/Breathing-Easier-Finding-relief-for
…      -chronic-sinusitis">Breathing Easier: Finding relief for chronic sinusitis</a>
27062          </li>
27063      </ul>
27064
27065      </div>
27066
27067
27068
27069      </div><!-- End_Module_891 --></div>
27070
27071                              </div>
27072
27073                              <div class="col-md-2 col-sm-2 hidden-xs newsRight">
27074
27075                                  <div class="newsControls">
27076
27077                                      <div class="prevtick"><span
…      class="icon-arrow-left-generic"></span></div>
27078
27079                                      <div class="nexttick"><span
```

```
27079…   class="icon-arrow-right-generic"></span></div>
27080
27081                                    </div>
27082
27083                                </div>
27084
27085                            </div>
27086
27087                        </div>
27088
27089                    </div>
27090
27091            </div>
27092
27093    </div>
27094
27095    </div></div>
27096
27097                                </div>
27098
27099                            </div>
27100
27101                        </div>
27102
27103            </div>
27104
27105
27106
27107        <!-- Social Media -->
27108
27109
27110
27111    <!-- Social Media -->
27112
27113    <div class="row11 socialRow">
27114
27115        <div class="container">
27116
27117            <div class="row">
27118
27119                <div class="col-md-12">
27120
27121                    <div class="socialWrap">
27122
27123                        <div>
27124
27125                            <div class="socialCol">
27126
27127                                <a class="hidden-xs icon-google-plus"
    …   href="https://plus.google.com/+BarnesJewishWestCountyHospitalSaintLouis/posts"
    …   target="_blank"></a>
27128
27129                            </div>
27130
27131                            <div class="socialCol">
27132
27133                                <a class="hidden-xs icon-fb"
    …   href="https://www.facebook.com/BarnesJewishWestCountyHospital" target="_blank"></a>
27134
27135                            </div>
27136
27137                            <div class="socialCol">
27138
27139                                <a class="hidden-xs icon-twitter"
    …   href="https://twitter.com/@barnesjewishwst" target="_blank"></a>
27140
27141                            </div>
27142
```

Page 706

```
27143                              <div class="socialcol">
27144
27145                              <a class="hidden-xs icon-youtube"
  …    href="https://www.youtube.com/user/BarnesJewishWest" target="_blank"></a>
27146
27147                          </div>
27148
27149                      </div>
27150
27151                  </div>
27152
27153              </div>
27154
27155          </div>
27156
27157      </div>
27158
27159  </div>
27160
27161
27162
27163      <div class="row8 newsletterRow">
27164
27165
27166
27167  <link href="/DesktopModules/SignUpEnews/css/signup.css" rel="stylesheet" />
27168
27169
27170
27171  <script type="text/javascript">
27172
27173      $(document).ready(function () {
27174
27175          //deal with search textbox
27176
27177          var defaultVal = "Enter Your Email Address";
27178
27179          $(".email-input").val(defaultVal); //default
27180
27181          $(".email-input").click(function () {
27182
27183              $(this).val("");
27184
27185          });
27186
27187
27188
27189          $(".email-input").blur(function () {
27190
27191              if ($(this).val() == "") {
27192
27193                  $(this).val(defaultVal);
27194
27195              }
27196
27197          });
27198
27199      });
27200
27201  </script>
27202
27203
27204
27205
27206
27207  <div id="dnn_ucSignUpForm_UpdatePanel1">
27208
27209
```

```
27210
27211            <div class="container enewsLetter">
27212
27213                <div class="row">
27214
27215                    <div class="col-md-7 col-sm-7 col-sm-12">
27216
27217                        <div class="newsletterL">
27218
27219                            <h4>SIGN UP TODAY FOR FREE E-NEWSLETTERS</h4>
27220
27221                            <span class="newsletterTxtSml">Get the latest in medical
…   technology, research and disease prevention sent to your inbox from Barnes-Jewish
…   West County Hospital and Barnes-Jewish Hospital.</span>
27222
27223                        </div>
27224
27225                    </div>
27226
27227                    <div class="col-md-5 col-sm-7 col-sm-12">
27228
27229                        <div class="newsletterR">
27230
27231                            <div class="input-group">
27232
27233                                <input name="dnn$ucSignUpForm$txtEmail" type="text"
…   id="dnn_ucSignUpForm_txtEmail" class="form-control email-input" />
27234
27235                                <div class="input-group-btn">
27236
27237                                    <a id="dnn_ucSignUpForm_btnSignUp" class="btn
…   btnSignUp"
…   href="javascript:__doPostBack(&#39;dnn$ucSignUpForm$btnSignUp&#39;,&#39;&#39;)">Sign
…   Up</a>
27238
27239                                </div>
27240
27241                            </div>
27242
27243
27244
27245                        </div>
27246
27247                    </div>
27248
27249                </div>
27250
27251                <div class="row">
27252
27253                    <div class="col-md-12 col-sm-12 view-msg">
27254
27255
27256
27257                    </div>
27258
27259                </div>
27260
27261            </div>
27262
27263
27264
27265    </div>
27266
27267
27268
27269        </div>
27270
27271
```

```
27272
27273        <!-- Footer -->
27274
27275
27276
27277
27278
27279   <!-- Footer -->
27280
27281   <!-- Enews Letter -->
27282
27283
27284
27285
27286
27287   <!-- Phone -->
27288
27289   <div class="row9 footerRow1">
27290
27291        <div class="container">
27292
27293            <div class="row">
27294
27295                <div class="col-md-8 col-sm-6">
27296
27297                    <div class="appointNum">
27298
27299                        <span>Find a doctor or make an appointment: </span>
27300
27301                        <a href="tel:3145429378 " class="tel">314.542.WEST (9378)</a> OR
        TOLL.FREE 1.844.542.9387
27302
27303                    </div>
27304
27305                </div>
27306
27307                <div class="col-md-4 col-sm-6">
27308
27309                    <div class="genInfoNum"><span>General Information: </span><span><a
        href="tel:3149968000" class="tel">(314) 996.8000</a></span></div>
27310
27311                </div>
27312
27313            </div>
27314
27315        </div>
27316
27317   </div>
27318
27319   <!-- Row 10 Footer 2 -->
27320
27321   <div class="row10 footerRow2">
27322
27323        <div class="container">
27324
27325            <div class="row">
27326
27327                <div class="box-group footerGroup col-md-2">
27328
27329                    <div class="footerWrap">
27330
27331                        <div class="box-heading footerBar hidden-lg hidden-md">
27332
27333                            <h4 class="box-title"><a href="#fPanel1"><span
        class="barspan">Patient Care</span><span class="baricon
        icon-accordion-closed"></span> </a></h4>
27334
27335                        </div>
```

```
27336
27337                         <div class="box" id="fPanel1">
27338
27339                             <div class="boxcontent">
27340
27341                                 <ul>
27342
27343                                     <li class="visible-lg visible-md">
27344
27345                                         <h5><a href="/patient-visitor-information"><span
      style="color: #ffd200;">Patient Care</span></a></h5>
27346
27347                                     </li>
27348
27349                                     <li><a href="/find-a-doctor/">Find a Doctor</a></li>
27350
27351                                     <li><a
      href="/patient-visitor-information/request-a-call-for-an-appointment/">Request an
      Appointment</a></li>
27352
27353                                     <li><a href="/medical-services">Medical
      Services</a></li>
27354
27355                                     <li><a href="/patient-visitor-information">Patient
      &amp; Visitor Information</a></li>
27356
27357                                 </ul>
27358
27359                             </div>
27360
27361                         </div>
27362
27363                     </div>
27364
27365                 </div>
27366
27367             <div class="box-group footerGroup col-md-2">
27368
27369                 <div class="footerWrap">
27370
27371                     <div class="box-heading footerBar hidden-lg hidden-md">
27372
27373                         <h4 class="box-title"><a href="#fPanel2"><span
      class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
      </a></h4>
27374
27375                     </div>
27376
27377                     <div class="box" id="fPanel2">
27378
27379                         <div class="boxcontent">
27380
27381                             <ul>
27382
27383                                 <li class="visible-lg visible-md">
27384
27385                                     <h5><a href="/about-us"><span style="color:
      #ffd200;">About Us</span></a></h5>
27386
27387                                 </li>
27388
27389                                 <li><a href="/about-us/awards-and-honors/">Awards
      &amp; Honors</a></li>
27390
27391                                 <li><a
      href="/About-Us/Classes-and-Event-Registration">Classes and Events</a></li>
27392
27393                                 <li><a href="/about-us/community-benefit">Community
```

```
27393…   Benefit</a></li>
27394
27395                                      <li><a href="/about-us/our-mission">Mission, Vision
…     &amp; Values</a></li>
27396
27397                                      <li><a href="/About-Us/Partner-Institutions">Partner
      Institutions</a></li>
27398
27399                                      <li><a
…     href="/about-us/publications">Publications</a></li>
27400
27401                                      <li><a href="/about-us">More</a></li>
27402
27403                                  </ul>
27404
27405                              </div>
27406
27407                          </div>
27408
27409                      </div>
27410
27411                  </div>
27412
27413              <div class="box-group footerGroup col-md-2">
27414
27415                  <div class="footerWrap">
27416
27417                      <div class="box-heading footerBar hidden-lg hidden-md">
27418
27419                          <h4 class="box-title"><a href="#fPanel3"><span
      class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
      </a></h4>
27420
27421                      </div>
27422
27423                      <div class="box" id="fPanel3">
27424
27425                          <div class="boxcontent">
27426
27427                              <ul>
27428
27429                                  <li class="visible-lg visible-md">
27430
27431                                      <h5><a href="/careers"><span style="color:
…     #ffd200;">Careers</span></a></h5>
27432
27433                                  </li>
27434
27435                                  <li><a href="/careers/job-search/">Job
…     Search</a></li>
27436
27437                                  <li><a href="/careers/nursing">Nursing</a></li>
27438
27439                                  <li><a href="/careers/allied-health">Allied
…     Health</a></li>
27440
27441                                  <li><a
…     href="/careers/non-clinical-professionals">Non-Clinical Careers</a></li>
27442
27443                                  <li><a
…     href="/Careers/Employee-Benefits-and-Rewards">Benefits</a></li>
27444
27445                                  <li><a
…     href="/careers/why-work-at-barnes-jewish-west-county-hospital">Working at
…     Barnes-Jewish West County</a></li>
27446
27447                                  <li><a href="/careers">More</a></li>
27448
```

```
27449                                            2/011
27450
27451                                     </div>
27452
27453                                  </div>
27454
27455                               </div>
27456
27457                            </div>
27458
27459                   <div class="box-group footerGroup col-md-2">
27460
27461                       <div class="footerWrap">
27462
27463                          <div class="box-heading footerBar hidden-lg hidden-md">
27464
27465                             <h4 class="box-title"><a href="#fPanel4"><span
        class="barspan">For Professionals</span><span class="baricon
        icon-accordion-closed"></span> </a></h4>
27466
27467                          </div>
27468
27469                          <div class="box" id="fPanel4">
27470
27471                             <div class="boxcontent">
27472
27473                                <ul>
27474
27475                                   <li class="visible-lg visible-md">
27476
27477                                      <h5><a href="/for-medical-professionals"><span
        style="color: #ffd200;">For Professionals</span></a></h5>
27478
27479                                   </li>
27480
27481                                   <li><a href="/for-medical-professionals">Clinical
        Resources</a></li>
27482
27483                                   <li><a
        href="/For-Medical-Professionals/Imaging-Information">Imaging Resources</a></li>
27484
27485                                   <li><a
        href="/For-Medical-Professionals/Educational-Opportunities">Educational
        Opportunities</a></li>
27486
27487
27488
27489                                </ul>
27490
27491                             </div>
27492
27493                          </div>
27494
27495                       </div>
27496
27497                   </div>
27498
27499                   <div class="box-group footerGroup col-md-2">
27500
27501                       <div class="footerWrap">
27502
27503                          <div class="box-heading footerBar hidden-lg hidden-md">
27504
27505                             <h4 class="box-title"><a href="#fPanel5"><span
        class="barspan">Giving</span><span class="baricon icon-accordion-closed"></span>
        </a></h4>
27506
27507                          </div>
```

```
27508
27509                          <div class="box" id="fPanel5">
27510
27511                              <div class="boxcontent">
27512
27513                                  <ul>
27514
27515                                      <li class="visible-lg visible-md">
27516
27517                                          <h5><span style="color:
…     #ffd200;">Giving</span></h5>
27518
27519                                      </li>
27520
27521                                      <li><a href="/Volunteer">Volunteer</a></li>
27522
27523                                      <li><a
…     href="http://www.barnesjewish.org/giving/about-us" target="_blank">About the
…     Foundation</a></li>
27524
27525                                      <li><a
…     href="http://www.barnesjewish.org/giving/ways-to-give" target="_blank">Give</a></li>
27526
27527                                      <li><a
…     href="http://www.barnesjewish.org/giving/news-and-publications/publications"
      target="_blank">Foundation Publications</a></li>
27528
27529                                      <li><a
…     href="http://www.barnesjewish.org/giving/WhereCareMattersMost"
…     target="_blank">Stories of Hope</a></li>
27530
27531                                      <li><a
…     href="http://www.barnesjewish.org/giving/contact-us" target="_blank">Contact the
…     Foundation</a></li>
27532
27533                                  </ul>
27534
27535                              </div>
27536
27537                          </div>
27538
27539                      </div>
27540
27541                  </div>
27542
27543              </div>
27544
27545          </div>
27546
27547  </div>
27548
27549  <div class="row12 copyRow">
27550
27551      <div class="container">
27552
27553          <div class="row copyWrap">
27554
27555              <footer>
27556
27557                  <div class="col-sm-12 col-xs-12 mHeaderM">
27558
27559                      <a href="/">
27560
27561                          <img width="176" height="68" alt=""
…     src="/Portals/0/Skins/BJWC/images/BJWCH_logo_footer.png">
27562
27563                      </a>
27564
```

```
27565                      </div>
27566
27567                      <address>
27568
27569                          12634 Olive Boulevard<br />
27570
27571                          Creve Coeur, Missouri 63141
27572
27573                      </address>
27574
27575                      <small>
27576
27577                          <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
  …   class="copyRight">&copy;Copyright 1997-2016, Barnes-Jewish West Country Hospital. All
      Rights Reserved</span>
27578
27579
27580
27581                      </small>
27582
27583                  </footer>
27584
27585              </div>
27586
27587          </div>
27588
27589  </div>
27590
27591  <!-- Row 13: Sitemap -->
27592
27593  <div class="row13 sitemapRow">
27594
27595      <div class="container">
27596
27597          <div class="row">
27598
27599              <div class="col-md-12">
27600
27601                  <ul class="sitemapMenu">
27602
27603                      <li><a href="/">Home</a></li>
27604
27605                      <li><a href="/legal">Legal</a></li>
27606
27607                      <li><a
      href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
  …   target="_blank">HIPAA</a></li>
27608
27609                      <li><a href="/Site-Maps">Sitemap</a></li>
27610
27611                  </ul>
27612
27613              </div>
27614
27615          </div>
27616
27617      </div>
27618
27619  </div>
27620
27621  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
  …   Top</span><span class="icon-arrow-back_to_top"></span></a>
27622
27623  </div>
27624
27625
27626
27627  <!--CDF(Css|/Portals/0/Skins/BJWC/css/bootstrap.css?cdv=150)-->
```

```
27628
27629  <!--CDF(Css|/Portals/0/Skins/BJWC/css/bootstrap-theme.css?cdv=150)-->
27630
27631  <!--CDF(Css|/Portals/0/Skins/BJWC/css/all.css?cdv=150)-->
27632
27633  <!--CDF(Css|/Portals/0/Skins/BJWC/css/desktop.css?cdv=150)-->
27634
27635  <!--CDF(Css|/Portals/0/Skins/BJWC/css/tablet.css?cdv=150)-->
27636
27637  <!--CDF(Css|/Portals/0/Skins/BJWC/css/mobile.css?cdv=150)-->
27638
27639  <!--CDF(Css|/Portals/0/Skins/BJWC/css/jquery.fancybox.css?cdv=150)-->
27640
27641  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/bootstrap.js?cdv=150)-->
27642
27643  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/jquery.fancybox.js?cdv=150)-->
27644
27645  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/jquery.fancybox-media.js?cdv=150)-->
27646
27647  <!--CDF(Javascript|/Portals/0/Skins/BJWC/js/global.js?cdv=150)-->
27648
27649
27650
27651
27652
27653
27654
27655          <input name="ScrollTop" type="hidden" id="ScrollTop" />
27656
27657          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
       autocomplete="off"
   …   value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`494`,`SearchIconWebUrl`:`url(/
   …   icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
   …   DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
27658
27659          <input name="__RequestVerificationToken" type="hidden"
       value="PZSmhaeeD-lN9KhxyPBzbPwNyzL-
   …   W4y3p9iV7nPfbDGfUnWk7jd5ltdZjvHCThl509hy0xPrpTZiIWYTgRPz4xTQAoLPMTszIrzi3M0Ecb2EFu8SW
   …   3ZOoookaw41" /><script src="/Resources/Search/Search.js?cdv=150"
   …   type="text/javascript"></script>
27660
27661
27662
27663  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
   …   ></script>
27664
27665  <script type="text/javascript">
27666
27667  //<![CDATA[
27668
27669  ;(function() {
27670
27671                          function loadHandler() {
27672
27673                                  var hf = $get('StylesheetManager_TSSM');
27674
27675                                  if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
       ''; }
27676
27677                                  hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
       Culture=neutral,
   …   PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
   …   c73cf106';
27678
27679                                  Sys.Application.remove_load(loadHandler);
27680
27681                          };
27682
```

```
27683                        Sys.Application.add_load(loadHandler);
27684
27685                        })();Sys.Application.add_init(function() {
27686
27687        $create(Telerik.Web.UI.RadTextBox,
     …  {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
     …  _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr904$View$
     …  ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
     …  0)","_skin":"Default","_validationText":"","clientStateFieldID":
     …  dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
     …  ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
     …  searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
     …  searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
     …  searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
     …  searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
     …  searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
     …  searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
     …  {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
     …  $get("dnn_ctr904_View_ucPhysicianInfoGroup_txtSearchBox"));
27688
27689 });
27690
27691 Sys.Application.add_init(function() {
27692
27693        $create(Telerik.Web.UI.RadTextBox,
     …  {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
     …  _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr905$View$
     …  ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
     …  0)","_skin":"Default","_validationText":"","clientStateFieldID":
     …  dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
     …  ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
     …  form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
     …  form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
     …  form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
     …  form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
     …  form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
     …  form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
     …  form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
     …  $get("dnn_ctr905_View_ucHealthInfoGroup_txtSearchBox"));
27694
27695 });
27696
27697 //]]>
27698
27699 </script>
27700
27701 </form>
27702
27703
27704
27705
27706
27707
27708
27709
27710
27711    <!-- Activity name for this tag: West Hospital Homepage -->
27712
27713 <!-- URL of the webpage where the tag will be placed:
     …  https://www.barnesjewishwestcounty.org/ -->
27714
27715 <script type='text/javascript'>
27716
27717 var axel = Math.random()+"";
27718
27719 var a = axel * 10000000000000;
27720
27721 document.write('<img src="https://pubads.g.doubleclick.net/activity;xsp=395659;ord='+
```

Page 716

```
27721...   a + '? width=1 height=1 border=0/>');
27722
27723   </script>
27724
27725   <noscript>
27726
27727   <img src="https://pubads.g.doubleclick.net/activity;xsp=395659;ord=1?" width=1
   ...  height=1 border=0/>
27728
27729   </noscript>
27730
27731   </body>
27732
27733   </html>
27734   **************************************************
27735   The following data is from bjsph_org-20160910-page_source.txt
27736   **************************************************
27737
27738   <!DOCTYPE html>
27739   <html  lang="en-US">
27740   <head id="Head">
27741   <!--**********************************************-->
27742   <!-- DNN Platform - http://www.dnnsoftware.com   -->
27743   <!-- Copyright (c) 2002-2014, by DNN Corporation -->
27744   <!--**********************************************-->
27745   <link
   ...  href="http://fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
   ...  700italic,800italic,400,300,600,700,800" rel="stylesheet" type="text/css" /><meta
   ...  content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport" /><meta
   ...  http-equiv="X-UA-Compatible" content="IE=edge" /><meta content="text/html;
   ...  charset=UTF-8" http-equiv="Content-Type" /><title>
27746       Home | Barnes-Jewish St. Peters Hospital
27747   </title><meta id="MetaDescription" name="DESCRIPTION" content="An award winning,
   ...  acute-care hospital with a direct link to the medical experts at St. Louis Children's
   ...  Hospital, Washington University School of Medicine in St. Louis, and Barnes-Jewish
   ...  Hospital." /><meta id="MetaKeywords" name="KEYWORDS" content=",DotNetNuke,DNN
   ...  /><meta id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta
   ...  id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" /><link
   ...  href="/Portals/_default/default.css?cdv=43" media="all" type="text/css"
   ...  rel="stylesheet"/><link href="/DesktopModules/HealthNewsFeed/module.css?cdv=43"
   ...  media="all" type="text/css" rel="stylesheet"/><link
   ...  href="/DesktopModules/ResponsiveRotator/module.css?cdv=43" media="all"
   ...  type="text/css" rel="stylesheet"/><link
   ...  href="/DesktopModules/PhysicianSearch/module.css?cdv=43" media="all" type="text/css"
   ...  rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/bootstrap.css?cdv=43"
   ...  media="all" type="text/css" rel="stylesheet"/><link
   ...  href="/Portals/0/Skins/BJSPH/css/bootstrap-theme.css?cdv=43" media="all"
   ...  type="text/css" rel="stylesheet"/><link
   ...  href="/Portals/0/Skins/BJSPH/css/all.css?cdv=43" media="all" type="text/css"
   ...  rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/desktop.css?cdv=43"
   ...  media="all" type="text/css" rel="stylesheet"/><link
   ...  href="/Portals/0/Skins/BJSPH/css/tablet.css?cdv=43" media="all" type="text/css"
   ...  rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/mobile.css?cdv=43"
   ...  media="all" type="text/css" rel="stylesheet"/><link
   ...  href="/Portals/0/Skins/BJSPH/css/jquery.fancybox.css?cdv=43" media="all"
   ...  type="text/css" rel="stylesheet"/><link
   ...  href="/Portals/0/Skins/BJSPH/css/dnn-admin.css?cdv=43" media="all" type="text/css"
   ...  rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=43" media="all"
   ...  type="text/css" rel="stylesheet"/><link
   ...  href="/DesktopModules/ImagesCarousel/css/ImagesCarousel.css?cdv=43" media="all"
   ...  type="text/css" rel="stylesheet"/><script
   ...  src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=43"
   ...  type="text/javascript"></script><script
   ...  src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=43"
   ...  type="text/javascript"></script><script
   ...  src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=43"
27748   type="text/javascript"></script>
```

```
27749        <!-- HTML5 shim and Respond.js IE8 support of HTML5 elements and media queries
        -->
27750        <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
27751        <!--[if lt IE 9]>
27752            <script
        src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
27753            <script
        src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
27754        <![endif]-->
27755        <!--[if lt IE 9]>
27756            <script
        src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
        script>
27757        <![endif]-->
27758
27759        <script type="text/javascript"
        src="/portals/0/skins/BJSPH/js/http.redirect.js"></script>
27760        <script type="text/javascript">
27761            httpRedirect(['/login', '/login.aspx', '/contact-us/general-inquiries',
        '/contact-us/patient-accounts', '/patients-and-visitors/request-an-appointment',
        '/patients-and-visitors/patient-price-estimate-form/patient-price-estimate-request-
        form']);
27762        </script>
27763
27764        <!-- Place this tag in your head or just before your close body tag./ Follow
        Google+ -->
27765        <script src="https://apis.google.com/js/platform.js" async defer></script>
27766 <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico' type='image/x-icon' />
27767
27768                <script type="text/javascript">
27769                    var _gaq = _gaq || [];
27770                    _gaq.push(['_setAccount', 'UA-16488992-20']);
27771                    _gaq.push(['_trackPageview']);
27772
27773
27774                    (function() {
27775                        var ga = document.createElement('script'); ga.type =
        'text/javascript'; ga.async = true;
27776                        ga.src = ('https:' == document.location.protocol ? 'https://' :
        'http://') + 'stats.g.doubleclick.net/dc.js';
27777                        var s = document.getElementsByTagName('script')[0];
        s.parentNode.insertBefore(ga, s);
27778                    })();
27779                </script>
27780
27781        <link
        href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
        3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
        3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
        3ac73cf106" type="text/css" rel="stylesheet" /></head>
27782 <body id="Body">
27783        <!-- Facebook -->
27784        <div id="fb-root"></div>
27785        <script>(function (d, s, id) {
27786        var js, fjs = d.getElementsByTagName(s)[0];
27787        if (d.getElementById(id)) return;
27788        js = d.createElement(s); js.id = id;
27789        js.src =
        "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
27790        fjs.parentNode.insertBefore(js, fjs);
27791 }(document, 'script', 'facebook-jssdk'));</script>
27792
27793        <form method="post" action="/" id="Form" enctype="multipart/form-data">
27794 <div class="aspNetHidden">
27795 <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
        value="" />
27796 <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
27797 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
```

27798 `<input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />`
27799 `<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"`
... `value="JfJxfwSYNvKg6Kk3zH259IeBGm0snYD2BUqn2gvcO/elJHN508vNnmdccyQASpivJJ1IBW+`
... `A9GBaCHchD/VtaKu467ZmFYr2hllvVT9ioMkalq6B9JbDXhODBn9AR3kJUKhzXHbWus8nmxJenT/`
... `i3jEGcnCorqSAu1qbzY0jkW/`
... `f7Nv38nPcNo5a9b4sAMNdUCYEXi0e4dZGtetm8USLIIjysRi7qlrI9TzDQjJKKYX/`
... `iSfd75W0pVfccVJMZtvX3VV3SDNSaz97UdnBocLG3PKU/kTU/`
... `C7XN93AKSHLcWvtmqyt5MAi0hgQ4b206pWEXQSeVtdY9Xreh16yr8GmdldTgcBuS+`
... `1Fjpj6rVit1MaAgHvJFHPP/HgYN2ooOSrxptOUEp4kMdssMWukFEf2nXUwglCe7GSB7YO+`
... `YEoVv1fXHfmDJbp6tdKhRSXHcKOe3bIG0epjAdRZvJVMCgntAn8eLkNx1jAIbv3ZGFhURsuaiKwBLYFm9ZydW`
... `G2hC6W4nGvxyL+WA21EJouxqL/NlvTMoiIhdZNnV1+`
... `ZPQjZYUxI6X6SEaJZQ0vJ1eBxdIX1HAdfFKJaQC0m431Od4Jj+`
... `xtmhkE03Ba6jx2nt5eUzbE8JrDHWOfOTBI0C9YqgKTIxi+4o1gCyJ9yEqF1pbVBQ1cMEyRZ/`
... `figKIOoQR7x1um7rFbOBLhD+jVYIX1FIcBrFVqXo3kCzCsWcLFT+`
... `zAP1VP7CQmjbZvf1DvyP7VgbSpT96ZdfnyfOWqVbLfbH4UdE9SPXnHcmxJBycTlxR+9a/`
... `Ij6J41v9dv51RNOnfmzPBO/St4qTypKRhR8OHNRu/r0KJwmtOx8ZDJm6jbd/`
... `EVLVkvpDADLQ4fwfEYwpC4eQ14rPJ0LQ6kpD/jeK/`
... `sSFKzqVfOnDEN89oiRW65I1vX1kTfV1CZ0iYHgKtGALEIr9OyH/R1r9iuS1GYh2BcdAO7K/`
... `kXScYcm2NnMvEQIDgvb6w9NAz51Wbi3qG1i0U4CvHTZZfwfXzZF2EL3CSO15yAChFn4iZpucGZFTCEBpA8dx4`
... `4BuPicjjfND9S0ydsM/j8VmLUTNNsounmkDCOxw7PCoJ3Ur/7uBS4gn12/`
... `bFuytFbZiWbqhHEpdh6az0pNCvwQTjDLoMlCiMEzeyRZuqiXqJp++`
... `0JJ5a0tFfuW37Is3UcOpYioUtEgSvz2yG2JzIFb8fpHKglJ237yxc41JVuAhSmuZMEq6UyMAyZev2oQJWoY24`
... `Gv7npq0USsep/SHV97tPZLEhwuhDrgZoFCgpqQoHuY9o8TX1oUfiZfjE63+`
... `Bm2eRrN4Q8F3gk2Z1JJ6ow36PddC+go2JXar4NetH2867sj70PHHZXspPFUU3cosJqKlGN3DnqIIVJKLXIs+`
... `uerzeNi4OTLTfzpls6kUM444QL4zcJw6WXP9WUngsTB6HM/m1WQyk7BkT9Zr3BTOtqC/`
... `lHDtO1tWLKG17pSuVKc8meBySBlNhsT/k4Rbg6jSj+`
... `ljlACCEL3Byq6UOkz86XHNQQSymiMSpIu9dFTqmIbDq6LcTyLIcHxkSl00VxhXFO9p7CpFMw5h5r9CBvp9Lvr`
... `lkbE788/LcL1ll2WtIPhLEciy8OC18KcYFrxX73HRpsqwkCeWr+`
... `nQKTZJ5r90mJfJ0HUk3DfXv9D6UwlrsZpD3XexLYNr/fbdqFAn/JDHipVeNNaNf0w+`
... `SHnpRoiiZStLkpsFaZ418ug8XAznhr8c7p0YWrEjC6iUX+`
... `I1D0YdtWZfJQOi1PfmnnmOBTxbpgf44aGANERhz1QdZMhs89nXXoejjxFdVXY85jiCsPiKiPUqnM6MP7Zw7kj`
... `QmjQA+hO/arLhpc48aee/bDPyr9s8BQNgOhX7vBLhNt7XXvDg+YZSTPeA5+`
... `i563JEgBxjMK6akhMoER5tcoPsGvxGMu7CSJsmlkiTxo3p0sy5dwcysxOySEAMt2woJYA41WM0Fr3/`
... `SIvP18Vk6RPxDEOKqc160XGXkRYRR9UY/`
... `XnFKHJWUiaimtizTcioNzwaJRPQMAe445DNvKEnjVDOMV7QWX28cA9bp5d1UbimaLrfla7TZwvbF5nrnvwiT1`
... `tVW6fGwtnxQdqJ1Aud06vIFY1DQSywxip04t/Gt9uWpvT2maEmlLFonEoKz0uAQTkGkaRcYczi/k/`
... `klq90KYEo93/0M4+RZ/MTv3ne0FEG6GAjUaANvfRJPN6qX+`
... `gLqnD2uO3TbHnI9aw9cjYcoM2Nm0LQKm1Wc96R7VUb64wOsrx3SFoRH41kQ0bW+jIn76fx1uyNjl0g4jCjsq+`
... `HDmCPvMeOt0/AHhqCHA7Kb5jZfyUmvuD9s9sc+Qujn/seVfgHQs/vF38X0ZGPROw+b4foAQopidC+`
... `B8LMkF6hUGGqTgTzUEoJvQNdqqtGCEXj4SapMAo95sYhwZPXo/Y12DxPQ+`
... `W9gRk2t79XI4B2dJZpodiwcRZzxEgJNb+RZhP9dh5M4BrhEtzOUnGKul3xQhx1L7fKWZ7peD7xiYcsQ+`
... `mKDys2EpgExsk+1uUaTWl4r2z/cg9r9P7sjkGDntMITNh6H4q1zktlEU+xQYxcYxqVmod/rHm/`
... `VF5TcaDZgZzmF/k4m/`
... `brBZ5FyLfu92fspk6m7Ufa31VrzYUIzPAhPR7Ha9vDUEBEEqzFD3eSjdL0ashRg3Qv6Ww7U8MxDLBzW00M00S`
... `OxDBOGKlOzNVtJaiFSGCR2+1yTGACF8UWU5tR3fSE0m8r+`
... `dyHIZKDZVFiNH2FW4Srz2a0MGtH9q8m2vk9Ak3FkNpGdUd/se5q3Vtemfcw/6LURT6BB+`
... `tgoEY9HIfFxaFpqQ8Z4f5TmIUj/OEGG/`
... `fvg0aybEJxde7ACZ88l5l7qeesb90yIv3awVKoPdbRatVgJAol6zdaWir7wNXZYonWRi+`
... `AYCpzRIxjhXpX7Wwf4uxmYFbBMQw3ZLzHGH7VJrTeFPnj82S6Mv15cwJEeB2dpf7J548cpLTq4xySYS0ifcXE`
... `hzWLIsaArcFSDvJqdBj2WI/JHjJlUfxAqC0r4FtntIJTyJQTrOJZRR4hYPxZYMLz/`
... `JYsqaDogZ5Brs845uOP64qGfPGIOUVI7yPH7LJnVuj6WOsaowCzwGEUjpFq+`
... `wXH7clT7WmBojS6df2EhBJ1zJ176ptOdYG2KDw6HeuoH8vHLMLb//`
... `aF5cCViJ9CWNBAKgD6aUrv1sSLAxBSVelQnlwBbMcHwXMHwkvLbonIxBb1pevUmldMGk/`
... `vGikG1wXm2wFHAZfFhfc0C6TL15ta14u4eiXasj3qfF0dky39Gu/xxBP7fg5qgflnljalpfnf2Lt4HFNCI6h/`
... `LSSWcxHoA9mrAUyxQYBSuBEJ+`
... `W9u3UuO5LgO0rC9kgZNJKem8vTwHGLKN2hrm5jmEje76Hoyhposve00hebKPAx1+`
... `YQQh3NCTKe3LV103HB7gWaNp3rT1LvwzbxS30Y5PcuuJTgVVWTGMJyg9ItYhKV9b4DtAmAzaVF5HEJ18d0ohM`
... `6dSvqTufbmxZbTdQ7X4xdIjsBjQUj5JEia6NiR8t4eE3fdT/zZXiVHhiS208OQ3UphUxIwGA1/`
... `GZ727Ru9x3JMmPfNBjrWfBOt9e0ERY7TraG2AUfV45ozWpsHaDdxBIBboAaQ7QU+`
... `zmtOtdmiFhmFUbJtDjwLGF6MgxXDAXGOrhFdnADfUUXpWn3w759dv1A9MJ4ZLueOqvAqGY4GadWN0X4Zq5dlL`
... `mnjQzBEpCANMSmXsATnXLJuarYtySYp/PLPyL5pUWQUz7VNFqpMtajuv+`
... `owh3bPVlT6auamIgbcjSb3eiEgZuv7p7peMDrniNHeBr8f2BlR+`
... `BGkwNn4JkaAyOLCbVLOCYrF4GXwcWqpDTbenFFP+HL756El0gq1UiU+`
... `DWP50XgL0G3BFetFKh9RzXhxzxz582iX4JHmXwTrjgaA3e+`
... `JR4JHq2HLNrI3dqCAJSORVIYZYXvQ2MejO0TGo6/cNKX+`
... `DjWTZPvnBaBVd9qLA7kabCYgbtEslHsLc01aIZduENFbd7FPM1pwlLRbZORzpTnMT9Vj46NnfdmMNZnxzp/`
... `Ilq6L0218OI6bB704TTsj6jtlkhzKVzB2a74PzrvJKD+OrPyu1A4XTsr9v5bTwxfdmrXLNBN6F+Z5JRqNA/`
... `IxG/jhpMeIHxy+Do6Yh2stD2mFqY4/1V/wRYMSdey81QEMXAhS+0xbPrYXO29bFGvlhDhIo+`

27799... RqxRmhs81Poqvxo21Hrf/zv1Ll1rb8qH1/y2vdqp2jb14mdJRKpWf89sHMsFusogrBq4+
... nFb125gq5qKf71VbeEncxMELp0UheW9xNt8rGquL9pO1tdv69+baDH7DgLuu007/I7eZrXs/
... JBwiEBIrIR4XToCyAvnGKq0K78QI8dpCbAIs1U1SfghAy6XXCNIflgVcHa97odItX1tTxrxAnq2q17BxWDPEj
... SZhOfqVbAZ91sh/oLrnY+lA1a+MIojopUJiOJpkgXy6OcXPTspGT0X+T0NpS32ntWIPygKT+
... H96jemajjDCRigAVW1NERqH2MVvWhccwi+QhbY9Pa+78A87YFB+/tejF9Pn7LOewQCmZp4VbyIiXqNWA9s2/
... jZpiIuHjyrE1Chp0ZKgSBCSB9vyoFM4VFb0qDjc6DnpdPojYXWc/yUcMF8YylrLp5hW86rIqpGXMLSi+
... gUKam8uG7bfQBjN35rOydTv5jpffio4kJja407ExjIY2CGRauCOdZ35H6zbKKS2eMivqPrvjbAjJ8u6Tv+
... GavfNW4DjQ3rnwSHErHyAP/HiRwB5dIHYnLsaGR7Ddrez8bDVJxRfjlgIixoMSm8RhCQ1ZwIQB0Z1w5QZg65/
... hBcNCUZYZoYzYbAB/
... ZgKa6fSzZbADYTMP1zDCZPQv4aIMzF0Av5HDf6DVl3RgLuPK3a7qhlq4Xn4N4UIOLSfd6fCijvYG5gnvrcjxH
... tEf4iQoex7OVhNGbXjio7CF3zJ7d+iiwQMUJht5qRkEewNqYWc5tpYPfPuYqUzN7QgWldsm/
... NOyuHDvhBIoZ8bSOQmNOdMwHKe4e0JGdntrQbC0UaLYyWjG/
... Bjbi4Eul9I1jIY4oOXd0Z3r5U99IomnO0XJamcot1fWq4pZMmjB0lHvilnuFCRLRwnS01obj7vmdR2usN796z
... Y0VIXIU30N1dbYNaRTYfp+hCS1WksLU9W6T5OGWVQM2BXV4Dnl6cXzsLdJLpB8sZhKuSuOVbV8qnlbH0Bkw2/
... ym6cKV/KbKZwNPJx1/m9baCYJDdS1s2CpPJGk9Wotmf5XoxryDx7gG691I+
... IRG5TPTeXCW7wV6EQAf3eqVyV3XCZoCH0id7Vu9xgOVWpggaEHny8Qn/
... 1FvoCR62AABhNkx7H7oJvrij72nNeDeodIfrJJxSpG0hQjg2WOcfypFGWeN5vSvttMDAdTnJfOVWRmrUvevD
... 2Jr9KnjsYyo/9OBlr+3jJXYi+
... negH57Ft0QWOVV6viY6ZNLCJoonN2idrBGcOvpcr82if9dvmMe9afE0kIaOlmA+
... gN7Za9R2wSlOYi34HQIaKLcik3VBAi56NPZHe8gA0/
... eMKi9z5UAx0nP5Grco2yp9MEk4jYkXcPMiB9Ne18hM70UDcAexRm6LkoMDbQC/12I0cVDWfimltpnjh+
... RN5cgrWmBfVs6Q170krot7fp+
... E4kaszG8HhGHE9DEdFoOQhGgVtA7N3bxrJZCmAHaa90PcDT0HOIRoUtL3FJLu5G7Yl VhqGaJKB87q1tO9uhtq
... Vn/NLf1/0yvZBMQjdmDPYOMeq2VhDq6ioBfIEGNthhzhJTfr2K6HEyocHHHB88t+3SSqZ9+
... 5yT6tDUAztDd31EKDUXFHcmtubaYe0myhDIuSGjWKsREaSB1/lAsrpALXIwhXCV+
... rlUrlpzEFVS2wJLmZym9C3zGxWzMt+
... hUuQw19tfbZP54XxzK38ZpNU8E5AHOpIgHdHMhmhSrAtKQtDY4kIaIuBVT3yllSNL1vaThSCNC4v5GWR/5W+
... kIcMnQ/Ix16XSEM5QTPPkpw/MOibkbI6fhtFVsy4MvqrQAV5X+
... SXxb3Bq0OBl8Cbxzkejp NsZp3yaPK5Ldvb4GHWjyIYG/
... MlwxGaWbHN30Bwfdsk28Okt2ed06fonHW25b8O5DBz3s6tYOHUlXf0dHeXNV3n5jA09d9QcXYvK6mjVNfCyo
... bn/4sqEdseAyj9dn+xhIqhJqiUOoFIDLRChu6HAB7u3R9C1Z6IIFdKtv/
... eXU3ctUxefLEXSutrsdJzrIPHbRewHB6Mr86DLnzN073UbugUtragz5NSqXuWL9tCovMCdUCtEHzyTD2kRWX5
... x8wmLrQIJRxRKeR4OzVDUoa0a73mZuhJpI1CzHB9men+
... CtY6n5T99zrozZwPto3sBIP0TTAKjkGwXXgz7xUDNuA0960WzrJZ94pebbXtIHOEa69MGfPWYVcKRlp8dNI09
... d45y66qs4VRfuqVTgaug790aMZPSdSVprVn0FGHaH35U2ZfFX1XIXE/
... G1L6VIiJ31XSibk0vuxjLPYqkJSEBAz905bbBs0f5BeGSu80T67Fwnf2Ukcn1HNp/7WbkHBfwGEaF0vm+
... Eap0nY2cevGot0UfQqTqq/uC4vP6AqHtWnftJsyN8xiwhkEHwPz0aVF2gXdhHixJXKHCe44NotGEtR+
... 6H7a92QlzyEcIu4ETRGB6GcSfGit4laDnFNg+8h28tnlogDdUCLG6EomotWFk75UL5fSb46VylfSj8NWp1/
... szQxcAHZHDlT9ezhT1vyBI7Bc2y1YMP/1R7ZvGKw0q/K2nUyPXt3SZk+CS/
... uNgINsKcwSSE5sVZCSAp4FLvD1a16G1GyDmhoHlQYrjgYHPYAttg1EbXAzHACh/LtNR8PQT+
... EKr5gxzUNZgPj9/T5NSiBCdJKCIFpsf5gXdqLcdyGigQal0VKbeG6vR61Cvlgm5dE4HPGsCSntzuVxi7JX1/+
... JTCJVc/FjpR684uvtSOrjmWiT/Hi5QWf140EW1L5TB6oUwXFMKY1G8KcY5hbRElesmBQ5OBAR2SzjQxbn6/
... OoVm7lPlcYdmkAPUp9WDOPK2RzwDnS1xzCyQJbV3rutnMtECi/
... VHcYhrLW9URyyc4mkolGAfpCjjItNolwB98nHa3qvZrh3RSdsZLQ8I8C4ZRvc7q/tvOEHS+
... RrdjwcxMMbV6HEiW1QkR/JqxgxbUc5a8E1ery5NIFTY1afNFSW45RZrriSv2RKR3OJ+
... Mkp7htLGv5LyoWQgGFmnXR6pSXdsoGM7FrGGztuPt9NdKUNSNfaPl6AQRmLOmYoeLF/Uq/
... tHSz8URpImRvDPcmTNdGEYgXDz57XJpENvm4amPhXB54DG3kllQb/VSISEnNzMYj5ejujTbbqhUFf5fQJNmgC
... /opIufO5jhFcu5mzmUWuFyVi2WiNPMv1ryGKRs1XPiu9q8SJMpRcDL82Vjblphr9RD1MG+
... Qw4cPLJQ4oBKVYY7+o1BJBXT9UeGwUKxsISRfpkVaTNbY+8SuDCFXNbz1/Ah6Df9+
... Ij8UF60C4kGSGQA69nD3WIkQ8msqToaSIs1JsSubXWcLdVNc0jRqqTqe1AKe6HDSjy/
... PjUkU1SyNjubCOk0LKC4i+37GuNwNvtgDb4c7hj1bSX/7Gv8K0CzEQfd8R8gTwN6UgY7YU6JbLoqEd1/uk/
... s1RoJv/gqX8s2fPfnVCVYgSNe9H011ObKJ7GanzeWPKSajgiTEUvv7SvjmEU0qoTUhQSEm6W0zbF0ougx/
... RAytZ0LiVLogVlZ12w6fMmfbhm6c0N1axmCQaS0HbEydpcTzNQH/X9W+k4XK4RJFl4MDFFZKuToi+juRm+
... hL3PWjQCpIcO8P1VQzWQvdCrCyQJncz851Z4WLUDehsUJxiiEGECJ+EXtZ6u18pBLQ2Myt1G+
... NTvFHIhBNeZgF5MCDv+6midvH4sC5OAYbjEhUsRxxYexFkz6m9AGlX3ox2cJaBQrNUBuT+C5+
... W1amyzEDD7M76ERqadM4+jWOLygg059+IrnhHbfqrmhKLP9rqUvETWdH/
... MUsL9crKgZ0a91vIKlrDth4XsT4tq7Q3AuDrJEnEh302aZaYGG9PummSTPXhLx+
... VpKyD1uDCYykhXNdyTe5AUqUFu2JQXQiaBrwERp66MszLRKXCuEPtLV2w4dg61+unlP9TC+
... 8ELb7nu7mdD8y9YpASogJVJLO+YNjce4hCARK338JmqdyaRhBrIs1Wg7n82KEGW+
... LZFjePO4dEHFrPrXozr7I2rBLuGgz+
... 92K1HoGPkgSd7kdi11TRAGTvEsmcCEKMkk3XxS15fWOkymZIZj1etzUXsc91DAdu4RK/A0e/
... 9jEMLr0h0NcQn6JTaZ4XkumpFwf2r74me7+41Vu3jumHjGRLIJbx5/v6Kr/
... K7tmx4sFh3DwzeOmHMZEe30xHI0TpSdLVJ7OfcNLEWZd7dBPH+aK6NGD0LT9vtZZt+
... dPgobym8qjue5pfhLQnIr+
... TQylKIjXlBCb6Hgqqh1S6uJ5v3Zz6DW093vFzi2yHZysiVcx16VxZgt81yyA3SZkCtzECdR0Rk049+
... 1XCOpgzLJm6eKTJta6Z1NdIdFTyZGyXKcBzDKGmGrMR7tr0b7PH/
... YyQla7ltI1ruzVsPV07TaiOhXLjghJ3AjTNDbJbZ4omr+ouQ3Kl dVROSH7z/JDdfgC2/wqUOxdH/2wCBidDO5
... +0YqCM74ohLqUSGEvCZ9t5Au8lBDJki/1S+3EgwGZ0IsE55FdoacPWL5VpvS612JxZ/

27799... 4CcfC8s691PCTTcbcmmB1W6CvKD8xY00AjThyzaNrA044ikEwZxR0mNY3pIaZLp7Fl08J6fIjfj/
... RpkWsInMIhTo96LkGo98QLBP+
... doKMVJz2mB3pnCixIehlHz9Up4KCi4f7pTVEWjvVjrPGvLAhOKGE8hxHf8enkOPhACih5SDy7RZX4FtYPyEFK
... DScSfvd6xsZoO7Q20Qk2w91c+
... uMUNhBD9ePqMjIbKx9BiU5NIkHaij3rdvgqbtNjJmfThD49JuQ0kJqPay6jXCYEwqvIw8DDeYwG9jef7tClEB
... cuBlSkB8aafKnDGC4TdYi266wkW6lASBf/Jls9SgrGGYJjaD1NlkesiBj/
... w5Q5ivS4HpiaeG0Q89fRE3PNXlEVGL04Wbye4MgVJMZFBF+ZVY7/
... rRcouFSvdhMXimlmMU0a3wzd5HcSNMW8C46+nY/QyDP6vHxt+CflVIXTeEvlFlBOuN+
... yFSIicZ09aWeB1e0bKzrbwuzOgfjwQ7SKvSML51c8+45FkdVF2HTO74uK3fnU+TN6Qganwn8v5MOIi//
... Ufl1EjVnfYzTQEn1h7r7zXgosSKDho1seSepPZ3Q+
... fQbWMli2fmmIAu3pQaQMZW6mqRKLh9sirZIJice4mGiztEXSp3/U/wA/
... IFs1d8uLwpJuem5QZbFaSxbJ5dI1w2PKuX9GOyOoLo+EWTv9ut3DyBmDKDjn9histLNR+
... N1RpzgnknhZswB4cG/jGNOwQN5LKnxCe6/
... QZKxmgL36uSyzsts2HBY6TrAsDFUrNdUEhzSK2lAQaHuDTekUeEF2gRikJbkvrBc+
... XK5FP3ngVyPl9lJRmVm3b4IXqjcai3rSFzYNs1MTMCJasLHfmq4X2msfVDDGB7LYizI6sC7wV0TKpT9UHG64I
... PRlkNJa5e1I44K2UpDdUv5VQaL/
... K7T9GDwClspfRNYeOz9VGMKZJQ6js7zFeePaDM8lvk70JcdenAHlf9UPFvoINL9cTYr+
... WjjsCVRh5JHlcZ4qfjYv3K9JwZSF3A7AI4uUAA3bOQevYtT7g3voe0KJ5ntbu12WAqX+
... jyvcQA5sVUeYg2CLPamlrN2NsEi31gZZrPPJ3epV/XF2zUGDsF9OyYBk8WxkkQQ2b2fVg/+ECt+
... 5rVjRedKiWmPU+etbfSjCL8/FuEXVIgk2hqb7jrVpU39NPTgwAzzCrcfStarOPHYv46ZyRZ5vO5L/
... NCu8SZ5zkJRodCD87oj4SOKhFuCaqiZ7pxhmdQCYIDAAHWuy829Vnb3J3wA5aaoX63DJdiGf9NZ5lG4B/
... UIOsHxezGGRkYyQ3CH5NAz22DnVRf2T91HhZj9NlTwHlP2hCPUVxP5UjePUbqHP5GzQxHtdVQ6bcFS7VgYush
... FawoEOY/
... UPvlIvue2Xwkm8aPfwjW0d5GXKg0tzirRwgmZbKJGtByb6r6MiYSiV5kA3AderAyDx4A5pnlK36AbheEnz/
... rJBxRHrxLBqYPrixH3ZsMk4jG2XSjHj5Ei+l+vwWFXiwWrXVEQLax44/Kh5DRd2oWFnWTtsaZ65Yd2KuNqj/
... td9x5BMxy9vlzGBBzzpZWJJSGZwhRv1rWwQ67Ih1k6P3UOwjtHJxJgdYytz7JYoYIA/
... wxX82ghJidzKuIBznB9Nocr/arDX9pOpVeju51HBWXDxqr+3j+
... YIdKlQiNQpmLIvo4VzXHxH5cngWKEzDGFnUxqLNd39F0tr8of2recjmF0LByKTtm38sh5GRe0M0UvN+weaZ6
... +kSQ5BgBJc3S1MreruwsVjYPmNG7BU/82/NIVDaZa6fQ/
... UVapJqHf98qo0FMfUom1i7Tu3gSpjX0fxoHuZWEHI6HCJ22SmCOZU1v7Gn26yrh+
... 82qm8iFLuUGK6vAB2Ueqa9Acgc7j3Rjua1TbOMcs+djJ2rvxoNuVawCyRk7hx3+
... HDwFUUOsdFOIK6tcwYdqBBh0U8aYFq6aUgqx+0DW3gEbw23HbFa01NfM9UUwW/68dD2kMQgRAIIcgHToLydBM
... +9HIawJAnB6N2HCinRC3EDfl1zI5z3UwNHcj421j2uLOGJDz/l/J+B8FTLOODdwH2kR+8dkR+
... IoJ4x9gXFWAbB9Y0oJqzvH/AO8rKJzhp1w6QwBGIuD8xo5M/dni8/ZFrJARyVRKbU5K1QpXvgw/
... OdA2DPmmbByCH0U9aUhJSxkWz0ndH+D20PQE2Kc98QbiXTRACbPkyLdHEYD65WyKOUqimdPXqSHdhEbbxL+
... o28RgjJgxu3RGXPMF2E2/i8aQWage/
... krd3yppS05WO18UMwU91PDLJ8JUoambBVDtKQ8ALxXKuxe2tmapnTFj0rn5GRy2Gx+hF64HKDmskEp9VS+
... OkPaMPw3bmFvPy7H+mTlgvs+
... KpJEEE19faAOT07LSFQf3Ohc2uSmaWLBaDMjLBlVUHB9nj2yr9w4jvndpH0RLeQEPz6VLgnMADmhbAwt7q83D
... FnIbWlyiFKbI67ULxx9pSJEK5z2HQetDQHV2jqxZYnUOR+mukxdIce7zBhSqImT0Q/
... bd4t1fiF2p62nbnLFB2sz5/aSw1RtLYU/lJn28BLsmH+L29F4UDWVd+0ffAg2TmIwOgsdI/3l/g/
... xUDIhWY0Un9cU/mN7VwV279Ya/g2zY/fjDvw8Czmetv2/Qh1N1zRnGYetZz8dFa/
... vBThyIbiPMeNbe9zeGrtI9niBFIdD2t7fg6VCs+
... GOAqmfYYL8YyedZouRV17j1nyKf9RFOjCjzQUA4IkT3bSxXo03ul+
... kzWWcDPjAaUrEF82pmNnIdkouaGy0Y7G0EYZdk8qAyvpuMcTURGi0JVUBqDkCWh/
... EJJjRzvQRn0i8I9RkAuA6frg36BUd1pbug9pGE32N+C3yUymK3/
... qY77NO3mqD2lfmut1Hpv4EUpEsyrndTYwXb6AFYdXBLf7Aua2r5peUqIR3htsc4kH+
... c1PRjlTPy623NlrAzqwLRuwMHHGSTrscjASxYqAM+zexwc5xNym9eDNXU/
... boDACIXQYIuCZiJyouBI7q3kdbkgVwRuC7v38DN30Mv0FKuQtVnMpEr5XTIOHBwAVsWrkpfDDO1I/
... 0XCZl5c1wMHjJz6GdJCGxuKz4Y+rXt7VtUxXzVtLoIOcg2yqGcl3AV1eK79jeUecN+
... crZXu9eNiwOutYWlBDHDi7Br6YPadeuT0k70+tRjH3ZLKKQrNzALE5+E5ofzSxVUKyhAj0BVF2I7KAvbt8L+
... w77WJCpTnsG5NnfFJkCEbaV/j0dlr/5qCl59+aWizZaCpa1LCNPuM7ILwhl7chkcQ7zvH4rTg2yl/
... PZIZhBBz73Vn3c34a3Mqys3c7OjIQm9432+LfR5IBjrpZ5WbjH5b+
... Q5TC8pV6amffXc11gaQJ6HmXDG8yBapJygY+akgdAKxwk7mOrVD2IXPtHAuu2mL5emhcl2sG4mPl1zCbGvX+
... omkdkeA6Hzhr+
... H1jQSbanb7Wj2Wz9brmOafXi2gXWscgejYmVt2uF6thFvmNqzMHBApFLm2fz8pyfyQw9dmbF2Xygh65Fwi+
... U26neoDFld1oW2AUskiH8ShkWn/
... RC7T81UZRIOMgewkJbzYUtQyDmZcI260TzD9dTIViIAeeuYEnr0kg29Zz5RO43yidCwW7EmEcPlDxStZtsP6q
... JSyosBYEEobEZp0rthRC3cKwSF8C/5b8DZRLtZ5kE7MwxW9kQJqoOvRbECGfbBewIULJsuvjoznPcuYV/
... HAvAqurr+PXsgo0YTr+kU/Wn0oj0tObn8RZNz/SzGSxuP7Cjn8glIpFN0cLt8HAmWldhNkUmCxXP0gUT3P+
... 0TaNop7Fs7PySvpvQ010AHqvvMMyen/
... Xaxf285151ud95nTDvYTe6REU3Hz0I7gGkbvrQT2la41E2sQg9jNzSKcrmC8p8AM9QS2UpurWsL/
... 7djghVaH4UrXaf0Q6HmWjd5hV+QVg/TvYuYl2+bs8Q1Bz2aBerJ/v5zsRnhWregsXNSvcYQv+
... HAWlCS4YmKy7J2Pmf+bm4J1/9ynq/
... ceTMWxhTFbbtsF6a2lIgpLJ1Jt4bjTF2frIzeGmjw3XBXALvp1PnT2Xunml5xWGJa+
... X77496nh8EkHeJr8ms12b2QCNxFJrxf7DEX13LACN6xom1FV3GjrGDCbcnSNbr2yH8Twa4mYzRoFFy64S5KyW
... aiaxjvkPmZdvHM3wGM1HcVPmQBZHzf5eBidJPGo/E0E+uz+IX2do5TpGw7agRayLgkgq/
... 6Td6Sdoya7rfIFgdg7C1euF2g0G8TlPfoD7ibwX3X0s3g/

27799... TZUJmHrEPJkl4zUwGSeoJfvHiWLBaR96UWmWKUEr5RoChvosOcuqpsRHiL7WM87amwXj8FnJ6oCwwqkrNV/
FBQKbEQYcZsh0uPoyhungaYicjcVFaKUPjSyV+8jaQVwg3Hfs82oBArufaS/U7lxK7Gt33NX8BC2WY5pne/
YXa+g1wnLk8s31E6FJuftj/
nmOQnciElMGbQFzJkS1cEYbgrh82pk4FlZy3IL61b5GNXfWZwkxZSOdrdLGahR8iObACUu+
UaoAsTS355QIPGVRz68SEmp7kCqC3fxHkoWKovV+b591XpblgDeLfqA0yNCzmfbduVzR2t34df/
wSe00qccprdG0KYa4gsH31sPKfiGJvbkeSwshgBuPPkGDPgPRgIYDt3wNnC3yf5p3hqYz6uFddhck1BZPg09u
/zcYY43bdC/Z+p5NaFrxUDEFDvvj348PXPoOvykL2IzCf8h2/
HUrPIW77Egjtc9ixdJeFhebjH4auJ5FD5MDe7imMT8zmwdZTc9xkZbUwl2D2Yq8EoD/P5yJTpc+
qwqtTcDD2xcNPgj5cJ/
Nmj86f1VmbAxhPLhsHUfIiPvgFv7GEFrMNkzryeQOIV42hb1zVx8tml8K20bVcEzwf2GNovIiACxgoaJA4WAQ
2K3g7l1q7aANrpXTNdJHWWoXfX4xS4Ah4L+IgQEN/
XOIfd5DojLz5d7ViyhRZdV7m0POr8HRbdnX3C6qMELTbtOJF8zU2IOnamv8M5rKVecTuyqm8+J6IwRU0p3k95
+hO3DVR10k+HPTuhtbhEnspzPy1LU7mxTXhlvJMpLt1AISkXsJ3cgYvabZ3SP/
AuPwNpB0wkSpSbenrfiVxfWMpv3tqprQw4+rhSqott2pmjQ/XEUu0GcRIdHz+QHSz+nu8x7IHs+09zZ/
PmFfmnGGyKUQPAo6rvGodXFktDu4f2Covdd6aUpao5r/dI07ipM6BmceZje/JRq9rFZAb0U/
RMznwiFHVDt5m3kIVV/cQ2j6QvRW6mw/84db24W2llRu/al3Av3hCoagFRfgkx/9xm6H2rHqIgKV9Jcw/hT/
nCnFbfWrWJim1xwDSbqUzCP1T/OG/Nl5FfIBMWYIO83PxxuY07hOEVO87KqHfT+
LuwEovugoVe3pciWxGzYnF7j0s1gTGiFMqUpISmmlvQknNGNAU7mjqF3i3oAq65Zg0qz6OGcsuzcYQX0vs3+
cFiLLx173HlSTrlTAK9oxzLhSJ7u36e8VQtKpzSrjFUMlUSn11DU0b6nbTpRGkcO411lVV6OMBij2GhZbTIkb
mLzsHtQmqRrWxUTj8n6GKfnqe/olqoRaUGUqAJs5gSYpAwyMNKM5GSVMP5mMecZLj7NoOXTxKiclyXs0cqQq+
WGri1VFLavXHaXqnlqByTJFVAuDoZmt8x49kWb8SK6ST+
ZtI8XOslPrlskI0QyJNPpxQxEDYrxfqYiUSde4hdL/bCSVGZKR2KzX67BgTgdQH4P6aJW/
kwSQMKDYJCUmyHJXd89tColLzwlDuoCcVa0KCTIyURxQt50AJu6kbTmK3kPQBn5x/
ELsfnIEaRAHSzIg22IA9CdcU+F6WnThKUnAP47YEo3z7wCCvlNN1CWbf4AY8OiW/
qtr6MngwFtLjl4pss0JMEoXhV8VNLri7xBe6VgM/+snSof1JrinK+
u3e1Pfuzu1S54fEyLOIn1lLb7sqhU6Yt8Ko3F7PNxuQUrVPzdGIZGg4GMOt99wE0v8+iGAU2H/
MfE0hi64C40IxBaj9hKSoFWv2bQn5Hy3vZdf72EKrTM+/
X6xbfDzTvGe3opA3fzsLzV9E75cCOKFM5dAiD8IJnmaqT9fk0UE0mWkhBNRJdPIm3gmtkjU2+
8xzZDHGlQXZJNxPj1IH5UOWveg+QaKOMCPO2hs+
G7FZLHjATKjv7mzOF1gCHx8cICqbkWuIerGY2eEPCpUKZ6pfDFYFklnB42zMO3hpTKzaY/iUxqieA/3OT+
3gNBgg/o29I1exZGS31+29ZQOoKzPeQ94sLNKlUQY7rxY/
BhoQNJ6LluS5HzHZdFN9WQT7xVZ1IjpeB1wWOFLdW3zFxolbqNLIb0EFZXMErBUoQYk0mSPRp6s6tH0hDdDru
WNSHmgjGL1VNbFirRGf3c+
No2K5pC3SSRhpiTnjiOTdME7703hG3gzKct0O4afh4w6MjlQPyhHKFfBQxbdTBUW/
JxSR01AC8cCOeqLwLHgNsbljPM0Dduhgi5HJ4N6J4pp2wHAt2EqfTJiS1vGL00YP3klYxdqTUsaSX/
63tDtdHYWIKwD3X1R6EQANT2d0i8TewoqdlX9gWZ2C9R4vO+q580IpRD4DHTC4V8q523DqPH2o6IXDJv5tO+
R8dflft3mD5VI5+oAxFBm0EComygy2UNfoWNK2Snd8w3C+
zskUcvPEtApKT0CGCiVWMgNYrSKgN894Kbxpi5M227OEVs2mMquuqFIBr8JL6r/VaeepUnwEcPpD+
j39FPtDQLrRiG8gcwuCze/vCUVhzRTdLngiRMbenas1ML1Qq82VeksiLeE6hAbN0rs66qPXCoV1iGe+
rBWhJCoDE4CiabsvNB4e/hXoNci38AaYu7szTv2HrgDK2WxS4Y6RJEgRTW2JjNF1seOvsqi0L7PGf+/
0KYm3M4YvWp+98v2a6hcDG8sjcYcn33pbiRaysQ2qUJIysPvY58gLcDLBAUOATEAmT6PiGLtKex+
CFPXXu4V051nbCpffF8T08+62Y0ygUI9iDXXIQVUMAHE0VMRfVMzOyxmENeTE+1qbY0cQaW/6b+
3Qgm5b8KO8IFqd/s3J/OyprK2gfIAvyMUiDOdCap19U3j2wRaYW+
ROe3gK5jWZpdasy8o71YAdQqPqJEnaZ7N8sbrJMcSUCdeOGUSiuP9pty4rz6cW9n1u94sBNfgT1KGQD6wKGIV
fsDC5DEEPu3FX6wmGkg+lmp5K/
NdQCQjRSODVmtNvviexwHyPs3D14fnACFBoJuyQh2LTv841Nhu58exz7Tm1ytWG0Qzk6gHXDM7SGW0Qz0d4hh
Lm4xVqhSZbIyUeQ7t074ZO77hqXBGQ5R1rkELvbUTLh0H1mUvMG297hJWpUxpvXea+
x8OEHwStMdZt7rsTksseJCVwfyIieUfAjzBvt+cFhpPvtRfT6iqu6TMwOPDDBW9/
CnoIrKCWn0NUChqpY0bQGejDIRZV4bJ6a8YFKkCrj2UPmsyU0FXfLR1doYOjPnXDlaLbbcS10qvdFmyhizCrJ
2ZnOWBgzO3StGN8fmH9VJ85ZTF50V5DOG5z2x7AQ28aLOboSQGoW+qUF/
NDQ6cWodbdpKt3pXbSbjGtC1UKDX7G/LYT1B2bBRbKKM4aEsZbnPTYUXzZh/Xo3z/
ezppvbMzrGhbE9rG1IDbK1XRV21r7kAD64nIXdYlW1POeRaMBWY0ZqbvhD9JT4xfWq0wBbpVk4vaABOqn8W+
tQYukHd+rIzLtg6Eo/nRWAuzG90zUWCMfndya8dlE0yUarJShy41EShhv1GaFk+
MN7sb0ol1dzgomoH05andp6AQCWaJr1KEuod+aCghj+
KJyo3bQ80ttjCStux91z4AVCYSpqkbHVBpmrSLcVoa4B/nPC7IyvLsYCct8LUhuoZ/
Rg9sOJPAKu4WmI62rasztU+pHDy+t1DVvMBa4S0xcqxmU1lE5kbMf9HuDiMAUUN/euOmUfR1VkG/
r0mVtSZ9W7e2G75VMxPapvTzG7bZXHejwnJkPcaSQGfGltqdvqPbdncFTXdKwr4QMlsbsWrLx6OoTfQWgKrmD
JYJypu4ZKW36Y9Bp9c9zhTHs4B/h3cS9CepJq/7UXU+DCkK1ROGEb+/
McLmQbFGy8OwxEbmEhYLuVKNQI5KtMMoEDmFnHee4H6DI8SuEaWVd5bm5VLuse43d7DoIVl1xuNj7SroeliQz
prKoEy5TmaQyhEU6tAzpHjB8R7r6hkTCmPUuLOR14hR6JtPhC6X0DSyQOGoq13+v0zzYSNMr/
UI62mfhNWUiB1yvSQeTPwzldwZILD0JZl0wgdrX2kaRpGQvL74925pNWagKebxXGKo63d33fsMGY3TXpCJnKvCHx
2CUc4oL8wgqclTQChncYD8lhb6PF/dPcOEhzS+Ma57MTIfOcZ89gljwylKNNiVimkXffd7TmUG6/tfLxZJAsa
//8q410oz9OZGp2P5tDuxP9vctTPUazXmVO8rYjZ3Vkx5v91P36T36rp+yutDduaYQT03xyIZQjug/B/lt+

27799... 0gxjExycg7ic92q9oorFroiBbRLvOCoVoZ2lDEFBblzcHYDVooHT/
... ik4waxrAwRuNQSCRTuPYEUKxkLi8zEmukewzDt7eQXWf4kQJZk3HLtDrjIqFz18NXW9ZD5PnxlcRo7eURcTah
... iizBUGj6UXFy45bAEbYyMVCedAc+D+rEUzhLkV7yDezrqjQWbua0WRnLrUdeiK3NYu0Z14TipAlHaiqPkGnjK
... /wk2XUmeRks/hD/rT9/UERj/gOhPoN+n7Mm2nELLwIdpNylj+
... dPkckNFOyDA9Q0ejpcVfbw3Gbxw4eaXL9kkOLkB9I7jziOD3/
... fcsKyJ0M9dbpGiS0nHWyfSZCj27YaPZhdahEJOdUIxitJDZ8jEoiTctyTERoLnqLLLuVE8pl+
... DmNsQRqLyFStXkYWW0dGEuC4CLXdeYlD8rtIupEzPpFKMoQJB5tCOfOXKS0LRUlxaU/Z5+
... 5xxr4WcrEhvKQ2rwmhsKwaLkDRgXBlGPn8WGB5IANUMY48J/3L/tNFKAaL8fsxjD7w4q+
... JIwpOOmgLnA2sXVBjY6XnMAQzyGvRVxTCwIneACYF9h5TbEisKHTewu1jBMcpheHHRXvlRV2A6GxSb+
... nc1TgCtfSL7aJdsbb9V6XfPu5mZYMQKs6/Elu9GT77A2yBbg5jo0P/
... 6D6vZDydCNUuk9PAret5YIqUGDGFKn4gAYFx8e4nIDDahPbA7BxSNju+
... MQA3tQdADqK7U8iqSBuhfzYbRVNdEz8zKoupDFiRCK2ktJR2FKWEXt47MtAsQzIOp5vlkALAqk7+
... p2jM85suNT1cBpeqg+lvi8PNcXeIAeWAMEP0XRPdQbRyMbf+F4CJ+
... kYqFjmvQFZqQ4fRqtoNj6seHczwbo8m8it/ysWu1S81SrJ869nufEMoEFmc1ZXhiVmcQE8dHSfQks7Pr6Z+
... lOHpykwd2wx69YlI/nceo3Bugoy4DlYicXPo4re2qAzL6D/YG8oUG3x9x78bwL+i1Pik7bym+
... EJlIknhm0JtNn3ce/sRhj5+o9L/432q9WiP8ZPpJ65GxTW1F+nl1PeST9M13k5tXZ7tL+
... egwdwfdOK3S22xPA6bSaOrT3ltDFXNcygbhlLTfMfqjsKwO0cHHxItsVcBo9HjwnnxZFCsOje7lWiEk7B+
... Pu32tgdfbMnjCom02Uno5AE70qq+
... RkzLJ3JbVrAsezKgDSVKhRPOXJ2uYRAjhc1XmQgjmeguocNabcG3nNPHKM8fhKNR2YrxEMoa33tFheSRTrQed
... qG3P7YRmmr5fJ/Q3iiDmuG9P5hhZhZ8yud3W03aioBq3KU69V0E6yaBLBM5jn9kDEnCk3Nk674qwk+
... uyJbGeWNR2d7GYWC+S8Y2r133f6MHPjuQc3KTHEnPy1OKcvK5+oFnMYX5MTvgVn7Mp1N69ecWij31krxs/
... jBqIgNHThje6g27rieCrDcqcYlxVfDfMJgjSs8o5c7lVQYawSeHtKsk3bk0svW7ouh3mFv+
... ysj27auIlJn7EyopjjOuyrkdYhDIUqe9D8OYNECVZhH+WgTeUOY0gNOcI/
... p9h8hXRWhmKePfuX46whEaVJ3ZXdi8pAXpGMgGDeEzQS79QkjBRKyqh10ShQXI4ZplirKRiiAWHpqOnYUg5g7
... b5dTK6ueOtHV2i9K5YmZE4t52j180ZevZDWZeBi8CXoAUC89zdwP4J+k1NiOR/hn/
... UhSQswzoZQ00QLBeuitxsH2+
... qaWH80C0PI9YRHlyHyg4GrmTpHMIGNLJ8O12qW9hKqKozWVtexVC0dGswUBKq4hJLiLTBYs5fmNXjkSBKYQiH
... e3tJTHi6GRU2Y7sjDWjJypjxlqfc8Clvt3sUmgEkfEZqih0ujgXoke3DusdQ9a2+
... Jj4rusOz34fY29kXBmpZBMNlSKIbOG3LsgEsmfcAKiz4wOjq8uiyiVOJuq8zgAnAU0GsJI5Wd2d9ck5lR7vETR
... n+7m23MMPK061UaAYrh2tB4Uh8XlLExM0Pcbv/zW7pJTq3pukk5Si6+
... 01ArnOwr2d5c5ZxhdhcPEizAEgv2fJeYtZrp/+n+jJctNzAgeoSyl4NYPBtKjJQ98tcf3p+
... 6qTNiDD5LESJ3uRkae6JM9ubjFh+k+
... dkUEYwEeViuQG4H3zzRhWBHUU2aeXOdWSPuIGosKnhfEbTsqoAIAt8n1GTnLIFI47pC1oNFMzJ368IakrKhLA
... 61fOlR7IC1tXm5xZZHyxujRHTWvnXt2V2wPjJAvDUlYfO1TRgg6ekuKolqnLdOSkwQZubO7yu4CjF3vtsuL4l
... OoRqEcHbGnmb3ZUj9H5/AZtkFtmvT/
... UgsOLqCiCl7AnLXwmvhi7fPf3fWQ880xBdM6GO19vFuTRGDOw8WJEmpnKyQZYsKACeMMUgm8gYT3qLirC0X5
... Ff81ECQxwwtF7VXrM8q8gtbdfs3WdKz2/+zG5AqzA85QOIIAbneNphHIJS+BGoTzGOSyk+aLK9W+
... NJkphMi7va5pCWbnHwsvYhtSWnPk1tRuLPgCXyGPAKBrhfhZCxG6so7M3wjkfZuQySo3Y3T+iwEv4AWGdww/
... a8jKmDb7k6NV4jbFvacny2Bd4ZfSxzz6fWFd4G0Bbj7rnM/3iRNcTbOwEgIR6FRaXM1PSFQzoUc/
... q6ff23GvMTfBjBvgF5aDt8TkrFWxwh5ninGD2VYoE9k4h1hPB2FtY0TZ3GzWkai0IxYyXvIFVYivPB7/
... ZriU7Fiqqjw4B06PzRiUt31pLakC+
... Bm8CJdh2jQa5wZCaCk8DG2bA99eS9GaqXmaPiFZYRfjhaSbmXRJG8DhO6MBFTDtkU9TT1pYpRiL/
... iqMepYJ77znzoDDZk9vYJFevhUSrivrPmIkYbdvi4eqcldbqZZmP2mFywoVwP4XGm5cBucWzSn37VWqgPxdzb
... V11SIDVWmrCrrAeMZMWe1YA3nhCxOvSw1b+yiYcVhUV+EMiT7UsLcsGbsASLj/
... RZyVXN3Z4rJdVHXb9AbQ0J3kRvyxfDfKWhVRZqJ2e24m1S/nxOp/+
... oeLgwgpQBnAmBF7L1TcwjjLhvLcksnuzqqEu4HVYjv3OqXARI7Ev/Yrz//
... QUpJd67okyeoBKYEssTPaAd9kBMdRSpiiSzEMIz0Ny6/rafMMMzWGwdWSXtYi3SMKE9ahX0/loLxGqkCSEiQ+
... VOeZAJvrWZqCs8v+aWQ0tOJ4k1F7QnOv5bdsSOnCBkbNK7MhQ2LzmNb8G7efXSBzN7TVTcMLzomRRiTLy1/
... S508zfoSlHBSTKPWQ4qjeF43Ke39iI66QvyHlZIbWHX7J2Wnb023GYvRspdBLrkHGegy/
... F3YM78qbc7MLOgdJrAExB0pSwAMEtcGoiCADYFhuBncqzyVt5ARG5jsG1uB5vRBTC7YjkZtX3z/
... tRAFn0QrKZ7YtZZOA4r6SFU9d2k0fgeDaXmLxE9TpNWZL9fZFPRp69je/CREVHyMBXxE9qBxjosRkNZSXJU/
... 4cKil+HNDB5V1OGuLtDYbrrK9hD540oFjfKII/WHv+
... ngoUkMWzFBb6AhQPdF6l2LpARqTNK22UBFY0XptpegcuNsjHyEdqhe4fogBnTo7sivcsg6GDqdFvJILoGtzkM
... 8MzQDOI1S4uRaGUI1JnnmCXidYfmYo3eUSpUSUFJTvDmnf2hOpJj9DPLQThhV78y3+q9pi/2/YpXra/
... ZZsngAPghcClJotqpb1/
... afHO7p149JlGx6LQwWwftivqsxVEm6dClSOkACMCypJbhq7HtS9nUJWratjo1nEODLR1Tmdedz KCyTJt6r/
... OUmUeSXfAQSwpfLwuaG43JYvy8axTRgNLgXH6iARjfkuEk6LkaMtJ//
... 5uLRyiZt35aUL7xv0M3d4EZfktsDwyKNNm9iGwDsWtW3MnX6pwVTeDH+xASSLcNtBR8S8tLTxa+Xc47w46/
... EkAnKhQyBnQZliCb6A9yM/RloxszENLjQB+/Tmfvbpxk8KofKxTscP4+
... RXieZyYEPiwtyBgvAHLHp6ylJseeLPupFzA/EGYYKD/gI+Cv/3A2ATM7tIF0T+xKA9miBHgtb9TgLkfRKp/
... ruCKJX1PXL4fAmgT8nQ6R9O8ftb9a6VUcUUdF1wFPF9E0EI2TYSVG7LQL8wu0QwIMT1soIJhVqQjdEUGzS67Z
... w6K7D6SZNeqa4AQ0B0RKF0RLDZHLzwPkExt1bKJSMDfNHeeev9wX9UZzUkzUs+wDBB0BS6ZJ2cx3rBIgLT/
... uvJJ+pHqv3ORgtEweCAzdxX9EaiRrvE+Rg5f4zMQ0xMcRwixahVS9S51W+
... 6QJjMs46Yy7sWb3eLQ0geu2kgW6jOzvPQ2ge2w4KtJpckNJsgELb39MPyP7wOaDa3atrPBkK9BnOkjy2SfIdBx
... AuxjC2w9W0c1g+WgG5bvuCpqf16dVH6B1EI+pYa/DaGil8Zmz1s2mj7IbScaHW0y3zOKbG/RDmp084/
... YeAAe6ZGLXjjP00dUR9u8d0jX3lCvsjF2eVmWxrN4DD2+
... TG2FjUePsC6ntOPCSkTxpCwQbYFzAAXgG2bgkXI7SvxMlTEQ6iiQFI5Idtdz+Im8AnqL+Qfkpm9/
... BaMMLHeYi5+8GptlYlEvnqTBOi07MQM/rAyvpjVx1NKzURiqYdi8Uf13+

27799... evPIQ25H7lPV2eTC9mJbXsWsUqYKVY6P8UgTgBBTyUx3XEHkKsVuJO149yp9BSJEMTUGaRU2WGVvpdI8vMlbtc2yF
... 1oAMUOL4PnArInxkCkcWJ+xvrSg3Nl1ahykTZPzS0yVQhrD7ZIoX7PHothepq/Ni3gQNUi8ir/
... OTBktyrj4ybDVXofwSp9s1yPI6Hg4QFQ1xalB+
... fpFNLPbtRpjDP7NhSSTqD08FYbhFTAIAfLHE3x2HpZaQSVvmdcr27h0QRM1dOHdcDQSHClhUY2GwSu5njxqfZ
... 4XVeXNDAMhcS5tInpq2FUIiqNBFtIypUvyg9hMrQgNCnELdIJ/
... MdI7IC9mKNvfbK2gpsCAXKB6cpkPAOKufnKnFFUhtNDTYt1QCGfSpUg1h7OO89vfpogX2ADi96lfKj5U4Abum
... dVG2u5MJBBPRWyW0Mopzynnko8EJ1zm4+
... GKoIM58N0cJsnoLj38xrH4PGX2JXs68Sk5RhM3BaYQINfYTj7pDBlvNxfBBLG/x+k2kDZEQJPUvhDg9Lm/
... eZtdoQK9SY3Fvu4j0zUjuNOr2PD+0O1TjC46WshLOqhCwcJsEjL1+22DLMGagBw/DLNiJn26GA1d+
... UPpaXymmOaZ0GP5h8to0MhUvFuz9FOgq5Tm9sxa5rakGNKx+l3lDAyhaSr/2FwwtLVPgQFMy7SVjL+
... HVsZ86JhkaFoMhwiW1TdG+SuSP0d2+61df16eCpTB1O6rIWExrtf+
... y2stBU3FE5eU2Yg5I2Hut8WPiud3kazQbIbTCfMjXp9kAwMuRz55hyxb9z1QLRn3IDyhm4wHvt3umxvzV+
... 7ZzNAKbOHGxPtRnu/pRe60DwcXZs56cnNtQNWBjmgAfanz2tsAwtrM54fF+
... 5DSRTQQyUR2ArOAT8L0BLNeuwzVIGz6mWgGU6MNk6xkc+UAoGAzsVdDqwsexEr009FZflJ+loPT4ZNbK/
... p6jSVel+Iu/cUVHXTYyf3sNp9jultgleG9Ivq/
... U4wJfnqqSOvgzzhB5iXBhuIFjWIa4IsdaL0fgIClb4a4IXhKtyx8YNlMAkCdM9852HFj21dpwLJ/
... iIKUe2lwAD8j9xwFmaI8ntYmWt0dvVu3sit4KQyOCxDW422a/
... YdXeViI82m43hB7jmPDOzAgffrI6y26ckztb5Pybbq6ZEBMVqVidfJC64guCeoDn7Xse4XBZxmdq79wETl6qb
... 5IdSt3w8a31PjWUADdwVNCgGol4j1l5ZEZSVEGDVuHCk5iT4a4MIX91Xtd0LySbJpdqKT3dNsdrDvcu0xG267
... v0XuhXXHlQvaTmobfLvHryAho7pL1Vzi17MSeT9XZl5VDMIXlvokq4N4mNasJ5Fd3g3fc96QaRh7/
... VNCboIEL8FVhIufo+iUdGe9DoWkw/rS0PA1UoMtg1n3k0yciXokbclfBd2bFT+dTF+
... eQf962A6Jd2iaqtmHAPeojwQ012jCnZMqvrzC+az3v/aUlQz51/vobWiDM3/
... E4qJme4cpd6t4YFthj9GAfuZnsDuSJp1AlFRJhPkYP18oV+oZVoV9blHeyf/R+9UbO3Fqn8jeL036zPAp/
... B7fsBBj+Wzj41NI6KydvygFI1e92Und6J8vkeCiUJ4asNEBGJ+k2oTi0fj+6JvyYaScsgYAMS8/cD20SSmSy/
... J4+pbFsoZXCuDq/jicg6MauLvddLNLjf4K/MRMpbpeS7iPGavyZ7QDeON3x2UeYmQJDpUy/ZssanztTZq3Vj+
... uG1vlgcJFVwniclco0y1yhsQ39ScuwjrT7nuCRutYfA3Q6E+Jqf/alRSgDhuXi7+L2RsMBRFeAe/J8yo+
... UbWFi4j7SwW48j/uAg2hEv/CNSDMs4Yo874TyC5KPDkgARXdplUFSM5jFMUC/Hb+bvaCUz3nx8v/V61Hi/g+
... v7klAfoMKuqFSC+
... 9qVBAtA5WNEQRrqqs9EB5FnoKLuLLOAwUj6iAbNsBp5KbWabUhs0m9hqy232ZazuHzeB3D5OkeE3NqgRp1i4t
... ShszmKD5AgUvH7hwa5mpK6tuPeLuJry+yXXJ4NqdAVMrsNHOw+jLG0OxzGwTDeG2ggGPytyxIYct4/
... 53qfZ74THzSgkEUaqdw4eAckuVt7PsufqRatGHz4uW0+gM2SgvWiFj7agaWYCy5OFxxccQAMDQ6NzWD6/g/
... T94SVnSMtv6y3ONJfXfiYw2TERtfoj6SZbzON+AbibGgwEIGJXLG/B23ak0ONAusJ+
... tenXLBxPcGRHJkaenrcDlihI0ad8L8svkVUnSrDScPi4p0/
... 4RowY0gkJ0HWZz3zXsQ7Cy74Pu5vos1im4LEeiPPYgchLXOqnkGA5C96A/
... 0UgZvFKr8GQJKUMlSeDVPsF666fNJ1jcayGar0NkT3xm3Y6GZVXnpHh8Jn0+
... XEMIV4VJVriP5TaQur7BH3sWFcvHSOgyWcn09hLDGHOLhLa6abKvz6WXChrl9E8Ubf0KtXd3E55hELHfZnS6e
... nN+NTV+92Dq1dIbvi0O7+0G+2oc13UQQOM56Ckt1IEU/
... 628lv9LFgsIk1ucpmvdK8cyQeGq6bfkcBI3YlRcYTcelJ99FG9pz8jmsLMYBsiiEtdj8TQBuKVNFrSisaK9hU
... eTzuxxrTUwDwcKRnyCOEAvnmmQddQq0jO5G/OKOPOF8qmdfdHNEsts/
... gJo8jTIgaW4rVMLotf1ki7xBRxXcTGC6Ym/nRCB4EM6f2qGyGfzAnT6doZmxrSMyrpvPv9hkNtZI7BShVrrS1
... +zGWTnc3xjSbPsaTb8ZNv+
... 7DqL86B4tSDHI5pAkm0rxjZo7Pz19bKj4dtot37YFECrRsEUg3fw19Wx40u5upeCofSalxHO89STpoB/
... i8H9MrvTLtP7D31etV117oNR5+
... xxe0iHNEwGXDzaM3pefhkjAH1PCLoI3sRpi7DzidTLZ8aokB1mfctRYRjD6VxGIprSEhrMRqjLYrvAXXdveoS
... 9bUzsiisENZ8h79DeYOVkqdbwJqBF7lgp+
... DXAw6EmWIG3uVyIbiSUGQY7jMc3NyemCmzh1VWycoqtaBZtP6Dg7dnJ9rffVvCalJF718mPBL8Qw0sQAehzGEd
... 9q0ffr+YxHOYY4Dq4MSrvgU8ZcVOuVLYLUgs4JaQBzQLZzs4jjvP4DLaP6pu+
... Th3dota7A9x2GKvCktEVQvHFVgRDEf6IE7nHbEI/K1qWMMxSeWIiqjh6cB+1LkyaxcZm8o/
... y8tCY4H8nuYC9Pv9U4D+6iGpzSgc8MHnQLTu+
... Sg55YGYbX15jv5Zd3mrIyPXW6RwPLI2m71l9vMsqy1nGCz1oTaDnmHMfimYs4DHciKh1+
... RcoVwNsCyn6hxDkYLSbhSo5JHqG2/fcoZ19DGdIr92MSk2lDWqs30SK/Pb3ocaLyAbT++
... 3WGbUatONnPoJRPjyJxTIqiUI+apqJh001EhynFpqBUWF3gL5+
... 3gMtG6SgGaidWjJiwY8e0vUvxAKT7NxIe6N8f5vUirhoJWtjGSCsoh3F1m+
... hONzIIqVZkowa561hpkP8NSScAiWJxKVM8Mmrv1MX6sGjvWQSBuuParjxRj/
... J4y4wdf2VCjjf2epMCutPxf6GMp51iL36fHREzX2h4iRtXKPPRWOYjzdFPnOe4uhA59LCg4+gzPpwGB/
... z3aDbK0/QRp4eOHqzHttkIRg9EEUwV57R7ijRYA4cSQ3qbt8zF++taie/NhOvt7iE0sO3KjqTVq3f+/
... vgnPsEH6XhIl0/WLkbUC9i/53Sl8acAme5eJ6dphy3gcLrznwBi+xa6SIKT7cCSqHPQAjnWdqKRuck0D2l3/
... 2awegy9XkHxCsZtRK8g7HxGChdQEIoVXcMaX/G66hGzMoKL9yO03WP7g0gHxFToi4SHz9yiRPTSC/
... UCVn5yWZNV6euJ3Uxwsm8ZJmg5XmfLrbAdpdZ7J2uohPjLrwIhQlkS4pSR2nJJqghWl3cvUDA2crHxowPe8g
... 1zYDDgUTD+Io2URikohs7CZk83bvL7kL8CuqJ08Drvg2SxXm7GXLXejaqSll72G7D4ZXgP5C+ndiOjDmeqkXd
... +CqpjmuQ0C7LOzJIUlsk0SkrOzXjHB4bf0YuMiAtdhbxtRLrpG3GWY3Fpgvl+TGQyO+
... w5HPFKAip6LcqFqjb6tniJJWGVFZC9hUHAb9ZtF0HBew95wP4Hb8BmLy2KFuFV3tsz01VuIkdZICHWq93Xg0L
... QUCnWNjiQnkDS2rKGCMbVFcigDGWlqhx8L/ST+
... iifQwY79XsT2gNMCkhl3Z4ctHHbNhStwb7ITBNun81f8sLJT+jtqU5dtbhjOQoKh2wY9TFlOj3P2+DNg/
... tdMcAB1N4Sc9J8YXNO82z3Kz4uVjaNXA6usx8XZyYpaIpzIV29tjGt5V8tNSgrFY6vdgDGrrY58PqdegZSJqL
... 7lydl+wfY3RRZJlvuT8un0W105DolpBtj7zwcyWc4IaDKyJvN6CGrTAjodg1z/KN0Nr8RxMdva0A1QNkL5Y/
... 6e5RMfki9pjOjG7YGWatb2SDCkmvceKDYpdxo/D9O0oPctiFZbQEcM9SB+K8+
... ZgrlDI29ueeOVGW6pYs3hAJ9SgNfD6JEGSNnF673iiqhJVeMuc4hyyAaFP9DK9N8qKdDB9EFSQNqxKJACeGbQ

27799...  rHvoo3PTpvsxyEsLhnWq+CkYqdbgSFrshYkGLPnh/JhVsHmrCfg/1BWfwmqdo9Gg/dmdfxLEr/OcYEc0d/
...      CEPO8EQ3gDPCbvpkm/ns9cHVGJug13Ln9CGOt1pJtDFKKzCZeT/
...      dk38TxDEeRQ1gD118R6iZIlWArtEELw8TcMI1yVmJuFUUMj1fvRA4+ZLC2ceQV3xCuR/
...      d63kVFrf9wWOO8cqYe4l81hjTarrY+
...      k2VvqWMU1xF9724T4Lrd0jzcWY9Rrzuk8DC5igxf14dltjkZyoNAsRuU+
...      IuG9w1Kj9h2pcu9dmXHLkokAkNfQ5jPF23c+
...      ycljMVXjOroEfzGlqV8qSx3xbiI4PLGnwUJ5BDuwl3yZYoxwQY3vBk23GL6wpiYhG/
...      mBQItQ8fIyyjZlQIgdyqCSWmtjYY4hNZA5jijNJEPxLKhTMUzalC2XFyttF4GQ1fa2eRWXeRtCiILb3c+Gw9e
...      /HOfnb8D4PwmI54NdSTFyKOtWQlDoI5p8sfuAsNP1aPLETEsxAYqh1h0RaCXxICA2hFHETAKVECJi/
...      HHvvwNwHKL5jDVPceeTN7gkjIr/ENiaRCJaH9Lq5ChsUqj+qoMGZ/+gRDulTyhGlKWzjfTecOhk6/9/IAg+
...      ZAg9Qzh04scJTAl9dYGOBllhtdhT9ohLh9xR8yajeWGRrQeZoKpK9Bea6qCVfykW3PC56EmcTM1ivzh2ui/
...      ls5STDCLCY1bH01YVYwgIz5g+q9xpp0tItX/H8jOpLwze/zW8e2SHaDRJM6ZLRscKA/boD0IL7GOF7Y//
...      1ohp4e6Dkdui2RtJTXzFXVLfqG/ZnCmP25HXxTjfd6a/jr92uXP1RY9CrF904MpoZfWBzdPGL/
...      SDvRzzd9tC6RNgKj3O5mRtz4snrWsROW59e4TWtbm//TAvt+EcxiIszq2AFCKuHovIN/
...      DRdGbgFRM69mX4EYOMPunPbkea3vANPZtmp3HfQUeomVtVsZE4DNZXC11q8cmi1tyz3J/
...      0QVlqygJBbujDtq6DivPeldh0RsOi2qsvswRYqP9wgI0HBYuXKW4bAxjLJMADM23kpcPQyULsaUl6tKWRyNvu
...      5S16FGgLquE2U2b57SrRlOAdp35HNW7ZMKp0bNiqd0wS9vT+
...      4lEgU56KR9PgzDk9hp9rxAdiL4SlL6Yxe1uWY574HmTHZGHVbp4t7a1oqtad+aROYCRMg/k/
...      APpNPtR4JV2vN1EmcYISdzmmItmIH5p3LN6ASAntF1hTQeZKHL0KDQJ5FqZP8JYVerdcs0GCF0G2d8c9jkqPl
...      LCKxJuAeW+CaldC1SoWXsmzamEO4gIK8QAB9qCYuKLBu/
...      jjDgEos1DjFmelgI5yVSH1YVOxHBCCi7JuGAWnxAtTmgtuC+8oh3RJLcHrESZPcEB4bwKRn9Cd//20Q/
...      QydannLWEYZuVdfUo/yK/ZJh2FtKjRE6I8tpXjL+Ex3eFyAJqci5gGhhLZQzuhiH94KR7FPJp/
...      E4Qmb6i5351kbfxkuCONqPS4EtT2KB1d3etGfHG41Y1D/vNX17X/
...      OgyJET0YRfPqAI2S50eWk0ftb6ipdkUQEaDncw906aHo44Hpz/iqaBSlR+
...      0UBeLlPdNo6t4CaAcj3NyjQA6j88kuqlk+tdgncrG6TFAKxPhXa911kHosfqylPKEPTxNNNrMaKZxBk/+
...      au2qpM8y3yoYfqlsm9aOWxaf2SWMGUmEx8zvezAOdaikHErirXGkSckOEd5ow12HNCQZm4h31oTCkux97348O
...      bm+jVw2ibW7IVG9FzwlW3EMGK+SfBzynM1+9bmlAGteIRoFC/iH9myG2nYxOOFLqZmkqo9RT/
...      XL56TFJHs4gmlXMx9kvjaorDyVAQHSBjbCZL99CMP+I0/MorPWzMfoyKxsuxmtx6imge1ds1338UwdX3ty6l/
...      54kdAa3+eKaDKmZBcGTPlE9dtfEWdSJGu920+0v8vTHVl56JZOyEzhWw32NHHBeH1B9HPk2MoZQBu1+
...      7Yu6qnH/SuVqDYVnJnInOU/ENiGpCQPjZkIDFllILRXVRxfWbCSeyIgCfk2/xIV9Y9eSa9W6z+zdTkMF+
...      5ct4F8SGPN5NIC6HfaCEUp0w21/kukHsS7dcOHPlQwLVNPLaAsAt1gP5y0YokrUADMpbFoTcZ+
...      ZSRmOYpvEf6aO/3CZOdStd2guggnsmCyKh/
...      wHvufLWrT7QbL65g51FlLdU6GUFZxvjkxk0BXjGpbku3oN3aUK2KwVSFIZF6kYt7q/
...      E5o26qaC5f1FxCKXZirK8OXndAsOhBQ1WjVmB7J3kWTq1KyNocfCUf9tUj3F6R3Ux46V97iiwQDahaIOoeM
...      +eCw3JdrE/x3C97K1/rwIEe4rykb1RYi9nf+zFsRfQH+DgVWbv5rXGscVW5Mm2sWFR2dUP6uYau583+
...      cPyQYMCtKYV0lIwgHj5HYx/ZMrhmGNCXmfIV47ygu0fk+w42GTf47NH+
...      aAbBj9UzU9ARSAu9azntvvuFVDjJRfh1Uc+zOAlm6DeLctyDLTz2hHkUo0Fm3SljC+
...      dJqGqkTxLcD4mymSKiEg71KwM3ya/Q4nxQM07BREuz+rYLzMyt9H/5VTHZn1Tb32rHnhXw4aMoeHx//
...      XmVIBWOygma2LIuFYQRuj2CFQRj0k1kbH8BWHrnsthr9Hus0UCP/
...      kzcwBTRHEHQOOngr4ZLdxA4fpnJOmnLB1fAKGYBu5HlCTcGk/vcw8g9gbKocaa74TnGPOH64ruUq/
...      pJc9jUVCUn3o55yEEr+Mkjj1DJ1LQxDhxiM4DLb48+eb5LwIm+QjQmy5oP6GmYxhjdoDH757/68s5FENs/Z/
...      BQWReFDv/LuxPBNwha/5JBD67ccvhF6UEbueGUk+Y5xS3aGZk/N1/kYGzoDURzChLgj6oXvgzKNVgKTQ+
...      seNw5HIF7uT55QubVHn0bWwe1QrGAftVvAYmxGOQZ8v0H4x/ZI0By9l+Uax6Mx9b5A7pAz+KPDRyplq+
...      gR9V0Re8IMfVSDdi7WtHCgh/mhacQZO221W/jotYlMfS6Y7PgnQpMaEsrwZgyfKfq8N/
...      nWHXM9Kk384hYkFNGZu24N/I8+
...      yCfTozUL1a26Phkx2BYUgW3E2xX3PTk2PefurzjiY2tkdHkyIVZYphgZbljBfgWaKLehXX3ZCwJRme5Wj9GXX
...      rAcEWyREo3pYRJQGzirrp006Y+2ng1QzePBFyvcE3q9B6NW/
...      SULRm2U9h2M6hPx7wKTDODMGLD67PpZkQ7XxI39gXnr2c1LFT1NC5sLYOH8UawKogS4DUBrn5A0YHu467LwrV
...      XnZ2DBz17/e67tvJ5wu2Ff7dQzDcq1fikDZTMANVGjUAHBi1DaOosMJe7ls///riEAyBG9hW6H+0AWYz6+
...      GUjUIGQ3yBKzhXe93XOa0dg7KM1ubWoYcEfY95HPA1hy+
...      KiRM99uWOGOavsVvVvntDpNKxZeMq6bvaLDCdfgVtUoXL13cfNQqxcsMAL7rjihK4c0u3tBRtRN9CBZm2M9kk
...      miXWKboF7GfOYlH0Yz06mVRe8ninctidn5HwGhvvL9ws9vyt6wE0xV2N9IjNTK/svQGR4z1Poyl3HR8e24/
...      vbK9kK6nAIaFNw57Zb0+/uMfytsGEBPBx7XGJ85UgszqsWKBztzvJYMkrd4tQVoDs+
...      dXhrgjX901mdbOTZ8ATJ/4JsUnfuQp5JjuXwLehEfAYAuuZjSLydnCIZX9e/mJ4VpbZ4ZDLFOp/
...      m06NZInnok7nSvmxvetPQeVmng4N6oaNw/+1ds50eA9E1hkJo5P5La3wSR5zGMEGR/wZx3NkpD/
...      lmm2kQy7L2uc8YlgsxE1EmJsav36KKpCcbJT1f1HL4Uqg1wviAyaySuR/hDVgpXV+
...      ZEnSwnKeaaRHe3Bn52zFdPNuffW+fReIT0quEMcL7dO1YuiRBYTDH74+y+8zNSfs+
...      oQIjkotF7CgHXKdmcn1O7WLJWWyIKr/AjutR+
...      7a3Ho78Ez0wkhcCnoPYH9STR4u22iPm0RvVEbbVjJ7OecqLgD/
...      2s8XbWyZHqEa1AfKYk2wpUSYR5F1R8UAAHjXpKDuYx4jqz26mWBZw8ZMDUIvzMh4/
...      G2Dx37S9gQ9rMxyG2rLfXakTI7Dvq0AmmTN5uFwex0Tzpo3r1Z5zbFI6sd61XxCejCUl9MYYW1W3xwQ73Ykaw
...      uYKwrPatanCMzXV1AsgDrmyTAaGNyfBUBK27JjsiDlm7U1LJwrMn5f+K/
...      DBDSvJ7QkeJZv5nKWouaoC9t3M9195YGESkkvTTKQsbC+pfioYGBWswsE+4J5EGmh+/
...      GSRvqSdRF2yuCJGYNCu/d09AdhLi8epccG70KLGQV6/suokcQp3TH44CkfQEJWCC8zsOGZ5Dy0aI5LG+
...      YtbqpEOVZNLx1GM0q2CZLolTRHhG+0vmaGggc7oR9Ebc981Sb41x73v+C/
...      FWL0q77zvx7wjfkri66Bz1fbSzasQAR+
...      TZcTiaMYlGpymT6MRfDEu7p7nfCed82KOC8v7CAburc64eYHmdEg64SvMMOk+
...      udD2toUfz5xh5u1SfxhSFgL9WcgtmHHbpbTUelmbf0QScW8agJ+

... Uk7wqh6tsFMFluYrIrkwdbh6usWjqnOrsU9kHbmh3o44GkogEy/4ktB3ockgEr/
... YpKmA5qkBhpzU9PNctlWsWyT7tfgLfpfU6eUHONY7x3FUu50ZluUzm8ku63cAL2g9o4sutYm34en9jeALITbh
... 8JzXAVSn2i3g8bV5fCjAjYthjO0tBCKzj4LaxQSYrktHKg3dDIPf1c/iCW0KCy6stNL8g4X0+
... Lc1r5nmKc6d2U76NX37PJVoAbBIfAgF5rtaA+5AnYTaq74Y0TiIFiacW5B+
... cBN8JyMb4wu2KuuSfS7vkqF2mEAFBOy+h2l//WE5nZYTI3nUD9WmOyNQzhXY5Yum8eJhAojgfJmvOG+/
... sOoqZAAwysYqpZVilJT7lcMCXOFmJKOfmJQvqJcC3ybIa0uOekXojOsMEUuxiwiNUG9/
... azDJTGLtEZ9TmKeeEKblzQJjHwqKwNQvpzjM85HT7K3wtUI6UAoE0Dw9Ig2WrTn2DWUakx2C9LM2C6DRi4K1g
... AZOs0jdw7cZv4aH5Z2JHvONz42xOVM79/QfHameH5rB3oB+ScDjkFmSo9FlacDLjs+
... 6PUJrI5ax9YfAxiZdh2dlylln4RNydHLWSGWqqb5y1hR0QpB1Py7dnFXVsYv9Cz2h6+
... uQnIochu8wUeyLUqDm8MKdrAgXbAzQJVjQ3HNJAahu9LP1pB12rdFQFGQDdBbd/
... gZ8nAjGOBSb0yTtA78EiMeqyFLT9lnf2GXpEzH6o9tv6Xkm01nyOCT09sEidd8ynr64ytlFLJu86VdMSQCdVn
... rW56mpmUSnE/53kxU/yn/gYMkBVSfyleaAqkAB7E2X6tbTpDNbLoSIdd8BT+UULG0w/AZM4f5qVSP67Ro/
... VUY4HxKzTU2hP1sEpKQzG6RTVNq2kl1bqRbs8dbElDx3q3BAfd5GQJVhFFpea3WFyNqW6V15xq3iYxXxSFI5s
... DqJRcJi3O7y/uLY+
... 4iyEkbL0977sJ8aGuZTaftI49XwJnzU2ViXgbA9sVromrYZJUwuLaopRAL5IvxKpjGSpq73ZxasYo6RZWEDiF
... q8mpZgXzXgToK+pTbmW5jQr2WLRyU2nQ/ounYKbCd5wxDrp5RgxxI0+QXJ0bK2Rsl97G9+
... ScpGQQc3fyRshHK3CHFlBvCeTvtGPgs/VaU/wm/1ffP+TbVCa5cPjV/8hgccwWPXFldPQDV0FSNr2yef7+
... lv0EmizoKad0o9mKNEvlTJXT6wR0UeRCRPdL9KeDJxbAo1HK1Fx2iESTrB3f8LiLhfT41QOwAJLDHXwFaluV
... TdIBdYHh4ZXiieaT7Or/s1L7HpO2glAQay9kbGYcIxedhE3KZW0NCazlo1TmaG+3yQ2J+
... wSH8qYISGViSYHL93Tu9TZXYSTrKzb8bOQI83HWcEHwNYRgJV03p7F0CFKAtBAldIxqRCt/
... pmQBD7xqVybSSZCupgujxF7y4qGcC/d73i6Jy418zv43oubv0cV7S+
... F8QTdpG2jv6SP20ShqOhoP8tjCIUF378WunJdYwI5OS0nuNFFQuoiVxGARemP7x3g00TcpmJnbA1Rmaj80QqS
... Uw6SmkwQrfQ49uqBbAbdEEaZt6fw5VePt1bKZjN1wC13ATSGw6bJ66xDnlMag2EY9boeOG/
... 92C2S3pwbT8WTj9Yx12AL2H5IOT+dZ1bzPCfTTgGiNUDpZhMA7IZ5oy10wKAqsoxTp8dFT8uSemTW4+W/
... uF33sCvlp90xCLkNGp2WJP4dahs/yiJVW27pHh3g/
... TcAiPJtksv5ksWLltAXv6ZeWGmiJNu7lqwFwo3rbPNfawb/gHLZ+
... jo7dv4OqvjVKmr9ZHqQKDsYWK3GQHKZw7N/
... nclDUCwUBzEmsSrDjcYsykuRxGuV27tByRVbIfzcqIDBeOHARgTuzJ1L+
... 9BRjP0AudXKUFOj4GwSh9wysFbgaZBDtwv1ZRbKUuI7b5w4KO1yoEQkUvaVABcblKPorIDhUcNBokkhUN+
... aToyj/btUUzkDrbgdkYLgOwh6JvBNy8eprWN9o8xpSxnIIA/rxivGub6BDirZm/
... RBXDYr2Q2N58Y9XK2mMjpIsWSCLmVfmy+FoD7tvCCh4A4MAMXucEwvmncia/tffoo7TrpMT1za6xZ25jXP+
... AyTwGG0ma9qi9iHyCTHHPQZq3WG7SH0o4Jux0CSnrlNWT8vI0hZtatcTK5gNNewVXh25sS/
... 01fxemVm2U2MvH+v+yE89SX8IrFkCYMjxNnBc3KN3lBu23FUogwfR+Xu9hUl3/jipHneor+
... IBZCD2lNA836yvkkAdw9ENLpwsZThyWG55XgoV3mMG0dRmxL93eygM06JJk/tyTz/
... zbkqpjLd8qZAleGo2haVkX9407eVQJf0Egc65ApLboWNSaR4jgNaATgkCUgm+/MDNf6e9F0n/Dailb/
... r6z8lNPvWREMbY5u+i5KmDwuMTx+JhRpU7GR5GRN5vOci4g6Kwf/pRwZ7rzkJHly01EPzd4jorRSn9ssi+
... aCqG+XwMvwIbekzhQcqzv1456sGDneAWZk9Y27+cVjT9+9gTcf/tLS7A7Mbt+
... nFkWCdkiqXK4p0eqhAB6HPcsRRxJi/dde02QTv5EeVASYu+q/
... yiNqqjkoKitZb4oQtJNFhavVr0iBrTBnZbktATBQLAK5GFTHKwzJccTjS4NLTzM1MaVBJwjE+
... qeycskBAwefTbeb6sXhhG9T6y5lAdK3MBWGVedk6j4uPeNxHsASZMBQtu2dkjNcmr0lt4GFAjMDz0b+
... dH3GU7snI87LE0psQdoivrD/UbzOFJ1ZtjXvXnkPwnQ8sbp5qLewCd5fwULk15g3WbMI/
... QBDA5xp1VeEroXM4bA+x7af9FXUSSG8BKCARbF/bqPKWXtUlaERg0vDceah4qpk1zzY/
... g3GhnIayG9HR2O0WL1h3nN9O0TvtyCKyHOl0ELsgLuaPSIwFH+
... bTIsnrBbDT789D0LMYA8sTYE6VoKrRJQ362Aqtv8DkTKm5YTPfdiTyCwhyeE6wGss8Q4+
... 8g56IGaudLFgB3RV9VWfH3vSHChYu465RXYfXyTVNt+nJ1+6nKfq1RYgt+BeIFc4b25+p3BolFqP9VOcd1/
... 7fCVAWydPO13rL9V25OO4jdoo984ucHtuZnUYvCmd2qiebP9c/
... qUdhl95WU154xHlkXqf2PzEUIwPyerKtr2hWAetIV305p0KBxEgwb20lz3mfFoT8S/
... D3UojfxOwH1DZcMKA4RCEA9GjNkX8HXky8nxeSryt/OVnI/
... WmPVs9pzBz3XkCDWd6SlwEUHgH446Nc6uUtuVn76ZPRcyfnRRlTJtMY5z4BTHAcTKgcvemjWuEexuzm+
... zwUUHBm1Iihp9flT89oqJOtwnp0GbrrjZTpLi8yYQ22WrRBq8IwTcxmDHpQdNb8it4bo5tTLD50eoNTRLmz1K
... 36HBzi5AXL+x4qKnnDzMEA+hiSiTtHew2j895V6USBUi27jC28eX7iJBudkcUHUIxpph5BsbhoSHsNEWHFTw/
... Q0AbQcU/PsQcYEC47jTweAxgGB9Duh0WyPY08pa1IXM+GFU/
... xkDHhLozRTOem4WovNxcVX3PT1MJlfwk7vuQf4dQ3Up38J1OjLBDR9PnM8Vnopqdf9GFfF757c+
... xRjjJWARC6Ckxx25ZLndp2KNguzj/aLOyHgSaAo2z9s4YPEocOrM6Y3NyNh/La/UFxO3jHw7ibJ2NoVuz
... /PjGAbvhCVNwIQeVKp5obDbmp9zQK/k478JG5jLsC+ymfqr8CEEGk6BgFmP3dFk3NDS0jusIYXQTwObB/
... no5FBH4x9NPJWW/+bRzoCQh2eo3/+fXoZQW0VWDk/iIAF1JMUdKJWCMNV6+Rg5x/flKsjUf4sr+yOBJXUJ+
... iLdabiPExiNOGq/448CFxlZDVcuMYXjx9UPFXHCF5xaNc8GCwqIOpn1j88+Yv44AnuHxki/phTCQCDts/
... E93frr1yf3uhqvxZQxAGPP4beYhYCyFT6vbpvIBEeWOZMOibt+fLaBhLbow/
... xxnjoLP8nJI7acuZSfDI1E5cKXnLX3Ls4GLo5mobv2XZ336JZUozGvrTiDNRmE/QpoDo+
... B5S8fabERRQZLM0D1+vfBW+
... 2ja8pJzZh75t9EgUWGJxmGhomKgugPtpvhCu8WDSeRlPNtIyiL1pi2LB6ihaZq3IzFHYHWehebXAk3FsbNYTg
... FUJWkkAniNuXhwNy0ybM70V2ogdpvYy7PVSnkEgSFkFwSEh2iOmGHdHFVqOa2sHgCD8YVVpBa7BunlhTQAsMO
... xauB1AFwT8YXpuG3PmKIhxoaKxpnu9bK8TLIXAA/xM28iJ+
... pMr6Rx0ui0aOOWhyBmCvk44zGstFuzIcmXIBMrmH76Rukwj+qPIhqe7f7xMRYRCvWOC+
... 8JVmzdf6kIFZnckwhXAD2mYrFyzgSTQU+cLNwwDyoEKKoHfrsMEtHTZqipxNfnMD+hh4aZIaii+
... 8A5lKjNi3a9Wp7m8U3OS+0vgQjSLRuXRmJZe41R5vfirHR7REW/OQ9GEG87u83Oo9TBIHW8RoHZ5EZ+
... kMscDACbuVHLjoQU8yhkuSEUqjN53IoVr47huFpa+Gi2HFXPI802bTa/
... MrcaJxlCVjogPW2AdmOYaA0k4i8qz3jNZn+JnU9gCIvK9iKu8mcQnerpA5oVIDhnX/

27799... JiKrc9gTaTAt2U9Vj9augznTjPePDvoDfEHqzD8mm20kqM4veySrdY8/aLS2RLSty5HEGrUGXlqqUcQXY+
TNYe49GSmGqIciO8rY4rrifPHVSqddfC0g0AzO0Z+
... XNLWlso0hJexwuqt9rXDGR7HJJM14FmyGWV6X843smHkwqwKZu13l0moyxTXiMc225zR43O4xFAn9w8BjgUGk
TumgubiMaLQJJBa1ZE/65WbIPfIDLfWwesJTniiMVi8TM0VrVKnJqVFKmPtBCV58UyP/
... gkZRmhkRsEXZMDFi20RHZFwExpq/0ZDi9ChXIXuyYVTuMa+
9NE0f6grfyLlJOMaAYCmQk7NkLskwFyLAbmRy2FZwLWw7XNe3Q0wXivWl/Yst9mShNttn2/
... SGuCfV9kRd4YfJi930MIsvogNWLcOCiOwt85I1JpnwH3RdVHyjhO/
... YxAlUKag7C88iXNagvVZvdeEL5JCdg1c0z4H940neqFMR043WW3EJ3COLdD9w4wO2ngVyiXI94y49wbf33r6K
3V8eoWwjPe8i5ZPIYWYbr8WDhe8wLlFizOC45NApeh8v8ZHwE/giz1OcKJHZmfl7nd0rU9JdI2s+
... bRVHBMqg6FfvEh3+/MMOytzwUDKaxFm0Z0WlGM6z6H/BXglMh69VS4tksVO9YluIiz4QWDojP0KPmWIsM+
iK3ryNtWXgrvYAxHRxERl9cHnYVwx6XqJV5ugQSDPBI2A19O+pt0SWdwSgWO+6+h/yre4WTShvnKzAZ5jsG+
... 0MlYb8RgyQkaaUp3Ruin3rZgawu752xbogttnhfD8+Do8ri9MzZH4NkRucNAXtog2VLEHhhQFr93tpTkus6/
... aTRvY0+S98AiyIL9DjqM8D7pSYR9NcJkby/jwEYGBVSzmtl84XYc72c+
... T5iURc2BlCicOqgvbFefeo9mzdQRx3UzzRER+D0ToOQTGPLk49e4dD/1KXGHitr3C3ZUCALwp7ueo+
pgnOCfP2kMlc503T+
FJK3TiHKrks5yEHlc6pH3dwq9c1gJqCVeL3pEAzju8LUataFY5ps4b2AjFBHdAg4ZjuI8c+
lRfnQEeZK5A3k9WbD6KYJzxD8JNE4fL42WitAXGSpJIb4j7ngdkJpBf+/F5MgdV7T6gD9afzjBl0D+
... thRIsJ2NqIgPllwqXNegisSZ8809KmHSunnHjfVC+JvMWKKD8IgW4CcloEUSsjEp8ByNXsejOW+
bj2YXE1CXwYkH/
... joV6rRrc9BAmgk17LoCqFSAEbSzECnSY9VlOinyX2jaBDO2h1lcb6HJLnckBXYAiwWjNxveg7wjW6p3++
F0fcQZxf22UVMOMViAKV5GVWhUKtss9vGP9OLSQtFl46mxuxMeNGvbWi7m1LHtjcf/
... Lu6mN524Ka4SSq0sEfiIgNF6V5943NDr6VHQSjIPeQHL07yy2NS4YAl8VqiXdGA9loQBw4E37GofL7BMuooo
vIP4GwdXrz1o9A5eJq3P4lDaLDCyir3KP4P1qtyUGNOWfW8JMROlbSX8gu1WI/
... sAbDmSt8JqLxTuiXIfteVouy9JatD6HgLUByIz6h1ReILfSDdLOGurXNGC1CmjKArbLgfS62khv3iDt73Yi3m
zPGHWoG++LSNfaVZLNL2DdIE8cDdLsFJ9h4ofb2V5kBndka/v+09doBisKYp7lU1LTnqzKsijkP6/
... OOGyAQ4qdE6Gmp3nRyvqcxVAD07He3jMyWRrduuGsDvSX64NjsepIeE7efulHh+
... ZRZtnbDU7piHNeHrFaDyBqDpv+l+WYje2oja5ef5l6ybmUPkVCFbU3oFZiIpjW34fxCFfV/s/
... 22wreV7R5yedVRfYa9kVE3z5CuLgvGiqYy1goIFU34aYM+KzX4rLvBhjD7AmP0gDL+71MC2x4sxv+Qe73sW+
BOSGKFDAmpfVj+UofvKYvTqXu9VKRizBWBlYFPnsNevAB7WZsviFNBUS7fvJor3/MJv+
nwomEw3mwvnmZmejz0zjiTrEdlhh6PnnpnO/
cr5MD1jwZjboY7Xv3gviu2BOkqT5ikW4NZT30K4AUAATCNReLIbPTp1DSvqoLZCpHnk4qR1rBVYcWqhiRHno9
NQnFBHiD4ruo+8U8Yg28N7gPXq9iOfCRcWFPg8LDdny7MZudG+VC7+
... ZrK1i3YzwGqtDQWyb9YbTw5p1rZqJpeSX7LaNSSeAyEV2V3ftCYP9THZFRBGNCIqggnc1djdkLAJ8YyYxs9O8v
EzvqPkj+rLI4WPuixkfV8BZe2iCJQPYE4jatK5KdDiz2y9wyZUCd3HWuDdEwCSz+K+KVJothap/
... kWHbcl7z9twfciECI3uYXx2EwgQVjbUiwRjr9BOEE56214X4e2fy+
akADxTolpwz2jUGO1wlzsBeBnID8Lxmtay7Q+
am1dNbvLqQgEPiPrckbIescqR7cWfUJT2x3tscuryJDBGkNN0p85eOK1j6u7G+fX3YeF+
7uc4z5cLrGfzU6Wwks9sFocQZ3V53MiqqW7hIRw8dncUa72N2q/1t8zCiR66O9G//
... ZlwR8zFtjMVrriMlJ5JYw2M1dNXc1xqQ+fI3CeDO8YHRyVn0tK1wEvVweSirylTqRc+
NOY3uUKdVc4kTKxzKmb7G6BTj7ZkRLs/
... e3BW2WMT44U8klG0SaRf3W7hbeLenbeuMK83wQLGioDAU5kemvwMEiee8fOUtpy6El584ww/7xXKpJ6hug+
orM+ynEVx0nWh+BkejB3VM+LSfxX+44pJeGt5s6+GpuTWGDoGFF/
... JZYmBP2aDAaxDjTrqjgPnqwPCF5WNrTuqJUWJZ2L10zTNcEtOeLbLNGQ2l42/
HybrCYdbcpOP14ogebVvYOlFAK6U9VdnNQfiHMXn7kU0AG4cmePg8Pjha5BzuXjNci9DozkoZt1U3F/
eM6gr4w53znWRdgXSmqcj+G2lkOQtZ1dDaaGh6QB1Lgh5F+xnIlnFqTvuMbUM48hFlHnbh1tpeB+
... n5c0alvlkC+0jq01L5wyLQSnJN2wnDgSF8dhEGJXDCc/n2BidM5rivORvqlb+7WRLmdxOjv6R1E1UadlKJcYW
+
... ctS1ykFU72mVmLSgS7CI7znXltIs0oSNhVpuvVAFw48ZNAP03BhYbVNlUUNKQ9nbkKDQkAFHFLeYpRnMfslTp
okwELUu55mn2++xk592JPK4zdlBw+dlv42H3bG+E3d0+
... mIlzlHI4MhJUI5QvHuJO8h9JpLmFgYsg1Ccn05pzLP8Gl/hKEI/SCixwGc/
e4P8lnZRlAZunT1xSUf8Yw53bjmxc8Q8eGr24xUxPmLLebLa5D7+U9EtU5q/
WzbrHaks6vlPdYG2YnlXSplvtnZCi26EgZPaGFeF0nc5cf4I+fw+iDd6HNnH+0I35/F8+
... LhRKayrDJxT9mI5gETD+ASc7fTZh7yGYdM5KhMHXPRhzs99vccFQOszadj9lU+
DjNEBfkGee0EJKijxGaxCDWQ9xP+R9nPAn+Q4fbeZBK/aDomV49r0vs9zEptH0A/
aJBWp1wKqoFRMgpifn8K0uwuYSdBHDclUGsui7Ud2MNGllEBKEu6PU+NF+qkp8CiUY3MxI/
... zJFwAlqgjPyFiWDnZu1NaPTQBrqw2n2aJvHJnkreto46YV/XPzJagRJY07iE8vuzA3jrfHc0nHGbrNKWNj+I/
7N3PCo9ga9JgFyMQEyS1AVib4vUodvYsmEhy4KJ2HG6nQXnwI5RHuy6L3QovGDW+
... rdclCsPqbW65FlHf6vJgG6FQmPAapqiOiRUXtcS9d2rEsvg/qPCs0h2L812CRgI/vKqVC1DT79n4/
KJ7QcfN06h3Au6SCFR26E2++AEckVBAX3/pEC1VLm1tTc0TP2Eebmt0m/mjf8+
... ylECPSu9iVvDiPs541KkMxsZU6sxUtBq09bNrUiabJ3Cd2G4yz8DQmYDIRenoW/
bjCC3K5nkbyT8Yz4QBw1pyQ6AKfQQimTnHQhLdhIgfrFj0dfREIiWGkde3vCDz6J5aOnTsU4rLLzrB8sQ8EDU
YaME4jWL6wxhJ8mOJt3hlmVqoiQ8Wz6bkxrVDQjHPZ+
ptxYODfrbFjz5cRw7kfWyZMweq4dJXYwkFVrxH71MsyHtJwIy3a++Tv9DXd/fIbZ71dFXYhP6JLd1/bC+
sCMOW7s5UdLDDKRyVAchupg52MwUyJRv163agc8zeZormdfNoarssEHk1PWRKGYPdPCF82xyxgaKsZQcmOJWs
+3eedCBsxZub/lckeKkoMFQzICCwBQLxkWTDfQC2mS3Lk3y/kaLMivFdsOOOtcU9LSKYqPj4xCtoG7+to+
BI9LQ8Y4adfy+bciY9grB/IVk1SgoO/n+6feDvtzThfQysd/BDfRAmqGp4iQ6bulcKStyaR+Z0ohmw+
LnG9/52hcS/CB+yqnEJXMdi7ejXtQjqkVX0P7+
... kyt7BSXQhroAvVlUWGICRT1MRm2J0NNyfxkQg5RcB3OQp58VG9hA5cZs/

oB96HnNbmbUQcppR4syDWUEHd32Mt4UpKuSteExynDNe2WkJo5NE7MHI3CRUF35E1WKTEfFfu0XvU0qLIB2mb
kQaHEH5xZClfsQTsOR+QRhMFqEdDmNa2Qn/HaaDxnySc EIOGCxg3lelTNIM+
Hhasq5JWl2yWDDKS1wYbuJ2wAVgBQlck0C5Qgtmwj YoYCm5evgQ3O8cnbxwGQHS+sdvKaNfjelnSfB7bvWg+
IGKhpAXG8/UBlN0oLeGehNOib1SNiE2Ry2Bzw5vkv6wWdchuKiM4aSm13CuQ+WuPntvrJ5oTP/qde/SU+
14V0OpQXD376Sn5W/DM5iHrxPrYiFS4HdJO52BsxMU3UHGqoOuoIHB8lzpANVSjHvnWN0od8XD/
mZJvxtReWJkYDSuri77Ywl0yPpMHIlWNGruHO0MF8GUDKyVfiZOC98cV5Mu7cWF0sKOEK6cmqJRCJusCe4CZ
4KSfNDkTyVP/zdqUyqpsQ0nR7f+zFxa54V/5ZBcsy1fjrhbaBfJwRa3mhISD9QO/
ofkWhFEs3aidOZYNLxelykbv/1FQSPY79LgtePsqUgdnqWw1JTE8+keg6pEaS7gvrVc8IWJGtCCkyKFNA="
/>
</div>

<script type="text/javascript">
//<![CDATA[
var theForm = document.forms['Form'];
if (!theForm) {
        theForm = document.Form;
}
function __doPostBack(eventTarget, eventArgument) {
        if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
                theForm.__EVENTTARGET.value = eventTarget;
                theForm.__EVENTARGUMENT.value = eventArgument;
                theForm.submit();
        }
}
//]]>
</script>


<script
src="/WebResource.axd?d=El5R5l7v73nYz9xONLImuGB4fS9klO4gptyxz6nEGtJxJ9y0ppkG6gR1P-
94grsl6MRnHXCqxn3c1qFu0&amp;t=635802997220000000" type="text/javascript"></script>


<script
src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
=1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
<div class="aspNetHidden">

        <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
value="CA0B0334" />
        <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
value="" />
        <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
value="gYQZC7VC/PsEMFZKor96XM3O+meaKeIRtk0vCZp2twBa4oPm7AP624A6kS+eGxWBR8mUlPZH/BuDb+
VQ+iPeczm4LGgUsCIjMtkTdHLcm5Mw2UabHuqxX7Kt9yfnuD7kT+v/
wqgyBZRVhxEqzODcbllPI9Oq7BDpmZpMGCuSY/S/2DIV95KGW3ILrLWNSI0KrlUkjiaG+
PLBgTlR9RPk1KziK1waOGdbjeAu2lqV1qs2wa15PPKe4YxznLoZtuJnUmhg9JYQQpM4qn6urNWy2/
DUrpca180HT0oc+ALpFT3MUWHQ+
Z0AjMlEz5H22BDUZ0yYtmpQa9rhuqcQ82KLSFv1fKfTte0Hq3LMNgfAyUmpPR9Kj5xTzI22ZX5SvDW6ZKB7hl
9ThRAUvLEPrzaQPFoj6mPzx24oxBSsjwl9BA4zSiAe5MrR3v6sqexfSdX8JEsBZDM3aa5en6XlUzicL0MYPW
q3sF0gqESvdtCQmJW9QdN6/
LKyQLU4cerwhZeWFjNiqbFOfusxFxBibgw3CMdgOYbAE0GEBzI1lffUxQaUdlgSbVad1jmU8QDEAm49LJj5Q2
7hUEwMat2DfzZBPrYT0UpD3HDUgUee0ENGCCcBn+bbWjKAMMTvJa/
zylzqYBkULngha49Ul7Qk95Fw34K4xkue2DVaEYHJhuZMmdvnCQQpk30PKc0AQoFuQS/
0FCZQXOcDDjpWq4FcIGXTZeeT+0fTBuAiIyVwbsnbAA/RSEBGTMamcLV/J+
O2fpfhumWcdX6jhzQn6vB8EKAoLnvCB7ua5q9wn/VZ9errce0kB1gLGvTvafHtB7+
UpaFdOTcHnnLIeYy6WD7vGt8H5+Wi77KWz84R14mN1di9TEKAKhiGq1hGAkUSQyjyjBpROpsa/
En8wc2rUk1YTzBix9OtUOHLjLMVASB9fRv4RBYasgF4Lq+S0hVCasDQRqIgxigHIatlgfz/BUgvzCKl0mgqba
+HSQ8GYWFv/3wCY3mlzd9c6XucuRP3AThhxhuO2ow7LJTemi7Q3MhJmnGuMzRF2v16ZClf/
DYn776ESdbfmS3uLl2Yr9Me5w11coYPMq7IG2gUnFoovbL7JYTOvZKFvUBumvbb+
8MUkdiOzL6LHG6h2VnN1QmSrAlmsjMrf0sKBzIQ9ivPJuMxvIZQNc6V8FRAJtszKq871A7TvBDN7JxZt0kSBM
gq6695zXUZEezW3KkGxhs3uLYGXr+kUpxFTcrtG+
7WvCuW2itcXxyR8pB9NOoGhn0LGEAbtow93xD3dZeTTHo1gcyysbTn+cIs3bPWIowmOM+8ACMu2IwqIwG3iPx
+wGcTM/VhzgBwoneaC+NqfU2sMMozJPCsys+TFMu4kjhAW6cLscdgc/bU2lpzzccpcb5Ly9H5t4n7YeNZRkA1L

27827... +bYCRFMocgxBVGMGEF90V25xPCZT48HIBmLxKBLJ7XlhdPJaj5qsa0kYoops8RMC7v64EAIN7KZ0c/
... de7JDaSExhNplZ9fgCma6z78XQAcfNsFHw91S8jz4F6yFBfPfxBoixyEHU+
... EwC165TXZszoJRfyxnpOU8fA0qaNe7ZAlTFqERF8fvHGfs3/E6QJRiay5xsBikOd09udLi7eLp0/
... K4AOAKDH57f9q5V07OIvXIbGZmbf2ExZD6cK8VknEDXcyc3OuHKKljWAeCgNr5joZQMnZie3N69MzRE2+
... J1WdLlaVXK0taW2eAf7ecQiN2zgrZHMojAutiRij8Q863Gono57hFVAw69PhQHtCmBYqOS5OoLBq+
... UGchHgvJeBqsmmrX1OONyXANJuUzPY3eWS2Fr8gNnuEfzmgW9VGO3GG0wI2wv5dqk8+QoUKTVjE0vyem+
... dZdway9NgA4IXqoj54oxvtEET9nM0OBfnqMLQsxCaMq+7ZSklR1B4RZU+++
... owBbRXamSwIF3hzE4r3hAXbfSlRe7cOpwY1U2Ca6J7hzltVDt6EIvfi5ePflvxyucxyylUZpqJb2xGP6Rj2tO
... zntM14hjePX+/TySdr186I/vO/
... ZJiwMRSDugCtlptxGa7jAXM3VxL4nTDSLqiqTpzdc9M9DV165HDHSxngIZ2ipRaBeUjlgZpplkIwpsk1Rp0lE
... msxfYcgRWTkRREHou3qzJNCj/vUchOyJIXAMmdHHdScb7br22Ntmn8pfZx6Nr4/
... hthAeX8tXcSfQW38cY7QNgCZL7lGi9TEydWJh7klobLvNTqIOPdGPE6yEAuA63Uj6pGmQR9HuRxaf4lZbBzT4
... HwSvk4WgUD4l1SUMPjr+CQCkF24mpM/HG9oF278vl0PybeGMoB070H0BKl+
... 5zQAwqG48SJ955rgKm0pSl1wjhjm7edVAUKcbTHD1ykRrW2FQgALu1cqOnMUz1yjp82np0d7aLAQV/
... eSp13kwuEroSL7HC8tviBbti+4MSdaKysm8w84mnQ703rUBqKmywOIMLS/Bdg3sVc62+
... XhXXynoZ6dcWRWRt3JMTYB9bjrp4SS34mNiOItgaNp5wP8PlYoWzkhOhZZtT1iXxuvqhVkzWNZnBknbuDEqWz
... Oz7YwLWdV1X6nNlwTu8XKZYc+
... s78CM3jiwLPMdlho2L7LiDQGWQ0iPKEDxcltdOBUbci8FRiiHxtHnYq5eIcDv1ZFNxC63wT6jy4s+
... gNlsvkb7yIpe8xuhbB5ALGtLw6aRjfeDu+
... D9XQZmcHfa4MnD72j8bInLrW70qdXgCNqcHPUK5Wkhu3htIbtM85JzHwUbNrUo9Mrpuh8IECPYfLwr5ihN63q
... v89aSWdRQkH1BLKDXLz5836QB9idMuwEllyeazQUOGJChek3xnOJzOwD/ew8e+TaDcrSzeDKJ6fEIEdDl+
... pTNq1W3ahOUw7vCIKcUfD3qdGLjuQLcPyVOxExXiE8wmsBYNeocdgBdKylmEaUh8pwesZw20D4LbFowNyBvh5
... TqNh5gM4pjRxfDcrY9kx7WuYVfy6zlZV/RYCyfMK+c8T9vMDO8CYaYGSOUbC7pdPdiq68Iw3H03hSOQ3Xw8+
... 5pvN+o/BOROicrJYXx5m3t903xHZ+l3LfW3UcxtKfyEolnp8TEETYezrmPxwQmcobKf0pE/cU6g/+
... 3tsj3hjcBKZxt2FnY3/QbNXyMzp+bfTvMXgW297P/b09fqyzDse7zKxwoBTG/3XTK0DKj/
... yW9XO3X4tP7OXPFObRk+gyxaJ80NgcDbl33ktNT+lFbj/TT32NjgUJUs8VTQPg6N3//
... 36AOYrsDO8kLtKjebNp9pJDyDLxSvuvRsQdJzHR3QtXBegMeuLfUyZ0/
... YrhNnvrlLEg2Cpb2g9j3fyZ2GILoaqlvPdkFtaWepUw8piY272KXxCRj+9oNwQPipSlzCX946QKs0+
... tyKBXEULagy8BT7aZhQf8nHmJ30OyFxeNY6wXb8wFsSUrT8Q6vJIbufjCbWglwWVt68nLsCdBZWCvSSyxxLwt
... 7l0C9igjbb8x+hZ0/fC7GaB5qZE8Cptl3WJLTJ4MVH0yLu82cVqdoSA9GOVSvSzDhCCUi/
... FwMDv4ad0D8df1jFDkDn0I5xoZacBGK+
... 5caw8LHF4Kx0RQmPFlGhR4ossF0aKp0g38DKFe0AmlEZFCmV2VVQECR5sdEB95mbTfS9Z1ClMFRbqqXaeyRyM
... hBRKUXtyfCs5Fsl5579GGtWb7eA4sGI36OsS7k59ArnOxi5BPaAX554UeiJ9b+
... PnvJrMrw6sARJzKqK7pCQRdjx6uAGWeyOF01nXAd18MBEo7Urui909zmX6WV3fRSr3BWLnAfQOUP0Qmbx8M3Z
... SMAne7l98svztVgo5XHbTcR6GR4tvXmluud/kAz65uxX0aceQKKnd8381pq/SEvqmo+hExg0sb1+
... 6hNUIwHKICSLNuEuRpJw/UUO/8KSt6m5p1Ey7thS0N70qvx/lQ7+jXVDbwHIkELYgka0ErpCrtBmbjTVZjNOWXq+
... aJMoveBhY6ZPKOtFHYEcoafCz22jtlNSAlHcsGSaS8mzhvNn6ke7cpRQEfj+Ko3MZaCKmdiQz/
... 5q5PNvb9YLoqeX8pq6i3kt5lmP3hM/NDVZDRHVe5/bOZdrsUh8l0j+remIDwZoLLuXfCzv8H/
... n0owxv1yqVH5hXruhZWdaJMdJds05R3ajhlv6hewQfAv9yCfO0dqkKteCVOcGsb/
... TsnMiTiFD7VyUpkWkOxqezyrolFWFOevUechDr4cTjzQyPSTilaMRWsT3tVdEl3cLydzeGvp2F3bi0VmSgiNL
... VoUhNxGuSaXQvmvbdbRQkui0ZuJCVoJNBzeYPy1sItRdcozL7UwC386sIdY91wMAmGV089PRoFPWJ0BBYPCCn
... rcI/xTQUmS9YGB0xc3iuKKRjdo9xCw6prcGAYOJSRvCpJyzoOWRrAifCcxoP2a64kXFOHnJe42hG/
... TgiBkj8H387/VTgTiOOkUspQceyo8wFvian13mJA43weGFzhTBL/
... yAigjzadNkIGef2rrgjLZlpJgizJOl78dAWkvbK2yTdeXfGBE+
... dQAzpH5NaWti699Ux7atUA47vc1ySsmlTQBZarLmBwili/1KWTEboCF49lo9J8mVScTSblJXov7sPHz9K5+
... SntRCjqdUKERWcg44ux4Kdibe9khBTynwWvwH2t4fooLvpTdxNfcWzNYMo+
... YyzcF1pDkDSYiDeEOtQrsBcKplxpWRuRBbx55xgLaCtcz9LSsu+
... o9D7AoRVxgwHu8coyCfrJDD1Vk28q4YoszS/
... 0VEPheBC32zxaNZpClBmySWNeSLhvUKAPoXdTMPBq6a1YpG79Z/dteyTzYS+
... TpWZu4RGNcdvdGMukabsJ8uNp8Ej4+BeaGHKiXbkEr7QcmASY55cp+
... duqFI0g2Yt3tebJhDKsZJCDBhp4Ugsmd6wIbmHXEVGyml2fpKOPZoAa699H3bZ1XMHwR8VmI/
... h30YpEBZ6eCmArMC9TAp55lXBN2o2+yWp6bbgAxrszK4qTEe2Imj4a93mhiZVMLO+
... mCWMoA2Tdc8nViVvWKTIPROuc1bNNRE8RJho5+XAGDVMjjzzzn2lDZcMQ5l1yZZ7Rto03Y7/
... yBM9iCsDPoMEFKHDLaYTCEeLl8QkkywxDQARjhkaUDa0WbiFk+aPa07D+8pKEEgAKyl75TQvNqwbfQU4+
... QRirfXsB7vPnIRR66kU/mg5TvSJbcKMDO+
... diJAWWzX7gFZT3xhJ9XrNzPPpLbZCc67meSmjt6bZZzKgrjQQFFeiTC0swhZHFHPIm0CLhmntfNbDmpBeHN6v
... BeQ0iV1nfq6PgbczVvzgMgbR9poneefgfFMXXYFT3KQJopwl1gD6N/
... ztP2AmCZjAwMNB8D05X5VUgEROiNKguk/BhADejZT066SMu/i8SpAcdjAO3cMA02tD8+
... 3XSdD9i5uJV8ubTj9xcahJDKzcM8r/shEQirTMkRloKIn7g9BS2atadYzfGJ09aGW6snhyHlIStpS+
... lAHor0BaWtQzo7+/HWGWGS/GTnvfrCVNiz2kjkyVg6KH9uXsvHpzxdRf/Zc/
... g0sTrK4ySyxARIcjYxoWWb2kqO5i87q2EXSHbolUJo8kFZIZDdiGLB14rQgw0naim3ioRlawgwiCT70fSlpaPT
... y+H8BdaW9VSPlncGAyD9CcLvIRjq9E8zIdqJGHNyPIWnlExPClLzV+BY85ve/
... k3SnXVwrQvkKqdGEwtDCTMJBeaMgAUwNPdVJGvmfcFE4u9FsxJn1amtW3c1oX049XOF5rHZ85m+
... 2RKw4lBz1mVQ2OD18LVQPlpUy+
... 3WW1FfelVCYsid0XHeehChneNwHjf1JJHHgPqN04oIoR31B8XBcKjY2v1j8IbKyjwoLxG5/E+kbdGZWp/
... QLAMydYKoUHZCPnVCSkRQCmflxtHDgRh9x1E4ZIYX9HUrKngp+kqI2yWQtL/fPF42wldRmWM+
... 0KJdzN1Fde7ZmF4DFBNuOEe/qVN1d7kmxZCXetlNnaPQl7GRIFNR1Fqy+/HGRM+
... ncPBs7Lz5homPYyyxMkomHefonhIKUbTRZGHT/F9P17IM+/TH1qPirk8yYTE2vaEPe9kNzYeAsjVi9d80="

```
27827…
27828 />
      </div><script src="/Portals/0/Skins/BJSPH/js/bootstrap.js?cdv=43"
…     type="text/javascript"></script><script
…     src="/Portals/0/Skins/BJSPH/js/jquery.fancybox.js?cdv=43"
…     type="text/javascript"></script><script
…     src="/Portals/0/Skins/BJSPH/js/global.js?cdv=43"
…     type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=43"
…     type="text/javascript"></script><script src="/js/dnncore.js?cdv=43"
…     type="text/javascript"></script><script type="text/javascript">
27829 //<![CDATA[
27830 Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
      '');
27831 //]]>
27832 </script>
27833
27834
27835
27836
27837
27838 <div class="push">
27839     <!-- Header : row1,2,3-->
27840
27841 <script>
27842     (function () {
27843         var cx = '005103968578414331976:41gbwjtodqk';
27844         var gcse = document.createElement('script');
27845         gcse.type = 'text/javascript';
27846         gcse.async = true;
27847         gcse.src = (document.location.protocol == 'https:' ? 'https:' : 'http:') +
27848             '//cse.google.com/cse.js?cx=' + cx;
27849         var s = document.getElementsByTagName('script')[0];
27850         s.parentNode.insertBefore(gcse, s);
27851     })();
27852 </script>
27853
27854
27855 <!-- Header -->
27856 <!-- Row 1: phone-->
27857 <div class="row1 hidden-xs">
27858     <div class="container">
27859         <div class="col-md-6 col-sm-7 row1Left">
27860             <span>Find A Doctor or Make An Appointment: </span>
27861             <a class="tel" href="tel:6369289355">636.928.WELL</a>
27862         </div>
27863         <div class="col-md-6 col-sm-5 row1Right">General Information: <a
      href="tel:6369169000" class="tel">636.916.9000</a></div>
27864     </div>
27865 </div>
27866
27867 <!-- Row 2: Logo & Search-->
27868 <div class="row2 logoRow">
27869     <div class="container">
27870         <div class="row grid">
27871             <div class="col-md-3 col-sm-3 row2Left">
27872                 <div class="row mHeader">
27873                     <div class="col-xs-1 visible-xs mHeaderL"><a data-toggle=".push"
      class="mOpen" href="#"><span class="icon-menu"></span><span
      class="iconLabel">Menu</span> </a></div>
27874                     <div class="col-sm-12 col-xs-10 mHeaderM">
27875                         <a href="/">
27876                             <img width="100%" alt=""
      src="/Portals/0/Skins/BJSPH/images/logo.jpg"></a>
27877                     </div>
27878                     <div class="col-xs-1 visible-xs mHeaderR"><a
      data-target="#modalContact" data-toggle="modal" class="mCall"><span
      class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
27879                 </div>
27880             </div>
```

```
27881                <div class="col-md-4 col-sm-5 hidden-xs row2mid">
27882
27883                </div>
27884                <div class="col-md-5 col-sm-4 row2right">
27885                    <div class="input-group">
27886
27887                        <gcse:searchbox-only resultsurl="/Search"
...  enableImageSearch="false" newwindow="false"
27888                            queryparametername="search"></gcse:searchbox-only>
27889                        <img class="img-submit" src="/images/1x1.GIF" width="38" />
27890                    </div>
27891                    <div class="hidden-xs contactWrap">
27892                        <a href="/About/Directions-and-Campus-Maps"><span
...  class="icon-get-directions"></span> Get Directions</a><a
...  href="/contact-us"><span class="icon-contact"></span> Contact Us</a>
27893                    </div>
27894                </div>
27895            </div>
27896        </div>
27897 </div>
27898
27899 <!-- Row 3: Top Menu -->
27900 <div class="mainHeader">
27901    <div class="container">
27902        <nav id="mainNav">
27903            <ul id="navmenu">
27904                <li id="physicians">
27905                    <div class="navlink">
27906                        <a href="/physicians"><span class="nav-text">Find a
...  Doctor</span><span class="icon-arrow-right-generic visible-xs"></span></a>
27907                        <div class="nav-line"> </div>
27908                    </div>
27909
27910                </li>
27911                <li class="navvert">
27912                    <div class="vert"></div>
27913                </li>
27914                <li id="medicalservices">
27915                    <div class="navdrop">
27916                        <a href="/medical-services"><span class="nav-text">Medical
...  Services</span><span class="icon-arrow-right-generic visible-xs"></span></a>
27917                        <div class="nav-line"> </div>
27918                    </div>
27919                    <div class='dropBox'><div class='row'><div class='col-md-3
...  col-sm-3'><ul><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Cancer-Care' target='_self'><h4>Cancer
...  Care</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Convenient-Care'
...  target='_self'><h4>Convenient Care</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Diabetes-Care'
...  target='_self'><h4>Diabetes Care</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Digestive-Care'
...  target='_self'><h4>Digestive Care</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/medical-services/emergency-room'
...  target='_self'><h4>Emergency Room</h4></a></li></ul></div><div class='col-md-3
...  col-sm-3'><ul><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Heart-Care' target='_self'><h4>Heart Care
...  </h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Imaging'
...  target='_self'><h4>Imaging</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Neurology-and-Stroke'
...  target='_self'><h4>Neurology and Stroke</h4></a></li><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Occupational-and-Physical-Therapy'
...  target='_self'><h4>Occupational and Physical Therapy</h4></a></li><li class='line
...  '><a href='http://www.bjsph.org/Medical-Services/Orthopedics'
...  target='_self'><h4>Orthopedics</h4></a></li></ul></div><div class='col-md-3
...  col-sm-3'><ul><li class='line '><a
...  href='http://www.bjsph.org/Medical-Services/Infusion-Services'
```

Page 731

```
27919    target='_self'><h4>Outpatient Infusion Services</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Pediatric-Care'
  …      target='_self'><h4>Pediatric Care</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Primary-Care' target='_self'><h4>Primary
  …      Care</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Respiratory-Care'
  …      target='_self'><h4>Respiratory Care </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Sleep-Disorders' target='_self'><h4>Sleep
  …      Disorders</h4></a></li></ul><div class='col-md-3 col-sm-3'><ul><li class='line
  …      '><a href='http://www.bjsph.org/Medical-Services/Surgery' target='_self'><h4>Surgery
  …      </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Womens-Services'
  …      target='_self'><h4>Women's Services</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Medical-Services/Wound-Care' target='_self'><h4>Wound
  …      Care</h4></a></li><li class='line blue-url'><a href='http://www.progresswest.org/'
  …      target='_blank'><h4>Progress West Hospital</h4></a></li></ul></div></div></div>
27920                    </li>
27921                    <li class="navvert">
27922                        <div class="vert"></div>
27923                    </li>
27924                    <li id="patientsvisitors" class="">
27925                        <div class="navdrop">
27926                            <a href="/patients-visitors"><span class="nav-text">Patient
  …      &amp; Visitor Information</span><span class="icon-arrow-right-generic
  …      visible-xs"></span></a>
27927                            <div class="nav-line add"> </div>
27928                        </div>
27929                        <div class='dropBox'><div class='row'><div class='col-md-4
  …      col-sm-4'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Advance-Directive-pdf'
  …      target='_self'><h4>Advance Directive Printable Document</h4></a></li><li class='line
  …      '><a href='http://www.bjsph.org/About/Directions-and-Campus-Maps'
  …      target='_self'><h4>Directions and Campus Maps          </h4></a></li><li class='line
  …      '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Financial-Assistance-Billing-
  …      Resources' target='_self'><h4>Financial Assistance & Billing
  …      Resources</h4></a></li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line
  …      '><a href='http://www.bjsph.org/Patients-Visitors/Gifts' target='_self'><h4>Gifts
  …      </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-Admissions'
  …      target='_self'><h4>Patient Admissions          </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-and-Family-Advisory-Council'
  …      target='_self'><h4>Patient and Family Advisory Council
  …      </h4></a></li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-Rights-and-Responsibilities'
  …      target='_self'><h4>Patient Rights and Responsibilities          </h4></a></li><li
  …      class='line '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Request-an-Appointment'
  …      target='_self'><h4>Request an Appointment</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Request-Medical-Records'
  …      target='_self'><h4>Request Medical Records          </h4></a></li></ul></div><div
  …      class='col-md-4 col-sm-4'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Spiritual-Care'
  …      target='_self'><h4>Spiritual Care          </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Visiting-Hours'
  …      target='_self'><h4>Visiting Hours          </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Your-Patient-Experience'
  …      target='_self'><h4>Your Patient Experience</h4></a></li></ul></div></div></div>
27930                    </li>
27931                    <li class="navvert">
27932                        <div class="vert"></div>
27933                    </li>
27934                    <li id="classesandevents">
27935                        <div class="navdrop">
27936                            <a href="/classes-and-events"><span class="nav-text">Classes
  …      and Events</span><span class="icon-arrow-right-generic visible-xs"></span></a>
27937                            <div class="nav-line"> </div>
27938                        </div>
```

Page 732

```
27939          <div class="dropbox"><div class="row"><div class="col-md-4
…     col-sm-4'><ul><li class='line '><a
…     href='http://www.bjsph.org/Classes-and-Events/St-Louis-Childrens-Hospital-Classes'
…     target='_self'><h4>St. Louis Children's Hospital
…     Classes</h4></a></li></ul></div></div></div>
27940                          </li>
27941                          <li class="navvert">
27942                              <div class="vert"></div>
27943                          </li>
27944                          <li id="giving">
27945                              <div class="navlink">
27946                                  <a href="http://www.bjsp-pwfoundation.org/"
…     target="_blank"><span class="nav-text">Giving</span><span
…     class="icon-arrow-right-generic visible-xs"></span></a>
27947                                  <div class="nav-line"> </div>
27948                              </div>
27949
27950                          </li>
27951                      </ul>
27952                      <ul class="visible-xs contactWrapM">
27953                          <li><a href="/About/Directions-and-Campus-Maps"><span
…     class="icon-get-directions"></span><span>Get Directions</span><span
…     class="icon-arrow-right-generic"></span></a></li>
27954                          <li><a href="/Contact-Us"><span
…     class="icon-contact"></span><span>Contact Us</span><span
…     class="icon-arrow-right-generic"></span></a></li>
27955                      </ul>
27956                  </nav>
27957              </div>
27958      </div>
27959
27960
27961      <div class="overlay"></div>
27962
27963      <!-- Modal Contact Box on mobile-->
27964      <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
…     id="modalContact" class="modal">
27965          <div class="modal-contact">
27966              <div class="modal-content">
27967                  <div class="modal-header">
27968                      <h4 class="modal-title">Call Us</h4>
27969                  </div>
27970                  <div class="modal-body">
27971                      <div class="mBtn">
27972                          <div class="mBtnLeft"><span class="icon-phone"></span></div>
27973                          <div class="mBtnRight">
27974                              Find A Doctor or Make<br>
27975                              An Appointment<br>
27976                              <div class="phone-number"><a
…     href="tel:6369289355">636.928.WELL</a></div>
27977                          </div>
27978                      </div>
27979                      <div class="mBtn">
27980                          <div class="mBtnLeft"><span class="icon-phone"></span></div>
27981                          <div class="mBtnRight genInfo">
27982                              General Information<br>
27983                              <div class="phone-number"><a
…     href="tel:6369169000">636.916.9000</a></div>
27984                          </div>
27985                      </div>
27986                      <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
27987                  </div>
27988              </div>
27989          </div>
27990      </div>
27991
27992      <script type="text/javascript">
27993          $(document).ready(function () {
```

Page 733

```
27994            var rootId = "home";
27995            $("#navmenu > li").each(function () {
27996                if (this.id == rootId) {
27997                    $(this).addClass("active");
27998                }
27999            });

28000
28001            //var width = (window.innerWidth > 0) ? window.innerWidth : screen.width;
28002            //alert(width);
28003        });
28004    </script>

28005
28006
28007        <!-- Rotating Banner -->
28008        <div id="globalBannerArea" class="globalBannerArea">
28009            <div id="dnn_TopPane1" class="h_TopPane1">
28010                <div class="DnnModule DnnModule-ContainerTagsManager DnnModule-621"><a
    name="621"></a><div id="dnn_ctr621_ContentPane"><!-- Start_Module_621 --><div
    id="dnn_ctr621_ModuleContent" class="DNNModuleContent ModContainerTagsManagerC">
28011                <img height="1" width="1" style="border-style:none;" alt=""
    src="//insight.adsrvr.org/track/conv/?adv=6d88sk1&ct=0:f95g5hh&fmt=3"/>
28012    </div><!-- End_Module_621 --></div>
28013    </div></div>
28014        </div>

28015
28016        <!-- Video -->

28017
28018
28019        <!-- Content Pane -->
28020        <div class="row-content">
28021            <div class="container">
28022                <div id="dnn_ContentPane" class="h_ContentPane">
28023                    <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-415"><a
    name="415"></a><div id="dnn_ctr415_ContentPane"><!-- Start_Module_415 --><!--
28024    Start of DoubleClick Floodlight Tag: Please do not remove
28025    Activity name of this tag: Barnes-Jewish St. Peters Hospital Home Page~IP158408
28026    URL of the webpage where the tag is expected to be placed: http://www.bjsph.org/
28027    This tag must be placed between the <body> and </body> tags, as close as possible to
    the opening tag.
28028    Creation Date: 06/22/2015
28029    -->
28030    <script type="text/javascript">
28031    var axel = Math.random() + "";
28032    var a = axel * 10000000000000;
28033    document.write('<img
    src="https://ad.doubleclick.net/ddm/activity/src=4924268;type=ip158408;cat=barne;ord
    =' + a + '?" width="1" height="1" alt=""/>');
28034    </script>
28035    <noscript>
28036    <img
    src="https://ad.doubleclick.net/ddm/activity/src=4924268;type=ip158408;cat=barne;ord
    =1?" width="1" height="1" alt=""/>
28037    </noscript>
28038    <!-- End of DoubleClick Floodlight Tag: Please do not remove --><div
    id="dnn_ctr415_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">

28039
28040
28041    <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
    />
28042    <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
28043    <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>

28044
28045
28046            <div class="rotatorRow">
28047                <div id="rotatorNav"><a class="btn prev"><span
    class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
    class="icon-arrow-right-marquee"></span></a></div>
28048                <div class="rotatorWrap">
```

```
28049                <div class="owl-carousel owl-theme" id="rotator">
28050
28051            <div class="item" id="homebanner1">
28052                <div class="captionWrap">
28053                    <div class="caption-border">
28054                        <div class="caption">
28055                            <h2>Prevention is<br />Your Best Medicine</h2>
28056                            <a class="learn-more"
  …  href="http://www.bjsph.org/Medical-Services/Primary-Care">FIND AN OFFICE NEAR YOU
  …  TODAY ></a>
28057                        </div>
28058                    </div>
28059                </div>
28060            </div>
28061
28062            <div class="item" id="homebanner2">
28063                <div class="captionWrap">
28064                    <div class="caption-border">
28065                        <div class="caption">
28066                            <h2>Healing Quickly is<br />Your Best Medicine</h2>
28067                            <a class="learn-more"
  …  href="http://www.bjsph.org/Medical-Services/Wound-Care">LEARN ABOUT OUR WOUND CARE
  …  SERVICES ></a>
28068                        </div>
28069                    </div>
28070                </div>
28071            </div>
28072
28073            <div class="item" id="homebanner3">
28074                <div class="captionWrap">
28075                    <div class="caption-border">
28076                        <div class="caption">
28077                            <h2>Your Best Medicine<br />Keeps You Moving</h2>
28078                            <a class="learn-more"
  …  href="http://www.bjsph.org/Medical-Services/Orthopedics">FIND YOUR ORTHOPEDIC
  …  SPECIALIST TODAY ></a>
28079                        </div>
28080                    </div>
28081                </div>
28082            </div>
28083
28084            <div class="item" id="homebanner4">
28085                <div class="captionWrap">
28086                    <div class="caption-border">
28087                        <div class="caption">
28088                            <h2>A Healthy Heart is<br />Your Best Medicine</h2>
28089                            <a class="learn-more"
  …  href="http://www.bjsph.org/Medical-Services/Heart-Care">FIND YOUR HEART SPECIALIST
  …  TODAY ></a>
28090                        </div>
28091                    </div>
28092                </div>
28093            </div>
28094
28095            <div class="item" id="homebanner5">
28096                <div class="captionWrap">
28097                    <div class="caption-border">
28098                        <div class="caption">
28099                            <h2>Your Best Medicine<br />Gives You Answers</h2>
28100                            <a class="learn-more"
  …  href="http://www.bjsph.org/Medical-Services/Digestive-Care">LEARN MORE ABOUT
  …  DIGESTIVE SCREENINGS ></a>
28101                        </div>
28102                    </div>
28103                </div>
28104            </div>
28105
28106                </div>
```

Page 735

```
28107        </div>
28108      </div>
28109
28110  </div><!-- End_Module_415 --></div>
28111  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-421"><a name="421"></a><div
    …   id="dnn_ctr421_ContentPane"><!-- Start_Module_421 --><div
    …   id="dnn_ctr421_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
28112        <div id="dnn_ctr421_HtmlModule_lblContent" class="Normal">
28113
28114          <div class="h_ContentPane">
28115  <div> </div>
28116  <div> </div>
28117  <div class="content-block gray-border-bottom">
28118  <div class="inner align-center">
28119  <div class="headline1">BARNES-JEWISH ST. PETERS HOSPITAL</div>
28120  <div>For more than 35 years, Barnes-Jewish St. Peters Hospital has provided
    …   accessible, world-class health care to St. Charles, Warren and Lincoln Counties. Our
    …   staff of more than 400 physicians is equipped with all the latest technology and
    …   medical innovations—ready to help you and your family when it matters the most.</div>
28121  </div>
28122  </div>
28123  </div>
28124
28125  </div>
28126
28127  </div><!-- End_Module_421 --></div>
28128  </div><div class="DnnModule DnnModule-ImagesCarousel DnnModule-416"><a
    …   name="416"></a><div id="dnn_ctr416_ContentPane"><!-- Start_Module_416 --><div
    …   id="dnn_ctr416_ModuleContent" class="DNNModuleContent ModImagesCarouselC">
28129
28130
28131
28132  <div class="bottomSliderContainer">
28133      <!-- banner content -->
28134      <div style="width: 970px; overflow: hidden; height: 157px;" class="ui-carousel"
    …   id="carousel">
28135  <div class="item" style="width: 270px; height: 250px;">
28136  <div class="headline orange">
28137  <a target="_blank" href="/medical-services/breast-health-and-womens-center">Breast
    …   Health</a>
28138  <span>B</span>
28139  <img alt=""
    …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
    …   WomenBreastHealthMammogram.jpg" />
28140  </div>
28141  <div class="bodyContent">
28142  Breast Health<br />
28143  <a href="/medical-services/breast-health-and-womens-center" class="learnMore">Learn
    …   More &gt;</a>
28144  </div>
28145  </div>
28146  <div class="item">
28147  <div class="headline blue">
28148  <a target="_blank" href="/Medical-Services/Cancer/Siteman-Cancer-Center">Siteman
    …   Cancer Center</a>
28149  <span>S</span>
28150  <img alt=""
    …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
    …   SitemanCancer.jpg" />
28151  </div>
28152  <div class="bodyContent">
28153  Siteman Cancer Center<br />
28154  <a href="/Medical-Services/Cancer/Siteman-Cancer-Center" class="learnMore">Learn More
    …   &gt;</a>
28155  </div>
28156  </div>
28157  <div class="item">
28158  <div class="headline green">
```

```
28159  <a target="_blank" href="/medical-services/cardiology-center">Cardiology Center</a>
28160  <span>C</span>
28161  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   CardiologyHeartVascular.jpg" />
28162  </div>
28163  <div class="bodyContent">
28164  Cardiology Center<br />
28165  <a href="/medical-services/cardiology-center" class="learnMore">Learn More &gt;</a>
28166  </div>
28167  </div>
28168  <div class="item">
28169  <div class="headline orange">
28170  <a target="_blank" href="/medical-services/imaging">Imaging</a>
28171  <span>I</span>
28172  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   ImagingCTScanMRIMammogram.jpg" />
28173  </div>
28174  <div class="bodyContent">
28175  Imaging<br />
28176  <a href="/medical-services/imaging" class="learnMore">Learn More &gt;</a>
28177  </div>
28178  </div>
28179  <div class="item">
28180  <div class="headline blue">
28181  <a target="_blank" href="/medical-services/orthopedics">Orthopedics</a>
28182  <span>O</span>
28183  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   OrthopedicsRehabSpineHipKnee.jpg" />
28184  </div>
28185  <div class="bodyContent">
28186  Orthopedics<br />
28187  <a href="/medical-services/orthopedics" class="learnMore">Learn More &gt;</a>
28188  </div>
28189  </div>
28190  <div class="item">
28191  <div class="headline green">
28192  <a target="_blank" href="/medical-services/surgery-services">Surgery</a>
28193  <span>S</span>
28194  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-Surgery.
   …   jpg" />
28195  </div>
28196  <div class="bodyContent">
28197  Surgery<br />
28198  <a href="/medical-services/surgery-services" class="learnMore">Learn More &gt;</a>
28199  </div>
28200  </div>
28201  <div class="item">
28202  <div class="headline orange">
28203  <a target="_blank" href="/medical-services">Medical Services</a>
28204  <span>M</span>
28205  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   MedicalServicesDefault.jpg" />
28206  </div>
28207  <div class="bodyContent">
28208  Medical Services<br />
28209  <a href="/medical-services" class="learnMore">Learn More &gt;</a>
28210  </div>
28211  </div>
28212  </div>
28213      <a href="#" id="ui-carousel-next">
28214          <img src="/desktopmodules/imagescarousel/images/carousel-arrow-right.png"
   …   alt=""></a>
28215      <a href="#" id="ui-carousel-prev">
```

```
28216    <img src="/desktopmodules/ImagesCarousel/Images/carousel-arrow-left.png"
  …  alt=""></a>
28217    </div>
28218
28219
28220    <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.core.js"
  …  type="text/javascript"></script>
28221    <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.widget.js"
  …  type="text/javascript"></script>
28222    <!--CDF(Css|/DesktopModules/ImagesCarousel/css/ImagesCarousel.css?cdv=43)-->
28223    <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.rcarousel.js"
  …  type="text/javascript"></script>
28224    <script src="/DesktopModules/ImagesCarousel/js/script.js"
  …  type="text/javascript"></script>
28225
28226    </div><!-- End_Module_416 --></div>
28227    </div></div>
28228            </div>
28229        </div>
28230
28231    <!-- Bottom Left and Right Pane -->
28232    <div class="row-content h_mainbottompane">
28233        <div class="container">
28234            <div id="dnn_BottomLeftPane" class="h_bottomleftpane float-left">
28235                <div class="DnnModule DnnModule-DNN_HTML DnnModule-420"><a
  …  name="420"></a><div id="dnn_ctr420_ContentPane"><!-- Start_Module_420 --><div
  …  id="dnn_ctr420_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
28236        <div id="dnn_ctr420_HtmlModule_lblContent" class="Normal">
28237        <div class="h_bottomleftpane_content"><img alt=""
  …  src="/portals/0/Images/BarnesJewishStPetersHospital-FindADoctor.jpg" /></div>
28238    </div>
28239
28240    </div><!-- End_Module_420 --></div>
28241    </div></div>
28242                <div id="dnn_BottomRightPane" class="h_bottomrightpane float-right">
28243                    <div class="DnnModule DnnModule-PhysicianSearch DnnModule-417"><a
  …  name="417"></a><div id="dnn_ctr417_ContentPane"><!-- Start_Module_417 --><div
  …  id="dnn_ctr417_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
28244
28245
28246
28247
28248
28249
28250    <link type="text/css"
  …  href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
  …  rel="stylesheet" />
28251    <link type="text/css"
  …  href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
  …  rel="stylesheet" />
28252    <link type="text/css"
  …  href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
  …  />
28253
28254    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
  …  rel="stylesheet" />
28255    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
  …  rel="stylesheet" />
28256
28257    <script
  …  src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-Il2YFs1k-
  …  AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
28258
28259    <!-- Add fancyBox -->
28260    <link rel="stylesheet"
  …  href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
  …  type="text/css" media="screen" />
28261    <script type="text/javascript"
```

```
28261…    src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
…         script>

28262
28263     <span id="dnn_ctr417_View_lblError" style="color:Red;font-weight:bold;"></span>
28264
28265
28266
28267
28268     <div class="physician-search physician-info-group">
28269         <div class="physicianInfoGroup">
28270             <div class="physicianInfoWrap">
28271                 <div class="box-heading physicianInfoBar visible-xs hidden">
28272                     <h4 class="box-title-1">
28273                         <a href="#physicianInfoPanel">
28274                             <span class="barspan"><span
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find A
…         Doctor</span></span>
28275                             <span class="baricon icon-accordion-closed"></span>
28276                         </a>
28277                     </h4>
28278                 </div>
28279                 <div id="physicianInfoPanel" class="box">
28280                     <div class="box-inner">
28281                         <h2 class="hidden-xs">
28282                             <span
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find A
…         Doctor</span></h2>
28283                         <div class="boxRow">
28284                             <div class="col-md-6 col-sm-6 boxLeft">
28285                                 <div class="boxLeftWrap">
28286                                     <div class="boxLeftTop">
28287                                         <h4>Search By Last Name</h4>
28288                                         <div class="input-group">
28289                                             <!-- 2013.2.717.40 --><span
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
…         RadInput RadInput_Default" style="width:100%;"><input
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"
…         name="dnn$ctr417$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
…         riEmpty searchInput" value="Search..." type="text" /><input
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
…         name="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
…         /></span>
28290                                             <div class="input-group-btn">
28291                                                 <input type="submit" class="btn
…         btn-search" value="Go"
…         onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
28292                                             </div>
28293                                         </div>
28294                                     </div>
28295                                     <div class="boxLeftBot">
28296                                         <h4>Browse by Specialty</h4>
28297                                         <div class="selectWrap">
28298                                             <select
…         name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhyscianSpecialty"
…         id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
…         class="physicianSpecialty">
28299             <option value="">Choose a Specialty</option>
28300             <option value="ALLE">Allergy</option>
28301             <option value="ANEST">Anesthesiology</option>
28302             <option value="EP">Cardiac Electrophysiology</option>
28303             <option value="CTS">Cardiothoracic Surgery</option>
28304             <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
28305             <option value="CARD">Cardiovascular Disease</option>
28306             <option value="COLRE">Colon &amp; Rectal Surgery</option>
28307             <option value="CCARE">Critical Care</option>
28308             <option value="DERM">Dermatology</option>
28309             <option value="ELECT">Electrodiagnostic Medicine</option>
28310             <option value="EMERG">Emergency Medicine</option>
```

```
28311              <option value="PERMD">Emergency Medicine-Pediatric</option>
28312              <option value="ENDO">Endocrinology</option>
28313              <option value="FP">Family Practice</option>
28314              <option value="GAST">Gastroenterology</option>
28315              <option value="GPSYC">Geriatric Psychiatry</option>
28316              <option value="GERI">Geriatrics</option>
28317              <option value="GYONC">Gynecologic Oncology</option>
28318              <option value="GYN">Gynecology</option>
28319              <option value="HANSR">Hand Surgery</option>
28320              <option value="HEMA">Hematology</option>
28321              <option value="HEPA">Hepatology/Liver</option>
28322              <option value="PHOSP">Hospitalist-Pediatric</option>
28323              <option value="IMMU">Immunology</option>
28324              <option value="INF">Infectious Disease</option>
28325              <option value="MEDI">Internal Medicine</option>
28326              <option value="INVCA">Interventional Cardiology</option>
28327              <option value="INVRA">Interventional Radiology</option>
28328              <option value="PINT">Interventional Radiology-Pedi</option>
28329              <option value="MATFE">Maternal-Fetal Medicine</option>
28330              <option value="MAXIL">Maxillofacial Surgery</option>
28331              <option value="NEONA">Neonatal-Perinatal Medicine</option>
28332              <option value="RENAL">Nephrology/Renal</option>
28333              <option value="NEURO">Neurology</option>
28334              <option value="NPHYS">Neurophysiology</option>
28335              <option value="NSURG">Neurosurgery</option>
28336              <option value="OB">Obstetrics</option>
28337              <option value="ONC">Oncology</option>
28338              <option value="OPHT">Ophthalmology</option>
28339              <option value="ORAL">Oral Surgery</option>
28340              <option value="ORTH">Orthopedic Surgery</option>
28341              <option value="PORTH">Orthopedics-Pediatric</option>
28342              <option value="OTOL">Otolaryngology</option>
28343              <option value="PNMGM">Pain Management</option>
28344              <option value="PEDI">Pediatrics</option>
28345              <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
28346              <option value="PLAS">Plastic/Reconstructive Surgery</option>
28347              <option value="PODI">Podiatry</option>
28348              <option value="PSYC">Psychiatry</option>
28349              <option value="PULM">Pulmonology</option>
28350              <option value="RADON">Radiation Oncology</option>
28351              <option value="RAD">Radiology</option>
28352              <option value="REHAB">Rehabilitation/Physiatry</option>
28353              <option value="RHEU">Rheumatology</option>
28354              <option value="SLEEP">Sleep Medicine</option>
28355              <option value="SPRTM">Sports Medicine</option>
28356              <option value="GSURG">Surgery (General)</option>
28357              <option value="UROL">Urology</option>
28358              <option value="PUROL">Urology-Pediatric</option>
28359              <option value="VAS">Vascular Surgery</option>
28360              <option value="VASIR">Vascular/InterventionRadiology</option>
28361              <option value="WOUND">Wound Care</option>
28362
28363      </select>
28364                                              </div>
28365                                          </div>
28366                                          <div class="boxLeftBot searchByInsurance"
      style="display: none;">
28367                                              <h4>Select by Insurance</h4>
28368                                              <div class="selectWrap">
28369                                                  <select
      name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhysicianInsurance"
      id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhysicianInsurance"
      class="physicianInsurance">
28370              <option value="">No preference</option>
28371              <option value="Admar">Admar</option>
28372              <option value="Aetna Better Hth--Mo Hlthnet">Aetna Better Hth--Mo
      Hlthnet</option>
28373              <option value="Aetna Choice POS">Aetna Choice POS</option>
```

```
28374        <option value="Aetna Choice POS I &amp; II">Aetna Choice POS I &amp;
…    II</option>
28375        <option value="Aetna Elect Choice EPO">Aetna Elect Choice EPO</option>
28376        <option value="Aetna Health Fund">Aetna Health Fund</option>
28377        <option value="Aetna HMO">Aetna HMO</option>
28378        <option value="Aetna HMO/Open Access">Aetna HMO/Open Access</option>
28379        <option value="Aetna Managed Choice POS">Aetna Managed Choice POS</option>
28380        <option value="Aetna Medicare Open Access HMO/POS">Aetna Medicare Open Access
…    HMO/POS</option>
28381        <option value="Aetna Medicare Plan HMO">Aetna Medicare Plan HMO</option>
28382        <option value="Aetna Medicare Plan PPO">Aetna Medicare Plan PPO</option>
28383        <option value="Aetna Open Access Elect Choice">Aetna Open Access Elect
…    Choice</option>
28384        <option value="Aetna Open Access HMO">Aetna Open Access HMO</option>
28385        <option value="Aetna Open Access Managed Choice">Aetna Open Access Managed
…    Choice</option>
28386        <option value="Aetna Open Access Select">Aetna Open Access Select</option>
28387        <option value="Aetna Open Choice PPO">Aetna Open Choice PPO</option>
28388        <option value="Aetna PPO">Aetna PPO</option>
28389        <option value="Aetna Quality Point of Service">Aetna Quality Point of
…    Service</option>
28390        <option value="Aetna Select">Aetna Select</option>
28391        <option value="Aetna US Access">Aetna US Access</option>
28392        <option value="AetnaNational Advantage Program-NAP">AetnaNational Advantage
…    Program-NAP</option>
28393        <option value="American Health Systems">American Health Systems</option>
28394        <option value="Anthem BCBS Blue Access">Anthem BCBS Blue Access</option>
28395        <option value="Anthem BCBS Blue Access Choice">Anthem BCBS Blue Access
…    Choice</option>
28396        <option value="Anthem BCBS Traditional/Indemnity">Anthem BCBS
…    Traditional/Indemnity</option>
28397        <option value="Anthem Blue Access Federal PPO">Anthem Blue Access Federal
…    PPO</option>
28398        <option value="Anthem Blue Preferred HMO (BOONE)">Anthem Blue Preferred HMO
…    (BOONE)</option>
28399        <option value="Anthem Blue Preferred Options">Anthem Blue Preferred
…    Options</option>
28400        <option value="Anthem Blue Preferred POS (BOONE)">Anthem Blue Preferred POS
…    (BOONE)</option>
28401        <option value="Anthem BlueCard BusinessTraditional">Anthem BlueCard
…    BusinessTraditional</option>
28402        <option value="Anthem PPO(Core/Essential/Direct)">Anthem
…    PPO(Core/Essential/Direct)</option>
28403        <option value="Assurant Health-Aetna Ins. Exchange">Assurant Health-Aetna
…    Ins. Exchange</option>
28404        <option value="Basic Blue PPO">Basic Blue PPO</option>
28405        <option value="Baxter Regional PHO">Baxter Regional PHO</option>
28406        <option value="BCBS of IL HMO">BCBS of IL HMO</option>
28407        <option value="BCBS of IL PPO">BCBS of IL PPO</option>
28408        <option value="BCBS of IL PPO-Blue Card Program">BCBS of IL PPO-Blue Card
…    Program</option>
28409        <option value="BCBS/Anthem(Blue Access Choice PPO">BCBS/Anthem(Blue Access
…    Choice PPO</option>
28410        <option value="BCBS/Anthem(Blue Access PPO)">BCBS/Anthem(Blue Access
…    PPO)</option>
28411        <option value="Beech Street/Capp Care PPO">Beech Street/Capp Care
…    PPO</option>
28412        <option value="Behavioral Health Partners">Behavioral Health
…    Partners</option>
28413        <option value="Best Doctors Inc">Best Doctors Inc</option>
28414        <option value="Blue Cross Harmony">Blue Cross Harmony</option>
28415        <option value="Care Improvement Plus-Mcare Advntg">Care Improvement
…    Plus-Mcare Advntg</option>
28416        <option value="Cigna Behavioral Health">Cigna Behavioral Health</option>
28417        <option value="Cigna HMO/POS/Connect">Cigna HMO/POS/Connect</option>
28418        <option value="Cigna HMO/POS/LocalPlus">Cigna HMO/POS/LocalPlus</option>
28419        <option value="Cigna Network/POS/OA/OAPlus">Cigna
…    Network/POS/OA/OAPlus</option>
```

```
28420          <option value="Cigna Open Access HMO/POS">Cigna Open Access HMO/POS</option>
28421          <option value="Cigna Open Access Plus HMO/POS">Cigna Open Access Plus
…    HMO/POS</option>
28422          <option value="Cigna PPO">Cigna PPO</option>
28423          <option value="Cigna PPO/Open Access Plus">Cigna PPO/Open Access
…    Plus</option>
28424          <option value="CMR (Care Management Resources)">CMR (Care Management
…    Resources)</option>
28425          <option value="CMR (Care Mngmt Resources)ASO">CMR (Care Mngmt
…    Resources)ASO</option>
28426          <option value="Commercial Insurance">Commercial Insurance</option>
28427          <option value="Community Care Network PPO">Community Care Network
…    PPO</option>
28428          <option value="Community Health Network PPO">Community Health Network
…    PPO</option>
28429          <option value="Community Partners Health Plan/PPO">Community Partners Health
…    Plan/PPO</option>
28430          <option value="CorVel PPO">CorVel PPO</option>
28431          <option value="Coventry Advantra HMO (formerlyGHP">Coventry Advantra HMO
…    (formerlyGHP</option>
28432          <option value="Coventry Advantra HMO - Medicare">Coventry Advantra HMO -
…    Medicare</option>
28433          <option value="Coventry Advantra HMO/POS-MCARE">Coventry Advantra
…    HMO/POS-MCARE</option>
28434          <option value="Coventry Advantra PPO - MCARE">Coventry Advantra PPO -
…    MCARE</option>
28435          <option value="Coventry Gold Advantage - MCARE">Coventry Gold Advantage -
…    MCARE</option>
28436          <option value="Coventry Healthcare ASO">Coventry Healthcare ASO</option>
28437          <option value="Coventry Healthcare HMO">Coventry Healthcare HMO</option>
28438          <option value="Coventry Healthcare POS">Coventry Healthcare POS</option>
28439          <option value="Coventry HMO/POS">Coventry HMO/POS</option>
28440          <option value="Coventry HMO/POS (formerly GHP)">Coventry HMO/POS (formerly
…    GHP)</option>
28441          <option value="Coventry One PPO Non-Carelink">Coventry One PPO
…    Non-Carelink</option>
28442          <option value="Coventry PPO/FocusedCare">Coventry PPO/FocusedCare</option>
28443          <option value="Coventry/Coventry One PPO">Coventry/Coventry One PPO</option>
28444          <option value="Decatur Memorial Tertiary/Quarterna">Decatur Memorial
…    Tertiary/Quarterna</option>
28445          <option value="Delta Dental">Delta Dental</option>
28446          <option value="Employee Health System AFL/CIO">Employee Health System
…    AFL/CIO</option>
28447          <option value="Essence Advantage HMO &amp; Plus HMO">Essence Advantage HMO
…    &amp; Plus HMO</option>
28448          <option value="Essence Medicare Advantage &amp; Plus">Essence Medicare
…    Advantage &amp; Plus</option>
28449          <option value="Essence Platinum Specialists">Essence Platinum
…    Specialists</option>
28450          <option value="Essex Dental">Essex Dental</option>
28451          <option value="First Health">First Health</option>
28452          <option value="First Health Coventry">First Health Coventry</option>
28453          <option value="General Health Plan">General Health Plan</option>
28454          <option value="GHP Select PPO">GHP Select PPO</option>
28455          <option value="Great Rivers Network">Great Rivers Network</option>
28456          <option value="Great-West HMO/POS">Great-West HMO/POS</option>
28457          <option value="Great-West Open Access">Great-West Open Access</option>
28458          <option value="Great-West PPO">Great-West PPO</option>
28459          <option value="Hannibal Health Network Tertiary">Hannibal Health Network
…    Tertiary</option>
28460          <option value="Harmony of Illinois IPA">Harmony of Illinois IPA</option>
28461          <option value="Harmony of Illinois Medicaid-MC+">Harmony of Illinois
…    Medicaid-MC+</option>
28462          <option value="Health Alliance Connect IDPA">Health Alliance Connect
…    IDPA</option>
28463          <option value="Health Alliance Connect IPA">Health Alliance Connect
…    IPA</option>
28464          <option value="Health Alliance HMO &amp; PPO">Health Alliance HMO &amp;
```

```
28464…      PPO</option>
28465          <option value="Health Alliance HMO PPO">Health Alliance HMO PPO</option>
28466          <option value="Health Alliance HMO-Mcare Advantage">Health Alliance HMO-Mcare
…      Advantage</option>
28467          <option value="Health Alliance Medicare Advantage">Health Alliance Medicare
…      Advantage</option>
28468          <option value="Healthcare Preferred">Healthcare Preferred</option>
28469          <option value="HealthCare USA (Special Needs Only)">HealthCare USA (Special
…      Needs Only)</option>
28470          <option value="HealthCare USA MC+">HealthCare USA MC+</option>
28471          <option value="HealthCare USA/Aetna Better Health">HealthCare USA/Aetna
…      Better Health</option>
28472          <option value="HealthCare USA/Aetna Better Hth-MCD">HealthCare USA/Aetna
…      Better Hth-MCD</option>
28473          <option value="Healthlink">Healthlink</option>
28474          <option value="Healthlink Open Access/HMO/POS">Healthlink Open
…      Access/HMO/POS</option>
28475          <option value="Healthlink PPO">Healthlink PPO</option>
28476          <option value="HealthNetwork PPO">HealthNetwork PPO</option>
28477          <option value="HFN Inc. PPO">HFN Inc. PPO</option>
28478          <option value="Home State-MC+">Home State-MC+</option>
28479          <option value="Home State-Mo Hlthnet">Home State-Mo Hlthnet</option>
28480          <option value="Humana Choice Care PPO">Humana Choice Care PPO</option>
28481          <option value="Humana Choice/Regional PPO - MCARE">Humana Choice/Regional PPO
…      - MCARE</option>
28482          <option value="Humana Gold Choice PFFS - MCARE">Humana Gold Choice PFFS -
…      MCARE</option>
28483          <option value="Humana Gold Plus HMO - MCARE">Humana Gold Plus HMO -
…      MCARE</option>
28484          <option value="Humana HMO">Humana HMO</option>
28485          <option value="Humana POS - MCARE">Humana POS - MCARE</option>
28486          <option value="Humana PPO">Humana PPO</option>
28487          <option value="Humana PPO/ChoiceCare Network">Humana PPO/ChoiceCare
…      Network</option>
28488          <option value="IDPA Secondary to Medicare">IDPA Secondary to
…      Medicare</option>
28489          <option value="Illinois  Dept of Public Aid-IDPA">Illinois  Dept of Public
…      Aid-IDPA</option>
28490          <option value="Illinois Public Aid/Health Connect">Illinois Public Aid/Health
…      Connect</option>
28491          <option value="IPA Secondary to Medicare">IPA Secondary to Medicare</option>
28492          <option value="Magellen Behavioral Health">Magellen Behavioral
…      Health</option>
28493          <option value="Medco Value Plus">Medco Value Plus</option>
28494          <option value="Medicaid MO--Mo  HealthNet">Medicaid MO--Mo
…      HealthNet</option>
28495          <option value="Medicaid MO/ Missouri HealthNet">Medicaid MO/ Missouri
…      HealthNet</option>
28496          <option value="Medicaid/Missouri HealthNet OB only">Medicaid/Missouri
…      HealthNet OB only</option>
28497          <option value="Medicare">Medicare</option>
28498          <option value="Mercy Health Plan HMO/POS">Mercy Health Plan HMO/POS</option>
28499          <option value="Mercy Health Plan PPO">Mercy Health Plan PPO</option>
28500          <option value="Mercy Medicare (Premier Plus)">Mercy Medicare (Premier
…      Plus)</option>
28501          <option value="MHNet (Mental Health Network)">MHNet (Mental Health
…      Network)</option>
28502          <option value="Missouri Advantage">Missouri Advantage</option>
28503          <option value="Missouri Care--Mo Hlthnet">Missouri Care--Mo Hlthnet</option>
28504          <option value="MO Medicaid Secondary to Medicare">MO Medicaid Secondary to
…      Medicare</option>
28505          <option value="Molina Healthcare Illinois Medicaid">Molina Healthcare
…      Illinois Medicaid</option>
28506          <option value="Molina Healthcare MC+">Molina Healthcare MC+</option>
28507          <option value="Molina Healthcare of Illinois (IPA)">Molina Healthcare of
…      Illinois (IPA)</option>
28508          <option value="MultiPlan PPO">MultiPlan PPO</option>
28509          <option value="National Hospital Network">National Hospital Network</option>
```

```
28510        <option value="NetHealth Services Inc. PPO">NetHealth Services Inc.
...    PPO</option>
28511        <option value="Personal Care Health Mgmt HMO">Personal Care Health Mgmt
...    HMO</option>
28512        <option value="Personal Care Health Mgmt PPO/POS">Personal Care Health Mgmt
...    PPO/POS</option>
28513        <option value="PPO Next/HealthStar">PPO Next/HealthStar</option>
28514        <option value="Preferred Care of KC/Blue Cross KC">Preferred Care of KC/Blue
...    Cross KC</option>
28515        <option value="Preferred Plan of MO PPO/Takecare">Preferred Plan of MO
...    PPO/Takecare</option>
28516        <option value="Primary Care Network">Primary Care Network</option>
28517        <option value="Primrose Tertiary/Quarternary">Primrose
...    Tertiary/Quarternary</option>
28518        <option value="Principal HealthCare PPO">Principal HealthCare PPO</option>
28519        <option value="Principal Hlth Care of KC">Principal Hlth Care of KC</option>
28520        <option value="Priv Hlthcare Syst./Land of Lincoln">Priv Hlthcare Syst./Land
...    of Lincoln</option>
28521        <option value="Private Health Care Systems PPO">Private Health Care Systems
...    PPO</option>
28522        <option value="ProAmerica PPO">ProAmerica PPO</option>
28523        <option value="Providers Network of America">Providers Network of
...    America</option>
28524        <option value="Quincy Health Care Management">Quincy Health Care
...    Management</option>
28525        <option value="Scott Air Force Base">Scott Air Force Base</option>
28526        <option value="Self Pay/Uninsured">Self Pay/Uninsured</option>
28527        <option value="St. John&#39;s Health System Tertiary">St. John&#39;s Health
...    System Tertiary</option>
28528        <option value="Tricare West">Tricare West</option>
28529        <option value="Tricare/Triwest  Prime HMO/POS">Tricare/Triwest  Prime
...    HMO/POS</option>
28530        <option value="Tricare/Triwest Extra PPO">Tricare/Triwest Extra PPO</option>
28531        <option value="Tricare/Triwest Standard/ Extra PPO">Tricare/Triwest Standard/
...    Extra PPO</option>
28532        <option value="Triwest (Boone Hospital)">Triwest (Boone Hospital)</option>
28533        <option value="UHC/AARP MCARE Complete Choice PPO">UHC/AARP MCARE Complete
...    Choice PPO</option>
28534        <option value="UHC/AARP MCARE Complete HMO">UHC/AARP MCARE Complete
...    HMO</option>
28535        <option value="UHC/AARP MCARE Complete Plus POS">UHC/AARP MCARE Complete Plus
...    POS</option>
28536        <option value="UHC/AARP MCARE CompleteEssen. HMO">UHC/AARP MCARE
...    CompleteEssen. HMO</option>
28537        <option value="UHC/AARP MCARE Dual Complete">UHC/AARP MCARE Dual
...    Complete</option>
28538        <option value="UHC/AARP MCARE NPPO">UHC/AARP MCARE NPPO</option>
28539        <option value="Uninsured">Uninsured</option>
28540        <option value="Union Pacific RR Emp. Health System">Union Pacific RR Emp.
...    Health System</option>
28541        <option value="United Behavioral Health Inc">United Behavioral Health
...    Inc</option>
28542        <option value="United HC MCARE Complete HMO">United HC MCARE Complete
...    HMO</option>
28543        <option value="United Healthcare Choice/Choice+">United Healthcare
...    Choice/Choice+</option>
28544        <option value="United Healthcare National PPO">United Healthcare National
...    PPO</option>
28545        <option value="United Healthcare PPO/ Options">United Healthcare PPO/
...    Options</option>
28546        <option value="United Healthcare Select/Select+POS">United Healthcare
...    Select/Select+POS</option>
28547        <option value="United Hlthcare Choice/Plus/Navigat">United Hlthcare
...    Choice/Plus/Navigat</option>
28548        <option value="United Hlthcare MCAREComplete AARP">United Hlthcare
...    MCAREComplete AARP</option>
28549        <option value="United Hlthcare Select/Plus/Compass">United Hlthcare
...    Select/Plus/Compass</option>
```

```
28550          <option value="United Payors &amp; Provider">United Payors &amp;
        Provider</option>
28551          <option value="USA Managed Care Org">USA Managed Care Org</option>
28552          <option value="Value Options EAP">Value Options EAP</option>
28553          <option value="Verify insurance with office">Verify insurance with
        office</option>
28554          <option value="Wellborn HMO">Wellborn HMO</option>
28555          <option value="Worker&#39;s Compensation">Worker&#39;s Compensation</option>
28556
28557      </select>
28558                                  </div>
28559                              </div>
28560                          </div>
28561                      </div>
28562                      <div class="col-md-6 col-sm-6 boxRight">
28563                          <h4>Browse by Letter</h4>
28564                          <div class="selectWrap visible-xs">
28565                              <select
        name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlSearchLetter"
        id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
        visible-xs">
28566          <option value="">Choose by letter</option>
28567          <option value="A">A</option>
28568          <option value="B">B</option>
28569          <option value="C">C</option>
28570          <option value="D">D</option>
28571          <option value="E">E</option>
28572          <option value="F">F</option>
28573          <option value="G">G</option>
28574          <option value="H">H</option>
28575          <option value="I">I</option>
28576          <option value="J">J</option>
28577          <option value="K">K</option>
28578          <option value="L">L</option>
28579          <option value="M">M</option>
28580          <option value="N">N</option>
28581          <option value="O">O</option>
28582          <option value="P">P</option>
28583          <option value="Q">Q</option>
28584          <option value="R">R</option>
28585          <option value="S">S</option>
28586          <option value="T">T</option>
28587          <option value="U">U</option>
28588          <option value="V">V</option>
28589          <option value="W">W</option>
28590          <option value="X">X</option>
28591          <option value="Y">Y</option>
28592          <option value="Z">Z</option>
28593
28594      </select>
28595                                  </div>
28596                      <div class="alphabet hidden-xs">
28597                          <div
        id="dnn_ctr417_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
28598          <a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=A">A</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=B">B</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=C">C</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=D">D</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=E">E</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=F">F</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=G">G</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=H">H</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=I">I</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=J">J</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=K">K</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=L">L</a><a class="letter"
        href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=M">M</a><a class="letter"
```

```
28598…  href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=N">N</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=O">O</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=P">P</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Q">Q</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=R">R</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=S">S</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=T">T</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=U">U</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=V">V</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=W">W</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=X">X</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Y">Y</a><a class="letter"
  …    href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Z">Z</a>
28599         </div>
28600                              </div>
28601                          </div>
28602                      </div>
28603                  </div>
28604              <div class="boxmore">
28605                  <a id="dnn_ctr417_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
  href="http://www.bjsph.org/Find-A-Doctor">
28606                      More Search Options <span
  … class="icon-arrow-right-generic"></span></a>
28607                  </a>
28608              </div>
28609          </div>
28610      </div>
28611  </div>
28612 </div>
28613
28614
28615
28616      <script type="text/javascript">
28617          function btnSearch_OnClientClicking(sender, eventArgs) {
28618              cboName = $find(cboNameID);
28619              cboSpecialty = $find(cboSpecialtyID);
28620              cboInsurance = $find(cboInsuranceID);
28621              cboLanguage = $find(cboLanguageID);
28622              cboGender = $find(cboGenderID);
28623              cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
28624              txtZipCode = $find(txtZipCodeID);
28625
28626              var name = cboName.get_text();
28627              var specialty = cboSpecialty.get_text();
28628              var insurance = cboInsurance.get_text();
28629              var language = cboLanguage.get_text();
28630              var gender = cboGender.get_text();
28631              var locatedWithin = cboDoctorLocatedWithin.get_text();
28632              var zipCode = txtZipCode.get_value();
28633
28634              if (zipCode != "" && locatedWithin != "") {
28635                  PhysicianSearch.geocodingAddress(zipCode, function (results) {
28636                      //console.log(results)
28637                      $(txtHidLatID).val(results[0].geometry.location.lat())
28638                      $(txtHidLngID).val(results[0].geometry.location.lng())
28639                      // Trigger Search
28640                      //eval(btnSearchHandler)
28641                  });
28642
28643                  eventArgs.set_cancel(true);
28644              }
28645
28646          }
28647
28648          function radPhysicianSearchBox_ClientClicked(sender, e) {
28649              var keyCode = e.get_keyCode();
28650              if (keyCode == 13) // Enter
28651              {
```

```
                        sender.blur();
                        PhysicianSearch.searchByPhysicianName();
                    }
                    return false;
                }
            }
        </script>


<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>
<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>

<script type="text/javascript">
    var PhysicianSearchBaseUrl = "http://www.bjsph.org/Find-A-Doctor";
    var PhysicianSearchResultsBaseUrl = "http://www.bjsph.org/Find-A-Doctor/Results";
    var FacilityFilterPosition = '1';

    $(function () {
            PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
    });
</script>
</div><!-- End_Module_417 --></div>
</div></div>
            </div>
        </div>

    <!-- Bottom Left and Right Pane 2 -->
    <div class="row-content">
        <div class="container">
            <div id="dnn_BottomLeftPane2" class="h_bottomleftpane2 float-left">
                <div class="DnnModule DnnModule-HealthNewsFeed DnnModule-422"><a
name="422"></a><div id="dnn_ctr422_ContentPane"><!-- Start_Module_422 --><div
id="dnn_ctr422_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
    <div id="dnn_ctr422_View_divContainer" class="healthNews">
```

```
        <div class="healthInfoGroup">
```

```
<div class="healthInfoWrap">
```

```
28715
28716            <div class="box-heading healthInfoBar visible-xs">
28717               <h4 class="box-title-1">
28718                  <a href="#healthInfoPanel">
28719                     <span class="barspan"><span
      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">FIND HEALTH
      INFORMATION</span></span>
28720                     <span class="baricon icon-accordion-closed"></span>
28721                  </a>
28722               </h4>
28723            </div>
28724            <div id="healthInfoPanel" class="box">
28725               <div class="box-inner">
28726                  <h2 class="hidden-xs"><span
      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">FIND HEALTH
      INFORMATION</span></h2>
28727                  <div class="boxRow">
28728                     <div class="col-md-6 col-sm-6 boxLeft">
28729                        <div class="boxLeftWrap">
28730                           <div class="boxLeftTop">
28731                              <h4><span
      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
      KEYWORD</span></h4>
28732                              <div class="input-group">
28733                                 <span
      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
      RadInput_Default" style="width:100%;"><input
      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox"
      name="dnn$ctr422$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
      riEmpty form-control searchInput" value="Search..." type="text" /><input
      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState"
      name="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
      /></span>
28734                                 <div class="input-group-btn">
28735                                    <input type="submit" class="btn btn-search"
      value="Go" onclick="javascript:showHLSearchResult();return false;" />
28736                                 </div>
28737                              </div>
28738
28739                              <script type="text/javascript">
28740                                 var searchResultBaseUrl =
      'http://www.bjsph.org/Health-Library/Search-Results';
28741                              </script>
28742                           </div>
28743                           <div class="boxLeftBot">
28744                              <h4>Browse by Subject</h4>
28745                              <div class="selectWrap">
28746                                 <select id="ddlHealthTopic" class="form-control">
28747                                    <option value="">Choose a Topic</option>
28748                                    <option value="Asthma">Asthma</option>
28749                                    <option value="Cancer">Cancer</option>
28750                                    <option value="COPD">Chronic Obstructive
      Pulmonary Disease</option>
28751                                    <option value="Diabetes">Diabetes</option>
28752                                    <option value="Heart">Heart Disease</option>
28753                                    <option value="Obesity">Obesity and Bariatric
      Surgery</option>
28754                                    <option value="Ortho">Orthopedics</option>
28755                                    <option value="Pregnancy">Pregnancy &amp;
      Newborns</option>
28756                                 </select>
28757                              </div>
28758                           </div>
28759                        </div>
28760                     </div>
28761                     <div class="col-md-6 col-sm-6 boxRight">
28762                        <h4><span
      id="dnn_ctr422_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">SEARCH BY
```

```
28762…    LETTER</span></h4>
28763                        <div class="selectWrap visible-xs">
28764                          <select id="ddlEncyclopediaAnpha" class="form-control
   …  visible-xs">
28765                              <option>Choose by Letter</option>
28766                              <option>A</option>
28767                              <option>B</option>
28768                              <option>C</option>
28769                              <option>D</option>
28770                              <option>E</option>
28771                              <option>F</option>
28772                              <option>G</option>
28773                              <option>H</option>
28774                              <option>I</option>
28775                              <option>J</option>
28776                              <option>K</option>
28777                              <option>L</option>
28778                              <option>M</option>
28779                              <option>N</option>
28780                              <option>O</option>
28781                              <option>P</option>
28782                              <option>Q</option>
28783                              <option>R</option>
28784                              <option>S</option>
28785                              <option>T</option>
28786                              <option>U</option>
28787                              <option>V</option>
28788                              <option>W</option>
28789                              <option>X</option>
28790                              <option>Y</option>
28791                              <option>Z</option>
28792                          </select>
28793                        </div>
28794                        <div class="alphabet hidden-xs">
28795                          <div
   …  id="dnn_ctr422_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
28796            <a class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=A">A</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=B">B</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=C">C</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=D">D</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=E">E</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=F">F</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=G">G</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=H">H</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=I">I</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=J">J</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=K">K</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=L">L</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=M">M</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=N">N</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=O">O</a><a
   …  class="letter"
   …  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=P">P</a><a
```

```
28796…  class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Q">Q</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=R">R</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=S">S</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=T">T</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=U">U</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=V">V</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=W">W</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=X">X</a><a
   …    class="letter"
   …    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Y">Y</a><a
   …    class="letter" href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
28797          </div>
28798                     </div>
28799                 </div>
28800             </div>
28801         </div>
28802         <div class="boxmore">
28803             <a id="dnn_ctr422_View_ucHealthInfoGroup_lnkHealthLibrary"
   …    href="http://www.bjsph.org/Health-Library">
28804                 Visit The Health Library <span
   …    class="icon-arrow-right-generic"></span>
28805             </a>
28806         </div>
28807     </div>
28808 </div>
28809
28810 <script type="text/javascript">
28811     var GetHealthTopicBaseUrl =
   …    'http://www.bjsph.org/Health-Library/Get-Health-Topic';
28812     var EncyclopediaBaseUrl = 'http://www.bjsph.org/Health-Library/Encyclopedia';
28813 </script>
28814         </div>
28815
28816
28817
28818 </div>
28819
28820 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
   …    rel="stylesheet" />
28821 <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
   …    rel="stylesheet" />
28822
28823 <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
28824 <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
28825
28826 <script type="text/javascript">
28827     $(function () {
28828         var $container = $('.healthNews');
28829         var $customPageTitle = $("#customPageTitle");
28830
28831         var displayMode = 'HealthInfoGroup';
28832         switch (displayMode) {
28833             case 'ListByTopic':
28834                 $container.find('.rtIn.content').each(function () {
28835                     var title = $(this).attr('title');
28836                     if (typeof title !== 'undefined' && title !== 'undefined') {
28837                         $(this).after('<div class="blurb" style="padding: 0px 0px 0px
   …    15px;">' + title + '</div>');
```

```
28838                              $(this).attr( 'title', '' );
28839                         }
28840                     });
28841
28842                     $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
28843                     break;
28844
28845                 case 'HealthNewsTicker':
28846                     // start the ticker
28847                     var options = {
28848                         titleText: "Health News: <span class='date-string'>" + new
…Date().format("MM.dd.yyyy") + '</span>',
28849                         displayType: "fade"
28850                     };
28851
28852                     $('#js-news').ticker(options);
28853                     break;
28854
28855                 case 'ViewContent':
28856                     var $viewContent = $container.find(".viewContent");
28857                     if ($viewContent.length > 0) {
28858                         var $title = $viewContent.find("#regularTitle");
28859                         if ($title.length > 0) {
28860                             $customPageTitle.append('<h1 class="pageTitle">' +
…$title.text() + '</h1>');
28861                         }
28862                     }
28863                     break;
28864             }
28865         });
28866 </script>
28867 </div><!-- End_Module_422 --></div>
28868 </div></div>
28869                     <div id="dnn_BottomRightPane2" class="h_bottomrightpane2 float-right">
28870                         <div class="DnnModule DnnModule-DNN_HTML DnnModule-431"><a
…name="431"></a><div id="dnn_ctr431_ContentPane"><!-- Start_Module_431 --><div
…id="dnn_ctr431_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
28871     <div id="dnn_ctr431_HtmlModule_lblContent" class="Normal">
28872     <div class="content-block">
28873 <div class="inner">
28874 <div class="grey-headline">
28875 KEY MEDICAL SERVICES
28876 </div>
28877 <ul class="home-key-services">
28878     <li><a href="/Medical-Services/Breast-Health-and-Womens-Center">Breast
…Health</a></li>
28879     <li><a href="/Medical-Services/Cardiology-Center">Cardiology Center</a></li>
28880     <li><a href="/Medical-Services/Diabetes-Services">Diabetes Services</a></li>
28881     <li><a href="/Medical-Services/Imaging">Imaging</a></li>
28882     <li><a href="/medical-services/orthopedics">Orthopedics</a></li>
28883     <li><a href="/Medical-Services/Cancer/Siteman-Cancer-Center">Siteman Cancer
…Center</a></li>
28884     <li><a href="/Medical-Services/surgery-services">Surgery</a></li>
28885     <li class="last learn-more"><a href="/Medical-Services">LEARN MORE</a></li>
28886 </ul>
28887 </div>
28888 </div>
28889 </div>
28890
28891 </div><!-- End_Module_431 --></div>
28892 </div></div>
28893             </div>
28894         </div>
28895
28896         <!-- Bottom Pane -->
28897         <div class="row-content">
28898             <div class="container">
28899                 <div id="dnn_BottomPane" class="h_ContentPane DNNEmptyPane">
```

```
28900                          </div>
28901                      </div>
28902                  </div>
28903
28904
28905
28906          <!-- News Sticker -->
28907
28908
28909          <!-- Footer -->
28910
28911
28912  <!-- Social Media -->
28913  <div class="row11 socialRow hidden-xs">
28914      <div class="container">
28915          <div class="row">
28916              <div class="col-md-12">
28917                  <div class="socialWrap">
28918                      <div>
28919                          <div class="socialCol">
28920                              <a class="hidden-xs icon-google-plus"
    …  href="https://plus.google.com/104092093883110038757/posts" target="_blank"></a>
28921                          </div>
28922                          <div class="socialCol">
28923                              <a class="hidden-xs icon-fb"
    …  href="https://www.facebook.com/BJCStCharlesCounty/" target="_blank"></a>
28924                          </div>
28925                          <div class="socialCol">
28926                              <a class="hidden-xs icon-twitter"
    …  href="https://twitter.com/BJCStCharlesCo" target="_blank"></a>
28927                          </div>
28928
28929                      </div>
28930
28931                  </div>
28932              </div>
28933          </div>
28934      </div>
28935  </div>
28936
28937  <!-- Phone -->
28938  <div class="row-phone footerRow1">
28939      <div class="container">
28940          <div class="row">
28941              <div class="col-md-6 col-sm-6">
28942                  <div class="appointNum">
28943                      <span>Find A Doctor or Make An Appointment: </span>
28944                      <a href="tel:6369289355">636.928.WELL</a>
28945                  </div>
28946              </div>
28947              <div class="col-md-6 col-sm-6">
28948                  <div class="genInfoNum"><span>General Information: </span><span><a
    …  href="tel:6369169000">636.916.9000</a></span></div>
28949              </div>
28950          </div>
28951      </div>
28952  </div>
28953
28954  <!-- Subfooter -->
28955  <div class="row-subfooter footerRow2">
28956      <div class="container">
28957          <div class="row">
28958              <div class="col-md-1"> </div>
28959              <div class="box-group footerGroup col-md-3">
28960                  <div class="footerWrap">
28961                      <div class="box-heading footerBar hidden-lg hidden-md">
28962                          <h4 class="box-title"><a href="#fPanel1"><span
    …  class="barspan">Patient Care</span><span class="baricon
```

Page 752

```
28962…  icon-accordion-closed"></span>  </a></h4>
28963                            </div>
28964                        <div class="box" id="fPanel1">
28965                            <div class="boxcontent">
28966                                <ul>
28967                                    <li class="visible-lg visible-md">
28968                                        <h5><span>Patient Care</span></h5>
28969                                    </li>
28970                                    <li><a href="/Find-A-Doctor">Find A Doctor</a></li>
28971                                    <li><a
      href="/Patients-and-Visitors/Request-An-Appointment">Request an Appointment</a></li>
28972                                    <li><a href="/medical-services">Medical
…     Services</a></li>
28973                                    <li><a href="/patients-visitors">Patient and Visitor
…     Information</a></li>
28974                                </ul>
28975                            </div>
28976                        </div>
28977                    </div>
28978                </div>
28979            <div class="box-group footerGroup col-md-4">
28980                <div class="footerWrap">
28981                    <div class="box-heading footerBar hidden-lg hidden-md">
28982                        <h4 class="box-title"><a href="#fPanel2"><span
…     class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…     </a></h4>
28983                    </div>
28984                        <div class="box" id="fPanel2">
28985                            <div class="boxcontent">
28986                                <ul>
28987                                    <li class="visible-lg visible-md">
28988                                        <h5><a href="/about"><span>About
…     Us</span></a></h5>
28989                                    </li>
28990                                    <li><a href="/About/Annual-Report">Annual
…     Report</a></li>
28991                                    <li><a href="/About/Awards-and-Recognitions">Awards
…     and Recognitions</a></li>
28992                                    <li><a href="/About-Us/Community-Benefit">Community
…     Benefit</a></li>
28993                                    <li><a
…     href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
…     Assessment</a></li>
28994                                    <li><a
…     href="/About/Important-Information-for-BJC-Vendors">Important Information for BJC
…     Vendors</a></li>
28995                                    <li><a href="http://www.progresswest.org/"
…     target="_blank">Progress West Hospital</a></li>
28996                                    <li><a href="/about">More</a></li>
28997                                </ul>
28998                            </div>
28999                        </div>
29000                    </div>
29001            <div class="box-group footerGroup col-md-4">
29002                <div class="footerWrap">
29003                    <div class="box-heading footerBar hidden-lg hidden-md">
29004                        <h4 class="box-title"><a href="#fPanel3"><span
…     class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…     </a></h4>
29005                    </div>
29006                        <div class="box" id="fPanel3">
29007                            <div class="boxcontent">
29008                                <ul>
29009                                    <li class="visible-lg visible-md">
29010                                        <h5><a href="http://www.bjc.org/Jobs"
…     target="_blank"><span>Careers</span></a></h5>
29011                                    </li>
29012
```

```
29013              <li><a
    … href="http://www.bjc.org/Jobs/Join-Us-BJC-Talent-Network" target="_blank">BJC Talent
    Network</a></li>
29014                              <li><a
    … href="http://www.bjc.org/Jobs/Recruitment-Events" target="_blank">Recruitment
    … Events</a></li>
29015                              <li><a href="http://www.bjctotalrewards.org"
    … target="_blank">Benefits</a></li>
29016                              <li><a
    … href="http://www.bjc.org/Jobs/Getting-Hired-BJC-HealthCare#faq"
    target="_blank">FAQs</a></li>
29017                          </ul>
29018                      </div>
29019                  </div>
29020              </div>
29021          </div>
29022
29023          </div>
29024      </div>
29025 </div>
29026
29027 <!-- Footer -->
29028 <div class="row-footer copyRow">
29029      <div class="container">
29030          <div class="row copyWrap">
29031              <div class="col-md-12">
29032                  <div class="footerLogoWrap">
29033                      <a href="/">
29034                          <img width="100%" alt=""
    … src="/Portals/0/Skins/BJSPH/images/logo-bottom.jpg" /></a>
29035                  </div>
29036
29037                  <footer>
29038                      <div class="col-md-12 col-sm-12 col-xs-12 addresses">
29039                          <address>
29040                              Barnes-Jewish St. Peters Hospital<br>
29041                              10 Hospital Drive<br>
29042                              St. Peters, Missouri 63376 USA
29043                          </address>
29044                      </div>
29045
29046                      <div class="copyright">
29047                          <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
    class="copyRight">Copyright &copy; 1997 - 2016 BJC HealthCare. All Rights
    Reserved.</span>
29048
29049                      </div>
29050                  </footer>
29051              </div>
29052          </div>
29053      </div>
29054 </div>
29055
29056
29057 <div class="row-sitemap sitemapRow">
29058      <div class="container">
29059          <div class="row">
29060              <div class="col-md-12">
29061                  <ul class="sitemapMenu">
29062                      <li><a href="/">Home</a></li>
29063                      <li>|</li>
29064                      <li><a href="/our-policies">Our Policies</a></li>
29065                      <li>|</li>
29066                      <li><a
    … href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
    target="_blank">Patient Privacy</a></li>
29067                      <li>|</li>
29068                      <li><a href="/sitemap">Sitemap</a></li>
```

```
29069                          </ul></li>
29070                          <li><a href="/Patients-Visitors/Financial-Assistance">Financial
      Assistance</a></li>
29071                          <li>|</li>
29072                          <li><a href="/About/Joint-Commission">Joint Commission</a></li>
29073                          <li>|</li>
29074                          <li><a href="/About/Quality-Report">Quality Reports</a></li>
29075                          <li>|</li>
29076                          <li><a href="/contact-us">Contact Us</a></li>
29077                          <li>|</li>
29078                          <li><a
      href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
      Assessment</a></li>
29079                      </ul>
29080                  </div>
29081              </div>
29082          </div>
29083  </div>
29084  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
      Top</span><span class="icon-arrow-back_to_top"></span></a>
29085
29086
29087  <div class="row-bjc-healthcare">
29088      <div class="container">
29089          <div class="row">
29090              <div class="col-md-12">
29091          <a href="http://www.bjc.org" target="_blank"><img
      src="/Portals/0/Skins/BJSPH/images/BJC_HealthCare_REV_16.png" width="220" alt=""
      /></a>
29092                  </div></div>
29093          </div>
29094  </div>
29095
29096
29097  </div>
29098
29099  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/bootstrap.css?cdv=43)-->
29100  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/bootstrap-theme.css?cdv=43)-->
29101  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/all.css?cdv=43)-->
29102  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/desktop.css?cdv=43)-->
29103  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/tablet.css?cdv=43)-->
29104  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/mobile.css?cdv=43)-->
29105  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/jquery.fancybox.css?cdv=43)-->
29106  <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/bootstrap.js?cdv=43)-->
29107  <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/jquery.fancybox.js?cdv=43)-->
29108  <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/global.js?cdv=43)-->
29109  <!--CDF(Css|/Portals/0/Skins/BJSPH/css/dnn-admin.css?cdv=43)-->
29110
29111
29112          <input name="ScrollTop" type="hidden" id="ScrollTop" />
29113          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
      autocomplete="off" />
29114
29115
29116  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
      ></script>
29117  <script type="text/javascript">
29118  //<![CDATA[
29119  ;(function() {
29120                          function loadHandler() {
29121                              var hf = $get('StylesheetManager_TSSM');
29122                              if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
      ''; }
29123                              hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
      Culture=neutral,
      PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
      c73cf106';
29124                              Sys.Application.remove_load(loadHandler);
```

```
29125                                  }}
29126                          Sys.Application.add_load(loadHandler);
29127                     })();Sys.Application.add_init(function() {
29128         $create(Telerik.Web.UI.RadTextBox,
      {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
      _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr417$View$
      ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
      0)","_skin":"Default","_validationText":"","clientStateFieldID":"
      dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
      ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
      searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
      searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
      searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
      searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
      searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
      searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
      {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
      $get("dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"));
29129 });
29130 Sys.Application.add_init(function() {
29131     $create(Telerik.Web.UI.RadTextBox,
      {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
      _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr422$View$
      ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
      0)","_skin":"Default","_validationText":"","clientStateFieldID":"
      dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
      ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
      form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
      form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
      form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
      form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
      form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
      form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
      form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
      $get("dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox"));
29132 });
29133 //]]>
29134 </script>
29135 </form>
29136
29137
29138 </body>
29139 </html>
29140 ****************************************************
29141 The following data is from bjsph_org-source-20160728.txt
29142 ****************************************************
29143 <!DOCTYPE html>
29144
29145 <html  lang="en-US">
29146
29147 <head id="Head">
29148
29149 <!--********************************************-->
29150
29151 <!-- DNN Platform - http://www.dnnsoftware.com   -->
29152
29153 <!-- Copyright (c) 2002-2014, by DNN Corporation -->
29154
29155 <!--********************************************-->
29156
29157 <link
      href="http://fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
      700italic,800italic,400,300,600,700,800" rel="stylesheet" type="text/css" /><meta
      content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport" /><meta
      http-equiv="X-UA-Compatible" content="IE=edge" /><meta content="text/html;
      charset=UTF-8" http-equiv="Content-Type" /><title>
29158
29159     Home | Barnes-Jewish St. Peters Hospital
```

```
29160
29161   </title><meta id="MetaDescription" name="DESCRIPTION" content="An award winning,
...     acute-care hospital with a direct link to the medical experts at St. Louis Children's
...     Hospital, Washington University School of Medicine in St. Louis, and Barnes-Jewish
...     Hospital." /><meta id="MetaKeywords" name="KEYWORDS" content=",DotNetNuke,DNN
...     /><meta id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta
...     id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" /><link
...     href="/Portals/_default/default.css?cdv=42" media="all" type="text/css"
...     rel="stylesheet"/><link href="/DesktopModules/HealthNewsFeed/module.css?cdv=42"
...     media="all" type="text/css" rel="stylesheet"/><link
...     href="/DesktopModules/ResponsiveRotator/module.css?cdv=42" media="all"
...     type="text/css" rel="stylesheet"/><link
...     href="/DesktopModules/PhysicianSearch/module.css?cdv=42" media="all" type="text/css"
...     rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/bootstrap.css?cdv=42"
...     media="all" type="text/css" rel="stylesheet"/><link
...     href="/Portals/0/Skins/BJSPH/css/bootstrap-theme.css?cdv=42" media="all"
...     type="text/css" rel="stylesheet"/><link
...     href="/Portals/0/Skins/BJSPH/css/all.css?cdv=42" media="all" type="text/css"
...     rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/desktop.css?cdv=42"
...     media="all" type="text/css" rel="stylesheet"/><link
...     href="/Portals/0/Skins/BJSPH/css/tablet.css?cdv=42" media="all" type="text/css"
...     rel="stylesheet"/><link href="/Portals/0/Skins/BJSPH/css/mobile.css?cdv=42"
...     media="all" type="text/css" rel="stylesheet"/><link
...     href="/Portals/0/Skins/BJSPH/css/jquery.fancybox.css?cdv=42" media="all"
...     type="text/css" rel="stylesheet"/><link
...     href="/Portals/0/Skins/BJSPH/css/dnn-admin.css?cdv=42" media="all" type="text/css"
...     rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=42" media="all"
...     type="text/css" rel="stylesheet"/><link
...     href="/DesktopModules/ImagesCarousel/css/ImagesCarousel.css?cdv=42" media="all"
...     type="text/css" rel="stylesheet"/><script
...     src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=42"
...     type="text/javascript"></script><script
...     src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=42"
...     type="text/javascript"></script><script
...     src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=42"
...     type="text/javascript"></script>
29162
29163
29164
29165      <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
...     -->
29166
29167      <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
29168
29169      <!--[if lt IE 9]>
29170
29171          <script
...     src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
29172
29173          <script
...     src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
29174
29175      <![endif]-->
29176
29177      <!--[if lt IE 9]>
29178
29179          <script
...     src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
...     script>
29180
29181      <![endif]-->
29182
29183
29184
29185      <script type="text/javascript"
...     src="/portals/0/skins/BJSPH/js/http.redirect.js"></script>
29186
29187      <script type="text/javascript">
```

```
29188        httpRedirect(['/login', '/login.aspx', '/contact-us/general-inquiries',
29189  '/contact-us/patient-accounts', '/patients-and-visitors/request-an-appointment',
…      '/patients-and-visitors/patient-price-estimate-form/patient-price-estimate-request-
…      form']);
29190
29191        </script>
29192
29193
29194
29195        <!-- Place this tag in your head or just before your close body tag./ Follow
       Google+ -->
29196
29197        <script src="https://apis.google.com/js/platform.js" async defer></script>
29198
29199  <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico' type='image/x-icon' />
29200
29201
29202
29203                  <script type="text/javascript">
29204
29205                  var _gaq = _gaq || [];
29206
29207                  _gaq.push(['_setAccount', 'UA-16488992-20']);
29208
29209                  _gaq.push(['_trackPageview']);
29210
29211
29212
29213
29214
29215                  (function() {
29216
29217                  var ga = document.createElement('script'); ga.type =
…      'text/javascript'; ga.async = true;
29218
29219                  ga.src = ('https:' == document.location.protocol ? 'https://' :
…      'http://') + 'stats.g.doubleclick.net/dc.js';
29220
29221                  var s = document.getElementsByTagName('script')[0];
…      s.parentNode.insertBefore(ga, s);
29222
29223                  })();
29224
29225                  </script>
29226
29227
29228
29229        <link
…      href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
…      3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
…      3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
…      3ac73cf106" type="text/css" rel="stylesheet" /></head>
29230
29231  <body id="Body">
29232
29233        <!-- Facebook -->
29234
29235        <div id="fb-root"></div>
29236
29237        <script>(function (d, s, id) {
29238
29239        var js, fjs = d.getElementsByTagName(s)[0];
29240
29241        if (d.getElementById(id)) return;
29242
29243        js = d.createElement(s); js.id = id;
29244
```

```
29245          js.src =
"//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";

29246
29247          fjs.parentNode.insertBefore(js, fjs);
29248
29249    }(document, 'script', 'facebook-jssdk'));</script>
29250
29251
29252
29253          <form method="post" action="/" id="Form" enctype="multipart/form-data">
29254
29255    <div class="aspNetHidden">
29256
29257    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
...    value="" />
29258
29259    <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
29260
29261    <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
29262
29263    <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
29264
29265    <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

value="BG7SaCrRQUN8GAUsM5XFt6iWJk2GucqeBXUP/Pg6CaNJXx48bMCG1OoTzD78PMNV9tNwIrvSrzadfS
+nHG/
n0jy8CiO4wQmhqdnL5p2rXn4GhSkwy5Pn7GYbkD9TfLfseQm4Ip2MPrTwaK2pjGyT7efVkfETNwhCacEgFBouyn
+xnevCgIAfiFbyUuwfdtlab10mV7zkvRd0IhcCm7aZVpkdjmycDqTaCx1kbh/
Yh6cRQRIie7OOKb0CniiZKCHR8P/3KMTvpVgaStItTPgPTcoL3BaKw/EVF4pMotN5Mtp7kM+
kNmUo5Gni5kYWVABtH9RbC47rYUDxXX6Bb9Q4en901IGaliXmcQw5MblH1MREuUJJ+VKs6FotQ74k/
uq7eKLvoCNm+
sBHANzTYYrbLEhUEr4mMBsa3c99yo5kY8AMWrphzX4gIqVDBB6Wm16RaBY1Ya4xDZSilfziuUVV8I/Wj5GMTe
+PQ3Ac9PElgrhAE9LEHcmFqlICSNG0xJd1srcXWn1f4S7we07rtIH2W8+T/KESfBU/2BQ2sNyvP+
21K0YSK1NncjQ0Mw1eUDNNIeL/+dxC/8QQCv2cJiiX1Fr2/N/oTYTjLIX/
mBKpcWGMtNODaBI85nN4TVQCyNmemTcejRAbNoe+I23plIrYbWhKZptHKOJBlvVliiZzunfk7/hkuDcEL/
LCPLZ4Nog2AGXCbIyXIkd641Mijygs5Ge8N5pwu5sAFAt299rn7Z4UVt5QZgICOaetprEDn2oGd5BS80LqIEd
7CMdEzktTfIKKiknNGNFua7AjOaLBd2OF3xtXoPtlY9m8jOVhIPQ5IK2EIjPnJ7P3ftsEOROsrVQOfu4mKRz/
nPJMve/d9cywezv2Ujdfejv/M4g4yxbeiQHoawUg+
PgdbS4MicB4Ubxwq1SwcY3IxyrPMUi3IaZoZhKVaXAAM8Nzs0lPQjxDHtPZHHz3L2H3Y3fGJZBIlwJjerRpPd
yXKHZGbvSniw9Slk5vnAGAdcM8LvDjOysPJr5VZs4H4vpjb9+DrW76cu3l6lvIw0N8jPCv3V3k9cAlvYsC/
bUF+Y+h5UPAPCj84TXSx13FbBQ2V0Q3tLkmp2RBxNf47/
rDxcEktGd9J1rrRN8UqmrEuEiiqgMlkW6UIyMRexVffFBDqaBf+
I4AbH5AVuJf5W893yUZH1UsUeFzbaWqdv1Rex9KRRQgh2VMNZM0Pn3va3BNnaqNdZYlAZ9NE3J5hRzY7FP4kV
sMrfAz5b1CBCsKtf6Lb6NJZz3/1emtUTZYBW/GMBfUXykHm97nECCrGEt9OHPnVpSifzjE7ov0QcQ+
NbHgSJ5rnyDjVKdX2KfTSWWNeb5+VGEKoGIf4EwHhAWlRKyKEBu5y1L55+
JET2gdH3ZM5XfnGJuzdFonZ9opAJAvNwzIVdNh8THNwxbofmxS9VU0xkKwjpNGXE4MQ0qumC1oixqAdLIcOqP
7iCUMK5qWYqjILa2D7HUvza48sRwP1Obx2TJRMY1C0CZtrBzKk0nSFAEI+
P5XmeNeIXErfkuuffHqx0RXnMo05izY7+e5y8x+45z78DEnJIWAJ8yFLw4QS5Zz7QkdEI+
74wk2IgxkaOcuGtBbcuD8VIWNYmQs89T+y9zNu5boCddmVH9+
D3UKujPROwfHVWOeIIRicfSJVdb5VvFRh6spbVL5YGYwBbGGVltQkDIhk9EyRxKsUW6soSvvzhqgTotJW2G0q
OzBna8x/7ntkwcX0GYCWwbJ1xs5APIEAF+
Tndqx1cCahdQ90ZOeXqdPQsoSSKUB1jiOAeX0HGI6vihc1TwUTkUwseQOSks0MVl1ySVV7LmEUZUbeOWxGpyj
jK9+5X3mLmBscii+yMgaJRrK+bWT+AS/RTsc9vH2/tFPYIV8yMyAlokf/SnPlYDQzOsLHn+
Yh7SYFv43zJ2f6KSlYBqeGzYrp30VLTwq3g5FHpWSQWz7vO/jmOSy4qKHpU6zK9XDdIMM44v0LZTe8YzPw/
CNg9vIxQapglynaF7yd3jWiT8APULbjlwWfarP6viLcUJ8UVDCcrwiAoOl6pWiksyoOPud6sa7wnvmdf+
pbVqb0+w3oFc/b+xpGnsYIGDesyc1BQMm/
roQ8jHhfnr011HZCPWGewrHaE8KJ0NiCkNKWYY9Y7advDJW8tpuobJ0RrK7L1/I/DYxg8dn+
H7soo5o0YL4r49+VGO5TIaAR6Mig3y7qGHPWJXYpFUFgaD3RVjN7n+
H3qHUtBNZOx05DgTi9Jj0WVfxraINEQ7IZK62sCfjfzQoVs16G+1WxE7MOa3nrCqiTCb7xLCS1Lk+
giXIaCakK8GM9BqLfgxe3GVGgEH0rT2dK0vaaaRtq/ptVrmZ4ILHT7nkHAiYO99Hio2jeHPbUhXCwUFD40/
DWWiJx1YLb3rzqFbm0EQOY/UmK9mLNtGM/5wiE86KwqBOzacs4cGpBe2I+dnIo182Snj9voJVzIngJndMs34+
R7AVrvzn/WoNVEQrey10myNuPQ8gp4VObBFtp/
oDMRiYD1HIMqCO1mWnxaZAPYsBSxoUHzb5J1W4FJ8yHtcNHAkxZyeqx5RjOAtcXLvJv9Li85AFMpIWKSrNSaw
4LCRc+ZR3qOlbNxjjjZaZlBGjDy8LEH9GUQ/v8IMllhoaHIYsn2/uJA+
iMgeYvgjCcga4sIbWkid9UUfzNMRBnpiHt38na/Hg+
kcPMCL1WDybBgD51a5p5fjA682ePeiz1Bp7p6jWKDZkw8hXx3C3wOkeGm3Qhrbek/
2hF419GTcYBLps041A6HS9vmnH6H/GljEq/Bfbwl29MLn/U991lk3EI2A7E3/qxtjxT0/++z3+
YJWA1u797Yvx0o+E9I111f0ZwZMLGvaLUfdm6JDOQFOY4Xjjmu4TIHSKy3iuIHQzfkldGv0VmjjkGmsFfoI4+
LAnUmClOEap14r1yvzOaIlBjYDlPyFZeIVY7FeXLn09HoZtiZvSiuqf/
```

Page 759

29265... qNU9gdocdcjSrjayQRx5xr4ayLpAe92eUgFuHalohvrtuEol9c8z5aV71e0vE1kbumR4tCFRD+
... AZO5rS3ZzCauAWpl94nmpdhPTZb/Xucvjt12UC0ynJz2wUzQZevK7lhLg++
... 5j3TpLkRoOQYqrnBwmlQn1wVSO6Q1KL8J2hSUiYREm2zevijcYk3eC6gg6QnS8OxlT/
... QsYiM5x0tRwvhxXRPLqkWDikMQB4zhd3gRIMcs28TXvFMeL+b+
... bHVJWNvvHfFsiOufoC95eaDLNTHwYeGQhkJqAlvLDooZvO090ScyuE/x6KojYawETuR+
... EwfYFG8KmJi5JHwdvAZb1uE0Ltk9FiUjlylbnugTeh61BoMSqJDc2t27uMSArAoIQT09ndq1iIclUeU0kbDl3
... BYAFbxbDeVKrXEtC5ra4ed0WsZocHb4g3tBFDKDWe5lD75YJIuzUAmX+
... FYcxikX9gOEhwb5seltKFlWCkHZENKJchF34ZtPrG8dg4za3Og83htjiMWIMLG/
... UQISdka5CwdY13F9XhuJuDgz7JSgsGmK7IjcA1tmA7sShXbJQjbBcI6e0anQypuQlDDsFfCnZPY+
... IybNy7nGG9RrjTltmnROK1ZbNqs57CGRcFdPBaIIe3byAuvbhG7obJ3N3mnVw8QY0P2687NsKj3wnBx1Ui/+
... HB8baaD43ykLsuVetYGuoUdS9h3e4A+JRyNaCMzog47+npaXDJWaXhxALJMq+
... RmtV8iXqULQRom4wbDNGXYYNzAFGE0NEze74QihbYsIkf287QaH2K2p8APU5CTnydCvVbnqkfUxrWotptSUnW
... e+CjNfQ7TWs9MmyHu3djKDJxxVgJyiOEl/cJ9TUR9PS7K33w3Vnak/3ViVizGXEx1ZSyeHyLuxp7a/
... eKV7KPV6YLsVtbR+0r2OcWaKeUI0p+qWgzf557cO95kXDxFh2pyU2mBd3f/4Hv+
... K91Ez9cHzLodDs99t6HJKPxsW6HP52GCHE0tzSCHcXY2BJu+FGtbB86L+POqCTBTJumy3+
... 20i3IuJMHHXF0WKv8dHX0bj8mVX89m0MMcHZvJ/7iSx2Kxh8UrZk3+NpMfg7QKaXY2iXtkoDzwM+
... EOmf94F0QlFDguFx6C9vyb5llrdZ4PB2FP6lZQg0T/
... M6h8Dd4sxYlppjvqNYZcNBFlqqb77d7WyXVtjI4SCIUeQJtDJfOGB1oBbxCLi95rUwSsx4TJQYcv0VH5fdDvz
... R8smf57otb5KrX1s1XSHai8SnLPtflymi+GLmvIe+dVNBspN0qWps2zT1Xd+
... IwFFFNIKoqVTNWhAM9x5JSw5YALBo3Z5F4ICjnuTn4U4X0bBPzH18JJ73m8pIA4Q3eQWiJP9aoGzQum7f+
... jp2dj7V/YQyeU4mNNO19swpta+BI6unNmu1c338/JFKXO9aAKYfV4/PVGcGRGVHBw2h6L1pRqfa+
... s0e3HwUBiVTXcP+RbWOYHYuKovmYY517PKOK/wRORlX31MtDmik7ziSHBYFOmAq9jiDV+BznEMcU4itLB+
... ebLQCaOcvgiVeTu5uyroCwbiIPtX4J/2kYOuPskIIw5jimrJ2MKeRSU1bPrKDSL7+
... VyrHkusW3thsUDZ0ec7u02sCYJa0+jp+y/
... WBRR2tn6vfpe8XweWIHrI7LZXGbECxTevPWBQ9ICkHJyz9RMGXUK/iMwux5/Y+CE2zxYYKiHgPmBPZA/
... G0U8wpBb9QsZkgdlpA4KiCxd0t+0WJnZSiKCAw7k67k/uanqtth2CemqdMqUatQrRsTid/JobaI/
... JnLVXht6QqXngRV26q8auZgysokTpl0VZ2o/0WmLy9jMjaixPRdGTWdLpM2/8CGHlGDr6LSzWB0Rz/clIeGT/
... xgJOl+
... vF6nSatPHyWfUFKhm0jKn2zyvL4ASvh7crbNMao9soqNHckpfoneNiDi7zZj0BBPCoddEP9AJ2GwLi2BRrQWL
... 5b6rXjUIb2NVfaBbGh4oxIBdVyoWTvJL+
... QLChXyDnbNiS48gubKz4m601pmU14oOYdvYglaDiqS72t1KsV7FarOr1AHzKYJ9iCd9d3VDTukUaJmq4Co7MO
... r1zsY9MqnFEIZ/B8aDALAySMS5vHHCf2ETvInGpRZBDG9WwsYlzy455msBzE6rJcdobJjmyu/
... KmL3mDlWx8xd8Zrjp2IyApAP8n4nUhyVu1CikN6ZBXZmr3tv/PGcZMFwPf5b5M7IoGckdrIvC7dPnTUGs+
... LYhYkLVhruC34BNUOLarAEV3K898B3YK02PbF55dL7BZQJlS3dYAF/
... tjU2LwYsaW706ZZhkTN4gkhPMeDM1GdCjcCcr19+Z/
... BOfmDq59UG4MqJKnk49eHLyEACf0aVrwZB0iMB6rXygxxZXmVRigSFwC+
... OTiu6J6LQuQE5tRA1tntPN1DCTeB6OyojOT63aNMqsh7XTPzyniHYV+
... 043GRUyBqzmrmm7Ae4oyW39D6u7EdfmqE3tULDy0j4REiV8WEMAe16+T05T5Op1T51KcIRhazVN6SeA+
... ilY931w2VT/N1ZSWE4M2Lvj0uh0U4wZvqw4Os9ZowJExMTBEpPDtrYgw8kdDSTFClTfAv1Lg/
... eQWRMfmYrzDW2SxMCF7oOBZOA6M5OXe7pqxtkaahou7gOlqvnS/
... lPPqhrRRtC5G9zTP6SWsMLt9g6XGVC1VeyXs1u8Qm+
... O0YDjyUKeICtSgZ23DwFeJ2MuE6EeNVicPYgCjQLByLn5g+
... plCHA15iSNEFQ4KhUYYbYx9rwTiIMXqZhvVWdFbQVyKYSoiSSY8S9LI3ROLe1rRiZPUoAh209RUCGqXqjb+
... CLV7UpYM1p3sZ8Zs6q1BhkhzgOCxqnT3lxsATprLUBNfgndFbdE0js1tPYz9j29nL+
... J0XX6TTtwwo4CcR2FB2XGGXPHnhge9FQ7StM7HDBbfCaWDX9jZK0cvqR5SAhzmYW88YFu6mYFNRY1NOafCKrw
... rr69BXHeQyFSFazpxZdSgjI86iVGw9at6EhtU/ZqnphRqreHgRmVTqT/+
... zjf1HepjpF5K6DtdkHyeznWMrvGi3O1xr0QFC1EzwhgKEfvQzIMS4qieZOIR/+rhWQ/
... 26sXcBvHr4tFkRdS6bJKV6LQrGzFJTsl+8/3lmZIucWEqQT3qO4G5p/
... QYms14OgJhxv5jR0rZurqaF8XTKx4VZ+
... s9cXiLu9okasHY0m1NvM1nbjdDIpEcaQwywPcv6Q9d2KE7Z9xBajYRmFj1OkJpZOAsyB9//owYnYNB/MJ7L+
... KDwzRpENm4hUg70vHYO+ceiTv/+
... 0UgCopzhnlazybbS3y87FoBGPZFEnkL5L6c1BR6Ro06FSQIDNAgCLnMPvDuWkVukKnov9maNFhvZFjxJpIxDy
... PaUqI4fWBwMUaYtybo5Q29eZTXuFYQmASKvpffLZYtgpjZd4uHVY7KTyxcrXULcHSHcU6FfQmYzGV+ZW/
... Q97zdQ28UWMNBsBMLirlxKSgZhmsqpcGVrQiPnrlPbks+
... L1RBW6zRgo5o7aNLP6Yg9FMPYQFjbYtEJX18exQxU8JiTptKyvev7+
... ryFAkBXJJJhygwZisUIWqWUORn8qVk3fpgIEWZTDCgLIxxyeysABgHCcxtPVTLMJyqS7GQVt2gPYgSwClaA5z
... iketeVS8suIGpzUPvBzJ3lE8cpGPhNqkbDeW65qXdcom3VGg2L3nLpviqEDWvqMLxIFjK4IqrfPJxkKfdbecmG
... nFDHFL9+9f6aqHRMpxm9fA2ZLJwLHFokYjKO3FtXXaUzLrajyUmvNl/
... MxDJxd9uqpm5bwwyJ3YGViq05Km6PKNWJsZGFpuLF4ExNd1Xc1rL1aZjLDuOt2kT3bd1B/
... sNERQGNBdvW0j0A2MsEeEAy1xiSMm7os37tAvz397lZ39YlotzWH7dLH6dJPbfiF3a6s3kaJ3BDSfoIi1tDrr
... Qz5TCnoy3BNoTKLXr3vc3dloPS4PWpHbQZmOqs95vfScYlKlwwJB1P/htQJ1R/LlBQ14bu+
... ULldcZFbudoAn9cMcQZvsOH9Ry0E5+
... zC41CfmLoEkcRMKfoBNNbhV9tk6OyZ7IKgtiXTRVcql80cWghq9zSiav4GLdPjumx8vSiySNZJL1p08Lvj6AI
... dyumudAMQV1KIlABCiRE0EO1I1OihGljQNQ3PSgcVgFsMgd8lgUL3OdAGxO4yLcgn8zkxidoYsRXzXiRuon//
... ZGVzzE7fTClBjonmcSDq7LbXuXHjb/eeruaL90pnqnt2CxElDByj+
... lUmdW3ZWmhgZlVyzGRsRYPs8rXmahklxjQGwiVt8dNQ4d4DhqdkZWLDfBcBgZBURe92ksKXv64Cg5AtW7tBo
... krHsR3abCcmD9y17TED7S0HxrBectvlBfhKYN2IV/
... FazuPCJcJkwB6IlMGCLEVfqMMhtXEbDgMA9W7XMgOVD44zHIEsnshItdvtt776nEeOd3eEuOOUSEwnEyO6IYKc

29265... rgIVasnFe3UN8shnLIZ4Kxpn/1dsUtCUV/WUn/29o+YXmqmBW+1fBdVG37q9Sn+9H2QblTRCVdI/YFA+
...  1a39Z8h2W50tFPZ4O4vIrvG1ijsRgPqnrXmc/XhIxubVTPPzZcWY0F2aeV7Tq6a6olzhZGt/
...  0kgvxKzQW6OPzpUG7Bd4gh/EbsVGhylWGvIhvcs92iHIDlNEL94kBRs+
...  bkLbTaxvMUw9cfZyXHFZqgRizTMcZYfmkEKN9T6euCk6geCRchiZDpTs7BPOFyDldo/L0g+
...  jw7fZTcbIZGkikMt8UXBGU+NskLhNI6h/
...  GB7ajkHlskv0zBY7ZgZ0NcpVfcLstvuQACnXs7EdZui0niB2IChPnbuJE6oiEyFLVX+OBR74MZZP7JNop8Jl/
...  8tmkfwdo7oHHygBsYyiJVVIcJsjQmyZlwnnAfgCskT88eziPt9K7jqQgYPoS+Xo/
...  ZSh4nHJy8CG3JTj6jo4y2HuZQUNYhc+yOwGV2xZo44gH0zLMIzt/IJj73dua0apJuYMpNv6yNi/
...  jbDbM9Vhi1VazRn7Xk0tSCusec3tgwd/qXBvTW1hzsBcmiGyHlktCtavcRb6IphsA9Q4+dti3pn+
...  03SxOqeJaORc5aNpCKZP3phUaDJZwJbBQMF/OYEORYI3EStHlo7TKdVRjrPS38zKRvxJLDk3VHTPFZ4TWE+
...  C8fxYd9+82uU/rRjMhBTcsYB2+WWUuimBDaMjAdo/
...  fVPuhhHxntVfaX5Cwfv8nxReiGFbbBSWB6tzQaW4hb5K89d4KeUFr7NS2+
...  w39ZmqXt4cfXTMfxV1BF6qVsN2XcrGDjwhcNDaDu7MPCpYsFG6vx/
...  p9L0fkW1tgc4Vm6u8Ih47ldvlAhInKqiTTJH8KiD7yx0G7+xtPppZWMXMIovQiBBA/a2JHyhy+
...  Im1TkoWmsCOvI4iO1BGiinbccmQrVZTneag/otxL9FSL7kO4j1mRuN4ximbualPKu9Yv1fxz0rN+
...  64NlwqR9dAjlEnUbJ5AGeZozS0DL7JgKxc4qMxp7qiLTLY9IzQ6a4Yt3r+
...  fYza4aDlBKdGCKjLkFQnRWVaIFslS/n5BnIKFylDgW18RxiOcNzbIGHNzru+GDQZY5rfyV7bwhfEEUk/
...  4ATixGtdgoMV8lymE8JhsXxY/
...  scMAHR7Jr0ot66pDgekbR6zQipycYvRNV6jIVk8FwVjZwhkAKbrAjJFVN255x9RSurg9SCSlDo4FKzcqy74FA
...  UvBKl/th93XIRpCd43CNjlpHDSC3QVXJvdxHyXnyhtFSYxR+/wUsXwZ4pFOi1VDHBl/+1DCxVdRdNZ9+
...  YD9SQbbYHJ2h334pxh3tOLnIHHRwUx3u4LKBcA2dWnX1gt7deV6hf5DQOKvALIDaMhPuCQUMfWdW/
...  64FT5hcSv81Ld4Ryl4QRyjKogu+SEq2xgCC+Lw7OVSgBSM1w8/w65P/
...  gksBFerLaVWclkupBlbhbNRwtk5ElT0y/u332xXplb4+Of6Q0Ulo8mdmVwuQSazelc6Kp9XVD6i1/
...  fgbD34dcNHqFG4wtLFf9ycN5STcH/
...  mA6bCiRFv8k3d2Cmo6PBZM2cozxNmfNzzQmEfYFPNnKJIV9Y8a0OQlezbFzrcDHplXpWHTsinijPagro/
...  Xx7n0dwVyTFeezZkAq5DVnnn2pr+
...  DgRn0NoVxWI1rsHMrwPoPUsIQh5msCe26X4SxJCU8q0DQsCdhenQVYCfL1A1O3NkFUd7lb0IYOUGTmPm+
...  ITRDvneIczQcZDrwIExKOP0dWTKGnJenhWSSHOeuDxdri88QZKR4mhfvj5NfQGgVVmg1LmIpjxmFTOGCCw6O5
...  hxHapBD7b+XNFzI/QLYoykV68lY+Ab98lUeggeflthvkcc1nTCL8TE6WnQv+J7Jz9yDvfl+
...  KXFpHfipfbSGwpBuvbbUszr0tEQs1f91mlEWygw4Gbh7fJrcn2HSg4JQIiOaWuWAY+ebYl3s9vIz0oR+
...  naeJrGPgJRBfqNZT+vleZgfcrIzuchYicqXV+gE//
...  tzKFMNAXhk6ALP6POk5fFEs9RCU7oi82bp1I5sAznprBESGv1Mtgwk9RxTAqZDT9YWbo33a7Nc3Sd95i+
...  ocG67HSzKDi8Pku9jiyJdVgLXddW9RJhfLK7PPxe0r8uVXt3/
...  vzAeSqviYUDvyQLvW47rBYDp9ORIFZaPqdk4ymrR6Cdp4MG2TYpW8fEK+
...  XuU9h5RRKE28FCRPuzhHjRxrdDvNOVPlkhrFnmaKFw/Zwqdh0Wxzznsku+qvM4FlZQFL4r2zUh7pYZq+
...  SXkU0ZWAJcG/PEy2JC+VkyHbkjcMBfPwAeswTa1hHpmKoTaHmV3XBeUVnAqe69rJrMzS7YkmcT/
...  P3l5RJyTi76won8meJ415aqDGE/cDed2zjJ2FEe8GPhEg96zwMHfVfbXqLdXRZ+
...  j8GRgORRVaYsrYEkJQuyCaw+//AYvK9/KtOW+
...  kRRG0Qgf70wK8t8dsfreSPHK0Y1tgsgOpqt14b4cYU4YjUcznMrBcIkbmfKzdVV8GQBBBcVj60hOLUyZEB7Kv
...  Rlh1MqbAzlLaBpJzuF2WoiZtZUZbE6U9YFDM4CsMi8juAQ/PcxyfKRXbTxl2eDyGkvp3Ag+
...  QeZSS9Z4ejyaH96FnbXWC17ND/xEHNnNZKdBzWCxJ+rv+
...  tPXwxhS0BICqCBnE5Ps2U2gTu0FXYOszAeBGkXzkOYQT/9ckJZRdfi2xJDrqAAmYIy50wc/
...  Zk0BcLKCYnFRkAnme0ajagc3HIPgKlwe+52nS+DpVgCyrUZrQb/
...  UpGsGVFFvoVadZuOASVDL1NquZmqfa2vaxh+1BTTZ9Lpl7nyik1oGvjhub9MJ2Vo0VV7Rt1j5yPFuX34vh+
...  nBJqy+kq0EnWkJhQW2znHp9BaLQIhGKCk723uvGS+TC0puH7rcZfyN1j9AfhDrvB+Iaa4bkXAuD9Raa/
...  zgBFHLHZdQyZafsPrCZg1d0hbwrCdwkIQSalNFBm5kJt/fvONyGkFqNI+vzo4a7noVK5z/
...  B47KECTVAXffsYovTH1Ux05iE3EmYKw1I0UimixY56qkT5SaFl/
...  IBgJI20EFnB6uRzNum45yCpXg90PDx9AO1pplfXDpZAuSgGWx5z0x+74puxXpCXVoHaGyLHoJlWYmXxA+
...  Z9JXNC+b7a1TmHIB/+cHAMasV8Ng0W0GasV3it55CWfQWokDe6Qu+
...  K0lVNQh02YqgB9D1CRBgrnXopyeZdD6KOmTlNinY1Wq+Y1u63N+qYsDrAm04Nf0PtP+/BNZbNg33/
...  TMJilFJg8EvWPqTvASK3tIso4+G+5eoIa2NcKw7vA9wb3zzudzn+borz/1He4yZ5ER6+
...  5j3myFLOYadVSOBlYs5DBnFUmge3qGqoL8iPECTbnZm55Jnx6e1oyso5EkjC0FzAC6dnV4jJYICXiBPOKmJpM
...  lSimKYuZxXELjmvYAdE8BTbMgkFXgc95O5kNU5vOgrIQTB3n/
...  oRH2Vtool4EaS7R0jSJV4YPPHNXfPpAZy0NZuo2+wINZ493Ook9SkfnHdi5fKy/oMgOV49Cy8f4gywGNTP+
...  gjwdae+im0H/6mr9Gm+K4nmJKcCO+hs18jtNbBJ0fLTtndi9hACYSXemtn3J/
...  Jmtw49hF4U1IUWmmL559ephCcypLtZv3bnna0fXJTchBK6CW0gFtby4BdUpa/C6cgxjcGJgIbB3/
...  lPmAf0b16NaaD3aw5SeqhojPctBac6HgGanMipVC20JY7i1UC4fv+k+nnaI5iVoYsW3mRnGe3fUali8etQU+5
...  /2nEuXF5kzBUUeyi11K6trlu4rgJ6BSsi7cYfPiY5yKPmqBQ8L/mh1FVqt/
...  4C7CxcfoBj2ECTrsNEBhCWX4BEtpWcg7PO2sDQkYBVHHUuoSbSeluq6GhwFQpUiuCaY0pDZHaguU/
...  yRO0CU1jMbSbn+65WlPjGhGLNKzs1jlQdvW3Zc5WiEJ/3OIZsgwueZxSfxNK+
...  yOw6AUZiSje61HtvK5EUYHtIBnfHlyAFEm71xAyrRSTkW5PUPWhUb4VanhwLSLMMoGlO7nUqqoN8Bb3dPf2gh
...  yyMjo5rX3vgKrKbV37AyvTgr1A6u8r5d7sPto5H9xQBeWcdU+CHaLgne+B+
...  Rdo8MGmv9aAvvX4kj8u3UkMffi0mA8zp7LvyMisBm2oi6uJUUGYtuzfLyLpLilKnp2vLUCpMf0YZoT0LaOYJo
...  vYObi2z1pOYZuVQKVmD3a80t7NKfLgyOqhd6vrUfWeqskWW270AaC1u/nLRxz+/
...  5qRBrq6h16fkETgRHlFnC734fP35sVnoU8CrrrrL3MPctE/HV96CaJGvDb+3Rs/3Iyvu5mpVqczjOVgeFp+
...  idNS1Nd+rYPdwcRLhtVbkp2LP/gKJ7kPgoX+6v/1+rkMWqdTu2hVb0iJUbwRfhTADeGjZWtNvR0mzEYlbnT41
...  +hEQoVnvhcuoWBL6OV/
...  487oad60bOGCIpqNuFMTL17qSR5c1N2xszMOCdAm0t4ptLkqx6kVhm79m7BFAAHSgC5d05aQjw3dJ0mXcXvOz

rhljwu3rcvpi91Fv6bdkXu6bitLsbmKwU4l0P7xMlXFr4m0b13EthqPac00P9PxMb906q894m0u0nQy2txIOC4kTbZBPr
+spjUPSwX9fVQMwgP6X3Amsw5a0hUu1DUqII26doaDjBUMxm7wq9578DF8MmaKvN2MneM1aaWsU+
VqD6TUkU7El3kFkpORSKtXieVUtxRegQMUSaly8whud4EIQUax73q6HNXjMyq5A6dRwIfqqaJvHDhPG5kW3FX
mu/oEhaDPKGWVxN4+bvQV/zyDrkIdlzNo6edR7jBrF69rc8uR3lz+
arspvHWobCLCYo9XwmpflMBoZ44WTTFH567WuN5tGHaz6LZQVLAoPzpGdIVtsVccYzXDjdpkTTZUzTiHCPem3
CsLxZMbH4TsXXR520/iXCiGnyozv3Tlo9XKlc8iosX5Ctyi3Km+
n1U3p2swjl8I8C8IuzYeBnUv9cJVOPLWI9iz5KqXLw8QUqqjIe+
VNfyi6aJZXqMeUPNeQWsxPwRfo98QDOXi52xo8As4Mwy9CtJezUrROuhz2aSfb7IQuEYJCemOUpI9P96Cwe6S
TfoXYClYOExht4rbaJNAglcfcrjQhQNaOUzLnLQUG1uyZERsgtRd+ZPLHHKGBkEs+
YeeKnBK24AqChtJENQXbRm7/e97wxinZVulTkhr1aQT1Nprmk6GX7xTfAdK/VlHdojvldgrzaCDp/
B62tqc4ahy/slU9B2DHiZCXPOCWMa10dR3cdbpq82BMYzZFuob0WuDbFrnrLUY6eIND9TsMjKaNfN9pCNRQ5/
OZJPkoaueRArAh/THuZKQVCNVXEgGVfKbTBhYu8WxzclxyUJJzsto8mdBFbk+cnNjqbI/
4jwkhuAvBrQRzNdJrAzp50CmrxjJo7zQ6zq6cLPeZt6NqcC8A74ndDqhx+xdPHrY9lN/k+
TQTntEdXjHsk7G0DIeiqIa0VkprfwVfxIUysrzbu+wzkLYQgKCYmPLZTeRl/cZ5+
AJMv5OQkLm1iVfUeaQ2iyqnkAlXq35sbgzCVqPm2RHHZxOkQuNkxU21/RZ/fFvfDX1zjSbGzKOo+
KdqsbM4o0liu05ie6ZH16QPmkXYGzAJKqlcymKGenwgUGLYkjzFEF+
8kZp1sfBDY3BuVUwz1CcoIb3ZHZCi9DOd+3dWnhXurQENocCfqhxlOfaaJI8M0Ig3/
9nFAvo0epT1zeVk7C53tHQDSDoWa20Hnw/dwYBXIeeeQ6/SdSVYKR/pfLIdSvPDb6u5eesdj+
8xoYcN0I4q23oADCRcf+
WwGVgicegT9MgDW7LlxSge5it9Mv9FmwU6JvLVFHsbTlMSANGbsHgq9RdLyskSEwrIB52U+
USLr7JM8mysSHluvfb3NzxDRtoPeufRaS4ORHvF4HTkymeHJLKHJCT3u7TpErEPolYcqS01GpvkH1gRzcZE9F
b4iqIgK6xohiMJnsDRXOB4BT+1ZIMIhEIrvwvJDf3Oplt0uEkICFkqykaXUsTrt4rCBf4kqVhKlq+
JvslQrWNer/NhLgqSZLswfFYx2ujvKQRKfGCii5tJAkgAxvUd8snyeVIgjiDfjB/teSkLFx+
bHG69ZD8QYrrHJMrwHD539MyRAcr1A3mtVjxyDGQwR2YfeaBMvrTpq1gmsYugVlvfncoOBKmujAcrTnuCxZd7
R8qlqCTFHWcFL+ZNBls0xd/VVKNGI/
8gHG2ZJUWmzleiXFkD0cW9FLTEbXhO9LJ1j7bLKhKjSzfwoCKAZt5XEGX3wxOUKYrDNl6nTOh9VXrbf4R7vMV
JeyVZ8Ui9x58vw7vrqk38HxL8t0gTW43eu3hROtCf7t4Dc3uXLqq0j+1NM1bzZ82tof507f4SKMqub/
Ice013JJ4C6qWnuM6eD/f3TT+1VG0JlypiMLKA/apHkhmPk8/UON6N13+tsJV3KOks9YEcfuvLX1+
Mt8t9ZvUUq07wzzwqIE5eZG5n3dtgMa0+bWXIbFo1kCLvWhYIAfLl0axPC860mYI+
yyxKmpwevilLyccBI9vtDqAk0FbYLuEhVKFKVprRBETWp3vNZ69t/
DsLHAOdBnO4INOVtL6AyEtVXj2LwofoRJpmQ1j2Szz8nr8+UFDoQIfdVV2a6F/iBGl6D9yCnXPbT+
q4pRunzzDj6VQLyO/8x0BQUf0ShQ+6/TTqtFaan4zSNh9RxVg/kJjkX0wJ+2VQrv81j1R1khgGUbhGq/
rtxaWATKeBlngIFnezW6p8q1tM3VD0G9x9O3VfwdZlqvGzo1xrAlNagHzREl8BK6/
pUBcUWYAVfb1N11OK39x495HOe47Nt93zMr+8wY1zVNrR4ZGEsOt+xeVdFrX7ElseyiJyda/zhU3dn2RrnDK7D
+sMZGEuXx4DxranjC71QFyqq6P6z41cUYO2H1a7MD5ljC5cNxdPX8H9eWGXeeyT9D0HUmj9RPKmo+FSyl2WLn
+I1Kht4TX8u16P+Q2065S9GGk/Hn5glUuPZDXvKLmBi8KEiJ0Vqhx5Z2A0q5rGvxKSX2Xe7jw/
2eD5aiUayhqrCZoz4lmCeTeOfvLHLe95dYfXe3+wspnxn5zcaoUTpm+eNZllkFs0muTHC07Zg5la0xS+
b3IPHUiXBwsnKB1iRqMhlsoha+hh1GWC2RknHyKgWZLYVR8nz5qR6KxEhSDwiF/
1UpxyEzB8EaglriNZcufPtHjnTjp/UdDp5r7wwOQpOOttiOLsDVy6jVw+CPQ84QQU7OlJZzS7yo1L+
iHQpCroeF3yXnFO90nhxdsM5YCMd9ID6k9v1iqfwfi/tE8LOYmv+
QpUGxcCsV3vOoLNzB0vqUdJT5QqHIuNWhSvi6N/HLSdgLp4f/Nly7dInEVimqCQthcJE2JgS5WevIVPo2Z/
7N5Uu6+sEFe5Z8jU4hMB7QNsfbt8j0wgyHWo9W9N+nxB0NsoS5JMObbukqYET5qPp+
BUMqbB1DVkaCCdkuVWzVuzTyvtE+
nrhaaTAW1Udesfmf0ykQcXFEUjFsJ7OMlf8NAdpeZlq9XH6EQKUEJj5QO1efZzzI0K80AT75Bqoina8M6jD9/
u9eVOdaqTEO3zxCX9yZ+BbxmZdJWyDUU789Mm/evD6t/mDWyc5CIaeL645kmEabyXEPuHd063SOFyIV3TRd+
9gDj5Wxeu2w9HwzhC18YNEZ+AKC7AwLzmMusY3Qa3QRguuc3JbzBDHQidihfC/xQCRJw+
1Pxo7ONbGog0rc0hkQpGlDboxqy587Igpd/bIHng5AF7cyBnQgDwnFiOsunCdRj03DCJrlo1zN+
ZMRVReFPVZYMK47a1f3PGsE/G7mWqq82CWYH298lD85mAO5IH5/
5YkTXbMVXT3SWPqjip8y3OVZ3qVLw9j716ihNzxnfHp0jRIaD/nmTdbUzGp/
ERK96EtEhU2uCStfYMZvAo23sxtI9MlUcfdllvfIrFJKmWH6gCpVYMNybbxPRjDniQrR3GImXuM1LKt2psG78
3OpSJ4dsDBVHTj/19Ixp6d39mh2bvdtcvULCs0UVn84UKK4m/xiWtxD+
tuSYEOQx3v4MDCybVkuSm7oJeJV2jiP44DM55GUGhqL1P0H17uq/+
F8uLLs6IBAyFfdGalyrv5zs1j1P01cyciVZZLEZe+
8VrudquECrQnxaFyHJxyOrQrAMt4BH6F1YD3nXwUcejkklb9U/FrIAa2gsnbY5U67hTFpUKi+
MKB6SdhwrZnZUYwE1yifDlwolSl/Ed6KaRIc0V0EUUJJitGVT6ZDxnKbZbdzzXaJNhJE/yVpOnGQyrFVap+
4EM5hzq4GQP0nLLuQheS7Rpu13RaiBavUN4Q91c0csNSk91U510UHBkRlE7W31cS0CeSiCGM1Ly4FzI56lnOt
llwu5SSpc3NPTf+QyRBlRtihr05C3GWvLhxE+762uc6dxDCHJ00GhzL7h6bHohiOJzW0VJV/
8R2MCCa7aj1X7Uad+CoJt9fJiblmhpvE8RHbJn46dAVBhPu1roTrdYzhI0yanOnsi8/
0xMTfPhG92UvPzd7fCd17sK5l3Al+P1Afgu7IXpdYJ5rBqx2o0iicIw+
J7Khguzt0rdhObmT52BuG0YEkb9F8IKyEgdzYQI9ynaXi0nCUzwvotWXnaB5Otvn1hpaKwixobRkh2QT5i6Ev
hSR5fCRUDdW3fCbQ6S82gLq/hp9YJQ3LtAycsQkj8fv8PejuLB+K4rqCqTiK61AK9qch+6tXxoQ5XtlZMJ/
E7bI3XPvYYggKiV3N5PdOWg6kZuciyGs8oVqgXoACyMd5/QkX6Og8WZvqQavs+
yMr7X8qOe24NAADAejQ1sHZsqRoHEBNuhm2GBBYhvPfY8pj3VHYHexIRuNMISzHiZ6iIIkPM4z2sOnkf2TNzx
MijA/OsbBF915PUIkuBhKi5Cjs6EuDqFALQqJEqYO8LhZCFu11/Vpc4dYiBQY4XwgiqqJOugtE1VLu2Ab+
pYeGmSP4DckN/+/w7A4NWigH+VKDBdqO8zNIw2HTEShmNkBpP1OmV4gUavzjjnFbtW3OPa6y7ND/
oWULbv3sGhV0GcLpVTBJ7CksItifMR+T4jnxDeeX2cPEW40+
GW87lR8Zy1XG0Lwde7J1dw7hNKniSchohPWq4W+bnmmNFvMML2sTxpZ9pxpICAmSlJj8WZalcEBwd/
FEX1xhn8AXy2nzs7a/WjDiozbyqIW2O4Cm96++e/t/r9KZ9z8sUpF6roaOTLEzj/vX6NWeCSy6gVpCJHVi+

29265...

8PkSeTxZx4NpbTmbcFfBaFjQCm6u4hpv9xhq2cwmh/8G6kMB018RepWPWw9L7MPH4Bx9AhCuQusvFxbF8s6+
gpUQ6FuXqGfhVSSfP5IQ5NVMYAD2I7xSxCG/6WGx4YRyGHhMoL7FNYydVZMr84GsJ7s9O9CD+
lZZXdjarCOnC8k81lUAlSnME2yZHusxWsdyD6EXvQkufuPQOn7e1q4U9CuKzFK7gBbwsriz9XMUG43HOulyxk
UidlAw8GA1T9qhZ4WydYbc8fKildh6bCLvI9R5m2HVQRrNKbGmBOnXkEZ9iKeN5rJvYHStcHeV5S6Wv+
pIUFneTwWmG/8fgfUHtJsOPLPYwXW4hGOkB0qr6kBi/W1tHGsQul+p5PISbkYGA/KG1asQnQ+eQfr/
3FYJsJR8g6voEVwvHCrJIDRgGcCIkPuxSR9mQw07M7IKgFMxp9eThPT54qgfL0Og8uvscoFyExXRrHMA1zRMS
uGFIjVnigJkzQgBA1yOSd+
tiS9CFSNJtRNIAy2BSO1Hi8S3zmtY6sOFNHAt9grXlNLIawvHQHJUPwaacsw6Ky1804nLO+YNLn64FyAIEI+
I3dHoHJ/
18D0Q5FuAexysEu4TjgTFlkaIBZRsjCa2WZaYi17MrAdq1eURYTw3hREvGox85DJzr96Ln0OQZKK6vVjj5wlS
A9eePJtQHKSdF7JoZyuVSZlZUGu9VXpTSX2m9CnXiv6wcnO1NyO7gIBusIiZO/jpnu/QWULQpL+
7Xkr8aigWGFzQDR71a4kBdpleiH07mA1MH/DvUgRKOfRQvwULErTMGXCr5zIyfms+
mQ9xsvAgL9EqOxYYXSjHm6rJmM3TTSJqFt6so5b/rbPxMRVXXScr/Rw/lFvTw7SWObrkiHI+/
OHiyauIHstL2yIvrNKrAuCbeW9nJri9/Gs9hbPAgxhI+
kDBdtmSisifxRK60sjzaUoushpqsOJUrB8cXU51LLHU88jaD6pL6FHSRAOuluacttVnIrhLhGqErSKLaq6ZKZ
8GcegMqDuhlrZHNOfP9gxNJE3FHqrYVgQftgt0xSFU+4+/katE3ooePU/6wCL/
gHKW8Eo2cRunmy0kU425aQqX1C/y3tqQozWKfHBLuVNZIhbPaKU0KpADn9O+rSwOaqKhiec/
QEEElRUaK6kCqe7zAtkOqv67hTbw9y4oouaTmW6UdG1g71yykHPT9MGi+6HB+BOrUlYoXD1HkQ/
p8q1mJLrVnchaHJScIO9hYlURevbIf3qvgpGKpn97XrEvfLqsThd+
X9VDDf4YIaBFa00yKaqhOxtekEWECWVVuXg9qKq5BV+
Ut2w4EStGniObYanFCojKsXh8jNLMDFuRoFyKpDtaQMageZMIwy9tPT8olU3SEdNdutaPmmFeCQ42fHzp3Slm
ieDKVGzXJsSMbr4F0mdfV1+l8tt40DB/CLTQSRVZjRmVaB7vlFt4nD7TZYrC42EnA/ZTBr1FHhCq9zlV4r+dV
+oSO2kbjA6dhPgWfdlZ7RhQK0tQa+
kZxkPtLRKmH8yeblvVIyJUDTxgLjTRaGQulD27i5EXJgLmNPp8K05RaRi/
CVZea4aNC1bn6mcIgnkU4BXECkq0/lNflJP3t58MnBjyBVFsZ35n2wL/
py49pIIOOWUaVZw35MAOsOYovLhFuUMZjIpCCqQew+wfXWX0qaiVqqmODG/
3BXWOLzTUUpUW7Na3iL4WHfqHMKkwB/HAUz59CVvhFAAeNay1ewHioTrPPNcK1St7c9bQqm8IVSjUUxhvHD+
7kYV2LVBl5nXYkIUXcHzrts/dSLNvHgYC2NKdRtQV2Ne+L49HoaL3kr1FpBMgJKvd+
wYguJbEgH0wFw29O1MJCuAIP/DKVK6Dc/
KCsPZNepMHPMgl6WeVv0npdmFMaE7NwMpCnmW3ucGGx0kdpy9xps2eeOLIJgvbeOOxhc4gHurQF+
oOYPLpz6j5LPMBVuCnEgfEnuqm2vp5dlbjyY37yu4bcaU3Dljzx2V15Zp9d7ITn/KD9h+
yQ5kNR7Valzdab30CgmVhKOMg7zxMFyopxPvRyjKFl6Z6f0dW7QYZ9vjgCdIEc6Ol3HgOJMyPI1hZ7833/
b8f4MBn8H9qO7ueGsXwcOSN4f5kclans30VN8K3gURzoTRvet/oQwecgcBE8RutKvmpdcZ9xSxS84ZjoGwurd
+
9BK3nu2R7K6QnU2iy5RausjYHrfVS6iDNhmTpTADoFWMhU6fMqoUBUAvuZ3PYU87QfvVBeG9n3yUK7PlCbb86
MFQ+W4dCpTMyiFjYCK/3HeAfuVAkLobj4LxhFQfUaFtKWCbTUjDaUe6LiWjt02wNo3+
SbJWhxWiMm3bz4RWdVhlY5oSq5/O2SaXIP59ioD3n6kp4rjMsi/
Lh4vdBB9KvzbAVsMI9HnJRXWh94WzDtSTAOXjibF/
6dT80CKPOfrsaTJxPZPEgju7I4e5oBlbTJbPvEzblkmULPN6DPM9Nles34RoSRKOzoHGwpfcusxugB0Q+
QRvILgFglBc5X5SF/J14kF0DYcIXkFPL0dXc+jwJb1jHRM9pYV6Lu6+QmPKGd7YGVOvLd7m/+MZeURht6UXK/
dd9kQVpvC/AUf0/oLga13zxUeQf4agMq5m+2aIWrSLFUN6oWDPuaWLfupkU4oCA/f8Shrj31f2wWBji2DP/
reDPNn+z/fxNca8Ax/2JbGOdQuXBeo7RCtmiwiO0M3L8QT3mpxvhqAqYTLM+UVoe0OKRum0fD9wiM0p2tz+
vMXz1ZIAgPzuljgAfX76lvq8ezoRd5OUz2BY5yRajJcQ7brLDEMn/
z103KekjadnC6wOa0wRRa34HcjVEv4LgTJmEoKR7EEbqxa+C1WDVrNThwU9I68+
zdbjbBWsS0eg2WHtLe6JyZZs8TirbuFweRMh3bKQf72420/d4XL8+jZylgMGux/KFTvykRA/
SJ1RN5h76WjiuO+zfZt9jST31GEDh9FldgcIK21f++
uzgkmCGfXCSIV7ohHkuDt37tGozd9zO3VEO70KJoZzB2bL0HUqGwCCbGXQByMiP2yrAI0GljLu81RsX7m0FOu
AaT0fd4UoVOD6H4dAshqH+efTf8XWXBgxI0LCSOHvz0tnHPt6fYI07REEhAlMK4wJXJltHc/
xnmegs4cPshejmBZqhMnXQSrTFBwH9DdOZ37v6CJFaz5IRdYXPdjh7QyOp9EN2SvlHL2INYhUwwu12dDTzrSc
kyT0x9KtyGETs0tBSKTMt+bso0pBLMnI0v35UeWtiOOvIvNeZuV93R0aVdEpx4YD2eaU2JyGZrDm+
mDS46EL5cl4VtAwiJGCYyEUcp/F4hzo6DI7zsaydpJQM6b9H61600f2f+
Vmh0jQUFprDHiG378pJgiLJZrSkOwTiWOcfox9eiwVoOXhngW+ux+
B7nVlocjxehoEHdtKeXJ2Smidum2JlensfFW/WAXv+zHhvADpupQyS3gSC1z6sE39E4x5dpsbXW+
MgTz7ASDkQksrodxrucg7S2yVlj09ZhE895FVnwnpOi1nS2eGbDxn553RUSGH3slH1IqLBhslKFivZhLuwail
2PSBiZL2uASSNbM7hwPlSIpcKMiS3RksQwQOHJKfX5RtAulvMKBKBH1rC7wEIgfpc9V4exS4VWnwayHwWjKiI
19MCHOfmxhGLYSSFjDIfjHsVNYg0QM4SbyhGgDxOEJlZfnqK68JMCgckZry3feY+Hn1At5B9cP+/
tizTkT2cajfTLukTF9ObafaGPdM1vPUc2ffsMsQ68pFoviiqi+
Itcz3ZH6x2uIwZx0IkTckIAOkXTt5QZ0TcMQ6PZ8unF5VoYoBo/L496iGDpcc4e1XusM/FrNTIPCQc+
i3Bg0ga37Lztzt Jj3rJRkaMmMjj4tJCu5OdlePfc2hAmHwpUZZY66ATKgOatTY6GKCJwlX+
0an5i0HTN2EIWZ8EOj1e8Kt8MeKkpRxsnQTCPVT0cD5fECYwiEWVY9y4rGqHZFVGu1rmMj/
7x0DDzCvLFEF8BBwzXytSTY7bic6y7SGdekQJPr1v4B0cepF6nufQdXZd3pifGxOPQUT4LkoSR/
T54BN3oioseJg3gkFhzIUinp01+
NLfDsxr3tmlKPD5UpiPPl0K7e51A1UNj0u80oBiAJZI0p6V6NCaGorLFklzWwc0dTtyczPwTKqM+noBT2/
oVoM8asvl6sGU3thhNFePKywPEiqW4tdsnYLB/
p6pqiYQ6HXLhqiXmEBnnyAd0utXYKViYnzKQMXvO9HZVKGF0yR7KmVSkIgTC/c7oTtC/
sVTTnD0Wa75uYeHqdwbm+
f63CccMggTntrobpSLzOsm30z7zUOooGj5YvlvhPR6UdJzQiRZ46ruqURr0QgSuqvhJHCuCStIWq4O/
8ECkx70KbuklciCXHACNGNQgwq+MBmbeoZSHriQJqhJBx4Zy/0nxy8/k2Aegef7nHsyrMZaaLL5/OtbMu+

29265... mMH6wFoWpq6MiF9sIVuwBcYzGaj/Lt1o2gq8vYN4m4F0uFKgz1jm0aPi4vpBh89RE18p/
... XTqpy6y0lsVOjPIucOd98W77Lx5MA62YU9L9lm1+Ym6I6bIC74Hk4A0HFRvGOtbph6g0fGumvPL1GvQoT/
... r97VgE5dXgjMmtL9PpqwsATIFRh38mlp+ArF9YJt/YW6aaWyTLsK1eqTF0OB/r9pYkIFhObgbrr1x/3F/
... VGf7VEf+Y41oWK82nbPmQ5J+aAc5/j10RUorlLydhLLnIGIUVKZA6Y/tln51LP14SF34/
... JuvnzqPszdgDBC6FfZk7RVs1GBN51y5FqI/lgOwxwzAYa3I3IZI82bpr6akonESFOiFmueRyi9puM3wIVote+
... RtFk3hiq5PBYKE8Hw+hMx0ZlwEiDOuAVQy4+PI60kznz0SKcqtKKBqIb0QlU7/q2uPL/7hLi2tS1uZ0N2/+
... 3uzxFBIJPQzrHGYdmuegctPrcvYR1fu58pB/wRJib+CqPmI4GhU/
... yf6ahk1N9fA7yJIJ7XBQKhYtaPBo7Qj0eqhQHxx5Wf9WSI3hIw5QgWWXy7SwS1/CkCs/
... iDoTFSTVreBiyPYbAFBt8JJ8msFO6fEzBx5LGfHY2TiDuIQmwNQNB5EQvWtnQpz26+
... AgwOvuaaMlwMNJJ9iiq1myGGbgSHKWDbWH2SqR7bNLX7xYN0SyXHyGWZWjrVY8BBxBPi5jXERxuxFj7C43gt8
... fSV+j/qCPmuUC3OBTtzzYQCURm9R86d41COeT1oXx8sPf76sh9X4spQlph2UC3gVoiH9V9CZWI/
... Oy5JDNkjBIUu4sefo+OuizVF0by79afIgNFZxf25kB9pATTxyiAou1MJwxJm+i86bj5NERkdWzHy/
... zUiEw27izZcjCPMVcpLblUn+
... JCu3tR2oFP9ps1ZI9EojaQVKsvdzuLxagVbjA1FH6j90JRMH8KzubJwCZpS5NY3DMWZfRIZHBz3pWC85w0SiA
... h8IKOjTSUKXmIA/
... wOEspCYNPasI7AXM475biw089OBGOm9lt5Fh12yTJaBJZ1gQqKrDLYmx0CekZFcCRfWQKvLVoA8WMN89JdBUl
... hesALTiPJkawBTvKtLtaVDlQSbKp3SqjBMQwRAPm8QwNAi3SRUCOGjdSBL6x6LvIyNjY6wmz24QHTR/
... 8ZcwyapNoyMOROs253XZyAmLOc48n1HOZj3sAaJMTFrNP7OPMlWEcvpj9n1Ylpg8Y3aK07Lzaq8vi43S6NyAK
... 0AP7C6VGX9AOxRdozpiDa3NKnqyOY6t8trytNtQIldSud5kkueGZiRv3c07Maq8bhk0qp/b6FqXGg+
... zf883a7ziMLf+y/
... G8sKYjWTC6IqJYuWsTw4k4ZDMRArb0v65nfCsSu9N3VQdDV3kVIPaVhAlRXUmnmOj5WOqeTP5G+CqDdtcP70/
... 89LVh8vD3ZFoL4nUTeTIpmXSA7cJdJVoAhC3DFKJA2ZCAJWGHRxd27y53qsC885g6RPaeM6TjDk4busex1+
... Brr14/nm0Ld7VDvwH9oTlR8oN/hHY07ly7Hn2y+Qrnf2k5pdkFhkCD39REwpezIcifTtvUPUgPjX6U+
... Y3PsnfQLf+igQqZ9F9XLj4N+1iaAov5nIROYQOTnP+NZuEpbKLEMounQtk3/
... h3xlsjuTsq1q8Yf9mV94gaZRrDP4TnexP7Sn71GEsfuMPpgXINz8c31QylwGCyIMmfYbV5Gb+
... jMQ0sO25wBi421keqR91pxpsSdLOqXQ1p7CPF1tG62XUKJEux3HP5kwzA4g2rydF6sLxilSom6kvjKiBZK52W
... 2jQ8VQYrN+F5IJom41TNxWd3V4785oK4UggGyPCO/
... cwkD6ydCCXGdq3VWXeZiWCQfQaPtUsPeFSn4bqJO6L5sJxs3ixF4DDbTvNqka2r0kIF6cuS+ue//UlG5XF+
... oTZRzAc/S2tyufUdYRyklqEm0BfA9WAlpD6UYl5Q1j+iZclzg2JH+1R4DJTar5YgcfRobDq7Flpsu5fb9A8Nl
... /zMbjS6+S19hvg2RKqAebotFZD8dqvEUorPfHsPxyb0KXyxl1oB9ubIK8okPvN8EiNvucZsPrPhZC9nr+
... 2s7ezML88XYBbimYd+gFfq0IWrnOV+eYrf80dOirMvH9dVH7g11ZdUJHA7qdWiX30AhxPKck2B8+
... i1DKNlvW46TjbQiDL3Dvvq2mV3vynN5DToSjjw80MvVzMECXh1F/mQQmLZMhCIvepHMAbqOQz0gnv+
... 45E755Sn1Xteyjer0m3ZFN/4gRRi/QtXix1ShI6HMylBm1y9Sgc15o5WUgjqmFHy53Enq9kjituTrNqt5USP+
... GiUUiyriEAGQOZW3hA0K0CtekfJXjJ0pkogV3QukxxJn5AGNBxYhplLyT/
... HoGmo22FtMf0FN4g34hXc6N2d9u21AbK/
... OrYDRA5jjK1AY7WUGEmOsxVuTiXPXLUrcNsCTZc7B3KjrdhIIFGgQWayYDbf5IQTZTlX5tfx+
... 71CCAdOHma85ZHg0nYYXwP4SwT36j3PtvFzBTXxwNlrSJbTnTAhlg2uBvy66zlxh8lJmri2w9e0x2tcWz4N4j
... qgmgv8pm9MjZQV6/bAPQ95LuwJNh3SsX9pBcoWE6b1rJr5iYbYGm/
... N7imNwuuYZABGcvaBjEPp7mQtZXQCkrHnmjdYIgwweCKV+IhqsIYDED/bgxF0OxXgY7vxmKDsDc1GPctJ19C+
... xTtXMC0+O3gkVPQqdIsmSwHXDqi8JO0bP51ZkUJY6yneF+JtmIC80mxfsnqaOtUsyLpKv/
... lOid20NXqOnVkbhqE1+
... GeY7P9wScT2rslZSpCCyhUcgL6E2VlNTjpezmuR1htLG40yXhjmMv7g4fb1YGccM7GBmJ4vkrtkQvbhsdtQeX
... h5IGac4tWdfEjnM6D5fHBgVKQ+noRTRm+qdIGb7xyhPhoGymUWghhvuqSHAE8bfrVL4bdzJFFQ3qn/
... VG6BR7KcjeQWhAd2UVBzySX98RkQDcudXd/G23mb29gMmeqJGTLUg9IshIsTgxxFQE/YEyjx+
... Mr5sDsCjIRpAWNMfi34Vk4dfrP/y/d3/
... SMcTSQ6iVKqVZcv2OQGmkmO5dhPz9RttAfZpNKAR7m6SsKftKWOUWDGkCSLPyFZrD9llJN50VsWEj0zIY4M81
... x3LbKX+iVb5bZlgALvychAElsamTEHr4cxWyI+opVocGOJqcCfuZzZ8Oy9zDHmowt32zdYJto7PVNRh+
... VqJjLYyEg8IWyxUkTHWAOd04vgalxzdzai1G+
... NQ5Fk9KKArelgberJJ4jI6MxmGB1LF5Hya2YM1SSbdm8G3VTx/
... MsNkQ4M04oBmlckSaUqEf9iSXpVRNnq0ktL4eChFid+ZiuxPtCgskgTqtaYvUl/
... Rue8KYHuNz0griELiBvLYYm9blZaZ38y5+eNHpqBTIeyFHEsUgrvMkECE1g/7E5EevfWv2s+
... qNjKJQPCXYzGYMJcnPR+N12nGmD9qUYpoosZ1Fuws0UXJV+W1Y/wHIJLX4YosFMfJW/
... OrRP2FNtXmGui3teIMVwuMSYkZsM0OJUt36x178UweIjy7gcBkeqRWJOXxDFGvmNjf3JA1WbZiLL99qQuOgmlh
... +D3QT9Wmis5Wb72Ul5udW2c+
... 3U2pOvwYw9CrYr7EJIgnhsRQfrONjkJzj2YOLTnSRKjHwI7Bw65o6L9frOqDfKTNkZshlC6B5JNsExIGrQ6Iu
... 4WvA2PRXehfRfRuT1cH8pTbGNu5E6lvHIxJZAyLcDW+eT6XqD50/
... ETbl0eRfyK2z4LGXIxdHIBKNKqmHjZpSEXxchXbLKp80vIcABEVdRbLSL7AYpkCINlr5r0qQWq3Fb5Rb2L3sz
... 9Cz7L1X63Zyrg+H9SUkjo4TggzN/z00DgdrPNFNp3HqZaZqZXUZ0+05NzbNio+FydH/vcMed/
... 8l01aE8XxhoKs5/sflDU0Gi3dmlFZkyxXdOSw/
... llvo6oKARUd31S2qL5QrDqrYRfHtyJdiaggzEsraPTu2QhbsL+f0241k7CTwmoilT17WB+
... QE58CmUfwtyj5FZVAT3GymVrBZdqsD6MGGLG6v9b5cQdYIgMOEb96HgqvZWZrddjmLQJg8S8mh+
... cgZCc1RYEPCaWikB/
... dl3awcjTEnmQ4K38lCquIyeiNcySAU0KVxn3ycuTHqEtC00VQ3B6GoHIZtOifjgMO9wfrgY01tY1txIPRAUIz
... dkJQJK946iMf8gXzTGbn7nbJ/l6RreinPpThFinBe9tr1/ysew2hXZ0d876cj/
... HW5Lp7tu5pG7d64MXBXfYB8MKgf3PSaxALZNIbAOuIoHQOfvbdPu/W51OJmdAgLDZ6McVi3zZlciURtH/
... RvrJz5agbxiFZ4Q8OtznCrZuhLJqqgtSXNCA/gKYPUZWOaad6S89wYd/WGqmZeAKfMbkLhH1pq/
... bhEoEZeOpTRIDPYAuBJV88I2kjvfmiiC0Is+MBB0qkFcgWhbXSl1VivGs6/
... XTivS5j8olGa0el5jaIIVvGEAe2G6oFfIXKUisAr2xss8kRMZ4AAK8DXRVm7U/OEnp1RCQnSHgvj5EQE5R/

29265... 8XPyn0G7yHzURTZA9Trammeh...s

lSXAwNXFlTMtx8iye93lVjLBLuAE7xb4svIeUNPrYzcKLZ9moDIqWRcngMob99gLltdT2sxEw+
sAirWUXb9EqOMyvZSdKcVFBmpUfvbANjXk38lbo85CsKA6YIMcQslSl216Z/5n1wT9eaYe3xjBeKbM+
xffcYfWblhHwWM0Es4Qzowd42304T5Rc4gMzlHRYILeBhdVZMCIeHzSAnW7Hxj9PrpFMNL/
pynpWBs47Uhlm5opqGvT9DeWAehKUjK4vslS8WtxTUbYTZKUojT8qZQp6xqjjo34nc+
U2BOWarSafhWXqm4aiCKSFfx8J9drM7Qh0LnwGH6RA38sM3UOe4nOGvFd9A952eb1fzTUhf9Gfy/oqJO418g1
/CUMfH8Cz2XtDl+QYWkU6Z5qaFsggdHt5gV84+
YyK5J6sViCYZ40luksaMsXUsZqMYKGZfFlifIOEgCQfdpa0bgRS7YqMnbspwfk8M1TbodWWgrYR216s0TJuoV
JHo3iUc0vWo08W7ddP6MJQKmqSjvrPNTMZUfl1MyTPXC7CT4GJv/KE7nzD8xwSfp70JyzUjxEREf+
XXGrGz6Tt5OsEkJGjZyYcAfrk4v6cqI494VrQN9DwagXP6Zvoydb2+riipz0lmbKKvsFNaQQ2mNYA/
6JutsuCCHaCP5fOEnXDblGYKrVwN6t4HSZpv3L3o/gWo03AoWd3nB/8+l5gFu4QbVoDyac3DU2Cp7dm/
DLsAqn1VlASt+lNyFn4yxygZAI4BzxMWO4qFSLPTo6AlkWJ3ceWQ8tymNMaIMg2HDm7GpNFjOv/
sGzs9RKIf5vCZ4uznloBRBVavKIX8rkbeuKkMEzo/
MOhr6Qgk5UrL76O3dsXXJvE9LlB2CZ6AUcKtKl7UYgBa1XfAFn33FKNA2Sg4t18BpdLf92AKz4vFATC9kVfPT
15eYtFpLUJfnLQnvMnLlCnA5O8oVxrQdGxsSa3ZqI7gUvJckfIfc2FUWaiD28BBYjrYccM3D6qvE36DBqL96r
+nK7gfOqGjVGtijiwiW0WqO43mTrTpXMxuK+bCVMD3WzsGOeZrwcXd2HXw9n1lwTmhZ/
cziNDUW0qVTpMIuoc2JKuNRAddmtyTrkWEMAXsZ76fP9gEHvfEzxJMe4m/OOWY5H+
92816JNe2ahZx3ZGjpz5cFtd5aBAJkrJ80M3xNaeh9jdD8r0opULOnyyA/
tYNzjvLolxyB0tXiVjfGVfxUPhj8uANtMkG5uMbeXnuyXZde72LiZJtrJYiulVLYJ1xW1+RcCyHQ+
MQHglzfneBDUhGEmPW6i41HjBMQPNfU2amLgmRgzNee2ek0obZZvvQB8TXcJtpBTp20cTjF663peTzP8mDc6k
SpYaJyhLSI4Z44prG4ar2c8mp/DpjvpmpzuXxq/xXNQC9e0RsAgDT+x1rr+mBYoHqVuIl4W36i6M6nyAouxJ/
jgbw3oCBtXrQuIRTntLg0Gm3NOFgFrdbxDmE5FSHOCTTKGTCX4nPSvxw9nmzFd0lV4Umh9SU963yJylEMH71I
uI5y9Khvx4/TztA//731JIAL53J7P7W1Gv25zPSfv/KFNEMJxbF32h5YowQ7bU+
oFcZiC1v7NbgbhodlaGQb62g50I4ogu3sAKzNOjsKWyb+q/0HEHHadIGituCyew+
OJRRMQHouajSH6R5v9PxOhnFcuKODKYiyNTq2ccFTonPd91nClN38S7266hXWkjbfB7latPTKLP9p48aEi4uR
3cgHJAq1RBtJUhwDvJlBv1TXXEAgn84rfc6Casv5CbeRXZuavfYSVBQtgmCFeViQaAXZ/eFj+
lULzTKF6sDYQKGYwyUuyY1+Q56Bm7tsuQEtMBisuDdVnJ0zdxAtTSEdiHYXrR/NUIkhduRC+
ioXt6XxOC1CAINbyVae1oogjSks5lbML/
8HhgEiUjlVffmjUumqvEspH0Lt5Xra01uKpOmrdUjTlC4FaRHXGZcEuswrC3cg+
bUazIZmqAQ0QsP0UjQ9d1w2W+0/9y1W/asAxxLtoJ3PNqaWkYC/RA/NDwaxAQgrVZyG13mjP/
yjlB1k26ONXZDXI9jzo+1k7RUkvJfmI+S1zBPQ78YwCUr4vGUVmLTtN0cZNXrWmP/J6aWzT0+
dCLzdqIVr1Gq23OUKTQitxILmmK4E5sn7XJYKOFlMA91KfKnV4l/uld8E10dQIPTnG+Hd/
uyaChWZ3vmMaoyMhBsHmUxBnui4WI98psxK7/JqpvpQDfDYRF2Z0bOKf7PeysQV5LaDDTRhksc/
Zxjct7iBT9bufNTWfWUuT5F4srdUM9i2UEmBpUCtWhXav6jePNTLbNigEYaIUB8c//
QhT1RA1YC9XMjDxL1NKS6X5VzoSVUNtimKL9R/5NLNvNGgoCBdCwISUe/j6S6M/
Z2zjnhN1tdXyrc8j9QTMT94GPH+
FE9IxmkU4hfn5vnUv9KzLHq2iceCOaxzmwhNohjCXgHJiGc8Qte4a2GMVC0q+kP2e/VFFCp+6GFwYPI+5jJZ/
zuke6diEqPww1ruH147MjQmSLs2ctT7JvB6cXhUNUMwQMHFxsKpe4Dj4b5wRNByvEAohPu/
OgnJi1SdxmzvNEXj/HTKzqJBVl6NYYOhityBARQIihtoSVFagnWkKQykJsi7dYCvAJnulH7qT/
Cu6ZIynBM5eQ0alyhyOn1VbTAnBUtdgXUL+n4EIWBsBy8SOiRQgZYRH8SCL9H2ssVvWez/
uRMjXkpHkOvpZZUAqsLWStHrbfUrb+C+9hfcJBfgLtB4My1lv+gAraLeXoDhKp7TeZzOaqHrHg+
Z1syNMuKUNdkj5dQEoCxiQQBFUMkXtc06WENZUrN2r20EVddcYQ4T1yhFs2nwyJaE1urJSh2DwhSOlZvG90sw
SGDNDJw02708oGRfepStsH6EQ6SQjDIh3PdneVAfdSMk7pyDpLJ4gpntdi1nJVEYzjFUo/
SnVNOumEGVIZtkBuRVdj/x8L6P48+lXQcY8yw5wgY7oDRRoiSMIOCLORT/FUj/
htfzw6zLRgYhdvPwK9UGNozJUuqUvGpN/CzZa0noOHBbyTM4BmG9WdZhl4dkkrM1k/
WUljpDmEPOrQbQUkUa3GF3HDWdBBWPBPTKBGG79o0n+
Y5efxexaoTZjGVykywpLKGa3HiXpn8z9VQTUIXC7JYR9n3Le/VZ2oJtxipD5VRaQYboedx9oNMC9/
B39zoHVGCPzh7rjFqZPd3PxGUAwDZhMQGcnCkbM/GEkivzOBMyJ3/T3/wm8MDiwwCv5+l46q3u+
mDDaGwF0kxXt1FEnF189h0IXZuq5uxSF0cXHDl8bXG0At//gnlpfj2/
CNUIO3awgEaIORubkSPyXXDCVWABYvYeOhDJ7nPnZq8tdmpdm9JAO6mMIPqFGsSAGSdReYVG69QqlhW/b+
llSOmKyapFPTIFZRy3a9BI6EjVgvSI+
BHqLaIsdcjgtOSBUqk7QEuw5xFf780sS7b4gqE9mpH07q5nnHrrIFfoz3s6Ood65OGsGuPxzttjGP8SwYUNew
fPrtbEcYDa+DjiyAN60+
drZR2E46I0bUOqNZli6cmOKvKpmEcUL7Oe0dl6F9FUKayEos7a7Kf0c2J1vEXRumphBLgno43reGTU2bKSYsv
3MN3mLI+h6xRhK0YFIo32xOhRrDmtdR/CCfsfTVkLT1Jae4RIci//Wbqj+
eUVbgj1bpuDAPBUorIwUCW5h9f1EKtOB3KxjXQdg06Q0oPOQ0SDAO3ZT5csI1YwgvikQT+
w0kWcTfvRM6VJclhntJZX+
b7rots11BXps4DMkctq408BTgtRFKP97mwqOxItlpSuMvifTd28RC6HXnKgAYYX8wAiZSY53bIpsSeXky9jh/
JttAj3YHN1FwCk117Z0gTk7q/k0kkeZ+4FFAhN4N1XC81BlwFXHlsYecrJ51dISPdtOytajj4XFToLlPGEkAa
/vb8AvAoSu/eNECRQt9uAv3sSakccLIjvYSeYJt9Pbd+
lAHWB9IMuvjIQ427erT362fa9KwW2ZznYYE6LkxhVn9w7Bsn4shkrSa2y7AXBu6uERNVLN3c9Phi/
muCWsIG86h+RaXXSv2+aK7uvAMDfk4DKXhJ39aQrmmM5feKE5/av0kkoRNQZ19bAGIK+eA/wFlyWMUP/
M7jF8C/HxrPpyYhBW/zhXX/bEMXS+v2uKMvXwptMYhLBzIVNg57Sol8Nx3XBlD/
GDypVaJR7BF6q4IbIL5LKQC8G294I98fDlOu/v7k5R//
XI9jGMiPRsFTXhI94AfR5VtuCCJsBrDdtwefwq11O6mlRbrE6OWTJYb7uJxi0628boUeDktefGttAywJA12/
AVUJfKGjJNTi3wkxhTdKDnJ9rjKBEEz8Z05Tu7Kh8bk/IpTaoTdMxD29iutHHdTxEcI+IO+
fIdpCx3eMgAAonuJ9wNNRq3vebPV1VdvP7niZU7R7TH9E88vWjaFMEJQHNefbD7S54B+Ga+
39nNAKiUoDDKFzeNbZ4gpbL2Qi/YINfw7SY2FHb670ikclam7ARGtoowU6n6dAU1ZC+

29265... QyFrvesez3pyb5r7q7cizuuskcCk9qQyv0b9H/

... PxO0kAUGSH6Y6JZbGcg8rGZWnK6xzEHyQZmLg3gfyaYp7I0Bt3U82Rz7QSq3+bk6dS//XeY+6O+

... v2b0qJnTfx66Ps9GAnsakcMp38N8gbkr9Hf3HNaSOFyrOD78unJpMwkmyyrgbX9YTPmT17ZCE4NrCrtafqOLNy

... sfDWh07Hkb7PX5+93RnBGOzWJgsivJfhLDaQTMBG0xFdv1G/DnDezUrf9eGSbX7zBwys/ARXOoOEZf0J+

... 4LtzXS2ObaG85P4btUobKeO8t4k/NEJuXh/+enl/GDqUnZZf/RxDk2gBxKD/

... oT1nghO2riZlNi8NSoyz2fkhWCwUteog2kMZhvNLRHyLD3LEVL3NU/+q6qHPeOzEgqo1Ol+

... 5eqfD2ng9aunXA2iFlleaILYFMcpDeidrSivcCrJO1EnP8VqAzOpllxxS6kt+i7v7rp2fR1M6/YyMvcV+

... qeEEibzBZ3z5ekr9hHEBCxyuNeA6+

... NRd4g0dncNiYiOXRAUZqxauMGthu851WllxkPNvXqBIOoQlHPZgyx2zwTsJoDBgPAbsv5uaztpkwptsu7otE+

... w2eQi8XnzcvsTPOtfK1rz7nuhSAliWa+

... BIGXvBQChDvgwheC2HikiDyGAfmNxANErULdeGicqOttbO96j2uZfiO+Rg1wnC42B/zWRJyOT19yx+

... kL6Jl7APYeu0kXvPKgP+gqRN+CvUrSo8Zv75MBOEAJ1lQ09M6EWxQ3LC0gJU8O0zY5NXOzF/

... k7ydSR2n52Fu8STgpGCKDnNSZKhA4vjr00H8c3noHdI6Llai jIXsbWJFqHbF8/DKPrY2rcG+

... GbMgCljRfMcgFMc0cD7wuw8zn6bn2uQGr70pNCeJIjrEasOXA5PzWcr5C3WBKTyFI4PHdNo74XhCMOK6eNap3

... 4Fqs0WfBySVAXsKSdieoeECf+Ziu/0oLSMmIzrC5OdZnaARsjz/k/c67mIrwxGtmhNKxBoBtjrtnrVzy474p+

... T7boz3lJgCPH9+rOvZJ53Az/VvKjosZSb24NHDqAj+Tkmjx3dmJuQgDp12NX5OQt+

... E3ALvLEizVDKnb3sGcLGh5P92/tPmRU2/u7d4KVVz+9OHmFuRjErmAtOLy+

... mpWWCn0CbyxqXlVQm8HT1AOVdyM2IgkPp4yj1cIWLvMzQUNGIvbYP5jgRlC51+

... Dh56wSZJthFEmRbQe84a59RHJiqw34sp5xbC+2EK+

... xJYVGfMxdkusoNIHgdMyeaqtLFiSostG3iBK6QNyLh2sZGRGm2mIB703b/Nc9v1cmNsThuJdbI3ov/

... xWJs4az1Tg8SONto81OLdoTJVpWFd6oMsLmMFIIUL5lrJixTtd1b5Oxsj WGJBxmQ0ET9wE/Yq7SZnn+

... n2jSrCPiyiHza4g5g/XUaZR+zuGVq4/ADux41a3Z0HiCteugctx1AdnNdzOoUQj7V8YTw7r+

... 0d4u9DwQLveq9McA5mAENqgc6VD8Gnn4nCIbP54ZCoP1S4YQgxLuDLuJR9dsxrb66aPT1MEwEx5+

... Puku06ajpSrTWhpbbTIHpO9b037d5OOnfkFOvP7AxKNUiVSPLRvXIpRtr8128Y1wfQqIcldKGBdr45nNNRJ2

... 3f7K7t8FqkGsoWzxQ48qPPe/TWrrkPc9KUrrAEN6yvBspTNnrkENuFwlVWptOZeTeN3LDYoR40KYqqSD/

... ItAeO/GpRijEfmRQ68ow8xwgmFDNizFX9kK2rAaStLzi8yfejqEyr5NOQcbf+

... AzNgd2ANTg0PiE4jQjQV54Vr3jFIaPden/29glIqzijqQ0jUEO2DAwfXIcYiGYmJyMPSZ8K8lQsF6GgA+

... eZToRH/L0QEc7vXB8UjKlnCqzXDJ6M4PhxeqFvjCpqOR7AlhzM9oCOU8JzwURHC3WzVo2NZX06wj/+Us+

... QMGZdh2k+

... DI9VN7wgkR6FvsFjMUThtBJUHVkS2vsYY8ToahYEFpiZrhMXWZPUqmWueJWwk7WEfrjSjAkKLlJoPqBPQNxE/

... I6/+0L3bvPfnOXrbu5ErPUj5yqRdrJrSYacQgB21ZxmlLnmeklj Yhi7jUZ/Jm1MXQPNPgI+

... 1eMOTvBmeaRf6Cxh8pCLmr14hZfNJoYMBROAGDN6djlgslvT9XQuRX23aA/

... AxZ3n7yjbYqBT9zxMGiqSvnFziFg6VqNXjBiUrowSQ54zktqxe0dGOlTvOYyR77qJxOWV9CSy9pxN6PZG3msQ

... +

... yptbqqTl7LZBrgLiKGpBWnTbDMwFBHLZw7y6e1wKtFPfgnU5JRBwCWLGQywYMk0DzwC5EPopwPqH2YLmlS0Plk

... sfRsYJGe7Wu/wfOf+

... 8Kt66UpT6faIXredntGM1tWzpao2wtqmZgX4UaPO6ck3Q9kYv99MAEQaNx2x7h5snIn5iweOBt9E48q7ICUQ1

... AqPZrJouPKSexL7MSfTQ2SKouyLFyDSC6ByoPu/2BkeS5WTjtCgt2mb5X6r/Eq36mvuZ3luCvJmv+

... pE0kOCbrUus/qa9zspFMrA8F0C7k4N01UASxnE0RuuGN9t/+LZGr/BuP5qS7J9koAgKNwcFt2kcqvJarc/

... BcSwRFXNfMAM1b95QdBLLweNkPm5TZA51R/

... JubJNIfRv4GdKOMM49oSjLbNRa30xE5NbzMMKm0nhnGjadqrzSQNlGFLwdkZgTKsxINX/

... ozFw7VDKNsn0RG58Nr/

... Jv0s9dCVRgLaHlaCe8b40XBRDdpdejemVuMV6gLCOiYbzAgpQLQNyzV3Ov61GxlqL5XDmYVVj4IEIuUqiGpLT

... upWKaGiU7LhYpcHe0hB5Ek1XfWU9cjkuCdt79/E+zoYkMFX7rCVFOSZFjNiD6kR68oPhIysi1vsNqTfkDX7Z+

... N+

... I0zZqCVda7n5Gr1si2BA5cUiiygNucCgwRET6djkMxxd8lPo1UHGlCsd2C97aa9B13gWjnhQNvPdfhdDSFASO

... 6aI+p99YCS2Alo+b4npg19ysbPh+

... 4GiZLC2DjI1DnVtWFkABi8TOh54rhZHioGTpxuHErjKuICgbZbp9Eib995VRvyTRHyWzjKfbRkaKflN7dsuWH

... 6weZDnkEXmv9YOPT8gKgG9FE0dGmmnGWv4qw8UWDDSL4Gmxlic7+Qsgz0eDdyWy0w8iAnZ5Xx3d06i+SnMf++

... j3nSOwP3z1f1mwst4Zov9WDBRjvHo3jTuQ82hQEtHS9IqPgxiykYVDeDYCAZ0SbVvB8wCxBo1xCqFb/

... KZGwxcRV4nI+yUA6+l/

... 5LMuJoP62YZMS5jz9V7nZFMdhmsB4Adns9QFEaLEqIxB2ucixHShRTnCAtvacOVGlygXclcyUfeX6IuHuGA3x

... jdugArqrEMcoIW7/

... Vcs0jV0kcVdjP5YakMJdaQlaSDc8LyW7fVrgaYFgwT0ynfuoEPrXkRFGuuWnmMWwGzZpm7iltgsw3QKe+f+U/

... 92j9563BVHoArEX752kDe+

... cuTkK1aP8dqQ3woaausOe1VMFlPrah5NVDziQLabRaDvr2Ry5T9EI2RWcrJR6eMmrrnY1Dm60uQEl7No0H1Cf

... KB6baGguKKr4dp9fbUmY2VHVliUMXB7WsDA3hV15M2kCYZ0S75gAlaGdMpUPfd3aQwwXSYEFtnFfoPU58sk9

... OITrFDXMGlnGHpiAIZqVcreidNgIJ0bmdsrNJOvVZUya1ZaltKYBv20iZ0uDYGxzPatZJefe7vn1A/

... jqolCn7AlbmSJxySl3NhCgugIeh2rCrXwxTtDVSRZv4MkMdhrhJ66hEB2tm91Md/+

... s4ycZHFE7rHuqs1PbnwxK3nq/kzeENOMYA/

... vEurs9Fm80L8QxOjNjfgSInaEjtOSpTD5Yzk2xY0xCDQKpnSVppiaj/

... 90aUHFfCjhPCEkCgFdgx3fFhxFD2rfvbFKfT1YhAS/

... WfLtycApHM0ZF12U6kx3YGbmyJAaFRXPW6b2UFUlcAtylpDwu53pg1bu0lIvNQadFhII+O/

... wBDwDEyUe1BNfANi0P2A52kAw5In10QaWmjklc8X5DvcKnnq8uEDY0kJqF6om61UOKnDmpZlMtryVw9G2vuAH

... WvHSj4vu14WfpMhlEnXq4IsRoP1qj0D5vmwYYwdYaFdbYD4cszrLuqolE3skisFTY/

... WtnpDr1LRCLfSWJqAONIB5cpKGksPq8+ZmaS947ufcQrDDjGT6xYLOoCgY6qI8NixCZyNrDhHrfXz2jCT6ZyQ

... +aTojVN/3+KDpWinnjDIEOpEtNeTw4bhPRrhC+

... 9w2AyNE12QAUOMSkBmIDtryoY3UKhao2iGdofoIoO5xUE9iJ5yJP0qWyMGo61QJHzjrvyl76/WCgWArrc5mVb

29265... //q58fEER259T1e3bwe4zu23z1s1Lo6UjGBzA/
T10bbiGl2LiqYPVtJ0ETtamlsBzbINePO9FULqFhPWgQdXseXKvyrfD/CB9lPxRTalAdJlmY8SkDRFp3+
geCL1K7Z9FzfP6brAAlZHKnZPURNVX88kkGnkrdE1z5BxfEV52fdHnFu6BJrGrbJK/axNInab1yybCj/
SrBeSLvXvl+SMofsT1eqKDX+7y98upVWW/JTBsyFM0rqd9/4XIX/
3WkuoBMdKic2t5fJ8hjTC0hvFVWbpOXVSWdoB9H8OLfVnj4m+mDrnNOP/4xVFcvsyVxNHhOQbrGPNDxI/5vYp
/suJx9uV5vPQkGTyCXhUOIC/C8PjlZv6YH35IRXj66329KBFascasivbji/rLRSTWxQW9IG6S1zX2wH+
GJRr6Jv7UlLcg/e543FxHXKOeM1IlFlFGlHXGYK4mNamKxhR2BOsINf56FD6k/
w7g2JIPP4m5DLUefUxaLg4L6o2wXeYmjsOki9cL6jYS3EWb3pWFFQ4W2BujFSAEjn2JdobP9zwa0YGH+Qt/
CwPd5Mfciv9qYx1XvksAbxIw9ZUQdnUaBLKWldtDW/fhrxpGGb2fG+tQhE0L+
3tPPmn1in0oaoqixigv9lL1sT4ti4MfejXz0LzzY3ccdist57t7yiX3FiZcc3CG9S7cLwAuLogFS9MGHgvZJB
3tderKp5dkKz3QtYc6owmdrA+
0gRKEUuuPd4SO6ZNiOsqBdT2D7LgDr2gfxKtFdtYQQJvgIVxr1c0Mp6bxD5Xb5tmdtiUvQ8ppqrqd0EEkEPkM
kFnVmcpDXOYPwq0/QzxkJbDkGpxxF1cXcSoX9+fqBOT55Tt6jMVLv46TMSPUEzNX0He0ivNYh+j2eNckF4e+
9yd5LkNvTpzLFOlSMXCJkcxVnN1rm3Fft71ZS1ncDoi11Vbl8yxCVnP5YAZxXlib3LQCN9EOgcVe3qXoD2Odq
Ypwvf08+8JKZecl/lNJTJtY8RrfAHwI4HeNctgl/MXz9/vsNx+
EEP5EoLkVVdznIk3ZaxptKkI6hQo63o2ujD2F0/NWBdbUP+DvZLGfLbEz+BHOc/
rNuXWcqsdWwTBjfD2eVUHUARWMoVp+o94oSzR1QCBy+m3RtVoLbwT+r9YEawuDrIubjzqlgeANoOOvDcOdiK/
eZ82l2S+
LzXavV592pV1B6plDrhXisgB9nAZaCWkyJ97aq59vHNPtciGAAf7Vtia2zMjWJ1303k0igFIcrDcYBQNCWjC+
vfrQnHmRStY9dd0znXXPhD5wS9a/1fWRaCzpQLT9KVGzZSSg2s6quG+SWodSg/ExkVlRJND5SlLd+
x27UCwbmmSNFQT5WkyWhJBA5+xK4HRY8awql077osdmWpnVJfhi6LgfrN4swGNGwOpQasDeWCa2BHI6yur+
RDAvwQ5l+gWkE16+h022no7YmJMQBaVhZ5HRPB8vIlM9pRNbBy90l1ZnVi/uUnB4T7+EYw9DFm6/
9AcR3S2QTjWrXPO6JNGxjmkkstDCpkoh9mpOiSVCeQ24w5YEw8gmMlVOoeT8q9vgGiM6wVtxYFV9Ak6pTf/
M7vnTtsoberi7TIqjd3VaugGOKE+eKTiGC2oZcvx8KTgd3gtuTQu2lu+
LgfO4aValHr2sxYICa8lqL9YpM6Lt10IvjB4wOr2JYfDe5/yfIllRTumFbsa8eu/
BBhGXQSLpgBOFcttNY7oiLb4HU5zKv/
7Bw3vXQrfs4gIdn62oBrvy9Q54SuuSMIwDjHexi7nm1ZmQP8WYsDqjliGAVED+pR8eS+
aFiElKTEI472uL0YLDyhb2W9Hj/8w1DnLPw956CwWpkh+05mB0N0Zp6DiF+vdxngZCCGNa+vGy73fdB/
G7lmEznOG0F71eb+k9qsqbYrIEx4o355GgR57x6mLWGOyjnutpP+m/
WRn3319XhtowXVB6DVOHAIaHkVeDTcJOg5HaSOvhn07v7kklGFGG62A2tskirYHu4mQFvuAu+
GrpiThcYaTEfCqfuxjs3QITbOdutrCIuPvyJC9yAswyM4Ars5zJ7BJOWRj20e1gNPRGrWfYGJzzQ8lYXOMtymJ
CxpHuk2zQXQDWXnjXnCAIGoVF3elvFcC0tV9oExtaR3gHkHWxmBFUONDhGUbqPSrjwiFi89kOK7vDKw9GSPyp
h3wGVSn8JOe7Qxfg/sBbeJQm3ex3uluez+h/
4COIFhb5q5FeNu0ar6G6PhZBINrsqTcLniB0rNqht7mRatMjxikZz4wsp6dgn/KYaL3vkXCQG5++
ZBIYxE9RWa+eZp3kd5bDF9yPuJH3Uk0qjg8uSFQlOl/eKRxSouV5Nilo0mP9tDn5DUOFrF5mjCkF3lKuls/
CsFxs9veKWrTic8/
0L0NCbDUr3hJbW5fl3cRSi6HaYLJvSiXbDe42f5Q2IkwdXStrzHYlfzpAMngFvWN5o990EtDg82IhRXcgYIQH
6dFfHHRtPy/0ViILStoNq10Pjc5A/XgeXBb+uUIhpm7iDbLCV61ENs4F7sIt3rGoRovxW34KOpa9DdR9Bpbg+
caDTVGz6HhJy1OmFqucgelhoSko29z3J2YDZEu98570U1EV17CPb0jLfvl+01ybDkxXgelWFw/pYAKqP6Yfu/
EXAw8GonV87Pl0UH2AGN2c4YhTCwW43+
HV0yQWAgKwAD6K5pjNPLqQVJanPPo3FRcIo5JEi3yZkWqzPtEg9yoB+r+KvXEtQm3/PyO7DPerNWpevSO+i/
hF9+bGxTc90C5dWz87bIYcHAZ7f05+dJVOXm4W+YdAoXwvHb76oT8ePfF0kaS+
o8sc1G0yf8xLdYts9yKCNhH3cyrJM0YKIoD9j0h11itWysK8yYqRbJfqeaFpTkEPZACxQBTZsa8tNmAQhd7ti
PZcnfVl18fvET/OletkFngpjm81BCsQ8c+6Pr+dbPI9gy0HMYBicht1pGrvOpWGIVE/
H3c6YvsOR9KE8cckMYsT3wcSUMDaLB8/DK5pSVDeq9MtG255uJTW5+TtSJ4zzJOcYgV+
GKYNUz01PJIX1gayHyVCK8oyQd4I0ctcvzABYCdRzvwDjMHRSxZrxbYZMfCnPU2T4PAR5FKnqkTAikO+
u07S00c9GiiRvB4iTXgeAv39RYRzxhwPNQhX78r5naX8QQBRhkm3L+
sfSDkOf25dBFqaQdDsR4fyJVPSKDmL7xURmO/PPQBECsuuBYkxIfxUQ+bdl6i1vvDIYmbL+
NyhQoeIdnVsKC0A7Sj7YMyS9EJsD0NGaGAk64E4MtGBRYDjTmGsvBu80VgWKdp1Nz+
BfVRowKRQqhrIcyO4gAK+5WzPXg/Hxf1XB8WmGMW08VvPZdmyss1774PfIN9ohR3USaagxq7WB+zm9dGVqeT+
E7Xny04iCPTC60ijpZd0PDGqzUBU2uy53eLO/
C4MUFuJZSAeCIDhqQFUFkyEKvpQUjegFv6ELohTsHZpcreZ4iGD1vQBtktFgwGdBsjj8ZriHKsAUZTi/khy+
WSRM8GPZYGEeYEV5D5Un+MG3r7lWPbD6Vvfj9W0ayiisr2pVbYw/
GyA7VyGW9OEHRyxh9P2C32XlR3GYUyst8UUe5ue/
cEGXTb6GXERf5F71FQV5gqSH5sovX7E9opIpRuWEM03sezw9b4EXzoKuV8DWLOdIlzjOoVYkoYu7ZvDzHASso
2xL9yaHH/eZ1H7zWNvFYSBXq4sRgAtYHkPE7e2lnj5nxyA0nclhWOZM+
ODGot25I3eawjj4ekiciAMNxYiykOMIjWns2chg9YLAbvi+
frrHfhDesj30BX70vYdu4Twtwf1qYzKa8e0oeWD3lmDZhhkVHjx1+zJfWD5s7Pj/lv/
ChqT6xRMszU53LU98SgxaMeBCks+2QOt2fUJnKmdgJi+1HsoVlKAO4ZPg8Ne4N5Yu3b/DT0gowQAsVWQig+
zRo4TMcYrmgTJfMQxttXXNeULso9U+XnbabffSpmBP5EdE8X2UBrAe9u8CeYyzMsVO5k58sOPYD6dmHsge+
PFwvj2DerlX5jFGFsvLe6tZSC8zIkrzw+
ZgKNOcEVBzFvlQnfyQXeX9EGvHFh0UbatiPRlkxlK3QMqHb88LvYdsEOK7ugL2OpdFZBXnXioq3zjalI6lMLl
7oKgSKCSGV8CBgUQPi9xBwz6GkP0uK+nBBkdj/sNG5MhjEchRfyXZ0xcj3ARDA9XrshrXUaQHzDbVyV5XhH9+
IcABZe+7xNaPE0HswmbbCspdQebdmTWaFO223+sL+x/YAEZKnQ+8Cws7YrG1YoFrZ9I4gO1OxkotTjO0+
5TM6e01nYq02GBbttRIGL1CyrC7Cb5h6cxBN/
w04M5zW4GEqpoL9uTRtZKjb835b5vqrlipFiKaABqnQQukxiCedYVDuZlYsK6NEanHcVG85t74IRIjLOmdY5m7B
QDx9Oa4yl/Fzz7XyhtX3SGhgt+yQRD6xe1VpQ+
1U8yDPsGNMVnvtSpbboh09fTkpCDSOAsOygzdNzV6catTWkmiLtiSRFhAEEOCeIsMHrreI2JZ+

29265... 1ELkPHfezqcwvMqdR1zf2F2Y9CE0eLHRWHFy1rlv9OfdW0xCBgNNz9y0z8DU34pdHpvRRgC/2cFD+
...  t4Ic2OfsqVjeMefDF5pcKv/xFr7aMohJmFZJ5hZD/gPPM3epT7xQFCuEf5U9Wc0by9jyb1W8l+
...  KbPSZkVi7uQmVyWLsp+rYrktILbftItKM02Pvx77hpkXdfAeh7N6hbxTQHeOZzUM4yRTc+deJPoICWS+
...  B0dr2EEGx2NAAp0yhIWwHnHoS49enJvF9voZME6DyLe6az3t5nbP0YgpX3drSHaDouqrYfZ8w93oSMzkNWbZJ
...  Su/R2dqNyET36wG4Hn+j83cl4vYuI5g3ufHXXEWJoziQyVZ+2pRWrZD8JrsxPqslggbM+
...  vhJmCP3TXDJ52AMKR6dlX6stPELZOGy08EzGifmstD8iWzDTI2qOU+5Q1nwfEBbxdh8F4+
...  PZjOuZD8focwINyPEWtaCPwxaLURWtkxCPqb6DN80cIW1msqqcMGwMI58DmUc1w3bW96iE2f28STBrpH/
...  rzfclVDXUBtyqvf2zY1d5ixnQkmZnI8hZ2GlmY0HM2AHaYJM6aw6ZqNxfl40C0bdl0gLS8svzN7qmj66CC+
...  NBSHVxhB1xtaxdeJ2hNaAZfdDFjrJp75eZt1nta9UYhxezRBucwuSr0rJYwbReWJjYH3n0lPQNdsqv3Cn/gGL
...  +
...  YTEKWsoUAY26LY25mR4VTjxLjweoCz2RwGdkN56uvyu9YFLMWT05RByQJaFUskFj9OUJkYh8wPgX894Pi5SsD
...  5uEaHQgcra3v6KtQ/65VGvFeuRp6i2gqepOVmOUWprULGOagItjRKrboOjDaHML39LBQj/KzJC7vh4/uM+
...  psEFqWgNjCSdiA7SFstWuu64TT7vbpZsavseds6DQliFzmRf/
...  hf3Kb4dG6RlQ6eRZR3CokBGUvt9VQB2gjxLT3tFw074Erx4IcSdkm" />

```
29266
29267  </div>
29268
29269
29270
29271  <script type="text/javascript">
29272
29273  //<![CDATA[
29274
29275  var theForm = document.forms['Form'];
29276
29277  if (!theForm) {
29278
29279      theForm = document.Form;
29280
29281  }
29282
29283  function __doPostBack(eventTarget, eventArgument) {
29284
29285      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
29286
29287          theForm.__EVENTTARGET.value = eventTarget;
29288
29289          theForm.__EVENTARGUMENT.value = eventArgument;
29290
29291          theForm.submit();
29292
29293      }
29294
29295  }
29296
29297  //]]>
29298
29299  </script>
29300
29301
29302
29303
29304
29305  <script
...  src="/WebResource.axd?d=El5R5l7v73nYz9xONLImuGB4fS9klO4gptyxz6nEGtJxJ9y0ppkG6gR1P-
...  94grsl6MRnHXCqxn3c1qFu0&amp;t=635802997220000000" type="text/javascript"></script>
29306
29307
29308
29309
29310
29311  <script
...  src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
...  =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
...  Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
...  928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
...  2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
...  4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
```

```
<div class="aspNetHidden">




    <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
value="CA0B0334" />

    <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
value="" />

    <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
```

value="HCTaApxJLPE4Tvo6bbiv7Jmj328MzdI2hMJlGQfb1P/QprOvG0GP27YQAYU/+
3ntOP16P4OGpr467gFAlzs1W1npV+bXRSJhjdYUTw9BBrcy6vy3S2pXFW3CNV9isWbF87EWGwIPEkQvqGMJ+
jLohgLLCFHz3T5PPO1ej8ZXg9eC/MpTDSArgwFw59odNeAkPKPO4H/
qgaVGbnSb5NmoBDWsEBk5pRGL0n2svGY+Q99RSvPtB4rc/vHZTCjwSZZ5U37mPFbgZJK69toB7n2Wly/
RMaybWNAKn2y9UT2Uj7l9JPD+
8CcEgr5IVQ1Iwvo4B2M1v9wicUkV7sZKyvOpNwplwL5BmUJnPUW9wwHgowdCmGfJSxhiwNRluV7VWa5ioUvBj
Rp/bQGXxH1UMRC7B6KgvEochY9szXEulPVaAzoaTfZRiW6uiolwrAvx1ig1fsRjN6z4wX+P4foXn+
zDSOSObXAP781nrW0MPa6IW6HBVAbfQ6cxKCLgfqfRRzMjt5JRNftxmmOlhIAWo/
fd23R6vxj5kaFQoR1rTxRjwM9wWziO69CCR8bNwOAJHU8cGUEdKofdfx+DGvOT1B9M/jAPygvi38r8VsO+
NHrF6LHbfzBs8J21fpkSkMr+3Gwvh7oOxyzv6KJ9ub8ZAbhju/
4vtTJ3sYvUJf9a4qbqHAoT8kWatDXN0TKCSZxCgwW+4pi+g7vmEBwRI5YPJGD3TP2471Wdu+
a0B7RYp5LNVucsbCMDnpz2zskouiSrLkxzsiKjH7VNHf2ZDnyCpZoRNGnDtaql+
COQzFgaARo7uzNnRVkRNqYkKQ2YhDWPxNsBe998+3X5dVuLGZx/+m7i3eKNUs/utkGpgC/
kcX5HoqnGbcohAtO/wcKZjYVLYAhYeLUb2tjjDyoXM3o/X41QE+WvpcgLeudDilZPio/ontZjpbd+
ty9pZbXyDrYRC6D/Jogx4VB3AY7WrEO/pgW+GyANpR+/
10WMPRIrPbHpboCQM7mUjVXzXTt3LmyQpYGUXG50LGnFFFnv94PChQyLBlwTjU2/R9RXW+9ss38DhxQXh+
hAgl21DqdeO3dUh1BhiVNSB1DItq4wv8nRU16Kg9xB+
0V7eMTljH4kmO1EqGJdVejCoY6pqa4OhzQX1GghNBw7T1zMXNC6tzHWaQa8OIGxLxjW8ha6J7GRUszOiGxcgW
jcWfkM0XjS8O6s8dJ+S2ajkqlugM1i1y0fKNFCIVrDIwkFL/jElSIUN+7MojDt7n42Nqcgj8vj1sgxr6/X/
EWJEWwKwKWqw4vCfT0CDApBbeh0Aih9gY/MW/0iBI7oDGvdCRJXSERnff4a4BhnYn6Gq4+R0MvWn468+
PSz6bjPwFc1lh0hjVIWrY5nedP23BIGQQWZe5ikeaRgrv5PgihHVkuKa+Sk7i6S/tn87QWnSwLvjUQC5x0fDJ
/NK0guh5r7GtSLjDVQFhsVkUJpIEW8MlSppjKxrKozRvW2fhPZQXXgdXOUvj9Z+
pTg9BWBqzwKoirZVxKB2uRc2PJ/z4hFmuVVypuKhG2aq/PF3b3a1D6hJZZREdw6vlD9y5Xq+
6usRYYqVDBU9zXNCb1AdhgcPC7AjCnTH0odcoc37imQMdmlYd/
TXVSsVEOBllfI1tOBiRF9NaFovsohEejbZ7ctKr/
S5PLVVJQ8UaQ8Mjp4AY4uFbzuBlz3IV2hqka2aRz3ordt120BubQFEPE+eLDAmU6+ckUrHsThjHF2P/
7fzsDxcVN6ybfdbmKqq0qH+Htfhr72/9GsrJazFde497EQkJFTOqK9SAP+
Zxb7oonVGH8zbs3vUGgoriKma1eANvS2VdW+FTRxy1asEANO6uH68yewAyMSRlp0j/6Mj0swulC+
do2rppMOseMYheF6VHT10oKdPkUCmvJZpLHdMOPas/
HCiWyjzosh2qcYd7lH57GLhfMwQMpgy2cTOV4ddkoK2IYm+hkvgrAnI1CZRPVSYmtDae1X++j1KjR3m+
vknAT4O11sI9icxc9bPJgWJJ5Ksfm/DzJnmHYk1IIbrIDODVQot67RhKr3csg/
nsi26aJkyV1DVO1ddMTesyhWloaJ+AudaeQ7V41vCxDEt+u8gI2vLOIBo0hXy/+H6QXWzG5Pt/
0k5bGQKT9Ea8uYW+PTf8gk1KkH8O1pEDknqtAkGbY/6Xl8tDSAmOZl1EExh0yhy1bgG+
gmVn0BEuPv1c1JlcH6ywKNW17fGLj0HBwj8mA9kiKDnk0MRAmJDF88gMOcK795dKR3HEUXPCnusEi/
wrHoZIBNZkmZkRenoZ69Cy0aMqzQrkBdqxjOyOEUPdKDx+vfsoyx7+6bYprxOtMVXT0nDdH+
KG2abtVKWsPBNFsYRBqyAlJNEuHne1ErLsYcfD9SEBye9U1rzKRTo9VYb6xSNb7QgZytnwRAHJIIJ6/
pdcTyGQd9JdpAiKDVz+xNsEFqTvawM5W8B8FrBat5deBdUPxrSwbH4NhTH4mPnjY/
OwFPtpLHQtAyneoHkYdUrkfSPAkKA9ucQruq8yFPBsCl6dnF4B84za7NZx2wk0y2TdZgSVhFGRqWUSljpI/
def8nAzJzXbCGIt3dfZlQbOk1rRK/X/zQdv5wfZLLK5vkhNUA33yIoTA8+
OwCtQAxs20wXHJQeUK06QgtzR8uV9fbXng1mFyjm1x29TvTX9+S1qXCAvwcQRQ8Nxrc0W7IuBsaeF5A1+
YzCCwIQyg2P6KMTXkp2GakOGNx9BoFNsr0EiswEUfBdhoKupxeijHzJzl0C86SPOleLosLGWAjxCav16GLHpt
wW2QS5ek+
kxqUYaCLiB6TYcFQiK0HZMUb1F40E5UIO85xBbkmyqZK7KsEpszILyZKOiKgAbl1IdqEdrt9pO9BDa47ZMXFG
r3S/aMreVLsmtBvvtBWdFsiF7vyHTzj5ds0GwGapLf6qQUnI4fkwx6dshdS+
i09K8ecQpEChrcAUtXRZw5Bx9XZH0/Xavzbzcc0hhI/
t3giWIUnOE2mgRPEgZZsN5sitGPSCOG4EVFxUpsbABkD0PYSOiCM6DH1tOR6sVjiQtqN3u0oWBaFl1W/
DQNOm4kTQiHfPOWIYEt7JcNNSfJcqfQtiSOa81MfoQQrmOtGHyN2rSOaek6XX79BzSeL61K2UAqO93zm7Djmn
fGw6q3NSPc0qQHU0T2ZRioznZlm0qSgBPQP7dC1cieoFDgIqOv81k1yn0ApL1XPh4pHY3bgqlcGtqR/
sadiIuIoHlLFRMLUiwwl4hx1nwF0ubYZv8iJA311S9e8cchBrCTL29kaSHSgYWxcPNdAOdMBFH5U2c2TayN3i
8EUpo/BAUVVRHKFlqvcFITWeYedslYDZ/E7euRPRBp8+cKghz+
W962vL3LReC3kr0GC5ciQZUvTBgMFdJ3T2d6PfWOCrI+
Aeg8CTh98lzkz8NFU1jXIsY9saIBtJNpJUDQ0XOL3r4zb4QoNmeOwmXODSyaKSbZTVNtJ00eJZToOr7JTKvu2
hNTEl3iTlsdaHMyV/SJu50N5LyAuU1mxH+NSJ/Q0kytk9P0649QyLtqx+
IfzOXnPVyELHhID0Sx6VUAJtQBzKzydMNaWzMH+5jYgBD6cbqR0AupuaR+n3MLDepaG+
6YOHrw3MoiD0HE0eQ37jKhTj3JahO0Kk/qbAmy44fCOjpwh6hdMfA0T4fVHVhdYdArSN/yZMPl9xH+
JqoVhdTmMwkPj2K25o+GIPfIIKohB0hTiAc0Ub/O6uLVrX0FReG/8Hk0Dx993mesfOQPXd0rR+
```

29321 z698183SMjIyIyysIrdxasicclJrP59hAeeArnKBnnHRdScxxLlM9LxHuUDaWLEP8NqgHmodRaWfmeB6pak8uv
OaEiCBDuAqJoVwmiZT09In4hMDQxMwd0z2bxJ8nuPXqPFy/ag+
CziLyYWqa298rH8nbS3DM81lZaCrllj0b1VyVnZoaIYn5AnYVknjlsgEqivoingeiwOgFWDZid5dObJK61qe3
OKFH/teBXITMDeUPk9g7gSj5f5UVzd30q0TDkHZ7yAjTptzCpZtXDrEJYIsQ5UV1f3Mux7dFtxmzzmcf+
gIEKHhx5wgxuqwh0v9B/OzOfVMqZO2i1Iib3NrH8oM2C1/
0N3ZVJLRbTHCkqGIXVfY15F9TA6ae81Mj5viwcStsx8pnmzicp8pTFMkLqAQMnJ5D4y6ZHKsSMmMEWaRQuH+
bAm8ujQaXV35P/qFce1CMQXahVJjPluwowYoyInWU+vvZIsyGXd+UY/
c1Xr3lJraN6w7X32NbuP2AN6O4hUpXqOwQEO8uiSt7baFIs0GnOrsNxVpvaKDTnuzUDNEK79+
SftLMoD1NXbSgkhT2lEiA5KO44AZp7y1VytUN1Ry/KzKT1EnCQGn8VkhCM1kNGyKl6jG9G316/e7FHVm+
SIcDN5IUFbhwiFbdKKy+
wH6oSumnsPw07RQDNRhw1oqLl9qMjxcoI3JakAkjpeTRXX7T5aMRhKFtDII7u7Ue8XHxQ5Ipzf5hBDkCtpRoI
312H9HLqv7TJyy3FbxpIKSZfJ6v2D2aLYwWZ1bCNrjeyxLRGDkFs8sbSMS+
lPXRxORgPfGINkbgcAGFBjtA21uWI9cFnSmBlNBE5Vh0BaOVIg1ni71lWDhwipLvBQAsuo9Y9PKTDZNhjHQRW
SyylBWEn/CfF/oLxQx4kR5e8tbkd0PYc+PfS9qJPv3Mfa5r1Wfzk5EwLgUyFdXyJMCxo4QvrXG/
qmYrf3a6yOrqqwPZCmd0cVUITPsewkMxq+AlEIuzWLWOIDrUCzrpqkDtVYqjyi/Sz4sYnQgB5hwRVyFeIZ/
RseI6eE66p9/OwpFn01/B+vF2giT3ulUX2us+jSJ5RcRveVSQrxc0rv7Bkaqgeqm34sW5FOdq7MCDkO/
ueptcJiviQk9uAln/x1AW9y9PVETy0U5FvihXQkdvlRaDpSMSxO23PBQHQu+
3gd3LCAIS7xhudEbC6ytE83cHz+9TVSC+KkuqMHjL2OwJNhJcuqYKIwj7CoV6hx40+hNE75LZyTUe+
swCxtwWDIg41bYxpIefvbmneMCrioqbE+SNBX5TSCVjhC5j+
zorVzDjjTJ1dySWQgDAmpJd8PoDXKhBppozgpJfRTeqSjKVznnt0imL8+
531zZSfTzdvajJZYu7prwSEld28OUOQlXwayt9s3gCG9d9ojmsng11LxNK0F49z75HlqQl8hRZ9JnpcauKqLO
duHbh2eeyYtIidZuq5rO9U71RFPD5HTP/ovzp5GJ9CdUAIJeg7ZuzKsz2gCKtydOEKTCxeVzT74Ahn+
p3Mf2KA/z0v90N2cv1VZnbeomClOFdUIUEHXIxKORGdMLfLFDod3RgBNj/
sdXK0n5LumfRWHBvib4hGGOLaAoXin9GhH4YwMPVrugoonEkCzZfZxrneRwa47GFWC4EgPvu/
nePsng0pz8oFmaa50SxW6C+C0MeAPfJF18I0y77Ajl0/aabF9p9RvyCAEDki5/YPc8KB/
mGOGVNu9EatDR2hvh1ww43eIFOs1vXFNrwVkjaM06qbvQd9jVFxxtT6XvQXZ91ls/H9Ww2/
IBXPOzRrRJ7oaPpBoGADYW9QW11IQleCvywMqHQcO7HmIm3JBWWoMB+Re8wYQTsPKtFAP9yISag5DQptRyGf/
Bk+rvLYM17ePNPZUksKtCXn+ANjS9b9VqBILHnizQOpGFU37vnCPnfKQs/
aLvs7gtxeUubl5JVfXJdtFtXG58LqvbTc4zAVKVBsaceeXKvsIc0H9zA9r0v9PpV0kWStrc5CN9nzjM6iZvxT
nFFyqPVrYrwkmqUMLC10O1cP7/NETR1fAaWX2S/ocuM8WGBlRsI/
CQrYffD167TBbhulRW1q1EtNo6sW7If5ECp1+LRLj8sFd0/3N+
CU0AyszwLYTKfQCUxB0mgjaxwIUrGPrYb6WU1K9kkWPOG+BZN+fYh+3UMdGt+FJ/
ifPoQzrMEB0fLqFYvWrgnqN7iqFznLuR1j/ny2aZnJUMMrGMXxrTJI781tU7CFBGdhSn8Ck+
HSEIecYKKAKMXfEebHtqolJtkhIwu62mWC9gO1WCKLtJu5cypSqZfJ1VUQ==" />

29322
29323
```
</div><script src="/Portals/0/Skins/BJSPH/js/bootstrap.js?cdv=42"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJSPH/js/jquery.fancybox.js?cdv=42"
type="text/javascript"></script><script
src="/Portals/0/Skins/BJSPH/js/global.js?cdv=42"
type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=42"
type="text/javascript"></script><script src="/js/dnncore.js?cdv=42"
type="text/javascript"></script><script type="text/javascript">
```

29324
29325 `//<![CDATA[`
29326
29327
```
Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
'');
```

29328
29329 `//]]>`
29330
29331 `</script>`
29332
29333
29334
29335
29336
29337
29338
29339
29340
29341
29342
29343 `<div class="push">`
29344
29345 `        <!-- Header : row1,2,3-->`
29346
29347

```
<script>

    (function () {

        var cx = '005103968578414331976:41gbwjtodqk';

        var gcse = document.createElement('script');

        gcse.type = 'text/javascript';

        gcse.async = true;

        gcse.src = (document.location.protocol == 'https:' ? 'https:' : 'http:') +

            '//cse.google.com/cse.js?cx=' + cx;

        var s = document.getElementsByTagName('script')[0];

        s.parentNode.insertBefore(gcse, s);

    })();

</script>




<!-- Header -->

<!-- Row 1: phone-->

<div class="row1 hidden-xs">

    <div class="container">

        <div class="col-md-6 col-sm-7 row1Left">

            <span>Find A Doctor or Make An Appointment: </span>

            <a class="tel" href="tel:6369289355">636.928.WELL</a>

        </div>

        <div class="col-md-6 col-sm-5 row1Right">General Information: <a
… href="tel:6369169000" class="tel">636.916.9000</a></div>

    </div>

</div>



<!-- Row 2: Logo & Search-->

<div class="row2 logoRow">

    <div class="container">

        <div class="row grid">

            <div class="col-md-3 col-sm-3 row2Left">

                <div class="row mHeader">

                    <div class="col-xs-1 visible-xs mHeaderL"><a data-toggle=".push"
… class="mOpen" href="#"><span class="icon-menu"></span><span
```

```
29413…   class="iconLabel">Menu</span> </a></div>
29414
29415                      <div class="col-sm-12 col-xs-10 mHeaderM">
29416
29417                          <a href="/">
29418
29419                              <img width="100%" alt=""
    …   src="/Portals/0/Skins/BJSPH/images/logo.jpg"></a>
29420
29421                      </div>
29422
29423                      <div class="col-xs-1 visible-xs mHeaderR"><a
    …   data-target="#modalContact" data-toggle="modal" class="mCall"><span
    …   class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
29424
29425                  </div>
29426
29427              </div>
29428
29429              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
29430
29431
29432
29433              </div>
29434
29435              <div class="col-md-5 col-sm-4 row2right">
29436
29437                  <div class="input-group">
29438
29439
29440
29441                      <gcse:searchbox-only resultsurl="/Search"
    …   enableImageSearch="false" newwindow="false"
29442
29443                          queryparametername="search"></gcse:searchbox-only>
29444
29445                      <img class="img-submit" src="/images/1x1.GIF" width="38" />
29446
29447                  </div>
29448
29449                  <div class="hidden-xs contactWrap">
29450
29451                      <a href="/About/Directions-and-Campus-Maps"><span
    …   class="icon-get-directions"></span> Get Directions</a><a
    …   href="/contact-us"><span class="icon-contact"></span> Contact Us</a>
29452
29453                  </div>
29454
29455              </div>
29456
29457          </div>
29458
29459      </div>
29460
29461   </div>
29462
29463
29464
29465   <!-- Row 3: Top Menu -->
29466
29467   <div class="mainHeader">
29468
29469      <div class="container">
29470
29471          <nav id="mainNav">
29472
29473              <ul id="navmenu">
29474
```

```
29475                    <li id="physicians">
29476
29477                    <div class="navlink">
29478
29479                            <a href="/physicians"><span class="nav-text">Find a
     Doctor</span><span class="icon-arrow-right-generic visible-xs"></span></a>
29480
29481                            <div class="nav-line"> </div>
29482
29483                    </div>
29484
29485
29486
29487                    </li>
29488
29489                    <li class="navvert">
29490
29491                            <div class="vert"></div>
29492
29493                    </li>
29494
29495                    <li id="medicalservices">
29496
29497                    <div class="navdrop">
29498
29499                            <a href="/medical-services"><span class="nav-text">Medical
     Services</span><span class="icon-arrow-right-generic visible-xs"></span></a>
29500
29501                            <div class="nav-line"> </div>
29502
29503                    </div>
29504
29505                            <div class='dropBox'><div class='row'><div class='col-md-3
     col-sm-3'><ul><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Cancer-Care' target='_self'><h4>Cancer
     Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Convenient-Care'
     target='_self'><h4>Convenient Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Diabetes-Care'
     target='_self'><h4>Diabetes Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Digestive-Care'
     target='_self'><h4>Digestive Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/medical-services/emergency-room'
     target='_self'><h4>Emergency Room</h4></a></li></ul></div><div class='col-md-3
     col-sm-3'><ul><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Heart-Care' target='_self'><h4>Heart Care
     </h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Imaging'
     target='_self'><h4>Imaging</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Neurology-and-Stroke'
     target='_self'><h4>Neurology and Stroke</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Occupational-and-Physical-Therapy'
     target='_self'><h4>Occupational and Physical Therapy</h4></a></li><li class='line
     '><a href='http://www.bjsph.org/Medical-Services/Orthopedics'
     target='_self'><h4>Orthopedics</h4></a></li></ul></div><div class='col-md-3
     col-sm-3'><ul><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Pediatric-Care'
     target='_self'><h4>Pediatric Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Primary-Care' target='_self'><h4>Primary
     Care</h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Respiratory-Care'
     target='_self'><h4>Respiratory Care </h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Sleep-Disorders'
     target='_self'><h4>Sleep Disorders</h4></a></li></ul></div><div class='col-md-3
     col-sm-3'><ul><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Surgery' target='_self'><h4>Surgery
     </h4></a></li><li class='line '><a
     href='http://www.bjsph.org/Medical-Services/Womens-Services'
```

```
29505    target='_self'><h4>Women's Services</h4></a></li><li class='line blue-url'><a
  …      href='http://www.bjsph.org/Medical-Services/Wound-Care' target='_self'><h4>Wound
  …      Care</h4></a></li><li class='line blue-url'><a href='http://www.progresswest.org/'
  …      target='_blank'><h4>Progress West Hospital</h4></a></li></ul></div></div></div>
29506
29507                    </li>
29508
29509                    <li class="navvert">
29510
29511                        <div class="vert"></div>
29512
29513                    </li>
29514
29515                    <li id="patientsvisitors" class="">
29516
29517                        <div class="navdrop">
29518
29519                            <a href="/patients-visitors"><span class="nav-text">Patient
  …      &amp; Visitor Information</span><span class="icon-arrow-right-generic
  …      visible-xs"></span></a>
29520
29521                            <div class="nav-line add"> </div>
29522
29523                        </div>
29524
29525                            <div class='dropBox'><div class='row'><div class='col-md-3
  …      col-sm-3'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Advance-Directive-pdf'
  …      target='_self'><h4>Advance Directive Printable Document</h4></a></li><li class='line
  …      '><a href='http://www.bjsph.org/About/Directions-and-Campus-Maps'
  …      target='_self'><h4>Directions and Campus Maps          </h4></a></li><li class='line
  …      '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Financial-Assistance-Billing-
  …      Resources' target='_self'><h4>Financial Assistance & Billing
  …      Resources</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li class='line
  …      '><a href='http://www.bjsph.org/Patients-Visitors/Gifts' target='_self'><h4>Gifts
  …      </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-Admissions'
  …      target='_self'><h4>Patient Admissions          </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-and-Family-Advisory-Council'
  …      target='_self'><h4>Patient and Family Advisory Council
  …      </h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Patient-Rights-and-Responsibilities'
  …      target='_self'><h4>Patient Rights and Responsibilities          </h4></a></li><li
  …      class='line '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Request-An-Appointment'
  …      target='_self'><h4>Request An Appointment</h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-and-Visitors/Request-Medical-Records'
  …      target='_self'><h4>Request Medical Records          </h4></a></li></ul></div><div
  …      class='col-md-3 col-sm-3'><ul><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Spiritual-Care'
  …      target='_self'><h4>Spiritual Care          </h4></a></li><li class='line '><a
  …      href='http://www.bjsph.org/Patients-Visitors/Visiting-Hours'
  …      target='_self'><h4>Visiting Hours          </h4></a></li></ul></div></div></div>
29526
29527                    </li>
29528
29529                    <li class="navvert">
29530
29531                        <div class="vert"></div>
29532
29533                    </li>
29534
29535                    <li id="classesandevents">
29536
29537                        <div class="navdrop">
29538
29539                            <a href="/classes-and-events"><span class="nav-text">Classes
```

```
29539…  and Events</span> <span class="icon-arrow-right-generic visible-xs-9"></span></a>
29540
29541                          <div class="nav-line"> </div>
29542
29543                  </div>
29544
29545                  <div class='dropBox'><div class='row'><div class='col-md-4
    …  col-sm-4'><ul><li class='line '><a
    …  href='http://www.bjsph.org/Classes-and-Events/St-Louis-Childrens-Hospital-Classes'
    …  target='_self'><h4>St. Louis Children's Hospital
    …  Classes</h4></a></li></ul></div></div></div>
29546
29547                  </li>
29548
29549                  <li class="navvert">
29550
29551                          <div class="vert"></div>
29552
29553                  </li>
29554
29555                  <li id="giving">
29556
29557                          <div class="navlink">
29558
29559                                  <a href="http://www.bjsp-pwfoundation.org/"
    …  target="_blank"><span class="nav-text">Giving</span><span
    …  class="icon-arrow-right-generic visible-xs"></span></a>
29560
29561                                  <div class="nav-line"> </div>
29562
29563                          </div>
29564
29565
29566
29567                  </li>
29568
29569              </ul>
29570
29571              <ul class="visible-xs contactWrapM">
29572
29573                  <li><a href="/About/Directions-and-Campus-Maps"><span
    …  class="icon-get-directions"></span><span>Get Directions</span><span
    …  class="icon-arrow-right-generic"></span></a></li>
29574
29575                  <li><a href="/Contact-Us"><span
    …  class="icon-contact"></span><span>Contact Us</span><span
    …  class="icon-arrow-right-generic"></span></a></li>
29576
29577              </ul>
29578
29579          </nav>
29580
29581      </div>
29582
29583  </div>
29584
29585
29586
29587
29588
29589  <div class="overlay"></div>
29590
29591
29592
29593  <!-- Modal Contact Box on mobile-->
29594
29595  <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
    …  id="modalContact" class="modal">
```

```
        <div class="modal-contact">

            <div class="modal-content">

                <div class="modal-header">

                    <h4 class="modal-title">Call Us</h4>

                </div>

                <div class="modal-body">

                    <div class="mBtn">

                        <div class="mBtnLeft"><span class="icon-phone"></span></div>

                        <div class="mBtnRight">

                            Find A Doctor or Make<br>

                            An Appointment<br>

                            <div class="phone-number"><a
href="tel:6369289355">636.928.WELL</a></div>

                        </div>

                    </div>

                    <div class="mBtn">

                        <div class="mBtnLeft"><span class="icon-phone"></span></div>

                        <div class="mBtnRight genInfo">

                            General Information<br>

                            <div class="phone-number"><a
href="tel:6369169000">636.916.9000</a></div>

                        </div>

                    </div>

                    <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>

                </div>

            </div>

        </div>

</div>


<script type="text/javascript">

    $(document).ready(function () {

        var rootId = 'home';

        $("#navmenu > li").each(function () {

            if (this.id == rootId) {

                $(this).addClass("active");
```

```
29662                    }
29663
29664
29665            });
29666
29667
29668
29669            //var width = (window.innerWidth > 0) ? window.innerWidth : screen.width;
29670
29671            //alert(width);
29672
29673        });
29674
29675    </script>
29676
29677
29678
29679
29680
29681        <!-- Rotating Banner -->
29682
29683        <div id="globalBannerArea" class="globalBannerArea">
29684
29685            <div id="dnn_TopPane1" class="h_TopPane1">
29686
29687            <div class="DnnModule DnnModule-ResponsiveRotator DnnModule-415"><a
        name="415"></a><div id="dnn_ctr415_ContentPane"><!-- Start_Module_415 --><!--
29688        Start of DoubleClick Floodlight Tag: Please do not remove
29689        Activity name of this tag: Barnes-Jewish St. Peters Hospital Home Page~IP158408
29690        URL of the webpage where the tag is expected to be placed: http://www.bjsph.org/
29691        This tag must be placed between the <body> and </body> tags, as close as possible to
        the opening tag.
29692        Creation Date: 06/22/2015
29693        -->
29694        <script type="text/javascript">
29695        var axel = Math.random() + "";
29696        var a = axel * 10000000000000;
29697        document.write('<img
        src="https://ad.doubleclick.net/ddm/activity/src=4924268;type=ip158408;cat=barne0;ord
        =' + a + '?" width="1" height="1" alt=""/>');
29698        </script>
29699        <noscript>
29700        <img
        src="https://ad.doubleclick.net/ddm/activity/src=4924268;type=ip158408;cat=barne0;ord
        =1?" width="1" height="1" alt=""/>
29701        </noscript>
29702        <!-- End of DoubleClick Floodlight Tag: Please do not remove --><div
        id="dnn_ctr415_ModuleContent" class="DNNModuleContent ModResponsiveRotatorC">
29703
29704
29705
29706
29707
29708        <link href="/DesktopModules/ResponsiveRotator/css/owl.carousel.css" rel="stylesheet"
        />
29709
29710        <script src="/DesktopModules/ResponsiveRotator/js/owl.carousel.min.js"></script>
29711
29712        <script src="/DesktopModules/ResponsiveRotator/js/customrotator.js"></script>
29713
29714
29715
29716
29717
29718            <div class="rotatorRow">
29719
29720                <div id="rotatorNav"><a class="btn prev"><img
        src="/DesktopModules/ResponsiveRotator/images/h-arrow-left.png" /></a><a class="btn
```

```
29720…  next"><img src="/DesktopModules/ResponsiveRotator/images/h-arrow-right.png"
  …    /></a></div>
29721
29722            <div class="rotatorWrap">
29723
29724              <div class="owl-carousel owl-theme" id="rotator">
29725
29726
29727
29728        <div class="item" id="homebanner1"  style="background-color: ;">
29729
29730          <div class="captionWrap">
29731
29732            <div class="caption-border">
29733
29734              <div class="caption">
29735
29736                <div class="caption-title">
29737
29738                  <h1 class="hidden-xs handwrite">PEACE OF MIND
  …    IS <span class="hidden-xs"><br /></span>YOUR BEST MEDICINE</h1>
29739
29740                </div>
29741
29742                <p>
29743
29744
29745
29746                </p>
29747
29748                <a style="width: 230px;" class="btnLearnMore"
  …    href="http://test1.com">Learn More ></a>
29749
29750                <div class="optCaption"><span></span><span>YOUR BEST
  …    MEDICINE</span></div>
29751
29752              </div>
29753
29754            </div>
29755
29756          </div>
29757
29758        </div>
29759
29760
29761
29762        <div class="item" id="homebanner2"  style="background-color: ;">
29763
29764          <div class="captionWrap">
29765
29766            <div class="caption-border">
29767
29768              <div class="caption">
29769
29770                <div class="caption-title">
29771
29772                  <h1 class="hidden-xs handwrite">SKILLED HANDS
  …    ARE <span class="hidden-xs"><br /></span>YOUR BEST MEDICINE</h1>
29773
29774                </div>
29775
29776                <p>
29777
29778
29779
29780                </p>
29781
29782                <a style="width: 230px;" class="btnLearnMore"
```

Page 778

```
29782…   href="http://bjsptest.bjc.org/medical-services/surgery-services">Learn More ></a>
29783
29784                              <div class="optCaption"><span></span><span>YOUR BEST
…       MEDICINE</span></div>
29785
29786                          </div>
29787
29788                      </div>
29789
29790                  </div>
29791
29792          </div>
29793
29794
29795
29796          <div class="item" id="homebanner3"  style="background-color: ;">
29797
29798              <div class="captionWrap">
29799
29800                  <div class="caption-border">
29801
29802                      <div class="caption">
29803
29804                          <div class="caption-title">
29805
29806                              <h1 class="hidden-xs handwrite">YOUR BEST
…       MEDICINE <span class="hidden-xs"><br /></span>IS CLOSE TO HOME</h1>
29807
29808                          </div>
29809
29810                          <p>
29811
29812
29813
29814                          </p>
29815
29816                          <a style="width: 230px;" class="btnLearnMore" href="">Learn
…       More ></a>
29817
29818                          <div class="optCaption"><span></span><span>IS CLOSE TO
…       HOME</span></div>
29819
29820                      </div>
29821
29822                  </div>
29823
29824              </div>
29825
29826          </div>
29827
29828
29829
29830          </div>
29831
29832          </div>
29833
29834      </div>
29835
29836
29837
29838
29839
29840   </div><!-- End_Module_415 --></div>
29841
29842   </div><div class="DnnModule DnnModule-ContainerTagsManager DnnModule-621"><a
…       name="621"></a><div id="dnn_ctr621_ContentPane"><!-- Start_Module_621 --><div
…       id="dnn_ctr621_ModuleContent" class="DNNModuleContent ModContainerTagsManagerC">
29843
```

```
29844        <img height="1" width="1" style="border-style:none;" alt=""
...    src="//insight.adsrvr.org/track/conv/?adv=6d88sk1&ct=0:f95g5hh&fmt=3"/>
29845
29846   </div><!-- End_Module_621 --></div>
29847
29848   </div></div>
29849
29850        </div>
29851
29852
29853
29854        <!-- Video -->
29855
29856
29857
29858
29859
29860        <!-- Content Pane -->
29861
29862        <div class="row-content">
29863
29864           <div class="container">
29865
29866              <div id="dnn_ContentPane" class="h_ContentPane">
29867
29868              <div class="DnnModule DnnModule-DNN_HTML DnnModule-421"><a
...    name="421"></a><div id="dnn_ctr421_ContentPane"><!-- Start_Module_421 --><div
...    id="dnn_ctr421_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
29869
29870        <div id="dnn_ctr421_HtmlModule_lblContent" class="Normal">
29871
29872
29873           <div class="h_ContentPane">
29874   <div> </div>
29875   <div> </div>
29876   <div class="content-block gray-border-bottom">
29877   <div class="inner align-center">
29878   <div class="headline1">BARNES-JEWISH ST. PETERS HOSPITAL</div>
29879   <div>For more than 35 years, Barnes-Jewish St. Peters Hospital has provided
...    accessible, world-class health care to St. Charles, Warren and Lincoln Counties. Our
...    staff of more than 400 physicians is equipped with all the latest technology and
...    medical innovations—ready to help you and your family when it matters the most.</div>
29880   </div>
29881   </div>
29882   </div>
29883
29884
29885   </div>
29886
29887
29888
29889   </div><!-- End_Module_421 --></div>
29890
29891   </div><div class="DnnModule DnnModule-ImagesCarousel DnnModule-416"><a
...    name="416"></a><div id="dnn_ctr416_ContentPane"><!-- Start_Module_416 --><div
...    id="dnn_ctr416_ModuleContent" class="DNNModuleContent ModImagesCarouselC">
29892
29893
29894
29895
29896
29897
29898
29899   <div class="bottomSliderContainer">
29900
29901        <!-- banner content -->
29902
29903        <div style="width: 970px; overflow: hidden; height: 157px;" class="ui-carousel"
```

Page 780

```
29903…  id="carousel6">
29904  <div class="item" style="width: 270px; height: 250px;">
29905  <div class="headline orange">
29906  <a target="_blank" href="/medical-services/breast-health-and-womens-center">Breast
   …   Health</a>
29907  <span>B</span>
29908  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   WomenBreastHealthMammogram.jpg" />
29909  </div>
29910  <div class="bodyContent">
29911  Breast Health<br />
29912  <a href="/medical-services/breast-health-and-womens-center" class="learnMore">Learn
   …   More &gt;</a>
29913  </div>
29914  </div>
29915  <div class="item">
29916  <div class="headline blue">
29917  <a target="_blank" href="/Medical-Services/Cancer/Siteman-Cancer-Center">Siteman
   …   Cancer Center</a>
29918  <span>S</span>
29919  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   SitemanCancer.jpg" />
29920  </div>
29921  <div class="bodyContent">
29922  Siteman Cancer Center<br />
29923  <a href="/Medical-Services/Cancer/Siteman-Cancer-Center" class="learnMore">Learn More
   …   &gt;</a>
29924  </div>
29925  </div>
29926  <div class="item">
29927  <div class="headline green">
29928  <a target="_blank" href="/medical-services/cardiology-center">Cardiology Center</a>
29929  <span>O</span>
29930  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   CardiologyHeartVascular.jpg" />
29931  </div>
29932  <div class="bodyContent">
29933  Cardiology Center<br />
29934  <a href="/medical-services/cardiology-center" class="learnMore">Learn More &gt;</a>
29935  </div>
29936  </div>
29937  <div class="item">
29938  <div class="headline orange">
29939  <a target="_blank" href="/medical-services/imaging">Imaging</a>
29940  <span>I</span>
29941  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   ImagingCTScanMRIMammogram.jpg" />
29942  </div>
29943  <div class="bodyContent">
29944  Imaging<br />
29945  <a href="/medical-services/imaging" class="learnMore">Learn More &gt;</a>
29946  </div>
29947  </div>
29948  <div class="item">
29949  <div class="headline blue">
29950  <a target="_blank" href="/medical-services/orthopedics">Orthopedics</a>
29951  <span>O</span>
29952  <img alt=""
   …   src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
   …   OrthopedicsRehabSpineHipKnee.jpg" />
29953  </div>
29954  <div class="bodyContent">
29955  Orthopedics<br />
29956  <a href="/medical-services/orthopedics" class="learnMore">Learn More &gt;</a>
```

```
29957  </div>
29958  </div>
29959  <div class="item">
29960  <div class="headline green">
29961  <a target="_blank" href="/medical-services/surgery-services">Surgery</a>
29962  <span>S</span>
29963  <img alt=""
    …  src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-Surgery.
    …  jpg" />
29964  </div>
29965  <div class="bodyContent">
29966  Surgery<br />
29967  <a href="/medical-services/surgery-services" class="learnMore">Learn More &gt;</a>
29968  </div>
29969  </div>
29970  <div class="item">
29971  <div class="headline orange">
29972  <a target="_blank" href="/medical-services">Medical Services</a>
29973  <span>M</span>
29974  <img alt=""
    …  src="/Portals/0/Images/Services%20Rotator/BarnesJewishStPetersHospitalModule-
    …  MedicalServicesDefault.jpg" />
29975  </div>
29976  <div class="bodyContent">
29977  Medical Services<br />
29978  <a href="/medical-services" class="learnMore">Learn More &gt;</a>
29979  </div>
29980  </div>
29981  </div>
29982
29983      <a href="#" id="ui-carousel-next">
29984
29985          <img src="/desktopmodules/imagescarousel/images/carousel-arrow-right.png"
    …  alt=""></a>
29986
29987      <a href="#" id="ui-carousel-prev">
29988
29989          <img src="/desktopmodules/imagescarousel/images/carousel-arrow-left.png"
    …  alt=""></a>
29990
29991  </div>
29992
29993
29994
29995
29996
29997  <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.core.js"
    …  type="text/javascript"></script>
29998
29999  <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.widget.js"
    …  type="text/javascript"></script>
30000
30001  <!--CDF(Css|DesktopModules/ImagesCarousel/css/ImagesCarousel.css?cdv=42)-->
30002
30003  <script src="/DesktopModules/ImagesCarousel/js/jquery.ui.rcarousel.js"
    …  type="text/javascript"></script>
30004
30005  <script src="/DesktopModules/ImagesCarousel/js/script.js"
    …  type="text/javascript"></script>
30006
30007
30008
30009  </div><!-- End_Module_416 --></div>
30010
30011  </div></div>
30012
30013          </div>
30014
```

```
30015    </div>
30016
30017
30018
30019        <!-- Bottom Left and Right Pane -->
30020
30021        <div class="row-content h_mainbottompane">
30022
30023            <div class="container">
30024
30025                <div id="dnn_BottomLeftPane" class="h_bottomleftpane float-left">
30026
30027                    <div class="DnnModule DnnModule-DNN_HTML DnnModule-420"><a
…    name="420"></a><div id="dnn_ctr420_ContentPane"><!-- Start_Module_420 --><div
…    id="dnn_ctr420_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
30028
30029        <div id="dnn_ctr420_HtmlModule_lblContent" class="Normal">
30030
30031        <div class="h_bottomleftpane_content"><img alt=""
…    src="/portals/0/Images/BarnesJewishStPetersHospital-FindADoctor.jpg" /></div>
30032
30033    </div>
30034
30035
30036
30037    </div><!-- End_Module_420 --></div>
30038
30039    </div></div>
30040
30041                <div id="dnn_BottomRightPane" class="h_bottomrightpane float-right">
30042
30043                    <div class="DnnModule DnnModule-PhysicianSearch DnnModule-417"><a
…    name="417"></a><div id="dnn_ctr417_ContentPane"><!-- Start_Module_417 --><div
…    id="dnn_ctr417_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
30044
30045
30046
30047
30048
30049
30050
30051
30052
30053
30054
30055
30056
30057    <link type="text/css"
…    href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
…    rel="stylesheet" />
30058
30059    <link type="text/css"
…    href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
…    rel="stylesheet" />
30060
30061    <link type="text/css"
…    href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
…    />
30062
30063
30064
30065    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
…    rel="stylesheet" />
30066
30067    <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
…    rel="stylesheet" />
30068
30069
```

```
30070
30071 <script
  …  src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-Il2YFs1k-
  …  AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
30072
30073
30074
30075 <!-- Add fancyBox -->
30076
30077 <link rel="stylesheet"
  …  href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
  …  type="text/css" media="screen" />
30078
30079 <script type="text/javascript"
  …  src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
  …  script>
30080
30081
30082
30083 <span id="dnn_ctr417_View_lblError" style="color:Red;font-weight:bold;"></span>
30084
30085
30086
30087
30088
30089
30090
30091
30092
30093 <div class="physician-search physician-info-group">
30094
30095     <div class="physicianInfoGroup">
30096
30097         <div class="physicianInfoWrap">
30098
30099             <div class="box-heading physicianInfoBar visible-xs hidden">
30100
30101                 <h4 class="box-title-1">
30102
30103                     <a href="#physicianInfoPanel">
30104
30105                         <span class="barspan"><span
  …  id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find A
  …  Doctor</span></span>
30106
30107                         <span class="baricon icon-accordion-closed"></span>
30108
30109                     </a>
30110
30111                 </h4>
30112
30113             </div>
30114
30115             <div id="physicianInfoPanel" class="box">
30116
30117                 <div class="box-inner">
30118
30119                     <h2 class="hidden-xs">
30120
30121                         <span
  …  id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find A
  …  Doctor</span></h2>
30122
30123                     <div class="boxRow">
30124
30125                         <div class="col-md-6 col-sm-6 boxLeft">
30126
30127                             <div class="boxLeftWrap">
```

```
30128
30129                                    <div class="boxLeftTop">
30130
30131                                        <h4>Search By Last Name</h4>
30132
30133                                        <div class="input-group">
30134
30135                                            <!-- 2013.2.717.40 --><span
      id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
      RadInput RadInput_Default" style="width:100%;"><input
      id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"
      name="dnn$ctr417$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
      riEmpty searchInput" value="Search..." type="text" /><input
      id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
      name="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
      /></span>
30136
30137                                            <div class="input-group-btn">
30138
30139                                                <input type="submit" class="btn
      btn-search" value="Go"
      onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
30140
30141                                            </div>
30142
30143                                        </div>
30144
30145                                    </div>
30146
30147                                    <div class="boxLeftBot">
30148
30149                                        <h4>Browse by Specialty</h4>
30150
30151                                        <div class="selectWrap">
30152
30153                                            <select
      name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhyscianSpecialty"
      id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
      class="physicianSpecialty">
30154
30155            <option value="">Choose a Specialty</option>
30156
30157            <option value="ALLE">Allergy</option>
30158
30159            <option value="ANEST">Anesthesiology</option>
30160
30161            <option value="EP">Cardiac Electrophysiology</option>
30162
30163            <option value="CTS">Cardiothoracic Surgery</option>
30164
30165            <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
30166
30167            <option value="CARD">Cardiovascular Disease</option>
30168
30169            <option value="COLRE">Colon &amp; Rectal Surgery</option>
30170
30171            <option value="CCARE">Critical Care</option>
30172
30173            <option value="DERM">Dermatology</option>
30174
30175            <option value="ELECT">Electrodiagnostic Medicine</option>
30176

30177            <option value="EMERG">Emergency Medicine</option>
30178
30179            <option value="PERMD">Emergency Medicine-Pediatric</option>
30180
30181            <option value="ENDO">Endocrinology</option>
30182
```

```
                  <option value="FP">Family Practice</option>

                  <option value="GAST">Gastroenterology</option>

                  <option value="GPSYC">Geriatric Psychiatry</option>

                  <option value="GERI">Geriatrics</option>

                  <option value="GYONC">Gynecologic Oncology</option>

                  <option value="GYN">Gynecology</option>

                  <option value="HANSR">Hand Surgery</option>

                  <option value="HEMA">Hematology</option>

                  <option value="HEPA">Hepatology/Liver</option>

                  <option value="PHOSP">Hospitalist-Pediatric</option>

                  <option value="IMMU">Immunology</option>

                  <option value="INF">Infectious Disease</option>

                  <option value="MEDI">Internal Medicine</option>

                  <option value="INVCA">Interventional Cardiology</option>

                  <option value="INVRA">Interventional Radiology</option>

                  <option value="PINT">Interventional Radiology-Pedi</option>

                  <option value="MATFE">Maternal-Fetal Medicine</option>

                  <option value="MAXIL">Maxillofacial Surgery</option>

                  <option value="NEONA">Neonatal-Perinatal Medicine</option>

                  <option value="RENAL">Nephrology/Renal</option>

                  <option value="NEURO">Neurology</option>

                  <option value="NPHYS">Neurophysiology</option>

                  <option value="NSURG">Neurosurgery</option>

                  <option value="OB">Obstetrics</option>

                  <option value="ONC">Oncology</option>

                  <option value="OPHT">Ophthalmology</option>

                  <option value="ORAL">Oral Surgery</option>

                  <option value="ORTH">Orthopedic Surgery</option>

                  <option value="PORTH">Orthopedics-Pediatric</option>

                  <option value="OTOL">Otolaryngology</option>

                  <option value="PNMGM">Pain Management</option>

                  <option value="PEDI">Pediatrics</option>

                  <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>

                  <option value="PLAS">Plastic/Reconstructive Surgery</option>
```

```
30251          <option value="PODI">Podiatry</option>
30252
30253          <option value="PSYC">Psychiatry</option>
30254
30255          <option value="PULM">Pulmonology</option>
30256
30257          <option value="RADON">Radiation Oncology</option>
30258
30259          <option value="RAD">Radiology</option>
30260
30261          <option value="REHAB">Rehabilitation/Physiatry</option>
30262
30263          <option value="RHEU">Rheumatology</option>
30264
30265          <option value="SLEEP">Sleep Medicine</option>
30266
30267          <option value="SPRTM">Sports Medicine</option>
30268
30269          <option value="GSURG">Surgery (General)</option>
30270
30271          <option value="UROL">Urology</option>
30272
30273          <option value="PUROL">Urology-Pediatric</option>
30274
30275          <option value="VAS">Vascular Surgery</option>
30276
30277          <option value="VASIR">Vascular/InterventionRadiology</option>
30278
30279          <option value="WOUND">Wound Care</option>
30280
30281
30282
30283      </select>
30284
30285                              </div>
30286
30287                          </div>
30288
30289                          <div class="boxLeftBot searchByInsurance"
    … style="display: none;">
30290
30291                          <h4>Select by Insurance</h4>
30292
30293                          <div class="selectWrap">
30294
30295                          <select
    … name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhysicianInsurance"
    … id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhysicianInsurance"
    … class="physicianInsurance">
30296
30297          <option value="">No preference</option>
30298
30299          <option value="Admar">Admar</option>
30300
30301          <option value="Aetna Better Hth--Mo Hlthnet">Aetna Better Hth--Mo
    … Hlthnet</option>
30302
30303          <option value="Aetna Choice POS">Aetna Choice POS</option>
30304
30305          <option value="Aetna Choice POS I &amp; II">Aetna Choice POS I &amp;
    … II</option>
30306
30307          <option value="Aetna Elect Choice EPO">Aetna Elect Choice EPO</option>
30308
30309          <option value="Aetna Health Fund">Aetna Health Fund</option>
30310
30311          <option value="Aetna HMO">Aetna HMO</option>
30312
```

```
30313          <option value="Aetna HMO/Open Access">Aetna HMO/Open Access</option>
30314
30315          <option value="Aetna Managed Choice POS">Aetna Managed Choice POS</option>
30316
30317          <option value="Aetna Medicare Open Access HMO/POS">Aetna Medicare Open Access
…   HMO/POS</option>
30318
30319          <option value="Aetna Medicare Plan HMO">Aetna Medicare Plan HMO</option>
30320
30321          <option value="Aetna Medicare Plan PPO">Aetna Medicare Plan PPO</option>
30322
30323          <option value="Aetna Open Access Elect Choice">Aetna Open Access Elect
…   Choice</option>
30324
30325          <option value="Aetna Open Access HMO">Aetna Open Access HMO</option>
30326
30327          <option value="Aetna Open Access Managed Choice">Aetna Open Access Managed
…   Choice</option>
30328
30329          <option value="Aetna Open Access Select">Aetna Open Access Select</option>
30330
30331          <option value="Aetna Open Choice PPO">Aetna Open Choice PPO</option>
30332
30333          <option value="Aetna PPO">Aetna PPO</option>
30334
30335          <option value="Aetna Quality Point of Service">Aetna Quality Point of
…   Service</option>
30336
30337          <option value="Aetna Select">Aetna Select</option>
30338
30339          <option value="Aetna US Access">Aetna US Access</option>
30340
30341          <option value="AetnaNational Advantage Program-NAP">AetnaNational Advantage
…   Program-NAP</option>
30342
30343          <option value="American Health Systems">American Health Systems</option>
30344
30345          <option value="Anthem BCBS Blue Access">Anthem BCBS Blue Access</option>
30346
30347          <option value="Anthem BCBS Blue Access Choice">Anthem BCBS Blue Access
…   Choice</option>
30348
30349          <option value="Anthem BCBS Blue Access Choice PPO">Anthem BCBS Blue Access
…   Choice PPO</option>
30350
30351          <option value="Anthem BCBS Blue Access PPO">Anthem BCBS Blue Access
…   PPO</option>
30352
30353          <option value="Anthem BCBS Traditional/Indemnity">Anthem BCBS
…   Traditional/Indemnity</option>
30354
30355          <option value="Anthem Blue Access Federal PPO">Anthem Blue Access Federal
…   PPO</option>
30356
30357          <option value="Anthem Blue Preferred HMO (BOONE)">Anthem Blue Preferred HMO
…   (BOONE)</option>
30358
30359          <option value="Anthem Blue Preferred Options">Anthem Blue Preferred
…   Options</option>
30360
30361          <option value="Anthem Blue Preferred POS (BOONE)">Anthem Blue Preferred POS
…   (BOONE)</option>
30362
30363          <option value="Anthem BlueCard BusinessTraditional">Anthem BlueCard
…   BusinessTraditional</option>
30364
30365          <option value="Anthem PPO(Core/Essential/Direct)">Anthem
…   PPO(Core/Essential/Direct)</option>
```

```
30366
30367        <option value="Assurant Health-Aetna Ins. Exchange">Assurant Health-Aetna
...   Ins. Exchange</option>
30368
30369        <option value="Basic Blue PPO">Basic Blue PPO</option>
30370
30371        <option value="Baxter Regional PHO">Baxter Regional PHO</option>
30372
30373        <option value="BCBS of IL HMO">BCBS of IL HMO</option>
30374
30375        <option value="BCBS of IL PPO">BCBS of IL PPO</option>
30376
30377        <option value="BCBS of IL PPO-Blue Card Program">BCBS of IL PPO-Blue Card
...   Program</option>
30378
30379        <option value="BCBS/Anthem(Blue Access Choice PPO">BCBS/Anthem(Blue Access
...   Choice PPO</option>
30380
30381        <option value="BCBS/Anthem(Blue Access PPO)">BCBS/Anthem(Blue Access
...   PPO)</option>
30382
30383        <option value="Beech Street/Capp Care PPO">Beech Street/Capp Care
...   PPO</option>
30384
30385        <option value="Behavioral Health Partners">Behavioral Health
...   Partners</option>
30386
30387        <option value="Best Doctors Inc">Best Doctors Inc</option>
30388
30389        <option value="Blue Cross Harmony">Blue Cross Harmony</option>
30390
30391        <option value="Care Improvement Plus-Mcare Advntg">Care Improvement
...   Plus-Mcare Advntg</option>
30392
30393        <option value="Caring Program for Kids">Caring Program for Kids</option>
30394
30395        <option value="Cigna Behavioral Health">Cigna Behavioral Health</option>
30396
30397        <option value="Cigna HMO/POS/LocalPlus">Cigna HMO/POS/LocalPlus</option>
30398
30399        <option value="Cigna Network/POS/OA/OAPlus">Cigna
...   Network/POS/OA/OAPlus</option>
30400
30401        <option value="Cigna Open Access HMO/POS">Cigna Open Access HMO/POS</option>
30402
30403        <option value="Cigna Open Access Plus HMO/POS">Cigna Open Access Plus
...   HMO/POS</option>
30404
30405        <option value="Cigna PPO">Cigna PPO</option>
30406
30407        <option value="Cigna PPO/Open Access Plus">Cigna PPO/Open Access
...   Plus</option>
30408
30409        <option value="CMR (Care Management Resources)">CMR (Care Management
...   Resources)</option>
30410
30411        <option value="CMR (Care Mngmt Resources)ASO">CMR (Care Mngmt
...   Resources)ASO</option>
30412
30413        <option value="Commercial Insurance">Commercial Insurance</option>
30414
30415        <option value="Community Care Network PPO">Community Care Network
...   PPO</option>
30416
30417        <option value="Community Health Network PPO">Community Health Network
...   PPO</option>
30418
30419        <option value="Community Partners Health Plan/PPO">Community Partners Health
```

Plan/PPO</option>

        <option value="CorVel PPO">CorVel PPO</option>

        <option value="Coventry Advantra HMO (formerlyGHP">Coventry Advantra HMO (formerlyGHP</option>

        <option value="Coventry Advantra HMO - Medicare">Coventry Advantra HMO - Medicare</option>

        <option value="Coventry Advantra HMO/POS-MCARE">Coventry Advantra HMO/POS-MCARE</option>

        <option value="Coventry Advantra HMO/POS-Medicare">Coventry Advantra HMO/POS-Medicare</option>

        <option value="Coventry Advantra PPO - MCARE">Coventry Advantra PPO - MCARE</option>

        <option value="Coventry Gold Advantage - MCARE">Coventry Gold Advantage - MCARE</option>

        <option value="Coventry Healthcare ASO">Coventry Healthcare ASO</option>

        <option value="Coventry Healthcare HMO">Coventry Healthcare HMO</option>

        <option value="Coventry Healthcare POS">Coventry Healthcare POS</option>

        <option value="Coventry HMO/POS">Coventry HMO/POS</option>

        <option value="Coventry HMO/POS (formerly GHP)">Coventry HMO/POS (formerly GHP)</option>

        <option value="Coventry One PPO Non-Carelink">Coventry One PPO Non-Carelink</option>

        <option value="Coventry PPO/FocusedCare">Coventry PPO/FocusedCare</option>

        <option value="Coventry/Coventry One PPO">Coventry/Coventry One PPO</option>

        <option value="Decatur Memorial Tertiary/Quarterna">Decatur Memorial Tertiary/Quarterna</option>

        <option value="Delta Dental">Delta Dental</option>

        <option value="Employee Health System AFL/CIO">Employee Health System AFL/CIO</option>

        <option value="Essence Medicare Advantage &amp; Plus">Essence Medicare Advantage &amp; Plus</option>

        <option value="Essence Platinum Specialists">Essence Platinum Specialists</option>

        <option value="Essex Dental">Essex Dental</option>

        <option value="First Health">First Health</option>

        <option value="First Health Coventry">First Health Coventry</option>

        <option value="General Health Plan">General Health Plan</option>

        <option value="GHP Select PPO">GHP Select PPO</option>

        <option value="Great Rivers Network">Great Rivers Network</option>

        <option value="Great-West HMO/POS">Great-West HMO/POS</option>

```
30475          <option value="Great-West Open Access">Great-West Open Access</option>
30476
30477          <option value="Great-West PPO">Great-West PPO</option>
30478
30479          <option value="Hannibal Health Network Tertiary">Hannibal Health Network
…      Tertiary</option>
30480
30481          <option value="Harmony of Illinois IPA">Harmony of Illinois IPA</option>
30482
30483          <option value="Harmony of Illinois Medicaid-MC+">Harmony of Illinois
…      Medicaid-MC+</option>
30484
30485          <option value="Health Alliance Connect IDPA">Health Alliance Connect
…      IDPA</option>
30486
30487          <option value="Health Alliance Connect IPA">Health Alliance Connect
…      IPA</option>
30488
30489          <option value="Health Alliance HMO &amp; PPO">Health Alliance HMO &amp;
…      PPO</option>
30490
30491          <option value="Health Alliance HMO PPO">Health Alliance HMO PPO</option>
30492
30493          <option value="Health Alliance HMO-Mcare Advantage">Health Alliance HMO-Mcare
…      Advantage</option>
30494
30495          <option value="Health Alliance Medicare Advantage">Health Alliance Medicare
…      Advantage</option>
30496
30497          <option value="Healthcare Preferred">Healthcare Preferred</option>
30498
30499          <option value="HealthCare USA (Special Needs Only)">HealthCare USA (Special
…      Needs Only)</option>
30500
30501          <option value="HealthCare USA MC+">HealthCare USA MC+</option>
30502
30503          <option value="HealthCare USA/Aetna Better Health">HealthCare USA/Aetna
…      Better Health</option>
30504
30505          <option value="HealthCare USA/Aetna Better Hth-MCD">HealthCare USA/Aetna
…      Better Hth-MCD</option>
30506
30507          <option value="Healthlink">Healthlink</option>
30508
30509          <option value="Healthlink Open Access/HMO/POS">Healthlink Open
…      Access/HMO/POS</option>
30510
30511          <option value="Healthlink PPO">Healthlink PPO</option>
30512
30513          <option value="HealthNetwork PPO">HealthNetwork PPO</option>
30514
30515          <option value="HFN Inc. PPO">HFN Inc. PPO</option>
30516
30517          <option value="Home State-MC+">Home State-MC+</option>
30518
30519          <option value="Home State-Mo Hlthnet">Home State-Mo Hlthnet</option>
30520
30521          <option value="Humana Choice Care PPO">Humana Choice Care PPO</option>
30522
30523          <option value="Humana Choice/Regional PPO - MCARE">Humana Choice/Regional PPO
…      - MCARE</option>
30524
30525          <option value="Humana Gold Choice PFFS - MCARE">Humana Gold Choice PFFS -
…      MCARE</option>
30526
30527          <option value="Humana Gold Plus HMO - MCARE">Humana Gold Plus HMO -
…      MCARE</option>
30528
```

```
30529          <option value="Humana HMO">Humana HMO</option>
30530
30531          <option value="Humana POS - MCARE">Humana POS - MCARE</option>
30532
30533          <option value="Humana PPO">Humana PPO</option>
30534
30535          <option value="Humana PPO/ChoiceCare Network">Humana PPO/ChoiceCare
…      Network</option>
30536
30537          <option value="IDPA Secondary to Medicare">IDPA Secondary to
…      Medicare</option>
30538
30539          <option value="Illinois  Dept of Public Aid-IDPA">Illinois  Dept of Public
…      Aid-IDPA</option>
30540
30541          <option value="Illinois Public Aid/Health Connect">Illinois Public Aid/Health
…      Connect</option>
30542
30543          <option value="IPA Secondary to Medicare">IPA Secondary to Medicare</option>
30544
30545          <option value="Magellen Behavioral Health">Magellen Behavioral
…      Health</option>
30546
30547          <option value="Medco Value Plus">Medco Value Plus</option>
30548
30549          <option value="Medicaid MO--Mo  HealthNet">Medicaid MO--Mo
…      HealthNet</option>
30550
30551          <option value="Medicaid MO/ Missouri HealthNet">Medicaid MO/ Missouri
…      HealthNet</option>
30552
30553          <option value="Medicaid/Missouri HealthNet OB only">Medicaid/Missouri
…      HealthNet OB only</option>
30554
30555          <option value="Medicare">Medicare</option>
30556
30557          <option value="Mercy Health Plan HMO/POS">Mercy Health Plan HMO/POS</option>
30558
30559          <option value="Mercy Health Plan PPO">Mercy Health Plan PPO</option>
30560
30561          <option value="Mercy Medicare (Premier Plus)">Mercy Medicare (Premier
…      Plus)</option>
30562
30563          <option value="MHNet (Mental Health Network)">MHNet (Mental Health
…      Network)</option>
30564
30565          <option value="Missouri Advantage">Missouri Advantage</option>
30566
30567          <option value="Missouri Care--Mo Hlthnet">Missouri Care--Mo Hlthnet</option>
30568
30569          <option value="MO Medicaid Secondary to Medicare">MO Medicaid Secondary to
…      Medicare</option>
30570
30571          <option value="Molina Healthcare Illinois Medicaid">Molina Healthcare
…      Illinois Medicaid</option>
30572
30573          <option value="Molina Healthcare MC+">Molina Healthcare MC+</option>
30574
30575          <option value="Molina Healthcare of Illinois (IPA)">Molina Healthcare of
…      Illinois (IPA)</option>
30576
30577          <option value="MultiPlan PPO">MultiPlan PPO</option>
30578
30579          <option value="National Hospital Network">National Hospital Network</option>
30580
30581          <option value="NetHealth Services Inc.  PPO">NetHealth Services Inc.
…      PPO</option>
30582
```

```
30583        <option value="Personal Care Health Mgmt HMO">Personal Care Health Mgmt
  …   HMO</option>
30584
30585        <option value="Personal Care Health Mgmt PPO/POS">Personal Care Health Mgmt
  …   PPO/POS</option>
30586
30587        <option value="PPO Next/HealthStar">PPO Next/HealthStar</option>
30588
30589        <option value="Preferred Care of KC/Blue Cross KC">Preferred Care of KC/Blue
  …   Cross KC</option>
30590
30591        <option value="Preferred Plan of MO PPO/Takecare">Preferred Plan of MO
  …   PPO/Takecare</option>
30592
30593        <option value="Primary Care Network">Primary Care Network</option>
30594
30595        <option value="Primrose Tertiary/Quarternary">Primrose
  …   Tertiary/Quarternary</option>
30596
30597        <option value="Principal HealthCare PPO">Principal HealthCare PPO</option>
30598
30599        <option value="Principal Hlth Care of KC">Principal Hlth Care of KC</option>
30600
30601        <option value="Priv Hlthcare Syst./Land of Lincoln">Priv Hlthcare Syst./Land
  …   of Lincoln</option>
30602
30603        <option value="Private Health Care Systems PPO">Private Health Care Systems
  …   PPO</option>
30604
30605        <option value="ProAmerica PPO">ProAmerica PPO</option>
30606
30607        <option value="Providers Network of America">Providers Network of
  …   America</option>
30608
30609        <option value="Quincy Health Care Management">Quincy Health Care
  …   Management</option>
30610
30611        <option value="Scott Air Force Base">Scott Air Force Base</option>
30612
30613        <option value="Self Pay/Uninsured">Self Pay/Uninsured</option>
30614
30615        <option value="St. John&#39;s Health System Tertiary">St. John&#39;s Health
  …   System Tertiary</option>
30616
30617        <option value="Tricare West">Tricare West</option>
30618
30619        <option value="Tricare/Triwest  Prime HMO/POS">Tricare/Triwest  Prime
  …   HMO/POS</option>
30620
30621        <option value="Tricare/Triwest Extra PPO">Tricare/Triwest Extra PPO</option>
30622
30623        <option value="Tricare/Triwest Standard/ Extra PPO">Tricare/Triwest Standard/
  …   Extra PPO</option>
30624
30625        <option value="Triwest (Boone Hospital)">Triwest (Boone Hospital)</option>
30626
30627        <option value="UHC/AARP MCARE Complete Choice PPO">UHC/AARP MCARE Complete
  …   Choice PPO</option>
30628
30629        <option value="UHC/AARP MCARE Complete HMO">UHC/AARP MCARE Complete
  …   HMO</option>
30630
30631        <option value="UHC/AARP MCARE Complete Plus POS">UHC/AARP MCARE Complete Plus
  …   POS</option>
30632
30633        <option value="UHC/AARP MCARE CompleteEssen. HMO">UHC/AARP MCARE
  …   CompleteEssen. HMO</option>
30634
```

```
30635          <option value="UHC/AARP MCARE Dual Complete">UHC/AARP MCARE Dual
      Complete</option>
30636
30637          <option value="UHC/AARP MCARE NPPO">UHC/AARP MCARE NPPO</option>
30638
30639          <option value="Uninsured">Uninsured</option>
30640
30641          <option value="Union Pacific RR Emp. Health System">Union Pacific RR Emp.
      Health System</option>
30642
30643          <option value="United Behavioral Health Inc">United Behavioral Health
      Inc</option>
30644
30645          <option value="United HC MCARE Complete HMO">United HC MCARE Complete
      HMO</option>
30646
30647          <option value="United Healthcare Choice/Choice+">United Healthcare
      Choice/Choice+</option>
30648
30649          <option value="United Healthcare National PPO">United Healthcare National
      PPO</option>
30650
30651          <option value="United Healthcare PPO/ Options">United Healthcare PPO/
      Options</option>
30652
30653          <option value="United Healthcare Select/Select+POS">United Healthcare
      Select/Select+POS</option>
30654
30655          <option value="United Hlthcare Choice/Plus/Navigat">United Hlthcare
      Choice/Plus/Navigat</option>
30656
30657          <option value="United Hlthcare MCAREComplete AARP">United Hlthcare
      MCAREComplete AARP</option>
30658
30659          <option value="United Hlthcare Select/Plus/Compass">United Hlthcare
      Select/Plus/Compass</option>
30660
30661          <option value="United Payors &amp; Provider">United Payors &amp;
      Provider</option>
30662
30663          <option value="USA Managed Care Org">USA Managed Care Org</option>
30664
30665          <option value="Value Options EAP">Value Options EAP</option>
30666
30667          <option value="Verify insurance with office">Verify insurance with
      office</option>
30668
30669          <option value="Wellborn HMO">Wellborn HMO</option>
30670
30671          <option value="Worker&#39;s Compensation">Worker&#39;s Compensation</option>
30672
30673
30674
30675      </select>
30676
30677                                  </div>
30678
30679                              </div>
30680
30681                          </div>
30682
30683                      </div>
30684
30685                      <div class="col-md-6 col-sm-6 boxRight">
30686
30687                          <h4>Browse by Letter</h4>
30688
30689                          <div class="selectWrap visible-xs">
```

```
                              <select
name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlSearchLetter"
id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
visible-xs">

          <option value="">Choose by letter</option>

          <option value="A">A</option>

          <option value="B">B</option>

          <option value="C">C</option>

          <option value="D">D</option>

          <option value="E">E</option>

          <option value="F">F</option>

          <option value="G">G</option>

          <option value="H">H</option>

          <option value="I">I</option>

          <option value="J">J</option>

          <option value="K">K</option>

          <option value="L">L</option>

          <option value="M">M</option>

          <option value="N">N</option>

          <option value="O">O</option>

          <option value="P">P</option>

          <option value="Q">Q</option>

          <option value="R">R</option>

          <option value="S">S</option>

          <option value="T">T</option>

          <option value="U">U</option>

          <option value="V">V</option>

          <option value="W">W</option>

          <option value="X">X</option>

          <option value="Y">Y</option>

          <option value="Z">Z</option>


      </select>

                                </div>

                                <div class="alphabet hidden-xs">
```

```
30755    id="dnn_ctr417_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
30756
30757            <a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=A">A</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=B">B</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=C">C</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=D">D</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=E">E</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=F">F</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=G">G</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=H">H</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=I">I</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=J">J</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=K">K</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=L">L</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=M">M</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=N">N</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=O">O</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=P">P</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Q">Q</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=R">R</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=S">S</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=T">T</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=U">U</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=V">V</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=W">W</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=X">X</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Y">Y</a><a class="letter"
...      href="http://www.bjsph.org/Find-A-Doctor/Results?qlastname=Z">Z</a>
30758
30759        </div>
30760
30761                            </div>
30762
30763                    </div>
30764
30765                </div>
30766
30767                </div>
30768
30769                <div class="boxmore">
30770
30771                    <a id="dnn_ctr417_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
...      href="http://www.bjsph.org/Find-A-Doctor">
30772
30773                        More Search Options <span
...      class="icon-arrow-right-generic"></span>
30774
30775                    </a>
30776
30777                </div>
30778
30779            </div>
30780
30781        </div>
30782
30783    </div>
30784
30785 </div>
30786
30787
30788
30789
30790
30791
30792
30793    <script type="text/javascript">
```

```
function btnSearch_OnClientClicking(sender, eventArgs) {

    cboName = $find(cboNameID);

    cboSpecialty = $find(cboSpecialtyID);

    cboInsurance = $find(cboInsuranceID);

    cboLanguage = $find(cboLanguageID);

    cboGender = $find(cboGenderID);

    cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);

    txtZipCode = $find(txtZipCodeID);


    var name = cboName.get_text();

    var specialty = cboSpecialty.get_text();

    var insurance = cboInsurance.get_text();

    var language = cboLanguage.get_text();

    var gender = cboGender.get_text();

    var locatedWithin = cboDoctorLocatedWithin.get_text();

    var zipCode = txtZipCode.get_value();


    if (zipCode != "" && locatedWithin != "") {

        PhysicianSearch.geocodingAddress(zipCode, function (results) {

            //console.log(results)

            $(txtHidLatID).val(results[0].geometry.location.lat())

            $(txtHidLngID).val(results[0].geometry.location.lng())

            // Trigger Search

            //eval(btnSearchHandler)

        });


        eventArgs.set_cancel(true);
    }


}


function radPhysicianSearchBox_ClientClicked(sender, e) {

    var keyCode = e.get_keyCode();

    if (keyCode == 13) // Enter
```

```
                {

                    sender.blur();

                    PhysicianSearch.searchByPhysicianName();

                }

                return false;

            }

        </script>




<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>

<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>



<script type="text/javascript">

    var PhysicianSearchBaseUrl = "http://www.bjsph.org/Find-A-Doctor";

    var PhysicianSearchResultsBaseUrl = "http://www.bjsph.org/Find-A-Doctor/Results";

    var FacilityFilterPosition = '1';



    $(function () {

        PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
PhysicianSearchResultsBaseUrl, FacilityFilterPosition);

    });

</script>

</div><!-- End_Module_417 --></div>

</div></div>

        </div>

    </div>



    <!-- Bottom Left and Right Pane 2 -->

    <div class="row-content">

        <div class="container">

            <div id="dnn_BottomLeftPane2" class="h_bottomleftpane2 float-left">

                <div class="DnnModule DnnModule-HealthNewsFeed DnnModule-422"><a
name="422"></a><div id="dnn_ctr422_ContentPane"><!-- Start_Module_422 --><div
id="dnn_ctr422_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
```

```
<div id="dnn_ctr422_View_divContainer" class="healthNews">
```

```
            <div class="healthInfoGroup">
```

```
<div class="healthInfoWrap">
```

```
30993          <div class="box-heading healthInfoBar visible-xs">
30994
30995          <h4 class="box-title-1">
30996
30997              <a href="#healthInfoPanel">
30998
30999                  <span class="barspan"><span
…      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupTitleMobile">FIND HEALTH
       INFORMATION</span></span>
31000
31001                  <span class="baricon icon-accordion-closed"></span>
31002
31003              </a>
31004
31005          </h4>
31006
31007      </div>
31008
31009      <div id="healthInfoPanel" class="box">
31010
31011          <div class="box-inner">
31012
31013              <h2 class="hidden-xs"><span
…      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupTitle">FIND HEALTH
       INFORMATION</span></h2>
31014
31015              <div class="boxRow">
31016
31017                  <div class="col-md-6 col-sm-6 boxLeft">
31018
31019                      <div class="boxLeftWrap">
31020
31021                          <div class="boxLeftTop">
31022
31023                              <h4><span
…      id="dnn_ctr422_View_ucHealthInfoGroup_lblHealthInfoGroupSearchBoxTitle">SEARCH BY
       KEYWORD</span></h4>
31024
31025                              <div class="input-group">
31026
31027                                  <span
…      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_wrapper" class="riSingle RadInput
       RadInput_Default" style="width:100%;"><input
…      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox"
…      name="dnn$ctr422$View$ucHealthInfoGroup$txtSearchBox" size="20" class="riTextBox
…      riEmpty form-control searchInput" value="Search..." type="text" /><input
…      id="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState"
…      name="dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState" type="hidden"
…      /></span>
31028
31029                                  <div class="input-group-btn">
31030
31031                                      <input type="submit" class="btn btn-search"
…      value="Go" onclick="javascript:showHLSearchResult();return false;" />
31032
31033                                  </div>
31034
31035                              </div>
31036
31037
31038
31039                              <script type="text/javascript">
31040
31041                                  var searchResultBaseUrl =
…      'http://www.bjsph.org/Health-Library/Search-Results';
31042
31043                              </script>
31044
```

```
31045                    </div>
31046
31047                    <div class="boxLeftBot">
31048
31049                        <h4>Browse by Subject</h4>
31050
31051                        <div class="selectWrap">
31052
31053                            <select id="ddlHealthTopic" class="form-control">
31054
31055                                <option value="">Choose a Topic</option>
31056
31057                                <option value="Asthma">Asthma</option>
31058
31059                                <option value="Cancer">Cancer</option>
31060
31061                                <option value="COPD">Chromic Obstructive
…    Pulmonary Disease</option>
31062
31063                                <option value="Diabetes">Diabetes</option>
31064
31065                                <option value="Heart">Heart Disease</option>
31066
31067                                <option value="Obesity">Obesity and Bariatric
…    Surgery</option>
31068
31069                                <option value="Ortho">Orthopedics</option>
31070
31071                                <option value="Pregnancy">Pregnancy &amp;
…    Newborns</option>
31072
31073                            </select>
31074
31075                        </div>
31076
31077                    </div>
31078
31079                </div>
31080
31081            </div>
31082
31083            <div class="col-md-6 col-sm-6 boxRight">
31084
31085                <h4><span
…    id="dnn_ctr422_View_ucHealthInfoGroup_lblEncyclopediaAnphaListTitle">SEARCH BY
…    LETTER</span></h4>
31086
31087                <div class="selectWrap visible-xs">
31088
31089                    <select id="ddlEncyclopediaAnpha" class="form-control
…    visible-xs">
31090
31091                        <option>Choose by Letter</option>
31092
31093                        <option>A</option>
31094
31095                        <option>B</option>
31096
31097                        <option>C</option>
31098
31099                        <option>D</option>
31100
31101                        <option>E</option>
31102
31103                        <option>F</option>
31104
31105                        <option>G</option>
31106
```

```
31107                                    <option>H</option>
31108
31109                                    <option>I</option>
31110
31111                                    <option>J</option>
31112
31113                                    <option>K</option>
31114
31115                                    <option>L</option>
31116
31117                                    <option>M</option>
31118
31119                                    <option>N</option>
31120
31121                                    <option>O</option>
31122
31123                                    <option>P</option>
31124
31125                                    <option>Q</option>
31126
31127                                    <option>R</option>
31128
31129                                    <option>S</option>
31130
31131                                    <option>T</option>
31132
31133                                    <option>U</option>
31134
31135                                    <option>V</option>
31136
31137                                    <option>W</option>
31138
31139                                    <option>X</option>
31140
31141                                    <option>Y</option>
31142
31143                                    <option>Z</option>
31144
31145                                </select>
31146
31147                            </div>
31148
31149                        <div class="alphabet hidden-xs">
31150
31151                            <div
…    id="dnn_ctr422_View_ucHealthInfoGroup_panelEncyclopediaAlphaList">
31152
31153            <a class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=A">A</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=B">B</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=C">C</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=D">D</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=E">E</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=F">F</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=G">G</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=H">H</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=I">I</a><a
…    class="letter"
…    href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=J">J</a><a
…    class="letter"
```

Page 802

```
31153…  href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=K">K</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=L">L</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=M">M</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=N">N</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=O">O</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=P">P</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Q">Q</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=R">R</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=S">S</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=T">T</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=U">U</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=V">V</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=W">W</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=X">X</a><a
   …   class="letter"
   …   href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Y">Y</a><a
   …   class="letter" href="http://www.bjsph.org/Health-Library/Encyclopedia?alpha=Z">Z</a>
31154
31155        </div>
31156
31157                        </div>
31158
31159                </div>
31160
31161            </div>
31162
31163        </div>
31164
31165        <div class="boxmore">
31166
31167            <a id="dnn_ctr422_View_ucHealthInfoGroup_lnkHealthLibrary"
   …   href="http://www.bjsph.org/Health-Library">
31168
31169                Visit The Health Library <span
   …   class="icon-arrow-right-generic"></span>
31170
31171            </a>
31172
31173        </div>
31174
31175    </div>
31176
31177 </div>
31178
31179
31180
31181 <script type="text/javascript">
31182
31183    var GetHealthTopicBaseUrl =
   …   'http://www.bjsph.org/Health-Library/Get-Health-Topic';
31184
31185    var EncyclopediaBaseUrl = 'http://www.bjsph.org/Health-Library/Encyclopedia';
31186
31187 </script>
31188
```

```
31189              </div>
31190
31191
31192
31193
31194
31195
31196
31197  </div>
31198
31199
31200
31201  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
   …   rel="stylesheet" />
31202
31203  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
   …   rel="stylesheet" />
31204
31205
31206
31207  <script type="text/javascript"
   …   src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
31208
31209  <script type="text/javascript"
   …   src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
31210
31211
31212
31213  <script type="text/javascript">
31214
31215      $(function () {
31216
31217          var $container = $('.healthNews');
31218
31219          var $customPageTitle = $("#customPageTitle");
31220
31221
31222
31223          var displayMode = 'HealthInfoGroup';
31224
31225          switch (displayMode) {
31226
31227              case 'ListByTopic':
31228
31229                  $container.find('.rtIn.content').each(function () {
31230
31231                      var title = $(this).attr('title');
31232
31233                      if (typeof title !== 'undefined' && title !== 'undefined') {
31234
31235                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
   …   15px;">' + title + '</div>');
31236
31237                          $(this).attr('title', '');
31238
31239                      }
31240
31241                  });
31242
31243
31244
31245                  $customPageTitle.append('<h1 class="pageTitle">Health Library</h1>');
31246
31247                  break;
31248
31249
31250
31251              case 'HealthNewsTicker':
```

```
                            // start the ticker

                    var options = {

                            titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',

                            displayType: "fade"

                    };


                    $('#js-news').ticker(options);

                    break;



            case 'ViewContent':

                    var $viewContent = $container.find(".viewContent");

                    if ($viewContent.length > 0) {

                            var $title = $viewContent.find("#regularTitle");

                            if ($title.length > 0) {

                                    $customPageTitle.append('<h1 class="pageTitle">' +
$title.text() + '</h1>');

                            }

                    }

                    break;

        }

    });

</script>

</div><!-- End_Module_422 --></div>

</div></div>

                <div id="dnn_BottomRightPane2" class="h_bottomrightpane2 float-right">

                <div class="DnnModule DnnModule-DNN_HTML DnnModule-431"><a
name="431"></a><div id="dnn_ctr431_ContentPane"><!-- Start_Module_431 --><div
id="dnn_ctr431_ModuleContent" class="DNNModuleContent ModDNNHTMLC">

    <div id="dnn_ctr431_HtmlModule_lblContent" class="Normal">

    <div class="content-block">
<div class="inner">
<div class="grey-headline">
KEY MEDICAL SERVICES
</div>
<ul class="home-key-services">
    <li><a href="/Medical-Services/Breast-Health-and-Womens-Center">Breast
Health</a></li>
    <li><a href="/Medical-Services/Cardiology-Center">Cardiology Center</a></li>
    <li><a href="/Medical-Services/Diabetes-Services">Diabetes Services</a></li>
    <li><a href="/Medical-Services/Imaging">Imaging</a></li>
```

```
31315        <li><a href="/Medical-Services/Orthopedics">Orthopedics</a></li>
31316        <li><a href="/Medical-Services/Cancer/Siteman-Cancer-Center">Siteman Cancer
…    Center</a></li>
31317        <li><a href="/Medical-Services/surgery-services">Surgery</a></li>
31318        <li class="last learn-more"><a href="/Medical-Services">LEARN MORE</a></li>
31319  </ul>
31320  </div>
31321  </div>
31322
31323  </div>
31324
31325
31326
31327  </div><!-- End_Module_431 --></div>
31328
31329  </div></div>
31330
31331            </div>
31332
31333        </div>
31334
31335
31336
31337        <!-- Bottom Pane -->
31338
31339        <div class="row-content">
31340
31341            <div class="container">
31342
31343                <div id="dnn_BottomPane" class="h_ContentPane DNNEmptyPane">
31344
31345                </div>
31346
31347            </div>
31348
31349        </div>
31350
31351
31352
31353
31354
31355
31356
31357        <!-- News Sticker -->
31358
31359
31360
31361
31362
31363        <!-- Footer -->
31364
31365
31366
31367
31368
31369  <!-- Social Media -->
31370
31371  <div class="row11 socialRow hidden-xs">
31372
31373        <div class="container">
31374
31375            <div class="row">
31376
31377                <div class="col-md-12">
31378
31379                    <div class="socialWrap">
31380
31381                        <div>
```

```
31382
31383                                <div class="socialCol">
31384
31385                                    <a class="hidden-xs icon-google-plus"
  …   href="https://plus.google.com/104092093883110038757/posts" target="_blank"></a>
31386
31387                                </div>
31388
31389                                <div class="socialCol">
31390
31391                                    <a class="hidden-xs icon-fb"
  …   href="https://www.facebook.com/BJCStCharlesCounty/" target="_blank"></a>
31392
31393                                </div>
31394
31395                                <div class="socialCol">
31396
31397                                    <a class="hidden-xs icon-twitter"
  …   href="https://twitter.com/BJCStCharlesCo" target="_blank"></a>
31398
31399                                </div>
31400
31401
31402
31403                            </div>
31404
31405
31406
31407                        </div>
31408
31409                    </div>
31410
31411                </div>
31412
31413        </div>
31414
31415 </div>
31416
31417
31418
31419 <!-- Phone -->
31420
31421 <div class="row-phone footerRow1">
31422
31423    <div class="container">
31424
31425        <div class="row">
31426
31427            <div class="col-md-6 col-sm-6">
31428
31429                <div class="appointNum">
31430
31431                    <span>Find A Doctor or Make An Appointment: </span>
31432
31433                    <a href="tel:6369289355">636.928.WELL</a>
31434
31435                </div>
31436
31437            </div>
31438
31439            <div class="col-md-6 col-sm-6">
31440
31441                <div class="genInfoNum"><span>General Information: </span><span><a
  …   href="tel:6369169000">636.916.9000</a></span></div>
31442
31443            </div>
31444
31445        </div>
```

```
31446            </div>
31447
31448
31449    </div>
31450
31451
31452
31453    <!-- Subfooter -->
31454
31455    <div class="row-subfooter footerRow2">
31456
31457        <div class="container">
31458
31459            <div class="row">
31460
31461                <div class="col-md-1"> </div>
31462
31463                <div class="box-group footerGroup col-md-3">
31464
31465                    <div class="footerWrap">
31466
31467                        <div class="box-heading footerBar hidden-lg hidden-md">
31468
31469                            <h4 class="box-title"><a href="#fPanel1"><span
         class="barspan">Patient Care</span><span class="baricon
         icon-accordion-closed"></span> </a></h4>
31470
31471                        </div>
31472
31473                        <div class="box" id="fPanel1">
31474
31475                            <div class="boxcontent">
31476
31477                                <ul>
31478
31479                                    <li class="visible-lg visible-md">
31480
31481                                        <h5><span>Patient Care</span></h5>
31482
31483                                    </li>
31484
31485                                    <li><a href="/Find-A-Doctor">Find A Doctor</a></li>
31486
31487                                    <li><a
         href="/Patients-and-Visitors/Request-An-Appointment">Request an Appointment</a></li>
31488
31489                                    <li><a href="/medical-services">Medical
         Services</a></li>
31490
31491                                    <li><a href="/patients-visitors">Patient and Visitor
         Information</a></li>
31492
31493                                </ul>
31494
31495                            </div>
31496
31497                        </div>
31498
31499                    </div>
31500
31501                </div>
31502
31503                <div class="box-group footerGroup col-md-4">
31504
31505                    <div class="footerWrap">
31506
31507                        <div class="box-heading footerBar hidden-lg hidden-md">
31508
```

```
31509              <h4 class="box-title"><a href="#fPanel2"><span
…    class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…    </a></h4>
31510
31511                      </div>
31512
31513                      <div class="box" id="fPanel2">
31514
31515                          <div class="boxcontent">
31516
31517                              <ul>
31518
31519                                  <li class="visible-lg visible-md">
31520
31521                                      <h5><a href="/about"><span>About
…    Us</span></a></h5>
31522
31523                                  </li>
31524
31525                                  <li><a href="/About/Annual-Report">Annual
…    Report</a></li>
31526
31527                                  <li><a href="/About/Awards-and-Recognitions">Awards
…    and Recognitions</a></li>
31528
31529                                  <li><a href="/About-Us/Community-Benefit">Community
…    Benefit</a></li>
31530
31531                                  <li><a
…    href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
…    Assessment</a></li>
31532
31533                                  <li><a
…    href="/About/Important-Information-for-BJC-Vendors">Important Information for BJC
…    Vendors</a></li>
31534
31535                                  <li><a href="http://www.progresswest.org/"
…    target="_blank">Progress West Hospital</a></li>
31536
31537                                  <li><a href="/about">More</a></li>
31538
31539                              </ul>
31540
31541                          </div>
31542
31543                      </div>
31544
31545                  </div>
31546
31547              </div>
31548
31549          <div class="box-group footerGroup col-md-4">
31550
31551              <div class="footerWrap">
31552
31553                  <div class="box-heading footerBar hidden-lg hidden-md">
31554
31555                      <h4 class="box-title"><a href="#fPanel3"><span
…    class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…    </a></h4>
31556
31557                  </div>
31558
31559                  <div class="box" id="fPanel3">
31560
31561                      <div class="boxcontent">
31562
31563                          <ul>
```

```
31564
31565                                        <li class="visible-lg visible-md">
31566
31567                                            <h5><a href="http://www.bjc.org/Jobs"
  …  target="_blank"><span>Careers</span></a></h5>
31568
31569                                        </li>
31570
31571                                        <li><a
  …  href="http://www.bjc.org/Jobs/Join-Us-BJC-Talent-Network" target="_blank">BJC Talent
  Network</a></li>
31572
31573                                        <li><a
  …  href="http://www.bjc.org/Jobs/Recruitment-Events" target="_blank">Recruitment
  Events</a></li>
31574
31575                                        <li><a href="http://www.bjctotalrewards.org"
  …  target="_blank">Benefits</a></li>
31576
31577                                        <li><a
  …  href="http://www.bjc.org/Jobs/Getting-Hired-BJC-HealthCare#faq"
  …  target="_blank">FAQs</a></li>
31578
31579                                    </ul>
31580
31581                                </div>
31582
31583                            </div>
31584
31585                        </div>
31586
31587                    </div>
31588
31589
31590
31591            </div>
31592
31593        </div>
31594
31595 </div>
31596
31597
31598
31599 <!-- Footer -->
31600
31601 <div class="row-footer copyRow">
31602
31603     <div class="container">
31604
31605         <div class="row copyWrap">
31606
31607             <div class="col-md-12">
31608
31609                 <div class="footerLogoWrap">
31610
31611                     <a href="/">
31612
31613                         <img width="100%" alt=""
  …  src="/Portals/0/Skins/BJSPH/images/logo-bottom.jpg" /></a>
31614
31615                     </div>
31616
31617
31618
31619                     <footer>
31620
31621                         <div class="col-md-12 col-sm-12 col-xs-12 addresses">
31622
```

```
31623                         <address>
31624
31625                         Barnes-Jewish St. Peters Hospital<br>
31626
31627                         10 Hospital Drive<br>
31628
31629                         St. Peters, Missouri 63376 USA
31630
31631                     </address>
31632
31633                 </div>
31634
31635
31636
31637                 <div class="copyright">
31638
31639                     <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
…    class="copyRight">Copyright &copy; 1997 - 2016 BJC HealthCare. All Rights
…    Reserved.</span>
31640
31641
31642
31643                 </div>
31644
31645             </footer>
31646
31647         </div>
31648
31649         </div>
31650
31651     </div>
31652
31653 </div>
31654
31655
31656
31657
31658
31659 <div class="row-sitemap sitemapRow">
31660
31661     <div class="container">
31662
31663         <div class="row">
31664
31665             <div class="col-md-12">
31666
31667                 <ul class="sitemapMenu">
31668
31669                     <li><a href="/">Home</a></li>
31670
31671                     <li>|</li>
31672
31673                     <li><a href="/our-policies">Our Policies</a></li>
31674
31675                     <li>|</li>
31676
31677                     <li><a
…    href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
…    target="_blank">Patient Privacy</a></li>
31678
31679                     <li>|</li>
31680
31681                     <li><a href="/sitemap">Sitemap</a></li>
31682
31683                     <li>|</li>
31684
31685                     <li><a href="/Patients-Visitors/Financial-Assistance">Financial
…    Assistance</a></li>
```

```
31686
31687                        <li>|</li>
31688
31689                        <li><a href="/About/Joint-Commission">Joint Commission</a></li>
31690
31691                        <li>|</li>
31692
31693                        <li><a href="/About/Quality-Report">Quality Reports</a></li>
31694
31695                        <li>|</li>
31696
31697                        <li><a href="/contact-us">Contact Us</a></li>
31698
31699                        <li>|</li>
31700
31701                        <li><a
...     href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
...     Assessment</a></li>
31702
31703                    </ul>
31704
31705                </div>
31706
31707            </div>
31708
31709        </div>
31710
31711 </div>
31712
31713 <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
...  Top</span><span class="icon-arrow-back_to_top"></span></a>
31714
31715
31716
31717
31718
31719 <div class="row-bjc-healthcare">
31720
31721     <div class="container">
31722
31723        <div class="row">
31724
31725            <div class="col-md-12">
31726
31727        <a href="http://www.bjc.org" target="_blank"><img
...  src="/Portals/0/Skins/BJSPH/images/BJC_HealthCare_REV_16.png" width="220" alt=""
...  /></a>
31728
31729                </div></div>
31730
31731        </div>
31732
31733 </div>
31734
31735
31736
31737
31738
31739 </div>
31740
31741
31742
31743 <!--CDF(Css|/Portals/0/Skins/BJSPH/css/bootstrap.css?cdv=42)-->
31744
31745 <!--CDF(Css|/Portals/0/Skins/BJSPH/css/bootstrap-theme.css?cdv=42)-->
31746
31747 <!--CDF(Css|/Portals/0/Skins/BJSPH/css/all.css?cdv=42)-->
31748
```

Page 812

```
31749   <!--CDF(Css|/Portals/0/Skins/BJSPH/css/desktop.css?cdv=42)-->
31750
31751   <!--CDF(Css|/Portals/0/Skins/BJSPH/css/tablet.css?cdv=42)-->
31752
31753   <!--CDF(Css|/Portals/0/Skins/BJSPH/css/mobile.css?cdv=42)-->
31754
31755   <!--CDF(Css|/Portals/0/Skins/BJSPH/css/jquery.fancybox.css?cdv=42)-->
31756
31757   <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/bootstrap.js?cdv=42)-->
31758
31759   <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/jquery.fancybox.js?cdv=42)-->
31760
31761   <!--CDF(Javascript|/Portals/0/Skins/BJSPH/js/global.js?cdv=42)-->
31762
31763   <!--CDF(Css|/Portals/0/Skins/BJSPH/css/dnn-admin.css?cdv=42)-->
31764
31765
31766
31767
31768
31769           <input name="ScrollTop" type="hidden" id="ScrollTop" />
31770
31771           <input name="__dnnVariable" type="hidden" id="__dnnVariable"
…       autocomplete="off" />
31772
31773
31774
31775
31776
31777   <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
…       ></script>
31778
31779   <script type="text/javascript">
31780
31781   //<![CDATA[
31782
31783   ;(function() {
31784
31785                   function loadHandler() {
31786
31787                           var hf = $get('StylesheetManager_TSSM');
31788
31789                           if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
…       ''; }
31790
31791                           hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
…       Culture=neutral,
…       PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
…       c73cf106';
31792
31793                           Sys.Application.remove_load(loadHandler);
31794
31795                   };
31796
31797                   Sys.Application.add_load(loadHandler);
31798
31799                   })();Sys.Application.add_init(function() {
31800
31801       $create(Telerik.Web.UI.RadTextBox,
…       {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
…       _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr417$View$
…       ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
…       0)","_skin":"Default","_validationText":"","clientStateFieldID":"
…       dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
…       ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
…       searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
…       searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
…       searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
```

```
31801  searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
    …  searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
    …  searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
    …  {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
    …  $get("dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"));
31802
31803  });
31804
31805  Sys.Application.add_init(function() {
31806
31807      $create(Telerik.Web.UI.RadTextBox,
    …  {"_displayText":"Search...","_focused":false,"_initialValueAsText":"",
    …  _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr422$View$
    …  ucHealthInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
    …  0)","_skin":"Default","_validationText":"","clientStateFieldID":"
    …  dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search...
    …  ","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
    …  form-control searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
    …  form-control searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
    …  form-control searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
    …  form-control searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
    …  form-control searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
    …  form-control searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled
    …  form-control searchInput"]}}, {"keyPress":radSearchBox_ClientClicked}, null,
    …  $get("dnn_ctr422_View_ucHealthInfoGroup_txtSearchBox"));
31808
31809  });
31810
31811  //]]>
31812
31813  </script>
31814
31815  </form>
31816
31817
31818
31819
31820
31821  </body>
31822
31823  </html>
31824  ****************************************************
31825  The following data is from boone_org-20161010-page_source.txt
31826  ****************************************************
31827
31828  <!DOCTYPE html>
31829  <html  lang="en-US">
31830  <head id="Head">
31831  <!--**********************************************-->
31832  <!-- DNN Platform - http://www.dnnsoftware.com   -->
31833  <!-- Copyright (c) 2002-2015, by DNN Corporation -->
31834  <!--**********************************************-->
31835  <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
31836  <meta name="REVISIT-AFTER" content="1 DAYS" />
31837  <meta name="RATING" content="GENERAL" />
31838  <meta name="RESOURCE-TYPE" content="DOCUMENT" />
31839  <meta content="text/javascript" http-equiv="Content-Script-Type" />
31840  <meta content="text/css" http-equiv="Content-Style-Type" />
31841  <meta charset="utf-8" /><meta content="width=device-width, initial-scale=1"
    …  name="viewport" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
31842      Boone Hospital Center > Home
31843  </title><meta id="MetaKeywords" name="KEYWORDS" content=",DotNetNuke,DNN" /><meta
    …  id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots"
    …  name="ROBOTS" content="INDEX, FOLLOW" /><link
    …  href="/Portals/_default/default.css?cdv=138" media="all" type="text/css"
    …  rel="stylesheet"/><link href="/DesktopModules/HealthNewsFeed/module.css?cdv=138"
    …  media="all" type="text/css" rel="stylesheet"/><link
    …  href="/DesktopModules/Home_Rotator/module.css?cdv=138" media="all" type="text/css"
```

```
31843   rel="stylesheet"/><link href="/Resources/Search/searchSkinObjectPreview.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/css/site.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/css/responsive.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/Boone/skin.css?cdv=138" media="all" type="text/css"
        rel="stylesheet"/><link
        href="/DesktopModules/EasyDNNnews/Templates/0/Boone/Boone.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/Boone/css/bootstrap.css?cdv=138" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/bootstrap-theme.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/Boone/css/all.css?cdv=138" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/desktop.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Skins/Boone/css/tablet.css?cdv=138" media="all" type="text/css"
        rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/mobile.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/Yellow_Title_Underline.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/Physician_Search_Container.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/News_Events_Tabs.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/Orange_Title_Underline.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/Health_Library.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/Portals/0/Containers/Boone/Brown_Title_Underline.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/EasyDNNNews/css/prettyPhoto.css?cdv=138" media="all"
        type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><link
        href="/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=138"
        media="all" type="text/css" rel="stylesheet"/><script
        src="/DesktopModules/EasyDNNNews/js/eds1.8.2.js?cdv=138"
        type="text/javascript"></script><script
        src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=138"
        type="text/javascript"></script><script
        src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=138"
        type="text/javascript"></script><script
        src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=138"
        type="text/javascript"></script>
31844       <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
        -->
31845     <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
31846     <!--[if lt IE 9]>
31847         <script
        src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
31848         <script
        src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
31849     <![endif]-->
31850     <!--[if lt IE 9]>
31851             <script
        src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
        script>
31852       <![endif]-->
31853
31854       <!--[if gte IE 9]>
31855       <style type="text/css">
31856       .gradient {
31857          filter: none !important;
31858       }
```

```
31859    </style>
31860    <![endif]-->
31861    <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico?ver=2014-07-28-075730-140'
  ⋯    type='image/x-icon' />

31862
31863         <script>
31864
  ⋯    (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
31865         (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
  ⋯    Date();a=s.createElement(o),
31866
  ⋯    m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
31867
  ⋯    })(window,document,'script','//www.google-analytics.com/analytics.js','ga');

31868
31869         ga('create', 'UA-544392-1', 'boone.org');
31870         ga('send', 'pageview');
31871    </script>

31872
31873         <link rel="stylesheet"
  ⋯    href="/desktopmodules/LiveTabs/Themes/Default/Default.css" type="text/css"
  ⋯    media="all" /><style type="text/css">#TWLiveTabsWrapper591 .ui-tabs {display: block
  ⋯    !important;}</style><link rel="stylesheet"
  ⋯    href="/DesktopModules/LiveTabs/Resources/Tabs/Style.css" type="text/css" media="all"
  ⋯    /><link rel="stylesheet" type="text/css"
  ⋯    href="/Portals/0/Skins/Boone/boone_menu/booneMenu.css"></link><link rel="stylesheet"
  ⋯    type="text/css"
  ⋯    href="/Portals/0/Skins/Boone/boone_mobile_menu/booneMobileMenu.css"></link><link
  ⋯    href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
  ⋯    3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
  ⋯    3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
  ⋯    3ac73cf106" type="text/css" rel="stylesheet" /><script
  ⋯    src="/WebResource.axd?d=Q-ciIVkO0Dr1hHUGA_hJmIWN2X0Fu2RoQ5ACgNS8-9faLewBKa6esYBKj-
  ⋯    0RQtC_QR2nErOO6TUuGnTM84Xu1te3xDPBBB2Iyyl6-
  ⋯    vCDJT0GTQBDCOO1x2r9sthVKOjffKxKeW__ospwz_ra4PEMLVU7iFeALMxCFz3V80_-Ew8vAJIg0&amp;t=
  ⋯    63542131053430704" type="text/javascript"></script></head>
31874    <body id="Body">
31875         <!-- Facebook Like button -->
31876              <div id="fb-root"></div>
31877              <script>(function (d, s, id) {
31878    var js, fjs = d.getElementsByTagName(s)[0];
31879    if (d.getElementById(id)) return;
31880    js = d.createElement(s); js.id = id;
31881    js.src =
  ⋯    "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
31882    fjs.parentNode.insertBefore(js, fjs);
31883    }(document, 'script', 'facebook-jssdk'));</script>

31884
31885    <!-- End -->
31886    <form method="post" action="/" id="Form" enctype="multipart/form-data">
31887    <div class="aspNetHidden">
31888    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
  ⋯    value="" />
31889    <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
31890    <input type="hidden" name="LiveTabsWrapper591_SelectedIndex"
  ⋯    id="LiveTabsWrapper591_SelectedIndex" value="0" />
31891    <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
31892    <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
31893    <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
  ⋯    value="xlGlmIh2CCXqzPBCk1+q6IWPKjbhOc+AYhppZ9I5xjjuSONAiNF0qEcDSmpPVPj9HWI0/
  ⋯    6pKCgtLRYNe0K6GEhovQhhLHXz1vUEROMlYXboAD/I4O3lXkE1x+Kn71Dd5g0uejJAodN4/
  ⋯    ziq2tyiDnUWRot5LxSRrlb9Ji9TDQvdtEoxjI9N6X8z1lTPbZTFFT7t6Xtj7VMuHVFHdHMIjrXzpKvgmwh0w4
  ⋯    jlQY7Leqt8d62DdffNLMq28m+PKkArTD6EquWFdrt7FU0ZcAcff9/
  ⋯    c5iQ5bvCjNW4MUhV94byjf7aQlEcYzQaJXTDEZ+1vZLMGioTn5+bcoKs1oeO9Jr8UKiAk55KyteaBpL+
  ⋯    lx1ir3lMRT+3x+VX/
  ⋯    nsgZMYKO1ikMJgaK62kgDwFV0lm22IKen2H2pS0muLDxwtBwKXSPbwlr3wCAlVvM3Jls2saSVMIpmqLlZ2mRo
  ⋯    RwCXnPr4mzE+r65foCZ/elVp5Y3bcSiPiTpnOK3XehSXk/WPiOvHgyjD2q3lQlxKbMoGEbzJPDFgCSihfr8/
  ⋯    6gEoG4sYT0PFLy25Bw1K/F3OZ2KyRJBzgzT1tUT7HYJJeWysLqgfXNrwrz6uj8FV+
```

31893...

uVOyx898oxBAN1935tcoHtgifGrUrc93gZyEME0S1OiXg3WVVh4PKg44/9AxpswaaxYAUSH9YPg/
1jo4KfliW4gJC4b87/Fv2WiXS3lGgAHmyVDBNGbhj54huWVLSbhbDvCoUIY3ty2Zm5+BCLS9ZW5Rcr/4F5yx9K
+U7LG5kAhcMrv1p31yJKz3DZL6bsy/4TMYRRjJzQXRz6uwST9dryw4Tt+OA1si9P/k/
AgQRQqMjWqxn84KtxU7NJXZaqYmhZTePp7OilViDn0+
MvETUMbcbzZlUOtiQCkfZJtQSUzp1jL6xtbiKCHs69sXrpSl3HKkocL/Nh2iv64BjEXoQGMvN+
qEbGD1EsT8mz8rnbV2p58YKzd2mh/vV+CpXjnj/f5cy+4m5S01xBvXIZX7UQQISX6zSkD2szafbFN+
xrOkyUcmx7HA0r2wKGeUwitM8CMqceQTcC8KrWdTYcR+aQkoDQmtHcnhLFPLosUbAZS/
CxMNfOyxJXGBdqvR5yeCXRq06u6ARIPpwvHmbgCGKRxNgRU+
gF8fdOim1WFQ3LXZFMUhpIqUATkrndIZKPHZiuTVwBvSjSx2gM0YDqtoIK4bghF9s28KcuhGfFMR7nvrwSCHB
l1YkdSq4BivvKL9nInL2mp1zvCNmPrFGAZI3tNmpmF/
eaIUqzBmLTaKf9upDlDxM8Y8lzypwHifxe2Cs6qLlqyQqR3likwLqh2hfGomMbs/+
GdmPTI8jg2t4XSlSqqYYvTUq13MNHnPb1yw2vIs2gU8UQByMa4sJXLtgDvoOTVZgbHTKHcSGxPzLDfkYSvq+
zIb6nwC7iGX4xdMVACQmmyNCh0fskJD2iFIJspVXWDP8UpIvzBblh5R0VrnFX1szcP9hgEBPKDaiIRGToj4xs
RuOr8MY3rguNFIoF5j0MliN4Gbh8355cLjXvOKlrv6FAOhp7EZwe7zJsokf13KB8rq+
6DORjpfZ9C7BJyH1HVVcIox6R9gxFkUOC4mXdpMVi/
a4xKrEjvFPkQNXztCb8ZLdbrW7F0tRpFpk4mFnYa0yG8E3v/
s2dHjXdbwIoNtUnBAYv55aRw6sZv7Q4kJnZ6wBEoLQLkOB0TqAAMCWA13XwUUZllwNOeMn8nalWrxFvQ0xNpg
dSq8PGe7+GQ6TriBTfgV3FjFqpHP3z9SO33mmQOzdx6/
5lOESZyp7NLJY1T69YnhLaP4Zbvny14SufGHvXKjCCbK5AzGeYwqQ+DDhghkYVS4IMh5RQqDw/
IiY9COyuhGnY6oeHXkw5sFIXaRf/PBp9JTUYxGYTrK2Y9UANVB6dD/vzaCh5rlmy2xbZ57ZO5j/
7iVEwztTg0IFxJbnVXMhou1Lc+sC9Fj/d/1EJsQm/
cssbD5s0pHcJ5er1mzXO4l4zfmcE8VdkXL68iU65yVCkcpsJAHGeiCMyMXLEOt9AOwHtpTf3O8HSDoq6cL5Fa
Yf68g/LH/
Vbnsnqns6VCwuUViqXxW0cqvBIFQCWduXaeR9R2kWCQu1j9QkMnJAmSGKdR6EhtBKdKbZ60rnkE6laNGNz934
QyxbnSsmG7Tp9H9RDeQlgwg9L3C02SD6AMaGpGncE18rIZTj4iqRf2GEVzE0LESb+JUpygGhNky7F/
I7ieo8A2M9YafE3ERtOSZ43uP+ei9OuoMcFANM44H4HV7GxPmM3YYAZyOQiAl/2sW4N8Nt3+s+
STPlHvfObLbck5pXkSIF1e5nsOczmgo5o2VpFqr//Ys/nZK6yWtMgm/
xG2sITWRWh5EC2llKRfYreBOmFAFAFNizrKMiJ2LMv5oTPQkOB0gHj6dBidiJo3i0QmG9G8LmYN2gG+
MHk1GWqf49n+Q9ahaF/BJTcIVbceXq86ZPadNqdMW7kqCHlDFtdglkZA0gdVdEwPvtV+ws8rQo+sgKUt6+
el26O3erWX3xx1nWjDJnZcujLMJLK9WVvBnKTamW/690+VJLBQ1tVPsyak7+kz1ZN63BoxnZFHDXS1w+QyLTG
+02cqe8UxdNPiDVhua+I+6uoxv4F4ec3xnsAQ+bXN/
Drp4s0g1JPkoJF9qyxGKGPfXWwg91L3q3AYy2H9aeyvkRZsP6ypYZTKaUPWRs9mxA7xnEJWn2fBls3zUS/
prJTaXAQlZXlwl+
UJrjcat7p8IXG2IjEGxgOH04HJAMJa7FS8gU5XWHzIsQjhMJPu3mOCgmAn7r6vCyhcAO5mrf98HAiEw82wj8N
egAUGjfKtb+r5qDL36n4EXBuVqAfqTRbUotKw5zyKJHwdzYTIrWVGcmuMBG/x/pyqcYL5J844k/
HRefOL72q6dlPo2Rw0dvqanX1J99vnsn16Gl+5iySSmzmgdJ5EndM5cfV+
eb0507pbzwSM5fSO0s1CepslXUUutHB5BhjFxChhX7YoWAuhorlbxOWj2eyA4GXaqU5DPWK886br4mGNUxomJ
5PiJvZzLOi1JbsbPQn4KxwPVZIFwBUIAWutIEAN/
Jb9rlYtpb8CIuYn7wvXGm86b5MYfEk53s4jNgeTOj3FflQXb+cuj4VbdPzMgXkaeIec2VW+
WV55fk6FqiFXLbzA+s1/Fk2+lvscV8ytPSEeGCobYi5e1YR0Cktey4gSkqvsMlEDuMFMOpI+
EDqPcHRTUCfQGwTHu3Iv74knHvphNMy6aYgByQ6y277JC3HuwlO0tOiHVk5iIOV+Q2Cjyg+
UGypSwLRItLXPNmZlL3/S5irFxduj95sS0s9CJC8CksKy8NX2E1EbJpgFY/I94IsaouNfWloQSlPzz+yGsID+
8VbsjeiPs/
I6Eehrb9oxpnTD3g7ubTVXTXcN6nuZ9yODQppZ1CWn0yGTYvBD0IppCsdHlIcyfbjENlIkeleFulREA1h6rdr
QjzlgV+fcZWWrVAPTPzCgZowTp6+7/
SKS7afrr8I4GRZEidF1h7C9JwgVgEUsIz2Lv5IacIf4GlyLkDkYqDfHAfyFA6T8Y21V2tPiSEuet+9qCtO+
Nxc3O1txa4F5SFhhHHe3k5srrw7QeyGkB95PZQ5GiCxspA6yRl7wZW0apRNMB8mKDZYafqLlGkI68gwrDx1/
RbzG85mOGXTV1VvjKzzhB9cM4PqgdYMZY9ljkpOjwPmczzgKVa3rJOI97EdnqVr2KJu2xoYFOGWNfE8rBJPl
0OJv75uBdkOt+avRzo/q6YE5qwG5yAfC3jQ7AlgYTmKgpoxE+
8PtpegxSsj1vwyuyHXihDdWqgIQgKLjwD3Ao9ZZ2CEvMNPRhpahZUVBcDFqEvdQOVFvwrkDlCpZciVHU67KgD
iwrxaY/Om76SZaUf38xQEdmemXQgcEUbzs0Nnqp0gUb6eggpKQNqNFVERfS76Fq5fpAGJ4yY+
1Ph1REV9Lx08dg7qogyVH5xNrRZQZCylktQ7A74p6XFYGYze47isG6VSXXjNn5Mi4uudnk4+
NQzHLl4adt6lrm2KaAsX1tzgjzoSFED2tqXLQCvkSPG0++poxyewEm2b0DRTJw871k3sgQwc+
sj8buMf0vPBj3flOyBd6WZ+cPmUDeIVhNIlZ+8SbeRtsy+
KDaHjOuQNQxrc899e8nk7LOZYbaRrLCJ8DCd4OsvMKE+TUr+
i82gset2bkxqKY7XluIlcyOl40wMFzhIKh5p6An4nq7PMDiYor6bn0BOtH8p5Vovwm07Yg1h2x2CqECqFXPCb
f+1s5RnB1hSrhMJKwHdnSls5NOoIvJmhkrzGgJbdPclovcXOdEvwmQSbMWiUSUxwnK54ApMWDIf+
HSM9qUyCy0jBDAflUnKGnSYrY4acT9ERbDphqpAyhr+
TDbuJ2GuJSjdhGBaFM3hGC6Lb16e7JJg57o7vAF554EflnXwd7LIoHk6K0kDoUe4K0/+
SLzQeERxSER2Xw3N940qihp1WkQSbwhEg7aCzffR9ovlupr8yERw/
AL4iylauh0jOz21Ze3dH8LngDRTMULga4VGhF53h7GbIkbFcQnQCIvLwRn5zzfwC+
3VUsPX3Mitu1Dr1UvYX4pl2+9NVXTjJgQpvKlt/uw/
mrBuWOZmlyLCoKB2SEb8dwWepJRJrqWbhCMCmjrr3V1gnsXfSWWTxQC4CBvoEVkvdge7wMprnyR2kp1080yHZ
SYCkxs4GUgyd1yUDaGg7f6bAqd0ILjN0ifLIkdvRNGR4l+
oUDpnZqif2YIxfzCvjME5zInsPeNMmSiyuhQAhtbzVhUDLQQtnTNaoo9aiADQd925DUuku/
M6i8F9QGFOUQy4QGrJWkutnopAz9srAR6x7obHXpAvZtWC/
mOcpj37MbcZF9wHbk9PAfsZlMHlpUb6uewPpc7KAQ9YugQNFw+
dEgSiri3nUaSQetifpzlXfQhLWsYDtRtCStsDVED5ZC01PanIzrMSDHsCVFH42Nu0ogMxDUWbzA4h7mATSBXs

31893... pL9DNdhscvo2sihirPdcqksoqbndd7h49nWd7zwmm+ccOQredbirfko91eapGeiq7

... qTw451IU9YTauIeKO6GgEGz5zeoA+hxupBrV73YvdV2vuo3n9hgeAD3EbfpO9zHiVJBIYijZUpzG/

... j7q3Ve8if0tNicdhtTTMjfUW0ba5Bsb+6pQ9zjshExooR1GFqjIWZI59idlAyir+

... Ac623RU6hK6INnwkQUmUtKqZMWay14cz+Zlw6njPQi4sS9OaoQ7nHv9W6IV78PwXImqjp6RDIU5TnuAj4GMOx

... +hhSPVjyo2xew/b4KKVlUXcJkhT2HuJKldkynAMxAiCvLeLr+a8tnZRlYpqQwpW80gun+hLlRkJpg9F+

... CoXr9qASUBoBNpTC3arjZIxuY6L4F8RcisPPO5d5iGfWDQi+v5c0wFRLLuFXZyTh9pt2TtxM+4XQm637tSe+

... Act3kgVGTtfpa3dWEk2TwBmd7Xij4vRhfS2YRHebYOZ0sU45pAJY5cpcMHIC3/

... ng1LWOSMbYhAQBa8nG89Wob5dLxWB4EwB4p63qEEKhhXmgNd6fTyySZ0AsXkCrK/MUkecoMmfqmdJgwEMbS/

... Dp5eLFM8apPvtLQgfjyCbj9KA6up+A+cQ08yLynIO/a7r3YizTvf5aw526uVLclU0Uu9bTB7/VhjRgVQ6xbK/

... b1LHfKm/TMRJ7dvN6fBaQWAfx/CqtbOntTJvgmfrpQEy0e+

... Skb88iGM5ihzLi5D89VNvXyTD3NjZMVsGbo9QLlmj7pUfphP0zd4LyDZCqsYZs2Am4Wis6aMcweiNor141zT8

... Xjm30MuBee1fZcFTyeOV7a30HUIxxSPmsM1J3PrcnzYqZ2Y680W0on7vUIESNRTsMwFk6NO4WTDGH5J0ZNtlb

... tAL9FbKMoGvPzhLJAGvwzxKw+11Rx7urRUwsn2mE/

... uAKsECBWhqZfMfuwvdGPAqM0GQT9WPWF62Oaq1B3vAdX1Mj0ZVojQbZQzEMfKE9J/

... 8L4RSxICPepmTFSxT16RYLH3oKKltCQRmwGqJudExZa1isTl3owmU1HByMX7axFFQJadD+JjBmvP9t+

... e8YIPLaJcVIoSxD/WyjYfITywornrfv6leArD8H4FbJwnNSbj/

... 4OpvNyx3Nldr8VZHp6HjuhZbAECp5DIFkEh2QqnKMC9RkSchcC9sWUaeFOOt/89k+

... 3Hz8ee9xX3zS8B3VjUtbdbhvJzpe+

... od6Gwi7nGBK1yQgWat2anO40alFOLeQflebAApvdmRmMf6egno7qeFeEVjh4hxPdRcBq7Kd8LlNluANmdbYkX

... H5y5u7Yf17Va88azkjV38qgnsMM6+

... PsZOhsT82wYmQYkrP9soAYVuCPQX7LGBETXGBoY7QemFRHHhaeKp6xFNoJD55eY7J2wyDiq9u8Z5/

... dZHJh3h61wZbRi7PKF1K1bLDBHZ5O6gymzYXP0N1UKGhMEGr6S/

... ZLKjlBkvWqKUirqEJbIgrsIxHmyT1OWvgnudHlvDYN63Vmf5q+/

... W6ozChUC4OzjBJ8mQFjWg1xPKZGZwBnaljg+KdtIB4P+KZj4X9zXeOYs4DiUppWv8ya/

... Re03ylYX1NwVog60QuX9sFMdtLlI+0SUoaSmWTgju9MDrE0ToFRaxworNqFKXXU4hD1WcTrAGQ/

... lzgJmgqMlcFBnKXeMuTLG15cEkTZRLK+ZwQ3kxVUFeqIwFE7hyS/Y1crWfEMzhyp2mj1Q/MJtF3N+OyYX+

... Mxi5jyddxR/ePi8+U3vlYfBjLjzr7318OaTXh/PU7OReBYSg19ntQ4Y+ANktaeuLh14C7x3/

... SOPPjozBzepulCqZ/OWmmaCXe52UgCJwcUMEJCQm+9juhCXEqlgSYC+tS/

... Kf3i3CkprSpqmIIvccqqFvk59IDvxwNJNVmsP9JknApWFPNrHK/B8CDTCh65LHfpGMicwewktJCHLPgBs+0/

... RPnZ1yJ1fqKUI9+x86dHHp+tDbbzJfCClvWuGs/skMbwbmrqLMdWlkzhbOOM+

... L3x5cphp0EXyrya62J86okBU8d2B+qzNsQLt0DqvfNHbUtWlmEh67SuYDygfIdXiCTOyZo550+

... 7RfYSJkY9VtvdgaieUHTdvTZVVTXLryJ6hGoyKBRTttEdfdYKGeDx9GlF4KgdsRQyhJkLHIVp/

... Lidjj4JEOsZUDlajEZPgsF8+s8taxDkVi/711NqMovE5TG4nsGCuDJb10ko81Y8NT+

... JeclW7BboEWtRa72Yc2ygN6xd223cmPZDHHTnoIYU5iM6olhdi9h5spsBDOOB4LGIb14CQCt4uyRM6X83TMRx

... aMoIyYB58Us1r+TMUHRpsNivgEbxUYpiMdfewWH9q5wrElhzfcVTn69o91cWLg4MQjTnkVf0ty+

... uQiwrgIFysRati28cBOWPP+k9IIPRZE7f3kPjKEWKT6nT5MQFsLVl1IH/89x71Xf+

... x6uSTfXK0XG7dG4U5Tz0wm8KUmRgXTPdrF4zpLhZGWYP8NWSjcbO1h7HSoVbI84Q1GiabctiSeJh9VWxLXO91

... i+nxF+

... gPZ9T2xDW08tjpSz8TEJinlUn2dhfs9Hnt8Rh61uIA9JoW9DvKMiMP9ijKQRlYtBcWyLxlhj6us11dDaBGrMH

... eWN1BxpM6ajuOR8xymBju8AGJ8WcdGdI5wPjkOhQtLmy86Wa8Tz+QWsEBszEDB6E0flfB+

... ecWknHLL4w3A3t4iWRihDuAC1kxjB4no301LoHJRnRq8fbfjs3UCK3WnhcRUSRWG7u130PjKhmhonga0o/

... XgR91aJ8904B8WDmZ5o6Qhk73q0Cjc7CEEKq6cOov+FMT6BrW3J2YEPVqcST6sMj8zfs5ulzEPb70+

... 4Urs4XfdRRvRxrL83ZftVQrNTAQqVFsVN0O0BhZUdvoA/3aPLrDGW+TZwV4rFOLVj6+

... tJWMFgv9I4drkOhL9ZLLZ5xHeliUsX1EX4ZdCptKmtQs/

... yTEkgeYkJAY94DLzehRh9RF587CyOhE29PGvkqadu6BbnAXE3Fr7/gthCMQTvMg7DYGH8Lhd4Y7Jn/

... zSG0nIZqrfADhdJ6199IvE6flhx4Y2C0c4uqUbZ7N6bNP0tLgI45M7NEWASglfn58IAMTzFxa/

... 0b0vTHYE6fMD+uE8j6ui6i0YWx17PE7uS/1PhcaFXj2j98SwP51dJ+

... eVlPnvhSimNYUXDAnbtDO3gxGYiEuZn8shERq6Xtp8PzsY0EqSRrYzel8ybcJxtvdAgJJo2qn+

... UNRrK3naG9FGh0O5F2LhR6j19Jdn2q210ZO5s7AGNIQtPxsUhDrjZ2QSfII4BLA+xIC8by/nXRvM/iVb7AF9M

... /QowEWajk+qw/Nmdor15Wls1z1+RfHycQwxQMFH+gxqElly7qV5HXmzSoNURI+612+WSQtpU80Q/rHDe3eb+

... 9YIqOhkFF1kp09nSFq0mduytyxvQDUyKkmiTl3t01fBas+J4zXmWvUWPK2+

... IlUhyzhsI9GrTju6u6LMXEpgOTRQpFPN0ZWw21QiutnFCWpvI2Bk2o1BW5XGxSKWguV+PFZAkkzT/

... UTAkBbIGAl+tiZG/lVyjCJKGVSd/BNnt7+wqDUuEIujPuXMvXkwhGZqj2NFr3t8Zqd/s+

... B4THFEyF1nKwLUQPND0t4mEnH3nPBGZEGgSOBunn7GqlJlRc4dg+2a1MdQQmmJXXtEVib2+v024kW/

... P7uZ1m4FSCZ4hc6nsjDCsZJwTWxXCODZO6rLEqhUrzgevwBO4WRVk/

... 8ADxQfaCHDHJcLqMvtNyznyPnBFHQFaFxsxvhKZaXODM5Oc6iGUJf90yLMJoXXd5OvQHd1JBCB5hPPVNAwIh5

... UH7u6JueMle7jQzHP1KOaPtK2UvEeRdHnS9PJCuxkT165qzR9YiJmDvp1EapBLvU4qkldT2b0084ELkboaM2e

... qCOTu3cbExmW9zCBmMftqyN7FCBROn7EGE+TUVUrw+y75asTqrqao0znB+btm//

... XYK0hQcVRd9RWjoyRviRiNZC7/JzedSP5jXUmDPNZNuUCaO427G4wbKsn76ZA9NF/

... TQehleZQRqNNrIHV1TsibLsiZZlbJ6j9OYRzSwbKPHTvcJoyUfeDt3TZ2AMM5pNMuxvYDvNWPveXKSut7hVMv

... RxklPO7ToF64RZrKG/dSSAKsWpGGVUEi2yS1TUxQH8atozEr6vaHsfU9KugtkRfQoq3jNH4EmE5wstXOgr2Dw

... +AAnLyUDItPt5w8Se7ezVKU8LJLDAtF3fcUcxCDHPBwV8YwWXN2dNxgNKU/

... jjWl5ANYkefvJfzNn4VfjMYP6d4K3lOTDlwEa7KXt3++

... kN7m8DVyLjlaLQz7swkfJR84yFIfO5rAcoZCV4hyaJl4wE/JDPNZn/Du5lZ1sGO2dmA5M4SrnhmIleyLWu/

... XyP7XPDLXIgQg2E0ozyRvT7eAzDYJfiO1keQGPOvTT5C5WXAJdu1B6wwhZuDX0FJRJYm0dDs2wF/2+

... r7qBJNJnhVGOkxM5/w86+BuwjFWatRUrsx5yL21CTN6tzXYoedr/

... wjNA9QCVJ549CpU4KCshm8mHpYC4T4Vtr5/

... Fx2EA3MJLkXGYPrEpn1vaLqpMIL81hAjOd3q124NcL90pkkkDiwU7Hegv+WLCLfuhv+21s/

31893... oDMCgFFyH1du32qaRo3VKz7o7pRraUCBYhEowoVe3dMAxpbofCkYB7HBvpxyBrVl3iJ
... 5tXqNBW6VeQfBu41MnhRd0GG+4psJzpzVJyvdWYhgPObhsKbKYeVG90Kuebr5VrYkcqs0hLn/f8ST/
... qTRLVRxhxkRMkl4pdLL+N0Xe1DMkzbk9IAJKAXL6u2zyXD/
... VssPFFRAFitgYZukAzMt8jjikYb2pNrVL3OtxgYpvEfM32TplZnBCxEQ7Ymy486A7CQIkgLYNcFfuRCD/
... mehOhktVtd4+nOZ6UnmVEchFWceCvUx859uc3popc9iyZiv9J1JzGzPqPO+TokrSGfwHSsuA0hX2+
... Fvkh1M8lseszElqc1aoIrA2x0MpzUFrVivkxo/U1QjQMZx95M28x0hQkky0/
... 4uL5gJgtfEq4faZlVci8uiL8xF+5XJt647baxWqvESuqz0P8xI46p8G1SBeobl+
... nfNXyeFDVBzeERcgt0ZJIXzfWivcpjOXewi6blfO36NhNWB38UbO2SUI/
... 4BaCwP7kVYXc292s282h7z8XQvW3kPXVSX+QmgkTwfM0B+
... E63NmhBvvjciMC3Fb81pe5jpT6yuh7EmTGiXKXoq7ixyKLwLAe7IIFGWEUPWS/uKOlvJjudAqon/
... AzWv9TtZEV9JcvvkQ7ZfobGgmEDHAHwJTAYe2C5TJekSEH1RpqlqOwzicuAU7S71xwmu9LzUlbctGCoIG31pI
... 2DT7lHIIDmmRhmIycHFQkurBrzbpaGc2a1U0Ubs5s8Vaz59yIod0kdNoAL4lrXmqeymSFeq5b/
... FUtvTMNFJdzLMmFQ2Wr9JPRxCmqqKgXSlwUAsXX5dqeFpOa7Q/CjXxvJYjYXn/BgNuNDsi7vP2HmIS4An+
... gyJ1EWphVvYd0MancQYPxYGLHe6ps4+7Iaz6mjXDtwsBr7s+
... LXNIPZVEHvPfSVKtsbKdzHzlNBtTpjqjbHh0QRon59Qq4IrJbLrIoqwRO73JRPdo6uyGIwaJOsg1oWj4UAVxT
... ShWeDTKe3zgZsuvhhonwdcfIQtEIcEzo7z6PzgZLVlMyhYkP16aVvVIST3NiivVIh8zVUh8TAWG8HOBF4csgG
... LA2uX0spZn3N76OlSvWePyCSYC7SAOdB6zFDmpekGco/r60Dw9uwn/
... LaHArDOOtsgwJy9DEykj3N5qQpzryHEDEG+QW8XoBBV/VhdSsxkvhP6Ee+
... FDcqBTVwsaw1JVt0FJGVG7Jkfew05Q2MoNnj5TfYchLT+p92t4JRi4tFsIyDGK7NgQKLOb82OwGw9PVFkc+r5
... /iOwk8dHOqY5NiSgiBa5VQ0f+ZH4iep0LyDi7EEB+
... 3lZmwO0SEkip1GtFhAOH2seeODyoWIdDg7NwS7PWmNOC95hb4Zg+8Ev5dSPgyTxdLb+lUinYnjbN+
... H0YoMgpegcUlcFpxPraSVDPosNVm+wK+syHYo1s14JyCbgc5nLk8qm0mK30j+MOA0qBL/
... jkWvaS2JbIRPPjG9XMrvmmjeoLAC5JTQmj2Dwnb9w2Vfp5osR37T4ZHTlco51cSoCFGlD6/
... LNr3aDVAq6ThvaQhQacExHCzFkJCbdBbFGPJQ7CqISjhn+VK4p679SYhdyxtD2a0Tti+Xd5Jq71K3w/
... iYx5NRASLs2SvBpPxI6WZ/hzZjow9/LGInANViR5SjaZNzAlJV0CoaGhr/vQdrVY1Z5xhTiJXw+
... 8CLy98Ug4Im3gyScyhhzx16kpO3aQUAl5/Ve4oC/x++vFs+zDEH2T7jAHMgR0yvNPd4kK82+
... TTS0MnlF9u4PF3Mycz/
... XbnhSa5wf4PiOmnC7kCPDCl2JSJfEQQoniaqcUSNJav0sek5qoiWmJwAY1LHde5H28r4Me6rgfxKHmD0yhbwk
... qjGHB59plNvPtGgyaCRYRFGg70c/9TGlOKbbCeugNAmOQRCVZdzmvsZvSpRT+Og1Nw+b/p+
... 4MFqEaVPYWAKNLsv/nKkwmNJqlp8y2lJNILqwfLl0GhPPc5rH3tcwpEPpR9ZfDckEArzBqUDfsEldnEPiq5+
... lSBgCo7W8ZxcIMPLiTZq3cvHfj2dJ3Gbm+AvEIa+tzU6T/vl5B5tepkshuryuAatepoQ4/
... W7oviBme253lZ2Moneyn8NSCfOwW3XEa+E57IARCgYSV97dFLQo4rVf6FbwPLp5S6TWbDml2r2Gn9cPPE/
... SN7CGUvplz8nQvQn+SWeSZu6RsKrh/O8U3M/
... xvSxKcimOj5EP2mP4Qz0teGHeqxfX1tSYxW8Gjj VtWLQMV50b48D1VKVtYRjTRTBBgXYA4wQtspYl3ehPrpZy
... wNcEaflegsL7IZnHYdhqSXedb4k2gNHGmU/
... SFDskhKJjNUUKcJWj8mU2JpO0DMqiGkzg8JLaBHv3kFq1mvSYQPvCKTaUE0j5U0kVS3qi3sxt5QLimjiX0aBm
... nR7/9eXkz6vXaEyQxdXs0rdik67KeMEK21mIn/
... DZtTSNDv68mF4WUz6rUmdTIaRsWudmLf0FAW9uc9lPDjh0V8P3bHKRdqlpKTS2thMjLY+
... z0j3BSd5jddPVmhryws4IqORKqK1DB65Gb8hmc23N2I266ZDqlcgTnosv6v4pp5aJqdm9T9UJ2iqncZzssomC
... ZtgYMJ7mehXCZ0veWtfgSlrlSfvfz1xbp7IvZqoG2Dmeqrqwny1VKuRcFxlZyfytMO2TT4O0s/YGTdQQdyq2+
... 74tpkqi8XWIz5NHHwqUgJxJKI9vnDJXIXSJykOvZy1MhBP3OqwXiFzHucVmC6JAX+pnjP+jX1K/
... Qv57tRsgoOu3cgXTL/uJ+Ohj+eDa0+
... 6I8qHKLOYrb8ixloXf5suqRJMMgKC1swQr1KddQj6Dml686titkrb48ulL6s6kkF+hAzuk6DRD/
... fc8fDzoqBzrHBnwOT/8jFS/Q13kpywlGUqLa7aR7z5P7Bt+LgUuy49azK4l+7KuuqVV3TGQuVp4pA/
... LIzQfBTGISYM3nP6FRjjOSIEC9G+yo3XLgkXHoYzI54lZeQAiDNOuq4qLxR02NUV/
... PUotUnAMVlWaxBJOmTBS5G95FGWGyqm95s6KfZDlfUwl3i9aW601681yHObQvyDN9nZdCpds+
... LzxndBHKnwtdbR7Wx8nq7T3oxq43aznwjGwx74Uhzsj eERnvZ30POEiqepgqqiHT2JxuZbAlQfkRlGT7F3EEd
... EeyIr41x8LDLniA4u8IlDH+MLLb7qEq93wzlWcrhxfHwDIaDeOCaRLvUmKyhuHOCna2vYd3onJn8vr+
... zDRHxXUbF9UWaJH828svGKTimai+FBgy+gU03yTGlyDJG5Od3nVKirvZAA26a3LgAQAkn3DEfRTOBY5AMqN+C
... +
... YtiYM5AYSB8yyVFpcT8HcjuLpibLs5KdossRdHPQHry3hmIeCt1Szi7YW7MnVCgZtPOL26kfgUH53j42BfIIM
... lrjBMjqHK6Gx/ntOdREmta2a/VXPLCJ6MlQbbyMzRZen6xYGUdEIKC/
... VXxnAToFg4LVivO7X8mfUwps9QRI3pqbwdjcD7CLoY6DnG7vIiFaTgCm3pJql04gB4AM13aG5yxk6Xk41f7ze
... OsKJqAz10Q9PDfzHRouqYUwgOx5ZsEsm1IJ/
... uXMYv3L59ema0PckooAVsXg2hELMLOnzvWPRBT4IEscdDX6IdeGXP6dvjjTtnPG0p3dYXrnlqP5jMNEZ1aU6g
... ZTHcA5PxYmnUkftfms2cnv0qYYci0uqS/zHh+
... wLUjq755jD3lo2JQat9y1HVTy1phzw0xZC4HSvlIQeDPnoLbXMixg45qBQIIkpQmIBADXQOFyygQLeB+nh7+
... zmPnl2jKWqyFdyN7EXBmOfgMW6sFm1R+LXqwsXwtJjGClylA6X/
... o4cl8QYiSI19x8xwdomsjfpJ4cnJ9FUXAISJo6PhqTbl+pVAgqV9gK2WWIly+
... 0BaIjUxxfHac3JfVzfRLBRNqtZnmgOs+tAaTnCv3ySNqzJtKtNuG7Rt+33YXz1gscwaxSu3rJl+
... 8uVtwktRK0d/+gl4DZLCkeE4qDuq4O9cTRxbAp/X/
... pac41YsxqKQyGJSveysneBkjl8c6wHadMGhgCdodS99cp8/hQcLIkCp2ZyNGzq1b8Lm1i8+/ctv/
... agVkm6BUrtLbGYPeVw5GQv8UFZk7a0dVfp47U2aveQ0FrFSEJYN9ZLNMaNit7c/
... 5AXKytVgZ6aQMjFbKiX900YpcQ8FGlC6EnXBt6eW6vy9kwd+gfgp0N9dSyC4ybF+pFzbuEfSnX+
... MjabhYHLOmGdRjixFOfGyt1GjB00U2X99j6ba+yaED5BnC1SCTG7xocGFonq9gsr8dVt2ei03Km6JisH/97Z/
... wdJQ41W2ZJbQq8SxeagPrl1W7H0BFb5qTc3F3HhJ9pAJ5SPA/+zgg0LHZJJUBTmMYxzb3D/6buz4a+
... llwjJ3GBnDEDLAqfO3jif49R8itTVmJ/2PGOGbIMSPxyS15t0agufX9QgZ/
... CtlPkxKN18vJYc9nPbJ3WTcn6Uv29rUC0GwZAQY80kn3fNqF5pWhWOeQRlHFsSKOzotGjVboMHt6FD4UlBR3

31893... 4yhY5S6v9tdwawkrkz5b7Kwx4bFq0J2smyBSUN6NVdsGtiRaJ8Ak4Dp9+
... 2EEw2BfeshzNgbeB0NpSjR5ognsh2PWWv5GqnHR8hMsLunQhHGAeqY3VqECnCXgirC4zeanDAxzeu3vp7MNTn
... ZbFM+1kqZy+C9mMltOs4k+XK7juqDB4/ufDxkG2HQ7J8n1ZgQvcUpZAGtUCk+
... mB0sRYHfHPkipHzAlOGuiNW5KjaZiADLuUMigIeVnqxCkPl1x4NQGSAfZXEEHIwf6OC+
... 97eAcHJQb3sznYdBvUZh1btKPldRbwBwzyuzUACPFHlwBdsmzJFLx+
... Yn2jjAMJYw0qtSsn4YmlkGdUXShiMTVr6I39xRuO9Fzz6IELDDXhpxFyjQ34h5U3R8RJzPmZUsYsVWUJ/
... kiltQcrJ0r+WM/arhaZ1FWPwnWuirFy79e6yl/
... U0ScAzjX4yfl0chAFNqbhCwpY4mfNw0tOUsZcsKqOTEgX0PvTWj+iEjg8/
... 28jDSM2MXsdQrTwvbYulvcaxB6nP8ne5578WLRKCu3I4nFxghN2XenqzBH6mwDei5WGwEJIDixP9lTKjcMAzI
... GGqPJAbt4bAJpybkcomECRJb6zyvbz0CFKfro4wndSR4dpD0/7aPXiPWFWOQHC2lAhpt2ca7gQ3fLj86BBIr+
... PcI1YAJlaDWG5ZkDHOpaybucsG0xfEAi4Aj8kTIZhoFktLYii3e8fFRTpyWOzDVvpmdTLqacnfeWDfm+
... XebzmzDVnm9pKc0BJhWlQx6aFRSuVLpuRX7Bs+oaU1AIWBVKOw6aKfjt+
... ja8RHACmoH9YxC1SYiNKwT7juCt4Ul1wYC+jwdvAKd8t0MsmJoykieExFKd6ATS/
... nNu2RekwZHMgoSDPFCrkOFetA0dy+5s4UrZpGCpzb9TRBqV/gBkZk0bGhY5qqF6ZvqC4HSFHMt0MI3+A/
... iL7urAzSN5RRqOPkomdGOrNuPOY2IME3PgyE76p77ME9Blna9o/3ihpu9Fl5AgCJaDDFU6/
... 0TCnJhBVB2hGHM82FDcr6K0MDMyjlb137h7XKPCNtFOShY8jFEouU4FO4LUldLJ6Ndv3OoyICV88EMCOI6Y4a
... TTGTQ7kLOGTLEUERLMZwq7SJnSglKQ8dXnZBBK6QioWNiB5gYQKYyTw70/G8rnA4gmqC8ayKgaYZx1+/bi+
... WRympF+5VQcbQP0PaAL6oouCSwxNE9ZF+DyqYw37j0gJOPNrSyWpS2Dd2Fv/32C0TpjuunLWZc2iFD/
... VZH5V3AFx7eavYQURFpjMaHjcp2/5ixIcRZd7467OVKwKhC7IaNW6NbGgzqahBjzoPTpGt8/
... FVIG0dg8jBEYnvdaHysuzlkP/QI3CLhEwTilaXE7DIt7uzKNvH5DR80pKReDZ/
... RVrZdAOkDrF7PzQ4oJ26oFRZ8JGUstqtrRex/
... 9FkZEnnqzaPUnHX9yMLYr4BLRXnAPl8Ku68NtCVUKNIRbUi5SFtIs5QRK859oGLSir4X49VnmC4SgM7F+
... gzOku0lKuQFiuFVDdGY8Tp2PDKoJC06Uz3hiFhBOSOaqz0BjRWQpnXvk0I2tbadGOqDQDfQjFrLJpYkSIgggC
... N2tlbRXfcsechdlKqin6RS8uNdViBvWUG+
... 0Lrp0pmf9BrKnIACQRZhWCNK7OdTHKXvcBYLuu5TgzNPKrg2OhBDvqZ2d43eB4LphigQHVlMoQJgcbk96dT0z
... 93X0E4FS1tSScb44MeTzFf2tr2KOJQWCTEuXOqYsGNGg2jFH9Av/
... lQdAB2vKqHuHjoN1UHTwpPBfgeebkBQN1TvgIGflkL7RYiVIYvUA+p3fnt/
... 0fp3YzfZmdWc69SughkSJjNhqcWpkIWIvColOcJ20f5vLtehqd6zwqgP7iYRnSRBb5MtK7Qhzg/
... Imj1jm2h4RhjCzOl03n19AOTEQz1S1h+OQDe1dTcy2bD2hYQk/2REoxsrV2nPZmFhK9oM/
... Avz23C1SWPSMGKUEZnpS8plu0zJsnQmPguAws92mNbccVWKSeC12Bo69vp9Epe3I3sdFFEEwojelLeWhZBHWr
... c33rP8VE+zWLEjFcJhcUueXLR5oTU3+
... TtxzKmnqh4lhOYJbP4tDl4RPzFa3BdNtm9WT4DYyhW6P5iIwAhZP3QipdoW6JMMPjLPDisTHojLWHJLTDHu0a
... GxO1tAF2wfRfM168gYs541pNS1Z1nZ2cPe7jGnt9J+IeEFz3UVKo98jDz50GIhPMG0/
... YVNS2ijnCXvmXGMRFODYp/tZ65oV6/vCanhbt8pAge7H9d00oiQ2B7O9wisyeoKgFuN6T2M/
... JnUik5QBrgMcvNCm35OsYTvvgfrDsy3+u+y5eN/MQijrXweASq188UyTS6eF+
... YG5sviNDZS4zEjYVDRxwErj1HDOMSZVo/xqeu5ZBQc7Dgqm+4lsbLb3TPR+
... zL7bsVeTBmqiZEd21sCanCshlajTnN0vfSSHaJQH6wz3TbaS0mHjL9JoqYBEH6/BHpQjiazS0MXxpk06yG1p+
... TjG7mqAiyXKoO4/VBGK2GawafMWGC+PzudFUqn2sG9dtCINE9zq9eLZMSiy8W1+LbbTihrWRlhszP2LMq/
... WOs41RcrXA93z2NBo9976wO8GcEUcIz6244Q0pJ418mAdQSBUsOCMeRwdtVWRV/DE/
... 54FoqTQHrv7ndRhZ21PWMj72hopzeLG8UeSiIQdYQFHYVZj0whvAGn6b2jHMrafoFApxqaZq8g8iJ6DLuayMi
... agYXXNW1gw3FVon4jz2xnqTqdMFHLiWkuGhOh8s2tSvxvXEpTgGfD1AJzzprhfXe44mXYocBOBsEi9/Llmo66
... /sK84GAPmWCIqkNiPnUJX1jUY3FnvBqnF38LYTXArvnGI/ttbFCkr//7V8Mcs/
... oC1oY2jFGtpCrlkaym0U2MkV1IxMX04n3wmCd1o7PYN+2gYw9DLvREkmfGHX/1imicwHdnDQlTO0CYd/
... 7CtCw2jaw2QZQK71RPVx9/1EgvcYWQnO0cb49fT5AhgdL36Q1ZaDMKz/c/nb/
... CVOXaonGuTUPu9j0ydYf3JWgegqOcwBFP/1ktlQBjzYMU5rvxp4JtxEJl/
... wLFY1swaj7qNgpdGui523y6lSbunYn3ujH3Cb3zrpNK962qyTrkjdPNynSBrXTFoteYRyEZIHGZzZkVOnavFj
... zxrxVEE35GH9J/UrYD8VYxvLHR6pbP09xCZvjuUQ0KQxs5QywEU8yjovE6Gu3EYGqG5U2dVBUxukopW/
... EIxoNyb+e1K3SBeTJ700J3gLdrEAKFjVAFyTzm+Y+
... Fucsr2hO7MFp0HThekeupZeVDBPrcockjEAPdurpivKQEDhysuXgOsCEE9LXA/uuASI0Wi22cTRC+
... RDMW9MMvYyztMtH4U5NtuCNKQ74iFpu4z6dYZTTYBy/RoCNNSUlr+
... KUANv7QE0NI1f9mKleVEo2FH0IRKxjzFdUSU5Cv2ifCFCWMliGa4SbNVi6Xwto32xBZ8ex9RK3TlDhuoEStvF
... cG2JzlMUEcr/K+xSkWfIHfTHdTRtbd0VSfsU6zzGzPCDyMakEPTj9HM/vYOf9781Vb/
... i7mVYjTz5YF2C36zCRYJ0jO9gWl+
... CXW6ynMV5DLq013E65Pcph5ZOi2WDRZBw6VmqIVOUoVucL5nsTmqOHBrcny/U8vj1ZCopaBzYky+
... RYan0dkKUXE5MfXHXL6tzjnShTF+
... E9jSwdn0a0VIujXeBzK1IsbpXHvsna4BUBV4g9D0Q2zy6i68TipoDOFgn8Mb7TRPiYUEu9sUDl3DYPpUEGl7z
... 6mnUtGu69K+DvCCPH1ogGvMjblHH8VQKZXIi3dfun5pIYao+mHh+XYu3U29/XsWa9tBJ4TDlevDgiCU+k7R+
... aX7f1WZlYB1jN9oQqDRQXMYa7uU+
... edLLTX20I8bjiIYu8oOgFPPp4aJTDqAQ48enXL7VZLicWrlCSgO4aGM6p1zkN/Qir16P8ILb159S/
... WUoWHyWRdCsLz4Mgck1IWV+cOtNPHyCMLd2c/
... jknHqufv4K5TuZdyXQGEItdex8jjVP15SCC95LIceB1qEMUmd8PBcpAT5PkKfYGiKBotW4osg8ETfRusBrJXv
... IzgS3w+dQDJegUi5kARw4uMtBxMP2BWyrQqWhJVmqpyvSuqO+/uZ4++FZWsmHeXvn0NXLW1tnDMwPu+
... DS9GIeija+/LDmtAEnawZQ/fz98RWcofHOXy3jDn+2N1SZ6rz1WmqfGBFh2xIx57mzoVGIGMpeFnSpkt/
... eohRAyrtiADbB9csBzHeTv5kqlk0ddHF/vCoo0GhOtWKiz535eOmjJSBX5MRpYZzLenuMubOaNUCLxBAH+
... wZL9fR/5FbQzi+rlhkf0YjiPTBJ2mYmJ2m2n/
... OkCQNexuov2yzMFrnCD37bPS03R9KespMuJcotEPDTKhB7F7NXAZJY/
... BNHCda4QiRPuPg9Zgz8TuA4lLqBFJyZRMCHED+UNg7nxI7fovJt2/0gKHJ9vEpQQh40aWLdn16oy5Ey/
... G7bU4Z4bVlSRSvYwD0SLbEkFz2MrIxbw3y7rJfTUv/

31893...

3tvVv4F45imgWkw9423r6ChUueh296KtsnehEIJzgFeIghQDyxyC2v2FP9HWBOhTBi1tXDWoksj6ktpHG0r/
SHCOHs0F+vzwaZPBtEDi6plbYcQJuyYdBA+A6rMC04L5AMs/
PzBiMfLJeEBTpnEmEdoxGKcnVRC7g2N7UrOyDRdcEJvth3yZ7/
TUbUaIRDQ4VET7LXFcTfTvy1yoAuCyArFT8Q4DVbGsklTFRqVJZRvhPWaY5ubiCpk4QGd+
lqgdRYIt2vWy3rOVmxcg90PFEDwAROPSdz+HDC0B5LeI4iysdPvRIEln1o6DZb+yyHLXlEFMGGcog1kDJSb+
GoqhXYVSISI3qyKVJFvxMhfoHUsoLcYL1fGAUpJGoepwygWriGkW41xb/
jHzstnq1iN8Bg9pIMBLjjPfMbytRufHeVlHPaz/B2F5Jn6GR6WnSiQfGl9y/
gaVXNRcfuMYwcFkJv0wN6ClYjLHSgck100JqgTe8D02K1W3Gm/UVDjHAgqF5nTbBGTSXCNcWvdkav/
dSFaCVOr4O8un2mI1YSEi3ojb8qsLV6ccws33fyUvEoIlh3n0ul7flCaczKJPGyTWtf4prLnMsTIvJekHq9Ra
BtM8qYLNsn/8/HWQa/+
YJuwRxoQHNkatdkwXQoDS2lOF7xmIwxaGldF2Uh11FcVoh8hCZlEkhzgHxRwqOp5h7HtCF7KnsivLWOYCs0Tw
TlfOwFu5wHIHyolKryVuwLuN98pL7MhojSvCAkjSeMYfIR9VqaJ24LXx6a+
H5KzqTxFgjpZgLss352tlA7St3lAGAHol6PlpdXJ5pxXn/RK4MqldicDdyFG+0yWpLGfA++E1//
K8oIwQFvDwYjEDLNu/
JZz0B2ug2yaROCw4vbBNCAfQdSJfJ5vW9ziulL2eSjncP9NuD5IoO0LnwKbR2e1h8MwIJwZOqMy/P/
5UyHE459er0E3u1yDhQQwo0H3zSooAH+ZRf1a6cdd4+
tKiUQpZW5MhzY5zPZuNJaeDv4iJTczkgujNvsTKkfrPJkuemjJRCXbQM5173WBZkWCX7HdZ8XLxb8fll+
O7AHYHlqr5Ra5P2q+EIm2+V8zNL029p5JKCMIGk+EMPh+nimZK51SQImmGiJNzQU0IEvUMgcaCukBS9A+
ZXVbm0iZ3LClY/+ypsoD0/ckPlNBQhYg/+JOtpIki+ff60Qho+
7uHbVUYL7zV0h8WTXD1s6s4IKBmBxAsZPPjaKK/CsdsIc5Sb7bxcwd09gqT9cNGaFeogVoj5BGYMv8CoZ4T9+
JKFWx1FP23jrXSsnH7P9015v4Lf+
jBFBtVJk45RKvEOgC7Gy8YqFKW0mT4NHET66iydfnbUXM4khelPvcTAySsi/3PrkI9/fI2ThhQ8XT0nT/
bKBmZbkKDHw/dbehRm0nMmZel/EUpy/
17jJJuFAy2Gdg1NWT5Pp2YrMnc5ACoMMk3kmHDrdVbCO32kZTBoJnILJzi73LSiAmv9DAICyGw91QkrykCPbV
AwUPfm4T2uEkZmAoavkLvuapkmdndBr6FleuM/Uy3MZ/
MwPcK0PrCzac7vk5Prga8rWW8wDXq4VVtsokRgSAIrLgXQYOfbm86nvbgZcZPn6wIdDIft6/6K1qdkOKH/ZQu
/hHY5+Pb70zWYMkSMUUzk0yV4I9bmk5dGM/
OrsZjlx3OXLKtu8AI1u9pCINRSi9FyrkljCsJrpBNkFzovAIwvE5Ns4vZswGu1TYh4jDd8NUBjMH1Yeyaubo5
h60s/lAvoOW2SdL5wB5wc6wZ5CMWGXd5KBBKFBgHXyBaikxIByuCif6nGOm4ZrmSMbl7gmMw4KOtrJg0+
abVIxK5giR4WoJZOmUS+Df3g5PLW41I6dzc6GyQnfzc5e3LYWDwAF9sVoD8otrEilyf2JUwrbQoz5Zxj/
VNJLaM+
Him0DPwNugh4vdnSdf8wU931ivgANHlOhMz3c7FNlsopYKV0gjsyCVlwgPKC7E0jkICVfdiMWEnJQUhNHq5D/
0cqxHaxqTIEEsujTiJd4d5Or5dvgl7H2NOYiO3Ih2sj9biTlg+n1y/
zNPiuW2YSZY4UU8JO65EDZ4wm2XT4vNuXjXxlpdqTTfhfPvoYpeJJpohnnxip1PdrbgvpL+
JGQc0C6NsKbFsrMEjd7RY2VIjA9pbRP7eczjXGF7n6v+cmm/eNU5LvspXqT2L1BovtOxmVLUYpHP6XEUNY/
aW4hRb0y5Y/zn90zoIv4Hh6fYf5yxIgic3hjadRGxIqdKej72pldF/
mvkl5lRPhWidH7WDGHG1pqfSaQfTUj9q/
84P3OJ1nrUq9mI7e8qYW2VVytrhAi28urSTseZrvP4uMMGV7Yns8T5x7XVtRO+
J9vecSPIyNAXwwSn3rHLNQva2WDeoYAV+n9BLgTKSHIXL1Kr1MkEoaPx0eaiUvK9FuvWV+
6s3VCVVpVEzzYILgdTOz0kaJi83XPt0p4ZLWJLBcpKYJUQ+BSwCecA2qJ0gqbspvMPaZEmE/
IAe2hEMDjtn1nWMbD0p258Z0lqzk8LxSH2pEJV8+
3XitEsTNZgePykWqXFs3nPLdCoCmZejzWK6FsbqnXVwlxLyTQ2g5dMRW50fKW10DR6bVvAsuRV3bVb5zeT8l3
exoJXRQOk574u1+
lSA1Aol71XWE6RNipRssegyTpc351TkTVMaOsZdw5sQc8DOMliHVXixPZek99Rjvmsm45eSP9hIJC7vsqaS4M
X5HudgGkrvb32NY7p9rbtYqKDk5SQMWzdCS0TP7aQAskRCN3a/uBxEHk9mFIj19+
jIG331pqwjAaKEDlb1LO39HJn4Q9sn7k5IMZRQIzXBKjq5OmTL8oSCK/vp/DcvLtM8+
wJv1Qsi248tFg08hPKPAdF1n8z7jab82lvOdp76zGv6rW+EnOsjyje8a86fV0yYV9lOAtPuriJVQNJX+
sXjSXk6CuDiFYFeVhMjpJcf1DDqeWbS3yx0uaa+cZNHutjr/UvOxWibfIBJLPCGBDZdl4AXIqG6lZ+
OVGybtGLBwLpildypGJCGbZ5Aj76lOCphCBEzwliuI3nS0Ys5nMMjcphBrG7PBVebogXIuXU8UhDgQth/
8bCHVVW+
rr9CiyxUyxV1YHwgHIuwQ5RgUFahd8O5hExlqGztjdEoLR3zgjAg2WNQ1ZbynLFp1UZQvORRQJETiP7VIC6mn
FKpC9RBvGpzyrTY9mUf+lECsXeiyzUrDJd/
DaQahscUdgncDhLlbxNOB5V6GbvKx8et5nkUtLwzHODhbGEknSyT7hEMyo5SmlKGOpUtPS5UAnl4xLoFiFHmN
QRjMtLt57iwtYcPCg+AYWq6kqCxmWkw+E9xSi+
B2rhAFChU1LZ5XImkvEPf8lZCHEUivSA4CiwnZd9zLI6Puq2ZbsCtsU4n73A0sNRrpQM9BQEoEerRwYPQwycO
1MJKawwXu79lPc1sBh+MLhj9KzQauf6VvE+jEXRo7YFAbpJEEfO+
KqJYzx41kYAjirMiamSpHqQSm8bo3unhBJwKBw3Ln1v+BQA34DCOPmXqCJWJP3nrTKrca/
JQNp5CijX86W1S3mZsgzNtykcPn4fKdrgPr40T69SO34+rkId+JZ+j/
TFGfEXWxncpAszzeiEr01BGniDztdvVeWrXBiHW8xu96F2FvukRdHoWqlrsgg7sTycTvGn3DG2y9TLbc7Ey0W
1BcCDTMHe57nbYHoJ/GlEfpFb/nmPBtQNdltxz0zpcU0jfuI96K6bAUvE6vhgFu+IyFIbwYhrE/N2HZFUOVZ/
E38SyPPg0Eq5m7IeA7U7UHnjX/AAgYx8wiR/GoFAqSfz+uVentzJaoGv0rHegVpxfieCwShpaGxzCbK3W/
8gmOm+Q+YXqFAEfHuM+g9tPR8J4jU37D4NDSCHI6Jnli/
AgJxYlBbPyV3pU8cvCS7Ox1CrG02acfJ9RJn6r2XWI8N62aQYdIrgI1H9S1XgUjH8PiE597UfWvY/o+
tkSy9HURBo3xUofKUzI5Bb5Y4Z118SSksFD5E6/zHb3XvidiFQwaGFRkSqCzqr0fmA/
yQJQxBCByV0eLWLw4FnCPhN8h5Txw3KfkAkRoxm2fTm6OhR5mGtGZB8dZV3ZF7Oq3TYiCZx5jBl1btNYyHCyG
h3LkliduZVACQrXeA9IoT/
6jQJk8RXaMbaxGzDlKGxuEKNm1gKbIQhJjrIFEu932Y5wpN66A6h5Yx3NyJ7R7APSWfxxuoMSpqhNYqRIx0nN
J9KxzLMjmjKdvbCAcg73gda/Rp8P/hcaEv7iA3zpMFbncDEwas7vroIw0OnEttU9ttNh6+

31893...  n4VSpHyPPcweRJcGYroqqyT4wm1mrXtSRBmIYRkhqq67/RerTgmlo9u9+
...  0NVNxPKGnA3dRo3DFq7raOAJDz6qzU1KgKpX2ar0jePxbGYdhtGF7v/T6VX0MyWOz76YV+QD+KmAcwiBSKn6/
...  rY/AWPSwACbZ/byrIPn8deMg+yDC3kmOWPA2Z20de2EVw/LXxsMnkT78PZ2QbLsy3CsewSiVGA+
...  YiA3EgS6rpb7w+2n6yr9gdHO+QW4WkBqGKofHY/0+ih2kzjX0L4ft939p0/2j303ZF+
...  qWxYx9KmqhuMNBAnnLvwNWLyo7St+6cWa8eVnAVn9WcdCcXHax2N++EVmmaNV5Qq/
...  vE0MOCKoMl8WCVjG4BvNrn88E2jHKUcSvRfkT1LHCJF+
...  cDZGEfCpOStWogYzkr22kMpwjxWyMATATmVHdXnZs2KFDGn+
...  NHcfspBaX7DAOEoAqGzPfb4w0wyaUXu6rS9r9m5lRnZhnFsLLoGRJ+uEOxC2q4Q3zkIMLl/
...  U6GiIl2KZYGr52SfFZraVhGezgRKq75BGoos4WoZ7UoBreMHIMZa38WRVvwacdL83TqTP0zAWIA8KgZlH9ccR
...  djQB9efVGNS1ANNKwOI2XQX82hhCfLNiwasRYVcxWW7CIGaPwqoV5sz9qLeHbz+hJ/MssOqA6tdcvIfOjT+
...  1E5NuccI0n7f8Eg8uwrj3VZWZW6nTquutb/+
...  ehSdSQQK2X8eFWixYX7cwp4QqZHYBSDjRiPqNiGYhNMBEV3ATi43pKkWlFRp978Egv/Sg85ZxbXBvMCBv/
...  Goy9rcioFC19GtHD/THelfz3aUwxbfYzGh/bY0ju6Gs450I8m7KCPLzHVRbp6x+
...  Rhl77U6Ry0IPcqQMkU1SfDT+skZXAB8hioKVa5lrA6xJq5FO4+v7V6oo5eYKJ9k5s+UDm5AmhlifcG/
...  pmGEQdrD7WGvFKGtdQ4Qpamfqe0yjemVY7eJ36R4xECrmWIw9VMLuaxA2o9amVRb0U6vyO7aUhVZSCB1GiFi
...  1hijqpbhf1XKjTAYKfgqaWV9HG8+yfPmYET6Hmf/
...  44fvtPZOgELSoEtGkWFPpw4FFMjxDqySGKiuiT7FWesTwc6mmQn/0OvuVBwulHTnmbRutGYV6wNIQIhf+
...  vJTZueLorYFJw6aDQ0B5KQlhj8xxR5L9Libua5Z6qIsB8SuDT5gxaFHZZhetxjTnFgQrl0WmTSya3yO8G9bQ4
...  REA1iQVmBSFq2/EbvMNLRbl+qzUo5sDwDxH7hpA2I4siDVREaeJsu8mBrPP0uOUHV+
...  1zw2qZRBt4cLhOgScySM4vVuA8EgUTkaUGMMKfXERvI/2c6CqsO+gbU+
...  ILLngf9n0lCpYyzzMmkL3Kh0NOwpDftQYml/R3D6jNdEqPjh9c86SWNsLuJvQX+
...  d3KbASsh9KliyD2EWDez9yP/yXZ6/VmCekZ6BA8B20sNy+PXIAsMcd+
...  sPKmDMH25PUlvylPYKhtCoz0nhwx27sVvz+v96v9CYoZyQmUjZxCnmKIcAF5/
...  zFCx9R0c6b0SxL9XLqW790ABUqfWzT+Zffpm5KIjap2CU4oJBOXOEiqkQh46Nag4PxdR+zfrvu+
...  JPltcRyPQXNnvsA76hgzxwpqmSnfmVmtLle2Ci4zBWnHebfTPgwZnZPVms7RTR5AMrNqe9DJpCQdHaAw6jQhf
...  mBYAFULoaNxKchPYTZ68i9X31wZaWCsE780i3yehkA0BSaKTrQAKSM0HzfjOaU0ZvIrSt+
...  aDmIdosQKcHwn9t81gtRADXGVzB9nhfPGvhEDumux8b6pDl5YnU1Q3XwRWk4QY0fXNGWrLEK9EZh/
...  W9RpGWboCzIw1G6fQXA+lnCc3vYVhzS9A1W41dTkOEvNl1AMpO5Q/
...  aVClv0hbQP6eOxgEqHtRsDQlvflScxGgHAlYDdT74bfFXyyqddRDJ90ddsgJRvZ//
...  Ky8Ebne4AA3v5cfuaCosj9gutKAfCnbgxEl1KbgUBcb60qej9m15GEWBuODvnNlplcTmokKw+
...  POuqyy270cuYx3DbkoQekspDMNHVOWQW2UcXzNDPKVMdvbnEkiWNfEH0JkttcEnIb1YRpoeM2ktdX/
...  hop6tn2Zc81aYm0JKn6CF6X0Rb8r/g0sRSdhRGqbiJhOJQSWDuAYOg+9P0RUZE1i7q+
...  gpEUJqImutoWNVx0UOkccPgqBMHYwuMAmhByyaiwCg91Sum0ZQLwhGA6fG8EKXQsQT51COk8VT2rOIEgZKzVM
...  /X2Eg/xz+
...  Gx7J86UYJqrMz3ccICOdnSi8SeUuOSviirjIlnlqZAxub21NdhipFMOr8HabxJAGAtqKKHN6Gtq9CxuupN+
...  nHadMNqG0Yfn12l7N1U1fjXTVU8y7Hm2rpq5wP8ByJ3PWMlHhQKzN4cVAtaI32JWi1L2ZZMoQJwFy2ndHpXV
...  eWkUb6SdwYPMV88A3riLQfdBTPSHFgq78e3OwDPhbaSUzAl+/uNTyLmKuN0BrAFncUvv95razEEJiZP+
...  3RscBW36eP5XjxlWNPzbFiP1jE2gZqbLh3L7r9ymcdzG65wX66r1HuxAbvm6xpvfwK3aOvIhKETKjDnP/
...  VENoprDDadjuBvs+ay5su7a/rTBpQ7DRPcZQoQsBW4cc0C5jYKkx/HnyATGaVEN/dZ1X3E8igV7SV9Q0sZW+
...  p4gmwxFsE7SVFrraBTzpbo0i9qqf4ZZ6r+
...  7mqJ8uf5iEwKBfwGrdDmHVSaVX9OMG7GUMWY4gmTeBZ2VcxOki6k8WNa2atPcFRS2BMQ7Z6xGO3kJx+
...  8pF8ohm4+UtDk5oixZzGs9xLcc3YpxSflxvfQXzXN4bYPCfzS19ABc8rHCHbNRne99xhIMyYwia7cDXlA/KX
...  +
...  zEKHnoQkAFtQIrOEbzSckQq4RWkGton2QrMEDawfVJCamOpoX71u84AMazOQZWoF9LPk78uiSacOOxGrqOR4D
...  0lMUxsOcdA4Jtk0gT728xNj8EclYlCEivn/
...  2uz97tlzdHtN6d96b70ayOt2ZDl53RKqQOalP2QB7iNE7MjqK0Flpf9u6ruPBSb/lhu+
...  bM5WjsIkWUq7gay43Etjd5a2qzLpyJ0xuor2dlmalsQvlZR5DS7Cjuxd7r3a6zJ12vxyWkISokmzqEJ6m0h5X
...  WQzcCsSDfttnzxv/1kj0gIlU+GHtBZPQpEwmOq7FDjkR497rUDAOeiYTuR9gji4wqPhnnSPKXlojTAs33j+
...  NKQTXCMUMiAf4Ldnqofc+yOK4QNQcfETlcM1Z6W+54sPf7IFv+aslV5CQDymGOlw7TFrYsaXIUOhwbN+
...  yVyFJY2bSzHfWL3kGWouNw92GaEqN2TM6ByZ0NRroCbz0a4YLNFoZsAx5xO7m6y/I2ArwsYD6Rpn/
...  TEclO4qUg+
...  5ddMjjfG5ZXVW9aNyouhYHMYpL4DQrv2wLLF4oIs7Eaxi82USIbrowCEIXA46f5Dale4KHpKgdIIJhxOzTYN2
...  tDM0kAuw7pOjaHmdDxUMlRxvRZGjBzEUEEaMjmDt5jt0+
...  Ty3VSvEsHQEs8UFXTHsQuGt5vp2yANdFA5kVAsiTBd2HxvNG3uTzcHcnmH02jMRbB9IItFpt9BvPB6VEBBdoW
...  ORQUKI8mI5a4KdVkWMejgVi52huJxfuxQJwnCvW5IeWI4QffENcs5iingKXIulPkeEc4OV9I33kS92v6wokdL
...  Atgsz5oxrMUZFf/
...  4irISjkdQi1Kw5uvSwhRMlhqIxcfZU2QAZ1ApcJD6aXfNlzEQRkLFr9uHVMBdDc7vLJ1TICCJMkaPOUirLhcp
...  sq5BvnEz5TTm+mFlDj1mGY46uTz63dW2MmG27HR5OLQGVkFnLmbrmpnfYfnylg5zI7e0ncrS6AW7sy9nK+
...  vBadLMH0aXJ/hWd78JgobBAVU47YWI6TfQgaefm+XA9C2dhizlaJixPTqr1WCo1CWEir0ngCMzq+
...  JHD2ySWgSvHrjt0U/LI1NX4yHLb2C2v4ppq6jNozsmsYEDqGe1TgtMWwdzYld+
...  af6kkIqCXtbrqVfNEdL6C5oAqAl8I6Wx8HG6XK01S/
...  rYSRUNHrqhmmbctDqlvlyRUPrh9WxsK01yFnSLX1RYexfesA2UTdgZb6HNhyfpp9LmNjQzY4MheYbEkgJ9Oaq
...  tTO0wRDNtIRn4I87s05Yj8WyIIGn3801yr6yroNCNJUGUAaVFG6w/
...  TbI9UneLAIMNo0YsJY9jkOTtJbY90gAecCdQ+rx7BPFk++IPVgPbFVgCPN7ce4JswWQD6uGhKge/
...  bNV6EHQOMwrz81mVMB16pJhtMMTQVvJbl1ojQFAHQr9RYtcCMDNG1SOwwsK1rvQR5xrf1VjBCnlkErxbxTmpt
...  cTLAUvRpeLl5xcyM8qE6YhbxNtIINXm4qvjiNWcTxyRB8RGzC4Rz0mKjyPV8LbRwbU4gLCS0ONWyDVF/
...  jN77eFIoANCv6jYye/n2nhVQMUKKJEgaIhv+2Q2bTMVN+
...  73zLgzBb7AwjrqNvvcgdz8wcMZjvxL8eoQqlUmrAdaJBC/ia4Jmcu/

huRmct79cjtKq4ja8gh1DbhKbGmzs1P21U9wQSJJ5vvPzBhDte8sb0769Exs334UwhmnDSZ13YZYGCIwYu86/
P5AC74mWXSOxG9sQjOzHnJYtbPGWXvaUmmqB5wtCqQrzY5oTgFixc/3vjfP8mk/ba5NZl/z6uKYBD5wd/
JOKlXlUwPQO71fRqx6K9dugf7QpTVntLlwXEN6AWUDxC5gokdfcdi1CzSM8ze9uYLngN44akPK+10+
P0CFHblIru0zlSaB10XDfEM4pxWbhiSyudvNLbqcTLfxVmXUfRqp4YEnUyoh33YFINmc6WYIjbKpafRRgJYig
Iz6ZGopBoxvMdUb9u+
ykZyruHeAUJAv8PpzrhLVjN5rz1E3xPOYPI90peLkcWtqNjJHjSY9R5o54B81BJQpeoIG9hYM32LnQgeQTxBQ
a06HmUJzetnOV2vNcA+xvoAamhbYCJg7NMQ7iinKDMk/DRruqqItMFi+W+VP8rhxrLvswzwQ0HyjO8+
xExJDD7ImRqLPeOUbCDeytGMiHsNzQWCGPY3w4V7KN9bwRY0UaMR1tcXPwWtBe8WrgrWpxSWSARaVaMFLABbu
MGZqOH33Dz1A5P7MBrCrJeW2GObs+e4CalySI1P2cAE38Qghr3WnRbEo8esT2V6ZE+qHBTFIlXwxQBXKV0A1C
+yI+vx/B5PNNllM2Hgp+oFhZaYPs2STbsEs8uh9ERoeXOaQwZcvTKo/
hLfkSBAR18AHlY0mdzi6oD5LIRjBGIPNBiPNElmDNeiAyZDEinTYPWmfOHGgPl3El4tf/5/
enyKOsHo9WYZ3TclnldkXR/j64HkH/ha7HsV/sDwb3M2dtH08fL+MWVwNHg8XQCZ1oYTllHykt7+
Wac7bgHml3IB+Uq/L/ZmFKZ/obDK3Pfn02WH69n8iXrRqfysA4WCMTW7ZHyev6Zyq+c/XRJQjRCHDGljbR/
FUNditkqlZu4WbrRntN8d5k2XTSF3bP+KWXBC/
pUuMRwaFNuntrYdgjkCTc6EdErSK3FkqOZHpRjEsiG9lwbeBn0im0R/
jx3844meHJzOO7KxcxTuYMwVtY0paDzjAgOw/PqzWNv9vNVulYW3R+pDf3J/
u9IeBCborwh69GrkcE3K3zuZt6PPn8Tv+oIyeYbNLvDyWF5cCNp31m4/Ld9LB8/BBJt22Fq9B7xDnUh+
fHPEpMu6j0pxr2pAGUqlCzLmSTu16v04ipeuLwMEpZnITkvEmkLQ26bSqfH4xSut9yyHpSohfFJv5U66PC5ii
BiwTv/WBgv9gwWA+9hKi4P7BS821VIelLE003RUQrh/b1MxEhT1oiL3OxKcncInBotI6A4OC3puPN+
63aKKnwPOzFiZbIIX/SjWx6ZHXHd53zsr03i5Y8ZOHR7y1400n3OuOeQqwXO39ZhppPQqVVCHwolIN4Q/
g6nzNKOE6QsFx4tEXJg41x7B9O6JQCg7/CCnV17HR/YZRcCU4LrH8woKR14TjwkcpRk3cHm4m3kkiLZ8/
pOuJhGdP4AnGqHqq7bPTcoOHGsIy8yD0btXa4mfBzY63q5toWfHHuStQasdR7YhiGLCtY/
UfFZ84HxEyikCFJQO4W9BEQPwpTIedOjTtVkhhCfXJj8/7Dd3ccPsuf0aNFs8pZzNZA+
tt6p8Xq0aVMdewkdmnTXL00gyWRZbofXklAGZSUp0nJEfGHTyaqdL/
QYDkVCv20PDWfIYhhnjOO5KpH7vSFLRYo1fsUIeuPriYuZVO4V6I7evRI7vEDSSyM8CvOOuy96f4q7et1FylV
msg0tduHltN+YJo5brsdhd8bpVTCFzuIsU1zqXJC/ibZuAzYjqlqcOHVo21Ie3p9mb+
yABrkligv7yNyump55fC8poE4UdwsetXrEnDaE/wA+HKcw9r45Ml5W5KyN2wbJ/lLCq/
UgPW68i8yuiLEwNv7w6cuir46DaNgOy/Ypl6vCuQrFNqRtuDIxdwXdn+
2LCI1yJHcFTJkY5PKv07AKisXFzt1hTZtQwptQmh71cozFUuRWkwLi6D61uUe0MiCw788WHjkV9jt1bTOM+
yZmDo/XYR4TLT4XsW+Yn/RY6Qic/RpvDYrOoiC4/s6LBE8MkTsC9hzna/
Oatlnf01V7eCXqXZkqwAkWDYlHlvEvHVhz+
7wHDfN1XMJIYzLliMx0nMH8t869981ItVneMUVCSqbOaTvNt0y131dN2KohTXq+7C0Tzf/
dShzgioWNPfcCkfZGELBEj+n8WYXgKmUQGEwPjjmqro3fS+GYDyg5sqvuIM6PttbV+egs6lTwsW+
cqw9OsnnWkugu7prG3ilyN/NqxhyY7Ec1dUlPpItjqbL/
Ku8SLxAKCKjmkaoECOszPqapk0JKATnhqNjeYc434UiyVevRiPw3ww5UVD9pAR+gcwoWYvpkf9v/
jIMqg8XH25pkCHh8DXuCr9oYhLLwcNrJh1w+AmlIo/LzKviKpxs6b2fvsgDPNKL6I6bD5c/
qOEG3MPzmoYzcfE2aVhrM4w3NFkT6gA0h3zL+
exAYiHZm6uJBimoT4Gecq8OMr11BSdT0J8ZBk1GhEHyqjKI1Ufafm/FO3ogwPiwl/
8UQYKBxQ0YqwIp6fcBkH1jpDug13h1kCEEhkBzwGhGaHM97eNGsQmznYTKKm4yLt91bMfd3uE3IShUnMHsP4E
llpnMIUKKYp53ISzsFxUMBM7kaxtVubTJ837ZgRBM7kt6ycKE+o/lI0Cqex4gMlDi/
PfkQ0QJC7Dntj4zEaROuj1hTpAVR1X8BePwix6OSAUJaAqcXBxRWI2jHjpFINgdeOYGiGpvb7RLX7tVjU+
fUZjHy/KRDuV+DE2pxgqQrPutlpfxcjBHHQ9blyJNDOnxqLCleFk8+bPpgxv/
tW3Zr8s80jXwYrXDHBIDWneXbg05fv7x2S4+
X1Xz7S51rkGOkjPUQQHVjpzMAOCWwdzHQNph8jFVCqTbeu8zuc7oQ3Gzol3chUuIJ0ajPHp0W391O/F+
tizhbIk2FNOwwt1JydK/RSSyJkLOHD8NR9CoznxLmRm6HJf9eBTTht3kt+uqc/s+RQ60L6ZZFtgV+
kslViQFnzjUeNgMxpz1SR5iodbMKTC5+
F7lwpOxHLB2Ozou7ja7zi6ba5AjK3JTh3O6codvjCKVy5LVa0egT4HdLKHiAbSUqxMQjFzyUvzWdMsYcfh7SF
BY4lqT3F+lB765apolPH+4Yq3PzL5VpITp7T3Fd+UlYAl6Rj//IxotxNeedzDml8Q41MwQeJrRnx+
RoP4zmvzKBVu0L/tI1iwX4xtLZxNcMG0RSYEH/
xIoEP0HvARkjYyRSBPWytE2d5cZLlL6Ry8vZ7ah1gkjpOHBWW3WPGQD/
BRsH6C1X8utBWWhxMaXR8YTuctQ9J6cKZIFU/cmCxEtAt+
1Gli6cCzPjKM9uPmhiy4ahdeNy1bHNbtZfRfnjPxd7r2VqE5VU50qN2bom5Xjlr6h7yJ3a1qwvsen/wxd/
XNbAxv6MCyMPAAv1i/bo0nq09xanJHJKeVEsscBVFqabdNwQIWuELsq3uh7LCcBUJicy+
lNyuiAvvzRQYAhxWuDbvqdju/3RJ+8hQ5CShnVHbUb5jbGBTDuR5H5uOBuxI+/T9hMvvAlEB/
BDYxjqUdomxsqIiz6o3Fl7mPNtZBeGPbUPuHe3JW+
52nCv0AmNy878c8wBmprkqtIHLgdFJPGVLm3IG3BvzrQuREbZDYOuAiHXgOy0osozjn2TGmikeofdYFOJOUXz
/oDBnzDKeO6oexb++FOWYLBC3sMaHDEcbR/
mNppaCxxRupF6n2hBc61ThUExQDfKS1FkOGmrVWkcZMrr46UMN2KmXAqeTB+Wkg1149ZAXa+

31893... GGZDRYyfrNZIkGHgqAdq4tyofKjq2AP5eOuOHxyYvrGvPeonP/
..._ dqlDBUBSx9QvApzHPUyUt184SoWG9pzod5XTc220fshhemvafY+
..._ yIqu5hK9wmPmROilshMqOP2goDN1DOzeRwZxkRN5r8Q728bOrLnio3dXv4T9RQpnJBTZ8W79nn3i8yrpKaHyl
..._ vF8akZMjXcmSCAjq/
..._ zoPfBEfctp6jQrt4twgtdH1RJggJl1opnvK2KVMHr2wslUocfzHS8tZvfjBL5nFaxg647dvN7pV/
..._ NiunwJbRtsYjHQlDNTcDRe7oobqYUORt7QdQ7kWGCy6eq+
..._ xd6pACbXdhk4i2S0YcK9WAVcIFS0iGcrLzlLWbM9vQ7A7R/x1AY+uWqcnnT6cAVB+limW8kXYRKxJkoCdB/
..._ kWcA8OaQwIV2TYOwCOxNfdXPwW+37KAPD03zFKo5Z3Iu6TKsl5PtcAsm23ylKzxolB+
..._ EkLFm3txrYh0GPcIDybBmDtVBcUkLo2apjYFYW+
..._ U81LSy97agbpLqPZVLoPh2Gt2k0Gt8g59JyWMxH0AumHcB8OoH1R6UqWKJ+
..._ 1MLwFVOnIFq4Wx5tsZ8CVl9TpXZPLliF2u51BWe7+d1MFd7Nblosgixc WlShKxo+5hgcZatVwVA3YSfjSER/
..._ KgnSwNl/ausb8Yq99XeZmV96J8DAFxHgF0nh7wRLWjU+acrOgnwFU5XwoxWkGr3I1TIsBAPXvRX3gDouUXS+
..._ YJqUoHvF7r14LH0THyEdku3YxRI0+Zf8/ikgjekTGPoPmWUEOxE6W+
..._ qvvds2bWx1rxUL5gg5rQydxetmC0H2hMIiNvNCWK/
..._ dnNmb6j5UEdP1TWysCmQqDDDQwf9VS8ni2KBsdyGHfrZHWESD3hHc5avoKSKaaaXeU8wgDPRQxoh7idpNUg0G
..._ XB0mF4yyyKojDz2Q5GHvm76z+BFT6Ye73LxdL55wVqXMxD9rVmytCIf2U6ge22pKTQsoxoTL2V2q46H2zFH/+
..._ WJJc1gmAzUpM4tl27RjsWdUSo26RnngowHBoYydu5tVt2DQPBhXngtSw2+
..._ v2k6tbSVUSbsojjofedWeHZvL4TMrd7hkpFm7IbZ+
..._ Xy6iBfY4JJejUIz1rFXsQuehyRZkBlUKn3bN0RZUYZi870j10YO4qIyYi4VYUX0q348RwBJ+2+93c+
..._ cV3HRyAJ5Bm//K2lm7EcAb/qkuy4MfXd8y4oeaTJhGXxqk6n5NKJvMhOaDkCWXfiuFste9z6vevAwYBN/cArv
..._ +YNvB+5JcKZttdw5t07y4cnfpfQXY9uBVfY7ds5D9t7Usqf71FJRZlqaPu/
..._ oPgIJXYF7Nh83RgsXjOudOpYek4UNyWQghuArsFeTfAL+
..._ 9Fp2a4BRGaYmYqFAK6crZ7ZyLA4IZMrIC8rteTsVr2ZOTF27UeVbia47JQyyLJ9ZT/+
..._ mPwEa3ZyQNgf4nUjhOWjiUTWHMZIEKnfXfT1e42evFi1DOxCiD2rxMrM3eGCK8Pblhz B4uErrzef9C7AE4ONm
..._ +UG4j8JaI3wIACkeELwU4rqa2YNKHIkRlsdprR7wYXynKQecZS36YT88cgzsWB4Dkz7AX4e/tevW+
..._ eHnIfqehJ7lYR1T59Qhbx UjIZeQ8RaXgLjiNJUT9Ix/9w+
..._ dGSVlftGcNJfxU42h2UqA9C0fdd7h2fzsH9qxkUeP7efUYrTkimDV1y+dj21y+
..._ yr1npLu6Nt19qsPMWVI0Nb7fUx+86vkwm0LzKpK7wseFj/CbCCY+yvOflacoyKiEX7jfV+DRqyGU+
..._ 9NT5oxjQnH5BgeZFW1Sy1mDkm+c6CsMybF9XN2A1yRdGNk6rzGzWnqbDYe98II92hoEipwZSw+
..._ T6pImJ6Bula7OryGnWWme1Ah7oB4w4E0xUW7xTZ2avMuivE87TPL+bYBN9GaIXL70E3LpwrcHy9UlaFJ2Wb+
..._ VwyYyI6G5EGByIXry4wroFECIDBaC+i2+r47h+v/dK5Ba3pRNx+
..._ sa94URa6oEMwLDGb4R9EjKWaTzpOPnwBpLq0cnDUVHICp0BOF6yRHNldk2FMinOBUxbJs5JiUxMBUwAB9sqro
..._ f0mlEIGw5ZUIamG3ll2qAfQAx+0TKCQfF/
..._ XtryVvlcmVQeu5bJyUo8ojGux3QFFYoNelh7WlSN0pd9FymMaQho/KQTRyzAn1qyQkko20mG+
..._ K0KeC9DHoMEf3aF+IiW5R4e+n7Up/N+7+/esusdN2F/643bNIVgwrtahSilfEi3jJAmYdd2t/UpX+
..._ cLL10IoOE2o2WzQ+Oma6itPy1vUV/pCfM3qBxg6BeFcYSHidaLDTjFDvy7mm9v3pCq1hfUCcEL/
..._ 0wSVkPVyyuHtebVKZlTHAPLZlvfPPtiy7kLgf/1QTH/
..._ FolE8T2huY2UL15EhdBAn6NeQ8hoIoHwbXl09zHDYzWrOeO3Zzqouq1dtEcEkH0ezFdkxZwGQZOksQbAtHBaM
..._ 1f4ZTWfRoAtgcChaXhFBj2yRLiOc04qxZghZO7auLEkib2PEpPUKu0ORBbPlC7RWfHIBjHh+
..._ gUyCGFg6IsiG6SLUnRxERHQ3hRiKHvs4ojpfgF4SdBDOjiRsAmaGwdfmu/Dak+
..._ wEQiSSoeWmDeE7QBeMBtqDG7rDn3AGZmOlOcIwBwcXg9T5QsQhzXLNZblexSp/
..._ d2zuLs7pfEy5adXJ0Prs404PBmRcSEIsUvv0NoMt8tCrEkiu21U8G4OuaHWUMhNmlU4BTzU26KgUo5q6BeYZk
..._ of3dLgDzk5BASAbhoiNzQuJZDCnQdAoGJPS6Nb4mFQG382y7V+
..._ KwcX4eJ1nxxx6n8ohUn2uS4vwmBOA1AhT7Xk7n0KWltWwNs2kwB4oY1YLQbnQNMq54ctIbbdpFpAY0I0lNVPde3
..._ 1UA/oLUakyjcVrrTagThNt98NwnhVN6rvoKt6EP+w9N4cPJ3/Qd1CVOY8u4rHatDOCHXl+tsdpmWbI9Ix36/
..._ bFAZrmhftXtpgKdXvWSzRLCSzrTnfbMvICyeTZHk3WsGmznHHUR/
..._ g6FeILALYSBffoME324mt12h6XBdJXgaiierDjPDLfsYFz6m50XuFjOXpYLUI1IBAXYs10TkIdgRPGZym9Cj5
..._ 1G8LcQk4FTNVRZyOexkOb2vYNyEtEvP64ih+
..._ 3YwpqRU2z39xBYGC3BeyNPk3IBFyGZxza7xX9EnWjlJLJGvNiy1ImHftfatc+mWryechFt2zLBr+
..._ HItcxGgxqEgDXGXNOhiFQMryt8CMzSd7LtC3/4FakTqoB7/PfJpDmeCV+
..._ SRYFRo1nKk7XuwJ66HDsUp3d2vnKDxf8rWb90d9N9s0EkR2BTr1vLTO0xw5TjQyt1AS1Czp5bj63ZafUZoATp
..._ lPh02dtr8NLca58hbKFIUcLUQp5eLjtRXdS/BgWzENI8b8ApfJSzmqjrxHuTUZ4sD+UPgV/+
..._ 317nkSpRkLMaI3Oyp7stfXVWJMHrLsuj4J1hg5KDjd49qdlpBn7YFeBbHEWPW7tX+
..._ oNOh4FQNof0w6dXVXUwC81sUUQ/S9x9LqPLiaMlHklpCqeMgu47K3rteHsE1AxvNCRHBg6aH7m8GqiJCkcZ+
..._ QlkAwJVsIqt7sXr5Pdp/lCUGk3ZhR9f9TyoPMWkdDzmLvx11vF7WRED/6GV3dfI0TXemn+bTykEox/
..._ 90xl1IgYHtN1RWHRJEoZTYXgpbnmFHK1bYnsC32Q2x7AY+
..._ RhueWma5XasqqjKlhP6EEWDg60cXoF23KSumfO7ETbF0w8VnYnr7oWkwt9PzvvohU144quX8Jjsaqkn9bd2bD
..._ mVg+M4wXJRe5RSlRUpvyZPTab96NeXudRe5/D/j2N9ElsqQInRWwKErhzSlHrAEwMKfHykOODgMIVj1N/
..._ dZy1w7giozWulcA/Is78DneX3/V0ISy8zIQqV6jG3B4EF8JS/
..._ SMHbMHYJZVv7R3m3eYhkIbGgiiqyKBC6WFB7k4ZW1GrNN9VmViUsBxkPtZa2sju+
..._ QoYUsXGsWOGIETn6QS9B7tBj51KmZ65urV//jOfEAYiRPMsB5rbV6i+
..._ eIyQkmaJuNtx23xXXKk4I6cbcqPC7urG3JZ7pLIQJpo2o6KeAmXxyiVb/qbAAya9Yw+jhStdGRYFTmoD9z9P/
..._ Xv37rBhfUM2o9toqs/
..._ 1fGB2N17HifATPeOYHaUZiIFTYsL97nTwy2Ok6jQLfsIcht5H9hgQyqaXqXWsvYWDma9kLtzpidIA7RaVqX7W
..._ /ljzXH00vqP/
..._ pb9VwcLEIGnkP7AEdx6gP8iF7iwXIZY4eOYR2gn1EnLy6jxMeRUzEd112X14C0xiSHPSEAmXFR44DHeMyzd1j
..._ iCAu9Z0jUPNXpUu23Q/hhYUJECGKCc/8iJyJp9/KUtSUppMraSe2uLnlJlbV/
..._ c6jIhOTwc9jy3Zk8D1UFdgMv2DnCCP9IgXefkr3LPunjoUQuYRyvsjvIPeUVzwLq8gdRn0TYcYjbZOS5ONfzL

31893... 5162zfnejTtdWgcVtXafes5sHs9rx2KReSdVjquacGVb/FxdHp386VToeU4+
... 3kcdVqHF0PeyDdn7buBovTr7U0mAMjnQ+dF2Hw9dP2GT8NbRHY6NzWZ9/
... FZKQRhtZq0QBHQSUdwYLwIPnRhaylNJaHyqerI/
... tGXczCzN2iINJwUaQJMtCwT6Ta3DofojQ9pyeKeLgiSbkKJNfFazP5l2tFypxOebc83W+
... Y57Er0NtWUURz8QQ3ulUyMDxrHaZlmn9oNWBm+plbZ9Q8Zl Hujf3n1YRZ/
... jUQDEXF9wMhuIPWaYVGqrnl3nAgkbBbAggX4hnkyJIY2FCgx8Wq2kcoe2wimtmh0jguzvoYhFMiVF4a5IHTM/
... 5VoPu4JTOu4krF0t93a1Rt0BfMo2C0lBe0hV7JJNpS3+YK/wO8MSmCnz/
... PtpY53oIviDEaudZJXTv3gYYpNDuNglUuQv3LUqdXYpjXRG5+2cRpqobuan/+
... iv3VHpy4wcLlIQKksDqSa3zCTqltmb/EulqSoFZDNI74JQzv4wn1iDu0HN/I2bpl/
... Cojqssh6YVgZBjzHVl88aY9cAo8OTEuui6xBkgcn40gs80oifXAJZ1fIGkWoxYg+04rDhT++
... mpp8D6HB5zMSjvgtonpHeWlR5Xt3ETXoogOelQ60iwlHrhjrsebqS0fpekdgpIIGZ7cTiG532Fd+
... vDgIcYmniGSeDkVzHv1glU1JVtNaLvAmp96sTDSYnD608YXrO/
... Yi6QVo4saMihx2LgBQbNne3AnzLEts5cxOqWWwwkvOjZw4wtpCSHAs2mxDrbBCRs8tP9z+
... 98sTCH8GlVzRB7LN1QkO010ssOQBvp43jLxZwAuNHTgo54yR5i5KOpp6x+JMzXAMfRlazBs837+
... DtaKhia1I1njFmEuTtxVepYwGPr/RDLk/3A4t8GbeWZ0eV21+
... rGnYBPLJJIJnf8S3PQfmtjIikxNXIXAGiXso0SA2fBoqf5QZhhoXxDduvszjZB38FKNY7HznjschCdB3OhbbA
... U1GwE3EtFKm41pLr8W7cfx2EZ8VaPFtN4k8Z8UFDnGrgvcRU9zbqU6EvrdD+jgqVM0ZRN7WuIZ+VADg+FZe/
... OB8gMLr5wkhNwDo7Q1bkVPKTkHggGPCaOGhJ1cEbf+
... WC4SiVlSIiPo5lNFU13fVC1EycIGVvLGgORdjZ6rOTImHVOvPikVG2AYFSnSqCqVwqhGJEUF9Q9d1k0NkRX3Z
... UaEE7fUpvGRVMci6S3BuYa5ZNgwxj0cM+rDhAT2wKA0EQc9g5kKI+CZaO2HPjGHBcb6sVlIOR5MECe9wlg+H/
... ffIvrNm+y7G067YQVXylAj+xYfzCF9ebcphGlfcO8t6VOaNxgDAu+
... Q8VnC9OEIRYnclTokjxVtsQ18bQBZJhFeZZaeuA7DLAEX27mNSLgtYiT/
... gTsXQ7kFhcdmiQUdC36Tnt1nZtaO0WlG5KwfY1fL5YuUtckmXpJcWikFQjBVGeMtByyIW+
... mpAMcYgeJUDPGUBLLsxA0kk2N4nyVxhdH+
... B8OTNznNoWChSFbHOSQyQFl0Ezadp3dWYhyjnKpiStaSI7n7IoDBuBdqkRfpbUQMArgWDs4APsn1WdH7Sk7/
... 4uY6VtDItAy3qCvnJwQOOrfZDIuObEurknFbwP6C4ilDwY0yf85NR jHzaE9RffEaiBQsJWEntA576MIKA50yX
... jI/RqGFOwIPcscgQfJbWO5/370WTGey6Hc8o41Q/430ZcvcZ6tVMoLRsTQvqL30N1SX+
... 3V51kgwWXlshRSsxqY3NFG40uUxYcMZt8hKgduJlDNfV7ZoZJ2YIfHskHlo1NWUc4a47LEb0I1lcBtB+
... 4tkD1jZES9VFGEollontMajN6mGY7B5qWDcW2ita/
... fThKnPyXWMoZF3518cUzuEqz0b8ISLPDzgZeHCckmvlbLBX5tTgRHLM1jTfpbTeRAIeyLbHSyBvwm2N3a46ye
... fzoKgTGofwP0kiYOeSWwi8TTXLoLFpVuDzw/MGeJqWP6kJEKUjqZe7/0F1KDW/
... nxoGDEXmTSaJlXqUjRTeKw7cfp7iHn/VdTiYXaiyyd9SdAUnbaMKTbQJ/dajtWXjqkvDA4A+
... gqO5f7Yc58DiifSah7PHOFRU/8Td7PS1C3ijVwPylzmW+2+AJd26mxwtv8CoMiVDJEwHrnHyzRhiJzFoN/
... 9zQlqF8seKasXOouMFQPFnaeYdzoUYMDOEEBNyGLqsvVoGWPcoUrd6nZX/
... sjsb4OcKfzsL4odEy1YstqhkYJfbmlv5tpBhbU2lkCdaao9EHHEQos2cn4CsNpiAYpVPtn/
... rPjaGCcmBNpUwTR0n2SrUi5p1QQd/I4Vzlk69Mtz9amvLn6hfgd9K6mg1mmjSqmxWCcDnoPqGARlWEH1+
... dHnreQWXuozkqt2u78qzrVtU+cHYec7S+GWdVJDjGLpLYMTed9aXlYqu4gIfMI/l/
... IjQYycS3X1p99LIjHVNlW9nXa7Evf37OrMIKrnh3e9rIoWcP5fUucwRFyAHO2jaVnzaB1pKNwKLvmxqBk4W2n
... M/SsHcKg+tDl58a8rxNWt8RHWDZpSDnV03aaJrTlFzL9w3K63ADHWCX2ediPjc2WySkV5Tm+z2DTz6p4Amu5p/
... lOzkMNHxpYDd4i+iMfjfUJDUofRh0UBD/9H51y4nmqGe1hqd14QF+
... w2RB371DInUlDo4EEl7WdpJc0JYoNGgpPxpWUooGtC5XkC6ed0Pdayi6D8yDZXPWtBrt8nwOtVeoxqP0kY1IQ
... nSimioZi7nBwW3KVoOrQpnXWxhFr4sQl90aO+Ag0XlSTfUnvMJ+qEBhnNq4fygGow6oOFE8+
... d4tMMJPGPbmaXIxyELCm17ljhvdRgbsA0bhxBcLiGivMs9x0fP9X49VUatihACjw7k80nEsZ0Rj0omh/
... 4wJU7l6G5PlxZapw8n9LYExGOJxYJ7FCs6BZmhH0oG6ope5dwunfdU/aJdOaad+
... R9PMpMUnSlA0kclMAKlEecQbXHThXF41jgwJzS/ncprB3JH9lulY0jWveZn+9sODEMXBIyRjUsa+
... DSHwy0jfuDTeniqPE8Uv+I8+S/Fvn/
... KHHnFd08Zgtlchiea Rdf0ZlLldb2pBDbll265NXDzWIhTwqAJuryWEFjS6yqRa6dPLiLuixfmzVykf7V/+
... kMY02crTJF8T1ffBnyg+0qMCJ0ZCj9/7ZF6IXI6CZQ0geZtrBHllUSQAVdJgFhAsUDju6WSZJH6+/
... u9KsdZ4chImJxGQVnl34u8h7KbLB08AHeVxjyG6fX010cHPixkFo/rHjrZ+jeO6HXR6+OJk3rrjp76+
... Hv1veHcWbapVrvVLsBqXd6X9Ubqn4WyveaCjJwQCP2YeSgkDD4EOhDAz8DVNVXwChgn1ugi9zpb0J1/
... Y6VPVkaa0gHSGyttV+snJe+0jPQpjFPaXyqsdTfLk2g4gHxz9y72o64XH2vch/eODLycQbasrNPlLYA0/
... 0kBSxYoMM7CwaRIV7RW8jIEI/RKVB1STWCQMxe3BXFtktpCmbydE/9GD7J9+
... 2QdKqIihSBYCHnrq5lkQGpGYUtCT+QMJoQbuDrCqvyIAGyTJIAndosUxWZoR20eCTH4ZoAksVTDZ/
... F8Oa0bE4tdeEahc/rrABubORqDo2wiD50Ouhd8WDokR0qm/RV0ym8mjJXKqDumsOWr0lCIkyKmT8nCp0Ymu/
... faBA1mGSBCzC7665sWJdtrti6dPiEMudIOObjz6m+BdYJyufdQSH+
... 6L3WlEnGg2Iuu98ypqT9mdAf90RonLhOmN1Lqw/
... onxfkavnrsdH5owcs65hszrl2dDfaRWBrMM3cMszsiAZZKcAJVa0x1/NbBXHndDfWYLL6BZS57nkAC9w+
... kMIcydmvXRanXUV9vc19YceCuPOxnnk8rWuDI4N6bgY0QW7v2Q55Ksn73PObimR2n8KIsAICLMR+
... hdFhEtlSjJ5RnsQzzIDp00FBVRgzpK6v+7f+
... nI5mZHYKBfHhJgJnQILrW3K9LVGfuSkxH6ohtTJkB1mbCpKvmji3CzB/HWx0fxB/
... cokb1pW995yuVpZ1pUYv5jyWOdQWiAgzHW5hWDRNb//zgDZTdVUMDFsW5b5/
... YgbGCP5me8lyZOd8pHpwNgjLB8DmnvTOCnI6MdFHhU5MQgouZkKgTCsO93NZXWZRfryX69SFaKTir0EuziJDUT
... yDVwavg57gHznRd7q72z+N0L6AkFcebceHfOPLzaV0Reu63rf2OOf2Gj+
... X50J8afwZWwjKFCgrbQjnD0UTZ0iFbE7b/j6iGyNgGahgTwvsNOeLzzWlG7KyYLDdvCfTtByUCktlvEz/
... PQii6SYzFqIiHdwS2JaxDuP45sfAgN19Wj/0eqOhuxeVRfzQY1OAyHXDYxW+
... xTj6Tvxct9hiST8hbxNIVnadoS30n8XHCVH1+GmOYxda1bOQDSjXlqnxxkH0BymcFWkWGh/
... ykrbT9nxOZzNhIocJLFJtZYMogzUBQo48Mm1Gaef3bCD8utVJd30CRPyJKbarOhJjQmy+
... SepVIxdMA8QnyV8OPLawePyMEkvLK6aDcMJ2KcPaHQO1G+mVMwhjIPj4yYp19qVtE0JLQWIRdyH+yZ/yvOt0+

31893… DeEqm1PYJgiab9ssnroG2TMSdFEzd>
… mP6IkWdVY1GhWvBwe7JGNo70mxJP8EiKRxJC4prSark2xWsQKRGXqJk5xG8MbTc2m4N2GHIK0fdgMsyYuczFP
… L9eJ1bnuBhatvOpg5xUj5XkK22aqE+
… Ry7dk9QUI6O6sVRKTnkUWh32TCjDr8UHJdqXN0fiHdclERWHZ7i0bnmCLLGU5KFQ41wxGGN8t0BI0dRplSEQp
… p/Q/QUmSdbJviKnBqoobAx8obvaglV3t7cEWPdBJ/crkkjh6ouqoo9ilKeBr4ES25Vl4d74qiwrM4NYRDTf+
… fyemLcF0HxOQQadlBWhUeZdc34k2YxRDbN0n0ZKJJB7l9Iwlixs67QV4RhvjxZ4eXXVDx8uU5Lz5MxQqrR5Ao
… eVRYtc0bhalmjqYO9q4TIb+qmKGB7ue1FAnzS2Omm9ZWdAMXSsCAZOZYZQmwlaEd/+
… 7bdiq6siJpb9PVzg16m7Sb95z9mQ8+
… LsQsL4SjCprZbWe8OTwhrTKqWJ9hz81sP6TLDGBeNAzd2MTC1dHgnC997ymbUmitdhry6f9Jo3ywcmf6XWEDU
… BPlgy7b9IfHau8bR/
… DCf9llNvQl38Y2tAeYDAZBSnn8whUxDKc0WE2zYnC9Zl016OzUzg0chze1uYesCGPEEqXlk1yM9N21Jt37Nge
… k96GzElAhbdzC1HPpYMFJYG5VTdnmWcTvmjoAkqayaszmF2rKNLOW4BuMgdBM8B9HYwm1bGRnHQp/
… stYhX91J8HvoTQ2UW7wt85pR9KnaG3KUHqfZjzuaZxZTWX0v2Y6gLr8M5siEEElwF4Sac55zVhvd5V9S0LADz
… RIF+C5INWBXorbEtKj6lyl1iWeJ49gmsTIVVCGdHlSnHpboBqkPRDYO0XWcNUmpGPDOyD6V+
… T95uM2QkaM56vVcMT6HYbWi+NN11j0ALVNWPBskYWz71TWEiREVjw4D6pNCQVONzLpQcEKgB/t/iR++
… sZcj2uo8K4MD7cEwG5B82hIoV09xsJIQrQQC0bOMLFOXQL/z2Pp2c9k5KbBNUAMNi6gCQ275ILIqABGxZ+/
… b6rCEUhn0nUKY5YAj4gSdoRvXLVzZMc3OenEJZSuJzQGG8ZDuJAQruImBizM338G+
… Id52N01bsTs7ZsHSOoozbzu20G/eEOVHwPBn+wg00u/SepsdpussrAFX1Mhmq2FZYq4XbT+Y7/
… Ka709EdtRk39FnV3mP/
… P3dMuRNnvnGL2vyDbGFaIaarlISJJzY5LGaTL16b8XLUNsZqnSjihMBZ4JnkZs0wXlDYP2iIhruTb9PHB+/
… mnqRXWmsWY62W0CkWnsAUFGmG25+EGUw6HW5SeWDcISb0ItxvFFob3pe56IeTydwsTsz2gRJruou8dd5h/
… LSoVRaolIE/vqGhvN77FhupT7BeUPlo0uwq4dGMWCrBpo+uOImiTzXh+
… SwTdCYyIc17shy8PiTElY6aQe4d8vYMD4jpqpRJ+ZBs2G+IeKTyOzxRQ4vkfbN2FtG2fQIySXeq79uH+
… elYl0sE/VP60/
… zm6ejEnOLgiN64EKyrlxMFibX7cEVxAz8QjLa4kwame6a6BywM9MaRU9GrOx2XlYyWeYmx5W43lIffWpgYCKK
… 7FJeQb7VQKM9gD/O/ECgSt01qzd2Jr44J6xkxm8cJD3GmsVEsv2VpDpfnYyv+
… 8lE91725RyQkmYUPy3o6BhClKG54YxIfv9jkK3OYI81rbSPrLdjf9fCb7ZzC9OJiYK1Dn0DdhgMiPf+
… NQjMcnLdDMxoauVQN5w1RFPfBeNFtGzAe7rTspHYcLmPINSsWpvUzo2RJz8z6PnT8KjGcXGSktEGiZm6OABVx
… 95kyynzBDvbn/au4IrZWikPeyUbYDYkyVjPlOEgV8zff+lFGFxtNt8gA0ajURbWDx5wp/
… Me8NFHWrT1PE9TwcsHqs+0ETHlaWi1p7h7LZhbO4wsa/+cf0yletfblzYOD/
… 2s19AByInyG7qpEhdTVNWghakjySMBZUWqugI/iNq4NSPVDUGXgL/X2YoyLGkn3D1NMfYAkYV/E/
… l6Hrt3aD0ZDSsCeeWnKxOgqduIoI7u39+JIQTYFeVMp4kRo+W643MR+
… HkMlBgjl7dA2i8IhlurQnECsAWwNZF1L86Fs9qRL4B7hduYmTEdBx4T+
… 0MM5JPYmfEH7vzrNB7oQdFrnk6PpU9m0hzM+jbzHPqAr7wwUHWYG4hP/wfLsQDWt3AFSmWyfgKAnCNOQL0/
… cwD70cZya+kaOUvIxC6xNUcQMo5frwJO8nKp4PHmYWQ2gNpNHRbpkyFPbCMuQLGu+
… NQzEtHoemF6PYD6WyD5NVwbk+G9ao8JBtsXBYX0TUxBlRhqnqFkiKQe+SCwSTree3/
… AIAetL8uyecmpGSUX3SnmGPNiSA1yH8nbE9cBK4OQa1JoSlayTxjUL+YT5EvJs2hBduT+
… D3bDRrxOajl8NLU4UTmynBSGCwPGnPQ+
… ovhAh2uFZc5syDzltS8khb1GCDRtM0nNVEwARKSQG4GFsZmS9XcilNeQN++d0eTHWUJxeHUid4RYUm5VFEMrI
… +t5fvEVD2A/XIB2B6Tt7x017GrH/BsRyVGfLt+
… fghhmOzgd9qP2DLCPf96rNbhNLI6A1lwmwNPb1bMVbh5UUE7Fh+
… phVBDEkcTxlFXywFJUGo5HOAAe2E62bAe6X/faesPYqkBwdzKZC/RpVFfNu2ydZn61TqZYh4/
… a3Ll2Nx0pDGAmBQyaoReRLLp7UJ9ylQe3Mgb6mgq86geMxZ52lLzBPkXhenEVQ2L/
… b5V3O9RzxI7zPERXdXkCdLGAN9jozaibHOGZLitC2K27TWP2Z+7fti9YI1iVyZ7D2RGhVusXmynn0HyoClM/
… f40PSxREn04nn5kjVnbrK1daQEweNQsTCVukRwyw0ZdcnQg5h54NpEZyUlhnSvJf85ieWrTV2H7b+
… fRn6i0kaeE/JucXeumNokhph0JoIq9BBQ3WguZT33L+
… GvAan3Oq2AaqbyNrIFx1H5EPr1ERMbOHXsNU8inCwJCOWqbZMmjsv5x+
… hNlecxwsnbu6oU6Lqa0LX1q6R10pRbmQqnpe3iyDJnMqE+dHqgqyD4P5w8O5R+VZ4PZfxAvilvjH+
… TcuNdxocG4u09aho8HfVXIjkTPg2Hogy0iYapmdFG8T4eGFxPHiFGG3cWmYk4/UZM9fGWXjBct/
… Ap0SBel84FL4OmDz+gfaW0Qyl7GCvtqKeiahU7HWNGFs4fkbMI5Nxv+Y90wEftj09ZKnTfuf0RDILFiuJQgk+
… 7c6nUqzCZjHvktBXYEo2qyDbi2eEdg/2Ea6irdzvSqOtRhHX5y+LHpbUE+a557unvgVts6uXl/
… nAt1XypkalID0tFyY/9a4yXPCuGHBIfbwX3K3oi+CETX7+TsKxc3gKk6+
… gIUJtKorCkmTyOpNeuCKsUWV0CkkIPUZkbLeddN5w8PKWRJIAspxMV2IBBXdKNvB6pPXkyOpUQl9nO/azrz+
… M3siTBjF2+OkOED7+Xb9SK0lC0wqBKhTbDeG80m48bgZ76Qc6LEvFK6UkEza9kilT8z5mb/
… qGGQes1N6onP8wYR9fVmze8Dv6M2XsQUluiBs3/DGaG3Glm18/FHo4lldVD0QeXhEhZFnh00XQtKK5wF/
… 40aaAruabKhMZqJmNA+6OWU2goQy+z3GXGrlMnoejiwO9AImqlNiDcG4/
… 2tNug73dVQroEq042RXap8F4vJ0f3/CfrfODZWmnBFO/RbTB42CzI/KnE2WF0CuhcXAnOPQ+
… B48BfeByDrMXRP8gDlueTr1nRCyhwlLKPMWJofSMuJi+OrCD3ylIJ1MXe/u2In06X4rRu3vocu4+
… L2vZOSBQgpZaR9OlpvRH7ZBWlh7vkk41xlbluCwz3RTFGzdVWYGiNF84Nlk4pqgSeDOcEB0QFZjJ3DjDc4oFa3
… Ck2d+jF2mYyQtPKU1CfmAWtVI/ukGNzwbJTffwY27Gd4PPdLRFsadbkpT+LXm5UQH0qfHk0i9za526kE8Xt1+
… 6p+Nfw9p4cZhFWKvT6ydWlMQK1ArRLfieMUyfEaxKDuDDJVwsjf9K6c2zgzlSOaRqTGZXOrgpMNQNoWQ+
… r0q8Tb6c6p84+
… yEH0GvpBfYsDmLscqpzsjM1ujQ3xtJgXVie3thU459tzUxLTX6QAGFBKR9PUGg40mMyGF5Wlxvmb9zvoRrvR6
… 50VfSP0pzUbqdlDvwK27SN1rJlCeN+
… e85MGOV2gDrEAJhV38YSifGmrBjwqO8yTKLaZPE9x2i1YCncC0DnNLva2S0hz7ioeS4X9DMp4mgn6wb9guSWz
… KrH2hBjDz05lG2Mfz1bLYL9QA/fmUkSWha/mer/5NC/
… bbUahcZ9wN5WBRZkM7jJuI3N7jrXMRCAmhMIErO1PIKFumoCIPB4QsITkMvjk9QGj0uyS0+
… qvbnkb1FHSdv8QW4Pkk7cg92WgyMO2NFmXjf2ZyLPFyZsIieJgLmzCMxs1Q+

31893...  MSKOyxmri1FddKs9b51iva7PEmWX7ws9svq3eR62nm1yZQ8QLfHWMCA3BF6p29bKPp1AWlctQ/
...  BoNcWR2rgxK3VyjrniUOS+JJHitzPxX0R5OUJSDAvmtEbu0Z7r23gr7RrSe7ga1iPwZi8gD+I/mGPlUO0TbPm
...  +8jZkteHAEe+14aImEGI5uin3hLc4uDf7R9QOQPIsy0tkkOnSumNY/MA2JYqVuXEj4a1+
...  9JUKw2CYv5zsiMmL2feDfockPz0SsKCRSvh5gbInH88hCZ7u7C1hTOG8x14w849W0W2fo3jSpN4y7B0tuWIMc1
...  4jVtNm3HpUrjCXzFE3LWWQt8GZdP9EyHJ74h0zzW/hn6Jfte+//14oCU7BEM/8k0lY4kiR1xznzT+24zQ/
...  BZxIPpR2hagK7bbBLy9L/JrabvRCP+JUnhnkpTC2swXbDJaLZ6SzPJdgyQMvorsBPeBUUP+
...  yjV0oj3f0BlOwObkJsDuCrYQjUKIaWLLn/n1ZDGQB+
...  VWEiUc8tIP4ialtsMGUJD1PVZ5ba9IwIBXm9CbHL56IZ9TlcJXTz2N4rtXI73rHzZeoJQ4SDbn81K5shIktYS
...  CI45Lk7KMg/uigb25qdPUWlRh8aMF+RMLbrLlKUbebU2k+t8VaAp/
...  qBqkVd6JvvCdxNLkoUitZd7u6rVLbkGZgAnPjQN6qqCJ5Bal08TItUEdDCcgVnNiKSrsQTadI+QZ+
...  9cBDOzz5vgEQ78jl5pOkA5UuqfGEJ8P5t9XDZsdvqzcUY3xMsiYC9in62I+
...  eluuhxhjpVn7jvFztvIudP6vvRyEvnvDhjgcbKWKArIC0g8xyh04TD6AvTkuM9/
...  woD1CHMjicfP0H4vNV20lmiKnaCJdmPX8shB5VeLNyjkc9bHLWV/
...  h80h3e3MJ4tPKFdtXhUXHJRTViIMz0vYdoq1URUcNDA+r5ZBT8sLE/
...  A2vv9q2URCafMVigGTWEYzxEeC80KEu0NgG2pwHeJv05KaJGePo7xbNQswaAOkgCqegO2dGWnEj7p4uXAUw7J
...  4N+6Lqw2BHNEy/9RpfnewMJYIKuOZMkh+wkziYtq1nA9wVfKPzSk9qULfXcB/hY527qssZNRxIO/
...  pC9HqWCLRnkPdtGDDbrMdDXUxEuG+pz9Y00mvXWQxcySlYWGjIdfs+lKXIDcp5T5a+
...  nanx37lm0dPfGVpQBfcP8GTyf8LtQxaDl2V6gsNutDya4WQ9dJ/JE3qnGAM30LeLws/
...  cEotDoyVCgNDeYVImUdoFVT5CQLRIDkj/FAdBgIcLVJbI9URglIPPu67pXRIQEt+
...  q1R0TfXQ5bE574WyP3NCUCXwDHE+i+RenC3f9p1r7XE9Ez7v2XCW1ICrTFI5XbwzQc1w8h6QzqvGlfgvTkH6
...  +5/KK2cMOnaHvraF94CBZKhnEx+H+OeVgrmVcO0wfUhOdSbJKtIy7TA1ZltV+
...  Rj5J7HxS94bOFlhejrHiLzbmzCibz8s1T69m/ecQPAoOFSfIHEnrHf+
...  ADA1EXlLbD624Q5Isc5Ug9j8uFf89p4WYAqUJTHSpiQYdJww3RIS2JL3EyauK6mzbIZ8yUjj7xfP2SmOkJuY2Z
...  36j85ARFYI8dRRmmY1QhZrW+
...  CmkR1Kohqe2l3FFUqiKuCaVObePgur8n8VWQt739ZXKcSwFV0YsVhdggB4e8dU+Yy92IGquenyyHCsmVYoE+
...  75qjSCEehn0036WP8WXxqD/
...  adft8oiI6T8ited8Db5kXRSkC4SN3CjS0foxierrDf90HZm2ZS2n96Nfcf54sC0rEB/1f6cgdGLMPkKU3st+
...  LG8myiG1otqK3SVGBmOwV2PFG+6CMrGlQAafUOwad+1oYjCbLCZX1qpq5WkD1hAY5X2WrsGmOEuHBT/
...  B4j56uccTfnXdDKQX6CClItSo0QD5rTjOkYdYa9bSw7WhaAbtfd1H1HxENzU3qAjNFJcmE3pPBUdnSFMyc/
...  E4Ahipsdn9XrihBXcbtdjuurIR9mFTbZTNrh/D/
...  1Dyul6USAfMlpsYiZ0ZTcn9oZ0cNQCTQHCJIp1T4TEER8eUx7bCO+
...  PmOZrh3c6kPqoG0IWI3zAONbRHveJAOTRgRk+gju9/WsExVgQ3S+
...  APUTPpjGqmkV9fGmp7TtMtruzDjzkGOWDyjdzvrIikYjwB3lP6bCeqxF6LPOmJa+
...  QuAG7xrFPlqynaX3CX2Ns8dpeORS9fVGRPG6SC4+A2rgiMmGgib0q23sDPwQlJhJ+
...  MtLPHNvF3kqcXL0NYeTzgmF7CpwMczQShq0ng9YRZudHONMXB+MipZ98ea1PAXKyo97/
...  VvRHcWx5gGygsJIocphaMdeYMNYsNeBIETP9goWAck1lJzb/RAkz+aZI12CRsuD8ImiYaKZg+enwmYoBpyg+
...  AIuyAIO/3HnAA74iR/tq7DhqxJzMx6abx9XYlMha3XUXIAIttjxMnERw5Zvrddd8zSFX7Ba/
...  DK3LVAgEEeuPflu1MJZuUxudKe/vxgeg1itztx82YZQyAWWPCvoZbtdROpfO8zlLRpRXwKwbAF+
...  7fgG45FkLdn1Pzikqerr7p3zGl6o4nFWIh269tWhKjV6cTlFXuzxsgGjn6djo3640S5yvrDi26TT5FpZsyF2L
...  7STn8P+IPz1I4CMXvNsqjLjlbM51v8YQBgi4mhbjVGU2K9Nz6E6UIHc/
...  X2gcjBEGdcDIJVChQrdu9jNfUtajjmT2sMu3P35hL/
...  E6YGz296GFVWquQMIvniLpDPD4uwWwAcGqNzfLedSQGT4tTaCtOrNce0Mu9gXOoJgLiT8fGWPPqctWL/
...  nxUCQtvBPWjxqEndgcZp5JtgfAO27NaiiH9oGX/Z6bLpJrtMnB/eW2uaRZ0TxzYZkmhnU+
...  TokGFeMvo19Tsr2uzvyiukrswNIvvEiUcZkuO2Z61X2F4bYp7D+43XiU41W05RZKYSfQ5GWz86KYopAz4yg/
...  Ve4eHIWo8W2QE4XE/V2Se95s208M8K4mm42ea+vTeSsQhEZp/
...  az5kqBfvME1u7QqdY7bUOv82DfUHnnO4pRmeamWkXcMI4MWiT4Y8L8SFM6x2jacAoxMxpgWlzG2+
...  GJN0oWO5JI28I+
...  cheqp2RuKuMmvC7gZ54oCqKVYLqSXrsT2xE3GtVfPqWw5Am4e9Lc4jr6m8DJ8NAbL6Wy8rKoo4W9MrnuxOeTE
...  fUqEm3qtWZOyNw1frk/aeCFr0vMBR/jKsYkouFj+qtnx7NZy6HF2mggonElndxoCQTyu/HHiH/B2dH7C/
...  jQa8YB3y7HcOl+/cozfPZ/
...  KoKR0aafVVwNzMVH80BEBVyM95ldqb7X0RyaJYqFHbxcU54RfJ1VqGKcorpSHGdFXI+0hIXyoM+r+bdQ
...  +ZW1vvvCZ46CsWm1L84Qd T99QlCELV0pWpTZv3LzPiBcf/8LfuJplM6iOCgpcr+L/
...  JK5E1dUMogaJaLbnxrcIbY1wEU9t1Vr1mHX6QsLrUrL+cPEYK8UA3tRHVKJ/3wJ+
...  9Y6ShKsOYMXDXYmkCmyGv9VuDJap3OiFs3TCsW3eY/6GmiQUSgBhKANxGtFVmWUdouTi9s9WmpkJnjmHg3/
...  gCmAJf4D70Q67g+8CNPY6Q9J3saYb+6/8uAkDy5mF1PWh/QHGtQ7vO5w+9fC4JNJwnoN0SBtscHb0tq43i+
...  BAi20dn13PAng4norUt/
...  NnJKUA4vOZrLM2wSuAhIIzO0rGFyZqsFIfhPthLoirFBtzjHYaRFudTmaXXnAM6rgs4yeqUnOJ2TjlcOxyMk3
...  SOF65aSawhle9/OnwmGttv6CGZhKQUIsLjNGZ7lSqX+azV20+JURRDMTk8yd0eaHCp95Qcxt5YaU3Wuk/
...  ndXQsQXwjxf6uCrps5wwYCtPc0ydboaaR8NXky94SkNvqMAL2FdlmIiRH9qj6UKDuCLGQ09CnBr31yk6YJfys
...  skDIKH+mEx92Itguhy1esj1tR68i+jtSmC0ldcDyLdO9bE4sJKC+
...  iChF0365jYKYcaPPvaD1PYeTCcg02U8U2psyyjvvlb/ELrsLi1utA9Iq30IqzIWzWml+
...  RUGaAKy9RJt6DYxxBHgU/7we8nEn/gQp9cL4eZRkgRRhczGul+gzo1f6tKxre1L00zMAidU3PkJVJ4mYC+z+
...  tzOU9zFXWfdSkrxyQr4DJaZ00eJEr/lM2aNWDzgGcNLgMHbKzOzvUdVwOa28HS/
...  pL6LPlZjsdkI0Rbwqmp6Y07YwvGYdHe/6XK54wSX5vWadrkU++
...  87BiIfpQIgFVkV0qPX6JnmaOnZAgbxWaoCZs7kmt05Vsm6BPLKlMfIOQ4jDH7qWM3X19/
...  VI6QCetxF0l1j608H72m5sNNn1d9xORtNnRFxSW/t1HQv0ThwwKlDuVDvt44LMnNMTaBOH8eZicqafLKmr1+
...  kuDOeKRVvFdULiVY/wngNXvzVBlXd2X9XS8PxUlWWXpDA4wzqnZYen5/8RuLfKi/Dzl1LA+
...  5hzTJcs4zCPfnq5n7iyvtjazrLtUwo2/i1YubPoh63wigzTUpBXrthBBk+

8x5rRgpgy7CUps1kkZk4iCwRiaqsHtT00GUkVz0mjGiWEnKxBBbpFP/
IhaG2cDHYjYFWcVdlhxCPcaNBHDkuZeQbX5DvrMLH6xMTm7lSLtJgal7lnbaqErr/3GooUxULTehH6/
R84zmLg9TAgW1qpZQUOUMXkjaeAOhcQ/Rrvrr0UUoVJSrlh5eDe/fFC0dxYHJYCgSlxuxVejR/
ps0LuJicpporJYeqSMDYH7chz+N6XzMIUlAV0jHSAcIDqYC9bj/
yPAEmXYPYSF4CVpb1t6kdWVDXclA9OoY3qswiCzzFOlfaVl0gvdzciBXhJq9rBglBgWRo8dk7RtSlhkeZxU0k
mHKXpSK40h9FGZ7XdlCZh503Wh8HErpVz0S/wUYdppuBHv2Ygp3EcS+JT3pSMvx4u3XeRb77AnW+
jiVYLM0MmMbvKQUJ1lAIQ67haXVJh2vexleznbFqKVx0q+
LtPdMbMWu911NJh18GEJRp0ITDGAVGNqTl6emBntVzQBoCqcqKWX36ex4ctIJLulkKBUdMLo1yu6VuGqeHfqr
OhqNi9k9oltCXON1x2ON2JuxLYH89P1+dcD0uf+
pqoEgd7gMw6cqjhx1bD0RHvuaxV7innFNWa0qAiKbd0e9k4rrHOmlj3jl2xOBTHD65qIYiVhsElrUuKazULUS
Xz36T4UuFGHiD1kMYRRmLFugL07a6tt6JLpbdy0fra9SAoiUxSMDjo0fMkpQk1x2aBn/
TZ8tYtvfk7CoLyFZty3eIKh2flvSotHfqcRYKhvxPI+33m2wzT96dqZwGZTN0OVX8FpXXXtc6LR+
47ImvdWnagdJtI9HzxfccT6C5dugCkkK8n0R5Gs0OKTn3dhsP7N6Fz6tnRNyEE+
45Z3cD5vRFvYjdNqJ0EwzEjKV5MrH/j89wFmYH6gdIPFZtR5uv3jDgPWmHaFdHneBIsLYlEls4qvWWHExaM/
byPMm04MtN9yTNnOPGeBdPSMMbZn5cntemF8n5evLgNHONCG64ytus98uzYzTkPk5XbM4pg1s/
8Sujy13Op8scOByzQHSMiQrGOuG1rBSahLQaY5Lhr07cQ330DmBt15KFuzfv8jkP/
ZiaLNMpp8jjW7BKeQUWnPewFF8KumgIY9jz9l1RAy3ZAL/qngICTTl/aYGsBO7kbqOKUSg93VR8Zr///
WZxcTZUsKXpWFCTTeXKI54GkRGnUgB6EQ/
U2EjKrQ2ezifVOOlDeM8hdFD99Hjte5FByCT2qTiwxddPCqiRuza1Y6c1jj9AgWWySfBmpquNhpQn8XgQIa+
Oy+r/JaYTx/nV387j0YN5BbIJnOEBjCkkl6M/
icKSwTt9Cb1aExsZPWX4sEwdPesGrGogAGaIP0nLGLYSc0CShDFFKsXZr+
UFZ7yGldXuHGPNV62wy7imUmHRRxBMJKApFmp+R7PG44hulf9nLcjeLLQMu8CNtpJ0cCPMJh2BRx/
zncUdSyqcBfOfY+
VMfqenbojFGLTgu9hlVPfOoJyfVhpj1Vw90evqteeHaUiNthqNmzoyz4dywQXYWPv7L9MgMyLUGUhK59QnhMu
3eOTxZlo6hSXDV21S0dsN6D0DXKqvP50UCDDGgEqSw9wMlTxAkgiLbrt5tVtTKilTrZbMEFL8NRGloLOTOzyp
8nsa0vd13HeH5AJEAUVCXhIG7D76vcV+HEKTWF91dJ42h08R9tYkIKCAVBgaWQQ5SptkO6VciVf1Hs1/
li8GUOx5GeCfiC6BDbQE++hmjtnoAfFUckfqx0G03E/f7+fOf1IWn93PlRXb/1MuCOolnVr+hBJbAGE8gIR/
HgFZjuHXKlYEFK16Ye8gGM4XD/
mQrMuVJYQSPtWPsUVFpjxmXyX2PCrmzyYirB0UbbZ89JZ8qmYVw0ovcIaVscvlfFCqL8gGwuYhEGYfOLa6dIM
goVlqk7XjJ+
se14L7O7LgIcxIohZEwXjDuxDry2AY8CRT4MZOsMDtXQOzWYBMmCsI9BYHz2XwkDDrHsVKR3LjWyUckop3Ose
iG7dIdnfBqqMb4FFXVODXIgDiAAHqnm3S9KAEFAD+TA3oQNja29VWwADbwC5anuLXh/e3TleeS4AUowhWIPMd
/0tPlv3WSC2sn+u5aDLnTAFy7lSrFxH0fKYyWzctCNq1Q9P+zaG1ULNHcXGKaBQlAvCTcDp/
068UydC5EzH7DC7X6hVofpo6YudCJm41DI5GjrBqnYunm/4+
YZqeR2m1EIdvkxgyZfHLzzDs3YLKFxiXlCfpKZZhSc1gJNTdKSKwa083q++j5Q2OqjruLodvgGJALTh/Ur+
vHfrY0RQaI7G/DDQH7XqhtjjHfJNZVIcqP0k0S7Un610qSIrRiJQ+/7eB3+eobIXCr8OA75F4+
xKeo9HEboN2FwIr4Rgv2+
DbOOKFIcRqnqBRtlqhpjNvzzDHn1tA2JK6JLk4MAy4TAxVZtzokChGNUPQpGsjKV7rJ4mJHp4l8yqR1+
WbPAtG/6s/Mtolr5pVc+YMKSUHXSNJZwzLk+
PYDQhB0Vl5a2rkT4rvzGZYcj3F8wCbz8HTxtmmpHEVcfkuhGoQPyUYpI002tq68bZ+x5nKivQqA+
SCQObCwvwqGUPWT4sBpmRJKLHfPFbL/a9JxwAjl2X6hr7gIfNeY2B9mPXuBN9scWeO3R46hmF3Mddy/
tbn2yVwlYhuY3mCb1GYgLXA2SASjj0eNrfcTR5klAyqdjx1qOT6hDfinI2j6w9TKYV0XStx9FAuJAeexedEGX
UI1iqdYc8wb583ql1nkZeDGR1UXCvl9foHors6y3020gnz3Ts3Sp2bRZdA+T5m+
KBICtCRCckAhyPBx34AC6okzC2mCgADyOIpdQaif3/
ob467edYqyKRhViF9gxFJK2TnVzCVoLdFBYtjQ4jHaQ3ML0bsVNtHCj5eNOGpYNkLWkxLRrpEggmdfqlxbzJ8
kuMZDsVp5FXRV5Q9G0nyKsBXoWgHbhCO2NI9t4m8FOfwKaSDSEOBqxQpzGu/ew/jYvX00oU4hea69Dy/
pNyhG1d+
r1kaIAatK5oS5dL36K1SUEc2vZL17LC1NzvmPnMaQc6AUY1CI98zfZ5JqDchn7DpAtXV5puNl2Mu01CjdIzaX
zeOI1t1kLESzKHBcaJHjuAHknanToig0bXfiChHGyoDjMMtIq654sudDqahuTte8n+LdGD8CFbVteQJaWhiN+
tTjkq+NEpECb2OQNWEjqas7gti7dem7oth6ezy3lNoqsDt/
E8FoIfIbgKMnfKmDw8OyDG911pu8iBp980HZQOiVUekc3/yhpQlS/7auWiQ+
5gAItA8yqtngwftxOSrrpzR8ofHEkrMJt6N0DGNgWGNIvp0W2qG+
q1z64DW7tcJUecoNRvWgCCA6LbWQUR7dfu3mdWxrNLzQBWJjSHWvsu1s0vHXbE1Bl6y74ak3naOhw4xLW8PDu
sUO0hQ7sBe9hD5QXBEBLF0CW4a9VE8+Yb/fDbd9wggNwKSvGcimERUq7e1oFTx2/iVKNCq2OjA/OJiXTiKnAX
+armAf6iFlvaGU6DXFFKRC59ks/Q+JZYegMQhtOWXvpAPUStK/
lCtFZF5wfOnO9Mh5setbIFCymACpAbEllwttg3zhW/d7ehMxGp5pRQr088fhmDPuz+Rg5joTlt12DF2E/
XjRIQeX3ipDpKUY1/8T+
3rli9grRMxVosWChKVLO600PG9VKKSiy3LBuR4JIZS8f3rqsQ2WV3XNoetzcJbdfKkztUzKFGbkr+
OvdzRXKa69T0tkLQE0l0Y1k7wy6ZGp4psg3TRP7gKlcfYN7TExKSrHq3IH5A3RzUnGrG5AhPjFhpvSKvKFaO4
ZrzWUMMbieScPwdm8RfRT21Wx5aeR9Zv9Huecz8dH3nmYlaA9EESrHnwKnTlXfuZTaVNk5G7TXuwCxytYSLLa

31893… dWYG7276qbJot5FW4WWKzrrseHi/
… CTNWQ0LkyEPTvxKXnI33dge5q8IYw2O4LpIsSsdiWEAujgM29nNZqoH03DBhueQCm6iyJTos/
… 0NyijOlb4hf2DnBlzCssuA+
… 4g5PfAisgNnKIDsBszTAnE81Kv6BwDzHsGSgl7TmNflBE2CAltkLZhK44Va3g1auE1p2Nd9nC8sA/JsT+
… 6q3W5B3WRWNNNwip4hs7D8q6DFzUXeZ25vtYfI2KCsg+ZamOBZ2CHyTBirHMbmEPg+
… 1oy36IPLcv1SEgp0ymm9dJlMd+M8+IJrYZwy6l w9P31CVQn2cdG9hkSRaK4IQ/AGhbgJXyQJdEUosnwqQ+
… cGrPZ5LGDtgICj4HKiy6fBBVbNasXkUwjNzJ5mi6CJGfRhM5o3LZYrVZTQgM6jFo1bprZXpm0kXPm7Yr4BA/
… 8tjnMjAdM3bK0tCrVExHxXk0wtjWH4QdE2vOQUJvcTA143khWIE2PzH5N7ctueN8dFkJlHblfYmk4r176inHi
… 3x5qLjtzWGAtkvO3sRw0CF1PBmoP26MFkLPp0haX9YHNShesx5IRvr0WHPwPjSkosHmz57GmEgsvobSZJyagU
… Rd+pO/+r/dwC82b46d3PohnpuGB2pvD/keaLYgGZGNXqmmU3Gso/
… NI0FfAu875ckLztUSEzAYZcCUi3GTwFW4FWXImtwU3UZcfZiS/Ynm2BlAh0V3wgJoaT60WkS+
… WxtWv9isxwek9DLVVJUa3/usRLe31/SYp/5yNYsDENNBqo7NYACdfxsi9+W4W7bNI566aon+
… mF7vSWlD2YsjG01zZiTM17FzQlBPqCNZKHBNPDRuX95SIoG5Lp+my/
… pvXh3jrSAIonaSmIFSQIpGFR7rmDnmu9ao6JWjtpYLQS752jVEV0l7KWkUHzuuVHgZk5MRuoQVBSI/QeLVOV
… /TeK1qO+sc3AP/9JlV9yBFjWSHUr2oPbMdL4QEnJI6N0D8DVzdf+
… bGqfXqn6FEfNlf2XtcS6vlx5GnRz47tqkDsthc+fb3si+y3/lRKFGh3gT98tTg56451edosjQ2+
… eGYMJ4aKknKL43OeQ4sVXG5ogZXjw9Y8Hk1NX+mBZ3UR7dAc0/nRNilTzA9YgClxFiilW2+
… QwbhQCACHHRnZ1rSc7rct5ZOO8dPr/FgxktmNKF/
… iAnoQdI0eAHYFRU6ap7E7LOCRQHKPhhBjiabnALCHAlEE8G0ixCEPYA1I8kPnkFpZi19aGcPaqdxu4CF9ui68
… oCCsWosKKgjgBUd3WZ5tm2D3MKwh26dz3rExbZx+popLvL/1lh/bypWwouWwB/
… yln1V3RUWTcp0NVKQMJDAvjY29fFQZ35hVLONGHD82oJmv1SOET/uVCtSDa1aMRuFtuUlPCjXbaJ4OU/
… lre8pHQblSkFH6Omfb3KcVJuYeS2YhAC8tzg5kpasCGRJ3tTZtZO/DHamzjx4XvRyBVKULGLPi+G4T0tW/
… AnOnviBNgGFWEnLNx3p/9bsJ9RXtA4bdnWBDEBK0j2Om7uhpqZ/+
… 8cU5h4wFpIWZNTViGfbJPJViFmIbJfz3JmSn2aY+edAV/V20iEDWt4HtpCf7PP3MuRYvmSB/
… F38plYSY3sJoZj2ImCG95/G3mOak2ULeEa/7N2EYbFascrZFapoYaBaTCOzxwCpjQvmedy5a6FFJ6MlYPU/
… D7NnOR1tTVxnMwWdkRzr9Mmf/apvsOSAhSUaNKPC41/OpXGXA/+ZwgDez/MRPppkCSIHjiyosiMkkRMVw0+
… SWQFbP/p47p8bIyrYEYUc+tagrRsSnVEWJjyS6E/ngiloBUBbpDHLQIglT/hpJFL+
… uW3TNagPXaPeogbpN0EN8N8CXo5quXKFy74oWeA4e1zTSMTorszVrBJrpT25mdNd75zHYvkMorkxdI0Z8glwH
… 4FJYzgBqa1bYvljmUXv+pUKeRvgJqW2sSwcm3o40mfi39aeZirwwyvV9bazjmWR6GRhbILO+
… EtINEKbGcQVkWotLeRjBuXjhGokcAeSd8PcD/fGbw2g+tM+xrZdbiSYqyVdeIKbh8xd1peb+
… VXSuOUf9W52q1r6sDcVFuaDrqtX906owlxkgKWUuG2UazA5cKxbyLrJX7LfbpRkJ0kjqVTv5LE3IWANVMc15z
… qoCnCDlUB7psamdfw6aP2q6tB/m9zhT1wmlX9tdi1VF9H/
… EcgSrDWXb0xS2XdFbDtye66GcsuC3PWztO0Um84iFIbxjwl/Z55GYR3LWAAxhA2+4PF350LrJA0QAKvs0MY5g
… +DVebBI8CeiuvazqkXZbZZIY/hCTzJIh6Q+NYQWFoqYm8+ccide2TcarQ0ACwrfBLXWAC4e9KfRiTtNeqn+
… Ap5vCFmw/jLSnwfYDsysIMDaQpvmV3UOM+4ADY1u2cNTSc52y5p/
… ZfVUggiaKNjkJVuaq3M5y5xOFnt1PElnnBZecK/cUez3/l7PkUcg+81Y/e/C55tCjQMWmnc/YYz5KUGpiKTt+
… cjInGO2RvODTdR8z5Fva9HrwTq06HrmWJpyTut5NP/cljneCLp7HvZKfZ/ICJfZIaJB6ceaA5DzMU+
… 2dZg73bhiFdRBDSkIoQFXjE0X8eLCZ0EXvnGFUe7HptvXqWgyb63PAstnFWo3KVGH9RzlruBgdk/pGtZeoj/
… bIFImca4/ZeCEYkudkwiwpQWG7Srw9pq3SEZiYh10Ac7qDUxCyHi1n16UApxjZWoNbdeWewoORC6c9/fFtUgl
… +4sI8poB9yBoGcG47qjDazH+BLKT4kVzI6+
… tEc5wJlpwVBN7QtyTNBjfFyWfb6HLAsOEVRVmE7Y0IW0pdFIcyrsx1T2rJgf+
… 76AN9kiUTb0lVSTAMl04Wl0LzxHbR7CKSHI9gkDucd8CUg6+umAjnyhrU+yXb1WDpT1mB/
… C7JXqMZHZMauBy119dR3V7qco26C2TSz7al4iFrty+SqiiFZPSKCtHyvxhfW/BOc/Q/
… XMyJXVbe1uR7269NSuXH3GTnbQYtwNiH+
… NUaj5XhlGgbGP9LwShvzYKKloAWYlf2jjoHeSn9HBypOxQLVonUiLVWy6G6y+CmDVOdDbSOb/a49aCX3/+
… Ul6qvFu1Qes4ad5t1dbm1iwxuf8az2fxLWaYBQTAIFi5Vy5TDvO+9YJdXXhOL2BEK3ADFL5nssRY+
… iMdTDBdjMvaN5Xq+
… hLxBojZHfFDlEwL2eDhZGb1vRebrzEViQIOSp9qABwgAU7gj9WKpllAp2HK3wN362h5O2Uz6D9jVRhTJY7KVZ
… 9CMUT3s2YjIvY7wFTxFqGY6Fu+unMGcu4yYWpHkBUhaKmo6sUWCWKZbfTiX9CEDlc+
… 80DKxzLaY81207JW2EIw9nEvH/etx29aBaqxkfBmItq9Hn5MwpRdQaJwX1i+wRYmkLoofXna0+
… Izxdx1c1gJLYDgEm9gZp3FI+lFdrsF4ZJacv9SLsLu+NsPenq8i0lk2CHAw9LfEzdK5Z8vrkNcilu8+
… LjzKrrQBharz830J9Vk9RK6UnsXO7pXx/FPEYAoyNxpTx+iqv2G5+
… 78noeSwMzp1oDbteCgD0lnDDNXCYQ4AJqS44r1eo3bLrE9CTe5pWB/
… XNGxdogloWSA2x9B2j7Zi3hwAY3dm87fJJS8gGU6vOiGZBsBZSg3uTDGLDWFxPxwb3Yl2R8Hy2cKEp/
… OrdMBSSchSItzLXL7Spp5dMBtWaoToUOnfUbC00bfEInxM+4tQhcVDfjrYbAQYURYOPPa25nNx2dr0p+
… rsLAmRDMgq4ANu2VpzLVjiylRUaS3q0zx+oWL18w9manICwH+02/
… HyDGpQgf8YOBqnKRzFUwy7bauFngU5JVT20uBr+c4/
… 2Mw4toQqYMIV9aYrBXlMcUNgJwKgih9r6bDGeef5tfdUTZIbPFJPL2QE+YKO8aD4UQ+ct1O9crmrseubbn/
… DETMnoBqB0Wzq0lnLXs+wTGPK6kA0fKRDM2kB32Q7JxtHAh1c545bguOJjEwkY8/
… ZbtLpQ40br8Tqq9ugkrCPFBV99veucKJp21Foc8jzQZjqO44BJnZOKFDQ9b/A3kIPX0gO/
… bD77Sp8OSW5M4pZ46jMM8Ubg38IAqf/lo/joaO0j054Mlny7SI4E1AKV+
… l3QkuvPk3LXnLq5oqVti9VNMKpKRj2PMt1m1XbZwS8KraorZcydjK7S1MFt/
… GJKnKvIqkbYCTEAseVJLqBdM3XFE/5pTGUTF3gtHWDu+
… MzKjkdYOiyFySO49ik1MDCsAMc7XiuhOrWF2WDdwfIzzhYfdpbv+FYpmxW0suW1/NLRiDY9s/
… mG2YIjwlLWznFG6Te0sR6ELI4D7QFOH9OtxHfsDeO0BLvhv43nuZqQbzgWOrnzRHXVSJt11lP5h3rFSkfHJJv
… 8H8ClPQoFpsWTRIXRDM2kB32Q7JxtHAh1c545bguOJjEwkY8/
… mVOCXKaOT2cJ94R5X0+SqfqPAC4D4R0+9PZ8uFuhsGYyQo+qirjv4ari4ADldjz/
… f4aWuV7QVxQW9985Inlh8N4NCB4TrBANVUrju8mwmRjBOuUKRPgVPCRakkxXGlr9qG8FjBV7plMB3G8i13ECh

31893... | sQbD23sjfFgwFkSvhRo8y6q2bPQBW4mUcVoUS1rUQyEHLbkMg1P4bc7zAVj346j8r6Bc1TPkAJVMTz1R+
... | vkJczeWh1gaCYUasEi1sRargCWyr+JpjBRY/cqrlJwsIhkiphDPZy/3nzi+uGO5YaIW4PWRa+
... | 0I69ovIgSVEDjNppHLCNx9YQiXLrDyKcjV2PPXyxyVxY+
... | ElRe7ZeEUMtkPstxCWxrCnRVkKV9YdBfrT3j7Ok14Y5gBkREPf/Aj9V5ht7+6WkAq/Z/
... | EcySvLvx0SYlYcjxmAKAFpi57cf7RITwewWMUFaAkr+QUYHUW/
... | A8CJMe1kAcwtabmpgWp6QV5UfiuXv5HztkC88EYdIZSWC1HQsnhsSLlomJxZaHwsPxU6/
... | jIDWNVB01SVrq15nKiHRh2C3Db14vbjJwEsLMvVKPLd01RZE9ihxEva4LrCzIcAXbyS764KRzZSBHyyAFCqkU
... | fhfJXgHUzi7EHnGwpdrpD7RS/
... | lAYsJHyfCSrdHFo4en9HvhwmNnT2CKPgvL6YInPQ991DWcjn2FEp0XemAKdCGFoChIIs8eq2FaRGB3V986sEb
... | mCLGPQdv+teJvPYbiLzVuPspSMkcYS2Mx0e/mihzYv5yx2WNPuW+
... | eIP9Zvndd7RfXJdRutzkKnKNx0LmULVOaQkqFltyQF+TE38sG2twQs1T4k9AND/
... | KuNdEXiVPVKrsM7N1BGRXTNx1nZibDv/PqcWr71IM35JaJr91kPtBshb6/
... | 7pUlIYiKRrkHGbDMFbg6sm0ZGvpYCMHFUSGSf8omaiW0vg3VOwWVANYdwTcZGHFyQ4yv5ORqSiu0bMb/
... | 0c3xBgsB5Dz17Qq+aiOy1G3z+
... | 52cgmohSR2YnGh60wrcW4F1XXEK3VF9QKziHjb8uOoiapQJtiaXN6f61VECS1Q7zR5J+
... | s15snPZnByhqHXa9GbTLw46ZjDOYIENf96k13ED0jf7YKCqrk7upQj7QWrGYAJ0D+dbbz89qH141M1R+gv+
... | hnWCNq3L0chsL8sdDSdid5MUeY7uy6eHdaqhDxdwvhm1XGAsKiohgWUu80KBvNHubWYuxDLUDkuRMUwc3lJu7
... | ufd2y3aq0fUFBwIXELHLpReD4t9ZnMwjwt3NYG63atzIY61HdGV3nCf8YW10Bnzo8iXN14jchCCFtnnRYqZMA
... | h/0992P/Hnn4IEm3jNU953BD4uxdcbu7AS9QrnZGfQQOoGySt99UucjBboYDWzrVIjkgSj1+m+
... | D6PS5kgHpgCktsz4g+NI4zTWqkiWHC4S8ZY8Nzp+bdB33NUZCNB8hCaW1J/N75waJF3iBn/
... | 9XGbJO4X4Kc8hy1NrZQ83KFfWKKQl2s7SVQ6s7B5dzH988jtL5nwLuw/
... | CXN0Fp1WEv2b28KJo1s57FvoDpVtTOCZGNyMND5A2aUpzSrOS1V5dENVaNYpywgk2SekdMqZd730yBKnDhAhm
... | 8kg7WnuPFxLKsqzp3c71fbt8k9iumuflW4exgt3HuPyumWusukUii3BtDua+Mvrt+
... | mmPo1ao1qt8pHanjuA5eQTPV1VZTK2y6XkU87aI+
... | 6VyQEBQkgyyuoERXBUo1MW0PBx1ZTTPqJ7awv0bXCZqoVMf0oC8cxuQDsi3bmjOmoXN0NgjEsrnv++
... | c6UuyxidhfYLHnMgMAN/8LiXqD6092k8KZzFrL71b+
... | Onin2onnC9P2cz0d6O6UXaB7yovixqwxJIxjIO4wzIQXdsNnOgO/as9RkV7/x2LOv7loyEqX3R0cnPo+peb+
... | HvloS4e9VeVHsVRTsx/mcYzD1sFcLkfTaAyLxOmL4W7BYO1SronBnONKRz1/RjQ/
... | dgUXqa6DalYT5eJmQPyGErOcHT7i1qyEakPmvNmil+UB/
... | khtQqoqybaI3DHBy0FdZqB1Ezz9WmwvN0KlOpTaIzzZdDQT6A4ujNLWyFNpHizu5csCj6iiT141xJcvsMX9p+
... | wJ2NjKeV3BgJK2jj90ssO3KhmQeRiebtDOgvuwFTh8fwKacX5ytRVyBeBEpgz435kbV03Oo65RRGZJzcFHTWv
... | ZunF+H4+
... | 6JMYGPRxESk8EkkmP5ZZ26a9axYvXhGRDNkHBuHCD27Hm4WmBu4sruXCQhqKy9mKKB40UOQbZRyz6B+6a/
... | 3ewISFgRSvJRRRag6dGs6yoJgyZmVIuaAs0MlUYhTTnimqLij5xgdqfkLvmbhr4kGBx9oASoW6SWpVtHtY/
... | jWLNi06HLYYy92Fh2YYtQQKrhzeC/Lk7q3j1Z9e3Noe2gvbcnXGzUOIh0EEeXBBvJfgraFV5ZsMG/OQcgJRm+
... | i30ifnQJUvUIi8QjWmsbcLbP1x7CGfZcXWjA5t8UhRTDA2SUC7RxpzJlsieDAvKEXeAd1I63WeutzdNEew89d
... | zLMQxgnfc/X58zfBRzRsCWNlVyc+
... | zvo6lcbqx48ZgJXCt1FYfRsJFnmOMoQwfNmzOjrLiYMvntR9aQlHEVwdX3DC9KTe+
... | nbqOe57g5dMuMHp9pUmtQsEn197suJ6x5UxYLz9n6L3T80P3U+/32Qovns/
... | ZOrD0vLf9NmxMpTTZEjlgnCf7D2YrFvodi8RExH4ZgkLvG0XFcxndZhTxQzQksPqE+7gZg1Brf7ss0zjkWYM/
... | ch2Hw1buBRu6q3c7Pv0BOiVyttvuy/jPe9a7RUdRMA859aMdgIpVNnVBfo7L+byYNNcbyltFYuU+
... | gcThTG9p8X1JgA0AkOISNSsgmcKXW8K5gEH0P7gr0Wu6THV//O0X2er4UzCEU3N5Ob1B9qdeDYDPE0+
... | QPTujPaNYjOYySuezu/2MTkuPDe4LYO8nVA5SRCFR2SN46FvemXYgol2s8E+
... | fXv4oaM12TR8wKAL27WxNMPZUD27k7qcRmbcjNyE86BqDJJV2aJnCMJcRibKyq55zI62MMd+M2SWeZAYUyhPM
... | /JtMuX7FudZKGsOyPKczr0VOfL79eN83IDa4b8qr9ZwmPxw+
... | BbUrcrqrykZuGN9QZJ9H3B6ie8yNGYpXLR7KuF7ITZUEMsozaZhu757+
... | sPAYylpn5OhOo0wO98qv7qiJmrax6ZW1h9jRUAUbZvZPkHBO06CApca8zoVwOVm645tUBpnLQhAduXP8QR6ia
... | bf/Ehftvp7gY/jksDBn6c4oDQH2V0PqYFjcW7CtCRuN8bGaoTdFyLfWbQqLBXG9e1urOFfE1SRAbA3MNBEoYu
... | +
... | FduFHQfrqlhjCulMu4HzVMOmgiqFiaKL2DbTaZalx1GSCP9f3iuqQLciSZTJJIUQ2AHP37ecdK1Tsfe2nUVvb
... | DcMBMzvlOr0GAw06DpK0ZcZrWLF/8uGF8mdpnwbxoY1maqV/
... | ZCt7nafTyBDC5o0kvncZKepCPjx7WeG8nQ5n8UzJa/UT33hYnhMpJOQNZPF/
... | hCRDeI1oC5WYInFLbv7bD1raTYRdSz31H03IRxTJauPWZtOfWkUm0nlnHs5Xs1X6QsaEFQdSdzMqAVo6YTU0S
... | vspH3GL9AYk3G7zV1Lo8zaYYSPqmqxC6t2Wz7UPkGO+hUOjiAP7dEDbdRmhH3agMCXMgXTCJzZlp2u77i2rn/
... | wcWMrQD/z5dT/eZp/ullhCHrQQxToAj3+J/b7VVkGpSBny6UM1EC+sk5YUWSFX64K/
... | nbDOsJULRfpcSJlz53n8Bxnb66gcJFveWjCFwKKSSrwSHU+kDOlU8vFGtB/Ez+
... | yprMGVJnJp66aWQev9IueDbQ9EeWzSZ4BCiQnZPpg01t30YEt9ov4QmPO0FbqoFR6ApzzJ/dl1Ta2R4TL/
... | FjLJ72qmUNMV/7ZdnicBZ+n4zzaPTaH1YrunLy22TOhr8uqueyVimafnR+
... | k9HbX8IpHMpYGGR37SFXaHtGsLsFblgBvDXgaKOt4XSP16aehIYTFc3HqJuhLJM4sKoDcgb045owhQaCLGFc4
... | lJxe0fUKm9uLC7gUVCVshRXyhdKC5TiKRqHSVHDtKbo9wS84n3zeJsutC2VtgvYb3yq+
... | PmTrH2DB43RbF8GpzfGE3E+MHGst2IUiUn2wNeULTBvel1n3EFfL5+32jrTugkSsql/KY3v3WxLk6DkziyDQ/
... | d7W0OzsKLjbiuue4OfnZIzDeBsePn70KyaqX514MkH4g5TuOXC7/QE8ZC8VpO1LrfbdiYjjfaH+
... | XjfqrXKhTjG4r+AaL6dGiaMlpE6xw9+
... | gYw93vHfOZLoqv1jLeaOQwrO24xYri0rMQBO68rIXSgVIhdZYpGrQHHwvGFuP8nZ2F3Q95CfSPrE+L0q/
... | t9rB7/0rbFtttFLZ8kfOybGVIvMpKAKlI4kD9iv+GLo/
... | ankZ46Ni8EDTO3kFXAJ0Ayt74scL8piX1OL1TzpaMt2vSJj5CQ6wObOtWe3gE4IizoaPCAqZSPvqpwKL7MIBck
... | nl1Y0+eELEnE1THqgrifRCWR3alw66eMV9MeFaCHrXS5JuxXe081g+5KZ3osg6haXmY6BZ6ppQA2tqcuMedkJ
... | /Z3m0Q0R71z+zzTFXFukBLw4CziWvgcEXS9rSLt8bmg/

```
eWydpTfttNmNvU3VkIrFP7zHrSDOLKY8dHEus3kRCLxHjjJ/
u62bTxHcli18mYBmdcbqcNpU0Lt1yQWarpw44NLj6CVV8quoYntF+
Hp4RjZKJqF52FahkkPr7ifxPkzD9NsICExlh7anhWtvjyG30ga1j1j8+xRcI7I10Bha4rOR7D4dtVjUG4/
OUOvWHNo2iOEMW5LfQhQ9Ro21oJVgMhr1Ad+xN4o/0f+hZnaaXjItkRnlkUHxLxyGWCQwF3YMyFrk0L35W/
yNRoFV+
RlWkwS5Vq3nNL5ZibjNm8n6BczxYdAgmNihFPWbUwmNsduciLoCd3H5LPh8BriT7wSCnd6dxDtMsisvfh40Wa
qaZESjsixES/hq9seUIDk65IJrPd+VwEzs2UAGhTsukvnuWej+ao/Lj5D50z8pdCA+
SsIjZSWpdq9ys3OoR4zd1ryWLUL1N8EehfcKfWxlCW3MMa7ykCvtKSfuTPvBFn2ezQe8YN0wau+
GcofmDetz1J6S4IZR25PoDP9jU9efmk7O4HKsycK4oayHsgFP9IW0zW6z028zSyf7hRrNnwZNQ11/pVFH/
Rjtkk+uT+W21KL91h6N/OcoNWafrktH7ph/eh4SWC6FXqe8aTdHezscEMXd7nyKEeywdtEE3GeSw4q5XQx7yF
/41oVqt/
NJfIqNzuAChMfGRf1hTRnu4cnuCWC0qmaTjnzwzhkBAzvuDa69wWDgHWRHRg4ZZftnyTzg9ll4iWHii4NcPG6
Kss1nEXo4eXx2vCoHyb0+FPQyVcJPOv/P9j9thAClKk+
v4NNpaOyricd7MwfCBLuTkSr097PTeG5MH77mQOw4WNun4WIwBZ5+FdtRmdO6gffUX84nsIYDz/1cb2Ih+
r8OAWFANEbJm4i4jrGEOWNZ3Bc/Mn6Noho6FoYN3O8JTRbKB62KWF7JpL+bjDezvRYzcq+6Xu5YuPxFkr/
dSe0bggu1Sb6/riE6WUPGyd8MvhXZK6WqFHy+
t2H59CsMyhxK6eU2zaODqhTsFlXtwy3NwFFmJ9JT2gP6FW9JMfJQbsV6yQswvfNv4pzFGxVcxbMW0xkExsXag
n7TG3xJJ5QXNKHrvA+GLpztgLJSjl8gRjVeLoqeU/vPkocfvfuDsh/DRmAL25HPnukWDT2TCo1E46c650+
w3B5VkpfoQs9UcVY1uOs5IanQ2p0TvdGjVKvDwYUehFttyw1sblWuKZj+
ajRy9YtwCjY4ncPPG1BIVtUYpggYkHAu7U8576bodlIlV54SFkhNK4sStTu+u8FqV+
8YQMtkrqpuW27kC1zOUE8BoPWHrj1QUO1Ip3o1QShahkyk/e3o2m41i5OobaS75D0ia+
ekBbsw4xyUMoO6jNpdkjFBxh9K4DyUPhlr7SrZ9mxk4J7I9YfpSzLKHqYrJ/188p+gP57V97Xi9C0t9hsBS/
LFlecDJGIx1lwAzf58N9zcjMx28LS1SkZDaB4VqiiVPCtIH7s2ZWO/QeEMMzuDblwvqUt/gC80agWh+
KAZpZDGZFEil6ed27CIMO2F7vy0o1FsHvOIGs7L+0vk0e9o2dtkrnTvDBc17LR+
6t6Wb089BSlq4GjHK638yWvPbf7PvZKDa2AEDnstnUGlvZcZ4q918c+jPw6WWAvy6ugcFygj+
xgvG05k6CrNMfbvU+9nLnxiggw5XeFSO2SYtfNYFlSZg6w9YaJm6FhC9FWGRQwi+98uHnE3Jda/
3WidPFd4eNlB7pFyh7Dy1ss1djJ7vXKTwQD97VbNLSShr7GqWF9CzYfzUTf0OjyhCKyXvJTjd1kA71o0BdMQ
mMoT3RNZ32EKQy/XA0X+dTPX5f6/ZqvLPKwqL24kHJ+/nzFfGKyM6h//UqXxM3e7w6zDv/
MaZgm0jGmaaDQXCTUYHqcpFdqLKI3Ax1MnmLFmqC0XvOcvR7yE+jspav1chzc3zuCmH+qsz0rPIb9TA/
riWHsSVG4mkSVrjNm2LBYnniYdz8LAQxiZ3AYgi569aQnU1B0k9lDspESdkzo2T5O758CheznL8+z0f/ALE1+
dasF3KkXUHAPCNI60JUb5f4cwdbGWxcmg7NRRqMRn71dqfEogyZWgFnEznC19oYWYvyHFf0HsuNq8BlXnKmCN
NEFyI0HwEgdbkLZhYKMytwa3999mSnfy4g8tyqxKJRqAReNEMLtZR/
CVTP3G9f0y29wlf9VBfhpGCfnBELIIPCtrphw9leffpVp5gaYXn5Ck5BfkPRqGwSgRiml1wQLXBNtksrfttei
BNRCpqVJh5W2YaqiNallQbhUXI+LSfex2wDp7y2fqgeMRoJAqAnvCcBB9cT7I4UyrF3qU6yfJUFdmU/
NXZEJoxGwkOcEX1OBvJJfXC55ZRp1vaMqenlErWJ7D6yXPDHdKZq7GzsICsawQeE3XICq/fshS+
P3DvcV1CEtt4G0CK3hCkCdesxOV3Q+
X4qdXzr9HcolrwAIkYCtBzNCNJuAbkpIaO2Wzj2xcfeMZvTv1oNNPIv0G3ghgXilhfuSLPmxvyKFvIIOZVUrL
bR28YLrZIkY9rUFUTfWiDB41vwNZfUfraUmuUkpqGrVlb1YQyz+lJLga/
zoY2EUWj3jRQtgxZqIHXWBX3ZPVLpRfet+U681jFTIUWeOmCfLvPN80ekY9TxQu+qNKuZlc4/bntC/
p1X748IhnnX81EVf1BqIxESKNfNNVVC9lbt1TrFvKIfBHBUfdY139U5jM/
C0OKwI1SqNCRFNoKFumdXo2rjsu7xfQYd4oRFumdXWqvWSxT/AzcOeIsXm6sUow7uJlByOc91P+FHCesvc+
wx9byUaRyN9W9oPDo6AqZ+0LrNlhRZtw0DN0/AwGMerzyc5Cs1w99+
WdHBP8rI7hoRmuBYI5gILxE2pDXbMMe173oA+N+JI9YySuqSHhprjShfEbdEvkd+
Llkmbjv08rvW9Jz0bN19dmhh8rqI13zyBe/aldkesxnRfeqI13zyBe/aldkesxnRfeqI13zyGe55Qljz6W0Tu/EC+
pSjZNSBcv9daa8tiOOdZ60/orD1uv2dNtCEYY6whuGLYCfF+
HszyLAlDzRgDlsea0BPhcRaw6tygdmDLPvRVdy+MHC/IJQRD0g5GO/YpzjAkVxAexIT1bWr7A7KLcnahXX1i/
iUfRNEMouh75gDapyRI0gzbwFSM+3puN4AvuXMt1la4st2dHzGOJ4xQpL7krIQMRaHxW890FcqG4FICvYF+
BCc6nTKOuVwMhIWIezqIX/Qu86DZe93viTnuTICJBcuXcL2kCrcIDsIHGJOFDzTRlsSbTvBL4Z9Zxqd/
zLKEGeltyLj5tRLDCooIEu5b5ZiF25FJ+E2yZHplY7T6EX4tAx/
q7ZiNbmPcObQN5HRdxHmULpNuxKQCl3g6g0nbX4XWL7y3djxSSYNC8wHU5ZYQtbLs5mmkGJvmhHnfl7bLxuQ3
pdarfbs9cegNx8MkZw4zcNm8Mcq8z+egXfZkcoAycTdbWoT0XgBz6BJlz/XCl+jf/dKOpUNSjxA9Z2NrT7DZ+
hlLmUQ6/+RYP0SQDPWyVX2XQ54JHoceApsSptmzfMuYVqRg4lPwApIgstwO28lJ+CVIHnrLW5py26zSPOPL/
vVatMx84TUVFxzJSNwjrQTtZHJrUYsFRJWIyeqjJPsb+YSGBZcQizE0NBuVmli/
lwJJklsjGtMAQ7uyMZyJweZS/gBOcAwJXHwnpK24b0AiWv1rpit/3/
SRhSrhBjUy6Rsbvdcail RSjpEVb7EHOOvOnEFHwZMdGyOH+4A3A4zwgzPG6mOKA11gEpFG5kbTG2/
SHjctv0pIWsz9Sg70xx84I6kqqNtlfXwb1u8SiaPo6v/wxzVZtx80ySKiAkGVu4BmPnsl4d+
lSRQDCNIDHEC9AlyVm/
rO83XCkulJhttMyEW9dP1Lsi2aJhRJAFOpLCnRBa7rxDgpFgVz9NLw9h6stPy0roStrTej/TYL+
wFCz03BlV25Vo7qs/85yqt79msUWJWniGyAP8SFOUX4+
runIcjDqrYyKA6mL5yRPxlcowQ1L0HuGoC4gAYi4aE9a6R2WahWxNC7iDbkGZASS+iyJjNe/
jy9R8o37Me6foMgBh7TNbf4USgPd3Nn7tFgAS2p/wnpKdg+
2ZTkvHYBLS9Y7ye0kYGMQ9Rv6uDiPWUGnW8WJlpkVwI70nScFrvZiyW9M0rny09v+yFQ0woF+
PPRblrJq91dxaxgGkjU1ijGfZaLaKqd2ra4l7PJZCREGJ6Tb0mH2NeWZ4ZPJ3cluKumxLuZ8z1Lcpy/
FhMDu4l33kIbQLSvC33Oxvi09pO3bEw+kVDNswgiVYr82FP/sEdlg3qfrqQaXXYb/
nXFVqgAET07xrar4HY6bvGSd/CgDCaNh1tr32i6lXet0CSO+O7PqNssxhhB+
lVv219YUu3gIvv4noD7Borj9toMlg04Zh0Rx1ghSLMwa+SfCe4mZGmqsueqbfWZ/ahjzGsDa9iej7f+
tgJldhgupjo5hJEnXObVCb7j7Zukt4K3sUWomACICtwl+12nETnrUl2fIEhTwX+
VeCzU8Mp05u9FyTYCqKdlzoeYAY1nHhmXKpNzyoq3Klv1up7xMfQCNuJBReyYpuLaXxhuGkebYgYIFKysjod3
```

31893... QMW8gPntF5MOhTjzgbzEnhGdtWM2dkRoumaRA7go7svilGF2AM+92RCWRPuWDC5DEFnbgAwfaga57T+
... K969xmJUKQZJ/wCyfgwTdOTGi+qFOGy4k/PXPnwurhU28sgoRcBC3Ksev/
... TFuPwBD4EvGEUuPcYJCdT4uZdLV27RoH7CmQx3CBXu9bW89qpyS82O5hvPyB9UlhUuE5+
... MbuRpm5FcKefMBIL45ViU3jOxmnc45orJjWkQtDfUAbb2surei9MsyybXF39mhx5fLpX1jhUxjFbPdEwk8/
... IaUWMmUYgPQUDXxnQMpIBuSTkWqXStEkiW7q1UzWDzaqSNNaGW2EuTcb8olkhRPy8fa9zlAOvRri4G7tdKR3E
... CKg2k70d4I/VlDNiXYNKr6/
... csZS4SliTWLR3nHVxfyVYvSovI3iE4GRg0ulG0YNyKVl1jrRwuSTCkuFRAqxzzad3yeUZ2aKxZDcvme/
... 9m1oyhGg0Z43VByVUQQs7d18+F/d01Gjh4ov6dgyhwMlC0/mfmOrSkitU7qfvL+
... CjLv8tGMbMUEwluhH5SqcJIHR0UWEHfabU6RU5QJ2kbosesajvWuXrbXtSo/
... AqGsQ6LZDlrpu2Loli4hIikvMfNvzCsWr8bLZQcuuO0TCx6b2Mh3qoSvXjPEJyEmxW8bnORvcOmXKzTOtfVkj
... c6XVkMvzJ245ZqHNQYEyu55/v/ZZbmDpjnenIfEkuTk6ztamqUSJdOZAk+
... J0Ts40pmre6uErdhT8gqgrQe1Jl8M4f9pOk3PtkkPOYcfvBGkKHMPjSIf086oBGD6zJZ9HgPj4dJrca+a+
... WfLfjckTb3GHIfwj7NltYrVNw3I23YVd/
... SGhlFCwyqCP7KCK34D8sVsMMOMuPSgblpapDmgGC79dIQOImGNGtX+jcaLh8GrEMqafFPAyvvB8vC+
... bZmKf9xGCvzsRbkb9H4+KfcSO6tYSt3EHOaq5IK0xXYZeNF9MyBNA+rpJtDvAyAoowSbkfXv/
... hcDuJLb0c2eSJmtazx5qTJMz6WVwginvoAuX2+zMktj4CO1pFl4vxk6c1AO+
... 65GeQtSSVKvFEjoUuFKU2yAFpTisGPE1mEOkskLOlrbz107KI5qZ/
... f76gFk97c3thXqH2pxQLixBhv9mM6FgRu7ui+/8PzeF8mZCbEZR9k67kmzcifQW8ciwq+lCou/PRrX41YZ+
... xTbLFeLDccJb23UixP6Qy8/
... cKVA3cGAlEGokiXRjT47wXZGnmQvPdPT5QhXDNOLxY9xgGXZFaGRW2Jmc55e8bTlJpBSuxfmhu7CnJWAdvZuA
... eeA7fVzCHVoEKXsp3B7Nj2tPO3pC/PGS0kXggfJd4hG7lakU4esJLAoR8rxLMZT1Hp2koG+
... MW1Ksn009mACxTzuz5IzC/iwjWPn9hEUSDyYgJO09hZJ7PbNEQ3C7FrOMxHallmcpDrUfx8e/
... 7JG4RUPTWKnnO4/qkL2BfIL1V39r7Hk6Yke+2+o1fcZSSVtbMbUI237+dsiFIlxgGb12+
... 2uSTfja6VCpnsWfHPTCtJY+meUf5alsouzwkD4czKYdZUFC59wllP+fqmrbL8kuf/FtiCIDSWqQAsipmEZ5T/
... fOC44nnPYpgKn4GUJpeyl6arMRfEFvyxyClGZRKWREsRZgzg8/iLx0+LLV5yAzQDiG7RpkG+
... DIh5x6WtHGFAXBOAwcoo8OWgpDH8PXarc0aPJl1+h8Yu8/s2jVLKtScXT2m/Xi+
... iuF8Ii3ZTXm2h725F0zSBf3B3WOP4RPKXkW0Z5Kc4LlNyRqk3EKr/
... osAvJYO6LoulKhgRoQqbIOFyIx8yxqRtrgEQg0T/tra0A0ldlhn3/
... aOnIS5OFc36rU2m7c0015AoW0Xzo39ou9zoOf2qY+saNnoXB+1A7Uzi/
... cIHs8Gp9tB2VWdQjNkwAjRd3ayQfi5fzTmNPmkbBnnUtuzvTgiX7/E5KdYKurAhELWV/
... z5s6H0uVAz7tg9uBkhGez9HFILR7a7TtLjRlCiJ6UPOMBNRMOa/nbwqGvd+xrWaNArKHugZ2/
... ePYlYBMTHqOiibME9HJJif+3N+vuRJu/yb3V6N3fSCaX1V1c8WWpG/IDNkHWkh/Z8nUX2NA+
... UTzIUN7MNXTUCbN9bTGhcFqPEoAdqCQ8Q2R2HJ622FpxkJ+k/AXhvXpFERx2xBlrMm1P+
... ccPJQbaZnMiYwDCsQk4dGfK81Tp47VaevuxyuSby9n9uUEKcaV3utLkXwZZoUd6WedDcvCTVdxTCa5mSbVm2K
... f5dRxk5XnK2a5kIGDAp7qKiySK8yiGeRihMCX7nDh/OJjUD0aTxKi5QF6pciSGuDDD2DW3SXsjV5ykOVv+M9i
... +qsBy70nrxbRnHACbn+JGcNs+lhlQu/SllAkLjSHCxyKLJcEo88Nq5pf15qBWETORw4AHo0ZlEezwkWopf/
... w9ajHKSzBEbfshUD7GqpL+
... PC2ajhAv4mIcDRqTyAUhP55FlzQbMWt0gQmeA3OF10d7u88GfvWxhuXYlfabxhuGMxIHiroZtnBq5zJUOlghv
... KrC7UUH5C6Dzq/ABXO/91l1kfuc4cwWVmJdUqgH7w43r0ivzt6kN0o8mocDIYMJXZXRo5EPwplZi0GF/UI/
... Jj1pUEEOGmTRVldc71Ndi6/PIskTwL/fqI8wrZX0GEaYvPlRhH5HG6/89oUEI0gfmEKubF+V9/
... tXHfCEJnhd4nh1T+1KS8rNK0tBcoc73B0qGvBvtnz6TLNCCIex9zBKr//
... tAUsRtKdeFNnhABKm0eEoZKlnCd6uj4yWlGIrh0QmydK59N/b08og+
... euUDAYWVhkjboOj6yQL3VSglI08s9I1Y9Mki3PkZxE48D4rLzr2czeiVfZl4yxXg5kcuq7uh5UxFuh0PDnJ8j
... N9Abag23MdnQjTm6HWbVNd387Bsb8NX3yoq4RlsNfEY4MDWHVun91HXF8mO2cX+
... AiPLras8WW3eHfgyRMQOMHbd0Z/mHNWPjz0cdmpVYSq/2f3opIsJSSNHNQp1Tb1ftogp8zF+VU+
... WjGG6bzW77sbYnuhwxzpDZ69FWnQTo2+9pAsM/IJD+9+qiiwwlECx3YSEoN6087iyhglTYCi0WHW6JyHZ0nu+
... OGZ+Q/G7a19jz4BwmYCBuDBDDPikQvSDzpSVq4cl+o+LoWVw1eoA3snq78KXHFdV+MFjXIgMQ/
... UT6PajrA7OkHd4WqiY6CranMNFCfYC55/5OsNBHtYaYqE0/6u6iCfCWLPS6VQzazt3TD93Z4Aka4C6ZoRo+
... UEiOqY5TVHh6lp5BxjF+r5ecRBnu+KzA0QLiwHMo1Xi2/y3ZQVAxWlm3Rr+
... o0yZNTZ5WtBSY4iK6BJfFWc6GZDFcKnDIaHwpqbnqzfqhI/A00q62XaYyL3Ai0cMOoqG26VU+
... 9t6gAUpLZTYXgpHP/pzBnV10NZKNTBfYzcnkDXSXpGbtOLl1buJRl/Gl4poNNw+a5BgCFKcTrD8OParCDm/
... eruI08cN+RuHDN2ZrFWZ33b9CcRQqcoNovLCwc4rEeYN46uFE28IMiqmTp6nmb16fkf9PU0kWPEpb7t2jg+
... Cpj/jbT533Mhm7I+LG7hQ+8Dgj4vnr3ni3ivVI5iNo3z4BeCeBiQlffJur4DTY8B2aiu9DCmPsL/
... 4iBNyukTjxkVLnJs3o3rjohrS7ZyQrHzLD5M5G2ZeqMHEpYyj9MDyslzfg37LO3AHv9GyWyuAuks+
... zO7AerPprFcT2JUDPKOECG1oh/8dckZMw9tgN4l6jip61FFVBab+3gr9eRb4py09ZgdbVNgfdehvSgT+
... FFGsmPPn6362ZN3FJ69yQc0vFHNXDBkJOUM2NUh7ElsnzEGKtwA2ImLHGYFfifkqm9bVnTamW3JlTCV7AYkH
... f6LRx8XDaBlPKzLRWM4dFrBlhlh+uoE/
... LUZBtX0yNT2KiZ4Zb5F31WZWRdvk2EYrqrEz5lzvrD34GECE2qos72w4r1eqcLt/bG2qZnm61NvYM+
... vTUybHUXGKt7m3/ocnzWohuBSlWCir91zU/ijBwSatdHrJOVGLu2PqhCNWq69tu+
... X1zcszuCcYrNXgdV2Lewwci61uyumXGZ/guPXFEKpM5TRemYNdGQ+
... BkFXTPctaM1MY8Sn0vad2nJvtMGZg6VTlZq1mGBaysJQr1NQpXfShbyCCo/JzO+
... HT3Szo46YeA9g3CLzEJrOO3qs/FdrfEYG4DjqDD7akgEfX4beWhqs8T6l6Y0/
... TlXdOSNcs04oUosMRhDZE5Swz9EQE+
... YOdVlzeTv4wZgJ6zO7QMSxYjvobGwcc999jmnmrGgFPEmvVwPFh15FNhWu6BKEeHZUaRcc+J5x/
... 6szOQH0U0GxshfgFO0Mpca9T0uq63AfhrZa3ESFfFG/mg3Bm61erRFCht3kgk6tgsVCcnd/
... 3buqQB4KUmOsnxIKNuyzL2FhV4aZymSVwsMkiGQVjCBjw8XOEAGAQMhp6kSu4yWjJHXJaeErsZYn9nBHaeNv
... qr/tLMSRu2CpLf5Ap4mbw9OYY1Shtbl Y0Pav3GUPcBd/OUfHppbu2/X2KVoT7nzrHbLx9OI90LllbBPlzKNI+
... kI7/yDtBOPmv4PKJc8+wM/mDQ4fG59KcD+jRfMbaEjU+OiGYYIOUijl5OuoZaLC2SzJCTAc71YY3/ptpwUtIs

+

Iw5KsZk8bSnJVdfKR7L8AjXjY4kEbol6DaxHK6zoyXo7BJi7XjFy3os50pXErL2NgY3f8NArF5SStqSPAOuKP
iw2QL+OtwzWtlx95tlyGmfmzMh+pRdQDa4/
xul8d4wsUGBpjLD7sgFMe4lasY156FbtL5xTS2OfiirOLIb2rywWywcAFw23qRAem5QrajjhVSExI8tYdxIQX
R2ms0gRlcce7Cthc5T2njnt+XdzAlnwEfrlYJBBkHCv94Fr0Ctnv3552DhYQS0i4vzj3jhl+
l7gxylDFmDrNG1xjG2lYfDAaEWelP/etFbw9r3+uft+
9R9aSCGzAtSRK47UPYxr2cf7y7nQfpq676sFwoR9ysi5Ef5/
a6Sd0wr3E2JpV2UBOf0bRNMQv4tDf37xI6SJwz6alnYdk9xep0tDSH/E0QxUPW0iR/
oB2mCPajpAPxHWIF6OuypcWSmPD+
kBAaub4YSbnz1LSBoagxppk00VlREP4mwKGwHl2tt8NdZRx5eoL21omGmL6kFOqxuWIDmw9u2D/
kqa0Ch4xzfYE0kBtD25WR0QvIFV5U8iSyCpSqDGhT2WoWnOPUd2+LuGXTNZ4IudHgT3HrwJtSIg5EY7N+kmZ4
+rNQGgaxEPh35qCImlC42EQIp2SHPHOKG67ZPpTZqy6x2I9losfAhnRPgu8VZM+8EUMr5425hSJ/
LWS4MvxNVPKl5/asvqvA7Ix9JHG95jAyKbs6NtmAfeEbgW5lkKF6eEN0630vqSgshuNTxErN+
TXOsn74NaCMw7TdLP4UUXx9KJ+nT+8WpU9i+q8hXeN7Yxb4VZLLnMpg9utOiAFjbZmqp/JrhrMX18PKwKuv/
qPpiA5ddK4vs5HZsSoDHJqRWHhaQ6jMY5GUBYkkBUOcenliDGM8whI1TtA3LwTNPxrwHGz+
3hvh13WTue5LLDND73DzZIE2Mfam/duRTfJKEpP6y6JxYB6XAYHdb6pXt9AtAk09I0n3m+
EBrCe57cqhescUXmQovz4FUQglwF1u6MXNjVjHkZ8G602l4S4EzXBJln/FlYdxo1GlQlGmNl2Fk/
fZh2Va86sp2GHiMFPp8LyyTCxU97aTZzX8NkUZySN13Zl6kc578pWUX7EFoZgOfdEsAgKYViKZpb767WIu/
Uzp11IjNjxlgiZzCwOHsl2O6oT/
AkDrl0ivYtt0avqjb5odBhnK2zER5V1zJDDK0axAurzvpH60YKpWMGEIBd3Bat7bwrpXhU6RTj3n0UKXDtYdn
OgMUd0MlARJlwex2QLa8MNdjAH+GX6xTjV6WlogZO2N5yJVMKd0mKbsMGyCCGTl46C5Q+
p7N3ENYEUID23zZUozsWx9gjU/cBDmn22W50jSqK6d3KePt9V/XVF9x2/D7JBIZN1pCntta7AtiZUuQEmi6SM
/GYRa4udiZEN7GVOk64oKzDHb2B+w5jr7q2D2J9vui3X6pP6+53Nd8adVB7vgMU4D10RR739Mdc0mF+
jwZ6mic37KusVw4cnf7gdiEwJYvIYTpVFtnWmh6EI7rHZUkMmbPdndVRqHj71gZnESSGfP5k5CuMq1zsrXPis
T/lOY3I7E5zMcCW9IiTn8SUtBr6+unBcc+bn3oC/mRRxUh7II6+cH83jCmZudzqc2pU/f6XTp+
8bZnSfirGc0Z1uHlKOFH7bT2Za28GDTpkdjd4tPGV+mDHuEJdeC+Uil3q2M9zkdpsJf+
lWSLku2iocnrdLxxAD5S8CQtzYwhXNMO3EXJ9zCFQguBzLAgrCoIkEfufAKktixmz5EouHy2dxJrxlsSF3er5
ZLwF3JhHBDVH4PLa8H/GATVV9pmeOdaE9q3vaQx3EzOaY3K6le9n8H8YuVBj+
becGMYYtA7dj1qq2n178wgz4rXKL3pDFTztsZ0ic7YGUR6DJ3BTY2knznxW1ueVKLrXSVQ6lI3M+
hUDQm98dRgRgZRhnB9/mPvJWrOwyXO4hyXW4esv//qhxfxSv2EVX2F6OXM/
lVJcFbzzNMzdVDfBtqYM9E3nDXHNM2jqeKiUjD6WV5VxFcjRjvWRgMF/
KMpwPvJOGd9IAzvIGYMUTFyrGfNbki2xrumF8gPrFxJtSOhLcz9C4Wl1C7O3Yrd75FqwkP+
tn2z9N28EJ1yYpdsQnPPnfhvHkQwEKY3TqCsNWytUD3Zn19mdoiNEtiWXQKCtWI84uw9JaHaJX22WEZn8B/
iG8i/
TvN00wha5cL5rGNcMAvAlftX1RkbppeUHChS1SeJ6LkDgej4wmi3fmah8MzFuJRKGx1ipcz3rh4ThTiKGNZ7h
+VqI7vfIMRga4yPSdopUX38/q26vNwKXa6SJAif+
3ZtFfMwHOkVkl5QK73M96bwSW8efjVrUl1DzPldtshOdFlAlmwTFcYLL7Ba8qu7Kqp4hmDyI1/
Zp0FhysQqEm4F0oYNayuyO+u8lutkzvNrXp4L2b1YyCUyJTzFxgTpWOGZoW7igS2lkz/W0gu9Yh9tfge/
rvcuyeKNGJAoIuGO3NmBkXfcL5E9rs7t69KIEB69ZftzwN7AYUaSeacPlhx4Mn53XQ4TIF6yoxsNM26ICsh/
IZiyCEAr35rK0we/
fSAfUAY8rd5yKrCHwfafKroXLVY7Xqgj34Qx4YzWOprWz3ebnvRVLokb0J8dpQL3YFE2IdZtICK/
STfMA3e2Nj70C4K9YwST+a3rll7EGJVpiW9SjfTspWGJ2Gq3OwuKOWK8sZ2hnecbTLAY+RL8fFm8xMwiuSvx+
bJRJ+Lc4ZOtbuUaN7icwr14/oYrtBQCfphmD+ZHalBD8Dbp007xqp1dhPuUmhbqDdvFe90G+
hgOd8SSjQvJ0DPPDd/
tqdIubq3P7pXGJmgxNpXYW7ItdtOxEMPArQkCiNwGix9Eu8Oo5VoU8NPMYl1bBIEUfnUXZ8jys/XRn4z+
D1KaA488qmTFpcX5GHC0zXd5b+vB4XIE4B5NuLhabx4IfemUB8QEMf36a4GyuwfLgqP5WkLURKGw/
ZLokttdpMxOTmYWM3PNDBBMpH/2eWb8cltEggszj5I76+
VMiuHhfRlLUGHVAj5ppnhIxm1btlEOqBh9gQjKeNVwLDYgFd2mQZciiCCVl6H5fY+EB4/
lnx1tmACl3sWlELrqvy//FKfVguGpxX+Rhe/
Em1FTV87IEcMX4ARRvcCWH8p9Uuf4r61qIke7BeSCvMPajz1px/
GMVEXMMxXQxbjThsj1FViIt86n723sRB4Xl7xcJ9Nhyfd8b5fs+
NBxfT5bjhE6P0frs1N9maHFchaIkRNkdq5dNa2UqlY//M1UmwDzTVeyjY1UVGSaO+
JX2FjF7KTG5KXZCItYWXcEa81ZFPFvI50MggFYG+pJmE4o09GWnu7gTAN2se6lKrXoO2/
kcdNRntrAbKA9Yrr55DrqppNQGM4z0FdXCKRQl/u1apphxXOR4t6v/QoMD6zPeF8HGbCqfhm3P8912360g+
XccMXZiATTswe4UBxULxeGP4p0iQ/yH6RtW9+TZvG5izFr/AsKqK7EVJE0PUgY4pVkIq8CCpxxJ0Qq/g+
z8IUftSfGTBwL7E0EF05q4Bn/6/+JRiosV16hSI/mT3wLoAmE+
ClNd360BrgG0ijCeAna8U7dIRelT8GINDocvCG9g91tk6Gj+gKj3Ii9CNSobgbDbgch+
bgZv8fK6E2M4Mq94UHXzQYW2QyioBOP/Lkh9UA+viER5w3wViozfpBAQRM35g9rP3heqSI0bF+JztN/
4PYaQkEyL+5SpvFY5GT2+AHLeRBonU6ywt0XDig6F98fFbhoQQIPyzRLb57TmnT6pbPWIXX776YqWEvOvefkcP
+x1W70MO/y7sdbwnkfYsrz/Hxz1tpMYB5kxgK6bxNzBfobUiUMW5wUTiVNl3vYnk4G3aFyHGSm34oTSC0/
ftZM4jRTJ9vdCLX1GwZ3s2oN/lKDB2C7EudV6SISHLt1nrMxYtwb33QHqkptb+mqp9YHS2qshll+XSX7+
V5v4ACMptHuGYw1M5o/iqjL7l0joD3Aq9H85UjK7z9t08E46nxkZX37vU7jsVssSAK9zy8Psh6qujIq1XaFU+
lDSQYss25ic2R5bAJygbGEEqjfkS0W+huGFA/dG9/
VutGAwp8yJskyORZrxNLO5V9aKpdRaBRsJ2N9bx7p0fUetj0saGIDXzFlg9k3LqkkiCZbsB/
6ZFdlP5UiFUv7wip/yNGSUzAPDnHS8qjQy8aWQ9+NvFbrZZHcUX/
yQeXmlTYwzLMcrBwXVGvQw4YWqVPZ8a70bl6kLFtNQSg+JCfS1mp4jaObZltGg7nzMVgURVPaqrWiQDFBZyY+
3h4thyt4dwUfSRHUmoxMb7dOTSm9kfxGZqTv/8olnrr1fAXHf3m4K5Nwm6hxYJEK4lu/
AIrJXtDL4TybziFaS6mgyQb4JkzvJ7K106G/+nbfNGKBJwx1/ca+UG9XyI5/LojWHGGoNO2Yw3GI9/lhin+

31893...
JZVtyxmdqzBuqG06ocnQsErSv1b2yKtFCe5Md6o1369CvrrWvd8Yo8Qcjgeu4470u2UVBSVq/
mMvTVbTQ0mLzVQ1qAVItWnqjgPUfA/30MExy8fkrr5fxTvrBWLxcQ9az44WHuNs3/bP5LXEe/EJ5QD4iKb+
9rfnJLiZckJ5ciB+jSOFdybJXMSs7Ha5yjAbrof7sC+EcPyegUKRttbsxobXjk/
o7SvBEC0U3rKP4WBCq3lj01VrN/GddC+j3d92DH+TWt7jyTvUZFmuRv1XLC2FbraXzipB+
JXYafj4JALdLGDqIoeRilxtCsyUm/ei2kot/gDNy7QNMrZNFlbTllkrfOakklrY18J8W+
E4Sa2ohPIIlApqa9vVhsffU1IuOK2IoxJBOBDzwF6jg+AFLcmMyojU2htdlYSeGnLI7YJSLusfHCjnI+
rfNWmIa/
EM4lYZh4oeHtDwuWY47mUScQXeWJne7ofghFhX36x92lt6SODlVjbaXnljNkJOW30mFr1gPs1V1Sdnj/Xp/
3GQi1Tdl6s9JSHyY+h7dDVlagN3wty5ROStkUC+UisMcUYLoeluCWLFsgNS/
KbdfOoma6FnBkuCTAnZrfkTs10sqW4D+NubE3K4ZpHFSdg5vo6b3yFHpAIoOKPWshOjb/8yqFR+
D5l8iIgD83McLZm7AzT6G6Mk+/YxcFeTgAhdSt60zUswmj+
nwpZFy40JooCAgoVCaxHzTAOlAfuZtr775jrthZ8O7JEgrsvpKChADtU3vLMjXEKg3fQ7NzJ2VXuB7TOZBqcs
u7cWYYKQa9lsBajMG4hZyuzbhFre1Cic0ezIIIhu4CdOv6AW+xFnhM749DZO2e+
cpExYaNyvpu1qbAwM4NFdTPldpksOKorJZjkNJosmTkJQ3pZ072IjIxi3W5Ql0OvheAr4Y8d7FUqOG6yBkZ+/
SCUPFDrg+JejJ8nLVw3RF4Zixx2dB7lzPdci2NHuHKxswYWCKtOFROwsVZYZ5NvWd3wp14gS7EvDxzIDzp+
HA3WN/EEGG/bYI5axo+zKeiwqhhMA2bGOCfebI4Q5PrUu8vBtwBtFKaaT8dc61/
8EdMdL72EcsStnnMZOIDjW3ofyDgpQGw3m/
LXBpCre06vYsuIRc1c95J2icAjB2BcE8JJ0DcqVx9WGMGw3wgSDc9Wma+d0i2C3N/rn9o/
nxzxiBVo1zr9h836GY2cYhXVOU+oAeaFPydcr0EDVwMJlDhvicj9r2H/
VpclJupoZVSoDAputySiP7EzeXbeoJYEK1Xb6JUmW9vx37kEB8OScMo4nzxDRTvRItnjzoUR6lcu4I0cTqgfY
vXUEGX/2HqynBgz1ylLjJytPixqhLsn9Mfb8256h1foV+6gzwxr7Rfp+
yxbX0uj0FsB9lk5QLIg49Xxn8qDjl2XGo8OKOydRdHDY52o2m05cbNRsjKVQajsP6zoRQ8/
ccMxsIj6uDnWMiM/2cHk8nCwePySPs4MsSEumF9r+/
FQrR2UQlcGm3B6R6iO1gop9ydWWEvc8OwDA9zY8iCjTU9136CW61/ylHm2KeECxX/
ZW9RozQRcrZEAVPbPc6Zqgcz1kyiqDB2mOpcEi6w+xq+VdLzNHlFBfCkGVxDf6txqqAZXF5BXak/UKAV42+
VWFVXwC2ml7vUoxIRvHHfHDPUGIUWkrBqHCdTOpk7yomtGUirz6K9DJ9AuA0tm8ATcU2j0Vy/
vfvQp6jWhlcHVYgxb2ZD1oFnJyepEaBCmpBnMAs5/
RBGOOHsrOD5oKLQSrbTn9DjWnQouenhEdXFIcRg8fmPictA3ZtZoxMwXbFIOBLE7/
cjEFmDSKVC52hnBe19zSdpK20Lx5Y6fMU5hssxXdWWASUnPzGQ4XhgnfPDouKhAnwz0rlELeMpUb7sC0VUvBz
Ska5CaBggi41HgGbDuse/yiyQwVlLXe4jbavVSFR5h3UEd8GEht5zkj9QKAeTOOi0LFFmO8O3JOSFFb+
npNjPFAZOcQ/dVTFy28dWdrFcnB+
ecaBDhgVbS5rw1x0qHmCQXmtPTyje6UKjSMihwxLydrqcGswHKHO0UzXoa9FuZYfKJOGV132d/
3Ceo3ZMNqtmTmIRDTyRDxtw21MHUVRT1O+HsAN0K/M0AKsLsHixoA4jlSGp8+zd6wG+
Mn1UE0E4tOPSQvOpg4jQuMNcP73dInDPOnh2OihrnQpZ//2Xrc/
88pdueHwDmiVmRX0CojAeSFXDDRr6r2Q6ZzGQFDnQxIbcRzqhyrhvbg8zcV3ZAbHIKAMExPuFuKLHPsxebhoz
OJrT7Ie0YH5tNEmRwqjtbrKFROVozmawDVT0xf7InVyTbGAGJSFLc57HtJfOK+UhkjUV37l17ZOMv1Uev9b/
auK2Xr4+
HKxDcFwY2Vidf2xWUcGkjGJdG3i6gtHF23aTo8BmRghbVnxjrrUyB7iKFqXGP5ePH30loTphPiUw823i2Yxoe
dqQ6txK5Csz8jEQzTiTC9c835ECxYysQkXNAlGzw6AHXm8xasEooMq6HloOI2YfDmE5WlXAuxGf8EdFiG83Ns
WOO3tL+shhcJg7BPU86RKb2M8JNYIRrnru9Wu+O6dxxn+
RfQzJ88wWaQwzh5AsZVzO5KNZNK9mK8sRFIuBGKrXagC/9SbwlEJCO3QmXfcq6lilLpU+F7GkSde+
vaSuT4Sy2WMM2OBdKd5QtpUOb+nLijCtPldWu7bkJrIqwtR12saXyDre5Crm68/
0REy5o3YR8cuvA7rzW9diEw00UczyTr2iRlU1TPkOSq746oTggyM21zQ3qIpOFIq4JEEWJeqseDz4pa28yxlG
vW5QNr/+RwsE901PUHu+i6aLKOJ84dhuRNRD+MqpSQq2Dy4e/
ykjh1NkO1UnqrFFSYnDAJj6JbA5pjbls7dpVc2fZYY9USfDWcHndyvqX6VMSfZzq9dS4GOGAYriRmwlrFs/
X6vjq2AQEr8+RhhQYClAG5te3B35nmRSKxAurPaZ58S4rYRNmrdPkdmHKwSvDD9J5lr433L8dTFeRlu/
Na1eFlSAzbcFycOu9Fz89+g/4p/4ppwpVQhLvCjdFvu/ouaxTIo3zZsU4rK0j1afKdj7qIu5aZG/
5z1jgvPQA97jIUs1hFh8s7jevuKR6oEbKubhKJG7PnN+JHN9fjm4O/
ptYOI6uhszrr2rIerF1dt12s46ma0RTNlMwTo1rxaBDh6XDX0Xezg5Z6wl28jZ98R5lEjcc1Ab3WYtCYZr2sW
Z4oxkT1BMV6pmOmczDw+YZi1u4RPZxDP3s+eJ2pLmxMK4jdvhFByzP0cFqlY4cUnHMUznd95YNODpJYx2AJ+
f19R1oA6S57LYUSfcKGFkJ325+mqqft3XgbeCkKY+74fK21fCVV/
h6dG2Oo1cSl3eCu3F3YxjTY21RaKGrdnu16TVwRWOgWbXY1NBbs1Nv8E+jRWU2BfiKZBVBxQTyrGlyV1/+
XrydNNz2HnCsqyuVAnOP2s/YHGau0XHp+EK+vVmICnwoGNbouSb1O4IJWlThqD+
Ez9h2LzTJJBjuUqGj9cT5p4JI3026YRvuXDbyh/KqjfTyyrmaQXYBONb/HDc3u1yBPv++
gKetN9VUmdUx60dmEtmEaQA97ms7wrf5M5amwLNVpeqR0FbkiBNbytFeGcCnqAwKtmhVSnpdn5RN/
99FUn7JPCVHT293MXLx9WTXsedXifWYJvigiMf16vkB2z1/yhuD8VvQtSwgjoc5yUbz2FMthv5Zp4MRYw+
d8o8hEfKWL6CW1q01cG9VeabKL1hdBRsjX/p+arDdbbgkSekxOdwowCW4cKG+
7YnAGSsTBN0gbtRQGLpHh1qIuyKx0w0/3MplZkZZR/++
oY8vXnkUzkdQILwKlpQ6tPsabn6VfUS7Y2hbFl54SuTgaKSM3qgu/9F/mrupirjJVm59aBhW5Jm/
m2joS0ukEcTTsDMDZA6C6MbG+OyQpjUMNOKHlH9ngqqUAFDcfxGtnQsIrSySETLMqCPMIP+hpLcw2k96ftPK+
DB7osGRxozWcPafGVZj565/2zpVmToYZNhZQ7+AR+N/
AbXrojzc8HtL5hDejVY5CXWTFhkkKwufICG1eDjGHpDsiEq5QiQl+
3fxo4T7Wi5i2F9inhlVhsXuXTLrwkA7qGxymJVL4gH9MjMq6haEHB2QSB9jWmYlQ1ocSjA0qux0H/uo/
rf1e0f8UknC9izuNwmcPbJvQDEll5skh2tLKDGkAzN1/oLHfo/
nFNodlHsK4qhxKvzHCdMtdWIqsStzQXsCDKPhyWGKYBuRjDWCk+dUzCcHgQdQKRLpG+FK7ekG6AKLI5xtp99H
+ql/rHVsexZXuupGfSbzq+HCPAzKp3X6qPWBsoYX17M10DfukaOmGOJSRWFEvewGu+
PteKr6TOmVwJgJaMXHJVndlsmK4Bx9/LddGznha8ySPt1vqZxkmmKyqY/
MavAJHQb2jm6GYn6wH6KDJ9sPLAykbVJIIDb1iUVEwU2BM4lPapDMN+

P5SWmd5FuXx4M2veJ5bwacHrDpe5woBFP0QSPEBFzsG7+TVzrq/i7Wlh9eWWGe48Bs9TRYIYxJoC5a/
C2T7FlmEe24fD1l60voDuAyWt/MnFk7vUgG02Aosqk0qzt6+utHdpAKeLxm+
35PnSD6dwCMgvtsoNOiQ4vuqTCqD04RVDLgIZqHPya5t2mI0F27pka5Xm6rsC8TvjVgal4U/+t3TpU16pKAvO
/g4Aay0jgh/vcx8dLacbveuLNL3AGKp11mbghNEb3yQLexHM8V0LA1uhF28Bjg4/
tDZA042ZNMe1XMsaw5ZD99f9Ak7Rm20ij2O/5brKChrsvpFQzAv5I6pWYLO4mFxbLSZ/
B5o2StAVbj4BLe5xBvT8qabRUimUWydAssXSqFUeGI1DnkA7S1KdHchjFFmv9deGGHmWSbIJ064AS4JgWTDnp
7ndUpyS3Gx0RhhLXHiqax2kdiHQZGRfeTyZ9J/7kRnyw06vXzv/
68RSldFDpJIJ9k1hg70XJMy9XhZ1Ac3Lzj3dbHpl1NtIPndDZEhCPgEohgVNV90KhQqt+K1hii28VZ8wkg+
vYNV2EWhJSpKjksW9q8pPFSCZg74bXHqnKIbOGFiHsEoIOFperMkLA6n2/9FZcex73WikpjQF12MZyQIt+
tAZsAre5TOn03Rds9wSekcPVBbhCbY91ECuWsp+QMlAAa9Zns+RWonV/AFY8r8b6LzA9jne/
6plKGl8FEXItaxQfoEV5dOTgmMjssRR/9mxhsodidY9i+
QDo8tNHwRNN963EUnq6jOnT0pJwM3hZWDHC0KbOcG8hEaPKTYuYotZX7YUHFN8MsuyZs8LJz7/
jHvYAWZvcWLfIm2p9mmlP9ymJFGa62tm67aLaAdBxY/q/h8q+
WhzahTgLbrWp16zytnsGHM2PwBDpqpYbmv76khE0zieV8MuGqalyJHPVO0xFwDfBJSui+
hOvF7UZ206DLnqc7PP8XgzHMWc9UkkgoJn4PZ9JXP/PQnIFMR5QpzqHs/bBsRGTqu6U5YxRZkg8X5SYJ+
31yqDluls6Lkf5ZoPnkaCEjx4YPKZCE4R156pBO2igTs9NiB5a/iDwFxHiU08LMsQhdjYj/
MBDVByEbd3b9NpDaj1mVzDiN9BO35KqWQukdxlmIXbkzKPSg1hYKwemmD6NE3iRYpEfXKhAbNxxg5So1hBPmJ
wCwqOTmwduBLO8cd+it7FwAiDq6AbA0YJjJ6c+nsRogICHZXxgSE/E7c83gXNR8XqYVDOurM/
TpgeI7LT7mC9tV0mkwHThPfjWnoaPErWpdS/yKuc01uMLln4bTaWvIu/
lqL33bPDSFk8hHItaGtkSEUb11GiBQGkIkPT2s6YacMF7XRJhbK5xesMttnkxMLgqjsoHsTevgS6nIddpEDuJq
xVwq24Nr+n1/0Vd14b1WEFTWtKREKmvzYXFH5Uu/KvOKSHYjo1gK2b/D5EY6mKyP/
OF119jM5h8FHKfpyw8P0gvGoAFcbxMY9hmvaSYoLDnQYK4ER7XEmQ0WafzmQLb+kglfbH8/+vRHvKN4rb+
tvDpn9k8BioQKlQNtHTRnJ0Zkd9HHK81Zqet5c5cEfonMdkEa7Lnwwu+
w0y39LTmIsrbaVUuERQ2GbLk7lFusw1IAMYyP0Vj52KTVDfyXdpFJXlCjNA3YX7BgqWIQ+pzOEKJ6RuC5A07+
n6pFAibdJFxa3uIFsJB+a8b/vDxxKL/nCNgsaPhgbFJ/O59V5kZ8Sb83zDTERqrB7mkrTYs63q1bBPw/
CxYPY6cTSBf6nkCeoYQ1b4oTb9xwKWTTCQzX9yKrdLS/JXzCjYPfJpJymOjv/KV9zj8abVzLYWH+
hqGmNtaA4qu6iJJdPa5IRZxcHKbxi6SYJml3EnI8TsZXj5FymMScibmRgSYSY86cLjGjWNumA2IAOxVypqjRF
MMNjGoKMS3rzuYcoVXm0I1I67LFMGX02sTU5pnMI8zJNTOmLkofPJ01jCQoDddtog+
H0PBO3BHH0IxnSJ62kEmwnUICRorhHRnUaF5+V6IdwQCOiP0tLPQaj+Tw7cynGUooFXoGYwwtxShv/
GpgtndEVoh/8sgcSpYyRM51kOgsgpSMe/KNk097U7+PYttbzqNWxaD0GOOZ+
hbDGtFOzIY31SidI2sZtM21wLQWfu3eQXfvHrXDkdn22s4+
5if6TVhuTYCxDntmn1wrxFKq6nBbWX9fhUmuJIzfuBCm4vKs0c8clwMbArkZ5o+
XAJMRp9nQ9jy3ZSgNaNOJZ10+HEWJy/pVNmsvYVoqqUePEYg33EEKV+GcBxiRjib4DpC+
LrtQw8W6rgEKJwEOx8thQHAIUgWOTU0Qy6wmZn+z+U6cFcUl+aWtJ95SnP+
9LBWl6dPdoqnuO9YsUldb3QaljwxsBf8Hod/
Bqqxcl8uPQnHGbu8hpJbP4yoogvao1nbaLgcDkqEidVeJvfM3j+hqj635yZbfx5fW2kvDXRn1e+
ebBI86iDnQtxLVyzhx8WWmVsFtWfGwB/ShL2Y8v8rLBTU7/ksqMKOGmHRQhH0kBBA/
6G1aC6RylJ45kdZCNJFMEgzjSMdiIqWfuWN0v6MJcHttSpVpi4Dg3G9SKuyU0l80u/
jJvk0xOFZUyyQwK1NsuMR7/7eEoBuCTiMtyLXv/feZ4/+u7YrYmAdPzy0ExSb7djz/
hnELG3rJmk9wFouL8KsT5afFcpF2kQlHrry0Uafso8jNJUet8/fQ3R9tSm6gusw2U0+idW0a9dweQF1/
UEx3oSX9yFFGcPS2NMRWfouFx16jUnsW2mi/hJkII8Ylsqn7M6SjCA1/vTZhNNBm9pWpyhHX8RKxVurINf/
yKw12SyZLRgYoGRzdj3o1PHqyL6BqWmtXHcd+di0T7AIS8L1XMu6xJVJB/+zLCWmRNgDFLpqrMQs1ZtTF+
6FGTCD51Pp/pAnfUdI97gkfGo/
mhlOaigWyzB74aMDY643FLedennRsOX0mdDCRIZSPVK6ynkLlFYnHO3eJ3AzMhgtd4C8V5SIkqC0CxorEezBg
BV6/DMNkZRFGyOvGByB4LsqWGHFVWkjDjA8xL0dWyMEO41/hUPMeZIbjfKnHLGnGeQdfqKJSXnk+
8ebjtDXE25Rr5bVcG3mMpRi86IZ851ao6NnMcdANYgbEXonSBXjOO7ZXo78vVQvLY89m+
kjeos1ZpH9U1vWpM9QoJc+
vcTRr3W5Cw4dDMR8XyGxkHWX3sj2v5eJmDKrNkY6tvsKvTRuJ9pwKdajazzQHmc6Yz+
FGQLZkvwaMdMBp28Z7fBX9VEMuy2Xv/TJwpprSgjcyXwCwqz3gdmr5yPIDl8uM6b/LJHXuDvr/2MNYC/EcK+
ZTsRbBmH5sLKhCq+
5tsVpHwfgXQt001MZo7Ksta8zLbwnMUXOaZYgIPkp6UXunKj49mq311kD0U6ghIlHJ2qOAsLna16pukHxjYk8
ciaaab5Ncuiig9PKzw2nZfjhjOcMN93LTHUqalWIQkOwWlEyJjZmDAn29SqnqbCBSMixokS4Fbt2YZGJ32J+
luX2/q4pOaSftR70PXbzqrcU8dTgcvlhtUg5M+LNfAzGqu6V9BXMi5Kfuv/
tGaT40HQJRvVqX8vTtO8zr5p1JNb4bGRu2vFQaTbQrXGc/U1m6L0Bm2m30kIs4vdd3p31Wz+sYTixY/65s/
qeGCApJfFIUPvSPmcMprz9G+6TC71ZCZ9o402y8nNVpqwBZXH3Khp1rHTk1XDLUdXJdkf+
YCV4MqEVBOIu0Z9UDwmI/mFTSYkqHc0xfEc5Nt6tPJLhSzmQIURN/
s0mTysga4B2xLyKnQq9Kr8UPOkBQqm1UGJ+qr+Ww39GeKmhzdV+
mvvlkYk8UQu2Fulit2ZBNqbJ7vBseZKt7M8r2PLcSeIAIZnaFNeYUzSpRQsvvNFxVkfyi3XGg61K6WPzFxQ6w
YdGML7zGB/fnA/x0+18IqQFDVQJLjOtZ6pf5ZE/
mfIhA3iPwUWC4dzSif9WaXgRPRqowg1JxJsIH1Oyo3oxADBqxt0j17r0nM8hqxU6K88wnVDaoewLHYP7WbGrZ
oz3oikEVa9YSb0tXFaFDO/ztHxq/
BpZJsrSOCV1QraJHQCt9tCbbMc0v0I9FaW2YLGGgpyocxUv7HS2XA2AYXi7w5N4qAL1Y3Xyzeb/
9kTEzYtzTmmBIUIuBBsiDa3UsNAAAJpGX6OEvEIC/
jSq1CX79Py8BBKuV1Xpog5NU0COjP6Y7GMvvKcMpbG3ISisjjODiB/1F/C0k/
tnt47IugePD8rsXdv6q4xvVDYDBrVa/SvIV9UkHd62RYeBVBVGeIhEcc9KWjwsEumf3RRvEYKkiZ/
zJIjErUqXGwL4AGX4GYzzNRo4MgwqutXHBTuENc3NWoCEw+CBf+QLxiXf46NQG2i+hVDEaqQb5SGEEco7rJGQ8
+VPulda1krKNCayaYwse3tT8wszpfGVJ2tA/
RFyTF9E7hJRH62wOIffsXKEElIE8rwzHzTTunv9syDechIyCpACiWC/5Rg2Af0DzBzuY0fLtesaOxMikNY/

31893…

ODiVr8EczvSJewWaT8oncrKvRTaZxm8oTpYrCvNoAoEEfc/q1ZpmIA9ND8Dxxe8p4sHudryWoffujz+
ENMjEf98Yf/aLk7el5bKEcuP+i/
sYfdjjjlLRrlte2AdVFQL5IB0hu7oTUxkZy8Eu4Aktx4wCDwqeldWyr8vMvwyZmOTuyEIWO4M13PZZn8uSXzD
0aKFgAqj1pzqwnt0YdAmlr0105LksX8On23sCZi/5d8i7UTLw6Xwc7dlGDwSIvWsOFfbQKqbePcvfD9K+
yz3aeF2WBAt8VQ4OHFoOiafFmJHhVch32kNUbMNlKkXbd61xD3PMDpPyElRcfTeY1ZPa0rIbqN9hIrMlqt6BO
IqF+sGRsE4YoTkyJWr86j0lXxx69ss8nhQxEKd9E4pHRSktfRig6xUm2Cq8qyAzDz7bkY6+4gJ2pfNbywwm/
QzaFxIs2yPTqTwyhzjuW6kxXvJ1TEy43GMKH7M2xH7VQYkSVi5xvp0kY27s3GKzxvRkrSDNXFHm4QhaTIQWU8
yMxlp+NgcigOEOs8aLmUjrbd6vqt/ayazD/j6E9QaMP/MIL1MrTrVy+
ztmqgOvRuF1pZjsm9mrx0b06Jnby8sbgLJ07ATjhCzqzBIJ9oYq5tytW5PfsWMN6SzpFeyiZpaq01jnmkh6Wn
Ktv7gGT0+w0A6l22kJAYGcMHoRukXfzvgAWqDP9/saNAtU/vzCQpKdBezNVeXZmt9b3gMNgNXEUep/
Eh4HanYLkAHSCnabv3VFL3x/B21WrM1KH+Y7gexlbBAyS4iy+GLB9fD8tvT/
imTNwSvIOlgkYFL9oyYAmztRU1bRmYRkbvDxbuAPiPI+Fu0XaNwvWA0dq64te35/
6sCm2EZkNAjNq6qGsYXAinrOVFH4qEOsOtPaQXjC3Ru/cnR2j33PyCgFwbmnF/epXdavfnZiY+
7rVUZsur8w4dqqeHtQ9nZXvuSczIZqkQw4XWTv5+R6LCkyXzkQT6wVEij3tWOejC/
i46SIAzeIso6J9u9ykMr8hVB8uJqVC7bW8lrVwDNB/5wGwSgnBC+
yg6ufR429un9OK6MAlbK3ks7JeY6Zbh2AlN1gTjLUlTBlDD0ebwiYQ3bIx0CDS8Vp8u6kWb6YvAO1O/
1YlxMsSfFUye+If8M7mqCqP9UzctFxgiCJgR9DuGRiF98Vmnpzdkk4/
2rJFWeg0GXETlZXx5vFsYi4WcOnhrKBlm1Tg9rAcjGx7LC+bc+uNnldt/
YXEWP2FSHHeJABhpqXuNbWYck3KRlin9vKSBMVou53a1a1gucsaMQ9r5qBGmLLVJXjKwFpoTbCi5/1EhbD/
vCmsoiaqfYPoGg+eyDnVt3tFJPkbnBP9sZVDhDAIhxo9EwkTxH2OzEgu/eMQZ/
HjpHDN2IBeu4279RyHwh1CRG8QPDcBjkfUxyyPg4hLtUZU/mqz/bjD1hay+lnKWZnXVmG+
3b2hqN9J4r38Znxue8yRTJmo3MhIoBkqI3NV0dkaBA3HTkZ5p5WMKwi4pMUMtuxq85M/
v9H85t2zgwDTtQgK0kgRr+HZR+NSfDtBliYoYCJw0BvQ/t3Kn9PhBPLdAKk46icjIGpOCQch6mmGBxzE/
92m06rXhJP7JFfJTNann8LDmHRH7DjUD+MuSxH+sQNfg+wJXGgLLX8EAhhsNmYGp5ylVMX+
EgbyCJul28pVwd4l5jVC8gDLs1QxXHX7ABiJzg5Hdfp02UFwVkFf0AT4opd+WCgNwiNhRG7gLkr+
p53Oh4gtdiyiHowauTjI0g5hK4qOrTUFcOmf9RGtQ4rQ/dbV7OAYwMe8L/
5HWkcvMUpvrkDL2ovipRP9YxP60pO+iGpk6eQBE100FXu43ga9EUgsmZiDB7v19sgVA3/L8x/
V9c2KwoszXnkcoKF/xw78U5kRY8L2tfBrD9joeft4r0iore6l6fo3qlcA6dTY9D+
lGCO76tEklaBIpDUKjab2Kw8Api117jCcnQG1GAv4YgriKvlVSVng5E+
iv5tbKtskFwS0IodxiIO3tNOTNxg0yrATE2P4UMMODf0qa7Zbf8vx5SP9dYzEIHuXYChFajF9LTahAosJ1rJJ
Agww0JFTO8wT8yByXmr7KIwT4t387Kf3lp6aUe3WRAgjLXDhFNGmSuKUpWOe7M5UFYBHfloKIEzGaNlF6eZi0
Hv1IVHHq4606d24+ieK8tUlN6YxI+
HEPJLhF9EWvst3D3ObKTtw6qTLqy0ENnvnrROuka4QYRkqSLRcRpUaybzhBgwgTcMreGPV9pa1zuFFVgMXE32
PAHEpiJSAwV6PMm0OwK4TYEagPkURUtF2xf/
2hN6ewlzBSLRbV98fwksI0fSuAZatQNzL5oU87Sb0YJtf1BHxTkpfyaIaRaqGDlRyA86o1w2jOF85jNmUGf6c
zGuE5fCJ6Z/gNcewN0tGRr2i8ro77C0s1PPfjUsJs+
xvk0D1BrFZepmvG0vghaQCdN1bygA08FrIVI16tvYYgqWK5jSCFFF1S0w7lSeKpoF4zNp3I0KX/
VqBXpV4HslDtTJgTFKr2keTl+wZnoYr0S8Vk5iH/50DSNQbtMLj0aYzczmyoM1RXQuhGCSFbeHIJ+
DkzB68aoZf59bbtt8PUHIOws17gh7Ko3Jc2VKicKhamjVjWilHg2UKcL7iyMtRBeOZaw7bKqKLrF57h7767PP
gXs+
JeIcacdzcHMInsbQl6NVZ53eKT0jp9IfV9awJfiMm30OUWzwaa0oPZlAlyV8sKYLOTqBFz8DaF8Jd4YH73l5k
yxgIa+bHcxQoqjz4fqhvCEo0nAXgcJP/
XQ0PgvjTaNS4W1YGQXZcUnqfLbyohsd1U3UEM5iJ4D5FD4PFHzUrL4tUjRAL3qK+
CTBaAHESvJBhFT30QWZyxBXjbuba7QMnmMDirZl0C/c80nyh/
EVIdRls2zWxSKt2ZEoG7SHSyIGj0ltATFppb0oDHEz+LN+
CbvNlSQZ9nm8nBi64qnBJ7M2BgQPUtCgyuEJtzfZ3PTdk/
Xrxqn5RG229oAiaXCRxs1A7ZQVQApbsZmL0QqZWG9jA+
ZLKWiY878XTBvdNJ067J4pTHl3qKjGvTm2a9lOYF7kCUzE2WCBoultFG4kK+
pF1obSz0G8yGQNi56fFjVlHH0nms1GoAJ2TueyiZVVxQqUL3rJ2rQE2j4PazI9WyrCUIosjALVdwv6kHIll76
NRqru9Q8URnoDgtC7AResiX0I1FqbfhqsH1meigDH6JUADz1NDo28Vyalx/
dS9zmfSnHNeh37D1FRAFj2WkMhBV6wSLxBPVeI8rgVrWcOgdsC1mjoQCKRKdT6+
l42TIGx8FLUbsf7BKO0yvIsipryIHIO6JlpOwfKT8fcNL38scXHdKdp4lZIOaQKet7QRsLnltkPyqXXyeg+l+
lpTIYZZd889pXQ6KMl6h5twOE9WLQiHcLuQVJTXQBJvbnS2rnSaiq7ayh80E0TU9XfqDKXy9ouqiybIs9LBbb
Hx0SmpVc4+bl58+zXlxA/rg/lzSMRxgYr9t80hqHFQ4HWL7ZmbQRUaXU4YQ/
LaNlIjfFR0PiXLPOpgyXrLmgaPbXnW5mIoMgWDGgKs1hgaDuwwyAKlFIAqoBbj+
VwEMOXR85umIeqRFT586a7a+5GmeVJLHuNyqwNM5ZAarXudIiM0VBv+
aggtTYgxOsXTdvdrdI8YrIUtrQmnmecDyUa05TL6XZI2EdypJw39cYEXPAZT0BvMWWrhEgbSf2RJUauQAk/
FsCYT8Tfj0Q7YacjQ7QyRc9C5c8hwOdz+u/eZox8IBmpPFAGZ+EmHu3kyki9gKDKS/
djWla5zNynFqXArThTPuMqrWRgGU9wNBgAtFUZ/fUnWKNrJ4kcFQpHKyGHU02M8xzaBWDc9sVolo7/
VaTdeM9nU0yTFrEHygAAxOfZBINnxo6oZcos/L5hDez12sVo0bmwd3xPPO9PmMiFT7sulverryoZYaEa/
XD61kGATWP0Jqj6o1eFukWZE1fh7xTTI/Ont26bQ7b1nMHtJk7lfbmhsVyJrhnkv3v/
mjpB3chwtT2IIcd959Tnq7FXigiZGcGzdOoWQBEdWk901QpJEW+QNJjFUtKXDiLVoy/m27//
r76cD7ZqBdr78DgIpbapyemAxAiglq+Vw8GM+OoPjRGhRr0f7TGCcGUnGDrqO05HB84GWE2OY0d1eQ/
NfYIEB26wlA5A6xWUCvn4yfRa5Yy6RgJXFW9EYiUsFRo5kkwuCt+BysbxAfnsxLDsW+D+
7iB8QCu7AjhwBcvqnzpCNpQixQylEF2vDiwEzSmPbWaHt+Zw+JCjGBzeDb0HbCHojvZzyrm1BcJA01vhy3tD/
BfTS9AKeuYOPBDQQzZBTQK8mzP94Fd6s7yFFCQlhLLlh3Gf3cPXcg/
h4TC9qmMx59Zmi3w9jEPKXsJOxDSnasTF2UAwowTRzrrdae21cXO1eL9LWX3X/wYJZCp1Uc0TXa1VV+
BeYvS06RnvGTUeiRbGRCWayR2ZfdAOFpohI/hYFud35ovTx8RpQfyUq51XSrmMHTzP73B4/

31893…  KYoWvese0gXcyimukso0nri5cbFaRaILHm0ERPErijXn33cadoVygo1QnaI1oB/44YoqU4rUTsG0MV96U+
…  46u5Vlp8GXOJu1GImtENCh9g5Wxc4UZHv1k5+puxwYmX0hCQwobluZb6Stz/
…  20RoIH9wNX7aIaA0lCWUav6XPV/vZ8BASKank2IdNJtOH0ys2+
…  dVQEZFobxyohEf1mC8JOYcIof2qk4mkNTLxYZa3Td5Wk+oiZtbcmNCrW8WeAl8XUXIPfVN7fL+
…  WDLVHLQFiEBys6d6wkPxObl7DZdhOP7rx0Fy1dRt6XoNH/QQKhKBiPA/r6BI+
…  54WeyvWOjSxZ9h43cWPI3Wm4jKMWh3WOlNyxta3+db9ROWqJYn4z/Y/
…  hZ6xnveZLDbZz408vMPA79k7Es40owDxnicFFXiLBn0bW4btYppkvyRjvn57K3xS+
…  hiwwCa3UkmEQwbs96CfyNU9USXrqZUM1ram3epIfB2urb09zwh3z1GnlD8A51xEzcO51r8NVsbhpgGnuCrJFV
…  FAh97Lr/HuapAJbf61eqkYvSoTEtk905AP7BsoL/bE0quyyP1JXKEzX8J2fc2POYxpPwaIv/W9+
…  TtvoJGI91hZ49fDqWywXjRrn17YJa1Li8OpyLPo7d2sSRHHnOLAyr987KGpDz2gJ1VKkcz/
…  NEVgdknQyV5ECmEwQ/FEziGIw6goyiMAhjLVpxDc+3Pbyy4+
…  YbXQKEk0p3HfGY7TO5lIGE8wkvUvqZAcHH4rRK78GJzPUEtssMf1YfPpBOM64ZiYdRb0XRwkzfycv9W+
…  JVDYbD+NGYc1E9e+Aa+
…  NTqhxyZw5Nrd3mS7st254WImvpyU0Fi3MJl95e8eFG1Vs5sQqETzKkg7CDdXO9xJtgHANRNbywjK/
…  sJcnkCb3uEXwNP5cUARUU+
…  pBBYYVuVHFqSJsHXBoe46z7VT6f1APM5ADfJr4fcfrL4aUlSbn3j9JEBK1Akg66W1/
…  e8voSpCFajNBlh5FjTY1uZ6LELphPsIxbASz0NBQKjb3LtbOKZcDxwqIlBYfYCuypiSYWt1JQyRVMZkyKmBmU
…  EM7N2ZTtom20BHrjIBLxofZR1SY+R3JqweRjq5rMRbi3CPLw1/
…  d2Xf2QkTN6diC9uSLqupz8Q2As5IvL5QPVek2vv568ocNvDvWSvaMDBMrIHL9HTc9duCkJlURWz5qLh0/
…  cRNuIxBYanGkoSlCqOkRsKRTk7Lil2YlsTigNz2hnU8oEMgH2KoXOPVskzmSNZyWNQLH61mrIC/
…  I0NPxiorKFaZXveEYVVbTkDOHjmLK91YqrdkWeacHGXjeeqbVSHcWXk4VDy7j3wWz3Gp0oBWcOv1M0gdDbeH4
…  COAIo9uj0CZkFNymCzqPSQWN6IEu903yqxO3ctLbkQVGhoSgGxMBaiBr0tjXslJxbmykmcYGqxEnkMlS5FZzB
…  CZZ3T3EIPds77Zg2h+R+Fno0r8+PGnPum+9gL23qq1OapXiAA6Y561vzD21z9ekQ9/
…  ExBCvjs1LK1VAyzM6XLK2/DIxWoedQnii/YQpekJa6TS9Fjny+
…  zxDscOIeQ7v1Lw9gNit51WDG4TPzQ9et5eSXmEUfRC5B3GywQkUtAR9CWwbzjtUf3eI6agJwRB9UJLh/P+
…  hoNWQWk8fKrw0f+
…  tHtDWeqF61DPhWfxN5XktockWGJ63xSvEkSA6GvqbMofMoguqAqV4SOMFavkUQorcoLPqHP6/l0wfJbBGnh14
…  +0P+s8y84jJ5vBoWhflHlMQ98xFkL7cfr1maZGSsTo6rgtaBfZo+hqTYbZHtv4BbDUEXtey5T9ht+V/
…  Z77TvZpN6hYMBUqUh2cBtFg/Tk8/QrNQ9AcrnJW6ECaXHfWyUgaTby/IeeYrsCpUGX1C/UCc7vqU+
…  EA92HysS1mRQKudPrXVbzP/WAkWsNk8AjvHmewW0b+lB6J9pBNJGtIxenuYBo+Vrcr1ih8NbDzpwqdn+
…  EDJ9SAJn3SXEeAt/v2BX3aujBEyixD8z3wokZhP7rNPVIQU2XZVqW7b64+cKpE6rMDr6jECRAq6dve0zQ+
…  YfrVQM6dMLTXYj9dmAfW9osRj8Sl9vOUv+
…  EfxCpHOrf96Q5GGmLtJlSe2t1AJv7lQMSkmJ7O0hlCTy8FNeXQHSKZPmqju8fRABVeNFveWg9ahCsyP8BaeRz
…  gSXQfCcqaMHlxD8mdzq5CJUL3yvKxEgFTN0iAt72ZVgtfKJAvky5bBJBR31fPzv7d8SMZOiutTf9chNRrVBYg
…  vy4r3JSGiFDWBQ664KD5cj5vJei0Mouev5rJTKHY07LPt96Uhd4xNo+3sc5dJr0OH3HAoaf/fa/4Y18/
…  7KLTTWt/Ib98dUYDDz/
…  XfgfMSlj1raxcTTdDGuHusdblBFreYQb3aSsfZvgTmISsXCPFHti6UyOf5jkmFrWZw6mFoFwJJ+1SOxdC/
…  SgKCXCi20MaKllLkQH8RV373EZqWk4FFULytFiX/
…  ZetJIvLLUa2fB6hARpypXjXddY7WsIpiPwW7DaUUvyn1RHWB15DOjDorD1m5Vmm50gsZO50ZWgNrQkzdpMOjc
…  U4upMWZ8ifiEbkt7KchNvOlobZNaX0YoHsjOW0/EJDgGqksrX/
…  WnhsvZAxOQRrSKNShMcPS5G0152OfLDzoyk2u6KOvde3Xh33t/
…  eqT74CV0XuZj9VHnBB155Wi6fWzxJ2zgpj0VE7KPWkbThGhXvClIafKLftSJN0qoMvR5Z/bLuoMESuwSg5+
…  pSzTerNhxoMLUsZ4iP77bAjLc51ni+XF04kBPaj7bIuPGmeFHmt8H6wVcVOSiVrX1ICLxUd2+
…  DLJjNMA6EM4jmwwaT298oad0HZi0YOXbGH+Kz586KQwRtCMtG4AK2ycc5AwtIvPJz7bDkETiqLK+
…  Xth81TcznqaWdS1XzBOn6AlLIf41jS7VkUyJkHyz0Do5QvUuyQx1r7IS8lWWOigRAKBLoRmKwKDMQZj5CnWniM
…  IqAxh/sbOZUXjMCv9B3A4rYcd0+ZqS1HOdjN0kwO7UwnvF6Y/
…  7n8ASGLRWB8tc4sAnjJSpIBioVQZmK3N9si6YE5Mtzls jPdPd73JX6y9RLsebIbcEWDkiF6gU5eOS79MgEKtN
…  uLvPsM5H9IOmzMNRBgjf9bpdwHkvuSVUTQhZSqlkqo8IJDqUCBItZqwPlf4+
…  g90zGBHYUbI4EK3i873rr0xrQKb7GMyI306XKkZap4LWwkOjD/CPmJ8KRC+
…  xPjgr7B89lyqnYaHALUd88290alurGZ9DXMyL7XOLMgmNQned0/RvrWCN3OBBcJLKCcGjjUtUNmi+
…  HWpABZP8yWJWvZOuF4PKPXbIjpPVXUUQzlZTegtx+1Bh+m61s/XE1QTgBIzSwfdy/
…  Cbwdf52j3O4OK1V1JftKIQnTNSOc0AxnVDnibsqwTnjInS8xEFCan3Rlpq9ohz7Nf2nAkjsdXKlb4s9XKBy5g
…  qG90ePC+NdhEaQk+xA7AVKcc5Oz/Eqk+
…  ylbzQLT7LpWnpJuTl0gLG9P2JIpY2xJyrMLprhe6Wms6BjJRJEVeFlr4eOw9B8Hlm7/tZFI3ljKE2ptQAelL
…  +
…  RWLwpZpuM6g54NdBeAtCwi8RvRqxIWzApXMebBywh5dpjGSu4RRXXacDxFTEotX79SVtvDC2py72b3fqZpw7i
…  rYCJOh0+neK78S785wZoUpz+CyaxUax58I1JnoIQ/bqIKXJbbUeQ8U+xcbmRWhe+yHmtB5Gu/3gYt5W9GF+
…  iaf5LhahwJso70EwMeGI0r+6ZCO/sbYtA5Bg/
…  wmTbV8h7kF6cIstjqZ35f6AHzN51nmeNvcvagpszVKPX1KOxCKPmtGe9fccXEaAdUPDlaTHNbcdP5czZb65vw
…  n/U4t/MM5f6uTDcMGVBHYjKyY0vqH5yA6LrAhEUD/kwRNn7e6yo+TReoEI/9Ff4tO7fFHPEe/AjLDsZYYxZ/
…  13H+p+tnQzjPMsqRP9AclO/51EGwCH2AlY7530pd3st1KjeIC5Yr/7TYyUeP7Y75wVOWA+
…  Y4cpUNVqeEhGdWVOo2rS9+gDIaNKntdasYT4C0tr08uwbzDLuzutzWvaCfCfAXVj749UU5yUAJHRJq+/
…  KWmETA700YXqEabGZTiQyH3tAM1P1wC7s1tNI5tykE0hi0tbizzk95S7CQMIuTy8FhqkYygBW1T7S+
…  fkx6llxTK0dgDPHrEraQeXtfrhpjOZR1P9Smk79A89cHwoF31JCIQ8H3d4cOy5rezQFNAsXsk3X+
…  0l37sjiFW5fwzQUTkSBC2uusOcbgDuZRwAp/7K9jd7qa2Ox3ycnRfs/
…  n3WDxEbXK8dSCo3osEM4A5NEfm6dyWJWfzcaO24nznLVOsSqGT0prtFe+5DlSYAfXid9U7FRxr0bSSgiK/
…  WdDkKCW/gMFbvxRivpISfejduZ32jJGxwpLzhulr4e4ZtSH3SJD8/
…  8XHZ0zkTKx2oh2gKfaPQCB78pJ7lwxGt2BbQTUJOyl4QAOUffZy/GmPNW8z2vSLN0C9it+u/

31893...  QsRed9F5dwgSp9qyYzdsP9THXAyJQ4s6WHZuemn2qYYWBr6//FE4185Q/
...  S21MLXlOYvwz6IX9emudnGB5ZGV0E5QRr4RyKm7Q6fgWakOqiZAhXAdtiEtqmvw0CbOrpbGvsp9tNvMmtvfT9
...  Ft4XPka9OnMKj5yvoywUq5aCEkEeoA85kAviJOxid/
...  5YfYezuIOtxywx5aYtIG20EaPvMV3ePIjKXrOgA6A5L9FuD+Bp+
...  wkn4xTwQukq5kaxQsuTAw0WVfbKzMnNzMFtglRKwqfWUjx/0lBng8wi9VXogfMw54ZZ5SWX4bR88f72Ydz+
...  1lh6gd/Z2qmAh5UMNQWwiS2feQYrFvYN3h3eqzBW4RfD9yZOuCRs4vzfmO7ygaw2Msu2w4xPGZPUk7iF3m+
...  eI55SWCZCCzBKrM7R6WqV7WlzNuhOMcNH/pV7A3P2HEi8Tx8mcNCy9wJcF20rFQ3RM5p0/
...  nkc7zuKj9Qmpdt8HKcPTPFJ5FZ0G2TL7oGGWvsnJ0rlDrsRZ5F70KZafFtEF2vOLQODQbu3VGkcNzGMn6b7mr
...  UKNaOdH4GKNes0k5NLlsUa/RwxJ5WtVE5XBhgj0tSyyKUX3QT2zeV/Alu+6V5e23V5Cxs4f58Mgza/
...  9GImmcBz6m/Cf05kCFZB9mfyYSj7vubGaVFQATLIw3k1IGouXq/
...  nBp95QoDKnRQfBp9OWdY5Kt197B13FEKUt7//Bt/5iVxS8KBflHhO5FIJ62u6OndV50pVfyX+
...  ENgZ7YWKTM9qX/yC+JzHs1sBMGisse0qEGkm9JYQxDQ7LGYm5v4K86jvWdk+
...  vcq85pfmicC62dyceg0wRLQZp2CC+piiirN8V5e8Vg2G6BXImVFSu2HpUDG1sxUT+rk5nc0t1wDgLAhz/
...  FV0XmBFBaqv620/ISwLNL7Ad17fIt755zuYBlASFILC2C6GzGAQ2Se+
...  yE2EVK95GlxPjFx1wBzjm0U4D9uDX4A1Twv8XqI5zNHMIQY0YLgKBqMFwkAyzZ+p4W8GcmVBBaI3/bDXlyz5/
...  HV2UhLssaOtkJ4914gpyCyeSykn2pA1Bl0oI6hbNuGaj98/pC5E6lrD7RoxyKUk5QNQG3o/
...  9SXx2jTcp4S2HMrqjwZ6hG2dlXqKcMUL+
...  TOy4IyAuduDQkwWY30t9C8yMMS1TUG30peZo9ESMygBdCUfdFkFAmjw/
...  NpygfbrTrJJe8JavFQq0uwO5oJYFFYgQuOpXdaFzY2fMcTzpL4gSWr+
...  RC0hq60gzntrv0s4G9gq7UjELQJmeqBgwLiXrR8QerHQWnsauY/RKnspq4B/
...  4GlBwY4vL388VFwaPGUNvDgHEZrIe9Edg4g9tfzg+
...  mS59cwPXj7qT5R2GKatKdPh3S0jIoQI1aZRTH59nqkgLoN92DVCMItlC+elVQBJVzkF1E/
...  cTlZOCphTDNKOAbz+fC3irsMsoF1xTqgh/
...  hPj9p09FfkAQ4a8Z19Ot6feWpckbhUylBg8ylJmSfStgWOyo6WfwKPjiHPy037R/
...  W2NlRzAbxcgASn3EjpFlxKhUCBvuRwcO5rHbfYJ2UutmEnfixAtG/
...  yTOvkkkaqYEcn3VmMtSD1dG3q5Z3SkCfLpnIqym7Y0tC7dEF5Gj2EIdcXX7yhwZiDtvRLC7T6Q4mXfik7c45l
...  2fpK+Oh28FDn2vy0njBsYEOp4NRohTcPcgf9kLsPCDwknyIMOblbV3MWSNsrLeEmAzr7VoLYtGF/j/5D1B7R/
...  R55JiAv9WX/Ql3SYWAnlDPwVwB4bHWhJDkIQ3IVhoubYETwJhMM2upZn+
...  TfSzTr9kpgSdXkPlvBEqzSGATbPbz6qzulI/p9Z6zYNUKd6U7wLYoupin9hm6XrEjWYTCw1bg/z/
...  mBWDsCIJNWy98UcfnULSrhyVAxNoIj69zTWbffMmtiUvp1tHLWroV0gN4rB7LYBTd0RHz767xc1I/hNs/
...  z65k6W82fGV+7rNq/sJ8aFTC2qmNST5OdKa19K37cUiC6i9RnZraDFBsbvBKV93liqQXqVAtxx9ShL6P+
...  z4I714LU9mzfBuHDnz/xRDfhQh0qM+
...  7i7GXsyd94afJ6iaBxULnLD65jaTwNsZz8stomad5RXmeNe0MerCUojM/
...  LmsdLqfd0cLjvWvMQE4HZysTTyRExo1vao/SNdxUjzjP+G41abKbc+
...  Sw70nLyDqx6XcTPqgSq1GC6NJ9agE50o/S58UZZo/
...  YHbBiKwaICo6mzV61UQhKv8JyBV1JyRo5EVptpxF5iidUAVBYloZxpRjNscljWYpdBS4qtxovlQKi1MGFE+
...  3t8qRsD5n697rrySkmmiKdipNMxxmqm/RytuFCJI2/h51bB73VCiYVBU1QCn90udNbBqK/
...  yKjwNZqZ7vFi9eTGQrMMYxeDbqbtJ9qOag4Yfg/vemw5opamI/B/
...  luxVqOaJEzQyYfMTYXpATWZSwfBcV8YpD5/
...  JtI3mM2crCDUJ0K0ccHSVv2arQMAPHnNRIIrxPnmzRvjqx2E2OI0LGaNX/xiX0wbd+
...  uywssLTSwFYUCOOcXV1hHmiygKUgy2vnZRrOOsEno06mS8JBJwnRIoos+wAHWc1cWomPItFOuKg4Daxszscbt
...  ++cMICZ4vfgm2X/aOi/ePx/9pvHx+PRcf0k+MYERfUWM/GZMWDbto4d2mON0SW/p+
...  SV7Ivn2DaTugxH5zF98V713nq3fV5Y2/3Ph3M/CRX0/oI1q4JV/X9ygGaMfvgkhyNHfpdDiDS99DFIPFT/
...  fTJLOCEd/k8DF112ZlrjdQJLoJhVGFcYbEJyE/aNygb2VEBf/
...  RCCpXJ7JP6szhTkMl89B9mmxAw4PYQojHSczzqubAP2lQbm47B9L1UP/yQLtk9U90eJ+N6YNzW6wTfV5yz+
...  swEZgfS4j8QZIpcQlSf8iD1ZZEh0hypiZMVJn+
...  Mw79LLPBw4A5sdhNeITkyegGB309OGlf50fLo7EcpJMpviOy5MvJe1kQfwPaSlo/iWYCCHo6L7xYdUGM/
...  MrUcy9csDBF0p13Tp+0mmlXbCuTYD8TzPdZlYVbZNEzD5i5wsgwH8pdtpaCsNUGI5iu21ceVCXpii6eg2pg/
...  hnq6Ik9gRc43MYJFBnn5LdGJQb5UXRI1YtDz9SWzAVoD481vFlN9ecsEl5MmRTGzMIa+Rkz/
...  ews12x7Jb9JtvvShMWuv8bYyx4aaQoUCpE2E2lDkADD3HTHJPBHOr01gbtcL3ahqS6v/
...  L3Wcjmx8e3OsgskFY0DPXcO14BlzLyIIoVNYbUnD565AOBKrEnYsnMch/X+
...  2gzCEFPJgWHrDEwkk9oPlxKnkQpWTWbjWFegQX47tcjLWPenKmA7ZNq8klrwfsSc8WLthyx2F9LhV+
...  geg5Q4ZvBmTEf/oIF47I+KUBfXy7m50Gk04k+6Kv2p32qMbX/Xhvk7DSRLpI1bRQl2cPdp7JUpPj/
...  R5bkjjGfj28KxqZiKUpGvryRkpxY+wazfdnxF1dBls9IOnVnr4llY8xU6+Xpfrdy6KIlVln0M2+
...  tg2Ct1iYOUqxvtrN/Jh8voOMcA4tAEI5X1Zp5Fu7JOPIiqPnLxVxqSQ/LEmPqnLTsQ+
...  nbpqDATtIH7r2yPdLMzlhQ4v0/zQ6nObUdzgN9jx3reG4vRWErD51Xtxe3phzof/
...  y34VCemQ6GMcN2q3StgTb5sXo7lSqT0LAUT70t39FCa4tuwbVxenDMPY1uFJLZ/
...  wDrUC4ChAhtvVuEXCTxOb5JdJRRJCbOxKh86zoNdSE3h5S/o/
...  QMcCoK9R9nhraJ8HYbZHVnJk5pqIK3uqOQpgFKsrPVm7l/wOD1VTNsPHAJuusdm/
...  RTMrId7JMgR69PwxzYSIYIt6f4917qsQbIURsuu49jz+
...  fMiXZdc7KBVvLcPxTPL1uEr21wDO6oGujjLLSSwSoS9YT90TLhh1TDlR++
...  6uiUm6JTaGySeABaVW1zhG5oHTdqFhvPTq+3QsvoAlOKLhzK+9NnfSlY4HkMN6zUE/
...  UzpE0Eir36EDhi0vmssahfAFrCpGsBG0bt8UHzy6916kQRf1Q2KX4y6RKw5i8UIuk7ctOQgFBq8Lk6TrLoK/
...  SMND1VXuYGjtJaSSTJE9F9wDFPnrk1Ny0/F17SFFuJxeHZ+
...  LoPJ7zcFIEDsGlEVFWlwgLPJqrTdcD3BPGCjpuENXNTZfAnXTwdLJQXlPBgKLVblIBbezUZG50+pCBS+
...  ooLfmBACDnuQKpHXiOhuVock6XbF6yqvvwyxKGuZkluNJZkSvjZ1h5TPnn5xn/
...  UTqtm6ygtvXuS6ABRmEHOsaEqyWBoB3sIpYmK2diUjDy4EvMKi+
...  D2mGwCqwRDr7LuA76knuZdM15KvudRMsarTUjDTCyWCO4KW6gHDRLYDGohfcgbrB1Jgni5s7saqubyrljdqXP

31893... mTE:...
7ci6d0z7YqiMZNQSNK6FBkahR3g3umVAA4YlzH1tO0o88fB247ehdodgXvzTUWdUKXNQ7dSnT7nkGtk4bhxnS
4Jg3weh1tDt/LKC/c40DOk1eNoU2YrKB7IfJq9R3+F6NodluLRKOfC4HBzjJ6qIvQDtwr/
AUVJFBM2t8AoSBiQnlayyn6tpSr6qUslLTcFY3aW+
NX7hgtnXqaslNAgNbyfuob2ojTVSIRF8jHwNeDaUCEUTOYv94SRz8XswmJwTDEYwLZAeyxZmYRlPaxwKKCsdO
QTksKeAwxJU7dBjC2AD2TmVl/
EcXa3UUhtO3vPuZ71yE1SlegmJECit59wfte6tzqFs3JtPplXg72jsSRneaB6zlpVKY53TWdngj0yp/
an7PMrCrlT0v6SFBImKJOxjgRZ+FuzRI+tjvM23KR3xsJA8he61ot6nX5Z/
fSbjzwt4h9UxnU3ZjBqKRHKWqOdMcPrFOD2oaS1Qd80EhOi08v3JOC0qnJi2nrTkPlPXVUfLXxjhfhBkFUQey
FEV0qpv8+SJxmiF1pAEBYmxeJy0gq5jCXOvv815RUMYwIFPIcEaUHjFSjs8ycCcWV/
KfviSknNxJTkRbwJdYjthHNl6TlygNFIM4eK0Y41mHfjvDyJjUPG7kXtnFFZN/
dyZkU5mh52NuCsU1aejjuqMWyKfPqGS3lIw2rv/MuSmPk2hvmo5RmwK83RStJSWUV1ZXDeJag0K5UJf/
iKPYjR1FArRTZvfAk86A2rNPxdDOJWpKTMR77CHTf8HoHuWdmE9KNMStr0dW/+RVxJO/Ud0Jv4+
vjBkN9vtzcCYwwel1XEdIkNBnUAXC4OLG16vp3+
XGIhN4iAUaDUifL1J678U9YmSZ74ebG0f0ekQb9TTx9Nb4u4lwHJWVx5sv2MPMePly5jtfrj8C8MhlkP5t755
ae3wpJN3cBvoYtq4i5GY0wCfoaKSMZdWEehltinrMzRjmYRGQIFYaUgQVFkgDt7IB6j29T6FIl6zTPobU59pg
vHVS8wlOPq3Jr0N3dq0rOa+jJiNvq3IwtgaC31DkeGDEs/9BcPLDfG+
8Zk9yISoTwsVq0HoJQI0zVpDenwafoSUsKEvdojMR2GUOHUgUI8bo0sL09edhHRFxuiaOglSjOo3cgnQk7rOw
CVj3YMeO2ukezt3PczuF/64yYsVTcbJIE0w0OoBhTjI6Bd6vIxf0sAIXMKUJidO3ejxIbVakQctc5FrlEA/
ceTHYNPoxsmI/BrWiOoIC11Q6/5wjTzC44dmQeXdp1tA/
tJQvEWDCp9WGRcJvNSlj1CYMBbUBUIyKbRbSbkRc0u86NgFOHg/
xX88J9vZKimWd7wtxzOMc1gqh6q4TtyQVOWZl008tN6UKsfnFnXg1dWRh4s6VMaYnw0RSEhK/
w9osVbN0E2BOVvfJSz0APkCGhXX6S1Bpl3CTkwMAdiQl1XDxHto87EYXnP+
VJa2i0bFK0cFi6xm91GlWBhzRrxgfx50gi08XkS78MfCl+
Gd8JoREYOvyjbxBYBLwVKjYMusqwIs5XFBbb6aSjHFNLQC7SI6xf/U6ICKrvRILVnS2hLs/5rxv0aflKS+SUJ
/FRH8G7Z14UKy3+obfpWIkFRHL3DPE+szPVx/V0MTTgdY6SrTETIz0AM0t0IbylDRsN2HUmW/
sxLoqczCdGU8S/oEQSRHN//GZ9nzFE2Rr4YHoTxZS4GqVgtziw9DWO5Cy3pZXEN8E4deydgbUXH1hWCkN+
kkIAp927NljyRRwOn96nX1MxyFWt06Hva9LmvvqabpCCR4ad9ptY+
P2zvI6IqXO8UPKOeDiMCpu6xh9TMaZmrLTPSSf1JNO12VlhIvp1GYWbdKfoehDiH3yydY7Ixvu/K/
yclS69hIo78/kO5SyD/OdEMR93N4siCvfkf0EmklWF4L52e0SntU1aswkoSSJvs1LAV/i1TUJasxifzQ+
oSwQ3mVdGBECz7UwTexZAniPy6fjDGPlkLqVeGRjvFf9ARNIcM8RG/
U1QpbKUXlUFEoaFjdRgUHgXHoloWDYoBR1hnnc30q4RakrRkTX30Zz26+
VkjsHNLLhb9zVw9NAh2J6EHSFH8VFePiDMionyytigE8efmjVDeRhmEXaJMMIL19LXCXMgHhHpNvf9XTImlZT
XIOiIW//4HB+v7MELK16x45945x7y1wFYyPPsxQB3+U5zuoY2ca/Yl+Ics/
B5qzddPBSFO7OvuPsoW3MSvxmi3q7pqkjZXwqnBdT4qWux7PjcIs7yw+9QD65sBeWhuulZIXt+
4Mqy6TJKZALXYgDlmt/i7BtfTXeTuok6Gt5/npp0oL5ucym3+pJWwjmDV5Eo5q1H3Fp88hJuAzH/
WHqGMLbBRJ8wqpKDwO7Ya4C4ZTvwAU8LrIR/
mJucGuZhYOiMF7ue42aRVWcMnms5JxydDQFTCdptKP1sUiVIxwywMmpUCZk07XS7uTIAh7DhXxbgulJyPhCBb
g2lTj5+6+HwH8NwuvIvMSpfclKgkRwCHffetks8EvQjfn0ZKENNfnQChyEhk7cbWI8gVPzmUhhk1bz8yytV/1
+LeilQ6m7RgOhhWVKRaB6+q4tSL6oE/Gtkozb3Cn/LCcso4CQQhQSWj56NaoxUTPulvGB+
m7xL8Xzb7g4EmNwgNURNcitGlJwoU9gda+yHkOESr75p+gcbPTmPWDhzqH7o34rHqzs3Ikot+
JtUC4eoAlBooszAXAfDCtcoQNkpI8KLNcfsxRqqiLzLTb/l0sa4xNBYX9WK9E/y8oM+
Z76jXzBaU0WvajfVx7dPn8MWhSJXfS83OVH+Im2kO6LnjZG/
BBC1vP4LHk0Xr8cC0FNWvMlOfrL28P6DnjjwT5tp4IuiNUuNGOTGjM/i+
gFgUJdq0Zu3XWyGHSvXCECET2XuSqnv95DCxQs7kBYKMo3N/kmIjGKQ6KAc4buF7E+A/3HxEO7B+
ePTnHXcZb53lnvEN3/DeBCQj9IMLkDfSsfZAnOU0tBi/7X6N61fKvXJTRopue/
Gv2q0FXsK9zMpY6OmlH0NLrEbP7SfkiEQO+VAhQ3lm+OvVl9ejdDUfzMMe0f4rdslDC5U9RNHF4mT9F5oE++
bskewHhQuBlkvhI/
AHrysTnVrR9oSGEhuCkek7hZWU3KzcDBYp5x9eCpW06JxZb2LnIf4NjYb7llGBfuSRXbLdAXGf1XJlWU9LUyD
Lh/VLlaxrDbOeR7RUsgQX+orw1QvNV14PQ6A6IMlgweAUdhmK6J+wLBwx9HUogIKN/vGzR70u/
erFDS69cAK8t95LjdbxxLByQ86RhakrWFy//jLHQLiK4noaJaGZ/U2e6fi4Nm8HsdWjGvw3yqOD4F+
D1HNeIyrp27C9jgCLj9/SH/cD904OL3NhYMOAd3QXKYte8PviIiYYHgBIMU3gsgn2Fdou1dFytQB/6y777z7/
zE/uEXywaTHTeMEeal3ASEE5o4Yv/
074UAOoWypTpaacegzXiB7xkY6SN94oE0AanmPMka7FsgA3FjZiFerrBXW26adGo+w2iZkTBGbObc/
ycTOLa8rN3H94ooU02Ks6Ba/bjgVV5pQWxtaojv3W5sv4fBHQsSQWkrHqyiv/
xGzer1UdKiLP6SCLGZfxhCtvERHDEH8IYzFou4/9Iv4t0iTXGC07vpj5/UX/
pXnU4NCgKbrJQ6gH2Zl8KWNOHJPYh6aIrMLpiNFPqXszF2pSexQK0710oypBeTbR5S7MqiJMi9gh6ji4WT4YN
SRvDh9HIHJp3vfSnL71Z+0VUGVzTYsL5Cq+PvL/bDDtyWbJPoWl4Abz+
yEhzICNpz6bFY9VcUKIQQCmLDdwRSB9NFDEtEtucCMO9dD4b+GDaWJiWUGdETeG+
drSr1FrkiJaMT4DuFpuBG0fCWQOnj0RY7E5xsAayeTf7xVxyYgxyMHtuezTQAgFMgTEoAyXqRvgGyIuAvb2g6
Pmb3yUX+KUtSoGI2Khfn/wHxOqmE77/
oEIJklGjrimko2qusu8esZ4BQytnLa2BdJAV060mAk8WpVfOiKbvbXii16Q25IcAaBJURcvc49PIsYXBlk9XIB
ASp9XNuVS5+V+PaRFybJWSWiooiYctI8bV6ggpmzD5uyzKTYO1N1LIRM9evNWZB3ZTTbUOLPKdA95jZuf0S/
LiQuAwfs7i1402kbn1p13NCIi2jyRaH5Xwpnp+
ukILuhzWdFqBW6nUIDL6BrjlG5P7hkgoG4zBF3b3TyLjtgyACP4otNvYPd4RknbQM8go7X+fbc3QBv/
NN3bdtXaX8MLdR7yPceJQWiEvmSal2IQJbVknNA86EZJjqEcoY7xuQJlbDDS5W0Lp71eZ5fivaqj3snTdLgLu
ODOhBy72rN5Er+VIlsicG3Kxrsibhvil8wCiNGsY1Jl23Tq49/d4iyd4ZlxJLxGBzi6obBR9OA85m+
6rFrhPgaw3JcS9NpGh5JMmX18Zl41GyiMFv3JqY+w3fADBg6NGKnUgSR+KJa0QQHTwBI1jxtssQI8W0cihGd+

31893...  d/JcDPSGW7Mny40LUFjV22VwNsakkXrPpKV54gD2dOmAfHed58kAfNpB8C8WLLQRmGxGJFg9pKE/
QsWbRKItQAw04MZ5cGgVYGBCsNGjJ6zCA+YNc/SGoaapgdlisk7XGwFDCB2X/

...  ITdKwkZPFOUTXNoQfpp3tPjY66NCBakLtaR17YsOmmz06X4dovqQK52emhagXG7MHHCKBNnPmdfv+
i44fSquW5ZmzDebTJbcOojiRYDIYo7gbzdJqAAV+

...  Hqljrp2JzPqdHmthhl8AixrYWGydnTtOcny936zLNbqENxPP2OK4hWPjdB+ifgwsfiGnNhHO+bu9LhlHz2wU/
pve3VFbNMbgH3ira4OdIV7MUbG7WiEpLjHoNHt4kAqefJ4VUCAh4kz6i8tDlhznp43KiMGnD7QvIlV0cXNLZm
GI2y14Crsgcgcb/cwLo/1yYPond3CaeMnW0gj2D84u2QRYj3JnX4B/4uJLoHZORQ/

...  Mgn13UvbIguXylOiM2tge3tdmUjv7Dzl2FZMdN3ZPRKjBGeo+Mwwqhj9hHDkTCRnQZdI4vev8+U5K+
uhopDCURLDSIRsDLbpUeP03v6EfJkLes5Mmv0eGGjFsw2+bKym++

...  sSAuewy59zVxSyuYpvI7igtfPNKCiEosSHk+Xmc2BHq49XJpLfHvtS4cr7aKnhqh4Iuz/
b6iGQWWLg8nfO2K3NDH6tA9TZly7+gWJVf9bi9hKrFB8oHRQ2aVSjfEUdIwRBx2kI6dbSWUIOJqskI/
TW0obVp2A11zfuSWWGRK/PYEr9O3HXy38lW/vgl9lLWz1L+

...  8oiwV70NusRwaisthRSvYgFuRkTnfJRt93RcshpPMljZukafGpnuTEONx3fx4XHzSk9FQQkAB+qt0lGOf+
oLC1BZjepy/7ZhK13kPWDGpN5Ooql0XX3LqiGZ81r4ISDGuIn8bXg9BK/

...  C8j0nEcB5FEf8NKDvHyb0LO5vTkIJDcQvjP+1T9KFS/tGwdxBOisu0UlphmvCaeRqzKf0wuJ3773RPAHTwgmZ
/z4m4xqxSUe3emvMWMC9VoBqYwWIvjI3Zg9+hDEqSLCxhISdlHOCZdI+RPjNvnO/

...  CW1zaOExui891OEeq7Wqv79T0wW0lAmAzxmD2nczlJqHs8WPJdav4m6u8TCjVa3uaqAMAAQZ4ziNgYSYhCHVm
wuEln7QClqYkN60WuqSnuBP1hLVev59Xp0jzsvvXH/TUq3tKSHl+

...  g16MCskyjzuFwHL5k9XKi7i0AwDEvBWVjEOH5HGN4MGSQARljYX6CvCN18dytXy3czO4+js7YdjfsWlEgnzFt
+geOZLwuW9E30iMtggpR67Mrz+E5jK2wgsWRllHxBxck/

...  ClvMJMFAANeAVDqSivdR4NuXkvvEaa3EhTKzuRFHQq6VPYi07+/
F0axvu77UZRmDmgUQn2yZSEYyhhI6Cyfo5OUp5aRhFqiG9vvB45f2t/5PBVp5VfYZDu1eM/zvkkv8H1+
qsplEf4W1dEMMrO01iNDGgcTGzLWJxo/Bjnr/svEt+lsSKGBh5Vfha5DsJtPI+
rI5t2i43dScYeQyPNAs3GeJ5ITUECLiDO02Isjw9MAn1EuNjZCxp7IIvsegHa/VJ6AdWj+
lfKV2ngpuHQLyR0pJC/N/0PP15xK7MysUXH5ayIM0IOzFiOuTRoEUOx559Jd/
nFy92in3WFutU5IDJXEKsFhiIzJl+

...  9DKMEuMYHdG8VADlctWT6CFSJykcyXRD2Et5HKv6ilMoqx8FuY72SEzZeS5rmA8Jr8Np8Ng3QVHJsEbLm2kqg
DSgxvG2DBNucddo7BOuP1Pwx15qloN1VO3kc0ejbZTk8ysruR9pfOnq8kZOPPCftIzPsUSlOLx5+q/
VCdxYBAONNwEm57NEQm8HoGAJxH4U6ShWBZLzCirZ0eMKKXC3P2CAjjy5T2j7qKDTv5LmjyNHx+
kWnUCUHVShGfDhqS12R1wKo9ukA5IQ6gmV3llRNc7fHV2dxCT/

...  21OZKV1IDtNZe5ZdXHi0pnFPtf1Z3Fn5XwAq9Qhx+/QlmMjcJjhvkgWpQDXION1NQk+mt5tHwq/
2s6LbJVcr8N3FeslEvpGyRWD+qeFJgws7pOcME0cFKEoi4iE+
rnY85ySY7V1FQ5crcrWqb8078OYWAFLjQ1KnH7RF2CGFiTt89/

...  fm8gQy7emlVVo4dzZzy6RFfv4nyOboo6oV3TiG1OmqbPWYaYBw8RBheg7pUdun+2aq9aPMKuilnzblGJv1+
RgfPE2/U7pXLJEqVyS9l8afaixhAaEkuXFFzGIJdY2/HBEkrfTlTwH8wrkE6hrVHjJjIh1Yu5jHZ/
TKMfDwFwUXW68bMuk8TFpOROhuomTdRM9/9OycSr+p6HuE3RBGKeLUbEKKhv/
PJYilHAFeuO648zoGQB50MnueMXx/Jmr/7/

...  IGwOnkaTqAOjLUtgdYqM93TCKT0nAB4mbewXA98YGwdEHXyqiIds4QuDdBZfRey+1+v5ci09Wcjm+
SfyK47H7XZAtCRUlQoWKEgJA9GMtTljYUpvuzeeXdq6LuYH6kenfT7pSUb1HPbQQ8ehJRitkn4+/uOjvx9G+
dpxz+wNZ1ow/NbG/pM4aToYtYqBCP82WLoB+YEx4DPbEYXdK0W88vTefBWZu93KFrw/5nQojcILMhrW4I/
WI/

...  BZp91APF43PWWhYfdgLZBM1PGuET4TskMbv0gNGuEYSBHKOifYBXnxalePefMDmwZVrk8DC5Zk8Fre3GsenUa
HOPVoHL7oBfbnyse3GDyeHIlC/+gJco0+

...  k95xNTkpSDlFzYIbJEXRjAyzWbUnA7kYo65TQOzbaEbFs6tB4791YnV34f7PowLu2LOmSS9Y1Q8GzyzwkEK6+
tV7d99kabIrCU7jKxYUYqNdYp+6/

...  UGsF75M0aimHUCrykqskf3PxWf3QP5myl8bCgDDkUpkHtFYCkrFjASkK4unm1Kvh47/
4PYpBoK2gAwV5SkJbc52oY7VMl18IMDJXf7yHET5vVk9Km5JMFuQI7sW3SJmssln84WiZvMEvAMRFfdpOPE3O
qs9jQGJeprfBXjxnpb51pU4OcJoDJmkTqvCpvCmfdl8tzjIkqsQVWHqmbpMi0c4At7nydnyczc8lkohPmU9++
jXx+

...  7MJ6oi74NxTRt03ReEqpxgilMoHqK29VhFZwKWmwtqe2lgoLC9ilNjpYiIuPUj4xwe7fsDwwAW22bCyqLziSX
FdakW+x6TbUUO59IDnYw+vIcq70V6bcb6XEGttIy0kV9lvUfL+++QMnzeDMhG9uAxehlSVlFmJ1ZMk/
Xdc7gVrj2N9tPHQXVvRPnoyh4oBwxG34RWm7SOD+

...  V6DveBKuWkwjFyqiTJB84CYQn2YQWLwozFwqMOyfTEn26EV/is+94Jk9Cw9SSNXSZrSW0N1gzc+oxjuvpM/
xgmqt2L9cmA7NMSt3H2A06T//

...  YeEGdSyyyF4DotYiWlCFIg5ZxSWU7Uodneqb5aGxp2xgsf9VqvXiCvG5TIpS1NFdkTwl4QhHJciY0kYMIRLKR
h30mGkum3wfmt343NYrDKIgKpnof2C2Si4Jg8VD4WkwR/CxThZXY+

...  Qew3W88dlZB7fmbGUKY5iE8iunWtRNpev96HZ2mDD/y++W+Vvg8S0GWgpxew6yI8/
ANljaLHZQZYCLF4nIwqAATdQr35jYnbkl3t08dxuVs1YiG/

...  6C2XAZaonEXz3w8M3iv8VIe3uxAwRDiilHZmsWMxsVefby/KL6QlYLf6byCri5/vGDyxg+yV4BGmQFldO6FG/
158JEo+Py2Fh5jUvz02XD5AhWyFY78g9YpdVs0v0UQYBbsFxxsw020ijFnpZg34P+
4AMjdulMJjQIbP9kk6nZfWg2o0V8teZqID26m7isvhvAfHVuhwpbwzOks+EqtQuT3PGe7aK6/
THxhWAzcrh4Vp3FI1yifUgaVCQN+01YVo3sRy9ZkxCxK8GGSkIGMx9/qmTrje9fZuqSPNDJIkzK1JVlv+
j1LrP/M2Xr9CtTwnObG3LpU7/eo8y9wzsijxS5C13hj+

...  SN3szhxWVVOLA6ATpA36nLTrqfo31fAj4pbRJtMle1PGrScGkMJh5yC7JPtAKMVlVRyGeG9tq75+
ijAqxh8FEFC/

...  hoGRwKOigsu04ntibhxK87gyhoMo3uJbNcbZgDkh8nbYVderO4otvqByxtxshbGCXpikwvdpcfg2WWHO7ACN
AvKVWVA77fTa1BF5eNirDVhdhakNuq7E9PVg2hBDJlfIbTyE2TP2yBGkJS01ywX19BVYwe+
BnbJ0HoSKaF61OWqHjWfc67+gYMf6c7P98zkJFR5Tz2/avy/

31893... R44Cy958g2sFsY4YxjgHuuBrKn6mJ4Co5AEbOApqPaVA1rolFsIdkWWvTtgswCADmq22SgOwpYw3eFmT+
...  K9CkwhAFOJguDjgFLpJp+SkXL7PHewS110rUHw4HX7ZyPQc7l7BUK+
...  jhOLuyqZStC5CRYdHqWCULtHnNra5Gjvq65SU8xUxUbJUnmTmlBj7XvpKB4dwub+a1v7IRZfIQsZ6+fEEw8O/
...  JnH1HUYekpj5KESxpXFRMHt/vpv2nkXy4C7I/Rxi8c/
...  r7Outh5kbh1CeKsBJFrEmbBZtz1G1WZmGiPSVZLxfiXy+wQMud4jP7ENXCtelm1O+
...  zFnJI3Mn96QsBfjLTWckXukO/OmuPmh0IwNamUmT4i6kwyxvLjqV7ig+R2fphlLfWK7wSa+s6FolE9b0nc/
...  SoGw2ZoHIGwi31jMs9s1ss70BRFopHbD24NNhmrx/
...  mqAv7NhAP1vA4jLJoRPzgPG28TwRD1Fp7qF2WRk6YK318kM8JcX8kfvRT45VWAQ6WKhjNxba9fsAWO+
...  jb8uvcLaN6Fx4nA+c9ovyy9mKBTAlEU+nD0eSnr3Uw2dBTFwF4pK+
...  1GfaBkKzSqF38wqQuJ9qo7Z80dHvqO9cCx6w0Cw4vRTULXq+
...  kePoJPiihGGI04OrNUplFTtTuJ9189HfH5O10EG8mKLJp40L1NC1d3EEjKbQxhSObS3joujrMZOZBYgFPPG5P
...  W+9oE/m+dkTyvCo01q5Y7yCnbVPZW6VGyRFJB3r6ouc2GVseEj7pL2SP00yNOEmxt0RF/
...  Tnaygma7EKLwaebJNg+
...  Wvl2SzIKCbmDklYHbB1AMxGOdxl61w82VLR7dBxgvTAmbojrWY6gulMstnQ2tQyOOc21eUxbfsOo12itSROa7
...  YqEy6csMuYiYxDSrXRVEwvRbkF9q9xD7mJgDCvPGSCyAfbzHXWEVJTumSXOx4zpZYXZpWN415es/yW/
...  0RPGQHyz/pd7DQzjP5k7cfcSWwjsftpvA1GrEVb4C1pWFfauyykKjk+
...  LP06HatXt4DDwG4MgtYa4McqrVJcnhcWx6s6Idt2SNOqHSuRwG11cEQC/Yfyvdf0mYam9H7VuF5ohBBT6zI+
...  CNmfp0WldxAGpxs+HCkCGF528NRuLl0X3QV5ew0eG0N51K+t/PBFziaDp2/nvrxYobD0arYz7QKKJiS00cac/
...  X7nP6xCNQ9fJBYTJF/wFcxcSX9H0Z2ePYJgUxg774aGSO3K10Fuu6mdglrU/
...  0x2Oflqfn7jTGzp8ZXyCqivIytgOwJzR8/x+VNUixmo64X61acSQZP5bhyCN1FxexjkCkMBK9/
...  9OvTRRmiEglh29p4r9ycJ0aXJA2JNb33nk1CAKlOg8Rj1Tk6/R5YR/e4TJjBPt+7jOQppFDWPLYVbBa/
...  hhkFA91DSzZmRW8jQtXa/GQUvRrKC59VegIewGr2qq/Lyo3Lrd9Mf8uvQsF4+
...  BF7xfFkWee9Xd5a7yZozu9QWew5pJ7Eqqhg3zUUUQLyOvLhfa+
...  TpElMVhYS0ljvBochCHhjbVdEyu0Q0PESRa3hd/vRfHNg/
...  OWDnTe3n2bRAh3EStgrjJLWuPXJLomtxOhZzl6hjuTgX8x+2ZfjXQ6TZQETTH7WXoqbepsROsfASTWkJm98+
...  FSHG956Y8UTdwO7HDFhpapsGRAMrZev6zsuPn+03egMru9RJWtzeI/0MRMDS2rFz199ApSwiwa/QqVllP/jy+
...  OEmmeQkm8FGeef1VRcB/e11PkpQ/Ih4qKgfbKUMBuAR/Dyi/xjs+73GYqQQeO+
...  uPia0fqcW22vrRDhwbLSQvh4PTozN0HyCEtBMRDYfmIKlhy+
...  p4KPvCf5AOBamjVI0rwU5v0d6wZcrScIg0cHWCNGvLjirV7iu1Nz1205HHBc1hqRm1nVAJ/
...  TBqsGKhF9OSpsOgXibGN40Vv8b6GfYPWgGyd0UY1IEPMgAaG85ALKTSp29wrJQtx/
...  xT06wVbEwxIqbhMDwaetLXJfNMEG3EWircL119/
...  3eY3QoopGVrxpAgp4d0ZGJytVkp1LcNK7QbqUMdrvIXwh96upjL2tIcCQP+a74xHiGQ63L1PQc/
...  McqxQXVhRvjMfE+p+uUIcavnB5I5C5D5HR8MKSL+NI4KJHncZPW20uTa/ajG+
...  USrzq9ugFH1FMUQq71K2KIJ04L2jIVcZIocFpSUBLOvJG1jOTL9D8D3eLu9V0V3NkPNEFp1pM7/96XvCrM+
...  LYi4PqCn5MGlcsNVlRskTmAieDnwIHvS2bBLVIjh2YBSi3J7WmF9T9PmrII+TkUiGY5+fTiO+
...  p0gJGla1XCk8oclzdbsZj8x1X/1a887N+lu9Vhzb1PYYefHdAV2wFXtrYnDPgX4hcY+Cn0/
...  yEqXAKKrkieOms8rsgqLzttgR0+1Ph52X5TYDXifGxy0+
...  j0rSESSmpF7zKum4rjWWUYUo29U2GgrpY8uXWtKloblJfrPrGTPUzrPT3V/
...  wWHHHiLmZnuYkpTLT5128CMgOuanwu1XBamKEQICsROWzBWRJBM+pMsd5wQ04jdQCZF0W0NsOJKEU7Ga+
...  qsXiF7zRRv7D9vwHOr4tpgqf0ZWDUn0bvcH2N9AfmKi7uWCmAeoDHkf2WF5WwO9MWkt/
...  odCgDyMAa95BmTvo0Tb5rrvMKDsim+yiMjiRKBj2yRk+
...  nxRu2SCgZ1X3b1usooT6uNetd7jaaVzUhdyJ0dLUjUBoW+
...  EZx3iXaw7YkCks93esU7z2EiUP1BMWl6OHSJuCaBBdbEjs3VDG2wQkqjSq+
...  iTETfc9QcqAFTypYX3jKXMa8ycjdBDMurz7SfFuuggTfpjYZVxFdsiFhqp0MW4tH9L24ys4ziwUvyC8aIDGmgnP
...  7jpHJp4yJJMZ2bOaZLp/RkAKChUwxKhl+F3lTcjYrROMVo4HPXtg5jB9ZBHuT8p2hY/
...  lgIyXJm1IHfNzzRZNouD/
...  Dk6FvHUUcNONH3BpBY4NFVFPTGa9SGF2XSJ5wNfweOmJvQO5BLEMwWXEYFax07qLjZ2vKiT1slyxfnHAg2uHh
...  1BC9HuEJtzIPOLdp6I6MWWr7Iil0v0aLReb31h8DZE8n6sylcfHH6/t07Xhlr+
...  p6qPNja0tkhUM0uCEUQBXLHX2sJUZFxB+dd4ddNYapi0XVXrE2G+o4dQDalP+VrI4LOkHz+
...  FrwrQt9yGIrB2gphu/DV5tGieJ+I+oxGOCCz1AQQm+
...  xHakkiHaiTmKqituVerPw1G5dxRgyTeHu4s4ZxfPNBmS4KH1+q0uP9FDSpKB0qy9KLKU79xdwGqsU+
...  00kITMofqWdR5khmAefFtfIs7F2bQQ6NiMTNJem+NNNFDR3Z2I0zTEzmppyR05alzqw//
...  Z9dNKqHwOGLp1CZd9JCPO8F6YsL9TEreo45DN/G4TQpmGwt2QZR8Mf3mBerVUgReSS71npQ89Ieb3CRVz+
...  rJezP31zGq/n/c1Tl8k2MPt0oYKn18qsz7HeMvRO9XDua3Sy7cFiYU30V6yZ6cxT27DKex3/53Cq1C9FGso+
...  NCBzsS7IjC8PUydcfxBSzHFS6INrjZdKHWAwP1l4rC+
...  baUBwngz6YLPqpQKc5UXXFrMIT9of4hbym2RDNDMl5xUpad+Rlh804a/
...  JRE1IxSHw6gTUa6uMyxhY7fkUp7tWK3KthEC1QiCEYhjded1fD65EShNqxVquO+ANtC2FjYF2oTd+
...  SuTvnmxzfaCXyWEyzS3uOMuBSaE1Rl7/
...  kBH8JYLptqcvV24Jff5HIRkL75Wwh7jmK7rcjynmR06nb5eFxTWeEUjT4LirwYIUJyCcnja3aPC540q/
...  RQSkw5xtDBGfVEwyEdSVsCRooj334Wv5r1ZeHcpm+
...  EN4BGwgBYrwuEaX1EPzbPXajdFzAVJ0wBHSArDGfGo7ek/tqohS4TyPej/
...  MqRpoLwlGILsI1y4LtWlEngq6WU0Gb58G45PM400I1tcsQDUjf5J0iJYOMTeA/QUYgwx5TFGz88q1HEL22XyR
...  +GYLP0BHMDi59MQ+1nVc5DLE8jXM3cbcxLJet3v2q5ZF+Vt1nqGc/
...  WJ4RwQinn1hc1HWUEWw7hpiUAD64236unLqqR6nml3dp7gK0Q73jWPUsSrSmx4sAMM/
...  YGkHxeeMhihOuVgXRHPnypuAdAYNEeBZh8pgjNJ0S/L11H19HQDo/gBwz/JNVT5OeKoK4otnc4rC/N6TPvM/
...  xEgDQFKsMswDxWtRVd+
...  F4w3naenIBNyfpZtwT1LEybEFM3YKShgYfgg4Lt2V86WjrTDVlf2go9DMKu5Uv6DOW6Etwmuy0/6T/
...  DWXwlPeVM7vy8vi8MJ85yZcWnVcTPpbSmjoTBzU4AdiUD0acPebuiH68uOK+fSsCWjil9ltwla+

7fOfnRkeH18uTFYj7kmOrPEoJrEeBgGAIWBEhcru7nhU/NPKWcSH8SOFWWVQE+
aSYe2WPupSrDV9HB8mWWKHJcIWH/
CVIPwxIRe8yTuLswuTIEghAX0ydRemINdjReq72JszQbVA40qLAuyz8yjbt/
7DdHYhfvf0awegAIM79hjoc6BbmUTTeVDCUcvjCnlZOOs43suQ91bIllIsQb5mg1ZcAywgI+
fRYitrcO8NV4EozmPjjCYgF45OGBnj8jnrNO8dWIqXmoioBXhuuAY69h3ikKBTl/IqhYNisoV/
qFwhTNpPcynBsp17tChEA4SrdQDsg5UPPTv0ETP3WIivb4ngjWSIpPG5DGi/
eyCxTnTgsr7rgxjfutWgRDCEcxHOnu2k+P7039StbGlLb94WDgzpnDWlAzsDM33Mt7eTJxRw2du/
x1Q9UEXekH7fuXSSJP1ggoGBCvwyubHR8uk2Y3QEUXlnr8342lZLzZr8FB8/LJUW/
v265q7XvvXFgqSuCRPX6ppmZUPwxLDzBPriolkRAc6BNSn04wvDoqs/j76wcsp9E5LJoYTXrmJThliA8fVm+
PaurJe56zA70d6GZzFru0Nt8mrDAJSYoVqc+INCAZ7o/tnYId53n+Z8xhWLmfZaz95X2jsbEuTs2tU4/
R4oBoRi0mo1ZUdA2FZvncQ8E0u3ofbmfXwRysmP5xgmz6tJZxEaPvn8w4e56T6yUCGOb+
szpgO5U82A4wkia2SvG+s83wVQ0rcWGYD/1f13eGqIq0zOrpXxKz5Tl+
E4B2DYpL0KR0p1g8nueMsp4ONCRs4l3f4iLyTbKu4t2+O3NZpKjU+VjuX0amb/JAqhiKyAH/
qzeh42Yo5IHoNrVDF8eSksJJvTSofxqvmc6CLhyWgkrHj47Y3MhkDN1GIXeEHvkVV1HjUwCF+
Ozw3KOJYyN1MVyjzL3jVtNXQpFWLx+zjqCG2e9AKutQoAjR77bLnlRADkkGPk/J/
WQ1s1nXfQsHu1K9SQaQnHXjUp7m48o5lAy/6TK/
ETqWm5l1tq8kJoiqiNfliXRj9RlvIPfECr6NYeQKd8im5XQo9dQASVloq7ps+
Yn7bB4W1zesXwrfMiW3M2ersKCafMDK7+++GR1gIocMRPAPtZuVHKeq+
VN80qcJAnOJTUQdiEcjwUjZi7ZY3ZmANDynp4Z8Bh0IiMhxdx1Qll4faVyLvBELDzAps6myG+XmzdqSov/
TIh8anJGy8iXtJMKRqml2wssCM7GF5rS/c3lzbBkRKOtwx9LfkdJkXZPd6jcmWp1f7Pz7/r9r4iSQd11z+
ru3wcIGai1A/bQVGBLrdC/eXd+njMCzj7L6wXOLFF/
Wsk6gl0YS682yHFI5jZI4AwEAJHZNk73pJlxSCFnQKSURnCp3toQGpgD4xNhkReTJRQ79WkXRpEr1D7R1v0z2
yGZaqEJUAQV9YWYXcl5yTFN7JhrnVxXWLRElptL4b74pIJeqSzLvjN4WPP2CfHjvyb+
qJBxpyN36XUjS4sv4F4l1lcmHQtDyLoPhiM7BibGXOltRVSkW2w35PQX6lAXuvDUgu1+
8bZ3nTleB2aAnm8KbMfsgi38G7qFn9LlD1FVDSd+5lUwEICBpM6T12+
w9tdK3V9mxk06UzLR79TMgnefv296w84qScFO4phgn5MDXxAW+kvBvkTrjo9MaKx/
WOjBV5dB39ND41MD3f5o9ZUcT4KwaKhKiUv6jtxWtfBBsUCZ2dlC5gdCV+FNm7H1cYz8kcb9dsY2/
ymDYU4HY9J3QAU2xQOIXBlIsc0ZOx7ncpoxVBU4b/wpIWGzYlG4WfoUSp50272GBZIvFyBChhGnY3Y99+
H2Isf9w4U/oq7Ib2GOjCQDKeZPSbaJvbZlTF/Gzn4Tky9nwpQI53rBbBPchpSdi5rugIKjKA4shLQnxUe3Ub9
+QQ20H2/JVc0XB9zS4210JykBJ6joCYZrQ+s5h75XeE/bMjJ9D9UUC5d8tFTg+
gjhaXQAxxUseYX5dOP52Mb4YhYXHd8o+JHGafPJp5QbyMrG+EdDT6NcjdBCKFSmA1Q5pdIy+
fUqAp8toAA8yIRM0I6OHl1G/aBVMPgsd8GSpP3VNcfcHjFISOKNda/Uf3qcN3kUKoOSBTaB8+
348Qpy4BLwiLpxjVMV3RJPqP39eGDTzD0QWbKCFX2PCZ/
aHN72wD5O3rCksQSryN4pXD44iYjwnjvlGxDKn337nDOBNCoZ5xSrYZA7ew+paN2I0I1rABTW/
VijEgF4iKh9AyiE193BNPH4W8ikAmTWFega4dfboXp8X0EQahXXwkJtzEPjWv4liMbn8UDNOdwqNJkr2NCoWZ
NxWmpU4g5rGJRlAhnJxdvkC7a/X8C7vs6shKJdqPDVSOqJxzlCMi4VY2zvoRN+2GjkXMrj+
eDsHsFtbFIGPHFWWqevtCZSAHp1f3cpRugtFUnLDV0/1yoLJsrjeJlCR47XdT+
RfAkHQt48gTECNDgqEZeV0qjYMwNp1DtA+
diwBizdqNMjZbNlNLFCYbNx25DfU3R3AyeztIB2ikrrjBRsFTLu5+luubwlrWcPQ3hZcfrB+soChdYCrbrt/
yHsYnU9NjfvNaw+08lHN87GKDT06hTMaiwmftRPoR9ZMveqK9ViqyZgathg/
uUyBhyEXfh783DoJfHKv7tzoVK0FcFJYjzMle5xM8LMgKmoabF/
q949FO3tpYNNVVjhHIMe8rx7wD0cVBcvY2gCC4d9rNZkiKxeBvtuC66ifhQcWHafnoTUvTO2kfa2vPbAFARp6
7ArgJ84Jy9XThUMdAwPwVddSKN60HVc64XZ8kSqJ7EjBNbgr4dKMgh1JpMLnQQBs80f75XLtvUepiAKINshy
WkgzJs8M4XUt/
Oe8AJ9BweANSjpT44MWC4CR2PgzuZIiCiA2yYY70vOpnLUqBlSL5KtVYIlfHwr7LpU7M921xq/JNv4eczI/
Eqkl7nHr24QpAEKt1HS+31faLF37fXTE1E40WMiDpnJSCbOf+
9gMzqbAboAD0zZ3vZleDZ8lN1dXvNoRTi7VF9Grql29ywSa3JB/faj8I8Vcgq3SmyOHDp9eNxnrm/
60jyiQPFfL5hjcW0avPVncufwUtaZFkRxgAwN6+7vqXno3sWnyCLCB7hibVZtEfoV8AvBuSWCt7d2F6zCuKeX
+MM7L7dE0bTl8d3nPzya3E4wJ/KS1T5KoYefRkKWIloIQzbnj5hBWdZR4SAgpka7WCLLlZ3+LPc9Frb1IniO+
UYGM2xNaxUC8x7qShkGizif8tQ21NBCT3utwvb/n73iPIzprYVTWPK0z+xyPHrx95QdhYBW9O5U3VyIelKqKK
+8TMvYSn7iaud4B+
04Pyjkt1iO5rQqWuY2stddUGc24nbq2EFPRtyciPlNIHSomU9Tl5YHEvdzlMF0IOe50WJv5HwrrHlY2DdmRI4
iPstOEMBodYuvdsJ0Rt6Yuu8MRUskH57CSDORIbst865JoMPPlh6POw9BqiTJUckZwUxi/
m2q6tmAbqkluW9lhUYLBBAHH1SLMkHrZJKeLa94ipSpQybsFtkx3017u7LKltxlrVS2lKOTazeXfSmuYamoxK
GlKWm8yJK5ZmRyFh9eOVxInrJa6GLazsG89L3UPMdmJGtwnPle9yfncKOstRa5Lj7zaVQd9gZws928ITAXhi/
MeopD8E8iBdsi2TbXs3BNY5VmyAycn/
rchxBwa6awdFFx7d8zmJx1eGILWtHcbWWgpPzd3yE5nGAAIPN12aPEtVrydse08mrDjAMbQosQOXp1Vlnhj6q
y4p1F5FmW2jRM+ZCBBwNNN28st7N6m+gO7Uk6iJf2W6wND/4x09ytL3/QYq1IdJxWITVpALLLmYCxgYgg/yHM
/Pb2oCi6TFXlpuYnggAxnAfKYvlvlYqBdW1w+mAtbtmL+yyAZG3TtDa0+T/T8TNwRXBEF/hKqHZcg1sr9e/
5vYouCYqsC43rF4OZujY7b6Jku9jLklPfU0kPRNz49VjTgTyNw482oqX66iAo/bCoZ5g+
O5VDryTSlkul6PUzL1nntRz0lCmCYjHjJLhfRKWm0olcy5B+djBjKqPm/pcs4TcO7etAAGFzMeK9x9ihQ+
NXyRn8SvqYhpzOoC5wbXlGURRe3NpbTg9OwTDWsmQ7R21Y46G2AbCSQYLZX8GnClBCh2JlBNdSTz44V57lL6w
BsNuUa2RwQfTARX/ZDbzH1i1LObLPqZ/tDU6d2gE5lH6Mg6klTDDMDFRuC7EnYaywrbOt5Rtc+
JfFkVv2K8T4UXDxOydKxsFrCH34NleAeoDBbeNZkHzSSTfjLRMmSqOsO95znjpTqkzrbsFn8RJdNu/
cbNL65RGXi+
PTbEwJDZ9oAKLqzBAi7YVFXf1akMaa7TlkjHHTYKpGnTp634e6n7pYEJ4dy4sokTFDgM2iXq0WwvbYcCETVcd
AtGwPXgmCwWn3En1AMAz/
lB1arUlpzn4NsHxaJK8gzXoZDhEPssy6mnGTSxfR45n9FRN38zNraVhEJUDMfdL3pmEB4TifzLP/

31893... 1QQJ628mNjk0EGX6xpFBs9mfqNUzHdUKbbEgsrBr5v3vf6xHfyyRgaBkxcIWHcSfC1UEJfHcxQnVYToSWKPKq
... dzSt2Hf+azc/87f0UCUAj/
... BOAX8LKURs6pEAFuLpNdgiTeMgvPv85CBlm9h9svhpTUOWypinFSzeUlgycVKQcqSgKuhO6EY6kMa8TA/
... 4qg8qbg/VLZJvw1dRIXwdyFxOiBfUIXSV7LkkvRMl1ybXK9oCLc3gp5HpSOQfYjaY7uT5rFcboLz3Ofr19/
... aVpBxSQImEpYxOeXrTYQKqFw6PekymPu1xKwnGJqFiBC0gUmln0oIadCgYB/
... GyfwmkdoTqtm3M40MYdt4YEDjsrFQcIGD0PQUf/3AbNOyf7z+
... gy1j3J1EKj3OQNeXDYarfiyGaTZzTlNPVVROEONJGl0avtifbRPSKb+6fy8EJCqvdkX6x6iXCj2vq/
... g2GiUhFosqZjLFJuVWuLh6JKdCZMOWb2KVVReqfM8Lqv0XKEoZqOr47EzaZTqyBx8R1ROn70ECjasOguS0tQN
... Fkv6tmm6Zv76ashutPH4K9aicHlmgiQe/hEJbxpIGu2rjbYIl2K9H+fP/
... W1Wisy4vXXX2C5uSn75nekSGxFAJeiLR5rKIQltIpBdPCQtUA3jRmSvFUUErTKc+h0vl+
... CSCasTPJiWz71vHJkaU5zw8Jy+Q7rc5P+wV/LuKmClIkNPt+eqJk72MtbG6jsKMSF4kGSyqDeY6L/
... GePyeaxiHG2nqSTeeptcyO9ZLDPp9Cc3AKvRvbC72C4h+eDKn1pF56pyseeBrvhSPZ8UN+3Sxm7w+
... C5ivY47YGRTnIY6UDoIDdn2vfwbhGGTCOt13Dw6QfppOjVHUgy9Fv6o1LWt/yJg18r79LiHU6+Z/
... EJ14JrhlLWNcuFiMTiQfoVMiJ5Frr15FD5q7WV3VIT1pW/
... PRPB9SrbVqQM7n5U4fUFwnrEaiCF8aZIMMab6Z2zaO8lDeSQWikRIiTOGC7VO5LicgZV7QRPZjH3hcefaDoY2
... xzH41wcnLWI3R2VUHOHEfzTicNfZiaPvH1iThZelfcTNmjLqhJGwaLC0JoTYcPmxgd9uCBv/
... LTDuVQ2YVpDpUY/eZuX5d2KMmI+fsNo8BYXRlaHTHUscrO6b3mgM0b6MEHjnkDA8UvJK5TvPGBW0omy8BBY54
... /rG8SsN2CUtmHDFleOXRQEJWhQjd1SyIp08XR6DG0il2R2fYAqTW8KUhjUbOVDRawQPCNuqxz+
... NC9jhbSj9MEaJNdBiV7m2PRhSVO9Ct98zINWmnFAatJlEEY4XUrbYqXs8G1TL5/
... K2j6eKR8CBpFpovPjCHs4VUIgJOLqSkObX9NHyxtntpjVevBFe9jMIL3LTBk3rmOq9U/
... hvFWE5NDourUihd3xw3bFFj3v59wPowlQ2jiHjiur0GBILXBieevYLQ/hnUG99nV+
... KaUKbCfdMu6nDiuONpCLNgZfe6435d7vvIdGIpDXtOxR8bxM/q3oYis1/+
... PxiQsUXSJckprDDGKuAmD8leB7bYMzWezRcf50+nGnkKx/fPxgVAmakjhSKVB4JIHlyI6IY/
... mPdbcV2PioCXEL7r14TbEk0OTUR3ps57SRzrfzkwf2S5yLG865ApANcU1GktFRKWv/
... F0rqHQxJ3XhM7QUTbmobSX0psxnlSzh0sty6fiFw+
... LiWSANz3TyTY5GQjyTLHiT2Kq0Vd32FGxu6eAhay1rRSbONrKrkV7IHOudfcgYHLgQJKgPN3CAeD7V2s5mAh
... kXmszdZlaE0Rc+NN5Eh8x2SapYzL00LcY8K0ecA2wDrGWh5x09HJRNe/
... sHO80GVEnqWA7Z8cz4Zc0TGO9u3gHTM+QC+BZuoE+nNOCMvFlm+Ry0Z3lHgsK0yQznnu9t8eOK+
... MZ5fk8yCuaTK/
... 07C20Dkgb51FR6ZmRbIW8nbN1a0vMMSXsVH60L94ZjVZqymy3JMHwoPhQgRDB3IXK4fpx3Flu+
... IPymLvPobPfiaDf3kxV4/fz18i/KULtG71yQwJAW45T7UYj2zUuQog/
... h2Q6Zl2TLqlqcwXplQK6KHp5skDSX20HFPUAMCkuKbUIrFy/
... raU1Flh311Ie793Hj4b4Rx1BHB28H5r3KA7jihAWGQggSr7gdJloJp8I46iWISgXV6uzSVAEI1neZALhHqpJy
... NTn+O+VUhr5qu7PMVMmR/Mf95+oR92dHZOiAQqnIci/
... tEk7PskrzRXnRDhgHuKRPfAdY5mxfMJ8dJK6wshcrc0JmPp0ejWtfHEb9yVxmOoLwsb65wyF+VW1+
... nggV4Yml2kxBX22bPNt0yeFebK/SBrCI10chawg5zwnzQBXS3STtLOIicWscg/
... swO9PiqJpAvzBTXpmdfRtidX8e7jexrm9R1z0nKvQxzLjBQpSwSWoZTRpYx9rmE2o2bRhc+4PlDkiJ+
... RNlSrqwMwC0+zsgGIpzq4SkxhqobowpGVzaXiGxaJLcoX5CtoB/p5SgxF0FpvtflBQLrNU5MXMEOT7MhYCe/
... DkRN0hvo30mIdiOqAZcgYvJDLWQaDoBfWPJojaUH/dJ1iRLI1NcPDU1O15+7RtFpO+WQIEKm30MGj3hx+
... laUgpn1B6/yNbXuiNEXRw+
... 1auXWr9ahdJnABgQl5Y3oFpduARy4BLhCbo4vkSgtJbrGX1aXxT9FfxP3ruVrhGeymIz1hsBTRuYi7tAjSNSP
... QuIVzH63TAIAK+
... w1kGHdx1BPgLrmeONfR1Wg4HVhdPLrFSZNAReE66PybC2tztvq30rpHl5hGNLSqnNoQCSBww+4MIc/
... 3XUecIF90HvGaJMP4c9ostBzdYLwfuYse+
... DVmlQ2bolzroHBOrekDudrt3f2VdbnoEMVCMjFEpndAvMx4KZ0DCjaDdo/
... ELGwf8xMyGFn7JN7mhlMuOwRewUkH5PKZ/PLhPapGg5G4s+
... oaO1HjdyzhF6EWDohQT1cIbmFJpwrUC1T4ebUpEntRUEiUXA9Q/
... VwDdhK42Z8ob1397QRYrTFpbxh5dQgDoaFMJfew0IWLIIh2TPAx0kbzs3fOuUG76ax2FbGuF10tr0VBrE95wg
... WEoKys
wRfmvNojnR31tw4isKYL0PQtr0UZgN16khQvgbKmSx1r9b4j+qxKHOyeaiuYdq4/gzFrc+
... KiVhWSF363EPLlo8IpafCCL4LL/xCY2c+QW9bG/NJ8kL37ocpknds8rUfUxjBWE2/
... h0iHKnNcwYx973ok16OwPNlfChMWpPp9CkbPVXbp0JmPyO0tm9pNtUKDGc9xOtHuOMp0vozlCus5cjx+
... Vt0TFvqv4iN37GjnjILnnoSe191ikGVYJUW71y6ZQRXKUCtdJv69lsnda/
... nDHZE6QDVo3dqSA8dd2EKvq7qSfJPJU3B1qP6yWmPvhyAou6afK4Xa3ZRP4TumxCol0LlEfaydNNGnDEfFwCg
... RFuFHPcwh0jnTvLVZwE6B9dLJiVEu37EiW737wU0oyacyQwfRI7XbQk31QIE3p2ByyRPlg1U6t56cD4j0fPHq
... T+/BRKpbak45wqJHJ750CkyhUiGA4NIvtNVS50nvIwAD3Dnmrn5kqXjrbJc+
... beQBGYWVII13WMbS2uHealdFfjrA5jcAZCSExjawLtykGEZK1gIPwAFw4dD4j42xTRh5csfhfJ6cIpzF8rX1V
... 20+QIVM0EqDnAPig8LyirM7GrZ5T+eZMNS7rJIvixVUWz28pm+
... EUR5cDjdqT2f99SaNKWx7VlrOp5pYA2R4QujJJNEHzh+4tJWJey3N18qOzO+YxX9Rvu1/
... Gk4v0wqfMPqcsctz2iB/FX60PbA5DwxOR7EmVeCWSasZr7zwcTV8Xe8zReG4mFASgvDTZJWpldZ5/kzy73Dh+
... FEGeLsv08UY1WE+gLrCGwrE9RKoFYZViEdsaoAzuhdYq73/nLIbKd1Ew+Z8YeFBz+1jHiRalN/b5Mh+
... qDEYYCFjAk7SI3SqZ4GQeDQjtLFKfNKDZDVghQlv17+L+9zos426GXQdywRyC2/bOUtdvlg2UhmLBvfgAyP++
... J4huEzw75HqHG25EWXSm4rHSKfMgUI2YPTQwiET+FKLQDkmImWI3tCMTenLntp0DCzILaLH+0/lBy+
... tHsu70e4gymxqwWUQA7uMY0DKSJcWgS73xPw/ALueDwYyLy7q5aWNC+ZlmQJEJ1RfxBWPtzVuP4I+
... n0gKwQiDEi9VMgTIz2jtik33uwXcKFtUES0JBrgYp20ui2p8XIAlCvOSQPUBq+
... Ux21pvQJeBnQrLOpAU6bk74PZxD1ER7EII/gu0jqWRECULOCNM3c3g9j2edZ9ZbrqQm/
... x3sycSY1qjjhDxyzymJTQp1KCxnvNfN1sB263R1qk2YH7mxbC/oWQ0JoVIb3/y7mMhOGLBNqb/F+sF0WLoO++
... Bo8khvMIP7DU7Y64m+SBshrfmByoWmr7htW3LPypa/KD/
... 88tTOO5CUYeavTjREISCwVdn0bT69Nub3dnc99pXyHDqHPGK8oSSwuH1gmB2eYcvCmuSmoj39iqvXFF2Fiolo

D7dfu2sev3jol1raLbsrisvfb53jtnorsqu5byiwg1jRPEhd5kWhHtVNrUPGFAWH7PMejWckcCr/
BU0gu5SuXKcF16dFEotdTqdwcIkOH/5xhQ4rrotdPsjMrKNsZGZm5oMEAZaeXGIUu1b5g+
yM5CyoZ29IqZ6qDGdDyKLPcekTfxjemeZ7rrPwUbWl8VdJvO7kO0eRxuZKgMz489cB6p17VLOLbbFU8PH9FNT
2dVqYGMXFp/2X6KZSrwdnf+GD4q0wwHaWSwuaPQety6L3g+Bcqir/J0XvzzOiH/
bSnCuzZLDozLcm70AMeFxRqqQwK3nil0UIfw6wxddq29clS4M5wKoAZAmNRtkUHzfttiit2je6Wq7H2x0XZqr
ivSu0Qjc22NBdH0DNagG65jr9Sz9dcjf98gB5hymvXAe/XK6mN4KuKwu0LMonnQvSjHC/H/QE+
PATeEDfbxFA1Be15ZaWQc39YeojdMz5CDm5l19jEOJzR5c2j3d7SwpKHJnrN5CG4tE06swkwJBoCSUMJ24JX
4rUQ8Dp+PGExSPkYojRvVqEXSLnnrHhEB5EnbTV7XEaPPRfMRpVRgn47Fq+2jR0Xy/
qWVj7yB0TuJagGYfrROeVMErf/VXUZSCXEQXYptpr53SLUXx7tkDK/
UwtaMbSYM8TCqWnIDxJDRZAthShczZojevr3HELTPUeLf7A0a/KPjb/RjHsqptnbkT2nouD7CNSf5qN/
UurdEX73fBAvGNk1o2G5UMaH/yR7tX2KipTqbX8adnhwPONFbI19tG2zv7ZY1JZiv8P531R/
P6hpMS96IuaadsQku0bvjfrYG9Lne5JS+Mu/COJrdA4DD94IXJPF+32aTnFTZgdEIvP/
ocW3qtcKp78IHtT4YAAenrPCjs9SV9KJWQVWbZutEX1dDeQFSupL3SbacTaF9Vgp6blgwcnhICfF9qsvYi44O
MxaaIIvAMG3L4OU9Fsf3v8gNBo7xtLYpHoGQZiByvdc5QqZ+
gqCLps6wn8pKjMt44K9naF3h1zc70a4UhL2X41PHEPxDDGpE+Rb2CODRzbAtwGB/
X3OFkG2I36ip0HgL2ydsWMqB0RTOyBh1mIj1dO0h56eC6bqT60Epz/
UcZauoyqB6exXdmwWvhgb4FKpSOLwNy0bU6I3DL7g3EtBDK44a38VkMI/7Z3gt28YiATf3TQB/puLjwz/
bBNrrj2J3j46+4N+UFFfPDSKXiW8shMP7Uvv5/Z5A9yji/
51xHQrk41WCI1NWUukoz1ie0Yfwrt2V00N3DzCCUR3RH5kiMdHb1fxHs+7/
U2vZTQeSYGjp9Fhj0dQMufiZpQnDPB1y3xmmcxlt8kxpC3xFrSrQiBSlslVZBiSsPnIISfIhyyI3InUeouyp/
70R/XjHIPqA03JLO5jR37cHFnvhQGYX9AjjrGllo99fK6o1r4A7jMaf9xJIrZ3N2BkFoinbgwU/
XLfJUu5EgQs9cnHFHUNf5QUVZp/Sp9kcTBixHdpilpRfu8dWbhM+
isuvWtf2hVlXOVyl3pnuiLDzIbrItjzFXAOnB5naIsxwwE+
8PipvDcSf0NW4VsGOw5bnE0FQJxaLJA4OrZokzFJiVGoFEB9/
QS2S5bIJB1q9hI2wLfvENNSSBmw0645zFSrxrM6nW7Pd920Ji7t3cnlC47jukAH85DfhbEVZO5vvDu9NPgCtt
Mo+jwp4B22RTLS11PRPGpYjBlzV+0DLqNNN5NMU+
7lh6565SjIqr89miK8ZuWjrnS8lHeiScl4cpgOLguOyGOhroWC2XaRVV5oGf/5E9XhbTOUpWr9+
qhosL35b2hyaKkR+srK/sNxl0akOX9pSblvoSZkK4uFCbSNNtRgjrsSrXnC+yohuTse+ic8zTE/
7VUqSeFzlJ1aNLcl3cmNb5Tvytntu9VCGGNd1rxM0y72rvd83HoMvKQp3S2IIkkBAi3Qiafy7t9LXVDFdgag1
osIkTmaIWLueC1jgoZ8mNaCn47jQHXmVXKNWPxGx1xTFjZvZZCNPuJGhKGVoEUHOojPBfmhevk8ndMHgPc05C
Q8QItCNaoq9ljVb/Hz91zswS6t46vDyhQORVOHCWVH7z7Ww8E0eP/+uwuaQ+F0FcXV+
6YkpOGXqCoPyOuh9TmfvkKUoHsiRBxQAExD4EIf/QQl0tG970x4N1QV4HEnfJtC5LPpAq+
YKmHOGhEFk7DS4YPxtMS6/6IsChGFbeDPGqTgS7tj5JSYI5EWuJzJzRHidbX6Xp0fAh6gbNnYG2ss/
rXRQTlyX+otzl0wMRjWp0/3w4hW+MILZgkkrwWdA1SWYQWud+
lMe1NE30um9OWK00EsFTzCXcdIHAHQOMlYaqlQET1c2IfYA+q6YapY88w/
lDT27dIyCzRqEnaRXWNC0uYfVLG3i+9qAMcpvj47grcYEAl9NEGUfR1QQBD9N/
6oAaeqqTUf0Xfwx3Nc8BDF7mEM2zJMhiRul+
adBaa7fdUpBhA0t1il5BhyAV8u6UNVdJnHoGQ5iN5UDdopiu2Qr4TldszSY/
rcS6rAo22yYRPmCTI8wzvZJ2NmFTkQOlEz0NiaVLVdZu/r0dtMqiwJ2Y/7gfR0JDYXxa/S9LW2putPnq8/
6ndgk9zWlAwZjFeHRer3QDyJqhz0oiAM4rgbbJGPboE3k5Sv0KaSCbSnsFOc5mjhfOd7RPDsspx7dEOc80qwT
uy44u+11CfF61JPH/
kNNPtu4esb2I1260Ns1Chzzfcspsko GYD1o1YpK3MzJmkjBpRih1RjumxItEQQhMjfuOQd4em+MBFj25az+
f0nErG5QGFBzbbItc+ocxzvqUaOwe0lYj7n0C/P8Cmbo3GT52q/Ly8IFjH1AZ7+
6fzSmIE0701EyWA3GVErap8xy+
h5X7p5WfM6YFb1KeEvhNfX8UUmRUf34C2c754pHHMOqhhmd5rfwLv30pvwJQRXE5cmuk6sPGkEY50wR5njLfe
txpbcGuiqpcwBjaxlTFdrvbr7afiUIPuffYUMkBOgQy8lBfttf+/sbeAqr5XYDwfxW6VBd/
rin6I9dET6c9jkT+6rTSRuP+UgsXdNIR6RCjgXU9W+5VUOmTZVxPK2K87KXws08Hs+
WJ4mWQCXrycIKg5jRvq96fFQL9r9Bx0Y/cC6LQa0ZBSEYoC9q0HMxQJ/2Utviq+
TD9koxuBgXveP13rEUT4F4c78Nld3N/i24j4oOw6b9pU17F/MJxQXJ7npIhvK0ja/GK0VaEC25N+
6mQzDKtO22RCBIGRgmh4xQe6jKhPmIJ/5IJmY2BP3v9rDLnFn2wtKjGoGjJb/oo2B43/YfJybDE+
svtGTiAPro9vS017mA9wxv8Xa7eDtMdvfOmJMgwGafSzt2s+JUyFzk6bPaOhLthhCHDCkfH0WSyimcr/
pcpGUsg6t16Nj23y57dV1daSOoNe5ZgUFj+gQUya0gezTtuu8Sk+jnE3M9+RX+
rpZB1mY5cW8CBRfp33pp0NZdHYKp/
4f35C2QMvLaKPJmQEdi2RUubX9ht5pQhRkC5mWOeMDjcoNkaThz15nBbSHafXcepACWKKPJCXFhd8yMzNz/
CDnf4mtuGhrVGN/eda+plM8EfU+1+ax/Ta3Ahao6SBmqdvetnjkbPtSeVtUD011IwZwHi+vVBRN+FP+
YRGBOlat6Xg7ffwKie1OZ6vG9pfr40JGrKbpyGVpTHCv/
DkIUzWSCid1fuDChxdQ3th5zeLLC2ioFgH14oZlxJesRMZOlTRV+3opTgW+oI46p4QlDQjPgO/0Sw+
WTr9YQMot5x9vjbB7q1yK9bcBbJ1yZkt+lYl5VyVKQ6dtZNyG4Tc/
yePMIhc0fVRd0Jai738trL1MMgAg7tJMCK8zeNMyq0OPzBrWMEdhd2ZYcDSzauMwlmVe4ePKU4cySYlNPQGF+
zeoc3WkWd6CdVziJK1MTCibpSEBV2JQclrLVlzon1UdNiY6cRHfFE9nAhzTPbArbRcwgw4RNNMCRc0gzzpNy8
Uxf4VbG9zpJzwqDDq+QqywuNzj71zLcMQzgrprygMODxZay4TNmH3pZlmM7yEWYJXsAsqoBk2/
EplOVUN9C6DMmHI0ewUjAjZxE7kVK2Iq0kzr9nIOKt3wB7BQZjJuBBrY/eA6VV+jDqRMOkGiqXQfCvJmZSbK
/wIIXraEuCAAhKbY4s016RP1iSR7l80xpRevq93m/
Mulo4DNYZENgz72ZBn3KueRSlWqMj0nPemAFSGeldh6aZOS2484iTmznb7wRC41aj0ZwTO6+37bL+
4Oz5JEqv7J5QW3oIYWTegKAAjON8bql38TX0Aca/
taNJ4KucHahXXVcvIKLH1llBhyWssrLyHLwCNwkL5LPJJzPemZjPqwCrUF0YaZU5tuIQVqg85mnNwh4UUEM1Sz
FkutKoshpo7zXMLDnPAIgRXvfmsZjQlA/pGurVWMFw9QVfJgDKUASOh/MCIg7GRpPxq5mopXUqk8EznDtHpxZ
+vDR2gOudOI99b/aNfteaepI2ovLFPrsg1/RpHfTOSZT+isuQ+1WxKiye7WGP9GJOGJPt3MoR+

D2UeroBeKFp5o4yl108ru2Z+g76jPscVWyHGr3Dreg6yCkVcgB1jA0y22Uq4RuMRM0V+fjwEta7mXd0/
VQSx2beufWyKboBT2aIYn3F8DNTiA+
tQ2bNVim7kjcKxs2wC6demVYLWPjqTxm2tMcMIFfJrYHanCJAcAPQYVbr58jQqGs8gYM09b/
YbHtbFhoO10Tx1WD63zKGM47dz0yBUaVto9UFn4/RLgNpTtf5WVJliaTMjUw+
WRaDJtwZPkxdQqDGYzNjfoP0E3x7HcBTYqsN9Xg6j4dfTQgF65M2hpe7/HEUduVy8nwVJaKZQSYqXL6ceEl/
e8w8A1JLkTlBrHJkL4wl5xLcSaZCbE3jUxt7htnhE2fT76066dlL9YzySqHFYGdDX4jhHtsWwIB0rFCZHDSEI
9XbP4EfjhWLzmkZzLG2IZaKnym2Qzt7l2+
oVx6DZMpmXAwJdQwSq8d4sYdlvYsbCgZi5BkvbyzXAsCtkkUsgNnIM22uzlOzRrq5FF/
EtDt8FBbjwAueoCUiIHVk9Y35LNEM02l2ad9xrhpuOqlTfpKvJXbyhlqW4ue9NyYXhtnjVVYTgPLXvtY3/
I73r/
oyLzgll7a2dkWG0U7sjgXM2pcorRHVP33Ai6Vjk5fxUK2BZBFTY27bESTwW6v14NLUuOGXpq9cl0dNUcY/
ucxNFAyJOUX3JSQEFH+SoBlzAnHXRuOOCPYtmwT+H2MwxQa+WhUOmRyrTZyKqRtwjSphbz/
aiLN7uLu1os5XutK+WhMvWhKlgJsx2duohUtxr7pBdtA/e+2lA35wW5A/
nW4NrBtuFDcgt2VhhWQVG2WvwfJuCPeKnpo0gOdZaq1+LMVOi2CKaXX+Iw/
OEHJcRzFs8nwhin5P6pWMUv3393crCrFYRjeo3A/LEgNhDnkPcyhjSsWmZKAHHyWA2r/
E80SzKNSPuUDNr4Uy08Fv/+X/
InxdZ6PdwYOASQcPTeUikkEipLE7XyolrrD4QS2kvER5WL4ZVQwduyWw0PYv2px+OP5hy7jB4NUV+
nbROk7PDeGFre1wePCspOqKgBkcmvxZIz+OCXKJsHyWaLPHajdibxHMTNPztd+
EApJFETDeeMxXQeysqV3BJgS2xoI15SJ8VW/W021751nh7Zus5pJM6vCOQBOljwWarqxTFmca/
LAj5d81vhEdrd/
EvfEhjT5xzYUTZvwvHC6D72WBMXHaQcNDBfrerprdM37Xs9pvBBuQ9lH2FhzSvOIHvTovJhooQIfc1eZcgVUm
+h5+
u7zAsfdhDMQRNlCEgXlgP1tLnjYfeAb13IFrvtDTkEgnlwSCPzxC5LE1DraK2HFQn4e6USxcA4E4oefTArPvc
1WnsHyysYkOtb9NBFXBemgNkwhGWCLCfFFiT5cLgeSYjnn9Ai98o+lxlDg+
11Uo89Tls02WGygBfVPYfqlpGOfHpU9yHTYtx4GQCntJR7LtC8DE2Jpb/ATZ/
wfVrISQIs57X4JdrYOfYnyN8IJqP1xlbqqN7KewSHrNMEj1BM3MtJ+jvI/
oJPIPCIMCW5nB28glfNA0mKW95cUNatXWqtJQw1JbeZm8aHcl1s5Ybup/f/
hxDjCVU1AnoP3OF7ZnYU8fm2puZcyB5O0vjcO370uh8ATysq2XMciP6aDERudZsokCGdVWc1dwtnWLTyp7vE+
2E14xeyKm+7/AumVmDBB7O/YR6Us2oDjgn2nXBr7sWi18xzGSOQHRily01rElCm2NUzep8e83mndB3JV/
5n6J3ZugVeNacAWYwlJgBeNjMlWutoInzGnpK0ZVEF5h9Hq8ec0pSmyPa0IEd/
W8eP2DHu7co4roD2FcZT0wtkvZe/up+Do3SCwbfZQ3vqLInhmgeePxv0PWA+8dlP6cEKJ8COW3d+
roDeqXZDH1+vRK73ZyS6A8VmGZDMU5wZ385CZVDIrrCPiQirGY530P4999OaLzL0nMYOFymTMS8ypp9/
j2GESfAFAf6hD/NQ2wjIFBpQ6pYRsCpkYCjF2KHrjXysYUJSbeiNvnvUvpiABuuqNK/GY9RfjiG331+
H4i5GjNQooHyU2BhWXEc9PTohMWQtuCY1kBfG8USfeupNDhvgpJx6Kcxe8qvdBI32BkaYs9+
2Lc0IMs6XrdN6lVzMZpVbR2058oXzOMctx/o07vPgcVddg8abn4VMF++
K49UaYjnbIXNKsQigmFvVPsZTj4e3zxUKjeMWl8xxX/0MXWsUAdwF3PohRSyLCsHpE1sPyuobU2A1uzvt/vrL+
ZQhwBMEwf53bF7kjXAJHBhfmErnu7M/0hglrv5xjgcJ8DU0idQkaA1aAvY4ZwxaFT8vf/Sfq1YNr/
iylhqcp9ghkfgD4KreqPY2QeETWdV48fXc+
tTyHLM7COF2Nh7L56f8gsUMCdREyvOnroZTc7zePnxVf9Iz2ibXhsaK38m6FXzrEi29cIIAkJsvWgM/
BQ7AmI8AEQu62voGvnVVzwu8I7j4mfRq/w1TE8Dt4cWLAA11Q8G928/x+
OmryvxmIGucqqyPZg9XKSvCJldVJ+TxrccT4eq+4eTAKTGqPinIsLFhN8IIMf0YMS3g7Do4X4+++
5VxDxdZ3a/sybS+WuL7EK/2s4AMrRBYDYQLXzmZgGi/
IUzpIP9Ot6I98VRWUMhk6MJlR6EZQT1Bllncv2IFCUA+2rwhzhjXMOh6z3S4ceVS5OZ/qGoWOV3+
o9nMe8shlaGNXRxUmkeWojrxtBCmrjDQaK9DNP73I2r0F4tNj1usyQzBBYOMMZzAYSNP/
hddkjm9ySZMrX45jeOA1793m1zPr84zpNGsW8dqM+K96FboiTrHNsZg5H0P6oXFBK+5ZmQ39eCG7OGwbSiHL/
VBHJFPfkP7j8e77bz4E28/2F420v5FOsNUn1fKNnBQd8a0zjXc+
kKmHwMwuRD9XFgtu2kVYqahgzJ9MfyoQAzo4m1Z3D5LvTdmJXr3k2GsNivyQcMeUFze4eHsHIpadXw6glaYvG
nxMw8gqKkGz5gZ75vxbVT6udz7YH3AVcTNoG7SeBE+
lZobKloepVMc8r5QfTAYpw16OTUBqwUZDWHpsAE4EEP0m7HMeANR5fttN5sNAWaJJfeiolumMvs7OQ+
tEc5yqfLphXskYKlG54YI3fU6TsLFCDmcQwu3/
M53VctWZ0e6GR1d5HfyRTPHi7VV9DQygBSpj4uPbo3Ijh99zvfC3XCSLLpG4/g8U0bWbLmPcPPE5X1/
MvnpDiPoMno6mC7qKqnMgqIuqt+
OOfxjqdQQZFc0f4C4kZUssJ1jE9XcVxRvN5XZPlXsEwPON40NsYwPgOsa97zbEpJ5W/D/pD+
bdKBnnTlj5NqmTFczgsbYE2a+UZFTbDEgberJXpJrZWxzlXfhthYHVdAbAnx/Jyr/+
L43KiGm0wXFToOGIg8peg/
IukCeDRzeYPDyYVkl5xAhuXAMj3psfHJmOIZcguXSQP3LBCe1oKSOCZuWjLvCRanOHHB87jSAAuByEHKXMbEw
Am81uBCAjRM+byGoGly9cBEnLvvnDmip7/
jxpsRtFuE8WpANLiG0rCSie3eoTliFv6H5cqUHdLkYQecinNiathzfwE9RVRzVI4LMGRZ7MLYaFIbPpTvQN08
tnt+TJDIJC4Nna+0uxQbdRcCFFCd3qb6FfyiBk/9wLXh1gvmKduBEjKwJ706LD+
1RGTLZ3fdiMHPzqmS7eHLy5EQdKFKRL+3L9GqF0XkflAzI+
DadOC5ug5CQesAGrivekrBmiW4VMUrkyn3G90ujLX1HxmSnVY9ufk1aUeWzvhVyX7uP3Kn7UgGRPcf9w4CHKQ
CsIa0zIoZn6TjQAfa/rFrnYfdl/eo07JU3R+cHvRwSH6OHT0Tegb+
DKsk1JJG1cGyD5sRyzJn9GkGEuGhUeG4WLKZodPDJUoRA0vC4dNolBaVsZXZPPkMp1sxvYcmXTemvjufMKZ8A
TBSOGS6U3FE3/yralMYOxa3HEmK4WZX7g7phw/NtJGArDgTksq4s2/
uCt7KomkZ6O2geK8pD5LPTWMWfsTbRqBG9BXRf6RbOn4KRjM0RmgmyeUNO0xEOjg6Vxl0GEecfv9b0sVHGtKm
dh8rrJIfEvUBXeFxpfM8nSDgu9/
ydNVFpihOB2OY4lhp1DJpTGrTJetYbLChwf4E4FnXnRed6JXprYIiu6OcPETQwFuiG4bekp1HDr1IiVHoMLdz
jH0UitoRGrZiRmWYr14M1ZIN3BPmzXnzC/i8Ce9ainywIt34AlYPduAuRobrp+

31893...

wi7iAFqD4qKtEcGcdoVoSQhyVcnwO7GqbUoBhQVkFHjjE2dTqgP4Sg6zqwsTHnQRWVGFoR/
cNjesH7PyEh8zc5X8K4caXmdOsznZaxdXFuHYjSxQC4YMPSiB3NAxD+z+
Ip5aHBAhiaJ3PMXfWRkir4ZwQOEAPgmkc82RC8x6MPRYnPzK2OaOagJVJVYQyTV4DZW4qk7e+
rf3ddRHGav8nUIOsz9YMRZKyHfOd4BJcWo8ml/W5wDpAAcf/NgQoUEgo4xVuFCKRW+
RMkPsQoLNzdcFZ9YRS2eo6TIrpP9QKmUzKN7+
TO5m6ayAYNtUES0D4ltvRHEp9aHcSW9MBQmOcL1ktDjMlKPUjAZ7LwKzSGNJJVST57wJXPPt0v90hv/
B9UXsF4XYc27OzF95fGjnBRNL8LMN4PZbw8Z+bgDhXL3oazSDmaXcSOcVBLz6BIMZX/aerhV238PDhaPPwCt+
9K+3TREjyTWkASqhz/qjN6psDNvTGbmWfrx1TvVhoGzjNsGmRDBTmXTEJdNjsGaiqsd01vXDOoPlPf+J4Hv+
MBGXtyD2mS3QLW6yOVISPdhH/fXs6OPngYj9RecqelgjB6cbs/
1HT8JJYa0WeMJuKhJl39O0KTflUVfX6ll2BGwFu6inwZVAR0DX4ien9+iiF+
P0opdLBIlCN26aJgUkeNylkbivkwv68hEhhk8jl66Hcbf7ypS9EqAmQD2eDPkJum760MM1LQBVai8DwcJCeBH
TlLRMYZq0xHsBlUo2Jf72nD0PmAPOiZ9BRiZMbwdb8gDBGKIGt0Wq69bIaDU7kPi7gXMAsVv8GKg536EOC6j
KbOJbHM/RbtoEAcFxh9w/3XIHmKqHa3ain8NV9fRCWtGRaNfQcbHRC3k0h7CVEd1uMTx/
OI5tCP83xt2vEqGXLc+gHPf7jEru8ebn8VEdYNkWz8lWgiBIfylh74hmFkMzbGSKRff5+
zGqQYUDoAMHAPUTMmKZtP7hp1QhsINe4FhMNOZyzXLhVihgvEp958NyZPii2ctQRcIYsjNTIq+b+5SzS+
h8ySgOvD5XmQlO7SQffL5Z4b6Wf0r/RCnMoLB8HjYrDh6PT6dJGOZ9vyohB9+ljhl+HHIHu1FCXI71+
GHXdT2ex6to64Mo1Qs5rm3W/ZMJ7/
uQQTt6G9tIp2VNTXltu2ua7UmfhG85aRAac8cW2eLybNRv1hZnYqLAetrw8yANvesnYm4v2pVmkJk0eS85S8l
J6SUdW6xRuo+dX+pUG2f3JkaYTZqz8KIiuucVGehdwnZ745AJAIbszgaKNQI/27cqjJNqz+cvDqlsCh/
R6BI5nMq8hGGjpW3f42OVE331NQywNtRKktGTi8thhUqcUAfwRTXAuoCfA2b0/
8YXPQ9KcaV7qjKVhUgNKlq5JQT3T2M+/97yT8nvAxpYhANUUAJ6FI+nE8xH4F5kGbfkZNVWa9/
PHPBgGKB5hM05oerZVq1o7Tryc6kRCxQ4g/ZVAamBPEMOzuNbCykkIJc7pOhw57uYU7GI7wXBG/HR+
lfXSLZ0ubX2LtnCD78gID8eETrXwL6JcJE3zRomqq5FcOWICz5+
9i2jLwwHWT5Uci71gYRNpuEt79D6QQh8u4RXvpgL8wKw9O5zuKuIZHqCX30BHyfD7YQcUvXJxgCnPOsYsec6/
theaCoVByZQs94/
OTWZSw573amUHNzM9zSZcpi3IkxRE3jFRYRkv02u4wziff45Q8j8LjDU6r6M0rhlkMaUUU9FV1PzR4HE1E3Jo
R/CTkCk1IB4RNZVFz3X7teBBsetUc3IhVB+cx1g1FHwyjmjtxN85ewEiRlYtqterkySexspnmw/
PRry4Qju0TN3S+xTEg6hJg3p0nZR73c9McZ1VfS89XvgCLlLt8+
40AjepiI4nHv9bkUFCeiEtxlDAtsDDPZtFhdG8JCU58tGz49o0VGrwn9UzO8RhzCNqo0SJX0br2CU374xSM3n
CO7ydu00fDd0sclX7xtAeCBGb8utstCbMxJP04M9byVvcTmDd2pXryk4UmdPoVPs5QOUprPgW8TjkuevMwpp4
mBO0ggVHn5QLrjVkBJFTkXwOAJXeUaxpGrG0/
biCcaniL5qFqpBGnedgSiIhla2LvtJ0bWdG1eEMZeakq9CkS4ibcj5FKwJQMsfgmOOL5v40CgMB0LhC/
RtWNydM442DRXX5yRsSagmUYlwA//PmBWBY0tlq5suOAyRwkJwUV1LnL6c3fv7wL3TNUPHSre6+
GMY507bxlI52uElwr941NOafGMo8AU2e07vUMtSpSeqHqU6/rG6b0kFjmdzkivvN//
KouCWGi63rfKxEeSthRt1FUBFdppx1IK0xYcC6l5R5Qy0TYY9F+
8F7JJTFOfU804cmJYm8KLHl2nQ5ZQTYmqZPFrSUPS3/WjaWSwiBPfrdB/BZnD5BpVKier/
9uEwSEIasytDvA2u3ZChMzDE2srEdKXmYfOnz54TEbM83crQ9/WlPhhPShY3LKL7Q6EV+
cJbhLn5XTbXV6gqBPx8FaPGqqBhY+igUulEf1O5oMB+DC/
VrlDHuJ7M3VUt4GkVPrGozGt81JPkipkmtw79LUKkDw+gxTdmBUf53QYYvWitN0K53/
aVCYERBLDSCVtEvkDaI/UuAiyE85L6QOxCt59nFjzr4IM9jG/
BoGgGVeAlfPy4p51ITHkR1LZlqCOAESa7T5jolbdn8kXHXke2ztutC3ODX/TIj/
IJ3pZqsif0G3CTPlgCmZU18Tc8cDnMJ6enzDelRddGWzseczBR07nHP/3xPR7nqXY/
DMBAIn39r91qgJkMNGaPrTFMEnvaaDz8oOXPzhDRhw0PwQ8Acp0FRISzeqAhonIt8ruzBUVL2PehxpOY6+
euXtt4WMYDfiH5xU9P2YyYMBHZaCRoEl4SjED3RCcprr9dNCJpcbv/
W6HGNZd5u18JzuEcV757dzhXD3lCuXcErzq1MNmy389qRJDNTOl3wFuSp+jiZyCwwMcVl3tlw9uJg/
21gCFezWuJ8st2wpC/P1j8jcx9XvCxjTZ0LTeUfd5lLcyHuOIRAR0iNYXBTLYvkg8+5dWj/
0wkyjG8Gnro5WgG4lFz5tup8VC+faRSGR/YR/
rjzMZQaDWLUXRgfsXUg8UXmpMaY1X7UyqzrZfgQZf6LYUWpaShxHU6BawZohWeRNEHb9b8b4w93h0i3Mi5vg+
AhKIcWE02PzAfQucguAL+v150uQueF0hkRMemWnOmVJjENYPS8KGQRiGVEYhjREFHk7n5hDP/
Bv2xtn9UUNUoOJ2rp+i3iMrcX+
0mRIkSJ6EBaWsHgnh6vCJsDl7AFn8PTXaT3K8D6E4zAISRlogBGM4xsBXy8vgi0yr8jl/B2jVn1oCx0pWO+
nvurqITNXwzWpFtnuJhOpqPP9LJHxmShDHAC5VMcokSmHDi/IbqVCH5OcogA+
eJhWkJ5u2dBrh65gNmljgVLDb8ajCkVp8TkAgylc21tjoEgdmV1jai6bI0FOs/FP8nIRUFLjHpSBzb+
qxTn8WrrWGb9qdaYCg8TFUME033dK6AA2K1YQKmAsmk1Q8PwGieB0Xy9yLSbqfgRCSg/
pCg14TxHXiqyaVVptfr1ZgWa1ykjj1gTlQNUT8lIZBuQnkvlOXCNXZduLtR6gYoTUfiPzGpc7Z2o01UKNPH
Hfy0ebckednhB7R2/bvkSuy1GAxG+
PgCQLvIn2jHl18CPg44z8oXplslACaoRG3xNgjnZ3VvXmoEX2fQL2of8feuHDnhDp19TJSbiaGqr4/
NeRz4PSuenK20Zuq7V1jnnjzzGAXf1xVQ5zzwr9r8ZG21KXHIAg/nv6tdjIhr+17YI001S9/
TFIMvmWGpH9xIB11y2cc+segv+
dowrP5nbX271F2BRr0iggeAWkeklCEQdSYKQwYwVXeznFr7JfOM151SXzIO5JffUfKnYUPGYKmCefuPRUzF6w
yjo6ifu8EzkntXpFjwIH3QVe2RFMJ3aJael9wPQw3Ql9qXt96DF1A/
D4yDn5YkRhYSEwJARaZcUTGyQpwAuqLWfXKMe+HbhSOnDO85qNcxAqZ+LQob1ZJ6q/Kg0z7Ma9aHdc1/
4jaT33gNJuMRCpUAgCMNHVPwl6Qiwiw4q5fy4IUn01+
k9W2tZoIqRUsrGzYxeRPd4nZHyv0Ry0nzHFmksjbiVoRnhfpRprwmfgiZ74RAGhem4TSRxzDTNSjXGnVLXETUU
KV18hftP+tfZQD/0Y/wZFqLcNBjhMwH4OrKFucHLZT/
1vsH3ighPPupqypcUfV6v15dV9JkpRxufZgIHuD4T1Z1VFdUkDsRcSCUtqXOA0LWSu3wnQSGtsp0uGoBNPRrv
c9BucG2CyJyWN6ymAwBOdgdZwBn+FArKetuyKM697hRDRKReOkH1K3G1kpS7ycZXFTom7dbxvSX+pPQVWUWmW
+0v10E0gnWc2PjVJyD33fr8TOY33TLeqRlDGGqg58noIXsI0mZ3eG9odHkyovNsnfFpiY9U6wAE/

31893… bfaVuffrd2e7G/hLdo4b7uqilrSROlfeeknem40xB1HBEs1/
… gkljGeGLyzYCQSXDPEUy2Udz21Y8UeFM6fy06ZWVqUFxIZvCh+dT+8/LnOrAqtRObuWvOXWgt+Pum4SHpTge+
… 2KewbxygKDUo//vJLQn+bajEvB0/LjyckTGWKrpfjdbyK40XVUDSwAHz/8ZzXfFx6hGwN0ax1xteCgT/
… D4W9QY0hulDCneoppJyYKL0d5fF5AEuVMYJ3JnSjnqSK7rIfKAlGFzqSRbvtYqMAxEImoVVc/
… DFJJFLsFaO1P5pLHQMPrnJyN+WwG0ozkxVCo1c7Ob9VZsHg/3Z+D//
… hIKm21MyEgTL8qSf9f8J705nOa1BMtKZLiUBpcCQ7lEtePL3e5eZQHjT417LO2g4FyF8B0oeNQ9gyvtUFRAL8
… +jA2WHcAUFG9zwDCB3YIObbfN4/
… QZmn76hoEmBkkBEEYxsjp0K4tZms0EWWKZxhroDe2gGIquVyLTUZiaqkwxkgF2TTDSusN/
… bLMpccpYe2LbfuFRavmrwYL4AMBmnS9MemN7TqLfxOnrdxPip0qMvU9IPJLcIj0YEMwd4yv9vky6Boksuk/
… Q0LHtcXeVSu9AhrsPonJmWzzvWGqzZY7Qz/LcftLd4afVfiD/
… w0bS7UH5Dr5HtsjObjMeCKWjwt7fLhjf7HO5eeVyrcsQSaIfa2C8xEMhAclJP6sqS46sIkRHspv9QMgUiYVqe
… zss25BGl6qVlakwqf2Zvmn3H2FWfpNTqoQvCOTlvlNoJDbSb5JMRfX1fUTHZEZW5AMI0uV4mDlLLIhEqMGY5r8
… y0J3u4mrDdSzBaY9gTDi/KKnPDPumQ9HIPbHJRp2RSZRbEeCKhaUfr2Noz2vbA/rn1Mr74kEeB/
… Bgzgk3fU7BDbYyERRiEQTaJ3w/Y0eVvwTKIDHij5pLTA9gbCMY1bRhaSRusNS+hAipkU7Oi/
… UVG5rbqp8wjdcstSkbSU+BoaFZdvm9FNYswONnEajE0p4+
… Fbf98AF9nHPGT5lYAQDLVVedS4ls5T131DDkmnMymaK4cLZu/fWgUHYjhONC/
… 891Ss1h5A0Z23Wchc4sQNaS4yjCUPMd2EYCGgZxc0Ge1IOSxHr0vEod59fmsFBIt4tUURIJspVDc3gKq+
… 6X2XTmDN1rjAm6/pW3fxjdUpvWwAFYdA3b9+
… ZdiBJxSoulDfgtZbe4Ny7k3Q4SiTf7fEvWDM8cRyCFK5TFX2OZkHxmihFp0BVEjt+NFc88Fhm8LFJNrcr/4/
… xgGisqS3YGuFHJvKWS07/1TNrao+hyEx7X7jt+8d4O+qIXn1MlWslvUFe9xqhH+BmVwjh6hh16DZaGvW0zWNs
… +TVnTMQMnnQVEjib05+IVvuWbxYr82DYV5oS7zB/cDN/mrjZXE2jh6YQrWpn8FxDYbZ3+F41y9GT+
… PGA5PrdpU4bv60/8JZ6xYPWN4NHvDfVt0M8z09u9K/HKJKQGd0n/BMi3F2+xEmjb4K4Qi8B5DTSUtMO7+
… 8dmQRo/4EaPcOAOBIobWNqccTH9IqjXJnjdtZ0uYCRxOKHIsZU1+2s21S/
… LDtGxhGGTn6y6VIpWRyoxYrFH9dFkWL0ydsGsG9rRSw0zvLqLPCQzS5D9QemJElm+
… 7VmvnNm2xhgjM6GcUKSbrVm+8DL9Bx8YOn9tc5Yl TsrjhSvlFCI5IxisgvNy1axa+
… GlvMzTBHnn5HXgN8L36zYAiSz/egTwcjmAqPJdtxNMRqOqviZyGJb30GJXAk/
… X71aEsJ3zP3IHcHrbpaU6gjadvXKjWNb8K4RGs/mckRMvT20Yz7Yz/b88Ur8OPDzs/
… inkreLxUlYehRoQqeVJTgRhoD33eZslSL1FJ8zlP9G5CG/NcMW9AovzfIy6+
… hMq6kwaMFEL9HVxs0KYViJZuxqc6habeeFgDu5bq4aSN77EPNYG7QjFTXvXzqLTUGbSuEPfpQxPLcuBQU/
… GRUhH9ekwP6mq95eiwxlKpERjRzOCGRmqfXcRDLzxU4VulQVzkv0EE2H0feXcLZo76m7KV4KNDNjRLNif0Vx8
… Y2OTlpn5zNftil9/rxMUob0CisPJ8f+MZGKasGhLueyxdv407004+QF/yD7HH7Ek1Ijyf4/
… AdgWZiGvqJ6dQlbDadrqZlPcJ2NTBi9K6mlTty/33bl/Py9x/4tc2uR3GU5JqwN0lnDC/Hp4oelX69IwSQh6+
… RHuLGW52xjF400H7ZcnwNDvyugZSKwCLl0LTEmfvimiLh7mh5m8cZpsgejruBcXLCr9Tk4pg4FlFJNXPtPfz2
… 6OAitY/qzMf0yD1kAmW9yJC3NMdR4Gd7XYAZUOwZ1lYcovVzoPUSie3p8CBUnxefykYF/
… CxeJYVw9kuvQe4XnfoF6cnpjapH/Jvf/
… 1GuKTIJOCn8oglLE1WEYNvlVWvqZCjLTYsLgnMs5839XVGpyR5I8RmjNJAyGgCtiiV+
… jk1JtU6azbbbRBAfgUu2R6aDyqM2ayuybcqcI5zdV84YHtn1S4H6CN8N1s+
… uwr4fEJaazjZM8IRNuabgDP014JQzuNCsCWvuWVlp4jAHhyfypXA/oEHmhq7wzdFhZvnv4/
… MBenze06XhVK4jkPZeOFOh0ocdRpfPeH3jmv+
… ccfd8YeETpSTQEpbb5IXJ087Sji9HU0GCwo3kLYPj6s7PkwiHavav8zSgZfOKXnVbI4sVRKaQWEZ+
… AW0t7xK7YqT3NYPVJrKObPSSS6s++LFqW0XyNb2aKqPQtChZoZT2CNciA3SP9OdEmGGQ+
… 0BrCL2rgZch93nJpNX8dJSIkO5OV+CoG/GlKI/
… 1Kuqy5CV3xO4pWiPFlyKeVg10JgShGjb1eOZy1qlyXa7BAviiXQAKpQMBffFyHD3sB+
… 9cqQaotgO7AglaDaNJ1LH0+ssItGUCje19HQDSCO+mVqjg98Yiukk6w+
… IyNfqd1XsihKIN2M1GwJg0VI3FcfVhmS8oyyTBAACWxXtEdxkL0gUmUxYzPp0QXP3zK/
… ZqD3eId6MytXi9D9PpO1588TpbPp8oWiWOrlAPuMVklDzv6RRHhJKzBFD/
… Gdngo6RThjPbL9tOV8h2pDRZnMnvqllnnVDE7MgZ8buul6vcIyC1nITeybh8e0MlpdzCWXeo8fK1xUFVT34M
… 4dVb/y8uQ2WHajfuJEypa9e5Vw/kd0/qeaiwjDAmfAeft33BE9lavFQCeLa9RztJ36ULppHeA3wtpqODX/
… KNqJSk2znUqLHrtqY2xzuMlhfTBxtBRgAAuElUQNcIRqx82r9LxDm6NOZQpUNdLSc8UuyJUNDsgqqFzSjs3kHt
… aw9dFiyCOFA/wQq957MAaBheeMv3pjhGmgpYk28zGkipWeah51uco/
… V1AN6zlsmxcM6ygVnIm0CJjJd6UK32dFG1HXCCVKQ/H3B288Mve6K2q6sgt3+
… NzPIsTnKkyOoSkTeX44Tkj3WDpQ5I580E1YzqMwZl13ZgJW59n7l2a6NNCXOD6dd4EpdW/
… KSoUbO4YvppRvLeQ8ssLbQK+1cjr919cRI9CYQlrbPIknzp704UFe+
… tin6VQYHkuxeC10F8428SvhNM61U02MFrF/
… fTnaKNfi3o9o8f2DBJanVYLfEyWIfLzjCuGCu5nxCoOQeZlsKSzfDN2aNV3RVIYeN9OI8M5tVdzthj61dqrNz
… leu/ZFfs+FYb47hX3HSswvtxWWpNqHrVqqtL0nfkwrbu59Qfsg6dd7AllRCPSK0Zy+f+
… VRBM8gHHgGzulbyEpSB6kVIw/d0N/
… rF04YpZqiXbr7AZEhkN4DcNZ5KoIP9KfJdDO1fM6djwIf4zayg72FYst2oLsbCP/
… mylnsMgRdfj7ay1lBweLcETYcSOXxtJ7Tl1bmwbCNf9BQx/+
… MNMgExVAbNkxoARMXKV1caJ7ioHoizfxWmKLRv60XRsvVSAp/Ny+EZMZM3ps4Zhp6p4aegOoK/x/Hx0337Ig4
… +YLnFOIc+InPCaqUefYZlHBJD+OlaaCNkK5uZ6yfF7e5VUxm8E30p0zV+
… BhEqGS2vjaDrdXy6EMaVQAg4P9qgNJwQo+5dNidP+ibzamKd/sO/2WWY06WIoQzivS0ccg6LPdpAt+
… T8RKWPM73wUK+/uOuJCyqujnhKl/7UjRy20Oi2daCRyB507mJULqK1oTow+
… Fe7KzGB7gAhuvepp70ClKUVLJnlrNzEnhJnKKf9IxcSLUEllly01Q1Q01msdcDj9UURs2VaA1jWaZEBeEa+
… psgGGn8DvugnXssJfSRosS8GbeG2RUJTkW6YDU7yuZNLZQqjikH//dothnM5xqdTmnGAL+
… LOjHmSSNr5JBrheGrzi+zYni+C3CshqMIwlTjmzjDmZ2aBy6XCRw8pi8qsfFupcfnzMhblAQd/iPSq3UT/
… eRU59LEfaJ5RUsB+zsdFMPrn4PdsKh+M+glTdyrA7N8evx7pbkP9/rvIsJfZydmXK7cgFOxsVUfqDUOPLg3JA
… +z0EjwfqF9Cr6dKRox6dL/pkLUDdbPkxMecNVWnWPzjw8sGlEK+uWKO9V/

31893... zqgGkT02ewk8qpm2hK9Jtdvaz2bNm1lxb4vwUtvoi17qtE7/4nau4c4HrFI9ZyDS242oyLzReoM8Q/
... bmrYUdLSJ0aJLG+Khx5XTWRhsuwnarJbNEMwICeCdvSkJrrvkRrohz6rtNz4f13ZzPEKqCmaSeb5I+
... oxDCwprTIgN3xJeK+XSAg7CyUKVseKDKCDLemADLnRN+
... 7CeHPTzHKGsmxPqur47Ol3QZ3ybd9AAdqFecVnVxz3s3lshNe/6GecBJtXcDUsIauZhdf1cK3kahTsu7/
... YaNgThdEKKW4N+3d6YcY0tcpB4der3ljx1rGyhYZbV+CIDUjYAYQchzFUl0attjBEMsnpSgw2ngzHjtzdCdIV
... ++QhAd8EMQVd4GAg8gL1fyxk1cDWnAgmEpNLLyItaPELTVX6QwW+
... YRagVbqvtbdL0S4t0CnWAM5F2WtbNDQAoGXZ5qgNxIrbJp4TpzTTSz0zw0pX3VA8rdZJu/
... WykUaxv5nltbtVDT4JOqRec1CzsHWjzeZjdQy1SDWP7i151Ol+
... 4N30B1XkGFLIwH3HDb2XayrjGp4kWmoZgACRRdAawvyRFNaqhdoob9G3Vjnu5+
... Cz5Gs3KlYTOjADRBjwFznFdLSPmlk1dIbRgEWHGhb+GxwIXJczVJXsttoOhtEM+pbgIiGAehjfidXBfW/
... LnKGFJfAgGkVD6ajSPNwGgpHLZ8Pgf1SN6IJtPt7qpyYHiE3twjzfbpgpjWYWBtmsYwKCeK4JqbPTw+B9M/
... yinThcIQTPbvL9YU5l2yyBuGxRoFuxADejWR1gHNrTi84v5F80S1+
... RxWQcDT4iZXF1SwZj88afRQRvWTpYhu44VSRJs8lPGgkSuzfc0QCzcQ1kB4cSidMEmRqxqv1c2e5Ef59eRmQF
... ykGIEpFqGNNNBw6tZxeqguInjEUH0iq7VFmfqWKn50Dpx2Rp8NCOP3GXkEJD6oBSSyyYDP9vSIBuKNhaZlzSJ
... b6rqDe6mZ31L3RUWwEt1q6OcppjMoM+tbBwhArIbAVrll2+F0ZyMsjySm+6O6YwXYB/dZwzyt+
... appisHSnfG7Q04Qt4lb1DMnaTa1dmwhZ1uF05K7L9wGtfTFIo8YcHIXloH5V6d+
... q1PabUU02nt4sVD28nzQaVIGWpPGIKa5Qc1QN4LO/XBuwbRNmp21nUvkSMp2h97ZuyVWvmXIWcopz15R7+
... 36fy1oZgEV873SLBHNTQYRfM25DzcPzSdg/oY5NhWBh+3Hz00Hk/6pLz//1YvZk1hJqsfbrzE5BEwQIfU+
... glhR1rNugVQGh5Fo2z1YpCDLoDK1q27dQ5pW4vE4jgAjCAjKA9m921XjxXh/Th9NjFxzv+
... eV5DSiw6FL92bfJLTtxq12ZpgsJW2u5Blt8x70E68CcHQLLWaiSakM/Ps7QTkNf/
... zJIRyW9rVWGNbws4PqCCwP9gE4Qxnv113J4CPG4EZORX8N3MppfljwDFFLR6bpV/
... RUzu1X90MnGCeBrw576NaFAW8cEYn1I72ZurkUZGV9y4RrnZF930c3gsn5MLMcnAQfQFJaDyFhgJ10h1XGOXC
... C8D9zreOMR7/WcNd4uSUuC5zTIfOwcFhj1pls11dtW6Y/WFz1n7miGoQ7jdxoSblWpHeCJH7+
... W6C10n1zBgKoy15iB478Yjyqn1bbtCB6IUsMf+hz3AmBWy7LMtZ29HT6kFOi6nwZTNOy2t+xBsDOozS/WfDC/
... 5t5qXlphObxnbWSgHzx8sR/15KVW8+Iu2JztaCc5ewIXXpd1Nq9FJOHFb07J+AMplbh+
... uISVlBNziGKtDcSoih915D4A1wicsN/X10XD4p/
... rYK4bBhOUCSfvw5A4XqS19XA73jPmQjDj7XW0e8nx1gM6mSEmY9SGuOmMSirLW0bsIMVZXOQsk1tNQOge61CP
... aB0UTRwBIYM1gQnmKUHn1kQiLicJh0UkwIVnOk1JZ0AvN56YYuIHwAJvyFTJhqiF5594AxFIGln0UVOFeAVy6
... TA9pEWel8LJVcV5L5Q1W7eCAITSMvQ78I1TmBEQXwwZIWy0xbZ129JIvaSgdWpCL0WJtX1Qk22Qp8KkuE9q
... 1vQiKFwf2ezkFEV1XwTtLdWaG8OgsngO/V/3XDb2iIav3w21ON8tMM/bYi4YpY3//
... r0mFFMxGXXMqXGLI53zhchsgJtdnzs1zJMGmYJhdiBiS2BcXy8t7v7bTBroFfobin15/
... t5oABDmkS8oeHJOvUMWZr6EPCQnLokfKjyHuRWThtXqARpM0WNS/
... dJ6QbpLSZrdDKgU59iSVbLCu4tcJFhGjt0q3+dnitFW38Ux7hZ0X1G0U/
... eeylrjcZ2z1TQudNwjX04xxd3qiCoSx37kkZm66OPvCU4J+
... xZM7UcGM2nc1iI4iY3Rr5saqTGwzU8bUUwovHoT7qGFQYwPPsjiQqssZWAs3EKNsbpy2ytp7TZuI22rTNcJKf
... 6pGXsagLSc1wMBNMC/
... KWcmSpTdoOQr3mY9B3dJHGcqXDYKaOUoYDQtVZfKCdqlA8rocnu9Z5W07iuKk8hWZZvYDLfBctSPDwni/
... OUNTlQ7x7oL59IiifyDbfE4HARGBMNOr1mpEWuo6pdbIOk9ZgJBZHdoDFGjUaaLRcQSe6s363sOwL2h6MxFL2
... Od8LdeUfBvkDuWzNTaEE7Rt8UjMghKxYM9Iu7bwlwD/b/c2oDqnSGpDpc5P+
... SGQoHfAeDharrV9EaDm7J8KeHvDmaBAA3oGsc3pYblwje2t4MJe7gGWhODY+
... a9aLsplGJEJLuPf3SlldwVhBt1/aHY/UeQ01VIfPGX+jsSSyFxkG79WhrgRmvMuQI5MVha8e7r1fnmMSrgy/
... 9yFfOC/lkr7XLmJ38KLP1Djvqpij1tI1U+sVKzJ5+F1fD1gXkJf1+ZW/oNLpwSAx1g8dO+
... GAGIgNo4iVYfyYmvMaPVaupea0mzG+xTQjGu06a6afKwN/7bPoqL8ZT9d4HYKSL+Rd4njW0lnvR/
... DU5K10nduhmNHnsw/HK9nufdz9+8Td0UpCt1GbsPA9yi/mXr8C3ife2+ioU+Qoj8Vizl1bFaJnUY2kO3nHZTBi
... /eekfM+LV+Ajz4ADrs0TER7CXGu31tPMMoag3/zEN6+u6H9hgdLDuTMWRO7UIh27kT2Uq0QNra4WM/
... 2AYdDSs5M5RWW7vCQVLpZNQyINvhMnHyOj/
... YLNDDFFUngTwN2euRefjlXtKLHsUQcR7Pz3b8nVHTXJz80cmXMZxwGojnPvx0SEHHm44Q6ilA4Uh0XYww15iJ
... NWaFQyJKAfnIgoABPm99EknYdP9RrN1zK4KleNBtvq44NAiEcwq8ndv5PYgOXo/YJ3jjhpvvv3Depd7x+
... nLoSJ721MEF7RPBIDaJB66n/m/
... 8iw0yhmphY8MyhZVFtBh1o5bhXmmV4GLVtFKtstOQ6Qe33WFSCaSTvYx1D3I/bStLAi5+
... RjR9MMG9C6NHLGpOMYThwDqLLU8MJbj4QGEHDDomNWPW+UCOp16vUiEkX43X302CwHa5pa+bk3tiS+wP3zV/
... 25C5jQ2Lfwu19+jvnr14tzVEdhGddZu+MU5NQP5eXAcroEYfH4H4Ux8T8XaoWUtiuRAp4iaKUqDQgBGDCZS/
... MQbfA5ghRDQ/xjOqp5GJVUHOVKhVTMJWJQtvEvmkMI/VEacDBw9GPo2hIq3TvyIq5N+mgkgFmK7zQkXYfLQWm
... /laUB6ZenqCbC57I6WpcJgxt9P5F8dOGfQ+gkEbc149rjoiA9dT9MezCIDi3GGIzCfaXlZR+OMAMpEyb/
... R0gtsaOyzyuWDz1b0cVb5+V+sS0iQ5EHolW2O6X8q4Ipt6ectMf4+E/J4q5FhG7kB+
... u0xFR7zZsQaQkGpUpTq46TzvF9dt5cPypHUHbOIM+
... yi2Q6EB1Gn3ftuAD5J6nYSh9yoXJwCTXcZq816xoYNYvYb5ukPXmYjUVUdCq0/TJ8yE+
... lyJst5mb4q8OTvRHTKLmxkOSqgam7pGuNuk8C3RfRQHJWVP2ue9xVHV1o/9280Yp5WH9//
... URgyGo8Q7vOYtLiCWxwT6JxvloY+jg6UonTNzsW/vql8xbxYGDxo5r2wlm/
... KZskLrLBHLxpVdKNNK1kXcwxKBA9v/y8VaWx5tNgawkcpJ6n8WaBkFTmJbIgCaS5j5Br+7tfI097/
... jvCBgSkEBIXeqZrtcpEa/oE7zDEMmBd+BGZ0cvX807DOQokc+taXzrbL7v0QHMrU/Pdt6LLPUm67/
... 8wCFqgkOQVUVUIF7K/kpVJc47fS1MSClEK0PZHEWnGIPCL6paceNiNMX+
... JGKKnV8IiMon8rlEbATdUwzDz9YZ6VvXtfLd9sCb91T65muynvIUmpx6vOk+Fh/
... 62hoVcHm4Sn1dx0EJCVgKHlE61Gm9bh/jqGXx6H69NxXMV/
... JY68R4dw60RzY5cFOmnh8kxm4IZ5ciF41pr4H5tP/Tjhj6KwQVjowo/Wg2q4zXsQX13zC5jVY/
... JdUWbYPBCqjU5CB61FQsSeLlA1zdH/Egw/
... 9bABazC5ngkLMxBs9GBoArc1OMR5qPxK7urWu79UfIAVYZk2YaSE5aTwWW/
... cid0QPiMbU4v4Woys3Pj8wfoIlHmjifCJNPzHkgeys+EFASELftlbV4jRYELltdt4pgLg8Cb340yS8c4FcA+

Page 848

31893... 8PupyE5Z/hvZdd/1h/mbUmHeM3VvVcqBbBFohxwwpSUAlZvvNw4Uf/yt1/c3Ym
...    f3ofaVa4kLBklcmorOIOUQrtz4nsHR2VJF7XTLtyexRANQ4kKjYrmJJa1VhyQJKp1wk8j47nRlhRuXCsLaC2x
...    G06OW5L5BrszdQLaYGyFBkgfa6yOkYgT1bNqcuxLGp74Sq8F9Lv083cW98aMuI0Zcw+
...    bKuuuVqqz7Pl8KZOlsqf4Mr5oReEXLw/uGyx6EckbulkSQjMNNOU0NkBK59UnFei+
...    Qnpq3kZtmoc1q1VeM4M5rBHoob/
...    Osjyef4c7LhvyM72hCbjEDDDpdIqruXyHOr60nDkw9WfegoR1Xyj6c1ViRTrZ6JeN8M2l565DWSWZhDsdAno+
...    PA+af94JoOQOonBPeOr5zQVfunKNyDlnFvRiZrohGue7aECbSQ6VFLgxIxn1AN/
...    zD7aszLo1ZJGBxVuQZjRvqO/
...    v83RDBlEvH2ZNj3X6LOypGrDDz3HARcJqo2PQMQHg0ApOKRF7ttkpLiTmVlyFoGFVdnMSyWjklhAjBgVyTuGM
...    FrYo/extUmHt0TXCXYTpieZ9PS6cAzdl0QLtQ8icrWAxBYEEMtT0hoVKJD4Y1Bqkc/
...    ppKNj43L8eyYByThZEFFaDwZMwjN4DGOEJXypwkdlhi9fhbuULcslf9BiFJLifwhX3BePvB6aHNaTVypCSXR9
...    qa5lXU2WAnc4AUiai+CU43/Bpn/EJYw6BulMtguJ+27W7Jr8EKQhu/4nc5PpezJCcZrWjS0HWv36WwO/
...    DyNlF1z8g7ZQ5Y4fYBarMQyd8TzNt+bC/9meaectgb4cIpG+GH/jfV2WShzZfQJgCck7xroXt2ToSS1+/
...    okcP1wjZsmwU1Vbaeirt/
...    r51aGECuJIMqERWK0oBUGx4BzO1qTgAHUMguqeZ1hijgYh8nK2hmuOvZvRTwgK4FIeiXj9ro2ecNhITZYHDXi
...    v0DO/JhhuAVZmDR7b7lFvSA9o31LwFsLiMdFFAfG0pVzxE7bT4EPDBWHk6J6tYZ6aXdDFZVJ9/
...    BvOUumDm2jyaVue0Dr/
...    dj7yXxLooi1R06ujNgFb13QDo7siSl2iz8jLHjhBWOpSZ4W4tD5NStJB27dxHumJDuW6vV1KzebHAojB0H/
...    epRwNZ/46CA/zoU+H/2X5zB9yosbfhHDUy8c5U6qUgSUwcNw7eu1fcNzHE+CYfwdNQsIXXNLmF8d+
...    WSoWuo8ht1wWW4YIwuBqNxI02RYXbhFQ3G4weAjCZuiAxShaG6+
...    gohTcwDix8KE2DgAk6OPA5edvk1bLy9fHa6G8T1DtDt2Q80Ixvx/
...    qjLcKShNbhO30BSe6LQXEWdiiKk0cPtbbtGa0rbbRTAYrL2hjCwWs48iw9M5erMf94mEM68RyUw+
...    9TWCisjbvEhSerWdezkuLBOiROYGehGkYObVfZSbZSTvd650iyMHCwHwBCkkp4eQXv/
...    MjGCEvGaaTxQhUab5MbSKiv/HEv17U1B4PvZ7rdqblp+LesOn3uMtqR/
...    MMqBw7Nc7LPsFTFWNvdWynnpAsq2bG3dbPdIp7vbPcoSulCchvH3RmAXdiUNwLighVTgUEtxnJLxDtCx8fHaV
...    qv4WWqAVjtXazc9ByDJ++Nz46UmHCVZNGVobSSIkMLRnhpy3NvHV3GfE94ie2t0rWULuW6/
...    ZzFhBWl0pwT75YQkUV5byw/
...    y5YZ1v7xnlUwhZT64jlW7kLx8daOFc7PZ6Th9Sr2VP9hYZxXi2qMovG7gEt2jKO0VybezqOvmRicMpde6nrb3
...    T/Z+COszcnxedr4Jmon1jQ7gTqAUbH7UcLolNmowNl1IUtYUY/T/0i+i+Kp/
...    WTKHs0bjqrfQmuXmxtimybMy96qeYOmQtyxngFIr8gNaZlTM8oRa9MrZ3X5077yfQHK+wOy4wRgnaLknB/
...    STO1AJspqSzUndVCxU2rECc71PSd8ZvfFKe0BL7Zw2BMkBIdWz7/
...    GLc6dYmVskF6Q59gOqxo1Te9ryjuKmYULycemxy0/l2dTpfz2iVFA3Ck4T75VuZVv7HST3vJ7ISi1U04+yiS/
...    Pfyqo2d/JDRj9GrUeHHYiNBLkdzS52/73BvOQtJCEaTsJuItRUjHNUu+14mZoDihIUTTi/
...    SII9fOXKYiWC3s302qzuHah8e3818df9WgNXPe6e9pvd2opsZ1wK7IIFzAox7pEMorqLBQTJRhgEoE7jzMi3B
...    JDI/ULLocH7xFHfbexI/8ThihEgg/bJSUWUul34qi+UgGggEIfhPAr/x4CG7nWo6OFVFwBURAY0kDin49f/+
...    yO0EK1WpVs93HvoBk1pM4rP2DAbUeIW8tvFpRMbpEEtfFrJvdYXRtmYfbrDpwk674TgdpyDk89XryTsGBaYer
...    A8qMqvaZrW26yVjg0QyrznY4v34yU0ugK+BBcMO0qv7Tg31HsIkFZycPlcPC6QaQK9qQPjUNjr0x+c/+
...    aWyYhho+6yeLjvwrAsBzipy4GVWAFYOzuO5CpNqPLNtl9VbQp5BsS3hbTy34X9fml//GyOlkAJb8NoEY++
...    IJjcEKZBmKOX+/eetp/d2xmB9Xqfb+ZqTBWJpwjaFz4RSpgYr2UtIaJ82D9DnNvBZx8rXHJL/
...    FTtWCcVyi97hwGdSsVBgTeGZO1JBeRmz84mXYe15vGMOQk9Z/
...    g33RgGYLetZ1M4hmC13CrdcxrKmYkwA9NboycFzJHfEOFfqh1vYAZV1j8Q1JuXUGaBCGrXQ1r/
...    AjsI64Mz1g9zoyIPaicDLvxm5EB7wBTU10dPr8NDfWIAuBrt17omTwdPjnxrdev8S7CpnW3WdOt23wnDzlFQE
...    8IgPjpThZwttWGv/7h1xwac7kBvyvOsRW4vgwOQcnQb7cek4fZYJlSJunDIvDYnlUEAnED4oiErO7/
...    F6V9rZ8TaPfF2uk0rvk7xloiUNsD0DE8QMFcwNpcy4GnpGT9lLuQlJ10WRldINPnumSCqECtlp3wQDJaJ26cqMr82EiDm
...    uZNuTAUjTU/oEQhGCQe5OVvsTMjrMp6Z2tdEbcHms6pqqpCREot2tdquhyXCKlCOf7/
...    FrxwvrcMFHFlSZjFAlUqEWqlftjGJJZ9QIKKVIdvj3RDKwgH8MttX/
...    siqXxSJDSR9LI2JvzPYyzHblLvx9qfMOhbzdOU0UyXyZjv93vwY51P2E8SqFUtHMDHfSr46kmcwGOT9G/
...    H9NLi4+lxa0hGTiN1Lw/8M8xlHxWwd8Vw0s2mvA60j62tJ47+
...    WBpHzRVz32dl9Qz1Ac3FmcVW0Bzm7CWoIgi6eR+GKEh000Afz+
...    XO07DEVZnmBevMDA9k4vhAqtc3YM1c9T2JehkJF4vVfH/yyasfbBoVkVj4ZPssSB/
...    8Hd51cg6fiaFNOxpRv1tqh/yjxDmBU9SALX/
...    bToFaPT68q0MlN9Y08UqaRty5rFAFP3fCH5J9NGG4cedkxC1k9eWBFNDv2F2QHdUZo2FQHOrubVGPSFyDmaLi
...    Wx+JRqoBU8au/dWi863O2CCzsTgBqfNYgIjAHIfY/lzFI0WdyBc9HBIJ4SU1edoMv79zZ2xqyecKGBvV4f/
...    FLJYkGerTy4S25bW0XPvCHBfNpdi0XwPc4GnpGT91LuQlJ10WRldINPnumSCqECtlp3wQDJaJ26cqMr82EiDm
...    uZNuTAUjTU/oEQhGCQe5OVvsTMjrMp6Z2tdEbcHms6pqqpCREot2tdquhyXCKlCOf7/
...    FrxwvrcMFHFlSZjFAlUqEWqlftjGJJZ9QIKKVIdvj3RDKwgH8MttX/
...    3fFHUzVr2r3AC0Lp7hGpglKjLZ1I7eGNcGD9SlWz6xUgxbAxcb84Jrt/
...    Q2LqBX5QjkPDQHqBWajYPImwSxqrjnn8St4zHOgK5kNprze2/Dt5cRg17mMir+
...    MArfcnlVBOvxEb7TkpNfiWOgDRMxyeeOPmrQntRiRFsJrdRh5to9ilGYRtYuScxa0b1wBbUUaG7CnMWIdiUjg
...    hu3vQGa3bqdKwX58mf9v5adoe/0C+eBkVfpEfiawCkSj3t/ds6hVgKEn9EW83yTW/
...    uJMki5JTksJMaUGnaG4Yn2zHxMnnly8f0RIFTqRVoWTlXQ4pKY8nbnhyt5T+
...    caHvAD9g0PGzQnImFl3UOI2lgXC989iC0UgfMzVL3QR7sE567F2+
...    len15Zjj9IbqgdOyVVnlJmq3gvE6CRozc19K/6k44B6UmRLQn/3uB5qX9Qdozm7sQTFAWvR4ckZa/
...    jrl61qPqQdj8j5Ty30g8+BpTSiNRB9vKCBzwG5vQZ+k29b/F/xAyas7+TmHgDWEwOZaCZrV38sc7Qg0ytDny0n+r2OWN
...    +T5OoO1G1Igj21QIw2rOx9BmQzL5phE64TBb9O7dBSEEO8GrUx2C8e+4ctOX7h9Qe4IuHXc+wE+
...    RbTqpywD7zPv+mm4njX5yv/qEQN6GeC83sU/Fvm2cP41zpME5oMiyV51HrgZAXJi+
...    r6NuPbkfFwGEH26gyIots9tj0JPG+GpVZ/Uxt9tyh5oy9L9ue8wQyoN2dY0JiwazyVU1gNSiAV68SvspiAQQ/
...    5br13771VjeMUFl6q9QXjZCqOX57DSgp9GjRtpVBxHSmFT6/PU8jH2WYTGAsKiqY3HE7aA48Ax3YCMJmeBRnl

Page 849

/VvOsBPcknGHzFLRqxhr3r85+HxrAXC51yH2wOoqIxqCEp7GnVd7MtBMcQ2NGW/1rAgzrPhY84/gfxV5/
dz33cCZ3CmHduacWXc6Uq9Ked1FE3jG3XzFdcB7k32mv2yOHtmWqUEjWNr8wf3AAAk33TTdCmUxQY9bbJ+
E7A6NtSoXr+JVmQgoZkMP1h1Q0dombmgZAV7w2qwpv4ii2hSR6MzkWoSeHlyOdQLA2J+fy+
XxbsGfAImcUTY9ygStgLQPbGp2Viod+
gwbPOR2g92lVeKEVuB9OxJhI9ilqKXzcyXtpGQXAU0szOJ77KCiemJ6KZMvkUGq+
GYYBufyd4PIaWz9uAJ0jjZPM6wkcMKQHW8L392ZMn81PKOJTiLkU/
cxuYfZKFYtZEfFpD9XV7dCmZz3qC9EvLpTrM6x8Kfkg7NRt3gX9kdO0TzPCHZK/DDSPAgn0/3rI1yCsiSwa++
jE0XQdU0nsl1vrh8uVOALfFQ35f26KH5R4ddn4pH8A+gOjfFIfrS5hmT17igiYB3rA/
EbABPzncx4MAna7MY3AZRTe+loW0/qfvzsKiJgaJNvXYdelOw1q0okF7hQqrF4XiUeiCAyYCMJpUbxyU+
sWzEKAv/d3DkmZbLKanJ5KLnz04pZXcKjE65frQ5diKdB+
OW2HAn3lQioy3CUFdGEKSJKls20YfW45jOTm89LXqMhw4vbOYhO+RPq9wvMGLXJ0obtq/
WJHbYgxFjwQ2Llj3bi02odWZReBu0+t8JIcgpZqDoC0kemMepGuSfd6Ptbz7faMXkk+
DKBys1QiRBVfIBivLL7koABmbBGDiTdyNrd2wFzcE7/SXGaKwRWE0RTLMPZa7KBeeymgdJnPuY1lCvowht/
yUjJ9F+PEbJqB8ueWwzQgcuvnO1ng+MWDQd1T1KAGpPELXDe3nV9tBamm0hgB/VySYP6ZAP1h4Xwlki+
2f998SNmx7UNxDcS/7sKVz1CvYtP/UUtToKjQnCueEeS8bFc5VKYQ6kYFMru5vClGLAxa5999J+
UATjH9VAZ1qL4ZZRvMsZUdqjzRNscHLQiiRx+
TnaWEEbkwgBuIdbL233hEESz1lSSUHA0335MJPaOLI8EXp1YmIkYbJndv84jVUxYNVsyVE28iFchQjsAnHE9b
NzC4eBUqg+Nqp8c/RXZPP/1Z0oMhUgfJ85U48lnW36Y6uMyAjqvt/
SoHIT3ZSUzCLT0wok63WFOSVmdBe6fjgkn26dKq0oC72kOzP438D3c6rZRl54dA0h+G77MFLLMzzz/
LMFzDJxiGeFIFDgBFbiA7YPMRQeboXdgtjezvG3hfvVovsoNxuuyeTnbYoPRr/
fr2xOrTdhFzOvCYOw5Qxd3ljyTP0BPaNfadP86o5a7kCXDc07tUqGKVoBIVvglHiSSyf397fGKna9LGVs3I+
zFuEXBLY02pcrFxswz1ZuSmUbTQGVIQX3ytaChQ/XSiHsiFgVg22543CCrEvRr8b3X40q5xeT/GttskOPN/
3raI2uUOP237/fstpHHLpdtxD4aGQowoH/6tpWyL3ofWOSf4a7FgZaxcl2Oll5/
mY4BZGs3yGYkMZ9t1nxoXaCmUWUvtVYRYS3gq9vZ8GcX1KJWNZmeAzlMZHTBaKBPNXmhZXQc3eOnHUs1c5YGV
LIlpwfF7khVFNtAue+jq6N896YUx0jMhmEHPU7nHZTJAAl1rZKRoKIj5+
WbHwxjFDz5j6V6jB0lEO4AMP3cgeOQirS3gHO2AhumimOnjkN1PSKiOsI9n7FPyQCbPSjHzyHUo0wKyDtvnCqN
mmxmxQmjuzrpwSsf9O4EIWKTMeHehojKf7oWP5JTDuCYJn26sIxxlbo79zmIck0rsDfiPzHw+
tID3LbblNpRO46MOz2Q02gE6Y0Lm1oIWTAgLMyfXLBJ8b5oHa9HDL7fYJLJEWaSuVmCV18QSIPdV7N94oCHYu
zpdI9zz7vPROA7aiX8S8oiuL5Iy6J7vib1xlbYPzns2ZKdsSoXeWK2eUTux5aMcID73pEN2BacYfRDfuOPrR7
G4ifw8EDfO7J8CblCOwBUSLFkLz245SuKliAwenKWSa+nK8KqMMOa5qlLmq3c5zIBI4C6IjCb2MHnJh/
k5WXEA61EC+2OEcko7ci4Dw39R1tXNbvX1ET8m2MBcUGH8AC5f9x73LASTp1uuy6Mwz/
glyccrTchbP1OD8cvpjOo8Gueg4aCt+ahgYhRwNqak6+
M3YY0qXPnWornEce7TMvX0mWDzghGVD6nhIyNduXQgg/vd8sAJOxXdNU7yWQl/7KwkqWCoEGusO/yf/
Y3uNrIdi+O7mF7TY8WuIKwzCrg+JwiwNKmI9OcVoSfCQuehSmFniln6//
WavnZgduOV3SZCUQpskxjy9Fd6NkxVzoqaSGtsPC282RIuuGdpnFbqx1Q9aCXhMp80zjtJcwci3OHhFPQje3/
DQ64NAlmfeORXojqEo2lrhBlrf4DjnYQ6WV8atyIHfwJkQndC0wu+PdHlDxjvymahNFo/
EppF1gpun3f9BKjsENFLItJhN/
MUNeOCuS3ArruJB1AwYOzv0f1WIc8YSOKWoaIY7lQqfxfX19zSz3x3k2aQeqCupCjdrQQT2Uy7+
iNRF11SQmIE7PKivmuTliYz0suDGSMoTouJmacWnCf01NeGq14OpDZxH/STVYcDcoVGXZoc2fwiky+
Juh3Ka7LbDlv4jpPWxkOq18IzmI6bt6BnP1HPHrNTpE67R8BcxM/sIGEFRLaYobVIbJvG+
7TSLAw6ysEoEtwhJEvAzqO92LC/u4KIObiygDaRCULpS/J2Df8sY5IH1xzxYk/ijH4+
fWN6pQTHV9TconLaglE0vjmaMpW0i2XlfI9lzyijayqc9cAov4gNo995CAcZ04PweU7lmWDzIr2NN6kr7NcsO
NNQyYkB0FW0K4wIviGHqhZT3MyCnLrQLXxltm0Ah57ptLtjUKOzqQoD6mo8Am9lzFDnEwj/KPubkch8ru/
9cNJmCCd+Py5e5tYE3CYNkxbywiDGdQTAC/ifcPQHwBY5aMDiKqQjhkaRZwyIhz4Bn4FPmPxwydetVAKW/
JVxaaiP3AbceANACFv4aYj7vQsV4qalhnCIV4btBrWGf1aHeAKVxKp9JmhtjLFAc7AS9fLWqKin7MYrcN7mGU
HMc3hDpycDG2QiUKhwpCGmQj01TU1zszhfWqFdCsdbf7ftVCMHfqLO/oqEINkt2FKkIcz/FjnKfLf7miK2sCM
/wM1GfsD2tHFyWv1MhOkAzp3qnW9GPZw2SFntJPxBroIDABoZdKmObh7uzJuBgFsqhXOxNJ1OQbSlo64BDbnH
/wBy+y0u85t2x795AMxOrlYvsXTjR5QvB1YdbQlGShsoYjxkOwpaYqkCEw1kUi4XFd0X74FpOggA1UJy/
ku77VJBoVFMlJ2T0fSMh9qxsibLAK8gU8NpenKnAYZf7aHW1OtQy+
zqi3ZDMWLSSo9Ql0A9aFvGcW6v4Lh17m5io/
V1AMtI7XCsPYmU92umFxCnHxcsqFmthHiGu34ENvwuewFPt08FHqldlhidczXkShiS/sBwB+j58b6/
mhsnPX7UdfT1oFeTs1AU+
XYXdAiy47qEnUc8HKebTcPiEPaMasPsfV9fOFqVD8Ijl5pPSYrX5l6WqSziNGoOqpVrCer/Elq6pcth+
T4k0czn9As/
ISXGYeIBqRDN03phxvGbvz2r0j5Dj7iorPmMSGMsrYltXiAUIznN6Kv5PqhT7EVvbzGfyvEncKk7ynEOOpPxO
XCjz3cRt+du4Skd5rC7uzNtaD8pJABuc4/Mu8T1yZW2n1bLse4bvx2J3UwjJvPmSINApSA7Odw+4rp3ljXE+
1eiWLYUsoVC9lzxotQErn28ULpzk/IiFjPR5jGudcBP4zpiqMUkKp4Mhc8RYQ1If5Mpcw+Ce/
jWismrQcw3kGopsQXMQNrKSxkqzQRa+
SbROwy9ksWjiLPWaPTHIZr8xDEe6OEIvsqhb7HYYyS1TeTQJYrIzaiaqYTfwzSf7KLHTyD6CaVt/
BzLfUL50EiBsBcv/Bvpsapsrc0flzGRhwf+/FJxUL+UlSG2VXWIFcEJgssTjBzoeqIY2+
azbpaL1Brtj0Hown6JL+
np8Jg77SCd027WKSTCWVap65hDCUhSn1Xs6GLMNhSCMhx69na0MCpuizdBJKztW8JkroWGK2r1lEexdK7L8o0
a6ZpjW/
IvPFe2yKjTcvHOEMpSCmuHbJi0Z63ZLXUMOGzrvi5wEVT4yYqGOMFwTf6yZZ0suSy6uh5pin64M2MVu65g69d
i9Dctx40YWmlKJpVMsSRvBfogINJIw6xp1n6O75oXoWSy1JirKRKJbWiVf1RhL/++tki/WYQ2zbOLotXtOk6/
NmUXY8jlWaHUke42FahraKzyPumV1QmKQ4kWgA5+u/
4VJld7ik6f6DE192nfkhBUESnVncSnObQjEbwKDsD14FFLo29uMh8ZJjOKao2JLDltmNwkQASepnPComAVInX
PJ6fCktO38BnWccS+UaeyOcy9hbGWouxZ8tb6aoqoo338M6MBuHs0INwY5fVaIvvA3ThtxxDohaqRn5jpKqB+

31893... qR2iy0BE5PDRZhmU2K4kRsq9/
... gbjUvoHyoaZ9LTugjPh2hV8fWym6TNuZaxjq0tuppjU6ktcsLN0aEaA0CbVCCuRIy2Y4VIQqlJj/
... o5p1A3QV2G6A4elVnTERN3z4rsvz5u2SehnAIkYUxybskX+MXcwfvUnerkBGalENYD/+HlStMOR7DZ/YM+
... LchLUIHv/bQ4EL5nUxfO8w4RWwXm6CKL0P986Q6M4DS2KBJNkiXO3CmZepNYj09wHuZ1B/
... xHrX9c92qyGPjOdjUOMwCWcb6jF+RGjwiZNiaDDOdbdCmv4aNjWR07vtBJ4rCBeWcZtp5cKFWwZiad+
... CLZb2mneYeU7K/5MQC5OCSHINoSfIIAzPZFDMevgXdzZqaQc7WOaKoQ9ivn1vnYwD/6EWg+km8odP/fjJGkIE
... /wrLjbhtqWSCeuuMtvsfcn+2KQc3JbKg0ye9iVXMb6xwcLaxb8m7594yjMvrRCh/
... xqBjElFVv8IWAG3p051BZlpVLijgYClWqVCuFikERltZOeJu5wImCfXBGW9z2HMhzuLcWoBhMi8Q/XdFz1YNY
... /4WYsHt0QTQ9+xRGxk6NQ2lPOYcjppMOQMgje8SmRDWJFjxkjnSDrU0X3CsESRUEXzCp+PlCLFvN/Q4MomL+
... BpqlzJlgA7Z1PM3uBbFwK7n4MIcxll6n4parX6nV24soCH3XoSG7UnKAwXguvpXqzSBQrBPGEay/eoOV0MXZr
... /587GuivuePW+L/9IIcwIGamgFevklXZ7MCfB4eIj5tilM8wIMH/
... CdDFvEkUdkFm4N6W16LrLZWUlCJPqiV8xxjmCN/c8zxLgCwr04g/XQTmXHlLyqnCMI/
... iZn57Po6vRSbZZ62Xyip8SQJuX9UTYo5ExDx1mmtPXznZaUBOlzR/2vIw3axP+5P8PeRpG8gMFz+
... ird9GVq7xbdy041oeTPXbg6BEMM3iUnoxiou3BpZfDV4bbSYqSDenhC4PAtm2PFkGPe7xEhiZENbIL/
... uZF8x1cx94vY41OepknGgmmpKbYYuQ2vSNK9291Pjh+I4mUlrqrwMe+
... HD74BHp3O7MSdjQaidGunFE8dlT11jArtnOlv/jriovTNtRPvQBj/
... eTsbvSLGr7XR1X9VYyB284zaUZ9xuS0jZVLCg13QvgEu+
... 0rNRb9jffMAPNyyUSuPLWc6mvtd6jC2YP82C2tIVTI/p3ajWW/c4KX+
... xtzYpXD6eUO5FKJm1OROymsDqGyJgzTAhkdS6BtQc2unDl/
... Z7qfj7r9MqlkdRRxyvYTMGfYxJSBj8oPptJntKWDbutuYfvXAyIyTYLdXqryX+
... NkCWhclijkPMLpmKpMd5bXSkAk2IavNN/pttlVoDyWz117ldoWTp8yx4wR+3RCe747qXrSqqqiZ76Lot+
... VwreNXsGi/Ow9iVSuf1EiEjs/
... qh78TrD5Jvd4oRRH8Zpvm7TKHeKO2qK9j0BYWiELdfy0j2U2oUA5LEW1yJeZNTDdryIG8LczuXOsu+grpNEt/
... QAr6l9QSmmAESpPEgYxi6v2ZqYRX5DzNbLWj7dFSaay4RyAbnyeL1yNIXtm44gjQ7naZRczsDfDKhfKbDD+
... UoJXtqnPOToCmoDnoFjeObhpqa7b7C6xpRfub0C1CvoRFxAJlYMzcacxjHtQZqQExzaxHjv+4Bla1G+
... llq8FrYxt3oA31Sp4EH9OnHg8Os9zL5NO/
... NGGvZhyWLIvKdrxF8uY6jJr32llol4TS9NQBVfcT0GeLZkiIvwzf3XpcZ5sN8l4wo1mJMpSmHd50igGzjc63R
... dC14/EGtM2HnWGtG9DejFT9ywzOwtB4IHxe+cfa8Phc972GObmy4EMf4BQ/B0B5pC/
... gdkH3sTzXzLOtJqrUI80ZNiyCEMmK/LSbVkzqfmazdYzfPkFlMsoB3CBnZlA2z0+eD8IKAOIkKA+5aQyYRi/
... ywiFKDe1O3MMvtk8DK1Ao0DtLrG7lWdvExTjN++3J5BQnBUzwjkUxchJ9fEkA75mxbo2ekEwQnsX0/RHx+
... 5CsLM9itDfy3Jj0mPZuLBD8oMlm1X+YHNh6kxY6QgwinwdTCOEc98wjSXYDhtabtqvK7n19T1SY/
... v2F3vMgh2rnP+rtqivfDIYUhSvhcmugfuDNGewyy7ePUl7U/
... ymSbMOwlFBSqukcuMX1NhVwr1x54JqBUCoqlpCQYdYkG7iZrZ8DwLRcjeQW8XagA+scjkjBn68xwRDFca/
... fURUck1Ut4c/OegRA48r/WogvCaKkcYbo3dQaBCTanitwPAj/
... dZquFILixvRa2Gj3OgVhe2XEWIKbnZEA6umrXnvgMBZR/siPUNNC8pkiBKaQyOfxA7za8d5eGhmilYoC+
... rJ91vgVxAocsmswSsTKfk9j/FJpkM7uUjw7//QlocbY3r/
... lmMnc2HEfvDHSOBsyvLvohs5WpRjgGFkROtgXYOBFdWRl20AqHfXn/
... 2kHr3fgAHpVwZN3vFcztHGgfn2jYJXcG0/IMD2oTRS7nx84+
... FznWTOTlpmGQeb0WUbORgpE1GrE9XnnSDhohzxLBxnSS0uGYQeKohGiXq2tKJw0RHLp3Qj3NLZIAxN8C806df
... lKIo9alPAr//XCZOegArb2abgMoc+n9Wjr0USZfcsz+mXDlUv+
... 2InD21CRS1ZSyib0WWFxqALYC4ZDTm6aBhOXnfTNcslyfbZ5wzpCIaj/d6m+cSZH/
... TGTbVgVZaxSTnWF8sVQAjzqzW2bisQrMwlrQeucVzXZ4Upq3T6m+
... vlEc1Qx7lfQ9cDl3nTHYsLFHg5eGDQgCnpm2xvMn4rCjX4K9jWcvcAGlCWkjZNv3YCMsBv/2jm0sBTwC+eJ4/
... zaNpAUppU2RHi5KQNRImqCnnA7VWXUBLe5ZdtDHaA+3ZcvjN8mCcAWha4hgIbB2B6K+Ey/
... TAJa3seVuOxbFPgVKxdEZEfv2k6nXeeheJmZdnhCTmGeqaAxYSkyalIiRrR/DkeezhIhZcemF1Sts+
... 0hCXsBzPqEQTsTtdxZjziHVJOD0BQuhKZeVMtOLvin1swWZW0L+UeVK1/iEmUEMv6XLCudqHu2Pdp8Bz5ioR2
... /
... 0Q7VTxrcHIJL8fD74mAEB6wJXaNAomZlbgmZn794EP9wgaoThVaVOdyBePHOtGfyRgb1j3KCQaJFCjYc68p7g
... qeEi4rzM/jmJt3i2vtIyJZFtyjNV4OUASKwepnTm7/XNW2+kq67UQ5aQYRgOb0h16xX+rSaa+pNUbko9/
... CB6BpA2QQqsTRq/B7kVyqe62csEtuR3VC9dOZYOGzWO++pUHwcj0QCUBDndfW+uParkbMyqc+PJ/0X/Uw/
... YyjrCRNE9Oh14ncbEteb5ZzVtXvwDwK/s7R7n14kUcKSmFXkEW1w+
... dsUwRtGyvQbUr2BrAXgIzaOWr25OmyAh21X0mTfOkF2BmCbmQKdX9Mu+IRJ1df5+
... 2gC8afhF6Vre4xT9Q236IyZvzFYug/YmlK+7isQpj4auUs0oFavMQosFx9xNSr0qNweydj5HN6MO3W/
... Ul5odBYBPM8xQr8HRnuy9khORKLjVVfBgtrFvGX6oIOud3KoB7fZxuy5TXTAcZ/+AaV4aysgFCwqth9qr0e/
... 6ehVLJl3pjFgmfqH0EWEcSIaZ0TrrsA+
... zu5uMXEPEWeIYNTjQkF8QOLkIhaXs6gWvoBktun2w2MiDfxoFfSbiuTg+5cgowCK2ZiJ3788XK8Dy/
... xAYSdCCmwt56ojSTAESecBw3IPjjNXKsADcdFAGrI4hMe0Gbfi1cxWkxMh9lVMQMJS+/GrSTROUY/
... 5y5YqQXuCIFs3LvcpRSdP9zqCXWuN/IIkxpm5UsNtWq8/
... fQR3baOG2Jdrv4QW9RtsY4M08nZ7IWhkR6GzEBmLpl+
... XnkG6WRgad5soP2YLxf1z4p6MydTGIJE6NERlgh5U7NZV2Mq8dpGI2/2uY9ItIEJluSYIzsD2aFvb/
... KMNA6jJte9vGgSz3D79k6nymd5qOqyWrT0v1PCbzMXU2X10Vgc+J2BQ/Msy5C8fP1rGIDzK/w6wuCC+
... nnUZT9T+2KwoqQjpGYP8B34p1/Jq7XQxRg56ecdAcL7TSj3qN7qH2ZNzUJF/
... PIUj1gO5EexjjrOC7Pvx5puVgPaSmGZ46bY6ipd91XsQus8SGvHarqzzeNgXnzsoFPInSvfJI2h8P/
... TqIXHUGJONQXj5pyx1PBwJGzleAa3E5e8nwlsGX6Vali+lnX92vzRH1p4M7BeD3/GjSIKxoObBNT/
... hF3tY7c78HYL+YD+slGkly2Al+
... YJQewnmowKFEDPXYv50BFsoOXN59OsgFXUWDcXcQtRTd1x4E6cJxC9rWYnfzIGpTcp7mSsli0E4js9DYzbeFE
... 2coPGPd6u6eyWpbyb1EW361LDalG1hMT0/
... U3jg1QoEf4fM3SlWxxWKBQlWN7X4kFIOebAouf4wNsxfJlPaBx1jrYYvkNkFUQP639UuORP+

31893... CCPU6fSf83imkac+cHmBWz6ixCaG2LnIf2M1wCl9ix/fG7dTalqtSMrdleBHrB8kfV4WnESg+
... PMGk57DZhYeGJ2pBFaW9BgWFjHdI+OMr+MlUYnPSoUwbsu+q6EvwVe3+s3ylEYfhC/
... cHKkFImSPhHllKfsDJKvUiYSM4gxihS2ZXIWtxosArvM8DlIz2QbN28XocNE3Vakwxb7Oc5EMfOD9uZnh1eFk
... DblmTuN030p75KD7p2Lx7kFfPmDX2TUrV1rC4MCLkWBffoQazWYrpdb7RL9IwD82CrfGqLR9sQfh0NyBwbF59
... MHrvmC6ByLfPOYzml0Oz4vPoUABDm/GMucpZ4YHSvwqawzXmMq7m6uFAjXgXahYmaSrDe9gqJtE5KkLGB/
... pUw7K9Xa9mU9KEEQ58G7XiAQKeQmBFPOJH518sxN1wzNSJnN8FwciUP9wcEY7DBB2rND1CIXT7PLhBgko0y7I
... 485RMeIvh40ZYQ/
... O5GhbwzDUXAatlBRic6S5XOQ8fWSoxmQo8LejJCYWUTAPV4wr3qFUOqrJQRlHNHTuJtRTr8z7R8mAI5KiYB0D
... W+NnYVvCjW0dZhOckeXrHxsIBkJkhWf253GVPp9vOqjA/JoQYEk/
... 0U88qUHmfoUsweUhPTqCRXlbqRSUmESNkMOWm7PxV2jWFSxlfqFfMEwH3iKs6TVBuLpH4B2PNVr3Q3E6l34Sh
... qwyOzMxTEHNVFq/Nm+
... Qbn5wqatHvoFxUA85aUCeKMsxIGniaF0PU5UYGWmBolhUWsp2CarAROuNLvE4rYvqqiv24zah4CO6019AP3W/
... A8x99JPGDbRh2hlM2HIOvE5RGIFcuvlVUzrtWqV2KGSpg3wnpwUNJ1nbBrA0p8tWUXdLaI02djUvMLaawQCGT
... jLbtTYSgZeUyjQm9GhJVYC+C+YhIskFP3kSJ3RibxsOtHBcKTjPJCwFBKRygQn1ntcT/6YYoT5043/
... sFSfHnG4Yt+SgVYeDSsKo82uSCaEOLUBvl3TYJhvBl588YDHNja3bT/
... 2w0n2XIsEboCzapzihxEXABtVWmyWTftryzJVAzjoo7BExf+NsDWUxleFCmwoLXeDu09cheN2/
... mGrGoI0cK281JE4WBwKpXZyRjlA4jesH6wmUCEsTc5zc0fz65aDNwB9tVQfoJIq7y0debjuWEz5wXHM60v/NM
... +EZXGubu/0qX0/XypQKgTB/bv79yeZ32doKWEd6fjQWmdVoqBRFwieZeIFmGl7yhRWGZlG2GnCL7+S9C+
... fN0r1XW6llnJkFEtUwxRiAru3+TiFW+sVKgecMmXrRQiCAjXk/fy+9ZLgWUhH5IeDm72BoPc8F+
... kZW3O5tEgTu6COUTfu6OWxMY+6/0GXFx70oEmnNXlNR561sSrr31R+7M+oO9rno716W1n4E/SKdM1TWtx+
... Yttw8W5GOZFUkRus2goXNk2kQ30bafFIo3BzUYiCmglokb1Q92bbqA7tdqdCK2VJHIOc9eAckurxBmpXhyYXS
... nhPvGeLgOIIfa1+14iy7kLceyUeW/kck1JNqi3+0W1Mb63d0wT279epOJglvZk/
... sKGGWsh5k7ZauChmI1jhz6bI2wOKA6OpveqFxJifUfseGMD2MdQPZlfyYOpab1oGDUYYu2qdewKhSmPe3EmYo
... qnSumxqiJDr6TGQ2G4E9IzPD1Dma8Os7+sHdPxnY8zhy+YH2xcYJEZ5+
... zvtIXSdaxT21Yhs10gAmG28zDdYHVS5qbxREDOq1Md4CMoVkQUIf/+GG6thAJSfXB1OHcx+
... lp6gVarRk1Outn2qQmQNLbk6xGVbwTutz5/wLl1XwtQAqEPlLfEKJCUBRfFgadG2HA+
... TPqXOawviNeDT879WPD8ZJOfDzjgv7g9BkZRUJLcTBGZhzgyBfbVChc5q+
... AGGGN1Y7r8mG306BTZRiQqaj7GLVfFpcVSlRr3LXOQt6tuhWiAK59MwjKMYf4cvZAk58N5P35OT9iY4ygATm9
... f+Bq3N2GPbhv/HKiwj3TMtKyk+tioT33DqyoCxODZvh1f1VlkVkGXc00yDgpe+
... gNh2CyTNDGepZFl9zHpjvel3FhPxXD+duo9pbdlDAOAXn8VRo+A9igVxpnPVqU0NgVGKufpCOIOY+
... otIfrzbaKUHZwJrKkrHUXjstQ+e/L5nqNYXJBa7NfDPAQ0NEcDUGaqnQGMlalyfdeg6/
... 341EShdYkEj4INWGOmk7goTKwddJsJqmMbqOVhRQyR8y7cqvEfbeeA7a6CwHkKfZbFnYLfjRkH1g/
... u8O8vsq3RbEvU8YeKAeI1wPv2J8b3f0f6hJTApU2fxlegHiD+GyJfcU4wdpOk/
... tIEqC6ePPOlZQ2RcOO2g0Da8FguONgDHGMclZzw1g6vnAit77iOofIj5X7fN2+
... 5ONnjtf6j8EwVeQeRGYvV8EctLGt0PusnvpFw02nt+mc/9wM/B42zR6ZA+Je/lMsUpQzzDDR8bT097PepDnt/
... 4bq+9y8d2g+NMPH/AIGReuljXJ/Xrp+RpESHefIcclgEvqYxDGkJrJxb7Wv6KA86i/
... woUT3HjbwZwPh9n3drb3KY70+1bTttsPSFvA72+u/LqNNNRC/
... OhUZ94ui48ArbmXvVO7ZLWZrtQ0CUpXXDVMddsSo2ZFumIZZEA6ni+XvZNP+LonH+FSfXRl/2Nt/
... 7o8n7A9Fasr8NphGJhFIgI8xk0vrRlbRSgZimhfgZE/CHjv+hZQjW7FSIA+NwNn369OXQ0qWqYCvfw4nlKog/
... Mbu+eWHtbXfyyZBDJDVPg7XG7pIDwqNCnIXZnv81ndT4mzrXPUX9+6VLG5PS/LYAk+Nb/
... 4IXuL0caUsNuLqctpXYsEPckvdMb2SyjnYh0qILh+
... HMtMmYz8GA6RGq3JeMwvz173RgAMfQwADLlBdW596MKEH/GYvp/mAh7D+UifGEbjzIN+
... 01QVtR7yEFaT9HKWoz+UWWYWoQJC+3as5eQj79LtSQOCMFK2pChRRJYWrzQTZ0RsW/
... CEW2eGrjfp6UhCIrUR0MYdOc2xGICpnV0oEoJ/CSAhGfb4FzAtITfy7mWOk7t+8jdxm216yjn5C/mkaTL/
... fMcP+RbR//Y28SP4x3u+0yS+xMGk6aO1xFbZWPV+kDlv0XonS1QXCadX82h9xxzHcrW/+
... iURnWQajcXElrLQjo3/bpmBlrNAgHvWNWFfoLHS4WX1RjBAkj/wgVkFRYi5BchbHBMeaxUd4/
... WG2IUPYDn0aE3BiEC37nql2a5cmHwPtcBlj0NwiUGkhM8FzlHRcGAABwMnyS0HqrUgbjS2p399dcY+
... Du5r8iFVtNumAeyzT4QxvnUaMnavp9RwondfKyjMGUVkLhoV01JFMDJEI4P9UQqoFnm9l37lkbvsybDZuBaub
... 9fr8SYkztBh8Q1ORtdeAVxmC6MW011cklncVO7a6c5hQmon7SeGKRuOf8tQdaziHSKDkveVVjc7kXMFP9Q0k6
... ehNXVkIWtjy87VvxYkDJIY70ZJTQzuoXAlf00no27XjRDyglhgwiaHNjARZINHO8bSCuY0nNEOLevRt/d8Nw+
... QKoVVN36rRl9LsEiAldJh93+
... Pv6W53uYcfNw75yV7H7RvQxnpqKZ4IdVB579sMKPywAyfi5RlBpDJ4UcpSxabBs3D+
... 7Mpp0Hjn8XhN9KTgUbXYmyCP9m/3pVjhWigCnjNMXsm7q9vumInMr6bm3e471+MVZLRuRhEFxDclmF9vm++
... fmWbaGP5KUjVuRXVMXJEfteiv85nmNRkdCzkwRYH5ybmyM33S9Myz2F6NrbDc8TsZQxrcYaJlZCBN11Yor3Uu
... 7m8A80LyNk8kg2YJpLU18/A+4fNa5bxzs3DaDQvUewk+
... 5m9uuAnAccqTPsqTvsHyh4pYsK6DlM9yLuq8sXNTfNgn/gmHuGYwfMdYyu0td9agiE2cTFuYcwP+/
... C5rkPimpPCGA7BZrKWlY2wZcP098OI3oCHlalEHQ3/KfcOoIHSSkPvm7TV0mWus0vesOqfUAwR/
... ue9uBI85C7UEgbSGTdFCA9Rwi2GmWTCEaetnD73/URE6B6l+VobHvnnC6sftReEicBw/
... zn7qw5DjRERReQfOIP64sCZl+cGBvN3LqBN+
... lhlxFE9ERpdXcjnZzUXTwYz72enwHuyjslRxWqR9LjFOjyeQ91M/BPvukWZwuBVZl8nnQwpsLlqF/
... WbggOBJASP6e/UKqyLaJ6r04YEMdV8F0cAOXwTkXPRLLmYcUDDEfd8yDSnZz35WnVmLJ78BJbnmM+LK1+
... 30LfoWXPasNWuJnse6pvxqoBjUDXGKdHPoDpBdPT8t3SykZJKfgC9ykwrXueJNdSQDCne2meyaLXBMsRDJMgT
... 9TEM6+G6j/5FWEWXxZWQqHM/mQy2ifWx06ERVKG0hDWeo0ke//zbE41wO4/MMAk+
... kktmF17aceLzHxHthruSbfdz9hQeeZjxbnfu3DrGkMrtL9NiZxQM4Rytml54I1jYNWnqMfyS7SN+
... gXJNN19hd7mhumsbt7rJVs/PRBkQwfY311HPpQq8Li5BsmJe6eIb5k36S1yNeD/TZsvsEgKchuQjETRfnuYpy
... /hz32kHkll2iN6Pb4/wJlWMpenwemoXE9ojQ400m3BwgcOpZlIeh7taD+
... lVz7iapxgvq6S9zWzOz2DvgtUtjymargopZDrfAYyRcUhHw4CqU9xknIYhovTgSFBWp6/
... PQcNMahfs3wPS01sS1rfysNrZseDOXOrssMHqRGTZQdns1mHRRl+ktFmaMbzAvXDb1ohUJ5PrS2biq94gp7/

31893 HpMS3HhWJTxsonxWol+
Mqlgfe6KeKr1CkrBi9ACoLtzUr0Repdgmo36O1LfFLLLEohymaMKFgDTrBuQ3ndWcf2XLE41wZoO3l9nIGYVT
XRVejPB6g4OetASKWEJt8c9N7Fqw8/
xSKc1fj90XcgKIQ1iQhbEsnO66btpNx4xqwm0ZjUkR0BWMTu5X3iOMoievgT/
7FtXINKFJLYUziVf1EnVdd4963jUN1coXcN8xunWn3khTTOZxtKSk/
JyMeXNAt4ZTrYBfMiKycSf5hQOIpXoC1Q+eo/IffU3FGzPYhpFh0bnrUvGAM8ZaUwmHBLDw9lEFI/2xi9+
UnP84CC9HnFK1vgKC4vlo4Pb6z/zA21yJf/0HOYwiq/
8vrS6Rgto0NgkCa5XjGB8Bmyn6Gnwwo36BETde1TbJsJ2IBsBsPtZrqvc+
3zHSq3OvUjGcq4mpoO6dlsBDQ2T5S7kD298NluDn3ZtA7gHXB3BMs1lpCx56o4vw2mGmpvPoyB1sYLURgPGUE
Cm0PTc3kPGxehgIVyGAed7kKupoDo7RyVQKfhZ8VJTR0RS6zF5gCBkF0DqZVpLRslaCRIdB/
pzgSK6adGS4SgY+fP6mPpC9AT9In5G+lthI+qpckbw+vNquJWp4/LwvibeAAgLMFH0zWSqj1dIFRO75x8O6v+
uEHGE80vCVYSB8MkgHIK4iZiTjOvA3omuz9r4jw+HfsX7mVMfSKZ5sjJidE0B3Srp7SN7BCJRKEWV+
OX1xI1OxVxITghJE4VRSTNbEqjBPRcV2DUkEFilIdvYIF0H6kyCRVF+34NZWPUu1rJOPrguCvPZcgk2G+
agZN2OBMPCcqyvYHdUYPMk7/4o8oIYIcfXVxfebvZRCAT/9VFZNKLrnuH17dcJrQ5rP9zY/
LTXd1oJEDm2oqHZcX7RoueShMqF3qd1lWh+
na8AkX1PfOdSPkUA9AbJDHNrJB6gqAJlt7s2hi16FQkPF8sp5afx/c2iD4zWwJQ7YW8j1h7KkxA/
dGI1F4iHdoNu0yNqO1Jv358Sd7OrR5vNMo/1rwumLGL910YL6lkdkV7JBqHN1HYV/
EuFNFSKwbyEuT4IeW4JNc01aKSo+7VfFVyAV6lLx7CA1TYbCfDT2rgOBLxYI2H6U0/
kyFhKb0ucc8I7dshzJa93J33dQYN7I9bU0Ai46R4pIycEcY=" />
31894 </div>
31895
31896 <script type="text/javascript">
31897 //<![CDATA[
31898 var theForm = document.forms['Form'];
31899 if (!theForm) {
31900     theForm = document.Form;
31901 }
31902 function __doPostBack(eventTarget, eventArgument) {
31903     if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
31904         theForm.__EVENTTARGET.value = eventTarget;
31905         theForm.__EVENTARGUMENT.value = eventArgument;
31906         theForm.submit();
31907     }
31908 }
31909 //]]>
31910 </script>
31911
31912
31913 <script
     src="/WebResource.axd?d=8B-M8YoDW-
     lzLATYqeu0zFs3VXN2srSvxNorMt8epcs9aKK7Y06X8HAy9PYShokHXP_05RYfi0LXjojF0&amp;t=
     635802997220000000" type="text/javascript"></script>
31914
31915 <script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&
     window.jQuery.fn.hoverIntent)) document.write(unescape('%3Cscript
     src="/Portals/0/Skins/Boone/boone_menu/hoverIntent.js"
     type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"
     src="/Portals/0/Skins/Boone/boone_menu/booneMenu.js"></script>
31916 <script
     src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
     =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
     Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
     928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
     2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
     4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script><style
     type='text/css'>.livetabsdefault .ui-tabs .ui-tabs-hide { display: none !important;
     }.livetabsdefault .ui-tabs .ui-tabs-panel { border-width: 0; background: none;
     }.livetabsdefault .ui-tabs .ui-tabs-nav li { margin: 0 0.2em -1px 0;}.livetabsdefault
     .ui-tabs .ui-tabs-nav li.ui-tabs-selected { padding-bottom: 1px; border-bottom-width:
     0; }.livetabsdefault .ui-tabs .ui-tabs-nav li.ui-tabs-selected a { cursor: text;
     }.livetabsdefault .ui-tabs.ui-tabs-collapsible .ui-tabs-nav li.ui-tabs-selected a {
     cursor: pointer; }.livetabsdefault .ui-tabs .ui-tabs-nav li a { padding: 0.5em 2em;
     }@media screen and (max-width: 480px) {.livetabsdefault .ui-tabs
     {width:98%}.livetabsdefault .ui-tabs .ui-tabs-nav {border-radius:0;
     -moz-border-radius:0; webkit-border-radius:0;}.livetabsdefault .ui-tabs .ui-tabs-nav
     li {width:100% !important; border-radius:0; -moz-border-radius:0;
     webkit-border-radius:0;}.livetabsdefault .ui-tabs .ui-tabs-nav li a
     {width:100%}}</style>

```
31917  <script type="text/javascript">
31918  //<![CDATA[
31919  function SelectTab591(Selector) { if(typeof Selector != 'undefined') { var
       SelectedHashIndex = jQuery('a[name*=' + Selector + ']').parent().index();
       jQuery('#LiveTabsWrapper591').tabs({selected: SelectedHashIndex, active:
       SelectedHashIndex}); jQuery('#LiveTabsWrapper591'); } else { LTLaunchLink =
       window.location.hash.indexOf(591); if (LTLaunchLink > -1) { var LTLaunchSelector =
       window.location.hash.replace('#', '').replace('LiveTabsContent', ''); var
       SelectedHashIndex = jQuery('a[name*=lt-' + LTLaunchSelector + ']').parent().index();
       var CurrentTabIndex = jQuery('#LiveTabsWrapper591').tabs().tabs('option',
       'selected'); if(SelectedHashIndex > -1 && SelectedHashIndex != CurrentTabIndex) {
       jQuery('#LiveTabsWrapper591').tabs({selected: SelectedHashIndex, active:
       SelectedHashIndex}); jQuery('#LiveTabsWrapper591')} }}};
       jQuery(document).ready(function(){ jQuery(window).bind('hashchange', function (){
       if(window.location.hash == '')jQuery('#LiveTabsWrapper591').tabs({selected: 0,
       active: 0}); else SelectTab591(); }); });//]]>
31920  </script>
31921
31922  <div class="aspNetHidden">
31923
31924      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
       value="CA0B0334" />
31925      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
       value="" />
31926      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
       value="wjxJmoFauMqM9Ifgw18y+v+
       V7yOXr7YGBy64iaTb05VdYeSOHVL4CLowpOluzPKpWbkSlRHqUVJGvoPiHybkP2y8t5VGiXosfNZcJEs4Q7lo
       2MjnyVA6HIB3CA9c7FDzahCrT/Fl3e/hnmdVK3aU6lzmfP2+f9Op8o5lqdMBrV/c/bHszGZxAAd/
       cUIkaZqnEZ33FgadngFtfXpxFHaCnx4H8Wtyxzf1NEp6VJLQIAZoXv8bIsRR8cM7bNRIB0LZc2p1+
       pKo3Bmm6Pqsun5GtKJtXjnOIeZ32Atbl7kOQCsrldCG2DlLlfi8hvhDOcNPrmqdeswQkpFogFWpTViVFTIryD
       l8SNthCFrb6uAQnw7/diQUjT10hNMArN/TVbZfm4Cw0fuUDaGjYqG3GJkAiTSVAwOUqqvI+
       goNJpuQrF1LBKIf4CTDkOCP061pmvlyybR+aJyf5y8h1SNSFRQ8Ja/PNYF7GuqRnhVsgtvl0DmRKGow+
       8SS3ZgKQ6D1fZ3WGFz4AR0Mg7IOJx8Hf9WlcrsTouh/
       maliLlRcZpDsPJGVuac56CvzzKVuJVQeZXzSjEWa1VNhx66FO+1P0l2e1IRXAGei/
       VzHaOKqQ6H93sp95hPFYQpBVwlI0En4UX/gkfuObsnquG7yIy84lW4VajQf+0JYdvqY+
       maz3RSFvxuYlrxqI0XVgMfCdZRSP7h819bEdehW2SfdgL+
       QxBui5ajtUFP0Jdlvm3AjAW2dHNTgKV9p0UZjnYMfRqIz5x7ySwXFIVPay7KpTckEr5bafUz2e78BAgPuh33E
       0pmPOyjj7Fzmny7EaOOTqxlPn+iDs43nc97VB/
       jsT9qwylF3JCmLV1oGNAg2xD2CVUA7GG8MbDFTxwFxsVR1TjT7LvkC8l7MBT7VPTxdOwg5/KJtrWyR16w+
       aDflJWFL9BaGooWId2dvb7FwbxeViEoqeAbQbq7dUz3/J/BqzHxN4XyoMINmTlniaSYW50KlWChj+
       BSulbP7zfLImGoT5p0jAELP6tI0+KJbOAV1nkgrqhYMp5OdFUYhiag5EmLtVOzDYsEOaaMPqCYY4+icZF2W+
       cImB/
       ilG306syAhPvWsFv9AFGnlRG2y7uvZKp2uwqYvARypXdYIX5V3QQJQkAFnTE6sDCR0KmeIGYnAglXTbP9+
       eIzQuuH0P9Yb3hQFClJ0Gz+DdE8y5gi/GFmL2B+ppgHSeS1ys+2xSABXXUOjWE0dWyWJQ/V0Q+
       4lzhYrQDBzZpgYMx/VvLWHJxrPiRm9/
       T8fdFSNlnjImJMi00ltS5Hx5SYEpqao2bYsMCHtcnuav3terHfP814W7P8K91JurNijnebocqxvLs/Bp5/
       keK3811WlFK//
       cwiRn4PgCZDujg6nbDPFrbvs8upChAeMpmAg5jSLZobfoPgbVvPs4mjtJcW2SBAcAysNa6ewY3ZA3/
       6b075F3fg9oVE+7vm2chJz0L88buID+AlxTh+fmD+
       oB2qcnZKyErLUsE4FB6sk4c5OTC0hDyEEUvQpBwWFPYwNi1jIcZ+KoyN6ibQ9DYtlZI1NY3koRJS0OhwYi/+
       8AQ3JobxmBsn2j102MsOAUXEDe6c70g2s6KDkQtW83l6bAWkgMh5izN1GMIKHgfgFT48JWNYKIkacIFxeT3Uu
       +0M44OTOdwf1lE9iW/I0Mran1/K50QdR5lLCYOIp0JGnotFP+yDHmxxVgUSqVpjkHs9L/+p+90WKP1S/
       F2Hx4wCwKb01GBmNgg9TMCiVnK0VoMxT6Cx1yljWIt5gVS6gYGmsPZeaSCCH6Wx5OoDlB4rzdUwGwCBSp1HHQ
       FQN89bH1ISKRilKita+ClOJggH71a0DtJGWtz2z+ALRyJw+
       UBDEWn6Ab1Ml3rgSYWqfMEajsLioYz5fSXWnX82MRErr1mhvkEgEQjgbHMan65xAzrjyQs2ciI/
       PhaNMNbVBFht3dQ9PbQAO5XJ8ftJ9jz0z16g0NUHI1JlUdS+
       dUGa6HhDB9OWDkoIT6iitbF0wbglPEfgm7UlPw8C54qc1JMr/XYBzQishC+
       RyP0N7ZneumoGTCI8LY5UTOdo5qW1GapnFA5k0yTo4rfqw7D9N/51M4MI9KvKtYG+x/
       QvbcyvEkhjOmKsz95aHoajsCDW5e7EfhdiT/wuPWw8s8J5b8YVvxafgk2uLKC855V/
       iL4XntxiYcpsOQ1kmAAfapNWT1UZ3vaUIe+obHv3kRTFAScPWprpzYc6vuvHSPRMWkvco/
       qTuQ3dzkajVsu7jiMMeb1URuzKnUiJ00FLs5YLnqtc4InEMSqdRjvFj0YpLjvZVAqfGIRY2NevEa01EaMocYT
       kqS85R3Ch7+E7Oltu6j0+
       F7MCZdGDfp9K2P0feb2eoTOtWbvlElduggiUfpJ9wNn3k7XniLobfstEMCHanMWc827bxXdTIv4Rkmq/
       WCIRoZ+RGKly6mAfNZ2hFDPnR/aywFYPbtXlR9m8Aei61JwQ7W4z8pK4Ub7rVwfrXf1GrsszRWnTYc/
       C7hqLX0tn+jPj90jwbrJpIL9ChoZHlt/S/
       96QXmwIHHsfsf0V3Bkz8k7UcK8rmmRVynoNWn7mHJt1s93v68sTkiqgysysxmX7wS1WdCHU1oBynnbvtBuO2w
       2Y2b49Gc93/R4z90pq/8oWalFKec9GZxv9nB+LCzk6hz6ajdcgchbGIoXmE//zkv8zVDtpIg06+
       nqevGsV2RxkWIJwqrXXmknxR5GmGJQ8bJeTO/oT1SAGrRNuLbEnYgqiOmeh84ubsCvFuMJr6Lyan1oDR+
```

31926... QmKIu95Wm4zx2JjrR+
    4d0L7Fi6edrtToYEqHFyVig9p0eR55IRxWAeMW3rS4NeM35fCDuNqzB7MSkMdkhxnHtNjqhHkialKEBf15f0W
    mtDSmXy39a/Er2oxeuncVI87l/35tPqN7yx7ebSZrgJdLW+lLfRzOz46msyh1ww1wAcczRiJIZLvwM/
    NRCd2xBxvaR8hc6Y3abeHnum7wEQQHRw+2RHPzE8ugXcUUCTglxhOwXe3E7qkkH5eRc/
    zMAtSGVO8w9JSpRzoAv5YUqtW7QQnU20gMgeLrAfYBB4eXlC4AM7QT5G3y+pLqXxZAFL1F/mrQFJXnLcNf/
    pLhgLJOxMKFmS8RKmOpclKkfpCjIPEJYfB/
    ydnQP2l8g7MDJ1dXk8ESXGLnJusok6bOzRub7veKJ3qGLIW3y8sKEvpUu0aLqvo6KZ37RC0U30rEW4mBapdUh
    ApNP9p9TIc6XUL7ug8x5T1HWxDTt2FcnfMjzAtxt5a+BBIqHDxeg/
    6e2fVJEgkHQUtSR4w0fRYgmnIqf4KtP8uujhVfJNGsINt07uA79FLzuM9EQ5XUe/czcWt/
    fMteOnzGqVCg9HeraerNgNr5gzvLR8oFQ8JJUzcEqYsPc1K/sIckoSxDoH+TjNYTFkinY6kS/
    FTyyNCmKJxQ55ullRYYPuvAJy13+
    lEJqzlhqLz8993R8oaR78dZAzqlCPxVAIIZUilzqFK3XZFsAIPseua95QTWMKkKJ1yJ4FiNo5RHDO72E08xEK
    LrynITeVKDqAZzkhCt+GBBZiUM+7lmwVUk0yJ/Ibg89rpzyiCzW+seM4FsAOiSVUlL3+
    FyRlKFfxbvvnagGsLmceYcyuDHrciDFmagD7/jkZWc4LKZyUY1VYvpGlCtpkQsoYPFontKUX8aSkWB8E+
    yUIU0l7TCyqB9MXTLFXSwKR9/v08bc7Z5D79S7y8FcPZkGR/MKFXnHZjIjgNaR4cqwDSVZ1xzQnYpBNm+
    qswHIbKDQvadljPg2veUOPexlJ6NyTuA406gQP4xnh8BKIsJ3ZoI5rCpxcx6CLuJA+k62+lE7o/BWAC/
    5XD0aaY9ZJhZai/Nr+ERIFE6PSECs=" />
31927 </div><script src="/js/dnn.js?cdv=138" type="text/javascript"></script><script
    src="/Portals/0/Skins/Boone/js/bootstrap.js?cdv=138"
    type="text/javascript"></script><script
    src="/Portals/0/Skins/Boone/js/global.js?cdv=138"
    type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=138"
    type="text/javascript"></script><script
    src="/DesktopModules/EasyDNNNews/js/jquery.rateit.js?cdv=138"
    type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=138"
    type="text/javascript"></script><script src="/js/dnncore.js?cdv=138"
    type="text/javascript"></script><script
    src="/Resources/Search/SearchSkinObjectPreview.js?cdv=138"
    type="text/javascript"></script><script
    src="/DesktopModules/EasyDNNNews/js/jquery.prettyPhoto.js?cdv=138"
    type="text/javascript"></script><script
    src="/DesktopModules/EasyDNNNews/js/jquery.cookie.js?cdv=138"
    type="text/javascript"></script><script
    src="/DesktopModules/EasyDNNNews/static/EasyDnnSolutions/EasyDnnSolutions_1.0.js?cdv
    =138" type="text/javascript"></script><script type="text/javascript">
31928 //<![CDATA[
31929 Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
    '');
31930 //]]>
31931 </script>
31932
31933
31934
31935
31936
31937 <div class="push">
31938     <!-- Header : row1,2,3-->
31939
31940
31941 <!-- Google Search -->
31942
31943
31944 <!-- Header -->
31945 <!-- Row 1: phone-->
31946 <div class="row1 hidden-xs">
31947     <div class="container gradient">
31948         <div class="col-md-6 col-sm-7 row1Left">
31949             <span>Find a doctor or make an appointment: </span>
31950             <a class="tel" href="tel:5738156400">573.815.6400</a>
31951             </a>
31952         </div>
31953         <div class="col-md-6 col-sm-5 row1Right">General Information: <a
    href="tel:5738158000" class="tel">573.815.8000</a></div>
31954     </div>
31955 </div>
31956
31957 <!-- Row 2: Logo & Search-->
31958 <div class="row2 logoRow">

```
31959                 <div class="container">
31960                 <div class="row grid">
31961                     <div class="col-md-3 col-sm-3 row2Left">
31962                         <div class="row mHeader">
31963                             <div class="col-xs-1 visible-xs mHeaderL"><a
...   data-toggle=".mobileMainNav " class="mOpen open-left-button"
...   href="javascript:void(0)"><span class="icon-menu"></span><span
...   class="iconLabel">Menu</span> </a></div>
31964                             <div class="col-sm-12 col-xs-10 mHeaderM">
31965                                 <a href="/" class="logo">
31966                                     <a id="dnn_ucHeader_dnnLOGO_hypLogo" title="Boone
...   Hospital Center" href="http://www.boone.org/"><img id="dnn_ucHeader_dnnLOGO_imgLogo"
...   src="/Portals/0/logo.png?ver=2016-04-07-042557-493" alt="Boone Hospital Center"
...   style="border-width:0px;" /></a>
31967                                 </a>
31968                             </div>
31969                             <div class="col-xs-1 visible-xs mHeaderR"><a
...   data-target="#modalContact" data-toggle="modal" class="mCall"><span
...   class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
31970                         </div>
31971                     </div>
31972                     <div class="col-md-4 col-sm-5 hidden-xs row2mid">
31973                         <div class="contactWrap">
31974                             <a href="/Patients-Visitors/Maps-Directions-Parking"><span
...   class="icon-get-directions"></span> Get Directions</a><a
...   href="/contactus/"><span class="icon-contact"></span> Contact Us</a>
31975                         </div>
31976                     </div>
31977                     <div class="col-md-5 col-sm-4 row2right">
31978                         <div class="input-group">
31979
31980
31981  <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
31982      <div class="SearchBorder">
31983          <div id="SearchIcon" class="SearchIcon">
31984              <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
...   src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
31985          </div>
31986          <span class="searchInputContainer" data-moreresults="See More Results"
...   data-noresult="No Results Found">
31987              <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
...   maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
...   autocomplete="off" placeholder="Search..." />
31988              <a class="dnnSearchBoxClearText"></a>
31989          </span>
31990
31991          <ul id="SearchChoices">
31992              <li id="SearchIconSite">Site</li>
31993              <li id="SearchIconWeb">Web</li>
31994          </ul>
31995      </div>
31996      <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
...   href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
...   ;)">Go</a>
31997  </div>
31998  <script type="text/javascript">
31999      $(function() {
32000          if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
...   {
32001              var searchSkinObject = new dnn.searchSkinObject({
32002                  delayTriggerAutoSearch : 400,
32003                  minCharRequiredTriggerAutoSearch : 2,
32004                  searchType: 'S',
32005                  enableWildSearch: true,
32006                  cultureCode: 'en-US',
32007                  portalId: -1
32008                  }
32009              );
```

```
32010                    searchSkinObject.init();
32011
32012
32013
32014                    // attach dropdown search
32015              if (typeof dnn.initDropdownSearch != 'undefined') {
32016                  dnn.initDropdownSearch(searchSkinObject);
32017              }
32018
32019
32020          }
32021      });
32022  </script>
32023
32024                  </div>
32025              </div>
32026          </div>
32027      </div>
32028  </div>
32029  <!-- Modal Contact Box on mobile-->
32030  <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
    …  id="modalContact" class="modal">
32031      <div class="modal-contact">
32032          <div class="modal-content">
32033              <div class="modal-header">
32034                  <h4 class="modal-title">Call Us</h4>
32035              </div>
32036              <div class="modal-body">
32037                  <div class="mBtn">
32038                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
32039                      <div class="mBtnRight">
32040                          Find a Doctor or Make<br>
32041                          an Appointment<br>
32042                          <a class="tel" href="tel:5738156400">573.815.6400</a>
32043                      </div>
32044                  </div>
32045                  <div class="mBtn">
32046                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
32047                      <div class="mBtnRight genInfo">
32048                          General Information<br>
32049                          <a href="tel:5738158000" class="tel">573.815.8000</a>
32050                      </div>
32051                  </div>
32052                  <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
32053              </div>
32054          </div>
32055      </div>
32056  </div>
32057  <!-- Row 3: Top Menu -->
32058  <div class="row3 mainNavRow gradient hidden-xs">
32059      <div class="container">
32060          <div class="topNav">
32061              <script type="text/javascript">
32062          jQuery(document).ready(function() {
32063          splitSubMenu(3);
32064          });
32065          </script><ul class="megamenu" id="megamenu">
32066    <li class="level0"><a class="&#xA;          level0"
    …  href="http://www.boone.org/Find-A-Physician">Find A Physician</a></li>
32067    <li class="separator"></li>
32068    <li class="level0"><a class="&#xA;          level0"
    …  href="http://www.boone.org/About-Us">About Us</a><div class="childIndicator"></div>
32069      <div class="sub">
32070        <ul class="tempUL">
32071          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/A-History-of-Boone">A History of Boone</a></li>
32072          <li class="subheader"><a href="http://www.boone.org/The-Boone-Touch">The
    …  Boone Touch</a></li>
```

Page 857

```
32073        <li class="subheader"><a href="http://www.boone.org/Nifong">Nifong Medical
…   Plaza</a></li>
32074        <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Trophy-Case">Trophy Case</a></li>
32075        <li class="subheader"><a
…   href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
…   Missouri</a></li>
32076        <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Board-of-Trustees">Board of Trustees</a></li>
32077        <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Quality-Reports">Quality Reports</a></li>
32078        <li class="subheader"><a
…   href="http://www.bjc.org/About-Us/Vendor-Information">Vendor Information</a></li>
32079        <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Community-Health-Needs-Assessment">Community
…   Health Needs Assessment</a></li>
32080        <li class="subheader"><a href="http://www.boone.org/red">Go Red
…   Challenge</a></li>
32081      </ul>
32082    </div>
32083  </li>
32084  <li class="separator"></li>
32085  <li class="level0"><a class="&#xA;              level0"
…   href="http://www.boone.org/Our-Services">Our Services</a><div
…   class="childIndicator"></div>
32086    <div class="sub">
32087      <ul class="tempUL">
32088        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Bariatric
…   Surgery</a></li>
32089        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Boone Family
…   Birthplace</a></li>
32090        <li class="subheader"><a href="http://www.boone.org/medicalgroup">Boone
…   Medical Group</a></li>
32091        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Cancer
…   Treatment</a></li>
32092        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services/Cardiac-
…   Rehabilitation">Cardiac Rehabilitation</a></li>
32093        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services">
…   Cardiology/Cardiothoracic Services</a></li>
32094        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Clinical-Laboratory">Clinical
…   Laboratory</a></li>
32095        <li class="subheader"><a
…   href="http://www.boone.org/Diabetes-and-Endocrinology">Diabetes and Endocrine
…   Center</a></li>
32096        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Digestive-GI">Digestive (GI)</a></li>
32097        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Emergency-Department">Emergency
…   Department</a></li>
32098        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Employee-Assistance-Program">Employee
…   Assistance Program</a></li>
32099        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Family-Practice">Family Practice</a></li>
32100        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Stewart-Cancer-Center/Harris-Breast-Center">
…   Harris Breast Center</a></li>
32101        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Home-Care-and-Hospice">Home Care and
…   Hospice</a></li>
32102        <li class="subheader"><a
…   href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/ICN">Intensive Care
```

```
32102…  Nursery</a></li>
32103         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Intensive-Care-Units">Intensive Care
   …   Units</a></li>
32104         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Neurology">Neurology</a></li>
32105         <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
   …   Plaza</a></li>
32106         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Oncology</a></li>
32107         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Orthopaedic-Specialties">Orthopaedic
   …   Specialties</a></li>
32108         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Pain-Management-Clinic">Pain Management
   …   Clinic</a></li>
32109         <li class="subheader"><a href="http://www.boone.org/lungs">Pulmonary
   …   Medicine</a></li>
32110         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/Pediatrics">
   …   Pediatrics</a></li>
32111         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Radiology">Radiology</a></li>
32112         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Neurology/Sleep-Center">Sleep Center</a></li>
32113         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Spiritual-Care-Services">Spiritual Care
   …   Services</a></li>
32114         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Stewart Cancer
   …   Center</a></li>
32115         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Neurology/Stroke-Center">Stroke
   …   Center</a></li>
32116         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Supportive-Care">Supportive Care</a></li>
32117         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Surgical-Services">Surgical Services</a></li>
32118         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Surgical-Services/Robotic-Surgery">Surgery-
   …   Robotic</a></li>
32119         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Therapy-Services">Therapy Services</a></li>
32120         <li class="subheader"><a href="http://www.boone.org/medicalgroup">Urgent
   …   Care</a></li>
32121         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Weight Loss
   …   Surgery</a></li>
32122         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/WELLAWARE">WELLAWARE</a></li>
32123         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Women/Children</a></
   …   li>
32124         <li class="subheader"><a
   …   href="http://www.boone.org/Our-Services/Wound-Healing-Center">Wound Healing
   …   Center</a></li>
32125       </ul>
32126     </div>
32127   </li>
32128   <li class="separator"></li>
32129   <li class="level0"><a class="&#xA;          level0"
   …   href="http://www.boone.org/Patients-Visitors">Patients &amp; Visitors</a><div
   …   class="childIndicator"></div>
32130     <div class="sub">
32131       <ul class="tempUL">
32132         <li class="subheader"><a
   …   href="http://www.boone.org/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
32133         <li class="subheader"><a href="http://www.boone.org/preps">Preps</a></li>
```

```
32134       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
32135       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Registration">Registration</a></li>
32136       <li class="subheader"><a
...    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
...    ">Financial Assistance &amp; Billing Resources</a></li>
32137       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Send-an-eCard">Send an eCard</a></li>
32138       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Cafeteria-Menu">Cafeteria Menu</a></li>
32139       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Boone-Appetit">Boone Appétit</a></li>
32140       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Gift-Shop">Gift Shop</a></li>
32141       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/The-Healing-Garden">The Healing
...    Garden</a></li>
32142       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Maps-Directions-Parking">Maps,
...    Directions &amp; Parking</a></li>
32143       <li class="subheader"><a
...    href="http://www.boone.org/Patients-Visitors/Medical-Records-Request">Medical Records
...    Request</a></li>
32144       </ul>
32145     </div>
32146   </li>
32147   <li class="separator"></li>
32148   <li class="level0"><a class="&#xA;            level0"
...    href="http://www.boone.org/Employment">Employment</a><div
...    class="childIndicator"></div>
32149     <div class="sub">
32150       <ul class="tempUL">
32151         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Why-Work-at-Boone">Why Work at Boone?</a></li>
32152         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Apply-Now">Apply Now</a></li>
32153         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Job-Search-Tips">Job Search Tips</a></li>
32154         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Nursing-at-Boone">Nursing at Boone</a></li>
32155         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Employee-of-the-Month">Employee of the
...    Month</a></li>
32156         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Benefits-Summary">Benefits Summary</a></li>
32157         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Employment-FAQs">Employment FAQ's</a></li>
32158         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Job-Shadowing">Job Shadowing</a></li>
32159         <li class="subheader"><a
...    href="http://www.boone.org/internship">Internships</a></li>
32160         <li class="subheader"><a
...    href="http://www.boone.org/Employment/Volunteer">Volunteer</a></li>
32161         <li class="subheader"><a
...    href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
...    Missouri</a></li>
32162       </ul>
32163     </div>
32164   </li>
32165   <li class="separator"></li>
32166   <li class="level0"><a class="&#xA;            level0"
...    href="http://www.boone.org/Foundation">Foundation</a><div
...    class="childIndicator"></div>
32167     <div class="sub">
32168       <ul class="tempUL">
32169         <li class="subheader"><a href="http://www.boone.org/Foundation/Our-Story">Our
...    Story</a></li>
```

```
32170          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/Community-Campaign">Community Campaign</a></li>
32171          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/Grateful-Patient">Grateful Patient</a></li>
32172          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/Ways-to-Give">Ways to Give</a></li>
32173          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/What-a-Donation-Can-Do">What a Donation Can
…   Do</a></li>
32174          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/One-Reason">One Reason</a></li>
32175          <li class="subheader"><a
…   href="http://www.boone.org/Foundation/Donations">Donations</a></li>
32176          <li class="subheader"><a
…   href="http://www.boone.org/Events/PID/744/ev/2/evl/0/CategoryID/10/CategoryName/
…   Foundation-Events">Upcoming Foundation Events</a></li>
32177          </ul>
32178        </div>
32179      </li>
32180      <li class="separator"></li>
32181      <li class="level0"><a class="&#xA;              level0"
…   href="http://www.boone.org/For-Providers">For Providers</a><div
…   class="childIndicator"></div>
32182        <div class="sub">
32183          <ul class="tempUL">
32184            <li class="subheader"><a
…   href="http://www.boone.org/For-Providers/The-Boone-Experience">The Boone
…   Experience</a></li>
32185            <li class="subheader"><a
…   href="http://www.boone.org/For-Providers/Patient-Transfer">Patient Transfer</a></li>
32186            <li class="subheader"><a
…   href="http://www.boone.org/For-Providers/Provider-Opportunities">Provider
…   Opportunities</a></li>
32187            <li class="subheader"><a
…   href="http://www.boone.org/Find-A-Physician">Physician Directory</a></li>
32188            <li class="subheader"><a
…   href="/LinkClick.aspx?fileticket=QGnX855kCns%3d&amp;tabid=295&amp;portalid=0">Medical
…   Staff Leadership</a></li>
32189            <li class="subheader"><a href="http://clinicaldesktop.bjc.org/">ClinDesk
…   2</a></li>
32190            <li class="subheader"><a
…   href="https://nextgen.boone.org/vpn/index.html">NextGen Login</a></li>
32191            <li class="subheader"><a
…   href="http://www.boone.org/For-Providers/CME">CME</a></li>
32192            <li class="subheader"><a
…   href="http://www.boone.org/For-Providers/Resources">Resources</a></li>
32193          </ul>
32194        </div>
32195      </li>
32196  </ul>
32197          </div>
32198        </div>
32199  </div>
32200
32201  <div class="mobileMainNav">
32202      <div class="container">
32203          <div class="topMobileNav visible-xs">
32204              <script type="text/javascript">
32205          jQuery(document).ready(function() {
32206          splitSubMenu(3);
32207          });
32208          </script><ul class="megamenu" id="megamenu">
32209      <li class="level0"><a class="&#xA;              level0"
…   href="http://www.boone.org/Find-A-Physician">Find A Physician</a></li>
32210      <li class="separator"></li>
32211      <li class="level0"><a class="&#xA;              level0"
…   href="http://www.boone.org/About-Us">About Us</a><span
…   class="icon-arrow-right-generic childIndicator"></span><div class="sub">
```

```
32212        <ul>
32213          <li class="back-button"><a href="javascript:void();"
    …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32214          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/A-History-of-Boone">A History of Boone</a></li>
32215          <li class="subheader"><a href="http://www.boone.org/The-Boone-Touch">The
    …  Boone Touch</a></li>
32216          <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
    …  Plaza</a></li>
32217          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/Trophy-Case">Trophy Case</a></li>
32218          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
    …  Missouri</a></li>
32219          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/Board-of-Trustees">Board of Trustees</a></li>
32220          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/Quality-Reports">Quality Reports</a></li>
32221          <li class="subheader"><a
    …  href="http://www.bjc.org/About-Us/Vendor-Information">Vendor Information</a></li>
32222          <li class="subheader"><a
    …  href="http://www.boone.org/About-Us/Community-Health-Needs-Assessment">Community
    …  Health Needs Assessment</a></li>
32223          <li class="subheader"><a href="http://www.boone.org/red">Go Red
    …  Challenge</a></li>
32224        </ul>
32225      </div>
32226    </li>
32227    <li class="separator"></li>
32228    <li class="level0"><a class="&#xA;              level0"
    …  href="http://www.boone.org/Our-Services">Our Services</a><span
    …  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
32229        <ul>
32230          <li class="back-button"><a href="javascript:void();"
    …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32231          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Bariatric
    …  Surgery</a></li>
32232          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Boone Family
    …  Birthplace</a></li>
32233          <li class="subheader"><a href="http://www.boone.org/medicalgroup">Boone
    …  Medical Group</a></li>
32234          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Cancer
    …  Treatment</a></li>
32235          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services/Cardiac-
    …  Rehabilitation">Cardiac Rehabilitation</a></li>
32236          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services">
    …  Cardiology/Cardiothoracic Services</a></li>
32237          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Clinical-Laboratory">Clinical
    …  Laboratory</a></li>
32238          <li class="subheader"><a
    …  href="http://www.boone.org/Diabetes-and-Endocrinology">Diabetes and Endocrine
    …  Center</a></li>
32239          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Digestive-GI">Digestive (GI)</a></li>
32240          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Emergency-Department">Emergency
    …  Department</a></li>
32241          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Employee-Assistance-Program">Employee
    …  Assistance Program</a></li>
32242          <li class="subheader"><a
    …  href="http://www.boone.org/Our-Services/Family-Practice">Family Practice</a></li>
```

```
32243          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center/Harris-Breast-Center">
      Harris Breast Center</a></li>
32244          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Home-Care-and-Hospice">Home Care and
      Hospice</a></li>
32245          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/ICN">Intensive Care
      Nursery</a></li>
32246          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Intensive-Care-Units">Intensive Care
      Units</a></li>
32247          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Neurology">Neurology</a></li>
32248          <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
      Plaza</a></li>
32249          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Oncology</a></li>
32250          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Orthopaedic-Specialties">Orthopaedic
      Specialties</a></li>
32251          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Pain-Management-Clinic">Pain Management
      Clinic</a></li>
32252          <li class="subheader"><a href="http://www.boone.org/lungs">Pulmonary
      Medicine</a></li>
32253          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/Pediatrics">
      Pediatrics</a></li>
32254          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Radiology">Radiology</a></li>
32255          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Neurology/Sleep-Center">Sleep Center</a></li>
32256          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Spiritual-Care-Services">Spiritual Care
      Services</a></li>
32257          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Stewart Cancer
      Center</a></li>
32258          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Neurology/Stroke-Center">Stroke
      Center</a></li>
32259          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Supportive-Care">Supportive Care</a></li>
32260          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Surgical-Services">Surgical Services</a></li>
32261          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Surgical-Services/Robotic-Surgery">Surgery-
      Robotic</a></li>
32262          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Therapy-Services">Therapy Services</a></li>
32263          <li class="subheader"><a href="http://www.boone.org/medicalgroup">Urgent
      Care</a></li>
32264          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Weight Loss
      Surgery</a></li>
32265          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/WELLAWARE">WELLAWARE</a></li>
32266          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Women/Children</a></
      li>
32267          <li class="subheader"><a
      href="http://www.boone.org/Our-Services/Wound-Healing-Center">Wound Healing
      Center</a></li>
32268        </ul>
32269      </div>
32270    </li>
32271    <li class="separator"></li>
```

```
32272    <li class="level0"><a class="&#xA;             level0"
  …     href="http://www.boone.org/Patients-Visitors">Patients &amp; Visitors</a><span
  …     class="icon-arrow-right-generic childIndicator"></span><div class="sub">
32273        <ul>
32274        <li class="back-button"><a href="javascript:void();"
  …     class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32275        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
32276        <li class="subheader"><a href="http://www.boone.org/preps">Preps</a></li>
32277        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
32278        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Registration">Registration</a></li>
32279        <li class="subheader"><a
  …     href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
  …     ">Financial Assistance &amp; Billing Resources</a></li>
32280        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Send-an-eCard">Send an eCard</a></li>
32281        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Cafeteria-Menu">Cafeteria Menu</a></li>
32282        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Boone-Appetit">Boone Appétit</a></li>
32283        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Gift-Shop">Gift Shop</a></li>
32284        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/The-Healing-Garden">The Healing
  …     Garden</a></li>
32285        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Maps-Directions-Parking">Maps,
  …     Directions &amp; Parking</a></li>
32286        <li class="subheader"><a
  …     href="http://www.boone.org/Patients-Visitors/Medical-Records-Request">Medical Records
  …     Request</a></li>
32287        </ul>
32288       </div>
32289     </li>
32290     <li class="separator"></li>
32291     <li class="level0"><a class="&#xA;             level0"
  …     href="http://www.boone.org/Employment">Employment</a><span
  …     class="icon-arrow-right-generic childIndicator"></span><div class="sub">
32292        <ul>
32293        <li class="back-button"><a href="javascript:void();"
  …     class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32294        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Why-Work-at-Boone">Why Work at Boone?</a></li>
32295        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Apply-Now">Apply Now</a></li>
32296        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Job-Search-Tips">Job Search Tips</a></li>
32297        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Nursing-at-Boone">Nursing at Boone</a></li>
32298        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Employee-of-the-Month">Employee of the
  …     Month</a></li>
32299        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Benefits-Summary">Benefits Summary</a></li>
32300        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Employment-FAQs">Employment FAQ's</a></li>
32301        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Job-Shadowing">Job Shadowing</a></li>
32302        <li class="subheader"><a
  …     href="http://www.boone.org/internship">Internships</a></li>
32303        <li class="subheader"><a
  …     href="http://www.boone.org/Employment/Volunteer">Volunteer</a></li>
32304        <li class="subheader"><a
  …     href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
  …     Missouri</a></li>
32305        </ul>
```

```
32306                </div>
32307            </li>
32308            <li class="separator"></li>
32309            <li class="level0"><a class="&#xA;                    level0"
    ...  href="http://www.boone.org/Foundation">Foundation</a><span
    ...  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
32310                <ul>
32311                    <li class="back-button"><a href="javascript:void();"
    ...  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32312                    <li class="subheader"><a href="http://www.boone.org/Foundation/Our-Story">Our
    ...  Story</a></li>
32313                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/Community-Campaign">Community Campaign</a></li>
32314                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/Grateful-Patient">Grateful Patient</a></li>
32315                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/Ways-to-Give">Ways to Give</a></li>
32316                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/What-a-Donation-Can-Do">What a Donation Can
    ...  Do</a></li>
32317                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/One-Reason">One Reason</a></li>
32318                    <li class="subheader"><a
    ...  href="http://www.boone.org/Foundation/Donations">Donations</a></li>
32319                    <li class="subheader"><a
    ...  href="http://www.boone.org/Events/PID/744/ev/2/evl/0/CategoryID/10/CategoryName/
    ...  Foundation-Events">Upcoming Foundation Events</a></li>
32320                </ul>
32321            </div>
32322        </li>
32323        <li class="separator"></li>
32324        <li class="level0"><a class="&#xA;                    level0"
    ...  href="http://www.boone.org/For-Providers">For Providers</a><span
    ...  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
32325            <ul>
32326                <li class="back-button"><a href="javascript:void();"
    ...  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
32327                <li class="subheader"><a
    ...  href="http://www.boone.org/For-Providers/The-Boone-Experience">The Boone
    ...  Experience</a></li>
32328                <li class="subheader"><a
    ...  href="http://www.boone.org/For-Providers/Patient-Transfer">Patient Transfer</a></li>
32329                <li class="subheader"><a
    ...  href="http://www.boone.org/For-Providers/Provider-Opportunities">Provider
    ...  Opportunities</a></li>
32330                <li class="subheader"><a
    ...  href="http://www.boone.org/Find-A-Physician">Physician Directory</a></li>
32331                <li class="subheader"><a
    ...  href="/LinkClick.aspx?fileticket=QGnX855kCns%3d&amp;tabid=295&amp;portalid=0">Medical
    ...  Staff Leadership</a></li>
32332                <li class="subheader"><a href="http://clinicaldesktop.bjc.org/">ClinDesk
    ...  2</a></li>
32333                <li class="subheader"><a
    ...  href="https://nextgen.boone.org/vpn/index.html">NextGen Login</a></li>
32334                <li class="subheader"><a
    ...  href="http://www.boone.org/For-Providers/CME">CME</a></li>
32335                <li class="subheader"><a
    ...  href="http://www.boone.org/For-Providers/Resources">Resources</a></li>
32336            </ul>
32337        </div>
32338    </li>
32339 </ul>
32340                <ul class="contactWrapM">
32341                    <li><a href="/Patients-Visitors/Maps-Directions-Parking "><span
    ...  class="icon-get-directions"></span><span>Get Directions</span></a></li>
32342                    <li><a href="/contactus/"><span
    ...  class="icon-contact"></span><span>Contact Us</span></a></li>
32343                </ul>
```

```
32344                </div>
32345        </div>
32346   </div>
32347
32348
32349
32350   <script type="text/javascript">
32351        $(document).ready(function () {
32352            var rootId = 'home';
32353            $("#navmenu > li").each(function () {
32354                if (this.id == rootId) {
32355                    $(this).addClass("active");
32356                }
32357            });
32358        });
32359   </script>
32360
32361
32362        <!-- Rotating Banner -->
32363        <div id="globalBannerArea" class="globalBannerArea">
32364            <div class="container">
32365                <div id="dnn_TopPane" class="h_TopPane">
32366                    <div class="DnnModule DnnModule-ContainerTagsManager DnnModule-1997"><a
...  name="1997"></a><div id="dnn_ctr1997_ContentPane"><!-- Start_Module_1997 --><div
...  id="dnn_ctr1997_ModuleContent" class="DNNModuleContent ModContainerTagsManagerC">
32367            <script language='JavaScript'>
32368    var prd=new
...  Date(),pru=Date.UTC(prd.getUTCFullYear(),prd.getUTCMonth(),prd.getUTCDay(),prd.
...  getUTCHours(),prd.getUTCMinutes(),prd.getUTCSeconds(),prd.getUTCMilliseconds());
32369    var pr_eid=pru+Math.random();
32370    var pr_event='';
32371    var pr_item='';
32372    var pr_quantity='';
32373    var pr_value='';
32374    var pr_ctFrame=document.createElement('iframe');
32375    pr_ctFrame.style.display='none';
32376
...  pr_ctFrame.src='http://container.pointroll.com/event/ContainerTagServer.ashx?ctid=
...  B09CF62C-CC2F-442E-907E-D23DDEB6275F&av=9175&eid='+pr_eid+'&ev='+pr_event+'&item='+
...  pr_item+'&q='+pr_quantity+'&val='+pr_value+'&r='+Math.random();
32377    document.body.appendChild(pr_ctFrame);
32378    </script>
32379   </div><!-- End_Module_1997 --></div>
32380   </div><div class="DnnModule DnnModule-Home_Rotator DnnModule-2045"><a
...  name="2045"></a><div id="dnn_ctr2045_ContentPane" class="empty"><!--
...  Start_Module_2045 --><div id="dnn_ctr2045_ModuleContent" class="DNNModuleContent
...  ModHomeRotatorC">
32381
32382
32383
32384   <link href="/DesktopModules/Home_Rotator/css/owl.carousel.css" rel="stylesheet" />
32385   <script src="/DesktopModules/Home_Rotator/js/owl.carousel.min.js"></script>
32386   <script src="/DesktopModules/Home_Rotator/js/customrotator.js"></script>
32387
32388
32389   <style type="text/css">
32390   #homebanner1 { background-image:
...  url("/Portals/0/images/home/1800x510USnews2.png?ver=2016-08-02-113054-800"); }
32391   #homebanner2 { background-image:
...  url("/Portals/0/1800x510touch1.png?ver=2016-04-25-095703-200"); }
32392   #homebanner3 { background-image:
...  url("/Portals/0/1800x510touch2.png?ver=2016-04-25-100028-970"); }
32393   #homebanner4 { background-image:
...  url("/Portals/0/1800x510touch3.png?ver=2016-04-25-100146-127"); }
32394   #homebanner5 { background-image:
...  url("/Portals/0/1800x510touch4.png?ver=2016-04-25-100330-413"); }
32395
32396   @media (min-width: 768px) and (max-width: 991px)
```

```
32397  {
32398  #homebanner1 { background-image:
...    url("/Portals/0/images/home/970x568USnews2.png?ver=2016-08-02-113118-933"); }
32399  #homebanner2 { background-image:
...    url("/Portals/0/970x568touch1.png?ver=2016-04-25-095733-900"); }
32400  #homebanner3 { background-image:
...    url("/Portals/0/970x568touch2.png?ver=2016-04-25-100037-363"); }
32401  #homebanner4 { background-image:
...    url("/Portals/0/970x568touch3.png?ver=2016-04-25-100206-313"); }
32402  #homebanner5 { background-image:
...    url("/Portals/0/970x568touch4.png?ver=2016-04-25-100337-793"); }
32403
32404  }
32405  @media (max-width: 767px)
32406  {
32407  #homebanner1 { background-image:
...    url("/Portals/0/images/home/767x719USnews2.png?ver=2016-08-02-113130-493"); }
32408  #homebanner2 { background-image:
...    url("/Portals/0/767x719touch1.png?ver=2016-04-25-095740-687"); }
32409  #homebanner3 { background-image:
...    url("/Portals/0/767x719touch2.png?ver=2016-04-25-100044-880"); }
32410  #homebanner4 { background-image:
...    url("/Portals/0/767x719touch3.png?ver=2016-04-25-100212-600"); }
32411  #homebanner5 { background-image:
...    url("/Portals/0/767x719touch4.png?ver=2016-04-25-100341-320"); }
32412
32413  }
32414  </style>
32415
32416
32417  <!--[if gte IE 9]>
32418    <style type="text/css">
32419      .gradient {
32420        filter: none;
32421      }
32422    </style>
32423  <![endif]-->
32424
32425        <div class="rotatorRow">
32426            <div class="topShadow gradient"></div>
32427            <div id="rotatorNav"><a class="btn prev"><span
...    class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
...    class="icon-arrow-right-marquee"></span></a></div>
32428            <div class="rotatorWrap">
32429                <div class="owl-carousel owl-theme" id="rotator">
32430
32431         <div class="item" id="homebanner1">
32432            <div class="captionWrap">
32433                <div class="caption-border">
32434                    <div class="caption">
32435                        <div class="title1"></div>
32436                        <div class="title2"><span></span></div>
32437                        <div class="learn-more">
32438                            <a class="btnLg btnWhite"
...    href="http://www.boone.org/About-Us/Trophy-Case/USnews" target='_self'>Learn
...    More<span class="icon-arrow-right-generic"></span></a>
32439                        </div>
32440                    </div>
32441                </div>
32442            </div>
32443        </div>
32444
32445         <div class="item" id="homebanner2">
32446            <div class="captionWrap">
32447                <div class="caption-border">
32448                    <div class="caption">
32449                        <div class="title1"></div>
32450                        <div class="title2"><span></span></div>
```

```
32451                            <div class="learn-more">
32452                                <a class="btnLg btnWhite"
  …   href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of
  …   Experience<span class="icon-arrow-right-generic"></span></a>
32453                            </div>
32454                        </div>
32455                    </div>
32456                </div>
32457            </div>
32458
32459        <div class="item" id="homebanner3">
32460            <div class="captionWrap">
32461                <div class="caption-border">
32462                    <div class="caption">
32463                        <div class="title1"></div>
32464                        <div class="title2"><span></span></div>
32465                        <div class="learn-more">
32466                            <a class="btnLg btnWhite"
  …   href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Caring<span
  …   class="icon-arrow-right-generic"></span></a>
32467                        </div>
32468                    </div>
32469                </div>
32470            </div>
32471        </div>
32472
32473        <div class="item" id="homebanner4">
32474            <div class="captionWrap">
32475                <div class="caption-border">
32476                    <div class="caption">
32477                        <div class="title1"></div>
32478                        <div class="title2"><span></span></div>
32479                        <div class="learn-more">
32480                            <a class="btnLg btnWhite"
  …   href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Detail<span
  …   class="icon-arrow-right-generic"></span></a>
32481                        </div>
32482                    </div>
32483                </div>
32484            </div>
32485        </div>
32486
32487        <div class="item" id="homebanner5">
32488            <div class="captionWrap">
32489                <div class="caption-border">
32490                    <div class="caption">
32491                        <div class="title1"></div>
32492                        <div class="title2"><span></span></div>
32493                        <div class="learn-more">
32494                            <a class="btnLg btnWhite"
  …   href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Teamwork<span
  …   class="icon-arrow-right-generic"></span></a>
32495                        </div>
32496                    </div>
32497                </div>
32498            </div>
32499        </div>
32500
32501        </div>
32502        </div>
32503    </div>
32504
32505
32506 </div><!-- End_Module_2045 --></div>
32507 </div></div>
32508        </div>
32509    </div>
32510
```

```
32511  <div class="row4">
32512      <div class="container">
32513          <div id="dnn_ContentPane" class="DNNEmptyPane"></div>
32514      </div>
32515  </div>
32516  <div class="row5">
32517      <div class="container">
32518          <div class="row">
32519              <!-- Left Pane 1-->
32520              <div class="col-md-4 col-sm-4 col-xs-4 box1">
32521                  <div id="dnn_LeftPane1" class="h_LeftPane1">
32522                      <div class="DnnModule DnnModule-DNN_HTML DnnModule-2052"><a
…      name="2052"></a>
32523  <div class="browse_Container">
32524      <div class="title titleUnderline">
32525          <h2><span id="dnn_ctr2052_dnnTITLE_titleLabel" class="titleText">Boone Family
…      Birthday!</span>
32526
32527
32528  </h2>
32529      </div>
32530      <div style="clear: both">
32531      </div>
32532      <div id="dnn_ctr2052_ContentPane" class="color_c"><!-- Start_Module_2052 --><div
…      id="dnn_ctr2052_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32533      <div id="dnn_ctr2052_HtmlModule_lblContent" class="Normal">
32534      <a href="https://www.zocdoc.com/hospitals/boonemedicalgroup?promo=boonehome"
…      target="_blank"><img alt=""
…      src="/portals/0/images/NICUreunionfeature.png?ver=2016-08-18-100308-667" /></a>
32535  <h3>NICU graduates - help us celebrate our 20th birthday</h3>
32536  <div class="readmore"><a
…      href="/Our-Services/Boone-Family-Birthplace/NICU-Reunion">Learn More</a></div>
32537  <br />
32538  </div>
32539
32540  </div><!-- End_Module_2052 --></div>
32541  </div>
32542  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-1959"><a name="1959"></a>
32543  <div class="yellow_Container">
32544      <div class="title titleUnderline">
32545          <h2><span id="dnn_ctr1959_dnnTITLE_titleLabel" class="titleText">Send an
…      eCard</span>
32546
32547
32548  </h2>
32549      </div>
32550      <div style="clear: both">
32551      </div>
32552      <div id="dnn_ctr1959_ContentPane" class="color_c"><!-- Start_Module_1959 --><div
…      id="dnn_ctr1959_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32553      <div id="dnn_ctr1959_HtmlModule_lblContent" class="Normal">
32554      <a href="/Patients-Visitors/Send-an-eCard/eCards"><img alt=""
…      src="/portals/0/images/ecardfeature.png" /></a>
32555  <h3>eCards are printed and hand-delivered to patients.</h3>
32556  <p class="readmore"><a href="/Patients-Visitors/Send-an-eCard/eCards">SEND A
…      CARD</a></p>
32557  <p class="readmore"> </p>
32558  </div>
32559
32560  </div><!-- End_Module_1959 --></div>
32561  </div>
32562  </div></div>
32563                  </div>
32564                  <!-- Center Pane 1-->
32565                  <div class="col-md-4 col-sm-4 col-xs-4 box1">
32566                      <div id="dnn_CenterPane1" class="h_CenterPane1">
32567                          <div class="DnnModule DnnModule-DNN_HTML DnnModule-2053"><a
…      name="2053"></a>
```

```
32568  <div class="orange_Container">
32569      <div class="title titleUnderline">
32570          <h2><span id="dnn_ctr2053_dnnTITLE_titleLabel" class="titleText">myBoone
       Health</span>
32571
32572
32573  </h2>
32574      </div>
32575      <div style="clear: both">
32576      </div>
32577      <div id="dnn_ctr2053_ContentPane" class="color_c"><!-- Start_Module_2053 --><div
       id="dnn_ctr2053_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32578      <div id="dnn_ctr2053_HtmlModule_lblContent" class="Normal">
32579      <a href="/MyBooneHealth-Blog"><img alt=""
       src="/portals/0/images/mbh0716.png?ver=2016-07-19-112420-557" /></a>
32580  <h3>Share your story and read stories from our patients and staff.</h3>
32581  <div class="readmore"><a href="/MyBooneHealth-Blog">MY </a><a
       href="/MyBooneHealth-Blog">BOONE HEALTH BLOG</a></div>
32582  <br />
32583  </div>
32584
32585  </div><!-- End_Module_2053 --></div>
32586  </div>
32587  </div></div class="DnnModule DnnModule-DNN_HTML DnnModule-1958"><a name="1958"></a>
32588  <div class="orange_Container">
32589      <div class="title titleUnderline">
32590          <h2><span id="dnn_ctr1958_dnnTITLE_titleLabel" class="titleText">myBJC
       Access</span>
32591
32592
32593  </h2>
32594      </div>
32595      <div style="clear: both">
32596      </div>
32597      <div id="dnn_ctr1958_ContentPane" class="color_c"><!-- Start_Module_1958 --><div
       id="dnn_ctr1958_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32598      <div id="dnn_ctr1958_HtmlModule_lblContent" class="Normal">
32599      <a href="https://mybjc.org/patient/welcome.htm " target="_blank"><img alt=""
       src="/portals/0/images/mybjc2.png" /></a>
32600  <h3>View your test results and health information online.</h3>
32601  <p class="readmore"><a target="_blank" href="https://mybjc.org/patient/welcome.htm
       ">LEARN MORE OR LOG-IN</a></p>
32602  <p class="readmore"> </p>
32603  </div>
32604
32605  </div><!-- End_Module_1958 --></div>
32606  </div>
32607  </div></div>
32608                  </div>
32609                  <!-- Right Pane 1 -->
32610                  <div class="col-md-4 col-sm-4 col-xs-4 box1">
32611                      <div id="dnn_RightPane1" class="h_RightPane1">
32612                      <div class="DnnModule DnnModule-DNN_HTML DnnModule-414"><a
       name="414"></a>
32613  <div class="orange_Container">
32614      <div class="title titleUnderline">
32615          <h2><span id="dnn_ctr414_dnnTITLE_titleLabel" class="titleText">US News
       Ranking</span>
32616
32617
32618  </h2>
32619      </div>
32620      <div style="clear: both">
32621      </div>
32622      <div id="dnn_ctr414_ContentPane" class="color_c"><!-- Start_Module_414 --><div
       id="dnn_ctr414_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32623      <div id="dnn_ctr414_HtmlModule_lblContent" class="Normal">
32624      <a href="/About-Us/Trophy-Case/USnews"><img alt=""
```

```
32624… src="/portals/0/images/USNews10.png?ver=2016-08-02-115352-603" /></a>
32625 <h3>Boone ranked #1 in Mid-Missouri and #3 in the state - once again.</h3>
32626 <p class="readmore"><a href="/About-Us/Trophy-Case/USnews">More information</a></p>
32627 </div>
32628
32629 </div><!-- End_Module_414 --></div>
32630 </div>
32631 </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-415"><a name="415"></a>
32632 <div class="yellow_Container">
32633     <div class="title titleUnderline">
32634         <h2><span id="dnn_ctr415_dnnTITLE_titleLabel" class="titleText">Nifong
…     Medical Plaza</span>
32635
32636
32637 </h2>
32638     </div>
32639     <div style="clear: both">
32640     </div>
32641     <div id="dnn_ctr415_ContentPane" class="color_c"><!-- Start_Module_415 --><div
…     id="dnn_ctr415_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
32642     <div id="dnn_ctr415_HtmlModule_lblContent" class="Normal">
32643     <a href="/nifong"><img alt=""
…     src="/portals/0/images/NMPfeature.png?ver=2016-02-26-111245-840" /></a>
32644 <h3>Primary &amp; Convenient Care, imaging, therapy, lab, pharmacy.</h3>
32645 <div class="readmore"><a href="/nifong">NOW OPEN</a></div>
32646 <div><br />
32647 </div>
32648 <br />
32649 </div>
32650
32651 </div><!-- End_Module_415 --></div>
32652 </div>
32653 </div></div>
32654                 </div>
32655             </div>
32656         </div>
32657     </div>
32658
32659
32660
32661     <div class="row7">
32662         <div class="container">
32663             <div class="row">
32664                 <!-- Right Pane -->
32665                 <div class="col-md-8 col-sm-12 col-xs-12 h_rightPane">
32666
32667                     <!-- Left Top Pane -->
32668                     <div class="find-a-doctor">
32669                         <div id="dnn_RightTopPane" class="h_RightTopPane">
32670                             <div class="DnnModule DnnModule-PhysicianFinding
…     DnnModule-780"><a name="780"></a>
32671
32672 <div class="physicianSearchContainer">
32673     <div id="dnn_ctr780_ContentPane"><!-- Start_Module_780 --><div
…     id="dnn_ctr780_ModuleContent" class="DNNModuleContent ModPhysicianFindingC">
32674
…     <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=138)-
…     ->
32675 <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=138)-
…     ->
32676 <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=138)-->
32677 <!--CDF(Css|/DesktopModules/PhysicianFinding/css/site.css?cdv=138)-->
32678 <!--CDF(Css|/DesktopModules/PhysicianFinding/css/responsive.css?cdv=138)-->
32679
32680 <script
…     src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
…     AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
32681
```

```
32682
32683
32684
32685
32686
32687    <span id="dnn_ctr780_ViewPhysicianFinding_lblError"
  …      style="color:Red;font-weight:bold;"></span>
32688
32689
32690          <div class="physician-search physician-info-group">
32691              <div class="physicianInfoGroup">
32692                  <div class="physicianInfoWrap">
32693                      <div class="box-heading physicianInfoBar visible-xs">
32694                          <h4 class="box-title">
32695                              <a href="#physicianInfoPanel">
32696                                  <span class="barspan"><span
  …      id="dnn_ctr780_ViewPhysicianFinding_lblPhysicianInfoGroupTitleMobile">Find a
  …      Doctor</span></span>
32697                                  <span class="baricon icon-accordion-open"></span>
32698                              </a>
32699                          </h4>
32700                      </div>
32701                      <div id="physicianInfoPanel" class="box">
32702                          <div class="box-inner">
32703                              <h2 class="hidden-xs">
32704                                  <span
  …      id="dnn_ctr780_ViewPhysicianFinding_lblPhysicianInfoGroupTitle">Find a
  …      Doctor</span></h2>
32705                              <div class="boxRow">
32706                                  <div class="col-md-6 col-sm-6 boxLeft">
32707                                      <div class="boxLeftWrap">
32708                                          <div class="boxLeftTop">
32709                                              <h4>Search By Name</h4>
32710                                              <div class="input-group">
32711                                                  <!-- 2013.2.717.40 --><span
  …      id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_wrapper" class="riSingle RadInput
  …      RadInput_Default" style="width:100%;"><input
  …      id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox"
  …      name="dnn$ctr780$ViewPhysicianFinding$txtSearchBox" size="20" class="riTextBox
  …      riEmpty form-control searchInput" value="Search" type="text" /><input
  …      id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState"
  …      name="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState" type="hidden"
  …      /></span>
32712                                                  <div class="input-group-btn">
32713                                                      <input type="submit" class="btn
  …      btn-search" value="Go"
  …      onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
32714                                                  </div>
32715                                              </div>
32716                                          </div>
32717                                          <div class="boxLeftBot">
32718                                              <h4>Search by Specialty</h4>
32719                                              <div class="selectWrap">
32720                                                  <select
  …      name="dnn$ctr780$ViewPhysicianFinding$ddlPhyscianSpecialty"
  …      id="dnn_ctr780_ViewPhysicianFinding_ddlPhyscianSpecialty" class="physicianSpecialty
  …      form-control">
32721          <option value="">Choose a specialty</option>
32722          <option value="ADPSY">Addiction Psychiatry</option>
32723          <option value="ADMED">Adolescent Medicine</option>
32724          <option value="ALLE">Allergy</option>
32725          <option value="PALLE">Allergy-Pediatric</option>
32726          <option value="ANEST">Anesthesiology</option>
32727          <option value="PANES">Anesthesiology-Pediatric</option>
32728          <option value="ASM">ASM</option>
32729          <option value="AUDIO">Audiology</option>
32730          <option value="EP">Cardiac Electrophysiology</option>
32731          <option value="PCARD">Cardiology-Pediatric</option>
```

```
32732          <option value="CTS">Cardiothoracic Surgery</option>
32733          <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
32734          <option value="CARD">Cardiovascular Disease</option>
32735          <option value="CHIEF">Chief Resident-SLCH</option>
32736          <option value="CHABU">Child Abuse Pediatrics</option>
32737          <option value="CLINI">Clinics</option>
32738          <option value="COLRE">Colon &amp; Rectal Surgery</option>
32739          <option value="CONVC">Convenient Care</option>
32740          <option value="CCARE">Critical Care</option>
32741          <option value="DENT">Dentistry</option>
32742          <option value="PEDDN">Dentistry-Pediatric</option>
32743          <option value="DERM">Dermatology</option>
32744          <option value="PDERM">Dermatology-Pediatric</option>
32745          <option value="PDEV">Developmental Pediatrics</option>
32746          <option value="PDIAG">Diagnostics-Pediatric</option>
32747          <option value="ECHOD">Echocardiography</option>
32748          <option value="ELECT">Electrodiagnostic Medicine</option>
32749          <option value="EMERG">Emergency Medicine</option>
32750          <option value="PERMD">Emergency Medicine-Pediatric</option>
32751          <option value="ENDO">Endocrinology</option>
32752          <option value="PENDO">Endocrinology-Pediatric</option>
32753          <option value="EPILE">Epilepsy</option>
32754          <option value="EPIPD">Epilepsy-Pediatric</option>
32755          <option value="FP">Family Practice</option>
32756          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…      Surgery</option>
32757          <option value="GAST">Gastroenterology</option>
32758          <option value="PGAST">Gastroenterology-Pediatric</option>
32759          <option value="GENE">Genetics</option>
32760          <option value="GENP">Genetics-Pediatric</option>
32761          <option value="GPSYC">Geriatric Psychiatry</option>
32762          <option value="GERI">Geriatrics</option>
32763          <option value="GYONC">Gynecologic Oncology</option>
32764          <option value="GYN">Gynecology</option>
32765          <option value="PGYN">Gynecology-Pediatric</option>
32766          <option value="HANSR">Hand Surgery</option>
32767          <option value="HRTRA">Heart Failure/Transplant Card</option>
32768          <option value="HEMA">Hematology</option>
32769          <option value="PHEMA">Hematology-Pediatric</option>
32770          <option value="HEPA">Hepatology/Liver</option>
32771          <option value="HEOPD">Hepatology/Liver-Pediatric</option>
32772          <option value="PALLI">Hospice &amp; Palliative Medicine</option>
32773          <option value="HOSPI">Hospitalist</option>
32774          <option value="PHOSP">Hospitalist-Pediatric</option>
32775          <option value="IMMU">Immunology</option>
32776          <option value="PIMMU">Immunology-Pediatric</option>
32777          <option value="INF">Infectious Disease</option>
32778          <option value="PINFE">Infectious Diseases-Pediatric</option>
32779          <option value="MEDI">Internal Medicine</option>
32780          <option value="INVCA">Interventional Cardiology</option>
32781          <option value="INVRA">Interventional Radiology</option>
32782          <option value="PINT">Interventional Radiology-Pedi</option>
32783          <option value="LIVTR">Liver Transplant</option>
32784          <option value="MATFE">Maternal-Fetal Medicine</option>
32785          <option value="MAXPR">Maxillofacial Prosthodontics</option>
32786          <option value="MAXIL">Maxillofacial Surgery</option>
32787          <option value="THER">Mental Health Therapist</option>
32788          <option value="METAB">Metabolism</option>
32789          <option value="PMETA">Metabolism-Pediatric</option>
32790          <option value="MULTI">Multidisciplinary Cancer Clini</option>
32791          <option value="NAVI">NAVI-Navigator Program</option>
32792          <option value="NEONA">Neonatal-Perinatal Medicine</option>
32793          <option value="RENAL">Nephrology/Renal</option>
32794          <option value="PNEPH">Nephrology/Renal-Pediatric</option>
32795          <option value="NEURO">Neurology</option>
32796          <option value="PNEUR">Neurology-Pediatric</option>
32797          <option value="NEUMS">Neuromuscular Medicine</option>
32798          <option value="NMSOM">Neuromusculoskeletal Medicine/OMM</option>
```

```
32799            <option value="NPHYS">Neurophysiology</option>
32800            <option value="NEURP">Neuropsychology</option>
32801            <option value="NEUPS">Neuropsychology-Pediatric</option>
32802            <option value="NEURA">Neuroradiology</option>
32803            <option value="NREHA">Neurorehabilitation</option>
32804            <option value="NSURG">Neurosurgery</option>
32805            <option value="PNSUR">Neurosurgery-Pediatric</option>
32806            <option value="NEUOT">Neurotology</option>
32807            <option value="NUMED">Nuclear Medicine</option>
32808            <option value="OB">Obstetrics</option>
32809            <option value="OCCUM">Occupational Medicine</option>
32810            <option value="ONC">Oncology</option>
32811            <option value="PONC">Oncology-Pediatric</option>
32812            <option value="OPHT">Ophthalmology</option>
32813            <option value="POPHT">Ophthalmology-Pediatric</option>
32814            <option value="OPTOM">Optometry</option>
32815            <option value="ORAL">Oral Surgery</option>
32816            <option value="PORSU">Oral Surgery-Pediatric</option>
32817            <option value="ODONT">Orthodontics</option>
32818            <option value="ORTH">Orthopedic Surgery</option>
32819            <option value="PORTH">Orthopedics-Pediatric</option>
32820            <option value="OTOL">Otolaryngology</option>
32821            <option value="POTOL">Otolaryngology-Pediatric</option>
32822            <option value="PNMGM">Pain Management</option>
32823            <option value="PPNMG">Pain Management-Pediatric</option>
32824            <option value="PATH">Pathology</option>
32825            <option value="PCCAR">Pediatric Critical Care/PICU</option>
32826            <option value="PEDI">Pediatrics</option>
32827            <option value="PERIO">Periodontics</option>
32828            <option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>
32829            <option value="PPLAS">Plastic Surgery-Pediatric</option>
32830            <option value="PLAS">Plastic/Reconstructive Surgery</option>
32831            <option value="PODI">Podiatry</option>
32832            <option value="PREVM">Preventative Medicine</option>
32833            <option value="PSYC">Psychiatry</option>
32834            <option value="PPSYC">Psychiatry-Pediatric</option>
32835            <option value="PSYCH">Psychology</option>
32836            <option value="PPYCH">Psychology-Pediatric</option>
32837            <option value="PULM">Pulmonology</option>
32838            <option value="PPULM">Pulmonology-Pediatric</option>
32839            <option value="RADON">Radiation Oncology</option>
32840            <option value="RAD">Radiology</option>
32841            <option value="PRAD">Radiology-Pediatric</option>
32842            <option value="REHAB">Rehabilitation/Physiatry</option>
32843            <option value="REPEN">Reproductive Endo/Infertility</option>
32844            <option value="RHEU">Rheumatology</option>
32845            <option value="PRHEU">Rheumatology-Pediatric</option>
32846            <option value="SLEEP">Sleep Disorders</option>
32847            <option value="PSLEE">Sleep Disorders-Pediatric</option>
32848            <option value="SLEEP">Sleep Medicine</option>
32849            <option value="PSLEE">Sleep Medicine-Pediatric</option>
32850            <option value="SPCRI">Spinal Cord Injury Medicine</option>
32851            <option value="SPRTM">Sports Medicine</option>
32852            <option value="GSURG">Surgery (General)</option>
32853            <option value="PSURG">Surgery-Pediatric</option>
32854            <option value="SRGCC">Surgical Critical Care</option>
32855            <option value="TRANM">Transplant Medical-Adult</option>
32856            <option value="TRPMP">Transplant Medical-Pediatric</option>
32857            <option value="TRAN">Transplant Surgical-Adult</option>
32858            <option value="TRPSP">Transplant Surgical-Pediatric</option>
32859            <option value="TRANS">Transplantation</option>
32860            <option value="TRANM">Transplantation-Medical</option>
32861            <option value="TRAN">Transplantation-Surgical</option>
32862            <option value="UCARE">Urgent Care</option>
32863            <option value="UROL">Urology</option>
32864            <option value="PUROL">Urology-Pediatric</option>
32865            <option value="VASNU">Vascular Neurology</option>
32866            <option value="VAS">Vascular Surgery</option>
```

```
32867              <option value="VASIR">Vascular/Interventional Radiology</option>
32868              <option value="WHNP">Women&#39;s Health Nurse Practitioner</option>
32869              <option value="WOUND">Wound Care</option>
32870
32871     </select>
32872                                          </div>
32873                                       </div>
32874                                    </div>
32875                                 </div>
32876                              <div class="col-md-6 col-sm-6 boxRight">
32877                                 <h4>Browse by Letter</h4>
32878                                 <div class="selectWrap visible-xs">
32879                                    <select
...  name="dnn$ctr780$ViewPhysicianFinding$ddlSearchLetter"
...  id="dnn_ctr780_ViewPhysicianFinding_ddlSearchLetter" class="searchLetter form-control
     visible-xs">
32880              <option value="">Choose a letter</option>
32881              <option value="A">A</option>
32882              <option value="B">B</option>
32883              <option value="C">C</option>
32884              <option value="D">D</option>
32885              <option value="E">E</option>
32886              <option value="F">F</option>
32887              <option value="G">G</option>
32888              <option value="H">H</option>
32889              <option value="I">I</option>
32890              <option value="J">J</option>
32891              <option value="K">K</option>
32892              <option value="L">L</option>
32893              <option value="M">M</option>
32894              <option value="N">N</option>
32895              <option value="O">O</option>
32896              <option value="P">P</option>
32897              <option value="Q">Q</option>
32898              <option value="R">R</option>
32899              <option value="S">S</option>
32900              <option value="T">T</option>
32901              <option value="U">U</option>
32902              <option value="V">V</option>
32903              <option value="W">W</option>
32904              <option value="X">X</option>
32905              <option value="Y">Y</option>
32906              <option value="Z">Z</option>
32907
32908     </select>
32909                                 </div>
32910                              <div class="alphabet hidden-xs">
32911                                 <div
...  id="dnn_ctr780_ViewPhysicianFinding_panelPhysicianAlphaList">
32912             <a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=A">A</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=B">B</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=C">C</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=D">D</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=E">E</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=F">F</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=G">G</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=H">H</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=I">I</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=J">J</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=K">K</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=L">L</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=M">M</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=N">N</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=O">O</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=P">P</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=Q">Q</a><a class="letter"
...  href="http://www.boone.org/Find-A-Physician?qlastname=R">R</a><a class="letter"
```

```
32912   href="http://www.boone.org/Find-A-Physician?qlastname=S">S</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=T">T</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=U">U</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=V">V</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=W">W</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=X">X</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=Y">Y</a><a class="letter"
...     href="http://www.boone.org/Find-A-Physician?qlastname=Z">Z</a>
32913           </div>
32914                                           </div>
32915                                       </div>
32916                                   </div>
32917                               </div>
32918                           <div class="boxmore">
32919                               <a id="dnn_ctr780_ViewPhysicianFinding_lnkPhyscianSearch"
...     href="http://www.boone.org/Find-A-Physician">
32920                               More Search Options <span
...     class="icon-arrow-right-generic"></span>
32921                               </a>
32922                           </div>
32923                       </div>
32924                   </div>
32925               </div>
32926           </div>


32930       <script type="text/javascript">
32931           function btnSearch_OnClientClicking(sender, eventArgs) {
32932               cboName = $find(cboNameID);
32933               cboSpecialty = $find(cboSpecialtyID);
32934               cboInsurance = $find(cboInsuranceID);
32935               cboLanguage = $find(cboLanguageID);
32936               cboGender = $find(cboGenderID);
32937               cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
32938               txtZipCode = $find(txtZipCodeID);

32940               var name = cboName.get_text();
32941               var specialty = cboSpecialty.get_text();
32942               var insurance = cboInsurance.get_text();
32943               var language = cboLanguage.get_text();
32944               var gender = cboGender.get_text();
32945               var locatedWithin = cboDoctorLocatedWithin.get_text();
32946               var zipCode = txtZipCode.get_value();

32948               //  if (name == 'Enter a physician last name'
32949               //      && specialty == '- None selected -'
32950               //      && insurance == '- None selected -'
32951               //      && language == '- None selected -'
32952               //      && gender == '- None selected -'
32953               //      && zipCode == '')
32954               //  {
32955               //      alert('Please select a criteria to search.');
32956               //      eventArgs.set_cancel(true);
32957               //      return;
32958               //  }

32960               if (zipCode != "" && locatedWithin != "") {
32961                   PhysicianSearch.geocodingAddress(zipCode, function (results) {
32962                       //console.log(results)
32963                       $(txtHidLatID).val(results[0].geometry.location.lat())
32964                       $(txtHidLngID).val(results[0].geometry.location.lng())
32965                       // Trigger Search
32966                       eval(btnSearchHandler)
32967                   });

32969                   eventArgs.set_cancel(true);
32970               }
```

```
32971                }
32972
32973
32974        function radPhysicianSearchBox_ClientClicked(sender, e) {
32975            var keyCode = e.get_keyCode();
32976            if (keyCode == 13) // Enter
32977            {
32978                sender.blur();
32979                PhysicianSearch.searchByPhysicianName();
32980            }
32981            return false;
32982        }
32983    </script>
32984
32985
32986 <script type="text/javascript"
   … src="/DesktopModules/PhysicianFinding/js/jquery.clipboard.js"></script>
32987 <script type="text/javascript"
   … src="/DesktopModules/PhysicianFinding/js/search_input.js"></script>
32988
32989 <script type="text/javascript">
32990        var PhysicianSearchBaseUrl = "http://www.boone.org/Find-A-Physician";
32991        var FacilityFilterPosition = '1';
32992
32993        $(function () {
32994            PhysicianSearch.pageLoad(PhysicianSearchBaseUrl, FacilityFilterPosition);
32995        });
32996 </script>
32997 </div><!-- End_Module_780 --></div>
32998 </div></div></div>
32999                        </div>
33000                        <!-- Left Bottom Pane -->
33001                        <div class="news-events">
33002                            <div id="dnn_RightBottomPane" class="h_RightBottomPane">
33003                                <div class="DnnModule DnnModule-LiveTabs DnnModule-591"><a
   … name="591"></a>
33004
33005 <div class="newsEventsTabsContainer">
33006        <div id="dnn_ctr591_ContentPane"><!-- Start_Module_591 --><div
   … id="dnn_ctr591_ModuleContent" class="DNNModuleContent ModLiveTabsC">
33007        <div id="TWLiveTabsWrapper591" class="livetabsdefault mtop">
33008            <div id="LiveTabsWrapper591" class="mtop" style="width:100%;display:none">
33009                <div id="a-tab-panel" class="mtop ui-tabs-hide">
33010
33011                </div><ul class="mtop">
33012                    <li id="LI-lt-5911-news" class="mtop"><a name="lt-5911-news"
   … href="#lt-5911-news">News</a></li><li id="LI-lt-5912-events" class="mtop"><a
   … name="lt-5912-events" href="#lt-5912-events">Events</a></li>
33013                </ul><div id="lt-5911-news" class="mtop">
33014                        <div id="dnn_ctr591_View_ctl00_ctl00_LiveTabsiMod1974"><div
   class="DnnModule DnnModule-EasyDNNnews DnnModule-1974"><a name="1974"></a>
33015 <table cellpadding="0" cellspacing="0" summary="Module Design Table" width="98%">
33016    <tr>
33017        <td id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ContentPane">
33018
33019        <!-- Start_Module_1974 --><div
   … id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ModuleContent" class="DNNModuleContent
   … ModEasyDNNnewsC">
33020
33021 <script type="text/javascript">
33022    /*<![CDATA[*/
33023    ;
33024    ;
33025    ;
33026    ;
33027    ;
33028    eds1_8(function () {window.eds = new EasyDnnSolutions({google: {mapsApiKey:
   … ''}});});;
```

```
33029
33030         eds1_8(function ($) {
33031            if (typeof edn_fluidvids != 'undefined')
33032               edn_fluidvids.init({
33033                  selector: ['.edn_fluidVideo iframe'],
33034                  players: ['www.youtube.com', 'player.vimeo.com']
33035               });
33036            ;
33037
33038         });
33039         /*]]>*/
33040  </script>
33041
33042
33043
33044  <div id="EDN_Boone" class="news eds_subCollection_news eds_news_Boone
    …  eds_template_List_Article_what_new eds_templateGroup_newsListDefault
    …  eds_styleSwitchCriteria_module_1974">
33045
33046
33047
33048
33049         <div
    …  id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ViewEasyDNNNewsMain_ctl00_pnlListArticles">
33050
33051
33052
33053            <!--ArticleRepeat:Before:-->
33054  <div class="edn_1974_article_list_wrapper"><!--ArticleTemplate-->
33055  <div class="article in_list span homenews">
33056      <div class="content">
33057         <table>
33058            <tr>
33059               <td class="leftCol">
33060
33061                    <a class="article_image"
    …  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1556/Giving-Back"
    …  target="_self"><img alt="Giving Back"
    …  src="/Portals/0/EasyDNNNews/1556/150150p1974EDNthumbScreen-Shot-2016-09-09-at-10.26.
    …  36-AM.png" style="width: 100%; padding-right: 10px" /></a>
33062
33063
33064               </td>
33065               <td class="rightCol">
33066                    <h1><a
    …  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1556/Giving-Back"
    …  target="_self">Giving Back</a></h1>
33067                    <h2 class="edn_subTitle">Charlie and Jean Gibbens have both
    …  supported and been supported by Boone Hospital. </h2>
33068                    <div class="summary">
33069                       If you walk into Boone Hospital Center&rsquo;s lobby, you may
    …  see Charlie Gibbens extending a warm smile while wearing his signature volunteer red
    …  vest. He&rsquo;ll probably ask you if you need any help finding your way and offer
    …  you a hug if you look like you need one.
33070                    </div>
33071               </td>
33072            </tr>
33073
33074         </table>
33075      </div>
33076
33077  </div>
33078  <!--ArticleTemplate-->
33079  <div class="article in_list span homenews">
33080      <div class="content">
33081         <table>
33082            <tr>
33083               <td class="leftCol">
```

```
33084
33085
33086                    </td>
33087                    <td class="rightCol">
33088                        <h1><a
     href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1555/Labor-Day-
     Service-and-Clinic-Hours" target="_self">Labor Day Service and Clinic Hours</a></h1>
33089                        <h2 class="edn_subTitle"></h2>
33090                        <div class="summary">
33091                            <p>Boone Hospital Center is open 365 days a year to serve our
     community, however, some of our services and clinics will be closed on Monday,
     September 5. Have a happy, safe holiday weekend!</p>
33092                        </div>
33093                    </td>
33094                </tr>
33095
33096            </table>
33097        </div>
33098
33099 </div>
33100 <!--ArticleTemplate-->
33101 <div class="article in_list span homenews">
33102     <div class="content">
33103         <table>
33104             <tr>
33105                 <td class="leftCol">
33106
33107                     <a class="article_image"
     href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1553/If-Constant-
     Worry-Makes-Life-Difficult-It-Could-Be-An-Anxiety-Disorder" target="_self"><img
     alt="If Constant Worry Makes Life Difficult, It Could Be An Anxiety Disorder"
     src="/Portals/0/EasyDNNNews/1553/150150p1974EDNthumb1553Screen-Shot-2016-08-30-at-8.
     41.09-AM.png" style="width: 100%; padding-right: 10px" /></a>
33108
33109
33110                 </td>
33111                 <td class="rightCol">
33112                     <h1><a
     href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1553/If-Constant-
     Worry-Makes-Life-Difficult-It-Could-Be-An-Anxiety-Disorder" target="_self">If
     Constant Worry Makes Life Difficult, It Could Be An Anxiety Disorder</a></h1>
33113                     <h2 class="edn_subTitle">Anxiety disorders cause both emotional
     and physical symptoms. </h2>
33114                     <div class="summary">
33115                         <span class="s1">W</span>e all feel anxious when taking
     a <span class="s1">final exam or waiting on potentially bad news. Our body
     automatically responds when we feel scared or </span>threatened, preparing us to
     fight or to run from danger. Occasional anxiety is a survival instinct that served
     our ancestors well. We may not have run-ins with charging mammoths these days, but
     this response still works. 
33116                     </div>
33117                 </td>
33118             </tr>
33119
33120         </table>
33121     </div>
33122
33123 </div>
33124 <!--ArticleTemplate-->
33125 <div class="article in_list span homenews">
33126     <div class="content">
33127         <table>
33128             <tr>
33129                 <td class="leftCol">
33130
33131                     <a class="article_image"
     href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1552/ECLS-Saves-
     Man-Suffering-From-A-Blood-Clot-In-The-Heart" target="_self"><img alt="ECLS Saves Man
```

```
33131…  Suffering From A Blood Clot In The Heart"
   …  src="/Portals/0/EasyDNNNews/1552/150150p1974EDNthumbdonald-ecls.JPG" style="width:
   …  100%; padding-right: 10px" /></a>
33132
33133
33134                        </td>
33135                        <td class="rightCol">
33136                            <h1><a
   …  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1552/ECLS-Saves-
   …  Man-Suffering-From-A-Blood-Clot-In-The-Heart" target="_self">ECLS Saves Man Suffering
   …  From A Blood Clot In The Heart</a></h1>
33137                            <h2 class="edn_subTitle"></h2>
33138                            <div class="summary">
33139                                &ldquo;If that machine wasn&rsquo;t here, I probably
   …  wouldn&rsquo;be alive!&rdquo; says Donald Becker when asked about his recent
   …  recovery from a blood clot in the heart vessel.
33140                            </div>
33141                        </td>
33142                    </tr>
33143
33144            </table>
33145        </div>
33146
33147  </div>
33148  <!--ArticleTemplate-->
33149  <div class="article in_list span homenews">
33150      <div class="content">
33151          <table>
33152              <tr>
33153                  <td class="leftCol">
33154
33155                            <a class="article_image"
   …  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1551/Supportive-
   …  Care-Program-Encourages-Patient-Through-Decades-Of-Hospitalizations"
   …  target="_self"><img alt="Supportive Care Program Encourages Patient Through Decades
   …  Of Hospitalizations"
   …  src="/Portals/0/EasyDNNNews/1551/150150p1974EDNthumbDSC_1231.JPG" style="width: 100%;
   …  padding-right: 10px" /></a>
33156
33157
33158                        </td>
33159                        <td class="rightCol">
33160                            <h1><a
   …  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1551/Supportive-
   …  Care-Program-Encourages-Patient-Through-Decades-Of-Hospitalizations"
   …  target="_self">Supportive Care Program Encourages Patient Through Decades Of
   …  Hospitalizations</a></h1>
33161                            <h2 class="edn_subTitle"></h2>
33162                            <div class="summary">
33163                                <p>"When I am hospitalized, it can be a scary. Boone does
   …  everything it can to make things better for me. I&rsquo;m Catholic, and I appreciate
   …  having a priest come to my bed and praying with me during my stay and even bring me
   …  communion,&rdquo; says Cindy. &ldquo;I also love how the volunteers bring me cards
   …  from my family and friends during my stay. I hold them close to me while I sleep and
   …  they make me feel so much better. I even get massages and manicures right in my
   …  hospital bed! There is nothing like human touch to make you feel better when you are
   …  ill. This is a very special place.&rdquo;</p>
33164                            </div>
33165                        </td>
33166                    </tr>
33167
33168            </table>
33169        </div>
33170
33171  </div>
33172  </div><!--ArticleRepeat:After:-->
33173
33174
```

Page 880

```
33175
33176
33177
33178                        </div>
33179
33180
33181
33182
33183
33184  </div>
33185
33186
33187
33188
33189
33190
33191
33192
33193                    </div><!-- End_Module_1974 --></td>
33194
33195      </tr>
33196  </table></div></div>
33197              </div><div id="lt-5912-events" class="mtop">
33198                      <div id="dnn_ctr591_View_ctl00_ctl01_LiveTabsiMod1975"><div
...    class="DnnModule DnnModule-EasyDNNnews DnnModule-1975"><a name="1975"></a>
33199  <table cellpadding="0" cellspacing="0" summary="Module Design Table" width="98%">
33200    <tr>
33201      <td id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ContentPane">
33202
33203      <!-- Start_Module_1975 --><div
...    id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ModuleContent" class="DNNModuleContent
...    ModEasyDNNnewsC">
33204
33205  <script type="text/javascript">
33206      /*<![CDATA[*/
33207      ;
33208      ;
33209      ;
33210      ;
33211      ;
33212      ;
33213
33214      eds1_8(function ($) {
33215          if (typeof edn_fluidvids != 'undefined')
33216              edn_fluidvids.init({
33217                  selector: ['.edn_fluidVideo iframe'],
33218                  players: ['www.youtube.com', 'player.vimeo.com']
33219              });
33220          ;
33221
33222      });
33223      /*]]>*/
33224  </script>
33225
33226
33227
33228  <div id="EDN_Boone" class="news eds_subCollection_news eds_news_Boone
...    eds_template_List_Article_UpComingEvents eds_styleSwitchCriteria_module_1975">
33229
33230
33231
33232
33233      <div
...    id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ViewEasyDNNNewsMain_ctl00_pnlListArticles">
33234
33235
33236
33237          <!--ArticleRepeat:Before:-->
```

```
33238   <div class="edn_1975_article_list_wrapper"><!--ArticleTemplate-->
33239   <div class="article upcoming">
33240       <div class="content">
33241           <table>
33242               <tr>
33243                   <td valign="top">
33244                       <div class="date_box">

33245

33246                           <p class="day">
33247                           12</p>
33248                           <p class="month">
33249                               Sep</p>
33250                           <p class="year">
33251                               2016</p>

33252

33253                       </div>
33254                   </td>
33255                   <td valign="top">
33256                       <div class="titleSummary">
33257                           <div class="title">
33258                               <a
        href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1393/91216-
        Better-Beginnings-with-Breastfeeding" target="_self">9/12/16 - Better Beginnings with
        Breastfeeding</a>
33259                           </div>
33260                           <div class="subtitle">

33261

33262                           </div>
33263                           <div class="summary">
33264                               <p>Breastfeeding benefits you and your baby. While
        breastfeeding is natural, it is also a learned skill. This class provides
        breastfeeding education, support and guidance.</p>
33265                           </div>
33266                       </div>
33267                   </td>
33268               </tr>
33269           </table>
33270       </div>
33271       <!--<div class="meta_text">Wednesday, October 29, 2014<span
        class="separator">/</span>Author: <a
        href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
        P</a><span class="separator">/</span>Number of views (176)<span
        class="separator">/</span>Comments (0)<span class="separator">/</span> Article
        rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
        data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
        ></div></div>
33272           <div class="box_list_container clear_bottom">Categories: <a
        href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
        CategoryName/Events">Events</a><a
        href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
        CategoryName/Birthplace">Birthplace</a></div>
33273           <div class="box_list_container">Tags: </div>-->
33274   </div>
33275   <!--ArticleTemplate-->
33276   <div class="article upcoming">
33277       <div class="content">
33278           <table>
33279               <tr>
33280                   <td valign="top">
33281                       <div class="date_box">

33282

33283                           <p class="day">
33284                           15</p>
33285                           <p class="month">
33286                               Sep</p>
33287                           <p class="year">
33288                               2016</p>

33289
```

```
33290                                  <div>
33291                              </td>
33292                              <td valign="top">
33293                                  <div class="titleSummary">
33294                                      <div class="title">
33295                                          <a
…    href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1542/evr/4/
…    Stroke-Support-Group" target="_self">Stroke Support Group</a>
33296                                      </div>
33297                                      <div class="subtitle">
33298                                          After Stroke Inspired Survivorship
33299                                      </div>
33300                                      <div class="summary">
33301                                          <p>Join us every third Thursday of even months (February,
…    April, June, etc.) at 3 p.m.</p>
33302                                      </div>
33303                                  </div>
33304                              </td>
33305                          </tr>
33306                      </table>
33307                  </div>
33308      <!--<div class="meta_text">Monday, June 06, 2016<span
…    class="separator">/</span>Author: <a
…    href="http://www.boone.org/Home/PID/1975/authorid/6/AuthorName/Ben-C">Ben C</a><span
…    class="separator">/</span>Number of views (299)<span
…    class="separator">/</span>Comments (0)<span class="separator">/</span> Article
…    rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
…    data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
…    ></div></div>
33309          <div class="box_list_container clear_bottom">Categories: <a
…    href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
…    CategoryName/Events">Events</a></div>
33310          <div class="box_list_container">Tags: <a
…    href="http://www.boone.org/Home/PID/1975/ev/2/evl/0/TagID/232/TagName/stroke">stroke<
…    /a><a
…    href="http://www.boone.org/Home/PID/1975/ev/2/evl/0/TagID/313/TagName/support-group">
…    support group</a></div>-->
33311  </div>
33312  <!--ArticleTemplate-->
33313  <div class="article upcoming">
33314      <div class="content">
33315          <table>
33316              <tr>
33317                  <td valign="top">
33318                      <div class="date_box">
33319
33320                          <p class="day">
33321                              19</p>
33322                          <p class="month">
33323                              Sep</p>
33324                          <p class="year">
33325                              2016</p>
33326
33327                      </div>
33328                  </td>
33329                  <td valign="top">
33330                      <div class="titleSummary">
33331                          <div class="title">
33332                              <a
…    href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1418/91916-
…    Infant-Safety-CPR-Class" target="_self">9/19/16 - Infant Safety & CPR Class</a>
33333                          </div>
33334                          <div class="subtitle">
33335
33336                          </div>
33337                          <div class="summary">
33338                              This two-hour class provides CPR instruction from
…    instructors certified by the American Heart Association and covers infant safety,
```

```
33338   preparing for emergencies and basic parenting information. 
33339                   </div>
33340               </div>
33341           </td>
33342       </tr>
33343   </table>
33344   </div>
33345   <!--<div class="meta_text">Thursday, January 15, 2015<span
        class="separator">/</span>Author: <a
        href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
        P</a><span class="separator">/</span>Number of views (152)<span
        class="separator">/</span>Comments (0)<span class="separator">/</span> Article
        rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
        data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
        ></div></div>
33346       <div class="box_list_container clear_bottom">Categories: <a
        href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
        CategoryName/Events">Events</a><a
        href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
        CategoryName/Birthplace">Birthplace</a></div>
33347       <div class="box_list_container">Tags: </div>-->
33348   </div>
33349   <!--ArticleTemplate-->
33350   <div class="article upcoming">
33351       <div class="content">
33352           <table>
33353               <tr>
33354                   <td valign="top">
33355                       <div class="date_box">

33356
33357                           <p class="day">
33358                               24</p>
33359                           <p class="month">
33360                               Sep</p>
33361                           <p class="year">
33362                               2016</p>

33363
33364                       </div>
33365                   </td>
33366                   <td valign="top">
33367                       <div class="titleSummary">
33368                           <div class="title">
33369                               <a
        href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1470/Weight-Loss
        -Seminar-92416" target="_self">Weight Loss Seminar - 9/24/16</a>
33370                           </div>
33371                           <div class="subtitle">

33372
33373                           </div>
33374                           <div class="summary">
33375                               <p>Boone Hospital Center offers a comprehensive and
        multi-disciplinary Weight Loss Surgery Program. All interested weight loss surgery
        candidates are required to attend a seminar before proceeding or consulting with a
        surgeon.</p>
33376                           </div>
33377                       </div>
33378                   </td>
33379               </tr>
33380           </table>
33381       </div>
33382       <!--<div class="meta_text">Wednesday, January 14, 2015<span
        class="separator">/</span>Author: <a
        href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
        P</a><span class="separator">/</span>Number of views (208)<span
        class="separator">/</span>Comments (0)<span class="separator">/</span> Article
        rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
        data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
        ></div></div>
```

```
33383         <div class="box_list_container clear_bottom">Categories: <a
…     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
…     CategoryName/Events">Events</a><a
…     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/8/
…     CategoryName/Weight-Loss-Surgery">Weight Loss Surgery</a></div>
33384         <div class="box_list_container">Tags: </div>-->
33385 </div>
33386 <!--ArticleTemplate-->
33387 <div class="article upcoming">
33388     <div class="content">
33389         <table>
33390             <tr>
33391                 <td valign="top">
33392                     <div class="date_box">

33393
33394                         <p class="day">
33395                             3</p>
33396                         <p class="month">
33397                             Oct</p>
33398                         <p class="year">
33399                             2016</p>

33400
33401                     </div>
33402                 </td>
33403                 <td valign="top">
33404                     <div class="titleSummary">
33405                         <div class="title">
33406                             <a
…     href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1419/10316-
…     Infant-Safety-CPR-Class" target="_self">10/3/16 - Infant Safety & CPR Class</a>
33407                         </div>
33408                         <div class="subtitle">

33409
33410                         </div>
33411                         <div class="summary">
33412                             This two-hour class provides CPR instruction from
…     instructors certified by the American Heart Association and covers infant safety,
…     preparing for emergencies and basic parenting information. 
33413                         </div>
33414                     </div>
33415                 </td>
33416             </tr>
33417         </table>
33418     </div>
33419     <!--<div class="meta_text">Wednesday, August 26, 2015<span
…     class="separator">/</span>Author: <a
…     href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
…     P</a><span class="separator">/</span>Number of views (133)<span
…     class="separator">/</span>Comments (0)<span class="separator">/</span> Article
…     rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
…     data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
…     ></div></div>
33420         <div class="box_list_container clear_bottom">Categories: <a
…     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
…     CategoryName/Events">Events</a><a
…     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
…     CategoryName/Birthplace">Birthplace</a></div>
33421         <div class="box_list_container">Tags: </div>-->
33422 </div>
33423 </div><!--ArticleRepeat:After:-->
33424
33425
33426
33427
33428                     </div>
33429
33430
33431
```

```
33432
33433
33434  </div>
33435
33436
33437
33438
33439
33440
33441
33442
33443                    </div><!-- End_Module_1975 --></td>
33444
33445    </tr>
33446  </table></div></div>
33447                </div>
33448            </div>
33449        </div>
33450  </div><!-- End_Module_591 --></div>
33451  </div>
33452
33453  <script type="text/javascript">
33454      $(function () {
33455          /* FOR NEWS TABS */
33456          var $newsCollectionContainer =
    … $(".eds_news_Boone.eds_template_List_Article_what_new");
33457
33458          // Append "continue" link to the end of each article summary
33459          var $articleSummaryInList = $newsCollectionContainer.find(".article.in_list >
    … .content .summary");
33460          $articleSummaryInList.each(function () {
33461              var $articleTitleInList = $(this).closest(".article.in_list").find("h1 >
    … a");
33462              $(this).append("<a class='continue' href='" +
    … $articleTitleInList.attr("href") + "'>continue</a>");
33463              //$articleTitleInList.removeAttr("href");
33464          });
33465
33466          // Append "More News" link to the end of article list table
33467          $newsCollectionContainer.append("<a class='more-news'
    … href='/MyBooneHealth-Blog'>More News</a>");
33468
33469
33470          /* FOR EVENTS TABS */
33471          var $eventsCollectionContainer =
    … $("#EDN_Boone.eds_template_List_Article_UpComingEvents");
33472
33473          // Append "continue" link to the end of each article summary
33474          var $eventSummaryInList = $eventsCollectionContainer.find(".article.upcoming
    … > .content .summary");
33475          $eventSummaryInList.each(function () {
33476              var $eventTitleInList =
    … $(this).closest(".article.upcoming").find(".content .title a");
33477              $(this).append("<a class='continue' href='" +
    … $eventTitleInList.attr("href") + "'>continue</a>");
33478              //$eventTitleInList.removeAttr("href");
33479          });
33480
33481          // Append "More Events" link to the end of event list table
33482          $eventsCollectionContainer.append("<a class='more-events' href='/Events'>More
    … Events</a>");
33483      });
33484  </script></div></div>
33485                    </div>
33486                </div>
33487                <!-- Left Pane -->
33488                <div class="col-md-4 col-sm-12 col-xs-12 h_leftPane">
33489                    <!-- Left Top Pane -->
```

Page 886

```
33490                        <div class="col-md-12 col-sm-6 col-xs-12">QUICK LINKS">
33491                        <div id="dnn_LeftTopPane" class="h_LeftTopPane">
33492                        <div class="DnnModule DnnModule-DNN_HTML DnnModule-776"><a
…     name="776"></a><div id="dnn_ctr776_ContentPane" class="empty"><!-- Start_Module_776
…     --><div id="dnn_ctr776_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
33493        <div id="dnn_ctr776_HtmlModule_lblContent" class="Normal">
33494        <ul class="relatedNav">
33495        <li class="header">QUICK LINKS</li>
33496        <li><a href="/Patients-Visitors/Bill-Pay-Registration">Your Account</a></li>
33497        <li><a href="/Patients-Visitors/Maps-Directions-Parking">Maps and
      Locations</a></li>
33498        <li><a href="/Patients-Visitors/Send-an-eCard/eCards">E-Card</a></li>
33499        <li><a href="https://mybjc.org/patient/welcome.htm" target="_blank">myBJC
…     Access</a></li>
33500        <li><a href="http://www.formstack.com/forms/?1012074-nQQIMnxM01"
      target="_blank">Share Your Story</a></li>
33501        <li><a href="/Careers/Apply-Now">Search Careers</a></li>
33502 </ul>
33503 </div>
33504
33505 </div><!-- End_Module_776 --></div>
33506 </div></div>
33507                        </div>
33508                        <!-- Left Bottom Pane -->
33509                        <div class="col-md-12 col-sm-6 col-xs-12 health-info">
33510                            <div id="dnn_LeftBottomPane" class="h_LeftBottomPane">
33511                            <div class="DnnModule DnnModule-DNN_HTML DnnModule-586"><a
…     name="586"></a><div id="dnn_ctr586_ContentPane" class="empty"><!-- Start_Module_586
…     --><br />
33512 <br /><div id="dnn_ctr586_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
33513        <div id="dnn_ctr586_HtmlModule_lblContent" class="Normal">
33514        <img alt="" src="/portals/0/Content/Images/find-health-information.png" />
33515 </div>
33516
33517 </div><!-- End_Module_586 --></div>
33518 </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-584"><a
…     name="584"></a>
33519
33520 <div class="healthLibraryContainer">
33521        <div id="dnn_ctr584_ContentPane"><!-- Start_Module_584 --><div
      id="dnn_ctr584_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
33522        <div id="dnn_ctr584_View_divContainer" class="healthNews">
33523
33524
33525
33526
33527
33528
33529
33530
33531
33532
33533
33534
33535
33536
33537
33538
33539
33540
33541
33542        <div class="encyclopedia-alpha-list alpha-list">
33543            <div class="hl_top">
33544                <div class="alphabeth floatLeft">
33545                    <span class="header2">Search Disease/Condition by first
      letter</span>
33546                    <div id="dnn_ctr584_View_panelEncyclopediaAlphaList">
33547        <ul><li><a
```

```
33547   href="http://www.boone.org/Health-Library/Encyclopedia?alpha=A">A</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=B">B</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=C">C</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=D">D</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=E">E</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=F">F</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=G">G</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=H">H</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=I">I</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=J">J</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=K">K</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=L">L</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=M">M</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=N">N</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=O">O</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=P">P</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Q">Q</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=R">R</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=S">S</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=T">T</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=U">U</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=V">V</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=W">W</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=X">X</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Y">Y</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Z">Z</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia">ALL</a></li></ul>
33548       </div>
33549                        <div class="clear"></div>
33550                    </div>
33551                </div>
33552            </div>
33553
33554
33555
33556
33557
33558
33559
33560
33561
33562
33563   </div>
33564
33565   <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
   …    rel="stylesheet" />
33566   <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
   …    rel="stylesheet" />
33567
33568   <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
33569   <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
33570
33571   <script type="text/javascript">
33572       $(function () {
33573           var $container = $('.healthNews');
33574
33575           var displayMode = 'EncyclopediaAlphaList';
33576           switch (displayMode) {
33577               case 'ListByTopic':
33578                   $container.find('.rtIn.content').each(function () {
33579                       var title = $(this).attr('title');
33580                       if (typeof title !== 'undefined' && title !== 'undefined') {
33581                           $(this).after('<div class="blurb" style="padding: 0px 0px
   …    15px;">' + title + '</div>');
33582                           $(this).attr('title', '');
33583                       }
```

```
33584                     });
33585                     break;
33586                 case 'HealthNewsTicker':
33587                     // start the ticker
33588                     var options = {
33589                         titleText: "Health News: <span class='date-string'>" + new
   Date().format("MM.dd.yyyy") + '</span>',
33590                         displayType: "fade"
33591                     };
33592
33593                     $('#js-news').ticker(options);
33594                     break;
33595             }
33596         });
33597 </script>
33598 </div><!-- End_Module_584 --></div>
33599 </div></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-585"><a
   name="585"></a>
33600
33601 <div class="healthLibraryContainer">
33602         <div id="dnn_ctr585_ContentPane"><!-- Start_Module_585 --><div
   id="dnn_ctr585_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
33603         <div id="dnn_ctr585_View_divContainer" class="healthNews">
33604
33605
33606
33607
33608
33609
33610
33611
33612
33613
33614
33615
33616
33617
33618
33619         <div class="searchBox">
33620
33621             <span class="header2">Search health topic by keyword</span>
33622             <span id="dnn_ctr585_View_txtSearchBox_wrapper" class="riSingle RadInput
   RadInput_Default" style="width:160px;"><input id="dnn_ctr585_View_txtSearchBox"
   name="dnn$ctr585$View$txtSearchBox" size="20" class="riTextBox riEnabled txt-search"
   type="text" value="" /><input id="dnn_ctr585_View_txtSearchBox_ClientState"
   name="dnn_ctr585_View_txtSearchBox_ClientState" type="hidden" /></span>
33623             <a class="btn-search" href="javascript:showHLSearchResult()"></a>
33624
33625             <script type="text/javascript">
33626                 var searchResultBaseUrl =
   'http://www.boone.org/Health-Library/Search-Results';
33627             </script>
33628         </div>
33629
33630
33631
33632
33633
33634
33635
33636
33637
33638
33639
33640
33641
33642
33643 </div>
```

```
33644
33645  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
  …    rel="stylesheet" />
33646  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
  …    rel="stylesheet" />
33647
33648  <script type="text/javascript"
  …    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
33649  <script type="text/javascript"
  …    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
33650
33651  <script type="text/javascript">
33652      $(function () {
33653          var $container = $('.healthNews');
33654
33655          var displayMode = 'SearchBox';
33656          switch (displayMode) {
33657              case 'ListByTopic':
33658                  $container.find('.rtIn.content').each(function () {
33659                      var title = $(this).attr('title');
33660                      if (typeof title !== 'undefined' && title !== 'undefined') {
33661                          $(this).after('<div class="blurb" style="padding: 0px 0px 0px
  …    15px;">' + title + '</div>');
33662                          $(this).attr('title', '');
33663                      }
33664                  });
33665                  break;
33666              case 'HealthNewsTicker':
33667                  // start the ticker
33668                  var options = {
33669                      titleText: "Health News: <span class='date-string'>" + new
  …    Date().format("MM.dd.yyyy") + '</span>',
33670                      displayType: "fade"
33671                  };
33672
33673                  $('#js-news').ticker(options);
33674                  break;
33675          }
33676      });
33677  </script>
33678  </div><br/><!-- End_Module_585 --></div>
33679  </div></div></div>
33680                      </div>
33681                  </div>
33682              </div>
33683          </div>
33684      </div>
33685
33686      <!-- Footer -->
33687
33688
33689  <!-- Footer -->
33690  <!-- Social Media -->
33691  <div class="row7 socialRow hidden-xs gradient">
33692      <div class="container">
33693          <div class="row">
33694              <div class="col-md-12">
33695                  <div class="socialWrap">
33696                      <div>
33697                          <div class="socialCol">
33698                              <a href="https://www.facebook.com/Boonehospitalcenter"
  …    target="_blank"><span class="hidden-xs icon-fb"></span></a>
33699                          </div>
33700                          <div class="socialCol">
33701                              <a href="https://twitter.com/boonehospital"
  …    target="_blank"><span class="hidden-xs icon-twitter"></span></a>
33702                          </div>
33703                          <div class="socialCol">
```

```
33704      <a href="https://www.youtube.com/user/BooneHospital"
    …  target="_blank"><span class="hidden-xs icon-youtube"></span></a>
33705                      </div>
33706                  </div>
33707              </div>
33708          </div>
33709      </div>
33710  </div>
33711  </div>
33712
33713
33714  <!-- Phone -->
33715  <div class="row9 footerRow1">
33716      <div class="container">
33717          <div class="row">
33718              <div class="col-md-6 col-sm-6">
33719                  <div class="appointNum">
33720                      <span>Find a doctor or make an appointment: </span>
33721                      <a href="tel:5738156400" class="tel">573.815.6400
33722                      </a>
33723                  </div>
33724              </div>
33725              <div class="col-md-6 col-sm-6">
33726                  <div class="genInfoNum"><span>General Information: </span><span><a
    …  href="tel:5738158000" class="tel">573.815.8000</a></span></div>
33727              </div>
33728          </div>
33729      </div>
33730  </div>
33731  <!-- Row 10 Footer 2 -->
33732  <div class="row10 footerRow2">
33733      <div class="container">
33734          <div class="row">
33735              <div class="box-group footerGroup">
33736                  <div class="footerWrap">
33737                      <div class="box-heading footerBar visible-xs">
33738                          <h4 class="box-title"><a href="#fPanel1"><span
    …  class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
    …  </a></h4>
33739                      </div>
33740                      <div class="box" id="fPanel1">
33741                          <div class="boxcontent">
33742                              <ul>
33743                                  <li class="hidden-xs">
33744                                      <h5><a href="/About-Us">About Us</a></h5>
33745                                  </li>
33746                                  <li><a href="/About-Us">General Information</a></li>
33747                                  <li><a href="/About-Us/A-History-of-Boone">A History
    …  of Boone</a></li>
33748                                  <li><a href="/About-Us/Board-of-Trustees">Board of
    …  Trustees</a></li>
33749                                  <li><a href="/About-Us/Trophy-Case">Trophy
    …  Case</a></li>
33750                                  <li><a href="/About-Us/About-Columbia-Missouri">About
    …  Columbia</a></li>
33751                                  <li><a href="/About-Us">more</a></li>
33752                              </ul>
33753                          </div>
33754                      </div>
33755                  </div>
33756              </div>
33757
33758              <div class="box-group footerGroup">
33759                  <div class="footerWrap">
33760                      <div class="box-heading footerBar visible-xs">
33761                          <h4 class="box-title"><a href="#fPanel2"><span
    …  class="barspan">Our Services</span><span class="baricon
    …  icon-accordion-closed"></span> </a></h4>
```

```
33762                            </div>
33763                      <div class="box" id="fPanel2">
33764                          <div class="boxcontent">
33765                              <ul>
33766                                  <li class="hidden-xs">
33767                                      <h5><a href="/Our-Services"
…    class="our-service">Our Services</a></h5>
33768                                  </li>
33769                                  <li><a
…    href="/Our-Services/Stewart-Cancer-Center">Cancer</a></li>
33770                                  <li><a
…    href="/Our-Services/Cardiology-Cardiothoracic-Services">Heart</a></li>
33771                                  <li><a
…    href="/Our-Services/Neurology">Neurology</a></li>
33772                                  <li><a
…    href="/Our-Services/Orthopedics">Orthopedics</a></li>
33773                                  <li><a
…    href="/Our-Services/Boone-Family-Birthplace">Women and Children</a></li>
33774                                  <li><a href="/Our-Services">more</a></li>
33775                              </ul>
33776                          </div>
33777                      </div>
33778                  </div>
33779              </div>
33780
33781              <div class="box-group footerGroup">
33782                  <div class="footerWrap">
33783                      <div class="box-heading footerBar visible-xs">
33784                          <h4 class="box-title"><a href="#fPanel3"><span
…    class="barspan">Patients & Visitors</span><span class="baricon
…    icon-accordion-closed"></span> </a></h4>
33785                      </div>
33786                      <div class="box" id="fPanel3">
33787                          <div class="boxcontent">
33788                              <ul>
33789                                  <li class="hidden-xs">
33790                                      <h5><a href="/Patients-Visitors"
…    class="patient-visitor">Patients & Visitors</a></h5>
33791                                  </li>
33792                                  <li><a
…    href="/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
33793                                  <li><a
…    href="/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
33794                                  <li><a
…    href="/Patients-Visitors/Bill-Pay-Registration">Pay My Bill</a></li>
33795                                  <li><a
…    href="/Patients-Visitors/Maps-Directions-Parking">Maps and Directions</a></li>
33796                                  <li><a
…    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…    " target="_blank">Patient Financial Assistance</a></li>
33797                                  <li><a href="/Patients-Visitors">more</a></li>
33798                              </ul>
33799                          </div>
33800                      </div>
33801                  </div>
33802              </div>
33803
33804              <div class="box-group footerGroup">
33805                  <div class="footerWrap">
33806                      <div class="box-heading footerBar visible-xs">
33807                          <h4 class="box-title"><a href="#fPanel4"><span
…    class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…    </a></h4>
33808                      </div>
33809                      <div class="box" id="fPanel4">
33810                          <div class="boxcontent">
33811                              <ul>
33812                                  <li class="hidden-xs">
```

```
33813                                    <h5><a href="/Careers">Careers</a></h5>
33814                                    </li>
33815                                    <li><a href="/Careers/Apply-Now">Apply Now</a></li>
33816                                    <li><a
…    href="/Careers/Join-Us-BJC-Talent-Network">Join Us: BJC Talent Network</a></li>
33817                                    <li><a href="/Careers/Employee-of-the-Month">Employee
…    of the Month</a></li>
33818                                    <li><a href="/Careers/BHC-Staff">BHC Staff</a></li>
33819                                    <li><a href="/Physicians">For Providers</a></li>
33820                                    <li><a href="/Careers">more</a></li>
33821                                </ul>
33822                            </div>
33823                        </div>
33824                    </div>
33825                </div>
33826
33827            <div class="box-group footerGroup">
33828                <div class="footerWrap">
33829                    <div class="box-heading footerBar visible-xs">
33830                        <h4 class="box-title"><a href="#fPanel5"><span
…    class="barspan">Foundation</span><span class="baricon icon-accordion-closed"></span>
…    </a></h4>
33831                    </div>
33832                    <div class="box" id="Div1">
33833                        <div class="boxcontent">
33834                            <ul>
33835                                <li class="hidden-xs">
33836                                    <h5><a href="/Foundation">Foundation</a></h5>
33837                                </li>
33838                                <li><a href="/Foundation/Our-Story">Our
…    Story</a></li>
33839                                <li><a href="/Foundation/What-a-Donation-Can-Do">What
…    a donation can do</a></li>
33840                                <li><a href="/Foundation/Ways-to-Give">Ways to
…    Give</a></li>
33841                                <li><a href="/Foundation">more</a></li>
33842                            </ul>
33843                        </div>
33844                    </div>
33845                </div>
33846            </div>
33847        </div>
33848    </div>
33849 </div>
33850 <!-- Footer Logo & copyright -->
33851 <div class="row12 copyRow">
33852    <div class="container gradient">
33853        <div class="footerLogoWrap clearfix">
33854            <div class="col-md-4 col-sm-4 col-xs-12 bjcLogo">
33855                <a href="http://www.bjc.org/" target="_blank">
33856                    <img alt="" width="197" height="55"
…    src="/Portals/0/Skins/Boone/images/bjcLogo.png"></a>
33857            </div>
33858            <div class="col-md-4 col-sm-4 col-xs-12 booneCenterLogo">
33859                <a href="/">
33860                    <img alt=""
…    src="/Portals/0/Skins/Boone/images/booneHospital.png"></a>
33861            </div>
33862            <div class="col-md-4 col-sm-4 col-xs-12 myBooneHealthLogo">
33863                <a href="/MyBooneHealth-Blog">
33864                    <img alt=""
…    src="/Portals/0/Skins/Boone/images/booneHealth.png"></a>
33865            </div>
33866        </div>
33867        <div class="copyrightWrap">
33868            <div class="copyrightSection">
33869                <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
…    class="copyRight">Copyright © 2016 , Boone Hospital Center</span>
```

```
33870
33871                    <br />
33872                    <span class="address">1600 E. Broadway, Columbia, MO 65201 </span>
33873                    <br />
33874                    <span>telephone: 573.815.8000</span><br />
33875                    <div class="bottomLinks">
33876                         <span><a href="/">Home</a></span> <span
      class="separator">|</span> <span><a href="/map">Site Map</a></span>
33877                         <span class="separator">|</span> <span><a
      href="/Contact-Us">Contact Us</a></span>
33878                         <span class="separator">|</span> <span><a
      href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
      target="_blank">Patient Privacy</a></span>
33879                         <span class="separator">|</span> <span><a
      href="/The-Joint-Commission">The Joint Commission</a></span>
33880                         <span class="separator">|</span> <span><a
      href="/Disclaimer">Disclaimer</a></span>
33881
33882                    </div>
33883                </div>
33884            </div>
33885
33886        </div>
33887 </div>
33888
33889 <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
      Top</span><span class="icon-arrow-back_to_top"></span></a>
33890
33891 </div>
33892
33893
33894
33895 <!--CDF(Css|/Portals/0/Skins/Boone/css/bootstrap.css?cdv=138)-->
33896 <!--CDF(Css|/Portals/0/Skins/Boone/css/bootstrap-theme.css?cdv=138)-->
33897 <!--CDF(Css|/Portals/0/Skins/Boone/css/all.css?cdv=138)-->
33898 <!--CDF(Css|/Portals/0/Skins/Boone/css/desktop.css?cdv=138)-->
33899 <!--CDF(Css|/Portals/0/Skins/Boone/css/tablet.css?cdv=138)-->
33900 <!--CDF(Css|/Portals/0/Skins/Boone/css/mobile.css?cdv=138)-->
33901 <!--CDF(Javascript|/Portals/0/Skins/Boone/js/bootstrap.js?cdv=138)-->
33902 <!--CDF(Javascript|/Portals/0/Skins/Boone/js/global.js?cdv=138)-->
33903
33904
33905
33906
33907        <input name="ScrollTop" type="hidden" id="ScrollTop" />
33908        <input name="__dnnVariable" type="hidden" id="__dnnVariable"
      autocomplete="off"
      value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`55`,`SearchIconWebUrl`:`url(/
      icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
      DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
33909            <input name="__RequestVerificationToken" type="hidden"
      value="
      30dYoX4iD9XV8fRmlviWRbCs70ANCxoYiaEGVggWBZfBoWaSBnl6leYygcwBSyKCTrFfke3G7QO_9SPsJB-
      riWNKBRnIi-0bzTaNikoLHqwRJ6xDXkj5Zgqspqg1" /><script
      src="/Resources/Search/Search.js?cdv=138" type="text/javascript"></script>
33910
33911 <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
      ></script>
33912 <script type="text/javascript">
33913 //<![CDATA[
33914 ;(function() {
33915                    function loadHandler() {
33916                        var hf = $get('StylesheetManager_TSSM');
33917                        if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
      ''; }
33918                        hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
      Culture=neutral,
      PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
```

```
33918... c73cf106...
33919              Sys.Application.remove_load(loadHandler);
33920          };
33921          Sys.Application.add_load(loadHandler);
33922      })();//]]>
33923 </script>
33924 <script
...  src="/WebResource.axd?d=xKRmCHeu16hMXi_dmRYMgQ9HNr-7vz5t5AhRk6DxlQYMn-
...  rZ4DlnQC0jTcFyoW_1PKQXq91oNApje6zpRHMz3-
...  zLvD3cd2r1FLFIXe2nDSK7wIV1qQWMexDxmpnUnhRZi38IInbxsd8cCQiVl88ptrup2el8BLvEedaiYKlP-
...  xIiG3E32f0Ynley46M1&t=635421310536360814" type="text/javascript"></script>
33925 <script type="text/javascript">
33926 //<![CDATA[
33927 jQuery(document).ready(function(){ jQuery(window).bind('hashchange', function (){
...  if(window.location.hash.indexOf(591) >= 0) { var $window = jQuery(window); var myTop
...  = jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop();
...  var windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
...  windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
...  -150}}); }}); });function CallSelf(Selector) { var LTElement = jQuery('li[id*=' +
...  Selector + ']').parent().closest('div[id^="lt-"]').attr("id") var LAElement =
...  jQuery('div[id*=' + Selector + ']').parent().closest('div[id="la-"]').attr("id"); if
...  (typeof(LTElement) != 'undefined') { jQuery('a[name=' + LTElement + ']').click();
...  CallSelf(LTElement); } else if (typeof(LAElement) != 'undefined'){ jQuery('a[name=' +
...  LAElement + ']').click(); CallSelf(LAElement); }};
33928 LttoggleClick = function(ModuleId, TabId) {
33929 var wrapper=jQuery('#LiveTabsWrapper' + ModuleId);
33930 if (wrapper.find('.ReviewComment'+ModuleId + TabId).is(":hidden")) {
33931 wrapper.find('.ReviewComment'+ModuleId + TabId).slideDown('slow');
33932 wrapper.find('.toggle'+ModuleId + TabId).addClass('close');}
33933 else {
33934 wrapper.find('.ReviewComment'+ModuleId + TabId).slideUp('slow');
33935 wrapper.find('.toggle'+ModuleId + TabId).removeClass('close');}}
33936 };if (typeof(jQuery("#LiveTabsWrapper591").tabs) == 'undefined') {
...  jQuery.getScript('/WebResource.axd?d=PLrPWY0tquq_ xv-
...  eMX1cxWeFGUydaJQRuIiLhmE0ehnro67b546T7CxqmQDAw3Ff8AqxEi8ugkKACYaLxUBAM2e6LN233RybVJDT
...  3HtTJ5J2usfCFsZLlP43t4B06xkdFssL9NH9Z6JH4aLstmjVCcr_8M1&amp;t=635421310534430704',
...  function(){
...  jQuery.getScript('/WebResource.axd?d=EbI1xDvxaiyQ2Q1yym1POsRehnSy90E1u17-
...  eAMvLi6nknwVFYUHNcsD1Mg9BYASLTQGG2KD0rwnxUgG7RqfuYeQ-RdBAJOBtYxMoF1-
...  sPbj5zmzBtPPMWPRnkMK6myTI-DrBEq51fT9IMoEmAcNKvLbkyTY97ZCbhd6Q2&amp;t=
...  635421310534430704', function(){
...  jQuery.getScript('/WebResource.axd?d=
...  9UkDeT2jR0HApvly3MBKpdxq1qA7FAzwsXcS4MdHz_qD0i65_WVABEf9cyG1dzh0_J63RJtnDS34mWf60CtFM
...  eEZjINvsVO5QjsOLiViA56Q61aK8GoSKKtOSOTB3vqkhohf6UQxgbECDQ6F7Jbcvimv4Dq8YolB9q3AxQ2&t=
...  635421310534430704', function(){ jQuery(function(){
...  {jQuery('#LiveTabsWrapper591').tabs({create:function(event, ui) { var LTLaunchLink =
...  window.location.hash.indexOf('#591', 0); var LTOldLaunchLink =
...  window.location.hash.indexOf('#LiveTabsContent', 0);if (LTLaunchLink > -1) {
...  LTLaunchLink = 'lt-' + window.location.hash.replace('#', ''); CallSelf(LTLaunchLink);
...  SelectTab591(LTLaunchLink);var $window = jQuery(window); var myTop =
...  jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop(); var
...  windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
...  windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
...  -150}});}else if(LTOldLaunchLink > -1) { LTLaunchLink = 'lt-' +
...  window.location.hash.replace('#LiveTabsContent', ''); CallSelf(LTLaunchLink);
...  SelectTab591(LTLaunchLink);} },select:function(event, ui) { if(ui.tab == undefined &&
...  ui.newTab != undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href');
...  if (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
...  }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
...  LiveTabsWrapper591tabsindex=ui.index;
33937 if(LiveTabsWrapper591tabsindex == undefined){
33938 LiveTabsWrapper591tabsindex=ui.newTab.index();}
33939 jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
...  true; },beforeActivate:function(event, ui) { if(ui.tab == undefined && ui.newTab !=
...  undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href'); if
...  (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
...  }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
...  LiveTabsWrapper591tabsindex=ui.index;
```

Page 895

```
33940  if(LiveTabsWrapper591tabsindex == undefined){
33941  LiveTabsWrapper591tabsindex=ui.newTab.index();}
33942  jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
   …  true; }});});}); }); }); } else { jQuery(function()
   …  {jQuery('#LiveTabsWrapper591').tabs({create:function(event, ui) { var LTLaunchLink =
   …  window.location.hash.indexOf('#591', 0); var LTOldLaunchLink =
   …  window.location.hash.indexOf('#LiveTabsContent', 0);if (LTLaunchLink > -1) {
   …  LTLaunchLink = 'lt-' + window.location.hash.replace('#', ''); CallSelf(LTLaunchLink);
   …  SelectTab591(LTLaunchLink);var $window = jQuery(window); var myTop =
   …  jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop(); var
   …  windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
   …  windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
   …  -150}});}else if(LTOldLaunchLink > -1) { LTLaunchLink = 'lt-' +
   …  window.location.hash.replace('#LiveTabsContent', ''); CallSelf(LTLaunchLink);
   …  SelectTab591(LTLaunchLink);} },select:function(event, ui) { if(ui.tab == undefined &&
   …  ui.newTab != undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href');
   …  if (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
   …  }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
   …  LiveTabsWrapper591tabsindex=ui.index;
33943  if(LiveTabsWrapper591tabsindex == undefined){
33944  LiveTabsWrapper591tabsindex=ui.newTab.index();}
33945  jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
   …  true; },beforeActivate:function(event, ui) { if(ui.tab == undefined && ui.newTab !=
   …  undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href'); if
   …  (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
   …  }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
   …  LiveTabsWrapper591tabsindex=ui.index;
33946  if(LiveTabsWrapper591tabsindex == undefined){
33947  LiveTabsWrapper591tabsindex=ui.newTab.index();}
33948  jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
   …  true; });}); }Sys.Application.add_init(function() {
33949       $create(Telerik.Web.UI.RadTextBox,
   …  {"_displayText":"Search","_focused":false,"_initialValueAsText":"","
   …  _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr780$
   …  ViewPhysicianFinding$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
   …  0)","_skin":"Default","_validationText":"","clientStateFieldID":"
   …  dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState","emptyMessage":"Search","
   …  enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover form-control
   …  searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError form-control
   …  searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled form-control
   …  searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused form-control
   …  searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty form-control
   …  searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead form-control
   …  searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled form-control
   …  searchInput"]}}, {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
   …  $get("dnn_ctr780_ViewPhysicianFinding_txtSearchBox"));
33950  });
33951  Sys.Application.add_init(function() {
33952       $create(Telerik.Web.UI.RadTextBox,
   …  {"_displayText":"","_focused":false,"_initialValueAsText":"","
   …  _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr585$View$
   …  txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
   …  0)","_skin":"Default","_validationText":"","clientStateFieldID":"
   …  dnn_ctr585_View_txtSearchBox_ClientState","enabled":true,"styles":{HoveredStyle:
   …  ["width:160px;", "riTextBox riHover txt-search"],InvalidStyle: ["width:160px;",
   …  "riTextBox riError txt-search"],DisabledStyle: ["width:160px;", "riTextBox riDisabled
   …  txt-search"],FocusedStyle: ["width:160px;", "riTextBox riFocused
   …  txt-search"],EmptyMessageStyle: ["width:160px;", "riTextBox riEmpty
   …  txt-search"],ReadOnlyStyle: ["width:160px;", "riTextBox riRead
   …  txt-search"],EnabledStyle: ["width:160px;", "riTextBox riEnabled txt-search"]}},
   …  {"keyPress":radSearchBox_ClientClicked}, null, $get("dnn_ctr585_View_txtSearchBox"));
33953  });
33954  //]]>
33955  </script>
33956  </form>
33957
33958
33959  </body>
```

Page 896

```
33960  </html>
33961  *****************************************
33962  The following data is from boone_org-source_20160728.txt
33963  *****************************************
33964  <!DOCTYPE html>
33965
33966  <html  lang="en-US">
33967
33968  <head id="Head">
33969
33970  <!--********************************************-->
33971
33972  <!-- DNN Platform - http://www.dnnsoftware.com  -->
33973
33974  <!-- Copyright (c) 2002-2015, by DNN Corporation -->
33975
33976  <!--********************************************-->
33977
33978  <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" />
33979  <meta name="REVISIT-AFTER" content="1 DAYS" />
33980  <meta name="RATING" content="GENERAL" />
33981  <meta name="RESOURCE-TYPE" content="DOCUMENT" />
33982  <meta content="text/javascript" http-equiv="Content-Script-Type" />
33983  <meta content="text/css" http-equiv="Content-Style-Type" />
33984  <meta charset="utf-8" /><meta content="width=device-width, initial-scale=1"
   …  name="viewport" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><title>
33985
33986      Boone Hospital Center > Home
33987
33988  </title><meta id="MetaKeywords" name="KEYWORDS" content=",DotNetNuke,DNN" /><meta
   …  id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots"
   …  name="ROBOTS" content="INDEX, FOLLOW" /><link
   …  href="/Portals/_default/default.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link href="/DesktopModules/HealthNewsFeed/module.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
   …  href="/DesktopModules/Home_Rotator/module.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link href="/Resources/Search/SearchSkinObjectPreview.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
   …  href="/DesktopModules/PhysicianFinding/css/site.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/DesktopModules/PhysicianFinding/css/responsive.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Skins/Boone/skin.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link
   …  href="/DesktopModules/EasyDNNnews/Templates/0/Boone/Boone.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Skins/Boone/css/bootstrap.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/bootstrap-theme.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Skins/Boone/css/all.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/desktop.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Skins/Boone/css/tablet.css?cdv=137" media="all" type="text/css"
   …  rel="stylesheet"/><link href="/Portals/0/Skins/Boone/css/mobile.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/News_Events_Tabs.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/Physician_Search_Container.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/Yellow_Title_Underline.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/Orange_Title_Underline.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/Health_Library.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link
   …  href="/Portals/0/Containers/Boone/Brown_Title_Underline.css?cdv=137" media="all"
   …  type="text/css" rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=137"
   …  media="all" type="text/css" rel="stylesheet"/><link
```

```
33988...  href="/DesktopModules/EasyDNNNews/css/prettyPhoto.css?cdv=137" media="all"
     ...  type="text/css" rel="stylesheet"/><link
     ...  href="/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=137"
     ...  media="all" type="text/css" rel="stylesheet"/><link
     ...  href="/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=137"
     ...  media="all" type="text/css" rel="stylesheet"/><link
     ...  href="/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=137"
     ...  media="all" type="text/css" rel="stylesheet"/><script
     ...  src="/DesktopModules/EasyDNNNews/js/eds1.8.2.js?cdv=137"
     ...  type="text/javascript"></script><script
     ...  src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=137"
     ...  type="text/javascript"></script><script
     ...  src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=137"
     ...  type="text/javascript"></script><script
     ...  src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=137"
     ...  type="text/javascript"></script>

33989
33990         <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
     ...  -->
33991
33992      <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
33993
33994      <!--[if lt IE 9]>
33995
33996         <script
     ...  src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
33997
33998         <script
     ...  src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
33999
34000      <![endif]-->
34001
34002      <!--[if lt IE 9]>
34003
34004            <script
     ...  src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
     ...  script>
34005
34006       <![endif]-->
34007
34008
34009
34010         <!--[if gte IE 9]>
34011
34012       <style type="text/css">
34013
34014         .gradient {
34015
34016            filter: none !important;
34017
34018         }
34019
34020       </style>
34021
34022      <![endif]-->
34023
34024  <link rel='SHORTCUT ICON' href='/Portals/0/favicon.ico?ver=2014-07-28-075730-140'
     ...  type='image/x-icon' />
34025
34026
34027
34028         <script>
34029
34030
     ...  (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
34031
34032            (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new
     ...  Date();a=s.createElement(o),
```

```
34033
34034
…    m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
34035
34036
…    })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
34037
34038
34039
34040        ga('create', 'UA-544392-1', 'boone.org');
34041
34042        ga('send', 'pageview');
34043
34044      </script>
34045
34046
34047
34048        <link rel="stylesheet"
…    href="/desktopmodules/LiveTabs/Themes/Default/Default.css" type="text/css"
…    media="all" /><style type="text/css">#TWLiveTabsWrapper591 .ui-tabs {display: block
…    !important;}</style><link rel="stylesheet"
…    href="/DesktopModules/LiveTabs/Resources/Tabs/Style.css" type="text/css" media="all"
…    /><link rel="stylesheet" type="text/css"
…    href="/Portals/0/Skins/Boone/boone_menu/booneMenu.css"></link><link rel="stylesheet"
…    type="text/css"
…    href="/Portals/0/Skins/Boone/boone_mobile_menu/booneMobileMenu.css"></link><link
…    href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
…    3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
…    3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
…    3ac73cf106" type="text/css" rel="stylesheet" /><script
…    src="/WebResource.axd?d=Q-ciIVkO0Dr1hHUGA_hJmIWN2X0Fu2RoQ5ACgNS8-9faLewBKa6esYBKj-
…    0RQtC_QR2nErOO6TUuGnTMB4Xu1te3xDPBBB2Iyy16-
…    vCDJT0GTQBDCOO1x2r9sthVKOjffKxKeW__ospwz_ra4PEMLVU7iFeALMxCFz3V80_-Ew8vAJIg0&amp;t=
…    635421310534430704" type="text/javascript"></script></head>
34049
34050    <body id="Body">
34051
34052        <!-- Facebook Like button -->
34053
34054              <div id="fb-root"></div>
34055
34056            <script>(function (d, s, id) {
34057
34058      var js, fjs = d.getElementsByTagName(s)[0];
34059
34060      if (d.getElementById(id)) return;
34061
34062      js = d.createElement(s); js.id = id;
34063
34064      js.src =
…    "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
34065
34066      fjs.parentNode.insertBefore(js, fjs);
34067
34068    }(document, 'script', 'facebook-jssdk'));</script>
34069
34070
34071
34072      <!-- End -->
34073
34074      <form method="post" action="/" id="Form" enctype="multipart/form-data">
34075
34076    <div class="aspNetHidden">
34077
34078    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
…    value="" />
34079
34080    <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
```

34081

34082  `<input type="hidden" name="LiveTabsWrapper591_SelectedIndex"`
    `id="LiveTabsWrapper591_SelectedIndex" value="0" />`

34083
34084  `<input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />`

34085
34086  `<input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />`

34087
34088  `<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"`
    value="MJHDWVt9gN5ZGVNJswdaLT3VXgb5iLptKT2n/
    hV4icbj0nvyEBGxlR6aXi04WR4hvBV8R0PUnv23PiHmPdKBGVNHlYPmtp85kXSm7I9JixMyZehHCq4oLF87QR
    yKhbdbiNqwxrH08jIyMVSaSBDpa/XxjwJmiUx4TS5a4AtLIcVmIsB+fDMLtvzcZTwZ/rqsFFiMbT/
    3A0XwHFJqzdifdqBWCthtfRm1zJdL0urRGCl/
    rJPjGCnUCL2DVHaGY90Gdwnr2ymQineAAWEZPC96Pge3gtJpoT+
    P5N0epHZXjjjiKtoMXzt6k1OKxiib3NN7zZAkS2/8xKHHO30xTnJrUINDszGBpFMepUEoAqfNCQEhuve2qfz/
    ZYs6Y8msyB0hHu5+9tGb7YPNHlcPicqO/9Tde3mP5HaVrvxae5HvFrt61M47raTTMLGgd250RXhDaOx2+
    DKtSbt2203jdM2gTXGlwrvO2s7VRMJYY+RHLm2RM0qZijD+wEl+Ev4UJsF4l6s8qnuiZpT/+
    KNgD1t49yxMgbpJxiYR09C1fbRKX4R5YTxjuUYuGh5ZLVUzFfklB5Nkxi5DUn/
    nIGiXlVH4F3PfqV1zNrlkImIYUC6RUGt+5PQQZmM0JdHSu9emyXpFq9Mk1nPSg+
    TiWpRBn3jCW4IDwltHvEmwIkvwjzs7Yt0K8YpiHhv2OTO85jsJcCiRwCaMKRZ2ic3cdkXUtHvWIvP1eZt2tvQ
    eLJzzyFxwPpgULtH7+7YWuupWQZjmRYaTqpplbJEWo3et+IJzQ4XoouS9XxRrRmKh9Ltl+
    PwRdB0PfZxFzwVvmtbE/7QE9iu4KQh1xP/Lhalm9+VFEpu0DNqA+
    eJPcj2r10farYj7rGwQ4gff4XvtbJGNXibGTwQl9ojefUjpSmDu5/
    mTohBCTWYuoGkpLXJyj1DEiWU42GtRNQpGU5Xon9dMOzQTv0M/
    3HsFOaiGNy1LPG0y801MzIuyE0TBWallwx5Blk1iRZjmfzN27ZeZy6ocXOjXsU8KWZ35J5Ycebji8uNDh/
    6UdLzTPWKcmgxQm6yBqUuQMkdAPzov7JE0F+/lKW7HSqtocYARaDAkOlB3ZCepKvLlhYjlz0iu5DHl/
    gP8DqouPQNRs3ISUKPac0MJ6EyzNTn3PxiYMUnxpa2Y6WqCdwIi3W03QbNJ/H9nx23sakK3jFMfff/
    IP4YtynpNl2GKqcPHWga96e14ZyfW/48EKONHYSeqJ0/GxdofojK+
    JMHm9scfzaJrNy0xN88yFlqFwUIXedpjw7KEZ2cIGf2Ms YF3eAcaNnL/3BsVGbeHev+
    3LIEEDXcuzMXJeNke4S7ZOgV5u8KQv4dGiFFHnws9XNEng9jkKNXH4UTzWL2oNHAAO8RI9VwwMznj0wVqFQx4
    Vs1wiDWuLop1rDSynZp/BCDUsQy4F+ZBeZjbl+bUI8zPuV8TEW+NDynWoXMkP/rJX/
    c8Fj28MQeUxUM9neOm9oyYyZRE2Domu3+/
    GKNA4T1dA5oEXuNacxaEHXaiYnI81032veCXplSTnuzb8fr8EtrUD989yhrmljeK5KqJzaM9etyQIygRA8xnX
    gjVz71cjR7Q1N/n1nX67gC9REVlurI6saKGvV3e0rVkmjMr82jIw6ioRBQ2Ki91sqaxMPnDRI4QX/
    Fp7vJ0RGSeaJq4rkcZ9HJlKuH3z09tWBy5B5fst5h7Yvg97npdN5KZZK3skmSlNwK+8Dam5soPHGZ87AFBD/
    R7IH763Gbs0uNQIephb2mnL/WAC/Z8LdqxVA8MSnGrIBH4DOEYNqOKZ+
    SynLiMaah56E2LDGCkjfU5xtRyzrWzjrFgeuI41gpiKZlk/H8juBaVjoEHJkYRIDnWczBfh56PDB919gVDc/
    ybfSnbJpQbIkllHoPI0iDw2TfkK9WZBsSq844DVBdF3enmHGYGtlOlIL8O2jgCb2cmuyOy6lIcLB6nIr5tNPK
    spy84fhsbwJOYXglBtpmpC2G8GUZUFKwz9IoG/AB3JL9EfWY+
    rQMU418irhhvhbSTuZOiEJXwUHi5mnr1P6D8X7kulHEdDtgLBpk3du2xhw5D7fB5eiJ0/sl+
    M83DrwYwmmmHHfLLI3YbqF9pN6X8ntT7rRaOrbn4XkuaCbOAH8txt3EOUXGYfzFlHRyCEmIECuSXI19jr4BPsly
    MQxuSclK9I7JPcz05n5xljFShwGTQehjrr26yeP4PJH8wJUrQLdDkIoegJQhpgpNLy1j7RttZciCNDaCyE6VC
    XlW0lj1Dg+QbITkZ1+Ds8h5cY/
    1cw7eRvF7KHWQbHxAdzvQhib0wo99bjEyC3TSsM8gdZWgb0MJ5rXbhNUDQat7AGc12OP5y8ERfoYzKX5llTaX
    HPkxopTmxwarlILinYEfjWRw/8jAH527xtU6AMDaYM8+OCfbuQxj1Tr+
    NYlFvfg25b95ngR9Eow1ShqBshQYzAV00gQHbgSgSfqYG7/kuPbXk7IlLrAEphqq78Lj1BI8rzK5314s9cfR+
    Dtxz/YjFMLT3CMtEDrKQPk+aR93pdCqcjMs1PBtatLv/Zy51ZU4vlUeC7YwyYdE22LwlVNUxE7OP+
    ik7LlC7TTyDbIEf9NpEM1/oWw5ZEy+
    IxlBVqmZ9hrl59UuP6SJsVdqzV23rTWG0jLF2XCL88jhTgCZMWDqp3IgJ+
    FW84gINumvScBgehnbgPAxDbrlrvFv5tQIV2IsDHjmPSGMKuQnq5cLnd6xzmGr4scWtRLOb2Fkcd9wjYbqjr+
    CvwqkQBIgfkuxhUT/9KLI0N7NrzW0hnImquUFv+NtMxOeRw2OePG3l/9hB5OwX+EglYq20DMEGyStuJOx+oWug0
    +LBwzGbXWv3kb2+aJrkwppDxrT7oK3TKhStCfDnk/9lomx1QcCz9/6S6rirabIgZDB4O9cCxzi6I/
    8WmZWYyihA7r/w89v3QVjhM0u5bRC5VAvb3lo3IVNlt3pqyaXdIMbPGbkXFB+NF2B3Z7qALBrzaTe4bMkpj6E
    +YaA9TPAU9s+hib/DpMcN7m0XLBqWSU+
    vVJZKYn9I1yq7FbErcHNGkAdQzPTZGvVK4R8VHJem38Qjczm1feq5pT57F0WPv5eCbReHZN64mPQEAO7M909U
    8VyQ2dmp14eeeLxC4SGk3ZHRogtyELenwPTDcGIIKLAS5HJWeGuDTwzwIxXZUvlfTft1WFX+
    AUZhygvIRhyPJXolITykth+
    JB4q13Vl9D8F09CLpoOM71AmrAUbHJT4WqQkdYtRwBo5S6xOqhW44xbBlvNT5nPIH5G93kQOVVmNBis+
    BVYJJnGoN6BsGkF9/n/IKBmIMV4Um0yhLtp51xI9IIb4MGkDGs8Ollnq+v4/xAxZikDUy3n6EpAh2/
    fYLNJbNMi8DSfIqQ63Sz6iDPMHP9WiBl2lrNhjzcTsfdhVgzOOnQqRyVYovMc1AhwN2Hcud2+JKnyJU/
    dQl6gSrFqwYi0X2DtJyK+mwVNTSSi1XQ21ACCOdzOpaFa31xjRPtLnhUt7GYGSeXmzEc/Hz/
    eRqH5QMJhgZkcsgqpPjSlvUMQQm0JWueQaTETr5KIx4y7CD6gm41EMyri6LsSYdpvE+wmgpliFj4I9lk07a3D
    +4kiDkWgJnPELUjDX2lHAqKm+PzvCsEqgQ9zNTMIYd01PHFEesCmNw/+7gL+
    f6BXdUgN7vfIcyEz2mIMgeYJmXPOoa/PTj1Mj3UxQ/
    FnGI31rIxu8TEBslLuIbvg0ndPfTPzUnrwPrbBLLOVJJJdPo/SQ8cLeAChEa+1ep94SgfzbZARH/
    rM7vTsFWe596Jswsbq7kMbZSezBRX8isGIGn67TAtc0+cKzqfrPMJLd18x8ac0L86irFjb9V/BvUDWrbMK/
    C1NfxlNFTWOQhUNNB0h01ViaCxhQpW2nnefjfIaiheDcP53S6tc7IRF8QxVIWvQUy2rHD5g7nVSOhuH3v3fq8
    HkG67VIcFSnVkCrAsG33GfWqN3z9yVeJF0XqogH8LCaACKh9ebLOdnH2yc5qPGIwYml90ULL/

Ycsrs1PewwMCNWrgx1CyswBaToKBD2eebXnmP1nGaJ9GbDgmtQ3Go8KcKn0nE7S7
Fleu77k9ddBu9nmKzLquOA8cFsafTKUiKuxuR+56c/TsH999wslWo/+
jxTgI1uGsERCkEbZeWhRO9Ew77192J5pQhgEXCtCvO3sJy54NA+
SOu7tjIxDUl4W0AFxuVS1zYdXWBhPbKTQgWxMRJwu4FFKW9UHleN0+bN+s+b+U94zn7q5UaOdCcDNn3evRdw/
Ucl0/BJTXPjB7TP8KBlfRzEDc12QXSBYaOXICEtMC1KgOJ+xQ4HNuEfMOSvCXVfEOx6dUxSjwb+
dUbsKmdYDK8OSIJjTBrZz4gxyX46OqDnipo9ln5HeI+hWLxnHD8Z2y+i/
iUqZll5ot3lakd0hRmBsw5vkbAltmM+Tma+lTJhv1eEan/M/Y7W40RF09ihvEi6+
6y4Eoi3WdUBUEJ2sAwRJVomYlpH1OLKzJTPMNtwXxjGkBwEvfnM2bL4N4pmETQbXY0qGQ/
mx7LSvu0dTsr1gHd7tAAYN4XS0V2Uu4cieiLHzlUSq6dI4rt04XSgmFEzA4bct/
BUtAqrkUSwNOUEVmAqFGIeqp3EpkUu95gqnJh+G4plIYenbmreL+NCYt/XYcyI0Q/2Lpnvy+
RHaDUQYoh1z7fPfFjXTyGi2XuI4DcnnZCOyxv/fhUjhyN3Behn1JVufyHH0I7/
wrsj0EnjLnhZ1jfgUbcDKSHyDMGtbPhyV0dd0Uq32kf2Aib8fPzPqesyCNinWSXWE06gsvR1hdB8KBUUK+
kh5nkWcqp5IF/HLfU1+THLfHmAbfNZBBmYdbj3DlhwsYgyooS53ViX45NNM1rb7FTaO/
BtGfVxAmSXxDIb8AnRx1kF7f2iahG1wcf1WhNvCU2/
nsG32grswqH2dA20RDEVTF4pvfQ7oHx0Gwh2C5zYzeHUoI1QawnCxPLKV+1q7vN0lE92m/OGwXu/
GRlUdigtXMGP8kQlV6yvKXadheZwqf7iLrQQXs/21ByA+
mLlWvxgbmYn2pIC0KdrAks894WeOlzuUvmORUot5y4V92lErWTTQ/9/4b+
i1twYa4vXypAUkd59467yrr5Xhbe2Ry5DpSpMdQavRWUl6KJ2fWQB30tQhmY3rWrdbqWs7Ca5HKLzWBAZ/
5wubXzMGNqCotAAXuMOfDdtYOj6zgFbYaPM0Rl8GCoVjcfWQt5mcEafq5QmVaXG1Tp30JyrAzK5KaxzuI5k3
71nqAkWhTD3uPsIGMXscTwENH45RFjohhVNaaveIsm4ftDmvJQAXtixXF4zw8E8qaukkQu7UrT/
FKSDNcvhRopZ4nxN/
yjSAUGFcekTEQcqdxL9ylv3Sk3iiSOa1fT60uJtLmDQbimMKShIihFPEtEAoZSgdRokP1gGjUc7AmnaO5Htu2
lC0uYOpbpygIeJYoLSkXHLGIuogOQFebaR/xoA+qtd6L/q/
iTYIagYCfkXnIO1vsqlgIb0VjhlRpLpIoGWhLosOeJFUGrT7NeYGzcFlNI4NR2bSrpHREL1htzbPRA2VZ9w8YY
UHdaPHQJTnwKyglXEPwVRIuTcxBl9SMIx8XijHiLEqVbqk0ZDRPn1rnro6Sksc6H3UFvFnDHIWRf4nwpudWih
h4tji0wUNSOCgbZEdZMmaMirTE0Oo+BEe4EYoSY1jn+fiqJEYpXEbbCODjVWMjus5Q92Cwr42zC/eZISfU+
44WtuUcrL7Lo6cDQNkjDcz0e49udyLRZWmOaBjSKQD2bKmB/
uxFQe9sZgwoojIOuYKHFqnrFZlq2HTAX8Y70k1zjYWumlCr/
PESxigo3qWd8r1zDQOGHAeAOK2QLK6BqMEHkM2+vPx1KsqqR3+
tB4MCRP6IYUmXwQdnXFkgvFXLh2uxcCq63rKFa0wLF9e+mH34cs9ZpnGGnFw7f/
ltgCwTP75W2Bi1GuYBw4TVf4iBaLMHwEIso83IAa+HENHio+hppNYIk/C5hJs23kwIhKNVL20oXo+
hpHW1TKsoVwZAKPJokwu1ToTuhPYP9VQiUC0bqcimvF8HwwSk6Mlv4mWjIc8pTT+up2QbaM90jUYh+
HG3vOUktZQUrHlxAmr+
5H0f1JBkIQzkddFAGkZkGHarfD1WnXDHg41Gvg1V4oZdKgDXEDztNIbgCcpw5H9k2f0jyTUqg0snP12BHXaj6
98QvxfCk1wLxJSLd+
GqT2r1yUEFg1lEbY6ZVaoIR33rAjjJPF7eOmte0EPELV801MyKza1M3nauIFLfVBGnSGHM2BwjYiLvgvdmhVP
e6mcbG1UfVgqs1dM4LGcuhN9Dgmtn80anhJmbyiwi2pn3Pgxq1CjT+f+KbCjfI7aYC/
W9GioGrp1NnZZuDHkrroIaL9Ud9uoiLlNP+gAFUhcggUVf/
SB4MY2x7kSBBMG6DhgDPCItfkjxzUnjMWiRbVuv2N469BAZ8VbY5ZgVfQE6oSV4YpFx4q5K6WDWCwpr75xkOW
CYLgTaflgdlD2X4Nwi/JJPlFj/D2GXpNvDUTDZ07OQZufMLKffMGtLbUuCQu7ESTfVtu+
7VIO0d5r5nrlmWn19nIeBVcjYpG4IMHc5zDHofsvjiooSUBogFBP9I+
AZHfhNYg3vVaTkWkryRzoAP0dnDAdEmZQUtS3tnVk6m6y37WNFNyyKVvAuoDWLslD3sdDlrlWhBJZCtS193xf
ka+VAF+pKV0ZV6Yr1XRzWxKa5LeVKoBNiaLzUHh81XHRQVe3pl+452Jl1fCoXmPWXJtk5ynAO6J+
prUIDWiXIv0FIRIYYw+
YfkbxJEIZO2HkVuRzczjOnJ30OwbdvZq3eQHMtKfAIVtt4f7Sl0YB7NNeRAePz690H7KRIonHM7YRvDVSdm/
uAs/D9gOQ+mmxjlIntk5J8n/U3g+7e2//sZ3I1A4XQc+z4WTuJ+t1uGOdIPft5ROnIfp8inIpQSoOw/
Pr205E6yza8KKhDsRrbJBF/wDkgkThEbUpAydFP9H9PtihuyQqjpOFIjd07UGT6/
9KMwsYOWYV60IpexLAZ7V8opaLuZJUT/cl1l0A4vY14yN3j4zTdQVDrDkbgcynVQDnAO7EBFaClFT4v8orj/
iKw12fpBVsIgZt6dOWw16dd3BHqr8Ho+IotV3rt1K6fcU/nnuCK+GsxMqKNK54gaIyEikHVtC1XK1zUU4Ibau
+0RBV7j0+FpidpJ2qJpuQbKdrSTgyb2U5SEfVeER3GpMes6K5jnHH6Al/
ayC92U4vgwwy87vQIIz5kNSqP7Ygw1lyj9izYhvtDIH32cbGXX3xiUmsO4cM1SpKKoVAU1aY60hqxXfwn5LIF
uMWp1MMGGiFLsnKx5Bw5eMAYrCYw+EjPP1plAxFZv9C26K2SHNZxX5/bWA59tNd/
Zn8FkUzHsrtqxNyalE829DX6oG0oEpDrF9ZTm1fnIYPzQF786J0aWOC60UfioLYlQPV4MbtNaXAL5dccuSeQj
QRwNRYmocoQbuRYWX3x8KGbCR5uDSUkhGa7Wpku3lqvVrDmFnNbjOKK9i5YqkMmPjIcgXAXnmkQ7ydYnAD+
PebBkFX/8rJzEwQsXOEDOH7J4A5dV/rwC1UotzNvYx3ibn9tDIkzFVpLUOvlsC08E/E+JtvHFSKIq+
wXquieRajCz0gr1gCOlpb/2BEAOYazn4gtb0zxlA9yFSTpf3x57iy0k4d6L5kF90z5qRhRv/
FmLeSGImxRjjtTvtYcVWl9zp43QE92VfhnyeXfgFf5ZdQ/sumAsTgAS0Q/
9bb7Mg3HcFOTdbn20w2ZYVhDBnW8uQCuFlS01snEU6wZd5kI61k8Cga9bgqm9OvZymX/6+xBU+
hT6Yo6scFeKSW6jtQHqNfyoV6H52cXB7GHhdy+
LMtkDE6lHvqU9KmFGnd7E8610dLRj1RWk81H0GYjOD2qgpOvWa4l4d6IEuSJkBGJPLoOJmFVn/
Do0KOfGEU7Qq2REDZRNZLSOLTKjTGY+be4/
XYgkIR8Yqzuad5QZwNuUZ2K6JptCXw2LuFhp9k9mqy0v5CMsgWlymzZpe0dZm9J0oJB2BvA3mPLjreepvsuCt
EozRCAFus4GvT22Powtksb6zmD+Ty+OXgeKIz7TQuceCyn7570/
OcODkNSCP76WeLn9cdnHy4SAyPRTOvUVQkQZ0MpthVJzgtZkcy1dzv0aP7owqtoNm10ht/
lIjjrmpfyHJB8bzja4Kb3gH5oGg1WyHKBhF4N10+7EyJMd9RZHcDBBivkNggyX1t/
aYflUSYFf18XR8VQWC14v1TR4/3dcEWsGoCLNx28Y7iLnXkan6+
2zjUvAQmun9dSgfGG7WW93nx7fLsnkOUQTnDQueg1FQpohg4XsShkK3N6XwaEXGr1H0p8mMECiDxx3FFP1uJr
t5d0p9FCAKO1XTtuhzt8WsBFEZQAePgiEYCf45woUmwY84nyFzy/Jr/

uB154w9R4wrxxBfQMqCyNCcUoUc922NqrLmsiEnnxNP4PBkKGIs9cpoq+
OwCW2UKFPY5w0BUjRmh6wOvtVrEtuOd78enYwRFXDMRdprAeR29nPIszzki+
EmGjET6XoreqhJqwGfE6TLOyr9mnmg93JO9k0K8hbWCoHkPtf0CWZufYtcqDbGACAm6+
wXnlBVuIgnqHHLAET47qgYaYl/pKbg6OnaaQGipAnCbdZpN+gEgmDfEm0b/kxI1EpAw1FXoysPk/
2V9kxUCkQoep6uokwcRI4nmTQwoPxYCwm3WF/
4lwwWsnej5IWP9FXjwW6GyTcNbHbRVwjOHFUe58VHJfzteFESqm/VSCQIHBMoyOP64cjgJ8iV4P/
gFT3ywnvBSglBBsQF/fcu0s0+8ubphz5MZwkobd3+BjHho/lUwup2IUgsy0Y+
OuGphFii5kc7mOBd9ENRCSbmOA/eddmU9sfn8ryH7lhNf+eI+89nTKRexHfj41m8h5Aj4FCTKp8EtDYqc+
oU6KM2KMgZpBaIBsntFexAX02l3MsYpEmIpHKZqHva9shYuBaQY61oolZ5jfm0oQ2HifFkUnq4bLCIL9B1Qgu
G6R/LWgCZvyN9F/GSOiizg0Id4Qe5a9kLuQ/MeKMs72qwIGDdYQ9f5g8D+/
18t5E5ML1tFQYcPtMibfULke7Na5EDByN55l4sO2+Seie7B7Cd28DpGyXMXZiff5jpoJ+Wf0NwpLQaD5+
33QdoEBPJzWr3hS4qXKDtEHDlVgCZgAKwxFBEPAr775eKYJG5jIBheiK0H0i4rJ+
MLpDQTt9E805mkPSqJSUVbc0dw9+0qg4gfnxSNdrdkxa+eYWWY+Yoapgm3x08OReUsjvNbLObQ2rqG7oNnrh/
QUJbxumnVPtPDlR93kSGiqCImTGQCw7JQBulQ6TQUDriRMlQgiNoewzB6Nm3Ea2F+
AI4w1QIF6j57BtScZ2GoMpfZtDouQyNXOYq8YOu/LWZLiEAVuAuWdRhd0jsk799HMIVYbJ0Xln0INodm4+
IYgl/sRNRBj879otl2mdHZUxPlHBFG2dmu00d1L1S9Mh5YxO6XqcLn8fA/DQ8ml/B/
YqO1YSDqhjLysyysr4b4aSSyaDCaUAYZ4Z5XRQZXolUygEhv/bC/v3Xu2gEEI7WexD+
HOkGWsT3RL3fN7cSAByc73pIHhxwQW8PaPX11yAJNMHxcKDnHg7gzcbH4RB8xr62IiWdb/X58CUQOW7W23w/+
xLT0+5ALxfl0QSl+vf8xXYigT4TO8cwbir7aKH4VJF8FCeUrXdCULbo4a+RQ5LBPgMsa0PupAFrxc+
VPBnlY9P/U0P/
uxI1MsTgNoAu0qTXqWavJ7qtuWg0fstpHIv0JiKzP1QHA2kHRCbXy3U6Rx0whTlAAnsfusWcd7esJ2tE5mC4B
P4zWtxFMOijWLelwlS3aJuRrjB77+F5UspLggmcHvzf39x5dKsyUpCTIC6kSBC/GjAABzqxcB/
MI214ffHeHUoZoZdgRR51iQcbBARJr5bB8ajxNURL8jJMDASkMMzrqMqrfub6hPX9wcpMHST1r0BuSfqtBXf3
8pKg7hU7NpsC0z7dF7Hpmjb/
h4oRtnL8em3uUeHgwaPPfq8mvxrV5gt38PXXSnqqnBO6vqCkY8wC794203ECewrFhJBBalw5HIGRVbXBSULoz
vdtiuXgCipcCMOalwnj2ouqVm9WLa+CFS2vEiGDOwzIuQyPP05ytkk+1lU5cnnM6yFT9ZJe3GmT8FF/
4nOMgaEry5+TWJnDIGKdkwlUDVO/7sH/Y0BU09b1VapJPilbqt0g0oPuAf7Xoqra1jJOM01LN/KQ3BRcx/
clMB7TNVM7RilDH4/
wuTe86LreYtV7edHUxpvAYGGVA81vpilHQRgJX5I2DnqxsH5TOXT1vBtoafsH9q5DP6mQQUCr9ZqmCvA9vyp7
MEznQsI/k+WdjF/vbqGER2iMuDWCQmsKktocRmSrbmMu2JAPs+
6GXxJNfRhqCdWhtWSb3cllv6Pq9iyhha87KJUocJnf5Pun4/nDC+5qI3Nx16cyg/
R8oUOMehjWHe0AXfqpVNGUaSZfEp4yHU1M6KRVZMUAHBKHXBJt+DnplExPJzVSF45OwEtNZMLpU4/
4qDw8JETztvhwcfkDSoDBNyiVw0poNzD7B9AcwKr8vkKv/9bbQrf2q5Jy2RTSZaMAXemv0i0BoQU/
VmAekHE17cSHyoXMppcAK0PJ38Mpzq85AKEghxbioiiSNEj2qyMSTcIjkfHKf6yOQlrr+YwghghmV8zMOcz1+
n6kluo10Up0dh51YuxVnuXidIMynASRa0ocK9TLCBycZqt6nJHIpOm9KPKDISwJY6RX/
QVWSBQw0ISedRiWDsEVUahsGI9IXOD4Lo6VEtQlPHIQTC0G6rEKl5j0iEnIj42lcCL0YgF/
26MEV66X91KIt7azZAJC7f/
eLiYbmdiwIiPm8JnxwcE9Ur4GuVAPZUPC7WBjwOBR0zWOLqku4tpSzdiTwtqHPZmxgnkUt0uHzSowdT66BP+
uyFyk2cC3sVKRXmNIJs9p+VOr2cJLzxq/WmuE7OWsDJNfIXk4tvRJoi1v0ABaisc6l6nfmrCrbcrX1gyS/
k7G8K0TvRbPOkdLRE0doQJFseh40n0QN7VAK/Z9SAyAgbQW1MJr3T7HwqZ+
kL7t00YmEFWZ1Bx7zcuOoA2iS0gdKNlLQSi43fQ2cqSf0Mss1BZmVxebME1SWXGRWdiLX2zA6RTb/
EvUMerIgJlvIeSa+NpPj+VVaYdJStTYlJknEHxj8iSs/vhmS9flz1vrdZ+x/
eDgzfsxVhlPPNv4GRAYxfEp0WX2nAgNvSMzhTUlMMVh/
hmfTB3PyTglMBagIa9UY67Jx8PG26Xan1a4swvuKE8xNPIrT87cZRZuyFhXNPjXO39rkgmq4ZaaD3wRy4JmAZ
RO6TEYxTeZd5+Ylj8MDWtDrfAIyWLNyBDB6YqbuEhJPLccKKp02d3cDNf/
HCRxk9R0CTsTauziDxSzV8UthJNcIIDYn9kxZ5VIkURw739q9Gab83xX+EzbeLO2BeQwm1uBR//
2q9tlq3J0e8VxXNYA6zqxlnxrHqZXaaUI9w3cPlZpvxjSdzLZQD/jiOSEOE/
dCKtrVgOy61XSU1bEqKmdHtyY4nmioI+dAea0jocZe38q2Kn9ccDNuShjNgU/oGjy/JL4B53LJHLRG+Zv/
U9aEi/e9EkTOZgO25ZGAJzfWwbP29q3bUAdNH/G68a6rFV+PU+
IdrudS37RbWK00q5fE4ST46W5v2D7o4foPPx4ZShFMZ5KBs3Ods8qv+
napRieuXOfK9xmEtA4c9etZhK60twABIlVsBNegun0/IioZppbENthC7zAGGzG/PSD+
2ThERpI1KqreB69MQnQ3K/WjnLK3OvNMvK3llaq/zGaPUxF9Jpj6/
zGJv1vA6FAwbwbO7EWJqvk3tHSGX2axfseS3La44VVQN/wc+L4G+/mhrkq1GdQ+AYJ+S3W/
xYdEwTsNOMPoTXYpAEIEm+kK3Sf1QdNS+ASd6rSS//
n0f9uOD2SIm1TIcelTWNi2JKTPOiASFMXsrLoamkbT1WFBWrbnbOzH0slcKVcgVgrZqV1mTUpsL8kCjcbpRkZ
tqHgAWvkiCwYMHeocH83D2sTo11wp6NhNRd4DHaZRcJxgtJOzLP9/+ujkdnDMyqTvikNBoySThTuBiL8GnS+
N7bQilIFPX9OR4/
Z7CLLpRC0kdsK2TpimjqpjV1I0cLeVcobxuV0HIrkC4EmAWV1DfYcTINX1OPav2Gb8IKkydo5yoUnVOcK1fZU
jKf4L0tjZD4vP3ToQ5fsafYDom3ksHl1HoXgppxGKrjxqHxJ55x0zKkp7EAH353CdB8RvNs7//
DdbS5XQTIVkOwsoi25/qS5LTYSSqTMn5BDGCvZuW4az9ARas+t3Tj6fNqJBobKpjTRL0q+
HzBSXy1mhO7UEL2gA1F7RVDU779IWtPuHAYMr1rCVyMe75wPp772RdgPUYBZVToz7Yny9Cel0p3xtqj86YhAr
xRpS5kXo+9TtKYC9TH51OZs1eCBIeKo7775vof83PPgjF1uUAT0e+uecC1U+
aAUciC8gh9j9G1fe4s2LxK6xSKAIuel5kK3W6GPKYkGYn+4v/
3RlmZFUi2MhxzqY1UXzaf5JhR9JXneUbsP8A2OtovHyMjdICNh67rMbYpYAS1xKCMukQcnDsokphqeddBmnYD
XsOC6UKnjL0ZSAdDAkCmfuFCCkyxT8gWbi01y333pHJeZkA3EAjcypxVQNQvDsvKKnM04M88oN7+
y9G6XfNFf5hHBRTnNXNeznf1flgxeW0RM1/
cQyRPRnsPA8uMfMv4tr8CrX1yU3nw8ARWolfrdhSd8adnknzE3FyEsGExSqKSPmL+vWEs116YwVTnCiU+
H9PxtAjCDXNabRxInu7wuXhm7hoVS86UNShTnBe1juxUlimKlkCLnmQv6l2gDmZ/

iGRCNFTx92acVXKln2gt8KZMTcfZzc6tE6PNXmWDSDPgISadc0tcR0rBH2kp11SC2GFg3aIZ3b+NvNlpZj9k+
ykxG3819joUD8nWdMV+8vLgdKYYIEtQj+HpOjPjuynyJj0s/PFjAMR6VbTVfg1C02O5dIctxPm2xKy1+
0MdXQOWIrGABdrluJhEEa0a/a+TwkmcepKcHu7qasJmYbCMFAU7kUurSSjtqWn3wemFl53XFXlZIze1ZXc/
uslFgtuPRBRa/cAE+
X1LHlB2sYJzrU7jRRCZnHPSSA9zHvzSKH7srbpurx06JoumqDUE8q68he67HKhLr06qX0UDZxSD7leV+
8WvRoUedch+U5klpLZUeQ348plcSQ+XFM9kxnObzsxS2mhwK/7piSPjzNDLX8/VwMP9MG5UfL3KYvWJQH0w+
DmSmMdIsOHwoZ2/NLMqfgFWYT6Y9iMI1APGot/O0bgpKq/
BdD6rAYcKPIF1BRdxLOOJ09ExZDrHEu4qLzY60qU+Gq1RwgZ3QebX/GNcZ5v2WjD2njvBmOJkV2+IFIOCvx+
dLjWMWy8DafIVh6OcBsnwwdpaPJzqd3rGH3abR1nV1Ep200vVrBcsUIeW5omoe5vCOwl2EvuTTyACKe0Yj9NQ
g/19k8InxT3ajbXKxJuF8i0axipIxMLeIrrplS0QMRthddaTiOV2si+Hrom/
PUOcpiiHTSIz0gAyWbAtJ8I8dIdINgjE0w6dh4nrfhU6RTb9Gkf4W1H62vSWdt4l9oH/QpmZjjNbATI9Ysj+
t1wcPYtHeK02akKW7kvsWgkOkhPt8ahnLMp0+L5MU2yzh3oNBpo8n1j/csh9cyEFOY3/
aaOH7cBSoyXJA61xCsfhLpv3ycEwLy6Mdp0hdCThfbLvtmPd6gBW0gpoB+8Q/
OPN8gdtzTgp9D3HVTUERE1A5Z3ZAzi6M1efoSMJ6eT16F22BxHTQCLH0IgAmUnTHnQ8B1LQ6b16Ge0QQCdBxG
T/SRgq2M6h0qIcAt6aGcdOinECmEZolMRaep8N/uzCfGZ+3FnSk41zz46GdkaGEMskHOHFgpUg39sXZh8S/
tWtWsARAjJ4f0rXy6J0Oak1mmilK1PiZfi7Ra9F6kXTR/fBW/+
0lG6t8jbnUIr06z3mGJQ9yaN2OH2Rt4CN6yh4UqhSzkT3us0ZI/UFcDfdos153Z5+
zcs9zq5ceYOTp2ueoZDPDqye9ES+KJOMAvnOL9TqWwMqKZ/mCpledWH1J2gkepAJGK2V/
popXFAXUrK1t9PXq0c34pytZHD6ISBuObmrPZ+
ePfRttrDY71tgVueJ0ftak2QMpXnbgHKFJjrTPawzCqlff2UGCsK7Lq6CEmNvcW7FVgiMzO7L3nJjyNWngMyc
UkSgyRvcQ66r1Fbqg4hGYIDljaUpUUme6fFxt0l1UYLzupvrPKonbB/Mh5gUOoblnAnl7mPtv9gFnKXjN39u+
5bSyw+ToJSoQXZO13kmqHAFqhtZXmnnyzApFv18zHMo/g50QL9TVdw8P7+6WdGmSBAiTSKuG/LUO+3q61ava+
qDrGtTeZTbVUtl8jBzkNqfbf4SC96y0DZ2LUhJeP62ldiV+
wfzOFOQgVb1JbzXkb1T3Er5sFOFZU8eYEKdh5aZgBqpLcXG/RYCuwRzDmdZba03k8jR1wLtgIKxv9iOo/
JIPXVz6/Xf1jJk695McfFSbQ7miGKhdwK3VjJJSWBpOb12IMV8eSwJEtr7KzzD5jG7N2gm++
kBpLo8yKUWaE91kOduMGYu/HXcwyylRW9Zh6jeZhVWLD8eI1uuAa1ZPZ17calT8bjhikzCEixKUfbdEULgxR/
FwZYgECnYSY7wPvO1SqOtMeGI75tGkjlsLFI3LpB2GDSP/3oQfuj+nyekPuQO84QLS/8be408C/
YX4HD5dVJPsBBDFsQDTs/1kMDCl1tkisna12v1EB/wgUmCYoXZUkYPPDuwn4JDr1FsIu0Snd9DBBw4+
HTupjFMTFRBn+G64ZY1mRoCE+BABBHrCGnOhcVgKdm0bcEDMv41uWN7pHJZX6kS+Xn2YoW45iEC19U4+
NatzOsAkWkjrPsOl7vySfJnZA/ibydApqZf7UvhmQ+g1wzAjGf26Vk+
k2yWAx6aIikvbRfvgbMaVqRgCcYEwy41i43tVDwTuYtc8sTqSxg66c/Z2AZaTryhX2eRBls2XTNsUyT/
GUAecQXbJG4X0ySJxEjAPPkegMxVm0T8L8PVhtm3DMbVtf8/fqmE2taS3s822u9C+4KX7E+
8oIoCTfYkE9dn6uMPIjGLYksv/4E96noz0P7N7v2tDEzL/aNJgslSsXf+
zMeucMWA4BrfqmhlnoI1rsGYvjJmnH+YPrWRtzz3Ov0EqtZP+
z3jkZ3TReMFh5PFtboBgrKUMZHzCecbClBhzMI2YeBw4zGttGW2IWmqvrwoKIA8yKkgDz9ngW5L7DZFX9yBhF
1ATRczOW4o6+W3w7/JJC7CFuKewo9m1RnZXmuCKXIK4/kpXouc7Yv7Jx04/
tmRdEdaoeqfar24JlDhHbiOsMf1L7hnGLJMvf7I1hdIEpw6jY8QmftLwAtLdla6kSN+
ximwRhQxEHFneffThYwN9ozeSemjM2fSOFE5I0ck97Jeg7zhHuFj5DZx4WAf0GTkG4T07zS7ARiDWsRRNkVhO
NM8zlvyUXtBOc0Az2xfSAdY80AQGV9tFhys6V61SU1aijCEFaZQUiECHqt6xq4YrrX0nZcnBnQ44ogPrtbVIm
abANXj34uw4kUgZOd41KRNjM5+
uIEonswGqjDvScJr0IT6HJkeLRuG8cqZwP7iXCi89ZypRN2yctRYwyeAQUu42VP2zSkvp3VThjFxAKnAaopt7
KQdD4vvMzEK3xyXsXuBfF05qBVT5Ew5OJUiVvK5y36l5wUz0YFvRHsarpZDUh8gW/
MMbQiNOyw3qGc3cHUtNDOoppKGPaJlm7FjMd2dYDWcYcQoRjUN6nU9ctNCSdh5yxb7/
oDv0fMAez12jRiOQXu0eUFZ9ficQQzeTYi5wOuo/9xXk2SOARkj1oRcx8KHEQhc+
PwAYZDCIdRYq67dcNmuZ4osmPXF/ziQO6jE9Y0fh6SMKRg8WkLJ2xO+
NsLzAyk1rzzYvLoVXXwY1xYCWikZcAWK1fZ670tpI3JY9oDj1986PbMoOynxuEIB3lmThfiVdDT6G8w3v9Nmk
Uve2bW/DIcgR6/eAURaTLjiYUTfZjaz4Ep0YaeGehBxvO+5cfHZuVWK8DGMhzPvaUGX+XEByXUdFS0b7+j/
YGKAows2Yc6my8iH67mW4TyaD6yFIPhDcHMeQN+ck6hFSlyZRRxQTqc7FgXJ+XJAbG+
tfeFcD1upNEM7jkZHSVeWVWbIxSJWuSd6rEqeHDSZPCrP7DYyQAeLz4m5RUrMsOTPNLFmBDv85TCSVhHpeocJ
JxQz+5rmbxgGa996iZuX3NEPrK1IgWzIgC09zkUywjGXSZOExY6vCgmZn+l/WGmRqXi+XsXvre+
U01Ae2Sjrzi AI+0FxsjGvSBsr8UbpsAjjCAM1fmFaK9JDXNcP6YdJwEN9AIjDRqVMioEnDoZIr/BSQF+
ynX5OjteMAM4Qjj4dP+PWO9u23y5ZiEJKtuyAmVioL0mNffdFWrzgVPjY/
fPnd6nIQj4dw8MR00yWDXCyLO0x1qjZ5d5z2UmXdkSoUsN1016RqVQxWZOHzbbCpGUPyMOmZXiwHzT11xLGr2n
qkW4iFn1xwsj7/F5PShkInsQfsJn7JxDOyd46rrYRGY6ln4/Hxz5bgGlJmEUK3QNJ4PtMRY8Vwjo//
vDCRWlkUaLkJC5Z4Zujskqcx.JOb35g18PArT98og8iCaPyaeJYggOn8Mpe3qR7iUVAD/
h2r24Y0fK6CPYARAjkQUL7V2BaSz0DfM1n1yUq4hjuOI6KCiFU9j35uNs7jZcR3c8xmvl8++
ikZZ6MZV7dcz7wMlgNX1XXCpxiileM1vBehi2EfqpUB9zvUwUQBrToTcVlxHC9guSqtj2kVCvHTJtptVDt3Q4
DSZHa5Y6E40AfXkZ4vXzQw61t9A+1OUatJt9A+1oUrfWwiCe2ftHkQRZ+0SF1TAZLW4/
ZxTPCgV7AwuLKMdpG89f5dj9vd24pYoLtfQM7ZRDtyV41kpBW+H6jg1XIdNVYZYJYDKbOY+
1kYyzG8mfKzGaxYJgpJDHTYrJhp/dmXewPp0j+
bICFraK8ogxicwaCM7tLYHe0nCkkcNNf6wvmcf8yTszHehpkdfPHoNEBEy4EWuhK9rE/
Xdty4QyGBpu4xYj5IoDglvaqTgHMnbv8wZ8eRa434faG8sxaie+bJInTcXoB0C7/X8akfDrF/
XYkpGXEn3rrc8QWvHJAQDPioSuPtnewCzrNHTa1eem9MI97Zb58Ng3pVFebcXKKA5/kE7L2IuBmgrWwXRj7/
obv2HM6h69L678XfsisNcyjw6YeWTCLkqq1Qb9/slsBbavTOuyrLoA9vJ/
liKGaTx6GK6d410CfYYuwWI8ihXrEo7CraRZiaqP3Ui5RaRTPSKtKLZeRfFDKpB5ZV8IIA2Ql82TV6jygkwMh
YTe9SJvzfvopECQ9t7s738ny9rUjN7KuT5UkmxJUJLWcNmSIs/QfWrHK/fcBelRDdZzKg1qLY9pN7dhae6e+
59RWYdXiLonOD4mGcoU2lteSGWDmvIAjRqzxRmo118o82qWqtpEPyQJu7c/h/

34088... DVpQzqlTtb0EpeewauDeezwhe6QuxQGuL0w0m3r51HBQutTl0qdmts3823J9rkwcyrDqxuxdvw+
... H0FtJFCCTE2lt4Ls1yUjM+cUtoDcstvPVMaR3q1oIpK0KK5pC6ynVGGjKqMBprIFROcRQgJFnt+s+
... Fdz1Eo1y4SWBC61LilQMgkUySpIB5ZoyTBbHoh0lv93X9QXpAqWIXFOlKssL+Ih7upFEoNWIac8nmvhb7MeRh
... +d2w/eHVkRt0JYM8p6ujODe51YNGQxAYGCks3+
... s6DQBdhkuPaaqqZfKMOBacFk2FRtZAlgD3Q8ODkgHWGpzDuPJHDGac/4Bm6BO2FRhGewk8VyYy/9OF+
... ONrm8i3Fh7WMi7dYdAPFCRh3vmuuPZFG4jurSJ0GkNb4S2LkC73K3hcu+
... gT57PIGCd2fcHcZ2KXmTO8sAnDMZsiV3TX2uSNovl+V+5yfxZ48ZLt/
... sRlGKCqrxIy5EertfU3008xXMVR5wiBVMU8sA+
... DuOg5ffJMXDsEwEd9BV3MKZ7pTK9nESND0onPlyBGm2DZTU9gqKPaNtdggPYKMiDjoy9wo42ecGK154zORQfO
... pqVYwGqTIuLpyXxsf8aFWMQo6I0Ohl3o+5D8wtR8Kr63wydtzJ9rueJ/
... D2v1tKnCGEEv8hu7Dx5WXTMpwYgvEzVMBqdqBte4/
... f8xfsGixoERD6zhfcdSrEewi5RVNnrk9dHRQYHRmZUoPk3j3xMx183Vaas7Cc8Gw+
... ZTk7k4XYag1ZkOpXY7bcL1owFUFwB0OGnGtmtOvzOaLv/vEZBS/W/Wr5DX3U+
... yKqQlp5A9RFEkko2PE1WImpO3MBdQ2Bu4q42YzJMFr+sKfmdRgU9XGxRkqs7/
... JemSAaMwWgch6Tv2IUfC15uMLP8FGM3JtC6bd4oN5/
... x2MNrowZD2qtoDCG4Ha3AV92mOBdPsSVivo2byId8VX1vqlNYMVqYHQp/
... QxOaYt6kYwVSvgw5Huy8uQGVY7NSWBacf26AZMRGr2QUZMcGbYHGZYKkpKJDis7IUzMcCr3kcGp8QM8RCw3+
... SL4Z+ALEem/c7Ql+OQwnbaMN6i/lPEs9HxzNGhefJaXCr6Uwms+
... Qq9eSWeMm9dSCKi4kiaPsxz2SalWcdkkyCzowu2CkTFYZpmB8Zcn30IrkkZfO8bUfE1OBz2wCHMsIsBPPbfTG
... PyEo+FnbEJxMkl7z13eNOQLE95XveTThqLJBlOTZzXT3vFVP48o/SW6v2nyftgAxml+
... Dvb5SnWPUdCElTb0PL2WgGF1wPoY9sqzi69xDnXgSWhfB7GdKHCV7GFmzC6TCZqVt+
... s5ukfvETCFuLKqakrokI85dOBKcVvG0r2lUccoVGik60ml0atz6qSQJlLqiwJ4m8Iu8yb+
... uGTG9876Oq6KFp4Kf0rLvWrrZLU3MdXBOpKENNm2CAc+/
... guvH73MdTIu11lrUT4pR7T6q2M4yrUw1GYHSkWMgjPRDQirn6a5Vy2z/ae39nnkWXwXm/
... Alc3fwEYgmKyk4mnHGTIIV0+JJ+FuRKJX1hXyD0OD9QgUTWeseLCny/kMtbq3qVOR6+
... 5ThDwHoMLjUvD9rBzjLUrlU5VkKynqgzinfWZmmlEZdc7QmiJsmrxM0j50zcqc+yqa3b+U+
... WBvwI6hlkUaicaD7r2LrC6CO7pgX8nXfwLQ8ksPXH7ilwYUnppFVl4w/
... nNGppEG2KtMlgNX5t1RqUvyoa6KiXXx39rOic8NIypNcLTAcGGXDHupKOhclxirtDfoGL6UYaZFoS8qz8QwY6
... PRYqnG9VQWDPkhNUVhBcAKvY1St9mMkxP+
... foEs3e3cDMqQyLoTKQkmTsFHUceZHmuAQqiAnjeg6rDx91mOeC8UhogoTkh9sEXhSmS67Zbnd5lvj+
... ysjWA9evXV9VGqZ3FcCQ3z0x1KFX/
... qwDN7W5G72T2FNQrxj2sSQLcOH8wPF5o80TgYW1rPcMvePZ3k3XfelyqnIG0jzvdsohU3jgn/cH/mZ7JHtsEz
... +ebSmynYqBv5khfQtxfFFuT3x4lbLd4N0+ZSz4BxBjaK5u+yKj8CfjBTQGQSRlmU+
... c8A2cXXd8xtD1ksQXKHNxeuZW8LVr2B6FwM04+
... RIyQ9VZSb5oLlwRAQRk68HjWo2yQIS3aMpvfbSGn5H2bFQ0AZsFE5T//cJVtbM36si9Oh165/
... KBzdboJIFZpHsuda1HXf6kqnkt/XJ8wDBzv8fPuEcfLsveCwIx22Ivj QCC3hT6zCfbtvUHq04hJC+pDBWNR/
... hHyqjVpa8tzYhJnkA7OeZG7jY7PRqHZ7f7UmZfL7wO6q0Z88o6BJV0aOS5+
... xBLWkR3CMDd93d6oN2kYEz0ViI2pCSdkpznj1eWgEp2D70Eb6xjRQsQC9tKnZxwqMcEMiBVSmqPyR73oN4t2H
... OTIWLegaHQrwMFw2Vqh7cPPum0aNCdzpJZnSpqiHMNjC2xPud5oxHfmDqMiGORmciBS0XkHclq9vGRcd0Ldv/
... vDcV0kZf9nKuBFUJobC/
... 9nj8wssF5VfRG1NEuzFWCxZ1BSCQhSL7VYS8ersBDsHd7qs7UNimlyps3CqaBYW4waDt34OUE+
... txo3xA3n4f7pMh+2kkwDOVrI3mRgSaTbsZYPfOvX4uwl+
... fUsH8fsmtHmaF20UlHtZnFyse6dr5s0wWY4z9Q0NlBw+C+G/Om+p5ihba1OJ4A7Uw8GhDH1XlCIBWvirU+
... dlV2uwnWHZI4JMTf7qZ7Ur56dLgYVhxccV2ts7jnglLRG5O7pH6K8dAddxOboxVa6FEOY9AyvARNE/
... oV39KzVxFK6bXX1RzN2NuGDSlrwJb5cT/BOARVoFXkOPLublcq2YUpKhqxEKTovlKwfLd+
... vtrCRvg6p7oTk9mgCykY3HcQZDygGOThU1zrVXggR/DP17f1JZ1kZbyTz/
... DvY1DfTkFdqJmCnurPewUlCOysR8hmimxrrMKDfVQd8Z5F5z16OihkojLmFLRe7cowyhkGzg+ZsEJ6Gzb0za/
... KtXzFVsRQilla/z2q1VB8V3oeOSqcPW9WCO/29twlIhf3PrvlPk5ZbherLYnk/0tfCKijRM0r3llQC1YLk9N+
... JNzCdLXLxQaN10ufNUn0bFuHTIcPHILe6Cpj90vQ6yEMFBgOTm5DIHnke+
... yR7S06nOCZ5BYNOiy9CWH4yOAsLNPvEtCBJIHbYUGDEojhbEW5LPVXAIYCM/p+
... C6rMAh34XC7TvoiF100s4IlIDZ6gUERaa209FQQU6VmnJSw00SlotdK2Syetb1iFlvRCuAxFoQz1RXMtDm
... /2YaeD2yga7Jo3wlqaHQscdKkkIFmCZOQ0B0W16/RGr8qAvvGmJnmVYS9BNwnMNcW5Ohm/
... 0w82FkrR6O0pKK2O4QO1onXW1HpZjxFL1iQ65LXmbfkyvwrdmIovN+rhb+KVey33CNihSgEvr/wPrEV6j05Fk
... /e8B+L8p/XC0h5HD8/uGTFX8/Kaz6cZsSFAnI/4Y3GtNApPF330WF2b9w9SPRuRvEGaY408kjeOo+
... 5KAILqPPLjfCNjReIAMxGTB3kCjKU7GuyQvhG/Susuz6CXSelEjDEOjKNX17ZmS9nsD2U+
... VHsHAbMb1xkTnvcVK8VcSJtQhnEMPBGpsLBuuFDRphILEMaUgP6HqNym1D7dFLFOPX71cBbzhb+
... 52d6vln2gZKskXT9rdbVN5+4QOYogbTkM8YeZTEQxou4UNJ+DaCWZURV+
... 8bCabHiD3iPh8qnP8WIMiuiVQl9omJQzmIDDm66EK/
... RkFcqItoallujU5Psqaaprie5bMNlsMAjpai1L8z3C0Iij29SkWT8l3dt2I6sqVeNEoeAHP94Fc+
... AVbnELUlI8Aom4gwapJdMp9ZVRKJpozHwgygQ1VZRztGaIM0eh7SgSdO0a9MHZRLEJh8n7MfyhlCpzthvCDh2
... 7CbuvSLNgov04WqEQMNpe79BuBi6y7N1LMiwjwhG/1vVdh7fGSYr8IDh/
... Oeq2x7BSxka5PJqy6mnQlQF4nIjMBP0qOrZpQtHR+
... ae4LhZN4cxbu2CEaFKy6BlQevBZmtjbelU4vaapCpGAIrRtjj7kH6sgKqjA1SsDVp581RurCz9aFz9lo3PIc7
... RQKd5zSunAGYh0xRcN8ZBknDHI5r7NCfZ4GPj3MSDodGATMbs1NHHtVJpYBOSZyfhcDOX/43oTOJZ/+
... aHimtLNATCvWBTgYjHXtSH+ktrFeNOVXFhTh0gTZOK/w2UNW3QbuD7AyFsLgdiCNt3jVuwCJIuirUkktBOIGV
... +AUhwKgFtHpFu2WQNGSbinufEoiYawgNlPmLUYHDkh4A7KPLwNQlJCAKvtQ5ruwku0LjT+JczhvhK+
... l9j3ngLjPAo7YyeioSo6we0IXVV7Iy+
... ac3zjJztNafegTn6zQrCIRc4M0mhS3ptSBiafCQBHEHZteAELS3tLfAwTyF9WV6Myfzl6h5ALnbEngClT7IPW

... iEyxuE7F5u2zN9XV5v1roda1I12F7Rapcoutb0uerbocv/
... 5uqAAxcNbCJQii6rmhX4PJCmse9KkKWiDIGeYF7Vj7RBh6cKc1gnr6Sc02ZqDj/
... RavHiep7MaRhCKbEu8AgM8gDM+ZoBeHvU9g57WfDEVOvVwKEsRr5eSzLEtZyLpF/
... jTOUikS0j25fRgwcsC3oJHXmei8r1tMeBOPunQ30YVO7GXhfZd2itiSSCoSD8IOiKXwjfwtGS0vxYFQpmKHfZ
... CM+aW3/
... IzDUCGWYdFaNVepX6HyR4MW5nvvxLIH1asoNPQmPIF24s87fVAmjC6CYq5yUld6zwtJicb1I9mLm7QCGPgK06
... QD+mx+5BT9zZdInB0VjeVqLXgRwiHyyj8umKJf80Am0RyZk33pQL13leirbjtHy+
... kSeM8Ol3n2gSgu60KCPKUptyPA8/gocq/
... Ol8csIMTehmLfIV4NVvsDA6TfLxaiVG16rcF4tNtJyAWSYewpbsuAvTrNw0rpgcG8tbqk2n9O0cFayWO+
... wqwQokjUL5gjIShxFueUybM4GXWZaU8qOYtVlIysrQgFwKfsybVnX8d2RiXH8pkAzaF+
... EUqng4vt1La9tcLfL46kdJF16hXPRVDjNcJdHpX+L5G9TojmSDAalZh4E8b/
... lJE8fvZUUz26NWdTx4lq3XqhwTxFADWMUaXo5OQXVuro53zhr+
... z4smfgqER1f6zid8dI0RPgF37h0GSOtiBsph+/dVTj4ub2Y/
... CdbkidhSMH8jB8VGUimhzoQYn4IkfPpYGKh5mKY0HnREzB+MzfICoPUY2WSOqE/eDfIcXKR7eZmmmS9PCtik+
... 7dwmAhL2mq8whKDjp76wCVuTxsUiq/
... xAmHH1zM755feiYkHfLggXQRgqSTJUtzA0dG9yQuk0YGZA48OOE7OawOW83oc2fk72SQl1SnG2BATFgnIHnh1
... SjNzdLqJLbemh0ckOy/jF3lOCkMqMkUlg2Df155/
... sVhoGvj608s0kf0U5SQPAMXj3IwzWuBivetsJOebzETNYH05E720JYRPk+G2G3w+
... VvFqpeGcsCRfUWuVG91xzfzAw9R5IdG72by5QitnSlTFWiirCyY91Y5HBIT4iaRqsX4kt1DSYYTGVQ+
... FHJk7gOTA/Snd00vqidPXNmN+F8R95U4O+m//
... MhDgTglPZKkGWDmT8ZHofKR2QUyWhI7f4JEGe6Hgb7JTSJtbkfKVnWTVru8fc6sIQ6IUUWxtFYItzfVoB/
... 0N7quZ/1F4fysiDwfNDGBUgh1RG45+CBkmDGBmueXXW7N8RtG4PnBIYtI/NVsv7kSOSP9e2sfCj8Iz83PA+
... NQfYYlGRKYMpjh3QKslfmtCP9unaZU4hLik7GFSJALHdBozMf/XRYLi3bvrPadS/
... Lu7nF4tVvVTSwgGcZdGtdB6HhhfapakL15RdhhWf7MDd528u5t85qhqWtb3u9qZpA1shm812IeANDJxzztSvc
... VbLOs6qRItLBdArdTPYZ49zSO4jm9pVNMknzZRHrTG86gTDkIP+H++v4/xcatRdH+Xw6H3vvP9D+
... doI34eJV0iu4tMeVSC1EKWGpTCw0fZzZYKfRi4RpP1NaqLUwJr+6qYmjW/
... i5MDa7qX4DxF5nPmjFqXfSrNsZ30519ULPg4r0rykPrVWj98998scJZrUy7HGX3cVrdLKBUGJWxQN+
... jWrfIgZ2UikBemTLBAewRpC80yOazTlnDGiVfUdCyBhNvC6f1lvyUCPjFPwA5QByugxNCr1iDi3LX+
... 21CSqyNA+2NBEzrq1UynX6gEJs+0OB5aZAuviHVaYuQ+jeZaHhEO5B1Ond5OwCfh72Uy96rZx+
... ZGSh4Rl2SfvuI8rdNeMI7GxdO7lB4ck6d0PfO37cSYfE/ZGFGWLkiuX7cX6d/
... GkjsrrLpK0Er01IawOTSv0M72u68pvh3sP9KJLiKMVww/GK9SBolGg5/hbsQSx+
... o500bR5u6THyK84knZOgM0dQWuTu5TdzrRCxaLdVK54WAhI0DC+RsVoelkAJypucEabx4jq5RCPiop5/
... 603YYfjICAyI5qwOJooxRkCqdxlwUh7/L8L9VwFK+yJPLo7VXiSrYibm3xTHQfRs62CZXgB41QHWWotizZy+
... BDqjIXjBP16H8hYkvECJbE8yvgYZsDMyxN1gqq4ntor5oAb7+iH1bH23TSmhyUwBAgVXWHVBPFDRa+nDS2+
... BJCrMahtOsUgwxNdXP56FWlbc6H4Tmo8eucjSkfzEGIXxBbMVSzFEnNqmlr3harRbHECX4lv+QRZKJP+
... 7esJ3MVuKeY4DM5ShJdYOMCE5EQhdlK6IufQDSgPokBhMMX9LIBMiE99I/A9HQ/
... pYExi0CVvhmtd6dmQsz2JMnMoej+LlVHyUJH7DTu3XwLtJqKKXBb+CN9eeahEsUDk112IYqa+Hgxq/
... FZURFFcTZrX3trCa5WD/Aur96A3NJxk6NlvchmkEiE9Gjyy+3b+x+T5UhX/trm2dpR+IyDFDocwYm7++
... tfqJwj2yiQFEsm/yd6P+jYjVJ+8Kz1NiDzRcaMlVLX+V/spytTIaX/
... upeVDsQ8g3girTymqHA2oxKLVJGVOrSCb75t9h59NXwQYEdhQ701a0hqi/
... SZlrPNXtVMLHhASXltNKQYdm5UOW/
... QoWdbyhAFiioleCKlhkkKAat9xtzfW0o9EyWZDXxECzqHbN3CRdgdHbWxZOHlskG6ZrRvtuIPfzy5AnC8KNWn
... ksdBzoz6n55NgkpUtR3F+G+dFcGbqqF3mKcIp13YcEXkOYwg3j9CeK8mdnpqMUu877w2A5/b0r9rOhrSMk+
... 2GT0DIMs/z41nQqv3fF3j/
... u3ExuNKiMBuLQvm4pQSAc4Ap1p8No3VmBUWgBUHdsoY3XjsBXHfCdLdbBjfljL6xgY7NWVg9lXknnHbnWuHpI
... Cq8JQVv9XgtPr2raF1KrHDsq+9VJpnrGGzInJhD80Y7/3oNqQXevvQKsrAhMpYo+ij+I6XEMFoDma44wmP/
... ZjtulvSwT7082JjUzNFFELp3rP7MeTjMe1TluijuL3LZ2GcpZVh9FRWaYxWpDdj7Y61alHoI5TVJhl12WP/
... wmdihginO3ENXUDF+gaaxbYxbpzPLyKcytH9YytXXoMq5x26XXJYqubnNn5HlX0Yl67Yygwlyqr6ItkmRJr/
... 9TC67fVsSnfwjI23q4kg+Ou00sazS/cFlwCgIwgNzBKQYG3d3kGU08v4XEoGB6jBfDKfvSmBIop/
... AsFnCWoaXIHd/bG/pKrY8h0R9/njpUzxppKdQsOnrdfmx11NpWokTyh068UEXY/
... BTKWH7qzF4fbF5Uedq0lGFwdlndapgRw3V98NtzIw15nihaSqOEtCpcbdrqT4t10Mri7qlwly+
... yEsgX8wk5wMShwsEf6F3oQfFwc7irqJ5ILUafHHDtZZeNjDKqaC+BkbuM0Z/k6nCt/
... vtvHMF72ZUkN21V2lfj3yIG+qxYB7VP6yGX6MMRAANyxD6ASwUojOEZp0p7Ex05Fp/
... ETf4tYEpyRZ3mrVKT5LaCFr25rMEDvXWlc1evhkVOhYUkz5s8K/2O1NeR5X/
... 0Tir1Sl3gMYzsjD52h9cSAT1GOrVY9sBZd7xUTpqw3UQHNdiuilnFQde0Q76ZCfOklIWVgbyhfpagpZL4qUSw
... NeYYf5r93k4AHh7ws1uglgbYraZMmGwM9kf16wA5Vf3jcubauuUmrye6FU7hquzUj8daObvmtqXXHkwekg1V5
... 8iCQNmyQvoa5VFThNVntyRQYmqDKpeJpu584Nj8iW32ipW8M2SKKpSD2QlDJneYSdRDOik/
... rhuPlCeCppXlcFsgwiW8HWKvylyF/0OywuP2iAvPE/
... l7dd4RusF33RIh3JjmtKjTTarR5aNFUjiyQMy24iUiKYLQHcg3+y98qSGPmvpJFGoiz4NbMb+
... iAVpDWwHySapDMEchBxZ0fFJlYVJamop+H701MXIY01pTznoPCk/
... WndgDUP4ansbWVEznZH9Tj0aNRU5Bc3AeqT5m9qiidXHmEgMRLFFej3zm3lVrB6dGSll6DDv7xZmK2BJdyWnz
... XtNyFK3FMZrid7N5ySgubldWm2NxuVKqzkPys+z9OW9j59y0KaOidCiSgmDN+
... NISKaFVOFZcgAKBxABlN9ZkyyMGlbesb5fhDFGg4nPP4jMaRIRLjul15wQtoZJLE/NzABZpqAUiTjD3Is+
... 5tF9i1QN3D9iXVnp+
... a2cilbkpQSKh1fmjd8F1epmURu2MbXlOa5Ul1i5sLdQmH6tImh3ctxbc1CWoOfDsRzc01++
... o7axWn3SMxRIp941fZrRdEklzNHn0fPmD/NHKcO5uFDeSZHE6ZxF8J7rUxP8vV80nJhB7K0a4Mp+
... 9ANOwOeEjaU88vj8uDgH93VrkYY3KN78VaeFUdy0fHoLkGBvoZlMED2nf+iM/92/
... Kj2juOrCMJdqvPb7v1s4UJYmkwDOjnkTkRSKKpPUIkRfsWrnv3ynii8lJl0xvCUnzuksfPrlXLQ2TNPEd9c44

34088…
j6dPod5KK1RzH3phTwExx6fq3J5mm9ejHkKBR1g7gyoQ2k0P3HLy2HmBri329H0wmJ1TuD2LA+
… VapMYonCKtFw7NQuuwwx8rXnV17gPsmFnS2Zp9Snvo3MopBJuqv1TnAEN19Kj1+7n+
… qf81J3YA3oEiZCpPanlDbL9FsLQTpqj7uysGFv4eHneAKHHo84KtFLwZXk8f+
… 7O3PnW9iUgJUbpPGTlX22RtCrM/rBC0H/DvXwVk7c5Jjc3m587FrRm9akl7w355Igwul7Thmq9M6tYjn/k/+
… a6OLI0PoEgl+1b5Ka5GwsPmmJ8jpnoJn8DaBzoiyRYOAvP6rcl6A+
… zTbul9d73AqECsrEQCQB626mlPsjHHLozhQuFi+yQejn/
… iOvuOkv1alOBiyzmWGepekYTGqhlQdWudWis9j0tKyH6TbBIIbthI+cZNf/H/gQxfkE8kt4wd3mEduNrq/
… jKiDoa8jRYf9wZKARwTeqfkOcLnylxJFqtI2XxI5TPi6phw+
… Gyw8u4onwHnSe0RGZ60zl1IPaNo56BgiqzAJoPweBjY9OcKi3c8BeTaqz5KWYkuiNxqYYwEtsNO1CQVTsDUee
… yXZm5YNWL9oMUqNv+9Y/k+YqDEayXyIQXG+EYVMUztQbSW3V7iwj9uIK2Yg/2Ec4+esgykWt/91tNYJY/
… FdnF2ynCJVe5KPC7tGBT/ZBYWgSJm/3qecVDlyS9uTq4SZ0U6faoGd4vl9NVWveH+X317HI1wIMBsu5l6gz+
… wgMgDtUlB7G/tB3ATgD1jBuIqelu2x6XVodNnuRrwdxfA0mQtSuPWC+k3zR/
… RNFvwQ34iixEBI3aXVODG9vjSmWydFq3kBocuH9fPihtU4ooklfxpTf2t/
… irzoPnUZY7ZF1mieXrdJPGoKfL3T+1lBGsGAFrVVIBezPRT4o7Nb2nhuWhPIfN1KWKY+
… os7SNc2y3NPPUU7jw2kiVZP0WmjTmvGYJMKgFlte7XPHJyJFJ4Osro/
… XYICHMOOq0UomoPuwfboLntpuBOtalLGIFRl09sIK/fJ/DLbkqALTFy8q07q1agcrFTMxCBmk/BWUsN+
… sUhZ6KiLKoG3bAlg+
… FRz9Bo4ZaGsPSszzO9xUEEWyU4m1XkSoapaRPB4cNUfK2CKiYLLm8nwm1ug2dZPpp2DiVTatg6dOqiMd0zT6r
… Y8cglBJV2Yq0o/
… qhm7ShNlh0SHJQ5xtNSgHP78aK7vf7pS7s5pG6wb9xGQ6PHxj3jyhdd1LhuqYbNK1fIuP5dNGhMGbpHM0NdQ5
… JgP7WEzmzUjpB9Uv0P4fFc/5Jouhxpcr2jnT2Lcq+odhyWLxzYjs9qxva/XCIaQ2bzBrzh+
… HIL4AAxlWjHwthPck69+uyXCg5l00kRvm+BKutdjKh0yVKbqdVD++6voMqY+
… eyx4en4d2IxFSg3FoGgcWxjWzVomElaDXEJhk5bpPhAHgzj4a1GkB1vgR7ePVmXnG04+
… Sxm3ex1D9oJvnYE841zAICjNJc4GBKygVtod835aHKPbw3oBI+66+eYJ3A1+
… OQLzwMpBlFURC9gWmGJloWllMUQwU5aQ9F3lUZcNROk2t0UoU9wI/3wKXXcWq+
… d8yaAoDGgm28pJAzgwQuJ6bM6IX66bYvlhWOMmQ9xITkDFX+mGzxo2lLlU+gwTrNIJUbtIu3lvd9F22NhLZ/
… hcFPx9VvMDub8aRA6XROEAJD/qntUy7jNrIBmQTpDwjtK+4f/
… AzHoCZedcMQS6l2MqBXkJsLRUcbg17BNo873kYiFNMbOAwOCMFNVXn3XCqURwbG2K3M6TMbrC/
… F3u55JKgXX9ko5B//ZcuvadVDVsrlOlp3vFAI/nrrkGlTltdKm7hUag2O6Iwbt+
… fv36VRBQFWhmznuZ72Rtj5yWfL7n1GyRjhaUGq8vG6+6FuS+vZ26nK/fww6AIXfyYaC7mzSUNs/
… 16HcyDrbPFT6xbR8QmtQ3NxW83bZnrJ+dU4B/WFWWpjpYfuk/OOsvYpHZFrUTqV3e/
… D4FodMh0lWmns5NYWNxyg0EEp1uCn0nnqvggRlWn+7X4TzlWimMKBaG4R3HSyCB5+y5Fe4GiLC/
… 9CpR8RpgRPN6alJvp8S7nulGMFNRBzdhIsoPZrl64Le6SKNiX7+
… SxBPwAzcHGghF2uxRBbdK7EkDQTdWvaC7faLHr75FdwpH//Q0hX5cXmLqJAgDPwX51nxjEN4CHbWdIlVGpMT/
… m5qlcaDBDOJXT2GnwfSNBrefYOM9Jv4l+s9WTOkSoy+KFsdpw8Zj2rntk3+
… y7N68aSgtqt6aktNWCcjaWMClYcM/xNDwcr+u+DsDTEC60Kee24UbrtLfAvx9lsBWrEAvlJhglhLlysiZ/
… g88pCQhjhuhLoxKeSwcJGMM9DURRBPywOZJ0XZJ/pMgneEI61O9Q+br7GIgUFH8GRFIFn8iAZrA2d7GFpx/
… wu69LRsnT/OXyFOPyZWR8++Tl+B7UmRC9CR2FqvGlHrKu/TjFMf2U/
… Ed7VeSi21JXE8yAh0sFcM8jteblIroTOtXQnW3SI4PoPFjB/pRDzDXtw05qzjSd1u7gCoT7pN+
… prNd5iB8tFux9J2BEMojfma/EH+U2PJsZTuEjL+pWMN3I9jtASPLcLz1k0ikC3p4/
… Uih055X3w5exz0n37xX9RLb0DQb4yRdhkAL42lcH6SKdqoyW/x/YZZnAs9eItSdMWOvXEzWSqjycLbC6EIU+
… oVhkusudEet7vILM4tJdmp9SBBsbqO3C3Xkf8Mj9c6dmhENe3zy2a+
… vRnwv018l8Elqz83aNPAd87DDjHSwfVdVuX4WFRQFBthNgVvYRlCubqZu75qxf4eN95V/
… tUpNwLwU0SJQAQ11qNMIpnCb8SaygDgAuRHE1iRLkL0iCQhpRyCFADtwdg4i3s8VH7JtSFRroNMpna7/
… 591YkxvL2viNmlxt+Ijrg7OzGCjJWyn/+nOSdicsHiGF28JSzAKHcNjAQPber04DF+h+kpoInKKVSDO7Ie7f/
… 7nm+M8qI+T5lq6sTtYBR/aRluatJA8X59P8YEwwyNmqM8OXy+teAVeO/
… xduoiD3SqUb8OgLRDszbqm8tEvAx4XYkxO1RGsR/l9NEmWYMYfmHVauodCWL/Tk2G7OkBouCHbMQ/
… bmU7HI3s9Y9MKI8Y4SLswMd+YM+qp/+1v/zXwYK9WU2NLaY5+
… ckHNceLTdlEXihEwZbcb1Bwz1ll0HfKNx21t0Yov0twFfiFvie7rvRwJhG1MrQyHZv4Gxthar4Lcg+
… ILM2ImLgAJU/lwF+h+IzhK2X2hzzzAA992yrQSG2F6Iui72UJLpqytJi8dgV+0qgvS+Klah6rw+
… OXvtXEqx7kaC1lBu1aNdmh/R4il2gF2QDaLFyR0r4M1Gsag/RfBaR88Y6VAtNrtAD/umMvY4FMcUeqc/
… BS04xegwvnV0nfFglgf3ZefYdF99RWieCjvmQT6HoyrILBxwTIx++
… AuvGbidCZ5grbaIHkKOaZnojUeR8x4pnX0pgeBlhpSMtMDNI4RjwCDMXyFAaw6TLu9trBpmGDLi/
… PO6y8PSNlrmE+ulIAc+VXhdBbDPm8S5R02zO8wfeq4kxaPFURLMIjN6y6kEEUOaGn/AHDo/
… 4R41lrVNjTcMP9df18PGIY9Zigby73tYWRTLq8FyNHeI2usJ6JkQ9tbVKokyuw6xoi7m/
… WiI2wTxoncwJJCxuaIQM+/8WUXun12lfh8PVCIz9A9D8vt6Lg1ol3mzxlapxbloncx68MD+ef+
… VGKvuoUBCydWiZXQFvBNLaUm/
… R2K1UJo7QLeFpQqxgiTIVbUqJxIraBzDjpKpGLjgPNse5eBNyMQPc1MfQNYVtyTVA232aer4XWBlJdWBd9GiG
… vUHy9+UPKaHZjr0Yvi9Lbi3HtgocZMfMC3KkpbzfIeTAcHsk69J92MiJX2An3KNdS26TegX9BTDhOg1/
… NckOIwDoGjqa8YQfr+6POwFENlBOR/
… theTPWGe77AV7VaPC2MEKEaSfptqUjB9xfPIpdBNXS2u34PqpoFW5EYQs1qZrol4fEJD4phRgYmi2ECBnsRji
… 1P5+jLEZgSWb3yYTBD5MrQFlSJWQwt/ItynuQdaBiYbHmiirFH4vtODvKcEomFWDFPixoTFAxq+74nII/
… FZ2fphoO1I9MBjwuMUJXqvVFBL/
… cdclnco5AIqSullD49y2LSCsp0NolkNYUKfB6UPek37txukgWhgSO0SI0QcS3sgzz7UzfQCr1WNZe1O1D2KnE
… lwLaidxpU3m2/pBjHuiRfYn97Eq1ZVtOFIZ7p9sSdWCMbG0cSDB4H+
… iMlRX3cktZxTrStTHUCOezrFN46qZ9cofy5vZAPHICk8J2j65n9T1KjgNLGPtfB/
… e2YGFGyKCykNJPofzhtlFG26kyhMmmHmuEioIpg6fv02fq6EWUAonoDMYQJv2Am9KoyD/
… r850uwemeThrWmUE9r1cFD2QHO/YMhKqtYcq2rhBdW+ndGLWKC5VlWB1+F2f+HmpITULglsdSP8TQj/

... KtloKtSe2utUmoyuu1rm8tmn8PRx1PXFuHurGwPw/uBun/eKM7P2g+
... cgEhR5jHhBbssvgqwUjPNRbGRL0TgPf80708Rymt/3ZwRRWGN9746jiwPpG4mNgbyeKM/dGJn/mn+
... 2hm6852YwRRqT4mxiB3BBTlK81XZFBJZP7+dOWYW2Dg2mxxqUc30Y5btfVoxxgqV5U7SSd4dgtPVTiTkk9ZV/
... 6ma0DW0Xls93vztnn2D8DqK1GKkcmaViOjl2Yg+2wI3YklJWy1qINXKeL4Tni1/
... BwxXQtAHK2uwXj67fmCktSicocFjC9rQSbkTK6apLCHhpAop8onyuzBGvvPEmDS2cbzaPkGTppowsimaFdQso
... rCYE/gYnE5tYHi2N6I9jPNWueoBx6VeQL0vYE4NGMxp7+r+
... HOXfGcxQqeAtS0oxT57di8E17wfxDXgTytAXu3MeK8hBzLfFGDfq9UtWByCsN6cgDysmWJrj4qxYP991aT0X+
... 9pEjhxTOj5fZ2VzCWW5eU9Y3tvchlwhYCkeF/OnS/qiuAxpKsVtRnDKhcOOyLURRkeCJuMQPMU4D0uuq8V+4/
... c3sdDVHX/Q4Dksm6Z2akR3V8/lwacohEEpcdrvDXjY8fQT8bv+FGQz/akMM/
... HppwujOjaSCLzwVoamjuiot93Gb0OAUuzFUG2GZ8yeY7yWL4Pit6kuyPaPvolOhA5GAI9DOKQ4MI7dLTM4CWG
... YJ6Lun8ZxAk0ehpvlm0N32lqdJXzYM4FSzH/7XgVcnV58zPqXAyj0Olv36fi4BYjZ+
... zkPNGUtBNIEvAMY2EN5jaZ/
... VUTscZUoSK5HA5fOx1EDB5WEvTIpxRwF5fz3gZwC3NXQDTyNqlUyDxs8UG5gv8RO9Mdb8fRHO8MadJQe0L68U
... AnVRoHyZge/ij7pc+iAJIqG91M0U2wdX+Rhalqst9QQz6ao80oCh//tQPzDCaEfmXabp4AomgGxQEgGJo5x2+
... fgqIRFKvxVh3ith6b3+GsodZwRaI2ePVPfOHJgrZRr5UK6ZEhnwNfj+
... vSzELqutcP3I1KwoL31TFCgN7v80TYG06VpGOT7FEof/JLakTlqPBtcQVwWTYhcxVNTxoDAwVa0GggBDw3a/+
... VIhW60m58YBJ9p1Mc6j3lRkfE7rLQYCERh7l1ZdBJ/4wPgeW+
... BhDeKuQ9O7NgvA9cTwczwvUMBeMNVZAtE1gUMifJ7uGrq0PvjcUPNM6XnYo6588+
... 31XOS0GoYdqZoLhC1gZc1a3Qc4jipKcNzWlfggTnu8pciWNWv1jDIVKu1HIGxCuKsFRNKEyI/
... NKJdLp3Zb6pTZDLL0MtJcNPq8TCzblhveltrEP9SGG0w26MRW233NuUvZXJH93HhAdp5TX4Ir9vNzmKWVIWwF
... ZTY0prGddfX9Fweou3uzt0zVX1q+Lrq9suNVt6jDi1ptY51q//j+y9dAK6c+a56BmywbAE/
... llJWjAbeTQ9XiGYe4p4qbj1y9iBePLMjhJcxUIy29N5C9S9AbWwYr8zKEIE9NUrNrBUlk04EIXZM1wJJDxZff
... JKEtrVjez4AXqwHzMtsI1J0EraEvMIQ9jXXE4+fGFZRlooOtUh2ulqpVdsiFhjoPk+
... Xe6RQFyi9awPU6SaAuXemYed4VA2YRarTFlzoJSsatJ8d61QDAVHR/vac8HgXK6kCwmPP+
... OkPb0BIGlyDFsMYHuRZGby+hko6ax7oNgxgbnAOuv5TtiHd+
... uc1tygF542liuvaH1gljoH4WHT5TSTdRZ51DOmcp6T8Hu8PI06MWZqGFd9UCp6cJO/BYDPR+
... 7h29AJFTK4XoSdnWPlrVAbk4IUIei6nJwuY384fiKieqFUIOr6O1R5QzaXt3+Dt0Mp0/
... T6aSbDYJFT8iGTwmqP3hchRJolEmUBDfRaGgBVa6HBRtxK+
... a6lJod55Opogdtap7UKW2AfOCmWX8MkyyIVNNvjeslDDFrwmYIvmjL/
... 4GATXh3OpRVPWaExrsRm1PJWfRUtYOhapZRs27CJciGdSMrlR44VcrUF7Ns3Bh9y1SxsHpgndkNVmCs5EreF4
... /jjQX+MEqr01qE+x4nK6KlPf5+b67Bkyj1+
... rrOJ2fsSZsWr3shcmGbBX3tD7YSvHTt6iSCBwJhQClFn0wGQOBhSeW9OiOUNioJ0uCGwBsIQ/
... SPQMbVFmrDGulzSedJut9EpXDw9msey0gj8vn+
... CWkN3R1bwtMBJr2U8oQRbj6Eb6uSRaQhF4NhJmjaTzJmy0FeYdn7C/R8+htOaKDe+
... alNxyNULtCMJzvv41mpAtken9HSyErxSBM6i/OC9U36zPcnhY+rpBYMi/
... X0UCUbTBHYyW0h12q40EqHI7XIWzwh3hczZe6HJaOsv9NhF6eDqWwdKVDbvs7fGCV1aaYWmb5BFBhtz+
... TRY8mwd6xSqodMYRlJ2Niy34c3P0FQyeYtOkQHOjlkSscV+
... 4nIvTHkBusa0Vc3bYUHHffpjsYu1Kyua4MBPxf7z5qd2hrGDBWSm3g26VH8lE9WWMVvoK4w6HiMeCzd6GZcT8
... 768FPfqkDivYK9wP9dbezrBxWEhLGoLKuuAt1keTPbK7A4wJIcKd+
... YQmSg7QqYuXRvR9Q7tKpK1oeQSWfJ9RkDdXWucDmo60ffRe84eUVdqjJVKPBOeuKlD1lXr4X75W8N9/
... ggzniRSfjBXdhPmunJPWt21e2PNMwPUZ+ayWxkCaBZon1JBy1QsfRzq/
... zsDvrMGhZ4nYn495SY1BA0Yu8XpbcacVTyyN+s2n1kePtO428D4AccJ2824h/rlEgv/
... LXukoxkzHoXJX4t4aMapCeeDa6iZfqk7D1NLX40Vj3yR7iYwGYawu5/OIW/iZ3MezkCC+qennNXb+G/
... YPIoPybCqOQ5HDgWH9NjOUVUlNvfQqAhN89LTyNBN4uhpkn2H0KSeElnCJ4HOx6+
... qTaffeWlt6qKEGQnXb2h64hOCV9GDZjPUi0+HT2eytEomM5GVM9BX8iGhSs14WxbhMhxqrXV+
... RL6pgGKJl7Ht9FWI6LxQB8pdsVhMYlZWt+ub0SY38hTrtfYTUKTTXj5wv+YFyllvVaMxm2VIDQ2+
... No9fxfjPbkSLTxabZj+K97s/fBvuJxtdShVn3mYtWg109xmq9Uu20aQTNuOas0S/
... M2F4fpA8PvMYjIbAbfHj3cszPwdjRdkykybZ9nOKY8wcC4+
... xyQRo2T74r3FD4sCheb1wuD8SQHjpMzymenuqxrVe0dJr3XkXb5xvUEfk7Erf1EzAyv/EyS0f1x+
... 0tHtx3neacXFB3DzBmvVfcrXALIt4jisXgFQZZdZdap7CAze7jSLck0x/
... sXP8Tka1872QD9GbDLIsGiSwiuGusNc+VIB/kRoIojEPuAmpakAloITS2AasbPOzetouJHn4JeKXiobjD3+
... nBCA2CSf1KJcHyF5ctRCKCC/CpLdZOu7US1cqd82BHGCgSd3/AX9O4QaF3+++JFXN7SKl9e0KD0v3isfXF++
... 14WyovOMQ+eJdLJhTuNgtP6qtROI+xjIJws/
... Ko1hV1Nopn0szNtCwnyYxqQwJ3rc9q7f0VSzdeCUQLH9Hb3MhKQD1yatuxjPyo5DGtWXhcS4JzRbYPnJuZDGS
... k0VuBOWmo/vQLRD+89mCiKqK8SqTJxVriyH/
... UbUlyC6Zc3tpnoKPNHTDAv6y4gr7k9iXWckOXhfKMuA11mvI0YRjGSDYCDWrz6JBUk2BAlQzuUG1X6uuWmpan
... 2MY+l6SB64IXqOO5ka7tPWPCcpkkRshFQW4XoPyyALpAdfgknDRDbowZwmE/
... Rr9nR5GHX1e3SSDc5DCjirOTd24puTXZK/
... Sr8Mcozuh0YN6k9AlWzB2dEeNCy6mDUTjlHY8b5OUO2v7II4JmlTVOHX9uuVSPanNM5VwpvJwhdUkrpYdcBaw
... 8zu/L1rc4B8yR+xMmcCRtuPo9gb+7MxW6boq6g4nOoy6PM9XjZDUr/
... l7WLwtjGZxGi6nyAkHF9J9vW2OgcNZ2eAD4vU+uiudoCWpynKTZCFZ8Lb1o0c55L/sqHawck9x6KRe+
... 6yk6xZ04YMFAT8EHlErysgfJL1IkTaQ+3h5JxEx0JanRML25F5/
... esAI9oinM9slf2mHZnL14aFynWH7EM7VG41Yg6NeZ7iQ4z0D8g62A98UrWnJpgo3SWCXxFaQzkLpK2SCpWIFJ
... bMBw8P7hMAzTa4sC0tcpAoFfQsH5piMsr5culflFUehZOd4nyU2GVTbbNnshim84yUki0kA5E5RoBB6NNzkQs
... QWiWEeD7p9URbnu7bAwT8TpWK63UIJbzR+q/
... 2b6sOWskcmXryaviUkQjrMkF0sOubRedMDrYkehIY5AxgKUmrXwGiNV0clepCkrKG3DL7Dt65Q/
... rykGktDqqSQj9cE59ytLVDZLe+vzoXgzUyNZeyUmS/
... GmguXi0i76beSchfnyezvVcWQJMqhRdBVxTNHlc756rrHgOKskjP/i+

34088...  0jWbvdsg9a8E7yIAm9vb5rHc8cO2s0b0l67yPaWod2Qe9SN10BrH9a3ZWKrNd0TC6LWtSvdQwjCGPb74Y/
...  5JOnJ9JJ3N0Sn8nEv9anId/t+IimTK7FKe7L7KEnQx+
...  vSbqkW0Neuh72D43L6BYZfzdRuF4DTjW0vHkQnfg3nCIjqz0Jz4VQL2fp2yvLau4dBOfbxdJcXcnT1BoDgvW3
...  HM3z3tcpsjuHfeFuzVHzmdcTUZxWwvVLrve4nG8IlLXSWooymq9+
...  H2cco8cuTIJZDO3fL35c2kmTreE1Fp7QCMWpIpRf6s/
...  zzcjyQjADjsRtuv16vyXrSh6hYfxC90Lr1fBAAKBNxxEdooXmb2wq1WD8nj+FR2+
...  2BRfWIzzeEfxMyZoyCIhbexGFDbrrpxF1/y+Qi/XBe6/
...  WtGxG20QaHiWU2eU0fn5Huxi1A1B4H7WB1OJLMnBhX5W2OTSWn7n5g/GpZ86f45B9snL6pz/
...  0tCG1XMDo7pNz6HE5Zct6W8qrGGzz8k21841d4VZX3saLS0LB20n6zV+
...  ugAJq39dBfFdX3lcLoc0nI9QYdwpo7vjlCZ1zWClliMj5SUC0bfdy8+NgFz01C4sGOgpI5Ly9bq8UzPU/
...  z6xITKFBzy2Z6N15SAOnqWY3dDPiK1RUMj3XA7NSKYTwFau9p0KhArFm5t/
...  I6JukBPYsNLuRgHrWbWrSQyH8cVqKOyN58wcnFYbreF/
...  hzBYRz2wzmT6VJmYIKCCVC94CNg7MUULNiecliXY0R5AQsPBOgtB+QGp2D9dHiw6FfBp5wpn9tjk9nJ6+/
...  hxiTd/rET1x66FV5bKKDFS4BJWkW0K9tmY11BtityaYSqGCrWnBFqFYAbEC+E2ux3EEJQppqi++han5+
...  SFMmTB57xluLE2y158KyLrg7b87BfHPQtUI8z7PgGR9H7AcCE9eHKOpSyIIdF5WJlbIJIaFmt+ktpFGz/
...  EUHu0HxRkeTg4qJotskIyPTcE8dUguLryLNC93YrB++b4e8+
...  ND2dVsha8WHHRZe13ONP4kna76VsoiJi4oLbM4N+
...  CTFFdeU8NbVGzv3bc9a0BRZqdDifcQcnorhgQHy7DF6Fwj1OoMELAxCPE6GqBvjZ8YBZyfIQE7FZfU7d0YBbV
...  RArbot6SumPd3VM1U1M1e4ecVbwjJVolor8AWcm59W9hQzMDKyt0A17v0D8jgk15idaTNAK0T07Fpe2cG7jFk
...  b0MGkodfBrrUhtWuXFhQIQpYQmiH+K/zucNC1R5Iw4ydsSa9JcGHZELDKJrv5/0b4aryzihcMy/Q56L/
...  FlyyE6RrMH0xoIuU39ayFjijKhj+9E56/LTNOiOx5lGx9EFRhUVGdZpZls3s3bgO6aIZKLB5q7HTfRe/
...  hqcYJ8lOOTNvDRTKbOlkybdkGnrW5sTMdmMrodALqg/
...  9iIZtLGzSsms1O5MsKmR08yqC242TMGa96pexDvVDK53uhR0olTBvBgBTM0jsxJc8Gj66pBbySi8BMdQfArKp
...  chNIMVMwELofpkKzPsndjzENRs8pSufp4+RFpXk385gLJhjVMwbWnd/qT00+
...  xs3dwUTMej2sk1oOHxuTzcbUwqB2UpL9jCtJYVyOQPhtfU1jCmuzksSr+
...  gz5syCh8Q1G3eg3Z1HzQzmUpgdzNtnsGQVnTOlotqP1cmSve+
...  JHTq9m30DX6IxQ82y76kSmdGwMYjRxAc9P9jgsXBPH7BEfTpyShI1SUf7smEwB26jl2Rytt83EbFLZHVRyQpd
...  YBZIrtksNLg/gwu7fTuk8+Bb3GKYszYvF7QzLxkCf7IOKL6tXOYfxU0AH9e++ALUtCwx/
...  7cSoydV6AGjt3wrpAtPgjsAIKFTAsDwit48VoDtDzSzey+f1wsJXgV9EcllNja/
...  54eG0ifdIhy39iNHgc7urfC503/rHbB/orsb81n24zS0EsLXLHpHakezWX/
...  846uKNRyILYOR5Cu15tNXXpQgSYJ9Ww5+
...  hX14RFjqPhXnj06MOzEYTY5MfpFsfH52D9dfJBxkTcm4yWcD5TGuJfY3oP+
...  ax9v0S55O94qkxGERRjRbpRn5dZWzKvTXsp5YQOIZITs6VreWJF+
...  ZfWPrqcUBz9H5tBq05rZThGDW158jVFGRxA2FcMKVHKcSejhT9f+
...  fTXbWzYBse9Qzq1mFuE2IMuCmgyiZJUsZH2jdQjFk78oPJjFdjmeHa+
...  QBz0mqzK8NE96g9v5p4eamJOPNcWaaz142eF95RKVPAnlj0mIQrc37sunGf7RrGlvRPJeg1Y7Ix+
...  wMAC3OANVh23FFe9Ry897KatZ0Cw48kaA8UjvB+oJhcGadI1TkB++0mEKctx8RtS2f14Z/
...  4XT7SRNOF1kindXimYNjxe1EAEHVjlIuH3HguJQdOEKAw5TyXHZpgwCQdxX4Vq3CvVA/MEAfP0v69C9tgbZjl
...  +miWECSFODsTnA+66m9y4Bzb0+EjSKM3is3gB7xNGqPh+NPozHts2LibTDXFzzGBpkxlbY9sd3+2C44/
...  ov8sIhKdaGuRtY21VIRtforNerJC1sHakQaMD7Z3BnPfqLOEOLI2UaurpkxgUl1DRxz5x/XoUuq6XWpMc+/
...  kDiw/rVyXbOwGInfGqnoHIwUxAuM7/Lxw1zdzKAWRsy8OeNGWoShL70AaG52C4FSLN/nwGh9zmf9ZEuaJ0bue
...  +DzpD2SEh14NH/CurY5FI73UPx2PfZpKDeGE2dxs5c6wa7N5GujS/
...  pWsdYRpPuYbyvsAwKV1RZcwk1WKRsofIhBC1c1N4BcJH+kJjpGSp/
...  qc7B3SL1qGptmKnkijTwUiMiZUPtGl18LoqGWfC20q8qkc7ZBtTXPxH8PqqGzNUEMx2EvH9/jHW+
...  q1AsDuN2DibuK5P0ABYMFS/TUxrr/
...  yDeF7unmQ8wQTFk7Uym9c5kt3Iai6TLbPPPkJbtDUAMCylqmhJKEwaDvAb4yyl4Uo5iJW5ChxABDpH4ORh531
...  Q4b9MIwaeh0a1dQYfQH7wQaHeY7Hi4S41HJ9+
...  RRmgZu87K5Bo2FFrvHDUzj9qCrz16By68CFeQVWUiWazdDGeFT9VfEEitF8+
...  rd3mTKDvM134JAcahwmXYrSDFtgUeqEuIX5WmUDjLEtPsaXPFuiJwSvIeZQ8h2HWUYmwCnlncDnCCIXyhpABH
...  JYVw0yX/nb751JeGgrayCgvoWH8ovD3i9+7E48ZxnRmg6zvIEr5f9+qwbTJ2ke0GbKduOXBMI5fLNdSTh+
...  pBLI15Dqc2nyo14FDeihyewJuJryT2f3H1vsgGgDmoCOn3qfUgh+1UoMOqudIzrzjwY25fobzSlA76mfFhmiD
...  +Wa+rxnXBTSOAo0tjjkAitm25GVuFQVLPZpHh9bqBTycHFE6KQNh99DHWdc2SvPdyucq/
...  GnRp8m9cN9e8oc0GMO69YB1PxiZnuVxN8SfYRayIvGpx7Zxo4iKaQrMhUYukbASO1NmFNYoOH9a8dDHeBkB+
...  1YHLQ4bntA/tiSbNHHfNPH0twlTC8BavhhBQheKxfQOsH+RXxcLUvmogrd73nfV0yGh6RHgdOmGb/
...  pjHwKHTk54jTj1KiQfW6geWugmQwAsnkh2e1caDK+3AwTpgFf1U0GCahDA6qD/
...  inQcXOBmHVOkdPWLp8bacy7q5mO2MokCYjcXcCLmTFIf0C7PAzNdiIDnmxMoPuna93EeqLVEMD+
...  7FTQSYwyTz16EeJxhbQKCgTqJXr2d6dbNtn5QjPxeY/9DvYEnVqdEB7EpZ/
...  ARrARqkXYXSpZE9NFEEFcZLKp9YJDiR15+Vw6GeBHHMMdFLvpKIGqz5OFGguFmYQTMKGyLpDgubao/
...  36bIKPH21PytzLnLyux3sxDxsCUE1jsYfgq0Yx8IxHySVKAYriLO0WfObAlxV2D0CfT4rmVaNqiqtdWrI5/
...  5YCyjTv4H1S3tfNOgckbrqiTwom4W6o6GLQmQ/1YImNEI1/W4wZD90VbfL6KaNuHqrB+
...  AqAqPQS9kBn8kAwElV9mvm1ATS8TiqqGPR10K5x3wmWq+
...  p6fFDJOjC8hjxDJAa2ksTZ8m1dJY9ykN1EbULUz1X60+OwV3NKHoiZqpxbAymGSlcgsIS1fe+
...  nSPssDdMvwSDl9TWRd7yXLRAhGwBP+11bY38eSw1P/2eEQi99fzroElbh1Q2hiVVkP9X5ftVr56TTsaCP+
...  gEd4U8knxNUEHGCRrwHroq5X7BC05RF5aak8Ah5bG4qi89Ms/b0CGX1Xunmm5nu9XazdVCF/MBqqUtLxw7ob+
...  iZBWdXXdYg0qJz15EKbS8e6gdFhhoaciGxwv87keEOY5On87b7KxVMqgqqLol3EXmKIAW7yjSQWGLryj9NRx1
...  qDVN6AVfOBeFk4KA8d112Ox9NRE6PfJiKkcGLmTFIf7x6AiV3p3B4N5jFzMTKUJbI/
...  rzza2xRdu9XYmuV2DAjw1O4cdoi1qCW/FXO0A8WEnIzC/7ykpC0/
...  6jhM7OoeS0wSKjtw7sXOUkurQy5fSbTJY8Qi8JrooLwJkZD2HEX7SHWLijzjFZV7NXrh7bjAgdF8c3e1H6YOW

34088... U90nBbEPUBnYWMbDgrmmxDKN2c1NkTSsBMFKpHvWfMBLKcDMKpFcQ8BnFkWgJyx+
... i7QfeBcKWiygJx4aHu3wCy5UvDgzRuKu9bzo0Wxjgyl3LLJtNgZZgUN1URB3Djwlzqlwu/ZGaypUp7R/
... JtF0iMtt2sQCCSOlMXYLTUBx/ZXVe4jH8/
... fU1Y1nLK3R6Pb2tIKJqOZfB6Y0IP5WOPcQvm8YnVloIDWXPn2LuXKh7e32GyKMPPrr+YN/
... c7aAMGJLtwt5VpVoSDshvTmMu2gjrhlx0aCxbxfhQfGpsMY6THgTjJy9cHGLcQBH0cBDrwAvv/
... 6LaPQebMgvdFi74/IA0UsAIWIg9smBiBcUw2i5tVtZpPT4+
... SUBATHirOYqQVf3KNJN653zIfChch7MdqRVf391TiPtpGIKpxNWOIMJuBSYvLmexmZs9DPs+f91j+bq/+
... lOse80LmFKe0s/S4w9Tq7cBnCsi3yRXJdiILi16AUav8lCVm9XUBWIVNyEM/
... 3Q8BsU3xvY0TxcfZ2TK3sUP0uK7JgRtntTVK0ih3zv/7F65YXzeun9R7MBm5kIrAfsL86OREKt/
... JwO8s2rRosscr2UzLsDhEREaEY175StgqQUIXcIrvoIm8fNiP+uVaVJah/ioFo8fw+
... F6VKLqmuNcMjXDzJvUrVbuOCZC14lgc16yNUB9Im18aFI//I0UJdhOD4UlLD18h0bF8n33HN9Ge4Uw04rh+
... rliXEu38f8uxKHitgHb3CwXjwrhM/
... 4yB67rMScouOJcam1xajlafpCPvgtE2ykh3IrAgAKD4tNDOyYPy4qqjAmDdugK3nY+adK0l1sx/0wN3eyLaWz
... /nQsyApjmKLcyb5gWEGTUIKZ+5W+x4mhbyt1NHK/EzK0vZFXW+jEYr/
... xtaYLg4H4u58Xjj7HvsSFNXJ0fkkLOWciMywg4rs1HpNunzGUMVSVCxyFy2FVtoZbDMv9DqjpSOiZZZETUhS/
... L5VNchkchnB/
... 1ek6AphQPyuYsxd7uHaIQnQt3khRgZKTluuGwDJdrNL9uy0EOMQNm5j8RbC91ZKHO4Xsy0SgTlkyiIdZwRmTC
... eni2y37Rb+t7+
... TwasIIdAnt6Z5akdvcoqqLWOartoIh12GEhry3GD3xZKBpYDtYkska9Wtw1owlTWBm1RnzwLR487scSKxurqj
... pe9GuwBOjlseAnI+gbHHt8Zb/dhGKwchElPd/vDyiS55DGruero1ubKSy3pNdJr1I6iwB0//
... xtifGPvtHVfrnktRHfTt9Abr5B5T7CKhQ0j0V+
... LpcvkY15mmjebQHQPLN0YTc8Bit06t4mChpKrrvlkvcPt3AaioQ/fQt1AldLLnAmeONj1FShd+
... UkuEdl5sA6mPQF/GcyIabCHEbvXHJZy4eMzygDcOobmpBYBsTY631qhb3Jr67OZREfWUU6sECm6bv/
... voEm7LglzDFkwzoXlWsZXsm9M6Ry1C3irgDZsF0YJqnp9EzmQOWFYrFiUf8GL3rDiuywtBlJ1LAi1rvK0zN1g
... eZc5NujAyfVHrMZWSpFnHt0rk1foS8uKSY1/VDDLKXgBIwSMkuH+
... xebTnzlQbQgRN0GdakwBtEwXQOn9Zcm9wPFJHaBD3z7vBy7rPUV4sSpAneoJqwRpLoCDWKG9GeJI6dAbDOGkd
... uAuVeOoOd27NcpKaZ3XW4sDmUqtqhFKg7tXnKhcIg7D1AFcdB284ZTlV1Skul9cjN/WJUpM8vo+VCf+
... uagrUbqFRR3b9JrSXrz9hrOXE7kL+
... 7R8oNXTyJHdPD81p5Um1hWX6gZrZMigzQyQS6FmQF21D0VvqaK3NcZHjNxA/SdC7vKpamMBVb/JKj+
... POVLAe3jHvCDGVbnNCLICiJTvy1rph/jbiPN7UXtEi8Dpmt4zcv5ap+
... 495ULNP6XBiPqDKnVKZ6MLcJ6Otyv79AgLVhMYTj2AOEcojsYZerPkOXpOCex2EVbDxW5A9WxNQuWNb2/4Z/
... 7AoUI3hMGGxUUxiuL0dU8xm6fGpEyfTsBh/
... oUNGfGKItsGAXbZlORAYFhftsUzDM91FMvFOr14JWF4Q3FlPR80giIO0KgNvj5karLbN/+
... R0rf7CjtbWCPLXN9KpAz/E+sCT7XbXuADU+
... ytampH54q51KVXn3HbDGAGhb3yoM7TZHYNwbzvjzznSZQRwwmUz1ikWQSFyXuhW8z1yMQbJmweXh/f8V3/
... ApXoc7g4D2021iU/zE2Xq1D5NvOIadWHyAQg7NkvOo60WtjvEC3ZD+Px2zdgNXXfq+
... VAhCqHR2eTe5gDtZyLLF9UM1mtrsPmG3vvvIK3TG6oNllLLiRR1FwT9si0zZH+
... UBimmDN99E80jeKzSr1j6KdWdWJ6rs18+IKH3r+6VorfN5xCYvhVDNQLsmFpKz+/Yx7Cfg7mk3Q/
... T8AliwflzcJv3T/XlE/jZii+BdOq304WFWxlDXPH2a3f5KAsNpsr1TcW6tUMCmQ0+f/
... x7g4XZwVh7c4vi7yTGkER88Rg5NXXrp2GTvdKSfImxyPdA93UgMRhFn7JAH5jOe5ZdLcWI/qMrdELyX87gNda
... /kRgnH4joSHihYwdbl2vHYCQKvUm4+ZAn8ePRyU6NRXYPgEBtXPKY9579IYbGXHJVVbhp2RDBcT0F/
... JJjLARbwBbdcsWgtOml0fJgUgi+
... J2PUKhmS1Efk4oHJb30AVkHSN80ZOYVRz0PnHANh9lt48D4rxGIGhWL8eHLowFKnEx2p8QVNcTcZtRq3KkmZy
... lG48Qt4BGa6joHckTXCtwu52k0JqdtshSjyMMQauBEMSqDTCSVTBoyTTw/+
... ZMQrNvUgDLRRiGIfuFrfzh7oucaXH6/YPYOGm9Dk+
... XqY8Feznse0olPzX0GFr6oxJXsghGKMGNh0VUVnR8O3iInaQayw7wJGmpAPp/lS78tm7uAu+
... etkqp8543rAJLXCu/oGs0IXdUf4OdsRb5mDzB4YVN6zNdLj6SOj0HK1tzlEWxSf9PXMq3UPh+
... Cm1EYCTBRIT98HdcJd8CE1dQ8CqubX3+wSkbUGUO9ABWM1j7Ljj/
... 4mHuK1OhHzn8ALtIzR1kX1jReGCveNkaLufpFMwZpm8hZY8Wz3fVWCV1gQTCnwFZ8aOXyTc+
... o0onlf3YhBn8CvrnWdg0VcGgB2/ZgEQ++9nEqDzAEWpxRxfvWZxB8Zy1DnmyQO0/Tbz+lZDhvKm4Kc/
... tkjnfikduDMZu3ukb9/ylFE1qCpDONqIypIT9jwHTjwWTQMDyAfSMn6qoEIcbxD5nyDuUhIEl+
... FZ2cZ9viZcVBVfWO08Qtm0rdG4adHyL7WxR3pUYCYqoZTncBhdT1zwY+lJTH/
... Q8817JKIvkVLUsKOIMahJ0XXDprWuWuAxV7ZkwqtKHEwLHaIOGtPrtmi+
... gGpkzLxHaeZKMYgMuFWyIU8DylhLpV+
... c4hvKZzCVKmMvr6ZmxeF0wgltLzYflJQxwlu8qFgXlDi5FUr9oJiVb1FncNdJ5qszwd+
... MNTDwGNtgIQwvCVTQp3k1utFM90gxeEn8pDV9HKkkblnanE1S5pxpmz2NGS9+6gKZ0Z+
... NN4qfFBO5LLMdRBg5CSSgIpB+
... oGlozzmk2UbkpcGTMUHh5hHa80Y1FqjLJDFaAqXKXngzxCbVnE0k0a0jakv7IbwGP6LaHSzkeYRDxUItZAiB3
... ofuDQJvjk76OLdcBlRmNE7P5Bj/+do4adfkGIQwhkZOXJLzTqWUWhFzOngolt73GJij7OQaXBTyOArjxI/
... bsxOh0mVu0sop8IsZ+iDmu/WoGSShuYyNFACESklRxVE+
... ALWU8Ibz6CGdBlGaNRoKOMeXeF1xGv2cSc06nJ2PlGecRB0Y2KAQ6tHE3ZCyyKu64CvKS02hhrfEg6ygguYNm
... l34sTshCnqek8u03VDMQbMzG8i2T7ioNOyYtoFVaoCHbAyofR368mpUagIgHu9xGdwnJ/NqrDDTImlL+
... oBSCnZE/YS4gN6mg5sUR/bZ5KmPP+xZvi2ioKTwuaerIHZK5/0+mq8/pkuvOJ+
... nqD8NeS8WZInPUib5lmqiAsqYhxy/mUp4U2yvI1PoqZewrIcTs6UWVjgS5ovRkGg6i/5q47TDbT2/
... FnFQajBLyFN4j5eHbpUgtRLoqq0AvZ/lbp5TILs+OfDZ5D6DEGr5KTizMrxjIbG6+vRx9Qvd1spb/
... EdNP855bhVWmukGWiDZKLe7bsmnE92i10CF3hkICrTDDeYc5/
... 0wDBYp8wMX9faLH4hnRozDi6LNwwF6OOePHIXrRbc3VU4Dgx7w0WUcBXqSjWdcZYUITlvtmkZ6RBcRtlaKhPq
... h8VDcWdPEU3hkak5EDNOzdXuveuROOG4Hq2Obs0CDD7CmiMzxkU4Fe2hf8h5x87HaavCZH3GnU7Iu9Ugp2WzA

34088

yikfVrFjmHYLfrL7ILrjR+9opTMUmWut+mhxQz8vWp8Tj+KfboFMx+MIZTKWgkBokCQNYqf2DjuRXKSG/
zX2W6h1V6iD6F5tvA5Rcdd1oQZgrcbJVf1vXnE3H1Q0M6VFjrsOXULtH6gMHq/K2jq//
pce0NcZ59a8blkoSNJDyHM+sLH5Bvh2VOvpn+3MWaHIcM2xR9v3Tpc3ZsRT0VQ1ZqWdQOo75M/Rbjs+
Byki89TeGr9ud+6QhEC34G7DD5Y1mW33GSnwWM3b7juK7y2Vdm6HXJHP/SGIaqIPc4c1ptnK9jv/
FZbWMzmy5Vsk2+vk3BWNCsIaccfIxlJZoRD98fpTjnZ/
tOSZujqKkxibSFPZc6Rq8G3kQdYzj34MDXJc3xvtkFOgmJkLTkRu18tk8paKt6NxadZnzrllGht/zg/
Ie5egDemRjwBWZsx79TOWY5LUmgkCbzombQyrUlEY1RvAur63ccS7a9TfdFpuVNZkP2/+
dRuiFDnBi3Gnuz0V8qKs8+og73eCN/mRPq3f7Tw8OSbT7Pa9dtPFm3Von8EaQhS63phWXK578tg8SNA+
hEB2voE7xpoPAUNAufJsiiqKTG4wyvOH/WzG8uOXdhNFmN0AGerPivH/
qb05HXXx5Oy7N6nw8p5rPzXmZuEFFgf7+TJ21U5+
HDD7oo17lruRW8RnFnYghItXNsyFuWffKpeQTgiCd1CaFfjMHiuDK1aYFwFYvcFzK60rYWS23+Yfvir6c5+
paWLb7E/jlXaM8y3tjDRAaFmYs7BpiXLuKcsfEENzlywXdaUaLjnpIK/dI/
7LR8Uzc0PswQ0Y5DxOtKFsk7Q0kXmMpo8kIpIZGQXs/
c95jABS3Yk6hRpxq7uvldAW6KmS9ts1VCzTyagFreBP/+Fz4cyKEHOmesD/kbBrXsJ8DtzBIYU9OZmI+
tCsLbM5nMdpfWjveo59qyuR2QURPV1YH5yo//Z7mjiEIoiKverjvhOumXM9uO3/OM/
DoBY7LB35kBNB9ushsJdN8LluxkHoHNssOnsTW8lEXEWESZ4ztb1+DR8spdn/
JFiCO47Uf74seq90YTOtyXzZIe0DEoI9GGeyuCc+
GsAX2SdcbkwVjzbtiom70t94Og5A4i22TCZihSnWMdkEWZqQTFVMXO3PQ9q1w/
tAJvhyXlWkTpGZfPa5EMMW3rnsmNevz8zQZl7o8xb10d86D28LO8Kq37DtnsdZ9IclzXs0YmfZ5vLi8r+
4sqmoBcN6dInDCu8P714Uzlt1Yjsj80jpN1qI9WCauyKgUhe8cvRtP/
9Yms7uxT4CiHXQyubtWr4u5vkyIgf025AYkSwrbocctbx2ojoPRPp2nWiVVOyJ2aiHa9z+nWclFJnG/
xaKXnoOLD7TCeVPwy4MYXTRKklclUFaHPyL+qW6/l1UHKgl7dM2FtF8LwDdpZuyp/
7jkni7aqRAGWqwP3X4DDnImS3Pl6hmpC7syUOOpFPNYUppA/hM6NOSSBVYhKOuMUFTgOkkXaN3O7tDdOXYjJd
+aBDuKBISQaF+sP+
PP8L4wnFRVAeovGj4hr4hktSI533EdoYIII977RNMV97e5ti5Dx2hCrLnl9L35ZFRNCTQGrgmNSDp+
Ml7FCySFm7oNHT5KJtDo5LK2tu+TG7F4AbLR0Zz+
4wMI8e6m3u5lafanhj4nf5tSKFKcCATf8gGdmetlBv70IzxLvA1QG1udmgpQ7d8ijYcWEcGtZezhfdhlu/
Jyc7D/KyEobV/03kSGEb/PqhEelC7Kom9SH49Ne8B4PtlfM9x9b97zgB2j8Q0GepK7Nl+S/
elKVjqDFXUg79RHDRkIhFYhSM/9Aol+hZBsiWI6SJJGgBPOm0zxzeDZZ14VTI0rM9j6/
RGCnaVzCDT1flYd7WnczI6Sa91PY8AeEqFlxGO0/fK9Dt1/
to5hpRwpGc0d77ptIuAqcFrGGjVVUfIWbvX8khovTUbORBYJnADNMT1Hpb7T8+Tk4hWWH/
lFPGIvQjXu6So60toWuLSJIco8qS2zh6cIiEHQdLzIKngGacQh36n6wIDZ6SninSmidKcLS1Z4Mq3IEx9mQHm
6f0TgNbz0gLE7qxjt+BTqn7azHRkzg54UmHWYMisZhPvifOTqQicC+IUgJcBwhocuhsgeJbz1t0zALk/
90ejwKKU7OXxcfOj7xHfbcJB/Qud/
l3NiXATNznNdK7Ghpq4uetNWjDFKNkVkkTU8TMrxOVj7hsIyUSWnT6ocHFMJMShlnGlYoqXoBSliwV4Q7JFWU
wf3ho4AG81Mirp0dZNEDSwZEBN9dho5zXOblyByb2D6V4YSz+uNw1zVbxmiTukTOO+3H04EBi54C/
76RdvPbQlN2aT217wQfL/Pq9RMYmfpqBeWKO4HCtfEGrY3jyaZ9dSKBEZGRUv3s7+
HIlzhCLIxgc3gN44elyalsZM8SPApqaWD84gyPziF5ZL9t69Qj/tH9Wyfvjmbb NkuMOOwghtzESElz2iaB8f+
d0t7t0FpIK1tWnSM0UY1vC/88Cl431zO3R/S4wPCBNgLWSVH0QWf5N0UlxjHmOjZCULr2r+upClLui3iJ+
Ez1l23CnohQBIR7Nr3NNBAo+BipD7rQeNchMJnR6/TLzH7Sk+
qOhoazTeMz0N6uDVC1EHWz4x2ZCAWl7r1Yb3dN/5kqnbGS4Ib9+
3HhmM3E6o8fVl3ICCRApodDU6ScU0kSFxPvSpDqHjB/VQo/ShMUoXHMvSZ+
eSROwRrc6FaV1cPGcyw3emO48uoGi2WGkqqotrBgtFcR3aIoJQegOdVI673wdYS6H6ieMvBLkbWspmEUnY1r4
4looR7KBQhowgfZwqx/Z+YW5hWOLyX8d3k2lkl8+
q9kLpSvEsiTtr3jmlTNM38VwGmUnEwQH8vyNcXVfKfgyjbrX92uwHFRe9xvpUH3bEhmDaMu5Tyli0tgCJkSHa
NgIf6n42GujcH2132oGDjfsiyymqY7SKorLynPQYmvp+ZcDT2N9fuipC6F8hyCO/
XFq6mgXxQfFYdg3qbNQA3j4HirwfkWsFabf31Jki2KgXuh6Jz6NlmLgNiHC3uuflczWL+MkhaOvB/
iFnEDeDcaGudAkbMKhlPxgg7MUe5M9umLGQuk/pnQ7QNgVOxZal0zZjL3sStWptBdCQFMcMP22WAGYU2Q/
dhN3M1YLQx19B0+NLw9/03BxhcfMajU06mSkOCbn5Y3bU3mO2Wd6cYRS/eyJQwR+Q4FgBO9uNRvY92BkbT3KrJ
+TX5/zTTWkfLVuBQaR63Hrb1KpayddawAYwO2klEmSOU+AioNcncYiJ+
kkOFEyTbktpO5SLRtYjiYzOgIKcvKcY9jAjPzuJF0IWIaUSo6v0jkBqnbDiIQwGe0hz7i8PQjk+
I3lWQmr6yMon9nDwNsecegUpltrs/IjnwQYRx9XvuoNMalUcUDp/
yHmObbJQnnAhXiX2fcU5ocXivBxXlMoaEzdmeCX6Ep916Jq2HSkqGbQKwz35DWA5A0WaHG5o5wY9gMINfWhqc
aHJT8c2f1HmExyUEdhaAYEbPfFncLVtxltk8MYVvmL0EbD+f45qOQAHIMcAK8ndpm+
YvRjpCrGAauTsjXFjo0r4OcZhpD4GoaFpaJ2iaSL+Rj8/
gJ3bueSivsYOG39NWLNTI2HoAECLobm7unqUr5K4wJxgpa7MJvm25PYEMEPIEmN+
aW2E48gdvBzQJ9GwfaA2nTK7glCPe6BOeDgiUKJv+ZFRO+
fDYqEeajBHJCVGb1HT83rj979iZ73O6jC8iNC6IuvwPBkPyGrneRIxI/
lTrhem4LclTOCOm5KoVWKdqDg4N6pbtCZm3Xx2UAMLhLc81iaqdgJn0TZhELD+WrHWAeg7twW0S1tI6cdynW
+Dqgzqc2klx+t10bOo2mvom+BAIiKj8dj9u+a0YYF97h+caCwb4sIzTA6IOSMGrXuNSN2a/kl4PDNrN+
uFkPjCe5QeW+H/H9EzeZuhfEp4deCFEtesyGzwSmkHGebyfiH5f8WQxkMFbGnuiMh0ABB5UkLrNP3xM0B/
puK4oxPxQ5JDEMXtXJvHLxDvljQcLHwignwXYgOtkDu5yoqIKe/57/
6o9mQawV2Rq1Wrx2cKRuJCGObWX4jZrJLqux4h7x+UOjwls12+O+
nBeGgBiTU6SHnbm0glZsk2rtTL1JpAnbdtcDM1jXGNAAg2nCVJAjwJmXYipObVl9pFmz7DCICGeW2a99skNj/
yBETHWwsJ8Lw0GEno/
BV87iwMbBbQiVaUF0T231qKRWvzQogFFOnVvXUR66SElN8ZI6134fuIR6KtYTL4Lcs5LYo8NiY7oBC1eUz/
2zEgCGefI71SuqQs4r6im0p5drdxOI3ZjhGHfcWFC+Ze4YlrMVi7JiVM/6VYG1BfVFxaMzxv+
CjER8L5OuSg2b/KIh2IlNABqSUx1qte+

34088...  e9xES13jFz3Qg4rVEstdkBUShB1d0tmD2LEb0b23cMLDd6x9qPe0GYv0PZtMRS7N9IRpd8hB4zTGTD1xRioRX7
5CfgvK7OUUSg1+
...  9P8PUW2kboSw4DZ9oPfTRg5oqK6r6pH9QgZE27NwhXkeqC9RL3nLZSVd9M0hqQ9xrUSal3ywdYPe8HLdFp1mj
V6ps1FPvXiEGrg9x0FQjaTJDnYqiMI8m4QUSgV8iK2XpCFytS649cnUTGH2YT0aDHjN9t353Rb/
...  npn9WzRevvmAUHNUPUYe/ISEn8q6zfJGDIjj5RBoMAnndpzdWfnVGutzjtfHCp9VBXVuGKARav3gHD+
ehmJlqaQ7KduenXD0RHlobQ0X2jMr/Bp5h2k7RwzF29usJo3Fy0GYtX80txYu2znjMQQA+rAaTP+
...  Knc3GAopUcX5E2tpLGmTFbeVWJgD4VZlGz/3hFpQYvTKPyCilL919JARgg1ZpTIQsF53/
NGGHHzul2DIQKk3jmseAxjYtjJKqykj5eLNppve1M6yDLUFsufwpY7LeFPeFzhOdgte7ZY2iIkJsrkmRIylt4
PB9kul4NbZVnuUKhvFZjpTgyUZf8YgvCYLaJgoHijtq7dIFlXqiezrC+
...  O2dPNEdG6jXYFe1EoPh6igS3goclif2n0+gJt3SdY/
tGyiL3uPsFc7p22HEGCW3TnpCc1vQaUEvVIGgZxKuBfwj5M4FxjC38l4PZvz5D+xkBUHtKQnfqf+
J7zANeigUdn0BWeihkUWd5wzvD+
...  Q95cizteyERw9Ngc2xaRpAMnguiCEqyYMcmyznneqiuR3Ee9FfOazcimHptNrQcly2ZGdmeqg5oHsqXKbabX5
sn+GTPMu+iilbIpsy2xSknX+uM371p//Ala8S29EO7j+2/iDLzrsjRrUdqQKK25baRpuWeQqUy9A/
...  KaSnLZfIT9wtFLd25IPv1ZcfsEbKvpwP67Yrp9thSQOSGardkZP+1HjnFcM/
pPtnQbP2pU3dit0ToPZYT4USQPxwDnjff2gkpeRSh5dmjshqt0CCvvAqVb6yBLUOV0WbW7cIgqLjPqis4/
N3shW9qI3ooi9xxwIimC4URwfk2E3E72jFXc4pwOW0y7Riy+Vn7MtATTusZzp/g2dykZ+
...  7g7tjgHwB8p6vWu2uqVxIfMxLLO9tgFJ0AbG570McALaPOgiZ4n31Ic6LqKPRQJh0l1na3sy2Hgylxl52MUGs
orDF3gkuq90MZqflqVCTvHPOXQgnWbl+3f704z3IFcV0JV1j0jWMKjg4xaqp/hdCmt/
...  534RilfYme0J2hnktULdCmy5g9qblWw/
wOWd5n2th2fiNs2wHemaVN24ws5XlGHhKX0nUqnwGHk8fgyfuBzMXw4dXx151rX+
X7Ul XL6wTOq8ALR9UggepyZAZ5tYSJFahq2XKKwQiksKPTWQhP80dyVLgZ35CCsJPyxj+
...  fb8aP34nYYmFl4XzWhlyXOOKIRNlxX+rEc7ZyYbkfUY/ngP6o95+
Eq7SGE5xb9Q8d8QFIMicR9YHIuoF1j523JMiKkYUJ+ZTF4M+
...  z0gktOdhlkgf2OCtnyJXuKdExN3SgQBVLYsCtpUMDLMvJuYFmdoi3pOC6p/7UxWEu2sLmSBEjoZQ/
KSw8lujyBBsqcE4wSIae8l+RHERxP72RvfK+Bc7oELOoY0p9gfRShsv/
...  yo4FF0wss8MdKoMNhT7EJREqHfcZ8MW7kMEtsZdbH7RZ4287+
Ch9QB6cnwtE3Ir4ZbP1wwj3RABS1SHOw39DS6mdfYGRlV1TpuUhtA6DrYzhhx3xrhyVn5fjb40e1LwLeEnFy0
/E3CyjRX2XDIRFNq23jmFxjtV1G3l+vi/ugRbNU3/ylndIpRPH1ydpnlzR7Jiw2Q+
...  LtesdFM1EEJ7Sxox5ZAlqKEPOEUzE6f8BLGfMAMoZfeVTe6tvnwqVoRJr/
JygTb5KutVt4YGTtkFrhzkxuII7bfN4INraNbnhK2Pwlzzhg9h+SEoD9c9nsxkxdTshHSntMOroa+
...  FDxH901Vl1sT91c9faLct2I4w9+n2i2u6E8TCtYkyMLx09YcurPoQemB3oL/
9H5oFAHqxYpnnFuZqSAd9rkf8oUk8QjwkIqw5k2JZKCdTzSAh7oNv24kjsx/GbTO32VwhqM9eeTmnMdGjji+
...  FgCZO+dkG3s/LrdXbH/D+Jl6vBHqgfgyhqfpl8Wghb0kNKJmbjbnv/b8d+Uy71BBbYN6FtUSeB7FH+
gsZd8ywyzn9VkpXXtEOYO6XUF25bOfZzOJ2+
...  iwldWAsX3gIUFZdd3908UdgeBozqBquuImoAQa6boRfJdQsbXnRCt2t0Nou7KWX2rzHnZL6SDswA16aLf7/
EEjE0GueB0LNQJjqIgX6i0CNJIEI4X+
...  FJwj1L0n6SVRA7dlxA0LshfNiTRdfCFgdnSJCBYqAkigr0Uk2jwUYosEvAnjj5Ul56eiiHVfhCXOAPGSOQDjB
CA++akGhLsSbd/jzshJsLmqO+JTiD+bCB/Lwv7koipZ8Vxmfny0828LSEqyA3gxGCqfbxBTQG9MaudZgf+
...  hX09apY34xpMnTmjISxO2gey4Q2c2qAgCwQCh6GvsWmIf4yBEnAXcg+
yMZKUolCkMSLMqdPgJIDiyFx0hu2N1CmjVte0Ef6SocGW03u19yKWvX286GTnJnQXktrVAUvIcQr8Yiw3zdSa
fGDVFol7s1gvUt5EuNbn0TPwa3g6t5Oz8xVAeax8ZBQ74BBVpvQMODEr191ELupBRXGi4PrvYyG9VrzPHwS8g
ua7+CfV+kl48g7w7BwiQJavpIyoXBzS583vzxR3Mh7+
...  sR8CRuxN11rAUFQYQPjwts5MNhlTcWfhU6hKFr8gBLrleV6591OX17vAI40QfXha0+
euJnqsYM3ZgyMC91SjAGJ55qhFgM0hIr/1Ju9e85xXstxY2akBken24WpW0IqckBpkJKeL6tYS/JdV/
...  8aGSnrJLOO2xolcoHbZWiZE3sSkHEar970GUQ9iZQ/FSl9uu6FuS7gZcX71e466auSHazG7HXNDI+TFS/
fJgQDOLbysuzIUU1MlhoORzvDaWXhQWXZLvniIaLsB9gYfHSXZSl9pUnRc1Y0KmkrIOLje4ECVaDW9idhcwo
ZlGDAZhuUwBVWpfvZvZjESdmfAQ7XkGiv1TWek4TfFrfW4wSfXRLEKahR9GfdcG7LwR8iNaXyA8vSlqOSuJah
ahau9VPcJWENCxtOChbLd1DpLIYIfCVLh5VH2i0fCbqwK/
...  xUHGlHzcIZDWgw9HKPmbeMO0yChKRv79bByvKSYLKBF9s2Q4qKodvaf7PY3DAjmO2DVs9g+
zcG8MrzxNR0VnerJl1ClwCJZUb6npT4s25cfn5MF3OjQ9glPIJLGd5PXTcexW+
...  OhG5PypLZWCHbN9lI79gs27IcFwxDSZpjlLMnE6TSa4QHKoGZzzSDub/
Co5rBxuetbqRjnqKKFHUJGaBbbyIxE8N8uPwOdkMPWzhpNuisTrWykBZA8TCYI77baOcCxbTcRypeZMXI06d4
OWdUkXJW++Y4x5/UVyuMDVW6vM7v1ULKZrhhqLwQ6SvYif+z+9HiaSzsCgaKXUzwt2K/
...  p0zAvCw13t3p4JxnJB/WJVG2PtAHMd0CCyHTgYnZt23OjulUSIStOlM4QUNn9EgM/
NzLAsTTHpkmTEgkdjScb59bcKnF2zb4J+Xpq60jXAAnS9mS2ya0Pv5SuijwVC2m9d/19fJdyh+
VH7MS1MFOc7V4MyaP7iUt+G+BlbYLcONgLEC+
...  wXZCoovcHcVwW6WfQhSurn7gsRucolxWTQTkoijZKdwft1iKPWlhbdtumJY6y6A2LmYz+
LmXp5Avs1ShUxm0aH2KsYJMOXo77fRw15xVjDNJOIZO5Sf4w6DL17cVG8as5bQVnG+
...  mFC45NwCwRObEPF67pjoatTIC0LVU994R1AunvoUTMG5oEtH/n7ovMnEy/yEN/
cIImzVjy2QOvEtCvVIiQayMVmktrugX3B627/9Mq1VXooprzKpvbWj4xRYGGgbMF3rrCWKu6aJBnj/
...  ZnXycuCQADjRs/vWddS24w2TyHy1NOWOrXam/iUGDJl67AqysCwYF8X4rpMcxj9MP1VnzxIK+
mVgnFooBIEe5eQ2pfKu02fw1sXxiSrjzLDJ/
...  yU8f1vBK3Z1VHvQU2Kh35XAAFF5BOKUMXCDTmMuzJOtMnJkGB9+9T9tku/RhovAN4Of4oxc78MXz8+Gh+
MvMBhg38Y82lgsZFwNFsGH3q3NuWXzhJx6hPr9t2lkp9Za4k7ywUaSof6CGpSUMFUe98ct6EsHNdgUdmj5ryJ
X/rmsS1ve1tJEzHQa2G5U6qcZL6i9om1x5e3qkARpvo9hgR4ChTbhY2miRXTLHZ63D2IQ6x8eNaXQ1g7wxDrM
+
...  ivzSgs3i03nqvSeEStnyFDo2sFYloqEAvFMKGYS90t4q6XKCT3IfrWi9y2Z08qqcdRHMdvpx2OhKeQLDvKgiU

1E1Jm9sH0T2481koy1wq3k6z/
RJX1u3tUzyUEGfeYyttDIdiUKGFvCXey5B1aMA2L3yXURvFE8yiR1PhVX26XCmaMBpQEGHpDvS0Vvk4kqoRwO
/4BTJcnsEI6Ze1Z+6o6H76aYWDwsVlM5EyAex3U77V7trb2g82ta0PcAIZPiV8KGmL/
g5YBuxXjbHqRrUqPz4iyry6VMoL5MFvfLzOT2EQQR5VHmx2wdB91/ybR65i/
vUhBgJgAE2FI0SUmZ03MDLFU3bfxdJ+/0syPGjLU4ytjj+dEEo5NfbgeAgD1tu0ZBnBMCISgCRSMw1+
BoeGdoos5B7vW081GsNHREjKUH26O2T4tupjAM0TukhD3cFoNLzIm8AIER+cpAhh0/
xc2QEVKWbHprePhMNC2USRWdtyZilY/
sGm038xMoTV8RedMurKt44mxq4nHTykubyk1Nr2V2seGP4i0k2P3P31Ri5K/rox0oAx5wPioQR+Zg/
Z1wECcMozAIpJmZ89E7Kd57+6TDvJUCgbWMEXpJPUTCbP1GZnnufw0/
Ger150NfeYUYGxIXdQmCrM01JFjdoH7iBNDGqo1H9OliQBz2NaNe4gsw110x0/8O/qhh/
CIxAJY6DzdAiKN1QAzsA1vhAVe3T//npGVOAO21hQ7i/qEKIvHZ7oYdhvycAo6O1CWhsBeu/
fOMcZxilOphKe8NATx9Odi8GGUT4txBUbAXYGuuLsm3DXAoBK6wtRLw3aTsVuwiLh65ECA2cjpHTSJUH1P4Gk
sOI9LCSpE96FFOSzNXUXz7tUzj8XkAHzEtxioSMMrBBS10alPGXQt1F0G6dH1LXFPjKv23oT0SGhZg+
K2YRIiPoUeJy1fBYmC7mjx2jcsLXULes/GL2KMIqO4NfCdElzD1tF1p8VdI1J5DU7sOSJZ+
2Zf22uRoAY6jytYRq2slPenlTSN0AsO8JQ/E2cZTmSG0JVwcCrpm6xI6gsDmKTCEWoebE/
oqhR639QIWAQPAKIer0+m5Vqa5ZEMyKB7sYG35ovP6MNfh2Ak4G9uivzs0nJ8dsav5gfS5RwE45S3Ij1+
uQanmbecRq1ifpu3jDRp29Eusy2xRs9j6V48BtXBwTa+fr9+
InULk5y1vaNkueo6DYqLhVf8AC0vrutkGX0Zu8RgTScoB51tinfqezBn27IBxweJMMR7crnlXVL+
suOAn8TDwvjM6Mtgdn87tV2xqcusXM3faA08kEEXGuktH9PCY02ThOWR39vcYAjy3/y0K5UR92JVC8+
pFT3PUpTwr0d0xRy/Ggu6pXXsaxO1iC16Pd8pEy8+GEoeKc0RAnq/0mvQ019IFpyv+pD50zGOEDZjxy1/
MrI21OjbB2lOSV5Tb1YVXtQGbngb1Wrjcl1RmwxOaa2+boGSb1fU+ZM+L+ZTuaiQr/tx7KboPK+
QUyn2ydlxdKo3suDZIYhIyBxKbB/
pVdJVyRhdmZwVe0n3GPk7S4V8hqan7LUaKamfiLCzfZIECJRtk5tjSnIkrWogwkCQiAybym0n4Zda7UgMpKnh
cm5R7ERPNRRgKSIeaPyz0q6eFXQO/kWh/T/DAORnc//cGSx9f2Xs/
ctnj7BGqmeSIobkMeb0XCqySSpNz1gutWFcSGQmcmSSol0Rpn2pi3YmtZ+
EkOBYcfd1okyxY3RK16WpOxhedGjFPChZf3zbuPUirs4Q4BkyLDz8WrFfj1IVMUB5vTxS1p/itz3Hmv+
O3K6oqaenpe1ktj0au/
QHC5fUk1RsqVUBp4SO9TBBVlhWTP9YwEDR6P5TaQ9wysBVCwbLTAdqI93bLwVq7po202M1DUG8HLdTFLk2obI
YWBjrBCVMGAzAuPkd5FusyHt7NR3rE0RpNE3ZvbJUJAXS6ZSg3M36+InDZRZJJhgM/dJnyde/
U4jowEM6LVObf2eumoTcKPi+7YCFbrbtAlM6wRnGgIEaZYk/
Sxc0nMuJSvkUoi3WKYspfTW7poKLvKMcauWxJSBwMTQSYqYLZtm0vCGAsiWKICbalcPDdp5GCA111Nb/
25tJ0hI58aOoJtKy1yqjBpUhpR2btqwE3d0ZWScozoeNUABGgpYK71qv1vqzS9PqOsbV/v1NyYFjCYeIvWsC
+Iop2gw8U/ce7eU2ctajD4MRRgbmabOn0b3OO/lm3326IhOOdt8N7tM6SWVh21hZzOHWLmLYtjNB87J/
6DDgelGUb9aGRehtn4tPeOcbCo6BWG+CO3UT0TVGhnJP/
cUQ0xKH7gQyeb7h3MJBWvQSmZzvxFl6imw7Fe0kULhFAwMkniyngz6noKWQ3hXO35IKF9topns6TH4K07/
B8YcnO+uJK1jL/nIj48Qct479YAzMspMfTVDHX9Snz/
cwGCK1Z1tbbdbZXRC30zv0qz6LN3UtfZqubkqPLoJfVCS0pePpe/
8oGp6Eg112t7ngxU0wsS9QafYFpphN3yKpzwXeybusdtl5Ni2IpBz/YNqIDrIZPD0IB/UJO4+
WxymaMet8nMdYjGBzxhQNThXeofl1C81hJ+Z4057CEqR8Foz1Wi11/
vY5gyIewZftk8BxHL73enFUxJpFTLedks+2k3gr9AuMuR33Z/aZHiIPrejFRYC1XJ5PtneW/XlduPQ/G/
RHMsXev1ZcaFM+
k3H6as5WArN3DKzttXWC4dLf8IXd55nldMbpXIsZNKTtzy9Pdco1yBPIQJr6vILJysftV5rD3ZhO6FzkU8z40
WLR1Y0Za39wgduT8COdTIPwLhaqvUgd2+o24nFcjJ5XDtK2IFynmAGafx/sp76YgqLAv/
NRTpL7zpD4SQqmfkx19b2rpOv0UIeE3yoQrWT0gHxXFTMP+eiIzZmZ3dLCtZVbcGzoxXfEzZ8+
A4N5F5sGkIthGQPI4IsqL37q2zHRe/6ZdQBL/TPKOXO77nnXx3ub/Y/v4R7oNw40orQNLDwabs6s/
M1D1EbxWXLBS5bxQOlkhCLa8ndJdjPV0q6N+JtcOO5MIFdsYRLtYkauuDHGnjDrjCVqdNzTYbjPelM0EIOE/
wxXbR7N+trA7XoAVO7X7WdZpZax5D/TsWU9iu4DoJIteJne3S7ylYHSH1KkmzuWd89ypYDbo9FBmNrSGiA+
5lRfjuACCZ16G44w8fQTvQkLNIOkYfMNTmFGoZZ2FSvzK2P0Gx5KQlz3VCejzmVzU4Jp3IMHxxFtI/
B6tbm7WRZWytSnXZncCPYRHR8Ze7mlT+V9Uk4s8EXJBmpV7T0M8HQ93BrLFIs72U7/
qalbM6THf3c8IYID5u4JyMOFStALqa05AdGqo9vuCOvcN6whtfCkB/N4Y/maB6R4z+
JzeXcBEJVkz2uM6YUTrDvaS51+rPVPLVu4HQtzkUN6EMZmvpZ1RJTRY+XOEKw3OhJvC9s9fA1SFnDf/
uVCrTvyr/HD6fAN0pbrgOyd/qVBLfQJLhPM9gV+3xpwprfAKLnG7NuDFgEiDn+G1mpQS1CQwfVfdJgi/
xbabv0bCuEwU/Bply1X4x/7S24q2CAzyYUuaRmZ0Bv3Ea/oz4/flkLEgNTSyR/XHtoQqNQ9ACejAaXOWZ/
26JWvMclYaAvY5V5jUky2lq1dOeHlU3O0HWcbI5hKWcbYtsSi50YSLJHjK2JJepg6Ib6KWViG1GsXGIBAk2
Su9ILGDFEJH90FiO98NWt1eOqKLXD1H+IESO+XH8dfVHoDQ7v+
Tx2zRzOUCyNxnwoxXYyaSVvql2MX8d58RyclgPbdqSwAxSZRydF+Q1nT1+OKURv5pcBu6KvLqsWy3Zgu+
4cvi84PC+vGCsryqtcFrmvUgW7DjRct5VGQ/Z2zwmj/q8EsKVnK+
V7rw4S2e01S1dr3Q8nj5ryE6mY89uRyOQBmxRW76a2EQ3My1B32kAIONp1/
scICToRHVwexJWIW6PFCMVmG5LiMefaX8ijPqNWT1X2U3OdphMMdmbsDiSI1VWs2U0vVBOtooRHpIt9eHnebK
tOrAwveJ1ktmyAWrWhaphVkJN5Nn8XfS+9abRaa9ruGiOM8PwIAFEzpnG1k1AP68eZjM0/
nKKvS6G7PnDbwM5Eu0BP2/VaVgW18EItXq7Pd5QIMPZo46treVMoKElro+bcMkJzZe3vaRcUuBShd62AWQk+
Sn8oL+
8xXcNxhGwQ6Mvvf3Geq69OX0Om0e1DVpXG19Np9PjJvSixcg1267udqdGvfuYs79RGbgVvbK5EB4E3hKBwkB2
P5CzQlJAlFnJZL/T9EaGvhAQLj+TvQyrOQY08Mx2X9f85Or9oWHllsFtCID/
yLDlGkjLXnn5LOzN3ySPY2SE9d2snlQRFAK65U8R7KezrttRSotawk0l2+qPY/e2b/
XLF4kh27gyonOT5tOKNeJhWhKLVvX9aZcSVW8B68QnFOiyCtCyhGW9ppT5X0B7Ezt9BfgkyqUKgQhI5Gnm4BTwT
7wqqGj5obiasWwFsveTtcsBet16yUQRWfrzdDYtZIk+5B4LzqrhsF83jjGZkVIa+d7xgCenGuDwtEHNbrILc/
E5fTIme6AwUiWThosEND7VOtu5TFnTuJuUQ8MU04K2kAPGYfDMgeim18gkK/

34088...  dA0KdTFgE0xJ40Uq5qBrDr0vIQrt4oRKWBUECwcpoL+sFnks0zWFPgXOWryMbJxS3PqCV+xdBr1+TSau2ed/
...  jcvb6NcIuq92oZ3zRHVTf23/rFsYk040PG3xJMPJNrsKmvV0lThw9HHDKCbLv4Vgdj2uQswQWld+
...  BXyig2BLRQdVrfG7mlTu+4kLp4u5g9aOpJCmz/
...  MKe1jfvWmkBjjVupGAbIoKfMLQ27FN8SKd5NmnQc1sSL2jJAfEqQwm2gdfawCd7CyqiW3e+a09v0EMuVw/
...  wbEpQC3gmRFlmfYwfSSih0u3Nxa5U6xVUwystAe+/
...  NRSPVwnorSnMy19FXBzwuLoNzer2oTILiVtfjObmjUmGkGIt8Y//tX6lMrUs0FcsmraJJ4LAgkUS/
...  BAjRlUTbPtXYQzAqqt4TjQOZuckemfe+
...  J8jsLVHKaxUs4V3Cn6WN4Q8iRrzfyFqCwrG0GUzoUVMbMyN4ORlhVfYdD3fasuHfMU7xqadlqJ/dwPuVl8/
...  25XLO23Z1N0a4m51DpvBCzsFSfKABC4m2bs1uVgbqYu4AALjwRpYxIqlnaE+
...  qi9S8Mld27T5p6SRM1sU3iG3aLUhKootLlovA+gvH+jjngrcmOl/
...  cGjXylnCOld9YEwW85vU08GfDCBCHgoc9WWjppzbGKSIOevFTim9vTWF0Hg3D+
...  adLCn7xDJQlj0jERvlCN0rn9IuaILEX/3hjG7zFusTYH2F6JsFzpfQWYeWG9Sk0FdDlWPgZBrTZMik1i+
...  lpkgzu3xj3+fhE8MK+HZ6gk6Bf/CE1ZonQMA19V02/
...  wjiUDe9JWubiO9CewJD1H45S7IkTJMfSiBreSt8EViQ0EAkbQxgP6l5QQMMYO+
...  oOI5C1w7Mn8xfjzX42kOuAUBxt4N4tOnLS2QM/w+t1TvtFegTODh9ztiT41tIXVzyxUjL+5Go+fFtAh6eH+
...  u5Rv/w3aBCFp8JEeZzF1cgyPEgkUQgVzLkxc0KRMX1aWw/2fBnwC+
...  akMxU5q9pIvCBONB1tvfTH28kOXZuDlIE+xAB6O0I2PvaF3/
...  90txAYu6H7ZkeiYDgoTmUu0PYQsfX5wsFhCtmnMuMzjr6bDHcRyEnrT+
...  ih7TV87diCH5YXdZh5zNKYhSKqfXi5aKtSXqXFZ6a7SmS4RiaYe3e2ugSW1gZPJpXtbVRzM6PO3s8J4n4glZM
...  3Rnoh8pBZ6jRQhPHVU/R2+079lxO2XImKC3TaY1hcTlup2YwdiaV32Epla38rNYGKfdK22Y5sVh+D8/
...  PcJuZIjeq5nnBgk69JeLrJZXdMw97kcHmL2U7L3OJXc13KsLxhVmMrQ8E2H1rcnD+/o9ZFsMGtWQmfw/
...  5qfOgNRI9oEk3aAob48q5vgn49wPcZlF4ID6SXpcxYnMa7aIRKBYNEf6VJCe9wrjYMKdBaBCQe+
...  C1uR2oQ5ZeVqjn0Nd8Lqw1Mi/+XfARzvpTnE4g/
...  kw42KttjZFO8FEok8TZGYQPYLySn50qkU0wA106AlkgbSgMglloLDK7QXwbrcFldCFFsEN9zqcViFTkb+
...  K3+aVbQzPQQfDpqZp/S2G9r21YaPHuUoQdPit0seRsQEi4FOiA2YICVNo5ShxHWfhWHAoc0sbov+6+
...  pmmfBjRRObT7IjudXmMRqheM3NQ7i6PSV0idiGYI0aFxqtI2SNhcDVKombFbBPoNcJDfcp4w2iF54shgBO3Qq
...  VUBXTwgl59oS00tnjLVN2ig7eW7+q6M2PqGPeh13lIgRBMCxHE8qo5Z/UEDKexFi23Fh/Tjn88SBkT2yq/
...  l4kwIERLqgsIdqD+wPK6g+
...  hCB65Caaf61rvJJHMUJGZ3RtFr1R64xRIEVWKOURxtzqFGOh7EypsFYVsYlRACJiEvP38exHhjMLAWNTbpYkj
...  B7dAgepRdkkACBziYLlmddM0MR+DGwiz8uEbm3myFL6tDYtwCLoWNXIia7IGWNuEBCyY/
...  sm8psXa7TrWr0He4zGK5hWcpcJa0e5ptpATMP0E+W3o9PfJaY6u06JlwV4Rm5DieYcF/
...  wdEwZ4EZNBEnqsMVRGCCyyWFhxmj5CgcPCD5K/qsMXRIVmy00RetOhF+
...  z85wTFJ1g8lNsyIVRf5DRh5kf1ZCyIxwfNFMiwc/quwWpRKEJzmSPtXkMmH3lQFDgRCw88RT1zW+aoP/
...  Q0N8JqNq4884KgBblzAdtSOIuMZKPaK4NoC44zz19SbuIV3SqjAOEl6y+/6tNALzGcOV8UVRNN+KCs+
...  it6rvfOfMtT7jxhTkC1lTz14WB4jcgZtpmd7N0NnFZhX1zpeKrtrEgamSxc0zcBGWF/xz9M/
...  jh85lICK9E4oj839fvJE7RxkoVD7oQ0VmWBbbYzmSFGMfRi6f6GbmfxjKnm5gHID0E+1Nq615y64coH+
...  OV19299oTWwQHpSlaw+zxOvPrZsxp3uoOWwK/ZdpE8SE7CY5/
...  LLPwAyooqYdelJh2uugDQZeBOxRSTYo6z2EFlkwYtIUYUgREBPoRvQjELquNqKeZDghbzwqY8ozudVep6DT0B
...  V7DABehrQg+Xxi8fRbzMltkjsbeuVYvUAlwg0cyOzL0kTIjeYZf0mc8L/RevJ5BseJfXzGiZtNl3/h6K1aK2+
...  FR7bE/zG+
...  qr0IXh8kooLKyk8QETsAVVqgVti5dlfQfwosdXanbgVAUbASX55aftrPH6jFYmWOhme0uw6EojBbP3bHjMEaS
...  7umfZOjIJp2ln+IQ1PGWCnPkA0q/a3VSNcll+ziRp+fOncx6fnGn98HxGaCzg1ZngU2d5fK9Yav+
...  Mnlp4GzztH3RgIfwt+YjjXEHbbKvgvzt2maEqu7dgq1R7Ss6YpGeZPS+
...  SAhEau37yFrW9cyn2lZAFK73YAvuXzwBnvHPatOrTRi/
...  r0nPMNcfhZytRaNzBzF2OGqiaBOEhoZNu0f63aYPG7dVUzl5rAVRRI6h++q89HcgS93V/
...  oakuhWnTCITroQJDADwhe/
...  BisImhiODyak926bhWjWtKqhXGgynAFyMd7JptnwJs9hiYxHUloeUUnqaxQcK82sl39f+
...  gyaaJNei49usVANQ0Fc77fcAwVrkJi5EfQ6telsT89s2+bE1hPLa6pp2hDunH9wEe44c308+
...  zJNrRiCWDbBnAQgDn909NfEHPLKdA9PCa29nmlQMFJaPYyKbylWbPsqIeynB0XA4rIEM0NXszUFqhkZZ48X8G
...  EWIIteaXKoS//w8UJN0WWvq28H80rEZ5INdFhodXnhgbWAOf41XurZ+T8aue+
...  XL1iGiscoVkjgyVhuN97j12q47kKMYtB2VnqeMBky1LnIBkLcfv6Jma3xZkmIEGsAh3EcX2F7d7xkrZrvm0o
...  iaa8KSUQRd8rWNPdj9t0oMiqzZUUV1VI68pILHOCEeg27+MWp9PfMtK7if9AzBcWEZpi4S8lmzLocrJ+S/
...  8qXPDcbRQWRjwbk/ERwKtnPHUvrCgAEWat1d9e6eWglA+Dk22eA/
...  VM1pxFu4Xgy9wR8SQ2EQLvCI8IlmYAIA9vJl5kF+bePizjkusXwAj/YkrHQ5ABddBYfYv0Df6WSkzj0om+
...  lndwx4CKBfRvGvcLUlP9bMpZZarPWXHPUkYDtlx5cP8voso54sRJcO5nilmz9IMk4XKB7771l/
...  6ZNPRgmmYHhEwTYu7Ytrq2gkJP95JSasnIBVfXI1X5LYWVNDoA4YBlF40sr8+coQw/
...  PZUR6OxiToONynzZruMkUUECyQusdHiBo9TSKffVNEmHAtk2uJJEHJapYebKUHrJcfqChSsOAgeB02OSFaQpm
...  kLO3Dj+zU6XxglL4YZX8sNOlg8aw+U3WoqjTtilDZB8MlUTJ78q0HPd8/
...  QL21vMhJCRCo1DKXGla3ss0ufhItPTpqh9+sQAm3VqzumXocgLvu47kqcUqQlvx+
...  U0FEFyvqXwD4iWOOBtWYfS7ZXMcTa4VXMj98N0D2rraYolt7Ngs8P/LhqP17+
...  3qzjxPKPw5hTGranALOKs75jvnA/cRf+RjSOmvv8RAL9T/
...  4OcWKlWNBXhR2B9tbtNGHLTjOYOlHv8ZwVYbnW5YkshUv13K5BjZSbaav+uvQ2hmKAGqX8hdDx2BR/IuR/
...  8d9O2qdHS7D0BUks5pW4DU8XwsrX4AY+DF/dI+z+O9KBGA+BnYuqafBaqGmKC/0t+
...  L2qXfGyNlpMBhfMoUJ2US+sSGjx52YvoXOqwTqG3eGfAqPyi4ZQCpIODn35FK4/
...  w89INJ13XSr1ftGVgKRJb5Tsu6RxrLebfGeWQI61eMLWUgRPWozgZi5rr0vxwuELu+
...  fdccowrxRG7UOQcioVS4H26pRjAlGpnx11z1IDU1H55gpHsM5ltFjZcyvOTqnsK4/csek4fusAl+
...  So2d6pz3w04qehPlonki2eJTwigfmJwzynE/93U6dFJLi/jdlrUf5xceEL/
...  GzUhe6DZXGmXPblOQeMyLi8QhlNkd68PAFleTyPmILerZU7i2FIOK7Dvpl9WGFQ+/Dq9LpYoar0ArHwPY/d2L

34088... +NuTasRemm  ... jRSeHDBmxmU2Cctrxhcamq+

VElAqIG4ltn1XcUwUPTabvuVL2FucvOfDfiIjTs48poA/Gg0eTrwld8CSTdphlR9qlEXWmAUtDMe588d+
WITfl5GJ/WGrThOk/cgoV/knK30ZcETMWiB597mLGPn5pPdv1dB07CR+
7AjnpsGRtozRJzb78b3JC3j5JcBuBCGE8LKYIaj4Z1kR8WH+
cDxlKUwAWdaARsvxTIUbioZmOKNnE67wY7bLChqRjvBWNQZAApYoUrRT3JvI5goJYvXxWC9CfjRM/
L0ueQD1XXX5h+VLUdG0CvLMKB6ONpBpBaFO3ysaiktmUE1HHQ51Gy8/
5cp8wjg0H4FiXZIn3io6q5cM2hKdxcxmx6fCHHtjbJfpG8u5MkF+
gT0ZolcHYF09j3VGwbwIM2OO46oBEStIBG50dnp4mKZ5SiZKAKKSyeeJ8B4ukoYPmhRTtmUK3i8itM5fm02oo
NuuXlbT6heK0brSZZzjXK41vNmNmpVuOkJuk8O54KZD2OThTkQB9uHfhThq4dZ5NToJY4a/
W5KZP7PrWPFGLG4MZdtHlD8wVjtiuFHcGkrnkJnVGI0kKGRn/Ij27TaFUh2HGy9F/
KGAVBzViF0UpzglASAt8Ta5LrMA3+dv0RuaoZ3NbJuzqKlg+Et3gE7gQ7Vr8nNGWPX2tfL/
r7XjSNyUC3UzwFQjF9HqsbSXgvLhvcdZ7dSdENUF0LYZPFsJpNda/7M3T2it/
2vmEwrOkpb9AB6dGfMHVFVha39Mw++HAQdq/
57qLQYgptwLm6TO1AODp9JxMpHMKY36QFBBFSoM133ymBLeJVUSGPTsbYIaCH4Ffkc0N3ZXxALNNurnSN0wrZ
MBZhwvWhH4yUKYC74Da4g2/Qpf4zqN6wxAgWIFKMqHbsQEb7+
o7KPdSojys99eYEK6d8kK2jy1sVDcX7AyjT91E553oYEnGGCPk/obhXA/b6+
o7F76uePaislq6QUUFs5XteKXbqcUHmU6XqfLpGS3G6/TIFtyQLW/FOx6rUYCTalVd9E3s/
yl17jPPAwPhBrupk2tSLXuRSRwAWbVPcEyTHi1+aDvCjqDc5ge9U1ePrWgRAQomXG4hEHaJZLK+
OOEKdxEwblLMQ7joz66x6dCQulqe1CUjSFf2aFmnKqLyRLgnMlfEJduCoXBWsWfW5oGS123TBBDyKa+
3lCjadtX7VAzJCXJeIimAhAdTjCzop7rj1yU6nUmIm3gd+
SJt2db9Of0ZFKD1RYnCVZSJgl0Ki6UFhkF9qL9FHdN1lCEiOINmd0YkyW2woc8tPh3na44NTdragjvA56/bX+
TfE62ek92nlFQJIfu01YYqtAxUi3rZAqGK6H/TSDMaRoT+
Ng57drLi4Ls2Q9Cq6vJetbK2egBfYkWY2hSdPQC5yVdnDtk5xno7wSep+doZ6bLD5X2E+28Weq+1/89tCa+
uIC/
W72smtxgo3pRlLzaPfnfODnkCNffnoyk9Y2fSPBtQbAp8AsjYhSU7LmbpIatHr7f1XdgRy570mra5yM14hf+
xI25Q/tteBHzqO3kmZP2HbNs3PrWub9PkNhKnnquO4Rmm2hprl5xFRcv9ha1wLxl+XAdQ4H65/
I60On72CYfvdLFY4R9vNG5rwbj09mpUFGlUQZFweaKxET+lRpcbfhKmlbWuVqt/8lUqEHZZbw2uoWEj7rM/B4
+gDKuA3W1p2dt3M9ThQB7bGBALKtiabAYzbw/
4zuepbA1Xr0brelaP7avt1rixl6pO8xxZFnNBhPb24nbx1x4shXG/KiO7XCOT/moY+
vUF8Fh73101WgeTgkRKd9dkBYmaRqdGPv82urwd6VesNRvuCoyWZK1yzn9+
wADgDQjWf0bFArPwf6BsuCmQ6md5jQ1zYo1LA48vqQtjXQUHxt2JGsTlDlrvgrXn72DD3HLmm6lV6fOjnSV7L
eXvzZOCVvxwbhB4VN0+/
ZsSYcobB5JVmKqVgaOyXrzfHugANP1cdHsJabxJ4is06TCzDrsKUrUs4yO4IaJ3kwYq7aeR3UYIcOqPtqXtGM
ANg9RX91LA406rAEtMMvvpdRJAG47VhKEmxPvToL/CfBqjtmZ0H+pPXxCz4smB9iAC3tp8EkqNiBEY+/
jWvBhugsgNQxFf0Be8XfD8ZRo1wWNqTrgQOlov1QDHaLuNR5biNhejiEDNSp9SX6BZo+
mKcdzFrwlAvMbCyFbVLYRtor3aTsnub+LHU0LEJ35s9+
5obuS2aPw6cklZypy4rYuLZZ3ROOTEZBLn8bJC7JOT9MHfX5DlNCZhwAzyJDvlSlaXdusAAx1c5z4MvK4spFj
HPLZNLWAaRHW17IHe9TXPTNsiKdzFq4vouQetcu8BLCTtUmji54ZfvDRvGjmLC+F9b/NRD+
CWvdrE2iz13qNNAMtHE3/L7A+
E18fe0IEP0nx58WajsQc77LlmyXIWGxAm5PWjUAQ9GOvd8hU33zFQWp7GA0bKV6CV5aOYHIhG59ytBnyHyBhS
BMclatDtXqcI14sto0z010PPWYJURdB1SuS1GgKoiW50Ctdii7xjImnrBi+NMSbvIr7NjQBJ1iC4meohh4PP3
/GxgqyeqxABi0kElmyYbZXJ36+wpqoTk3ZiSStB605oTw+
OXagXsUwTA3dSZuK2EC1dwGBzWaV1Q7oUUHZy5xt2O1yibyLI5clAsDt38kc7k6PusKsCB9c3LCtLYL9208U9
Z0u1x4VKcAo1B6bbqXgBn8VllFc2L1EV7H7ZfKBDJ+h3nLA8zS1VwPu5yFUNEH+b+AcT5W/
ZDOf9f807gey5RZ3vcaVIw/zGzHkFwX+mp2JWJzghA/lI44LoWYdHSf5YdscinoltZ0ER3SiCZb2/qh2+r+
jTlmba02jtjG8327cxa6M7SGwmyw9ctcY2YBIhUPTpNDITHcdcsRrcDBcvN0T/fYY+
d92g8qXFxFhwexgR9jG6Bc0dmQHIVWDsCCCcQqm36fC+1yTUh4bA+UcifLTzo4kgry56EqU0lMlYr+
ct8h7XP9gvc9ubWdl3kJ68g4pD+wKvVBtCkkIP0PUSoubEuXJ+
9sNBiYMuPD6ibMIiyQFtJqWNfmig330aSqWMBE6Fo+QMIDymfESnZuhSqbC9H5Cakctm2OqfvxXCYnXK+
AYvO4wC3xI/2uDJ2AiLWBRILYWrAMjRkpLwNeveyGmmxXceX6itjaw1xU4Ky4+
rHuDad2Jv9oUrV9fT6124AF89d9VS9NRVr5uIpY+ok3gGDgMpgD1UD5+
puz3BK5HZ0oh1T814kWhl29PARYrOMDnKMpOlbrDq2AOiubYoA0CSZOJMfRb3gzqNM22kYyCrQM4mbOJN87NH
dzzBTt62NqZBTPXodkFEebwt35ocE2jFVJyLJPbptIBO7xdSSxqPPYNkVMmiCFxdi3M5p13OVng4RLsedaa4e
aQlBeThu0PfluFXSUF+
NKo9fecb4qTpwEpUJkDkVWRkY46poptUMDjVBa6TZ6uEvo0RqHNTWPmCtZXe37GeT7x+ajNhhxWHdMlTo+
hqI0Vy4Yr77TK5c7H2QmE9GtXaZNhhAEvDua2LA1qr2HKZS03UsKmvUo21jWgYSQqGmP3eleHp6SSxk4+
EDRtaGwxQgMfQT5qXFHF/yGUpAASAL9nDD1Xpb6uYJsLjOENM01JEedMDPaDMmfOZlxqVnnmMxytS+
GqowuGA7X4Va6F+G+hnYMLDDYdGRz0t0thz4vPX1Rm+GAXhQrSsLEpOUbD/
sPvXvBlkISNMFYgNdSE7a9PzohaUrxqUYmcYzdhnZbFPpVr5jFIFw8US4GW2Dgtooswpv9WVFNjHPC9AnpPKw
DKkk6/VnPpiZ7XJnl9lok2Vwc2lCQ4SpDCDRx0MIU9hcP/
0PKsU18co3aD5QDnJK7BdGBpdzpndFZWbs2qKfmc04UpUmr0nso3PAlEgYs3rD+ZfUf4N2410nfSclfV1q5B/
bzeMicmGvvS734Ufgle9xiUgZ8MfADdifwuqnT5XJTFAk42B8ek1WGGvquOs3wGWUN25V6NJeDwnwWRrKlPzH
ZJ6RbPfpzzRFStsqp50Sp36Z0TliSYgcE4xx1atpBYwi/
nhw9j5MfaU8zG7AxKIqsAcCT0rMmw9suPKcswdnTbYQgb/
andl2awTkK8ANvdfd3sitNEJ12kZUcSVrjbq59reFtfvUKJO9iaGNUPKe5Udb1tI3iyW1VAd9+
Xfb0hSq2RO885jRLvWsa9kLq8+a2fpojTUg5Gc6cpiogzXD9Ki3PpFs60ucXP+66vf4r2wPZbSpQVK6G0/rdV
+
bPZi6X57g8gkMfHo7ppiFTSZ0U1VEKP8B3W7ZSzRO9pHu3DM3QLjJ8zHmfoATEIG87g0Xnt7KWn4nEkvb0xfl

... 9ET098fesaas9FCkpoeo29mttc4DkyfoBVW0taZ2RxdTjB+
... kWsKCVHI7hXUh5PjGWi1RRX7n54oBeSlqRRHX5lkCjFs+4tnRLqz2O6r2g5DiLi/
... T6vh83kDmy35318uTGaxem+s01Y1WZMMg6LoED2/oiomeNEi+CnGEMSitkxPuCQAieZc9VYkDyxx/
... zgAOCVKBunLREoVmJhP8K8elpwKrzxDvnm8THjji6Hbvzx+J3a6gB6y4dmUDF7RGA3MDf86f5FOi/mNg+
... ggIKBShzpxSomuVo5UPyKG9Oh3t3ectt0R2CFyMMYpJyoQ/
... eOyLoo8hTsWMRWEwfiqLGUclguywwsc3ai9I3NBYPSUm/
... WIaEhigwi8mD0ekhr1z10IGgBpKnYyI8M3tDF0JiOQtoGQ2HsBPanBRKZgiOCnDdMMzxijyRXsbwFZHnqOdY5
... 5vz7zjq27BNn7wJsz08Rsv65PRJ3t+
... iZneUf1p8eFrLqgvw6QgxxKtqoi0VmdCqGlSRfnaAvpvUkVOc6aOJjMMVyUoZPBztbUaKmz6RVbUil0moK4kN
... MDpQuRUWXpSC+tSaCAQdpyslM+
... EhJcHzPSnAoaQpzkfiYub0kRCrPOi10Eap2wvVGg1B72r3PShGuocgMTSQd0TBwa0i7uh3oHtiDVVzg2higsA
... CyqRtHh3TP4EcRdSTSrmKhpC2RTgDs1d9nyfFZoCZCkSs1Rpjxii+GwVu2y94wWY9eSYg1G/ZUSynxdr9z+
... KEVDZGMjgvFdfpOP4H/sKVNs+9DxUw+wP3p+GTCUDuYNpohZE0X5bUjCCwlk1aiVN3YQrAcc5tyKft1+
... A0BXTD6IeSwi5qqZXNXfI1r+RNG+c+ZR8ssDgYkFFdIjxz/
... 3K9hMyl0spF0wWo3WIsRqAoroXn6xg9qD4tlEt6e5H2+PHGoqmvyh6EsYJsVWf1qYH539q3J275tMz2Jc1o+
... qFwquYjQ5PDsKOJ4WSocKn41hfBGlqog6jUnA6jZh42TB6vXPGuPCTfvhfoJCaQPZWPyCsb1SpNBXA4qs7+
... 2HcteSFzzFhi1LmIz84jRm92libV4/WK0u2aMDobOQKruUK/dCduTmBrT/
... gEbfmjbIEekaGodVQOAqU62khfEhIqsboN3oVwWG2Z6ikO+W+
... s1KQLknz3f2NjgpDNuf2xygY1s5m2Fao27kXci/1T+HGjYaUke2+WKTIHPM984tWL5W4GuQMsvAikFUE+
... 3Em1MziMFI8TJApGRcOX/wEfPxVX1ILYAJWm4Y299yXCXRAiCsWHv9RtH/
... SaAXo7V6JQpSCobnFH9qGO0pyk8dYRhy/W6UvMRyEiNERKKIEBPORSBzZZkVVNJyXm8JnoJV7JY8qqOVRkR+
... l3HqMG7C5WEv30Xc2ba5JUHGLJiknOnTsYH1IG7gMDoFF2+uprAPH7faxQTjMYN5U5q1/
... 7eTLoEWwWYtHGn7wKLN5jrkIG1AJV28bH3owR0T86sJ8jvZquU5Vn3aXF3N4M9RBGkKDQG4mQnh0knfKRRnzH
... l4vkke+SMyg98aJf8Qn8gEiZePtVyU5E2kbFw1AeOrBdOIrtQ9oRMBHfW3/
... 0eLPS1egn5cHUnh1X4Vsym82JKJVO9V6lCHt3qfzQmmYoVOu6yHzSuzh+
... fpt6OPheVDfaXkqNvnPOVa9pI5hxQEaQqTJU0mxFYsz80rdteNLSCC6jtu0GYqENMT05F1iLVovhzhC/x+
... VJ3qpR6rjVxC5bKehpf5p+Nw+5hHxf/JK2PKxAPmZphtlqzS8jveSUUZr1BVLG/i+
... sVwc6nzVcbtwOFshREI0X7fVOzuRoYkQ0nwxZswb/
... uTGKEDY1bGP5Xjo4ampVZ7VOepCTCaX63o0SyJt61wtNg1NtoL5i1bRpJA9Oy3jlXVmzIUmBjP5Lota3KPVaE
... 5uQl8roz2FBD+kz0SGjfeCPUvPE/x8kArK3FZbxQmir1lRXUyDuMF3F+0bBLvBwMs8nE1XP4HpCHo/
... mutnc1g19/Zwwf608+tkGkcYsH4j96mHvWENwPG2B+Ta+cAISEmtpgp8xMe+bYhlnWPZfaZcuRfZga8Nb+
... sz8rTVL8DHf2SLX+jilbN4CbLma9bRrqbMEO1+
... cVnw3f2aymlQlho54y9BFwSjn7iYYCjCrFktK4gAhtzDjCb74/c1AYgkepcoGfq3gH0s9y59X3Y+
... lCvGvbcPHeeJvjXUBKfu7Id/
... ZpW5KZywGjtNZfeI2YaYm3phbYwfqNpO4GlLySLCnuMXedRfIfrw5bzCjHGHtzfZGLkcyhde14dq0pfb50VvJ
... M7+pOKVRBn1jkoYobvIRBMCQe+HDyGWzCSzTFnCyfWPxV6megV9rNJUpjEgyaoke2v3Z5Y9ci/
... IYfmGAF22Cdq3hPgZ/z0b8Uu1sbkS12zW6aLTa/7FnKzu7ZJfuvzt9emyu0hrbFFYKwD7vf2y/Y9qBUKi9R9B
... +jReS5uqGf3bg8ELVt3J6eI6iieXB/+RdP0eZqcDKHR1g+g+f4TKJnyQPVP1rKbVGCo1NZa6toR6Y+
... NChNucGaraXpDunoQufZT9KD1AHXhEXhknBV2Id+BCXOi1OLRokiL1tQ8wL7wnr7uZpM5XSbsV4ixcs6/
... GL1yW0MYBM8TFMDJLByyA0Cfci0ArjMqerE9qb80H+2mVHjwZDwPi9gFP+J6RhM1PjIL7Rq1GpvIca/
... v5P34WaCWUywhh8sKw6Ukck/lu/BKmh377OpVRBu11m6A2KBQ9yv7H4kWzi5vfs4Cc/
... eSNG8cOUGDHz8oK00du4OQn2EFGbucrpwDDuCNDtLWl6wN8E4CAnto7o7LDY/
... PpQu8NDBnimI0tGz4cMj9z8hBkiX6xSobGzkxzyR165bhrTPmlmTFndYIiRtBAesY1wzO+
... H3t1MYixKhCbQtjx7Sfv4Roqq8hHN+inOijxDN5wyrTKxxHs7ZGDulgftCzIoZgYZqghYk1BSygZ/
... PH5ucS7HyRuJKfkMfYD+9mt6SAp4WZvFpRrI+
... k0x5XqTaPxs9Y4miL3OpHd2WuZ7ZYXUM19dSCac42Uu7MM7AqmSEPSMzNOpXhCETpAKS3Nrf3iHs5kJCXzrG9
... R28q6PjGI+fN16CQHJ+X0S7JyLWDJrQbwnE+pS5Y1SL199AT/zKd9G+7OQT6ypgF07UWc43C/VdqEmzMjJB+
... jDz87riFDCucgDvSFrhXC0F3hiByRlfdukuTyHcuUdfFQwIfqtyULRBDAn2vWaKluhIYQimCYG8k0AJoelj9n
... Am1s+d162bfFDgp5cSK0JoJvh/YcSS7vR1V1cJTezfOEWqiv8pU7hD581hiT9dx87g29rFF+jDfGsRu1+
... HhEJIBTOK6wq6MW3Lbhni1wAL5UWUhL3trgfvHLyWmMqam6Zg0ftIje5cBA2egxsPZjCIN21bqe98I4/
... ZBubZpjBmbNYQ50RXesprXOpNfx91uh7SsbeJ5jeKk9ND12+5atOk44YXXPpM99RqXzcSSWsH+
... bbEisOdE1i0HlkUZezD5zn1hhxgAsUsCG9mvWJ05OFFNPYm3orWCBBJyFkXNptURRhgYA0adaU0Xx8EYVxGAf
... PvWP+
... 7G8quuCqkHHfhDICmqMBQjIiXXynbuZZ751jrmZFNddnelkmh5Vwtt5IuGNL0BkSQIOvRr1dVTSF3Vrh7cRvJ
... iJBsiTcqTFd3IOabJWNXvaWl3YMIItTzrGuQz3LIZqFmOeixiew9ZgZPkg3p9UPrS6YoTEj1pT72czUzV1i9e
... XvTpr1jxBVlFyqAY1/BSosTCaMFN/KSQVLqrhQFrDQlE6Ns3uF0fV1drz1VLTTq8Xp5JQGvpz/IyV9NDpgE+
... akAD3wbLUMfDl1aZV9HUWu5qV2u76NwnO9sLXowOrKuVARexi+/9ocGrqQozful jdbtKNwM3hMsBgycRz7UA/
... cvyw8AL79H/3lf7BTHqIKZdnhRBkz3XLlfZ7QvIbsZcu6RXY2gkoxDHH6Jc3sGa8m7p4/
... V9FT4pxZ62nuy5FvVbBi+WFepZR+
... SdnhgJc4BwGFbchWKdxnTUdN4zeWSAdgHgOsVdm7hIlYGizDXXTABmiPdx4MecHvtWor4WX0AlII5TP6XWmq/
... cPNr5k7y0TyoPntpQzk8OYMrNEGXsru85Bmtwh2xxoaMGTol8W5h2cUN0v64almiuh7/lksIn3/
... 9JS1wD5jt2ljHodn/mJbwZuiADJ7XhVpJ0n+
... BleSVnXc6nhGrWdllxHek9MBzafRVKelYBv9CLoEwKl6VxZgrHKSVF9ina8eW4WQ0dC9FfPQ7NOa3VzRGtuSl
... gyndTtH8HU+wESSKOecBD+rSa0qF9mu8CoFCMmccYvKZ/
... wFkAJdN2YyypgwQ6NvZO9fRJTQObt1B3gVE8xFci9oZ06bAwkqhpT7+
... PXbAqI9aEoML2zibs6qAFkBkpp0DJSRATQayG4ZXQU5aJTvJwoX0bUBDmHS3OFB04scqMpy0jjBQhMRs1POBa
... qMMd7/x3gdR5JkCpyFFam0GQsNDzjER/IZddp/EXmJlHHmLCE8JszLon2e1oFh5slwpdGU0kOx0ohcMbTaM+
... vOFBVNJlwJ9g+

TPEsPHnZsHdV8QesBMEFmW7HnWkWcyYH6aaLnZyfKEWGpjKKd7rKwFIRHePBdTsRL39b7oeAQx1CdEAtMW
PqUcZtBLvyaXbkzydnl1CdOfHwWO2XR4XzR0BtsFDeoTH1akODrRwJiI0M2XvSrTbOwNkMXci762xI2yHuA2w
s5PrQYZPbiBivHHA/i92hXl5+VNX5FGr90YQRB2vR6temCBZFxCHvVGxejdRF3gW0GxtdoPa3N8icxM/
4S28JHnQqQvG5/
ET2rEniVEuuNcHD1EbLLx7GSjI5qIv4zQh1PRJu3lEvt2CL8aSM50LSnaaGVOfWQhM3MOGSubmYykr4vg44kC
7A+3TejBLI85Sjgu6zoARxnNJyUHM19TrIxhS6RL3X9iJwH9WI61hw/Kq7/XDJ14Qhjjqo+
wtxPNUKPNwDXqqZEoRdwvedLznkXTdVSkulmT4hB8DghwpH34Paovzo/
tKfCXOBoAOJ0kMjrG37hB2NmeGj7Lvq9bvv95JLBQcME7wdie4YuIWXmQn6gjGypRkiBJpgp8y9t3iJ4H5mE9
7dP0MfbuVpB89Trt9230+vV6+qNmqYpngtIi8nyyry8CWaLCOoJKCv4QmEL2adBgdS/07VXEJ5YF9R6b/
ZIqe1PSphfhcO6tUxzBH9ebG9wNHNnGOJzuIZkcYrOgI/
qbgl8Nxwg8XjYWpqPMRM98LE72dHwAfKkIUDatSc7Pb2oHFWAjHvlKyvJo3eYuaO8y+
E3A6GNxDihSr5UqQdnrN+oz72zNbviHmCR4Y7oOlltZE5XDTGxFZhD/YfxgA8q/
BMGKGegCXyN9SWkH6bsXWxiPaQtgOiWqhmgpm/vnzdUv1aSuoktGstduEcu+5JDW1NdurnC6Kq6k7F+
8zwaBEwMj60/OzLavBGJ8lEh3gbh+TQPMcJMLhuo8N1Tg/WluiCJCOzLUWPIdknvxx07F2buK7F+th8BXOHax
/
hW2o7e4vguVl3PnJ0lalPos3GAqKNVcWswBBTml6tMKCHErZCtjY0XvtGIsQtVl4DgBK82r9pKHQ0xhJ48x
I7KfHIV5VdVf6Hz/T0BVdOrEf04/cKoFuBVJRXjLtDhJzhmCgGa2NV8xVGdyhPz2uF++
VcgFknm840OX9ASsvUuR/LxSKmNGWsk8ILVuVmOIwg8j+2jj8UXt740FG73WSXxpeL3vy/
6upyTM2EqJO2ybw7Tgo2Q+9+
tCVeYzpTu6kPkiHUQCbJ0xxsIWnLbiGQ95jNKhwGlfXehv68uxKWOywCJKwSn87DLAHrOzaxQbCHDBNrEc5V0
fnSCVFaYyPCKgHqnVvK06iZpZuMj8lb53aaP1cuRQank1oc9x9X3SyZsqE2v70w7rP8qM4GBhLvBMWxY6xEA1
hTSYTdQHMNQ615tsbBPxsdt/Oh0VPhUsHUeAYfOKcR78hiqIYWGdira51/g9/
vNE6n0N87lKeLcHdynnyj0tXkqne65XlXL+/KF6ixw8Fp7yEe/
yYszdczNjWaGGoaR7mJTm0XlpMFiIPPubAx00IXfZSBZ7gJz0Om+
7v6yvlbKlp3fpxPsSg8y1Kn3R5WlwkusOQzpCOUTjDHvnTZinTuLdd37qmxyZcUE/
nVBRn8CyQFyM2BQtsy7WuxkjqhF+uXp4jwbU75pdBYzTDJCocj5Nrx/heOAF5yiP04vXAzl3LbuAqtXM+
xaeGqUfBzX3a42fXAU6xELWhsd8i/4GgzZhUKKupFKRhLBgVLKuOc5hS6c7x0ej/
VbijXq9qXWRHuoAAyWoS4ywG9iyUNl1LySyva+2bus27iwZO0auHrPb7Zx8SlqyHOLdp1NtJ61n+
eK8uUak1j5ISxICgihGzlsFXoFW6QOi2Mtez5wUcspzOHiGYLlrNrqXd49C1VKdTwI5f4OOpQDxDm0e6qxrS
z3WXiwAa5yed5I5uuU27/jR2BVp6NUDAuiS70TaUPsdl06FblD1NigHwMkzN/
wFerI0Z7ThEaT5AlaEZNkUNvepLpmQ72ApuV9E0/ViQQe7+
R2KYaxZvKt6IOEiSdRdPIrsrtktfuN8D1iZeaCGdkrbb2wpsStxvZkBjJQ0rDYU0p1iCSppFJF7PzYS+
K6k2KZ3uedSTg0I08qNeTQ4lE6CRlAvQ8Lfx3on+bXe/c2jw+
lYwsAsBXyKbHpAUmlnXfP16K4i5rufHnxhAEdh9PY0BXPr3LiI4eb+
nUwpvIdtM7cZG7vGIJcTfAySOGPYRyLTUR7MWvfmSrtZJEuv1KnqTUWZQdgKwZWMe0NQxmHkVTSYjda/3O+
yHeDVXoBiTlawfJPg6F+WPrYNz9XsMPMbUly7wU3QaYodW0VER1oNf3lB6XdbxN7P5FZ/e+C5CJv56E+
2J4MA6zjzItTsTKt0mzBihCWRpWUQfXt4d9K8tZN4xy+DQKT4G7pkhARhDhjas62uKR61vmBST0pZmqlH4n/
BEuNq0frLsO0tuHQ0i/
OjhhY37LycAWCsfYsI7N3rLakISfKievb2fdPv61sSMgF74zdB582i0Wl7MsP8NnHayawy5kLuECENDaGfY0Y
zGREFbwpo1ewFYU0OL0sJ3NL1jwxGaUkagqDu9JJz45PW5YYRwWKQwbJL69+vKY0xcYJQ98R3/
uinT5pzlxNs3kP+MQhtSPSAQiimiI7tSv+1uLCYUFXz4VX+ej7Ue+WAUG4+OtE2a/x65imxfx+6i/
LlEWlMxAy3KUindgAre29jDDn/oVjsTpy2UJeXkPFlt/5x+7qGD/+
WljrqZ3QjWd4AFy4DNMZsIebYUl2krzhNyQ498jU9dKDSPuY00nTJ/
k7FCqFp7ur42pz9kBWQWvyf2jfNvoicsxg7HKqyCelhwdT5rNR1a6sa1DfjsrSTtc2a0lm1cqawRZ6O8tyJwO
WuKhJ+BALcAXowwzDxsT33+AUsG+56sVpY8/1ONTPCB4CUZm86xZqV/fA1H04obBIs1sN0rH3yxU/
82REJSE6UevbHu9V15fbATFkSxTvbYLm/a96gPFyOMe3IRVU1TjlAmsMBF2qquPdi+
rZpOzkfCOfLz7xu0JnvQhjfurvXqehoBKoYTUUnIw2WSouLh9EebqK6bYD6eYzuGo3tDHoWbnIpaZN5AZ6bL+
LfhH1eM6M/6pfwNFYn8BkOTZDjzjXqCWHv9q+pQWd2v/
I4LKmePrvf4vwSlILisf5Kz2r71dWSzQLdA8JYfG2X5jPeUGhYC0pMZZNAg366iMppjDbDLRnO43bXVnLO+
CpH3RhKnwAbhwaP7oufPDBmUjO1guatKi9LxwW1cF2802cdaBbz2AVnpXotipoDenjoDYBkASoAa4TgiaPrWy
/
WuVU236rCpS8fbx4ZNphIVfEmyRvVNtkdMyBuNDpX13jSMbWw3hWcwkhrw1z1pz2cePp8kvNCWHNjXxuuCdnV
67qCsWHpZEjzRNJjg9GgN20sS/
jkkqLld4hUenN7GarJi8riFGYBoZOSlXu2giAtZNRSkn25VQwxiMq8yC5xujesEAh4QKs6KQb0cuqa2yu/
ZtQrXrKZvf8eC3bvmVTdhu0z6FHDZ/tOXBrFuOS6RMuw6y2tiMsLKgrMsHDzUzv/
aYbZNYnHgMgQluzuyXKhpqIbwx2iyZ+osw22agxqhANSPuS1RvnqXiXEkVGSKJfQ1Ygelw0skTGUfL29/t/
FTbr56kw2hcFlggGdciqfBIsVSNKOqj0ot3lpLootswZKQ6aLWh8DAAE8pM6CmgUdoLAt2ii3i2l/
u3N79KnSsFnxQZQ6Xv636iNgPecMdncafgHaXreZ9t/KJnVdMQG/h51gaLKNphbq2Q+
JWlG0A4XOSCOEB1wg9RatpcbCQKLPFgIZeGmrmd11h+THh6dOmCSGMNobeCWed2+flYV88rbhdaQVN9GU6qRL
/8Sw365mTbU27NAOVq6fE50yE7lhX30YMWgV2nMitYpj7Ukom7viY1bmmRAyocSCUs9Jt2hi3MLB7cKbS0/
A54JOTuIntzkK1igan44Ed3xutm3HPTVoV2a1zAn2/qsEU57i6M0BnYiGmquT4CFfv/
h6QgsuogMYLxXCQJMRgLfbGu2F8TqDN3J43K0dOoYI82F14UKaXhkhynHjJazD11GAAo/
kOA8BuKdXXKCqxn2bzzUzOLsHYd6QE3C/aPASZm48JNNQdYDr1jyQ2mAV6dVjsOeF8Dswyb/
VkCfoeC5ZXCNvTL8Hcp9HuuXX/tj5jKMyOBbkPyNKOxI6+
Ia95eI49eOOvYHUEzEASKMKT2h5No2r9mdB8tuUiz/
TpcKH9iqdVlQVaFIyOwzXvEdnbARLV3GmPMKcpdC8sZrktCu5+
SlrFQqRBG6Pi9KejgKRMDrf1Ws5q5iNFjl2VIcvj+JOhURqqlWxMEnpxKQ64cT1uwh3Ui3c3RZPap+gCE/
0xZLWrjoWWDgw4Y7hrGMyqSh6g+NJIYqZH+vwehYdJllw1ueYtbQsH4a1Cub+

U0gbrPrIX9vhmSHjdraav6vkmKUoRP40bGTdqnfafzOsganyobgIT0q9JCpCztBr6hbFsugu94YcR3AcwPZE
ZSga/u122TzKJJtalv9egaq//vC67oszjBCrYchx/C3VEPrxP4O+
saPiArbNaUm8bycyE29dkRcwV41N3ynSyyy4RKCBW5Wv5qu7CCIws0VL+oG+/
zXprPJKqH9oQKmx4VldMD5xF9zCya9D1vXkgh6EmmRBjkQ1pCCcYYQWqRfX3S6ghwwnB08YM0X6KbEqqFrwcp
AJlPvHnsddh0x4kDwufZpURJvpMg8n3PLMKkS7VBHbJlpeBs/TW5bPr3+ZtUZAwZQe2LmfKKgPFoDUvlKwO/
Bus0c+LPa0I8HVvBOZEIyfAB5buagbjTkDBqNII/yCMdIsZA6rZbT5ogPC0xqFdDxhzTR/5A8p/
E4juzqyHCa073HadEY5N+p+2YjzXseku3611N1wtrfHyd0Pz/8FI1OCLVsbYrDwgOnrfhYFk/
DIXkrUtMsU37q7G3oEUgwi/laCnLKisGnu9+
seyt5HQGtiua5OCVzh8WhmLtSPlr0NaNBGAH1BVevCoUM4BAB5tuat5wUk4bZBj1TjLrPf0UpjHbaDVpzYxh4
OaYHYstNMjEmFHxiH0PkLAdClyC/
hlBMYNVyHeysDgiUwhL03extUmnY7oLVTT3uknqXh22oUURHg1xLYBuagUtXuK57FGDm0BxPkUxNf/
Oe9LDSP9C7X387W/UM5+/c/YL/qIZvH08QttsL/zlkbxLB1OoGfTP6mjpWelN7BP44GJi5VGLjbSZg/
CE44bMKr9E7QrkVn3UKRfVCSg9js1B8Y7nQCH7L+bgplpLfAbgBZ9+
HIKnDLdn12V1sB5Xj6CfN5PbmPY1tZrreeXbkYx80RwC2lOcctf/
ezvkUDfCgGTK7ECFmcjS4K8s4HmWn60Skvt69Wwlqsrdw6h89+
IucsxnRqTKWlvRU1SQNQ6BZ5pnx9mYWINm6piSYPHHUfrHnYFivOuTVUQgpllLeObI1HsnPQjGGc77pG8k9d
x2KaAH/tl3oflCgMPPVBNaztERFt+RgK/
mfjK9G2BeGF85nI05VSuumUun7JcYpchNI4ItkoDe8WGENJFgszfEqtAjUFjk6Ggqrwqqcf0ybahOuI9kdAgk
x6wwYepprmGsJKomgBBtUStQO7kD8dbrXLlQb3ZlD40ZvsmVvHR9VsEtFtmguA/
ITDc4do3aK2lZjnpf8fo3RqKBM9KwrzVNM766dh5zpKTrFyZvoO92WVC8c+
YLubGALOK5bHUppuxe8bfmnSoGYxB+
QhbUQgBFKV3bTH2WAAh7s7g8i1JJ7tIA3sHUUZR5yt6PnywSzLFsswZsTXTdzYWld7UMtXY3+
A1lcicEcas6h72plmG73lpZMkc3sUgsN37rj4pRkkean4/mPcFGn14y4l2N+2/M7pBRRUK/nZwx+
j4P7r6mIMeGYjQ0NlTYOB93j7vwxSSXP8Ti6zFB3tMvbtzVAr9Gpgu6a1phKJY+
Spirk9rEHW7PxVjJJk7Rkbf5B3dPwrWGX77x/
q2febmnBP8fnogNlpeNKuvlLFhfiTjxXzvMTBxt1Re11xJTLDE/byeN40PZJ4Uti+1X6wsaUqhPPOW8o+
EszV7ZQtV+Foo+RmbngXCpSg9tJ0hnixIrPTjE0SxOsXlyrjAeSVxfIeEYSGLyLi+
rtcnexqRI0Oc4JPyz1Kwifp97zBi8xbVStC7KHZRPvZdFoz/kQObDNa8cd+0KyhETsj1a1Nz4mmJLlk3oqQ+
VHHB6ohFvADYBjMplGdie0ULAkuBnez+s+sICL/UWRUUDJeKb+Z3Jzhxk1zt6RtOq3qmm9FkCbryuP/
DlzvPXZFaW6JXKqGlTjzogriGzQx4NXwdXpnJoahteFzcwCMwpsAAGxlc9fC7dyjB9ZzmYI5VriUnEuQw7e90
y8N/3TGUVr2FSPITISl2FXnM9t9hIsHnarvYaUiXVmdbibCG9d5gwFDCeaztlvkifXiF/4HbQBd1j9IofTG/
S6NXjvgbYY2R8qC5D6VuN2fJ3f6gEiL1kE8yg586IVRG8ZCKegJqLViBN2lK1T8GL4WRa+
nlfemSQRuNLVeZHh75PT81339Sf84pVM9YrvinooH0Rnv6aeCrxyFYu8wr/lI3QMiz/
wupRC04XjECXFJla3DTy26nFYzLvqOKcEwkQwqFgKO6V9LKB083ftiJFEzFGIfhV+
WmkrhJroJ6VYlF2pJs3J3qlb7stR1gu853AWAT5b41pfb8fVHFG8uH8wI8fS8nnG81i3O4mxRf8XvakwGSbDI
ndIODlf3HToRCDOlVYthteQckezTPiX2nWa1uPqMjOOrTIha4J3O9ZYZACu2gpLv2I9X1DQNPhmXzRyt71SiPSy
ia/ZQ47JE3LKwg+oURfxg07jbYqS1cU4kCVz1LVccXF7Mc6nVLFNE/
tgvMr8JMtBJc5iQAzZM5qJdv2KzwulZglkmoQeZ7wDA1xW3WorzmdZjsC5+1Bju97B56S5CmifV1Jcv+
7CLpQfGEqFvNdCr0r2iccwtOzdqy66/Dc9ZXCToIM2TSpvW8LDLJWt8HXced/
yixdbPdUQnesr1NWYlLNZB88E61mLXz1JrYW6DL3r+VtFs+i2OIYnbpzko0S1eaD/
UQBwpQpdJRGDWWapTTxPW7hIdx6gP88Rre/Y+RzEDfnbVMArn0G2Qq0EbzhKciyacwdeLaJS7bAVcoLGO8n/
UzUOt4MarcDbTo0Rx51XfpV6wgqVil3MFbUFXHuiUlxXDnPBYubuiZu04k4OsYHQRg2xAs5qXzzJOXjCl66Ty
C/YbMnByPG2ESGLx9Br3GBJqb+XNDtRs3pzZ6vqZ/OrQgGcHphzCOLh3m/
vjl0i2mnT3PcpRaBBJcDVGeyHHIf6ZhCmoGU++/
HwFANThwzXxnqU4AjNCpkNRXIKXeyB3NxB2YTR3c2L1FxYAv2VHdfYMo8aBHZlVaKz+
4nq4Va5QDvHflmfVrcF43d2d5E61bkC6py9Yt0wHZkRE1VL0qA+gMTkSAgaO1O/geOLm/qeCFkiZ/
fvw9APHRSEB4qaSTwz0FXNGWfRXzsCAPv9ByDusrBDWlaDtyTyqrTJbYoD55MRbhPttQNT8ptaBsrqf5dPBXX
fpZ988HBs9CwUnBlXwV3vTosp14+dji7LpG/LAo7WAEa+4AjBvmBPmo/nDSPFq/rfhtwRga+
Hgy9n8RghlKjp2moQ0ceZ8ExIWOvJ9HdG2FByn/87E05kecKZ/Nqr26lE8D+
YY0TKRyqMdbJjiJyrbUX2KRNdjnKfSqtpbw7wERPv/
hroUdRLa6vSUgkTPGLpoPQJQXGWoHRFRrQWMBoXDvVV0pwcV0c+Hg9YpRcsKn8joCY9vM+
0fBbPxHs3K5h43FkvsojKjFAeuBrbF3QKQz4uIYfg0+yaya4/iTf4IozNMdPyhMOsMt1jqiCL+
rqEBee9xnbtmgIUWS60Hk9zlTEfwIVg4a9l2qdApcwfsSNvi4tuoPvEyyrqnpbRE3so07SQwdwKpuEy3k01Lx
Z/z+6fPDqkxAFR06jmFFH3IcsScW3DsKPl1VPo5ebcGm/F+qfDAbiec+qOdk8ZF92wu9+m/
nQMw4GPmtqOFXagpyZAGdGnbm0RXhfE+grmFU1bXuuxuZwc1TgQrZ6jiT0OIDx4C/
oLmPtCy2G2oLtFeDGNHawugloopdfeCoonxWQzjtQdVerqPFT3iKOvJC52+1Fy/
QrsvERwQt46canUJLsbG4PDjTo5jumzyQhPWBKTg7fIL87518+Qmd5sdbYFPG9UEhriLYn3giX0aSRZLrAh+
4kosNxNIitrl+MshaFI1rx/SBNhLKgR7FseA7TdYehzhByqQn9AEsWPs0CvQjNkNfCKXKqvwdf/
7k0f3pIUePZhKciix35udJOWhhm24/
Aywip3oIQM0zJJQaQmejSGf91zDHLvSt5HOEfst63CX3buFHXhvC46hKeSCAvHmhSZfW+
kviMzoj4699QKhmQWZ6rJqiFZLJlLP7c8R9Wo2M5WDKvhinbn+j4tyy7FmqNyGoATjXvG5IZA+
qAlygDceDylUI6MC8yzkc8RUz45vpO26xpeBFgd/u9yQSLEdjYH4bDT7u/lHVKk60ytA4vJxH00/ZK8//
7J7zVDr3Il30A+
vyejIsZxBHTHV97fZcDMC8HTcfxv1K1GSYbyq68PYnWvOtSUH2cQ55nTP1sEHJRiZPoSiUwBgNg8s6uQR18jS
XC9Oyq5/0aA/Y3rfWz5p12pzJIa3r2S3nDh5YMCYo3LCpRkNRuKr1ui+nujE3VY4ntIDyYld5+
cpDr0Zlb2vwuUC0y3TMn0ca6p/7Jmx6WwWPn7EilWEfony1IoyMUHLyzhXOlVWrykAfre/
eU5VuIQaZoNO4t1tt3fQqGQXv+P4mx0kvZr0m9uK/7+4FOslYnxQQzEUyyxANLmLv8ODdbBdo24wY/tLx/DA0
/AlyTTI/m+Bn0uz+9j3YysGcy2EH1PgG+

34088... coa8aByjj1okVtrKHrkqvrypnd1o1QVAMCRBqZlw5ya0fw5GVXkefkZapT2qbulC94b10+
... 9vgU0edBmoq92EWFh97YQtGpGmrH1+osEhLyQ5im/
... JAssaYqYjWkkkavsnS5K2CNRrPvVwDORwQrsyuyOJ6Gaog8hSDNpy/qPxb/
... XWh77sh4dtgjSU7RCPIZW2wmHVLu9bkhpiAJqZlC+
... gRPOkVqAxPg5EuWXLKdpelXQtFH5HqD6hj9e5UjENuGIird7mn5uapHFeU6Sl4MdQugMWXiIPKiVAKMMdsLhG
... kFgrYevXYi3H5oUaLhKbKTaXRzo7R5//qZ/21hTd5bybbkBZJcA5IFu/rl2UHu9W43pO1+g9PVqEgvixE++
... dprwPR7u9uhLpiJbeVES01E+dUZMJimesNHYx72iOmQcOPfk/Mz6VUGykkkkcQEvCJ0GJ4u53NXR+kXUPnrG2
... /mwhsw1bhu8DdQYV78m2K75Ajq1cEQtCMR2laExAuG7Z77S7wlQ1gepXMwZ7Gpy7wkw/JV1crWhNdR/
... hgLe58LgJo0QPy/AYBAYFY932G1GzqP/joXRbXNeptUgwSEUDOM1YBTPuTT1ZVjfy9IdDW9gLFPrgxapRvc+
... 2o3gm63RqMJ1p3axt4VCyLCWU6t/usjxCofbHEyqlqYczDw9cs51YIM1HPYGwcFUyx2pTHLuQkG7+
... ePb9iIY2muDY5BKeED86fzwal/i0hJfNZOj9q/
... pYOmrffV0tk4t3O9KZO034z6C1LpXVGtAKyYuKkVgYWTidP5oigBdEYYRFyJpNY+af7Ig5/q1q3KH8/
... QT2P7SojtB/q2FoQcRrW1qQV09QVgxbJhgFbs6LG4/GnNyRH3I99TCDRb8/64iws+
... 0FSaSTh2MEIRcrK1ZxcqIIk3h5CA05ITqHWHF2Y9rrBA/n1SGVxJFpJTGFJW+FALGMdT0CWhqQUFMHn+
... g1GBrd9/fMS4BY/9PmI/GD48BnNRPu1nw/msTdbPVxTcDOQL/b6cxXwPWDQP7vX8y+iG6AEkZ+
... shwQuJt9wzykv5fumoyRh00s1oIKJbyuumGAyebXhgKhKPC8LnKptRcONQ2oimDFvQWEAXbZdy8AZbJ5CGXK+
... fUqnFv07Q2fTOvFReaRKgl7EM9qC5scVHeuEhXZCQog7H8uNPEv9eUp1m7JG0NRQbsYv4fqOeQeh9ysaHOHAz
... thsc22WRGDxr18ssyZxUW77ZUzfzM2Xv/0bPm7CHK/
... 0ZORnv9PDgERPaV0jnZc5s2vN4P6oT2Cquv2xjTTv8els5KnGq4df7gTJIZbsIBYRvQ597/Ci5E+
... 1MmhcJpoBh569hUibo8In3hMwo0G3+m1Em7ETxAv1Zr+HnqDi6QjqN9OXbpEaGYF35JGswFh7t+
... YxcZYHo8VenxbxbEdBIFLS1+HGWgI62JvQx18ojlweXCzJvV40X3m7M/
... 4isVZoUJ87ESyW2MRVilsR0ZmQ94YnONq0Bj+m1F4CU9Tqka5Sno2k/CjyDZ5//
... vA2MnyYz9xOaaUm2mCqV3XedOXUKfx0PdbMpFOK2bU1s5EVwX1A67uERvotOSLsDbWK6bT3yhnhmxr4HbQtcc
... PXviKjTiNp76tE2HZC5Gb8SCk9mpcfpGQzR+IRLV6gESBTqMJOuf1LHv+
... G1qwb7G3IpVdQw6BQ8kRTIp6sJtrSVVjwVuVumnwB8NCdhXLLOcFy77J7pNAQFcWVZGmUK+lkPWk+
... CRdZpDsAAsJu16t2qEu/xSbTZwa8kP0Wb9fT548EOm1cwgQ4QxqK/kW4XPFoqffFi0YwtWSMF/
... DGt8aHhoCYtMZt6LByKGWCfe+A+4GKIvdC4B7MSWYChjnQR4foC7TwvvqMirHGJi9D9+
... 86uMIAqEVVb5KH0g7t3hHhkHFjG8fnLTJXF7d/5wiM0NWBu5cJMTle8ksqd8sDmR+
... OvmW9Q5fTkk26AWmJ8WsSIQkzeocpkDvVDdVXoBcVXXBecXRjF/KY1mXvSI+
... 47lNZ6iV7kfFy7AkF0CD3vC7boQLvUHVFUHFr2kXZz4wYYjzk3MTXXGqg5ubuUnXE+Ccc7Yp/
... euSYW6BLZxvtz4NB4WT2i+H3kZ3A099qJKD+kwWGVgt8PFBy+gfe3i3VDQAGTIXmwN/
... ac39HIOOcddjSQE8HcIhKzLzAilDludvsbDVpYbTdA/6PeV3At0uDS+DhkntOtjWGdsrpbMr1w4V/
... 5J3fQzOwYQy/TMCVkxKjD1bC3LsXJpSBnjACTKCG55luuBXU0q7eLiY/
... QNrgYjkU1aN7ciNdcRTAi713OFTAJOIZPw1k8Ldpbjnxigsvzs06D1Wa40eP2uPRTyPpg7ZKMWcuKrTOK7COP
... pbeafrwQL3yF7ypeq+
... zgudgk1pnweKsgQckYHu2RNAOOttIH59B5gVDGofPJiEiLrIdAh2NYiurTSyRehLFa80bGEd6H1KfmUYvUq7K
... zUXwKPrhB2GQu3siynFcys0lyej58giI5CcZaSXIp7e+
... RKS14l3C8f02DP0MRHBY2OLhobLBb9fExxbfTx7iz18SWytbVvIv52ivonQEW0zf9uStMkieAl8JKehFNH+
... 0rIvNztCO0HzCrfFXBZ448Zgej CDTfu3xcmAPjFBEW1qCKmzWvM75ifsGZY1GtUD9CnwBMu4UpwgY+
... seG4ArCgkPe1WiSimMmo3y5FhwG57LQQt5K/pTv+4iE4aS0LOQMR22rptptcFH3Wqm1gUfWOZ/
... QJITmtAaSwOpSQk1ue5G0Bu7pmDJzNH7h1JFUF3VdvShAe+cADyr3lg2+QzKrTReL/8CP0u+
... 5xMC8LcJr41o1CLYLe+GNOwKSL54VDj4K+X3MJg3dQt13RDz/
... 9qNVFi1XFnUuZoJ86Jk4HBqVKIG1F5c9pTBvKPq1UObXI1SHdNm/
... 0DCoxcAU5GARXgnnmmQM9Mw75uVnRBnIEuH1LufbrMLYaXRkkRzGLSwIt2OYaGlZsj6MzxSN3742EJ4
... 90UNGfWBPKWWCYkD2K0A1u5G74aHefEqrT6sI2ERHayy/4DNIobBFWJog13DLQpcD+
... IyTrL1TgnaPSmbY1jshtY0+V2ci/7xJdV2yF4/Dx3kDS82m+zFmRidIOJiF3idkaWXtIaKIZ5uKepwCh/
... TI5daatTEf/jNRvCiI7EkxXUwro4fqcdsf98q1MkpXrFHdwnzJ5RyA3I/
... SS6Wng3U3owaMZ9dQMp5Uyio2gkGgmuKMf22VP/
... zeEhoQx4Gd2tvsSPVakarC8xx9B2MuqP6YfG7tOCFOHgfn9F5l8/
... sYJ9NiabQURj0Yakc3ukPr72w5FrwEPe7qS1dBlfmqgSxVfjRPL7F0o71o5nV1oMHuZwEARvQrYOU3nxuLnGn
... 7iyXtJ8fVM7H6ck4RDL09u4ccjSDgUM1pAZaQWe2J0xwEvylcdF2MVE3NPe4FQMJJAlpG1T3xG4KTcs71z+
... SmdCzqHIj9R3K0+RO4sAr6nrmURubzBiY1l9/ojZ8WxDcujDyXJheBgsMDGav+qW8fZCqa53X3o7cvQJ1J5n/
... T3O+
... ONf0EjWbjkURdd5j9PbAfDHvbocbgURYB7jgASANdQMO3Kp3QXKwsZVcgtEZUtkUvjoybqhrF3naMo8inJ1L8
... +
... fVpg4EPIAXo9ved1gtXiFw9HwEvfaPRLPvzisUVNIQeVCTFZe3vG7BRH00kUNTMPHDvp2fI7raPgJTkrLsJsl
... EzKstDOj7Q+GTt4Qb4nslcuh65xH+27bl4JWiXNxJYTG+
... etc2PjIH1CCClHmptOIEg7NZqyY17qWSdx3U2e572QfYuobBbf4hx0CVQSghkvnVoGPunYZVUhwZ4xKQcPVR5I
... doQxMMYyfZ6Vjoe450tVKpLATmGUkQ+9b8/v+/
... fxJd7QSRYvjQOUsffDXJjzBEt8M6ecVamPQzUBJSjN23wfdUA9vyqqn69hbFdHkCSj711pGSDBkuGwuACy/
... LPv2jw90ajJ8udje1TBz9ci+V9WwJATa2p4fcWtQlFLTqI0+a1mAMtOtd+arnO/
... w17sWgMsmIuCwGHO1XMgM4AvUI6h3XqaowGIMuYQgIuYFbp1Lvbzd4GZS+JGmFWzz920oNaN9Om1WzY+
... LgDX1WEYWIN/t1VYNw7dt7L2/yg9D0ZjmfHA5w6W2qOapKmGdWn+Uzf9rvMh/+
... tIxpvdTTF2bSjOhKS8iFrqZYFOtok1gGH7K104G6WN/c5KStwx8gu/
... Zj8hQnTUFcNrrN0jHxmdMRFJlXAZxqRJX/aOMliHGahFD9S3CUAPzOr8BRbt7CZjCj/th+tg384cJt+XPg+
... De58kxp17EkwJnjUu9FWPRvtq766qO0AOkMXu6uC8eurRe+OHSD+EF9oQbeYsr4PgXBkd70EI9iz9HX1Wp/
... jyP0m7DDQFU5hEHL8rDhQB/+WJb9S1IZcRWB5ka14EpfdWP6sNKSCeAmdn/xQuEj/
... BIqd07IS2tAj5Svy0E6d5RhTUGva9DcTPqXQiEgr+

... Hblcz9FxwnpfnvrYnyN7sx7Nn2nnw2FHod4fHcvo2RcYVElpfHgascZwFEK29V4QTyHDqY2JHAA7Z4meJV07A
... TkFvVp3bvw5DMhgBevcvUVI95MbzWAUeAlJR+chB1uxz7PO/
... AmkUP7zdmkG0r87QZDkvvaNKX5cyRfWfg0UPdIlL2fQx0eBLuRRgRko67TwiGCeJrnVzWS3TwrqyMuUD6UDfL
... lptHmMTfyVEuQ7PAUBSM5/2IPP1Prx+N3SsuouHq3dFZLhY7vSmN+/PcTWl+ez/
... PRbI70SvxAAIgQltfO37iqHoQzgL+lzUbIC5GpL01wGxIE39SHaSkcUxmE4rOVUC/
... XwlSIBxlitrnCzdvP3DTUXNTeinxzY64alt6ZTYCZKUcHTDUDCrvc3LfNDjFJ03DqVGld8Zl42xK5EB7OnSLD
... cY+CfpQRk6nry5BAvAceiFS1TyaCSG3KqbjBa40vjoniZEjVC14Ql+
... GA1600p9KHdb3W4ZAb8NJTOZcyzWFdp876n+hJxfwa8CM9FMnmgJr6hrAbJ9KDsVtX2K8tyFPvCJ/
... OG91BYD623e7aDfnlJVt7bahAqA0wIHWLujS07IF727IwECDvgyt2xnyZot8rs/w9D++
... uTa7ly7Hr13QpbaV2SRRB4iQeDH5a+r3qVnxjLAxFlc1XK4rT5+uwmSBET06DsK8I+e7GQum4/
... uloPEwSCmUOTwxuBEs2KS4ICd/8qDOdddKbGXDN+YmLNFIN3gzC2JUroVQLvYHoz8/
... kwKNBGFlHwfBCII4gJnAp2jS+Hf9ztFqkrBfVnr+GCU8aZQnC6yDuOseK3SXVr0XyyaYJ+
... o0sZFLc4QQS1nvG0NI45/9QtZg7aOiFKK+kODBVyRejVLI5mGdHg4qASmebJjaPf/fSNr+
... LHaQYHqRbInhLznYgM3h/
... 3YApLC0FLRkluRmk3zqdSJNhHCO7EiQ82qdhmzKNFeNoobfC83QzIPeidNoDIccaQhakcPVnbnGlnfe4Ht0Df
... iROaf9sX9pvVFLcufRLLRwWwTvv9oQzfzOoV3tN9McyjkXqM0g7i39YCpnJnGFyWOzVc+cy6xvdjaCFA5W/
... 9QfulX4ZiK6is59lFVNS0ly/O14c2OsWdpX4dh3aMRxrA3UKiSiXFJNpMOblQVUhYVPBPJdURnX098Vj2rww+
... hrSOH4xGM7g/3OaPHqw+
... N6gC1HhR7XwqHsiuebM4PyCznZIGunwIF8tRmdYahKf4flU1AtKy2HKFKuJ7yF7YCVAzGcy/
... jiAnIxa0nSgtdOPicyx/dhzpG4B9xih9/
... UizorwIIiuxSDsFi8rd35x4RMQ35HVQM3Rkycn2wto9SqhCZmnO6Oax/
... I58JKhGBgDV7rA2OIezhIIHWjPrRBAaIXCgpPdqxjxb6cdT6teX3L/mFEHEVdLekdvzSuSEbla/
... WZkFhRZg3g8bzhrcXf/Uk5XgRwdV/6AMd82lWsEAfu0/
... 24FOT1TjowEXJgzi0sohnk8jEpEf5L6OKI5G2HGc1xETKm5uHlzwjU6Vm9ctAtYwGwHcUssDLVRBgJLVyg2KtBJ91
... T5M7NHegj5tEVUt70Xb7/a6T+CH9xsl/pTrbt6ffGq3w6ddsqqcr/
... EoCM898U4rRj7bL4fny9oBp0y0j7ywvqXYeaPInkVBDaFteAeprgOO7IEzzKMC8D+42j8CTTLzDJwE+
... 4CBbAhzBwR+F1hfbTV+wvTA9hUb73rLYxVheW+
... j4gtTZAPvnksenn8HWegaQrDBmhdxxOLkKU90Neax316ISNmmDBp2UEQFmvGrEJ0CRiJTmyOpTVUvVZEbNJq5
... +bq5lObztiRBSkj8n6/
... Ds76CrbbS21zXXdYNRCHuPsjBawnpd4zvTyvxB9Q63JvVDVbeSlTOhE3TwWGm3dmsvMBbrMk/8AlELztFTX+
... kY6isZUNAzyP6oyT661Yhf1vlnRhgvStIXvEzpnl+
... ZVB187Q4dvaZcs92CmbUpBYg9N0qz2NzHVK4EzcNM9hcPoNEeeSvGIpCPQCzOUHpX65XXrzz02WfFoKgjlcTu
... Nt+4RWoLerYiO+
... DF2Wr1GRLqIuis9YHZ7gFF8rUQMvDbMO8LZxw4ElU6ZRibH0fn6dSKfOSabGI9VievTkueQh/
... 0xfgBxDMWOVPdFSsZvH8ipE8ETNLSA0U8nOelTtdqjOlI1+
... 3ALelsyRgOzkmXFDf5NM5Lx1ivy1B6lORi0AYL9ZW+Ss5dK0A+
... tB1To83Kf74UDGGt9Z6pRwlW7HnSDtK9wJYlTbw7J6qx8tixONxIRznIoO9hpMWzpF47FuFpwZeXEH/
... RFxNlnBGZFp4jh5QvJa6vW+
... 5oSjMa164WNM3cbQNWx11bPavhd4DaPRVpmswY3wljdZvtYDzDacY3G8r0vbVV4BGne86I04bpDR9ap+
... gZC58cbHNGzE0qVIDoerV7qH8gYhPBmG30jz0QMetYzk7pfvGKALT8IGsWS8MMQpyDeZOtkjncfXY6KuY42w9
... rWqhGWiljgE4ceJY2PwMhST4MwUBenvBRN424uwETTAoUEXMHmEocg99+
... IQmK7J2xGhqWeKo19axCL72MsxqTZmQnh6YM7E/+
... Xs27VzACT7754vlFJJ58l1U38vqVCDrLYBgppVt17w3YAYVU4QmlRJBXyd4kUbDCn6pteCA+Z9vTS+/
... a2pJAg5L9LnWJRcpLerIbVC3ebdC/
... ahH6e2XXE00NLfS5vsmX8yn5hc4Tcj9QsaMtiVIRysz2IUHje6NXdZZFAIQk9AQ07E8T6qtbnWzj1fdpCdydC
... QLZ3gKK0k9Pe7tSfYWpJMwkeB9EdMh8Rmx7Uq2MoqodeDdfRmsd/eqOEQzMSk7qlzbG5P0QG+Erv2w0/
... 7g8kolLmgA1EzjtI1/8emDBLuvjAEzyP6CA+
... hcSN6OKLoUOmYTXxN7CxRYchhO941sS5A5nqpRpQu5g6cELq953fHSe2VeV1Oa9atW4Y6EPilTs/k+
... ePunpaRdSu/zjlniOyvTR4f9KobOa29tOfOJ+eHJVCZy79Fx6MXhr4fHYOZDngijz75d4fDu16WdLRkbBYV+
... H8HixUlt1akf5zkezBDZVaDqQJ3C8IYO/nITxviyvfGCHlSucMohnzVBCO+sd0oJKO+ET/
... QWPWgZu7VdJTNykWlbvyEtQ/KDGLIKkw7qxCnrVo/zi8LS3ktCxpwWwO6+
... JgmQnx7ubfAKeIQgflVPb4WIMFdvHmpI8UTlJlQohoeryccXITbXZD/NXGyV4W5tLX87evL+
... dSb8YGsnbCMeX75KT9yWEvkoGlDjc2FfTFZlfe+lW+
... 90bTy83TuBTxOUM7Fcs4QAAtVfYXrCp7hjrDrGZYTJHN0OUfGBA+qZil/jR8bzPILWq1wVwECDhoUAK+
... y7fF2PAHSBBO3zMGIf4XUEOimK+qGBbvZvrb+JLjg/Ca/
... 0XUSCxsSNbwb9LRyIsLg7xXOzW0uMf5z0ULUTAI6al4Adngpz8/
... uKDP909cm0hx5cL16xQZckjb8Os9Bn1TH9JiigXfZvDICYq/
... LfKaQGJDRyopC7weHcvudB2ry6U3YKuOWMO9CVke21xbEqveXSm+
... dZCcamAb0Q3wI24xNWgXAs93NJDyM9odAtYVsMiFABw4oXL05rGQ3odyuoWIwZjYXIi64edhoQ+
... o2k3FlHe2mH6rRXkK62+du58W23BgS6EK3Nf3ov96swpZ170/wmo2LwX5AUHZR0srz2FRET4NuMTQ0Fb2eg+
... PYwKdgPLM8kwBfzb84lPnWK2g19cZkuP36DSWW4JvBI9ssr0rSmLbtFbC1cR7m/2sbFtE/
... xeo7Dl0X9KhDz8sshoAyg/g8bcsBkfYypD3159hWf5YNUQcADfcU2+
... SZGdN4zR0Gs6Gz1mYo1WNaFiRzsX67DXta8K4wmzUuJWM+Y/
... PU1KN1cnCe0RxA26Cu50viB3UcYV1Fu127VmGyKZYsc6YRiZrYGP3uGP8WyIinR54IvCAL4WCYLvdiHUPmxCdG
... RSztH59WjM9SvVwkDRDpTy7dsAMsfbEImVnThrqE7wzmkpRW3IvkxalOplkfY6N3RQK/
... KIcyfawbDlMiKgCcQypK/LM9XyCxTzreXOS9qt0pMmjgvqw4ytQmJi9wrQ+cx/
... U0SbVjC3xYjLXQCzBEwTI9DW8bJXejhKbrxRIXHqNm2Q7pTf+9rbKGB/2JkVHuQzTiQZsou/
... DyGWxCr6B3cjS3vxIVGh+

34088... 7HbqSXr4qyW0zU6wpc8Q7q2sWIShOvuvbRkrJLssbmuByg1qawDq2dIr86zqqfQ2NxJPUWbEGjBIp3
... Uqrdlw7cO7fxLC97Mlcwu5y/hwzJOeiSKbalGfGbXLiICKNVxrrk8+ev+
... S9foFPuyBbSI99Oie702fNuvJLlpPA418n9C+lyi2/
... kxiogszhXDi1K2ufzuk3BSo2sohLsa1Ohi4eORaL7n5gvweO+
... DtWuoAQfR5lDibwlnNehpy2jctcp9FW2yEjbcP4ToOvIxcbmZMkQmIdEFbppZI/
... JRoJ3VjpsYPrh54h22MMbwVZ0k5BSJEzNnrnMGD0L1+
... ARNNJZyrUWfdgWFVyhM2gBktRLwkn13blHlm0zL9MMsLvxJ+NT7CVkFcyqmKbY+Rv1e9ZnCcYKX2XQtO+
... hJMRheMR0st0Z1q+6jF6TkPFP8LuVoZ+
... cqxYqPdDMtRYu37XBNFEbu6wlIbuywbObDXX3YBPlnVCnFm3FwSTEUsW8mfJxKbENYvWxPd+1sq5Nhdn/
... AoVv2601jX6M8plNwS7WmrRzhLoJBnLqaIb+q3fzLWl5FjI0IQKjpznbIlfxQg09Ye2aEiAmNJaZO8HEAmrn/
... Z3pNKlOsmQHp8XDr8OU87MjQjkO8r+PrenhTYo/+0+A80eytNlG5TtRZ5kI0ShP1eDbpa+u+
... Ip6sh9IHNKPjCC5z6O6RQwnNVsMO0eZ+
... tP6alrqU8kmwWl1HC5gt9jYvPwoiUS4c2VvT06Ii9QCsRNvVGjAMx+rlQfd/7er/
... 9rO70aPxxvZdYI3qGX83R6b9oqQbZ6D2dc+hKKM+By9+j8n01A9kCWHsChMskj6zK+FRK3/Fs7g65Me9s+
... pN8uyUVMM+30d844szKPwzFNJSZC/
... 4pO128cgGvuL1ZxmErDH4jGmT1Fg4eutgQXi3ruzOSCMxxrfNQXc5g1uVy2nS4sgNZK2aaqFeKPIeq/
... 7ECswI6RBsfT1b7RuN05LRNd/+Yx3m+
... NJ28FuJ599gpp0Rh2Sry94oCDGUtcvk3q5Q28tOUTv6NQVISdtPqucCXpoykTFUIPfll4mPt/
... kSa9RSUhpU5m5wbNJ+Ukp44HHtuM6xEt/U48BcOCDOGYdD5OnYX8vScr3Ka3i3cEg1Z4JzdfV5IOwb0+f/
... VqLgsXykUwkztrb4j5tqfBGN+LMfmKccSPgh/NvS87zfGvWeFx/
... lZsvUhlCyLAth8ksGReqBquBy1LqAUTbqtaB4NrXCRJ3vu29wRZZg8IgMKuZ7AvDHwsFFZVN76ryNQRHm5BpP
... zhN4aZq6RHp1blWAa1dm807D8+
... 7FiMatEzRfljlQ9KY4KNy2xZIFZbzq9VLOlZt6mgF69dohnrx2Gm4lC4h2FWG7uHYcVQUAEvYW4tYy4fEITbh
... qP1d7COCib8L3OnZVC2+Q7xxVz2oLJQUrTqa0TdAG0bIU0qdbxArVjkr69J5HMW7s/+
... Turg3MyuZC9L4MAi6AwEWzoG2BBa+StzhRtJRhV+pysw9/OyRdEQbY5eHQaS/
... IdV4zVPtuTxiZyeVH9zByipWHUxt7JC7tWBSE90ZnuQm5Y7dycOHHkzaMdUjrQauPqSj5Kgv40NRIo+3GgdfD
... /AihpUz7Plx2Ec4UwR8tpp2bABpjtK/Peh8dUOxfetFVCGpZ+
... Lk6wFWQTuXgI0jDDzFpqPub3F3KQfJrvWUrgd9JECfSZYAVlJwpduhZLH08VSaQDCDWvftzlQNR+
... gkrjg0kjH5XykgpyGeJUH136FLZsJ6Axg5vTddrYXNQse3MyJ2tUciQXAVFgswAMF6GRsBtHy/LR/
... cWj3uOHT3CLLr4YZYK1xQaBGTnU0JZhy3/wu2NjrGmkflgNjBVTxAsRnuGU/
... dbFmPH27qtbVU606iwTVJpoKubUtowQgp1UIhEPr0V7JtilS2DFUZXdc6hBMWoSBnxBcp79xmSfiMO8Spqla
... 69vWn9MBhN0gaP0C7VEYZIH5BJgYdAouHV2Us0460i+iqfQLqeEOw6wujRhu6KPFH2sQR/L9XkCleIq/
... AjAoVseqCDINM/Z5qktJ3DFRprMGn9jOZXddc8wvTgKlEFMEzCLt32xuyD7vaci4OP7PwsPbR/
... 0hRQ9sAHVJe7F307SMbo0IjTuosxcipfDwHKfA8PMmAO1qUKEw1w0KDzeoHv54D1nMcLLdmzIqliQ7OiDEzBc
... vo7LgY9Dz5ttbzP/fUUQ2Lm95+EI+qLLhsXKaxvIj4dczIR7EV5BtHq7rjT4+QCDSFSwR6JdPgZ/
... JDTWRgRqQg4T7YeRlpOMOGNWpj4QpJtUdKgCnThZ//DPFCTWdjkrXl4Nwbo3Y/
... hfsOFgw5RBoNTYURlsLwrBLXIECyOrS/WC0JYXPjjsB0DpHNd/ebk+2+Xq6evekO/
... lTcF2w9sJNAElJhi7D6qzfyik0mvpMz/jl7Ibypzqbdr7/kPAxkbvOYtSs/
... vv6YiiQa8cOkwVb2kNi22EIMPuu9IsOMtGxgwkbmqUZ63xDp9NoQPJNZbF3cSh/c0ixJfCmr6+L/
... W3e91ravLAtMT6i7WCv+UKZMqj+jYfCN+idXTHx0c/rYTJp/
... 6vvkLgyyK64U15mrxtf2Wb6a5k06NnIrHYguKTMn7vila6qp7U+
... WhLxhviq8sQIjHNYfnPJyI2f8VXvjMiON7DiGJrDusag6PpVqqsTB9f4YfD8gN6JAQuhUZp+
... n7WPUfuJowzZlh8vqIByFdlEYlLxGNX19St86FuOkeKDNAt+lNp5qTzOAGz67Wt/
... zlIRa1ulQmLVuo9ojDDbckdUchOTLgBqHDLqU6J8J7PaAbp8dCHC/7B64o0/
... V5j6s5B2lPtE9EfMYB4XB1rjlM6F10000/qITIBARROq7wzubzpz6CYWDNBTYigwx0PwTqcMmS/
... 9JWUmqkwstNxVHdCHbW9G0WYRHIW7hBi3tFTKvUJKfKvBSeqVndspEejHJRvHbZxPD00JGG6jsDvi17anKKii
... n3QDY8fDHVZws+vyEMx5XgN7g7h0E/tFPwl3nkgpOGgdHtiPm9ymDaQ6DvRboH+
... bJhKnMKVELlMh9M9OAi3oSm2nsGyCYNwWdbK75MnuhwDedA8lRIJ4dENwfUZgmZuw4MHzBUWjcQLRxZ2bGuO9
... hcnpCevD6PR0wIhbH0CNJUfPLgDooKqeEHR7FyFysEaTKKI2/uNzXCeKJAs+/+Z23zJFrZa3ri9+znkMo/
... HibNXuvOl18NbybUb7gWCVr+rizqDw/HInaLjKwTd2ueDz55tNjbq8nMY4ikEDJyNF/j2gc3c/Yr/
... YYHTNZXzUNyRI4qK4/gf6fduj9ZtcOEBgSVXNYR5BDhInkzEG7dOuULpTpsfyIqew/
... N0mK2ii4HVg4CeMat2KS8mie7uo/1B6RW/OP1sw136YRA9Yno7Ajq15iDHmlVQ2qvHBiPhGEIVN6eC1HGIjww
... +gsP6bfpEJ+n3V2HS+py7YP7v/SqGYWpyFHCSb0qC7J9qNxD44Xkc6odC6zPUn/c/Q1TEu2APp/
... rqSQ2WjTafrxnthGNZHXqX3+
... 0lweJKq7sIWtblXjYPkITT2Ri6AGxJmVLMubXGEbmoRrVKde1RyhxZyjfvxBWEke0scCbCJNKihnhrzuFJ0b4
... lUhprQIc71Q/6gXrbXUk9Q0+Tqi1Sw8gD+pt/JrXLXps03GHfFrqW5RiqGy5cmk2G5e7ar/
... Jaa8H0I5sFfP0ICtOVZnPpUD4CmOKkHdq3kjiwbgRFVquZNjTxU6PZ/cELuBYwqN+lHKTfM+
... bHnlXWFoANC2m64jzTasOsXFyQ900WXnXd8jqOpQMmIG3ZLS7fEj7Z1iw8xLG0Zdaxrjsc EONzd61QBXVSd3m
... XO2VpDrcfpfsjL+
... lpU9Pg6O4YNXx5V6Yw1A7ACbGl1MUG820qnGKIPHI0SJaDs9oqwT0WsWL4u1IPGs4tLKdFsg4e8LXUgywmhD
... z6PD7tmlsR2uw69Bvi8wuoE7V/mllTwn+zj6Kb8bWQSkgRZWB0TlMQZ3bc/ro7Y3KqaH4uj7B+pd+EM/
... NLdqRFwBM2M59x+7lxc6wK7MYeduTcK82mjprBi98/
... heftX4SnnfNvr9kgeN3z5SiPRxaOJVKt25SueLbZ6uuRIFKkdjfT0jCrvwI0blv1qHZUOC73lYq6ZbXLPLoqh
... yE5ri5VaUAe+JoolNGwnPA1dGkIqKx1grZ/
... h15nv5zeix9KPXN6mMCIDD0ykee20D9dgVX9K5M0YUpTvQ39X0UHZdwVQViFYL8uyqV5TpYhesh971oEl2GFw
... 7N7RyQ/rZEg1cLkLFceFfipHU7K0Dmhnr V5z/
... CPAQCbN7hGUnu4EHmWoNBRYHKbhnOkGQlCNe4mi1A96L4UTur62CmR2jB9hC4bJMCwwLGqfq9QL2YDkzH0Gzz
... LmOzXFzZdbBzMQWTUHYQhNVQZkRDOg12dUATBlTl0eVaOcGs7ZFNXbJinpXhbTv6qiJCVyd/

34088...  Djjj1R29kRvWv0WeFHfG2F3IFpLg24KXN28iRcEBp068KqomOsZApPbU0UbU5V7IwdZRPIG5LZw1Mnf/
...  SLDKCDAA2pvX9tvE32V3pCtr7U+
...  JFmq9YRiplQVjE2UjHzvDFutHxHvoXsix8FmLNvQ6rilDiCeuhvkEcVQ6IKgmLnX+
...  qLqzPhYgvzcXIs8HikZXD3In8ytWkG9FhoNAxKFf5/GSJBd2diCekSUD9QAlCwJxd57Rtr+/VN+99/
...  e7QJSk5WtUUYxgzja8+CENmQATEzqDyA4kfsRVu8IdPk4XXH12P/kZbXmIhfquYFnXesKYq+
...  GUHyexWif3c6r2uG7p9/7PoHrqp2Ymbn+RyXuKSIp9163795BOh71IEH1YYXHd9/fj+
...  WJv6lPMhb17LYiIzRRka62WRcN+LPXJldYxo8fzkgDeGZzDIV9CJ1KJKi0+
...  jXdHAdv5zoQrkoYxxlUooqQhhX2xWZvfT9hCVeeM9JCD+lxSqqjbrwKdFwkiTySWTkHCD9On85opYcfO+Gdxk
...  +J25c/WPM3q6iZPYVA5q2b0pUUC4ilQaNbQ+/Ld8epZWK7Z1XGx7mTupa/
...  qm4B3ToQcz9WGTRNV2iuvaIqs7cidSM4lhFK4492U3KKT4mnC15+fbeqR14jzRQIa/
...  x89A568ydxGybnAAu7IEE4HCcIPm7Vu85FWeqI0iCE+
...  6iVsJPuuAUkFQlmBsFnS2Vd4ro1pv2bALG16qkFRHELRDfD1c00oZo1XaqbhwLNxxzr/
...  jHhexjPno3NOgVJujuqs8neP32UjICuhdy4KpkuJjHX4Ns8rIUOxSQn2p/QJdTESrb/
...  xTSDFXlvBo9UVQQ6DgQgXIJb8dxxpUJGChm0M+ejmP2gb/vpfwQHB17AF9g0x+L8Rzxa+
...  oG2srC5pk65ZaYB0OKX2Mnbq6/
...  MrS3Hb0p04EwGEoi31eABhm4U1BpDJCpAbph7vKiFHtMu6SLJiEaXwTFNJGaLl+ndkUjFp+yyqtSVfhyQJ/
...  pCBSgtPJgnPTGysj3c1tG9rSByPpcczLaJ6B4PEgj6qGzKZAyeR0rNLPf+UG2zniHHg/
...  GWOyHnrep8GyKxrAHSb7yrGz8Mqt9++T9jSBoajQUQm2mboG0UJ8eXu4gHRTOhZ1Z1dpup7lSz/+TUYHzjiu7
...  +6gicJMxv1BKhY0ngccrRLLPUZkXTTXYvArPVyT+lYJLKx2TMAv/caX2y2wq1vsyzPqE+
...  mZ2BJTWOAJb09RbWFbzCJL9hcLpx/3+74G1LjBsJ8ENA7v6uma35chVT3fhSaLNRxAas4VeMEO2GHEb/
...  gbXpHD6/MnjCzqJWOJhiORGNOkvmWePDtyG0mv84P7HZ++fY/
...  FCaqXBf0LlAEwU3QdhszAiikh4srmIv0UurJPRsX1P2tk6khPweqsx8OMwF2mwrvbHmKftcaadcFT5J9Eve2o
...  zwzsk7OY5mGEdMPcfolqKB1+OK0XZ/vNT2C79weWpsFGkLSfGsf94GktYlvR9hmLGU9fsYvD/VwI/
...  wZMocbRKLv6ak1fbrmvBRtaPUUEFk4K7uMxQ0+kHm52c7WbUKcVWmzutFeo/cKO2/XIoorbdudLn+OirQIg+G
...  +yHxpGDo3pfYf/AYcKIcudVoIc48K/DgeZMv2HmuR0TnK2xFLd0DFDFvZ3Hh9J4fRDAUPlJj+
...  8BVbLTVFsoA2b/9TYhAnggoRODyjTjDk2JCc/YIqslLVX9iJVSSXw8ch6z10IXJN/97Na+3kaS/
...  jMNsheTZKjPKLBAo4LAGDRCuQ4OWNIuSUWIVXzKLo28/
...  jFsBSWW2FOq7YfjJN8ieWI2SxfD3InRKgH4cSMp3GgCH6E+
...  KOqpGj7PEk8UB9w62jqQ5C50Rdyf65HlJ7ZWm2ZvXYM5llL0GWdroTGTNGc2Y/
...  8tXqsttTAx0fFen3ctQ8ibPK7YFErHRtQQxWZ5IFGor57qCjQhsLEwGN4YIsTkFEc/
...  eLtOgYOgWUzsjLHf8PYLKs3AuSy6iw/XU6TO88hZRxnsx/ttGUa+wdpDBJdl8jGVaL/tz1Sk6o+ridIm4/
...  0LAmYOHyeXeAJOODa1bC29ayQ2kN5M4VcxsWpdXtfbUGVhPcWf9p/+F/14V1Mv18/NC9DwCfO+LRwxQSvb3P8
...  /XyalL3C6Sw/PRY9fvAKxEI3iVvJmSCGYfg5S5mcJ4NuDc9lAmOub+6BuawmBawaEu++
...  HmP655ztRQyGtr208kdU/6aqM5qMUaqkyXm5yfvKfhAVL/0K/Q9jHJ+f6gGlsrIksrttFZPIey8syZFr/+
...  AVmA25w5GMYQsqy13mYUse/uDCSa8+1kmNXyAS5xIsqBOuxtgG8TmKF60BXN3G9uKMhP55y7O9QweCNqf/
...  gP4WXsgbS8E16QZdurrdufZonr3TiKaIQkAesLSH1Ul1xv51jYBs0eAsv4F75jiNec6GsYkIKuZsaQ/
...  rhNToZaLqpm+QjX5SB43LYoYvjwCaFt6keu2hDLsG5gZ/+vvJ5U/n3L1X2fXSHI1/
...  55Z55VTxZxfYaWf761KV6x/3TP5ts2sEP6wJkBD+
...  CsZfAIVAVP9uZNvaf4xbAZHIcikU5CmevtZQrSTlGiHZjkLosOusan+sAv8Zqqt/
...  ZLE5DE2zFAPpPYNjBZJhdG6g4Lq+kxXs6F5De1AJdf0pBi7iCIpyEBMtsZq8W/TM0/oq23jkncGM+
...  32EZeeG4jzybAeOHvadD/Y8+rNRB8cD8AtHU6bul6pblI7ZbGTcD9L6dd0kmqsjj9eXk03mH02+uCh+
...  6L5pSXg7Aj2lF52afmKRHZnSGScMEHMs00CJZUgYhn80DfJJfCjiVt7A8yeym6kkuKqBz1R8/6/yoBoTeBT+
...  Gx8GvuhcLE+F4zTkCA5/BbA0tbLLOgZ3r2Fzaw+mdGDB5lM5X+
...  Fk9L9nyWxeVd9pa21SFVAyk4dhjPxR7pY7lf8fF7k2Lc648mIlClWq6gbm4+qhZgBglgi5POz66TR5HrUY+
...  XzYxL8+bYABgMH+NvNY43PwdQSUC/
...  AlaDPplCIQpwzwkN4yWRTpiQy4ItSlg6amHvBVKRBnAfVv2rCG0N8nxKYUj+JTiSG87kn08j+
...  Alwmf9uLP16Xe0OxM+G/+Ex5Vwmey7z3RSIROQwV83JxVGvDz9AhiSMOyA2GkeE6dat2qsL85LkmabN+
...  x59L3Nwty54aQuUuOBjzCxzyENBRf4htsN+vGZkhb8OadUW4v/uzSwwv3y8K2jKr0cpvlWRhx+TAeuf3k3lhP
...  +NQxczy3hTmRRdrkEl1JqfejChkicqsDpFdiJeK17PQ71D75B5TJgK+ng0Tj+pYB1EBYew4+
...  mnXZNuUFgVavbytxgkuVnHvK3/hLbicQ9CMaEmBf6h9lEZLzETp8p8a6EPSLcFaXQEWKPqs2BfPtKiA/
...  zgAlGocxgiZ+y/JCCUN/X60jQ0PslKkdyrjM1hzjnHWWDHdAorFdwN9cc7RHnV/HMCWp5Aqs055t5UhDG1g0/
...  OMJ3N4iy3nDN+3Lbe++rXE+Unn/
...  FFYsvvH5ZB6Wvcc70LecLkum9MKFV1wqbZROkjKyk1kiNApb1SurSXJXG9HfgzXz7P5L9lTXdHGxxhCfegNgT
...  eaxyjcya+XbBrYxAn5n6IWJ+4YmDSBkN4mMaOXxlMo5S2BBPWO6+MVCGxnPDD9bqaoV24uoF7H1UTjG3/
...  vBlZrtvcnyrzUaM3qXEa7RwJjHYaEEvMfMP1IBYHrbetyNcQ5KvNlsDH+
...  eQ3gOj0MxMaLSvOUDDzRkxKa2SJfBaBno7YgtjrkH9H09uRKjktYH56zs+
...  uQzwkqx6QQP4Zg8YgqiBLeHB2w2N9KL3Uk5wNJqkhCQMYYEep3SZrdU1UytXdVdVXzSH3s3iVICWvNZ2z4Vys
...  Vs0HqC9oi8qRImlH9ETMRByG4ZITslBYvvzgQk4TbuYQd4J1NlDGgsYXX79unDXEIVOMXtr7RuQlLgYOcPRdY
...  lSB18XpRxqeKqepmZRG7N6DNHJ6k7j5YppufJLtBpg+mSc+VjKXuBYGvGBYjr1f337nN3XrFa3/WhirIz/
...  cFnhWRhOA2WtS3bjEml7qDQSWXRIbag8/OxICgqB93uVBLMt9X01A/
...  o1PYctnxCXLiIkoZmUnNDld3jPwG2DH3FiwBA0k6IHMxrDyGkAHsYU2JupppNM3niB9a5jMf7dYLKCceVmGPw
...  YqGd3khlboY6euYLsNAqL9xx0NltsFNBndCQYkJIzzD3pRbVmfZ5jTd/KT1T+
...  aAJyUxRvUvwgjxqn2Ogwi2t6hBP7151AFXQ374Rk441Glpgxx1Ubr+
...  CQkmjhLEPYGHMXJaGA58a7ebvtf12InxM7y7fVAk2RYxTI94HWVCACaWyqAj0yDrMZclKRSo7o2SEot6bpwUz
...  cvwEHsnxj75l/m3VW3yfhWMwT06YxubSI41d9RWr2CoQi2IVzQN1hEeFEx2ya57v/1zsx2401yoIYZ/
...  lnIGK9zTkI9JR7Qi8kQegtCkFXbq3ipQPCEhxJuHl3PdDsnA8HQGSngrIy8gk8MJOJ5kxrQ8yt1z2BRO7xRlX
...  GFcVUAVlWVcuyHEVTC20TmXUzN+cGdtULecQ/swiIDvOf0XJdf9xps17sa/
...  XZ8kUG39u9IKmBYFx5FuEeyOVeCEBxIk140vieYbbSaqQrSS1zaZ/nZzJr6MuV4khnl4Zg1L+l7FAh0ATR+

... Tr1H0o8e5QC9YfW32erueGtU4+sRQ4Vk8sEzhyK+
... l8hzJgCuGCg4DnagODBhjFOaQkm6T64LknVnLXLJ2M8R45QG1qdY7okrJF/2eGGcRxBi+
... hMUelDb21muYIQgRdiRaEXzRaPtO/j+1UndHNDKZCBhFK1HB4DR9xd16HCoPIZsHF/kRbMb0+
... on2vZ84mnZ9fKswMO4/WrpW72iUEHlhxwJuFfd1Q/9uKG/+1apw7m9DRuoPIz65KCem1vGb+
... qWWNYLhMStnY5k/aztmgPTBOx/nA+B0mwjBqArgn5g7HHZJnFGQ2E6obLNdvIF0v1CfQDx1/
... DSmHG0M5bRXA9ZNH0FJECLUdhcvLFpnhq/
... r3DP3hEcXeSIXETsegnytkvLCLG6E3uUIPEoGZlMSDI9agV4dJ46fp2atCe0+MFug3p4TkrcXMw0+
... Lnb2EwJpj+
... yiH0nEIp49cTBpA5JZ6cNQqSKF9YMTDxeZCrT4tl90oVwp7nOyCCc8TJVVdqEFdAzi1mkvlqts881bMOM0Hoo
... lbQhHICBMtL4izSNGkkoN87UC9CePGCv5IiPejh0MIdYSqKiF3uzyrNqgwpcaCJHLZt9Czwh+Lp/0QPN+
... zh8phmnIIrKsS/QsGXoXUHArRNP/l31ZZwp6+9gXZtUkTgeTroPyUIqQEDdbBGXiTs8mwuiDK4S0CGmXc/
... AesuvGvMKAftce1XAp2kd23zFO+eQaTvayuFnM0dnctX8VoM4rqZKzDrvTrocIvaJOnQi2eZtD3LKZWPx9hSU
... +nWsO5AzF6QR8rmEEVvToY+lmQmPBgj+/h5mJon9zkLP16An6/1C0v6e8/1EJkpQUtAA+
... ApBJGRckv7pQFzbokQDTgvh0GO3TmRETkuUXFfTEg2pRRn7WWNepHHo4F/l/
... jLrfgYai3bgnHn69UrmeGg2ZBaH9Xp00tS5UvYQYUn+gKZyu/QG/
... FyL7eWP6M66zIzB8iXS215BnuyOKwsKRbJVnUiZvG6NYMmmqAUUa+jVhhRo0jjsgoJFX9VLhtsOI3etgCG96/
... fD9atXdXz9fsAoPjXDmSMCyQf8jdqAcyykfmLLU4UwpSfJUz1mXlDkVnm6QWwygMnXoHNec2aNHu9O3DXZl2k
... dlgOddiMs7zXbsmAnDLrDYmBd+2dloo4bI86s8D5+
... 0DJjJXMFup1AyAq6RlLJ1WosQubaCKvCK71SgoQg9sj3ifyPb8xMvGp8iKZXuD8hArk1kGix6/
... QeN8WTGo7Ol7rORvlpB3SdLLNgJKxXDJ1cpV3kQRLWeDif25x6cshuOaAbATP630NuTxRV4VnkMOwSTWo/
... GOB3X9gn1/HSNT3GnjK8bjG8jLJQRg38HdYYjH51Lypbtr50kZNJiWdwtseRO9LNy3sPAg+
... RnWcVs9dWjdrdFb/0c5SXxCaugfVv5nszOR651QdWBd1HttPAr+
... WHmc2HMaDAhUBxikM7dRP0I2xKewlrSOvhdRtVQCF+/+
... HZnBjvNxh6QajEl4sCOEd8Y0ZfOXyapLF0YOiYTWK7nEqVnKECy10OdbeE/
... KXwsTdpea59ar8NsXeh2JoeoIXFi+BSqrdYqfESLT7jSLB+YRiZYzorNL9XT8eoG/QF96wbSuQX95LwH+e7J/
... P/Lh9TI819gkbaejsdkrMGIWswJn57lE4W1BDVCeD11AJ9kA9E22P/
... 2p2R0qrtsdXBKvDky45NeAMipUEciSgwoJxPLNAGBMN95cblNFueN3dF3SXSvffZBWRsQARO9yV1SfVvo2el5
... HyrdMfU10UvvW2nrLZfyj7pQBu5r+/ZdbH47kLXPev93kYdmcVWkRcyFksn4sOgdpBy4qG/
... VRDTgj4ZnR2JLj6iPhuTUc16lthv6Mfj1RE9qU3bwI5G8jeHjOroDYLmf9Ypcw5BUhPARcW36vlrRAOaUpxrD
... B7Nkp1qVJixoFp32R2cRYCSWTv2R1Ge9/
... 0DfdQZ2Enh2ACWH8u5QP5L8YndAr0Iyr67tPrBvK2uItBPYFPkGDYwZ0STuzEQKnuX6ed5ZV4P2Db/
... Q6UwREKtPWhjBdePeK26LUxorXfp4OKsbovBfJUPQ2HfcxXDzYm2RMvDJifpUbH2lTPxO9b0dr56dE6wKwFIV
... QFRo7K6Dz8M+H/fej425fwLrHuxS1rUV7iD5v0DOm50OXaAgD2aNviROGOkIFeiSnTX1ArrBrWHplaWH+
... rtd2z6xQMw4ag40fqYDIYvOtiq45FFzo0j+ljGz76AywlfjCd7dhH/
... 30wcWkwMeXRi8z4Bl6XThxDUVmDM74wYDfEhvoyWTwNaM8SdRH4iuWiIL5PpV6/
... wDSB27IS1HXzumzaN3wqh6utGkySHGvUpKJTt6m7rnQ/U/2dTXN/T2aA4Q6619Z9NSlGc32VPh9/
... cFgIfzfAt1VJWKclLxc/QD6qSn87W4rsJ60jURzSkhHXO0fw3DMjBMFY4D0Nx/+
... aWcgT3wezM5pSPlpRoZe7u4h6P7LFM5xO9BQe1ri3aMCJhSr07w3/
... XzrVBKCpk6Fnx601jCTMAVDoCwc95SrJnR6Zbm69OqwNWNX/S1M56IMv+
... dugdbIvXCEQ8q60Q8PNCW4broVA58W0TS5y7CDCZPPaBp8RwrPYqKQ8wUTFIQP0yq0/
... Tf4dTRFxxDkXIF3pBlN2NyBwyCcXVFs4la9VZXL1LoGZIN5nhmchzrRDSoje4sy8xsaCwIfBOxRmBrgWvLieU
... Oh63b8RzN/2tqVPydMeguNfJEzFJQbEXI0j0quAuK/
... lobDFHlo9hbovB9mOBTmsqoBptshojfjy8TcjaEttXbqnS4oT02t71yaQzxg0da4cwt6PKTQDxzGfb3rzOjA8
... SkrBUlP/0yvgnjpN9DSV+lqu/eTMJcSEcEjSPHk9BNnPi+Mmp0O/
... u3FGz0mid2M6nWzilfbEF45C9yoJHkFeqSdojzKtz/
... EidK635mn5c6vwsUodSanJdX0ZGyO22Gp2dnl7w2KeT5AFeCfbJS1i7YQev2C3bDQV44K7Esi6H7hrEk0E8+
... M4qvDynYH0Ys+zqJZumDOXAUIVcsGm+nuZlNT8DMvnrkN4BVXYpBV8U6zh+
... fkD2tFRqh4RV1My3AAV9Yt9BfXhKA6uFVfRyQFeyY2KJApgdQEheRNNOWlkKLCjxvJGNVBvSWxZiVoEXd1iVc
... mbrDJJL571GQAkCrsG9TYaAMvjTWpe92kH9Lmnd/nvfIG5LHCNXPHV7hkhRYxAHqwynO1taPbGi+
... TDsh0517buHJd1XbKh6KgdW2n1nQiltkc0FzVdk/lC05e6jq58vSkA/
... ZaRMIY4Sq82E5n49IJxXXajhNeCI2OpHUfL8/lUsYi/5xkBWo96hBF/
... hWUH9JFhOhGMzw15wwZhIOUtBdTonQB2T2+EyJrRuI1NNfAV3n7hXicz5ObWvzXpswqdwlyiOj4ld5P+
... Clem83O+I6Jfv37Stz0IiQvfceFHwwxYkDxhtJePifxIFI7bZpx/qpapjbrIF6UVvUr8a/
... C5VBPHSksxJi0UYbcc6zwkmj8JYip79qd5RjSnUpFaI5VhHC0lvUbZzU5sCcmHC0jLoCmUJ3/9L0ek2Hwl+
... dhX8XQ4kKh8V+yLXUKPXwsGEPNhsl+uTnkrv6Xkdj9KmJeDgWLPY2sYq3REa/+
... wBdWnRbPl5oLGMVWwxsqsPLGBeN0azC/+UJ2BqVbBqWUnqmlv/bq0Tb4tPiG+
... pJPIonAlybiQkc21awaDomvtWJOM1t874fpR+w3CCHGW+
... 0emhyhHKPUFqwJ0UaD2qq0rmljD2tAUa08KxEm906JhWvUeP4PPPK+
... 6Rzff1AIXXT8USAlukrauWJi8EVgiPax+arUL45Z7knOfo8btznc2uysit6u+
... AIIkXyOJE5m7sZmcNlOeLf5zEnjFRgjHqKbGjQepu007AoRxDW18ke4oZnTqGctVT0fydzbWfqBIVjQjcG8Gk
... DZDGY4mtjg4SfPqYL5IN/KVn5xmu6nBzWyv47an19QECbpFKk1bqSsM3DuP5jifEW6+
... Ox96XbqS0eD6KC4WSVmZxs1p7uPMH2pbzszxADoxqAf2fTIQozNwH9dC4QoY4jACQL1Sx6RkiVmVaHHXksfnZ
... t3R69u6dm70GoKPNjrwP1JO2jeyIRfTVzJCegX9nO/Dk8bh7ZFX5S/
... 8ujHRCw5SbIDEzoBa3herhDqqL0z9R4WZn3ilarXbRaeP6LXaunmVxB8j3dMSRiI60NA9X87DxaGdzuiSnfUp
... ohP5MchWaynKArqdbGFi+Exe+
... 4qyva8P0ZCkC0nKBwPQQqIy3xGWH5ANfhO9ouEOM47otSZUMHA2I5ILMSXCNTBtnJFjJYZhEBH20yYuVUyJnh
... ov2WOESwURarbcCMVGXyCiic0somDY7emTFYwHzldYYZ3DJGeHUl/VRPZnQ2sK4mR08K7rcQBwHyE8o29ou++
... 7Va1JB8SwhHgWtF6DhBZScY8HVbnS1bGHAEmVu1vvfQKIBSGyWCLNxAAjbPmHanxW7yIbivckEfFPLE2zaVLX

34088... jiHtuFmTXQBW6mW2y69r/tpUgSu5V+i2gGDCgBei1D4dgFrtcBbW8X4MXjF+j9/s2aTWYl3BMfI3Xi+
... rASxQPzwAHDwy4bjM67zYrLhSUMb4tsZ23PohKIUcv0bDrcFOmt3zacuKIaD25qXIrz1+
... 3xM6FaG9l4mWz680hrHFtai5N+S4hd6IRvriAk13Kmltb9PJgNxMO9/
... oGJo51sympbndiFlrAddkhCgkqM9gSXtufsthrCKD3OZpQddQp8QNcBMylpw0YR+
... Uyz1UfXOeFCXJemEKpIaxAcfU9LItTynK46zY5FA2pRoKi3aPG/hDI5+3qPLZ4QUYQG+zBho/XrKSCX/
... sOuHkvaQ6XDXDg4WEEf5Pcl/
... 0PovyD06QKZ5bfX16VIwmITTcDs2zBaOm3vrrjy7W9hx0oNDMNCPAj2wYXAgD3V1zSvOJzHrTjSx58YR+
... ij0DG+Weu7QM4mU8EsLutZZiiXYET4iDg8EU/s3wH8c1MB4h6gSD6fLVLJW+
... YreJ89SunP7Fmo2bPpoAIJTHzr6iAqtcW+9NLJixvZPesTt3PuptuhmreiTEltE9FKPywE5Maul/
... TwMwyqgDIAKaMk2PGuWN835bqWOUe1L1ckLLqOCmvD7GZg1/
... tFGRfu7XxG8lM6yT3AAI0MPAgrlUlHk9lcoqgA47T4hHcr0uvqGKhFcWbLKMaG/
... xhtoHot2Nz0YTlHDSCGXqpNKjfTm2vvXgQEkNK83wCb/VCniTpVCDW0wfonjAgAyKeDsI5az7p8cGj+
... Vz9wXpo2LI5Oclnmryt7HRSHoh2zIqJJb4OwXPIn8LHwcTK3Zw8AlvdRjC7O9pzemtjvWcODlX+/u8FQdr+
... uUcnQiek8G1KJ7J1gExWb3It15TOhtRnE6vUPGk8LUYNonpKCdphxA6avxShqziO7ohM2pqio6KUcFXQyhLic
... bGJP3n1n2nCudaB4Lf+d+GJStlCL+YptGgdTifgyt/
... CFJn7kge3CC6du8N1oABHIqBThLexWKvfwPKB7ElXlkvcceFUwpCVDmJXvLt1iX2mxAJNa1tM35mFMOFaXD4Z
... r7wPG36sv+pmEgMc6Jdo/zpKvgA6+gX0I6I6fUBM+
... DvWJUCXHbssT8UX1iikRAgVPyGgXKlaOgvPEuegPhoTMPqV5UQiCWcguILYugsvHaFGRkPZUvnhLtPmOGexAo
... hTyVpVsfoIN2jvcgkrXmduBgyaxCQzrevDhorEMezZ+O16QHr3QnQ7wZ/oes75yxboDOEbZ+
... UNTmjIZ792wsUogJJGMRDygrdOjYSY4EJoLXIWEN5z8zhZfdJJ3ebBQCLAqRIPWoYaXTzS/
... PZ8eY7UKdtHgSCGjRVJc7+49QkGzt4976Jl+gPtlFZGkYmlmf2Z0kp5jutTWqeLw4GaBrvt7yI+
... euTZ2vI6P5YFgnjix8k25GpzUexH0t7LIzYQKfP3qh0i8sa/SQFCYvBrvI/CVoE43hS/
... fw2qZzoXlukWw2ADjXuauP9kjH4FAMpbaHbgV3OryZeO5c6cbGe5MkM5vOHlgkHVbNCyJCxBpxT7CqHxobgvZ
... 8UwWonzr82whtO+HyRVjF7mkigoBcrBkKMH0sWtnVVKkrctWrdCrbtAbCE3VhQ5t3OGOi5Bx/
... qkvE1J8InmtBkXgBLeBvPGYosZTFHOH+SgWDVBlenvlR+FfKqZzx+n1AjAYZ3wEx0zjv2Q89eidE8P/
... rjyMLspVZyBIYlVARrCdDQBiwIivP6Rc70XtaPbZcsWo+bzmKa1k4p8Tac/
... JUSFHB067vjWEuTGuZ60HufkjxSOAGTBAzpBcH3RiZsZ392/a7HZXGGujWINvDg2mMqdfa3hPYRiWMweQeIKG
... /LJn/RV1bITBPZaxka4/Lzy/LLUWO3ff0hWz3coiXUo6WhIj+
... CDnmJTl3eSiXPY1lpyfnb1te07GnfBYHYmmoghY38Tjt8Ud7C1bTPLGhQ+HSxpnQdQsXzXSj/
... TzCbCo02MSC76EDrRylqNNRxx9KJtvQsxT/
... xC7Bmd2umTCGUd1mfy1LwCjvMjlvC3YEJ6skQEo0o82umFzbaQp6QQswk4X5v6/6tfsNCJB+
... mD3mUL1HJVuaXiJ9sS55x1pR4Ku5f3GfJd//a/jnbPQi6UUEXdRYl1phiLbWmKz76duuOaeMkJTedUJckheEA/
... bMYJF94qeAmvc8jjZqZ/AY22XmZBXdaX88ceerQsO3goO+lC6+iJs0WsGVi+
... W6DuoAYEqMBztlSL7aQd8xWA4I1LK+hE9OhNSylx8lj1DCwTyKjqu/lvzn8uBhW5fyKf+
... 2Orlpl6QdSUxXZwJTSuVgHqlptxzrM607CbKY7XTDtHG+3aEjQ737DxNLqyC+a2+
... XW6xA4LTKegJJUBo4DKmTTVXXxyEn8M6K3mbreG9VvZLJ8P/Uf08PKdf318v1zxiqmVpV8iz9+
... Zt5RNssx9ZULK+1wcZb9uIOL6m9mity/YaVwWQDw5HrgdQOj8eX9M5uPzaSOp8kA5g2EQk3S/
... K98b3kg7IGGp1pZIyb0hzGfDvD6J2EL7+vSOOgkOaQtnpUIKzoj0yfS7PKS3IEpFtnmqxzY/
... cwMOHbBq6fhAXI3M5+geyorKDe44FsNSAJEHr1q4sCMebUZkT7eyIn/zECyyTWDkSmQPXCIibMe/
... VxeIKvBeDLUvp4H8tlA5oIR3JKnEuIHffuFPBwJafMzV5bHmRySIGYkTZudYz+Bx53d9npku9jR3+
... KGsR3a1NncAOO9dk2zAjq6oPzOg9ilnE8ysJXLxHgl1npg9d24MgY8wOb28jvLmm2bPajLj+
... 8vIVVT4XvgweH4fmMkNxBeeQI5jm2sg5Zl2LM6Pw4BNmqOVmOOTTjJaWSWm3Pilr+
... POVhpC730nxgMYnhathvqVZMUBLnaPeHiO281e3aRotq7Sz2it3IhEaG+NZePDLylDSRzEVJJp7j/
... 4Gt7SER18qlnJTaG98Xnuo드rNuTMnxfIFZNulkHABOpLTwb1/gIh/f2bi7vTOtqJnvJdOAviSlo3u1lUkDghk6
... +9qCBmYgvZnZXDQnDyYB0EOEKUFFMgd3qh/tU6zGZjMaGWz24cnS2Wj+
... p42fyXGheuKYSkVn7SYIEvj2GxgwVcDa5Y7JlJo8n80e0kVuWUZdXgjUM9SVFqjYZuxK8BOqOM8OQXzbRrvgg
... 4RTyvyLAx4sUrKEUZreG52+xy/rfct9oN/
... f2ic6AYRjmUWF2xBfqXZnWSKFMB1URNDS255ckDrjZ6gcpnf4uvLyFw9VqW4lwlOeshe2T6KbTdapY4j/
... OCDrBaDgAEjN07qO5vgLDFK128MwDHC+jyYndkMgZH0pylwf7+MqiwotfJhk20RRhunZa7/
... U35oK99LGQ0uB0UhiEX58TAU18LHliZIqr4ofFErxJDx+WxETGwXCB54EbOC6my/xp3/uoeKWJ5h3rVRun/
... MaGmziCZ1jhqxHjkfWLtiQtjgwBUwc92Bqc2IVO73BdPfgnTSLOj9LhVGIFww91MN//J/1Kd5/
... l7vHW9HSGdPl5oWsPkqK1OrMztswqzNYsgero2BYzV5zHbdWw77oa+lbIgo+
... JEa3j0XthMx8qbp0xfHpTINNsKeI6KT7Fxalk8hSG0oPYKmNKnTSSR98aXUeu2DgkMpSxGTc+
... Hr6FsGKSCvProFOL9ZM12+mwHN6KLzx09+fthxDR7UiU9/YJFOrtsCuFL4cdPBWI/XoGFX5/T8oy/
... LlpmANFcwQuSUDjEQwVaxmL4Dla7U5yd3H+
... g1TVmTej5dtTPEcjtzMGbO6z1thmEvtfwYlNoCtqPRJiPhjOKYi6QLO0NNaERMjHghPHY8pHnRarrcTWbdMmV
... VHruPOe48ZcCRcH2oddhftsQww4/oZpLR9WnXeByHiv76pLGeEeiywiMCLAvIajQunwAmeglyd4Fvn/
... OThTmwKTvAc0k3ApMWaTgUdawxodOZPAP27suYLuGyFU8BX1pihFytS7AQA+0+FGnx9p75PtGKd6rQ+
... 04pdjAmP9KZ44T4NpzyYwKxwkc6Q8Lbj5iHX01YKPS1qGQHw1WYumzJ0tGGRZlZbqT/YAY3bi0f9DOyE+
... vJjRft2xClvawZukc42YJ74y9FnA98tVmJMu82PUokkaGTj8y04XDRa5kiRNH6s25recycv6N6zfZ8FH8P6xv
... KHs5Kgk1F65EJe3sscv3zs80C831Zi0ijwQt4UkZVemkyDzBnE9iV3ovpawaAlYljRls79Kwspq6I+
... nGGBEfqrLwSfpLYGW87U2HGBr5oZsyYRl0Z+gHma6M/oaZAM5/I7cSrv3I9n76S/
... bxk7BYwVPNZ3j56wToxuxkEwvwztVFIxYEcYOcRBbskGYWYRv5TNNak5di34rRsR2IkQ9fEacOw8fBJhEfd01
... s5WFZP2jaAiBdACZrZBFXGHdVY4PRutqhO0qgSQcFiPd+tRColrT0xblT1yvmHROIDFltFQk7EKdr/
... s1WgeE49m3D1bL6MiL24/l+GsE1Wyj9sjWxjpcQC3rvCVvaAhuix/OrkBCtdxidZqm+
... xVcrpYtNyiT0wM7vnRi+VIxvU30qgLLURcI16a/nZspeJ8Zv/
... Aju2RaSpUqKf1COQzvX6tMMRa98J4VBMmAdHZgEHXxu2VDV15lOoJhpEPkaXodBvSaAONRYh05UoxrT6EVEWT
... 6mdWP3tqadq7FI4FxYpGcP8KHq4NXJjh7XdA2l5k8v1dUC29+

... hG5AyYWfN5x0L1xT4VAhkdUfbWukz2oV7byrB3yI1VTc3xR2sFPikRG8/
... iazFQNbgbxh1xuclFYawvkqulq7hPOKerhR8dXzUjmOYM4f0dw3QS0v2rkHVV7PbeKgG6sazRJSZwwtez70PM
... YUUFVnFTA+razRZW3/TqfFaPuVpPDrcUjlOolhbXyU+
... OiRJprX9t6RsvrP1x42mXQF5iAAAiPZK4MttUOKD3D8GVgr+
... OOtJVLEBzBYsQUwcUncqcORAK1Jjrmhec9U3u5EMznvRz014SlKZTqXiSxWHhsGWbaOlsXDMq5K98ALobRPJT
... umIgc780ATasqMN3lDfrDfrLblVQ3b08WHNn6uWYN/MLAKIclYyrhHetjWvQlDlqmX/
... XOXWCxticmjRTXl5TLUdq8s4QruslhJYfVTKh96iQVomClmFYUmOaz0UI+yKWHkKyw4t+
... yzhhTrPckvXVbDClFiK5lzTYIJDe389bRkfvsxc7fbYC8iZpYlkw85elA9vby6++
... Oib0gxuOapUqH9vRwwlvh30XX3/vquoQnL5Q2OEJp+
... RJjJ4dQuSxXSTpKTg1KUVzaruVFgGCzUOYh3ItBLdYldAXgv9u/CSx6EpnYT7lCyIUh+
... HHLEQmloDvpxJOeiuG1Y2AOVgol/8tUeljD1rvqo3FpF6U4qN6hQ/iezFMNic90zoi7eDKpqs8lkJ+
... CKgGamenw0ucNgMltv9P/DxuYXEXhMyxLNKPhuaRDVEFXf3tT3MIpKgixvcPNnOat/
... C1oXYtEY2shMjm88PSPnREw82XmpBWsGd4q9Vt6dwfx6WdWW8q7MveK7TAtY8V/
... cVcuKF5tOvWH0CUZ1wCb5lmGA+
... sJpYWswG9CoY4i1U7O3n7NGbTJRkviWjHJZ5t6sJoaTmjkHTd0m9101gHTAxF+OHUE62IpKq9zqvAM83j/
... 9HxoNK6sdx67Yu2nikXFLvnfq/V9gtA23QYtiRFQsvvMPqVe4Sqd6/
... xjMCMEMVvfobUpkbdpzzck1pggGjXidxiwpewPpR4N1crmYFR1iP9FXFrqgNeEiIGVHNyBT7VQSg6ETxvJcni
... qoliQgchJ7yk8+G34gbQT8Eb0VxBU7Ek6b6I0DfcKLxPNFhx7sORE0Woyu5qT9WEGsfyYq/
... 7b6izYJ3r1Ij57CXqGAgNaOErwx9PUlkCLVNd+g1WomXxeVYULjmBNQgEVWB8YcPoBVsr/naiM6wYx4j3+
... YklBsUyjLA33l+6+nJXSNx0JFAi5OBVS7mCvXG+og+BLUiFCZ4ouZtIj+Fid6RHR/
... oUo7nn830T6II4GMiZT2ScKZ73Jc6Ulfq30R4yyBGA24hLELPmkR2nphkdAMlwAJJX9EyiqnoM4tmz6KtfwUp
... LHf2MzJP9ZqoOcWyfHnjtgZGnyADyms638+NsjLs7CeWhBaj0wSs4jAMjMap1Tl8oHcxQF+
... Ia70zkKtISgdiWppzfQ4NKAP8RDi20LThyu6qMGp6plw7/vrgtEnOjwQdVCh+
... dtxGhoR3tqktgIDnP9TtBaTmZWiaMG94kMdj4WRxsZcc8xPKRRUcQH82LmgBwEA9mdf4rj45XCKPEPt2OHGvN
... k3yxmKRGhZEgtdJoGY0YtKLMC4PyLB+
... SOpM9mvrZEfzAolHQECm5k5Zzz3n3RhC3VDMN4cPsvO1ihvdlri9BH4bu3lL2dBb8IVei1t2TMfr6ZSJ6GeKx
... k5tXr3D5ziKMLotfyfzjCbdLAgu3fCbKxE1uCV8FKh11GvD8kQp6n0yp7NITqSCbmDEtrZSy97go30ZvmVSsg
... cedO0sff+o7VmQFgn7jo0DstVX4WAjHY/p4/nflEPCJG3RMVVEweFGOaylflP+jMjQ2sWAKEDAaw/
... 3kgRXNKuRUgIuxwgq8ElEMD5J7N6iy0T0G5MjvjRuyEvk8GpBKcYIdfJO0YLHZxbRUDpmpSjtntmjzY5VzjZn
... N0SBxh824bqw11Xeyhv085AR31mBFO0SWHHaAffCpopFqXriff6kBRSDMf4EsmwHhlyV57ZlL88j3C2b4CHZQ
... 7WLyktcvD6YCcYRsSP6ThwoB9fqmYl/MHNG4U8/rs+gzGE+
... lnJPB5qGBg3qLncHbEAl4aSUmUM7Yi59LxYOhc6NvFbzv8hNhDixJ/
... GRbYtQaMuPQauBVIw0WyIhQin6UUYiOGZfG6iYdp3Se9fl7VW7bXbKXchyIiYwLgHpTohle+hQY/
... W0MRbVHeBWggi5pMVMiTMsfE05WAOAxumMiOSEF37pSR3RTIOA4CiG30ijssRgTDGhkfilfcSAXQFZ/+
... PorYgq5FDHFCO1Ibee+ry82g0/
... hO3KXLRD1CDV32SeNEyfaOPp6DozrF92Ue6v8SABismqBAZOsXlmF1SZVGpGPEWOZppEmEhq4qk1Ed26Bi3ih+
... 5heuTDzO6ihs5adqW2ldS6hU1zjZ79NzMpPyHNgMzMOUNBNfw5vNLtuNyjYpqxqPePdbaNCo84D33cHOggjMW
... acFTwRUZUtejrwqC69+5ir1k4HOJ59i8+vfe+
... DY2SJx8sohnB2einNfqDzUdTy6ZuyB3lWdhlzGxP8ch1EJzcf2gI00MkE6k45UK+sU44J5kM+
... X9rQYru5N8houuQCDZV4tq9I0aJUpsvPwJ/iCxW29ZPPrEJMub9d2ChbpIavhwAUu16FR+
... xGiIAS8bhwjCR9C0gL7OYE0D+xOxIWurcD7DMbA9QM3xR5l7ZUZhIGkow1EkiKgBGyrU2Yled+2oLLT/
... mOMAUYBDxy+QkRJCsYATCjOFuzOLwf2ceFLH+Ylnhk7RLVpthpq/BG2wgIAjwpiRPKYY2ZHbDbczE6Kfue/
... wnE+
... 8lD5C1IOn1hJeYjvOTHf1jYfnfIDtlNMep4UkZU81KqVWR9xMFP2ChLmHGRFSo0KWWPKkqVuhO8z4lu8TjkK+
... PYQ4P9uyH5rMAdphFroXHG5AxpYHTmf3F4m2k7ZvjrwhIL/z4b4az62kWzSm+2PO/Wpuz+dV+
... jzMlEHYGaUMSVkf6gJ38mYIoQXkKsdDJ23EuhyL7j2Oy2wTy+
... ilEFQ2GOO07QyhtBpCRRT0pznR25Zk5mSvc98q5JTdvN/
... yiAvdZQk8UG1DoIUXg989t33F7ksjAN9CQ8qmgbfNyAjSMfmcrnLMzFBSqca7QIiASfBwbgIBKM24rOoQaYFe
... 7R1ctHFUqwE+IqQxQVUDkomm6HmH7V7OZRdOyUzDhsHMQGUYcy09DO4uYY6VeJNHuHfTa4Jr2nQ/
... BEpJnFJA3zxPovqUKT2mj44BOA8/yRDmjbOcxTHVwUYTd3TIzshsi0Cjg8+
... 6iIRy9qJNo7ZVXWAi3DbISdeugROhWRlABXS0kiAsDZkitHEEauzEDZXagbaFCC4TZWuf4EzOo/
... Zon0q4eSwMiCAymp31RlGzmZfB63b8uWi1zSg5kZYFGbkbo41QkIsw+b54jgzoWM/2HF/U+
... PIvMwHlr3USrFRVnp3xZ/EUiwCzOgwpxdM7FoiAND6xxh8mlbaBamDcoILSFVSRZk9ddq8iYezkv2EHRo+
... x5dKI6GUyWOLVoX1sSRrIghxcJhrFHZDPrznRz3EKz1dZ69ZBwUt5rzkUosBKMwRn4CsZy6JJiBGT4eFJQedk
... 1Epm278pU8Gs7BM0A1E26zKRtATD78BW8RiyBIeoZmhA6WFltm11CbJibC7sFZsTCLSEZRe/4OQ9Ond/
... YoXIFqFM2H02YDJ37j0aRSThEHA3bap5SN5jCoJG3rwhHoO/mgCrnHu+
... 6zn4tllRfvqXbEzILi8bDZUcQZwPJwEbTU/owyDcQjud/D5xP0cnwYyLVj1q5Nplh3t+
... pis4OvDjeSXVNCPf7G2BV/fffpL3q7EuliFTO+jZ2WEkCHSp9wxIZwuPyYFQUw5oybFY7d2+
... FVS7UB9zeEzrIS2bBxZg20YW7VoWGqC/Zs9iNKhFZeBG/CGhp3AdKnNt09NRMVSeM30kCaMi/
... bBWL99V9HfO4cE2HrAy9k9+3gS7m3jSqUtrCibT3e/ckcQAg1AJRhUzuwJexMJ53Wtl gbFXZ5H0zkb+
... WqeVuyQ0XGZtP22/9tUlu/Ak/Mmp03+
... QbVwgNAjmYw4UGXh2OuxnRbStKKqLOf0LxhJIQUBMZuEUALXnVMSn9OSpovgPIytkiZxT39AzbG4isnXQmYPx
... ROCWpj1NQv0fLnpLWfbc3D3x3EcljRLARkPQ1PBgGUtp3n4uSEy1K6DxqYEOH6qaZc6SKPET6glWoC1PSNtSZ
... QH2lI+iGdbtTIYr7PKaApVn/
... 3uCc5VBvKIaZ66v6Pa5qaDwpsHuyuPRHf0jdXN8q7d1gnrbMnjOlsuULquSyrKvwIww1Ox8sHFRxPu+
... LUwXuFy5Uu3LYslQp6j4j2qYtVY8K8Xci+gA9bUCEyo3eIFb3tJbNItvZhtjwGhET/
... 0dVZKxN4dqkWjAhqXfbE9B5ZFJODZbg1pRd6zV7+twEuD7lQeqKVtXm6MHM/KfYC+FXLSJDwfRWs7+xx/
... 9uVLkJ+oHPtwWHonAT7Er3wVxXxzvULW6n4asDatKNLGFJTqhD/+UmjwN+FAi+

34088...

IGGChe9MLBgUcEyHpJxtqzHuErrTPLfr+jWuOGMbNa+
KrOK0aKTbdUSVkHXSlR96Uf9oy80cFJvrcLlfyDd5HhAY8MEZhbQGTBiJqjPP/
DQ1PeErXl3Jjt68sVVPwKhbJMHvjPPv+0NFuSVNjWRqtp+/
TQ9SzwPdHmZeqpQTKTslFXg5GO0vRbQSjEqwswHgDitj6drJVIteO0Q14N3/o6/
ZvqipWduDQxtMpWHHbyhl59OYwG0xkHn40KRTB09a4IizVtRQ9VEUox/vW/
Ea8MnSrA5QG2YgOp3Ce1zSgOQDkSLk+ZaeNaiQe+
BYXGTenLYkw8J0JpqG1n2nUmt59rNR2tVuFVza3icZF7M50APJ7mnvnstH2npX4XxpgzinPzcVslZ7fO03qQ5
3vcCYWDVUGucgAJfuaUcOlOjJNx5unvSIoQ8CNXLHonORkeJTae43FyAwtxHqq3Sskaqzxjjb5XO EGsvJQSsq
W/lt/gfnTMGYkYsKHhGbXeP+/5cYkjGJTXthK54hRB2pXUrF5NQ973Eoe8+ahUy9vrT/JxNXnBERysUg90/
oggKl83SKUj3a3oBWeAhxXF5cWxlQjbTDjKFYEUCkgkxR/5bYXcZuvF1t83jAWap/HBSU5J7BW1CT+aIR+
29eKkPa57Or2htTrbP4C7YcehI0+yVHaKZRGHebEMhB/AbHdmj2XXvhpk8BC/9DmfpsIZpFtgIIIKHY+
xGuVQd+uSg7lXuz74Nu9X/
MYeMmUBUpF19eP7BRHdSV64yS4Rhs9I4sVTSs9rWdNWH4Jxj0qrTQlHXI6SH03OmyEwuKLfJ/T+
kR1tCPRZBbiDPHd7GelhNs4iwAozFJL5Jaog1T/pYTU9tn4V/vRjG+uYKrmYJEpRNN+
vuJOD8Iwi2DHcAiK4qQwCf8NrfdMWSn/2+iYoFB3OHy/
qIcvnRAXQqphiAmujKjGnGd5HxzmbW179Fw3f43DxEo++2P8NPanGG8U3FysbgIYl3s48cwrAN7TRJ+
Plgfxsm7JkW6k3mCSasP649U4/NsKYu2G+gsO1XivPUU3Wt65VkVtfbrEjxj3v6dUe9P3I/
PJ6vXgEtdX2feAtHVu3iLYwwQCOqxko+
WRlHORo6atv5pMqn1lOhtFomS9kpeUN2W8ON2LkEwBNi0VQhN4L8GvRPEr5qv35sRlFVxXz5P7T1r3PxAPPi5
vJDJu3zDjbAczUYQ5YOGNDOoZtvjEgSpBT1dANV3jxX3XYrktEs/TP+uWslV51ak6K2JwGdvlRP0Fx/
rNGS3P6BlP9upmIKIQAkLMJzNmV0a5e3MlpzSRamg5uX1htB0Gz4k767AfXi8VXnxqxMC5FkbzVYEEnURhusD
fdKSs7915IYLSl4UCqQmH0wCaJBBD2yqjBH278N6rXbcAS+L4OiTJ1Y7EOFYJhcZ/QyE8b8tWiHBASA+H8ude
+SiH2T1WYNF9LJco4TNLRrgBNxUEPGGZXhRGysSehjjwxU/
FmPmxzySJo90VJR3oSYiVFIRRoUBEkfhNI1o2VYSYeUaHbJMBA/I9nB5zSbSIpraqo6+vJ9nJ/POKH093LX+
5qe+9TADdmaYKl+IZZk7A8anTc1XK91xrkPzF/
hC1eqdldhHeBnWMk1yepivqeb3iZXOCYMbzetXR1eKg95rDnHzguwZHp4VlAqJPjSgi8+Mw8m/FbggX+
KaQZR0dKJZlxPLwTw+NgjsIFelHMoMKiki8IILW0Ijy+
ovPheIHQCPWYriUZCqM84MgODjooYvQdPEy7kHAURssMUICSArrOF41ZbLUJSrhjcJ3rsA4o0HrpNxmkl4fIR
teZ91sBpgzOaJLZmbjOdh8vK5wE0eH+uc+
kVqMtCbZ9uVbuHo5RHMvWFhseQHPvk3Wms7wWwo8M20i7prH6ez8DMLySSrN3CDvOzx22WDZ7ZawMMLfqBs3r
f7Z1u+mSNxrtQMhRgPBMhv3LQ/UUuWsivoSP8G3dF5y6g//ChqsTAAaCVFOxSDD5/
l5D6BpIvfulASnHc4wp09ciSKXE1DoxHcI0EB3bQhU8ruT0zR6ESmpJ7oe3Xu5ViSEhPQSE26w5lDh+
QebwRX0TrmvJfs4imL3hiIp94Qf7DdPpO2m3e2rzvoknDTRrBiKkLA2MvJp6laM/
Tn6RuFtY2okKIpCC29MCk0IwojDfguTyZ6Vc3h0Z67kOT2G+MkIhBlVNsEjKXXje1Cx0y45Iwx5+
olUVF95C9wsjRcDXWOyNEYEYq5VJtior5Due/
LorYJTxBJtKthcuVTsvvZnvVALQqOMADyO30e7fiNto5iOjP84HYY4cKTthBu7G+
H68D8kIZhVMewlY4i5rTknVe1AN5fp0vqGTMRpHpXSBib8OWqeaadSvfCxy1hmu+o3PDkruSxnEAJiGhtI4/
4lm9oJfEsaIBqccQ4rWJ9466quTWK72WoiccphDRc1enNdfybuflHrfUxKdU17OmXF3mGVPkTjagJ0tSmM2to
CaS38gkBQ5rqCAITjRVTV7wN+HyBVqVM1X5hVJSnVb23tC5zWHSNDjk76O6xsQG9gfoUGO35hi/
XWH8F0U9xm7SwzAfpkOoW5tzpZldOmVpsgmsqf3BtGtfDDgxF33jzwr+
727UtpDh6MpHHEkBxrku9zeUOeYqXnNxQw6sc7tVpAfNPqFOJrLhh6cSpJEkSQI8YvYz11U6mZGBMWxAeqKny
8VaFulgK6o3uQ/jufuaAGKF1Hb4iE9y+w2SAWcX9oF3vA0VpHgmdGyUpYYuxqeh/
ubuj9CXG06adecsWTDBBR3ZhJVuSjfjP7YXVUdj+Bk5B5m2oX2TfnM4XjIIM0X1+
AMZKY9PGsb1pirMazdn9qOga6obKHOaa0Qjj0bzsMEG97GeieJHUPnmB46eyYNUzedoQAahm6lQnIxGsGPbE6
LRlHK5uFkhE9ng1HSNmAzpG8dGTOPgIAh3YQYj2bWuSzA5N3f+
pSII4ifcspfCZ1AjjmWRifQbXBE3PCFGVETZOc3gqrH0LKuhd4Nl0zsT81pEkigeti1zh1b5DVJWGamEAKVAa
bY6Pgcb3XXNaVOekR/O2+ZsVe+18Bn00QFdflt7v26Jq180jEn10uQ+p/JcZitDmrv8W6PCG/
RJVJ2L6X0s7EinsUkjkhcjXHgjHQKhieWe7fE5qrQnvbTYlBOHNiorFBbHpf0wmlLLiDYpkyu08v/
3uxxqlmjnYe2Szq0GjuuPToBfjopmfKn7S0DkMBDC2zxPhATp13nVva7EzT1oyNqAKT0VTDnwDjcvr30NU6/
gFNVrzYQx14GYKsKCCiYTTh+lv44D3etdq08inpw6OoJbHqGjLoC4rrOZ3x7U7/zQ29EWaGqGIXQLvkZ7sH/
SEV8espWG9j7MdHnE5/NsX5Ve3f0XhZ7NFAqOgRB8MwtT/4re3MLdg+
CyMZUERI7bI2jEXvR125UMaOpwPfxYqlH2yhGJRBB0WJnq1/OULWSAJWriliu+J4Gdy4iw4Ilo73NwWyiT2i
/JDlp3SABuAiyILV+77FZTpqxcImb45OGPjcWQVxs5+kRbSbj0boKenCMsnvRGOFKuPzAyIUdZEFoGMbcKm+
nNXYfJX359DqcDMWf+HbfBxSzUVaSgegx9poG8jfUdurikONbFYAEbx+guPioAQVlHkgCn3+aYjKIeux8v8w+
vbjORLNjH80bB3EKHG25v6VYy+ZFB1f5auMll3zAErvoujvMpmzJnJiYB5nm2OVJlZ20ZI162qnQXAMBoDDna
+jn8rnzqrNb9wQ81rWo+NRREu14UKeP+
A7vzTONn1z5uq7pHgrwUmVLKvJnkPvwC5eepkpZXowfTOAtbSXUroo1Zj71K/uFPqSu10vacjwaG2q/
oWqHYHcv6SXARQsO0iuqO2eapdFzsXOgdE4Myvg4tPX+
dHlGmeI7qPoupIt08A3CHTbhbn0srxstWM3o5VGKLEVnliqtQnBo2Umx3R4NquptuF+
PR19QEWNOytdIKxBN2ck8JvqMEu1DyfeY8DRDzuvXM8NBM5u79cWdlGu/
JOlPP1OijK1dzm7H7knXkBbz4HKbKf9vkWRo3ZreeXxvRQUWkhXHWfzGoRijsFuow2JLUs3J2/
lb8rYsFsAt1cSvbm9X1MJ7H8OJmF1h/p/
As7PIZvWaWI9UtY5MaKHANLE6VPkXll39HEEwMjqy2oxtVlpey7D5iK/
aHxKxs4eXjHGUCLqJoLprgRGi5pWDm49dGHh5Qttorc8xxdDNcwAONk+hf7I7tRu2+
Z9EURSBftFojkjFk6w8W5zvaT/2zORCulhy+/
VLHtJ7AO7Kq1y0n21814v2qqjQFEn91d0AH1mVc6DK95pBszdfMss1V7MslNOSVfv7F+3f/Trm8+
BIEWEgkD4n8xJxbM7/jqEJUNMGJ+Kq1TgTLGP1xMZ+kJM5QU0R8YM74Hqgyl4kkwh/+9+
mNUN4cClcbelcSIk9h0DaVfA3io8k9ZPsLZfU5HpmXT+T1IqmX1TwaO4Yes9Ve+

YZDan898HTTf2oUS98a5kchwuHHlZlTjyLNg2gtwFB/
F0ZttXq4149Okf7cnhWBcz9A0troEneXrnOPq5z7VpL6f86TS2MHDUbLKps8+I/sWy5vHVCn+
58uVrWv1VTJ7SghYb1iCdsKQqxurh0FMFtcoZlk0mXrkYqR3H7E/
J2eIjBR0oZO74D8TZwDSBQCexOX6cQGzpHCGONAKcuPNTthrRUj1RWdN+Flo3U+
qgB0HE4DLi6ZoPm11CSdtCQYuTRsYrMkvXpx1VA1HUDWGx5hxAYjSQ75njaHwbCiQdGiGkCg2LmoF2w06Kui6
JiK8ga85Zily2rwkEjpytEsD12ZhhS8kwdoOdj9tAJB//DLpRuCKuep157ow+qg+sB0Pe/
qTH4dG5YN6xibTAk9s5oNn6MHVILW7PTN4NS9ZAK+
NvvTduP2NCdN1IwG4HBk7bS9OYbFohzBO5wJaz3u1XDOBfuJ0P4PNabEV61idP91kFVDuuMu33Iud72xlGlZW
rOOgX5TM6p/ttJ50UaNQl/XxZjhk12Z8pDZebEm3G+xX8wLlsDe86Hu/
Uli93hC6z4vzzcN6nzsranYr3r9H5Mt8dxy7bAUdFatqxMZPwP4EBnqHJR9uSxKUZBTosPmRxB2pD/
smHHvsKCBEc5ujrnRDed1ZZJFOQusB/J6gI8M+18TfymuzLCiJGVhaOC8GuVuS7B7zKC9adx+FbWuI4+
AdeafqB9a8qVtP/7m/94tJzjcK8+JHFshZCIYG8fPHI92b3DN7Cjq0Zr7Ub/
SuLKH1rFxIO8nZzKI2V1DKdp4L7IsBwjf38ft735is3YZe1f9agm3qtnf7+6drML1oEs/
fLsB0I2FyzOBwGBOCA5XMJnLVtsZRKCBWOOJS21Bd5wtPfC+i3QMHGQm16ViDYojie4jr06cVsP3Y7BiK+
9X5bIB5RCcviIQriuiLvHVgWmBECOXux3HEKFKwJ1WkQ/Oqqq3zWZCSA4FJl5M8BL1XWoylVKK/s+
EIKPFvzhZg591RghP6ia845ixbiNWKxrqjuBNjA6j/NAu623E44TE4Fyi5s1imZ7HJukihJQK4TxW94+
fhW8MPeJNMITwnnax0jkFiAf2Ng+U7hDH8Yupyf7P6NWQuBpdYYm34KTVSiPGUbRjVfqvOtbOBBzxE9+
ZtsSm1XmqeMrn4UY7AOd28u40gYSOSNg25bz75FGGW1F9atv/4C5u8ABpAitglZN3/9j3u+
1xUfdcfFwSJAG3Zqyrj08PRUYcth17X3scCx/Pc0Eq/xOS2qDot7HdfRP7EAMFtxLV8R2lC15VSIt69zow4t3zq
+SwIVscOQmEkOw/7vp3MSwbLd72JjsflqW2ybijpz1N6LbB+kFi82Yw1j5B/PJ79dLq5fuD1qlhq/
KBvGI0H5X2x++DHw/YxXhH+whcbgtIPV9leyKQt1gT7yNAeM74wlodwHOMyn1GDWOJ9T/
eFD5NK2KkJRDYBuAGekfd4HBux+rzFtdWaz2A2fqQJ8C7EcdF6smF/CH3/hk1hQQ/kh31Bq/
VIDsa24yvQeqYGusQXkpFhPuuN5Udc1rdLbVo3hvAfet8sNvAD9NMPT/
bOsUKTztRFfMEqRdNCVAv6TWxBhIs4d+K7OxH9WB/K+
9KPgl27dLPltV5heYw0RuwiYYqm5YtadnX90imOZUjePt73IT46bLzaRCrs5Qsl0wCTUxHFkXWu9D8MoEnbG6
DRNFz+aS4xpNf23jFlCu+A0B+3Em0T/VWajSqI9LqdsX72tfRXiOmNdFOKrE8oN/Y/
ohpjCI90xZijymVyyhfQb8dIAtushA8yRqffMZ8+FyUTUpkIYAsnODnKU/
CcIGTeontuPVVBG5QAv05GgXJoEWwjezXk0jm2G+7uFeukK+xNPUWxdfKF9Rur/r+H2KKI3FYj+cyM+
SgWMgk3F6Q7gQGi8Bf96wVevSoWUkt59i1XYnm8SgEbKEokZImteU6e3tsLzRgP8WqOr3uWXrk2aOmbDUD3NS
UncXcta84LSPEoD2uXIFsDIFC6Wh/38/45jmt1MF23x3KJGsjAy6JeYMrWk6uaBz+
HT4Vewdu5sYKmT5J1ML4rForD1HUq+TNFdD6QJq2f2fIeHoDLnSjc4TXGdmYvft3mweLkT6F4ieA9eAbT+
Amb9AM4VoEKrhPCov8F/ruoPgcHeDxkgvL6CjfKiSKmcn67zdJJAE0bAN/y/InOKDrteAl86h0OAZJNtB64p+
F9IlKUzyDYv9jk3e+ik14jaCxPRau0libcy4wU0SaV8Q4s3G9gLO/
IsHupUyaa2Nkk1zntK17CkfQyS7GQUd53YWJ/J6z59b2PoFMKM8RgMN0na4Sv2L4Z8OBQTlqDZ3Qx/o5Nc/Yt5
+VrWX/qKk4adeMOAAOA7P08jDC+bz3t2s1MUhNkvz0cYLKbN4Ep+u0kl86Qcj+oH2Freziw/H79hrX/4+
Y2Y3Vxs6k3lVCZM4UC4VgDLWhVLDrN9sSKq0ZDxyOmZzMuL5/
TAwsqUHariQOp34M7mkVSH8DHl6FMlSmi7zR4QS+MDQ8s6s4pmEmZ5tk0VgGHv5fMDNFe/S1AHeZy/
Tim84znTtQOMrB7fmGXYl2FxcDyerUdgcWMUg1q0ZHFmhSqUk1cGjbnZpKYDtGNnWYxhQm0JzOnTne18J5eyy
YJzsPBjIuYCeIjWZNh4M5JPCjjrKk60TzwnXj3jWV60WQ7H6ogkbFhWQqLsCEuvfC3QlDHgFLXCP5MOv5Pgri
3l8QUmXC0oijNoiKqvT8NK+0/
So1UzJPcCS3K9gVE3DmCNByX6wTlXrhga3vgJFUolaHEeAJUR1vfapM6r2h8Ba7GbZ/
3yzdwLvTgpBGEz0fSFZ5Hs5CDfLN+
gfeFhVK8t3Rla4sfahobzaAHq6Jn27Ipz0ntm2P6BsFcWs6BTziX3Brj6b0RJLVVN2CO0X2thsGPcOOtwrU7x
hVc5vxFCeJTupfB+7W/52MLd+S/VXxJ4DT0iBYvZCFa78+KB7kFic2mfJB6FWBP5s8Rl+
yZXyC2JNzT1Nd1uCFwwZG0beJG2D86+0nyl8i3sw7M+
4ND412YKswufcPLrMbWgD21DP4XOGmgHbD70ag85jMJdv3nY/
sUhAM1nBgFM3ZtONUYwzxBP2MHXGoxqCHvXa1BvGf0z0Fk+dHYQzuNTXyksHbXc0Y/
qKGXFn91jBtis3QpwipMwXcqWuqEEjinbZvW/xrJs+s7TrwBDfRTfb2cePAPRRvYvF21+
vypa1QuQAN3mj2bwV9MiUctK7T4SxJlKiBYJ/
sNkTG1EzS8RKBhC5cim5C8jnCzlRQOKOq49rvGx5zhHbLYcPrwAyke90aOmDIbA5nSkpmrXdutcoAq/gukj/
4cLoHJ7X5P/+1bg0UMkKMc3mQOWsoMOOzf+JcXZ0Wt9fySpSOhwCdNnEjlw/D+
IgUJrQk9ptVCunqsYQ8qyKN2S0v5aezv1Dx/MetbcmR4LtlfxtF64/iVGLpG839Z/JlH1a+Ulyl31rDumYCJ/
vgkDL/mHKBARLSAXXonb69n936tHbChZlr38O7oBJfH23r/xxHd1ZqLU9k3u8pgudgRhGrSuxnA/0Gp5wY/
Y25wN1SZa98fMCo2QHF1/ewbaIfzyTb0mv9my+Z4G/CclGP7GT+0uhdZ9kyg2Sh7NGtmpe9Bi++
ofLYZw2OADqxyXQbMcn1bSCu+PLIqnWiELD/czsO/pP4qXMYZjBN8GtdyizSfVC+
OS4AiTCQJkLhoKKRqhC7xNUJcoatDchICEw1EQR5KO5CCJgqv+Uu0VEdXy+
HmGxyX1hsZEGZspd17PIpsJB8GPLlk4/
RlTcC129dT4UfbSIx3pOZRhxpYYUdunK8VdTMF1of3iHEPBBaKWWrZCiYcRheQYyO0makLpzXV8a9JSivYV5u
lvJcjInoj7NQrOol268QWHxLtafZ4ztjytl+
YdptVlgMY3OhPRIGkQ6c2Zn9vv3L90DNPWCAOUnMUyadQFDX4zE9ddTdJagcZWbo/kinNZTfX+
zelwbHPz9gmta5Jc0TQ76JJJacmBni8+MyunaKl7oAVwK/x7KpqHqvnWfecLgOOhCbKCSkasS/i8XWpDSI0sD
/yYTqXTEpssaMDFbk4BcN5sBIbWX9VD/DGBVYGHoxhDhHfuLj4AR6EGbWCJpWOS8iU3HFxG0li+
ebitWGVEKl597Alaf2yNGLWNSu35rLb0qwrvXXed8uqI7QQUqgbKZz5KLgVP00D5EBnJN2FLcv4jCyG4PAsH1
zNeFU6Arya22D5XkCr/
zwvJwUgzlQVMNL4vkSq2Xz1B8Ouwhu6NbrBjb33EYNYwFvNzkf7x4BrtqXgiAoZ9nvb2H+
CeS6VzmW1xV3jyXtZ5ddZsKcEmGu06hsxo5yH9dy6sB0SRnZK7WbkqdUaSc1yO5XUF93W4JZdRjt9rhroA6IA
x2LJv6a8Sr1f0yTOwdqjWvJbfJEkDU6drnj0Gm+H2gtj/cIJ/Y5i0nFOFRlDBpKP1+E6JnQ3/
vufufZsXg3ZGw1zzfU0dthUWKZm5bTcR1eQtutcfni0jXHwhdPSlju+

34088...
pMJeuHpfvR7dHMuOuBVsguFmKsaoD2ptkRLhNKFca0fSEiwmym17r10BMnWev198zLhh20yM54cGtwZXpsHZ1
XSWcfyb3d7653VdExbEwJYj8UmCCK1ZorMgek8KlRfYQ9KlGGikbFZ29iqPfxL8zFbCNN/
9fvJKuZhbyTZNCmUVXYSyYtqkjEf+X+zq1D01me6g9yJ2PVACFj5mWy3uhHGLIFw/
C2BjDENJ85o31DkpNTe5AGqfdPTuuL0BZ1RvpYm9rWfO1sNANPMAcFjKG044+
RowGhtkcxItRfvU739QiVGznhZY+lt+ixNQKtJA26VWjh1F4D+3XhWFNqlHTWsSnVMpBY+
jmVDeAdpA3UtxeEuYK4qebTYTZ+Iew0bK1ks3QNI6O0GhgUBx6R4+layoaGoy1i5QQ0pwrxokqxoRv/Gm3/
LnCOEt09Qek7ziYDp13v2SbPfPaqfEvLRZMnWsdcYMFKSVIPJayqxJ/
5qs0aZEGLQThACk7zbSwRRseV9PbyQdoa8S4p5G2+PvpuM3o0TWoO8Gzb+
RwVBAC0NNCJ4kZkPuX3xHpWLnV2bxgjXD3LTG6LVCh3P8Ysdtjbyxra+
bjnktAFysv2YLOMScf9wTFEE7qQqUe8ES50gz45g32saf1ZGAGucAh3m+sntc3gaQ+
CWWFJO1NY3bgxax3ACe3DwTn71QWHCXbXthr5912AyaR6I7s2UInmAaTMrfqhoM670ynBPVIN2rXjo6QQEA/
WgcvLBraiB7GiXuQ8bJaiAPLKavE1bECL155o1hoLSJI02lFGoqhBP5oxc6Cs8ROkdBc51HgkQHUs8Lcw6GsF
fnyFdhvLphAxXcCr/Vz+NuhHMwhN/emRLQ9uCstK6j+
HrF2bOjXxhvwyz5Elyi96A0rMT1CGgSafUxSgwqJ2g9NEM8Ejf5Y8U0prwuUvmp1o28X3O6yrB1kWuLrF5mQ5
Qy2qky02tgqc+7b2BPr8HMYsGWMWPKVGF7wN7bBBub/yBo7/
uv8CaLK2B1KBNPscrhNck1aU7LMTiDjeaebWwZfcpCGUTtZNV9yor6SuNa3RqK1yLm33Kztbe5496xe6tQnbn
fkKYAdze0Ep8jzoU5auYADyb5WLg4xzTFVQx1+SfaX158bIPoBxdCuqauT13zxLj+
EshwGMYepNynuPkM294qplZydLQ4Gxp8T6BWZbF8xKKQQ1BS3h21H44zGK2C0BMdEYQIn6Log5+iZRE8Lyx68
/Cu4Dy4JqL+UMJH0U3YPsi/hEwAq+183sAzGY8vF2SJKz1vZiUc8A6KTphAXyEsbWxAJKZx8gAMhqoYmjjEP
/NB08DDxVW7cY24MADRX/rX1sZcVZl1xzGXErGRzZ9tKG8ylk8v9zd8wyTIXFjLhIHBZ5VhsZDf0kpwxANSU/
YWYeq98CevTQHRSipaqi0lvIKkXQHai6kLU6yFmwxZNFawcWIIuTbBARVSa54LiWIE9CbluxQGkw8yAMPYmF4
iKtmnH+YR3L1+J7jp8ya3S4Xxsceb2wehcs7o58m17qgx6bPbmZNflyqnKPkf9w5W1yZFEw6mnLnIqHS2w+
P7rt3uc9/tBF9PlCUalBHDvcCf9YyB1T7r21X3XmyewM9f+/Hcxc9QUjFqDLa4MfbCgZZ4cW3zuX+iQcV+
uoCwoBsmTkgegoXjfkgsSGBNZEzRXwm3Mtsh0w3VYIWW/4g3nxegf8HhhksS2atwaqRLox+
fff39YPjMeRoFpk1xTL9DK8GLg8IyIYhJZaii2QCEOskiy8ElhdSPGx713D9XCsX+IUXprWeycr/
hYS2Hjg4rbPgMP8huc27QfmK8RMxwhRhwJpKT1NxhorTeLtthYrhVKVU/
SPPZRYZq6EevtU5ffOoLtX3PcNDBPywqGFcNMZaYCzhLHtcVAxT/
FaFNUR17ujk2OVtpaps192ckxH6K7rax2sW5+4rf5Wo1hMH9emrRZzjKPplRMxl7OxH+
4VVnt7CtGATKr3H3bDyAs04Gkfq3GozFs72vU5A/8UYeVdXYy50ssg9guLtCFrrWGsDFACP6ifJg3r4x47V+
ZrEbZ0WofZjuz83N9DsmJJrPpAT/jfncKlcNm7gAewu31shwpmLVncpPAW7QoHYPiWWXUDSKQqcHGYmrktz/
nrtf633CYc5yW5MZfygtIwtOGUJyXh4vtBLEfYNmGfXs0k2i3tqdRZZZioVJSVDAOpp1D8bTQjSGYjBGeMvXk
jCgg9SDHdKG5gI4U6m0gPHOqkbplmsbPNMVntEK+ZJY0Q7zzPRfqDW8K+
zZ2PU1b5TfDP4P07UotbtpeqIjuYbGaTFR8sldo5I5b0QU2blwFXu4/LkpwrgNYbjFl3QYGUPX/
JWYe1b2k61gXYqpSsUezXpjR4vDPd2pS8HtfEbctQoxJUmkbQv5Kbrh0jJvPr3jBFAzO6t1JpD+
ftR1YOSA1Q9lEuNNF9DJsvj8XXOZbroYxN7Hv+D30WxQfGghwXdEWsKg8IJSKoJJtLVrobtSiYvWIG+OZwrH+
pR5eAhYw8iP7sTmOca1H9+IBfa2+xU09vUq5KKWeiWT24tQSTq3mJfSHo4b19n7gZQbRnr/
mVi1D70dDVJoNQPmy2XzhIJC9YUeSsmRICRjLqs/ipW2QWdZXxghDXcDnMOmgtDfVRVpFcNIAv3rBc+
58TSSOa2VieRtxGxtcBSwakY0VOlsya29xEpHWdZ4tjWZIbSTJovfisiSAdVMX2BYeWwyYk3bhzonUOgEbUwU
sOP3uwEd441AfDcFotuADnoZgjb/4M31b14lDB/
SKoUggnaTTflYrSNBiu91xDurhFFrEaeSfEosye0hKAGoRLq7Bzaqt6MrreGa8DnDxJXtqHaSCN4VNb+
66sjrmM+O69TrLpd1NepRF4h1p48prGDfohOje7lJte7WBHTSowPI7W1RdETTWdT3hw0qM/kpas/
cNbJIBybNmbjzeQJubsXRLX+P+q6Dur+HHcLXJ8+v9JyXp7dMttRfuxUD1vtfMpHhn0UTo5UCiewmS/
WLolQXoIseZdpSsKjgEdQ9VjBD0WLibclVlHFrghgLv/Xa7/87J3cks8BtUZKZe7jTK7ItDhAsIX/
i3gPOFNcxQ+/qxh9wGcTwgoaR0rFEwY10RAh8z1OEx/Wz3kGEWhdbmqcjMzpePO6Dz6EipphaDDUqFr/grWYY
+W2bHr5nJwY7CdqdBvNGSkp4FciZff8/SlbWT3S/H8NB6U+
OCqCdxmTvcrHCABevp81LnTvM9oB8iFlegBNT0P5fzWjeYcT22mXm+
obuN26J3MqrGsryON4BQQEEJw9n9oL5x9mqZ9Ufd3PUNNUWakcoId0T98gpo9j3umpW0PGVW60TBF33+
IgXXnLFj2ZUhqRB0I4THjT5Rue3/W7m7Kh+3U+zIB0YA1o+PxmBkxQx4LgGLjFQqd0RhEHVkw2VoxH+
6qL7hBuGhnJPfaf3MJHpFZcGSSXkc/dL99dbT1Vca4bxaZBaB01Qw9gnbZUgHyFIjde+
dA3gPa036grkEbbbaAVzt6idhfDxREEk2U869a+
rd3QvepmZdlDzp9L7YgDmb8PC9EaQjSl1ZtOUu8wqWfPIQ8dajwmJAmY/KuVt+OHWTpNUK1SRCsrAoiqTp+
8WoDPMCJAQVr6NGbc4VMGgJmOGAPVeKscfYBLmDsid5VnWccpZpLs2jn2YXHI6tcw5V9stEfWLDTxtS0TNXnC
uuitNJVeGelth6QnzE4PZLojxTUfA5Nyu9cVsRT29vgMRrrhlvfb1UAaaI6anQGOvFI8i3Vv7CtcZXiDL90Vd
XsetIJAxWlFw9AsiKjOylF4ioRPYU/XMKcFFkGLRMG1NcwDtO860fYcWXf4ZoS7X/IfUv+In6ZdF/
AuP17nlt4jzrT4J+i6D8ZdTLP1b1LWAJmuLzdoSuMPW7B2H/s9QkT/xMsSUk/
ttUJsWboMEnwixZgxjchIDOVRRN8wEk3MMq002h/
gBM1Os73KiNClrMmO82tCWYMNdw7md58s4jEr8EKfGVG5GX1i2eSNXKIIQMZGfh7pRxqx3o47l0vlJ3WQT8f
XUHsfitmpJUy9vui+qLWNrbmkFNmpavMF41V8Zbzjd1A1+7mrM/5hblNfWTqDkw+xASV2DuTCgTSjJBv7N+
lPA1lwOHFDL3+Nss32j1JF2HVcvwiKaMyke1c0u70LSrP2+
vvDM7HepU8LDBXrYxcsaW9QHGXIeOcne4NNrA16w52JuEVrdFIZF7pmlhn0yZ7ppotkiAgyPsnqnldNEOGNe2
6BKhgcHJtIli9pxmdMcGAPnKuU1zfLcK1F5G7qrwiPimtvNOpjmnYyKGArzkOSLdWg9Ns+Dckh/
WQnrDJuXXyk7zJBNJwPwHhDRsPzjy4kc1b8z2kfN/LL6dqf5rv6MAjF91+
RmjvxDsO81qjy8466tMdANQNKKi7PyL3YcAopGNj2wHPhryN9wpGZxpWKZ53A3/xznHprD6+
x4oGgrh73uoEpRVuZLaZMdXn+
HqvA6Lgztzihm15YJub1xo4xZ7TRw9V1W9AfuKQLvylaAeeAiyPMNC3lcaSgX8aCmXH/OHDcYa5KbKPNsB+
Uq12XqKKdpe/zmuCbXDIN32WIv/Yx8ifem3FF7joKxy5IZ4pRhtCqQtljOqz/Bn1odjojw+
qSHl7WkyaiXDpSTtpetM0YdkmZ66s2EQi0f0BNvvta0MlQ2elR1fMdDnyQ87IU+I9TUMXxh3jAzWXx+
XrBi9ITP/oOdHZh71f7xQmLAciMRXcu33l/Go1ztBw2RpDlbbV9MDxwyXGmAx3s/

VsgWiesevB2cCrgImrvV4STrV/s0uOSLrWneEfC01/
Rrewd9IRR6SM2IJ43eivh5s07HNIvjPAnN6sZmJTP5TnAWaWDFy1iaBzTw1TN/
X3gFQDn4iFUl6EB8ritKzS26DvQMm7qquldjyWA3jWMBGh/TpoViwPU3bhojU+FNo/+
IBX9nF64UvQf8yuLN1mGP3KpGLR2oZfoE+MxjByjHXEQm8/mkTgPad5X9I8nDVS3IVI0/
WRSVAmBYIvWb8YjIDpz/Zw90tsxQCi+
Bf7JqToYSdHdunA5y4cYAZ52yvJa2PGH1eoGqp1wQR005RLxgZjSnC29nJKEQkcBkT/
22M35XV7sqJ7DcHVyeAJ5aYyRhzASyvgsJvZM1dowHmQXquLgm2w5Ix/
FstH3momir46UIJGGaiI3AUsum6wQyMPMJWwxn6TQsNTiKjQJ2qYtv8PrYWPD7qsuWRMWES2O4BmdrRakxcXt
zkkJJniwBbPRtpNVlEvst/X+P5tzZ+Ow1ZBlOc+10334Rfi8a19XG8HAO6DRqOumPk6oe7X/1P421wGkqw+
QwtvtR+zi2U1qU+LiP3OwdPaLRwdOsPPoE0Obu0/SLis0iqKpxLwS90zONFrv0/
xlLztMW0kU3i56aZbjYv9Ab2g65b7CmjlA4s7lLUzTnjJhYeurgp4GQhNVM7nEdjamxSm/
6MNB2eVRGwNVBsNF4royiP0ijWReO+ht1742lm4YkhIQbIBq361ufmVAEElRq9WnWQVUPe0QKm/
NLX2IgUNyCrfK6n2n+PGhjJnIbtB244VCWuVDXErczpK3Gs7aEFacm1gcoRMCuYNwdh9trTqis/
Sk7SnnDpXTG6m23KKIedYRqVja1lWGC5VEL02QqLbjefUzFh6Nwgw0HTr3frYLX/+
aUz1zW6jpMZlO7QqKGwxniz00qEbSv0011PkCfh/
nO7EfHmP1boLvWCRNwXqNGoFrM1zycJ9MLTb52oYQpz6vECu0rqRYDnG4ssKtyfdRUae/+
5Imq4dl30M83KTmzYFVuB24voCsjVPUFrsj8pVtfrlKMWbVagW4NMkzV37Cz2nnUNJXKbSvE8G9EKizt45hjp
H54JTW9t44koSFy1gm5qe3Cifx2vL00AbiZD0RXdN1H7zXNOElVAMRi940Dy+FAqP8e+
kQCJZ0UHEWdJkReOmiUieQeEGhS8jpRFyvcIphaAOQhHTe45w/
XzUJ6lNPSA5E3U3ZlCMQNB3PR3nqQB0CNOyBs6ON0hjiKcipLoO4dnfIQzEQhV2HvyKAJCFJPPZWupDd6Irws
/pKdgvvWgh7LVlzfXxeIGQNRYYJb/eSbw66jDZPhvomTM1yQFicQeEKu8q6WCL1AvsnA6/
EOnr2Ne0RRDQkaWWuy3HMh64+llWTqVcZuzbBEhOY6XycPGDx/
vdBIytRUtaLfSXeUKsxco4GRgvTiSeGerAzPKIwVd05EZ11UB8U/MoZZQuE8Y0So8/
hUEPzURZ0AW2qRakEp21+gQRWA5bH2j1F7yPfDxPJLpLN49Pih+
A8DrWT8hUAPRwEFpQWEUlhXlJnYCLXeuLGOTLcARXjCgGl16LQ9peaioX7fZfHMupJTcqvg1B9L4aKtKDEoa+
gpJ3odxuW/2bbfm3TcOi0CHZ5P10iTFuyqdm6voovGf2G3Tf5s8VB2OSxhEXvbu/EHzmaGH/T9Ij/
wKYS2sJNl4aOk3Cq5X12a3TwXRlwrcURR1zdbpnaEOmtNG1Y98+wobNNbecJ5/
AOc7ni1XMHlZCtkgIG0R60fAV5kkwdMjtViKFYql5I8BRiRS2MXt/
l2S2CTW8RoLhaSbOXRnslVatGj21xfXZOIRxWsfI3XvQZLv4/IMYeuMtqLhDEJ9/
TFAJNybdryFjmP1gYsqW4TxJXHH/FcmtL9RsvGBQNSgf9SO0gnxb9MofAWc2kjTmcWA9FQoU+OzbfIYHgu/
lu9YpgIcIzoP8q+V8mA67+gWMrIRFi4R2bcU2IcPkTws0931VxodrTO+
iillkkG2PGUazWEDAc1yID0MFv91aQwMM7/2rhqZSI0unol12fPUQUb5RAWnWk9IFYLYtW/jcRYSx91B/
GKL8u6w0Mz4UIG7gWlb4On82a3h8S3l0/x1kXah+
kYgSM7eauhwqZ2MtwicEA7A9gnfHqzxvHRm3t45ca35a37izhep1CL7qR4pC2S9tRuplSN1zGgXQWUha6uZgB
k56hsWHQLu1+m0K2p+M26t3sf67YpHrMLbVXF46bhRq7N4fYSOM3enEoiV/
Kea4DSvbLq08hjD72c30fAcYZxtL/MwP4WSXNWj8z3tfVX6fLEkFq/0o6gHLXdCxLpaHwfQbk9/DNJSlNc28+
v+IVsflnrUTdxcXZ6OKaZVhnUnpGMrN8tB/Jq2A5arHCeDlZol+lst/
Ro2FMAvp5OAzj7rAaTHl9CacsOlLiqAgI/hsW91alj1acjP4cW4Vqj+yCja3owDE74KXDmMaWwU+
tuQDnsgJHPLSOnN2USAxhFBmVJeG4C9tKD33Wvxo6KVgYTdXMrGpcSnSOtnG3nCrtLPvkCRGSf6QshqmC/
F5NFdO5xLYF7WRiWjHPAroo/96olgQ7xq77pPN9XOMp/
Zlpgl8rUsEqzwmbAdbOXlAqMlICKIidY4Os65aYonEWrEvDQStFJA6GrPjs0PaRmeeO6zRWSrMQ9wyD4XT5Gm
7/
JAnOehlGZjoZVbFSeABD4yiby81e0q5yzoXKtIoBYF2Etl7wCygz0bDux6SSBFcWXwDKRo8MVCR0Ya1LiCG3G
Be7AdfJ113AjoFMyeqIyT9md/FJeDY3r316hbhwDI8K8vteApA+
qoh9hbW4rAEJhHQnP6aXu4FnypfGUrJn2lbGER5uiCX4Ktw0tddEf6LacOkOEJ932ATkiam+zbOay+
5njFdqza/IQFOaCTobW3Uwjrp2RFXpUBVt6wZoUgcj6bN0wgSS1e3DlSlqjjfUCb7xOfK+qBhyq/
nCoAOUFhuY5AeZE4zs1vA7ahyxxa736uhkzpA5dgslglRXhEL9IDCChT+HVc+ZHgQt87wqS0yqlEu3YU/n+
snf4sLytOutKR9c3xGCj7reTGll4hLxOs1f32XuYHWWI8FrcksnOATn396Wkj7ceMO0HfQSq2qbbO+
XWLXmDGSaTo7MQkpmCuRTOvQSjApHPY7GLwaE/
gAgUFbUlj9NHNWOdiULf2H4KQBEZZCgHVBX6Wj5L7hMlzmXKtAL4Y9hqy7J9mFRFXLo4yv5aBEHsvjB7ZdE87
sEMiBnEuA91wgTz9AYSQaNaZSNAlbHf7XA5zqY5Nb8Bpe6NH5w1ahwWk3JNFsCoMTsFpql5P8kyehzX9Ea6v
WONZ/XiswM03w0dd/8oV//yCvPl7mqeThRcJYUoSUPepM5OeKWD+
kHq6nqFcLgSWAokpO0EOPEO5ufxyXEuC6e/nWXfQAxaVYJKmZ7uwgnUxU4yBB1TP5+
drPwwrwE9D0yNmAnwCHuz0c/vqSvhRYuXKp2MFlEPDlhRbrLaU2A0ADlmyFNeNbIfseXt2ysNQrPde/
TzhFP0nJus2Jeeq667fYVFtjqSNCL2qaKKuknm1sGXxEGxRyn5dIrkZmD3NuanfaCnybvu0nq3krdFISU8hgO
vyljEs+
rsvSFrkn18cofSmvy8woNRDfIuXUlMzzW5DH240bgqaG0q7NzXNzlobgTqH7YSGEmHoExsI8aVoFlZqxa3XbT
ZqBCaL9bkOtMH9Ea5IY+mxoqDDNiepByEcM5uXAhUn8P4AsHTwjcGOIQ2fx1Nf/
QTUK5hZiA2KQwcHqgxAMQH0VMMdKoTdtQiW2uClCugt7XT5reOpu+
EtTNBDYhKhNaAxqyX925LyJMbQWigtpQn2ge7SR8H1ypOO4uoPX6M0N0FjuAbg41bqmuswsVHRXxVPbsVKY3L
c9L5zgmQiwsPZ+Dl7ekG6H6cT1MsNa8fRnl4+fC/qdjTJ+NGI+kOLA7upBS0RFkJ3vP7hCjhCMOyPk/
gzrUl3p8SnsWfN8prd2VeZWlj2//0Vbvzer+JyFz1pWKbY0+NJT0/h+vGbEZK5C3+wgrroCwxWkIgKE+p9pR+
yQTny7nhRuDV9N7EbwqO9EfrYQJLtPUw0CSgaBYw9/aBN8QL4cj9GW2tL9JBiK90TtsMULc7ky+
a3q3eRiGJM6bmwnIzvjDGeR/
AOeu6i12PQpw8YQ6vXlBAgQR34NEiHjOdG9pWbbnAbJPQAWXeFVsRqCgItz0gw6xckBypYJwRwqpHAeZcmNgR
IvVzj+OO1aKB84hpcT7zpD+GA41Eg/mG0LRWyLNROBI8lzum8y0+6hlbEuYtlTAwUgRuPJ9jyy5OE3TE+
o3T2IYfAWNLO7Tl1R0XO2Nx56zEpMDDk1XBkWc84EOQ6AZ1p9pUfHv75jAMVaOyPsIEmkJqpw7JLQevtim5Ya
UBXkijnNImkv/HiRP0US2Q3a1Totruh7+mcVcW93qhlOm/gzq+

… 2Qr248bIrNW2xCymKrQowbrlH31uv5oPHhV9/525K/I4+
… FG7hCl6bIyIOt3kJLufFyaIuhs3jA3AffpiMwysN5cMvgBaNeYkxIlvbETC0X9sMWMwsWWaI0TvBIjhC1NEXO
… YTsYMxMIPbZ64M2QN2A+
… djAPy9HYQjvZABn5yjFAJm7siM769xL103O5Gpst4A3EVeQ8Y5R1r04L83WSfrcwFdiLKFnievthgHMX5lALc
… VlElmCRgNBkJcgi7fe0cgRY8SXA5gIUHjqITatjKtccEA1f446tTb95E4wkT7dA/
… czoBCqKAVCG7NN7ht8Gb9Mgp/m+
… pdK413hqHYav2arN4kASUAn9vIe990FqgfFhrYsXqx3fMHa5KZeVrFRdShf0goj6atlYSpvaL/
… le1h6kUWEJYIoy0+Ru9oT5c/rS3TGA7pe0JXguCbAyndgswNvNNMQphLb4tryW5PZOGUQlM5a1q/
… PwAA7fPEgqVUw+j986/+6DUiv1pnjaSOD6stWt114ScAq9mdsQo54+
… D8qaH0dKApSw0oZOcL7iBysT6iXPWZ3sCEELKMtSmsYkZ8Alj3FRrCkpPTqII20RRxoqidBXpxdDFDun6gUzs
… XMNL/C9wdsPYL14wmm6DglL7gFHJ2SIF/WDsRkboLgkSKxZf0vM8vnCu6T0ZTj3GH/wVKsO/6EEuwp7o+
… 5SqfYQkxedIBhTW2NCnaE0vFjVG2/KE8b5X/CzjQd/00n2mKiUnCqKuqhEimpgZ9WcH/m/H6eiz++7F+4Atz/
… 5ynPHFp3edz1xKWj8I8UeDXASRVNCUQ4hlxUSntZlHylXahK49t8kd/qfxDZ0r05o3IariRF1V8LqhF/
… GZMjO4VuvOYZzXTaGBQnvfv95/EKQr3+qfa2k0+kmo/cLYK7VR8uqECo6z/
… 6C3BqYJ2OcXWbzIDWzseiWxcUPJEunqQl1ZY5HRSgEGrIGe9tRY9SwybddqWTcxiTJ44gNAYSRa94Hr/pA7+
… oxKislK/IP5k0MRfZGtIP0CNkjb223p/YYs+
… 7Yk4soGtHFMbKoDWarC2PKPvy0zm3kHPuylRONEDeAUu4opxC7BGO3+D4YfFR98VDQwuT9+
… BCSsySQDdtj5u3Z2tpHMmK+vJZQCd+ZeT3VqrMAmTg3XRygShpclC/
… JmWfbY0DzxKbCNaYExVHSKsHPgM5mZovRZBqdFIug0cizWikOAeqX9XNcdOm/G5f6+
… nGh44pvvX9EE3d8icIqPKIUXw38ScveR2+
… PdnD598GVb0v9tmtGSMuFdn0Vn329tSTA29xiyaJfbPBfcC3gMniGrBz1fMDGh6VkRBSX0julU4CfMdEHswjK
… 15u18eJVEK9qdx/gwELkDqAD8EhYzl8TlT1+FSEkDxLN4vVs2DKkZYyGGBXYSPyeP+
… 1tax3k0RCI6VnnyBrvDAb0Oft2FEYXKctp7v+AnFUy1WIwECbxQwDCXIgF21y+3Mcmx2KdWf78+perhBp5X+
… 4DoS+1oBbjEFwTXNzKU3Agq7FyWs94D5p2OEbl2+Oml/hRnu6bXPcHDAfC5dYEP50wFqb2eTjYl4v1cGEJ+
… 4hQS6lHIhqnINFX+Gptr7e9asp2wOgeLv9uE831WIKL2KRh2vKXyV0S3jrdFlfaq53HXWDMoDmM7FGAHDFZ/
… wX8De5Bv39I+eGlbhYleshFO0AxcPOu71xr/zzrXBzeC2tEM9Y6mhvU/
… Ak2t4MotSTaQ69HXdeanQP9yzczIQC1lSEBCXY9Bt7sg+vvgifKzfEwxZ+zi3biRUdz+
… uV7CkBR7oQP5riLfhcEGzUI+UldOczdVsdu01jX1I3tssaigFX3YzyxPR65PuLFG0mt/
… v2ga9tpIcuUiMUBGCLrZ3AWs98vCST8axVv6k1nbcAniTmu41GisDVnIow5KoIAarToNslUnXDZlk4YHdJgEm
… t816EiXhY/C11ZRHtt7n+SmNcsM65cObFRt37E1eMVRGSnEn0O/ygfSuLndJwQer4dzE8G8hZR7QVWfxQ+
… 6yoYWWPeQd+FjcFnGfsQQdW+GRmpjRGBuwnODSePDnxyOKfkT2Qf/8W3+u6wQv/zcn2PdzTuoDj0+
… w74Wjp1TKRaCFpLZjnWqmn0eNjB7k02hhK40nbMe8QFhDtNkrNE1wfpxr9gCT9Zj5yFZabyFm0NXIRN25bMoa
… gzA5VQWnclc1lTNTczzmb3n+evOhpgDbIY8KMeRtqAFozI6SZ6/MlRrCgJAb27X+Z33aWQoEzfax7Whv+U0t+
… rfikIa1DH4R7mYk8bi31pDRpjogXr15fkU9XZ6x/GI9VyyYjQo6wHk4AF8jRhNoX2TJee3OnjY2j80nLYO+
… mdJ6Y9w821P73fy6kPp0RGeUg27M7VJicQ+x/8HZYs8JbCmOxWD1vAYEsHWk+B8/n8a4i07CM6B8XExn/O2l6
… /kiWix0UznbrcofUnMbqpJO/
… h0CJOerULH4fo8ztpkyxN8bXLnfhr1X0mai8TeBdnx8EgRV5Z3YqJEVVOx3ucXq/
… Y6fnnSVh5w9Fa1jhU81Vosg7Iz5XmqtubdacD9s+Hk/Wz9RIN2hEWZO9DdBkl7x9kh7eP/
… FGvgqSFHqZny9qWAoNuLT0WkA5IbWVzWiflYzz/sZW6XFkFALEQP76jTubno3/z2uF2joCnN6p8//0lxv/KwO
… /
… TrGyDTBkECR9WP321jmLaZNwCK7ZLFCA1eS2SJSsC7Vt8MKU9GOL3FRWwLN63aZMs8kBPMCrQVLTH9eCKrEu8
… 7iVDiNSGLvfGddE4g3JbO60rIi49/
… dSXTpXiab3vO4l8ZHF7Oj3nhtxf5UpzdVX4lUGGDa8kI6i2Yz7sqcSH9egyAEdMpJ3vMqHZ454XFDaNFgGTyx
… FkWRQEH5Z427ZVDYIe3I/3IQP12rb1eqVRvSMvVcKPCa6eqJRndfLCUWMMrM73pfNKkte/9EjN+
… AvtJOVktLmnFIq6Nfgp4WXNXeG+JxR3cKvW6tsu6cXnyZ/ecdvAt2cf+Acy8HEDFVSaFAtt7nZ8FhXB4+L1Pr
… +
… XF8GrCTkJcFnXpWsgGTovdo2suzvnHYGn9b5lFlhJbOInMm04X7OB11b7kDkRSDERPGrWz0zftYhgv2bdtCey
… ZxqI7xDg+ruNmUAPi6G/KkSFbBv28eGo5GegBVDq8/rUx8MMk+jYV/LdLv2kZ6s3x8QLtQ23JFcG0El7HfI/
… lQozBiXitw0orE/WUGpzOpDJ0Aoth1o4ORXSsmxq6Hu6oP9PRYEu1lT+aXnQR7fNgvgQ4nd6LAic3C3D8g3+
… sScrPZUqJivImoFxqB+QEdRxzxxCUsL22fy3qn+veltsZSbPV6CIVBcZ/C2WtHLcyfHJ/
… 7T6CqRQ1twS3sBoEYK/ZteSxiN0hw1kSizuVEQqzwKUwDFuOgOk5J31KcQPEr43LveJnDd/
… gTNCTRirEOwwaMfV0AyshuUzdMB5hlZSI5mhIjNWoqwRH8YxNTrdXVuUxbISrmKA30T8QSyyD9Dnf8DHUht1
… 2zQo6tjyU4pdOggahVhJ5VIjpYDNYmgilh4Bff25+NRWDq/dLhn3hsZ92ElSwAh7GmubUs/MYdyHr51CU/
… OxSC7FL2TFpRGaCgTSmVIwBPR/Nk0OKe6QbShW0oopawSvX2joNPHp+37VOwCbgQWtIf+
… 3pOboyhWgpQhWWVRwudegfsnQs0bFgrL5IdADayyWPDIJ667aWjgBE3p25GAodL5pvAmQ0YPwo4h3z7ZsYIjV
… 0tRNFiUvHaxxxiHfSf01X5faHMsPRAuynH8W6Ghin1KBtbPgQQcckqXWTpyjoxPeuB0E+53qEDP3KzDAv54e0
… /iY9XPF4398LJTu41/xISyp2QnfK86Shl03qswPU0B/jtFkP/j520j2qoUNlZM/
… fIme7ci9Jf7emfgMqsUtVUG0siNjfIp3FrPl/iNnB1+jfoO4Vo+
… Tqf7QZEgMNw1oYTdHzobzg1nXGvDromvVATvlBAscQWKC7EXDhu7P6wGZWVL6veOE8MuVi++x+
… wcBGIHT8VCREGHBZl5PeEo7mst0t2BtQb6LlfAJoSxNWFb1VLKDbkmfgfEfX1xLpX79gZQMPVc7f3H50btdVd
… gIKEG4I8V10nJVF/
… MZJT4ab5o05pNZFDOQWj4hOivSaISzOQIjGYMVOnl1UwgGK8FIrfW4HLPSCWaeJffnEOLoDoe0bSkq6EEYOw+
… FOHO81+R87UYQH8oP6bDXxUseaI4+
… qexsPUreuMLEm3Urgcw5gqRAYDupolPLmPng4KhB2rlbLvfsoBeQleXE1uRQD/
… ZdcQcCuXt3VxoKpu8VO0EHqhcLcbBCeSoYj7ApfJaTLD6VtrEFGcWqMMqP3YEpKjP8Sb95xH6YQCLjb6OLm2v
… evKvH0iHk95CPgRtnFm8xgga4F5IFlC91ukFzVUQqxIjOAJpJlXi6peFWi2O5refyyBzzY2HIVomtT51Vg0qqD
… Aa+AUFOnXXRzn6KZSIZ2jeZzidQSsl71cxlp1cH+
… 56SE4nm9Mf6N5AdbbKPJOR4F0M2eAB9S33iSkRFVSfaZU63SXDzIcmQjKMzLuU0o6CZXtaEW7pGMMTLywQjI2

... KVO4qevFUJ+fEnQcUeGFyRbuBnd3am6oyJ9MPs/
... lKwrJJK1ATekS3ZRU49SRuhHPBbit4O1iH2SF7M86361slbZD4aVnb56hMH98MYj+oEX/
... Bz42p07sYDoLzwyOvqyHzib7K+QRyVQA/1/
... 6x9EgGkJHNIJqNiBuHPEGuJUKs09yEqZAIhwQIONYUQXeOE1Y43152HDTgrRhbY96+
... WhAkBsoRmqVByhmn7Mljh406Nhr6lDtIfo6Ec2tKGhGAGVbDAczcPR7jqzRD+
... m8b85T3qNegJwWldHXwwOhItkupWl6uDJdCFht hPBLlQ5+RXV+
... 3s7QI0XILkz4fdxNqlfCDS6Op9VUFh6XQOWfzF97kSe61XwzIAlop/DedBKXieIv1UBSjhvH/
... 5T60YyajEIdODMuOPeWmEtncD3QJBaZQGZsbnZs9A+
... zdxWMKA2FV5rGrR1TUlSpXF376MnUIycgMTkisWHGwGWnIN6yjwxHnjqm5utCkOrnJ+
... uabMf502ppWRKmYAP2cQS7DWe6XddnXRBkv4iZoR6ew7Z3Lw+
... BBNYfTdlmrgc98b8LmBRIB4kIW2mUjGUp9Memx/ZWm2TaKhG7Fqdj/
... 3Fz9Cersk9iiw5Hds9NlFakHgZc3Xoypz8+zvi+EF1iARNifk7fY9KggEyBxBp2+
... 2REyKdrZGMY18iWEuAz3LtKrexS4qIHgnfGytpziba36RNXxRoh2jIfU6X01ReWgibztqMKTWgRS3b3oVPuM0
... 0cB2eQeNiPsYcTIJcHAaLNFYjmC96ERWlRwBWqabz6MvnpX4yqyhI3q/fnQGJHcX0qMnWZmBpk6/
... UTqtsMGHw09wUtORO04eatsZwZ/x8eNYcka0haVEA74VlC9ebXNwgreGMXYy/1m/
... Bi99YVRlZyovajbCpmuHtayGfRJzaDn6zcOSibilrtIv/3n7y4v1s2wq52EyKSNv49pp+
... vOjb5Umeu6PeNR6I85eXjfaLC2twd/P/exoiyqn/reFlWQ+
... jwiT8OW33y3HeHa8bQKiSzVjOUeZcOW53N0MDCnHvnGlVqWqa6c3EHnpvRkq8E5etRAQNrNaGVo3uA7oHrQjV
... 2WXtzWhZR5M9g28h5OEEZn8aeH2I0/cS/1wA+hJsTcHXFOJXBydFdCPOZ/
... uhXzJP9koOXCKmB0epQoP1nFCZ3pNRBXkDh8AMcQzdsjcvkDlQkv30mmqp2oiD03DRwHA7P94qstZYnK77IpH
... 8+8CdmsUSXTMcahutYHCjBPWrVvzDi57Gti2RaCvOHjBkhZnUt7amm/FDvSqiHVsGk7lFs08HfN/I4RnaG/
... SjaSclC4hy5bkt1SIdPAASgcgx/45mwSmM6LylS57qkEjHn5qSQlKKEMGAw/kyGvn2MKcXhbvVg/
... GMtp8rEenB9cPlSP9EyRfaLXXUzyMKAWlPVpYWSjTtcgZCarNEisQl419g5EoD0xXXPnjxzAOSLXSzcm1R5Ws
... ds7eADDNrsYUK2uUMT4XtrfYTlJyMF500ern53rSHibXKUwVX3Wn0Qc96zwPlc/
... ThT9TwKY6H7VZ5fsztjWWMgeN0vFADmN5xUbA1NKvXWpS+BPxVNh8Rigyhb06TEbWzQ7G+hqT2nee/
... ATRKiaa9lFABwaN68LiSz73pB0YvJ02WDea52d9uNyCzmJf66ZgrNnTmj8KYvmW8IjbG9jUQyeeiqqHL3rPdf
... PrWIh/d/c44hwks9K0DsQcD2XDMoZREjW6Oi8vhsrqZ/5sR+awqncrm8D+
... DtELjcDmmxWWNCzjoEgtI59jwZEAA2mMXn+H5mUy6b2D9Qz5n90CKvPtxKV7/mjh3suYKdBVnjWME+
... Abk5kEmgQXFHzVDFXR5PCHp4XO+
... xFqQmOSf2tYpxm3bzEGpTgqZxTWeddDVrfvgtn4eKKA14o4cAm0P3HlMowoGu8wTA9RbWT70xKtv/
... Dm8F23bzumVOW+zscs5Km7XiN2p23IGqtM5hlka4lbvOUZ2FQITG+UqXJdyIA8CI/xCqztdjHZPSc+
... nJLA7yCAbDM7MXKosNwfDvlpau8Tz6gSQtntRQSVIYbrrhREomngHGUVSNmjl+//
... OvoXb1Yi21UN2kWN5YAtt7K+BBiaY+SIhESZ19KybzVdzrV7/
... QUdCtAHhWkrQxC2D3AZFDc9r4Y6Ndg9dpSVrOyDlSZOy4zNWrHcCfQHbikG2xP6yRbTzxp+v/WT3u6NYSQqO/
... E0rBBRrM5AQTnzcutnN492iV/z0mH3rGUpFWH7tclW+
... 5k69e44vEDD7Xbak13RdXUx0hVjQu82vNNCWaZBMY8hAzwtWUqOd/
... jCB7LNJRgrwU0XeyWJpTNE63xdXyDGCw6O6g/8CHoG/7p/LNVDV7sRYC5NahLlNaCUly8JtU4niiKWoBvBRF/
... UoQ5bTkP1SS200iyYAN4044OzSZ9+HTH0c+/QSJ9l86ocpuzywv9dfGTJPXYRUPVDghhvONVkeqHu5NT+
... P5XAEowqZ5vB6vcMWY/EnrUsLzskU1kuj+hg0kRl/81vDkPedG+jaRB2gOyLDFScnlEEMRBeXk3bqX+Von/
... R4q8bR+oPslo1QzVnUlhvfm/MF77XPKm90yPlc5JYCvjxhHatJsn28Y28r9zOu2zkaiy3AU9K14+
... ecfbdiTJavSMKrgAPIYmuWxjKLAxslbrVOCHxW2JOh04TJbNBwh4CiZvQMYmnc+EYtQ+bk6v5oUNaQPHEQw/
... K9wfPfvwNihRITFJaUT8OGkLlT0rMyU6Hu6DuD/0S2Eh0etJG48CtBt0gRsazwRGzcE+z5kX/
... JoCqDybY4qZyXX4LiNodrvounbhwmCzVqZyk4yeKF9zYN2+
... wI2QFpyxJbUFuux1maxiQ7zjRjj07QB4puEybcR9rMDKeRwUS2lAsIgSktM7kj88mfi5hfJak9VzJZlzpy/
... T0tppwU3Lsx7caNOArLkrbVQVp/6ZVtlbqb55SBGIA9bwpBg8pOwiSiw/iXG/
... uiHFhM2s8JFKPb52xi8NoRcTu5IM/r0HYsuDC23xW86xwI7Uxm4tUagKPLHc2R3Cs3iQB/
... VCDtswg0ryVO6KYJQX/C1+D8zVf/LFoo4MhCPNZaI2zkmoSpuwg4bJhJxBHYHL0C4WYwmb6eQ0K4jsz1vGMsZ
... +4mzWTgECSBG0/f/CSd7J2VJl0zImuJ1VelMHbpnZhOYBItJvTCYqk/35R2ABpTnkfajtjme72uTpSF/
... b8pk5Q+Mr1kJ7SQ9e2WxmMrBp6b/NCCy2PT9nzXs/aT/ybLSBvoWTccX+7W0pAZSSTyBHswegcEO9n+
... cSUwbMsc0avs2K1sLiwDCs4v1E613ffCHK9w32/
... 66bz8F6nc98v0SNprs1T6iWmMYXApVns56GtIUfRhO5XR15VxBe6VCAI0e4tesKoPZmBbTqWFZXAv4amh5YsMG
... s8TMgaV9tZ3Mow9Dtyb0zSNwWyXJ0KxaMSOKgi8cUgACa0WPWRY7yOhbG66tio9IEI/
... 8py0jRTGepTlsx4Osajqlymvy P4jymbjH3UQBd8ZCN+EK6e7rG37oBHmG5oCNd4ipi6CDNoTkjCZK+OPyQ+
... fwhTZKPJbK+R+i2ZvQ2EBLcm0TGyqV1pnX+La+J+W+PQDI8yAePpdrvqiCYKGGLrujhFFHVpl+
... qVwd3qf3Up2BqnJcfhR33qAUKQiS+umZeSBHp0v488hfh7kQlwtczwKS/
... 24pC8aTOKdV5CLlY9zTyGvyzLvmdNmNM+0tceuxlgNYlU7dH18cn6yc6/
... lDSDIb7m84QXWCU0fPQfBDf85jRlYaCVLL9GSX+yYLQkFclosykTER8cLmeKcbFIslZXmyg9//
... lR2WEdGRsOobtIle7lowWMKYqQcfIgR2kmpgMlpsbEMiIxG459+kZyERvKqileIA+C2k4dFK5S8mAu1/
... mMo8naJ09wRnRyhArmb9HYsanYFrpAI8KeXyfZCR2HeIrZLyxDBkMtFfMWSa41Cr3hhRRwdx0ErkShBhnkqmf
... rSQF7lleYiSgzRS/nGWa1HknQjqy7gWujSuT+BnU0h//
... BfObvQmVZtf42rwYX28U5MoCNgN0ZlDtqj3jhM62SHZ7l0NKAxHJWGzXoJFJA0zXp/WEVV3BQ/
... 9GFbACD/yTpKjLw44mSB6KHF03KixlcMDn6SbXM1iVpWF1C1jZ0wkhTtvVvZeQvBP/
... fhi5LsRTbcvn5EM0rtpP7mshdHGBTvtNN+
... gQYmzsBomKcKq9mEKuq2cqWvUDtWRZ53kAvF5YMgEBEVTUjXi9onv1ZF1rH+q1Yv7xbuxDA4DJCbCFJqYwox+
... Zx2B9yfA7K989663LW9w9kGo1ro0LaRrkx0nkT71u6W8qVF5Vk5CzxJIjWw8eXY4EzjQl+
... knmHO0Lo7sofhYIMWRAokN/12v5rnLh4BhQscqSmZ/UHOQ4sRFW+
... pASKkcgGaWIPSe5PUFxJ6E0t8ccSgiV4mryj0elc6LqfLx2iYVt2J6xKKdB8dbS2ObNUVIb0A77ScUwCtamsu
... pI8n58XJ68GjyiCpJR/

... Xggh8xbwsLJTSnEEyKfr5EEks6xKDtsIH4jIfUlTkRqC29KiU2dqObVXI0LGSgFxycnQGwX51XL22
... jH32C/9ACPWhyxmS4gqgP8ZORd+sSDwR6e9YhEkHvzkW56F+IuwXVSO30ue/
... fS0D40AHEJpkdzauKFl3Ip28edXsFyx1l4LeDRhH01wBz8cHIDI9dBcg8KrFDnUPa2qldgqWjDhP912qLgo3U
... bNEL4/erIDMz/c8mAbA/lOHR0+KCUnzyD5swqIecLWhHnXhMeTpkT4/jM2L5MekFI7v7SzHS3N43Zy/
... RwMmaJw8tRghQhraJc7C8Tnb/HDuGwBq6M5QCm+//+Cm8XWu/QNnb5KpSOQseQgDRg+
... UwjXkOQnGlT6cXEnd7qOlODWxjqOsHdKxMz3QhHmN4/91+D+
... 9oFcMlA8MFMVFvMQAlAT9xKTjMZuMHlqQOSUfUgP5SIj5OXd4IIHBtNnbZMEzaKHqjIuGz1I7M6PoL9oOBorp
... 5oEVZ4Plb5pJiqk+UlieRxclHXSqo60tV5ezVuH+
... 1HzvVFweeVmSqTYA7JzZ4Nq7VPCnWYdQlLq2fOWJClLYMzQO22KEAi5RpUHN9FHD4ZeA1C2C9PNsMyMeQGN3E
... JNPr06jiAr4A/h1n0y72n5PUMdQLzCvGdCbtkWPOS+NacrSU2OJ+
... wVauncUcAAbmnx61YbJC8ILpJWbxYVeFc9e7DJY7TqC1ZtUKdR6xHojqLrmk9xjJAbQFVSJhagYsLEPczpduR
... sVANkZvNbjrD9rE5Zjm8h2ATB+y5UqnrFGsSiwqN+SmZswbjSMUhIkGnqfz/rF0qcX+P1yFRcUTAk1C/
... 6JUFvWzLXqH6mkwh0Zd2inEuWdYtWLAwJemQC2ABJlzI515HFswLeZ/2waVHRBuOhg/lG+
... WBmAnhwlhTmxE0WuGo654t+0CWLJtx4W1arJ1EzG9kIj3NTnUD3LI8xFfUVz+zb1/I+
... hpQPnTHTKUp3lC3JYxV/QQvVUY9BfD9FPYNOhTa8m571orDa28seydqcUB+
... vPYHXGSqcunzlNub3bqaNudihn71F5Rp5qQN/
... Qz7j9ZfvPjNMl5U95BjRJrPQPJKukpOScpLrLvgi4QBj7IeGmbrVJNFPosE6TsPvSpXp76ycpxyO4NY0hdkQY
... 95hWsOo9ecQ+h+Oj24xnmTd9g12JKWxPaq2NdhK5Hop6c+8BlAt6wO52gh35BTrmoCEdIOfqEwCKk4xi4Hq/
... ZU2jgSNt+rumJMCX3GqD9Ywpmmp3mtAHnE16h8pUNppNabMsH+9WqrTqkC/YITYj3ySASAzqNnepeaJ+
... e6IveDJ6QuwHcgZPYQ4rV1vhcsYQNDRHHexVZl2wogO07XLoYu/3+
... MxeY07MtF7WuV040HVncmkJStQAkIGkf9h87oO67LX9JN54tJUBqPGYgCztqkw0UJ5JhXxG2CdAMVXLfZG6R
... 5h/qCfWG9XE7CpYFxU66RTcn+96ESAMky7UnMFAWfsCV2HfZm0i/ncQjzXxUKQbXlVfLR0/
... CdFiq3PJD3Q0evZMbc0v2smNlR+KUpImeZwFnTmMEeYVol9rP8zqwDP/
... 1GOjW7F8LAkgOq8t5z5EGID9zHaRy2wQAzcsitqRlsaeJO/NOuzxhw8tgbo7g0U+
... L8RLDXykAY5XJKysf1FX914T1YVi2rqVJmYHf7SvIAcM4TSfcVtBE6k50C+M1bWk/
... 7bKjjyg0aE5XciRvoJS8wmke7i2fuC/G+z2ukVTQyoTtpz3cDt1r+Fknt0YpspKsmEhu8oEk/6n+
... 2A20g6XqHanPS8gks8Zliqn+
... 0tlNcg6DmZNMfEFIx2PurA5Kjctl6akspoZOxnE9EifuINCfk6woJxTBzt8qugQHfRIZ6RwF2EJCROlLT8q8y
... VotKSqVlvPQdjR1oA66ogi2wNGXylfPfUwc2+XK6har4Un0RJeNWlx7EwqY6xgQfRK1uTJglYwjLI+Und+
... W0FFszxWg8u5WZWK+
... zaUaDvqOX3CCc2hDaa71INZYesznaTAXeq4f3LcQ6BYdHpou8T196Y1JUk3cYefSV3Vklk1O7AHpeMon6pwa7
... t/AhsChC6fTNgB01B88Bby5XFwiwWLa6APENRPwxRDunLlFbN8QHKtUt2PeCGfJuxTaGE7gUHwUC8LRu/
... kDjMSGWEJnxvM/l85W0qcXQz+u709ERZ7AHrXyctcv2GseXR7JDZd2M+
... IHd1RuG5dBSM3rUA1JcW446TKuV0N5+
... WJPB351f8PU8vRIWWZ2sFCfaRAEOEDsRDlMdjjypB3x9yNpyIFQw13Q9hCzqKOAe+
... 6WAgu8dVA17plgWIzlTMnvxy6LRghoglyIFql1o21DaYQwIADHu7816EdxPG/
... 87JoEY1dWna7Zzzgp11JbhBsZ3UmuOomEy89GgpI0em8i4R4vM7ftpqZqn6/fQ0d2RqW0/
... xvJCrluzNMDImPu10nCuX60PqINLPOzTv8WzyBN2hrCsyR5nF/UIJy+w+
... ebFIHMYrB1Q8PJZngjihGMxrX7AIvAcctn6h6oXqPTwb4A8UkWAr4acGs6TaBnhqiKaUx06cWOF6dO+
... ggogEgFs5LAz0LuxGagdfnAVHHPvAt5eI7tqfHdwLCrwqP4DV9pmOIEjYE59E04KE4T6L0ej8Y9AeDtUNfQRS
... uVQVDKWYOvcDC5JQnsmNlUWR1EzPa3pSn1E+V46BjOUxrgr+
... ltoy7etqNGwiLjCuwF0SPcW3SQz3vR9RGxb2cN/4Q8knsjaMWw7AEO6HGiup6zxO/
... FsaxsCIR45ZX8CqHiGleFJL0Atd35X+QzsiKquOH7uWn2tWlBB30SRFH0VbVbDWBrN7fQA+
... EVYyZqyIRxVA1Nh9oInJhV/Bk1zL1FL/CeXd9ISAuPgI95Fsix+pB23gt/QcTA25nvlCE/Rf1t3XH8c2/
... McHPFPWKLMkyctnDl2P4ktwTqdrc1smv9P4LjWYPy1qYvwYYgX9ZjlEeZgjersrGAP71h+u3/
... 199P3p5w34knhVAVT4u2UliNhm2/FW8+
... jmrbc0wKnjX91SBIqjD1OLJ7s2SzM1rRrYbEbfNz3PJMXP9q2B7deNMCTaVPkwJeXvspM8KIun3C9SV9u81YN
... WzRDOlL1S9DTcDkVaNs4QP/hmZlOKuQguEe2dph9Az03F9jjNntC4CTSY/
... FzACC9ruvfApkzcGsEQQQkROdX8R3V/wzlGavkzxcvSoC5E5e1/
... ukQ2YPZ9lOrjJeMycJ5EKxI2QVOXi0Mq1OTsx1Xep5QFZUGY/
... Ezuosebh7vbXXmQLf73vf2zNzWly2H8R0UFU8YthS6o2HamFidPgrl1P6D3qDUwnWhZeK3Uhfw7VsCggZQOrJ
... 4DNOcdrm8rujJrrsw7QG0S46YS7KcFzuFr8CJYap896m62EBzbqfCtNn6kJVmBfSf8T77SQWWkQCVA6VZ8nYm
... HxrPcvKKKZ/6uacCs4ZC3AdJyCN1G5/dK8mIn0nYGS6a817l8R5giCbsCwrx9AwN2Kqf0nfh+
... Fnv7Y09KDJ8FpWXpi/VMnx8swR9nfRm4RerG5D8JWFjtKHl8dYnsyJYOnsvD4e3WtS1bPVvcGobnt+
... lK1rqOSd7IN+bC0uIv75dkdyK+/D1oTxfmIMH5dwywH0ptBq1CLeuEfvJM2kK3jLurSfRipAS/qs6/
... lUBUKKD0bF/
... 7NBgvbEEjIrjf3h5Nk0Akpk4N19RJYkocRIzrs5DbCSoj1wO0z19GliZcp1xz2p2YrmQTpoJFN5q2Is+
... mu8hmBG0soSy+Lly7K5JFCHE1oOVXWSp/gowBShY3FJSjacrhwkV+juNzKzBeZZd9mFS/
... k3vnOT7umYG22JPBVWgvF38ezpB8iJV8Z+HqHu5By5PCjpc1e+3LMyEXz1ZYmP7gEdTebM6XPAdwwexTx+
... A8SjL3rMWudckvSbWidYkXFXjSdXHQY7gmG206W6/8zcPAYbSVKRHkf+AYJiYPS/iZhj99kecBHuasHGtn/
... DoDG7GpdKelG0MHDqef4kE74J/d4xku7zQPSB5ovMmCOi0jgpM3Wrh489XTvmFQfwHXyrb5WG21yYJ5LRtbz/
... LGK1jSrcdi3ggAsQmgT2gsl5wua2AFwdH1PbJW19GyDY3JJrxnxoWg6tOgD+WKkSC7sjpvtTV+Q+
... Berbm620iSFdmlgSCI/
... 38Ejw11RygeCDMCtNPfOXjfkcq5758Ieme5zc5qwA3H1wBmhTO4UhSmVXGGvD8LF5BZdHROVnRFVITumaPtNN
... kb5KXjqF9F74/EojRZgn5HkCfIjL3sPrNX2VQ6Gnt1u/tO1D/
... JiVoeGwx1foGSwvfqPhxfMWRwZBd3rcnhqexrDTABSGCOKkT9YxmNa8Pe4wlEw48MSRElnONIXmlQhXJgvo9S
... jsSclAaZ2eXVLGAahCrq+dj4RFF9LoN6DRZtwEdZLOryUG8jQTNhbbBIvxh5/g/EV2Ftup22q2im10y7/
... UHHzpw+lj1XnUhRmV1MoR3wPow5hC0HK/6hU+d+

w6N4eaPknk41kQMbsc5mo4b32EM2VsbeqJm9cPYu2c6pJ7HjqB5XJTO59UPm1Woxe9erSi4NS18w0Rd3m
6EOYjMpB2GlVhD0TVQ10Phl0cYbPAF2yT64b0lEV/1s1Z+2QvH6BX3NPinhHV4/FpP3mNEj2x0MBtiUh/
Wg85MA9tLNqH4ZexlAKUHJARH3hDdnQlry83Zavyx4n48JS8DaqIJeaR1Yo7JT1GRk9GHL5gc6od44MHUcuB0
4j1xyfWsEGSrGXu5OIRVu5wY6Kq/2HmeuzcEkNo5kx7N1TYzxm4/
DsQtVpw1CzgYFPUah2iFzQsbtNG07y9M9ZjWIpnzAwmM3QCLY6NqAup861MO+cr+
farEqbVzNrh5samXus3vGFtNR2scsjlzd8y2y0XF4Z2uPhlTTob/+stZjdCSLcvie/vgG7M/
a6ZMGKIEwcOfe9C9J/j06OQkL5+DSSLrybbsDg+Ka+
SDbsibtEYKptc7a0ZXC8PE9PRX9ICcIvrCfUGmvaiFBrye68PQm7AI5bK5nkKoATEmVSGrlopHG+
k2eUmMaD23/3puBxYJ3rPz6cCvjWpoDPr+
Pxx7dh3NBrp55unbqznyMQ45F0DuhSALJ2iQxOFiIXeWY4kPlyaQa0upfDfCb4K68Vi2YMXjz5KgWI3XUfHmU
frzkIpk9tnqHDySutnbFWD3EfVekdXqk1/
pBQA8FMQ7AiIoBrAFhdKwcqu6rEHNbeBv4Uox3VmDsmcjJnI6saNrDlC1Qmm6/
dUcvmKtnA2PLXF8NoDf1OyoAJqfVp06szLhZ0l4aOZ1Fjq9bVTqcL02At1KIEnyjJx0QMPqnsKjORDd7vt/
sLPr1rkRbc2Y4E1aLCdRgVA3nBVAKOkdWYers+
TFCVVxz6O5fDUBD0BJbt3JumRM64A6bdxwKu5sQI5749dLttL7+
Y0Jk1XeJ6velMBirBwVcQA3ldyVK0qJ29Bsg5RxNlKuCTb/O0UxRj966HRhmMwCqiRAnMYM+
vRjCWS9pmLA16ifFRL9k0m485yN/dH1hqoAFHaA4s1WfG98FKQh0RLZyLKajlDSb+gykPz+
StvEiBFY6xaK2wCVmqfjh39uVdyq75qinT+RNdsgWbm6uzxAlxTV+
2dDinGFbCzpyZfCRSuAlXVtyQoYjEq7UKVtKSybtqypteWBYwU3cCo29MRDrO4ZvcCUrvgWW+
yhDzKrdkIFulngpMOs34+
ZKktfBkMedcGGb0WiAO4D9UKMblaLpeJhQnrRydykOUs4cdAACxnVGbQlXl510nsqfmD64DMd5vi7Fzy4e1YE
eH7cOldXnba7hfqqXIcEVnCyQAaayIY6iyQWD/
4PtICh1283EzlGpTI1FDVlkBf6iQZ5ezPgASOWFbDyktY0rw/8YqY9bmc0HImub0N7fIUoUKm6A3u0HYoTS/
8yCQW5oPDw6iS+inN6KE5s6TnZiE8uYHdF1Az/
KkQ2mb8JBmOJGBdwsrPrmQadDjgzPNISVaxTaBjEV7mQEZJV3Zgp0XufuXg2sC6q0vWKv79U3Sq6ZTZy58GrS
sCFvupPzj/8uKCR5edADvATRU6cKIPKQXX1DU40sHDXNWFWV1x/5KmGFxayZcmny93XVg1jDBs4LxyPtgH+
3JBCcuT4Z001K6PTKWj1AViixx9H81nOT/DwofexreRNkRaijBmvLyCg64d22mHj71eh4odhAwcpS9Mu+
YFx2DQ8zx36dLMQzLL18OV8UCtFQDxpcbMQO/
vpbmktMAyS4bwTr6mJadjnECUt44oqJZf0lHvZAXRhuEBZ3Sfli0kuH/
A7wmzVyQOWiwf0SL7KjdPMXPVOxDDG7bsrI3AwHtj5Wmzk3EQIuup85XCUHLmGCru+
x4XB1oAhvKSSvWwV903PEo7krPf4dhKAAgD5+b/
K82sesZnRyPS9s25H2ZFGGbgFJ9SK323IlibvtU50ta3h7Oo7s44MeTA3GLf5zWOEzmUVtTQITXGukBOKbmvm
cBe+kSQnBaf3hDcRODYY3Oc9ATc0J8dYuc3Gx8Ah4AIYaWNGtMaEmz4O3gcM4XDGMD103mV2LYrbDXMMRQRCj
+WciqAKN1QHnCiyYIP9Epy8CEhB/
hjdSt8v3WrRaVQtUdGUhL1ZfsPWdbrDjwthGQexWet8ItYo0jw3dK7dcghvIxa2bfMZm9OH7fDM0v0RvIo4z4
j3M88Qzh+oRVICiwEi9hxoQr8MOlg7nhIxn2s1Umk7IJZud+xfb+necW/
R5oZjtZaqPcDn83fTSGVXAdA6BVgNz319RrP7yZIZ1jCHwPqMZs6SOXMEffYZaFxQprcl03N+
Chaxunag8L1O8eoN8p/
4Mnl1HscaZTaPXTGMhVskADlQtdW3dqbJJBMRkWhII9yjR9OcHqXj57MKWmCQd4E1kE/
WZpDtd4YaWKjYTnaVcz8aea9qn6VQjoNOWgU7tkjRdlAFVZPzkKfwM9wH800iO3ZW4A4JDD7uNSJTppft6KqN
VT91qtbGnkyze3I+2n/++x9z828rVn5/lG0+YxXFG3F+O1ldZGfI02ti69V/lmYBvo5/2YrYEyVut+
b89wDeLBzwbZoRcRiZN/UdLR/AXuFW5h9ZSD1+
N16NbgGOR4T6KXY7FVbPY4eNvRmt4UaFzKoGEuehpuZVcselccwEZ1d+2XnXHg7kJ4WsdiZTIFdYxshri1V/
e3me4Zq390MYurcLt25WS+
Sga8YezwHa4tx860ThMTctSxemgrL8v8yaxSZKyiusq5rJ9KIXgI3JayhuWlOatz+h/fr/
e9ZZkaoh2bEcKwFLnRiLEMB3UTuA/XN8cMQCWo0ukqOlBfaoKRi/
w3HrCEnTrBGHvQ5W6EHnloYkI3oVybPiU04K62PfXRDVwb3iHVRHxjgJl8+
N0mKVPrL5matX92MsxZJVdRdFP4j6dQjoQvoLFvnnhm1A8Oc9mhpQb/w08KvniKd/9bbyCFmCwjryBk+aUbM+
WlusmQkyKG2tSunpLDhUYZivhUfk8SMw76jRVmqEwZZQ5eX4TWUou2mfk+/VLJbFghduBe/
UG7D1Bbh2S0GpA2GkwHTIal/2syhsJY/
3ViqHdTIk1iyF2xKoOfBEH5NMor5sJf3GmXjpK78CAlHLe9AxLQ0HezJNUAJ1G0aJWS5hMSaHtrX5khoaZVp8
Y8K6uLNFKdRQP2faWYw+kdpLuNjDG7/7wUyu6DtE9IdWlgamjXt5dnurA+
MhSLohwD75OlRn1iOiyIGbNK3lsPrbRxwbaTm50qEXNEzhcyrSIk3hWZsH5gpWfk51ngfcsjtK4j6gf7yq/
oE7NM/VIxTN2Qlknj Fby4BNsPGKTOm6J/dQNA82+8vlTX/
XeZ5QKUhQtKr6YA8Gft6XKf2LNDAlV5tyZMSvzpu6jcyESJytTtfyL6Scgm10h9OUBOOl7GJiZkIl7TXNkdt8
T4bUP6LtWtGVngGqyNn10W9fILNPei2hIYrZwZIDuCjHF0+
TC6MQETq36Q851rIMuWFp1ZUyuNmiJGQjQR4U92ESYPEU9fVDAaK4877La7o8lT6/pA5HQ/
4LBIYosvnwxBjoe/gZBiAAPUDr5KfLFyiR9TaoHFN2oJUIfLMZrNgwKp8+
2GwtQuNHFjrlwQWpfw4BH4216pHK6oELSkgAoRaDleYW8dwxp8S5jzG5PSiNz94XZFiG7+
i0jP45vK41XtNVDk6ryEdiScC0WtjEwar5hVgybQr9aDtEN0/vel7TZj8RSg8VwdZBdjSnQIbXpNLeGYoMv+
eyGRnW8Bphy3Xz0D0r9sUuo35FBZfobGHLbGKa7U0hCqX6WJzxppdDO0DVLDJn9+
6wPgVTz31gTSw50uOeTi78c+/
fqSjfVKuTCI4Tp9HCriaSeZzqczzaEkIDVelSoEwb9S7uWHiWTlRiUYdQ7ZPkGJsBEMV/
CaUMr9XWxeHSOC7nZz2IWyXIZ/6Guw7kzNFbOqSaWnGcncRkVc74NB7I7Z15WmZg8GbkrflNYqANSE+
OubUetSUGY078t0NZTX6DO4DCkusPsxT4XFpbmUNZYHozBCIzuyEkpoxdMO+
av9jO0TYdFsOwhhsMaUZj3P9azocSPrH4Y6DehhOcY7PzISPeX2LAOHc/I/M/g/4D8fZ9B/
Od5zn8UcuRQLJzLFF5S1RqlmDNXYqq/L4ve/
iHO3h3lhpACjr0vbc0CKqypT0n0odzLD6gzaothE1JNITAF82CO6Lg40gz1X4OuFgV3rLvR9GHvT4cvXfOqm7

34088...

05LqmV9PwWKQeHVeIZFF94F54F9TyHyDGHint/HfD/1TowldhDVIQg774IDTv69WLI1P5QrV3Rc6Uy+
j8poTeUT2Z4CSQHyCBIOXN1ItD9g/HJWYqGE5P0iuula1ImetLEd6MY5Ajazrg/7oeoaZHZhH9Ht6tkcqiP+
FcdADevoRqsXQMbwMXsqDWxVPJou++RrbYN41B5CQegYx2b6Rjs9Kqmo5AGodLolBx1zUrlWS3F98b3/
NphtoNp130Aw1jSB9wfa3CnJCxc7h+WR+
cIaStSVaIMfd01JJ9UfipIyvHydMdSFT0dJ9iafT9s43ayXLzCJOJKQuoQkZiMZ2V5JZcOqwBQ8lK8wWwwxK
mB64cObjtlE5Eg13Kb7o2x/Z57X2ImuUfNfcb8r2yV/EqY/u4BDkaSgy9BZ+
UUSUEoiCP6uk5z4G2QhXVmTjocmaFE1GBKr5dk5dwM0K8xHJC7kKQrOVvJnO4sv63yZaoU5tQ6uGLwVoNO49s
TPIEg5bYI2bRPduE4eK4ylinHNq7PmJDu5qxNt70kwydU7Th1ke3KTfbDicxc8I9Ft9nHIIzerG7mvFrqjDpX
8Z7sk3ZjDmyuuatwoWbRKUDXwtsOTLSGuXqaMdSwKhMkegecK6RRPRtOV+Fczb/
iONn0i1J66VghPSl2QIk9XmOV/q9cbjLCTeThyRKYS5e9/0SoUmClT3fPe2YJLk/9hYE7XPGcMrD17V+
3An9HPp3e7uq8Ank6GjSr56qcFINKlldmQtgA/
Ei5uU3J7Em693tQZ0AmgJ5ewy2JZVukzCoUEOVnj6eWc3e4SjgV6ju7EjGgH3y5bf7jzVe5KNz3U6TtTr7Ayy
QmZrURR92WSR1QBAzZvG6dFBG78sXg0wlpZwm9cQN4I6mt4V4q/
WpsJe7XBT1mt7bQG0ojeAebq8MXyDISjbght+sgPKVNZUabTJnHSo5Oq9VhDXyKaEoLYxD4zb7aXvbwX/
lB0WUlcNtp97fVvTzrhR9jXhO12lLVgheVy+weadWEuN1uttLgtXdsu0I5UCZwNjgrd//CAIsE6Ex6yM+b/
oDrtuRGqvEZthGlpCl617IpSABxU0/
nu61430UG6DzL2XFCgYlyQlZChNjm3TdqMUxpqzpxeLXSbYWaRLqAEeH7+rABlfw7w06kY7x8opsQ/
hXbrQ9PFORrDCduMv8UhvSAVFIB1+SW4joaDT3qO82q/9W/cHsxrMx5CfXEIfEE/iBGlGHmbAreLNtf1+
xVXZWJIU42PQJnPesRFzB4ajWef5nfnyRjbT+DFaykNa1cW5dTwBPsoZ3lgKFiek1JeUOr/lh/
AYDBpO0HGTEflU1ddZwxtWIOXMzr9aGMCnCY9CsTsg2vhmkOqRf5CHIkXDOeaZ0cXKvyr2AMOjsdJQMvVLu42
aKKr8P7dE21LMpFC5+2roW/
Kzyi4dkHKvznkz5hYmsqo0x2kutPpSPWzMAK3JOkgOmG0Lj5r4GLAWu4rf0NmHJ/ycFJLxESYT4kzcI/
OfYSeShMIDs/8+hlH/UyQtTgIdumXCDDFMlwo7MFER/Zeb7XtPE1UHAn4qu/
ZSQ4OeQU1DNDLr42PTz6HERIQcsK9GjjxX9Lj/N5TFBtAYg1VAxKjEr7wEKZIub4whKvQji+
gws5LA4ft0auylX3hpsto3JgPRGFP9jKgEkSuFKIajO3KjrZ17SuoPbqQybkhSH+
3c8uJYRS45cK6ZF4aa4EdxBmkobzYrEdK3hwwMRDc5OO3Rw4ToziarDuZNNhxBSm+
I2bH4T5wKde81PbmTwEvPqP/5zFB7EH/EfKV8rxLV60ajjtwuk+liudm1KqnqCVpocAGJ5+
WxNX7yeNjGe1Kf9yV6pSYoosdFKkS23xvTglXwnLpwx9/
QFA2bVkzDGdtE4mdlpDlUcIaRL5nenRmQXEMFdvGx5xS9VkJW0EFAVVX4E3+R4F/7N2VQ6a7hYg/z+
yIUotEqdhGKdeFwqzi/hmdyMb6ilegcXUxrvpp2FnJb6Swaee45Ztz3stPHqmsZUxSQOQy1Y4IK0arm+Mx/
F3hSO9mj11b2u26195ZOpM5jSAFBUg/ygICfcVdu8QIHoEjH3Zo2ey2EO6dE6sqHhL+
ZodutbP5qKQixkOhrMgLla8naa5pGE8sTgGBYsjrwUusAM95WGbJgRq0Hlx7QG/
9VnqpwbGrM3H3EFjaF0bjintXvmppg0m2rsvQ/sbb6crrwisrCgmByg2LLFQwc7zuaBkJ5whzN2u6Ii2fk1+
l1QNuV+xvp+009fGwIoqO3tBqLtVsIHikDAgPKOvcVJmMVkWdGNBxOiqlPVaWEME3t9ZCMkXMwAFVFiVtusR+
LAJpweDLe2oGa6FXHbLHcp9wfD98DxHX/
HUk3yMssdyAiIYiS1Xhh1IqOQKHWlzSCqyhyYiJszre9fPZMJm5elFvSB9/T98rCh2jF+
39JF8jB2mf3PxMFO2BIHB4e6oVC5/pIeTDMf0hP5Z0AOy8Rk7f5idyLJMumi4hxjbR5zk8s2E9E/
SlvuddmDnOsT5MzyLLmS5WjDKVzHNKJZdL9MM6ZfJRNxf8Ss+
egjEQUaYDfO0aCIOq8acPq3fw85d8OJKIzfkrf1xiy3Pnt4l8YdonmFp1dCflV+09II7kJLHQqCczAgkj+
qLtWJQ64miAf9VeKRgiH98jMcDVimOggBnlMpn/LyHyo0y79cneYfdN3703Wjt1727H40rvv7kdhkrLB8+
I1D0yAJTkaRoRlmlq94w/HOmheEsX1L54PeRuULWHfz8ZNxzU1Y9HQdCQ9LcW8vfe1iZ6vaRHp1+2+
bwcTJaLa1W2nO7LKKDdErrh/+cRpQMrQBsGjwlPdVFrAQ6Pgp4/
hdwEVSBkPLhvbGSGDQ7fM5bNcWULyXs6WPbOhLfsdmPLBPNzHH7mP5WODZ7fPlxuBLixtjyeCFrePrjq78aTI
FNfGRjKMOlBJIwInPMNxUOq/5OxncHoLREHQ+p2oTAR2b+1WoKJZxFas3WXfG+
sQq5TSFcMkmfrWFK6wpbrYowKjlTV0Bf1XH++V0rLKZkjz3DbFfDajBCBm/jfVx0JkVd6WMGIfeEPLInh/
B12FPZNT8DxNidwYPluA5MHRpUWzz22fTKcZolZKOB/1FTRcA8RA5rBI3vfm342B4M11aAXuVWwfazCow7a+
IRcht4iT3tOwBABq9igaqHu6a2m9lxSYlF9oQ1qhWy071oGLovVP6j5HmmTA1uOSLLc+
VGsA3hkrgSu2Nat8f6c5ZdMFgWQ24UmoEFdZutj1eNtDIPJkDEXto9EHAxF8DQ/
iq8SzSoYvTM2zsT6JLdwtzTjKhst396uIGAyKnYailttCejpj2sDHAjxsnYDk/
WmtQ7f7BtedXLmam9MMrgDyk/ABH2oEQ3j1769oBh7bsSu/uS35NqfbHPNXA8qJPYQlg/
QBXDipHWASuv9rKE3fu2UbOIZrqxKDosVj0t9JTC7hUvTdTxmYj5AuPC9LBOzwwAQX/2gKRVeUKGh7+60/
WyXlrRvr4G+TsTdFUlJCqm5XA+fhvpPT93dagHXNqp+T0gzoR5e5dOn6sJUQIRSKR1N42oqQbui5b+
2XZOQU3VFdEeP4ot4AqTyIPwmPIk/RANWRkERMA0O3Q3470cTHuWV1jJ220IFvwPaNJzHYoqRC9YgtY/
MlH9vAzd2ln1RQOpZawEQ2I7Aqw84cIF0HJcwi5+0CQW/Ku7bf6H6Cse6f89QRVqd2sC4yFmV2oKLAiHse/
ZGNgCgNmyzBP6Om4hMazBhCf+JAvOalnyyqTWAld81mIV3WZo1q5m7hKTUFeOmZMy71T42mEtpHnleuRvdi/
4AA7qMMuc2Px/DsEo7/
NjT83JU2sNDvaMsNxeVpHnbNuJR8mQN23XktTb3R7RVP9MfIj3aopC2LtS77V7oyXNeD/bh3nDV+
iS8Sx2CQGd1El8P8WQTTbIMrCEH/
xjGtOoYLV6taC5IVSp5Hecr2Un5S9UkSjzDRvua10ZNHcR8iOgvmfr5yL0RXgjM3t6SswowBzvXC0XGiGzkoQ
aKA0JTpw86KB6ezPpUiaJgzYZ9P+6rNKtPl3HdnDxgkVGJMyefS/
Hz3GHMKVWY9dmJO1KbphaRR86ZReDPdl7G16f1BeTC//JxaqZNaTbgIRhv6opdOU7KOBQke+
Pm6VHCfNhgpTeyu0GDY25g0Aap4VZJcnQfrRcj6vtxrDmB5XAFHsCohlV+KcjoRmlRwKdP1IKquaM7JVWu1+
BemxnkL8NLTlYFfF827fUZdHSWqTzeVAuw1kK/BnSVgaZFzXXt3kL/QLJYlU9sd8+
gLmCKN8R9kVeSsFKZXIwgvsQejcXs8T1/f4V8CFXhEEHvFOt/3gLrNqUu8t52cDxOngK0DG41+
Rqjg1KVLB0zJv5amnyW3r5qktPpez54rPneN1KEqIjuqo2421RbiUK1Gn/
6nJ5gCsnohpoEVQIz2JphHP04XbyOBHkD6KIWHHgZEN3ft778YYNEqmf+
s7tRppL6BAdeRE9gxNXVDtkqGvCF4qIaju0KYB+9G22rvqdYRWPVxnrXq8NEFNIH+crMvmr1/

34088...  j1khROEPU4x4W0v2HqFw4V8qA6kkx91Hth0H1Dp6kkxxXHLJ0rkrP51FAnJ4U470/9hKQEX2qeEjH+aCL/
...  45Fjcf+inMpnJiFi1K1jJW1q4Vxp5pKokHBgGdhvDxdHz3J3bEwBv8uAYa/pZLZxAi1fA/
...  gH3UT5j6TCJ9giyrgYYQLFQlWJOzj65ugUxvxNuluy/N9AVayy72Wyt/
...  JaNERx7TpXQg0JqbI4kG7JnW1aNEstZa8eyYnL4qjCB/FlQsaGYMxGdZT9VPuGoAJI5nnHYijRJg9/
...  YkQkEpFKR6R1+mKGcfTBJI5s2lcQmH+/
...  o8YOGyrYwIxuXBMBzYv6db2UKNtPmLYdXMtf8wZaDxDrCLwxc1mecIA2tBMMnQ2Vux3YTvGcYVk9Huu2H/
...  08BX1utElNYNHXD+BokDXaZX7LN1gokDtn0a+FUPSCuAMnBXdjOMJWdxVklBFZJHd/
...  n1jQl7bJKHk5lzoviKOS4XJVDBHzhM+T8l/Ei2Ae0Gt8vjOX3jM49Jp8zWMkXUr8c2cs80x2KzzvA0T7ehM/
...  SFO67Nb6rWar6reuSjCX4wZanJaldkTICp6V+
...  mTD2qtq1QasFKyhMxZ21SHZPkv6NgBoMf7KLu9GM6ON2tzDwJdBhdkvLBkT0UWC/1rf1qlbt61E19EYuj/K+
...  sF/vG8wsATu5Ce+RrKlv38vC3P6VIZhH+glRY80Ix9ZmhXhxhY+Vk8djxKFksfAxlKeA+
...  wxmqzjqcCgcEzyG2o7An2ef+CoAtWJa3BWN+TZH0z8n+CaSlNO3KgKqgNo8zm64UiuEhE2TyGG68z3tfuB5SXE
...  +hi7msRmCvhuWBwAFGo5yQ07n2fuQNfrJ+zq443mEiIYhsUTqECR3QyMJ/qizJYHrfg5Ar1moF6JKqTg5jj/
...  dTp9iAzPbt4k1I5N1c9eWVh4umrfjeRBA9V/
...  pYqEt24PdMea9shCvaqKPs1iNz9cJ45LjDeh3C5k8nOBLWolsrvXGYuIhQNZEM/
...  jpcsSc00D756zAlArU2mOwjhRT123efBovB6FN22q0upaRAhf/t3GL4S8+/2z8i+
...  PE1aNq7xIcY05OxOXir1zdjz990a678iHD0ygPvmPwkzDm9rmbEpNyN2Z2AnjFUhVUCviWrVu9UlgIZ8J8WXH
...  YLYZCQ9F+ZkwSjxANEiedmnroDncUTCWBdg/R/4luRC9iTY2qsscfpqtDr0tlPxM0FLnzQ6I/
...  jr0RpQHL8W8A29pzCUND6HloXyRDrcCK5i95Z4O3n62L4FPMfCw6nmOfJndRiI5F5FvwmNb7WMtdE0i5/
...  5RWDe98/KsHh0ZE9qIwRubb6BQoPLLIkbqCjfISjw54rI+Mn3d7XaeXr1I4UojDww+
...  TDORbvr9EsEjG46QNlDJ4W6TVtF8rzDsXZpt54XeEZwmK1gC/
...  3a6iZLfukPuypdDStZP1Wig5E4Y0eVKtlHNbnU1N92O2QlzJsdm7TRe1VuQg266LgjdgOFjI6axbsGDHzAryT
...  LpIhlKHp7GKAqUW5mzTJgT+MLX6RsDHXr0XshSRIk2hKhOiWakvFMELrUFzX5LnVh9+
...  rAC35ElCLSWH5Lkx99eaclWktgYdSlJWtCLEWtaBJIo6B4S5+mgFKNonoV/
...  rPShYq1LfJgIkBEaBSrRUjMvvnV5Srgd7yuwZiMGOObXtBtChAI7IeK8vWvfV7BPQc0MlDqkEN/
...  eKXhrMbuc103m66tKvwvgY7M5iXdG/TJ1xd6CB5MhtCQQm2jUHoZfwpEGQS5yI0e5h1vcypMDxspbDqsvGpN/
...  7Y1/
...  YTjiEWKLtsy82XkvEGxokZF6hmHXPjaXiVx0o6kGsSaWVvgY5jZyhHLp8CO81ghCdYJqCicWoF8le1GgLFhAE
...  8I4Z/w2KJaDnoG314d7YqoFoZr6kaM0GDwVZqF//6BcgGGBBqtyAEmSGt/Qk4e3Dt65VOLGrzj3t+
...  gtDS9Gv2h80Met46+O58hFmU1igwWdDJyNItCcAQJoxms/GK8I2WrpUPnAFxzJIVHODvQO94H+
...  RhqJRf2AWdPpywtgHOtQ4sOpO9nx7FtuAPDOMhA8rAGLn0hZBFRqgKzRjtbzg/RyQ4YqnKp9FW3ROylXk/
...  sE1PDEHlfm6ecKP4LohOiQ8irIhqn7WqYA3UqzZ+nkn7pGDnLgz7gc4EM/ftQo0TylI+g0OvPFwAuGyW7/
...  PG0yYl1tel1ccTHpgkaKd3E0AvtkiOu/NKvbrz0uLVFKbO+5S0Yl/rNrVnfYE96x+
...  jRB3Lxu2euXSejQJywmU68j3jT6pEsI+m5IcHxMPagpQP/ZX27xoTgObXC8iVAU6+
...  Y0uHy4Go6gJb6dWqjYpp3i9djy6OOmsyCFYfEQpwkhuW2vym0C+IZzAE+/QvP8/
...  H430XVHSmVZFZWjztCChkJXNdDSbPPIMtCHkXdYL5EBvZj05vBHrumWmeZg0IKf+
...  8v0YTCWrhrsltL7d3WJ9nK3ORBb+At9JDiDkegm5o0NksAYytmLMV2q8yMjQCUaCwhC/
...  CPqf8ghosHKKJfw6WMQYIjqWbtmpLzFDmjICFY2ubIGyeNr4LksvMSbRwvvbJ1R+xB+
...  AlHdMs9mWIIWMm5WgHxz0LncgRjKHKOUOJimsTP54fw2GdBslRUMpIylZLpeLICvSq4GhA2J9AIIL3IHw+
...  wXSz7rVT/TUzOyObrEtyQcMoszLcA71cDZ1WCKG8EZnu8rNSRsCG7q+IEwWbzGm9ydiupQAsVzbuk36liz+
...  VyfBf1Dxk48qUqoOgtK26QxGPCeSywcLNjWBuxaEdQjUfgOBp9c90gGAtVMLOHVEX/
...  t3QRAYJT209c3vHzusghNoAQScZGHqg5MWmnbCRCgDguHhsE4gdK/647+
...  gYiNnRSZ5xvfxkKxu1gIWOQUwf7aSvu5s/417urfslOzF+PEIsk7xh09SAW0D124saFD+WIy/eCTIvX5rmwf/
...  nDNhArQodf36yY7ejEUGt6dgBbEm0k/8xjSBFzzYENzct08VlGZR8gMBCT1aeOy1u/j2QrJ8j/
...  8wIgKRMZE95fViOO9KH/pUvkR3cix4EcovoBEe5PJVQ+
...  3CKe2LHBcJuuJlEWBMOUM9jIwKc20kSGLPFEQDJdKzfP3CTiwcoWI+PiOD1XyZ7a5oKk+
...  5eI1soED1AjlhUN7IXLFxRQOqj3pcwwBKTnfbS+Cx5+HR9cNHm0rl3mlQhJhdu8EFKSZqaRiARyYO+
...  W0EVKUEKizmCQdanFHm1Uk4tNRpPJPfJELt1wjPQU1fDJoGDxeFgY8khweVnPuwXOazvsFQhjsBTSZKGrecs9
...  mmZwgLg/Q/dyggt0+9MSB0iRkoBRYjVFcyuEKQKR+
...  Xx4nCovZRzUnzG5VnZOGDvUnM1FPqowAzfhcfJNRjg5ETyx2epdNEu+
...  DTEZvpQ0gXDTCcuXPPoQttbVQJFB9IYM96EtkPKJCzFafHtz1R6MuezK2VqIkifxFzzm0XM/zCzAoeftQFz/
...  Oxq+irwlxMNIBkowrkvbOiwvv9atcKCs8TtTKcY8swXUBQReW+YzkuHrr/
...  neSs2ifZ1DfZ75gS5qvbSh5SPtUwufWZMv7lGbdxYcRzTjSEuyphQ/c6BM1l33J0s5H+
...  HStOWCXHUzR9duHZfJaOYsD0bnX7hD5HiHcuJ7C6R6HhOZsxRrPv1LVdYqJgQEm6USNounflBSXHbpCkZhO+
...  tW6kCDvNmSAd+ZMqwPHSrT2c6f3VeRkPz4vnKc3AnaPnydJ1ETWdUjOT0vdBP3PTa/
...  cocXRz0JEWNRtEPUcaasUt5s+3sGvjjurNFtUquyFtOhgEsjXqAKqoJ5oYPcjClW1nfaFwc4n65W0WioSWo/
...  lTUZZM6caHiet1WpPECKeEZUb3uzEjgnWQPVqHqr2J2HgeTTy3MDbbSXCNZDDfasaUYvH+
...  717n6kD1Ys57UmF1BP/EJQNR2pfTuI8pEu/Kw+/dRH2ah1HDOYdleqU5/UJBf23zXC+
...  bisendQJm1Eb8PKauoqj3zKf/09jXTsazeaCOj+aTaK8u+QbD1UPXyRAz9tbu6Ejqp39nN6wJsc2veh6QjOjgq+
...  iwtagHQTVPl0Iy8fb7KIOTpP5dMfT1W8e6iq3iJheIwVNqD4VPrjdM+
...  an8LQ7E4uGNEB4JfomdrQ7vMJz4VEbL2E51MEuvujC+/50Y5NBxgOhMxX9jLM34+
...  DmvJkQwjw1J8urnwJmkRe4Rwv+lkc+URTmIIUJt2mX/+MmORSeVTITp/
...  ckzNW6ngmED2kyqsT2NmyMtbaoCOBgGXDGZ4kqeMCMdIiBjVkBBp1yRWy6mS8h8Gz4Q89RPjPlFAh6GjJiB3J
...  ueNijNe/yHmcvE4jQYyziCgcB34DQTf8m6Rh6O2jU/a0RKz/hntmvnQgyJ7tifdy6szHv1IlQ/
...  InSMHN5rMezHNkKbu0gOtCXdGlms+LJDIjbbQoa61p5mZWXZ/
...  UkwQ5Ux5IEnAep7ayDCk17VeLpQcvpRj1y6gQD4Vi0TnXlC4BxP9Tgjg1MR0uCJDzJb1eB8SMJWO9Cn5i3CQz
...  ZUbuJSvQa8Q6/
...  f5bW4HLhzKhjLdB8A32uE0L0TgccssOTAdiskkxY2Zo3O2kSuEqhr3Ycy3n2kuI7oFpUy9EU7LA7iIFzY3cFC

34088...	SwHnayoEsOCoPKvtSQP8geGoZaoKx9/nq1HXF1NHKXaVqJG59gtHj3WywWPkMwgqQfngCoD91rTc3rm/
..	jMrpzUEyR1GhKemcs/eHNKOYIBqUOeMAt9dGe6GYJun/FQvAQabTsQ83QBI8dBqqhokcZOAUViRRNEJBxs/
..	cMV8sXYvUEpoPqPf7Ih5Cg2ZnDY3iD5AfgsanKQf2xeQhBri3pg+
..	XEvpfGurxyVZTYrdMNCGzX94ar5MQo05ejqUwKSOgVw/
..	jFDbvWr5hMxX4FHJx6Lzo1Lb1G6Gqzch2WlMGVUZRElFvCatoC9rX3ZAYCvoKRB1GEjMXr6HQ5lBuXkE2wOIo
..	fhD5+lLvLjck1n/KqYAuZNt0QAkgr2IUaGXazoP8iH9Ax36Ed6C/
..	gAOA5Ojf6RDQQ66MMAaslNV0dEv2Up0nJCgff2qd+BocUSevESQekji1Hvq0w77l5VIfzw+
..	x8CSkiuDbqPO1HdyrUrd1wZFH9ZrVcJkPWRqof6fz9FLPWaGdLRzhqAwgjK0V4LNvMI0kWJaGYbypqf2gTlwO
..	q9kJhSKJ2dGV0XZc/M8Zcwl6kHgiB/
..	gtny64HQM3O0I3YxTnJ7NgpLbnEAM1PrQaJn4SICRCcPqNEQ8UPtvRf2k3Q54ifgPERm4tjTPw2KWOqtm0RpM
..	5rikNN4XmCVwssZa7HiCJKNhDmIjxSuPybTDArxQW9rmIJpxaD4bQwWEy2+
..	wYqsbTR7PoqzVV35tO5WNFtUTtI2FJnPxnnAIxsk4pamFNvOxu2zCY9v3CpsH+
..	G6UDSn9Vl1Tg4v6Bon4PfL8K79ryymBeopO9UMK2ILAHtHwhrR2g0JtFHsi3x7z84+
..	sdiBRk7j7iiSi9rmkVPtskkY0t4q1/fjUugOgT/Uqb0NHfzAPcMT9nXahxqsxW/IgcCkyn891sByzp37DJs+
..	SNfhTk+gpw/aEEuMdxA12IoWI/q1Sq/iyNPZSjrMDofExqZFFymTa1CYVnE9okuR+QhE5hR+q3YnRbviSsoo+
..	0ITJ/154YooW3haCsBpGTm81LQdcdxo+ej412VCQp3kdts2l3+
..	PLrIxrwmAKqVavKcW4Nre1XQ8X4P7D7U9UkQIoyZd/NCNf3NT2zFpu55v/
..	NRDLoqPbqhl64se3TPu5K5I2gR3o0J5bbW+tC7pVhbX+qTc9aFOpTL+kf+yu4xHlaP+
..	flaFmgMaV1HBduQ27NOLeFagQOqztMRq6OqVI3W+9KH3dMxxkxDlBN1S8UjdEj63gpfeNDxE6XG7l0Q0Btir
..	+cPy0vP+leCPV9/OlUGQPQ4CHzKIN+9zNc79rp2JH7uipV6nm7TVH+t26m5+C+
..	evi90215QLK1X1OiCvZA5XYzaAa1kUP/77V29RCHzfyq/usN1K3Bvn2qWHGSAmsU3+
..	0kYCOgiULnihWjdnJVY5xt5vtsJmSnM4UErNnogrDLvwJUQGGMj0OyjXA6w4yL3JaDCL/
..	4oKT0LzeTABosvniitqGn3YpciFxYSoG4LzJBaQYKeXc80wa0GePhYidAIu9ero2/
..	ESnAbxkUsnnNXt8HjxhL7mUT1GdmmX2gi7tESwD93sxhg5GZ1HgwoYiuaIohpeOLW/
..	bFycc2yo6x8YRqdsbspr2O0O7fnhxZH4np9DnYhj4mRCVcrOJNyc6rJ+l6uT57Z4p+
..	3mjb8c6fpA41cwgx4abhzUiIqbU2ev9jIfQLMbN5W3WnRORIRxdDelhzPnL+8bOUt29yvpYX8PKk+
..	8UHCstIiice/mhBL5Z1Ym+kQgy7xJnGnV2x8opIvySG0YAwS8RXCu0LJtDGg3MGcl/
..	U3fvjw2z1Kplue7Ke1XimPIIroGWFx2Wf5d8jR/M2BSHGys7kayK1/pmIcaFq5/Xr0sclKgVZ/
..	bBN7GzSt9Yu530i2WCuW6297pEqxf5womtYy2PtUAJ88mwDuZWpG3VMWgzmPFaZ7iQe0KJ0+
..	MrESNCq1sCgNGXh/w+8UNEQSxfV7wuOSciCwady21doVgoILVAK8nujbsye8EH/JBwpTLuC/tJUABhF+
..	wX9i1UAdbXPeCw/scM0ERqz1IYQ00AHJPG1BoMY+v+fC/uNDMr8/
..	PjcEcOsZSYGI6Sn6BlgtIfSX63Iwl1lQLRk6cVuuWwPq2qThF8ZQfS11MgP6xUwsTOJK12umXxadPp0TndDYKi
..	c2pX3ZJrvy7qPn2IijyDnKj2DVoVNyeDVKXXIQwqxt+og+oO+
..	NLVz5YG9EPQbs6Z1ZEhjUdRqrsWEYRUhcdUiBppPG3bPpHxf7n92+NXBQ0a6k39SUF0lO+
..	8U2WlURRb2Una3pXg4BWOv/OdNJZHLZuxJJShz/2fJjutk+uOij0UNiwGow74/hD4UbZkeAhYf/
..	szDmKv9Unuuy9/JrF1b/3yeEBe6rgOv9sAZ7v2z3+
..	bdO2SWoLXT2T8gCOF2WDtqJjIYTAaN7UbJuvLPqMH7SXG5mmyj/
..	Dc4CLKmPx0UsosDNay314FxfxaVL4tgl6UTKgsqsmLZhBkuQqytD9ruoOgFrT4RNM1tA6hBhgXEEw1M0ZTfUI
..	MVw0TCl1bfOzKtSFaOyeElWbn2iiEDBSjm07+
..	PPOFRZxswj8w148ZvQocMEGs18YOHi5f7Na0ov5SDn9Q27HXpj+
..	4sOpBxlOq4vYgLQk07PecJxWqX5zGGXHJgzaswnjDZEpGExFXdcG++hS5hyZd60gBO/
..	8dAvqFHvkavMiqN6M64og4ZsedbUzjQPUfZSo0sA/7Hfy9N7Zo0PNKYslL6Lq/
..	IZsC0a1esOj1JC2xyni1JzapNb2pM/C8iY2xsTXrB1HF7iiiYGPvCYY1MEzvokNI13gbbIyhrV+
..	aaADpFLPrTimHIIh0vnfdPZrIaQ2mol7wIkRoSH0Mq6icxB+
..	hkGC7WVwSpV3yj09mA2gp7zL1410SZPCsamZS7uosVw2wrZ7DRjxo4f9l1BzqMh6m6fzx/
..	S4qjBZYwRqQV7uhiGsrQrwhIY0WjdpUeWiok5klg2ZVG36Z42o651AZCN8WGQh618mnOdqiyqzM77MbDlseK7
..	uVbJJX1w9RRFPDZsRLN0UvlgJvlYl2+4U0bYZId3ntr1D+uUl784RhEP3Qrl900AEeOcQjFJ0/sjk/
..	l31Ka64Msmd6sKhm+O1qAe0QW6pvJVLJfceH+bOGv/nCMprqy4tLcqQyP1jL1ZtOQsAuKdTP6GtQ9pfIsh3n/
..	SBwMe9Hs4Nh0fKjU4wYByq6h/+jYC+gypJI++egDjgSn8cLawmUW9U+FliyZh44PqhJy+QhMosMX31WJmHNUn
..	/
..	oefMIZ5rLRg4Egj81wt4vEarvX1z4FbHMSYNOw4GZTUYsEA5ogR2RS9Q3KCq4188LTZ6eqDAYEDb2w9HEfgCn
..	oUfJVXuZpXZKr4oiDu4kESTECs4GqzsFsRKbgGaVq7h9Q8nVG1b/IKEJS5gzFQUKUcyq4hf8n5kNikE6uZkG+
..	0+H7n58SSQgANQV4I2a5ZgENZRwQ09BHXw/tTG3qq0w1y7iwf4gcXl7diijoyGkm9cTaM2azBXg/+
..	gawBbHTDN8saTi1aNrQ3L11+9gVYc9t4Up60coUo6+aqUKswFJwdup3Be6Yu27gxHymZzvcKopYy9nybMHA+
..	J2E55c9nhGtTnV8TOnPL96NRPF2NY542h/kc7MNeKKU/Q5Pm4n0ix2Q7CZH14skg+
..	fhSdJB3HSw8ksDRRbOUV8nWxRuuxyBNHFRGtHU+rGHX6vLjUr/
..	IUYu9KgnIfTY2RYSgEoZX5c1Oqx1dArJ4J1FMgI+YvHLZuJeVOHbJvX/UhMhKoCvQ/
..	kruQzssgRWPz1KVJCwgePvl/0wMVHGa4xKruKeaLXGe67eHhfzVARnC0n1K2NUM+
..	inilQ44m5C90dKAaL44YXhBv6KtUjmF+vMg193I1JUb7OeX522yJFC+gftPWbVDu2Ww/to3RN/
..	lcagcPPheAtdsvKxnJEmZoxTAvLpgA1Wae+yjvK+I2oXFaswGo4QGfOL93KDuPizd67jpRXx2XEgROncvF8+
..	SI1c0NCcLt1ysbrESPHN0qNybjL9pmqKyU44xu1G1rdYh+hcwKbX0enQYD2pCis9xJfrFtJrab/
..	oiCPCut48szcUU91cirNebzu6y/qTYVPNG+MXhdHRMqurBK7RXiEv6ROR3w5QtJKJ1pNYp4Lsr/
..	VN3jmmJD9scTvMGa2TgJwZLynqolns5PvDqXuY6IKxdrJStnxCMXw5z7Et6lJKh72/
..	3m4COsGxVMQkLUy4fG7zqEqh5CQh7yM+COmsaZfzAKGWOzgskEDvTISxJN8nZmA7l+
..	oFN7zed7U3xNWJ9MUGWyEAexv8vK/
..	dUst8RA8NaSf1znCMME8uSu9tpxBw2iSF5RBjigUMEcx0REq5CwT11k4SRgMs9KFyeqyL0RVIVpP1rPDvvzQm
..	unQ7kBFGBfoNKrab2Zg0NbBFXcD3WyqpGTgDVmCcijJAmRqxD4bfmatOGay7P11g5Oq+Z++
..	CL572txBPyvV5zMa5yniKL08DykeCYnQrB3ZI3Csn1bbs56Fpl/

34088... z3qO9Bfso91QYIfDzVzSWUgIo9rjAQfDwbdMqU+YYYwdiI8bIhMAn9E3ExTqpSWg7pzV798YWz/
... MtCVw4Vgh3rTdt6YtzJbhM+pa3UeO4m2UScia0UnlLRPvYX/UnRwdqTA6h2+
... QUBwF5QCQJW3DHOoZeIvQro8c9EJH1fDEletn9ybpbIhJxt6pRiRbIW9LytZmxe28C18SImGC88tjWDvtsbxd
... MkL9k0aQUcxa5qkVIFenvmAuuYXg9cTT73LGzhg92seVja2xJVbksbxvc8D4IuQmXw4fFX9+
... KfLkSFt1QVIt7H+zdzZ//ku8V/ziCSYZEX3hodqtKM8cEFY0Wrr+SauGD9/
... cJ9zUb5MtldBAfsyiTPrlKgo38brcQ5iX1Thjm+j05xJLGSARXDL4+UjVQ2SRxV60J8h3q14sRTt9J8MvIt+
... qiW04DF9Sz9CUOJCOjDp+FnS7m1vV/PiS5M+5wlTrnzsVHG0fxM7m/u1SiCp3z+UJssypA/
... MlxcZY9tjwTcf8XWNJga2jV9kZi+hsrMriqWAhqQEuTI1ic/
... wzXrcXmohtWyRwa0zSKx0cuhy4TAoichWUCj55Ey6adGoBochoaTnMUaiG3vGxuxUDEmAWQWQZNfcD2eurJHZ
... xqTpHTBOwLkI9nKzxqFlUuteeyf1ycJCV8Xi+bRHXeFG4/A+
... fRg1aob1OrsoYvZoeBpF5yV0Lun31eiQmDNvFbvR0DqbtlM5UlqPEpPVTj2McaF0pHSCY7uFmhbqK19JA4="
... />

34089

34090 `</div>`

34091

34092

34093

34094 `<script type="text/javascript">`

34095

34096 `//<![CDATA[`

34097

34098 `var theForm = document.forms['Form'];`

34099

34100 `if (!theForm) {`

34101

34102     `theForm = document.Form;`

34103

34104 `}`

34105

34106 `function __doPostBack(eventTarget, eventArgument) {`

34107

34108     `if (!theForm.onsubmit || (theForm.onsubmit() != false)) {`

34109

34110         `theForm.__EVENTTARGET.value = eventTarget;`

34111

34112         `theForm.__EVENTARGUMENT.value = eventArgument;`

34113

34114         `theForm.submit();`

34115

34116     `}`

34117

34118 `}`

34119

34120 `//]]>`

34121

34122 `</script>`

34123

34124

34125

34126

34127

34128 `<script`
... `src="/WebResource.axd?d=8B-M8YoDW-`
... `lzLATYqeu0zFs3VXN2srSvxNorMt8epcs9aKK7Y06X8HAy9PYShokHXP_05RYfi0LXjojF0&amp;t=`
... `635802997220000000" type="text/javascript"></script>`

34129

34130

34131

34132 `<script type="text/javascript">if (!(window.jQuery && window.jQuery.fn &&`
... `window.jQuery.fn.hoverIntent)) document.write(unescape('%3Cscript`
... `src="/Portals/0/Skins/Boone/boone_menu/hoverIntent.js"`
... `type="text/javascript"%3E%3C/script%3E'));</script><script type="text/javascript"`
... `src="/Portals/0/Skins/Boone/boone_menu/booneMenu.js"></script>`

34133

34134 `<script`
... `src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress`
... `=1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+`
... `Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-`

34134…  928f-c9f6531266d%2c%3aca59f04b%9dd95%8d2%3bfedf11f%web%01%28version%3d013.2.717.40%
…  2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
…  4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script><style
…  type='text/css'>.livetabsdefault .ui-tabs .ui-tabs-hide { display: none !important;
…  }.livetabsdefault .ui-tabs .ui-tabs-panel { border-width: 0; background: none;
…  }.livetabsdefault .ui-tabs .ui-tabs-nav li { margin: 0 0.2em -1px 0;}.livetabsdefault
…  .ui-tabs .ui-tabs-nav li.ui-tabs-selected { padding-bottom: 1px; border-bottom-width:
…  0; }.livetabsdefault .ui-tabs .ui-tabs-nav li.ui-tabs-selected a { cursor: text;
…  }.livetabsdefault .ui-tabs .ui-tabs-collapsible .ui-tabs-nav li.ui-tabs-selected a {
…  cursor: pointer; }.livetabsdefault .ui-tabs .ui-tabs-nav li a { padding: 0.5em 2em;
…  }@media screen and (max-width: 480px) {.livetabsdefault .ui-tabs
…  {width:98%}.livetabsdefault .ui-tabs .ui-tabs-nav {border-radius:0;
…  -moz-border-radius:0; webkit-border-radius:0;}.livetabsdefault .ui-tabs .ui-tabs-nav
…  li {width:100% !important; border-radius:0; -moz-border-radius:0;
…  webkit-border-radius:0;}.livetabsdefault .ui-tabs .ui-tabs-nav li a
…  {width:100%}}</style>

34135
34136  <script type="text/javascript">
34137
34138  //<![CDATA[
34139
34140  function SelectTab591(Selector) { if(typeof Selector != 'undefined') { var
…  SelectedHashIndex = jQuery('a[name*=' + Selector + ']').parent().index();
…  jQuery('#LiveTabsWrapper591').tabs({selected: SelectedHashIndex, active:
…  SelectedHashIndex}); jQuery('#LiveTabsWrapper591'); } else { LTLaunchLink =
…  window.location.hash.indexOf(591); if (LTLaunchLink > -1) { var LTLaunchSelector  =
…  window.location.hash.replace('#', '').replace('LiveTabsContent', ''); var
…  SelectedHashIndex = jQuery('a[name*=lt-' + LTLaunchSelector + ']').parent().index();
…  var CurrentTabIndex = jQuery('#LiveTabsWrapper591').tabs().tabs('option',
…  'selected'); if(SelectedHashIndex > -1 && SelectedHashIndex != CurrentTabIndex) {
…  jQuery('#LiveTabsWrapper591').tabs({selected: SelectedHashIndex, active:
…  SelectedHashIndex}); jQuery('#LiveTabsWrapper591')} }}};
…  jQuery(document).ready(function(){ jQuery(window).bind('hashchange', function (){
…  if(window.location.hash == '')jQuery('#LiveTabsWrapper591').tabs({selected: 0,
…  active: 0}); else SelectTab591(); }); });//]]>

34141
34142  </script>
34143
34144
34145
34146  <div class="aspNetHidden">
34147
34148
34149
34150      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
…  value="CA0B0334" />
34151
34152      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
…  value="" />
34153
34154      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"

…  value="IwqJk6ZptJD6W2IDeOegxYn/ctA+l4i5e5X/l8IeVKhL0V1oxZ/XeW/
…  0vmXK1PxhAOk2HaGrutz0FA4oWPEir/pVqFk86UcOEuijro1yHRe94IN/
…  jbKHHiKgEoJspfFC7nUJGwxjitrULjLrjyk5X6qDAyIcaUSniHMffK5A1uSxmMKMr0oOv3QtqD0zOVXFg7X7B
…  SoEV3lHyaTh6OF2IrrexzzG+7LjiglZ/s/
…  G9Pc2WohFABdykWVIkteQmE94U498owpiRLZueMOpjqDrqkg44v8fjC5hhFfv437hbcFtg8gQbMfTdNNPP5Xe
…  fbJw7mo/
…  u0beBaJ1x58jglwEu7kNwOrafGprHB0iHKN5WsGcPk3PMr98gSqWJutH6wEA8mjqnHp3vlX3DXWKGrovmDiiC
…  feNGgJwNYLjSMZZxRVGCQuInzl4goDPK+YX2pQ28+AVXHh9vxiNsiO+4QC0G+
…  8Ns09PhCG8WejEbViWYzTkDq27t9JXHkTd2DIuGBh/
…  HDjdUSrmPiysBu9r3WCjKNwGDSuPtKLC4AFfNliQpLOR+RcV1hLfHsL4lBh1gCejxDCyQEKj/THsMX1Fki+
…  osLLiKlhM0zdSKxP7nSRMGNLj4k13Yfpk4YxT7hgLDN6hURycX0yfZqSgiW6G2VQc7fj+
…  nkYIk2MsTP2qkkQUa56vogsbCPPOhfaItvfxP04YYq8f1LHv6RLRN5Eh9oxlrgj59qD6RZDEgI3Gacq4lIcKM
…  XpTc4/Qf8DNTPWce4QO7QEIxtfRu1xO1Gj0tbFumUE/2+
…  Zm4iCEHhCfRdBeVjObXYNvhNIUreHFFbpNELnadq1HsJqZync9V48FfvpBxQqDm368HJ8bIGeObnq+
…  tAfyXqOtmPXBzLuuhS2xSMCk9TQti/81YajDIRv0Ns5MYshS4OisMn2ksooTOLR9uikFGTNIp+
…  UwryeURzGEkf1Oyt5x9AQYZyhPfN+
…  PsfKka96u0eQ482C6vdfGgd5GTp1rvAVKBNwcRYVFt43RvcGRvEzGwzGHuKXXqsptS5zW4xLi70ah6hOmvqYP

JHegKPsVRUqUnemzxKoqv9qmxt1wuRzq3D9CF+Al776xTemMEx61pzYn+9Q/3KmVB9
hKstOrpE07ZIUVlFToOcduBhSOHa1POz0Va9BP+2irY6DitIk7X1yrVElMoCit9fnMKFvCb+1mvSzqfJd+
yWPoMBwdmOCciHCTWd5snrkB9rmj4kj/gYZHX0QkGsLs+wRqdBBc4SIWTtSbJMUFx3cC4rgZ34iNwumsDV/
vIjK7vl+axzA//xR81rghVRTXTTOfh/
99petGeBvARsgwyi14ZKs75MCQVYywWlkJ9EJEdosdbWaVlBE4vynV8YBhTZCO3yYl+
KO7XPOAdmoqjXCvZ9Zx62FKPfqDbcf0Qli+
VG9FawkZmM5BidxcUfmgLr4GUf2bBfB6eu6OmgLAiAMigzTuTxgUYybSwJtrmX3HFRCwix/HFKOSmkU8ynVff
+pCcYXvVNgpHg+1ryvFP1z+Bo9Cs6xdDZ/
aNK6ig5tlDvBbFa4YGfw91vOSU3pWDTD0VOJ1Z7YQckXvsVtyYONIIg8enSqGuwfZ0Ou0ONondhNrAtPOOw5c
46sy+KrN3OTklLrvT1Fv835IbkW+8IT/y67DzZZ/4d8rDVKXx3phaw9VaE3X2qaa0FG279WvuWaQL/
P7ssCsuwCjPaFzjMNpM+3Swpg0jPvbBt/
ZVZ0MeOT2KnrFs6IB809ahOzfm59LVksaKVkExI10UKGZy786KxD4U3FgYLCQJ6R0vpk6NX964RN1E0xmeFRq
eFevi1eeolziV7ovB9gea4aSNtieKMvr0TaUQjtE5IpWeZqklSBPEoa7Z3k64xV34qOSYX97HiNEIv4nlDm1s
0g2BBIJknpPfphyot80+S8PoKbLGrZ+
mnVxlnOm6VywEDcI9HU0R7gRT9X0WogByeE2Gl5WRlx5Y5IU3kxj2wCbczgq7HyfenmRlpNps18Z7LrrQzE9b
lcyzqaHG/EldPf9dRXFG5AbWH2iF5TIT1U7JiTa7G34WGOQFE6oMqP/Clqk7HE6IF4+2R5C00it/
ruJMApOmFnbFSsW3gZbVr+sBb7h239l9+2vwmrRahV7uQVilW419pj6vdmsoCxeAAbN72Fzcg8+
MgQstQ4rv07XlQ0J3k/SLKAsK1+
2mplyBBkhjndR1HZp4qArrelx5onqYZ5bfCWnk98z5qVNkqDcQsWZtZsyl0fia9/
3BQmfkuXzHdgRXLw5HjcsWYEgoIVvUiFlgXF/1Nrx5+hH5tY9Ery368A1+GGbumZ6dnVZFyA4+/xj/lMLnx+
alooQRxemedAooM7Sp01r80mqZK9QkqFzCyV1SUGxFTRjucKgKRuVQdCQ/w46t9SzLrbfj+
h4A77D3MvLLnWodTlqntsBbwcOMJ7RWuhJICn6zO89i3f4KxJADrqpyCwW3xIBp2ZCBlE9oG9Z466BvGrlpnN
WZP43FriTTmztbPmV8eghdbVfyzOjKpUnylsWYlMlJ2BCuapM7UB1IOGyHxlIOlIzsVJ+
0FENAPKNKm6NjhWdA3B2jMib9rEGfbkMKngiHAExMzEeNFVWTIp5QdM4/w46t9SzLrbfj+
nApQKL4UVojCFbc4ND1DtLPdtYblxn1PxPWpOzm5B3JhYXlf5Gp1gpyaP0wEFs79tYCjZRA2LIY2TNfFxjPY4
PRrPczSj9p/kCcqe5bYxBo+
tn1LF8wGx8Lam6S8aijp9QtjcJ0xsE4dpKUNjp2BGcffvyY2QCs9v34yIZvPBFJ61DsE2UG3banD6x4Pco+
oy8I0fBEM10TS+kWLtNy10JIuOYVD6nSkXq0kzpA57o8RlELwlmJYww+ZuOekcrLekmxQ3XUNsCx8H2+/
fO8Ga81bXPmrw8+C5cIgmOna3+pKmEBHOm8YnE1F0V8si4bcRFgDJFUCliy3pTabvjkrKBPBKZm6Q9cQlpWGT
+7UOHmxJ+FW2PQMc5ZDXL3JEtrvsNbGt7v5YhsNvmxIWG+NlhWrEjrrqmgAZNITv/
AtfTkanU3hnTqsF0KWC2RFKrlHpbC/np3KV4YJxBCj+0+/vMPGzDkKK/lMM8lKZtRCiO50+
xaYmc4NLBVq2q88om5dIj9yTevasBg7JMT9EMVArbp16a8HZb1Ytf8Cao7C5CjTW2YWzv7BltOgLFvS/
HZwkuzwxIGytjYWvdeBI/8D6gwuzKq2pqg+
CN8v50Jol1sLdL6upMW6ziBRevDtrIOOKvFSjLOV2gWlN2o4kVswkfF9odUhL5RDh5gZGY1yn1Ney9RyzHHaN
AxZnZpKE6Fo0P3Ve7+qCoPmRBNaW4hy6b9q7I/iU4L7OWhjrWIKyT9b6Peg4c2WwAwuZyl07CJxSd8YgYTO+
aAHgqEkN4g8Bth6nYXYK5Y9bgheC/+
BrSykGNkAcCEsxm6XxA7AgBMY6eH2X1dsdSTkW5HlPInwMHn6i6FjsG2rkEkJQG3MQlKwb3OwDy6N0vuRDuZh
NOkl8w2GxJNiS29xUanNvVYK51/T0JDjHt2PvkokjFJSF48C6sSntXRwJMnL4rCblzaznYaWY+
kn504w1QK5UTKZQkIdltgHejB4m3KJl3uNXpYqpORQmBN6llUoyLo0ZklZP0bFM7Gx3v5jobZxqAiv3/
7gV6oH13dov4i502xI1I+
2rbOCn0M9ROk1Wfu1WR5HZIbrZCVkfMmFK0KzXX837U3qTbrUFO9upyeLdI43MDWr1RCXFM39o1JMYy8eu8dm
vyktuvkHjQ9ZqqYlvongU4v+/bbHFwWf93Q/V6hOtgFNaCBQCaFBGb7SLasuVK7vJWFkm6Vx8Gsbm2pTPQw
=" />

</div><script src="/js/dnn.js?cdv=137" type="text/javascript"></script><script
src="/Portals/0/Skins/Boone/js/bootstrap.js?cdv=137"
type="text/javascript"></script><script
src="/Portals/0/Skins/Boone/js/global.js?cdv=137"
type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=137"
type="text/javascript"></script><script
src="/DesktopModules/EasyDNNNews/js/jquery.rateit.js?cdv=137"
type="text/javascript"></script><script src="/js/dnn.servicesframework.js?cdv=137"
type="text/javascript"></script><script src="/js/dnncore.js?cdv=137"
type="text/javascript"></script><script
src="/Resources/Search/SearchSkinObjectPreview.js?cdv=137"
type="text/javascript"></script><script
src="/DesktopModules/EasyDNNNews/js/jquery.prettyPhoto.js?cdv=137"
type="text/javascript"></script><script
src="/DesktopModules/EasyDNNNews/js/jquery.cookie.js?cdv=137"
type="text/javascript"></script><script
src="/DesktopModules/EasyDNNNews//static/EasyDnnSolutions/EasyDnnSolutions_1.0.js?cdv
=137" type="text/javascript"></script><script type="text/javascript">

//<![CDATA[

Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
'');

```
//]]>

</script>








<div class="push">

    <!-- Header : row1,2,3-->




<!-- Google Search -->




<!-- Header -->

<!-- Row 1: phone-->

<div class="row1 hidden-xs">

    <div class="container gradient">

        <div class="col-md-6 col-sm-7 row1Left">

            <span>Find a doctor or make an appointment: </span>

            <a class="tel" href="tel:5738156400">573.815.6400

            </a>

        </div>

        <div class="col-md-6 col-sm-5 row1Right">General Information: <a
href="tel:5738158000" class="tel">573.815.8000</a></div>

    </div>

</div>



<!-- Row 2: Logo & Search-->

<div class="row2 logoRow">

    <div class="container">

        <div class="row grid">

            <div class="col-md-3 col-sm-3 row2Left">

                <div class="row mHeader">

                    <div class="col-xs-1 visible-xs mHeaderL"><a
```

```
34228…        data-toggle="mobileMainNav"    class="mopen open-left-button"
…        href="javascript:void(0)"><span class="icon-menu"></span><span
…        class="iconLabel">Menu</span> </a></div>
34229
34230                        <div class="col-sm-12 col-xs-10 mHeaderM">
34231
34232                              <a href="/" class="logo">
34233
34234                                 <a id="dnn_ucHeader_dnnLOGO_hypLogo" title="Boone
…        Hospital Center" href="http://www.boone.org/"><img id="dnn_ucHeader_dnnLOGO_imgLogo"
…        src="/Portals/0/logo.png?ver=2016-04-07-042557-493" alt="Boone Hospital Center"
…        style="border-width:0px;" /></a>
34235
34236                              </a>
34237
34238                          </div>
34239
34240                          <div class="col-xs-1 visible-xs mHeaderR"><a
…        data-target="#modalContact" data-toggle="modal" class="mCall"><span
…        class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
34241
34242                      </div>
34243
34244                  </div>
34245
34246              <div class="col-md-4 col-sm-5 hidden-xs row2mid">
34247
34248                  <div class="contactWrap">
34249
34250                      <a href="/Patients-Visitors/Maps-Directions-Parking"><span
…        class="icon-get-directions"></span> Get Directions</a><a
…        href="/contactus/"><span class="icon-contact"></span> Contact Us</a>
34251
34252                  </div>
34253
34254              </div>
34255
34256              <div class="col-md-5 col-sm-4 row2right">
34257
34258                  <div class="input-group">
34259
34260
34261
34262
34263
34264        <div id="dnn_ucHeader_dnnSearch_DropDownSearch" class="SearchContainer">
34265
34266            <div class="SearchBorder">
34267
34268                <div id="SearchIcon" class="SearchIcon">
34269
34270                    <img id="dnn_ucHeader_dnnSearch_downArrow" title="Select the search type"
…        src="/icons/Sigma/Action_16X16_Standard.png" alt="Select the search type" />
34271
34272                </div>
34273
34274            <span class="searchInputContainer" data-moreresults="See More Results"
…        data-noresult="No Results Found">
34275
34276                <input name="dnn$ucHeader$dnnSearch$txtSearchNew" type="text"
…        maxlength="255" id="dnn_ucHeader_dnnSearch_txtSearchNew" class="SearchTextBox"
…        autocomplete="off" placeholder="Search..." />
34277
34278                <a class="dnnSearchBoxClearText"></a>
34279
34280            </span>
34281
34282
```

```
34283
34284          <ul id="SearchChoices">
34285
34286              <li id="SearchIconSite">Site</li>
34287
34288              <li id="SearchIconWeb">Web</li>
34289
34290          </ul>
34291
34292      </div>
34293
34294      <a id="dnn_ucHeader_dnnSearch_cmdSearchNew" class="SkinObject SearchButton"
…  href="javascript:__doPostBack(&#39;dnn$ucHeader$dnnSearch$cmdSearchNew&#39;,&#39;&#39
…  ;)">Go</a>
34295
34296  </div>
34297
34298  <script type="text/javascript">
34299
34300      $(function() {
34301
34302          if (typeof dnn != "undefined" && typeof dnn.searchSkinObject != "undefined")
…  {
34303
34304              var searchSkinObject = new dnn.searchSkinObject({
34305
34306                  delayTriggerAutoSearch : 400,
34307
34308                  minCharRequiredTriggerAutoSearch : 2,
34309
34310                  searchType: 'S',
34311
34312                  enableWildSearch: true,
34313
34314                  cultureCode: 'en-US',
34315
34316                  portalId: -1
34317
34318                  }
34319
34320              );
34321
34322              searchSkinObject.init();
34323
34324
34325
34326
34327
34328
34329
34330                  // attach dropdown search
34331
34332              if (typeof dnn.initDropdownSearch != 'undefined') {
34333
34334                  dnn.initDropdownSearch(searchSkinObject);
34335
34336              }
34337
34338
34339
34340
34341
34342          }
34343
34344      });
34345
34346  </script>
34347
```

```
                              </div>

                         </div>

                  </div>

            </div>

</div>

<!-- Modal Contact Box on mobile-->

<div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
   id="modalContact" class="modal">

    <div class="modal-contact">

        <div class="modal-content">

            <div class="modal-header">

                <h4 class="modal-title">Call Us</h4>

            </div>

            <div class="modal-body">

                <div class="mBtn">

                    <div class="mBtnLeft"><span class="icon-phone"></span></div>

                    <div class="mBtnRight">

                        Find a Doctor or Make<br>

                        an Appointment<br>

                        <a class="tel" href="tel:5738156400">573.815.6400</a>

                    </div>

                </div>

                <div class="mBtn">

                    <div class="mBtnLeft"><span class="icon-phone"></span></div>

                    <div class="mBtnRight genInfo">

                        General Information<br>

                        <a href="tel:5738158000" class="tel">573.815.8000</a>

                    </div>

                </div>

                <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>

            </div>

        </div>

    </div>

</div>
```

```
34415
34416   <!-- Row 3: Top Menu -->
34417
34418   <div class="row3 mainNavRow gradient hidden-xs">
34419
34420       <div class="container">
34421
34422           <div class="topNav">
34423
34424               <script type="text/javascript">
34425           jQuery(document).ready(function() {
34426           splitSubMenu(3);
34427           });
34428           </script><ul class="megamenu" id="megamenu">
34429
34430     <li class="level0"><a class="&#xA;                  level0"
        href="http://www.boone.org/Find-A-Physician">Find A Physician</a></li>
34431
34432     <li class="separator"></li>
34433
34434     <li class="level0"><a class="&#xA;                  level0"
        href="http://www.boone.org/About-Us">About Us</a><div class="childIndicator"></div>
34435
34436       <div class="sub">
34437
34438         <ul class="tempUL">
34439
34440           <li class="subheader"><a
        href="http://www.boone.org/About-Us/A-History-of-Boone">A History of Boone</a></li>
34441
34442           <li class="subheader"><a href="http://www.boone.org/The-Boone-Touch">The
        Boone Touch</a></li>
34443
34444           <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
        Plaza</a></li>
34445
34446           <li class="subheader"><a
        href="http://www.boone.org/About-Us/Trophy-Case">Trophy Case</a></li>
34447
34448           <li class="subheader"><a
        href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
        Missouri</a></li>
34449
34450           <li class="subheader"><a
        href="http://www.boone.org/About-Us/Board-of-Trustees">Board of Trustees</a></li>
34451
34452           <li class="subheader"><a
        href="http://www.boone.org/About-Us/Quality-Reports">Quality Reports</a></li>
34453
34454           <li class="subheader"><a
        href="http://www.bjc.org/About-Us/Vendor-Information">Vendor Information</a></li>
34455
34456           <li class="subheader"><a
        href="http://www.boone.org/About-Us/Community-Health-Needs-Assessment">Community
        Health Needs Assessment</a></li>
34457
34458           <li class="subheader"><a href="http://www.boone.org/red">Go Red
        Challenge</a></li>
34459
34460         </ul>
34461
34462       </div>
34463
34464     </li>
34465
34466     <li class="separator"></li>
34467
34468     <li class="level0"><a class="&#xA;                  level0"
```

```
34468    href="http://www.boone.org/Our-Services">Our Services</a><div
...      class="childIndicator"></div>
34469
34470        <div class="sub">
34471
34472          <ul class="tempUL">
34473
34474            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Bariatric
...      Surgery</a></li>
34475
34476            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Boone Family
...      Birthplace</a></li>
34477
34478            <li class="subheader"><a href="http://www.boone.org/medicalgroup">Boone
...      Medical Group</a></li>
34479
34480            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Cancer
...      Treatment</a></li>
34481
34482            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services/Cardiac-
...      Rehabilitation">Cardiac Rehabilitation</a></li>
34483
34484            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services">
...      Cardiology/Cardiothoracic Services</a></li>
34485
34486            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Clinical-Laboratory">Clinical
...      Laboratory</a></li>
34487
34488            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Cognitive-Behavioral-Treatment">Cognitive
...      Behavioral Treatment</a></li>
34489
34490            <li class="subheader"><a
...      href="http://www.boone.org/Diabetes-and-Endocrinology">Diabetes and Endocrine
...      Center</a></li>
34491
34492            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Digestive-GI">Digestive (GI)</a></li>
34493
34494            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Emergency-Department">Emergency
...      Department</a></li>
34495
34496            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Employee-Assistance-Program">Employee
...      Assistance Program</a></li>
34497
34498            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Family-Practice">Family Practice</a></li>
34499
34500            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center/Harris-Breast-Center">
...      Harris Breast Center</a></li>
34501
34502            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Home-Care-and-Hospice">Home Care and
...      Hospice</a></li>
34503
34504            <li class="subheader"><a
...      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/ICN">Intensive Care
...      Nursery</a></li>
34505
```

```
34506            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Intensive-Care-Units">Intensive Care
        Units</a></li>
34507
34508            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Neurology">Neurology</a></li>
34509
34510            <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
...     Plaza</a></li>
34511
34512            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Oncology</a></li>
34513
34514            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Orthopaedic-Specialties">Orthopaedic
        Specialties</a></li>
34515
34516            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Pain-Management-Clinic">Pain Management
        Clinic</a></li>
34517
34518            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/Pediatrics">
        Pediatrics</a></li>
34519
34520            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Radiology">Radiology</a></li>
34521
34522            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Neurology/Sleep-Center">Sleep Center</a></li>
34523
34524            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Spiritual-Care-Services">Spiritual Care
        Services</a></li>
34525
34526            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Stewart Cancer
        Center</a></li>
34527
34528            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Neurology/Stroke-Center">Stroke
        Center</a></li>
34529
34530            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Supportive-Care">Supportive Care</a></li>
34531
34532            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Surgical-Services">Surgical Services</a></li>
34533
34534            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Surgical-Services/Robotic-Surgery">Surgery-
...     Robotic</a></li>
34535
34536            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Therapy-Services">Therapy Services</a></li>
34537
34538            <li class="subheader"><a href="http://www.boone.org/medicalgroup">Urgent
...     Care</a></li>
34539
34540            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Weight Loss
        Surgery</a></li>
34541
34542            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/WELLAWARE">WELLAWARE</a></li>
34543
34544            <li class="subheader"><a
...     href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Women/Children</a></
```

```
34544…  li>
34545
34546        <li class="subheader"><a
  …  href="http://www.boone.org/Our-Services/Wound-Healing-Center">Wound Healing
       Center</a></li>
34547
34548        </ul>
34549
34550      </div>
34551
34552    </li>
34553
34554    <li class="separator"></li>
34555
34556    <li class="level0"><a class="&#xA;              level0"
  …  href="http://www.boone.org/Patients-Visitors">Patients &amp; Visitors</a><div
       class="childIndicator"></div>
34557
34558      <div class="sub">
34559
34560        <ul class="tempUL">
34561
34562          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
34563
34564          <li class="subheader"><a href="http://www.boone.org/preps">Preps</a></li>
34565
34566          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
34567
34568          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Registration">Registration</a></li>
34569
34570          <li class="subheader"><a
  …  href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
       ">Financial Assistance &amp; Billing Resources</a></li>
34571
34572          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Send-an-eCard">Send an eCard</a></li>
34573
34574          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Cafeteria-Menu">Cafeteria Menu</a></li>
34575
34576          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Boone-Appetit">Boone Appétit</a></li>
34577
34578          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Gift-Shop">Gift Shop</a></li>
34579
34580          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/The-Healing-Garden">The Healing
       Garden</a></li>
34581
34582          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Maps-Directions-Parking">Maps,
       Directions &amp; Parking</a></li>
34583
34584          <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Medical-Records-Request">Medical Records
       Request</a></li>
34585
34586        </ul>
34587
34588      </div>
34589
34590    </li>
34591
34592    <li class="separator"></li>
```

```
34593
34594    <li class="level0"><a class="&#xA;                level0"
    …   href="http://www.boone.org/Employment">Employment</a><div
    …   class="childIndicator"></div>
34595
34596       <div class="sub">
34597
34598         <ul class="tempUL">
34599
34600           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Why-Work-at-Boone">Why Work at Boone?</a></li>
34601
34602           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Apply-Now">Apply Now</a></li>
34603
34604           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Job-Search-Tips">Job Search Tips</a></li>
34605
34606           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Nursing-at-Boone">Nursing at Boone</a></li>
34607
34608           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Employee-of-the-Month">Employee of the
    …   Month</a></li>
34609
34610           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Benefits-Summary">Benefits Summary</a></li>
34611
34612           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Employment-FAQs">Employment FAQ's</a></li>
34613
34614           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Job-Shadowing">Job Shadowing</a></li>
34615
34616           <li class="subheader"><a
    …   href="http://www.boone.org/internship">Internships</a></li>
34617
34618           <li class="subheader"><a
    …   href="http://www.boone.org/Employment/Volunteer">Volunteer</a></li>
34619
34620           <li class="subheader"><a
    …   href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
    …   Missouri</a></li>
34621
34622         </ul>
34623
34624       </div>
34625
34626    </li>
34627
34628    <li class="separator"></li>
34629
34630    <li class="level0"><a class="&#xA;                level0"
    …   href="http://www.boone.org/Foundation">Foundation</a><div
    …   class="childIndicator"></div>
34631
34632       <div class="sub">
34633
34634         <ul class="tempUL">
34635
34636           <li class="subheader"><a href="http://www.boone.org/Foundation/Our-Story">Our
    …   Story</a></li>
34637
34638           <li class="subheader"><a
    …   href="http://www.boone.org/Foundation/Community-Campaign">Community Campaign</a></li>
34639
34640           <li class="subheader"><a
    …   href="http://www.boone.org/Foundation/Grateful-Patient">Grateful Patient</a></li>
```

```
34641
34642            <li class="subheader"><a
   …  href="http://www.boone.org/Foundation/Ways-to-Give">Ways to Give</a></li>
34643
34644            <li class="subheader"><a
   …  href="http://www.boone.org/Foundation/What-a-Donation-Can-Do">What a Donation Can
   …  Do</a></li>
34645
34646            <li class="subheader"><a
   …  href="http://www.boone.org/Foundation/One-Reason">One Reason</a></li>
34647
34648            <li class="subheader"><a
   …  href="http://www.boone.org/Foundation/Donations">Donations</a></li>
34649
34650            <li class="subheader"><a
   …  href="http://www.boone.org/Events/PID/744/ev/2/evl/0/CategoryID/10/CategoryName/
   …  Foundation-Events">Upcoming Foundation Events</a></li>
34651
34652        </ul>
34653
34654      </div>
34655
34656    </li>
34657
34658    <li class="separator"></li>
34659
34660    <li class="level0"><a class="&#xA;                level0"
   …  href="http://www.boone.org/For-Providers">For Providers</a><div
   …  class="childIndicator"></div>
34661
34662      <div class="sub">
34663
34664        <ul class="tempUL">
34665
34666            <li class="subheader"><a
   …  href="http://www.boone.org/For-Providers/The-Boone-Experience">The Boone
   …  Experience</a></li>
34667
34668            <li class="subheader"><a
   …  href="http://www.boone.org/For-Providers/Patient-Transfer">Patient Transfer</a></li>
34669
34670            <li class="subheader"><a
   …  href="http://www.boone.org/For-Providers/Provider-Opportunities">Provider
   …  Opportunities</a></li>
34671
34672            <li class="subheader"><a
   …  href="http://www.boone.org/Find-A-Physician">Physician Directory</a></li>
34673
34674            <li class="subheader"><a
   …  href="/LinkClick.aspx?fileticket=QGnX855kCns%3d&amp;tabid=295&amp;portalid=0">Medical
   …  Staff Leadership</a></li>
34675
34676            <li class="subheader"><a href="http://clinicaldesktop.bjc.org/">ClinDesk
   …  2</a></li>
34677
34678            <li class="subheader"><a
   …  href="https://nextgen.boone.org/vpn/index.html">NextGen Login</a></li>
34679
34680            <li class="subheader"><a
   …  href="http://www.boone.org/For-Providers/CME">CME</a></li>
34681
34682            <li class="subheader"><a
   …  href="http://www.boone.org/For-Providers/Resources">Resources</a></li>
34683
34684        </ul>
34685
34686      </div>
34687
```

```
34688          </li>
34689
34690  </ul>
34691
34692              </div>
34693
34694          </div>
34695
34696  </div>
34697
34698
34699
34700  <div class="mobileMainNav">
34701
34702      <div class="container">
34703
34704          <div class="topMobileNav visible-xs">
34705
34706              <script type="text/javascript">
34707          jQuery(document).ready(function() {
34708          splitSubMenu(3);
34709          });
34710          </script><ul class="megamenu" id="megamenu">
34711
34712    <li class="level0"><a class="&#xA;                level0
…   href="http://www.boone.org/Find-A-Physician">Find A Physician</a></li>
34713
34714    <li class="separator"></li>
34715
34716    <li class="level0"><a class="&#xA;                level0
…   href="http://www.boone.org/About-Us">About Us</a><span
…   class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34717          <ul>
34718
34719
34720          <li class="back-button"><a href="javascript:void();"
…   class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34721
34722          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/A-History-of-Boone">A History of Boone</a></li>
34723
34724          <li class="subheader"><a href="http://www.boone.org/The-Boone-Touch">The
…   Boone Touch</a></li>
34725
34726          <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
…   Plaza</a></li>
34727
34728          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Trophy-Case">Trophy Case</a></li>
34729
34730          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
…   Missouri</a></li>
34731
34732          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Board-of-Trustees">Board of Trustees</a></li>
34733
34734          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Quality-Reports">Quality Reports</a></li>
34735
34736          <li class="subheader"><a
…   href="http://www.bjc.org/About-Us/Vendor-Information">Vendor Information</a></li>
34737
34738          <li class="subheader"><a
…   href="http://www.boone.org/About-Us/Community-Health-Needs-Assessment">Community
…   Health Needs Assessment</a></li>
34739
34740          <li class="subheader"><a href="http://www.boone.org/red">Go Red
```

```
34740…  Challenge</a></li>
34741
34742        </ul>
34743
34744      </div>
34745
34746    </li>
34747
34748    <li class="separator"></li>
34749
34750    <li class="level0"><a class="&#xA;                level0"
   …  href="http://www.boone.org/Our-Services">Our Services</a><span
   …  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34751
34752        <ul>
34753
34754        <li class="back-button"><a href="javascript:void();"
   …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34755
34756        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Bariatric
   …  Surgery</a></li>
34757
34758        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Boone Family
   …  Birthplace</a></li>
34759
34760        <li class="subheader"><a href="http://www.boone.org/medicalgroup">Boone
   …  Medical Group</a></li>
34761
34762        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Cancer
   …  Treatment</a></li>
34763
34764        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services/Cardiac-
   …  Rehabilitation">Cardiac Rehabilitation</a></li>
34765
34766        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Cardiology-Cardiothoracic-Services">
   …  Cardiology/Cardiothoracic Services</a></li>
34767
34768        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Clinical-Laboratory">Clinical
   …  Laboratory</a></li>
34769
34770        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Cognitive-Behavioral-Treatment">Cognitive
   …  Behavioral Treatment</a></li>
34771
34772        <li class="subheader"><a
   …  href="http://www.boone.org/Diabetes-and-Endocrinology">Diabetes and Endocrine
   …  Center</a></li>
34773
34774        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Digestive-GI">Digestive (GI)</a></li>
34775
34776        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Emergency-Department">Emergency
   …  Department</a></li>
34777
34778        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Employee-Assistance-Program">Employee
   …  Assistance Program</a></li>
34779
34780        <li class="subheader"><a
   …  href="http://www.boone.org/Our-Services/Family-Practice">Family Practice</a></li>
34781
```

```
34782          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center/Harris-Breast-Center">
…      Harris Breast Center</a></li>
34783
34784          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Home-Care-and-Hospice">Home Care and
…      Hospice</a></li>
34785
34786          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/ICN">Intensive Care
…      Nursery</a></li>
34787
34788          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Intensive-Care-Units">Intensive Care
…      Units</a></li>
34789
34790          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Neurology">Neurology</a></li>
34791
34792          <li class="subheader"><a href="http://www.boone.org/nifong">Nifong Medical
…      Plaza</a></li>
34793
34794          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Oncology</a></li>
34795
34796          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Orthopaedic-Specialties">Orthopaedic
…      Specialties</a></li>
34797
34798          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Pain-Management-Clinic">Pain Management
…      Clinic</a></li>
34799
34800          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Boone-Family-Birthplace/Pediatrics">
…      Pediatrics</a></li>
34801
34802          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Radiology">Radiology</a></li>
34803
34804          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Neurology/Sleep-Center">Sleep Center</a></li>
34805
34806          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Spiritual-Care-Services">Spiritual Care
…      Services</a></li>
34807
34808          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Stewart-Cancer-Center">Stewart Cancer
…      Center</a></li>
34809
34810          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Neurology/Stroke-Center">Stroke
…      Center</a></li>
34811
34812          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Supportive-Care">Supportive Care</a></li>
34813
34814          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Surgical-Services">Surgical Services</a></li>
34815
34816          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Surgical-Services/Robotic-Surgery">Surgery-
…      Robotic</a></li>
34817
34818          <li class="subheader"><a
…      href="http://www.boone.org/Our-Services/Therapy-Services">Therapy Services</a></li>
34819
```

```
34820        <li class="subheader"><a href="http://www.boone.org/medicalgroup">Urgent
  …  Care</a></li>
34821
34822        <li class="subheader"><a
  …  href="http://www.boone.org/Our-Services/Weight-Loss-Surgery">Weight Loss
  …  Surgery</a></li>
34823
34824        <li class="subheader"><a
  …  href="http://www.boone.org/Our-Services/WELLAWARE">WELLAWARE</a></li>
34825
34826        <li class="subheader"><a
  …  href="http://www.boone.org/Our-Services/Boone-Family-Birthplace">Women/Children</a></
  …  li>
34827
34828        <li class="subheader"><a
  …  href="http://www.boone.org/Our-Services/Wound-Healing-Center">Wound Healing
  …  Center</a></li>
34829
34830        </ul>
34831
34832      </div>
34833
34834    </li>
34835
34836    <li class="separator"></li>
34837
34838    <li class="level0"><a class="&#xA;              level0"
  …  href="http://www.boone.org/Patients-Visitors">Patients &amp; Visitors</a><span
  …  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34839
34840        <ul>
34841
34842        <li class="back-button"><a href="javascript:void();"
  …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34843
34844        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
34845
34846        <li class="subheader"><a href="http://www.boone.org/preps">Preps</a></li>
34847
34848        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
34849
34850        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Registration">Registration</a></li>
34851
34852        <li class="subheader"><a
  …  href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
  …  ">Financial Assistance &amp; Billing Resources</a></li>
34853
34854        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Send-an-eCard">Send an eCard</a></li>
34855
34856        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Cafeteria-Menu">Cafeteria Menu</a></li>
34857
34858        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Boone-Appetit">Boone Appétit</a></li>
34859
34860        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Gift-Shop">Gift Shop</a></li>
34861
34862        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/The-Healing-Garden">The Healing
  …  Garden</a></li>
34863
34864        <li class="subheader"><a
  …  href="http://www.boone.org/Patients-Visitors/Maps-Directions-Parking">Maps,
```

```
34864…  Directions &amp; Parking</a></li>
34865
34866      <li class="subheader"><a
   …  href="http://www.boone.org/Patients-Visitors/Medical-Records-Request">Medical Records
   …  Request</a></li>
34867
34868    </ul>
34869
34870   </div>
34871
34872  </li>
34873
34874  <li class="separator"></li>
34875
34876  <li class="level0"><a class="&#xA;          level0"
   …  href="http://www.boone.org/Employment">Employment</a><span
   …  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34877
34878     <ul>
34879
34880      <li class="back-button"><a href="javascript:void();"
   …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34881
34882      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Why-Work-at-Boone">Why Work at Boone?</a></li>
34883
34884      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Apply-Now">Apply Now</a></li>
34885
34886      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Job-Search-Tips">Job Search Tips</a></li>
34887
34888      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Nursing-at-Boone">Nursing at Boone</a></li>
34889
34890      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Employee-of-the-Month">Employee of the
   …  Month</a></li>
34891
34892      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Benefits-Summary">Benefits Summary</a></li>
34893
34894      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Employment-FAQs">Employment FAQ's</a></li>
34895
34896      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Job-Shadowing">Job Shadowing</a></li>
34897
34898      <li class="subheader"><a
   …  href="http://www.boone.org/internship">Internships</a></li>
34899
34900      <li class="subheader"><a
   …  href="http://www.boone.org/Employment/Volunteer">Volunteer</a></li>
34901
34902      <li class="subheader"><a
   …  href="http://www.boone.org/About-Us/About-Columbia-Missouri">About Columbia,
   …  Missouri</a></li>
34903
34904     </ul>
34905
34906    </div>
34907
34908   </li>
34909
34910   <li class="separator"></li>
34911
34912   <li class="level0"><a class="&#xA;          level0"
   …  href="http://www.boone.org/Foundation">Foundation</a><span
```

```
34912…  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34913
34914        <ul>
34915
34916            <li class="back-button"><a href="javascript:void();"
    …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34917
34918            <li class="subheader"><a href="http://www.boone.org/Foundation/Our-Story">Our
    …  Story</a></li>
34919
34920            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/Community-Campaign">Community Campaign</a></li>
34921
34922            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/Grateful-Patient">Grateful Patient</a></li>
34923
34924            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/Ways-to-Give">Ways to Give</a></li>
34925
34926            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/What-a-Donation-Can-Do">What a Donation Can
    …  Do</a></li>
34927
34928            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/One-Reason">One Reason</a></li>
34929
34930            <li class="subheader"><a
    …  href="http://www.boone.org/Foundation/Donations">Donations</a></li>
34931
34932            <li class="subheader"><a
    …  href="http://www.boone.org/Events/PID/744/ev/2/evl/0/CategoryID/10/CategoryName/
    …  Foundation-Events">Upcoming Foundation Events</a></li>
34933
34934        </ul>
34935
34936      </div>
34937
34938    </li>
34939
34940    <li class="separator"></li>
34941
34942    <li class="level0"><a class="&#xA;              level0"
    …  href="http://www.boone.org/For-Providers">For Providers</a><span
    …  class="icon-arrow-right-generic childIndicator"></span><div class="sub">
34943
34944        <ul>
34945
34946            <li class="back-button"><a href="javascript:void();"
    …  class="mobileMenuBackBtn"><i class="icon-arrow-left-generic"></i>Back</a></li>
34947
34948            <li class="subheader"><a
    …  href="http://www.boone.org/For-Providers/The-Boone-Experience">The Boone
    …  Experience</a></li>
34949
34950            <li class="subheader"><a
    …  href="http://www.boone.org/For-Providers/Patient-Transfer">Patient Transfer</a></li>
34951
34952            <li class="subheader"><a
    …  href="http://www.boone.org/For-Providers/Provider-Opportunities">Provider
    …  Opportunities</a></li>
34953
34954            <li class="subheader"><a
    …  href="http://www.boone.org/Find-A-Physician">Physician Directory</a></li>
34955
34956            <li class="subheader"><a
    …  href="/LinkClick.aspx?fileticket=QGnX855kCns%3d&amp;tabid=295&amp;portalid=0">Medical
    …  Staff Leadership</a></li>
34957
```

```
34958    <li class="subheader"><a href="http://clinicaldesktop.bjc.org/">ClinDesk
...      2</a></li>
34959
34960           <li class="subheader"><a
...      href="https://nextgen.boone.org/vpn/index.html">NextGen Login</a></li>
34961
34962           <li class="subheader"><a
...      href="http://www.boone.org/For-Providers/CME">CME</a></li>
34963
34964           <li class="subheader"><a
...      href="http://www.boone.org/For-Providers/Resources">Resources</a></li>
34965
34966       </ul>
34967
34968     </div>
34969
34970   </li>
34971
34972 </ul>
34973
34974           <ul class="contactWrapM">
34975
34976               <li><a href="/Patients-Visitors/Maps-Directions-Parking "><span
...      class="icon-get-directions"></span><span>Get Directions</span></a></li>
34977
34978               <li><a href="/contactus/"><span
...      class="icon-contact"></span><span>Contact Us</span></a></li>
34979
34980           </ul>
34981
34982       </div>
34983
34984     </div>
34985
34986 </div>
34987
34988
34989
34990
34991
34992
34993
34994 <script type="text/javascript">
34995
34996     $(document).ready(function () {
34997
34998         var rootId = 'home';
34999
35000         $("#navmenu > li").each(function () {
35001
35002             if (this.id == rootId) {
35003
35004                 $(this).addClass("active");
35005
35006             }
35007
35008         });
35009
35010     });
35011
35012 </script>
35013
35014
35015
35016
35017
35018     <!-- Rotating Banner -->
35019
```

```
35020          <div id="globalBannerArea" class="globalBannerArea">
35021
35022          <div class="container">
35023
35024              <div id="dnn_TopPane" class="h_TopPane">
35025
35026              <div class="DnnModule DnnModule-ContainerTagsManager DnnModule-1997"><a
       name="1997"></a><div id="dnn_ctr1997_ContentPane"><!-- Start_Module_1997 --><div
       id="dnn_ctr1997_ModuleContent" class="DNNModuleContent ModContainerTagsManagerC">
35027
35028          <script language='JavaScript'>
35029     var prd=new
       Date(),pru=Date.UTC(prd.getUTCFullYear(),prd.getUTCMonth(),prd.getUTCDay(),prd.
       getUTCHours(),prd.getUTCMinutes(),prd.getUTCSeconds(),prd.getUTCMilliseconds());
35030     var pr_eid=pru+Math.random();
35031     var pr_event='';
35032     var pr_item='';
35033     var pr_quantity='';
35034     var pr_value='';
35035     var pr_ctFrame=document.createElement('iframe');
35036     pr_ctFrame.style.display='none';
35037
       pr_ctFrame.src='http://container.pointroll.com/event/ContainerTagServer.ashx?ctid=
       B09CF62C-CC2F-442E-907E-D23DDEB6275F&av=9175&eid='+pr_eid+'&ev='+pr_event+'&item='+
       pr_item+'&q='+pr_quantity+'&val='+pr_value+'&r='+Math.random();
35038     document.body.appendChild(pr_ctFrame);
35039     </script>
35040
35041     </div><!-- End_Module_1997 --></div>
35042
35043     </div><div class="DnnModule DnnModule-Home_Rotator DnnModule-2045"><a
       name="2045"></a><div id="dnn_ctr2045_ContentPane" class="empty"><!--
       Start_Module_2045 --><div id="dnn_ctr2045_ModuleContent" class="DNNModuleContent
       ModHomeRotatorC">
35044
35045
35046
35047
35048
35049
35050
35051     <link href="/DesktopModules/Home_Rotator/css/owl.carousel.css" rel="stylesheet" />
35052
35053     <script src="/DesktopModules/Home_Rotator/js/owl.carousel.min.js"></script>
35054
35055     <script src="/DesktopModules/Home_Rotator/js/customrotator.js"></script>
35056
35057
35058
35059
35060
35061     <style type="text/css">
35062
35063     #homebanner1 { background-image:
       url("/Portals/0/1800x510touch1.png?ver=2016-04-25-095703-200"); }
35064
35065     #homebanner2 { background-image:
       url("/Portals/0/1800x510touch2.png?ver=2016-04-25-100028-970"); }
35066
35067     #homebanner3 { background-image:
       url("/Portals/0/1800x510touch3.png?ver=2016-04-25-100146-127"); }
35068
35069     #homebanner4 { background-image:
       url("/Portals/0/1800x510touch4.png?ver=2016-04-25-100330-413"); }
35070
35071
35072
35073     @media (min-width: 768px) and (max-width: 991px)
```

```
{

#homebanner1 { background-image:
url("/Portals/0/970x568touch1.png?ver=2016-04-25-095733-900"); }

#homebanner2 { background-image:
url("/Portals/0/970x568touch2.png?ver=2016-04-25-100037-363"); }

#homebanner3 { background-image:
url("/Portals/0/970x568touch3.png?ver=2016-04-25-100206-313"); }

#homebanner4 { background-image:
url("/Portals/0/970x568touch4.png?ver=2016-04-25-100337-793"); }



}

@media (max-width: 767px)

{

#homebanner1 { background-image:
url("/Portals/0/767x719touch1.png?ver=2016-04-25-095740-687"); }

#homebanner2 { background-image:
url("/Portals/0/767x719touch2.png?ver=2016-04-25-100044-880"); }

#homebanner3 { background-image:
url("/Portals/0/767x719touch3.png?ver=2016-04-25-100212-600"); }

#homebanner4 { background-image:
url("/Portals/0/767x719touch4.png?ver=2016-04-25-100341-320"); }



}

</style>




<!--[if gte IE 9]>

  <style type="text/css">

    .gradient {

       filter: none;

    }

  </style>

<![endif]-->



        <div class="rotatorRow">

             <div class="topShadow gradient"></div>

             <div id="rotatorNav"><a class="btn prev"><span
class="icon-arrow-left-marquee"></span></a><a class="btn next"><span
class="icon-arrow-right-marquee"></span></a></div>
```

```
35132
35133                    <div class="rotatorWrap">
35134
35135                        <div class="owl-carousel owl-theme" id="rotator">
35136
35137
35138
35139            <div class="item" id="homebanner1">
35140
35141                <div class="captionWrap">
35142
35143                    <div class="caption-border">
35144
35145                        <div class="caption">
35146
35147                            <div class="title1"></div>
35148
35149                            <div class="title2"><span></span></div>
35150
35151                            <div class="learn-more">
35152
35153                                <a class="btnLg btnWhite"
…    href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of
…    Experience<span class="icon-arrow-right-generic"></span></a>
35154
35155                            </div>
35156
35157                        </div>
35158
35159                    </div>
35160
35161                </div>
35162
35163            </div>
35164
35165
35166
35167            <div class="item" id="homebanner2">
35168
35169                <div class="captionWrap">
35170
35171                    <div class="caption-border">
35172
35173                        <div class="caption">
35174
35175                            <div class="title1"></div>
35176
35177                            <div class="title2"><span></span></div>
35178
35179                            <div class="learn-more">
35180
35181                                <a class="btnLg btnWhite"
…    href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Caring<span
…    class="icon-arrow-right-generic"></span></a>
35182
35183                            </div>
35184
35185                        </div>
35186
35187                    </div>
35188
35189                </div>
35190
35191            </div>
35192
35193
35194
35195            <div class="item" id="homebanner3">
```

Page 958

```
35196
35197              <div class="captionWrap">
35198
35199                 <div class="caption-border">
35200
35201                    <div class="caption">
35202
35203                       <div class="title1"></div>
35204
35205                       <div class="title2"><span></span></div>
35206
35207                       <div class="learn-more">
35208
35209                          <a class="btnLg btnWhite"
      … href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Detail<span
      … class="icon-arrow-right-generic"></span></a>
35210
35211                       </div>
35212
35213                    </div>
35214
35215                 </div>
35216
35217              </div>
35218
35219           </div>
35220
35221
35222
35223           <div class="item" id="homebanner4">
35224
35225              <div class="captionWrap">
35226
35227                 <div class="caption-border">
35228
35229                    <div class="caption">
35230
35231                       <div class="title1"></div>
35232
35233                       <div class="title2"><span></span></div>
35234
35235                       <div class="learn-more">
35236
35237                          <a class="btnLg btnWhite"
      … href="http://www.boone.org/The-Boone-Touch" target='_self'>The Touch of Teamwork<span
      … class="icon-arrow-right-generic"></span></a>
35238
35239                       </div>
35240
35241                    </div>
35242
35243                 </div>
35244
35245              </div>
35246
35247           </div>
35248
35249
35250
35251           </div>
35252
35253           </div>
35254
35255        </div>
35256
35257
35258
35259
```

```
35260
35261  </div><!-- End_Module_2045 --></div>
35262
35263  </div></div>
35264
35265             </div>
35266
35267        </div>
35268
35269
35270
35271        <div class="row4">
35272
35273            <div class="container">
35274
35275                <div id="dnn_ContentPane" class="DNNEmptyPane"></div>
35276
35277            </div>
35278
35279        </div>
35280
35281        <div class="row5">
35282
35283            <div class="container">
35284
35285                <div class="row">
35286
35287                    <!-- Left Pane 1-->
35288
35289                    <div class="col-md-4 col-sm-4 col-xs-4 box1">
35290
35291                        <div id="dnn_LeftPane1" class="h_LeftPane1">
35292
35293                        <div class="DnnModule DnnModule-DNN_HTML DnnModule-2055"><a
   …   name="2055"></a>
35294
35295  <div class="browse_Container">
35296
35297      <div class="title titleUnderline">
35298
35299          <h2><span id="dnn_ctr2055_dnnTITLE_titleLabel" class="titleText">All Summer
   …   Long!</span>
35300
35301
35302
35303
35304
35305  </h2>
35306
35307      </div>
35308
35309      <div style="clear: both">
35310
35311      </div>
35312
35313      <div id="dnn_ctr2055_ContentPane" class="color_c"><!-- Start_Module_2055 --><div
   …   id="dnn_ctr2055_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35314
35315      <div id="dnn_ctr2055_HtmlModule_lblContent" class="Normal">
35316
35317      <a href="/Our-Services/WELLAWARE/Kids-on-Track"><img alt=""
   …   src="/portals/0/images/kotfeature.png?ver=2016-05-12-130659-927" /></a>
35318  <h3>Run/walk a marathon over the course of the summer and earn prizes!</h3>
35319  <div class="readmore"><a href="/Our-Services/WELLAWARE/Kids-on-Track">Learn
   …   More</a></div>
35320  <div><br />
35321  </div>
35322
```

```
35323  </div>
35324
35325
35326
35327  </div><!-- End_Module_2055 --></div>
35328
35329  </div>
35330
35331  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-2052"><a name="2052"></a>
35332
35333  <div class="browse_Container">
35334
35335      <div class="title titleUnderline">
35336
35337          <h2><span id="dnn_ctr2052_dnnTITLE_titleLabel" class="titleText">Book
…      Online</span>
35338
35339
35340
35341
35342
35343  </h2>
35344
35345      </div>
35346
35347      <div style="clear: both">
35348
35349      </div>
35350
35351      <div id="dnn_ctr2052_ContentPane" class="color_c"><!-- Start_Module_2052 --><div
…      id="dnn_ctr2052_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35352
35353      <div id="dnn_ctr2052_HtmlModule_lblContent" class="Normal">
35354
35355      <a href="https://www.zocdoc.com/hospitals/boonemedicalgroup?promo=boonehome"
…      target="_blank"><img alt=""
…      src="/portals/0/images/zocdoc.png?ver=2016-01-05-124745-423" /></a>
35356  <h3>Book an appointment online with ZocDoc</h3>
35357  <div class="readmore"><a
…      href="https://www.zocdoc.com/hospitals/boonemedicalgroup?promo=boonehome"
…      target="_blank">Book Now</a></div>
35358  <div><br /></div>
35359  </div>
35360  <br />
35361
35362  </div>
35363
35364
35365
35366  </div><!-- End_Module_2052 --></div>
35367
35368  </div>
35369
35370  </div></div>
35371
35372                  </div>
35373
35374                  <!-- Center Pane 1-->
35375
35376                  <div class="col-md-4 col-sm-4 col-xs-4 box1">
35377
35378                      <div id="dnn_CenterPane1" class="h_CenterPane1">
35379
35380                      <div class="DnnModule DnnModule-DNN_HTML DnnModule-2053"><a
…      name="2053"></a>
35381
35382  <div class="orange_Container">
35383
```

```
35384          <div class="title titleUnderline">
35385
35386          <h2><span id="dnn_ctr2053_dnnTITLE_titleLabel" class="titleText">myBoone
…      Health</span>
35387
35388
35389
35390
35391
35392  </h2>
35393
35394          </div>
35395
35396          <div style="clear: both">
35397
35398          </div>
35399
35400          <div id="dnn_ctr2053_ContentPane" class="color_c"><!-- Start_Module_2053 --><div
…      id="dnn_ctr2053_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35401
35402          <div id="dnn_ctr2053_HtmlModule_lblContent" class="Normal">
35403
35404          <a href="/MyBooneHealth-Blog"><img alt=""
…      src="/portals/0/images/mbh0716.png?ver=2016-07-19-112420-557" /></a>
35405  <h3>Share your story and read stories from our patients and staff.</h3>
35406  <div class="readmore"><a href="/MyBooneHealth-Blog">MY </a><a
…      href="/MyBooneHealth-Blog">BOONE HEALTH BLOG</a></div>
35407  <div><br />
35408  </div>
35409  <br />
35410
35411  </div>
35412
35413
35414
35415  </div><!-- End_Module_2053 --></div>
35416
35417  </div>
35418
35419  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-1958"><a name="1958"></a>
35420
35421  <div class="orange_Container">
35422
35423          <div class="title titleUnderline">
35424
35425          <h2><span id="dnn_ctr1958_dnnTITLE_titleLabel" class="titleText">myBJC
…      Access</span>
35426
35427
35428
35429
35430
35431  </h2>
35432
35433          </div>
35434
35435          <div style="clear: both">
35436
35437          </div>
35438
35439          <div id="dnn_ctr1958_ContentPane" class="color_c"><!-- Start_Module_1958 --><div
…      id="dnn_ctr1958_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35440
35441          <div id="dnn_ctr1958_HtmlModule_lblContent" class="Normal">
35442
35443          <a href="https://mybjc.org/patient/welcome.htm " target="_blank"><img alt=""
…      src="/portals/0/images/mybjc2.png" /></a>
35444  <h3>View your test results and health information online.</h3>
```

```
35445   <p class="readmore_32" target="_blank" href="https://mybjc.org/patient/welcome.htm
    …   ">LEARN MORE OR LOG-IN</a></p>
35446   <p class="readmore"> </p>
35447
35448   </div>
35449
35450
35451
35452   </div><!-- End_Module_1958 --></div>
35453
35454   </div>
35455
35456   </div></div>
35457
35458                   </div>
35459
35460                   <!-- Right Pane 1 -->
35461
35462                   <div class="col-md-4 col-sm-4 col-xs-4 box1">
35463
35464                       <div id="dnn_RightPane1" class="h_RightPane1">
35465
35466                       <div class="DnnModule DnnModule-DNN_HTML DnnModule-414"><a
    …   name="414"></a>
35467
35468   <div class="orange_Container">
35469
35470       <div class="title titleUnderline">
35471
35472           <h2><span id="dnn_ctr414_dnnTITLE_titleLabel" class="titleText">US News
    …   Ranking</span>
35473
35474
35475
35476
35477
35478   </h2>
35479
35480       </div>
35481
35482       <div style="clear: both">
35483
35484       </div>
35485
35486       <div id="dnn_ctr414_ContentPane" class="color_c"><!-- Start_Module_414 --><div
    …   id="dnn_ctr414_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35487
35488       <div id="dnn_ctr414_HtmlModule_lblContent" class="Normal">
35489
35490       <a href="/About-Us/Trophy-Case/USnews"><img alt=""
    …   src="/portals/0/images/USNEWSfeature2.png?ver=2015-10-30-102443-827" style="width:
    …   251px; height: 184px;" /></a>
35491   <h3>Boone ranked first in central Missouri and third in state.</h3>
35492   <div class="readmore"><a href="/About-Us/Trophy-Case/USnews">More
    …   information</a></div>
35493   <div><br /></div>
35494   </div>
35495   <br />
35496
35497   </div>
35498
35499
35500
35501   </div><!-- End_Module_414 --></div>
35502
35503   </div>
35504
35505   </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-415"><a name="415"></a>
```

```
35506
35507  <div class="yellow_Container">
35508
35509      <div class="title titleUnderline">
35510
35511          <h2><span id="dnn_ctr415_dnnTITLE_titleLabel" class="titleText">Nifong
       Medical Plaza</span>
35512
35513
35514
35515
35516
35517  </h2>
35518
35519      </div>
35520
35521      <div style="clear: both">
35522
35523      </div>
35524
35525      <div id="dnn_ctr415_ContentPane" class="color_c"><!-- Start_Module_415 --><div
       id="dnn_ctr415_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35526
35527      <div id="dnn_ctr415_HtmlModule_lblContent" class="Normal">
35528
35529      <a href="/nifong"><img alt=""
       src="/portals/0/images/NMPfeature.png?ver=2016-02-26-111245-840" /></a>
35530  <h3>Primary &amp; Convenient Care, imaging, therapy, lab, pharmacy.</h3>
35531  <div class="readmore"><a href="/nifong">NOW OPEN</a></div>
35532  <div><br />
35533  </div>
35534  <br />
35535
35536  </div>
35537
35538
35539
35540  </div><!-- End_Module_415 --></div>
35541
35542  </div>
35543
35544  </div><div class="DnnModule DnnModule-DNN_HTML DnnModule-1959"><a name="1959"></a>
35545
35546  <div class="yellow_Container">
35547
35548      <div class="title titleUnderline">
35549
35550          <h2><span id="dnn_ctr1959_dnnTITLE_titleLabel" class="titleText">Send an
       eCard</span>
35551
35552
35553
35554
35555
35556  </h2>
35557
35558      </div>
35559
35560      <div style="clear: both">
35561
35562      </div>
35563
35564      <div id="dnn_ctr1959_ContentPane" class="color_c"><!-- Start_Module_1959 --><div
       id="dnn_ctr1959_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
35565
35566      <div id="dnn_ctr1959_HtmlModule_lblContent" class="Normal">
35567
35568      <a href="/Patients-Visitors/Send-an-eCard/eCards"><img alt=""
```

```
35568… src="/portals/0/images/ecardfeature.png" /></a>
35569  <h3>eCards are printed and hand-delivered to patients.</h3>
35570  <p class="readmore"><a href="/Patients-Visitors/Send-an-eCard/eCards">SEND A
     … CARD</a></p>
35571  <p class="readmore"> </p>
35572
35573  </div>
35574
35575
35576
35577  </div><!-- End_Module_1959 --></div>
35578
35579  </div>
35580
35581  </div></div>
35582
35583                  </div>
35584
35585              </div>
35586
35587          </div>
35588
35589      </div>
35590
35591
35592
35593
35594
35595
35596
35597      <div class="row7">
35598
35599          <div class="container">
35600
35601              <div class="row">
35602
35603                  <!-- Right Pane -->
35604
35605                  <div class="col-md-8 col-sm-12 col-xs-12 h_rightPane">
35606
35607
35608
35609                      <!-- Left Top Pane -->
35610
35611                      <div class="find-a-doctor">
35612
35613                          <div id="dnn_RightTopPane" class="h_RightTopPane">
35614
35615                          <div class="DnnModule DnnModule-PhysicianFinding
     … DnnModule-780"><a name="780"></a>
35616
35617
35618
35619  <div class="physicianSearchContainer">
35620
35621      <div id="dnn_ctr780_ContentPane"><!-- Start_Module_780 --><div
     … id="dnn_ctr780_ModuleContent" class="DNNModuleContent ModPhysicianFindingC">
35622
35623
     … <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/ComboBox.Metro.css?cdv=137)-
     … -->
35624
35625  <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/PanelBar.Metro.css?cdv=137)-
     … -->
35626
35627  <!--CDF(Css|/DesktopModules/PhysicianFinding/Theme/Metro/Input.Metro.css?cdv=137)-->
35628
35629  <!--CDF(Css|/DesktopModules/PhysicianFinding/css/site.css?cdv=137)-->
```

```
35630
35631   <!--CDF(Css|/DesktopModules/PhysicianFinding/css/responsive.css?cdv=137)-->
35632
35633
35634
35635   <script
  …     src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-Il2YFs1k-
  …     AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
35636
35637
35638
35639
35640
35641
35642
35643
35644
35645
35646
35647
35648
35649   <span id="dnn_ctr780_ViewPhysicianFinding_lblError"
  …     style="color:Red;font-weight:bold;"></span>
35650
35651
35652
35653
35654
35655           <div class="physician-search physician-info-group">
35656
35657               <div class="physicianInfoGroup">
35658
35659                   <div class="physicianInfoWrap">
35660
35661                       <div class="box-heading physicianInfoBar visible-xs">
35662
35663                           <h4 class="box-title">
35664
35665                               <a href="#physicianInfoPanel">
35666
35667                                   <span class="barspan"><span
  …     id="dnn_ctr780_ViewPhysicianFinding_lblPhysicianInfoGroupTitleMobile">Find a
  …     Doctor</span></span>
35668
35669                                   <span class="baricon icon-accordion-open"></span>
35670
35671                               </a>
35672
35673                           </h4>
35674
35675                       </div>
35676
35677                       <div id="physicianInfoPanel" class="box">
35678
35679                           <div class="box-inner">
35680
35681                               <h2 class="hidden-xs">
35682
35683                                   <span
  …     id="dnn_ctr780_ViewPhysicianFinding_lblPhysicianInfoGroupTitle">Find a
  …     Doctor</span></h2>
35684
35685                               <div class="boxRow">
35686
35687                                   <div class="col-md-6 col-sm-6 boxLeft">
35688
35689                                       <div class="boxLeftWrap">
35690
```

```
35691                                    <div class="boxLeftTop">
35692
35693                                        <h4>Search By Name</h4>
35694
35695                                        <div class="input-group">
35696
35697                                            <!-- 2013.2.717.40 --><span
    … id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_wrapper" class="riSingle RadInput
    … RadInput_Default" style="width:100%;"><input
    … id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox"
    … name="dnn$ctr780$ViewPhysicianFinding$txtSearchBox" size="20" class="riTextBox
    … riEmpty form-control searchInput" value="Search" type="text" /><input
    … id="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState"
    … name="dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState" type="hidden"
    … /></span>
35698
35699                                            <div class="input-group-btn">
35700
35701                                                <input type="submit" class="btn
    … btn-search" value="Go"
    … onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
35702
35703                                            </div>
35704
35705                                        </div>
35706
35707                                    </div>
35708
35709                                    <div class="boxLeftBot">
35710
35711                                        <h4>Search by Specialty</h4>
35712
35713                                        <div class="selectWrap">
35714
35715                                            <select
    … name="dnn$ctr780$ViewPhysicianFinding$ddlPhysicianSpecialty"
    … id="dnn_ctr780_ViewPhysicianFinding_ddlPhyscianSpecialty" class="physicianSpecialty
    … form-control">
35716
35717            <option value="">Choose a specialty</option>
35718
35719            <option value="ADPSY">Addiction Psychiatry</option>
35720
35721            <option value="ADMED">Adolescent Medicine</option>
35722
35723            <option value="ALLE">Allergy</option>
35724
35725            <option value="PALLE">Allergy-Pediatric</option>
35726
35727            <option value="ANEST">Anesthesiology</option>
35728
35729            <option value="PANES">Anesthesiology-Pediatric</option>
35730
35731            <option value="ASM">ASM</option>
35732
35733            <option value="AUDIO">Audiology</option>
35734
35735            <option value="EP">Cardiac Electrophysiology</option>
35736
35737            <option value="PCARD">Cardiology-Pediatric</option>
35738
35739            <option value="CTS">Cardiothoracic Surgery</option>
35740
35741            <option value="PCTS">Cardiothoracic Surgery-Pediatr</option>
35742
35743            <option value="CARD">Cardiovascular Disease</option>
35744
35745            <option value="CHIEF">Chief Resident-SLCH</option>
```

```
35746
35747          <option value="CHABU">Child Abuse Pediatrics</option>
35748
35749          <option value="CLINI">Clinics</option>
35750
35751          <option value="COLRE">Colon &amp; Rectal Surgery</option>
35752
35753          <option value="CONVC">Convenient Care</option>
35754
35755          <option value="CCARE">Critical Care</option>
35756
35757          <option value="DENT">Dentistry</option>
35758
35759          <option value="PEDDN">Dentistry-Pediatric</option>
35760
35761          <option value="DERM">Dermatology</option>
35762
35763          <option value="PDERM">Dermatology-Pediatric</option>
35764
35765          <option value="PDEV">Developmental Pediatrics</option>
35766
35767          <option value="PDIAG">Diagnostics-Pediatric</option>
35768
35769          <option value="ECHOD">Echocardiography</option>
35770
35771          <option value="ELECT">Electrodiagnostic Medicine</option>
35772
35773          <option value="EMERG">Emergency Medicine</option>
35774
35775          <option value="PERMD">Emergency Medicine-Pediatric</option>
35776
35777          <option value="ENDO">Endocrinology</option>
35778
35779          <option value="PENDO">Endocrinology-Pediatric</option>
35780
35781          <option value="EPILE">Epilepsy</option>
35782
35783          <option value="EPIPD">Epilepsy-Pediatric</option>
35784
35785          <option value="FP">Family Practice</option>
35786
35787          <option value="FEPM">Female Pelvic Medicine &amp; Reconstructive
…   Surgery</option>
35788
35789          <option value="GAST">Gastroenterology</option>
35790
35791          <option value="PGAST">Gastroenterology-Pediatric</option>
35792
35793          <option value="GENE">Genetics</option>
35794
35795          <option value="GENP">Genetics-Pediatric</option>
35796
35797          <option value="GPSYC">Geriatric Psychiatry</option>
35798
35799          <option value="GERI">Geriatrics</option>
35800
35801          <option value="GYONC">Gynecologic Oncology</option>
35802
35803          <option value="GYN">Gynecology</option>
35804
35805          <option value="PGYN">Gynecology-Pediatric</option>
35806
35807          <option value="HANSR">Hand Surgery</option>
35808
35809          <option value="HRTRA">Heart Failure/Transplant Card</option>
35810
35811          <option value="HEMA">Hematology</option>
35812
```

Page 968

```
<option value="PHEMA">Hematology-Pediatric</option>
<option value="HEPA">Hepatology/Liver</option>
<option value="HEOPD">Hepatology/Liver-Pediatric</option>
<option value="PALLI">Hospice &amp; Palliative Medicine</option>
<option value="HOSPI">Hospitalist</option>
<option value="PHOSP">Hospitalist-Pediatric</option>
<option value="IMMU">Immunology</option>
<option value="PIMMU">Immunology-Pediatric</option>
<option value="INF">Infectious Disease</option>
<option value="PINFE">Infectious Diseases-Pediatric</option>
<option value="MEDI">Internal Medicine</option>
<option value="INVCA">Interventional Cardiology</option>
<option value="INVRA">Interventional Radiology</option>
<option value="PINT">Interventional Radiology-Pedi</option>
<option value="LIVTR">Liver Transplant</option>
<option value="MATFE">Maternal-Fetal Medicine</option>
<option value="MAXPR">Maxillofacial Prosthodontics</option>
<option value="MAXIL">Maxillofacial Surgery</option>
<option value="THER">Mental Health Therapist</option>
<option value="METAB">Metabolism</option>
<option value="PMETA">Metabolism-Pediatric</option>
<option value="MULTI">Multidisciplinary Cancer Clini</option>
<option value="NAVI">NAVI-Navigator Program</option>
<option value="NEONA">Neonatal-Perinatal Medicine</option>
<option value="RENAL">Nephrology/Renal</option>
<option value="PNEPH">Nephrology/Renal-Pediatric</option>
<option value="NEURO">Neurology</option>
<option value="PNEUR">Neurology-Pediatric</option>
<option value="NEUMS">Neuromuscular Medicine</option>
<option value="NMSOM">Neuromusculoskeletal Medicine/OMM</option>
<option value="NPHYS">Neurophysiology</option>
<option value="NEURP">Neuropsychology</option>
<option value="NEUPS">Neuropsychology-Pediatric</option>
<option value="NEURA">Neuroradiology</option>
```

Page 969

```
<option value="NREHA">Neurorehabilitation</option>

<option value="NSURG">Neurosurgery</option>

<option value="PNSUR">Neurosurgery-Pediatric</option>

<option value="NEUOT">Neurotology</option>

<option value="NUMED">Nuclear Medicine</option>

<option value="OB">Obstetrics</option>

<option value="OCCUM">Occupational Medicine</option>

<option value="ONC">Oncology</option>

<option value="PONC">Oncology-Pediatric</option>

<option value="OPHT">Ophthalmology</option>

<option value="POPHT">Ophthalmology-Pediatric</option>

<option value="OPTOM">Optometry</option>

<option value="ORAL">Oral Surgery</option>

<option value="PORSU">Oral Surgery-Pediatric</option>

<option value="ODONT">Orthodontics</option>

<option value="ORTH">Orthopedic Surgery</option>

<option value="PORTH">Orthopedics-Pediatric</option>

<option value="OTOL">Otolaryngology</option>

<option value="POTOL">Otolaryngology-Pediatric</option>

<option value="PNMGM">Pain Management</option>

<option value="PPNMG">Pain Management-Pediatric</option>

<option value="PATH">Pathology</option>

<option value="PCCAR">Pediatric Critical Care/PICU</option>

<option value="PEDI">Pediatrics</option>

<option value="PERIO">Periodontics</option>

<option value="PHDNK">Plastic Surgery Of Head &amp; Neck</option>

<option value="PPLAS">Plastic Surgery-Pediatric</option>

<option value="PLAS">Plastic/Reconstructive Surgery</option>

<option value="PODI">Podiatry</option>

<option value="PREVM">Preventative Medicine</option>

<option value="PSYC">Psychiatry</option>

<option value="PPSYC">Psychiatry-Pediatric</option>

<option value="PSYCH">Psychology</option>

<option value="PPYCH">Psychology-Pediatric</option>
```

```
35949          <option value="PULM">Pulmonology</option>
35950
35951          <option value="PPULM">Pulmonology-Pediatric</option>
35952
35953          <option value="RADON">Radiation Oncology</option>
35954
35955          <option value="RAD">Radiology</option>
35956
35957          <option value="PRAD">Radiology-Pediatric</option>
35958
35959          <option value="REHAB">Rehabilitation/Physiatry</option>
35960
35961          <option value="REPEN">Reproductive Endo/Infertility</option>
35962
35963          <option value="RHEU">Rheumatology</option>
35964
35965          <option value="PRHEU">Rheumatology-Pediatric</option>
35966
35967          <option value="SLEEP">Sleep Disorders</option>
35968
35969          <option value="PSLEE">Sleep Disorders-Pediatric</option>
35970
35971          <option value="SLEEP">Sleep Medicine</option>
35972
35973          <option value="PSLEE">Sleep Medicine-Pediatric</option>
35974
35975          <option value="SPCRI">Spinal Cord Injury Medicine</option>
35976
35977          <option value="SPRTM">Sports Medicine</option>
35978
35979          <option value="GSURG">Surgery (General)</option>
35980
35981          <option value="PSURG">Surgery-Pediatric</option>
35982
35983          <option value="SRGCC">Surgical Critical Care</option>
35984
35985          <option value="TRANM">Transplant Medical-Adult</option>
35986
35987          <option value="TRPMP">Transplant Medical-Pediatric</option>
35988
35989          <option value="TRAN">Transplant Surgical-Adult</option>
35990
35991          <option value="TRPSP">Transplant Surgical-Pediatric</option>
35992
35993          <option value="TRANS">Transplantation</option>
35994
35995          <option value="TRANM">Transplantation-Medical</option>
35996
35997          <option value="TRAN">Transplantation-Surgical</option>
35998
35999          <option value="UCARE">Urgent Care</option>
36000
36001          <option value="UROL">Urology</option>
36002
36003          <option value="PUROL">Urology-Pediatric</option>
36004
36005          <option value="VASNU">Vascular Neurology</option>
36006
36007          <option value="VAS">Vascular Surgery</option>
36008
36009          <option value="VASIR">Vascular/InterventionRadiology</option>
36010
36011          <option value="WHNP">Women&#39;s Health Nurse Practitioner</option>
36012
36013          <option value="WOUND">Wound Care</option>
36014
36015
36016
```

```
36017            </select>
36018
36019                                        </div>
36020
36021                                    </div>
36022
36023                                </div>
36024
36025                            </div>
36026
36027                            <div class="col-md-6 col-sm-6 boxRight">
36028
36029                                <h4>Browse by Letter</h4>
36030
36031                                <div class="selectWrap visible-xs">
36032
36033                                    <select
       name="dnn$ctr780$ViewPhysicianFinding$ddlSearchLetter"
       id="dnn_ctr780_ViewPhysicianFinding_ddlSearchLetter" class="searchLetter form-control
       visible-xs">
36034
36035            <option value="">Choose a letter</option>
36036
36037            <option value="A">A</option>
36038
36039            <option value="B">B</option>
36040
36041            <option value="C">C</option>
36042
36043            <option value="D">D</option>
36044
36045            <option value="E">E</option>
36046
36047            <option value="F">F</option>
36048
36049            <option value="G">G</option>
36050
36051            <option value="H">H</option>
36052
36053            <option value="I">I</option>
36054
36055            <option value="J">J</option>
36056
36057            <option value="K">K</option>
36058
36059            <option value="L">L</option>
36060
36061            <option value="M">M</option>
36062
36063            <option value="N">N</option>
36064
36065            <option value="O">O</option>
36066
36067            <option value="P">P</option>
36068
36069            <option value="Q">Q</option>
36070
36071            <option value="R">R</option>
36072
36073            <option value="S">S</option>
36074
36075            <option value="T">T</option>
36076
36077            <option value="U">U</option>
36078
36079            <option value="V">V</option>
36080
36081            <option value="W">W</option>
```

Page 972

```
36082
36083            <option value="X">X</option>
36084
36085            <option value="Y">Y</option>
36086
36087            <option value="Z">Z</option>
36088
36089
36090
36091      </select>
36092
36093                                    </div>
36094
36095                                    <div class="alphabet hidden-xs">
36096
36097                                        <div
…   id="dnn_ctr780_ViewPhysicianFinding_panelPhysicianAlphaList">
36098
36099          <a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=A">A</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=B">B</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=C">C</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=D">D</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=E">E</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=F">F</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=G">G</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=H">H</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=I">I</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=J">J</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=K">K</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=L">L</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=M">M</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=N">N</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=O">O</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=P">P</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=Q">Q</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=R">R</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=S">S</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=T">T</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=U">U</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=V">V</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=W">W</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=X">X</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=Y">Y</a><a class="letter"
…   href="http://www.boone.org/Find-A-Physician?qlastname=Z">Z</a>
36100
36101      </div>
36102
36103                                    </div>
36104
36105                                </div>
36106
36107                            </div>
36108
36109                        </div>
36110
36111                        <div class="boxmore">
36112
36113                            <a id="dnn_ctr780_ViewPhysicianFinding_lnkPhyscianSearch"
…   href="http://www.boone.org/Find-A-Physician">
36114
36115                                More Search Options <span
…   class="icon-arrow-right-generic"></span></span>
36116
36117                            </a>
36118
36119                        </div>
36120
```

Page 973

```
36121                        </div>
36122
36123                    </div>
36124
36125                </div>
36126
36127            </div>
36128
36129
36130
36131
36132
36133
36134
36135        <script type="text/javascript">
36136
36137            function btnSearch_OnClientClicking(sender, eventArgs) {
36138
36139                cboName = $find(cboNameID);
36140
36141                cboSpecialty = $find(cboSpecialtyID);
36142
36143                cboInsurance = $find(cboInsuranceID);
36144
36145                cboLanguage = $find(cboLanguageID);
36146
36147                cboGender = $find(cboGenderID);
36148
36149                cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
36150
36151                txtZipCode = $find(txtZipCodeID);
36152
36153
36154
36155                var name = cboName.get_text();
36156
36157                var specialty = cboSpecialty.get_text();
36158
36159                var insurance = cboInsurance.get_text();
36160
36161                var language = cboLanguage.get_text();
36162
36163                var gender = cboGender.get_text();
36164
36165                var locatedWithin = cboDoctorLocatedWithin.get_text();
36166
36167                var zipCode = txtZipCode.get_value();
36168
36169
36170
36171                // if (name == 'Enter a physician last name'
36172
36173                //       && specialty == '- None selected -'
36174
36175                //       && insurance == '- None selected -'
36176
36177                //       && language == '- None selected -'
36178
36179                //       && gender == '- None selected -'
36180
36181                //       && zipCode == '')
36182
36183                // {
36184
36185                //       alert('Please select a criteria to search.');
36186
36187                //       eventArgs.set_cancel(true);
36188
```

Page 974

```
36189                    //   return;
36190
36191            //   }
36192
36193
36194
36195            if (zipCode != "" && locatedWithin != "") {
36196
36197                PhysicianSearch.geocodingAddress(zipCode, function (results) {
36198
36199                    //console.log(results)
36200
36201                    $(txtHidLatID).val(results[0].geometry.location.lat())
36202
36203                    $(txtHidLngID).val(results[0].geometry.location.lng())
36204
36205                    // Trigger Search
36206
36207                    eval(btnSearchHandler)
36208
36209                });
36210
36211
36212
36213                eventArgs.set_cancel(true);
36214
36215            }
36216
36217
36218
36219        }
36220
36221
36222
36223        function radPhysicianSearchBox_ClientClicked(sender, e) {
36224
36225            var keyCode = e.get_keyCode();
36226
36227            if (keyCode == 13) // Enter
36228
36229            {
36230
36231                sender.blur();
36232
36233                PhysicianSearch.searchByPhysicianName();
36234
36235            }
36236
36237            return false;
36238
36239        }
36240
36241    </script>
36242
36243
36244
36245
36246
36247 <script type="text/javascript"
    … src="/DesktopModules/PhysicianFinding/js/jquery.clipboard.js"></script>
36248
36249 <script type="text/javascript"
    … src="/DesktopModules/PhysicianFinding/js/search_input.js"></script>
36250
36251
36252
36253 <script type="text/javascript">
36254
```

```
36255       var PhysicianSearchBaseUrl = "http://www.boone.org/Find-A-Physician";
36256
36257       var FacilityFilterPosition = '1';
36258
36259
36260
36261       $(function () {
36262
36263           PhysicianSearch.pageLoad(PhysicianSearchBaseUrl, FacilityFilterPosition);
36264
36265       });
36266
36267   </script>
36268
36269   </div><!-- End_Module_780 --></div>
36270
36271   </div></div></div>
36272
36273                       </div>
36274
36275                       <!-- Left Bottom Pane -->
36276
36277                       <div class="news-events">
36278
36279                           <div id="dnn_RightBottomPane" class="h_RightBottomPane">
36280
36281                           <div class="DnnModule DnnModule-LiveTabs DnnModule-591"><a
        name="591"></a>
36282
36283
36284
36285   <div class="newsEventsTabsContainer">
36286
36287       <div id="dnn_ctr591_ContentPane"><!-- Start_Module_591 --><div
        id="dnn_ctr591_ModuleContent" class="DNNModuleContent ModLiveTabsC">
36288
36289       <div id="TWLiveTabsWrapper591" class="livetabsdefault mtop">
36290
36291           <div id="LiveTabsWrapper591" class="mtop" style="width:100%;display:none">
36292
36293               <div id="a-tab-panel" class="mtop ui-tabs-hide">
36294
36295
36296
36297               </div><ul class="mtop">
36298
36299                   <li id="LI-lt-5911-news" class="mtop"><a name="lt-5911-news"
        href="#lt-5911-news">News</a></li><li id="LI-lt-5912-events" class="mtop"><a
        name="lt-5912-events" href="#lt-5912-events">Events</a></li>
36300
36301               </ul><div id="lt-5911-news" class="mtop">
36302
36303                   <div id="dnn_ctr591_View_ctl00_ctl00_LiveTabsiMod1974"><div
        class="DnnModule DnnModule-EasyDNNnews DnnModule-1974"><a name="1974"></a>
36304
36305   <table cellpadding="0" cellspacing="0" summary="Module Design Table" width="98%">
36306
36307     <tr>
36308
36309       <td id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ContentPane">
36310
36311
36312
36313       <!-- Start_Module_1974 --><div
        id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ModuleContent" class="DNNModuleContent
        ModEasyDNNnewsC">
36314
36315
```

```
36316
36317  <script type="text/javascript">
36318
36319      /*<![CDATA[*/
36320
36321      ;
36322
36323      ;
36324
36325      ;
36326
36327      ;
36328
36329      ;
36330
36331      eds1_8(function () {window.eds = new EasyDnnSolutions({google: {mapsApiKey:
     …  ''}});});;;
36332
36333
36334
36335      eds1_8(function ($) {
36336
36337          if (typeof edn_fluidvids != 'undefined')
36338
36339              edn_fluidvids.init({
36340
36341                  selector: ['.edn_fluidVideo iframe'],
36342
36343                  players: ['www.youtube.com', 'player.vimeo.com']
36344
36345              });
36346
36347          ;
36348
36349
36350
36351      });
36352
36353      /*]]>*/
36354
36355  </script>
36356
36357
36358
36359
36360
36361
36362
36363  <div id="EDN_Boone" class="news eds_subCollection_news eds_news_Boone
     …  eds_template_List_Article_what_new eds_templateGroup_newsListDefault
     …  eds_styleSwitchCriteria_module_1974">
36364
36365
36366
36367
36368
36369
36370
36371
36372
36373      <div
     …  id="dnn_ctr591_View_ctl00_ctl00_ctr1974_ViewEasyDNNNewsMain_ctl00_pnlListArticles">
36374
36375
36376
36377
36378
36379
```

```
36380
36381        <!--ArticleRepeat:Before:-->
36382
36383  <div class="edn_1974_article_list_wrapper"><!--ArticleTemplate-->
36384
36385  <div class="article in_list span homenews">
36386
36387      <div class="content">
36388
36389          <table>
36390
36391              <tr>
36392
36393                  <td class="leftCol">
36394
36395
36396
36397                          <a class="article_image"
…   href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1549/A-satisfying-
…   summertime-supper" target="_self"><img alt="A satisfying summertime supper"
…   src="/Portals/0/EasyDNNNews/1549/150150p1974EDNthumbRecipe-intro.png" style="width:
…   100%; padding-right: 10px" /></a>
36398
36399
36400
36401
36402
36403                  </td>
36404
36405                  <td class="rightCol">
36406
36407                      <h1><a
…   href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1549/A-satisfying-
…   summertime-supper" target="_self">A satisfying summertime supper</a></h1>
36408
36409                      <h2 class="edn_subTitle"></h2>
36410
36411                      <div class="summary">
36412
36413                          <p>WELLAWARE registered dietitian Kelsie Knerr shares a
…   home-tested, healthy and delicious recipe for grilled chicken and salad with lemon
…   hummus dressing. </p>
36414
36415                      </div>
36416
36417                  </td>
36418
36419              </tr>
36420
36421
36422
36423          </table>
36424
36425      </div>
36426
36427
36428
36429  </div>
36430
36431  <!--ArticleTemplate-->
36432
36433  <div class="article in_list span homenews">
36434
36435      <div class="content">
36436
36437          <table>
36438
36439              <tr>
```

```
                        <td class="leftCol">




                            <a class="article_image"
href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1547/Small-Things-
Make-a-Big-Difference" target="_self"><img alt="Small Things Make a Big Difference"
src="/Portals/0/EasyDNNNews/1547/150150p1974EDNthumb1547Pesto.png" style="width:
100%; padding-right: 10px" /></a>





                        </td>

                        <td class="rightCol">

                            <h1><a
href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1547/Small-Things-
Make-a-Big-Difference" target="_self">Small Things Make a Big Difference</a></h1>

                            <h2 class="edn_subTitle"></h2>

                            <div class="summary">

                                <p>WELLAWARE registered dietitian Kelsie Knerr shares
the impact a basil plant has made on her life -- and a recipe for pesto! </p>

                            </div>

                        </td>

                    </tr>



                </table>

            </div>




</div>

<!--ArticleTemplate-->

<div class="article in_list span homenews">

    <div class="content">

        <table>

            <tr>

                <td class="leftCol">




                            <a class="article_image"
href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1546/Family-meals-
make-vacation-memorable" target="_self"><img alt="Family meals make vacation
memorable"
src="/Portals/0/EasyDNNNews/1546/150150p1974EDNthumb1546Cashew-Chicken.png"
style="width: 100%; padding-right: 10px" /></a>


```

Page 979

```
36496
36497
36498
36499                        </td>
36500
36501                        <td class="rightCol">
36502
36503                            <h1><a
...  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1546/Family-meals-
...  make-vacation-memorable" target="_self">Family meals make vacation memorable</a></h1>
36504
36505                            <h2 class="edn_subTitle"></h2>
36506
36507                            <div class="summary">
36508
36509                                <p>Boone Hospital WELLAWARE dietitian Kelsie Knerr loves
...  cooking with her family while on vacation. It brings families together, encourages
...  healthy eating and can save you money. Try her cashew chicken recipe tonight!</p>
36510
36511                            </div>
36512
36513                        </td>
36514
36515                    </tr>
36516
36517
36518
36519            </table>
36520
36521        </div>
36522
36523
36524
36525 </div>
36526
36527 <!--ArticleTemplate-->
36528
36529 <div class="article in_list span homenews">
36530
36531    <div class="content">
36532
36533        <table>
36534
36535            <tr>
36536
36537                <td class="leftCol">
36538
36539
36540
36541                            <a class="article_image"
...  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1545/Protein-Power
...  " target="_self"><img alt="Protein Power"
...  src="/Portals/0/EasyDNNNews/1545/150150p1974EDNthumbScreen-Shot-2016-06-22-at-9.12.22
...  -AM.png" style="width: 100%; padding-right: 10px" /></a>
36542
36543
36544
36545
36546
36547                    </td>
36548
36549                        <td class="rightCol">
36550
36551                            <h1><a
...  href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1545/Protein-Power
...  " target="_self">Protein Power</a></h1>
36552
36553                            <h2 class="edn_subTitle"></h2>
```

```
36554
36555                         <div class="summary">
36556
36557                            <span class="s2">W</span>e hear a lot about protein these
 …   days, and protein can be found in all kinds of ways at the supermarket. Protein is a
 …   vital nutrient, but how important is it? 
36558
36559                         </div>
36560
36561                      </td>
36562
36563                   </tr>
36564
36565
36566
36567            </table>
36568
36569         </div>
36570
36571
36572
36573   </div>
36574
36575   <!--ArticleTemplate-->
36576
36577   <div class="article in_list span homenews">
36578
36579      <div class="content">
36580
36581         <table>
36582
36583            <tr>
36584
36585               <td class="leftCol">
36586
36587
36588
36589                         <a class="article_image"
 …   href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1544/Heart-Disease
 …   -In-Women" target="_self"><img alt="Heart Disease In Women"
 …   src="/Portals/0/EasyDNNNews/1544/150150p1974EDNthumbScreen-Shot-2016-06-14-at-10.53.
 …   29-AM.png" style="width: 100%; padding-right: 10px" /></a>
36590
36591
36592
36593
36594
36595               </td>
36596
36597               <td class="rightCol">
36598
36599                     <h1><a
 …   href="http://www.boone.org/MyBooneHealth-Blog/ArtMID/788/ArticleID/1544/Heart-Disease
 …   -In-Women" target="_self">Heart Disease In Women</a></h1>
36600
36601                     <h2 class="edn_subTitle">Women tend to experience different
 …   symptoms of coronary heart disease and heart attacks than men.</h2>
36602
36603                     <div class="summary">
36604
36605                        <span class="s2">I</span>n the movies, men get heart attacks,
 …   women get their hearts broken. But reality is harsher &mdash; according to the
 …   American Heart Association, 1 in 3 women in the United States die of cardiovascular
 …   disease and stroke each year. (By comparison, 1 in 31 American women die annually of
 …   breast cancer.)
36606
36607                     </div>
36608
```

```
                              </td>

                    </tr>


            </table>

        </div>


</div>

</div><!--ArticleRepeat:After:-->









                            </div>













</div>

























                    </div><!-- End_Module_1974 --></td>



    </tr>

</table></div></div>

                </div><div id="lt-5912-events" class="mtop">

                        <div id="dnn_ctr591_View_ctl00_ctl01_LiveTabsiMod1975"><div
class="DnnModule DnnModule-EasyDNNnews DnnModule-1975"><a name="1975"></a>
```

```
<table cellpadding="0" cellspacing="0" summary="Module Design Table" width="98%">

  <tr>

    <td id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ContentPane">


    <!-- Start_Module_1975 --><div
id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ModuleContent" class="DNNModuleContent
ModEasyDNNnewsC">



<script type="text/javascript">

    /*<![CDATA[*/

    ;

    ;

    ;

    ;

    ;

    ;


    eds1_8(function ($) {

        if (typeof edn_fluidvids != 'undefined')

            edn_fluidvids.init({

                selector: ['.edn_fluidVideo iframe'],

                players: ['www.youtube.com', 'player.vimeo.com']

            });

        ;


    });

    /*]]>*/

</script>




<div id="EDN_Boone" class="news eds_subCollection_news eds_news_Boone
eds_template_List_Article_UpComingEvents eds_styleSwitchCriteria_module_1975">
```

```
        <div
id="dnn_ctr591_View_ctl00_ctl01_ctr1975_ViewEasyDNNNewsMain_ctl00_pnlListArticles">




        <!--ArticleRepeat:Before:-->

<div class="edn_1975_article_list_wrapper"><!--ArticleTemplate-->

<div class="article upcoming">

    <div class="content">

        <table>

            <tr>

                <td valign="top">

                    <div class="date_box">



                        <p class="day">

                            1</p>

                        <p class="month">

                            Aug</p>

                        <p class="year">

                            2016</p>



                    </div>

                </td>

                <td valign="top">

                    <div class="titleSummary">

                        <div class="title">

                            <a
href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1395/8116-Better
-Beginnings-with-Breastfeeding" target="_self">8/1/16 - Better Beginnings with
Breastfeeding</a>
                        </div>

                        <div class="subtitle">


                        </div>
```

```
36805                                     <div class="summary">
36806
36807                         <p>Breastfeeding benefits you and your baby. While
 …   breastfeeding is natural, it is also a learned skill. This class provides
 …   breastfeeding education, support and guidance.</p>
36808
36809                             </div>
36810
36811                         </div>
36812
36813                     </td>
36814
36815                 </tr>
36816
36817             </table>
36818
36819         </div>
36820
36821         <!--<div class="meta_text">Wednesday, October 29, 2014<span
 …   class="separator">/</span>Author: <a
 …   href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
 …   P</a><span class="separator">/</span>Number of views (146)<span
 …   class="separator">/</span>Comments (0)<span class="separator">/</span> Article
 …   rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
 …   data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
 …   ></div></div>
36822
36823         <div class="box_list_container clear_bottom">Categories: <a
 …   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
 …   CategoryName/Events">Events</a><a
 …   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
 …   CategoryName/Birthplace">Birthplace</a></div>
36824
36825         <div class="box_list_container">Tags: </div>-->
36826
36827 </div>
36828
36829 <!--ArticleTemplate-->
36830
36831 <div class="article upcoming">
36832
36833     <div class="content">
36834
36835         <table>
36836
36837             <tr>
36838
36839                 <td valign="top">
36840
36841                     <div class="date_box">
36842
36843
36844
36845                         <p class="day">
36846
36847                             2</p>
36848
36849                         <p class="month">
36850
36851                             Aug</p>
36852
36853                         <p class="year">
36854
36855                             2016</p>
36856
36857
36858
36859                     </div>
```

```
36860
36861                    </td>
36862
36863              <td valign="top">
36864
36865                  <div class="titleSummary">
36866
36867                      <div class="title">
36868
36869                          <a
     href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1431/evr/1/
     Prepared-Childbirth-Classes-Series-8" target="_self">Prepared Childbirth Classes -
     Series 8</a>
36870
36871                      </div>
36872
36873                      <div class="subtitle">
36874
36875
36876
36877                      </div>
36878
36879                      <div class="summary">
36880
36881                          <p>This four-week course provides detailed childbirth
     preparation and individual attention in an environment that encourages discussion and
     questions. Topics include physical and emotional changes of pregnancy, labor and
     birth, cesarean birth, pain management, postpartum and newborn care, massage,
     breathing awareness and relaxation training.</p>
36882
36883                      </div>
36884
36885                  </div>
36886
36887              </td>
36888
36889          </tr>
36890
36891      </table>
36892
36893  </div>
36894
36895  <!--<div class="meta_text">Wednesday, August 26, 2015<span
     class="separator">/</span>Author: <a
     href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
     P</a><span class="separator">/</span>Number of views (277)<span
     class="separator">/</span>Comments (0)<span class="separator">/</span> Article
     rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
     data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
     ></div></div>
36896
36897      <div class="box_list_container clear_bottom">Categories: <a
     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
     CategoryName/Events">Events</a><a
     href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
     CategoryName/Birthplace">Birthplace</a></div>
36898
36899      <div class="box_list_container">Tags: </div>-->
36900
36901  </div>
36902
36903  <!--ArticleTemplate-->
36904
36905  <div class="article upcoming">
36906
36907      <div class="content">
36908
36909          <table>
```

```
36910
36911              <tr>
36912
36913                  <td valign="top">
36914
36915                      <div class="date_box">
36916
36917
36918
36919                          <p class="day">
36920
36921                              6</p>
36922
36923                          <p class="month">
36924
36925                              Aug</p>
36926
36927                          <p class="year">
36928
36929                              2016</p>
36930
36931
36932
36933                      </div>
36934
36935                  </td>
36936
36937                  <td valign="top">
36938
36939                      <div class="titleSummary">
36940
36941                          <div class="title">
36942
36943                              <a
…   href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1467/Weight-Loss
…   -Seminar-8616" target="_self">Weight Loss Seminar - 8/6/16</a>
36944
36945                          </div>
36946
36947                          <div class="subtitle">
36948
36949
36950
36951                          </div>
36952
36953                          <div class="summary">
36954
36955                              <p>Boone Hospital Center offers a comprehensive and
…   multi-disciplinary Weight Loss Surgery Program. All interested weight loss surgery
…   candidates are required to attend a seminar before proceeding or consulting with a
…   surgeon.</p>
36956
36957                          </div>
36958
36959                      </div>
36960
36961                  </td>
36962
36963              </tr>
36964
36965          </table>
36966
36967      </div>
36968
36969      <!--<div class="meta_text">Wednesday, January 14, 2015<span
…   class="separator">/</span>Author: <a
…   href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
…   P</a><span class="separator">/</span>Number of views (219)<span
```

```
36969…    class="separator"></span>Comment (0)<span class="separator"></span> Article
    …    rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
    …    data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
    …    ></div></div>
36970
36971        <div class="box_list_container clear_bottom">Categories: <a
    …    href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
    …    CategoryName/Events">Events</a><a
    …    href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/8/
    …    CategoryName/Weight-Loss-Surgery">Weight Loss Surgery</a></div>
36972
36973        <div class="box_list_container">Tags: </div>-->
36974
36975    </div>
36976
36977    <!--ArticleTemplate-->
36978
36979    <div class="article upcoming">
36980
36981        <div class="content">
36982
36983            <table>
36984
36985                <tr>
36986
36987                    <td valign="top">
36988
36989                        <div class="date_box">
36990
36991
36992
36993                            <p class="day">
36994
36995                                8</p>
36996
36997                            <p class="month">
36998
36999                                Aug</p>
37000
37001                            <p class="year">
37002
37003                                2016</p>
37004
37005
37006
37007                        </div>
37008
37009                    </td>
37010
37011                    <td valign="top">
37012
37013                        <div class="titleSummary">
37014
37015                            <div class="title">
37016
37017                                <a
    …    href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1416/8816-Infant
    …    -Safety-CPR-Class" target="_self">8/8/16 - Infant Safety & CPR Class</a>
37018
37019                            </div>
37020
37021                            <div class="subtitle">
37022
37023
37024
37025                            </div>
37026
37027                            <div class="summary">
```

```
37028
37029                        This two-hour class provides CPR instruction from
…   instructors certified by the American Heart Association and covers infant safety,
…   preparing for emergencies and basic parenting information. 
37030
37031                              </div>
37032
37033                          </div>
37034
37035                      </td>
37036
37037                  </tr>
37038
37039              </table>
37040
37041          </div>
37042
37043          <!--<div class="meta_text">Thursday, January 15, 2015<span
…   class="separator">/</span>Author: <a
…   href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
…   P</a><span class="separator">/</span>Number of views (128)<span
…   class="separator">/</span>Comments (0)<span class="separator">/</span> Article
…   rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
…   data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
…   ></div></div>
37044
37045          <div class="box_list_container clear_bottom">Categories: <a
…   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
…   CategoryName/Events">Events</a><a
…   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
…   CategoryName/Birthplace">Birthplace</a></div>
37046
37047          <div class="box_list_container">Tags: </div>-->
37048
37049  </div>
37050
37051  <!--ArticleTemplate-->
37052
37053  <div class="article upcoming">
37054
37055      <div class="content">
37056
37057          <table>
37058
37059              <tr>
37060
37061                  <td valign="top">
37062
37063                      <div class="date_box">
37064
37065
37066
37067                          <p class="day">
37068
37069                              9</p>
37070
37071                          <p class="month">
37072
37073                              Aug</p>
37074
37075                          <p class="year">
37076
37077                              2016</p>
37078
37079
37080
37081                      </div>
37082
```

```
37083                        </td>
37084
37085                    <td valign="top">
37086
37087                        <div class="titleSummary">
37088
37089                            <div class="title">
37090
37091                                <a
 …   href="http://www.boone.org/Events/Event-Details/ArtMID/746/ArticleID/1431/evr/2/
 …   Prepared-Childbirth-Classes-Series-8" target="_self">Prepared Childbirth Classes -
 …   Series 8</a>
37092
37093                            </div>
37094
37095                            <div class="subtitle">
37096
37097
37098
37099                            </div>
37100
37101                            <div class="summary">
37102
37103                                <p>This four-week course provides detailed childbirth
 …   preparation and individual attention in an environment that encourages discussion and
 …   questions. Topics include physical and emotional changes of pregnancy, labor and
 …   birth, cesarean birth, pain management, postpartum and newborn care, massage,
 …   breathing awareness and relaxation training.</p>
37104
37105                            </div>
37106
37107                        </div>
37108
37109                    </td>
37110
37111                </tr>
37112
37113            </table>
37114
37115        </div>
37116
37117        <!--<div class="meta_text">Wednesday, August 26, 2015<span
 …   class="separator">/</span>Author: <a
 …   href="http://www.boone.org/Home/PID/1975/authorid/7/AuthorName/Jessica-P">Jessica
 …   P</a><span class="separator">/</span>Number of views (277)<span
 …   class="separator">/</span>Comments (0)<span class="separator">/</span> Article
 …   rating: No rating <div class="EDN_article_rateit rateit" step="1" data-rateit-min="0"
 …   data-rateit-max="5" data-rateit-readonly="true" data-rateit-value="No rating"
 …   ></div></div>
37118
37119        <div class="box_list_container clear_bottom">Categories: <a
 …   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/3/
 …   CategoryName/Events">Events</a><a
 …   href="http://www.boone.org/Events/Event-Details/PID/746/ev/2/evl/0/CategoryID/4/
 …   CategoryName/Birthplace">Birthplace</a></div>
37120
37121        <div class="box_list_container">Tags: </div>-->
37122
37123 </div>
37124
37125 </div><!--ArticleRepeat:After:-->
37126
37127
37128
37129
37130
37131
37132
```

```
37133
37134
37135                    </div>
37136
37137
37138
37139
37140
37141
37142
37143
37144
37145
37146
37147 </div>
37148
37149
37150
37151
37152
37153
37154
37155
37156
37157
37158
37159
37160
37161
37162
37163
37164
37165                    </div><!-- End_Module_1975 --></td>
37166
37167
37168
37169    </tr>
37170
37171 </table></div></div>
37172
37173                    </div>
37174
37175            </div>
37176
37177        </div>
37178
37179 </div><!-- End_Module_591 --></div>
37180
37181 </div>
37182
37183
37184
37185 <script type="text/javascript">
37186
37187     $(function () {
37188
37189         /* FOR NEWS TABS */
37190
37191         var $newsCollectionContainer =
37191 $(".eds_news_Boone.eds_template_List_Article_what_new");
37192
37193
37194
37195         // Append "continue" link to the end of each article summary
37196
37197         var $articleSummaryInList = $newsCollectionContainer.find(".article.in_list >
37197 .content .summary");
37198
```

```
37199            $articleSummaryInList.each(function () {
37200
37201                var $articleTitleInList = $(this).closest(".article.in_list").find("h1 >
…    a");
37202
37203                $(this).append("<a class='continue' href='" +
…    $articleTitleInList.attr("href") + "'>continue</a>");
37204
37205                //$articleTitleInList.removeAttr("href");
37206
37207            });
37208
37209
37210
37211        // Append "More News" link to the end of article list table
37212
37213        $newsCollectionContainer.append("<a class='more-news'
…    href='/MyBooneHealth-Blog'>More News</a>");
37214
37215
37216
37217
37218
37219        /* FOR EVENTS TABS */
37220
37221        var $eventsCollectionContainer =
…    $("#EDN_Boone.eds_template_List_Article_UpComingEvents");
37222
37223
37224
37225        // Append "continue" link to the end of each article summary
37226
37227        var $eventSummaryInList = $eventsCollectionContainer.find(".article.upcoming
>    .content .summary");
37228
37229        $eventSummaryInList.each(function () {
37230
37231            var $eventTitleInList =
…    $(this).closest(".article.upcoming").find(".content .title a");
37232
37233                $(this).append("<a class='continue' href='" +
…    $eventTitleInList.attr("href") + "'>continue</a>");
37234
37235                //$eventTitleInList.removeAttr("href");
37236
37237            });
37238
37239
37240
37241        // Append "More Events" link to the end of event list table
37242
37243        $eventsCollectionContainer.append("<a class='more-events' href='/Events'>More
…    Events</a>");
37244
37245    });
37246
37247 </script></div></div>
37248
37249                    </div>
37250
37251                </div>
37252
37253                <!-- Left Pane -->
37254
37255                <div class="col-md-4 col-sm-12 col-xs-12 h_leftPane">
37256
37257                    <!-- Left Top Pane -->
37258
```

```
37259                          <div class="col-md-12 col-sm-6 col-xs-12 quickLinks">
37260
37261                              <div id="dnn_LeftTopPane" class="h_LeftTopPane">
37262
37263                              <div class="DnnModule DnnModule-DNN_HTML DnnModule-776"><a
      name="776"></a><div id="dnn_ctr776_ContentPane" class="empty"><!-- Start_Module_776
      --><div id="dnn_ctr776_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
37264
37265      <div id="dnn_ctr776_HtmlModule_lblContent" class="Normal">
37266
37267      <ul class="relatedNav">
37268      <li class="header">QUICK LINKS</li>
37269      <li><a href="/Patients-Visitors/Bill-Pay-Registration">Your Account</a></li>
37270      <li><a href="/Patients-Visitors/Maps-Directions-Parking">Maps and
      Locations</a></li>
37271      <li><a href="/Patients-Visitors/Send-an-eCard/eCards">E-Card</a></li>
37272      <li><a href="https://mybjc.org/patient/welcome.htm" target="_blank">myBJC
      Access</a></li>
37273      <li><a href="http://www.formstack.com/forms/?1012074-nQQIMnxM01"
      target="_blank">Share Your Story</a></li>
37274      <li><a href="/Careers/Apply-Now">Search Careers</a></li>
37275      </ul>
37276
37277      </div>
37278
37279
37280
37281      </div><!-- End_Module_776 --></div>
37282
37283      </div></div>
37284
37285                              </div>
37286
37287                              <!-- Left Bottom Pane -->
37288
37289                              <div class="col-md-12 col-sm-6 col-xs-12 health-info">
37290
37291                                  <div id="dnn_LeftBottomPane" class="h_LeftBottomPane">
37292
37293                                  <div class="DnnModule DnnModule-DNN_HTML DnnModule-586"><a
      name="586"></a><div id="dnn_ctr586_ContentPane" class="empty"><!-- Start_Module_586
      --><br />
37294      <br /><div id="dnn_ctr586_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
37295
37296      <div id="dnn_ctr586_HtmlModule_lblContent" class="Normal">
37297
37298      <img alt="" src="/portals/0/Content/Images/find-health-information.png" />
37299
37300      </div>
37301
37302
37303
37304      </div><!-- End_Module_586 --></div>
37305
37306      </div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-584"><a
      name="584"></a>
37307
37308
37309
37310      <div class="healthLibraryContainer">
37311
37312          <div id="dnn_ctr584_ContentPane"><!-- Start_Module_584 --><div
      id="dnn_ctr584_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">
37313
37314          <div id="dnn_ctr584_View_divContainer" class="healthNews">
37315
37316
37317
```

```
37318
37319
37320
37321
37322
37323
37324
37325
37326
37327
37328
37329
37330
37331
37332
37333
37334
37335
37336
37337
37338
37339
37340
37341
37342
37343
37344
37345
37346
37347
37348
37349
37350
37351
37352
37353
37354            <div class="encyclopedia-alpha-list alpha-list">
37355
37356                <div class="hl_top">
37357
37358                    <div class="alphabeth floatLeft">
37359
37360                        <span class="header2">Search Disease/Condition by first
…      letter</span>
37361
37362                        <div id="dnn_ctr584_View_panelEncyclopediaAlphaList">
37363
37364            <ul><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=A">A</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=B">B</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=C">C</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=D">D</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=E">E</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=F">F</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=G">G</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=H">H</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=I">I</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=J">J</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=K">K</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=L">L</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=M">M</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=N">N</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=O">O</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=P">P</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Q">Q</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=R">R</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=S">S</a></li><li><a
…      href="http://www.boone.org/Health-Library/Encyclopedia?alpha=T">T</a></li><li><a
```

Page 994

```
37364…  href="http://www.boone.org/Health-Library/Encyclopedia?alpha-U">U</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=V">V</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=W">W</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=X">X</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Y">Y</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia?alpha=Z">Z</a></li><li><a
   …    href="http://www.boone.org/Health-Library/Encyclopedia">ALL</a></li></ul>
37365
37366       </div>
37367
37368                     <div class="clear"></div>
37369
37370               </div>
37371
37372           </div>
37373
37374       </div>
37375
37376
37377
37378
37379
37380
37381
37382
37383
37384
37385
37386
37387
37388
37389
37390
37391
37392
37393
37394
37395
37396  </div>
37397
37398
37399
37400  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
   …    rel="stylesheet" />
37401
37402  <link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
   …    rel="stylesheet" />
37403
37404
37405
37406  <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
37407
37408  <script type="text/javascript"
   …    src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>
37409
37410
37411
37412  <script type="text/javascript">
37413
37414       $(function () {
37415
37416           var $container = $('.healthNews');
37417
37418
37419
37420           var displayMode = 'EncyclopediaAlphaList';
37421
```

```
                switch (displayMode) {

                    case 'ListByTopic':

                        $container.find('.rtIn.content').each(function () {

                            var title = $(this).attr('title');

                            if (typeof title !== 'undefined' && title !== 'undefined') {

                                $(this).after('<div class="blurb" style="padding: 0px 0px 0px
15px;">' + title + '</div>');

                                $(this).attr('title', '');

                            }

                        });

                        break;

                    case 'HealthNewsTicker':

                        // start the ticker

                        var options = {

                            titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',

                            displayType: "fade"

                        };


                        $('#js-news').ticker(options);

                        break;

                }

        });

</script>

</div><!-- End_Module_584 --></div>

</div></div><div class="DnnModule DnnModule-HealthNewsFeed DnnModule-585"><a
name="585"></a>



<div class="healthLibraryContainer">

    <div id="dnn_ctr585_ContentPane"><!-- Start_Module_585 --><div
id="dnn_ctr585_ModuleContent" class="DNNModuleContent ModHealthNewsFeedC">

    <div id="dnn_ctr585_View_divContainer" class="healthNews">
```

```
        <div class="searchBox">


                <span class="header2">Search health topic by keyword</span>

                <span id="dnn_ctr585_View_txtSearchBox_wrapper" class="riSingle RadInput
RadInput_Default" style="width:160px;"><input id="dnn_ctr585_View_txtSearchBox"
name="dnn$ctr585$View$txtSearchBox" size="20" class="riTextBox riEnabled txt-search"
type="text" value="" /><input id="dnn_ctr585_View_txtSearchBox_ClientState"
name="dnn_ctr585_View_txtSearchBox_ClientState" type="hidden" /></span>

                <a class="btn-search" href="javascript:showHLSearchResult()"></a>


                <script type="text/javascript">

                    var searchResultBaseUrl =
'http://www.boone.org/Health-Library/Search-Results';

                </script>

        </div>
```

```
</div>


<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/ticker-style.css"
rel="stylesheet" />
<link type="text/css" href="/DesktopModules/HealthNewsFeed/css/mobile.css"
rel="stylesheet" />


<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/jquery.ticker.js"></script>
<script type="text/javascript"
src="/DesktopModules/HealthNewsFeed/js/healthnewsfeed.js"></script>


<script type="text/javascript">

    $(function () {

        var $container = $('.healthNews');



        var displayMode = 'SearchBox';

        switch (displayMode) {

            case 'ListByTopic':

                $container.find('.rtIn.content').each(function () {

                    var title = $(this).attr('title');

                    if (typeof title !== 'undefined' && title !== 'undefined') {

                        $(this).after('<div class="blurb" style="padding: 0px 0px 0px
15px;">' + title + '</div>');

                        $(this).attr('title', '');

                    }

                });

                break;

            case 'HealthNewsTicker':

                // start the ticker

                var options = {

                    titleText: "Health News: <span class='date-string'>" + new
Date().format("MM.dd.yyyy") + '</span>',

                    displayType: "fade"
```

```
                        };



                        $('#js-news').ticker(options);

                        break;

                }

        });

</script>

</div><br/><!-- End_Module_585 --></div>

</div></div></div>

                            </div>

                    </div>

                </div>

            </div>

        </div>



        <!-- Footer -->




<!-- Footer -->

<!-- Social Media -->

<div class="row7 socialRow hidden-xs gradient">

    <div class="container">

        <div class="row">

            <div class="col-md-12">

                <div class="socialWrap">

                    <div>

                        <div class="socialCol">

                            <a href="https://www.facebook.com/Boonehospitalcenter"
target="_blank"><span class="hidden-xs icon-fb"></span></a>

                        </div>

                        <div class="socialCol">

                            <a href="https://twitter.com/boonehospital"
target="_blank"><span class="hidden-xs icon-twitter"></span></a>

                        </div>

                        <div class="socialCol">
```

```
37677
37678                          <a href="https://www.youtube.com/user/BooneHospital"
…     target="_blank"><span class="hidden-xs icon-youtube"></span></a>
37679
37680                              </div>
37681
37682                          </div>
37683
37684                      </div>
37685
37686                  </div>
37687
37688              </div>
37689
37690          </div>
37691
37692 </div>
37693
37694
37695
37696
37697
37698 <!-- Phone -->
37699
37700 <div class="row9 footerRow1">
37701
37702      <div class="container">
37703
37704          <div class="row">
37705
37706              <div class="col-md-6 col-sm-6">
37707
37708                  <div class="appointNum">
37709
37710                      <span>Find a doctor or make an appointment: </span>
37711
37712                      <a href="tel:5738156400" class="tel">573.815.6400
37713
37714                      </a>
37715
37716                  </div>
37717
37718              </div>
37719
37720              <div class="col-md-6 col-sm-6">
37721
37722                  <div class="genInfoNum"><span>General Information: </span><span><a
…     href="tel:5738158000" class="tel">573.815.8000</a></span></div>
37723
37724              </div>
37725
37726          </div>
37727
37728      </div>
37729
37730 </div>
37731
37732 <!-- Row 10 Footer 2 -->
37733
37734 <div class="row10 footerRow2">
37735
37736      <div class="container">
37737
37738          <div class="row">
37739
37740              <div class="box-group footerGroup">
37741
37742                  <div class="footerWrap">
```

```
37743
37744                          <div class="box-heading footerBar visible-xs">
37745
37746                              <h4 class="box-title"><a href="#fPanel1"><span
      class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
    … </a></h4>
37747
37748                          </div>
37749
37750                          <div class="box" id="fPanel1">
37751
37752                              <div class="boxcontent">
37753
37754                                  <ul>
37755
37756                                      <li class="hidden-xs">
37757
37758                                          <h5><a href="/About-Us">About Us</a></h5>
37759
37760                                      </li>
37761
37762                                      <li><a href="/About-Us">General Information</a></li>
37763
37764                                      <li><a href="/About-Us/A-History-of-Boone">A History
    … of Boone</a></li>
37765
37766                                      <li><a href="/About-Us/Board-of-Trustees">Board of
    … Trustees</a></li>
37767
37768                                      <li><a href="/About-Us/Trophy-Case">Trophy
    … Case</a></li>
37769
37770                                      <li><a href="/About-Us/About-Columbia-Missouri">About
    … Columbia</a></li>
37771
37772                                      <li><a href="/About-Us">more</a></li>
37773
37774                                  </ul>
37775
37776                              </div>
37777
37778                          </div>
37779
37780                      </div>
37781
37782                  </div>
37783
37784
37785
37786              <div class="box-group footerGroup">
37787
37788                  <div class="footerWrap">
37789
37790                      <div class="box-heading footerBar visible-xs">
37791
37792                          <h4 class="box-title"><a href="#fPanel2"><span
      class="barspan">Our Services</span><span class="baricon
    … icon-accordion-closed"></span> </a></h4>
37793
37794                      </div>
37795
37796                      <div class="box" id="fPanel2">
37797
37798                          <div class="boxcontent">
37799
37800                              <ul>
37801
37802                                  <li class="hidden-xs">
```

```
37803
37804                                    <h5><a href="/Our-Services"
 …    class="our-service">Our Services</a></h5>
37805
37806                                    </li>
37807
37808                                    <li><a
 …    href="/Our-Services/Stewart-Cancer-Center">Cancer</a></li>
37809
37810                                    <li><a
 …    href="/Our-Services/Cardiology-Cardiothoracic-Services">Heart</a></li>
37811
37812                                    <li><a
 …    href="/Our-Services/Neurology">Neurology</a></li>
37813
37814                                    <li><a
 …    href="/Our-Services/Orthopedics">Orthopedics</a></li>
37815
37816                                    <li><a
 …    href="/Our-Services/Boone-Family-Birthplace">Women and Children</a></li>
37817
37818                                    <li><a href="/Our-Services">more</a></li>
37819
37820                                </ul>
37821
37822                            </div>
37823
37824                        </div>
37825
37826                    </div>
37827
37828                </div>
37829
37830
37831
37832            <div class="box-group footerGroup">
37833
37834                <div class="footerWrap">
37835
37836                    <div class="box-heading footerBar visible-xs">
37837
37838                        <h4 class="box-title"><a href="#fPanel3"><span
 …    class="barspan">Patients & Visitors</span><span class="baricon
 …    icon-accordion-closed"></span> </a></h4>
37839
37840                    </div>
37841
37842                    <div class="box" id="fPanel3">
37843
37844                        <div class="boxcontent">
37845
37846                            <ul>
37847
37848                                <li class="hidden-xs">
37849
37850                                    <h5><a href="/Patients-Visitors"
 …    class="patient-visitor">Patients & Visitors</a></h5>
37851
37852                                    </li>
37853
37854                                    <li><a
 …    href="/Patients-Visitors/Patients-Guide">Patients Guide</a></li>
37855
37856                                    <li><a
 …    href="/Patients-Visitors/Visitors-Guide">Visitors Guide</a></li>
37857
37858                                    <li><a
 …    href="/Patients-Visitors/Bill-Pay-Registration">Pay My Bill</a></li>
```

```
37859
37860                               <li><a
…    href="/Patients-Visitors/Maps-Directions-Parking">Maps and Directions</a></li>
37861
37862                               <li><a
…    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
…    " target="_blank">Patient Financial Assistance</a></li>
37863
37864                               <li><a href="/Patients-Visitors">more</a></li>
37865
37866                           </ul>
37867
37868                       </div>
37869
37870                   </div>
37871
37872               </div>
37873
37874           </div>
37875
37876
37877
37878           <div class="box-group footerGroup">
37879
37880               <div class="footerWrap">
37881
37882                   <div class="box-heading footerBar visible-xs">
37883
37884                       <h4 class="box-title"><a href="#fPanel4"><span
…    class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
…    </a></h4>
37885
37886                   </div>
37887
37888                   <div class="box" id="fPanel4">
37889
37890                       <div class="boxcontent">
37891
37892                           <ul>
37893
37894                               <li class="hidden-xs">
37895
37896                                   <h5><a href="/Careers">Careers</a></h5>
37897
37898                               </li>
37899
37900                               <li><a href="/Careers/Apply-Now">Apply Now</a></li>
37901
37902                               <li><a
…    href="/Careers/Join-Us-BJC-Talent-Network">Join Us: BJC Talent Network</a></li>
37903
37904                               <li><a href="/Careers/Employee-of-the-Month">Employee
…    of the Month</a></li>
37905
37906                               <li><a href="/Careers/BHC-Staff">BHC Staff</a></li>
37907
37908                               <li><a href="/Physicians">For Providers</a></li>
37909
37910                               <li><a href="/Careers">more</a></li>
37911
37912                           </ul>
37913
37914                       </div>
37915
37916                   </div>
37917
37918               </div>
37919
```

```
37920                    </div>
37921
37922
37923
37924              <div class="box-group footerGroup">
37925
37926                  <div class="footerWrap">
37927
37928                      <div class="box-heading footerBar visible-xs">
37929
37930                          <h4 class="box-title"><a href="#fPanel5"><span
    …  class="barspan">Foundation</span><span class="baricon icon-accordion-closed"></span>
    …  </a></h4>
37931
37932                      </div>
37933
37934                      <div class="box" id="Div1">
37935
37936                          <div class="boxcontent">
37937
37938                              <ul>
37939
37940                                  <li class="hidden-xs">
37941
37942                                      <h5><a href="/Foundation">Foundation</a></h5>
37943
37944                                  </li>
37945
37946                                  <li><a href="/Foundation/Our-Story">Our
    …  Story</a></li>
37947
37948                                  <li><a href="/Foundation/What-a-Donation-Can-Do">What
    …  a donation can do</a></li>
37949
37950                                  <li><a href="/Foundation/Ways-to-Give">Ways to
    …  Give</a></li>
37951
37952                                  <li><a href="/Foundation">more</a></li>
37953
37954                              </ul>
37955
37956                          </div>
37957
37958                      </div>
37959
37960                  </div>
37961
37962              </div>
37963
37964          </div>
37965
37966      </div>
37967
37968  </div>
37969
37970  <!-- Footer Logo & copyright -->
37971
37972  <div class="row12 copyRow">
37973
37974      <div class="container gradient">
37975
37976          <div class="footerLogoWrap clearfix">
37977
37978              <div class="col-md-4 col-sm-4 col-xs-12 bjcLogo">
37979
37980                  <a href="http://www.bjc.org/" target="_blank">
37981
37982                      <img alt="" width="197" height="55"
```

```
37982…        src="/Portals/0/Skins/Boone/images/bjcLogo.png"></a>
37983
37984                </div>
37985
37986                <div class="col-md-4 col-sm-4 col-xs-12 booneCenterLogo">
37987
37988                    <a href="/">
37989
37990                        <img alt=""
   …    src="/Portals/0/Skins/Boone/images/booneHospital.png"></a>
37991
37992                </div>
37993
37994                <div class="col-md-4 col-sm-4 col-xs-12 myBooneHealthLogo">
37995
37996                    <a href="/MyBooneHealth-Blog">
37997
37998                        <img alt=""
   …    src="/Portals/0/Skins/Boone/images/booneHealth.png"></a>
37999
38000                </div>
38001
38002            </div>
38003
38004            <div class="copyrightWrap">
38005
38006                <div class="copyrightSection">
38007
38008                    <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
   …    class="copyRight">Copyright © 2016 , Boone Hospital Center</span>
38009
38010
38011
38012                    <br />
38013
38014                    <span class="address">1600 E. Broadway, Columbia, MO 65201 </span>
38015
38016                    <br />
38017
38018                    <span>telephone: 573.815.8000</span><br />
38019
38020                    <div class="bottomLinks">
38021
38022                        <span><a href="/">Home</a></span> <span
   …    class="separator">|</span> <span><a href="/map">Site Map</a></span>
38023
38024                        <span class="separator">|</span> <span><a
   …    href="/Contact-Us">Contact Us</a></span>
38025
38026                        <span class="separator">|</span> <span><a
   …    href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
   …    target="_blank">Patient Privacy</a></span>
38027
38028                        <span class="separator">|</span> <span><a
   …    href="/The-Joint-Commission">The Joint Commission</a></span>
38029
38030                        <span class="separator">|</span> <span><a
   …    href="/Disclaimer">Disclaimer</a></span>
38031
38032
38033
38034                    </div>
38035
38036                </div>
38037
38038            </div>
38039
38040
```

```
38041        </div>
38042
38043
38044  </div>
38045
38046
38047
38048  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
…      Top</span><span class="icon-arrow-back_to_top"></span></a>
38049
38050
38051
38052  </div>
38053
38054
38055
38056
38057
38058
38059
38060  <!--CDF(Css|/Portals/0/Skins/Boone/css/bootstrap.css?cdv=137)-->
38061
38062  <!--CDF(Css|/Portals/0/Skins/Boone/css/bootstrap-theme.css?cdv=137)-->
38063
38064  <!--CDF(Css|/Portals/0/Skins/Boone/css/all.css?cdv=137)-->
38065
38066  <!--CDF(Css|/Portals/0/Skins/Boone/css/desktop.css?cdv=137)-->
38067
38068  <!--CDF(Css|/Portals/0/Skins/Boone/css/tablet.css?cdv=137)-->
38069
38070  <!--CDF(Css|/Portals/0/Skins/Boone/css/mobile.css?cdv=137)-->
38071
38072  <!--CDF(Javascript|/Portals/0/Skins/Boone/js/bootstrap.js?cdv=137)-->
38073
38074  <!--CDF(Javascript|/Portals/0/Skins/Boone/js/global.js?cdv=137)-->
38075
38076
38077
38078
38079
38080
38081
38082
38083
38084          <input name="ScrollTop" type="hidden" id="ScrollTop" />
38085
38086          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
…      autocomplete="off"
…      value="`{`__scdoff`:`1`,`sf_siteRoot`:`/`,`sf_tabId`:`55`,`SearchIconWebUrl`:`url(/
…      icons/Sigma/GoogleSearch_16X16_Standard.png)`,`SearchIconSiteUrl`:`url(/icons/Sigma/
…      DnnSearch_16X16_Standard.png)`,`SearchIconSelected`:`S`}" />
38087
38088          <input name="__RequestVerificationToken" type="hidden"
…      value="
…      7lcxaCZvkhM2uEzBJs9RgCBCmKCP_TQmkamFC8JXwK1Mr2UXoaxNCVi0rP2UQqVWnHns3kpbgh7rP6TeNMh3-
…      9PQcU7uyc4pmxxqii2Du7v3UrI00n8Itmp3TVk1" /><script
…      src="/Resources/Search/Search.js?cdv=137" type="text/javascript"></script>
38089
38090
38091
38092  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
…      ></script>
38093
38094  <script type="text/javascript">
38095
38096  //<![CDATA[
38097
38098  ;(function() {
```

```
38099
38100                    function loadHandler() {
38101
38102                         var hf = $get('StylesheetManager_TSSM');
38103
38104                         if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
      ''; }
38105
38106                         hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
      Culture=neutral,
      PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
      c73cf106';
38107
38108                         Sys.Application.remove_load(loadHandler);
38109
38110                    };
38111
38112                    Sys.Application.add_load(loadHandler);
38113
38114                })();//]]>
38115
38116 </script>
38117
38118 <script
      src="/WebResource.axd?d=xKRmCHeu16hMXi_dmRYMgQ9HNr-7vz5t5AhRk6DxlQYMn-
      rZ4DlnQC0jTcFyoW_1PKQXq91oNApje6zpRHMz3-
      zLvD3cd2r1FLFIXe2nDSK7wIV1qQWMexDxmpnUnhRZi38IInbxsd8cCQiVl88ptrup2el8BLvEedaiYK1P-
      xIiG3E32f0Ynley46M1&t=635421310536360814" type="text/javascript"></script>
38119
38120 <script type="text/javascript">
38121
38122 //<![CDATA[
38123
38124 jQuery(document).ready(function(){ jQuery(window).bind('hashchange', function (){
      if(window.location.hash.indexOf(591) >= 0) { var $window = jQuery(window); var myTop
      = jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop();
      var windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
      windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
      -150}}); }}); }); }function CallSelf(Selector) { var LTElement = jQuery('li[id*=' +
      Selector + ']').parent().closest('div[id^="lt-"]').attr("id"); var LAElement =
      jQuery('div[id*=' + Selector + ']').parent().closest('div[id="la-"]').attr("id"); if
      (typeof(LTElement) != 'undefined') { jQuery('a[name=' + LTElement + ']').click();
      CallSelf(LTElement); } else if (typeof(LAElement) != 'undefined'){ jQuery('a[name=' +
      LAElement + ']').click(); CallSelf(LAElement); }};
38125 LttoggleClick = function(ModuleId, TabId) {
38126 var wrapper =jQuery('#LiveTabsWrapper' + ModuleId);
38127 if (wrapper.find('.ReviewComment'+ModuleId + TabId).is(":hidden")) {
38128 wrapper.find('.ReviewComment'+ModuleId + TabId).slideDown('slow');
38129 wrapper.find('.toggle'+ModuleId + TabId).addClass('close');}
38130 else {
38131 wrapper.find('.ReviewComment'+ModuleId + TabId).slideUp('slow');
38132 wrapper.find('.toggle'+ModuleId + TabId).removeClass('close');}
38133 };if (typeof(jQuery("#LiveTabsWrapper591").tabs) == 'undefined') {
      jQuery.getScript('/WebResource.axd?d=PLrPWY0tquq__xv-
      eMX1cxWeFGUydaJQRuIiLhmE0ehnro67b546T7CxqmQDAw3Ff8AqxEi8ugkKACYaLxUBAM2e6LN233RybVJDT
      3HtTJ5J2usfCFsZLlP43t4B06xkdFssL9NH9Z6JH4aLstmjVCcr_8M1&t=635421310534430704',
      function(){
      jQuery.getScript('/WebResource.axd?d=EbI1xDvxaiyQ2Q1yym1POsRehnSy90E1u17-
      eAMvLi6nknwVFYUHNcsDlMg9BYASLTQGG2XD0rwnxUgG7RqfuYeQ-RdBAJOBtYxMoF1--
      sPbj5zmzBtPPMWPRnkMK6myTI-DrBEq51fT9IMoEmAcNKvLbkyTY97ZCbhd6Q2&t=
      635421310534430704', function(){
      jQuery.getScript('/WebResource.axd?d=
      9UkDeT2jR0HApvly3MBKpdxq1qA7FAzwsXcS4MdHz_qD0i65_WVABEf9cyG1dzh0_J63RJtnDS34mWf60CtFM
      eEZjINvsVO5QjsOLiViA56Q61aK8GoSKKtOSOTB3vqkhohf6UQxgbECDQ6F7Jbcvimv4Dq8YolB9q3AxQ2&t=
      635421310534430704', function(){ jQuery(function()
      {jQuery('#LiveTabsWrapper591').tabs({create:function(event, ui) { var LTLaunchLink =
      window.location.hash.indexOf('#591', 0); var LTOldLaunchLink =
      window.location.hash.indexOf('#LiveTabsContent', 0);if (LTLaunchLink > -1) {
```

```
38133   LTLaunchLink = 'lt-' + window.location.hash.replace('#', ''); CallSelf(LTLaunchLink);
        SelectTab591(LTLaunchLink);var $window = jQuery(window); var myTop =
        jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop(); var
        windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
        windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
        -150}});}else if(LTOldLaunchLink > -1) { LTLaunchLink = 'lt-' +
        window.location.hash.replace('#LiveTabsContent', ''); CallSelf(LTLaunchLink);
        SelectTab591(LTLaunchLink);} },select:function(event, ui) { if(ui.tab == undefined &&
        ui.newTab != undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href');
        if (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
        }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
        LiveTabsWrapper591tabsindex=ui.index;
38134
38135   if(LiveTabsWrapper591tabsindex == undefined){
38136
38137   LiveTabsWrapper591tabsindex=ui.newTab.index();}
38138
38139   jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
        true; },beforeActivate:function(event, ui) { if(ui.tab == undefined && ui.newTab !=
        undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href'); if
        (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
        }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
        LiveTabsWrapper591tabsindex=ui.index;
38140
38141   if(LiveTabsWrapper591tabsindex == undefined){
38142
38143   LiveTabsWrapper591tabsindex=ui.newTab.index();}
38144
38145   jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
        true; }});});}); }); }) } else { jQuery(function()
        {jQuery('#LiveTabsWrapper591').tabs({create:function(event, ui) { var LTLaunchLink =
        window.location.hash.indexOf('#591', 0); var LTOldLaunchLink =
        window.location.hash.indexOf('#LiveTabsContent', 0);if (LTLaunchLink > -1) {
        LTLaunchLink = 'lt-' + window.location.hash.replace('#', ''); CallSelf(LTLaunchLink);
        SelectTab591(LTLaunchLink);var $window = jQuery(window); var myTop =
        jQuery('#LiveTabsWrapper591').offset().top; var windowTop = $window.scrollTop(); var
        windowBottom = windowTop + $window.height(); if (myTop > windowTop && myTop <
        windowBottom) {} else jQuery.scrollTo('#LiveTabsWrapper591',1500, {offset: {top:
        -150}});}else if(LTOldLaunchLink > -1) { LTLaunchLink = 'lt-' +
        window.location.hash.replace('#LiveTabsContent', ''); CallSelf(LTLaunchLink);
        SelectTab591(LTLaunchLink);} },select:function(event, ui) { if(ui.tab == undefined &&
        ui.newTab != undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href');
        if (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
        }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
        LiveTabsWrapper591tabsindex=ui.index;
38146
38147   if(LiveTabsWrapper591tabsindex == undefined){
38148
38149   LiveTabsWrapper591tabsindex=ui.newTab.index();}
38150
38151   jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
        true; },beforeActivate:function(event, ui) { if(ui.tab == undefined && ui.newTab !=
        undefined) {var tabhref= jQuery(ui.newTab).children('a').attr('href'); if
        (tabhref.indexOf('#lt-') >= 0) window.location.hash = tabhref.replace('lt-', '');
        }else {window.location.hash = ui.tab.hash.replace('lt-', '');}var
        LiveTabsWrapper591tabsindex=ui.index;
38152
38153   if(LiveTabsWrapper591tabsindex == undefined){
38154
38155   LiveTabsWrapper591tabsindex=ui.newTab.index();}
38156
38157   jQuery('#LiveTabsWrapper591_SelectedIndex').val(LiveTabsWrapper591tabsindex);return
        true; }});}); }Sys.Application.add_init(function() {
38158
38159        $create(Telerik.Web.UI.RadTextBox,
        {"_displayText":"Search","_focused":false,"_initialValueAsText":"","
        _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr780$
        ViewPhysicianFinding$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
```

```
38159… 0)","_skin":"Default","_validationText":"","clientStateFieldID":"
   … dnn_ctr780_ViewPhysicianFinding_txtSearchBox_ClientState","emptyMessage":"Search","
   … enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover form-control
   … searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError form-control
   … searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled form-control
   … searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused form-control
   … searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty form-control
   … searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead form-control
   … searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled form-control
   … searchInput"]}}, {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
   … $get("dnn_ctr780_ViewPhysicianFinding_txtSearchBox"));

38160
38161 });

38162
38163 Sys.Application.add_init(function() {

38164
38165     $create(Telerik.Web.UI.RadTextBox,
   … {"_displayText":"","_focused":false,"_initialValueAsText":"","
   … _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr585$View$
   … txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
   … 0)","_skin":"Default","_validationText":"","clientStateFieldID":"
   … dnn_ctr585_View_txtSearchBox_ClientState","enabled":true,"styles":{HoveredStyle:
   … ["width:160px;", "riTextBox riHover txt-search"],InvalidStyle: ["width:160px;",
   … "riTextBox riError txt-search"],DisabledStyle: ["width:160px;", "riTextBox riDisabled
   … txt-search"],FocusedStyle: ["width:160px;", "riTextBox riFocused
   … txt-search"],EmptyMessageStyle: ["width:160px;", "riTextBox riEmpty
   … txt-search"],ReadOnlyStyle: ["width:160px;", "riTextBox riRead
   … txt-search"],EnabledStyle: ["width:160px;", "riTextBox riEnabled txt-search"]}},
   … {"keyPress":radSearchBox_ClientClicked}, null, $get("dnn_ctr585_View_txtSearchBox"));

38166
38167 });

38168
38169 //]]>

38170
38171 </script>

38172
38173 </form>

38174
38175
38176
38177
38178
38179 </body>

38180
38181 </html>
38182 *************************************************
38183 The following data is from cancer_net-20160909-js__9-fd_js.txt
38184 *************************************************
38185 /*! http://mths.be/placeholder v2.0.8 by @mathias */
38186 ;(function(window, document, $) {

38187
38188     // Opera Mini v7 doesnâ€™t support placeholder although its DOM seems to indicate
   … so
38189     var isOperaMini = Object.prototype.toString.call(window.operamini) == '[object
   … OperaMini]';
38190     var isInputSupported = 'placeholder' in document.createElement('input') &&
   … !isOperaMini;
38191     var isTextareaSupported = 'placeholder' in document.createElement('textarea') &&
   … !isOperaMini;
38192     var prototype = $.fn;
38193     var valHooks = $.valHooks;
38194     var propHooks = $.propHooks;
38195     var hooks;
38196     var placeholder;

38197
38198     if (isInputSupported && isTextareaSupported) {

38199
38200         placeholder = prototype.placeholder = function() {
```

```
38201            return this;
38202        };
38203
38204        placeholder.input = placeholder.textarea = true;
38205
38206    } else {
38207
38208        placeholder = prototype.placeholder = function() {
38209            var $this = this;
38210            $this
38211                .filter((isInputSupported ? 'textarea' : ':input') + '[placeholder]')
38212                .not('.placeholder')
38213                .bind({
38214                    'focus.placeholder': clearPlaceholder,
38215                    'blur.placeholder': setPlaceholder
38216                })
38217                .data('placeholder-enabled', true)
38218                .trigger('blur.placeholder');
38219            return $this;
38220        };
38221
38222        placeholder.input = isInputSupported;
38223        placeholder.textarea = isTextareaSupported;
38224
38225        hooks = {
38226            'get': function(element) {
38227                var $element = $(element);
38228
38229                var $passwordInput = $element.data('placeholder-password');
38230                if ($passwordInput) {
38231                    return $passwordInput[0].value;
38232                }
38233
38234                return $element.data('placeholder-enabled') &&
$element.hasClass('placeholder') ? '' : element.value;
38235            },
38236            'set': function(element, value) {
38237                var $element = $(element);
38238
38239                var $passwordInput = $element.data('placeholder-password');
38240                if ($passwordInput) {
38241                    return $passwordInput[0].value = value;
38242                }
38243
38244                if (!$element.data('placeholder-enabled')) {
38245                    return element.value = value;
38246                }
38247                if (value == '') {
38248                    element.value = value;
38249                    // Issue #56: Setting the placeholder causes problems if the
element continues to have focus.
38250                    if (element != safeActiveElement()) {
38251                        // We can't use `triggerHandler` here because of dummy
text/password inputs :(
38252                        setPlaceholder.call(element);
38253                    }
38254                } else if ($element.hasClass('placeholder')) {
38255                    clearPlaceholder.call(element, true, value) || (element.value =
value);
38256                } else {
38257                    element.value = value;
38258                }
38259                // `set` can not return `undefined`; see
http://jsapi.info/jquery/1.7.1/val#L2363
38260                return $element;
38261            }
38262        };
38263
```

```
38264            if (!isInputSupported) {
38265                valHooks.input = hooks;
38266                propHooks.value = hooks;
38267            }
38268            if (!isTextareaSupported) {
38269                valHooks.textarea = hooks;
38270                propHooks.value = hooks;
38271            }
38272
38273            $(function() {
38274                // Look for forms
38275                $(document).delegate('form', 'submit.placeholder', function() {
38276                    // Clear the placeholder values so they don't get submitted
38277                    var $inputs = $('.placeholder', this).each(clearPlaceholder);
38278                    setTimeout(function() {
38279                        $inputs.each(setPlaceholder);
38280                    }, 10);
38281                });
38282            });
38283
38284            // Clear placeholder values upon page reload
38285            $(window).bind('beforeunload.placeholder', function() {
38286                $('.placeholder').each(function() {
38287                    this.value = '';
38288                });
38289            });
38290
38291        }
38292
38293        function args(elem) {
38294            // Return an object of element attributes
38295            var newAttrs = {};
38296            var rinlinejQuery = /^jQuery\d+$/;
38297            $.each(elem.attributes, function(i, attr) {
38298                if (attr.specified && !rinlinejQuery.test(attr.name)) {
38299                    newAttrs[attr.name] = attr.value;
38300                }
38301            });
38302            return newAttrs;
38303        }
38304
38305        function clearPlaceholder(event, value) {
38306            var input = this;
38307            var $input = $(input);
38308            if (input.value == $input.attr('placeholder') &&
…   $input.hasClass('placeholder')) {
38309                if ($input.data('placeholder-password')) {
38310                    $input = $input.hide().next().show().attr('id',
…   $input.removeAttr('id').data('placeholder-id'));
38311                    // If `clearPlaceholder` was called from `$.valHooks.input.set`
38312                    if (event === true) {
38313                        return $input[0].value = value;
38314                    }
38315                    $input.focus();
38316                } else {
38317                    input.value = '';
38318                    $input.removeClass('placeholder');
38319                    input == safeActiveElement() && input.select();
38320                }
38321            }
38322        }
38323
38324        function setPlaceholder() {
38325            var $replacement;
38326            var input = this;
38327            var $input = $(input);
38328            var id = this.id;
38329            if (input.value == '') {
```

Page 1011

```
38330                    if (input.type === 'password') {
38331                        if (!$input.data('placeholder-textinput')) {
38332                            try {
38333                                $replacement = $input.clone().attr({ 'type': 'text' });
38334                            } catch(e) {
38335                                $replacement = $('<input>').attr($.extend(args(this), {
       'type': 'text' }));
38336                            }
38337                            $replacement
38338                                .removeAttr('name')
38339                                .data({
38340                                    'placeholder-password': $input,
38341                                    'placeholder-id': id
38342                                })
38343                                .bind('focus.placeholder', clearPlaceholder);
38344                            $input
38345                                .data({
38346                                    'placeholder-textinput': $replacement,
38347                                    'placeholder-id': id
38348                                })
38349                                .before($replacement);
38350                        }
38351                        $input = $input.removeAttr('id').hide().prev().attr('id', id).show();
38352                        // Note: `$input[0] != input` now!
38353                    }
38354                    $input.addClass('placeholder');
38355                    $input[0].value = $input.attr('placeholder');
38356                } else {
38357                    $input.removeClass('placeholder');
38358                }
38359            }
38360
38361        function safeActiveElement() {
38362            // Avoid IE9 `document.activeElement` of death
38363            // https://github.com/mathiasbynens/jquery-placeholder/pull/99
38364            try {
38365                return document.activeElement;
38366            } catch (exception) {}
38367        }
38368
38369    }(this, document, jQuery));
38370    ;/**/
38371    /**
38372     * @file
38373     * A JavaScript file for the theme.
38374     */
38375
38376    (function ($, Drupal, window, document, undefined) {
38377
38378      /* Adjust flex-direction nav position based on height of current caption */
38379      Drupal.behaviors.flexsliderNavPosition = {
38380        attach: function (context, settings) {
38381          var isFront = $('.front', context).length;
38382
38383          if (isFront) {
38384            var $flexslider = $('.flexslider', context);
38385
38386            $flexslider.bind('after', function(e) {
38387              var target = $(e.target);
38388
38389              var flexslider = target.data('flexslider'),
38390                  $nav = $('.flex-direction-nav', $flexslider),
38391                  height = $('.flex-active-slide h1', $flexslider).outerHeight();
38392
38393              if (height) {
38394                $nav.css('bottom', height / 2 + 'px');
38395              }
38396            });
```

```
38397          }
38398        }
38399      };
38400
38401      /**
38402       * Mobile menu behavior
38403       */
38404      Drupal.behaviors.toggleMobileMenu = {
38405        attach: function(context, settings) {
38406          // Mobile menu activation
38407          $('#mobile-menu').bind("click", function(e) { $(this).toggleClass('active');
     $('.main-nav').toggleClass('dropdown'); e.preventDefault(); });
38408
38409          $('#mobile-menu, .menu').bind("keyup", function(e) {
38410            if (e.keyCode === 27) {
38411              $('#mobile-menu').removeClass('active');
38412              $('.main-nav').removeClass('dropdown');
38413              $('#mobile-menu').focus();
38414            }
38415          });
38416        }
38417      };
38418
38419
38420      /**
38421       * Placeholders
38422       */
38423      Drupal.behaviors.placeHolders = {
38424        attach: function(context, settings) {
38425          $('input, textarea', context).once('placeholders-processed', function() {
38426            $('input, textarea').placeholder();
38427          });
38428        }
38429      }
38430
38431
38432      /**
38433       * Blur selects after change
38434       */
38435
38436      Drupal.behaviors.selectBlur = {
38437        attach: function(context, settings) {
38438          $('select', context).once('selectblur-processed', function() {
38439            $('select').bind('change', function(e) {
38440              $(this).blur();
38441            });
38442          });
38443        }
38444      }
38445
38446
38447      /**
38448       * Search bar focus
38449       */
38450      Drupal.behaviors.toggleSearchActive = {
38451        attach: function(context, settings) {
38452          $('.region-section-bar .site-search', context).once('site-search-processed',
     function() {
38453            $('input[type=text]', this).focus(function () {
38454              $('.region-section-bar .site-search').addClass('active');
38455              $(this).attr('placeholder', '');
38456            }).focusout(function () {
38457              $('.region-section-bar .site-search').removeClass('active');
38458              $(this).attr('placeholder', 'Search the site');
38459            });
38460          });
38461
38462          $('.connect .site-search', context).once('site-search-processed', function() {
```

```
38463              $('input[type=text]', this).focus(function () {
38464                  $('.connect .site-search').addClass('active');
38465                  $(this).attr('placeholder', '');
38466              }).focusout(function () {
38467                  $('.connect .site-search').removeClass('active');
38468                  $(this).attr('placeholder', 'Search the site');
38469              });
38470          });
38471
38472          $('.region-content-footer .search-site',
    …  context).once('footer-site-search-processed', function() {
38473              $('input[type=text]', this).focus(function () {
38474                  $('.region-content-footer .search-site').addClass('active');
38475                  $(this).attr('placeholder', '');
38476              }).focusout(function () {
38477                  $('.region-content-footer .search-site').removeClass('active');
38478                  $(this).attr('placeholder', 'Search the site');
38479              });
38480          });
38481
38482          $('.pane-intro .search-site', context).once('home-site-search-processed',
    …  function() {
38483              $('input[type=text]', this).focus(function () {
38484                  $('.pane-intro .search-site').addClass('active');
38485                  $(this).attr('placeholder', '');
38486              }).focusout(function () {
38487                  $('.pane-intro .search-site').removeClass('active');
38488                  $(this).attr('placeholder', 'Search the site');
38489              });
38490          });
38491      }
38492  };
38493
38494  /**
38495   * Cancer type book taxonomy menu active trails
38496   */
38497  Drupal.behaviors.cancerTypeBookTrails = {
38498      attach: function(context, settings) {
38499          $('.view-book-menu-icons', context).once('book-menu-processed', function() {
38500              // Compare with each link's href
38501              $('a', this).each(function() {
38502                  var $this = $(this);
38503                  if($this[0]['pathname'] == window.location.pathname) {
38504                      $this.parents('.views-row').addClass('active-trail');
38505                      $this.attr('aria-label', 'Active Menu Item: ' + $this.text());
38506                  }
38507                  else {
38508                      $this.attr('aria-label', $this.text());
38509                  }
38510              });
38511          });
38512      }
38513  };
38514
38515  /**
38516   * Clickable boxes
38517   */
38518  Drupal.behaviors.clickableBoxes = {
38519      attach: function(context, settings) {
38520          var clickable_box_classes = [
38521              '.field-name-field-page-sub-pages .field-items .field-item article',  //
    …  Coping and Emotions
38522              '.view-blog .view-content .views-row', // Blog
38523              '.page-taxonomy-term article.node-blog-entry', // Blog taxonomy term page
38524              '.cancernet-videos .video-categories .views-row', // Videos page
38525          ];
38526          $(clickable_box_classes.join(', '), context).once('clickable-boxes-processed',
    …  function() {
```

```
38527          $(this).addClass('clickable');
38528          // Find the first href and go to that location on click
38529          $(this).click(function() {
38530              window.location = $('a[href]', this).attr('href');
38531          });
38532        });
38533      }
38534    };
38535
38536    Drupal.behaviors.fixIframeHeightForSplash = {
38537      attach: function(context, settings) {
38538          var iframe = $('.cboxIframe'),
38539              parent = $('#cboxLoadedContent'),
38540              colorbox = $('#colorbox'),
38541              body = $('body');
38542
38543          //iframe.width(parent.width());
38544          iframe.attr('height', parent.height() + "px");
38545          iframe.attr('width', parent.width() + "px");
38546          colorbox.css('z-index', '99999999');
38547          //console.log(colorbox.css("opacity"));
38548
38549          if (colorbox.css("opacity") == 1) {
38550              body.css('overflow-y', 'hidden');
38551              colorbox.click(function(){
38552                  body.css('overflow-y', 'visible');
38553              })
38554          }
38555          else if (colorbox.css('opacity') == 'undefined') {
38556              body.css('overflow-y', 'visible');
38557          }
38558      }
38559    };
38560
38561    Drupal.behaviors.iframeOnClick = {
38562      attach: function(context, settings) {
38563          var $icons = $('.icons', context),
38564              $fb_like_src = $('<iframe
   src="//www.facebook.com/plugins/like.php?href=https%3A%2F%2Fwww.facebook.com%
   2FCancerDotNet&amp;width=90&amp;height=21&amp;colorscheme=light&amp;layout=
   button_count&amp;action=like&amp;show_faces=false&amp;send=false" scrolling="no"
   frameborder="0" allowtransparency="true"></iframe>'),
38565              $twitter_tweet_src = $('<iframe id="twitter-widget-0" scrolling="no"
   frameborder="0" allowtransparency="true"
   src="http://platform.twitter.com/widgets/follow_button.1397165098.html#_=
   1398091392297&amp;id=twitter-widget-0&amp;lang=en&amp;screen_name=CancerDotNet&amp;
   show_count=false&amp;show_screen_name=false&amp;size=m" class="twitter-follow-button
   twitter-follow-button" title="Twitter Follow Button" data-twttr-rendered="true"
   style="width: 59px; height: 20px;"></iframe>');
38566
38567
38568          $icons.bind('click', function(e){
38569              var $iframe_src = '',
38570                  $this = $(this);
38571
38572              $this.addClass('active');
38573              if($this.parent().hasClass('facebook')){
38574                  $iframe_src = $fb_like_src;
38575              }
38576              else if ($this.parent().hasClass('twitter')) {
38577                  $iframe_src = $twitter_tweet_src;
38578              }
38579
38580              $this.next().addClass('opaque').append($iframe_src);
38581
38582              if(!$this.parent().hasClass('expanded')){
38583                  $this.parent().addClass('expanded');
38584                  e.preventDefault();
```

```
38585         }
38586
38587       });
38588
38589     }
38590   };
38591
38592   Drupal.behaviors.addAttrToNavigation = {
38593     attach: function(context, settings) {
38594
38595       var $menu = $('#mobile-menu', context);
38596
38597       $menu.attr('aria-expanded', false);
38598
38599       $menu.bind('click', function(){
38600         if(!$menu.hasClass('active')){
38601           $menu.attr('aria-expanded', false);
38602         }
38603         else if ($menu.hasClass('active')){
38604           $menu.attr('aria-expanded', true);
38605         }
38606       });
38607
38608
38609     }
38610   };
38611
38612   Drupal.behaviors.addAriaLabeltoControls = {
38613     attach: function(context, settings) {
38614       var $controlLeft  = $('a.flex-prev', context),
38615           $controlRight = $('a.flex-next', context);
38616
38617       $controlLeft.attr('aria-label', 'Slideshow Previous');
38618       $controlRight.attr('aria-label', 'Slideshow Next');
38619
38620     }
38621   };
38622
38623   /**
38624    * Fix the top menu when scrolling
38625    */
38626   $(window).scroll(function () {
38627     if ($(window).scrollTop() > 29) {
38628       $('.top').addClass('fixed');
38629     }
38630     if ($(window).scrollTop() < 30) {
38631       $('.top').removeClass('fixed');
38632     }
38633   });
38634
38635 })(jQuery, Drupal, this, this.document);
38636 ;/**/
38637 // (function ($, Drupal) {
38638 //
38639 //    Drupal.behaviors.ascoAnalytics = {
38640 //       attach: function (context, settings) {
38641 //
38642 //          //
38643 //          //  Navigation bar
38644 //          //
38645 //
38646 //          $('.top a, .content-wrap header a', context).click(function () {
38647 //            trackNavBarClick('Nav Top', $(this).text());
38648 //          });
38649 //
38650 //          $('footer a', context).click(function () {
38651 //            trackNavBarClick('Nav Bottom', $(this).text());
38652 //          });
```

```
38653  //
38654  //        function trackNavBarClick(location, name) {
38655  //            var s = s_gi(s_account);
38656  //            s.linkTrackVars =
 ...       'eVar45,eVar46,eVar48,eVar49,prop45,prop46,prop48,prop49,events';
38657  //            s.linkTrackEvents = 'event34';
38658  //            s.eVar45 = location;
38659  //            s.prop45 = location;
38660  //            s.eVar46 = name + ':' + location;
38661  //            s.prop46 = name + ':' + location;
38662  //            s.eVar48 = location;
38663  //            s.prop48 = location;
38664  //            s.eVar49 = name + ':' + s.pageName;
38665  //            s.prop49 = name + ':' + s.pageName;
38666  //            s.events = 'event34';
38667  //            s.tl(this, 'o', name);
38668  //        }
38669  //
38670  //        //
38671  //        //  AddThis
38672  //        //
38673  //        $('.addthis_toolbox a:not(.addthis_button_compact)', context).click(function
 ...     () {
38674  //            var s = s_gi(s_account);
38675  //            s.linkTrackVars = 'eVar37,eVar38,events';
38676  //            s.linkTrackEvents = 'event38';
38677  //            s.eVar38 = $(this).attr('title');
38678  //            s.eVar37 = s.pageName;
38679  //            s.events = 'event38';
38680  //            s.tl(this, 'o', $(this).attr('title'));
38681  //        });
38682  //
38683  //        //
38684  //        //  Header social media tracking
38685  //        //
38686  //
38687  //        $('.connect .service.facebook', context).click(function () {
38688  //            trackSocialMediaClick('event12', 'Facebook Icon Click');
38689  //        });
38690  //
38691  //        $('.connect .service.twitter', context).click(function () {
38692  //            trackSocialMediaClick('event13', 'Twitter Icon Click');
38693  //        });
38694  //
38695  //        $('.connect .service.youtube', context).click(function () {
38696  //            trackSocialMediaClick('event14', 'YouTube Icon Click');
38697  //        });
38698  //
38699  //        // Gplus button has flickr class
38700  //        $('.connect .service.flickr', context).click(function () {
38701  //            trackSocialMediaClick('event35', 'Google+ Icon Click');
38702  //        });
38703  //
38704  //        function trackSocialMediaClick(event, name) {
38705  //            var s = s_gi(s_account);
38706  //            s.dc = '122';
38707  //            s.linkTrackVars = 'events';
38708  //            s.linkTrackEvents = event;
38709  //            s.events = event;
38710  //            s.tl(jQuery(this), 'o', name);
38711  //        }
38712  //
38713  //        //
38714  //        //  PDF Download click tracking
38715  //        //
38716  //        $('.pdf-download', context).click(function () {
38717  //            var s = s_gi(s_account);
38718  //            s.linkTrackVars = 'prop7,prop8,eVar7,events';
```

Page 1017

```
38719  //          s.linkTrackEvent = 'event4';
38720  //          s.prop7 = s.pageName + '-printPDF';
38721  //          s.eVar7 = s.pageName + '-printPDF';
38722  //          s.prop8 = s.pageName;
38723  //          s.events = 'event4';
38724  //          s.tl(this, 'o', 'Download PDF');
38725  //        });
38726  //      }
38727  //    };
38728  //
38729  // })(jQuery, Drupal);
38730  ;/**/
38731  (function ($) {
38732    Drupal.behaviors.asco_eu_cookie_compliance_popup = {
38733      attach: function(context, settings) {
38734        $('html', context).once(function () {
38735          // If configured, check JSON callback to determine if in EU.
38736          if (Drupal.settings.asco_eu_cookie_compliance.popup_eu_only_js) {
38737            if (!Drupal.asco_eu_cookie_compliance.hasAgreed()) {
38738              var url = Drupal.settings.basePath + 'geoip.php';
38739              $.getJSON(url, function (data) {
38740                // If in the EU, show the compliance popup.
38741                if (data.in_eu) {
38742                  Drupal.asco_eu_cookie_compliance.execute();
38743                }
38744                // If not in EU, set an agreed cookie automatically.
38745                else {
38746                  Drupal.asco_eu_cookie_compliance.setStatus(2);
38747                }
38748              });
38749            }
38750          }
38751          // Otherwise, fallback to standard behavior which is to render the popup.
38752          else {
38753            Drupal.asco_eu_cookie_compliance.execute();
38754          }
38755        });
38756      }
38757    };
38758
38759    Drupal.asco_eu_cookie_compliance = {};
38760
38761    Drupal.asco_eu_cookie_compliance.execute = function() {
38762
   …   $('body').not('.sliding-popup-processed').addClass('sliding-popup-processed').each(
       function() {
38763        try {
38764          var enabled = Drupal.settings.asco_eu_cookie_compliance.popup_enabled;
38765          if(!enabled) {
38766            return;
38767          }
38768          if (!Drupal.asco_eu_cookie_compliance.cookiesEnabled()) {
38769            return;
38770          }
38771          var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
38772          var clicking_confirms =
   …   Drupal.settings.asco_eu_cookie_compliance.popup_clicking_confirmation;
38773          var agreed_enabled =
       Drupal.settings.asco_eu_cookie_compliance.popup_agreed_enabled;
38774          var popup_hide_agreed =
       Drupal.settings.asco_eu_cookie_compliance.popup_hide_agreed;
38775          if (status == 0) {
38776            var next_status = 1;
38777            if (clicking_confirms) {
38778              $('a, input[type=submit]').bind('click.asco_eu_cookie_compliance',
       function(){
38779                if(!agreed_enabled) {
38780                  Drupal.asco_eu_cookie_compliance.setStatus(1);
```

```
38781                next_status = 2;
38782              }
38783              Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
38784            });
38785          }
38786
38787          $('.agree-button').click(function(){
38788            if(!agreed_enabled) {
38789              Drupal.asco_eu_cookie_compliance.setStatus(1);
38790              next_status = 2;
38791            }
38792            Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
38793          });
38794
38795
…        Drupal.asco_eu_cookie_compliance.createPopup(Drupal.settings.
         asco_eu_cookie_compliance.popup_html_info);
38796        } else if(status == 1) {
38797
…        Drupal.asco_eu_cookie_compliance.createPopup(Drupal.settings.
         asco_eu_cookie_compliance.popup_html_agreed);
38798          if (popup_hide_agreed) {
38799            $('a,
…    input[type=submit]').bind('click.asco_eu_cookie_compliance_hideagreed', function(){
38800                Drupal.asco_eu_cookie_compliance.changeStatus(2);
38801            });
38802          }
38803
38804        } else {
38805          return;
38806        }
38807      }
38808      catch(e) {
38809        return;
38810      }
38811    });
38812  };
38813
38814  Drupal.asco_eu_cookie_compliance.createPopup = function(html) {
38815    var popup = $(html)
38816      .attr({"id": "sliding-popup"})
38817      .height(Drupal.settings.asco_eu_cookie_compliance.popup_height)
38818      .width(Drupal.settings.asco_eu_cookie_compliance.popup_width)
38819      .hide();
38820    if(Drupal.settings.asco_eu_cookie_compliance.popup_position) {
38821      popup.prependTo("body");
38822      var height = popup.height();
38823      popup.show()
38824        .attr({"class": "sliding-popup-top"})
38825        .css({"top": -1 * height})
38826        .animate({top: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay);
38827    } else {
38828      popup.appendTo("body");
38829      height = popup.height();
38830      popup.show()
38831        .attr({"class": "sliding-popup-bottom"})
38832        .css({"bottom": -1 * height})
38833        .animate({bottom: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay)
38834    }
38835    Drupal.asco_eu_cookie_compliance.attachEvents();
38836  }
38837
38838  Drupal.asco_eu_cookie_compliance.attachEvents = function() {
38839    var clicking_confirms =
…    Drupal.settings.asco_eu_cookie_compliance.popup_clicking_confirmation;
38840    var agreed_enabled =
…    Drupal.settings.asco_eu_cookie_compliance.popup_agreed_enabled;
38841      $('.find-more-button').click(function(){
```

```
38842          if (Drupal.settings.asco_eu_cookie_compliance.popup_link_new_window) {
38843            window.open(Drupal.settings.asco_eu_cookie_compliance.popup_link);
38844          }
38845          else{
38846            window.location.href = Drupal.settings.asco_eu_cookie_compliance.popup_link;
38847          }
38848        });
38849        $('.agree-button').click(function(){
38850          var next_status = 1;
38851          if(!agreed_enabled) {
38852            Drupal.asco_eu_cookie_compliance.setStatus(1);
38853            next_status = 2;
38854          }
38855          if (clicking_confirms) {
38856            $('a, input[type=submit]').unbind('click.asco_eu_cookie_compliance');
38857          }
38858          Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
38859        });
38860        $('.hide-popup-button').click(function(){
38861          Drupal.asco_eu_cookie_compliance.changeStatus(2);
38862        });
38863      }
38864
38865      Drupal.asco_eu_cookie_compliance.getCurrentStatus = function() {
38866        name = 'cookie-agreed-new';
38867        value = Drupal.asco_eu_cookie_compliance.getCookie(name);
38868        return value;
38869      }
38870
38871      Drupal.asco_eu_cookie_compliance.changeStatus = function(value) {
38872        var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
38873        if (status == value) return;
38874        if(Drupal.settings.asco_eu_cookie_compliance.popup_position) {
38875          $(".sliding-popup-top").animate({top: $("#sliding-popup").height() * -1},
…    Drupal.settings.asco_eu_cookie_compliance.popup_delay, function () {
38876            if(status == 0) {
38877
…    $("#sliding-popup").html(Drupal.settings.asco_eu_cookie_compliance.popup_html_agreed)
…    .animate({top: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay);
38878              Drupal.asco_eu_cookie_compliance.attachEvents();
38879            }
38880            if(status == 1) {
38881              $("#sliding-popup").remove();
38882            }
38883          })
38884        } else {
38885          $(".sliding-popup-bottom").animate({bottom: $("#sliding-popup").height() * -1},
…    Drupal.settings.asco_eu_cookie_compliance.popup_delay, function () {
38886            if(status == 0) {
38887
…    $("#sliding-popup").html(Drupal.settings.asco_eu_cookie_compliance.popup_html_agreed)
…    .animate({bottom: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay)
38888              Drupal.asco_eu_cookie_compliance.attachEvents();
38889            }
38890            if(status == 1) {
38891              $("#sliding-popup").remove();
38892            }
38893          ;})
38894        }
38895        Drupal.asco_eu_cookie_compliance.setStatus(value);
38896      }
38897
38898      Drupal.asco_eu_cookie_compliance.setStatus = function(status) {
38899        var date = new Date();
38900        date.setDate(date.getDate() + 100);
38901        var cookie = "cookie-agreed-new=" + status + ";expires=" + date.toUTCString() +
…    ";path=" + Drupal.settings.basePath;
38902        if(Drupal.settings.asco_eu_cookie_compliance.domain) {
```

```
38903        cookie += ";domain="+Drupal.settings.asco_eu_cookie_compliance.domain;
38904      }
38905      document.cookie = cookie;
38906    }
38907
38908    Drupal.asco_eu_cookie_compliance.hasAgreed = function() {
38909      var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
38910      if(status == 1 || status == 2) {
38911        return true;
38912      }
38913      return false;
38914    }
38915
38916
38917    /**
38918     * Verbatim copy of Drupal.comment.getCookie().
38919     */
38920    Drupal.asco_eu_cookie_compliance.getCookie = function(name) {
38921      var search = name + '=';
38922      var returnValue = '';
38923
38924      if (document.cookie.length > 0) {
38925        offset = document.cookie.indexOf(search);
38926        if (offset != -1) {
38927          offset += search.length;
38928          var end = document.cookie.indexOf(';', offset);
38929          if (end == -1) {
38930            end = document.cookie.length;
38931          }
38932          returnValue = decodeURIComponent(document.cookie.substring(offset,
…  end).replace(/\+/g, '%20'));
38933        }
38934      }
38935
38936      return returnValue;
38937    };
38938
38939    Drupal.asco_eu_cookie_compliance.cookiesEnabled = function() {
38940      var cookieEnabled = (navigator.cookieEnabled) ? true : false;
38941        if (typeof navigator.cookieEnabled == "undefined" && !cookieEnabled) {
38942          document.cookie="testcookie";
38943          cookieEnabled = (document.cookie.indexOf("testcookie") != -1) ? true : false;
38944        }
38945      return (cookieEnabled);
38946    }
38947
38948  })(jQuery);;/**/
38949  *************************************************
38950  The following data is from cancer_net-20160909-page_source.txt
38951  *************************************************
38952
38953  <!DOCTYPE html>
38954  <!--[if IEMobile 7]><html class="iem7"  lang="en" dir="ltr"><![endif]-->
38955  <!--[if lte IE 6]><html class="lt-ie10 lt-ie9 lt-ie8 lt-ie7"  lang="en"
…  dir="ltr"><![endif]-->
38956  <!--[if (IE 7)&(!IEMobile)]><html class="lt-ie10 lt-ie9 lt-ie8"  lang="en"
…  dir="ltr"><![endif]-->
38957  <!--[if IE 8]><html class="lt-ie10 lt-ie9"  lang="en" dir="ltr"><![endif]-->
38958  <!--[if IE 9]><html class="lt-ie10"  lang="en" dir="ltr" prefix="fb:
…  http://ogp.me/ns/fb# og: http://ogp.me/ns# article: http://ogp.me/ns/article# book:
…  http://ogp.me/ns/book# profile: http://ogp.me/ns/profile# video:
…  http://ogp.me/ns/video# product: http://ogp.me/ns/product#"<![endif]-->
38959  <!--[if (gt IE 9)|(gt IEMobile 7)]><!--><html  lang="en" dir="ltr" prefix="fb:
…  http://ogp.me/ns/fb# og: http://ogp.me/ns# article: http://ogp.me/ns/article# book:
…  http://ogp.me/ns/book# profile: http://ogp.me/ns/profile# video:
…  http://ogp.me/ns/video# product: http://ogp.me/ns/product#"><!--<![endif]-->
38960  <head>
38961    <!--[if IE]><![endif]-->
```

```
38962  <!--[if lt IE 9]><meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1" />
38963  <![endif]--><meta charset="utf-8" />
38964  <link rel="shortcut icon"
   …   href="http://www.cancer.net/sites/cancer.net/themes/cancernet2/favicon.ico" />
38965  <meta name="generator" content="Drupal 7 (http://drupal.org)" />
38966  <link rel="canonical" href="http://www.cancer.net/" />
38967  <link rel="shortlink" href="http://www.cancer.net/" />
38968  <meta property="og:site_name" content="Cancer.Net" />
38969  <meta property="og:type" content="website" />
38970  <meta property="og:url" content="http://www.cancer.net/" />
38971  <meta property="og:title" content="Cancer.Net" />
38972  <meta property="og:description" content="Oncologist-approved cancer information from
   …   the American Society of Clinical Oncology" />
38973  <meta property="og:image"
   …   content="http://www.cancer.net/sites/cancer.net/files/logo-sm2.png" />
38974    <title>Cancer.Net | Oncologist-approved cancer information from the American
   …   Society of Clinical Oncology</title>
38975
38976        <meta name="MobileOptimized" content="width">
38977      <meta name="HandheldFriendly" content="true">
38978      <meta name="viewport" content="width=device-width, initial-scale=1.0,
   …   maximum-scale=1.0, user-scalable=no />
38979      <meta content='IE=edge,chrome=1' http-equiv='X-UA-Compatible' />
38980    <meta http-equiv="cleartype" content="on">
38981
38982    <link rel="stylesheet"
   …   href="//www.cancer.net/sites/cancer.net/files/advagg_css/
   …   css__VocnKWVYdnZ18c3ySJfTZ63cZepjOELvH06UdzWgHmo__IpTpTfVbZr-
   …   TcnxOyaaE8tqYhxavxWzWPPCIMCgPeBo__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.css"
   …   media="all" />
38983  <link rel="stylesheet"
   …   href="//www.cancer.net/sites/cancer.net/files/advagg_css/
   …   css__a94wuqfCtJlLZvneV__mJYVnkKAil0U8sqSM4y4jkQw__mIAD2iPJ5n2HLqBtA41KIlG428RCVBzl8-
   …   fl0mvu1NA__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.css" media="all" />
38984  <style>#sliding-popup.sliding-popup-bottom{background:#fafafa;}#sliding-popup
   …   .popup-content #popup-text h2,#sliding-popup .popup-content #popup-text
   …   p{color:#000000 !important;}
38985  </style>
38986    <script
   …   src="//assets.adobedtm.com/08ea87c56daf75bfaf64ba3c376a9bb332787c3e/satelliteLib-
   …   c45c8bb08d0a0bb9dd4d8170708fc8ed2b4730ff.js"></script>
38987  <script src="//assets.kampyle.com/clients/2407282/k_config.js"></script>
38988  <script
   …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
   …   js__b7QPaMZmNt81UIdJJWiZ2skYhnTsmXSIAk_eCh-
   …   QHD4__eU7jHNgHUyl32ABoxtDh3ZIV1Av49ogqWX3wOmsVYiY__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u
   …   -e4T2CU7c.js"></script>
38989  <script
   …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
   …   js__D8JhA7_kSDkPf0ovet0jLBwhcWXPc-
   …   Iy1sc7DXowLIA__d8l1BjXvHTLyXg8HbfMPAVGIs9ekuLB0bNnI98j_8UY__VA9QVjdMnMmgtiWCnRloUfU2L
   …   4BUNp3x6u-e4T2CU7c.js"></script>
38990  <script
   …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
   …   js__lLLQPAZFwrvC3I_GV6gu4PUxCMP4WZu8BSeunf0RFqM__bF3WFJH7leMkBL8xNlcy0t-
   …   psInZUHH9uCQSu4P1bro__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
38991  <script
   …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
   …   js__4c9Vm14SAxrHyO_dTbDTGBqUQhCYQtgbsGW9OoKWqFQ__vmi3l6eeX4y-0Iq1F-
   …   2DBmSZgLYyMM4pKv_FWIOvAXg__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
38992  <script async="async"
   …   src="//admin.brightcove.com/js/BrightcoveExperiences.js"></script>
38993  <script>jQuery.extend(Drupal.settings,
   …   {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"cancernet2","theme_token":
   …   "rk8Y8SqsENKbVTofb00IGRvNm78IuFqaLPDNMX1xHhc","css":{"modules\/system\/system.base.
   …   css":1,"modules\/system\/system.menus.css":1,"modules\/system\/system.messages.css":1
   …   ,"modules\/system\/system.theme.css":1,"misc\/ui\/jquery.ui.core.css":1,"misc\/ui\/
   …   jquery.ui.theme.css":1,"misc\/ui\/jquery.ui.button.css":1,"misc\/ui\/jquery.ui.
```

restabase.css\/1\/misc\/ui\/jquery.ui.dialog.css":1,"sites\/all\/modules\/contrib\/
views_slideshow\/views_slideshow.css":1,"sites\/all\/libraries\/flexslider\/
flexslider.css":1,"sites\/all\/modules\/custom\/asco_profile\/css\/asco_profile.css":
1,"sites\/all\/modules\/custom\/asco_share_links\/css\/asco_share_links.css":1,"sites
\/all\/modules\/custom\/asco_sso\/sso.css":1,"modules\/book\/book.css":1,"modules\/
comment\/comment.css":1,"sites\/all\/modules\/contrib\/date\/date_api\/date.css":1,"
sites\/all\/modules\/contrib\/date\/date_popup\/themes\/datepicker.1.7.css":1,"
modules\/field\/theme\/field.css":1,"sites\/cancer.net\/modules\/contrib\/fitvids\/
fitvids.css":1,"sites\/all\/modules\/contrib\/flexslider\/assets\/css\/flexslider_img
.css":1,"sites\/all\/modules\/contrib\/mollom\/mollom.css":1,"modules\/node\/node.css
":1,"sites\/all\/modules\/contrib\/quiz\/quiz.css":1,"modules\/search\/search.css":1,
"modules\/user\/user.css":1,"sites\/all\/modules\/contrib\/views\/css\/views.css":1,"
sites\/all\/modules\/contrib\/colorbox\/styles\/default\/colorbox_style.css":1,"sites
\/all\/modules\/contrib\/ctools\/css\/ctools.css":1,"sites\/all\/modules\/contrib\/
panels\/css\/panels.css":1,"sites\/all\/modules\/contrib\/simple_dialog\/css\/
simple_dialog.css":1,"sites\/cancer.net\/modules\/contrib\/tagclouds\/tagclouds.css":
1,"sites\/all\/modules\/contrib\/BookMadeSimple\/book_made_simple.css":1,"sites\/
cancer.net\/modules\/contrib\/custom_search\/custom_search.css":1,"sites\/all\/
modules\/custom\/asco_eu_cookie_compliance\/css\/asco_eu_cookie_compliance.css":1,"
sites/cancer.net\/themes\/cancernet2\/system.menus.css":1,"sites\/cancer.net\/themes
\/cancernet2\/system.messages.css":1,"sites\/cancer.net\/themes\/cancernet2\/system.
theme.css":1,"sites\/cancer.net\/themes\/cancernet2\/css\/styles.css":1,"sites\/
cancer.net\/themes\/cancernet2\/css\/print.css":1,"0":1},"js":{"sites\/all\/modules\/
contrib\/admin_menu\/admin_devel\/admin_devel.js":1,"sites\/all\/modules\/custom\/
asco_account\/js\/account-menu.js":1,"sites\/all\/modules\/custom\/asco_sso\/sso.js":
1,"sites\/cancer.net\/modules\/contrib\/fitvids\/fitvids.js":1,"sites\/all\/modules\/
contrib\/authcache\/authcache.js":1,"misc\/jquery.cookie.js":1,"sites\/all\/libraries
\/colorbox\/jquery.colorbox-min.js":1,"sites\/all\/modules\/contrib\/colorbox\/js\/
colorbox.js":1,"sites\/all\/modules\/contrib\/colorbox\/styles\/default\/
colorbox_style.js":1,"sites\/all\/modules\/contrib\/simple_dialog\/js\/simple_dialog.
js":1,"sites\/all\/libraries\/jstorage\/jstorage.min.js":1,"sites\/cancer.net\/
modules\/contrib\/custom_search\/js\/custom_search.js":1,"misc\/collapse.js":1,"misc
\/form.js":1,"sites\/all\/modules\/contrib\/flexslider\/assets\/js\/flexslider.load.js
":1,"sites\/all\/modules\/contrib\/flexslider\/flexslider_views_slideshow\/js\/
flexslider_views_slideshow.js":1,"sites\/cancer.net\/themes\/cancernet2\/js\/jquery.
placeholder.js":1,"sites\/cancer.net\/themes\/cancernet2\/js\/analytics.js":1,"sites
\/cancer.net\/themes\/cancernet2\/js\/analytics.js":1,"sites\/all\/modules\/custom\/
asco_eu_cookie_compliance\/js\/asco_eu_cookie_compliance.js":1,"\/\/assets.adobedtm.
com\/708ea87c56daf75bfaf64ba3c376a9bb32d787c3e\/satelliteLib-
c45c8bb08d0a0bb9dd4d8170708fc8ed2b4730ff.js":1,"https:\/\/assets.kampyle.com\/clients
\/2407282\/k_config.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/
jquery\/1.7\/jquery.min.js":1,"misc\/jquery.once.js":1,"misc\/drupal.js":1,"sites\/
cancer.net\/libraries\/fitvids\/jquery.fitvids.js":1,"sites\/all\/modules\/contrib\/
jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.core.min.js":1,"sites\/all\/
modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.widget.min.js":
1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/external\/jquery.cookie.
js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery
.ui.button.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/
minified\/jquery.ui.mouse.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/
replace\/ui\/ui\/minified\/jquery.ui.draggable.min.js":1,"sites\/all\/modules\/
contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.position.min.js":1,"
sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.
resizable.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/
minified\/jquery.ui.dialog.min.js":1,"sites\/all\/modules\/contrib\/views_slideshow\/
js\/views_slideshow.js":1,"sites\/all\/libraries\/flexslider\/jquery.flexslider-min.
js":1,"http:\/\/admin.brightcove.com\/js\/BrightcoveExperiences.js":1}},"authcache":{
"q":"cancernet2-home","cp":{"path":"\/","domain":".cancer.net","secure":false,"cl":
23.148148148148},"asco_sso":{"user_uid":null,"imisid":false,"username":null,"logout":
false,"setAscoOrgSession":false},"colorbox":{"transition":"elastic","speed":"350","
opacity":"0.85","slideshow":false,"slideshowAuto":true,"slideshowSpeed":"2500","
slideshowStart":"start slideshow","slideshowStop":"stop
slideshow","current":"{current} of {total}","previous":"\u00ab Prev","next":"Next
\u00bb","close":"Close","overlayClose":true,"maxWidth":"100%","maxHeight":"100%","
initialWidth":"400","initialHeight":"200","fixed":true,"scrolling":false,"
mobiledetect":true,"mobiledevicewidth":"480px"},"jcarousel":{"ajaxPath":"\/jcarousel\
/ajax\/views"},"simpleDialog":{"classes":"","defaults":"width:300;height:auto;
position:[center,60]","selector":"content","title":""},"custom_search":{"form_target"
:"_self","solr":1},"better_exposed_filters":{"views":{"blog_recent_entires":{"

38993 displays":{"panel_pane_1":{"filters":[]}}},"featured_video":{"displays":{"
panel_pane_1":{"filters":[]}}},"highlights":{"displays":{"default":{"filters":[]}}},"
nodequeue_1":{"displays":{"panel_pane_1":{"filters":[]}}},"home_promo":{"displays":{"
panel_pane_1":{"filters":[]}}}},"urlIsAjaxTrusted":{"\/":true},"viewsSlideshow":{"
nodequeue_1-panel_pane_1":{"methods":{"goToSlide":["viewsSlideshowPager","
viewsSlideshowSlideCounter","viewsSlideshowCycle","viewsSlideshowPager","
viewsSlideshowSlideCounter","viewsSlideshowCycle","nextSlide":["viewsSlideshowPager"
,"viewsSlideshowSlideCounter","flexsliderViewsSlideshow","viewsSlideshowCycle","
viewsSlideshowPager","viewsSlideshowSlideCounter","flexsliderViewsSlideshow","
viewsSlideshowCycle"],"pause":["viewsSlideshowControls","flexsliderViewsSlideshow","
viewsSlideshowCycle","viewsSlideshowControls","flexsliderViewsSlideshow","
viewsSlideshowCycle"],"play":["viewsSlideshowControls","flexsliderViewsSlideshow","
viewsSlideshowCycle","viewsSlideshowControls","flexsliderViewsSlideshow","
viewsSlideshowCycle"],"previousSlide":["viewsSlideshowPager","
viewsSlideshowSlideCounter","flexsliderViewsSlideshow","viewsSlideshowCycle","
viewsSlideshowPager","viewsSlideshowSlideCounter","flexsliderViewsSlideshow","
viewsSlideshowCycle"],"transitionBegin":["viewsSlideshowPager","
viewsSlideshowSlideCounter","viewsSlideshowPager","viewsSlideshowSlideCounter"],"
transitionEnd":[]},"paused":0}},"flexslider_views_slideshow":{"#
flexslider_views_slideshow_main_nodequeue_1-panel_pane_1":{"num_divs":3,"id_prefix":"
#flexslider_views_slideshow_main_","vss_id":"nodequeue_1-panel_pane_1","animation":"
fade","animationDuration":600,"slideDirection":"horizontal","slideshow":1,"
slideshowSpeed":7000,"animationLoop":1,"randomize":0,"slideToStart":0,"directionNav":
1,"controlNav":0,"keyboardNav":1,"mousewheel":1,"prevText":"\u003C","nextText":"\
u003E","pausePlay":1,"pauseText":"Pause","playText":"Play","pauseOnAction":1,"
controlsContainer":".flex-nav-container","manualControls":""}},"
asco_eu_cookie_compliance":{"popup_enabled":1,"popup_agreed_enabled":0,"
popup_hide_agreed":1,"popup_clicking_confirmation":0,"popup_html_info":"\u003Cdiv\
u003E\n   \u003Cdiv class =\u0022popup-content info\u0022\u003E\n    \u003Cdiv
id=\u0022popup-text\u0022\u003E\n      \u003Ch2\u003ETerms of Use and Privacy
Policy\u003C\/h2\u003E\n\u003Cp\u003EBy using this site, you agree to the \u003Ca
href=\u0022\/terms-use\u0022 target=\u0022_blank\u0022\u003ETerms of
Use\u003C\/a\u003E and \u003Ca href=\u0022\/privacy-policy\u0022
target=\u0022_blank\u0022\u003EPrivacy Policy\u003C\/a\u003E. This site uses cookies
to store information on your computer. Some are essential to make our site work
properly, others perform other functions more fully described in our Privacy Policy,
such as improving the user experience. By using the site, you consent to the
placement of these cookies. Read our \u003Ca href=\u0022\/privacy-policy\u0022
target=\u0022_blank\u0022\u003EPrivacy Policy\u003C\/a\u003E to learn
more.\u003C\/p\u003E\n   \u003C\/div\u003E\n    \u003Cdiv
id=\u0022popup-buttons\u0022\u003E\n      \u003Ca class=\u0022agree-button
button\u0022\u003EClose\u003C\/a\u003E\n      \u003Ca class=\u0022find-more-button
button\u0022\u003ENo, give me more info\u003C\/a\u003E\n    \u003C\/div\u003E\n
\u003C\/div\u003E\n\u003C\/div\u003E\n","popup_html_agreed":"\u003Cdiv\u003E\n
\u003Cdiv class =\u0022popup-content agreed\u0022\u003E\n    \u003Cdiv
id=\u0022popup-text\u0022\u003E\n      \u003Ch2\u003EThank you for accepting
cookies\u003C\/h2\u003E\n\u003Cp\u003EYou can now hide this message or find out more
about cookies.\u003C\/p\u003E\n    \u003C\/div\u003E\n    \u003Cdiv
id=\u0022popup-buttons\u0022\u003E\n    \u003Cbutton type=\u0022button\u0022
class=\u0022hide-popup-button\u0022\u003EHide\u003C\/button\u003E\n    \u003Cbutton
type=\u0022button\u0022 class=\u0022find-more-button\u0022 \u003EMore
info\u003C\/button\u003E\n    \u003C\/div\u003E\n
\u003C\/div\u003E\n\u003C\/div\u003E","popup_height":"auto","popup_width":"100%","
popup_delay":1000,"popup_link":"\/privacy-policy","popup_link_new_window":1,"
popup_position":null,"popup_language":"en","popup_eu_only_js":0,"domain":""},"fitvids
":{"custom_domains":[],"selectors":[".view-featured-video\r",".blog-entry-media-
wrapper\r",".blog-entry-video-wrapper"],"simplifymarkup":1},"asco_dtm":{"pageName":"
CN:Home Page","logged":"non-logged","prop52":"English"}});</script>
38994         <!--[if lt IE 9]>
38995         <script src="/sites/all/themes/zen/js/html5-respond.js"></script>
38996         <![endif]-->
38997         <script data-cfasync="false" type="text/javascript"
      src="//filamentapp.s3.amazonaws.com/897829ef5ea3a23a6a21d882eb3c7183.js"
      async="async"></script>
38998 </head>
38999 <body class="html front not-logged-in page-cancernet2-home i18n-en page-panels" >
39000         <p id="skip-link">
39001             <a href="#main-content" class="element-invisible element-focusable">Skip to

```
39001   Content</a>
39002          </p>
39003
39004   <div id="page">
39005     <div class="top">
39006       <div class="wrap">
39007         <section class="eyebrow">
39008               <div class="region region-eyebrow">
39009         <div id="block-cancernet-language-switcher-cancernet-language-switcher"
        class="block block-cancernet-language-switcher user-nav first odd">
39010
39011
39012     <ul class="links"><li class="0 first last"><a href="/es" class="translation-link"
        lang="es">Español</a></li>
39013   </ul>
39014   </div>
39015   <div id="block-menu-menu-top-menu" class="block block-menu asco-nav last even">
39016
39017
39018     <ul class="menu"><li class="menu__item is-leaf first leaf"><a
        href="http://www.asco.org " target="_blank" class="menu__link">ASCO</a></li>
39019   <li class="menu__item is-leaf leaf"><a
        href="http://conquercancerfoundation.org?cmpid=cn_topnav_link" target="_blank"
        class="menu__link">Conquer Cancer Foundation     </a></li>
39020   <li class="menu__item is-leaf leaf"><a href="http://jco.ascopubs.org "
        target="_blank" class="menu__link">Journal of Clinical Oncology </a></li>
39021   <li class="menu__item is-leaf leaf"><a href="http://jop.ascopubs.org "
        target="_blank" class="menu__link">Journal of Oncology Practice </a></li>
39022   <li class="menu__item is-leaf leaf"><a href="http://university.asco.org"
        target="_blank" class="menu__link">ASCO University  </a></li>
39023   <li class="menu__item is-leaf last leaf"><a
        href="http://support.conquercancerfoundation.org/site/Donation2?df_id=2420&amp;2420.
        donation=form1&amp;s_src=hyp2&amp;s_subsrc=contrib&amp;cmpid=
        rw_anngiv_don_net_ba_all_09-14-15_don" class="menu__link donate">Donate</a></li>
39024   </ul>
39025   </div>
39026     </div>
39027         </section>
39028         <header class="header" role="banner">
39029             <div class="header__region region region-header">
39030         <div id="block-panels-mini-header" class="block block-panels-mini first last
        odd">
39031
39032
39033       <div class="logo">
39034
39035
39036   <div class="panel-pane pane-block pane-block-234 cancernet-logo pane-block
        cancernet-logo" >
39037
39038
39039
39040     <a href="/"><img src="/sites/cancer.net/themes/cancernet2/images/logo.png"
        alt="Cancer.Net" /></a>
39041
39042     </div>
39043     </div>
39044     <div class="connect">
39045
39046
39047   <div class="panel-pane pane-block pane-block-246 enews pane-block enews" >
39048
39049
39050
39051     <a href="/about-us/inside-cancernet">eNEWS SIGNUP</a>
39052
39053     </div>
39054
```

Page 1025

```
39055
39056   <div class="panel-pane pane-block pane-block-235 social pane-block social" >
39057
39058
39059
39060      <div class="service facebook">
39061          <a href="https://www.facebook.com/CancerDotNet" title="Cancer.net on
…       Facebook" target="_blank" class="icons fb-icon">f</a>
39062          <div class="button fb-button"></div>
39063      </div>
39064      <div class="service twitter">
39065          <a href="https://twitter.com/cancerdotnet" title="Cancer.net on Twitter"
…       target="_blank" class="icons twitter-icon">t</a>
39066          <div class="button twitter-button"></div>
39067      </div>
39068      <div class="service youtube">
39069          <a href="https://www.youtube.com/user/cancerdotnet?sub_confirmation=1"
…       title="Cancer.net on YouTube" target="_blank" class="icons">y</a>
39070      </div>
39071      <div class="service google">
39072          <a href="https://plus.google.com/112758363242125638437/posts"
…       title="Cancer.net on Google" target="_blank" class="icons">g</a>
39073      </div>
39074
39075
39076   </div>
39077   </div>
39078
39079 </div>
39080   </div>
39081      </header>
39082      <section class="main-menu-bar">
39083          <div class="region region-top-nav">
39084      <div id="block-block-239" class="block block-block mobile-menu first odd">
39085
39086
39087   <p><a href="#" title="Mobile Menu" id="mobile-menu"><span
…       class="icons">m</span>Menu</a></p>
39088
39089 </div>
39090 <div id="block-system-main-menu" class="block block-system main-nav block-menu last
…     even" role="navigation" aria-label="Main Menu">
39091
39092
39093   <ul class="menu"><li class="menu__item is-leaf first leaf"><a href="/"
…       class="menu__link home active" aria-label="Home">Home</a></li>
39094 <li class="menu__item is-leaf leaf"><a href="/cancer-types" class="menu__link types"
…       aria-label="Types of Cancer">Types of Cancer</a></li>
39095 <li class="menu__item is-collapsed collapsed"><a href="/navigating-cancer-care"
…       class="menu__link navigating" aria-label="Navigating Cancer Care">Navigating Cancer
…       Care</a></li>
39096 <li class="menu__item is-collapsed collapsed"><a href="/coping-with-cancer"
…       class="menu__link coping" aria-label="Coping With Cancer">Coping With Cancer</a></li>
39097 <li class="menu__item is-collapsed collapsed"><a href="/research-and-advocacy"
…       class="menu__link research" aria-label="Research and Advocacy">Research and
…       Advocacy</a></li>
39098 <li class="menu__item is-collapsed collapsed"><a href="/survivorship"
…       class="menu__link survivorship" aria-label="Survivorship">Survivorship</a></li>
39099 <li class="menu__item is-collapsed collapsed"><a href="/blog" class="menu__link blog"
…       aria-label="Blog">Blog</a></li>
39100 <li class="menu__item is-collapsed last collapsed"><a href="/about-us"
…       class="menu__link about" aria-label="About Us">About Us</a></li>
39101 </ul>
39102 </div>
39103   </div>
39104      </section>
39105      </div>
39106   </div>
```

Page 1026

```
39107
39108    <div class="content-area wrap">
39109      <section class="secid"><!-- // begin placeholder --------------- -->
39110           </section><!-- // end placeholder -->
39111             <section class="main" role="main">
39112        <section class="content"><div class="pad">
39113                         <a id="main-content"></a>
39114
39115
39116
39117
39118
39119  <div class="panel-pane pane-panels-mini pane-intro" >
39120
39121
39122
39123    <div class="intro">
39124    <div class="summary">
39125
39126
39127  <div class="panel-pane pane-block pane-block-232 about-cancernet pane-block
  …   about-cancernet" >
39128
39129
39130
39131    <p>Cancer.Net provides timely, comprehensive, oncologist-approved information from
  …   the American Society of Clinical Oncology (ASCO), with support from the Conquer
  …   Cancer Foundation. Cancer.Net brings the expertise and resources of ASCO to people
  …   living with cancer and those who care for and about them to help patients and
  …   families make informed health care decisions.</p>
39132
39133
39134    </div>
39135    </div>
39136    <div class="actions">
39137
39138
39139  <div class="panel-pane pane-block pane-block-236 find-cancer-doctor pane-block
  …   find-cancer-doctor" >
39140
39141
39142
39143    <p><a href="/find-cancer-doctor">Find a Cancer Doctor</a></p>
39144
39145
39146    </div>
39147
39148
39149  <div class="panel-pane pane-block pane-custom-search-blocks-1 search-site
  …   pane-custom-search-blocks site-search" >
39150
39151
39152
39153    <form class="search-form" action="/" method="post" id="custom-search-blocks-form-1"
  …   accept-charset="UTF-8"><div><div class="form-item form-type-textfield
  …   form-item-custom-search-blocks-form-1">
39154   <input title="Enter the terms you wish to search for." class="custom-search-box
  …   form-text" placeholder="Search the site" type="text"
  …   id="edit-custom-search-blocks-form-1--2" name="custom_search_blocks_form_1" value=""
  …   size="15" maxlength="128" />
39155  </div>
39156  <input type="hidden" name="delta" value="1" />
39157  <input type="hidden" name="form_id" value="custom_search_blocks_form_1" />
39158  <div class="form-actions form-wrapper" id="edit-actions"><input type="submit"
  …   id="edit-submit" name="op" value="Search" class="form-submit" /></div></div></form>
39159
39160    </div>
39161    </div>
```

```
39162   </div>
39163
39164     </div>
39165
39166   <section class="above">
39167     <section class="hero">
39168
39169
39170   <div class="panel-pane pane-custom pane-1" >
39171
39172
39173
39174     <h1 class="visually-hidden">Home</h1>
39175
39176     </div>
39177
39178
39179   <div class="panel-pane pane-views-panes pane-nodequeue-1-panel-pane-1" >
39180
39181
39182
39183     <div class="view view-nodequeue-1 view-id-nodequeue_1 view-display-id-panel_pane_1
    …   home-pg-block view-dom-id-f0050a38037170f70738865cd830b797">
39184
39185
39186
39187        <div class="view-content">
39188
39189     <div class="skin-default">
39190
39191       <div id="flexslider_views_slideshow_main_nodequeue_1-panel_pane_1"
    …   class="flexslider_views_slideshow_main views_slideshow_main"><div
    …   class="flex-nav-container">
39192       <div class="flexslider">
39193          <ul id="flexslider_views_slideshow_nodequeue_1-panel_pane_1"
    …   class="flexslider-views-slideshow-main-frame slides">
39194            <li class="flexslider-views-slideshow-main-frame-row
    …   flexslider_views_slideshow_slide views-row-1 views-row-odd">
39195            <article>
39196            <a
    …   href="http://www.cancer.net/blog/2016-08/3-steps-building-personal-medical-record">
39197            <h2>GET ORGANIZED: KEEPING A PERSONAL MEDICAL RECORD</h2>
39198            <figure class="photo" style="background-image:
    …   url('/sites/cancer.net/files/personal-medical-records-mural.jpg');"></figure>
39199            </a>
39200     </article>   </li>
39201       <li class="flexslider-views-slideshow-main-frame-row
    …   flexslider_views_slideshow_slide views-row-2 views_slideshow_cycle_hidden
    …   views-row-even">
39202            <article>
39203            <a href="http://www.cancer.net/cancer-types">
39204            <h2>COMPREHENSIVE GUIDES TO MORE THAN 120 TYPES OF CANCER</h2>
39205            <figure class="photo" style="background-image:
    …   url('/sites/cancer.net/files/ctypes-mural.jpg');"></figure>
39206            </a>
39207     </article>   </li>
39208       <li class="flexslider-views-slideshow-main-frame-row
    …   flexslider_views_slideshow_slide views-row-3 views_slideshow_cycle_hidden
    …   views-row-odd">
39209            <article>
39210            <a
    …   href="http://www.cancer.net/blog/2016-09/importance-palliative-care-patients-and-
    …   caregivers-news-2016-palliative-care-oncology-symposium">
39211            <h2>THE IMPORTANCE OF PALLIATIVE CARE FOR PATIENTS AND CAREGIVERS</h2>
39212            <figure class="photo" style="background-image:
    …   url('/sites/cancer.net/files/pcos-mural.jpg');"></figure>
39213            </a>
39214     </article>   </li>
```

```
39215      </div>
39216    </div>
39217 </div></div>
39218        </div>
39219      </div>
39220
39221
39222
39223
39224
39225
39226 </div>
39227
39228    </div>
39229    </section>
39230    <section class="promos">
39231
39232
39233 <div class="panel-pane pane-views-panes pane-home-promo-panel-pane-1" >
39234
39235
39236
39237    <div class="view view-home-promo view-id-home_promo view-display-id-panel_pane_1
      view-dom-id-a575d610cea11b8ec90094237aeec594">
39238
39239
39240
39241        <div class="view-content">
39242        <div class="item-list">    <ul>          <li class="views-row views-row-1
      views-row-odd views-row-first"><article>
39243      <a href="http://www.cancer.net/cancer-types">
39244      <h2 aria-hidden="true">Types of Cancer</h2>
39245      <figure class="photo" style="background-image:
      url('/sites/cancer.net/files/styles/home_promo/public/types.jpg?itok=IIoNUXOl');"></
      figure>
39246      <figure class="fill" style="background-color: #9D6300;"></figure>
39247      <div class="hover">
39248        <h3>Types of Cancer</h3>
39249        <p>Oncologist-approved information on more than 120 types of cancer and
      cancer-related syndromes.</p>
39250        <strong>Learn More</strong>
39251      </div>
39252      </a>
39253 </article></li>
39254             <li class="views-row views-row-2 views-row-even"><article>
39255      <a href="http://www.cancer.net/navigating-cancer-care">
39256      <h2 aria-hidden="true">Navigating Cancer Care</h2>
39257      <figure class="photo" style="background-image:
      url('/sites/cancer.net/files/styles/home_promo/public/navigating.jpg?itok=n9uaQsMv');
      "></figure>
39258      <figure class="fill" style="background-color: #8A4E72;"></figure>
39259      <div class="hover">
39260        <h3>Navigating Cancer Care</h3>
39261        <p>This section is designed to help people with cancer and their families better
      understand the disease, its causes and its treatment.</p>
39262        <strong>Learn More</strong>
39263      </div>
39264      </a>
39265 </article></li>
39266             <li class="views-row views-row-3 views-row-odd"><article>
39267      <a href="http://www.cancer.net/coping-with-cancer">
39268      <h2 aria-hidden="true">Coping With Cancer</h2>
39269      <figure class="photo" style="background-image:
      url('/sites/cancer.net/files/styles/home_promo/public/coping.jpg?itok=pz8XpGyL');"></
      figure>
39270      <figure class="fill" style="background-color: #173A60;"></figure>
39271      <div class="hover">
39272        <h3>Coping With Cancer</h3>
```

```
39273    <p>This section is designed to help people with cancer and their families better
...   cope with cancer.</p>
39274        <strong>Learn More</strong>
39275      </div>
39276      </a>
39277    </article></li>
39278            <li class="views-row views-row-4 views-row-even"><article>
39279    <a href="http://www.cancer.net/research-and-advocacy">
39280    <h2 aria-hidden="true">Research &amp; Advocacy</h2>
39281    <figure class="photo" style="background-image:
...   url('/sites/cancer.net/files/styles/home_promo/public/research.jpg?itok=pjrZ42uq');">
...   </figure>
39282    <figure class="fill" style="background-color: #315352;"></figure>
39283    <div class="hover">
39284      <h3>Research &amp; Advocacy</h3>
39285      <p>Find out what&#039;s happening in the cancer community.</p>
39286        <strong>Learn More</strong>
39287      </div>
39288      </a>
39289    </article></li>
39290            <li class="views-row views-row-5 views-row-odd"><article>
39291    <a href="http://www.cancer.net/survivorship">
39292    <h2 aria-hidden="true">Survivorship</h2>
39293    <figure class="photo" style="background-image:
...   url('/sites/cancer.net/files/styles/home_promo/public/survivorship.jpg?itok=lq8eQKao'
...   );"></figure>
39294    <figure class="fill" style="background-color: #2F4455;"></figure>
39295    <div class="hover">
39296      <h3>Survivorship</h3>
39297      <p>Today, there are about 14 million Americans alive with a history of cancer.
...   Cancer.Net&#039;s survivorship section provides helpful information for cancer
...   survivors and their friends and family.</p>
39298        <strong>Learn More</strong>
39299      </div>
39300      </a>
39301    </article></li>
39302            <li class="views-row views-row-6 views-row-even views-row-last"><article>
39303    <a href="http://www.cancer.net/about-us/support-cancernet">
39304    <h2 aria-hidden="true">Support Our Work</h2>
39305    <figure class="photo" style="background-image:
...   url('/sites/cancer.net/files/styles/home_promo/public/support-tile.jpg?itok=NmbgTh42'
...   );"></figure>
39306    <figure class="fill" style="background-color: #6A2900;"></figure>
39307    <div class="hover">
39308      <h3>Support Our Work</h3>
39309      <p>Cancer.Net gratefully acknowledges the individuals, organizations, and
...   companies who support this website through donations and sponsorships.</p>
39310        <strong>Learn More</strong>
39311      </div>
39312      </a>
39313    </article></li>
39314        </ul></div>      </div>
39315
39316
39317
39318
39319
39320
39321    </div>
39322
39323      </div>
39324      </section>
39325    </section>
39326
39327    <section class="below">
39328      <section class="video">
39329        <div class="pad">
39330
```

```
39331
39332  <div class="panel-pane pane-views-panes pane-featured-video-panel-pane-1" >
39333
39334
39335
39336    <div class="view view-featured-video view-id-featured_video
       view-display-id-panel_pane_1 view-dom-id-9d7f2b18b98a1faf654a570c5b31a0e1">
39337
39338
39339
39340       <div class="view-content">
39341         <div class="views-row views-row-1 views-row-odd views-row-first
       views-row-last">
39342
39343    <div class="views-field views-field-field-video-asset">         <div
       class="field-content"><div id="file-10421" class="file file-video
       file-video-youtube">
39344
39345
39346    <div class="content">
39347       <div class="media-youtube-video media-youtube-1">
39348       <iframe class="media-youtube-player" width="640" height="390" title="What is
       Palliative Care — An Introduction for Patients and their Families"
       src="//www.youtube.com/embed/eUaU6S-DtIw?wmode=opaque&showinfo=0" frameborder="0"
       allowfullscreen>Video of What is Palliative Care — An Introduction for Patients and
       their Families</iframe>
39349  </div>
39350    </div>
39351
39352
39353  </div>
39354  </div>   </div>
39355
39356  <div class="description views-fieldset" data-module="views_fieldsets">
39357
39358
39359       <div class="views-field views-field-title"><h2 class="field-content"
       lang="und"><a
       href="/navigating-cancer-care/videos/side-effects/what-palliative-care">What is
       Palliative Care?</a></h2></div>        <div class="views-field
       views-field-field-video-summary"><div class="field-content"><p>This patient education
       video offers an introduction to palliative care, which provides support and relief to
       any person from the symptoms of cancer or side effects of treatment, regardless of
       age or type and stage of disease.</p>
39360  </div></div>
39361
39362  </div>
39363
39364       </div>
39365       </div>
39366
39367
39368
39369
39370
39371
39372  </div>
39373
39374    </div>
39375      </div>
39376    </section>
39377
39378    <section class="blog">
39379       <div class="pad">
39380
39381
39382  <div class="panel-pane pane-views-panes pane-blog-recent-entires-panel-pane-1" >
39383
```

```
39384              <h2 class="pane-title">From the Blog</h2>
39385
39386
39387       <div class="view view-blog-recent-entires view-id-blog_recent_entires
    …   view-display-id-panel_pane_1 view-dom-id-ae2e0a1b46f95259b35481a31ccc9f63">
39388
39389
39390
39391         <div class="view-content">
39392           <div class="item-list">    <ul>          <li class="views-row views-row-1
    …   views-row-odd views-row-first">
39393     <div class="views-field views-field-field-blog-date">        <div
    …   class="field-content">September 8, 2016</div>  </div>
39394     <div class="views-field views-field-title">        <span class="field-content"
    …   lang="en"><a href="/blog/2016-09/tips-managing-multiple-medications">Tips for
    …   Managing Multiple Medications</a></span>  </div></li>
39395            <li class="views-row views-row-2 views-row-even">
39396     <div class="views-field views-field-field-blog-date">        <div
    …   class="field-content">September 6, 2016</div>  </div>
39397     <div class="views-field views-field-title">        <span class="field-content"
    …   lang="en"><a
    …   href="/blog/2016-09/importance-palliative-care-patients-and-caregivers-news-2016-
    …   palliative-care-oncology-symposium">The Importance of Palliative Care for Patients
    …   and Caregivers: News from the 2016 Palliative Care in Oncology Symposium</a></span>
    …   </div></li>
39398            <li class="views-row views-row-3 views-row-odd">
39399     <div class="views-field views-field-field-blog-date">        <div
    …   class="field-content">September 1, 2016</div>  </div>
39400     <div class="views-field views-field-title">        <span class="field-content"
    …   lang="en"><a
    …   href="/blog/2016-09/when-pain-persists-during-or-after-cancer-treatment">When Pain
    …   Persists During or After Cancer Treatment</a></span>  </div></li>
39401            <li class="views-row views-row-4 views-row-even views-row-last">
39402     <div class="views-field views-field-field-blog-date">        <div
    …   class="field-content">August 30, 2016</div>  </div>
39403     <div class="views-field views-field-title">        <span class="field-content"
    …   lang="en"><a href="/blog/2016-08/speaking-about-erectile-problems">Speaking Up about
    …   Erectile Problems </a></span>  </div></li>
39404         </ul></div>      </div>
39405
39406
39407
39408
39409
39410
39411   </div>
39412
39413     </div>
39414       </div>
39415     </section>
39416
39417   <section class="highlights">
39418       <div class="pad">
39419
39420
39421   <div class="panel-pane pane-views pane-highlights" >
39422
39423          <h2 class="pane-title">Highlights</h2>
39424
39425
39426     <div class="view view-highlights view-id-highlights view-display-id-default
    …   view-dom-id-8721757ba6166fa3aaa075572488bd51">
39427
39428
39429
39430         <div class="view-content">
39431           <div class="item-list">    <ul>          <li class="views-row views-row-1
    …   views-row-odd views-row-first">
```

```
39432        <div class="views-field views-field-field-destination-url">        <div
 …  class="field-content"><a
 …  href="http://www.cancer.net/cancer-types/ovarian-fallopian-tube-and-peritoneal-cancer
 …  ">Newly Updated Guide to Ovarian, Fallopian Tube, and Peritoneal Cancer</a></div>
 …  </div></li>
39433            <li class="views-row views-row-2 views-row-even">
39434    <div class="views-field views-field-field-destination-url">        <div
 …  class="field-content"><a
 …  href="http://www.cancer.net/coping-with-cancer/caring-loved-one">For Caregivers:
 …  Information On This Unique Role</a></div>  </div></li>
39435            <li class="views-row views-row-3 views-row-odd">
39436    <div class="views-field views-field-field-destination-url">        <div
 …  class="field-content"><a
 …  href="http://www.cancer.net/navigating-cancer-care/children">Resources for Parents of
 …  Children with Cancer</a></div>  </div></li>
39437            <li class="views-row views-row-4 views-row-even">
39438    <div class="views-field views-field-field-destination-url">        <div
 …  class="field-content"><a
 …  href="http://www.cancer.net/navigating-cancer-care/teens/family-friends-and-school/
 …  cancer-and-school">Tips for Returning to School After Cancer Treatment</a></div>
 …  </div></li>
39439            <li class="views-row views-row-5 views-row-odd views-row-last">
39440    <div class="views-field views-field-field-destination-url">        <div
 …  class="field-content"><a href="http://www.cancer.net/about-us/inside-cancernet">Sign
 …  up for a Free Monthly Newsletter for Updates from Cancer.Net!</a></div>  </div></li>
39441        </ul></div>    </div>
39442
39443
39444
39445
39446
39447
39448  </div>
39449
39450    </div>
39451      </div>
39452    </section>
39453
39454  </section>              </div></section>
39455              </div>
39456    <div class="content-footer wrap">
39457        <div class="region region-content-footer">
39458      <div id="block-panels-mini-intro" class="block block-panels-mini first last odd">
39459
39460
39461    <div class="intro">
39462    <div class="summary">
39463
39464
39465  <div class="panel-pane pane-block pane-block-232 about-cancernet pane-block
 …  about-cancernet" >
39466
39467
39468
39469    <p>Cancer.Net provides timely, comprehensive, oncologist-approved information from
 …  the American Society of Clinical Oncology (ASCO), with support from the Conquer
 …  Cancer Foundation. Cancer.Net brings the expertise and resources of ASCO to people
 …  living with cancer and those who care for and about them to help patients and
 …  families make informed health care decisions.</p>
39470
39471
39472    </div>
39473    </div>
39474    <div class="actions">
39475
39476
39477  <div class="panel-pane pane-block pane-block-236 find-cancer-doctor pane-block
 …  find-cancer-doctor" >
```

```
39478
39479
39480
39481    <p><a href="/find-cancer-doctor">Find a Cancer Doctor</a></p>
39482
39483
39484    </div>
39485
39486
39487  <div class="panel-pane pane-block pane-custom-search-blocks-1 search-site
    …  pane-custom-search-blocks site-search" >
39488
39489
39490
39491    <form class="search-form" action="/" method="post" id="custom-search-blocks-form-1"
    …  accept-charset="UTF-8"><div><div class="form-item form-type-textfield
    …  form-item-custom-search-blocks-form-1">
39492    <input title="Enter the terms you wish to search for." class="custom-search-box
    …  form-text" placeholder="Search the site" type="text"
    …  id="edit-custom-search-blocks-form-1--2" name="custom_search_blocks_form_1" value=""
    …  size="15" maxlength="128" />
39493  </div>
39494  <input type="hidden" name="delta" value="1" />
39495  <input type="hidden" name="form_id" value="custom_search_blocks_form_1" />
39496  <div class="form-actions form-wrapper" id="edit-actions"><input type="submit"
       id="edit-submit" name="op" value="Search" class="form-submit" /></div></div></form>
39497
39498    </div>
39499    </div>
39500  </div>
39501  </div>
39502    </div>
39503    </div>
39504
39505    <div class="footer wrap">
39506       <footer id="footer" class="region region-footer" role="contentinfo">
39507     <div id="block-panels-mini-asco-links" class="block block-panels-mini asco-links
    …  first odd">
39508
39509
39510
39511
39512  <div class="panel-pane pane-block pane-menu-menu-top-menu asco-nav pane-menu " >
39513
39514
39515
39516    <ul class="menu"><li class="menu__item is-leaf first leaf"><a
    …  href="http://www.asco.org " target="_blank" class="menu__link">ASCO</a></li>
39517  <li class="menu__item is-leaf leaf"><a
    …  href="http://conquercancerfoundation.org?cmpid=cn_topnav_link" target="_blank"
    …  class="menu__link">Conquer Cancer Foundation    </a></li>
39518  <li class="menu__item is-leaf leaf"><a href="http://jco.ascopubs.org "
    …  target="_blank" class="menu__link">Journal of Clinical Oncology </a></li>
39519  <li class="menu__item is-leaf leaf"><a href="http://jop.ascopubs.org "
    …  target="_blank" class="menu__link">Journal of Oncology Practice </a></li>
39520  <li class="menu__item is-leaf leaf"><a href="http://university.asco.org"
    …  target="_blank" class="menu__link">ASCO University  </a></li>
39521  <li class="menu__item is-leaf last leaf"><a
    …  href="http://support.conquercancerfoundation.org/site/Donation2?df_id=2420&amp;2420.
    …  donation=form1&amp;s_src=hyp2&amp;s_subsrc=contrib&amp;cmpid=
    …  rw_anngiv_don_net_ba_all_09-14-15_don" class="menu__link donate">Donate</a></li>
39522  </ul>
39523
39524    </div>
39525
39526  </div>
39527  <div id="block-menu-menu-footer-menu" class="block block-menu footer-nav even"
    …  aria-label="Resource Links">
```

```
39528
39529
39530     <ul class="menu"><li class="menu__item is-leaf first leaf"><a href="/contact-us"
      class="menu__link" aria-label="Contact Us">Contact Us</a></li>
39531  <li class="menu__item is-leaf leaf"><a href="/terms-use" class="menu__link"
      aria-label="Terms of Use">Terms of Use</a></li>
39532  <li class="menu__item is-leaf leaf"><a href="/privacy-policy" class="menu__link"
      aria-label="Privacy Policy">Privacy Policy</a></li>
39533  <li class="menu__item is-leaf leaf"><a href="/sponsorship-and-linking-policy"
      class="menu__link" aria-label="Sponsorship &amp; Linking">Sponsorship &amp;
      Linking</a></li>
39534  <li class="menu__item is-leaf leaf"><a href="/about-us/inside-cancernet"
      class="menu__link" aria-label="Newsletter Signup">Newsletter Signup</a></li>
39535  <li class="menu__item is-leaf leaf"><a
      href="http://shop.asco.org/asco-answers-patient-education/" target="_blank"
      class="menu__link" aria-label="Order Cancer.Net Materials">Order Cancer.Net
      Materials</a></li>
39536  <li class="menu__item is-leaf leaf"><a href="/rss-feeds" class="menu__link"
      aria-label="RSS Feeds">RSS Feeds</a></li>
39537  <li class="menu__item is-leaf last leaf"><a href="/sitemap" class="menu__link"
      aria-label="Sitemap">Sitemap</a></li>
39538  </ul>
39539  </div>
39540  <div id="block-block-233" class="block block-block copyright last odd">
39541
39542
39543            <a href="http://www.asco.org" class="asco-logo" target="_blank"
      alt="American Society of Clinical Oncology &reg;"><img
      src="/sites/cancer.net/themes/cancer2/images/asco.png"></a>
39544            <a href="http://www.conquercancerfoundation.org/" class="foundation-logo"
      target="_blank" alt="Conquer Cancer Foundation &reg; of the American Society of
      Clinical Oncology"><img
      src="http://www.cancer.net/sites/cancer.net/files/ccf-logo-rgb_440x146.png"></a>
39545            <p>© 2005-2016 American Society of Clinical Oncology (ASCO).<br>
39546            All rights reserved worldwide</p>
39547
39548  </div>
39549    </footer>
39550    </div>
39551  </div>
39552
39553      <div class="region region-page-bottom">
39554      <script type="text/javascript">_satellite.pageBottom();</script>  </div>
39555  <script
      src="//www.cancer.net/sites/cancer.net/files/advagg_js/js__EnBnZufUWa0WCUfsd6KKo-
      gh1glQW-
      VQycnuj_wbzMw__otR6fAxJvcsOjfoT6DcdeF7lYO0KtI5XlYR4Zwt3uLA__VA9QVjdMnMmgtiWCnRloUfU2L
      4BUNp3x6u-e4T2CU7c.js"></script>
39556  <script
      src="//www.cancer.net/sites/cancer.net/files/advagg_js/
      js__joA1GLAQHH2AYfrevbhOLSdqeC0BVqlZUZ1BaGwpe58__az5tGARi5nrNb7PDXvK59oR39ye9A9lhCDth
      cvmV4DU__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
39557  <script
      src="//www.cancer.net/sites/cancer.net/files/advagg_js/
      js__ZLGClXXGX45DUIZRyi5UogtxaYugvoFYIw_h70gRF8Y__8nR0-
      Ap9Xu2bsolx95rjYAk3PZoJ71BHKo5FomoLxCI__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.
      js"></script>
39558  <script
      src="//www.cancer.net/sites/cancer.net/files/advagg_js/js__9-
      fdRpK6eFhIjsOaddoONZ58AUhXV5QQYMp25xc-
      3r8__uWBZqnHqwTDQeMuvkMdgCA7CFrxgYhB5gGFbHy_2UwY__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-
      e4T2CU7c.js"></script>
39559  </body>
39560  </html>
39561
39562  ***************************************************
39563  The following data is from cancer_net-colon-20160919-js__aNB.txt
39564  ***************************************************
```

```
39565  function showpage(){jQuery("html").show()}function
    ‥  hidepage(){jQuery("html").hide()}jQuery(document).ready(function(e){var
    ‥  t=Drupal.settings.splashify.js_mode;if(t=="redirect"){hidepage()}var n=new Date;var
    ‥  r=n.getTime()/1e3;var i=document.referrer+"";var s=window.location.hostname+"";var
    ‥  o=e.jStorage.get("splash",0);var u=Drupal.settings.splashify.js_splash_always;var
    ‥  a=Drupal.settings.splashify.js_mode_settings.urls;var
    ‥  f=Drupal.settings.splashify.js_disable_referrer_check;if(i.indexOf("?")!=-1){i=i.
    ‥  substr(0,i.indexOf("?"))}if(i.search(s)!=-1&&!f||jQuery.inArray(window.location.
    ‥  pathname,a)>-1){showpage();return}var l=false;if(!o||o<r||u=="1"){l=true}if(l){var
    ‥  c=Drupal.settings.splashify.js_expire_after;var
    ‥  h=e.jStorage.get("splashlasturl","");var
    ‥  p="";e.jStorage.set("splash",r+c);if(Drupal.settings.splashify.js_mode_settings.
    ‥  system_splash!=""){p=Drupal.settings.splashify.js_mode_settings.system_splash}else
    ‥  if(Drupal.settings.splashify.js_mode_settings.mode=="sequence"){var d=0;var
    ‥  v=jQuery.inArray(h,a);if(v>-1&&v+1<Drupal.settings.splashify.js_mode_settings.
    ‥  total_urls){d=v+1}p=a[d]}else
    ‥  if(Drupal.settings.splashify.js_mode_settings.mode=="random"){var
    ‥  d=Math.floor(Math.random()*Drupal.settings.splashify.js_mode_settings.total_urls);p=a
    ‥  [d]}e.jStorage.set("splashlasturl",p);if(t=="redirect"){window.location.replace(p)}
    ‥  else
    ‥  if(t=="colorbox"){e.colorbox({transition:"elastic",iframe:true,href:p,width:Drupal.
    ‥  settings.splashify.js_mode_settings.size_width,height:Drupal.settings.splashify.
    ‥  js_mode_settings.size_height})}else
    ‥  if(t=="window"){window.open(p,"splash",Drupal.settings.splashify.js_mode_settings.
    ‥  size)}}else if(t=="redirect"){showpage()}});;/**/
39566  /*! http://mths.be/placeholder v2.0.8 by @mathias */
39567  ;(function(window, document, $) {
39568
39569      // Opera Mini v7 doesn't support placeholder although its DOM seems to indicate
    ‥  so
39570      var isOperaMini = Object.prototype.toString.call(window.operamini) == '[object
       OperaMini]';
39571      var isInputSupported = 'placeholder' in document.createElement('input') &&
    ‥  !isOperaMini;
39572      var isTextareaSupported = 'placeholder' in document.createElement('textarea') &&
    ‥  !isOperaMini;
39573      var prototype = $.fn;
39574      var valHooks = $.valHooks;
39575      var propHooks = $.propHooks;
39576      var hooks;
39577      var placeholder;
39578
39579      if (isInputSupported && isTextareaSupported) {
39580
39581          placeholder = prototype.placeholder = function() {
39582              return this;
39583          };
39584
39585          placeholder.input = placeholder.textarea = true;
39586
39587      } else {
39588
39589          placeholder = prototype.placeholder = function() {
39590              var $this = this;
39591              $this
39592                  .filter((isInputSupported ? 'textarea' : ':input') + '[placeholder]')
39593                  .not('.placeholder')
39594                  .bind({
39595                      'focus.placeholder': clearPlaceholder,
39596                      'blur.placeholder': setPlaceholder
39597                  })
39598                  .data('placeholder-enabled', true)
39599                  .trigger('blur.placeholder');
39600              return $this;
39601          };
39602
39603          placeholder.input = isInputSupported;
39604          placeholder.textarea = isTextareaSupported;
```

Page 1036

```
39605          hooks = {
39606              'get': function(element) {
39607                  var $element = $(element);
39608
39609
39610                  var $passwordInput = $element.data('placeholder-password');
39611                  if ($passwordInput) {
39612                      return $passwordInput[0].value;
39613                  }
39614
39615                  return $element.data('placeholder-enabled') &&
…    $element.hasClass('placeholder') ? '' : element.value;
39616              },
39617              'set': function(element, value) {
39618                  var $element = $(element);
39619
39620                  var $passwordInput = $element.data('placeholder-password');
39621                  if ($passwordInput) {
39622                      return $passwordInput[0].value = value;
39623                  }
39624
39625                  if (!$element.data('placeholder-enabled')) {
39626                      return element.value = value;
39627                  }
39628                  if (value == '') {
39629                      element.value = value;
39630                      // Issue #56: Setting the placeholder causes problems if the
…    element continues to have focus.
39631                      if (element != safeActiveElement()) {
39632                          // We can't use `triggerHandler` here because of dummy
…    text/password inputs :(
39633                          setPlaceholder.call(element);
39634                      }
39635                  } else if ($element.hasClass('placeholder')) {
39636                      clearPlaceholder.call(element, true, value) || (element.value =
…    value);
39637                  } else {
39638                      element.value = value;
39639                  }
39640                  // `set` can not return `undefined`; see
…    http://jsapi.info/jquery/1.7.1/val#L2363
39641                  return $element;
39642              }
39643          };
39644
39645          if (!isInputSupported) {
39646              valHooks.input = hooks;
39647              propHooks.value = hooks;
39648          }
39649          if (!isTextareaSupported) {
39650              valHooks.textarea = hooks;
39651              propHooks.value = hooks;
39652          }
39653
39654          $(function() {
39655              // Look for forms
39656              $(document).delegate('form', 'submit.placeholder', function() {
39657                  // Clear the placeholder values so they don't get submitted
39658                  var $inputs = $('.placeholder', this).each(clearPlaceholder);
39659                  setTimeout(function() {
39660                      $inputs.each(setPlaceholder);
39661                  }, 10);
39662              });
39663          });
39664
39665          // Clear placeholder values upon page reload
39666          $(window).bind('beforeunload.placeholder', function() {
39667              $('.placeholder').each(function() {
```

```
39668                     this.value       ;
39669                 });
39670             });
39671
39672         }
39673
39674     function args(elem) {
39675         // Return an object of element attributes
39676         var newAttrs = {};
39677         var rinlinejQuery = /^jQuery\d+$/;
39678         $.each(elem.attributes, function(i, attr) {
39679             if (attr.specified && !rinlinejQuery.test(attr.name)) {
39680                 newAttrs[attr.name] = attr.value;
39681             }
39682         });
39683         return newAttrs;
39684     }
39685
39686     function clearPlaceholder(event, value) {
39687         var input = this;
39688         var $input = $(input);
39689         if (input.value == $input.attr('placeholder') &&
     $input.hasClass('placeholder')) {
39690             if ($input.data('placeholder-password')) {
39691                 $input = $input.hide().next().show().attr('id',
     $input.removeAttr('id').data('placeholder-id'));
39692                 // If `clearPlaceholder` was called from `$.valHooks.input.set`
39693                 if (event === true) {
39694                     return $input[0].value = value;
39695                 }
39696                 $input.focus();
39697             } else {
39698                 input.value = '';
39699                 $input.removeClass('placeholder');
39700                 input == safeActiveElement() && input.select();
39701             }
39702         }
39703     }
39704
39705     function setPlaceholder() {
39706         var $replacement;
39707         var input = this;
39708         var $input = $(input);
39709         var id = this.id;
39710         if (input.value == '') {
39711             if (input.type == 'password') {
39712                 if (!$input.data('placeholder-textinput')) {
39713                     try {
39714                         $replacement = $input.clone().attr({ 'type': 'text' });
39715                     } catch(e) {
39716                         $replacement = $('<input>').attr($.extend(args(this), {
     'type': 'text' }));
39717                     }
39718                     $replacement
39719                         .removeAttr('name')
39720                         .data({
39721                             'placeholder-password': $input,
39722                             'placeholder-id': id
39723                         })
39724                         .bind('focus.placeholder', clearPlaceholder);
39725                     $input
39726                         .data({
39727                             'placeholder-textinput': $replacement,
39728                             'placeholder-id': id
39729                         })
39730                         .before($replacement);
39731                 }
39732                 $input = $input.removeAttr('id').hide().prev().attr('id', id).show();
```

```
39733                    // Note: `$input[0].i = input` now!
39734                    }
39735                    $input.addClass('placeholder');
39736                    $input[0].value = $input.attr('placeholder');
39737                } else {
39738                    $input.removeClass('placeholder');
39739                }
39740            }
39741
39742            function safeActiveElement() {
39743                // Avoid IE9 `document.activeElement` of death
39744                // https://github.com/mathiasbynens/jquery-placeholder/pull/99
39745                try {
39746                    return document.activeElement;
39747                } catch (exception) {}
39748            }
39749
39750    }(this, document, jQuery));
39751    ;/**/
39752    /**
39753     * @file
39754     * A JavaScript file for the theme.
39755     */
39756
39757    (function ($, Drupal, window, document, undefined) {
39758
39759      /* Adjust flex-direction nav position based on height of current caption */
39760      Drupal.behaviors.flexsliderNavPosition = {
39761        attach: function (context, settings) {
39762          var isFront = $('.front', context).length;
39763
39764          if (isFront) {
39765            var $flexslider = $('.flexslider', context);
39766
39767            $flexslider.bind('after', function(e) {
39768              var target = $(e.target);
39769
39770              var flexslider = target.data('flexslider'),
39771                  $nav = $('.flex-direction-nav', $flexslider),
39772                  height = $('.flex-active-slide h1', $flexslider).outerHeight();
39773
39774              if (height) {
39775                $nav.css('bottom', height / 2 + 'px');
39776              }
39777            });
39778          }
39779        }
39780      };
39781
39782      /**
39783       * Mobile menu behavior
39784       */
39785      Drupal.behaviors.toggleMobileMenu = {
39786        attach: function(context, settings) {
39787          // Mobile menu activation
39788          $('#mobile-menu').bind("click", function(e) { $(this).toggleClass('active');
         $('.main-nav').toggleClass('dropdown'); e.preventDefault(); });
39789
39790          $('#mobile-menu, .menu').bind("keyup", function(e) {
39791            if (e.keyCode === 27) {
39792              $('#mobile-menu').removeClass('active');
39793              $('.main-nav').removeClass('dropdown');
39794              $('#mobile-menu').focus();
39795            }
39796          });
39797        }
39798      };
39799
```

```
39800
39801    /**
39802     * Placeholders
39803     */
39804    Drupal.behaviors.placeHolders = {
39805      attach: function(context, settings) {
39806        $('input, textarea', context).once('placeholders-processed', function() {
39807          $('input, textarea').placeholder();
39808        });
39809      }
39810    }
39811
39812
39813    /**
39814     * Blur selects after change
39815     */
39816
39817    Drupal.behaviors.selectBlur = {
39818      attach: function(context, settings) {
39819        $('select', context).once('selectblur-processed', function() {
39820          $('select').bind('change', function(e) {
39821            $(this).blur();
39822          });
39823        });
39824      }
39825    }
39826
39827
39828    /**
39829     * Search bar focus
39830     */
39831    Drupal.behaviors.toggleSearchActive = {
39832      attach: function(context, settings) {
39833        $('.region-section-bar .site-search', context).once('site-search-processed',
…  function() {
39834          $('input[type=text]', this).focus(function () {
39835            $('.region-section-bar .site-search').addClass('active');
39836            $(this).attr('placeholder', '');
39837          }).focusout(function () {
39838            $('.region-section-bar .site-search').removeClass('active');
39839            $(this).attr('placeholder', 'Search the site');
39840          });
39841        });
39842
39843        $('.connect .site-search', context).once('site-search-processed', function() {
39844          $('input[type=text]', this).focus(function () {
39845            $('.connect .site-search').addClass('active');
39846            $(this).attr('placeholder', '');
39847          }).focusout(function () {
39848            $('.connect .site-search').removeClass('active');
39849            $(this).attr('placeholder', 'Search the site');
39850          });
39851        });
39852
39853        $('.region-content-footer .search-site',
…  context).once('footer-site-search-processed', function() {
39854          $('input[type=text]', this).focus(function () {
39855            $('.region-content-footer .search-site').addClass('active');
39856            $(this).attr('placeholder', '');
39857          }).focusout(function () {
39858            $('.region-content-footer .search-site').removeClass('active');
39859            $(this).attr('placeholder', 'Search the site');
39860          });
39861        });
39862
39863        $('.pane-intro .search-site', context).once('home-site-search-processed',
…  function() {
39864          $('input[type=text]', this).focus(function () {
```

```
39865            $('.pane-intro .search-site').addClass('active');
39866            $(this).attr('placeholder', '');
39867          }).focusout(function () {
39868            $('.pane-intro .search-site').removeClass('active');
39869            $(this).attr('placeholder', 'Search the site');
39870          });
39871        });
39872      }
39873    };
39874
39875    /**
39876     * Cancer type book taxonomy menu active trails
39877     */
39878    Drupal.behaviors.cancerTypeBookTrails = {
39879      attach: function(context, settings) {
39880        $('.view-book-menu-icons', context).once('book-menu-processed', function() {
39881          // Compare with each link's href
39882          $('a', this).each(function() {
39883            var $this = $(this);
39884            if($this[0]['pathname'] == window.location.pathname) {
39885              $this.parents('.views-row').addClass('active-trail');
39886              $this.attr('aria-label', 'Active Menu Item: ' + $this.text());
39887            }
39888            else {
39889              $this.attr('aria-label', $this.text());
39890            }
39891          });
39892        });
39893      }
39894    };
39895
39896    /**
39897     * Clickable boxes
39898     */
39899    Drupal.behaviors.clickableBoxes = {
39900      attach: function(context, settings) {
39901        var clickable_box_classes = [
39902          '.field-name-field-page-sub-pages .field-items .field-item article',  // Coping and Emotions
39903          '.view-blog .view-content .views-row', // Blog
39904          '.page-taxonomy-term article.node-blog-entry', // Blog taxonomy term page
39905          '.cancernet-videos .video-categories .views-row', // Videos page
39906        ];
39907        $(clickable_box_classes.join(', '), context).once('clickable-boxes-processed', function() {
39908          $(this).addClass('clickable');
39909          // Find the first href and go to that location on click
39910          $(this).click(function() {
39911            window.location = $('a[href]', this).attr('href');
39912          });
39913        });
39914      }
39915    };
39916
39917    Drupal.behaviors.fixIframeHeightForSplash = {
39918      attach: function(context, settings) {
39919        var iframe = $('.cboxIframe'),
39920            parent = $('#cboxLoadedContent'),
39921            colorbox = $('#colorbox'),
39922            body = $('body');
39923
39924        //iframe.width(parent.width());
39925        iframe.attr('height', parent.height() + "px");
39926        iframe.attr('width', parent.width() + "px");
39927        colorbox.css('z-index', '99999999');
39928        //console.log(colorbox.css("opacity"));
39929
39930        if (colorbox.css("opacity") == 1) {
```

Page 1041

```
39931            body.css('overflow-y', 'hidden');
39932            colorbox.click(function(){
39933              body.css('overflow-y', 'visible');
39934            })
39935          }
39936          else if (colorbox.css('opacity') == 'undefined') {
39937            body.css('overflow-y', 'visible');
39938          }
39939        }
39940      };
39941
39942    Drupal.behaviors.iframeOnClick = {
39943      attach: function(context, settings) {
39944        var $icons = $('.icons', context),
39945            $fb_like_src = $('<iframe
...  src="//www.facebook.com/plugins/like.php?href=https%3A%2F%2Fwww.facebook.com%
...  2FCancerDotNet&amp;width=90&amp;height=21&amp;colorscheme=light&amp;layout=
...  button_count&amp;action=like&amp;show_faces=false&amp;send=false" scrolling="no"
...  frameborder="0" allowtransparency="true"></iframe>'),
39946            $twitter_tweet_src = $('<iframe id="twitter-widget-0" scrolling="no"
...  frameborder="0" allowtransparency="true"
...  src="http://platform.twitter.com/widgets/follow_button.1397165098.html#_=
...  1398091392297&amp;id=twitter-widget-0&amp;lang=en&amp;screen_name=CancerDotNet&amp;
...  show_count=false&amp;show_screen_name=false&amp;size=m" class="twitter-follow-button
...  twitter-follow-button" title="Twitter Follow Button" data-twttr-rendered="true"
...  style="width: 59px; height: 20px;"></iframe>');
39947
39948
39949        $icons.bind('click', function(e){
39950          var $iframe_src = '',
39951              $this = $(this);
39952
39953          $this.addClass('active');
39954          if($this.parent().hasClass('facebook')){
39955            $iframe_src = $fb_like_src;
39956          }
39957          else if ($this.parent().hasClass('twitter')) {
39958            $iframe_src = $twitter_tweet_src;
39959          }
39960
39961          $this.next().addClass('opaque').append($iframe_src);
39962
39963          if(!$this.parent().hasClass('expanded')){
39964            $this.parent().addClass('expanded');
39965            e.preventDefault();
39966          }
39967
39968        });
39969
39970      }
39971    };
39972
39973    Drupal.behaviors.addAttrToNavigation = {
39974      attach: function(context, settings) {
39975
39976        var $menu = $('#mobile-menu', context);
39977
39978        $menu.attr('aria-expanded', false);
39979
39980        $menu.bind('click', function(){
39981          if(!$menu.hasClass('active')){
39982            $menu.attr('aria-expanded', false);
39983          }
39984          else if ($menu.hasClass('active')){
39985            $menu.attr('aria-expanded', true);
39986          }
39987        });
39988
```

```
39989          }
39990        };
39991
39992
39993      Drupal.behaviors.addAriaLabeltoControls = {
39994        attach: function(context, settings) {
39995          var $controlLeft  = $('a.flex-prev', context),
39996              $controlRight = $('a.flex-next', context);
39997
39998          $controlLeft.attr('aria-label', 'Slideshow Previous');
39999          $controlRight.attr('aria-label', 'Slideshow Next');
40000
40001        }
40002      };
40003
40004      /**
40005       * Fix the top menu when scrolling
40006       */
40007      $(window).scroll(function () {
40008        if ($(window).scrollTop() > 29) {
40009          $('.top').addClass('fixed');
40010        }
40011        if ($(window).scrollTop() < 30) {
40012          $('.top').removeClass('fixed');
40013        }
40014      });
40015
40016    })(jQuery, Drupal, this, this.document);
40017    ;/**/
40018    // (function ($, Drupal) {
40019    //
40020    //    Drupal.behaviors.ascoAnalytics = {
40021    //       attach: function (context, settings) {
40022    //
40023    //          //
40024    //          //  Navigation bar
40025    //          //
40026    //
40027    //          $('.top a, .content-wrap header a', context).click(function () {
40028    //            trackNavBarClick('Nav Top', $(this).text());
40029    //          });
40030    //
40031    //          $('footer a', context).click(function () {
40032    //            trackNavBarClick('Nav Bottom', $(this).text());
40033    //          });
40034    //
40035    //          function trackNavBarClick(location, name) {
40036    //            var s = s_gi(s_account);
40037    //            s.linkTrackVars =
    …    'eVar45,eVar46,eVar48,eVar49,prop45,prop46,prop48,prop49,events';
40038    //            s.linkTrackEvents = 'event34';
40039    //            s.eVar45 = location;
40040    //            s.prop45 = location;
40041    //            s.eVar46 = name + ':' + location;
40042    //            s.prop46 = name + ':' + location;
40043    //            s.eVar48 = location;
40044    //            s.prop48 = location;
40045    //            s.eVar49 = name + ':' + s.pageName;
40046    //            s.prop49 = name + ':' + s.pageName;
40047    //            s.events = 'event34';
40048    //            s.tl(this, 'o', name);
40049    //          }
40050    //
40051    //          //
40052    //          //  AddThis
40053    //          //
40054    //          $('.addthis_toolbox a:not(.addthis_button_compact)', context).click(function
    …    () {
```

```
40055   //        var s = s_gi(s_account);
40056   //        s.linkTrackVars = 'eVar37,eVar38,events';
40057   //        s.linkTrackEvents = 'event38';
40058   //        s.eVar38 = $(this).attr('title');
40059   //        s.eVar37 = s.pageName;
40060   //        s.events = 'event38';
40061   //        s.tl(this, 'o', $(this).attr('title'));
40062   //      });
40063   //
40064   //      //
40065   //      //  Header social media tracking
40066   //      //
40067   //
40068   //      $('.connect .service.facebook', context).click(function () {
40069   //        trackSocialMediaClick('event12', 'Facebook Icon Click');
40070   //      });
40071   //
40072   //      $('.connect .service.twitter', context).click(function () {
40073   //        trackSocialMediaClick('event13', 'Twitter Icon Click');
40074   //      });
40075   //
40076   //      $('.connect .service.youtube', context).click(function () {
40077   //        trackSocialMediaClick('event14', 'YouTube Icon Click');
40078   //      });
40079   //
40080   //      // Gplus button has flickr class
40081   //      $('.connect .service.flickr', context).click(function () {
40082   //        trackSocialMediaClick('event35', 'Google+ Icon Click');
40083   //      });
40084   //
40085   //      function trackSocialMediaClick(event, name) {
40086   //        var s = s_gi(s_account);
40087   //        s.dc = '122';
40088   //        s.linkTrackVars = 'events';
40089   //        s.linkTrackEvents = event;
40090   //        s.events = event;
40091   //        s.tl(jQuery(this), 'o', name);
40092   //      }
40093   //
40094   //      //
40095   //      //  PDF Download click tracking
40096   //      //
40097   //      $('.pdf-download', context).click(function () {
40098   //        var s = s_gi(s_account);
40099   //        s.linkTrackVars = 'prop7,prop8,eVar7,events';
40100   //        s.linkTrackEvents = 'event4';
40101   //        s.prop7 = s.pageName + '-printPDF';
40102   //        s.eVar7 = s.pageName + '-printPDF';
40103   //        s.prop8 = s.pageName;
40104   //        s.events = 'event4';
40105   //        s.tl(this, 'o', 'Download PDF');
40106   //      });
40107   //    }
40108   //  };
40109   //
40110   // })(jQuery, Drupal);
40111   ;/**/
40112   (function ($) {
40113     Drupal.behaviors.asco_eu_cookie_compliance_popup = {
40114       attach: function(context, settings) {
40115         $('html', context).once(function () {
40116           // If configured, check JSON callback to determine if in EU.
40117           if (Drupal.settings.asco_eu_cookie_compliance.popup_eu_only_js) {
40118             if (!Drupal.asco_eu_cookie_compliance.hasAgreed()) {
40119               var url = Drupal.settings.basePath + 'geoip.php';
40120               $.getJSON(url, function (data) {
40121                 // If in the EU, show the compliance popup.
40122                 if (data.in_eu) {
```

```
40123               Drupal.asco_eu_cookie_compliance.execute();
40124             }
40125             // If not in EU, set an agreed cookie automatically.
40126             else {
40127               Drupal.asco_eu_cookie_compliance.setStatus(2);
40128             }
40129           });
40130         }
40131       }
40132       // Otherwise, fallback to standard behavior which is to render the popup.
40133       else {
40134         Drupal.asco_eu_cookie_compliance.execute();
40135       }
40136     });
40137   }
40138 };
40139
40140   Drupal.asco_eu_cookie_compliance = {};
40141
40142   Drupal.asco_eu_cookie_compliance.execute = function() {
40143
…   $('body').not('.sliding-popup-processed').addClass('sliding-popup-processed').each(
…   function() {
40144       try {
40145         var enabled = Drupal.settings.asco_eu_cookie_compliance.popup_enabled;
40146         if(!enabled) {
40147           return;
40148         }
40149         if (!Drupal.asco_eu_cookie_compliance.cookiesEnabled()) {
40150           return;
40151         }
40152         var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
40153         var clicking_confirms =
…   Drupal.settings.asco_eu_cookie_compliance.popup_clicking_confirmation;
40154         var agreed_enabled =
…   Drupal.settings.asco_eu_cookie_compliance.popup_agreed_enabled;
40155         var popup_hide_agreed =
…   Drupal.settings.asco_eu_cookie_compliance.popup_hide_agreed;
40156         if (status == 0) {
40157           var next_status = 1;
40158           if (clicking_confirms) {
40159             $('a, input[type=submit]').bind('click.asco_eu_cookie_compliance',
…   function(){
40160               if(!agreed_enabled) {
40161                 Drupal.asco_eu_cookie_compliance.setStatus(1);
40162                 next_status = 2;
40163               }
40164               Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
40165             });
40166           }
40167
40168           $('.agree-button').click(function(){
40169             if(!agreed_enabled) {
40170               Drupal.asco_eu_cookie_compliance.setStatus(1);
40171               next_status = 2;
40172             }
40173             Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
40174           });
40175
40176
…   Drupal.asco_eu_cookie_compliance.createPopup(Drupal.settings.
…   asco_eu_cookie_compliance.popup_html_info);
40177         } else if(status == 1) {
40178
…   Drupal.asco_eu_cookie_compliance.createPopup(Drupal.settings.
…   asco_eu_cookie_compliance.popup_html_agreed);
40179           if (popup_hide_agreed) {
40180             $('a,
```

```
40180…   input[type=submit]').bind('click.asco_eu_cookie_compliance_hideagreed', function(){
40181               Drupal.asco_eu_cookie_compliance.changeStatus(2);
40182             });
40183           }
40184
40185         } else {
40186           return;
40187         }
40188       }
40189       catch(e) {
40190         return;
40191       }
40192     });
40193   };
40194
40195   Drupal.asco_eu_cookie_compliance.createPopup = function(html) {
40196     var popup = $(html)
40197       .attr({"id": "sliding-popup"})
40198       .height(Drupal.settings.asco_eu_cookie_compliance.popup_height)
40199       .width(Drupal.settings.asco_eu_cookie_compliance.popup_width)
40200       .hide();
40201     if(Drupal.settings.asco_eu_cookie_compliance.popup_position) {
40202       popup.prependTo("body");
40203       var height = popup.height();
40204       popup.show()
40205         .attr({"class": "sliding-popup-top"})
40206         .css({"top": -1 * height})
40207         .animate({top: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay);
40208     } else {
40209       popup.appendTo("body");
40210       height = popup.height();
40211       popup.show()
40212         .attr({"class": "sliding-popup-bottom"})
40213         .css({"bottom": -1 * height})
40214         .animate({bottom: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay)
40215     }
40216     Drupal.asco_eu_cookie_compliance.attachEvents();
40217   }
40218
40219   Drupal.asco_eu_cookie_compliance.attachEvents = function() {
40220     var clicking_confirms =
40220… Drupal.settings.asco_eu_cookie_compliance.popup_clicking_confirmation;
40221     var agreed_enabled =
40221… Drupal.settings.asco_eu_cookie_compliance.popup_agreed_enabled;
40222     $('.find-more-button').click(function(){
40223       if (Drupal.settings.asco_eu_cookie_compliance.popup_link_new_window) {
40224         window.open(Drupal.settings.asco_eu_cookie_compliance.popup_link);
40225       }
40226       else{
40227         window.location.href = Drupal.settings.asco_eu_cookie_compliance.popup_link;
40228       }
40229     });
40230     $('.agree-button').click(function(){
40231       var next_status = 1;
40232       if(!agreed_enabled) {
40233         Drupal.asco_eu_cookie_compliance.setStatus(1);
40234         next_status = 2;
40235       }
40236       if (clicking_confirms) {
40237         $('a, input[type=submit]').unbind('click.asco_eu_cookie_compliance');
40238       }
40239       Drupal.asco_eu_cookie_compliance.changeStatus(next_status);
40240     });
40241     $('.hide-popup-button').click(function(){
40242       Drupal.asco_eu_cookie_compliance.changeStatus(2);
40243     });
40244   }
40245
```

```
40246    Drupal.asco_eu_cookie_compliance.getCurrentStatus = function() {
40247      name = 'cookie-agreed-new';
40248      value = Drupal.asco_eu_cookie_compliance.getCookie(name);
40249      return value;
40250    }
40251
40252    Drupal.asco_eu_cookie_compliance.changeStatus = function(value) {
40253      var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
40254      if (status == value) return;
40255      if(Drupal.settings.asco_eu_cookie_compliance.popup_position) {
40256        $(".sliding-popup-top").animate({top: $("#sliding-popup").height() * -1},
…    Drupal.settings.asco_eu_cookie_compliance.popup_delay, function () {
40257          if(status == 0) {
40258
…  $("#sliding-popup").html(Drupal.settings.asco_eu_cookie_compliance.popup_html_agreed)
…  .animate({top: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay);
40259            Drupal.asco_eu_cookie_compliance.attachEvents();
40260          }
40261          if(status == 1) {
40262            $("#sliding-popup").remove();
40263          }
40264        })
40265      } else {
40266        $(".sliding-popup-bottom").animate({bottom: $("#sliding-popup").height() * -1},
…    Drupal.settings.asco_eu_cookie_compliance.popup_delay, function () {
40267          if(status == 0) {
40268
…  $("#sliding-popup").html(Drupal.settings.asco_eu_cookie_compliance.popup_html_agreed)
…  .animate({bottom: 0}, Drupal.settings.asco_eu_cookie_compliance.popup_delay)
40269            Drupal.asco_eu_cookie_compliance.attachEvents();
40270          }
40271          if(status == 1) {
40272            $("#sliding-popup").remove();
40273          }
40274        ;})
40275      }
40276      Drupal.asco_eu_cookie_compliance.setStatus(value);
40277    }
40278
40279    Drupal.asco_eu_cookie_compliance.setStatus = function(status) {
40280      var date = new Date();
40281      date.setDate(date.getDate() + 100);
40282      var cookie = "cookie-agreed-new=" + status + ";expires=" + date.toUTCString() +
…  ";path=" + Drupal.settings.basePath;
40283      if(Drupal.settings.asco_eu_cookie_compliance.domain) {
40284        cookie += ";domain="+Drupal.settings.asco_eu_cookie_compliance.domain;
40285      }
40286      document.cookie = cookie;
40287    }
40288
40289    Drupal.asco_eu_cookie_compliance.hasAgreed = function() {
40290      var status = Drupal.asco_eu_cookie_compliance.getCurrentStatus();
40291      if(status == 1 || status == 2) {
40292        return true;
40293      }
40294      return false;
40295    }
40296
40297
40298    /**
40299     * Verbatim copy of Drupal.comment.getCookie().
40300     */
40301    Drupal.asco_eu_cookie_compliance.getCookie = function(name) {
40302      var search = name + '=';
40303      var returnValue = '';
40304
40305      if (document.cookie.length > 0) {
40306        offset = document.cookie.indexOf(search);
```

Page 1047

```
40307          if (offset != -1) {
40308            offset += search.length;
40309            var end = document.cookie.indexOf(';', offset);
40310            if (end == -1) {
40311              end = document.cookie.length;
40312            }
40313            returnValue = decodeURIComponent(document.cookie.substring(offset,
      end).replace(/\+/g, '%20'));
40314          }
40315        }
40316
40317        return returnValue;
40318      };
40319
40320      Drupal.asco_eu_cookie_compliance.cookiesEnabled = function() {
40321        var cookieEnabled = (navigator.cookieEnabled) ? true : false;
40322          if (typeof navigator.cookieEnabled == "undefined" && !cookieEnabled) {
40323            document.cookie="testcookie";
40324            cookieEnabled = (document.cookie.indexOf("testcookie") != -1) ? true : false;
40325          }
40326        return (cookieEnabled);
40327      }
40328
40329    })(jQuery);;/**/
40330
40331    **************************************************
40332    The following data is from cancer_net-colon-20160919-page_source.txt
40333    **************************************************
40334
40335    <!DOCTYPE html>
40336    <!--[if IEMobile 7]><html class="iem7"  lang="en" dir="ltr"><![endif]-->
40337    <!--[if lte IE 6]><html class="lt-ie10 lt-ie9 lt-ie8 lt-ie7"  lang="en"
      dir="ltr"><![endif]-->
40338    <!--[if (IE 7)&(!IEMobile)]><html class="lt-ie10 lt-ie9 lt-ie8"  lang="en"
      dir="ltr"><![endif]-->
40339    <!--[if IE 8]><html class="lt-ie10 lt-ie9"  lang="en" dir="ltr"><![endif]-->
40340    <!--[if IE 9]><html class="lt-ie10"  lang="en" dir="ltr" prefix="fb:
      http://ogp.me/ns/fb# og: http://ogp.me/ns# article: http://ogp.me/ns/article# book:
      http://ogp.me/ns/book# profile: http://ogp.me/ns/profile# video:
      http://ogp.me/ns/video# product: http://ogp.me/ns/product#"><![endif]-->
40341    <!--[if (gt IE 9)|(gt IEMobile 7)]><!--><html  lang="en" dir="ltr" prefix="fb:
      http://ogp.me/ns/fb# og: http://ogp.me/ns# article: http://ogp.me/ns/article# book:
      http://ogp.me/ns/book# profile: http://ogp.me/ns/profile# video:
      http://ogp.me/ns/video# product: http://ogp.me/ns/product#"><!--<![endif]-->
40342    <head>
40343      <!--[if IE]><![endif]-->
40344    <!--[if IE]><meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1" />
40345    <![endif]--><meta charset="utf-8" />
40346    <link rel="shortcut icon"
      href="http://www.cancer.net/sites/cancer.net/themes/cancernet2/favicon.ico" />
40347    <meta name="generator" content="Drupal 7 (http://drupal.org)" />
40348    <link rel="canonical" href="http://www.cancer.net/cancer-types/colorectal-cancer" />
40349    <link rel="shortlink" href="http://www.cancer.net/node/31317" />
40350    <meta property="og:site_name" content="Cancer.Net" />
40351    <meta property="og:type" content="article" />
40352    <meta property="og:url"
      content="http://www.cancer.net/cancer-types/colorectal-cancer" />
40353    <meta property="og:title" content="Colorectal Cancer" />
40354    <meta property="og:updated_time" content="2014-06-16T23:00:42-04:00" />
40355    <meta property="og:image"
      content="http://www.cancer.net/sites/cancer.net/files/logo-sm2.png" />
40356    <meta property="article:published_time" content="2014-06-16T21:42:10-04:00" />
40357    <meta property="article:modified_time" content="2014-06-16T23:00:42-04:00" />
40358      <title>Colorectal Cancer | Cancer.Net</title>
40359
40360        <meta name="MobileOptimized" content="width">
40361      <meta name="HandheldFriendly" content="true">
40362      <meta name="viewport" content="width=device-width, initial-scale=1.0,
```

```
40362…   maximum-scale=1.0, user-scalable=no' />
40363      <meta content='IE=edge,chrome=1' http-equiv='X-UA-Compatible' />
40364     <meta http-equiv="cleartype" content="on">
40365
40366     <link rel="stylesheet"
  …   href="//www.cancer.net/sites/cancer.net/files/advagg_css/css__gbzhRosnkIaq8w22lxUICs-
  …   BHQK-
  …   oSw0bHnpRRIpxqQ__899hiF24pkzkEb0xd2gekls2xtKhi8hf9oTivl7gTA8__VA9QVjdMnMmgtiWCnRloUfU
  …   2L4BUNp3x6u-e4T2CU7c.css" media="all" />
40367   <link rel="stylesheet"
  …   href="//www.cancer.net/sites/cancer.net/files/advagg_css/
  …   css__a94wuqfCtJlLZvneV__mJYVnkKAil0U8sqSM4y4jkQw__mIAD2iPJ5n2HLqBtA41KIlG428RCVBzl8-
  …   fl0mvulNA__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.css" media="all" />
40368   <style>#sliding-popup.sliding-popup-bottom{background:#fafafa;}#sliding-popup
  …   .popup-content #popup-text h2,#sliding-popup .popup-content #popup-text
  …   p{color:#000000 !important;}
40369   </style>
40370      <script
  …   src="//assets.adobedtm.com/08ea87c56daf75bfaf64ba3c376a9bb332787c3e/satelliteLib-
  …   c45c8bb08d0a0bb9dd4d8170708fc8ed2b4730ff.js"></script>
40371   <script src="//assets.kampyle.com/clients/2407282/k_config.js"></script>
40372   <script
  …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
  …   js__9Cx5V9kgfqBOBsVd7ynjlMqo7MQiW51n4JtwKGs0EXw__GFcMVwA_8zYqqv3dYigkNwJmJBQm6DAlc8ht
  …   Du-dGw4__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
40373   <script
  …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
  …   js__zeCMkq2N0NWtVxs31etAK2DpYv_j7yjqXK-yUqB7Xmw__8QhTB7rZrLVwvCP-fnwv-
  …   HCitk5LYNMsy67p0LS2P_c__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
40374   <script
  …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
  …   js__D8JhA7_kSDkPf0ovet0jLBwhcWXPc-
  …   Iylsc7DXowLIA__d8l1BjXvHTLyXg8HbfMPAVGIs9ekuLB0bNnI98j_8UY__VA9QVjdMnMmgtiWCnRloUfU2L
  …   4BUNp3x6u-e4T2CU7c.js"></script>
40375   <script
  …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
  …   js__lLLQPAZFwrvC3I_GV6gu4PUxCMP4WZu8BSeunf0RFqM__bF3WFJH7leMkBL8xNlcy0t-
  …   psInZUHH9uCQSu4P1bro__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
40376   <script async="async"
  …   src="//admin.brightcove.com/js/BrightcoveExperiences.js"></script>
40377   <script>jQuery.extend(Drupal.settings,
  …   {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"cancernet2","theme_token":
  …   "LanyfevPUui9uwlYgUAe0bnIBYS0SoBtzb9DpGTUH60","css":{"modules\/system\/system.base.
  …   css":1,"modules\/system\/system.menus.css":1,"modules\/system\/system.messages.css":1
  …   ,"modules\/system\/system.theme.css":1,"misc\/ui\/jquery.ui.core.css":1,"misc\/ui\/
  …   jquery.ui.theme.css":1,"misc\/ui\/jquery.ui.button.css":1,"misc\/ui\/jquery.ui.
  …   resizable.css":1,"misc\/ui\/jquery.ui.dialog.css":1,"sites\/all\/modules\/custom\/
  …   asco_profile\/css\/asco_profile.css":1,"sites\/all\/modules\/custom\/asco_share_links
  …   \/css\/asco_share_links.css":1,"sites\/all\/modules\/custom\/asco_sso\/sso.css":1,"
  …   modules\/book\/book.css":1,"modules\/comment\/comment.css":1,"sites\/all\/modules\/
  …   contrib\/date\/date_api\/date.css":1,"sites\/all\/modules\/contrib\/date\/date_popup\
  …   /themes\/datepicker.1.7.css":1,"modules\/field\/theme\/field.css":1,"sites\/cancer.
  …   net\/modules\/contrib\/fitvids\/fitvids.css":1,"sites\/all\/modules\/contrib\/
  …   flexslider\/assets\/css\/flexslider_img.css":1,"sites\/all\/modules\/contrib\/mollom\
  …   /mollom.css":1,"modules\/node\/node.css":1,"sites\/all\/modules\/contrib\/quiz\/quiz.
  …   css":1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/
  …   modules\/contrib\/views\/css\/views.css":1,"sites\/all\/modules\/contrib\/colorbox\/
  …   styles\/default\/colorbox_style.css":1,"sites\/all\/modules\/contrib\/ctools\/css\/
  …   ctools.css":1,"sites\/all\/modules\/contrib\/panels\/css\/panels.css":1,"sites\/all\/
  …   modules\/contrib\/simple_dialog\/css\/simple_dialog.css":1,"sites\/cancer.net\/
  …   modules\/contrib\/tagclouds\/tagclouds.css":1,"sites\/all\/modules\/contrib\/
  …   BookMadeSimple\/book_made_simple.css":1,"sites\/cancer.net\/modules\/contrib\/
  …   custom_search\/custom_search.css":1,"sites\/all\/modules\/custom\/
  …   asco_eu_cookie_compliance\/css\/asco_eu_cookie_compliance.css":1,"sites\/cancer.net\/
  …   themes\/cancernet2\/system.menus.css":1,"sites\/cancer.net\/themes\/cancernet2\/
  …   system.messages.css":1,"sites\/cancer.net\/themes\/cancernet2\/system.theme.css":1,"
  …   sites\/cancer.net\/themes\/cancernet2\/css\/styles.css":1,"sites\/cancer.net\/themes\
  …   /cancernet2\/css\/print.css":1,"0":1},"js":{"sites\/all\/modules\/contrib\/admin_menu
```

40377… \/admin_devel\/admin_devel.js":1,"sites\/all\/modules\/custom\/asco_account\/js\/
account-menu.js":1,"sites\/all\/modules\/custom\/asco_sso\/sso.js":1,"sites\/cancer.
net\/modules\/contrib\/fitvids\/fitvids.js":1,"sites\/all\/modules\/contrib\/
authcache\/authcache.js":1,"misc\/jquery.cookie.js":1,"sites\/all\/libraries\/
colorbox\/jquery.colorbox-min.js":1,"sites\/all\/modules\/contrib\/colorbox\/js\/
colorbox.js":1,"sites\/all\/modules\/contrib\/colorbox\/styles\/default\/
colorbox_style.js":1,"sites\/all\/modules\/contrib\/simple_dialog\/js\/simple_dialog.
js":1,"sites\/all\/libraries\/jstorage\/jstorage.min.js":1,"sites\/cancer.net\/
modules\/contrib\/custom_search\/js\/custom_search.js":1,"sites\/all\/modules\/
contrib\/splashify\/js\/splashify_init_min.js":1,"sites\/cancer.net\/themes\/
cancernet2\/js\/jquery.placeholder.js":1,"sites\/cancer.net\/themes\/cancernet2\/js\/
cancernet2.js":1,"sites\/cancer.net\/themes\/cancernet2\/js\/analytics.js":1,"sites\/
all\/modules\/custom\/asco_eu_cookie_compliance\/js\/asco_eu_cookie_compliance.js":1,
"\/\/assets.adobedtm.com\/08ea87c56daf75bfaf64ba3c376a9bb332787c3e\/satelliteLib-
c45c8bb08d0a0bb9dd4d8170708fc8ed2b4730ff.js":1,"https:\/\/assets.kampyle.com\/clients
\/2407282\/k_config.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/
jquery\/1.7\/jquery.min.js":1,"misc\/jquery.once.js":1,"misc\/drupal.js":1,"sites\/
cancer.net\/libraries\/fitvids\/jquery.fitvids.js":1,"sites\/all\/modules\/contrib\/
jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.core.min.js":1,"sites\/all\/
modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.widget.min.js":
1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/external\/jquery.cookie.
js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery
.ui.button.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/
minified\/jquery.ui.mouse.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/
replace\/ui\/ui\/minified\/jquery.ui.draggable.min.js":1,"sites\/all\/modules\/
contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.position.min.js":1,"
sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/minified\/jquery.ui.
resizable.min.js":1,"sites\/all\/modules\/contrib\/jquery_update\/replace\/ui\/ui\/
minified\/jquery.ui.dialog.min.js":1,"http:\/\/admin.brightcove.com\/js\/
BrightcoveExperiences.js":1}},"authcache":{"q":"node\/31317","cp":{"path":"\/","
domain":".cancer.net","secure":false},"cl":23.148148148148},"asco_sso":{"user_uid":
null,"imisid":false,"username":null,"logout":false,"setAscoOrgSession":false},"
colorbox":{"transition":"elastic","speed":"350","opacity":"0.85","slideshow":false,"
slideshowAuto":true,"slideshowSpeed":"2500","slideshowStart":"start
slideshow","slideshowStop":"stop slideshow","current":"{current} of
{total}","previous":"\u00ab Prev","next":"Next
\u00bb","close":"Close","overlayClose":true,"maxWidth":"100%","maxHeight":"100%","
initialWidth":"400","initialHeight":"200","fixed":true,"scrolling":false,"
mobiledetect":true,"mobiledevicewidth":"480px"},"jcarousel":{"ajaxPath":"\/jcarousel\
/ajax\/views"},"simpleDialog":{"classes":"","defaults":"width:300;height:auto;
position:[center,60]","selector":"content","title":""},"splashify":{"js_splash_always
":"0","js_expire_after":31536000,"js_mode":"colorbox","js_mode_settings":{"mode":"
sequence","system_splash":"","urls":["http:\/\/www.cancer.net\/sites\/cancer.net\/
files\/ccf-lightbox.html"],"total_urls":1,"size_width":"500","size_height":"585"},"
js_disable_referrer_check":1},"custom_search":{"form_target":"_self","solr":1},"
better_exposed_filters":{"views":{"book_menu_icons":{"displays":{"book_menu_pane":{"
filters":[]}}},"rightslink":{"displays":{"block":{"filters":[]}}},"pdf_block":{"
displays":{"block":{"filters":[]}}}},"urlIsAjaxTrusted":{"\/cancer-types\/colorectal
-cancer":true},"asco_eu_cookie_compliance":{"popup_enabled":1,"popup_agreed_enabled":
0,"popup_hide_agreed":1,"popup_clicking_confirmation":0,"popup_html_info":"\u003Cdiv\
u003E\n  \u003Cdiv class =\u0022popup-content info\u0022\u003E\n    \u003Cdiv
id=\u0022popup-text\u0022\u003E\n    \u003Ch2\u003ETerms of Use and Privacy
Policy\u003C\/h2\u003E\n\n\u003Cp\u003EBy using this site, you agree to the \u003Ca
href=\u0022\/terms-use\u0022 target=\u0022_blank\u0022\u003ETerms of
Use\u003C\/a\u003E and \u003Ca href=\u0022\/privacy-policy\u0022
target=\u0022_blank\u0022\u003EPrivacy Policy\u003C\/a\u003E. This site uses cookies
to store information on your computer. Some are essential to make our site work
properly, others perform other functions more fully described in our Privacy Policy,
such as improving the user experience. By using the site, you consent to the
placement of these cookies. Read our \u003Ca href=\u0022\/privacy-policy\u0022
target=\u0022_blank\u0022\u003EPrivacy Policy\u003C\/a\u003E to learn
more.\u003C\/p\u003E\n    \u003C\/div\u003E\n    \u003Cdiv
id=\u0022popup-buttons\u0022\u003E\n    \u003Ca class=\u0022agree-button
button\u0022\u003EClose\u003C\/a\u003E\n        \u003Ca class=\u0022find-more-button
button\u0022\u003ENo, give me more info\u003C\/a\u003E\n    \u003C\/div\u003E\n
\u003C\/div\u003E\n\u003C\/div\u003E\n","popup_html_agreed":"\u003Cdiv\u003E\n
\u003Cdiv class =\u0022popup-content agreed\u0022\u003E\n    \u003Cdiv
id=\u0022popup-text\u0022\u003E\n        \u003Ch2\u003EThank you for accepting

```
40377    cookies.\u003C\/h2\u003E\n\u003Cp\u003EYou can now hide this message or find out more
    …    about cookies.\u003C\/p\u003E\n      \u003C\/div\u003E\n      \u003Cdiv
    …    id=\u0022popup-buttons\u0022\u003E\n          \u003Cbutton type=\u0022button\u0022
    …    class=\u0022hide-popup-button\u0022\u003EHide\u003C\/button\u003E\n      \u003Cbutton
    …    type=\u0022button\u0022 class=\u0022find-more-button\u0022 \u003EMore
    …    info\u003C\/button\u003E\n      \u003C\/div\u003E\n
    …    \u003C\/div\u003E\n\u003C\/div\u003E","popup_height":"auto","popup_width":"100%","
    …    popup_delay":1000,"popup_link":"\/privacy-policy","popup_link_new_window":1,"
    …    popup_position":null,"popup_language":"en","popup_eu_only_js":0,"domain":""},"fitvids
    …    ":{"custom_domains":[],"selectors":[".view-featured-video\r",".blog-entry-media-
    …    wrapper\r",".blog-entry-video-wrapper"],"simplifymarkup":1},"asco_dtm":{"pageName":"
    …    CN:Types of Cancer\u003EColorectal Cancer","prop1":"Types of Cancer","prop2":"Types
    …    of Cancer\u003EColorectal
    …    Cancer","logged":"non-logged","prop52":"English"}});\u003C/script>
40378          <!--[if lt IE 9]>
40379          <script src="/sites/all/themes/zen/js/html5-respond.js"></script>
40380          <![endif]-->
40381          <script data-cfasync="false" type="text/javascript"
    …    src="//filamentapp.s3.amazonaws.com/897829ef5ea3a23a6a21d882eb3c7183.js"
    …    async="async"></script>
40382    </head>
40383    <body class="html not-front not-logged-in page-node page-node- page-node-31317
    …    node-type-cancer-type-summary i18n-en section-cancer-types page-panels" >
40384          <p id="skip-link">
40385          <a href="#main-content" class="element-invisible element-focusable">Skip to
    …    Content</a>
40386          </p>
40387
40388    <div id="page">
40389      <div class="top">
40390        <div class="wrap">
40391          <section class="eyebrow">
40392              <div class="region region-eyebrow">
40393          <div id="block-cancernet-language-switcher-cancernet-language-switcher"
    …    class="block block-cancernet-language-switcher user-nav first odd">
40394
40395
40396      <ul class="links"><li class="0 first last"><a
    …    href="/es/tipos-de-c%C3%A1ncer/c%C3%A1ncer-colorectal" class="translation-link"
    …    lang="es">Español</a></li>
40397    </ul>
40398    </div>
40399    <div id="block-menu-menu-top-menu" class="block block-menu asco-nav last even">
40400
40401
40402      <ul class="menu"><li class="menu__item is-leaf first leaf"><a
    …    href="http://www.asco.org " target="_blank" class="menu__link">ASCO</a></li>
40403    <li class="menu__item is-leaf leaf"><a
    …    href="http://conquercancerfoundation.org?cmpid=cn_topnav_link" target="_blank"
    …    class="menu__link">Conquer Cancer Foundation   </a></li>
40404    <li class="menu__item is-leaf leaf"><a href="http://jco.ascopubs.org "
    …    target="_blank" class="menu__link">Journal of Clinical Oncology </a></li>
40405    <li class="menu__item is-leaf leaf"><a href="http://jop.ascopubs.org "
    …    target="_blank" class="menu__link">Journal of Oncology Practice </a></li>
40406    <li class="menu__item is-leaf leaf"><a href="http://university.asco.org"
    …    target="_blank" class="menu__link">ASCO University  </a></li>
40407    <li class="menu__item is-leaf last leaf"><a
    …    href="http://support.conquercancerfoundation.org/site/Donation2?df_id=2420&amp;2420.
    …    donation=form1&amp;s_src=hyp2&amp;s_subsrc=contrib&amp;cmpid=
    …    rw_anngiv_don_net_ba_all_09-14-15_don" class="menu__link donate">Donate</a></li>
40408    </ul>
40409    </div>
40410      </div>
40411          </section>
40412        <header class="header" role="banner">
40413            <div class="header__region region region-header">
40414        <div id="block-panels-mini-header" class="block block-panels-mini first last
    …    odd">
```

```
40415
40416
40417        <div class="logo">
40418
40419
40420  <div class="panel-pane pane-block pane-block-234 cancernet-logo pane-block
...    cancernet-logo" >
40421
40422
40423
40424    <a href="/"><img src="/sites/cancer.net/themes/cancernet2/images/logo.png"
...    alt="Cancer.Net" /></a>
40425
40426    </div>
40427    </div>
40428    <div class="connect">
40429
40430
40431  <div class="panel-pane pane-block pane-block-246 enews pane-block enews" >
40432
40433
40434
40435    <a href="/about-us/inside-cancernet">eNEWS SIGNUP</a>
40436
40437    </div>
40438
40439
40440  <div class="panel-pane pane-block pane-block-235 social pane-block social" >
40441
40442
40443
40444        <div class="service facebook">
40445            <a href="https://www.facebook.com/CancerDotNet" title="Cancer.net on
...    Facebook" target="_blank" class="icons fb-icon">f</a>
40446            <div class="button fb-button"></div>
40447        </div>
40448        <div class="service twitter">
40449            <a href="https://twitter.com/cancerdotnet" title="Cancer.net on Twitter"
...    target="_blank" class="icons twitter-icon">t</a>
40450            <div class="button twitter-button"></div>
40451        </div>
40452        <div class="service youtube">
40453            <a href="https://www.youtube.com/user/cancerdotnet?sub_confirmation=1"
...    title="Cancer.net on YouTube" target="_blank" class="icons">y</a>
40454        </div>
40455        <div class="service google">
40456            <a href="https://plus.google.com/112758363242125638437/posts"
...    title="Cancer.net on Google" target="_blank" class="icons">g</a>
40457        </div>
40458
40459
40460    </div>
40461
40462
40463  <div class="panel-pane pane-block pane-custom-search-blocks-1 site-search
...    pane-custom-search-blocks site-search" >
40464
40465
40466
40467    <form class="search-form" action="/cancer-types/colorectal-cancer" method="post"
...    id="custom-search-blocks-form-1" accept-charset="UTF-8"><div><div class="form-item
...    form-type-textfield form-item-custom-search-blocks-form-1">
40468  <input title="Enter the terms you wish to search for." class="custom-search-box
...    form-text" placeholder="Search the site" type="text"
...    id="edit-custom-search-blocks-form-1--2" name="custom_search_blocks_form_1" value=""
...    size="15" maxlength="128" />
40469  </div>
40470  <input type="hidden" name="delta" value="1" />
```

```
40471 <input type="hidden" name="form_id" value="custom_search_blocks_form_1" />
40472 <div class="form-actions form-wrapper" id="edit-actions"><input type="submit"
…     id="edit-submit" name="op" value="Search" class="form-submit" /></div></div></form>
40473
40474    </div>
40475    </div>
40476
40477 </div>
40478    </div>
40479        </header>
40480        <section class="main-menu-bar">
40481            <div class="region region-top-nav">
40482      <div id="block-block-239" class="block block-block mobile-menu first odd">
40483
40484
40485    <p><a href="#" title="Mobile Menu" id="mobile-menu"><span
…     class="icons">m</span>Menu</a></p>
40486
40487 </div>
40488 <div id="block-system-main-menu" class="block block-system main-nav block-menu last
…     even" role="navigation" aria-label="Main Menu">
40489
40490
40491    <ul class="menu"><li class="menu__item is-leaf first leaf"><a href="/"
…     class="menu__link home" aria-label="Home">Home</a></li>
40492 <li class="menu__item is-active-trail is-leaf leaf active-trail"><a
…     href="/cancer-types" class="menu__link is-active-trail types active-trail"
…     aria-label="Active Menu Item: Types of Cancer">Types of Cancer</a></li>
40493 <li class="menu__item is-collapsed collapsed"><a href="/navigating-cancer-care"
…     class="menu__link navigating" aria-label="Navigating Cancer Care">Navigating Cancer
…     Care</a></li>
40494 <li class="menu__item is-collapsed collapsed"><a href="/coping-with-cancer"
…     class="menu__link coping" aria-label="Coping With Cancer">Coping With Cancer</a></li>
40495 <li class="menu__item is-collapsed collapsed"><a href="/research-and-advocacy"
…     class="menu__link research" aria-label="Research and Advocacy">Research and
…     Advocacy</a></li>
40496 <li class="menu__item is-collapsed collapsed"><a href="/survivorship"
…     class="menu__link survivorship" aria-label="Survivorship">Survivorship</a></li>
40497 <li class="menu__item is-collapsed collapsed"><a href="/blog" class="menu__link blog"
…     aria-label="Blog">Blog</a></li>
40498 <li class="menu__item is-collapsed last collapsed"><a href="/about-us"
…     class="menu__link about" aria-label="About Us">About Us</a></li>
40499 </ul>
40500 </div>
40501    </div>
40502        </section>
40503      </div>
40504    </div>
40505
40506    <div class="content-area wrap">
40507        <section class="secid"><!-- // begin placeholder --------------- -->
40508            </section><!-- // end placeholder -->
40509            <section class="breadcrumbs">
40510        <nav class="breadcrumb" role="navigation" aria-label="breadcrumb"><h2
…     class="element-invisible">You are here</h2><ol><li><a href="/">Home</a> <span
…     class="icons ascii-art" aria-hidden="true">&gt;</span> </li><li><a
…     href="/cancer-types" class="types">Types of Cancer</a> <span class="icons ascii-art"
…     aria-hidden="true">&gt;</span> </li><li>Colorectal Cancer</li></ol></nav>         <div
…     class="region region-breadcrumbs">
40511        <div id="block-views-pdf-block-block" class="block block-views print-pdf first
…     last odd">
40512
40513
40514    <div class="view view-pdf-block view-id-pdf_block view-display-id-block
…     view-dom-id-dd05b2542686880b065cb244b0078087">
40515
40516
40517
```

```
40518                <div class="view-content">
40519            <div class="views-row views-row-1 views-row-odd views-row-first
…    views-row-last">
40520
40521     <div class="views-field views-field-nid">          <span
…    class="field-content"></span>  </div>  </div>
40522        </div>
40523
40524
40525
40526
40527
40528
40529 </div>
40530 </div>
40531    </div>
40532      </section>
40533        <section class="main" role="main">
40534       <section class="content"><div class="pad">
40535                     <h2 class="page__title title" id="page-title">Colorectal
…    Cancer</h2>
40536                     <a id="main-content"></a>
40537
40538
40539
40540
40541
40542 <div class="panel-pane pane-custom pane-1" >
40543
40544
40545
40546    <p>This is Cancer.Net's Guide to Colorectal Cancer. Use the menu below to choose
…    the Overview/Introduction section to get started. Or, you can choose another section
…    to learn more about a specific question you have. Each guide is reviewed by experts
…    on the <a href="/about-us/cancernet-editorial-board">Cancer.Net Editorial Board</a>,
…    which is composed of medical, surgical, radiation, gynecologic, and pediatric
…    oncologists, oncology nurses, physician assistants, social workers, and patient
…    advocates.</p>
40547
40548
40549    </div>
40550
40551
40552 <div class="panel-pane pane-views-panes pane-book-menu-icons-book-menu-pane" >
40553
40554
40555
40556    <div class="view view-book-menu-icons view-id-book_menu_icons
…    view-display-id-book_menu_pane view-dom-id-c283e9911504835858596c976b3544e1">
40557             <div class="view-header">
40558        <p>Cancer.Net Guide<br />Colorectal Cancer </p>
40559 <style>
40560 .node-type-cancer-type-summary .view-book-menu-icons.view-display-id-book_menu_pane
…    .views-row a {
40561 position: static;
40562 }
40563 </style>     </div>
40564
40565
40566
40567      <div class="view-content">
40568        <div class="item-list">     <ul>          <li class="views-row views-row-1
…    views-row-odd views-row-first">
40569    <div class="views-field views-field-name">       <span class="field-content"><a
…    href="http://www.cancer.net/cancer-types/colorectal-cancer/introduction"
…    class="overview">Introduction</a></span>  </div></li>
40570          <li class="views-row views-row-2 views-row-even">
40571    <div class="views-field views-field-name">          <span class="field-content"><a
```

```
40571   href="http://www.cancer.net/cancer-types/colorectal-cancer/statistics"
...     class="statistics">Statistics</a></span>   </div></li>
40572           <li class="views-row views-row-3 views-row-odd">
40573     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/medical-illustrations"
...     class="medical-illustrations">Medical Illustrations</a></span>   </div></li>
40574           <li class="views-row views-row-4 views-row-even">
40575     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/risk-factors-and-
...     prevention" class="risk-factors">Risk Factors and Prevention</a></span>   </div></li>
40576           <li class="views-row views-row-5 views-row-odd">
40577     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/screening"
...     class="flashlight">Screening</a></span>   </div></li>
40578           <li class="views-row views-row-6 views-row-even">
40579     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/symptoms-and-signs"
...     class="symptoms-signs">Symptoms and Signs</a></span>   </div></li>
40580           <li class="views-row views-row-7 views-row-odd">
40581     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/diagnosis"
...     class="diagnosis">Diagnosis</a></span>   </div></li>
40582           <li class="views-row views-row-8 views-row-even">
40583     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/stages"
...     class="stages">Stages</a></span>   </div></li>
40584           <li class="views-row views-row-9 views-row-odd">
40585     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/treatment-options"
...     class="treatment">Treatment Options</a></span>   </div></li>
40586           <li class="views-row views-row-10 views-row-even">
40587     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/about-clinical-trials"
...     class="about-clinical-trials">About Clinical Trials</a></span>   </div></li>
40588           <li class="views-row views-row-11 views-row-odd">
40589     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/latest-research"
...     class="latest-research">Latest Research</a></span>   </div></li>
40590           <li class="views-row views-row-12 views-row-even">
40591     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/coping-side-effects"
...     class="side-effects">Coping with Treatment</a></span>   </div></li>
40592           <li class="views-row views-row-13 views-row-odd">
40593     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/follow-care"
...     class="after-treatment">Follow-Up Care</a></span>   </div></li>
40594           <li class="views-row views-row-14 views-row-even">
40595     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/survivorship"
...     class="living-cancer">Survivorship</a></span>   </div></li>
40596           <li class="views-row views-row-15 views-row-odd">
40597     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/questions-ask-doctor"
...     class="questions-ask-doctor">Questions to Ask the Doctor</a></span>   </div></li>
40598           <li class="views-row views-row-16 views-row-even views-row-last">
40599     <div class="views-field views-field-name">        <span class="field-content"><a
...     href="http://www.cancer.net/cancer-types/colorectal-cancer/additional-resources"
...     class="additional-resources">Additional Resources</a></span>   </div></li>
40600         </ul></div>     </div>
40601
40602
40603
40604
40605
40606
40607   </div>
40608
40609     </div>
```

```
40610
40611
40612  <div class="panel-pane pane-custom pane-2" >
40613
40614
40615
40616    <p class="view-all"><a href="/cancer-types/31317/view-all">View All Pages</a></p>
40617
40618
40619    </div>
40620  <div id="block-asco-share-links-asco-share-links" class="block block-asco-share-links
…      last even">
40621
40622
40623    <div class="share-link-block icons">
40624      <a class="share-link share-facebook" target="_blank"
…      href="https://facebook.com/sharer/sharer.php?u=http://www.cancer.net/cancer-types/
…      colorectal-cancer"><span>f</span></a>
40625      <a class="share-link share-twitter" target="_blank"
…      href="https://twitter.com/intent/tweet/?text=Colorectal
…      Cancer&url=http://www.cancer.net/cancer-types/colorectal-cancer"><span>t</span></a>
40626      <a class="share-link share-linkedin" target="_blank"
…      href="https://www.linkedin.com/shareArticle?mini=true&url=http://www.cancer.net/
…      cancer-types/colorectal-cancer&title=Colorectal Cancer&summary=Colorectal
…      Cancer&source=http://www.cancer.net/cancer-types/colorectal-cancer"><span>k</span></a
…      >
40627      <a class="share-link share-email" target="_blank"
…      href="mailto:?subject=Sharing%20Colorectal
…      Cancer&body=http://www.cancer.net/cancer-types/colorectal-cancer%0D%0AColorectal
…      Cancer"><span>e</span></a>
40628      <a class="share-link share-print" target="_blank" href="1"><span>P</span></a>
40629  </div>
40630
40631
40632  </div>
40633                </div></section>
40634                    </div>
40635    <div class="content-footer wrap">
40636        <div class="region region-content-footer">
40637      <div id="block-panels-mini-intro" class="block block-panels-mini first last odd">
40638
40639
40640    <div class="intro">
40641    <div class="summary">
40642
40643
40644  <div class="panel-pane pane-block pane-block-232 about-cancernet pane-block
…      about-cancernet" >
40645
40646
40647
40648    <p>Cancer.Net provides timely, comprehensive, oncologist-approved information from
…      the American Society of Clinical Oncology (ASCO), with support from the Conquer
…      Cancer Foundation. Cancer.Net brings the expertise and resources of ASCO to people
…      living with cancer and those who care for and about them to help patients and
…      families make informed health care decisions.</p>
40649
40650
40651    </div>
40652    </div>
40653    <div class="actions">
40654
40655
40656  <div class="panel-pane pane-block pane-block-236 find-cancer-doctor pane-block
…      find-cancer-doctor" >
40657
40658
40659
```

```
40660    <p><a href="/find-cancer-doctor">Find a Cancer Doctor</a></p>
40661
40662
40663      </div>
40664
40665
40666  <div class="panel-pane pane-block pane-custom-search-blocks-1 search-site
    …  pane-custom-search-blocks site-search" >
40667
40668
40669
40670    <form class="search-form" action="/cancer-types/colorectal-cancer" method="post"
    …  id="custom-search-blocks-form-1--2" accept-charset="UTF-8"><div><div class="form-item
    …  form-type-textfield form-item-custom-search-blocks-form-1">
40671   <input title="Enter the terms you wish to search for." class="custom-search-box
    …  form-text" placeholder="Search the site" type="text"
    …  id="edit-custom-search-blocks-form-1--4" name="custom_search_blocks_form_1" value=""
    …  size="15" maxlength="128" />
40672  </div>
40673  <input type="hidden" name="delta" value="1" />
40674  <input type="hidden" name="form_id" value="custom_search_blocks_form_1" />
40675  <div class="form-actions form-wrapper" id="edit-actions--2"><input type="submit"
    …  id="edit-submit--2" name="op" value="Search" class="form-submit"
    …  /></div></div></form>
40676
40677      </div>
40678      </div>
40679  </div>
40680  </div>
40681      </div>
40682      </div>
40683
40684    <div class="footer wrap">
40685        <footer id="footer" class="region region-footer" role="contentinfo">
40686      <div id="block-panels-mini-asco-links" class="block block-panels-mini asco-links
    …  first odd">
40687
40688
40689
40690
40691  <div class="panel-pane pane-block pane-menu-menu-top-menu asco-nav pane-menu " >
40692
40693
40694
40695    <ul class="menu"><li class="menu__item is-leaf first leaf"><a
    …  href="http://www.asco.org " target="_blank" class="menu__link">ASCO</a></li>
40696  <li class="menu__item is-leaf leaf"><a
    …  href="http://conquercancerfoundation.org?cmpid=cn_topnav_link" target="_blank"
    …  class="menu__link">Conquer Cancer Foundation    </a></li>
40697  <li class="menu__item is-leaf leaf"><a href="http://jco.ascopubs.org "
    …  target="_blank" class="menu__link">Journal of Clinical Oncology </a></li>
40698  <li class="menu__item is-leaf leaf"><a href="http://jop.ascopubs.org "
    …  target="_blank" class="menu__link">Journal of Oncology Practice </a></li>
40699  <li class="menu__item is-leaf leaf"><a href="http://university.asco.org"
    …  target="_blank" class="menu__link">ASCO University  </a></li>
40700  <li class="menu__item is-leaf last leaf"><a
    …  href="http://support.conquercancerfoundation.org/site/Donation2?df_id=2420&amp;2420.
    …  donation=form1&amp;s_src=hyp2&amp;s_subsrc=contrib&amp;cmpid=
    …  rw_anngiv_don_net_ba_all_09-14-15_don" class="menu__link donate">Donate</a></li>
40701  </ul>
40702
40703      </div>
40704
40705  </div>
40706  <div id="block-menu-menu-footer-menu" class="block block-menu footer-nav even"
    …  aria-label="Resource Links">
40707
40708
```

```
40709   <li class="menu__item is-leaf leaf"><a href="/contact-us"
    …   class="menu__link" aria-label="Contact Us">Contact Us</a></li>
40710   <li class="menu__item is-leaf leaf"><a href="/terms-use" class="menu__link"
    …   aria-label="Terms of Use">Terms of Use</a></li>
40711   <li class="menu__item is-leaf leaf"><a href="/privacy-policy" class="menu__link"
    …   aria-label="Privacy Policy">Privacy Policy</a></li>
40712   <li class="menu__item is-leaf leaf"><a href="/sponsorship-and-linking-policy"
    …   class="menu__link" aria-label="Sponsorship &amp; Linking">Sponsorship &amp;
    …   Linking</a></li>
40713   <li class="menu__item is-leaf leaf"><a href="/about-us/inside-cancernet"
    …   class="menu__link" aria-label="Newsletter Signup">Newsletter Signup</a></li>
40714   <li class="menu__item is-leaf leaf"><a
    …   href="http://shop.asco.org/asco-answers-patient-education/" target="_blank"
    …   class="menu__link" aria-label="Order Cancer.Net Materials">Order Cancer.Net
    …   Materials</a></li>
40715   <li class="menu__item is-leaf leaf"><a href="/rss-feeds" class="menu__link"
    …   aria-label="RSS Feeds">RSS Feeds</a></li>
40716   <li class="menu__item is-leaf last leaf"><a href="/sitemap" class="menu__link"
    …   aria-label="Sitemap">Sitemap</a></li>
40717   </ul>
40718   </div>
40719   <div id="block-block-233" class="block block-block copyright last odd">
40720
40721
40722           <a href="http://www.asco.org" class="asco-logo" target="_blank"
    …   alt="American Society of Clinical Oncology &reg;"><img
    …   src="/sites/cancer.net/themes/cancernet2/images/asco.png"></a>
40723           <a href="http://www.conquercancerfoundation.org/" class="foundation-logo"
    …   target="_blank" alt="Conquer Cancer Foundation &reg; of the American Society of
    …   Clinical Oncology"><img
    …   src="http://www.cancer.net/sites/cancer.net/files/ccf-logo-rgb_440x146.png"></a>
40724           <p>© 2005-2016 American Society of Clinical Oncology (ASCO).<br>
40725           All rights reserved worldwide</p>
40726
40727   </div>
40728     </footer>
40729     </div>
40730   </div>
40731
40732     <div class="region region-page-bottom">
40733       <script type="text/javascript">_satellite.pageBottom();</script>  </div>
40734   <script
    …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/js__EnBnZufUWa0WCUfsd6KKo-
    …   gh1glQW-
    …   VQycnuj_wbzMw__otR6fAxJvcsOjfoT6DcdeF7lYO0KtI5XlYR4Zwt3uLA__VA9QVjdMnMmgtiWCnRloUfU2L
    …   4BUNp3x6u-e4T2CU7c.js"></script>
40735   <script
    …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
    …   js__joA1GLAQHH2AYfrevbhOLSdqeC0BVqlZUZ1BaGwpe58__az5tGARi5nrNb7PDXvK59oR39ye9A9lhCDth
    …   cvmV4DU__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
40736   <script
    …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/js__BaWEuifA9vodfKVJq1-
    …   dDjPe1xRWh1aQSdm-
    …   LAxyoQ0__mR0vJykE2YX_xZKPc4QFpKPHcrAwD4gUOwwoFfLSXdM__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3
    …   x6u-e4T2CU7c.js"></script>
40737   <script
    …   src="//www.cancer.net/sites/cancer.net/files/advagg_js/
    …   js__aNB20sO6CA67ZoGSVPRS7Km4BXpyxZ3vcLxGOf18u2Y__TQX91Ih8wrb80nxXHmRVf7oIAG-
    …   p1y4PBotTobdQ32M__VA9QVjdMnMmgtiWCnRloUfU2L4BUNp3x6u-e4T2CU7c.js"></script>
40738   </body>
40739   </html>
40740
40741   ************************************************
40742   The following data is from cancer_org-20160913-addthis_widget_js.txt
40743   ************************************************
40744   !function(e){function t(n){if(a[n])return a[n].exports;var
    …   o=a[n]={exports:{},id:n,loaded:!1};return
    …   e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
```

40744...

```
n=window.atwpjp,window.atwpjp=function(a,i){for(var
r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
break;default:e[r]=l[1]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
0!==o[e])o[e].push(n);else{o[e]=[n];var
a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
"text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
b03e4b5432b476cfa64b",2:"eed12cdd783d40920df9",3:"dced1dd759452d831e67",4:"
d07897a6f5401c003a9a",5:"9d8f7cd9df43edaaa813",6:"15cb62eb7649b3659777",7:"
371656d11b4578a0877d",8:"f89a468ad5713b335f93",9:"d0bd5014d3b03b62d914",10:"
61b4247b671946f6e8bc",11:"e63c8f7db6b02e57aa5",12:"836e261c1ba6264f43b8",13:"
8270937a97bfdf408910",14:"27c84a9af27365bc7435",15:"3ab4cfc5cb9203aaab00",16:"
fa03edf3acfc8e54dde5",17:"f65ef497f1ac1aaac39c",18:"30b7adeceb0b2c1d6390",19:"
341b105001b4a7d9dcb6",20:"302f0a69f42119ad5ebf",21:"f366e891e92283645dd9",22:"
60c30b653780deacf1a6",23:"09f77679ae232bae8b63",24:"d89737bfc52cf6e0f789",25:"
9aac919cebf66946272d",26:"ddab99b7cf801c4eb121",27:"3c37f637e523f64f287c",28:"
99bcff6d872e8f095ea9",29:"8fee26c59577fd781d23",30:"54ddcfbe80ff308e7a6f",31:"
222797a275fda0072c6e",32:"acfe148437ca61a088a9",33:"ac9d668e9a6d7696d1bb",34:"
72d94c6c4072db7eb6a9",35:"c64bc44f7611926cc931",36:"da03a9809c7c2ea7a409",37:"
5f15d5987a72e860ff4e",38:"8a925a22ef01127f3cef",39:"95245639d9573a1d1125",40:"
7c7671c01a767271cc5d",41:"ed2e4ae544555674385d",42:"5261816a618b54239f88",43:"
f07c37cb7073ec154866",44:"2b67e279a59215ea0e5d",45:"77c2107f117574263799",46:"
833955cb9f47adf758ed",47:"21c6135d7bc33e5db55f",48:"cf95ac0f90df348e6ca7",49:"
e847482649f5339fd26c",50:"e64a7a347c35cbf8ac5d",51:"385a219ae90dd73537a3",52:"
b11b3766f1c5972b02da",53:"19b4b22cd245cbc43cfe",54:"5d7a4c43c29281e18c87",55:"
da1e84bb86c4ba006418",56:"af930939c3841d287c20",57:"b38d2f08a3014730cbdf",58:"
be7d8bec58c8bed027e4",59:"e782ba2b1703cffc3911",60:"c8b5896b08cf68d4ae72",61:"
bf2192c7f75307277d8b",62:"70970c2ebbc8bb273350",63:"0c421f068a994e192963",64:"
df509574777ffaff83f1",65:"e7f044186891f7d4e4d9",66:"0d8411bac3b3256f7788",67:"
8529a018f8ac4da842c9",68:"f0a5b074cb7050362a07",69:"c82c4f98897cad99d4bb",70:"
56caa96de6b5846681e1",71:"6d3db377c8f5f7ba3f7d",72:"c45d011dae10e0aaad29",73:"
5786509d91eb65c0808e",74:"1ff5aced2759465ea6df",75:"9fbddb82db1fb5fd3266",76:"
f3bf35dafa178219d934",77:"8d65bea6cc8433ac008f",78:"0f7c5af3be660a704ff7",79:"
7c315e13b72a2e3a4a30",80:"42058eee3589fd4a0e32",81:"8a3f4fb00463ca91cf90",82:"
a3631d2865819c086709",83:"8cef223dddbee48fa3a9",84:"d9a25b160cc1d3e576e5",85:"
9378ecb669093c180c57",86:"0d7b791290c9e93561",87:"144fbdf3a46723f334c2",88:"
6f5a297e823eca1272a8",89:"071533bf9bc920a58423",90:"247e8e717c83cccd11ad",91:"
3c2a07162e6ce056ec55",92:"2977902ffd6a5f0441fb",93:"691112f71425daafc180",94:"
0b4b68fdea2a248f3487",95:"00d385721d196cd6300c",96:"b67d84482b5fc642deda",97:"
3ff8ed02874ed9fd7bc5",98:"c584e2da5dbbbab72796",99:"460689f8c337db749b08",100:"
7ee72566e872ed86ae3d",101:"615cc6c247b20beb3d5d",102:"c45316d5830ad9b24567",103:"
57600c99f6cb3abb92ac",104:"a53bc9a90e0cac4601f5",105:"9e0bc3dd933825965c9b",106:"
1e0bbf06d11a60d38b98",107:"b07b14b1f144d8538d09",108:"1d3addc4b42a31a72439",109:"
173f117c26d687256ec7",110:"fa4dcbeb5db9e6a06c6e",111:"22913b089b76260813cd",112:"
18662dd73cea8077d33f",113:"a56b59bff47302f0ddc5",114:"dffac40ce68f9a9bc49a",115:"
c5920b92071a029b1a19",116:"dc5bece1d2648d7ddd93",117:"6a3f1c90a74079e6a2",118:"
6d16b03ee226c61e2ef5",119:"c5a3b7c1b9e14265de09",120:"a2e563f5da3dca5471ac",121:"
8c0e8aad5564cf55f36d",122:"a35c4c0f01ef9c1d865d",123:"f096ba8495fa05018f12",124:"
833a970478470f9e0ce0",125:"96f30ed60259876eec01",126:"fff42e0874643832295d",127:"
3b7381b798422697f39e",128:"f8e477c606979a664e72",129:"91f003006ebcaf77369f",130:"
5e5854ff1bcf1e5ec347",131:"f8a139868b64534e8531",132:"4e1627d6939391de6e1e",133:"
c0392c9735125c54fab0",134:"b2f3a017adccb3d394f0",135:"9e2d6444f6fc8e6ddc3b",136:"
dbc22b2f219e0bce3964",137:"04585bfedff39713cb5a",138:"766b4e0db1ffdc497e52",139:"
fa7931186b4a7feba43e",140:"af4b932cae27c99966e7",141:"9aa22e76d4083ecf4401",142:"
dd617ab560c64deb8930",143:"fdb9bf8a949140a98bb2",144:"d5aa92ad7e538b2cd1bb",145:"
8278b99da841467502fa",146:"236dd807eb999bccfe43",147:"9bb076205f7c2625be37",148:"
6d5855c4517ab618bf42",149:"45f109ad426a83470536",150:"0c898cd827c11004b058",151:"
48621f25d7dbc4d4b5d7",152:"491294e215f823ae26ef",153:"7035f2eb86cac328fea9",154:"
6c7a1b275d441dac2c8c",155:"d29074d6232ad46b241a",156:"0b3e8012a8af2aa099ed",157:"
0f5c12f9cca66b672f00",158:"81f078668d5e0606a4ae",159:"09b22932ebb409130d84",160:"
223a5b3121db04158722",161:"bb6fb44c9cdaae99e18c",162:"afc377488e89ae26ae4b",163:"
61ec5123b444b9e0f528",164:"90585974845e8fcb05ff",165:"1b593d495db49562d4e6",166:"
32f60530426e08efc582",167:"4a5de1d21431eac1615d",168:"2ab6456dd1c49aa161f8",169:"
cf8379d5d8ab3bd33ce8",170:"d817b1bb7a5e6abb518f",171:"e0bf5afe42853e6bba79",172:"
6b50e9bd93b293c53bac",173:"25f1f9eb9c827e97dbb2",174:"c211090ca1f7acc4cd97",175:"
```

40744...
d912...fe884a39ea08704...",176:"f490e0ddaaae2d5b9fb11f4...a01a8d41438f0bcedeea",178:"
4ad795fca50272d08a8c",179:"fd52ddf52284d43fadcb",180:"d37e6e822a11f496629d",181:"
375882ff3e70024f5168",182:"55b55aff458cb5b8e9c2",183:"c311469aed25e7b1ee1a",184:"
424235dd33b004f180e4",185:"def8652305e341fe76e7",186:"1ae99934bcbed2012e5e",187:"
89b70e2ce568835e730a",188:"a81a098dcc638fe8ad43",189:"1bc0e285f2a46e757185",190:"
26159625105a73732aae",191:"e45d1d20746ebab5d939",192:"e5832e634ef894e9d915",193:"
af40ad82a94c0c36b5cc",194:"3bdbf09c41caeb29fbbf",195:"7ac20a5987e1e72c2905",196:"
844d89fa09c8ed5004cf",197:"8fd4dc5788ef1e587313",198:"45c5e276f11ec4db2f69",199:"
fb9bbe95317c06b43c7c",200:"d268c05cc2ccd2fec124",201:"de17e8e038bd9f892942",202:"
1b36d9ff916b128de64b",203:"095cb660634b66665a67",204:"274664362708df6c5cde",205:"
acf239ca925016eb37f7",206:"567064c08de12f67187d",207:"7e03e7bd1a23ec1eef10",208:"
9e40641670685b4963a7",209:"6b448f499bf9b6e01919",210:"5ba28cd8029aa3fe2a39",211:"
ec8f826e46b90e836324",212:"315a34be07a1de6b809e",213:"6605d45e952fbb927787",214:"
7480436b9ff2d7482ccf",215:"45723614dc4d07916a5c",216:"be67cc3ab4d542a205ca",217:"
e655f9fdaf9be7f2ab39",218:"6314c5f4fe793b3cf091",219:"9305794d01cc77caf512",220:"
f6aac7ccd0972370e9d8",221:"32f8279f8a4280260d662",222:"5fb159d8d8662e09b128",223:"
9c67665d67b2e1793634",224:"ca64d38e1b1cd1ac7133",225:"5f171f910dc9de0b5584",226:"
6c8af8bd91c12de3875a",227:"a997828693d4d7957636",228:"6f7e84d86d5fca9b57f9",229:"
8a420baa891a679887bb",230:"5b3ee32e1d0ff6fb8800",231:"69ad8cb1cf0f7ab7381f",232:"
a1d1b4f988f7cae3074c",233:"966fa89e1f3314cc54c1",234:"cc99e42d9bb87681b676",235:"
51fff7793edc16c9b8fe",236:"c485dd050f60a7ba3e60",237:"f0f0b91bb2c10c8cc831",238:"
354606355048cfaeca32",239:"73d55464eb92a4cc28c1",240:"2fbbc112715675c6c053",241:"
0eddc6023d7d7e6baf71",242:"f8d5f3ad9e0e65b9c143",243:"169cf1307843efc98fbe",244:"
e7d345fce5ad515dfad0",245:"d99e2e5e98e3ea98b1dd",246:"b4d6e068834b7458af8a",247:"
2128902f6895477c528b",248:"0a1ceda875ed1701939e",249:"e87715c9b49915d49d29",250:"
6c106851dcf7f3a199e2",251:"31894b49d1c2c0eb0a47",252:"a4c34d24b2ab08c7185d",253:"
160e197ae46762afc2e4",254:"28bab0a9aeb683dd8691",255:"0d68b21ebaafc10fbaf7",256:"
41cd846cd4547fbbb825",257:"15e488c1cf0444a1efbd",258:"1bc8bb78cc97463fbbba",259:"
8ead5544e85ba574fdc7",260:"d4e5d2c0d36134a467c1",261:"5b0d8e27ee6fbdf3b05b",262:"
4a0a6dec48eb3ae3d66f",263:"c87376fec07915209236",264:"78c67309e0979cd7ed91",265:"
b17b728af4192b41861b",266:"67077d32fa417f52ae47",267:"4ef27572b362ea610384",268:"
8d337a9a99a1acd8ff7c",269:"39e3a924cf3784a410c9",270:"01b46e246f82108ca9bb",271:"
d328bafdb61a7fdb39c6",272:"96820adf7ae73c898880",273:"858c91250741e0f713f4",274:"
b3a99daaabd6062f6c88",275:"e7987f920e409fbf4f9f",276:"f8e84b29b91f5a5ad103",277:"
058f2365dfb3312ad19e",278:"a62f9642fbc49b835180",279:"f19a0f428c106d56aeda",280:"
0e9cc2c340d38175a1bb",281:"e01324cd15f8e37e7b1f",282:"9d576ac03b2eece742ad",283:"
851107ef0acf1f90be09",284:"9138f071d70839819f68",285:"8e157ce8d70ea4b2c7d2",286:"
ec1c4b30b85f73f217ab",287:"485c0c2e352ba192a84b",288:"6c142f3d7cdf73a146a4",289:"
06287f52edce670eff2c",290:"66b6068f3033a35a569d",291:"a907a847e9584dce9794",292:"
71a77546654bdeac3b85",293:"a2a95ea9a66da404f0c7",294:"35abbc8ba372182130d0",295:"
125b379fbaa2fe691150",296:"778bb3484028248c6873",297:"72c461ccf1104762df63",298:"
3d13f211604340c95928",299:"48871b2cea434ed98e1f",300:"7744d7a20d3f03b3292b",301:"
adba38f2b1642fbbfc8e",302:"2fce9986973a25099f12",303:"77ec67363a7465cec229",304:"
5212c1b5b3a22fca2e82",305:"020e1800d95e1c961bd4",306:"584512aa6dc123a2d956",307:"
083b61bad541072c1ac0",308:"e545faa63d9d394210bb",309:"aa40fe4082818575c125",310:"
a430b2e1af677b3d008c",311:"84cf94e653c19d2778eb",312:"68c7ea485e476635a0ff",313:"
0e37f630925b48fd1beb",314:"ef154857e2a1f4298a1f",315:"2de0f6eb77caef6f5889",316:"
2da4d0053bba17c46783",317:"de554f2861f2fd92483c",318:"7c06c717c7233e39b5a8",319:"
daf44e19509731fd127f9",320:"2e0c2a6d77cbb4c200a0",321:"b5e90d712517a5f94dc3",322:"
9593c4a2d0f38aac50c5",323:"9907f41356b93b582608",324:"dbe325c1deeaf78fbb73",325:"
74b1e401678821e477e1",326:"be29d923b3b5112d408a",327:"d847fd0b6c8eee62a742",328:"
21c4d1c26f27ea5f3792",329:"872e3e81f360280306798",330:"596b61d65c49e8a041e6",331:"
01edad166f3aef8740fb",332:"75550422aac8f8409984",333:"0c4bf4c22157155990b1",334:"
1cd935acf680d54d39ea",335:"fe9c339393a331436d50",336:"ceca3373c40221021f13",337:"
8201a0aefca58b3be79b",338:"6ee92a2b99253ec2d91",339:"635991f28173ec543c29",340:"
b0c00992fbfb2a22f503",341:"ae6c3b718a85c8de41e4",342:"76db0a5032c4e35188f4",343:"
e80e584b22999c75f252",344:"1231d2b8f1b49546be14",345:"3a13ea8f1590e952736f",346:"
32930bb64a539e138765",347:"19453841396583431387",348:"5559eb3077c6dd225eaf",349:"
eda226c05b2937e81461",350:"dfecd0429a3a957b788e",351:"9704d19b96a01e9c03d7",352:"
24abbdbb5b93a7085af1",353:"5a955afd3ea593248648",354:"f73bd80268cee156ca3f",355:"
7fc679521d3ff24ce253",356:"cfe3b57c04aff84b221a",357:"c783cfa6fb5fcba16bbe",358:"
2d08989ce734fc61aec5",359:"3c0b1fa4fcd7b7a150e0",360:"99a60a04f957d74468cb",361:"
fb0692b769bee9dc468b",362:"bc8d208e12aafce0f22b",363:"4d29a590e4517254c18d",364:"
9e9a09255216f090f797",365:"7cfbbb22fb9eab5049c7",366:"97fc719abef3cc70f3c8",367:"
14cd06a3a4515bfdb9b0",368:"d856998fa6d416ff7b60",369:"0d9bb0c51d42035a0d67",370:"
ab736fb919a0d52f6cc9",371:"c22a6da3b12e07d78dbe",372:"2ed6621d9943554272f5",373:"
aa73e6fc884eadb1e386",374:"6c862db9c70ca31c5f68",375:"879d4b76c97d2d1d8c4c",376:"
66a3b30dc6fd5c6faf2b",377:"acd6784503b742c7665d",378:"2303293f6c1966462b27",379:"

c13718fa64c6ce49539f",380:"8dd1dead05c2e155174f6361c1cbe49bed99d1c8d0a67",382:"
1c3f4a60a25b8ba36651",383:"0fdf58c770d7f7343c40",384:"81ddaf084321a84aa47c",385:"
621bb4693c36e1597122",386:"445e74533b12c1f462b3",387:"f0a92b91cd06a47fa4d0",388:"
46699e4758d323442144",389:"f4cc1ba4eabce427b208",390:"f5fa61ada890aa4dc74f",391:"
26acb850a68c52c3f1f8",392:"4b7c5cf86dbb1e89045a",393:"27aef4599543cfa24b78",394:"
81a1169e4d04bea8764d",395:"7a12ecb2acb8b627092b6",396:"bb8ffb73c542f865aca3",397:"
d3a3c0ad04a88c88dec6",398:"4b1bbd75bbe3eb017288",399:"b1a664eef66b99be26df",400:"
a7d639e74045c6f9a745",401:"f19a469a51e2a3a95ddf",402:"6d4cb9ca9eba40b60249",403:"
386e2db133adb24b1a9d",404:"440547370e2ed45ce13e",405:"9368c1fe05dd25c280b1",406:"
87b6d586cdd6959c3af0",407:"63e8abab62c184dd0fc2",408:"7027d306a7f2867168e9",409:"
9e584cb68be0d135db3df6ff8b",410:"5a683e6d135b3cad82d2",411:"4e3cfba50f26b875ad0",412:"
22f7344586792c9669c3",413:"5bd85bfd256bda63735a",414:"4b7f965cf93a536f02ce",415:"
8ea041041d1f73dc3c7b",416:"541d419035f2a57b48e3",417:"6ce847d41a3ec0907344",418:"
464746500df0091bb0b9",419:"ab76a685d56cece191b9",420:"72788510eefee484f2b4",421:"
95d1caf4a69b17b44df7",422:"6759ae5290e9207b5033",423:"d869e71f05c71ad4549a",424:"
6cb12036609f8f4f8915",425:"d8fc721fae55d11d4d7f",426:"86744dc9edb58759f2eb",427:"
e4ccec7baf2ae6aa621e",428:"893785040764bec6a203",429:"f8418ada1247f23d6f7e",430:"
e9a08b55a6ae50f7833e",431:"ef3416643184ba2cb6e4",432:"8197ed66981c51699d4a",433:"
6d867aed5d3deb4d87e4",434:"566679db56ce7c2ff9607",435:"cd100a8b0d619e31f802",436:"
e5cbec21f768f4e98708",437:"4d81c60c8422c54479b9",438:"127538cccea9edef04d0",439:"
c67f72ab513c199b9a7bd",440:"358303502587f680dea3",441:"a3135a51497b51172cf3",442:"
1aae12cf2287738c42d3",443:"c6e7f84f80a0bc8014bd",444:"72de4f52149a8feb25f5",445:"
112543510ed0d07f504b",446:"c3e2a19e12b7b315c1d4",447:"98c5e900f241cd8a309e",448:"
5a2cd5f26f316a4f0498",449:"5f7fe2a6fc1ffa8bf1af",450:"245e541c8035c120bd77",451:"
6d12d2fafacdaa332f32",452:"4049cc189d398cc1eb3b",453:"a5368675d68eaab34160",454:"
0329d0126f086670a4d4",455:"a6d41def8f93e742864c",456:"71b26c2d028e295de1c2",457:"
05b2f9d4debad51c1862",458:"1f0813aea32375b25144",459:"f3f9ae2a000493c89e99",460:"
96b5a95a7d8c7686cea4",461:"3afd1e5b82ea55fff40d",462:"9983b73de48820d8fe94",463:"
0b7013f4ca8f4488488a",464:"3f633fe1a38889b7bd0",465:"de5c809690a1c09bc74c",466:"
790d9c4460647e205169",467:"3b214fa10e16bab02f5c",468:"585fd8d8cd6065f7eab8",469:"
e6717c7351f863aad593"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in

```
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return
e}([function(e,t,n){n(804),e.exports=n(82)},function(e,t){e.exports=function(e,t,n){
var a,o;if(n==||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t,n){var
a=n(640),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
```

```
40744...:"add")+ EventListener")(n,a,!1)}function f(e,t,a){a(0,e,t,a)}function
    o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
    a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
    i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
    location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
    function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
    function
    n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
    (16)).slice(-8)}function a(e){var t;try{t=new
    Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
    o(e){var t=a(e);return t.getTime()-864e5>new Date).getTime()}function i(e,t){var
    n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
    e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
    r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
    isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
    strict";var
    a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
    hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
    query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
    e.exports=i},function(e,t,n){"use strict";var
    a=n(2),o=n(29),i=n(20),r=n(44),s=n(77),c=n(132),u=n(6),l=n(142),d=n(783),p=n(9),h=
    window,A=h.addthis_share,f=h.encodeURIComponent,g=h._atw;e.exports=function(e,t,n,h,m
    ){var
    v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
    w=i(n)||("undefined"==typeof
    g?A:g.share));var w.url=f(w.url),w.title=f(w.title||(A||{}).title||""),h="undefined"==
    typeof g?h:g.conf;var
    b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
    2e3){b=b.split("&atc")[0];var
    x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
    username:h.username,pub:h.pub,ui_email_to:h.ui_email_from:h.ui_email_from
    ,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
    (x))}return b}return
    c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
    bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
    classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
    sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
    usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
    tt=0"+("more"===e&&a("ipa")?"2"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
    pro===!0?1:0)}},function(e,t){function n(e){return
    e.match(/(([^\/\/]*)\/\//\/\/)?([^\/?\&#]+)/i)[0]}function a(e){return
    e.replace(n(e),"")}function o(e){return
    e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
    t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\/\/))return
    window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/\/))){t=/\.\.\//g;var
    a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
    split("/");return
    e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
    window.location.href.match(/(.*\/\/)[0]+e}}function r(e){return
    e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
    ").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
    getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
    a=n(53),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
    addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
    (window.addthis_config.username=window.addthis_pub),e.exports=function(){var
    e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
    encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
    ""))}},function(e,t,n){function a(e){return e===Object(e)}function
    o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
    t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
    r=n(832),s=n(1),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
    function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
    "+t+"]"}}),c["function"]=function(e){return"function"==typeof
    e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
    object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
    e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
    a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
    e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
```

40744...

```
s[0],return t=t.subject||document||return a(s,function(t,n){var
o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r!0,i(n)?[]:{},n),t):void
0},t)},t)}}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}}},function(e,t,n){var
a=n(7),o=n(130).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(20);e.exports=function(e,t,n,c
,u,l){var
d=i(),p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(A.
xid=h),setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,A,n)},100),f?o(p,e,h):p},,function(e,t,n)
{var
a=window.encodeURIComponent,o=n(14),i=n(24),r=n(35),s=n(2),c=n(92);e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
h="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(h,{pco:t.product})||"#"}},function(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||!u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,h.insertBefore(l,h.firstChild),o[e]=l,l}return 1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(112),i=n(9),r=n(4),s=n(88);n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(83),o=n(2);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(A.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),l==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
```

```
s(e,t){a.cookie(a.cookie=r+"",{expires:"Thu, 01 Jan 1970 00:00:01 GMT",path=/"+(t?";
domain="+(l("msi)?"":".")+"addthis.com":""))}}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date).o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"":";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
domain="+(l("msi)?"":".")+"addthis.com"))}var
u=n(32),l=n(2),d=n(66),p=n(8),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),l2===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#?").shift():e)}},function(e,t){e.exports=
function(e,t,n){var a,o=[];if(n=void 0!==n?n:this,null===e||void 0===e)return o;for(a
in e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e})}t.__esModule=!0;var
o=n(2),i=a(o),r=n(736),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(775),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/.toString/(function).*?(?=\\\()| for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(776),o=n(676);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("="))));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(133);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(833),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(789),o=n(781),i=n(24),r=n(777);e.exports=function(e,t,n,s){return
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var e=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\-]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
```

40744...

```
style.left=e.style.width+"style.height-1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(62),o=n(118),i=n(65),r=n(752),s=n(753);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a(["open",e,t,n,r,s,c,u],o()):
_ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|\??/,""))}},function(e,t){e.
exports=function(e,t){e&&e.trim&&"string"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return e&&t&&(e=window.encodeURIComponent(e),e||"")}},function(e,t,n){"use
strict";var
a=n(84).wasRequestMade,o=n(84).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){
n(15)})))}catch(e){}}},function(e,t){e.exports=[]},function(e,t){e.exports={DIRECT:0,
SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
e=f({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function h(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
A=n(126),f=n(12),g=n(13),m=n(1),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|\#?/,""))}},function(e,t,n){var
a=n(52),o=n(46),i=n(89);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
```

40745...

40745

```
n=this[r][2];2>a.push("@media ",n[2]+" ")+n[1]+"{")+e.push(c)+"}")+return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var e=a[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}function o(e){for(var t=[],n=0;n<a.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(n,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof e&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media,t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];return e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}()},function(e,t,n){var
a=n(1);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(151);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(107)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(652);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:A["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},h=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=h,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0)}()}}t.__esModule=!0,t["default"]=o;var
```

```
i=n(39),r=n(9),c=n(115),a=n(5),u=n(117),l=n(10),p=n(14),d=n(55),h=n(h),f=n(6),
g=a(f),m=n(29),v=a(m),w=n(738),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?t(a):n;return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(62),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:0,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
```

```
.:{name:"Sina Weibo",top:1},sina:{name:"Sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{
name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url
:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},
stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(2),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),h=0;d>u&&(h=
Math.round(d/2-u/2));var
A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(A),s?A:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
>-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function h(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e==+e?t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(772),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
```

40745...

```
e&&has(n,a)&&(r[a]=e[a])}),[]);if(e.exports=c),function(e,t,n){function t(){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this})}),function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(2),i=n(1);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
split(",")":[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(63),i=n(16),r=n(2),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function u(e){var
t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
l(e){d&&h.localStorage.removeItem(e)}var
d=n(164),p=n(1),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
e(){tn.layers.length?tn.layers({cfs:!0}):_ate.ipc=!1}function t(){var
t,n,a,o,i,r,ne||h||(h=!0,B.isProDomain(a)&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
isPayingCustomer(),i=I(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
o,{cfs:!0})):e())}function a(){ne=!0,te||e()}function
o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],we(e.config._default.widgets,function(e,t){e.widgetId&&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
widgets&&(e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
widgets,function(t,a){fe(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
Q(e,t))}var
s=n(99);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
Date).getTime());var
c,u,l,d=Xt.addthis_config||{},p=Vt.title,h=!1,A="undefined"!=typeof
_ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
shift(),w=_ate.track.extractUrlParameters(A),b=[],x=!!_ate.cookie.rck("nabc"),y=w.cfc
,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
rsi,O=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
=w.gen,L=w.fuid,H=w.csi,F=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),J=5e3;-1===(f||"").indexOf(_atr)&&(
_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
```

40745

```
indexOf("fre")&&-1==addthis_product.indexOf("bxm")&&_ate.track.spc=addthis_product)
);var
K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//").pop().
split("/"),0===K.indexOf("/")?g=g.shift()+K:(g.pop(),g=g.join("/")+"/"+K),g=document.
location.protocol+"//"+g):g=K,_ate.usu(0,1);g=g.split("#{").shift(),rt(g),g&&(_ate.
share.links.canonical=g);var
Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.truncateURL(A,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:O,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=C||Xt.addthis_ab||"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,te=!1,ne=!1;if(!(!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,J),D.start(_ate),Xt.
addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(l={rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
[0].split("#")[0],dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||Ot.
setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(y?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk"))),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(","):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(O||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),O?b.push(_ate.track.fcv("rxi",O)):z&&b.push(_ate.track.fcv("rsi",z)),(z||O)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||S|
|w.hash&&O||y)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop())}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),F();var
ce=n(739)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(111),i=n(67);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0||(d.data_use_cookies!==!1&&1)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,de.domain===
t.domain?M:t.domain,fp:he(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
```

```
getValue(),ht:l.ht,tl:l.tr,st:l.st,pp:l.pp?1:0,rt:qe.cla()_e312,vc:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(80).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
}))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(It+"#"+Ee(l),!0),r(u,It),_ate.track.stf(u))):(u=_ate.track.ctf(),u.src
=It+"#"+Ee(l),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))})}),_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),G().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var
t=t||{},o={},i=Tt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}if(
o[r]!==mn&&Rn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&a("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function
m(e,t,a,o){if(rt()(e){t=t||{},a=a||{};var
s=n(78),h=t.conf||dn,m=t.share||pn,v=Et("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=_n[C]?
function(e,t,n){var a=d(n,bn);return
addthis_open(e,C,a.url,a.title,d(t,wn),a)}:zn[C]?function(e,t,n){var a=d(n,bn);return
addthis_sendto(C,d(t,wn),a)}:Sn[C]?function(e,t,n){var a=d(n,bn);return
s(C,a,t,735)):null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===y&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))}),w===y&&(w=function(e){return
addthis_close()}),b===y&&(b=function(e,t,n){return
addthis_sendto("more",d(t,wn),d(n,bn))})}))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.
```

40745

```
className.indexOf("toolbox")>-1&&(R.conf.product||""):R.conf.product||"")),R.conf&&"more"!==static when
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_.ate.track.apc(R.conf.product),C&&"more"!==C&&(R.conf.product=l(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(C?R.onclick=function(){return
```

40746

```
b(this,this.conf,this.share)):R.conf.ui_window_panes?R.onclick=function(){
return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(|
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===C)&&(v||Zt("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(647)
()){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
.maf.sib.nodeType){var
e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}return
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v>v(this,this.conf,this.
share):void
0}},Zt("mob")||(R.onmouseover=R.onfocus)),w&&(R.onmouseout=function(){return
w(this)}),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
L(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase()){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),C){var
B=f(C,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,l)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[C]("mailto"===C||"email"===C&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(C,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{if(a.follow){if("twitter"!==C?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Pt(C).replace("
_follow","")),R.appendChild(I)}}else
_ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
H(C,R.share),!1});R.conf.follow||tn.addEvents(R,C,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
O=Pt(C,!B);Mn[C]&&En.push({link:R,title:C}),R.title=i(a.follow?kn[C]:kn[C]:"Follow on
"+O:Mn[C]?Mn[C]:O),R.at_titled=!1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?l!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif"
}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,h=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=O.
```

40746...

```
getPopServices()||e=e.parentNode.services,p=_ate.util.unqtable(window.
addthis_options||"").replace(",more","").split(",",1.split(","));do
u=p[t++],h[u]&&(u=h[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]))d[u]&&_ate.util.
each(Ft.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(166),h=n(637),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null===x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!An){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Gt(B)||U&&U.code))continue;var
N=x.childNodes,0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m")),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Kt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift());0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e="addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,yn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),Cn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,Cn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"
count"),w(yn,null,null,!1),w(Cn,null,null,!1))}function y(){if(!gn){for(var
```

```
e,t,n=window.addthis,a=0,o=n.plo,a<o.length;a++)v=o[a],t.called||(e=t.ns="string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}}function C(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(154),n(813)(),n(
745),n(744);var
k,M,R,_=n(721),z=n(649),S=window.encodeURIComponent,B=n(19),D=n(88),U=n(821),I=n(780)
,O=n(98),N=n(4),T=n(830),Q=n(146),V=n(153),j=n(93),L=n(691),H=n(95),F=n(63),G=n(133),
P=n(147),Y=n(802),J=n(33),K=n(45),Z=n(778),W=n(779),q=n(48),X=n(724),S=n(21),ee=n(151
),te=n(808),ne=n(83),ae=n(806),oe=n(807),ie=n(152),re=n(85),se=n(84),ce=n(59),ue=n(47
),le=n(17),de=n(38),pe=n(163).truncationList,he=n(163).truncateURL,Ae=n(827),fe=n(828
),ge=n(55),me=n(164),ve=n(26),r=n(42),we=n(1),be=n(25),xe=n(109),ye=n(39),Ce=n(54),Ee
=n(18),ke=n(12),Me=n(44),Re=n(692),_e=n(32),ze=n(829),Se=n(13),Be=n(20),De=n(3).
listen,Ue=n(3).unlisten,Ie=n(8).getDomain,Oe=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(51).PolyEvent,Fe=n(51).EventDispatcher,Ge=n
(108),Pe=n(797),Ye=n(77),Je=n(139),Ke=n(4),Ze=n(643),We=n(803),qe=n(683),Xe=n(149),$e
=n(27),et=n(161),tt=n(811),nt=n(5),at=n(37),ot=n(102),it=n(52),rt=n(785),st=n(46),ct=
n(53),ut=n(89),lt=n(127).processAddEvents,dt=n(127).processAllScripts,pt=n(97),ht=n(
788),At=n(81),ft=n(144),gt=n(145),mt=n(142),vt=n(101),wt=n(136),bt=n(798),xt=n(135),
yt=n(90),Ct=n(50),Et=n(129),kt=n(76),Mt=n(682),Rt=n(60),_t=n(58),zt=n(148),St=n(822),
Bt=n(130),Dt=n(800),Ut=n(7),It=n(796).source,Ot=n(733),Nt=n(648),Tt=n(737),Qt=n(22),
Vt=n(6),jt=n(66),Lt=n(119),Ht=n(23),Ft=n(61),Gt=n(638),Pt=n(41),Yt=n(754),Jt=n(91),Kt
=n(634),Zt=n(2),Wt=n(29),qt=n(126),Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate)_ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(143),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(137)(_ate);if(_ate.evl=Ae,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:ye,strip:Ce,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Ie,gUQS:Oe,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Fe},_ate.ed=new
Fe(_ate),_adr=Ge,_ate.plo=G(),_ate.lad=J,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Je,!_atc.ost){Xt.addthis_conf||{Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Ke,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,keys:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=ht
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(80),ref:{r_ondomain:Ct.ON_DOMAIN,
r_offdomain:Ct.OFF_DOMAIN,r_direct:Ct.DIRECT,r_search:Ct.SEARCH},gub:xt,clr:Et,iss:yt
,fst:kt}),ke(_ate.data,{storage:{all:At.getAll,clear:At.removeAll,add:At.add,get:At.
get,remove:At.remove,exists:At.exists,preRemove:At.removeByPrefix},bloom:{filter:ft,
library:gt(At,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.
logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:he,opp:de,ajs:le,jlo:q,ao:K,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
```

40746...

```
isVariableUrb:!0,e.fmt:!isopout.com/f,tDt.:!isCutPortDerman,e.btoa:at.btoa,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText)},ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){var e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild)),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+">",a=d.getElementById("_atssh"+o):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return((e.jQuery||{}).fn||{}).jquery&&1||((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version)||(e.YAHOO||{}).VERSION&&4)||((e.Ext||{}).version&&8)||((e.dojo||{}).
version&&16)||((e._gaq||e._gat)&&32)||(e.google_ad_client&&64)||((e.FB||e.fbAsyncInit)&&
128)||(e.$BTB&&256)||(e.meebo&&512)||(e.gigya&&1024)||(e.SHARETHIS&&2048)||(e._qevents&&
4096)||(e.twttr&&8192)||(e.postwidgetnamespace&&16384)||(e.a2a&&32768)||(e.SHRSB_Settings
&&65536)||(e._sf_async_config&&131072)||(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url)||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dr&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=It+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`",e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}}var
l=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
```

40746...

```
p.push(_ate.track.rdr(_pco=p.data.pco)),p.push(_ate.track.rcv(_pur,_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url}))},_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:u})}()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"===typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(158),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
length,m=[],v={},w={};f--;)w[e(h[f])]=1;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
```

```
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)n=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
a(e){return!_ate.templates&&templates.twitter||_ate.wlp&&"http:"!==_ate.wlp}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){A[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t,n){if(A[e])try{return
A[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&(t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n}
)})}function d(e,t,n){var a=function(){};return
f[e]?(!f[e].require||f[e].require(e,t,n)&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t,!0):!1}var
p=n(14),h=e(),A={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(128),ocw:F,onw:n(22),caw:n(782),siw:n(78),siw:n(140),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Jt,svcurl:n(132),track:j,notify:i,links:h,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb">-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Vt.du.indexOf(_atr)||_ate.sub(|m||(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){A[e
]||(i("facebook_like",e),A[e]=1)}),FB.Event.subscribe("edge.remove",function(e){A[e]&
&(i("facebook_unlike",e),A[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1)}function s(e,t){var
n="fb-root",o=h.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else if(!i&&o||(o=h.ce("div"),o.id=n,document.body.appendChild(
o)),!i){var
u=h.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=h.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:x?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
__orig__fbAsyncInit(),r()},document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c())}}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1)}function
l(e,t,n,a){var((a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=h.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
```

```
40746  conf,r+e]):replace(",","_");first&&(height=50+"px",e.appendChild(i));_ate.util.each(a,
       function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
       (a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||!a.type||a.layout||t.
       firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
       a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
       show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:
       100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){
       r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
       share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
       ,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
       clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
       send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]);for(o in
       n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
       _ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
       scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
       src=\"javascript:''\"":"")+"></iframe>",a=t.firstChild):a=h.ce("iframe"),a.style.
       overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
       ",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
       facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
       layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
       _ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
       =t.ost=1}}var
       p,h=document,A={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==h.domain.search(/\.addthis\.com$/
       i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
       ,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
       facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
       t,a=e.el,o=n(42);return
       t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
       ,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
       window.gapi&&window.gapi.plusone}function t(){if(e())return
       void(gapi&&gapi.plusone&&"[object
       Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
       i){i=1;var n=new
       _ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
       addEventListener("load",function(){t()}),n.load()}}function n(e){var
       t=e?e.share:addthis.share,n=e?e.conf:addthis.config;window._at_plusonecallback=window
       ._at_plusonecallback||function(e){var a={};for(var o in
       t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
       plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
       a={};for(var o in
       t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
       a(e,n,a){if(!e.ost){var
       o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
       .gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
       lang||("undefined"==typeof
       i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
       lang||i.lang||_ate.ggl(n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
       _ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
       standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
       ("google_plusone_share",n.share,addthis_config),
40747  i.action="share"),_ate.share.gsub(n),_ate.util.each(i,function(e,t){r.
       setAttribute(e,t)}),E(e,r,"google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1
       ,t())}}function o(e,n){if(!e.ost){e.title="Follow on Google+";var
       a=Tt(e,"g:plusone");if(a.size=a.size||"").toLowerCase(),document.head){var
       o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
       publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
       |"smallbadge"===a.size){var
       i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
       lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
       a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
       lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
       _ate.util.each(a,function(e,t){i.setAttribute(e,t)}),a.appendChild(i),e.noh=e.ost=1,t
       ()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
       s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
       onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
       text-decoration:none;color:#333;font:13px/16px
       arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":"")),"
       large"===a.size?txt2='<br/><span
```

40747... | style="font-weight:bold;"> '+name+'</span>'+txt+'</span>'+txt2+'" on Google'+'</span>":txt='<span
... | style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
... | medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
... | style="display:inline-block;vertical-align:top;
... | margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
... | setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
... | ",e.innerHTML='<span style="'+s+'">'+txt+'<img '+ieQ+'
... | src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
... | style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
... | onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
... | onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
... | "</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
... | t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t)for(;"A"!==
... | t.nodeName;)t=t.parentNode;return
... | n=((t.attributes||{})("g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
... | prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}},e.onmouseover=
... | function(){this.className=this.className.indexOf("at300bo")>-1?this.className=this.
... | className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
... | i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
... | googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
... | share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
... | goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
... | ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
... | t(t,a,o){if(!t.ost){var
... | i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
... | passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
... | pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
... | pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
... | addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
... | url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
... | layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
... | &layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
... | height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
... | role="presentation" scrolling="no" allowTransparency="true"
... | scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:''\'"":"")+'
... | style="width:'+r.width+";
... | height:"+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
... | pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
... | addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
... | |i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
... | ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
... | description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
... | util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
... | _ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
... | ,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
... | .addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
... | .addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
... | pinterest_share={});var
... | n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
... | description,H("pinterest_share",e(i,r))})}else{var
... | u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
... | function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
... | addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
... | addthis_share.passthrough.pinterest_share={});var
... | t=Xt.addthis_share.passthrough.pinterest_share;return
... | t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
... | noh=t.ost=1}}var
... | n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
... | :t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
... | function(t){var
... | n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
... | )}}})}(),function(){function e(e,i,r){if(!e.ost){var
... | s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
... | :"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
... | ,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
... | bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
... | nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
... | cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()

40747

```
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,e.share,i.conf)}},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e}),(),function(){_ate.share=_ate.share||{},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}}function
n(){return
e()&&1===r?(t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D")=s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?A.text
:t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
hashtags=s.hashtags||A.hashtags||"",(s.via||A.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||A.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":":")+' style="width:'+u+"px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
```

40747

```
a=T(e,e),subbadge;782=s=style["position"],i.share.url||ate.track.mgt(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i,"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(o.width||(o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+'px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}}}(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0;catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}}}},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u=(u={},_ate.util.each(Ft.map,function(e,t){u[_ate.mun(e)]=e})))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||"",l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n});,c=[],l=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Ft.map[i]==M||i.indexOf("
facebook_")>-1&&Ft.map.facebook!==M)&&l++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
```

40747...

```
o].name,o]|]&&(l=n[i],i++,d.push(i),e.push(l),window.addthis_ssh+=i==l&&=addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i)+window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Ft.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),1}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(,^more$)|(,more,)|(,more$)/,"").
split(","):[],u=O.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=n.services_exclude.length>1?","+e:""}+e)),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,f=h[v[B]]||new
RegExp("(?:^|,)("+v[B]+"(?:$|,)")),h[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(f,",").replace(",,",","));for(B=0;B<g.length;B++)A=g[B],W[A]||(f=h[A]||new
RegExp("(?:^|,)("+A+"(?:$|,)")),h[A]=f,-1===b.search(f)&&m.unshift(A));for(B=0;B<s.
length&&E>B;B++)A=s[B],f=h[A]||new
RegExp("(?:^|,)("+A+"(?:$|,)")),h[A]=f,addthis_options.search(f)>-1&&C++;for(B=0;B<s.
length&&!(x.length>=E);B++)A=s[B],y[A]||w[A]||I(Ft.map[A]!==M||A.indexOf("facebook_")
>-1)||(y[A]=1,f=h[A]||new
RegExp("(?:^|,)("+A+"(?:$|,)")),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
addthis_options=addthis_options.replace(f,",").replace(",,",","),k++):x.push(A));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}else
w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}}return
n.services_compact||(n.services_compact=addthis_options,{conf:n,csl:d,crs:p}}var
c,u,l,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
instanceof Array){n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
```

```
Object.keys(n)},c.clear=function(){n={}}_ate.data]|(_ate.data={},_ate.data.Set=e)()
,function(){function e(){}function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!e.url)return!1;var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r)for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void
i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].shift();localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t()})})}),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(l.push(n),void t())})}))}}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r)})}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score},l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(t,r){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&&t.replace(/at_ab=(.*)&/,"at_ab="+i+"&"):t)=="&at_ab"+(e.ab||
_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))},a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
```

40747...

```
t,n,_ate._ate.dat.rdy,ff(we,e,functiton(e,t){_ate.dat[e]=t}),e.rdya&&a&&(Xt.ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(",")),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo){try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(o){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0),_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
provider_uid)),ln.logout&&(un.logout=1),_ate.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
_ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
("+ln.onready+") not
defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
addthis_clickout&&_ate.lad(["cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
adding json2"),n(689),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
_ate.util.rfromKV(e)}}function n(e){var
n;if(!o||".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
=e.origin,a(n)}}function
a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
addthis.com")&&(o=!0),Xt.attachEvent?Xt.attachEvent("onmessage",n,!1),$t.attachEvent
("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
payload:a}),"*")},0)}}})}(),tn.addEventListener("addthis.emailShare.close",function()
{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
o=e[a],i=t[a];return"string"!=typeof
o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
,n?o-o:o-i)}function i(){for(var
e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
r=t||[],s=0===r.length?{}:i(r),c=r;return
r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name]||e]=e)},c.addOne=function(e){
if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){e||(e="name");for(
var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
t},c.map=c.toMap,c.has=function(e){return
c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
```

Page 1084

40747

```
n=[],r.forEach.mln(e[r].length);o++)n.push(r[0].name);return
n},c.filter=function(t){for(var
n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
return
e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e(),function(){function
e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
code must consist entirely of letters, numbers and
underscores.");return!0}tn.logShare=function(t,n,a,o){var
i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
url=t,_ate.share.track(n,0,r,i))},tn.addClickTag=function(t,a,o,i){var
t=t||o&&o.url,r=n(24);return
e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
function(){function e(e,t){return
ve([,"getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||t)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),e),[["uid",""],["geo",""],["_ssh",[]]]))}
function o(){_=1,n({rdy:1})}function i(e){return
_ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
.HIGH
```

40748

```
}})),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.services=o
,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source=m(),S.
location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("addthis.
user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.addthis_translations
?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("addthis.i18n.ready",
function(){u(e)}),_ate.alg())}function l(e){u(e)}function d(){return
_ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){A("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
v(){return A("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Ft.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function C(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config,t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
```

40748

```
window.addthis_config),l=(window.addthis_options||"").replace(/,more/,"").split(","),
e(t)}},_ate.alg())};var
S={ready:u,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w};return
tn.session={source:m,isSocial:h("isl",y),isSearch:h("ish",C)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api);var
dn,pn,hn,An,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,yn=[],Cn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest.share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),An=1}),re=function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.title&&(fn.title=Mn[fn.title]||fn.link
.title)},tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
RegExp("&"+t+"="=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),h=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(655),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(654)}),
_atc._ld_barcss=1),!l.fixed)))){l.fixed=!0;for(var
A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
appendChild(f),A.appendChild(a),l.appendChild(A),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium":l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small":l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large")))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(h)),h.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||(tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),y(),_ate.share.sub(),e&&"function"==typeof
e&&e())},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),C(),_atc.xol?(y(),_adr.
```

40748

```
isReady&&t())t.apply(t),n=append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn))}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Kt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(790)},function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
:"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
1,vie:"vi",zh-cn":1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk","zh-tr":1,"chi-tr":"
zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
:"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase());0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js"),c=!0)}function o(){return c}var
i=n(17),r=n(21),s=n(152),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(2),i=n(45),r=n(36),s=(n(16),n(22)),c=n(7),u=n(60),l=n(44),d=n(29),p=n(19);e.
exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(2),i=n(14),r=n(86);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(102).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(76);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?1:o&&o.indexOf(!1)&&o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf("mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
```

40748...

```
strict";function a(e){return location.href.match(c)&&(t=default")}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(751),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(12),r=n(134),s=n(9),c=n(5).makeCUID.e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t,p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(5).makeCUID,i=n(17),r=n(20);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(820),o=n(814),i=n(7),r=n(36),s=n(86),c=n(815),u=n(87),l=n(816),d=n(156),p=n(155),
h=n(16),A=n(24),f=n(128),g=n(14),m=n(140),v=n(78),w=n(45),b=n(22),x=n(22),y=n(35),C=n(
9),E=n(20),k=n(47),M=n(94),R=window,_=document;e.exports=function(e,t){var
n=R.addthis.config?E(R.addthis_config):{},z=R.addthis.share?E(R.addthis_share):{};
switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=C(),z.service=e,z.media=void
0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
0!==t.title?t.title:z.title,z.description=void
0!==t.description?t.description:z.description,z.passthrough=void
0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",w(_.body,"more","","",n,z);break;case"mailto":R.location
.href=h(z,n,1);break;case"email":z.email_template=t.email_template||z.email_template,
z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
addthis.menu.close();break;case"favorites":var
S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
url_transforms,I="Press <"+D+">D to bookmark in
";B=k(B),S=A(S),S=y(S,U,z,e),S=g(e,z,n,S,1),b("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&R.sidebar.addPanel?alert(I+"Firefox"):
_.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
break;case"skype":p(z,n);break;default:"twitter"===e&&z.title=window.
encodeURIComponent(z.title),f(e)?v(e,z,n):_ate.share.inBm()||t.defaultShareToNewTab?
x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
a=n(171),o=n(2);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a)if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf(".")))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),n)for(i=0;i<c.length;i++)if(e=n[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
```

40748...

```
&&l.push(r)}return r}function o(e,t,n){e=e||document,r=""===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c++=1)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window.u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
getPopServices=d;var p=function(){return
d().split(",")};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(104),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index),o[e]=e)),empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(149),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=n(134),n(6));e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=s.split(",")[1]),s.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+"  continent: ";return
t+=e.continent()+"  country: "+e.country()+"  DMA: ",t+=e.dma()+"  latitude:
"+e.latitude()+"  longitude: ",t+=e.longitude()+"  MSA: "+e.msa()+"  province:
",t+=e.province()+"  throughput: "+e.throughput(),t+="  ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(1);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(73);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
|[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
```

40748...

```
r=n(2),s=n(12),c=n(13),u=n(3),l=n(1137),p=n(723),h=n(44),A=n(725),f=n(720),g=n(
727),m=n(16),v=n(19),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)}}},open:function(e,t,n,a,o,i){var
c,u;A(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=h("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis,c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this.windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null)},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(2),i=n(1),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r==r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};t&&c.onReady()}},s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;
```

Page 1090

```
r=n(713),s=n(40),t=a(s),u=n(2),a(u,d=n(693),p=a(d),h=n(636).getZoneCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(80),i=n(50),r=n(734),s=a(r),c=n(718),u=a(c),l=n(717),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl
",d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk").optional(function(e){try{return
e.split(",").10}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(6),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(646),ExpandedMenuControllerView:n(650)};n(835)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_LISTENING:"
CROSS_WINDOW_TARGET_CLOSE_LISTENING",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
a={},o={};a.delicious=function(e){e(n(658))},o.delicious=function(e){n.e(208,function
(){e(n(432))})},a.digg=function(e){e(n(659))},o.digg=function(e){n.e(205,function(){e
(n(435))})},a.facebook=function(e){e(n(661))},o.facebook=function(e){n.e(189,function
(){e(n(451))})},a.google=function(e){e(n(663))},o.google=function(e){n.e(170,function
(){e(n(470))})},a.linkedin=function(e){e(n(664))},o.linkedin=function(e){n.e(140,
function(){e(n(500))})},a.reddit=function(e){e(n(668))},o.reddit=function(e){n.e(92,
function(){e(n(548))})},a.stumbleupon=function(e){e(n(670))},o.stumbleupon=function(e
){n.e(64,function(){e(n(576))})},a.tumblr=function(e){e(n(671))},o.tumblr=function(e)
{n.e(47,function(){e(n(593))})},a.twitter=function(e){e(n(672))},o.twitter=function(e
){n.e(45,function(){e(n(595))})},a.myspace=function(e){e(n(666))},o.myspace=function(
e){n.e(122,function(){e(n(518))})},a.blogger=function(e){e(n(657))},o.blogger=
function(e){n.e(225,function(){e(n(415))})},a.print=function(e){e(n(667))},o.print=
function(e){n.e(100,function(){e(n(540))})},a.favorites=function(e){e(n(662))},o.
favorites=function(e){n.e(183,function(){e(n(457))})},a.email=function(e){e(n(660))},
o.email=function(e){n.e(194,function(){e(n(446))})},a.wykop=function(e){e(n(675))},o.
wykop=function(e){n.e(24,function(){e(n(616))})},a.mailto=function(e){e(n(665))},o.
mailto=function(e){n.e(137,function(){e(n(503))})},a.sinaweibo=function(e){e(n(669))}
,o.sinaweibo=function(e){n.e(83,function(){e(n(557))})},a.vk=function(e){e(n(673))},o
.vk=function(e){n.e(34,function(){e(n(606))})},a.whatsapp=function(e){e(n(674))},o.
whatsapp=function(e){n.e(27,function(){e(n(613))})},a.addthis=function(e){e(n(656))},
o.addthis=function(e){n.e(244,function(){e(n(396))})},a.aim=function(e){e(n(460),
function(){e(n(180))})},o.aim=function(e){n.e(240,function(){e(n(400))})},a.
amazonwishlist=function(e){n.e(459,function(){e(n(181))})},o.amazonwishlist=function(
e){n.e(239,function(){e(n(401))})},a.bitly=function(e){n.e(448,function(){e(n(192))})
},o.bitly=function(e){n.e(228,function(){e(n(412))})},a.blogmarks=function(e){n.e(444
,function(){e(n(196))})},o.blogmarks=function(e){n.e(223,function(){e(n(417))})},a.
diigo=function(e){n.e(426,function(){e(n(214))})},o.diigo=function(e){n.e(203,
function(){e(n(437))})},a.faves=function(e){n.e(409,function(){e(n(231))})},o.faves=
```

```
40748  function(e){n.e(164,function(){e(u(456))})},a.hatena=function(e){n.e(397,function(){e
       (n(249))})},o.hatena=function(e){n.e(164,function(){e(n(476))})},a.meneame=function(e
       ){n.e(358,function(){e(n(282))})},o.meneame=function(e){n.e(129,function(){e(n(511))}
       )},a.netvibes=function(e){n.e(348,function(){e(n(292))})},o.netvibes=function(e){n.e(
       118,function(){e(n(522))})},a.netvouz=function(e){n.e(347,function(){
       e(n(293))})},o.netvouz=function(e){n.e(117,function(){e(n(523))})},a.newsvine=
       function(e){n.e(345,function(){e(n(295))})},o.newsvine=function(e){n.e(115,function()
       {e(n(525))})},a.nujij=function(e){n.e(344,function(){e(n(296))})},o.nujij=function(e)
       {n.e(114,function(){e(n(526))})},a.thisnext=function(e){n.e(284,function(){e(n(356))}
       )},o.thisnext=function(e){n.e(50,function(){e(n(590))})},a.livejournal=function(e){n.
       e(366,function(){e(n(274))})},o.livejournal=function(e){n.e(138,function(){e(n(502))}
       )},a.gmail=function(e){n.e(398,function(){e(n(242))})},o.gmail=function(e){n.e(172,
       function(){e(n(468))})},a.hotmail=function(e){n.e(387,function(){e(n(253))})},o.
       hotmail=function(e){n.e(160,function(){e(n(480))})},a.yahoomail=function(e){n.e(261,
       function(){e(n(379))})},o.yahoomail=function(e){n.e(22,function(){e(n(618))})},a.
       aolmail=function(e){n.e(457,function(){e(n(183))})},o.aolmail=function(e){n.e(237,
       function(){e(n(403))})},a.googletranslate=function(e){n.e(394,function(){e(n(246))})}
       ,o.googletranslate=function(e){n.e(167,function(){e(n(473))})},a.wordpress=function(e
       ){n.e(263,function(){e(n(377))})},o.wordpress=function(e){n.e(25,function(){e(n(615)
       })},a.typepad=function(e){n.e(280,function(){e(n(360))})},o.typepad=function(e){n.e(
       44,function(){e(n(596))})},a.yammer=function(e){n.e(260,function(){e(n(380))})},o.
       yammer=function(e){n.e(21,function(){e(n(619))})},a.oknotizie=function(e){n.e(341,
       function(){e(n(299))})},o.oknotizie=function(e){n.e(111,function(){e(n(529))})},a.
       oyyla=function(e){n.e(339,function(){e(n(301))})},o.oyyla=function(e){n.e(109,
       function(){e(n(531))})},a.favoritus=function(e){n.e(408,function(){e(n(232))})},o.
       favoritus=function(e){n.e(182,function(){e(n(458))})},a.startaid=function(e){n.e(302,
       function(){e(n(338))})},o.startaid=function(e){n.e(69,function(){e(n(571))})},a.svejo
       =function(e){n.e(293,function(){e(n(347))})},o.svejo=function(e){n.e(59,function(){e(
       n(581))})},a.symbaloo=function(e){n.e(292,function(){e(n(348))})},o.symbaloo=function
       (e){n.e(58,function(){e(n(582))})},a.yoolink=function(e){n.e(257,function(){e(n(383))
       })},o.yoolink=function(e){n.e(18,function(){e(n(622))})},a.youmob=function(e){n.e(255
       ,function(){e(n(385))})},o.youmob=function(e){n.e(16,function(){e(n(624))})},a.n4g=
       function(e){n.e(350,function(){e(n(290))})},o.n4g=function(e){n.e(120,function(){e(n(
       520))})},a.folkd=function(e){n.e(404,function(){e(n(236))})},o.folkd=function(e){n.e(
       178,function(){e(n(462))})},a.evernote=function(e){n.e(416,function(){e(n(224))})},o.
       evernote=function(e){n.e(192,function(){e(n(448))})},a.stumpedia=function(e){n.e(297,
       function(){e(n(343))})},o.stumpedia=function(e){n.e(63,function(){e(n(577))})},a.
       studivz=function(e){n.e(299,function(){e(n(341))})},o.studivz=function(e){n.e(66,
       function(){e(n(574))})},a.pusha=function(e){n.e(329,function(){e(n(311))})},o.pusha=
       function(e){n.e(98,function(){e(n(542))})},a.kledy=function(e){n.e(372,function(){e(n
       (268))})},o.kledy=function(e){n.e(145,function(){e(n(495))})},a.plurk=function(e){n.e
       (333,function(){e(n(307))})},o.plurk=function(e){n.e(103,function(){e(n(537))})},a.
       citeulike=function(e){n.e(435,function(){e(n(205))})},o.citeulike=function(e){n.e(214
       ,function(){e(n(426))})},a.care2=function(e){n.e(436,function(){e(n(204))})},o.care2=
       function(e){n.e(215,function(){e(n(425))})},a.baidu=function(e){n.e(454,function(){e(
       n(186))})},o.baidu=function(e){n.e(234,function(){e(n(406))})},a.printfriendly=
       function(e){n.e(330,function(){e(n(310))})},o.printfriendly=function(e){n.e(99,
       function(){e(n(541))})},a.arto=function(e){n.e(455,function(){e(n(185))})},o.arto=
       function(e){n.e(235,function(){e(n(405))})},a.sodahead=function(e){n.e(308,function()
       {e(n(332))})},o.sodahead=function(e){n.e(75,function(){e(n(565))})},a.viadeo=function
       (e){n.e(276,function(){e(n(364))})},o.viadeo=function(e){n.e(40,function(){e(n(600))}
       )},a.amenme=function(e){n.e(458,function(){e(n(182))})},o.amenme=function(e){n.e(238,
       function(){e(n(402))})},a.virb=function(e){n.e(272,function(){e(n(368))})},o.virb=
       function(e){n.e(36,function(){e(n(604))})},a.bizsugar=function(e){n.e(447,function(){
       e(n(193))})},o.bizsugar=function(e){n.e(227,function(){e(n(413))})},a.bobrdobr=
       function(e){n.e(443,function(){e(n(197))})},o.bobrdobr=function(e){n.e(222,function(){
       e(n(418))})},a.smiru=function(e){n.e(310,function(){e(n(330))})},o.smiru=function(e)
       {n.e(77,function(){e(n(563))})},a.stuffpit=function(e){n.e(298,function(){e(n(342))})
       },o.stuffpit=function(e){n.e(65,function(){e(n(575))})},a.fabulously40=function(e){n.
       e(414,function(){e(n(226))})},o.fabulously40=function(e){n.e(190,function(){e(n(450))
       })},a.yorumcuyum=function(e){n.e(256,function(){e(n(384))})},o.yorumcuyum=function(e)
       {n.e(17,function(){e(n(623))})},a.hackernews=function(e){n.e(392,function(){e(n(248))
       })},o.hackernews=function(e){n.e(165,function(){e(n(475))})},a.bonzobox=function(e){n
       .e(442,function(){e(n(198))})},o.bonzobox=function(e){n.e(221,function(){e(n(419))})}
       ,a.meinvz=function(e){n.e(362,function(){e(n(278))})},o.meinvz=function(e){n.e(133,
       function(){e(n(507))})},a.visitezmonsite=function(e){n.e(271,function(){e(n(369))})},
       o.visitezmonsite=function(e){n.e(35,function(){e(n(605))})},a.memori=function(e){n.e(
       360,function(){e(n(280))})},o.memori=function(e){n.e(131,function(){e(n(509))})},a.
```

```
diggita=function(e){n.e(427,function(){e(n(219))})}},a.diggita=function(e){n.e(204,
function(){e(n(436))})}},a.linkuj=function(e){n.e(367,function(){e(n(273))})}},o.linkuj
=function(e){n.e(139,function(){e(n(501))})}},a.tuenti=function(e){n.e(282,function(){
e(n(358))})}},o.tuenti=function(e){n.e(48,function(){e(n(592))})}},a.informazione=
function(e){n.e(384,function(){e(n(256))})}},o.informazione=function(e){n.e(157,
function(){e(n(483))})}},a.startlap=function(e){n.e(301,function(){e(n(339))})}},o.
startlap=function(e){n.e(68,function(){e(n(572))})}},a.moemesto=function(e){n.e(354,
function(){e(n(286))})}},o.moemesto=function(e){n.e(125,function(){e(n(515))})}},a["
100zakladok"]=function(e){n.e(467,function(){e(n(173))})}},o["100zakladok"]=function(e
){n.e(248,function(){e(n(392))})}},a.domaintoolswhois=function(e){n.e(424,function(){e
(n(216))})}},o.domaintoolswhois=function(e){n.e(201,function(){e(n(439))})}},a.
quantcast=function(e){n.e(327,function(){e(n(313))})}},o.quantcast=function(e){n.e(96,
function(){e(n(544))})}},a.w3validator=function(e){n.e(267,function(){e(n(373))})}},o.
w3validator=function(e){n.e(30,function(){e(n(610))})}},a.hedgehogs=function(e){n.e(
390,function(){e(n(250))})}},o.hedgehogs=function(e){n.e(163,function(){e(n(477))})}},a
.cosmiq=function(e){n.e(431,function(){e(n(209))})}},o.cosmiq=function(e){n.e(210,
function(){e(n(430))})}},a.instapaper=function(e){n.e(382,function(){e(n(258))})}},o.
instapaper=function(e){n.e(155,function(){e(n(485))})}},a.ziczac=function(e){n.e(250,
function(){e(n(390))})}},o.ziczac=function(e){n.e(11,function(){e(n(629))})}},a.adifni=
function(e){n.e(462,function(){e(n(178))})}},o.adifni=function(e){n.e(242,function(){e
(n(398))})}},a.favable=function(e){n.e(410,function(){e(n(230))})}},o.favable=function(
e){n.e(185,function(){e(n(455))})}},a.camyoo=function(e){n.e(437,function(){e(n(203))
}},o.camyoo=function(e){n.e(216,function(){e(n(424))})}},a.box=function(e){n.e(439,
function(){e(n(201))})}},o.box=function(e){n.e(218,function(){e(n(422))})}},a.
bookmarkycz=function(e){n.e(441,function(){e(n(199))})}},o.bookmarkycz=function(e){n.e
(220,function(){e(n(420))})}},a.etsy=function(e){n.e(417,function(){e(n(223))})}},o.
etsy=function(e){n.e(193,function(){e(n(447))})}},a.bookmerkende=function(e){n.e(440,
function(){e(n(200))})}},o.bookmerkende=function(e){n.e(219,function(){e(n(421))})}},a.
posteezy=function(e){n.e(331,function(){e(n(309))})}},o.posteezy=function(e){n.e(101,
function(){e(n(539))})}},a.zakladoknet=function(e){n.e(251,function(){e(n(389))})}},o.
zakladoknet=function(e){n.e(12,function(){e(n(628))})}},a.douban=function(e){n.e(423,
function(){e(n(217))})}},o.douban=function(e){n.e(200,function(){e(n(440))})}},a.
pdfmyurl=function(e){n.e(337,function(){e(n(303))})}},o.pdfmyurl=function(e){n.e(107,
function(){e(n(533))})}},a.rediff=function(e){n.e(323,function(){e(n(317))})}},o.rediff
=function(e){n.e(91,function(){e(n(549))})}},a.markme=function(e){n.e(364,function(){e
(n(276))})}},o.markme=function(e){n.e(135,function(){e(n(505))})}},a.naszaklasa=
function(e){n.e(349,function(){e(n(291))})}},o.naszaklasa=function(e){n.e(119,function
(){e(n(521))})}},a.vybralisme=function(e){n.e(268,function(){e(n(372))})}},o.vybralisme
=function(e){n.e(31,function(){e(n(609))})}},a.mymailru=function(e){n.e(352,function()
{e(n(288))})}},o.mymailru=function(e){n.e(123,function(){e(n(517))})}},a.qzone=function
(e){n.e(325,function(){e(n(315))})}},o.qzone=function(e){n.e(94,function(){e(n(546))})
}},a.xing=function(e){n.e(262,function(){e(n(378))})}},o.xing=function(e){n.e(23,
function(){e(n(617))})}},a.fashiolista=function(e){n.e(411,function(){e(n(229))})}},o.
fashiolista=function(e){n.e(186,function(){e(n(454))})}},a.newsmeback=function(e){n.e(
346,function(){e(n(294))})}},o.newsmeback=function(e){n.e(116,function(){e(n(524))})}},
a.iorbix=function(e){n.e(380,function(){e(n(260))})}},o.iorbix=function(e){n.e(153,
function(){e(n(487))})}},a.urlaubswerkde=function(e){n.e(277,function(){e(n(363))})}},o
.urlaubswerkde=function(e){n.e(41,function(){e(n(599))})}},a.mrcnetworkit=function(e){
n.e(353,function(){e(n(287))})}},o.mrcnetworkit=function(e){n.e(124,function(){e(n(516
))})}},a.pafnetde=function(e){n.e(338,function(){e(n(302))})}},o.pafnetde=function(e){n
.e(108,function(){e(n(532))})}},a.spinsnap=function(e){n.e(306,function(){e(n(334))})}}
,o.spinsnap=function(e){n.e(73,function(){e(n(567))})}},a.technerd=function(e){n.e(290
,function(){e(n(350))})}},o.technerd=function(e){n.e(56,function(){e(n(584))})}},a.
thefreedictionary=function(e){n.e(285,function(){e(n(355))})}},o.thefreedictionary=
function(e){n.e(51,function(){e(n(589))})}},a.yuuby=function(e){n.e(252,function(){e(n
(388))})}},o.yuuby=function(e){n.e(13,function(){e(n(627))})}},a.efactor=function(e){n.
e(419,function(){e(n(221))})}},o.efactor=function(e){n.e(196,function(){e(n(444))})}},a
.adfty=function(e){n.e(463,function(){e(n(177))})}},o.adfty=function(e){n.e(243,
function(){e(n(397))})}},a.draugiem=function(e){n.e(422,function(){e(n(218))})}},o.
draugiem=function(e){n.e(199,function(){e(n(441))})}},a.historious=function(e){n.e(389
,function(){e(n(251))})}},o.historious=function(e){n.e(162,function(){e(n(478))})}},a.
indexor=function(e){n.e(385,function(){e(n(255))})}},o.indexor=function(e){n.e(158,
function(){e(n(482))})}},a.facebook_like=function(e){n.e(413,function(){e(n(227))})}},o
.facebook_like=function(e){n.e(188,function(){e(n(452))})}},a.voxopolis=function(e){n.
e(269,function(){e(n(371))})}},o.voxopolis=function(e){n.e(32,function(){e(n(608))})}},
a.memonic=function(e){n.e(361,function(){e(n(279))})}},o.memonic=function(e){n.e(132,
function(){e(n(508))})}},a.addressbar=function(e){n.e(464,function(){e(n(176))})}},o.
addressbar=function(e){n.e(245,function(){e(n(395))})}},a.kaixin=function(e){n.e(377,
```

```
40749  function(){e(n(263))}}},o.kaixin=function(e){n.e(150,function(){e(n(490))})}},a.
…      odnoklassniki_ru=function(e){n.e(342,function(){e(n(298))})}},o.odnoklassniki_ru=
…      function(e){n.e(112,function(){e(n(528))})}},a.zingme=function(e){n.e(249,function(){e
…      (n(391))}}},o.zingme=function(e){n.e(10,function(){e(n(630))})}},a.jappy=function(e){n
…      .e(379,function(){e(n(261))})}},o.jappy=function(e){n.e(152,function(){e(n(488))})}},a.
…      vkrugudruzei=function(e){n.e(270,function(){e(n(370))})}},o.vkrugudruzei=function(e){n
…      .e(33,function(){e(n(607))})}},a.stylishhome=function(e){n.e(296,function(){e(n(344))}
…      )}},o.stylishhome=function(e){n.e(62,function(){e(n(578))})}},a.kindleit=function(e){n.
…      e(373,function(){e(n(267))})}},o.kindleit=function(e){n.e(146,function(){e(n(494))})}},
…      a.scoopit=function(e){n.e(317,function(){e(n(323))})}},o.scoopit=function(e){n.e(85,
…      function(){e(n(555))})}},a.govn=function(e){n.e(393,function(){e(n(247))})}},o.govn=
…      function(e){n.e(166,function(){e(n(474))})}},a.skyrock=function(e){n.e(314,function(){
…      e(n(326))})}},o.skyrock=function(e){n.e(81,function(){e(n(559))})}},a.ketnooi=function(
…      e){n.e(375,function(){e(n(265))})}},o.ketnooi=function(e){n.e(148,function(){e(n(492))
…      })}},a.taringa=function(e){n.e(291,function(){e(n(349))})}},o.taringa=function(e){n.e(
…      57,function(){e(n(583))})}},a.researchgate=function(e){n.e(321,function(){e(n(319))})}}
…      ,o.researchgate=function(e){n.e(89,function(){e(n(551))})}},a.blogkeen=function(e){n.e
…      (445,function(){e(n(195))})}},o.blogkeen=function(e){n.e(224,function(){e(n(416))})}},a
…      .mendeley=function(e){n.e(359,function(){e(n(281))})}},o.mendeley=function(e){n.e(130,
…      function(){e(n(510))})}},a.qrsrc=function(e){n.e(328,function(){e(n(312))})}},o.qrsrc=
…      function(e){n.e(97,function(){e(n(543))})}},a.bland=function(e){n.e(446,function(){e(n
…      (194))})}},o.bland=function(e){n.e(226,function(){e(n(414))})}},a.sharer=function(e){n.
…      e(316,function(){e(n(324))})}},o.sharer=function(e){n.e(84,function(){e(n(556))})}},a.
…      safelinking=function(e){n.e(318,function(){e(n(322))})}},o.safelinking=function(e){n.e
…      (86,function(){e(n(554))})}},a.cleanprint=function(e){n.e(434,function(){e(n(206))})}},
…      o.cleanprint=function(e){n.e(213,function(){e(n(427))})}},a.disqus=function(e){n.e(425
…      ,function(){e(n(215))})}},o.disqus=function(e){n.e(202,function(){e(n(438))})}},a.
…      surfingbird=function(e){n.e(294,function(){e(n(346))})}},o.surfingbird=function(e){n.e
…      (60,function(){e(n(580))})}},a.lidar=function(e){n.e(370,function(){e(n(270))})}},o.
…      lidar=function(e){n.e(143,function(){e(n(497))})}},a.buffer=function(e){n.e(438,
…      function(){e(n(202))})}},o.buffer=function(e){n.e(217,function(){e(n(423))})}},a.
…      beat100=function(e){n.e(451,function(){e(n(189))})}},o.beat100=function(e){n.e(231,
…      function(){e(n(409))})}},a.cssbased=function(e){n.e(430,function(){e(n(210))})}},o.
…      cssbased=function(e){n.e(209,function(){e(n(431))})}},a.yookos=function(e){n.e(19,function(){e(n(621))})}},a.supbro=
…      function(e){n.e(295,function(){e(n(345))})}},o.supbro=function(e){n.e(61,function(){e(
…      n(579))})}},a.google_plusone_share=function(e){n.e(395,function(){e(n(245))})}},o.
…      google_plusone_share=function(e){n.e(168,function(){e(n(472))})}},a.apsense=function(e
…      ){n.e(456,function(){e(n(184))})}},o.apsense=function(e){n.e(236,function(){e(n(404))}
…      )}},a.cleansave=function(e){n.e(433,function(){e(n(207))})}},o.cleansave=function(e){n.
…      e(212,function(){e(n(428))})}},a.openthedoor=function(e){n.e(340,function(){e(n(300))}
…      )}},o.openthedoor=function(e){n.e(110,function(){e(n(530))})}},a.advqr=function(e){n.e(
…      461,function(){e(n(179))})}},o.advqr=function(e){n.e(241,function(){e(n(399))})}},a.
…      pocket=function(e){n.e(332,function(){e(n(308))})}},o.pocket=function(e){n.e(102,
…      function(){e(n(538))})}},a.margarin=function(e){n.e(365,function(){e(n(275))})}},o.
…      margarin=function(e){n.e(136,function(){e(n(504))})}},a.gg=function(e){n.e(401,
…      function(){e(n(239))})}},o.gg=function(e){n.e(175,function(){e(n(465))})}},a.foodlve=
…      function(e){n.e(403,function(){e(n(237))})}},o.foodlve=function(e){n.e(177,function(){
…      e(n(463))})}},a.thefancy=function(e){n.e(286,function(){e(n(354))})}},o.thefancy=
…      function(e){n.e(52,function(){e(n(588))})}},a.mixi=function(e){n.e(355,function(){e(n(
…      285))})}},o.mixi=function(e){n.e(126,function(){e(n(514))})}},a.wishmindr=function(e){n
…      .e(264,function(){e(n(376))})}},o.wishmindr=function(e){n.e(26,function(){e(n(614))})}}
…      ,a.pinterest_share=function(e){n.e(334,function(){e(n(306))})}},o.pinterest_share=
…      function(e){n.e(104,function(){e(n(536))})}},a.financialjuice=function(e){n.e(407,
…      function(){e(n(233))})}},o.financialjuice=function(e){n.e(181,function(){e(n(459))})}},
…      a.myvidster=function(e){n.e(351,function(){e(n(289))})}},o.myvidster=function(e){n.e(
…      121,function(){e(n(519))})}},a.exchangle=function(e){n.e(415,function(){e(n(225))})}},o
…      .exchangle=function(e){n.e(191,function(){e(n(449))})}},a.wanelo=function(e){n.e(266,
…      function(){e(n(374))})}},o.wanelo=function(e){n.e(29,function(){e(n(611))})}},a.
…      hootsuite=function(e){n.e(388,function(){e(n(252))})}},o.hootsuite=function(e){n.e(161
…      ,function(){e(n(479))})}},a.internetarchive=function(e){n.e(381,function(){e(n(259))})
…      }},o.internetarchive=function(e){n.e(154,function(){e(n(486))})}},a.behance=function(e){
…      n.e(450,function(){e(n(190))})}},o.behance=function(e){n.e(230,function(){e(n(410))})}
…      },a.vimeo=function(e){n.e(274,function(){e(n(366))})}},o.vimeo=function(e){n.e(38,
…      function(){e(n(602))})}},a.flickr=function(e){n.e(406,function(){e(n(234))})}},o.flickr
…      =function(e){n.e(180,function(){e(n(460))})}},a.instagram=function(e){n.e(383,function
…      (){e(n(257))})}},o.instagram=function(e){n.e(156,function(){e(n(484))})}},a.foursquare=
…      function(e){n.e(402,function(){e(n(238))})}},o.foursquare=function(e){n.e(176,function
```

Page 1094

```
(){return n(84)}}]},o.ass=function(e){n.e(339,function(e){e(n(385)})}},o.ass=function(e){n
.e(87,function(){e(n(553))})}},a.youtube=function(e){n.e(254,function(){e(n(386))})},o
.youtube=function(e){n.e(15,function(){e(n(625))})},a.flipboard=function(e){n.e(405,
function(){e(n(235))})},o.flipboard=function(e){n.e(179,function(){e(n(461))})},a.
retellity=function(e){n.e(320,function(){e(n(320))})},o.retellity=function(e){n.e(88,
function(){e(n(552))})},a.nurses_lounge=function(e){n.e(343,function(){e(n(297))})},o
.nurses_lounge=function(e){n.e(113,function(){e(n(527))})},a.kik=function(e){n.e(374,
function(){e(n(266))})},o.kik=function(e){n.e(147,function(){e(n(493))})},a.yummly=
function(e){n.e(253,function(){e(n(387))})},o.yummly=function(e){n.e(14,function(){e(
n(626))})},a.viber=function(e){n.e(275,function(){e(n(365))})},o.viber=function(e){n.
e(39,function(){e(n(601))})},a.edcast=function(e){n.e(420,function(){e(n(220))})},o.
edcast=function(e){n.e(197,function(){e(n(443))})},a.slack=function(e){n.e(313,
function(){e(n(327))})},o.slack=function(e){n.e(80,function(){e(n(560))})},a.skype=
function(e){n.e(315,function(){e(n(325))})},o.skype=function(e){n.e(82,function(){e(n
(558))})},a.link=function(e){n.e(368,function(){e(n(272))})},o.link=function(e){n.e(
141,function(){e(n(499))})},a.houzz=function(e){n.e(386,function(){e(n(254))})},o.
houzz=function(e){n.e(159,function(){e(n(481))})},a.google_classroom=function(e){n.e(
396,function(){e(n(244))})},o.google_classroom=function(e){n.e(169,function(){e(n(471
))})},a.renren=function(e){n.e(322,function(){e(n(318))})},o.renren=function(e){n.e(
90,function(){e(n(550))})},a.tencentweibo=function(e){n.e(287,function(){e(n(353))})}
,o.tencentweibo=function(e){n.e(53,function(){e(n(587))})},a.lineme=function(e){n.e(
369,function(){e(n(271))})},o.lineme=function(e){n.e(142,function(){e(n(498))})},a.
kakao=function(e){n.e(376,function(){e(n(264))})},o.kakao=function(e){n.e(149,
function(){e(n(491))})},a.telegram=function(e){n.e(289,function(){e(n(351))})},o.
telegram=function(e){n.e(55,function(){e(n(585))})},a.balatarin=function(e){n.e(453,
function(){e(n(187))})},o.balatarin=function(e){n.e(233,function(){e(n(407))})},a.
pinboard=function(e){n.e(335,function(){e(n(305))})},o.pinboard=function(e){n.e(105,
function(){e(n(535))})},a.diary_ru=function(e){n.e(428,function(){e(n(212))})},o.
diary_ru=function(e){n.e(206,function(){e(n(434))})},a["500px"]=function(e){n.e(466,
function(){e(n(174))})},o["500px"]=function(e){n.e(247,function(){e(n(393))})},a.
aboutme=function(e){n.e(465,function(){e(n(175))})},o.aboutme=function(e){n.e(246,
function(){e(n(394))})},a.bandcamp=function(e){n.e(452,function(){e(n(188))})},o.
bandcamp=function(e){n.e(232,function(){e(n(408))})},a.bitbucket=function(e){n.e(449,
function(){e(n(191))})},o.bitbucket=function(e){n.e(229,function(){e(n(411))})},a.
dribbble=function(e){n.e(421,function(){e(n(219))})},o.dribbble=function(e){n.e(198,
function(){e(n(442))})},a.github=function(e){n.e(400,function(){e(n(240))})},o.github
=function(e){n.e(174,function(){e(n(466))})},a.gitlab=function(e){n.e(399,function(){
e(n(241))})},o.gitlab=function(e){n.e(173,function(){e(n(467))})},a.medium=function(e
){n.e(363,function(){e(n(277))})},o.medium=function(e){n.e(134,function(){e(n(506))})
},a.mixcloud=function(e){n.e(356,function(){e(n(284))})},o.mixcloud=function(e){n.e(
127,function(){e(n(513))})},a.periscope=function(e){n.e(336,function(){e(n(304))})},o
.periscope=function(e){n.e(106,function(){e(n(534))})},a.quora=function(e){n.e(326,
function(){e(n(314))})},o.quora=function(e){n.e(95,function(){e(n(545))})},a.slashdot
=function(e){n.e(312,function(){e(n(328))})},o.slashdot=function(e){n.e(79,function()
{e(n(561))})},a.slideshare=function(e){n.e(311,function(){e(n(329))})},o.slideshare=
function(e){n.e(78,function(){e(n(562))})},a.snapchat=function(e){n.e(309,function(){
e(n(331))})},o.snapchat=function(e){n.e(76,function(){e(n(564))})},a.soundcloud=
function(e){n.e(307,function(){e(n(333))})},o.soundcloud=function(e){n.e(74,function(
){e(n(566))})},a.spotify=function(e){n.e(305,function(){e(n(335))})},o.spotify=
function(e){n.e(72,function(){e(n(568))})},a.stack_overflow=function(e){n.e(303,
function(){e(n(337))})},o.stack_overflow=function(e){n.e(70,function(){e(n(570))})},a
.steam=function(e){n.e(300,function(){e(n(340))})},o.steam=function(e){n.e(67,
function(){e(n(573))})},a.twitch=function(e){n.e(281,function(){e(n(359))})},o.twitch
=function(e){n.e(46,function(){e(n(594))})},a.vine=function(e){n.e(273,function(){e(n
(367))})},o.vine=function(e){n.e(37,function(){e(n(603))})},a.trello=function(e){n.e(
283,function(){e(n(357))})},o.trello=function(e){n.e(49,function(){e(n(591))})},a.
wechat=function(e){n.e(265,function(){e(n(375))})},o.wechat=function(e){n.e(28,
function(){e(n(612))})},a.tencentqq=function(e){n.e(288,function(){e(n(352))})},o.
tencentqq=function(e){n.e(54,function(){e(n(586))})},a.deviantart=function(e){n.e(429
,function(){e(n(211))})},o.deviantart=function(e){n.e(207,function(){e(n(433))})},a.
ello=function(e){n.e(418,function(){e(n(222))})},o.ello=function(e){n.e(195,function(
){e(n(445))})},a.goodreads=function(e){n.e(397,function(){e(n(243))})},o.goodreads=
function(e){n.e(171,function(){e(n(469))})},a.jsfiddle=function(e){n.e(378,function()
{e(n(262))})},o.jsfiddle=function(e){n.e(151,function(){e(n(489))})},a.letterboxd=
function(e){n.e(371,function(){e(n(269))})},o.letterboxd=function(e){n.e(144,function
(){e(n(496))})},a.ravelry=function(e){n.e(324,function(){e(n(316))})},o.ravelry=
function(e){n.e(93,function(){e(n(547))})},a.stack_exchange=function(e){n.e(304,
function(){e(n(336))})},o.stack_exchange=function(e){n.e(71,function(){e(n(569))})},a
```

```
.. .untappd=function(e){n.e(278,function(){e(n(382))})}},o.untappd=function(e){n.e(42,
.. function(){e(n(598))})}},a.yelp=function(e){n.e(259,function(){e(n(381))})}},o.yelp=
.. function(e){n.e(20,function(){e(n(620))})}},a.messenger=function(e){n.e(357,function()
.. {e(n(283))})}},o.messenger=function(e){n.e(128,function(){e(n(512))})}},a.cloob=
.. function(e){n.e(432,function(){e(n(208))})}},o.cloob=function(e){n.e(211,function(){e(
.. n(429))})}},a.facenama=function(e){n.e(412,function(){e(n(228))})}},o.facenama=function
.. (e){n.e(187,function(){e(n(453))})}},a.unknown=function(e){n.e(279,function(){e(n(361)
.. )})}},o.unknown=function(e){n.e(43,function(){e(n(597))})}},e.exports={png:o,svg:a}},
.. function(e,t,n){"use strict";var a=n(69);e.exports=function(e){var
.. t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
.. t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
.. n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
.. e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
.. :{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
.. DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
.. flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
.. google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
.. News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:
.. "LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
.. Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
.. Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
.. },renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
.. Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
.. snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
.. Exchange"},stack_overflow:{name:"Stack
.. Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
.. ,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
.. wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
.. yummly:{}}},function(e,t){function a(e){var t=r(document.cookie,";");return
.. t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
.. Date,o.setYear(o.getFullYear()+2),n||(i+="; expires="+o.toUTCString()),i+="; 
.. path=/;",a||(i+="
.. domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
.. i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
.. r=n(32),s=n(2);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
.. n=e?e.length:0;if(!i(n))return o(e,t);for(var
.. a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
.. o=n(679),i=n(11),r=n(125);e.exports=a},function(e,t,n){function
.. a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,u=typeof
.. t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
.. e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(758);e.exports=a},function(e,t){function
.. n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
.. n(e){return
.. 160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
.. 8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
.. a(e){return e===e&&(0===e?1/e>0:!o(e))}var
.. o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
.. o=n(31);e.exports=a},function(e,t){var n=window.JSON&&"function"==typeof
.. window.JSON.parse&&"function"==typeof
.. window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
.. t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
.. e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
.. a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
.. s=a[r].split(","),d={},p=0;p<s.length;p++){var
.. h=s[p].split("=");d[h[0]]=h[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
.. o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
.. o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
.. (l[o]=1,e(r(n[a].src)))}}var
.. i=n(27),r=n(52);e.exports={processAdEvents:a,processAllScripts:o};var
.. s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
.. var
.. t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
.. raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){var
.. a=n(8).getHost,o=n(50),i=n(90);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
.. 0===n||n||"https:"==window.location.protocol,t=a(void
.. 0===t?window.location.href:t),e&&(r|t===a(o)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
.. =o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
.. 0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
```

40749...

```
3==c.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),i2==t.length&&"."===
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11&&&e.substr(0,C)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(C))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,h,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_dd,D=_.at_pos,U=_.at_tot
,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(C)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000,",z+=parseInt(c.substr(16),10)),N&&!z&&(u=y,h=N
.split(u),h.length<2&&N.indexOf("/")>-1&&(u="_",h=N.split(u)),f=h.length>1?h.pop():""
,g=h.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(C)),T=c.substr(0,16)+","+parseInt(c.
substr(16),10),O="facebook_"+(f||"like"))):(s=N.split("="),pop()),sql(y),2==s.length&
&A(s[0])&&(T=s.join(","),O="facebook_"+(f||"like")))),z=z&&A(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:y,l=M.substr(C).split(u),2==l.length&&o(M.substr(0,1)+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),O=l[1],w=1)),S&&(a=S),z?
(b=parseInt(z.split(",").pop())+1,n=z.split(",").shift()):-1==E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1))),A(n)||(n=null),A(i)||(i=
null),O=(O||"").split("?").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||!t.data_track_clickback!==!1&&!t.data_track_linkback!==!1){if(E)return0;
if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e==e||f(),b+h(e+Math.min(3,t||0))}function u(e,t){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?y+t:"")}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split(".").c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||((i=i||{},i.gen=o)),A(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(52)),p=n(37).atohb,h=n(37).hbtoa,A=n(5).isValidCUID,f=n(5).makeCUID,g=n(77
),m=n(135),v=n(6),b=".",x="",y=".",C=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(e){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(119);e.exports=function(){var e;return a?a:"undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(53);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(825);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(786),o=(document,window),i=n(6);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(87),r=window;e.exports=function(e,t,n){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
```

```
40749… n):{s=a(e,o,t,n),o.push(i.open(s,"addthis_share"))},
40750  !1}},function(e,t,n){function a(e,t){var
       n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
       o=n(817),i=n(55),r=n(79)(),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
       function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
       &&c(window,"message",function(e){if(e){var
       t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===" https:".length||e.origin.
       indexOf(t)===" http".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
       o="string"==typeof e.data;if(o&&n){var
       i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||||[],r=i[1];if(r){try{_ate.menu.close
       ()}catch(s){}a(r)}}}})},function(e,t,n){"use strict";var
       a=n(101),o=n(38),i=n(5).makeCUID,r=n(143),s=n(9),c=n(4),u=n(17),l=n(153),d=n(75),p=n(
       24),h=n(35),A=n(131),f=(new
       Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
       t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
       0===g&&(g=e||i()),g}function
       w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
       b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
       A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab)}}function
       y(t){t=t.split("/");var n=t.shift();t.shift();var
       a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(A.seq=i),n&&(e.
       uid=n)}function C(e,t){"string"==typeof e&&(e={url:e})};var
       n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2===s?"&colc="+(new
       Date).getTime():""):""}+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
       supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
       supported for iframes");var
       h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
       ,A=h.getElementById("_atf")}else
       a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
       getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}},
       function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
       c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
       u=Math.ceil(e/32),l=-1;if(s){var
       d=1<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
       Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
       Int32Array(u);if(c)for(;++l<u;)A[l]=c[l];else
       if(a)for(l=-1;++l<u;)A[l]=a[l];if(this._locations=new
       p(h),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
       A=this.buckets=a||[];if(c)for(;++l<u;)A[l]=c[l];else
       for(;++l<u;)A[l]=0;this._locations=n||[]}this.locations=function(e){for(var
       t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n++c<t;)a[c]=0>u?u+n:u,u=
       (u+s)%n;return a},this.add=function(e){for(var
       t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
       <t[n]%32},this.test=function(e){for(var
       t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
       floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
       e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
       m)/this.k}function o(e){return
       e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
       }function i(e){return
       e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
       4294967295&e}var r=n(810);e.exports=a;var s="undefined"!=typeof
       ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
       Date,n=t.getDate(),a=t.getMonth()+1;return
       10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
       r(e){if(_ate.uls){var
       t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
       new i(n,a,o,r)}return null}var c;return e=e||"pbf",c=t&&n&&a&&o?new
       i(t,n,a,o):t&&n?new i(t,n):_ate.uls?r(e);var
       i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
       e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
       =function(){s.removeByPrefix(c.name)},c}var
       i=n(144),r=n(1),s=n(81),c=3,u=600,l=2;e.exports=function d(e,t,n){function
       i(e){return
       e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
       substr(2,4))}}var u,l={};return e?this instanceof
       d?(this.name=e,this.get=function(){return
       _ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
```

```
40750... =function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.remove(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m){var
c=a.m,l=a.d;c>o||c===o&&u>e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
.sort(function(e,t){return
parseInt(e)<parseInt(t)?1:-1}),n.length>3);s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0)},t},this.generateName=function(){return(n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})):new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(55),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))})}var
o=n(51).EventDispatcher,i=n(831),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
"link",u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
{o=n[u];break}o||(n=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var t=1new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+u+(void
0===n||null===n?"":A(n))}),e},this.get=function(){return
n.load(),h},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,h[f(t[0])]=f(t[1]))})}
a=1}return
h},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],l--),n.save()},this.reset=function(){h={},l=0,n.save()}}var
o=n(23),i=n(1);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t}function i(){return(new
Date).getTime()}function r(){return C()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date((new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
```

40750...

```
s()};r(r).new Date(t)++1e5)}function l(){if(t[0]||e){var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter+=1):w={id:r(),counter:0},v=1}function
d(){l(),b.sck(k,A(),!1,!0,u())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null;i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(83);e.exports=function(e){var t=a(e)||"en";return
1===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(14),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})||n}var
o=n(14),i=n(22),r=n(92);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(12);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
```

40750...

```
polyfillMethodForTag},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e))){for(var s in a)a[s]!==t||(i=1);i||a.push(t))return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=[],o=function(){function e(e){if(e&&1===e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null===n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string –
"+e);try{r.replace(/\s+/g,"")),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" – "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a,!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(41),r=n(172),s=n(716);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(169),o=n(165);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a.campaign};return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}},,function(e,t,n){"use strict";var
a=n(58),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
```

40750...

```
Tools,utm_medium:m_image,utm_campaign:g},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(103);e.exports=function(e,t){a(e,t)||(e.className?e.className+=
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(69),o=n(749),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
function(e,t,n){"use strict";var a=n(103);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase()){for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s),t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){A.svg[e]&&A.svg[e](t)}function p(e){return
A.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(115),A=o(h),f=n(715),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(94),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=h(e.code);return png['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n})\n};\n"}function c(e){var
t=A(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n})\n})\n}"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function d(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
h=n(747),A=n(746),f=(n(116),n(69)),g=n(748),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(117);e.exports=function(e){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(62),o=n(118),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")}},function(e,t,n){e.exports=n(755)},function(e,t,n){function
```

```
a(e){return!0===Re?e.length>2&&z.call(e,1):""}r=r||[];var t=[],j1=n[43],j4="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),h=t>0;++a<t;)p[a]=a+"";for(var A in
e)h&&r(A,t)||"constructor"==A&&(l||!d.call(e,A))||p.push(A);return p}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(31),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=(A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
e,t=!1,n=(A.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e);t===!1&&(t=y.pop()),delete b[t]}function
l(){var e,t={},n=[];for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);A.sck(w,escape(t),!1,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"__at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},,,function(e,t){"use strict";function
n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
/^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
default"]();var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
hidden")}()}}t.__esModule=!0,t["default"]=o;var
i=n(107),r=a(i),s=n(60),c=a(s),u=n(96),l=a(u),d=n(3),p=a(d),h=n(170),A=a(h),f=n(631),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
a=n(741);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.271a1.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
```

```
...   8.6 4v-.006v.995a1.5 1.5 0 1 2 2.008a1.443-.01.88-.01c.437-.02 1.088-.3723.728 1.463
...   4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
...   1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
...   fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...   xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
...   6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
...   16h10v10H6z"/><path opacity=".8" d="M16
...   16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...   xmlns="http://www.w3.org/2000/svg"><path d="M8.523
...   10h2.19v10.558H5v-7.486h3.523V10zm0
...   8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
...   2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
...   5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
...   513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
...   fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...   xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
...   1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
...   22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
...   018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
...   24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
...   5.733c.267.16.8.16 1.067
...   019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
...   exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
...   5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
...   5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
...   903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
...   xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
...   13.56a.432.432 0 0
...   0-.4-.29h-7.511-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.281-2.34
...   7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.4616.06 4.42-2.34
...   7.17c-.06.17.01.35.15.46.14.11.34.1.49 016.1-4.43 6.09
...   4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.461-2.34-7.18
...   6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
...   height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
...   13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
...   5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
...   3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
...   6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
...   fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...   xmlns="http://www.w3.org/2000/svg"><path d="M26
...   25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
...   3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
...   5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
...   0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
...   fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...   xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
...   23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
...   1.308.804 8.453 5.333 8.453 5.3331.2.1.1
...   12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
...   .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
...   d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
...   1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
...   11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
...   .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
...   21.956v-10.971-5.837 4.53 5.838 6.44zM5.954 21.956v-10.9715.837 4.53-5.836
...   6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.5481-6.137 6.74-.806-.603
...   6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
...   4.823-.61-.8zM5.902 10.38l6.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
...   2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
...   3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
...   height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
...   3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
...   3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
...   4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
...   2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
...   2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
...   2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
...   2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
```

```
40750 0-.992.816-1.795 1.83-1.795 1.01 0 1.83.804 1.83 1.795 0 .99.82 1.794 1.83 1.794z"
       fill-rule="evenodd"/></svg>';
40751 },function(e,t){e.exports='<svg xmlns="http://www.w3.org/2000/svg" width="32"
       height="32"><path d="M24.67 10.62h-2.86V7.49H10.82v3.12H7.95c-.5
       0-.9.4-.9.9v7.66h3.77v1.31L15 24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
       8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
       0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
       91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72.72zm-4.12
       2.96h-6.1v1.06h6.1v-1.06zm-6.11
       3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
       height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
       1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
       1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
       0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
       .562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
       0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
       1.785-1.258 3.893-1.928 6.324-2.01l1.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
       .32-.06314.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
       1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
       0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
       4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
       1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
       .942-.182 1.302-.547.36-.364.54-.802.54-1.315
       0-.513-.18-.95-.54-1.31-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
       0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
       0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
       1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
       0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
       1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
       1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
       1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
       0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
       0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
       fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
       xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
       23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
       6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
       5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
       .667-.98-4.907-.028 0
       0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
       2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
       9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
       0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 1 .657c1.398-.303 2.912.138 3.938
       1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0 0
       1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
       0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
       1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
       .913-.474c.3-.947.113-2.026-.59-2.818M14.44
       19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
       234.22.08.298.33.176.555m-1.16
       1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
       1.642-.56.57.25.753.905.407 1.482m1.322-4.04c-1.733-.46-3.69.42-4.443 1.97-.77
       1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
       4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
       svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
       14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
       4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
       2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
       1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
       1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
       4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
       fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
       xmlns="http://www.w3.org/2000/svg"><path d="M19.59
       22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
       18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
       5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
       3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
       width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
```

40751... 10.115s-4.63-4.688-4.682-5.592-7.04-4.626-3.52c0 0 0 0-.984-2.367 9.057 0 0
... 1-2.866 1.095 4.513 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
... 0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
... 0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
... 0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
... 12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M26.712
... 10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
... 22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
... 2.587-.587-.372-.43-1.51-.43-2.323
... 0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
... 0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
... 1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
... 0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
... -.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
... 2.79 5.7
... 2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
... 12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
... 1.532.46713.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
... -1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
... 1.39a.63.63 0 0
... 1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
... 0 0 1-.073-.215c0-.33.99-.945.99-1.49
... 0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
... 0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
... 1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
... 2.478-1.318.13-.33.244-.73.244-1.088 0-.058
... 0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
... 0-3.48-.53-4.942-1.49L7.793 24.4l11.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
... 4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
... 8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
... 27.17615.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
... 19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
... 10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
... 3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
... 4.152-4.308h8.952c2.294 0 4.152 1.928 4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
... 11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
... 6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
... u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
... o=n(756),i=n(757),r=n(120),s=n(28);e.exports=a},function(e,t){function
... n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
... e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
... a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
... e}var o=n(125);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
... o=n(678),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1!;var
... a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
... n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
... o=n(70),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
... t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
... o(){r.addThisLinkClicks++}var
... i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
... _ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
... expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
... -click",o),i=!0)},getParams:function(){return
... i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
... a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
... "),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
... "),e=e.replace(/\s+$/g,""),n=[],a=e.split("
... "),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
... .length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
... return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
... n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,u=v(c),l={};return

40751...

```
y&&d.debug(op",/s,/refto...web..cache="+k),s.rsc?(l.type="social",l.service=s.
rsc,l.click=!0,k=l,l):k&&!t?k:"undefined"==typeof
c||""==c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(y&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
(x,function(e,t){C.add(e,t)}),C.save())}function u(e,t){var
n=t?null:C.get();y&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
referral",x)):document.referrer?(c(n),y&&d.debug("referral - use stored
state",x)):(y&&d.debug("no referral - kill cookie, then start a new
session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
l=n(148),d=n(4),p=n(8),h=n(6),A=n(1),f=n(90),g=n(50),m=n(76),v=n(129),w=n(784),b={},x
={},y=0,C=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!y||!e){var
t=A.rck(w)||"";t&&(k=g(t).split(x)),y=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!C){var
e=i(v);o(),c(e),C=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e))):k.length>5&&k.slice(-5):k.push("1"+b
+e)}function u(e){o(),k.length&&A.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>C?1:0}function h(){y=0,C=0,k=[]}var
A=n(23),f=n(74);e.exports={reset:h,update:l,get:d,cla:p,toKV:a}var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",y=0,C=0
,E={high:250,med:75},k=[],,,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=r(o(r(s[0])),u=r(o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}return
e},{})}},,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(115),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
```

```
40751... ){"use strict";function n(e){return n&&n.__esModule?e:{"default":e}}var
      o=n(110),i=a(o),r=n(117),s=n(750);e.exports=function(e,t,n,a,o,c,u,l,d,p,H,A,f,g){var
      m,v,w,b,x,y=i["default"](e,f);if(!y)return
      null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
      height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
      =s(b,v);var C=document.createElement("span");return
      C.className="at-icon-wrapper",C.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
      function(e,t){"use strict";function n(e){return
      e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
      "use strict";function n(){var e=arguments;return function(t){for(var
      n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
      exports=t["default"]},function(e,t,n){"use strict";function a(var
      e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
      e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
      o=n(6);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
      e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
      0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
      default"]("Find a
      service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
      ["default"]("Favorites",5)};if(t&&n)a=new
      r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
      );else{var
      i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
      "/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
      location.port?":"+location.port:"");a=new
      r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(h,function(){a.post(u["default"
      ]({},e,{translations:o}))})}}return a}t.__esModule=!0,t["default"]=o;var
      i=n(735),r=a(i),s=n(635),c=n(12),u=a(c),l=n(59),d=a(l);e.exports=t["default"]},
      function(e,t,n){"use strict";function a(e){return
      e&&e.__esModule?e:{"default":e}}function o(e){try{return
      JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
      r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
      Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
      c=n(81),u=a(c),l=n(787),d=a(l),p=n(719),h=a(p),A=n(159),f=a(A),g=18e5,m={getValue:
      function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
      d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
      cookie.status",function(e){var
      t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
      (t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
      a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
      n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
      Element?void
      0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
      "default"]=o;var
      i=n(1),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
      exports=t["default"]},function(e,t,n){"use strict";function a(e){return
      e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
      0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
      0===arguments[1]?"":arguments[1];return
      r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
      getPopServicesArray())))}t.__esModule=!0,t["default"]=o;var
      i=n(109),r=a(i),s=n(98);e.exports=t["default"]},function(e,t,n){"use strict";function
      a(e){return e&&e.__esModule?e:{"default":e}}function
      o(e,t){e.services_exclude+=(e.services_exclude||"",!s["default"]("msi")||s["default"]("
      ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
      default"]("ipa")&&o(e,"print")t.__esModule=!0,t["default"]=i;var
      r=n(2),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
      strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
      o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
      menu||{};var
      n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
      default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
      default"](_ate.menu._menuConfig,e),"undefined"!=typeof
      t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
      title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
      description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
      _ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
```

40751

```
._ate._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuShare.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(20),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:A.getViberURL(t,n)};break;case"slack":d={navigateTo:
h.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),d={navigateTo:f.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;
default:d={navigateTo:c["default"](e,0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=
o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(157),l=a(u),d=n(91),p=a(d),h=n(156),A=n(87),f=n(155)
,g=n(86);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return function(o){var i=void
0,s=void 0,u=void 0,d=void 0,h=void
0;if(o&&o.data){try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,h=i.menuType,s&&u&&d&&("follow"!==h&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){A["default"](!0,{},u,d,{
defaultShareToNewTab:!0})},16):(p["default"](s,"follow"===h?1:0,u,d),t&&t.fire("
addthis.menu."+h,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,h,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(12),c=a(s),u=n(100),l=a(u),d=n(93),p=a(d),h=n(95),A=a(h),f=n(726),g
=a(f),m=n(114),v={"addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(89),i=a(o);t["default"]=function(){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(104),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e,function(e){return
e+"|"+r[e]});return{fbe:t.join(",")||""}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(1),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function h(){var h=window.MooTools;return
i(h)&&i(h.version)},knockout:function A(){var A=window.ko;return
i(A)&&i(A.version)},jquery:function(){return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
```

40751

```
i(window.Vue)},webpackJsonp:function(){return
i(window.webpackJsonp)},underscore:function(){return
i(window._)&&i(window._.mapObject)},lodash:function(){return
i(window._)&&i(window._.mapValues)},oraclejet:function(){return
i(window.oj)&&i(window.oj.version)},polymer:function(){return
i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
"==typeof
window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
i(window.React)&&i(window.React.version)&&"string"==typeof
window.React.version&&(e=window.React.version),e},mithril:function(){var
e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
window.$.fn.jquery)&&"string"==typeof
window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return
i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
e},underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a())(e.push(n);var
o=d[n]();t.push(n+"-"+o)})}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(1),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e)
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
```

Page 1110

40751

```
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")}),getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")})},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(42),s=a(r),c=n(18),u=a(c),l=n(162),d=a(l),p=n(3),h=n(34),A=a(h),f=n
(6),g=a(f),m=n(9),v=a(m),w=n(99),b=a(w),x=n(19),y=a(x),C=n(111),E=a(C),k=n(110),M=n(
728),R=a(M),_=[n(795),n(794),n(792),n(732),n(793),n(731),n(729),n(681),n(730)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?A["default"](window.addthis_config.wix.url):A["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(y["default"
].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}}),I=function(e){B.push(e)},O=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:O,update:D,addListener:I},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(137),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(27),h=a(p),A=n(40),f=a(A),g=n(162),
m=a(g),v=n(1),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
_type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=(h["default"](this._url),Math.random().toString(2).slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t
```

40752

```
}),this},e.prototype.always=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:C,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
```

40752...

```
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){if(!Array.isArray(n))return!1;for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
b:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:"")))}}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type===k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n              (Received error:
"+a+")")}}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(146),u=a(c),l=n(3),d=a(l),p=n(1
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(2),x=a(b),y=n(114),C=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments)))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n.targetOrigin,r=n.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null};this.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
```

40752¦ TypeError("`onCleanup` expects a function
 ¦ argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
 ¦ typeof e)throw new TypeError("`onClose` expects a function
 ¦ argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
 ¦ 0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
 ¦ eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
 ¦ stringify target data for
 ¦ saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
 ¦ _proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
 ¦ a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
 ¦ e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
 ¦ )return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
 ¦ _closeHandler()};var
 ¦ o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
 ¦ t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
 ¦ h["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
 ¦ o.v}}},e}(),k=function(){function
 ¦ e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
 ¦ isTargetIframe=i,this._messenger=new
 ¦ u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
 ¦ this),d["default"].listen(window,"message",this._proxyListener)}return
 ¦ e.prototype.post=function(e){var t=void 0;try{var
 ¦ n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
 ¦ Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
 ¦ error:
 ¦ "+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
 ¦ .push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
 ¦ _listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
 ¦ e=this,t=w["default"](this._listeners,h["default"](t,function(n){return
 ¦ e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
 ¦ default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
 ¦ _cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
 ¦ CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
 ¦ this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
 ¦ ,o){var i=this;a=a||50;var r=o||40,s=void
 ¦ 0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
 ¦ s)},this.isTargetIframe){var
 ¦ c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
 ¦ t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
 ¦ i._handshakeReceiver=null,"function"==typeof
 ¦ n?n():!1;i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
 ¦ ()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
 ¦ ("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
 ¦ argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
 ¦ typeof e)throw new TypeError("`onClose` expects a function
 ¦ argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
 ¦ 0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
 ¦ eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
 ¦ stringify target data for
 ¦ saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
 ¦ "default"].error("CrossWindowCommunicator could not store data in sessionStorage.
 ¦ "+n)}},e.prototype._proxyListener=function(e){var
 ¦ t=this,n=this.targetOrigin;if(e&&e.origin===n){var
 ¦ a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
 ¦ r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
 ¦ cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
 ¦ _closeHandler()};var
 ¦ i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
 ¦ t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
 ¦ h["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
 ¦ r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
 ¦ e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
 ¦ o=n(2),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
 ¦ toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
 ¦ n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
 ¦ isNaN(i))return o;for(var
 ¦ s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
 ¦ .name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length}

40752...

```
continue[2]=--a.length:a&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;",'"':"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(100),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
56)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJAQaj7b9xifV0UKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDQcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:'\i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','',]])},function(e,t
,n){t=e.exports=n(56)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
.at-expanded-menu,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(743)+') 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
```

Page 1114

40752...

```
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
-host
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDbjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAE1FTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
```

40752...

PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms6Gxxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi4yODZxMy43MzIgMCA2LjQ2NCA
xLjgzOXQ0Ljlk5MSA0Ljk5MSAxLjgzOSAzLjlg4NC0xLjgzOSA2LjQ1MSAxLjk5MTAxLjk5MS0yLjgzL0CAxLjgz
OS02Ljlg4NC0xLjgzOS00Ljk5MC0xLjU5MS0xLjlg4NC0xLjgzOS02Ljlg4NCAxLjgzOS02Ljlg4NCA0Ljk5MSA2MSA2L
jg4NC0xLjgzOXpNMTYgMjQuNTU0di0zLjlM5M3EwLTAuMjUtMC4xNjEtMC40MnQtMC4xOTMtMC4xNzgtMy40Mj
lxLTAuMjMyIDAtMC40MTEgMC4xNzl0LTAuMTc5IDAuNDExdDExeDExMTl0xCMy4zMgZxMC4yMjggMC4xNTMgMC40
0MTEgMC4xNzloMy40MjlxMC4yMjggMCAwLjE3OS0wLjE3OHQwLjE2MS0wL0TEuAuNDJ6TTE1LjLjk2NCAxOC40Mz
MjEtMTEuTEuMDg5c5TAtMC4xNzlxMC4xLTAtMjEtMC44MTlxMC44zMxM0MNDMtMC4xNDNtMC40Mi54NDMxNC4xNzgt
jI1iDAtMC04Nj8tMC4xNDNtMC4xNzkgMC4xNDMxMDctMC4xNzkgMC4xNDMtMDgyNTAMDQMIOTI5cS0wL
jIlIDAtMC0Njk4MC4xNzl8MC4xNzlxMC4xOSAwLj8zOHQ4dTTEuDgxMC40zJ6TTE3LjSsaW9uLTI5LmixYNS41NT
c2MjA0LDI3LjU1NzYyMDQgMjUuMDExTE0xZNiwyNwMpTcyNDgMCWVmcy8+

hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeeec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeeec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeeec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeeec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/

PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms9Imh0dHA6Ly93d3cudzM
ub3JnLzE5OTkveGxpbmsiPjxnIGlkPSJiYWNrZ3JvdW5kIj48cmVjdCBmaWxsPSJub25lIiBoZWlnaHQ9IjMyc
HgiIHdpZHRoPSIzMnB4Ii8+PC9nPjxnIGlkPSJzZWFyY2giPjxwYXRoIGQ9Ik0yMC41NDUsMTkuODMzbDctNy4
5L3hsaWFuPzI48dGl0bGUvPjxzXNjLZ48ZGVmcy8+
PGcgZmlsbsbD0ibm9uZSIgc3Ryb2tlPSIjY3d1YXJldmd1b2ImVub1ZGNiiBpZD0iUGFnZS0xIiBzdHJva2Utd
m9rZS13aWR0aD0iMSSI+PGcgZmlsbsbD0iIzkyOTI5MiIgaWQ9Imljb24tMTEXLlYXJjaCI+
PHBhdGdgZD0iTTE5LjQyNzExXNjQ2M4xDTE2NCBDMTYuMDk1LDMjQ5NSwyMi40MTc0ODAzIDE2LjMzNjY1M
jIsMjMgMTQuNSwyMy5BODS44MDU1INzkzOWyMyA2LDE5LjE3MyYzhgzMyNjM44MDU1INzc5MzkgOS
44MDU1Nzkz0SAzIDE0LjUsMiBDMTkuNDw1MDwiNiw2IDIlzLDkuODA4NTc5MzkgOS4yMMswyMSMtYuMzkk
2NjUyMi40MTc0ODAzIDE4jAzNzI0OTUgMjEuNDU3TE0CwyMTExYOIEwyNy4wMTE5MTc5LDI1
LjAxMTkxNzksNzYgMjI3I3LjU2MjExZXOxY3MjUuNTYyMT9xNi4xNTEzZLDEyNDcxY0NiMMNAwMDIxMNtYuNTc2
SwyNi40MSDgYODE0IEXxYNi45dJDYy8NDgzYzJ2Zz4=

PGcgZmlsbsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiH0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbsbD0iIzkyOTI5MiIgaWQ9Imljb24tMTEXLlYXJjaCI+
PHBhdGdgZD0iTTE5LjQyNzExXNjQ2M4xDTE2NCBDMTYuMDk1LDMjQ5NSwyMi40MTc0ODAzIDE2LjMzNjY1M
jIsMjMgMTQuNSwyMy5BODS44MDU1INzkzOWyMyA2LDE5LjE3MyYzhgzMyNjM44MDU1INzc5MzkgOS
44MDU1Nzkz0SAzIDE0LjUsMiBDMTkuNDw1MDwiNiw2IDIlzLDkuODA4NTc5MzkgOS4yMMswyMSMtYuMzkk
2NjUyMi40MTc0ODAzIDE4jAzNzI0OTUgMjEuNDU3TE0CwyMTExYOIEwyNy4wMTE5MTc5LDI1
LjAxMTkxNzksNzYgMjI3I3LjU2MjExZXOxY3MjUuNTYyMT9xNi4xNTEzZLDEyNDcxY0NiMMNAwMDIxMNtYuNTc2
SwyNi40MSDgYODE0IEXxYNi45dJDYy8NDgzYzJ2Zz4=");background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host

```
.at-expanded-menu-service-list{border:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75pt;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxp
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0h0PSIzMiIgdmlld0JveD0
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi43ODZxMy43MzIgMCA2MzAgNCA
xLjgzOXQ0LjQ5MSA0LjAlj5MSAxLjgzOSA2Lj4NC0xLjgzOSA2Lj49MSA4NC00L1j5MSA5LjQ4NCAxLjggz
OS02Ljg4NC0xLjg3NyAyLjYzLj8SNAxLTgwMjU5SM00L1j5M5M3EwLTAuMjUTU04xNjEtMC4xODY1M00zLZ
jg4NC0xLjgzOXpNMTYgMjQu0NTU0di0zLjlM5M3EwLTEuMjU4MC0zLjdNC0xNjEtMC4xODY1M04zL
lxLTAuMjMyIDAtMC40OMTEgMC4xMLTLAuMTc5IDAuNDM4Exj0xMuMkzcTAgMC4yMzIgIgMC4xNzkg
0MTEgMC4xMLTLAuMjljMTc5IDAuNDQ0MLjMC0zLjNC0xNCwwT0zLjM04xNCwzLjY04zLjY04zLjF
MjEtMTEEuMD5cTAtMC4xMjEgMC4xNztMC4xMjEtMC4xNNtMC0zLjQ04zLjF04zLjF
jI1IDAtMC40MjkgMC4xMDGtMC4xMDGMC0zLjIgMjFsMC0zLjIxMLTL04zLjF
4xNzkgMC4xMTMtMC04jMMC03RmY5c2BTXj5jsZnMC4xMjFsMC4xSMC4xNzkgMC4
4xNzkgMC0zMTN0MC04jkgMC4xMzRoMjMRxMC4yNSAwIDAuNDUzMC40xNjMLTL04zLjF
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
```

40752...

```
height:40px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
.at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
.at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
.at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host .at-expanded-menu-email-sent
.at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-email-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
```

40752...

```
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-email-form,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
.at-copy-link-share{width:420px}}@media screen and
(max-width:449px){#at-expanded-menu-host
#at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
(max-width:369px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:300px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
```

40752...

```
.at-expanded-menu-top-services-header{width:80px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
.at-copy-link-share{width:20pc}}@media screen and
(max-width:879px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
.at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
.at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
(max-height:800px) and (min-width:480px){#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
(max-height:800px){#at-expanded-menu-host
.at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
menu-host
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
```

40752

```
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
18px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-round
.at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
#at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
mobile #at-expanded-menu-email-sent
.at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
-menu-mobile
.at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
-expanded-menu-mobile
.at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-copy-link-share{margin:0
10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
.at-copy-link-share-button{margin-top:25px;padding:10px
25px}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-fade{height:50px}','""]);
```

40753

```
},function(e,t,n){t=e.exports=n(56)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
icon-wrapper{display:inline-block;overflow:hidden}.a
.at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
.at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
.at-icon-wrapper{border-radius:50%}.addthis_32x32_style
.at-icon{width:2pc;height:2pc}.addthis_24x24_style
.at-icon{width:24px;height:24px}.addthis_20x20_style
.at-icon{width:20px;height:20px}.addthis_16x16_style
.at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
important}.at15dn{display:none}.at15sas{border:0;height:0;margin:0;padding:0;width:
230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
textarea,#at16recap,#at16sas,#at_msg,#at_share
.at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
#at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
width:250px!important}#at15s{background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxExEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
span{outline:0;direction:ltr;text-transform:none}#at15s
.at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
```

40753…

```
.at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
.at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
repeat;background-position:top
left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
.at4-icon,.addthis_default_style
.at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
1pc!important}.addthis_32x32_style
.at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
important}.addthis_24x24_style
.at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
important}.addthis_20x20_style
.at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
important}.at4-icon.circular,.circular
.at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
.at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1pc;width:1pc;height:1pc;background-position:top
left;display:inline-block;line-height:1pc}.addthis_vertical_style
.at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid
#e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15ptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_share
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
#fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
```

40753

```
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.at300bo,.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
```

40753...

```
visible}#at16pcchng{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJ1YWR5cclIPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}#at16pit{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
//////
wAAAAAAACH5BAEAAAUALAAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19djY2IODg+bm5paWln15eeLi4oyMjKmpqdXV1dvb28/Pz////////
wAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKKRgMEtm8/otHrNTjMEQYGjjTa/b7/
h82gEfVfSAgYKDhGcVQ0QsLBhAAEAYlYLhZGSk5RkQYgBSgsNAA0OGaA2QlaOkpaZHHhAAVSGSQYACEgIABOntLW2eAU
mSxASShIIHt8HCw1snSwAGSSq3ZEzM3OSyhLBw9YSD8DP2Nm+30UoKrraAACrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtA8A8A7/vDz/wDV5MIUJVa/
gAgTZkmpFYYUg70USpz45BKGPwwPUPiKPIseOhEXI6ihzphpEt8EPMiRTMzpBT58E6hZZZuIwqGqcLIEAwsUKujcybOnz
59AgwodSrSo0aNIkypdyrSpU580fofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5656;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9px;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_psprom{height:130px;
padding-top:10px}#at15psp,#at_psprom{width:205px;padding-left:5px}#at_testprom{font
```

Page 1124

40753...

```
-size:9px;width:200px;display:none;}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a1ly{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv9AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAEAAwAIAAACChxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwAIAAMAAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwAAACwAEAAQBgAGAAACDJwncqi7EQYAA0p6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmoxoxvQAYchQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}','""]}},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(740);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(116);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
```

```
… t.push({code:"addthis",t:opservice(0)}),c.push({code:"unknown"}),t.catch(n){throw new
… Error("parse-services: failed to parse file -
… "+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
… aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
… 8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
… arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
… behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
… blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
… c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
… camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
… 5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
… deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
… disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:"
… f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
… evernote:"7fce2c",exchange:"D3155A",fabulously40:"620e18",facebook:"3B5998",facename
… :"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
… favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
… 175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
… E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
… google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
… 0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
… hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
… 104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
… 384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"8d394e",ketnooi:"
… 1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
… 2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
… 0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
… 083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
… mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
… 165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
… :"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
… nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
… 2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
… pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
… EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
… quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
… reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
… B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
… slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
… 282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",soundcloud:"
… FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",stack_exchange:"
… 1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"DA060D",stuffpit:"
… 2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d",supbro:"383838"
… ,surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"165496",technerd:"
… 316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",
… thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tumblr:"
… 37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"FFCD00",
… urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"01B488",
… virb:"08aed9",visitezmonsite:"7D06EA",vk:"6383A8",vkrugudruzei:"e65229",voxopolis:"
… 1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"2DC100",
… whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",
… yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"A5C736",
… yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
… zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
… strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
… t)a=t[n],a&&e.setAttribute(n,a);return
… e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
… "https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
… user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
… },blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
… .com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}}
… }.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
… .com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
… co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
… .facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
… :{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
… gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
… {id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
```

```
40753...  ://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
     ...  :{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
     ...  }"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
     ...  linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:/
     ...  /www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
     ...  mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
     ...  user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
     ...  :{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
     ...  periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
     ...  pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
     ...  https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
     ...  ,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
     ...  "},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
     ...  "http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
     ...  slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
     ...  {user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
     ...  /{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
     ...  }"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
     ...  /steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
     ...  telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
     ...  ,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
     ...  /follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
     ...  untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
     ...  vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
     ...  user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
     ...  youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
     ...  {id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
     ...  },yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
     ...  "Address Bar",counter:"AddThis",google_plusone:"Google
     ...  +1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
     ...  linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
     ...  Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
     ...  It"}},function(e,t){"use strict";e.exports=function(e,t){return
     ...  t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
     ...  a=n(61).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
     ...  mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
     ...  e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
     ...  name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
     ...  t&&"undefined"==typeof n&&s(e)?i(e,r(t,n,3)):var
     ...  o=n(677),i=n(120),r=n(105),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
     ...  o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
     ...  n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
     ...  e;return"function"==a?"undefined"!=typeof
     ...  t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
     ...  t?r(e+""):i(e+"",t)}var
     ...  o=n(760),i=n(761),r=n(762),s=n(105),c=n(73),u=n(770);e.exports=a},function(e,t,n){
     ...  function a(e,t,n,a,p,f,g){var
     ...  m=s(e),v=s(t),w=l,b=l;m||(w=A.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=A.call(t),b==u?b
     ...  =d:b!=d&&(v=c(t)));var xw=w==d,yw=v==d,Cw=w==b;if(C&&!m&&!x)return i(e,t,w);var
     ...  E=x&&h.call(e,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
     ...  n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
     ...  M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
     ...  R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
     ...  o=n(767),i=n(768),r=n(769),s=n(28),c=n(641),u="[object Arguments]",l="[object
     ...  Array]",d="[object
     ...  Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a},function(e,t
     ...  ,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
     ...  c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
     ...  var l=t[c];if(u&&a[c])var d=r.call(e,l);else{var p=e[l],h=n[c];d=i?i(p,h,l):void
     ...  0,"undefined"==typeof d&&(d=o(h,p,i,!0))}if(!d)return!1}return!0}var
     ...  o=n(121),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
     ...  a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
     ...  function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
     ...  u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
     ...  o(e,t,u,l)}}var
     ...  o=n(759),i=n(124),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
     ...  (e,t,n){function a(e,t){return i(t)?function(n){return
     ...  null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)}}var
```

40753

```
o=n(21),i=n(124),a=e.exports=a;function e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(771),i=o?function(e,t){return
o.set(e,t):a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var h=u;h--&&(p=t[h],!(l=d&&d===p||n(d,p,a,o,i,r)));)else
l=d&&d===p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return+e==+t;case i:return
e.name==t.name&&e.message==t.message;case r:return
e!=+e?t!=+t:0==e?1/e==1/t:e==+t;case s:case c:return e==t+"";}return!1}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var u=n(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
h,A=-1;++A<l;){var f=u[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;h||(h="constructor"==f)}if(!h){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1;
}return!0}var
```

40754

```
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=u.call(e);r.funcNames||(t||(t=c.test(n)||i(e),o(e,t)))}return t}var
o=n(764),i=n(30),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
o;e.exports=i}).call(t,function(){return this}())},function(e,t,n){function
a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,h=[];++p<
n;){var A=t[p];(l&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(642),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
o=n(122),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e),r(
e,t)+1)):e}var
o=n(122),i=n(765),r=n(766),s=n(680),c=n(773),u=n(774);e.exports=a},function(e,t,n){
var a=n(18),o=n(1),i=n(791);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s],o())}},
function(e,t,n){var
a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n],o())}},function(e,t,n){"
use strict";var a=n(4);e&&e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||!t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
catch(c){a.error(c)}return o}},function(e,t,n){var
a=n(138);e.exports=function(e){return e==||"",a=e==||"",var
n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e}}},function(e,t,n){var
a=n(49);e.exports=function(){for(var e;e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
```

40754...

```
e,t),n.document.getElementsByTagName("link")),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
C,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url||&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,F="",G=s(
S),P=2==G.length?G.shift().split("=").pop():"",Y=2==G.length?G.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(J=!1),H)for(C in
H)F+=(""==F?"":"&")+f(C)+"="+f(H[C]);if(g&&-1===i.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1===e.indexOf("pinterest"))for(C in n.shorteners)for(E in
n.shorteners[C])V+=(V.length?"&":"")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub"+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&hl="+l((n.feed||n.
url||"").replace("feed://","","),1)+"&t1="+l&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||"")).replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+A({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L2?"&cr="+(e===L2:1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(F?"&email_vars="+f(F):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot?"&screenshot="+l(n.screenshot,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.ifrmeurl?"&ifrmeurl="+l(n.ifrmeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&ac=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
"")+(P?"&rsi="+P:"")+(Y?"&gen="+Y:"")+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(139),s=n(75),c=n(24),u=n(722),l=n(47),d=n(35),p=n(18),h=n(21),A=n(131),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(61).map(e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(823),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift(),!addthis_share.
```

```
40754 description?t.description&&(addthis_share.description=t.description),l=t0)}}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!=navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(138);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.join("&")?"+i.join("&"):""}return
e})}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!==typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share.
title).replace(/\{\{url\}\}/g,n(t)))},function(e,t,n){"use strict";var
a,o,i,r=n(1),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(824),o=n(159),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();c(t===!0||void
0===t)&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(690),s=n(96),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(150).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https":"http:")+_atr+"static/"+n(834)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(145),s=n(136),c="hat",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span></span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div><form
```

40754

```
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span><div class="loading-container "><div
class="loading-spinner"></div></div></div></div></div><div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
o=n(38),i=n(161);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
,e.interval=null,e.firstSeen=null)},this.sampleTimeout)),a.isWatching=function(e){
for(var
t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
function(){setTimeout(function(){for(var
e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
},a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
```

```
40754    n,i=data.substring("_atal".length),r=i.split("#"),s=r[0],c=document.getElementById(r[
         1]||"")),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
         getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
         ,""))){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
         e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
         clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
         handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
         e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
         function(){var
         a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
         Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
         postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
         function
         n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
         postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
         addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
         i(e,n,a){var
         o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
         o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
         a(window,"message",function(t){var
         n,a,o=t.data,r=t.source;if(r===e.contentWindow)try{o=JSON.parse(o)}catch(d){o=o||{}}
         if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&s[o.api][o.id].call(this,o.
         result),delete s[o.api][o.id];else
         if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
         api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())())}}),o[e.__apiID]=n
         ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
         t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a:(a=new
         o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
         ){return!0}),t.push(a))}return t}var
         o=n(147),i=n(51).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
         e=this,t=new
         i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
         instanceof
         Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
         this.resources||this.resources[0]instanceof
         o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
         this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
         function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
         .loading){for(var
         t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
         checkload,e)),this.resources[t].load()}this.loading=!0}}},function(e,t,n){function
         a(){return g.join(A)}function o(){if(!f){var
         e=l.rck(h)||"";e&&(g=d(e).split(A)),f=1}}function
         i(){o(),g.length&&l.sck(h,p(g()),0,!0)}function r(){return o(),g}function
         s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
         n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
         n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
         t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
         l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
         d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[]},
         function(e,t,n){/**
40755     * AddThis Client
40756     * @license - See s7.addthis.com/static/licenses.html for information about the
         licenses used
40757     */
40758    var
         a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
         isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
         function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!g.addthis||p(
         {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
         t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
         queuer=this,this.flush=function(e,a){this.flushed=1;for(var
         o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
         a(e){e&&!(e.data||{}).addthisxf&&g.addthis._pmh.flushed?_ate.pmh(e):addthis
         ._pmh.call(e)}var
         o,i=n(812),r=n(805),s=n(97).select,c=n(108),u=n(53),l=n(809),d=n(38),p=n(33),h=n(801)
         ,A=n(3).listen,f=n(1),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
         ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
```

40758...

```
"v7":s3:wp"//cb.t0/enoteJD...,deal:1500,&amp:1.89,ramp:.08,pamp=.1,abmp=.5,ramp:1,plmp:1,
ohmp:0,le1:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
:"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
:"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
(!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
}g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
},layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
e[t])for(var n in
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])}),button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
,update:e("update"),init:e("init"),ad:{event:e("event"),ad:e("ad")},getPixels:e("getPixels",
"ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
"addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
C=u("addthis_widget");if(C.provider||C.userBlob||C.userapi){var
E=l(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
k("user")),C.provider&&(g.addthis.ProviderAPI=new
k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!C.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=0,R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(697),n(698),n(700),n(701
),n(703),n(632),n(645),n(704),n(705),n(706),n(168),n(707),n(708),n(709),n(710),n(711)
,n(712),n(695),n(696),n(702),n(699),n(693),n(694)(function(){n(651),addthis.layers.
apply(addthis,e)})})},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})},addthis.sharecounters=getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(653),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(82)}(n)}})()},function(e,t,n){"use strict";var
a=n(160),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
```

40758...

```
t={ca:"es",cs:"cs",cy:"ep",da:"UK",de:"DE",el:"GR",en-US",en-"ES",en-"ES",es:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
.:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(160),o=n(2),i=n(4),r=(n(19),n(88)),s=n(1),!1),c=n(85),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8",!1):void
n.e(4,function(){var
t=n(684),a=n(644);s||(n(150).setup(),n(686).setup(),n(685).setup(),n(688),n(687),n(
836),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})}};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(154);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(141),o=n(79)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=(n(2),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(55),i=n(3).listen,r=n(2);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(1);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(141),o=n(79)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(157),o=n(63);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(818),o=n(36);i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){function a(){var
o=n(1),i={sml:1,smlmo:1,smlsh:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r={name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
```

```
40758 feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"
      ],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
      name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
      ["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
      "],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
      ._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
      i[e]?(t=!0,!1):void 0)},t?r:{}}},e.exports=new a},function(e,t,n){var
      a=n(826);e.exports=function(e,t){var
      n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
      strict";var a=n(158);e.exports=function(){var
      e,t,n,o,i,r,s=a();c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
      getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
      ("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
      strict";e.exports=function(){return"visibilityState"in
      document?"visible"===document.visibilityState:"hasFocus"in
      document?document.hasFocus():void 0}},function(module,exports){var
      w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
      module.exports=function(globalObjectString){function
      storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
      ),pageCallbacks[t]=pageCallbacks[t]||0;var
      i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
      callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
      (this,arguments)}),times[r]=(new
      Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
      globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
      times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
      string which will eval to a globally accessible object where callbacks will be
      stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
      },function(e,t){e.exports=function(e){var
      t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
      1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
      evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
      eval(src)}},function(e,t,n){"use strict";var
      a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
      o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
      n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
      e)return e;if(e instanceof Object){var t="";for(var n in
      e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
      null}},function(e,t,n){"use strict";var
      a=n(1),o=n(112),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
      flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
      subscription||"PRO"===e.subscription.edition)){var
      r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
      c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
      e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
      e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
      n=Object.prototype.toString;e.exports=function(e){return
      n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
      e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
      81a142dda016aab89f76e554.html"}]));
40759 ***********************************************
40760 The following data is from cancer_org-20160913-page_source.txt
40761 ***********************************************
40762
40763 <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
40764 <meta http-equiv="x-ua-compatible" content="IE=Edge"/>
40765 <html>
40766 <head><meta content="text/html; charset=utf-8" http-equiv="Content-Type" /><script
      type="text/javascript">
40767     var _U = "undefined";
40768     var g_HttpRelativeWebRoot = "/acs/";
40769     var SSContributor = false;
40770     var SSForceContributor = false;
40771     var SSHideContributorUI = false;
40772     var ssUrlPrefix = "/";
40773     var ssUrlType = "1";
40774     var ssDomainNum = "5c38e88";
40775     var g_navNode_Path = new Array();
```

```
40776        g_navNode_Path[6] = "0";
40777        var g_ssSourceNodeId = "0";
40778        var g_ssSourceSiteId = "CancerOrg";
40779        var g_strLanguageId = "en";
40780  </script>
40781  <script id="SSNavigationFunctionsScript" type="text/javascript"
  …    src="/acs/websites/CancerOrg/sitenavigationfunctions.js"></script>
40782  <script id="SSNavigationScript" type="text/javascript"
  …    src="/acs/websites/CancerOrg/sitenavigation.js"></script>
40783
40784        <script type="text/javascript"
  …    src="/acs/resources/wcm/sitestudio/wcm.toggle.js"></script>
40785        <script type="text/javascript"
  …    src="/acs/resources/sitestudio/ssajax/ssajax.js"></script>
40786
40787
40788
40789    <script id="ssInfo" type="text/xml" warning="DO NOT MODIFY!">
40790    <ssinfo>
40791        <fragmentinstance id="fragment1" fragmentid="lightBox_CancerHome"
  …    library="server:CANCERORG_LIGHTBOX">
40792        </fragmentinstance>
40793
40794        <fragmentinstance id="fragment2" fragmentid="G50001"
  …    library="server:ACS-GENERAL-FRAGS">
40795        </fragmentinstance>
40796    </ssinfo>
40797    </script>
40798
40799    <meta name="GENERATOR" content="MSHTML 9.00.8112.16592" />
40800  <!--SS_BEGIN_SNIPPET(fragment2,head)-->
40801              <meta name="google-site-verification"
  …    content="ekP0xI79rHAKj733m3iQV-th0pkvP0JogprGE9nVGfg" />
40802              <!--SS_END_SNIPPET(fragment2,head)-->
40803
40804    <!--<title></title>-->
40805    <meta content="IE=edge" http-equiv="X-UA-Compatible" />
40806
40807  </head>
40808
40809  <body class="theme-home teal-theme">
40810
40811
40812
40813    <title id="articleTitle">American Cancer Society | Information and Resources for
  …    Cancer: Breast, Colon, Lung, Prostate, Skin</title>
40814    <meta name="title" content="American Cancer Society | Information and Resources for
  …    Cancer: Breast, Colon, Lung, Prostate, Skin" />
40815    <meta name="searchTitle" content="American Cancer Society | Information and
  …    Resources for Cancer: Breast, Colon, Lung, Prostate, Skin" />
40816    <meta name="keywords" content="American Cancer Society, cancer information, donate,
  …    birthdays, ACS" />
40817    <meta name="description" content="Dedicated to helping persons who face cancer.
  …    Supports research, patient services, early detection, treatment and education.
  …    Contact us anytime day or night 1-800-227-234." />
40818  <link rel="alternate" media="only screen and (max-width: 640px)"
  …    href="http://m.cancer.org/index" ><link rel="shortcut icon"
  …    href="/acs/fragments/acs_refresh_scripts/images/favicon.ico">
40819  <link rel="apple-touch-icon"
  …    href="/acs/fragments/acs_refresh_scripts/images/favicon.png" />
40820  <link rel="alternate" media="only screen and (max-width: 640px)"
  …    href="http://m.cancer.org/index" >
40821
40822
40823  <!-- CSS -->
40824  <link rel="stylesheet" type="text/css"
  …    href="/acs/fragments/acs_refresh_scripts/css/style.css">
40825  <link rel="stylesheet" type="text/css"
```

```
40825…  href="/acs/fragments/acs_refresh_scripts/css/prettyPhoto.css">
40826   <link rel="stylesheet" type="text/css"
    …   href="/acs/fragments/acs_refresh_scripts/css/skinned-select.css">
40827
40828   <!--javascript -->
40829
40830   <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery.min.js"
    …   type="text/javascript"></script>
40831   <script src="/acs/fragments//acs_refresh_scripts/js/min/combo.libraries.min.js"
    …   ></script>
40832
40833   <!-- used for infographic pod -->
40834   <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.acs-galleriffic.min.js"
    …   type="text/javascript"></script>
40835
40836   <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery-ui.min.js"
    …   type="text/javascript"></script>
40837   <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.prettyphoto.min.js"
    …   type="text/javascript"></script>
40838
40839   <![if gte IE 9]>
40840       <script>(function(){var e;e=jQuery;e.skinnedSelect=function(t,n){var
    …   r,i,s,o;s={textClass:"skinned-text",selectClass:"skinned-select",wrapperClass:"
    …   skinned-wrapper"};o=this;o.settings={};r=e(t);t=t;o.init=function(){o.settings=e.
    …   extend({},s,n);return i()};i=function(){var n,r;r=e(t).wrapAll('<div
    …   class="'+o.settings.wrapperClass+'"
    …   />');r.removeClass(this.selector);r.addClass(o.settings.selectClass);r.before('<div
    …   class="'+o.settings.textClass+'">Text</div>').each(function(){return
    …   e(this).prev().text(e(":selected",this).html())});n=r.prev();return
    …   r.change(function(){return n.text(e(":selected",this).html())})};return
    …   o.init()};e.fn.skinnedSelect=function(t){return this.each(function(){var n;if(void
    …   0===e(this).data("skinnedSelect")){n=new e.skinnedSelect(this,t);return
    …   e(this).data("skinnedSelect",n)}})}})}).call(this)</script>
40841   <![endif]>
40842
40843
40844
40845
40846   <script src="/acs/fragments/acs_javascript/jquery.jscrollpane.min.js" ></script>
40847   <script src="/acs/fragments/acs_refresh_scripts/js/site.legacy.r.js"
    …   type="text/javascript"></script>
40848
40849
40850
40851
40852
40853
40854
40855   <!-- analytics domain: www.cancer.org -->
40856   <script
    …   src="//assets.adobedtm.com/fdd8a5c34af4a173986b916f554ecf31cd8b444f/satelliteLib-
    …   d4608ad690a6a3c0845a1e8f6356b554a7de77de.js"></script>
40857
40858
40859
40860   <script src="https://account.cancer.org/login/scripts/sts.js" type="text/javascript"
    …   rel="forceLoad"></script>
40861
40862
40863
40864
40865   <script src="/acs/fragments/acs_refresh_scripts/js/min/site.min.js"
    …   type="text/javascript"></script>
40866   <script type="text/javascript"
    …   src="http://maps.googleapis.com/maps/api/js?key=
    …   AIzaSyC4KO6LCndNwrnz64h56mMYbplKmWEwHEw&sensor=false"></script>
40867   <script src="/acs/fragments/acs_refresh_scripts/js/google.maps.js" ></script>
40868   <script src="/acs/fragments/acs_refresh_scripts/js/MyAcsPreferencesModal_r.js"
```

```
40868… type="text/javascript"></script>
40869 <script
    … src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=xa-50379ea47e169d13"
    … type="text/javascript"></script>
40870
40871
40872 <!--[if lt IE 9]><script
    … src="/acs/fragments/acs_refresh_scripts/js/libs/html5.js"></script><link
    … rel="stylesheet" type="text/css"
    … href="/acs/fragments/acs_refresh_scripts/css/ie8.css" /><![endif]-->
40873 <!--[if lt IE 8]><link rel="stylesheet" type="text/css"
    … href="/acs/fragments/acs_refresh_scripts/css/ie7.css" /><![endif]-->
40874 <script src="/acs/fragments/acs_refresh_scripts/js/jquery-plugins.js"
    … ></script><!--TODO:
40875          Re-enable the two lines of iDoc below when this page goes live.
40876          They enable caching which, obviously, we don't want turned on
40877          while we're trying to do development
40878
    … --><!--docLoadResourceIncludes("dDocName=PAGE-CACHE-CONTROLS&amp;
    … RevisionSelectionMethod=LatestReleased")--><!--cacheInclude("2mincache",
    … "application", 120)-->
40879 <!--SS_BEGIN_SNIPPET(fragment1,headerPart)-->              <link rel="stylesheet"
    … type="text/css"
    … href="/acs/fragments/lightbox_cancerhome/css/SustainerSummer2ndCampaign2016.css">
40880          <!--SS_END_SNIPPET(fragment1,headerPart)-->
40881  <script type="text/javascript">
40882     <!-- WRX Survey Script PBI 12033 -->
40883
40884     var IPECanLaunch=true;
40885
40886     // determines whether to run the survey code
40887     function allowContextWRXScript()
40888     {
40889       if
40890       (
40891         window.location.href.indexOf('/cancer/cancerbasics/index') > -1 ||
40892
    … window.location.href.indexOf('/cancer/cancerbasics/signs-and-symptoms-of-cancer') >
    … -1 ||
40893
    … window.location.href.indexOf('/cancer/cancerbasics/questions-people-ask-about-cancer'
    … ) > -1 ||
40894          window.location.href.indexOf('/cancer/breastcancer/detailedguide/index') >
    … -1 ||
40895
    … window.location.href.indexOf('/cancer/breastcancer/detailedguide/breast-cancer-risk-
    … factors') > -1 ||
40896
    … window.location.href.indexOf('/cancer/colonandrectumcancer/detailedguide/index') > -1
    … ||
40897
    … window.location.href.indexOf('/cancer/lungcancer-non-smallcell/moreinformation/
    … lungcancerpreventionandearlydetection/index') > -1 ||
40898          window.location.href.indexOf('/cancer/prostatecancer/detailedguide/index')
    … > -1 ||
40899
    … window.location.href.indexOf('/cancer/prostatecancer/detailedguide/prostate-cancer-
    … risk-factors') > -1 ||
40900
    … window.location.href.indexOf('/cancer/skincancer-melanoma/detailedguide/melanoma-skin
    … -cancer-risk-factors') > -1
40901       )
40902       {
40903         return false;
40904       }
40905       else
40906       {
40907         return true;
```

```
40908          }
40909        }
40910
40911
40912      (function() {
40913          if(allowContextWRXScript())
40914          {
40915              var cw = document.createElement('script'); cw.type = 'text/javascript';
…    cw.async = true;
40916              cw.src = ('https:' == document.location.protocol ? 'https://' :
…    'http://') + 'd39se0h2uvfakd.cloudfront.net/js/acs.js';
40917              var s = document.getElementsByTagName('script')[0];
…    s.parentNode.insertBefore(cw, s);
40918          }
40919          else {  console.log("Don't display survey.");    }
40920      })();
40921
40922   </script>
40923
40924
40925
40926
40927
40928
40929
40930
40931
40932
40933
40934
40935
40936
40937
40938
40939
40940
40941
40942
40943
40944
40945
40946
40947
40948
40949
40950
40951
40952
40953
40954
40955
40956
40957
40958  <!--googleoff: snippet-->
40959
40960  <header class="site">
40961      <nav>
40962      <!--googleoff: index-->
40963          <div class="narrow-container">
40964              <ul class="social-icons">
40965                  <li><a tabindex="6" target="_blank"
…    href="https://www.facebook.com/AmericanCancerSociety?fref=ts"><img
…    src="/acs/fragments/acs_refresh_scripts/images/ui/facebook.png" alt="Facebook "
…    class="social" /></a></li>
40966                  <li><a tabindex="7" target="_blank"
…    href="https://plus.google.com/+americancancersociety/posts"><img
…    src="/acs/fragments/acs_refresh_scripts/images/ui/googleplus.png" alt="Google Plus"
…    class="social" /></a></li>
```

```
40967          <li><a tabindex="8" target="_blank"
…    href="https://twitter.com/americancancer"><img
…    src="/acs/fragments/acs_refresh_scripts/images/ui/twitter.png" alt="Twitter"
…    class="social" /></a></li>
40968              <li><a tabindex="9" target="_blank"
…    href="https://www.youtube.com/user/AmerCancerSociety"><img
…    src="/acs/fragments/acs_refresh_scripts/images/ui/youtube.png" alt="YouTube"
…    class="social" /></a></li>
40969          </ul>
40970      <!--googleon: index-->
40971          <ul class="languages">
40972
40973              <li><a tabindex="4" href="/Espanol">Espa&ntilde;ol</a></li>
40974          <li><a tabindex="5" href="/AsianLanguageMaterials">Asian &amp;
…    Pacific Languages</a></li>
40975          </ul>
40976          <ul class="email">
40977              <li><a tabindex="3"
…    href="/aboutus/howwehelpyou/emailsignup/app/email-sign-up.aspx">Sign Up for
…    Email</a></li>
40978          </ul>
40979
40980          <div id="logged-section">
40981  <ul class="users">
40982    <li><a tabindex="1" href="/myacs/account/signin" class="signInLink">Sign
…    In</a></li>
40983    <li><a tabindex="2" href="/account/profile/Register.aspx"
…    onClick="STS.register();return false;">Register</a></li>
40984  </ul>
40985 </div>
40986          </div>
40987      </nav>
40988
40989      <!-- for Spanish home page cancer.org/espanol/index -->
40990      <div class="narrow-container image-bar">
40991
40992
40993          <a tabindex="10" href="/index"><img
…    src="https://www.mysocietysource.org/PublishingImages/logos/acs_logo.png"
…    alt="American Cancer Society" class="logo"/></a>
40994
40995              <a tabindex="13" href="/Involved/Donate/DonateOnlineNow/index"
…    class="donate-button">Donate</a>
40996
40997              <a tabindex='12' href='http://www.cancer.org/shop'
…    class='shopNowButton'> </a>
40998
40999      <h1 id="join-the-fight-h1">
41000              <img
…    src="/acs/fragments/acs_refresh_scripts/images/acs_fightcancer.gif" alt="Join the
…    fight against cancer" class="join_fight logo"/>
41001
41002
41003      </h1>
41004   </div>
41005 </header>
41006
41007
41008
41009      <div class="banner-background-right" style="background: #d3d3d3; height:
…    385px;"></div>
41010      <div class="banner-background-left" style="background: #dddce2; height:
…    385px;"></div>
41011      <section class="banner large-banner" style="background:
…    url('/acs/groups/content/@marketing/documents/image/acspc-048367.jpg') no-repeat top
…    center transparent; height: 385px;">
41012 <img class="onepx" src="/acs/fragments/acs_refresh_scripts/images/1px.png"
…    alt="Hero-Our research gives Eileen and her family hope. Donate now." />
```

```
41013
41014        <a tabindex="12" href="https://donate.cancer.org/index?campaign=CY16SumEileenH"
…    class="banner-link image"></a>
41015        <nav class="main withShadow">
41016            <div class="narrow-container">
41017                <form action="/Search/index" method="get">
41018                    <ul class="help">
41019                        <li>
41020                            <label for="QueryText">How can we help you?</label>
41021                            <input tabindex="13" title="search" type="text"
…    name="QueryText" id="QueryText" placeholder="search cancer.org"
…    class="ui-autocomplete-input" autocomplete="off"/>
41022                            <input type="hidden" name="Page" value="1"/>
41023                            <button tabindex="14" type="submit"><i class="icon
…    magnify"></i> Search</button>
41024                        </li>
41025                        <li class="live-chat">
41026                            <i class="icon speechbubble"></i>
41027                            <a
…    href="https://livechat.boldchat.com/aid/538628737535286263/bc.chat?resize=true&amp;
…    cwdid=113401950219133813" target="_blank" onclick="window.open(window.pageViewer
…    &amp;&amp; pageViewer.link || function(link){return link;})(this.href +
…    (this.href.indexOf('?')>=0 ? '&amp;' : '?') + 'url=' +
…    escape(document.location.href)), 'Chat4972879359643679338',
…    'toolbar=0,scrollbars=1,location=0,statusbar=0,menubar=0,resizable=1,width=640,height
…    =480');return false;">
41028        <script language="JavaScript" type="text/javascript">
…    document.write(unescape('%3Cscript language="JavaScript" type="text/javascript"
…    src="' + (('https:' == document.location.protocol) ? 'https:' : 'http:') +
…    '//cbi.boldchat.com/aid/538628737535286263/bc.cbhs"%3E%3C/script%3E')); </script>
41029        <script language="JavaScript" type="text/javascript"> bt_showChatHTML('Live
…    Chat','Live Chat'); </script>
41030    <noscript>Live Chat</noscript>
41031    </a>
41032                        </li>
41033                        <li class="call"><i class="icon phone"></i> <a tabindex="16"
…    href="/aboutus/howwehelpyou/helpingyougetwell/need-answers-1-800-227-2345"><span
…    itemscope itemtype="http://data-vocabulary.org/Organization"><span
…    itemprop="tel">800-227-2345</span></span></a></li>
41034                    </ul>
41035                </form>
41036
41037
41038
41039        <ul class="tabs">
41040
41041                        <li class="selected tab-home" id="nav-home"><a
…    href="/index">Home</a></li>
41042
41043                        <li class="tab-learn" id="nav-cancer"><a
…    href="/Cancer/index">Learn About Cancer</a></li>
41044
41045                        <li class="tab-healthy" id="nav-healthy"><a
…    href="/Healthy/index">Stay Healthy</a></li>
41046
41047                        <li class="tab-support" id="nav-treatment"><a
…    href="/Treatment/index">Find Support & Treatment</a></li>
41048
41049                        <li class="tab-explore" id="nav-research"><a
…    href="/Research/index">Explore Research</a></li>
41050
41051                        <li class="tab-involved" id="nav-involved"><a
…    href="/Involved/index">Get Involved</a></li>
41052
41053                        <li class="tab-local" id="nav-myacs"><a href="/MyACS/index">Find
…    Local ACS</a></li>
41054
…    </ul>
```

```
41055            <div class="current-pointer"></div>
41056
41057              <div class="current-pointer"></div>
41058          </div>
41059          <div id="setAreaFormModal" class="container_12
…    find-local-dropdown-container"></div>
41060
41061      </nav>
41062
41063  </section>
41064
41065  <div id="login-wrapper"></div>
41066
41067
41068      <div id="mw_hidden_content" style="display:none;">
41069          <div id="banner_imgs">
41070              <a href="https://donate.cancer.org/index?campaign=CY16SumEileenH">
41071                  <img
…    data-src="/acs/groups/content/@marketing/documents/image/acspc-048366.jpg"
…    data-title="Eileen+%2D+Summer+2016+Campaign+Hero+%2D+Mobile"
…    data-docname="ACSPC-048366" alt="Eileen+%2D+Summer+2016+Campaign+Hero+%2D+Mobile" />
41072              </a>
41073          </div>
41074      </div>
41075
41076
41077
41078
41079    <script src="/acs/fragments/lightbox_cancerhome/js/SummerCampaign2016JulyRFL.js"
…    type="text/javascript"></script>
41080
41081                  <link rel="shortcut icon"
…    href="/acs/groups/content/documents/image/acsd-011235.ico">
41082
41083
41084
41085  <!--googleon: snippet-->
41086
41087
41088
41089
41090      <div id="pod-wrapper">
41091      <!--[form]-->
41092
41093
41094
41095
41096
41097
41098
41099                  <!-- lastRowType = docPodType-->
41100
41101
41102
41103
41104
41105
41106
41107
41108
41109
41110
41111
41112
41113
41114
41115
41116
```

```
41117
41118
41119
41120
41121
41122
41123
41124
41125
41126
41127
41128
41129
41130
41131
41132
41133
41134
41135
41136
41137
41138
41139
41140
41141
41142
41143
41144
41145
41146
41147
41148
41149              <section class="home-featured">
41150          <div class="pod-container container_12">
41151
41152
41153 <section class="grid_8 homepage-pod">
41154     <a
   … href="http://www.cancer.org/cancer/news/specialcoverage/how-acs-fights-childhood-
   … cancer">
41155     <img src="/acs/groups/content/@editorial/documents/image/acspc-048325.jpg"
   … alt="teen cancer patient in hospital bed" class="ignore-padding" />
41156
41157     </a>
41158     <h2><a
   … href="http://www.cancer.org/cancer/news/specialcoverage/how-acs-fights-childhood-
   … cancer">How the American Cancer Society Fights Childhood Cancer</a></h2>
41159     <p>Advances in treatment have improved the outlook for many children with cancer,
   … but treatment side effects can have long lasting consequences. Learn how the American
   … Cancer Society is working to save more lives from cancer while improving the lives of
   … survivors.</p>
41160 </section>
41161
41162
41163
41164
41165 <section class="homepage-pod">
41166     <a href="https://donate.cancer.org/index.aspx?campaign=CY16MemPod"
41167         >
41168     <img src="/acs/groups/content/@marketing/documents/image/acspc-047458.jpg"
   … alt="Memorial and Honor Donations image" class="ignore-padding" />
41169
41170     </a>
41171     <h2><a href="https://donate.cancer.org/index.aspx?campaign=CY16MemPod"
41172         >Memorial and Honor Donations</a></h2>
41173     <p>When you honor a loved one with a donation, you&rsquo;re celebrating their
   … courage and helping save the lives of others.</p>
41174 </section>
```

```
41175
41176              </div>
41177
41178
41179              <div class="pod-container container_12">
41180
41181
41182
41183
41184      <section class="homepage-pod">
41185          <a
   …  href="http://www.cancer.org/treatment/survivorshipduringandaftertreatment/
   …  storiesofhope/survivor-speaks-out-about-lifeafter-multiple-myeloma"
41186          >
41187          <img src="/acs/groups/content/@marketing/documents/image/acspc-048257.jpg"
   …  alt="Survivor Speaks Out about Life After Multiple Myeloma image"
   …  class="ignore-padding" />
41188
41189          </a>
41190          <h2><a
   …  href="http://www.cancer.org/treatment/survivorshipduringandaftertreatment/
   …  storiesofhope/survivor-speaks-out-about-lifeafter-multiple-myeloma"
41191              >Survivor Speaks Out about Life After Multiple Myeloma</a></h2>
41192          <p>When Matt Blennau got the news that his recurring pneumonia was actually
   …  cancer, his first instinct was to fight back.</p>
41193      </section>
41194
41195
41196
41197
41198
41199      <section class="homepage-pod">
41200          <a
   …  href="http://www.cancer.org/research/acsresearchupdates/childhoodcancer/fighting-
   …  weight-gain-in-childhood-leukemia"
41201          >
41202          <img src="/acs/groups/content/@editorial/documents/image/acspc-048326.jpg"
   …  alt="Fighting Weight Gain in Childhood Leukemia image" class="ignore-padding" />
41203
41204          </a>
41205          <h2><a
   …  href="http://www.cancer.org/research/acsresearchupdates/childhoodcancer/fighting-
   …  weight-gain-in-childhood-leukemia"
41206              >Fighting Weight Gain in Childhood Leukemia</a></h2>
41207          <p>An American Cancer Society grantee is investigating why weight gain often
   …  occurs during childhood leukemia treatment.</p>
41208      </section>
41209
41210
41211
41212
41213
41214      <section class="homepage-pod">
41215          <a
   …  href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/lessons-from-the-
   …  olympics-help-shannon-miller-through-ovarian-cancer-treatment"
41216          >
41217          <img src="/acs/groups/content/@editorial/documents/image/acspc-048327.jpg"
   …  alt="Lessons From the Olympics Help Shannon Miller Through Ovarian Cancer Treatment
   …  image" class="ignore-padding" />
41218
41219          </a>
41220          <h2><a
   …  href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/lessons-from-the-
   …  olympics-help-shannon-miller-through-ovarian-cancer-treatment"
41221              >Lessons From the Olympics Help Shannon Miller Through Ovarian Cancer
   …  Treatment</a></h2>
41222          <p>&ldquo;The biggest lesson I learned was how much I needed to appreciate every
```

```
41222…  day.&rdquo;</p>
41223  </section>
41224
41225          </div>
41226
41227              <div class="container_12">
41228                  <!--TODO: Add finished html -->
41229  <div class="grid_4 pod trending-pod">
41230      <h3>Trending Topics</h3>
41231      <ul>
41232
41233          <li><a href="/Cancer/ProstateCancer/index">Prostate Cancer</a></li>
41234          <li><a href="/Cancer/ThyroidCancer/index">Thyroid Cancer</a></li>
41235          <li><a href="/Cancer/Leukemia/index">Leukemia</a></li>
41236          <li><a href="/Cancer/Lymphoma/index">Lymphoma</a></li>
41237
41238      </ul>
41239  </div>
41240          </div>
41241
41242              <div class="container_12">
41243                  <div class="grid_8 pod news-pod">
41244      <h3>In The News <i><a
   …  href="http://www.cancer.org/aboutus/american-cancer-society-rss-feeds"
   …  class="rss-button">RSS</a></i></h3>
41245      <ul style="margin-bottom: 0;">
41246
41247          <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
   …  href="/Cancer/news/News/fda-warns-against-ovarian-cancer-screening-tests"
   …  itemprop="url"><span itemprop="headline">FDA Warns Against Ovarian Cancer Screening
   …  Tests</span></a></span></li>
41248          <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
   …  href="/Cancer/news/News/how-family-history-affects-prostate-cancer-risk"
   …  itemprop="url"><span itemprop="headline">How Family History Affects Prostate Cancer
   …  Risk</span></a></span></li>
41249          <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
   …  href="/Cancer/news/Features/take-a-loved-one-for-a-checkup" itemprop="url"><span
   …  itemprop="headline">Take a Loved One for a Checkup</span></a></span></li>
41250
41251      </ul>
41252
41253      <p class="read-more-icon"><a href="/Cancer/news/index" target="_blank">More
   …  News</a></p>
41254  </div>
41255          </div>
41256
41257                      </section>
41258          <section class="full-pod infographics">
41259      <div class="container">
41260                  <div class="pod-double">
41261  <div class="intro">
41262      <h2>Infographics Gallery</h2>
41263  </div>
41264  <div style="border-bottom: 1px solid #4C98A6; overflow:hidden; padding-bottom:
   …  15px;">
41265
41266
41267
41268      <div class="four-cols" >
41269          <div id="imageLink">
41270              <a
   …  href="http://www.cancer.org/research/infographicgallery/skin-cancer-prevention"><img
   …  src="/acs/groups/content/documents/image/acsq-056994.jpg" alt="Infographic - Don't
   …  Fry: Preventing Skin Cancer - Thumb - D" /></a>
41271              </div>
41272              <div style="overflow: hidden;">
41273                  <h3><a
   …  href="http://www.cancer.org/research/infographicgallery/skin-cancer-prevention">Don't
```

```
41273…      Fry: Preventing Skin Cancer</a></h3>
41274             <p>Infographic: Tips to help you reduce your risk of developing skin
      cancer — the most common of all cancer types.</p>
41275                </div>
41276                        </div>
41277
41278         <div class="four-cols" >
41279             <div id="imageLink">
41280                 <a
      href="/Research/InfographicGallery/colorectal-cancer-early-detection-2016"><img
   …  src="/acs/groups/content/documents/image/acsq-056981.jpg" alt="Infographic - Colon
   …  Cancer: Catching It Early - Thumb - D" /></a>
41281                </div>
41282             <div style="overflow: hidden;">
41283                 <h3><a
      href="/Research/InfographicGallery/colorectal-cancer-early-detection-2016">Colorectal
   …  Cancer: Catching It Early</a></h3>
41284                 <p>Infographic: The benefits of catching colorectal (colon) cancer
      early and the steps you can take to prevent it altogether.</p>
41285                </div>
41286                        </div>
41287
41288         <div class="four-cols" >
41289             <div id="imageLink">
41290                 <a
      href="http://www.cancer.org/research/infographicgallery/body-weight-and-cancer-risk-
   …  infographic"><img
   …  src="/acs/groups/content/@marketing/documents/image/acspc-048363.png"
   …  alt="Infographic - Cancer & Body Weight thumbnail" /></a>
41291                </div>
41292             <div style="overflow: hidden;">
41293                 <h3><a
      href="http://www.cancer.org/research/infographicgallery/body-weight-and-cancer-risk-
   …  infographic">Body Weight & Cancer Risk</a></h3>
41294                 <p>Infographic: Current research that shows the significant cancer
      risk of excess body weight, poor nutrition and physical inactivity.</p>
41295                </div>
41296                        </div>
41297
41298         <div class="four-cols" style="margin:0px;">
41299             <div id="imageLink">
41300                 <a
      href="http://www.cancer.org/research/infographicgallery/where-does-money-go-2016"><
   …  img src="/acs/groups/content/@marketing/documents/image/acspc-048336.png"
   …  alt="Infographic - Where The Money Goes 2016 thumbnail" /></a>
41301                </div>
41302             <div style="overflow: hidden;">
41303                 <h3><a
      href="http://www.cancer.org/research/infographicgallery/where-does-money-go-2016">
   …  Where Does Your Money Go?</a></h3>
41304                 <p>Infographic: Last year's financial distribution of funds that
      allow the Society to remain focused on the mission to fight cancer.</p>
41305                </div>
41306                        </div>
41307
41308
41309     </div>
41310     <div style="text-align:center;">
41311         <a class="button reversed infographic-more-button"
      href="/Research/InfographicGallery/infographicgallery" style="margin: 20px 0 10px;">
41312             <i class="icon th-large"></i>
41313             VIEW GALLERY
41314         </a>
41315     </div>
41316 </div><!-- end pod-double -->
41317
41318 <style>
41319 #imageLink a{
```

```
41320    border:0;
41321        }
41322    </style>
41323
41324
41325
41326        </div>
41327
41328    </section>
41329
41330    <!--[/form]-->
41331      </div><footer class="site">
41332        <script>
41333
41334    function get_hostname(url) {
41335        var m = ((url||'')+'').match(/^http:\/\/[^/]+/);
41336        return m ? m[0] : null;
41337    }
41338
41339    $(document).ready(function(){
41340        var currentDomain =
…    get_hostname(window.location.href).split("//")[1].toLowerCase();
41341        if(currentDomain == "m.cancer.org" || currentDomain ==
…    "mstage.qa.cancer.org")
41342        {
41343            $("#footerPromo").hide();
41344
41345        }
41346
41347    });
41348    </script>
41349
41350
41351
41352    <div class="column-links container_12">
41353        <nav>
41354        <ul>
41355            <li><h4>Cancer Information
41356    </h4></li>
41357
41358            <li><a href="/Cancer/CancerBasics/index">Cancer Basics</a></li>
41359            <li><a
…    href="/Healthy/FindCancerEarly/CancerScreeningGuidelines/index">Cancer Prevention &
…    Detection</a></li>
41360            <li><a href="/Cancer/CancerBasics/signs-and-symptoms-of-cancer">Signs
…    & Symptoms of Cancer</a></li>
41361            <li><a href="/Treatment/TreatmentsandSideEffects/index">Treatments &
…    Side Effects</a></li>
41362            <li><a href="/research/cancerfactsstatistics/index">Cancer Facts &
…    Statistics</a></li>
41363            <li><a href="/Cancer/news/index">News About Cancer</a></li>
41364            <li><a href="/cancer/news/expertvoices/default">Expert Voices
…    Blog</a></li>
41365
41366        </ul>
41367        <ul>
41368            <li><h4>Programs & Services</h4></li>
41369
41370            <li><a
…    href="/treatment/supportprogramsservices/reach-to-recovery">Breast Cancer
…    Support</a></li>
41371            <li><a href="http://www.tlcdirect.org">TLC Hair Loss & Mastectomy
…    Products</a></li>
41372            <li><a href="/treatment/supportprogramsservices/hopelodge/index">Hope
…    Lodge® Lodging</a></li>
41373            <li><a
…    href="/treatment/supportprogramsservices/road-to-recovery">Rides To
…    Treatment</a></li>
```

```
41374                  41373<a
  …    href="/Treatment/SupportProgramsServices/OnlineCommunities/index">Online Support
  …    Communities</a></li>
41375                           <li><a href=""></a></li>
41376
41377             </ul>
41378             <ul>
41379                  <li><h4>ACS Events</h4></li>
41380
41381                           <li><a
  …    href="http://makingstrides.acsevents.org/site/PageServer?pagename=
  …    MSABC_CY14_FindAnEvent">Making Strides Against Breast Cancer Walks</a></li>
41382                           <li><a href="/Involved/Participate/CoachesvsCancer/index">Coaches vs.
  …    Cancer</a></li>
41383                           <li><a
  …    href="http://relay.acsevents.org/site/PageServer?pagename=relay">Relay For Life
  …    Events</a></li>
41384                           <li><a href="http://college.relayforlife.org/">College Relay For
  …    Life</a></li>
41385                           <li><a href="http://www.relayrecess.org">Relay Recess</a></li>
41386                           <li><a
  …    href="/Involved/Donate/OtherWaystoGive/cars-for-a-cure-donate-your-car-to-charity-to-
  …    help-fight-cancer">Donate a Car</a></li>
41387
41388             </ul>
41389             <ul>
41390                  <li><h4>About ACS</h4></li>
41391
41392                           <li><a href="/AboutUs/index">About Us</a></li>
41393                           <li><a href="/AboutUs/HowWeHelpYou/ContactUs/Index">Contact
  …    Us</a></li>
41394                           <li><a href="/Treatment/SupportProgramsServices/index">Local
  …    Offices</a></li>
41395                           <li><a href="/Involved/Volunteer/index">Volunteer</a></li>
41396                           <li><a
  …    href="/AboutUs/EmploymentOpportunities/index">Employment</a></li>
41397                           <li><a href="/aboutus/become-a-supplier">Become a Supplier</a></li>
41398                           <li><a
  …    href="/AboutUs/WhoWeAre/Governance/report-fraud-or-abuse">Report Fraud or
  …    Abuse</a></li>
41399
41400             </ul>
41401             <ul>
41402                  <li><h4>More ACS Sites</h4></li>
41403
41404                           <li><a href="/Cancer/Bookstore/index">Bookstore</a></li>
41405                           <li><a href="http://www.acscan.org">ACS CAN</a></li>
41406                           <li><a href="http://www.cancer.org/shop">Shop</a></li>
41407                           <li><a href="http://canceratlas.cancer.org/">Cancer Atlas</a></li>
41408                           <li><a href="/AboutUs/GlobalHealth/index">Global Health</a></li>
41409                           <li><a href="http://cancer.org/fight">Finish the Fight</a></li>
41410                           <li><a href="http://pressroom.cancer.org">Press Room</a></li>
41411                           <li><a href="http://m.cancer.org">Mobile Site</a></li>
41412
41413             </ul>
41414        </nav>
41415   </div>
41416
41417
41418
41419        <script type="text/javascript">_satellite.pageBottom();</script>
41420
41421             <div class="footer-bottom container_12">
41422                  <ul class="pipes">
41423                  <li><a href="/AboutUs/HowWeHelpYou/OnlineHelp/index">Help</a></li>
41424                  <li><a href="/AboutUs/Sitemap/index">Site Map</a></li>
41425                  <li><a href="/AboutUs/ACSPolicies/PrivacyPolicies/index">Privacy</a></li>
41426                  <li><a
```

```
41426… href="/AboutUs/ACSPolicies/accessibility-at-the-american-cancer-society-policy">
…      Accessibility</a></li>
41427              <li><a href="/AboutUs/ACSPolicies/user-agreement">Terms of Use</a></li>
41428              <li><a href="/AboutUs/ACSPolicies/state-fundraising-notices">State
…      Fundraising Notices</a></li>
41429              <li>
41430              <a style="font-weight:bold" onclick="iperceptions.ipeCC()"
…      href="javascript:void(0);">Site Comments</a>
41431              </li>
41432          </ul>
41433          <ul class="grid_8">
41434              <li><a  class="aimg"
…      href="http://charityreports.bbb.org/public/seal.aspx?ID=1413312005"><img
…      src="/acs/groups/content/documents/webasset/footer-bbb.jpg" alt="BBB" /></a> <a
…      href="http://www.bbb.org/charity-reviews/national/cancer/american-cancer-society-in-
…      atlanta-ga-186">Better Business Bureau</a></li>
41435              <li><a  class="aimg" href="http://www.hon.ch/"><img
…      src="/acs/groups/content/documents/webasset/footer-hon.jpg" alt="HON" /></a> <a
…      href="http://www.hon.ch/HONcode/Conduct.html?HONConduct788421">Health On The
…      Net</a></li>
41436              <li><a  class="aimg" href="http://www.nationalhealthcouncil.org/"><img
…      src="/acs/groups/content/documents/webasset/footer-nhc.jpg" alt="National Health
…      Council Standards of Excellence Certification Program" /></a> <a
…      href="http://www.nationalhealthcouncil.org/pages/standards.php">National Health
…      Council</a></li>
41437          </ul>
41438          <p class="small-print grid_4">&copy; 2016 American Cancer Society, Inc. All
…      rights reserved.
41439              The American Cancer Society is a qualified 501(c)(3) tax-exempt
…      organization.
41440              Cancer.org is provided courtesy of the <a
…      href="/AboutUs/HonoringPeopleWhoAreMakingADifference/the-leo-rosen-family">Leo and
…      Gloria Rosen</a> family.
41441          </p>
41442      </div>
41443  <script type="text/javascript">
41444
41445  iperceptions = window.iperceptions || {};
41446
41447  //BEGIN Configuration variables
41448  iperceptions.imgRootPath = "/iperceptions/118332/en/images/";
41449  iperceptions.imgSizeOut = [68, 68];
41450  iperceptions.imgSizeOver = [180, 68];
41451  iperceptions.blockMobile = true;
41452  iperceptions.surveyID = 118332;
41453  iperceptions.langID = 1;
41454  iperceptions.posX = 'right';
41455  iperceptions.posY = 'middle';
41456  iperceptions.winWidth = 480;
41457  iperceptions.winHeight = 580;
41458
41459  //Reserved for advanced use.  Do not modify these.
41460  iperceptions.iconBrandID = null;
41461  iperceptions.logoBrandID = null;
41462  iperceptions.siteID = null;
41463  iperceptions.imgOut = iperceptions.imgRootPath + "mr" + (iperceptions.iconBrandID ?
…      "_" + iperceptions.iconBrandID : "") + ".png";
41464  iperceptions.imgOver = iperceptions.imgRootPath + "mr_over" +
…      (iperceptions.iconBrandID ? "_" + iperceptions.iconBrandID : "") + ".png";
41465  //END Configuration variables.
41466
41467
41468  iperceptions.isMobile = (function(a){return
…      (/android|avantgo|blackberry|blazer|compal|elaine|fennec|hiptop|iemobile|ip(hone|od|
…      ad)|iris|kindle|lge |maemo|midp|mmp|opera m(ob|in)i|palm(
…      os)?|phone|p(ixi|re)\/|plucker|pocket|psp|symbian|treo|up\.(browser|link)|vodafone|
…      wap|windows (ce|phone)|xda|xiino|googlebot|google web
…      preview|msbot|yahoo|bingbot|silk|mobile|rim
```

```
41468… |  tablet|hp-tablet|touch_|couch)|wpdesktop/i.test(a))))(navigator.userAgent ||
 …    |  navigator.vendor || window.opera);
41469 |
41470 |  //API function to add floating icon
41471 |  iperceptions.ipeIcon = function(config) {
41472 |      config = config || {};
41473 |      if(iperceptions.launchedIcon) {
41474 |          return;
41475 |      }
41476 |      iperceptions.launchedIcon = true;
41477 |
41478 |      var _pos_x = config.pos_x || iperceptions.posX, //left|middle|right
41479 |          _pos_y = config.pos_y || iperceptions.posY, //'top'|middle|bottom
41480 |          _img_out = config.img_out || iperceptions.imgOut,
41481 |          _img_over = config.img_over || iperceptions.imgOver,
41482 |          _size_out = iperceptions.imgSizeOut || [68, 68],
41483 |          _size_over = iperceptions.imgSizeOver || [180, 68],
41484 |          _size_current = _size_out,
41485 |          _id = Math.ceil(Math.random() * 10000),
41486 |          _img_id = 'UIF-IMG-' + _id,
41487 |          _page = '<img id="' + _img_id + '" ' +
41488 |          ' src="' + _img_out + '"' +
41489 |
 …    |  'style="display:none;position:fixed;cursor:pointer;margin:0px!important;padding:0px!
 …    |  important;border:0px!important;' +
41490 |          'z-index: 2147483647!important;' +
41491 |          (_pos_x == 'right' ? 'text-align:right!important;' :
 …    |  'text-align:left!important;') +
41492 |          (_pos_y == 'bottom' ? 'vertical-align:bottom!important;' :
 …    |  'vertical-align:top!important;') +
41493 |          'background-color:transparent!important;"/>',
41494 |          _img, _is_ie, _icon_timer;
41495 |
41496 |          //Generic method to attach an event to a DOM element
41497 |          domAddEvent = function (target, eventName, handlerFn) {
41498 |              if (target.addEventListener)
41499 |                  target.addEventListener(eventName, handlerFn, true);
41500 |              else if (target.attachEvent)
41501 |                  target.attachEvent("on" + eventName, handlerFn);
41502 |              else
41503 |                  target["on" + eventName] = handlerFn;
41504 |          },
41505 |
41506 |          ipeSetPos = function(pos_x, pos_y) {
41507 |              var divW = _size_current[0],
41508 |                  divH = _size_current[1],
41509 |                  viewsize = iperceptions.viewSize(),
41510 |                  bodyWidth, bodyHeight, winW, winH;
41511 |
41512 |              //Our default viewsize calculation sometimes to include the scrollbar.
 …    |  document.documentElement.client[Width|Height] do not include scrollbar.
41513 |              bodyWidth = document.documentElement.clientWidth;
41514 |              if (bodyWidth > 0 && bodyWidth < viewsize[0]) {
41515 |                  viewsize[0] = bodyWidth;
41516 |              }
41517 |
41518 |              bodyHeight = document.documentElement.clientHeight;
41519 |              if (bodyHeight > 0 && bodyHeight < viewsize[1]) {
41520 |                  viewsize[1] = bodyHeight;
41521 |              }
41522 |
41523 |              winW = parseInt((viewsize[0] - divW));
41524 |              winH = parseInt((viewsize[1] - divH));
41525 |
41526 |              if (pos_x == 'left') { _img.style.left = '0px'; }
41527 |              else if (pos_x == 'right') { _img.style.right = '0px'; }
41528 |              else if(winW >= 0) { _img.style.left = (winW / 2 >> 0) + 'px'; }
41529 |              if (pos_y == 'top') { _img.style.top = '0px'; }
```

```
41530            else if (pos_y == 'bottom') { _img.style.bottom = '0px'; }
41531            else if(winH >= 0) { _img.style.top = (winH / 2 >> 0) + 'px'; }
41532        },
41533
41534        isIE = function() {
41535            var ua = navigator.userAgent.toLowerCase(),
41536            isOpera = (ua.indexOf('opera') != -1);
41537            return ua.indexOf('msie') != -1 && !isOpera && (ua.indexOf('webtv') ==
-1);
41538        },
41539
41540        IEMajorVersion = function() {
41541            var m = /MSIE\s*(\d*)/.exec(navigator.userAgent),
41542            v = (m && m[1]) || -1;
41543            if(isNaN(parseInt(v, 10))) {
41544                v = -1;
41545            }
41546            return v;
41547        },
41548
41549        ipeIconComplete = function() {
41550            _img = document.getElementById(_img_id);
41551            _img.style.display = "block";
41552            ipeSetPos(_pos_x, _pos_y);
41553
41554            domAddEvent(window, 'resize', function () { ipeSetPos(_pos_x, _pos_y);
});
41555            domAddEvent(window, 'scroll', function () { ipeSetPos(_pos_x, _pos_y);
});
41556            domAddEvent(_img, "mouseout", function () {
41557                _img.src = _img_out;
41558                _size_current = _size_out;
41559            });
41560            domAddEvent(_img, "mouseover", function () {
41561                _img.src = _img_over;
41562                _size_current = _size_over;
41563            });
41564            domAddEvent(_img, "click", function (e) {
41565                iperceptions.ipeCC(config);
41566            });
41567        };
41568
41569    _is_ie = isIE();
41570
41571    //Now blocking IE6 and mobile devices
41572    if(_is_ie && IEMajorVersion() < 7) {
41573        return;
41574    }
41575    if(iperceptions.blockMobile && iperceptions.isMobile) {
41576        return;
41577    }
41578
41579    _icon_timer = setInterval(function() {
41580        if(document.readyState === "complete") {
41581            if (_is_ie && IEMajorVersion() < 10) {
41582                document.body.insertAdjacentHTML("beforeEnd", _page);
41583            } else {
41584                _dL = document.createElement("div");
41585                _dL.innerHTML = _page;
41586                document.body.appendChild(_dL);
41587            }
41588            clearInterval(_icon_timer);
41589            ipeIconComplete();
41590        }
41591    }, 250);
41592 }
41593
41594
```

```
41595  //API function to launch comment card
41596  iperceptions.ipeCC = function(config) {
41597      var config = config || {};
41598      config.surveyID = config.surveyID || iperceptions.surveyID;
41599
41600      iperceptions.launch(config);
41601  }
41602
41603  iperceptions.viewSize = function() {
41604      var width = 0, height = 0;
41605      if (typeof (window.innerWidth) == 'number') {
41606          width = window.innerWidth;
41607          height = window.innerHeight;
41608      } else if (document.documentElement && (document.documentElement.clientWidth ||
       document.documentElement.clientHeight)) {
41609          width = document.documentElement.clientWidth;
41610          height = document.documentElement.clientHeight;
41611      } else if (document.body && (document.body.clientWidth ||
       document.body.clientHeight)) {
41612          width = document.body.clientWidth;
41613          height = document.body.clientHeight;
41614      }
41615      return [width, height];
41616  }
41617
41618  iperceptions.launch = function(config) {
41619      config.langID = config.langID || iperceptions.langID;
41620
41621      var RC = function(n){var nEQ= n+'='; var ca= document.cookie.split(';');for(var
       i=0;i < ca.length;i++) {var c= ca[i];while (c.charAt(0)==' ') c=
       c.substring(1,c.length);if (c.indexOf(nEQ) == 0) return
       c.substring(nEQ.length,c.length);} };
41622
41623      var name = "IPerceptions_comment_" + config.surveyID;
41624      var w = 0, h = 0, url = "", l = 0, t = 0, vs = iperceptions.viewSize(),
41625          sdfc = "e8abdf4f" + "-" + config.surveyID + "-" +
       "3a07d5ce-0cd2-4702-bb09-9246b2aa907e";
41626      w = iperceptions.winWidth || 480;
41627      h = iperceptions.winHeight || 580;
41628      l = Math.max((vs[0] - w) / 2, 0);
41629      t = Math.max((vs[1] - h) / 2, 0);
41630      url = window.location.protocol +
       "//ips-invite.iperceptions.com/WebValidator.aspx?lID=" + config.langID + "&sdfc=" +
       sdfc + "&source=91787&destination=commentcard&referrer=" +
       encodeURIComponent(window.location.href) + (iperceptions.logoBrandID ? "&brandID=" +
       iperceptions.logoBrandID : "" ) + (iperceptions.siteID ? "&siteID=" +
       iperceptions.siteID : "" );
41631
41632      var features = "width=" + w + ",height=" + h + ", left=" + l + ", top=" + t + ",
       resizable=yes, toolbar=no, location=no, directories=no, status=no, menubar=no,
       scrollbars=yes, copyhistory=no";
41633
41634      window.open(url, name, features);
41635  }
41636
41637  </script>
41638
41639
41640  </footer>
41641  <div style="display:none;"><p> </p>
41642  <p> </p>
41643
41644  <p><img height="1" width="1"
       src="http://m.msn.com/action/907440?Tag=American_Cancer_Org_LandingPage&Sig=
       110540b1b952d917a106fafa127b5dbd&Ver=1"/></p></div>
41645  <!-- #### TEMPLATES BEGIN ####-->
41646
41647      <!--# GLOSSARY TEMPLATE BEGIN-->
```

```
41648            <script id="glossaryTemplate" type="text/html">
41649                <div data-bind="ifnot: glossary.Definition == null">
41650                    <div id="Container-Glossary">
41651                        <div id="divGlossary">
41652                            <div>
41653                                <div class="search-glossary-result">
41654                                    <h3 id="Glossary-Word" data-bind="text: glossary.Word"></h3>
41655                                    <!--<div id="Glossary-Pronunciation" data-bind="if:
…    glossary.Pronunciation.length > 0">
41656                                        <span>[<span class="pronounce" data-bind="html:
…    glossary.Pronunciation"></span>]</span>
41657                                    </div>-->
41658                                    <div id="Glossary-Definition" data-bind="html:
…    glossary.Definition"></div>
41659                                    <div id="Glossary-View"><a title="View Glossary Terms"
…    href="http://www.cancer.org/cancer/cancerglossary/index">View Glossary</a></div>
41660                                </div>
41661                            </div>
41662                        </div>
41663                    </div>
41664                </div>
41665            </script>
41666            <!--#GLOSSARY TEMPLATE END-->
41667
41668            <!--#SEARCH TEMPLATE BEGIN-->
41669            <script type="text/html" id="searchTemplate">
41670
41671                <!--LOCAL SEARCH BEGIN-->
41672                <!--LOCAL SEARCH END-->
41673
41674
41675                <div data-bind="foreach: SearchResutlItem">
41676
41677                    <!--TYPE KEY MATCH BEGIN-->
41678                    <div data-bind="if: DocType=='GM' && Page==1">
41679                        <div class="SearchItemLocal searchitem">
41680                            <span class="featuredArrow"><img
…    src="/acs/groups/content/documents/image/acsd-010888.png"></span>
41681                            <h3 style='padding-left: 8px;margin-top:-18px;'><a
…    class="searchTitle" data-bind="attr: {href: URL, title: Title}, html:
…    Title"></a></h3>
41682                            <p class='urlText' style='padding-left: 8px;' data-bind="html:
…    URL"></p>
41683                        </div>
41684                    </div>
41685                    <!--TYPE KEY MATCH END-->
41686
41687                    <!--TYPE DEFAULT BEGIN-->
41688                    <div data-bind="if: DocType==''">
41689                        <div class="SearchItem">
41690                            <h3><a class="searchTitle" data-bind="attr: { href: URL, }, html:
…    Title"></a></h3>
41691                            <p class='urlText' data-bind="html: URL"></p>
41692                            <div class="SearchItemDescription"
…    data-bind='html:Description'></div>
41693                        </div>
41694
41695
41696                    </div>
41697                    <!--TYPE DEFAULT END-->
41698
41699                    <!--TYPE PDF BEGIN-->
41700                    <div data-bind="if: DocType=='PDF'">
41701                        <div class="SearchItem">
41702                            <h3><a data-bind="attr:{href: URL, title: Title}"
…    target="_blank"><span data-bind="text: '[PDF] '" ></span><span data-bind="attr:{href:
…    URL, title: Title}, html:Title"></span></a></h3>
41703                            <p class='urlText' data-bind="html: URL"></p>
```

Page 1153

```
41704                       <div class="SearchItemDescription" data-bind="html:
…   Description"></div>
41705                   </div>
41706               </div>
41707           <!--TYPE PDF END-->
41708
41709           <!--TYPE VIDEO BEGIN-->
41710           <div data-bind="if: DocType=='VIDEO'">
41711               <div class="SearchItem">
41712                   <a data-bind="attr:{href: URL, alt: Title}"
…   class="video-thumb-autoplay">
41713                       <img data-bind="attr:{src: IMG}" alt="" class="ignore-padding
…   thumbnail">
41714                       <div class="play-button"></div>
41715                   </a>
41716                   <div class="videoContent">
41717                       <h3><span class="videoTitle"><a class="video-thumb-autoplay"
…   style='border-bottom: dotted 1px #94b2dc;' data-bind="attr:{href: URL},
…   html:Title"></a></span></h3>
41718                       <p class="urlText" data-bind="html: URL"></p>
41719                       <span class="SearchItemDescription"
…   data-bind="html:Description"></span>
41720                   </div>
41721               </div>
41722           </div>
41723           <!--TYPE VIDEO END-->
41724
41725           <!--TYPE INFOGRAPHIC BEGIN-->
41726           <div data-bind="if: DocType=='INFOGRAPHIC'">
41727               <div class="SearchItem">
41728                   <div data-bind="ifnot: Thumbnail.length == 0 ">
41729                       <div class="infographic_result_img">
41730                           <img data-bind="attr:{src:
…   '../acs/groups/content/documents/image/' + Thumbnail}" alt="Infographic thumbnail" />
41731                       </div>
41732                   </div>
41733                   <div class="infographic_result">
41734                       <h3><a class="searchTitle" data-bind="attr: { href: URL, },
…   html: Title"></a></h3>
41735                       <p class='urlText' data-bind="html: URL"></p>
41736                       <div class="SearchItemDescription"
…   data-bind='html:Description'></div>
41737                   </div>
41738
41739                   <div style="clear:both"></div>
41740               </div>
41741           </div>
41742           <!--TYPE INFOGRAPHIC END-->
41743       </div>
41744   </script>
41745
41746   <!--#PROMO MAIN SECTION TEMPLATE BEGIN-->
41747   <script id="promo_M_Template" type="text/html">
41748
41749               <div data-bind="foreach: Promo">
41750                   <a data-bind="attr:{href:RedirectURL,title:PromoName}">
41751                       <img data-bind="attr:{src:
…   '../acs/groups/content/documents/image/' + ImageFileName, alt:PromoName}" />
41752                   </a>
41753               </div>
41754
41755   </script>
41756   <!--# PROMO MAIN SECTION TEMPLATE END-->
41757
41758   <!--# PROMO RIGHT SECTION TEMPLATE BEGIN-->
41759   <script id="promo_R_Template" type="text/html">
41760       <div data-bind="foreach: Promo">
41761           <a data-bind="attr:{href:RedirectURL,title:PromoName}">
```

```
41762                     img data-bind="attr:{src: '../acs/groups/content/documents/image/' +
   …  ImageFileName, alt:PromoName}" />
41763                     </a>
41764                 </div>
41765
41766         </script>
41767         <!--# PROMO RIGHT SECTION TEMPLATE END-->
41768
41769         <!--# EVENTS TEMPLATE BEGIN-->
41770         <script id="eventsTemplate" type="text/html">
41771             <div data-bind="ifnot: Events.length == 0 ">
41772                 <div class="localHeader">
41773                     <h3>Events in Your Area</h3>
41774                 </div>
41775                 <div class='rightBox'>
41776
41777                     We have a variety of events happening in
41778
41779                     <b>
41780                         <div data-bind="ifnot: city == null"
   …  style='display:inline-block'>
41781                             <span id='city-events1' data-bind="text: city"
   …  class='firstLetterCap' style='display:inline-block'></span>, <span
   …  data-bind="text: state"></span>
41782                         </div>
41783                         <div data-bind="ifnot: zip == null"
   …  style='display:inline-block'>
41784                             <span data-bind="text: zip"></span>
41785                         </div>
41786                     </b>&mdash; Get involved!
41787
41788                     <div style='clear:both;margin-bottom:10px;'></div>
41789                     <div data-bind="foreach: Events">
41790                         <div class='linkListItem' >
41791                             <span data-bind="ifnot: OnlineEventSite == null" >
41792                                 <a data-bind="attr: {href: OnlineEventSite, title:
   …  EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
   …  +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
41793                             </span>
41794                             <span data-bind="if: OnlineEventSite == null" >
41795                                 <a data-bind="attr: {href:
   …  'http://www.cancer.org/involved/participate/app/event-details?event=' + EventId,
   …  title: EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
   …  +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
41796                             </span>
41797                         </div>
41798                     </div>
41799                     <div class='boxLink'>
41800                         <div data-bind="ifnot: city == null" ><img
   …  src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
   …  style="float:left;margin: 5px 5px 0 -8px;">
41801                             <a data-bind="attr:{href:
   …  'http://www.cancer.org/involved/participate/app/event-search.aspx?city=' + city +
   …  '&state=' + state}, text:'Find More Events'"></a>
41802                         </div>
41803                         <div class="read-more-icon" data-bind="ifnot: zip == null" ><img
   …  src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
   …  style="float:left;margin: 5px 5px 0 -8px;">
41804                             <a data-bind="attr:{href:
   …  'http://www.cancer.org/involved/participate/app/event-search.aspx?zip=' + zip}, text:
   …  'Find More Events'"></a>
41805                         </div>
41806                     </div>
41807                 </div>
41808             </div>
41809         </script>
41810         <!--# EVENTS TEMPLATE END-->
41811
```

```
41812        <!--# RELATED TEMPLATE BEGIN-->
41813        <script id="RelatedTemplate" type="text/html">
41814            <div data-bind="ifnot: typeof Related == 'undefined'">
41815                <ul id="divRelated" data-bind="foreach: Related.clusters">
41816                    <li>
41817                        <a data-bind="attr:{href: '?QueryText=' + label}, text: label,
        title: label" target="_self"></a>
41818                    </li>
41819                </ul>
41820            </div>
41821        </script>
41822        <!--# RELATED TEMPLATE END-->
41823
41824        <!--# RESOURCES TEMPLATE BEGIN-->
41825        <script id="resourcesTemplate" type="text/html">
41826
41827            <div data-bind="if: Resources.length !== 0">
41828                <div data-bind="if: zip == '000000' && city == null">
41829                    <div class="localHeader">
41830                        <h3>National Resources</h3>
41831                    </div>
41832                    <div class='rightBox'>
41833                        <div data-bind="foreach: Resources.Resources">
41834                            <div class='linkListItem'>
41835                                <a data-bind="attr: {href:
        'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
        resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
        OrganizationName"></a>
41836                            </div>
41837                        </div>
41838                        <div class='boxLink'>
41839                            <a data-bind="attr:{href:
        'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search'}">
41840                                Find More Resources
41841                            </a>
41842                        </div>
41843                    </div>
41844                </div>
41845
41846                <div data-bind="if: (zip !== null || zip !== '000000') || city !==
        null">
41847                    <div class="localHeader">
41848                        <h3>Resources in Your Area</h3>
41849                    </div>
41850                    <div class='rightBox'>
41851                        We have a variety of programs and services available in
41852                        <b><div data-bind="ifnot: city == null"
        style='display:inline-block'><span id='city-resources2' data-bind="text: city"
        class='firstLetterCap' style='display:inline-block'></span>, <span data-bind="text:
        state"></span></div>
41853                            <div data-bind="ifnot: zip == null"
        style='display:inline-block;margin: 0 0 0 -3px;'><span data-bind="text: zip"></span>
41854                            </div>
41855                        </b>
41856                        <div style='clear:both;margin-bottom: 10px;'></div>
41857                        <div data-bind="foreach: Resources">
41858                            <div class='linkListItem'>
41859                                <a data-bind="attr: {href:
        'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
        resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle  + ' - ' +
        OrganizationName"></a>
41860                            </div>
41861                        </div>
41862                        <div class='boxLink'>
41863                            <div data-bind="ifnot: city == null" ><img
        src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
        style="float:left;margin: 5px 5px 0 -8px;">
41864                                <a data-bind="attr:{href:
```

```
41864…   'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&city=
…        ' + city +'&state=' + states.indexOf(state)}">Find More Resources</a>
41865            </div>
41866            <div data-bind="ifnot: zip == null "><img
…        src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
…        style="float:left;margin: 5px 5px 0 -8px;">
41867                <a data-bind="attr:{href:
…        'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&zip='
…        + zip}">Find More Resources</a>
41868            </div>
41869            </div>
41870          </div>
41871        </div>
41872      </script>
41873      <!--# RESOURCES TEMPLATE END-->
41874
41875      <!--# OFFICE TEMPLATE BEGIN-->
41876      <script id="officeTemplate" type="text/html">
41877        <div data-bind="if: Offices.length>0">
41878          <div id="divOffices">
41879
41880            <div id="map-canvas"></div>
41881            <div class='rightBox'>
41882
41883                Here are the local offices for<b>
41884                <span data-bind="ifnot: city=='null'">
41885                <span data-bind="text: city" class='firstLetterCap'
…        style='display:inline-block'></span>, <span data-bind="text: state"></span>
41886                </span>
41887
41888                <span data-bind="ifnot: zip=='null'">
41889                    <span data-bind="text: zip"></span>
41890                </span>
41891            </b>
41892            <div style='clear:both;margin-bottom:20px;'></div>
41893
41894                <div data-bind="foreach: Offices">
41895                    <div class="offices">
41896                    <h3><span data-bind="text: office_name"></span></h3>
41897                    <span data-bind="text: address1"></span><br />
41898                    <div data-bind="ifnot: address2==''">
41899                        <span data-bind="text: address2"></span><br />
41900                    </div>
41901                    <span data-bind="text: city"></span>, <span
…        data-bind="text: StateAbbreviation"></span>
41902                    <span class='zipcode' data-bind="text:
…        zip_code"></span></span><br />
41903                    <p>Phone: <span class='phone' data-bind='text:
…        published_phone'></span></p>
41904                        <div style="display:none">
41905                            <p id="lat" class="lat" data-bind="text:
…        latitude"></p>
41906                            <p id="lng" class="lng" data-bind="text:
…        longitude"></p>
41907                        </div>
41908                    </div>
41909                </div>
41910            </div>
41911          </div>
41912        </div>
41913      </script>
41914      <!--# OFFICE TEMPLATE END-->
41915
41916      <!--# SEARCH STATS TEMPLATE BEGIN-->
41917
41918      <script id="searchStatsTemplate" type="text/html">
41919      </script>
41920      <!--# SEARCH STATS TEMPLATE END-->
```

```
41921
41922     <!--# SEARCH TABS TEMPLATE BEGIN-->
41923     <script id="tabsTemplate" type="text/html">
41924
41925         <span data-bind="if: oTabs.tabs[2].length>1">
41926         <div id="pagination-present">
41927
41928             <span data-bind="if: Page>1">
41929
41930
41931             </span>
41932             <span data-bind="if: Page<2">
41933                 <a class="DisableIt"></a>
41934             </span>
41935             <span data-bind="foreach: oTabs.tabs[2]">
41936                 <b data-bind="if: parseInt(Page)== parseInt(tab)">
41937                     <b class="active" data-bind="text: tab"></b>
41938                 </b>
41939                 <span data-bind="if: parseInt(Page) != parseInt(tab)">
41940                     <a class="tab" data-bind="attr: { href: '?QueryText=' + query +
…  '&Page=' + tab }, text: tab"></a>
41941                 </span>
41942             </span>
41943             <span data-bind="if: parseInt(Page) < parseInt(TotalCount)">
41944
41945
41946
41947             </span>
41948             <span data-bind="if: parseInt(Page) >= parseInt(TotalCount)">
41949                 <a class="DisableIt"></a>
41950             </span>
41951         </div>
41952         </span>
41953
41954     </script>
41955     <!--# SEARCH TABS TEMPLATE END-->
41956
41957     <!--#### TEMPLATES END-->
41958 </body>
41959
41960     <link href="/acs/fragments/searchknockout/css/jquery-ui.css" rel="stylesheet" />
41961     <script src="/acs/fragments/searchknockout/scripts/jquery-ui.min.js"></script>
41962     <!-- removed jquery.1.7.1.min.js and jquery-ui.js -->
41963     <script src="/acs/fragments/searchknockout/ko/knockout.js"
…  defer="defer"></script>
41964     <script src="/acs/fragments/searchknockout/ko/common.js"></script>
41965     <script src="/acs/fragments/searchknockout/ko/address_functions.js"></script>
41966     <script src="/acs/fragments/searchknockout/ko/tabs_controller.js"></script>
41967     <script src="/acs/fragments/searchknockout/ko/glossary_controller.js"
…  defer="defer"></script>
41968     <script src="/acs/fragments/searchknockout/ko/events_controller.js"></script>
41969     <script src="/acs/fragments/searchknockout/ko/resources_controller.js"
…  defer="defer"></script>
41970     <script src="/acs/fragments/searchknockout/ko/search_controller.js"></script>
41971     <script src="/acs/fragments/searchknockout/ko/office_controller.js"
…  defer="defer"></script>
41972     <script src="/acs/fragments/searchknockout/ko/promo_controller.js"></script>
41973     <script src="/acs/fragments/searchknockout/ko/related_controller.js"></script>
41974     <script src="/acs/fragments/searchknockout/ko/default_scripts.js"></script>
41975     <script src="/acs/fragments/searchknockout/scripts/prettyphoto.min.js"></script>
41976     <script
…  src="/acs/fragments/searchknockout/scripts/prettyphototemplate.js"></script>
41977
41978
41979 </html>
41980
41981 ****************************************************
41982 The following data is from cancer_org-colon-20160919-addthis_widget_js.txt
```

```
!function(e){function t(n){if(a[n])return a[n].exports;var
o=a[n]={exports:{},id:n,loaded:!1};return
e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
n=window.atwpjp;window.atwpjp=function(a,i){for(var
r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
break;default:e[r]=e[l]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
0!==o[e])o[e].push(n);else{o[e]=[n];var
a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
"text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
550b76ddcec985383192",2:"34b110278e31336d1c48",3:"1f64e60d77dbe84bd711",4:"
db62ea231012bad36f96",5:"1ae48be42493e3d3451c",6:"a00f69addebec68cddff",7:"
d9e2c6294d50cb7d3b15",8:"368d52fec27f2314e544",9:"c48027171aeab6135172",10:"
0b81145220bb8d377fdb",11:"7fdde841fa69b63f7b85",12:"ccabab2686194d9d3f37",13:"
3f8c5b0f1dce5ace46a0",14:"a24da6a9d2e87b5c4d7c",15:"1ba12bbbeedf5a99a35e",16:"
dee402e950bdf1062ba4",17:"1416be76d518601e4c7b",18:"de4026af57214c2e3da3",19:"
0c52e449785790c7eb42",20:"4ed16aee71a71443143c",21:"28394aab35cfee275ddf",22:"
cacdc9416fb0177645a5",23:"169ae05c7962849fc71b",24:"345627076c8c310cda2d",25:"
f717398f4afe23fee0f7",26:"d8d4dcc00d09b6e1f5d85",27:"75fec3bea58eaa13b008",28:"
7baad9d06b8692bdeb71",29:"d30ddac46a022d577a1f",30:"5d557b3f9a670b654c60",31:"
16a13de3df218792ba65",32:"42265a1d242c372e8163",33:"423db6d5a39d3e3e3c16",34:"
89bf85b8d888cf6104d3",35:"109627f1aaf14f8cf63e",36:"b55109412c036fa8710e",37:"
06e1c102355760603c21",38:"5c4270530d70ac6e0fb6",39:"cbe2825279b714fd3386",40:"
9dbe6af37ca4e33affc3",41:"f9bebfc5d0f51f4f1eb1",42:"bf9ae07785aed5002ad2",43:"
e756685c6f1ec01624c1",44:"01c7ee7c90bc472b7adf",45:"36ac6147695662169603",46:"
8ec3d34c7417a359df2a",47:"d442d34e753cf6e9f112",48:"ce28154a341c52a52d5f",49:"
d3ff7d366e6e5495dbba",50:"92ebb7d20950d5f9c6609024",51:"45727e86a95f9bd0edb6",52:"
040f333e9d01b29a8a53",53:"2b50a464cc1624f57196",54:"342111150041d651d5db",55:"
f77b24356e56d029aa1c",56:"fc740ae6a196c250e55b",57:"a4bc1e929fa3c4904a61",58:"
9de37ddd3b37d6c30ce9",59:"897630cd881ab81ea5bb",60:"8bcad57606cd797a7dec",61:"
2bc115a6ba0154c317e7",62:"bb163a71054a3dbefe2b",63:"fb240251894d7128b213",64:"
53d9d294c26f60705ec1",65:"0ac6dcbf179359b3afc",66:"d8d5f392d6458a3e20bb",67:"
e4726aaaf5c1ba47001f",68:"cb2934e4054f658175ac",69:"dd08ffdb37bd61bf872b",70:"
c646c244eceed29c5a5b",71:"7fd1ff51dcca8f4f109e",72:"af7ef3e6d96fa1a1d3f7",73:"
19f0dbcb2ab1ac82ef9c",74:"52cb2d248d058b32b358",75:"51107b628c384c790037",76:"
f3dac00eba3694cab631",77:"147cfa535e8ab73fe2cd",78:"90efd6f9e972dcaae162",79:"
60d95396cf0dc2d4e2ff",80:"28f4a7665e0839bf88cf",81:"c4e1af79d0463c37cf1d",82:"
be7fb8dacab14ec656b8",83:"e13ad6383f9e8b34b205",84:"abecf47f47d4b23fc5e8",85:"
70007883c821afd2d6e4",86:"8c763b110293e755f82a",87:"c29cccd93751632258ba",88:"
dbe4821350396532bc41",89:"397b39422da2dfbc3c5",90:"76ad6670e76b368041ad",91:"
c1e881eb143d005e5819",92:"06914b96e871cac27a5d",93:"0e031936283b0966f2e0",94:"
fe5b7e899e368d76f432",95:"c286c7b90899ac108c63",96:"3aad9237e802d4bf8de7",97:"
2a966e0cc30252ff188e",98:"40aea6d493a0738d186d",99:"f102b3078a9b00966619",100:"
4543d2bcd7b343bbe997",101:"737e4c7089c9495615be",102:"b123e579eb1ee0c20eaa",103:"
7d1da2fc03fb60fe418e",104:"aef56efa04e07ea11128",105:"350953fcbc8686c24743",106:"
3e1d4c356941e45ef739",107:"71170666218bb55b5fcd",108:"1e430b5468a4877d1a20",109:"
5a18187cb31ed8632f8b",110:"4fca77488fb0c77e4eae",111:"d60534645768cd2720c6",112:"
b93e5688e7043048cc5c",113:"1e955c6cc21f906c5002",114:"010739a8d4f1373d0809",115:"
c6623cc4cecc5d8baaf8",116:"23a6abb2157b27c9b8f8",117:"4ce105f3b4e3719b2cdb",118:"
2ca36a640076b81dcdb9",119:"ccf3fa8a07c3307fc472",120:"ea45e5bbcb995f989bbf",121:"
b82c8c78687014d00779",122:"2d84089c3c472fe1d907",123:"22c6470403d4d46993da",124:"
6802f1d919fa8dec3594",125:"97c3975b9f545be74fc8",126:"acb737861450496c03c6",127:"
d1a591af86d5484bb3d0",128:"08a19cc4c052960a6256",129:"8283e43c69752575bb75",130:"
679e7a1c35ad6ee6b964",131:"cffc5dba975f885a661b",132:"dfd38bb4394a38077bbb",133:"
45725d58f195ad40f189",134:"dfbcbdc447aabffbe0c6",135:"06f40c45db4740fd0976",136:"
a8483c1f952da5017f1f",137:"9ea828b792b605614e8d",138:"0f49c727bb6d7c7e4a2a",139:"
01378a885e2cf2044a95",140:"4208271cb60730878e94",141:"9a841531ca0673047c1d",142:"
b1781c12183a04962422",143:"e0dea62e6c48fa4d88ce",144:"e83144ef22652e77ce68",145:"
c15baf0675e1d1e0c34b",146:"4122613f8d7e09db262e",147:"61c8253614d3c8e6b9bf",148:"
285e8ce359f5fc8e839a",149:"88317460a0e00a92cca3",150:"8a7cfdd815379a18d9bd",151:"
883e43f1970ec27ba691",152:"d11be4eae5dc0abe83d3",153:"1ffd471bd4156509634c",154:"
bed92aadca3b21b0ce4",155:"d1b298ab02b7669d6c6e9b",156:"e7eaf4e58df69e3b23d5",157:"
593584627d07f116b0a8",158:"7728fe37a71dee38e566",159:"df2777e8de39e3879977",160:"
242890eebfbbddbac890",161:"a9bfadac7dbf39d81a19",162:"f06fef3f08653c171f8c",163:"
```

Page 1159

41984... f68b78b9d1c44af34","166:"b4ea4f77a1db9388d6","167:"4358d5b413b6f42992d","166:"
e25cd714cc8d83f578ff","167:"824e749bf8a960237404","168:"14e511d62fa7528f435e","169:"
acf0d96eb4c6cfadc431","170:"cd18e79a271175827199","171:"abee1eb112e30dc9450c","172:"
fdcece54de1672de2f49","173:"ab9f103b121b0878c7ea","174:"4786a20b1108840fcba6","175:"
8bc5ffdde01353fcfb49","176:"df4a39abc226ae0c88f3","177:"bcaad1fd8c2ba4813cdc","178:"
1c0b019e19bb23fbf58b","179:"ea986530b73763dfc14b","180:"a0679b5a6ff4478ac260","181:"
20502069f914a91db482","182:"7b98f93d742b01744234a","183:"4497dcf067639da56797","184:"
05316f8ca7f01f986f47","185:"ed106bc5fbd73eabdb41","186:"69f8cf730adcd9f36c0b","187:"
444fc2bc1361183f9b45","188:"5eadb7aed58c3698cd06","189:"ec062ee84daa7bea2167","190:"
a5bd7f366ce743aafa65","191:"4e2e1f42ef5cba268fa9","192:"a160ca5659c98c4139cb","193:"
1a506163971f24f44edc","194:"977dd0ee8a345b461b4c","195:"9c58e8033cda035bd9e2","196:"
1e56fbddf6366c6e88c91","197:"b12703aa1a273b0b79a8","198:"5a3eacac931da8f74b46","199:"
93d2bfcd9b88a3d5458c","200:"1c94d556c0e95841287b","201:"579958bc80f2ade6b4c5","202:"
eb4086e44e7443d056cb","203:"881e67fed7853ed35e02","204:"1ead5a455d91180541a9","205:"
fe9036304b65ac787d16","206:"235767189390298ed0b4","207:"bb933396f3483ac240a6","208:"
fbf6a5481b563ca4a674","209:"f3640b04c62ea5f5adff","210:"047b3f9ffe5ba9dc9647","211:"
bc66a2f2a2d6c25a905e","212:"401d35e2b4f40e047215","213:"c0b54229e40702653575","214:"
a356ac98e4bcc26151fc","215:"0cdf7e3113f8b79eb0f1","216:"13e4ad8a42a4a3a90994","217:"
cf5bd91f60b7e2dddbfc","218:"91dd48b28cb972cc728e","219:"c2802b44f6eec5ea93aa","220:"
1b0fb1b26614decf116d","221:"6a2dddeb441d6ff854b1","222:"fc218e3a2828a969e5a1","223:"
002ecdf0f98580be5676","224:"83a71b171cd75bb0091f","225:"221b70cd1ba221eb9b5f","226:"
1139a7d73756fe12a7e3","227:"cb6ef3d998e680b8f816","228:"d041cbc16ee2413e777f","229:"
88e0fef280af43063515","230:"b12acf6526d2767dbb61","231:"aff2a9011f031c493c57","232:"
0f0dc6a9799f32e0d572","233:"06e1e50082af05c219c0","234:"f1f190e12e3d18d2f131","235:"
fd0792e1a5be79715726","236:"f8a8e607bd3891c1faa7","237:"93a35795ce2c2bbe38b5","238:"
179ac8d3b3d1fa31c381","239:"394d57030c9fa30aa284","240:"46a2d5fe3d6fbed2b21bd","241:"
c7b81428d1a9fafb2074","242:"c62f69b93e63f96a2885","243:"e5bea9b024ca40bc722f","244:"
f00d1718c45997f4d737","245:"e35c52d280b6b07b1a57","246:"fbb475dc6a2ecd56cf73","247:"
0b54833442980eac32f2","248:"4bbbc54cec060899827f","249:"93808febf3ff5edd6b2c","250:"
2bc8cd90a6a994bcff10","251:"5d86593eda43af503172","252:"0c99a9d7539fab94f3b3","253:"
7f13e1cb7f1fa469e42e","254:"2152f2b6423db2df7d5b","255:"8a285b256e29cf433896","256:"
9085946348028c64a6cf","257:"75a2d77bc28082b17b87","258:"d42beda22c69a6f30325","259:"
34831a2215a5b4509473","260:"2be314b368c7f00ee8ea","261:"5a91700d931a2c2d446f","262:"
ea12f4b109f89ebe66f19","263:"01bd6ddc519267f1bc7d","264:"be95f7ee665077922af7","265:"
f80f3e6da42575603832","266:"cb40c6433051c71eed04","267:"8a163f32400a7de90883","268:"
244b2f0720c142987fbb","269:"10d0c5d6c96716b4f9a5","270:"bbe5643e1447c8eea3b2","271:"
179952250abcea10883f","272:"0e36b60163ca3360b0e5","273:"0c9e7c670aa86b87caaa","274:"
83042e4a495e39635c88","275:"de382d7433b212928005","276:"1dc6ddc0155dca88ac6b","277:"
fc5bdcdef307c044e34d","278:"03cc5bcbcb0f0e44db9f","279:"5a6ed4ad92376c2e59ec","280:"
4ca6f1c89472a792f626","281:"083138c4bef0437218aa","282:"0e716be053eb72fed0ad","283:"
56aac4dd5f4edc93c9b0","284:"bd1fb5431bcd593e6f99","285:"71d0e2c3e2ca6b847c02","286:"
4690046b09eb4a2828cc","287:"76fc1a10b41c9d1794d1","288:"d43957a222de016a2398","289:"
d4c75a7b1b2dbbe2f86b","290:"81a5d424a58bc6220f5c","291:"5fa5c5c2be72d594ed5d","292:"
e2232c30d0298c64210a","293:"53f6df38b1a2a7c9b30d","294:"8c67e61792b35a939d9c","295:"
603144707afb1eda2551","296:"3cd29b6b128d30bde742","297:"5f502c8634c71cb12689","298:"
8c0e7cdc50708bfaa4b3","299:"f3213197bf770b0271c","300:"621716ad4ecff432b9a8","301:"
c9307be44b623cf5e009","302:"ef569388c8b916bab257","303:"c04b70eccd1d9f8e5e9a","304:"
a2511c33f328b04f3f34","305:"bd2f3a3e88f4693e574b","306:"86be1e994b2a89c00cae","307:"
84f1a38fb1b11158ea43","308:"5365673d1975d5b26f0ec","309:"54f4b3e0aa6c73cdb8fa","310:"
548e52f42582b3b5a1e5","311:"f92ff18a3d5dfdf2a194","312:"5d56c95aa31c4ed73fc9","313:"
e2c2485c1bd5e29eba41","314:"2ad3dd53f22dd6c5499d","315:"103f00406cb5838d563f","316:"
37761e9b8814e21c5a7b","317:"5c97ac353946619d61ca","318:"c1bc53800298711f4f3b","319:"
c7c8f8cfba363783b532","320:"969033a530bc7a40e56a","321:"f922ba892adc18887d94","322:"
918dbff4283ba6da76a8","323:"fc39730803f1d7c61076","324:"69642f5b6c5dce440318","325:"
424d14d02c332dc31c15","326:"c8d59c33ebbc1627f070","327:"d96cb2020cf662538025","328:"
2c00a95431b755626153","329:"2630397db42ce01b9103","330:"b2652d13ee2d53d229e4","331:"
de17494dd6edd2b0d875","332:"7bbf338a8776ebb708dc","333:"8b7990c4bb38667c21b2","334:"
1a00cce2932f67b5fc13","335:"5563cc0c98d63bda0d49","336:"9e91d090bdbef7ebe44c","337:"
e941062a2856a533681e","338:"2319c156dcd514295610","339:"f402a7729af01595b1eb","340:"
a128c3c905e3792f0dd2","341:"cae7d871a0a94b760010","342:"932e47a3349b955ce51e","343:"
397654ca1c572ab63c0b","344:"be86f11127841947f124","345:"6c2a9cdfc4f202cfa06f","346:"
65b63d5b2f2d511c6b9b","347:"7f0cc3e0afbbc799a8b3","348:"2795dc9b197f78f366dc","349:"
de6e6aa3cdae2ea935ab","350:"536d7355a662543da9d8","351:"a3597c2bf688e929cf28","352:"
6db9ef64433e9c787298","353:"d439ba37046960941341","354:"0b2413e07c93366536f2","355:"
856b857cffac41fce132","356:"94334e3b46a36c81fbb8","357:"ee70f5c61e58ae8420b0","358:"
6fef4d3e09f68280e6f0","359:"00dae0790e442e718343","360:"2d8612baef1cb1631d4e","361:"
c147db8c1003a685a011","362:"b8e26bc9993bf8c02d2f","363:"e1803777a9940e86ed0b","364:"
0687eeced2ab220bcce3","365:"4a778ad3fac7a089d622","366:"0bb38cc4e2ac09b7bbca","367:"

41984... d403b04ff29a62f6b664",368:"0b6a34fdb5c1eb2f0f9a4",369:"5af79b4eaaf6b0d0992e6",370:"
124093bdffe46dadeda5",371:"1591d4f3f4b0189649c2",372:"821add78c784c748d317",373:"
fc3d3b4ea3b8c7c3add3",374:"16fc4b88c4415a7c8501",375:"9b6898b561d9440be6e2",376:"
09f5510cad31af4d79b7",377:"8948e53653be5bf580d9",378:"7900e28df87ced3ce6c0",379:"
57e3de7915f91bdbf5a1",380:"03b07bcb6936280526c4",381:"ed649cac1d1f4e701a1a",382:"
8f66efd45482e99fd357",383:"9f1629dc2679eb904273",384:"1f42610549a22a38f7f2",385:"
88e81d3e2f6a4d54a872",386:"454d2edb62a265937360",387:"adecb96314464fcc2dc3",388:"
14837b6a6d43155656e0",389:"c6071a721fac7fa41ddb",390:"03292c9e9c5080be54f9",391:"
3766a7a953da68fd8987",392:"dfd5f29c0f036dad74d70",393:"7c9474564dd27dfbf581",394:"
a24b1b78028b5eff8938",395:"3b9a56d76a6d22357d82",396:"efa2e5dd1219915854e9",397:"
2e88a3e6e62488b8617",398:"f233a686d043de32ff0f",399:"a1b2cfee9807079ccd9f",400:"
4e600021e4a5ab990c9a",401:"107961038b37e018fb92",402:"f5541da65422b6431573",403:"
a26332ef93a1406dd7e7",404:"631f7145e1695233f52c",405:"a2ccd5ec5fb7c30bae91",406:"
c00f4ba6973a7fa8bbe6",407:"ef00157baea1d2961b5c",408:"5fcda0eba96290d3b676",409:"
0350712ff36317fc0164",410:"0961622588c255a69db1",411:"cd6683ca9600bb816f63",412:"
813b719b3f1f5fcd784f",413:"95083a850d132ebff288",414:"74673d8848aa3b3b455e",415:"
cc2e6b7e8397b3690ffa",416:"3919b67fb2d6850b6a83",417:"9e76ca4a51009e3e7196",418:"
0abe253e7eead41ac4bf",419:"30b695e9f803f3511cdb",420:"9b31338db9e8fd06c842",421:"
dc8f4030ca82441cf7d3",422:"eac742fcb1ac05a5aab42",423:"a61e2cebefb259c1d6d9",424:"
6a1687d9cedc8f30c515",425:"2fbbd54c36059b7996d5",426:"0704258763e387e4ce36",427:"
0e319d66b4a023721f62",428:"9bdc84942ee7404c616d",429:"9d71ca168fa208f7967e",430:"
0f35a904dbc12b493623",431:"a2afe22c103afb59b9be",432:"56db355906b77e1a0335",433:"
850e64ed7e0713f8e240",434:"502b3ad2a2eac759c1e2",435:"a933561596a6a62c3705",436:"
8ec371a49752ff11abb5",437:"07e95e2c1aade7b76e16",438:"834639a3fb0bcd8efaaf",439:"
65137b5c54cf1b52dd83",440:"005743ee75487bc4d7f9",441:"bdf841acd156a541d6bc",442:"
528caae5289adee351d2",443:"88b7658e96a632293946",444:"bccf0774238c08084a6f",445:"
24eceec4a92bb5eb79c0",446:"75e686579c101f4c8b5b",447:"8558cbdd888f15b6e523",448:"
d2f46e56c48483186659",449:"aa9163551d306a106865",450:"cb10e3232d7bca1d85ca",451:"
56d5f693314633f95a11",452:"a16da66c0e620b382810",453:"8606fcd04eeb7ff051dd",454:"
47d3133ed4cbec7329aa",455:"c8bdda1d62d960a3678d",456:"136ae9401af8c768d68d",457:"
719a1155ca15887b72d5",458:"6518bbc99e1b00955d4",459:"0d1d2edb077ffdb19a9b",460:"
9f0ea9fc67c2f85daed1",461:"c3b0cc3e763ddcdf103d",462:"428fd05477101038b0a6",463:"
b0093a5d68358be47936",464:"a7c396ad721853782f91",465:"bcc324e158911cd4e607",466:"
02e1ad37b5485ed223f3",467:"a1b8986e53f29c207ae5",468:"ecc2a90d083c7e87ffe1"}[e]+".js"
,a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/static/",t(0)}(function(e){for(
var t in e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return e}([function(e,t,n){n(806),e.exports=n(83)},function(e,t,n){var
a=n(641),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t,n){e.exports=function(e,t,n){var
a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else

41984...

```
if(o=t.call?n,a,a[a],e):o=!o(break}}function done(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){"use strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){var a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=o.location;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u])}e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=n(1),o=n(29),i=n(19),r=n(44),s=n(78),c=n(134),u=n(4),l=n(144),d=n(785),p=n(9),A=
window,h=A.addthis_share,f=A.encodeURIComponent,g=A._atw;e.exports=function(e,t,n,A,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
g?h:g.share));w.url=f(w.url),w.title=f(w.title||(h||{}).title||""),A="undefined"==
typeof g?A:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(A));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:A.product,data_track_clickback:A.data_track_clickback,pubid:A.pubid,
username:A.username,pub:A.pub,ui_email_to:A.ui_email_to,ui_email_from:A.ui_email_from
,ui_email_note:A.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:A,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\/|\/\/\/)?([^\/\?\&\#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/\/))}{t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=n(54),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(835),s=n(2),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t,n){function n(e){return"number"==typeof
e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(7),o=n(132).clickifyURL,i=n(9),r=n(6).makeCUID,s=n(19);e.exports=function(e,t,n,c
```

Page 1162

41984...

```
,u,t),var
d=i(),p=c||t.url||"",A=t.xid||r(),h=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(h.
xid=A,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,h,n)},100)),f?o(p,e,A):p}},function(e,t,n){var
s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try{JSON.stringify}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t),t)},t)}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}},function(e,t,n){var
a=window.encodeURIComponent,o=n(12),i=n(23),r=n(35),s=n(1),c=n(93);e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
A="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(A,{pco:t.product})||"#"}},function(e,t,n){var
a=n(26),o=n(55);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(113),i=n(9),r=n(5),s=n(89),n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig())||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(84),o=n(1);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(h.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),1==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(A.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e&&(_atc.xck=1)}function
s(e,t){h.cookie&&(h.cookie=e+"="; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?"?;
domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date).o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"";":"";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
```

```
domains.t=(msi.)/44=2 ? .)+dummies_com5)}}var
u=n(32),l=n(1),d=n(67),p=n(8),A=/(?:\.mil|\.gov)$/,h=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(6).isValidCUID;e.exports=function(e){var t;return
e=e||"",t=o(e.shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),l2===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t,n){var
a=n(75),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",A=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,A.insertBefore(l,A.firstChild),o[e]=1,1}return
1}},function(e,t){e.exports=function(e,t,n){var a,o=[];if(n=void
0!==n?n:this,null==e||void 0===e)return o;for(a in
e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,s){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString()}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(738),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(777),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()|[ for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(778),o=n(678);e.exports=function(e){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(135);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(836),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(791),o=n(783),i=n(23),r=n(779);e.exports=function(e,t,n,s){return
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),c=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;s.
exports={atob:s.atob?function(){return
```

```
41984  s.atob.apply(s,arguments)}}:a,btoa:s.btoa?function(){return
    ..  s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
    ..  style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
    ..  9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
    ..  t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
    ..  strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
    ..  Error("Minified exception occurred; use the non-minified dev environment for the full
    ..  error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
    ..  Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
    ..  c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
    ..  a=n(63),o=n(120),i=n(66),r=n(754),s=n(755);e.exports=function(e,t){var n;return
    ..  n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e]?
    ..  r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
    ..  strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
    ..  t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t){function
    ..  n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
    ..  a=n(26),o=n(55);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
    ..  t=t||"&",n=n||"=",a(e,function(e,a,s){return
    ..  s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
    ..  a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
    ..  a=n(33),o=n(48);e.exports=function
    ..  i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a(["open",e,t,n,r,s,c,u]),o()):
    ..  _ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
    ..  t,n=e.indexOf("?");return
    ..  t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|^\??/,""))}},function(e,t){e.
    ..  exports=function(e,t){e&&e.trim&&"function"==typeof
    ..  e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
    ..  catch(n){}return e&&t&&(e=window.encodeURIComponent(e),e||""")}},function(e,t,n){"use
    ..  strict";var
    ..  a=n(85).wasRequestMade,o=n(85).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
    ..  &&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
    ..  .e(0,function(){n(15)}))))}catch(e){}}},function(e,t){
41985  e.exports=[]},function(e,t){e.exports={DIRECT:0,SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},
    ..  function(e,t,n){"use strict";function a(e,t){return
    ..  c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
    ..  +"&rb="+encodeURIComponent(p.isBrandingReduced())}var
    ..  o=n(45),i=n(36),s=n(16),n(21)),c=n(7),u=n(61),l=n(44),d=n(29),p=n(18);e.
    ..  exports=function(e,t){if(t.ui_pane==="email",-1===document.location.href.search(/
    ..  bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
    ..  service,e,t),d)return
    ..  window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
    ..  exports.getEmailURL=a},function(e,t,n){function
    ..  a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
    ..  triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(h){var
    ..  e=f({},this.data);return
    ..  e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
    ..  triggerType,target:{},triggerTarget:{}}})}return""}}function
    ..  o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
    ..  ,this.defaultEventType=t||a}function i(e){var t=this.queues;return
    ..  t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
    ..  s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
    ..  c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
    ..  function u(e,t){var n=this,a=function(){var
    ..  o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
    ..  ;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
    ..  n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
    ..  o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
    ..  o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
    ..  o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
    ..  t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
    ..  a[t](e.clone());try{!h||!this.remoteDispatcher||"function"!=typeof
    ..  this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
    ..  remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
    ..  function A(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
    ..  h=n(128),f=n(13),g=n(14),m=n(2),v=function(){},w={firedEvents:{},constructor:o,
    ..  getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
    ..  addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:A},b={constructor:a,bubbles:!1,
    ..  preventDefault:v,stopPropagation:v,clone:function(){return new
```

Page 1165

41985

```
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:l}},function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|^\#?/,""))}},function(e,t,n){var
a=n(53),o=n(46),i=n(90);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(n,a.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},A=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},h=A(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=A(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=h());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){return e[t]=n,e.filter(Boolean).join("\n")}}()},function(e,t,n){var
a=n(2);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?u?a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(153);e.exports=function(e,t){var
o,i,r=window.addthis_translations;if(n==n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t];return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
```

41985...

```
e&&e.__esModule?e:{"default":e};function o(e,t){if(!(e instanceof t))throw
a=n(108)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(653);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:h["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},A=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=A,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(801),r=a(i),s=n(114),c=a(s),u=n(169),l=a(u),d=n(18),p=a(d),A=n(60),h=a(A),f=n(4),
g=a(f),m=n(29),v=a(m),w=n(740),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(e,t){return a(r("name","list"),u)}function e(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(63),u=n(41),l={},d={};e.exports=(getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:!0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:!0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},mnemonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{name:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
```

41985... odnoklassniki:{url:"",name:"Odnoklassniki",url2:"ok.ru",preview:"ok notizie",url4:"odnoklassniki.ru/dk?st.cmd=ext..."},

```
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFMyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:!0,top:1,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sms:{name:"SMS"},sodahead:{name:"
SodaHead"},spinsnap:{name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},
studivz:{name:"studiVZ",url:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon
",top:1},stumpedia:{},stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(1),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),A=0;d>u&&(A=
Math.round(d/2-u/2));var
h=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+A+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(h),s?h:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<C.length;i++)if(t.search(C[i].regex)
>-1){o=C[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(y)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function A(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:y.exec(t)[1],startTime:n}}):[]}function h(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=h();return
e?parseInt(e.startTime):void 0}function g(){var
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=A,t.getFirstAddThisWidget=h,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(69),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,C=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],y=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
```

41985...

```
a(),return n()}a&&performance.mark_instanceof
Function)}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",pinterest_follow:"pinterest_share",
foursquare_follow:"foursquare",google_plusone:"google_plusone_share",googleplus:"
google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",compact:"addthis
",expanded:"addthis",menu:"addthis",more:"addthis",counter:"addthis",facebook_like:"
facebook",facebook_share:"facebook",facebook_send:"facebook",linkedin_counter:"
linkedin",pinterest_pinit:"pinterest_share",stumbleupon_badge:"stumbleupon",tweet:"
twitter"}},function(e,t){function n(e,t){return
e=+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(774),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(6).isValidCUID,o=n(1),i=n(2);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&e.length)var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
split(","):[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(64),i=n(16),r=n(1),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href="email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){
e.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function e(e,t){return d?A.localStorage.getItem(h+e):void
0}function o(e,t){if(d){var
n=h+e;try{A.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{A.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(A.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(h)&&A.localStorage.removeItem(e)})}function u(e){var
t=r();p(t,function(t){0===t.indexOf(h+e)&&A.localStorage.removeItem(t)})}function
l(e){d&&A.localStorage.removeItem(e)}var
d=n(166),p=n(2),A=window,h="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
e(){tn.layers.length?tn.layers(cfs:!0}):_ate.ipc=!1}function t(){var
t,n,a,o,i,r;ne||A||(A=!0,B.isProDomain)&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&r=B.
isPayingCustomer(),i=0(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
o,{cfs:!0})):e())}function a(){ne=!0,e(||e())}function
o(e){if(te!=0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
widgets&&e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
widgets,function(t,a){fe(n,t)<0&&e.config._default.widgets[t]=a)}),delete
e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
```

41985

```
function i())(_ate.ed.fire("addthis.boost.response",null,e)function i(e,t){k||(k=new
Q(e,t))}var
s=n(100);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
Date).getTime());var
c,u,l,d=Xt.addthis_config||{},p=Vt.title,A=!1,h="undefined"!=typeof
_ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
shift(),w=_ate.track.extractOurParameters(h),b=[],x=!!_ate.cookie.rck("nabc"),C=w.cfc
,y=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
rsi,I=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
=w.gen,L=w.fuid,H=w.csi,G=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),K=5e3;-1===(f||"").indexOf(_atr)&&(
_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
);var
J=_ate.share.links.canonical;J&&(0!==J.indexOf("http")?(g=(f||"").split("//").pop().
split("/"),0===J.indexOf("/")?g=g.shift()+J:(g.pop(),g=g.join("/")+"/"+J),g=document.
location.protocol+"//"+g):g=J,_ate.usu(0,1),g=g.split("#{").shift(),rt(g),g&&(_ate.
share.links.canonical=g);var
Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.truncateURL(h,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:I,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=y||Xt.addthis_ab||"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,ts=!1,ne=!1;if((!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,K),D.start(_ate),Xt.
addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(l={rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
[0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(",",""),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,_ate.cb||_atc.g),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||It.
setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(C?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
C?C:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(","):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(I||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),I?b.push(_ate.track.fcv("rxi",I)):z&&b.push(_ate.track.fcv("rsi",z),(z||I)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=h&&(-1===f.indexOf("#")||S
|w.hash&&I||C)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
```

41985...

```
(var se=0,se<d.data_track_addressbar_paths.length;se++){if(!(new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop()))Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),G();var
ce=n(741)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(112),i=n(68);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr))var
s={si:l.sid,bl:0|(d.data_use_cookies!==1&&l)|(d.data_track_textcopy===10&&2)|(d.
data_track_addressbar===10&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain===
t.domain?M:t.domain,fp:Ae(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(81).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
}))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(Ot+"#"+Ee(l),!0),r(u,Ot),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=Ot+"#"+Ee(l),r(u,Ot),_ate.track.gtf().appendChild(u),_ate.track.stf(u)))}),_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),F().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1
||(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1
||(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).classList||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function A(e,t,n,a){var
t=t||{},o={},i=Tt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in n)o[r]=n[r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}}if(
o[r]!==mn&&Rn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function h(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&a("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=A(e,t,"conf",a),o.share=A(e,n,"share",a),o}function
m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
s=n(79),A=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
```

Page 1171

41985

```
onClick,x=_internal_,C=n,y=_singleservice_||A.service,E=n(16),r;b===C&&(b=_n[y]?
function(e,t,n){var a=d(n,bn);return
addthis_open(e,y,a.url,a.title,d(t,wn),a)}:zn[y]?function(e,t,n){var a=d(n,bn);return
addthis_sendto(y,d(t,wn),a)}:Sn[y]?function(e,t,n){var a=d(n,bn);return
s(y,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===C&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===C&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))})
```

41986

```
}),w===C&&(w=function(e){return addthis_close()}),b===C&&(b=function(e,t,n){return
addthis_sendto("more",d(t,wn),d(n,bn))})))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,A,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),h(R.conf),_&&_.
className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),y&&"more"!==y&&(R.conf.product=l(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(y?R.onclick=function(){return
b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){return
addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===y)&&(v||Zt("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(648)
()){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
.maf.sib.nodeType){var
e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}return
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
share):void
0}},Zt("mob")||(R.onmouseover=R.onfocus),w&&(R.onmouseout=function(){return
w(this)})),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
L(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase())){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),y){var
B=f(y,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15c").join(""),U="32"):u(R,1)&&(D.
className=D.className.split("at15c").join(""),U="20",D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[y])("mailto"===y||"email"===y&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(y,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R)):else{if(a.follow){if("twitter"!==y?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(y,1,R.share,R.conf),"twitter"===y?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
O=document.ce("span");O.className="addthis_follow_label",O.innerHTML=Pt(y).replace("
```

```
... _follow","",R.appendChild(o))}else
... _ate.share.externEvents(y,R,a)||R.noh||(R.onclick=function(e){return
... H(y,R.share),!1});R.conf.follow||tn.addEvents(R,y,S),R.noh||R.target||(R.target="
... _blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
... I=Pt(y,!B);Mn[y]&&En.push({link:R,title:y}),R.title=i(a.follow?kn[y]?kn[y]:"Follow on
... "+I:Mn[y]?Mn[y]:I),R.at_titled=1}R.href||(R.href="#")}else
... R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
... N;switch(x){case"img":if(!R.hasChildNodes()){var
... T=R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
... p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
... }}N&&R.appendChild(N)}}function v(e,t,n,a,o,i,r){if(!e._iss){var
... s,c,u,l,d,p,A=(e.className||"",{pinterest:"pinterest_share"});An?s=e.parentNode.
... _atsharedconf||{}:(An=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
... ),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=I.
... getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
... addthis_options||"").replace(",more","").split(","),l.split(","));do
... u=p[t++],A[u]&&(u=A[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
... each(Gt.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
... 0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
... "+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
... w(e,t,a,o,i){var s,d,p=n(168),A=n(638),h=A.createCssServiceIcon,w=function(e,t,n){var
... a;return
... a=c(e)?32:u(e)?20:16,n&&n.code?(d=h(n.code,n.icon,a),s=A(n.code,d)):s=p({code:t,size:
... a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;e<e.length;b++){var
... x=e[b],C=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,y=document
... ;if(!(null===x||C||o===!1&&x.ost)){var
... E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
... =M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
... ?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
... indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
... addthis_button_preferred_([0-9]+)(?:\s|$)/);var
... O=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if(!(!x.conf||!i)&&(x.conf=
... E.conf||x.conf||{}),(!x.share||!i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
... -300",l(x),!hn){var
... I=_ate.util.bind(v,x,x,O,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
... ssh",I),setTimeout(I,2e3),x._iwps=1;continue}v(x,O,!0)}else
... if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
... Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
... followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
... if(!(Ft(B)||U&&U.code))continue;var
... N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s):1===N.length?x.firstChild&&
... 3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
... 3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
... expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
... at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
... 300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
... parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
... more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
... addthis_sendto("more",t,n)}}:((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
... .parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
... M.indexOf("at300")||(x.className+="
... at300b"),S.singleservice=B,Jt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
... S.onclick=function(e){return
... function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
... ,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
... T=y.className=y.ce("a"),T.className="addthis_native_counter addthis_counter
... addthis_bubble_style",x.className+="
... addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
... service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
... conf,E.share)}}}}function
... b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
... o=n.data_ga_tracker,i=n.data_ga_property;if(i&&n("object"==typeof
... window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
... typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
... instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
... o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
... r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
... typeof o){if("more"===e||"settings"===e)return;var
```

```
s=t[r[a]]);r[_]&&c&c)o=e,u=null?o.inIndexOf("_")&&(u=o.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&
google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,Cn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),yn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,yn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"
count"),w(Cn,null,null,!1),w(yn,null,null,!1))}function C(){if(!gn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}}function y(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(156),n(815)(),n(
747),n(746);var
k,M,R,_=n(724),z=n(650),S=window.encodeURIComponent,B=n(18),D=n(89),U=n(823),O=n(782)
,I=n(99),N=n(5),T=n(833),Q=n(148),V=n(155),j=n(94),L=n(693),H=n(96),G=n(64),F=n(135),
P=n(149),Y=n(804),K=n(33),J=n(45),Z=n(780),W=n(781),q=n(48),X=n(727),$=n(20),ee=n(153
),te=n(810),ne=n(84),ae=n(808),oe=n(809),ie=n(154),re=n(86),se=n(85),ce=n(60),ue=n(47
),le=n(24),de=n(38),pe=n(165).truncationList,Ae=n(165).truncateURL,he=n(829),fe=n(830
),ge=n(56),me=n(166),ve=n(26),r=n(42),we=n(2),be=n(25),xe=n(110),Ce=n(39),ye=n(55),Ee
=n(17),ke=n(13),Me=n(44),Re=n(694),_=n(32),ze=n(832),Se=n(14),Be=n(19),De=n(3).
listen,Ue=n(3).unlisten,Oe=n(8).getDomain,Ie=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(52).PolyEvent,Ge=n(52).EventDispatcher,Fe=n
(109),Pe=n(799),Ye=n(78),Ke=n(141),Je=n(5),Ze=n(644),We=n(805),qe=n(685),Xe=n(151),$e
=n(27),et=n(163),tt=n(813),nt=n(6),at=n(37),ot=n(103),it=n(53),rt=n(787),st=n(46),ct=
n(54),ut=n(90),lt=n(129).processAdEvents,dt=n(129).processAllScripts,pt=n(98),At=n(
790),ht=n(82),ft=n(146),gt=n(147),mt=n(144),vt=n(102),wt=n(138),bt=n(800),xt=n(137),
Ct=n(91),yt=n(50),Et=n(131),kt=n(77),Mt=n(684),Rt=n(61),_t=n(59),zt=n(150),St=n(824),
Bt=n(132),Dt=n(802),Ut=n(7),Ot=n(798).source,It=n(736),Nt=n(649),Tt=n(739),Qt=n(21),
Vt=n(4),jt=n(67),Lt=n(121),Ht=n(22),Gt=n(62),Ft=n(639),Pt=n(41),Yt=n(756),Kt=n(92),Jt
=n(635),Zt=n(1);Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate).ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(145),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(139)(_ate);if(_ate.evl=he,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:Ce,strip:ye,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Oe,gUQS:Ie,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Ge},_ate.ed=new
Ge(_ate),_adr=Fe,_ate.plo=F(),_ate.lad=K,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Ke,!_atc.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Je,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rck:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:ge,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=At
```

41986

```
(st_ve.sealon),thr_ate),ke(_ate.act,{type:n!0!1,ref:{r_onacdomain:yt.ON_DOMAIN,
r_offdomain:yt.OFF_DOMAIN,r_direct:yt.DIRECT,r_search:yt.SEARCH},gub:xt,clr:Et,iss:Ct
,fst:kt}),ke(_ate.data,{storage:{all:ht.getAll,clear:ht.removeAll,add:ht.add,get:ht.
get,remove:ht.remove,exists:ht.exists,preRemove:ht.removeByPrefix},bloom:{filter:ft,
library:gt(ht,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHas,ict:Bt.isClickTrackingEnabled,hist:{log:Mt.
logURL,seenBefore:Mt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,t:ce,trim:ue,trl:pe,truncateURL:Ae,opp:de,ajs:le,jlo:q,ao:J,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,gette:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild)),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh"+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh"+o+'"
'+(e?'src="'+e+'"':"")+">',a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||{}).YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).
version&&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit)&&
128)|(e.$BTB&&256)|(e.meebo&&512)|(e.gigya&&1024)|(e.SHARETHIS&&2048)|(e._qevents&&
4096)|(e.twttr&&8192)|(e.postwidgetnamespace&&16384)|(e.a2a&&32768)|(e.SHRSB_Settings
&&65536)|(e._sf_async_config&&131072)|(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=Ot+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||A){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=A||{};if(t.ce=p.join(","),p=[],A=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1,_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"")+p=[],_ate.track.lpx({
```

41986

```
url?(e.close(e),c)}}function u(e,t){return e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e),f=[],g=function(){for(var
e;e=f.pop();)i(e)}i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1})))),c(!0)}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(_
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,qtf:
t,qtp:function(e){f.push(e)},ssc:h,stf:function(e){m=e},trk:i,xtp:g,conversion:u})})()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=e.data;else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l||n,t=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)e=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(160),d=(document,window),p=1,A=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],h=["phz"],f=A.length,g=h.
length,m=[],v={},w={};f--;)w[e(A[f])]=1;for(;g--;)v[e(h[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
```

41986...

```
t=0,r=a.length;r<t;r++)e[a[t]]=t}}}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()):function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis:t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){h[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t,n){if(h[e])try{return
h[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&(t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n}
)})}function d(e,t,n){var a=function(){};return
f[e]?(!f[e].require||f[e].require(e,t,n))&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}),a(t),!0):!1}var
p=n(12),A=e(),h={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(130),ocw:G,onw:n(21),caw:n(784),stw:n(79),siw:n(142),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Kt,svcurl:n(134),track:j,notify:i,links:A,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){h[e
]||(i("facebook_like",e),h[e]=1)}),FB.Event.subscribe("edge.remove",function(e){h[e]&
&(i("facebook_unlike",e),h[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1))}function s(e,t){var
n="fb-root",o=A.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else{if(!i&&(o||(o=A.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=A.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=A.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
```

41986...

```
a;a=e.el.o?a058662264?295="1723251627739519@jd",Fb.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
addEventListener(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c())}}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=A.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"."+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count"),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.
firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:
100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=l,e()){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+"></iframe>",a=t.firstChild):a=A.ce("iframe"),a.style.
overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
=t.ost=1}}var
p,A=document,h={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==A.domain.search(/\.addthis\.com$/
i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
t,a=e.el,o=n(42);return
t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
window.gapi&&window.gapi.plusone}function t(){if(e())return
void(gapi&&gapi.plusone&&"[object
Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
i){i=1;var n=new
_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e),n.
addEventListener("load",function(){t()}),n.load()}}function n(e){var
t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
._at_plusonecallback||function(e){var a={};for(var o in
t)a[o]=t[o],a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
plusone",0,a,n);
41987...
},window._at_pluscallback=window._at_pluscallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
a(e,n,a){if(!e.ost){var
o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
lang||("undefined"==typeof
i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||i.lang||_ate.ggl((n.conf||{}).ui_language||"en-US",i.href=n.share.url=i.href||
_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
("google_plusone_share",n.share,addthis_config),i.action="share"),_ate.share.goog.sub
(n),_ate.util.each(i,function(e,t){r.setAttribute(e,t)}),E(e,r,"
google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1,t()}}function
o(e,n){if(!e.ost){e.title="Follow on Google+";var
a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){
```

41987...

```
o=document.createElement("link"),o.setAttribute("href",a.href),o.setAttribute("rel","
publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size
||"smallbadge"===a.size){var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var r="32";"small"===a.size?(r="16":"large"===a.size&&(r="64");var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
onclick="window.open(\'+a.href+\'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+"<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+"px;height:"+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout=
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:\'\'\"":"")+'
style="width:'+r.width+";
height:"+r.height+';"></iframe>',E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
|i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
util.rtoKV(a.conf))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
.addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
.addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
pinterest_share={});var
n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
description,H("pinterest_share",e(i,r))})}else{var
u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
addthis_share={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
addthis_share.passthrough.pinterest_share={});var
```

Page 1179

41987...

```
t=x},_ate.addthis_share.passthrough:pinterest_share,return
t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
)}}})}(),function(){function e(e,i,r){if(!e.ost){var
s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
:"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var a,n,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e}}(),function(){_ate.share=_ate.share||{},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
n(){return
e()&&1===r?t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),A=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=A?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
h=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?h.text
:t.share.title)||"",t.related=s.related=s.related||h.related||"",t.hashtags=s.
hashtags=s.hashtags||h.hashtags||"",(s.via||h.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||h.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:""),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),A)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+u+"px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(s.share.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o))else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
```

```
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,a.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function t(e,t){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http"+_ate.ssl?"s":""+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:\'\'\":""}+' style="width:'+r+"px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_ate.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(t,
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}})},function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0;catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
===e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}}}),catchIntents()}}(),function(){function e(e){var
```

41987...

```
t=new Array;for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Gt.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||""),l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]||
(n[e]=e);return
n}(),c=[],l=0,A=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Gt.map[i]!==M||i.indexOf("
facebook_")>-1&&Gt.map.facebook!==M)&&l++,r===i&&(A=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(A=1));return
d=d.join(","),A||Gt.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,""),"").
split(","):[],u=I.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
h,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],C={},y=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,f=A[v[B]]||new
RegExp("(?:^|,)(("+v[B]+")(?:$|,)"),A[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(f,",").replace(",,",","));for(B=0;B<g.length;B++)h=g[B],w[h]||(f=A[h]||new
RegExp("(?:^|,)(("+h+")(?:$|,)"),A[h]=f,-1===b.search(f)&&m.unshift(h));for(B=0;B<s.
length&&E>B;B++)h=s[B],f=A[h]||new
RegExp("(?:^|,)(("+h+")(?:$|,)"),A[h]=f,addthis_options.search(f)>-1&&y++;for(B=0;B<s.
length&&!(x.length>=E);B++)h=s[B],C[h]||w[h]||!(Gt.map[h]!==M||h.indexOf("facebook_")
>-1)||(C[h]=1,f=A[h]||new
RegExp("(?:^|,)(("+h+")(?:$|,)"),A[h]=f,addthis_options.search(f)>-1?(x.push(h),
addthis_options=addthis_options.replace(f,",").replace(",,",","),k++):x.push(h));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11;addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
O=D[B++];if(z[O]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}}else
w[O]||(addthis_options+=","+O,z[O]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)}-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,A={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
```

```
_ate.share.services.init=s}),function(){function e(e){var e=this,n=e||{};if(e
instanceof Array){var n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={},_ate.data.Set=e()
,function(){function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!e.url)return!1;var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r){for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void
i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),A=e.pubid||_ate.pub(),m=!1,w=0;A&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+A+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,h(n,{pubid:A,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})})),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:A,domain:p},function(e,
n){return e?t():(l.push(n),void t())})})})}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function h(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
```

41987...

```
Error("No read
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,A(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,A(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds=[setTestCell.d,
getTestCell:p,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo)try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0),_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
provider_uid)),ln.logout&&(un.logout=1),ln.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
_ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
("+ln.onready+") not
defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
addthis_conf||{}).ver>=152&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
addthis_clickout&&_ate.lad(["cout"]))}catch(en){N.error("main",en)}if(_adr.bindReady()
,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
adding json2"),n(691),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
_ate.util.rfromKV(e)}}function n(e){var
n;if(!o||".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
=e.origin,a(n)}}function
a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
addthis.com")&&(o=!0),Xt.attachEvent?(Xt.attachEvent("onmessage",n,!1),$t.attachEvent
("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
payload:a}),"*")},0)}}})}(),tn.addEventListener("addthis.emailShare.close",function()
{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
o=e[a],i=t[a];return"string"!=typeof
o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
,n?o-o:o-i)}function i(){for(var
```

41987

```
e={},r=[],r.t=r.length;t=t[r[t[c]].name]=r[t]|e[r[c]]|r[c],return e}var
r=t||[],s=0===r.length?{}:i(r),c=r;return
r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){e||(e="name");for(
var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
t},c.map=c.toMap,c.toMap=c.toMap;return
c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
n},c.filter=function(t){for(var
n=[],a=0;a<r.length;a++)_ate.util.each(n,function(e,t){r[a][e]===t&&n.push(r[a])});
return
e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
code must consist entirely of letters, numbers and
underscores.");return!0}tn.logShare=function(t,n,a,o){var
i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
t=t||a&a.url||addthis_share.url,s=_ate.track.bu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
url=t,_ate.share.track(n,0,r,i))},tn.addClickTag=function(t,a,o,i){var
t=t||o&&o.url||addthis_share.url,r=n(23);return
e(a)&&(t=_ate.track.cur(r(t),a)),t}},window.addthis||(window.addthis={}),tn.user=
function(){function e(e,t){return
ve("getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||t)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(tn,e[a])),tn),
```

41988

```
e},[["uid",""],["geo",""],["_ssh",[]]]]))}function o(){_=1,n({rdy:1})}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function r(e){return
z.interests.iskey(e)}function s(e){return z.tags.iskey(e)}function c(e){return
z.tags.hasKeys(e)}function i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations){if(b())return void
e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
.HIGH})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.
services=o,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source
=m(),S.location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("
addthis.user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.
addthis_translations?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("
addthis.i18n.ready",function(){u(e)}),_ate.alg())}function l(e){u(e)}function
d(){return _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function A(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
h(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){h("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
h("gts"),z.services}function m(){return h("gtt"),_ate.track.ts.get()}function
v(){return h("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=n.substring(0,4),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}return t}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function C(e){var
```

```
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Gt.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function y(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())};var
S={ready:u,isReturning:d,isOptedOut:A("ioo",b),isUserOf:A("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w};return
tn.session={isSocial:A("isl",C),isSearch:A("ish",y)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call(e),M}}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api);var
dn,pn,An,hn,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,Cn=[],yn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest.share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),hn=1}),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][12]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis.cache={},bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
RegExp("&"+t+"="=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})}},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),A=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(656),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(655)})
,_atc._ld_barcss=1),!l.fixed)))){var
h=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
```

```
41988... appendChild(r),p.appendChild(e),l.appendChild(n))," backCompat"===document.compatMode&&
_ate.bro.msi&&!1&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large"))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(A)),A.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),C(),_ate.share.sub(),e&&"function"===typeof
e&&e()))},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),y(),_atc.xol?(C(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn))window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Jt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(792)},function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"el",en:1,eo:1,es:1,esl:"es",spa:"es",et:1,est:"
et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",ga
:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hi",hr:1,ht:1,hy:1,
cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",my:1,bur:"my",mya:"my",nb:1,
nl:1,nla:"nl",dut:"nl",no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1
,por:"pt",ro:1,ron:"ro",rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",
sq:1,alb:"sq",sr:1,se:1,si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",
te:1,teg:"te",th:1,tha:"th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk"
,ur:1,urd:"ur",vi:1,vec:1,vie:"vi",zh-cn":1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-
hk","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho:"zh","zh-tr":"zh","
chi-tr":"zh","zho-tr":"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=r((e||i()).toLowerCase());if(-1===c.indexOf(","+n+",")&&0!==n.indexOf("en")&&(!_ate
.pll||!t)){c+=n+",";var a={lang:n};u.go(a),s=!0}}function o(){return s}var
i=n(20),r=n(154),s=!1,c=",",u=n(719);e.exports={get:a,wasRequestMade:o}},function(e,t
,n){var a=n(20),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e():t(e).setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){var n,a=i("sms",e,t,!1,!0);return
n=o("iph")||o("ipa")?"sms:&body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a):"sms:?body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("bb10")||o("dro"
)?window.location=a(e,t):(e.service="email",r(e,t))},e.exports.getSMSURL=a},function(
e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(103).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
```

```
t=document.getElementsByTagName("script"),n=t.length;n--;)0<n--||t=t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(77);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=e(o)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return facebook"==="?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"==="?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null)}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(753),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]}},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(13),r=n(136),s=n(9),c=n(6).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(6).makeCUID,i=n(24),r=n(19);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(66);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(822),o=n(816),i=n(7),r=n(36),s=n(51),c=n(817),u=n(88),l=n(818),d=n(158),p=n(157),
A=n(87),h=n(16),f=n(23),g=n(130),m=n(12),v=n(142),w=n(79),b=n(45),x=n(1),C=n(21),y=n(
35),k=n(91),k=n(19),M=n(47),R=n(95),_=window,z=document;e.exports=function(e,t){var
n=_.addthis_config?k(_.addthis_config):{},S=_.addthis_share?k(_.addthis_share):{};
switch(t=t||{},n.product=t.product,S.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=E(),S.service=e,S.media=void
0!==t.media?t.media:S.media,S.url=void 0!==t.url?t.url:S.url,S.title=void
0!==t.title?t.title:S.title,S.description=void
0!==t.description?t.description:S.description,S.passthrough=void
0!==t.passthrough?t.passthrough:S.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",b(z.body,"more","","",n,S);break;case"mailto":_.location
.href=h(S,n,1);break;case"email":S.email_template=t.email_template||S.email_template,
S.email_vars=t.email_vars||S.email_vars,s(S,n);break;case"pinterest":case"
pinterest_share":a(S,n),addthis.menu.close();break;case"thefancy":r(e,S,n),o(),
addthis.menu.close();break;case"favorites":var
B=S.url,D=S.title,U=x("win")?"Control":"Command",O=S.share_url_transforms||S.
url_transforms,I="Press <"+U+">+D to bookmark in
";D=M(D),B=f(B),B=y(B,O,S,e),B=m(e,S,n,B,1),x("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):x("saf")||x("chr")?alert(I+(x("chr")?"Chrome":"Safari")):x("opr")?alert(I+"
Opera"):x("msedge")?alert(I+"Edge"):x("ffx")&&!_.sidebar.addPanel?alert(I+"Firefox"):
z.all?_.external.AddFavorite(B,D):_.sidebar.addPanel(D,B,"");break;case"print":r(e,S,
n),l();break;case"link":c(S,n);break;case"viber":u(S,n);break;case"slack":d(S,n);
break;case"skype":p(S,n);break;case"sms":A(S,n);break;default:"twitter"===e&&(S.title
=window.encodeURIComponent(S.title)),g(e)?w(e,S,n):_ate.share.inBm()||t.
defaultShareToNewTab?C(i(e,0,S,n),"_blank"):v(e,S,n)}R(S.service)||addthis.ed.fire("
addthis.menu.share",addthis,S),_ate.gat(e,S.url,n,S)}},function(e,t,n){"use
strict";var a=n(173),o=n(1);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||"",o=/^\s*$/;if(!a)if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
```

```
t=e.substr(0,7),7==t?e=1:getElementById(led.substr(1)):..t=a&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e])=e=[],e}function
r(e,t){if(e=(e||{}).parentNode.!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"")for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)):l.querySelectorAll?function(e,t,n){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c+=1)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getElementByText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
getPopServices=d;var p=function(){return
d().split(",")}};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(105),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index)),o[e]=e)},empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(151),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=n(136),n(4);e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=e.split("")),e.indexOf(",")>-1&&(e=(e=e.split(","))[1]),e=s.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+"  continent: ";return
t+=e.continent()+"  country: "+e.country()+"  DMA: ",t+=e.dma()+"  latitude:
"+e.latitude()+"  longitude: ",t+=e.longitude()+"  MSA: "+e.msa()+"  province:
",t+=e.province()+"  throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(2);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)},t)}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(74);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
```

41988...

```
Arguments]-s.object.prototype,c=s.toString,e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices
||[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
r=n(1),s=n(13),c=n(14),u=n(5),l=n(3),d=n(114),p=n(726),A=n(12),h=n(728),f=n(723),g=n(
730),m=n(16),v=n(18),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)})},open:function(e,t,n,a,o){var
c,u;h(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=A("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis,c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null}},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(1),i=n(2),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
```

41988

```
n,a={},r={},i=r.exports=n;n[a[e[n]]-1]for(n=0;n<a.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=A(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(715),s=n(40),c=a(s),u=n(716),l=a(u),d=n(634),p=a(d),A=n(637).getIconCode,h=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};h.id="service-icons-"+g++,f.appendChild(h)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(81),i=n(50),r=n(116),s=a(r),c=n(721),u=a(c),l=n(720),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",u[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",",!0)}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(4),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(647),ExpandedMenuControllerView:n(651)};n(838)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_TARGET_HANDSHAKE_KEY:"
CROSS_WINDOW_TARGET_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e
instanceof t))throw new TypeError("Cannot call a class as a function")}function
i(e){for(var t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(139),s=a(r),c=n(24),u=a(c),l=n(14),d=a(l),p=n(27),A=a(p),h=n(40),f=a(h),g=n(164),
m=a(g),v=n(2),w=a(v),b=n(831),x=a(b),C=0,y=1,E=2,k=3,M=0,R=1,_=2,z=3,S=function(){
function e(t){o(this,e),"function"==typeof
t?this._urlCallback=t:this._url=t,this._force=!1,this._multi={},this._lastKey=null,
this._type=R,this._params=[],this._paramNames={},this._paramValues={},this.
_requestCount=0,this._responseCount=0,this._loadCallbacks=[],this._errorCallbacks=[],
this._dataErrorCallbacks=[]}return e.prototype.jsonp=function(){var
e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(A["default"](this._url),Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:k,key:e,value:a}),this._type=M,this},e.prototype.pixel=function(
```

41988

```
){return this._type=R,this},e.prototype.beacon=function(){return
this._type=_,this},e.prototype.cors=function(e){return
this._type=z,"POST"===e.toUpperCase()?this._method="POST":this._method="GET",this},e.
prototype.go=function(e){this._paramValues=e;var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:C,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({
```

41989

```
type:y,key:e,test:t}),this},e.prototype.always=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:E,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:k,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
k:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
C:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case E:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:"")))}}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
getUrl=function(e){var t=void 0;return"function"==typeof
this._urlCallback?(t=this._urlCallback(e,this._paramValues),this._url=t):t=this._url+
"?"+e,t},e.prototype._request=function(e){var t=this.getUrl(e),n=void
0;if(f["default"](this._type===R||this._type===M||this._type===_||this._type===z,"%s:
unrecognized type %s, aborting",this._url,this._type),this._type===R)n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this);else
if(this._type===M)n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this);else if(this._type===_)m["default"](t,"{}");else
if(this._type===z){var
a={url:t,method:this._method,onSuccess:d["default"](function(e){i(this._loadCallbacks
,[e])},this),onFailure:d["default"](function(){i(this._errorCallbacks)},this)};x["
default"](a)}this._requestCount++},e(),t["default"]=S,e.exports=t["default"]},
function(e,t,n){var
```

41989...

```
a={},o={},i=delicious=function(e){e(n(689))},o.delicious=function(e){n.e(208,function
()){e(n(433))}}},a.digg=function(e){e(n(660))},o.digg=function(){e
(n(436))}}},a.facebook=function(e){e(n(662))},o.facebook=function(e){n.e(189,function
(){e(n(452))}}},a.google=function(e){e(n(664))},o.google=function(e){n.e(171,function
(){e(n(470))}}},a.linkedin=function(e){e(n(665))},o.linkedin=function(e){n.e(141,
function(){e(n(500))}}},a.reddit=function(e){e(n(670))},o.reddit=function(e){n.e(93,
function(){e(n(548))}}},a.stumbleupon=function(e){e(n(672))},o.stumbleupon=function(e
){n.e(64,function(){e(n(577))}}},a.tumblr=function(e){e(n(673))},o.tumblr=function(e)
{n.e(47,function(){e(n(594))}}},a.twitter=function(e){e(n(674))},o.twitter=function(e
){n.e(45,function(){e(n(596))}}},a.myspace=function(e){e(n(667))},o.myspace=function(
e){n.e(123,function(){e(n(518))}}},a.blogger=function(e){e(n(658))},o.blogger=
function(e){n.e(225,function(){e(n(416))}}},a.print=function(e){e(n(669))},o.print=
function(e){n.e(101,function(){e(n(540))}}},a.favorites=function(e){e(n(663))},o.
favorites=function(e){n.e(184,function(){e(n(457))}}},a.email=function(e){e(n(661))},
o.email=function(e){n.e(194,function(){e(n(447))}}},a.wykop=function(e){e(n(677))},o.
wykop=function(e){n.e(24,function(){e(n(617))}}},a.mailto=function(e){e(n(666))},o.
mailto=function(e){n.e(138,function(){e(n(503))}}},a.sinaweibo=function(e){e(n(671))}
,o.sinaweibo=function(e){n.e(84,function(){e(n(557))}}},a.vk=function(e){e(n(675))},o
.vk=function(e){n.e(34,function(){e(n(607))}}},a.pinterest_share=function(e){e(n(668)
)}},o.pinterest_share=function(e){n.e(105,function(){e(n(536))}}},a.whatsapp=function(
e){e(n(676))}},o.whatsapp=function(e){n.e(27,function(){e(n(614))}}},a.addthis=
function(e){e(n(657))},o.addthis=function(e){n.e(244,function(){e(n(397))}}},a.aim=
function(e){n.e(459,function(){e(n(182))}}},o.aim=function(e){n.e(240,function(){e(n(
401))}}},a.amazonwishlist=function(e){n.e(458,function(){e(n(183))}}},o.
amazonwishlist=function(e){n.e(239,function(){e(n(402))}}},a.bitly=function(e){n.e(
447,function(){e(n(194))}}},o.bitly=function(e){n.e(228,function(){e(n(413))}}},a.
blogmarks=function(e){n.e(443,function(){e(n(198))}}},o.blogmarks=function(e){n.e(223
,function(){e(n(418))}}},a.diigo=function(e){n.e(425,function(){e(n(216))}}},o.diigo=
function(e){n.e(203,function(){e(n(438))}}},a.faves=function(e){n.e(409,function(){e(
n(232))}}},o.faves=function(e){n.e(185,function(){e(n(456))}}},a.hatena=function(e){n
.e(391,function(){e(n(250))}}},o.hatena=function(e){n.e(165,function(){e(n(476))}}},a
.meneame=function(e){n.e(358,function(){e(n(283))}}},o.meneame=function(e){n.e(130,
function(){e(n(511))}}},a.netvibes=function(e){n.e(348,function(){e(n(293))}}},o.
netvibes=function(e){n.e(119,function(){e(n(522))}}},a.netvouz=function(e){n.e(347,
function(){e(n(294))}}},o.netvouz=function(e){n.e(118,function(){e(n(523))}}},a.
newsvine=function(e){n.e(345,function(){e(n(296))}}},o.newsvine=function(e){n.e(116,
function(){e(n(525))}}},a.nujij=function(e){n.e(344,function(){e(n(297))}}},o.nujij=
function(e){n.e(115,function(){e(n(526))}}},a.thisnext=function(e){n.e(284,function()
{e(n(357))}}},o.thisnext=function(e){n.e(50,function(){e(n(591))}}},a.livejournal=
function(e){n.e(366,function(){e(n(275))}}},o.livejournal=function(e){n.e(139,
function(){e(n(502))}}},a.gmail=function(e){n.e(398,function(){e(n(243))}}},o.gmail=
function(e){n.e(173,function(){e(n(468))}}},a.hotmail=function(e){n.e(387,function(){
e(n(254))}}},o.hotmail=function(e){n.e(161,function(){e(n(480))}}},a.yahoomail=
function(e){n.e(261,function(){e(n(380))}}},o.yahoomail=function(e){n.e(22,function()
{e(n(619))}}},a.aolmail=function(e){n.e(456,function(){e(n(185))}}},o.aolmail=
function(e){n.e(237,function(){e(n(404))}}},a.googletranslate=function(e){n.e(394,
function(){e(n(247))}}},o.googletranslate=function(e){n.e(168,function(){e(n(473))}}}
,a.wordpress=function(e){n.e(263,function(){e(n(378))}}},o.wordpress=function(e){n.e(
25,function(){e(n(616))}}},a.typepad=function(e){n.e(280,function(){e(n(361))}}},o.
typepad=function(e){n.e(44,function(){e(n(597))}}},a.yammer=function(e){n.e(260,
function(){e(n(381))}}},o.yammer=function(e){n.e(21,function(){e(n(620))}}},a.
oknotizie=function(e){n.e(341,function(){e(n(300))}}},o.oknotizie=function(e){n.e(112
,function(){e(n(529))}}},a.oyyla=function(e){n.e(339,function(){e(n(302))}}},o.oyyla=
function(e){n.e(110,function(){e(n(531))}}},a.favoritus=function(e){n.e(408,function(
){e(n(233))}}},o.favoritus=function(e){n.e(183,function(){e(n(458))}}},a.startaid=
function(e){n.e(302,function(){e(n(339))}}},o.startaid=function(e){n.e(69,function(){
e(n(572))}}},a.svejo=function(e){n.e(293,function(){e(n(348))}}},o.svejo=function(e){
n.e(59,function(){e(n(582))}}},a.symbaloo=function(e){n.e(292,function(){e(n(349))}}}
,o.symbaloo=function(e){n.e(58,function(){e(n(583))}}},a.yoolink=function(e){n.e(257,
function(){e(n(384))}}},o.yoolink=function(e){n.e(18,function(){e(n(623))}}},a.youmob
=function(e){n.e(255,function(){e(n(386))}}},o.youmob=function(e){n.e(16,function(){e
(n(625))}}},a.n4g=function(e){n.e(350,function(){e(n(291))}}},o.n4g=function(e){n.e(
121,function(){e(n(520))}}},a.folkd=function(e){n.e(404,function(){e(n(237))}}},o.
folkd=function(e){n.e(179,function(){e(n(462))}}},a.evernote=function(e){n.e(415,
function(){e(n(226))}}},o.evernote=function(e){n.e(192,function(){e(n(449))}}},a.
stumpedia=function(e){n.e(297,function(){e(n(344))}}},o.stumpedia=function(e){n.e(63,
function(){e(n(578))}}},a.studivz=function(e){n.e(299,function(){e(n(342))}}},o.
studivz=function(e){n.e(66,function(){e(n(575))}}},a.pusha=function(e){n.e(330,
```

41989…

```
function(){return(311)}})),o.pushsafer=function(e){n.e(99,function(){e(n(574)})})}),a.kledy=
function(e){n.e(372,function(){e(n(269))})}),o.kledy=function(e){n.e(146,function(){e(
n(495))})}),a.plurk=function(e){n.e(334,function(){e(n(307))})}),o.plurk=function(e){n.
e(104,function(){e(n(537))})}),a.citeulike=function(e){n.e(434,function(){e(n(207))})}
,o.citeulike=function(e){n.e(214,function(){e(n(427))})}),a.care2=function(e){n.e(435,
function(){e(n(206))})}),o.care2=function(e){n.e(215,function(){e(n(426))})}),a.baidu=
function(e){n.e(453,function(){e(n(188))})}),o.baidu=function(e){n.e(234,function(){e(
n(407))})}),a.printfriendly=function(e){n.e(331,function(){e(n(310))})}),o.
printfriendly=function(e){n.e(100,function(){e(n(541))})}),a.arto=function(e){n.e(454,
function(){e(n(187))})}),o.arto=function(e){n.e(235,function(){e(n(406))})}),a.sodahead
=function(e){n.e(308,function(){e(n(541))})}),o.sodahead=function(e){n.e(75,function()
{e(n(566))})}),a.viadeo=function(e){n.e(276,function(){e(n(365))})}),o.viadeo=function(
e){n.e(40,function(){e(n(601))})}),a.amenme=function(e){n.e(457,function(){e(n(184))})
},o.amenme=function(e){n.e(238,function(){e(n(403))})}),a.virb=function(e){n.e(272,
function(){e(n(369))})}),o.virb=function(e){n.e(36,function(){e(n(605))})}),a.bizsugar=
function(e){n.e(446,function(){e(n(195))})}),o.bizsugar=function(e){n.e(227,function()
{e(n(414))})}),a.bobrdobr=function(e){n.e(442,function(){e(n(199))})}),o.bobrdobr=
function(e){n.e(222,function(){e(n(419))})}),a.smiru=function(e){n.e(311,function(){e(
n(330))})}),o.smiru=function(e){n.e(78,function(){e(n(563))})}),a.stuffpit=function(e){
n.e(298,function(){e(n(343))})}),o.stuffpit=function(e){n.e(65,function(){e(n(576))})}
,a.fabulously40=function(e){n.e(413,function(){e(n(228))})}),o.fabulously40=function(e
){n.e(190,function(){e(n(451))})}),a.yorumcuyum=function(e){n.e(256,function(){e(n(385
))})}),o.yorumcuyum=function(e){n.e(17,function(){e(n(624))})}),a.hackernews=function(e
){n.e(392,function(){e(n(249))})}),o.hackernews=function(e){n.e(16,function(){e(n(475
))})}),a.bonzobox=function(e){n.e(441,function(){e(n(200))})}),o.bonzobox=function(e){n
.e(221,function(){e(n(420))})}),a.meinvz=function(e){n.e(362,function(){e(n(279))})}),o
.meinvz=function(e){n.e(134,function(){e(n(507))})}),a.visitezmonsite=function(e){n.e(
271,function(){e(n(370))})}),o.visitezmonsite=function(e){n.e(35,function(){e(n(606))}
)}),a.memori=function(e){n.e(360,function(){e(n(281))})}),o.memori=function(e){n.e(132,
function(){e(n(509))})}),a.diggita=function(e){n.e(426,function(){e(n(215))})}),o.
diggita=function(e){n.e(204,function(){e(n(437))})}),a.linkuj=function(e){n.e(367,
function(){e(n(274))})}),o.linkuj=function(e){n.e(140,function(){e(n(501))})}),a.tuenti
=function(e){n.e(282,function(){e(n(359))})}),o.tuenti=function(e){n.e(48,function(){e
(n(593))})}),a.informazione=function(e){n.e(384,function(){e(n(257))})}),o.informazione
=function(e){n.e(158,function(){e(n(483))})}),a.startlap=function(e){n.e(301,function(
){e(n(340))})}),o.startlap=function(e){n.e(68,function(){e(n(573))})}),a.moemesto=
function(e){n.e(354,function(){e(n(287))})}),o.moemesto=function(e){n.e(126,function()
{e(n(515))})}),a["100zakladok"]=function(e){n.e(466,function(){e(n(175))})}),o["
100zakladok"]=function(e){n.e(248,function(){e(n(393))})}),a.domaintoolswhois=function
(e){n.e(423,function(){e(n(218))})}),o.domaintoolswhois=function(e){n.e(201,function()
{e(n(440))})}),a.quantcast=function(e){n.e(328,function(){e(n(313))})}),o.quantcast=
function(e){n.e(97,function(){e(n(544))})}),a.w3validator=function(e){n.e(267,function
(){e(n(374))})}),o.w3validator=function(e){n.e(30,function(){e(n(611))})}),a.hedgehogs=
function(e){n.e(390,function(){e(n(251))})}),o.hedgehogs=function(e){n.e(164,function(
){e(n(477))})}),a.cosmiq=function(e){n.e(430,function(){e(n(211))})}),o.cosmiq=function
(e){n.e(210,function(){e(n(431))})}),a.instapaper=function(e){n.e(382,function(){e(n(
259))})}),o.instapaper=function(e){n.e(156,function(){e(n(485))})}),a.ziczac=function(e
){n.e(250,function(){e(n(391))})}),o.ziczac=function(e){n.e(11,function(){e(n(630))})}
,a.adifni=function(e){n.e(461,function(){e(n(180))})}),o.adifni=function(e){n.e(242,
function(){e(n(399))})}),a.favable=function(e){n.e(410,function(){e(n(231))})}),o.
favable=function(e){n.e(186,function(){e(n(455))})}),a.camyoo=function(e){n.e(436,
function(){e(n(205))})}),o.camyoo=function(e){n.e(216,function(){e(n(425))})}),a.box=
function(e){n.e(438,function(){e(n(203))})}),o.box=function(e){n.e(218,function(){e(n(
423))})}),a.bookmarkycz=function(e){n.e(440,function(){e(n(201))})}),o.bookmarkycz=
function(e){n.e(220,function(){e(n(421))})}),a.etsy=function(e){n.e(416,function(){e(n
(225))})}),o.etsy=function(e){n.e(193,function(){e(n(448))})}),a.bookmerkende=function(
e){n.e(439,function(){e(n(202))})}),o.bookmerkende=function(e){n.e(219,function(){e(n(
422))})}),a.posteezy=function(e){n.e(332,function(){e(n(309))})}),o.posteezy=function(e
){n.e(102,function(){e(n(539))})}),a.zakladoknet=function(e){n.e(251,function(){e(n(
390))})}),o.zakladoknet=function(e){n.e(12,function(){e(n(629))})}),a.douban=function(e
){n.e(422,function(){e(n(219))})}),o.douban=function(e){n.e(200,function(){e(n(441))})
},a.pdfmyurl=function(e){n.e(337,function(){e(n(304))})}),o.pdfmyurl=function(e){n.e(
108,function(){e(n(533))})}),a.rediff=function(e){n.e(324,function(){e(n(317))})}),o.
rediff=function(e){n.e(92,function(){e(n(549))})}),a.markme=function(e){n.e(364,
function(){e(n(277))})}),o.markme=function(e){n.e(136,function(){e(n(505))})}),a.
naszaklasa=function(e){n.e(349,function(){e(n(292))})}),o.naszaklasa=function(e){n.e(
120,function(){e(n(521))})}),a.vybralisme=function(e){n.e(268,function(){e(n(373))})},
o.vybralisme=function(e){n.e(31,function(){e(n(610))})}),a.mymailru=function(e){n.e(
```

```
352,function(){e(n(287))}},o.mymania=function(e){n.e(124,function(){e(n(517))})}},a.
qzone=function(e){n.e(326,function(){e(n(315))})}},o.qzone=function(e){n.e(95,function
(){e(n(546))})}},a.xing=function(e){n.e(262,function(){e(n(379))})}},o.xing=function(e)
{n.e(23,function(){e(n(618))})}},a.fashiolista=function(e){n.e(411,function(){e(n(230)
)})}},o.fashiolista=function(e){n.e(187,function(){e(n(454))})}},a.newsmeback=function(
e){n.e(346,function(){e(n(295))})}},o.newsmeback=function(e){n.e(117,function(){e(n(
524))})}},a.iorbix=function(e){n.e(380,function(){e(n(261))})}},o.iorbix=function(e){n.
e(154,function(){e(n(487))})}},a.urlaubswerkde=function(e){n.e(277,function(){e(n(364)
)})}},o.urlaubswerkde=function(e){n.e(41,function(){e(n(600))})}},a.mrcnetworkit=
function(e){n.e(353,function(){e(n(288))})}},o.mrcnetworkit=function(e){n.e(125,
function(){e(n(516))})}},a.pafnetde=function(e){n.e(338,function(){e(n(303))})}},o.
pafnetde=function(e){n.e(109,function(){e(n(532))})}},a.spinsnap=function(e){n.e(306,
function(){e(n(335))})}},o.spinsnap=function(e){n.e(73,function(){e(n(568))})}},a.
technerd=function(e){n.e(290,function(){e(n(351))})}},o.technerd=function(e){n.e(56,
function(){e(n(585))})}},a.thefreedictionary=function(e){n.e(285,function(){e(n(356))}
)}},o.thefreedictionary=function(e){n.e(51,function(){e(n(590))})}},a.yuuby=function(e)
{n.e(252,function(){e(n(389))})}},o.yuuby=function(e){n.e(13,function(){e(n(628))})}},a
.efactor=function(e){n.e(418,function(){e(n(223))})}},o.efactor=function(e){n.e(196,
function(){e(n(445))})}},a.adfty=function(e){n.e(462,function(){e(n(179))})}},o.adfty=
function(e){n.e(243,function(){e(n(398))})}},a.draugiem=function(e){n.e(421,function()
{e(n(220))})}},o.draugiem=function(e){n.e(199,function(){e(n(442))})}},a.historious=
function(e){n.e(389,function(){e(n(252))})}},o.historious=function(e){n.e(163,function
(){e(n(478))})}},a.indexor=function(e){n.e(385,function(){e(n(256))})}},o.indexor=
function(e){n.e(159,function(){e(n(482))})}},a.voxopolis=function(e){n.e(269,function(
){e(n(372))})}},o.voxopolis=function(e){n.e(32,function(){e(n(609))})}},a.memonic=
function(e){n.e(361,function(){e(n(280))})}},o.memonic=function(e){n.e(133,function(){
e(n(508))})}},a.addressbar=function(e){n.e(463,function(){e(n(178))})}},o.addressbar=
function(e){n.e(245,function(){e(n(396))})}},a.kaixin=function(e){n.e(377,function(){e
(n(264))})}},o.kaixin=function(e){n.e(151,function(){e(n(490))})}},a.odnoklassniki_ru=
function(e){n.e(342,function(){e(n(299))})}},a.odnoklassniki_ru=function(e){n.e(113,
function(){e(n(528))})}},a.zingme=function(e){n.e(249,function(){e(n(392))})}},o.zingme
=function(e){n.e(10,function(){e(n(631))})}},a.jappy=function(e){n.e(379,function(){e(
n(262))})}},o.jappy=function(e){n.e(153,function(){e(n(488))})}},a.vkrugudruzei=
function(e){n.e(270,function(){e(n(371))})}},o.vkrugudruzei=function(e){n.e(33,
function(){e(n(608))})}},a.stylishhome=function(e){n.e(296,function(){e(n(345))})}},o.
stylishhome=function(e){n.e(62,function(){e(n(579))})}},a.kindleit=function(e){n.e(373
,function(){e(n(268))})}},o.kindleit=function(e){n.e(147,function(){e(n(494))})}},a.
scoopit=function(e){n.e(318,function(){e(n(323))})}},o.scoopit=function(e){n.e(86,
function(){e(n(555))})}},a.govn=function(e){n.e(393,function(){e(n(248))})}},o.govn=
function(e){n.e(167,function(){e(n(474))})}},a.skyrock=function(e){n.e(315,function(){
e(n(326))})}},o.skyrock=function(e){n.e(82,function(){e(n(559))})}},a.ketnooi=function(
e){n.e(375,function(){e(n(266))})}},o.ketnooi=function(e){n.e(149,function(){e(n(492))
})}},a.taringa=function(e){n.e(291,function(){e(n(350))})}},o.taringa=function(e){n.e(
57,function(){e(n(584))})}},a.researchgate=function(e){n.e(322,function(){e(n(319))})}}
,o.researchgate=function(e){n.e(90,function(){e(n(551))})}},a.blogkeen=function(e){n.e
(444,function(){e(n(197))})}},o.blogkeen=function(e){n.e(224,function(){e(n(417))})}},a
.mendeley=function(e){n.e(359,function(){e(n(282))})}},o.mendeley=function(e){n.e(131,
function(){e(n(510))})}},a.qrsrc=function(e){n.e(329,function(){e(n(312))})}},o.qrsrc=
function(e){n.e(98,function(){e(n(543))})}},a.bland=function(e){n.e(445,function(){e(n
(196))})}},o.bland=function(e){n.e(226,function(){e(n(415))})}},a.sharer=function(e){n.
e(317,function(){e(n(324))})}},o.sharer=function(e){n.e(85,function(){e(n(556))})}},a.
safelinking=function(e){n.e(319,function(){e(n(322))})}},o.safelinking=function(e){n.e
(87,function(){e(n(554))})}},a.cleanprint=function(e){n.e(433,function(){e(n(208))})}},
o.cleanprint=function(e){n.e(213,function(){e(n(428))})}},a.disqus=function(e){n.e(424
,function(){e(n(217))})}},o.disqus=function(e){n.e(202,function(){e(n(439))})}},a.
surfingbird=function(e){n.e(294,function(){e(n(347))})}},o.surfingbird=function(e){n.e
(60,function(){e(n(581))})}},a.lidar=function(e){n.e(370,function(){e(n(271))})}},o.
lidar=function(e){n.e(144,function(){e(n(497))})}},a.buffer=function(e){n.e(437,
function(){e(n(204))})}},o.buffer=function(e){n.e(217,function(){e(n(424))})}},a.
beat100=function(e){n.e(450,function(){e(n(191))})}},o.beat100=function(e){n.e(231,
function(){e(n(410))})}},a.cssbased=function(e){n.e(429,function(){e(n(212))})}},o.
cssbased=function(e){n.e(209,function(){e(n(432))})}},a.yookos=function(e){n.e(258,
function(){e(n(383))})}},o.yookos=function(e){n.e(19,function(){e(n(622))})}},a.supbro=
function(e){n.e(295,function(){e(n(346))})}},o.supbro=function(e){n.e(61,function(){e(
n(580))})}},a.google_plusone_share=function(e){n.e(395,function(){e(n(246))})}},o.
google_plusone_share=function(e){n.e(169,function(){e(n(472))})}},a.apsense=function(e
){n.e(455,function(){e(n(186))})}},o.apsense=function(e){n.e(236,function(){e(n(405))}
)}},a.cleansave=function(e){n.e(432,function(){e(n(209))})}},o.cleansave=function(e){n.
```

41989…

```
e(212,function(){return 459}))}},a.openthedoor=function(e){n.e(540,function(){e(n(301))}
)}},o.openthedoor=function(e){n.e(111,function(){e(n(530))})}},a.advqr=function(e){n.e(
460,function(){e(n(181))})}},o.advqr=function(e){n.e(241,function(){e(n(400))})}},a.
pocket=function(e){n.e(333,function(){e(n(308))})}},o.pocket=function(e){n.e(103,
function(){e(n(538))})}},a.margarin=function(e){n.e(365,function(){e(n(276))})}},o.
margarin=function(e){n.e(137,function(){e(n(504))})}},a.gg=function(e){n.e(401,
function(){e(n(240))})}},o.gg=function(e){n.e(176,function(){e(n(465))})}},a.foodlve=
function(e){n.e(403,function(){e(n(238))})}},o.foodlve=function(e){n.e(178,function(){
e(n(463))})}},a.thefancy=function(e){n.e(286,function(){e(n(355))})}},o.thefancy=
function(e){n.e(52,function(){e(n(589))})}},a.mixi=function(e){n.e(355,function(){e(n(
286))})}},o.mixi=function(e){n.e(127,function(){e(n(514))})}},a.wishmindr=function(e){n
.e(264,function(){e(n(377))})}},o.wishmindr=function(e){n.e(26,function(){e(n(615))})}}
,a.financialjuice=function(e){n.e(407,function(){e(n(234))})}},o.financialjuice=
function(e){n.e(182,function(){e(n(459))})}},a.myvidster=function(e){n.e(351,function(
){e(n(290))})}},o.myvidster=function(e){n.e(122,function(){e(n(519))})}},a.exchangle=
function(e){n.e(414,function(){e(n(227))})}},o.exchangle=function(e){n.e(191,function(
){e(n(450))})}},a.wanelo=function(e){n.e(266,function(){e(n(375))})}},o.wanelo=function
(e){n.e(29,function(){e(n(612))})}},a.hootsuite=function(e){n.e(388,function(){e(n(253
)})}},o.hootsuite=function(e){n.e(162,function(){e(n(479))})}},a.internetarchive=
function(e){n.e(381,function(){e(n(260))})}},o.internetarchive=function(e){n.e(155,
function(){e(n(486))})}},a.behance=function(e){n.e(449,function(){e(n(192))})}},o.
behance=function(e){n.e(230,function(){e(n(411))})}},a.vimeo=function(e){n.e(274,
function(){e(n(367))})}},o.vimeo=function(e){n.e(38,function(){e(n(603))})}},a.flickr=
function(e){n.e(406,function(){e(n(235))})}},o.flickr=function(e){n.e(181,function(){e
(n(460))})}},a.instagram=function(e){n.e(383,function(){e(n(258))})}},o.instagram=
function(e){n.e(157,function(){e(n(484))})}},a.foursquare=function(e){n.e(402,function
(){e(n(239))})}},o.foursquare=function(e){n.e(177,function(){e(n(464))})}},a.rss=
function(e){n.e(320,function(){e(n(321))})}},o.rss=function(e){n.e(88,function(){e(n(
553))})}},a.youtube=function(e){n.e(254,function(){e(n(387))})}},o.youtube=function(e){
n.e(15,function(){e(n(626))})}},a.flipboard=function(e){n.e(405,function(){e(n(236))})
}},o.flipboard=function(e){n.e(180,function(){e(n(461))})}},a.retellity=function(e){n.e
(321,function(){e(n(320))})}},o.retellity=function(e){n.e(89,function(){e(n(552))})}},a
.nurses_lounge=function(e){n.e(343,function(){e(n(298))})}},o.nurses_lounge=function(e
){n.e(114,function(){e(n(527))})}},a.kik=function(e){n.e(374,function(){e(n(267))})}},o
.kik=function(e){n.e(148,function(){e(n(493))})}},a.yummly=function(e){n.e(253,
function(){e(n(388))})}},o.yummly=function(e){n.e(14,function(){e(n(627))})}},a.viber=
function(e){n.e(275,function(){e(n(366))})}},o.viber=function(e){n.e(39,function(){e(n
(602))})}},a.edcast=function(e){n.e(419,function(){e(n(222))})}},o.edcast=function(e){n
.e(197,function(){e(n(444))})}},a.slack=function(e){n.e(314,function(){e(n(327))})}},o.
slack=function(e){n.e(81,function(){e(n(560))})}},a.skype=function(e){n.e(316,function
(){e(n(325))})}},o.skype=function(e){n.e(83,function(){e(n(558))})}},a.link=function(e)
{n.e(368,function(){e(n(273))})}},o.link=function(e){n.e(142,function(){e(n(499))})}},a
.houzz=function(e){n.e(386,function(){e(n(255))})}},o.houzz=function(e){n.e(160,
function(){e(n(481))})}},a.google_classroom=function(e){n.e(396,function(){e(n(245))})
}},o.google_classroom=function(e){n.e(170,function(){e(n(471))})}},a.renren=function(e)
{n.e(323,function(){e(n(318))})}},o.renren=function(e){n.e(91,function(){e(n(550))})}},
a.tencentweibo=function(e){n.e(287,function(){e(n(354))})}},o.tencentweibo=function(e){
n.e(53,function(){e(n(588))})}},a.lineme=function(e){n.e(369,function(){e(n(272))})}},
o.lineme=function(e){n.e(143,function(){e(n(498))})}},a.kakao=function(e){n.e(376,
function(){e(n(265))})}},o.kakao=function(e){n.e(150,function(){e(n(491))})}},a.
telegram=function(e){n.e(289,function(){e(n(352))})}},o.telegram=function(e){n.e(55,
function(){e(n(586))})}},a.balatarin=function(e){n.e(452,function(){e(n(189))})}},o.
balatarin=function(e){n.e(233,function(){e(n(408))})}},a.pinboard=function(e){n.e(335,
function(){e(n(306))})}},o.pinboard=function(e){n.e(106,function(){e(n(535))})}},a.
diary_ru=function(e){n.e(427,function(){e(n(214))})}},o.diary_ru=function(e){n.e(206,
function(){e(n(435))})}},a["500px"]=function(e){n.e(465,function(){e(n(176))})}},o["
500px"]=function(e){n.e(247,function(){e(n(394))})}},a.aboutme=function(e){n.e(464,
function(){e(n(177))})}},o.aboutme=function(e){n.e(246,function(){e(n(395))})}},a.
bandcamp=function(e){n.e(451,function(){e(n(190))})}},o.bandcamp=function(e){n.e(232,
function(){e(n(409))})}},a.bitbucket=function(e){n.e(448,function(){e(n(193))})}},o.
bitbucket=function(e){n.e(229,function(){e(n(412))})}},a.dribbble=function(e){n.e(420,
function(){e(n(221))})}},o.dribbble=function(e){n.e(198,function(){e(n(443))})}},a.
github=function(e){n.e(400,function(){e(n(241))})}},o.github=function(e){n.e(175,
function(){e(n(466))})}},a.gitlab=function(e){n.e(389,function(){e(n(242))})}},o.gitlab
=function(e){n.e(174,function(){e(n(467))})}},a.medium=function(e){n.e(363,function(){
e(n(278))})}},o.medium=function(e){n.e(135,function(){e(n(506))})}},a.mixcloud=function
(e){n.e(356,function(){e(n(285))})}},o.mixcloud=function(e){n.e(128,function(){e(n(513
)})}},a.periscope=function(e){n.e(336,function(){e(n(305))})}},o.periscope=function(e)
```

41989…

```
{n.e(107,function(){e(n(534))})},a.quora=function(e){n.e(327,function(){e(n(314))})}},
o.quora=function(e){n.e(96,function(){e(n(545))})},a.slashdot=function(e){n.e(313,
function(){e(n(328))})}},o.slashdot=function(e){n.e(80,function(){e(n(561))})}},a.
slideshare=function(e){n.e(312,function(){e(n(329))})},o.slideshare=function(e){n.e(
79,function(){e(n(562))})}},a.snapchat=function(e){n.e(309,function(){e(n(332))})}},o.
snapchat=function(e){n.e(76,function(){e(n(565))})}},a.soundcloud=function(e){n.e(307,
function(){e(n(334))})}},o.soundcloud=function(e){n.e(74,function(){e(n(567))})}},a.
spotify=function(e){n.e(305,function(){e(n(336))})}},o.spotify=function(e){n.e(72,
function(){e(n(569))})}},a.stack_overflow=function(e){n.e(303,function(){e(n(338))})}},
o.stack_overflow=function(e){n.e(70,function(){e(n(571))})}},a.steam=function(e){n.e(
300,function(){e(n(341))})}},o.steam=function(e){n.e(67,function(){e(n(574))})}},a.
twitch=function(e){n.e(281,function(){e(n(360))})}},o.twitch=function(e){n.e(46,
function(){e(n(595))})}},a.vine=function(e){n.e(273,function(){e(n(368))})}},o.vine=
function(e){n.e(37,function(){e(n(604))})}},a.trello=function(e){n.e(283,function(){e(
n(358))})}},o.trello=function(e){n.e(49,function(){e(n(592))})}},a.wechat=function(e){n
.e(265,function(){e(n(376))})}},o.wechat=function(e){n.e(28,function(){e(n(613))})}},a.
tencentqq=function(e){n.e(288,function(){e(n(353))})}},o.tencentqq=function(e){n.e(54,
function(){e(n(587))})}},a.deviantart=function(e){n.e(428,function(){e(n(213))})}},o.
deviantart=function(e){n.e(207,function(){e(n(434))})}},a.ello=function(e){n.e(417,
function(){e(n(224))})}},o.ello=function(e){n.e(195,function(){e(n(446))})}},a.
goodreads=function(e){n.e(397,function(){e(n(244))})}},o.goodreads=function(e){n.e(172
,function(){e(n(469))})}},a.jsfiddle=function(e){n.e(378,function(){e(n(263))})}},o.
jsfiddle=function(e){n.e(152,function(){e(n(489))})}},a.letterboxd=function(e){n.e(371
,function(){e(n(270))})}},o.letterboxd=function(e){n.e(145,function(){e(n(496))})}},a.
ravelry=function(e){n.e(325,function(){e(n(316))})}},o.ravelry=function(e){n.e(94,
function(){e(n(547))})}},a.stack_exchange=function(e){n.e(304,function(){e(n(337))})}},
o.stack_exchange=function(e){n.e(71,function(){e(n(570))})}},a.untappd=function(e){n.e
(278,function(){e(n(363))})}},o.untappd=function(e){n.e(42,function(){e(n(599))})}},a.
yelp=function(e){n.e(259,function(){e(n(382))})}},o.yelp=function(e){n.e(20,function()
{e(n(621))})}},a.messenger=function(e){n.e(357,function(){e(n(284))})}},o.messenger=
function(e){n.e(129,function(){e(n(512))})}},a.cloob=function(e){n.e(431,function(){e(
n(210))})}},o.cloob=function(e){n.e(211,function(){e(n(430))})}},a.facenama=function(e)
{n.e(412,function(){e(n(229))})}},o.facenama=function(e){n.e(188,function(){e(n(453))}
)}},a.sms=function(e){n.e(310,function(){e(n(331))})}},o.sms=function(e){n.e(77,
function(){e(n(564))})}},a.unknown=function(e){n.e(279,function(){e(n(362))})}},o.
unknown=function(e){n.e(43,function(){e(n(598))})}},e.exports={png:o,svg:a}},function(
e,t,n){"use strict";var a=n(70);e.exports=function(e){var
t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:"
LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
domain=",i+=s("msi")?".addthis.com":"addthis.com",document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(1);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);for(var
a=-1,s=r(e);++a<n&&s(s[a],a,s)!==!1;);return e}var
o=n(681),i=n(11),r=n(127);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e==1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
```

```
41989.. e&&e===t?0:0,r,t,a,n,z,r,s])=n(78),t.exports=a},function(e,t,n){function
  .. n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t,n){function
  .. n(e){return
  .. 160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
  .. 8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
  .. a(e){return e===e&&(0===e?1/e>0:!o(e))}var
  .. o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
  .. o=n(31);e.exports=a},function(e,t){
41990.. var n=window.JSON&&"function"==typeof window.JSON.parse&&"function"==typeof
  .. window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
  .. t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
  .. e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){
  .. a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
  .. s=a[r].split(","),d={},p=0;p<s.length;p++){var
  .. A=s[p].split("=");d[A[0]]=A[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
  .. o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
  .. o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
  .. (l[o]=1,e(r(n[a].src)))}}var
  .. i=n(27),r=n(53);e.exports={processAdEvents:a,processAllScripts:o};var
  .. s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
  .. var
  .. t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
  .. raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){var
  .. a=n(8).getHost,o=n(50),i=n(91);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
  .. 0===n||n||"https:"==window.location.protocol,t=a(void
  .. 0===t?window.location.href:t),e&&(r!t===a(e)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
  .. =o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
  .. 0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
  .. 3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===
  .. t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
  .. e.length===11+y&&e.substr(0,y)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(y))}function
  .. i(e){e||(e=v.dr||"");var
  .. t,n,a,i,r,s,c,u,l,A,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
  .. .substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
  .. ,O=_.at_si,I=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(y)),r=c.
  .. substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16),10)),N&&!z&&(u=C,A=N
  .. .split(u),A.length<2&&N.indexOf("_")>-1&&(u="_",A=N.split(u)),f=A.length>1?A.pop():""
  .. ,g=A.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(y)),T=c.substr(0,16)+","+parseInt(c.
  .. substr(16),10),I="facebook_"+(f||"like")):i:s!=="")p(C),2==s.length&&
  .. &h(s[0])&&(T=s.join(","),I="facebook_"+(f||"like")))),z=z&&h(z.split(",").shift())?z:
  .. "",T||(o(M.indexOf(x)>-1?x:C,l=M.substr(y).split(u),2==l.length&&o(M.substr(0,1+l[0]
  .. )&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),I=l[1],w=1)),S&&(a=S),z?
  .. (b=parseInt(z.split(",").pop())+1,n=z.split(",").shift()):-1==E.indexOf(_atd+"book")&
  .. &k!=e&&(T?(m=T.split(","),i=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
  .. shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
  .. .shift())),m&&m.length&&&(b=Math.min(3,parseInt(m.pop())+1))),h(n)||(n=null),h(i)||(i=
  .. null),I=(I||"").split("#").shift().split("?").shift();var
  .. V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:I,gen:b,csi:O};
  .. return V}function r(e){return
  .. e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
  .. 1}function
  .. s(e,t){if(!t||t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
  .. if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
  .. n=0;n<e.length;n++)if(k[e[n].split("-").shift())])return E=!0}return!1}function
  .. c(e,t){return e=e||f(),b+A(e+Math.min(3,t||0))}function u(e,t,n){return
  .. n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?C+t:"")}}
  .. function l(e){var t,n,o,i,r,s,c;return
  .. e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split(".").c
  .. =s.length?s.shift():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c.
  .. substr(16),10),isNaN(o)||((i=i||{},i.gen=o)),h(t)&&(i=i||{},i.xid=t),-1!=e.search(/^[
  .. a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
  .. d=(n(46),n(53)),p=n(37).atohb,a=n(37).hbtoa,h=n(6).isValidCUID,f=n(6).makeCUID,g=n(78
  .. ),m=n(137),v=n(4),b=".",x=";",C=".",y=b.length,E=0,k={wpp:1,blg:1};e.exports={
  .. clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
  .. clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
  .. }},function(e,t){"use strict";function n(e,t,n,o){return
  .. n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
  .. n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
```

Page 1198

41990...

```
a=document,8.exports=function(){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(121);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:a=n.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(54);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(827);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(17);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(788),o=(document,window),i=n(4);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(88),r=n(87),s=window;e.exports=function(e,t,n){var c;return
s.location.href.search(_atc.rsrcs.bookmark)>-1?s.location=a(e,0,t,n):"viber"===e?i(t,
n):"sms"===e?r(t,n):(c=a(e,0,t,n),o.push(s.open(c,"addthis_share"))),!1}},function(e,
t,n){function a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o().n.setAttribute("via","addthis"))}var
o=n(819),i=n(56),r=n(80)(),s=n(24),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===("https:".length||e.origin.
indexOf(t)==="http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r){try{_ate.menu.close
()}catch(s){}a(r)}}}})},function(e,t,n){"use strict";var
a=n(102),o=n(38),i=n(6).makeCUID,r=n(145),s=n(9),c=n(5),u=n(24),l=n(155),d=n(76),p=n(
23),A=n(35),h=n(133),f=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
h({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
C(t){t=t.split("/");var n=t.shift();t.shift();var
a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(h.seq=i),n&&(e.
uid=n)}function y(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?"&colc="+(new
Date).getTime():""):""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
A=document,h=A.createElement("iframe");h.id="_atf",h.src=p,o(h),A.body.appendChild(h)
,h=A.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:A,ssid:n,sta:x,uns:C,loadPixel:y,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
u=Math.ceil(e/32),l=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,A=new ArrayBuffer(d*t),h=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)h[l]=c[l];else
if(a)for(l=-1;++l<u;)h[l]=a[l];if(this._locations=new
p(A),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
h=this.buckets=a||[];if(c)for(;++l<u;)h[l]=c[l];else
for(;++l<u;)h[l]=0;this._locations=n||[]}this.locations=function(e){for(var
```

41990

```
t=this.k,n=this.m,a=this._locations(e),r=i(o),c=-1,u=o&n;++r<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var r=n(812);e.exports=e;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return e=e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n):_ate.uls?r(e):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(146),r=n(2),s=n(82),c=3,u=600,l=2;e.exports=function d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var l,t={};return e?this instanceof
d?(this.name=e,this.get=function(){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.remove=function(e){s.remove(this.name)}:var
t=this.getCurrentBlooms(),n=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m){var
c=a.m,l=a.d;c>o||c===o&&u>e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
.sort(function(e,t){return
parseInt(e<parseInt(t)?1:-1)});n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0}),t},this.generateName=function(){return n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})):new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=null,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null),this},0)),this._targetOrigin=t,
this._queue=[]}var
i=n(14),r=n(56),s=n(5);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))})}var
o=n(52).EventDispatcher,i=n(834),r=n(24),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===!1?!1:!0,if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
"link"),u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
```

```
{o=n[u].break}6}||(t=s.getElementsByTagName("head")[0]||s.documentElement),o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,A={},h=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(A,function(t,n){e+=(e.length?c:"")+h(t)+u+(void
0===n||null===n?"":h(n))}),e},this.get=function(){return
n.load(),A},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,A[f(t[0])]=f(t[1]))})}}
a=1}return
A},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,A[e]=t,n.save()},this.remove=function(e){n.load(),A[e]&&(
delete A[e],l--),n.save()},this.reset=function(){A={},l=0,n.save()}}var
o=n(22),i=n(2);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t;return
C(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return y()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return
Date(new Date((new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||!e){var
t=b.rck,n=t(k)||"";n?(w=A(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,h(),!1,!0,u())}function p(){d()}function A(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function h(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(22),x=n(10).number,C=n(10).string,y=n(6).makeCUID,E=n(75),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(20);e.exports=function(e){return(e||a).split("-").shift()}},function(e,t,n){var
a=n(84);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(12),i=n(36),r=n(21),s=n(6).makeCUID,c=n(17);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
```

41990...

```
n="https://dashboard.addthis.com/#marksed/slack-oauth-authshareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})|||n}var
o=n(12),i=n(21),r=n(93);e.exports=function(e,t){i(a(e,t),"_blank")}},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(13);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)})})},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),A=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/A,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e))){for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t,n){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"l"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
```

```
... null||i==this.element.removeAttribute(e),r&&this.element.setAttribute(e,t),
... this},r.aria=function(e){return this.attr("aria-"+e,t)},r.html=function(e){return
... this.element.innerHTML=e,this},emdot=function(e,t,n){var
... a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o.length!=t.call(n,e[a],a,e);return
... o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
... u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
... 0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
... t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
... e.buttonWidth,A=e.borderRadius,h=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
... type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
... 0!==d?d:o,p=void 0!==p?p:o,u=void
... 0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,A,h,f,g,m,v)}
... function o(e,t,n,o,i,r,s,c,u,l,d,p,A,h){return
... a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
... ,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:A,label:h})}var
... i=n(41),r=n(174),s=n(640),c=n(718);e.exports=function(e){return
... 1===arguments.length&&e instanceof
... Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
... use strict";var a=n(171),o=n(167);e.exports=getMixin=function(e){return
... e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
... Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
... _generateReducedBranding:function(e){return
... o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
... AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
... o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
... )).css("at-branding-logo").href(e).title("Powered by
... AddThis").target("_blank"))}}}},,function(e,t,n){"use strict";var
... a=n(59),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
... Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
... t}),i=o(n,function(e,t){return
... window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
... www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
... a=n(104);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
... "+t:e.className=t)}},function(e,t){"use
... strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
... a=n(70),o=n(751);e.exports=function(e){var
... t=a[e]||e,n=o[t]||i;return("#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
... ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
... ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
... ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
... ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
... function(e,t,n){"use strict";var a=n(104);e.exports=function(e,t){var
... n="(?:\\s|^)"+t+"\\b",o=new
... RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
... ").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
... e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
... t={};if(null!=e)for(var n in
... e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
... t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
... t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
... ),t}function r(e,t){if("svg"!==e.tagName.toLowerCase()){for(var
... n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
... o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
... a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
... s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
... c(e,t){v[e]?v[e].push(t):v[e]=[t],h.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
... ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
... o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
... l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
... 32"),t.className.baseVal="at-icon at-icon-"+e,t}function
... d(e,t){h.svg[e]&&h.svg[e](t)}function p(e){return
... h.svg[e]||(e="unknown"),l(e)}t._esModule=!0,t.getIconMarkup=d,t["default"]=p;var
... A=n(117),h=o(A),f=n(717),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
... t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
... o(e){return
... r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t._esModule=!0,t["default"]=o
... ;var i=n(95),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
```

41990…

```
a(e){return i&&e._esModule?e:default:e}Ye]={__esModule:!0}var
o=n(1),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n});\n};\n"}function c(e){var
t=h(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n});\n};\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function d(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
A=n(749),h=n(748),f=n(118),n(70)),g=n(750),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(119);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(63),o=n(120),i=n(66);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){e.exports=n(757)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",A="[object Number]",h="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",C="[object Int8Array]",y="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[C]=z[y]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[A]=z[h]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),A=t>0;++a<t;)p[a]=a+"";for(var h in
e)A&&r(h,t)||"constructor"==h&&(l||!d.call(e,h))||p.push(h);return p}var
o=n(107),i=n(28),r=n(71),s=n(11),c=n(31),u=n(73),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(){y=n,b={},C=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!y){
e,n,a,o,i=(h.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,C.push(o),a>E&&(E=a,A=o);y=1}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
e,t=!1,n=(h.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e),t===!1&&(t=C.pop()),delete b[t]}function
l(){var e,t={};for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,C=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,C.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]="1",b[e]>v&&l();var t=p(b);h.sck(w,escape(t),!1,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
A,h=n(22),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"__at")+"ssc",b={},x=!1,C=[],y=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},,,,function(e,t){"use strict";function
n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
/^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
default"]},function(e,t,n){"use strict";function a(e){return
```

41990... e&&e.__esModule?e:{"default":e};function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){
41991... e._hasLoadedResources||c["default"]();var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){h["
default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
hidden")}()}}t.__esModule=!0,t["default"]=o;var
i=n(108),r=a(i),s=n(61),c=a(s),u=n(97),l=a(u),d=n(3),p=a(d),A=n(172),h=a(A),f=n(632),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(69);addthis.perfMarkers||(addthis.perfMarkers={});var
i=addthis.perfMarkers;e.exports=t["default"]},,,,function(e,t,n){var
a=n(743);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.271h4.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
8.6 0 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
5.733c.267.16.8.16 1.067
019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
13.56a.432.432 0 0
0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.46l6.06 4.42-2.34
7.17c-.06.17.01.35.15.46.14.11.34.1.49 016.11-4.43 6.09
4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.87l-3.188
3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26

Page 1205

41991... 25. 9esr 2.185v-2.986 2.986-6.129 2.986-13.57 2 15.75 5.971 15 13.57 2 15 15.75 2 15 15.75v-2 301 12.28 91

‚‚ 3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0

‚‚ 5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1

‚‚ 0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"

‚‚ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"

‚‚ xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684

‚‚ 23.264H4.948v-12.88l.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1

‚‚ 1.308.804 8.453 5.333 8.453 5.333l.2.1.1

‚‚ 12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-

‚‚ .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path

‚‚ d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61

‚‚ 1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98

‚‚ 11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0

‚‚ .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778

‚‚ 21.956v-10.97l-5.837 4.53 5.838 6.44zM5.954 21.956v-10.97l5.837 4.53-5.836

‚‚ 6.44z"/><path d="M25.778 22.76l-6.138-6.74h-7.548l-6.137 6.74-.806-.603

‚‚ 6.54-7.145h8.353l6.54 7.145-.805.602z"/><path d="M25.945 10.334l.61.8-6.32

‚‚ 4.823-.61-.8zM5.902 10.38l6.326 4.814-.61.802-6.326-4.815zM15.816 17.83l.302 8.252

‚‚ 2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227

‚‚ 3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"

‚‚ height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0

‚‚ 3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448

‚‚ 3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934

‚‚ 4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596

‚‚ 2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6

‚‚ 2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116

‚‚ 2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14

‚‚ 2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794

‚‚ 0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"

‚‚ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"

‚‚ xmlns="http://www.w3.org/2000/svg"><path d="M7 13.252c0 1.81.772 4.45 2.895

‚‚ 5.045.074.014.178.04.252.04.49 0 .772-1.27.772-1.63 0-.428-1.174-1.34-1.174-3.123

‚‚ 0-3.705 3.028-6.33 6.947-6.33 3.37 0 5.863 1.782 5.863 5.058 0 2.446-1.054

‚‚ 7.035-4.468 7.035-1.232 0-2.286-.83-2.286-2.018 0-1.742 1.307-3.43 1.307-5.225

‚‚ 0-1.092-.67-1.977-1.916-1.977-1.692 0-2.732 1.77-2.732 3.165 0 .774.104 1.63.476

‚‚ 2.336-.683 2.736-2.08 6.814-2.08 9.633 0 .87.135 1.728.224

‚‚ 2.61.134.137.207-.07c2.494-3.178 2.405-3.8 3.533-7.96.61 1.077 2.182 1.658 3.43 1.658

‚‚ 5.254 0 7.614-4.77 7.614-9.067C26 7.987 21.755 5 17.094 5 12.017 5 7 8.15 7 13.252z"

‚‚ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg

‚‚ xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.67

‚‚ 10.62h-2.86V7.49H10.82v3.12H7.95c-.5 0-.9.4-.9v7.96h3.77v1.31L15

‚‚ 24.66h6.8lv-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88

‚‚ 8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58

‚‚ 0-.82-3.74-.82-3.74s-3.65-89-3.69-.78v-3.43h-1.06v2.06H9.77-3.52h13.09v3.61zm.75-4.

‚‚ 91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72zm-4.12

‚‚ 2.96h-6.1v1.06h6.1v-6.11

‚‚ 3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"

‚‚ height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0

‚‚ 1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06

‚‚ 1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768

‚‚ 0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3

‚‚ .562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322

‚‚ 0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782

‚‚ 1.785-1.258 3.893-1.928 6.324-2.01l1.424-6.467a.42.42 0 0 1 .184-.26.4 4.4 0 0 1

‚‚ .32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18

‚‚ 1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507

‚‚ 0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074

‚‚ 4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713

‚‚ 1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0

‚‚ .942-.182 1.302-.547.36-.364.54-.802.54-1.315

‚‚ 0-.513-.18-.95-.54-1.31-.36-.364-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0

‚‚ 0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124

‚‚ 0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0

‚‚ 1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0

‚‚ 0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636

‚‚ 1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02

‚‚ 1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488

‚‚ 1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315

Page 1206

```
0-.503-.267-.942-.663-1.19-1.19-1.19-1.981-.59651.306
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0 0
1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.024-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
```

```
0-3.94zm0.84-7.49l1.793 1.793c1.4-.944 4.3.008-.955 4.095.272c0-4.955
4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17615.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd" /></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(758),i=n(759),r=n(122),s=n(765),c=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(127);e.exports=a},function(e,t,n){function a(e,t){return o(e,i,e)}var
o=n(680),i=n(72);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
o=n(71),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};t.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){var i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?A.dr:s.dr||A.dr,u=v(c),l={};return
C&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type="social",l.service=s.
rsc,l.click=!0,k=l,l):k&&!t?k:"undefined"===typeof
c||""==="===c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),C&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!==typeof
o&&o?(C&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},h(e,function(e,t){b[e]=t}),b.dr=A.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(h(e,function(e,t){x[e]=t}),C&&d.debug("setting",x),h
(x,function(e,t){y.add(e,t)}),y.save())}function u(e,t){var
n=t?null:y.get();C&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=A.dr,c(e),C&&d.debug("formal
referral",x)):document.referrer?(c(n),C&&d.debug("referral - use stored
state",x)):(C&&d.debug("no referral - kill cookie, then start a new
session"),y.reset(),e.dr=A.dr,c(e),b=x,C&&d.debug("session
state",x)):(e.dr=A.dr,c(e),b=x,C&&d.debug("session state",x))}var
l=n(150),d=n(5),p=n(8),A=n(4),h=n(2),f=n(91),g=n(50),m=n(77),v=n(131),w=n(786),b={},x
={},C=0,y=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!C||e)var
t=h.rck(w)||"";t&&(k=g(t).split(x)),C=1}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t+t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!y){var
e=i(v);o(),c(e,y=1}}function c(e){var
```

41991...

```
t,n,k.length>1?k[k.length-1],parseInt(t.split(b).pop(),10),n=e&&(k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5):k.push("1"+b
+e)}function u(e){o(),k.length&&h.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>y?1:0}function A(){C=0,y=0,k=[]}var
h=n(22),f=n(75);e.exports={reset:A,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",C=0,y=0
,E={high:250,med:75},k=[]},,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(55);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a=a.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}return
e},{}}}},,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(117),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(111),i=a(o),r=n(119),s=n(752);e.exports=function(e,t,n,a,o,c,u,l,d,p,A,h,f,g){var
m,v,w,b,x,C=i["default"](e,f);if(!C)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:A,borderColor:h},b=r(C,m),b
=s(b,v);var y=document.createElement("span");return
y.className="at-icon-wrapper",y.appendChild(b),g&&y.appendChild(g),x=r(y,w)}},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}var o=n(116),i=a(o),r=function(e,t){var n=void 0;return n=t&&"string"==typeof
t.lang?t.lang:"en","//s7.addthis.com/l10n/client."+n+".min.json"},s=function(e,t){var
n=void 0;try{n=window.JSON.parse(e)}catch(a){}t(n)},t["default"]=new
i["default"](r).optional("lang").cors("GET").onLoad(function(e){s(e.responseText,
function(e){"object"==typeof e.top_services&&("object"==typeof
e.top_services.desktop&&(window.addthis_services_loc=e.top_services.desktop.join(",")
),"object"==typeof
e.top_services.mobile&&(window.addthis_services_loc_mob=e.top_services.mobile.join(",
"))),window.addthis_translations=[[e.language_codes.alternate].concat(e.strings)];var
t={lng:e.language_codes.client};window._ate&&window._ate.ed.fire("addthis.i18n.ready"
,window.addthis,t)})}),e.exports=t["default"]},function(e,t){"use strict";function
n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
o=n(4);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
```

41991...

```
servar"],s),email:er.default("email",74),print:d["default"]("print",227,favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html",A=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(A,function(){a.post(u["default"
"]({},e,{translations:o})})})}return a}t.__esModule=!0,t["default"]=o;var
i=n(737),r=a(i),s=n(636),c=n(13),u=a(c),l=n(60),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(82),u=a(c),l=n(789),d=a(l),p=n(722),A=a(p),h=n(161),f=a(h),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t22:A["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(2),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(",")),r["default"](t.replace(",more","").split(",")),s.
getPopServicesArray())))}t.__esModule=!0,t["default"]=o;var
i=n(110),r=a(i),s=n(99);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(1),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(19),c=a(s),u=n(20),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
```

41991...

```
d={},switch(v){case pinterest":case pinterest_share":d={navigateTo:p["default"]}(t,n)}
;break;case"viber":d={navigateTo:h.getViberURL(t,n)};break;case"slack":d={navigateTo:
A.getSlackURL(t,n)};break;case"sms":d={navigateTo:m.getSMSURL(t,n)};break;case"skype"
:r["default"](e,t,n),d={navigateTo:f.getSkypeURL(t,n)};break;case"email":r["default"]
(e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;default:d={navigateTo:c["default"](e,
0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(159),l=a(u),d=n(92),p=a(d),A=n(158),h=n(88),f=n(157)
,g=n(51),m=n(87);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}return o(e,t,n,a){return
function(o){var i=void 0,s=void 0,u=void 0,d=void 0,A=void
0;if(o&&o.data){try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,A=i.menuType,s&&u&&d&&("follow"!==A&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){h["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0}))},16)):(p["default"](s,"follow"===A?1:0,u,d),t&&t.fire("
addthis.menu."+A,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,A,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(5),r=a(i),s=n(13),c=a(s),u=n(101),l=a(u),d=n(94),p=a(d),A=n(96),h=a(A),f=n(729),g
=a(f),m=n(115),v=["addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(90),i=a(o);t["default"]=function(){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(105),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e.function(e){return
e+""|"+r[e]});return{fbe:t.join(","")||""}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(69),s=n(2),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function A(){var A=window.MooTools;return
i(A)&&i(A.version)},knockout:function h(){var h=window.ko;return
i(h)&&i(h.version)},jquery:function(){return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)},underscore:function(){return
i(window._)&&i(window._.mapObject)},lodash:function(){
```

41992

```
return i(window._)&&i(window._.mapValues)},oraclejet:function(){return
i(window.oj)&&i(window.oj.version)},polymer:function(){return
i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
"==typeof
window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
i(window.React)&&i(window.React.version)&&"string"==typeof
window.React.version&&(e=window.React.version),e},mithril:function(){var
e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
```

41992

```
i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
window.$.fn.jquery)&&"string"==typeof
window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return
i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
e},underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a()){e.push(n);var
o=d[n]();t.push(n+"-"+o)}}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(2),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(68),i=n(14),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))}},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(42),s=a(r),c=n(17),u=a(c),l=n(164),d=a(l),p=n(3),A=n(34),h=a(A),f=n
(4),g=a(f),m=n(9),v=a(m),w=n(100),b=a(w),x=n(18),C=a(x),y=n(112),E=a(y),k=n(111),M=n(
731),R=a(M),_=n(797),n=n(796),n(735),n(795),n(734),n(732),n(683),n(733)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?h["default"](window.addthis_config.wix.url):h["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(C["default"
```

41992

```
].isPayingCustomer()?a+1}(c["default"].isProbDomain?(a=b),a&&_atc.track.ssid(),rev:
window._atc.rev,pub:v["default"]()},dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},O=function(e){B.push(e)},I=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:I,update:D,addListener:O},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n                (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(148),u=a(c),l=n(3),d=a(l),p=n(2
),A=a(p),h=n(59),f=a(h),g=n(5),m=a(g),v=n(39),w=a(v),b=n(1),x=a(b),C=n(115),y=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments)))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=y;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(C.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(C.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,n)))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===C.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
A["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
```

41992...

```
error(
"+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})}},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(C.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===C.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
A["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min((e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;",'"':"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(101),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
57)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQMAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYW
R5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva////////AKTWWodjhjAAAAAd0Uk5T////////
```

```
41992… ABpLasYAaAAA8URBVHja5MzbDQAwCAQGE7b5xzfvdluRJ9GiWXl2wENiSgmFe8KUTVdVKXjVeTerqE/x7+
       9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
     … span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
     … .at-branding-powered-by{color:#666}.at-branding-logo
     … .at-branding-addthis:hover{color:#333}.at-cv-with-image
     … .at-branding-addthis,.at-cv-with-image
     … .at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
     … branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
     … #666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
     … ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
     … 0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
     … branding-info:before{content:\'i\';font-family:Times New
     … Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','""])},function(e,t
     … ,n){t=e.exports=n(57)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
     … visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
     … ellipses{to{width:1.25em}}#at-expanded-menu-host
     … *{box-sizing:border-box}#at-expanded-menu-host
     … .at-expanded-menu-hidden,#at-expanded-menu-host
     … .at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
     … :hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
     … .at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
     … span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
     … .at-expanded-menu,#at-expanded-menu-host
     … .at-expanded-menu-button-label,#at-expanded-menu-host
     … .at-expanded-menu-email-disclaimer,#at-expanded-menu-host
     … .at-expanded-menu-load-btn,#at-expanded-menu-host
     … .at-expanded-menu-page-title,#at-expanded-menu-host
     … .at-expanded-menu-page-url,#at-expanded-menu-host
     … .at-expanded-menu-privacy-link,#at-expanded-menu-host
     … .at-expanded-menu-search-label-content,#at-expanded-menu-host
     … .at-expanded-menu-top-services-header{font-family:helvetica
     … neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
     … span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
     … .loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
     … .loading-container .loading-spinner{background:url("+n(745)+') 50% 50%
     … no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
     … .at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
     … left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
     … .at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
     … .at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
     … overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
     … background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
     … .at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
     … .at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
     … :16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
     … 0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
     … 100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
     … endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
     … .at-branding-info.at-expanded-menu-branding{cursor:pointer}#at-expanded-menu-host
     … .at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
     … position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
     … .at-branding-info.at-expanded-menu-branding{border:1px solid
     … #ccc;color:#ccc}#at-expanded-menu-host
     … .at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
     … .at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
     … radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
     … 0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
     … .at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
     … -host
     … .at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
     … margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
     … ;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
     … :400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
     … .at-expanded-menu-close
     … span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
     … }#at-expanded-menu-host
     … .at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
     … expanded-menu-host
```

41992…

```
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5cclIPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGQ9bGw9IiNmZmYiIGQ9Ik0xMy43QyMi4yODZxMi43MzIgMCACA2Ljg4NCA
xLjgzOXQ0Q0Ljk5MSA0Ljk2MSA1MSA5Ljk5MlAxLjgg4NC0xLjgzOTA2Ljg4NC00Lj00LT5MSA0Ljk5MS02Ljkg4NCAxLjgz
gOS02Ljkg4NC0xLjgzOS00Ljkg4NCAxLjg04NC00Ljkg4NC0xLjgg4NCAxLjg4NCAxMy4g4NCAxMy43ATUwLjk4NC0xLjg
jg4NC0xLjggzOXpNMTYgMjQuNTU0U0di0zLjM5M3EwLTEuTAuMjI1UtMC4xNjEtMC4xNDMtMnQTMC00MnQtMC4zOTM
lxLTAuMjMyIMDAtMC4xNjEtMTAuODAgzLTEuTDAuNDZ4Q0Lk3IjMuNTA04NC0xLzgzOXQ
0MTEgM1MzZM4MC04NC00Lj00LjMg4NC0xTM4NAxT0Xx0MTFSMTAuNDg4NAxTMz
MjEtMTEuTMC4MTMuMTMC04NC04NAx4LjggNMTAuODk0Ljkg4NC0xLjkg4NC04NAx4LjggLjTLjkg4NAxTLjkg4NAxT0
```

41992...

```
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform 3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHdpZHRoPSIzMnB4IiA4Mi1gd3JhbW9j1jMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3Lnc3Lm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGWtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiIHhtbG5zOnhsaW5rPSJodHRwOi8vd3d3Lnc3Lm9yZy8xOTk
5L3hsaW5rIj48dGl0bGUvPjxkZXNjXZ48L2Rlc2M+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiIHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkwOTA5MCIgaWQ9Iml2b24tMTMtZXLNlYXJjaCI+
PHBhdGggZD0iTTE5LjQyNzExNjQsMjEuNzExIDE3LjYyNCNCBDMTguMDM3MjQ5NSwyMi40OMTc0ODAzIDE2LjMzN2Y1M
jIsMjMgMTQuNSwyMyBDNS44MDU1N2zcOSwyMyAyLDE5LjQ5NDQyMDMg2zE4LjUzNDkzIGivNiwxNC41IEM2LDkuOS
44MDU1N2zcOSw2IDE0LjUsUsNiBDMTkuMTk0NDkw1DY2ICe1IEmJxLjE1NDkcOs2jwxOS40OMjcxMTY0IEemwNDIdgNzE
2NjUyMiAyMi40MTc0ODAzLDE4LjAzNzI0OTUgMjEuNDI3MTE2NCwxOS40MjcxMTY0IEewyNy4wMTE5MTE5LDI1
LjAxMTkxMTkgNDIgMjEuOTYxxZ 7ZZZiDxLDI1LjY2MSAwNDZ+p7LjYyNDLJ6PsECe2NiAvNiNCjNiji
SwyNi45MDgyODElIEwyNi45MDgyODElIDI3LjlxmMjY5NDMiTO1OLjAyMTItMjMBMMTQuNy04IE2NCuwW1DY2M0 4
c2MjA0LDI3LjU1IjUyNyMDQyMUuMjY5NmFJBwOTM2MDcwvQDk4NTLJIDI3Ljk5NDYIWT0xMU1bDIIYXMmjVSMTdJ3
5LjQyNzExNjQsMjEuNzExfQ==);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75px;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
```

Page 1217

41992...

```
:30;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbk
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveeD
0iMCAwIDMyIDMyIj4NCjxwYXROoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi43ODZxMy43MzIgMCAzLjg4NCNA
xLjgzOXQQ0Ljk5MSA0OLjk5MSAzLjgzOSA2Lzg4NC0xLjgzOSA2Lzg4NC00Ljk5MSA4OLjM02Ljg4NCNAxLjgz
OSO2Ljg4NC0xLjgzOS0O01jk5MS00O0Ljk5M50xLjgzOS02Ljg8NCAxLjgzOSO2Ljg4NCA0Ljk5Ms00Ljk9MSA2ZL
jg4NC0xLjgzOXpNMTYgMjQuNTU0di0i0i0z1jM5M3EwLTAuMjUtMC4xNjEtMC40MnQtMC40OTMtMC4xNzgtMy40Mj
lxLTAuMjMyIDAtMC40MC42MTEMC4yMTMtMC41MTAuMTc51DLTAuNDExEM40uMkzcTAgMC4yMjILMkxNzkMC40MTF0MC4
0MTEgMC4xNzloOMy40MjlxMC4yMzIgMCAxLjMM5My0wLjE3kZ0MC41MTMtMC40MTFTMC40MzcIdMC4yMTN2Mz
MjEtMTEuMDg5cTTAtMC4yMTQtMC4xNzktMC44NgtMC44NktMC40MTktMC40gzTMC4xMTE2MC40xNDLtMC40MzcIdMC
jl1IDAtMC4yMjEtMC4xMC4MC0xvljgzTMC40xNzgtMC40MNLdMC40MDgTMC40MDgMTEuMDg5TMC40MTEtMC40MTEqMC
4xNzkgMC4zMTN0MC40MjkgMC4xNzRMC4yMDIIxDA9MyNSAw1DAuNDItMC4xMzR0MC4xOTgtMC4zOgtMC4xMTN6Ij48L3
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
```

```
… .at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
… #at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
… %;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
… auto}#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
… #at-expanded-menu-email-sent
… .at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
… .at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
… weight:300;padding-bottom:40px}#at-expanded-menu-host
… .at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
… align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
… span{display:block;margin-top:20px}#at-expanded-menu-host
… .at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
… .loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
… ;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
… expanded-menu-host .loading-container.loading-container-as-overlay
… .loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
… 35px;width:575px}#at-expanded-menu-host
… .at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
… -menu-host .at-expanded-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
… 4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
… 0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
… 50px)}#at-expanded-menu-host
… .at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
… .at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
… display:block;margin:20px
… auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
… ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message
… span{font-size:14px;line-height:20px}#at-expanded-menu-host
… .at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
… opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message:before{margin:0 5px}@media screen and
… (max-width:950px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:508px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
… .at-copy-link-share{margin:0;width:578px}}@media screen and
… (max-width:569px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-email-form,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
```

Page 1219

41992… .at-expanded-menu-page-url{margin:0{width:100%}#at-expanded-menu-host

… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
… .at-copy-link-share{width:420px}}@media screen and
… (max-width:449px){#at-expanded-menu-host
… #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
… .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
… 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
… at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
… (max-width:369px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
… host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:300px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
… 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
… .at-copy-link-share{width:20pc}}@media screen and
… (max-width:879px){#at-expanded-menu-host
… .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
… top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
… .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
… top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
… screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
… .at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
… .at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
… (max-height:800px) and (min-width:480px){#at-expanded-menu-host
… .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
… (max-height:800px){#at-expanded-menu-host
… .at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
… margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
… .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
… .at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-

41992… menu-host

.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
18px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-round
.at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile

```
41992  #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
       mobile
       #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
       expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
       auto}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
       expanded-menu-container.at-expanded-menu-mobile
       #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
       mobile #at-expanded-menu-email-sent
       .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
       -menu-mobile
       .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
       -expanded-menu-mobile
       .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
       expanded-menu-mobile .at-copy-link-share{margin:0
       10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-copy-link-share-button{margin-top:25px;padding:10px
       25px}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
       mobile .at-expanded-menu-fade{height:50px}','""]);
41993  },function(e,t,n){t=e.exports=n(57)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
       icon-wrapper{display:inline-block;overflow:hidden}a
       .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
       .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
       .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
       .at-icon{width:2pc;height:2pc}.addthis_24x24_style
       .at-icon{width:24px;height:24px}.addthis_20x20_style
       .at-icon{width:20px;height:20px}.addthis_16x16_style
       .at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
       width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
       at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
       important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
       230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
       textarea,#at16recap,#at16sas,#at_msg,#at_share
       .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
       9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
       #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
       width:250px!important}#at15s{background:url(data:image/png;base64,
       iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
       9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxAEAlGFVJH
       IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
       visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
       span{outline:0;direction:ltr;text-transform:none}#at15s
       .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
       .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
       .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
       repeat;background-position:top
       left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
       .at4-icon,.addthis_default_style
       .at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
       1pc!important}.addthis_32x32_style
       .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
       important}.addthis_24x24_style
       .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
       important}.addthis_20x20_style
       .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
       important}.at4-icon.circular,.circular
       .at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
       .at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
       .at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
       size:1px;width:1pc;height:1pc;background-position:top
       left;display:inline-block;line-height:1pc}.addthis_vertical_style
       .at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
       .at4-icon{margin-right:5px}html>body
       #at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
       ;width:100px!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
       #fff;border:1px solid
       #fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
```

... default;border-bottom:1px solid

... #e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid

... #a9d582!important}.at15s_head_success a,.at15s_head_success

... span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{

... position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a

... #at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s

... .atiemode2

... a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;

... right:30px;cursor:default}.at_hover{padding:4px}#at_hover .at_item,#at_share

... .at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#

... at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover

... .at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px

... 5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#

... at_hover .at_item{width:7pc!important;padding:2px

... 3px!important;margin:1px;text-decoration:none!important}#at_hover

... .at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover

... .at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps

... .at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover

... .at_item:hover,#at_share .at_item.athov,#at_share

... .at_item:hover{background:#f2f2f2!important;border:1px solid

... #e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover

... .at_item:focus{background:#fff!important;border:1px solid

... #fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending

... img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!

... important;padding-left:20px!important;background-position:0

... 0;text-align:left}.addthis_button_,.at15t{cursor:pointer}.addthis_toolbox

... a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox

... a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width

... :200px}.addthis_toolbox.addthis_close_style

... .addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.

... addthis_close_style

... .addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.

... addthis_close_style

... .addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like

... .fb_iframe_widget{line-height:100%}.addthis_button_facebook_like

... iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox

... a.addthis_button_counter,.addthis_toolbox

... a.addthis_button_facebook_like,.addthis_toolbox

... a.addthis_button_facebook_send,.addthis_toolbox

... a.addthis_button_facebook_share,.addthis_toolbox

... a.addthis_button_foursquare,.addthis_toolbox

... a.addthis_button_google_plusone,.addthis_toolbox

... a.addthis_button_linkedin_counter,.addthis_toolbox

... a.addthis_button_pinterest_pinit,.addthis_toolbox

... a.addthis_button_stumbleupon_badge,.addthis_toolbox

... a.addthis_button_tweet{display:inline-block}.at-share-tbx-element

... .google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox

... span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style

... span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.

... addthis_vertical_style

... a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style

... a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style

... .at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style

... span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style

... span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style

... .addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style

... a{float:left}.addthis_toolbox.addthis_pill_combo_style

... a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style

... .addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style

... .addthis_separator{margin:0

... 5px;display:inline}div.atclear{clear:both}.addthis_default_style

... .addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style

... .at300b,.addthis_default_style .at300bo,.addthis_default_style

... .at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo

... img{border:0}a.at300b .at4-icon,a.at300m

... .at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style

... .at300bo,.addthis_default_style .at300m{padding:0

... 2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.

41993

```
at300bs:hover,.addthis_button_facebook_like.at300bs:hover,
.addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16pb{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDCngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}#at16ptf{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
//////
wAAAAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
```

41993…

```
a{position:absolute;top:15px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19dJY2IODg+bm5paWln15eeLi4oyMjKmpqdXV1dvb28/Pz///////
wAAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYAKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRRrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYYGjTa/b7/
h82gEfVfSAgYKDhGcVQ0sLBhAAEAYLhZGSk5RqYBgBSgsNAA0GnA2QlaOkpaZHASVGSQYACEgIABOntLW2eAU
mSxASShIHt8HCw1snSwAGSq3EzM3OSyhLBw9KD8DP2Nm30UoKrrAACrrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vDz/wDV5MIUJVa/
gAgTZkmFYYAUg7O0Uspz45BKGPwUPiKPIseOhEXI6ihzphE8cMiRTMI58E6ZhEZUwEXqx2LIEAwsUKujcybOnz
59AgwodSrSo0aNIkypdyrSpU58ofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:150px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEGlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
```

none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv9AAP///yH/C05FVFNDQVBFMi4wAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ467cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDxJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAEEAwAIAAAACCxgOBPBvpYQYxYAIfkEBQAAAWsAAAEAAYYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwIAAAMAAAIKBIIjYhOhRHqpAAAh+QQFAADACwEAAAQCwEAAAACDCwnqi7EQYAA0p6CqAh+
QQJAAADACwHAAEAAwIAAAACCpRmxooxvQAYchQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}',""])},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(744);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(118);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
Error("parse-services: failed to parse file
"+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:
"f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
evernote:"7fce2c",exchange:"D3155A",fabulously40:"620e18",facebook:"3B5998",facenama
:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"

```
41993… 188888,kik:"62bc23",kindle:"d80808",klout:"8d0d19",lastfm:"D51007",lcd:"FD5A4C",lidar:"
…    2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
…    0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
…    083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
…    mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
…    165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
…    :"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c080a",
…    nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
…    2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
…    pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
…    EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
…    quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
…    reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
…    B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
…    slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
…    282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sms:"1ECE8E",sodahead:"ff8c00",
…    soundcloud:"FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",
…    stack_exchange:"1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"
…    DA06D0",stuffpit:"2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d
…    ",supbro:"383838",surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"
…    165496",technerd:"316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",
…    thefancy:"4ca8d8",thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti
…    :"5f729d",tumblr:"37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"
…    FFCD00",urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"
…    01B488",virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",
…    voxopolis:"1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"
…    2DC100",whatsapp:"4DC247",wishminder:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"
…    1a7576",yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"
…    A5C736",yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"
…    290838",zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
…    strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
…    t)a=t[n],a&&e.setAttribute(n,a);return
…    e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
…    "https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
…    user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
…    },blogger:{user:"https://www.blogger.com/profile/{{id}}"},blog:"//{{id}}.blogspot
…    .com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
…    }.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
…    .com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
…    co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
…    .facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
…    :{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
…    gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
…    {id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
…    ://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
…    :{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
…    }"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
…    linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
…    //www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
…    mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
…    user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
…    :{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
…    periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
…    pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
…    https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
…    ,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
…    "},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
…    "http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
…    slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
…    {user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
…    /{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
…    }"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http://
…    /steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
…    telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
…    ,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
…    /follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
…    untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
…    vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
```

41993...
```
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(62).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"==typeof n&&s(e)?o(e,t):i(e,r(t,n,3))}var
o=n(679),i=n(122),r=n(106),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+"")::i(e+"",t)}var
o=n(762),i=n(763),r=n(764),s=n(106),c=n(74),u=n(772);e.exports=a},function(e,t,n){
function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=l=b=l;m||(w=h.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=h.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,C=b==d,y=w==b;if(y&&!m&&!x)return i(e,t,w);var
E=x&&A.call(e,"__wrapped__"),k=C&&A.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!y)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(769),i=n(770),r=n(771),s=n(28),c=n(642),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,A=p.hasOwnProperty,h=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(e,l);else var p=e[l],A=n[l];c=d=i?(p,A,l):void
0,"undefined"==typeof d&&(d=o(A,p,i,!0))}if(!d)return!1}return!0}var
o=n(123),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(761),i=n(126),r=n(72),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t)?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(123),i=n(126).e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(74),o=n(773),i=o?function(e,t){return
o.set(e,t),e}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var A=u;A--&&(p=t[A],!(l=d&&d===p||n(d,p,a,o,i,r))););else
l=d&&d===p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t,n){function
n(e,t,n){switch(n){case a:case o:return+e==+t;case i:return
e.name==t.name&&e.message==t.message}return
e!=+e?t!=+t:0==e?1/e==1/t:e==+t}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
A,h=-1;++h<l;){var f=u[h],v=e.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;A||(A="constructor"==f)}if(!A){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
```

```
41993… b)}return!0}
41994 }return!0}var
       o=n(72),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
       a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
       n=u.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
       o=n(766),i=n(30),r=n(73),s=/^\s*function[
       \n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
       function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
       o;e.exports=i}).call(t,function(){return this}())},function(e,t,n){function
       a(e){for(var
       t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,A=[];++p<
       n;){var h=t[p];(l&&r(h,a)||d.call(e,h))&&A.push(h)}return A}var
       o=n(107),i=n(28),r=n(71),s=n(11),c=n(643),u=n(73),l=Object.prototype,d=l.
       hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
       t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
       o=n(125);e.exports=a},function(e,t,n){function a(e){for(var
       t=e.length;t--&&o(e.charCodeAt(t)););return t}var
       o=n(125);e.exports=a},function(e,t,n){function a(e){return
       e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
       o=n(124),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
       function a(e,t,n){var
       a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
       e,t)+1)):e}var
       o=n(124),i=n(767),r=n(768),s=n(682),c=n(775),u=n(776);e.exports=a},function(e,t,n){
       var a=n(17),o=n(2),i=n(793);e.exports=function(e,t,n,r){function
       s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
       t&&(o(t,s),t=a(c)),e+(t.length?e.indexOf("?")>-1?"&":"?":"")+t:"")}},function(e,t,n){
       var
       a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
       function(e,t,n){var
       a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
       use strict";var a=n(5);e.exports=function(e,t){var
       n,o,i,r=0,s=[];if(!e||!e.length)return void
       0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
       |$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
       catch(c){a.error(c)}return o}},function(e,t,n){var
       a=n(140);e.exports=function(e){return e=e||"",a(e,function(e,t){var
       n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
       t)if("string"==typeof
       t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
       [0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
       [n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e}}},function(e,t,n){var
       a=n(49);e.exports=function(){for(var e=e.pop();)e&&"function"==typeof
       e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
       e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
       &&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
       n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
       n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
       &(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
       =typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,C){var
       y,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
       window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
       D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
       share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
       addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
       trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
       D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
       -1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
       [0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
       _)if(_[M].code==e){_=_[M];break}var
       U=n.templates&&n.templates[e]?n.templates[e]:"",O=n.smd||C,I=n.modules&&n.modules[e]?
       n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
       track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
       string"==typeof
       N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
       window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,G="",F=s(
       S),P=2==F.length?F.shift().split("=").pop():"",Y=2==F.length?F.pop():"",K=i.
       data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
```

41994

```
!==(e=_f(i(y[_data_track_cLoseback.HistHjfetY(y)&&
H)G+=(""==G?"":"&")+f(y)+"="+f(H[y]);if(g&&-l===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-l=e.indexOf("pinterest"))for(y in n.shorteners)for(E in
n.shorteners[y])V+=(V.length?"&":"")+f(y+"."+E)+"="+f(n.shorteners[y][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub"+v+"&source="+j+"&
lng="+(A()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",1)+"&t1="+t&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||"").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+h({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L2?"&cr="+(e===L2:1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(G2?"&email_vars="+f(G):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(K||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((K||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(O?(O.rxi?"&rxi="+O.rxi:"")+(O.rsi?"&rsi="+O.rsi:"")+(O.gen?"&gen="+O.gen:
"")+(P?"&rsi="+P:"")+(Y?"&gen="+Y:"")+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(I?"&module="+l(I,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(141),s=n(76),c=n(23),u=n(725),l=n(47),d=n(35),p=n(17),A=n(20),h=n(133),f=window.
encodeURIComponent,e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(62).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(825),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!==navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(140);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e})}},function(e,t){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(67),r=""//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
```

41994...

```
title),r.replace(/^#*([^\(url])\)/g,(e(\)))}};function b(e,t,n){"use strict";var
a,o,i,r=n(2),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split(":/").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(826),o=n(161),i=n(68).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(692),s=n(97),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(152).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(837)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0))}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(147),s=n(138),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></div><form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
```

```
41994 class="at-expanded-menu-button-label"></span></li><li
      style="background-color:#848484;height:84px;opacity:0.6;"><button
      class="at-expanded-menu-button"></button><span
      class="at-expanded-menu-button-label"></span></li><li
      style="background-color:#848484;height:84px;opacity:0.6;"><button
      class="at-expanded-menu-button"></button><span
      class="at-expanded-menu-button-label"></span></li><li
      style="background-color:#848484;height:84px;opacity:0.6;"><button
      class="at-expanded-menu-button"></button><span
      class="at-expanded-menu-button-label"></span></li><li
      style="background-color:#848484;height:84px;opacity:0.6;"><button
      class="at-expanded-menu-button"></button><span
      class="at-expanded-menu-button-label"></span></li><li
      style="background-color:#848484;height:84px;opacity:0.6;"><button
      class="at-expanded-menu-button"></button><span
      class="at-expanded-menu-button-label"></span></li></ul><div
      class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
      Services</span><div class="loading-container "><div
      class="loading-spinner"></div></div></div></div></div><div>{{reducedBrandingInnerHTML
      }}</div><div class="at-expanded-menu-fade"></div></div></div>'},function(e,t,n){function
      a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
      0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
      0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
      0!==t.sampleRate?t.sampleRate:1,t.onView=void
      0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
      ,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
      minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
      wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
      o=n(38),i=n(163);e.exports=a,a.prototype.check=function(){var
      e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
      wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
      Date,this.interval=setInterval(function(){var t=new
      Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
      getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
      interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
      element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
      ,e.interval=null,e.firstSeen=null)},this.sampleTimeout))},a.isWatching=function(e){
      for(var
      t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
      function(){setTimeout(function(){for(var
      e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
      clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
      },a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
      Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
      n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
      1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
      getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
      ,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
      e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
      clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
      handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
      e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
      function(){var
      a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
      Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
      postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
      function
      n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
      postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
      addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
      i(e,n,a){var
      o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
      o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
      a(window,"message",function(t){var
      n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
      if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
      result),delete s[o.api][o.id]);else
      if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
```

```
41994   api),t(o.api)),for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop(7))();})}}),o{e.__apiID}=n
        ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
        t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
        o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
        ){return!0}),t.push(a))}return t}var
        o=n(149),i=n(52).EventDispatcher,r=n(14),s=n(39);e.exports=function(){var
        e=this,t=new
        i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
        instanceof
        Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
        this.resources||this.resources[0]instanceof
        o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
        this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
        function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
        .loading)for(var
        t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
        checkload,e)),this.resources[t].load();this.loading=!0}}}},function(e,t,n){function
        a(){return g.join(h)}function o(){if(!f){var
        e=l.rck(A)||"";e&&(g=d(e).split(h),f=1}}function
        i(){o(),g.length&&l.sck(A,p(a()),0,!0)}function r(){return o(),g}function
        s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
        n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
        n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
        t=0;t<g.length;t++)if(g[t]===e)g.splice(t,1);break})i()}function u(){g=[]}var
        l=n(22);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
        d=window.decodeURIComponent,p=window.encodeURIComponent,A="__attag",h=",",f=0,g=[]},
        function(e,t,n){/**
41995    * AddThis Client
41996    * @license - See s7.addthis.com/static/licenses.html for information about the
        licenses used
41997    */
41998   var
        a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
        isAddThisTrackingFrame||(function(e,t,n,a){return
        function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!g.addthis||p(
        {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
        t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
        queuer=this,this.flush=function(e,a){this.flushed=1;for(var
        o=0;o<n.length;o++)e.apply(a||[n[o]);return e}}function
        a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
        ._pmh.call(e))}var
        o,i=n(814),r=n(807),s=n(98).select,c=n(109),u=n(54),l=n(811),d=n(38),p=n(33),A=n(803)
        ,h=n(3).listen,f=n(2),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
        ",g._duc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
        "v7.5.4-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
        ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
        :"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
        :"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
        function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
        v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
        (!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
        navigator.language:"",w=v.split("-").pop().toLowerCase(),w=w.substring(0,2)}catch(C){
        }g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
        Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
        ,layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
        addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
        e[t])for(var n in
        e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
        addthis_share[n]=e[t][n]);else
        e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
        =e[t]);},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
        ,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
        "ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
        "addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
        user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
        getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
        e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
        isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
```

41998...

```
hasInterest?e("hasInterest","user"):isLocalUser?e("isLocalUser","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
y=u("addthis_widget");if(y.provider||y.userBlob||y.userapi){var
E=l(y),k=A(E);x.appendChild(E),y.userapi&&(g.addthis.UserAPI=new
k("user")),y.provider&&(g.addthis.ProviderAPI=new
k("provider")),y.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!y.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(h(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc_atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(699),n(700),n(702),n(703
),n(705),n(633),n(646),n(706),n(707),n(708),n(170),n(709),n(710),n(711),n(712),n(713)
,n(714),n(697),n(698),n(704),n(701),n(695),n(696)(function(){n(652),addthis.layers.
apply(addthis,e)})})}),addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})}),addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu,e)})}),addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(65),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(65),n(654),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(83)}(n)}}}(),function(e,t,n){"use strict";var
a=n(162),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,ja:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(17),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
```

41998

```
return(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(162),o=n(1),i=n(5),r=(n(18),n(89)),s=(n(2),!1),c=n(86),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(686),a=n(645);s||(n(152).setup(),n(688).setup(),n(687).setup(),n(690),n(689),n(
839),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(156);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(143),o=n(80)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=n(1),n(45);e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(56),i=n(3).listen,r=n(1);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(2);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(143),o=n(80)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(159),o=n(64);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(820),o=n(821),i=n(36);e.exports=function(e){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){var
o=n(2),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype=getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(828);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(160);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
(this,arguments)}),times[r]=(new
Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
```

Page 1235

```
41998  globalObjectsString+".func(i){function getCallbackCallTime(e){return
       times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
       string which will eval to a globally accessible object where callbacks will be
       stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
       },function(e,t){e.exports=function(e){var
       t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
       1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
       evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
       eval(src)}},function(e,t,n){"use strict";var
       a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
       o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
       n;return-1}},function(e,t,n){"use strict";function a(){}function o(e,t){return
       setTimeout(function(){t({statusText:e||"Something went wrong."})},0),null}function
       i(e){e=e||{};var
       t,i,r=e.onFailure||a,s=e.onSuccess||a,c="POST"===(e.method||"").toUpperCase()?"POST":
       "GET",u=e.withCredentials===!0,l=e.timeoutMs||1e4;if("undefined"==typeof
       XMLHttpRequest)return o("Your browser does not support this
       method.",r);if("GET"!==c&&"POST"!==c)return o("This method is not
       supported.",r);if(t=new XMLHttpRequest,i="withCredentials"in t)return
       t.open(c,e.url||"",!0),"POST"===c&&t.setRequestHeader("Content-type",e.contentType||"
       application/json"),t.timeout=l,t.withCredentials=u,t.onreadystatechange=function(){4=
       ==t.readyState&&(t.status>=400||0===t.status?r(t):s(t))},t.send(e.data||null);if(!u&&
       window.XDomainRequest){t=new XDomainRequest;var d;if(e.url){var
       p=n(4),A=p.du.split("//")[0];d=A+"//"+e.url.split("//")[1]}return
       t.open(c,d||""),t.onload=function(){s(t)},t.onerror=function(){r(t)},t.onprogress=a,t
       .ontimeout=a,t.timeout=l,t.send(e.data||null)}return o("Your browser does not support
       cross-origin
       requests.",r)}e.exports=i},function(e,t){e.exports=function(e){if(null==e||"object"!=
       typeof e)return e;if(e instanceof Object){var t="";for(var n in
       e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
       null}},function(e,t,n){"use strict";var
       a=n(2),o=n(113),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
       flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
       subscription||"PRO"===e.subscription.edition)){var
       r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
       c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
       e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
       e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
       n=Object.prototype.toString;e.exports=function(e){return
       n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
       e?e.split("://").pop().split("/")[:]}},function(e,t){e.exports="sh.
       81a142dda016aab89f76e554.html"}]));
41999  ****************************************************
42000  The following data is from cancer_org-colon-20160919-page_source.txt
42001  ****************************************************
42002
42003  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
42004  <meta http-equiv="x-ua-compatible" content="IE=Edge"/>
42005  <html>
42006  <head><meta content="text/html; charset=utf-8" http-equiv="Content-Type" /><script
       type="text/javascript">
42007      var _U = "undefined";
42008      var g_HttpRelativeWebRoot = "/acs/";
42009      var SSContributor = false;
42010      var SSForceContributor = false;
42011      var SSHideContributorUI = false;
42012      var ssUrlPrefix = "/";
42013      var ssUrlType = "1";
42014      var ssDomainNum = "5c38e88";
42015      var g_navNode_Path = new Array();
42016          g_navNode_Path[0] = '0';
42017          g_navNode_Path[1] = '100001';
42018          g_navNode_Path[2] = '100093';
42019      var g_ssSourceNodeId = "100093";
42020      var g_ssSourceSiteId = "CancerOrg";
42021      var g_strLanguageId = "en";
42022  </script>
42023  <script id="SSNavigationFunctionsScript" type="text/javascript"
```

```
42023   src="/acs/websites/CancerOrg/SiteNavigationFunctions.js"></script>
42024   <script id="SSNavigationScript" type="text/javascript"
  …     src="/acs/websites/CancerOrg/sitenavigation.js"></script>
42025
42026       <script type="text/javascript"
  …     src="/acs/resources/wcm/sitestudio/wcm.toggle.js"></script>
42027       <script type="text/javascript"
  …     src="/acs/resources/sitestudio/ssajax/ssajax.js"></script>
42028
42029
42030
42031   <script id="ssInfo" type="text/xml" warning="DO NOT MODIFY!">
42032   <ssinfo>
42033       <fragmentinstance id="fragment1" fragmentid="lightBox_CancerHome"
  …     library="server:CANCERORG_LIGHTBOX">
42034       </fragmentinstance>
42035
42036       <fragmentinstance id="fragment2" fragmentid="G50001"
  …     library="server:ACS-GENERAL-FRAGS">
42037       </fragmentinstance>
42038   </ssinfo>
42039   </script>
42040
42041   <meta name="GENERATOR" content="MSHTML 9.00.8112.16592" />
42042   <!--SS_BEGIN_SNIPPET(fragment2,head)-->
42043               <meta name="google-site-verification"
  …     content="ekP0xI79rHAKj733m3iQV-th0pkvP0JogprGE9nVGfg" />
42044               <!--SS_END_SNIPPET(fragment2,head)-->
42045
42046   <!--<title></title>-->
42047   <meta content="IE=edge" http-equiv="X-UA-Compatible" />
42048
42049   </head>
42050
42051   <body class="theme-learn teal-theme">
42052
42053
42054
42055   <title id="articleTitle">Colon/Rectum Cancer | American Cancer Society</title>
42056   <meta name="title" content="Colon/Rectum Cancer | American Cancer Society" />
42057   <meta name="searchTitle" content="Colon/Rectum Cancer" />
42058   <meta name="keywords" content="colon cancer, colorectal cancer, what is colon
  …     cancer, what is colorectal cancer, colon cancer treatment, rectum cancer, what causes
  …     colon cancer" />
42059   <meta name="description" content="Learn about colon cancer from what causes it,
  …     early detection, support resources, making decisions about treatments and more." />
42060   <link rel="alternate" media="only screen and (max-width: 640px)"
  …     href="http://m.cancer.org/Cancer/ColonandRectumCancer/index" ><link rel="shortcut
  …     icon" href="/acs/fragments/acs_refresh_scripts/images/favicon.ico">
42061   <link rel="apple-touch-icon"
  …     href="/acs/fragments/acs_refresh_scripts/images/favicon.png" />
42062   <link rel="alternate" media="only screen and (max-width: 640px)"
  …     href="http://m.cancer.org/Cancer/ColonandRectumCancer/index" >
42063
42064
42065   <!-- CSS -->
42066   <link rel="stylesheet" type="text/css"
  …     href="/acs/fragments/acs_refresh_scripts/css/style.css">
42067   <link rel="stylesheet" type="text/css"
  …     href="/acs/fragments/acs_refresh_scripts/css/prettyPhoto.css">
42068   <link rel="stylesheet" type="text/css"
  …     href="/acs/fragments/acs_refresh_scripts/css/skinned-select.css">
42069
42070   <!--javascript -->
42071
42072   <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery.min.js"
  …     type="text/javascript"></script>
42073   <script src="/acs/fragments//acs_refresh_scripts/js/min/combo.libraries.min.js"
```

```
42073...  ></script>
42074
42075  <!-- used for infographic pod -->
42076  <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.acs-galleriffic.min.js"
...    type="text/javascript"></script>
42077
42078  <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery-ui.min.js"
...    type="text/javascript"></script>
42079  <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.prettyphoto.min.js"
...    type="text/javascript"></script>
42080
42081  <![if gte IE 9]>
42082      <script>(function(){var e;e=jQuery;e.skinnedSelect=function(t,n){var
...    r,i,s,o;s={textClass:"skinned-text",selectClass:"skinned-select",wrapperClass:"
...    skinned-wrapper"};o=this;o.settings={};r=e(t);t=t;o.init=function(){o.settings=e.
...    extend({},s,n);return i()};i=function(){var n,r;r=e(t).wrapAll('<div
...    class="'+o.settings.wrapperClass+'"
...    />');r.removeClass(this.selector);r.addClass(o.settings.selectClass);r.before('<div
...    class="'+o.settings.textClass+'">Text</div>').each(function(){return
...    e(this).prev().text(e(":selected",this).html())});n=r.prev();return
...    r.change(function(){return n.text(e(":selected",this).html())});return
...    o.init()};e.fn.skinnedSelect=function(t){return this.each(function(){var n;if(void
...    0===e(this).data("skinnedSelect"))n=new e.skinnedSelect(this,t);return
...    e(this).data("skinnedSelect",n)})})}}).call(this)</script>
42083  <![endif]>
42084
42085
42086
42087
42088  <script src="/acs/fragments/acs_javascript/jquery.jscrollpane.min.js" ></script>
42089  <script src="/acs/fragments/acs_refresh_scripts/js/site.legacy.r.js"
...    type="text/javascript"></script>
42090
42091
42092
42093
42094
42095
42096
42097
42098
42099  <!-- analytics domain: www.cancer.org -->
42100  <script
...    src="//assets.adobedtm.com/fdd8a5c34af4a173986b916f554ecf31cd8b444f/satelliteLib-
...    d4608ad690a6a3c0845a1e8f6356b554a7de77de.js"></script>
42101
42102
42103
42104  <script src="https://account.cancer.org/login/scripts/sts.js" type="text/javascript"
...    rel="forceLoad"></script>
42105
42106
42107
42108
42109  <script src="/acs/fragments/acs_refresh_scripts/js/min/site.min.js"
...    type="text/javascript"></script>
42110  <script type="text/javascript"
...    src="http://maps.googleapis.com/maps/api/js?key=
...    AIzaSyC4KO6LCndNwrnz64h56mMYbplKmWEwHEw&sensor=false"></script>
42111  <script src="/acs/fragments/acs_refresh_scripts/js/google.maps.js" ></script>
42112  <script src="/acs/fragments/acs_refresh_scripts/js/MyAcsPreferencesModal_r.js"
...    type="text/javascript"></script>
42113  <script
...    src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=xa-50379ea47e169d13"
...    type="text/javascript"></script>
42114
42115
42116  <!--[if lt IE 9]><script
```

```
42116    src="/acs/fragments/acs_refresh_scripts/js/libs/html5.js"></script><link
  …      rel="stylesheet" type="text/css"
  …      href="/acs/fragments/acs_refresh_scripts/css/ie8.css" /><![endif]-->
42117    <!--[if lt IE 8]><link rel="stylesheet" type="text/css"
  …      href="/acs/fragments/acs_refresh_scripts/css/ie7.css" /><![endif]-->
42118    <script src="/acs/fragments/acs_refresh_scripts/js/jquery-plugins.js"
  …      ></script><!--TODO:
42119                  Re-enable the two lines of iDoc below when this page goes live.
42120                  They enable caching which, obviously, we don't want turned on
42121                  while we're trying to do development
42122
  …      --><!--docLoadResourceIncludes("dDocName=PAGE-CACHE-CONTROLS&amp;
  …      RevisionSelectionMethod=LatestReleased")--><!--cacheInclude("2mincache",
  …      "application", 120)-->
42123    <!--SS_BEGIN_SNIPPET(fragment1,headerPart)-->                <link rel="stylesheet"
  …      type="text/css
  …      href="/acs/fragments/lightbox_cancerhome/css/SustainerSummer2ndCampaign2016.css">
42124                  <!--SS_END_SNIPPET(fragment1,headerPart)-->
42125     <script type="text/javascript">
42126         <!-- WRX Survey Script PBI 12033 -->
42127
42128         var IPECanLaunch=true;
42129
42130         // determines whether to run the survey code
42131         function allowContextWRXScript()
42132         {
42133           if
42134           (
42135               window.location.href.indexOf('/cancer/cancerbasics/index') > -1 ||
42136
  …      window.location.href.indexOf('/cancer/cancerbasics/signs-and-symptoms-of-cancer') >
  …      -1 ||
42137
  …      window.location.href.indexOf('/cancer/cancerbasics/questions-people-ask-about-cancer'
  …      ) > -1 ||
42138               window.location.href.indexOf('/cancer/breastcancer/detailedguide/index') >
  …      -1 ||
42139
  …      window.location.href.indexOf('/cancer/breastcancer/detailedguide/breast-cancer-risk-
  …      factors') > -1 ||
42140
  …      window.location.href.indexOf('/cancer/colonandrectumcancer/detailedguide/index') > -1
  …      ||
42141
  …      window.location.href.indexOf('/cancer/lungcancer-non-smallcell/moreinformation/
  …      lungcancerpreventionandearlydetection/index') > -1 ||
42142               window.location.href.indexOf('/cancer/prostatecancer/detailedguide/index')
  …      > -1 ||
42143
  …      window.location.href.indexOf('/cancer/prostatecancer/detailedguide/prostate-cancer-
  …      risk-factors') > -1 ||
42144
  …      window.location.href.indexOf('/cancer/skincancer-melanoma/detailedguide/melanoma-skin
  …      -cancer-risk-factors') > -1
42145           )
42146           {
42147             return false;
42148           }
42149           else
42150           {
42151             return true;
42152           }
42153         }
42154
42155
42156         (function() {
42157             if(allowContextWRXScript())
42158             {
```

```
42159              var cw = document.createElement('script'); cw.type = 'text/javascript';
      cw.async = true;
42160              cw.src = ('https:' == document.location.protocol ? 'https://' :
      'http://') + 'd39se0h2uvfakd.cloudfront.net/js/acs.js';
42161              var s = document.getElementsByTagName('script')[0];
      s.parentNode.insertBefore(cw, s);
42162          }
42163          else {  console.log("Don't display survey.");   }
42164      })();
42165
42166  </script>
42167
42168
42169
42170
42171
42172
42173
42174
42175
42176
42177
42178
42179
42180
42181
42182
42183
42184
42185
42186
42187
42188
42189
42190
42191
42192
42193
42194
42195
42196
42197
42198
42199
42200
42201
42202  <!--googleoff: snippet-->
42203
42204  <header class="site">
42205      <nav>
42206      <!--googleoff: index-->
42207          <div class="narrow-container">
42208              <ul class="social-icons">
42209                  <li><a tabindex="6" target="_blank"
      href="https://www.facebook.com/AmericanCancerSociety?fref=ts"><img
      src="/acs/fragments/acs_refresh_scripts/images/ui/facebook.png" alt="Facebook "
      class="social" /></a></li>
42210                  <li><a tabindex="7" target="_blank"
      href="https://plus.google.com/+americancancersociety/posts"><img
      src="/acs/fragments/acs_refresh_scripts/images/ui/googleplus.png" alt="Google Plus"
      class="social" /></a></li>
42211                  <li><a tabindex="8" target="_blank"
      href="https://twitter.com/americancancer"><img
      src="/acs/fragments/acs_refresh_scripts/images/ui/twitter.png" alt="Twitter"
      class="social" /></a></li>
42212                  <li><a tabindex="9" target="_blank"
      href="https://www.youtube.com/user/AmerCancerSociety"><img
      src="/acs/fragments/acs_refresh_scripts/images/ui/youtube.png" alt="YouTube"
```

```
42212…  class="social" /></a></li>
42213              </ul>
42214          <!--googleon: index-->
42215              <ul class="languages">
42216
42217                  <li><a tabindex="4" href="/Espanol">Espa&ntilde;ol</a></li>
42218              <li><a tabindex="5" href="/AsianLanguageMaterials">Asian &amp;
   … Pacific Languages</a></li>
42219              </ul>
42220              <ul class="email">
42221              <li><a tabindex="3"
   … href="/aboutus/howwehelpyou/emailsignup/app/email-sign-up.aspx">Sign Up for
   … Email</a></li>
42222              </ul>
42223
42224              <div id="logged-section">
42225      <ul class="users">
42226          <li><a tabindex="1" href="/myacs/account/signin" class="signInLink">Sign
   … In</a></li>
42227          <li><a tabindex="2" href="/account/profile/Register.aspx"
   … onClick="STS.register();return false;">Register</a></li>
42228      </ul>
42229  </div>
42230              </div>
42231          </nav>
42232
42233          <!-- for Spanish home page cancer.org/espanol/index -->
42234          <div class="narrow-container image-bar">
42235
42236
42237              <a tabindex="10" href="/index"><img
   … src="https://www.mysocietysource.org/PublishingImages/logos/acs_logo.png"
   … alt="American Cancer Society" class="logo"/></a>
42238
42239              <a tabindex="13" href="/Involved/Donate/DonateOnlineNow/index"
   … class="donate-button">Donate</a>
42240
42241              <a tabindex='12' href='http://www.cancer.org/shop'
   … class='shopNowButton'> </a>
42242
42243
42244              <img
   … src="/acs/fragments/acs_refresh_scripts/images/acs_fightcancer.gif" alt="Join the
   … fight against cancer" class="join_fight logo"/>
42245
42246
42247
42248      </div>
42249  </header>
42250
42251
42252
42253      <div class="banner-background-right" style="background: #000; height:
   … 258px;"></div>
42254      <div class="banner-background-left" style="background: #f2f4ef; height:
   … 258px;"></div>
42255      <section class="banner small-banner" style="background:
   … url('/acs/groups/content/documents/image/acspc-039262.jpg') no-repeat top center
   … transparent; height: 258px;">
42256  <img class="onepx" src="/acs/fragments/acs_refresh_scripts/images/1px.png"
   … alt="Doctor talking to patient." />
42257
42258
42259      <nav class="main withShadow">
42260          <div class="narrow-container">
42261              <form action="/Search/index" method="get">
42262                  <ul class="help">
42263                      <li>
```

```
42264                    label for="QueryText">How can we help you?</label>
42265                    <input tabindex="13" title="search" type="text"
      name="QueryText" id="QueryText" placeholder="search cancer.org"
      class="ui-autocomplete-input" autocomplete="off"/>
42266                    <input type="hidden" name="Page" value="1"/>
42267                    <button tabindex="14" type="submit"><i class="icon
      magnify"></i> Search</button>
42268                    </li>
42269                    <li class="live-chat">
42270                        <i class="icon speechbubble"></i>
42271                        <a
      href="https://livechat.boldchat.com/aid/538628737535286 2963/bc.chat?resize=true&amp;
      cwdid=1134019502191338137" target="_blank" onclick="window.open((window.pageViewer
      &amp;&amp; pageViewer.link || function(link){return link;})(this.href +
      (this.href.indexOf('?')>=0 ? '&amp;' : '?') + 'url=' +
      escape(document.location.href)), 'Chat497287935964 3679338',
      'toolbar=0,scrollbars=1,location=0,statusbar=0,menubar=0,resizable=1,width=640,height
      =480');return false;">
42272      <script language="JavaScript" type="text/javascript">
      document.write(unescape('%3Cscript language="JavaScript" type="text/javascript"
      src="' + (('https:' == document.location.protocol) ? 'https:' : 'http:') +
      '//cbi.boldchat.com/aid/5386287375352862963/bc.cbhs"%3E%3C/script%3E')); </script>
42273      <script language="JavaScript" type="text/javascript"> bt_showChatHTML('Live
      Chat','Live Chat'); </script>
42274      <noscript>Live Chat</noscript>
42275  </a>
42276                    </li>
42277                    <li class="call"><i class="icon phone"></i> <a tabindex="16"
      href="/aboutus/howwehelpyou/helpingyougetwell/need-answers-1-800-227-2345"><span
      itemscope itemtype="http://data-vocabulary.org/Organization"><span
      itemprop="tel">800-227-2345</span></span></a></li>
42278                    </ul>
42279                </form>
42280
42281
42282
42283      <ul class="tabs">
42284
42285                    <li class="tab-home" id="nav-home"><a href="/index">Home</a></li>
42286
42287                    <li class="selected tab-learn" id="nav-cancer"><a
      href="/Cancer/index">Learn About Cancer</a></li>
42288
42289                    <li class="tab-healthy" id="nav-healthy"><a
      href="/Healthy/index">Stay Healthy</a></li>
42290
42291                    <li class="tab-support" id="nav-treatment"><a
      href="/Treatment/index">Find Support & Treatment</a></li>
42292
42293                    <li class="tab-explore" id="nav-research"><a
      href="/Research/index">Explore Research</a></li>
42294
42295                    <li class="tab-involved" id="nav-involved"><a
      href="/Involved/index">Get Involved</a></li>
42296
42297                    <li class="tab-local" id="nav-myacs"><a href="/MyACS/index">Find
      Local ACS</a></li>
42298
      </ul>
42299      <div class="current-pointer"></div>
42300
42301            <div class="current-pointer"></div>
42302        </div>
42303        <div id="setAreaFormModal" class="container_12
      find-local-dropdown-container"></div>
42304
42305      </nav>
42306
```

```
42307  </section>
42308
42309  <div id="login-wrapper"></div>
42310
42311
42312      <div id="mw_hidden_content" style="display:none;">
42313          <div id="banner_imgs">
42314              <a href="https://donate.cancer.org/index?campaign=CY16SumEileenH">
42315                  <img
       data-src="/acs/groups/content/@marketing/documents/image/acspc-048366.jpg"
       data-title="Eileen+%2D+Summer+2016+Campaign+Hero+%2D+Mobile"
       data-docname="ACSPC-048366" alt="Eileen+%2D+Summer+2016+Campaign+Hero+%2D+Mobile" />
42316              </a>
42317          </div>
42318      </div>
42319
42320
42321
42322
42323    <script
       src="/acs/fragments/lightbox_cancerhome/js/SustainerSummer2ndCampaign2016.js"
       type="text/javascript"></script>
42324
42325                  <link rel="shortcut icon"
       href="/acs/groups/content/documents/image/acsd-011235.ico">
42326
42327
42328
42329  <!--googleon: snippet-->
42330
42331
42332
42333
42334      <div id="pod-wrapper">
42335      <!--[form]-->
42336
42337
42338
42339
42340
42341
42342
42343
42344
42345
42346
42347
42348
42349
42350
42351
42352
42353
42354
42355
42356
42357
42358
42359
42360
42361
42362
42363
42364
42365
42366
42367
42368
```

```
42369
42370
42371
42372
42373
42374
42375
42376
42377
42378
42379
42380
42381
42382
42383
42384
42385
42386
42387
42388
42389
42390
42391
42392
42393
42394
42395
42396
42397
42398
42399
42400
42401
42402
42403
42404
42405
42406
42407
42408
42409            <section class="full-pod utility-bar">
42410                <div class="narrow-container">
42411                        <div class="breadcrumbs grid_9">
42412
42413
42414                                    <span itemscope
    … itemtype="http://data-vocabulary.org/Breadcrumb">
42415                                        <a href = "/Cancer/index" itemprop="url">
42416                                            <span itemprop="title">Learn About Cancer</span>
42417                                        </a>
42418                                    </span>
42419                                                    &raquo;
42420                                    <span itemscope
    … itemtype="http://data-vocabulary.org/Breadcrumb">
42421
42422                                        <span itemprop="title">Colon/Rectum Cancer</span>
42423
42424                                    </span>
42425
42426
42427 </div>
42428 <div class="actions grid_3">
42429
42430            <a href="?ssDomainNum=5c38e88&print=true" class="button small reversed
    … printThis"><i class="icon print"></i> Print</a>
42431            <a href="http://www.addthis.com/bookmark.php?v=20" id="click-to-share"
    … class="button small reversed shareThis"><i class="icon share-arrow-small"></i>
    … Share</a>
```

```
42432              <a class="button small reversed" href="/NotLoggedIn/index"
42433                  ><i class="icon save"></i> Save</a>
42434
42435          <script type="text/javascript">
42436              printLink();
42437          </script>
42438  </div>
42439
42440
42441      <!-- share this begin -->
42442          <div id="share-this-container" style="display:none;">
42443              <div id="share-this">
42444                  <header>
42445                      <h3>Share This Page</h3>
42446                      <div class="close"><a href="#" class="image">Close</a></div>
42447                  </header>
42448                  <!-- AddThis Button BEGIN -->
42449                  <div class="addthis_toolbox addthis_default_style
…  addthis_32x32_style">
42450                      <a class="addthis_button_email"></a>
42451                      <a class="addthis_button_facebook"></a>
42452                      <a class="addthis_button_google_plusone_share image"></a>
42453                      <a class="addthis_button_twitter"></a>
42454                      <a class="addthis_button_compact"></a>
42455                      <a class="addthis_counter addthis_bubble_style"></a>
42456                  </div>
42457                  <!-- AddThis Button END -->
42458              </div>
42459          </div>
42460
42461      <!-- share this end -->
42462
42463      <!-- begin saved article -->
42464      <div class="save-wrapper" id="saved-articles-wrapper" style="display:none;">
42465          <div id="saved-articles">
42466              <header>
42467                  <h3>Saved this Article</h3>
42468                  <div class="close"><a href="#" class="image">Close</a></div>
42469                  <div style="text-indent: -1000px;">Push escape to close saved
…  articles window.</div>
42470              </header>
42471              <div class="content">
42472                  <div> <a class="sa_show_hide" tabindex="-1" href="/MyAcs/index">My
…  Saved Articles <span class="arrow">&raquo;</span></a> <a class="close" tabindex="-1"
…  href="/MyAcs/index">My ACS <span class="arrow">&raquo;</span></a> </div>
42473                  <div id="article-saved"></div>
42474              </div>
42475          </div>
42476      </div>
42477
42478      <div id="saveddocs-modal-wrapper" class="modal-saved-docs" style="display:none;"
…  >
42479          <div id="saveddocs-modal">
42480              <div class="modal-prefs-content">
42481              </div>
42482          </div>
42483      </div>
42484      <!-- end saved article -->
42485
42486              </div>
42487          </section>
42488              <section class="full-pod featured">
42489          <div class="container">
42490
42491
42492
42493
42494  <script type="text/javascript">
```

```
42495        $(function() {
42496            $(".view-cancer-type").click(function(e) {
42497                e.preventDefault();
42498                try {
42499                    var $selector = $("#cancer-type-selector-993063889");
42500                    var cancerTypeRedirect = $.trim($("option:selected",
       $selector).val());
42501                    var cancerTypeName    = $.trim($("option:selected",
       $selector).text());
42502                    $.cookie("cancerType", cancerTypeName, { path: '/' });
42503                    window.location.href = cancerTypeRedirect;
42504                }
42505                catch(e){/*Exit Gracefully*/}
42506            });
42507        });
42508    </script>
42509
42510    <style>
42511    .pod-cancer-type-3 .skinned-wrapper {
42512        margin-left: 20px;
42513    }
42514    </style>
42515
42516    <div class="container">
42517        <div class="pod-triple with-image pod-cancer-type-3">
42518            <div class="intro">
42519                <h1>Colorectal Cancer</h1>
42520            </div>
42521            <div class="primary">
42522
42523                <img
       src="/acs/groups/content/@editorial/documents/image/acspc-034965.jpg" alt="close up
       of concerned man  " class="ignore-padding thumbnail" />
42524
42525
42526
42527            </div>
42528            <div class="secondary">
42529                <p>Thanks to improvements in prevention, early detection, and
       treatment, more than a million people in the US count themselves as survivors of
       colon or rectum cancer (also called colorectal cancer).</p>  <!-- Google Code for EOY
       Remarketing Colon/Rectum -->  <script type="text/javascript">
42530    /* <![CDATA[ */
42531    var google_conversion_id = 1033992679;
42532    var google_conversion_label = "3_8qCKnr5gMQ5_OF7QM";
42533    var google_custom_params = window.google_tag_params;
42534    var google_remarketing_only = true;
42535    /* ]]> */
42536    </script>  <script type="text/javascript"
       src="//www.googleadservices.com/pagead/conversion.js">
42537    </script>  <noscript>
42538    <div style="display:inline;">
42539    <img height="1" width="1" style="border-style:none;" alt=""
       src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/1033992679/?value=0&
       amp;label=2zUuCPnh5gMQ5_OF7QM&amp;guid=ON&amp;script=0"/>
42540    </div>
42541    </noscript>
42542                <form>
42543
42544
42545
42546
42547        <script type="text/javascript">
42548            var cancerTypes = [];
42549            cancerTypes['/cancer/adrenalcorticalcancer/index'] = 'Adrenal Cancer';
42550            cancerTypes['/cancer/analcancer/index'] = 'Anal Cancer';
42551            cancerTypes['/cancer/bileductcancer/index'] = 'Bile Duct Cancer';
42552            cancerTypes['/cancer/bladdercancer/index'] = 'Bladder Cancer';
```

```
42553          cancerTypes['/cancer/bonecancer/index'] = 'Bone Cancer';
42554          cancerTypes['/cancer/braincnstumorsinadults/index'] = 'Brain/CNS Tumors In
       Adults';
42555          cancerTypes['/cancer/braincnstumorsinchildren/index'] = 'Brain/CNS Tumors In
       Children';
42556          cancerTypes['/cancer/breastcancer/index'] = 'Breast Cancer';
42557          cancerTypes['/cancer/breastcancerinmen/index'] = 'Breast Cancer In Men';
42558          cancerTypes['/cancer/cancerinadolescents/index'] = 'Cancer in Adolescents';
42559          cancerTypes['/cancer/cancerinchildren/index'] = 'Cancer in Children';
42560          cancerTypes['/cancer/cancerinyoungadults/index'] = 'Cancer in Young Adults';
42561          cancerTypes['/cancer/cancerofunknownprimary/index'] = 'Cancer of Unknown
       Primary';
42562          cancerTypes['/cancer/castlemandisease/index'] = 'Castleman Disease';
42563          cancerTypes['/cancer/cervicalcancer/index'] = 'Cervical Cancer';
42564          cancerTypes['/cancer/colonandrectumcancer/index'] = 'Colon/Rectum Cancer';
42565          cancerTypes['/cancer/endometrialcancer/index'] = 'Endometrial Cancer';
42566          cancerTypes['/cancer/esophaguscancer/index'] = 'Esophagus Cancer';
42567          cancerTypes['/cancer/ewingfamilyoftumors/index'] = 'Ewing Family Of Tumors';
42568          cancerTypes['/cancer/eyecancer/index'] = 'Eye Cancer';
42569          cancerTypes['/cancer/gallbladdercancer/index'] = 'Gallbladder Cancer';
42570          cancerTypes['/cancer/gastrointestinalcarcinoidtumor/index'] =
       'Gastrointestinal Carcinoid Tumors';
42571          cancerTypes['/cancer/gastrointestinalstromaltumorgist/index'] =
       'Gastrointestinal Stromal Tumor (GIST)';
42572          cancerTypes['/cancer/gestationaltrophoblasticdisease/index'] = 'Gestational
       Trophoblastic Disease';
42573          cancerTypes['/cancer/hodgkindisease/index'] = 'Hodgkin Disease';
42574          cancerTypes['/cancer/kaposisarcoma/index'] = 'Kaposi Sarcoma';
42575          cancerTypes['/cancer/kidneycancer/index'] = 'Kidney Cancer';
42576          cancerTypes['/cancer/laryngealandhypopharyngealcancer/index'] = 'Laryngeal
       and Hypopharyngeal Cancer';
42577          cancerTypes['/cancer/leukemia/index'] = 'Leukemia';
42578          cancerTypes['/cancer/leukemia-acutelymphocyticallinadults/index'] = 'Leukemia
       - Acute Lymphocytic (ALL) in Adults';
42579          cancerTypes['/cancer/leukemia-acutemyeloidaml/index'] = 'Leukemia - Acute
       Myeloid (AML)';
42580          cancerTypes['/cancer/leukemia-chroniclymphocyticcll/index'] = 'Leukemia -
       Chronic Lymphocytic (CLL)';
42581          cancerTypes['/cancer/leukemia-chronicmyeloidcml/index'] = 'Leukemia - Chronic
       Myeloid (CML)';
42582          cancerTypes['/cancer/leukemia-chronicmyelomonocyticcmml/index'] = 'Leukemia -
       Chronic Myelomonocytic (CMML)';
42583          cancerTypes['/cancer/leukemiainchildren/index'] = 'Leukemia in Children';
42584          cancerTypes['/cancer/livercancer/index'] = 'Liver Cancer';
42585          cancerTypes['/cancer/lungcancer/index'] = 'Lung Cancer';
42586          cancerTypes['/cancer/lungcancer-non-smallcell/index'] = 'Lung Cancer -
       Non-Small Cell';
42587          cancerTypes['/cancer/lungcancer-smallcell/index'] = 'Lung Cancer - Small
       Cell';
42588          cancerTypes['/cancer/lungcarcinoidtumor/index'] = 'Lung Carcinoid Tumor';
42589          cancerTypes['/cancer/lymphoma/index'] = 'Lymphoma';
42590          cancerTypes['/cancer/lymphomaoftheskin/index'] = 'Lymphoma of the Skin';
42591          cancerTypes['/cancer/malignantmesothelioma/index'] = 'Malignant
       Mesothelioma';
42592          cancerTypes['/cancer/multiplemyeloma/index'] = 'Multiple Myeloma';
42593          cancerTypes['/cancer/myelodysplasticsyndrome/index'] = 'Myelodysplastic
       Syndrome';
42594          cancerTypes['/cancer/nasalcavityandparanasalsinuscancer/index'] = 'Nasal
       Cavity and Paranasal Sinus Cancer';
42595          cancerTypes['/cancer/nasopharyngealcancer/index'] = 'Nasopharyngeal Cancer';
42596          cancerTypes['/cancer/neuroblastoma/index'] = 'Neuroblastoma';
42597          cancerTypes['/cancer/non-hodgkinlymphoma/index'] = 'Non-Hodgkin Lymphoma';
42598          cancerTypes['/cancer/non-hodgkinlymphomainchildren/index'] = 'Non-Hodgkin
       Lymphoma In Children';
42599          cancerTypes['/cancer/oralcavityandoropharyngealcancer/index'] = 'Oral Cavity
       and Oropharyngeal Cancer';
42600          cancerTypes['/cancer/osteosarcoma/index'] = 'Osteosarcoma';
42601          cancerTypes['/cancer/ovariancancer/index'] = 'Ovarian Cancer';
```

```
42602          cancerTypes['/cancer/pancreaticcancer/index'] = 'Pancreatic Cancer';
42603          cancerTypes['/cancer/penilecancer/index'] = 'Penile Cancer';
42604          cancerTypes['/cancer/pituitarytumors/index'] = 'Pituitary Tumors';
42605          cancerTypes['/cancer/prostatecancer/index'] = 'Prostate Cancer';
42606          cancerTypes['/cancer/retinoblastoma/index'] = 'Retinoblastoma';
42607          cancerTypes['/cancer/rhabdomyosarcoma/index'] = 'Rhabdomyosarcoma';
42608          cancerTypes['/cancer/salivaryglandcancer/index'] = 'Salivary Gland Cancer';
42609          cancerTypes['/cancer/sarcoma-adultsofttissuecancer/index'] = 'Sarcoma - Adult
     Soft Tissue Cancer';
42610          cancerTypes['/cancer/skincancer/index'] = 'Skin Cancer';
42611          cancerTypes['/cancer/skincancer-basalandsquamouscell/index'] = 'Skin Cancer -
     Basal and Squamous Cell';
42612          cancerTypes['/cancer/skincancer-melanoma/index'] = 'Skin Cancer - Melanoma';
42613          cancerTypes['/cancer/skincancer-merkelcell/index'] = 'Skin Cancer - Merkel
     Cell';
42614          cancerTypes['/cancer/smallintestinecancer/index'] = 'Small Intestine Cancer';
42615          cancerTypes['/cancer/stomachcancer/index'] = 'Stomach Cancer';
42616          cancerTypes['/cancer/testicularcancer/index'] = 'Testicular Cancer';
42617          cancerTypes['/cancer/thymuscancer/index'] = 'Thymus Cancer';
42618          cancerTypes['/cancer/thyroidcancer/index'] = 'Thyroid Cancer';
42619          cancerTypes['/cancer/uterinesarcoma/index'] = 'Uterine Sarcoma';
42620          cancerTypes['/cancer/vaginalcancer/index'] = 'Vaginal Cancer';
42621          cancerTypes['/cancer/vulvarcancer/index'] = 'Vulvar Cancer';
42622          cancerTypes['/cancer/waldenstrommacroglobulinemia/index'] = 'Waldenstrom
     Macroglobulinemia';
42623          cancerTypes['/cancer/wilmstumor/index'] = 'Wilms Tumor';
42624      </script>
42625
42626
42627
42628
42629
42630
42631      <script type="text/javascript">
42632          var synonyms = [];
42633          synonyms['lymphoma - non-hodgkin in children'] =
     '/cancer/non-hodgkinlymphomainchildren/index';
42634  synonyms['lymphoma - non-hodgkin'] = '/cancer/non-hodgkinlymphoma/index';
42635  synonyms['lymphoma - hodgkin'] = '/cancer/hodgkindisease/index';
42636  synonyms['gastric cancer'] = '/cancer/stomachcancer/index';
42637  synonyms['renal cancer'] = '/cancer/kidneycancer/index';
42638
42639      </script>
42640
42641
42642      <label for="cancer-type-selector-993063889" class="accessibility-label">Select A
     Cancer Type</label>
42643      <select name="cancerTypeRedirect" class="cancerTypeSelector themed"
     id="cancer-type-selector-993063889">
42644      <option value="/Cancer/index">Any Cancer Type</option>
42645          <option value="/cancer/adrenalcorticalcancer/index">Adrenal Cancer</option>
42646          <option value="/cancer/analcancer/index">Anal Cancer</option>
42647          <option value="/cancer/bileductcancer/index">Bile Duct Cancer</option>
42648          <option value="/cancer/bladdercancer/index">Bladder Cancer</option>
42649          <option value="/cancer/bonecancer/index">Bone Cancer</option>
42650          <option value="/cancer/braincnstumorsinadults/index">Brain/CNS Tumors In
     Adults</option>
42651          <option value="/cancer/braincnstumorsinchildren/index">Brain/CNS Tumors In
     Children</option>
42652          <option value="/cancer/breastcancer/index">Breast Cancer</option>
42653          <option value="/cancer/breastcancerinmen/index">Breast Cancer In Men</option>
42654          <option value="/cancer/cancerinadolescents/index">Cancer in
     Adolescents</option>
42655          <option value="/cancer/cancerinchildren/index">Cancer in Children</option>
42656          <option value="/cancer/cancerinyoungadults/index">Cancer in Young
     Adults</option>
42657          <option value="/cancer/cancerofunknownprimary/index">Cancer of Unknown
     Primary</option>
```

```
42658            <option value="/cancer/castlemandisease/index">Castleman Disease</option>
42659            <option value="/cancer/cervicalcancer/index">Cervical Cancer</option>
42660            <option value="/cancer/colonandrectumcancer/index">Colon/Rectum
      Cancer</option>
42661            <option value="/cancer/endometrialcancer/index">Endometrial Cancer</option>
42662            <option value="/cancer/esophaguscancer/index">Esophagus Cancer</option>
42663            <option value="/cancer/ewingfamilyoftumors/index">Ewing Family Of
      Tumors</option>
42664            <option value="/cancer/eyecancer/index">Eye Cancer</option>
42665            <option value="/cancer/gallbladdercancer/index">Gallbladder Cancer</option>
42666            <option value="/cancer/stomachcancer/index">Gastric Cancer</option>
42667            <option value="/cancer/gastrointestinalcarcinoidtumor/index">Gastrointestinal
      Carcinoid Tumors</option>
42668            <option
      value="/cancer/gastrointestinalstromaltumorgist/index">Gastrointestinal Stromal Tumor
      (GIST)</option>
42669            <option value="/cancer/gestationaltrophoblasticdisease/index">Gestational
      Trophoblastic Disease</option>
42670            <option value="/cancer/hodgkindisease/index">Hodgkin Disease</option>
42671            <option value="/cancer/kaposisarcoma/index">Kaposi Sarcoma</option>
42672            <option value="/cancer/kidneycancer/index">Kidney Cancer</option>
42673            <option value="/cancer/laryngealandhypopharyngealcancer/index">Laryngeal and
      Hypopharyngeal Cancer</option>
42674            <option value="/cancer/leukemia/index">Leukemia</option>
42675            <option value="/cancer/leukemia-acutelymphocyticallinadults/index">Leukemia -
      Acute Lymphocytic (ALL) in Adults</option>
42676            <option value="/cancer/leukemia-acutemyeloidaml/index">Leukemia - Acute
      Myeloid (AML)</option>
42677            <option value="/cancer/leukemia-chroniclymphocyticcll/index">Leukemia -
      Chronic Lymphocytic (CLL)</option>
42678            <option value="/cancer/leukemia-chronicmyeloidcml/index">Leukemia - Chronic
      Myeloid (CML)</option>
42679            <option value="/cancer/leukemia-chronicmyelomonocyticcmml/index">Leukemia -
      Chronic Myelomonocytic (CMML)</option>
42680            <option value="/cancer/leukemiainchildren/index">Leukemia in
      Children</option>
42681            <option value="/cancer/livercancer/index">Liver Cancer</option>
42682            <option value="/cancer/lungcancer/index">Lung Cancer</option>
42683            <option value="/cancer/lungcancer-non-smallcell/index">Lung Cancer -
      Non-Small Cell</option>
42684            <option value="/cancer/lungcancer-smallcell/index">Lung Cancer - Small
      Cell</option>
42685            <option value="/cancer/lungcarcinoidtumor/index">Lung Carcinoid
      Tumor</option>
42686            <option value="/cancer/lymphoma/index">Lymphoma</option>
42687            <option value="/cancer/hodgkindisease/index">Lymphoma - Hodgkin</option>
42688            <option value="/cancer/non-hodgkinlymphoma/index">Lymphoma -
      Non-Hodgkin</option>
42689            <option value="/cancer/non-hodgkinlymphomainchildren/index">Lymphoma -
      Non-Hodgkin in Children</option>
42690            <option value="/cancer/lymphomaoftheskin/index">Lymphoma of the Skin</option>
42691            <option value="/cancer/malignantmesothelioma/index">Malignant
      Mesothelioma</option>
42692            <option value="/cancer/multiplemyeloma/index">Multiple Myeloma</option>
42693            <option value="/cancer/myelodysplasticsyndrome/index">Myelodysplastic
      Syndrome</option>
42694            <option value="/cancer/nasalcavityandparanasalsinuscancer/index">Nasal Cavity
      and Paranasal Sinus Cancer</option>
42695            <option value="/cancer/nasopharyngealcancer/index">Nasopharyngeal
      Cancer</option>
42696            <option value="/cancer/neuroblastoma/index">Neuroblastoma</option>
42697            <option value="/cancer/non-hodgkinlymphoma/index">Non-Hodgkin
      Lymphoma</option>
42698            <option value="/cancer/non-hodgkinlymphomainchildren/index">Non-Hodgkin
      Lymphoma In Children</option>
42699            <option value="/cancer/oralcavityandoropharyngealcancer/index">Oral Cavity
      and Oropharyngeal Cancer</option>
42700            <option value="/cancer/osteosarcoma/index">Osteosarcoma</option>
```

```
42701            <option value="/cancer/ovariancancer/index">Ovarian Cancer</option>
42702            <option value="/cancer/pancreaticcancer/index">Pancreatic Cancer</option>
42703            <option value="/cancer/penilecancer/index">Penile Cancer</option>
42704            <option value="/cancer/pituitarytumors/index">Pituitary Tumors</option>
42705            <option value="/cancer/prostatecancer/index">Prostate Cancer</option>
42706            <option value="/cancer/kidneycancer/index">Renal Cancer</option>
42707            <option value="/cancer/retinoblastoma/index">Retinoblastoma</option>
42708            <option value="/cancer/rhabdomyosarcoma/index">Rhabdomyosarcoma</option>
42709            <option value="/cancer/salivaryglandcancer/index">Salivary Gland
…    Cancer</option>
42710            <option value="/cancer/sarcoma-adultsofttissuecancer/index">Sarcoma - Adult
…    Soft Tissue Cancer</option>
42711            <option value="/cancer/skincancer/index">Skin Cancer</option>
42712            <option value="/cancer/skincancer-basalandsquamouscell/index">Skin Cancer -
…    Basal and Squamous Cell</option>
42713            <option value="/cancer/skincancer-melanoma/index">Skin Cancer -
…    Melanoma</option>
42714            <option value="/cancer/skincancer-merkelcell/index">Skin Cancer - Merkel
…    Cell</option>
42715            <option value="/cancer/smallintestinecancer/index">Small Intestine
…    Cancer</option>
42716            <option value="/cancer/stomachcancer/index">Stomach Cancer</option>
42717            <option value="/cancer/testicularcancer/index">Testicular Cancer</option>
42718            <option value="/cancer/thymuscancer/index">Thymus Cancer</option>
42719            <option value="/cancer/thyroidcancer/index">Thyroid Cancer</option>
42720            <option value="/cancer/uterinesarcoma/index">Uterine Sarcoma</option>
42721            <option value="/cancer/vaginalcancer/index">Vaginal Cancer</option>
42722            <option value="/cancer/vulvarcancer/index">Vulvar Cancer</option>
42723            <option value="/cancer/waldenstrommacroglobulinemia/index">Waldenstrom
…    Macroglobulinemia</option>
42724            <option value="/cancer/wilmstumor/index">Wilms Tumor</option>
42725        </select>
42726
42727        <script type="text/javascript">
42728            $("#cancer-type-selector-993063889").change(function(e){});
42729
42730        var cancerTypeCookie = $.cookie("cancerType");
42731        $('select[name="cancerTypeRedirect"] option').filter(function() {
42732            var $this = $(this);
42733            var $form = $this.parents("form").eq(0);
42734            $(".skinned-text", $form).text(cancerTypeCookie);
42735            return $this.text() === cancerTypeCookie;
42736        }).attr('selected', true);
42737        </script>
42738
42739                <button class="reversed view-cancer-type">GO</button>
42740            </form>
42741        </div>
42742        <div class="tertiary">
42743
42744            <ul>
42745                <li>
42746                    <a
…    href="/Cancer/ColonandRectumCancer/MoreInformation/five-myths-about-colorectal-cancer
…    ">
42747                        Five Myths About Colon Cancer
42748                    </a>
42749                </li>
42750                <li>
42751                    <a href="/Cancer/ColonandRectumCancer/003288-pdf">
42752                    Questions to Ask About Your Colorectal Cancer
42753                    </a>
42754                </li>
42755                <li>
42756                    <a
…    href="/Healthy/InformationforHealthCareProfessionals/
…    ColonMDClinicansInformationSource/index">
42757                        Colon MD: Information for Health Professionals
```

```
42758
42759                    </li>
42760                    <li>
42761                        <a
    href="/Treatment/FindingandPayingforTreatment/understandinghealthinsurance/the-
    affordable-care-act">
42762                        How the Health Care Law Can Help You
42763                        </a>
42764                    </li>
42765                    <li>
42766                        <a
    href="/Healthy/ToolsandCalculators/Quizzes/colorectal-Cancer-Quiz/index">
42767                        Take the Quiz: Colorectal Cancer
42768                        </a>
42769                    </li>
42770                    <li>
42771                        <a
    href="/Cancer/ColonandRectumCancer/MoreInformation/colon-cancer-videos">
42772                        Colon Cancer Videos
42773                        </a>
42774                    </li>
42775                </ul>
42776
42777            </div>
42778        </div>
42779 </div>
42780                    </div>
42781            </section>
42782            <section class="full-pod">
42783                <div class="container">
42784                    <!--TODO: Add finished html -->
42785
42786
42787
42788
42789
42790
42791
42792
42793
42794
42795 <div class="pod-double">
42796    <div class="intro">
42797        <h2>Learn About Colorectal Cancer</h2>
42798    </div>
42799    <div class="primary">
42800        <p>Whether you&rsquo;re worried about developing colorectal cancer, making
    decisions about treatment, or trying to stay well after treatment, we can help. Find
    detailed information in our <a
    href="/Cancer/ColonandRectumCancer/DetailedGuide/index" target="">Detailed Guide</a>,
    or get a shorter, simpler version in <a
    href="/Cancer/ColonandRectumCancer/if-you-have-colon-rectal-cancer" target="">If You
    Have Colon or Rectal Cancer</a>.</p>
42801    </div>
42802    <div class="secondary" >
42803
42804
42805        <div class="twocols">
42806
42807
42808            <ul class="twocols">
42809                <li><a
    href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-what-is-colorectal
    -cancer">What Is Colorectal Cancer?</a></li>
42810                <li><a
    href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-key-statistics">
    Key Statistics for Colorectal Cancer</a></li>
42811                <li><a
```

```
42811  href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-signs-and-symptoms
   …   ">Signs and Symptoms of Colorectal Cancer</a></li>
42812                  <li><a
   …   href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-diagnosis">
   …   Diagnosing Colorectal Cancer</a></li>
42813                  <li><a
   …   href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-staged">Colorectal
   …   Cancer Staging</a></li>
42814                  <li><a
   …   href="/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-survival-rates">
   …   Survival Rates for Colorectal Cancer by Stage</a></li>
42815                  <li><a
   …   href="/Treatment/UnderstandingYourDiagnosis/UnderstandingYourPathologyReport/
   …   ColonPathology/index">Understanding Your Pathology Report</a></li>
42816                  <li><a
   …   href="/Cancer/ColonandRectumCancer/MoreInformation/index">More Information About
   …   Colorectal Cancer</a></li>
42817                  </ul>
42818
42819          <hr/>
42820          <p>
42821
42822                  <a href="DetailedGuide/index" class="button">
42823                      DETAILED GUIDE
42824                  </a>
42825
42826
42827
42828                  <!-- Removed per Ravi 6-16-16 -->
42829
42830          </p>
42831
42832
42833      </div>
42834    </div>
42835  </div>
42836
42837
42838          </div>
42839      </section>
42840          <section class="full-pod even">
42841          <div class="container">
42842
42843
42844
42845
42846
42847
42848  <!--PillarType = Cancer Type, LayoutOption = 2 -->
42849  <div class="pod-double">
42850      <div class="intro">
42851          <h2>Colon Cancer Prevention and Early Detection</h2>
42852      </div>
42853      <div class="primary">
42854          <p>Living a healthy lifestyle can help reduce your risk of colorectal
   …   cancer. But regular screening is also important. Testing can often find colon cancer
   …   early, when it&rsquo;s most treatable, or sometimes even prevent it
   …   altogether. </p>
42855      </div>
42856      <div class="secondary">
42857          <div class="twocols">
42858              <ul class="twocols">
42859                  <li><a
   …   href='/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-risk-factors'>Risk
   …   Factors for Colorectal Cancer</a></li><li><a
   …   href='/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-what-causes'>
   …   Colorectal Cancer Causes</a></li><li><a
   …   href='/Cancer/ColonandRectumCancer/MoreInformation/ColonandRectumCancerEarlyDetection
```

```
42859… /index">Colorectal Cancer Early Detection</a></li><li><a
     … href='/Healthy/ToolsandCalculators/Videos/get-tested-for-colon-cancer-english'>Get
     … Tested for Colon Cancer [Video]</a></li><li><a
     … href='/Healthy/FindCancerEarly/ExamandTestDescriptions/faq-colonoscopy-and-
     … sigmoidoscopy'>FAQs About Colonoscopy and Sigmoidoscopy</a></li><li><a
     … href='/Healthy/EatHealthyGetActive/
     … ACSGuidelinesonNutritionPhysicalActivityforCancerPrevention/index'>Nutrition and
     … Physical Activity Guidelines</a></li><li><a
     … href='/Cancer/CancerCauses/DietandPhysicalActivity/BodyWeightandCancerRisk/index'>
     … Body Weight and Cancer Risk</a></li><li><a
     … href='/Healthy/StayAwayfromTobacco/index'>Stay Away From Tobacco</a></li>
42860                    </ul>
42861                </div>
42862                <hr />
42863                <p><a href="/Healthy/index" class="cancer-type-pillar-pod-layout-2"
     … id="pod-ACSQ-056197">Learn more in Stay Healthy</a></p>
42864            </div>
42865        </div>
42866
42867
42868                </div>
42869            </section>
42870                <section class="full-pod">
42871                <div class="container">
42872
42873
42874
42875
42876
42877
42878        <!--PillarType = Cancer Type, LayoutOption = 2 -->
42879        <div class="pod-double">
42880            <div class="intro">
42881                <h2>Colon Cancer Treatment and Support</h2>
42882            </div>
42883            <div class="primary">
42884                <p>If you are facing colorectal cancer, we can help you learn about your
     … treatment options and possible side effects, and point you to information and
     … services to help you get through treatment and live well afterward.</p>
42885            </div>
42886            <div class="secondary">
42887                <div class="twocols">
42888                    <ul class="twocols">
42889                        <li><a
     … href='/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-treating-general-
     … info'>Treating Colorectal Cancer</a></li><li><a
     … href='/Treatment/TreatmentsandSideEffects/PhysicalSideEffects/Ostomies/index'>Dealing
     … With Ostomies</a></li><li><a
     … href='/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-after-living'>
     … After Treatment for Colorectal Cancer</a></li><li><a
     … href='/Treatment/TreatmentsandSideEffects/PhysicalSideEffects/index'>Physical Side
     … Effects</a></li><li><a
     … href='/Treatment/TreatmentsandSideEffects/EmotionalSideEffects/index'>Coping With
     … Cancer</a></li><li><a
     … href='/Treatment/SurvivorshipDuringandAfterTreatment/NutritionforPeoplewithCancer/
     … index'>Nutrition for People With Cancer</a></li><li><a
     … href='/Treatment/FindingandPayingforTreatment/understandinghealthinsurance/index'>
     … Managing Insurance Issues</a></li><li><a
     … href='/Treatment/SupportProgramsServices/index'>Find Support Programs and
     … Services</a></li>
42890                    </ul>
42891                </div>
42892                <hr />
42893                <p><a href="/Treatment/index" class="cancer-type-pillar-pod-layout-2"
     … id="pod-ACSQ-056202">Learn more in Find Support and Treatment</a></p>
42894            </div>
42895        </div>
42896
```

```
42897
42898                         </div>
42899                     </section>
42900                             <section class="full-pod even">
42901                         <div class="container">
42902
42903
42904
42905
42906
42907
42908         <!--PillarType = Cancer Type, LayoutOption = 2 -->
42909         <div class="pod-double">
42910             <div class="intro">
42911                 <h2>Explore Colorectal Cancer Research</h2>
42912             </div>
42913             <div class="primary">
42914                 <p>The American Cancer Society is committed to relentlessly pursuing the
…    answers that will save lives from colon cancer. In fact, the Society has been a part
     of nearly every major cancer research breakthrough in recent history. </p>
42915             </div>
42916             <div class="secondary">
42917                 <div class="twocols">
42918                     <ul class="twocols">
42919                         <li><a
…    href='/Cancer/ColonandRectumCancer/DetailedGuide/colorectal-cancer-new-research'>What
…    's New in Colorectal Cancer Research</a></li><li><a
…    href='http://www.cancer.org/research/cancerfactsstatistics/colorectal-cancer-facts-
…    figures'>Colorectal Cancer Facts & Figures</a></li><li><a
…    href='http://www.cancer.org/research/acsresearchupdates/coloncancer/index'>ACS Colon
…    Cancer Research News </a></li><li><a
…    href='/Research/ACSResearchUpdates/colon-cancer-research'>ACS Colon Cancer Research
…    Highlights</a></li><li><a href='/AboutUs/HowWeHelpYou/about-us-research'>How We're
…    Working to Find Cures</a></li><li><a
…    href='/Treatment/TreatmentsandSideEffects/ClinicalTrials/index'>Clinical
…    Trials</a></li>
42920                     </ul>
42921                 </div>
42922                 <hr />
42923                 <p><a href="/Research/index" class="cancer-type-pillar-pod-layout-2"
…    id="pod-ACSQ-056203">Learn more in Explore Research</a></p>
42924             </div>
42925         </div>
42926
42927
42928                     </div>
42929                 </section>
42930                         <section class="full-pod">
42931                     <div class="container">
42932
42933
42934
42935
42936
42937
42938
42939         <!--PillarType = Cancer Type, LayoutOption = 3 -->
42940         <div class="pod-double">
42941             <div class="intro">
42942                 <h2>Get Involved</h2>
42943             </div>
42944             <div class="primary">
42945                 <p>You can make a difference in the fight against cancer by volunteering
…    your time, participating in an event, or donating to the cause. Find out about all
…    the ways you can get involved today. </p>
42946             </div>
42947             <div class="secondary">
42948                 <p>
```

```
42949                    <a href='/Involved/donate/donateonline/now/index
42950 ' class='button'>Donate Now</a><a href='/Involved/Volunteer/index
42951 ' class='button'>Volunteer</a><a href='/Involved/index' class='button
…     cancer-type-pillar-pod-layout-3' id='pod-ACSQ-056204-learn-more'>Learn More</a>
42952                    </p>
42953                </div>
42954        </div>
42955
42956
42957                    </div>
42958                </section>
42959                        <section class="full-pod even">
42960                        <div class="container">
42961
42962
42963
42964
42965 <div class="container">
42966     <div class="pod-triple with-image">
42967         <div class="intro">
42968             <h2>Stories of Hope</h2>
42969         </div>
42970         <div class="primary">
42971                         <img
…     src="/acs/groups/content/@editorial/documents/image/acspc-039390.jpg" alt="two
      laughing middle aged women" class="ignore-padding" />
42972         </div>
42973         <div class="secondary">
42974             <p>Read inspiring stories of people living with colon cancer</p>
42975                     <p><a
…     href="http://www.cancer.org/treatment/survivorshipduringandaftertreatment/
…     storiesofhope/storiesbytopic/index?topic=Colon%20and%20Rectum%20Cancer"
…     class="button">Read More Stories</a></p>
42976         </div>
42977         <div class="tertiary">
42978                     <ul>
42979
42980
42981                         <li><a
…     href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/colon-cancer-
…     survivor-dont-put-off-cancer-testing">Colon Cancer Survivor: 'Don't Put Off Cancer
…     Testing'</a></li>
42982                         <li><a
…     href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/to-colon-cancer-
…     survivor-laughter-is-the-best-medicine">To Colon Cancer Survivor, Laughter is the
…     Best Medicine</a></li>
42983
42984
42985                         <li><a
…     href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/colon-cancer-
…     survivor-says-routine-screening-saved-his-life">Colon Cancer Survivor Says Routine
…     Screening Saved His Life</a></li>
42986
42987                         <li><a
…     href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/colon-cancer-
…     battle-inspires-hope-lodge-volunteer-couple">Colon Cancer Battle Inspires Hope Lodge
…     Volunteer Couple</a></li>
42988
42989                     </ul>
42990
42991                         </div>
42992        </div>
42993 </div>
42994                </div>
42995            </section>
42996                    <section class="full-pod">
42997                    <div class="container">
42998
```

```
42999
43000  <div class="pod-double with-image">
43001          <div class="intro">
43002              <h2>Online Support Communities</h2>
43003          </div>
43004          <div class="primary">
43005
43006                  <img
   …  src="/acs/groups/content/@editorial/documents/image/acspc-036753.jpg" alt="three
   …  hands on computer mouse" title="three hands on computer mouse" />
43007
43008
43009          </div>
43010      <div class="secondary">
43011          <p>Facing colorectal cancer?  Connect with others and get support
   …  through our online communities, <a target="_blank"
   …  href="http://csn.cancer.org/forum/128">Cancer Survivors Network</a> and <a
   …  href="http://acs.mylifeline.org" target="_blank">MyLifeLine.org</a>.</p>
43012
43013
43014
43015
43016
43017      </div><!-- end secondary-->
43018  </div>
43019
43020              </div>
43021          </section>
43022              <section class="full-pod even">
43023              <div class="container">
43024
43025
43026
43027  <div class="container">
43028      <div class="pod-triple with-image">
43029          <div class="intro">
43030              <h2>Colon Cancer in the News</h2>
43031          </div>
43032          <div class="primary">
43033              <img src="/acs/groups/content/documents/image/acspc-035859.jpg"
   …  alt="Colon Cancer News" class="ignore-padding" />
43034          </div>
43035          <div class="secondary">
43036              <p>Read the latest developments in colon cancer</p>
43037              <p><a href="/Cancer/news/index" class="button">Read More News</a></p>
43038          </div>
43039          <div class="tertiary">
43040                  <ul>
43041
43042
43043                      <li><a
   …  href="/Cancer/news/Features/can-aspirin-prevent-cancer">Can Aspirin Prevent
   …  Cancer?</a></li>
43044
43045                      <li><a
   …  href="/Cancer/news/News/report-number-of-cancer-survivors-continues-to-grow">ACS
   …  Report:  Number of US Cancer Survivors Expected to Exceed 20 Million by 2026</a></li>
43046
43047                      <li><a
   …  href="/Cancer/news/Features/4-cancer-screening-tests-for-men">4 Cancer Screening
   …  Tests for Men</a></li>
43048
43049                      <li><a
   …  href="/Cancer/news/Features/cancer-screening-tests-all-women-should-know-about">
   …  Cancer Screening Tests All Women Should Know About</a></li>
43050
43051                  </ul>
43052
```

```
43053                </div>
43054            </div>
43055 </div>
43056                </div>
43057            </section>
43058 <!--[/form]-->
43059    </div><footer class="site">
43060      <script>
43061
43062 function get_hostname(url) {
43063        var m = ((url||'')+'').match(/^http:\/\/[^/]+/);
43064        return m ? m[0] : null;
43065 }
43066
43067 $(document).ready(function(){
43068        var currentDomain =
…    get_hostname(window.location.href).split("//")[1].toLowerCase();
43069        if(currentDomain == "m.cancer.org" || currentDomain ==
…    "mstage.qa.cancer.org")
43070        {
43071                $("#footerPromo").hide();
43072
43073        }
43074
43075 });
43076 </script>
43077
43078
43079
43080 <div class="column-links container_12">
43081     <nav>
43082        <ul>
43083            <li><h4>Cancer Information
43084 </h4></li>
43085
43086                <li><a href="/Cancer/CancerBasics/index">Cancer Basics</a></li>
43087                <li><a
…    href="/Healthy/FindCancerEarly/CancerScreeningGuidelines/index">Cancer Prevention &
…    Detection</a></li>
43088                <li><a href="/Cancer/CancerBasics/signs-and-symptoms-of-cancer">Signs
…    & Symptoms of Cancer</a></li>
43089                <li><a href="/Treatment/TreatmentsandSideEffects/index">Treatments &
…    Side Effects</a></li>
43090                <li><a href="/research/cancerfactsstatistics/index">Cancer Facts &
…    Statistics</a></li>
43091                <li><a href="/Cancer/news/index">News About Cancer</a></li>
43092                <li><a href="/cancer/news/expertvoices/default">Expert Voices
…    Blog</a></li>
43093
43094        </ul>
43095        <ul>
43096            <li><h4>Programs & Services</h4></li>
43097
43098                <li><a
…    href="/treatment/supportprogramsservices/reach-to-recovery">Breast Cancer
…    Support</a></li>
43099                <li><a href="http://www.tlcdirect.org">TLC Hair Loss & Mastectomy
…    Products</a></li>
43100                <li><a href="/treatment/supportprogramsservices/hopelodge/index">Hope
…    Lodge® Lodging</a></li>
43101                <li><a
…    href="/treatment/supportprogramsservices/road-to-recovery">Rides To
…    Treatment</a></li>
43102                <li><a
…    href="/Treatment/SupportProgramsServices/OnlineCommunities/index">Online Support
…    Communities</a></li>
43103                <li><a href=""></a></li>
43104
```

```
43105                </ul>
43106            <ul>
43107                <li><h4>ACS Events</h4></li>
43108
43109                    <li><a
 …    href="http://makingstrides.acsevents.org/site/PageServer?pagename=
      MSABC_CY14_FindAnEvent">Making Strides Against Breast Cancer Walks</a></li>
43110                    <li><a href="/Involved/Participate/CoachesvsCancer/index">Coaches vs.
 …    Cancer</a></li>
43111                    <li><a
 …    href="http://relay.acsevents.org/site/PageServer?pagename=relay">Relay For Life
      Events</a></li>
43112                    <li><a href="http://college.relayforlife.org/">College Relay For
 …    Life</a></li>
43113                    <li><a href="http://www.relayrecess.org">Relay Recess</a></li>
43114                    <li><a
 …    href="/Involved/Donate/OtherWaystoGive/cars-for-a-cure-donate-your-car-to-charity-to-
 …    help-fight-cancer">Donate a Car</a></li>
43115
43116            </ul>
43117            <ul>
43118                <li><h4>About ACS</h4></li>
43119
43120                    <li><a href="/AboutUs/index">About Us</a></li>
43121                    <li><a href="/AboutUs/HowWeHelpYou/ContactUs/Index">Contact
 …    Us</a></li>
43122                    <li><a href="/Treatment/SupportProgramsServices/index">Local
 …    Offices</a></li>
43123                    <li><a href="/Involved/Volunteer/index">Volunteer</a></li>
43124                    <li><a
      href="/AboutUs/EmploymentOpportunities/index">Employment</a></li>
43125                    <li><a href="/aboutus/become-a-supplier">Become a Supplier</a></li>
43126                    <li><a
 …    href="/AboutUs/WhoWeAre/Governance/report-fraud-or-abuse">Report Fraud or
 …    Abuse</a></li>
43127
43128            </ul>
43129            <ul>
43130                <li><h4>More ACS Sites</h4></li>
43131
43132                    <li><a href="/Cancer/Bookstore/index">Bookstore</a></li>
43133                    <li><a href="http://www.acscan.org">ACS CAN</a></li>
43134                    <li><a href="http://www.cancer.org/shop">Shop</a></li>
43135                    <li><a href="http://canceratlas.cancer.org/">Cancer Atlas</a></li>
43136                    <li><a href="/AboutUs/GlobalHealth/index">Global Health</a></li>
43137                    <li><a href="http://cancer.org/fight">Finish the Fight</a></li>
43138                    <li><a href="http://pressroom.cancer.org">Press Room</a></li>
43139                    <li><a href="http://m.cancer.org">Mobile Site</a></li>
43140
43141            </ul>
43142        </nav>
43143    </div>
43144
43145
43146
43147    <script type="text/javascript">_satellite.pageBottom();</script>
43148
43149        <div class="footer-bottom container_12">
43150            <ul class="pipes">
43151            <li><a href="/AboutUs/HowWeHelpYou/OnlineHelp/index">Help</a></li>
43152            <li><a href="/AboutUs/Sitemap/index">Site Map</a></li>
43153            <li><a href="/AboutUs/ACSPolicies/PrivacyPolicies/index">Privacy</a></li>
43154            <li><a
 …    href="/AboutUs/ACSPolicies/accessibility-at-the-american-cancer-society-policy">
 …    Accessibility</a></li>
43155            <li><a href="/AboutUs/ACSPolicies/user-agreement">Terms of Use</a></li>
43156            <li><a href="/AboutUs/ACSPolicies/state-fundraising-notices">State
 …    Fundraising Notices</a></li>
```

```
43157
43158            <a style="font-weight:bold" onclick="iperceptions.ipeCC()"
      href="javascript:void(0);">Site Comments</a>
43159            </li>
43160        </ul>
43161        <ul class="grid_8">
43162            <li><a   class="aimg"
      href="http://charityreports.bbb.org/public/seal.aspx?ID=1413312005"><img
      src="/acs/groups/content/documents/webasset/footer-bbb.jpg" alt="BBB" /></a> <a
      href="http://www.bbb.org/charity-reviews/national/cancer/american-cancer-society-in-
      atlanta-ga-186">Better Business Bureau</a></li>
43163            <li><a   class="aimg" href="http://www.hon.ch/"><img
      src="/acs/groups/content/documents/webasset/footer-hon.jpg" alt="HON" /></a> <a
      href="http://www.hon.ch/HONcode/Conduct.html?HONConduct788421">Health On The
      Net</a></li>
43164            <li><a   class="aimg" href="http://www.nationalhealthcouncil.org/"><img
      src="/acs/groups/content/documents/webasset/footer-nhc.jpg" alt="National Health
      Council Standards of Excellence Certification Program" /></a> <a
      href="http://www.nationalhealthcouncil.org/pages/standards.php">National Health
      Council</a></li>
43165            </ul>
43166            <p class="small-print grid_4">&copy; 2016 American Cancer Society, Inc. All
      rights reserved.
43167            The American Cancer Society is a qualified 501(c)(3) tax-exempt
      organization.
43168            Cancer.org is provided courtesy of the <a
      href="/AboutUs/HonoringPeopleWhoAreMakingADifference/the-leo-rosen-family">Leo and
      Gloria Rosen</a> family.
43169        </p>
43170    </div>
43171 <script type="text/javascript">
43172
43173 iperceptions = window.iperceptions || {};
43174
43175 //BEGIN Configuration variables
43176 iperceptions.imgRootPath = "/iperceptions/118332/en/images/";
43177 iperceptions.imgSizeOut = [68, 68];
43178 iperceptions.imgSizeOver = [180, 68];
43179 iperceptions.blockMobile = true;
43180 iperceptions.surveyID = 118332;
43181 iperceptions.langID = 1;
43182 iperceptions.posX = 'right';
43183 iperceptions.posY = 'middle';
43184 iperceptions.winWidth = 480;
43185 iperceptions.winHeight = 580;
43186
43187 //Reserved for advanced use.  Do not modify these.
43188 iperceptions.iconBrandID = null;
43189 iperceptions.logoBrandID = null;
43190 iperceptions.siteID = null;
43191 iperceptions.imgOut = iperceptions.imgRootPath + "mr" + (iperceptions.iconBrandID ?
      "_" + iperceptions.iconBrandID : "") + ".png";
43192 iperceptions.imgOver = iperceptions.imgRootPath + "mr_over" +
      (iperceptions.iconBrandID ? "_" + iperceptions.iconBrandID : "") + ".png";
43193 //END Configuration variables.
43194
43195
43196 iperceptions.isMobile = (function(a){return
      (/android|avantgo|blackberry|blazer|compal|elaine|fennec|hiptop|iemobile|ip(hone|od|
      ad)|iris|kindle|lge |maemo|midp|mmp|opera m(ob|in)i|palm(
      os)?|phone|p(ixi|re)\/|plucker|pocket|psp|symbian|treo|up\.(browser|link)|vodafone|
      wap|windows (ce|phone)|xda|xiino|googlebot|google web
      preview|msbot|yahoo|bingbot|silk|mobile|rim
      tablet|hp-tablet|touch;|touch\)|wpdesktop/i.test(a))})(navigator.userAgent ||
      navigator.vendor || window.opera);
43197
43198 //API function to add floating icon
43199 iperceptions.ipeIcon = function(config) {
```

```
43200            config = config || {};
43201            if(iperceptions.launchedIcon) {
43202                return;
43203            }
43204            iperceptions.launchedIcon = true;
43205
43206            var _pos_x = config.pos_x || iperceptions.posX, //left|middle|right
43207                _pos_y = config.pos_y || iperceptions.posY, //'top'|middle|bottom
43208                _img_out = config.img_out || iperceptions.imgOut,
43209                _img_over = config.img_over || iperceptions.imgOver,
43210                _size_out = iperceptions.imgSizeOut || [68, 68],
43211                _size_over = iperceptions.imgSizeOver || [180, 68],
43212                _size_current = _size_out,
43213                _id = Math.ceil(Math.random() * 10000),
43214                _img_id = 'UIF-IMG-' + _id,
43215                _page = '<img id="' + _img_id + '" ' +
43216            ' src="' + _img_out + '"' +
43217
...            'style="display:none;position:fixed;cursor:pointer;margin:0px!important;padding:0px!
important;border:0px!important;' +
43218                'z-index: 2147483647!important;' +
43219                (_pos_x == 'right' ? 'text-align:right!important;' :
...            'text-align:left!important;') +
43220                (_pos_y == 'bottom' ? 'vertical-align:bottom!important;' :
...            'vertical-align:top!important;') +
43221                'background-color:transparent!important;"/>',
43222            _img, _is_ie, _icon_timer;
43223
43224            //Generic method to attach an event to a DOM element
43225            domAddEvent = function (target, eventName, handlerFn) {
43226                if (target.addEventListener)
43227                    target.addEventListener(eventName, handlerFn, true);
43228                else if (target.attachEvent)
43229                    target.attachEvent("on" + eventName, handlerFn);
43230                else
43231                    target["on" + eventName] = handlerFn;
43232            },
43233
43234            ipeSetPos = function(pos_x, pos_y) {
43235                var divW = _size_current[0],
43236                    divH = _size_current[1],
43237                    viewsize = iperceptions.viewSize(),
43238                    bodyWidth, bodyHeight, winW, winH;
43239
43240                //Our default viewsize calculation sometimes to include the scrollbar.
...            document.documentElement.client[Width|Height] do not include scrollbar.
43241                bodyWidth = document.documentElement.clientWidth;
43242                if (bodyWidth > 0 && bodyWidth < viewsize[0]) {
43243                    viewsize[0] = bodyWidth;
43244                }
43245
43246                bodyHeight = document.documentElement.clientHeight;
43247                if (bodyHeight > 0 && bodyHeight < viewsize[1]) {
43248                    viewsize[1] = bodyHeight;
43249                }
43250
43251                winW = parseInt((viewsize[0] - divW));
43252                winH = parseInt((viewsize[1] - divH));
43253
43254                if (pos_x == 'left') { _img.style.left = '0px'; }
43255                else if (pos_x == 'right') { _img.style.right = '0px'; }
43256                else if(winW >= 0) { _img.style.left = (winW / 2 >> 0) + 'px'; }
43257                if (pos_y == 'top') { _img.style.top = '0px'; }
43258                else if (pos_y == 'bottom') { _img.style.bottom = "0px"; }
43259                else if(winH >= 0) { _img.style.top = (winH / 2 >> 0) + 'px'; }
43260            },
43261
43262            isIE = function() {
```

```
43263              var ua = navigator.userAgent.toLowerCase(),
43264              isOpera = (ua.indexOf('opera') != -1);
43265              return ua.indexOf('msie') != -1 && !isOpera && (ua.indexOf('webtv') ==
-1);
43266          },
43267
43268          IEMajorVersion = function() {
43269              var m = /MSIE\s*(\d*)/.exec(navigator.userAgent),
43270                  v = (m && m[1]) || -1;
43271              if(isNaN(parseInt(v, 10))) {
43272                  v = -1;
43273              }
43274              return v;
43275          },
43276
43277          ipeIconComplete = function() {
43278              _img = document.getElementById(_img_id);
43279              _img.style.display = "block";
43280              ipeSetPos(_pos_x, _pos_y);
43281
43282              domAddEvent(window, 'resize', function () { ipeSetPos(_pos_x, _pos_y);
});
43283              domAddEvent(window, 'scroll', function () { ipeSetPos(_pos_x, _pos_y);
});
43284              domAddEvent(_img, "mouseout", function () {
43285                  _img.src = _img_out;
43286                  _size_current = _size_out;
43287              });
43288              domAddEvent(_img, "mouseover", function () {
43289                  _img.src = _img_over;
43290                  _size_current = _size_over;
43291              });
43292              domAddEvent(_img, "click", function (e) {
43293                  iperceptions.ipeCC(config);
43294              });
43295          };
43296
43297      _is_ie = isIE();
43298
43299      //Now blocking IE6 and mobile devices
43300      if(_is_ie && IEMajorVersion() < 7) {
43301          return;
43302      }
43303      if(iperceptions.blockMobile && iperceptions.isMobile) {
43304          return;
43305      }
43306
43307      _icon_timer = setInterval(function() {
43308          if(document.readyState === "complete") {
43309              if (_is_ie && IEMajorVersion() < 10) {
43310                  document.body.insertAdjacentHTML("beforeEnd", _page);
43311              } else {
43312                  _dL = document.createElement("div");
43313                  _dL.innerHTML = _page;
43314                  document.body.appendChild(_dL);
43315              }
43316              clearInterval(_icon_timer);
43317              ipeIconComplete();
43318          }
43319      }, 250);
43320 }
43321
43322
43323 //API function to launch comment card
43324 iperceptions.ipeCC = function(config) {
43325     var config = config || {};
43326     config.surveyID = config.surveyID || iperceptions.surveyID;
43327
```

```
43328             iperceptions.launch(config);
43329    }
43330
43331    iperceptions.viewSize = function() {
43332         var width = 0, height = 0;
43333         if (typeof (window.innerWidth) == 'number') {
43334             width = window.innerWidth;
43335             height = window.innerHeight;
43336         } else if (document.documentElement && (document.documentElement.clientWidth ||
         document.documentElement.clientHeight)) {
43337             width = document.documentElement.clientWidth;
43338             height = document.documentElement.clientHeight;
43339         } else if (document.body && (document.body.clientWidth ||
         document.body.clientHeight)) {
43340             width = document.body.clientWidth;
43341             height = document.body.clientHeight;
43342         }
43343         return [width, height];
43344    }
43345
43346    iperceptions.launch = function(config) {
43347         config.langID = config.langID || iperceptions.langID;
43348
43349         var RC = function(n){var nEQ= n+'='; var ca= document.cookie.split(';');for(var
         i=0;i < ca.length;i++) {var c= ca[i];while (c.charAt(0)==' ') c=
         c.substring(1,c.length);if (c.indexOf(nEQ) == 0) return
         c.substring(nEQ.length,c.length);} };
43350
43351         var name = "IPerceptions_comment_" + config.surveyID;
43352         var w = 0, h = 0, url = "", l = 0, t = 0, vs = iperceptions.viewSize(),
43353             sdfc = "e8abdf4f" + "-" + config.surveyID + "-" +
         "3a07d5ce-0cd2-4702-bb09-9246b2aa907e";
43354         w = iperceptions.winWidth || 480;
43355         h = iperceptions.winHeight || 580;
43356         l = Math.max((vs[0] - w) / 2, 0);
43357         t = Math.max((vs[1] - h) / 2, 0);
43358         url = window.location.protocol +
         "//ips-invite.iperceptions.com/WebValidator.aspx?lID=" + config.langID + "&sdfc=" +
         sdfc + "&source=91787&destination=commentcard&referrer=" +
         encodeURIComponent(window.location.href) + (iperceptions.logoBrandID ? "&brandID=" +
         iperceptions.logoBrandID : "" ) + (iperceptions.siteID ? "&siteID=" +
         iperceptions.siteID : "" );
43359
43360         var features = "width=" + w + ",height=" + h + ", left=" + l + ", top=" + t + ",
         resizable=yes, toolbar=no, location=no, directories=no, status=no, menubar=no,
         scrollbars=yes, copyhistory=no";
43361
43362         window.open(url, name, features);
43363    }
43364
43365    </script>
43366
43367
43368    </footer>
43369    <div style="display:none;"><p><img height="1" width="1"
         src="http://g.msn.com/action/907440?Tag=MSFT_ACS_Colon_Cancer&Sig=
         704ec37055987d1a731f6caee261a76e&Ver=1"/></p>
43370    </div>
43371    <!-- #### TEMPLATES BEGIN ####-->
43372
43373         <!--# GLOSSARY TEMPLATE BEGIN-->
43374         <script id="glossaryTemplate" type="text/html">
43375         <div data-bind="ifnot: glossary.Definition == null">
43376             <div id="Container-Glossary">
43377                 <div id="divGlossary">
43378                     <div>
43379                         <div class="search-glossary-result">
43380                             <h3 id="Glossary-Word" data-bind="text: glossary.Word"></h3>
```

```
43381              <!--<div id="Glossary-Pronunciation" data-bind="if:
…    glossary.Pronunciation.length > 0">
43382                           <span>[<span class="pronounce" data-bind="html:
…    glossary.Pronunciation"></span>]</span>
43383                           </div>-->
43384                           <div id="Glossary-Definition" data-bind="html:
…    glossary.Definition"></div>
43385                           <div id="Glossary-View"><a title="View Glossary Terms"
…    href="http://www.cancer.org/cancer/cancerglossary/index">View Glossary</a></div>
43386                           </div>
43387                       </div>
43388                   </div>
43389              </div>
43390          </div>
43391      </script>
43392      <!--#GLOSSARY TEMPLATE END-->
43393
43394      <!--#SEARCH TEMPLATE BEGIN-->
43395      <script type="text/html" id="searchTemplate">
43396
43397          <!--LOCAL SEARCH BEGIN-->
43398          <!--LOCAL SEARCH END-->
43399
43400
43401          <div data-bind="foreach: SearchResutlItem">
43402
43403              <!--TYPE KEY MATCH BEGIN-->
43404              <div data-bind="if: DocType=='GM' && Page==1">
43405                   <div class="SearchItemLocal searchitem">
43406                       <span class="featuredArrow"><img
…    src="/acs/groups/content/documents/image/acsd-010888.png"></span>
43407                       <h3 style='padding-left: 8px;margin-top:-18px;'><a
…    class="searchTitle" data-bind="attr: {href: URL, title: Title}, html:
     Title"></a></h3>
43408                       <p class='urlText' style='padding-left: 8px;' data-bind="html:
…    URL"></p>
43409                   </div>
43410              </div>
43411              <!--TYPE KEY MATCH END-->
43412
43413              <!--TYPE DEFAULT BEGIN-->
43414              <div data-bind="if: DocType==''">
43415                   <div class="SearchItem">
43416                       <h3><a class="searchTitle" data-bind="attr: { href: URL, }, html:
…    Title"></a></h3>
43417                       <p class='urlText' data-bind="html: URL"></p>
43418                       <div class="SearchItemDescription"
…    data-bind='html:Description'></div>
43419                   </div>
43420
43421
43422              </div>
43423              <!--TYPE DEFAULT END-->
43424
43425              <!--TYPE PDF BEGIN-->
43426              <div data-bind="if: DocType=='PDF'">
43427                   <div class="SearchItem">
43428                       <h3><a data-bind="attr:{href: URL, title: Title}"
…    target="_blank"><span data-bind="text: '[PDF] '" ></span><span data-bind="attr:{href:
…    URL, title: Title}, html:Title"></span></a></h3>
43429                       <p class='urlText' data-bind="html: URL"></p>
43430                       <div class="SearchItemDescription" data-bind="html:
…    Description"></div>
43431                   </div>
43432              </div>
43433              <!--TYPE PDF END-->
43434
43435              <!--TYPE VIDEO BEGIN-->
```

Page 1263

```
43436                    <div data-bind="if: DocType=='VIDEO'">
43437                        <div class="SearchItem">
43438                            <a data-bind="attr:{href: URL, alt: Title}"
…    class="video-thumb-autoplay">
43439                                <img data-bind="attr:{src: IMG}" alt="" class="ignore-padding
…    thumbnail">
43440                                <div class="play-button"></div>
43441                            </a>
43442                            <div class="videoContent">
43443                                <h3><span class="videoTitle"><a class="video-thumb-autoplay"
…    style='border-bottom: dotted 1px #94b2dc;' data-bind="attr:{href: URL},
…    html:Title"></a></span></h3>
43444                                <p class="urlText" data-bind="html: URL"></p>
43445                                <span class="SearchItemDescription"
…    data-bind="html:Description"></span>
43446                            </div>
43447                        </div>
43448                    </div>
43449                    <!--TYPE VIDEO END-->
43450
43451                    <!--TYPE INFOGRAPHIC BEGIN-->
43452                    <div data-bind="if: DocType=='INFOGRAPHIC'">
43453                        <div class="SearchItem">
43454                            <div data-bind="ifnot: Thumbnail.length == 0 ">
43455                                <div class="infographic_result_img">
43456                                    <img data-bind="attr:{src:
…    '../acs/groups/content/documents/image/' + Thumbnail}" alt="Infographic thumbnail" />
43457                                </div>
43458                            </div>
43459                            <div class="infographic_result">
43460                                <h3><a class="searchTitle" data-bind="attr: { href: URL, },
…    html: Title"></a></h3>
43461                                <p class='urlText' data-bind="html: URL"></p>
43462                                <div class="SearchItemDescription"
…    data-bind='html:Description'></div>
43463                            </div>
43464
43465                            <div style="clear:both"></div>
43466                        </div>
43467                    </div>
43468                    <!--TYPE INFOGRAPHIC END-->
43469                </div>
43470        </script>
43471
43472    <!--#PROMO MAIN SECTION TEMPLATE BEGIN-->
43473        <script id="promo_M_Template" type="text/html">
43474
43475                    <div data-bind="foreach: Promo">
43476                        <a data-bind="attr:{href:RedirectURL,title:PromoName}">
43477                            <img data-bind="attr:{src:
…    '../acs/groups/content/documents/image/' + ImageFileName, alt:PromoName}" />
43478                        </a>
43479                    </div>
43480
43481        </script>
43482        <!--# PROMO MAIN SECTION TEMPLATE END-->
43483
43484        <!--# PROMO RIGHT SECTION TEMPLATE BEGIN-->
43485        <script id="promo_R_Template" type="text/html">
43486            <div data-bind="foreach: Promo">
43487                <a data-bind="attr:{href:RedirectURL,title:PromoName}">
43488                    <img data-bind="attr:{src: '../acs/groups/content/documents/image/' +
…    ImageFileName, alt:PromoName}" />
43489                </a>
43490            </div>
43491
43492        </script>
43493        <!--# PROMO RIGHT SECTION TEMPLATE END-->
```

```
43494
43495        <!--# EVENTS TEMPLATE BEGIN-->
43496        <script id="eventsTemplate" type="text/html">
43497            <div data-bind="ifnot: Events.length == 0 ">
43498                <div class="localHeader">
43499                    <h3>Events in Your Area</h3>
43500                </div>
43501                <div class='rightBox'>
43502
43503                    We have a variety of events happening in
43504
43505                        <b>
43506                            <div data-bind="ifnot: city == null"
     style='display:inline-block'>
43507                                <span id='city-events1' data-bind="text: city"
     class='firstLetterCap' style='display:inline-block'></span>, <span
     data-bind="text: state"></span>
43508                            </div>
43509                            <div data-bind="ifnot: zip == null"
     style='display:inline-block'>
43510                                <span data-bind="text: zip"></span>
43511                            </div>
43512                        </b>&mdash; Get involved!
43513
43514                    <div style='clear:both;margin-bottom:10px;'></div>
43515                    <div data-bind="foreach: Events">
43516                        <div class='linkListItem' >
43517                            <span data-bind="ifnot: OnlineEventSite == null" >
43518                                <a data-bind="attr: {href: OnlineEventSite, title:
     EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
     +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
43519                            </span>
43520                            <span data-bind="if: OnlineEventSite == null" >
43521                                <a data-bind="attr: {href:
     'http://www.cancer.org/involved/participate/app/event-details?event=' + EventId,
     title: EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
     +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
43522                            </span>
43523                        </div>
43524                        <div class='boxLink'>
43525                            <div data-bind="ifnot: city == null" ><img
     src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
     style="float:left;margin: 5px 5px 0 -8px;">
43526                                <a data-bind="attr:{href:
     'http://www.cancer.org/involved/participate/app/event-search.aspx?city=' + city +
     '&state=' + state}, text:'Find More Events'"></a>
43527                            </div>
43528                            <div class="read-more-icon" data-bind="ifnot: zip == null" ><img
     src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
     style="float:left;margin: 5px 5px 0 -8px;">
43530                                <a data-bind="attr:{href:
     'http://www.cancer.org/involved/participate/app/event-search.aspx?zip=' + zip}, text:
     'Find More Events'"></a>
43531                            </div>
43532                        </div>
43533                    </div>
43534                </div>
43535        </script>
43536        <!--# EVENTS TEMPLATE END-->
43537
43538        <!--# RELATED TEMPLATE BEGIN-->
43539        <script id="RelatedTemplate" type="text/html">
43540            <div data-bind="ifnot: typeof Related == 'undefined'">
43541                <ul id="divRelated" data-bind="foreach: Related.clusters">
43542                    <li>
43543                        <a data-bind="attr:{href: '?QueryText=' + label}, text: label,
     title: label" target="_self"></a>
```

```
43544                       </ul>
43545                   </div>
43546               </div>
43547           </script>
43548           <!--# RELATED TEMPLATE END-->
43549
43550           <!--# RESOURCES TEMPLATE BEGIN-->
43551           <script id="resourcesTemplate" type="text/html">
43552
43553               <div data-bind="if: Resources.length !== 0">
43554                   <div data-bind="if: zip == '000000' && city == null">
43555                       <div class="localHeader">
43556                           <h3>National Resources</h3>
43557                       </div>
43558                       <div class='rightBox'>
43559                           <div data-bind="foreach: Resources.Resources">
43560                               <div class='linkListItem'>
43561                                   <a data-bind="attr: {href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
OrganizationName"></a>
43562                               </div>
43563                           </div>
43564                           <div class='boxLink'>
43565                               <a data-bind="attr:{href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search'}">
43566                                   Find More Resources
43567                               </a>
43568                           </div>
43569                       </div>
43570                   </div>
43571
43572               <div data-bind="if: (zip !== null || zip !== '000000') || city !==
null">
43573                   <div class="localHeader">
43574                       <h3>Resources in Your Area</h3>
43575                   </div>
43576                   <div class='rightBox'>
43577                       We have a variety of programs and services available in
43578                       <b><div data-bind="ifnot: city == null"
style='display:inline-block'><span id='city-resources2' data-bind="text: city"
class='firstLetterCap' style='display:inline-block'></span>, <span data-bind="text:
state"></span></div>
43579                           <div data-bind="ifnot: zip == null"
style='display:inline-block;margin: 0 0 0 -3px;'><span data-bind="text: zip"></span>
43580                           </div>
43581                       </b>
43582                       <div style='clear:both;margin-bottom: 10px;'></div>
43583                       <div data-bind="foreach: Resources">
43584                           <div class='linkListItem'>
43585                               <a data-bind="attr: {href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
OrganizationName"></a>
43586                           </div>
43587                       </div>
43588                       <div class='boxLink'>
43589                           <div data-bind="ifnot: city == null" ><img
src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
style="float:left;margin: 5px 5px 0 -8px;">
43590                               <a data-bind="attr:{href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&city=
' + city +'&state=' + states.indexOf(state)}">Find More Resources</a>
43591                           </div>
43592                           <div data-bind="ifnot: zip == null" ><img
src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
style="float:left;margin: 5px 5px 0 -8px;">
43593                               <a data-bind="attr:{href:
```

```
43593…  'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&zip'
     …  + zip}">Find More Resources</a>
43594                                </div>
43595                            </div>
43596                        </div>
43597                    </div>
43598        </script>
43599        <!--# RESOURCES TEMPLATE END-->
43600
43601        <!--# OFFICE TEMPLATE BEGIN-->
43602        <script id="officeTemplate" type="text/html">
43603            <div data-bind="if: Offices.length>0">
43604                <div id="divOffices">
43605
43606                    <div id="map-canvas"></div>
43607                    <div class='rightBox'>
43608
43609                        Here are the local offices for<b>
43610                            <span data-bind="ifnot: city=='null'">
43611                            <span data-bind="text: city" class='firstLetterCap'
     …  style='display:inline-block'></span>, <span data-bind="text: state"></span>
43612                            </span>
43613
43614                            <span data-bind="ifnot: zip=='null'">
43615                                <span data-bind="text: zip"></span>
43616                            </span>
43617                        </b>
43618                        <div style='clear:both;margin-bottom:20px;'></div>
43619
43620                        <div data-bind="foreach: Offices">
43621                            <div class="offices">
43622                                <h3><span data-bind="text: office_name"></span></h3>
43623                                <span data-bind="text: address1"></span><br />
43624                                <div data-bind="ifnot: address2==''">
43625                                    <span data-bind="text: address2"></span><br />
43626                                </div>
43627                                <span data-bind="text: city"></span>, <span
     …  data-bind="text: StateAbbreviation"></span>
43628                                <span class='zipcode' data-bind="text:
     …  zip_code"></span></span><br />
43629                                <p>Phone: <span class='phone' data-bind='text:
     …  published_phone'></span></p>
43630                                <div style="display:none">
43631                                    <p id="lat" class="lat" data-bind="text:
     …  latitude"></p>
43632                                    <p id="lng" class="lng" data-bind="text:
     …  longitude"></p>
43633                                </div>
43634                            </div>
43635                        </div>
43636                    </div>
43637                </div>
43638            </div>
43639        </script>
43640        <!--# OFFICE TEMPLATE END-->
43641
43642        <!--# SEARCH STATS TEMPLATE BEGIN-->
43643
43644        <script id="searchStatsTemplate" type="text/html">
43645        </script>
43646        <!--# SEARCH STATS TEMPLATE END-->
43647
43648        <!--# SEARCH TABS TEMPLATE BEGIN-->
43649        <script id="tabsTemplate" type="text/html">
43650
43651            <span data-bind="if: oTabs.tabs[2].length>1">
43652            <div id="pagination-present">
43653
```

Page 1267

```
43654              <span data-bind="if: Page>1">
43655
43656
43657              </span>
43658              <span data-bind="if: Page<2">
43659                  <a class="DisableIt"></a>
43660              </span>
43661              <span data-bind="foreach: oTabs.tabs[2]">
43662                  <b data-bind="if:  parseInt(Page)== parseInt(tab)">
43663                      <b class="active" data-bind="text: tab"></b>
43664                  </b>
43665                  <span data-bind="if:  parseInt(Page) != parseInt(tab)">
43666                      <a class="tab" data-bind="attr: { href: '?QueryText=' + query +
      '&Page=' + tab }, text: tab"></a>
43667                  </span>
43668              </span>
43669              <span data-bind="if: parseInt(Page) < parseInt(TotalCount)">
43670
43671
43672
43673              </span>
43674              <span data-bind="if: parseInt(Page) >= parseInt(TotalCount)">
43675                  <a class="DisableIt"></a>
43676              </span>
43677          </div>
43678          </span>
43679
43680      </script>
43681      <!--# SEARCH TABS TEMPLATE END-->
43682
43683      <!--#### TEMPLATES END-->
43684  </body>
43685
43686      <link href="/acs/fragments/searchknockout/css/jquery-ui.css" rel="stylesheet" />
43687      <script src="/acs/fragments/searchknockout/scripts/jquery-ui.min.js"></script>
43688      <!-- removed jquery.1.7.1.min.js and jquery-ui.js -->
43689      <script src="/acs/fragments/searchknockout/ko/knockout.js"
      defer="defer"></script>
43690      <script src="/acs/fragments/searchknockout/ko/common.js"></script>
43691      <script src="/acs/fragments/searchknockout/ko/address_functions.js"></script>
43692      <script src="/acs/fragments/searchknockout/ko/tabs_controller.js"></script>
43693      <script src="/acs/fragments/searchknockout/ko/glossary_controller.js"
      defer="defer"></script>
43694      <script src="/acs/fragments/searchknockout/ko/events_controller.js"></script>
43695      <script src="/acs/fragments/searchknockout/ko/resources_controller.js"
      defer="defer"></script>
43696      <script src="/acs/fragments/searchknockout/ko/search_controller.js"></script>
43697      <script src="/acs/fragments/searchknockout/ko/office_controller.js"
      defer="defer"></script>
43698      <script src="/acs/fragments/searchknockout/ko/promo_controller.js"></script>
43699      <script src="/acs/fragments/searchknockout/ko/related_controller.js"></script>
43700      <script src="/acs/fragments/searchknockout/ko/default_scripts.js"></script>
43701      <script src="/acs/fragments/searchknockout/scripts/prettyphoto.min.js"></script>
43702      <script
      src="/acs/fragments/searchknockout/scripts/prettyphototemplate.js"></script>
43703
43704
43705  </html>
43706
43707  ****************************************************
43708  The following data is from cancer_org-source-main-20160621.txt
43709  ****************************************************
43710  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
43711  <meta http-equiv="x-ua-compatible" content="IE=Edge"/>
43712  <html>
43713  <head><meta content="text/html; charset=utf-8" http-equiv="Content-Type" /><script
      type="text/javascript">
43714      var _U = "undefined";
```

```
43715    var g_httpRelativeWebRoot = "/acs";
43716    var SSContributor = false;
43717    var SSForceContributor = false;
43718    var SSHideContributorUI = false;
43719    var ssUrlPrefix = "/";
43720    var ssUrlType = "1";
43721    var ssDomainNum = "5c38e88";
43722    var g_navNode_Path = new Array();
43723      g_navNode_Path[0] = '0';
43724    var g_ssSourceNodeId = "0";
43725    var g_ssSourceSiteId = "CancerOrg";
43726    var g_strLanguageId = "en";
43727 </script>
43728 <script id="SSNavigationFunctionsScript" type="text/javascript"
  …  src="/acs/websites/CancerOrg/sitenavigationfunctions.js"></script>
43729 <script id="SSNavigationScript" type="text/javascript"
  …  src="/acs/websites/CancerOrg/sitenavigation.js"></script>
43730
43731     <script type="text/javascript"
  …  src="/acs/resources/wcm/sitestudio/wcm.toggle.js"></script>
43732     <script type="text/javascript"
  …  src="/acs/resources/sitestudio/ssajax/ssajax.js"></script>
43733
43734
43735
43736   <script id="ssInfo" type="text/xml" warning="DO NOT MODIFY!">
43737   <ssinfo>
43738     <fragmentinstance id="fragment1" fragmentid="lightBox_CancerHome"
  …  library="server:CANCERORG_LIGHTBOX">
43739     </fragmentinstance>
43740
43741     <fragmentinstance id="fragment2" fragmentid="G50001"
  …  library="server:ACS-GENERAL-FRAGS">
43742     </fragmentinstance>
43743   </ssinfo>
43744   </script>
43745
43746   <meta name="GENERATOR" content="MSHTML 9.00.8112.16592" />
43747 <!--SS_BEGIN_SNIPPET(fragment2,head)-->
43748               <meta name="google-site-verification"
  …  content="ekP0xI79rHAKj733m3iQV-th0pkvP0JogprGE9nVGfg" />
43749             <!--SS_END_SNIPPET(fragment2,head)-->
43750
43751   <!--<title></title>-->
43752   <meta content="IE=edge" http-equiv="X-UA-Compatible" />
43753
43754 </head>
43755
43756 <body class="theme-home teal-theme">
43757
43758
43759
43760   <title id="articleTitle">American Cancer Society | Information and Resources for
  …  Cancer: Breast, Colon, Lung, Prostate, Skin</title>
43761   <meta name="title" content="American Cancer Society | Information and Resources for
  …  Cancer: Breast, Colon, Lung, Prostate, Skin" />
43762   <meta name="searchTitle" content="American Cancer Society | Information and
  …  Resources for Cancer: Breast, Colon, Lung, Prostate, Skin" />
43763   <meta name="keywords" content="American Cancer Society, cancer information, donate,
  …  birthdays, ACS" />
43764   <meta name="description" content="Dedicated to helping persons who face cancer.
  …  Supports research, patient services, early detection, treatment and education.
  …  Contact us anytime day or night 1-800-227-234." />
43765 <link rel="alternate" media="only screen and (max-width: 640px)"
  …  href="http://m.cancer.org/index" ><link rel="shortcut icon"
  …  href="/acs/fragments/acs_refresh_scripts/images/favicon.ico">
43766 <link rel="apple-touch-icon"
  …  href="/acs/fragments/acs_refresh_scripts/images/favicon.png" />
```

```
43767    <link rel="alternate" media="only screen and (max-width: 640px)"
...      href="http://m.cancer.org/index" >
43768

43769

43770    <!-- CSS -->
43771    <link rel="stylesheet" type="text/css"
...      href="/acs/fragments/acs_refresh_scripts/css/style.css">
43772    <link rel="stylesheet" type="text/css"
...      href="/acs/fragments/acs_refresh_scripts/css/prettyPhoto.css">
43773    <link rel="stylesheet" type="text/css"
...      href="/acs/fragments/acs_refresh_scripts/css/skinned-select.css">
43774

43775    <!--javascript -->
43776

43777    <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery.min.js"
...      type="text/javascript"></script>
43778    <script src="/acs/fragments//acs_refresh_scripts/js/min/combo.libraries.min.js"
...      ></script>
43779

43780    <!-- used for infographic pod -->
43781    <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.acs-galleriffic.min.js"
...      type="text/javascript"></script>
43782

43783    <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery-ui.min.js"
...      type="text/javascript"></script>
43784    <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.prettyphoto.min.js"
...      type="text/javascript"></script>
43785

43786    <![if gte IE 9]>
43787        <script>(function(){var e;e=jQuery;e.skinnedSelect=function(t,n){var
...      r,i,s,o;s={textClass:"skinned-text",selectClass:"skinned-select",wrapperClass:"
...      skinned-wrapper"};o=this;o.settings={};r=e(t);t=t;o.init=function(){o.settings=e.
...      extend({},s,n);return i()};i=function(){var n,r;r=e(t).wrapAll('<div
...      class="'+o.settings.wrapperClass+'"
...      />');r.removeClass(this.selector);r.addClass(o.settings.selectClass);r.before('<div
...      class="'+o.settings.textClass+'">Text</div>').each(function(){return
...      e(this).prev().text(e(":selected",this).html())})};n=r.prev();return
...      r.change(function(){return n.text(e(":selected",this).html())})};return
...      o.init()};e.fn.skinnedSelect=function(t){return this.each(function(){var n;if(void
...      0===e(this).data("skinnedSelect"))){n=new e.skinnedSelect(this,t);return
...      e(this).data("skinnedSelect",n)}})})}).call(this)</script>
43788    <![endif]>
43789

43790

43791

43792

43793    <script src="/acs/fragments/acs_javascript/jquery.jscrollpane.min.js" ></script>
43794    <script src="/acs/fragments/acs_refresh_scripts/js/site.legacy.r.js"
...      type="text/javascript"></script>
43795

43796

43797

43798

43799

43800

43801

43802    <!-- analytics domain: www.cancer.org -->
43803    <script
...      src="//assets.adobedtm.com/fdd8a5c34af4a173986b916f554ecf31cd8b444f/satelliteLib-
...      d4608ad690a6a3c0845a1e8f6356b554a7de77de.js"></script>
43804

43805

43806

43807    <script src="https://account.cancer.org/login/scripts/sts.js" type="text/javascript"
...      rel="forceLoad"></script>
43808

43809

43810
```

```
43811
43812  <script src="/acs/fragments/acs_refresh_scripts/js/min/site.min.js"
   …   type="text/javascript"></script>
43813  <script type="text/javascript"
   …   src="http://maps.googleapis.com/maps/api/js?key=
   …   AIzaSyC4KO6LCndNwrnz64h56mMYbplKmWEwHEw&sensor=false"></script>
43814  <script src="/acs/fragments/acs_refresh_scripts/js/google.maps.js" ></script>
43815  <script src="/acs/fragments/acs_refresh_scripts/js/MyAcsPreferencesModal_r.js"
   …   type="text/javascript"></script>
43816  <script
   …   src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=xa-50379ea47e169d13"
   …   type="text/javascript"></script>
43817
43818
43819  <!--[if lt IE 9]><script
   …   src="/acs/fragments/acs_refresh_scripts/js/libs/html5.js"></script><link
   …   rel="stylesheet" type="text/css"
   …   href="/acs/fragments/acs_refresh_scripts/css/ie8.css" /><![endif]-->
43820  <!--[if lt IE 8]><link rel="stylesheet" type="text/css"
   …   href="/acs/fragments/acs_refresh_scripts/css/ie7.css" /><![endif]-->
43821  <script src="/acs/fragments/acs_refresh_scripts/js/jquery-plugins.js"
   …   ></script><!--TODO:
43822                Re-enable the two lines of iDoc below when this page goes live.
43823                They enable caching which, obviously, we don't want turned on
43824                while we're trying to do development
43825
   …   --><!--docLoadResourceIncludes("dDocName=PAGE-CACHE-CONTROLS&amp;
   …   RevisionSelectionMethod=LatestReleased")--><!--cacheInclude("2mincache",
   …   "application", 120)-->
43826  <!--SS_BEGIN_SNIPPET(fragment1,headerPart)-->                <link rel="stylesheet"
   …   type="text/css
   …   href="/acs/fragments/lightbox_cancerhome/css/Sustainer2016JulyRFL.css">
43827            <!--SS_END_SNIPPET(fragment1,headerPart)-->
43828   <script type="text/javascript">
43829        <!-- WRX Survey Script PBI 12033 -->
43830
43831        var IPECanLaunch=true;
43832
43833        // determines whether to run the survey code
43834        function allowContextWRXScript()
43835        {
43836          if
43837          (
43838              window.location.href.indexOf('/cancer/cancerbasics/index') > -1 ||
43839
   …   window.location.href.indexOf('/cancer/cancerbasics/signs-and-symptoms-of-cancer') >
   …   -1 ||
43840
   …   window.location.href.indexOf('/cancer/cancerbasics/questions-people-ask-about-cancer'
   …   ) > -1 ||
43841              window.location.href.indexOf('/cancer/breastcancer/detailedguide/index') >
   …   -1 ||
43842
   …   window.location.href.indexOf('/cancer/breastcancer/detailedguide/breast-cancer-risk-
   …   factors') > -1 ||
43843
   …   window.location.href.indexOf('/cancer/colonandrectumcancer/detailedguide/index') > -1
   …   ||
43844
   …   window.location.href.indexOf('/cancer/lungcancer-non-smallcell/moreinformation/
   …   lungcancerpreventionandearlydetection/index') > -1 ||
43845              window.location.href.indexOf('/cancer/prostatecancer/detailedguide/index')
   …   > -1 ||
43846
   …   window.location.href.indexOf('/cancer/prostatecancer/detailedguide/prostate-cancer-
   …   risk-factors') > -1 ||
43847
   …   window.location.href.indexOf('/cancer/skincancer-melanoma/detailedguide/melanoma-skin
```

```
43847…   -cancer-risk-factors')-1 )->_1
43848            )
43849            {
43850                return false;
43851            }
43852            else
43853            {
43854                return true;
43855            }
43856        }


43859        (function() {
43860            if(allowContextWRXScript())
43861            {
43862                var cw = document.createElement('script'); cw.type = 'text/javascript';
43863…   cw.async = true;
                     cw.src = ('https:' == document.location.protocol ? 'https://' :
43864…   'http://') + 'd39se0h2uvfakd.cloudfront.net/js/acs.js';
                     var s = document.getElementsByTagName('script')[0];
43865…   s.parentNode.insertBefore(cw, s);
            }
43866            else {  console.log("Don't display survey.");    }
43867        })();

43869    </script>
```

```
43905    <!--googleoff: snippet-->

43907    <header class="site">
43908        <nav>
43909        <!--googleoff: index-->
43910            <div class="narrow-container">
43911                <ul class="social-icons">
```

```
43912            <li><a tabindex="6" target="_blank"
     href="https://www.facebook.com/AmericanCancerSociety?fref=ts"><img
     src="/acs/fragments/acs_refresh_scripts/images/ui/facebook.png" alt="Facebook "
     class="social" /></a></li>
43913            <li><a tabindex="7" target="_blank"
     href="https://plus.google.com/+americancancersociety/posts"><img
     src="/acs/fragments/acs_refresh_scripts/images/ui/googleplus.png" alt="Google Plus"
     class="social" /></a></li>
43914            <li><a tabindex="8" target="_blank"
     href="https://twitter.com/americancancer"><img
     src="/acs/fragments/acs_refresh_scripts/images/ui/twitter.png" alt="Twitter"
     class="social" /></a></li>
43915            <li><a tabindex="9" target="_blank"
     href="https://www.youtube.com/user/AmerCancerSociety"><img
     src="/acs/fragments/acs_refresh_scripts/images/ui/youtube.png" alt="YouTube"
     class="social" /></a></li>
43916            </ul>
43917      <!--googleon: index-->
43918            <ul class="languages">
43919
43920                <li><a tabindex="4" href="/Espanol">Espa&ntilde;ol</a></li>
43921            <li><a tabindex="5" href="/AsianLanguageMaterials">Asian &amp;
     Pacific Languages</a></li>
43922            </ul>
43923            <ul class="email">
43924            <li><a tabindex="3"
     href="/aboutus/howwehelpyou/emailsignup/app/email-sign-up.aspx">Sign Up for
     Email</a></li>
43925            </ul>
43926
43927            <div id="logged-section">
43928      <ul class="users">
43929        <li><a tabindex="1" href="/myacs/account/signin" class="signInLink">Sign
     In</a></li>
43930        <li><a tabindex="2" href="/account/profile/Register.aspx"
     onClick="STS.register();return false;">Register</a></li>
43931      </ul>
43932  </div>
43933            </div>
43934        </nav>
43935
43936      <!-- for Spanish home page cancer.org/espanol/index -->
43937      <div class="narrow-container image-bar">
43938
43939
43940            <a tabindex="10" href="/index"><img
     src="https://www.mysocietysource.org/PublishingImages/logos/acs_logo.png"
     alt="American Cancer Society" class="logo"/></a>
43941
43942            <a tabindex="13" href="/Involved/Donate/DonateOnlineNow/index"
     class="donate-button">Donate</a>
43943
43944            <a tabindex='12' href='http://www.cancer.org/shop'
     class='shopNowButton'> </a>
43945
43946        <h1 id="join-the-fight-h1">
43947            <img
     src="/acs/fragments/acs_refresh_scripts/images/acs_fightcancer.gif" alt="Join the
     fight against cancer" class="join_fight logo"/>
43948
43949
43950        </h1>
43951      </div>
43952  </header>
43953
43954
43955
43956      <div class="banner-background-right" style="background: #2b3b77; height:
```

```
43956…  385px; "></div>
43957      <div class="banner-background-left" style="background: #0f0f0f; height:
    …  385px;"></div>
43958      <section class="banner large-banner" style="background:
    …  url('/acs/groups/content/@marketing/documents/image/acspc-048188.jpg') no-repeat top
    …  center transparent; height: 385px;">
43959      <img class="onepx" src="/acs/fragments/acs_refresh_scripts/images/1px.png" alt="Help
    …  save lives with $19 a month." />
43960
43961      <a tabindex="12"
    …  href="https://donate.cancer.org/index.aspx?campaign=CY16SumSusHero&giftTypeDisplay=0&
    …  giftAmountTitle=1" class="banner-link image"></a>
43962      <nav class="main withShadow">
43963          <div class="narrow-container">
43964              <form action="/Search/index" method="get">
43965                  <ul class="help">
43966                      <li>
43967                          <label for="QueryText">How can we help you?</label>
43968                          <input tabindex="13" title="search" type="text"
    …  name="QueryText" id="QueryText" placeholder="search cancer.org"
    …  class="ui-autocomplete-input" autocomplete="off">
43969                          <input type="hidden" name="Page" value="1"/>
43970                          <button tabindex="14" type="submit"><i class="icon
    …  magnify"></i> Search</button>
43971                      </li>
43972                      <li class="live-chat">
43973                          <i class="icon speechbubble"></i>
43974                          <a
    …  href="https://livechat.boldchat.com/aid/5386287375352862963/bc.chat?resize=true&
    …  cwdid=1134019502191338137" target="_blank" onclick="window.open((window.pageViewer
    …  && pageViewer.link || function(link){return link;})(this.href +
    …  (this.href.indexOf('?')>=0 ? '&' : '?') + 'url=' +
    …  escape(document.location.href)), 'Chat4972879359643679338',
    …  'toolbar=0,scrollbars=1,location=0,statusbar=0,menubar=0,resizable=1,width=640,height
    …  =480');return false;">
43975  <script language="JavaScript" type="text/javascript">
    …  document.write(unescape('%3Cscript language="JavaScript" type="text/javascript"
    …  src="' + (('https:' == document.location.protocol) ? 'https:' : 'http:') +
    …  '//cbi.boldchat.com/aid/5386287375352862963/bc.cbhs"%3E%3C/script%3E')); </script>
43976  <script language="JavaScript" type="text/javascript"> bt_showChatHTML('Live
    …  Chat','Live Chat'); </script>
43977  <noscript>Live Chat</noscript>
43978  </a>
43979                      </li>
43980                      <li class="call"><i class="icon phone"></i> <a tabindex="16"
    …  href="/aboutus/howwehelpyou/helpingyougetwell/need-answers-1-800-227-2345"><span
    …  itemscope itemtype="http://data-vocabulary.org/Organization"><span
    …  itemprop="tel">800-227-2345</span></span></a></li>
43981                  </ul>
43982              </form>
43983
43984
43985
43986      <ul class="tabs">
43987
43988                      <li class="selected tab-home" id="nav-home"><a
    …  href="/index">Home</a></li>
43989
43990                      <li class="tab-learn" id="nav-cancer"><a
    …  href="/Cancer/index">Learn About Cancer</a></li>
43991
43992                      <li class="tab-healthy" id="nav-healthy"><a
    …  href="/Healthy/index">Stay Healthy</a></li>
43993
43994                      <li class="tab-support" id="nav-treatment"><a
    …  href="/Treatment/index">Find Support & Treatment</a></li>
43995
43996                      <li class="tab-explore" id="nav-research"><a
```

Page 1274

```
43996…  href="/Research/index">Explore Research</a></li>
43997
43998                      <li class="tab-involved" id="nav-involved"><a
    …  href="/Involved/index">Get Involved</a></li>
43999
44000                      <li class="tab-local" id="nav-myacs"><a href="/MyACS/index">Find
    …  Local ACS</a></li>
44001
    …  </ul>
44002      <div class="current-pointer"></div>
44003
44004              <div class="current-pointer"></div>
44005          </div>
44006          <div id="setAreaFormModal" class="container_12
    …  find-local-dropdown-container"></div>
44007
44008      </nav>
44009
44010  </section>
44011
44012  <div id="login-wrapper"></div>
44013
44014
44015      <div id="mw_hidden_content" style="display:none;">
44016          <div id="banner_imgs">
44017              <a
    …  href="https://donate.cancer.org/index.aspx?campaign=CY16SumSusHero&giftTypeDisplay=0&
    …  giftAmountTitle=1">
44018                  <img
    …  data-src="/acs/groups/content/@marketing/documents/image/acspc-048189.jpg"
    …  data-title="kelli+%2D+summer+sustainer+campaign+%2D+mobile+hero"
    …  data-docname="ACSPC-048189" alt="kelli+%2D+summer+sustainer+campaign+%2D+mobile+hero"
    …  />
44019              </a>
44020          </div>
44021      </div>
44022
44023
44024
44025
44026    <script src="/acs/fragments/lightbox_cancerhome/js/Sustainer2016JulyRFL.js"
    …  type="text/javascript"></script>
44027
44028                  <link rel="shortcut icon"
    …  href="/acs/groups/content/documents/image/acsd-011235.ico">
44029
44030
44031
44032  <!--googleon: snippet-->
44033
44034
44035
44036
44037      <div id="pod-wrapper">
44038      <!--[form]-->
44039
44040
44041
44042
44043
44044
44045
44046                  <!-- lastRowType = docPodType-->
44047
44048
44049
44050
44051
```

```
44052
44053
44054
44055
44056
44057
44058
44059
44060
44061
44062
44063
44064
44065
44066
44067
44068
44069
44070
44071
44072
44073
44074
44075
44076
44077
44078
44079
44080
44081
44082
44083
44084
44085
44086
44087
44088
44089
44090
44091
44092
44093
44094
44095
44096                 <section class="home-featured">
44097             <div class="pod-container container_12">
44098
44099
44100 <section class="grid_8 homepage-pod">
44101     <a
…  href="http://www.cancer.org/cancer/news/features/7-steps-for-safe-summer-workouts ">
44102        <img src="/acs/groups/content/@editorial/documents/image/acspc-048184.jpg"
…  alt="group of people running" class="ignore-padding" />
44103
44104     </a>
44105     <h2><a
…  href="http://www.cancer.org/cancer/news/features/7-steps-for-safe-summer-workouts ">7
…  Steps for Safe Summer Workouts</a></h2>
44106     <p>Regular physical activity is an important part of a healthy lifestyle in every
…  season. Now that summer&rsquo;s here, don&rsquo;t let the heat cramp your style.
…  Follow our 7 simple steps for exercising safely when the temperature rises.</p>
44107 </section>
44108
44109
44110
44111
44112 <section class="homepage-pod">
44113     <a href="https://donate.cancer.org/index.aspx?campaign=CY16MemPod"
```

```
44114
44115        <img src="/acs/groups/content/@marketing/documents/image/acspc-047458.jpg"
…     alt="Memorial and Honor Donations image" class="ignore-padding" />
44116
44117        </a>
44118        <h2><a href="https://donate.cancer.org/index.aspx?campaign=CY16MemPod"
44119            >Memorial and Honor Donations</a></h2>
44120        <p>When you honor a loved one with a donation, you&rsquo;re celebrating their
…     courage and helping save the lives of others.</p>
44121  </section>
44122
44123            </div>
44124
44125
44126        <div class="pod-container container_12">
44127
44128
44129
44130
44131  <section class="homepage-pod">
44132        <a
…     href="http://main.acsevents.org/site/TR/RelayForLife/RFLCY16NABlueprints?fr_id=78557&
…     pg=fr_ecommerce&utm_source=DedicateStar_Cancer_org&utm_medium=other&utm_campaign=
…     RFL_MOA_Promo"
44133        >
44134        <img src="/acs/groups/content/@marketing/documents/image/acspc-048190.png"
…     alt="Help Create a Constellation of Hope image" class="ignore-padding" />
44135
44136        </a>
44137        <h2><a
…     href="http://main.acsevents.org/site/TR/RelayForLife/RFLCY16NABlueprints?fr_id=78557&
…     pg=fr_ecommerce&utm_source=DedicateStar_Cancer_org&utm_medium=other&utm_campaign=
…     RFL_MOA_Promo"
44138            >Help Create a Constellation of Hope</a></h2>
44139        <p>Each star represents a journey. Together, they represent hope for a world free
…     from cancer. Dedicate your star today!</p>
44140  </section>
44141
44142
44143
44144
44145
44146  <section class="homepage-pod">
44147        <a
…     href="/Research/ACSResearchUpdates/More/meet-rebecca-wates-our-first-crowdfunded-
…     cancer-scientist"
44148        >
44149        <img src="/acs/groups/content/@editorial/documents/image/acspc-048173.jpg"
…     alt="Meet Our First Crowdfunded Researcher image" class="ignore-padding" />
44150
44151        </a>
44152        <h2><a
…     href="/Research/ACSResearchUpdates/More/meet-rebecca-wates-our-first-crowdfunded-
…     cancer-scientist"
44153            >Meet Our First Crowdfunded Researcher</a></h2>
44154        <p>Thanks to your donations to our first-ever CrowdRise campaign, Rebecca Wates
…     is accelerating her ovarian cancer research.</p>
44155  </section>
44156
44157
44158
44159
44160
44161  <section class="homepage-pod">
44162        <a href="http://www.cancer.org/cancer/news/features/choose-the-right-sunscreen"
44163        >
44164        <img src="/acs/groups/content/@editorial/documents/image/acspc-046898.jpg"
…     alt="Choose the Right Sunscreen image" class="ignore-padding" />
```

```
44165          </a>
44166        <h2><a
…   href="http://www.cancer.org/cancer/news/features/choose-the-right-sunscreen"
44167          >Choose the Right Sunscreen</a></h2>
44168        <p>UVA? SPF? Broad spectrum? We&rsquo;ll help you decode the terms on sunscreen
…   labels so you can choose the right protection for you and your family.</p>
44170  </section>
44171
44172          </div>
44173
44174                  <div class="container_12">
44175                  <!--TODO: Add finished html -->
44176  <div class="grid_4 pod trending-pod">
44177      <h3>Trending Topics</h3>
44178      <ul>
44179
44180              <li><a
…   href="https://acspressroom.wordpress.com/2016/07/19/when-skyrocketing-isnt/">PSA
…   Screening</a></li>
44181              <li><a href="/Healthy/BeSafeintheSun/index">Be Safe in the Sun</a></li>
44182              <li><a
…   href="/Treatment/TreatmentsandSideEffects/TreatmentTypes/Immunotherapy/index">
…   Immunotherapy</a></li>
44183              <li><a href="/AboutUs/HowWeHelpYou/hpv-vaccine-claims">HPV Vaccine: Facts
…   and Fears </a></li>
44184
44185      </ul>
44186  </div>
44187          </div>
44188
44189                  <div class="container_12">
44190                  <div class="grid_8 pod news-pod">
44191      <h3>In The News <i><a
…   href="http://www.cancer.org/aboutus/american-cancer-society-rss-feeds"
…   class="rss-button">RSS</a></i></h3>
44192      <ul style="margin-bottom: 0;">
44193
44194              <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
…   href="/Cancer/news/Features/plan-an-active-vacation" itemprop="url"><span
…   itemprop="headline">Plan an Active Vacation</span></a></span></li>
44195              <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
…   href="http://www.cancer.org/cancer/news/news/american-cancer-society-updates-hpv-
…   vaccine-recommendations-to-include-males" itemprop="url"><span
…   itemprop="headline">American Cancer Society Updates HPV Vaccine Recommendations to
…   Include Males</span></a></span></li>
44196              <li><span itemscope itemtype="http://data-vocabulary.org/NewsArticle"><a
…   href="/Cancer/news/Features/putting-health-on-the-guest-list-at-family-reunions"
…   itemprop="url"><span itemprop="headline">Family Reunions the Healthy Living
…   Way</span></a></span></li>
44197
44198      </ul>
44199
44200      <p class="read-more-icon"><a href="/Cancer/news/index" target="_blank">More
…   News</a></p>
44201  </div>
44202          </div>
44203
44204                          </section>
44205          <section class="full-pod infographics">
44206          <div class="container">
44207                  <div class="pod-double">
44208      <div class="intro">
44209          <h2>Infographics Gallery</h2>
44210      </div>
44211          <div style="border-bottom: 1px solid #4C98A6; overflow:hidden; padding-bottom:
…   15px;">
44212
```

```
44213
44214
44215        <div class="four-cols" >
44216            <div id="imageLink">
44217                <a
     href="http://www.cancer.org/research/infographicgallery/skin-cancer-prevention"><img
     src="/acs/groups/content/documents/image/acsq-056994.jpg" alt="Infographic - Don't
     Fry: Preventing Skin Cancer - Thumb - D" /></a>
44218            </div>
44219            <div style="overflow: hidden;">
44220                <h3><a
     href="http://www.cancer.org/research/infographicgallery/skin-cancer-prevention">Don't
     Fry: Preventing Skin Cancer</a></h3>
44221                <p>Infographic: Tips to help you reduce your risk of developing skin
     cancer — the most common of all cancer types.</p>
44222            </div>
44223                </div>
44224
44225        <div class="four-cols" >
44226            <div id="imageLink">
44227                <a
     href="/Research/InfographicGallery/colorectal-cancer-early-detection-2016"><img
     src="/acs/groups/content/documents/image/acsq-056981.jpg" alt="Infographic - Colon
     Cancer: Catching It Early - Thumb - D" /></a>
44228            </div>
44229            <div style="overflow: hidden;">
44230                <h3><a
     href="/Research/InfographicGallery/colorectal-cancer-early-detection-2016">Colorectal
     Cancer: Catching It Early</a></h3>
44231                <p>Infographic: The benefits of catching colorectal (colon) cancer
     early and the steps you can take to prevent it altogether.</p>
44232            </div>
44233                </div>
44234
44235        <div class="four-cols" >
44236            <div id="imageLink">
44237                <a
     href="http://www.cancer.org/research/infographicgallery/rising-global-cancer-epidemic
     "><img src="/acs/groups/content/@marketing/documents/image/acspc-047278.jpg"
     alt="Infographic - Rising Cancer Epidemic - thumbnail - gallery" /></a>
44238            </div>
44239            <div style="overflow: hidden;">
44240                <h3><a
     href="http://www.cancer.org/research/infographicgallery/rising-global-cancer-epidemic
     ">Rising Global Cancer Epidemic</a></h3>
44241                <p>Infographic: Data on the increasing cancer burden in developing
     nations and steps you can take to advocate for change today.
44242
44243 </p>
44244            </div>
44245                </div>
44246
44247        <div class="four-cols" style="margin:0px;">
44248            <div id="imageLink">
44249                <a
     href="http://www.cancer.org/research/infographicgallery/where-does-money-go-2015"><
     img src="/acs/groups/content/documents/image/acspc-045879.jpg" alt="Infographic -
     Where Does Your Money Go? - thumbnail" /></a>
44250            </div>
44251            <div style="overflow: hidden;">
44252                <h3><a
     href="http://www.cancer.org/research/infographicgallery/where-does-money-go-2015">
     Where Does Your Money Go?</a></h3>
44253                <p>Infographic: Last year's financial distribution of funds that
     allow the Society to remain focused on the mission to fight cancer.</p>
44254            </div>
44255                </div>
44256
```

Page 1279

```
44257
44258        </div>
44259        <div style="text-align:center;">
44260           <a class="button reversed infographic-more-button"
  …  href="/Research/InfographicGallery/infographicgallery" style="margin: 20px 0 10px;">
44261              <i class="icon th-large"></i>
44262              VIEW GALLERY
44263           </a>
44264        </div>
44265  </div><!-- end pod-double -->
44266
44267  <style>
44268  #imageLink a{
44269      border:0;
44270      }
44271  </style>
44272
44273
44274
44275        </div>
44276
44277  </section>
44278
44279  <!--[/form]-->
44280    </div><footer class="site">
44281       <script>
44282
44283  function get_hostname(url) {
44284      var m = ((url||'')+'').match(/^http:\/\/[^/]+/);
44285      return m ? m[0] : null;
44286  }
44287
44288  $(document).ready(function(){
44289         var currentDomain =
  …  get_hostname(window.location.href).split("//")[1].toLowerCase();
44290         if(currentDomain == "m.cancer.org" || currentDomain ==
  …  "mstage.qa.cancer.org")
44291         {
44292                 $("#footerPromo").hide();
44293
44294         }
44295
44296  });
44297  </script>
44298
44299
44300
44301  <div class="column-links container_12">
44302      <nav>
44303         <ul>
44304            <li><h4>Cancer Information
44305  </h4></li>
44306
44307            <li><a href="/Cancer/CancerBasics/index">Cancer Basics</a></li>
44308            <li><a
  …  href="/Healthy/FindCancerEarly/CancerScreeningGuidelines/index">Cancer Prevention &
  …  Detection</a></li>
44309            <li><a href="/Cancer/CancerBasics/signs-and-symptoms-of-cancer">Signs
  …  & Symptoms of Cancer</a></li>
44310            <li><a href="/Treatment/TreatmentsandSideEffects/index">Treatments &
  …  Side Effects</a></li>
44311            <li><a href="/research/cancerfactsstatistics/index">Cancer Facts &
  …  Statistics</a></li>
44312            <li><a href="/Cancer/news/index">News About Cancer</a></li>
44313            <li><a href="/cancer/news/expertvoices/default">Expert Voices
  …  Blog</a></li>
44314
44315        </ul>
```

```
44316              <ul>
44317                <li><h4>Programs & Services</h4></li>
44318
44319                    <li><a
     href="/treatment/supportprogramsservices/reach-to-recovery">Breast Cancer
     Support</a></li>
44320                    <li><a href="http://www.tlcdirect.org">TLC Hair Loss & Mastectomy
     Products</a></li>
44321                    <li><a href="/treatment/supportprogramsservices/hopelodge/index">Hope
     Lodge® Lodging</a></li>
44322                    <li><a
     href="/treatment/supportprogramsservices/road-to-recovery">Rides To
     Treatment</a></li>
44323                    <li><a
     href="/Treatment/SupportProgramsServices/OnlineCommunities/index">Online Support
     Communities</a></li>
44324                    <li><a href=""></a></li>
44325
44326            </ul>
44327            <ul>
44328                <li><h4>ACS Events</h4></li>
44329
44330                    <li><a
     href="http://makingstrides.acsevents.org/site/PageServer?pagename=
     MSABC_CY14_FindAnEvent">Making Strides Against Breast Cancer Walks</a></li>
44331                    <li><a href="/Involved/Participate/CoachesvsCancer/index">Coaches vs.
     Cancer</a></li>
44332                    <li><a
     href="http://relay.acsevents.org/site/PageServer?pagename=relay">Relay For Life
     Events</a></li>
44333                    <li><a href="http://college.relayforlife.org/">College Relay For
     Life</a></li>
44334                    <li><a href="http://www.relayrecess.org">Relay Recess</a></li>
44335                    <li><a
     href="/Involved/Donate/OtherWaystoGive/cars-for-a-cure-donate-your-car-to-charity-to-
     help-fight-cancer">Donate a Car</a></li>
44336
44337            </ul>
44338            <ul>
44339                <li><h4>About ACS</h4></li>
44340
44341                    <li><a href="/AboutUs/index">About Us</a></li>
44342                    <li><a href="/AboutUs/HowWeHelpYou/ContactUs/Index">Contact
     Us</a></li>
44343                    <li><a href="/Treatment/SupportProgramsServices/index">Local
     Offices</a></li>
44344                    <li><a href="/Involved/Volunteer/index">Volunteer</a></li>
44345                    <li><a
     href="/AboutUs/EmploymentOpportunities/index">Employment</a></li>
44346                    <li><a href="/aboutus/become-a-supplier">Become a Supplier</a></li>
44347                    <li><a
     href="/AboutUs/WhoWeAre/Governance/report-fraud-or-abuse">Report Fraud or
     Abuse</a></li>
44348
44349            </ul>
44350            <ul>
44351                <li><h4>More ACS Sites</h4></li>
44352
44353                    <li><a href="/Cancer/Bookstore/index">Bookstore</a></li>
44354                    <li><a href="http://www.acscan.org">ACS CAN</a></li>
44355                    <li><a href="http://www.cancer.org/shop">Shop</a></li>
44356                    <li><a href="http://canceratlas.cancer.org/">Cancer Atlas</a></li>
44357                    <li><a href="/AboutUs/GlobalHealth/index">Global Health</a></li>
44358                    <li><a href="http://cancer.org/fight">Finish the Fight</a></li>
44359                    <li><a href="http://pressroom.cancer.org">Press Room</a></li>
44360                    <li><a href="http://m.cancer.org">Mobile Site</a></li>
44361
44362            </ul>
```

```
44363            </nav>
44364    </div>
44365
44366
44367
44368        <script type="text/javascript">_satellite.pageBottom();</script>
44369
44370          <div class="footer-bottom container_12">
44371              <ul class="pipes">
44372              <li><a href="/AboutUs/HowWeHelpYou/OnlineHelp/index">Help</a></li>
44373              <li><a href="/AboutUs/Sitemap/index">Site Map</a></li>
44374              <li><a href="/AboutUs/ACSPolicies/PrivacyPolicies/index">Privacy</a></li>
44375              <li><a
 …  href="/AboutUs/ACSPolicies/accessibility-at-the-american-cancer-society-policy">
 …  Accessibility</a></li>
44376              <li><a href="/AboutUs/ACSPolicies/user-agreement">Terms of Use</a></li>
44377              <li><a href="/AboutUs/ACSPolicies/state-fundraising-notices">State
 …  Fundraising Notices</a></li>
44378              <li>
44379              <a style="font-weight:bold" onclick="iperceptions.ipeCC()"
 …  href="javascript:void(0);">Site Comments</a>
44380              </li>
44381          </ul>
44382          <ul class="grid_8">
44383              <li><a  class="aimg"
 …  href="http://charityreports.bbb.org/public/seal.aspx?ID=1413312005"><img
 …  src="/acs/groups/content/documents/webasset/footer-bbb.jpg" alt="BBB" /></a> <a
 …  href="http://www.bbb.org/charity-reviews/national/cancer/american-cancer-society-in-
 …  atlanta-ga-186">Better Business Bureau</a></li>
44384              <li><a  class="aimg" href="http://www.hon.ch/"><img
 …  src="/acs/groups/content/documents/webasset/footer-hon.jpg" alt="HON" /></a> <a
 …  href="http://www.hon.ch/HONcode/Conduct.html?HONConduct788421">Health On The
 …  Net</a></li>
44385              <li><a  class="aimg" href="http://www.nationalhealthcouncil.org/"><img
 …  src="/acs/groups/content/documents/webasset/footer-nhc.jpg" alt="National Health
 …  Council Standards of Excellence Certification Program" /></a> <a
 …  href="http://www.nationalhealthcouncil.org/pages/standards.php">National Health
 …  Council</a></li>
44386          </ul>
44387          <p class="small-print grid_4">&copy; 2016 American Cancer Society, Inc. All
 …  rights reserved.
44388              The American Cancer Society is a qualified 501(c)(3) tax-exempt
 …  organization.
44389              Cancer.org is provided courtesy of the <a
 …  href="/AboutUs/HonoringPeopleWhoAreMakingADifference/the-leo-rosen-family">Leo and
 …  Gloria Rosen</a> family.
44390          </p>
44391      </div>
44392  <script type="text/javascript">
44393
44394  iperceptions = window.iperceptions || {};
44395
44396  //BEGIN Configuration variables
44397  iperceptions.imgRootPath = "/iperceptions/118332/en/images/";
44398  iperceptions.imgSizeOut = [68, 68];
44399  iperceptions.imgSizeOver = [180, 68];
44400  iperceptions.blockMobile = true;
44401  iperceptions.surveyID = 118332;
44402  iperceptions.langID = 1;
44403  iperceptions.posX = 'right';
44404  iperceptions.posY = 'middle';
44405  iperceptions.winWidth = 480;
44406  iperceptions.winHeight = 580;
44407
44408  //Reserved for advanced use.  Do not modify these.
44409  iperceptions.iconBrandID = null;
44410  iperceptions.logoBrandID = null;
44411  iperceptions.siteID = null;
```

```
44412  iperceptions.imgOut = iperceptions.imgRootPath + "mr" + (iperceptions.iconBrandID ?
    "_" + iperceptions.iconBrandID : "") + ".png";
44413  iperceptions.imgOver = iperceptions.imgRootPath + "mr_over" +
    (iperceptions.iconBrandID ? "_" + iperceptions.iconBrandID : "") + ".png";
44414  //END Configuration variables.
44415
44416
44417  iperceptions.isMobile = (function(a){return
    (/android|avantgo|blackberry|blazer|compal|elaine|fennec|hiptop|iemobile|ip(hone|od|
    ad)|iris|kindle|lge |maemo|midp|mmp|opera m(ob|in)i|palm(
    os)?|phone|p(ixi|re)\/|plucker|pocket|psp|symbian|treo|up\.(browser|link)|vodafone|
    wap|windows (ce|phone)|xda|xiino|googlebot|google web
    preview|msbot|yahoo|bingbot|silk|mobile|rim
    tablet|hp-tablet|touch;|touch\)|wpdesktop/i.test(a))})(navigator.userAgent ||
    navigator.vendor || window.opera);
44418
44419  //API function to add floating icon
44420  iperceptions.ipeIcon = function(config) {
44421      config = config || {};
44422      if(iperceptions.launchedIcon) {
44423          return;
44424      }
44425      iperceptions.launchedIcon = true;
44426
44427      var _pos_x = config.pos_x || iperceptions.posX, //left|middle|right
44428          _pos_y = config.pos_y || iperceptions.posY, //'top'|middle|bottom
44429          _img_out = config.img_out || iperceptions.imgOut,
44430          _img_over = config.img_over || iperceptions.imgOver,
44431          _size_out = iperceptions.imgSizeOut || [68, 68],
44432          _size_over = iperceptions.imgSizeOver || [180, 68],
44433          _size_current = _size_out,
44434          _id = Math.ceil(Math.random() * 10000),
44435          _img_id = 'UIF-IMG-' + _id,
44436          _page = '<img id="' + _img_id + '" ' +
44437          ' src="' + _img_out + '"' +
44438
    'style="display:none;position:fixed;cursor:pointer;margin:0px!important;padding:0px!
    important;border:0px!important;' +
44439          'z-index: 2147483647!important;' +
44440          (_pos_x == 'right' ? 'text-align:right!important;' :
    'text-align:left!important;') +
44441          (_pos_y == 'bottom' ? 'vertical-align:bottom!important;' :
    'vertical-align:top!important;') +
44442          'background-color:transparent!important;"/>',
44443          _img, _is_ie, _icon_timer,
44444
44445          //Generic method to attach an event to a DOM element
44446          domAddEvent = function (target, eventName, handlerFn) {
44447              if (target.addEventListener)
44448                  target.addEventListener(eventName, handlerFn, true);
44449              else if (target.attachEvent)
44450                  target.attachEvent("on" + eventName, handlerFn);
44451              else
44452                  target["on" + eventName] = handlerFn;
44453          },
44454
44455          ipeSetPos = function(pos_x, pos_y) {
44456              var divW = _size_current[0],
44457                  divH = _size_current[1],
44458                  viewsize = iperceptions.viewSize(),
44459                  bodyWidth, bodyHeight, winW, winH;
44460
44461              //Our default viewsize calculation sometimes to include the scrollbar.
    document.documentElement.client[Width|Height] do not include scrollbar.
44462              bodyWidth = document.documentElement.clientWidth;
44463              if (bodyWidth > 0 && bodyWidth < viewsize[0]) {
44464                  viewsize[0] = bodyWidth;
44465              }
```

```
44466
44467                    bodyHeight = document.documentElement.clientHeight;
44468                    if (bodyHeight > 0 && bodyHeight < viewsize[1]) {
44469                        viewsize[1] = bodyHeight;
44470                    }
44471
44472                    winW = parseInt((viewsize[0] - divW));
44473                    winH = parseInt((viewsize[1] - divH));
44474
44475                    if (pos_x == 'left') { _img.style.left = '0px'; }
44476                    else if (pos_x == 'right') { _img.style.right = '0px'; }
44477                    else if(winW >= 0) { _img.style.left = (winW / 2 >> 0) + 'px'; }
44478                    if (pos_y == 'top') { _img.style.top = '0px'; }
44479                    else if (pos_y == 'bottom') { _img.style.bottom = "0px"; }
44480                    else if(winH >= 0) { _img.style.top = (winH / 2 >> 0) + 'px'; }
44481                },
44482
44483            isIE = function() {
44484                var ua = navigator.userAgent.toLowerCase(),
44485                isOpera = (ua.indexOf('opera') != -1);
44486                return ua.indexOf('msie') != -1 && !isOpera && (ua.indexOf('webtv') ==
…    -1);
44487            },
44488
44489            IEMajorVersion = function() {
44490                var m = /MSIE\s*(\d*)/.exec(navigator.userAgent),
44491                    v = (m && m[1]) || -1;
44492                if(isNaN(parseInt(v, 10))) {
44493                    v = -1;
44494                }
44495                return v;
44496            },
44497
44498            ipeIconComplete = function () {
44499                _img = document.getElementById(_img_id);
44500                _img.style.display = "block";
44501                ipeSetPos(_pos_x, _pos_y);
44502
44503                domAddEvent(window, 'resize', function () { ipeSetPos(_pos_x, _pos_y);
…    });
44504                domAddEvent(window, 'scroll', function () { ipeSetPos(_pos_x, _pos_y);
…    });
44505                domAddEvent(_img, "mouseout", function () {
44506                        _img.src = _img_out;
44507                        _size_current = _size_out;
44508                    });
44509                domAddEvent(_img, "mouseover", function () {
44510                        _img.src = _img_over;
44511                        _size_current = _size_over;
44512                });
44513                domAddEvent(_img, "click", function (e) {
44514                    iperceptions.ipeCC(config);
44515                });
44516            };
44517
44518        _is_ie = isIE();
44519
44520        //Now blocking IE6 and mobile devices
44521        if(_is_ie && IEMajorVersion() < 7) {
44522            return;
44523        }
44524        if(iperceptions.blockMobile && iperceptions.isMobile) {
44525            return;
44526        }
44527
44528        _icon_timer = setInterval(function() {
44529            if(document.readyState === "complete") {
44530                if (_is_ie && IEMajorVersion() < 10) {
```

```
44531                document.body.insertAdjacentHTML("beforeEnd", _page);
44532            } else {
44533                _dL = document.createElement("div");
44534                _dL.innerHTML = _page;
44535                document.body.appendChild(_dL);
44536            }
44537            clearInterval(_icon_timer);
44538            ipeIconComplete();
44539        }
44540    }, 250);
44541 }
44542
44543
44544 //API function to launch comment card
44545 iperceptions.ipeCC = function(config) {
44546    var config = config || {};
44547    config.surveyID = config.surveyID || iperceptions.surveyID;
44548
44549        iperceptions.launch(config);
44550 }
44551
44552 iperceptions.viewSize = function() {
44553    var width = 0, height = 0;
44554    if (typeof (window.innerWidth) == 'number') {
44555        width = window.innerWidth;
44556        height = window.innerHeight;
44557    } else if (document.documentElement && (document.documentElement.clientWidth ||
…  document.documentElement.clientHeight)) {
44558        width = document.documentElement.clientWidth;
44559        height = document.documentElement.clientHeight;
44560    } else if (document.body && (document.body.clientWidth ||
…  document.body.clientHeight)) {
44561        width = document.body.clientWidth;
44562        height = document.body.clientHeight;
44563    }
44564    return [width, height];
44565 }
44566
44567 iperceptions.launch = function(config) {
44568    config.langID = config.langID || iperceptions.langID;
44569
44570    var RC = function(n){var nEQ= n+'='; var ca= document.cookie.split(';');for(var
…  i=0;i < ca.length;i++) {var c= ca[i];while (c.charAt(0)==' ') c=
…  c.substring(1,c.length);if (c.indexOf(nEQ) == 0) return
…  c.substring(nEQ.length,c.length);} };
44571
44572    var name = "IPerceptions_comment_" + config.surveyID;
44573    var w = 0, h = 0, url = "", l = 0, t = 0, vs = iperceptions.viewSize(),
44574        sdfc = "e8abdf4f" + "-" + config.surveyID + "-" +
…  "3a07d5ce-0cd2-4702-bb09-9246b2aa907e";
44575    w = iperceptions.winWidth || 480;
44576    h = iperceptions.winHeight || 580;
44577    l = Math.max((vs[0] - w) / 2, 0);
44578    t = Math.max((vs[1] - h) / 2, 0);
44579    url = window.location.protocol +
…  "//ips-invite.iperceptions.com/WebValidator.aspx?lID=" + config.langID + "&sdfc=" +
…  sdfc + "&source=91787&destination=commentcard&referrer=" +
…  encodeURIComponent(window.location.href) + (iperceptions.logoBrandID ? "&brandID=" +
…  iperceptions.logoBrandID : "" ) + (iperceptions.siteID ? "&siteID=" +
…  iperceptions.siteID : "" );
44580
44581    var features = "width=" + w + ",height=" + h + ", left=" + l + ", top=" + t + ",
…  resizable=yes, toolbar=no, location=no, directories=no, status=no, menubar=no,
…  scrollbars=yes, copyhistory=no";
44582
44583        window.open(url, name, features);
44584 }
44585
```

```
44586  </script>
44587
44588
44589  </footer>
44590  <div style="display:none;"><p> </p>
44591  <p> </p>
44592
44593  <p><img height="1" width="1"
    …  src="http://g.msn.com/action/907440?Tag=American_Cancer_Org_LandingPage&Sig=
    …  110540b1b952d917a106fafa127b5dbd&Ver=1"/></p></div>
44594  <!-- #### TEMPLATES BEGIN ####-->
44595
44596      <!--# GLOSSARY TEMPLATE BEGIN-->
44597      <script id="glossaryTemplate" type="text/html">
44598      <div data-bind="ifnot: glossary.Definition == null">
44599          <div id="Container-Glossary">
44600              <div id="divGlossary">
44601                  <div>
44602                      <div class="search-glossary-result">
44603                          <h3 id="Glossary-Word" data-bind="text: glossary.Word"></h3>
44604                          <!--<div id="Glossary-Pronounciation" data-bind="if:
    …  glossary.Pronounciation.length > 0">
44605                              <span>[<span class="pronounce" data-bind="html:
    …  glossary.Pronounciation"></span>]</span>
44606                          </div>-->
44607                          <div id="Glossary-Definition" data-bind="html:
    …  glossary.Definition"></div>
44608                          <div id="Glossary-View"><a title="View Glossary Terms"
    …  href="http://www.cancer.org/cancer/cancerglossary/index">View Glossary</a></div>
44609                      </div>
44610                  </div>
44611              </div>
44612          </div>
44613      </div>
44614      </script>
44615      <!--#GLOSSARY TEMPLATE END-->
44616
44617      <!--#SEARCH TEMPLATE BEGIN-->
44618      <script type="text/html" id="searchTemplate">
44619
44620          <!--LOCAL SEARCH BEGIN-->
44621          <!--LOCAL SEARCH END-->
44622
44623
44624          <div data-bind="foreach: SearchResutlItem">
44625
44626              <!--TYPE KEY MATCH BEGIN-->
44627              <div data-bind="if: DocType=='GM' && Page==1">
44628                  <div class="SearchItemLocal searchitem">
44629                      <span class="featuredArrow"><img
    …  src="/acs/groups/content/documents/image/acsd-010888.png"></span>
44630                      <h3 style='padding-left: 8px;margin-top:-18px;'><a
    …  class="searchTitle" data-bind="attr: {href: URL, title: Title}, html:
    …  Title"></a></h3>
44631                      <p class='urlText' style='padding-left: 8px;' data-bind="html:
    …  URL"></p>
44632                  </div>
44633              </div>
44634              <!--TYPE KEY MATCH END-->
44635
44636              <!--TYPE DEFAULT BEGIN-->
44637              <div data-bind="if: DocType==''">
44638                  <div class="SearchItem">
44639                      <h3><a class="searchTitle" data-bind="attr: { href: URL, }, html:
    …  Title"></a></h3>
44640                      <p class='urlText' data-bind="html: URL"></p>
44641                      <div class="SearchItemDescription"
    …  data-bind='html:Description'></div>
```

Page 1286

```
44642                    </div>
44643
44644
44645                    </div>
44646                    <!--TYPE DEFAULT END-->
44647
44648                    <!--TYPE PDF BEGIN-->
44649                    <div data-bind="if: DocType=='PDF'">
44650                        <div class="SearchItem">
44651                            <h3><a data-bind="attr:{href: URL, title: Title}"
       target="_blank"><span data-bind="text: '[PDF] '" ></span><span data-bind="attr:{href:
       URL, title: Title}, html:Title"></span></a></h3>
44652                            <p class='urlText' data-bind="html: URL"></p>
44653                            <div class="SearchItemDescription" data-bind="html:
       Description"></div>
44654                        </div>
44655                    </div>
44656                    <!--TYPE PDF END-->
44657
44658                    <!--TYPE VIDEO BEGIN-->
44659                    <div data-bind="if: DocType=='VIDEO'">
44660                        <div class="SearchItem">
44661                            <a data-bind="attr:{href: URL, alt: Title}"
       class="video-thumb-autoplay">
44662                                <img data-bind="attr:{src: IMG}" alt="" class="ignore-padding
       thumbnail">
44663                                <div class="play-button"></div>
44664                            </a>
44665                            <div class="videoContent">
44666                                <h3><span class="videoTitle"><a class="video-thumb-autoplay"
       style='border-bottom: dotted 1px #94b2dc;' data-bind="attr:{href: URL},
       html:Title"></a></span></h3>
44667                                <p class="urlText" data-bind="html: URL"></p>
44668                                <span class="SearchItemDescription"
       data-bind="html:Description"></span>
44669                            </div>
44670                        </div>
44671                    </div>
44672                    <!--TYPE VIDEO END-->
44673
44674                    <!--TYPE INFOGRAPHIC BEGIN-->
44675                    <div data-bind="if: DocType=='INFOGRAPHIC'">
44676                        <div class="SearchItem">
44677                            <div data-bind="ifnot: Thumbnail.length == 0 ">
44678                                <div class="infographic_result_img">
44679                                    <img data-bind="attr:{src:
       '../acs/groups/content/documents/image/' + Thumbnail}" alt="Infographic thumbnail" />
44680                                </div>
44681                            </div>
44682                            <div class="infographic_result">
44683                                <h3><a class="searchTitle" data-bind="attr: { href: URL, },
       html: Title"></a></h3>
44684                                <p class='urlText' data-bind="html: URL"></p>
44685                                <div class="SearchItemDescription"
       data-bind='html:Description'></div>
44686                            </div>
44687
44688                            <div style="clear:both"></div>
44689                        </div>
44690                    </div>
44691                    <!--TYPE INFOGRAPHIC END-->
44692            </div>
44693        </script>
44694
44695    <!--#PROMO MAIN SECTION TEMPLATE BEGIN-->
44696        <script id="promo_M_Template" type="text/html">
44697
44698                    <div data-bind="foreach: Promo">
```

Page 1287

```
44699                    <a data-bind="attr:{href:RedirectURL,title:PromoName}">
44700                        <img data-bind="attr:{src:
…    '../acs/groups/content/documents/image/' + ImageFileName, alt:PromoName}" />
44701                    </a>
44702                </div>
44703
44704        </script>
44705        <!--# PROMO MAIN SECTION TEMPLATE END-->
44706
44707        <!--# PROMO RIGHT SECTION TEMPLATE BEGIN-->
44708        <script id="promo_R_Template" type="text/html">
44709            <div data-bind="foreach: Promo">
44710                <a data-bind="attr:{href:RedirectURL,title:PromoName}">
44711                    <img data-bind="attr:{src: '../acs/groups/content/documents/image/' +
…    ImageFileName, alt:PromoName}" />
44712                </a>
44713            </div>
44714
44715        </script>
44716        <!--# PROMO RIGHT SECTION TEMPLATE END-->
44717
44718        <!--# EVENTS TEMPLATE BEGIN-->
44719        <script id="eventsTemplate" type="text/html">
44720            <div data-bind="ifnot: Events.length == 0 ">
44721                <div class="localHeader">
44722                    <h3>Events in Your Area</h3>
44723                </div>
44724                <div class='rightBox'>
44725
44726                    We have a variety of events happening in
44727
44728                    <b>
44729                        <div data-bind="ifnot: city == null"
…    style='display:inline-block'>
44730                            <span id='city-events1' data-bind="text: city"
…    class='firstLetterCap' style='display:inline-block'></span>, <span
…    data-bind="text: state"></span>
44731                        </div>
44732                        <div data-bind="ifnot: zip == null"
…    style='display:inline-block'>
44733                            <span data-bind="text: zip"></span>
44734                        </div>
44735                    </b>&mdash; Get involved!
44736
44737                    <div style='clear:both;margin-bottom:10px;'></div>
44738                    <div data-bind="foreach: Events">
44739                        <div class='linkListItem' >
44740                            <span data-bind="ifnot: OnlineEventSite == null ">
44741                                <a data-bind="attr: {href: OnlineEventSite, title:
…    EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
…    +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
44742                            </span>
44743                            <span data-bind="if: OnlineEventSite == null ">
44744                                <a data-bind="attr: {href:
…    'http://www.cancer.org/involved/participate/app/event-details?event=' + EventId,
…    title: EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
…    +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
44745                            </span>
44746                        </div>
44747                    </div>
44748                    <div class='boxLink'>
44749                        <div data-bind="ifnot: city == null" ><img
…    src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
…    style="float:left;margin: 5px 5px 0 -8px;">
44750                            <a data-bind="attr:{href:
…    'http://www.cancer.org/involved/participate/app/event-search.aspx?city=' + city +
…    '&state=' + state}, text:'Find More Events'"></a>
44751                        </div>
```

```
44752       <div class="read-more-item" data-bind="ifnot: zip == null" ><img
    …   src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
    …   style="float:left;margin: 5px 5px 0 -8px;">
44753           <a data-bind="attr:{href:
    …   'http://www.cancer.org/involved/participate/app/event-search.aspx?zip=' + zip}, text:
    …   'Find More Events'"></a>
44754           </div>
44755       </div>
44756       </div>
44757       </div>
44758   </script>
44759   <!--# EVENTS TEMPLATE END-->
44760
44761   <!--# RELATED TEMPLATE BEGIN-->
44762   <script id="RelatedTemplate" type="text/html">
44763       <div data-bind="ifnot: typeof Related == 'undefined'">
44764           <ul id="divRelated" data-bind="foreach: Related.clusters">
44765               <li>
44766                   <a data-bind="attr:{href: '?QueryText=' + label}, text: label,
    …   title: label" target="_self"></a>
44767               </li>
44768           </ul>
44769       </div>
44770   </script>
44771   <!--# RELATED TEMPLATE END-->
44772
44773   <!--# RESOURCES TEMPLATE BEGIN-->
44774   <script id="resourcesTemplate" type="text/html">
44775
44776       <div data-bind="if: Resources.length !== 0">
44777           <div data-bind="if: zip == '000000' && city == null">
44778               <div class="localHeader">
44779                   <h3>National Resources</h3>
44780               </div>
44781               <div class='rightBox'>
44782                   <div data-bind="foreach: Resources.Resources">
44783                       <div class='linkListItem'>
44784                           <a data-bind="attr: {href:
    …   'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
    …   resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
    …   OrganizationName"></a>
44785                       </div>
44786                   </div>
44787                   <div class='boxLink'>
44788                       <a data-bind="attr:{href:
    …   'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search'}">
44789                           Find More Resources
44790                       </a>
44791                   </div>
44792               </div>
44793           </div>
44794
44795           <div data-bind="if: (zip !== null || zip !== '000000') ||  city !==
    …   null">
44796               <div class="localHeader">
44797                   <h3>Resources in Your Area</h3>
44798               </div>
44799               <div class='rightBox'>
44800                   We have a variety of programs and services available in
44801                   <b><div data-bind="ifnot: city == null"
    …   style='display:inline-block'><span id='city-resources2' data-bind="text: city"
    …   class='firstLetterCap' style='display:inline-block'></span>, <span data-bind="text:
    …   state"></span></div>
44802                   <div data-bind="ifnot: zip == null"
    …   style='display:inline-block;margin: 0 0 0 -3px;'><span data-bind="text: zip"></span>
44803                   </div>
44804                   </b>
44805                   <div style='clear:both;margin-bottom: 10px;'></div>
```

```
44806                 <div data-bind="foreach: Resources">
44807                     <div class='linkListItem'>
44808                         <a data-bind="attr: {href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
OrganizationName"></a>
44809                     </div>
44810                 </div>
44811                 <div class='boxLink'>
44812                     <div data-bind="ifnot: city == null" ><img
src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
style="float:left;margin: 5px 5px 0 -8px;">
44813                         <a data-bind="attr:{href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&city=
' + city +'&state=' + states.indexOf(state)}">Find More Resources</a>
44814                     </div>
44815                     <div data-bind="ifnot: zip == null" ><img
src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
style="float:left;margin: 5px 5px 0 -8px;">
44816                         <a data-bind="attr:{href:
'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&zip='
+ zip}">Find More Resources</a>
44817                     </div>
44818                 </div>
44819             </div>
44820         </div>
44821     </script>
44822     <!--# RESOURCES TEMPLATE END-->
44823
44824     <!--# OFFICE TEMPLATE BEGIN-->
44825     <script id="officeTemplate" type="text/html">
44826         <div data-bind="if: Offices.length>0">
44827             <div id="divOffices">
44828
44829                 <div id="map-canvas"></div>
44830                 <div class='rightBox'>
44831
44832                     Here are the local offices for<b>
44833                     <span data-bind="ifnot: city=='null'">
44834                         <span data-bind="text: city" class='firstLetterCap'
style='display:inline-block'></span>, <span data-bind="text: state"></span>
44835                     </span>
44836
44837                     <span data-bind="ifnot: zip=='null'">
44838                         <span data-bind="text: zip"></span>
44839                     </span>
44840                 </b>
44841                 <div style='clear:both;margin-bottom:20px;'></div>
44842
44843                 <div data-bind="foreach: Offices">
44844                     <div class="offices">
44845                         <h3><span data-bind="text: office_name"></span></h3>
44846                         <span data-bind="text: address1"></span><br />
44847                         <div data-bind="ifnot: address2==''">
44848                             <span data-bind="text: address2"></span><br />
44849                         </div>
44850                         <span data-bind="text: city"></span>, <span
data-bind="text: StateAbbreviation"></span>
44851                         <span class='zipcode' data-bind="text:
zip_code"></span></span><br />
44852                         <p>Phone: <span class='phone' data-bind='text:
published_phone'></span></p>
44853                         <div style="display:none">
44854                             <p id="lat" class="lat" data-bind="text:
latitude"></p>
44855                             <p id="lng" class="lng" data-bind="text:
longitude"></p>
44856                         </div>
```

```
44857                            </div>
44858                        </div>
44859                    </div>
44860                </div>
44861            </div>
44862        </script>
44863        <!--# OFFICE TEMPLATE END-->
44864
44865        <!--# SEARCH STATS TEMPLATE BEGIN-->
44866
44867        <script id="searchStatsTemplate" type="text/html">
44868        </script>
44869        <!--# SEARCH STATS TEMPLATE END-->
44870
44871        <!--# SEARCH TABS TEMPLATE BEGIN-->
44872        <script id="tabsTemplate" type="text/html">
44873
44874            <span data-bind="if: oTabs.tabs[2].length>1">
44875            <div id="pagination-present">
44876
44877                <span data-bind="if: Page>1">
44878
44879
44880                </span>
44881                <span data-bind="if: Page<2">
44882                    <a class="DisableIt"></a>
44883                </span>
44884                <span data-bind="foreach: oTabs.tabs[2]">
44885                    <b data-bind="if:  parseInt(Page)== parseInt(tab)">
44886                        <b class="active" data-bind="text: tab"></b>
44887                    </b>
44888                    <span data-bind="if:  parseInt(Page) != parseInt(tab)">
44889                        <a class="tab" data-bind="attr: { href: '?QueryText=' + query +
…      '&Page=' + tab }, text: tab"></a>
44890                    </span>
44891                </span>
44892                <span data-bind="if: parseInt(Page) < parseInt(TotalCount)">
44893
44894
44895
44896                </span>
44897                <span data-bind="if: parseInt(Page) >= parseInt(TotalCount)">
44898                    <a class="DisableIt"></a>
44899                </span>
44900            </div>
44901            </span>
44902
44903        </script>
44904        <!--# SEARCH TABS TEMPLATE END-->
44905
44906        <!--#### TEMPLATES END-->
44907 </body>
44908
44909        <link href="/acs/fragments/searchknockout/css/jquery-ui.css" rel="stylesheet" />
44910        <script src="/acs/fragments/searchknockout/scripts/jquery-ui.min.js"></script>
44911        <!-- removed jquery.1.7.1.min.js and jquery-ui.js -->
44912        <script src="/acs/fragments/searchknockout/ko/knockout.js"
…      defer="defer"></script>
44913        <script src="/acs/fragments/searchknockout/ko/common.js"></script>
44914        <script src="/acs/fragments/searchknockout/ko/address_functions.js"></script>
44915        <script src="/acs/fragments/searchknockout/ko/tabs_controller.js"></script>
44916        <script src="/acs/fragments/searchknockout/ko/glossary_controller.js"
…      defer="defer"></script>
44917        <script src="/acs/fragments/searchknockout/ko/events_controller.js"></script>
44918        <script src="/acs/fragments/searchknockout/ko/resources_controller.js"
…      defer="defer"></script>
44919        <script src="/acs/fragments/searchknockout/ko/search_controller.js"></script>
44920        <script src="/acs/fragments/searchknockout/ko/office_controller.js"
```

```
44920…  defer" defer ></script>
44921      <script src="/acs/fragments/searchknockout/ko/promo_controller.js"></script>
44922      <script src="/acs/fragments/searchknockout/ko/related_controller.js"></script>
44923      <script src="/acs/fragments/searchknockout/ko/default_scripts.js"></script>
44924      <script src="/acs/fragments/searchknockout/scripts/prettyphoto.min.js"></script>
44925      <script
    …  src="/acs/fragments/searchknockout/scripts/prettyphototemplate.js"></script>
44926
44927
44928  </html>
44929
44930  ************************************************
44931  The following data is from cancer_org-source-sts_js-20160721.txt
44932  ************************************************
44933  var _gaq = _gaq || [];
44934
44935  var STS = {
44936      config: {
44937          dev: {
44938              serverName: "dev.account.cancer.org",
44939              passiveEndpoint: "/login/",
44940              accountProfileUrl: "https://dev.account.cancer.org/profile/",
44941              dialogHtmlSrcUrl:
    …  "http://dev.account.cancer.org/login/scripts/acsAcct.htm",
44942              dialogHtml: "",
44943              cssUrl: "https://dev.account.cancer.org/login/scripts/acsAcct.css",
44944              liveidAppId: "000000004C024105",
44945              facebookAppId: "303181704029",
44946              registrationMessage: "This is the Development Authentication
    …  Environment",
44947              registrationAlternateURL: null
44948          },
44949
44950          qa: {
44951              serverName: "qa.cancer.org",
44952              passiveEndpoint: "/login/",
44953              accountProfileUrl: "https://qa.account.cancer.org/profile/",
44954              dialogHtmlSrcUrl:
    …  "http://qa.account.cancer.org/login/scripts/acsAcct.htm",
44955              dialogHtml: "",
44956              cssUrl: "https://qa.account.cancer.org/login/scripts/acsAcct.css",
44957              liveidAppId: "000000004002ED31",
44958              facebookAppId: "497747250520",
44959              registrationMessage: "This is the QA Authentication Environment",
44960              registrationAlternateURL: null
44961          },
44962
44963          prod: {
44964              serverName: "account.cancer.org",
44965              passiveEndpoint: "/login/",
44966              accountProfileUrl: "https://account.cancer.org/profile/",
44967              dialogHtmlSrcUrl: "http://account.cancer.org/login/scripts/acsacct.htm",
44968              dialogHtml: "",
44969              cssUrl: "https://account.cancer.org/login/scripts/acsacct.css",
44970              liveidAppId: "0000000048038164",
44971              facebookAppId: "12225384464232",
44972              registrationMessage: "Registering and signing in allows you to interact
    …  with your American Cancer Society the way you want to. Automatically receive the
    …  cancer information you're interested in, connect with events and resources in your
    …  area, and customize your site to save relevant articles. You can even use an ID you
    …  may already have - including Facebook, Google, Yahoo, and more.",
44973              registrationAlternateURL: null
44974          }
44975      },
44976
44977      settings: {},
44978
44979      // ***************************
```

```
44980
44981        realm: "",
44982        modalTitle: "",
44983        returnUrl: "",
44984        isPassivePage: false,
44985        isRendered: false,
44986        isInitialized: false,
44987        isFacebookInitialized: false,
44988
44989        logout: function(returnURL) {
44990            // Build logout URI based on passive sign-on profile:
44991            // http://msdn.microsoft.com/en-us/library/bb608217.aspx
44992            var uri = STS.getPassiveEndpointUri() +
44993                        "?wa=wsignout1.0" +        /* wa=wsignout1.0: Required action
…     parameter */
44994                        "&wreply=" + encodeURIComponent(STS.getReturnURL(returnURL)) +
…     /* wreply: Return URL */
44995                        "&wtrealm=" + encodeURIComponent(STS.realm);
44996
44997            window.location = uri;
44998        },
44999
45000        editProfile: function(returnUrl) {
45001            window.location = STS.getEditProfileURL(returnUrl);
45002        },
45003
45004        viewProfile: function(returnUrl) {
45005            window.location = STS.getViewProfileURL(returnUrl);
45006        },
45007
45008        register: function(returnUrl) {
45009            window.location = STS.getProfileUrl("Register", returnUrl);
45010        },
45011
45012        forgotPassword: function(returnUrl) {
45013            window.location = STS.getForgotPasswordURL(returnUrl);
45014        },
45015
45016        getReturnURL: function(returnURL) {
45017            var ru = returnURL;
45018
45019            if (!ru) {
45020                if (!STS.returnUrl)
45021                    ru = window.location.href;
45022                else
45023                    ru = STS.returnUrl;
45024            }
45025
45026            // Remove extraneous "#" at end of URL
45027            if (ru.charAt(ru.length - 1) == '#')
45028                ru = ru.substring(0, ru.length - 1);
45029
45030            return ru;
45031        },
45032
45033        getEditProfileURL: function(returnURL) {
45034            return STS.getProfileUrl("EditProfile", returnURL);
45035        },
45036
45037        getViewProfileURL: function(returnURL) {
45038            return STS.getProfileUrl("ViewProfile", returnURL);
45039        },
45040
45041        getRegisterProfileURL: function(returnURL) {
45042            if (STS.settings.registrationAlternateURL)
45043                return STS.settings.registrationAlternateURL;
45044            else
45045                return STS.getProfileUrl("Register", returnURL);
```

```
45046        },
45047
45048        getForgotPasswordURL: function(returnURL) {
45049            return STS.getProfileUrl("ForgotPassword", returnURL);
45050        },
45051
45052        getProfileUrl: function(basePage, returnURL) {
45053            var url = STS.settings.accountProfileUrl
45054                    + basePage
45055                    + ".aspx?realm=" + encodeURIComponent(STS.realm)
45056                    + "&returnUrl=" + encodeURIComponent(STS.getReturnURL(returnURL));
45057
45058            return url;
45059        },
45060
45061        getPassiveEndpointUri: function(protocol) {
45062            if (protocol == undefined)
45063                protocol = "https";
45064
45065            return protocol + "://" + STS.settings.serverName +
…    STS.settings.passiveEndpoint;
45066        },
45067
45068        // ############## Login methods ####################
45069        showLoginArea: function(provider, label) {
45070            //Get the base for all DOM elements we're going to alter.
45071            var providerId = '#' + $(provider).attr('id').split("-link")[0];
45072
45073            // Highlight only the menu item selected
45074            $('#login-selector li').removeClass();
45075            $(provider).parent().addClass('active');
45076
45077            // Show only the login for for the selected menu item
45078            $('.login-area').hide();
45079            $(providerId).show();
45080
45081            // Show only the icon for the menu item selected
45082            $('#account-icon-wraps img').hide();
45083            $(providerId + '-icon-wrap').show();
45084
45085            // Alter the form title with the name of the item clicked.
45086            if (label)
45087                $("#loginProvider").text(label.split(" Account")[0]);
45088        },
45089
45090        getLoginUri: function() {
45091            return STS.getPassiveEndpointUri() + "?" + STS.getLoginParams();
45092        },
45093
45094
45095        getLoginParams: function() {
45096            // Get current URL for return
45097            var returnURL = STS.getReturnURL();
45098
45099            // Build login URI based on passive sign-on profile:
45100            // http://msdn.microsoft.com/en-us/library/bb608217.aspx
45101            var wctx = "";
45102
45103            if (STS.isPassivePage)
45104                wctx = STS.getParameterByName("wctx");
45105            else
45106                wctx = encodeURIComponent("rm=0&id=passive&ru=" +
…    encodeURIComponent(returnURL));
45107            //        wctx = encodeURIComponent("rm=0&id=passive&ru=" + returnURL);
45108
45109            // Current date in UTC format
45110            var dt = new Date();
45111            var wct = dt.getUTCFullYear() + "-" + dt.getUTCMonth() + dt.getUTCDate() +
```

```
45111...  "T"
45112               dt.getUTCHours() + ":" + dt.getUTCMinutes() + ":" +
...   dt.getUTCSeconds() + "Z";
45113
45114           var loginParams = "wa=wsignin1.0" +                    /*
...   wa=wsignin1.0: Required action parameter */
45115                 "&wtrealm=" + encodeURIComponent(STS.realm) +    /*
...   wtrealm: Relying party URI */
45116                 "&wctx=" + wctx +                                /* wctx:
...   Optional return information */
45117                 "&wct=" + wct;                                   /* wct:
...   Optional current time */
45118
45119           return loginParams;
45120       },
45121
45122       getParameterByName: function(name) {
45123           name = name.replace(/[\[]/, "\\\[").replace(/[\]]/, "\\\]");
45124           var regexS = "[\\?&]" + name + "=([^&#]*)";
45125           var regex = new RegExp(regexS);
45126           var results = regex.exec(window.location.href);
45127           if (results == null)
45128               return "";
45129           else
45130               return results[1];
45131       },
45132
45133       createCookie: function(name, value, days) {
45134           if (days) {
45135               var date = new Date();
45136               date.setTime(date.getTime() + (days * 24 * 60 * 60 * 1000));
45137               var expires = "; expires=" + date.toGMTString();
45138           }
45139           else var expires = "";
45140           document.cookie = name + "=" + value + expires + "; path=/";
45141       },
45142
45143       configureEvents: function() {
45144           $('#login-selector li a').click(function(e) {
45145               var li = $(this).parent();
45146               var label = $(this).text();
45147               if ($(li).hasClass('active')) {
45148                   return false;
45149               } else {
45150                   STS.showLoginArea(this, label);
45151               }
45152               e.preventDefault();
45153           });
45154       },
45155
45156       readCookie: function(name) {
45157           var nameEQ = name + "=";
45158           var ca = document.cookie.split(';');
45159           for (var i = 0; i < ca.length; i++) {
45160               var c = ca[i];
45161               while (c.charAt(0) == ' ') c = c.substring(1, c.length);
45162               if (c.indexOf(nameEQ) == 0) return c.substring(nameEQ.length, c.length);
45163           }
45164           return null;
45165       },
45166
45167       getUserNameFromCookie: function() {
45168           return STS.readCookie("ACS_ACCOUNT_USERNAME");
45169       },
45170
45171       loadCSS: function() {
45172           //Add ACS Account CSS
45173           var head = document.getElementsByTagName('head')[0];
```

```
45174              var link = document.createElement('link');
45175              link.setAttribute('rel', 'stylesheet');
45176              link.setAttribute('type', 'text/css');
45177              link.setAttribute('href', STS.settings.cssUrl);
45178              head.appendChild(link);
45179          },
45180
45181          loadHtmlTemplating: function() {
45182              //Same Origin bug prevents this!
45183              //Dynamically load HTML
45184              //$.get(STS.settings.dialogHtmlSrcUrl, function(html) {
       STS.settings.dialogHtml = html; });
45185              //          $.ajax({
45186              //             url: STS.settings.dialogHtmlSrcUrl,
45187              //             success: function(html) { STS.settings.dialogHtml = html; },
45188              //             async: false
45189              //          });
45190              STS.settings.dialogHtml = '<div id="modal-ACSAcontainer"> <div
       class="modal-header"> <div class="modal-title"> Sign in to <span
       id="realmTitle"></span> </div> <div class="modal-close"> <a href="#"
       class="signin-close" id="close-button" title="close">Close</a></div> </div> <div
       class="modal-content"> <div id="login-selector"> <div class="login-selector-label">
       Sign in using<br> your account with:</div> <ul> <li class="active"><a
       id="acs-login-link" href="#"><span>ACS Account</span></a></li> <li><a
       id="google-login-link" href="#"><span>Google</span></a></li> <li><a
       id="yahoo-login-link" href="#"><span>Yahoo</span></a></li> <li><a
       id="facebook-login-link" href="#"><span>Facebook</span></a></li> <li><a
       id="liveid-login-link" href="#"><span>Windows Live ID</span></a></li> <li><a
       id="aol-login-link" href="#"><span>AOL</span></a></li> <li><a id="openid-login-link"
       href="#"><span>OpenID</span></a></li> </ul> </div> <div id="signin"> <div
       id="signin-content"> <div id="account-icon-wraps"> <img id="acs-login-icon-wrap"
       alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/acs-account-
       icon-wrap.png" style="display: inline;"> <img id="google-login-icon-wrap" alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/google-account-
       icon-wrap.png" style="display: none;"> <img id="yahoo-login-icon-wrap" alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/yahoo-account-
       icon-wrap.png" style="display: none;"> <img id="facebook-login-icon-wrap" alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/facebook-
       account-icon-wrap.png" style="display: none;"> <img id="liveid-login-icon-wrap"
       alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/liveid-account-
       icon-wrap.png" style="display: none;"> <img id="aol-login-icon-wrap" alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/aol-account-
       icon-wrap.png" style="display: none;"> <img id="openid-login-icon-wrap" alt=""
       src="https://www.cancer.org/acs/fragments/acs_css_files/images/global/openid-account-
       icon-wrap.png" style="display: none;"> </div> <div id="error"> </div> <div
       class="signin-headline"> Sign In With Your <span id="loginProvider">ACS</span>
       Account</div> <div class="signin-paragraph"> </div> <div id="acs-login"
       class="login-area"> <form id="acsAccountForm" method="post"
       action="[-CHANGE-THIS-ACTION-URL-]"> <fieldset> <div class="width50"> <label
       for="username" class="block">Email Address:</label> <input type="text"
       class="textfield" value="" tabindex="1" id="username" name="username"> <input
       type="checkbox" id="remember" name="remember" tabindex="4" value="yes"> <label
       for="remember" class="remember">Remember me</label> </div> <div class="width50">
       <label for="password" class="block">Password:</label> <input type="password"
       class="textfield" tabindex="2" id="password" name="password"> <a href="#"
       class="forgot-password">Forgot your password?</a> <input type="submit" tabindex="3"
       class="signin-button"> </div> </fieldset> </form> <div class="register-blurb"> Don\'t
       have an ACS Account? Create an account now! <a id="register-button"
       href="#">Register</a> </div> </div> <div id="google-login" class="login-area"
       style="display: none;"> <p><b>Google social login is no longer available.  Please
       email activeforlife@cancer.org if you need assistance.</b></p> <button class=""
       disabled="disabled" id="btnSignInGoogle" type="submit"> Sign In</button> </div> <div
       id="yahoo-login" class="login-area" style="display: none;"> <button
       class="signin-button" id="btnSignInYahoo" type="submit"> Sign In</button> </div> <div
       id="liveid-login" class="login-area" style="display: none;"> <a href="#"> <img
       src="https://www.passportimages.com/1033/signin.gif" style="border-style: none;"
```

```
45190…  alt="Windows Live Login"></button></div> <div id="aol-login" class="login-area"
    …  style="display: none;"> <fieldset> <label for="aolScreenName"> Screen Name:</label>
    …  <input type="text" class="textfield" id="aolScreenName" name="aolScreenName"> <button
    …  class="signin-button" id="btnSignInAOL"> Sign In</button> </fieldset> </div> <div
    …  id="facebook-login" class="login-area" style="display: none;"><a class="fb_button
    …  fb_button_medium" onclick="ConnectLogin.login(null, \'\'); return false;"><span
    …  class="fb_button_text">Login with Facebook</span></a></div> <div id="openid-login"
    …  class="login-area" style="display: none;"> <fieldset> <label for="openIdUrl"> OpenID
    …  URL:</label> <input type="text" class="textfield" id="openIdUrl" name="openIdUrl"
    …  style="width: 300px;"> <button class="signin-button" id="btnSignInOpenId"
    …  type="submit"> Sign In</button> </fieldset> </div> </div> </div> <div
    …  class="modal-footer"> <div class="acsLogo-wTag"> The American Cancer Society - The
    …  Official Sponsor of Birthdays&reg;</div> </div> </div>';
45191       },
45192
45193       init: function(realm, modalTitle, returnURL) {
45194
45195           if (!STS.isInitialized) {
45196               STS.realm = (realm) ? realm :
    …  decodeURIComponent(STS.getParameterByName("wtrealm"));
45197               STS.initFacebook();
45198               STS.loadCSS();
45199               STS.isInitialized = true;
45200           }
45201
45202           STS.returnUrl = STS.getReturnURL(returnURL);
45203           STS.modalTitle = modalTitle; // Application name
45204       },
45205
45206       initSettings: function(realm) {
45207           STS.realm = (realm) ? realm :
    …  decodeURIComponent(STS.getParameterByName("wtrealm"));
45208       },
45209
45210       initPassive: function() {
45211           STS.isPassivePage = true;
45212           STS.loadCSS();
45213           STS.realm = decodeURIComponent(STS.getParameterByName("wtrealm"));
45214           STS.initSettings(STS.realm);
45215           STS.isInitialized = true;
45216           STS.returnUrl = STS.parseReturnUrl();
45217       },
45218
45219       parseReturnUrl: function() {
45220           var ru = "";
45221
45222           var wctx = decodeURIComponent(STS.getParameterByName("wctx"));
45223
45224           if (wctx != "" && wctx != null) {
45225               var ruix = wctx.indexOf("ru=");
45226               var endru = wctx.indexOf("&", ruix + 1);
45227               ru = (endru == -1 ? wctx.substring(ruix + 3) : wctx.substring(ruix + 3,
    …  endru));
45228               ru = decodeURIComponent(ru);
45229           }
45230           else {
45231               ru = decodeURIComponent(STS.getParameterByName("wreply"));
45232           }
45233           return ru;
45234       },
45235
45236       initFacebook: function() {
45237           if (!STS.isFacebookInitialized) {
45238               if (!STS.isInitialized)
45239                   STS.initSettings(STS.realm);
45240
45241               $("body").append("<div id=\"fb-root\"></div>");
45242
```

```
45243                window.fbAsyncInit = function() {
45244                    FB.init({
45245                        appId: STS.settings.facebookAppId,
45246                        status: true,
45247                        cookie: true,
45248                        xfbml: true,
45249                        channelURL: STS.getPassiveEndpointUri() +
…    "facebook/channel.html",
45250                        oauth: true
45251                    });
45252
45253                    STS.isFacebookInitialized = true;
45254                };
45255
45256                // Load the SDK Asynchronously
45257                (function(d) {
45258                    var js, id = 'facebook-jssdk'; if (d.getElementById(id)) { return; }
45259                    js = d.createElement('script'); js.id = id; js.async = true;
45260                    js.src = "//connect.facebook.net/en_US/all.js";
45261                    d.getElementsByTagName('head')[0].appendChild(js);
45262                } (document));
45263            }
45264        },
45265
45266        rememberProvider: function(providerName) {
45267            STS.createCookie("ACS_ACCOUNT_PROVIDER_SELECTION", providerName);
45268        },
45269
45270        renderLogin: function(targetElement, showHeader) {
45271            if (targetElement && !STS.isRendered) {
45272
45273                STS.loadHtmlTemplating();
45274
45275                if (!targetElement.tagName)
45276                    targetElement = $("#" + targetElement)[0];
45277
45278                STS.initFacebook();
45279
45280                var userName = STS.getUserNameFromCookie();
45281                if (!userName)
45282                    userName = "";
45283
45284                var dialog = $(STS.settings.dialogHtml);
45285
45286                // Customize Modal UI
45287                dialog
45288                    .find("#realmTitle")
45289                        .text(STS.modalTitle)
45290                        .end()
45291                    .find("div.signin-paragraph")
45292                    .text(STS.settings.registrationMessage)
45293
45294                if (showHeader == false)
45295                    dialog.find(".modal-header").remove();
45296
45297                dialog
45298                // Prefill form
45299                    .find("#username")
45300                        .val(userName)
45301                        .end()
45302                    .find("#remember")
45303                        .attr('checked', !!userName)
45304                        .end()
45305
45306                    .find("#register-button")
45307                        .attr('href', STS.getRegisterProfileURL())
45308                        .click(STS.trackRegisterClick)
45309                        .end()
```

```
45310                        .find("a.forgot-password")
45311                        .attr("href", STS.getForgotPasswordURL())
45312                        .end()
45313
45314            // Bind Events
45315                    .find("#acsAccountForm")
45316                        .attr("action", STS.getLoginUri())
45317                        .submit(function() { STS.rememberProvider("acs") })
45318                        .end()
45319                    .find("#btnSignInGoogle")
45320                        .click(function() { STS.loginToGoogle(); return false; })
45321                        .end()
45322                    .find("#btnSignInYahoo")
45323                        .click(function() { STS.loginToYahoo(); return false; })
45324                        .end()
45325                    .find("#liveid-login a")
45326                        .click(function() { STS.loginToLive(); return false; })
45327                        .end()
45328                    .find("#btnSignInAOL")
45329                        .click(function() { STS.loginToAOL(); return false; })
45330                        .end()
45331                    .find("#facebook-login a")
45332                        .click(function() { STS.loginWithFacebook(); return false; })
45333                /*
45334                .attr("href", STS.getPassiveEndpointUri() +
45335                "/facebook/auth_request_receiver.htm?realm=" + STS.realm +
45336                "&name=" + STS.modalTitle +
45337                "&ru=" + encodeURIComponent(window.location.pathname +
…    window.location.search)
45338                )
45339                */
45340                        .end()
45341                    .find("#btnSignInOpenId")
45342                        .click(STS.loginToOpenId)
45343                        .end();
45344
45345            // Render Modal
45346            $(targetElement).append(dialog);
45347
45348            var selectedProvider = STS.readCookie("ACS_ACCOUNT_PROVIDER_SELECTION");
45349            if (!selectedProvider)
45350                selectedProvider = "acs";
45351
45352            var selectItem = $("#" + selectedProvider + "-login-link")
45353                , selectText = $("#" + selectedProvider + "-link").text();
45354
45355            STS.showLoginArea(selectItem, selectText);
45356            STS.configureEvents();
45357
45358            STS.isRendered = true;
45359
45360            STS.trackLoginClick();
45361        };
45362    },
45363
45364
45365    loginToOpenIdProvider: function(identifier) {
45366        var uri = STS.getPassiveEndpointUri("https")
45367            + "OpenIDProvider.aspx?identifier="
45368            + encodeURIComponent(identifier)
45369            + "&" + STS.getLoginParams();
45370
45371        window.open(uri, "openid", "width=650,height=500,scrollbars=yes");
45372
45373        return false;
45374    },
45375
45376
```

```
45377        loginToACSAccountWithUser: function(userName, password, rememberMe) {
45378            $("#username").val(userName);
45379            $("#password").val(password);
45380            $("#remember").val(rememberMe);
45381
45382            STS.loginToACSAccount();
45383
45384            return false;
45385        },
45386
45387        loginToACSAccount: function() {
45388            STS.rememberProvider("acs");
45389
45390            $("#acsAccountForm").submit();
45391
45392            return false;
45393        },
45394
45395        loginToAOL: function(screenName) {
45396            STS.rememberProvider("aol");
45397
45398            if (!screenName)
45399                screenName = $("#aolScreenName").val();
45400
45401            if (!screenName)
45402                alert("Please enter an AOL screen name");
45403            else
45404                STS.loginToOpenIdProvider('openid.aol.com/' + screenName);
45405
45406            return false;
45407        },
45408
45409        loginToGoogle: function() {
45410            STS.rememberProvider("google");
45411
45412            STS.loginToOpenIdProvider("https://www.google.com/accounts/o8/id");
45413
45414            return false;
45415        },
45416
45417        loginToLive: function() {
45418            STS.rememberProvider("liveid");
45419
45420            window.location = "https://login.live.com/wlogin.srf?appid=" +
…  STS.settings.liveidAppId +
45421                            "&appctx=" + encodeURIComponent(STS.getLoginUri());
45422
45423            return false;
45424        },
45425
45426        loginToOpenId: function(URL) {
45427            STS.rememberProvider("openid");
45428
45429            if (!URL)
45430                URL = $("#openIdUrl").val();
45431
45432            if (!URL)
45433                alert("Please enter a valid OpenID identifier");
45434            else
45435                STS.loginToOpenIdProvider(URL);
45436
45437            return false;
45438        },
45439
45440        loginToYahoo: function() {
45441            STS.rememberProvider("yahoo");
45442
45443            STS.loginToOpenIdProvider("https://me.yahoo.com");
```

Page 1300

```
45444
45445              return false;
45446          },
45447
45448          loginWithFacebook: function() {
45449              STS.rememberProvider("facebook");
45450
45451              var fbLoginURI = STS.getPassiveEndpointUri() +
45452                              "facebook/auth_request_receiver.htm?realm=" + STS.realm +
45453                              "&name=" + STS.modalTitle +
45454                              "&ru=" + STS.getReturnURL();
45455
45456              window.location = fbLoginURI;
45457
45458              return false;
45459          },
45460
45461          getTrackingAccount: function() {
45462              var host = window.location.hostname.toLowerCase();
45463              var account = 'UA-144783-130'; //account.cancer.org
45464
45465              switch (host) {
45466                  case 'www.cancer.org':
45467                      account = 'UA-144783-68';
45468                      break;
45469                  case 'm.cancer.org':
45470                      account = 'UA-144783-102';
45471                      break;
45472                  case 'contrib.cancer.org':
45473                      account = 'UA-144783-81';
45474                      break;
45475                  case 'qa.cancer.org':
45476                      account = 'UA-144783-67';
45477                      break;
45478                  case 'dev.cancer.org':
45479                      account = 'UA-144783-79';
45480                      break;
45481                  case 'www.activeforlife.org':
45482                      account = 'UA-144783-86';
45483                      break;
45484                  case 'www.whatnext.com':
45485                      account = 'UA-5814236-1';
45486                      break;
45487                  case 'www.chooseyou.com':
45488                      account = 'UA-16160404-1';
45489                      break;
45490              }
45491
45492              return account;
45493          },
45494
45495          trackLoginClick: function() {
45496              var account = STS.getTrackingAccount();
45497
45498              _gaq.push(['_setAccount', account], ['_trackPageview', '/account/login']);
45499
45500  //          if (console && console.debug)
45501  //              console.debug("Logging login modal display.");
45502          },
45503
45504          trackRegisterClick: function() {
45505              var account = STS.getTrackingAccount();
45506
45507              _gaq.push(['_trackEvent', 'login page', 'register', 'from: ' +
…  window.location]);
45508
45509  //          if (console && console.debug)
45510  //              console.debug("Logging Register Button Click.");
```

```
45511        }
45512   };
45513
45514   STS.settings = STS.config.prod;
45515   ****************************************************
45516   The following data is from cancer_org_cancer_prostate-source-20160729.txt
45517   ****************************************************
45518   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
45519
45520   <meta http-equiv="x-ua-compatible" content="IE=Edge"/>
45521
45522   <html>
45523
45524   <head><meta content="text/html; charset=utf-8" http-equiv="Content-Type" /><script
    …   type="text/javascript">
45525
45526      var _U = "undefined";
45527
45528      var g_HttpRelativeWebRoot = "/acs/";
45529
45530      var SSContributor = false;
45531
45532      var SSForceContributor = false;
45533
45534      var SSHideContributorUI = false;
45535
45536      var ssUrlPrefix = "/";
45537
45538      var ssUrlType = "1";
45539
45540      var ssDomainNum = "5c38e88";
45541
45542      var g_navNode_Path = new Array();
45543
45544         g_navNode_Path[0] = '0';
45545
45546         g_navNode_Path[1] = '100001';
45547
45548         g_navNode_Path[2] = '100095';
45549
45550      var g_ssSourceNodeId = "100095";
45551
45552      var g_ssSourceSiteId = "CancerOrg";
45553
45554      var g_strLanguageId = "en";
45555
45556   </script>
45557
45558   <script id="SSNavigationFunctionsScript" type="text/javascript"
    …   src="/acs/websites/CancerOrg/sitenavigationfunctions.js"></script>
45559
45560   <script id="SSNavigationScript" type="text/javascript"
    …   src="/acs/websites/CancerOrg/sitenavigation.js"></script>
45561
45562
45563
45564      <script type="text/javascript"
    …   src="/acs/resources/wcm/sitestudio/wcm.toggle.js"></script>
45565
45566      <script type="text/javascript"
    …   src="/acs/resources/sitestudio/ssajax/ssajax.js"></script>
45567
45568
45569
45570
45571
45572
45573
```

```
45574    <script id="ssInfo" type="text/xml" warning="DO NOT MODIFY">
45575
45576    <ssinfo>
45577
45578      <fragmentinstance id="fragment1" fragmentid="lightBox_CancerHome"
…     library="server:CANCERORG_LIGHTBOX">
45579
45580      </fragmentinstance>
45581
45582
45583
45584      <fragmentinstance id="fragment2" fragmentid="G50001"
…     library="server:ACS-GENERAL-FRAGS">
45585
45586      </fragmentinstance>
45587
45588    </ssinfo>
45589
45590    </script>
45591
45592
45593
45594    <meta name="GENERATOR" content="MSHTML 9.00.8112.16592" />
45595
45596 <!--SS_BEGIN_SNIPPET(fragment2,head)-->
45597              <meta name="google-site-verification"
…  content="ekP0xI79rHAKj733m3iQV-th0pkvP0JogprGE9nVGfg" />
45598              <!--SS_END_SNIPPET(fragment2,head)-->
45599
45600
45601
45602    <!--<title></title>-->
45603
45604    <meta content="IE=edge" http-equiv="X-UA-Compatible" />
45605
45606
45607
45608 </head>
45609
45610
45611
45612 <body class="theme-learn teal-theme">
45613
45614
45615
45616
45617
45618
45619
45620    <title id="articleTitle">Prostate Cancer</title>
45621
45622    <meta name="title" content="Prostate Cancer" />
45623
45624    <meta name="searchTitle" content="Prostate Cancer" />
45625
45626    <meta name="keywords" content="prostate cancer, prostate cancer treatments, what
…  causes prostate cancer, what is prostate cancer, prostate cancer treatment" />
45627
45628    <meta name="description" content="Learn about prostate cancer from treatment
…  improvements, early detection, support resources, making decisions about treatments
…  and staying well after." />
45629
45630 <link rel="alternate" media="only screen and (max-width: 640px)"
…  href="http://m.cancer.org/Cancer/ProstateCancer/index" ><link rel="shortcut icon"
…  href="/acs/fragments/acs_refresh_scripts/images/favicon.ico">
45631
45632 <link rel="apple-touch-icon"
…  href="/acs/fragments/acs_refresh_scripts/images/favicon.png" />
```

```
45633
45634  <link rel="alternate" media="only screen and (max-width: 640px)"
  …    href="http://m.cancer.org/Cancer/ProstateCancer/index" >
45635
45636
45637
45638
45639
45640  <!-- CSS -->
45641
45642  <link rel="stylesheet" type="text/css"
  …    href="/acs/fragments/acs_refresh_scripts/css/style.css">
45643
45644  <link rel="stylesheet" type="text/css"
  …    href="/acs/fragments/acs_refresh_scripts/css/prettyPhoto.css">
45645
45646  <link rel="stylesheet" type="text/css"
  …    href="/acs/fragments/acs_refresh_scripts/css/skinned-select.css">
45647
45648
45649
45650  <!--javascript -->
45651
45652
45653
45654  <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery.min.js"
  …    type="text/javascript"></script>
45655
45656  <script src="/acs/fragments//acs_refresh_scripts/js/min/combo.libraries.min.js"
  …    ></script>
45657
45658
45659
45660  <!-- used for infographic pod -->
45661
45662  <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.acs-galleriffic.min.js"
  …    type="text/javascript"></script>
45663
45664
45665
45666  <script src="/acs/fragments/acs_refresh_scripts/js/libs/jquery-ui.min.js"
  …    type="text/javascript"></script>
45667
45668  <script src="/acs/fragments/acs_refresh_scripts/js/min/jquery.prettyphoto.min.js"
  …    type="text/javascript"></script>
45669
45670
45671
45672  <![if gte IE 9]>
45673
45674      <script>(function(){var e;e=jQuery;e.skinnedSelect=function(t,n){var
  …    r,i,s,o;s={textClass:"skinned-text",selectClass:"skinned-select",wrapperClass:"
  …    skinned-wrapper"};o=this;o.settings={};r=e(t);t=t;o.init=function(){o.settings=e.
  …    extend({},s,n);return i()};i=function(){var n,r;r=e(t).wrapAll('<div
  …    class="'+o.settings.wrapperClass+'"
  …    />');r.removeClass(this.selector);r.addClass(o.settings.selectClass);r.before('<div
  …    class="'+o.settings.textClass+'">Text</div>').each(function(){return
  …    e(this).prev().text(e(":selected",this).html())});n=r.prev();return
  …    r.change(function(){return n.text(e(":selected",this).html())})};return
  …    o.init()};e.fn.skinnedSelect=function(t){return this.each(function(){var n;if(void
  …    0===e(this).data("skinnedSelect"))){n=new e.skinnedSelect(this,t);return
  …    e(this).data("skinnedSelect",n)}})})}).call(this)</script>
45675
45676  <![endif]>
45677
45678
45679
45680
```

```
45681
45682
45683
45684
45685
45686   <script src="/acs/fragments/acs_javascript/jquery.jscrollpane.min.js" ></script>
45687
45688   <script src="/acs/fragments/acs_refresh_scripts/js/site.legacy.r.js"
    …   type="text/javascript"></script>
45689
45690
45691
45692
45693
45694
45695
45696
45697
45698
45699
45700
45701
45702
45703
45704
45705
45706
45707
45708   <!-- analytics domain: www.cancer.org -->
45709
45710   <script
    …   src="//assets.adobedtm.com/fdd8a5c34af4a173986b916f554ecf31cd8b444f/satelliteLib-
    …   d4608ad690a6a3c0845a1e8f6356b554a7de77de.js"></script>
45711
45712
45713
45714
45715
45716
45717
45718   <script src="https://account.cancer.org/login/scripts/sts.js" type="text/javascript"
    …   rel="forceLoad"></script>
45719
45720
45721
45722
45723
45724
45725
45726
45727
45728   <script src="/acs/fragments/acs_refresh_scripts/js/min/site.min.js"
    …   type="text/javascript"></script>
45729
45730   <script type="text/javascript"
    …   src="http://maps.googleapis.com/maps/api/js?key=
    …   AIzaSyC4KO6LCndNwrnz64h56mMYbplKmWEwHEw&sensor=false"></script>
45731
45732   <script src="/acs/fragments/acs_refresh_scripts/js/google.maps.js" ></script>
45733
45734   <script src="/acs/fragments/acs_refresh_scripts/js/MyAcsPreferencesModal_r.js"
    …   type="text/javascript"></script>
45735
45736   <script
    …   src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=xa-50379ea47e169d13"
    …   type="text/javascript"></script>
45737
45738
```

```
45739
45740
45741
45742  <!--[if lt IE 9]><script
   …   src="/acs/fragments/acs_refresh_scripts/js/libs/html5.js"></script><link
   …   rel="stylesheet" type="text/css"
   …   href="/acs/fragments/acs_refresh_scripts/css/ie8.css" /><![endif]-->
45743
45744  <!--[if lt IE 8]><link rel="stylesheet" type="text/css"
   …   href="/acs/fragments/acs_refresh_scripts/css/ie7.css" /><![endif]-->
45745
45746  <script src="/acs/fragments/acs_refresh_scripts/js/jquery-plugins.js"
   …   ></script><!--TODO:
45747
45748               Re-enable the two lines of iDoc below when this page goes live.
45749
45750               They enable caching which, obviously, we don't want turned on
45751
45752               while we're trying to do development
45753
45754
   …   --><!--docLoadResourceIncludes("dDocName=PAGE-CACHE-CONTROLS&amp;
   …   RevisionSelectionMethod=LatestReleased")--><!--cacheInclude("2mincache",
   …   "application", 120)-->
45755
45756  <!--SS_BEGIN_SNIPPET(fragment1,headerPart)-->                <link rel="stylesheet"
   …   type="text/css"
   …   href="/acs/fragments/lightbox_cancerhome/css/Sustainer2016JulyRFL.css">
45757               <!--SS_END_SNIPPET(fragment1,headerPart)-->
45758
45759   <script type="text/javascript">
45760
45761      <!-- WRX Survey Script PBI 12033 -->
45762
45763
45764
45765      var IPECanLaunch=true;
45766
45767
45768
45769      // determines whether to run the survey code
45770
45771      function allowContextWRXScript()
45772
45773      {
45774
45775        if
45776
45777        (
45778
45779             window.location.href.indexOf('/cancer/cancerbasics/index') > -1 ||
45780
45781  window.location.href.indexOf('/cancer/cancerbasics/signs-and-symptoms-of-cancer') >
   …   -1 ||
45782
45783
   …   window.location.href.indexOf('/cancer/cancerbasics/questions-people-ask-about-cancer'
   …   ) > -1 ||
45784
45785             window.location.href.indexOf('/cancer/breastcancer/detailedguide/index') >
   …   -1 ||
45786
45787
   …   window.location.href.indexOf('/cancer/breastcancer/detailedguide/breast-cancer-risk-
   …   factors') > -1 ||
45788
45789
```

```
45789…    window.location.href.indexOf('/cancer/colonandrectumcancer/detailedguide/index') > -1
  …    ||
45790
45791
  …    window.location.href.indexOf('/cancer/lungcancer-non-smallcell/moreinformation/
  …    lungcancerpreventionandearlydetection/index') > -1 ||
45792
45793            window.location.href.indexOf('/cancer/prostatecancer/detailedguide/index')
  …    > -1 ||
45794
45795
  …    window.location.href.indexOf('/cancer/prostatecancer/detailedguide/prostate-cancer-
  …    risk-factors') > -1 ||
45796
45797
  …    window.location.href.indexOf('/cancer/skincancer-melanoma/detailedguide/melanoma-skin
  …    -cancer-risk-factors') > -1
45798
45799            )
45800
45801            {
45802
45803                return false;
45804
45805            }
45806
45807            else
45808
45809            {
45810
45811                return true;
45812
45813            }
45814
45815        }
45816
45817
45818
45819
45820
45821        (function() {
45822
45823            if(allowContextWRXScript())
45824
45825            {
45826
45827                var cw = document.createElement('script'); cw.type = 'text/javascript';
  …    cw.async = true;
45828
45829                cw.src = ('https:' == document.location.protocol ? 'https://' :
  …    'http://') + 'd39se0h2uvfakd.cloudfront.net/js/acs.js';
45830
45831                var s = document.getElementsByTagName('script')[0];
  …    s.parentNode.insertBefore(cw, s);
45832
45833            }
45834
45835            else {  console.log("Don't display survey.");   }
45836
45837    })();
45838
45839
45840
45841  </script>
45842
45843
45844
45845
```

```
<!--googleoff: snippet-->
```

```
45914
45915
45916
45917    <header class="site">
45918
45919        <nav>
45920
45921        <!--googleoff: index-->
45922
45923            <div class="narrow-container">
45924
45925                <ul class="social-icons">
45926
45927                    <li><a tabindex="6" target="_blank"
...    href="https://www.facebook.com/AmericanCancerSociety?fref=ts"><img
...    src="/acs/fragments/acs_refresh_scripts/images/ui/facebook.png" alt="Facebook "
...    class="social" /></a></li>
45928
45929                    <li><a tabindex="7" target="_blank"
...    href="https://plus.google.com/+americancancersociety/posts"><img
...    src="/acs/fragments/acs_refresh_scripts/images/ui/googleplus.png" alt="Google Plus"
...    class="social" /></a></li>
45930
45931                    <li><a tabindex="8" target="_blank"
...    href="https://twitter.com/americancancer"><img
...    src="/acs/fragments/acs_refresh_scripts/images/ui/twitter.png" alt="Twitter"
...    class="social" /></a></li>
45932
45933                    <li><a tabindex="9" target="_blank"
...    href="https://www.youtube.com/user/AmerCancerSociety"><img
...    src="/acs/fragments/acs_refresh_scripts/images/ui/youtube.png" alt="YouTube"
...    class="social" /></a></li>
45934
45935                </ul>
45936
45937        <!--googleon: index-->
45938
45939                <ul class="languages">
45940
45941
45942
45943                    <li><a tabindex="4" href="/Espanol">Espa&ntilde;ol</a></li>
45944
45945                    <li><a tabindex="5" href="/AsianLanguageMaterials">Asian &amp;
...    Pacific Languages</a></li>
45946
45947                </ul>
45948
45949                <ul class="email">
45950
45951                    <li><a tabindex="3"
...    href="/aboutus/howwehelpyou/emailsignup/app/email-sign-up.aspx">Sign Up for
...    Email</a></li>
45952
45953                </ul>
45954
45955
45956
45957                    <div id="logged-section">
45958
45959    <ul class="users">
45960
45961      <li><a tabindex="1" href="/myacs/account/signin" class="signInLink">Sign
...    In</a></li>
45962
45963      <li><a tabindex="2" href="/account/profile/Register.aspx"
...    onClick="STS.register();return false;">Register</a></li>
45964
```

```
45965        </ul>
45966
45967   </div>
45968
45969            </div>
45970
45971        </nav>
45972
45973
45974
45975        <!-- for Spanish home page cancer.org/espanol/index -->
45976
45977        <div class="narrow-container image-bar">
45978
45979
45980
45981
45982
45983            <a tabindex="10" href="/index"><img
…     src="https://www.mysocietysource.org/PublishingImages/logos/acs_logo.png"
      alt="American Cancer Society" class="logo"/></a>
45984
45985
45986
45987                <a tabindex="13" href="/Involved/Donate/DonateOnlineNow/index"
…     class="donate-button">Donate</a>
45988
45989
45990
45991                <a tabindex='12' href='http://www.cancer.org/shop'
…     class='shopNowButton'> </a>
45992
45993
45994
45995
45996
45997                <img
…     src="/acs/fragments/acs_refresh_scripts/images/acs_fightcancer.gif" alt="Join the
…     fight against cancer" class="join_fight logo"/>
45998
45999
46000
46001
46002
46003
46004
46005        </div>
46006
46007   </header>
46008
46009
46010
46011
46012
46013
46014
46015        <div class="banner-background-right" style="background: #000; height:
…     258px;"></div>
46016
46017        <div class="banner-background-left" style="background: #f2f4ef; height:
…     258px;"></div>
46018
46019        <section class="banner small-banner" style="background:
…     url('/acs/groups/content/documents/image/acspc-039262.jpg') no-repeat top center
…     transparent; height: 258px;">
46020
46021   <img class="onepx" src="/acs/fragments/acs_refresh_scripts/images/1px.png"
…     alt="Doctor talking to patient." />
```

```
46022
46023
46024
46025
46026
46027        <nav class="main withShadow">
46028
46029            <div class="narrow-container">
46030
46031                <form action="/Search/index" method="get">
46032
46033                    <ul class="help">
46034
46035                        <li>
46036
46037                            <label for="QueryText">How can we help you?</label>
46038
46039                            <input tabindex="13" title="search" type="text"
...    name="QueryText" id="QueryText" placeholder="search cancer.org"
...    class="ui-autocomplete-input" autocomplete="off"/>
46040
46041                            <input type="hidden" name="Page" value="1"/>
46042
46043                            <button tabindex="14" type="submit"><i class="icon
...    magnify"></i> Search</button>
46044
46045                        </li>
46046
46047                        <li class="live-chat">
46048
46049                            <i class="icon speechbubble"></i>
46050
46051                            <a
...    href="https://livechat.boldchat.com/aid/5386287375352862963/bc.chat?resize=true&amp;
...    cwdid=113401950219133847" target="_blank" onclick="window.open((window.pageViewer
...    &amp;&amp; pageViewer.link || function(link){return link;})(this.href +
...    (this.href.indexOf('?')>=0 ? '&amp;' : '?') + 'url=' +
...    escape(document.location.href)), 'Chat4972879359643679338',
...    'toolbar=0,scrollbars=1,location=0,statusbar=0,menubar=0,resizable=1,width=640,height
...    =480');return false;">
46052
46053    <script language="JavaScript" type="text/javascript">
...    document.write(unescape('%3Cscript language="JavaScript" type="text/javascript"
...    src="' + (('https:' == document.location.protocol) ? 'https:' : 'http:') +
...    '//cbi.boldchat.com/aid/5386287375352862963/bc.cbhs"%3E%3C/script%3E')); </script>
46054
46055    <script language="JavaScript" type="text/javascript"> bt_showChatHTML('Live
...    Chat','Live Chat'); </script>
46056
46057    <noscript>Live Chat</noscript>
46058
46059 </a>
46060
46061                        </li>
46062
46063                        <li class="call"><i class="icon phone"></i> <a tabindex="16"
...    href="/aboutus/howwehelpyou/helpingyougetwell/need-answers-1-800-227-2345"><span
...    itemscope itemtype="http://data-vocabulary.org/Organization"><span
...    itemprop="tel">800-227-2345</span></span></a></li>
46064
46065                    </ul>
46066
46067                </form>
46068
46069
46070
46071
46072
```

```
    <ul class="tabs">


                        <li class="tab-home" id="nav-home"><a href="/index">Home</a></li>


                        <li class="selected tab-learn" id="nav-cancer"><a
href="/Cancer/index">Learn About Cancer</a></li>


                        <li class="tab-healthy" id="nav-healthy"><a
href="/Healthy/index">Stay Healthy</a></li>


                        <li class="tab-support" id="nav-treatment"><a
href="/Treatment/index">Find Support & Treatment</a></li>


                        <li class="tab-explore" id="nav-research"><a
href="/Research/index">Explore Research</a></li>


                        <li class="tab-involved" id="nav-involved"><a
href="/Involved/index">Get Involved</a></li>


                        <li class="tab-local" id="nav-myacs"><a href="/MyACS/index">Find
Local ACS</a></li>

</ul>

    <div class="current-pointer"></div>



            <div class="current-pointer"></div>

        </div>

        <div id="setAreaFormModal" class="container_12
find-local-dropdown-container"></div>



    </nav>



</section>



<div id="login-wrapper"></div>




```

```
46133            <div id="mw_hidden_content" style="display:none;">
46134
46135          <div id="banner_imgs">
46136
46137              <a
      href="https://donate.cancer.org/index.aspx?campaign=CY16SumSusHero&giftTypeDisplay=0&
      giftAmountTitle=1">
46138
46139                  <img
      data-src="/acs/groups/content/@marketing/documents/image/acspc-048189.jpg"
      data-title="kelli+%2D+summer+sustainer+campaign+%2D+mobile+hero"
      data-docname="ACSPC-048189" alt="kelli+%2D+summer+sustainer+campaign+%2D+mobile+hero"
      />
46140
46141              </a>
46142
46143          </div>
46144
46145       </div>
46146
46147
46148
46149
46150
46151
46152
46153
46154
46155    <script src="/acs/fragments/lightbox_cancerhome/js/Sustainer2016JulyRFL.js"
      type="text/javascript"></script>
46156
46157
46158                  <link rel="shortcut icon"
      href="/acs/groups/content/documents/image/acsd-011235.ico">
46159
46160
46161
46162
46163
46164
46165  <!--googleon: snippet-->
46166
46167
46168
46169
46170
46171
46172
46173
46174
46175       <div id="pod-wrapper">
46176
46177       <!--[form]-->
46178
46179
46180
46181
46182
46183
46184
46185
46186
46187
46188
46189
46190
46191
46192
```

```
<section class="full-pod utility-bar">

        <div class="narrow-container">
```

```
46329                                <div class="breadcrumbs grid_9">
46330
46331
46332
46333
46334
46335                                <span itemscope
    …   itemtype="http://data-vocabulary.org/Breadcrumb">
46336
46337                                    <a href = "/Cancer/index" itemprop="url">
46338
46339                                        <span itemprop="title">Learn About Cancer</span>
46340
46341                                    </a>
46342
46343                                </span>
46344
46345                                            &raquo;
46346
46347                                <span itemscope
    …   itemtype="http://data-vocabulary.org/Breadcrumb">
46348
46349
46350
46351                                        <span itemprop="title">Prostate Cancer</span>
46352
46353
46354
46355                                </span>
46356
46357
46358
46359
46360
46361 </div>
46362
46363 <div class="actions grid_3">
46364
46365
46366
46367         <a href="?ssDomainNum=5c38e88&print=true" class="button small reversed
    …   printThis"><i class="icon print"></i> Print</a>
46368
46369         <a href="http://www.addthis.com/bookmark.php?v=20" id="click-to-share"
    …   class="button small reversed shareThis"><i class="icon share-arrow-small"></i>
    …   Share</a>
46370
46371         <a  class="button small reversed " href="/NotLoggedIn/index"
46372
46373             ><i class="icon save"></i> Save</a>
46374
46375
46376
46377         <script type="text/javascript">
46378
46379             printLink();
46380
46381         </script>
46382
46383 </div>
46384
46385
46386
46387
46388
46389     <!-- share this begin -->
46390
46391         <div id="share-this-container" style="display:none;">
```

```
46392
46393              <div id="share-this">
46394
46395                  <header>
46396
46397                      <h3>Share This Page</h3>
46398
46399                      <div class="close"><a href="#" class="image">Close</a></div>
46400
46401                  </header>
46402
46403                  <!-- AddThis Button BEGIN -->
46404
46405                  <div class="addthis_toolbox addthis_default_style
      addthis_32x32_style">
46406
46407                      <a class="addthis_button_email"></a>
46408
46409                      <a class="addthis_button_facebook"></a>
46410
46411                      <a class="addthis_button_google_plusone_share image"></a>
46412
46413                      <a class="addthis_button_twitter"></a>
46414
46415                      <a class="addthis_button_compact"></a>
46416
46417                      <a class="addthis_counter addthis_bubble_style"></a>
46418
46419                  </div>
46420
46421                  <!-- AddThis Button END -->
46422
46423              </div>
46424
46425          </div>
46426
46427
46428
46429      <!-- share this end -->
46430
46431
46432
46433      <!-- begin saved article -->
46434
46435      <div class="save-wrapper" id="saved-articles-wrapper" style="display:none;">
46436
46437          <div id="saved-articles">
46438
46439              <header>
46440
46441                  <h3>Saved this Article</h3>
46442
46443                  <div class="close"><a href="#" class="image">Close</a></div>
46444
46445                  <div style="text-indent: -1000px;">Push escape to close saved
      articles window.</div>
46446
46447              </header>
46448
46449              <div class="content">
46450
46451                  <div> <a class="sa_show_hide" tabindex="-1" href="/MyAcs/index">My
      Saved Articles <span class="arrow">&raquo;</span></a> <a class="close" tabindex="-1"
      href="/MyAcs/index">My ACS <span class="arrow">&raquo;</span></a> </div>
46452
46453                  <div id="article-saved"></div>
46454
46455              </div>
```

Page 1317

```
46456
46457              </div>
46458
46459          </div>
46460
46461
46462
46463          <div id="saveddocs-modal-wrapper" class="modal-saved-docs" style="display:none;"
     …>
46464
46465              <div id="saveddocs-modal">
46466
46467                  <div class="modal-prefs-content">
46468
46469                  </div>
46470
46471              </div>
46472
46473          </div>
46474
46475      <!-- end saved article -->
46476
46477
46478
46479              </div>
46480
46481          </section>
46482
46483              <section class="full-pod featured">
46484
46485              <div class="container">
46486
46487
46488
46489
46490
46491
46492
46493
46494
46495 <script type="text/javascript">
46496
46497      $(function() {
46498
46499          $(".view-cancer-type").click(function(e) {
46500
46501              e.preventDefault();
46502
46503              try {
46504
46505                  var $selector = $("#cancer-type-selector-448656079");
46506
46507                  var cancerTypeRedirect = $.trim($("option:selected",
     …$selector).val());
46508
46509                  var cancerTypeName     = $.trim($("option:selected",
     …$selector).text());
46510
46511                  $.cookie("cancerType", cancerTypeName, { path: '/' });
46512
46513                  window.location.href = cancerTypeRedirect;
46514
46515              }
46516
46517              catch(e){/*Exit Gracefully*/}
46518
46519          });
46520
```

```
46521              });
46522
46523    </script>
46524
46525
46526
46527    <style>
46528
46529    .pod-cancer-type-3 .skinned-wrapper {
46530
46531        margin-left: 20px;
46532
46533    }
46534
46535    </style>
46536
46537
46538
46539    <div class="container">
46540
46541        <div class="pod-triple with-image pod-cancer-type-3">
46542
46543            <div class="intro">
46544
46545                <h1>Prostate Cancer</h1>
46546
46547            </div>
46548
46549            <div class="primary">
46550
46551
46552
46553                <img src="/acs/groups/content/documents/image/acsq-056215.jpg" alt="older
...      man thinking" class="ignore-padding thumbnail" />
46554
46555
46556
46557
46558
46559
46560
46561            </div>
46562
46563            <div class="secondary">
46564
46565                <p>Prostate cancer is the most common cancer among men (after skin
...      cancer), but it can often be treated successfully. More than 2 million men in the US
...      count themselves as prostate cancer survivors.</p>   <!-- Google Code for EOY
...      Remarketing Prostate Cancer -->     <script type="text/javascript">
46566    /* <![CDATA[ */
46567    var google_conversion_id = 1033992679;
46568    var google_conversion_label = "g8sYCJnt5gMQ5_OF7QM";
46569    var google_custom_params = window.google_tag_params;
46570    var google_remarketing_only = true;
46571    /* ]]> */
46572    </script>   <script type="text/javascript"
...      src="//www.googleadservices.com/pagead/conversion.js">
46573    </script>   <noscript>
46574    <div style="display:inline;">
46575    <img height="1" width="1" style="border-style:none;" alt=""
...      src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/1033992679/?value=0&
...      amp;label=g8sYCJnt5gMQ5_OF7QM&amp;guid=ON&amp;script=0"/>
46576    </div>
46577    </noscript>
46578
46579                <form>
46580
46581
```

```
<script type="text/javascript">

    var cancerTypes = [];

    cancerTypes['/cancer/adrenalcorticalcancer/index'] = 'Adrenal Cancer';

    cancerTypes['/cancer/analcancer/index'] = 'Anal Cancer';

    cancerTypes['/cancer/bileductcancer/index'] = 'Bile Duct Cancer';

    cancerTypes['/cancer/bladdercancer/index'] = 'Bladder Cancer';

    cancerTypes['/cancer/bonecancer/index'] = 'Bone Cancer';

    cancerTypes['/cancer/braincnstumorsinadults/index'] = 'Brain/CNS Tumors In
Adults';

    cancerTypes['/cancer/braincnstumorsinchildren/index'] = 'Brain/CNS Tumors In
Children';

    cancerTypes['/cancer/breastcancer/index'] = 'Breast Cancer';

    cancerTypes['/cancer/breastcancerinmen/index'] = 'Breast Cancer In Men';

    cancerTypes['/cancer/cancerinadolescents/index'] = 'Cancer in Adolescents';

    cancerTypes['/cancer/cancerinchildren/index'] = 'Cancer in Children';

    cancerTypes['/cancer/cancerinyoungadults/index'] = 'Cancer in Young Adults';

    cancerTypes['/cancer/cancerofunknownprimary/index'] = 'Cancer of Unknown
Primary';

    cancerTypes['/cancer/castlemandisease/index'] = 'Castleman Disease';

    cancerTypes['/cancer/cervicalcancer/index'] = 'Cervical Cancer';

    cancerTypes['/cancer/colonandrectumcancer/index'] = 'Colon/Rectum Cancer';

    cancerTypes['/cancer/endometrialcancer/index'] = 'Endometrial Cancer';

    cancerTypes['/cancer/esophaguscancer/index'] = 'Esophagus Cancer';

    cancerTypes['/cancer/ewingfamilyoftumors/index'] = 'Ewing Family Of Tumors';

    cancerTypes['/cancer/eyecancer/index'] = 'Eye Cancer';

    cancerTypes['/cancer/gallbladdercancer/index'] = 'Gallbladder Cancer';

    cancerTypes['/cancer/gastrointestinalcarcinoidtumor/index'] =
'Gastrointestinal Carcinoid Tumors';

    cancerTypes['/cancer/gastrointestinalstromaltumorgist/index'] =
'Gastrointestinal Stromal Tumor (GIST)';

    cancerTypes['/cancer/gestationaltrophoblasticdisease/index'] = 'Gestational
Trophoblastic Disease';

    cancerTypes['/cancer/hodgkindisease/index'] = 'Hodgkin Disease';

    cancerTypes['/cancer/kaposisarcoma/index'] = 'Kaposi Sarcoma';
```

```
        cancerTypes['/cancer/kidneycancer/index'] = 'Kidney Cancer';

        cancerTypes['/cancer/laryngealandhypopharyngealcancer/index'] = 'Laryngeal
and Hypopharyngeal Cancer';

        cancerTypes['/cancer/leukemia/index'] = 'Leukemia';

        cancerTypes['/cancer/leukemia-acutelymphocyticallinadults/index'] = 'Leukemia
- Acute Lymphocytic (ALL) in Adults';

        cancerTypes['/cancer/leukemia-acutemyeloidaml/index'] = 'Leukemia - Acute
Myeloid (AML)';

        cancerTypes['/cancer/leukemia-chroniclymphocyticcll/index'] = 'Leukemia -
Chronic Lymphocytic (CLL)';

        cancerTypes['/cancer/leukemia-chronicmyeloidcml/index'] = 'Leukemia - Chronic
Myeloid (CML)';

        cancerTypes['/cancer/leukemia-chronicmyelomonocyticcmml/index'] = 'Leukemia -
Chronic Myelomonocytic (CMML)';

        cancerTypes['/cancer/leukemiainchildren/index'] = 'Leukemia in Children';

        cancerTypes['/cancer/livercancer/index'] = 'Liver Cancer';

        cancerTypes['/cancer/lungcancer/index'] = 'Lung Cancer';

        cancerTypes['/cancer/lungcancer-non-smallcell/index'] = 'Lung Cancer -
Non-Small Cell';

        cancerTypes['/cancer/lungcancer-smallcell/index'] = 'Lung Cancer - Small
Cell';

        cancerTypes['/cancer/lungcarcinoidtumor/index'] = 'Lung Carcinoid Tumor';

        cancerTypes['/cancer/lymphoma/index'] = 'Lymphoma';

        cancerTypes['/cancer/lymphomaoftheskin/index'] = 'Lymphoma of the Skin';

        cancerTypes['/cancer/malignantmesothelioma/index'] = 'Malignant
Mesothelioma';

        cancerTypes['/cancer/multiplemyeloma/index'] = 'Multiple Myeloma';

        cancerTypes['/cancer/myelodysplasticsyndrome/index'] = 'Myelodysplastic
Syndrome';

        cancerTypes['/cancer/nasalcavityandparanasalsinuscancer/index'] = 'Nasal
Cavity and Paranasal Sinus Cancer';

        cancerTypes['/cancer/nasopharyngealcancer/index'] = 'Nasopharyngeal Cancer';

        cancerTypes['/cancer/neuroblastoma/index'] = 'Neuroblastoma';

        cancerTypes['/cancer/non-hodgkinlymphoma/index'] = 'Non-Hodgkin Lymphoma';

        cancerTypes['/cancer/non-hodgkinlymphomainchildren/index'] = 'Non-Hodgkin
Lymphoma In Children';

        cancerTypes['/cancer/oralcavityandoropharyngealcancer/index'] = 'Oral Cavity
and Oropharyngeal Cancer';

        cancerTypes['/cancer/osteosarcoma/index'] = 'Osteosarcoma';

        cancerTypes['/cancer/ovariancancer/index'] = 'Ovarian Cancer';
```

```
46699          cancerTypes['/cancer/pancreaticcancer/index'] = 'Pancreatic Cancer';
46700
46701          cancerTypes['/cancer/penilecancer/index'] = 'Penile Cancer';
46702
46703          cancerTypes['/cancer/pituitarytumors/index'] = 'Pituitary Tumors';
46704
46705          cancerTypes['/cancer/prostatecancer/index'] = 'Prostate Cancer';
46706
46707          cancerTypes['/cancer/retinoblastoma/index'] = 'Retinoblastoma';
46708
46709          cancerTypes['/cancer/rhabdomyosarcoma/index'] = 'Rhabdomyosarcoma';
46710
46711          cancerTypes['/cancer/salivaryglandcancer/index'] = 'Salivary Gland Cancer';
46712
46713          cancerTypes['/cancer/sarcoma-adultsofttissuecancer/index'] = 'Sarcoma - Adult
…     Soft Tissue Cancer';
46714
46715          cancerTypes['/cancer/skincancer/index'] = 'Skin Cancer';
46716
46717          cancerTypes['/cancer/skincancer-basalandsquamouscell/index'] = 'Skin Cancer -
…     Basal and Squamous Cell';
46718
46719          cancerTypes['/cancer/skincancer-melanoma/index'] = 'Skin Cancer - Melanoma';
46720
46721          cancerTypes['/cancer/skincancer-merkelcell/index'] = 'Skin Cancer - Merkel
…     Cell';
46722
46723          cancerTypes['/cancer/smallintestinecancer/index'] = 'Small Intestine Cancer';
46724
46725          cancerTypes['/cancer/stomachcancer/index'] = 'Stomach Cancer';
46726
46727          cancerTypes['/cancer/testicularcancer/index'] = 'Testicular Cancer';
46728
46729          cancerTypes['/cancer/thymuscancer/index'] = 'Thymus Cancer';
46730
46731          cancerTypes['/cancer/thyroidcancer/index'] = 'Thyroid Cancer';
46732
46733          cancerTypes['/cancer/uterinesarcoma/index'] = 'Uterine Sarcoma';
46734
46735          cancerTypes['/cancer/vaginalcancer/index'] = 'Vaginal Cancer';
46736
46737          cancerTypes['/cancer/vulvarcancer/index'] = 'Vulvar Cancer';
46738
46739          cancerTypes['/cancer/waldenstrommacroglobulinemia/index'] = 'Waldenstrom
…     Macroglobulinemia';
46740
46741          cancerTypes['/cancer/wilmstumor/index'] = 'Wilms Tumor';
46742
46743      </script>
46744
46745
46746
46747
46748
46749
46750
46751
46752
46753
46754
46755
46756
46757      <script type="text/javascript">
46758
46759          var synonyms = [];
46760
46761          synonyms['lymphoma - non-hodgkin in children'] =
…     '/cancer/non-hodgkinlymphomainchildren/index';
```

```
46762    synonyms['lymphoma - non-hodgkin'] = '/cancer/non-hodgkinlymphoma/index';
46763    synonyms['lymphoma - hodgkin'] = '/cancer/hodgkindisease/index';
46764    synonyms['gastric cancer'] = '/cancer/stomachcancer/index';
46765    synonyms['renal cancer'] = '/cancer/kidneycancer/index';
46766
46767
46768        </script>
46769
46770
46771
46772
46773
46774        <label for="cancer-type-selector-448656079" class="accessibility-label">Select A
…       Cancer Type</label>
46775
46776        <select name="cancerTypeRedirect" class="cancerTypeSelector themed"
…       id="cancer-type-selector-448656079">
46777
46778        <option value="/Cancer/index">Any Cancer Type</option>
46779
46780            <option value="/cancer/adrenalcorticalcancer/index">Adrenal Cancer</option>
46781
46782            <option value="/cancer/analcancer/index">Anal Cancer</option>
46783
46784            <option value="/cancer/bileductcancer/index">Bile Duct Cancer</option>
46785
46786            <option value="/cancer/bladdercancer/index">Bladder Cancer</option>
46787
46788            <option value="/cancer/bonecancer/index">Bone Cancer</option>
46789
46790            <option value="/cancer/braincnstumorsinadults/index">Brain/CNS Tumors In
…       Adults</option>
46791
46792            <option value="/cancer/braincnstumorsinchildren/index">Brain/CNS Tumors In
…       Children</option>
46793
46794            <option value="/cancer/breastcancer/index">Breast Cancer</option>
46795
46796            <option value="/cancer/breastcancerinmen/index">Breast Cancer In Men</option>
46797
46798            <option value="/cancer/cancerinadolescents/index">Cancer in
…       Adolescents</option>
46799
46800            <option value="/cancer/cancerinchildren/index">Cancer in Children</option>
46801
46802            <option value="/cancer/cancerinyoungadults/index">Cancer in Young
…       Adults</option>
46803
46804            <option value="/cancer/cancerofunknownprimary/index">Cancer of Unknown
…       Primary</option>
46805
46806            <option value="/cancer/castlemandisease/index">Castleman Disease</option>
46807
46808            <option value="/cancer/cervicalcancer/index">Cervical Cancer</option>
46809
46810            <option value="/cancer/colonandrectumcancer/index">Colon/Rectum
…       Cancer</option>
46811
46812            <option value="/cancer/endometrialcancer/index">Endometrial Cancer</option>
46813
46814            <option value="/cancer/esophaguscancer/index">Esophagus Cancer</option>
46815
46816            <option value="/cancer/ewingfamilyoftumors/index">Ewing Family Of
…       Tumors</option>
46817
46818            <option value="/cancer/eyecancer/index">Eye Cancer</option>
46819
46820            <option value="/cancer/gallbladdercancer/index">Gallbladder Cancer</option>
```

```
46821
46822          <option value="/cancer/stomachcancer/index">Gastric Cancer</option>
46823
46824          <option value="/cancer/gastrointestinalcarcinoidtumor/index">Gastrointestinal
…    Carcinoid Tumors</option>
46825
46826          <option
…    value="/cancer/gastrointestinalstromaltumorgist/index">Gastrointestinal Stromal Tumor
…    (GIST)</option>
46827
46828          <option value="/cancer/gestationaltrophoblasticdisease/index">Gestational
…    Trophoblastic Disease</option>
46829
46830          <option value="/cancer/hodgkindisease/index">Hodgkin Disease</option>
46831
46832          <option value="/cancer/kaposisarcoma/index">Kaposi Sarcoma</option>
46833
46834          <option value="/cancer/kidneycancer/index">Kidney Cancer</option>
46835
46836          <option value="/cancer/laryngealandhypopharyngealcancer/index">Laryngeal and
…    Hypopharyngeal Cancer</option>
46837
46838          <option value="/cancer/leukemia/index">Leukemia</option>
46839
46840          <option value="/cancer/leukemia-acutelymphocyticallinadults/index">Leukemia -
…    Acute Lymphocytic (ALL) in Adults</option>
46841
46842          <option value="/cancer/leukemia-acutemyeloidaml/index">Leukemia - Acute
…    Myeloid (AML)</option>
46843
46844          <option value="/cancer/leukemia-chroniclymphocyticcll/index">Leukemia -
…    Chronic Lymphocytic (CLL)</option>
46845
46846          <option value="/cancer/leukemia-chronicmyeloidcml/index">Leukemia - Chronic
…    Myeloid (CML)</option>
46847
46848          <option value="/cancer/leukemia-chronicmyelomonocyticcmml/index">Leukemia -
…    Chronic Myelomonocytic (CMML)</option>
46849
46850          <option value="/cancer/leukemiainchildren/index">Leukemia in
…    Children</option>
46851
46852          <option value="/cancer/livercancer/index">Liver Cancer</option>
46853
46854          <option value="/cancer/lungcancer/index">Lung Cancer</option>
46855
46856          <option value="/cancer/lungcancer-non-smallcell/index">Lung Cancer -
…    Non-Small Cell</option>
46857
46858          <option value="/cancer/lungcancer-smallcell/index">Lung Cancer - Small
…    Cell</option>
46859
46860          <option value="/cancer/lungcarcinoidtumor/index">Lung Carcinoid
…    Tumor</option>
46861
46862          <option value="/cancer/lymphoma/index">Lymphoma</option>
46863
46864          <option value="/cancer/hodgkindisease/index">Lymphoma - Hodgkin</option>
46865
46866          <option value="/cancer/non-hodgkinlymphoma/index">Lymphoma -
…    Non-Hodgkin</option>
46867
46868          <option value="/cancer/non-hodgkinlymphomainchildren/index">Lymphoma -
…    Non-Hodgkin in Children</option>
46869
46870          <option value="/cancer/lymphomaoftheskin/index">Lymphoma of the Skin</option>
46871
46872          <option value="/cancer/malignantmesothelioma/index">Malignant
```

```
46872…    Mesothelioma</option>
46873
46874            <option value="/cancer/multiplemyeloma/index">Multiple Myeloma</option>
46875
46876            <option value="/cancer/myelodysplasticsyndrome/index">Myelodysplastic
  …    Syndrome</option>
46877
46878            <option value="/cancer/nasalcavityandparanasalsinuscancer/index">Nasal Cavity
  …    and Paranasal Sinus Cancer</option>
46879
46880            <option value="/cancer/nasopharyngealcancer/index">Nasopharyngeal
  …    Cancer</option>
46881
46882            <option value="/cancer/neuroblastoma/index">Neuroblastoma</option>
46883
46884            <option value="/cancer/non-hodgkinlymphoma/index">Non-Hodgkin
  …    Lymphoma</option>
46885
46886            <option value="/cancer/non-hodgkinlymphomainchildren/index">Non-Hodgkin
  …    Lymphoma In Children</option>
46887
46888            <option value="/cancer/oralcavityandoropharyngealcancer/index">Oral Cavity
  …    and Oropharyngeal Cancer</option>
46889
46890            <option value="/cancer/osteosarcoma/index">Osteosarcoma</option>
46891
46892            <option value="/cancer/ovariancancer/index">Ovarian Cancer</option>
46893
46894            <option value="/cancer/pancreaticcancer/index">Pancreatic Cancer</option>
46895
46896            <option value="/cancer/penilecancer/index">Penile Cancer</option>
46897
46898            <option value="/cancer/pituitarytumors/index">Pituitary Tumors</option>
46899
46900            <option value="/cancer/prostatecancer/index">Prostate Cancer</option>
46901
46902            <option value="/cancer/kidneycancer/index">Renal Cancer</option>
46903
46904            <option value="/cancer/retinoblastoma/index">Retinoblastoma</option>
46905
46906            <option value="/cancer/rhabdomyosarcoma/index">Rhabdomyosarcoma</option>
46907
46908            <option value="/cancer/salivaryglandcancer/index">Salivary Gland
  …    Cancer</option>
46909
46910            <option value="/cancer/sarcoma-adultsofttissuecancer/index">Sarcoma - Adult
  …    Soft Tissue Cancer</option>
46911
46912            <option value="/cancer/skincancer/index">Skin Cancer</option>
46913
46914            <option value="/cancer/skincancer-basalandsquamouscell/index">Skin Cancer -
  …    Basal and Squamous Cell</option>
46915
46916            <option value="/cancer/skincancer-melanoma/index">Skin Cancer -
  …    Melanoma</option>
46917
46918            <option value="/cancer/skincancer-merkelcell/index">Skin Cancer - Merkel
  …    Cell</option>
46919
46920            <option value="/cancer/smallintestinecancer/index">Small Intestine
  …    Cancer</option>
46921
46922            <option value="/cancer/stomachcancer/index">Stomach Cancer</option>
46923
46924            <option value="/cancer/testicularcancer/index">Testicular Cancer</option>
46925
46926            <option value="/cancer/thymuscancer/index">Thymus Cancer</option>
46927
```

```
46928        <option value="/cancer/thyroidcancer/index">Thyroid Cancer</option>
46929
46930        <option value="/cancer/uterinesarcoma/index">Uterine Sarcoma</option>
46931
46932        <option value="/cancer/vaginalcancer/index">Vaginal Cancer</option>
46933
46934        <option value="/cancer/vulvarcancer/index">Vulvar Cancer</option>
46935
46936        <option value="/cancer/waldenstrommacroglobulinemia/index">Waldenstrom
…   Macroglobulinemia</option>
46937
46938        <option value="/cancer/wilmstumor/index">Wilms Tumor</option>
46939
46940    </select>
46941
46942
46943
46944    <script type="text/javascript">
46945
46946        $("#cancer-type-selector-448656079").change(function(e){});
46947
46948
46949
46950    var cancerTypeCookie = $.cookie("cancerType");
46951
46952    $('select[name="cancerTypeRedirect"] option').filter(function() {
46953
46954        var $this = $(this);
46955
46956        var $form = $this.parents("form").eq(0);
46957
46958        $(".skinned-text", $form).text(cancerTypeCookie);
46959
46960        return $this.text() === cancerTypeCookie;
46961
46962    }).attr('selected', true);
46963
46964    </script>
46965
46966
46967
46968                <button class="reversed view-cancer-type">Go</button>
46969
46970            </form>
46971
46972        </div>
46973
46974        <div class="tertiary">
46975
46976                <h3>Featured Topics</h3>
46977
46978
46979
46980        <ul>
46981
46982            <li>
46983
46984                    <a
…   href="/Cancer/ProstateCancer/after-diagnosis-prostate-cancer">
46985
46986                    After Diagnosis: Prostate Cancer
46987
46988                    </a>
46989
46990            </li>
46991
46992            <li>
46993
```

```
46994     a
  …   href="/Healthy/InformationforHealthCareProfessionals/EasyReadingHealthInformation/
  …   GetaColonTest/ACSPC-024618">
46995
46996                      Should I Be Tested for Prostate Cancer?
46997
46998                              </a>
46999
47000                  </li>
47001
47002                  <li>
47003
47004                          <a
  …   href="/Healthy/ToolsandCalculators/Quizzes/Prostate-Cancer-Quiz/index">
47005
47006                      Take the Quiz: Prostate Cancer
47007
47008                              </a>
47009
47010                  </li>
47011
47012                  <li>
47013
47014                          <a
  …   href="http://www.cancer.org/acs/groups/cid/documents/webcontent/003289-pdf.pdf">
47015
47016                      Questions to Ask Your Doctor
47017
47018                              </a>
47019
47020                  </li>
47021
47022                  <li>
47023
47024                          <a
  …   href="/Healthy/InformationforHealthCareProfessionals/
  …   ProstateMDCliniciansInformationSource/index">
47025
47026                      Prostate MD: Information for Health Professionals
47027
47028                              </a>
47029
47030                  </li>
47031
47032              </ul>
47033
47034
47035
47036          </div>
47037
47038      </div>
47039
47040 </div>
47041
47042                  </div>
47043
47044          </section>
47045
47046                  <section class="full-pod">
47047
47048              <div class="container">
47049
47050                      <!--TODO: Add finished html -->
47051
47052
47053
47054
47055
```

```
47056
47057
47058
47059
47060
47061
47062
47063
47064
47065
47066
47067
47068
47069
47070
47071
47072   <div class="pod-double">
47073
47074       <div class="intro">
47075
47076           <h2>Learn About Prostate Cancer</h2>
47077
47078       </div>
47079
47080       <div class="primary">
47081
47082           <p>Whether you&rsquo;re worried about developing prostate cancer, making
    …  decisions about treatment, or trying to stay well after treatment, we can help. Find
    …  detailed information in our <a target=""
    …  href="/Cancer/ProstateCancer/DetailedGuide/index">Detailed Guide</a>, or get a
    …  shorter, simpler version in <a target=""
    …  href="/Cancer/ProstateCancer/if-you-have-prostate-cancer">If You Have Prostate
    …  Cancer</a>.</p>
47083
47084       </div>
47085
47086       <div class="secondary" >
47087
47088
47089
47090
47091
47092           <div class="twocols">
47093
47094
47095
47096
47097
47098               <ul class="twocols">
47099
47100                   <li><a
    …  href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-what-is-prostate-cancer">
    …  What Is Prostate Cancer?</a></li>
47101
47102                   <li><a
    …  href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-key-statistics">Key
    …  Statistics for Prostate Cancer</a></li>
47103
47104                   <li><a
    …  href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-signs-symptoms">Signs and
    …  Symptoms of Prostate Cancer</a></li>
47105
47106                   <li><a
    …  href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-diagnosis">Diagnosing
    …  Prostate Cancer</a></li>
47107
47108                   <li><a
    …  href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-staging">Prostate Cancer
```

```
47108…   Staging</a></li>
47109
47110                             <li><a
  …     href="/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-survival-rates">Survival
        Rates for Prostate Cancer by Stage</a></li>
47111
47112                             <li><a
  …     href="/Treatment/UnderstandingYourDiagnosis/UnderstandingYourPathologyReport/
  …     ProstatePathology/index">Understanding Your Pathology Report</a></li>
47113
47114                             <li><a
  …     href="/Cancer/ProstateCancer/MoreInformation/index">More Information About Prostate
        Cancer</a></li>
47115
47116                         </ul>
47117
47118
47119
47120             <hr/>
47121
47122             <p>
47123
47124
47125
47126                     <a href="/Cancer/ProstateCancer/DetailedGuide/index"
  …     class="button">
47127
47128                         Detailed Guide
47129
47130                     </a>
47131
47132
47133
47134
47135
47136                     <a href="/Cancer/ProstateCancer/if-you-have-prostate-cancer"
  …     class="button">
47137
47138                     Basics</a>
47139
47140             </p>
47141
47142
47143
47144
47145
47146         </div>
47147
47148     </div>
47149
47150 </div>
47151
47152
47153
47154
47155
47156             </div>
47157
47158         </section>
47159
47160                 <section class="full-pod even">
47161
47162             <div class="container">
47163
47164
47165
47166
47167
```

Page 1329

```
47168
47169
47170
47171
47172
47173
47174
47175
47176        <!--PillarType = Cancer Type, LayoutOption = 2 -->
47177
47178        <div class="pod-double">
47179
47180            <div class="intro">
47181
47182                <h2>Prostate Cancer Prevention and Early Detection</h2>
47183
47184            </div>
47185
47186            <div class="primary">
47187
47188                <p>Learn all you can about your personal risk for prostate cancer and
       options for testing and treatment to help you make informed decisions about your
       prostate health.</p>
47189
47190            </div>
47191
47192            <div class="secondary">
47193
47194                <div class="twocols">
47195
47196                    <ul class="twocols">
47197
47198                        <li><a
       href='/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-risk-factors'>Risk Factors
       for Prostate Cancer</a></li><li><a
       href='/Cancer/ProstateCancer/MoreInformation/ProstateCancerEarlyDetection/index'>
       Prostate Cancer Early Detection</a></li><li><a
       href='http://www.cancer.org/healthy/toolsandcalculators/videos/index#prostate'>
       Prostate Cancer Videos</a></li><li><a
       href='/Healthy/EatHealthyGetActive/
       ACSGuidelinesonNutritionPhysicalActivityforCancerPrevention/index'>Nutrition and
       Physical Activity Guidelines</a></li>
47199
47200                    </ul>
47201
47202                </div>
47203
47204                <hr />
47205
47206                <p><a href="/Healthy/index" class="cancer-type-pillar-pod-layout-2"
       id="pod-ACSQ-056183">Learn more in Stay Healthy</a></p>
47207
47208            </div>
47209
47210        </div>
47211
47212
47213
47214
47215
47216                </div>
47217
47218            </section>
47219
47220                    <section class="full-pod">
47221
47222                <div class="container">
47223
```

```
<!--PillarType = Cancer Type, LayoutOption = 2 -->

<div class="pod-double">

    <div class="intro">

        <h2>Prostate Cancer Treatment and Support</h2>

    </div>

    <div class="primary">

        <p>If you are facing prostate cancer, we can help you learn about your
treatment options and possible side effects, and point you to information and
services to help you get through treatment and live well afterward.</p>

    </div>

    <div class="secondary">

        <div class="twocols">

            <ul class="twocols">

                <li><a
href='/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-treating-general-info'>
Treating Prostate Cancer</a></li><li><a
href='/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-after-follow-up'>After
Treatment for Prostate Cancer</a></li><li><a
href='/Treatment/TreatmentsandSideEffects/PhysicalSideEffects/sexualsideeffectsinmen/
SexualityfortheMan/index'>Sexuality for the Man With Cancer</a></li><li><a
href='/Treatment/TreatmentsandSideEffects/PhysicalSideEffects/index'>Physical Side
Effects</a></li><li><a
href='/Treatment/TreatmentsandSideEffects/EmotionalSideEffects/index'>Coping With
Cancer</a></li><li><a
href='/Treatment/SurvivorshipDuringandAfterTreatment/NutritionforPeoplewithCancer/
index'>Nutrition for People With Cancer</a></li><li><a
href='/Treatment/FindingandPayingforTreatment/understandinghealthinsurance/index'>
Managing Insurance Issues</a></li><li><a
href='/Treatment/SupportProgramsServices/index'>Find Support Programs and
Services</a></li>

            </ul>

        </div>

        <hr />

        <p><a href="/Treatment/index" class="cancer-type-pillar-pod-layout-2"
id="pod-ACSQ-056186">Learn more in Find Support and Treatment</a></p>

    </div>

</div>
```

```
                </div>

            </section>

                    <section class="full-pod even">

            <div class="container">













        <!--PillarType = Cancer Type, LayoutOption = 2 -->

        <div class="pod-double">

            <div class="intro">

                    <h2>Explore Prostate Cancer Research</h2>

            </div>

            <div class="primary">

                    <p>The American Cancer Society is committed to relentlessly pursuing the
answers that will save lives from prostate cancer. In fact, the Society has been a
part of nearly every major cancer research breakthrough in recent
history. </p><p> </p>

            </div>

            <div class="secondary">

                <div class="twocols">

                    <ul class="twocols">

                        <li><a
href='/Cancer/ProstateCancer/DetailedGuide/prostate-cancer-new-research'>What's New
in Prostate Cancer Research</a></li><li><a
href='/Research/CancerFactsFigures/index'>Cancer Facts & Figures</a></li><li><a
href='http://www.cancer.org/research/acsresearchupdates/prostate-cancer-research'>ACS
Prostate Cancer Research Highlights</a></li><li><a
href='/AboutUs/HowWeHelpYou/about-us-research'>How We're Working to Find
Cures</a></li><li><a
href='/Treatment/TreatmentsandSideEffects/ClinicalTrials/index'>Clinical
Trials</a></li>

                    </ul>

                </div>

                <hr />

                    <p><a href="/Research/index" class="cancer-type-pillar-pod-layout-2"
id="pod-ACSQ-056191">Learn more in Explore Research</a></p>
```

```
47328                </div>
47329
47330          </div>
47331
47332
47333
47334
47335
47336                     </div>
47337
47338              </section>
47339
47340                    <section class="full-pod">
47341
47342              <div class="container">
47343
47344
47345
47346
47347
47348
47349
47350
47351
47352
47353
47354
47355
47356
47357
47358      <!--PillarType = Cancer Type, LayoutOption = 3 -->
47359
47360      <div class="pod-double">
47361
47362          <div class="intro">
47363
47364              <h2>Get Involved</h2>
47365
47366          </div>
47367
47368          <div class="primary">
47369
47370              <p>You can make a difference in the fight against cancer by volunteering
  …  your time, participating in an event, or donating to the cause. Find out about all
  …  the ways you can get involved today. </p>
47371
47372          </div>
47373
47374          <div class="secondary">
47375
47376              <p>
47377
47378                  <a href='/involved/donate/donateonlinenow/index
47379  ' class='button'>Donate Now</a><a href='/Involved/Volunteer/index
47380  ' class='button'>Volunteer</a><a href='/Involved/index' class='button
  …  cancer-type-pillar-pod-layout-3' id='pod-ACSQ-056194-learn-more'>Learn More</a>
47381
47382              </p>
47383
47384          </div>
47385
47386      </div>
47387
47388
47389
47390
47391
47392                </div>
```

```
47393            </section>
47394
47395
47396                    <section class="full-pod even">
47397
47398              <div class="container">
47399
47400
47401
47402
47403
47404
47405
47406
47407
47408  <div class="container">
47409
47410      <div class="pod-triple with-image">
47411
47412          <div class="intro">
47413
47414              <h2>Stories of Hope</h2>
47415
47416          </div>
47417
47418          <div class="primary">
47419
47420              <img src="/acs/groups/content/documents/image/acspc-035862.jpg"
…  alt="Prostate Cancer Stories of Hope" class="ignore-padding" />
47421
47422          </div>
47423
47424          <div class="secondary">
47425
47426              <p>Read inspiring stories of people living with prostate cancer.</p>
47427
47428                  <p><a
…  href="http://www.cancer.org/treatment/survivorshipduringandaftertreatment/
…  storiesofhope/storiesbytopic/index?topic=Prostate%20Cancer" class="button">Read More
…  Stories</a></p>
47429
47430          </div>
47431
47432          <div class="tertiary">
47433
47434                  <ul>
47435
47436
47437
47438
47439
47440                          <li><a
…  href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/survivor-speaks-
…  out-about-life-after-prostate-cancer">Survivor Speaks Out About Life After Prostate
…  Cancer</a></li>
47441
47442
47443
47444                          <li><a
…  href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/survivor-mentors-
…  other-men-with-prostate-cancer">Survivor Mentors Other Men with Prostate
…  Cancer</a></li>
47445
47446
47447
47448                          <li><a
…  href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/survivors-words-of
…  -inspiration">Survivors: Words of Inspiration</a></li>
```

```
47449
47450
47451
47452                          <li><a
   …   href="/Treatment/SurvivorshipDuringandAfterTreatment/StoriesofHope/prostate-cancer-
   …   survivor-advocates-healthy-eating-and-exercise">Prostate Cancer Survivor Advocates
   …   Healthy Eating and Exercise</a></li>
47453
47454
47455
47456                     </ul>
47457
47458
47459
47460                          </div>
47461
47462          </div>
47463
47464   </div>
47465
47466                  </div>
47467
47468          </section>
47469
47470                  <section class="full-pod">
47471
47472          <div class="container">
47473
47474
47475
47476
47477
47478   <div class="pod-double with-image">
47479
47480          <div class="intro">
47481
47482              <h2>Online Support Communities</h2>
47483
47484          </div>
47485
47486          <div class="primary">
47487
47488
47489
47490                  <img
   …   src="/acs/groups/content/@editorial/documents/image/acspc-036753.jpg" alt="three
   …   hands on computer mouse" title="three hands on computer mouse" />
47491
47492
47493
47494
47495
47496          </div>
47497
47498      <div class="secondary">
47499
47500          <p>Facing prostate cancer?  Connect with others and get support through
   …   our online communities, <a href="http://csn.cancer.org/forum/126"
   …   target="_blank">Cancer Survivors Network</a> and <a href="http://acs.mylifeline.org"
   …   target="_blank">MyLifeLine.org</a>.</p><p> </p>
47501
47502
47503
47504
47505
47506
47507
47508
```

```
            </div><!-- end secondary-->

</div>



                </div>

        </section>
                <section class="full-pod even">
                <div class="container">







<div class="container">

    <div class="pod-triple with-image">

        <div class="intro">

                <h2>Prostate Cancer in the News</h2>

        </div>

        <div class="primary">

                <img src="/acs/groups/content/documents/image/acspc-035863.jpg"
alt="Prostate Cancer News" class="ignore-padding" />

        </div>

        <div class="secondary">

                <p>Read the latest developments in prostate cancer.</p>

                    <p><a href="/Cancer/news/index" class="button">Read More News</a></p>

        </div>

        <div class="tertiary">

                    <ul>





                            <li><a
href="/Cancer/news/News/report-number-of-cancer-survivors-continues-to-grow">ACS
Report:  Number of US Cancer Survivors Expected to Exceed 20 Million by 2026</a></li>



                            <li><a
href="/Cancer/news/Features/4-cancer-screening-tests-for-men">4 Cancer Screening
Tests for Men</a></li>


```

```
47572                              <li><a
  …  href="/Cancer/news/News/annualreport-to-the-nation-cancer-death-rates-still-dropping"
  …  >Annual Report to the Nation: Cancer Death Rates Still Dropping </a></li>
47573
47574
47575
47576                         <li><a
  …  href="/Cancer/news/News/world-health-organization-says-processed-meat-causes-cancer">
  …  World Health Organization Says Processed Meat Causes Cancer</a></li>
47577
47578
47579
47580                    </ul>
47581
47582
47583
47584            </div>
47585
47586        </div>
47587
47588 </div>
47589
47590                </div>
47591
47592        </section>
47593
47594 <!--[/form]-->
47595
47596    </div><footer class="site">
47597
47598      <script>
47599
47600
47601
47602 function get_hostname(url) {
47603
47604      var m = ((url||'')+'').match(/^http:\/\/[^/]+/);
47605
47606      return m ? m[0] : null;
47607
47608 }
47609
47610
47611
47612 $(document).ready(function(){
47613
47614          var currentDomain =
  …  get_hostname(window.location.href).split("//")[1].toLowerCase();
47615
47616          if(currentDomain == "m.cancer.org" || currentDomain ==
  …  "mstage.qa.cancer.org")
47617
47618          {
47619
47620                 $("#footerPromo").hide();
47621
47622
47623
47624          }
47625
47626
47627
47628 });
47629
47630 </script>
47631
47632
47633
```

```
<div class="column-links container_12">

    <nav>

        <ul>

            <li><h4>Cancer Information
</h4></li>


            <li><a href="/Cancer/CancerBasics/index">Cancer Basics</a></li>

            <li><a
href="/Healthy/FindCancerEarly/CancerScreeningGuidelines/index">Cancer Prevention &
Detection</a></li>

            <li><a href="/Cancer/CancerBasics/signs-and-symptoms-of-cancer">Signs
& Symptoms of Cancer</a></li>

            <li><a href="/Treatment/TreatmentsandSideEffects/index">Treatments &
Side Effects</a></li>

            <li><a href="/research/cancerfactsstatistics/index">Cancer Facts &
Statistics</a></li>

            <li><a href="/Cancer/news/index">News About Cancer</a></li>

            <li><a href="/cancer/news/expertvoices/default">Expert Voices
Blog</a></li>



        </ul>

        <ul>

            <li><h4>Programs & Services</h4></li>


            <li><a
href="/treatment/supportprogramsservices/reach-to-recovery">Breast Cancer
Support</a></li>

            <li><a href="http://www.tlcdirect.org">TLC Hair Loss & Mastectomy
Products</a></li>

            <li><a href="/treatment/supportprogramsservices/hopelodge/index">Hope
Lodge® Lodging</a></li>

            <li><a
href="/treatment/supportprogramsservices/road-to-recovery">Rides To
Treatment</a></li>

            <li><a
href="/Treatment/SupportProgramsServices/OnlineCommunities/index">Online Support
Communities</a></li>

            <li><a href=""></a></li>



        </ul>
```

```
47688
47689            <ul>
47690
47691                <li><h4>ACS Events</h4></li>
47692
47693
47694
47695                    <li><a
      href="http://makingstrides.acsevents.org/site/PageServer?pagename=
      MSABC_CY14_FindAnEvent">Making Strides Against Breast Cancer Walks</a></li>
47696
47697                    <li><a href="/Involved/Participate/CoachesvsCancer/index">Coaches vs.
      Cancer</a></li>
47698
47699                    <li><a
      href="http://relay.acsevents.org/site/PageServer?pagename=relay">Relay For Life
      Events</a></li>
47700
47701                    <li><a href="http://college.relayforlife.org/">College Relay For
      Life</a></li>
47702
47703                    <li><a href="http://www.relayrecess.org">Relay Recess</a></li>
47704
47705                    <li><a
      href="/Involved/Donate/OtherWaystoGive/cars-for-a-cure-donate-your-car-to-charity-to-
      help-fight-cancer">Donate a Car</a></li>
47706
47707
47708
47709            </ul>
47710
47711            <ul>
47712
47713                <li><h4>About ACS</h4></li>
47714
47715
47716
47717                    <li><a href="/AboutUs/index">About Us</a></li>
47718
47719                    <li><a href="/AboutUs/HowWeHelpYou/ContactUs/Index">Contact
      Us</a></li>
47720
47721                    <li><a href="/Treatment/SupportProgramsServices/index">Local
      Offices</a></li>
47722
47723                    <li><a href="/Involved/Volunteer/index">Volunteer</a></li>
47724
47725                    <li><a
      href="/AboutUs/EmploymentOpportunities/index">Employment</a></li>
47726
47727                    <li><a href="/aboutus/become-a-supplier">Become a Supplier</a></li>
47728
47729                    <li><a
      href="/AboutUs/WhoWeAre/Governance/report-fraud-or-abuse">Report Fraud or
      Abuse</a></li>
47730
47731
47732
47733            </ul>
47734
47735            <ul>
47736
47737                <li><h4>More ACS Sites</h4></li>
47738
47739
47740
47741                    <li><a href="/Cancer/Bookstore/index">Bookstore</a></li>
47742
```

```
47743                <li><a href="http://www.acscan.org">ACS CAN</a></li>
47744
47745                <li><a href="http://www.cancer.org/shop">Shop</a></li>
47746
47747                <li><a href="http://canceratlas.cancer.org/">Cancer Atlas</a></li>
47748
47749                <li><a href="/AboutUs/GlobalHealth/index">Global Health</a></li>
47750
47751                <li><a href="http://cancer.org/fight">Finish the Fight</a></li>
47752
47753                <li><a href="http://pressroom.cancer.org">Press Room</a></li>
47754
47755                <li><a href="http://m.cancer.org">Mobile Site</a></li>
47756
47757
47758
47759          </ul>
47760
47761       </nav>
47762
47763 </div>
47764
47765
47766
47767
47768
47769
47770
47771       <script type="text/javascript">_satellite.pageBottom();</script>
47772
47773
47774
47775          <div class="footer-bottom container_12">
47776
47777             <ul class="pipes">
47778
47779             <li><a href="/AboutUs/HowWeHelpYou/OnlineHelp/index">Help</a></li>
47780
47781             <li><a href="/AboutUs/Sitemap/index">Site Map</a></li>
47782
47783             <li><a href="/AboutUs/ACSPolicies/PrivacyPolicies/index">Privacy</a></li>
47784
47785             <li><a
    … href="/AboutUs/ACSPolicies/accessibility-at-the-american-cancer-society-policy">
    … Accessibility</a></li>
47786
47787             <li><a href="/AboutUs/ACSPolicies/user-agreement">Terms of Use</a></li>
47788
47789             <li><a href="/AboutUs/ACSPolicies/state-fundraising-notices">State
    … Fundraising Notices</a></li>
47790
47791             <li>
47792
47793             <a style="font-weight:bold" onclick="iperceptions.ipeCC()"
    … href="javascript:void(0);">Site Comments</a>
47794
47795             </li>
47796
47797          </ul>
47798
47799          <ul class="grid_8">
47800
47801             <li><a  class="aimg"
    … href="http://charityreports.bbb.org/public/seal.aspx?ID=1413312005"><img
    … src="/acs/groups/content/documents/webasset/footer-bbb.jpg" alt="BBB" /></a> <a
    … href="http://www.bbb.org/charity-reviews/national/cancer/american-cancer-society-in-
    … atlanta-ga-186">Better Business Bureau</a></li>
47802
```

```
47803    <li><a  class="aimg" href="http://www.hon.ch/"><img
…   src="/acs/groups/content/documents/webasset/footer-hon.jpg" alt="HON" /></a> <a
…   href="http://www.hon.ch/HONcode/Conduct.html?HONConduct788421">Health On The
…   Net</a></li>
47804            <li><a  class="aimg" href="http://www.nationalhealthcouncil.org/"><img
…   src="/acs/groups/content/documents/webasset/footer-nhc.jpg" alt="National Health
…   Council Standards of Excellence Certification Program" /></a> <a
…   href="http://www.nationalhealthcouncil.org/pages/standards.php">National Health
…   Council</a></li>
47805
47806        </ul>
47807
47808        <p class="small-print grid_4">&copy; 2016 American Cancer Society, Inc. All
…   rights reserved.
47809
47810            The American Cancer Society is a qualified 501(c)(3) tax-exempt
…   organization.
47811
47812            Cancer.org is provided courtesy of the <a
…   href="/AboutUs/HonoringPeopleWhoAreMakingADifference/the-leo-rosen-family">Leo and
…   Gloria Rosen</a> family.
47813
47814        </p>
47815
47816      </div>
47817   <script type="text/javascript">
47818
47819
47820   iperceptions = window.iperceptions || {};
47821
47822
47823
47824   //BEGIN Configuration variables
47825
47826   iperceptions.imgRootPath = "/iperceptions/118332/en/images/";
47827
47828   iperceptions.imgSizeOut = [68, 68];
47829
47830   iperceptions.imgSizeOver = [180, 68];
47831
47832   iperceptions.blockMobile = true;
47833
47834   iperceptions.surveyID = 118332;
47835
47836   iperceptions.langID = 1;
47837
47838   iperceptions.posX = 'right';
47839
47840   iperceptions.posY = 'middle';
47841
47842   iperceptions.winWidth = 480;
47843
47844   iperceptions.winHeight = 580;
47845
47846
47847
47848   //Reserved for advanced use.  Do not modify these.
47849
47850   iperceptions.iconBrandID = null;
47851
47852   iperceptions.logoBrandID = null;
47853
47854   iperceptions.siteID = null;
47855
47856   iperceptions.imgOut = iperceptions.imgRootPath + "mr" + (iperceptions.iconBrandID ?
…   "_" + iperceptions.iconBrandID : "") + ".png";
47857
47858   iperceptions.imgOver = iperceptions.imgRootPath + "mr_over" +
```

```
47858…    (iperceptions.iconBrandID ? '_' + iperceptions.iconBrandID : '') + '.png';
47859
47860    //END Configuration variables.
47861
47862
47863
47864
47865
47866    iperceptions.isMobile = (function(a){return
    …    (/android|avantgo|blackberry|blazer|compal|elaine|fennec|hiptop|iemobile|ip(hone|od|
    …    ad)|iris|kindle|lge |maemo|midp|mmp|opera m(ob|in)i|palm(
    …    os)?|phone|p(ixi|re)\/|plucker|pocket|psp|symbian|treo|up\.(browser|link)|vodafone|
    …    wap|windows (ce|phone)|xda|xiino|googlebot|google web
    …    preview|msbot|yahoo|bingbot|silk|mobile|rim
    …    tablet|hp-tablet|touch;|touch\)|wpdesktop/i.test(a))})(navigator.userAgent ||
    …    navigator.vendor || window.opera);
47867
47868
47869
47870    //API function to add floating icon
47871
47872    iperceptions.ipeIcon = function(config) {
47873
47874        config = config || {};
47875
47876        if(iperceptions.launchedIcon) {
47877
47878            return;
47879
47880        }
47881
47882        iperceptions.launchedIcon = true;
47883
47884
47885
47886        var _pos_x = config.pos_x || iperceptions.posX, //left|middle|right
47887
47888            _pos_y = config.pos_y || iperceptions.posY, //'top'|middle|bottom
47889
47890            _img_out = config.img_out || iperceptions.imgOut,
47891
47892            _img_over = config.img_over || iperceptions.imgOver,
47893
47894            _size_out = iperceptions.imgSizeOut || [68, 68],
47895
47896            _size_over = iperceptions.imgSizeOver || [180, 68],
47897
47898            _size_current = _size_out,
47899
47900            _id = Math.ceil(Math.random() * 10000),
47901
47902            _img_id = 'UIF-IMG-' + _id,
47903
47904            _page = '<img id="' + _img_id + '" ' +
47905
47906            ' src="' + _img_out + '"' +
47907
47908    …    'style="display:none;position:fixed;cursor:pointer;margin:0px!important;padding:0px!
    …    important;border:0px!important;' +
47909
47910            'z-index: 2147483647!important;' +
47911
47912            (_pos_x == 'right' ? 'text-align:right!important;' :
    …    'text-align:left!important;') +
47913
47914            (_pos_y == 'bottom' ? 'vertical-align:bottom!important;' :
    …    'vertical-align:top!important;') +
```

Page 1342

```
            'background-color:transparent!important;"/>',

          _img, _is_ie, _icon_timer,


          //Generic method to attach an event to a DOM element

          domAddEvent = function (target, eventName, handlerFn) {

              if (target.addEventListener)

                  target.addEventListener(eventName, handlerFn, true);

              else if (target.attachEvent)

                  target.attachEvent("on" + eventName, handlerFn);

              else

                  target["on" + eventName] = handlerFn;

          },


          ipeSetPos = function(pos_x, pos_y) {

              var divW = _size_current[0],

                  divH = _size_current[1],

                  viewsize = iperceptions.viewSize(),

                  bodyWidth, bodyHeight, winW, winH;


              //Our default viewsize calculation sometimes to include the scrollbar.
… document.documentElement.client[Width|Height] do not include scrollbar.

              bodyWidth = document.documentElement.clientWidth;

              if (bodyWidth > 0 && bodyWidth < viewsize[0]) {

                  viewsize[0] = bodyWidth;

              }


              bodyHeight = document.documentElement.clientHeight;

              if (bodyHeight > 0 && bodyHeight < viewsize[1]) {

                  viewsize[1] = bodyHeight;

              }


              winW = parseInt((viewsize[0] - divW));

              winH = parseInt((viewsize[1] - divH));
```

```
47982              if (pos_x == 'left') { _img.style.left = '0px'; }
47983
47984              else if (pos_x == 'right') { _img.style.right = '0px'; }
47985
47986              else if(winW >= 0) { _img.style.left = (winW / 2 >> 0) + 'px'; }
47987
47988              if (pos_y == 'top') { _img.style.top = '0px'; }
47989
47990              else if (pos_y == 'bottom') { _img.style.bottom = "0px"; }
47991
47992              else if(winH >= 0) { _img.style.top = (winH / 2 >> 0) + 'px'; }
47993
47994          },
47995
47996
47997
47998          isIE = function() {
47999
48000              var ua = navigator.userAgent.toLowerCase(),
48001
48002              isOpera = (ua.indexOf('opera') != -1);
48003
48004              return ua.indexOf('msie') != -1 && !isOpera && (ua.indexOf('webtv') ==
     -1);
48005
48006          },
48007
48008
48009
48010          IEMajorVersion = function() {
48011
48012              var m = /MSIE\s*(\d*)/.exec(navigator.userAgent),
48013
48014                  v = (m && m[1]) || -1;
48015
48016              if(isNaN(parseInt(v, 10))) {
48017
48018                  v = -1;
48019
48020              }
48021
48022              return v;
48023
48024          },
48025
48026
48027
48028          ipeIconComplete = function() {
48029
48030              _img = document.getElementById(_img_id);
48031
48032              _img.style.display = "block";
48033
48034              ipeSetPos(_pos_x, _pos_y);
48035
48036
48037
48038              domAddEvent(window, 'resize', function () { ipeSetPos(_pos_x, _pos_y);
     });
48039
48040              domAddEvent(window, 'scroll', function () { ipeSetPos(_pos_x, _pos_y);
     });
48041
48042              domAddEvent(_img, "mouseout", function () {
48043
48044                  _img.src = _img_out;
48045
48046                  _size_current = _size_out;
```

Page 1344

```
48047                       });
48048
48049
48050           domAddEvent(_img, "mouseover", function () {
48051
48052                   _img.src = _img_over;
48053
48054                   _size_current = _size_over;
48055
48056           });
48057
48058           domAddEvent(_img, "click", function (e) {
48059
48060                   iperceptions.ipeCC(config);
48061
48062           });
48063
48064       };
48065
48066
48067
48068   _is_ie = isIE();
48069
48070
48071
48072   //Now blocking IE6 and mobile devices
48073
48074   if(_is_ie && IEMajorVersion() < 7) {
48075
48076       return;
48077
48078   }
48079
48080   if(iperceptions.blockMobile && iperceptions.isMobile) {
48081
48082       return;
48083
48084   }
48085
48086
48087
48088   _icon_timer = setInterval(function() {
48089
48090       if(document.readyState === "complete") {
48091
48092           if (_is_ie && IEMajorVersion() < 10) {
48093
48094               document.body.insertAdjacentHTML("beforeEnd", _page);
48095
48096           } else {
48097
48098               _dL = document.createElement("div");
48099
48100               _dL.innerHTML = _page;
48101
48102               document.body.appendChild(_dL);
48103
48104           }
48105
48106           clearInterval(_icon_timer);
48107
48108           ipeIconComplete();
48109
48110       }
48111
48112   }, 250);
48113
48114 }
```

```
48115
48116
48117
48118
48119
48120    //API function to launch comment card
48121
48122    iperceptions.ipeCC = function(config) {
48123
48124        var config = config || {};
48125
48126        config.surveyID = config.surveyID || iperceptions.surveyID;
48127
48128
48129
48130        iperceptions.launch(config);
48131
48132    }
48133
48134
48135
48136    iperceptions.viewSize = function() {
48137
48138        var width = 0, height = 0;
48139
48140        if (typeof (window.innerWidth) == 'number') {
48141
48142            width = window.innerWidth;
48143
48144            height = window.innerHeight;
48145
48146        } else if (document.documentElement && (document.documentElement.clientWidth ||
...     document.documentElement.clientHeight)) {
48147
48148            width = document.documentElement.clientWidth;
48149
48150            height = document.documentElement.clientHeight;
48151
48152        } else if (document.body && (document.body.clientWidth ||
...     document.body.clientHeight)) {
48153
48154            width = document.body.clientWidth;
48155
48156            height = document.body.clientHeight;
48157
48158        }
48159
48160        return [width, height];
48161
48162    }
48163
48164
48165
48166    iperceptions.launch = function(config) {
48167
48168        config.langID = config.langID || iperceptions.langID;
48169
48170
48171
48172        var RC = function(n){var nEQ= n+'='; var ca= document.cookie.split(';');for(var
...     i=0;i < ca.length;i++) {var c= ca[i];while (c.charAt(0)==' ') c=
...     c.substring(1,c.length);if (c.indexOf(nEQ) == 0) return
...     c.substring(nEQ.length,c.length);} };
48173
48174
48175
48176        var name = "IPerceptions_comment_" + config.surveyID;
48177
```

Page 1346

```
48178          var w = 0, h = 0, url = '', l = 0, t = 0, vs = iperceptions.viewSize(),
48179
48180          sdfc = "e8abdf4f" + "-" + config.surveyID + "-" +
   …   "3a07d5ce-0cd2-4702-bb09-9246b2aa907e";
48181
48182      w = iperceptions.winWidth || 480;
48183
48184      h = iperceptions.winHeight || 580;
48185
48186      l = Math.max((vs[0] - w) / 2, 0);
48187
48188      t = Math.max((vs[1] - h) / 2, 0);
48189
48190      url = window.location.protocol +
   …   "//ips-invite.iperceptions.com/WebValidator.aspx?lID=" + config.langID + "&sdfc=" +
   …   sdfc + "&source=91787&destination=commentcard&referrer=" +
   …   encodeURIComponent(window.location.href) + (iperceptions.logoBrandID ? "&brandID=" +
   …   iperceptions.logoBrandID : "" ) + (iperceptions.siteID ? "&siteID=" +
   …   iperceptions.siteID : "" );
48191
48192
48193
48194      var features = "width=" + w + ",height=" + h + ", left=" + l + ", top=" + t + ",
   …   resizable=yes, toolbar=no, location=no, directories=no, status=no, menubar=no,
   …   scrollbars=yes, copyhistory=no";
48195
48196
48197
48198      window.open(url, name, features);
48199
48200  }
48201
48202
48203
48204  </script>
48205
48206
48207
48208
48209  </footer>
48210
48211  <div style="display:none;"><p><img height="1" width="1"
   …   src="http://g.msn.com/action/907440?Tag=MSFT_ACS_Prostate_Cancer&Sig=
   …   489fdfba80a771282d8cf419da0a279c&Ver=1"/></p>
48212  </div>
48213
48214  <!-- #### TEMPLATES BEGIN #### -->
48215
48216
48217
48218      <!--# GLOSSARY TEMPLATE BEGIN-->
48219
48220      <script id="glossaryTemplate" type="text/html">
48221
48222      <div data-bind="ifnot: glossary.Definition == null">
48223
48224          <div id="Container-Glossary">
48225
48226              <div id="divGlossary">
48227
48228                  <div>
48229
48230                      <div class="search-glossary-result">
48231
48232                          <h3 id="Glossary-Word" data-bind="text: glossary.Word"></h3>
48233
48234                          <!--<div id="Glossary-Pronounciation" data-bind="if:
   …   glossary.Pronounciation.length > 0">
```

Page 1347

```
48235
48236                              <span>[<span class="pronounce" data-bind="html:
…     glossary.Pronounciation"></span>]</span>
48237
48238                         </div>-->
48239
48240                         <div id="Glossary-Definition" data-bind="html:
…     glossary.Definition"></div>
48241
48242                         <div id="Glossary-View"><a title="View Glossary Terms"
…     href="http://www.cancer.org/cancer/cancerglossary/index">View Glossary</a></div>
48243
48244                     </div>
48245
48246                 </div>
48247
48248             </div>
48249
48250         </div>
48251
48252         </div>
48253
48254     </script>
48255
48256     <!--#GLOSSARY TEMPLATE END-->
48257
48258
48259
48260     <!--#SEARCH TEMPLATE BEGIN-->
48261
48262     <script type="text/html" id="searchTemplate">
48263
48264
48265
48266         <!--LOCAL SEARCH BEGIN-->
48267
48268         <!--LOCAL SEARCH END-->
48269
48270
48271
48272
48273
48274         <div data-bind="foreach: SearchResutlItem">
48275
48276
48277
48278             <!--TYPE KEY MATCH BEGIN-->
48279
48280             <div data-bind="if: DocType=='GM' && Page==1">
48281
48282                 <div class="SearchItemLocal searchitem">
48283
48284                     <span class="featuredArrow"><img
…     src="/acs/groups/content/documents/image/acsd-010888.png"></span>
48285
48286                     <h3 style='padding-left: 8px;margin-top:-18px;'><a
…     class="searchTitle" data-bind="attr: {href: URL, title: Title}, html:
…     Title"></a></h3>
48287
48288                     <p class='urlText' style='padding-left: 8px;' data-bind="html:
…     URL"></p>
48289
48290                 </div>
48291
48292             </div>
48293
48294             <!--TYPE KEY MATCH END-->
48295
```

```
48296
48297
48298                <!--TYPE DEFAULT BEGIN-->
48299
48300                <div data-bind="if: DocType==''">
48301
48302                    <div class="SearchItem">
48303
48304                        <h3><a class="searchTitle" data-bind="attr: { href: URL, }, html:
      Title"></a></h3>
48305
48306                        <p class='urlText' data-bind="html: URL"></p>
48307
48308                        <div class="SearchItemDescription"
      data-bind='html:Description'></div>
48309
48310                    </div>
48311
48312
48313
48314
48315
48316            </div>
48317
48318            <!--TYPE DEFAULT END-->
48319
48320
48321
48322            <!--TYPE PDF BEGIN-->
48323
48324            <div data-bind="if: DocType=='PDF'">
48325
48326                <div class="SearchItem">
48327
48328                    <h3><a data-bind="attr:{href: URL, title: Title}"
      target="_blank"><span data-bind="text: '[PDF] '" ></span><span data-bind="attr:{href:
      URL, title: Title}, html:Title"></span></a></h3>
48329
48330                    <p class='urlText' data-bind="html: URL"></p>
48331
48332                    <div class="SearchItemDescription" data-bind="html:
      Description"></div>
48333
48334                </div>
48335
48336            </div>
48337
48338            <!--TYPE PDF END-->
48339
48340
48341
48342            <!--TYPE VIDEO BEGIN-->
48343
48344            <div data-bind="if: DocType=='VIDEO'">
48345
48346                <div class="SearchItem">
48347
48348                    <a data-bind="attr:{href: URL, alt: Title}"
      class="video-thumb-autoplay">
48349
48350                        <img data-bind="attr:{src: IMG}" alt="" class="ignore-padding
      thumbnail">
48351
48352                        <div class="play-button"></div>
48353
48354                    </a>
48355
48356                    <div class="videoContent">
```

```
48357
48358                        <h3><span class="videoTitle"><a class="video-thumb-autoplay"
  …   style='border-bottom: dotted 1px #94b2dc;' data-bind="attr:{href: URL},
      html:Title"></a></span></h3>
48359
48360                        <p class="urlText" data-bind="html: URL"></p>
48361
48362                        <span class="SearchItemDescription"
  …   data-bind="html:Description"></span>
48363
48364                    </div>
48365
48366                </div>
48367
48368            </div>
48369
48370            <!--TYPE VIDEO END-->
48371
48372
48373
48374            <!--TYPE INFOGRAPHIC BEGIN-->
48375
48376        <div data-bind="if: DocType=='INFOGRAPHIC'">
48377
48378            <div class="SearchItem">
48379
48380                <div data-bind="ifnot: Thumbnail.length == 0 ">
48381
48382                    <div class="infographic_result_img">
48383
48384                        <img data-bind="attr:{src:
  …   '../acs/groups/content/documents/image/' + Thumbnail}" alt="Infographic thumbnail" />
48385
48386                    </div>
48387
48388                </div>
48389
48390                <div class="infographic_result">
48391
48392                    <h3><a class="searchTitle" data-bind="attr: { href: URL, },
      html: Title"></a></h3>
48393
48394                    <p class='urlText' data-bind="html: URL"></p>
48395
48396                    <div class="SearchItemDescription"
  …   data-bind='html:Description'></div>
48397
48398                </div>
48399
48400
48401
48402                <div style="clear:both"></div>
48403
48404            </div>
48405
48406        </div>
48407
48408        <!--TYPE INFOGRAPHIC END-->
48409
48410    </div>
48411
48412  </script>
48413
48414
48415
48416  <!--#PROMO MAIN SECTION TEMPLATE BEGIN-->
48417
48418  <script id="promo_M_Template" type="text/html">
```

```
                        <div data-bind="foreach: Promo">

                            <a data-bind="attr:{href:RedirectURL,title:PromoName}">

                                <img data-bind="attr:{src:
'../acs/groups/content/documents/image/' + ImageFileName, alt:PromoName}" />

                            </a>

                        </div>




    </script>

    <!--# PROMO MAIN SECTION TEMPLATE END-->



    <!--# PROMO RIGHT SECTION TEMPLATE BEGIN-->

    <script id="promo_R_Template" type="text/html">

        <div data-bind="foreach: Promo">

            <a data-bind="attr:{href:RedirectURL,title:PromoName}">

                <img data-bind="attr:{src: '../acs/groups/content/documents/image/' +
ImageFileName, alt:PromoName}" />

                </a>

            </div>




    </script>

    <!--# PROMO RIGHT SECTION TEMPLATE END-->



    <!--# EVENTS TEMPLATE BEGIN-->

    <script id="eventsTemplate" type="text/html">

        <div data-bind="ifnot: Events.length == 0 ">

            <div class="localHeader">

                <h3>Events in Your Area</h3>

            </div>

            <div class='rightBox'>



                We have a variety of events happening in



                    <b>

                        <div data-bind="ifnot: city == null"
```

```
48484…          style='display:inline-block'>
48485
48486                              <span id='city-events1' data-bind="text: city"
…      class='firstLetterCap' style='display:inline-block'></span>, <span
…      data-bind="text: state"></span>
48487
48488                          </div>
48489
48490                          <div data-bind="ifnot: zip == null"
…      style='display:inline-block'>
48491
48492                              <span data-bind="text: zip"></span>
48493
48494                          </div>
48495
48496                      </b>&mdash; Get involved!
48497
48498
48499
48500              <div style='clear:both;margin-bottom:10px;'></div>
48501
48502              <div data-bind="foreach: Events">
48503
48504                  <div class='linkListItem' >
48505
48506                      <span data-bind="ifnot: OnlineEventSite == null" >
48507
48508                          <a data-bind="attr: {href: OnlineEventSite, title:
…      EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
…      +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
48509
48510                      </span>
48511
48512                      <span data-bind="if: OnlineEventSite == null" >
48513
48514                          <a data-bind="attr: {href:
…      'http://www.cancer.org/involved/participate/app/event-details?event=' + EventId,
…      title: EventName}, text: EventName + ' (' + StartDate.substr(5,2) + '/'
…      +StartDate.substr(8,2) + '/' + StartDate.substr(0,4) + ')'  "></a>
48515
48516                      </span>
48517
48518                  </div>
48519
48520              </div>
48521
48522              <div class='boxLink'>
48523
48524                  <div data-bind="ifnot: city == null" ><img
…      src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
…      style="float:left;margin: 5px 5px 0 -8px;">
48525
48526                      <a data-bind="attr:{href:
…      'http://www.cancer.org/involved/participate/app/event-search.aspx?city=' + city +
…      '&state=' + state}, text:'Find More Events'"></a>
48527
48528                  </div>
48529
48530                  <div class="read-more-icon" data-bind="ifnot: zip == null" ><img
…      src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
…      style="float:left;margin: 5px 5px 0 -8px;">
48531
48532                      <a data-bind="attr:{href:
…      'http://www.cancer.org/involved/participate/app/event-search.aspx?zip=' + zip}, text:
…      'Find More Events'"></a>
48533
48534                  </div>
48535
```

```
48536                        </div>
48537
48538                    </div>
48539
48540                </div>
48541
48542            </script>
48543
48544        <!--# EVENTS TEMPLATE END-->
48545
48546
48547
48548        <!--# RELATED TEMPLATE BEGIN-->
48549
48550        <script id="RelatedTemplate" type="text/html">
48551
48552            <div data-bind="ifnot: typeof Related == 'undefined'">
48553
48554                <ul id="divRelated" data-bind="foreach: Related.clusters">
48555
48556                    <li>
48557
48558                        <a data-bind="attr:{href: '?QueryText=' + label}, text: label,
…        title: label" target="_self"></a>
48559
48560                    </li>
48561
48562                </ul>
48563
48564            </div>
48565
48566        </script>
48567
48568        <!--# RELATED TEMPLATE END-->
48569
48570
48571
48572        <!--# RESOURCES TEMPLATE BEGIN-->
48573
48574        <script id="resourcesTemplate" type="text/html">
48575
48576
48577
48578        <div data-bind="if: Resources.length !== 0">
48579
48580            <div data-bind="if: zip == '000000' && city == null">
48581
48582                <div class="localHeader">
48583
48584                    <h3>National Resources</h3>
48585
48586                </div>
48587
48588                <div class='rightBox'>
48589
48590                    <div data-bind="foreach: Resources.Resources">
48591
48592                        <div class='linkListItem'>
48593
48594                            <a data-bind="attr: {href:
…    'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
…    resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
…    OrganizationName"></a>
48595
48596                        </div>
48597
48598                    </div>
48599
```

```
48600                             <div class="boxLink">
48601
48602                                 <a data-bind="attr:{href:
  …  'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search'}">
48603
48604                                     Find More Resources
48605
48606                                 </a>
48607
48608                             </div>
48609
48610                         </div>
48611
48612                     </div>
48613
48614
48615
48616             <div data-bind="if: (zip !== null || zip !== '000000') || city !==
  …  null">
48617
48618                 <div class="localHeader">
48619
48620                     <h3>Resources in Your Area</h3>
48621
48622                 </div>
48623
48624                 <div class='rightBox'>
48625
48626                     We have a variety of programs and services available in
48627
48628                     <b><div data-bind="ifnot: city == null"
  …  style='display:inline-block'><span id='city-resources2' data-bind="text: city"
  …  class='firstLetterCap' style='display:inline-block'></span>, <span data-bind="text:
  …  state"></span></div>
48629
48630                     <div data-bind="ifnot: zip == null"
  …  style='display:inline-block;margin: 0 0 0 -3px;'><span data-bind="text: zip"></span>
48631
48632                     </div>
48633
48634                     </b>
48635
48636                     <div style='clear:both;margin-bottom: 10px;'></div>
48637
48638                     <div data-bind="foreach: Resources">
48639
48640                         <div class='linkListItem'>
48641
48642                             <a data-bind="attr: {href:
  …  'http://www.cancer.org/treatment/supportprogramsservices/app/resource-detail?
  …  resourceId=' + ResourceId, title: ProgramTitle}, text: ProgramTitle + ' - ' +
  …  OrganizationName"></a>
48643
48644                         </div>
48645
48646                     </div>
48647
48648                     <div class='boxLink'>
48649
48650                         <div data-bind="ifnot: city == null" ><img
  …  src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
  …  style="float:left;margin: 5px 5px 0 -8px;">
48651
48652                             <a data-bind="attr:{href:
  …  'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&city=
  …  ' + city +'&state=' + states.indexOf(state)}">Find More Resources</a>
48653
48654                         </div>
```

```
48655
48656                        <div data-bind="ifnot: zip == null" ><img
      src="/acs/fragments/acs_refresh_scripts/images/bullet-more.gif"
      style="float:left;margin: 5px 5px 0 -8px;">
48657
48658                            <a data-bind="attr:{href:
      'http://www.cancer.org/treatment/supportprogramsservices/app/resource-search?q=&zip='
      + zip}">Find More Resources</a>
48659
48660                        </div>
48661
48662                    </div>
48663
48664                </div>
48665
48666            </div>
48667
48668        </script>
48669
48670        <!--# RESOURCES TEMPLATE END-->
48671
48672
48673
48674        <!--# OFFICE TEMPLATE BEGIN-->
48675
48676        <script id="officeTemplate" type="text/html">
48677
48678            <div data-bind="if: Offices.length>0">
48679
48680                <div id="divOffices">
48681
48682
48683
48684                    <div id="map-canvas"></div>
48685
48686                    <div class='rightBox'>
48687
48688
48689
48690                        Here are the local offices for<b>
48691
48692                            <span data-bind="ifnot: city=='null'">
48693
48694                            <span data-bind="text: city" class='firstLetterCap'
      style='display:inline-block'></span>, <span data-bind="text: state"></span>
48695
48696                            </span>
48697
48698
48699
48700                            <span data-bind="ifnot: zip=='null'">
48701
48702                                <span data-bind="text: zip"></span>
48703
48704                            </span>
48705
48706                        </b>
48707
48708                        <div style='clear:both;margin-bottom:20px;'></div>
48709
48710
48711
48712                        <div data-bind="foreach: Offices">
48713
48714                            <div class="offices">
48715
48716                                <h3><span data-bind="text: office_name"></span></h3>
48717
```

```
48718                          <span data-bind="text: address1"></span><br />
48719
48720                          <div data-bind="ifnot: address2==''">
48721
48722                              <span data-bind="text: address2"></span><br />
48723
48724                          </div>
48725
48726                          <span data-bind="text: city"></span>, <span
…    data-bind="text: StateAbbreviation"></span>
48727
48728                          <span class='zipcode' data-bind="text:
…    zip_code"></span></span><br />
48729
48730                          <p>Phone: <span class='phone' data-bind='text:
…    published_phone'></span></p>
48731
48732                          <div style="display:none">
48733
48734                              <p id="lat" class="lat" data-bind="text:
…    latitude"></p>
48735
48736                              <p id="lng" class="lng" data-bind="text:
…    longitude"></p>
48737
48738                          </div>
48739
48740                      </div>
48741
48742                  </div>
48743
48744              </div>
48745
48746          </div>
48747
48748      </div>
48749
48750  </script>
48751
48752  <!--# OFFICE TEMPLATE END-->
48753
48754
48755
48756  <!--# SEARCH STATS TEMPLATE BEGIN-->
48757
48758
48759
48760  <script id="searchStatsTemplate" type="text/html">
48761
48762  </script>
48763
48764  <!--# SEARCH STATS TEMPLATE END-->
48765
48766
48767
48768  <!--# SEARCH TABS TEMPLATE BEGIN-->
48769
48770  <script id="tabsTemplate" type="text/html">
48771
48772
48773
48774      <span data-bind="if: oTabs.tabs[2].length>1">
48775
48776      <div id="pagination-present">
48777
48778
48779
48780          <span data-bind="if: Page>1">
```

Page 1356

```
                    </span>

                    <span data-bind="if: Page<2">

                        <a class="DisableIt"></a>

                    </span>

                    <span data-bind="foreach: oTabs.tabs[2]">

                        <b data-bind="if:  parseInt(Page)== parseInt(tab)">

                            <b class="active" data-bind="text: tab"></b>

                        </b>

                        <span data-bind="if:  parseInt(Page) != parseInt(tab)">

                            <a class="tab" data-bind="attr: { href: '?QueryText=' + query +
'&Page=' + tab }, text: tab"></a>

                        </span>

                    </span>

                    <span data-bind="if: parseInt(Page) < parseInt(TotalCount)">




                    </span>

                    <span data-bind="if: parseInt(Page) >= parseInt(TotalCount)">

                        <a class="DisableIt"></a>

                    </span>

                </div>

                </span>


        </script>

        <!--# SEARCH TABS TEMPLATE END-->


        <!--#### TEMPLATES END-->
</body>



        <link href="/acs/fragments/searchknockout/css/jquery-ui.css" rel="stylesheet" />

        <script src="/acs/fragments/searchknockout/scripts/jquery-ui.min.js"></script>
```

```
48848    <!-- removed jquery/1.7.1.min.js and jquery-ui.js -->
48849
48850    <script src="/acs/fragments/searchknockout/ko/knockout.js"
…      defer="defer"></script>
48851
48852    <script src="/acs/fragments/searchknockout/ko/common.js"></script>
48853
48854    <script src="/acs/fragments/searchknockout/ko/address_functions.js"></script>
48855
48856    <script src="/acs/fragments/searchknockout/ko/tabs_controller.js"></script>
48857
48858    <script src="/acs/fragments/searchknockout/ko/glossary_controller.js"
…      defer="defer"></script>
48859
48860    <script src="/acs/fragments/searchknockout/ko/events_controller.js"></script>
48861
48862    <script src="/acs/fragments/searchknockout/ko/resources_controller.js"
…      defer="defer"></script>
48863
48864    <script src="/acs/fragments/searchknockout/ko/search_controller.js"></script>
48865
48866    <script src="/acs/fragments/searchknockout/ko/office_controller.js"
…      defer="defer"></script>
48867
48868    <script src="/acs/fragments/searchknockout/ko/promo_controller.js"></script>
48869
48870    <script src="/acs/fragments/searchknockout/ko/related_controller.js"></script>
48871
48872    <script src="/acs/fragments/searchknockout/ko/default_scripts.js"></script>
48873
48874    <script src="/acs/fragments/searchknockout/scripts/prettyphoto.min.js"></script>
48875
48876    <script
…      src="/acs/fragments/searchknockout/scripts/prettyphototemplate.js"></script>
48877
48878
48879
48880
48881
48882    </html>
48883
48884
48885    ***************************************************
48886    The following data is from castlerockhospital_org-20160909-gtm_js_id_GTM-Z6TQ.txt
48887    ***************************************************
48888    // Copyright 2012 Google Inc. All rights reserved.
48889    // Container Version: 213
48890    (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
…      eval(s);};;})(window,'google_tag_manager');(function(){
48891
48892
48893
48894
48895
48896    var __cegg;(function(){var
…      a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
…      isVendorTemplate=!0})(function(b){try{var
…      c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else{b[""]&&(C.
…      CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
…      e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
…      .net"+e+"?"+Math.floor(new Date).getTime()/
48897    36E5),b["55"],b["56"]);a[c]=!0}else w(b["56"])}catch(f){w(b["56"])}}})})();var
…      Ba=this,Ca=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a){if(a instanceof
…      Array)return"array";if(a instanceof Object)return b;var
…      c=Object.prototype.toString.call(a);if("[object
…      Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
…      a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
…      a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
```

```
Function}}=c||"undefined"!=typeof a.call&&"undefined"==typeof
a.propertyIsEnumerable&&!a.propertyIsEnumerable("call")}return"function"}else
return"null"==
else if("function"==b&&"undefined"==typeof a.call)return"object";return
b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
var Ea=/\[object
(Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
b?b[1].toLowerCase():"object"},Ga=function(a,b){return
Object.prototype.hasOwnProperty.call(Object(a),b)},Ia=function(a){if(!a||"object"!=Fa
(a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
(a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
a);return void 0===
b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
a)if(Ga(a,d)){var
e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):Ia(e)?(Ia(c[d])|
|(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Nb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
(function(){var a=function(a){return toString:function(){return
a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a("")
;Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
("");qb=a("");rb=a("");sb=a("");tb=a("");
ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
);Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
ec=a("");fc=a("16");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a(""
);nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
"24");Ec=a("");Fc=a("");Gc=a("25");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a("")
;
Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
33");cd=a("");dd=a("");
ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
=a("");Ad=a("");Bd=a("");
Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
=a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
");
Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
=a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
"45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
Se=a("");Te=a("");Ue=a("50");Ve=a("");We=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
$e=function(){},N=function(a){return"function"==typeof
a},af=function(a){return"[object
Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
(a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
Math.round(Number(a))||0},ha=function(a){return"false"==
String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
```

```
48916  Date;gf=function(a,b){if(!b[a]||!b[a][b]||a.bya=0,5=2.4748647;return
   …   Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
   …   hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
   …   function(a){return
   …   this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
   …   0!==this.get(a)};
48917  var jf=function(a,b,c){try{if(!a[gd])return
   …   a[Gc](a,b||$e,c||$e);c&&c()}catch(d){}return!1},kf=function(a,b){function
   …   c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
   …   d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
   …   f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
   …   function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
   …   function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
   …   b=0;b<a.length;b++)a[b]()},of=I().getTime(),ka=function(){return"gtm"+
48918  of++},ma=function(a,b,c){return
   …   a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
   …   prototype[b];a.prototype[b]=c},qf=function(){return null!==a&&void 0!==a&&void
   …   0!==a.length},rf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
   …   c=a.g;a.s&&(a.s.Ga(c,b))?Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
   …   ){return b(a,d)?-1:b(d,a)?1:0})};var
   …   H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
   …   0===d||c?b:d;return
   …   H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
   …   a){var
   …   b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
   …   ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
   …   .readyState
   …   in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
   …   d=R.createElement("script");d.type="text/javascript";
48919  d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
   …   c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
   …   visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
   …   c},G=function(a,b,c){var d=new
   …   Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
   …   null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
   …   !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
48920  0)},ra=!1,sa=[],xf=function(a){if(!ra)var
   …   b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
   …   |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
   …   e=0;e<sa.length;e++)sa[e]()}sa.push=function(){for(var
   …   a=0;a<arguments.length;a++)w(arguments[a]);return
   …   0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
   …   xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
   …   b=R.getElementById(a);if(b&&Gf(b,"id")){var c=a;for(var
   …   c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
48921  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
   …   a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(){return
   …   a.target||a.srcElement||{}},wa=function(a){var
   …   b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
   …   b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
   …   c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
   …   e=a,d=0;e&&!c(String(e.tagName).toLowerCase()||&&100>d;d++)e=e.parentElement;e&&!c[
   …   String(e.tagName).toLowerCase()]&&
48922  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
   …   a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
   …   b=a.location.href,c=b.indexOf("#");return
   …   0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
   …   console.log(a)};var Of=function(a,b,c,d,e){var
   …   f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
   …   switch(b){case "protocol":f=g;break;case
   …   "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
   …   h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
   …   "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"=="g?80:"https"=="g?443:"
   …   "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
   …   k=f.split("/");0<=df(d||[],k[k.length-
48923  1])&&(k[k.length-1]="");f=k.join("/");break;case
   …   "query":f=a.search.replace("?","");if(e)a:{for(var
   …   m=f.split("&"),l=0;l<m.length;l++){var
```

Page 1360

```
48923    n=m[f].split("=")[1];return decodeURIComponent(n[0]||n.replace(/\+/g,"
     ... ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
     ... 0)break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
     ... f},Pf=function(a){var
     ... b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
     ... b},xa=function(a){var b=R.createElement("a");
48924    a&&(b.href=a);return b};var ca=function(a,b){var
     ... c=function(){};c.prototype=a.prototype;var d=new
     ... c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
     ... b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
     ... c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
     ... e=b[d]&&b[d].toLowerCase();if(e){var
     ... f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
     ... return!0}}return!1},ga=function(a,b,c){for(var
     ... d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
     ... &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
     ... aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
     ... 0===C[a]||c&&!C[a])&&(C[a]=b);return
     ... C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
     ... hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
     ... J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
     ... c=Rf,a=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
     ... c}return Qf.get(a)},Sf=function(a,b){for(var
     ... c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
     ... c};var Uf=new
     ... RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
     ... customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
     ... nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
     ... customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
     ... nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
     ... nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts"],
     ... customScripts:["html"],nonGooglePixels:["customPixels",
48925    "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
     ... customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
     ... Xf=function(a,b){for(var
     ... c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
     ... c},Yf=function(){var a=J("gtm.whitelist");
48926    var
     ... b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
     ... &H.location.hostname)&&(c=ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
     ... d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
     ... 0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a)){if(0<g.b&&0<g.b.length)for(var
     ... k=0;k<g.b.length;k++){if(0>df(b,
48927    g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
     ... l;if(!(l=0<=df(d,g.a))){a:for(var n=g.b||[],q=new
     ... hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
     ... break a}l=!1}m=l}return e[g.a]=h||m}};var _jsm=function(a){if(void 0!==a[Uc])try{var
     ... b=H.google_tag_manager;return
     ... b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
     ... _c=function(a){return a[Ue]};_c.a="c";_c.b=["google"];var tf=function(a){var
     ... b=R;return Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
     ... ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
     ... catch(a){}var Zf=$f;var bg=void 0,cg="",dg=0,eg=void 0,_et=function(a){var
     ... b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg==c&&cg==d&&dg>e-250)b=eg;else
     ... {var f;if(c){var g=c.innerText||c.textContent||"";g&&
     ... "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
     ... \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
     ... b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
     ... b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(b);return
     ... b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
     ... La}};_e.a="e";_e.b=["google"];var
     ... fg=/^(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
     ... (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
     ... e=b[d].split("=");if(f&&f==a){var
     ... g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
     ... c},ha=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
     ... 1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+"
     ... ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
```

```
48928 R.cookie||0=df(lata7,b)},ig=function(a){if("none"==a)return
    … 0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
    … b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
    … indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
    … var
    … a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
    … none"];for(var
    … b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b},var
    … lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
    … a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a},var
    … mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
    … ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
    … c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
    … W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
    … hf},rg=function(a,b,c){b&&(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
    … )))},sg=function(a,b){for(var
    … c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
    … c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
    … b=[],c=0;c<a.h.length;c++){var
48929 a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
    … b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
    … 864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
    … a=[],b=0;b<this.h.length;b++){var
    … c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
    … +"."+a.join("!")};
48930 var vg=function(a,b){var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
    … g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
    … length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
    … hg("_gaexp",a.toString(),a.W,a.da,c);for(var
    … h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
    … lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},og=function(a
    … ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
    … g=wg(a,d[f]);g&&e.push(g)}sf(e,
48931 function(a,d){var e=a.D,f=d.D;return
    … e.f==f.f&&e.j==f.j?1:e.f==b&&e.j==c?0:f.f==b&&f.j==c?1:e.f==b?f.f!=b||e.j<f.j:f.f=
    … =b?1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
    … .length?e[0].D:new
    … lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
    … c=b.match(/GAX1\.([^.]+).(.*)/);if(c){var d;a:{var
    … e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
    … f=ef(e[0]);if(0!=f.length){var g=2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
    … lg(O(f),O(g)):void 0;
48932 break a}}d=void 0}if(d){for(var h=new
    … ng(d,a.da,a.W),k=(c[2]||"").split("."),m=0;m<k.length;m++){var
    … l=k[m].split(".");if(3==l.length)if(!cf(l[1]))return;rg(h,l[0],new
    … mg(l[2],O(l[1]))))}return h}}};var _v=function(a,b){var
    … b=J(a[md].replace(/\\\./g,"."),a[Ub]);return void
    … 0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
    … gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
    … b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
    … b};_f.a="f";_f.b=["google"];var ea=function(a){var
    … b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
    … d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);return
    … f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
    … 0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
    … _eq=function(a){return String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
    … _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
    … 0)).test(a[$a])};_re.a="re";_re.b=["google"];var
    … Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
    … Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
    … b=!1;return function(){if(!b&&a()&&(mf(a)),b=!0}},Xg=function(){var
    … a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
    … if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
    … d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
    … 0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
    … 0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
48933 n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
    … 0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){
```

```
48933   x=v||offset("gtm.uniqueEventId",++Aj);Ha(str="gtm.uniqueEventId+a.%x),Aj)}val
        z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
        eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
48934   }La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
        b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end){b["GTM-Z6TQ"]=!1;var
        c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
48935   b.end=null)}catch(e){}return a};var
        Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
        function(c){c=c||H.event;var
        d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
        e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
        shiftKey||c.altKey||!0===c.metaKey);var
        f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
        d){var
        g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
        g={},k,m=dh(f,
48936   ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
        |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=gh(d,g)||e,
        !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
        c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
        f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
        ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
        "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
48937   "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
        .eventReporter=function(a){c.eventReport=a};break;case
        "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
        (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
        eventReport=a};break;case
        "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
        formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
        default:return!0}return Qg(g)},
48938   jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
        b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
        "a":case "area":case "form":b="_self";return b},gh=function(a,b){var
        c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
        "":case "_self":case "_parent":case "_top":var
        f,f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
        "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
48939   "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
        default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
        =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
        function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
        c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}},kh=function(a,b,
        c){return function(){if(b.simulateDefault)if(b.targetWindow){var
        d;b.targetWindowName&&
48940   (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
        targetWindowName&&(a.target=d)}else
        c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
        {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
        e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
        f=e;if(!f||"0"==f){if(a.is!=f)if(d.f=="0")var
        g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
        ){if(b.wnc["0"]||b.wc["0"])return!0;
48941   for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
        d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
        f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
        a,b,c,d,e){var f,g,h=!1;switch(a){case
        "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
        function(){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
        "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location);nh($g,b||!1,c||!1,d,e);if(R.
        gtmHasLinkClickListenerTag)return;
48942   R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
        "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
        gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
        h)},ch=function(a){if(!Zg)return!0;var
        b=a.indexOf("#");if(0>b)return!0;if(0==b)return!0;var c=xa(a);return
        Zg==Pf(c);,mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
        a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
```

Page 1363

```
48942... a.gtmReplaceFormSubmit;
48943   R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
...     R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
...     xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
...     c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
...     c.join("")}};yh.prototype.toString=function(){return
...     this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
...     zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
...     b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
...     Ch=String.prototype.trim?function(a){return a.trim():}:function(a){return
...     a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
...     Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
...     V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
...     "]=function(){};var Jh=function(a,b){var c=Ih;return
...     Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
...     Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
...     .toLowerCase().indexOf("webkit")&&!V("Edge"));var
...     Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
...     ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
...     Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
...     )||V("iPad")||V("iPad");V("iPod");
48944   var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
...     Th="",Uh=function(){var
...     a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
...     if(Lh)return/\b(?:MSIE|rv)[:
...     ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
...     )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
...     Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
48945   var Wh=Sh,Ih={},Xh=function(a,function(){for(var
...     b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
...     length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
...     k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
...     if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
...     1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
...     3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document,
48946   Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
...     $h;if(!($h=!Oh&&!Lh)){var
...     ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
...     va=function(a,b){var
...     c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
...     var d="<!DOCTYPE html><html><head><script>var
...     inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
...     if(di){var
...     e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
...     ei(a,d),ci=Ph&&"srcdoc"in
...     document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
...     Xh(10)&&6>fi()&&gi()&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
48947   b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
...     ,c):c()},fi=function(){var
...     a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
...     a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
...     d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
...     b}catch(e){}d=!1}b=d}catch(e){b=!1}return
...     b}catch(e){return!1}},ji=0,ii=function(a,b){var
...     c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
...     {document.domain = \""+
48948   document.domain+'";var continuation = window.parent.'+c+'";window.parent."+c+" =
...     null;continuation();})()\x3c/script>'"},gi=function(a){for(var
...     b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
...     b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
...     String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1=b.length%2&&(d[c]=b
...     .charAt(b.length-1));return d.join("")};/*
48949    Copyright (c) 2014 Derek Brans, MIT license
...     https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
...     simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
48950
48951   var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};for(var k in
...     b)b.hasOwnProperty(k)&&(g.gb&&(g["fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
```

Case 5:16-cv-01282-EJD Document 115 Filed 10/14/16 Page 1387 of 4682

```
48951  h=(comment:/^\x3c!--/,atomicTag:!0,chars:/^</i,startTag:/^</(script|style|noscript|iframe|
       textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(){var
       b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
       function(){var
       b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
       b=n.startTag();

48952  if(b){var c=a.slice(b.length);if(c.match(new
       RegExp("</\\s*"+b.tagName+"\\s*>","i")))){var d=c.match(new
       RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
       .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
       b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
       k=c||e||g||f.test(b)&&||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
       textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
       chars:function(){var b=

48953  a.indexOf("<");return{length:0<=b?b:a.length}}},q=function(){for(var b in
       h)if(h[b].test(a)){var c=n[b]();return
       c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
       function(){var
       b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
       =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[];d.Qa=function(){return
       this[this.length-1]};d.ua=function(a){var b=this.Qa();return
       b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.qb=

48954  function(a){for(var b=0,c;c=this[b];b++)if(c.tagName===a)return!0;return!1};var
       e=function(a){a&&"startTag"===a.type&&a.Y=b.test(a.tagName)||a.Y);return
       a},f=q,k=function(){a="</"+d.pop().tagName+">"+a},h={startTag:function(b){var
       e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
       &&d.qb(e)?d.ua(e)?k():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b),endTag:function(a)
       {d.Qa()?g.tb&&!d.ua(a.tagName)?k():d.pop():g.tb&&(f(),l())}},l=function(){var
       b=a,c=e(f());a=b;if(c&&

48955  h[c.type])h[c.type](c)};q=function(){l();return
       e(f())}}}}();return{append:function(b){a+=b},Hb:a,nc:function(){for(var
       b;(b=q())&&(!a[b.type]||!1!==a[b.type](b)););},clear:function(){var b=a;a="";return
       b},oc:function(){return a},stack:[]}}var b=function(){var
       a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
       P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc2===b.childNodes.
       length;return
       a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=*\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
       +))?)*)\s*(\/?)>/,

48956  d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)"
       )|(?:'((?:\\.|[^'])*)')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
       ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
       =function(a){var
       b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
       a.tagName+">"},atomicTag:function(a){return
       b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
       in a.m)var d=a.m[c],

48957  b=b+(" "+c+'='+'"'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
       b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
       b[a.type](a)};a.ec=function(a){var b={},c;for(c in a){var
       d=a[c];b[c]=d&&d.replace(/(^|[^\\])"/g,'$1\\"')}return b};for(var g in
       b)a.lb=a.lb||!b[g]&&g;ki=a})();(function(){function a(){}function b(a){return void
       0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
       0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}

48958  function e(a,b){d(b,function(b,c){a[b]=c});return a}function
       f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
       g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
       h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(a){return a},done:a,error:function(a){throw
       a;},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
       a(a,c,d){var e="data-ps-"+c;2==arguments.length?var f=a.getAttribute(e);return
       b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,

48959  d):a.removeAttribute(e)}function f(b,c){var
       d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
       "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]});a(this.Ba,"
       proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
       a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
       a?this.pb(a):this.Ja(a)};f.prototype.pb=function(a){var
       b={type:"function",value:a.name||a.toString()};this.za(b),a.call(this.Z,this.L),this.
       Sa(b)};
```

```
48960  f.prototype.Ja=function(a){this.E.append(a)};for(var
   ··  b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
   ··  b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
   ··  b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);this.Qb(c);d&&this.ub(b)
   ··  ;e&&this.vb(b)};f.prototype.Qb=function(a){var
   ··  b=this.mb(a);b.La&&(b.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
   ··  };f.prototype.mb=function(a){var
   ··  b=this.pa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m){if(!/^noscript
   ··  $/i.test(a.tagName))){var c=
48961  b++;e.push(a.text.replace(/(\/?>)/,"  data-ps-id="+c+"
   ··  $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
   ··  .tagName+"  data-ps-proxyof="+c+(a.Y?'  />':">"))}}else
   ··  e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ia:a,raw:d.join(""),La:e.
   ··  join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
   ··  c,d=[this.Ba];b(c=d.shift()));){var
   ··  e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
   ··  f=c.parentNode&&a(c.parentNode,"proxyof");f&&
48962  this.pa[f].appendChild(c)}d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
   ··  function(a){var
   ··  b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
   ··  this.ca=a:this.za(a);var
   ··  c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
   ··  b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.$b||"text/css";this.Rb(a)
   ··  ;b&&this.write()};f.prototype.Rb=function(a){var
   ··  b=this.ob(a);this.Ab(b);a.content&&b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
   ··  content:b.appendChild(this.L.createTextNode(a.content)))};
48963  f.prototype.ob=function(a){var
   ··  b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
   ··  .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
   ··  id="ps-style"/>');var
   ··  b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
   ··  function(a){a.Fb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Sa=function(a){a!==
   ··  this.X[0]?this.options.error({message:"Bad script nesting or script finished
   ··  twice"}):(this.X.shift(),this.write.apply(this,
48964  a.Fb),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
   ··  function(a,b){var
   ··  c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
   ··  function(){b();e()}));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
   ··  )}};f.prototype.nb=function(a){var
   ··  b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
   ··  &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
   ··  id="ps-script"/>');var b=this.L.getElementById("ps-script");
48965  b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
   ··  c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
   ··  d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
   ··  (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
   ··  e={message:"remote script failed
   ··  "+a.src};c();d(e);b()}})};f.prototype.Kb=function(a){return!/^script$/i.test(a.
   ··  nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
   ··  f}();k.ja=function(){function b(){var a=
48966  m.shift(),b;a&&(b=a[length-1],h.ab(),a.stream=a.apply(null,a),b.bb())}function
   ··  c(c,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
   ··  l(c,h);x.id=d++;x.name=h.name||x.id;var
   ··  m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
   ··  close:a,open:a,write:function(){return
   ··  k(g(arguments).join(""))},writeln:function(){return
   ··  k(g(arguments).join("")+"\n")}});var
   ··  q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
   ··  "+b+":"+c});q.apply(x,Z,arguments)};x.write(f,
48967  function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
   ··  d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
   ··  e&&(e={done:e});e=f(e,h);c=/^#/.test(c)?document.getElementById(c.substr(1)):c.hc?c
   ··  [0]:c;var
   ··  g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[l]=a}};e.hb(g);m.push(g
   ··  );x||b();return c.ja},{qc:{},mc:m,ac:l})}}();qa=k.ja})();
48968  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
   ··  e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
   ··  gtmscript"==e.type){var
```

```
48968  g=R.createElement("script"),g.async=!0,g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild))}

48969  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
       d=pa;d.postscribe||(d.postscribe=qa);var
       f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
       ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)}};ra?d():sa.push(d)};
       var ni=function(a,b,c){if(R.body){var d=

48970  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
       a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
       H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
       customScripts"];

48971  var zi=function(a,b,c,d){var e=b+": "+c+(d?"
       !important":""),f=document;if(f.createStyleSheet){var
       g=wi(f),h=g.rules.length;g.addRule(a,e);return
       function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
       k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
       function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
       b=a.styleSheets.length-1,0<=b;b--){var
       c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
       return Ai=c}0==a.styleSheets.length&&

48972  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
       c=(b||document).createElement("style");void
       0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
       c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
       body.parentNode.insertBefore(d,c.body))d.appendChild(a)};var Hi={},Ii=void
       0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
       0,Ca:!1},Hi[a]=b);Ii=b},Li=function(a,b,c,d){var e=Ti;if(!Zf||!e)return!1;var
       f={id:e.id+":"+u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
       null===a?(f.S=!0,b(null)):Ki(e);return!0};var Mi=function(a){for(var
       b=zi(a,"visibility","hidden",!0);return

48973  function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
       f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
       c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
       c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
       .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
       Ki(a)})},U(R,"DOMContentLoaded",a.ya))):Pi(a)}},Pi=function(a){for(var
       b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
       d=tf(c.F.w)||[],e=0;e<d.length;e++){var
       f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
       Ri(f,c.id)))}}},Oi=

48974  function(a,b){var c=[];if(b.F){var
       d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
       g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
       .na.o))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!|a||null==b.F.o||b.F.o!=b.qa+c
       .length))return!1;for(var k=0;k<c.length;k++){var
       m=c[k].element,l=c[k].Lb,n;b.ya+=Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
       q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
48975  b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
       gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
       function(){a.gtmProgressiveApplied&&delete
       a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
       c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
       f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
       ;d.push(f)}}return
       d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
       return!1};var _cl=function(a,b){qh("CLICK");w(b)};_cl.a="cl";_cl.b=["google"];var
       Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};

48976  var jj=function(a,b,c){var
       d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
       doubleclick.net/activityi")+";src="+d(a[Sa])+";type="+d(a[Hc])+";cat="+d(a[Ra]);a[Te]
       &&(e+=";u="+d(a[Te]));a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
       f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
       a&&(e+=";num="+d(a[wd]));if(a[qc]){var
```

```
48976  h=a[c[0]][1];if(yf(h.length)){c=Y.www.gstatic.com/attribution/collection/
       attributiontools.js",function(){jj.Da(a,e,h,
48977  b,c)},c);return}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
       f={},g=0;g<c.length;g++){var
       h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
       k=[],h.k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e)};jj.V=function(a,b,c,d){var
       e=ea({});!a[Qe]&&e&&(";!=!a.charAt(b.length-1)&&(b+=";"),b+="~oref="+
       encodeURIComponent(e));(a[Qe]?G:da)(b+"?",c,d)};var
       _flc=jj;_flc.a="flc";_flc.b=[];var Kj=function(a){var
       b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
       b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
48978  var Lj=function(a){var b=function(b){b=b||H.event;var
       c=a.call(this,b);b.returnValue!=1!==c&&(b.returnValue||void 0===b.returnValue);return
       c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
       c=ma(a,Xe,!0),d=ma(a,wb,!0),e=O(a[Ye]);0>=e&&(e=2E3);var
       f=ma(a,Ke,"");ja("LINK_CLICK",!1c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
       gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
       b=If(a);b;)b.onclick&&b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),
48979  b=b.parentElement}};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a
       .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=493,hk=[],ik=[],jk=[],kk=new
       hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
       this.I.push([a,b]);return this};mk.prototype.resolve=function(a,b){for(var
       c={},d=0;d<this.I.length;d++){var
       e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
       ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
       c=jk[this.index];if(c&&!b(c)){var
       d=c[Rc];if(d){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
       jf(c)}};
48980  var _M=function(a){return new
       ok(a)},pk=function(a){this.resolve=function(b,c){for(var
       d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
       e?new yh(d):d.join("")}},_T=function(a){return new
       pk(arguments)},qk=function(a){function b(b){for(var
       c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
48981  function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&(8)&&b(16)){if(e===xg)return
       e;var
       f=ka();kk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
       e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
       qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
       pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
48982  [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
       d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
       d},sk=function(a,b){for(var d=[],c=0;c<a.length;c++)d[c]=sk(a[c],b);return
       d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
       e=c[d]=c[d].split(":");
48983  0==a&&(e[1]=hk[e[1]]);if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
       h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);
       if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
       k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
       c},tk=function(a){var b=[];if(!a)return b;for(var
       c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var
       f;f=65<=e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95>=e==e?63:48<=e?e-48+52:
48984  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
       );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
48985  var
       Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
       Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
       b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
       .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la);rf(b,1)}if(Na[a])for(var
       e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
       c=b.s.event,d=b.g;}b.complete||
48986  nf(b.fa);rf(b,2);if(Na[a])for(var
       e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
       Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
```

Page 1368

```
48986  =[],this.ud=this.ta={},this.wa={},this.Ga={},this.event=a},kk.prototype.addListener=
       function(a){this.wa.push(a)};
48987  var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
       0==e&&(e=[]);void
       0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
       .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=U++;var
       g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
       ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){
       var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
       rk&&a[g].v===
48988  d||a[g]===d){f=g;break
       a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),l==a.length&&(c=!0)):e?(a.
       splice(f,1),l==a.length&&(c=!0,b())):c=!0)}},Rk=function(a,b){var
       c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
       k=Pk(b,!0);0<k.length&&e(k[0].v),c.push(f);var l=Pk(b,!1);0<l.length&&e(l[0].v)}else
       d=
48989  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
       g=c[f],h=Pk(g.g,!0);if(0<h.length){var
       k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
       l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk
       =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
       af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
       b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
       b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
48990  f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
       d=a[c],e,g;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
       b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O,a[Jc]=b.N;var
       c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state,f=d?void
       0!==d:b.Va||b.do,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
       0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
       0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
       h&&0==e||k&&0==d?Na[c].push:b:h&&l==e||k&&l==d?b.O():b.N()}},Uk=function(a,b){a=nk(a
       ,new hf,b);return a},Ok=function(a,b,c){var d=new
       Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
       _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
       function(){var
       d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
       a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
       c():c()},c)};_sp.a="sp";_sp.b="google"};
48991  var Zk=!1,_ua=function(a,b,c){function d(a){var
       b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void
       0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
       g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
       b=function(a,b,c){if(!la(b))return!1;for var
       e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[jc]?c
       =J("ecommerce"):
48992  a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var
       e=ma(a[Dc],"currencyCode",c.currencyCode);void
       0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
       promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
       promo_click",c.promoClick.actionField);return}for(var f="detail checkout
       checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
       h=c[f[g]];if(h)b("ec:addProduct",h,"products");d("ec:setAction",f[g],
       h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
48993  a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
       f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=(f=void 0)?b:e,f=d++)return
       d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
       H.GoogleAnalyticsObject,l=M(m(),function(){var
       a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
       n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
48994  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
       v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
       allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
       cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
       :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
       javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
48995  var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
       0!==a[Ya]&&d("set","anonymizeIp",a[Ya])||void
```

```
48995  0);g("nonInteraction",vd);g("contentGroup",a[cb]);g("dimension",a[rc]);g("metric",a[
       jd]);
48996  var D={};k(a[Dc],D,!1)&&d("set",D);var
       F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
       ]))a[Kc]();else{var
       c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b())});if(a[Be]){a[rc]&&(d("require","ec","ec.js"
       ),h());var
       E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
       (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
       if(a[Ee]){}else if(a[De]){}else if(a[$b]){}else if(a[Yb]){}else
       if(a[Ae]){a[rc]&&(d("require","ec","ec.js"),h());if(a[hc]&&!a[tc]){var
       P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
       ,void
       0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
       ,"linker");var
       ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
       }if(!Zk){var
       W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
48997  Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H(m()].
       loaded||c()},c)});_ua.a="ua";_ua.b=["google"];var $k,al;var jl=!1;var
       kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
       d=lk[b]&&nk(lk[b],new hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
       f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
       a[b]}},Ck=function(a,b){for(var
       c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
       e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
       b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
       "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
48998  for(var
       e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
       (e,oh[g])){f[g]=!0;for(var
       h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
       n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
       v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
       Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
       D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
       for(var E=[],
48999  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
       A=x.Oa[y],B=x.Ta[y],L=x.U;if(0!=A.length||B||L){if(0<A.length)for(var
       S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
       rk&&A[P].v!=y&&Mk(x,A[P].v,S);if(B||L)&&Rk(x,y)}else
       E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
       ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
       pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!==rd&&(1===rd&&void
       0!==pb.s.Ga[nb]||2===rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
       0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
49000  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
       pd=W[Ia];!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
       1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
       wj=Number(wc),na=yf,zf=nj;if(na){var
       zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
       Af=Qk(zf);Ik(na,Af);var
       Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
       Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
49001  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
       resolvedTags:e.P});
49002  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
       Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc])){var Cj=Bj[Rc];Df=!("function"!=typeof
       String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
       if(Df)return!0}return!1;}var ml={macro:function(a){if(kk.contains(a))return
       kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
       callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
       za[a]};ml.jb=function(){var
       a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
       ml);pa=a};(function(){var a=function(a){var
       b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
       ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
49003  hk.push.apply(hk,function(){for(var a=[_jsm,'CID','(function(){try{var
```

49003… a\x5dfa.getById(ntd);return a.get(\x22cientid\x22)}catch(b){return
… console.log(\x22Error fetching
… clientId\x22),\x22n/a\x22}})();',_T(2),_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
… 'gtm.js','56933_1',_sp,'1001982034','','yH_WCJae6wMQOpDk3QM',4,'.*avistahospital\\.
… org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,'
… UA-6319752-3',false,'All Clicks','destination -
… ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
… ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
… ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
… url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
… 47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
… classes','gtm.elementClasses',_M(6),'url
… path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
… ','element
… id','gtm.elementId',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
… castlerockhospital.org','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
… 21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
… 40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
… 44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
… :32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
… :47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
… 105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
… -6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
… 6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
… /','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
… summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
… 46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
… 45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
… 32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
… ,43:32,44:38,45:40,46:21},142,'centura.org','56933_88','UA-6319752-1','Click
… URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
… *avistawomenshealth\\.org.*','56933_89','UA-6319752-36',{41:154},145,'.*orthocolorado
… \\.org.*','56933_46',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
… -6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
… 168},157,'tel','gtm.linkClick','_triggers','gtm.triggers','',2,_M(10),'(^$|((^|,)
… 56933_107($|,)))','56933_107','UA-6319752-30','Phone
… Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
… 6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
… , avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
… healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
… Text',_M(11),'Directions','.*coloradojoint\\.org.*','56933_108',{41:168,42:47,43:198,45:37,
… 46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
… 56933_110','Outbound
… Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
… 25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
… 32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-35
… ',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118',170,'directions','56933_120
… ',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
… 56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
… 56933_127','UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
… destination
… -',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
… ','56933_128','UA-25740293-46','Click Text-','  Click
… URL-',_T(245,197,246,7),'56933_132',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
… 175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
… text - ',_T(256,197),'click origin -
… ',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
… org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
… '_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
… *','56933_137','UA-25740293-57','destination -  - ','  -
… ',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
… Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
… click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144',
… 'UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
… org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
… 46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
… 41:306,42:47,43:32,44:199,45:40,46:31},194,'araceawomenscare.org','56933_148','UA-
… 25740293-18','origin -

Page 1371

', 't', 41:719,41:314+42:47, 43:43:27,44:95:51:40, 46:31', 295, 'CmpgnEditorSplhe', '
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\:\\/\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\\x3ca
class\\x3d\x22cafewell\x22
href\\x3d\x22https://www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\\x3e\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
src\\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
x3e\x3c/a\\x3e\x27).insertAfter(\x22#page-home
.content-box\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d0!0,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d!0;var
a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3dc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3d\nsetTimeout(\x22_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\x3d\x22+e+\
x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none
!important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3ddff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,

49003… │ trackFacebook:!0,trackSocial:!0,configSocial:{facebook\x22\x3d4\x3d439889\x22},
… │ useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
… │ useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
… │ type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
… │ jQuery){var
… │ a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
… │ \x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
… │ b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
… │ })();\x3c/script\x3e\n\n\x3cscript
… │ type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
… │ _vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
… │ a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
… │ \x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
… │ b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)
… │ })();\x3c/script\x3e\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
… │ a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
… │ \x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
… │ b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)
… │ })();\x3c/script\x3e\n\x3cscript
… │ type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
… │ _vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
… │ doubleclick.net/dc.js\x22:(\x22https:\x22\x3d\x3ddocument.location.protocol?\x22https
… │ ://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
… │ a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
… │ \x3d!0;a.src\x3d_vj.useSrc;var
… │ b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)
… │ })();\x3c/script\x3e\n\x3cscript
… │ type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
… │ script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
… │ staging?\n\x3c/style\x3e',42,'\x3cimg
… │ src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
… │ width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
… │ src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
… │ x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
… │ border\x3d\x220\x22\x3e',45,'\x3cimg
… │ src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
… │ x3dmarketing\x22\x3e',46,'\x3cimg
… │ src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
… │ x3dhomepage\x22\x3e',47,'\x3cimg
… │ src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
… │ x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
… │ ebRand\x3dMath.random()+\x22\x22,ebRand\x3d1E6*ebRand;document.write(\x27\\x3cscript
… │ src\\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\\x3das\\x26amp;
… │ ActivityID\\x3d139619\\x26amp;rnd\\x3d\x27+ebRand+\x27\x22\x3e\\x3c/script\\x3e\x27)
… │ ;\x3c/script\x3e\n\n\x3cnoscript\x3e\n\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
… │ style\x3d\x22border:0\x22
… │ src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
… │ ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
… │ data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
… │ ,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
… │ ,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
… │ 56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
… │ data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
… │ data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
… │ data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
… │ 56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
… │ '\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
… │ 56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
… │ type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async

49003... data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22

type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
'56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
\.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
\.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'
,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','
56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
\x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
','56933_146','\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d)})(window,document,\x22script\x22,\x22//connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221056236717768461\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d1056236717768461\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','
56933_151','\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d)})(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221062224180523700\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d1062224180523700\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d)})(window,document,\x22script\x22,\x22https://connect.

49003… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22523780987064\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https:\/\/www.facebook.com/tr?id\x3d1752378098370464\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',203,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https:\/\/connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221067579596645006\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https:\/\/www.facebook.com/tr?id\x3d1067579596645006\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https:\/\/connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22889530421148884\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https:\/\/www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https:\/\/connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221221948561190906\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https:\/\/www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,'_f,'referrer',_c,'ga tracking
… code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
… Target','gtm.elementTarget','Error
… Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
… b}());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
… ,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
… 31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
… 30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
… 30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
… 77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
… 96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
… 113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
… 0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
… 146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
… ,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
… :174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
… :191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
… 202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
… 219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
… 235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
… :257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
… 34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
… :288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
… :302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
… 319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
… 335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
… 45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
… :372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
… ,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
… :412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
… 27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
… 446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
… 459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
… 470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,

43:488,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:498,27:499,43:500,7:501,27:
503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAAAY,
AAAAAEAIAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
AAAAAEAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
;vk(lk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAC,
ABAQAAAAAAg,ABAQAAAAAAAI,ABAQAAAAAAAAC,ABAQAAAAAAAAAB,ABAQAAAAAAAAAQ,
ABAQAAAAAAAAAAE,ABAQAAAAAAAAAAB,ABAQAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAM,
AkAAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAM
,ABAQAAAAAAAAAAAAAAAAAQ,IAACAAAAAAAAAAAAAAEAAAI,
IAAAAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAB,
ABAQAAAAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAAEAAAC,
IBACAAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAQ,
IAAAAAAAAAAAAAAAAAEAAAAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAAg,
ABAQAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAC,
ABAQAAAAAAAAAAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAE,
AkAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAQ,
IBAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAE,
IgACAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAQ,
IBACAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAg,
IBACAAAAAAAAAAAE,
IBACAAAAAAAAAAAE,
IBACAAAAAAAAAC,
IBACAAAAAAAAQ,
AFAAAAAAAAAC,
IAAAAAAAAAAE,
IAAAAAAAAAI,
IBACAAAAAAAB,
IBAAAAAAAAE,
IBAAAAAAAg,
IBAAAAAAE,
ABAQAAAAg,

49003…  ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");vk(Y
…  ,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
…  AAAA6j3AAAAAAH,AAAA6j3AAAAAAwB,AAAA6j3AAAAAA8,AAAA6j3AAAAAAAAO,AAAA6j3AAAAAAAAgD,
…  AAAA6j3AAAAAAAA4,AAAA6j3AAAAAAAAAAO,AAAA6j3AAAAAAAAgD,AAAA6j3AAAAAAAAAAA4,
…  AAAA6j3AAAAAAAAAAAe,AAAA6j3AAAAAAAAAAAAH,AAAA6j3AAAAAAAAAAAAAwB,
…  AAAA6D3AAAAAAAAEAAAAAAkD,AAAAaAUAAAAAAAAEAAAAAA4H,AAAAaAUAAAAAAAAECAAAAAAwy,
…  AAAAaAUAAAAAAAAEAAAAAAAwCO,AAAAaAUAAAAAAAAEAAAAAAAwCgD,AAAA6BUAAAAAAAAEAAAAAAAAACAAg_,
…  AAAAaAUAAAAAAAAEAAAAAAAQCAAAA_,AAAA6BUAAAAAAAAEAAAAAAAACgAAIAgH,
…  AAAA6B0AAAAAAAAEAAAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAAAAAAAA4,
…  AAAA6j3AAAAAAAAAAAAAAAAAAACAAAAAAD,AAAA6D3AAAAAAAAAAAAAAACAgAAAAAAAAAA4,
…  AAAA6j3AAAAAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAAc,
…  AAAA6D3AAAAAEAAAAAAAAAAAAAAAAAED,AAAA6B0AAAAAAAEAAAAAAAAAAAAIAAAAA4H,
…  AAAA6D0AAAAAAAEAAAAAAAAAAAAIAAAAAAwH,AAAA6B0AAAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
…  AAIAAAAAAAAAEAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAgP,
…  AAAA6B0AAAAAABEAAAAAAAAAAAAMAAABAAAAAAAAAH,
…  AAAA6D3AAAAAAAEAAAAAgAAAAAAAAAAAAAAAAAAwB,
…  AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAA8,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAP,
…  AAAA6D1AAAAAAAEAAAAAgAAAAAIAAAAAAAAAAAAgD,
…  AAAA6D0AAAAAAAEAAAAAgAAAAAIAAAAAAAAAAAAA4B,
…  AAAA6D3AAAAAAAEAAAAAgAAAAAAAAAAAAAAAAAc,
…  AAAA6B0AAAAAAAEAAAAAAAAAAAIAAAAAAAAAAAAgAgP,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-A,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,

Page 1377

```
49003… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAy,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAgB,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAM,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAw,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAD,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAEE,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAY,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgC,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAM,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAD,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
  … AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAwB,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAM,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAgB,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAM,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAw,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQAAAAAAAg,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAD,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAc,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAgB,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAG,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
  … AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB");
  … vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
  … ABAAAAAAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
  … QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
  … QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAAAAI::,CAAAC:
  … AAAQAAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAABAAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
  … __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE::,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
  … QAAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
  … QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
  … AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAAB:AAAAAAAS::,QAAAAAAAC:
  … AAAAAAAE::,QAAAAAAAE:AAAAAAAI::,CAAAAAAAI:AAAAAAAAAE::,CAAAAAAAAQ:AAAAAAAAAAQ::,
  … CAAAAAAAg:AAAAAAAAAgAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAACACAg::,CAAAAAAAAC:
  … AAAAAAAAAAAA8::,CAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAAI:AAAAAAAAAAAAAAB::,
  … CAAAAAAAAAB:AAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
  … AAAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAgB::
```

49003 ,CAAAAAAAAAg::AAAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAg:AAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAB:
AAAAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAC:
AAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAg:
AAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAC:
AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
AAAAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAw:AAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAB:
AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAC:
AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAI:
AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAg:
AAAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAC:
AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAAI:
AAAAAAAAAAAAAAAAAAAAAB::,AE::AAAAAAAAQ:AAAAAAAAAAAAAAB,AEAAAAAAAg:::
AAAAAAAAAAAAAAAB");vk(ph,4,"14:,22.22:,28:,56:,60.60:,79.79:,84:,89:,94.94:,99:,104:,
109.109:,114:,119:,124:,129:,134:,139:,144:,153:,158.158:,162.162:,167.366.167:,179:,
185.185.324.326.328.330.332.334.336.338.340.342.344.344.348.350.352.358.369.371.373.
375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185:,200:,205:,210:,
214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
:,505:,509:,513:,516:,520:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
:,578:,:427,:429");for(var nl=0;nl<Y.length;nl++){var
ol=Y[nl],pl=1;ol[xd]?pl2=2:ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
0};Na[nl]=[]}ml.jb();
49004 (function(a){})("async");
49005 (function(){var
a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
c=a.push;a.push=function(){var
b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
49006 if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
documentElement.doScroll){var
xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
readyState?Mf():U(H,"load",Mf);
49007 (function(a){})("async");(function(){})();var
_vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
49008 })()
49009
49010 **********************************************
49011 The following data is from castlerockhospital_org-20160909-page_source.txt
49012 **********************************************
49013
49014
49015
49016 <!DOCTYPE html>
49017
49018 <html xmlns="http://www.w3.org/1999/xhtml">
49019 <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
name="viewport" content="width=device-width, initial-scale=1" /><link
rel="stylesheet" type="text/css"
href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+1553607519+
1088335530+1945865366+-914034194+-731554408+1064114300+-300771134+1985268503"
/><script type="text/javascript"
src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
Castle Rock Adventist Hospital</title>
49020 <meta name="description" content="Castle Rock Adventist Hospital's experts are
available for medical care 24/7.  Whether you need to visit our 24/7 Emergency Room,
schedule a 3D mammogram, need treatment for a sports injury or sleep disorder, visit
our neighborhood hospital for unparalleled medical care." />
49021 <link rel="stylesheet"
href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
49022

```
        <script
src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
        <!--[if lt IE 9]>
            <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
            <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
        <![endif]-->


        <!--[if (lte IE 9)]><!-->
        <link rel="stylesheet" href="/css/ie.css" type="text/css" />
        <!--<![endif]-->



        <!--Some text-->
        <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
src="/temp/wsol.js.header.v=285651389.js"></script>




        <script src="/js/countUp.js"></script>


<!-- Google Analytics -->
<script>
    (function (i, s, o, g, r, a, m) {
        i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
            (i[r].q = i[r].q || []).push(arguments)
        }, i[r].l = 1 * new Date(); a = s.createElement(o),
        m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
m.parentNode.insertBefore(a, m)
    })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');

    ga('create', 'UA-6319752-28', 'auto');
    ga('send', 'pageview');

</script>
<!-- End Google Analytics -->
    <script type="text/javascript">
        /*<![CDATA[*/
        (function () {
            var sz = document.createElement('script'); sz.type = 'text/javascript';
sz.async = true;
            sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
            var s = document.getElementsByTagName('script')[0];
s.parentNode.insertBefore(sz, s);
        })();
        /*]]>*/
    </script>


    <style>
        .survey-container {
            position: absolute;
            right: 0;
            bottom: 10%;
            border: 1px solid black;
            padding-top: 30px;
            padding-bottom: 15px;
            box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
            -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
            -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
            z-index: 10000;
            background: #FFF;
            position: fixed;
        }

        .close {
```

```
49086                       width: 24px;
49087                       position: absolute;
49088                       top: 3px;
49089                       right: 3px;
49090                       padding: 6px;
49091              }
49092
49093              .close {
49094                       height: 24px;
49095              }
49096
49097              .survey-container .btn {
49098                       border-radius: 0;
49099                       text-shadow: none;
49100                       text-transform: capitalize !important;
49101              }
49102
49103              .survey-container .btn:hover {
49104                       background-color: #CCC !important;
49105              }
49106
49107              @media screen and (max-width: 767px) {.survey-container
...   {left:10px;right:10px;}}
49108              </style>
49109
49110  <link rel="canonical" href="https://www.castlerockhospital.org/crh/home/" /><link
...   rel="canonical" href="http://" /><meta /></head>
49111  <body class='location-landing'>
49112       <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
...   https://wsol.accelo.com/?action=view_issue&id=980] -->
49113       <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
...   [jmayberry (WSOL) 8/31/2016] -->
49114       <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
49115   height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
49116   <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
49117   new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
49118   j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
49119   '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
49120   })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
49121       <!-- End Google Tag Manager -->
49122
49123       <form method="post" action="/CRH/Home/" id="aspnetForm">
49124  <div class="aspNetHidden">
49125  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
49126  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
49127  <input type="hidden" name="EktronClientManager" id="EktronClientManager"
...   value="-1759591071,1553607519,1088335530,1945865366,-914034194,-731554408,1064114300,
...   -1687560804,-1080527330,-1939951303,-569449246,-1793043040,1338359439,1743165108,
...   1531089627,-300771134,1985268503" />
49128  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
...   value="/
```

```
...   wEPDwUKMTA4ODc0ODU0OA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDVVBLTYzMTk3NTItMjhkAg
...   EQZGQWEAIDD2QWCmYPFgIfAAUqPGEgY2xhc3M9J3Rlc3QnIGhyZWY9Jy9DUkgvSG9tZS8nPkhvbWWU8L2E+
...   ZAIBD2QWBAIEDw8WBh4JX2RhdGFFZdGVtMqsHAAEAAAD/////
...   AQAAAAAAAAAMAgAAAFxFa3Ryb24uU21LkZyYWWlld29yay5VSSwgVmVyc2lvbj05LjAuMC4wLCENLEN1bHRl
...   mU9bmV1dHJhbDhbCwgUHVibGljS2V5VG9rZW49bnVsbC4HLVFlNjQQbGdlBBAAAAAAKEVrdHJvbi5DbXXuRnJhbW
...   V3b3JrLlVJLlJLk1vZGVscy5NZW51ITW9kZWwFAAAAAEzxJZD5rX19CYWNrQW5kRmllbGQGQZPE1lbnVMaXN0OPmtfX0J
...   hY2tpbmdGaWVsZBY8SXRlbXM+
...   a19fQmFFja2luZ0ZpZWxkIvcFjxFcnJvcj5rX19CYWNrQW5kRmllbGQGQYPENhbkVkaXXQ+
...   a19fQmFFja2luZ0ZpZWxkAAMEAQAJAPAFTeXN0ZW0uO0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0Y1DYFbW0VrdHJv
...   i5DbXMuT3JnYW5pemF0aW9uLlXCYXNrUHJvcGVydHQ0cm9wlLkttcy5MZW51ITW9jZWwFVrdHJvbi5DbXmUNNC9bmV1
...   4wLjAuMjQ1LCBDdWx0dXJlPW51dXJyYXWsIFB1YmxpYPtlVRva2VuPVuPTU1OWEyYzRmYTMxYmYmVdXS9Fa3R
...   yb24uQ21zLkZyYWWlld29yay5VSS5UcmVlVlLlRyZWVOb2RlL1RyZWVOb2Rld01vcGVudlLkttcy5MZW5OU01BgAAAAAAAAAAAACQMA
...   AAAKCgAmBAAAAAAfFa3Ryb24uQ21zLkNvbnRybm9LZZW5OU01hY3lEZW51ITW9jZWwFVrdHJvbi5DbWU9bmV1dXld
...   HJhbCwgUHVibGljS2V5VG9rZW49bnVsbC4HLVFlNjQQbGdlBBAAAAAAKEVrdHJvbi5DbXXuRnJhbW9LZW5OU01BgAAAAAAAAAMuR2
...   VuZXJpYy5MaXN0YDFbW0VrdHJvbi5DbXXuT3JnYW5pemF0aW9uLLXAAAGX2l0ZW1zBW9zaXXpLCF92ZJzaW9uW9uBAAAAAJkVrdHJvbi5DbWU9bmV1dXld
...   Db250cmFjdHMuIFZlcnNpb249OS4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1udWxsIFByb2plY3TW9
...   OWEyYzRmYTYTIxZTYmVdXQMAAAAGX2l0ZW1zBW9zaXXpLCF92ZJzaW9uBAAAAAJkVrdHJvbi5DbWU9bmV1dXld
...   OWEyYzRmYTYTIxZTYmVdXQMAAAAGX2l0ZW1zBW9zaXXpLCF92ZJzaW9uBAAAAAJkVrdHJvbi5DbWU9bmV1dXld
```

49128... mF0aW9uLPlibnVCYXhtRGF0YTtdbSAAAAAgICQbAAAABHRRAAQARNAcFAAA9wEAAAABCRFa3Ryb24uQ2
... 1zLk9yZ2FuXphdGlvbi5NZW51QmFzZURhdGdGEEAAAADQQLHgtfIURhdGFCb3VuZGceC18hSXRlbUVuw50ZmR
... kAggPDxYGHwEypjwAAQAAAP////
... 8BAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHV
... yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5GcmFt
... ZXdvcmmsuVUkuTW9kZWxzL25MWNb2RlbAUAAAATPElkPmtfX0JhY2tpbmdGaWVsZBk8TWVudUxppc3Q9r
... a19fQmFja2luZZpzWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQGQPEVycm9yPmtfX0JhY2tpbmdGaWVsZBg8Q
... 2FuRWRpdD5rX19CYWNraW5nRmllbGQAAwQBAAmkAVN5c3RlblS5Db2xsZWN0aW9ucy5HZW5lcmljLkxppc3RgRgMV
... tbRWt0cm9uLkNtcy5Pcmdhbml6YXRppb24uTWVudUJhc2VEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmV
... yc2lvbj05LjAuMC4yNDDksIEN1bHR1cmU9bmV1dHJhbCwgUHViBGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNi
... ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JkLlVJLlRyZWUuVHJlZ5vZGVUb2xsZWN0aW9uQ29udGFpbmVyCAAAAGAIaa
... AAAAAAJAwAAAAkEAAAACgAMBQAAAFlFa3Ryb24uQ21zLkNvbnRyYWNyYWN0cywgVmVyc2lvbj05LjAuMC4yNDksIE
... NlbHR1cmU9bmV1dHJhbHCwgUHViBGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZQQQAAAApAFTeXN0ZW0uQ29
... sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFBw0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVCYXN1RGF0YSwg
... RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1Ymxpp
... 0tleVRva2VuPTU1OWEyYzRmYTIxZTYzYmVdXQMAAAGX21O2W1zRV9uaXplXplCF92ZXJzaW9uP0tl1wbAAAAJkVrdHJvbi
... 5DbXMuT3JnYW5pemF0aW9uXVCXNlLlRGF0YVtdBQAAAAGICQYAAAARBAAAAAEEAAAAL0VrdHJvbi5DbXMu
... DbXMuRnJhbWV3b3b3JrLlVJLlRyZWUuVHJlZ5vZGVUb2xsZWN0aW9uQ29udGFpbmVyCAAAA1MaXNObYDEXzIwMX
... MStfc216ZQ9MaXN0YDErX32lcnNpb24EAAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZ2
... GVbXQIAAAA1CAAAAAJBwAAAAAAAAFAAAABwYAAAAAQAAAQAAAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uP0aW
... 9uLk1lbnVCYXNlRGF0YQUAAAAJCAAAAA0DBwcAAAAAAAQAAAAgAAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JkLllV
... JLlRyZWUuSVRyZWVOb2RlUlAgAAAAJCAAAAAKcoAAAAAJwAAAAkAwAAAAwwwOAAAAVKVrdHJvbi5DbXMu
... Q29tdBW9uLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlh
... mM0ZmEyMWU2M2JlBQgAAAAjRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VEdGETAAAAFzxJdGVtSW
... Q+
... a19fQmFja2luZZpzWxkFjxTcm9yX19CYWNraW5nRmllbGQGQiTWVudUJhZGEZGErPFRlbXBsYXR1XRlPmtfX
... 0JhY2tpbmdGaWVsZCUJNZH1RGF0YSRGF0YS9SRm9zSZGVySWQ+
... a19fQmFja2luZZpzWxkK0llbnVEYXRhKzbc3NvY2lhdGVkVkRm9sZGVycz5rX19CYWNraW5nRmllbGGQtTWVud
... URhdGErPEFzc29jaaWF0ZWRUR3bwd1bwbGF0ZXM+a19fQmFja2luZZpzWxkZ2lhbn9yQZXyaWdXIlPmtfX0JhY2tpbmdFYBdGg+
... a19fQmFja2luZ1pzWxkJ01lbnVEYXRhKzJbwdFNZUZ2ZXJ5aWRlPmtfX0JhY2tpbmdGaWVsZCOJNZW51QmFzZ
... URhdGErPFRleHQ+
... a19fQmFja2luZ1pzWxkIk1lbnVEYXRhKzbVHlwZT5rX19CYWNraW5nRmllbGQiTWVudUJhc2VEdGVySGMhZC
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCRGF0YSRGF0YS9SRMnYZ2VySVFhcmVuY0ZURhdGErPFBhcmVudGxldeUQ+
... Jhc2VEYXRhKzbBbmNllc3VvckVtPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGErPERlc2NyaXB0aW9uP5Pmt
... fX0JhY2tpbmdGaWVsZCNZW51QmFzZURhdGErPE9yZGLuYWw+
... a19fQmFja2luZ1pzWxkI01lbnVCYXNlRGF0YSs8SXRlbXM+
... a19fQmFja2luZ1pzWxkJ01lbnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCNtNG51QmFzZ
... URhdGErPEltYWdlTZlcnJpZGU+a19fQmFja2luZ1pzWxkHUNtc0RhdGGFGGMs8SWQ+
... a19fQmFja2luZ1pzWxkAAAABAAMDAQBBAEBBAAEAAwEAAAExEAAAYEAAAAlzCTeXN0ZW0uQ29sbGVjdGlvbnMuR2
... y5MaXN0YDFD2WgbXJ1N5c3RlbS5Db2xsZWN0aW9uLkdlbmVyaWMuTGlzdGAEBAAAAAMsAAAAAAAAMQAAAAAAAW
... FsLCBQdWJsaWNLZXlUb2tlbj01NTlh2mM0ZmEyMWU2M2JlMDQ5Y1/
... U3lzdGVVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGGAxWuTcZWt0cm9uLCTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxppY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXDQ
... EsRWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNppb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1Ymxp
... sZWN0aW9uLkdlbmVyaWMuTGlzdGGYDFDmxWt0cm9uLCTeXN0ZW0uU3RyaW5nPWI3N2E1YzU2MTkzNGUwODldXDQ
... RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNppb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1Ymxp
... sZWN0aW9uLCTeXN0ZW0uU3RyaW5nPWI3N2E1YzU2MTkzNGUwODldXDQAAAACREAAAAJDwAAAAEGwAAAAEGwAAB
... yxFa3Ryb24uQ21zLkNvbnVisFa0uV1bcmF0aW9uLm1lbnVIlZ21lbnVJdGVtLk1lbnVJdGVtKzAAAA5kFa3Ryb2
... uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVOb2RlTZAAAAACEm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5J
... VHJlZVOb2RlPQAAA4lkFa3Ryb24uQ21zLkNvbnVyYWNyYWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cm
... FsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2Jl4AAACXZYZW51QmFzZURhdGErPFRlbXBsYXRlVHlw
... ZT5rX19CYWNraW5nRmllbGQGUGFyZW50SWQ+a19fQmFja2luZZpzWxkFzxJDZXxkSWQ+
... a19fQmFja2luZ1pzWxkGTxUcmVUYXRhLmdZGRyZXNzLrYXJlbnQZWVycm9yLB1bWVyb25jc3R5bGVyBGF0YS
... dGoAW9ucWQ0SW1hbmWN5c3RlbWJPUlxTm9rX19QmFja2luZ1pzWxkFzxQUEZvbGRlcmklcmtPmtfX0JhY2tpbmdGa
... JhY2tpbmdGaWVsZENZW51QmFzZBw8Q29sdGVudFR5cGU+
... a19fQmFja2luZ1pzWxkGTxmVW5VHlwZT5rX19CYWNraW5nRmllbGQGVHJlZU5VZGVuXGVuZGVyGM9aW5oaXRmRyYz
... WVOb2RLR190NYXNDaGlsZHJlbbHlhtUtcm9kZStfY2hpbGRyZW5Ob3JMb2FkRmZQWcVHJlZU5vZGVUcmVfPElkPmtfX0
... JhY2tpbmdGaWVsZCNZCJUcm9kT3g5WQ5SWQ+a19fQmFja2luZ1pzWxkIFIRyZWVOb2RLKZXzcmV4PmtfX0JhY2tpbmdGa
... +a19fQmFja2luZ1pzWxkWdlZWVOb2RLKZXzSW5rPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZB8q2FuSGF2ZZ
... UNoaWxkcmVuPmtfX0JhY2tpbmdGaWVsZB5UcmVlLTm9kZSs8VGV4dD5rX19CYWNraW5nRmllbGGQeVHJlZU5vZG
... UrPFR5cGU+
... a19fQmFja2luZ1pzWxkIVRyZWVOb2RLKzxTdWJUeXBlPmtfX0JhY2tpbmdGaWVsZCBUcmVlVm9kZSs8QWN0a
... W9uPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZSs8RW5hYmxlZD5rX19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPF
... Zpc2libGU+

... a19fQmFja2luZ0ZpZWxkX1RyZWVVOb2RlR2x1Zwx1Y3YWNraW5nRmllbGcGVHl0ZU5vZGUrPE1vc
... mU+
... a19fQmFja2luZ0ZpZWxkKFRyZWVVOb2RlKzxOZXh0UGFnZU51bWJlcj5rX19CYWNraW5nRmllbGcGQiVHJlZU5vZ
... GUrPEV4cGFuZGVkPmtfX0JhY2tpbmdGaWVsZCVCldmVlTm9kZSs8Q29tbWFuZE15WU+
... a19fQmFja2luZ0ZpZWxkKVRyZWVVOb2RlKzxDb21tYW5kKQ2JndWllbnQ+
... a19fQmFja2luZ0ZpZWxkJ1RyZWVVOb2RlKzxTZWx1Y3Rpb25Nb2RlPmtfX0JhY2tpbmdGaWVsZCVCVUcmVlTm9kZ
... Ss8TmF2aWdhdGVVcmww+
... a19fQmFja2luZ0ZpZWxkJ1RyZWVVOb2RlKzxPbkNsaWVudENsaWNWNrPmtfX0JhY2tpbmdGaWVsZC1UcmVlTm9kZ
... Ss8Q2xpY2tY2tZXXNQb3NWVudENsaWNWNrsnRmllbGcGQiVHJlZU5vZGUrPENlc3Rvb0t5rX19CYWNraW
... 5nRmllbGcGQiVHJlZU5vZGUrPFRvcExldDmVsPmtfX0JhY2tpbmdGaWVsZAEAQBAQEDAwABAQQAAAEBAQEAAAA
... BAQEBAAAAAAAAQEEAQEAAwABCH5TeXN0ZW0uU0lvbnMbGV1jdGlvbnMuR2VuZXJpY1ZYDZFbW1lN5c3R1bG5S5J
... bnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1i
... NzdmY1ZWEwMTNlNjE5MzVhMDg5Xl1/
... U3lzdGVVtLkNvbGx1Y3Rpb25zLklkbGxbmVyaWMuTGlzdGAxW1teXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2Vu09uPWI3N2E1YzU2MTkzNTU0ZDldXQ
... kvRWt0cm9uLkNtcy5GcmFtZXdkvcmsuVUkuVHJlZU5UcmVlTm9kZVNvbUxlc3RjX3RpYmx5YWwAAAEAAAAAJG1wcA
... uRWt0cm9uLkNtcy5GcmFmZXdkvcmsuVUkuVHJlZU5UcmVsTm9kZVNvbUxlc3RjX3RpYmx5dAEAAABHFN5c3R1bS5
... ZWN0aW9ucy5IYXNodGFibGUrTm9kZUKKKcAAkAPAAAKcKPAAAAAAEABhwAAAALMTA3Mzc0MjMuMZQDwAAA
... AkeAAAACR8AAAAAAAAAAAAAAAoKCSAAAAAAAYhAAAACzEwNzM1ND3MzMzM0zMi0M0BiIAAAADNTM2BiMAAAADNTM2Bi
... QAAAAPNTM2XjEwNzM1ND1zMzM0OAQAAAAAIAAAAAAAAAQY1lAAAADVBheW11bnQgGVscs9D8GJgAAAAKdTdwJNZW5
... lCgoBAQAAAAAAAAAAAKCgXZ////
... LkVrdHJvbi5DbXMuRnJhbWV3b3JjJrLlVJLlRyZWUuVHJlZVNlbGVjdGlvbk1vbGV1vlkvbk1vZGUBAAAAB3zhbHVl18ACAIAA
... AAAAAABigAAAAQL0ZpbmFuZ2l1hbC1IZWxwLoCgABCgAAAkAAAAJDwAAAAAEJDwAAAAIAAAAJFgAAAYrAA
... AAAzUzNwkPAAAACS0AAAAAJLgAAAAAAAAAAAAACgoJLwAAAAAABjAAAADNTM3BjEAAAADNTM7C5SMAAAAGMwA
... AAAc1MzZeNTM7AQAAAAAmAAAAAAAAAQY1OAAAF0NhcmVlclBsbGGEsDsgRWR1Y2F0aW9uCSVUsAAAAJCgoBAAA
... AAAAAoKAcr////Z////
... AAAAAAY3AAAAIC9DUkgvSG9tZS9DYXJlZXJ/Z3JYRpb24vCgKAAEELAAAACQAAAAAkPAAAAAQkPA
... AAAAwAAAAkWAAAABjoAAAALMTA3Mzc0MjMwMjJmwNTUJDwAAAAk8AAAACT0AAAAAAAAAAAAoKCT0AAAAAAY/
... AAAAwAAAAkWAAAABjoAAAALMTA3Mzc0MjMwMjJmwNTUJDwAAAAk8AAAACT0AAAAAAAAAAAAoKCT0AAAAAAY/
... AAACzEwNzM1NDIzMDU1lCBAAAAkKAAAAAYhAAAACT0AAAAaAA81MzZeTMTA3MzczMTA0N0NBEAAAABQAAAAaAAAAABB
... kMAAATPTXlDZW50LCBNYWdFeGUAAAANTM3CSMAAAAGEoAAAABBmEAAAAAKQ29udGFpbkZhY3RvcnyAAAAAAAAK
... CgGd////2f///
... wAAAAGZAAAAEBvQ29udGFjdC1Vcy1DUUkvFILwoACgAEAEAAAH5TeXN0ZW0uQ29sbGVjVGlvbmMuR2VuZXJpYy5
... 5MaXN0U0YDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmF
... sLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzU1NGQxXX0BAAAB19pdGVtLAtYXJyYQ29udGFjdF9pZlUwLlU5c
... AAkICAllAAAAAAAAAAAAAEEQAAAH9TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5JbnQ2N
... CWgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1
... NjE5MzU1NGQxXV0BAAAB19pdGVtLAtYXJyYWdlAAAACDQwAAAAACEIYgAAAAALEQAAAAAAAAAAAU0AAAA
... EAAACDQ0MDQwTm9kZWJgVHJlZU5vZGVVcZLmHlvlhpYB
... 8AAAADNTM2CSMAAAAAGUQAAAA81MzZlMzEMTA3Mzc0MTk0N0JEBAAABQAAAAAAAAABBlIAAAANRm9yIFByb2Zlc3lo
... ycwkmAAAACgoBAQEAAAAAAAAACgsG////2f///
... wAAAAGVQAAAAEvCgAKAAENAAAACQAAAAkPAAAAAQkPAAAAAQkAAAkWAAAABlgAAAALMTA3Mzc0MTJQW
... AAAA1aAAAACVsAAAAAAAAAAAAoKCVwAAAAAAAAazdAAAAZTAAAAAACEwNzM1NDE1NDIzZ2Y5YB14AAAAADNTM2CSMAAAAGMwA
... AAA81MzZeTMTA3MzQwMTdkJIBAAABgAAAAAAAAAABBmEAAAAKQ29udGFpbkZhY3RvcnyAAAAB19jcCCvcwkmaC9cA
... CgGd////2f///
... wAAAAGZAAAABEvQ 29udGFjdC1Vcy1DUkfFILwoACgAEEEAAAAH5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5
... 5MaXN0TdHJpbmcsIG1zY29ybGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9
... 9rZW49Yjc3YTVjNTYxOTM0T0ZTH4NjNNPGV5VG9rZW49Yjc3YTVjNTYxOTM1NTRkMXtfX0JhY2tpbmdGaWVsZCRSeWI
... AAAEGAAAAAKBUU3l2dGVVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
... 9rZW49Yjc3YTVjNTYxOTM1NTRkMXtfX0JhY2tpbmdGaWVsZCRSeWIy21IeXQuRnVuCgkGAACkW4yZ2FuaXphdGlvbkUDP1
... dGlvbi5JTWVudUl0ZW1YRxLCBFa3Ryb24uQ21zLkNvbnRybYWN0cyWN0d4XWN0aWQgdWdGaWVsZCRSbXBXDGF1ZXMr
... HR1cmU9bmV1dHJhbHLwgUHVibGljS2V5VG9rZW49Yjc3YTFNGZhMjF1N2JNiZVldwWAAAZfaXRlbXBMFX3Npem
... UIX3ZlcnNpb24y 4EAAAnRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSUllbnVJdGVtTGdSTGFYdBQAAAAgICWCAAAA
... FAAAABQAAAAEtAAAAEAAAAlaAAAAAllAAAAAAAAAAAAABLgAAABEAAAAJZgAAAAA8AAAAAAAAA8AAAAAAAAC
... WoAAAAAAAAAAAAAE8AAAAEAAAAllAAAAAllAAAAAAAAAAABPQAAABEAAAAJZgAAAAAAAT4AAAAJZgAAAAAAAU0AAA
... AACWoAAAAAAAAAAAAABPLAAAAEAAAAllAAAAAllAAAAAAAABPTAAAABEAAAAJZgAAAAAAAT4AAAAJZgAAAAAAAU0AAA
... EAAAACWoAAAAAAAAAAAAABWwAAABEAAAAJZgAAAAAAAVwA
... AAEAAAAEtAAAAEAAAAllAAAAAllAAAAABKZgAAAAAAAHZwAAAAAAAAAAAAAAHZwAAAAQlRWt0cm9uLkNtc
... y5Pcmdhbml6YXRpb24uSUllbnVJdGVtTGdSRGF0YQUAAAAJdwAAAAl4AAAACXkAAAAACXoAAAAAJegAAAA17AAAAQMHagAAAA
... ABAAAAAAaaAAQmRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSUllbnVJdGVtTGdSLZS5JVHJlZU5vZGUCAAAAXcAAAAIAAAA5hM
... AgAIAAAAYAgAAAAaaAAAk4PAAAADEPCCCAAABZ2YaAAkfAAAACfJgAAAACQ8AAAABf////+z///
... 8EAAAABoIAAAAPRmluUW5jaWFsSGVscHBHAVcRYAAAAGAAAAAAAAAAkPAAAAQAAAAAmFAAAACgDmEwCAAgAAAAF
... 4AAACAAAAABkCAAAAAAAAAAAAAAAAACS0AAAAJLgAAAAkPAAAAAAQk0AAAAAAQk0AAAAAXX///s
... ////
... BAAAAaMAAAAH0NSSC9Ib211LL0NhcmVlCVlcnNtY5W5LUVkdWNhdGlvbi8JFgAAAYAAAAAAAAAAAAACQ8AAAACAAAAAAAC
... Y8AAAAAKABkCAAAAAAAXkAAAAIAAAAzxIAgAIAAAAYgAAAAAAAankPAAAAAAAAAAAAJPAAAAk9AAAACQ
... 8AAAABCUMAAAABa////+z///
... 8EAAAABpYAAAAQZTXlDZW50dXXJhZHNJhSGVbHRoLwkWAAAABgAAAAAAJDwAAAAAMAAAAJmQAAAAoAzxIAgAIAAAA
... BegAAAAgAAADFBACAAgAAAQ8AAAAAAAAAAllAAAAICwAAAAJDwAAAAEJUgAAAAAAAAASMEAAAAAAA
... gCAAAAAAAAAAAAAA1aAAAACVsAAAAJDwAAAAJowAoAxQQgAIAAAAABewAAAAgAAAADGBACAAgAAABgAAAAAAAAB
... gCAAAAAACQ8AAAAAAAAAAlaAAAACVsAAAAJDwAAAAJowAoAxQQgAIAAAAABewAAAAgAAAADGBACAAgAAABgAAAAAAAAB
... gCAAAAAACQ8AAAAAAAAAlaAAAACVsAAAAJowAoAxQQgAIAAAAABewAAAAgAAAADGBACAAgAAAB1AAAACUwAAAAJDwAAAAEJYQAAAA
... EAAAACQ8AAAAAlaAAAACWoAAADIBewAAAADJwAAAGAAAAAAxQQAIAAAABewAAAAgAAAADGBACAAgAAABgAAAAAAAAVwA
... AAEAAAAEtAAAAEAAAAQmRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSUllbnVJdGVtTGdSLZS5JVHJlZU5vZGUCAAAAXdwAAAAIAAAAyhM
... AgAIAAAAYAgAAAAaaAAAk4PAAAADEPCCCAAABZ2YaAAkfAAAACfJgAAAACQ8AAAABf////7P///
... wQAAAAJDwAAAAkWAAAABgAAAAAAJDwAAAAQAAAAJowAoAxQQgAIAAAABewAAAAgAAAADGBACAAgAAAB
... gCAAAAAAACQ8AAAAAAAAAlaAAAACVsAAAAJDwAAAAEJYQAAAAFX////7P///

49128…

wQAAAGCgQAAABBDD2503WN0tPVzIUnSQUIVCKYARAAGEHRAAAXAAKWBPAKAABgQAAHmDAAACgDGBACAAgAAAA
GFAAAAGAAAAAmuAAAAAAAAAAAAAABjwAAABgAAAAJrgAAAAAAAAAAAAAAZkAAAAYAAAACa4AAAAAAAAAAAA
AAAGjAAAAGAAAAAmuAAAAAAAAAAAAAABrQAAABgAAAAJrgAAAAAAAAAAAAAAB64AAAAAAQAAAAAAAAAEJUVr
dHJvbi5DbXMuU3JnYW5wemmF0aW9uLnUdLklNZW51SXRlbURhdGEFFAAAAAcx8CZx8DAgVkfgZAmJ2DgQWCmYPZ
BYCZg8VAxAvRmluYW51jaWFsLUhlbHAvbDVBheWllbnQgSGVsd8DNUGF5bWVudCBIZWxwP2QCAQ9kFgJmDxUDIC
9DUkgvSG9tZS9D9YXJlYZXJzZLWFuZC1FZHVjYXRpb24vFPNhcmVlcnNlbmQuYW91YWFkdEFGFAAAAQx8CZx8DAgVk
gJmFtcDsgRWR1YZF0aW9uZAIINCD2QWAmYPFQMRL015Q2VudHVyYUhlYWx0aC8PTXlJDW5dJXhSGVhbHRhRoD015
Q2VudHVyUhlYWx0aGCQCAW9kFgJmDxUDAS8NRm9yIFByb3ZpZGVycw1Gb3IgUHJvdmlkZXJzZAIED2QWAmYPF
QMRL0NvbnRhY3QtVXMtQlJBSC8KQ29udGFjdCBVcwpDb250YWN0IUFvzAICDw8WAh4ISW1hZ2VVcmwFWS91cG
xvYWRlZEl1tWdlcy9jYXN0bGVyb/NraG9zcG10YWwec9l0Qs0wdGGVudC9DUkgvQ29VZmlndXJhdGlvbi9DYXN0bGU
gUm9jay1BZHYtSG9zcC1XZWIucG5cZGCDBA9kFgIFAClCAg8PFgYfAATLs3AYAQAAAP////
8BAAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJnbW9yY3J1lVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTllMmM0O2EyMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5GcmFt
ZXdvcmsuVUkuTW9kZXJuZatLl1bnVNb2RlbAUAAAATPElkPmtfX2JhY2tpbmdfZmllbGQFX19oWSdPENcdXxpc3Q=
a19fQmFFja2luZ0ZpZWxkFjxVdtcz5rX19CYWNraW5nX2RlbGQGQWPEVycm9yPmtfX0hZ2tpbmdEaWVsZBg8Q
2FuRWRpdG55rX19CYWNraW5nX2RlbGQQAAwQBAAmkAVN5c3RlbS5Eb25zZXQ0aW9uLkdlbmVyaWMuyHZW51bdmx
tbRWt0cm9yb0LkNtcy5Pcmdhbmmb6YXRpb24uUdHVudUJhc2VYRhRLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVm
yc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGGZhMjFlNjNi
ZV1dL0VrdHJvbi5DbXMuRnJhbWVyb3JrLlVJLlYZWuVHJlZ2V0GVDb2xsZWN0aW9uP1N0aWNuZwuAAAAAECAAAABgIAA
AAAAAAJAwAAAAAkEAAAACgAMBQAAAFjFa3Ryb24uQ21zLkNvbnNdmVud0hkgaW5jygVmVyc2lvbj05LjAuMC4yNDksIE
N1bHRcm1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGGZhMjFlNjNiZV1dL0VrdHJvbi5DbXMuRnJhbWV
yb3JrLlVJLlYZWuVHJlZ2V0GVDb2xsZWN0aW9uPW4BAAAABmNvdW50BAEAAAAUQVzZWN0aW9uPW4BAAAABmNvdW50BA
EAAAAXX2l0ZW1zBgEAAAAYQVfc2l6ZQAIDAgCAAAAAAAAAAAJBwAAAAkGAAAAAAkIAAAAAkJAAAAAAkKAAAAAAkLAAAAAAkMAAAA
LkNtcy5Db21tb24wU3RydWN0dXJlcy5BcGlBcnRpZmFjdAUAAAANPEl0ZW1zPmtfX0JhY2tpbmdfZmllbGQPPE
Tul0WEyYzRmYTIxYtZYmVdCAAAAAADGAAAAAADCCQAAAAAFAAJEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlY
JLlRyZWUuUVyZWV0Vb2RlBlAgAAABAAAAACYONFcjZNCNnBb24EAAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuN
LkNtcy5Db21tb24wU3RydWN0dXJlcy5BcGlBcnRpZmFjdAUAAAANPElkPmtfX0JhY2tpbmdfZmllbGQPPE
ul0WEyYtZYmVdCAAAAADGAAAAAADCCQAAAAAFAAJEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlY
JLlRyZWUuUVyZWV0Vb2RlBlAgAAABAAAAACxAAAAAAAAAAAAAAAADwAAAAAAAAAAAAAAAA8=
hdGU+
a19fQmFFja2luZ0ZpZWxkIk1lbnVEYXRhKxzxGb2xkXJJZD5rX19CYWNraW5nX2RlbGQQRTWVudURhdGErPEFzc
29jaWF0ZWRRdb2xkZXJPYXJ0aF9fYmFja2luZ0ZaWxkUGF0aD5rX19CYWNraW5nX2RlbGQ8X1Rl
9CYWNraW5nX2RlbGQ8X1Rl9CYWNraW5nX2RlbGQ8X1Rl
lT3JlcnJpcGU=
a19fQmFFja2luZ0ZpZWxkIk1lbnVDYXNkIlRGVUycdDVGVj24EAAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVUhc2VYRhRR
zxUeXBlPmtfX0JhY2tpbmdfZmllbGQPPEJvZZURhdGGErQmFzZURhdGErPEhyZWY+
a19fQmFFja2luZ0ZpZWxkJmtfX2JhY2tpbmdfZmllbGQPPEVGVycm9yPmtfX0JhY2tpbmdfZmllbGQ8ChN2W51QmFzZURhd
GErPEFVVU2Vmd4SWSQ+a19fQmFFja2luZ0ZpZWxkKU1lbnVDYXNkIlRGVUycdDVGVj24EAAAoRWt0cm9uLkNtcy5GcmFtZXdvc
a19fQmFFja2luZ0ZpZWxkJU1lbnVDYXNkIlRGV0Vyc8T3JkaW5hbbD5rX19CYWNraW5nX2RlbGQrTWVudUJhc2VYRhRhc2VY
XRhRKxzJdGVtcz5rX19CYWNraW5nX2RlbGQjTWVudUJhc2VYRhRKzxJbWFnZVBhdGGg+
a19fQmFFja2luZ0ZpZWxkK01lbnVDYXNkIlRGV0SWlhZ2VPdmVjcmlkZT5rX19CYWNraW5nX2RlbGQdQ21zR
GF0YWAxKzxJZD5rX19CYWNraW5nX2RlbGQdQ21zR0SWlhZ2VPdmVjcmlkZT5rX19CYWNraW5nX2RlbGQdQ21zR
9ucy5HZW51cmljLlxkZXN0RmVudUJ3Rdz1zdG0vdC5LCBludDVCBtc2NvcmxpYWgVmVyc2lvbj05LjAuMC4yNDksIEN1bGR1
bnMuR2VudXJpYy5MaXN0YDFbW1tN5c3RlbS5DbljbGGJbClzbW9ybGlhcywgVmVyc2lvbj05LjAuMC4yNDksIEN1bGR1cmU9
HR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjV0VcnR4OTM0ZT44ODM4ZGJb2Q2lzbBNvymldaX9uLCBumV1
1vbi5Fa3Ryb24uQ21cy5MaXN0YDFbCBlbnVJdGVtbG0E51bVb5ubl5sJDGVsYXRdWwAvTC0VtZ2VZk0lbCBFa3Ryb24uQ21zbBNvy
uTGl2dGGAxVlTdRya24uQ2l2LkN5yY2FuaXphdGlvbi5JTWVudUI3YTVOTGxSkaWVYORM0ZTxSFa3Ryb24uQ21zLkNvbnvbW
YWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjN
GZhMjFlNjNiZV1dAQkFAAAABgIAAAAAAAAAAAAAAAAAAAAQAAAAAAxCREAAAAAJEgAAAAA
YUAAAAEmNhc3RsZXJvY2tob3NwaXR
LEVrdHJvbi5DbXMuQ29tbW9uLlVrVRM51bWYXVYXJpbFZlcnNpb24=9LjAuMC41bWDQWlUeXBlQAAAAZ2YWx1ZV9fAAAPA
AAAAAAxQAAADcHVibGljS2V5VG9rZW49NTU5YTJjN
cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNcmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJj
a19fQmFFja2luZ0ZpZWxkHjxhx1RudZU92Z2JyaWRlPmtfX0JhY2tpbmdfZmllbGQPPEFyZUROSWlhZ2GVPdmVjcmlkZT5rX1
2tpbmdmdGGVsZA8JTWVudUJ3T3JkaW5hbD5rX19CYWNraW5nX2RlbGQGLGQGQXPElbBxYRYXRwbCXYRzxJbmFnZVdzZCI8QXNzb2
1JZD5rX19CYWNraW5nX2RlbGQGQZPFRlbXBsYXRlPmtfX0JhY2tpbmdfZmllbGQGZCI8QXNzb2NpYXRlZEZvbGRlcnM
+a19fQmFFja2luZ0ZpZWxkJXXXXXbW5hbD5rX19CYWNraW5nX2RlbGQrTWVudUJ3T3JkaW5hbD5rRm9sZGVyc2NpY1
a19fQmFFja2luZ0ZpZWxkHDxb250Z250VHlwZT5rX19CYWNraW5nX2RlbGQGQZPExpbmtUeXBlPmtfX0JhY2tpbmdfZmllbGQP
mdGaWVsZBJUcmV1Tm9kZStfY2hpbGRyZW4+a19fVVHJlZU5vZGU2hhc0hOoaWxkcmVuUuG1RyZWVOb2RlRlK19jaGlsdZR
Jlbk5vdExvYWRlZBLZBxUcmVlTm9kZSs8SWQ+
a19fQmFFja2luZ0ZpZWxkIlRyZWVOb2RlKzxQYXJlbnRJZD5rX19CYWNraW5nX2RlbGQGQVHJlZU5vZGUrPFJvb

49128... 3RJZb5IFXPoCVNWTawSnRmllbGQeVHJlZU5vZGUrPFBhUeg+

... a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGQeVHJlZU5vZGUrPFJhbms+

... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDYW5IYXZlQ2hpbGRpcGRyW4+

... a19fQmFja2luZ0ZpZWxkH1RyZWVOb2RlKzxUZXh0PmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VHlwZT5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPFN1YlR5cGU+

... a19fQmFja2luZ0ZpZWxkK1RyZWVOb2RlKzxBY3Rpb24+

... a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZZss8VmlzaWJsZT5rX19CYWNraW5nRmllbGQiVHJlZU5vZGUrPFN1bGVjdGVkPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8s8TW9yZT5rX19CYWNraW5nRmllbGQoVHJlZU5vZGUrPE5lHRRdYmxlHRQWdlTnVtYmVyPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8RXhwYW5kZWQ+

... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGQgVHJlZU5vZGUrPFNlbGVjdGlvbkV1Zlbg==

... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxYXZpZ2F0ZV0vybD5rX19CYWNraW5nRmllbGQhVHJlZU5vZGUrPE9uU2xlY3Q+

... a19fQmFja2luZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0NhbGxiYWNrPjIwMDA+

... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxEbGlja0NhbGxiYWNrPjIwMDA+

... a19fQmFja2luZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0NhbGxiYWNrPjIwMDA+

... a19fQmFja2luZ0ZpZWxkAQABAAEBAQMDAAEBBAAAAAQEBAQAAAAEBAQEAAAAAAAAABAQQBAQADAAEIflN5c3RlbS5Eb2xsZWN0aW9uM0nudxXX9cjHEW5lcmljLkxpc3QgMRg0VtbU3ldzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODkXX9cjH2VcjQ3uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5JbnQzMiwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XX9cjEBAQEIAAAAEBlY21haHwaaayX5VSS5UcmVlLllRyZWVOb2RlX1RyZWVOb2RlYAIEBLjSZQEaAAACRAAAAABDCRAAAAARAAACRcAAAAGQQAAAAM1MjUJUEAAAAAAcRcAAAAGRYYUY2s+

... LkVrdHJvdi5i5DbXMuRnNhbmJWV3b3JzLllVJL1RyZWVyZWWluU1HlZWNlbGddGdlvbk1vZGUBAAAAB3zhbHVlX18ACAIAAAAAAABikAAAAAWL0NSSC9Ib21lL1lhWXNVZWYWx0aW9uaCgABCgAAAAkAAAAJEAAAAEJEAAAAIAAAAJFw

... AAAAYsAAAAzUzMAkQAAAACc4AAAAJLwAAAAAAAAAAAACgoDJMAAAAAEABjEAAAADNTMwwBjIAAAAONTE4CSQ

... AAAAGNAAAAAc1MTheNTMwAQAAAAE0AAAAAAQY1AAAAG0ZvciBQYXRPZW50cyBkYXll50cyAmYW1lwOyBGYWllbGGllcwkn

... AAAACgoBAQAAAAAAAAAKCgHJ////2P////

... wAAAAGOAAAAABsvRm9yLVBh2HdlGllbnRzZLWFuZC1GYW1pbGllcy9KAAoAAQsAAAAAJAAAAACRAAAAABCRAAAAADAAAACRcAAAAGOwAAAAM1MTkkJAAAAAk9AAAAk9AAACT4AAAAAAAAAAAAoKCT4AAAAAAAAz

... xOAkkAAAABkMAAAAHNTE4xjlvUvQEAAAB8AAAAAAAAEGRAAAAAhBYm91dCB1cwknAAAAACgoBAQAAAAAAAAAAACgG6////2P///

... wAAAAGRwAAAABMvQ1JIL0hvbWVUVQVyZabo/bXX9cjHVQ4AEGRwBqdYzUX19CYWNraWdBamwAAAk2Z47kyGLlhdG16mAASFd5Yo0C5BpLlycjAAAAAk1MzIGUAAAAA0AAAAO1MzQ1MTgw00AAAAkk2AAAAABwKxTxEDGFAAAkCd3mAAAAAAdaAAkHglwMpAAAAAAAMCgoBAQaZz////Y////

... AAAAAAZWAAAAFy9Db21tdW5pdHkQ2FzdGxxGVjvVjvY2svCgAKAAENAAAENAAAACQAAAACgAAAQkQkAAAABQkAAAABQAAAQkAAAABQAAAQkAAAABAAAAiXAAAAGBwAAAAM1MjgkJAAAAAk9AAAAk2AAAACT4AAAAAAAAAAAAoKCT4AAAAAAAAkMAAAAHNTE4xjzaAAaZxqYAAAAAkKgNTktxjaBAAAAB8AAAAAAAGRAAAAAhDb21tdW5pdHkln AAAAACgoBAQAAAAAAAAAAACgG6////2P///wAAAAGDAAAAA8vQ1JIL0hvbWVUVQVyZaboQ3c2y8KAAoAAVEBAAAEVEBAAAAkAAACgAAAQkAAAAABQkAAAABkKGbgAAAAM1MTg00AAAAk2AAAAACT4AAAAAAAAAAAAoKCT4AAAAAAAAkMAAAAHNTE4xjSH

... MuT3JnYW5wemF0aW9uL1klNZW51SXRlbUGFbdQXQ1AAAAAAkKAAAAACXAAAAAAEXoAAAASAAAACNCXAAAAAkKgAAAAABAAAAiYXAAAAGBwAAAAM1MTAkJAAAAAk9AAAAAA6AAAAA

... AAAAAAAAAS4AAAAA5AAAAAACXAAAAAAAAAEhAAAABAAAAl6AAAAAAAWAAAABLgAAAAEAAAAJdQAAA

... AAAAAAAAAAAAAT4AAAASAAAAACXYAAAAAAAAAAAE/

... AAAABmAAAAmaAAAAACnaAAggaAAAABTAAAABEAAAAJdQAAAAAAAAU0AAAASAAAACXYAAAAAAAAAAAA

... AFOAAAABmAAAAmDAAAACQAAAAkAAAAABWwAAABEAAAAJdQAAAAAAAAAvwAAAASAAAACXYAAAAAAAAAAA

... AAAAFdAAAABAAAAAmGAAAACgAAAoAAAAAABagAAAABEAAAAJdQAAAAAAAAAAWsAAAASAAAACXYAAAAAAAA

... AAAAAAFsAAAABAAAAmJAAAAAwAAAAAMAAAAPdQAAAAAAAAJEXYAAAAAAAAAJEYU5rQAAAAJJgAAAAAAAEJUVr dHJvdi5i5DbXXMuT3JnYW5wemF0aW9uL1klNZW51SXRlbBUFHRhGFAAAAACYoAAAAmMAAAAMAAAA0YAAAAEJUVr AmPAAAADQIHegAAAAAABAAAAEAAAAAQmRWt0cm9uaUckNyGlnmUKUNtdWVUKUKuVUkuVHJlZS5JVHJlZU5vZGUgNBGUk AACZAAAAAJkQAAAAmSAAAACZMAAAAJlAAAACAANotUKuVUkuVHJlZU5vZGUgNBGU1aACZWAAAAJ

... HfQAAAAAAAAIAAAAAQmRWt0cm9uaUckNYMuT3JnYW5pemF0aW9uL1klNZ1JVHJlZU5vZGUCAAAACZwAAAAJ

49128… nQAAAAmeAAAACZ8AAAA5oAAAAAmHAAAAClAAAA5owAAAAAmRXAAACdUAAAACpgAAAAAmIAAAACagAAAAJqQAAA
… AmqAAAACasAAAAJrAAAAAmtAAAADQ4HgAAAAAAABAAAACAAAAAQmRWt0cm9uuLkNtcy5GcmFftZXdvcmsuVUkuVH
… JlZS5JVHJlZU5vvZGUCAAAACa4AAAAJrwAAAAmwAAAACbEAAAAJsgAAAAmzAAAACbQAAAAJtQAAAAeDAAAAAAE
… AAAAQAAAABCZFa3Ryb24uQ21zLkZyYW1lld29yay5VSS5UcmVlLlklUcmVlTm9kZQIAAAAJtgAAAAm3AAAACbgA
… AAAJuQAAAAm6AAAACbsAAAAJvAAAAAm9AAAACb4AAAANBweGAAAAAAAEAAAAAQAAAABCZFa3Ryb24uQ21zLkZyY
… W1ld29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAAJvAAAAAm+AAAACdAAAAAJxQAAAA
… nGAAAACccAAAAAJyAAAAA0GB4AAAAAAAQAAAAQAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3Jrb3JrLlVJLlRyZWUuUuSVR
… yZWVOb2RlAgAAAAnJAAAACoAAAAJywAAAAoBigAAAAgAAAANgAAAAAmAAAYCAAAAAAAnCAAAAAAAACRAAAAAAAAAAA
… AAkfAAAACSAAAAAJEAAAAAEJJgAAAAEv////6///
… wQAAAAG0gAAABVDUkgvSG9tZZS9TcGV7jFWFsdGllcy8JFwAAACoAAAAAAAAACRAAAAABAAAACdUAAAKAA0CAA
… AAAAAAAYsAAAAIAAAAEgIAAAAAAAAgAgAAAAAAkQAAAAAAAAAAJLgAAAAkvAAAACRAAAAABCTUAAAA
… BJf////+///
… 8EAAAABtwAAAAaRm9yLVBhdGllbnRzLWFVbuZC1GYW1pbGGllcy8JFwAAACoAAAAAAAAACRAAAAACAAAACd8AAAA
… KABICAAAAAAAYwAAAIAAAABwIAAAAAAAAgAAAAAAAAAkQAAAAAAAAJPQAAAAk+
… AAAACRAAAAABCUQAAAABG////+///
… 8EAAAABuYAAAAASQ1JIL0hvbWWUvQWJvdXQtVXMvCRcAAAAAqAAAAAAAAAAAknpA4AAAACqAHAgAAAAA
… AAAGNAAAAACAAAABQCAAAAAAAAABgIAAAAAAAAJEAAAAAAAAAAAAAACUwAAAAAJTQAAAAkQAAAAAQlTAAAAARH/
… ///r////
… BAAAAbwAAAAFkNvbW1bml0eS1DYWxlbmRhcl9DDYXAAACoAAAAAAAAACRAAAAAEAAAACfMAAAAAKBQCA
… AAAAAAAAAY4AAAAIAAAAFgIAAAAAAAAgAgAAAAAAAkQAAAAAAAAAAJWwAAAAlcAAAACRAAAAABCWIAAAA
… ABB////+///
… 8EAAAABvoAAAAZSGVhbHRHoLWFuZC1XZWxsbmVzcy1DUkFUILwkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJ/
… QAAAAoAFgIAAAAAAAABjwAAAAgAAAABARgqAAAAAAAAYCAAAAAAAAACRAAAAAAAAAAAAAAAlqAAAAWsAAAAJEA
… AAAAEJcQAAAAH9/v//6////
… wQAAAAEaAAAAA5DUkgvSG9tZZS9XdzLwkXAAAAKgAAAAAAAAAJEAAAAAYAAAAJBwEAAAoAEQIAAAAAAAABkA
… AAAkwwAAAAJEAAAAAEJEAAAAAAEJFwAAAAAYKAQACcZwWNzM3MDE4MzcyCRAAAAYAQAAAAAAUyUyNQkkAAAAkNAQAAAA
… AAAAkCgkOAQAAAQAGDwEAAAAAsxMDczNzQzOTQzM4MgYAAAAUyUyNQkkAAAAkHBAAAATNTE4XjUyYNVxMDczNzQx
… ODM3MgIAAAAADAAAAAAAAAAAEGEwEAAA5UaGUgUgQmlydGhQbQbQFjZQknAAAACgoBAQAAAAAAAACKCgHr/v//2P///
… wAAAAAGFgEAABAvVGhlLLUJpcnRoUGxhY2UAAgAAAAAAAAAJQAAAAAYAAAAAAAAAkQAAAAAAAAJKgAAAABhcAAAAAlkAA
… ALMTA3Mzc'0MTkOYQAAAAkbDAQAAAAkbQAACRwBAAAAAAAAAAAAoKCR0BAAAAAAYeAAAACZEwNDE5NDNTNTgXBOh8
… BAAADNTlICSQAAAAQIEAABM1MTheNTI1XjEwNzM3NDQzYAgAgAAAkbUAAAAAAAAABAAAAkxAAAJVRoZSBCcmVn
… c3QgQ2FyZZSBDZW50ZXIgXXQgGgFGzdGxlIFFJvY2sJJwAAAAoKAQEAAACCgoB3//9j///
… 8AAAAABiUBAAAA3L0NSSC9TcGVjaWFsdFfsdGllcy9UaGUtUtQnJlYX0LUNhbmNlckNlbnRlcioCAAAQ2VudGVyCQAAAA5
… rLwoACgABkgAAAAAAAAEJEAAAAAEJEAAAAAmMAAAAJFwAAAAYoAACZ2QACZEwNzM3NDE5NDETczCRAAAAAAAAkr
… AQAACzEwNzM3NDE5NTc0Y0BjOBAAADNTI1CSQAAABM1MTheNTI1XjEwNzM3NDETkJABAAATNTE4XjUyUyn
… V4xMDczNzQzOTU3MwIAAeEAAAAAAAAAAAEGMQEAAA4DYW5jZXIJJ5dZIvT25jb2xvZ3kJJwAAAoKAQEAAAAACg
… oBzf7///9j///
… 8AAAAAJBjQBAAAhL0NSSC9TcGVjaWFsdGllcy9DYW5jZXItT25jb2xvZ3kvR0W5jZXICAAAAAI5jb2xvZ3kJ
… QAAAAAAAAAAAAkOkKAQEAABjcBAAALMT3Mzc0MTkzNTzNzc1AQAACRcBAAAAAAAAAAAAoKCTsBAAAAAAYeAAAY
… AQAACzEwNzM3NDE5NTc0Y0B1 0BAAADNTI1CSQAAQAAEMNTE4eOzE1XjEwNzM3NDE5NTc1gCQAAAQzUyU1CUAAAAkCUAAA
… AAAAQZAAQANEhcmRpb2xvZ3kJJwAAAoKAQEAAACgoBzf7///9j///
… 8AAAAABkMBAAAAiL0NSSC9TcGVjaWFsdGllcy9DYXJkaW9sb2d5LVNlcnZpY2VzCRcAAAAKgAAAAAAAAAJEAAAAAE
… JEAAAAAAUAAAAJFwAAAAGAQAACZAQAACZEwNzM3NDI2NzczCRAAAAAAAAAAAAkKCglKAQAAAAAg
… SwEAAAsxMDczNzQzMjc3MwIAAAAAAAYeUyUyNQkkAAAABM1MTheNTI1XjUyUyn25kb2RlAgAAAAoKAEAAAAACg
… oBzf7///9j///
… 8AAAAABkBMBAAAAAIL0NSSC9TcGVjaWFsdGllcy9DYXJkaW9sb2d5LVNlcnZpY2VzCRcAAAAAAAAAAAAJEAAAAAE
… JEAAAAAUAAAAJFwAAAAGAQAACZAQAACZEwNzM3NDIyNzc0CRAAAAAAAAAAAAkWAAAALJAQAACRwBAAAAAAAAAAAAA
… SwEAAAsxMDczNzQyMjc0MgIAAAoKAQEAAAACgoBoP7///9j///
… 8AAAAAJSAQAANEhcmRpb2xvZ3lfYWVg2V5MFZX0tVGVsZXBob25lCRcAAAAKgAAAAAAAAAJEAAAAAEJEAAAAAUAAAAJ/
… WDgAAAAYoAAACZ2QACZEwNzM3NDI2NzczCRAAAAAAAAkr1DEwAQAACzEwNzM3NDE5NTc0CSQAAAEMNTE4eNTI1XjEwNz
… M3NDI2NzczCRAAAAAAAAAJKgAAAABhcAAAAAlkAAAAAEGKAA////Y////
… AAAAAAZSAQAAHy9DUkgvU3BlY2lhbHRpZXMvUGFpbi1NYW5hZ2VtZW50CRcAAAAKgAAAAAAAAAJEAAAAAEJEAAAAAE
… AAGAAAAACRcAAAAEVEaGBoAAAAAZZXgXVBA0ZHAaQUAeEzUxOTM4ggYAAAQ2V5hbQAAAAZGQAAAAEnTMzc0Mz
… ALMTA3Mzc0MTkODIGGWEAAAM1MjUJJAAAAAZdAQAAEeUxOFJ41jMzc0MTk0MjYJJAAAAxUyUyUCRAAkr
… BBl4BAAAORWllcmdlbmNybbmdN51ENhcmUJJwAAAoKAQEAAAAAAACgoBoP7///9j///
… 8AAAAABmEBAAAgL0NSSC9TcGVjaWFsdGllcy9PbWVyZ2VuY3ktU2VydmljZXMCAAAAAY2VuY3ktS2VjvmljZXMJFwAAAAA
… AAAAHAAAACRcAAAARcAAAAgZAEeAAsxMDczNDI4MgkQAAAAWVycEvdWNveSAFWAEmkB
… AALMTA3Mzc0Mj0OODIGagEAAAM1MjUJJAAAAAZSAQAAEeUxOF41jMzc0MTk0MjYJJAAAAxUyUyUCRAAkr
… AABBm0BAAAOR0kvQ29sb25vc2NvcHkJJwAAAoKAQEAAAAAAACgoBkf7///9j///
… 8AAAAABnABAAASL0dhc3Ryb2VudGVyb2xvZ3kvQ29sb25vc2NvcHkJFwAAAKgAAAAAAAAAJEAAAAAE
… BAALMTA3Mzc0MTkODYJEAAAAAiCRAAAAAAAAkWAAAALJAQAACRwBAAAAAAAAAAAAAoKCTsBAAAAAAYeAAAY
… BnkBAAADNTI1CSQAAABM1MTheNTI1XjEwNzM3NDE5NTg2AgAAAAAADUAAAAAAAAQZ8AQAAD011ZGljljlY
… WwgSW1hZ2luZwkAAAAAkYgoBAQAAAAAAAAKCgGCZ/v//2P///
… wAAAAAGfwEAACVvQ1JIL1NwZWNpYWx0aWVzL011ZGljYWwtSW1hZ2luZy1TZXJ2aWNlCRcAAAAKgAAAAAAAAAJEAAAAAE
… AAAAAJAAAAACRcAAAAgZAEeAAsxMDczNDIyCRAAAAAAAAAkWAAAALJAAQAACRwBAAAAAAAAAAAAAoKCTsBAAAAAAY
… BBAALMTA3Mzc0MTOTEGiAEAAAM1MjUJJAAAAAZSAQAAEeUxOF41jMzc0MTOTECAAAAOgAAAAAAAAY
… AAABBosBAAAaTmV1cm9zdW2IJXZJ51GFuZC1CBOZXVyb3byYD3kjXAAAAAoKAQEAAAAACgoBc7////9j///
… 8AAAAABo4BAAAsL0NSSC9TcGVjaWFsdGllcy9OZXVyb3N1N1cmdlcnktQW5kLUJvZG9ne9neS1cmdlcnkJFwAAAAA
… JAAAAAAAAAAAAkRAAAAQAAAkRcAAAAAAAAAAAJEAAAAAE
… CgoJlQEAAAEABpYBAAALMTA3Mzc0MTk0OTIGlEwEAAAkbUEAAAlxMDczNDI4OTMgMgkQAAAAZM2AQAAEeUxOF41jMzc0MTk0OTEgKQZ4AQAAD011ZGljljlO
… TICAAAAOwAAAAAAAABBpoBAAALT3J0aG9waWRpYytTZXJ2aWNlcwkkYTYXJjVFyZWVOb2RlAgAAAAoKAQEAAAAACgoBzf7///9j///
… 8AAAAABp0BAAAAdL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljjcy9BZXJ2aWNlcwkXAAAAOgAAAAAAAABJ
… LAAAACRcAAAAAGoAEAAAsxMDczNzQyOTYJ5mGAQAAAAAAAACoJpEAAAABqBAAALMTA3Mzc0MjgGGxBQAAL
… MTA3Mzc0MTk2MGpgEAAAM1MjUJJAAAAAAAoAQAAEeUxOF41jMzc0MTk2MjMgKQZ4AQAAD011ZGljljlB

Page 1386

49128... qkBzafOUmVoYwUpbGi9XRpb24JJWAuAWAAKAQEARAAAAAACgoBVI7//9j//

... 8AAAAABqwBAAAQL1JlaGFiaWxpcGF0aW9uV0F0aWwuCgABmwAAAAkAAAAAJEAAAAAwAAAAAJFwAAAAavAQA
... ACzEwNzM3NDE5NjI0CRAAAAAJsQEAAAmyAQAAAAAAAAAAAAKCgmzAQAAAAGtAEAAAsxMDczNzQQoOTTyNAa1
... AQAAAzUyNQkkAAAABrcBAAATNTE4XjUyUyNV4xMDczQxOTTyNAIAAABMAAAAAAAAAEGuAEAAA5TbGVlCBEa
... XNvcmRlcgknAAAAACgoBAQAAAAAAAAKCgFG/v//2P///
... wAAAAGuwEAABcvU2xlZXAtRGlzb3Jk3JkZXItU2VudGVyLwCgABnAAAAAkAAAAAJEAAAAAwAAAAAEAAAAJFw
... AAAAa+
... AQAAATAKCgoAAAAAAAAAAAAoKCb8BAAAAAAbAAQAADzEwNzM3NDNI0MjQ0fDUzMAbBAQAAAzUzMAkkAAAAABsMBA
... AATNTE4XjUzUzMF4xMDczNzQyNDI0NAI0AAABMAAAAAAAAAAGxAEAAABhQYXRpZW50IFByZS50SZWdpc3RyYXRpb2
... 4GxQEAAARMaW5rCgoBAQAAAAAAAAAKCgE6/v//2P///
... wAAAAAGxwEAAAoV1ByZVJlZ01zZECgAKAAGqdAAAAQAAAAkQAAAaQAAAAaQkAAAAAJ3AAAAABSoBAAALMT
... A3Mzc0MTk1MjEJEAAAAAnMAAQAACc0BAAAAAAAAAAAAAAoKCc4BAAAABAAbPAQAAACzEwNzM3NDE5NTIxBtABAAAA
... DNTMwCSQAAAAG0gEAABM1MTheNTMwXjJEwNzM3NDE5NTIxAgAAAE8AAAAAAAAAAQbTAQAAAIEJpbGxpbmcmJmFt
... cDsgRmluY5jaWFsIFNlFNlNlcnZpcnY2VzCSAAAAACgYCBEAAAAAAAAAAAoKASv+///Y////
... AAAAAAbWAQAAAIC9CaWxsaW5n5N5nLWFuZC1GaW5hbmNpYWwtU2VydmljZXMgGAAAAECAQAAACQAAAAkQKQA
... AAAAwAAAAAkXAAAAABtkBAAAALMTA3Mzc0MjMgyMTAIEAAAAAbAQAAnbQbAAAAAAAAAAAAAAAoKCd0BAAAAABAAbeAQ
... AACzEwNzM3NDIzMjEwBtBAAAADNTMwCSQAAAAAG0wEAABM1MTheNTMwXjEwNzM3NDIzMjEwEwAgAAAFcAAAAAAAA
... AAQbiAQAAB1ByaWNpbmQJJwAAAAAoKAQEAAAAAAAAAACgoBHP7//9j///
... 8AAAAABuUBAAAjL0Zvci1QYXRpZW50U50cy1hbmdQtRmFtaWxpZXMtWVzLXZ2luZy9KZAUOAAZ8AAAAAJAAAAA
... BCRAAAAAEAAAAACRcAAAAG6AAEAAAsxMDczNzQyQyMzM3MQkQqAAAAACeoBAAAAJ6wEAAAAAAAAAAAACgoJ7AAEAAEA
... Bu0BAAAALMTA3Mzc0MjMzM2zgG7gEAAAAM1TmAJJAAAAAbwAQAAAEzEwUxOF41MzBeMTA3Mzc3OMjMzcgCAAAAAAAA
... AAAAAABBvEBAAAdUXVhbGl0eSSwgU2Vydml1SZAmYW1wYBTYWZldHkJJwAAAAoKAQEAAAAAAAAACgoBDf7//
... 9j///
... 8AAAAABvQBAAAcL1F1YWxpdHktU2VydmljZS1hbmQtU2FmZXR5JAwKAAgAwoAAAAAkAAAAAJEAAAAAAU
... AAAAAAJFwAAAAb3AQACzEwNzM3NDE5NTIzCRAAAAAJ+QEAAAn6AQAAAAAAAAAAAAKCgn7AQAAAQAG/
... AEAAAsxMDczNzQOTUyMwrwb9AQAAAMkMAksEAAAAAJ9BBAAAAAAAAAAAAAAoKCgoB/v3//9j///
... 8AAAAABgMCAAAUL0FkdmFuY2Vmb0xuVMRGlyZWN0b3J5JAwKAAGgwAAAAAkAAAAAJEAAAAAAwAAAAAGgo
... GBgIAAAsxMDczNzQQOTUzmCRAAAAAJ+QEAAAn+QQAAAAAAAAAAAAKCgoB/v3//9j///
... 8AAAAABgMCAAAAAAAAAQgPqEAAaAEAAEAAAKCgoAAEAAAAAAAAAAAAAoKARCRAAAAAAAACRAAAAACRAAAACAKAEVAEAAAJAI
... AAsxMDczNzQxOTUyQAAAsxCSYYAAJyAgAAAAAAAAAACgoJKAIAAABikCAAALMTA7Mzc0MTk1MjYJ
... KgIAAAM1MzJkJJAAAAAYsAgAAEzUxOF41MzJeMTA3Mzc0MTk1MjYJCAAAACAAAAAAAAABBi0CAAAPTWVkaWNhbA0Nhb
... CBSZWNvcmRzCSAAAAACgYCBEAAAAAAAAAAAAACgoKdAH9////Y////
... AAAAAAYwAgAAES9NZWRpY2FsLVJlY29yZHMkMDCgABkQAAAAkAAAAAJEAAAAAwAAAAJkKAAAAAkXAAAAABjMCA
... AALMTA3Mzc0MTk1NTII1CRAAAAAJfIAAAJwIAAAAAAAAKCAAATAgAAAAAY1AgAAAAAAAAKCYZAAAAAAAAAAKCgkZ
... AAAYVAgAACzEwNzM3NDE5NTUyCRAAAAACgoJKAIAAABikCAAALMTA3Mzc0MTk1NTIJoTWVkaWNhbA0NlJ
... kCAAADNTMwCSQAAAAG0gEAABM1MTheNTMwXjEwNzM3NDE5NTUyAgAAAEwAAAAAAAAAQQY9AgAALVBhdGllbnQtb
... gQmlsbCBCBvZiBSaWdodHMgMgJmFtcDsgDsgUmVzcG9uc2liaWxpdWWxpaWxpdGllcwknAAAAACgoBAQAAAAAAAAKCgHC/f/2P//
... /
... wAAAAAGPwIAAC0vUGF0aWVudC1CaWxsLW9mLVJpZ2h0cy0mMLVJpZ2h0cy0yaH0cy1hbmQtUmVzcG9uc2liaWxpdGllcwknkKCgE9KAoAAaUAAAAkAAAAA
... AJAAAACRAAAAAACRAAAAAAAACRAAAAAAAAkCgAAAKCgRQAAAAAAAAAAAAAAA0CUQAAAAAAAMUDKUQAAAAACAUQAAAAAAAA
... ACgoJRgIAAAAAABkcCAAALMTA3Mzc0MTkMzZAAAAJJAAAAAAAAASXxMDczNzQxOTUzCAAAAAAAAAAAAKMAUQAAAAAAAGAAAAAAAA
... MzACAAAAcwAAAAAAAAAABBksCAAARUHJpdmFjeSBTBQcmlkJGlj3MJwJXMJJwAAAAKCAAAAAAAAKCgoBs/3//9j//
... /
... 8AAAAABk4CAAAL0vcyi1QYXRpZW50c1YXRpZW50c15hbmQtRmFtaWxpZXMtQ29ubmVjdGlvbmFsLUQmMuVAA
... ACQAAAAkQAAAAQoyQ29ubWVjdGlvbm5lY3QmbGlkLWNzJyAAAAAACgGAAAALMTA3Mzc0MTkmMTAIEBAAAAAAAAAGA
... AAoKCVUCUAAAAAZWAgACzEwNzM3NDE5NTNTNmZAgAAAAAAAAKCgJyAgAAAAAADxmCBgAAACXMJiJ1haWRpZnFqMmOMUllJ
... Tk3MTkCAAAAdgAAAAAAAAAAAABngCAAAAJmSG9tZSBBG9tZSBBBngCAAAJSG9t1Z5yJSBDYXJl1YXJldKCBngCAAAJSG9t
... oKAQEAAAAAAACgoBhv3//9j///
... 8AAAAABnsCAAABBL0NSSC0OTSSC9Gb3t0UGF0aWVudHMtWVzLUZhbWVsaWVzLLUhhvbWUtQ2FyZS1TZXSS1
... FbmQtb2YtTGlmZS18KAAoAaUAAAAkAAAAJAAAAAACRAAAAACRAAAAAAOAAAAACRAAAAAGfgIAAASxsMTA3Mzc0MTkMTyMAkkQ
... AAAAYCAAAQjGAAAAAAAAAAACgoJIAAAAAABoMAAALMTA3Mzc0MTk3MTMjAGhAIAAAM1MzJAJAAAAAaGA
... gAAEzUxOF41MzJeMTA3Mzc0MTk3MTMjACAAAAwAAAAAAAAAAAAoKAQEAAAAAAAAAoKAXf9///Y////
... AAAAAAACgoBhv3//9j//

Page 1387

49128…

AAAAAAKAgARU9DUkgVRm9yLVBhdGUBHR2LWFUzC1cYN1pVG1cjy9iB3BWdaXRpZXMvCgAKA
AGqAAAACQAAAAkQAAAAAQkQAAAADwAAAAkXAAAABo0CAAALMTA3Mzc0MjI1NzAJEAAAAAmPAgAACZACAAAAAAA
AAAAAAAAAoKCZECAAAAAAaSAgAACzEwNzM3NDIyNTcwBpMCAAAADNTMwCSQAAAAglQAABM1MTheNTMwXjJEwNzM
3NDIyNTcwAgAAAHAgAAAAAAAAQaWAgAAD0hvdGGVsIERpc2NvdW50cwnknAAAACgoBAQAAAAAAAAAAKCgFo/f///
2P///
wAAAAGmQIAABEvSG90ZWwtRGlzY291bnRzLwoAAACgABqwAAAkAAAAAJEAAAAAAJEAAAABAAAAAJFwAAAAacAg
AACzEwNzM3NDE5NzIxRCRAAAAJngIAAAAmfAgAAAAAAAAAAAAAKCgmgAgAAAAGoQIAAAsxMDczNzQyQXOTcyMQa
iAgAAAzUzMAkkAAAABqQCAAATNTE4XjJUzMF4xMDczNzQyQXOTcyMQIAAAB5AAAAAAAAAAEGpQIAAABNIb3NwaXRh
bGlzdCBQcm9ncmFmtCSCAAAAKCgEBAAAAAAAAAoKAVn)////
AAAAAaoAgAAMy9DUkgvRm9yLVBhdGUIlbnRzLWFuZC1CGYWlpbGllcy9Ib3NwaXRhbGlzdClQcm9ncmFftLwoAC
gABrAAAAkAAAAJEAAAAEJEAAAABEAAAAJFwAAAaarAgAACzEwNzM3NDEyIyCRAAAAArJQIAAAmuAgAAAAA
AAAAAAAAKCgmvAgAAAAAGsIAAAsxMDczNzQyOTcyMgaxAgAAAzUzMAkkAAAABrMCAAAM1TE4XjJUzMF4xMDc
zNzQxOTcyMgIAAAB6AAAAAAAAAAEGtAIAABFQFQXRpZW50aWNkwknAAAAAAAKCgFK
/f///2P///
wAAAAGtwIAABMvUGF0aWVudHMtYW5kLUZhbWlsaWVzL0hvc3BpdGFsaXN0LVByb2dyYWZ0LwoAC
gABuAAAAkAAAAkQAAAAAkQAAAAAkQAAAEgAAAAa5AgAAAa5AgAABtMTA3Mzc0MTk3MjMJEAAAAAr2
9ibGFvFuawa6AgAAAGsAIAADTAAAoKAMiCbxAAAAAoKCbsSAAAAAa8AgAAEAaMnSDPzENJdWqUmZM
kAAAAByCAAADNT
cmUgUj29taW5cCcUBAAAKCgEBAAAAAAAAAoKAT79///Y////
AAAAAbDAgAATWh0dHBzOi8vd3d3d3d3d3d3Lmwl0cmlhZsyVoZWFsdGguY29tL2hY2lsaXR5Lm5hbWVLFkWfd
mVudGlzdC1ob3NwaXRhbHNhbmQtZmFtaWxpZXMvQXVAUAAAAAAAAKAAQAAAAQAAAkAAAAAyCAAADNT
1xCAAAAAJyAgAAACgoBL/3//9j///
8AAAAABtICAAAuL0NSSC9BYm91dC1Vcy9DYY9YXN01bgUtUm9jay1Rb3BlbCGtGdUt0WqbpVd3LWoCgBrwA
AAkAAAAJEAAAAAJEAAAAAJEAAAAJEAAAEgAAAa5AgAAa5AgAABtMTA3Mzc0MTk3MjMJEAAAAr29ibG
XNzaW9uITlyBtsCAAAD0KCbNTAAAAAAaAa5Ag
AAABtAAAATlyBtsCAAAD5CSQAAAAAaAa5AgAAA

49128…

A3MzceM1Pr3MfIcbgMAAAM1MzIjIJAAAAAAAWWaAEzUxOF91MzVemHAsMzceMMr3MTcCAAAoGAAAAAAAABBnE DAAASUGFydG5lrcnMgaW4gSGVhbHRoCSCaAAAKCgEBAAAAAAAAAoKAY38///Y////
AAAAAZ0AwAAIi9DUkgvQ29tbXVuaXR5R5L1BhcnRuZXJzLWluLUhlYWx0aC80KAAoAAboAAAAJAAAACRAAAAABC RAAAAAGAAAACRcAAAAGdwMAAAsxMDczNzQxoTcYOAkQAAAACXkDAAAJegMAAAAAAAAAAAACgoJewMAAAEABn wDAAALMTA3Mzc0MTk3Mz4c2Mz4c5M3MjgCfQMAAAM1MzIJJAAAAAZ/
AwAAEzUxOF41MzJeMTA3Mzc0MTk3MjgCAAAAowAAAAAAAAAABBoADAAAMSGVhbGluZyBBcnRzCScAAAAAKCgEBA AAAAAAAAoKAX78///Y////
AAAAAaDAwAAHC9DUkgvQ29tbXVuaXR5R5L0hlYWxpbmctQXJ0cy8KAAoAAbsAAAAJAAAACRAAAAABCRAAAAAHA AAACRcAAAAGhgMAAAsxMDczNzQxOTc1OAkQAAAACYgDAAAJiQMAAAAAAAAAAAACgoJigMAAAAEABosDAAALMT A3Mzc0MTk3NTgGjAMAAAM1MzIJJAAAAaOAwAAEzUxOF41MzJeMTA3Mzc0MTk3NTgCAAAApgAAAAAAAAABBo8 DAAAPSG90ZWwgRG1zY29yZ2S291bnRRcSCaAAAACgEBAAAAAAAAAAAoKAW/8///Y////
AAAAAaSAwAAES9Ib3RlbC1EaXNjb3VudHMvQKAAG8AAAACQAAAAkQAAAAAkQAAAACAAAAAm5AgAABpUDA ALMTA3Mzc0OMzM3ODIKCgoAAAAAAAAaaWAwAAABUZvcml2BpcDAAAJUXVpY29y8AAAAAaaZAwADz EwNzM3NDI1Mzf5DUzMgAawAaAAkAxAzMgMgxNgM1MzIJJAAAAaAGdAxANbNvRlbnQCWcG9ydAaAwAAB0NvbNvbRlbnQbnQRlcy9TZWN1cmUyBScyT5WN1cmBy3Jt2WcmVzIHNBcm5lcgBEZXgcHcm5lcmCScAAAAATCgoEBEAAAAaAABEDAAAI nCcAAAAaAaCcCoBUvz//9j///
8AAAAABq8DAAAhL0NSSC9Db21tdW5pdHkvQ29tbXVuaXR5R5L1UlbmVmaXQvCgKAAG+
AAAACQAAAAkQAAAAkQAAAAkKXAAAABrIDAAALMTA3Mzc0NDDMwMTkTKkQAAAAAAAAAAAazAwAAB0Nvb nRlbnQJlwAAAAm1mlwAAAAGtgMAAA8xMDczNzQyQyN1E3MXw1MzItGtgMAAAM1MzIJJAAAAAa5AwAAEzUxOF41Mz JeMTA3Mzc0MjYxQ29tbXVuaXR5QnbuVuaXQyO9tU3Q2VuaXR5IE5IE5lbdZWQtIDMgdW5lbb3JkZW5lQyMVaWRlb3VkAAAAACRABAAAAASOE3MXw1MzIuZ

Page 1389

JWgQAAAAAB1EAAAALMTA3Mzc0MTk3QkQQAAAM1Mjk0AAAAA/eBAAABg8RoF41MjIeMTA3Mzc0MTk3NzEC
AAAAxwAAAAAAAAABBl8EAAAHRWx1dmF0Z0QknAAAACgoBAQAAAAAAAAAAKCgGf+///2P///
wAAAAGYgQAABIvQ1JIL05ld3MvRWRx1dmF70ZS8KAAoAAcoAAAAJAAAACRAAAAABCRAAAAADAAAACRcAAAAGZQ
QAAAsxMDczNzQyMDUwMWgkQAAAACWcEAAAJaAQAAAAAAAAAAAACgoJaQQAAAAABmoEAAALMTA3Mzc0MjA1MDI
GawQAAAM1MjkJJAAAAAZtBAAAEzUxOF41Mj1eMTA3Mzc0Mj1MDICAAAAyAAAAAAAAAABBm4EAAANRm9y1HRo
ZSBNZWRpyQknAAAACgoBAQAAAAAAAAAKCgGQ+///2P///
wAAAAAGcgCQQAABOvQ1JIL05ld3MvS2V5LU1lZGlhLUNAByvWAAAAkAAAAJEAAAAAJEAAAA
QAAAAJFwAAAAZ0BAAACzEwNzM3NDQQzMDE5CgoKAAAAAAAAAJswMAAAAmXAwAAACXCEAAAAAZ4BAAADzEwNzM
3NDI2MTcwfDUyUyQ25BAAAAzUyUyQVkxMDczNDI5UyQy0V4xMDczNzQ2QgQQAAAJDJAAAAAAAAAAAAAg
fAQAABVDb21tdW5pdHkmTmV3V3pdmVhSRlb3MJngMAAoAKAQAAAAAAAAAAAAAACgoBgvv//9j///
8AAAAABn8EAAAgLASSSS90ZXdzL1ONvVbW11bml0Ss1OZXdzZLVZpZGVvcy9KAAoAAoAdUAAAAZZAAAAmAAA
ADAAAAAHfAAAAGQAAAAAmBBAAAEgAAABIAAAAB6QAAABkAAAAJggQAAAJAAAAAIAAAAAHfMAAAAZ2AAAAYCYMEAAAJ
AAAACQAAAAAH9AAAAGQAAAAmEBAAAACgAAAAOAAAAAABBwEAABkAAAAJhQQAAAAAAADAAAABBwEAAAAAAACXUAA
AAAAAAAAAAAAEAENAQAAAEgAAAl2AAAAAAAAABDgEAAAAJiAAAEAAAAAAAAAAAAARsBAAAAAAACX
UAAAAAAAAAAAAAAAAECAQAAEgAAAl2AAAAAAAAABHQEAAAAQAAAAJiwQAAAGAAAAAAIAAAAAAACSoBAAAAQ
ACXUAAAAAAAAAAAErAQAAEgAAAl2AAAAAAAAAABLAEAAAAAAABL8Jg0QAAAVAAAGAAAAAAAAATkBAAAR
AAAACXUAAAAAAAAAAAAAE6AQAAEgAAAl2AAAAAAAAAABOwEAAAQAAAAJkQAAAYAAAAAAAAAUgBA
AARAAAACXUAAAAAAAAAAAAAF6AQAAEgAAAl2AAAAAAAAAABSgEAAAAJLAQAAAAAAAAAAAAV
cBAAARAAAACXUAAAAAAAAAAAAAFYAQAAEgAAAl2AAAAAAAAAABWQEAAAJ1wQAAI1AAAACAA
AAWYBAAAARAAAACXUAAAAAAAAAAAAAFnAQAAEgAAAl2AAAAAAAAAABaAEAAAQAAAAJmgQAAAAAE
AAAAAAYQBAAAARAAAACXUAAAAAAAAAAAAAGFAQAAEgAAAl2AAAAAAAAAABhgEAAAQAAAAAJ1AQAAx
AAAAAAAAAZMBAAAARAAAACXUAAAAAAAAAAAAAGUAQAAEgAAAl2AAAAAAAAAAABlQEAAAQAAAAAJowQ
AAsAAAALAAAAaIBAAAARAAAACXUAAAAAAAAAAAAGjAQAAEgAAAl2AAAAAAAAABpAEAAAQAAAAJ
pgQAAAQAAAAAbEBAAAARAAAACXUAAAAAAAAAAAGyAQAAEgAAAl2AAAAAAAAAABswEAAAAAAAABzQEAAA
AAJlQAAAaAAAAAAAAAAb9BAAAEAAAAAAAEwgAAAAAAAAHMAQAAAAABZQAAAAACZQEAAAAJ1AAAAJow
AAsAAAALAAAAaIBAAAARAAAACXUAAAAAAAAAAAGjQAAAEgAAAl2AAAAAAAAABVUCAAAAEAAAAABZQEAAA
AAJlQAAAaAAAAAAAAAGyAQAAEgAAAl2AAAAAAAAAABsgEAAAAAAAABzQEAAAAAJlQAAAaAAAAAAAAA
b9BAAAEAAAAAAAEwgAAAAAAAAAHMAQAAAAABZQAAAAACZQEAAAAJ1AAAAaAAAAAAAAABp
AAAAJ/

gQAAA1AAAACAAAAAYgDAAAARAAAACXUAAAAAAAAAAAAAAGJAwAAEgAAAl2AAAAAAAAAAAaBigMAAAQA
AJ1QAAAAAAAAAAZgDAAAAACXUAAAAAAAAAAG1AwAAEAAAAAJ1AAAAaAAAAAAAAAAAAABpgMAAABI
AAAJJdgQAAAAAAAAAAacDAAAEAAAACXUAAAAAAAAAAAAG1AwAABAAAAmUBAAAAAAAAAAABwgMA
ABEAAAJdQAAAAAAAAAAcDAAAAcMDAAAACXUAAAAAAAAAAAAHEAwAAAAAAAAAABKBQAAACAAAAaAA
QMAAABEAAAAAJdQAAAAAAAAAAdIDAAAACXUAAAAAAAAAAAAAHTAwAAQAAAAHTAwAAAACXUAAAAAABSQAAAAAAAHm
AAAB7wAAABEAAAAAAJdQAAAACXUAAAAAAAAAAAeEDAAAAcMDAAAAACXUAAAAAAAAAAAAAHiAwAAQAAAAHx
AwAAAAAACXUAAAAAAAAAAAe1DAAAAcMDAAAACXUAAAAAAAAAAAAHxAwAAQAAAAHxAwAAAAACXUAAAAAAAAQBQAAAQ
AAAAJ/

gMABEAAAAAAJdQAAAACXUAAAAAAAAAf8DAAAACXYAAAAAAEAAAABEAAAAmUBAAAAAAAAAAABAAAmUBAA
ABDQQAAAEAAAAJdQAAAAAAAAAQ4EAAAACXYAAAAAAAAAAAAAAAAEPBAAAAAAAmUBAAAAAAAAAAABAA
AAABHAQAAEAAAAJdQAAAAAAAAAAAR0EAAAACXYAAAAAAAAAAAAAAAEeBAAABAAAAAaAAkzBQAAwAA

AAMAAAhBPVqQAABEAAAa0qAAAAAMAAAAHGAkbwFAAFSTRATCVYAA0AAJAvBqAAAAkAAkcBQAAA
QAAAAEAAAABOgQAABEAAAAJdQAAAAAAAAAAAAAATsEAAASAAAACXYAAAAAAAAAAAAAAE8BAAABAAAAAkfBQ
AAAQAAAAEAAAABSQQAABEAAAAJdQAAAAAAAAAAAAAAUoEAAASAAAACXYAAAAAAAAAAAAAFLBAAABAAAAAm
UBAAAAAAAAAAAAAABBWAQAABEAAAAJdQAAAAAAAAAAAAAAVkEAAASAAAACXYAAAAAAAAAAAAAAFaBAAABAAA
AAmUBAAAAAAAAAAAAAAAABZwQAABEAAAAJdQAAAAAAAAAAAAAAWgEAAASAAAACXYAAAAAAAAAAAAAAFpBAAAB
AAAAAmUBAAAAAAAAAAAAAABdwQAAAQAAAAJlQAAAAAAAAAAAAAAE4EAAAAAQAAABAAAAAAEJUVrdHJvvbi5DbX
MuT3JnYW5pzmewF0aW9uLklNZW51SXRlbRhdGGEFAAAACSkFAAAJKgUAAAkrBQAAcSwFAAAJkuBQAACS8
FAAAJMAUAAAkxBQAACTIFAAAJMwUAAAk4BQAAUQ0QRUQQHgQQAAAAAAlAAAAQlRWt0cm9uLNtcy5Pcmdhbml6
YXRpb24uSU1lbnVJdGVtHGRhbdOAkwAAQkBwAAAQQQHgQQAAAABAAAAAAAASAAAkuBQAAAClTAFAAAJNQ
UAAAAAJQQUAAaalbCBQAACUMFAAAAlVBhQYUAAAGdeCBAAAAAEAAAAIAAAAAAAAAAAAAA6UBAAADqAAuQ
21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EVXJrRhBAAAAlHBBWEEBAAAAAaaafBQAAAlBQAAAlBQAACUsFAAAATUAAAAAA
lNBQAACU4FAAAHgwQAAAABAAAAEAAAAAQlRWt0cm9uLUtsKNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtDAUAAAJ
AAAJTwUAAAlBQAAACVEFAAAlJgUAAalhblBQAACVcFAAAlWBQAACVfFAAAJBwBeeEBAAAAAEAAAQAAAAAAQAAA
BCVFa3Ryb24a 4uQ21zLkZyYW1lld29yay5VSS5UcmVlVGV4dGNmsuVUkuVHJlZS5SZWxhdGlvbnNoaXAgVYBQAAC
VwFAAAAJXQUAAAleBQAAACV8FAAA18EAAAAACkwUAAAAVHBQAAAAAAAlBQAAAACBQQAQACVFa3Ryb24aN4uQ21zL
kZyYW1lld29yay5VSS5UcmVlVGV4dGNmsuVUkuVHJlZS5SZWxhdGlvbnNoaXAgVWUAAAlbBQAAAo
BQAACkkFAAAQlRWt0cm9uLUtQ1TAAAHowQAAAABAAAAEAAAAAQmRWt0cm9uLUtsKNtcy5Pcmdhbml6
YXRpb24uSU1lbnVJdGVtHGRhdAAAAJbBQAAAo6EAAAAACkwUAAAAVHBQAAAAAAAlBQAAAACBQQAQCVFa3
gFAAAAJeQUAAAAXcsFAAAAJfAAAJ1BQAAB44EAAAAAQAAAAgAAAAAAAEJkVrdHJvvbi5DbXMuMuRnJhbWV3b3JrLjVJ
rllVJLllRyZWVUdUuSVyZWVVOb2RlAAAAAl+
BQAACX8FAAAJgUAAAmBBQAACYIFAAAJgwUAAA0CB5EEAAAAAAQAAAgAAAAAAEJkVrdHJvvbi5DbXMuMuRnJhbWV3b3b
3JrLlVJLlRyZWVUdUuSVyZWVVOb2RlAAAgHgAAAAEBQAACYYFAAAJgwUAAACYBEXBAAAAAEAAAA
AAAAAAAQmRWt0cm9uLUtmsuMuRnJhbWV3b3JrLjVJrllVJLllRyZWVUdUuSVyZWVVOb2RlAAAAAmBQAAAAXBB
AABCZFa3Ryb24a4uQ 21zLkZyYW1lld29yay5VSS5UcmQ21zLkZyYW1lld29yay5VSS5UcmVlVGV4dGNmsuVUkuVHJsZ
S5JVHJlZ1U5vZGUCAAAAACCIFAAAAXgwUAAAEBQAA0QIYxgUAAAACQwVUAAAACnwFAAAJvQUAAAm+
BQAACb8FAAAJwAUAAABQQAAQIH7gQAAAABAAAAEAAAAAAAQmRWt0cm9uLUtsKNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtG
S5JVHJlZ1U5vZGUCAAAACIFAAAAXgwUAAAEBQAA0QIYxgUAAAACQwVUAAAACnwFAAAJvQUAAAm+
AJzAUAAA0FB/
EEAAAAAAQAAAAAQAAAEJkVrdHJvbi5DbXMuMuRnJhbWV3b3JrLjVJrllVJLllRyZWVUdUuSVyZWVVOb2RsQVAAACc4
FAAAJzwUAAAnQBQAAB/
gEAAAAAQAAAAQAAAEJkVrdHJvbi5DbXMuMuRnJhbWV3b3JrLjVJrllVJLllRyZWVUdUuSVyZWVVOb2RsQVBQAACdI
FAAAJ0wUAAAnUBQAAB/
4EAAAAAQAAAAAQAAAEJkVrdHJvbi5DbXMuMuRnJhbWV3b3JrLjVJrllVJLllRyZWVUdUuSVyZWVVOb2RsQVBQAACdY
FAAAnAgcKBQAAAAAAIAAAAECBZFa3Ryb24auQ21zLkZyYW1lld29yay5VSS5UcmVlVGV4dGNmsuVUkuVHJlZ1U5vZG5DVb
XMuRnJhbWV3b3JrLjVJrllVJLllRyZWVUdUuSVyZWVVOb2RsQVAnfBQAACeAFAAAAnfBQAAAeHEAUAAAAAAAAAAAAAA
QmRWt0cm9uLUtsKNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtDOAAAAAAABQAACeUFAAAJ4wUAAAnkBQAAB/
EpBQAACAAAAIQAATACAAAADQIAAAAAAAJEAAAAAAAAAAAAAACQwBAAAJDQEAAAkQAAAAQkTAQAARP6///
r////
BAAAAAbuBQAAD1RoZSLCaXJ0aAFBsYWNLLWxwkXAAAAAKgAAAAAAAAAJEAAAAAEAAAAAAJ8QUAAoeAhAAAABK
gUAAAgAAABAAABQwQAAAAAAACAAAAAAAAAACRAAAAAAAAAAAAAAAAABbAQAACRAAAAkbQAAAAJGgEAAAEJgEAAAABK
///wQAAAAG+
AUAADZDUkkgvU3BlY21 lhbHRRMzZMVGhlUUZzcC1XVGZdC1DYXJlJ1LUNmlbnRlbnRsR2DYXNNbnEljay1JF
oAAAAAAAAAAcRAAAAAJKgEAAAkrAQAAAAABCTEBAAAB/n//+v///
8EAAAAABgIGAAAgQ1JIlL1NwZWNpYWwzNvHHbmtWZL0Nhbbml1PbmNvbmSsS8JFwAAAACoAAAAAARAAAAAD
ACQUGAAAKADACAADAACAADAAAAAAACRAAAAAAAAAAAAAAAAAAJOQEAAAkrAQAAAJGwEAAAAJGgEAAAABK6QAAA
CRAAAAABCUABAAAABf9fn//+v///
8EAAAAABgIGAAAgQ1JIlL1NwZWNpYWwzNvHHbmtWZL0NhcmRpVWMU2Vydml1jrMCRcAAAABAA
AAAKPBgAAAAAAAkEtBQAAAAAURAIAAAADQIAAAAAJEAAAAAAAAAAAAAAACUgBAAAJDQEAAAKAAJI
gEAAAABK6QAAACRAAAABCUABAAAABf9fn//+v///
8EAAAAABgIGAAAgQ1JIlL1NwZWNpYWwzNvHHbmtcRpRYMtU2Vydml1jZXMVQCRcAAAABAAAAAKPBgAAAAAAAk
AAAkPBgAAACgA2BQCAAgAAAAAEtBQAAAAAURAIAAADQIAAAAAJEAAAAAAAAAAAAAAAACUgBAAACUgBAAAJ9fn//+v///
8EAAAAABgAAAgWGAAAhQ1JIlL1NwZWNpYWwzNvHHcmRpRYMVQ2Vydml1jZXMVQCgA2BQCAAgAAAAAEtBQAAAAAURAIAAADQMHHH
wUAAAAAABAAAAAAAAAAABQmRWt0cm9uLUtsKNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtDGFtcnNF
EpBQAACAAAAIQAATACAAAADQIAAAAAAAJEAAAAAAAAAAAAAAJDQEAAAkQAAAAQkTAQAARP6///
r////
BAAAAAbuBQAAD1RoZSLCaXJ0aAFBsYWNLLXdwkXAAAAAKgAAAAAAAAAJEAAAAAEAAAAAAJ8QUAAoeAhAAAABK
gUAAAgAAABAAABQwQAAAAAAACAAAAAAAAAACRAAAAAAAAAAAAAAAAABbAQAACRAAAAkbQAAAAJGgEAAAEJgEAAAABK
///wQAAAAG+
AUAADZDUkkgvU3BlY21lhbHRRMzZMVGhlUUZzcC1XVGZdC1DYXJlJ1LUNmlbnRlbnRsR2DYXNNbmEljay1JF
oAAAAAAAAAAcRAAAAAJKgEAAAkrAQAAAAABCTEBAAAB/n//+v///
8EAAAAAAbgAAAgWGAAAhQ1JIlL1NwZWNpYWwzNvHHcmRpRYMVQ2Vydml1jZXMVQCgA2BQCAAgAAAAAEtBQAAAAAURAIAAADQMHHH
wUAAAAABAAAAAAAAAABQmRWt0cm9uLUtsKNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtDGFtcnNF

49128… AAkQAAAAQlPAQAAAev8f//r////
BAAAAAYWBgAAHkNSSC9TcGVjaWFsSdGllcy9EaWFiZXRlcy1DYXJllLwkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJG
QYAAAoOAtREAgAIAAAABLgUAAAgAAAA+
BQCAAgAAAA0CAAAAAAAACAAAAAAAAAAlXAQAACVgBAAAJEAAAAEJXgEAAAHh+f//6////
wQAAAAGIAYAAB9DUkgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LSUNhcmUUvCRcAAAAqAAAAAAAAAkQAAABgAAAA
kjBgAAACgA+
BQCAAgAAAAEvBQAACAAAAOoSAIACAAAADQIAAAAAAAAJEAAAAAAAAAAAAAACWYBAAAJZwEAAAkQAAAAQltA
QAAAdf5///r////
BAAAAAYqBgAAEUdhc3Ryb2VudGVyb2xvZ3l3bxvkvCRcAAAAqAAAAAAAAAkQAAABwAAAAktBgAACgDqEgCAAgAAA
AEwBQAACAAAAEIFAIACAAAADQIAAAAAAAAJEAAAAAAAAAAAAAACXUBAAAJdgEAAAkQAAAAQl8AQAAAc35//
/r////
BAAAAAY0BgAAIENSSC9TcGVjaWFsdGllcy9NZWRpY2FsdHltWdpbmcvaCRcAAAAqAAAAAAAAAkQAAACAAAA
Ak3BgAACgBCBQCAAgAAAAExBQAACAAAAAEcFAIACAAAADQIAAAAAAAAJEAAAAAAAAAAAAAACYQBAAAJhQEAAA
kQAAAAQmLAQAAAcP5///r////BAAAAAY+
BgAAK0NSSC9TcGVjaWFsdGllcy9OZXVyb3N1cmdlcnkvbeS8JFwAAACoAAAAAAAAAACRAAA
AAJAAAAACUEGAAAKAEcFAIACAAAAATFAAAIAAAAASAUgAIAAAANQgAIAAAANgAAAAAAAAAkwAAAAJkwEAAA
mUAQAACaMBAAAAAAAAACBCZoBAAABufn//+v//
8EAAAABkgGAAAcQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzVkaWNWLwkXAAAAKgAAAAAAAAAJEAAAAoAAAAJSwY
AAAoASUAgAIAAAABMwUAAACgAAAABnBQCAAgAAAA0CAAAAAAAACBRAAAAAAAAAAAAAAAAmiAQAACaMBAAAAAEAAA
AAEJqGAEAAAGv+f//6////
wQAAAAGUgYAA9SWhhYmlssaXRhdGlvbi8lJ3FuaAAAAAAAqkQAAAAAAAAAJsQEAAAmyAQAAACVUGAAAACVUGAAAT
QFAAAIAAAAaAUAAAgAAAAkQAAAAyAAkkQAAAAAqAAAAAAAAAJsQEAAAmyAQAAACVYGAAAmyAQAAAAEJqGAEAAAGv+f//
/// 
8EAAAABlwGAAAWU2xlXAtRGlzb3JkZXIgQ2VudGVyXwkXAAAAKgAAAAAAAAAJEAAAAAwAAAAJXwYAAAoAaAU
AgAIAAAAAFNQUAAChFa3Ryb24U2Lk9yZ2FuaXphdGlvbiAgQ2xk9yZ2FuaXphdGlvbiA1MaW5MaW5ER1Ya
bURhdGGErPE10ZW1EYXRhUl05yZ2FuaXphdGlvbiA1MaW5EYXRUZW1EYXRhUl05yZ2FuaXphdGlvbiA1SXRl
bUGEY3R2EVEYXJLWmpbmdpY2VkR0lEYXRUZW1EYXRhUl05yZ2FuaXphdGlvbiA1SXRlbUGEY3R2EVEY
a19fQmFja2dyb3VuZFdpdGhJk1lbbnVCYXINlRGF0YSs8SHJlZj5rX19CYWNrZ3JvdW5kR1tWUdVJYXhRhRh
zxUYXJnXQ+
a19fQmFja2dyb3VuZFdpdGhLE1lbbnVCYXINlRGF0YSs8QW5iJ2XN0b3JJD5rX19CYWNrZ3JvdW5kR1tWUdVJ
2VEYXRhRkzzEZXNjcml3G2Glvbjdl5rX19CYWNrZ3JvdW5kV2l0aFN1YkxlYXZWZAAAEJYXRhTWVudUJhckxJdGVt
cHBmdX0JhYbm5tbR1dnRFaXJlP1tWUdVJ2XREYXRUZWZW5rX19CYWNrZ3JvdW5kV2l0aFN1YkxlYXZWZEPmZZAA
BQAAAAAiBgAADS83JUHJlbVnTW9rYWwvaWVyX21lbnVfYXR0cmlidXRlcy9FbGVtPmZkAAAEJkXRhTWVudUJhckxJdGVt
cHBmdX0JhYbm5tbR1dnRFaXJlP1tWUdVJ2XREYXRUZWZW5rX19CYWNrZ3JvdW5kV2l0aFN1YkxlYXZWZEPmZZAAB
i5Fa0VudWRlcm5kdmVhdmVDKUBUV9k5KdXREYXRhTWVudUJhckxJdGVtcHBmdX0JhYbm5tbR1dnRFaXJlP1tWUdV
lzdGAxW1tFa3Ryb24k9yZ2FuaXphdGlvbiA1Rl09yZ2FuaXphdGlvbiA1SXRlbUGEY3R2EVEYBVFnZU92Z2JyZW4Ry
YWN0aXZlX21lbnVfYXR0cmlidXRlcy9FbGVtPmZkAAAEJkXRhTWVudUJhckxJdGVtcHBmdX0JhYbm5tbR1dnRFaXJlP1tWUdV
MjFlNjNiZV1dAQkFAAAAAAAAAAAAAAASAgAAAAAAAnEAQAAAZ/5///r////
BQAAAAZiBgAADS83JUHJlbVnTW9kYWwvaWVyX21lbnVfYXR0cmlidXRlcy9FbGVtPmZkAAAEJ0FwCAAgAAA
AE2BQAAAAEFAIACAAAAAEFAIACAAAATcFAAAIAAAAahMAgAIAAAASAgAAAAAAAACwBAAAJzQEAAAkQAAAAQnTAQAAAZX5//
/r////
BAAAAAYsBgAAH0JpGxGxpbmctYW5kLUZpbmFuY2l3l24vaCRcAAAAqAAAAAAAAAACRAAAAACAAAAACRAAAAC
W8GAAAKAAEFAIACAAAAATcFAAAIAAAAahMAgAIAAAASAgAAAAAAAAACRAAAAACRAAAAAAAAACRAAAAACAAAAAC
AAAABCeIBAAABi/n//+v//
8EAAAABnYGAAAiRm9yLVBhdGllbnRzLWFuZC1WaXNpdG9ycy9pbmRleC5odG1sJ1YWUY5bLwkXAAAAAAAAAAAAM
AAAAJeQYAAAoAahMAgAIAAAABOAUAAAgAAAAkFAIACAAAATcFAAAIAAAAnqAQAACesB
AAAJEAAAAAJ8QEAAAkQAAAAQnrAQAAAc/5///r////
wQAAAAGqYAABtRdWFsaXR5LVN1LVNWUNnBzZVUYW5kLVNhZmV0eS9lbmRlbC5odGx3AAAAqAAAAAAAAACRAAAA
AKABIUAIACAAAAATkFAAAIAAAAAakFAAAIAAAAkQAAAABQAAAAAAAAJ+
QEAAAn6AQAAAKfFAAAIAAAABCQAAAaBd/n//+v///
8EAAAABooGAAAGOoAGAAATOQWR55jZS1EaXJlY3RppdmFzSmVkYWAtwXUWVySmVkYWAtwXUWYY1kYXQJ
AAAABOgUAAAEBQAAAAE2BQAAAAEgAAAAAAkIagAAAAAAki IagAACQkAAAAAkQAAAAAAAkIagAAAAAAAEJdWIAAAAt
+f//6////
wQAAAAGlAYAABVDZW50ZXVUL1Vwl8JFwAAACoAAAAAAAACRAAAAAAARaGAAAKAGHAIACAAAATwUACAAAAGBC
zxJwUAAAgAAAAATOQWRY5jWy1EaXJlY3RppdmFzSmVkYWAtwXUWYY1kYXQJAAAAgAAAAJzQUAAAgAAAAAGBC
AAAAkQAAAAAAki IagAACQkAAAAAAkIdWUIAAAUX5///r////
8EAAAABp4GAAAALZEvcilQYXRpZW50cy1hbmQtRmFWpXYUpdmFzSmVkYWAtwXUWYY1kYXQJAAAAgAAAAAAAkQAAAAC
AAAAAkQAAAAAgAAAAm/BgAACgKBXK0AAAAAE/

49128… BQAACAAAAAoFAIACAAAAEgIAAAAAAAAAJEHAAAAAAAAAAACVMCAAAJVAIAAAAAQAAAAQI1AAgAAAATv5///r/
… ///
… BAAAAAAAbGBgAAHENvbm5lY3QtZm9yLUhlYWx0aC1Db2xvcmFkby88JFwAAACoAAAAAAAAAAACRAAAAALAAAACckGA
… AAKAA0FAIACAAAAAAUAFAAAIAAAAAxgUAgAIAAAASAgAAAAAAAAAkQAAAAAAAAAAAAAAAAJYgIAAA1jAgAACRAAAA
… ABCWkCAAABMfn//+v///
… 8EAAAABtAGAAAuQ1JIL0ZvcilQYXRpZW50cy1hbmQtRmFtaWxpZXMvPHZ9R2V2V0V2VsbC1OZXR3b3JLwKAAAAAKgA
… AAAAAAAJEAAAAwAAAAJ0wYAAAoAxgUAgAIAAAABQQUAAAgAAADHBQCAAgAAABICAAAAAAAACRAAAAAAAAAA
… AAAAAA1xAgAACXICAAAJEAAAAAEJeAIAAAEn+f//6////
… wQAAAAG2gYAAEBDUkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Ib21lLUNOhcmUtYW5kLUhvc3BpY2UtRW
… 5kLW9mLUxppZmUtUvCRcAAAAqAAAAAAAAAAAkQAAAADAAAAnBgAACgDHBQCAAgAAAAFCBQAACAAAAMgFAIACAAA
… AEgIAAAAAAAAAJEAAAAAAAAAAAAAAAACXYCAAAAJqQIAAAKQAAAAaOMHAgAAAR7///////
… BAAAAAbkBgAAMUNSSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL29hAAAAVzL0hvc3BpdGFFctZW5pGcy8JFwAAA
… COAAAAAAAAAACRAAAAAOAAAACecGAAAKAMgFAIACAAAAAUMFAAAIAAAA6hAAgAIAAAASAgAAAAAAAkQAAAAAA
… AAAAAAAAAJjwIAAmAQAgAACRAAAAAABCZYCAAABE/n//+v///
… 8EAAAABu4GAAAQSG90ZWwtRGlzY29vbnQtZm9yLUNvLUxpdmluZy1hbmQtQ2FyZS1mb3ItU2VuaW9ycy8JFwAAA
… BRAUAAAgAAADJBQCAAgAAABICAAAAAAAACRAAAAAAAAAAAAAAAAAAAAAAAAAAAmeAgAACZ8CAAAJEAAAAAEJpQIAAAEJ+f//
… 6////wQAAAAG+
… AYAADJDUkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Ib3NwaXRhbC1pbGllcy9IB3NwaXRhbGltdC1kZC1Qcm9ncmFtc 9ncmFtcmzLtwkXAAAAAKgAAAA
… AAAAAAEAAAAAJ+
… wYAAAoAyQUAgAIAAAAABRQUAAAgAAADKBQCAAgAAABICAAAAAAACRAAAAAAAAAAAAAAAAmtAgAACa4CAAAJEA
… AAAAEJtAIAAAEH+P//6////
… wQAAAAGAgcAABJQYXRpZW50LW1vL291Jlc291cmNlcy8JFwAAACoAAAAAAAAAACRAAAAAAAAAACQUHAAAAKAMoFAIACAA
… AAAUYFAAA1BQAAAAAASAgAAAAAAAAnAAgAAACkkCAAAJEAAAAAEJzwIAAAHv+P//6////
… wQAAAAEGgcAAC1DUkgvQWJvdXQtVXMvQ2F9dcmRlcnMtRzLVFuZC1Vb2x1bmRbcmRnc2stYW5kLVJvbHZi18JFwAAACoAAA
… AAAAAACRAAAAACAAAAACRUHAAAAKAkACAAAAAAAAAUgFAAA1AAACgIAAAAACgIAAAAAAAAAHAgAAAAAAAAkQAAAAAAAAAA
… AAAAJ1wIAAAnYAgAACRAAAAAABCd4CAAAB5fj//+v///
… 8EAAAABhwHAAAgQ1JIL0Fib3V0LVVzQ1bpb24tYW5k-Um9lbXW5kLYW5kLVZhbHVlcy8JFwAAACoAAAAAAAAAEAAAAAB
… ACR8HAAAKAAoCAAAAAAAAAUkFAAAIAAAbwAAgAIAAAAAHgAAAAAAAk5AAAAAAAAAAJ5gIAAAnnAgAACRAAAAAAJ5gIAAAnnAgAACRAAAA
… CRAAAAAABCe0CAAAB2/j//+v///
… 8EAAAABiYHAAAAZ1JIL0Fib3V0LVVzL091ci1iMWFFkXKZJZLwkXAAAAAAAJEAAAAAAAAAAJEAAAABQAAAAJKQcAAAo
… AbwAAgAIAAAAABSgUAAgAAAABwAAACAAAAAcCAAAAAAACRAAAAAAAAAAAAAAAAAn1AgAAACfYCAAAJEAAAAAEJ
… /AIAAAHR+P//6////
… wQAAAAGMAcAAB9DUkgvQWJvdXQtVXMvQXdhcmRzLWFuZC1Fib25vcnMvCRcAAAAqAAAAAAAAAkQAAAAFQAAAA
… kzBwAACgBwAACAAgAAAAFLBQAACAAANEFAIACAAAABwIAAAAAAAAJEAAAAAAAAAAAAAACQQDAAAJBQMAAAk
… QAAAAAQkLAwAAAcf4///r///
… BAAAAAY6BwAAEENlbnR1cmEtEtQ29ubmVjdGlvbnMvCRcAAAAAAAAAAAAACRAAAAWAAAACT0HAAAAKANEFAIACAAAA
… UwFAAAIAAAA0gUAgAIAAAAAHgAAAAAAk5QAAAAAAAAAJEwMAAAB1UWAACRoDAAABCRoDAAABCRoDAAABCRoDAAABCRoDAAABCRoDAAAB
… v///
… 8EAAAABkQHAAA1iUm9hZG1hcC10by1AgUtRnV0dXJ1LWFuZC1EUXJJlUhlYWx0aC1DYXJlL3BlbmNQsCRcAAAAAEAAAAAABe
… AAAAJRwcAAoAAgUAgAIAAAAAABTBUAAAgAAAADTBQCAAgAAAAcCAAAAAAAAACRAAAAAAAAAAAAAAAkiAwAACSMD
… AAAJEAAAAAEJKQMAAAAGz+P//6////
… wQAAAAGTgcAAACJDUKgvRm9yLVN0YXJ0ZWQtVmlldy9jbGluaWNhbC1wcm9jZWR1cmVzL1dXQ1RlbGVzY29wZXMvCRcAAAAGA
… AAAlRBwAACgDTBQCAAgAAAAFOBQAACAAAA1JAIAAAAAJEAAAAAAAAAAAACTEDAAAAJMgMAAAAAAAAACTEDAAAAJMgM
… AAAKQAAAAAQk4AwAAAaan4////r///
… BAAAAAZYBwAAGUNSSC9BYm91dC1Vcy9PdXItTGVhZGVyc2hpcC8JFwAAACoAAAAAAAAAACRAAAAAZAAAACVsHAAAKA
… J0IAIACAAAAAU8FAAA1BQAAAAAAAUAgAAAAAAA1EAwAAAAAAlEAwaAaP4///r///
… BQAAAAlHAwAACbkCAAAqAAAAAAAAAAAAQAAAAAA1hBwAACRAAAAAAjR0qAAAAIBUgAAAAABAAAAAAAAAAAAAaAAC/
… BQCAAgAAABQCAAAAAAAAAAA1MAwAAACU0DAAAAAJEAAAAAEJUwMAAAAJUwMAAAAEJUwMAAAAAAJ
… lrBwAACgC/
… BQCAAgAAAAFRBQAACAAAAMEFAIACAAAAFAIAAAAAAAAJEAAAAAAAAAAAAAAACVsDAAAJXAMAAAkQAAAAQliA
… wAAAY/4///r///
… BAAAAAZyBwAAG0NSSC9Db21tdW5pdHktSGVhbHRoLW5ksVm9sdW50ZWVyaW5nLwkXAAAAAJEAAAAAQAAAAJdQcA
… AoAwQUAgAIAAAABUgUAAAgAAAADBQCAAgAAABCAAAAAAAAAlqAwAACWsDAAAJEAAAAAEJcQMAAAAGJUW4
… EJcQMAAAGF+P//6////
… wQAAAAGfAcAACFDUKgvQ29tbXVuaXR5LUhlYWx0aC1hbmQtVm9sdW50ZWVyaW5nL1dlbHUtUhlYWx0aC0cCRAAAAAAAFAA
… AACX8HAAAKAANEFAIACAAAAVMFAAAIAAA0UAUAgAIAAAAAkQAAAAAAAAAAAAACXEDAAAAJeQMAAA16AAAAA
… ACRAAAAAABCYADAAABe/j//+v///
… 8EAAAABoYHAAAbQ1JIL0Nvbn5bW1bml0eS1IZWFsdGgtYW5kLVZvcGVudHV5ydHMvcm9bGVtbdSY5jCy9BvdW50ZWVv
… ACgDQBQCAAgAAAAUFUBQAACAAAAF0FAIACAAAAFAIAAAAAAAAJEAAAAAAAAAAACYgDAAAJiQMAAAmJBwA
… AQmPAwAAAXH4///r///
… BAAAAAaQBwAAEEhvdGVsLURpc2NvdW50cy2NvdW50cy22NvW50cy8JFwAAACoAAAAAAAAAAAHAAAAACZMHAAAAKAO4FAIACAAAAB
… VUFAAArRWt0cm9uaWNLtcy5Pcmdhhbml6YXRpb24uQ29udG9jdC1lbn1JdGG1Q8R8AAAAZPExpbmtUeXBlPHRW
… tfX0JhY2tpbmdGaWxlLU0cmZ8t0Q29udGVudFR5cGUtJ3RleHQvcmxsMHBGQkTWVudUl0ZWt0bXVlYXRh
… tSWQ+a19fQmFja2luZ0ZpWXkKJkllbnVJdGVGdFRGFOYSs8UGFyZW50SWQ+

… a19fQmFja2luZ0ZpWXkKIkllbllCVXXNlRGF0YSs8VGVjd4dD5rX19CWWNraW5nRmllbGQGQTWVudUJhc2VYSIXRhK

49128… zxUexB1Pmt1X0GhY2tpbmdeaWvstGhdbW51QmFrZURhueBLPPEnyZW++

… a19fQmFja2luZ0ZpZWxkJEl1bnVCYXNlRGF0YSs8VGFyZ2V0PmtfX0JhY2tpbmdeaWVsZChNZW51QmFzZURhd
… GErPEFuY2VzdG9ySWQ+a19fQmFja2luZ0ZpZWxkJEl1bnVCYXNlRGF0YSs8RGVzY3JpcHRpb24+
… a19fQmFja2luZ0ZpZWxkJEl1bnVCYXNlRGF0YSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGQkTWVudUJhc2VEY
… XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGQkTWVudUJhc2VEYXRhKzxJbWFnZVBhdGg+
… a19fQmFja2luZ0ZpZWxkJEl1bnVCYXNlRGF0YSs8SW1hZ2VPdmVycmlkZT5rX19CYWNraW5nRmllbGQkdQ21zR
… GF0YWAxKzxJZD5rX19CYWNraW5nRmllbGQkEAAAAAQQBAQABAAMBAAAwRWt0cm9uLktntcy5Db21tb24uRWtFbn
… VtZXJhdGlvbitNZW51SXRlbUxpbmtsDwAAAAgJCSxFa3Ryb24uQ21zLkNvbW1vbi5Fa0VudWtsF0a9VudWllcmF0aW9
… uK0l1bnVJdGVtVHlwZQ8AAAAJCKUBU3lzdGVtLkNvbGxlY3Rpb25z52Lkd1bmVyaWMuTGlzdGGAxW1tFa3Ryb24u
… Q21zLk9yZ2FuaXphdGlvbj51JTWVudU10WlEYRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0OcygWgVWVyc2lvbj05L
… jAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljljS2V5VG9rZW49NTU5YTYyNGZhMjFlNjZV1dAQkFAA
… AABWz4//

… 8wRWt0cm9uLkNtcy5Db21tb24uRWtFbnVtZXJhdGlvbitNZW51SXRlbUxpbmtlUeXB1QAAAAd2YWx1ZV9fAAg
… PAAAAAAAAAA1AAAC2PACAAgAAABQCAAAAAAAACZ0DAAABavj//+v///
… 8BAAAACaADAAAJuQIAACoAAAAAAAACRAAAAA1AAAACZoHAAAJEAAAAACdGwCAAgAAAAFWBQAACAAAAKIRAIA
… CAAAAFAIAAAAAAAAjEAAAAAAAAAAAAAAACaUDAAAJpgMAAAkQAAAAAQmsAwAAAWD4///r////
… BAAAAAahBwAAIENSSC9Db21tdW5pdHkVQ29tbXVuaXR5LULJlbmVmaXQVCRcAAAAqAAAAAAAAAAkQAAAACQAAA
… AmkBwAACgCiEQCAAgAAAAFXBQAAVQUAAAFb+P//bPj//
… wAAAAABAAAAy2AAgAIAAAAUAgAAAAAAAm6AwAAAVn4///r////
… AQAAAAm9AwAACRcAAAAqAAAAAAAAAAkQAAAACgAAAAmrBwAACRAAAAAA+
… x4AgAIAAAABWAUAAAqAAAAXAgAAAAAAABYCAAAAAAAACRAAAAAAAAAAAAAAnCAwAACMDAAAJEAAAAAAEJyQ
… MAAAFP+P//6///
… wQAAAAJzAMAAAkXAAAAKgAAAAAAAAAJEAAAAAEAAAAJtQcAAoAFwIAAAAAAAAABWQUAAAgAAAADFBQCAAgAAAB
… YCAAAAAAAACRAAAAAAAAAAAAAAnRAwAACdIDAAAJEAAAAAEJ2AMAAAFF+P//7///
… wQAAAAGvAcAABBDcmVhhdGlvbi1IZWFFsdGGvCRcAAAAqAAAAAAAAAkQAAAAgAAAAm/
… BwAACgDFBQCAAgAAAAFaBQAACAAAAO8FAIACAAAAFgIAAAAAAAAJEAAAAAAAAAAAAAACeADAAAJ4QMAAAkQA
… AAAAQnnAwAAAATv4///r////
… BAAAAAbGBwAAIENSSC9ZWFsdGGtYW5LdldlbGxdbGGxuZXNLQL0ZpdG51c3MVCRcAAAAqAAAAAAAAAAkQAAAAwAAA
… AnJBwAACgDvBQCAAgAAAAFbBQAACAAAAGURAIACAAAAFgIAAAAAAAAJEAAAAAAAAAAAAAAAEAAAA8DAAAJ8AMAAA
… kQAAAAAQn2AwAAATH4///r////
… BAAAAAbQBwAAD0h1YWx0aGNhcmUAAAAlkjYXJlAAAACgAAAAAAAAAJEAAAAAEUAAAAJ0wcAAoAEZREAgAIAAAAABX
… AUAAAqAAAdAEQCAAAAQAAAAAAYAAAAAAAAACRAAAAAAAAAAAn+AwAACf8DAAAJEAAAAAEJBQQAAAAEn+P//6/
… ///
… wQAAAAG2gcAAA9IZWFsdGhuUy9GbGV4YXJYL1LwkXAAAAkgAAAAAAAAACRAAAAAAAAACd0HAAAKAN4RAIACAAAAAAV
… 0FAAAIAAAA3xEAgAIAAAAWAgAAAAAAAAkQAAAAAABAAAAJDQQAAAkOBAAACRAAAAABCRQEAAABHfj//+v
… ///
… 8EAAAABuQHAAAAMaVRyaWNFnZS1BcHHAvCRcAAAAqAAAAAAAAAAkQAAAAwAAAnnBwAACgDfEQCAAgAAAAFeBQA
… ACAAAAM0FAIACAAAAFgIAAAAAAAAJEAAAAAAAAAAAAAACRwEAAAJHQQAAAkQAAAAAQkjBAAAARP4///r////
… BAAAAABuBwAAEU1hbm5hbGGtcy9zhRdXJhbnQuQVRyaWNFnAAAAnxWAAACAAAAnxBwAACqDNDBQCAAgAAAAAA
… AFfBQAACAAAAEU1RAIACAAAAFgIAAAAAAAAJEAAAAAAAAAACSsEAAAJLAQAAAkQAAAAAQyBAAAAN4/
… //r////BAAAAAb4BwAAFAVN1YXNvbmFsZXJvbm49ybWF0aW9uICHAvCRcAAAAqAAAAAAAAAkQAAAAAwAAAAm/
… wcAAoAJAAAJIwQAAAkQAAAAAQgAAAAA+
… wUAgAIAAAABYwUAAAqAAADWACAAAYAgAAAAYAAAAAAAACRAAAAAAAAAAABlnBAAACWgEAAAJEAAAAAEJbg
… QAAAHh9//6////
… wQAAAAGIAgAABxDUKgvTmV3cy9LZXktTWVkaWFtCRcAAAAqAAAAAAAAAAAkQAAAAwAAAkjCA
… AACgDWCAACAAgAAAAFkFbQAAVQUAAAUHc9///bPj//wAAAAABAAAAy2AAgAIAAAAUAgAAAAAAAm8BAAAVm/4///
… r////AQAAAAl/BAAACRcAAAAqAAAAAAAAAAkQAAAAm0AAABAAAAAAAAAJEAAAAAZFCAAAA+
… h4AgAIAAAABZUUAAAkAAAJEAAAAAEAAAJFwQAAAATAKCgvpa28nRoUGxhY2Vta29udGFpbmVyFuY3kCAAAACAAAA
… YvCAAAFZvEwNZyN3 NDI2NzT0fDEwNzM3NDE4MzcyBjAIAALMTA3Mzc0MTgzcOMTgzMjI1JJAAAAAYyCAAAHZUxOuQ
… eMTA3Mzc0MTgzcNzJeMTA3Mzc0MjY3JMjjDDAAAABAAAAAAAAAAAAAJMIAAAAQmlydGhwbGFGFjZSBQcmluVnaXN0ZXJt
… ZXIJxpQEAAAKAQAAAAAAcgoBy/f//9j///
… 8AAAAABjYIAAAALyNQcmVzVSdWdNb2Rhcm9AoAQgAaVSGVhbHkAAAAAAEJEAAAIAAAAJFwIAAAAY5CAAACzE
… wNZM3NDE5NTYCRAAAAJJOwWAAAkWEtQ29udGVudEJyaWdodAAAkCgAAAAAAACpGp9Wm5Z4tMDcyNzQxOTU2fCR
… CAAAczEwNzMWNzQxOTU2QoAAAB8lMTheNTI1JEwNzM3NDE4MzcyJEwNzM3NDE5NTY3AwAAAAAUAA
… AAAAAAAAQZCCAAADllvdXIgUHJlZ25hbmN5yBZEBIAAAeQ2hvb5NpbmcgYSBEaGlsZGJpcnRo
… IFByb3ZpZGVyVyCScAAAAKCgEBAAAAAAAAoKAa33///Y////

49128...

AAAAAZuCAAAHy9DUkgv63BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2JbP83NpbmdTY5l5aGlsZGJpcnRoL
VByb3ZpZGVyVLwoACgABaAUAAkAkAAAAJEAAAAAEJEAAAAQAAAAJFwAAAAXCAAACzEwNzM3NDE5NgzzCRAAAA
AJWQgAAAlaCAAAAAAAAAAAAAAKCg1bCAAAAAAGXAgAAAsxMDczNzQxOTQ4TcwCwAAAACzEwNzM7NDE4MzCyCSQ
AAAAGXwgAAB81MTheNTI1XjEwNzM3NDE8MzcyXjEwNzM3NDE5NzgzAwAAAAACAAAAAAAAAQZgCAAAHVdoZW4g
dG8gU3RhrcnQgU2V1aW5nbIEgRG9jdG9yTscsAAAAAKCgEBAAAAAAAAAoKAZ73///Y/////
AAAAAAZjCAAAT59DUkgvU3BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2UvWW9ici1QcmVnbmFuY1JkvV2h1bi10b
y1TdGFydC1TZWVpbmctYS1Eb2N0b3IvCgAKAFpBQAACQAAACkQAAAAQkQAAAAABVQKAAAABOAAAAkXAAAABmYIAAALMT
A3Mzc0MTk3NzkzAAAAAAloCAAACWkIAAAAAAAAAAAoKCWoIAAAAAAAZrCAAACzEwNzM3NDE5Nzc5BmwIAAA
LMTA3Mzc0MTgzNzIJJAAAAAZuCAAAHzUxOF41MjVeMTA3Mzc0MTg3MzcM3TkzXjEwNzM3NDE5Nzk3AAAAAAAACAAAAAAAA
AAABBm8IAAAAASUGh5c2l1jaWFuZFHchcnRuRzXJzCSCAAAKCgEBAAAAAAAAAAoKAY/3///Y////
AAAAAAZyCAAAMy9DUkgvU3BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2UvUGh5c2l1jaWFuLVBhcnRuRzXJzLwoAC
gABagUAAkAkAAAAJEAAAAAEJEAAAAYAAAAJFwAAAZ1CAAACzEwNzM7NDE5NTY1CRAAAAAJdwgAAAl4CAAAAA
AAAAAAAAAAAKCg15CAAAAAAGeggAAAsxMDczNzQxOTU0NQZ7CAAACzEwNzM7NDE4MzcyCSQAAAAAfQQAAB81MTh
eNTI1XjEwNzM3NDE5NTY1XjEwNzM3NDE5NTYxAwAAAAACAAAAAAAAAQZ+

CAAAGVdoeSBQcmVmZXIgUGVyc29uYWxpemVkIGhlYWx0aHCBRLr3Rl4XkH17kHtUHJlbmFf0YWwtQ2FyZS11NYXR
0ZXJzLwoACgABaBawUAAkAkAAAAJEAAAAAEJEAAAAACAAAAAJFwAAAAaECAAAGzEwNzM;NDE5NTYxCQAAAAAAhgg
AAmHCAAAAAAAAAKCgmICAAAAAAAiQgAAAsxMDczNzQxOTU2MQAAAAAAAAAJAAAA1aQWNsxMDczNzQxOTU4NTYyCRAAAA
AgAAB81MTheNTI1XjEwNzM3NDE5NTYxXjEwNzM3NDE5NTYxAwAAAAAAAAAAQACAAAAAAAAQCY;9///Y////
AAAAAAvACAAAICfGxvY2FsQWdlbmNpZXNfQWRkcmVzc2VzLwoACgABaHBAwUAAkAkAAAAJEAAAAATfQgAAAAAAAAAXCgmA
AAAJhrwgAAAlsCAAAAAAAAAKCgmGCAAAAAAiNzNkZ3LmBpQgAAAsxMDczNzQxOTU4Nzg1XjEwNzM3NDE5Im-zSZV 
6Nzg0Avaaaaaah8UAAACWmBmWgAAAsAxMDczNzQxOTU4NvAAAAamWCAAAAAAAAAAACgmXCAAAAAAGmaAAAsxMD
czNzQxOTc4NAaZCAAACzEwNzM3NDE4MzcyCSQAAAAGmwgAAB81MThNTI1XjEwNzM3NDE5MzcyXjEwNzM3NDE
5Nzg0AwAAAAAAAAAAAAQacCAAAIU5lb25hdGFsQ2FyZS1hdC1ob21lLwoACgB7
AQAAAAAAAAAAAAKCgFi9///2P///
wAAAAGnwgAACMvTmVvbmF1F0YWwtSW50ZW5zaXZ1LUNhcmUtdHVapd3bMb0SUNVWLwoACgBpQUAAkAkAAAAJEAAAAAA
EJEAAAAkAAAAJFwAAAaiCAAAGzEwNzM;NDE5NTYxCRAAAAAJgANAAAlCAAAAAAAAAAAAKCgmmCAAAAAAAA
GpwgAAAAsxMDczNzQxOTU4MwaoCAAAczEwNzM3NDE4MzcyCSQAAAAqggAAB81MTheNTI1XjEwNzM3NDE5Mzcy
XjEwNzM3NDE5NTYzAwAAAAAAAAAAAQarCAAAE1pcHdpdmdTMYSCsAAAAAKCgEBAAAAAAAAoKAVP3///Y/
///
AAAAAAuCAAAAKS9DUkgvU3BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2UvYThlbi12dG8tG2l2ZXMCbyGFBQACAAA
AkQAAaAQkQAAAaaXAAAAYXAAAABrEAAAAzEwNzM7MTk3ODgyCQAAAAAAmzAAAAAAAAAzCAAAAAAAAzCAAAAAAAAA
UIAAAAAa2CAAAACzEwNzM3NDE5Nzg8BrcIAAALMTA3Mzc0MTgzNzIJJAAAAAa5CAAAHzUxOF41MjVeMTA3Mzc
0MTgzNzJeMTA3Mzc0MTk3ODg0AwAAAAAQAAAAAAAAABroIAAALMTA3Mzc0MTk3ODg0AwAAAAACAAAAAAAAAQ
CgoBRPf//9j///
8AAAAABr0IAAAsL0NSSC9TcGVjaWFsdHldFsc9ly9UaGUtpQmlydGhQbGGFjZS9UYWtlLUWtVG9ci8n1ci8KAAWF8FAAN
JAAAAaAACRRAAAAaUbCRRAAAAALAAAAJRwAAAAaCAAACzEwNzQxNjQvNAAAaaaaaaamxwgAAAAAAAAAAAAaaaaaa
CgoJxAgAAAAAabsUIAAALMTA3Mzc0MTk1NjQGQxggAAAsxMDczNzQxODM3MgkkAAAAgsIAAAfNTE4XjUyNV4
xMDczNzQxODM3Ml4xMDczNzQxOTU2MkAAAAAAAAAEGyQgQABBcmVuYwmVdYXXRCbDBzc2VcAAAAKCg
EBAAAAAAAAAoKATX3///Y////
AAAAAAbMCAAAACS9DUkgvU3BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2UvUHJlbmRuoUGxhbmcCbyGF
XAFAAAAJEAAAAaAACRAAAAzgzwgAAAlCAAAAAAAAAAAAKCgmmCAAAAAAAGwwgAAAAsxMDczNzQxODM7MgaoC
AAAAAACgoJ0wgAAAAaBtQIAAALMTA3Mzc0MTk1NjQJQgAAAsxMDczNzQxODM3MgkkAAAAtcIAAAfNTE4XjU
yNV4xMDczNzQxODM7Ml4xMDczNzQxOTU4MgaAAAAAAAAEGyQqAABBcnVmcmV2MUgYXRhaGrbaAcm2UgV2hl
biBZb3Um1zmQM3O3JlIEV4cGVjdGluZLxwkAAAACgoBAQAAAAAAAKCgEm9///2P///
wAAAAG2wgAAFQVJIL1J1JLIIL1lvdXJlLUV4cGVjdGluZy9KRAAoAAXEFAAAA1wMAAAnhCAAAAAAG4ggABcmxCA
AAFeGVyVy1lzlzkCgGluZLvJLLUV4cGVjdGluZ0RFlAAAAAAAK1RQAAGAhcmxCA
1FeGVyVy1lzlzkCgGluZLvJLLUV4cGVjdGluZ0RFlAAAAAAK1RQAAAGAhcmxCA
G3ggAAAsxMDczNzQxOTA0OAoKCgAAAAAAAAAAAAACbMDAAAJlwMAAAnhCAAAAAAG4ggAABcmxCAAAAAAG4ggAAAAAA
MDczNzQxODM3MgbjCAAAczEwNzM3NDE4MzcyCSQAAAAQ5QgAAB81MTheNTI1XjEwNzM3NDE4MzcyXjEwNzM3N
DI1NjE0AwAAAAAAAAAAAbmCAAAC1pbGRHRGVGRVGRV4cGVjdGluZ0RFlAAAAQgoBGPf//9j///
8AAAAABuKIAAArL0NSSC9TcGVjaWFsdHldFsc9ly9UaGUtUQmlydGhQbGFjZS9OaWxrcLUR1cmluZy1Qcmn2nA
AAAAEAJEAAAAaACEJEAAAAAAAAAFwAAAAbwCAAAACzEwNzM3NDE5NTYxXjEwNzM3NDE4MzcyBvEAAAAAAAAAAA
AAAAbwCAAAFZEwNzM3NDI1OTMfDEwNzM3NDE4MzcyXjEwNzM3NDE5NTYxAwAAAAAAAAAAAJswAAAAbzCAAAHzUx
OF41MjVeMTA3Mzc0MTgzNzJeMTA3Mzc0MTk1NjEAwAAAAAAAAAAAAbvQGr7Cvf//9j///
8AAAAABvcIAAAAL0NSSC9TcGVjaWFsdHldFsc9ly9UaGUtUQmlydGhQbGGFjZS9MYWWVN0YXXRpbmctCgdC
AAAaaahccEwNzM;NDE5NTYxTHiAAAaaccCAAAACROAAAAaBPAAAAYhcnxCAAAFelzk
1cC8KAAAAXUFAAAAJhFAAAAAAEJEAAAAAAAACRRAAAAAAAAZVAAAbGluZLwCbyGF
/QgAAAAAAAAAAAAAAXCgoJ
ggAAAA81MTdMzAxk1NTdGAAkAAAAxMDczNzQxODM7MgkkAAAABgIjAAAfNTE4XjUyNV4xMDczNzQxODM7Ml
4xMDczNzQxOTU0OAAAAAAAAAAEGAwxsYWZSQZWxsYWVN0YXXRpbmctCgdCAXKFAAAAoAfv2///Y////
AAAAAYGCQAANy9DUkgvU3BlY2lhbHHRgZXMvVGhlLUUjpcHRoUGxhY2Uv2UvQmVsbGEtQmFmZXS1QaG90b2dyYXBoeE
S8KAAoAAXQFAAAAJhLAAAAcRAAAAaBCRAAAAAACQkAAAAAxMDczNzQxODM7MgkkAAAAAZsUGZlYXHJpbmhEJAAA
kAAAAAAAacgoJDQkAAAAABg4JAAAAAAAMz3NDE4NTk1NTdEAmOM0Tk1NTdeMTA3Mzc0MTgzNzJeMTA3Mzc0MTgzNzJ
fTE4X4jUyNV4xMDczNzQxODM3Ml4xMDczNzQxOTU1OQMAAAAAAAAAAAEGEgkAAABhCaXJ0a0CBDb25jjaWVy
Z2UgU2Vydml3MMJJAAaaAXKAkAAAAAAACgoB7Pb//9j///
8AAAAABhUJAAAaL0JpcnRoLUNvbmNpZXJnZS1TZXJ2awN1cLwoACgABdAUAAkAkAAAAJEAAAAACAAAARCoJAAAJGwkAAAA
ACRcAAAAGGAkAAAsxMDczNzQxOTU2MgkQAAAARoJAAAJGwkAAAAAACgoJHAkAAAAABh0JAAALMTA3Mzc0MT

49128... Mzc0MTk1NzgZkAAAsxMDczNzQyQ0hUMgkKAAABiRaJARaTNTB4X1UyNV4wMDczNzQyQ0hUM14xMDczNzQxO
... TU2MgMAAAAUAAAAAAAAAEGIQkAAClGYW1pbHHktdG8tRmFtaWx5IEFkb3B0aW9uQgUHJvZ3JhbQ
... knAAAACgoBAQAAAAAAAAKCgHd9v//2P///
... wAAAAGJAkAAEovQlJIL1NwZWNpZWx0aWVzL1RoZXJhcGV1dGljL0RhbWlseS10by1sYW1pbHktQWRvcHH
... Rpb24tU3VwcG9ydC1Qcm9ncmFtFtLwoACgABdgUAAAkAAAAEAAAAEJEAAAAAEAAAJFwAAAAYnCQAACzEwNzM
... 3NDIyNzc0CRAAAAAAJKQkAAAkqCQAAAAAAAAAAAACgkrCQAAAAAGLAkAAAsxMDczNzQyMjc3a3NNAYtCQAACzEw
... NzM3NDE5NTNzg0CSQAAAAGLwkAAB81MTheNTI1Xj2EwNzM3NDE5NTg0XjEyEwNzM3NDIyNzc0AwAAAABYAAAAAAAAAA
... QYwCQAAFFdoYXQgaXMgfYSBNYW1ldy1W0/CScAAAAAKCgEBAAAAAAAAAoKAc72///Y////
... AAAAAAYzCQAAMS9DUkgvU3BlY21hbHRpZXMvTWFtbW9ncmFwaGkvV2hhdC1Jcy1BLU1hbW1vZ3JhbS8SKAoAA
... XcFAAAJAAAACRAAAAAAACRAAAAAACAAAAAACRcAAAAGNgkAAAsxMDczNzQyMDc4MwoC4MwoKCgAAAAAAAAAaCbMDAAAJlw
... MAAAk5CQAAAAAAOgkAABcxMDczNzQyNjJI2MnwxMDczNzQyOTU4NAY7CQAACzEwNzM3NDE5NTg0CSQAAAAAGPQk
... AAB81MTheNTI1XjEwNzM3NDE5NTg0XjEwNzM3NDI2MjYyAwAAAAABcAAAAAAAAAAY+
... CQAAIDNEIEIE1hbW1vZ3JJhcGh5IGFuZCBTZW5zb3J5IFN1aXRlCZ4DAAAKCgEBAAAAAAAAAoKAcD2///Y////
... AAAAAAZBCQAAPi9DUkgvU3BlY21hbHRpZXMvTWFtbW9ncmFwaHkvM0QtTWFtbW9ncmFwaHktV5kLVNlbbNvc
... nktU3VpdGUvCgAAAKF4BQAACQAAAAkQAAAAAAAAQkAAAAAWAAAAkYAAAABkQJAAALMTA3Mzc0MjI3NzUJEAAAAAA
... lGCQAACUcJAAAAAAAAAAAoKCCUgQJAAAAAAgJ2CQAACzEwNzM3NDE5NTg0XjEyEwNzM3NDIyNzc1BkoJAAALMTA7DQJJAA
... AAAZMCQAAHzUxOF41MjVeMTA3Mzc0MTk1ODReMTA3Mzc0MjI3NzUAAAAAAAAAAABBk0JAAAaREVYQSBT
... Y2FuIOKAkyBCb251lIER1bbNpdHkJwAAAAoKAQEAAAAAAAACgoBsfb//9j///
... 8AAAAABlaJAAAAnL0NSSC9TcGViaWFsdGllcy9NYW1tb2dyYXBoeS9ERVhBLVNjYW4tQm9uZS1EZW5zaXR5LwA
... QAAAAKQkQAAAAAAAkXAAAAB1MJAAALMTA3Mzc0MjI3NzYJEAAAAAVCQAACVYJAAAAAAAAAAAoKCVCVJ
... AAAAAAZYCQAACzEwNzM3NDE5NTg0XjEyEwNzM3NDIyNzc2AwAAAAAAD1c//Y////AzAA2AAboPQZ0Vuc2VwAAAAW5nCScAAAAAKCgEBAA
... AAAAAAoKAaL2///Y////
... AAAAAAZfCQAAMC9DUkgvU3BlY21hbHRpZXMvTWFtbW9ncmFwaHkvR2VuZXJhbC1JbmZvcm1hdGlvbi8WKoACgABe
... gUAAAkAAAAEAAAEJAAAAUAAAAJFwAAAAziCQAACzEwNzM3NDE5NDNzg0CSQAAAAAgGagkAAB81MTheNTI1
... 1XjEwNzM3NDE5NTg0XjEwNzM3NDIyNzc3AwAAAAABAAAAAAAAAY2CQAAFkJyZWFzdCBDBTdXJnZXJ5IFN2ZWdldGlv
... bnMJJwAAAAoKAQEAAAAAAAACgoBk/b//9j///
... 8AAAAABm4JAAA0L0NSSC9TcGViaWFsdGlllcy9NYW1tb2dyYXBoeS9DbGluaWNhbC1JbmZvcm1hdGlvbi9QcmVwYX
... JhdGlvbi8SKAoAAAAXcFAAAJAAAAAEAAAAEJEAAAAAEAAAAAEmJAAAAGQgkAAAAAEJEAAAAAEmJAAAAGQgkAAAAABnggkAAB81
... ThhNTI1XjEwNzM3NDE5NTg0XjEyEwNzM3NDIyNzc3AwAAAAAAAoKAQEAAAAAAAAACgoBhPb//9j///
... 8AAAAABn0JAAArL0NSSC9TcGViaWFsdGllcy9NYW1tb2dyYXBoeS9NZWW0LU91ci1ci1UZWFtLLwoACgABfAUAAAk
... AAAAEJAAAAAaEJEAAAAAAJuQIAAAAnaCAAOAAACQAAAAVTAKCgoAAAAAAAAAAKCYEJAAAAAaaCCQAAFzEwNzM3NDI1
... MjIzZfDEwNzM3NDE5NTg0QBoMJAAAALMTATA3Mzc0MjI0Y1MjMAAHWAAAAAAAAAAAAAAAoKAQEAAAAAAAAACgoBwhAA
... EBAAAAAAAAAoKAXj2///Y////
... AAAAAaJCQAAVmh0dHBzOi8vY2VudHVyYS5vcmcvc2VydmljZXMvbWFtbW9ncmFwaHk/c291cmNlPVdlYnNpdGUmc2
... 2vcm1uYW1lPUNSQUhf2mDkwVdgF9hXzNEX01hbW1v1VcgAKAAF9BQAACQAAAAkQAAAAAAQAAAAACAAAAAm5Ag
... AABowJAAABMAoKCgAAAAAAAAACgoJjQkAAAABoJAAAAABBMTHeNTI1Xj0OTB8M8TA3Mzc0MTk1ODQXJwOTMjwjwkAAAs
... xMDczNzQyOTU4NAkAAAAAsxAAABowJAAB9UyNV4xMDczNzQyOTU4NF4xMDczNzQyOTQ5MSMAAAAAAdAAAAAAAA
... AAAGkgkAACBBcHBsaWNhWNhdGlvbiBmb3IgRnVVZGVkIE1hbW1vZ3JhbGQnFAQAACgoBAQAAAAAAAAKCgFs9v//
... 2P///
... wAAAAGlQkAAFlodHRwczovL2NlbnR1cmEub3JnL3NlcnZpY2VzL21hbW1vZ3JhcGh5/3dlZZvcmUuuYXNlweD
... 9mb3JtFtbFtTzT1DUkhfLV9Db31zl2MtVkxzNEX01hbW1vZ3JhcGh5QBQoAAAAAAAJEAAAAAEAAAAEJEAAAAAAIAAAA
... JFwAAAAGVkwMAAAAmpCQAAAAAGggkAAAcxMDczNzQyNDMyMMwxMDczNzQzQTU3MwarCQAACzEwNzM3NDE5NTczCSQAAAA
... GrQkAAB81MTheNTI1XjEwNzM3NDI5NTczXjEwNzM3NDI0MzIAAAAAAAAAAAauCQAAIUNhbmNlbLilcS
... aXNrIGFuZCBEZXZlbG9wbWVudHMgCiB8YW5jZXIg4w//2P///
... wAAAAGsQkAAAMVmCMvQ2FuY2VyL1VJpc2stYW5kLUhlcmVkaXRhcnkto2FuY2VyLV2lvbGApLWMcFAAAAA
... AJEAAAAQAAAAOCQAAAACRAAAAADAAAAAAEJswMAAACg5AABcxMDczNzQyNDMyMJ3Mzc0MjI0MjMycgAAAAAyJwMAAAAA4CQ
... AFZEwNzM3NDE5Nzc1XjEwNzM3NDE0DmEyIfDEwNzM3NDE5NTczBrkJAAALMTA3Mzc0MTk1Nzc1LJAAAAAaa7CQAAHZSa
... Mzc0MTk1Nzc1XjEwNzM3NDI5MjQyMjIDAAAAAAAaBrwJAAAbRmFjdHMgHMgYWJvdXQgQlDQTEgYW5kIEJSQ
... 0EyCZ4DAAAAKCgEBAAAAAAAAAoKAUL2///Y////AAAAaJw
... CQAAPS9DUkgvU3BlY21hbHRpZXMvQ2FuY2VyL1VyaXNrLWFuZC1IZXJlZGl0YXJ5LUNhbmNlci9CUkNBMS1h
... bmQtQlJDQTIvCgAAAKF4BQAAAJAAAAAEAAAAOEJEAAAAAEAAAAACAAAAAACAAAAAACbMDAAAACb
... MDAAAJlwMAAAnFCQAAAAAGxgkAAAcxMDczNzQyNDMyMTwxMDczNzQzQTU3MwrHCQAACzEwNzM3NDE5NzczCSQ
... AAAAGyQkAAB81MTheNTI1XjEwNzM3NDE5NzczXjEwNzM3NDI0MzIIAAAAAAAAAAAbKCQAAGkdlbHmV
... YWwgR2VuZXRpY3RYpYg5BDvuc2VsaW5nU3NCZ4DAAAAKCgEBAAAAAAAAAoKATT2///Y////
... AAAAaAbNCQAAPC9DUkgvU3BlY21hbHRpZXMvQ2FuY2VyL1VyaXNrLWFuZC1IZXJlZGl0YXJ5LUNhbmNlci9HZW5ldGljY
... 2VsaW5nLwoACgABgbgUAAAAkAAAAEJEAAAAAYAAAAAAJFwAAAABrCQAACzEwNzM3NDI0MzIfdEwNzM3NDE5NTczBtUJAAAL
... AAAAJswMAAAmXAwAACdMJAAAAAbUCQAAFzEwNzM3NDI0MzI0MzI0fdEwNzM3NDE5NTczBtUJAAALMTA3Mzc0MTk

49128...

... 1NzMxOSAAAAASXCQAHZ0xOFv1mjYeMtA3ND20mT1N2NeMtA3Mzc0mjjQ2MjjQoAAAAtWAAAAAAAAABtgJAAAf
UHJlY29uY2VwdGlvbiDYXJyaWVyIFFNjcmVlbmluZwmeAwAACgoBAQAAAAAAAAKCgEm9v//2P///
wAAAAAG2wkAAEEvQlJIL1NwZWNpcYWx0aWL0NhbmNlai1cmvbNvbG9neS9PcmVijb25jZXB0aWL0NhbmJpZX...
ItU2NyZWVuaW5n

49128...

... AAALMTA3Mzc0MTk1N3zERCg0RAAAAQAAAAAHuzawAAtzcg0RAAAYAoAAAAAABgSAAAAxmTQiMzc0MjU3jU3ODV8MTA3M
... zc0MjMwODIGkgoAAAsxMDczNzQyMzA4MgkkAAAABpQKAAAfNTE4XjUyNV4xMDczNzQyMzA4Ml4xMDczNzQyNT
... c4NQMAAAA0AAAAAAAAAAAG1QoAABBDb2xvbm9zY29weSB9weSBGQVFzCZ4DAAAKCgEBAAAAAAAAAoKAWn1///Y///
... /
... AAAAAaYCgAAMy9DUkgvU3BlY2lhbHRpcZXMvR2FzdHJvZW50ZXJvbG9neS9Db2xvbm9zY29weS1GQVFzLwoAC
... gABKAUAAAkAAAAJEAAAAAEJEAAAAAEAAAAJFwAAAabCgAACzEwNzM1NDE5NTg3g3CRAAAAAJnQoAAAmeCgAAAA
... AAAAAAAAAKCgmfCgAAAAAAGoAoAAAsxMDczNzQxOTU4NwahCgAACzEwNzM1NDE5NTg2CSQAAAAGowoAAB81MTh
... eNTI1XjEwNzM1NDE5NTg2X2jEwNzM5NDE5NTg3AwAAADYAAAAAAAAAQakCgAAAAAkNUCSCAAAAKCgEBAAAAAAAA
... AAoKAVr1///Y////
... AAAAAanCgAAJC9DUkgvU3BlY2lhbHRpcZXMvTWVkaWNhbmhbC1JbWFnaW5nL0NULwoACgABkQUAAAAkAAAAJEAAAA
... AEJEAAAAAIAAAAJFwAAAaqCgAACzEwNzM3NDE5NTg4g4CRAAAAAJrAoAAAmtCgAAAAAAAAAAKCgmuCgAAAA
... AGrwoAAAsxMDczNzQxOTU4OQawCgAACzEwNzM1NDE5NTg2CSQAAAAGsgoAAB81MTheNTI1XjEwNzM5NDE5NTg
... 2XjEwNzM3NDE5NTg4wAAADAAAAAAAAAAAQazCgAAEERpYWdub3N0aWNyMgWC1yYXkXkJwAAAAAoKAQEAAAAAAA
... CgoBS/X//9j///
... 8AAAAABrYKAAAyL0NSSC9TcGVjaaWFsdGllcy9NZWRpY2FsLUltYWdpbmcvRGlhZ25vc3RpcYy1YLXJheS8KAAo
... AAZIFAAAJAAAAACRAAAAAABCRAAAAAAAAAaACRcAAAAaGuQoAAAsxMDczNzQxOTU4OVQKAAAACbsKAAAJvAoAAAAA
... AAAAAAAAACgoJvQoAAAAAABr4KAAALMTA3Mzc0MTk1ODkGvoAAAAsxMDczNzQyOTU4NgkkAAAAsBsEKAAAfNTE4X
... jUyNV4xMDczNzQ2OTU4N4l4xMDczNzQxOTU4OQMAAAA4AAAAAAAAAAEGwgoAABNEaWdpdGFsGFsIE1hbW1vZ3Jhc
... h5CSAcAAAAKCgEBAAAAAAAAAoKATz1///Y////
... AAAAAAbFCgAANS9DUkgvU3BlY2lhbHRpcZXMvTWVkaWNhbmhbC1JbWFnaW5nL0RpZ2l0YWwtTWFtbW9ncmFwaaHkvC
... gAKAAGTBQAACQAAAAkQAAAAAQkQAAAAAAAAAKXAAAAbCwoAAALMTA3Mzc0MTk1OTTAlEAAAAaANvCgAACgCmSAA
... AAAAAAAAAAoKCcwKAAAAAAbnCgAACzEwNzM1NDE5NTkwCgAACzEwNzM1NDE5NTkxBYSDQAAABUCgAAHzU
... xOF41MjVeMTA3Mzc0MTk1ODDeMTA3Mzc0MTk1OTADAAAAAOQAAAAAAAAABBtEKAAADTVJJCSCAAAAKCgEBAAAA
... AAAAAoKAS31///Y////
... AAAAAAbUCgAAJS9DUkgvU3BlY2lhbHRpcZXMvTWVkaWNhbmhbC1JbWFnaW5nL01SSS8KAAoAAZQFAAAJAAAAACRAAA
... AAACRAAAAAAABAAAAaKcvwKAAALMTA3Mzc0MTk1OTTKyCQAAAAGwGcKAAAJxwoAAAAAAKCgnccKAAAAAAbXCgAAC
... zcNZpoOTU5MgbaCgAACzEwNzM1NDE5NTkyQSQAAAAG3AoAAB8lMTheNTI1XjEwNzM3NDE5NTkyXjEwNzM3NDE
... 3NTQ1AwAAADwAAAAAAAAAAbdCgAAEkNvbW1lbBwbml0eSBTBTZW1pbmFFycwnFAQAACgoBAQAAAAAAAAKCgEh9f//
... 2P///
... wAAAAG4AoAAE9odHRwczovL3JlY3h5YmNzzawdWdXAuY29t9tL3ZpzXcvdmllld19tb250a04aC5hc3B4BaP2zFzPTI4Jm
... FtcDt3cD0xMjUmYW1wO2FpcmQlDlDRU5UVVVJBCgAKAAGVBQAACQAAAAkQAAAAAEQAAAAAAAAAAAABuMKAAA
... LMTA3Mzc0MTk1OTTMMJEAAAAn1CgAACeYKAAAYAAAAAAAoKCecKAAAAAoCKecKAAAAAAboCgAACzEwNzM1NDE5NTkzgAAALMTA
... AAALMTA3Mzc0MTk1OTMJ0ITIJJAAAAAbrCgAAHzUxOF41MjVeMTA3Mzc0MTk1OTNeMTA3Mzc0MTk1OTTMDAAAAAPQAA
... AAAAAAABBuwKAAATQ29uZG10aW9uMyBucblkBZSBBBrCgAAHzUxOF41MjVeMTA3Mzc0MTk1OTNeMTA3Mzc5NDE5NTkf///2P//
... AAAAAA0KfYKAAAAb3CgAAEkNvbmRTBUcmVhdGUEycU3llIWFjcGBAQAACgoBAQAAAAAAAAKCgEh9f//2P///

… APU9BenuRz1P11ZGl1jaW51CSCAAAAAKCgEBhAAAAARAARAOKAaUo9///
… AAAAAAZYCwAALS9DUkgvU3BlY2lhbHRpcZXMvT3J0aG9wZWRpY3MvU3BvcnRzLUllZGljaW5lLwoACgABnQUAA
… AkAAAAJEAAAAAEJEAAAAoAAAAJFwAAAAZbCwAACzEwNzM3NDE5NjIyCRAAAAAJXQsAAAlcCwAAAAAAAAAAAAA
… AKCglfCwAAAAGYAsAAAsxMDczNzQxOTYyMgJhCwAACzEwNzM3NDE5NjIyCSQAAAAGYwsAAB81MTheNTI1XjE
… wNzM3NDE5NTkXyXjEwNzM3NDE5NjYyMgAVAAAAEUAAAAAAAAAAAZkCwAAB1N1cmdlcnkJwAAAAKAQEAAAAAAA
… CgoBmvT//9j///
… 8AAAAABmcLAAALL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljjcy9TdXJnZXJ5LwoACgABnGUAAAKAAAAJEAA
… AAAAJEAAAAsAAAAJFwAAAAZqCwAACzEwNzM3NDU2MTI3CgoKAAAAAAAAAAJswMAAAmXAwAACW0LAAAAAAAZu
… CwAAFzEwNzM3NDNDI3MTA2zfDEwNzM3NDU5TkyBm8LAAALMTA3Mzc0MTk1OTI1JGAAAAAxZCwAAHzUxOF41MjVeM
… TA3Mzc0MTk5OTTJeMTA3Mzc0MjcxMDYDAAAAARqRAAAAAAAAAABnILAAAFU3BpbmUlJngMAAAoKAQEAAAAAAACg
… oBjPT//9j///
… 8AAAAABnULAAAjL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljjcy9TcGluZS8KAAAZ8FAAAJAAAAACRAAAAA
… BCRAAAAABAAAAACRcAAAAGeAsAAAsxMDczNzQxOTYyNQkQAAAAAXoLAAAJewsAAAAAAAAAAAAAAACgoJfAsAAAAA
… Bn0LAAALMTA3Mzc0MTk2MjUCgsAAAsxMDczNzQxOTYyMwkkAAAAGBoALAAAfNTE4XjUyNV4xMDczNzQxOTYyYm
… 14xMDczNzQxOTYyNQMAAAABIAAAAAAAAAEGgQsAAAt1ZWFsdGggGwlwcwkAAAACgoBAQAAAAAAAAAKCgF99P
… //2P//
… wAAAAGhAsAACwvQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzLoAU9uL0hlYWx0aC1UaXBzLwoACgABoAUAAA
… kAAAAJEAAAAAEJEAAAAoAIAAAJFwAAAAaHCwAACzEwNzM3NDE5NjI2CRAAAAAJiQsAAAmKCwAAAAAAAAAAAAA
… KCgmLCwAAAAGjAsAAAsxMDczNzQxOTYyNQJzCwAACzEwNzM3NDE5NjI2zCSCSQAAAAGjwsAAAB1MTheNTI1XjEw
… NzM3NDE5NjIzXjEwNzM3NDE5NjI2DAwAAAAEkAAAAAAAAAaQQ8AAAH3Y3Jpb3N5YXJpcGb25hbCAmYW1vY/9j///
… 8AAAAABpMLAAAbL09jY1VwYXRpb25hbEhlYWx0aC9TaGV3KnkvQAAAGhBQAAAQAAAAAK0QkAAAghBQAAAQkAA
… AAAkXAAAAAABpYLAAALMTA3Mzc0MTkzMjYJEAAAAmyCwAACZ4KCzoLAAAAAAAoKCZoLAAAaabCwAACzEw
… NzM3NDE5ZI14BpwLAAALMTA3Mzc0MTkxMjdCwAACzEwNzM3NDE5Mjc5IMMJAAAACwAACzEw
… Tk2MjgLAAAABpLAAAAAAAABBp8LAAAQUGh5c2ljY2l1eVwgWwUGyslcXYAAAACgBAQAAAAAAAAAKCgFf9P//2P
… ///
… wAAAAGogsAADEvQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL0Jvb3JNYXkyFsLVRoZXJhcHkvQAAG
… GiBQAACQAAAAAkQAAAAQkAAAAQkAAAAQAAAAkXAAAAAABqULAAALMTA3Mzc0MTkzMjkJEAAAAmnCwAACagLAAAAAAAoK
… AAAAAoKCAkLAAAAAacwAAALHmCwEwNzM3NDE5MjcJAAAAAkIA1BqsLAAAAAacwEwNzM3NDU1MjUJ8L00
… MjVeMTA3Mzc0MTk2MjNeMTA3Mzc0MTkzDAAAAAEkUAAAAAAAAABBr0LAAARSG9mIIEJpbGGxGxpb
… GhvbG9neQknAAAAKAQEAAAAAAAAAKCgF9P//2P///
… wAAAAGsDAAADovQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL01ZW5nZWxhc0MTMYW5ndWFnZS1SZWhhYg3TgE
… xvZ3kvcgAKAAAGi BQAACQAAAAAkQAAAAQkAAAAQkAAAAQAAAAkXAAAAAABqULAAALMTA3Mzc0MTkzMzEJ
… EAAAAmnCwAACagLAAAAAAoKAAAAAoKCAkLAAAAAacwEw NzM3NDE5MjcJAAAAAkIA1
… G2AsAAAsxMDczNzQxOTUyMQkkAAAAAYtoLAAAfNTE4XjUyMF4xMDczNzQxOTYyMV4xMDczNzQxOTU0xMDczNzQxOTU0MQMAAAABS
… AAAAAAAAAEG6gsAADGaW5hNPbmxpbmdicGlsbG9ucGsCBQYXXkJJwAAAAKAQEAAAAAAACgoBTf//9j///
… 8AAAAABt4LAAALL09ubGluZS1ScmVhbVBlaXBIcGAKAAooAAAKAAAAAJFAAAAAJEAAAAAoAAAAJFwAAAAbhCwA
… AAsxMDczNzQxOTUyMQkkAAAAUBuYAsAAUxMDczNzQxOTUyMQJFAAAABuZ9QsAAAsxMDczNzQxOTU3
… 5wsAAAsxMDczNzQxOTU3Mwk8AAAAFtLAAAbCzEwNzM3NDE5MjUxXjEwNzM3NDE5MjcJAAAAAWLLAAAAAAAAAAAAEG
… xhbnMJJwAAAAKAQEAAAAAAACgoBFFTP//9j///
… 8AAAAABu0LAAAQL0ZpbmFuY21hbHhDZXBmCBAx1YmZ1 bCBpbmZvAAAAZDxAQLNDU5Tlt1lZEAAAAAUAAAAJFwAAAA
… ACzEwNzM3NDE5NTQ0CRAAAAAKCgn0CwAAAA0Gs9QsAAAsxMDczNzQxOTUyMQJ8gsAAAnzCwAAAAAAAAAAKCgn0Cw
… CwAACzEwNzM3NDE5NTIxCgAAAAkEAAAAJEAAAAAoAAAAJFwAAAAbwCwAACzEwNzM3NDE5MTk2CgoKAAAAAAAAAAJQ
… G2AsAAAsxMDczNzQxOTUyMQkkAAAAAYtoLAAAfNTE4XjUyMF4xMDczNzQxOTYyMV4xMDczNzQxOTU0xMDczNzQxOTU0MQMAAAABS
… AAAAAAAAAAEG6gsAADGdGaW5uPbmxpbmdicGlsbG9ucGsCBQYXXkJJwAAAAKAQEAAAAAAACgoBFT//9j///
… 8AAAAABu0LAAALL09ubGluZS1ScmVhbVBlaXBIcGAKAAooAAAKAAAAAJFAAAAAJEAAAAAoAAAAAJFwAAAAbhCwA
… ACzEwNzM3NDE5NTQwCRAAAAAAJqb5CwAAACVUuaW5uYzWkXJlZZkknAAAACgoBAQAAAAAAAAKCgElfT//2P///
… AsAAB81MTheNTMwMxJEwNzM3NDE5NTIxxjEwNzM3NDE5NTQwAwAAAFOAAAAAAAAAAQb5CwAACVVuaW5zdXJlZ
… knAAAACgoBAQAAAAAAAAAAKCgEf9P//2P///wAAAAA/
… AsABQvVVpbbnN1cmVkVkBdGl1bnRzLwoAoKAAAAKAAAAJFAAAAAJEAAAAAoAAAAJFwAAAAb/
… CwAACzEwNzM3NDE5NTQyCRAAAAAJAQwAAAkCDAAAAAAAAAAACgkDDAAAAAGCgkC gAAAsxMDczNzQxOTU0MA
… gYFDAAACzEwNzM3NDE5NTIxxCSQAAAAGBwwAAB81MTheNTMwMxJEwNzM3NDE5NTIxxjEwNzM3NDE5NTQyAwAAAF
… UAAAAAAAAQYIDAAAA0ZvciBTZW5pb3JzCWAAAAAAAoKAfbz///Y////
… AAAAAYLDAAADS9Db21tdW5pdHkvRm9yLVNlbmlvcnMvCAoAooAAAKAAAAJFAAAAAJEAAAAAoAAAAJFwAAAAb/
… DczNzQxOTU0NwkQAAAAACRAMAAAkERAwAAAAAAAAAAACgjEgwAAAABhhMTA3Mzc0MTk1NDAsxMDczNzQxOTU0Mg
… sxMDczNzQxOTUyMQkkAAAAAtoLAAAfNTE4XjUyMF4xMDczNzQxOTYyMV4xMDczNzQxOTU0MDczNzQxOTU0M
… AAEGFwwAAB5Ib3NwaXRhbCBCawxscyAmYW1vUyBJbnN1cmFuY2UJZWR1cmF0aW9uLCoKAQEAAAAAAACgoB5/P//9j/
… //
… 8AAAAABhoMAAASL0hvc3BpdGFsLUJpbGxpbmcmcwCgAKAABQBQAACAAAAKAAAAAKXAAAAAABh0
… MAAAALMTA3Mzc0MjYMTEJEAAAAkfDAACSAMAAAAAAAAAAAAAoKCSEMAAAAAAYiDAACzEwNzM3NDNDIzMEx
… BiMMAAALMTA3Mzc0MjMJAAAAAYlDAAAfMzUxXjUyMF4xMzBeMTA3Mzc0MjMMjYMTBeMTA3Mzc0MjMMjEzEDAAAAA
… AAAAAAAABBIYMAAAAQ29zdHMgZm9yIENvbW1lbml0ci9zGAAACgEBAAAAAAoKAdz//
… /Y////

AAAAAApDAAAEY9GbSIt6oeFUaWVUGHHLtM9RLtZHbW1sDWVZt1ByaWpbBdWQ29YdHKUzM9yEUNvbW1vbi1Qc
m9jZWR1cmVzLwoACgABqwUAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAYsDAAACzEwNzM3NDIzMjEyCRAAAA
AJLgwAAAkvDAAAAAAAAAAAAAAKCgkwDAAAAAAGMQWAAAsxMDczNzQyMzIxMgYYDAAACzEwNzM3NDIzMjEwCSQ
AAAAGNAwAAB81MTheNTMwXjEwNzM3NDIzMjEwXjEwNzM3NDIzMjEyYWAAAAFkAAAAAAAAAAAQY1DAAAF1JlcXVl
c3QgYSBBDdXN0b20gUXVdGUJJwAAAAoKAQEAAAAAAAAACgoByfP//9j///
8AAAAABjgMAAA6L0Zvci1QYXRyZW50cy1hbmQtRmFtaWxpZXMvUHJpY2luZy9SZXXF1ZXN0LWEtQ3VzdamFuNtLVF
1b3R1RlLwoACgABrAUAAAkAAAAJEAAAAAEJEAAAAAQAAAAJFwAAAAY7DAAACzEwNzM3NDIzMjE0CRAAAAAJPQwA
AAk+DAAAAAAAAAAAAAAKCgk/
DAAAAAAGQAwAAAsxMDczNzQyMzIxNAZBDAAACzEwNzM3NDIzMjEwCSQAAAAGQwwAAB81MTheNTMwXjEwNzM3M3N
DIzMjEwXjEwNzM3NDIzMjE0WAAAAAFoAAAAAAAAAAAQZEDAAAJlJlc291cmNlcyBmb3IgUGF0aWVudHMgJmFmtcD
sgQ29uc3VtZXJzAAAAACgEBAAAAAAAAAoKAbrz///Y////
AAAAAAzHDAAASC9Gb31tUGF0aWVudHMtYW5kLUZhbnWlsaWVzL1ByaWNpbmcvUmVzb3VyY2VzLWZvci1QYXRpRpZ
W50cy1hbmptQ29uc3VtZXJzLwoACgABrQUAAAkAAAAJEAAAAAEJEAAAAAEAAAAJFwAAAAZKDAAACzEwNzM3ND
Q2NDI3CgoKAAAAAAAAAAAJswMAAAmxMAUACU0MAAAAAAAO2DAAAFEzNjc5fDEwNzM3NDIzNjc2Zc4Bk8
MAAALMT3A3MzczOMjMzNgJAAAAAADAAAFzcxUxQT41MzBeMTA3Mzc0MjMyNzheMTA3Mzc0MjY2Y2RAAAAAAAA
AAAAAAAABlIMAAAAOT3UYyTENvbW1pdG1l1bnGUJngMAAAoKAQEAAAAAACgoBrPP//9j///
8AAAAABlUMAAAAQL091cilDb21taXX5tZW50ZW50LwoACgABrgUAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAYZDAA
ACzEwNzM3NDNQ3MzU1C1goAAAAAAAAAJswMAAAmxMAUACVsMAAAAAAAZCDAAAFzEwNzM3NDIZlJjgwfDEwNzM3
NDIzMzc4Bl0MAAALMTA3Mzc0MjMzNzgJJAAAAAZfDAAAHzUxOF41MzBeMTA3Mzc0MjMzNzheMTA3Mzc0MjMzMzc2Y2O
DADAAAAXQAAAAAAAAABmMAAAAQSG9zcGl0YWWgUmF0aW9ncyGoAAAAAAAAAACgCGe8///2P///
wAAAAGYwwAABIvSG9yZW51bmVQb1aW5jcy9Ranqw1wMAAAlwpdAAAAGagwAAAAAAAAAAAAACgoBrxMDczNj
zNzQyMzE2CSQAAAAZ0NzM1OAoKAAAAAAAAAAACbMDAAAJ1wMAAAlpDAAAAAAGagwBcxMDczNzQyMzE9Y4MXwxMw
zNzNQyMzM3OAZzDAAAzEwNzM3NDIzMzc4CSQAAAAGdQwAAAc1MThhNTMwNTMwXjIwNzM3NDIzMzc2XjQxMzeNzM3NDI2
NjgxgXAwAAAF4AAAAAAAAAAAZuDAAAEUhvbWUgUGFgZ2FyYSBSYXRpbmdzCZ4AAAAAoKAQEAAAAAAAAACgoKA
EBAAAAAAAAAAoKAXTz///Y///

49128… AAAAAAAAAAQKOAAAAWAAAAWAAAAAWVXMHAALMTA3WzU0MTk1NTYJEAAAAAn7DxnACfwMAAAAAAAAAAAAo
KCf0MAAAAAAb+

… DAAACzEwNzM3NDE5NTU2Bv8MAAALMTA3Mzc0MTk1MjQJJAAAAAYBDQAAHzUxOF41MzeMTA3Mzc0MTk1MjReM
TA3Mzc0MTk1NTYDAAAAbQAAAAAAAABg1NAAAPTWVkaWNhbcmUgUGFydCBECScAAAAKCgEBAAAAAAAAAoKAf
zy///Y////

… AAAAAAYFDQAAKy9DZW50dXJhJhLUh1YWx0aC1NZWRpY2FyZS1QYXJ0LUQtQXNzaXN0YW5jZS1NYW5jZS8RKAAoAAboFAAAJA
AAACRAAAAaBCRAAAAAEAAAACRcAAAAGCA0AAAsxMDczNzQxOTU1NlwkQAAAACQoNAAAAJCw0AAAAAAAAAAAAAACg
oJDA0AAAAABg0NAAALMTA3Mzc0MTk1NTcGDg0AAAsxMDczNzQxOTU1NlwkAAAABhANAAAfNTE4XjUzMF4xMDc
zNzQxOTUyNF4xMDczNzQxOTU1NlwMAAAAAAAAAAEGEQ0AAABtTdGF0ZSBIZWFsdGggSW5zdXJhbmNlNlIFBs
YW4JJwAAAAoKAQEAAAAAAAAAACgoB7fL//9j///

… 8AAAAABhQNAAA0L0NlbnR1cmEtSGVhbHRoLVNVaVSAtU3RhdGUtSGVhbHRoLU1uc3VyYW5jZS1Qcm9ncmFtLwo
ACgABuwUAAAkAAAAJEAAAAAEJEAAAAAEAAAAJFwAAAAYXDQAACzEwNzM3NDE5NTU0OCRAAAAAJGQ0AAAkADQAA
AAAAAAAAAAAAKCgkbDQAAAAGHA0AAAsxMDczNzQxOTU1NlNAYdDQAACzEwNzM3NDE5NTNI3CSQAAAAGHw0AAB81M
TheNTMwXjEwNzM3NDE5NTI3XjEwNzM3NDE5NTU0AwAAAHIAAAAAAAAAAQYgDQAAFlBhdGllbnQgUmVwcmVzZW
50aXRpdmUUJJwAAAAAoKAQEAAAAAAAAACgoB3vL//9j///

… 8AAAAABhMNAAA1L1BhdGllbnQtUmVwcmVzZW50YXRpdmUtQW5zaXN0YW5jZS1Nw50YXRpdmUUJ1BhbGllbnQgUmVwcmVzZW50
JFwAAAAYmDQAACzEwNzM3NDI3TMTgwCgoKAAAAAAAAJswMAAAmXAwAACSkNAAAAAAYQDQAAzEwNzM3NDIz
OTMwfDUyMQYrDQAAAzUyMQkkAAAABi0NAAAAXNTE4XjUxOV41MjFeMTA3Mzc0MjM5MzAAAAAfgAAAAAAAAAB
i4NAAAPTWFyZSBhIERVbmF0UA8wCZ4DAAAKCgEBAAAAAAAAAACgoBAA/Dy///Y////

… AAAAAYxDQAAOi9DUkkgvQWJvdQtVXMvQ2FzdGx1LVJvY2stSG9zcG10YWwtRm9ybWRhHRdhdmlrbi9NYXRtdlLMWEtR
2lmdC8RKAAoABtoFAAAJAAAAACRAAAAAEAAAACRcAAAAGCA0AAAsxMDczNzQxOTU1NlwkAAAABdAY7NCAAAAAAJCw0AAAZ
AACbHDAAAAjlwMAAAk3DQAAAAOAAAA8xMDczNzQxOTU1NlwkQQAAAbh1mJEGQQ0AAAMiJEJJAAAAAY7DQAAzFzUxOF4
1MTleNTIxXjEwNzM3NDIzOTMwXAwAAAH8AAAAAAAAAAY8DQAElByb2dyYW1zIWdFdLIFN1cHBvcnQgAAAoK
AQEAAAAAAooKABwTy///////

… AAAAAAZNDQAAQS9DUVvQWJvdQtVXMvQ2FzdGx1LVJvY2stSG9zcGl0YWwtRm9ybWRhHRdhdmlvbi9Bc3Nylhd
GUtQ2FtcGFpZ24vcgAKAAaC/

… BQAACQAAAAkQAAAAAkQAAAABAAAAACkXAAAABlANAAAALMTA3Mzc0MjcxODIKCgoAAAAAAAAAAAAmzAwAACzCDA
AAJUw0AAAAAlQNAAAPMTA3Mzc0MjM5MTlj1l8NTIxUNAAAADTIxCSQAAAAAGVw0AABcMTheNTE5XjUyMV4xMD
czNzQyMzkxOQMAAAAEAAAAAAAAAAGWA0AABFGb3VzZ1VzZVW50cAAW9AAABFG3Vz2fGc0aW9uIF1wwcweAAA
m8v//2P///

… wAAAAGWw0AAEAvQ1JIL0Fib3V0LVVzL0Nhc3RsZS1Sb2NrLUhvc3BpdGFsLUEvdW5kaW5nL12DpdGFsLUhvc3BpdGFsRhd
1vbiFdFmVudHMvQ2FKAAHABQAAACQAAAAkQAAAAAkQAAAAAAAAAl4NAAALMTA3Mzc0MNDQ0NDUKCgo
AAAAAAAAAmzAwAACzCDAAAAJYQ0AAAAABmINAAAPMTA3MzJYzMzh8NTIxBmMNAAAADNTIxCSQAAAAGZQ0A
ABc1MTheNTE5XjUyMV4xMDczNzQyMzkxOWMAAAAACAAAAAAAAAAGZb3VzZGb3VzZW10cAAW9AAABFG31tFlcGdjdCBUZ
WFtCZ4DAAAKCgEBAAAAAAAAAAoKAZjy///Y////

… AAAAAZpDQAASS9DUVvQWJvdQtVXMvQ2FzdGx1LVJvY2stSG9zcGl0YWwtRm9ybWRhHRdhdmlvbi9Gc3VkLVJhaXNlci8QZAw
W9uLUltcGFjdC1UZWFtLWJvQUAAAAkAAAAJEAAAAAEJEAAAAAEAAAAJFwAAAAYXDQAACzEwNzM3NDI2MzM2fDUyMQZxDQAAAzUyMQkkAAA
ABnMNAAAAXNTE4XjUxOV41M2MjEwNzM3NDI2MzJ2MZXDAAAgwAAAAAAAABnQNAAAKQ29udGFjdCBCVcwmeAwAA
CgoBAQAAAAAAAAAKCgGK8v//2P///

… wAAAAAGdw0AAFFYyvQ1JIL0Fib3V0LVVzL0Nhc3RsZS1Sb2NrLUhvc3BpdGFsLUEvdW5kaW5nL12DpdGFsLUEvdW5kaW5nL
1DYXN0bGUtUm9jay1Ib3NwaXRhbC1Eb25hdGUtVG9kYXkvcgAKAAaC/

… DQAAFzEwNzM3NDI1N1TgzfDEwNzM3NDE5NTYzMxBnNAAAALMTA3Mzc0MTk1NTY3DEwNzM3NDE5NTgzFyUyMV4xMD
EBAAAAAAAAAAAoKAXZy///////

… AAAAAaFDQAAMy9DUkkgvQWJvdQtVXMvTWlzc2lvbi1hbmQtVWluaXN0cnktQXNzaXN0YW5jZvbi1IZWxwLWFuZAvbilZWxwLWpuZAvbl
gABwwUAAAkAAAAJEAAAAAEJEAAAAIAAAAJFwAAAAAIDQAACzEwNzM3NDIzMjxCgoKAAAAAAAAAAAJswMAAA
mXAwAACSsNAAAAADMDQAAFzEwNzM3NDE5NTg1N1TgzfDEwNzM3NDE5NTYzMzBNTIxNAAABoINAAAAAQXNraW5nLVRpE3yN
PDQAAFzEwNzM3NDE1NTgzfDEwNzM3NDE5NTY3fDUwNAAALMTA3Mzc0MTk1MTU0CZ4DAAAKCgEBAAAAAAoKAXZy///////

… AAAAAaFDQAAMy9DUkkgvQWJvdQtVXMvTWlzc2lvbi1hbmQtVWluaXN0cnktQXNzaXN0YW5jZvbi1IZWxwLWFuZAvbl
gABwwUAAAkAAAAJEAAAAAEJEAAAAIAAAAJFwAAAAAJ3wMAAA
mXAwAACYsNAAAAADMDQAAFzEwNzM3NDE5NTg1N1TgzfDEwNzM3NDE5NTYzMzBNTIx1NAAABoINAAAAQXNraW5nLVRpE3
PDQAAFzEwNzM3NDE1NTgzfDEwNzM3NDE5NTY3fDUwNAAALMTA3Mzc0MTk1MTU0CZ4DAAAKCgEBAAAAAAoKAXZy///////

… wAAAAGkw0AAC4vQ1JIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHJ5LWtvVib1mlZHJ5L19jvCgKAAHEBQ
AACQAAAAkQAAAAAkQAAAAAAAAAl8NAAALMTA3Mzc0MjEyMIKCgoAAAAAAAAAmzAwAACzCDAAAA
JmQ0AAAAaMDQQAAFzEwNzM3NDE5MjU0N1TgzfDEwNzM3NDE5NTg1TuuzS9NNTE4XjUxOV41WzEwNzM3NDE5
FBhdGllbnQgQmFyZWQTWlzc21vbiMUMjNpbMJngMMAAoKAQEAAAAAAACgoBYPL//9j///

… 8AAAAABgENAABIL0NSSC9BYm91dC1Vcy9NaXNzaW9uLWFuZC1NaW5pc3RyeS9Db21tdW5pdHktSG51cmdheW5XS3k
FBhdGllbnQgUmVmZW5hbFIjvbnMvQ2FtcGFpZ24tUnVuLVJhaXNlci8QZAwW9uLUltcGFjdC1UZWFtWmWDQAAAkAAAAJEA
AAAAEAAAACCRcAAAAGGrA0AACBfbW90aW9uYJuYWNLXWgXWFsJQdWFsJFNlIFJlc291cmNlcwmeAwAACgoBAQAAAAAAAAAKCgAF
S8v//2P///

… wAAAAAGrw0AAEQvQ1JIL0Fib3V0LVVzL01ppc3Npb24tYW5kLU1pbmlzdHJ5L0Vtb3Rpb25hbC1hbmRtQtU3Bpcn

...  R1YWwVUmVzb3VyY2VzIwoAeqABxgQUAAAAEHAJ4TRAAAAAqTdAAAAUtdAAAAEkayDQAACgEwvM3NDI3MjM
...  zCgoKAAAAAAAAAAAJswMAAamXAwAACbUNAAAAAa2DQAAFzEwNzM3NDI1NTg3fDEwNzM3NDE5NzMxBrcNAAAAL
...  MTA3Mzc0MTk3MzgJ9ZJAAAAAAa5DQAAHzUxOF41MTleMTA3Mzc0MTk3MzgFeMTA3Mzc0MjU1ODcBEwPAAAAAA
...  AAABroNAAARRW1vdGlvbmFzIEh1YWxpbmcJngMAAAoKAQEAAAAAAAAACgoBRPL//9j///
...  8AAAAABr0NAAAALONSSC9BYm91dC1Vcy9NaXNzaW9uP9uLWFuZC1CNaW5pc3RyeS9FbW90aW9uYWwtSGVhbG5uZy8B
...  KAAoAAccFAAAJAAAACRAAAAAACRAAAAAAGAAACRcAAAAGwA0AAAsxMDczNzQyNzI1NjNcQKAAAAAAAAAAAAACbMD
...  AAAJlwMAAAnDDQAAAAAAGxA0ABcxMDczNzQyNTU4QHwxMDczNzQxQXMyMQbFDQAACzEwNzM3NDE5NzMxMxCSQAA
...  AAGxw0AAB81MTheNTE5XjEwNzM3NDE5NzMxXjEwNzM3NDI1NTg4AWAAAAAAAAAAbIDQAAEUxlYXJuaW
...  5nIHRvIEFkYXR0B0CZ4DAAAKCgEBAAAAAAAAbCgoBFA/9j///
...  AAAAAAbLDQAANS9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvTGVhcm5pbmctdG8tUWRhcHQv
...  gAKAAHIBQAACAAAAkAAAAACRAAAAAACRAAAAAGACRAAAAgMx+c3t8B71MTA3Mzc0MTk3MzgJ9zctMDc3MjYXKCgoAAAAAAAAAmzAw
...  AACZcDAAAJ0Q0AAAAABt1NAAAAXMTA3Mzc0MjU1ODl8MTA3Mzc0MTk3MzgJ9zw0AAAsxMDczNzQyOTczMQKkAAA
...  ABtUNAAAAfNTE4XjUxOV4xMDczNzQyNzQxOTczMV4xMDczNzQyO0QMAAAKCgEBAAAAAAAAAAAAG1g0ABRNYWtpbmcmc
...  VG91Z2ggQ2hvaWWNlcwmeAwAACgoBQAQAAAAAAAAAAKCgEo8v//2P///
...  wAAAAAG2Q0AADgvQ1JIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHJuL01ha2luZy1Ub3VnaC1DaG9p
...  VzLwoACgAByQUAAAAJAAAAkaAAAJEAAAAAJEAAAAAAGACRAAAAAJFwAAAAAbcDQAAGPEwNzM3NDI1NTg3fHJ
...  JswMAAamXAwAAC0DAAAAABqDQAAFzEwNzM3NDE1NTg3fcMTA3Mzc0MTk3MzgEeMTA3Mzc0MTk3MzMxBuEyZJ
...  JAAAAAbjDQAAHzUxOF41MTleMTA3Mzc0MTk3MzgFeMTA3Mzc0MjU1OTDAAAAkAQAAAAAAAABuQNAAANTWlzc
...  2lvbiBUcmlwcwmeAwAACgoBQAQAAAAAAAAAAKCgEa8v//2P///
...  wAAAAAG5w0AADgvQ1JIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHJuL01pc3Npb24tVHJpcHMvCgAKAAAC
...  HKBQAAQAAAAAJEAAAAAJEAAAAAAJEAAAAAAGACRAAAAJFwAAAAAAbHDQAAGPEwNzM3NDI1NTg3fGEwNzM3NDE5N
...  zMxBuEyZJYAAAAAAbiDQAAHzUxOF41MTleMTA3Mzc0MTk3MzgFeMTA3Mzc0MjU1OTABEwPAAAAAbkDQAAANTWlzc2lvb
...  iBUcmlwcwmeAwAACgoBQAQAAAAAAAAAAKCgEa8v//2P///
...  8AAAAAByFLZbQAALONSSC9BYm91dC1Vcy9NaXNzaW9uP9uLWFuZC1CNaW5pc3RyeS9NaXNzaW9uLVRyaXBzL
...  KAAHLBQAAQAAAAJEAAAAAJEAAAAAAJEAAAAAAGACRAAAAJFwAAAAAAbVNAAALMDczNzQyNTg3fDEwNzM3NDE5
...  NaW9uLVRyaXBzCgAKAAAAByWUAAAAJAAAAkaAAAJEAAAAAACRAAAAAACRAAAAAGACRAAAAAAAAAGoBDw///
...  8AAAAAByVAAAAAAB5AAAAAB5AAAAAAB5AAAAAAGAACQcAAAALMTA3Mzc0MjU1ODdcCMKAAAAAAAAAAAACbMD
...  AAAJlwMAAAnDDQAAAAAAGxA0ABcxMDczNzQyNTU4QHwxMDczNzQxQXMyMQbIDQAACzEwNzM3NDE5NzMxMxCSQAA
...  AAGxw0AAB81MTheNTE5XjEwNzM3NDE5NzMxXjEwNzM3NDI1NTg4AWAAAAAAAAAAbIDQAAEUxlYXJuaW
...  5nIHRvIEFkYXR0B0CZ4DAAAKCgEBAAAAAAAAbCgoBFA/9j///

...  8AAAAABgMOAAAB8L0NSSC9BYm91dC1Vcy9NaXNzaW9uP9uLWFuZC1CNaW5pc3RyeS9XLWlMLUVtL1UtWt5vdC1DaHJ
...  pc3RpbYW4vCgAAAAHMBBQAACQAAAAkaAAAJEAAAAAAJQAAAAAAAAmzAwAACZcDAAAJ0Q0AAAAABgoOAAAAXMTA3Mzc0MjUxQXMyM
...  AAAAAAmzAwAACZcCDAAJCQ4AAAAABgoOAAAAXMTA3Mzc0MjU1ODdfcMTA3OTM8NTA3N8MTA3Mzc0MTk3MzgEGCW4A4AAsxMDczNzQyNzQxQXMy
...  TczMQkkAAAAABg0OAAAAfNTE4XjUxOV4xMDczNzQxMzk3MV4xMDczNzQyNTU3MMAAAAAAAAAGd4AAB
...  5XaGF0IGlmIEkbZ1nasolIHJlzmWR8PH//9j///
...  8AAAAABhEOAAAB1L0NSSC9BYm91dC1Vcy9NaXNzaW9uP9uLWFuZC1CNaW5pc3RyeS9XaGF0LWlmLWlmLUktZ2dvbC1yZWFsbHkXkw
...  DgAACRcoAAAAAAAAAAAAAoKCRgOAAAAYZDgAACzEwNzM3NDIwNDQ2BhoOAAALMTA3Mzc0MjA0NDY2CQ4AAAAAA
...  AYcDgAAHzUxOF41MTleMTA3Mzc0MjA0NDY2XjEwNzM3NDIwNDREBBHB0OAAAHhQWR22Y50aX
...  N0IC0gV2hhdCJmZk7cyBpbiBhIG5hbWU/CScAAAAACgEBAAAAAAAAAKAeHx///Y////
...  AAAAAAYyDgAANy9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvV2hhdC1pZi1JLWdnb2wtcmVhbGx5L
...  S8RKAoAAAc/FAAAJAAAARRAAAAAAAACRAAAAAAAAjCgoJw4AAAABgoAAAAEBigOAAAABrgOAAAALMTA3Mzc0MjA0NDY2CY
...  4AAAAAAAAAAAAAACgoJJw4AAAAABigOAAAABrQOAAAALMTA3Mzc0MjQyMDQ0NjYJDgAAAAAAAAAAAEGLA4AABNXZWxxscyBQBQaGls
...  b3NvcGh5CSCcAAAAACgEBAAAAAAAAAoKAdLx///Y////
...  AAAAAAYvDgAALi9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvV2VsY29tZ55TVyBwYWdlCSCcAAAAAHPB
...  QAACAAAAQQAAAAAAACRAAAAAAmzCgoJw4AAAABgoOAAAAEBigOAAAABrQOAAAALMTA3Mzc0MjA0NDY2CY
...  4AAAAAAAAAAAAAACgoJJw4AAAAABigOAAAABrAOAAALMTA3Mzc0MjQyMDQ0NjYJDgAAAAAAAAAAAEGLA4AABNXZWxxscyBQBQaGls
...  b3NvcGh5CSCcAAAAACgEBAAAAAAAAAAoKAdLx///Y////
...  AAAAAAYvDgAALi9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvV2VsY29tZ55TVyBwYWdlCSCcAAAAAHPB
...  S8RKAoAAAc/FAAAJAAAARRAAAAAAACRAAAAAAjCgoJw4AAAAABgoAAAAEBigOAAAABrAOAAALMTA3Mzc0MjA0NDY2CY
...  b3NvcGh5CSCcAAAAACgEBAAAAAAAAAoKAdLx///Y////
...  DgAANi9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvV2VsY29tZ55TVyBwYWdl
...  AUAAAAkaAAAEJAAAAAAAJFwAAAAAJFwAAAAAJFwAAAAAGRg4AAAsxMDczNzQyMDQ0NjYJDgAAAGSQ4AAB1MTheNTE
...  5XjEwNzM3NDIwNDMTg0MTgJZjEwNzM3NDIwNDQ2BhoOAAAAAAxDgAACzEwNzM3NDIwNDQ2BhoOAAALMTheNTE
...  dHM/CScAAAAACgEBAAAAAAAAAAoKABtPL//Y////
...  AAAAAAZbDgAANC9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvRGlbmcteW91cmBcmVkLWJ5LWJ1
...  AAAAAAAAAAAAJEAAAAAJFwAAAAJFwAAAAAGRg4AAAsxMDczNzQyMDQ0NjYJDgAAAGSQ4AAB1MTheNTE
...  5XjEwNzM3NDIwNDMTg0MTgJZjEwNzM3NDIwNDQ2BhoOAAAAAAxDgAACzEwNzM3NDIwNDQ2BhoOAAALMTheNTE
...  AGVA4AABcxMDczNzQyNDEyN3wxMDczNzQxOXcxMwZVDgAACzEwNzM3NDE5NzEzCSQAAAAAGVw4AAB81MTheNTM
...  yXjEwNzM3NDE5NzEzXjEwNzM3NDI1OTE3Jw4AAAAAAAAAAAZYDgAAF1ZvbHVudGVlci1BcHBsaWNhdGlvbl0
...  aWVzCZ4DAAAKCgEBAAAAAAAAAKAabx///Y////
...  AAAAAAZbDgAANC9DUkgvQWJvdXQtVXMvVmx1bnRlZXJpbmcvY9Wb2x1bnR1ZXItQXBwbGljYXRpb25zLwoKAACgoAB0
...  AUAAAkaAAAEJAAAAAAJFwAAAAAJFwAAAAAGRg4AAAsxMDczNzQyMDQ0NjYJDgAAAGSQ4AAB1MTheNTE
...  AAAAAACglFDgAAAAGRg4AAAsxMDczNzQyMDQ0NjYJDgAAAGSQ4AAB1MTheNTE
...  5XjEwNzM3NDIwNDMTg0MTgJZjEwNzM3NDIwNDQ2BhoOAAAAAAxDgAACzEwNzM3NDIwNDQ2BhoOAAALMTheNTE
...  dHM/CScAAAAACgEBAAAAAAAAAAoKAKabx///Y////
...  AAAAAAZbDgAANy9DUkgvQWJvdXQtVXMvVmx1bnRlZXJpbmcvY9Wb2x1bnRlZXJpbmctdG8tUWJlbnRlZWdyZ5TCg8KA
...  AoAAdIFAAAAJAAAAkRAAAAAAAJAAAAAAAmzCgoJw4AAAABgoAAAAEBigOAAAABrAOAAALMTA3Mzc0MjA0NDY2CY
...  GZQ4AABlMTheNTNyMTY4AAAZVDgAACzEwNzM3NDE5NzEzCSQAAAAAGVw4AAB81MTheNTM2XjEwNzM3NDE5NzEz
...  ZW50cyBmb3IgVm9sdW50ZWVyaW5nCgAAAAAKAZKajx///Y////
...  AAAAAAZpDgAONi9DUkgvQWJvdXQtVXMvVmx1bnRlZXJpbmcvY9Wm9sdW50ZWVyaW5nLXRvLXJlcXVpcmVtZ5W
...  mluZy9RKAAoAAdMFAAAJAAAAAAkRAAAAAAAAkaAAAAAmzCgoJw4AAAABgoAAAAEBigOAAAABrAOAAALMTA3Mzc0MjA0NDY2
...  AACbMDAAAAJlwMAAAlvDgAAAAAGxA4ABcxMDczNzQyQXMyN3wxMwZVDgAACzEwNzM3NDE5NzEzCSQAAAAAGVw4AAB81MTheNTNE5Zz

49128... zCSQ4AAAGcwvFAAB8lMrheNTHyXjjewrcDW3ShU5kNzEzXjjewnZW3WbY2oTE3AAAAAAAAAAAAAAAAZ0DgAAHVZv
... bHVudGVlci9JBmBJmZvcm1hdGlvbiBTZXNzaW9uZuCZ4DAAAKCgEBAAAAAAAAoAKAYrx///Y////
... AAAAAZ3DgAAOi9DUkgvQ29tbXVuaXR5L1ZvbHVudGVlciNsuZy9Wb2x1bnNlR1ZXItSW5mb3JtYXRpb24tU2Vzc
... 2lvbi8KAAoAAdQFAAAJAAAACRAAAAAACRAAAAAEAAAACbkCAAAGeg4AAAEwCgoKAAAAAAAAAAAAKCgl7DgAAAA
... AGfA4AABcxMDczNzQyNTY0O0XwxMDczNzQxOTTcxMwZ9DgAACzEwNzM3NDNEzCSQAAAAGfw4AAB8lMTheNTM
... yXjEwNzM3NDE5NzEzZXjEwNzM3NDI1NjQ5AwAAKEAAAAAAAAAAAaADgAAF1ZvbHVudGVlci9JBmNlcmVzdCBG
... b3JtCcUBAAAACgEBAAAAAAAAAaAKAX7x///Y////
... AAAAAaDDgAAWmh0dHBzOi8vY2VudHVyeS53ZWN1cmVmb3Jtb3Jtc1cc3VibWl0Lms1dC9GaWxsSC3V0Rm9ybS5hc3B4?
... 2Zvcm1uYW11lPUNSSF9Wb2x1bnRlR1ZXlfSW50ZXJlc3RfRm9yb+QoAAA+cmQkCCAAZ0AvdQAAGgY1AAzEwNzM3ND
... AJFwAAAAaGDgAAC2EwNzM3NDI3MjQyCgOKAAAAAAAAAAJswMAAAmXAwAACYkOAAAAAAaKDgAAFzzEwNzM7NDI7NDI
... 0MzI4IfDEwNzM3NDE5NzI4Bos0AAAALMTA3Mzc0MTk3MjhMjggJJAAAAAaNDgAAHzUxOF41MzJeMTA3Mzc0MTk3Mjhe
... MTA3MzgvMjQzMjMAzygDAAAAApAAAAAAAAaAbso4QOaAAQRmVhdHVyZWQgQXJ0aWN0ZXIBDIZWFsaW5n
... gFw8f///2P///
... wAAAAAGkQ4AACwvQ1JIL0NvbW11bml0eS9ZIZWFsaW5nLUFydMHvRmvRmdHVyZS1BcnRpc33RzLwoACgAB1gUAAA
... kAAAAJEAAAAAAJEAAAAAMAAAAJFwAAAAaUDgAACzEwNzM3NDE3MjZ3NTM3NTI1Q3RyQzQgQQXuAAAAaAbDgAAZc4Ux
... OF41MzJeMTA3Mzc0MTk3MjheMTA3Mzc0MjQzMjVGBpwOAAAUQ29udGFjdCBCIZWFsaW5nEFYdHMgPqAAAKQQAAAAA
... EFydHMyMjNgMAAAoKAQEAAAAAAAAAaACgoBYvH///9j///
... 8AAAAABp8OAAAxL0NSSC9Db21tdW5pdHHkHVyc3VGVhbGluZy1BcnRzL0NvbnRhY3Q3U0GVhbGluZy1BcnRzLwoAC
... B1wUAAAkAAAAJEAAAAEJEAAAAAEAAAAiDgAACzEwNzM3NDE5NzQ4CRAAAAaJpA4AAmldgAAAAAa
... AAAAAAKCgmmDgAAAAGpw4AAAsxMDczNzQyOTc0O0AoAoDgAACzEwNzM3NDE5NzE4CSQQAAAAGgq4AAB8lMTheN
... TM0XjEwNzM3NDE3MTk3NDhlXjEwNzM3NDE5NzQwAAAAK0AAAAAAAAAQarDgAABkNob2ljZQkAAAACgoBAQAAAA
... AAAAAKCgFT8f///2P///
... wAAAAAGrg4AADVQv1JIL0hlYWx0aC1bmdQtV2SbG5lc3MvQ3JlYXRpdmUtSGVhbHRoRoL0Nob2ljZS8KAAoAAd
... gFAAAJAAAACRAAAAAABCRAAAAACAAAARcAAAAAaGS04AAAsxMDczNzQyOTc0O0QkAAAAAcbMOAAAAJtA4AAAAAAAA
... AAAAACgoJtQ4AAAAaBrYOAAAALMTA3Mzc0MTYN3DkGtw4AAAsxMDczNzQyOTc0OOQMAAAAcuxAAAxAAAaAAAAA
... AoKAUTx///Y////
... AAAAAa9DgAAL19DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9DcmVhdGl2ZS1IZWFsdGggvUmZvc28tK8AAoAAdkFA
... AAJAAAACRAAAAABsUOAAAALMTA3Mzc0MTk3NAtg4AAAsxMDczNzQyOTc0OApBAAAAcbkCtOAAAAJt0e4X1jUzNFf4
... xMDczNzQyOTc0OTc4eXjEwNzM3NDI5NzQwEGyQ4AAAtFbnzpcm9ubWVudEAksnmAKAAAAAaACgoBQAA
... AAAAAAAKCgE18f///2P///
... wAAAAAGzA4AADUvQ1JIL0hlYWx0aC1bmdQtV2SbG5lc3MvQ3JlYXRpdmUtSGVhbHRoRoL0Vudmlyb25tZW50L50Lw
... oACgAB2gUAAAkAAAAJEAAAAaEJEAAAAAaQAAAAJFwAAAAbPdgAACzEwNzM3NDE5NzUxCRAAAAAaJ0Q4AAnSDgA
... AAAAAAAAAAAAoKASbx///Y////
... AAAAAbbDgAAMi9DUkgvSGVhbHRoRoLWFuZC1XZWxsbmVzcy9DcmVhdGl2ZS1IZWFsdGggvQWN0aXZpdHkvCgAKA
... AHbBQAACQAAAAkQAAAQkQAAAAkXAAAAbt4OAAALMTA3Mzc0MTk3NTIJEAAAaANgDgAAcEOAAAAAAA
... AAAAAAAoKCeIOAAAAAAabjDgAACzEwNzM3NDE5NzUyUyBuQyAAAALMTA3Mzc0MTk3NTJJAAAAbmbDgAAHzUxOF44
... 1MzReMTA3Mzc0MTk3MTdeMTA3Mzc0MTk3NTUAAAAQbYDgAACEfjdj2aXR5aAAAK5gBF/H//9j///
... 8AAAAAAaBuoOAAAvL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzLXmZW5pdHkvUnZsZ2JuenZ2GQthJZWFsdGgtMzg8
... FAAAJAAAACRAAAAAACRAAAAAEAAAABsxAAAACRAAAAAJ8AAAbgO8OAAAcIOAAJ8A4AAAAAAAAAAAAAAoKCeIOAA
... AAAACgoJ8Q4OAAnSDgACzEwNzM3NDE3NTJeMTA3Mzc0MTk3NDE5Nwkkm0ayAAAAWkkAAAAbvUOAAAANfNTX4xJUzZ
... F4xMDczNzQyOTc0N14xMDczNzQyOTc4e31MwMAAAACyAAAAAAAAAAEg9q4AAAtFbnzpcm9ubWVudAk9g4AAAAoKAQAA
... 9uc2hpcHMHMJJwAAAAoKAQEAAAAAAAAAAaCgoBCPH//9j///
... 8AAAAAAaBvkOAABFL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0NyZWF0aXZlLUlIZWFsdGgvUmVsbmFmbmVmF
... sLVlYlbGF0aW9uc2hpcHMvCgAKAAdsFAAAJAAAAQkQAAAQAAAAQWAAAAkXAAAABvwOAAAMTA3Mzc0MTk3
... NTQJEAAAaAn+
... DgACf80AAAAAAAAAAAAoKCQAPAAAAAAYBDwAACcEwNzM3NDE5NzU0OBgIPAAALMTA3Mzc0MTcJJAAAA
... AYEDwAAHzUxOF41MzReMTA3Mzc0MTk3MTdeMTA3Mzc0MTk3NTQDAAAswAAAAAAAAAAaAaBBgUPAAAHT3V0bG9g9vaw
... knAAAAACgoBAQAAAAAAAAAAaCgH58P///2P///
... wAAAAAGGCA8AADEvQ1JIL0hlYWx0aC1bmdQtV2SbG5lc3MvQ3JlYXRpdmUtSGVhbHRoROL091dGxvb3svc2vCgAKAA
... HeBQAACQAAAQkOAAAQkAAAAkXAAAAAbyBAAAALMTA3Mzc0MTk3NTUJEAAAaANTUG8e4AAAAAAAaBgsPAAAALMTA3
... AAAAAAKCQ8PAAAAAAaYDwAAALMTA3Mzc0MTk3NTUJEAAAbmcDgaAHzUxOF44MTheHEPAAALMTA3Mzc0MTk3NTUdyI
... MzReMTA3Mzc0MTdeMTA3Mzc0MTk3NTUDAAAAAAAAAABBhQPAAAJTnV0cml0aW9uC95uCSAAAAKCgEBA
... AAAAAAaoKAerw///Y////
... AAAAAAYXDwAANi9DUkgvSGVhbHRoRoLWFuZC1XZWxsbmVzcy9DcmVhdGl2ZS1IZWFsdGgvTnV0cml0aW9uKDEpL
... woACgAB3wUAAAkAAAAJEAAAAaEJEAAAAaAQAAAAJFwAAAYJFwwAAAcADw8xMDczNzQyOTc0N14xMDczNzQyOTc0N14x
... AAAAAAAAAAAKCgkeDwAAAAGhAaAGH8WAAAsxMDczNzQyOTc0OOQ2MgYQDwAAACcEwNzM3NDE5NTUCSQAAAAGg8AAB8
... 1MTheNTM0XjEwNzM3NDE5NzUyXjEwNzM3NDE5NzYyAwAAALYAAAAAAAAAAQYjDwAACkZyZWUgUg9u3ljbUGJJwAA
... AAoKAQEAAAAAAAAAaCgoB2/D//9j///
... 8AAAAAbiYPAAAsL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0ZpdC5lc3MvMvRnJlZS1DeWNsaW5nLwoAAeAFAAA
... JAAAACRAAAACRAAAAARcAAAAAbicPAAAALMTA3Mzc0MTk3NjICSQAAAAAAAAEGg8AAAAVNb3ZlbQtpbmcR3JvdXAJbA
... CgoJLQ8AAAAABi4PAAAALMTA3Mzc0MTk3NjMgMGYgWAACzEwNzM3NDE5NzUyCSQAAAAbivPAAAHzUxOF4xJUzNF4xM
... DczNzQxOTc1OV4xMDczNzQyOTc2MwMAAAAC3AAAAAAAAAAEGMg8AABVb3Z1dGGvbCBCaWNtpbmcgR3JJvdXAJXAJw

49128… AAAoAsQPAAAAAAAAAAcgoBzEP//9j//
… 8AAAABjUPAAA3L0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0ZpdG5lc3MvTW91bnRhaW4wt4QmlraW5uLUdyb3V
… wLwoACgAB4QUAAAkAAAAJEAAAAAEJEAAAAMAAAAJFwAAAAY4DwAACzEwNzM3NDE5Nz0CRAAAAAJOg8AAAk7
… DwAAAAAAAAAAAAKCgk8DwAAAAAGPQ8AAAsxMDczNZQxOTczNTY4…
… DwAAAAAAAAAAAA…
… DwAACzEwNzM3NDE5NzU0CSQAAAAAGQA8AAB81MTheNTM0OXjEwNzM3NDE5NzU5XjEwNzM3NDE5NzY0AwAAALgAA
… AAAAAAAQZBDwAADVJ1bm5pbZdGcmVjHbXMJJwAAAAoKAQEAAAAAAAAAAcgoBvfD//9j///
… 8AAAABkQPAAAvL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0ZpdG5lc3MvMvUnVubmluZzy1UZWFtcy8KAAoAAeI
… FAAAJAAAAACRAAAAABCRAAAAABAAAACRcAAAAGRw8AAAsxMDczNzjQyMjY5NAkQAAAAACUkPAAAJSg8AAAAAAAAA
… AAAAACgoJSw8AAAAABkwPAAAALMTA3Mzc0MjI2OTQtQTQ4AAAsxMDczNzjQyMjY5N5MwkkAAAAB8PAAAfNTE4XjUzUzN
… F4xMDczNzQyMjY5M5Ml4xMDczNzQyMjY5NAMAAAAC6AAAAAAAAAEGUA8AABdFYm9sYSBJbmZvcm1hdGlvbgkoAAAAAAcgCGu8P//2P///
… lvbgknAAAACgoBAQAAAAAAAAAAKCgGu8P//2P///
… wAAAAGUw8AAA0vRWJvbGGEtVmlydVMvCgAKAAAH jBQAACQAAAAkQAAAAAkQAAAAAAkQAAAAAAAkXAAAAB1YPAAALMT
… A3Mzc0Mzk1Mzg KCgoAAAAAAAAAAAmzAwAACZcDAAAAJWQ8AAAAABloPAAAAXMTA3Mzc0MjU3Mzc8MTheNMTA3Mzc0MTk
… 3MjUGWw8AAAsxMDczNzQxOTcyNQkQAAAAAEbl0PAAAfNTE4XjUzUzNF4xMDczNzQxOTcyNV4xMDczNzQyNTczNzczMwMwMA
… AAC+AAAAAAAAAAGXg8AAAAmNYW9uNYW5uYSBWaWJyYXRpb24JKAAAAAAoKAoAw///Y////
… AAAAAAZhDwAANS9DUkkgvSGVhbHRoLXFuZC1XZWxsbmVzcy9FaXRuZXNzL1NZVUyYXdUYXJnZXRzL0VYDUyYXdUYXJnZXRzLwoK…
… gAKAAHkBQAACQAAAAkEAAAAAAkEAAAAAMBQAAAATACgVcGRT8MTheNTM0MjcjZN0rkKCgoAAAAAAAAAAAmzAw…
… AACZcDAAAJZw8AAAAABmgPAAAAXMTA3Mzc0MjUOTR8MTheNTM0OS3Cml4xMDczNzjQyNZQxOTR8MTheNTM0Mwm…
… ABmsPAAAfNTE4XjUzNF4xMDczNzQyNV4xMDczNzQyNTU0AMAAAAC/
… AAAAAAAAAAGbA8AAA5BYm91dCBDDaGVtRVhrbgmeAwAACgoBAAAAAAAAAAAAKCgGS8P//2P///
… wAAAAAGbw8AAADkCvQ1JIL0hlYWx0aCBbmQtV2VsbG5lc3MvTWVTdbmEtUmVzdGF1cmFudFdzdGl1cmFudFwoK
… Rhbi8KAAkoAAeUFAAAJAAAAACRAAAAAMAAAAACRcAAAACRcAAAAAAGdg8AAAsxMDczNzQyNTU3NXwxMDczNzQyNzNwxNzQxOT…
… ACbMDAAAJlwMAAAllDwAAAAAGdg8AAABcxMDczNzQyNTU5NXwxMDczNzQyNzNwxNTQxOTQ…
… CSQAAAAGeQ8AAB81MTheNTM0OXjEwNzM3NDE5NzI1XjEwNzM3NDI1NTk1XjEwNzM3NDI1NTk1XjEwNzM3NDI1NTk1XjEwNzM3NDI1NTk1XjEwNzM3NDI1NTk1XjEwNzM3NDI1NTk1X… CSAAAAAGeQ8AAB81MTheNTM0OS3RhdXJhbnQgRGlsbmdIGVydHJJLzZDwAAECAUGPAAEoNTZPQ1Fh4wNzY3NDI1NTk1XmVwNZQy…
… 2lwZXMgZ2h1cQ2h1BEYW4JngMAAAAoKAQEAAAAAAAAAAKCgoBhPD//9j///8AAAAAAAAABn0PAAA+
… L0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0hlYWx0aC1Jbmdyb2R1ZWRpZW50cy8KACJhdFVL1h1R0hUYXJnZXRzL0ZY…
… AoAAeYFAAAJAAAAACRAAAAAMAAAAACRcAAAAGfg8AAAsxMDczNzQyNTU3NXwxMDczNzQyNzA3MTheNTM0OXjEwbndcnRjeSm…
… AJlwMAAAmDDwAAAAAGhA8AAABcxMDczNzQyNTU3NXwxMDczNzQyNzNxMjgxMWFwMwaFDwAAAAmkMwAAAAAaIDwAAD0ZsdSBjbm…
… cm1hdGlvbgmeAwAACgoBAAAAAAAAAKCgFn8P//2P///
… wAAAAGiw8AAACkvQ1JIL0hlYWx0aC1XZWxsbmVzcy9VcmVudG8vcm1cml1Zi1FYXRpbmlZii9YZXFYRpbi9YZmVzL0hlYWx0aC1JbmfezyuwoT
… FsdGh5LVJlY2lwZXMvCgAKAAeZHBQAACQAAAAAmbDwAAEQAAAAEAAAABEAAAAAEAAAABEAAAABEAAAAEPBgAAGQAAAAYAAAAYAAA
… ABGQYAAABkAAAAJnw8AAAsxMDczNzQyNzA3MXheNTM0MjUyMTA1NDAIDAAAAAYIcwABBAAAAAYmBgAAQAAAAATBgAAGQAAAAmhDwAABAAAAAQ
… AAABNwYAAABkAAAAJog8AAAsxMDczNzQyNTU3NXheNTM0MzUxUEAAAAAE1AAAAZAAAAJngAAAAcl1RVFAFLBgAAGQAAAAYAAAAmkDwAACwAAAAC
… AAsAAAAAQVQYAAABkAAAAJqg8AAAsyMDczNzQyNTU3NXheNTM0MzUyMDEyMDM3MEQAAAAE1FLBgAAGQAAAAYAAAAAAmlDwAACwAAAACZcA
… AAsAAAAACasPAAAEAAAAAsPAAAEAAAAAEAAAABcgoAQAAAAAAAAAAAAAAgoBAAAAAAAAAAAAAAAgoBAAAAAAAAAAAAAAgoBQ/
… BgAAQgAAAmfDwAAAAAByQYAABsyMDczNzQyNzA3NXheNTM0MzUAdMGAAAZAAAAACZ8PAAAAABcgoAC4AmfDwAA…
… AHdBgAAGQAAAAmfDwAAAAAByQYAABsyMDczNzQyNzA3MXheNTM0MzUxUEAAAZAAAAAfEgAAAAZAAAAAmfDwAA…
… AAAH7BgAAGQAAAAmfDwAAAAAByQYAABsyMDczNzQyNzA3MXheNTM0MzUxQQAAAZAAAAAfEAAAAAzAAAAAC8BPAAAAAAAA…
… AAAAAAEVBwAAGQAAAAmvDwAAAAAByQYAAABHwcAABsyMDczNzQyNzA3MXheNTM0MzUxMjhTAAAAZAAAAAAACSkHAAAACZcAAAAAC8PAAAA
… AAAAAAEZBwAAGQAAAAmfDwAAAAAByQYAAABPBgcAABxQWwBkAAAAJnw8AAAAAABWwcAAAAJsg8AAAsyMDczNzQyNzA3MXheNTM0MzUxMjhQAAAAZAAAAAAWEHAAAAZAAAAACZ
… 8PAAAAAABFRBwAAGQAAAAmvDwAAAAAByQYAAABFrBwAAGQAAAAmfDwAAAAAByQAAAAAAYXmgAAAAAAWAAAAGhBgAAGQAAAAm
… fDwAAAAAABBqwYAABkAAAAJnw8AAAAAAABWwcAAABUGARMAAAAAbUGAAAAAACa0PAAAAAABBqwYAABkAAAAJnw8AAAAAAAAQAAAQAAAG/
… BgAAAmfDwAAAAAABByQYAABkAAAAJnw8AAAAAdMGAAAZAAAAACZ8PAAAAAAAAAE8BPAAAAAAAAHdBgAAGQAAAAmfDwAAAAAAH5wYAABkAAAAJnw8AAAAAAAAEGAAAE…
… AAAH7BgAAGQAAAAmfDwAAAAAABBQ8AAABkAAAAJnw8AAAAAAAAAQUHAAAAAAZAAAAACZ8PAAAAAAAAAKAAAASAAAAAAAAEVBwAAGQAAAAmvDwAAGBgAAAYAAAABHwcAAABkAAAAJnw8AAAAAAAAASkHAAAAAAAUCHAAAAZAAAAAAAAAxQAAAAE…
… AAAAAAEEzBwAAGQAAAAmfDwAAAAAAAAABPBwcAAABkAAAAJnw8AAAAAACwAAAABBwcAAABkAAAAJsg8AAAAAAUEWHAAAAZAAAAAAWEHAAAAZAAAAACZ
… 8PAAAAAAAFRBwAAGQAAAAmvDwAAAAABBwcAAABkAAAAJnw8AAAAAACzAAAABkwcAAAmfDwAAAAAAD2wYAABkAAAAJnw8AAAAAAZoAAAAE…
… AAAACZ8PAAAAAAAAGkBwAAGQAAAAmfDwAAAAAAAAABqwcAAABkAAAAJnw8AAAAAAAAAAbUHA
… AAZCZ8PAAAAAAAAAAAAAAAgG/
… BwAAGQAAAAm4DwAACyAAAAAguAQAAAAAAAAAADAAAAAAAAAmvDwAAAAAABBwcAAABPBwcAAABkAAAAJuQ8AAAMAAAAAAAdAAAAAzAAAAdMHAAAw
… AHdBwAAGQAAAAmfDwAAAAAABBwYAAAAB5wYABkAAAAJnw8AAAAAAAAAAAAAHAAAAE…
… AAAAAAEZCAAAGQAAAAmfDwAAAAAABBwYAAABIwgAABkAAAAJnw8AAAAAAAAAAAASoIAAAAAAAAATwIAAABkAAAAJaw8AAAAAAAAAAAAAAA…
… AAAAAAEuCAAAAAmUBAAAAAAAAAAAAAAAAAAAAAAAAAABOwgAAABPBwcAABkAAAAJnw8AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAASSS…
… AAAAAAAAAAE9CAAAAAmUBAAAAAAAAAAAAAAAAAAAAABSGgAABEAAAAAJdQAAAAAAAAAAAAAAAAAAAAAAAAAUs IAAAASAAAACX
… YAAAAAAAAAAAAAFMCAAAAAmUBAAAAAAAAAAAABWQgAABEAAAAAJdQAAAAAAAAAAAAAAAVoIAAAAAAA
… ACXYAAAAAAAAAAAAAFbCAAAAAmUBAAAAAAAAAAAAABaAgAABEAAAAAJdQAAAAAAAAAAAAAAAAWk IAAAS
… AAAACXYAAAAAAAAAAAAFqCAAAAAmUBAAAAAAAAAAAAAAABdwgAABEAAAAAJdQAAAAAAAAAAAAAAAAXgIAAAAAAAAAAXgIA
… AASAAAACXYAAAAAAAAAAAAAF5CAAAAAmUBAAAAAAAAAAABhggAABEAAAAAJdQAAAAAAAAAAAAAAAAAY
… cIAAAAACXYAAAAAAAAAAAAAAAAGICAAAAmUBAAAAAAAAAAAABlQgAABEAAAAAJdQAAAAAAAAAAAAAAAAY
… AAZYUAAAAACXYAAAAAAAAAAAGAGxCAAAAmUBAAAAAAAAAAAAGmCAAAAmUBAAAAAAAAAAAABswgAABEAAAAAJdQAAAAAAAAAAAAAAAAY…
… AAAAAAAAbQIAAASAAAACXYAAAAAAAAAAAAG1CAAAAmUBAAAAAAAAAAAABwggAABEAAAAAJdQAAAA

... AAAAAAAAAACMIAAASAAAACXYAAAAAAAAAAHECHRBWAAAMUBAAAAAAAAAAB4QQAAABEAAAAJdQA
... AAAAAAAAAAAAAdIIAAASAAAACXYAAAAAAAAAAAAHTCAAABAAAAAmUBAAAAAAAAAAAAAB4QgAAAQAAAAJ
... lAQAAAAAAAAAAAAAAe8IAAAEAAAACZQEAAAAAAAAAAAAAH8CAAAEQAAAAl1AAAAAAAAAAAAAAB/
... QgAABIAAAAJdgAAAAAAAAAAAAAAf4IAAAEAAAACZQEAAAAAAAAAAAAAAELCQAAEQAAAAl1AAAAAAAAAAAAAAA
... ABDAkAABIAAAAJdgAAAAAAAAAAAAAAQ0JAAAEAAAACZQEAAAAAAAAAAAAEaCQAAEQAAAAl1AAAAAAAAAAA
... AAAABGwkAABIAAAAJdgAAAAAAAAAAAAAARwJAAAEAAAACZQEAAAAAAAAAAAAAAEpCQAAEQAAAAl1AAAAAAAA
... AAAAAAABKgkAABIAAAAJdgAAAAAAAAAAAAAASsJAAAEAAAACZQEAAAAAAAAAAAAAE5CQAABAAAAAmUBAAAA
... AAAAAAAAAABRgkAABEAAAAJdQAAAAAAAAAAAAAAUcJAAASAAAACXYAAAAAAAAAAAAAAAFICQAABAAAAAmUBA
... AAAAAAAAAAAABVQkAABEAAAAJdQAAAAAAAAAAAAAAVYJAAASAAAACXYAAAAAAAAAAAAAAAFXCQAABAAAAAm
... UBAAAAAAAAAAAAAAABZAkAABEAAAAJdQAAAAAAAAAAAAAAWUJAAASAAAACXYAAAAAAAAAAAAAAAFmCQAABAAA
... AAmUBAAAAAAAAAAAAAAABcwkAABEAAAAJdQAAAAAAAAAAAAAAXQJAAASAAAACXYAAAAAAAAAAAAAAAF1CQAAB
... AAAAmUBAAAAAAAAAAAAAAABgQkAAAQAAAAJlAQAAAAAAAAAAAAY0JAAAEAAAACZQEAAAAAAAAAAAAAGbCQ
... AABAAAAmUBAAAAAAAAAAAAAABgQkAAAQAAAAJlAQAAAAAAAAAAAAAAbcJAAAEAAAACZQEAAAAAAAAAAAAAAH
... FCQAABAAAAmUBAAAAAAAAAAAAAABB0wkAAAQAAAAJlAQAAAAAAAAAAAAAAeEJAAAEAAAACZQEAAAAAAAAAAA
... AAHuCQAAEQAAAAl1AAAAAAAAAAAAAAB7wkAABIAAAAJdgAAAAAAAAAAAAAAfAJAAAEAAAACZQEAAAAAAAA
... AAAAH9CQAAEQAAAAl1AAAAAAAAAAAAAAB/
... gkAABIAAAAJdgAAAAAAAAAAAAAAf8JAAAEAAAACZQEAAAAAAAAAAAAAAEMCgAAEQAAAAl1AAAAAAAAAAAAAAA
... ABDQoAABIAAAAJdgAAAAAAAAAAAAAAQ4JAAAEAAAACZQEAAAAAAAAAAAAAAEbCgAAEQAAAAl1AAAAAAAAAAA
... AAAABHAoAABIAAAAJdgAAAAAAAAAAAAAAR0KAAAEAAAACZQEAAAAAAAAAAAAAEcGgAAEQAAAAl1AAAAAAAA
... AAAAAAABKwoAABIAAAAJdgAAAAAAAAAAAAAASwKAAAEAAAACZQEAAAAAAAAAAAAAAE5CgAAEQAAAAl1AAAAA
... AAAAAAAAAOgoAABIAAAAJdgAAAAAAAAAAAAAATsKAAAEAAAACZQEAAAAAAAAAAAAAEFICgAAEQAAAAl1aA
... AAAAAAAAAAAAAABSQoAABIAAAAJdgAAAAAAAAAAAAAAUoKAAAEAAAACZQEAAAAAAAAAAAAAAFYCgAABAAAAm
... UBAAAAAAAAAAAAAAABZgoAAAQAAAAJlAQAAAAAAAAAAAAAAXQKAAAEAAAACZQEAAAAAAAAAAAAAAAGCCgAABAAA
... AAmUBAAAAAAAAAAAAAAABkAoAAAQAAAAJlAQAAAAAAAAAAAAAAZ0KAAAEAAAACZQEAAAAAAAAAAAAAAGaCgAABA
... gAAAl2AAAAAAAAAAAAAAABnwoAAAQAAAAJlAQAAAAAAAAAAAAAAawKAAAEAAAACZQEAAAAAAAAAAAAGtCg
... AAEgAAAl2AAAAAAAAAAAAAAABrgoAAAQAAAAJlAQAAAAAAAAAAAAAAbsKAAAEAAAACZQEAAAAAAAAAAAAAAG
... 8CgAAEgAAAl2AAAAAAAAAAAAAAABvQoAAAQAAAAJlAQAAAAAAAAAAAAAAcoKAAAEAAAACZQEAAAAAAAAAAAA
... AAHLCgAAEgAAAl2AAAAAAAAAAAAAAABzAoAAAQAAAAJlAQAAAAAAAAAAAAAAdgKAAAEAAAACZQEAAAAAAAA
... AAAAH1CgAAEgAAAB5goAAAQAAAAJlAQAAAAAAAAAAAAAAecKAAAEAAAACZQEAAAAAAAAAAAAAAH0CgAAEgAA
... AAAAAAH0CgAAEgAAAB9QoAABIAAAAJdgAAAAAAAAAAAAAAfYKAAAEAAAACZQEAAAAAAAAAAAAAAYKAAAEAAAA
... AAAAAAAAAEDCwAAEQAAAAl1AAAAAAAAAAAAAAABBAsAABIAAAAJdgAAAAAAAAAAAAAAQULAAAEAAAACZQE
... AAAAAAAAAAAAAAAESCwAAEQAAAAl1AAAAAAAAAAAAAAABEwsAABIAAAAJdgAAAAAAAAAAAAAARQLAAAEAAAC
... ZQEAAAAAAAAAAAAAAEhCwAAEQAAAAl1AAAAAAAAAAAAAAABIgsAABIAAAAJdgAAAAAAAAAAAAAASMLAAAEA
... AACZQEAAAAAAAAAAAAAEwCwAAEwCwAAEQAAAAl1AAAAAAAAAAAAAAABMQsAABIAAAAJdgAAAAAAAAAAAAAATI
... EAAAACZQEAAAAAAAAAAAAAE/
... CwAAEQAAAAl1AAAAAAAAAAAAAAABQAsAABIAAAAJdgAAAAAAAAAAAAAAUELAAAEAAAACZQEAAAAAAAAAAAAA
... AFOCwAAEQAAAAl1AAAAAAAAAAAAAAABTwsAABIAAAAJdgAAAAAAAAAAAAAAVALAAAEAAAACZQEAAAAAAAAA
... AAAAFdCwAAEQAAAAl1AAAAAAAAAAAAAAABXgsAABIAAAAJdgAAAAAAAAAAAAAAV8LAAAEAAAACZQEAAAAAAAA
... AAAAAAFtCwAABAAAAmUBAAAAAAAAAAAABegsAABEAAAAJdQAAAAAAAAAAAAAAXsLAAAASAAAACXYAAAAAAAAA
... AAAAAAAAAf8CwAABAAAAmUBAAAAAAAAAAAABiQsAABEAAAAJdQAAAAAAAAAAAAAAYoLAAAASAAAACXYAAAA
... AAAAAAAAAAGLCwAAASAAAAmUBAAAAAAAAAAAABmAsAABEAAAAJdQAAAAAAAAAAAAAAZkLAAAASAAAACXYAAAACX
... YAAAAAAAAAAAGaCwAABAAAAmUBAAAAAAAAAAAABpwsAABEAAAAJdQAAAAAAAAAAAAAAagLAAAasAAAACXYAAA
... ACXYAAAAAAAAAAAGpCwAABAAAAmUBAAAAAAAAAAAABtgsAABEAAAAJdQAAAAAAAAAAAAAAbcLAAAASAAAACYLAAA
... AAACXYAAAAAAAAAAAGHCwAABAAAAmUBAAAAAAAAAAAAB1AsAABEAAAAJdQAAAAAAAAAAAAAAd4wsAABEAAAAJdQAAAAAAAAAAAAAAd
... ULAAASAAAACXYAAAAAAAAAAAHWCwAABAAAAmUBAAAAAAAAAAAAB4wsAABEAAAAJdQAAAAAAAAAAAAAAAd
... AAeQLAAASAAAACXYAAAAAAAAAAAHlCwAABAAAAmUBAAAAAAAAAAAAB8gsAABEAAAAJdQAAAAAA
... AAAAfMLAAAASAAAACXYAAAAAAAAAAAAH0CwAABAAAAmUBAAAAAAAAAAAABAQwAABEAAAAJdQAAAAAAA
... AAAAAAAQIMAAAASAAAACXYAAAAAAAAAAAAEDDAAAAmUBAAAAAAAAAAAABEAwAABEAAAAJdQAAAAAAAAAAA
... AAAAAAREMAAASAAAACXYAAAAAAAAAAAAESDAAABAAAAmUBAAAAAAAAAAAABHwwAABEAAAAJdQA
... AAAAAAAAAAAAASMAAAASAAAACXYAAAAAAAAAAAAEhDAAAmUBAAAAAAAAAAAABLgwAABEAAAAJdQA
... dQAAAAAAAAAAAAAAAT4MAAASAAAACXYAAAAAAAAAAAAAAE/
... DAAAAAmUBAAAAAAAAAAAABTQwAABEAAAAJdQAAAAAAAAAAAAAAUAMAAASAAAACXYAAAAAAAAAAAAEwDAAABEA
... AAJdQAAAAAAAAAAAAAAT4MAAASAAAACXYAAAAAAAAAAAAAAAAAE/
... DAAAAAmUBAAAAAAAAAAAABTQwAABEAAAAJdQAAAAAAAAAAAAAAUAMAAASAAAACXYAAAAAAAAAAAAEwDAAABEA
... AFpDAAAAmUBAAAAAAAAAAAABdgwAAAQAAAAJlAQAAAAAAAAAAAAAAYMMAAAEAAAACZQEAAAAAAAAAAAAAAYMMAAAEAAAACXUAAAAAAAAA
... AAAAAGTDAAAEgAAAl2AAAAAAAAAAAAAAABlAwAABEAAAAJdQAAAAAAAAAAAAAABAwAAAEAAAAmUBAAAAAAAAAAA
... AAAAAAAAAGiDAAAEgAAAl2AAAAAAAAAAAAAAABowwAAAQAAAAJlAQAAAAAAAAAAAAAAbAMAAAEAAAACZQEAAAAAAAAAAAAAAbAMAAAEAAAAmUBAAAAAAAACX
... UAAAAAAAAAAAHADAAAEgAAAl2AAAAAAAAAAAAAAABwwwAAAQAAAAJlAQAAAAAAAAAAAAAAbwwwAAAQAAAAJlAQAAAAAAAAAAAAAAbwQAAAACd4MAAAAAAAAA
... ACXUAAAAAAAAAAAHPDAAAEgAAAl2AAAAAAAAAAAAAAAB0AwAAAQAAAAJlAQAAAAAAAAAAAAAAd0MAAAASAAAAd0MAAAAAAAAAAd0MAAAAAAAAAAd0MAAAAAACX
... AAACXUAAAAAAAAAAAHeDAAAEgAAAl2AAAAAAAAAAAAAAAB3wwAAAQAAAAJdbBAAAAAAAAAAAAAAeaAwAAAEAAAACYLAAAAAAAAAAAAAAf
... sMAAARAAAACXUAAAAAAAAAAAH8DAAAEgAAAl2AAAAAAAAAAAAAAAB9wwAAAACZQEAAAAAAAAAAAAAAB/
... QwAAAAQAAAAJlAQAAAAAAAAAAAAAAQoNAAARAAAACXUAAAAAAAAAAAAAAAELDQAAEgAAAl2AAAAAAAAAAAAAAAA
... ABDA0AAAQAAAAJlAQAAAAAAAAAAAAAARkNAAARAAAACXUAAAAAAAAAAAAAAAAEaDQAAEgAAAl2AAAAAAAAAAA
... AAAABGw0AAAQAAAAJlAQAAAAAAAAAAAAAASkNAAAEAAAACZQEAAAAAAAAAAAAAAAE3DQAAEgAAAl2AAAAAAAAA
... AAAAAABRQ0AAAQAAAAJlAQAAAAAAAAAAAAAAVMNAAAEAAAACZQEAAAAAAAAAAAAAAAFhDQAABAAAAmUBAAAAAA

… AAAAAAAABBww0AAAQAAAAj1AQAAAAAAAAAAAAAAx0hhRheYwMCZQEAAAAAABDQAABAAAAAmUBA
… AAAAAAAAAAAABmQ0AAAQAAAAj1AQAAAAAAAAAAAAacNAAAEAAAACZQEAAAAAAAAAAAAAg1DQAABAAAAAm
… UBAAAAAAAAAAAAAABww0AAAQAAAAj1AQAAAAAAAAAAAAAdENAAAEAAAACZQEAAAAAAAAAAAAHfDQAABAAA
… AAmUBAAAAAAAAAAAAAAAB7Q0AAAQAAAAj1AQAAAAAAAAAAAAAfsNAAAEAAAACZQEAAAAAAAAAAAAAEJDgAAB
… AAAAAmUBAAAAAAAAAAAAAABFg4AABEAAAAJdQAAAAAAAAAAAAAARcOAAASAAAACXYAAAAAAAAAAAAAEYDg
… AABAAAAAmUBAAAAAAAAAAAAAABJQ4AABEAAAAJdQAAAAAAAAAAAAAASYOAAASAAAACXYAAAAAAAAAAAAAE
… nDgAABAAAAAmUBAAAAAAAAAAAAAABNA4AABEAAAAJdQAAAAAAAAAAAAAATUOAAASAAAACXYAAAAAAAAAAAA
… AAE2DgAABAAAAAmUBAAAAAAAAAAAAAABQw4AABEAAAAJdQAAAAAAAAAAAAAAUQOAAASAAAACXYAAAAAAAAA
… AAAAAFFDgAABAAAAAmUBAAAAAAAAAAAAAABUw4AAAQAAAAj1AQAAAAAAAAAAAAAWEOAAAEAAAACZQEAAAAAA
… AAAAAAAAFvDgAABAAAAAmUBAAAAAAAAAAAAAABew4AAAQAAAAj1AQAAAAAAAAAAAAAYkOAAAEAAAACZQEAAA
… AAAAAAAAAAGXDgAABAAAAAmUBAAAAAAAAAAAAAABpA4AABEAAAAJdQAAAAAAAAAAAAAAaUOAAASAAAAACXYA
… AAAAAAAAAAAAAGmDgAABAAAAAmUBAAAAAAAAAAAAAABsw4AABEAAAAJdQAAAAAAAAAAAAAAbQOAAASAAAAC
… XYAAAAAAAAAAAAAAG1DgAABAAAAAmUBAAAAAAAAAAAAAABwg4AABEAAAAJdQAAAAAAAAAAAAAAcMOAAASAA
… AACXYAAAAAAAAAAAAAHEDgAABAAAAAmUBAAAAAAAAAAAAAAB0Q4AABEAAAAJdQAAAAAAAAAAAAAAdIOAAA
… SAAAACXYAAAAAAAAAAAAAAH1DgAABAAAAAmUBAAAAAAAAAAAAAAB4A4AABEAAAAJdQAAAAAAAAAAAAAAeEO
… AAASAAAACXYAAAAAAAAAAAAAHiDgAABAAAAAmUBAAAAAAAAAAAAAAB7w4AABEAAAAJdQAAAAAAAAAAAAAA
… fAOAAASAAAACXYAAAAAAAAAAAAAAHxDgAABAAAAAmUBAAAAAAAAAAAAB/
… g4AABEAAAAJdQAAAAAAAAAAAAAf8OAAASAAAACXYAAAAAAAAAAAAAAEDwAABAAAAAmUBAAAAAAAAAAAAAAA
… ABDQ8AABEAAAAJdQAAAAAAAAAAAAAQ4PAAASAAAACXYAAAAAAAAAAAAEPDwAABAAAAAmUBAAAAAAAAAAAAAA
… AAABH8AABEAAAAJdQAAAAAAAAAAAAAAR0PAAASAAAACXYAAAAAAAAAAAAAEeDwAABAAAAAmUBAAAAAAAAAA
… AAAAAAABKw8AABEAAAAJdQAAAAAAAAAAAAAASwPAAAASAAAACXYAAAAAAAAAAAAAAEtDwAABAAAAAmUBAAAAA
… AAAAAAAAAAABOg8AABEAAAAJdQAAAAAAAAAAAAAATsPAAASAAAACXYAAAAAAAAAAAAAE8DwAABAAAAAmUBA
… AAAAAAAAAAAAAAABSQ8AABEAAAAJdQAAAAAAAAAAAAAAUoPAAASAAAACXYAAAAAAAAAAAAAAFLDwAABAAAAAm
… UBAAAAAAAAAAAAAABWQ8AAAQAAAAj1AQAAAAAAAAAAAAAWcPAAAEAAAACZQEAAAAAAAAAAAAAAAAAAF1DwAABAAAAAm
… AAmUBAAAAAAAAAAAAAABgw8AAAQAAAAj1AQAAAAAAAAAAAAAZ2PAAAEAAAACXUAAAAAAAAAAAAAAGRDwAAE
… gAAAAl2AAAAAAAAAAAAAABkg8AAAQAAAAj1AQAAAAAAAAAAAAAB5s+PAAAEAAAAACAAAEAEJURvdHJvbi5pm
… MuT3JnYW5pa5wemF0aW9uL3NlcnZpY2UtaW1hZ2VzAAAAcbQQAAAJiRAAAAAAAAm5EAAACbo
… QAAAAJuxAAAAm8EAAACb0QAAAJvhAAAAm/
… EAAAAcQAAAJwRAAAAnCEAAAAcM0CMQAAAJxBAAAxBAAAPB5wPAAAAAQAAAgAAAAAgVcAAAABAAIOB5wPpe
… mF0aW9uL/UkLlNZW51SXRlbUNvbnRyb2xzAAAAnHEAAAnHEAAAcCUQAAAAnHEAAAnHEAAAcCgQAAAJyzBAAAA
… edDwAAAEAAAAA1mTfa3Ryb24u4uQAAACCuAAAJ5xY92FuaYQGlvbi0tb2ZlbmRlci1pbWFnZXMAAAAAcc4
… QAAAJzxAAAnQEAACdEQAAAACB5wP+amF0aW9uLmFnZ0AAAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdAAAAAw9
… LklNZW51SXRlbUNvbnRyb2xzAAAAAAAAcdMQAAAJ1BAAAnVEAAAAnYEAAAnXEAAAnYEAAAAnZEAAAnaEAAAnbE
… AQlRWt0cm9uLm9yZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAAcdwQAAAJ3RAAAJ3hAAAJ3xAAAAA
… AQlRWt0cm9uLmZyZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAAcdwQAAAJ3RAAAJ3hAAAJ3xAAAAA
… AQlRWt0cm9uLmZyZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAA
… DwAAAEAAAAAEEAAABCVFa3Ryb24ub3JnYW5pa2F0aW9uL11bnVJdGVtQ29udHJvbHMAAAAAAAAAAAAA
… AQlRWt0cm9uLmZyZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAA
… EFAAACeMQAAAJ5BAAAnkEAAAACeMQAAJ5xBAAAnmEAAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAn
… VEAAAnWEAAAnYEAAAnZEAAAnaEAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAA
… BAAAAoHqA8AAAAABAAAABAAAAAQlRWt0cm9uLmZyZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAJ+
… RAAAAn6EAAACfQsAAAAK8k6PAAAABk6PAAAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnSXRlbU
… RhdGEAAAAAcfwQAAAA+
… EAAACf8QAAAQl1RWt0cm9uL2cw9LklNZW51SXRlbUNvbnRyb2xzAAAAnANQAAAAnANQAAAQl1RWt0cm9uL2cw9Lkl
… AAJBEAAAAABEQACQIRAAAAJAxEAAAAxEAAAoEYEBAAAAQURAgerW9yZW5kZXItaW1hZ2VzAAAAcRQQAAAJyzBAAA
… FuaXphdGlvbi5hZ2AAAAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAAAnZEAAAnaEAAAnbE
… rdHJvbi5pbWFnZXMAAAAJ1RAAAnVEAAAnWEAAAnYEAAAnZEAAAnaEAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAA
… a3Ryb24uQ21zLk9yZ2FuaXphdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAJDREAAAACOEQAAAJYEAAAAA
… AAJBEAAAACeMQAAAJ5BAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAAAnZEAAAnaEAEJU
… AACREhEAAAkhTEQAAAAcRQRECRQYjaXRlbUNvbnRyb2xzAAAAnANQAAAQl1RWt0cm9uL2cw9LklNZW51SXRlbU
… AAJBEAAAACeMQAAAJ5BAAAEJUVrdHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAAAnZEAAAnaEAEJU
… AAJBEAAAkhEQAACSIRAAAxIxEAAAAxEAAAoEUSRAAAHtA8RAAAIRAAEAAAACZFa3Ryb24ub3JnYW5pa2F0aW9uLjG
… EQAACR8RAAAkHtA8RAAAHtA8RAAAAACAAAEAEJURvdHJvbi5pc0RAAAAQl1RWt0cm9uL2cw9LklNZW51SXRlbU
… AAJBEAAAAkhEQAACSIRAAAxIxEAAAAxEAAAoEUSRAAAAAAkHtA8RAAAAAAkHtA8RAAAAACAAAEAEJURvdHJvbi5pc0
… vbi5JTm9rdWRl0ZW1EQAAAAAcdQAAAkkHtA8RAAAACS8RAAAAAACAAAEAEJURvdHJvbi5pc0RAAAAQl1RWt0cm9uL2cw9Lkl
… AAAAAAAAAQlRWt0cm9uLmZyZ2FuaWthdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAJ1RAAAnVEAAAnWEAAAnYEAAAnZEAAAnaE
… UBhdClYZ2t0cm9uLm9yZ2FuaXphdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAJ1RAAAnVEAAAnWEAAAnYEAAAnZEAAAnaE
… EREAAwe8DwAAAEAAAAAEEAAAABCVFa3Ryb24ub3JnYW5pa2F0aW9uL11bnVJdGVtQ29udHJvbHMAAAAAAAAAAAAA
… yEQACTMhEQAAANBJNEEAAAkhEQAACSIRAAAxIxEAAAAxEAAAoEUSRAAAAAkHtA8RAAAAAAkHtA8RAAAAACAAAEAEJURv
… UHRdHJvbi5Dcm1zLk9yZ2FuaXphdGlvbi9JdXJkHJvbi5pbWFnZXMAAAAAcdQAAAJ1BAAAnVEAAAnWEAAAnYEAA
… VlTm9kZQIAAAAAAAAJNxEAAAAcdQACDAbQAAAAAEJNxEAAACAAAEAEJURvdHJvbi5pc0RAAAAQl1RWt0cm9uL2cw9Lkl
… BQAAAAY6EQAADS8jUHlJlUmVnTW9kZQIAAAAAAACRAAAAAAAAkIQCAAgAAA
… AG1EAAACAAAAAC4FAIACAAAAhAAAgAIAAAAJEAAAAAAAAAAAAAACTsIAAAJPAgAAkQkAAAAAAQlCCAAAAAu3u//
… /r////
… BQAAAAY6EQAADS8jUHlJlUmVnTW9kZQIAAAAAAACRAAAAAAAAkIQCAAgAAA

49128...

AAAAAAACAAAACAAAAeCcRAAAAKACFAIAAAbYQHRIAWAAKAVAgAIAAACEAACAAgAAAAkQAAAAAAAAAA
AAAAAJSggAAAllCAAACRAAAAABCVEIAAABs+7//+v///8EAAAABk4RAAA+

Q1JIL1NwZWNpYWx0aWVzL1RoZS1sCaXJ0aVBsYYWNlL0Nob29zaW5nLWLWEtQ2hpbGRRiaXJ0aC1Qcm92aWRlci8JF
wAAACoAAAAAAAAACRAAAAADAAAACVERAAAKACgFAIACAAAAAABcQAAAIAAAABwYAgAIAAACEAACAAgAAAAkQAA
AAAAAAAAAAAJWQgAAAlaCAAACRAAAAABCWAIAAABqe7//+v///

8EAAAABlgRAABMQ1JIL1NwZWNpYWx0aWVzL1RoZS1sCaXJ0aVBsYYWNlL1llvdXItUHJlZ25hbmN5L1doZW4tdG8-
tU3RhcnQtU2VlaW5nLWEtUHJvdmlkZXIvCldAAAAKgAAAAAAAAAAEJEAAAAAQAAAAJWxEAAoAABwYAgAIAAAABuBAA
AAgAAAADBgCAAgAAAIQAAIACAAAACRAAAAAAAAAAAAAAAAaloCAAACWkIAAAJEAAAAAEJbwgAAAGf7v//6////
wQAAAAGYhEAADJDUkgvU3BlY2lhbHRpZXMvWXVyLUJ1cnNoZXJoUGxhbmluZ2k0AAAZAEAFuLVBhcnRuZXJzLgAAA
AAKgAAAAAAAAEAAAAA1l3CAAACXgIAAAJEAAAAJEfggAAGV7v//6////

wQAAAAGbBEAADlDUkgvU3BlY2lhbHRpZXMvWXVyLUJ1cnNoeW2UvV2h5LVByY2W5hdGFsLUNhcmUtTWF0dG
Vycy8JFwAAACoAAAAAAAACRAAAAgAAAACW8RAAAKAC0FAIACAAAAAboQAAAIAAAAKUQAgAIAAACEAACAAgA
AAAkQAAAAAAAAAAAhggAAAmCAAACRAAAAAABCY0IAAABi+7//+v///

8EAAAABnYRAAAaRGVsaXZlcnldAGRvOGRhdC1DlDYXN0b0bGUtUm9jjay8JFwAAACoAAAAAAAACRAAAAAHAAAACXkRAAA
KACkFAIACAAAAAACAYgAIAAACEAACAAgAAAAkQAAAAAAAAAAAAAJlQgAAAmWCAAACRAAAAAB
CZwIAAABge7//+v///

8EAAAABoARAAAiTmVvbmF0F0YWwtSW50ZW5zaXZLUNhcmUtVW5pdC1OSUNVLwkXAAAAKgAAAAAAAAJEAAAAAg
AAAAJgxEAAAoAoCAYAgIAAAABvBAAAAgAAAArBQCAAgAAAAAG9EAAAAAAAAAAAAAAAAAmkCAAACAUI
AAAJEAAAAAEJqwgAAAF37v//6////

wQAAAAGihEAAChDUkgvU3BlY2lhbHRpZXMvV2VsbG5lc3MtV2l0aC1Sb2Jlcn5lcmllcy8JFwAAACoAAAAAAAA
kQAAAACQAAAAmNEQAACgAAqYBgCAAgAAAAG9EAAAAAgAIAAACAAAAAAAGAIAAAAAAAAAAAAAAAACbM
IAAAJtAgAAAkQAAAAQm6CAAAAW3u///r////

BAAAAaUEQAAK0NSSC9TcGVjaWFsdGllcy9UaGUtSG9zcGl0YWwtRXhwZXJpZW5jZS8JFwAAACoAAAAAAAAA
AAACRAAAAAKAAAACZcRAAAKAAqYBgCAAgAAAAG9EAAAAAgAIAAACAAAAAAABQCAAgAAAIQAAIACAAAACRAAAAAAAAAA
AJwggAAAnOCAAACRAAAAABCckIAAABY+7//+v///

8EAAAABp4RAAAwQ1JIL1NwZWNpYWx0aWVzL1RoZS1sCaXJ0aVBsYYWNlL1ByZW5hdGFsLUNsYXNzZXMvCRcAAAA
qAAAAAAAAkQAAAACwAAAAmhEQAACgAsBQCAAgAAAAAG/

EAAACAAAAYgYAFAIACAAAAAhAAAAiEAAAAAAAAAAACdIAAAJ0ggAAAkQAAAAQnYCAAAAVnu///r//
//

BAAAAaoEQAAU0NSSC9TcGVjaWFsdGllcy9UaGUtsCaXJ0aVBsYYWNlL1llvdUGltbQhQbGFyjZS9Zb3Vyb
Xhlcm1Npc2UtUtV2hlbi1zb3V3ZSZS1FeHB1cmvCrcCRAAAAAAAAkQAAAAAmAmrEQAACgAGBgCAAg
AAAAHAEAAAVQUAAAFU7v//bPj//wAAAAABAAAAASFEAgAIAAACEAACAAgAAAAnmCAAAAVLu///r////

AQAAAanpCAAACRcAAAqAAAAAAAAaakQAAADOQAAAmyEAACgAAQAAAAmmyEAAACRAAAAAABwBcgAIAAACEAAAAgA
AAAAhAAAAAACRRAAAAABWpAAACEAAAAzhwAAABTO7//
2z4//8AAAAAQAAAL15AIACAAAhAAAgAIAAACEAACAAgAAAACJ9AgAAAFK7v//6////

wEAAAAJ9wgAAAkAXAAAAkQAAAAAAAJEAAAAJAuhEAAAkQAAAAQAAAAApghFAICAAAAcIQAAAAAAAAJgUAgA
IAAACEAACAAgAAAAk/AgAAn9CAAAAAABCQMJAAABQO7//+v///

8EAAAABsERAAA2Q1JIL1NwZWNpYWx0aWVzL1RoZS1sCaXJ0aVBsYYWNlL1O1JbGxHbxhLUJhYnktC CaXJ0aHk-
vCRcAAAAkAAAAAAkQAAAAAAAAEQAAAAkCAAAAhEQAAAcCaAmBQCAAgAAAAG9HAAAACcFAIAACAAAACnSAAAAAAAJAG
EAAAABLO7//+v///

8EAAAABtURAABJBQ1JIL1NwZWNpYWx0aWVzL1RoZS1sCaXJ0aVBsYYWNlL0ZhbWlseS1S0by1GYW1pbHktQWRvcHR
pb24tU3VwcG9ydC1Qcm9ncmFtcFtLwkXAAAAkAAAAAAJEAAAAAAEAAAAAxBEAAAoAKgUAgAIAAAABxRAAAAgA
AAAVQQAAAAVUCEAAAKpCQAACSoJAAAlcy9JFWAACoAAAACSoJAAAJEAAAAAEJMkAAAAAEi7v//6////

wQAAAAG3xEAADBDUkgvU3BlY2lhbHRpZXMvV2VsbG5lc3MtV2l0aC1ScXMvTWF0ZXJuaXR5LXdlbGxuZXNzLWPsYXN
zZXMvCRcAAAAkAAAAAAJEAAAAAABAAAAACeIAAAJ1ggAAAkQAAAAQnUCAAAAUS3u///r////

BAAAACUEJAAAAHYwCAAgAAAEAFAIACAAAACT4JAAAABc+7//+v///

8BAAAACUEJAAAAAIgAAAAHYwCAAgAAAAEAFAIACAAAACekRAAAAABWHwCAAgAAAAHHEAAAcAAAALcRAIA
CAAAAQAUAQAIAAAEAAAAAAAACUYJAAAAHdwCAAgAAAEAFAIACAAAACUYJAAAAHHu///r////

BAAAAbwEQAAJkNSSC9TcGVjaWFsdGllcy9TNYV1bnBsVjBVByWBoRVLBLVN9YY4V4vCRcAAAAAAkQAA
AAAwAAAAnzEQAACgAC3EQCAAgAAAAHIEAAAAAAAALgRAIACAAAAQAUAQAIAAAEAAAAAAAACVUJAA
AJVgkAAAkQAAAAAlcCQAAAfu///r////

BAAAAb6EQAAL0NSSC9TcGVjaWFsdGllcy9TNYV1bnBsVjBVByWBoRVZZW1ldb2dsjLUNyY2AAAAqA
AAAAAAAAAnBAAAAAAAAAAAARAIACAAAALkRAIAAoUREAAAAAAAAACWQJAAAkZQkAAAkQAAAAQlrCQAAAf3///r////

BAAAAYYEgAAM0NSSC9TcGVjaWFsdGllcy9TNYV1bnBsVjBVByWBoRVQ6ScCmVhc3QtQtU3VyZ2VyeS1PcHRpb25zL
AAAKgAAAAAAAAJEAAAAAUAAAAUAAAAAIRIAAoUREAAAoAAAAORAIAAoUREAAAAAAAABABQCAAgAAAAmGCQAAAe3t///r////
/

BQAAAmJCQAACbkCAAAAAAAAkQAAABwAAAAkXEgAACRAAAAAALx8AgAIAAAABzBAAADUFAAAAAAAAA
AAAEAFAIACAAAACZIJAAAB5u3///+v///

8FAAAACZUJAAAAHYwCAAgAAAAEAFAIACAAAACRAAAAAAAAIAAAACR4SAAAAAi4ACCaAgAAAAAHNEAAAVQUAAAHg7f//
/bPj//wAAAAABAAA+iIAgAIAAAA1BQCAAgAAAAmgCQAAd7t///r////

AQAAAmjCQAACRcAAAqAAAAAAAAkQAAAAgAAAAkmEgAACRAAAAAAwBcAAAAzhAAAAFUFAAAAAAABzhAAAFUFAAAB2O3//

49128...┌2z47/8AAAAAQAAABtsiAiACKkAAQUAgAIAAAAJgkAAnBWV7//v//┐
…wEAAAAJsQkAAAkXAAAAKgAAAAAAAAAAJEAAAAMAAAAJLhIAAAkQAAAAAMEXAIACAAAAAc8QAABVBQAAAdDt//
…9s+P//AAAAAAEAAAD8IgCAAgAAADUFAIACAAAACbwJAAABzu3J//+v///
…8BAAAACb8JAAAJFwAAACoAAAAAAAAACRAAAAEAAAACTYSAAAJEAAAAADCFwCAAgAAAAHQEAAAVQUAAAHI7f/
…/bPj//wAAAAABAAAA/SIAgAIAAAA1BQCAAgAAAAnKCQAAAcbt///r////
…AQAAAAnNCQAACRcAAAAqAAAAAAAAAAAKQAAAABQAAAAk+EgAACRAAAAAAwxcAgAIAAAAB0RAAAFUFAAABwO3//
…2z4//8AAAAAAQAAAGsjAIACAAAANQUAgAIAAAAJ2AkAAAG+7f//6////
…wEAAAAJ2wkAAAkXAAAAKgAAAAAAAAAAJEAAAAYAAAAJRhIAAAkQAAAAAMQXAIACAAAAAAdIQAABVBQAAAbjt//
…9s+P//AAAAAAEAAAABtIwCAAgAAADUFAIACAAAACeYJAAABtu3J//+v///
…8BAAAACekJAAAJFwAAACoAAAAAAAAAACRAAAAAeC4JAAAJ7wcAAAANDFFwCAAgAAAAAHTEAAACAAAADcFAIA
…CAAAANgUAgAIAAAAJVAkAAAAAAAAAAJ/QkAAAn+CQAACRAAAAAQN1CQAAAAazt///r////
…BAAAAAZVEgAAPUNSSC9TcGVjjaWFsdGGlccy9DYXJJkaWFjLlVNlcnZpRY2VvZL0NhcmRpYWWtQ2F0aGV0ZXIp0a
…W9uLUxhYyY9JFwAAAACoAAAAAAAAAACRAAAAABAAAAACVgSAAAAKADcFAIACAAAAAdQQAAAAIAAAAOAUAgAIAAAA2BQ
…CAAgAAAAkQAAAAAAAAAAJ/QkAAAn+CQAACRAAAAAABCQQKAAABou3J//+v///
…8EAAAABl8SAAA8Q0JJIl1NwZWNpYWx0eS9DYXJkaVUMlcmRpYWMUY2vdml2jZXMVvQ2FyZGlhYYy1EaWWFnbm9szdGljLlVR
…1c3RpRpbmcvcCRcAAAAqAAAAAAAAAAkQAAAAaAAAAAliEgAACgA4BQCAAgAAAAHVEAAACAAAADkFAIACAAAANgUA
…gAIAAAAJEAAAAAAAAAAACQwKAAAJDQoAAAkAAAAAQkTCgAAAAZjt///r////
…BAAAAAZpEgAAOkNSSC9TcGVjjaWFsdGGlccy9DYXJJkaWFjLlVNlcnZpRY2VzL0ludGVydmVudGlvbmFsLVJhZGlvlb
…G9neS8JJFwAAACoAAAAAAAAAAACAAAACWwSAAAAkAADFKFXEAAACAAAAADWwFAIACAAAADwFAIACAAAANgUAgAIA
…AAAJEAAAAAAAAAAAACSoKAAAJKwoAAAkQAAAAAQkxCgAAAYYt///r////
…BAAAAA9EgAAL0NSSC9TcGVjjaWFsdGGlccy9DYXJJkaWFjLlVNlcnZpRY2VzL0hlYXJ0LUZhaWx1cmUvCRcAAAAqAAAAAA
…AAAAAAkQAAAAAAaAFHEgAAI015b2NhcmRpYWwtSW5mYXJjdGlvbi1IZWFydC2svCRcAAAqAAAAAAAAAAKQAAAAB
…wAAAAmKEgAACgA9BQCAAgAAAAHZEAAAACAAAAJQIAICAAAAPgUAgAIAAAAJEAAAAAAAAAAAACUgAAAASQ
…oAAAkQAAAAQlPCgAAAXDt///r////
…BAAAAAAREgAAEEZl1bGwtU2Vydml2jZS1FUi8JFwAAACoAAAAAAAAAAACRAAAAABAAAAACZQSAAAAkAJQIAIACAAAAA
…doQAABVBQAAAWvt//9s+P//AAAAAAEAAAD6jgCAAgAAAD4FAIACAAAACV0KAAAABtu3J//+v///
…8BAAAACWAKAAAJFwAAAACoAAAAAAAAAACRAAAAACZsSAAAAkAEAAAAADTIwCAAgAAAAHbEAAAVQUAAAAFj7f/
…/bPj//wAAAAABAAAA4lQAgAIAAAADqEgCAAgAAAAN1rCgAAAWHt///r////
…AQAAAAluCgAACRcAAAAqAAAAAAAAAAAmjEgAACRAAAAAAAeB0AgAIAAAAB3BAAAAFUFAAAABW+3//
…2z4//8AAAAAQAAAOFUAIACAAAAh6hIgAAIAAAAJeQoAAAAFZ7f//6////
…wEAAAAJfAoAAAkXAAAAKgAAAAAAAAAAJEAAAAHsdAIACAAAAd0QAABVBQAAAVPt//
…9s+P//AAAAAAEAAAAEAADkVACAgAAAAOoSAIACAAAACYUKAAABUe3J//+v///
…8BAAAACYoKAAAJFwAAAACoAAAAAAAAAACRAAAAADbMSAAAJEAAAAB6HQCAAgAAAAAHeEAAAVQUAAAAFL7f/
…/bPj//wAAAAABAAAA4lQAgAIAAAADqEgCAAgAAAAnKgAAAAAJEpAoAAAAE/7f///r////
…AQAAAAmYCgAACRcAAAAqAAAAAAAAAAAAAmdCgAAAC8dAcAAAZ4AAAAQAAAAJGnEAAAACeR0AgAIAAAAB3xAAAAAAAAAAmsCgAAACa0
…KAAAAEIFAIACAAAAAREAAAACAAAAEJswoAAAE17f///r////
…wQAAAAm9zBIAADFDUjgvU3BlY2lhbHR5L0NhcmRpYWNUMVVydWNtVWVkaWNhbE5hbWVzL0pvaW50LVdWWUSXbxhWC1lYX
…AqAAAAAAAAAAACbsKAAAJvAoAAAqAAAAQnCCgAAASvt///r////
…BAAAAAbWEgAANENSUC9TcGVjjaWFsdGGlccy9NZWRpY2FsLUltdWdpbmcvRGluaXRhbC1NYW1tb2dyYXBoeS8JF
…wAAACoAAAAAAAAAACdkSAAAAkACQkSAAAAUAEQUAIACAAAACd8JAAABIe3//+v///
…8EAAAABuASAAAkQl1JIl1NwZWNpYWx0eS9NZWRpY2FsLUltdWdpbmcvRGlnaXRhbC1NYW1tb2dyYXBoeS8JFwAAACoAAAAAAAAAACdkSAAAAkAJQIACAAAAAdURAAAAIAAAADkFAIACAAAANgUAgAIAAAAJEAAAAAAAAAAAACQQEgAACRAAAAAAAJyg0oAAAnLCgAAACRAAAAAQNEpQoAAAAADH7f///r////
…wUAAAAJ4AoAAAkXAAAAKgAAAAAAAAAAJEAAAAAAAoSAAAAkAY0/PCgAAQnIBJBQCAAgAAAnDCgAABJBJBDaAEEe3//+v///
…8EAAAABVEgAANENSUC9TcGVjjaWFsdGGlccy9NZWRpY2FsLUltdWdpbmcvUGNuRob3BlZGljLjllXbG9uay9JYXhtVtmWbwbfGjZWllbnQtU3VyZ2VyeS8JF
…wAAACoAAAAAAAAAACfkSAAAAkAEcwAACRAAAAACQoLAAAB/+v///
…8EAAAABgQTAAAuQ1JIl1NwZWNpYWx0eS9NZWRpY2FsLUltdWdpbmcvU2dlbmVyYWwuTWVkaWNhbC1JbWFnaW5nLwJ
…AAAAAAAJEAAAAAQAAAAJBxMAAAoATAUgAIAAAAB3pP//6////
…wQAAAAGDhMAABpKb2ludC1SZXBsYWNlbWVudC1DdUkFILwkXAAAAKgAAAAAAAAAJEAAAAUAAAAJ
…oATQUgAIAAAAB6BAAAgAAABPBQCAAgAAAAkgFgAIACAAAAAAAAAAAAAkhcWAAAjCSILAAAJEAAAAADE
…JKAsAAAAHp7/6////
…wQAAAAGGBMAAC1DUkgvU3BlY2lhbHR5L3J0J0g0g9w9ZWRpY3MvM3VS25ZS1SZXBsYWNlbWVudC08JFwAAACoAAAAAAAAAAA
…AAAAACRAAAAAGAAAAACRsTAAAKAE8FAIACAAAAAekQAAAAAAIAAAUAUAgAIAAAABIBQCAAgAAAAAkQAAAAAAAAAAA

                                    Page 1408

... AAAAABSAAAxCwAACRAAAAABCTCAGWBS4J/+v//

... 8EAAAABiITAAAlQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL091cil1UZWFtLwkXAAAAKgAAAAAAAAJEAA
... AAAcAAAAJJRMAAAoAUAUAgAIAAAB6hAAAAgAAABRBQCAAgAAAEgFAIACAAAACRAAAAAAAAAAAAAAAAk/
... CwAACUALAAAJEAAAAAEJRgsAAAHV7P//6////

... wQAAAAGLBMAAERDUkgvU3BlY2lhbHRpZXMvT3J0aG9wZWRpY3MvUHJlcGFyYW5nZW1lbnRzL0tb2ludC1SZXBsY2W
... NlbWVudC1TdXJnZXJ5L3LwkXAAAAKgAAAAAAAAJEAAAAAgAAAAJLxMAAAoAUQUAgAIAAAAB6xAAAAgAAABgBQC
... AAgAAAEgFAIACAAAACRAAAAAAAAAAAAAAAAAAlOCwAACU8LAAAJEAAAAAEJVQsAAAHL7P//6////

... wQAAAAGNhMAACxDUkgvU3BlY2lhbHRpZXMvT3J0aG9wZWRpY3MvU3BvcnNzRzLU1llZGljaW5lL5lLwkXAAAAKgAAAA
... AAAAAJEAAAAkAAAAJORMAAAoAYAUAgAIAAAB7BAAAAgAAABmBQCAAgAAAEgFAIACAAAACRAAAAAAAAAAAA
... AAAldCwAACV4LAAAJEAAAAAEJZAsAAAHB7P//6////

... wQAAAAGQBMAACRDUkgvU3BlY2lhbHRpZXMvT3J0aG9wZWRpY3MvU3VyZ2VyeS8JFwAAACoAAAAAAAACRAAAA
... AKAAAACUMTAAAKAGYFAIACAAAAAe0QAAABVBQAAAbzs//9s+P//

... AAAAAAEAAABHiACAAgAAAEgFAIACAAAACXILAAABuuz//+v///

... 8BAAAACXULAAAJFwAAACoAAAAAAAAACRAAAAALAAAACUoTAAAJEAAAAACiIgCAAgAAAAHuEAAACAAAAGkFAIA
... CAAAAZwUAgAIAAAAJEAAAAAAAAAAAAAAACXoLAAAJewsAAAkQAAAAAQmBCwAAAbDs///r////

... BAAAAAZREwAAK0NSSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9IZWFsdGhjYXJlL3BlcnNvbm5lbC9waHlzaWNh
... bC1UaGVyYXB5L3BoeXNpY2FsX3RoZXJhcGlzdHMvCXAAAAKgAAAAAAAAJEAAAAAUAAAAJchMAAAoAbQUAgAIAAAAB8hAAAAgAAAASBQCAAgAAAEEFAIACAA
... AACRAAAAAAAAAAAAAAAAAAm2CwAACbcLAAAJEAAAAAEJvQsAAAGI7P//6////

... wQAAAAGeRMAABFb3NwaaXRhbHRoC1CaWxsaW5nL0lwLwkXAAAAKgAAAAAAAAJEAAAAAEAAAAJfBMAAAoAEgUAgAIAAAA
... AB8xAAAAgaAAABTBQCAAgAAAAEFAIACAAAACRAAAAAAAAAAAAAAAAAAnFCwAACYLAAAJEAAAAAEJzAsAAAF+7P/
... /6////

... wQAAAAGgxMAABFb3NwaaXRhbHRoC1CaWxsaW5nL0lwLwkXAAAAKgAAAAAAAAJEAAAAAlaAAAJhhMAAAoAEwUAgAIAAAA
... AB9BAAAAgAAAAVBQCAAgAAAAEFAIACAAAACRAAAAAAAAAAAAAAAAAAnUCwAACdULAAAJEAAAAAEJ2wsAAAF07P//
... /6////

... wQAAAAGjRMAABBPbmxpbmUtUtQmlsbC1QYXXkvCRcAAAAqAAAAAAAAAAkQAAAAwAAAAmQEwAACgAVBQCAAgAAAAAAA
... H1EAAAACAAAABYFAIACAAAAAQUAgAIAAAAJEAAAAAAAAAAACeMLAAAJ5AsAAAkQAAAAAnqCwAAAWrs///
... r///

... BAAAAAaXEwAAD0ZpbmFuY2UvY2lhbHRpZXMvCRcAAAAqAAAAAAAAAAkQAAAAJmhMAAAoAFgUAgAIAAAAB9
... hAAAAgAAAAYBQCAAgAAAAEFAIACAAAACRAAAAAAAAAAAAAAAAnyCwAACfMLAAAJEAAAAAEJ+QsAAAFg7P//6/
... ///

... wQAAAAGORMAABNVbmluuc3VyZWQtUtQmFwVudHMvCRcAAAAqAAAAAAAAAAkQAAAABQAAAAmkEwAAC gAYBQCAAg
... AAAAH3EAAAACAAAAABoFAIACAAAAAQUAgAIAAAAJEAAAAAAAAAAAACQEMAAAJAgwAAAkQAAAAAQkIDAAAAVb
... s///r////

... BAAAAAarEwAADEZvci1TZW5pb3JzLwkXAAAAKgAAAAAAAAJEAAAAAYAAAAYrhMAAAoAGgUAgAIAAAAB+
... BAAAAgAAAAbBQCAAgAAAAEFAIACAAAACRAAAAAAAAAAAAAAAAkQDAAACREMAAAJEAAAAAEJFwwAAAFM7P//6/
... ///

... wQAAAAGtRMAABFb3NwaaXRhbHRoC1CaWxsaW5nL0lwLwkXAAAAKgAAAAAAAAJEAAAAAcAAAAJuBMAAAoAGwUAgAIAAA
... AB+RAAAAgpABrEwCAAgAAAGoTAIACAAAACRAAAAAAAAAAAAAAAkfDAAACSAMAAAJEAAAAAEJJgwAAAFC7P/
... /6////

... wQAAAAGvxMAAD5Gb3JtUtQmFwVudHMvcHJpY2luZy9wYXdtZW50cV9Q29z9yeLUNvbW1lbnRzLwkXAAAAKgAA
... 9jZWR1cmVVLwkXAAAAKgAAAAAAAAJEAAAAAAAEAAAAJwhMAAAoAaxMAgAIAAAAB+
... hAAAAgAAABsEwCAAgAAAAEFAIACAAAACRAAAAAAAAAAAAAAkuDAAACS8MAAAJEAAAAAEJNQwAAAE47P//6/
... ///

... wQAAAAGyRMAAFGb3JtUtQmFwVudHMvcHJpY2luZy9wYXdtZW50cUmXcdWdzdC1hUN1c3RvbS1jRvbSlnY3Vc
... 90ZS8JFwAAACoAAAAAAAAAJEAAAAAAAAACwwTAAAKACcwAAAhQAAgAIAAAABbgUAAAD1hMAgAAAbhhMAgAIAAAAgAEwCAAg
... AAAkXpQAAAk+DAAAAADAAAACRAAAAAAAACBUQMAAABLuz//+v///

... 8EAAAABtMTAABBRm9yLUxVBhdGllbnRzLwJFwAAACoAAAAAAAAJEAAAAAfAAAAJA8TAAAoACCwYQCAAgAAAAAAAAVVVV
... udHMtYW5kL1UVbnbN1bN1bWYcy8JFwAAACoAAAAAAAAJEAAAAAEaAAAACdYTAAAAAG4TAIACAAAAfwQAABVBQAA
... ASns//9s+P//AAAAAAEAAAAAbbgCAAgAAABIUAIACAAAACVIMAAAABJ+z//+v///

... 8BAAAACVUMAAAAJFwAAACoAAAAAAAAAAACRAAAABAAAAACdH0AAAAG4TAIACAAAAfw
... /bPj//wAAAAAAAAu3EAgAIAAAAASFACAAgAAAAlgDAAAAAARs///r////

... AQAAAA1jDAAACRcAAAAqAAAAAAAAAkKQAAAAgAAAnlEwAACRAAAAAAAA+CAAgAIAAAAB+hAAAAFUFAAAB Gez//
... /2z4//8AAAAAAAQAAAL5xAIACAAAAEhQAgAIAAAAJbgwAAAAEX7P//6////

... wEAAAACwAAAkXAAAAAqAAAAAAAAAAJEAAAAAMAAAAAJ7DAAAARDs///r////

... BQAAAAbxEwAAKS9Db21wb25lbnRzL1RlbRzL1RlbRzXRXsYXRlcy9Qcm92aWRlcl9lYXJjaC5jb3B3B4CRcAAAAqAAAAAAAA
... AlyDAAAAAoAnE0wEwAACRAAAAAATt AAAAAgjEwCAAgAAAGD BQCAAgAAAAFAIACAAAACRAAAAAAAAAAAA
... AAAmDDAAACYQMAAAJEAAAAAEJigwAAAEG7P//6////wQAAAAg+
... xMAABRJbXBvcnRhbnQtUXX1c3RpbmdzLwkXAAAAKgAAAAAAAAJEAAAAAEAAAAAJ/

49128...

hMAAAGHQUAJATAAAABAKEAtAgAAADBQCAAgAAAAMFAYACAAAACRAAAAAYAAAAAAAAAAAmSDAAACZMMAAAJEA
AAAAEJmQwAAAH86///6////
wQAAAAGBRQAAD1BdXRob3JjpemF0bW9uLxLRvLUNvbnNlbQtdG8tVHJlYXRtZW50LW9mLVVuZW50aGbmNpcGF0ZW
QtTWlub3JIvCRcAAAAqAAAAAAAAAAAkQAAAAAgAAAAkAAAAaAA1IFAAACgDsBQCAAgAAAAECEQAACAAAAJUIAIAaCAAAAAwU
AgAIAAAAJEAAAAAAAAAAAAAAAAACaEMAAAAJogwAAAKQAAAAQmoDAAAAfLr///z////
BAAAAAYPFAAAJURvbm9yLURcpcmVjddGlvbnMt2m9yLUFuYXxRvbWljJzjYWWtR2lmdC8JFwAAAACoAAAAAAAAACRAAAA
AADAAAACRIUAAAKAJUIAIACAAAAQMRAAAIAAAAlgqAgAIAAAADQ6CAAgAAAAkQAAAAAAAAAAJSAwAAA
mxDAAACRAAAAABCbcMAAAB6Ov//+v//
8EAAAABhkUAAAMRml2ZS51XaXNoZXJzAgAAAAkcCRcAAAAqAAAAAAAAAAkQAAAABAAAAAAAAkcFAAACgCWCACAAgAAAAEEEQA
ACAAAAJcIAIACAAAAAwUAgAIAAAAJEAAAAAAAAAAAAAAAACb8MAAAJwAwAAAkQAAAAQnGDAAAAd7r///r////
BAAAAAYjFAAADExpdmluZ1XaWxsAnMtdGEvAndAQAAAAAAAAJEAAAAUAAAAAJJhQAAAoAwlgAgAIAAAAABBREEAA
AgAAACYCACAAgAAAAMFAIACAAAACRAAAAAAAAAAAAAAAAAANODAAAACc8MAAAJEAIgwAAAEAAHU6///6////
wQAAAAGLRQAACJNZWRpY2FsLUFzc2lnbmVtZW50AnMtb2YtZ3JQXb3JuzZXQtRcRcAAAAqAAAAAAAAAABg
AAAAkwFAAAACgCYCAACAAgAAAAGEQAACAAAABUFAIACAAAABAUAgAIAAAAJEAAAAAAAAAAAAAAAACd0MAAAAJ3gw
AAAkQAAAAQnkDAAAAcrr///r////
BAAAAAY3FAAAHkNlbnRlRlctEtSGVhbHRjVJLUNvd3-2l2dGFuY2l0dE9mLVVtLWxXAAAAqAAAAAAAAAAJEAAAAAAAAAAJO
hQAAAoAHgUAgAIAAAABBxEAAAAgAAAJBQCAAgAAAAAQFAIACAAAACRAAAAAAAAAAAAAAAAAnsDAAACe0MAAAJEA
AAAAEJ8wwAAAAH6///6////
wQAAAAGQRQAACpcDZW50dXJhLUhuHlUhlYwaC1CZW5lZml1yc2ltl0cy1DaGVVja3VUUNvbvbG9yYWRvLS8JFwAAAAqAAAAAAAAAAAA
AACRAAAAACAAAACUQAAAACFAIACAAAAQgRAAAIAAAAJAUgAIAAAAEBQCAAgAAAAkQAAAAAAAAAAAAAAAAA
J+wAAAn8DAAAAABCQINAAAABtuv//+v//
8EAAAABksUAAAqQ2VudHHVys51IZWFsdGgtTWVVkaWNhcmUtUGVlybc1ELELUFzc2l1zdGFuY2UtZcRcAAAAqAAAAA
AAAkQAAAAwAAAAlOFAAAACgAkBQCAAgAAAAEJEQAAACAAAACUFAIACAAAABAUAgAIAAAAJEAAAAAAAAAAAAAAAACQoNAAAJCw
0AAAkQAAAAEGEQAAAaazr///r////
BAAAAAYVFAAAM0NlbnR1cmVtEtSGVhbHRoLUVNVAtU3RhdGUtSGVhbHoLUluc3VyYW5jZS1zUQcm9ncmFtcFtLwkXA
AAAKgAAAAAAAAAJEAAAAAAJEAAAAJWBQAAAJWJWQAAAoAJQUUAgAIAAAAJEAAAAABCbcEAAAAAbiBQCAAgAAAAcFAIACAAAACRAAAA
AAAAAAAAAAkZDAAACRoNAAAAJEAIA0AAAGi6///6////
wQAAAAGXxQAABhQHYQXRpZVpcZW5ZW50UZW50ZW50ZW50LVJlYXZpY2U1CZW50LVUJlZW50LVJlYXZpZWpcZWxwAAAqAAAAA
AACRAAAAAQsRAABVBQAAAAC3r///9s+P//AAAAAAEEAADsDsgCAAgAAAAAACVgNAAABg+v///+v///
8BAAAACTENAAAJFwAAACoAAAAAAAAAAACRAAAAAJEAAAAA6fCAAgAAAAA6DQAAAZPr///r////AQAAAAk/
DQACRcAAAAqAAAAAAAAAKQAAAAAAlxFAAACRAAAAAOxYgAIAAAAAOFUFAAAJBjev///2z4//
8AAAAAAQAAO0iAIACAAAACQIAAAAAAAAJSg0AAAGL6///6////
wEAAAAJTQ0AAAkAXAAAAAKQAAAAJEAAAAAAAJeRQAAAkAQAAAAJwiAIACAAAAAAQ4RAABVBQAAAAYXr//
9s+P//AAAAAAEAADuIgAIACAAAAVCVgNAAAAAABg+v///+v//
8BAAAACVsNAAAJFwAAACoAAAAAAAAAAAAAAAACYEEAAAAJEAAAAC5CYEUYAAAAA5FgCAAgAAAAAEMEPEQAAVQAAAAF96//
/bPj//wAAAAABAAAAAABAAAXWYgAIAAAAAlmDQAAAXvr///r////
AQAAAAlpDQAACRcAAAAAAAAAkQAAAABAAAAAmJFAAACRAAAAAAoh8AgAIAAAAABEBEAAUFAAABdev//
2z4//8AAAAAAQAAAAAAAfLmAIAACQIAAAAAAAAAUFAIAAACQ0AAAAAOAAAADbDQCAAgAAAAmODAAAAAWPr//
/bPj//wAAAAAAAAAYyMAgAIAAAADBQCAAgAAAAmMDQAAAWPr///r////
AQAAAAlJdw0AAAkAXAAAAAKQAAAAAYAAAAJkRQAAkKAfAIACAAAAAAERAABVBQAAAAW3r//
9s+P//AAAAAAEAADuIgAIACAAAAAUCQUYNAAAAAVCZkUAAAAESEQAAVQUAAAAf16//
/bPj//wAAAAAAHyMAgAIAAAADBQCAAgAAAAmQDQAAAWPr///r////
AQAAAAmTDQAAACRcAAAAKQAAAABQAAAAsBwAgAIAAAABExEAAFFUFAAABXev//
2z4//8AAAAAAQAAAAAAaiIwCAAgAAAANMFAIACAAAACawNAAABU+v///+v//
8BAAAACa8NAAAJFwAAACoAAAAAAAAAAACRAAAAAJEAAAAC5CYEUEQAAVQAAAAF96//
/bPj//wAAAAABAAAAABISMAgAIAAAADBQCAAgAAAAm6DQAAAWUr///r////
AQAAAAlpDQAACRcAAAAAAAAAkQAAAAAAAJyAAAAQBQAAAmJFAAACRAAAAAoh8AgAIAAAABEBEAAUFAAABdev//
2z4//8AAAAAAAxwAAABFhEAAFFUFAAABRev//2z4//8AAAAAAAaA8gAIAAAADBQCAAgAAAAmMDQAAAWRr///r////
AQAAAAmTDQAAAnIwCAAgAAAANMFAIACAAAACQOAAAABBYQAAVQUAAAAf16//
/bPj//wAAAAAAaA8gAIAAAADBQCAAgAAAAmQDQAAAWUr///r////
AQAAAAlJdw0AAAkAXAAAAAKQAAAAAYAAAAJrRQAAkKAfAIACAAAAEREAAAVBVBQAAAYW3r//
9s+P//AAAAAAEAADuIgAIACAAAAAUCQ0AAAABBYQAAVQUAAAAf16//
/bPj//wAAAAAAxwAAABFhEAAFFUFAAABRev//2z4//8AAAAAAAaA8gAIAAAADBQCAAgAAAAmMDQAAAWRr///r////
AQAAAAnnDQAACRcAAAAQAAAAkwCAAgAAAAAkWDQAAAGi6///6////
wQAAAAG8BQAADZDUUkgvQWJvvdQXtVXMvT3VvdKQtVXMvZ25yc3Zy5Jzp3JzDJzL0LFkdmUudG1xLYULUEtTmFtZS
8JFwAAAAvQWJdvdKQXtVXMvT3VvdMvfMUAAAKA1KAIACAAAAAAOAAAAIAAAAnwgAIAAAAACdCAAAJBSwOAAABB+v//+v//
8BAAAABvoUAAAuQ1JIL0Fib3V0LVVzuL091LVV7L091ci1TcG9uc2ycy9XZXxsbmVVzcy1QaGlsb3N3Ncs5LwkXAAAAKgA
AAAAAAJEAAAAAIAAAAJ/

49128…

… RQAAAAmwgAgATAAAAEHnEzRkgAAACgCACAAgAARJ0TATRCARAACRAAAAAWAAAAAAAK0DgAACTUOAAAJEA
… AAAAEJOw4AAAH96v//6////
… wQAAAAGBBUAADVDUkgvQWJvdXQtVXMvT3VyLVNwb25zb3JzL1doYXXQtRG8tQWR2ZW50aX)1CZWxpZXZ1Lw
… kXAAAAKgAAAAAAAAAJEAAAAAMAAAAJBxUAAAoAoAgAgAIAAAABHxEAAAgAAAChCACAAgAAAJ0IAIACAAAACRA
… AAAAAAAAAAAAAlDDgAACUQOAAAJEAAAAAEJSg4AAAHz6v//6////
… wQAAAAGDhUAAC1DUkgvQWJvdXQtVXMvT3VyLVNwb25zb3JzL1doby1BcmUtUtQWR2ZW50aX)4JFwAAACoAAA
… AAAAAACRAAAAAEAAAAACREVAAAAKAKEIA1ACAAAAASARAABVBQAAAe7q//9s+P//
… AAAAAAEAAABaLgAAAAAAAMEFAIACAAAACVgOAAAB7Or//+v///
… 8BAAAACVsOAAAJFwAAACoAAAAAAAAACRAAAAABAAAACRgVAAAAJEAAAAAD/FgCAAgAAAAEhEQAAVQUAAAHm6v/
… /bPj//wAAAAABAAAAg3gAgAIAAADBBQCAAgAAAA1mDgAAAeTq///r////
… AQAAAAlpDgAACRcAAAAqAAAAAAAAAAKQAAAAgAAAAAkgFQAAACRAAAAAAA4CEAgAIAAAABIhEAAFUFAAAB3ur//
… 2z4//8AAAAAAQAAACZ5AIACAAAAwQUAgAIAAAAJdA4AAAHc6v//6////
… wEAAAAJdw4AAAkXAAAAKgAAAAAAAAAJEAAAAAMAAAAJKBUAAAkQAAAAAOUhAIACAAAAASMRAAA1BQAAAAAAAA
… AAAADBBQCAAgAAAADgAAAdXq///r////
… BQAAAAmDDgAACbkCAAAqAAAAAAAAAAkvFQAAABAAAAAkvFQAAACRAAAAAAA8RwAgAIAAAABJBEAAFUFAAAABz+r//
… 2z4//8AAAAAAQAAACkjAIACAAAA0AUAgAIAAAAJjg4AAAHN6v//6////
… wEAAAAJkQ4AAAkXAAAAKgAAAAAAAAAJEAAAAAEAAAAJNxUAAAkAQAAAAAMgXAIACAAAAASURAABVBQAAAcfq//
… 9s+P//AAAAAEAAAAqIwCAAgAAAANFAIACAAAAACZwOAAABxer//+v///
… 8BAAAACZ80AAAJFwAAACoAAAAAAAAAACRAAAAADAAAAADHFwCAAgAAAAAEmEQAACAAAAOQFAIA
… CAAAAxQUAgAIAAAAJEAAAAAAAAAAAACaQOAAAJpQ4AAAkQAAAAAQmrDgAAAbvq///r////
… BAAAAAZGFQAAL0NSSC9IZWFsdGgtYXQtYW5kbGGxuGZXNZL01hbGVv0aW9uZ2xUlYWx0aC9wZGRpY2FsAAqA
… AAAAAAAAAkQAAAAAAlJFQAACgCDkBQCAAgAAAAEnEQAACAAAAOUFAIACAAAAxQUAgAIAAAAJEAAAAAAAAAA
… AAAAAACbMOAAAJtA4AAAkQAAAAAQm6DgAAAbHq///r////
… BAAAAAZFQAALUNSSC9IZWFsdGgtYXQtXNZL01hbGV0aW9uZ2xUlYWx0aC9wc9SZXN0LwkXAAAAKgAAAAkQAAAA
… AAAAAAJEAAAAAIAAAAJUxUAAAoA5QUAgAIAAAABKBEAAAgAAAADmBQCAAgAAAAMUFAIACAAAACRAAAAAAAAAAA
… AAAAnCDgAACCMOAAAJEAAAAAEJyQ4AAAHz6v//6////
… wQAAAAGWhUAADRDUkgvSGVhbHRoLWF0LWZ1ZC1XZwsbmVzcy9DcmVhdGUtClZWsdGgtbmROVgR
… cAAAAqAAAAAAAAAAAkQAAAAwAAAldFQAAAcgDmBQCAAgAAAAAEpEQAAACAAAAOcFAIACAAAAxQUAgAIAAAAJEAA
… AAAAAAAAAAAAAAAACdEOAAAJ0g4AAAkXAAAAAWcVAAAAAOoFAIACAAAAAASoRAAAIAAAAAm4BQCAAgAAAAkkQAAAAAA
… BAAAAAZkFQAAMUNSSC9IZWFsdGgtYXQtZWQtV05vbFYWF0aC9wZWF0aC9wBY3Rpdml0eS88JFwAAA
… CoAAAAAAAAACRAAAAAWcVAAAACWcVAAAAAOoFAIACAAAAASoRAAAACIAAAAA8RAAAAAJ4J4AAAAnhDgAAArk+r//+v///
… AAAAAAAAAJ4J4AAAnhDgAACRAAAAAECec0AAABk+r//+////
… 8EAAAABm4VAAAuQ1JIL0hlYWx0aC1hdC1hbmQtQtV2VsbG5lc3MvMvQmJlYXBpb24tSGVhbHRoLRoL1RydXtXN0LwkAAAAKgAAAAkGa
… AAAAAAAAJEAAAAAUAAAAdGRUVBIAACJrRUAAoA6AUAgAIAAAABIAAAABEIAAAAASUXBBEAAAACUFAIACAAAAxQUAgAIAAAAJ9g4AAAGJ6v//6////
… AAAAAAAnvDgAACfAOAAAJEAAAAAEJ9g4AAAGJ6v//6////
… wQAAAAGeBUAAERDUkgvSGVhbHRoLWF0LWZ1ZC1XZwsbmVzcy9DcmVhdGUtSGVhbHZi1ZWFsdGgvSW50aGhC
… 1SZWxhdmJsdmbnNoaXBzLwkXAAAAAqAAAAAqAAAAAJEAAAAAYAAAAAJexUAAAolBLBEAAAgAAADqBQC
… AAgAAAAMUFAIACAAAAACRAAAAAAAAAAAAAn+DgAACf80AAAJEAAAAAEJBQ8AAAF/6v//6////
… wQAAAAGghUAADBDUkgvSGVhbHRoLWF0LWZ1ZC1XZwsbmVzcy9DcmVhdGUtbHZi1ZWFsdGgv0GLObG9yZy9TSFuwAAAC
… oAAAAAAAAACRAAAAAHAAAAAYUVAAAAAOoFAIACAAAAAASURAAAACIAAAAA8RAAAAAJEBQ8AAAAf6v//6////
… 8EAAAABowVAAA1Q1JIL0hlYWx0aC1hdC1hbmQtQtV2VsbG5lc3MvMvQmJlYXBpb24tSGVhbHRoL051dHJpdGlvbixKS8
… JFwAAACoAAAAAAAAACRAAAAAIAAAAACY8VAAAAKAsFAIACAAAAAAS5RAAAAAA8gUAgAIAAAADvBQCAAgAAAAAkQ
… AAAAAAAAAAAJHA8AAAkdDwAACRAAAAAkkPQAAAAJIg8AAAEJg8AAAFb6v//6////
… 8EAAAABpYVAAAArQ1JIL0hlYWx0aC1hdC1hbmQtQtV2VsbG5lc3MvMvQmJlYXBpb24tR01jIUN5M2xlLwkAAAAKgAAAAAkGAAAA
… AAAAJEAAAAAEJMrRUAAAoA8gUAgAIAAAABLxEAAAgAAADzBQCAAgAAAA08FAIACAAAACRAAAAAAAAAAAAAAAAkn+DgAAAAAAAAAAAA
… AAkrDwAACSwPAAAJEMg8AAAHh6v//6////
… wQAAAAGtBUAADQDUkgvSGVhbHRoLWF0LWZ1ZC1XZwsbmVzcy9DaGRuZ2UtR01jIUdhUnZZXNZL01vd1cW50bGULUJpa2l1Hcm1cC
… 8JFwAAACoAAAAAAAAACaMVAAAAAAYUWAAAABLxEAAAgAAADzBQCAAgAAAAAO8FAIACAAAACRAAAAAAAAAAAAAA
… AAAAAADJDGAAAkAODwAAJmRUAAoA8gUAgAIAAAABMREAAAAATARAAAIAAAA9AUAgAIAAADvBQCAAgAAAAAkQ
… AAAAAAAAlJDwAACUoPAAAAAEJUA8AAAFN6v//6////
… wQAAAAGtBUAAAYm9sYXYKkJ1cy9WaXZpdC9VaWVjdGlvbnMLwkGa
… 8BAAAAABqoVAAAuQ1JIL0hlYWx0aC1hdC1hbmQtQtV2VsbG5lc3MvMvRml0bmVzcy9GcmVlLUN5bGLwkAAAAKgAAAAAkGAAAAAA
… AAAAJEAAAAAEJTqRUAAAoA8gUAgAIAAAABMxEAAAAAOARAAAIAAAA9AUAgAIAAADvBQCAAgAAAAAkQ
… AAAAAlJDwAACUoPAAAAAEJUA8AAAFN6v//6////
… wQAAAAGtBUAADBDUkgvSGVhbHRoLWF0LWZ1ZC1XZwsbmVzcy9GaXRuZXNzL01udW0LUN5M2xlLwkGa
… 8EAAAABqoVAAAuQ1JIL0hlYWx0aC1hdC1hbmQtQtV2VsbG5lc3MvMvRml0bmVzcy9TdW5SSU15TnLVRlYW1cC8JFwAAACoAAA
… AAAAACRAAAAAMAAAAAJexUAAAAAAJrRUAAoA9AUAgAIAAAABMREAAAgAAAA8gUAgAIAAAAAAkQ
… AAAAAAAAlJDwAACSIPAAAJEBQ8AAAFb6v//6////
… 8BAAAACYsPAAAJFwAAACoAAAAAAAAACRAAAAACAAAAACdYVAAAoA6AUAgAIAAAABLxEAAAgAAADzBQCAAgAAAA0
… CAAAAAAAAAACZoAIACAAAAADBQ8AAAFb6v//6////
… BAAAAAbdFQAAkNSSC9IZWFsdGgtYXQtYW5kLWR1bGxuZXNzL1dlaWdodC1IYXNkZXJvYXaVtLdW4gSAHcQ5U3ZVhb
… HRoeS1SZWNZpcGVzLwkXAAAAKgAAAAkQAAAAAAAAAJEAAAAAAJ4BUAAAoA9QUAgAIAAAABMxEAAAgAAAABNxEAAAkAAAAAJEAAAA
… EJEAAAAAEAAAAABaTwCAAgAAAN0RAIACAAAAACYgPAAAB2Er//+v///
… G6BUAAAsxMDczNQxoTU1MQbpFQAACZ2EwZXNZL01nbG5NDE5NDE5NTUwCSQAAAAG6xUAACS1MTheNTMwMJyEwZWNoM3NDE5NTI0
… XjEwNzM1NDE5NTUwXjEwNzM1NDE5NTUxBAAAAGkAAAAAAAAAQbsFQAACaGVVmaXRZQ2hlY2tDBDEb2xvc

... wAAAAAG7xUAACsvQ2VudHVyYS51ZWFFsdGgtQmVuZWZpdHMtQ2hlY2t1cC1Db2xvcmFkbw==
... AAAAmfDwAAAAAAAAAAAABRxEAABkAAAAJnw8AAAAAAAAAAAAVERAAAZAAAACZ8PAAAAAAAAAAAAFbEQA
... AGQAAAAmfDwAAAAAAAAAAAABZREAABkAAAAJnw8AAAAAAAAAAAW8RAAAZAAAACZ8PAAAAAAAAAAAAF5
... EQAAGQAAAAmfDwAAAAAAAAAAAABgxEAABkAAAAJnw8AAAAAAAAAAAAY0RAAAZAAAACZ8PAAAAAAAAAAAA
... AGXEQAAGQAAAAmfDwAAAAAAAAAAAABoREAABkAAAAJnw8AAAAAAAAAAAAasRAAAZAAAACZ8PAAAAAAAAAA
... AAAAGyEQAAGQAAAAmfDwAAAAAAAAAAAABuhEAABkAAAAJnw8AAAAAAAAAAAAAcQRAAAZAAAACZ8PAAAAAA
... AAAAAHOEQAAGQAAAAmfDwAAAAAAAAAAAAB2BEAABkAAAAJnw8AAAAAAAAAAAAAeIRAAAZAAAACZ8PAAAA
... AAAAAAAAAAHpEQAAGQAAAAmfDwAAAAAAAAAAAAB8xEAABkAAAAJnw8AAAAAAAAAAAAAAf0RAAAZAAAACZ8PA
... AAAAAAAAAAAAAEHEgAAGQAAAAmfDwAAAAAAAAAAAABERIAABkAAAAJnw8AAAAAAAAAAAAARcSAAAZAAAACZ
... 8PAAAAAAAAAAAAAAAEEeEgAAGQAAAAmfDwAAAAAAAAAAAABJhIAABkAAAAJnw8AAAAAAAAAAAS4SAAAZAAA
... ACZ8PAAAAAAAAAAAAAAE2EgAAGQAAAAmfDwAAAAAAAAAAAABPhIAABkAAAAJnw8AAAAAAAAAAAAAUYSAAAZ
... AAAAACZ8PAAAAAAAAAAAAAFOEgAAGQAAAAmfDwAAAAAAAAAAAABWBIAABkAAAAJnw8AAAAAAAAAAAAAWISA
... AAZAAAACZ8PAAAAAAAAAAAAAFsEgAAGQAAAAmfDwAAAAAAAAAAAABdhIAABkAAAAJnw8AAAAAAAAAAAAAAY
... ASAAAZAAAACZ8PAAAAAAAAAAAAAGKEgAAGQAAAAmfDwAAAAAAAAAAAAB1BIAABkAAAAJnw8AAAAAAAAAAA
... AAZsSAAAZAAAACZ8PAAAAAAAAAAAAAGjEgAAGQAAAAmfDwAAAAAAAAAAAABgxIAABkAAAAJnw8AAAAAAAA
... AAAAAbMSAAAZAAAACZ8PAAAAAAAAAAAAAG7EgAAGQAAAAmfDwAAAAAAAAAAAABxRIAABkAAAAJnw8AAAAAA
... AAAAAAAAc8SAAAZAAAACZ8PAAAAAAAAAAAAHZEgAAGQAAAAmfDwAAAAAAAAAAAAB4xIAABkAAAAJnw8AAA
... AAAAAAAAAAAekSAAAZAAAACZ8PAAAAAAAAAAAAAHzEgAAGQAAAAmfDwAAAAAAAAAAAAB/
... RIAABkAAAAJnw8AAAAAAAAAAAAAAQcTAAAZAAAACZ8PAAAAAAAAAAAAAEREwAAGQAAAAmfDwAAAAAAAAAAA
... ABGxMAABkAAAAJnw8AAAAAAAAAAAASUTAAAZAAAACZ8PAAAAAAAAAAAAAEvEwAAGQAAAAmfDwAAAAAAAAA
... AAAABORMAABkAAAAJnw8AAAAAAAAAAAAAUMTAAAZAAAACZ8PAAAAAAAAAAAAAFKEwAAGQAAAAmfDwAAAAAA
... AAAAAAAABVBMAABkAAAAJnw8AAAAAAAAAAAAAV4TAAAZAAAACZ8PAAAAAAAAAAAAAFoEwAAGQAAAAmfDwAAA
... AAAAAAAAAAABchMAABkAAAAJnw8AAAAAAAAAAAXkUAAAZAAAACZ8PAAAAAAAAAAAAAGGBFAAAGQAAAAmfDw
... AAAAAAAAAAAAABiRQAABkAAAAJnw8AAAAAAAAAAAAAZEUAAAZAAAACZ8PAAAAAAAAAAAAAGZFAAAGQAAAAm
... fDwAAAAAAAAAAAABoRQAABkAAAAJnw8AAAAAAAAAAAAAakUAAAZAAAACZ8PAAAAAAAAAAAAAGxFAAAGQAA
... AAmfDwAAAAAAAAAAAABuRQAABkAAAAJnw8AAAAAAAAAAAAAcEUAAAZAAAACZ8PAAAAAAAAAAAAAHJFAAAG
... QAAAAmfDwAAAAAAAAAAAAB0RQAABkAAAAJnw8AAAAAAAAAAAAAdkUAAAZAAAACZ8PAAAAAAAAAAAAAHhFA
... AAGQAAAAmfDwAAAAAAAAAAAAB6RQAABkAAAAJnw8AAAAAAAAAAAAAfMUAAAZAAAACZ8PAAAAAAAAAAAAAH
... 9FAAAGQAAAAmfDwAAAAAAAAAAAABBxUAABkAAAAJnw8AAAAAAAAAAAAAREVAAAZAAAACZ8PAAAAAAAAAAAA
... AAEYFQAAGQAAAAmfDwAAAAAAAAAAAABIBUAABkAAAAJnw8AAAAAAAAAAAASgVAAAZAAAACZ8PAAAAAAAAAA
... AAAAAEvFQAAGQAAAAmfDwAAAAAAAAAAAABNxUAABkAAAAJnw8AAAAAAAAAAAAAT8VAAAZAAAACZ8PAAAAAAA
... AAAAAAAAAFJFQAAGQAAAAmfDwAAAAAAAAAAAABUxUAABkAAAAJnw8AAAAAAAAAAAAAV0VAAAZAAAACZ8PAAA
... AAAAAAAAAAFnFQAAGQAAAAmfDwAAAAAAAAAAAABcRUAABkAAAAJnw8AAAAAAAAAAAAAXsVAAAZAAAACZ8PA
... AAAAAAAAAAAAGFFQAAGQAAAAmfDwAAAAAAAAAAAABjxUAABkAAAAJnw8AAAAAAAAAAAAAZkVAAAZAAAAAC
... Z8PAAAAAAAAAAAAAGjFQAAGQAAAAmfDwAAAAAAAAAAAABrRUAABkAAAAJnw8AAAAAAAAAAAAAbcVAAAZAA
... AACZ8PAAAAAAAAAAAAAG+
... FQAAGQAAAAmfDwAAAAAAAAAAAABxhUAABkAAAAJnw8AAAAAAAAAAAAc4VAAAZAAAACZ8PAAAAAAAAAAAAAH
... AHWFQAAGQAAAAmfDwAAAAAAAAAAAAB4BUAABkAAAAJnw8AAAAAAAAAAAAAeUVAAAZAAAACZ8PAAAAAAAAAA
... AAAAHmFQAAGQAAAAmfDwAAAAAAAAAAAAB5xUAABkAAAAJ9RUAAAEAAAABAAAAB/
... EVAAAAQAAAAQAAAAEJUVrdHJvb/Jvbi5SDbXMuT3JnYW5pemF0aW9uL7RrbXBobUcmUhZVfRdGEFAAAcf
... 1FQAAAAEAAAAACABBCZFa3Ryb24uU3J2cy5Pcmdhbml6YXRpb24uUUVDWWlsbDI9yay5VSS5UcmVbbLIcmVlTm5wZQIAAAAJ9xUAAA0D
... AfYVAAAAIAAAAHwUAgAIAAAeBQCAgAAAkQAAAAAAAAAAAJJ5RUAAAnmFQAACRAAAABCewVAAABA+r//
... +v///
... 8EAAAABv4VAAAqQ2VudHVyYS51ZFVjb5DbXMuT3JnNW5pZW1Fo0wuUGx1SXRlblduUhdGEFAAAAABnw+
... AAAkQAAAAAAAkBFgAACgfBQCAgAAAAH3FQAACQAAAASxKQAAAACQAAAAAAAAAAAJ5RUAAAnmFQAAALMTA3
... Mzc0MTk1mbU9TIJEAAAAAKgfACqWAAAAAAAA0AoKCQWAAAAAAAAoRCpQGVAAAAABAAYfAcEwNzM3NDE5NDEM
... TA3Mzc0MTk1mbU9TIJEAAAAAYMFgAANzUxOF4fMzBeMTA3Mzc0MTk1mbU9TIJEAAAAYMFgAANzUxNT
... FeMTA3Mzc0MTk1mbU9TIJEAAAAagAAAAAAAAAABBg0WAAAAPTWVkaWNuNcMUdYydCECSCANAAAAKgEBAAAAAo
... KAfHp///Y////
... AAAAAAYQFgAAKy9DZW50dXJhLUhlYWx0aC1TZXJ2aWNlcy1Pcmdhbml6YXRpb25YW51jZS8KAA0xBAAAZWAAAZA
... AAACREWAAAABAAAAQAAAAEGFgAAEQAAAAll1AAAAAAAAAAAAABBxYAABIAAAAJdgAAAAAAAAAAAQgWAA
... AEAAAACRQWAAAABAAAAcRFgAAAAEAAAAEAAAABCVFa3Ryb24uU3J2cy5Pcmdhbml6YXRpb25YW11lcGxkLk5
... 0ZWlEYXRhRhBQAAAcvFgAADMHFFBYAAAAAAAABAAAAQmRWAT0cm9uLkNtcy5jZmVLb29rLlpXdmcmsuVUkuVHJlZS5J
... VHJlZU5vZGUCAAAACRYWAANwEVFgAAAcYAAAAAFAIAAAcAAAAAJEeeTeeEAAAAAAAAAQCQYWAAJB
... xYAAkQAAAAQkWAAAAeTp///r////
... BAAAAAYdFgAAKNk1bnR1clN1GVhbHRoHRoLU1lZ1jZS5Pcmdhbml6YXRpb24tDQpTdaBAAAAAA
... AAJEAAAAAEAAAAJIBYAAAoAIAUgAAAABFhYAAAAJEAAAAEJEAAAAEJEAAAAAAEAAAAAJFwAAAYjgAACEwNz

M3NDB5NTUyZCRAAAAAU0RYAAAkmFgAGAAAAUAAAARACgKnHFgAAAAAKBYAAEsxMBc2NUjQXoT01MwYpFgAACzE
wNzM3NDE5NTUyCSQAAAAGKxYAAEM1MTheNTMwXjEwNzM3NDE5NTI0XjEwNzM3NDE5NTUwXjEwNzM3NDE5NTUx
XjEwNzM3NDE5NTUyXjEwNzM3NDE5NTUzBgAAAGsAAAAAAAAAQYsFgAAG1N0YXRlIEhlYWx0aCBJbnN1cmFuY
2UgUGxhbgknAAAACgoBAQAAAAAAAAAKCgHS6f//2P///
wAAAAAGLxYAADQvQ2VudHVyY1IZWFsdGgtU0JhJUC1TdGF0UjZS1IZWFsdGgtSW5zdXJhbmNlLLVByb2dyYW0vCg
AKAAEgFgAAGQAAAAkwFgAAAQAAAAAEAAAABJRYAABEAAAAJdQAAAAAAAAAAAYAAAAAANJRAAAAAAAAIoRWt0cm9uLkntcy5Pcmdhbml6YXRp
b24uSU1lbnVJdGVVtRGF0YQUAAAAAJNBYAAA0DATQWAAAIAAAAIQUAgAIAAAAgBQCAAgAAAAkQAAAAAAAAAAA
AAJJRYAAAkmFgAACRAAAAAABCSwWAAAABxun//+v///
8EAAAABjsWAAAzQ2VudHVyYS1IZWFsdGgtU0JhJUC1TdGF0ZS1IZWFsdGgtSW5zdXJhbmNlLLVByb2dyYW0vCRc
AAAAqAAAAAAAAAkAQAAAQQAAAAk+FgAACgAhBQCAAgAAAAE+
FgAAGQAAAAmfDwAAAAAAAAAAALHwJnHwMCBmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtYtdGllc
i0xIj5kAgMPZBYMZg9kFgRmDxUEFi9DUkgvSG9tZS9TcGVjaaWFsdGllcy8ABV9zZWxmXC1NwZWNpYWx0aWVzAA
IBD2QWAmYPDxYEHwJnHwMCDGQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0yIj5kAgMPZBY
YZg9kFgRmDxUEEC9UaGUtQmlydGhQbGFjZS8ABV9zZWxmDlRoZSBCaXJ0aFBsYWNlIZAIBD2QWAmYPDxYEHwJn
HwMCEWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYYZg9kFgRmDxUEDNQc
mVSZWdNb2RhbAAFX3NlbGYXQmljdGhwbGFjZSBQcmUtUmVnaXN0cmF0aW9uDlJuZW5vlLIbmdCY3BV8C8vQlJL1NwZWNpYW
x0aWVzL1RoZS1CaXJ0aFBsYWNlL1llvdXItUHJlZ25hbmN5LwAFX3NlbGYOW91ciBQcmVnbmFuY3l3lkAgIPZBY
CZg8VBD8vQlJL1NwZWNpYWx0aWVzL1RoZS1CaXJ0aFBsYWNlL0Nob29zaW5nLWEtQ2hpbGRiaXJ0aC1Qcm92
aWRllci8ABV9zZWxmMkNob29zaW5nIEGQ2hpbGRiaXJ0aCBQcm92aWRlciGFyDmJmDXUtEPhbmEzY0DkUgvU3Bly
2lhbHRpaVzL1RoZS1CaXJ0aFBsYWNlL0NvbmZpcm3kvV2hlbi10by1TdGF5dC1TZWVpbmctYS1Eb2
N0b3IVAAVfc2VsZh1XaGVuIFR0YXJ0IFN1ZWluZyBhIERvY3RvcncGCBSW501QW5zaaXZLZGhIcmUgYmFyDmJmDXUtEMUtVW5pdQ1OSSAY3BlyYg
hbHRpZXXMvVGhlLUJpcnRoUGxhY2UvUGUGh5c21jaWFuRuZXJzdWFFX3NlbGYSUGh5c2ljaWFuRuIFBhcnRu
ZXJzZAIFfD2QWAmYPFQQ6L0NSSC9TcGVjaaWFsdGllcy9UaGUtQmlydGhQbGFjZS9XaHktUHJlZ25hbmN5LwAFX
S1NYXR0ZXJzLwAFX3NlbGYZV2h5IFByZW5hdGFsIENhcmUgTWF0dGVyc2QCBg9kFgJmDxUEQ9EZWxpdmVyeWaW
5nLWF0LUNhc3RlaaXMb2NrIKGRuZXN0c05SGVsaaXRcWxlcmVGDBCDDWN0bGUgUm9jayBEaW5JGOYWtQ2FYg
zcG10YWxkAgcPZBYCZg8VBCMvTmVvbmF0YWwtSW50ZW5zaaXZlLUNhcmUtUW5pdC8ABV9zZWxmTmVvbmF0YWw
bmF0YWwgSW50ZW5zaZlIENhcmUgVW5pdC9OUNVZAIID2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdG
llci0yIj5kAgMPZBYYZg9kFgRmDxUEEC9ORHUtV2UtTmVvbmF0YWwtSW50ZW5zaZlIENhcmUtVW5pdAAFX3NlbGYS
9UaGUtQmlydGhQbGFjZS9XaWFWUlFsaaVUUQ2Vyc2lvbiC1ELZC
TcGVjaaWFsdGllcy9UaGUtQmlydGhQbGFjZS9QcmUtVXRhbkxlbDlCDBCDDWN0bGVabGVDBClEdgvvmbmmFuY3Rk

... aW5haFdDQWAnYPfQgErlnpZ25zLW5MlUHLcmvRaxHEtcHkt2FLyyx2SBsAVFG9y5HplawducyBvZiBIZ
... XJlZGl0YXJ5IENhbmNlbmlQCAw9kFgRmDxUEIi9DUkgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9ABV
... 9zZWxmEENhcmRpYWMgU2Vydmlj2XNkAgEPZBYCZg8PFgQfAmcfAwIGZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2x
... hc3M9Im5hdi10aWVyLTMiPmQCAw9kFgxmD2QWAmYPFQQ+
... L0NSSC9TcGVjaWFsdGllcy9DYXJkaWFjLVNlcnZpY2VzL0NhcmRpYWMtQ2F0aGV0ZXJpemF0aW9uLUxhYi8AB
... V9zZWxmGUNhcmRpYWMgQ2F0aGVyaXphdGlvbiBMYWJkAgEPZBYCZg8VBDOvQ1JIL1NwZWNpYWx0aWVzL0Nhcm
... RpYWMtU2Vydmlj2XMvQ2FyZGlhYy1EaWFnbm9zdGljL1VRlc3RpbmcvAAVfc2VsZhpDYXJkaWFjIERpYWdub3N
... 0aWMgVGVzdGluZ2QCAg9kFgJmDxUEOy9DUkgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9JbnRlcnZl
... bnRpb25hbC1SYWRpb2xvZ3kvAAVfc2VsZhJbnRlcnZlbnRpb25hbCBSYWRpb2xvZ3lkAgMPZBYCZg8VBDOvQ
... 1JIL1NwZWNpYWx0aWVzL0NhcmRpYWMtU2Vydmlj2XMvQ29yb25hcnktQXJ0ZXJ5LURpc2Vhc2UvAAVfc2VsZh
... dDb3JvbmFyeSBBcnRlcnkgRGlzZWFzZWQCBA9kFgJmDxUEMC9DUkgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ
... 2aWNlcy9IZWFydC1GYWlsdXJlL1LwAFX3NlbGYGNSGVhcnQgRmFpbHVyZWQCBQ9kFgJmDxUEJC9NeW9jYXJkaWFs
... LUluZmFyY3Rpb24tSGVhcnQtQXR0YWNrLwAFX3NlbGYiTXlvY2FyZGlhbCBJbmZhcmN0aW9uL0hlYXJ0IEF0d
... GFja2QCBA9kFgJmDxUEHy9DUkgvU3BlY2lhbHRpZXMvRGlhYmV0ZXMtQ2FyZS8ABV9zZWxmDURpYWJldGVzIE
... NhcmVkAgUPZBYCZg8VBCAvQ1JIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1DYXJlLwAFX3NlbGYORW1lcmdlbmN
... 5IENhcmVkAgEPZBYCZg8PFgQfAmcfAwICZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMi
... PmQCAw9kFgRmD2QWAmYPFQQRL0Zl1bGwtU2Vydmlj2XSlFUi8ABV9zZWxmD2Zl1bGwgU2Vydmlj2SBFUmQCAQ9kF
... gJmDxUEOS9DUkgvU3BlY2lhbHRpZXMvRWl1cmdlbmN5LUNhcmUvUGVkaWF0cmljL1UVtZXJnZW5jeS1jeS1DYXJlLw
... AFX3NlbGYYUGVkaWF0cmljIEVtZXJnZW5jeSBDYXJlZAIGD2QWBGYPFQQSL0dhc3Ryb2VudGVyb2xvZ3kvAAVfc2VsZ
... fc2VsZg5HSS9Db2xvbm9yZY29weWWQCAw9kFgJmDxUE0B8BCZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzxlbCBjbGFz
... cz0ibmF2LXRpZXItMyI+
... ZAIDD2QWCGYPZBYCZg8VBEwvQ1JIL1NwZWNpYWx0aWVzL0dhc3Ryb2VudGVyb2xvZ3kvQ29sb25vc2NvcyNvcGll
... y0tLURldGVjdGl2Zi1Db2xvbi1DYW5jZXIvAAVfc2VsZilDb2xvbm9zY29weWWVzIC0gRGV0ZWN0aW5nIENvbG9uIE
... 9mIENvbG9uIENhbmNlcmQCAQ9kFgJmDxUEOS9DUkgvU3BlY2lhbHRpZXMvR2FzdHJvZW50ZXJvbG9neS9HSSS1
... Db25kaXRpb25zL2VmL0RpYWJldGVzLW9uLWQg29uZG101aW9ucyBXZSBUcmVhdC8ABV9zZWxmZGVkaWNhbCBDb25kaX
... UkgvU3BlY2lhbHRpZXMvR2FzdHJvZW50ZXJvbG9neS9Db3Vybi9zRHDpc2Vhc2UvAAVfc2VsZhNbmZ2lheW5pc1
... ylhbmQtU2NoZW1lQkgvU3BlY2lhbHRpZXMvR2FzdHJvZW50ZXJvbG9neS9weSBzZ2weS2NvcNuVVuaW5lbRlbGQtZZXMgV5kIFNjaG
... VkdWxlc2QCAw9kFgJmDxUEMy9DUkgvU3BlY2lhbHRpZXMvR2FzdHJvZW50ZXJvbG9neS9Db2xvbm9zY29weS1kS
... GQVFzLwAFX3NlbGYQQ29sb25vc2NvcHktRkRRrc2QCBw9kFgRmDxUEUIS9DUkgvU3BlY2lhbHRpZXMvTWVkaWNhbW
... bClJbWFnaW5nLwAFX3NlbGYiTWVkaWNhbCBJbWFnaW5nZABD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBYEAgEPF
... gIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci1zoI2j5kAgMPZBYIZg9kFgJmDxUEJC9DUkgvU3BlY2lhbHRpZXMvTW
... VkaWNhbC1JbWFnaW5sL0NhUwAFX3NlbGYCCQ1RkAgEPZBYCZg8VBDIvQ1JIL1NwZWNpYWx0aWVzL01lZGljYlNw
... tSW1hZ2luZy9EaWFnbm9zdGljL1LwAFX3NlbGYQRGlhZ25vc3RpYyBYLXJheWQCCAw9kFgJmDxUENS9D
... UkgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL0RpZ2l0YWwtTWFtbW9ncmFwaHkvAAVfc2VsZhhEaWdpdGFs
... GFsIE1hbW1vZ3JhcGh5ZAICD2QWAmYPFQQfL0NSSC9TcGVjaWFsdGllcy9NZWRpY2FsLUltYWdpbmcvTVJJLw
... AFX3NlbGYDTVJJZAIIID2QWAmYPFQQsL0NSSC9TcGVjaWFsdGllcy9OZXVyb3N1cmdlcnkvTW5lbG5lbGVkAgAwdpd
... GFsIE1hbW1vZ3JhcGh5ZAICD2QWAmYPFQQsL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9FdG5lZWZ5ZSsBh
... neS8ABV9zZWxmGk5ldXJvc3VyZ2VyeSBhbmQgTmV1cm9sb2d5ZAIJD2QWBGYPFQQdL0NSSC9TcGVjaWFsdGll
... cy9PcnRob3BlZGljcy9ABV9zZWxmC09ydGhvcGVkaWNzZAIBD2QWAmYPDxYEHwJnHwMCC2QWAmYPZBYEAgEPF
... gIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYYZg9kFgJmDxUET2h0dHBzOi8vcmVnLmFiY3NppZ2
... 51cC5jb20vdmlldy92aWV3X21vbnRoRoLmFzcHg/
... YXM9MjgmYW1wO3dwPTEyNShzbXA7TWlkPUNFTlRVUkExEBl9ibGFuaxJb21tdW5pdG5lbHkgU2VtaW5hcnNkAgEPZ
... BYCZg8VBDEvQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL0NvbmRpdGlvbnMtV2UtVHJlYXQvAAVfc2VsZh
... NDb25kaXRpb25zIFdlIFRyZWF0ZAICD2QWAmYPFQQ1L0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9IaXA
... tUmVwbGFjZW1lbnQtU3VyZ2VyeS8ABV9zZWxmF0hpcCBSZXBsYWNlbWVudCBTdXJnZXJ5ZAIID2QWAmYPPgpvaW
... L0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9Jbmp1cnktUHJldmVudGlvbi8ABV9zZWxmEUluanVyeSBQc
... mV2ZW50aW9uUzAIED2QWAmYPFQQbL0pvaW50LUVjlcGxhY2VtZW50LWF0LUNSQUgvAAVfc2VsZhlKb21udCBSZX
... BsYWNlbWVudCBhdCBDUkFIZAIFD2QWAmYPFQQuL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9LbmVlLVJl
... cGxhY2VtZW50LWF0LWNSQS251ZSBSZXBsYWNlbWVudGQCBg9kFgJmDxUEJi9DUkgvU3BlY2lhbHRpZXMv
... T3J0aG9wZWRpY3MvT3VyLVRlYW0vAAVfc2VsZghPdXIgVGVhbWQCBw9kFgJmDxUERS9DUkgvU3BlY2lhbHRpZ
... XMvT3J0aG9wZWRpY3MvUHJlcGFyaW5nLWZvci1Kb2ludC1SZXBsYWNlbWVudC1TdXJnZXJ5LwAFX3NlbGYnUH
... JlcGFyaW5nIGZvciBKb21udCBSZXBsYWNlbWVudCBTdXJnZXJ5ZAIID2QWAmYPFQQtL0NSSC9TcGVjaWFsdGl
... lcy9PcnRob3BlZGljy9TcG9ydHMtTWVkaWNpbmUvAAVfc2VsZg9TcG9ydHMgTWVkaWNpbmVkAgMPZBYCZg8V
... BCUvQ1JIL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL1N1cmdlcnkvAAVfc2VsZgdTdXJnZXJ5ZAIKD2QWAmYPF
... QQjL0NSSC9TcGVjaWFsdGllcy9PcnRob3BlZGljy9TZWGluZS8ABV9zZWxmBVNwaW5lZAIKD2QWBGYPFQQQL1
... JlaGFiaWxpdGF0aW9uLwAFX3NlbGYOUmVoYWJpbGl0YXRpb25kAgEPZBYCZg8PFgQfAmcfEZBYCZg9kFgQ
... CAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgRmD2QWAmYPFQQsL0NSSC9TcGVjaWFsdGll
... cy9SZWhhYmlsaxRhdGlvbi9IZWFsdGdgtVGVucy8ABV9zZWxmC0hlYWx0aCBUaXBzZAIBD2QWAmYPFQQbL09j
... 3VwYXRpb25hbC1IYW5kLVRoZXJhcHkvAAVfc2Vzh9PY2N1cGF0aW9uYWWgJmFtcDsgSGFuZCBUaGVyYXB5ZA
... ICD2QWAmYPFQQxL0NSSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9QaHlzaWNhbC1UaGVyYXB5LwAFX3N
... lbGYQUGh5c2l jYWwgVGhlcmFweWQCAw9kFgJmDxUEOi9DUkgvU3BlY2lhbHRpZXMvUmVoYWJpbG10YXRpb24v
... U3BlZWNoLUxhbmd1YWdlLVBhdGhvbG9neS8ABV9zZWxmGVNwZWVjaC1MYW5ndWFnZSBQYXRob2xvZ3lkAgsPZ
... BYCZg8VBBcvU2x1ZXXAtRGlzb3JkZXItQ2VudGVyLwAFX3NlbGYOU2xlZXAgRG1zb3JkZXIgQ2VudGVyZAVBB
... svRm9yYLVBhdGllbnRzLWFuZC1GYW1pbGllcy8ABV9zZWxmGGZvciBQYXRpZW50cyYmFmW1OyBGYW1pbGllc2Q
... CAQ9kFgJmDxW8BBB8CZx8DAhJkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
... ZAIDD2QWJGYPZBYCZg8VBAwjUHJlUmVnTW9kYWwABV9zZWxmGFBhdGllbnQgUHJlLVJl2l2dlHJhdGlvbmQCA
... Q9kFgRmDxUEIC9CaWxsaW5nLUFuZC1GaW5hbmNpYWwtU2Vydml1jZXMvAAVfc2VzJ.BCaWxsaW5nICZhbXA7IE
... ZpbmFuY2lhbCBTZXJ2aWNlcy9kAgc2VsZg9kFgJmDxW8BBB8CZx8DAgdkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzz0
... ibmF2LXRpZXItMyI+

ZAIBD9QWbmYPZBYCZg8VBBIvsG9zcGl0YWwUQ2Fpb1bgclluby8aWxsaW9nYFdvcmtzZAIBD
2QWAmYPFQQSL0hvc3BpdGFsLUJpbGxpbmcvAAVfc2VsZhBIb3NwaXRhbCBaWxsaW9nYFdvcm
9ubGluZS1CaWxslVBhesS8ABV9zZWxmD09ubGluZSBCaWxsIFBheWQCAw9kFgJmDxUEEC9GaW5hbmmpYFWwtSGV
sccC8ABV9zZWxmNkZpbmFuY21hbCBBc3Npc3RhbmNlLCBDaGFyaXR5IENhcmmUgJmFtcDsgUGF5bHVudCBQbGFu
c2QCBA9kFgJmDxUEFC9Vbmluc3VyZWQtUGF0aWVudHMvAAVfc2VsZglVbmluc3VyZWRkaGUPZBYCZg8VBA0vR
m9yLVNlbmlvcmmVAAVfc2VsZgtGb3IgU2VuaW9yc2QCBg9kFgJmDxUEEi9Ib3NwaXRhbClCaWxsaW5nLwAFX3
NlbGYeSG9zcGl0YWwgQmlsbBHMgJmFtcDsgSW5zdXJhbmNlZAICD2QWBGYPFQQjL0Zvci1QYXRpZW50cy1hbmQ
tRmFtaWxpZXMvUHJpY2luZy8ABV9zZWxmB1ByaWNpbmdmkAgEPZBYCZg8PFgQfAmcfAwIDZBYCZg9kFgQCAQ8W
Ah8ABRc8dWwgY2xhc3M9Im5hdi10awVYLTMiPmQCAw9kFgZmD2QWAmYPFQQ/
L0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUHJpY2luZy9Db3N0cy1mb3ItQ29tbW9uLVByb2NlZHVyZXMvA
AVfc2VsZhtDb3N0cyBmb3IgQ29tbW9uIFByb2NlZHVyZXMvAAVfc2VsZ8VBDovRm9yLVBhdGllbnRzLWFuZC
1GYW1pbGllcy9QcmljaW5nL1JlcXVlc3QtYS1DdXN0b20tUXVvdGUvAAVfc2VsZhZSXF1ZXN0IGEgQ3VzdG9
tIFF1b3RlZAICD2QWAmYPFQRIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUHJpY2luZy9SZXNvdXJjZXMt
Zm9yLVBhdGllbnRzLWFuZC1Db3JwdmNvAAVfc2VsZiSZXNvdXJjZXMgZm9yIFBhdGllbnRzICZhbXA7I
ENvbnNlbWVyc2QCAw9kFgRmDxUEHC9RdWFsaXR5LVNlcnZpcyzg8PFgQfAmcfAwIDZWRxmHVF1YWxpdH
ksIFNlcnZpcY2UgJmFtcDsgU2FmZXR5ZAIBD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBYEAgEPFgIfAAUXPHVsIGN
sYXNzPSJuYXYtdGllci1czlj5kAgMPZBYIZg9kFgJmDxUEEC9PdXItQ29tbW1bWWvudC8ABV9zZWxmDx91ciBD
b21taXRtZW50I2QWAmYPFQQTL0hvbWUtQ2FyZS1SYXRpbmdzLwAFX3NlbGYSbG9tbZ2NhcmULmF0aW5nc2QCAg9
AICD2QWAmYPFQQTL0hvbWUtQ2FyZS1SYXRpbmdzLwAFX3NlbGYSbG9tbZ2NhcmULmF0aW5nc2QCAg9
8VBCkvQ29tcG9uZW50ocy9UZWlwbGF0ZXMvVHJvdmlkZXJzICJTZWFyY2guVHLBoeXNpcY21hbilmaW5
kZXIFX3NlbGYORG9jdG9yIFJhdGluZ2QCBV9CYvRG9ub1b3ItRGUyZWN0aG9u0Ownucy1mb31tQW5hdGlu
WNhbClHaWZ0LwAFX3NlbGYkGYRG9zWN0aW9ucyBmb3IgQW5hdGlu0yBGaW5kIgZW5kb3JubClbnQgdG9sVHJl
YXRtZW50IG9mIFVuZW1hbmNpcGF0ZWQ-YXNpc3RhbnQtQ2FyZ9WBCYvRG9zZW1lbnRzIGZvcgWVuZW1h
bCBGFzcz0ibmFF2LXRpZXItXItMyI+
ZAIDD2QWCGYPZBYEZg8VBB8vQ2VudHVyYS1IZWFsdGdtUlgtQXNzaXN0YW5jZQBZaXNzZhSeEFzc21zd
GQCAQ9kFgJmDw8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXIitNCI+
ZAIDD2QWAmYPZBYIZg8VBCsvQ2VudHVyYS1IZWFsdGgtcmVjbGVjdG9yLWNyb3Nz8G1lbGVkMWAh8ABR
c8dWwgY2xhc3M9Im5hdi10aWVyLTUiPmQCAw9kFgJmDx2QWBGYPFQQrL0Nlbne8R1cmEtSGVhbHRoLUllZ1jYXJ
lLVBhcnQtRC1Bc3Npc3RhbmNlLWFX3NlbGYPTWVkaWNhcmUgUGFydCBEBZAIBD2QWAmYPDxYEHwJnHwMCAWQW
AmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUENZ9DU2pdmFmSBQrfjd
GljZXNkAgoPZBYCZg8VBB0v0Q29ubmVjdC1Bt3ItSGVhbHRoLoUNvbG9yYVZRWvRUHJpdmFFjeSBCQcmFjd
IgSGVhbHRoRoIENvbG9yYVYRVRvZAILD2QWAmYPFQQvL0NSSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzaW5neV
lbGGwtTmV0d29yay8ABV9zZWxmTWV0d0d0cmVEOWd0dgz94dWVKqZ2QCAw9kFgJmDxUEU2lSW5kUBz94dWvLUNvUNEYG
LWFuZC1GYW1pbGllcy9Ib211LUNhcmUtU3VwcG9ydC5kEFuY6N3xUpxZmUtUvAAVfc2VsZiNIb2lsIEENhc
mUgUmFftcDsgSGl2ZS1mbmQgb2YgTGlmmZCQDQ9kFgJmDxUEMi9DUkgvRm9yLUJlbmNoY21hcmtzL0FuY1GW
lpbGllcy9Ib3JWaXRhbC1BbWVuaUXZXMvAAVfc2VsZhJIb3NwaXRhbCBBbWVuaXRpZXNkAgEPZBYCZg8VBBE
vSG90ZWwtRGlzY291bnRzLWFX3NlbGYPSG90ZWwgRGlzY291bnRzZAICD2QWAmYPFQQzL0NSSC9Gb3JtUGF0
aWVudHMtYW5kLUZhbmlsaWVzL0hvc3BpdGFsaXN0LWZvb3ImY2VzLV9XZ3NlbGYqSG9zcGl0YWxp
mFtZAIQD2QWAmYPFQQTL1BhdGllbnQtUmVzb3VyY2VzLwAFX3NlbGYRUGF0aWVudCBSZXNvdXJjZXNkAhEPZB
YCZg8VBE1odHRwczovL3d3dy5pdHR5aWVudlaGVhbHRHcLmNvbS9tYWNNvbS9mYWNpbGl0eS9jay1wbZHlbnR
pc3QtaG9zzGl0YWwtMzMzNjJ1MwAGX2JsYW5rlbGwgVXMgVMvAAVfc2VsZhttbvY1JiMzOTtyZSBDb21pbmdkAgIPZBYEZg8V
BBMvQlJIL0hvbWUvQWJvdXQtVXMvAAVfc2VsZghBYm91dCBVc2QCAQ9kFgJmDw8WBB8CZx8DAghkFgJmD2QWB
AIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWEGYPZBYEZg8VBC4vQ1JIL0Fib3V0LVVzL0Nhc3RsZS1Sb2NrLUhvc3BpdGFsLUZvdW5kYXRpb24vA
AVfc2VsZh9DYXN0bGdUm9jayBIb3NwaXRhbCBGb3VuZGF0aW9uZAIBD2QWAmYPDxYEHwJnHwMCBmQWAmYPZBYE
YEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg8VBC
vQ2FzdGxlLVJvJv2stSG9zcGl0YWwtRm91bmRhdGlvbi9NYWtlLWEtR2lmdC8ABV9zZWxmD01ha2UgYSBEb25h

... dGl1YmVCAQ9kFgJumbx0bNy5pbkgQ9kVxWVQ2FlU8xV1VVVYzEtS3SdcdTo1WwURm91omRhdGlvbi9Qc
... m9ncmFtcy8ABV9zZWxmE1Byb2dyYW1zIFdlIFN1cHBvcnRkAgIPZBYCZg8VBEEvQlJIL0Fib3V0LVVzL0Nhc3
... RsZS1Sb2NrLUhvc3BpdGFsLUZvdW5kYXRpb24vQXNzb2NpYXRlLUNhbXBhaWduLwAFX3NlbGYSQXNzb2NpYXR
... lIENhbXBhaWduAzAIDD2QWAmYPFQRAL0NSSC9BYm91dC1Vcy9DYXN0bGUtUm9jay1Ib3NwaXRhbC1Gb3VuZGF0
... aW9uL0ZvdW5kYXRpb24t4RXZlbnRzLwAFX3NlbGYRRm91bmRhdGlvbiBFdmVudHNkAgQPZBYCZg8VBEUvQlJIL
... 0Fib3V0LVVzL0Nhc3RsZS1Sb2NrLUhvc3BpdGFsLUZvdW5kYXRpb24vRm91bmRhdGlvbi1JbXBhY3QtVGVhbS8
... ABV9zZWxmFkZvdW5kYXRpb24gbGSW1wYWN0IFRlYW1kAgUPZBYCZg8VBFYvQlJIL0Fib3V0LVVzL0Nhc3RsZS1
... Sb2NrLUhvc3BpdGFsLUZvdW5kYXRpb24vQ29udGFjdC1DYXN0bGUtUm9jay1Ib3NwaXRhbC1Gb3VuZGF0aW9u
... LwAFX3NlbGYRQ29udGFjdCBVc2QCAQ9kFgJmDxUEIS9DUkgvQWJvdXQtVXMvVTwlzc2lvbi1hbmQtVmFsdWVzL
... wAFX3NlbGYUTWlzc2lvbiAmYW1wOyBWYWx1ZXNkAgIPZBYCZg8VBBovQlJIL0Fib3V0LVVzL09t1cilMZWFkZX
... JzLwAFX3NlbGYKTGVhZGVyc2hpcGQCAw9kFgJmDxUEIC9DUkgvQWJvdXQtVXMvQXdhcmRzLWFuZC1Ib25vcnM
... vAAVfc2VsZhlBd2FyZHMgJmFtcDsgUm9jb2duaXRpb25ZAIED2QWAmYPFQQRL0NlbnRlcmEtQ29ubmVjdG
... BV9zZWxmD0NlbnRlcmEgQ29ubmVjdGGQCBQ9kFgJmDxUEIy9Sb2FkbWFwLXRvLXRoZS1GdXR1cmUtSGVhbHRHOL
... UNhcmUvAAVfc2VsZiRSb2FkbWFwIHRvIHRoZSBGdXR1cmUgb2YgSGVhbHRoIENhcmVkAgYPZBYCZg8VBCMvQl
... JIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHJ5L5LwAFX3NlbGYWTWlzc2lvbiAmYW1wOyBNaW5pc3RyeWQ
... CAQ9kFgJmDw8WBB8CZx8DAgtkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMy1I+
... ZAIDD2QWFmYPZBYCZg8VBDMvQlJIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHJ5L5L0Fza2luZy1mb3ItS
... GVscC8ABV9zZWxmD0Fza2luZyBmb3IgSGVscGQCAQ9kFgJmDxUELi9DUkgvQWJvdXQtVXMvVTwlzc2lvbi1hbm
... QtTWluaXN0cnkvQ2hhcGxhaW5W5jeS8ABV9zZWxmCkNoYXBsYWluY3l1kAgIPZBYCZg8VBEgvQlJIL0Fib3V0LVV
... zL01pc3Npb24tYW5kLU1pbmlzdHJ5L5L0FNvbWWl1bml0eS1hbmQtQ0F0aVdudC1CYXNlZC1NaXNzaW9ucy8ABV9z
... ZWxmZENvbW1l1bml0eSBhbmQgUGF0aWVudC1CCYXNlZCBNaXNzaW9ucy9kAgMPZBYCZg8VBHdvByYW1wOyYWdQtV
... XMvTWlzc2lvbi1hbmQtTWluaXN0cnkvRWl1dGlvbnFsLWFuZC1TcGlyaHVhbC1CZXNNvdXJjZXMvAAVfc2VsZi1
... BFbW90aW9uYWwgYW5kIFNwaXJpdHVhbCBSZXNvdXJjZXNkAgQPZBYCZg8VHENS9DUkgvQWJvdXQtVXMvTWlzc2l
... vbi1hbmQtTWluaXN0cnkvRW1vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmVzb3VyY2VzL0VwbG95ZWUtQXNzaXN0YW
... 5jZS1Qcm9ncmFtcy8ABV9zZWxmUEVtcGxveWVlIEFzc2lzdGFuY2UgUHJvZ3JhbXNkAgUPZBYCZg8VKEhvByYW1wO
... YWdQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvRW1vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmVzb3VyY2VzL0Nhc3Rs
... ZS1Sb2NrLUhvc3BpdGFsLVNwaXJpdHVhbC1DYXJlLwAFX3NlbGYaU3Bpcml0dWFsIENhcmUgYXQgQ2FzdGxlIFJvY2s
... gSG9zcGl0YWxkAgYPZBYCZg8VMC9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvRW1vdGlvbmFsLWFuZ
... C1TcGlyaXR1YWwtUmVzb3VyY2VzL0dyaWVmLWFuZC1CZXJlYXZlbWVudC1TdXBwb3J0LwAFX3NlbGYUR3JpZWYgYW5k
... IEJlcmVhdmVtZW50IFN1cHBvcnRkAgcPZBYCZg8VLE9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvQ2hh
... cGxhaW5jeS9IbHAtYW5kLUVtb3Rpb25hbC1TdXBwb3J0LwAFX3NlbGYQSGVscCBhbmQgRW1vdGlvbmFsIFN1cHBvcnRk
... AgcPZBYCZg8VLE9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvQ2hhcGxhaW5jeS9QcmF5ZXItU3VwcG9yd
... C8ABV9zZWxmD1ByYXllciBTdXBwb3J0ZAIID2QWAmYPZBYCZg8VJENS9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWlua
... XN0cnkvQ2hhcGxhaW5jeS9PdXItQ2hhcGxhaW5zLwAFX3NlbGYOT3VyIENoYXBsYWluc2QCAw9kFgJmDxUmL0NSSC9BYm9
... 1dC1Vcy9NaXNzaW9uLWFuZC1NaW5pc3RyeS9DaGFwbGFpbmN5L0ludGVyZmFpdGgtU3Bpcm10dWFsaXR5LwAFX3NlbGYNS
... W50ZXJmYWl0aCBTcGlyaXR1YWxpdHlkAgQPZBYCZg8VJENS9DUkgvQWJvdXQtVXMvTWlzc2lvbi1hbmQtTWluaXN0cnkvQ
... 2hhcGxhaW5jeS9QdXJwb3NlLU9mLUNoYXBsYWluY3kvAAVfc2VsZhRQdXJwb3NlIG9mIENoYXBsYWluY3lkAgUPZBYCZg8V
... IElZWFsaW5nLUFydGhyaXRpcy8ABV9zZWxmDkhlYWxpbmcgQXJ0aHJpdGlzZAIGD2QWAmYPFQQRL0NlbnRlcmEtQ29ubmV
... jdC1UdW1vcnNvdGhlcmFweQ9kFgJmDxUEIS9DUkgvQ29ubmVjdC1DYXN0bGUtUm9jay1Ib3NwaXRhbC1Gb3VuZGF0aW9uLw

49128...

JIL05F3mVQ29cbWnaXR5Eu51aDMVVHlKZN9z1aWFX3NlbGVtQ29FoXVUdRR5Ib51dSMgVmrkZW9zZAIED2Q
WBGYFPQQaL0hlYWx0aC1hbmQtV2VsbG5lc3MtQ1JBSC8ABV9zZWxmFUhlYWx0aCamYW1wOyBXZWxvbmVsc2QC
AQ9kFgJmDw8WBB8CZx8DAgpkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWFGYPZBYCZg8VBBlodHRwczovL3d3dy5jYWZld2VbSc5jb20vAAVfc2V3aGJ1DYWbDqVdlbGxkAgEPZ
BYEZg8VBBEvQ3JlYXRpb24tSGVhbHRoLwAFX3NlbGYPQlJFQVRJT04gSGVhbHRoZAIBD2QWAmYPDxYEHwJnHw
MCCGQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYQZg9kFgJmDxUEMC9DUkg
vSGVhbHRoLWFuZC1XZWxsbmVzcy9DcmVhdGlvbi1IZWFsdGgvQ2hvaWNlLwAFX3NlbGYGQ2hvaWNlZAIBD2QW
AmYPFQQuL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0NyZWF0aW9uLUhlYWx0aC9SZXN0LwAFX3NlbGYEUmVzd
GQCAg9kFgJmDxUENS9DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9DcmVhdGlvbi1IZWFsdGgvRW52aXJvbm1lbn
QvAAVfc2VsZgtFbnZppcm9ubWVudGQCAw9kFgJmDxUEMi9DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9DcmVhdG1
vbi1IZWFsdGgvQWN0aXZpdHkvAAVfc2VsZghBY3Rpdml0eWQCBA9kFgJmDxUELy9DUkgvSGVhbHRoLWFuZC1X
ZWxsbmVzcy9DcmVhdGlvbi1IZWFsdGgvVHJlc3QvAAVfc2VsZgVUcnVzdGQCBQ9kFgJmDxUERS9DUkgvSGVhb
HRoLWFuZC1XZWxsbmVzcy9DcmVhdGlvbi1IZWFsdGgvSW50ZXJwZXJzb25hbC1SZWxhdGlvbnNoaXBzLWFX3
NlbGYbSW50ZXJwZXJzb25hbCBSZWxhdGlvbnNoaXBzZAIGD2QWAmYPFQQxL0NSSC9IZWFsdGgtYW5kLVdlbGx
uZXNzL0NyZWF0aW9uLUhlYWx0aC9PdXRSb29rLwAFX3NlbGYHT3V0bG9va2QCBw9kFgJmDxUENi9DUkgvSGVh
bHRoLWFuZC1XZWxsbmVzcy9DcmVhdGlvbi1IZWFsdGgvTnV0cml0aW9uLwAFX3NlbGYJTnV0cml0aW9uZ
AICD2QWBGYPFQPQL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0NyZWF0aW9uLUhlYWx0aC9zc2xpZGUXRnUzAIBD2
QWAmYPDxYEHwJnHwMCCA2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYGZg9
kFgJmDxUELC9DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9GaXRuZXNzL0zyZWUtQ3l1bGUvAAVfc2VsZgpGcmVl
IEN5Y2xlZAIBD2QWAmYPFQQ3L0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL0NyZWF0aW9uLUhlYWx0aC9tYW5rcWlra
W5nLUdyb3VwLwAFX3NlbGYBNlbRhaW4gZmlraW5nIEdyb3VwZAIBD2QWAmYPFQQVL0NSSC9IZWFsdGgtY
5kLVdlbGxuZXNzL0NyZWF0aW9uLUhlYWx0aC9VbmJ1cy1UZWFtcy8ABV9zZWxmDVtUJnVvem1lcl1bbW9uLUUz
VBBAvSGVhbHRoLUxpYnJhcnkvAAVfc2VsZg5TGlicmFyeWVQCAQ9kFgJmDw8WBB8CZx8DAgFkFgJm
D2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWAmYPZBYCZg8VBA0vRWJvbGEtVmlydDxMvAAVfc2VsZhdFYm9sYSBSYWJ1cyBjeBJbmZvcm1hdGlvbmQCB
A9kFgJmDxUEEC9IZWFsdGgh5LUhhYml0cy9y8ABV9zZWxmDkhlYWx0aCBhYmVhIkYWJ1YW0IZWFsdGgbGxkAgEPZB
lhZZ25zLl4Wt4b2YtRWF0aW9u-tZXSBjbHBHBkAgEPZBYZGVBBIlVTWFubmEtUmVhdGgWDyS9SBmZyZWx
mEE1hbm5hIFJlc3RhdGhJhbnRkAgEPZBYZCg8PFgQfAmcfAwICBBAWAh4CZg8kFgQCQ8Ah8BRc8dWwgY2xhc3M9
Im5hd19aWVvyLTMiPmQCAw9kFgYyZg9kFgJmFPFQQ1L0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL05bm5oaUJsdQ
3RhdXJhbnQvQvTWFubmEtmTmV3cy8ABV9zZWxmDkJhbm5hLU5ld3NkAgEPZBYGZg9kFgJmDxUEMC9DUkgvSGVhbHRoLWFuZC1
QtV2VsbGc5lc3MvTWFubmEtUmVzdGF1cmFudC9BYm91dC9GlcmFudC9BYm91dC8ABV9zZWxmDkFib3V0IENoZW1pc3R5
uZAICD2QWAmYPFQQ+
L0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL01lbm5hLVJlc3RhdHJhbnQvUmVjaXBlcy1lS1DaGVmLURhbmbi8AB
V9zZWxmElJlY2lwZXMgYnkgQ2hlZiBEYW5SbAgPZBYCVvU2VcluZ9YWYt5W5mb3JtYXRpb24kFjb24XAAVfc2Vsbm
VsZhRTHRZWFzb25hbCBjBmZvcm110hdGlvbmQCAQ9kFgJmDw8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCB
jbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWAmYPZBYCZg8VBCkvQ3JlL0hlYWx0aC1hbmQtV2VsbG5lc3MvMvRmx1LUluZm9ybWF0aW9uLWFX3Nlb
GYPRmx1IEluZm9ybWF0aW9uZAIBD2QWAmYPFQQtL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL051dHJpdGlvbi
1HYXJkZW4tby5RWF0b2YtRWF0aW9uL1HZUghBY3Rpdml0eS9mOTKxkAgEPZBYGZg9
PFgQfAmcfAwIfBZYCQ8QA8WAh8BABRc8dWwgY2xhc3M9Im5hdGVyLTMiPmQCAw9kFgYyZg9kFgJmDxUEMC9DUkgvSGV
FQRDL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL051dHJpdGlvbi1HYXJkZW4tby5RWF0aC9BdW9sLVdvcmtzaG9wL
WNpcGVzLWJhdHRFZbG8SBSZWxmBHcHBklcHVzaXRpb24kFgYyZg9kFgJmDxUENS9DUkgvSGVhbHRoLWFuZC1XZWxs
bmVzcy9OdXRyaXRpb24tR2FyZGVuLW9mLUVhdGlvbi9NdXRyaXRpb24tRXJjaXNlLmVudmlyb25tZWxsbmNvbnNl
NzL1dlbGxuZXNzL1VudmdvW5jaGWAAVfc2VzbkZhIFdpZWxsbmNvbnNlbXVyLl11bmlYW9zZA5lLm9zZAY2
NzL1dlbGxuZXNzL1VudmdvW5jaWFvc4WAAVfc2VzhBXWXxsbmVzcyBDb3VuVGlzGWFIDFQWGBYPFQQP0NSSC9IPo21
lL05ld3MvAAVfc2VsZgRDXdzZAIBD2QWAmYPDxYEHwJnHwMCA2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNz
PSJuYXYtdGllci0yIj5kAgMPZBYGZg9kFgJmDxUEEi9DUkgvTmV3cy9PbGV2XR1LwAFX3NlbGYHRWxldmF0Z
WQCAQ9kFgJmDxUEHS9DUkgvTmV3cy9LZXktTWVkaWEtQ29udGF5dHMvAAVfc2Vzg1Db3IgGllCEllZGlhZA
ICD2QWAmYPFQQgL0NSSC9OZXdzL0NvbW11bmc1eS10ZXdzLWZpYW9ydZWxmFUNvbW11bml0eSBOZWx
zIFZpZGVvc2QCBQ9kFgYCAg8UKwACDxYEHwJnHwMCCWRkFhJmD2QWAgIDDxYCHwAFFNzxhIGhyZWY9aHR0cDov
L3d3dy5jZW50dXJhLm9yZy9ob2211Lz5DZW50dXdlIEhlYWx0a0wDwVYT5kAgEPZBYEAgEPFgIeB1Zpc21ibGVoZ
AIDDxYCHwAFTTxhIGhyZWY9aHR0cDovL3d3dy5hdml2dGdlF0b3NwaXRhbC5vcmcvaXZOL2hvbWUvPkF2aXN0b0YS
BBZHZlbnRpc3QgSG9zcGl0YWw8L2E+
ZAICD2QWBAIBDxYCHwVoZAIDDxYCHwAFVjxhIGhyZWY9aHR0cDovL3d3dy5ib2J3aWxzb25ob3NwaXRhbC5vcv
mc+Qm9iIFdpbHNvbiBNZW1vcmlhbCBCHcmFudCBDb3VudHkgSG9zcGl0YWw8L2E+
ZAIDD2QWBAIBDxYCHwVoZAIDDxYCHwAFTDxhIGhyZWY9aHR0cDovL3d3dy5jYXN0bGVyb2NraGGvcGl0YWwub3
3JnPkNhc3RsbZSBb2NrIEFkdmVudGlzdCBCb3NwaXRhbDwvYT5kAgQPZBYEAgEPFgIfBWhkAgMPFgIfAAVLPG
EgaHJlZj1odHRwOi8vd3d3Lm15bGdld0p/uaG9zcGl0YWwub3JnPkxpZBmZyZWGlbnRpc3QgSG9zcGl0YWw8L2E+
zcGl0YWw8L2E+
ZAIFD2QWBAIBDxYCHwVoZAIDDxYCHwAFPThxIGhyZWY9aHR0cDovL3d3dy5sdWWhjYXJlLy5vcmcvPkxvbWtkdb
250IFVuaXXRlZCBIb3NwaXRhbDwvYT5kAgYPZBYEAgEPFgIfBWhkAgMPFgIfAAVFPGEgaHJlZj1odHRwOi8vd3
d3Lm11cmN5HVyYW5hby9vcmc+TWVyY3kgUmVnaW9uYWwgTWVkaWNhbCBDZW50ZXI8L2E+
ZAIHD2QWBAIBDxYCHwVoZAIDDxYCHwAFPznxIGhyZWY9aHR0cDovL3d3dy5vcmNob2NQNbVbG9ycCTWVwLm9yZ3Pc
nRob0NvbG9yVWRvIEhvc3BpdGFsPkZpbmRhIEhvc3BpdGFsPkPQCA9kFgGQCACQ8WAh8FaGQCAw8WAh8ABUM8YSBocmVmPWh0d0A6Ly
93d3cucGFya2VyaHBzG8Vwwub3JnPlBhcmtlciBBZHZlbnRpc3Qgc2Vgcl9l0YW8L2E+
ZAIEDxQrAAIPFgQfAmcfAwIIZGQWEYPZBYCAgEPFgIfAAVPPGEgaHJlZj1odHRwOi8vd3d3LlnBlbnJvbVvvcl2Zd
GZyYW5jZXJhMub3JnPlBlbnJvc2UtU3QuIEZyYW5jaXMgSGVhbHRoIFNlcnZpY2VzPjPmPmQCAQ9kFgYICAQ8WAh
8ABUM8YSBocmVmPWh0d0A6Ly93d3cucG9ydGVyaG9zcGl0YWwub3JnPlBvcnRlciBBZHZlbnRpc3QgSG9zcGl0
0YWw8L2E+
ZAICD2QWAgIBDxYCHwAFPThxIGhyZWY9aHR0cDovL3d3dy5zdGGFudGhvbnlob3Nob3NwaXRhbGNsaW5jLm9yZS5TdC4gQW50aG9ue

49128... SBI3dWaxRhlbDwVYt5xAgMPzByCkGEFgYgTfAAvVPGEgady1zyloaHRwol8wBSd3lbNDVVb9aE9ueW5vcnRoaG
... VhbHRoY2TcHVzLm9yYzz5TdC4gQW50aG9ueSBOb3J0aCBIZWFsdGggggQ2fcHVzPC9hPmQCBA9kFgICAQ8WAh8
... ABVA8YSBocmVmPWh0dHA6Ly93d3cuc3VtbWl0bWVkaWNhbGNlbnRlci5vcmc+
... U3QuIEFudGhvbnkgU3VtbWl0IE11ZGljYWwgQ2VudGVyPC9hPmQCBQ9kFgICAQ8WAh8ABUY8YSBocmVmPWh0d
... HA6Ly93d3cuc3RtYXJ5X29yd2l1uLm9yZz5TdC4gTWFyeSlDb3J3aW4gTWVkaWNhbCBDZW50ZXI8L2E+
... ZAIGD2QWAgIBDxYCHwAFQTxhIGhyZWY9aHR0cDovL3d3dy5zdGNhdGhlcmluZWhvc3Aub3JnPlN0LiBjYXRoZ
... XJpbmUgSG9zcGl0YWw8L2E+
... ZAIHD2QWAgIBDxYCHwAFRTxhIGhyZWY9aHR0cDovL3d3dy5zdGJob3NwaXRhbHRhbmWUvPlN0L
... iBUaG9tYXMgTW9yZSBIb3NwaXRhbDwvYT5kAgYPDxYCHwVnZGQCBQ9kFgRmDw8WAh8EBVkvdXBsb2FkZWRjbW
... FnZXMvY2FzdGxlcm9ja29hdc3BpdGFsL0NvbnRlbnQvQ1JIL0NvbmZpZ3VyYXRpb24vQ2FzdGxlIFJvY2stQWR
... 2LUhvc3AtV2ViLnBuZ2RkAgEPFCsAAg8WBB8CZx8DAgZkZBYCZg9kFgwCAQ9kFgRmDcXUFFUNSSC9Ib21lL1Nw
... ZWNpYWx0aWVzLw9kcm9wZG93bil0b2dubGUIZHJvcGRvd24LU3BlY21hbHRpZXMVPGIgY2xhc3M9ImNhcmV0Ij
... j48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwIMZGQWAmYPZBYYAgEPZBYCZg8VAhAvVGhlLUJpcnRoUGxhY2VlUIRoZSBCaXJ0a
... FBsYWN1ZAICD2QWAmYPFQI3L0NSSC9TcGVjaWFsdGllcy9UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLWF0LUNhc3
... RsZSlSb2NrLyVUaGUgQnJlYXN0IENhcmUgQ2VudGVyIGF0IENhc3RsZSBSb2NrZAIDD2QWAmYPFQIhL0NSSC9
... TcGVjaWFsdGllcy9DYW5jZXItT25jb2xvZ3kvD0NhbmNlci9PbmNvbG9neWQCBA9kFgJmDxUCIi9DUkgvU3Bl
... Y2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9Q2FyZGlhYylTZXJ2aWNlc2QCBQ9kFgJmDxUCHy9DUkgvU3BlY
... 2lhbHRpZXMvRGlhYmV0ZXMtQ2FyZS9REGlhYmV0ZXMgQ2FyZWQCBg9kFgJmDxUCI9DUkgvU3BlY2lhbHRpZX
... MvRWllcmdlbmN5LUNhcmUvBvtZXJnZW5jeSBDYXJlZAIHD2QWAmYPFQISL0dhc3Ryb2VudGVyb2xvZ3kvZ2kvkd
... JL0NvbG9ub3Njb3B5Lv0hZ2Fpbm9zdGljc2QIID2QWAmYPFQIhL0NSSC9TcGVjaWFsdGllcy9NZWRpY2FsLUltYWdpbmcvD0l1ZGlj
... YWwgSW1hZ2luZ2QCCQ9kFgJmDxUCLC9DUkgvU3BlY2lhbHRpZXMvTmV1cm9zdXJnZXJ5L5WFuZC1OZXVyb3Nn
... BlZGljY8LT3J0aG9wZWRpY3NkNgsPZBYCZg8VAhAvVUmVoYWJpdGF0aW9uLW5lZC1SLWF1dZC1OZXVyb3NpaZAI
... MD2QWAmYPFQIXL1NsZWVwLURpc29yZGVyLUN1bnRlci18OU2x1ZXAgRGlzb3JkZXJpZPZBYEZg8VBRpGb3It
... UGF0aWVudHMtYW5kLUZhbWVsaWVzLVzLw9zdy1kcm9wZG93bil0b2dubGUIZHJvcGRvd24bRm9yIFBhdGllbnRzICZhb
... XA7IEzhbWlsaWVVzrFTxiIGNsYXNzPSJjYXJldCI+
... PC9iPmQCAQ8UKwACDxYCEHwJnHwMCEmRkFgJmD2QWJAIBD2QWAmYPFQINLyNQcmVSZWdnNb2RhbBhQYXRpZW50I
... FByZS1SZWdpc3RyYXRpb25kLfgAgIPZBYCZg8VAiAvVQmlsbGluZy1hbmQtRmluYW5jaWFsLVNlcnZpcn2VzLyBCaW
... xsaW5nIC2hbXA7IEEzpbmFuY2lhbhC2Vydmlj2VzZAICD2QWAgMYPQXB2UCIy9Gb3ItUGF0aWVudHMtYW5kLUZhbWl
... saWVzL1ByaWNwbmcvBlByaWNpbmDkAgQPZBYCZg8VAhwvVXVhbG0eOeSlTZXJ2aWNlLWFuZC1TYWZldHkvHVF1
... YWxpbGHksIFNlcnZpY2UgJmFtcDsgU2FmZXR5ZAIFD2QWAgMYPFQIUL0FkdmFuY2Utvd6Gd5gYXN0aGdXR2YY8SQWR2Y
... W5jZSBEaXJlY3RpdmVzZAIGD2QWAmYPFQIWL0LnbnRlcmEtSGVhbHRoLUxJTkttTLxRDZW50dXJhIEhlYWx0aC
... BMSU5LU2QCBw9kFgJmDxUCES9NeUNlbnRlmRTfLcmFIZWFsdGgvD015Q2VudHVyYUhlYWx0aGQCCA9kFgJmDxUCES9
... NZWRpY2FsLVJlY29yZHMvD0l1ZGljYWwgUmVjb3JkczZCQcCQ9kFgJmDxUCLS9QYXRpZW50LUJpbGwtb2YtUmln
... aHRzLWFuZC1SZXNwb25zaWJpbGl0aWVzLy1QYXRpZW50IEJpbGwgb2YgUmlnaHRzIIClZhbXA7IFJlc3BvbnNpY
... mlsaXRpZXNkAgoPZBYCZg8VAi0vRm9yLUHlbHRoL1bnRzLWFuZC1GYW1pbGllcy9Qcml2YWN5LVByYWN0aWNlcy
... 8RUHJpdmFjeSBQcmFjdGljlyZXNkAgsPZBYCZg8VAh0vQ29ubmVjdjC1mb3ItSGVhbHRoLUNvbG9yYWRvLxtDb25
... uZWN0IGZvci1BIZWFsdGggQ29sb3JhZG9kAgwPZBYCZg8VAi8vQlJIL02vci1QYXRpZW50cy1hbmQtRmFtaWxp
... ZXMvR2V0V2VsbC10ZXR3b3JrL27WHZXRXZWxsIE51dHdvcmtkAgEPZBYCZg8VAkEvQ1JIL02vci1QYXRpcZW50c
... y1hbmQtRmFtaWxpZXMvSG9tZS1DYXJlLWFuZC1Ib3NwaWNlLUVuZC1vZ11MaWZlLyNIb21lIENhcmUgJmFtcD
... sgSG9zcGljJzS1FbmQgb2YgTGlmZWQCDg9kFgJmDxUCMi9DUkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9
... Ib3NwaXRhbC1BbWVuaxRpZXMvEkhvc3BpdGFsIEFtZW5pdGllc2QCDw9kFgJmDxUCES9Ib3RlbC1EaXNjb3Vu
... dHMvD0hvdGVsIERpc2NvdW50c2QCEA9kFgJmDxUCMy9DUkgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Ib
... 3NwaXRhbGlzdC1Qcm9ncmFtLxNIb3NwaXRhbGlzdCBQcm9ncmFtZAIRD2QWAmYPFQITL1BhdGllbnQtUmVzb3
... VyY2VzLxFQYXRpZW50IFJlc291cmNlc2QCEg9kFgJmDxUCTWh0dHBzOi8vd3d3Lml0omlhZ2VoZWFsdGdguY29
... tL2Zy2lsaXR5L2Nhc3RsZS1yb2NrLWFkdmVudGlzdClob3NwaXRhbC0zMzM2MjUzGVRlbGwgVXMgWW91JiMz
... OTtyZSBDb21pbmdkAgMPZBYEZg8VBRJDUkgvSG9tZS9BYm91dC1Vcy9PZHJvcGRvd24tdG9nZ2xlCGRyb3Bkb
... 3duCEFib3V0IFYzFTxiIGNsYXNzPSJjYXJldCI+
... PC9iPmQCAQ8UKwACDxYEHwJnHwMCCGRkFgJmD2QWEAIBD2QWAmYPFQIuL0NSSC9BYm91dC1Vcy9DYXN0bGUtU
... m9jay1Ib3NwaXRhbC1Gb3VuZGF0aW9uLx9DYXN0bGUgUm9jayBIb3NwaXRhbCBGb3VuZGF0aW9uZAICD2QWAm
... YPFQIhL0NSSC9BYm91dC1Vcy9NaXNzaW9uLWFuZC1WYWx1ZXMvFElpc3Npb24gJmFtcDsgVmFsdWVzZAIDD2Q
... WAmYPFQIaL0NSSC9BYm91dC1Vcy9PdXItTGVhZGVycy9KTGVhZGVyc2hpcGQCBA9kFgJmDxUCIC9DUkgvQWJv
... dXQtVXMvQXdhcmRzLWFuZC1Ib25vcnMvGUF3YXJkcyAmYW1wOyBSZWNvZ25pdGlvbnNkAgUPZBYCZg8VAhEy2
... 2VudHVyYS1Db25uZWN0LW9DZXJhIENvbm5lY3RkRkYpZBYCZg8VAiMvUm9hZG1hcHMLQtH8hcmtlcmk9cEtRnV0dX
... JlLUhlYWx0aC1DYXJlLyRSb2FkbWFwIHRvIHRoZSBGdXR1cmUgb2YgSGVhbHRoIENhcmVkAgcPZBYCZg8VAim
... vQlJIL0Fib3V0LVVzL01pc3Npb24tYW5kLU1pbmlzdHHJ5LxZNaXNzaW9uIChbXA7IE1pbmlzdHHJ5ZAIID2QW
... AmYPFQIaL0NSSC9BYm91dC1Vcy9PdXItU3BvbnNvci8LT3VyIFNwb25zb3JkAgQPZBYEZg8VBRZDb21tdW5pd
... Hkt2ZFzdGxlLVJvY2svD2Ryb3Bkb3duLWZ1ZmdsZHhkcm9wZG93bnglDb21tdW5pdHkVPGIgY2xhc3M9ImNhcm
... V0Ij48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwIJZGQWAmYPZBYSAgEPZBYCZg8VAk9odHRwczovL3JlZy5hYmNmZWdudWudXAuY29t1
... 3ZpZXcvdmlld1l9tb250aC5jYSXlyBc3Bc4P2FzPTI4JmFtcDt3cD0xMjUmYW1wO2FpZD1DRU5UVVJBFEV2ZW50cyAmYW
... lwOyBDbGFzc2VyZAICD2QWAmYPFQIgL0NSSC9Db21tdW5pdHkvQ29tbXVuaXR5LUdhcmRlblbi8QQ29tbXVuaXR
... 5IEdhcmRlbbmQCAw9kFgJmDxUCHC9DUkgvQ29tbXVuaXR5L1ZvbHVudGVlcmluZy8MVm9sdW50ZWVyaW5nN2AIE
... D2QWAmYPFQIiL0NSSC9Db21tdW5pdHkvUGFyddG51cnMtaW4tSGVhbHRoLxJQYXJ0bmVycyBpbiBIZWFsdGhkA
... gUPZBYCZg8VAhwvQ1JIL0NvbWl1bml0eS9IZWFsaW5nLUFydHMvDEhlYWxpbmcgQXJ0c2QCBg9kFgJmDxUCES
... 9Ib3RlbClEaXNjb3VudHMvD0hvdGVsIERpc2NvdW50c2QCBw9kFgJmDxUCNy9Db21tdW5pdHkvbeRzLL1RlbXBsYXR
... lcy9TZWN1cmVVGb3JtLFzcHg/

49128... ZWthmU9mTA3M2c0MzM3oDTRQ29tXwWkKUR3iFhTonH5CUHKRxggPZBYCZg8VAiEVQ1JIL05lL0HW0vw11bml0eS9Db 21tdW5pdHktQmVuZWZpdC8RQ29tbXVuaXR5IElJbmVmaXRXRxAgkPZBYCZg8VAiAvQ1JIL05ld3MvQ29tbXVuaX R5LU5ld3MtVmlkZW9zLxVDb21tdW5pdHkgTmV3cyBWaWRlb3NkAgUPZBYEZg8VBRlIZWFsdGGgtYW5kLVdlbGx uZXNzLUNSQUgvD2Ryb3Bkb3duLXRvV22dsZQhkcm9wZG93bhVIZWFsdGggJmFtcDsgV2VsbG5lc3MVPGIgY2xh c3M9ImNhcmV0I j48L2I+

ZAIBDxQrAAIPFgQfAmcfAwIKZGQWAmYPZBYGAgEPZBYCZg8VAhlodHRwczovL3d3dy5jYWZ1d2Vsc2xjb20vC UNhZsOpV2VsbGQCAg9kFgJmDxUCES9DcmVhdGlvbiIZWFsdGgvD0NSRUFUSU9OIEhlYWx0aGQCAw9kFgJmDx UCIS9DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9GaXRuZXNzLwdGaXRuZXNzZAIED2QWAmYPFQIQL0hlYWx0aC1 MaWJyYXJ5L5w5IZWFsdGGgTGlicmFyeWQCBQ9kFgJmDxUCEC9IZWFsdGh5LUhhYml0cy8OSGVhbHRoeSBIYWJp dHNkAgYPZBYCZg8VAg0vaVRyaWFnZS1BcHAvC2lUcmlhZ2UgQXBwZAIHD2QWAmYPFQISL01hbm5hLLVJlc3Rhd XJhbnQvEEl1bbm5hIFJlc3RhdXJhbnRkAggPZBYCZg8VAhYvU2Vhc29uYWwtSW5hcnNbb24vFFNlYXNvbm FsIEluZm9ybWF0aW9uZAIJD2QWAmYPFQIzL0NSSC9IZWFsdGgtYW5kLVdlbGxuZXNzL051dHJpdGlvbil1HYXJ kZW4tb2YtRWF0aW4vHk5ldHJpdGlvbi1HYXJkZW4gb2YgRWF0aW4tZm5O2QCCg9kFgJmDxUCKi9DUkgvSGVh bHRoLWFuZC1XZWxsbmVzcy9XZWxsbmVzcy1Db3VuY2lsSLxBXZWxsbmVzcyBDb3VuY2lsZAILD2QWAmYPFQUOQ 1JIL0hvbWUvTmV3cy8PZHJvcGRvd24tdG9nZ2xlCGRyb3Bkb3duBE5ld3MVPGIgY2xhc3M9ImNhcmV0I j48L2 I+

ZAIBDxQrAAIPFgQfAmcfAwIDZGQWAmYPZBYGAgEPZBYCZg8VAhlvQ1JIL05ld3MvRWxldmF0ZS8HRWxldmF0 WQCAg9kFgJmDxUCHS9DUkgvTmV3cy9yLZXktTWVkaWEtQ29udGFjdHMvDUZvciBoaGUgTWVkaWFkaGMPZBYCZg 8VAiAvQ1JIL05ld3MvQ29tbXVuaXR5LU51d3MtVmlkZW9zLxVDb21tdW5pdHkgTmV3cyBWaWRlb3NkAgYPZBYE Zg8VAiVDb3JwY9kFgRmDxQWAgIDD2QWAmYPZBYCAgEPFgIeBWNsYXNzBRRkcm9wem9uZSBQQkNsZWFyZAIBD2QW AgIBD2QWAmYPZBYCAgEPZBYCAgEPFgIfAwIBFgJmD2QWBmYPFQIAAgQCAQ8WAh8FaGQCAw8WAh8DAgEWAmYPZ BYCAgEPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD2QWCAICD2QWAmYPDxYCHw VnZBYEAgEPFgIfAwIBFgJmD2QWBAIBDxYEHwYFC2l0ZW0gYWN0aXZlHwYFZm9yZmDxUCAAVfc2VsZmQCAg8PFgQ fBAVPL3VwbG9hZHMlVGh6ZVzL2Nhc3RsZS1oYW5kLXRvb3NkYWxlIB5aGRlZlbXVvL3NEV50L0N6SS9C9IebIrl11cs cy9DYXN0bGVSb2NrLWxnbLwWxnLmpwZx4NQWx0ZXJuYXRlVGV4dAUeQ2FzdGxlIFJvY2sgQGVR2W50IE9wZW4taG cyBpZ8QCAw8WAh8FaFyZCg8VAQLpBgMPZBYCZg9kFglpbm5lbmRlbnQIY2H5p20iZmQCAg9dfWxsdmVzZHXwVwm2 2NlbWVuudC5sb2NhdGlvbi1zb2VnMVPFcvQ1JIL05eZ8WYPZBYEZg8VAhbFRoUEHVX1dwYFZBFsdmVzZG9nT0lEbXHYVE OWChW4A9V6ZQ9Qb3N0KyImP jaygnyY3Rs5wp+2VstK2Z2wRXpEllwzKI+wJ2v1IEEbQ8Vh8VCHwFYPEHWZGVvUXW7YkTF/

bGw9MzkuNDA0NzMwSwtMTA0Ljg4NjY4NDAmYW1wO3o9MTAmYW1wO291dHB1dD1lbBWJlZGQCAw8WAh8AEaHJlZ gVeL0NvbXBvbmVudHMvVGvtcGxhdGVzL0RpcmVjdGl2ecEsvbnNuMwYXNweD9lbmRuMwYRHZGRyZXNzZPTIzNTAgTWY3G93Cy BCb3VsZXVhcmQ2SUENhc3RsZSBSb2NrIENDBTyA4MDEcwZWWQCCA8WAh8DAgMWBgIBD2QWAmYPFQQcL0NSSC9Db21 tdW5pdHkvVm9sdW50ZWVyaW5nIFF1ZXV0ZVzaW5uUkVlnCcvfc2VsZglWb2x1bnRlcRXIJVm9sdW50ZWVyZAICD2QWAmYPFQQaL0NSSC9I b21lL0NvbnRhY3Q1XtMtQ29udGFjdCBDbcdvYUYd210aENvbtcVJVXaBU10dHRwczovL3d3dy5jYWZ1d2VsbG5hc mVlcnMtY29udGFjdC1saWRhcnkuxbmRlbn8W1cGVYY19eLh9YXJrb2424XQ2FyZWVyc2U7TAUUQ2FyU2X2AIFD2QWAmY PZBYEZg9kFgICAw9kFgJmD2QWAgIETY3lWFFEGRyb3Bb6b25lFIFBCQ2xlYXJkAgAgEPZBYCAgEPZBYCZg9kFgICA Q8WAh8GBQQgcm93FgICA8WAh8DAgYWDGYPZBYGZg8VAgAAgAZAIBDxYCHwVoZAIDDxYCHwMCAhZCZg9kFgICAQ 9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgFgIACA mDxUBjwFdGdWwMF9YkFYPZBYCZg9kFgICZg8VAg0GAw9kFgJmD2QWCA1m1391eENvbHVtbktbpc3BsYXlfIm1YkYPZB65 dxhDb250cm9sQ29sdWluZmdGVIcxLuNlbmDaWX3V4V21kZ2V2 3rlZg8VAm10DrEfWXQVWmVaMPdCdXX0b25kAgEVEVka XRvc19VeENhbmNlbEFTdF8W0J1dHRvbmoQCAg8UKwIDBacBX19kb1Bvc3RCYWNrKcTNAdyMlCRDb250Zg8VUGxhY2 VIb2xkZXIRYb3Bab251MiR1eENvBHVtbkVtcCts0DYWDwYFZBFsdmVzZG9nT0lEbXHYYP4V21bxekZXIxE ERyb3B25lMiR1eENvBHVtbkVtcCts0BsBYXkkY3RsMDAkdXhDb250cm9zbjXhWWjuGGN0bDAWJHV 4V21kZ2V0SG9zdCROlpFdyIQZGRIdEhvc3Rfd2lkZ2V0Rw2V0V0lPZFdpZGdldEVkaXRvc1RFdG1kZ2V0GB YtblYYxxzTTtkQDDYW5jZWxkAgEPZBYCZg9VAgkyGY2xhc3M9Jyc AZAIBDxYCHWWvoZAIDDxYCHWMChYCZg9kFgICAQ9k FgJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgFgICA Q8WAh8GBQQgcm93FgICA8WAh8DAgYWDGYPZBYGZg8VAgAAgAZAIBDxYCHwVoZAIDDxYCHwMChYCZg9kFgICAQ 9kFgJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgFgICA mDxUBjwFdGVwMF9Ybb250L50UGxhY2VIb2xkZXIxX0Ryb3Bab25l3M1391eENvbHVtbktbpc3BsYXlfIm1YZWJ dxhDb250cm9zQ29sdWluZmdGVIcxLuNlbmDaWX3V4V2lkZ2V2 3rlZg8VAm10DrEfWXQVWmVaMPdCdXX0b25kAgEVEVka XRvc19VeENhbmNlbEFTdF8W0J1dHRvbmoQCAg8UKwIDBacBX19kb1Bvc3RCYWNrKcTNAdyMlCRDb250Zg8VUGxhY2 VIb2xkZXIRYb3Bab251MiR1eENvBHVtbkVtcCts0DYWDwYFZBFsdmVzZG9nT0lEbXHYYP4V21bxekZXIxE ERyb3B25lMiR1eENvBHVtbkVtcCts0BsBYXkkY3RsMDAkdXhDb250cm9zbjXhWWjuGGN0bDAWJHV 4V2lkZ2V0SG9zdCROlpFdyIQZGRIdEhvc3Rfd2lkZ2V0Rw2V0V0lPZFdpZGdldEVkaXRvc1RFdG1kZ2V0GB YtblYYxxzTTtkQDDYW5jZWxkAgEPZBYCZg9VAgkyGY2xhc3M9Jyc AZAIBDxYCHWWvoZAIDDxYCHWMChYCZg9kFgICA Q9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgFgICAQ9kFgJmD2QWAmYPZBYCZg9kFgFgIACA mDxUBjwFdGVwMF9Y kFYPZBYCZg9kFgICZg8VAg0GAw9kFgJmD2QWCA1m1391eENvbHVtbktbpc3BsYXlfIm1YkYPZB Db250ZW50UGxhY2VIb2xkZXIxX0Ryb3Bab251Ml91eENvBHVtbktbpc3BsYXlfIm1591eENvBHVtbktbpc3BsYXlfIm 4V2lkZ2V0bDAwX3V4V21kZ2V2V0SG9zdF91eENvBHVtbksxX0Ryb3Bab251MiR1eENvBHVtbkVtcCts0BsBYXkkY3RsMDAkdXhDb250cm9zbjX F8wX0Jl1dHRvbmQCAQ8UKwIDBacBX19kb1Bvc3RCYWNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3 Bab25lMiR1eENvbHVtbkRpc3BsYXkkY3RsMDlkdXhDb250cm9senm9zdW1uUGN0b0DAwJHV4V21kZ2V0SG9zdCR 1eFdpZGdldEhvc3Rfd2lkZ2V0V0JFdpZGdldEVkaXRvciRVeENhbmNlb2Vc3JycpO3JldHVybiBmYWxzZTtkBQZD YW5jZWxkAgEPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD2QWBAIBD xQrAAIPFgYfAmcfAwIDHwYVGgQWAmYPZBYEAgEPFgIfAAXhIGhyZWY9Ii9i9DZW50dXJhLXBLUhlYWx0aC1Qcm Vzcy1SZWxlYXNlY9TdC0tVmluY2VudC1lb3NwaXRhbHhbtQ2VudHVYYS1SlZWFsdGgtcUxbhi1OZXctSG9zcGl 0YWwtRm9yLUxha2U0Q291bnR5LyIgPjx0aWl1IGRhdGgV0V0llPSI4LZmwLzZIwMTYgMTI6MDA6MDAgQU0iPkFl ZyAzMCwgMjAxNjwvdG1tZ4T48L2E+

ZAIDDxYCHWAFvAE8YSBocmVmPSIvQ2VudHVyYS1lZWFsdGgtUHJlc3MtUmVsZWFzZWFzZXMVU3QtLVZpbmNlbnQtS

G9zcGVYmvsLUW1DMK4GmE+eSVhDbRGLVssEw41TmV5LUUlvt9BpbGF5LU2T4G1MYWClUNVaW50eS8iID5TdC
4gVmluY2UudCBIb3NwaXRhbCwgQ2VudHVyeSBIZWFsdGggUGxhbiBOZXcgSG9zcGl0YWwgRm9yIExha2UgQ29
1bnR5PC9hPmPQCAQ9kFgQCAQ8WAh8ABYkBPGEgaHJlZj0iL0NvbXBvbmVudHMvY2lyZWZyYWllcy9wY19yaWdo
dHJhaWwuYXNweD9wYWdlaWQ9NjcmaWQ9MTcxNzk4NjkyMjUiID48dGltZSBkYXRldGltZT0iOC84LzIwMTYgM
TI6MDA6MDAgUU0iPkF1ZyA4LCAyMDE2PC90aW1lPjwvYT5kAgMPFgIfAAWqATxhIGhyZWY9Ii9Db2lwb25lbn
RzLldpcmVmcmFtZXMvcGZfcmlnaHRyYW1sLmFzcHg/cGFnZWlkPTY3Jm1kPTE3MTc5ODY5MjI1IiA+
UG9ydGVyIEFkbVudGlzdCBIb3NwaXRhbCBhbmdQU2VuaW9yIENhcmUgb2YgQ29s9JhZG8gQW5ub3VuY2UgR
XhwYW5kZWQgR2VyaWF0cmljJIENsaW5pYyYyA8L2E+
ZAICD2QWBAIBDxYCHwAFoAE8YSBocmVmPSIvQ2VudHVyeS1IZWFsdGgtUHJlc3MtUmVsZWFzZXMvSW5ub3Zhd
Gl2ZS1Db2xvcmFkby1DbGluaWNzLVJlZHVjZS1Vbm5lY2Vzc2FyeS1FUilWaXNpdHMvIiA+
PHRpbWUgZGF0ZXRpbWU9IjgvNC8yMDE2IDEyOjAwOjAwIEFNIj5BdWcgNCwgMjAxNjwvdGltZT48L2E+
ZAICD2xYCHwAFoAE8YSBocmVmPSIvQ2VudHVyeS1IZWFsdGgtUHJlc3MtUmVsZWFzZXMvSW5ub3Zhd Gl2ZS1Db
2xvcmFkby1DbGluaWNzLVJlZHVjZS1Vbm5lY2Vzc2FyeS1FUilWaXNpdHMvIiA+
SW5ub3ZhdGl2ZSBDb2xvcmFkbyBDbGluaWNzIFJlZHVjZSBUbm5lY2Vzc2FyeSBFUiBWaXNpdHM8L2E+
ZAICDxYGHwgFCXJlYWQgbW9yYZR8JBUJkb2NlbWVudC5sb2NhdGlvbi5ocmVmPSdodHRwOi8vY2FzdGxlcm9ja
2hvc3BpdGFscy5yZ90ZXdzLUNSQUgvJzsfBWdkAgIPZBYCAg9kFgJmD2QWAmYZBYBYEZg8VAZABY3
RsMDBfQ29udGVudFBsYWN1SG9sZGVyMV9Ecm9wWm9uZTIfZXhbDb2x1bW5EaXNwbGF5X2N0bDAyX3V4Q29udHJ
vbENvbHVtbl9jdGwwMV91eFFdpZGdldEhvc3RfdGxfcFZHLRdRIb3N0X3dpZGdldld9XaWRnZXRXRFFGl0b3IxX1V4
Q2FuY2VsX3I3RFJcfcFbW0v0dG9uZIABDxQrAgMFgAfFX2RvUG9zdEJhY2s2dEhyZsJ2N0bDAwJ3N0b0DAwJENvbnRlbnRQbGFjZUhvbGRlcjFfZ
jEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheV9jdGwwMiR1eENvbnRyb2xbb2x1bW5fY3RsMDFfdXhXaWRnZXRX
RIb3N0dHV4V2lkZ2V0SG9zdF93aWRnZXRXQkV2lkZXRWRpdGG9ySMSRVeENhbmNlbCCsJ1cp0J1dVHyybiBmYWx
zZTtkBQZDYW5jJZWxkAgIPZBYCAgEPZBYCZg9kFgICAQ9kFgIZGQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJm
D2QWAgIEDw8WAh8FZ2RkAgIPZBYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsY
WNlSG9sZGVyMV9Ecm9wWm9uZTIfZXhbDb2x1bW5EaXNwbGF5X2N0bDAyX3V4Q29udHJvbENvbHVtbl9jdGwwMV91
91eFdpZGdldEhvc3RfRdXhaWRnZXRIb3N0X3dpZGdldGl9dFWVHxWpdB3JfVXhDYW5jZWxfZWdkAgIPZBYCAgYPZBYC
ZkAgEPFCsCAwWnAV9fZG9Qb3N0Qm9jayayZ2R1cDlsQ29udGVudFBsYWNlSG9sZGVyMV9jdGwwMDAyMzYwMjUB
b2x1bW5fY3RsMDFfdXhXaWRnZXRXRF9c3RfdGxfcFZHLbaEDXXdldEhvc3RfdG9ySdGdldld9JwJldXRkAgIPZ
3N0X3dpZGdldCRXaWRnZXRFZGl0b3IxX1V4V2ZWucCnKTtyZXR1cm4gZmFsc2U7TZAUGQ2FuY2VsZAIDD2
QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPQGPAWN0bDAwX0Nvb3RlbnRQbGFjZUhvbGRlcjFf
ICD2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPQGPAWN0bDAwX0Nvb3RlbnRQbGFjZUhvbGRlcjFfbW5jZ
vbmUyX3V4Q29sdW1uRGlzcGxheV9jdGwwM1Y1eEnvbnRyb2x0b2x1bW5fY3RsRMDfdXhXaWRnZXRIb3N0X3V4
2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9yMX1V4Q2FuY2VsX2FzFQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG
G9zdEJhY2soJ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjFfjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGdw
wwNCR1eENvbnRyb2xbb2x1bW5kbW5fY3RsMDFkdXhXaWRnZXRXRFFGl0b3NDbWNMV91eENvbnRyb2xQQ29udGVudFBsYWNl
0RWRpdGG9yQ9JYF4Q2FuY2VsJywJyAwJyk7cmV0dXJuIGZhbHNlO2QFBkNhbmNlbGdQCAw9kFgZmD2QWAgIB
D2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWAmYPZBYCAgQDxYCHwVnZGQCAg9kFgICBg9kFgJmD2QWA
mYPZBYCZg9kFgRmDxUBpyFjdGwwMF9Db250ZW50UGxhY2VIb2xkZXIxX3XRd9uZTIfZXhiYmx0eENvbHVtbkRpc3
BsYXlfY3RsMDRfdXhDb250cm9sZ29sdW1uX2N0bDAyX3V4Q2FuY2VsX2ZkZV0SG9zdF91eEFdpZGdldEhvc3RfRd
0X1dpZG9zdEVkaXRvc19eGVmNxaXJEYm5lbGIbF8yX0JldHRwbmCAQ8UKCwyMCA9VVUUrvdsGNjRDACLkhvcFpvbmBacBX19kb1Bvc3
b250ZW50UGxhY2VIb2xkZXJyb3Bab251MiR1eENvbHVtbkRpc3BsYXlkY3RsMDQdXhDb250cm9sZ29sdW1uX2NlbmC
csJycpO3JldHVybiBmYWxzZTtkBQZDYW5jZWxkAgIIBDxYCHwVnZ2RkAgIPZBYCZg9kFgQYZC2kIAIDDxYCHwHvYoZAIDDxYCHwVoAZAIDDxYC
CHwNmZAIJD2QWAmYPZBYEZg9kFgICAw9kFgJmD2QWAgIBDxYCHwYFEGRyb3B6b251IFBCQ2xlYXJkAgEPZBYC
AgEPZBYCZg9kFgICAQ9kFgICAQ8WAh8DAgEWAmYPZBYCZg8VAgAAAZAIBDxYCHwVoZAIDDxYCHwVoZAIDDxYCHw
gICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWBGYPZBYEAgEPFgIfBWhkAgMPFg
IeBXN0eWxlBQxoZWlnaHQ6IDVweDtkAgEPZBYCZg8QDxYCHwAFEEhvcml6b250YWwgQnJlYWtZGRkAgIPEGR
kFgBkAgMPDxYCHwAFBFNhdmVkZAIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWAgIBD2QWAmYPZBYC
BGYPZBYCZg9kFgICAg8PFgIfBWdkZAICD2QWAgIDD2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWBGYPQGPAWN0b
nRlbnRQbGFjZUhvbGRlcjFfRHJvcFpvbmUzX3V4Q29sdW1uRGlzcGxheV9jdGwwMF91eENvbnRyb2xDb2x1bW
5fY3RsMDFfdXhXaWRnZXRIb3N0X3V4V2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9y8yX1V4Q2FuY2VsX2F
fQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG9zdEJhY2soJ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjFfRHJvcFpv
bmUzJHV4Q29sdW1uRGlzcGxheSRjdGdwwMCR1eENvbnRyb2xbb2x1bW5kbW5fY3RsMDFkdXhXaWRnZXRIb3NOJHV4V
2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9yJFF4Q2FuY2VsJywJyAwJyk7cmV0dXJuIGZhbHNlO2QFBkNhbm

49128... NlbGdGSkw9kFgiCAQ9kFgjmB2QWAqIBbD2QWAmYPZBYCAgIPZBYCAgEPZBYCAgDZQWAmYPZBYCAgIPDxY
... CHwVnZGQCAg9kFgiCBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBjwfjdGwwMF9Db250ZW50UGxhY2VIb2xkZXIx
... X0Ryb3Bab25lM191eENvbHVtbkRpc3BsYXlfY3RsMDBfdXhDb250cm9sQ29sdW1uZ0bDAzX3V4V2lkZ2V0S
... G9zdF91eFdpZGdldEhvc3Rfd2l2lkZ2V0X1dpZGdldEVkaXRvc19VeENhbmNlbF8zX0Jld
... cBX19kb1Bvc3RCYWNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMyR1eENvbHVtbkRpc3B
... sYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAzJHV4V2lkZ2V0SG9zdF91eFdpZGdldEhvc3Rfd2l2lkZ2V0
... JFdpZGdldEVkaXRvciRVeENhbmNlbCcsysJcpO3JldHVybiBmYWxzZTtkBQZDYW5jZWxkAgkPZBYOAgEPFgIfA
... wIFFgpmD2QWAmYPFQQgL0NSSC9TcGVjaWFsdGllcy9UaGUtQmlydGhQbGFjZS8ABV9zZWxmX0lRoZSBCaXJ0aF
... BsYWNlZAIBD2QWAmYPFQQhL0NSSC9TcGVjaWFsdGllcy9DYW5jZXItT25jb2xvZ3kvAAVfc2VsZg9DYW5jZXI
... tT25jb2xvZ31kAgIPZBYCZg9VBCIvQ1JIL1NwZWNpYWx0aWVzL0NhcmRpYWMtU2Vydml2jZXMvAAVfc2VsZhBD
... YXJkaWFjIFN1cnZpY2VzAIDD2QWAmYPFQQsL0NSSC9TcGVjaWFsdGllcy9OZXVyb3N1cmdlcnktW5kLU5ld
... XJvbG9neS8ABV9zZWxmGk5ldXJvc3VyZ2VyeSBhbmQgTmV1cm9sb2d5AIEDZ2QWAmYPFQQdL0NSSC9TcGVjaW
... FsdGllcy9PcnRob3B1ZGljjcy8ABV9zZWxmC09ydGhvcGVkaWNzZAICDHwMCBRYKZg9kFgjmDxUEIS9DUkg
... vSGVhbHRoLWFuZC1XZWxsbmVzcy9GaXRuZXNzLwAFX3NlbGYHRml0bmVzc2QCAQ9kFgjmDxUEKi9DUkgvSGVh
... bHRoLWFuZC1XZWxsbmVzcy9NYW5uYS1SZXN0YXVyYW50LUNlbGQTWFubmEgUmVzdGF1cmFudGGQCAg9kF
... gjmDxUELC9DUkgvSGVhbHRoLWFuZC1XZWxsbmVzcy9GaXRuZXNzL0ZyZWUtQ3l2bGUvAAFX3NlbGYVcVsZgpG
... N5Y2xlZAIDD2QWAmYPFQQcL0NSSC9Db21tdW5pdHkvVm9sdW50ZWVyAWX5nLwAFX3NlbGYMVm9sdW50ZWVyaW5
... nZAIED2QWAmYPFQQuL0NSSC9BYm91dC1Vcy9DYXN0bGUtUm9jay1Ib3NwaXRhbC1Gb3VuZGF0aW9uLwAFX3Nl
... bGYfQ2FzdGxlIFJvY2sgSG9zcGl0YWwgRm91bmRhdGlvbmQCAw8WAh8DAgUWCmYPZBYCZg9VBA0vT3VyLU5ld
... HdvcmsvAAALT3VyIE5ldHdvcmtkAgEPZBYCZg9VBBUvSG9tZS9BREEtdGNgxpvGGg5ZG5lxMUVZGQ95jZS8AAA5BREEgQ29tcG
... xpYW5jZWQCAg9kFgjmDxUEFy9DYXJlZXJzL1FEFZHVjYXRpb24vAAANQ2FyZWVycyEgb
... tU2VydmljZXMvT25saW51L1LUJpbGwgUVBT25saW5lIEJpbGwgUVBT25saW5lIEJpbGwgUVBZFIDxYCHwVnFgIfAgUM
... Ah8DAgIWBGYPZBYCZg9VBAhmYWN1Ym9vaxRfdRwczovL3d3dy5mYWN1YWN0aA9hY2VibzI5bTJ5cW5rbnBfM
... GQCAQ9kFgjmDxUEB3R3aXR0ZXIXaHR0cDovL3d3dy50dml0dGVyLmNvbS9jYW5vbmVncm91cGGQCAg9kFgjmDx
... BkAgYPFgIfBWcWAgIBBxYCHwMCAhYEYZg9kFgjmDxUECGZhY2Vib29rFB9odHRwczovL3d3dy5mYWNlYm9va
... vbS9DUkFfIQwEfYmxsbkZAjGdsHvbE9hDADgUWMCmYPZBYCZg9VBA0vT3VyLU5ldHdvcmsvAAALT3VyIE5ldHdvcmtk
... cmFoZWFpBkQwEY3raGdsBoxpbn3VacSZeYryLZaXRl1LVByaXZhY3kt3ktYW5kLVNlY3VyaXR5
... bGljeS8AIVdlYnNpdGUgUHJpdmFjeSAmIFN1Y3VyaXR5IFBvbGljjeWQCDQ8WAh8BABXo8aDM+
... V2h5IFdlIEEFzayBZb3VyIFFppcCBDb2RlPC9oMz48cD5PdXIgc2VhcmNoIHRvb2xzIHJlcXVpcmVzIGeboXaXacBO4aOrUgyGpJyIC8+
... PC9wPmQCDw8WAh8BABRtQbGVhc2UgdXBncmFkZSB5b3VyIGJyb3dzZXI=

```
49128…  D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZ3I1ERyb3Bab25lMSR1eNvbHVtbkRpc3BsYXkkY3RsMDAkd
    …    XhDb250cm9sQ29sdW1uJGN0bDBawJHV4V2lkZ2V0OSG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2V0OJFdpZGdldEVkaX
    …    RvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9yuTWFya3VwTW9kZQ8PZGZkBS1jdGwwMCRVeEhlYWRlciRVeE1
    …    pY3Jvc2l0ZUllbnUkVXhSaWdodG5hdg8UKwAOZGRkZGRkZDwrAAgAAghkZGRmAv////
    …    8PZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRE cm9wWm9uZTIkdXNlbkRpc3BsYXkkY3RsMDAkPAYJHV
    …    4Q29udHJvbENvbHVtbiRjdGwwMiRleFdpZGdldEhvc3Qkd XhVWFN3aXRjaA8PZAIBZAWHAWN0bDAwJENvbnRl
    …    bnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMiRleENvbnRyb2xDb21bW4kY
    …    3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1d
    …    RvbiRhc3BCdXR0b25SNYXJrdXBNb2RlDw9kbXkmQfQWN0bDAwJFV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5
    …    hdiRjdHJsMiRVeE1vYmlsZU5hdlNlY29ud2E5sldmVsDxQr4A5kZGRkZGRkPCsACAACCGRkZGYC/////
    …    w9kBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXNlbkRpc3BsYXkkY3RsMDAkPA0JH
    …    V4Q29udHJvbENvbHVtbiRjdGwwMCRleFdpZGdldEhvc3QkdXhXaWRnZXRXRIb3N0X3dpZGdldCRXaWRnZXRFZGl
    …    0b3I1kVXhDYW5jZWwkQnV0dG9uJGFzcGJldHRvbkVhcmt1cE1vZGUPD2RmNArAAdTGwwMCRVeHJpbWFyeU5hdg8UKwAO
    …    SG9sZGVyMSREcm9wWm9uZTIkdXNlbkRpc3BsYXkkY3RsMDAkPA0JHV4Q29udHJvbENvbHVtbiRjdGwwMSR1e
    …    FdpZGdldEhvc3Qkd XhVWFN3aXRjaA8PZAIBZAUAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbm
    …    UyJHV4Q29sdW1uRGlzcGxheSRjdGwwMSR1eENvbnRyb2xDb21bW4kY3RsMDEkdXhXaWRnZXRIb3N0JHV4V2l
    …    kZ2V0SG9zdF93aWRnZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dRvbiRhc3BCdXR0b25SADmRkZGRkZGQU
    …    KwADZGRkAgNkZGRmAv////
    …    8PZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXNlbkRpc3BsYXkkY3RsMDAkPAYJHV
    …    4Q29udHJvbENvbHVtbiRjdGwwMiR1eFdpZGdldEhvc3Qkd XhVWFN3aXRjaA8PZAIBZABUoY3RsMDAkVXhIZWFk
    …    ZXIkVXhNaWNyb3NpdGVNZW51Dw9kFV4TGVmdG5hdg8UKwAOZGRkZGRkZDwrAAkAAglkZGRmAv////
    …    8PZAUuY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXNlbkRpc3BsYXkkY3RsMDAkPAYJHV
    …    kVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwxJFV4TW9iaWxlTmF2TU2Vjb25kTGV2ZWwPFCsA
    …    DmRkZGRkZGQ8KwAAJZGRkZgL/////
    …    D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMCRle
    …    ENvbnRyb2xDb21bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4V29sdW1uRGlzcGxheSRjdGwwMCRleENvbnRyb2xDb21bW4kY3RsMDAkY4kY
    …    RQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwNCRleENvbnRyb2xDb21bW4kY3RsMDQkdX
    …    sMDEkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dRv
    …    b3Bab251MiR1eENvbnRyb2xDb21bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2l
    …    CR1eFdpZGdldEhvc3Rfd2lkZ2V0JFdpZGdldEVkaXRvcjEkVXhDYW5jZWwkQnV0dG9uJGFzcGJldHRvbkVhcmt1cGhcm
    …    t1cE1vZGUPD2RmZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwMcmwwJFV4TW9iaWx
    …    lTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAMAAIMZGRkZgL/////
    …    D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZ3I1ERyb3Bab251MyRleENvbnRyb2xDb21bW4kY3RsMDAkd
    …    XhDb250cm9sQ29sdW1uJGN0bDAwJHV4V2lkZ2V0OSG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2V0OJFdpZGdldEVkaX
    …    RvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9yuTWFya3VwTW9kZW3Vmd5T9kZQ8PZGZkWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZ3I1
    …    Ib2xkZXIkMLSRleENvbnRyb2xDb21bW4kY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAwJHV4V2lkZ2V0SG9zd
    …    V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkZGRmMCRDb250ZW50UGxhY2VIb2xkZ3I1eEVYU3dpdGNoDw9kAgFk
    …    dpdGNoDw9kAgFkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMyREcm9wWm9uZTMkdXNlbkRpc3BsYXkkY3RsMDAkPA
    …    5JGN0bDA0JHV4Q29udHJvbENvbHVtbiRjdGwwMSR1eFdpZGdldEhvc3QkdXhXaWRnZXRXRIb3N0X3dpZGdldCRXRX
    …    aWRnZXRFZGl0b3IkVXhDYW5jZWwkQnV0dG9yuEJ1dHRvbkVhcmt1cGE1vZGUPD2RmZAUvY3RsMDAkdXhQcmltYXJ5
    …    GVudFBsYWNlSG9sZGVyMyREcm9wWm9uZTMkdXNlbkRpc3BsYXkkY3RsMDAkPA1JHV4Q29udHJvbENvbHVtbiRjd
    …    9sZGVyMyREcm9wWm9uZTMkdXNlbkRpc3BsYXkkY3RsMDAkPA1JHV4Q29udHJvbENvbHVtbiRjdGwwMSRVeFBmBhZ2VIb3N0
    …    9sZGVyMyREcm9wWm9uZTMkdXNlbkRpc3BsYXkkY3RsMDAkPA1JHV4Q29udHJvbENvbHVtbiRjdGwwMSRVeFBmBhZ2VIb3N0
    …    JHV4VVhTd2l0l2gPD2QCAWQFeGN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbnUyJHV4Q29sdW1uR
    …    GlzcGxheSRjdGwwMCRleENvbnRyb2xDb21bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZ
    …    EaXNwbGF5JGN0bDAyJHV4Q29udHJvbENvbHVtbiRjdGwwMyRleENvbnRyb2xDb21bW4kY3RsMDMkdX
    …    ZGdldERDRXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dHRvbkVhcmt1cGhYm
    …    DAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmww cmwyJFV2Vjb25kTGV2ZWwPFC
    …    sADmRkZGRkZGQ8KwAKAAIKZGRkZgL/////
    …    D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZ3I1ERyb3Bab251MiR1eENvbnRyb2xDb21bW4kY3RsMDIkd
    …    XhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0OSG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2V0OJFdpZGdldEVkaX
    …    RvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9yuTWFya3VwTW9kZW9kZ6zNFFfEra2c/
    …    BNRktE2lAjjRkz01xnnibMSFlllXp74=" />
```
49129  </div>
49130
49131  <script type="text/javascript">
49132  //<![CDATA[
49133  var theForm = document.forms['aspnetForm'];
49134  if (!theForm) {
49135      theForm = document.aspnetForm;
49136  }
49137  function __doPostBack(eventTarget, eventArgument) {
49138      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
49139          theForm.__EVENTTARGET.value = eventTarget;
49140          theForm.__EVENTARGUMENT.value = eventArgument;
49141          theForm.submit();

```
49142        f
49143 }
49144 //]]>
49145 </script>
49146
49147
49148 <script
   …  src="/WebResource.axd?d=
   …  t6Xk1lyxXcG3Twa9lmdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x81cV2
   …  1-8q6Yk2c4QTTGPS_sQfQsl&amp;t=635586452020000000" type="text/javascript"></script>
49149
49150
49151 <script
   …  src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
   …  lh7d_XvfCmt3JVE-
   …  v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
   …  KZ5IfKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
49152 <script
   …  src="/ScriptResource.axd?d=
   …  lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS1018k-
   …  jDXi1WxaLqm-
   …  nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
   …  _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
49153 <div class="aspNetHidden">
49154
49155        <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
   value="928E56FE" />
49156        <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
   value="/wEdAAQy1Zncmw12AjNZtJmndewAIKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
   …  O7/r72ox0aBhVz/AaSOSXRR5ZOhfKcr+3mzexuZBRlh+89JBK/eQ2a+mI=" />
49157 </div>
49158        <div id="top"></div>
49159
49160
49161
49162
49163
49164 <div class="logo-wrap visible-print">
49165    <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
49166 </div>
49167
49168 <header id="header" class="hidden-print">
49169    <div class="c">
49170        <a class="open-link opener hamburger-menu" href="#"></a>
49171        <div class="top-header">
49172
49173            <div class="col-md-12">
49174                <div class="topbreadcrumb ">
49175                    <a class='test' href='/CRH/Home/'>Home</a>
49176                </div>
49177
49178
49179
49180 <nav>
49181
49182
49183
49184            <ul class="contact-list">
49185                <li class="ektron-util-trigger"><span id="ektron-util-trigger"
   class="glyphicon glyphicon-chevron-left"></span></li>
49186
49187                <li>
49188                    <a href="/Financial-Help/" target="" title="Payment Help?">Payment
   Help?</a>
49189
49190                </li>
49191
49192                <li>
```

```
49193                    <a href="/CRH/Home/Careers-and-Education/" target="" title="Careers
   …    &amp; Education">Careers &amp; Education</a>
49194
49195                    </li>
49196
49197                    <li>
49198                        <a href="/MyCenturaHealth/" target=""
   …    title="MyCenturaHealth">MyCenturaHealth</a>
49199
49200                    </li>
49201
49202                    <li>
49203                        <a href="/" target="" title="For Providers">For Providers</a>
49204
49205                    </li>
49206
49207                    <li>
49208                        <a href="/Contact-Us-CRAH/" target="" title="Contact Us">Contact
   …    Us</a>
49209
49210                    </li>
49211
49212                </ul>
49213
49214    </nav>
49215                </div>
49216
49217        </div>
49218        <div class="lower-header">
49219            <div class="holder">
49220                <div class="logo-wrap">
49221                    <a href="/">
49222                        <img id="ctl00_UxHeader_UxLogo" class="logo"
   …    src="/uploadedImages/castlerockhospital/Content/CRH/Configuration/Castle%20Rock-Adv-
   …    Hosp-Web.png" />
49223                    </a>
49224
49225                        <a href="#" class="drop-arrow">drop arrow</a>
49226
49227                </div>
49228                <div class="right-wrap">
49229                    <div class="search-form-new">
49230                        <div class="input-group input-group-sm">
49231                            <input id="searchText" type="text" class="form-control"
   …    placeholder="Enter your search terms here" />
49232                            <div class="input-group-btn" >
49233                                <input type="hidden" id="searchFolderId"
   …    value="3159"/>
49234                                <button type="button" class="btn btn-default
   …    dropdown-toggle" data-toggle="dropdown" tabindex="-1">
49235                                    <span class="search-tip">current site</span><span
   …    class="caret"></span>
49236                                    <span class="sr-only">Toggle Dropdown</span>
49237                                </button>
49238                                <ul class="dropdown-menu pull-right search-filter"
   …    role="menu">
49239                                    <li><a href="0" data-folderid="3159"
   …    class="active">current site</a></li>
49240                                    <li><a href="0" data-folderid="0">all
   …    sites</a></li>
49241                                </ul>
49242                                <button id="main-site-search" type="button"
   …    class="btn btn-default" tabindex="-1"><span class="glyphicon
   …    glyphicon-search"></span></button>
49243                            </div>
49244                        </div>
49245                        <!-- /.input-group -->
49246                    </div>
```

Page 1424

```
49247
49248
49249  <nav id="nav">
49250
49251              <ul class="nav-tier-1">
49252
49253              <li>
49254                  <a href="/CRH/Home/Specialties/" class=""
…      target="_self">Specialties</a>
49255
49256              <ul class="nav-tier-2">
49257
49258              <li>
49259                  <a href="/The-BirthPlace/" class="" target="_self">The BirthPlace</a>
49260
49261              <ul class="nav-tier-3">
49262
49263              <li>
49264                  <a href="#PreRegModal" class="" target="_self">Birthplace
…      Pre-Register</a>
49265
49266              </li>
49267
49268              <li>
49269                  <a href="/CRH/Specialties/The-BirthPlace/Your-Pregnancy/" class=""
…      target="_self">Your Pregnancy</a>
49270
49271              </li>
49272
49273              <li>
49274                      <a
…      href="/CRH/Specialties/The-BirthPlace/Choosing-a-Childbirth-Provider/" class=""
…      target="_self">Choosing a Childbirth Provider</a>
49275
49276              </li>
49277
49278              <li>
49279                      <a
…      href="/CRH/Specialties/The-BirthPlace/Your-Pregnancy/When-to-Start-Seeing-a-Doctor/"
…      class="" target="_self">When to Start Seeing a Doctor</a>
49280
49281              </li>
49282
49283              <li>
49284                  <a href="/CRH/Specialties/The-BirthPlace/Physician-Partners/"
…      class="" target="_self">Physician Partners</a>
49285
49286              </li>
49287
49288              <li>
49289                  <a href="/CRH/Specialties/The-BirthPlace/Why-Prenatal-Care-Matters/"
…      class="" target="_self">Why Prenatal Care Matters</a>
49290
49291              </li>
49292
49293              <li>
49294                  <a href="/Delivering-at-Castle-Rock/" class=""
…      target="_self">Delivering at Castle Rock Adventist Hospital</a>
49295
49296              </li>
49297
49298              <li>
49299                  <a href="/Neonatal-Intensive-Care-Unit-NICU/" class=""
…      target="_self">Neonatal Intensive Care Unit NICU</a>
49300
49301              </li>
49302
49303              <li>
```

```
49304              <a href="/CRH/Specialties/The-BirthPlace/Midwives/" class=""
…  target="_self">Midwives</a>
49305
49306              </li>
49307
49308          <li>
49309              <a href="/CRH/Specialties/The-BirthPlace/Take-a-Tour/" class=""
…  target="_self">Take a Tour</a>
49310
49311              </li>
49312
49313          <li>
49314              <a href="/CRH/Specialties/The-BirthPlace/Prenatal-Classes/" class=""
…  target="_self">Prenatal Classes</a>
49315
49316              </li>
49317
49318          <li>
49319              <a
…  href="/CRH/Specialties/The-BirthPlace/Your-Pregnancy/How-to-Exercise-When-Youre-
…  Expecting/" class="" target="_self">How to Exercise When You&#39;re Expecting</a>
49320
49321              </li>
49322
49323          <li>
49324              <a href="/CRH/Specialties/The-BirthPlace/Milk-Depot/" class=""
…  target="_self">Milk Depot</a>
49325
49326              </li>
49327
49328          <li>
49329              <a href="/CRH/Specialties/The-BirthPlace/Lactation-Support-Group/"
…  class="" target="_self">Lactation Support Group</a>
49330
49331              </li>
49332
49333          <li>
49334              <a href="/CRH/Specialties/The-BirthPlace/Bella-Baby-Photography/"
…  class="" target="_self">Bella Baby Photography</a>
49335
49336              </li>
49337
49338          <li>
49339              <a href="/Birth-Concierge-Services/" class="" target="_self">Birth
…  Concierge Services</a>
49340
49341              </li>
49342
49343          <li>
49344              <a
…  href="/CRH/Specialties/The-BirthPlace/Family-to-Family-Adoption-Support-Program/"
…  class="" target="_self">Family-to-Family Adoption Support Program</a>
49345
49346              </li>
49347
49348          </ul>
49349
49350          </li>
49351
49352          <li>
49353              <a href="/CRH/Specialties/The-Breast-Care-Center-at-Castle-Rock/"
…  class="" target="_self">The Breast Care Center at Castle Rock</a>
49354
49355          <ul class="nav-tier-3">
49356
49357          <li>
49358              <a href="/CRH/Specialties/Mammography/What-Is-A-Mammogram/" class=""
…  target="_self">What is a Mammogram?</a>
```

```
49359                    </li>
49360
49361                    <li>
49362                        <a
49363    href="/CRH/Specialties/Mammography/3D-Mammography-and-Sensory-Suite/" class=""
…    target="_self">3D Mammography and Sensory Suite</a>
49364
49365                    </li>
49366
49367                    <li>
49368                        <a href="/CRH/Specialties/Mammography/DEXA-Scan/" class=""
…    target="_self">DEXA Scan — Bone Density</a>
49369
49370                    </li>
49371
49372                    <li>
49373                        <a href="/CRH/Specialties/Mammography/Genetic-Counseling/" class=""
…    target="_self">Genetic Counseling</a>
49374
49375                    </li>
49376
49377                    <li>
49378                        <a href="/CRH/Specialties/Mammography/Breast-Surgery-Options/"
…    class="" target="_self">Breast Surgery Options</a>
49379
49380                    </li>
49381
49382                    <li>
49383                        <a href="/CRH/Specialties/Mammography/Meet-Our-Team/" class=""
…    target="_self">Meet Our Team</a>
49384
49385                    </li>
49386
49387                    <li>
49388                        <a
…    href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…    CRAH_Request_a_3D_Mammo" class="" target="_blank">Make Your Mammo Appointment</a>
49389
49390                    </li>
49391
49392                    <li>
49393                        <a
…    href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=CRH_-
…    _Covered_3D_Mammogram" class="" target="_blank">Application for Funded Mammogram</a>
49394
49395                    </li>
49396
49397                </ul>
49398
49399            </li>
49400
49401            <li>
49402                <a href="/CRH/Specialties/Cancer-Oncology/" class=""
…    target="_self">Cancer/Oncology</a>
49403
49404                <ul class="nav-tier-3">
49405
49406                    <li>
49407                        <a href="/CRH/Specialties/Cancer-Oncology/Genetic-Counseling/"
…    class="" target="_self">Genetic Counseling</a>
49408
49409                    </li>
49410
49411                    <li>
49412                        <a href="/Cancer-Risk-and-Hereditary-Cancer/" class=""
…    target="_self">Cancer Risk and Hereditary Cancer</a>
49413
```

```
49414              </li>
49415
49416              <li>
49417                 <a
     href="/CRH/Specialties/Cancer-Oncology/Facts-About-BRCA1-and-BRCA2/" class=""
     target="_self">Facts About BRCA1 and BRCA2</a>
49418
49419              </li>
49420
49421              <li>
49422                 <a
     href="/CRH/Specialties/Cancer-Oncology/General-Genetic-Counseling/" class=""
     target="_self">General Genetic Counseling</a>
49423
49424              </li>
49425
49426              <li>
49427                 <a
     href="/CRH/Specialties/Cancer-Oncology/Preconception-Carrier-Screening/" class=""
     target="_self">Preconception-Carrier Screening</a>
49428
49429              </li>
49430
49431              <li>
49432                 <a href="/Signs-of-Hereditary-Cancer_1/" class=""
     target="_self">Signs of Hereditary Cancer</a>
49433
49434              </li>
49435
49436            </ul>
49437
49438          </li>
49439
49440          <li>
49441             <a href="/CRH/Specialties/Cardiac-Services/" class=""
     target="_self">Cardiac Services</a>
49442
49443          <ul class="nav-tier-3">
49444
49445          <li>
49446             <a
     href="/CRH/Specialties/Cardiac-Services/Cardiac-Catheterization-Lab/" class=""
     target="_self">Cardiac Catherization Lab</a>
49447
49448          </li>
49449
49450          <li>
49451             <a
     href="/CRH/Specialties/Cardiac-Services/Cardiac-Diagnostic-Testing/" class=""
     target="_self">Cardiac Diagnostic Testing</a>
49452
49453          </li>
49454
49455          <li>
49456                <a href="/CRH/Specialties/Cardiac-Services/Interventional-Radiology/"
     class="" target="_self">Interventional Radiology</a>
49457
49458          </li>
49459
49460          <li>
49461                <a href="/CRH/Specialties/Cardiac-Services/Coronary-Artery-Disease/"
     class="" target="_self">Coronary Artery Disease</a>
49462
49463          </li>
49464
49465          <li>
49466                <a href="/CRH/Specialties/Cardiac-Services/Heart-Failure/" class=""
     target="_self">Heart Failure</a>
```

```
49467
49468                     </li>
49469
49470                     <li>
49471                         <a href="/Myocardial-Infarction-Heart-Attack/" class=""
…   target="_self">Myocardial Infarction/Heart Attack</a>
49472
49473                     </li>
49474
49475                     </ul>
49476
49477                 </li>
49478
49479                 <li>
49480                     <a href="/CRH/Specialties/Diabetes-Care/" class=""
…   target="_self">Diabetes Care</a>
49481
49482                 </li>
49483
49484                 <li>
49485                     <a href="/CRH/Specialties/Emergency-Care/" class=""
…   target="_self">Emergency Care</a>
49486
49487                 <ul class="nav-tier-3">
49488
49489                     <li>
49490                         <a href="/Full-Service-ER/" class="" target="_self">Full Service
…   ER</a>
49491
49492                     </li>
49493
49494                     <li>
49495                         <a href="/CRH/Specialties/Emergency-Care/Pediatric-Emergency-Care/"
…   class="" target="_self">Pediatric Emergency Care</a>
49496
49497                     </li>
49498
49499                     </ul>
49500
49501                 </li>
49502
49503                 <li>
49504                     <a href="/Gastroenterology/" class=""
…   target="_self">GI/Colonoscopy</a>
49505
49506                 <ul class="nav-tier-3">
49507
49508                     <li>
49509                         <a
…   href="/CRH/Specialties/Gastroenterology/Colonoscopies---Detection-of-Colon-Cancer/"
…   class="" target="_self">Colonoscopies - Detection of Colon Cancer</a>
49510
49511                     </li>
49512
49513                     <li>
49514                         <a href="/CRH/Specialties/Gastroenterology/GI-Conditions-We-Treat/"
…   class="" target="_self">GI Conditions We Treat</a>
49515
49516                     </li>
49517
49518                     <li>
49519                         <a
…   href="/CRH/Specialties/Gastroenterology/Colonoscopy-Screening-Guidelines-and-
…   Schedules/" class="" target="_self">Colonoscopy Screening Guidelines and
…   Schedules</a>
49520
49521                     </li>
49522
```

```
49523              <li>
49524                  <a href="/CRH/Specialties/Gastroenterology/Colonoscopy-FAQs/"
…    class="" target="_self">Colonoscopy FAQs</a>
49525
49526              </li>
49527
49528              </ul>
49529
49530              </li>
49531
49532              <li>
49533                  <a href="/CRH/Specialties/Medical-Imaging/" class=""
…    target="_self">Medical Imaging</a>
49534
49535              <ul class="nav-tier-3">
49536
49537              <li>
49538                  <a href="/CRH/Specialties/Medical-Imaging/CT/" class=""
…    target="_self">CT</a>
49539
49540              </li>
49541
49542              <li>
49543                  <a href="/CRH/Specialties/Medical-Imaging/Diagnostic-X-ray/" class=""
…    target="_self">Diagnostic X-ray</a>
49544
49545              </li>
49546
49547              <li>
49548                  <a href="/CRH/Specialties/Medical-Imaging/Digital-Mammography/"
…    class="" target="_self">Digital Mammography</a>
49549
49550              </li>
49551
49552              <li>
49553                  <a href="/CRH/Specialties/Medical-Imaging/MRI/" class=""
…    target="_self">MRI</a>
49554
49555              </li>
49556
49557              </ul>
49558
49559              </li>
49560
49561              <li>
49562                  <a href="/CRH/Specialties/Neurosurgery-and-Neurology/" class=""
…    target="_self">Neurosurgery and Neurology</a>
49563
49564              </li>
49565
49566              <li>
49567                  <a href="/CRH/Specialties/Orthopedics/" class=""
…    target="_self">Orthopedics</a>
49568
49569              <ul class="nav-tier-3">
49570
49571              <li>
49572                  <a
…    href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=125&amp;aid=CENTURA
…    " class="" target="_blank">Community Seminars</a>
49573
49574              </li>
49575
49576              <li>
49577                  <a href="/CRH/Specialties/Orthopedics/Conditions-We-Treat/" class=""
…    target="_self">Conditions We Treat</a>
49578
49579              </li>
```

```
49580
49581                    <li>
49582                            <a href="/CRH/Specialties/Orthopedics/Hip-Replacement-Surgery/"
…    class="" target="_self">Hip Replacement Surgery</a>
49583
49584                    </li>
49585
49586                    <li>
49587                            <a href="/CRH/Specialties/Orthopedics/Injury-Prevention/" class=""
…    target="_self">Injury Prevention</a>
49588
49589                    </li>
49590
49591                    <li>
49592                            <a href="/Joint-Replacement-at-CRAH/" class="" target="_self">Joint
…    Replacement at CRAH</a>
49593
49594                    </li>
49595
49596                    <li>
49597                            <a href="/CRH/Specialties/Orthopedics/Knee-Replacement/" class=""
…    target="_self">Knee Replacement</a>
49598
49599                    </li>
49600
49601                    <li>
49602                            <a href="/CRH/Specialties/Orthopedics/Our-Team/" class=""
…    target="_self">Our Team</a>
49603
49604                    </li>
49605
49606                    <li>
49607                            <a
…    href="/CRH/Specialties/Orthopedics/Preparing-for-Joint-Replacement-Surgery/" class=""
…    target="_self">Preparing for Joint Replacement Surgery</a>
49608
49609                    </li>
49610
49611                    <li>
49612                            <a href="/CRH/Specialties/Orthopedics/Sports-Medicine/" class=""
…    target="_self">Sports Medicine</a>
49613
49614                    </li>
49615
49616                    <li>
49617                            <a href="/CRH/Specialties/Orthopedics/Surgery/" class=""
…    target="_self">Surgery</a>
49618
49619                    </li>
49620
49621                    <li>
49622                            <a href="/CRH/Specialties/Orthopedics/Spine/" class=""
…    target="_self">Spine</a>
49623
49624                    </li>
49625
49626                    </ul>
49627
49628                    </li>
49629
49630                    <li>
49631                            <a href="/Rehabilitation/" class="" target="_self">Rehabilitation</a>
49632
49633                    <ul class="nav-tier-3">
49634
49635                    <li>
49636                            <a href="/CRH/Specialties/Rehabilitation/Health-Tips/" class=""
…    target="_self">Health Tips</a>
```

```
49637
49638                </li>
49639
49640            <li>
49641                <a href="/Occupational-Hand-Therapy/" class=""
 …  target="_self">Occupational &amp; Hand Therapy</a>
49642
49643                </li>
49644
49645            <li>
49646                <a href="/CRH/Specialties/Rehabilitation/Physical-Therapy/" class=""
 …  target="_self">Physical Therapy</a>
49647
49648                </li>
49649
49650            <li>
49651                <a href="/CRH/Specialties/Rehabilitation/Speech-Language-Pathology/"
 …  class="" target="_self">Speech-Language Pathology</a>
49652
49653                </li>
49654
49655            </ul>
49656
49657            </li>
49658
49659            <li>
49660                <a href="/Sleep-Disorder-Center/" class="" target="_self">Sleep
 …  Disorder</a>
49661
49662            </li>
49663
49664        </ul>
49665
49666        </li>
49667
49668        <li>
49669            <a href="/For-Patients-and-Families/" class="" target="_self">For
 …  Patients &amp; Families</a>
49670
49671            <ul class="nav-tier-2">
49672
49673            <li>
49674                <a href="#PreRegModal" class="" target="_self">Patient
 …  Pre-Registration</a>
49675
49676            </li>
49677
49678            <li>
49679                <a href="/Billing-and-Financial-Services/" class=""
 …  target="_self">Billing &amp; Financial Services</a>
49680
49681            <ul class="nav-tier-3">
49682
49683            <li>
49684                <a href="/Hospital-Billing/" class="" target="_self">How Billing
 …  Works</a>
49685
49686            </li>
49687
49688            <li>
49689                <a href="/Hospital-Billing/" class="" target="_self">Hospital
 …  Billing</a>
49690
49691            </li>
49692
49693            <li>
49694                <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
 …  Pay</a>
```

```
49695                    </li>
49696
49697
49698                    <li>
49699                        <a href="/Financial-Help/" class="" target="_self">Financial
…   Assistance, Charity Care &amp; Payment Plans</a>
49700
49701                    </li>
49702
49703                    <li>
49704                        <a href="/Uninsured-Patients/" class="" target="_self">Uninsured</a>
49705
49706                    </li>
49707
49708                    <li>
49709                        <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
49710
49711                    </li>
49712
49713                    <li>
49714                        <a href="/Hospital-Billing/" class="" target="_self">Hospital Bills
…   &amp; Insurance</a>
49715
49716                    </li>
49717
49718                </ul>
49719
49720            </li>
49721
49722            <li>
49723                <a href="/For-Patients-and-Families/Pricing/" class=""
…   target="_self">Pricing</a>
49724
49725                <ul class="nav-tier-3">
49726
49727                    <li>
49728                        <a
…   href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
…   target="_self">Costs for Common Procedures</a>
49729
49730                    </li>
49731
49732                    <li>
49733                        <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
…   class="" target="_self">Request a Custom Quote</a>
49734
49735                    </li>
49736
49737                    <li>
49738                        <a
…   href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
…   class="" target="_self">Resources for Patients &amp; Consumers</a>
49739
49740                    </li>
49741
49742                </ul>
49743
49744            </li>
49745
49746            <li>
49747                <a href="/Quality-Service-and-Safety/" class=""
…   target="_self">Quality, Service &amp; Safety</a>
49748
49749                <ul class="nav-tier-3">
49750
49751                    <li>
49752                        <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
49753
```

```
49754                   </li>
49755
49756                   <li>
49757                       <a href="/Hospital-Ratings/" class="" target="_self">Hospital
…   Ratings</a>
49758
49759                   </li>
49760
49761                   <li>
49762                       <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
…   Ratings</a>
49763
49764                   </li>
49765
49766                   <li>
49767                       <a href="/Components/Templates/ProviderSearch.aspx"
…   class="open-physician-finder" target="_self">Doctor Ratings</a>
49768
49769                   </li>
49770
49771               </ul>
49772
49773                   </li>
49774
49775                   <li>
49776                       <a href="/Advance-Directives/" class="" target="_self">Advance
…   Directives</a>
49777
49778               <ul class="nav-tier-3">
49779
49780                   <li>
49781                       <a href="/Important-Questions/" class="" target="_self">Important
…   Questions</a>
49782
49783                   </li>
49784
49785                   <li>
49786                       <a
…   href="/Authorization-to-Consent-to-Treatment-of-Unemancipated-Minor/" class=""
…   target="_self">Authorization to Consent to Treatment of Unemancipated</a>
49787
49788                   </li>
49789
49790                   <li>
49791                       <a href="/Donor-Directions-for-Anatomical-Gift/" class=""
…   target="_self">Donor Directions for Anatomical Gift</a>
49792
49793                   </li>
49794
49795                   <li>
49796                       <a href="/Five-Wishes/" class="" target="_self">Five Wishes</a>
49797
49798                   </li>
49799
49800                   <li>
49801                       <a href="/Living-Will/" class="" target="_self">Living Will</a>
49802
49803                   </li>
49804
49805                   <li>
49806                       <a href="/Medical-Durable-Power-of-Attorney/" class=""
…   target="_self">Medical Durable Power</a>
49807
49808                   </li>
49809
49810               </ul>
49811
49812                   </li>
```

```
49813
49814              <li>
49815                   <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
      Health LINKS</a>
49816
49817              <ul class="nav-tier-3">
49818
49819              <li>
49820                   <a href="/Centura-Health-RX-Assistance-/" class=""
      target="_self">RxAssist</a>
49821
49822              <ul class="nav-tier-4">
49823
49824              <li>
49825                   <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
      target="_self">BenefitsCheckUp Colorado</a>
49826
49827              <ul class="nav-tier-5">
49828
49829              <li>
49830                   <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
      target="_self">Medicare Part D</a>
49831
49832              <ul class="nav-tier-6">
49833
49834              <li>
49835                   <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
      class="" target="_self">State Health Insurance Plan</a>
49836
49837              </li>
49838
49839              </ul>
49840
49841              </li>
49842
49843              </ul>
49844
49845              </li>
49846
49847              </ul>
49848
49849              </li>
49850
49851              <li>
49852                   <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
      target="_self">BenefitsCheckUp Colorado</a>
49853
49854              </li>
49855
49856              <li>
49857                   <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
      target="_self">Medicare Part D</a>
49858
49859              </li>
49860
49861              <li>
49862                   <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
      class="" target="_self">State Health Insurance Plan</a>
49863
49864              </li>
49865
49866              </ul>
49867
49868              </li>
49869
49870              <li>
49871                   <a href="/MyCenturaHealth/" class=""
      target="_self">MyCenturaHealth</a>
```

```
49872
49873                        </li>
49874
49875                        <li>
49876                            <a href="/Medical-Records/" class="" target="_self">Medical
      … Records</a>
49877
49878                        </li>
49879
49880                        <li>
49881                            <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
      … target="_self">Patient Bill of Rights &amp; Responsibilities</a>
49882
49883                    <ul class="nav-tier-3">
49884
49885                        <li>
49886                            <a href="/Patient-Representatives/" class="" target="_self">Patient
      … Representitive</a>
49887
49888                        </li>
49889
49890                    </ul>
49891
49892                        </li>
49893
49894                        <li>
49895                            <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
      … target="_self">Privacy Practices</a>
49896
49897                        </li>
49898
49899                        <li>
49900                            <a href="/Connect-for-Health-Colorado/" class=""
      … target="_self">Connect for Health Colorado</a>
49901
49902                        </li>
49903
49904                        <li>
49905                            <a href="/CRH/For-Patients-and-Families/GetWell-Network/" class=""
      … target="_self">GetWell Network</a>
49906
49907                        </li>
49908
49909                        <li>
49910                            <a
      … href="/CRH/For-Patients-and-Families/Home-Care-and-Hospice-End-of-Life/" class=""
      … target="_self">Home Care &amp; Hospice-End of Life</a>
49911
49912                        </li>
49913
49914                        <li>
49915                            <a href="/CRH/For-Patients-and-Families/Hospital-Amenities/" class=""
      … target="_self">Hospital Amenities</a>
49916
49917                        </li>
49918
49919                        <li>
49920                            <a href="/Hotel-Discounts/" class="" target="_self">Hotel
      … Discounts</a>
49921
49922                        </li>
49923
49924                        <li>
49925                            <a href="/CRH/For-Patients-and-Families/Hospitalist-Program/"
      … class="" target="_self">Hospitalist Program</a>
49926
49927                        </li>
49928
```

```
49929                <li>
49930                    <a href="/Patient-Resources/" class="" target="_self">Patient
…   Resources</a>
49931
49932                </li>
49933
49934                <li>
49935                    <a
…   href="https://www.itriagehealth.com/facility/castle-rock-adventist-hospital-3336253"
…   class="" target="_blank">Tell Us You&#39;re Coming</a>
49936
49937                </li>
49938
49939                </ul>
49940
49941                </li>
49942
49943                <li>
49944                    <a href="/CRH/Home/About-Us/" class="" target="_self">About Us</a>
49945
49946                <ul class="nav-tier-2">
49947
49948                <li>
49949                    <a href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/" class=""
…   target="_self">Castle Rock Hospital Foundation</a>
49950
49951                <ul class="nav-tier-3">
49952
49953                <li>
49954                    <a href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Make-a-Gift/"
…   class="" target="_self">Make a Donation</a>
49955
49956                </li>
49957
49958                <li>
49959                    <a href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Programs/"
…   class="" target="_self">Programs We Support</a>
49960
49961                </li>
49962
49963                <li>
49964                    <a
…   href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Associate-Campaign/" class=""
…   target="_self">Associate Campaign</a>
49965
49966                </li>
49967
49968                <li>
49969                    <a
…   href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Foundation-Events/" class=""
…   target="_self">Foundation Events</a>
49970
49971                </li>
49972
49973                <li>
49974                    <a
…   href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Foundation-Impact-Team/" class=""
…   target="_self">Foundation Impact Team</a>
49975
49976                </li>
49977
49978                <li>
49979                    <a
…   href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/Contact-Castle-Rock-Hospital-
…   Foundation/" class="" target="_self">Contact Us</a>
49980
49981                </li>
49982
```

```
49983                        </ul>
49984
49985                    </li>
49986
49987                    <li>
49988                        <a href="/CRH/About-Us/Mission-and-Values/" class=""
      target="_self">Mission &amp; Values</a>
49989
49990                    </li>
49991
49992                    <li>
49993                        <a href="/CRH/About-Us/Our-Leaders/" class=""
      target="_self">Leadership</a>
49994
49995                    </li>
49996
49997                    <li>
49998                        <a href="/CRH/About-Us/Awards-and-Honors/" class=""
      target="_self">Awards &amp; Recognitions</a>
49999
50000                    </li>
50001
50002                    <li>
50003                        <a href="/Centura-Connect/" class="" target="_self">Centura
      Connect</a>
50004
50005                    </li>
50006
50007                    <li>
50008                        <a href="/Roadmap-to-the-Future-Health-Care/" class=""
      target="_self">Roadmap to the Future of Health Care</a>
50009
50010                    </li>
50011
50012                    <li>
50013                        <a href="/CRH/About-Us/Mission-and-Ministry/" class=""
      target="_self">Mission &amp; Ministry</a>
50014
50015                    <ul class="nav-tier-3">
50016
50017                    <li>
50018                        <a href="/CRH/About-Us/Mission-and-Ministry/Asking-for-Help/"
      class="" target="_self">Asking for Help</a>
50019
50020                    </li>
50021
50022                    <li>
50023                        <a href="/CRH/About-Us/Mission-and-Ministry/Chaplaincy/" class=""
      target="_self">Chaplaincy</a>
50024
50025                    </li>
50026
50027                    <li>
50028                        <a
      href="/CRH/About-Us/Mission-and-Ministry/Community-and-Patient-Based-Missions/"
      class="" target="_self">Community and Patient Based Missions</a>
50029
50030                    </li>
50031
50032                    <li>
50033                        <a
      href="/CRH/About-Us/Mission-and-Ministry/Emotional-and-Spirtual-Resources/" class=""
      target="_self">Emotional and Spirtual Resources</a>
50034
50035                    </li>
50036
50037                    <li>
50038                        <a href="/CRH/About-Us/Mission-and-Ministry/Emotional-Healing/"
```

```
50038…    class=""  target="_self">Emotional Healing</a
50039
50040                  </li>
50041
50042                  <li>
50043                      <a href="/CRH/About-Us/Mission-and-Ministry/Learning-to-Adapt/"
    …  class="" target="_self">Learning to Adapt</a>
50044
50045                  </li>
50046
50047                  <li>
50048                      <a href="/CRH/About-Us/Mission-and-Ministry/Making-Tough-Choices/"
    …  class="" target="_self">Making Tough Choices</a>
50049
50050                  </li>
50051
50052                  <li>
50053                      <a href="/CRH/About-Us/Mission-and-Ministry/Mission-Trips/" class=""
    …  target="_self">Mission Trips</a>
50054
50055                  </li>
50056
50057                  <li>
50058                      <a href="/CRH/About-Us/Mission-and-Ministry/Palliative-Care/"
    …  class="" target="_self">Palliative Care</a>
50059
50060                  </li>
50061
50062                  <li>
50063                      <a
    …  href="/CRH/About-Us/Mission-and-Ministry/What-if-Im-not-Christian/" class=""
    …  target="_self">What if I&#39;m not Christian?</a>
50064
50065                  </li>
50066
50067                  <li>
50068                      <a
    …  href="/CRH/About-Us/Mission-and-Ministry/What-if-Im-not-religious/" class=""
    …  target="_self">What if I&#39;m not religious?</a>
50069
50070                  </li>
50071
50072                  </ul>
50073
50074              </li>
50075
50076              <li>
50077                  <a href="/CRH/About-Us/Our-Sponsor/" class="" target="_self">Our
    …  Sponsor</a>
50078
50079              <ul class="nav-tier-3">
50080
50081                  <li>
50082                      <a href="/CRH/About-Us/Our-Sponsors/Adventist-What-Is-In-A-Name/"
    …  class="" target="_self">Adventist - What&#39;s in a name?</a>
50083
50084                  </li>
50085
50086                  <li>
50087                      <a href="/CRH/About-Us/Our-Sponsors/Wellness-Philosophy/" class=""
    …  target="_self">Wellness Philosophy</a>
50088
50089                  </li>
50090
50091                  <li>
50092                      <a href="/CRH/About-Us/Our-Sponsors/What-Do-Adventists-Believe/"
    …  class="" target="_self">What do Adventists believe?</a>
50093
```

```
50094              </li>
50095
50096              <li>
50097                 <a href="/CRH/About-Us/Our-Sponsors/Who-Are-Adventists/" class=""
…  target="_self">Who are the Adventists?</a>
50098
50099              </li>
50100
50101           </ul>
50102
50103        </li>
50104
50105     </ul>
50106
50107  </li>
50108
50109  <li>
50110     <a href="/Community-Castle-Rock/" class=""
…  target="_self">Community</a>
50111
50112     <ul class="nav-tier-2">
50113
50114        <li>
50115           <a
…  href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=125&amp;aid=CENTURA
…  " class="" target="_blank">Events &amp; Classes</a>
50116
50117        </li>
50118
50119        <li>
50120           <a href="/CRH/Community/Community-Garden/" class=""
…  target="_self">Community Garden</a>
50121
50122        </li>
50123
50124        <li>
50125           <a href="/CRH/Community/Volunteering/" class=""
…  target="_self">Volunteering</a>
50126
50127           <ul class="nav-tier-3">
50128
50129              <li>
50130                 <a href="/CRH/Community/Volunteering/Volunteer-Opportunities/"
…  class="" target="_self">Volunteer Opportunities</a>
50131
50132              </li>
50133
50134              <li>
50135                 <a href="/CRH/Community/Volunteering/Requirements-for-Volunteering/"
…  class="" target="_self">Requirements for Volunteering</a>
50136
50137              </li>
50138
50139              <li>
50140                 <a href="/CRH/Community/Volunteering/Volunteer-Information-Session/"
…  class="" target="_self">Volunteer Information Session</a>
50141
50142              </li>
50143
50144              <li>
50145                 <a
…  href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…  CRH_Volunteer_Interest_Form" class="" target="_blank">Volunteer Interest Form</a>
50146
50147              </li>
50148
50149           </ul>
50150
```

```
50151                     </li>
50152
50153                 <li>
50154                     <a href="/CRH/Community/Partners-in-Health/" class=""
    …  target="_self">Partners in Health</a>
50155
50156                 </li>
50157
50158                 <li>
50159                     <a href="/CRH/Community/Healing-Arts/" class=""
    …  target="_self">Healing Arts</a>
50160
50161                 <ul class="nav-tier-3">
50162
50163                 <li>
50164                     <a href="/CRH/Community/Healing-Arts/Feature-Artists/" class=""
    …  target="_self">Featured Artists</a>
50165
50166                 </li>
50167
50168                 <li>
50169                     <a href="/CRH/Community/Healing-Arts/Contact-Healing-Arts/" class=""
    …  target="_self">Contact Healing Arts</a>
50170
50171                 </li>
50172
50173                 </ul>
50174
50175                 </li>
50176
50177                 <li>
50178                     <a href="/Hotel-Discounts/" class="" target="_self">Hotel
    …  Discounts</a>
50179
50180                 </li>
50181
50182                 <li>
50183                     <a href="/Components/Templates/SecureForm.aspx?ekfrm=10737433782"
    …  class="" target="_blank">Community Support</a>
50184
50185                 </li>
50186
50187                 <li>
50188                     <a href="/CRH/Community/Community-Benefit/" class=""
    …  target="_self">Community Benefit</a>
50189
50190                 </li>
50191
50192                 <li>
50193                     <a href="/CRH/News/Community-News-Videos/" class=""
    …  target="_self">Community News Videos</a>
50194
50195                 </li>
50196
50197                 </ul>
50198
50199                 </li>
50200
50201                 <li>
50202                     <a href="/Health-and-Wellness-CRAH/" class="" target="_self">Health
    …  &amp; Wellness</a>
50203
50204                 <ul class="nav-tier-2">
50205
50206                 <li>
50207                     <a href="https://www.cafewell.com/" class=""
    …  target="_self">CaféWell</a>
50208
```

```
50209                    </li>
50210
50211                 <li>
50212                    <a href="/Creation-Health/" class="" target="_self">CREATION
     Health</a>
50213
50214                 <ul class="nav-tier-3">
50215
50216                 <li>
50217                    <a href="/CRH/Health-and-Wellness/Creation-Health/Choice/" class=""
     target="_self">Choice</a>
50218
50219                 </li>
50220
50221                 <li>
50222                    <a href="/CRH/Health-and-Wellness/Creation-Health/Rest/" class=""
     target="_self">Rest</a>
50223
50224                 </li>
50225
50226                 <li>
50227                    <a href="/CRH/Health-and-Wellness/Creation-Health/Environment/"
     class="" target="_self">Environment</a>
50228
50229                 </li>
50230
50231                 <li>
50232                    <a href="/CRH/Health-and-Wellness/Creation-Health/Activity/" class=""
     target="_self">Activity</a>
50233
50234                 </li>
50235
50236                 <li>
50237                    <a href="/CRH/Health-and-Wellness/Creation-Health/Trust/" class=""
     target="_self">Trust</a>
50238
50239                 </li>
50240
50241                 <li>
50242                    <a
     href="/CRH/Health-and-Wellness/Creation-Health/Interpersonal-Relationships/" class=""
     target="_self">Interpersonal Relationships</a>
50243
50244                 </li>
50245
50246                 <li>
50247                    <a href="/CRH/Health-and-Wellness/Creation-Health/Outlook/" class=""
     target="_self">Outlook</a>
50248
50249                 </li>
50250
50251                 <li>
50252                    <a href="/CRH/Health-and-Wellness/Creation-Health/Nutrition(1)/"
     class="" target="_self">Nutrition</a>
50253
50254                 </li>
50255
50256                 </ul>
50257
50258                 </li>
50259
50260                 <li>
50261                    <a href="/CRH/Health-and-Wellness/Fitness/" class=""
     target="_self">Fitness</a>
50262
50263                 <ul class="nav-tier-3">
50264
50265                 <li>
```

```
50266              <a href="/CRH/Health-and-Wellness/Fitness/Free-Cycle/" class=""
…   target="_self">Free Cycle</a>
50267
50268              </li>
50269
50270              <li>
50271              <a href="/CRH/Health-and-Wellness/Fitness/Mountain-Biking-Group/"
…   class="" target="_self">Mountain Biking Group</a>
50272
50273              </li>
50274
50275              <li>
50276              <a href="/CRH/Health-and-Wellness/Fitness/Running-Teams/" class=""
…   target="_self">Running Teams</a>
50277
50278              </li>
50279
50280              </ul>
50281
50282              </li>
50283
50284              <li>
50285              <a href="/Health-Library/" class="" target="_self">Health Library</a>
50286
50287              <ul class="nav-tier-3">
50288
50289              <li>
50290              <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
…   Information</a>
50291
50292              </li>
50293
50294              </ul>
50295
50296              </li>
50297
50298              <li>
50299              <a href="/Healthy-Habits/" class="" target="_self">Healthy Habits</a>
50300
50301              </li>
50302
50303              <li>
50304              <a href="/iTriage-App/" class="" target="_self">iTriage App</a>
50305
50306              </li>
50307
50308              <li>
50309              <a href="/Manna-Restaurant/" class="" target="_self">Manna
…   Restaurant</a>
50310
50311              <ul class="nav-tier-3">
50312
50313              <li>
50314              <a href="/CRH/Health-and-Wellness/Manna-Restaurant/Manna-News/"
…   class="" target="_self">Manna News</a>
50315
50316              </li>
50317
50318              <li>
50319              <a href="/CRH/Health-and-Wellness/Manna-Restaurant/About-Chef-Dan/"
…   class="" target="_self">About Chef Dan</a>
50320
50321              </li>
50322
50323              <li>
50324              <a
…   href="/CRH/Health-and-Wellness/Manna-Restaurant/Recipes-by-Chef-Dan/" class=""
…   target="_self">Recipes by Chef Dan</a>
```

```
50325
50326                    </li>
50327
50328                </ul>
50329
50330            </li>
50331
50332            <li>
50333                <a href="/Seasonal-Information/" class="" target="_self">Seasonal
       Information</a>
50334
50335            <ul class="nav-tier-3">
50336
50337                <li>
50338                    <a href="/CRH/Health-and-Wellness/Flu-Information/" class=""
       target="_self">Flu Information</a>
50339
50340                </li>
50341
50342            </ul>
50343
50344        </li>
50345
50346        <li>
50347            <a href="/CRH/Health-and-Wellness/Nutrition-Garden-of-Eatin/"
       class="" target="_self">Nutrition-Garden of Eatin&#39;</a>
50348
50349            <ul class="nav-tier-3">
50350
50351                <li>
50352                    <a
       href="/CRH/Health-and-Wellness/Nutrition-Garden-of-Eatin/Healthy-Recipes/" class=""
       target="_self">Healthy Recipes</a>
50353
50354                </li>
50355
50356            </ul>
50357
50358        </li>
50359
50360        <li>
50361            <a href="/CRH/Health-and-Wellness/Wellness-Council/" class=""
       target="_self">Wellness Council</a>
50362
50363        </li>
50364
50365    </ul>
50366
50367    </li>
50368
50369    <li>
50370        <a href="/CRH/Home/News/" class="" target="_self">News</a>
50371
50372    <ul class="nav-tier-2">
50373
50374        <li>
50375            <a href="/CRH/News/Elevate/" class="" target="_self">Elevate</a>
50376
50377        </li>
50378
50379        <li>
50380            <a href="/CRH/News/Key-Media-Contacts" class="" target="_self">For
       the Media</a>
50381
50382        </li>
50383
50384        <li>
50385            <a href="/CRH/News/Community-News-Videos/" class=""
```

```
50385…  target="_self">Community News Videos</a>
50386
50387                  </li>
50388
50389                  </ul>
50390
50391                  </li>
50392
50393                  </ul>
50394
50395  </nav>
50396  <script type="text/javascript">
50397            $(".nav-tier-2").last().addClass("last-tier");
50398  </script>
50399                      </div>
50400                  </div>
50401            </div>
50402            <div id="nav-slide-out">
50403                  <div class="slide-out-left"></div>
50404                  <div class="slide-out-middle"></div>
50405                  <div class="slide-out-right"></div>
50406            </div>
50407            <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
50408  id="EktronScriptBlock02e5925f56c84f76ada6df1a55f0de60" type="text/javascript">
50409  $ektron.extend(true, Ektron,
50410  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
       FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
       Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
       IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
50410
50411
50412  </script></span>
50413  <div id="locations-slide-out">
50414      <div class="nav-col">
50415          <ul>
50416
50417                      <li><span class="glyphicon glyphicon-home"></span>
50418                          <a href=http://www.centura.org/home/>Centura Health</a>
50419                      </li>
50420
50421                      <li>
50422                          <a href=http://www.avistahospital.org/avh/home/>Avista
       Adventist Hospital</a>
50423                      </li>
50424
50425                      <li>
50426                          <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
       Grant County Hospital</a>
50427                      </li>
50428
50429                      <li>
50430                          <a href=http://www.castlerockhospital.org>Castle Rock
       Adventist Hospital</a>
50431                      </li>
50432
50433                      <li>
50434                          <a href=http://www.mylittletonhospital.org>Littleton
       Adventist Hospital</a>
50435                      </li>
50436
50437                      <li>
50438                          <a href=http://www.luhcares.org/>Longmont United Hospital</a>
50439                      </li>
50440
50441                      <li>
50442                          <a href=http://www.mercydurango.org>Mercy Regional Medical
       Center</a>
```

```
50443                               </li>
50444
50445                       <li>
50446                               <a href=http://www.orthocolorado.org>OrthoColorado
…     Hospital</a>
50447                       </li>
50448
50449                       <li>
50450                               <a href=http://www.parkerhospital.org>Parker Adventist
…     Hospital</a>
50451                       </li>
50452
50453           </ul>
50454       </div>
50455       <div class="nav-col">
50456           <ul>
50457
50458                       <li>
50459                               <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
…     Health Services</a>
50460                       </li>
50461
50462                       <li>
50463                               <a href=http://www.porterhospital.org>Porter Adventist
…     Hospital</a>
50464                       </li>
50465
50466                       <li>
50467                               <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
50468                       </li>
50469
50470                       <li>
50471                               <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
…     North Health Campus</a>
50472                       </li>
50473
50474                       <li>
50475                               <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
…     Medical Center</a>
50476                       </li>
50477
50478                       <li>
50479                               <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
…     Center</a>
50480                       </li>
50481
50482                       <li>
50483                               <a href=http://www.stcatherinehosp.org>St. Catherine
…     Hospital</a>
50484                       </li>
50485
50486                       <li>
50487                               <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
…     Hospital</a>
50488                       </li>
50489
50490           </ul>
50491       </div>
50492       <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
…     hospital-image">
50493
50494           <img alt="Centura Health Find a Location"
…     src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
50495           <br />
50496           <p>Centura Health has more experts in more places throughout the region.
…     Start your health journey by finding the right one for you.</p>
50497           <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
…     btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
```

```
50497…  Menu Dropdown">search locations</button>
50498
50499  </div>
50500      <div class="clearfix"></div>
50501  </div>
50502
50503      </div>
50504  </header>
50505
50506
50507
50508
50509  <div id="theMobileNav" role="navigation" class="hidden-print">
50510      <div class="navbar navbar-default navbar-fixed-top" role="navigation">
50511          <div class="container">
50512              <div class="navbar-header">
50513                  <button type="button" class="navbar-toggle pull-left
       mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
50514                      <span class="sr-only">Toggle navigation</span>
50515                      <span class="icon-bar"></span>
50516                      <span class="icon-bar"></span>
50517                      <span class="icon-bar"></span>
50518                  </button>
50519                  <a class="navbar-brand" href="/">
50520                      <img id="ctl00_UxPrimaryNavMobile_UxLogo"
       src="/uploadedImages/castlerockhospital/Content/CRH/Configuration/Castle%20Rock-Adv-
       Hosp-Web.png" />
50521                  </a>
50522              </div>
50523              <div class="navbar-collapse collapse">
50524
50525                      <ul class="nav navbar-nav navbar-right" id="mobile-nav">
50526
50527                      <li class="dropdown">
50528                          <a href="/CRH/Home/Specialties/"
50529                            class="dropdown-toggle"
50530                            data-toggle="dropdown">
50531                            Specialties
50532                            <b class="caret"></b>
50533                          </a>
50534
50535                          <ul class="dropdown-menu">
50536
50537                          <li><a href="/The-BirthPlace/">The
       BirthPlace</a></li>
50538
50539                          <li><a
       href="/CRH/Specialties/The-Breast-Care-Center-at-Castle-Rock/">The Breast Care Center
       at Castle Rock</a></li>
50540
50541                          <li><a
       href="/CRH/Specialties/Cancer-Oncology/">Cancer/Oncology</a></li>
50542
50543                          <li><a
       href="/CRH/Specialties/Cardiac-Services/">Cardiac Services</a></li>
50544
50545                          <li><a
       href="/CRH/Specialties/Diabetes-Care/">Diabetes Care</a></li>
50546
50547                          <li><a
       href="/CRH/Specialties/Emergency-Care/">Emergency Care</a></li>
50548
50549                          <li><a
       href="/Gastroenterology/">GI/Colonoscopy</a></li>
50550
50551                          <li><a
       href="/CRH/Specialties/Medical-Imaging/">Medical Imaging</a></li>
50552
```

```
50553                                         115<a
…    href="/CRH/Specialties/Neurosurgery-and-Neurology/">Neurosurgery and
…    Neurology</a></li>
50554
50555                                            <li><a
…    href="/CRH/Specialties/Orthopedics/">Orthopedics</a></li>
50556
50557                                            <li><a
…    href="/Rehabilitation/">Rehabilitation</a></li>
50558
50559                                            <li><a href="/Sleep-Disorder-Center/">Sleep
…    Disorder</a></li>
50560
50561                                            </ul>
50562
50563                                    </li>
50564
50565                                    <li class="dropdown">
50566                                        <a href="/For-Patients-and-Families/"
50567                                           class="dropdown-toggle"
50568                                           data-toggle="dropdown">
50569                                            For Patients &amp; Families
50570                                            <b class="caret"></b>
50571                                        </a>
50572
50573                                        <ul class="dropdown-menu">
50574
50575                                            <li><a href="/#PreRegModal">Patient
…    Pre-Registration</a></li>
50576
50577                                            <li><a
…    href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>
50578
50579                                            <li><a
…    href="/For-Patients-and-Families/Pricing/">Pricing</a></li>
50580
50581                                            <li><a
…    href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>
50582
50583                                            <li><a href="/Advance-Directives/">Advance
…    Directives</a></li>
50584
50585                                            <li><a href="/Centura-Health-LINKS/">Centura
…    Health LINKS</a></li>
50586
50587                                            <li><a
…    href="/MyCenturaHealth/">MyCenturaHealth</a></li>
50588
50589                                            <li><a href="/Medical-Records/">Medical
…    Records</a></li>
50590
50591                                            <li><a
…    href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
…    Responsibilities</a></li>
50592
50593                                            <li><a
…    href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
50594
50595                                            <li><a
…    href="/Connect-for-Health-Colorado/">Connect for Health Colorado</a></li>
50596
50597                                            <li><a
…    href="/CRH/For-Patients-and-Families/GetWell-Network/">GetWell Network</a></li>
50598
50599                                            <li><a
…    href="/CRH/For-Patients-and-Families/Home-Care-and-Hospice-End-of-Life/">Home Care
…    &amp; Hospice-End of Life</a></li>
50600
```

```
50601                                          115<a
   …     href="/CRH/For-Patients-and-Families/Hospital-Amenities/">Hospital Amenities</a></li>
50602
50603                                          <li><a href="/Hotel-Discounts/">Hotel
   …     Discounts</a></li>
50604
50605                                          <li><a
   …     href="/CRH/For-Patients-and-Families/Hospitalist-Program/">Hospitalist
   …     Program</a></li>
50606
50607                                          <li><a href="/Patient-Resources/">Patient
   …     Resources</a></li>
50608
50609                                          <li><a
   …     href="https://www.itriagehealth.com/facility/castle-rock-adventist-hospital-3336253">
   …     Tell Us You&#39;re Coming</a></li>
50610
50611                                          </ul>
50612
50613                                  </li>
50614
50615                                  <li class="dropdown">
50616                                      <a href="/CRH/Home/About-Us/"
50617                                          class="dropdown-toggle"
50618                                          data-toggle="dropdown">
50619                                          About Us
50620                                          <b class="caret"></b>
50621                                      </a>
50622
50623                                      <ul class="dropdown-menu">
50624
50625                                          <li><a
   …     href="/CRH/About-Us/Castle-Rock-Hospital-Foundation/">Castle Rock Hospital
   …     Foundation</a></li>
50626
50627                                          <li><a
   …     href="/CRH/About-Us/Mission-and-Values/">Mission &amp; Values</a></li>
50628
50629                                          <li><a
   …     href="/CRH/About-Us/Our-Leaders/">Leadership</a></li>
50630
50631                                          <li><a
   …     href="/CRH/About-Us/Awards-and-Honors/">Awards &amp; Recognitions</a></li>
50632
50633                                          <li><a href="/Centura-Connect/">Centura
   …     Connect</a></li>
50634
50635                                          <li><a
   …     href="/Roadmap-to-the-Future-Health-Care/">Roadmap to the Future of Health
   …     Care</a></li>
50636
50637                                          <li><a
   …     href="/CRH/About-Us/Mission-and-Ministry/">Mission &amp; Ministry</a></li>
50638
50639                                          <li><a href="/CRH/About-Us/Our-Sponsor/">Our
   …     Sponsor</a></li>
50640
50641                                          </ul>
50642
50643                                  </li>
50644
50645                                  <li class="dropdown">
50646                                      <a href="/Community-Castle-Rock/"
50647                                          class="dropdown-toggle"
50648                                          data-toggle="dropdown">
50649                                          Community
50650                                          <b class="caret"></b>
50651                                      </a>
```

```
50652                                          <ul class="dropdown-menu">
50653
50654
50655                                              <li><a
...   href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=125&amp;aid=CENTURA
...   ">Events &amp; Classes</a></li>
50656
50657                                              <li><a
...   href="/CRH/Community/Community-Garden/">Community Garden</a></li>
50658
50659                                              <li><a
...   href="/CRH/Community/Volunteering/">Volunteering</a></li>
50660
50661                                              <li><a
...   href="/CRH/Community/Partners-in-Health/">Partners in Health</a></li>
50662
50663                                              <li><a
...   href="/CRH/Community/Healing-Arts/">Healing Arts</a></li>
50664
50665                                              <li><a href="/Hotel-Discounts/">Hotel
...   Discounts</a></li>
50666
50667                                              <li><a
...   href="/Components/Templates/SecureForm.aspx?ekfrm=10737433782">Community
...   Support</a></li>
50668
50669                                              <li><a
...   href="/CRH/Community/Community-Benefit/">Community Benefit</a></li>
50670
50671                                              <li><a
...   href="/CRH/News/Community-News-Videos/">Community News Videos</a></li>
50672
50673                                          </ul>
50674
50675                                  </li>
50676
50677                              <li class="dropdown">
50678                                  <a href="/Health-and-Wellness-CRAH/"
50679                                     class="dropdown-toggle"
50680                                     data-toggle="dropdown">
50681                                     Health &amp; Wellness
50682                                     <b class="caret"></b>
50683                                  </a>
50684
50685                                      <ul class="dropdown-menu">
50686
50687                                          <li><a
...   href="https://www.cafewell.com/">CaféWell</a></li>
50688
50689                                          <li><a href="/Creation-Health/">CREATION
...   Health</a></li>
50690
50691                                          <li><a
...   href="/CRH/Health-and-Wellness/Fitness/">Fitness</a></li>
50692
50693                                          <li><a href="/Health-Library/">Health
...   Library</a></li>
50694
50695                                          <li><a href="/Healthy-Habits/">Healthy
...   Habits</a></li>
50696
50697                                          <li><a href="/iTriage-App/">iTriage App</a></li>
50698
50699                                          <li><a href="/Manna-Restaurant/">Manna
...   Restaurant</a></li>
50700
50701                                          <li><a href="/Seasonal-Information/">Seasonal
...   Information</a></li>
```

```
50702
50703                                    <li><a
      href="/CRH/Health-and-Wellness/Nutrition-Garden-of-Eatin/">Nutrition-Garden of
      Eatin&#39;</a></li>
50704
50705                                    <li><a
      href="/CRH/Health-and-Wellness/Wellness-Council/">Wellness Council</a></li>
50706
50707                                    </ul>
50708
50709                              </li>
50710
50711                              <li class="dropdown">
50712                                  <a href="/CRH/Home/News/"
50713                                     class="dropdown-toggle"
50714                                     data-toggle="dropdown">
50715                                     News
50716                                     <b class="caret"></b>
50717                                  </a>
50718
50719                                  <ul class="dropdown-menu">
50720
50721                                    <li><a href="/CRH/News/Elevate/">Elevate</a></li>
50722
50723                                    <li><a href="/CRH/News/Key-Media-Contacts/">For
      the Media</a></li>
50724
50725                                    <li><a
      href="/CRH/News/Community-News-Videos/">Community News Videos</a></li>
50726
50727                                    </ul>
50728
50729                              </li>
50730
50731                          </ul>
50732
50733                  </div>
50734                  <!--/.nav-collapse -->
50735              </div>
50736          </div>
50737      <div class="mobile-search">
50738          <div class="input-group input-group-sm">
50739              <input id="mobile-search-text" type="text" class="form-control"
      placeholder="Enter your search terms here" />
50740              <div class="input-group-btn">
50741                  <button type="button" class="btn btn-default dropdown-toggle"
      data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
50742                      <input type="hidden" id="mobileSearchFolderId" value="3159" />
50743                      <span class="mobile-search-tip">current site</span><span
      class="caret"></span>
50744                      <span class="sr-only">Toggle Dropdown</span>
50745                  </button>
50746                  <ul class="dropdown-menu pull-right mobile-search-filter"
      role="menu">
50747                      <li><a href="0" data-folderid="3159" class="active">current
      site</a></li>
50748                      <li><a href="0" data-folderid="">all sites</a></li>
50749                  </ul>
50750                  <button id="mobile-search-button" type="button" class="btn
      btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
50751              </div>
50752          </div>
50753      </div>
50754  </div>
50755
50756  <script>
50757      $(document).ready(function () {
50758          // Add an item for the root node link to each sub-menu
```

```
50759          $("#mobile-nav .dropdown-toggle").each(function () {
50760              var dropdownHeader = $(this);
50761              var dropdownMenu = dropdownHeader.next();
50762
50763              var newTitle = dropdownHeader.text() + " Home";
50764              var newLink = dropdownHeader.attr("href");
50765
50766              var newTopItem = $(document.createElement("li"));
50767              var newTopLink = $(document.createElement("a")).attr("href",
       newLink).text(newTitle);
50768
50769              newTopItem.append(newTopLink);
50770
50771              dropdownMenu.prepend(newTopItem);
50772          });
50773
50774          // Prevent sub-menu items from triggering collapse when clicked
50775          $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
50776              clickEvent.stopPropagation();
50777          });
50778
50779          $('#mobile-nav').append('<li class="your-navs"><a
       href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
50780          $('#mobile-nav').append('<li class="your-navs"><a
       href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
50781          $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
       target="_blank">MyCenturaHealth</a></li>');
50782      });
50783 </script>
50784
50785      <div class="contentPush"></div>
50786      <div id="content" class="container-fluid snap-content">
50787
50788          <!--Header-->
50789
50790          <div>
50791
50792      <script type="text/javascript">
50793 //<![CDATA[
50794 Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
       ctl03', 'aspnetForm',
       ['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
       DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
       tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl02$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl02$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl03$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl04$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl04$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl04$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
       ctl00$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl02$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
       ctl00$uxControlColumn$ctl03$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl04$
       uxWidgetHost$uxUpdatePanel',''], [], [], 90, 'ctl00');
50795 //]]>
50796 </script>
```

```
        <script type="text/javascript">
            Ektron.PBSettings = { 'dontClose': false }
        </script>



        <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">

        </div>
        <script id="EktronScriptBlock20d281e34a844eaf858cd0eb81745459"
type="text/javascript">

Ektron.ready(function(event, eventName){

                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
.ui-dialog-buttonpane a").button();
                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
.framework").accordion({
                    heightStyle: "content",
                    activate: function(event, ui){
                        $ektron(ui).closest(".ui-accordion").accordion("refresh");
                    }
                });
                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });

});


</script>



    <div id="location-landing-header">
        <div class="container">

        <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">

                <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
data-ux-pagebuilder="DropZone">

                        <div data-ux-pagebuilder="Column">

                            <ul>

                                <li>
        <div
id="
ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
getHost_uxUpdatePanel">

                    <div data-ux-pagebuilder="Widget">

                        <div class="widgetBody">
                            <span
id="
ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
id="EktronScriptBlock6501452136f44b4ea19d8bc4f9ba4c9d" type="text/javascript">

            $ektron.extend(true, Ektron,
{Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
```

```
50849…  IsToolbarEnabledForTemplate':true,'IsDeviceHTML5':true}}});
50850
50851
50852          </script></span>
50853  <div class="container">
50854        <div
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
50855
50856        <div id="landing-carousel" class="col-md-9 no-padding">
50857            <div id="location-landing-full" class="carousel slide" data-ride="carousel"
      …  data-wrap="true">
50858                <div class="carousel-inner">
50859
50860
50861
50862
50863
50864                    <div
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
      …  l00_UxSliderNoLink" class="item active">
50865                        <img
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
      …  l00_Image1" class="full"
      …  src="/uploadedImages/castlerockhospital/Content/CRH/Home/Carousels/CastleRock-lg.jpg"
      …  alt="Castle Rock Adventist Hospital" />
50866
50867                    </div>
50868
50869                </div>
50870
50871
50872            </div>
50873        </div>
50874
50875        </div>
50876        <div id="landing-column" class="col-md-3 no-padding">
50877
50878            <div
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxWaitTime" class="yellow-block">
50879                <span class="er">ER:</span>
50880                <span class="min">21<sup>min</sup></span>
50881                <button
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxViewAllButton" type="button"
      …  class="btn btn-orange btn-wait" title="view all"
      …  onclick="document.location.href=&#39;/CRH/Specialties/Emergency-Care/&#39;;">view
      …  all</button>
50882                <a
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxTellUsYoureComingLink" title="Tell
      …  Us You&#39;re Coming"
      …  href="https://www.itriagehealth.com/facility/castle-rock-adventist-hospital-3336253"
      …  target="_blank">Tell Us You're Coming</a>
50883            </div>
50884
50885            <div
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
```

```
50885…   getHost_uxWidgetHost_widget_UxLandingPageBanner_MapDiv" class="gmap">
50886               <div class="mask"></div>
50887               <iframe
  …   src="https://maps.google.com/maps?ll=39.4047309,-104.8866840&amp;z=10&amp;output=
  …   embed"
  …   id="
  …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
  …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
  …   width="425"></iframe>
50888           <a href="/Components/Templates/Directions.aspx?endaddress=2350 Meadows
  …   Boulevard, Castle Rock  CO 80109"
  …   id="
  …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
  …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
  …   data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
  …   data-title="Directions" class="ilightbox btn btn-gmap"
  …   data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
  …   data-action="click" role="button">directions</a>
50889           </div>
50890
50891       <div class="linx">
50892
50893               <ul>
50894
50895               <li><a href="/CRH/Community/Volunteering/" target="_self"
  …   title="Volunteer">Volunteer</a></li>
50896
50897               <li><a href="/CRH/Home/Contact-Us-CRAH/" target="_self"
  …   title="Contact Us">Contact Us</a></li>
50898
50899               <li><a href="/Careers-and-Education/" target="_self"
  …   title="Careers &amp; Education">Careers &amp; Education</a></li>
50900
50901               </ul>
50902
50903       </div>
50904   </div>
50905   </div>
50906
50907
50908               </div>
50909           </div>
50910
50911   </div>
50912
50913                           </li>
50914
50915                       </ul>
50916                   </div>
50917
50918           </div>
50919
50920   </div>
50921
50922       </div>
50923   </div>
50924   <div class="container">
50925       <div class="col-md-9">
50926
50927       <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
  …   class="container">
50928
50929           <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
  …   data-ux-pagebuilder="DropZone" class=" row">
50930
50931                   <div data-ux-pagebuilder="Column">
50932
50933                       <ul>
```

```
50934
50935                                                    <li>
50936
50937            <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…    getHost_uxUpdatePanel">
50938
50939                    <div data-ux-pagebuilder="Widget">
50940
50941                        <div class="widgetBody">
50942
50943 <div>
50944     <h1 class="global-h1">Welcome to Castle Rock Adventist Hospital</h1>
50945 </div>
50946
50947                        </div>
50948                    </div>
50949
50950    </div>
50951
50952                                            </li>
50953
50954                                            <li>
50955
50956            <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…    getHost_uxUpdatePanel">
50957
50958                    <div data-ux-pagebuilder="Widget">
50959
50960                        <div class="widgetBody">
50961
50962            <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…    getHost_uxWidgetHost_widget_CB">
50963                <p>Since 2011 the <span>Castle Rock Community</span> has grown to
…    appreciate the convenience of having an ER and imaging center right in the
…    neighborhood. Now you can obtain advanced care for many specialties close to home
…    with the opening of the new 50-bed Castle Rock Adventist Hospital.</p>
50964 <p>At Castle Rock Adventist Hospital, our experienced <span>medical
…    professionals</span> are dedicated to provide expert, compassionate care for you and
…    your family. Our care is founded upon relationship-based nursing, a philosophy
…    designed to create fulfilling patient relationships. Our #1 priority will be to
…    provide care that honors and respects patients and their families, providing support
…    when you need it most.</p>
50965            </div>
50966
50967            <span
…    id="
…    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…    getHost_uxWidgetHost_widget_errorLb"></span>
50968
50969                        </div>
50970                    </div>
50971
50972    </div>
50973
50974                                            </li>
50975
50976                                    </ul>
50977                            </div>
50978
50979                    <div data-ux-pagebuilder="Column" class=''>
50980
50981                        <ul>
```

```
50982                                    </ul>
50983                                  </div>
50984
50985                                  <div data-ux-pagebuilder="Column" class='col-md-6'>
50986
50987                                      <ul>
50988
50989                                          <li>
50990
50991        <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
…      getHost_uxUpdatePanel">
50992
50993                          <div data-ux-pagebuilder="Widget">
50994
50995                              <div class="widgetBody">
50996
50997  <div>
50998      <h1 class="global-h1">Latest News</h1>
50999  </div>
51000
51001                              </div>
51002                          </div>
51003
51004      </div>
51005
51006                                          </li>
51007
51008                                          <li>
51009
51010        <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…      getHost_uxUpdatePanel">
51011
51012                          <div data-ux-pagebuilder="Widget">
51013
51014                              <div class="widgetBody">
51015                                      <span
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…      getHost_uxWidgetHost_widget_UxLatestNewslist_uxAccessPoint"><script
…      id="EktronScriptBlock15795f8a50f94ff0aae451c85681b2a0" type="text/javascript">
51016
51017          $ektron.extend(true, Ektron,
…      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51018
51019
51020          </script></span>
51021  <div class="blue-news-box">
51022      <div class="news-block">
51023          <h2></h2>
51024          <ul class="news-list">
51025
51026                      <li>
51027                          <a
…      href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
…      Hospital-For-Lake-County/" ><time datetime="8/30/2016 12:00:00 AM">Aug 30,
…      2016</time></a>
51028                          <a
…      href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
…      Hospital-For-Lake-County/" >St. Vincent Hospital, Centura Health Plan New Hospital
…      For Lake County</a>
```

```
51030                        </li>
51031
51032                    <li>
51033                        <a
…  href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=17179869225" ><time
…  datetime="8/8/2016 12:00:00 AM">Aug 8, 2016</time></a>
51034                        <a
…  href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=17179869225" >Porter
…  Adventist Hospital and Senior Care of Colorado Announce Expanded Geriatric Clinic
…  </a>
51035                    </li>
51036
51037                    <li>
51038                        <a
…  href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
…  ER-Visits/" ><time datetime="8/4/2016 12:00:00 AM">Aug 4, 2016</time></a>
51039                        <a
…  href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
…  ER-Visits/" >Innovative Colorado Clinics Reduce Unnecessary ER Visits</a>
51040                    </li>
51041
51042        </ul>
51043        <button
…  id="
…  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
…  getHost_uxWidgetHost_widget_UxLatestNewslist_UxButton" type="button" class="btn
…  btn-gray"
…  onclick="document.location.href=&#39;http://castlerockhospital.org/News-CRAH/&#39;;">
…  read more</button>
51044        </div>
51045  </div>
51046
51047
51048                        </div>
51049                    </div>
51050
51051    </div>
51052
51053                                        </li>
51054
51055                                        <li>
51056
51057        <div
…  id="
…  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
…  getHost_uxUpdatePanel">
51058
51059                    <div data-ux-pagebuilder="Widget">
51060
51061                        <div class="widgetBody">
51062                            <span
…  id="
…  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
…  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…  id="EktronScriptBlockf60aa744a4174bf6812b37b78daeddc8" type="text/javascript">
51063
51064        $ektron.extend(true, Ektron,
…  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51065
51066
51067        </script></span>
51068
51069
51070  <div
…  id="
```

```
51070... ctl100_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    ... getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">

51071
51072        <div class="media col-spacing-medium">
51073            <a class="pull-left "
    ... href='http://www.centura.org/specialties/cancer-network/breast-cancer-prevention/'
    ... target='_blank' data-category="Featured Content" data-action="click"
    ... data-label="Breast Cancer Prevention">
51074                <img class="media-object" alt='Breast Cancer Prevention'
    ... src='/uploadedImages/porterhospital/Content/POH/Featured_Item/
    ... Rightfit_breastcenterlanding.png' title='Breast Cancer Prevention'>
51075            </a>
51076            <div class="media-body">
51077                <h4 class="media-heading"><a class=""
    ... href='http://www.centura.org/specialties/cancer-network/breast-cancer-prevention/'
    ... target='_blank' data-category="Featured Content" data-action="click"
    ... data-label="Breast Cancer Prevention">Breast Cancer Prevention</a></h4>
51078                <p>Reduce your risk for breast cancer.
51079
51080 We want to support you with the education and proper resources to enjoy a healthy
    ... life.
51081 </p>
51082                <button type="button" class="btn btn-gray "
    ... onclick="window.open('http://www.centura.org/specialties/cancer-network/breast-cancer
    ... -prevention/');" data-category="Featured Content" data-action="click"
    ... data-label="Breast Cancer Prevention">learn more</button>
51083            </div>
51084        </div>

51085
51086        </div>

51087
51088
51089                </div>
51090            </div>
51091
51092        </div>
51093
51094                                            </li>
51095
51096                                        <li>
51097
51098        <div
    ... id="
    ... ctl100_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
    ... getHost_uxUpdatePanel">

51099
51100                <div data-ux-pagebuilder="Widget">

51101
51102                    <div class="widgetBody">
51103                        <span
    ... id="
    ... ctl100_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
    ... getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    ... id="EktronScriptBlock3b5433dcc80243cc87d0bc3c8b574df3" type="text/javascript">

51104
51105            $ektron.extend(true, Ektron,
    ... {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    ... FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    ... Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,
    ... "IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});

51106
51107
51108        </script></span>

51109
51110
51111 <div
    ... id="
    ... ctl100_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
```

```
51111...  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
51112
51113          <div class="media col-spacing-medium">
51114              <a class="pull-left " href='/crh/about-us/castle-rock-hospital-foundation/'
    ...  target='_self' data-category="Featured Content" data-action="click"
    ...  data-label="Castle Rock Hospital Foundation">
51115                  <img class="media-object" alt='Castle Rock Hospital Foundation'
    ...  src='/uploadedImages/castlerockhospital/Content/CRH/About_Us/Foundation/
    ...  plantfeature_80.jpg' title='Castle Rock Hospital Foundation'>
51116              </a>
51117              <div class="media-body">
51118                  <h4 class="media-heading"><a class=""
    ...  href='/crh/about-us/castle-rock-hospital-foundation/' target='_self'
    ...  data-category="Featured Content" data-action="click" data-label="Castle Rock Hospital
    ...  Foundation">Castle Rock Hospital Foundation</a></h4>
51119                  <p>Together we can help to grow a healthier community.</p></p>
51120                  <button type="button" class="btn btn-gray "
    ...  onclick="document.location.href='/crh/about-us/castle-rock-hospital-foundation/';"
    ...  data-category="Featured Content" data-action="click" data-label="Castle Rock Hospital
    ...  Foundation">learn about the foundation</button>
51121              </div>
51122          </div>
51123
51124              </div>
51125
51126
51127                  </div>
51128              </div>
51129
51130      </div>
51131
51132                                          </li>
51133
51134                      </ul>
51135                  </div>
51136
51137                  <div data-ux-pagebuilder="Column" class='col-md-6'>
51138
51139                      <ul>
51140
51141                      </ul>
51142                  </div>
51143
51144                  <div data-ux-pagebuilder="Column" class='col-md-6'>
51145
51146                      <ul>
51147
51148                          <li>
51149
51150          <div
    ...  id="
    ...  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
    ...  getHost_uxUpdatePanel">
51151
51152                  <div data-ux-pagebuilder="Widget">
51153
51154                      <div class="widgetBody">
51155                          <span
    ...  id="
    ...  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
    ...  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    ...  id="EktronScriptBlock27560bf001b6434185e31032f942a78d" type="text/javascript">
51156
51157              $ektron.extend(true, Ektron,
    ...  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    ...  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    ...  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    ...  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
```

```
51158
51159
51160            </script></span>
51161
51162
51163  <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl00_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
51164
51165      <div class="media col-spacing-medium">
51166          <a class="pull-left " href='/CRH/Specialties/The-BirthPlace/' target='_self'
    …  data-category="Featured Content" data-action="click" data-label="BirthPlace">
51167              <img class="media-object" alt='The BirthPlace | Castle Rock Adventist
    …  Hospital'
    …  src='/uploadedImages/castlerockhospital/Content/CRH/Featured_Item/babycr.gif'
    …  title='The BirthPlace | Castle Rock Adventist Hospital'>
51168          </a>
51169          <div class="media-body">
51170              <h4 class="media-heading"><a class=""
    …  href='/CRH/Specialties/The-BirthPlace/' target='_self' data-category="Featured
    …  Content" data-action="click" data-label="BirthPlace">BirthPlace</a></h4>
51171              <p>Castle Rock's BirthPlace
51172
51173  customizes your delivery at Castle Rock's BirthPlace. Our team of maternity
    …  specialists would be honored to serve you.
51174
51175  </p>
51176              <button type="button" class="btn btn-gray "
    …  onclick="document.location.href='/CRH/Specialties/The-BirthPlace/';"
    …  data-category="Featured Content" data-action="click" data-label="BirthPlace">read
    …  more </button>
51177          </div>
51178      </div>
51179
51180          </div>
51181
51182
51183                  </div>
51184              </div>
51185
51186      </div>
51187
51188                              </li>
51189
51190                              <li>
51191
51192          <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl01_uxWid
    …  getHost_uxUpdatePanel">
51193
51194              <div data-ux-pagebuilder="Widget">
51195
51196              <div class="widgetBody">
51197                  <span
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    …  id="EktronScriptBlockf26686e1646a48c29533f23a79364799" type="text/javascript">
51198
51199          $ektron.extend(true, Ektron,
    …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51200
51201
```

```
51202            </script></span>
51203
51204
51205  <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl01_uxWid
…      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
51206
51207       <div class="media col-spacing-medium">
51208           <a class="pull-left " href='/CRH/Specialties/Emergency-Care/' target='_self'
…      data-category="Featured Content" data-action="click" data-label="Emergency Room Wait
…      Time">
51209               <img class="media-object" alt='Emergency Room Wait Time | Castle Rock
…      Adventist Hospital'
…      src='/uploadedImages/castlerockhospital/Content/CRH/Featured_Item/ER-wait-time_Castle
…      -Rock-Adventist-Health-Campus.jpg' title='Emergency Room Wait Time | Castle Rock
…      Adventist Hospital'>
51210           </a>
51211           <div class="media-body">
51212               <h4 class="media-heading"><a class=""
…      href='/CRH/Specialties/Emergency-Care/' target='_self' data-category="Featured
…      Content" data-action="click" data-label="Emergency Room Wait Time">Emergency Room
…      Wait Time</a></h4>
51213               <p>Check our current Emergency Room wait time from your computer or
…      mobile device, updated every 15 minutes.</p>
51214               <button type="button" class="btn btn-gray "
…      onclick="document.location.href='/CRH/Specialties/Emergency-Care/';"
…      data-category="Featured Content" data-action="click" data-label="Emergency Room Wait
…      Time">learn more</button>
51215           </div>
51216       </div>
51217
51218           </div>
51219
51220
51221                       </div>
51222               </div>
51223
51224       </div>
51225
51226                                           </li>
51227
51228                                           <li>
51229
51230       <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl02_uxWid
…      getHost_uxUpdatePanel">
51231
51232               <div data-ux-pagebuilder="Widget">
51233
51234                   <div class="widgetBody">
51235                       <span
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl02_uxWid
…      getHost_uxWidgetHost_widget_UxAccessPoint"><script
…      id="EktronScriptBlock15b2f3f3608b46e7b6d5092654c3e88f" type="text/javascript">
51236
51237       $ektron.extend(true, Ektron,
…      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51238
51239
51240       </script></span>
51241
51242
```

```
51243   <div
        id="
        ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl04_uxControlColumn_ctl02_uxWid
        getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
51244
51245       <div class="media col-spacing-medium">
51246           <a class="pull-left " href='http://www.parkerhospital.org/mycenturahealth/'
        target='_blank' data-category="Featured Content" data-action="click"
        data-label="MyCenturaHealth Patient Portal">
51247               <img class="media-object" alt='MyCenturaHealth_1'
        src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/service_Genetic.jpg'
        title='MyCenturaHealth_1'>
51248           </a>
51249           <div class="media-body">
51250               <h4 class="media-heading"><a class=""
        href='http://www.parkerhospital.org/mycenturahealth/' target='_blank'
        data-category="Featured Content" data-action="click" data-label="MyCenturaHealth
        Patient Portal">MyCenturaHealth Patient Portal</a></h4>
51251               <p>MyCenturaHealth is a secure, online portal that helps you conveniently
        manage your health. </p>
51252               <button type="button" class="btn btn-gray "
        onclick="window.open('http://www.parkerhospital.org/mycenturahealth/');"
        data-category="Featured Content" data-action="click" data-label="MyCenturaHealth
        Patient Portal">learn more</button>
51253           </div>
51254       </div>
51255
51256       </div>
51257
51258
51259                   </div>
51260               </div>
51261
51262       </div>
51263
51264                                   </li>
51265
51266                           </ul>
51267                       </div>
51268
51269                       <div data-ux-pagebuilder="Column" class=''>
51270
51271                           <ul>
51272
51273                           </ul>
51274                       </div>
51275
51276               </div>
51277
51278   </div>
51279
51280       </div>
51281       <div class="col-md-1"></div>
51282       <div class="col-md-3">
51283
51284
51285       <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">
51286
51287           <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
        data-ux-pagebuilder="DropZone">
51288
51289               <div data-ux-pagebuilder="Column">
51290
51291                   <ul>
51292
51293                       <li>
51294
51295       <div
```

```
51295…  id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …    getHost_uxUpdatePanel">
51296
51297              <div data-ux-pagebuilder="Widget">
51298
51299                  <div class="widgetBody">
51300
51301
51302        <div
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …    getHost_uxWidgetHost_widget_divBreak" style="height: 5px;"></div>
51303
51304                  </div>
51305                </div>
51306
51307      </div>
51308
51309                                        </li>
51310
51311                                        <li>
51312
51313        <div
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …    getHost_uxUpdatePanel">
51314
51315              <div data-ux-pagebuilder="Widget">
51316
51317                  <div class="widgetBody">
51318                      <span
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    …    id="EktronScriptBlock3d65652aa1614b6db28c60bf025b6a33" type="text/javascript">
51319
51320        $ektron.extend(true, Ektron,
    …    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51321
51322
51323        </script></span>
51324  <div
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
51325
51326      <div class="read-more">
51327          <div>
51328              <a href='/CMSlogin.aspx?id=12286' class="thumbnail provider-finder"
    …    target='_self' data-category="Featured Content" data-action="click" data-label="Find
    …    a Doctor">
51329                  <img alt='Find a Doctor'
    …    src='/uploadedImages/castlerockhospital/Content/CRH/Featured_Item/feature_Health(1).
    …    jpg' title='Find a Doctor' /></a>
51330              <h3><a class="provider-finder" href='/CMSlogin.aspx?id=12286'
    …    target='_self' data-category="Featured Content" data-action="click" data-label="Find
    …    a Doctor">Find a Doctor</a></h3>
51331              <p>Get started on your journey to healthier today. Find a doctor or
    …    office to help you get there.</p>
51332          </div>
51333          <button type="button" class="btn btn-gray provider-finder"
    …    onclick="document.location.href='/CMSlogin.aspx?id=12286';" data-category="Featured
    …    Content" data-action="click" data-label="Find a Doctor">find a doctor</button>
51334      </div>
```

```
51335
51336                </div>
51337
51338
51339
51340
51341                        </div>
51342                    </div>
51343
51344        </div>
51345
51346                                            </li>
51347
51348                                            <li>
51349
51350            <div
  …  id="
  …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
  …  getHost_uxUpdatePanel">
51351
51352                    <div data-ux-pagebuilder="Widget">
51353
51354                        <div class="widgetBody">
51355
51356        <hr class="gray" />
51357
51358
51359                        </div>
51360                    </div>
51361
51362        </div>
51363
51364                                                <li>
51365
51366                                                <li>
51367
51368            <div
  …  id="
  …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
  …  getHost_uxUpdatePanel">
51369
51370                    <div data-ux-pagebuilder="Widget">
51371
51372                        <div class="widgetBody">
51373                            <span
  …  id="
  …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
  …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
  …  id="EktronScriptBlock1919aadcdc4a425082770b9d0d28b54e" type="text/javascript">
51374
51375            $ektron.extend(true, Ektron,
  …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
  …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
  …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,
  …  "IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
51376
51377
51378            </script></span>
51379  <div
  …  id="
  …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
  …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
51380
51381        <div class="read-more">
51382            <div>
51383                <a
  …  href='https://centura.secureformsubmit.net/FillOutForm.aspx?formname=Kids_Camp'
  …  class="thumbnail " target='_blank' data-category="Featured Content"
```

```
51383…    data-action="click" data-label="Kids' Camp">
51384            <img alt='VBSLogo Rev3'
    …   src='/uploadedImages/castlerockhospital/Content/CRH/News/Upcoming_Events/VBS-logo_3.
    …   png' title='VBSLogo Rev3' /></a>
51385            <h3><a class=""
    …   href='https://centura.secureformsubmit.net/FillOutForm.aspx?formname=Kids_Camp'
    …   target='_blank' data-category="Featured Content" data-action="click"
    …   data-label="Kids' Camp">Kids' Camp</a></h3>
51386            <p>Don't miss Castle Rock Adventist Hospital's Team CREATION camp for
    …   kids! This twist on Vacation Bible School is a four-day program teaching...</p>
51387            </div>
51388            <button type="button" class="btn btn-gray "
    …   onclick="window.open('https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
    …   Kids_Camp');" data-category="Featured Content" data-action="click" data-label="Kids'
    …   Camp">learn more</button>
51389            </div>
51390
51391            </div>
51392
51393
51394
51395
51396                    </div>
51397                </div>
51398
51399        </div>
51400
51401                                        </li>
51402
51403                                        <li>
51404
51405        <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl04_uxWid
    …   getHost_uxUpdatePanel">
51406
51407            <div data-ux-pagebuilder="Widget">
51408
51409                <div class="widgetBody">
51410
51411    <hr class="gray" />
51412
51413
51414                    </div>
51415                </div>
51416
51417        </div>
51418
51419                                        </li>
51420
51421                            </ul>
51422                        </div>
51423
51424                    </div>
51425
51426 </div>
51427
51428            </div>
51429        </div>
51430
51431            <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
51432        </div>
51433
51434        <!--Footer-->
51435
51436
51437
51438 <div id="footer">
```

```
51439
51440        <div class="footer-desktop">
51441            <div class="container">
51442                <div class="row">
51443                    <div class="col-md-12">
51444                        <a class="footer-logo-desktop" href="/">
51445
51446                            <img alt="centura-health"
…   src="/css/imgs/logo-centura-health.png" />
51447
51448                        </a>
51449                    </div>
51450                </div>
51451                <div class="row">
51452                    <div class="col-md-3">
51453                        <nav class="footer-nav-links">
51454                            <ul>
51455
51456                                <li>
51457                                    <a href='/CRH/Specialties/The-BirthPlace/'
…   class="" target='_self'>The BirthPlace </a>
51458                                </li>
51459
51460                                <li>
51461                                    <a href='/CRH/Specialties/Cancer-Oncology/'
…   class="" target='_self'>Cancer-Oncology </a>
51462                                </li>
51463
51464                                <li>
51465                                    <a href='/CRH/Specialties/Cardiac-Services/'
…   class="" target='_self'>Cardiac Services </a>
51466                                </li>
51467
51468                                <li>
51469                                    <a
…   href='/CRH/Specialties/Neurosurgery-and-Neurology/' class=""
…   target='_self'>Neurosurgery and Neurology </a>
51470                                </li>
51471
51472                                <li>
51473                                    <a href='/CRH/Specialties/Orthopedics/'
…   class="" target='_self'>Orthopedics </a>
51474                                </li>
51475
51476                            </ul>
51477                        </nav>
51478                    </div>
51479                    <div class="col-md-3">
51480                        <nav class="footer-nav-links">
51481                            <ul>
51482
51483                                <li>
51484                                    <a href='/CRH/Health-and-Wellness/Fitness/'
…   class="" target='_self'>Fitness </a>
51485                                </li>
51486
51487                                <li>
51488                                    <a
…   href='/CRH/Health-and-Wellness/Manna-Restaurant/' class="" target='_self'>Manna
…   Restaurant </a>
51489                                </li>
51490
51491                                <li>
51492                                    <a
…   href='/CRH/Health-and-Wellness/Fitness/Free-Cycle/' class="" target='_self'>Free
…   Cycle </a>
51493                                </li>
51494
```

```
51495
51496                                    <a href='/CRH/Community/Volunteering/'
…  class="" target='_self'>Volunteering </a>
51497                                    </li>
51498
51499                                <li>
51500                                    <a
…  href='/CRH/About-Us/Castle-Rock-Hospital-Foundation/' class="" target='_self'>Castle
…  Rock Hospital Foundation </a>
51501                                    </li>
51502
51503                            </ul>
51504                        </nav>
51505                    </div>
51506                    <div class="col-md-3">
51507                        <nav class="footer-nav-links">
51508                            <ul class="go-gray">
51509
51510                                <li>
51511                                    <a href='/Our-Network/' class=""
…  target=''>Our Network </a>
51512                                    </li>
51513
51514                                <li>
51515                                    <a href='/Home/ADA-Compliance/' class=""
…  target=''>ADA Compliance </a>
51516                                    </li>
51517
51518                                <li>
51519                                    <a href='/Careers-and-Education/' class=""
…  target=''>Careers & Education </a>
51520                                    </li>
51521
51522                                <li>
51523                                    <a href='/Home/Disclaimer/' class=""
…  target=''>Disclaimer  </a>
51524                                    </li>
51525
51526                                <li>
51527                                    <a
…  href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
…  Security Policy </a>
51528                                    </li>
51529
51530                                <li>&copy; 2016  Centura Health</li>
51531                            </ul>
51532                        </nav>
51533                    </div>
51534                    <div class="col-md-3">
51535                        <div class="contact-wrap">
51536                            <ul class="pay-list">
51537
51538                                <li>
51539                                    <a href='/CRH/Home/Contact-Us-CRAH/' class=""
…  target='_self'>Contact Us   </a>
51540                                    </li>
51541
51542                                <li>
51543                                    <a
…  href='/For-Patients-and-Families/Billing-and-Financial-Services/Online-Bill-Pay/'
…  class="" target='_self'>Online Bill Pay </a>
51544                                    </li>
51545
51546                            </ul>
51547
51548                        <strong class="title">Connect With Us</strong>
51549                        <ul class="social-networks">
51550
```

```
51551                                    <li class='facebook'>
51552                                        <a href='https://www.facebook.com/CRAHC'
…   target='_blank'> </a>
51553                                    </li>
51554
51555                                    <li class='twitter'>
51556                                        <a
…   href='http://www.twitter.com/centurahealth' target='_blank'> </a>
51557                                    </li>
51558
51559                            </ul>
51560
51561                        </div>
51562                    </div>
51563                </div>
51564            </div>
51565            <div class="footer-mobile">
51566                <div class="row">
51567
51568                    <div class="col-sm-12 text-center">
51569                        <h2>Connect With Us</h2>
51570                        <nav class="faux-table">
51571                            <ul class="social-networks">
51572
51573                                    <li class='facebook'>
51574                                        <a href='https://www.facebook.com/CRAHC'
…   target='_blank'> </a>
51575                                    </li>
51576
51577                                    <li class='twitter'>
51578                                        <a
…   href='http://www.twitter.com/centurahealth' target='_blank'> </a>
51579                                    </li>
51580
51581                            </ul>
51582                        </nav>
51583                    </div>
51584
51585                </div>
51586                <div class="row">
51587                    <div class="col-sm-12 text-center">
51588                        <nav class="faux-table">
51589                            <ul class="disclaimers">
51590
51591                                    <li>
51592                                        <a href='/Our-Network/' class=""
…   target="_blank">Our Network </a>
51593                                    </li>
51594
51595                                    <li>
51596                                        <a href='/Home/ADA-Compliance/' class=""
…   target="_blank">ADA Compliance </a>
51597                                    </li>
51598
51599                                    <li>
51600                                        <a href='/Careers-and-Education/' class=""
…   target="_blank">Careers & Education </a>
51601                                    </li>
51602
51603                                    <li>
51604                                        <a href='/Home/Disclaimer/' class=""
…   target="_blank">Disclaimer  </a>
51605                                    </li>
51606
51607                                    <li>
51608                                        <a
…   href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
…   & Security Policy </a>
```

```
51609
51610
51611                         </ul>
51612                     </nav>
51613                 </div>
51614             </div>
51615             <div class="row">
51616                 <div class="col-sm-12 text-center">
51617                     <span class="copyright">2016 Centura Health</span>
51618                 </div>
51619             </div>
51620         </div>
51621     </div>
51622
51623     <div class="link-to-top">
51624         <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
51625     </div>
51626
51627     <div id="drawer-content">
51628         <iframe id="drawer-iframe" src="about:blank"
         allowtransparency="true"></iframe>
51629     </div>
51630
51631             <script type="text/javascript">
51632         setTimeout(function(){var a=document.createElement("script");
51633         var b=document.getElementsByTagName("script")[0];
51634
         a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
         Math.floor(new Date().getTime()/3600000);
51635         a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
51636         </script>
51637 </div>
51638
51639         </div>
51640
51641 <div class="snap-drawers hidden-print">
51642     <div class="snap-drawer snap-drawer-left">
51643         <div class="open-close">
51644             <div class="searcher-wrap">
51645                 <div class="searcher">
51646                     <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
         type="text" id="hamburgerSearchBox" />
51647                     <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
         value="" id="ctl00_UxHamburgermenu_drawersearch" />
51648                 </div>
51649                 <a href="#" class="closer"><span class="glyphicon
         glyphicon-remove"></span></a>
51650                 <div class="site-options">
51651                     Search:
51652                     <input type="radio" name="site" value="current site"
         checked="checked" folderid="3159" data-folderid="3159" /><span>Current Site</span>
51653                     <input type="radio" name="site" value="all sites"
         data-folderid="0" /><span>All Sites</span>
51654                 </div>
51655             </div>
51656
51657             <ul class="feature-list">
51658
51659                 <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
         class="physician-finder">Find a Doctor</a></li>
51660
51661                 <li class="four"><a
         href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
51662                 <li class="three"><a href="/MyCenturaHealth/"
         target="_blank">MyCenturaHealth</a></li>
51663             </ul>
51664         </div>
51665     </div>
```

```
51666  </div>
51667
51668  <script type="text/javascript">
51669      function ValidateSearch(e) {
51670          var txtValue = document.getElementById('hamburgerSearchBox').value;
51671          if (txtValue == "") {
51672              $(".searcher").css("background-color", "#FBC2C4");
51673              $(".searcher input").css("background-color", "#FBC2C4");
51674              e.preventDefault();
51675              return false;
51676          }
51677          else {
51678              e.preventDefault();
51679              hamburgerSearch();
51680          }
51681      }
51682
51683      $(".searcher input[type='submit']").click(function (e) {
51684          ValidateSearch(e);
51685      });
51686      $(".searcher input[type='text']").keyup(function (event) {
51687          if (event.which == '13') {
51688              var txtValue = document.getElementById('hamburgerSearchBox').value;
51689              if (txtValue != "") {
51690                  event.preventDefault();
51691                  hamburgerSearch();
51692                  return false;
51693              }
51694              if (txtValue == "") {
51695                  $(".searcher").css("background-color", "#FBC2C4");
51696                  $(".searcher input").css("background-color", "#FBC2C4");
51697                  return false;
51698              }
51699          }
51700          else {
51701              $(".searcher").css("background-color", "#ACACAC");
51702              $(".searcher input").css("background-color", "#ACACAC");
51703          }
51704      });
51705
51706      function hamburgerSearch() {
51707          var txtValue = document.getElementById('hamburgerSearchBox').value;
51708          $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
…  + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
51709          $('#drawer-content iframe').attr('src',
…  '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
…  $('#searchFolderId').val());
51710      }
51711  </script>
51712
51713
51714      <!--<script src="/js/jquery-min.js"></script>-->
51715      <script src="//code.jquery.com/jquery.min.js"></script>
51716      <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
51717      <script src="/js/bootstrap.min.js"></script>
51718
51719      <!--[if (gt IE 9)|!(IE)]><!-->
51720      <script src="/js/snap.min.js"></script>
51721      <!--<![endif]-->
51722      <!--[if lt IE 10 ]> <script src="/js/snap-ie9.min.js"></script> <![endif]-->
51723
51724
51725      <script type="text/javascript"
…  src="/js/requestAnimationFrame.js"></script>
51726      <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
51727      <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
51728      <script type="text/javascript" src="/js/responsive-tabs.js"></script>
51729      <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
```

```
51730          <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
51731          <script type="text/javascript" src="/js/googleEventTracking.js"></script>
51732          <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
51733          <script type="text/javascript" src="/js/zipCodeModal.js"></script>
51734
51735          <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
    … aria-labelledby="myModalLabel" aria-hidden="true">
51736              <div class="modal-dialog">
51737                  <div class="modal-content">
51738                      <div class="modal-header">
51739                          <button type="button" class="close" data-dismiss="modal"
    … aria-hidden="true">&times;</button>
51740                          <h4 class="modal-title" id="myModalLabel">Your Current Saved
    … Zip Code: <strong id="savedZipCode"></strong></h4>
51741                      <div class="modal-body">
51742                      <div class="modal-body">
51743                          <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
    … a zip code to match the location nearest you.<br /><br /></p>
51744                          <hr />
51745                          <div class="panel panel-default">
51746                              <div class="panel-heading"><strong>Changing Your Saved
    … Zip Code</strong></div>
51747                              <div class="panel-body">
51748                                  <div class="input-group">
51749                                      <span class="input-group-addon">Your Zip
    … Code</span>
51750                                      <input type="text" class="form-control"
    … placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
51751                                  </div>
51752                              </div>
51753                          </div>
51754
51755                      </div>
51756                      <div class="modal-footer">
51757                          <button type="button" class="btn btn-default"
    … data-dismiss="modal">Close</button>
51758                          <input type="button" id="saveZipCodeChanges" class="btn
    … btn-primary" value="Save changes" />
51759                      </div>
51760                  </div>
51761              </div>
51762          </div>
51763
51764          <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
    … aria-labelledby="directions-modal-label" aria-hidden="true">
51765              <div class="modal-dialog" style="width: 840px">
51766                  <div class="modal-content" style="width: 100%">
51767                      <div class="modal-header">
51768                          <button type="button" class="close" data-dismiss="modal"
    … aria-hidden="true">&times;</button>
51769                          <h4 class="modal-title"
    … id="directions-modal-label">Directions</h4>
51770                      </div>
51771                      <div class="modal-body" style="width: 100%">
51772                          <iframe width="800" height="550" scrolling="no"
    … frameborder="0" id="er-directions-iframe"></iframe>
51773                      <div class="modal-footer">
51774                      <div class="modal-footer">
51775                          <button type="button" class="btn btn-default"
    … data-dismiss="modal">Close</button>
51776                      </div>
51777                  </div>
51778              </div>
51779          </div>
51780
51781          <div class="modal fade" id="browser-warning-modal" tabindex="-1"
    … role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
51782              <div class="modal-dialog">
```

```
51783                        <div class="modal-content">
51784                            <div class="modal-header">
51785                                <button type="button" class="close" data-dismiss="modal"
…    aria-hidden="true">&times;</button>
51786                                <h4 class="modal-title" id="browser-warning-modal-label">
51787                                    Please upgrade your browser</h4>
51788                            </div>
51789                            <div class="modal-body">
51790                                For the best site viewing experience please upgrade your
…    browser to Internet Explorer 9 or above.
51791                            </div>
51792                            <div class="modal-footer">
51793                                <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
51794                            </div>
51795                        </div>
51796                    </div>
51797                </div>
51798
51799                <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
     aria-labelledby="whats-this-modal-label" aria-hidden="true">
51800                    <div class="modal-dialog">
51801                        <div class="modal-content">
51802                            <div class="modal-header">
51803                                <button type="button" class="close" data-dismiss="modal"
…    aria-hidden="true">&times;</button>
51804                                <h4 class="modal-title" id="whats-this-modal-label"></h4>
51805                            </div>
51806                            <div class="modal-body" id="whats-this-modal-body"></div>
51807                            <div class="modal-footer">
51808                                <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
51809                            </div>
51810                        </div>
51811                    </div>
51812                </div>
51813
51814                <div id="pre-reg-modal" class="modal-main" style="display: none">
51815                    <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
51816                    <div class="modal-pre-reg">
51817                        <div id="pre-reg-modal-close" class="big-modal-close" style="display:
     block;">X</div>
51818                        <iframe width="800" height="1800" scrolling="no" frameborder="0"
…    class="preregmodal" id="preregmodal-iframe"></iframe>
51819                    </div>
51820                </div>
51821                <script type="text/javascript" src="/js/EktronJS.js"></script>
51822                <div id="ctl00_liveagent" class="live-agent-code-file"></div>
51823
51824                <div class="live-agent-code">
51825
51826                </div>
51827                <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
…    class="hdnLiveAgentURL" />
51828
51829
51830
51831        </form>
51832
51833        <div id="ctl00_Panel1">
51834
51835            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
51836
51837 </div>
51838        <script>
51839            $('.flik-thumbnails-slider').magnificPopup({
51840                delegate: 'a',
51841                type: 'image',
```

```
51842                 image: {
51843                     titleSrc: 'title'
51844                 },
51845                 gallery: {
51846                     enabled: true,
51847                     preload: [0, 1],
51848                     navigateByImgClick: true
51849                 }
51850             });
51851
51852
51853         $('.flik-slider-container').flikSlider();
51854
51855         $('.flik-timeline').flikScrollEffect();
51856
51857         //flikScrollEffect($('.flik-timeline'));
51858     </script>
51859     <script>
51860         function handleCloseSurvey() {
51861             var el = document.querySelector('.survey-container .close'),
51862                 eventName = "click",
51863                 handler = function () {
51864                     Cookies.set('surveytab', true, { expires: 7 });
51865                     document.querySelector('.survey-container').style.display = 'none';
51866                 };
51867
51868             if (el.addEventListener) {
51869                 el.addEventListener(eventName, handler);
51870             } else {
51871                 el.attachEvent('on' + eventName, function () {
51872                     handler.call(el);
51873                 });
51874             }
51875         }
51876
51877         if (document.readyState != 'loading') {
51878             handleCloseSurvey();
51879         } else if (document.addEventListener) {
51880             document.addEventListener('DOMContentLoaded', handleCloseSurvey);
51881         } else {
51882             document.attachEvent('onreadystatechange', function () {
51883                 if (document.readyState != 'loading')
51884                     handleCloseSurvey();
51885             });
51886         }
51887     </script>
51888 </body>
51889 </html>
51890
51891 ****************************************************
51892 The following data is from clevelandclinic_org-20160909-addthis_widget 2.js
51893 ****************************************************
51894 !function(e){function t(n){if(a[n])return a[n].exports;var
  …  o=a[n]={exports:{},id:n,loaded:!1};return
  …  e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
  …  n=window.atwpjp;window.atwpjp=function(a,i){for(var
  …  r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
  …  l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
  …  function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
  …  break;default:e[r]=l[1]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
  …  a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
  …  0!==o[e])o[e].push(n);else{o[e]=[n];var
  …  a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
  …  "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
  …  custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
  …  b03e4b5432b476cfa64b",2:"eed12cdd783d40920df9",3:"dced1dd759452d831e67",4:"
  …  d07897a6f5401c003a9a",5:"9d8f7cd9df43edaaa813",6:"15cb62eb7649b3659777",7:"
  …  371656d11b4578a0877d",8:"f89a468ad5713b335f93",9:"d0bd5014d3b03b62d914",10:"
```

51894... 61b2a7b6719a6feab0d4...11",12:" e83edf1db6b2e5713d4...47",13:"
8270937a97bfdf408910",14:"27c84a9af27365bc7435",15:"3ab4cfc5cb9203aaab00",16:"
fa03edf3acfc8e54dde5",17:"f65ef497f1ac1aaac39c",18:"30b7adeceb0b2c1d6390",19:"
341b105001b4a7d9dcb6",20:"302f0a69f42119a4b5ebf",21:"f366e891e92283645dd9",22:"
60c30b653780deacf1a6",23:"09f77679ae232bae8b63",24:"d89737bfc52cf6e0f789",25:"
9aac919cebf66946272d",26:"ddab99b7cf801c4eb121",27:"3c37f637e523f64f287c",28:"
99bcff6d872e8f095ea9",29:"8fee26c59577fd781d23",30:"54ddcfbe80ff308e7a6f",31:"
222797a275fda0072c6e",32:"acfe148437ca61a088a9",33:"ac9d668e9a6d7696d1bb",34:"
72d94c6c4072db7eb6a9",35:"c64bc44f7611926cc931",36:"da03a9809c7c2ea7a409",37:"
5f15d5987a72e860ff4e",38:"8a925a22ef01127f3cef",39:"95245639d9573a1d1125",40:"
7c7671c01a767271cc5d",41:"ed2e4ae544555674385d",42:"5261816a618b54239f88",43:"
f07c37cb7073ec154866",44:"2b67e279a59215ea0e5d",45:"77c2107f117574263799",46:"
833955cb9f47adf758ed",47:"21c6135d7bc33e5db55f",48:"cf95ac0f90df348e6ca7",49:"
e847482649f5339fd26c",50:"e64a7a347c35cbf8ac5d",51:"385a219ae90dd73537a3",52:"
b11b3766f1c5972b02da",53:"19b4b22cd245cbc43cfe",54:"5d7a4c43c29281e18c87",55:"
da1e84bb86c4ba004418",56:"af930939c3841d287c20",57:"b38d2f08a3014730cbdf",58:"
be7d8bec58c8bed027e4",59:"e782ba2b1703cffc3911",60:"c8b5896b08cf68d4ae72",61:"
bf2192c7f75307277d8b",62:"70970c2ebbc8bb273350",63:"0c421f068a994e192963",64:"
df509574777ffaff83f1",65:"e7f044186891f7d4e429",66:"0d8411bac3b3256f7788",67:"
8529a018f8ac4da842c9",68:"f0a5b074cb7050362a07",69:"c82c4f98897cad99d4bb",70:"
56caa96de6b5846681e1",71:"6d3db377c8f5f7ba3f7d",72:"c45d011dae10e0aaad29",73:"
5786509d91eb65c0808e",74:"1ff5aced2759465ea6df",75:"9fbddb82db1fb5fd3266",76:"
f3bf35dafa178219d934",77:"8d65fa66cc8433ac008f",78:"0f7c5af3be660a704ff7",79:"
7c315e13b72a2e3a4a30",80:"42058eee3589fd4a0e32",81:"8a3f4fb00463ca91cf90",82:"
a3631d2865819c086709",83:"8cef223dddbee48fa3a9",84:"d9a25b160cc1d3e576e5",85:"
9378ecb669093c180c57",86:"0d7b791290c9e93561",87:"144fbdf3a4673f334c2",88:"
6f5a297e823eca1272a8",89:"071533bf9bc920a58423",90:"247e8e717c83cccd11ad",91:"
3c2a07162e6ce056ec55",92:"2977902ffd6a5f0441fb",93:"691112f71425daafc180",94:"
0b4b68fdea2a248f3487",95:"00d385721d196cd6300c",96:"b67d84482b5c642deda",97:"
3ff8ed02874ed9fd7bc5",98:"c584e2da5dbbbab72796",99:"460689f8c337db749b08",100:"
7ee72566e872ed86ae3d",101:"615cc6c247b20beb3d5d",102:"c45316d5803ab924567",103:"
57600c99f6cb3abb92ac",104:"a53bc9a90e0cac4601f5",105:"9e0bc3dd933825965c9b",106:"
1e0bbf06d11a60d38b98",107:"b07b14b1f144d8538d09",108:"1d3addc4b42a31a72439",109:"
173f117c26d687256ec7",110:"fa4dcbeb5db9e6a06c6e",111:"22913b089b76260813cd",112:"
18662dd73cea8077d33f",113:"a56b59bff47302f0ddc5",114:"dffac40ce68f9a9bc49a",115:"
c5920b92071a029b1a19",116:"dc5bece1d2548d7ddd93",117:"6a3f1c90a47979e6a2",118:"
6d16b03ee226c61e2ef5",119:"c5a3b7c1b9e14265de09",120:"a2e563f5da3dca5471ac",121:"
8c0e8aad5564cf55f36d",122:"a35c4c0f01ef9c1d865d",123:"f096ba8495fa05018f12",124:"
833a970478470f9e00ce",125:"96f30ed60259876eec01",126:"fff42e0874643832957d",127:"
3b7381b798422697f39e",128:"f8e477c606979a664e72",129:"91f003006ebcaf77369f",130:"
5e5854ff1b5ec347",131:"f8a139868b64534e8531",132:"4e1627d6939391d6e61e",133:"
c0392c9735125c54fab0",134:"b2f3a017adccb3d394f0",135:"9e2d6444f6fc8e6ddc3b",136:"
dbc22b2f219eb0ce3964",137:"04585bfedff39713cb5a",138:"766b4e0db1ffdc497e52",139:"
fa7931186b4a7feba43e",140:"af4b932cae27c99966e7",141:"9aa22e76d4083ecf4401",142:"
dd617ab560c64deb8930",143:"fdb9bf8a949140a98bb2",144:"d5aa92ad7e538b2cd1bb",145:"
8278b99da841467502fa",146:"236dd807eb999bccfe43",147:"9bb076205f7c2625be37",148:"
6d5855c4517ab618bf42",149:"45f109ad426a83470536",150:"0c898cd827c11004b058",151:"
48621f25d7dbc4d4b5d7",152:"491294e215f823ae26ef",153:"7035f2eb86cac328fea9",154:"
6c7a1b275d441dac2c8c",155:"d29074d6232ad46b241a",156:"0b3e8012a8af2aa099ed",157:"
0f5c12f9cca66b672f00",158:"81f078668d5e0606a4ae",159:"09b22932ebb409130d84",160:"
223a5b3121db04158722",161:"bb6fb44c9cdaae99e18c",162:"afc377488e89ae26ae4b",163:"
61ec5123b444b9e0f528",164:"90585974845e8fcb05ff",165:"1b593d495db49562d4e6",166:"
32f60530426e08efc582",167:"4a5de1d21431eac1615d",168:"2ab6456dd1c49aa161f8",169:"
cf8379d5d8ab3bd33ce8",170:"d817b1bb7a5e6abb518f",171:"e0bf5afe42853e6bba79",172:"
6b50e9bd93b293c53bac",173:"25f1f9eb9c827e97dbb2",174:"c211090ca1f7acc4cd97",175:"
d9125c4e884a37ea087b",176:"b7b90c46daaae2d5b9fb",177:"c0126c41c33f86ecde6a",178:"
4ad795fca50272d08a8c",179:"fd52ddf52284d43fadcb",180:"d37e6e822a11f496629d",181:"
375882ff3e70024f5168",182:"55b55aff458cb5b8e9c2",183:"c311469aed25e7b1ee1a",184:"
424235dd33b004f180e4",185:"def8652305e341fe76e7",186:"1ae99934bcbed2012e5e",187:"
89b70e2ce568835e730a",188:"a81a098dcc638fe8ad43",189:"1bc0e285f2a46e757185",190:"
26159625105a73732aeac",191:"e45d1d20746ebab5d939",192:"e5832e634ef894e9d915",193:"
af40ad82a94c0c36b5cc",194:"3bdbf09c41caeb29fbbf",195:"7ac20a5987e1e72c2905",196:"
844d89fa09c8ed5004cf",197:"8fd4dc5788ef1e587313",198:"45c5e276f11ec4db2f69",199:"
fb9bbe95317c06b43c7c",200:"d268c05cc2ccd2fec124",201:"de17e8e038bd9f892943",202:"
1b36d9ff916b128de64b",203:"095cb660634b66665a67",204:"274664362708df6c5cde",205:"
acf239ca925016eb37f7",206:"567064c08de12f67187d",207:"7e03e7bd1a23ec1eef10",208:"
9e40641670685b4963a7",209:"6b448f499bf9b6e01919",210:"5ba28cd8029aa3fe2a39",211:"
ec8f826e46b90e836324",212:"315a34be07a1de6b809e",213:"6605d45e952fbb927787",214:"

51894... 7480440b9f12d7482cef4",215: "b9f236f4dc4ab791ed5c",216: "be6706a5a5d8d3a208ca",217: "
e655f9fdaf9be7f2ab39",218: "6314c5f4fe793b3cf091",219: "9305794d01cc77caf512",220: "
f6aac7ccd0972370e9d8",221: "32f8279f8a4280260662",222: "5fb159d8d8662e09b128",223: "
9c67665d67b2e1793634",224: "ca64d38e1b1cd1ac7133",225: "5f171f910dc9de0b5584",226: "
6c8af8bd91c12de3875a",227: "a997828693d4d7957636",228: "6f7e84d86d5fca9b57f9",229: "
8a420baa891a679887bb",230: "5b3ee321e1d0ff6fb8800",231: "69ad8cb1cf0f7ab7381f",232: "
a1d1b4f988f7cae3074c",233: "966fa89e1f3314cc54c1",234: "cc99e42d9bb87681b676",235: "
51fff7793edc16c9b8fe",236: "c485dd050f60a7ba3e60",237: "f0f0b91bb2c10c8cc831",238: "
354606355048cfaeca32",239: "73d55464eb92a4cc28c1",240: "2fbbc112715675c6c053",241: "
0eddc6023d7d7e6baf71",242: "f8d5f3ad9e0e65b9c143",243: "169cf1307843efc98fbe",244: "
e7d345fce5ad515dfad0",245: "d99e2e5e98e3ea98b1dd",246: "b4d6e068834b7458af8a",247: "
2128902f6895477c528b",248: "0a1ceda875ed1701939e",249: "e87715c9b49915d49d29",250: "
6c106851dcf7f3a199e2",251: "31894b49d1c2c0eb0a47",252: "a4c34d24b2ab08c7185d",253: "
160e197ae46762afc2e4",254: "28bab0a9aeb683dd8691",255: "0d68b21ebaafc10fbaf7",256: "
41cd846cd4547fbbb825",257: "15e488c1cf0444a1efbd",258: "1bc8bb78cc97463fbbba",259: "
8ead5544e85ba574fdc7",260: "d4e5d2c0d36134a43c67",261: "5b0d8e27ee6fdbf3be03",262: "
4a0a6dec48eb3ae3d66f",263: "c87376fec07915209236",264: "78c67309e0979cd7ed91",265: "
b17b728af4192b41861b",266: "67077d32fa417f52ae47",267: "4ef27572b362ea610384",268: "
8d337a9a99a1acd8ff7c",269: "39e3a924cf3784a410c9",270: "01b46e246f82108ca9bb",271: "
d328bafdb61a7fdb39c6",272: "96820adf7ae73c898880",273: "858c91250741e0f713f4",274: "
b3a99daaabd6062f6c88",275: "e7987f920e409dfb4f9f",276: "f8e84b29b91f5a5ad103",277: "
058f2365dfb3312ad19e",278: "a62f9642fbc49b835180",279: "f19a0f428c106d56aeda",280: "
0e9cc2c340d38175a1bb",281: "e01324cd15f8e37e7b1f",282: "9d576ac03b2eece742ad",283: "
851107ef0acf1f90be09",284: "9138f071d70839819f68",285: "8e157ce8d70ea4b2c7d2",286: "
ec1c4b30b85f73f217ab",287: "485c0c2e352ba192a84b",288: "6c142f3d7cdf73a146a4",289: "
06287f52edce670eff2c",290: "66b6068f3033a35a569d",291: "a907a847e9584dce9794",292: "
71a77546654bdeac3b85",293: "a2a95ea9a66da404f0c7",294: "35abbc8ba372182130d0",295: "
125b379fbaa2fe691150",296: "778bb3484028248c6873",297: "72c461ccf1104762df63",298: "
3d13f211604340c95928",299: "48871b2cea434ed98e1f",300: "7744d7a20d3f03b3292b",301: "
adba38f2b1642fbbfc8e",302: "2fce9986973a25099f12",303: "77ec67363a7465cec229",304: "
5212c1b5b3a22fca2e82",305: "020e1800d95e1c91bdc4",306: "584512aa6dc123a2d956",307: "
083b61bad541072c1ac0",308: "e545faa63d9d394210bb",309: "aa40fe4082818575c125",310: "
a430b2e1af677b3d008c",311: "84cf94e653c19d2778eb",312: "68c7ea485e476635a0ff",313: "
0e37f630925b48fd1beb",314: "ef154857e2a1f4298a1f",315: "2de0f6eb77caef6f5889",316: "
2da4d0053bba17c46783",317: "de554f2861f2fd92483c",318: "7c06c717c7233e39b5a8",319: "
daf44e1950973f027f9f",320: "2e0c2a6d77cbb4c200a0",321: "b5e90d712517a5f94dc3",322: "
9593c4a2d0f38aac50c5",323: "9907f41356b93b582608",324: "dbe325c1deeaf78fbb73",325: "
74b1e401678821e477e1",326: "be29d923b3b5112d408a",327: "d847fd0b6c8eee62a742",328: "
21c4d1c26f27ea5f3792",329: "82c3e81f360280306798",330: "596b61d65c49e8a041e6",331: "
01edad166f3aef8740fb",332: "75550422aac8f8409984",333: "0c4bf4c22157155990b1",334: "
1cd935acf680d54d39a6",335: "fe9c33993a331436d50",336: "ceca3373c40221021f13",337: "
8201a0aefca58b3be79b",338: "6ee92a2b99253ec2cd91",339: "635991f28173ec543c29",340: "
b0c00992fbfb2a22f503",341: "ae6c3b718a85c8cb441e",342: "76db0a5032c4e35188f4",343: "
e80e584b22999c75f252",344: "1231d2b8f1b49546be14",345: "3a13ea8f1590652736f",346: "
32930bb64a539e138765",347: "1945384139965834313 87",348: "5559eb3077c6dd225eaf",349: "
eda226c05b2937e81461",350: "dfecd0429a3a957b788e",351: "9704d19b96a01e9c03d7",352: "
24abbdbb5b93a7085af1",353: "5a955afd3ea593248648",354: "f73bd80268cee156ca3f",355: "
7fc679521d3ff24ce253",356: "cfe3b57c0afef84b221a",357: "c783cfa6fb5fcba16bbe",358: "
2d08989ce734fc61aec5",359: "3c0b1fa4fcd7b7a150e0",360: "99a60a04f957d74468cb",361: "
fb0692b769bee9dc468b",362: "bc8d208e12aafce0f22b",363: "4d29a590e4517254c18d",364: "
9e9a09255216f090f797",365: "7cfbbb22b9eab5049c7",366: "97fc719abef3cc70f3c8",367: "
14cd06a3a4515bfdb9b0",368: "d856998fa6d416ff7b60",369: "0d9bb0c51d42035a0d67",370: "
ab736fb919a0d52f6cc9",371: "c22a6da3b12e67d748de",372: "2ed6621d9943554272f5",373: "
aa73e6fc884eadb1e386",374: "6c862db9c70ca31c5f68",375: "879d4b76c97d2d1d8c4c",376: "
66a3b30dc6fd5c6faf2b",377: "acd6784503b742c7665d",378: "2303293f6c1966462b27",379: "
c1371646b490cce49537",380: "8d141aead09cfe155f7e",381: "cbeb480d99dfce810a07",382: "
1c3f4a60a25b8ba36651",383: "0fdf58c770d7f7343c40",384: "81ddaf084321a84aa47c",385: "
621bb4693c36e1597122",386: "445e74533b12c1f462b3",387: "f0a92b91cd06a47fa4d0",388: "
46699e4758d323442144",389: "f4cc1ba4eabce427b208",390: "f5fa61ada890aa4dc74f",391: "
26acb850a68c52c3f1f8",392: "4b7c5cf86dbb1e89045a",393: "27aef4599543cfa24b78",394: "
81a1169e4d0bea8764d",395: "7a12ecb2acb8b27092b6",396: "bb8ffb73c542f865aca3",397: "
d3a3c0ad04a88c88dec6",398: "4b1bbd75bbe3eb017288",399: "b1a664eef66b69be26df",400: "
a7d639e74045c6f9a745",401: "f19a469a51e2a3a95ddf",402: "6d4cb9ca9eba40b60249",403: "
386e2db133adb24b1a9d",404: "440547370e2ed45ce13e",405: "9368c1fe05dd25c280b1",406: "
87b6d586cdd6959c3af0",407: "63e8abab62c184dd0fc2",408: "7027d306a7f2867168e9",409: "
9e584cb68b0bf0c78f5b",410: "5a683e6d135db3ad2d42",411: "4e3cfba50f26b875dad0",412: "
22f7344586792c9669c3",413: "5bd85bfd256bda63735a",414: "4b7f965cf93a536f02ce",415: "
8ea041041d1f73dc3c7b",416: "541d419035f2a57b48e3",417: "6ce847d41a3ec0907344",418: "

51894

464748505f1009a1b0b094a1b5",419:"ad96a6850d56cce191b9",420:"7b7889ddefee4d412b64",421:"
95d1caf4a69b17b44df7",422:"6759ae5290e9207b5033",423:"d869e71f05c71ad4549a",424:"
6cb12036609f8f4f8915",425:"d8fc721fae55d11d4d7f",426:"86744dc9edb58759f2eb",427:"
e4ccec7baf2ae6aa621e",428:"893785040764bec6a203",429:"f8418ada1247f23d6f7e",430:"
e9a08b55a6ae50f7833e",431:"ef3416643184ba2cb6e4",432:"8197ed66981c51699d4a",433:"
6d867aed5d3deb4d87e4",434:"566679db56e7c2ff9607",435:"cd100a8b0d619e31f802",436:"
e5cbec21f768f4e98708",437:"4d81c60c8422c54479b9",438:"127538cccea9edef04d0",439:"
c67f72ab51c199b9a7bd",440:"358303502587f680dea3",441:"a3135a51497b51172cf3",442:"
1aae12cf2287738c42d3",443:"c6e7f84f80a0bc8014bd",444:"72de4f52149a8feb25f5",445:"
112543510ed0d07f504b",446:"c3e2a19e12b7b315c1d4",447:"98c5e900f241cd8a309e",448:"
5a2cd5f26f316a4f0498",449:"5f7fe2a6fc719fa8bf1af",450:"245e541c8035c120bd77",451:"
6d12d2fafacdaa332f32",452:"4049cc189d398cc1eb3b",453:"a5368675d68eaab34160",454:"
0329d0126f086670a4d4",455:"a6d41def8f93e742864c",456:"71b26c2d028e295de1c2",457:"
05b2f9d4debad51c1862",458:"1f0813aea32375b25144",459:"f3f9ae2a000493c89e99",460:"
96b5a95a7d8c7686cea4",461:"3afd1e5b82ea55fff40d",462:"9983b73de48820d8fe94",463:"
0b7013f4ca8f4488488a",464:"3f633fe1ad4b295b7bd0",465:"de5c809690a1c09bc74c",466:"
790d9c4460647e205169",467:"3b214fa10e16bab02f5c",468:"585fd8d8cd6065f7eab8",469:"
e6717c7351f863aad593"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/

```
static/",t(0)}(function(e){for(var t in
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return
e},([function(e,t,n){n(804),e.exports=n(82)},function(e,t){e.exports=function(e,t,n){
var a,o;if(n=n||this,e&&t)for(a in e)if(n.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t,n){var
a=n(640),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)})},function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)})(),function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
```

51894

```
r(e)}a.extend(r(V(18),$7))}e.exports={makeCUID:h,isValidCUID:s,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=document,i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){"use strict";var
a=n(2),o=n(29),i=n(20),r=n(44),s=n(77),c=n(132),u=n(6),l=n(142),d=n(783),p=n(9),h=
window,A=h.addthis_share,f=h.encodeURIComponent,g=h._atw;e.exports=function(e,t,n,h,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
g?A:g.share));w.url=f(w.url),w.title=f(w.title||(A||{}).title||""),h="undefined"==
typeof g?h:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
username:h.username,pub:h.pub,ui_email_to:h.ui_email_to,ui_email_from:h.ui_email_from
,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"2"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\//|\/\/)?([^\/\?\&\#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/\/))t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=n(53),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===+Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(832),s=n(1),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o},function(e,t){function n(e){return"number"==typeof
e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0].t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0===n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t)},t)}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
t.apply(n,e.concat(arguments,0)))}},function(e,t,n){var
a=n(7),o=n(130).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(20);e.exports=function(e,t,n,c
,u,l){var
d=i(),p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(A.
xid=h,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,A,n)},100)),f?o(p,e,h):p}},function(e,t,n)
```

51894…

```
{var
a=window.encodeURIComponent,o=n(14),i=n(24),r=n(35),s=n(2),c=n(92);e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
h="mailto:?body="+p+"&subject="+s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(h,{pco:t.product})||"#"}},function(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,h.insertBefore(l,h.firstChild),o[e]=l}}return 1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(112),i=n(9),r=n(4),s=n(88),n=n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(83),o=n(2);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(A.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),1==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){A.cookie&&(A.cookie=e+"=; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?";
domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain||!i(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?";":";
expires="+o.toUTCString())+"; path=/;"+(a?";":"":"
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(32),l=n(2),d=n(66),p=n(8),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",e.length&&(e.shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-
```

51894

```
Z0-9\-_]/).test(t.substr(0)))e.split("#").shift()):e}},function(e,t){e.exports=
function(e,t,n){var a,o=[];if(n=void 0!==n?n:this,null===e||void 0===e)return o;for(a
in e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;a&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(736),s=a(r);t["default"]=i["default"]["ie8"]||i["default"]["ie9"]&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null===e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(775),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString/(function).*?(?=\\\()|  for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(776),o=n(676);e.exports=function(e){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(133);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(833),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(789),o=n(781),i=n(24),r=n(777);e.exports=function(e,t,n,s){return
t||((t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(62),o=n(118),i=n(65),r=n(752),s=n(753);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:e[o]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t){function
```

51894

```
n(e){return exports["export"===typeof e||!!t&&exports=n},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a([["open",e,t,n,r,s,c,u]],o()):
_ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|^\??/,""))}},function(e,t){e.
exports=function(e){e&&e.trim&&"function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return e&&t&&(e=window.encodeURIComponent(e),e||"")}},function(e,t,n){"use
strict";var
a=n(84).wasRequestMade,o=n(84).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){
```

51895

```
n(15)})))}catch(e){}}},function(e,t){e.exports=[]},function(e,t){e.exports={DIRECT:0,
SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
e=f({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function h(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
A=n(126),f=n(12),g=n(13),m=n(1),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|^\#?/,""))}},function(e,t,n){var
a=n(52),o=n(46),i=n(89);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("//")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
```

```
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){return e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}()},function(e,t,n){var
a=n(1);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(151);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(107)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(652);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:A["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},h=r["default"].replace(/\{\(?(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=h,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(799),r=a(i),s=n(113),c=a(s),u=n(167),l=a(u),d=n(19),p=a(d),h=n(59),A=a(h),f=n(6),
g=a(f),m=n(29),v=a(m),w=n(738),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(e){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&a[c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(62),u=n(41),l={};l[e]={},e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
```

51895...

Mai...ru",url:"webman.ya01.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"BizSugar"},bland:{name:"Bland takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},cssbased:{name:"CSS Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:!0,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:!0,top:1},facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google Bookmark",top:1},google_classroom:{name:"Google Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus.google.com"},googletranslate:{name:"Google Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{name:"Hacker News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{name:"Fai Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy Ticker",url:"jappy.de"},kaixin:{name:"Kaixin Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{name:"markme.me"},meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share:{name:"Pinterest",supportsImage:!0,url:"pinterest.com"},plurk:{},pocket:{url:"getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},reddit:{top:1},rediff:{name:"Rediff MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stupmedia:{},stylishhome:{name:"FabDesign"},supbro:{name:"SUP BRO",url:"supb.ro"},surfingbird:{name:"surfingbird.ru"},svejo:{url:"svejo.net"},symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"},telegram:{url:"telegram.org"},tencentqq:{name:"Tencent QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon

51895...

```
Site"},vk:{name:"VKontakte",top:1},vkrugudruzei:{name:"vkrugdruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(2),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),h=0;d>u&&(h=
Math.round(d/2-u/2));var
A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(A),s?A:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
>-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function h(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson/
/300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(772),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/^bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(2),i=n(1);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
```

Page 1484

```
split(",")[1]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(63),i=n(16),r=n(2),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,l)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function u(e){var
t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
l(e){d&&h.localStorage.removeItem(e)}var
d=n(164),p=n(1),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
e(){tn.layers.length?tn.layers({cfs:!0}):_ate.ipc=!1}function t(){var
t,n,a,o,i,r;ne||h||(h=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
isPayingCustomer(),i=I(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
o,{cfs:!0})):e())}function a(){ne=!0,te||e()}function
o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
widgets&&e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
widgets,function(t,a){fe(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
Q(e,t))}var
s=n(99);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
Date).getTime());var
c,u,l,d=Xt.addthis_config||{},p=Vt.title,h=!1,A="undefined"!=typeof
_ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
shift(),w=_ate.track.extractOurParameters(A),b=[],x=!!_ate.cookie.rck("nabc"),y=w.cfc
,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
rsi,O=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
=w.gen,L=w.fuid,H=w.csi,F=function(){_ate.track.pcs.length||(_ate.track.apc(Xt.
addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),J=5e3;-1===(f||"").indexOf(_atr)&&(
_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
);var
K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//").pop().
split("/"),0===K.indexOf("/")?g=g.shift()+K:(g.pop(),g=g.join("/")+"/"+K),g=document.
location.protocol+"//"+g):g=K,_ate.usu(0,1)),g=g.split("#{").shift(),rt(g),g&&(_ate.
share.links.canonical=g);var
Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.track.truncateURL(A,"fr"),_ate.dt=_ate.track.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:O,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
```

51895...

```
sta_ate.track.sta(a),_ate.track.sta(b),_ate.u=1==_ate.dp_ate.ad.kw():"",_ate.
dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=C||Xt.addthis_ab||"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,te=!1,ne=!1;if((!Xt.addthis.ignore_server_config||Xt.addthis.config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,J),D.start(_ate)},Xt.
addthis.config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(l={rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
[0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||Ot.
setup()}),_ate.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(y?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(O||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),O?b.push(_ate.track.fcv("rxi",O)):z&&b.push(_ate.track.fcv("rsi",z),(z||O)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||S|
|w.hash&&O||y)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date},g:j},Vt.title,c),l.fcu=c.split("#.").pop())}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),F();var
ce=n(739)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(111),i=n(67)window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0||(d.data_use_cookies!==!1&&l)||(d.data_track_textcopy===!0&&2)||(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain===
t.domain?M:t.domain,fp:he(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(80).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages)},_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})})})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
```

51895

```
e)}),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))}),_ate.track.ctf(It+"#"+Ee(l),!0),r(u,It),_ate.track.stf(u)}:(u=_ate.track.ctf(),u.sro
=It+"#"+Ee(l),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))}})},_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),G().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300b:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/32x32/i)>-1
||(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/20x20/i)>-1
||(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var
t=t||{},o={},i=Tt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}if(
o[r]!==mn&&Rn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function
m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
s=n(78),h=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=_n[C]?
function(e,t,n){var a=d(n,bn);return
addthis_open(e,C,a.url,a.title,d(t,wn),a)}:zn[C]?function(e,t,n){var a=d(n,bn);return
addthis_sendto(C,d(t,wn),a)}:Sn[C]?function(e,t,n){var a=d(n,bn);return
s(C,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===y&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))}),w===y&&(w=function(e){return
addthis_close()}),b===y&&(b=function(e,t,n){return
addthis_sendto("more",d(t,wn),d(n,bn))})))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.
className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),C&&"more"!==C&&(R.conf.product=l(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(C?R.onclick=function(){return
b(this,this.conf,this.share):R.conf.ui_window_panes?R.onclick=function(){
```

51896

```
return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}:(
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===C)&&(v(|Zt("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(647)
()){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
```

51896...

```
.maf.sib.nodeType){var
e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}return
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v>v(this,this.conf,this.
share):void
0}},Zt("mob")||(R.onmouseover=R.onfocus),w&&(R.onmouseout=function(){return
w(this)}),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
L(e||window.event||{}),//addthis_button_(compact|expanded|more|bkmore)/.test(R.
className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase()){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),C){var
B=f(R,R.conf),D=R.firstChild;if(B&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,1)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}}if(zn[C]()("mailto"===C||"email"===C&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(C,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{if(a.follow){if("twitter"!==C?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Pt(C).replace("
_follow",""),R.appendChild(I)}}else
_ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
H(C,R.share),!1});R.conf.follow||tn.addEvents(R,C,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
O=Pt(C,!B);Mn[C]&&En.push({link:R,title:C}),R.title=i(a.follow?kn[C]?kn[C]:"Follow on
"+O:Mn[C]?Mn[C]:O),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,h=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=O.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace(",more","").split(","),l.split(","));do
u=p[t++],h[u]&&(u=h[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Ft.list,function(e,t){return d[e]||(-1!==c.indexOf(u)?void
0:(u=e,!1)),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)})}function
w(e,t,a,o,i){var s,d,p=n(166),h=n(637),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null==x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
```

51896...

```
=M.match(/addthis_counter_([0-9]+)(?:\s|$|")/),s&&(t,B=R&&R.length>R[j]?0:D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!An){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Gt(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&("\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Kt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e)n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!==e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!==e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e="addthis_";tn.osrp||(tn.osrp=1,tn.osrp=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,yn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),Cn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,Cn.length),tn.button(e+"button"),tn.counter(e+"count"),tn.count(e+"
count"),w(yn,null,null,!1),w(Cn,null,null,!1))}function y(){if(!gn)for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}function C(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(154),n(813)(),n(
745),n(744);var
k,M,R,_=n(721),z=n(649),S=window.encodeURIComponent,B=n(19),D=n(88),U=n(821),I=n(780)
```

```
51896… ,O=n(14),U=n(136),W=n(140),V=n(151),j=n(99),L=n(65),F=n(55),F=n(63),G=n(133),
P=n(147),Y=n(802),J=n(33),K=n(45),Z=n(778),W=n(779),q=n(48),X=n(724),$=n(21),ee=n(151
),te=n(808),ne=n(83),ae=n(806),oe=n(807),ie=n(152),re=n(85),se=n(84),ce=n(59),ue=n(47
),le=n(17),de=n(38),pe=n(163).truncationList,he=n(163).truncateURL,Ae=n(827),fe=n(828
),ge=n(55),me=n(164),ve=n(26),r=n(42),we=n(1),be=n(25),xe=n(109),ye=n(39),Ce=n(54),Ee
=n(18),ke=n(12),Me=n(44),Re=n(692),_e=n(32),ze=n(829),Se=n(13),Be=n(20),De=n(3).
listen,Ue=n(3).unlisten,Ie=n(8).getDomain,Oe=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(51).PolyEvent,Fe=n(51).EventDispatcher,$e=
(108),Pe=n(797),Ye=n(77),Je=n(139),Ke=n(4),Ze=n(643),We=n(803),qe=n(683),Xe=n(149),$e
=n(27),et=n(161),tt=n(811),nt=n(5),at=n(37),ot=n(102),it=n(52),rt=n(785),st=n(46),ct=
n(53),ut=n(89),lt=n(127).processAdEvents,dt=n(127).processAllScripts,pt=n(97),ht=n(
788),At=n(81),ft=n(144),gt=n(145),mt=n(142),vt=n(101),wt=n(136),bt=n(798),xt=n(135),
yt=n(90),Ct=n(50),Et=n(129),kt=n(76),Mt=n(682),Rt=n(60),_t=n(58),zt=n(148),St=n(822),
Bt=n(130),Dt=n(800),Ut=n(7),It=n(796).source,Ot=n(733),Nt=n(648),Tt=n(737),Qt=n(22),
Vt=n(6),jt=n(66),Lt=n(119),Ht=n(23),Ft=n(61),Gt=n(638),Pt=n(41),Yt=n(754),Jt=n(91),Kt
=n(634),Zt=n(2),Wt=n(29),qt=n(126),Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand"))&&isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(143),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(137)(_ate);if(_ate.evl=Ae,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:ye,strip:Ce,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Ie,gUQS:Oe,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Fe},_ate.ed=new
Fe(_ate),_adr=Ge,_ate.plo=G(),_ate.lad=J,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Je,!_atc.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_ate.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}&&(_ate.log=Ke,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rck:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=ht
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(80),ref:{r_ondomain:Ct.ON_DOMAIN,
r_offdomain:Ct.OFF_DOMAIN,r_direct:Ct.DIRECT,r_search:Ct.SEARCH},gub:xt,clr:Et,iss:yt
,fst:kt}),ke(_ate.data,{storage:{all:At.getAll,clear:At.removeAll,add:At.add,get:At.
get,remove:At.remove,exists:At.exists,preRemove:At.removeByPrefix},bloom:{filter:ft,
library:gt(At,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.
logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,set:Mt.setSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:he,opp:de,ajs:le,jlo:q,ao:K,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild)),e}function n(e,n){var
```

```
a,o=Math.floor(1e3*Math.random()),i=1,t}return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh"+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+">",a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).
version&&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit)&&
128)|(e.$BTB&&256)|(e.meebo&&512)|(e.gigya&&1024)|(e.SHARETHIS&&2048)|(e._qevents&&
4096)|(e.twttr&&8192)|(e.postwidgetnamespace&&16384)|(e.a2a&&32768)|(e.SHRSB_Settings
&&65536)|(e._sf_async_config&&131072)|(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=It+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null),i(t,e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`"),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0)}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc=e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc=e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:u})}()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
```

51896...

```
.unjave.data.indexof&&e=edata.indexof("{"))try{e=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data))else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(158),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
length,m=[],v={},w={};f--;)w[e(h[f])]=1;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=1||o=!_ate.upm||({}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1,n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments,_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n})(),function(){function e(e){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)n=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||"");"":""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){A[e]=t})}function
```

```
51896... s(e){g.push(e)}function(){(_ate.util.each(g,function(e,t){e()}))}function
 ... u(e,t,n){if(A[e])try{return
 ... A[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&(t.parentNode.
 ... services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
 ... .indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
 ... l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n}
 ... )})}function d(e,t,n){var a=function(){};return
 ... f[e]?((!f[e].require||f[e].require(e,t,n))&&_ate.util.each(f[e],function(n,o){"_after
 ... "===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}var
 ... p=n(14),h=e(),A={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
 ... auw:n(128),ocw:F,onw:n(22),caw:n(782),stw:n(78),siw:n(140),cleanly:H,pts:o,unt:a,
 ... genurl:Ut,acb:p,gcp:t,gfu:Jt,svcurl:n(132),track:j,notify:i,links:h,register:r,
 ... registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
 ... ){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
 ... t(){if(p===M)try{var
 ... e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
 ... xmlns:fb"))p=!0;else if(_ate.bro.msi){var
 ... t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
 ... catch(n){p=!1}return p}function a(){return"object"==typeof
 ... Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
 ... o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
 ... i(e,t){var
 ... n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
 ... i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
 ... a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
 ... addthis_config,n)}function
 ... r(){-1!==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send
 ... ",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){A[e
 ... ]||(i("facebook_like",e),A[e]=1)}),FB.Event.subscribe("edge.remove",function(e){A[e]&
 ... &(i("facebook_unlike",e),A[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
 ... "facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
 ... facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
 ... 1))}function s(e,t){var
 ... n="fb-root",o=h.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
 ... e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
 ... (),FB.XFBML.parse(e);else{if(!i&&o||(o=h.ce("div"),o.id=n,document.body.appendChild(
 ... o)),!i){var
 ... u=h.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
 ... js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
 ... e=h.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
 ... property||"fb:app_id"===e[n].name){t=e[n].content;break}var
 ... a;a=t?t:x?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
 ... 6"})})}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
 ... __orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
 ... addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
 ... ,!1)):c())}}}function
 ... c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
 ... className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
 ... ost=1)}function
 ... u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
 ... className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
 ... ost=1)}function
 ... l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
 ... ,e="share"===e?e+"-button":e;var
 ... o=a.height||25,i=h.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
 ... conf,"."+e).replace(",",",_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
 ... function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
 ... (a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.
 ... firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
 ... a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
 ... show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||((c[s]?c[s][0]:
 ... 100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){
 ... r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
 ... share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
 ... ,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
 ... clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
 ... send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
 ... n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
```

Page 1493

51896.. _ate.bro.ms?(t.timerHTML+iframe+title="Addthis"+facebook+frameborder="0"
.. scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
.. src=\"javascript:''\"":"")+"></iframe>",a=t.firstChild):a=h.ce("iframe"),a.style.
.. overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
.. ",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
.. facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
.. layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
.. _ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
.. =t.ost=1)}var
.. p,h=document,A={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==h.domain.search(/\.addthis\.com$/
.. i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
.. ,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
.. facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
.. t,a=e.el,o=n(42);return
.. t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
.. ,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){function
.. window.gapi&&window.gapi.plusone}function t(){if(e())return
.. void(gapi&&gapi.plusone&&"[object
.. Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
.. i){i=1;var n=new
.. _ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
.. addEventListener("load",function(){t()}),n.load()}}function n(e){var
.. t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
.. ._at_plusonecallback||function(e){var a={};for(var o in
.. t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
.. plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
.. a={};for(var o in
.. t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
.. a(e,n,a){if(!e.ost){var
.. o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.. .gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
.. lang||("undefined"==typeof
.. i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
.. lang||i.lang||_ate.ggl((n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
.. _ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
.. standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
.. ("google_plusone_share",n.share,addthis_config),
51897.. i.action="share"),_ate.share.goog.sub(n),_ate.util.each(i,function(e,t){r.
.. setAttribute(e,t)}),E(e,r,"google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1
.. ,t()}}function o(e,n){if(!e.ost){e.title="Follow on Google+";var
.. a=Tt(e,"g:plusone");if(a.size||"").toLowerCase(),document.head){var
.. o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
.. publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
.. |"smallbadge"===a.size){var
.. i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
.. lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
.. a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
.. lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
.. _ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
.. ()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
.. s=t=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
.. onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
.. text-decoration:none;color:#333;font:13px/16px
.. arial,sans-serif;'+("large"===a.size?"text-align:center;white-space:nowrap;":"")","
.. large"===a.size?txt2='<br/><span
.. style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
.. style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
.. medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
.. style="display:inline-block;vertical-align:top;
.. margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
.. setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
.. ",e.innerHTML='<span style="'+s+'">'+txt+"<img "+ieQ+'
.. src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
.. style="border:0;width:'+r+"px;height:'+r+'px;cursor:pointer;"
.. onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
.. onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
.. "</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
.. t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==

51897

```
t.nodeName;yt=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:''\""":"")+'
style="width:'+r.width+";
height:'+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||jt()),r.description=s.description=r.description||i.description
||i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
.addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
.addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
pinterest_share={});var
n=Xt.addthis_share.passthrough.pinterest_share,n.pi_media=r.media,n.pi_media_desc=r.
description,H("pinterest_share",e(i,r))})}else{var
u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
addthis_share.passthrough.pinterest_share={});var
t=Xt.addthis_share.passthrough.pinterest_share;return
t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
)}}})}(),function(){function e(e,i,r){if(!e.ost){var
s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
:"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
```

51897

```
share.sharewithbb+{like:e,y}()},function(){_ate.share&&_ate.share||{}},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}}function
n(){return
e()&&1===r?(t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.share.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?A.text
:t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
hashtags=s.hashtags||A.hashtags||"",(s.via||A.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||A.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(1=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(s.width=s.width),s.height&&(s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="'+u+"px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http"+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
```

51897…

```
a(e,t){t(18.css){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+"px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(r)},e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}}})(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})})(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
===e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}}}),catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Ft.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split(":/").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||"",l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n}(),c=[],l=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Ft.map[i]!==M||i.indexOf("
facebook_")>-1&&Ft.map.facebook!==M)&&l++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Ft.map[r]===M||(l++,e.push(r),_addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),1}function
r(e){o("addthis_exclude","",o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_ssh=e))}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(",");l:[],u=O.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
```

```
... addthis_options_rank=y(o(addthis_options,window.addthis_options_default),t(),l=i(
... s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
... addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
... (n.services_compact?n.services_compact?n.services_compact+","+s:addthis_options),
... addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
... services_compact=n.services_compact.split(",")).join(",")),window.addthis_ssh&&
... window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
... {var
... A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
... ).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"",_=R.indexOf("
... ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
... &&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
... ++)w[v[B]]=1,f=h[v[B]]||new
... RegExp("(?:^|,)("+v[B]+")(?:$|,)"),h[v[B]]=f,addthis_options=addthis_options.replace(
... f,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
... replace(f,"").replace(",,",","));for(B=0;B<g.length;B++)A=g[B],w[A]||(f=h[A]||new
... RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,-1===b.search(f)&&m.unshift(A));for(B=0;B<s.
... length&&E>B;B++)A=s[B],f=h[A]||new
... RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1&&C++;for(B=0;B<s.
... length&&!(x.length>=E);B++)A=s[B],y[A]||w[A]||!(Ft.map[A]!==M||A.indexOf("facebook_")
... >-1)||(y[A]=1,f=h[A]||new
... RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
... addthis_options=addthis_options.replace(f,"").replace(",,",","),k++):x.push(A));for(
... addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
... addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
... ,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()&&!_&&(
... addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
... .split(",").length>11;)addthis_options=addthis_options.split(",").slice(0,-1).join(",
... ");var
... z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
... ).length;if(S%2===0||11>S)for(var
... B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
... I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
... addthis_options.split(",").slice(0,-1).join(","));break}}else{var
... w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
... indexOf(a[0].code)){var
... N=addthis_options.replace(",more","").split(",").pop();addthis_options=
... addthis_options.replace(N,a[0].code)>-1===addthis_options.indexOf(",more")&&(
... addthis_options+=",more")}return
... n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
... c,u,l,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
... _ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
... instanceof Array){n={};for(var
... a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
... in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
... n[e]},t.has=function(e){if("string"==typeof
... e&&(e=e.split(",")),0===e.length)return!1;for(var
... t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
... ==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
... a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
... t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
... if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
... n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
... _ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
... 0)},!!e},t.keys=function(){return
... Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e}()
... ,function(){function e(){}function t(){}function n(e){}function a(){return!0}function
... o(e){try{if(!e||!e.url)return!1;var
... t=Vt.du.url(e.url).replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
... ,"");return
... t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
... url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
... t=0,a=[];if(r--,0===r)for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
... g===b?void 0:(v=!1,d(b),void
... i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
... function(e,t,n){return
... t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
... length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
```

51897…

```
n(e){r(1!(e=h[1]||[],e.length&&_ate.util.gWindow_json())||!(1=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})}),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(l.push(n),void t())})})})}function
r(e){return(e||{}).pvector||{})}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function)throw new Error("Matchrule
should be a function, got "+n)else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var n=a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"/at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ate.a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=!1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",")}if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&_ate.uid&&_ate.uid!=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid}),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
```

```
51897..|.,e.break?_ate.ed=bts=parseInt(e.bts),10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
  ..:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
  ..",{},{vts:e.vts})),e.geo){try{_ate.geo="string"==typeof
  ..e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
  ..geo",{},{geo:_ate.geo})}return
  ..e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
  .._ate.ed.fire("addthis-internal.data.rdy"):void 0)},_ate._rec.push(function(e){var
  ..t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
  ..du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
  ..un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
  ..ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider.code||ln.provider),auth:ln.
  ..auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
  ..provider_uid)),ln.logout&&(un.logout=1),_ate.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
  ..&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
  .._ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
  ..]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
  ..("+ln.onready+") not
  ..defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
  ..addthis_conf||{}).ver>=152)&&(_ate.ver=300),_ate.ed.fire("addthis-internal.params.
  ..loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
  ..addthis_clickout&&_ate.lad(["cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
  ..,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
  ..adding json2"),n(689),_adr.append(o)}),function(){function e(e){return
  .._ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
  ..t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
  .._ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
  .._ate.util.rfromKV(e)}}function n(e){var
  ..n;if(!o||".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
  ..=e.origin,a(n)}}function
  ..a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
  ..o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
  ..addthis.com")&&(o=!0),Xt.attachEvent?(Xt.attachEvent("onmessage",n,!1),$t.attachEvent
  ..("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
  ..r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
  ..payload:a}),"*")},0)}}}})(),tn.addEventListener("addthis.emailShare.close",function()
  ..{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
  ..n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
  ..a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
  ..o=e[a],i=t[a];return"string"!=typeof
  ..o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
  ..,n?o-o:o-i)}function i(r){for(var
  ..e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
  ..r=t||[],s=0===r.length?{}:i(r),c=r;return
  ..r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
  ..if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e||(e="name");for(
  ..var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
  ..t},c.map=c.toMap,c.has=function(e){return
  ..c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
  ..e&&(e=e.split(",")),0===e.length)return!1;for(var
  ..t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
  ..string"==typeof e&&(e=e.split(","),e instanceof Array)for(var
  ..t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
  ..0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
  ..i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
  ..r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
  ..n=[],o=0;o<Math.min(e||r.length);o++)n.push(r[o].name);return
  ..n},c.filter=function(t){for(var
  ..n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
  ..return
  ..e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
  ..-_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e(),function(){function
  ..e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
  ..and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
  ..code must consist entirely of letters, numbers and
  ..underscores.");return!0}tn.logShare=function(t,n,a,o){var
  ..i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
  ..t=t||[a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
  ..url=t,_ate.share.track(n,0,r,i))},tn.addClickTag=function(t,a,o,i){var
```

```
51897  t=t||R&&c.url||addthis_share.url||t};return
       e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
       function(){function e(e,t){return
       ve(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
       function(n){setTimeout(function(){n(a[e]||t)},0)}}function
       n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
       M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),e},[["uid",""],["geo",""],["_ssh",[]]]))}
       function o(){_=1,n({rdy:1})}function i(e){return
       _ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
       s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
       i(e){return _ate.util.geo.isin(e,_ate.geo)}function
       u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
       ),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
       e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
       _ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
       _ate.data.OrderedSet(n);var o=new
       _ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
       .HIGH
51898  })}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.services=o
       ,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source=m(),S.
       location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("addthis.
       user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.addthis_translations
       ?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("addthis.i18n.ready",
       function(){u(e)}),_ate.alg())}function l(e){u(e)}function d(){return
       _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
       t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var
       i=Array.prototype.slice.call(arguments);return
       _ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
       return n}function
       A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
       f(){A("gti");var e=w(),t=[];return
       _ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
       A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
       v(){return A("gtl"),z.location}function w(var
       e=_ate.bt2,t={};if(e){t={timeStamp:new
       Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
       n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
       i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
       ),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
       64)],t.behaviors.push(i),a+=9}}return t}function
       b(){return"0000000000000000"===_ate.uid?function x(e){return
       _ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
       t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
       instanceof Array){for(var
       n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Ft.list[t.service])return!0;n[e[
       a]]=1}if(!n[t.service])return!0}return!1}function C(e){var
       t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
       Array){var
       a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
       length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}var
       E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
       n),M.getData=l,M.getPreferredServices=function(e){var
       t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
       addthis_config),t=(window.addthis_options||"").replace(",more","").split(",")),e(t)):(
       _ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
       window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
       e(t)}),_ate.alg())}var
       S={ready:u,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
       hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
       parseBT2Cookie:w};return
       tn.session={user:session:m,isSocial:h("isl",y),isSearch:h("ish",C)},ke(M,S),e(function(e,t)
       {return e[t]=new
       tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
       window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
       ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
       [],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
       getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
       addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
```

```
51898..| removeEventListener(t,ate.ed),Re(th,ate.api)}var
    ..| dn,pn,hn,An,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,yn=[],Cn=[],
    ..| En=[],kn={rss:"Subscribe",Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
    ..| ",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
    ..| :"View more
    ..| services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
    ..| ={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
    ..| ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
    ..| data.ssh",function(){z("preferred_available",{once:!0}),An=1}),re(function(e){if(e)
    ..| for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
    ..| ;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
    ..| .title)}),tn.addEvents=function(e,t,n){if(e){var
    ..| a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
    ..| conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
    ..| _ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
    ..| ,t,a){var
    ..| o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
    ..| addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
    ..| r=tn.links[i],s=new
    ..| RegExp("&"+t+"=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
    ..| share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
    ..| href+=c)))}for(var i in tn.ems){var
    ..| r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
    ..| window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
    ..| =function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
    ..| internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
    ..| a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
    ..| s=_ate.util.select(e),c=0;c<s.length;c++){var
    ..| u,l=s[c],d=window.jQuery,p=q(l,t,a,o),h=document.ce("div");if(l.services={},l&&l.
    ..| className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
    ..| 32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
    ..| peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(655),_atc._ld_pkrcss=1}),l.
    ..| peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
    ..| (function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
    ..| ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
    ..| l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
    ..| setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
    ..| ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
    ..| .className.indexOf("32x32")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(654)})
    ..| ,_atc._ld_barcss=1),!l.fixed))){l.fixed=!0;for(var
    ..| A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
    ..| addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
    ..| appendChild(f),A.appendChild(a),l.appendChild(A),"BackCompat"===document.compatMode&&
    ..| _ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
    ..| addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
    ..| addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
    ..| addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
    ..| setAttribute("className",l.className+"
    ..| addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
    ..| setAttribute("className",l.className+"
    ..| addthis_bar_vertical_large")))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
    ..| "),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(h)),h.className="atclear"}},tn.ready=
    ..| function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
    ..| _ate.onr(tn),y(),_ate.share.sub(),e&&"function"==typeof
    ..| e&&e()))},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),C(),_atc.xol?(y(),_adr.
    ..| isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
    ..| internal.ready",tn))window.addthis_open=function(){return"string"==typeof
    ..| iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
    ..| return"string"==typeof
    ..| iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
    ..| ,n){t=t||{};var
    ..| a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
    ..| ui_508_compliant;if(!a&&Kt(e)){if(Wt)return
    ..| window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
    ..| _ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(790)},function(e,t){e.
    ..| exports=function(e){var
    ..| t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
    ..| ",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
```

51898… ‖|,det:de,deu:"de",es:"es",gre:"gre",eng:"en",spa:"es",fin:"fi",dut:"nl",fre:"fr",spa"spa",et:1,est
… :"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
… ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
… ,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
… iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
… mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
… no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
… ,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
… si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
… th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
… 1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk","zh-tr":1,"chi-tr":"
… zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
… :"zh"};return
… t[e]?t[e]:(e=e.split("-").shift(),t[e]?t[e]?e:t[e]:0)}},function(e,t,n){"use
… strict";function a(e,t){var
… n=s((e||r()).toLowerCase());0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
… +n+".js"),c=!0)}function o(){return n}var
… i=n(17),r=n(21),s=n(152),c=1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
… a=n(21),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
… instanceof Function,"callback must be a
… function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
… function(e,t,n){"use strict";function a(e,t){return
… c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
… +"&rb="+encodeURIComponent(p.isBrandingReduced())}var
… o=n(2),i=n(45),r=n(36),s=(n(16),n(22)),c=n(7),u=n(60),l=n(44),d=n(29),p=n(19);e.
… exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
… bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
… service,e,t),d)return
… window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
… exports.getEmailURL=a},function(e,t,n){"use strict";function a(e,t){var
… n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
… title)+"%20":"")+encodeURIComponent(n)}var
… o=n(2),i=n(14),r=n(86);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
… location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
… "use strict";function
… a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
… o=n(102).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
… initialized=!0;var
… t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
… )}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
… t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
… function(){return!!this.location},onReady:function(e){return
… this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
… a},function(e,t){e.exports=function(e){for(var
… t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
… indexOf(e))return t[n]}},function(e,t,n){var a=n(76);e.exports=function(e){var
… t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
… o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
… google.*\/(search|url|aclk|m\?)/)||o.match(/pagead/aclk?")>-1||o.indexOf(t+"url")>
… -1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
… indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
… >-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
… results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
… ")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
… indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
… strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
… o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
… facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
… 0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
… usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
… r=i.code,c=s["default"][r];if(!c)return null;var
… u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
… default"]=i;var r=n(751),s=a(r),c=new
… RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
… a=n(40),o=n(25),i=n(12),r=n(134),s=n(9),c=n(5).makeCUID;e.exports=function(e){a(e,"
… A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
… `makeRedirectURL`")};var
… n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=

51898... r(),t=1,ua=1{(url,e,t,d1,pubvs(),rev=l,per,p(),t),p=o(d,function(e,t){return
... t+="+"+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
... "+p}},function(e,t,n){var
... a=n(7),o=n(5).makeCUID,i=n(17),r=n(20);e.exports=function(e,t,n,s,c){var
... u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
... notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
... a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
... a=n(820),o=n(814),i=n(7),r=n(36),s=n(86),c=n(815),u=n(87),l=n(816),d=n(156),p=n(155),
... h=n(16),A=n(24),f=n(128),g=n(14),m=n(140),v=n(78),w=n(45),b=n(2),x=n(22),y=n(35),C=n(
... 9),E=n(20),k=n(47),M=n(94),R=window,_=document;e.exports=function(e,t){var
... n=R.addthis_config?E(R.addthis_config):{},z=R.addthis_share?E(R.addthis_share):{};
... switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
... hideEmailSharingConfirmation,n.pubid=C(),z.service=e,z.media=void
... 0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
... 0!==t.title?t.title:z.title,z.description=void
... 0!==t.description?t.description:z.description,z.passthrough=void
... 0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
... ":case"compact":n.ui_pane="",w(_.body,"more","","",n,z);break;case"mailto":R.location
... .href=h(z,n,1);break;case"email":z.email_template=t.email_template||z.email_template,
... z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
... pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
... addthis.menu.close();break;case"favorites":var
... S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
... url_transforms,I="Press <"+D+">+D to bookmark in
... ";B=k(B),S=A(S),S=y(S,U,z,e),S=g(e,z,n,S,l),b("ipa")?alert("Tap the <plus> to
... bookmark in
... Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
... Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
... _.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
... n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
... break;case"skype":p(z,n);break;default:"twitter"===e&&(z.title=window.
... encodeURIComponent(z.title),f(e)?v(e,z,n):_ate.share.inBm()||t.defaultShareToNewTab?
... x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
... addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
... a=n(171),o=n(2);e.exports=function(){var
... e=document.documentElement||{},t=window.screen,n=0;return
... o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
... :a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
... n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
... a(e){return"function"==typeof
... l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
... t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a){if(!n)return
... "";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
... nodeValue;break}}return a}function i(e){if("string"==typeof e){var
... t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
... 1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
... r(e,t){if(e=(e||{}).parentNode,!t||!!e)return
... e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
... 0;)e=e.parentNode;else
... if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
... parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
... i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
... d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
... );else{n=n.replace(/\-/g,"\\-");var p=new
... RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
... &&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
... a,o=l.getElementsByClassName?function(e,t){return
... e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
... l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
... RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c++=1)a=i[c],(!r||r.test(a.
... nodeName))&&s.push(a);return s}var
... u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
... getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
... strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
... o=n(2),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
... google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
... pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
... =function(){return

51898

```
c.addthis_services_loc?c.mob?.addthis_services_loc:mob2s,d=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e},t.
getPopServices=d;var p=function(){return
d().split(",")},t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(104),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index)),o[e]=e)},empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(149),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(134),n(6));e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType+" continent: ";return
t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
"+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(1);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(73);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
|[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
r=n(2),s=n(12),c=n(13),u=n(4),l=n(3),d=n(113),p=n(723),h=n(14),A=n(725),f=n(720),g=n(
727),m=n(16),v=n(19),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)})},open:function(e,t,n,a,o,i){var
c,u;A(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=h("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
```

51898...

```
menu.close();s=g(this)._crossWindowCommunicator,_ate.ed,address,c[_ate.menu.
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null}},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(2),i=n(1),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r==r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())}};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(713),s=n(40),c=a(s),u=n(714),l=a(u),d=n(633),p=a(d),h=n(636).getIconCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(80),i=n(50),r=n(734),s=a(r),c=n(718),u=a(c),l=n(717),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
```

```
51898  [,["default"](0,1,2)).optional("cdn",u["default"](0,1)).optional("lct",u["default"](0,1)
       .optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
       lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
       "default"]).always("rb",function(e){var
       t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
       e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
       ).optional("chr").optional("mk",function(e){try{return
       e.split(","),!0}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
       optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
       default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
       (!0).jsonp("callback",e.exports=t["default"]},function(e,t,n){"use
       strict";t.__esModule=!0;var a=n(6),o=function(e){return
       0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
       a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
       i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
       }};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
       t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
       s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
       strict";function a(e){e=e||function(){},n.e(2,function(t){var
       a={createExpandedMenu:n(646),ExpandedMenuControllerView:n(650)};n(835)(e.bind(null,a)
       )})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
       strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
       CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
       CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
       CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
       CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
       CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
       a={},o={};a.delicious=function(e){e(n(658))},o.delicious=function(e){n.e(208,function
       (){e(n(432))})},a.digg=function(e){e(n(659))},o.digg=function(e){n.e(205,function(){e
       (n(435))})},a.facebook=function(e){e(n(661))},o.facebook=function(e){n.e(189,function
       (){e(n(451))})},a.google=function(e){e(n(663))},o.google=function(e){n.e(170,function
       (){e(n(470))})},a.linkedin=function(e){e(n(664))},o.linkedin=function(e){n.e(140,
       function(){e(n(500))})},a.reddit=function(e){e(n(668))},o.reddit=function(e){n.e(92,
       function(){e(n(548))})},a.stumbleupon=function(e){e(n(670))},o.stumbleupon=function(e
       ){n.e(64,function(){e(n(576))})},a.tumblr=function(e){e(n(671))},o.tumblr=function(e)
       {n.e(47,function(){e(n(593))})},a.twitter=function(e){e(n(672))},o.twitter=function(e
       ){n.e(45,function(){e(n(595))})},a.myspace=function(e){e(n(666))},o.myspace=function(
       e){n.e(122,function(){e(n(518))})},a.blogger=function(e){e(n(657))},o.blogger=
       function(e){n.e(225,function(){e(n(415))})},a.print=function(e){e(n(667))},o.print=
       function(e){n.e(100,function(){e(n(540))})},a.favorites=function(e){e(n(662))},o.
       favorites=function(e){n.e(183,function(){e(n(457))})},a.email=function(e){e(n(660))},
       o.email=function(e){n.e(194,function(){e(n(446))})},a.wykop=function(e){e(n(675))},o.
       wykop=function(e){n.e(24,function(){e(n(616))})},a.mailto=function(e){e(n(665))},o.
       mailto=function(e){n.e(137,function(){e(n(503))})},a.sinaweibo=function(e){e(n(669))}
       ,o.sinaweibo=function(e){n.e(83,function(){e(n(557))})},a.vk=function(e){e(n(673))},o
       .vk=function(e){n.e(34,function(){e(n(606))})},a.whatsapp=function(e){e(n(674))},o.
       whatsapp=function(e){n.e(27,function(){e(n(613))})},a.addthis=function(e){e(n(656))},
       o.addthis=function(e){n.e(244,function(){e(n(396))})},a.aim=function(e){n.e(460,
       function(){e(n(180))})},o.aim=function(e){n.e(240,function(){e(n(400))})},a.
       amazonwishlist=function(e){n.e(459,function(){e(n(181))})},o.amazonwishlist=function(
       e){n.e(239,function(){e(n(401))})},a.bitly=function(e){n.e(448,function(){e(n(192))})
       },o.bitly=function(e){n.e(228,function(){e(n(412))})},a.blogmarks=function(e){n.e(444
       ,function(){e(n(196))})},o.blogmarks=function(e){n.e(223,function(){e(n(417))})},a.
       diigo=function(e){n.e(426,function(){e(n(214))})},o.diigo=function(e){n.e(203,
       function(){e(n(437))})},a.faves=function(e){n.e(409,function(){e(n(231))})},o.faves=
       function(e){n.e(184,function(){e(n(456))})},a.hatena=function(e){n.e(391,function(){e
       (n(249))})},o.hatena=function(e){n.e(164,function(){e(n(476))})},a.meneame=function(e
       ){n.e(358,function(){e(n(282))})},o.meneame=function(e){n.e(129,function(){e(n(511))}
       )},a.netvibes=function(e){n.e(348,function(){e(n(292))})},o.netvibes=function(e){n.e(
       118,function(){e(n(522))})},a.netvouz=function(e){n.e(347,function(){
51899  e(n(293))})},o.netvouz=function(e){n.e(117,function(){e(n(523))})},a.newsvine=
       function(e){n.e(345,function(){e(n(295))})},o.newsvine=function(e){n.e(115,function()
       {e(n(525))})},a.nujij=function(e){n.e(344,function(){e(n(296))})},o.nujij=function(e)
       {n.e(114,function(){e(n(526))})},a.thisnext=function(e){n.e(284,function(){e(n(356))}
       )},o.thisnext=function(e){n.e(50,function(){e(n(590))})},a.livejournal=function(e){n.
       e(366,function(){e(n(274))})},o.livejournal=function(e){n.e(138,function(){e(n(502))}
       )},a.gmail=function(e){n.e(398,function(){e(n(242))})},o.gmail=function(e){n.e(172,
       function(){e(n(468))})},a.hotmail=function(e){n.e(387,function(){e(n(253))})},o.
```

51899...

```
hotmail=function(e){n.e(160,function(){e(n(480))})},a.yahoomail=function(e){n.e(261,
function(){e(n(379))})}},o.yahoomail=function(e){n.e(22,function(){e(n(618))})},a.
aolmail=function(e){n.e(457,function(){e(n(183))})}},o.aolmail=function(e){n.e(237,
function(){e(n(403))})},a.googletranslate=function(e){n.e(394,function(){e(n(246))})}}
,o.googletranslate=function(e){n.e(167,function(){e(n(473))})}},a.wordpress=function(e
){n.e(263,function(){e(n(377))})}},o.wordpress=function(e){n.e(25,function(){e(n(615))
})}},a.typepad=function(e){n.e(280,function(){e(n(360))})}},o.typepad=function(e){n.e(
44,function(){e(n(596))})}},a.yammer=function(e){n.e(260,function(){e(n(380))})}},o.
yammer=function(e){n.e(21,function(){e(n(619))})}},a.oknotizie=function(e){n.e(341,
function(){e(n(299))})}},o.oknotizie=function(e){n.e(111,function(){e(n(529))})}},a.
oyyla=function(e){n.e(339,function(){e(n(301))})}},o.oyyla=function(e){n.e(109,
function(){e(n(531))})}},a.favoritus=function(e){n.e(408,function(){e(n(232))})}},o.
favoritus=function(e){n.e(182,function(){e(n(458))})}},a.startaid=function(e){n.e(302,
function(){e(n(338))})}},o.startaid=function(e){n.e(69,function(){e(n(571))})}},a.svejo
=function(e){n.e(293,function(){e(n(347))})}},o.svejo=function(e){n.e(59,function(){e(
n(581))})}},a.symbaloo=function(e){n.e(292,function(){e(n(348))})}},o.symbaloo=function
(e){n.e(58,function(){e(n(582))})}},a.yoolink=function(e){n.e(257,function(){e(n(383))
})}},o.yoolink=function(e){n.e(18,function(){e(n(622))})}},a.youmob=function(e){n.e(255
,function(){e(n(385))})}},o.youmob=function(e){n.e(16,function(){e(n(624))})}},a.n4g=
function(e){n.e(350,function(){e(n(290))})}},o.n4g=function(e){n.e(120,function(){e(n(
520))})}},a.folkd=function(e){n.e(404,function(){e(n(236))})}},o.folkd=function(e){n.e(
178,function(){e(n(462))})}},a.evernote=function(e){n.e(416,function(){e(n(224))})}},o.
evernote=function(e){n.e(192,function(){e(n(448))})}},a.stumpedia=function(e){n.e(297,
function(){e(n(343))})}},o.stumpedia=function(e){n.e(63,function(){e(n(577))})}},a.
studivz=function(e){n.e(299,function(){e(n(341))})}},o.studivz=function(e){n.e(66,
function(){e(n(574))})}},a.pusha=function(e){n.e(329,function(){e(n(311))})}},o.pusha=
function(e){n.e(98,function(){e(n(542))})}},a.kledy=function(e){n.e(372,function(){e(n
(268))})}},o.kledy=function(e){n.e(145,function(){e(n(495))})}},a.plurk=function(e){n.e
(333,function(){e(n(307))})}},o.plurk=function(e){n.e(103,function(){e(n(537))})}},a.
citeulike=function(e){n.e(435,function(){e(n(205))})}},o.citeulike=function(e){n.e(214
,function(){e(n(426))})}},a.care2=function(e){n.e(436,function(){e(n(204))})}},o.care2=
function(e){n.e(215,function(){e(n(425))})}},a.baidu=function(e){n.e(454,function(){e(
n(186))})}},o.baidu=function(e){n.e(234,function(){e(n(406))})}},a.printfriendly=
function(e){n.e(330,function(){e(n(310))})}},o.printfriendly=function(e){n.e(99,
function(){e(n(541))})}},a.arto=function(e){n.e(455,function(){e(n(185))})}},o.arto=
function(e){n.e(235,function(){e(n(405))})}},a.sodahead=function(e){n.e(308,function()
{e(n(332))})}},o.sodahead=function(e){n.e(75,function(){e(n(565))})}},a.viadeo=function
(e){n.e(276,function(){e(n(364))})}},o.viadeo=function(e){n.e(40,function(){e(n(600))}
)}},a.amenme=function(e){n.e(458,function(){e(n(182))})}},o.amenme=function(e){n.e(238,
function(){e(n(402))})}},a.virb=function(e){n.e(272,function(){e(n(368))})}},o.virb=
function(e){n.e(36,function(){e(n(604))})}},a.bizsugar=function(e){n.e(447,function(){
e(n(193))})}},o.bizsugar=function(e){n.e(227,function(){e(n(413))})}},a.bobrdobr=
function(e){n.e(443,function(){e(n(197))})}},o.bobrdobr=function(e){n.e(222,function()
{e(n(418))})}},a.smiru=function(e){n.e(310,function(){e(n(330))})}},o.smiru=function(e)
{n.e(77,function(){e(n(563))})}},a.stuffpit=function(e){n.e(298,function(){e(n(342))})
},o.stuffpit=function(e){n.e(65,function(){e(n(575))})}},a.fabulously40=function(e){n.
e(414,function(){e(n(226))})}},o.fabulously40=function(e){n.e(190,function(){e(n(450))
})}},a.yorumcuyum=function(e){n.e(256,function(){e(n(384))})}},o.yorumcuyum=function(e)
{n.e(17,function(){e(n(623))})}},a.hackernews=function(e){n.e(392,function(){e(n(248))
})}},o.hackernews=function(e){n.e(165,function(){e(n(475))})}},a.bonzobox=function(e){n
.e(442,function(){e(n(198))})}},o.bonzobox=function(e){n.e(221,function(){e(n(419))})}}
,a.meinvz=function(e){n.e(362,function(){e(n(278))})}},o.meinvz=function(e){n.e(133,
function(){e(n(507))})}},a.visitezmonsite=function(e){n.e(271,function(){e(n(369))})}},
o.visitezmonsite=function(e){n.e(35,function(){e(n(605))})}},a.memori=function(e){n.e(
360,function(){e(n(280))})}},o.memori=function(e){n.e(131,function(){e(n(509))})}},a.
diggita=function(e){n.e(427,function(){e(n(213))})}},o.diggita=function(e){n.e(204,
function(){e(n(436))})}},a.linkuj=function(e){n.e(367,function(){e(n(273))})}},o.linkuj
=function(e){n.e(139,function(){e(n(501))})}},a.tuenti=function(e){n.e(282,function(){
e(n(358))})}},o.tuenti=function(e){n.e(48,function(){e(n(592))})}},a.informazione=
function(e){n.e(384,function(){e(n(256))})}},o.informazione=function(e){n.e(157,
function(){e(n(483))})}},a.startlap=function(e){n.e(301,function(){e(n(339))})}},o.
startlap=function(e){n.e(68,function(){e(n(572))})}},a.moemesto=function(e){n.e(354,
function(){e(n(286))})}},o.moemesto=function(e){n.e(125,function(){e(n(515))})}},a["
100zakladok"]=function(e){n.e(467,function(){e(n(173))})}},o["100zakladok"]=function(e
){n.e(248,function(){e(n(392))})}},a.domaintoolswhois=function(e){n.e(424,function(){e
(n(216))})}},o.domaintoolswhois=function(e){n.e(201,function(){e(n(439))})}},a.
quantcast=function(e){n.e(327,function(){e(n(313))})}},o.quantcast=function(e){n.e(96,
function(){e(n(544))})}},a.w3validator=function(e){n.e(267,function(){e(n(373))})}},o.
```

```
51899…  w3varafaro1=function(e){n.e(30,function(){e(n(640))})},a.hedgehogs=function(e){n.e(
…      390,function(){e(n(250))})},o.hedgehogs=function(e){n.e(163,function(){e(n(477))})}},a
…      .cosmiq=function(e){n.e(431,function(){e(n(209))})}},o.cosmiq=function(e){n.e(210,
…      function(){e(n(430))})}},a.instapaper=function(e){n.e(382,function(){e(n(258))})}},o.
…      instapaper=function(e){n.e(155,function(){e(n(485))})}},a.ziczac=function(e){n.e(250,
…      function(){e(n(390))})}},o.ziczac=function(e){n.e(11,function(){e(n(629))})}},a.adifni=
…      function(e){n.e(462,function(){e(n(178))})}},o.adifni=function(e){n.e(242,function(){e
…      (n(398))})}},a.favable=function(e){n.e(410,function(){e(n(230))})}},o.favable=function(
…      e){n.e(185,function(){e(n(455))})}},a.camyoo=function(e){n.e(437,function(){e(n(203))}
…      )}},o.camyoo=function(e){n.e(216,function(){e(n(424))})}},a.box=function(e){n.e(439,
…      function(){e(n(201))})}},o.box=function(e){n.e(218,function(){e(n(422))})}},a.
…      bookmarkcyz=function(e){n.e(441,function(){e(n(199))})}},o.bookmarkcyz=function(e){n.e
…      (220,function(){e(n(420))})}},a.etsy=function(e){n.e(417,function(){e(n(223))})}},o.
…      etsy=function(e){n.e(193,function(){e(n(447))})}},a.bookmerkende=function(e){n.e(440,
…      function(){e(n(200))})}},o.bookmerkende=function(e){n.e(219,function(){e(n(421))})}},a.
…      posteezy=function(e){n.e(331,function(){e(n(309))})}},o.posteezy=function(e){n.e(101,
…      function(){e(n(539))})}},a.zakladoknet=function(e){n.e(251,function(){e(n(389))})}},o.
…      zakladoknet=function(e){n.e(12,function(){e(n(628))})}},a.douban=function(e){n.e(423,
…      function(){e(n(217))})}},o.douban=function(e){n.e(200,function(){e(n(440))})}},a.
…      pdfmyurl=function(e){n.e(337,function(){e(n(303))})}},o.pdfmyurl=function(e){n.e(107,
…      function(){e(n(533))})}},a.rediff=function(e){n.e(323,function(){e(n(317))})}},o.rediff
…      =function(e){n.e(91,function(){e(n(549))})}},a.markme=function(e){n.e(364,function(){e
…      (n(276))})}},o.markme=function(e){n.e(135,function(){e(n(505))})}},a.naszaklasa=
…      function(e){n.e(349,function(){e(n(291))})}},o.naszaklasa=function(e){n.e(119,function
…      (){e(n(521))})}},a.vybralisme=function(e){n.e(268,function(){e(n(372))})}},o.vybralisme
…      =function(e){n.e(31,function(){e(n(609))})}},a.mymailru=function(e){n.e(352,function()
…      {e(n(288))})}},o.mymailru=function(e){n.e(123,function(){e(n(517))})}},a.qzone=function
…      (e){n.e(325,function(){e(n(315))})}},o.qzone=function(e){n.e(94,function(){e(n(546))})
…      }},a.xing=function(e){n.e(262,function(){e(n(378))})}},o.xing=function(e){n.e(23,
…      function(){e(n(617))})}},a.fashiolista=function(e){n.e(411,function(){e(n(229))})}},o.
…      fashiolista=function(e){n.e(186,function(){e(n(454))})}},a.newsmeback=function(e){n.e(
…      346,function(){e(n(294))})}},o.newsmeback=function(e){n.e(116,function(){e(n(524))})}},
…      a.iorbix=function(e){n.e(380,function(){e(n(260))})}},o.iorbix=function(e){n.e(153,
…      function(){e(n(487))})}},a.urlaubswerkde=function(e){n.e(277,function(){e(n(363))})}},o
…      .urlaubswerkde=function(e){n.e(41,function(){e(n(599))})}},a.mrcnetworkit=function(e){
…      n.e(353,function(){e(n(287))})}},o.mrcnetworkit=function(e){n.e(124,function(){e(n(516
…      ))})}},a.pafnetde=function(e){n.e(338,function(){e(n(302))})}},o.pafnetde=function(e){n
…      .e(108,function(){e(n(532))})}},a.spinsnap=function(e){n.e(306,function(){e(n(334))})}}
…      ,o.spinsnap=function(e){n.e(73,function(){e(n(567))})}},a.technerd=function(e){n.e(290
…      ,function(){e(n(350))})}},o.technerd=function(e){n.e(56,function(){e(n(584))})}},a.
…      thefreedictionary=function(e){n.e(285,function(){e(n(355))})}},o.thefreedictionary=
…      function(e){n.e(51,function(){e(n(589))})}},a.yuuby=function(e){n.e(252,function(){e(n
…      (388))})}},o.yuuby=function(e){n.e(13,function(){e(n(627))})}},a.efactor=function(e){n.
…      e(419,function(){e(n(221))})}},o.efactor=function(e){n.e(196,function(){e(n(444))})}},a
…      .adfty=function(e){n.e(463,function(){e(n(177))})}},o.adfty=function(e){n.e(243,
…      function(){e(n(397))})}},a.draugiem=function(e){n.e(422,function(){e(n(218))})}},o.
…      draugiem=function(e){n.e(199,function(){e(n(441))})}},a.historious=function(e){n.e(389
…      ,function(){e(n(251))})}},o.historious=function(e){n.e(162,function(){e(n(478))})}},a.
…      indexor=function(e){n.e(385,function(){e(n(255))})}},o.indexor=function(e){n.e(158,
…      function(){e(n(482))})}},a.facebook_like=function(e){n.e(413,function(){e(n(227))})}},o
…      .facebook_like=function(e){n.e(188,function(){e(n(452))})}},a.voxopolis=function(e){n.
…      e(269,function(){e(n(371))})}},o.voxopolis=function(e){n.e(32,function(){e(n(608))})}},
…      a.memonic=function(e){n.e(361,function(){e(n(279))})}},o.memonic=function(e){n.e(132,
…      function(){e(n(508))})}},a.addressbar=function(e){n.e(464,function(){e(n(176))})}},o.
…      addressbar=function(e){n.e(245,function(){e(n(395))})}},a.kaixin=function(e){n.e(377,
…      function(){e(n(263))})}},o.kaixin=function(e){n.e(150,function(){e(n(490))})}},a.
…      odnoklassniki_ru=function(e){n.e(342,function(){e(n(298))})}},o.odnoklassniki_ru=
…      function(e){n.e(112,function(){e(n(528))})}},a.zingme=function(e){n.e(249,function(){e
…      (n(391))})}},o.zingme=function(e){n.e(10,function(){e(n(630))})}},a.jappy=function(e){n
…      .e(379,function(){e(n(261))})}},o.jappy=function(e){n.e(152,function(){e(n(488))})}},a.
…      vkrugudruzei=function(e){n.e(270,function(){e(n(370))})}},o.vkrugudruzei=function(e){n
…      .e(33,function(){e(n(607))})}},a.stylishhome=function(e){n.e(296,function(){e(n(344))}
…      )}},o.stylishhome=function(e){n.e(62,function(){e(n(578))})}},a.kindleit=function(e){n.
…      e(373,function(){e(n(267))})}},o.kindleit=function(e){n.e(146,function(){e(n(494))})}},
…      a.scoopit=function(e){n.e(317,function(){e(n(323))})}},o.scoopit=function(e){n.e(85,
…      function(){e(n(555))})}},a.govn=function(e){n.e(393,function(){e(n(247))})}},o.govn=
…      function(e){n.e(166,function(){e(n(474))})}},a.skyrock=function(e){n.e(314,function(){
…      e(n(326))})}},o.skyrock=function(e){n.e(81,function(){e(n(559))})}},a.ketnooi=function(
```

51899...

```
e){t.e(375,function(){e(n(285))}}},o.kaboodle=function(e){n.e(148,function(){e(n(492))
}}},a.taringa=function(e){n.e(291,function(){e(n(349))}}},o.taringa=function(e){n.e(
57,function(){e(n(583))}}},a.researchgate=function(e){n.e(321,function(){e(n(319))}}}
,o.researchgate=function(e){n.e(89,function(){e(n(551))}}},a.blogkeen=function(e){n.e(
445,function(){e(n(195))}}},o.blogkeen=function(e){n.e(224,function(){e(n(416))}}},a
.mendeley=function(e){n.e(359,function(){e(n(281))}}},o.mendeley=function(e){n.e(130,
function(){e(n(510))}}},a.qrsrc=function(e){n.e(328,function(){e(n(312))}}},o.qrsrc=
function(e){n.e(97,function(){e(n(543))}}},a.bland=function(e){n.e(446,function(){e(n
(194))}}},o.bland=function(e){n.e(226,function(){e(n(414))}}},a.sharer=function(e){n.
e(316,function(){e(n(324))}}},o.sharer=function(e){n.e(84,function(){e(n(556))}}},a.
safelinking=function(e){n.e(318,function(){e(n(322))}}},o.safelinking=function(e){n.e(
86,function(){e(n(554))}}},a.cleanprint=function(e){n.e(434,function(){e(n(206))}}},
o.cleanprint=function(e){n.e(213,function(){e(n(427))}}},a.disqus=function(e){n.e(425
,function(){e(n(215))}}},o.disqus=function(e){n.e(202,function(){e(n(438))}}},a.
surfingbird=function(e){n.e(294,function(){e(n(346))}}},o.surfingbird=function(e){n.e
(60,function(){e(n(580))}}},a.lidar=function(e){n.e(370,function(){e(n(270))}}},o.
lidar=function(e){n.e(143,function(){e(n(497))}}},a.buffer=function(e){n.e(438,
function(){e(n(202))}}},o.buffer=function(e){n.e(217,function(){e(n(423))}}},a.
beat100=function(e){n.e(451,function(){e(n(189))}}},o.beat100=function(e){n.e(231,
function(){e(n(409))}}},a.cssbased=function(e){n.e(430,function(){e(n(210))}}},o.
cssbased=function(e){n.e(209,function(){e(n(431))}}},a.yookos=function(e){n.e(258,
function(){e(n(382))}}},o.yookos=function(e){n.e(19,function(){e(n(621))}}},a.supbro=
function(e){n.e(295,function(){e(n(345))}}},o.supbro=function(e){n.e(61,function(){e(
n(579))}}},a.google_plusone_share=function(e){n.e(395,function(){e(n(245))}}},o.
google_plusone_share=function(e){n.e(168,function(){e(n(472))}}},a.apsense=function(e
){n.e(456,function(){e(n(184))}}},o.apsense=function(e){n.e(236,function(){e(n(404))}
}},a.cleansave=function(e){n.e(433,function(){e(n(207))}}},o.cleansave=function(e){n.
e(212,function(){e(n(428))}}},a.openthedoor=function(e){n.e(340,function(){e(n(300))}
}},o.openthedoor=function(e){n.e(110,function(){e(n(530))}}},a.advqr=function(e){n.e(
461,function(){e(n(179))}}},o.advqr=function(e){n.e(241,function(){e(n(399))}}},a.
pocket=function(e){n.e(332,function(){e(n(308))}}},o.pocket=function(e){n.e(102,
function(){e(n(538))}}},a.margarin=function(e){n.e(365,function(){e(n(275))}}},o.
margarin=function(e){n.e(136,function(){e(n(504))}}},a.gg=function(e){n.e(401,
function(){e(n(239))}}},o.gg=function(e){n.e(175,function(){e(n(465))}}},a.foodlve=
function(e){n.e(403,function(){e(n(237))}}},o.foodlve=function(e){n.e(177,function(){
e(n(463))}}},a.thefancy=function(e){n.e(286,function(){e(n(354))}}},o.thefancy=
function(e){n.e(52,function(){e(n(588))}}},a.mixi=function(e){n.e(355,function(){e(n(
285))}}},o.mixi=function(e){n.e(126,function(){e(n(514))}}},a.wishmindr=function(e){n
.e(264,function(){e(n(376))}}},o.wishmindr=function(e){n.e(26,function(){e(n(614))}}}
,a.pinterest_share=function(e){n.e(334,function(){e(n(306))}}},o.pinterest_share=
function(e){n.e(104,function(){e(n(536))}}},a.financialjuice=function(e){n.e(407,
function(){e(n(233))}}},o.financialjuice=function(e){n.e(181,function(){e(n(459))}}},
a.myvidster=function(e){n.e(351,function(){e(n(289))}}},o.myvidster=function(e){n.e(
121,function(){e(n(519))}}},a.exchangle=function(e){n.e(415,function(){e(n(225))}}},o
.exchangle=function(e){n.e(191,function(){e(n(449))}}},a.wanelo=function(e){n.e(266,
function(){e(n(374))}}},o.wanelo=function(e){n.e(29,function(){e(n(611))}}},a.
hootsuite=function(e){n.e(388,function(){e(n(252))}}},o.hootsuite=function(e){n.e(161
,function(){e(n(479))}}},a.internetarchive=function(e){n.e(381,function(){e(n(259))}}
},o.internetarchive=function(e){n.e(154,function(){e(n(486))}}},a.behance=function(e)
{n.e(450,function(){e(n(190))}}},o.behance=function(e){n.e(230,function(){e(n(410))}}
},a.vimeo=function(e){n.e(274,function(){e(n(366))}}},o.vimeo=function(e){n.e(38,
function(){e(n(602))}}},a.flickr=function(e){n.e(406,function(){e(n(234))}}},o.flickr
=function(e){n.e(180,function(){e(n(460))}}},a.instagram=function(e){n.e(383,function
(){e(n(257))}}},o.instagram=function(e){n.e(156,function(){e(n(484))}}},a.foursquare=
function(e){n.e(402,function(){e(n(238))}}},o.foursquare=function(e){n.e(176,function
(){e(n(464))}}},a.rss=function(e){n.e(319,function(){e(n(321))}}},o.rss=function(e){n
.e(87,function(){e(n(553))}}},a.youtube=function(e){n.e(254,function(){e(n(386))}}},o
.youtube=function(e){n.e(15,function(){e(n(625))}}},a.flipboard=function(e){n.e(405,
function(){e(n(235))}}},o.flipboard=function(e){n.e(179,function(){e(n(461))}}},a.
retellity=function(e){n.e(320,function(){e(n(320))}}},o.retellity=function(e){n.e(88,
function(){e(n(552))}}},a.nurses_lounge=function(e){n.e(343,function(){e(n(297))}}},o
.nurses_lounge=function(e){n.e(113,function(){e(n(527))}}},a.kik=function(e){n.e(374,
function(){e(n(266))}}},o.kik=function(e){n.e(147,function(){e(n(493))}}},a.yummly=
function(e){n.e(253,function(){e(n(387))}}},o.yummly=function(e){n.e(14,function(){e(
n(626))}}},a.viber=function(e){n.e(275,function(){e(n(365))}}},o.viber=function(e){n.
e(39,function(){e(n(601))}}},a.edcast=function(e){n.e(420,function(){e(n(220))}}},o.
edcast=function(e){n.e(197,function(){e(n(443))}}},a.slack=function(e){n.e(313,
function(){e(n(327))}}},o.slack=function(e){n.e(80,function(){e(n(560))}}},a.skype=
```

```
51899…  function(e){n.e(313,function(){e(n(325)})}),o.skype=function(e){n.e(82,function(){e(n
…     (558))})},a.link=function(e){n.e(368,function(){e(n(272)})}),o.link=function(e){n.e(
…     141,function(){e(n(499))})}},a.houzz=function(e){n.e(386,function(){e(n(254)})}},o.
…     houzz=function(e){n.e(159,function(){e(n(481)})}},a.google_classroom=function(e){n.e(
…     396,function(){e(n(244)})}},o.google_classroom=function(e){n.e(169,function(){e(n(471
…     ))})},a.renren=function(e){n.e(322,function(){e(n(318)})}},o.renren=function(e){n.e(
…     90,function(){e(n(550))})}},a.tencentweibo=function(e){n.e(287,function(){e(n(353)})})
…     ,o.tencentweibo=function(e){n.e(53,function(){e(n(587)})}},a.lineme=function(e){n.e(
…     369,function(){e(n(271))})},o.lineme=function(e){n.e(142,function(){e(n(498)})}},a.
…     kakao=function(e){n.e(376,function(){e(n(264)})}},o.kakao=function(e){n.e(149,
…     function(){e(n(491))})},a.telegram=function(e){n.e(289,function(){e(n(351)})}},o.
…     telegram=function(e){n.e(55,function(){e(n(585))})},a.balatarin=function(e){n.e(453,
…     function(){e(n(187)})}},o.balatarin=function(e){n.e(233,function(){e(n(407)})}},a.
…     pinboard=function(e){n.e(335,function(){e(n(305))})},o.pinboard=function(e){n.e(105,
…     function(){e(n(535))})},a.diary_ru=function(e){n.e(428,function(){e(n(212)})}},o.
…     diary_ru=function(e){n.e(206,function(){e(n(434)})}},a["500px"]=function(e){n.e(466,
…     function(){e(n(174))})},o["500px"]=function(e){n.e(247,function(){e(n(393)})}},a.
…     aboutme=function(e){n.e(465,function(){e(n(175)})}},o.aboutme=function(e){n.e(246,
…     function(){e(n(394)})}},a.bandcamp=function(e){n.e(452,function(){e(n(188)})}},o.
…     bandcamp=function(e){n.e(232,function(){e(n(408)})}},a.bitbucket=function(e){n.e(449,
…     function(){e(n(191))})},o.bitbucket=function(e){n.e(229,function(){e(n(411)})}},a.
…     dribbble=function(e){n.e(421,function(){e(n(219))})},o.dribbble=function(e){n.e(198,
…     function(){e(n(442))})},a.github=function(e){n.e(400,function(){e(n(240)})}},o.github
…     =function(e){n.e(174,function(){e(n(466)})}},a.gitlab=function(e){n.e(399,function(){
…     e(n(241))})},o.gitlab=function(e){n.e(173,function(){e(n(467)})}},a.medium=function(e
…     ){n.e(363,function(){e(n(277)})}},o.medium=function(e){n.e(134,function(){e(n(506)})}
…     },a.mixcloud=function(e){n.e(356,function(){e(n(284)})}},o.mixcloud=function(e){n.e(
…     127,function(){e(n(513)})}},a.periscope=function(e){n.e(336,function(){e(n(304)})}},o
…     .periscope=function(e){n.e(106,function(){e(n(534)})}},a.quora=function(e){n.e(326,
…     function(){e(n(314)})}},o.quora=function(e){n.e(95,function(){e(n(545)})}},a.slashdot
…     =function(e){n.e(312,function(){e(n(328)})}},o.slashdot=function(e){n.e(79,function()
…     {e(n(561)})}},a.slideshare=function(e){n.e(311,function(){e(n(329)})}},o.slideshare=
…     function(e){n.e(78,function(){e(n(562)})}},a.snapchat=function(e){n.e(309,function(){
…     e(n(331)})}},o.snapchat=function(e){n.e(76,function(){e(n(564)})}},a.soundcloud=
…     function(e){n.e(307,function(){e(n(333)})}},o.soundcloud=function(e){n.e(74,function(
…     ){e(n(566)})}},a.spotify=function(e){n.e(305,function(){e(n(335)})}},o.spotify=
…     function(e){n.e(72,function(){e(n(568)})}},a.stack_overflow=function(e){n.e(303,
…     function(){e(n(337)})}},o.stack_overflow=function(e){n.e(70,function(){e(n(570)})}},a
…     .steam=function(e){n.e(300,function(){e(n(340)})}},o.steam=function(e){n.e(67,
…     function(){e(n(573)})}},a.twitch=function(e){n.e(281,function(){e(n(359)})}},o.twitch
…     =function(e){n.e(46,function(){e(n(594)})}},a.vine=function(e){n.e(273,function(){e(n
…     (367)})}},o.vine=function(e){n.e(37,function(){e(n(603)})}},a.trello=function(e){n.e(
…     283,function(){e(n(357)})}},o.trello=function(e){n.e(49,function(){e(n(591)})}},a.
…     wechat=function(e){n.e(265,function(){e(n(375)})}},o.wechat=function(e){n.e(28,
…     function(){e(n(612)})}},a.tencentqq=function(e){n.e(288,function(){e(n(352)})}},o.
…     tencentqq=function(e){n.e(54,function(){e(n(586)})}},a.deviantart=function(e){n.e(429
…     ,function(){e(n(211)})}},o.deviantart=function(e){n.e(207,function(){e(n(433)})}},a.
…     ello=function(e){n.e(418,function(){e(n(222)})}},o.ello=function(e){n.e(195,function(
…     ){e(n(445)})}},a.goodreads=function(e){n.e(397,function(){e(n(243)})}},o.goodreads=
…     function(e){n.e(171,function(){e(n(469)})}},a.jsfiddle=function(e){n.e(378,function()
…     {e(n(262)})}},o.jsfiddle=function(e){n.e(151,function(){e(n(489)})}},a.letterboxd=
…     function(e){n.e(371,function(){e(n(269)})}},o.letterboxd=function(e){n.e(144,function
…     (){e(n(496)})}},a.ravelry=function(e){n.e(324,function(){e(n(316)})}},o.ravelry=
…     function(e){n.e(93,function(){e(n(547)})}},a.stack_exchange=function(e){n.e(304,
…     function(){e(n(336)})}},o.stack_exchange=function(e){n.e(71,function(){e(n(569)})}},a
…     .untappd=function(e){n.e(278,function(){e(n(362)})}},o.untappd=function(e){n.e(42,
…     function(){e(n(598)})}},a.yelp=function(e){n.e(259,function(){e(n(381)})}},o.yelp=
…     function(e){n.e(20,function(){e(n(620)})}},a.messenger=function(e){n.e(357,function()
…     {e(n(283)})}},o.messenger=function(e){n.e(128,function(){e(n(512)})}},a.cloob=
…     function(e){n.e(432,function(){e(n(208)})}},o.cloob=function(e){n.e(211,function(){e(
…     n(429)})}},a.facenama=function(e){n.e(412,function(){e(n(228)})}},o.facenama=function
…     (e){n.e(187,function(){e(n(453)})}},a.unknown=function(e){n.e(279,function(){e(n(361)
…     )})},o.unknown=function(e){n.e(43,function(){e(n(597)})}},e.exports={png:o,svg:a}},
…     function(e,t,n){"use strict";var a=n(69);e.exports=function(e){var
…     t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
…     t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
…     n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
…     e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
```

51899

```
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:"
LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(2);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);for(var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1);}return e}var
o=n(679),i=n(11),r=n(125);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(758);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
n(e){return
160>=e&&e>9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===e&&(0===e?1/e>0:!o(e))}var
o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
o=n(31);e.exports=a},function(e,t){var n=window.JSON&&"function"==typeof
window.JSON.parse&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
h=s[p].split("=");d[h[0]]=h[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
(l[o]=1,e(r(n[a].src)))}}var
i=n(27),r=n(52);e.exports={processAdEvents:a,processAllScripts:o}},function(e,t){
s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){function
a=n(8).getHost,o=n(50),i=n(90);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n|"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(e)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&".""==
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+C&&e.substr(0,C)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(C))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,h,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=d(v.hash),z=_.at_pco,B=_.at_pos,U=_.at_tot
,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(C)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16),10)),N&&!z&&(u=y,h=N
.split(u),h.length<2&&N.indexOf("_")>-1&&(u="_",h=N.split(u)),f=h.length>1?h.pop():""
,g=h.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(C)),T=c.substr(0,16)+"",t=parseInt(c.
substr(16),10),O="length&&(t+f|"like")):(s=N.split("="),2==s.length&&
&A(s[0])&&(T=s.join(","),O="facebook_"+(f||"like"))),z=z&&A(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:y,l=M.substr(C).split(u),2==l.length&&o(M.substr(0,1)+l[0]
```

51899

```
)&&(e=p(I[o]),T=t.subset(I,o,1,e))," +parseInt(e.substr(16),10),0=t[i],m=I[7],S&&(a=S),z?
(b=parseInt(z.split(",").pop())+l,n=z.split(",").shift()):-1==E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1))),A(n)||(n=null),A(i)||(i=
null),O=(O||"").split("#").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e=e||f(),b+=Math.min(3,t||0)}function u(e,t,n){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?y+t:"")}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split("."),c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),A(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(52)),p=n(37).atohb,h=n(37).hbtoa,A=n(5).isValidCUID,f=n(5).makeCUID,g=n(77
),m=n(135),v=n(6),b=".",x=";",y=".",C=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(e){var
t=e?"https:"=a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n_a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(119);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(53);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(825);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(786),o=(document,window),i=n(6);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(87),r=window;e.exports=function(e,t,n){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
n):(s=a(e,0,t,n),o.push(r.open(s,"addthis_share"))),
```

51900

```
!1}},function(e,t,n){function a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(817),i=n(55),r=n(79),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===="https:".length||e.origin.
indexOf(t)==="http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"===typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||||[],r=i[1];if(r){try{_ate.menu.close
()}catch(s){}a(r)}}}})},function(e,t,n){"use strict";var
a=n(101),o=n(38),i=n(5).makeCUID,r=n(143),s=n(9),c=n(4),u=n(17),l=n(153),d=n(75),p=n(
24),h=n(35),A=n(131),f=(new
```

51900…

```
Date=prime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
y(t){t=t.split("/");var n=t.shift();t.shift();var
a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(A.seq=i),n&&(e.
uid=n)}function C(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?"&colc="+(new
Date).getTime():""):""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
,A=h.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c:"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
u=Math.ceil(e/32),l=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)A[l]=c[l];else
if(a)for(l=-1;++l<u;)A[l]=a[l];if-this._locations=new
p(h),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
A=this.buckets=a||[];if(c)for(;++l<u;)A[l]=c[l];else
for(;++l<u;)A[l]=0;this._locations=n||[]}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var n=n(810);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return e=e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(144),r=n(1),s=n(81),c=3,u=600,l=2;e.exports=function d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var u,l={};return e?this instanceof
d?(this.name=e,this.get=function(e){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.remove(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m){var
c=a.m,l=a.d;c>o||c===o&&u>e>l||o-1>c||c==o-l&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
.sort(function(e,t){return
parseInt(e)<parseInt(t)?1:-1});n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u)var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0}),t},this.generateName=function(){return(n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})):new
```

51900...

```
d(e,e,n)multy,functione(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(55),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))})}var
o=n(51).EventDispatcher,i=n(831),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=o.ui_use_css===i!?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(u=s.getElementsByTagName(
"link"),u=u.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&(n[u].href)===i(this.url))
{o=n[u];break}o||((t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,h={},A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+u+(void
0===n||null===n?"":A(n))}),e},this.get=function(){return
n.load(),h},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,h[f(t[0])]=f(t[1]))})}}
a=1}return
h},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],l--),n.save()},this.reset=function(){h={},l=0,n.save()}}var
o=n(23),i=n(1);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3))}function o(e){var t;return
y(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return C()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date((new Date).setHours(24,0,0,0)).setSeconds(-1)))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||!e){var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,A(),!1,!0,u())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"":"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
```

51900...

```
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(83);e.exports=function(e){var t=a(e)||"en";return
1===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(14),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})|||n}var
o=n(14),i=n(22),r=n(92);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var n=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n)var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(12);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}}},function(e,t,n){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t,n){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e)))for(var s in a)a[s]!==t||(i=1)|i||a.push(n)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=[],o=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
```

```
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null===n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(41),r=n(172),s=n(639),c=n(716);e.exports=function(e){return
1===arguments.length&& instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(169),o=n(165);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},function(e,t,n){"use strict";var
a=n(58),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(103);e.exports=function(e,t){a(e,t)||(e.className?e.className+=
"+t:e.className=t)},function(e,t,n){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(69),o=n(749),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
```

51900

```
function(e,t,n){"use strict";var a=n(103);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase()){for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]}}}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){A.svg[e]&&A.svg[e](t)}function p(e){return
A.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(115),A=o(h),f=n(715),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(94),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require('"+t+"'));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure('"+t+"', function ()
{\ncallback(require('"+t+"'));\n})\n};\n"}function c(e){var
t=A(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure('"+t+"',
function () {\ncallback(require('"+t+"'));\n})\n};\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function d(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
h=n(747),A=n(746),f=n(116),m=n(69),g=n(748),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(117);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(62),o=n(118),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){e.exports=n(755)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
```

Page 1518

51900...

```
n=e.constructor,n!==t&&"function"==typeof
n&&n.prototype===e,p=Array(t),h=t>0;++a<t;)p[a]=a+"";for(var A in
e)h&&r(A,t)||"constructor"==A&&(l||!d.call(e,A))||p.push(A);return p}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(31),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=(A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
e,t=!1,n=(A.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]===Math.min(b)&&(t=e);t===!1&&(t=y.pop()),delete b[t]}function
l(){var e,t={},n=[];for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]=1",b[e]>=v&&l();for(n in b)A.sck(w,escape(t),!1,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+":"+e[n]);return t=a.join(",")}var
h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"_at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},,,,function(e,t){"use strict";function
n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
/^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
default"]();var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
hidden")}()}}t.__esModule=!0,t["default"]=o;var
i=n(107),r=a(i),s=n(60),c=a(s),u=n(96),l=a(u),d=n(3),p=a(d),h=n(170),A=a(h),f=n(631),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
a=n(741);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.26h-.043l-4.
692.072c-1.844-.007-3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
8.6 0 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
```

51900 513C77.14862H13.519 4.724V3.963H11.322C9.961H11.322
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
    1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
    22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
    018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
    24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
    5.733c.267.16.8.16 1.067
    019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
    exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
    5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
    5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
    903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
    xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
    13.56a.432.432 0 0
    0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
    7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.46l6.06 4.42-2.34
    7.17c-.06.17.01.35.15.46.14.11.34.1.49 0l6.1-4.43 6.09
    4.43c07.05.16.08.24.08s.17-.03.24-.08s.17-.03.24-.08s.17-.03.24-.08s.17-.03.24-.08s.17-.03.24-.08s.17-.2-.29.15-.461-2.34-7.18
    6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
    height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
    13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
    5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
    3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
    6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><path d="M26
    25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
    3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
    5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
    0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
    23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
    1.308.804 8.453 5.333 8.453 5.3331.2.1.1
    12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
    .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
    d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
    1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
    11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
    .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
    21.956v-10.971-5.837 4.53 5.838 6.44zM5.954 21.956v-10.9715.837 4.53-5.836
    6.44z"/><path d="M25.778 22.76l-6.138-6.74h-7.548l-6.137 6.74-.806-.603
    6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
    4.823-.61-.8zM5.902 10.38616.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
    2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
    3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
    height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
    3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
    3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
    4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
    2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
    2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
    2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
    2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
    0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
    fill-rule="evenodd"/></svg>';
51901 },function(e,t){e.exports='<svg xmlns="http://www.w3.org/2000/svg" width="32"
    height="32"><path d="M24.67 10.62h-2.86V7.49H10.82v3.12H7.95c-.5
    0-.9.4-.9.9v7.66h3.77v1.31L15 24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
    8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
    0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.97v-3.58h13.09v3.61zm.75-4.
    91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72.72zm-4.12
    2.96h-6.1v1.06h6.1v-1.06zm-6.11
    3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
    height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
    1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
    1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768

Page 1520

51901

0-3.148-.18-.905-.95-1.502-.043-.034-.635-1.459-.50-4.367-.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011l1.424-6.467a4.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3 4-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0
1.06--.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.054c-.4-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1-976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 4.217 3.134 9.055 9.055 0 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347

51901...

```
1.568-3.182v-48-82.553-4.4-70.18-119.88-94.92u-1.98-.24u-1.882-.214
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352s-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
0-3.48-.53-4.942-1.49L7.793 24.4111.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17615.974-1.92a10.807 10.807 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.7841-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.074 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(756),i=n(757),r=n(120),s=n(763),c=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(125);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(678),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
o=n(70),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),o=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,u=v(c),l={};return
y&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type="social",l.service=s.
rsc,l.click=!0,k=l,l):k&&l!?k:"undefined"==typeof
c||""===c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(y&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
(x,function(e,t){C.add(e,t)}),C.save())}function u(e,t){var
n=t?null:C.get();y&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
```

51901...

```
referral",1)):document.referrer?r(e(n),y&&d.debug("referral - use stored
state",x)):(y&&d.debug("no referral - kill cookie, then start a new
session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
l=n(148),d=n(4),p=n(8),h=n(6),A=n(1),f=n(90),g=n(50),m=n(76),v=n(129),w=n(784),b={},x
={},y=0,C=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!y||!e){var
t=A.rck(w)||"";t&&(k=g(t).split(x)),y=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!C){var
e=i(v);o(),c(e),C=1}}function c(e){var
t,n,k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5)):k.push("1"+b
+e)}function u(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>C?1:0}function h(){y=0,k=[]}var
A=n(23),f=n(74);e.exports={reset:h,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",y=0,C=0
,E={high:250,med:75},k=[],,,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}}return
e},{})}}],,,,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){return e.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(115),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(110),i=a(o),r=n(117),s=n(750);e.exports=function(e,t,n,a,o,c,u,l,d,p,h,A,f,g){var
m,v,w,b,x,y=i["default"](e,f);if(!y)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
=s(b,v);var C=document.createElement("span");return
C.className="at-icon-wrapper",C.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
function(e,t){"use strict";function n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
```

51901...

```
e.index0r(">gov")>1}},function(e,t,n){"use strict";function a(e){return
o=n(6);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(h,function(){a.post(u["default"
]({},e,{translations:o}))})}return a}t.__esModule=!0,t["default"]=o;var
i=n(735),r=a(i),s=n(635),c=n(12);u=a(c),l=n(59),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(81),u=a(c),l=n(787),d=a(l),p=n(719),h=a(p),A=n(159),f=a(A),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))}})};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(1),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray())))}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i),s=n(98);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(2),s=a(r),c=n(29);u=a(c).e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_language&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(20),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
```

```
51901... "use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:A.getViberURL(t,n)};break;case"slack":d={navigateTo:
h.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),d={navigateTo:f.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;
default:d={navigateTo:c["default"](e,0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=
o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(157),l=a(u),d=n(91),p=a(d),h=n(156),A=n(87),f=n(155)
,g=n(86);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return function(o){var i=void
0,s=void 0,u=void 0,d=void 0,h=void
0;if(o&&o.data)try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,h=i.menuType,s&&u&&d&&("follow"!==h&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){A["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0}))},16)):(p["default"](s,"follow"===h?!1:0,u,d),t&&t.fire("
addthis.menu."+h,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,h,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(12),c=a(s),u=n(100),l=a(u),d=n(93),p=a(d),h=n(95),A=a(h),f=n(726),g
=a(f),m=n(114),v=["addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(89),i=a(o);t["default"]=function(e){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(104),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e,function(e){return
e+"|"+r[e]});return{fbe:t.join(",")||""}}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(1),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function h(){var h=window.MooTools;return
i(h)&&i(h.version)},knockout:function A(){var A=window.ko;return
i(A)&&i(A.version)},jquery:function(){return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)},underscore:function(){return
i(window._)&&i(window._.mapObject)},lodash:function(){return
i(window._)&&i(window._.mapValues)},oraclejet:function(){return
i(window.oj)&&i(window.oj.version)},polymer:function(){return
i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
"==typeof
window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
```

51901...

```
window.Ember.VERSION&&(e=window.Ember.VERSION),e),react:function(){var e="unk";return
i(window.React)&&i(window.React.version)&&"string"==typeof
window.React.version?(e=window.React.version),e),mithril:function(){var
e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
window.m.version&&(e=window.m.version),e),mootools:function(){var e="unk";return
i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
window.MooTools.version&&(e=window.MooTools.version),e),knockout:function(){var
e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
window.ko.version&&(e=window.ko.version),e),jquery:function(){var e="unk";return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
window.$.fn.jquery)&&"string"==typeof
window.$.fn.jquery&&(e=window.$.fn.jquery),e),dojo:function(){var e="unk";return
i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
version.flag)&&(e+=window.dojo.version.flag)),e),meteor:function(){var e="unk";return
i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
window.Meteor.release&&(e=window.Meteor.release),e),extjs:function(){var
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e),yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e),vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e),webpack:function(){var e="unk";return
e),underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e),lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e),oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e),polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e),d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e)}};t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a()){e.push(n);var
o=d[n]();t.push(n+"-"+o)}}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(1),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))}},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(42),s=a(r),c=n(18),u=a(c),l=n(162),d=a(l),p=n(3),h=n(34),A=a(h),f=n
(6),g=a(f),m=n(9),v=a(m),w=n(99),b=a(w),x=n(19),y=a(x),C=n(111),E=a(C),k=n(110),M=n(
728),R=a(M),_=[n(795),n(794),n(792),n(732),n(793),n(731),n(729),n(681),n(730)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
```

Page 1526

51901

```
e;e=window.addthis_config.wix?A["default"](window.addthis_config.wix.url?:A["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({a1:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1|(E["default"].getResponseCount()>0&&2)|(y["default"
].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},I=function(e){B.push(e)},O=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:O,update:D,addListener:I},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(137),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(27),h=a(p),A=n(40),f=a(A),g=n(162),
m=a(g),v=n(1),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
_type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(h["default"](this._url),Math.random().toString(2).slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t
```

51902

```
}),this},e.prototype.always=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:C,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!=t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
```

51902

```
b:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u)),void
0!==u?u:"")})}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type==k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,l),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n              (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(146),u=a(c),l=n(3),d=a(l),p=n(1
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(2),x=a(b),y=n(114),C=
function(){function e(t,n,a){o(this,e)}var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
```

```
51902... o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
   t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
   h["default"](t._listeners,function(e,t){return t(o)})}}();if("object"==typeof o)return
   o.v}}},e}(),k=function(){function
   e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
   isTargetIframe=i,this._messenger=new
   u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
   this),d["default"].listen(window,"message",this._proxyListener)}return
   e.prototype.post=function(e){var t=void 0;try{var
   n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
   Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
   error:
   "+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
   .push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
   _listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
   e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
   e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
   default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
   _cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
   CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
   this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
   ,o){var i=this;a=a||50;var r=o||40,s=void
   0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
   s)},this.isTargetIframe){var
   c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
   t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
   i._handshakeReceiver=null,"function"==typeof
   n?n(n():!1;i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
   ()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
   ("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
   argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
   typeof e)throw new TypeError("`onClose` expects a function
   argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
   0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
   eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
   stringify target data for
   saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
   "default"].error("CrossWindowCommunicator could not store data in sessionStorage.
   "+n)}},e.prototype._proxyListener=function(e){var
   t=this,n=this.targetOrigin;if(e&&e.origin===n){var
   a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
   r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
   cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
   _closeHandler()};var
   i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
   t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
   h["default"](t._listeners,function(e,t){return t(i)})}}();if("object"==typeof r)return
   r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
   e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
   o=n(2),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
   toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
   n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
   isNaN(i))return o;for(var
   s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
   .name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
   continue}2===a.length&&(o[a.pop()]=n.value)}return
   o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
   strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
   a[e]})}t.__esModule=!0,t["default"]=n;var
   a={"&":"&amp;","<":"&lt;",">":"&gt;","'":"&quot;","'":"&#x27;","/":"&#x2F;"};e.
   exports=t["default"]},function(e,t,n){"use strict";function a(e){return
   e&&e.__esModule?e:{"default":e}}function o(e,t){return
   e[t]=e[t]||{}},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
   s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
   default"]=o;var
   i=n(100),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
   56)(!1),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
   decoration:none;font-size:10px;display:inline-block;margin:2px
```

51902... 0;letter-spacing:.2px}.at-branding-icon{
.at-branding-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAABlJREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJAQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:\'i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','""]])},function(e,t
,n){t=e.exports=n(56)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
.at-expanded-menu-host,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(743)+') 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host

51902… .at-expanded-menu-primary-action-btn:hover{background-color#0078ce}#at-expanded-menu
… -host
… .at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
… margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
… ;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
… :400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
… .at-expanded-menu-close
… span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
… }#at-expanded-menu-host
… .at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
… expanded-menu-host
… .at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
… #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
… #at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
… .at-expanded-menu-ft{margin:-90px 35px
… 0;padding-bottom:75px;position:relative;width:575px;z-index:3}#at-expanded-menu-host
… .at-expanded-menu-ft
… .at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
… menu-host .at-expanded-menu-ft
… .at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
… infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
… \\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
… width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
… 0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
… #at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
… .at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
… ;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
… .at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
… 35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
… hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
… menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
… 20px;opacity:.6}#at-expanded-menu-host
… .at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
… -weight:300;letter-spacing:2px;margin:0 0
… 30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding
… .at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding
… .at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
… .at-branding-logo
… .at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
… :-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
… iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
… PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
… GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
… -expanded-menu-host
… .at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
… index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
… a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
… a:hover{text-decoration:underline}#at-expanded-menu-host
… .at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
… .at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
… .at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
… PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6cGxpbms6eGxpbms6eGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6cGxpbms6
… jg4NC0xLjjgzOXpNMTYgMjQuNTU0di0zIjM5M3EwLTIuMTcyLTEuNTUyLTMuNjQxLTMuMTA5LTQuMnMzLTkyMj
… lxLTAuMjMyMjA9ATC40MTEgMC4xNjl0LTAuMTC5ITDAuNDExQ0NExdjJMuMzkzczTAgM07GyMgMC4xNzkgMC2
… 0MTEgMC4xNzloMy40MjlLMC4yMzZjMC40AwLjjM5My0yZ9LjE3OC0wLjY0LTAuMTllPTFjNC2MjYyMC0wMTF5
… MjEtMTEuMgMDg5cTAtMC4yMTQtMC4xNzktMC40MzMuMTFtLTAuMzNuMC40NzkmMC0wLzT5MC0wLTMuMgMDbmTLL
… jI1IDAtMC40MjkmMC4xNDNtMC4xNDmMC2MDCtMC4xNzkmMC2MDCtMC4xMjFmMC4xMjFpMC4xMzmMC4xNzkmMC
… 4xNzkmMC2MTN0MC40MjJzMC4xMzRtMC4xMzZt0y4yNSwmMymMTk0MjRk0TZt0y4yMjZt0y4xMzMmMC4x
… jI1IDAtMC40MjnMC4xMzMmMC2MDCtMC4xNzlt0y4yNzlt0y4yMzmMC2MDkt0y4xNzkt0y4xMgMDg5cTAtMC4yMTQ
… 4xNzkmMC2MTN0MC4xMgMDg5cTAtMC4yMTQtMC4xNzlmMC4xMzkmMC2MTN0MC4xNzlt0y4xMjFpMC4xMzkmMC
… 4xNzkmMC2MTN0MC2MTN0MC4xMzlt0y4yNyMC40MjRzMC4xMzmMC4xMzmMC2MTN0MC4xMgMDg5cTAtMC4yMTQ
… hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
… block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px

51902…

```
5px 5px 10px;padding:0;width:40px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:'\ ';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgdmVyc2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eC1sdGGNoPSJodHRwOi8vd3d3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9vbnmbtaMiIHhtbH5zOnhsaW5rPSJodHRwOi8vd3d3LnczLm9yZy9xOTk
5L3hsaW5rIj48dGl0bGUvPjxkZXNjLz48ZGVmcy8+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlIPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiIHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Imljb24tMTEtbWFnbmlmeS1nbGFzcyI+
PHBhdGggZD0iTTE5LjQyNzEzNjQsMjEuEuNDI3MTE2NCBMTMjQ5NSwyMi40MTc0ODAzcIDE2LjMzNzY0Ml
jISMjMgMTQuNSwyMyBDODU44MDU1NzkwSWySOWyMyA2LDE5LjE5NDQyMDYyIDNiwxNC41IEM2LDkuODI1NDM
44MDU1NzkwSW2IDE0LjUsNiBDMTkuMTk0NDIwNyIDEzLDkuODI1NTczMzIYuMTQuSBDMjMsMSMTQuNSBDMjMsMTYuMzM
2NjUyMiMyMi40MTc0ODAzDzE4LjA0ODc1IDIwMyAxOTQuMDIONLwOS40MCy4MY0IEwyNy4wMTE1c41EwMTE2c2LD
LjAxMTkxNzQyOZI3LjU1LjU2MjRkE0LjAAzNTQwGZNTQyOSDcgMDcgMzNDcgMMDiyOGDcgTMDcgMTlcuMDYyNz4E4N
SwyNi45ODDODE1IEwyNni450DDOS41LDI3LjA4MDUgyODoyNDgzNDNZiDcgMzZOuMSMzZAwLIEx7cy00MTM1MiAyNS41N41NT
c2MjA0LDI3LjJ5YTMDQgyUuMDExNwTyMSMjU4MTcwMS4wMTExzIEwxOTQuNTEwMDEyMuDAcxNE2IEwyN5LSMTg4E
5LjQyNzExNjQsMjUuNDI3MTE2NCBaIE0xNC41LDIxIEMXOC4wODQ5NTIDIxIDkuLTExIsEMxECDXEMLDE4LjA4NDTg1MTE
MTQuNSBDMjEsMTAuT4MUwTA0OSAxOCA2NCwxNTExDgmTQuNSC40wODxNTEXLDIuyENzNNQjQTDE
5LjQyNzYzNGNxMjGNsMjGNNE2NCNBaIE0xNC40LDIxIEMxEMIEMxOC40wODAx4NTDIx4EC3LDEMLDEDIxIDXLDE4LjA4NTAxTAxN
Dg5TDgsMTQuNSBDOcwxOCxO 
4wODxNTEXxbjxkZXMxXPC9kZXNjPC9nPjwvZzwvc3ZnPg==);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:'\ ';display:block;margin-left:75px;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
```

```
none;border-radius:50px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu .at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu .at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-bd{padding:0}#at-expanded-menu-host
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8y8yMDAwL3N2ZyIgeG1sbnM6eGxpbk
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpdGHoPSIImZmYiIGQ9Ik0xMy43MzQgMi4yODZxMy43MzZgMCA2Ljg4NCNCA
xLjgzOXQ0Ljk5N1N3Axljg9SA2Ljg4NC0xLjgzOSA2Ljg4NC0xLjgzOTAzBA2Ljg2NC0xLjgzOSA2Ljg4NC0xLjgzOA2NCAxLjg
zOYA2Ljg4NC0xLjgzOS00MLjkjSMA0LjkjSMSEVxljg3MC03Zz02Ljg4NDj4zMC4xljgzOS04MLjg9SA2Ljg4NC0xLjgzOXpNMTYgMjQuNTU0di0
2ljg4NC01LjMxlXLTAuMjMy4zIDAtMTcM0MTEgMC4xNzo1QTLAu4Mc52ljg8xNz0tMTcxNDUAu4Mc52Z2mJAtMTAd5A0MTm04MTFMDmD4
MNGAtMTUNTLMMT0MxMTEuMDg5cTAtMC4yMTTQtMC4xNztMC4xNzktMC4xNztCMC40M0jktMC4xNDN0LTMuOTI5Q0TTTeCTUMkyMzCjAtM
j1lLTAuMj1MyDAtMTE4L0TAuMTc5ITEjAuNDNExdjMuMzMzcCTAgMC4xNzkgMC40MTTTF0MC4xNzloMy40MjlMC4yMZ1gMNAvMLj9My0WLjE3d
DMTEgMC4xNzloMy40MjlMC4yMzIMC4yM2cCMWLjE3tAuMTc5IDAuNTExLT0uMjQNDMjHt0MTkLjk2NCAxOC0MTFsMC4z
MjEtMTEuMDg5L5CTAtMC4yMTTQtMC4xNztMC4xNzt0MC4xNztCCWxNTMDmTTMuOTI5L0DMtMC4xNzloMyNzkoMxNDcNzMN6Lj48L3B
hdGg+DQoZL3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
```

```
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
```

Page 1534

51902… #at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-email-form,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
… #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
… .at-copy-link-share{width:420px}}@media screen and
… (max-width:449px){#at-expanded-menu-host
… #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
… .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
… 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
… at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
… (max-width:369px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
… host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:300px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
… 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
… .at-copy-link-share{width:20pc}}@media screen and
… (max-width:879px){#at-expanded-menu-host
… .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
… top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
… .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
… .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;

51902...

```
top:10px}#at-expanded-menu-host .at-expanded-menu-service{right:10px;top:10px}}@media
screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
.at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
.at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
(max-height:800px) and (min-width:480px){#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
(max-height:800px){#at-expanded-menu-host
.at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
menu-host
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
```

```
51902…  .at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
…       mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
…       .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
…       expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
…       18px}#at-expanded-menu-container.at-expanded-menu-mobile
…       #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
…       scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
…       .at-expanded-menu-round
…       .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
…       menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
…       auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
…       #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
…       mobile
…       #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
…       expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
…       auto}#at-expanded-menu-container.at-expanded-menu-mobile
…       .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
…       expanded-menu-container.at-expanded-menu-mobile
…       #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
…       mobile #at-expanded-menu-email-sent
…       .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
…       -menu-mobile
…       .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
…       -expanded-menu-mobile
…       .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
…       expanded-menu-mobile .at-copy-link-share{margin:0
…       10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
…       .at-copy-link-share-button{margin-top:25px;padding:10px
…       25px}#at-expanded-menu-container.at-expanded-menu-mobile
…       .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
…       mobile .at-expanded-menu-fade{height:50px}',""]);
51903… },function(e,t,n){t=e.exports=n(56)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
…       icon-wrapper{display:inline-block;overflow:hidden}a
…       .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
…       .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
…       .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
…       .at-icon{width:2pc;height:2pc}.addthis_24x24_style
…       .at-icon{width:24px;height:24px}.addthis_20x20_style
…       .at-icon{width:20px;height:20px}.addthis_16x16_style
…       .at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
…       width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
…       at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
…       important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
…       230px}#at15s,#at16nms,#at16p form input,#at16p label,#at16p
…       textarea,#at16recap,#at16sas,#at_msg,#at_share
…       .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
…       9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
…       #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
…       width:250px!important}#at15s{background:url(data:image/png;base64,
…       iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
…       9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccl1PAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
…       IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
…       visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
…       span{outline:0;direction:ltr;text-transform:none}#at15s
…       .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
…       .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
…       .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
…       repeat;background-position:top
…       left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
…       .at4-icon,.addthis_default_style
…       .at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
…       1pc!important}.addthis_32x32_style
…       .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
…       important}.addthis_24x24_style
…       .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
…       important}.addthis_20x20_style
…       .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
…       important}.at4-icon.circular,.circular
```

51903...

.at-icon,.circular-action{border-radius:50%}.at4-icon.rounded,.rounded
.at4-icon,.circular-action{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1px;width:1px;height:1px;background-position:top
left;display:inline-block;line-height:1px}.addthis_vertical_style
.at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid
#e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:hover,#at_hover .at_item.athov .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_share
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
#fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-right:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style

51903...

```
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.at300bo,.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px!important;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px!important;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#fff}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}a#at16pit{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
```

51903...

```
wAAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16p
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19djY2IODg+bm5paWln15eeLi4oyMjKmpqdXV1dvb28/Pz///////
wAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYGjTa/b7/
h82gEfVfSAgYKDhoGcVQ0sLBhAAEAYLhZGSk5RqYBgSNAA0GnA2QlaOkpaZHASVGSQYACEgIABOntLW2eAU
mSxASShIHt8HCwlsnSwAGSq3EzM3OSyhLBw9KD8DP2Nm30UoKrrAACrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vDz/wDV5MIUJVa/
gAgTZkmFYYYAUg70USpz45BKGPwUPiKPIseOhEXI6ihzphE8CMiRTMI58E6hEZUwEXqx2LIEAwsUKujcybOnz
59AgwodSrSoaNIkypdyrSpU50fqQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9px
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px solid dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
```

51903...

0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJHIUCAAQDcngCUggGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAgJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAAEAAwAIAAACChxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwAIAAAMAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwEAAQABgAGAAACDJwncqi7EQYAA0p6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmoxoxvQAYychQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}','""]}),function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(740);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(116);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
Error("parse-services: failed to parse file -
"+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:

51903...

```
"f47512",500px:"2EF2F6",about.me:"00A300",angellist:"000000",email:"444444",etsy:"EA6D24",
evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",facename
:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
1888b9",kik:"82BC23",kindleit:"282838",kledy:"8db81d",letterboxd:"73D448",lidar:"
2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
:"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
slideshare:"00A7AA",snapchat:"FFDD00",sinaweibo:"E6162D",skyrock:"
282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",soundcloud:"
FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",stack_exchange:"
1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"DA060D",stuffpit:"
2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d",supbro:"383838"
,surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"165496",technerd:"
316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",
thefreedictionary:"4891b7",thisnext:"282838",trello:"0079BF",tuenti:"5f729d",tumblr:"
37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"FFCD00",
urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"01B488",
virb:"08aed9",visitezmonsite:"7D80EA",vk:"6383A8",vkrugudruzei:"e65229",voxopolis:"
1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"2DC100",
whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",
yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"A5C736",
yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
"https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
}.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
:{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
}"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
```

51903

```
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}}
"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http://
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(61).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"==typeof n&&s(e)?n(e,t):i(e,r(t,n,3))}var
o=n(677),i=n(120),r=n(105),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+"")":i(e+"",t)}var
o=n(760),i=n(761),r=n(762),s=n(105),c=n(73),u=n(770);e.exports=a},function(e,t,n){
function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=l,b=l;m||(w=A.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=A.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,E=v==d,C=w==b;if(C&&!m&&!x)return i(e,t,w);var
E=x&&h.call(e,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(767),i=n(768),r=n(769),s=n(28),c=n(641),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(n,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(n,l);else{var p=e[l],h=n[c];if(d=i?p(h,l):void
0,"undefined"==typeof d&&(d=o(h,p,i,!0))}if(!d)return!1}return!0}var
o=n(121),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(l==n){var s=e[a[0]],a=e[a[0]];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}}var
o=n(759),i=n(124),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)})}var
o=n(121),i=n(124);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(771);e.exports=function(e,t){return
o.set(e,t):a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var h=u;h--&&(p=t[h],!(l=d&&d===p||n(d,p,a,o,i,r))););else
l=d&&d===p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t){function
```

```
51903  n(e,t,n){switch(n){case a:case v:return e===t;case l:return
       e.name===t.name&&e.message===t.message;case r:return
       e!=+e?t!=+t:0===e?1/e==1/t:e===+t;case s:case c:return e===t+""}return!1}var a="[object
       Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
       RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
       a(e,t,n,a,i,s,c){var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
       h,A=-1;++A<l;){var f=u[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
       0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
       g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;h||(h="constructor"==f)}if(!h){var
       w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
       t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
       b))return!1;
51904  }return!0}var
       o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
       a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
       n=u.call(e);r.funcNames||(t=!s.test(n)),t||((t=c.test(n)||i(e),o(e,t))}return t}var
       o=n(764),i=n(30),r=n(72),s=/^\s*function|
       \n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
       function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
       o;e.exports=i)}.call(t,function(){return this}())},function(e,t,n){function
       a(e){for(var
       t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,h=[];++p<
       n;){var A=t[p];(l&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
       o=n(106),i=n(28),r=n(70),s=n(11),c=n(642),u=n(72),l=Object.prototype,d=l.
       hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
       t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
       o=n(123);e.exports=a},function(e,t,n){function a(e){for(var
       t=e.length;t--&&o(e.charCodeAt(t)););return t}var
       o=n(123);e.exports=a},function(e,t,n){function a(e){return
       e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
       o=n(122),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
       function a(e,t,n){var
       a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
       e,t)+1)):e}var
       o=n(122),i=n(765),r=n(766),s=n(680),c=n(773),u=n(774);e.exports=a},function(e,t,n){
       var a=n(18),o=n(1),i=n(791);e.exports=function(e,t,n,r){function
       s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
       t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
       var
       a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
       function(e,t,n){var
       a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
       use strict";var a=n(4);e.exports=function(e,t){var
       n,o,i,r=0,s=[];if(!e||!e.length)return void
       0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab"+n.name+"(&
       |$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
       catch(c){a.error(c)}return o}},function(e,t,n){var
       a=n(138);e.exports=function(e){return e=e||"",a(e,function(e,t){var
       n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
       t)if("string"==typeof
       t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
       [0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
       [n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){
       a=n(49);e.exports=function(){for(var e=n.a.pop();e;)e&&"function"==typeof
       e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
       e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
       &&t.rel&&(a[t.rel]=t.href);return a}function e(e,t){var
       n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
       n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
       &(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
       =typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
       C,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
       window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
       D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
       share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
       addthis_title),S=n.url),B.canonical&&n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
       trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
       D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
```

```
-1)for(S=s.split("="),M=s.length,m++)if(R=s[m],k=R.split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,F="",G=s(
S),P=2==G.length?G.shift().split("=").pop():"",Y=2==G.length?G.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(J=!1),H)for(C in
H)F+=(""==F?"":"&")+f(C)+"="+f(H[C]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1=e.indexOf("pinterest"))for(C in n.shorteners)for(E in
n.shorteners[C])V+=(V.length?"&":"")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub="+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",1)+"&t1=":"&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||"").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+A({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"
&hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L?"&cr="+(e===L?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(F?"&email_vars="+f(F):"")+(
Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
""):(P?"&rsi="+P:"")+(Y?"&gen="+Y:""))+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(139),s=n(75),c=n(24),u=n(722),l=n(47),d=n(35),p=n(18),h=n(21),A=n(131),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(61).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(823),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0}}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!=navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(138);e.exports=function(e){var
n,o={},i=t||[[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];i[n]}for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
```

51904

```
concat(r[n]&&r.push(r[n]):r[n]?"length":"?"):i.join("&"):"":return
e})}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r=""//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(1),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split(":"//").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o):{}}}}},function(e,t,n){"use strict";var
a=n(824),o=n(159),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(690),s=n(96),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(150).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(834)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e,t){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(145),s=n(136),c="last",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span></span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
```

51904

```
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span></div><div class="loading-container"><div
class="loading-spinner"></div></div></div></div></div><div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
o=n(38),i=n(161);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
,e.interval=null,e.firstSeen=null)},this.sampleTimeout))},a.isWatching=function(e){
for(var
t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
function(){setTimeout(function(){for(var
e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
},a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
Function&&0===e.data.indexOf("_atafiv");if(t)for(var
n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
,""))new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
function(){var
a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
function
```

```
51904  n(t);e[t];t(this,c,c[t])}};t[l]&&!t.push(this);i[t]=[this,e,n];contentWindow.
       postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
       addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
       i(e,n,a){var
       o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
       o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
       a(window,"message",function(t){var
       n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
       if("api.response"===o.type){s[o.api]&&s[o.api][o.id]&&s[o.api][o.id].call(this,o.
       result),delete s[o.api][o.id]}else
       if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
       api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())()}}}),o[e.__apiID]=n
       ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
       t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
       o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
       ){return!0}),t.push(a))}return t}var
       o=n(147),i=n(51).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
       e=this,t=new
       i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
       instanceof
       Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
       this.resources||this.resources[0]instanceof
       o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
       this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
       function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
       .loading){for(var
       t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
       checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
       a(){return g.join(A)}function e(l){if(!f){var
       e=l.rck(h)||"";e&&(g=d(e).split(A)),f=1}}function
       i(){o(),g.length&&l.sck(h,p(a()),0,!0)}function r(){return o(),g}function
       s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
       n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
       n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
       t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
       l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
       d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[]},
       function(e,t,n){/**
51905   * AddThis Client
51906   * @license - See s7.addthis.com/static/licenses.html for information about the
       licenses used
51907   */
51908   var
       a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
       isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
       function(){this.qs||(this.qs=0),atc.qs++,this.qs++>0&&a||atc.qs>1e3||!g.addthis||p(
       {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
       t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
       queuer=this,this.flush=function(e,a){this.flushed=1;for(var
       o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
       a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
       ._pmh.call(e))}var
       o,i=n(812),r=n(805),s=n(97).select,c=n(108),u=n(53),l=n(809),d=n(38),p=n(33),h=n(801)
       ,A=n(3).listen,f=n(1),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
       ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
       "v7.5.3-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
       ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
       :"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
       :"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
       function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
       v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
       (!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
       navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
       }g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
       Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
       },layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
       addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
       e[t])for(var n in
```

51908...

```
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
"ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
"addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
C=u("addthis_widget");if(C.provider||C.userapi||C.userapi){var
E=l(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
k("user")),C.provider&&(g.addthis.ProviderAPI=new
k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob")))}if(!C.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"};e=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(697),n(698),n(700),n(701
),n(703),n(632),n(645),n(704),n(705),n(706),n(168),n(707),n(708),n(709),n(710),n(711)
,n(712),n(695),n(696),n(702),n(699),n(693),n(694)(function(){n(651),addthis.layers.
apply(addthis,e)})})},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})},addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(653),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&(o(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.con||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(82)}(n)}}})()},function(e,t,n){"use strict";var
a=n(160),c=function(){};a(o,"events"),a.prototype.s=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
```

51908

```
t[e]||null}}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(160),o=n(2),i=n(4),r=(n(19),n(88)),s=n(1),!1),c=n(85),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(684),a=n(644);s||(n(150).setup(),n(686).setup(),n(685).setup(),n(688),n(687),n(
836),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})}};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(154);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(141),o=n(79)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=(n(2),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(55),i=n(3).listen,r=n(2);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(1);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(141),o=n(79)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(157),o=n(63);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(818),o=n(819),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){var
o=n(1),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!0},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(826);e.exports=function(e,t){var
n,o;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(158);e.exports=function(){
e,t,n,o,i,r,s=a();c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
```

```
51908│ strict";e.exports=function(){return 1==document?visibilityState in
    ⌐ document?"visible"===document.visibilityState:"hasFocus"in
    ⌐ document?document.hasFocus():void 0}},function(module,exports){var
    ⌐ w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
    ⌐ module.exports=function(globalObjectString){function
    ⌐ storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]/[^a-zA-Z0-9]/g,"").toLowerCase(
    ⌐ ),pageCallbacks[t]=pageCallbacks[t]||0;var
    ⌐ i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
    ⌐ callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
    ⌐ (this,arguments)}),times[r]=(new
    ⌐ Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
    ⌐ globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
    ⌐ times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
    ⌐ string which will eval to a globally accessible object where callbacks will be
    ⌐ stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
    ⌐ },function(e,t){e.exports=function(e){var
    ⌐ t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
    ⌐ 1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
    ⌐ evl(src,scope){if(scope){var native eval("evl = "+src),evl}return
    ⌐ eval(src)}},function(e,t,n){"use strict";var
    ⌐ a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
    ⌐ o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
    ⌐ n;return-1}}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
    ⌐ e)return e;if(e instanceof Object){var t="";for(var n in
    ⌐ e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
    ⌐ null}},function(e,t,n){"use strict";var
    ⌐ a=n(1),o=n(112),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
    ⌐ flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&config._default&&(!e.
    ⌐ subscription||"PRO"===e.subscription.edition)){var
    ⌐ r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
    ⌐ c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
    ⌐ e.config._default.widgets[t]})}}},function(e,t){e.exports=function(e){return
    ⌐ e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
    ⌐ n=Object.prototype.toString;e.exports=function(e){return
    ⌐ n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
    ⌐ e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
    ⌐ 81a142dda016aab89f76e554.html"}]));
51909│ ********************************************
51910│ The following data is from clevelandclinic_org-20160909-addthis_widget.js
51911│ ********************************************
51912│ !function(e){function t(n){if(a[n])return a[n].exports;var
    ⌐ o=a[n]={exports:{},id:n,loaded:!1};return
    ⌐ e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
    ⌐ n=window.atwpjp;window.atwpjp=function(a,i){for(var
    ⌐ r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
    ⌐ l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
    ⌐ function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
    ⌐ break;default:e[r]=e[l]}}for(n&&n(a,i);u.length;)u.shift().call(null,t);var
    ⌐ a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
    ⌐ 0!==o[e])o[e].push(n);else{o[e]=[n];var
    ⌐ a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
    ⌐ "text/javascript",i.charset="utf-8",i.async=!0,i.src=s.p+""+({0:"menu",3:"layers",4:"
    ⌐ custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+".-"+({0:"
    ⌐ b03e4b5432b476cfa64b",2:"eed12cdd783d40920df9",3:"dced1dd759452d831e67",4:"
    ⌐ d07897a6f5401c003a9a",5:"9d8f7cd9df43edaaa813",6:"15cb62eb7649b3659777",7:"
    ⌐ 371656d11b4358a0877d",8:"f89a468ad5713b335f93",9:"d0bd5014d3b03b62d914",10:"
    ⌐ 61b4247b671946f6e8bc",11:"e63c8f7db6bb02e57aa5",12:"836e261c1ba6264f43b8",13:"
    ⌐ 8270937a97bfdf408910",14:"27c84a9af27365bc7435",15:"3ab4cfc5cb9203aaab00",16:"
    ⌐ fa03edf3acfe54dde5",17:"f65ef497f1ac1aaac39c",18:"30b7adeceb0b2c1d6390",19:"
    ⌐ 341b105001b4a7d9dcb6",20:"302f0a69f42119ad5ebf",21:"f366e891e92283645dd9",22:"
    ⌐ 60c30b653780deacf1a6",23:"09f77679ae232baa8b63",24:"d89737bfc52cf6e0f789",25:"
    ⌐ 9aac919cebf66946272d",26:"ddab99b7cf801c4eb121",27:"3c37f637e523f64f287c",28:"
    ⌐ 99bcff6d872e8f095ea9",29:"8fee26c59577fd781d23",30:"54ddcfbe80ff308e7a6f",31:"
    ⌐ 222797a275fda0072c6e",32:"acfe148437ca61a088a9",33:"ac9d668e9a6d7696d1bb",34:"
    ⌐ 72d94c6c4072db7eb6a9",35:"c64bc44f7611926cc931",36:"da03a9809c7c2ea7a409",37:"
    ⌐ 5f15d5987a72e860ff4e",38:"8a925a22ef01127f3cef",39:"95245639d9573a1d1125",40:"
    ⌐ 7c7671c01a767271cc5d",41:"ed2e4ae544555674385d",42:"5261816a618b54239f88",43:"
    ⌐ f07c37cb7073ec154866",44:"2b67e279a59215ea0e5d",45:"77c2107f117574263799",46:"
```

51912... 8339388b9f47a0f75aed",47:"2f06149bf7bc33e5ab55f",48:"c95acd190d734866a94",49:"
e847482649f5339fd26c",50:"e64a7a347c35cbf8ac5d",51:"385a219ae90dd73537a3",52:"
b11b3766f1c5972b02da",53:"19b4b22cd245cbc43cfe",54:"5d7a4c43c29281e18c87",55:"
da1e84bb86c4ba006418",56:"af930939c3841d287c20",57:"b38d2f08a3014730cbdf",58:"
be7d8bec58c8bed027e4",59:"e782ba2b1703cffc3911",60:"c8b5896b08cf68d4ae72",61:"
bf2192c7f75307277d8b",62:"70970c2ebbc8bb273350",63:"0c421f068a994e192963",64:"
df509574777ffaff83f1",65:"f7f044186891f7d4e4d9",66:"0d8411bac3b3256f7788",67:"
8529a018f8ac4da842c9",68:"f0a5b074cb7050362a07",69:"c82c4f98897cad99d4bb",70:"
56caa96de6b5846681e1",71:"6d3db377c8f5f7ba3f7d",72:"c45d011dae10e0aaad29",73:"
5786509d91eb65c0808e",74:"1ff5aced2759465ea6df",75:"9fbddb82db1fb5fd3266",76:"
f3bf35dafa178219d934",77:"8d65fa66c8434ac008f",78:"0f7c5af3be660a704ff7",79:"
7c315e13b72a2e3a4a30",80:"42058eee3589fd4a0e32",81:"8a3f4fb00463ca91cf90",82:"
a3631d2865819c086709",83:"8cef223dddbee48fa3a9",84:"d9a25b160cc1d3e576e5",85:"
9378ecb669093c180c57",86:"0d7b791290c9e39c3561",87:"144fbdf3a4607233f334c2",88:"
6f5a297e823eca1272a8",89:"071533bf9bc920a58423",90:"247e8e717c83cccd11ad",91:"
3c2a07162e6ce0556c55",92:"2977902ffd6a5f0441fb",93:"691112f71425daafc180",94:"
0b4b68fdea2a248f3487",95:"00d385721d196cd6300c",96:"b67d84482b5fc642deda",97:"
3ff8ed02874ed9fd7bc5",98:"c584e2da5dbbbab72796",99:"460689f8c337db749b08",100:"
7ee72566e872ed86ae23d",101:"615cc6c247b20beb3d5d",102:"c45316d5830ad9b24567",103:"
57600c99f6cb3abb92ac",104:"a53bc9a90e0cac4601f5",105:"9e0bc3dd933825965c9b",106:"
1e0bbf06d11a60d38b98",107:"b07b14b1f144d8538d09",108:"1d3addc4b42a31a72439",109:"
173f117c26d687256ec7",110:"fa4dcbeb5db9e6a06c6e",111:"22913b089b76260813cd",112:"
18662dd73cea8077d33f",113:"a56b59bff47302f0ddc5",114:"dffac40ce68f9a9bc49a",115:"
c5920b92071a029b1a19",116:"dc5bece1d2084d7ddd93",117:"6a3f1c90a74af979e6a2",118:"
6d16b03ee226c61e2ef5",119:"c5a3b7c1b9e14265de09",120:"a2e563f5da3dca5471ac",121:"
8c0e8aad5564cf55f36d",122:"a35c4c0f01ef9c1d865d",123:"f096ba8495fa05018f12",124:"
833a970478470f9e0ce0",125:"96f30ed60259876eec01",126:"fff42e0874643833295d",127:"
3b7381b798422697f39e",128:"f8e477c606979a664e72",129:"91f003006ebcaf77369f",130:"
5e5854f1bcf1e5ec347",131:"f8a139868b64534e8531",132:"4e1627d6939391de61e",133:"
c0392c9735125c54fab0",134:"b2f3a017adccb3d394f0",135:"9e2d6444f6fc8e6ddc3b",136:"
dbc22b2f219eb0ce3964",137:"04585bfedff39713cb5a",138:"766b4e0db1ffdc497e52",139:"
fa7931186b4a7feba43e",140:"af4b932cae27c99966e7",141:"9aa22e76d4083ecf4401",142:"
dd617ab560c64deb8930",143:"fdb9bf8a949140a98bb2",144:"d5aa92ad7e538b2cd1bb",145:"
8278b99da841467502fa",146:"236dd807eb999bccfe43",147:"9bb076205f7c2625be37",148:"
6d5855c4517ab618bf42",149:"45f109ad426a83470536",150:"0c898cd827c11004b058",151:"
48621f25d7dbc4d4b5d7",152:"491294e215f823ae26ef",153:"7035f2eb86cac328fea9",154:"
6c7a1b275d441dac2c8c",155:"d29074d6232ad46b241a",156:"0b3e8012a8af2aa099ed",157:"
0f5c12f9cca66b672f00",158:"81f078668d5e0606a4ae",159:"09b22932ebb409130d84",160:"
223a5b3121db04158722",161:"bb6fb44c9cdaae99e16e",162:"afc377488e89aa2e4e4b",163:"
61ec5123b444b9e0f528",164:"90585974845e8fcb05ff",165:"1b593d495db49562d4e6",166:"
32f60530426e08efc582",167:"4a5de1d21431eac1615d",168:"2ab6456dd1c49aa161f8",169:"
cf8379d5d8ab3bd33ce8",170:"d817b1bb7a5e6abb518f",171:"e0bf5afe42853e6bba79",172:"
6b50e9bd93b293c53bac",173:"25f1f9eb9c827e97dbb2",174:"c211090ca1f7acc4cd97",175:"
d9125c4e884a37ea087b",176:"b7b90c46daaae2d5b9fb",177:"c0126c41c33f86ecde6a",178:"
4ad795fca50272d08a8c",179:"fd52ddf52284d43fadcb",180:"d37e6e822a11f496629d",181:"
375882ff3e70024f5168",182:"55b55aff458cb5b8e9c2",183:"c311469aed25e7b1ee1a",184:"
424235dd33b004f180e4",185:"def8652305e341fe76e7",186:"1ae99934bcbed2012e5e",187:"
89b70e2ce568835e730a",188:"a81a098dcc638fe8ad43",189:"1bc0e285f2a46e757185",190:"
26159625105a73732aeac",191:"e45d1d20746ebab5d939",192:"e5832e634ef894e9d915",193:"
af40ad82a94c0c36b5cc",194:"3bdbf09c41caeb29fbbf",195:"7ac20a5987e1e72c2905",196:"
844d89fa09c8ed5004cf",197:"8fd4dc5788ef1e587313",198:"45c5e276f11ec4db2f69",199:"
fb9bbe95317c06b43c7c",200:"d268c05cc2ccd2fec124",201:"de17e8e038bd9f892943",202:"
1b36d9ff916b128de64b",203:"095cb660634b66665a67",204:"274664362708df6c5cde",205:"
acf239ca925016eb37f7",206:"567064c08de12f67187d",207:"7e03e7bd1a23ec1eef10",208:"
9e40641670685b4963a7",209:"6b448f499bf9b6e01919",210:"5ba28cd8029aa3fe2a39",211:"
ec8f826e46b90e836324",212:"315a34be07a1de6b809e",213:"6605d45e952fbb927787",214:"
7480436b9ff2d7482ccf",215:"45723614dc4d07916a5c",216:"be67cc3ab4d542a205ca",217:"
e655f9fdaf9be7f2ab39",218:"6314c5f4fe793b3cf091",219:"9305794d01cc77caf512",220:"
f6aac7ccd0972370e9d8",221:"32f8279f8a4280260662",222:"5fb159d8d8662e09b128",223:"
9c67665d67b2e1793634",224:"ca64d38e1b1cd1ac7133",225:"5f171f910dc9de0b5584",226:"
6c8af8bd91c12de3875a",227:"a997828693d4d7957636",228:"6f7e84d86d5fca9b57f9",229:"
8a420baa891a679887bb",230:"5b3ee32e1d0ff6fb8800",231:"69ad8cb1cf0f7ab7381f",232:"
a1d1b4f988f7cae3074c",233:"966fa89e1f3314cc54c1",234:"cc99e42d9bb87681b676",235:"
51fff7793edc16c9b8fe",236:"c485dd050f60a7ba3e60",237:"f0f0b91bb2c10c8cc831",238:"
354606355048cfaeca32",239:"73d55464eb92a4cc28c1",240:"2fbbc112715675c6c053",241:"
0eddc6023d7d7e6abaf71",242:"f8d5f3ad9e0e65b9c143",243:"169cf1307843efc98fbe",244:"
e7d345fce5ad515dfad0",245:"d99e2e5e98e3ea98b1dd",246:"b4d6e068834b7458af8a",247:"
2128902f6895477c528b",248:"0a1ceda875ed1701939e",249:"e87715c9b49915d49d29",250:"

6c10a81dac17f5a19ee2","253:"1084b83d1520eb087","251:"a4c84be4b2a00fc7185d",253:"
160e197ae46762afc2e4",254:"28bab0a9aeb683dd8691",255:"0d68b21ebaafc10fbaf7",256:"
41cd846cd4547fbbb825",257:"15e488c1cf0444a1efbd",258:"1bc8bb78cc97463fbbba",259:"
8ead5544e85ba574fdc7",260:"d4e5d2c0d36134a43c67",261:"5b0d8e27ee6fdbf3b63c",262:"
4a0a6dec48eb3ae3d66f",263:"c87376fec07915209236",264:"78c67309e0979cd7ed91",265:"
b17b728f4f192b41861b",266:"67077d32fa417f52ae47",267:"4ef27572b362ea610384",268:"
8d337a9a99a1acd8ff7c",269:"39e3a924cf3784a410c9",270:"01b46e246f82108ca9bb",271:"
d328bafdb61a7fdb39c6",272:"96820adf7ae73c898880",273:"858c91250741e0f713f4",274:"
b3a99daaabd6062f6c88",275:"e7987f920e409dfb4f9f",276:"f8e84b29b91f5a5ad103",277:"
058f2365dfb3312ad19e",278:"a62f9642fbc49b835180",279:"f19a0f428c106d56aeda",280:"
0e9cc2c340d38175a1bb",281:"e01324cd15f8e37e7b1f",282:"9d576ac03b2eece742ad",283:"
851107ef0acf1f90be09",284:"9138f071d70839819f68",285:"8e157ce8d70ea4b2c7d2",286:"
ec1c4b30b85f73f217ab",287:"485c0c2e352ba192a84b",288:"6c142f3d7cdf73a146a4",289:"
06287f52edce670eff2c",290:"66b6068f3033a35a569d",291:"a907a847e9584dce9794",292:"
71a77546654bdeac3b85",293:"a2a95ea9a66da404f0c7",294:"35abbc8ba372182130d0",295:"
125b379fbaa2fe691150",296:"778bb3484028240c6873",297:"72c461ccf1104762df63",298:"
3d13f211604340c95928",299:"48871b2cea434ed98e1f",300:"7744d7a20d3f03b3292b",301:"
adba38f2b1642fbbfc8e",302:"2fce9986973a25099f12",303:"77ec67363a7465cec229",304:"
5212c1b5b3a22fca2e82",305:"020e1800d95e1c91bdc4",306:"584512aa6dc123a2d956",307:"
083b61bad541072c1ac0",308:"e545faa63d9d394210bb",309:"aa40fe4082818575c125",310:"
a430b2e1af677b3d008c",311:"84cf94e653c19d2778eb",312:"68c7ea485e476635a0ff",313:"
0e37f630925b48fd1beb",314:"ef154857e2a1f4298a1f",315:"2de0f6eb77caef6f5889",316:"
2da4d0053bba17c46783",317:"de554f2861f2fd92483c",318:"7c06c717c7233e39b5a8",319:"
daf44e1950973fd127f9",320:"2e0c2a6d77cbb4c200a0",321:"b5e90d712157a5f94dc3",322:"
9593c4a2d0f38aac50c5",323:"9907f41356b93b582608",324:"dbe325c1deeaf78fbb73",325:"
74b1e401678821e477e1",326:"be29d923b3b5112d408a",327:"d847fd0b6c8eee62a742",328:"
21c4d1c26f27ea5f3792",329:"3d2c3e81f360280306798",330:"596b61d65c49e8a041e6",331:"
01edad166f3aef8740fb",332:"75550422aac8f8409984",333:"0c4bf4c22157155990b1",334:"
1cd935acf680d54d39a6",335:"fe9c339393a331436d50",336:"ceca3373c40221021f13",337:"
8201a0aefca58b3be79b",338:"6ee92a2b99253ec2cd91",339:"635991f28173ec543c29",340:"
b0c00992fbfb2a22f503",341:"ae6c3b718a85c8cb441e",342:"76db0a5032c4e35188f4",343:"
e80e584b22999c75f252",344:"1231d2b8f1b49546be14",345:"3a13ea8f1590e952736f",346:"
32930bb64a539e138765",347:"19453841396583431387",348:"5559eb3077c6dd225eaf",349:"
eda226c05b2937e8146e",350:"dfecd0429a3a957b88ee",351:"9704d19b96a01e9c03d7",352:"
24abbdbb5b93a7085af1",353:"5a955afd3ea593248648",354:"f73bd80268cee156ca3f",355:"
7fc679521d3ff24ce253",356:"cfe3b57c0afef84b221a",357:"c783cfa6fb5fcba16bbe",358:"
2d08989ce734fc61aec5",359:"3c0b1fa4fcd7b7a150e0",360:"99a60a04f957d74468cb",361:"
fb0692b769bee9dc468b",362:"bc8d208e12aafce0f22b",363:"4d29a590e4517254c18d",364:"
9e9a09255216f090f797",365:"7cfbbb22f9beab5049c7",366:"97fc719abef3cc70f3c8",367:"
14cd06a3a4515bfdb9b0",368:"d856998fa6d416ff7b60",369:"0d9bb0c51d42035a0d67",370:"
ab736fb919a0d52f6cc9",371:"c22a6da3b12e67d748de",372:"2ed6621d9943554272f5",373:"
aa73e6fc884eadb1e386",374:"6c862db9c70ca31c5f68",375:"879d4b76c97d2d1d8c4c",376:"
66a3b30dc6fd5c6faf2b",377:"acd6784503b742c7665d",378:"2303293f6c1966462b27",379:"
c1371646b490cce49537",380:"8d141aead09cfe155f7e",381:"cbeb480d99dfce810a07",382:"
1c3f4a60a25b8ba36651",383:"0fdf58c770d7f7343c40",384:"81ddaf084321a84aa47c",385:"
621bb4693c36e1597122",386:"445e74533b12c1f462b3",387:"f0a92b91cd06a47fa4d0",388:"
46699e4758d323442144",389:"f4cc1ba4eabce427b208",390:"f5fa61ada890aadc74f",391:"
26acb850a68c52c3f1f8",392:"4b7c5cf86dbb1e89045a",393:"27aef4599543cfa24b78",394:"
81a1169e4d04bea84d4d",395:"7a12ecb2acb8b27092b6",396:"bb8ffb73c542f865aca3",397:"
d3a3c0ad04a88c88dec6",398:"4b1bbd75bbe3eb017288",399:"b1a664eef66b69be26df",400:"
a7d639e74045c6f9a745",401:"f19a469a51e2a3a95ddf",402:"6d4cb9ca9eba40b60249",403:"
386e2db133adb24b1a9d",404:"440547370e2ed45ce13e",405:"9368c1fe05dd25c280b1",406:"
87b6d586cdd6959c3af0",407:"63e8abab62c184dd0fc2",408:"7027d306a7f2867168e9",409:"
9e584cb68b9bf6ff8b",410:"5a683e6d135b3dad2d42",411:"4e3cfba50f26b875da0d",412:"
22f7344586792c9669c3",413:"5bd85bfd256bda63735a",414:"4b7f965cf93a536f02ce",415:"
8ea041041d1f73dc3c7b",416:"541d419035f2a57b48e3",417:"6ce847d41a3ec0907344",418:"
464746500df0091bb0b9",419:"ab76a685d56cece191b9",420:"72788510eefee484f2b4",421:"
95d1caf4a69b17b44df7",422:"6759ae5290e9207b5033",423:"d869e71f05c71ad4549a",424:"
6cb12036609f8f4f8915",425:"d8fc721fae55d11d4d7f",426:"86744dc9ebdb58759f2eb",427:"
e4ccec7baf2ae6aa621e",428:"893785040764bec6a203",429:"f8418ada1247f23d6f7e",430:"
e9a08b55a6ae50f7833e",431:"ef3416643184ba2cb6e4",432:"8197ed66981c51699d4a",433:"
6d867aed5d3deb4d87e4",434:"566679db56e7c2ff9607",435:"cd100a8b0d619e31f802",436:"
e5cbec21f768f4e98708",437:"4d81c60c8422c54479b9",438:"127538cccea9edef04d0",439:"
c67f72ab51c199b9a7bd",440:"358303502587f680dea3",441:"a3135a51497b51172cf3",442:"
1aae12cf2287738c42d3",443:"c6e7f84f80a0bc8014bd",444:"72de4f52149a8feb25f5",445:"
112543510ed0d07f504b",446:"c3e2a19e12b7b315c1d4",447:"98c5e900f241cd8a309e",448:"
5a2cd5f26f316a4f0498",449:"5f7fe2a6fc1ffa8bf1af",450:"245e541c8035c120bd77",451:"
6d12d2fafacdaa332f32",452:"4049cc189d398cc1eb3b",453:"a5368675d68eaab34160",454:"

```
032...dbf32ef608c670a4de4",455:"a80d1de18f33b742b89ac",456:"71b36852d02e8e295de1c2",457:"
05b2f9d4debad51c1862",458:"1f0813aea32375b25144",459:"f3f9ae2a000493c89e99",460:"
96b5a95a7d8c7686cea4",461:"3afd1e5b82ea55fff40d",462:"9983b73de48820d8fe94",463:"
0b7013f4ca8f4488a88a",464:"3f633fe1da43889b7bd0",465:"de5c809690a1c09bc74c",466:"
790d9c4460647e205169",467:"3b214fa10e16bab02f5c",468:"585fd8d8cd6065f7eab8",469:"
e6717c7351f863aad593"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return
e}([function(e,t,n){n(804),e.exports=n(82)},function(e,t){e.exports=function(e,t,n){
var a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t,n){var
a=n(640),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e),chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad\/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e),ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)})},function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&(e.exports.mod=n)}()},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u])}e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){"use strict";var
a=n(2),o=n(29),i=n(20),r=n(44),s=n(77),c=n(132),u=n(6),l=n(142),d=n(783),p=n(9),h=
window,A=h.addthis_share,f=h.encodeURIComponent,g=h._atw;e.exports=function(e,t,n,h,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
```

```
·· g?A(g&share)):w.url+=f(w.url),w.title=f(w.title||f(A||{}).title||"")}n="undefined"==
·· typeof g?h:g.conf;var
·· b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
·· 2e3){b=b.split("&atc")[0];var
·· x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
·· username:h.username,pub:h.pub,ui_email_to:ui_email_to,ui_email_from:h.ui_email_from
·· ,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
·· (x))}return b}return
·· c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
·· bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
·· classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
·· sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
·· usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
·· tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
·· pro===!0?1:0)}},function(e,t){function n(e){return
·· e.match(/((([^\/\/]*)\/\/|\/\/\/)?([^\/\?\&\#]+)/i)[0]}function a(e){return
·· e.replace(n(e),"")}function o(e){return
·· e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
·· t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\//))return
·· window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/\/))){t=/\.\.\//g;var
·· a=o===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
·· split("/");return
·· e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
·· window.location.href.match(/(.*\/)/)[0]+e}}function r(e){return
·· e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
·· ").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
·· getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
·· a=n(53),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
·· addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&
·· (window.addthis_config.username=window.addthis_pub),e.exports=function(){var
·· e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
·· encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
·· ""))}},function(e,t,n){function a(e){return e===Object(e)}function
·· o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
·· t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
·· r=n(832),s=n(1),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
·· function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
·· "+t+"]"}}),c["function"]=function(e){return"function"==typeof
·· e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
·· object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
·· e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
·· a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
·· e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
·· s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
·· o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
·· t?(o||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
·· 0},t),t)}},function(e,t,n){var a=n(39);e.exports=function(){var
·· e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
·· t.apply(n,e.concat(a(arguments,0)))}}},function(e,t,n){var
·· a=n(7),o=n(130).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(20);e.exports=function(e,t,n,c
·· ,u,l){var
·· d=i(),p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
·· data_track_linkback||"AddThis"===d||!d;return
·· 0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(A.
·· xid=h,setTimeout(function(){(new
·· Image).src=a("twitter"===e&&l?"tweet":e,0,A,n)},100)),f?o(p,e,h):p}},function(e,t,n)
·· {var
·· a=window.encodeURIComponent,o=n(14),i=n(24),r=n(35),s=n(2),c=n(92);e.exports=function
·· (e,t,n){var
·· u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
·· l;t+=l||{};var
·· p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
·· h="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
·· t.product||(t.product="men-300"),c(h,{pco:t.product})||"#"}},function(e,t,n){var
·· a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||!u){var
·· l=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
·· getElementsByTagName("head")[0]||i.documentElement;return
·· l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
```

51912...

```
setAttribute("id",s),f[e]=chrome?(!chrome&&!t.sel||!r.safari&&!searchr3 extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=t||0===e.indexOf("//")?"":p+a(l)
+e,h.insertBefore(l,h.firstChild),o[e]=1,l}return 1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(112),i=n(9),r=n(4),s=n(88);n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t,this._lojsonResponse=null)}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(83),o=n(2);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(A.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),l==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery");for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){A.cookie&&(A.cookie=e+"="; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?"?;
domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"":";
expires="+o.toUTCString())+"; path=/;"+(a?"?":""
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(32),l=n(2),d=n(66),p=n(8),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"==="===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t){e.exports=
function(e,t,n){var a,o=[];if(n=void 0!==n?n:this,null===e||void 0===e)return o;for(a
in e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return(
16777215&a).toString()}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o=(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
```

```
strict;function a(e){return e.__esModule?e:{"default":e}}e.__esModule=!0;var
o=n(2),i=a(o),r=n(736),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(775),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\(/,for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(776),o=n(676);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(133);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(833),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(789),o=n(781),i=n(24),r=n(777);e.exports=function(e,t,n,s){return
t||(t=n(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e)},function(e,t,n){var a=n(7);e.exports=function(e){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(62),o=n(118),i=n(65),r=n(752),s=n(753);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/&nbsp/g,"")}},function(e,t){"use
strict";e.exports=function(e,t){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t,n){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?a([["open",e,t,n,r,s,c,u],o()):
_ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|\^\??/,""))}},function(e,t){e.
exports=function(e,t){e&&e.trim&&"function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
```

```
51912  catch(t){return t&&t&&(e=window.encodeURIComponent(e)),e||""}}},function(e,t,n){"use
       strict";var
       a=n(84).wasRequestMade,o=n(84).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
       &&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
       .e(0,function(){
51913  n(15)})))})}catch(e){}}},function(e,t){e.exports=[]},function(e,t){e.exports={DIRECT:0,
       SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){function
       a(e,t,n,a,o){this.type=e,this.triggerType=t||this.triggerType,this.target=null===n?n:n||a,this.
       triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
       e=f({},this.data);return
       e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
       triggerType,target:{},triggerTarget:{}}})}return""}}function
       o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
       ,this.defaultEventType=t||a}function i(e){var t=this.queues;return
       t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
       s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
       c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
       function u(e,t){var n=this,a=function(){var
       o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
       ;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
       n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
       o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
       o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
       o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
       t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
       a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
       this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
       remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
       function h(e){return e?2(m(w,function(t,n){e[t]=g.bind(t,this),this},n):void 0}var
       A=n(126),f=n(12),g=n(13),m=n(1),v=function(){},w={firedEvents:{},constructor:o,
       getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
       addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
       preventDefault:v,stopPropagation:v,clone:function(){return new
       this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
       data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
       ,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
       t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|\#?/,""))}},function(e,t,n){var
       a=n(52),o=n(46),i=n(89);e.exports=function(e){var t=i(e);return
       t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
       function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
       n=window,a=!!n.postMessage&&-1===("",+n.postMessage).toLowerCase().indexOf("[native
       code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
       e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
       n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
       e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
       a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
       i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
       r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
       ("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
       n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
       i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
       push(c(a.parts[i],t))}else{for(var
       r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
       }}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
       o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
       (u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
       n=Array.prototype.slice.call(arguments,2);return function(){var
       a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
       e=document.createElement("style");t=f();return
       e.type="text/css",t.appendChild(e),e}function s(){var
       e=document.createElement("link");t=f();return
       e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
       c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
       e.sourceMap&&"function"==typeof URL&&"function"==typeof
       URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
       Blob&&"function"==typeof
       btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
       revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
```

51913...

```
n)}}function
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}for(var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}()},function(e,t,n){var
a=n(1);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)},d):[]}},
function(e,t,n){var a=n(151);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(107)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(652);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:A["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},h=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=h,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(799),r=a(i),s=n(113),c=a(s),u=n(167),l=a(u),d=n(19),p=a(d),h=n(59),A=a(h),f=n(6),
g=a(f),m=n(29),v=a(m),w=n(738),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],t(a)&&(o[void 0!==n?n:t(a);return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(62),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{name:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
```

51913... Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:0
,top:1},evernote:{},exchange:{},fabulously40:{},facebook:{supportsImage:0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},maildo:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:0,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{
name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url
:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},
stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{name:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(2),o=n(49),i=window.e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),h=0;d>u&&(h=

51913...

```
Math.round(a/2-d/2)};var
A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(A),s?A:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
>-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function h(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
e?parseInt(e.startTime):void 0}function g(){var
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e+=e,t=null==t?a:t,e>>>=1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(772),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(2),i=n(1);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&!e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(","),a(t)?e.split("#").pop().
split(","):[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(63),i=n(16),r=n(2),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
```

Page 1561

51913...

```
:o(p,e)[(d[e])||d.fallback).width||(d[e]||d.fallback).height,r),r)}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function u(e){var
t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
l(e){d&&h.localStorage.removeItem(e)}var
d=n(164),p=n(1),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
l,exists:s,removeByPrefix:u},function(e,t,n){function o(){function
e(){tn.layers.length?tn.layers({cfs:!0}):_ate.ipc=!1}function t(){var
t,n,a,o,i,r;ne||h||(h=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
isPayingCustomer(),i=I(t,r),_ate.track.pcs.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
o,{cfs:!0})):e())}function a(){ne=!0,te||e()}function
o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
widgets&&(e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
widgets,function(t,a){fe(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
Q(e,t))}var
s=n(99);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
Date).getTime());var
c,u,l,d=Xt.addthis_config||{},p=Vt.title,h=!1,A="undefined"!=typeof
_ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
shift(),w=_ate.track.extractOurParameters(A),b=[],x=!!_ate.cookie.rck("nabc"),y=w.cfc
,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
rsi,O=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
=w.gen,L=w.fuid,H=w.csi,F=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),J=5e3;-1===(f||"").indexOf(_atr)&&(
_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
);var
K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//").pop().
split("/"),0===K.indexOf("/")?g=g.shift()+K:g.pop(),g=g.join("/")+"/"+K),g=document.
location.protocol+"//"+g):g=K,_ate.usu(0,1)),g=g.split("#{").shift(),rt(g),g&&(_ate.
share.links.canonical=g);var
Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.truncateURL(A,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:O,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=C||Xt.addthis_ab||"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,te=!1,ne=!1;if((!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7){X=setTimeout(a,J),D.start(_ate),Xt.
addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(l=(rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
```

```
[0]=p[#"]"][0],dtr:p.rdy,r.view(),capt=e(t(d.data_track_textcopy?1!0:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||Ot.
setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(y?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(O||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),O?b.push(_ate.track.fcv("rxi",O)):z&&b.push(_ate.track.fcv("rsi",z)),(z||O)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||S|
|w.hash&&O||y)){var
oe,ie=Vt.numframe+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop())}}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),F();var
ce=n(739)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(111),i=n(67);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0|(d.data_use_cookies!==1!&&1)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain==
t.domain?M:t.domain,fp:he(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(80).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})})})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(It+"#"+Ee(l),!0),r(u,It),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=It+"#"+Ee(l),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))})}),_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),G().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
```

51913 … stylesheet.t.stylesheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t))}}

… function c(e){var

… t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|

… |(e.className||"").search(/32x32/i)>-1}function u(e){var

… t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1|

… |(e.className||"").search(/20x20/i)>-1}function l(e){var

… t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"

… )?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"

… ")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in

… e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var

… o=document.ce("img");return

… o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var

… t=t||{},o={},i=Tt(e,"addthis");if("[object

… Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in

… t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in

… i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var

… s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}}if(

… o[r]!==mn&&Rn[r]&&"string"==typeof

… o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"

… ,!0)}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof

… Array||(t=[t]);for(var n=0;n<t.length;n++){var

… a=t[n];a.name&&a.icon&&a.url&&("object"==typeof

… a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/

… /g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().

… toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function

… g(e,t,n,a){var o=e.var o={conf:t||{},share:n||{}};return

… o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function

… m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var

… s=n(78),h=t.conf||dn,m=t.share||pn,v=Et("mob")?null:a.onmouseover,w=a.onmouseout,b=a.

… onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=_n[C]?

… function(e,t,n){var a=d(n,bn);return

… addthis_open(e,C,a.url,a.title,d(t,wn),a)}:zn[C]?function(e,t,n){var a=d(n,bn);return

… addthis_sendto(C,d(t,wn),a)}:Sn[C]?function(e,t,n){var a=d(n,bn);return

… s(C,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=

… function(e,t,n){return

… addthis_open(e,"",null,null,d(t,wn),a))}):(v===y&&(v=function(e,t,n){return/

… button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?

… void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))}),w===y&&(w=function(e){return

… addthis_close()}),b===y&&(b=function(e,t,n){return

… addthis_sendto("more",d(t,wn),d(n,bn))})))),e=_ate.util.select(e);for(var

… k=0;k<e.length;k++){var

… R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R

… .share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.

… className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.

… product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"

… 20":"")+"-300",_ate.track.apc(R.conf.product)),C&&"more"!==C&&(R.conf.product=l(R)),R

… .conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&

… (C?R.onclick=function(){return

… b(this,this.conf,this.share):R.conf.ui_window_panes?R.onclick=function(){

51914 … return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return

… _ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("

… more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(

… _ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"

… more"===C)&&(v||Et("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(647)

… ())){for(_ate.maf.sib=this.nextSibling,_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.

… maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate

… .maf.sib.nodeType){var

… e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else

… for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.

… nextSibling;_ate.maf.sib=e}return

… _ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.

… share):void

… 0}},Zt("mob")||(R.onmouseover=R.onfocus),w&&(R.onmouseout=function(){return

… w(this)}),b&&(R.onclick=function(e){var

… t=this.conf||R.conf,n=this.share||R.share;return

… L(e||window.event||{}),//addthis_button_(compact|expanded|more|bkmore)/.test(R.

… className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.

… onkeydown=function(e){if(!e)var

Page 1564

```
e=window.event||e,e.shiftkey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)}}),"a"===R.tagName.toLowerCase())){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),C){var
B=f(C,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,l)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,l)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[C]("mailto"===C||"email"===C&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(C,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{_ate.util.follow?(if("twitter"!==C?R.href=E(R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
ocw(R.share.follow[520,520)):void
0),R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Pt(C).replace("
_follow","",R.appendChild(I)}}else
_ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
H(C,R.share),!1}),R.conf.follow||tn.addEvents(R,C,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
O=Pt(C,!B);Mn[C]&&En.push({link:R,title:C}),R.title=(a.follow?kn[C]?kn[C]:"Follow on
"+O:Mn[C]?Mn[C]:O),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,h=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=O.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace(",more","").split(","),l.split(","));do
u=p[t++],h[u]&&(u=h[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Ft.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(166),h=n(637),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null===x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!An){var
O=_ate.util.bind(w,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
```

51914...

```
if((set(B)||0xxU,code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Kt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker("addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!==e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,yn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),Cn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,Cn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"
count"),w(yn,null,null,!1),w(Cn,null,null,!1))}function y(){if(!gn)for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}function C(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(154),n(813)(),n(
745),n(744);var
k,M,R,_=n(721),z=n(649),S=window.encodeURIComponent,B=n(19),D=n(88),U=n(821),I=n(780)
,O=n(98),N=n(4),T=n(830),Q=n(146),V=n(153),j=n(93),L=n(691),H=n(95),F=n(63),G=n(133),
P=n(147),Y=n(802),J=n(33),K=n(45),Z=n(778),W=n(779),q=n(48),X=n(724),$=n(21),ee=n(151
),te=n(808),ne=n(83),ae=n(806),oe=n(807),ie=n(152),re=n(85),se=n(84),ce=n(59),ue=n(47
),le=n(17),de=n(38),pe=n(163).truncationList,he=n(163).truncateURL,Ae=n(827),fe=n(828
),ge=n(55),me=n(164),ve=n(26),r=n(42),we=n(1),be=n(25),xe=n(109),ye=n(39),Ce=n(54),Ee
=n(18),ke=n(12),Me=n(44),Re=n(692),_e=n(32),ze=n(829),Se=n(13),Be=n(20),De=n(3).
listen,Ue=n(3).unlisten,Ie=n(8).getDomain,Oe=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(51).PolyEvent,Fe=n(51).EventDispatcher,Ge=n
(108),Pe=n(797),Ye=n(77),Je=n(139),Ke=n(4),Ze=n(643),We=n(803),qe=n(683),Xe=n(149),$e
=n(27),et=n(161),tt=n(811),nt=n(5),at=n(37),ot=n(102),it=n(52),rt=n(785),st=n(46),ct=
n(53),ut=n(89),lt=n(127).processAdEvents,dt=n(127).processAllScripts,pt=n(97),ht=n(
```

51914...

```
788),Wt=n(81),Ft=n(843),jt=n(601),Nt=n(142),Ct=n(167),Vt=n(436),St=n(798),xt=n(135),
yt=n(90),Ct=n(50),Et=n(129),kt=n(76),Mt=n(682),Rt=n(60),_t=n(58),zt=n(148),St=n(822),
Bt=n(130),Dt=n(800),Ut=n(7),It=n(796).source,Ot=n(733),Nt=n(648),Tt=n(737),Qt=n(22),
Vt=n(6),jt=n(66),Lt=n(119),Ht=n(23),Ft=n(61),Gt=n(638),Pt=n(41),Yt=n(754),Jt=n(91),Kt
=n(634),Zt=n(2),Wt=n(29),qt=n(126),Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate)_ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(143),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(137)(_ate);if(_ate.evl=Ae,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:ye,strip:Ee,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Ie,gUQS:Oe,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Fe},_ate.ed=new
Fe(_ate),_adr=Ge,_ate.plo=G(),_ate.lad=J,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Je,!_atc.addthis_conf||(Xt.addthis_conf||{}).addthis_conf_exclude||(R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Ke,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rkv:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=ht
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(80),ref:{r_ondomain:Ct.ON_DOMAIN,
r_offdomain:Ct.OFF_DOMAIN,r_direct:Ct.DIRECT,r_search:Ct.SEARCH},gub:xt,clr:Et,iss:yt
,fst:kt}),ke(_ate.data,{storage:{all:At.getAll,clear:At.removeAll,add:At.add,get:At.
get,remove:At.remove,exists:At.exists,preRemove:At.removeByPrefix},bloom:{filter:ft,
library:gt(At,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declicifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.
logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:he,opp:de,ajs:le,jlo:q,ao:K,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild),e)}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+'>',a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
```

51914...

```
!0;var e,t=_ate.dargog()}return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)||((e.Prototype||{}).Version&&2)||((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)||((e.Ext||{}).version&&8)||((e.dojo||{}).
version&&16)||((e._gaq||e._gat)&&32)||(e.google_ad_client&&64)||((e.FB||e.fbAsyncInit)&&
128)|(e.$BTB&&256)||(e.meebo&&512)||(e.gigya&&1024)||(e.SHARETHIS&&2048)||(e._qevents&&
4096)|(e.twttr&&8192)||(e.postwidgetnamespace&&16384)||(e.a2a&&32768)||(e.SHRSB_Settings
&&65536)||(e._sf_async_config&&131072)||(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?!0:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=It+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:u})})()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length){if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{")try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
```

Page 1568

51914... |for(;f=;)|var

```
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(",");o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e)var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(158),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
length,m=[],v={},w={};f--;)w[e(h[f])]=1;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n,a={pco:"cnv-100"},a={pxid:1,ev:1};if(p>0)for(n in
t)a[n]&&(n[o]=t[o]);e((gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function a(function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){A[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t,n){if(A[e])try{return
A[e](t),n,e)}&&((t.parentNode.className||"").indexOf("toolbox")>-1&&t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b"),,!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n
})})}function d(e,t,n){var a=function(){};return
f[e]?(!f[e].require||f[e].require(e,t,n)&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)})},a(t),!0):!1}var
p=n(14),h=e(),A={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(128),ocw:F,onw:n(22),caw:n(782),stw:n(78),siw:n(140),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Jt,svcurl:n(132),track:j,notify:i,links:h,register:r,
```

51914...

```
registerListeners(r),subv(_,registerSubscriber:s,externu,externReturn:o}})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){A[e
]||(i("facebook_like",e),A[e]=1)}),FB.Event.subscribe("edge.remove",function(e){A[e]
&&(i("facebook_unlike",e),A[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1))}function s(e,t){var
n="fb-root",o=h.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else{if(!i&&o||(o=h.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=h.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=h.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:x?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt._orig_fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
_orig_fbAsyncInit(),r()},document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c())}}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=h.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"-"+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.
firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:{450,r.
show_faces?80:35},button_count:{90,25},box_count:{55,65}},u=r.width||((c[s]?c[s][0]:
100),d=r.height||((c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+'></iframe>',a=t.firstChild):a=h.ce("iframe"),a.style.
overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
=t.ost=1}var
p,h=document,A={},f=[],g=[],m=0,v=0,w=0,b=!0,x=-1!==h.domain.search(/\.addthis\.com$/
)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
```

51914

```
facebook{_art=function(e){e.ihs=1,e.noh=1},onclick=function(e)1D(e);var
t,a=e.el,o=n(42);return
t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
window.gapi&&window.gapi.plusone}function t(){if(e())return
void(gapi&&gapi.plusone&&"[object
Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
i){i=1;var n=new
_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
addEventListener("load",function(){t()}),n.load()}}function n(e){var
t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
._at_plusonecallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
a(e,n,a){if(!e.ost){var
o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
lang||("undefined"==typeof
i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||i.lang||_ate.ggl((n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
standard":"small"),i.callback=i.callback||["_at_"+o+"callback"):(i.href=_ate.share.acb
("google_plusone_share",n.share,addthis_config),
i.action="share"),_ate.share.goog.sub(n),_ate.util.each(i,function(e,t){r.
setAttribute(e,t)}),E(e,r,"google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1
,t()}}function o(e,n){if(!e.ost){e.title="Follow on Google+";var
a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
|"smallbadge"===a.size){var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&a.bro.msi&&(ieQ='
onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+'</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+'<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className=this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
```

51915

```
51915... passthrough?addthis_share.passthrough:pinterest_share?addthis_share.passthrough.
...  pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
...  pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
...  addthis_share?addthis_share:{},r.media={r.url=s.url=r.url||i.url||.ate.track.mgu(s.
...  url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
...  layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
...  &layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
...  height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
...  role="presentation" scrolling="no" allowTransparency="true"
...  scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:''\"":"")+'
...  style="width:'+r.width+';
...  height:"+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
...  pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
...  addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
...  |i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
...  ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
...  description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
...  util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
...  _ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
...  ,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
...  .addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
...  .addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
...  pinterest_share={});var
...  n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
...  description,H("pinterest_share",e(i,r))}})}else{var
...  u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
...  function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
...  addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
...  addthis_share.passthrough.pinterest_share={});var
...  t=Xt.addthis_share.passthrough.pinterest_share;return
...  t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
...  noh=t.ost=1}}var
...  n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
...  :t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
...  function(t){var
...  n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
...  )}}})}(),function(){function e(e,i,r){if(!e.ost){var
...  s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
...  :"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
...  ,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
...  bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
...  nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
...  cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
...  ),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
...  ost=1}}function t(){for(var
...  e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
...  getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
...  =e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
...  replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
...  ;return r}function n(e,t){var n,a,o;for(var a in
...  t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
...  skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
...  setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
...  getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
...  e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
...  o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
...  share.sinaweibo={like:e})(),function(){_ate.share=_ate.share||{},_ate.share.
...  registerListeners({thefancy:{onclick:function(e){var
...  t=e.el.share||addthis_share&&H("thefancy",t),L(e)}}})}(),function(){function
...  e(){return window.twttr&&window.twttr.events}function
...  t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
...  t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
...  url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
...  addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
...  i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
...  track("tweet",0,e(t),addthis_config)),window.twttr.events.bind("follow",function(t){
...  _ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}}function
...  n(){return
```

51915...

e(){&&t++}(t,c,void 0,r)}}if(!(_ate.ajs("//platform.twitter.com/widgets.js",1,null ,null,null,!0),r=1),void(0>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t .share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf. ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p. url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D"):s. url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.count=_ate.share.acb("twitter",p ,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?A.text :t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
hashtags=s.hashtags||A.hashtags||"",(s.via||A.via||t.text.match(/via\s+@[a-zA-Z0-9_\. ]+/i)&&(t.via=s.via=s.via||A.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:""),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width =s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+u+"px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild .firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV( t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=(t.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g. innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+" px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh= e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className=" twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate. util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a, twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){ var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(), function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{ defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL }}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)). replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget ",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/ venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate. ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter=" horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o. height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o. height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+"px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e .firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(

51915...

```
t.share.url)+"&url="+S(_ate.dr)},return"S(_ate.url.tokvT.t.conf))"&share="+S(c)+"&li
="+S(N),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{};return e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}})}()},function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Ft.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||""),l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]||
|(n[e]=e);return
n}(),c=[],l=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Ft.map[i]===M||i.indexOf("
facebook_")>-1&&Ft.map.facebook!==M)&&l++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Ft.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(","):[],u=O.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+","":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"","",_R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&&m.push(a[0].code),B=0;B<v.length;B
```

51915...

```
++)w[v[B]]=f,A=v[v[B]]=new
RegExp("(?:^|,)("+v[B]+")(?:$|,)"),h[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",",");n.services_compact&&(n.services_compact=n.services_compact.
replace(f,","));for(B=0;B<g.length;B++)A=g[B],W[A]||(f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,-1===b.search(f)&&m.unshift(A));for(B=0;B<s.
length&&E>B;B++)A=s[B],f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1&&C++;for(B=0;B<s.
length&&!(x.length>=E);B++)A=s[B],y[A]||W[A]||!(Ft.map[A]!==M||A.indexOf("facebook_")
>-1)||(y[A]=1,f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
addthis_options=addthis_options.replace(f,","),replace(",,",","),k++):x.push(A));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}else
w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
instanceof Array){n={};for var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){for var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0)},!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
,function(){function e(){function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!!e.url)return!1}var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r){for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void
i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};for(w>0)for(;w-->0;)arguments[0].push(),localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t()))}))},_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(l.push(n),void t()))})})}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
```

51915...

```
should be a function, got "+n):return t[n]
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+1
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-I"==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ate.dctu=l()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp)),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss);if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r},_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid}),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo)try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0}),_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)}),try{if(Vt.
du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
```

51915...

```
provider=1!0),tn.logout=function(){_ate.prv.un(),tn.reqguess(_atc.xcs=1),ln.dnp
&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
_ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
("+ln.onready+") not
defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
addthis_clickout&&_ate.lad(["cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
adding json2"),n(689),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
_ate.util.rfromKV(e)}}function n(e){var
n;if(!o||"".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
=e.origin,a(n)}}function
a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
o=!1,i=ge,r=!1;ke(_ate,xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
addthis.com")&&(o=!0),Xt.attachEvent?Xt.attachEvent("onmessage",n,!1),$t.attachEvent
("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n),
r=!0)},send:function(tn,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
payload:a}),"*")},0)}}})}(),tn.addEventListener("addthis.emailShare.close",function()
{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
o=e[a],i=t[a];return"string"!=typeof
o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
,n?o-o:o-i)}function i(){for(var
e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
r=t||[],j,s=0===r.length?{}:i(r),c=r;return
r._map=s,c.add=function(e){e&&c.push(e),c._map[e.name||e]=e}),c.addOne=function(e){
if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){e||(e="name");for(
var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
t},c.map=c.toMap,c.has=function(e){return
c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
n},c.filter=function(t){for(var
n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
return
e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
code must consist entirely of letters, numbers and
underscores.");return!0}tn.logShare=function(t,n,a,o){var
i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t),s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
url=t,_ate.share.track(n,0,r,i))},tn.addClickTag=function(t,a,o,i){var
t=t||o&&o.url||addthis_share.url,r=n(24);return
e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
function(){function e(e,t)
ve(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||t)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),e},[["uid",""],["geo",""],["_ssh",[]]]])}
function o(){_=1,n({rdy:1})}function i(e){return
_ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
```

51915

```
)},_ate.uid=_ate.rand="en"===_ate.jlng()||window.addthis_translations){if(b())return void
e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
.HIGH
```

51916

```
})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.services=o
,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source=m(),S.
location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("addthis.
user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.addthis_translations
?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("addthis.i18n.ready",
function(){u(e)}),_ate.alg())}function l(e){u(e)}function d(e){return
_ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){A("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
v(){return A("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Ft.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function C(e){var
t,n=m();if("search"===t.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(",",e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())}var
S={ready:u,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w};return
tn.session={user:m,isSocial:h("isl",y),isSearch:h("ish",C)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api)}var
dn,pn,hn,An,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,yn=[],Cn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z({preferred_available",{once:!0}),An=1),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
```

```
51916..  a=e.onclick||function(){};(_conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
..  conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
..  _ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
..  ,t,a){var
..  o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
..  addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
..  r=tn.links[i],s=new
..  RegExp("&"+t+"=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
..  share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
..  href+=c)))}for(var i in tn.ems){var
..  r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
..  window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
..  =function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
..  internal:"img"})},tn.toolbox=function(e,t,n,a){function r(e,t,n){var
..  a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
..  s=_ate.util.select(e),c=0;c<s.length;c++){var
..  u,l=s[c],d=window.jQuery,p=g(l,t,a,o),h=document.ce("div");if(l.services={},l&&l.
..  className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
..  32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
..  peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(655),_atc._ld_pkrcss=1}),l.
..  peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
..  (function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
..  ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
..  l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
..  setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
..  ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
..  .className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(654)})
..  ,_atc._ld_barcss=1),!l.fixed)))l.fixed=!0;for(var
..  A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
..  addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
..  appendChild(f),a.appendChild(a),l.appendChild(A),"BackCompat"===document.compatMode&&
..  _ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace(
..  "addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
..  addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
..  addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
..  setAttribute("className",l.className+"
..  addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
..  setAttribute("className",l.className+"
..  addthis_bar_vertical_large")))}&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
..  "),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(h)),h.className="atclear"}},tn.ready=
..  function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
..  _ate.onr(tn),y(),_ate.share.sub(),e&&"function"==typeof
..  e&&e())),tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),C(),_atc.xol?(y(),_adr.
..  isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis.
..  internal.ready",tn))}window.addthis_open=function(){return"string"==typeof
..  iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
..  return"string"==typeof
..  iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
..  ,n){t=t||{};var
..  a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
..  ui_508_compliant;if(!a&&Kt(e)){if(Wt)return
..  window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
..  _ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(790)},function(e,t){e.
..  exports=function(e){var
..  t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
..  ",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
..  ,deu:"de",ger:"de",el:1,gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
..  :"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
..  ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
..  ,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
..  iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
..  mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
..  no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
..  ,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
..  si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
..  th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
..  1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk",zh-tr:1,"chir":"
..  zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
```

Page 1579

51916…  .:"zr"}return}

```
t[e]?t[e]:(e=e.split("-").shift(),t[e]?t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase());0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js"),c=!0)}function o(){return c}var
i=n(17),r=n(21),s=n(152),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(40);e.exports=function i(e){var t=window.addthis_translations;t(o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100))}},
function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(2),i=n(45),r=n(36),s=(n(16),n(22)),c=n(7),u=n(60),l=n(44),d=n(29),p=n(19);e.
exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(2),i=n(14),r=n(86);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(102).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;t.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t){function a(e,t){var a=n(76);a.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?">-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===d?n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(751),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(12),r=n(134),s=n(9),c=n(5).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(5).makeCUID,i=n(17),r=n(20);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(820),o=n(814),i=n(7),r=n(8),s=n(86),c=n(815),u=n(87),l=n(816),d=n(156),p=n(155),
h=n(16),A=n(24),f=n(128),g=n(14),m=n(140),v=n(78),w=n(45),b=n(2),x=n(22),y=n(35),C=n(
9),E=n(20),k=n(47),M=n(94),R=window,_=window._=function(e,t){for(var
n=R.addthis_config?E(R.addthis_config):{},z=R.addthis_share?E(R.addthis_share):{};
switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
```

```
...  hide:email.shareConfirmation,h:n.pubid-c?y,z.service=e,z.media=void
...  0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
...  0!==t.title?t.title:z.title,z.description=void
...  0!==t.description?t.description:z.description,z.passthrough=void
...  0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
...  ":case"compact":n.ui_pane="",w(__body,"more","","","",n,z);break;case"mailto":R.location
...  .href=h(z,n,1);break;case"email":z.email_template=t.email_template||z.email_template,
...  z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
...  pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
...  addthis.menu.close();break;case"favorites":var
...  S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
...  url_transforms,I="Press <"+D+">+D to bookmark in
...  ";B=k(B),S=A(S),S=y(S,U,z,e),S=g(e,z,n,S,1),b("ipa")?alert("Tap the <plus> to
...  bookmark in
...  Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
...  Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
...  _.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
...  n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
...  break;case"skype":p(z,n);break;default:"twitter"===e&&(z.title=window.
...  encodeURIComponent(z.title),f(e)?v(e,z,n):_ate.share.inBm())||t.defaultShareToNewTab?
...  x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
...  addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
...  a=n(171),o=n(2);e.exports=function(){var
...  e=document.documentElement||{},t=window.screen,n=0;return
...  o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
...  :a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
...  n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
...  a(e){return"function"==typeof
...  l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
...  t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a)if(!n)return
...  "";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
...  nodeValue;break}}return a}function i(e){if("string"==typeof e){var
...  t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
...  1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
...  r(e,t){if(e=(e||{}).parentNode,!t||!e)return
...  e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
...  0;)e=e.parentNode;else
...  if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
...  parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
...  i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
...  d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
...  );else{n=n.replace(/\-/g,"\\-");var p=new
...  RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
...  &&l.push(r)}return l}function c(e,t,n){e=e|||document,"*"===t&&(t=null);for(var
...  a,o=l.getElementsByClassName?function(e,t){return
...  e.getElementsByClassName(n):l.querySelectorAll?function(e,t){return
...  l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
...  RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c+=1)a=i[c],(!r||r.test(a.
...  nodeName))&&s.push(a);return s}var
...  u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
...  getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
...  strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
...  o=n(2),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
...  google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
...  pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
...  =function(){return
...  c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
...  c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
...  e=i["default"]("mob")?u():l();return
...  i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
...  getPopServices=d;var p=function(){return
...  d().split(",")}};t.getPopServicesArray=p},function(e,t,n){"use strict";var
...  a=n(104),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
...  t;!o[e]&&"string"==typeof
...  e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index),o[e]=e)},empty
...  :function(){o={}}};e.exports=i},function(e,t){"use
...  strict";e.exports=function(e,t){for(var
...  n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
```

51916...

```
strict";function a(e){var t=e.params||{}};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(149),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(134),n(6));e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+" continent: ";return
t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
"+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(1);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(73);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
|[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
r=n(2),s=n(12),c=n(13),u=n(4),i=n(3),d=n(113),p=n(723),h=n(14),A=n(725),f=n(720),g=n(
727),m=n(16),v=n(19),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)}}},open:function(e,t,n,a,o,i){var
c,u;A(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=h("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis,c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n)),trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
```

51916...

```
:t,_share:e})),closeFunction({_ate:menu}._crossWindowCommunicator=null},_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null}},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(2),i=n(1),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(713),s=n(40),c=a(s),u=n(714),l=a(u),d=n(633),p=a(d),h=n(636).getIconCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0,t["default"]=
o=n(80),i=n(50),r=n(734),s=a(r),c=n(718),u=a(c),l=n(717),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",",!0)}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(6),o=function(e){return
```

51916…

```
0===e.indexOf(":www.")?e.substr(4,i):e}function e(i,t){for(var n=i.length,r=0;r<n;r++){var
a=e,i=t;if(n!=l,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(646),ExpandedMenuControllerView:n(650)};n(835)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
a={},o={};a.delicious=function(e){e(n(658))},o.delicious=function(e){n.e(208,function
(){e(n(432))})},a.digg=function(e){e(n(659))},o.digg=function(e){n.e(205,function(){e
(n(435))})}},a.facebook=function(e){e(n(661))},o.facebook=function(e){n.e(189,function
(){e(n(451))})},a.google=function(e){e(n(663))},o.google=function(e){n.e(170,function
(){e(n(470))})}},a.linkedin=function(e){e(n(664))},o.linkedin=function(e){n.e(140,
function(){e(n(500))})},a.reddit=function(e){e(n(668))},o.reddit=function(e){n.e(92,
function(){e(n(548))})}},a.stumbleupon=function(e){e(n(670))},o.stumbleupon=function(e
){n.e(64,function(){e(n(576))})}},a.tumblr=function(e){e(n(671))},o.tumblr=function(e)
{n.e(47,function(){e(n(593))})},a.twitter=function(e){e(n(672))},o.twitter=function(e
){n.e(45,function(){e(n(595))})}},a.myspace=function(e){e(n(666))},o.myspace=function(
e){n.e(122,function(){e(n(518))})}},a.blogger=function(e){e(n(657))},o.blogger=
function(e){n.e(225,function(){e(n(415))})},a.print=function(e){e(n(667))},o.print=
function(e){n.e(100,function(){e(n(540))})}},a.favorites=function(e){e(n(662))},o.
favorites=function(e){n.e(183,function(){e(n(457))})},a.email=function(e){e(n(660))},
o.email=function(e){n.e(194,function(){e(n(446))})},a.wykop=function(e){e(n(675))},o.
wykop=function(e){n.e(24,function(){e(n(616))})},a.mailto=function(e){e(n(665))},o.
mailto=function(e){n.e(137,function(){e(n(503))})}},a.sinaweibo=function(e){e(n(669))}
,o.sinaweibo=function(e){n.e(83,function(){e(n(557))})}},a.vk=function(e){e(n(673))},o
.vk=function(e){n.e(34,function(){e(n(606))})}},a.whatsapp=function(e){e(n(674))},o.
whatsapp=function(e){n.e(27,function(){e(n(613))})}},a.addthis=function(e){e(n(656))},
o.addthis=function(e){n.e(244,function(){e(n(396))})},a.aim=function(e){e(n(460),
function(){e(n(180))})}},o.aim=function(e){n.e(240,function(){e(n(400))})},a.
amazonwishlist=function(e){n.e(459,function(){e(n(181))})}},o.amazonwishlist=function(
e){n.e(239,function(){e(n(401))})}},a.bitly=function(e){n.e(448,function(){e(n(192))})
},o.bitly=function(e){n.e(228,function(){e(n(412))})}},a.blogmarks=function(e){n.e(444
,function(){e(n(196))})}},o.blogmarks=function(e){n.e(223,function(){e(n(417))})}},a.
diigo=function(e){n.e(426,function(){e(n(214))})}},o.diigo=function(e){n.e(203,
function(){e(n(437))})}},a.faves=function(e){n.e(409,function(){e(n(231))})}},o.faves=
function(e){n.e(184,function(){e(n(456))})}},a.hatena=function(e){n.e(391,function(){e
(n(249))})}},o.hatena=function(e){n.e(164,function(){e(n(476))})}},a.meneame=function(e
){n.e(358,function(){e(n(282))})}},o.meneame=function(e){n.e(129,function(){e(n(511))}
)}},a.netvibes=function(e){n.e(348,function(){e(n(292))})}},o.netvibes=function(e){n.e(
118,function(){e(n(522))})}},a.netvouz=function(e){n.e(347,function(){
```

51917…

```
e(n(293))})}},o.netvouz=function(e){n.e(117,function(){e(n(523))})}},a.newsvine=
function(e){n.e(345,function(){e(n(295))})}},o.newsvine=function(e){n.e(115,function()
{e(n(525))})}},a.nujij=function(e){n.e(344,function(){e(n(296))})}},o.nujij=function(e)
{n.e(114,function(){e(n(526))})}},a.thisnext=function(e){n.e(284,function(){e(n(356))}
)}},o.thisnext=function(e){n.e(50,function(){e(n(590))})}},a.livejournal=function(e){n.
e(366,function(){e(n(274))})}},o.livejournal=function(e){n.e(138,function(){e(n(502))}
)}},a.gmail=function(e){n.e(398,function(){e(n(242))})}},o.gmail=function(e){n.e(172,
function(){e(n(468))})}},a.hotmail=function(e){n.e(387,function(){e(n(253))})}},o.
hotmail=function(e){n.e(160,function(){e(n(480))})}},a.yahoomail=function(e){n.e(261,
function(){e(n(379))})}},o.yahoomail=function(e){n.e(22,function(){e(n(618))})}},a.
aolmail=function(e){n.e(457,function(){e(n(183))})}},o.aolmail=function(e){n.e(237,
function(){e(n(403))})}},a.googletranslate=function(e){n.e(394,function(){e(n(246))})}
,o.googletranslate=function(e){n.e(167,function(){e(n(473))})}},a.wordpress=function(e
){n.e(263,function(){e(n(377))})}},o.wordpress=function(e){n.e(25,function(){e(n(615))
})}},a.typepad=function(e){n.e(280,function(){e(n(360))})}},o.typepad=function(e){n.e(
44,function(){e(n(596))})}},a.yammer=function(e){n.e(260,function(){e(n(380))})}},o.
yammer=function(e){n.e(21,function(){e(n(619))})}},a.oknotizie=function(e){n.e(341,
function(){e(n(299))})}},o.oknotizie=function(e){n.e(111,function(){e(n(529))})}},a.
oyyla=function(e){n.e(339,function(){e(n(301))})}},o.oyyla=function(e){n.e(109,
function(){e(n(531))})}},a.favoritus=function(e){n.e(408,function(){e(n(232))})}},o.
```

51917...

```
favoritus=function(e){n.e(182,function(){e(n(589)})}},a.startaid=function(e){n
.e(338)})}},o.startaid=function(e){n.e(69,function(){e(n(571))})},a.svejo
=function(e){n.e(293,function(){e(n(347))})},o.svejo=function(e){n.e(59,function(){e(
n(581))})},a.symbaloo=function(e){n.e(292,function(){e(n(348))})},o.symbaloo=function
(e){n.e(58,function(){e(n(582))})},a.yoolink=function(e){n.e(257,function(){e(n(383))
})},o.yoolink=function(e){n.e(18,function(){e(n(622))})},a.youmob=function(e){n.e(255
,function(){e(n(385))})},o.youmob=function(e){n.e(16,function(){e(n(624))})},a.n4g=
function(e){n.e(350,function(){e(n(290))})},o.n4g=function(e){n.e(120,function(){e(n(
520))})},a.folkd=function(e){n.e(404,function(){e(n(236))})},o.folkd=function(e){n.e(
178,function(){e(n(462))})},a.evernote=function(e){n.e(416,function(){e(n(224))})},o.
evernote=function(e){n.e(192,function(){e(n(448))})},a.stumpedia=function(e){n.e(297,
function(){e(n(343))})},o.stumpedia=function(e){n.e(63,function(){e(n(577))})},a.
studivz=function(e){n.e(299,function(){e(n(341))})},o.studivz=function(e){n.e(66,
function(){e(n(574))})},a.pusha=function(e){n.e(329,function(){e(n(311))})},o.pusha=
function(e){n.e(98,function(){e(n(542))})},a.kledy=function(e){n.e(372,function(){e(n
(268))})},o.kledy=function(e){n.e(145,function(){e(n(495))})},a.plurk=function(e){n.e
(333,function(){e(n(307))})},o.plurk=function(e){n.e(103,function(){e(n(537))})},a.
citeulike=function(e){n.e(435,function(){e(n(205))})},o.citeulike=function(e){n.e(214
,function(){e(n(426))})},a.care2=function(e){n.e(436,function(){e(n(204))})},o.care2=
function(e){n.e(215,function(){e(n(425))})},a.baidu=function(e){n.e(454,function(){e(
n(186))})},o.baidu=function(e){n.e(234,function(){e(n(406))})},a.printfriendly=
function(e){n.e(330,function(){e(n(310))})},o.printfriendly=function(e){n.e(99,
function(){e(n(541))})},a.arto=function(e){n.e(455,function(){e(n(185))})},o.arto=
function(e){n.e(235,function(){e(n(405))})},a.sodahead=function(e){n.e(308,function()
{e(n(332))})},o.sodahead=function(e){n.e(75,function(){e(n(565))})},a.viadeo=function
(e){n.e(276,function(){e(n(364))})},o.viadeo=function(e){n.e(40,function(){e(n(600))})
)}},a.amenme=function(e){n.e(458,function(){e(n(182))})},o.amenme=function(e){n.e(238,
function(){e(n(402))})},a.virb=function(e){n.e(272,function(){e(n(368))})},o.virb=
function(e){n.e(36,function(){e(n(604))})},a.bizsugar=function(e){n.e(447,function(){
e(n(193))})},o.bizsugar=function(e){n.e(227,function(){e(n(413))})},a.bobrdobr=
function(e){n.e(443,function(){e(n(197))})},o.bobrdobr=function(e){n.e(222,function(){
e(n(418))})},a.smiru=function(e){n.e(310,function(){e(n(330))})},o.smiru=function(e)
{n.e(77,function(){e(n(563))})},a.stuffpit=function(e){n.e(298,function(){e(n(342))})
},o.stuffpit=function(e){n.e(65,function(){e(n(575))})},a.fabulously40=function(e){n.
e(414,function(){e(n(226))})},o.fabulously40=function(e){n.e(190,function(){e(n(450))
})},a.yorumcuyum=function(e){n.e(256,function(){e(n(384))})},o.yorumcuyum=function(e)
{n.e(17,function(){e(n(623))})},a.hackernews=function(e){n.e(392,function(){e(n(248))
})},o.hackernews=function(e){n.e(165,function(){e(n(475))})},a.bonzobox=function(e){n
.e(442,function(){e(n(198))})},o.bonzobox=function(e){n.e(221,function(){e(n(419))})}
,a.meinvz=function(e){n.e(362,function(){e(n(278))})},o.meinvz=function(e){n.e(133,
function(){e(n(507))})},a.visitezmonsite=function(e){n.e(271,function(){e(n(369))})},
o.visitezmonsite=function(e){n.e(35,function(){e(n(605))})},a.memori=function(e){n.e(
360,function(){e(n(280))})},o.memori=function(e){n.e(131,function(){e(n(509))})},a.
diggita=function(e){n.e(427,function(){e(n(213))})},o.diggita=function(e){n.e(204,
function(){e(n(436))})},a.linkuj=function(e){n.e(367,function(){e(n(273))})},o.linkuj
=function(e){n.e(139,function(){e(n(501))})},a.tuenti=function(e){n.e(282,function(){
e(n(358))})},o.tuenti=function(e){n.e(48,function(){e(n(592))})},a.informazione=
function(e){n.e(384,function(){e(n(256))})},o.informazione=function(e){n.e(157,
function(){e(n(483))})},a.startlap=function(e){n.e(301,function(){e(n(339))})},o.
startlap=function(e){n.e(68,function(){e(n(572))})},a.moemesto=function(e){n.e(354,
function(){e(n(286))})},o.moemesto=function(e){n.e(125,function(){e(n(515))})},a["
100zakladok"]=function(e){n.e(467,function(){e(n(173))})},o["100zakladok"]=function(e
){n.e(248,function(){e(n(392))})},a.domaintoolswhois=function(e){n.e(424,function(){e
(n(216))})},o.domaintoolswhois=function(e){n.e(201,function(){e(n(439))})},a.
quantcast=function(e){n.e(327,function(){e(n(313))})},o.quantcast=function(e){n.e(96,
function(){e(n(544))})},a.w3validator=function(e){n.e(267,function(){e(n(373))})},o.
w3validator=function(e){n.e(30,function(){e(n(610))})},a.hedgehogs=function(e){n.e(
390,function(){e(n(250))})},o.hedgehogs=function(e){n.e(163,function(){e(n(477))})},a
.cosmiq=function(e){n.e(431,function(){e(n(209))})},o.cosmiq=function(e){n.e(210,
function(){e(n(430))})},a.instapaper=function(e){n.e(382,function(){e(n(258))})},o.
instapaper=function(e){n.e(155,function(){e(n(485))})},a.ziczac=function(e){n.e(250,
function(){e(n(390))})},o.ziczac=function(e){n.e(11,function(){e(n(629))})},a.adifni=
function(e){n.e(462,function(){e(n(178))})},o.adifni=function(e){n.e(242,function(){e
(n(398))})},a.favable=function(e){n.e(410,function(){e(n(230))})},o.favable=function(
e){n.e(185,function(){e(n(455))})},a.camyoo=function(e){n.e(437,function(){e(n(203))}
)},o.camyoo=function(e){n.e(216,function(){e(n(424))})},a.box=function(e){n.e(439,
function(){e(n(201))})},o.box=function(e){n.e(218,function(){e(n(422))})},a.
bookmarkcyz=function(e){n.e(441,function(){e(n(199))})},o.bookmarkcyz=function(e){n.e
```

51917...

```
(22r,function(){e(n(426)})}),a.etsy=function(e){n.e(447,function(){e(n(223))})})},o.
etsy=function(e){n.e(193,function(){e(n(447))})},a.bookmerkende=function(e){n.e(440,
function(){e(n(200))})}),o.bookmerkende=function(e){n.e(219,function(){e(n(421))})},a.
posteezy=function(e){n.e(331,function(){e(n(309))})}),o.posteezy=function(e){n.e(101,
function(){e(n(539))})}),a.zakladoknet=function(e){n.e(251,function(){e(n(389))})},o.
zakladoknet=function(e){n.e(12,function(){e(n(628))})},a.douban=function(e){n.e(423,
function(){e(n(217))})}),o.douban=function(e){n.e(200,function(){e(n(440))})},a.
pdfmyurl=function(e){n.e(337,function(){e(n(303))})}),o.pdfmyurl=function(e){n.e(107,
function(){e(n(533))})},a.rediff=function(e){n.e(323,function(){e(n(317))})}),o.rediff
=function(e){n.e(91,function(){e(n(549))})}),a.markme=function(e){n.e(364,function(){e
(n(276))})}),o.markme=function(e){n.e(135,function(){e(n(505))})},a.naszaklasa=
function(e){n.e(349,function(){e(n(291))})}),o.naszaklasa=function(e){n.e(119,function
(){e(n(521))})}),a.vybralisme=function(e){n.e(268,function(){e(n(372))})}),o.vybralisme
=function(e){n.e(31,function(){e(n(609))})}),a.mymailru=function(e){n.e(352,function()
{e(n(288))})}),o.mymailru=function(e){n.e(123,function(){e(n(517))})}),a.qzone=function
(e){n.e(325,function(){e(n(315))})}),o.qzone=function(e){n.e(94,function(){e(n(546))})}
},a.xing=function(e){n.e(262,function(){e(n(378))})}),o.xing=function(e){n.e(23,
function(){e(n(617))})}),a.fashiolista=function(e){n.e(411,function(){e(n(229))})}),o.
fashiolista=function(e){n.e(186,function(){e(n(454))})}),a.newsmeback=function(e){n.e(
346,function(){e(n(294))})}),o.newsmeback=function(e){n.e(116,function(){e(n(524))})},
a.iorbix=function(e){n.e(380,function(){e(n(260))})}),o.iorbix=function(e){n.e(153,
function(){e(n(487))})}),a.urlaubswerkde=function(e){n.e(277,function(){e(n(363))})},o
.urlaubswerkde=function(e){n.e(41,function(){e(n(599))})}),a.mrcnetworkit=function(e){
n.e(353,function(){e(n(287))})}),o.mrcnetworkit=function(e){n.e(124,function(){e(n(516
))})}),a.pafnetde=function(e){n.e(338,function(){e(n(302))})}),o.pafnetde=function(e){n
.e(108,function(){e(n(532))})}),a.spinsnap=function(e){n.e(306,function(){e(n(334))})}
,o.spinsnap=function(e){n.e(73,function(){e(n(567))})}),a.technerd=function(e){n.e(290
,function(){e(n(350))})}),o.technerd=function(e){n.e(56,function(){e(n(584))})}),a.
thefreedictionary=function(e){n.e(285,function(){e(n(355))})}),o.thefreedictionary=
function(e){n.e(51,function(){e(n(589))})}),a.yuuby=function(e){n.e(252,function(){e(n
(388))})}),o.yuuby=function(e){n.e(13,function(){e(n(627))})}),a.efactor=function(e){n.
e(419,function(){e(n(221))})}),o.efactor=function(e){n.e(196,function(){e(n(444))})},a
.adfty=function(e){n.e(463,function(){e(n(177))})}),o.adfty=function(e){n.e(243,
function(){e(n(397))})}),a.draugiem=function(e){n.e(422,function(){e(n(218))})}),o.
draugiem=function(e){n.e(199,function(){e(n(441))})}),a.historious=function(e){n.e(389
,function(){e(n(251))})}),o.historious=function(e){n.e(162,function(){e(n(478))})}),a.
indexor=function(e){n.e(385,function(){e(n(255))})}),o.indexor=function(e){n.e(158,
function(){e(n(482))})}),a.facebook_like=function(e){n.e(413,function(){e(n(227))})}),o
.facebook_like=function(e){n.e(188,function(){e(n(452))})}),a.voxopolis=function(e){n.
e(269,function(){e(n(371))})}),o.voxopolis=function(e){n.e(32,function(){e(n(608))})},
a.memonic=function(e){n.e(361,function(){e(n(279))})}),o.memonic=function(e){n.e(132,
function(){e(n(508))})}),a.addressbar=function(e){n.e(464,function(){e(n(176))})}),o.
addressbar=function(e){n.e(245,function(){e(n(395))})}),a.kaixin=function(e){n.e(377,
function(){e(n(263))})}),o.kaixin=function(e){n.e(150,function(){e(n(490))})}),a.
odnoklassniki_ru=function(e){n.e(342,function(){e(n(298))})}),o.odnoklassniki_ru=
function(e){n.e(112,function(){e(n(528))})}),a.zingme=function(e){n.e(249,function(){e
(n(391))})}),o.zingme=function(e){n.e(10,function(){e(n(630))})}),a.jappy=function(e){n
.e(379,function(){e(n(261))})}),o.jappy=function(e){n.e(152,function(){e(n(488))})}),a.
vkrugudruzei=function(e){n.e(270,function(){e(n(370))})}),o.vkrugudruzei=function(e){n
.e(33,function(){e(n(607))})}),a.stylishhome=function(e){n.e(296,function(){e(n(344))}
)}),o.stylishhome=function(e){n.e(62,function(){e(n(578))})}),a.kindleit=function(e){n.
e(373,function(){e(n(267))})}),o.kindleit=function(e){n.e(146,function(){e(n(494))})},
a.scoopit=function(e){n.e(317,function(){e(n(323))})}),o.scoopit=function(e){n.e(85,
function(){e(n(555))})}),a.govn=function(e){n.e(393,function(){e(n(247))})}),o.govn=
function(e){n.e(166,function(){e(n(474))})}),a.skyrock=function(e){n.e(314,function(){
e(n(326))})}),o.skyrock=function(e){n.e(81,function(){e(n(559))})}),a.ketnooi=function(
e){n.e(375,function(){e(n(265))})}),o.ketnooi=function(e){n.e(148,function(){e(n(492))
})}),a.taringa=function(e){n.e(291,function(){e(n(349))})}),o.taringa=function(e){n.e(
57,function(){e(n(583))})}),a.researchgate=function(e){n.e(321,function(){e(n(319))})}
,o.researchgate=function(e){n.e(89,function(){e(n(551))})}),a.blogkeen=function(e){n.e
(445,function(){e(n(195))})}),o.blogkeen=function(e){n.e(224,function(){e(n(416))})}),a
.mendeley=function(e){n.e(359,function(){e(n(281))})}),o.mendeley=function(e){n.e(130,
function(){e(n(510))})}),a.qrsrc=function(e){n.e(328,function(){e(n(312))})}),o.qrsrc=
function(e){n.e(97,function(){e(n(543))})}),a.bland=function(e){n.e(446,function(){e(n
(194))})}),o.bland=function(e){n.e(226,function(){e(n(414))})}),a.sharer=function(e){n.
e(316,function(){e(n(324))})}),o.sharer=function(e){n.e(84,function(){e(n(556))})}),a.
safelinking=function(e){n.e(318,function(){e(n(322))})}),o.safelinking=function(e){n.e
(86,function(){e(n(554))})}),a.cleanprint=function(e){n.e(434,function(){e(n(206))})},
```

```
o.crashripr=function(e){n.e(271,function(){e(n(427))})},a.disqus=function(e){n.e(425
,function(){e(n(215))})},o.disqus=function(e){n.e(202,function(){e(n(438))})},a.
surfingbird=function(e){n.e(294,function(){e(n(346))})},o.surfingbird=function(e){n.e
(60,function(){e(n(580))})},a.lidar=function(e){n.e(370,function(){e(n(270))})},o.
lidar=function(e){n.e(143,function(){e(n(497))})},a.buffer=function(e){n.e(438,
function(){e(n(202))})},o.buffer=function(e){n.e(217,function(){e(n(423))})},a.
beat100=function(e){n.e(451,function(){e(n(189))})},o.beat100=function(e){n.e(231,
function(){e(n(409))})},a.cssbased=function(e){n.e(430,function(){e(n(210))})},o.
cssbased=function(e){n.e(209,function(){e(n(431))})},a.yookos=function(e){n.e(258,
function(){e(n(382))})},o.yookos=function(e){n.e(19,function(){e(n(621))})},a.supbro=
function(e){n.e(295,function(){e(n(345))})},o.supbro=function(e){n.e(61,function(){e(
n(579))})},a.google_plusone_share=function(e){n.e(395,function(){e(n(245))})},o.
google_plusone_share=function(e){n.e(168,function(){e(n(472))})},a.apsense=function(e
){n.e(456,function(){e(n(184))})},o.apsense=function(e){n.e(236,function(){e(n(404))}
)},a.cleansave=function(e){n.e(433,function(){e(n(207))})},o.cleansave=function(e){n.
e(212,function(){e(n(428))})},a.openthedoor=function(e){n.e(340,function(){e(n(300))}
)},o.openthedoor=function(e){n.e(110,function(){e(n(530))})},a.advqr=function(e){n.e(
461,function(){e(n(179))})},o.advqr=function(e){n.e(241,function(){e(n(399))})},a.
pocket=function(e){n.e(332,function(){e(n(308))})},o.pocket=function(e){n.e(102,
function(){e(n(538))})},a.margarin=function(e){n.e(365,function(){e(n(275))})},o.
margarin=function(e){n.e(136,function(){e(n(504))})},a.gg=function(e){n.e(401,
function(){e(n(239))})},o.gg=function(e){n.e(175,function(){e(n(465))})},a.foodlve=
function(e){n.e(403,function(){e(n(237))})},o.foodlve=function(e){n.e(177,function(){
e(n(463))})},a.thefancy=function(e){n.e(286,function(){e(n(354))})},o.thefancy=
function(e){n.e(52,function(){e(n(588))})},a.mixi=function(e){n.e(355,function(){e(n(
285))})},o.mixi=function(e){n.e(126,function(){e(n(514))})},a.wishmindr=function(e){n
.e(264,function(){e(n(376))})},o.wishmindr=function(e){n.e(26,function(){e(n(614))})}
,a.pinterest_share=function(e){n.e(334,function(){e(n(306))})},o.pinterest_share=
function(e){n.e(104,function(){e(n(536))})},a.financialjuice=function(e){n.e(407,
function(){e(n(233))})},o.financialjuice=function(e){n.e(181,function(){e(n(459))})},
a.myvidster=function(e){n.e(351,function(){e(n(289))})},o.myvidster=function(e){n.e(
121,function(){e(n(519))})},a.exchangle=function(e){n.e(415,function(){e(n(225))})},o
.exchangle=function(e){n.e(191,function(){e(n(449))})},a.wanelo=function(e){n.e(266,
function(){e(n(374))})},o.wanelo=function(e){n.e(29,function(){e(n(611))})},a.
hootsuite=function(e){n.e(388,function(){e(n(252))})},o.hootsuite=function(e){n.e(161
,function(){e(n(479))})},a.internetarchive=function(e){n.e(381,function(){e(n(259))})
},o.internetarchive=function(e){n.e(154,function(){e(n(486))})},a.behance=function(e)
{n.e(450,function(){e(n(190))})},o.behance=function(e){n.e(230,function(){e(n(410))})
},a.vimeo=function(e){n.e(274,function(){e(n(366))})},o.vimeo=function(e){n.e(38,
function(){e(n(602))})},a.flickr=function(e){n.e(406,function(){e(n(234))})},o.flickr
=function(e){n.e(180,function(){e(n(460))})},a.instagram=function(e){n.e(383,function
(){e(n(257))})},o.instagram=function(e){n.e(156,function(){e(n(484))})},a.foursquare=
function(e){n.e(402,function(){e(n(238))})},o.foursquare=function(e){n.e(176,function
(){e(n(464))})},a.rss=function(e){n.e(319,function(){e(n(321))})},o.rss=function(e){n
.e(87,function(){e(n(553))})},a.youtube=function(e){n.e(254,function(){e(n(386))})},o
.youtube=function(e){n.e(15,function(){e(n(625))})},a.flipboard=function(e){n.e(405,
function(){e(n(235))})},o.flipboard=function(e){n.e(179,function(){e(n(461))})},a.
retellity=function(e){n.e(320,function(){e(n(320))})},o.retellity=function(e){n.e(88,
function(){e(n(552))})},a.nurses_lounge=function(e){n.e(343,function(){e(n(297))})},o
.nurses_lounge=function(e){n.e(113,function(){e(n(527))})},a.kik=function(e){n.e(374,
function(){e(n(266))})},o.kik=function(e){n.e(147,function(){e(n(493))})},a.yummly=
function(e){n.e(253,function(){e(n(387))})},o.yummly=function(e){n.e(14,function(){e(
n(626))})},a.viber=function(e){n.e(275,function(){e(n(365))})},o.viber=function(e){n.
e(39,function(){e(n(601))})},a.edcast=function(e){n.e(420,function(){e(n(220))})},o.
edcast=function(e){n.e(197,function(){e(n(443))})},a.slack=function(e){n.e(313,
function(){e(n(327))})},o.slack=function(e){n.e(80,function(){e(n(560))})},a.skype=
function(e){n.e(315,function(){e(n(325))})},o.skype=function(e){n.e(82,function(){e(n
(558))})},a.link=function(e){n.e(368,function(){e(n(272))})},o.link=function(e){n.e(
141,function(){e(n(499))})},a.houzz=function(e){n.e(386,function(){e(n(254))})},o.
houzz=function(e){n.e(159,function(){e(n(481))})},a.google_classroom=function(e){n.e(
396,function(){e(n(244))})},o.google_classroom=function(e){n.e(169,function(){e(n(471
))})},a.renren=function(e){n.e(322,function(){e(n(318))})},o.renren=function(e){n.e(
90,function(){e(n(550))})},a.tencentweibo=function(e){n.e(287,function(){e(n(353))})}
,o.tencentweibo=function(e){n.e(60,function(){e(n(587))})},a.lineme=function(e){n.e(
369,function(){e(n(271))})},o.lineme=function(e){n.e(142,function(){e(n(498))})},a.
kakao=function(e){n.e(376,function(){e(n(264))})},o.kakao=function(e){n.e(149,
function(){e(n(491))})},a.telegram=function(e){n.e(289,function(){e(n(351))})},o.
telegram=function(e){n.e(55,function(){e(n(585))})},a.balatarin=function(e){n.e(453,
```

```
function(e){e(n(187))}}]},a.behance=function(e){n.e(233,function(){e(n(467))})}},a.
pinboard=function(e){n.e(335,function(){e(n(305))})},o.pinboard=function(e){n.e(105,
function(){e(n(535))})}},a.diary_ru=function(e){n.e(428,function(){e(n(212))})},o.
diary_ru=function(e){n.e(206,function(){e(n(434))})}},a["500px"]=function(e){n.e(466,
function(){e(n(174))})},o["500px"]=function(e){n.e(247,function(){e(n(393))})}},a.
aboutme=function(e){n.e(465,function(){e(n(175))})},o.aboutme=function(e){n.e(246,
function(){e(n(394))})}},a.bandcamp=function(e){n.e(452,function(){e(n(188))})},o.
bandcamp=function(e){n.e(232,function(){e(n(408))})}},a.bitbucket=function(e){n.e(449,
function(){e(n(191))})},o.bitbucket=function(e){n.e(229,function(){e(n(411))})}},a.
dribbble=function(e){n.e(421,function(){e(n(219))})},o.dribbble=function(e){n.e(198,
function(){e(n(442))})}},a.github=function(e){n.e(400,function(){e(n(240))})},o.github
=function(e){n.e(174,function(){e(n(466))})}},a.gitlab=function(e){n.e(399,function(){
e(n(241))})},o.gitlab=function(e){n.e(173,function(){e(n(467))})}},a.medium=function(e
){n.e(363,function(){e(n(277))})},o.medium=function(e){n.e(134,function(){e(n(506))}}}
},a.mixcloud=function(e){n.e(356,function(){e(n(284))})},o.mixcloud=function(e){n.e(
127,function(){e(n(513))})}},a.periscope=function(e){n.e(336,function(){e(n(304))})},o
.periscope=function(e){n.e(106,function(){e(n(534))})}},a.quora=function(e){n.e(326,
function(){e(n(314))})},o.quora=function(e){n.e(95,function(){e(n(545))})}},a.slashdot
=function(e){n.e(312,function(){e(n(328))})},a.slashdot=function(e){n.e(79,function()
{e(n(561))})}},a.slideshare=function(e){n.e(311,function(){e(n(329))})},o.slideshare=
function(e){n.e(78,function(){e(n(562))})},a.snapchat=function(e){n.e(309,function(){
e(n(331))})},o.snapchat=function(e){n.e(76,function(){e(n(564))})},a.soundcloud=
function(e){n.e(307,function(){e(n(333))})},o.soundcloud=function(e){n.e(74,function(
){e(n(566))})}},a.spotify=function(e){n.e(305,function(){e(n(335))})},o.spotify=
function(e){n.e(72,function(){e(n(568))})}},a.stack_overflow=function(e){n.e(303,
function(){e(n(337))})},o.stack_overflow=function(e){n.e(70,function(){e(n(570))})}},a
.steam=function(e){n.e(300,function(){e(n(340))})},o.steam=function(e){n.e(67,
function(){e(n(573))})}},a.twitch=function(e){n.e(281,function(){e(n(359))})},o.twitch
=function(e){n.e(46,function(){e(n(594))})}},a.vine=function(e){n.e(273,function(){e(n
(367))})},o.vine=function(e){n.e(37,function(){e(n(603))})}},a.trello=function(e){n.e(
283,function(){e(n(357))})},o.trello=function(e){n.e(49,function(){e(n(591))})}},a.
wechat=function(e){n.e(265,function(){e(n(375))})},o.wechat=function(e){n.e(28,
function(){e(n(612))})}},a.tencentqq=function(e){n.e(288,function(){e(n(352))})},o.
tencentqq=function(e){n.e(54,function(){e(n(586))})}},a.deviantart=function(e){n.e(429
,function(){e(n(211))})},o.deviantart=function(e){n.e(207,function(){e(n(433))})}},a.
ello=function(e){n.e(418,function(){e(n(222))})},o.ello=function(e){n.e(195,function(
){e(n(445))})}},a.goodreads=function(e){n.e(397,function(){e(n(243))})},o.goodreads=
function(e){n.e(171,function(){e(n(469))})}},a.jsfiddle=function(e){n.e(378,function()
{e(n(262))})},o.jsfiddle=function(e){n.e(151,function(){e(n(489))})}},a.letterboxd=
function(e){n.e(371,function(){e(n(269))})},o.letterboxd=function(e){n.e(144,function
(){e(n(496))})}},a.ravelry=function(e){n.e(324,function(){e(n(316))})},o.ravelry=
function(e){n.e(93,function(){e(n(547))})}},a.stack_exchange=function(e){n.e(304,
function(){e(n(336))})},o.stack_exchange=function(e){n.e(71,function(){e(n(569))})}},a
.untappd=function(e){n.e(278,function(){e(n(362))})},o.untappd=function(e){n.e(42,
function(){e(n(598))})}},a.yelp=function(e){n.e(259,function(){e(n(381))})},o.yelp=
function(e){n.e(20,function(){e(n(620))})}},a.messenger=function(e){n.e(357,function()
{e(n(283))})},o.messenger=function(e){n.e(128,function(){e(n(512))})}},a.cloob=
function(e){n.e(432,function(){e(n(208))})},o.cloob=function(e){n.e(211,function(){e(
n(429))})}},a.facenama=function(e){n.e(412,function(){e(n(228))})},o.facenama=function
(e){n.e(187,function(){e(n(453))})}},a.unknown=function(e){n.e(279,function(){e(n(361)
)})},o.unknown=function(e){n.e(43,function(){e(n(597))})}},e.exports={png:o,svg:a}},
function(e,t,n){"use strict";var a=n(69);e.exports=function(e){var
t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:"
LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
```

```
overflow"};steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"VKontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+="; 
path=/;",a||(i+="
domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(2);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
o=n(679),i=n(11),r=n(125);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(758);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
n(e){return
160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===a&&(0===e?1/e>0:!o(e))}var
o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
o=n(31);e.exports=a},function(e,t){var n=window.JSON&&"function"==typeof
window.JSON.parse&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
h=s[p].split("=");d[h[0]]=h[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
(l[o]=1,e(r(n[a].src)))}}var
i=n(27),r=n(52);e.exports={processAdEvents:a,processAllScripts:o};var
s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){var
a=n(8).getHost,o=n(50).iam=n(90);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n||"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(e)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join("")),12===t.length&&"."===
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+C&&e.substr(0,C)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(C))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,h,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=b.fb_ref,T=R.at_st,S=_.at_ab,D=_.at_pos,U=_.at_tot
,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(C)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000",",z+=parseInt(c.substr(16),10)),N&&!z&&(u=y,h=N
.split(u),h.length<2&&N.indexOf("_")>-1&&(u="_",h=N.split(u)),f=h.length>1?h.pop():""
,g=h.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(C)),T=c.substr(0,16)+"",+parseInt(c.
substr(16),10),O="facebook_"+(f||"like")):(s=N.split("=").pop().split(y),2==s.length&
&A(s[0])&&(T=s.join(","),O="facebook_"+(f||"like")))),z=z&&A(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:y,l=M.substr(C).split(u),2==l.length&&o(M.substr(0,1+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+"",+parseInt(c.substr(16),10),O=l[1],w=1)),S&&(a=S),z?
(b=parseInt(z.split(",").pop())+1,n=z.split(",").shift()):-1==E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),i=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift()))):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(p=Math.min(3,parseInt(m.pop())+1))),A(n)||(n=null),A(i)||(i=
null),O=(O||"").split("#").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
```

Page 1589

51917

```
n=0,r=e.length;n<r;n++)if(e[n].split("=").shift()===t)return E=r[n],return!1}function
c(e,t){return e=e||f(),b+h(e+Math.min(3,t||0))}function u(e,t,n){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?y+t:"")}}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split("."),c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),A(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(52)),p=n(37).atohb,h=n(37).hbtoa,A=n(5).isValidCUID,f=n(5).makeCUID,g=n(72
),m=n(135),v=n(6),b=".",x=";",y=".",C=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyClick:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(e){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(119);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(53);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(825);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(786),o=(document,window),i=n(6);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(87),r=window;e.exports=function(e,t,n){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
n):(s=a(e,0,t,n),o.push(s,"addthis_share"))),
```

51918

```
!1}},function(e,t,n){function a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(817),i=n(55),r=n(79)(),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===0?"https:".length||e.origin.
indexOf(t)===0?"http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[]);r=i[1];if(r){try{_ate.menu.close
()}catch(s){}a(r)}}}}},function(e,t,n){"use strict";var
a=n(101),o=n(38),i=n(5).makeCUID,r=n(143),s=n(9),c=n(4),u=n(17),l=n(153),d=n(75),p=n(
24),h=n(35),A=n(131),f=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){function
A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
y(t){t=t.split("/");var n=t.shift();t.shift();var
a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(A.seq=i),n&&(e.
uid=n)}function C(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?"&colc="+(new
Date).getTime():""):""))+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
```

Page 1590

51918…

```
supported to:"+iframes+"}var
h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
,A=h.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}function{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}}},
function(e,t){e.exports=500};function a(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
u=Math.ceil(e/32),l=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)A[l]=c[l];else
if(a)for(l=-1;++l<u;)A[l]=a[l];if(this._locations=new
p(h),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
A=this.buckets=a||[];if(c)for(;++l<u;)A[l]=c[l];else
for(;++l<u;)A[l]=0;this._locations=n||[]}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,i=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var r=n(810);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return e=e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&&n?new i(t,n):_ate.uls?r(e):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name),c}var
i=n(144),r=n(1),s=n(81),c=3,u=600,l=2;e.exports=function d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var u,l={};return e?this instanceof
d?(this.name=e,this.get=function(){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(){s.removeBy(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m){var
c=a.m,l=a.d;c>o||c===o&&u>=l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
.sort(function(e,t){return
parseInt(e<parseInt(t)?1:-1)});n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0}),t},this.generateName=function(){return n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})):new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=null,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(55),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
```

51918…

```
function(){var e;if(this._ready)throw new Error("cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))})})var
o=n(51).EventDispatcher,i=n(831),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=s.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
"link"),u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
{o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!1!t,p=(d?s:"")+e,h={},A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+u+(void
0===n||null===n?"":A(n))}),e},this.get=function(){return
n.load(),h},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,h[f(t[0])]=f(t[1]))})}}
a=1}return
h},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],l--),n.save()},this.reset=function(){h={},l=0,n.save()}}var
o=n(23),i=n(1);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t;return
y(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return C()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date((new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||e)var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,A(),!1,!0,u())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t,_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(83);e.exports=function(e){var t=a(e)||"en";return
1===t&&(t=e),t}},function(e,t){e.exports=function(){return
```

51918..

```
Math.floor(429x967293*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(14),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})||n}var
o=n(14),i=n(22),r=n(92);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var n=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(12);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e))))for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=[],o=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.try.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
```

51918...

```
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,"")},this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(41),r=n(172),s=n(639),c=n(716);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(169),o=n(165);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},function(e,t,n){"use strict";var
a=n(58),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(103);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(69),o=n(749),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
function(e,t,n){"use strict";var a=n(103);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,
").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase())for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){
```

51918...

```
o=e.attributes[a],t.name,document.setAttribute(r,s);t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e.cloneNode(!0))}}function
l(e){for(var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){A.svg[e]&&A.svg[e](function p(e){return
A.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(115),A=o(h),f=n(715),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(94),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n});\n};\n"}function c(e){var
t=A(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n});\n};\n"}function u(e){return
e.map(r).join("\n")}function p(e){return e.map(i).join("\n")}var
h=n(747),A=n(746),f=n(116),n(69)),g=n(748),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(117);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(62),o=n(118),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){e.exports=n(755)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),h=t>0;++a<t;)p[a]=a+"";for(var A in
e)h&&r(A,t)||"constructor"==A&&(l||!d.call(e,A))||p.push(A);return p}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(31),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1)},t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=(A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
```

51918...

```
e,t=r],n=(A[r[k(sens-r]||'']).split(",");t=!1&&r[i(e).length;e-n.pop()}b.
hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e);t===!1&&(t=y.pop()),delete b[t]}function
l(){var e,t={},n=[];for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);A.sck(v,escape(t),!1,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"__at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},,,,function(e,t){"use strict";function
n(){return/addthis\.coms$/.test(location.hostname)&&"/dashboard"===location.pathname&&
/^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
default"]();var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
hidden")}()}}t.__esModule=!0,t["default"]=o;var
i=n(107),r=a(i),s=n(60),c=a(s),u=n(96),l=a(u),d=n(3),p=a(d),h=n(170),A=a(h),f=n(631),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
i=addthis.perfMarkers;e.exports=t["default"]},,,,function(e,t,n){var
a=n(741);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v4h2v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.0431-4.
692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
8.6 0 0 0-.006.3931-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
5.733c.267.16.8.16 1.067
019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.823l.587-3.913h-4.41v-2.5c0-1.123.347-1.
```

51918

```
903 18 9-1.963H22v8.152v-1.963H9"></path></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
13.56a.432.432 0 0
0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.46l6.06 4.42-2.34
7.17c-.06.17.01.35.15.46.14.11.34.1.49 0l6.11-4.43 6.09
4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.87l-3.188
3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26
25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
23.264H4.948v-12.88L2.-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
1.308.804 8.453 5.333 8.453 5.333l.2.1.1
12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
.704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
.604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
21.956v-10.97l-5.837 4.53 5.838 6.44zM5.954 21.956v-10.97l5.837 4.53-5.836
6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.548l-6.137 6.74-.806-.603
6.54-7.145h8.35l6.54 7.145-.805.604z"/><path d="M25.945 10.334l.61.8-6.32
4.823-.61-.8zM5.902 10.38l6.326 4.814-.61.802-6.326-4.815zM15.816 17.83l.302 8.252
2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
fill-rule="evenodd"/></svg>';
```

51919

```
},function(e,t){e.exports='<svg xmlns="http://www.w3.org/2000/svg" width="32"
height="32"><path d="M24.67 10.62h-2.86V7.49H10.82v3.12H7.95c-.5
0-.9.4-.9v7.66h3.77v1.31L15 24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72.72zm-4.12
2.96h-6.1v1.06h6.1v-1.06zm-6.11
3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
```

Page 1597

51919...

0-.23.842-1.9c-124-1.434-3.818-.5c.005-.148-.719-.90-.149-0 0 .644-.248 4683 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0 0
1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.04c-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l1-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.796-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426

```
51919… 0 0 1-.075 1.25-1.283-.595 .935-.914…
… 0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
… 0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
… 1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
… 2.478-1.318.13-.33.244-.73.244-1.088 0-.058
… 0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
… 0-3.48-.53-4.942-1.49L7.793 24.41l1.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
… 4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
… 8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
… 27.17615.974-1.92a10.807 10.807 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
… fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
… 19.7841-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
… 10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83l-1.332.68-3.48-6.832-2.666 1.358
… 3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
… 4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
… 4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
… 11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
… 6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
… u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
… o=n(756),i=n(757),r=n(120),s=n(763),c=n(79);e.exports=a},function(e,t){function
… n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1);;return
… e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
… a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
… e}var o=n(125);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
… o=n(678),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
… a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
… n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
… o=n(70),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
… t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
… o(){r.addThisLinkClicks++}var
… i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
… _ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
… expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
… -click",o),i=!0)},getParams:function(){return
… i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
… a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
… "),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
… "),e=e.replace(/\s+$/g,""),n=[],a=e.split("
… "),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
… .length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
… return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
… n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,u=v(c),l={};return
… y&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type="social",l.service=s.
… rsc,l.click=!0,k=l,l):k&&!t?k:"undefined"==typeof
… c||""===c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
… (c)),"undefined"!=typeof
… o&&o?(y&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
… l.domain=p.getHost(c),i=m(c),l.term=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
… document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
… l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
… s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
… c(e){x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
… (x,function(e,t){C.add(e,t)}),C.save())}function u(e,t){var
… n=t?null:C.get();y&&d.debug("save called; pageState=",e," stored
… state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
… referral",x)):document.referrer?(c(n),y&&d.debug("referral - use stored
… state",x)):(y&&d.debug("no referral - kill cookie, then start a new
… session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
… state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
… l=n(148),d=n(4),p=n(8),h=n(6),A=n(1),f=n(90),g=n(50),m=n(76),v=n(129),w=n(784),b={},x
… ={},y=0,C=new
… l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
… getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
… k.slice(-5).join(x)}function o(e){if(!y||!e){var
… t=A.rck(w)||"";t&&(k=g(t).split(x)),y=1}function i(e){var t,n,a,o,i,r=new
… Date(e.getFullYear(),0,1);return
… t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
```

51919... getTimezoneOffset()-t.getTimezoneOffset())/864e5)/1,4>t?(1-Math.floor((n+t-1)/7)+1,i
... >52&&(a=new
... Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
... -1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
... o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!C){var
... e=i(v);o(),c(e),C=1}}function c(e){var
... t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
... parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
... 1),k.push("1"+b+e)):k.push("1"+b+e),k.length>5&&k.slice(-5)):k.push("1"+b
... +e)}function u(e){o(),k.length&&A.sck(w,m(a()),0,e)}function
... l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
... t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
... p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
... t>E.high?3:t>E.med?2:1:0}function h(){y=0,C=0,k=[]}var
... A=n(23),f=n(74);e.exports={reset:h,update:l,get:d,cla:p,toKV:a};var
... g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
... Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",y=0,C=0
... ,E={high:250,med:75},k=[],,,,,,,,function(e,t){"use strict";e.exports=function(){var
... e=document.body,t=document.documentElement,n=0;return
... e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
... scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
... .innerHeight),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
... preventDefault():e.returnValue=!1}},function(e,t,n){var
... a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
... e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
... s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
... 1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}return
... e},{})}},,,,,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
... n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
... strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
... e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
... t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
... t=document.createElement("img");return
... r.png[e](function(e){t.src=e}),t.className="at-icon"
... at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
... i=n(115),r=a(i);e.exports=t["default"]},function(e,t){"use
... strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
... window.DOMParser)n=function(e){return(new
... window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
... window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
... Error("No XML parser found");n=function(e){var t=new
... window.ActiveXObject("Microsoft.XMLDOM");return
... t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
... ){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
... o=n(110),i=a(o),r=n(117),s=n(750);e.exports=function(e,t,n,a,o,c,u,l,d,p,h,A,f,g){var
... m,v,w,b,x,y=i["default"](e,f);if(!y)return
... null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
... height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
... =s(b,v);var C=document.createElement("span");return
... C.className="at-icon-wrapper",C.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
... function(e,t){"use strict";function n(e){return
... e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
... "use strict";function n(){var e=arguments;return function(t){for(var
... n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
... exports=t["default"]},function(e,t,n){"use strict";function a(){var
... e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
... e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
... o=n(6);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
... e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
... 0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
... default"]("Find a
... service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
... ["default"]("Favorites",5)};if(t&&n)a=new
... r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
... ));else{var
... i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
... "/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
... location.port?":"+location.port:"");a=new

51919...

```
r["default"](p,t,s.cross_window_namespace)},a.handshake(h,function(){a.post(u["default
"](),e,{translations:o})})})}return a}t.__esModule=!0,t["default"]=o;var
i=n(735),r=a(i),s=n(635),c=n(12),u=a(c),l=n(59),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(81),u=a(c),l=n(787),d=a(l),p=n(719),h=a(p),A=n(159),f=a(A),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(1),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray())))}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i),s=n(98);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(2),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(20),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:A.getViberURL(t,n)};break;case"slack":d={navigateTo:
h.getSlackURL(t,n)};break;case"skype":d={navigateTo:r["default"](e,t,n)};break;case"
email":r["default"](e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;
default:d={navigateTo:c["default"](e,0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=
o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(157),l=a(u),d=n(91),p=a(d),h=n(156),A=n(87),f=n(155)
```

Page 1601

51919

```
,g=r(86)}e.exports=t["default"]}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return function(o){var i=void
0,s=void 0,u=void 0,d=void 0,h=void
0;if(o&&o.data)try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,h=i.menuType,s&&u&&d&&("follow"!==h&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){A["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0}))},16)):(p["default"](s,"follow"===h?1:0,u,d),t&&t.fire("
addthis.menu."+h,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,h,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(12),c=a(s),u=n(100),l=a(u),d=n(93),p=a(d),h=n(95),A=a(h),f=n(726),g
=a(f),m=n(114),v={"addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(89),i=a(o);t["default"]=function(){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?"b:
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(104),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e,function(e){return
e+"|"+r[e]});return{fbe:t.join(",")||""}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(1),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function h(){var h=window.MooTools;return
i(h)&&i(h.version)},knockout:function A(){var A=window.ko;return
i(A)&&i(A.version)},jquery:function(){return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)},underscore:function(){return
i(window._)&&i(window._.mapObject)},lodash:function(){return
i(window._)&&i(window._.mapValues)},oraclejet:function(){return
i(window.oj)&&i(window.oj.version)},polymer:function(){return
i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
"==typeof
window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
i(window.React)&&i(window.React.version)&&"string"==typeof
window.React.version&&(e=window.React.version),e},mithril:function(){var
e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
window.$.fn.jquery)&&"string"==typeof
```

```
51919… window.$.fn.jquery&&(e=window.$.fn.jquery),e}),dojo:function(){var e="unk";return
i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
e},underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a()){e.push(n);var
o=d[n]();t.push(n+"-"+o)}}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(1),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(42),s=a(r),c=n(18),u=a(c),l=n(162),d=a(l),p=n(3),h=n(34),A=a(h),f=n
(6),g=a(f),m=n(9),v=a(m),w=n(99),b=a(w),x=n(19),y=a(x),C=n(111),E=a(C),k=n(110),M=n(
728),R=a(M),_=[n(795),n(794),n(792),n(732),n(793),n(731),n(729),n(681),n(730)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?A["default"](window.addthis_config.wix.url):A["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(y["default"
].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},I=function(e){B.push(e)},O=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:O,update:D,addListener:I},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
```

```
51919 ... e&&e.__esModule?e:{"default":e}}function o(e){return(e instanceof t)?throw new
    ... TypeError("Cannot call a class as a function")}function i(e){for(var
    ... t=arguments.length<=1||void
    ... 0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
    ... r=n(137),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(27),h=a(p),A=n(40),f=a(A),g=n(162),
    ... m=a(g),v=n(1),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
    ... e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
    ... _type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
    ... 0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
    ... e.prototype.jsonp=function(){var e=arguments.length<=0||void
    ... 0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
    ... storeCallback,a=n(h["default"](this._url),Math.random().toString(2),d["
    ... default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
    ... return
    ... this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
    ... ){return this._type=k,this},e.prototype.beacon=function(){return
    ... this._type=M,this},e.prototype.go=function(e){var
    ... t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
    ... length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
    ... console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
    ... getRequestCount=function(){return
    ... this._requestCount},e.prototype.getResponseCount=function(){return
    ... this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
    ... 0===arguments[1]?null:arguments[1];return
    ... this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
    ... t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
    ... this._addParam({type:x,key:e,test:t
51920 ... }),this},e.prototype.always=function(e){var t=arguments.length<=1||void
    ... 0===arguments[1]?null:arguments[1];return
    ... this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
    ... f["default"](void 0!==t,"%s: the constant query param %s missing
    ... value",this._url,e),this._addParam({type:C,key:e,value:t}),e.prototype.multiple
    ... =function(){return
    ... this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
    ... (e){return
    ... this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
    ... this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
    ... this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
    ... this._force=Boolean(e),this},e.prototype._addParam=function(e){var
    ... t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
    ... %s was already added to the request and cannot be
    ... overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
    ... type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
    ... t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
    ... multi param %s needs to be an array, got %s",this._url,t,n);for(var
    ... i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
    ... return!0}return a instanceof RegExp?a.test(n):a instanceof
    ... Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
    ... Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
    ... t)},e.prototype._processValues=function(e){for(var
    ... t=[],n=[],a=0;a<this._params.length;a++){var
    ... o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
    ... 0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
    ... C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
    ... multiple values are not
    ... allowed",this._url,r),n.push(this._encodePair(r,u));break;case
    ... b:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
    ... param %s was provided an invalid value of
    ... %s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:f["default"](void
    ... 0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
    ... was provided an invalid value of %s",this._url,r,u),void
    ... 0!==u&&n.push(this._encodePair(r,u));break;case y:f["default"](void
    ... 0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
    ... param %s was provided an invalid value of
    ... %s",this._url,r,u),n.push(this._encodePair(r,void
    ... 0!==u?u:"")))}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
    ... _request=function(e){var t=this._url+"?"+e,n=void
    ... 0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
```

51920...

```
%s,aborting",this._url,this._type),this._type=k?{}:new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n                (Received error:
"+a+")")}}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(146),u=a(c),l=n(3),d=a(l),p=n(1
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(2),x=a(b),y=n(114),C=
function(){function e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n.i,s=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null};e.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
h["default"](t._listeners,function(e,t){return t(o)})}}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
```

51920...

```
"+a")}),this._messenger.post(t)},e.prototype.setupListener=function(){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
l={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
h["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++){if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;","'":"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||[],function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(100),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
56)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAABlJREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5KAva///////AKTWodjhjAAAAAd0Uk5T////////
ABpLA0YAAAAA6SURBVHjaJMzBDQAwCAJQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
```

```
51920... 9BVg4LxbXWI8QDciAAAAABIFrkSuQmCC'')}.at-branding-logo
... span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
... .at-branding-powered-by{color:#666}.at-branding-logo
... .at-branding-addthis:hover{color:#333}.at-cv-with-image
... .at-branding-addthis,.at-cv-with-image
... .at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
... branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
... #666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
... ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
... 0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
... branding-info:before{content:\'i\';font-family:Times New
... Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','""])},function(e,t
... ,n){t=e.exports=n(56)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
... visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
... ellipses{to{width:1.25em}}#at-expanded-menu-host
... *{box-sizing:border-box}#at-expanded-menu-host
... .at-expanded-menu-hidden,#at-expanded-menu-host
... .at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
... :hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
... .at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
... span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
... .at-expanded-menu,#at-expanded-menu-host
... .at-expanded-menu-button-label,#at-expanded-menu-host
... .at-expanded-menu-email-disclaimer,#at-expanded-menu-host
... .at-expanded-menu-load-btn,#at-expanded-menu-host
... .at-expanded-menu-page-title,#at-expanded-menu-host
... .at-expanded-menu-page-url,#at-expanded-menu-host
... .at-expanded-menu-privacy-link,#at-expanded-menu-host
... .at-expanded-menu-search-label-content,#at-expanded-menu-host
... .at-expanded-menu-top-services-header{font-family:helvetica
... neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
... span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
... .loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
... .loading-container .loading-spinner{background:url("+n(743)+') 50% 50%
... no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
... .at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
... left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
... .at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
... .at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
... overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
... background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
... .at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
... .at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
... :16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
... 0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
... 100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
... endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
... .at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
... position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding{border:1px solid
... #ccc;color:#ccc}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
... .at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
... radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
... 0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
... .at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
... -host
... .at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
... margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
... ;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
... :400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
... .at-expanded-menu-close
... span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
... }#at-expanded-menu-host
... .at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
... expanded-menu-host
... .at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
```

51920...

```
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
.at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75px;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6Gxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi4yODZ2MiIGMCA2Ljg4NCA
xLjgzOXQ0Ljk5MSA0LjgAxLjgzOSA2LjcyLjg3NC01LjgzMiAyLjg4NC00LjkyMSA4LjgyLjg4NC01.WgTOLVG
OS02Ljg4NC2LjQ4xLjgz0Ljg8MS4MS2Ljg8MUSLOLVLNjgz00Lg4MxLNSOLVLg4MS0LMNMQg4MT2LNMCLVN
jg4MC0xLjgzOXpNMTYgMjQ2QUNTU0di0zLjlpM5M3EwLTAuMS02Ljg4NjTg8AuMTYx1LTMUAuNDQ6OTMzBLOLVA
1xLTAuMjMyIDATMC40MTEgMjYwMmAuNzNxLjMUMTc5LDAAuNDR5IDAuNDYNjAuMT5gjTMMjSMxMSDAUNEDExDxJ
MjEtMTEuMDg5cTAtMC4yMTQtMC4xNjxtMC42ZmiEtMC4xNzktMC4yNjRtMC40MjNtMC4xNDNoLTMuOTI5cS5OwL
jIlIDAtMC40MjkgMC4xNDMtMC4xNzktMC4yNjZMCMxLDMDcTMMC4xNzktMC4zMDQgMC4xNDMuMDg5cTAgMC4yNzkg
MC40NDF2Z0M4MTNOMC40MjkgMC4xMzRoMC40MjMCMjYMyuMDR9cuMRkMC4yNSNAWIDAUNDItMC4xMjFmMC4yNS0L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
```

Page 1608

51920…

```
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:'\'';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiIHhtbG5zOnhsaW5rPSJodHRwOi8vd3d3LnczLm9yZy8xOTk
5L3hsaW5rIj48dGl0bGUvPjxkZXNjLz48ZVmcy8+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2Uta2lkdGg9IUHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Imljb24tMTEtLXNlYXJjaC+
PHBhdGggZD0iTTE5LjQyNzEsNjQ2Q5MjExMC00zNCBDMTguMM3MjQ5NSwyMi40OMTc0OD0ODAzIDE2LjMzNjY1Ml
jIsMjMgMTQuNSwyMyBDOS44MDU1NzkzOSwyMyA2Lj5E5LjE5NDQyMDYgN1wxNC41IEM2LDkuODA4NTc5Mzkg0S
44MDU1NzkzOSw2IDE0LjUyMNiBDMTkuMTk0NDIw4IDIzLDkuODA1NTc5MzkgMjMsMTQuNSBDMjMsMTUuMzY2MZM
2NjUyMiYAmyi40MTc0ODDAzLDE4LjAzNzI0OTUgMjEuODNMTE3MTcwOTcySzM01mJcxMTY0IEwyNy4wMTE5MTc2ZLDI1
LjAxMTkxOTc1OTVLjYgNi4EXODYsMjUuMTkyMTE4E4NiYyNy4xNTc1MzEzMDI2LjQ0MjQwMjQ2ODcgNi8cuMDEXNzE4N
SwyNi45ODDyODE1EwyNiw5ODDyODg1LDE1OlUzy0DYsMTE1DMTFLNjwyaXzE4E3IDE1IDE1LjE4NiLDE1LjE4N
c2MjA0LDE3LjU1NVzYyMY0UuMMDExOTE3LDE4NiNyY4w4wMTc5MTc5MCENyO4E5cXMTY0LDIxLjQ0TG1MTEgMjEs
5LjQyNzExQeNjtQsMjEwEyEuZMRxRGTAxOS4wIzk2cS041IDIEXIExEDIxIDLDE4LjDZS40TmE4OTg0MWE2H9jHjYES
MTQuNSBDMjEsMTAuTEwMTQ40SAxOC4w0Dk4MTExLDggMTQuNSIEMTkyNDY5MjEN5g5LDggMTQuNSwMTAxTX0QuMTM
Dg5IDgsMTQuNQuNSBDBOCwxOC40wOAxNTExIDEWLjkxxMDE0OkdksMjEgMTQuNSwxMSBBaiBpZD0ic2
VhcmNoOi8+PC9nPjwvc3ZnPz4=);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:'\'';display:block;margin-left:75px;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
```

```
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxp
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy4zMTQgMi4yODZxMy43MzIgMCAyLjg4NCA
xLjgzOXQ0Ljjk5MSA0LjkSMALjjgzOSA2Lj2j4NC0xLjjgzOSA6Lj2j4NC00Lj5k5MSA02Lj2j4NCAxLjjgz
OS02Lj2j4NC0xLjjgzOSO0Lj5k5MS00Lj5k5M0xLjjgzOSO02Lj2j4NCAxLjjgzOS02Lj2j4NCA0Lj5k5MSA2L
jg4NC0xLjjgzOXpNMTYgMjQuNTU0di0zLjjM5M3EwLTAuMjUtMC4xNjEtMC4zMnEtMC4zOTMtMC44xN2gtMy40Mj
lxLTAuMjMyIDAtMC40OTTEgMC4xNjl0-LTAuMTc5IDAuNDExdjEuMjMkM2rcTAgMC4yI.yIgMC4xNzkgMC40MTF0MC40
0MTEgMC4xN2ol0My40Mj1qMC4xMjEgMCAwLjE3OS0wLjE3NHEwLjE3OS0wLjE3NC0wLjE3OXpNMTUuNzQ3Mj
MjEtMTEuEuMDg5cTAtMC4yMTQtMC4xMjE2MC4yNDNxLTAuNzNkt-MC44MC40MjktMC4xNjd0-LjNDNoLTMuuOTI1cS0wL
jI1IDAtMC40MjkgMC4xNDMtMC4xNzkgMC4xMDctMC4xNzkgMC4yMjFsMC4xMDUgMTEuMDg5cTAgMC4xNzkgMC
4xNzkgMC4zMTN0MC40MjkgMC4xMzRoMy40MDRxMC4yNSAwIDAgtMC4zMTN6MC40MTN6Ij48L3
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
```

51920… #at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
… %;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
… auto}#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
… .at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
… #at-expanded-menu-email-sent
… .at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
… #at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
… .at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
… weight:300;padding-bottom:40px}#at-expanded-menu-host
… .at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
… align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
… span{display:block;margin-top:20px}#at-expanded-menu-host
… .at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
… .loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
… ;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
… expanded-menu-host .loading-container.loading-container-as-overlay
… .loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
… 35px;width:575px}#at-expanded-menu-host
… .at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
… -menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
… 4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
… 0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
… 50px)}#at-expanded-menu-host
… .at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
… .at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
… display:block;margin:20px
… auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
… ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message
… span{font-size:14px;line-height:20px}#at-expanded-menu-host
… .at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
… opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message:before{margin:0 5px}@media screen and
… (max-width:950px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:508px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
… .at-copy-link-share{margin:0;width:578px}}@media screen and
… (max-width:569px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-email-form,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host

... .at-expanded-menu.at-expanded-menu-email>
... .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
... .at-expanded-menu.at-expanded-menu-email
... #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
... .at-expanded-menu-ft,#at-expanded-menu-host
... .at-expanded-menu-page-title,#at-expanded-menu-host
... .at-expanded-menu-page-url,#at-expanded-menu-host
... .at-expanded-menu-search,#at-expanded-menu-host
... .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
... menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
... .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
... .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
... .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
... menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
... .at-expanded-menu-top-services-header
... li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
... .at-copy-link-share{width:420px}}@media screen and
... (max-width:449px){#at-expanded-menu-host
... #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
... .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
... .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
... host .at-expanded-menu-ft,#at-expanded-menu-host
... .at-expanded-menu-page-title,#at-expanded-menu-host
... .at-expanded-menu-page-url,#at-expanded-menu-host
... .at-expanded-menu-search,#at-expanded-menu-host
... .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
... menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
... .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
... .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
... .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
... 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
... .at-expanded-menu-top-services-header
... li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
... at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
... (max-width:369px){#at-expanded-menu-host
... .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
... host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
... .at-expanded-menu-ft,#at-expanded-menu-host
... .at-expanded-menu-page-title,#at-expanded-menu-host
... .at-expanded-menu-page-url,#at-expanded-menu-host
... .at-expanded-menu-search,#at-expanded-menu-host
... .at-expanded-menu-title{width:300px}#at-expanded-menu-host
... .at-expanded-menu-service-list,#at-expanded-menu-host
... .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
... .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
... .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
... 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
... .at-expanded-menu-top-services-header
... li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
... .at-copy-link-share{width:20pc}}@media screen and
... (max-width:879px){#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
... .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
... top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
... .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
... top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
... screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
... .at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
... .at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
... (max-height:800px) and (min-width:480px){#at-expanded-menu-host
... .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
... (max-height:800px){#at-expanded-menu-host
... .at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
... margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
... .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
... .at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
... menu-host

51920…

```
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
18px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-round
.at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
```

51920... mobile
#at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
mobile #at-expanded-menu-email-sent
.at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
-menu-mobile
.at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
-expanded-menu-mobile
.at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-copy-link-share{margin:0
10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
.at-copy-link-share-button{margin-top:25px;padding:10px
25px}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-fade{height:50px}','""]);
51921... },function(e,t,n){t=e.exports=n(56)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
icon-wrapper{display:inline-block;overflow:hidden}a
.at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
.at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
.at-icon-wrapper{border-radius:50%}.addthis_32x32_style
.at-icon{width:2pc;height:2pc}.addthis_24x24_style
.at-icon{width:24px;height:24px}.addthis_20x20_style
.at-icon{width:20px;height:20px}.addthis_16x16_style
.at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
textarea,#at16recap,#at16sas,#at_msg,#at_share
.at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
#at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
width:250px!important}#at15s{background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
visible;padding:5px;text-align:left!important;position:absolute}#at15s a,#at15s
span{outline:0;direction:ltr;text-transform:none}#at15s
.at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
.at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
.at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
repeat;background-position:top
left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
.at4-icon,.addthis_default_style
.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
1pc!important}.addthis_32x32_style
.at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
important}.addthis_24x24_style
.at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
important}.addthis_20x20_style
.at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
important}.at4-icon.circular,.circular
.at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
.at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1pc;width:1pc;height:1pc;background-position:top
left;display:inline-block;line-height:1pc}.addthis_vertical_style
.at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid

51921...

```
#e5e5e5}.at15s_head_success{background:#caf09f!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_share
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
#fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.at300bo,.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
```

51921...

```
addthis_button_facebook_send.at300bhover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}a#at16pit{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFFAKqqquHh4cLCwszMzP
//////
wAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
```

51921...

```
}#at16sptx:focus,#at16pf a:focus{outline:thin dotted}#at16pf form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19dJY2IODg+bm5paWlnl5eeLi4oyMjKmpqdXV1dvb28/Pz////////
wAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjmEGQYGjjTa/b7/
h82gEfVfSAgYKDhGcVQ0sLBhAAEAYLhZGSk5RqYgBgBSgsNAA0GnA2QlaOkpaZHASVGSQYACEgIABOntLW2eAU
mSxASShIHt8HCw1snSwAGSq3EzM3OSyhLBw9KD8DP2Nm30UoKrrAACrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vrDz/wDV5MIUJVa/
gAgTZkmFYYAUg70USpz45BKGPwUPiKPIseOhEXI6ihzphE8CMiRTMI58E6ZhEZZUweEXqx2LIEAwsUKuJcyb0nz
59AgwodSrSo0aNIkypdyrSpU6dSpU50OU8AOAAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5668;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pf form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9px;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
```

51921..a:hover,.atm-s
..a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
..at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
..a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
..#atic_settings{border:none!important;border-top:1px solid
..d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
..important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
..!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
..image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
..QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
..M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
..QQFAAADACwAAAEEAwAIAAACChxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAAgoEhmPJHOGgEGwWACH5BA
..UAAAMALAEABwAIAAMAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwEAAQABgAGAAACDJwncqi7EQYAAOp6CgAh+
..QQJAAADACwEAAIAAAACpRmoxoxvQAYchQAOw==);height:1pc;width:1pc;background-repeat:
..no-repeat;margin:0
..auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
..height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
..width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
..0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
..repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
..addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
..fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
..8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
..span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
..8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
..decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
..;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
..print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
..at4-recommended{display:none!important}}@media screen and
..(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
..(max-width:400px){.at4-thankyou-inner
..at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
..at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
..#c5c5c5}}','""]})},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
..},function(e,t,n){var a=n(740);"string"==typeof
..a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
..a=n(742);"string"==typeof
..a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
..strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
..function(e,t){"use
..strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
..use strict";var a=n(116);e.exports=function(e){try{var
..t=JSON.parse(e).services.filter(function(e){return!a(e)});return
..t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
..Error("parse-services: failed to parse file -
.."+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
..aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
..8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
..arto:"8db81d",baidu:"1d2fe3",balatarin:"019999",bandcamp:"60929C",beat100:"3399CA",
..behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
..blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
..c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
..camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
..5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
..deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
..disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:"
..f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
..evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",facenama
..:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
..favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
..175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
..E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
..google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
..0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
..hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
..104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
..384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
..1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"

```
2cabad",filename:"0be360f",link:"af8bf5",linkedin:"0077b5",livejournal:"
0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
:"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",soundcloud:"
FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",stack_exchange:"
1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"DA060D",stuffpit:"
2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d",supbro:"383838"
,surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"165496",technerd:"
316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",
thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tumblr:"
37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"FFCD00",
urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"01B488",
virb:"08aed9",visitezmonsite:"7D6EA4",vk:"6483A8",vkrugudruzei:"e65229",voxopolis:"
1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"2DC100",
whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",
yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"A5C736",
yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
zakladoknet:"9CCC00",ziczac:"F891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
"https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
}.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
:{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
}"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"http://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
```

```
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(61).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"==typeof n&&s(e)?o(e,t):i(e,r(t,n,3))}var
o=n(677),i=n(120),r=n(105),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+""):i(e+"",t)}var
o=n(760),i=n(761),r=n(762),s=n(105),c=n(73),u=n(770);e.exports=a},function(e,t,n){
function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=l,b=l;m||(w=A.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=A.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,y=b==d,C=w==b;if(C&&!m&&!x)return i(e,t,w);var
E=x&&h.call(t,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(767),i=n(768),r=n(769),s=n(28),c=n(641),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(e,l);else{var p=e[l],h=n[c];d=i?i(p,h,l):void
0,"undefined"==typeof d&&(d=o(h,p,i,!0))}if(!d)return!1}return!0}var
o=n(121),r=Object.prototype;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(759),i=n(124),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t)?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(121),i=n(124);e.exports=a},function(e,t){function n(e){return function(t){return
null!=t?void 0:t[e]}}e.exports=n},function(e,t){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(771),i=o?function(e){return
o.set(e,t),e}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var h=u;h--&&(p=t[h],!(l=d&&d===p||n(d,p,a,o,i,r)));)else
l=d&&d===p||n(d,p,a,o,i,r)}return!1}l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return+e==+t;case i:return
e.name==t.name&&e.message==t.message;case r:return
e!=+e?t!=+t:e==0==e?1/e==1/t:e==+t;case s:case c:return e==t+""}return!1}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n,a,i,s,c){var u=o(e),l=u.length;if(!u)return!1;for(var
h,A=-1;++A<l;){var f=u[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1}h||(h="constructor"==f)if(!h){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1;
```

51922

```
}return o}var
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=u.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
o=n(764),i=n(30),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
o;e.exports=i)).call(t,function(){return this}())},function(e,t,n){function
a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,h=[];++p<
n;){var A=t[p];(l&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(642),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
o=n(122),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
e,t)+1)):e}var
o=n(122),i=n(765),r=n(766),s=n(680),c=n(773),u=n(774);e.exports=a},function(e,t,n){
var a=n(18),o=n(1),i=n(791);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(4);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
catch(c){a.error(c)return o}},function(e,t,n){var
a=n(138);e.exports=function(e){return e==e||||"",a(e)}},function(e,t,n){var
n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||""),split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){var
a=n(49);e.exports=function(){for(var e;e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
C,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,B=a();i>i||||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title),S=n.url),B.canonical&&!n.trackurl&&(n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},Q=N&&N.shorten&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,F="",G=s(
S),P=2===G.length?G.shift().split("=").pop():"",Y=2===G.length?G.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(J=!1),H)for(C in
```

51922...

```
H)F&&(t[j+"#"+(Q+j[f]+"])"))g[g&&+j].indexOf(g&&+j)-1==9;N&&N.shorten
&&n.shorteners&&-1==e.indexOf("pinterest")for(C in n.shorteners)for(E in
n.shorteners[C])V+=(V.length?"&":"")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub"+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(t.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",""),1)+"&t1=":"&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||""))).replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+A({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L?"&cr="+(e===L?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(F?"&email_vars="+f(F):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
"")+(P?"&rsi="+P:"")+(Y?"&gen="+Y:"")+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}}var
r=n(139),s=n(75),c=n(24),u=n(722),l=n(47),d=n(35),p=n(18),h=n(21),A=n(131),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(61).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(823),o=window;i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&(addthis_share.description=t.description),i=!0}}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!=navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)},e)},function(e,t,n){var
a=n(138);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e}}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3)},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
```

51922…

```
a,o,r,i,u=n(r),v=n(s)?listen,c=1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(824),o=n(159),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(690),s=n(96),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(150).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https":"http:")+_atr+"static/"+n(834)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(145),s=n(136),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
```

```
51922  style="background-color:#848484;height:84px;opacity:0.6;"><button
       class="at-expanded-menu-button"></button><span
       class="at-expanded-menu-button-label"></span></li><li
       style="background-color:#848484;height:84px;opacity:0.6;"><button
       class="at-expanded-menu-button"></button><span
       class="at-expanded-menu-button-label"></span></li><li
       style="background-color:#848484;height:84px;opacity:0.6;"><button
       class="at-expanded-menu-button"></button><span
       class="at-expanded-menu-button-label"></span></li><li
       style="background-color:#848484;height:84px;opacity:0.6;"><button
       class="at-expanded-menu-button"></button><span
       class="at-expanded-menu-button-label"></span></li><li
       style="background-color:#848484;height:84px;opacity:0.6;"><button
       class="at-expanded-menu-button"></button><span
       class="at-expanded-menu-button-label"></span></li></ul><div
       class="at-expanded-menu-ft-loading"><span class="at-expanded-menu-ft-loading">Loading
       Services</span><div class="loading-container "><div
       class="loading-spinner"></div></div></div></div></div><div>{{reducedBrandingInnerHTML
       }}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
       a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
       0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
       0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
       0!==t.sampleRate?t.sampleRate:1,t.onView=void
       0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
       ,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
       minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
       wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
       o=n(38),i=n(161);e.exports=a,a.prototype.check=function(){var
       e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
       wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
       Date,this.interval=setInterval(function(){var t=new
       Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
       getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
       interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
       element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
       ,e.interval=null,e.firstSeen=null)},this.sampleTimeout)),a.isWatching=function(e){
       for(var
       t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
       function(){setTimeout(function(){for(var
       e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
       clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
       },a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
       Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
       n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
       1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
       getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
       ,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
       e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
       clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
       handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
       e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
       function(){var
       a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
       Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
       postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
       function
       n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
       postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
       addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
       i(e,n,a){var
       o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
       o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
       a(window,"message",function(t){var
       n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
       if("api.response"===o.type){s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
       result),delete s[o.api][o.id]);else
       if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
       api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())()}}}),o[e.__apiID]=n
```

Page 1624

51922
```
,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
t=[],n=0;n<e.length;n++){var a=e instanceof o?t.push(a):(a=new
o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
){return!0}),t.push(a))}return t}var
o=n(147),i=n(51).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
e=this,t=new
i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
instanceof
Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
this.resources||this.resources[0]instanceof
o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
.loading)for(var
t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
a(){return g.join(A)}function o(){if(!f){var
e=l.rck(h)||"";e&&(g=d(e).split(A)),f=1}}function
i(){o(),g.length&&l.sck(h,p(a()),0,!0)}function r(){return o(),g}function
s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[],
function(e,t,n){/**
```
51923
```
 * AddThis Client
```
51924
```
 * @license - See s7.addthis.com/static/licenses.html for information about the
licenses used
```
51925
```
 */
```
51926
```
var
a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
function(){this.qs||(this.qs=0),_atc.qs++,this.qs>0&&a||_atc.qs>1e3||!g.addthis||p(
{call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
queuer=this,this.flush=function(e,a){this.flushed=1;for(var
o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
._pmh.call(e))}var
o,i=n(812),r=n(805),s=n(97).select,c=n(108),u=n(53),l=n(809),d=n(38),p=n(33),h=n(801)
,A=n(3).listen,f=n(1),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
"v7.5.3-wp",loc:0,enote:"",cwait:500,bamp:25,famp:.01,bamp-.1,abmp:.5,tamp:1,plmp:1,
ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
:"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
:"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
(!g.addthis||g.addthis.nodeType!==0)try{v=g.navigator?navigator.userLanguage||
navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
}g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
},layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
e[t])for(var n in
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
"ad")},util:{getServiceName:e("getServiceName"),ready:e("ready"),addEventListener:e(
"addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
```

51926

```
getInterests","user"),services:"getServices","user"),location:new t("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
C=u("addthis_widget");if(C.provider||C.userBlob||C.userapi){var
E=l(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
k("user")),C.provider&&(g.addthis.ProviderAPI=new
k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}}if(!C.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=0,R.style.top=0,R.style.left=
0,_atc._atf=R}}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(697),n(698),n(700),n(701
),n(703),n(632),n(645),n(704),n(705),n(706),n(168),n(707),n(708),n(709),n(710),n(711)
,n(712),n(695),n(696),n(702),n(699),n(693),n(694)(function(){n(651),addthis.layers.
apply(addthis,e)})})},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})},addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(653),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(82)[n(33)]()}),function(e,t,n){"use strict";var
a=n(160),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",zh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
```

51926...

```
n,a,o,r,i,s,c,u;for(n=e.length,t=e.length,r=0,i=3225683,s=401845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(160),o=n(2),i=n(4),r=(n(19),n(88)),s=(n(1),!1),c=n(85),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(684),a=n(644);s||(n(150).setup(),n(686).setup(),n(685).setup(),n(688),n(687),n(
836),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})}};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(154);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(141),o=n(79)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=n(2),n(45);e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(55),i=n(3).listen,r=n(2);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(1);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(141),o=n(79)().PINTEREST;e.exports=function(){a(o^"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(157),o=n(63);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(818),o=n(819),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){var
o=n(1),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwnrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r={[name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(826);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(158);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);for
callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
(this,arguments)}),times[r]=(new
Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
```

```
51926… times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
…     string which will eval to a globally accessible object where callbacks will be
…     stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
…     },function(e,t){e.exports=function(e){var
…     t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
…     1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
…     evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
…     eval(src)}},function(e,t,n){"use strict";var
…     a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
…     o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
…     n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
…     e)return e;if(e instanceof Object){var t="";for(var n in
…     e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
…     null}},function(e,t,n){"use strict";var
…     a=n(1),o=n(112),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
…     flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
…     subscription||"PRO"===e.subscription.edition)){var
…     r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
…     c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
…     e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
…     e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
…     n=Object.prototype.toString;e.exports=function(e){return
…     n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
…     e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
…     81a142dda016aab89f76e554.html"}]));
51927 **************************************************
51928 The following data is from clevelandclinic_org-20160909-page_source 2.txt
51929 **************************************************
51930
51931 <!DOCTYPE html>
51932 <html class="no-js"><!--<![endif]--><head>
51933                 <meta charset="utf-8">
51934                 <meta http-equiv="X-UA-Compatible" content="IE=edge">
51935                 <title>Testicular Cancer Treatment | Cleveland Clinic</title>
51936                 <meta name="description" content="Download a testicular cancer guide
…     that details testicular cancer surgery and treatment options available at Cleveland
…     Clinic.">
51937                 <meta name="viewport" content="width=device-width, initial-scale=1">
51938                 <!-- Place Marketo Variables Below -->
51939
51940
51941
51942
51943
51944
51945
51946
51947                 <meta name="robots" content="index, follow"><meta name="keywords"
…     content="testicular cancer surgery treatment specialists doctors radiation
…     chemotherapy cleveland clinic urology">
51948                 <!-- Place favicon.ico and apple-touch-icon.png in the root directory
…     if required -->
51949                 <link rel="stylesheet"
…     href="/rs/hilemancleveclinic/images/normalize.css">
51950
51951                 <style type="text/css">
51952             /*
51953                 NOTES:
51954                 All block elements have border-box added to them in normalize, even
…     'div'
51955
51956                 colors:
51957                 blue gradient in header (top to bot): #e7f1f8  #c1def2
51958                 text blue: #0083be
51959                 blue line: #065ea8
51960                 form blue bg: #e7f1f8
51961                 gradient bar on top n bottom: #e6e6e6 to #fff
51962
```

```
51963                         font-size:
51964              based on 16px or 100%
51965              */
51966
51967              /* ===================== *
51968              | Mobile First Styles |
51969              * ===================== */
51970              @font-face { font-family: 'NewsGothicStdRegular';
51971              src:
…    url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot');
51972              src:
…    url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot?#iefix')
…    format('embedded-opentype'),
51973              url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.woff')
…    format('woff'),
51974              url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.ttf')
…    format('truetype'),
51975
…    url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.svg#NewsGothicStdRegular')
…    format('svg');
51976              font-weight: normal;
51977              font-style: normal;
51978              }
51979
51980              @font-face {
51981              font-family: 'newsgoth_btroman';
51982              src: url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot');
51983              src:
…    url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot?#iefix')
…    format('embedded-opentype'),
51984              url('/rs/hilemancleveclinic/images/tt0047m_-webfont.woff')
…    format('woff'),
51985              url('/rs/hilemancleveclinic/images/tt0047m_-webfont.ttf')
…    format('truetype'),
51986
…    url('/m/rs/hilemancleveclinic/images/tt0047m_-webfont.svg#newsgoth_btroman')
…    format('svg');
51987              font-weight: normal;
51988              font-style: normal;
51989              }
51990
51991              @font-face {
51992              font-family: 'newsgoth_btitalic';
51993              src: url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot');
51994              src:
…    url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot?#iefix')
…    format('embedded-opentype'),
51995              url('/rs/hilemancleveclinic/images/tt0048m_-webfont.woff')
…    format('woff'),
51996              url('/rs/hilemancleveclinic/images/tt0048m_-webfont.ttf')
…    format('truetype'),
51997
…    url('/rs/hilemancleveclinic/images/tt0048m_-webfont.svg#newsgoth_btitalic')
…    format('svg');
51998              font-weight: normal;
51999              font-style: normal;
52000              }
52001
52002              @font-face {
52003              font-family: 'newsgoth_btbold';
52004              src: url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot');
52005              src:
…    url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot?#iefix')
…    format('embedded-opentype'),
52006              url('/rs/hilemancleveclinic/images/tt0049m_-webfont.woff')
…    format('woff'),
52007              url('/rs/hilemancleveclinic/images/tt0049m_-webfont.ttf')
…    format('truetype'),
```

```
52008      url('/rs/hilemancleveclinic/images/tt0049m_-webfont.svg#newsgoth_btbold')
   …       format('svg');
52009                         font-weight: normal;
52010                         font-style: normal;
52011                         }
52012                         /*icons*/
52013
52014                         @font-face {
52015                         font-family: 'icomoon';
52016                         src:url('/rs/hilemancleveclinic/images/icomoon.eot?4rhaqv');
52017                         src:url('/rs/hilemancleveclinic/images/icomoon.eot?#iefix4rhaqv')
   …       format('embedded-opentype'),
52018                         url('/rs/hilemancleveclinic/images/icomoon.woff?4rhaqv')
   …       format('woff'),
52019                         url('/rs/hilemancleveclinic/images/icomoon.ttf?4rhaqv')
   …       format('truetype'),
52020                         url('/rs/hilemancleveclinic/images/icomoon.svg?4rhaqv#icomoon')
   …       format('svg');
52021                         font-weight: normal;
52022                         font-style: normal;
52023                         }
52024
52025                         [class^="icon-"], [class*=" icon-"]{
52026                         font-family: 'icomoon';
52027                         speak: none;
52028                         font-style: normal;
52029                         font-weight: normal;
52030                         font-variant: normal;
52031                         text-transform: none;
52032                         line-height: 1;
52033
52034                         /* Better Font Rendering =========== */
52035                         -webkit-font-smoothing: antialiased;
52036                         -moz-osx-font-smoothing: grayscale;
52037                         }
52038
52039                         .icon-pointer:before {
52040                         content: "\e601";
52041                         }
52042                         .icon-calendar:before {
52043                         content: "\e600";
52044                         color: #065ea8;
52045                         }
52046                         .icon-idea:before {
52047                         content: "\e602";
52048                         color: #065ea8;
52049                         }
52050                         .icon-lock:before {
52051                         content: "\e604";
52052                         color: #0681c2;
52053                         }
52054
52055
52056                         /*tags*/
52057                         body{font-family:Arial, Helvetica, sans-serif; font-size: 100%;
   …       color: #333; background: #fff; line-height: 1.35em;}
52058                         h1,h2,h3,h4,p{padding:0; margin:0;}
52059                         h1, h2{font-weight:normal; font-family: NewsGothicStdRegular,
   …       Arial, sans-serif; color:#0083be; line-height: 1.25em;}
52060                         h1{font-size: 2.5em; margin: .4em 0 .4em;}
52061                         h2{font-size: 1.5em; margin: 0 0 .4em;}
52062                         h3{font-size: 18px; font-weight:bold; margin: .5em 0;}
52063                         .main p {margin: 1em 0;}
52064                         a{color:#0083be}
52065                         a:hover{color:#0073A7;}
52066
52067
```

```
52068                    /* main elements */
52069                    .callout:after,
52070                    .container:after,
52071                    .content:after,
52072                    header:after,
52073                    .main:after,
52074                    .secondary:after,
52075                    figure.guideCover:after,
52076                    .form:after,
52077                    div.clear{clear:both; height:0; overflow:hidden; display:block;
      content: " ";}
52078                    .container{max-width: 60em; margin:0 auto; background: #fff;
      -moz-box-shadow: 0 0 2.25em #C9DBE9; -webkit-box-shadow: 0 0 2.25em #C9DBE9;
      box-shadow: 0 0 2.25em #C9DBE9;}
52079                    .lt-ie9 .container{border-left: 1px solid #DFDFDF; border-right:
      1px solid #DFDFDF;}
52080                    .content{padding: 1.75em 1.875em 0;}
52081                    div.container > .content{padding-bottom: 2.5em; position:relative;}
52082                    header{min-height: 10.19em;}
52083                    #CCF-Logo{display:inline-block;}
52084                    #ccfLogo{color: transparent;float:left; margin-bottom: 1em;}
52085                    #ccfLogoChildrens{display:inline-block;max-width: 100%;}
52086                    #ccfLogoChildrens img{max-width:100%;}
52087
52088                    #utility{text-align: right;}
52089                    #utility .social {margin: .75em 0;}
52090                    div.gradientBar{
52091                    display:block;
52092                    width: 100%;
52093                    border:0;
52094                    border-bottom: #ccc 1px solid;
52095                    margin: 0;
52096                    padding: 0;
52097                    height: 27px;
52098                    background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-topGradient.png) left bottom repeat-x
      #fff;
52099                    background: -moz-linear-gradient(#fff,#e6e6e6);
52100                    background: -webkit-linear-gradient(#fff,#e6e6e6);
52101                    background: -o-linear-gradient(#fff,#e6e6e6);
52102                    background: linear-gradient(#fff,#e6e6e6);
52103                    }
52104                    div.gradientBar.bot{
52105                    background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-botGradient.png) left top repeat-x #fff;
52106                    background: -moz-linear-gradient(#e6e6e6,#fff);
52107                    background: -webkit-linear-gradient(#e6e6e6,#fff);
52108                    background: -o-linear-gradient(#e6e6e6,#fff);
52109                    background: linear-gradient(#e6e6e6,#fff);
52110                    border:0;
52111                    border-top: #ccc 1px solid;
52112                    }
52113
52114                    .main{position:relative;}
52115                    .subHead{
52116                    position:relative;
52117                    min-height: 14em;
52118                    background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-subHeader.png) left bottom repeat-x
      #e7f1f8;
52119                    background: -moz-linear-gradient(#e7f1f8,#c1def2);
52120                    background: -webkit-linear-gradient(#e7f1f8,#c1def2);
52121                    background: -o-linear-gradient(#e7f1f8,#c1def2);
52122                    background: linear-gradient(#e7f1f8,#c1def2);
52123                    }
52124                    .subHead:after{ background: #065ea8; height: 6px; display:block;
      width: 100%; clear:both; content:' '; position:absolute; bottom:-6px; left:0;}
52125
```

```
52126                    #hero{width:100%; min-width:960px;}
52127                    .lt-ie9 #hero img{width:auto; min-width:auto;}
52128                    .form{background:#e7f1f8; padding: 1em 1.25em 1.25em;
      margin-left:auto; margin-right: auto;}
52129                    .callout{border:3px solid #bbb; padding: 1.13em;
      margin-bottom:2.125em; width: auto; position:relative;}
52130                    .callout .text{padding-left:4.25em; float:left;}
52131                    .callout .mktoImg{width: 48px; width:50px; float:left; height:
      44px; font-size: 3.687em; position:absolute; top:16px; left: 12px; }
52132                    #Callout1-Img {width: 48px; width:50px; float:left; height: 44px;
      font-size: 3.687em; position:absolute; top:16px; left: 12px; }
52133                    #Callout2-Img {width: 48px; width:50px; float:left; height: 44px;
      font-size: 3.687em; position:absolute; top:16px; left: 12px; }
52134                    figure.guideCover img{/*-moz-box-shadow: 0 0 .5em rgba(0,0,0,.4);
      -webkit-box-shadow: 0 0 .5em rgba(0,0,0,.4); -o-box-shadow: 0 0 .5em rgba(0,0,0,.4);
      box-shadow: 0 0 .5em rgba(0,0,0,.4);*/ margin-bottom:1em;}
52135                    figure + ul,img + ul{overflow:hidden; padding-left:1.5em;}
52136                    .content figure{display:inline-block; float:left;
      margin-bottom:1.4em;}
52137
52138                    /*.lt-ie9 figure.guideCover img{border:1px solid #ccc;}*/
52139                    .secondary {/*over-ride the absolute positioning put on by the
      id*/position: relative !important;}
52140                    .mktoAsterix{color:red;}
52141                    div.privacy{text-align:right; margin: 1.25em auto 1em; }
52142                    div.privacy p{font-size: .75em;}
52143
52144                    .new_footer .footer_title{display:block; float:left; width:100%;
      box-sizing:border-box;}
52145                    .new_footer .footer_title:after{content:''; display:block;
      clear:both; height:12px;}
52146                    .new_footer a{display: inline-block; float: left; margin-right:
      5px; margin-bottom: 6px;}
52147                    .new_footer a > img.icon {display:inline-block; width: 36px;
      height: 36px;}
52148                    .new_footer a > img.hub {display:inline-block; height: 36px;
      width:109px;}
52149
52150
52151                    /*form styles*/
52152                    input[type=text];
52153                    input[type=email],input[type=date]{width: 100% !important; padding:
      .125em .4em !important; border: 1px solid #ccc; box-sizing: border-box; height:
      1.875em !important;}
52154                    .mktoButtonWrap .mktoPurpleCandy{margin-left:0 !important;}
52155                    button[type=submit].mktoButton{border:0; display:inline-block;
      float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
      color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
      clear:both; white-space:nowrap;
52156                    background: #2770a1;
52157                    background: -moz-linear-gradient(#2770a1,#184563);
52158                    background: -webkit-linear-gradient(#2770a1,#184563);
52159                    background: -o-linear-gradient(#2770a1,#184563);
52160                    background: linear-gradient(#2770a1,#184563);
52161                    }
52162                    button[type=submit].mktoButton:after{content: "\e601";
      display:inline-block; font-size:19px; color:#fff; width: 19px; height: 19px;
      vertical-align: middle; margin-left: 14px;
52163                    font-family: 'icomoon'; speak: none;font-style: normal;font-weight:
      normal;font-variant: normal;text-transform: none;line-height:
      1;-webkit-font-smoothing: antialiased;
52164                    -moz-osx-font-smoothing: grayscale;}
52165
52166                    button[type=submit].mktoButton:hover{background:#184563;}
52167                    .mktoButtonRow{width: 100%;}
52168                    .mktoFieldWrap > div.mktoHasWidth{width: 100% !important;}
52169                    .form h3{margin: 0 0 .5em; border-bottom:3px dotted #fff; width:
      100%;}
```

Page 1632

```
52170                    .form div[style]{width: auto !important; clear: both;}
52171                    .form label{margin-top: 0.5em; width: auto !important; display:
…      inline-block !important; float: none !important; text-align:left !important;}
52172                    .mktoForm .mktoFormCol{width: 100%;}
52173                    .form input[type=checkbox] + label{display:block !important;
…      box-sizing:border-box; margin-left:0; padding-left: 1.5em;}
52174                    .form label .mktoAsterix {float: left !important; padding-left: 0
…      !important; padding-right: 4px !important;}
52175                    .mktoForm .mktoLabel {padding-top: 0.8em !important;}
52176                    .yesIdLikeTo { margin-top: 0.75em !important; padding-top: 0.75em
…      !important; border-top: 2px dotted #75797C; padding-bottom: 1.25em !important;}
52177                    .subHead a > img[src*='download_btn.gif'] {margin-bottom: 12px;}
52178
52179                    .mktoForm .mktoRadioList > label, .mktoForm .mktoCheckboxList >
…      label{display:block !important;}
52180                    #mkto_gen_hero{width: 40%; float:right;overflow: hidden;}
52181
52182                    /* ===================== *
52183                    | Media query styles |
52184                    * ===================== */
52185
52186
52187                    @media only screen and (min-width: 20em) and (max-width: 40em) {
52188                    .content{padding: 1.75em 1em 0;}
52189                    }
52190
52191                    @media only screen and (max-width: 47.063em) {
52192                    menu, ol, ul {padding: 0 0 0 10px;}
52193                    .container{margin: 0 0.6em;}
52194                    #hero{display:none;}
52195                    .main{margin-bottom:1em;}
52196                    .secondary{clear:both; max-width: 38em; margin-left:auto;
…      margin-right:auto; width: 100% !important;}
52197
52198                    } /* max-width 754px, mobile-only styles, use when QAing mobile
…      issues */
52199
52200                    /* Medium screens */
52201                    @media only screen and (max-width: 40.063em) {
52202
52203                       #ccfLogoChildrens{ padding-bottom:1em; max-width: 268px;}
52204                    #utility{clear:both;}
52205                    .guideCover{padding-top: 200px;position:relative;}
52206                    .guideCover figure{position:absolute; top:0; left:0; width: 100%;
…      margin-top:1.25em;}
52207                    .guideCover figure img{display: block; margin:auto;}
52208
52209                    .container .main{ padding-top: 1em;}
52210                    } /* min-width 641px, medium screens */
52211
52212                    @media only screen and (min-width: 40.063em) and (max-width: 64em)
…      {
52213                    h1 {font-size: 2em;}
52214                    #utility{width: 40%; float:right;}
52215                    figure.guideCover{width: 10em; float:left; display:inline-block;}
52216                    .lt-ie9 figure.guideCover + ul{margin-left: 7.8125em;}
52217                    } /* min-width 641px and max-width 1024px, use when QAing
…      tablet-only issues */
52218
52219                    @media only screen and (min-width: 47.125em) and (max-width: 64em)
…      {
52220                    .container{margin: 0 1em;}
52221                    #utility{width: 40%; float:right;}
52222                    #hero{float:right; width: 40%; overflow:hidden;}
52223                    .subHead .content {width: 60%;}
52224                    .main{width:59%; float:left; padding-right:1em;}
52225                    .secondary{width:38%; float:right;}
52226                    } /* min-width 754px and max-width 1024px, use when QAing
```

```
52226…  tablet-only issues */
52227
52228                      /* Large screens */
52229                      @media only screen and (min-width: 64.063em) {
52230                      #utility{width: 40%; float:right;}
52231                      #utility .social{}
52232                      .subHead{/*height:16.875em;*/}
52233                      .subHead .content {width: 60%;}
52234                      #hero{float:right; width: 100%; display:block;}
52235                      .callout{float:right; clear:both;}
52236                      .main{width:59%; float:left; padding-right:1.5em;}
52237                      .secondary{width:38%; float: right;}
52238                      figure.guideCover{float:left; width: 7.8125em;}
52239                      figure.guideCover + ol,
52240                      figure.guideCover + ul{margin-left: 7.5em;}
52241                      } /* min-width 1025px, large screens */
52242
52243                  </style>
52244                  <!--[if lte IE 8]>
52245                      <link rel="stylesheet" href="/rs/434-PSA-612/images/ccf-main.css">
52246                      <script src="/rs/hilemanclevclinic/images/respond.js"></script>
52247                  <![endif]-->
52248
52249                  <!--<link rel="stylesheet" href="css/marketo-form-styles.css">-->
52250                  <script
src="/rs/hilemanclevclinic/images/modernizr.custom.71565.js"></script>
52251                  <!-- Variable Styles -->
52252                  <style>
52253                    #CCF-Guide-Area {
52254                        display:block;
52255                    }
52256                    #CCF-Callout1 {
52257                        display: block;
52258                    }
52259                    #CCF-Callout2 {
52260                        display: block;
52261                    }
52262                    #CCF-Callout3 {
52263                        display: none;
52264                    }
52265                    #CCF-Callout4 {
52266                        display: none;
52267                    }
52268
52269                    #ccfAdditionalText {
52270                        display: block;
52271                    }
52272
52273                  </style>
52274              <link rel="shortcut icon" href="/favicon.ico" type="image/x-icon" >
52275  <link rel="icon" href="/favicon.ico" type="image/x-icon" >
52276
52277
52278  <style>.mktoGen.mktoImg {display:inline-block; line-height:0;}</style>
52279              </head>
52280              <body id="bodyId">
52281
52282              <!-- Google Tag Manager --> <noscript><iframe
  …   src="//www.googletagmanager.com/ns.html?id=GTM-3M4W" height="0" width="0"
  …   style="display:none;visibility:hidden"></iframe></noscript>
  …   <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start': new
  …   Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
  …   j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
  …   '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
  …   })(window,document,'script','dataLayer','GTM-3M4W');</script> <!-- End Google Tag
  …   Manager -->
52283
52284                  <div class="container">
```

Page 1634

```
52285                              <header>
52286                         <div class="gradientBar"></div>
52287                         <div class="content">
52288                         <div class="mktoText" id="CCF-Logo"><a
      href="http://my.clevelandclinic.org" id="ccfLogo" target="_blank"><img
      src="/rs/hilemancleveclinic/images/CC-LP-ccf-logo.gif"></a></div>
52289                         <div id="utility" class="mktoText"><p style="font-size:
      14px;">Testicular Cancer Treatment<br />Request an Appointment:
      <strong>866.223.8100</strong></p>
52290  <div class="social" style="margin: 0px;"><!-- Go to www.addthis.com/dashboard to
      generate a new set of sharing buttons -><a
      href='https://api.addthis.com/oexchange/0.8/forward/facebook/offer?url=http%3A%2F%
      2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
      20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
      src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/facebook.png' border='0'
      alt='Facebook'/></a><a
      href='https://api.addthis.com/oexchange/0.8/forward/twitter/offer?url=http%3A%2F%
      2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
      20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
      src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/twitter.png' border='0'
      alt='Twitter'/></a><a
      href='https://api.addthis.com/oexchange/0.8/forward/google_plusone_share/offer?url=
      http%3A%2F%2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%
      20likes%2C%20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
      src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/google_plusone_share.png'
      border='0' alt='Google+'/></a><a
      href='https://www.addthis.com/bookmark.php?source=tbx32nj-1.0&v=300&url=http%3A%2F%
      2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
      20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
      src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/addthis.png' border='0'
      alt='Addthis'/></a>--><!-- Go to www.addthis.com/dashboard to customize your tools
      -->
52291  <div class="addthis_sharing_toolbox"><br /></div>
52292  </div></div>
52293                              </div>
52294                         </header>
52295                         <div class="subHead">
52296                         <div class="mktoImg mktoGen" id="mkto_gen_hero"><img
      class="lpimg" src="/rs/434-PSA-612/images/test-hero.png" id="hero"></div>
52297                         <div class="content mktoText" id="CCF-Title">
52298                             <h1>Understand Your Options for  Testicular Cancer
      Treatment</h1>
52299                             <h3>Download your free Testicular Cancer Treatment
      Guide.</h3>
52300                             </div>
52301                         </div>
52302                         <div class="content">
52303                         <div class="secondary">
52304                         <h2>Download Our Testicular Cancer Treatment Guide</h2>
52305
52306                         <div class="form mktoForm" id="CCF-Form"><div
      id='lpeCDiv_28193' class='lpeCElement Basic_Program_-_Treatment_Guide_FORM'><span
      class='lpContentsItem formSpan'>
52307  <script src="/js/forms2/js/forms2.min.js"></script>
52308  <form class="mktoForm" id="mktoForm_1252">
52309  </form>
52310  <script>
52311    (function (){
52312      var formDescriptor = {"Id":1252,"Vid":1252,"Status":"approved","Name":"Basic
      Program - Treatment Guide
      FORM","Description":"","Layout":"above","GutterWidth":10,"OffsetWidth":10,"
      HasTwoButtons":true,"SubmitLabel":"Download
      Now","ResetLabel":"Clear","ButtonLocation":"58","LabelWidth":100,"FieldWidth":150,"
      ToolTipType":"none","FontFamily":"Arial, Verdana,
      sans-serif","FontSize":"13px","FontColor":"#333","FontUrl":null,"LineMargin":10,"
      ProcessorVersion":2,"CreatedByUserid":863,"ProcessOptions":{"language":"English","
      locale":"en_US","profiling":{"isEnabled":false,"numberOfProfilingFields":3,"
      alwaysShowFields":[]},"socialSignOn":{"isEnabled":false,"enabledNetworks":[],"cfId":
```

52312... null,"codeSnippet":null},"knownLead":{"type":"form","template":658 }},"
... EnableDeferredMode":0,"ButtonType":null,"ButtonImageUrl":null,"ButtonText":null,"
... ButtonSubmissionText":"Please
... Wait","ButtonStyle":{"id":7,"className":"mktoPurpleCandy","css":".mktoForm
... .mktoButtonWrap.mktoPurpleCandy .mktoButton {\nbackground-color:
... #9e76e8;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
... color-stop(0%, #9e76e8), color-stop(50%, #7038e0), color-stop(50%, #6021de),
... color-stop(100%, #6224de));\nbackground-image: -webkit-linear-gradient(top, #9e76e8
... 0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nbackground-image:
... -moz-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de
... 100%);\nbackground-image: -ms-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de
... 50%, #6224de 100%);\nbackground-image: -o-linear-gradient(top, #9e76e8 0%, #7038e0
... 50%, #6021de 50%, #6224de 100%);\nbackground-image: linear-gradient(to bottom,
... #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nborder-radius: 3px;\ncolor:
... #fff;\nfont: bold 12px/\1 \"helvetica neue\", helvetica, arial, sans-serif;\npadding:
... 10px 0 12px 0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
... 150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
... .mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground-color:
... #8d69cf;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
... color-stop(0%, #8d69cf), color-stop(50%, #6332c7), color-stop(50%, #551dc4),
... color-stop(100%, #561fc4));\nbackground-image: -webkit-linear-gradient(top, #8d69cf
... 0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\nbackground-image:
... -moz-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4
... 100%);\nbackground-image: -ms-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4
... 50%, #561fc4 100%);\nbackground-image: -o-linear-gradient(top, #8d69cf 0%, #6332c7
... 50%, #551dc4 50%, #561fc4 100%);\nbackground-image: linear-gradient(to bottom,
... #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\n-webkit-background-clip:
... padding-box;\ncursor: pointer;\n}\n.mktoForm .mktoButtonWrap.mktoPurpleCandy
... .mktoButton:active {\nbackground: #4a1aab;\nbackground: -moz-radial-gradient(50% 31%
... 0deg, circle cover, rgba(38, 76, 153, 0.4), rgba(11, 23, 46, 0.4)),
... -moz-linear-gradient(top, #7b5cb5 0%, #572bad 50%, #4a1aab 50%, #4b1bab
... 100%);\nbackground: -webkit-gradient(radial, 50% 20%, 75, 50% 50%, 0, from(rgba(38,
... 76, 153, 0.4)), to(rgba(11, 23, 46, 0.4))), -webkit-gradient(linear, 0 0, 0 100%,
... color-stop(0, #7b5cb5), color-stop(0.5, #572bad), color-stop(0.5, #4a1aab),
... color-stop(1, #4b1bab));\ncolor: #ddd;\n-webkit-background-clip:
... padding-box;\n}\n","buttonColor":"#2770a1"},"ThemeStyle":{"id":2,"displayOrder":1,"
... name":"Simple","backgroundColor":"#FFF","layout":"left","fontFamily":"Helvetica,
... Arial,
... sans-serif","fontSize":"13px","fontColor":"#333","offsetWidth":10,"gutterWidth":10,"
... labelWidth":100,"fieldWidth":150,"lineMargin":10,"useBackgroundColorOnPreview":false,
... "css":".mktoForm fieldset.mkt3-formEditorFieldContainer{border: solid 1px
... gray;}.mktoForm fieldset.mkt3-formEditorFieldContainer legend{padding:0
... 1em;}","href":"css\/forms2-theme-simple.css","buttonStyleId":11},"ThemeStyleOverride"
... :"\/* Add your custom CSS below *\/\n\n\/*forms2.css
... *\/\n#mktoStyleLoaded{background-color:#123456;display:none}\n.mktoForm{text-align:
... left}\n.mktoForm .mktoClear{clear:both;float:none}\n.mktoForm div,.mktoForm
... span,.mktoForm label,.mktoForm p{text-align:left;margin:0;padding:0}\n.mktoForm
... input,.mktoForm select,.mktoForm textarea{margin:0}\n.mktoForm
... *{font-family:inherit}\n.mktoForm .mktoOffset{float:left;height:1.2em}\n.mktoForm
... .mktoGutter{float:left;height:1.2em}\n.mktoForm .mktoFieldWrap{float:left}\n.mktoForm
... .mktoLabel{float:left;line-height:1.2em;padding-top:.3em}\n.mktoForm
... .mktoField{line-height:1.2em;font-size:1em;float:left}\n.mktoForm
... .mktoPlaceholder{float:left}\n.mktoForm .mktoLogicalField{float:left}\n.mktoForm
... fieldset{padding:0;margin:0}\n.mktoForm fieldset legend{margin:0 1em
... .5em;color:inherit}\n.mktoForm a.mktoNotYou{cursor:pointer;color:#4692f3}\n.mktoForm
... a.mktoNotYou:hover{text-decoration:underline}\n.mktoForm
... .mktoAsterix{float:right;color:#bf0000;padding-left:5px;display:none}\n.mktoForm
... .mktoRadioList,.mktoForm .mktoCheckboxList{padding:.3em;float:left}\n.mktoForm
... .mktoRadioList \u003E label,.mktoForm .mktoCheckboxList \u003E
... label{margin-left:1.5em;margin-top:.1em;margin-bottom:.3em;line-height:1.2em;display:
... block;min-height:12px}\n.mktoForm.ie7 .mktoRadioList \u003E label,.mktoForm.ie7
... .mktoCheckboxList \u003E label{padding:.2em 0 0}\n.mktoForm .mktoRadioList \u003E
... label \u003E input,.mktoForm .mktoCheckboxList \u003E label \u003E
... input{float:left;margin:0;margin-left:-1.5em}\n.mktoForm .mktoRadioList \u003E
... input,.mktoForm .mktoCheckboxList \u003E input{padding:0}\n.mktoForm .mktoLabelToLeft
... \u003E label{text-align:right;margin-left:0;margin-right:1.5em}\n.mktoForm
... .mktoLabelToLeft input[type=checkbox],.mktoForm .mktoLabelToLeft
... input[type=radio]{position:absolute;right:.3em}\n.mktoForm.mktoLayoutAbove

```
52312…   .mktoRequiredField
…   .mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoForm
…   .mktoRequiredField .mktoAsterix{display:block}\n.mktoForm .mktoRequiredField
…   label.mktoLabel{font-weight:bold}\n.mktoForm input[type=text],.mktoForm
…   input[type=url],.mktoForm input[type=email],.mktoForm input[type=tel],.mktoForm
…   input[type=number],.mktoForm input[type=date]{padding:.1em
…   .2em;line-height:1.2em;margin:0}\n.mktoForm input[type=range]{padding:.25em
…   0;margin:0}\n.mktoForm input[type=range]::-ms-tooltip{display:none}\n.mktoForm
…   input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
…   input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
…   textarea.mktoField,.mktoForm
…   select.mktoField{-moz-box-sizing:border-box;-webkit-box-sizing:border-box;-webkit-box
…   -sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;}\n.mktoForm
…   .mktoFormRow{clear:both}\n.mktoForm
…   .mktoFormCol{float:left;position:relative;min-height:2em}\n.mktoButtonRow{display:
…   inline-block;position:relative}\n.mktoForm
…   textarea.mktoField{display:inline-block;padding:.2em;margin:0;line-height:1.2em;
…   overflow:auto;resize:none;float:none}\n.mktoForm
…   textarea[rows=\"1\"]{height:2em}\n.mktoForm
…   textarea[rows=\"2\"]{height:3.4em}\n.mktoForm
…   textarea[rows=\"3\"]{height:4.6em}\n.mktoForm
…   textarea[rows=\"4\"]{height:5.8em}\n.mktoForm
…   textarea[rows=\"5\"]{height:7em}\n.mktoForm
…   textarea[rows=\"6\"]{height:8.2em}\n.mktoForm
…   textarea[rows=\"7\"]{height:9.4em}\n.mktoForm
…   textarea[rows=\"8\"]{height:10.6em}\n.mktoForm.mktoLayoutCenter
…   .mktoLabel{text-align:right}\n.mktoForm.mktoLayoutAbove
…   .mktoGutter{display:none}\n.mktoForm.mktoLayoutAbove
…   .mktoLabel{text-align:left}\n.mktoForm.mktoLayoutAbove
…   .mktoRadioList,.mktoForm.mktoLayoutAbove
…   .mktoCheckboxList{float:none;clear:left}\n.mktoForm.mktoLayoutAbove
…   .mktoField,.mktoForm.mktoLayoutAbove
…   .mktoLogicalField{clear:left}\n.mktoForm.mktoLayoutAbove
…   textarea.mktoField{float:left}\n.mktoForm
…   .mktoError{position:absolute;z-index:99;color:#bf0000}\n.mktoForm .mktoError
…   .mktoErrorArrowWrap{width:16px;height:8px;overflow:hidden;position:absolute;top:0;
…   left:5px;z-index:100}\n.mktoForm.ie7 .mktoError
…   .mktoErrorArrowWrap{top:-8px}\n.mktoForm .mktoError
…   .mktoErrorArrow{background-color:#e51b00;border:1px solid
…   #9f1300;border-right:none;border-bottom:none;display:inline-block;height:16px;-webkit
…   -transform:rotate(45deg);-moz-transform:rotate(45deg);transform:rotate(45deg);-ms-
…   transform:rotate(45deg);width:16px;margin-top:5px}\n.mktoForm .mktoError
…   .mktoErrorArrowWrap.mktoArrowImage{background:transparent
…   url(\"..\/images\/callout-arrow-up-red.png\") top center
…   no-repeat;bottom:-7px}\n.mktoForm .mktoError .mktoErrorArrowWrap.mktoArrowImage
…   .mktoErrorArrow{display:none}\n.mktoForm .mktoError
…   .mktoErrorMsg{display:block;margin-top:7px;background-color:#e51b00;background-image:
…   -webkit-linear-gradient(#e51b00 43%, #ba1600
…   100%);background-image:-moz-linear-gradient(#e51b00 43%, #ba1600
…   100%);background-image:linear-gradient(#e51b00 43%, #ba1600
…   100%);background-image:-ms-linear-gradient(#e51b00 43%, #ba1600 100%);border:1px
…   solid
…   #9f1300;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
…   65) 0 2px 7px,inset #ff3c3c 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
…   #ff3c3c 0 1px
…   0;color:#f3f3f3;font-size:1em;line-height:1.2em;max-width:16em;padding:.4em
…   .6em;text-shadow:#901100 0 -1px 0}\n.mktoForm .mktoError .mktoErrorMsg
…   .mktoErrorDetail{display:block}\n.mktoForm
…   button.mktoButton{cursor:pointer;margin:0}\n.mktoForm
…   button.mktoButton:disabled{opacity:.5;-ms-filter:\"progid:DXImageTransform.Microsoft.
…   Alpha(Opacity=50)\";filter:alpha(opacity=50);cursor:default}\n.mktoNoJS
…   .mktoLabel{display:block;padding-right:10px;width:110px;text-align:right}\n.mktoNoJS
…   input[type=text]{width:150px}\n.mktoForm .cf_widget_socialsignon
…   .cf_sign_on{margin-bottom:1.5em}\n.mktoForm .mktoRangeField
…   .mktoRangeValue{zoom:1;float:left;display:none;text-align:center;position:absolute;z-
…   index:99;color:#000}\n.mktoForm.ie7 .mktoRangeField .mktoRangeValue,.mktoForm.ie6
…   .mktoRangeField .mktoRangeValue{position:relative}\n.mktoForm
…   .mktoRangeField.mktoHover .mktoRangeValue{display:block}\n.mktoForm .mktoRangeField
```

```
52312… .mktoRangeValueArrowWrap{width:10px;height:8px;overflow:hidden;position:absolute;
… bottom:-7px;z-index:100}\n.mktoForm .mktoRangeField
… .mktoRangeValueArrow{background-color:#028d05;border:1px solid
… #005602;height:16px;-webkit-transform:rotate(45deg);-moz-transform:rotate(45deg);
… transform:rotate(45deg);-ms-transform:rotate(45deg);width:16px;background-color:#
… 007d04;border-left:none;border-top:none;margin-top:5px;position:absolute;bottom:5px}\
… n.mktoForm .mktoRangeField
… .mktoRangeValueArrowWrap.mktoArrowImage{background:transparent
… url(\"..\/images\/callout-arrow-down-green.png\") top center
… no-repeat;bottom:-7px}\n.mktoForm .mktoRangeField
… .mktoRangeValueArrowWrap.mktoArrowImage .mktoRangeValueArrow{display:none}\n.mktoForm
… .mktoRangeField
… .mktoRangeValueText{display:block;background-color:#028d05;background-image:-webkit-
… linear-gradient(#028d05 43%, #007d04
… 100%);background-image:-moz-linear-gradient(#028d05 43%, #007d04
… 100%);background-image:linear-gradient(#028d05 43%, #007d04
… 100%);background-image:-ms-linear-gradient(#028d05 43%, #007d04 100%);border:1px
… solid
… #005602;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
… 65) 0 2px 7px,inset #00a500 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
… #00a500 0 1px 0;color:#f3f3f3;font-size:1em;line-height:1.2em;padding:.4em
… .6em;text-shadow:#005602 0 -1px
… 0;text-align:center}\n.mktoModal{position:absolute;top:0;left:0;right:0}\n.mktoModal
… .mktoModalMask{position:absolute;z-index:10000;top:0;left:0;right:0;zoom:1;background
… :rgba(0,0,0,0.5);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=#
… 80000000,
… endColorstr=#80000000);-ms-filter:\"progid:DXImageTransform.Microsoft.gradient(
… startColorstr=#80000000, endColorstr=#80000000)\"}\n.mktoModal
… .mktoModalContent{position:absolute;z-index:10001;background:#fff;padding:10px}\n.
… mktoModal
… .mktoModalClose{position:absolute;cursor:pointer;top:-10px;right:-10px;background:#
… 000;color:#fff;width:19px;height:19px;font-family:Arial,Helvetica,sans-serif;font-
… size:13px;line-height:19px;-webkit-border-radius:19px;border-radius:19px;text-align:
… center;border:2px solid #ccc}\n@media only screen and (max-width:
… 480px){.mktoForm,.mktoForm
… *{-webkit-box-sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;-moz
… -box-sizing:border-box;padding:10px}\n.mktoForm .mktoGutter,.mktoForm
… .mktoOffset{display:none}\n.mktoForm .mktoFormCol
… .mktoLabel{text-align:left;width:100%}\n.mktoForm .mktoFormCol{float:none}\n.mktoForm
… .mktoFieldWrap{float:none}\n.mktoForm fieldset{padding:0 10px}\n.mktoForm
… input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
… input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
… textarea.mktoField,.mktoForm
… select.mktoField{width:100%;height:1.5em;line-height:1.5em;font-size:18px}\n.mktoForm
… select.mktoField{height:auto}\n.mktoForm .mktoFormRow
… .mktoField{clear:left}\n.mktoForm .mktoFormCol{clear:both}\n.mktoForm .mktoFormRow
… .mktoRadioList,.mktoForm .mktoCheckboxList{width:100%}\n.mktoForm .mktoFormRow
… .mktoRequiredField
… .mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoModal
… .mktoModalContent{padding:10px 0}\n.mktoModal
… .mktoModalClose{right:0}\n}\n\n\n/*forms2-theme-simple.css*\/\n#mktoStyleLoaded {\n
… \/* css load detection, do not remove *\/\n  color:#123456;\n}\n.mktoForm fieldset
… {}\n.mktoForm fieldset legend {}\n.mktoForm input[type=text],\n.mktoForm
… input[type=url],\n.mktoForm input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
… input[type=number],\n.mktoForm input[type=date]{}\n\n.mktoForm
… input[type=text],\n.mktoForm input[type=url],\n.mktoForm
… input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
… input[type=number],\n.mktoForm input[type=date],\n.mktoForm
… textarea.mktoField,\n.mktoForm select.mktoField {\n  padding:2px 3px;\n}\n\n.mktoForm
… input[type=text]:focus,\n.mktoForm input[type=url]:focus,\n.mktoForm
… input[type=email]:focus,\n.mktoForm input[type=tel]:focus,\n.mktoForm
… input[type=number]:focus,\n.mktoForm input[type=date]:focus,\n.mktoForm
… select.mktoField:focus,\n.mktoForm
… textarea.mktoField:focus{}\n\n\n/*mktLPSupport.css *\/\ndiv.boxSpan {\n  overflow:
… hidden;\n}\nspan.lpContentsItem.richTextSpan {\n  display:
… block;\n}\nspan.lpContentsItem p:first-child {\n  margin-top: 0px;\n}\na.lpImageLink
… img {\n  border: none;\n}\nform.lpeRegForm {\n  margin: 0px;\n  padding:
… 0px;\n}\nform.lpeRegForm ul {\n  margin: 0px;\n  padding: 0px;\n  list-style:
```

```
none;\n}\nform.lpeRegForm li {\n  margin: 0px;\n  padding: 4px 10px 3px 10px;\n
list-style: none;\n  clear: both;\n}\nform.lpeRegForm label {\n  padding-right:
20px;\n  float: left;\n  text-align: left;\n}\nform.lpeRegForm li.mktLblRight label
{\n  float: none;\n}\nform.lpeRegForm li.mktLblRight input[type='checkbox'] {\n
position: relative;\n  left: -4px;\n}\nform.lpeRegForm li.mktLblCenter label {\n
text-align: right;\n}\nform.lpeRegForm ul.mktLblAbove span.mktInput {\n  clear:
both;\n}\nform.lpeRegForm ul.mktLblAbove label {\n  padding-left:
10px;\n}\nform.lpeRegForm ul.mktLblAbove li.mktFormReq label {\n  background:
url(\/images\/forms\/backRequiredGray.gif) no-repeat -5px 0px;\n}\nform.lpeRegForm
ul.mktLblAbove li#mktFrmButtons label {\n  display: none;\n}\nform.lpeRegForm
li.mktFormReq label {\n  font-weight: bold;\n  background:
url(\/images\/forms\/backRequiredGray.gif) no-repeat right 0px;\n}\nspan.mktError {\n
text-align: left;\n  position: relative;\n}\nspan.mktError input {\n  background:
#ECEFFF;\n}\nspan.mktError span.mktFormMsg {\n  display: inline;\n  position:
absolute;\n  top: 2px;\n  left: 4px;\n  xcolor: #8C8FFF;\n  color: red;\n  font-size:
small;\n  width: 200px;\n}\n\n/* New shell icons for the landing page editor menu.
Remove these when the landing page editor is full new shell *\/\n.mkiLpeIcon16 a {\n
background-position: 0 !important;\n}\n\n.mkiLpeFormBlueEdit a {\n  background-image:
url(\/images\/icons16\/form_blue_edit.png) !important;\n  float: none
!important;\n}\n\n.mkiLpeHandGrab2 a {\n  background-image:
url(\/images\/icons16\/hand_grab2.png) !important; \n  float: none
!important;\n}\n.mkiLpeHardDrive a {\n  background-image:
url(\/images\/icons16\/hard_drive.png) !important;  \n  float: none
!important;\n}\n.mkiLpeDocumentUp a {\n  background-image:
url(\/images\/icons16\/document_up.png) !important;  \n  float: none
!important;\n}\n\n/* Ideally it is normalized for all the browser\n  but we'll make
it targetted for apple devices. Note that this\n  issue is not applicable for
android devices which is a mobile\n  safari webkit as well *\/\n.mktIpad
span.mktInput input,\n.mktIpod span.mktInput input,\n.mktIphone span.mktInput input
{\n  margin-bottom: 1px; \n  padding: 1px 0;\n}\n\n/*inline style sheet #12
*\/\n/*.mktoForm .mktoButtonWrap.mktoPurpleCandy .mktoButton
{\nbackground:#2770a1;\nborder-radius: 3px;\ncolor: #fff;\nfont: bold 12px\/1
\"helvetica neue\", helvetica, arial, sans-serif;\npadding: 10px 0 12px
0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground:#2770a1;\ncursor:
pointer;\n}\n.mktoForm .mktoButtonWrap.mktoPurpleCandy .mktoButton:active
{\nbackground: #2770a1;\n-webkit-background-clip: padding-box;\n}*\/\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton {background:#2770a1;}\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton:hover {background:#2770a1;}\n\nform
{width:auto !important; margin-left: auto; margin-right: auto}\n.mktoForm
.mktoFieldWrap {width:100%;}\n.mktoForm .mktoOffset {width:0 !important;}\n.mktoForm
.mktoLabel {width:100% !important;}\n.mktoFormCol {margin-bottom:0 !important;
padding-bottom:10px;}\n\n.mktoForm .mktoFormRow {background: #e7f1f8; padding: .25em
0em;}\n\n.mktoButtonRow {background: #e7f1f8; padding: .5em 1.25em 1.25em
!important;}\n.lt-ie9 .mktoForm .mktoButtonWrap.mktoPurpleCandy
.mktoButton{padding:1em !important;}\n.lt-ie9 .mktoForm
.mktoButtonWrap.mktoPurpleCandy .mktoButton:after{display:none;}\n.mktoButtonWrap
.mktoPurpleCandy button[type=submit].mktoButton{border:0; display:inline-block;
float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
clear:both; white-space:nowrap;\n  background: #2770a1;\n  background:
-moz-linear-gradient(#2770a1,#184563);\n  background:
-webkit-linear-gradient(#2770a1,#184563);\n  background:
-o-linear-gradient(#2770a1,#184563);\n  background:
linear-gradient(#2770a1,#184563);\n}\n.mktoButtonWrap .mktoPurpleCandy
button[type=submit].mktoButton:after{content: \"\\e601\"; display:inline-block;
font-size:19px; color:#fff; width: 19px; height: 19px; vertical-align: middle;
margin-left: 14px;\nfont-family: 'icomoon'; speak: none;font-style:
normal;font-weight: normal;font-variant: normal;text-transform: none;line-height:
1;-webkit-font-smoothing: antialiased;\n-moz-osx-font-smoothing: grayscale;}\n.form
label .mktoAsterix {float: left !important; padding-left: 0 !important;
padding-right: 4px
!important;}","FormFollowup":"\/\/pages.clevelandclinic.org\/testicular-cancer-
lpthankyou.html","rows":[[{"Id":8200,"Name":"FirstName","IsRequired":true,"Datatype":
"string","Maxlength":255,"InputLabel":"First
Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
This field is
```

```
52312    required."},{"Id":8201,"Name":"LastName","IsRequired":true,"Datatype":"string",""
         Maxlength":255,"InputLabel":"Last
         Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
         This field is
         required."}],[{"Id":8202,"Name":"PostalCode","IsRequired":true,"Datatype":"string","
         Maxlength":255,"InputLabel":"Zip:","InputInitialValue":"","InputSourceChannel":"
         constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
         required."}],[{"Id":8199,"Name":"Email","IsRequired":true,"Datatype":"email","
         Maxlength":255,"InputLabel":"Email","InputInitialValue":"","InputSourceChannel":"
         constant","ValidationMessage":"Must be valid email. \u003Cspan
         class='mktoErrorDetail'\u003Eexample@yourdomain.com\u003C\/span\u003E"}],[{"Id":8203,
         "Name":"DateofBirth","IsRequired":true,"Datatype":"date","InputLabel":"Date of
         Birth","InputInitialValue":"","InputSourceChannel":"constant","ProfilingFieldNumber":
         0,"ValidationMessage":"Must be a valid
         date."}],[{"Id":8204,"Name":"HtmlText_2014-12-08T19:15:46.945Z","Datatype":"htmltext"
         ,"InputInitialValue":"","LabelWidth":260,"ProfilingFieldNumber":0,"Htmltext":"\
         u003Chr style=\"color: #75797c; border-top: 2px dotted #75797C; background: #e7f1f8;
         margin-bottom: 0;\"
         \/\u003E","IsLabelToLeft":true}],[{"Id":8205,"Name":"hGOptIn","Datatype":"checkbox","
         PicklistValues":[{"label":"Yes, I would like to receive additional information from
         Cleveland
         Clinic.","value":"yes"}],"InputLabel":"","InputInitialValue":"","InputSourceChannel":
         "constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
         required."}],[{"Id":8211,"Name":"cSCustomerRating","Datatype":"hidden","Maxlength":
         255,"InputLabel":"cSCustomerRating:","InputInitialValue":"Testicular Cancer Treatment
         Guide","InputSourceChannel":"constant","InputSourceSelector":"","ProfilingFieldNumber
         ":0,"DisablePrefill":true},{"Id":8212,"Name":"csOrderNum","Datatype":"hidden","
         Maxlength":255,"InputLabel":"csOrderNum:","InputInitialValue":"LF-03-0038-
         TesticularCancer","InputSourceChannel":"constant","InputSourceSelector":"_mkto_trk","
         ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8206,"Name":"utmcampaign","
         Datatype":"hidden","Maxlength":255,"InputLabel":"utm_campaign:","InputInitialValue":"
         ","InputSourceChannel":"url","InputSourceSelector":"utm_campaign"},{"
         ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8210,"Name":"utmterm","Datatype"
         :"hidden","Maxlength":255,"InputLabel":"utm_term:","InputInitialValue":"","
         InputSourceChannel":"url","InputSourceSelector":"utm_term","ProfilingFieldNumber":0,"
         DisablePrefill":true},{"Id":8209,"Name":"utmsource","Datatype":"hidden","Maxlength":
         255,"InputLabel":"utm_source:","InputInitialValue":"","InputSourceChannel":"url","
         InputSourceSelector":"utm_source","ProfilingFieldNumber":0,"DisablePrefill":true},{"
         Id":8207,"Name":"utmcontent","Datatype":"hidden","Maxlength":255,"InputLabel":"
         utm_content:","InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector"
         :"utm_content","ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8208,"Name":"
         utmmedium","Datatype":"hidden","Maxlength":255,"InputLabel":"utm_medium:","
         InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector":"utm_medium","
         ProfilingFieldNumber":0,"DisablePrefill":true}],[{"Id":8213,"Name":"firstFormFill","
         Datatype":"hidden","InputLabel":"First Form Fill:","InputInitialValue":"2016-09-09
         17:39:56","InputSourceChannel":"constant","InputSourceSelector":"","
         ProfilingFieldNumber":0,"DisablePrefill":true}]],"fieldsetRows":[],"action":"\/index.
         php\/leadCapture\/save","munchkinId":"434-PSA-612"};
52313        MktoForms2.setOptions({baseUrl:"/js/forms2/"});
52314        var isDev = false;
52315        if(isDev && window.console && window.JSON){
52316            console.log(JSON.stringify(formDescriptor, null, "  "));
52317        }
52318        var form = MktoForms2.newForm(formDescriptor, function (form){
52319            var lpFields =
         {"lpId":2169,"subId":68,"munchkinId":"434-PSA-612","lpurl":"\/\/pages.clevelandclinic
         .org\/testicular-cancer-index.html?cr={creative}&kw={keyword}","followupLpId":2171};
52320            var pageFields = MktoForms2.getPageFields();
52321            form.addHiddenFields(lpFields);
52322            form.addHiddenFields(pageFields);
52323            if(window.mktoPreFillFields){
52324                form.setValuesCoerced(mktoPreFillFields);
52325            }
52326            if(!form.EnableDeferredMode){
52327                form.render();
52328            }
52329        });
52330    })()
```

```
52331    </script>
52332
52333    <noscript>
52334      <form class='mktoForm mktoNoJS' action='/index.php/leadCapture/save' method='post'>
52335            <div class='mktoFormRow'>
52336               <div class='mktoFormCol'>
52337                  <label class="mktoLabel" for='FirstName'>
52338                     First Name              </label>
52339                  <input type="text" class='mktoField mktoTextField' name='FirstName'
…    id='FirstName'>
52340               </div>
52341            </div>
52342            <div class='mktoFormRow'>
52343               <div class='mktoFormCol'>
52344                  <label class="mktoLabel" for='LastName'>
52345                     Last Name             </label>
52346                  <input type="text" class='mktoField mktoTextField' name='LastName'
…    id='LastName'>
52347               </div>
52348            </div>
52349            <div class='mktoFormRow'>
52350               <div class='mktoFormCol'>
52351                  <label class="mktoLabel" for='PostalCode'>
52352                     Zip:             </label>
52353                  <input type="text" class='mktoField mktoTextField' name='PostalCode'
…    id='PostalCode'>
52354               </div>
52355            </div>
52356            <div class='mktoFormRow'>
52357               <div class='mktoFormCol'>
52358                  <label class="mktoLabel" for='Email'>
52359                     Email            </label>
52360                  <input type="text" class='mktoField mktoTextField' name='Email'
…    id='Email'>
52361               </div>
52362            </div>
52363            <div class='mktoFormRow'>
52364               <div class='mktoFormCol'>
52365                  <label class="mktoLabel" for='DateofBirth'>
52366                     Date of Birth            </label>
52367                  <input type="text" class='mktoField mktoTextField' name='DateofBirth'
…    id='DateofBirth'>
52368               </div>
52369            </div>
52370            <div class='mktoFormRow'>
52371               <div class='mktoFormCol'>
52372                  <label class="mktoLabel" for='hGOptIn'>
52373                                </label>
52374                  <input type="text" class='mktoField mktoTextField' name='hGOptIn'
…    id='hGOptIn'>
52375               </div>
52376            </div>
52377            <div class='mktoFormRow'>
52378               <div class='mktoFormCol'>
52379                  <label class="mktoLabel" for='cSCustomerRating'>
52380                     cSCustomerRating:          </label>
52381                  <input type="text" class='mktoField mktoTextField'
…    name='cSCustomerRating' id='cSCustomerRating'>
52382               </div>
52383            </div>
52384            <div class='mktoFormRow'>
52385               <div class='mktoFormCol'>
52386                  <label class="mktoLabel" for='csOrderNum'>
52387                     csOrderNum:          </label>
52388                  <input type="text" class='mktoField mktoTextField' name='csOrderNum'
…    id='csOrderNum'>
52389               </div>
52390            </div>
```

```
52391          <div class="mktoFormRow">
52392            <div class="mktoFormCol">
52393              <label class="mktoLabel" for='utmcampaign'>
52394                utm_campaign:          </label>
52395              <input type="text" class='mktoField mktoTextField' name='utmcampaign'
…    id='utmcampaign'>
52396            </div>
52397          </div>
52398          <div class="mktoFormRow">
52399            <div class="mktoFormCol">
52400              <label class="mktoLabel" for='utmterm'>
52401                utm_term:          </label>
52402              <input type="text" class='mktoField mktoTextField' name='utmterm'
…    id='utmterm'>
52403            </div>
52404          </div>
52405          <div class="mktoFormRow">
52406            <div class="mktoFormCol">
52407              <label class="mktoLabel" for='utmsource'>
52408                utm_source:          </label>
52409              <input type="text" class='mktoField mktoTextField' name='utmsource'
…    id='utmsource'>
52410            </div>
52411          </div>
52412          <div class="mktoFormRow">
52413            <div class="mktoFormCol">
52414              <label class="mktoLabel" for='utmcontent'>
52415                utm_content:            </label>
52416              <input type="text" class='mktoField mktoTextField' name='utmcontent'
…    id='utmcontent'>
52417            </div>
52418          </div>
52419          <div class="mktoFormRow">
52420            <div class="mktoFormCol">
52421              <label class="mktoLabel" for='utmmedium'>
52422                utm_medium:          </label>
52423              <input type="text" class='mktoField mktoTextField' name='utmmedium'
…    id='utmmedium'>
52424            </div>
52425          </div>
52426          <div class="mktoFormRow">
52427            <div class="mktoFormCol">
52428              <label class="mktoLabel" for='firstFormFill'>
52429                First Form Fill:          </label>
52430              <input type="text" class='mktoField mktoTextField' name='firstFormFill'
…    id='firstFormFill'>
52431            </div>
52432          </div>
52433          <span style="display:none;"><input type="text" name="_marketo_comments"
…    value=""></span>
52434          <span class="mktoButtonWrap"><button type='submit'
…    class='mktoButton'>Submit</button></span>
52435          <input type="hidden" name="lpId" value="2169" />
52436          <input type="hidden" name="subId" value="68" />
52437          <input type="hidden" name="lpurl"
…    value="//pages.clevelandclinic.org/testicular-cancer-index.html?cr={creative}&amp;kw=
…    {keyword}" />
52438          <input type="hidden" name="formid" value="1252" />
52439          <input type="hidden" name="ret"
…    value="//pages.clevelandclinic.org/testicular-cancer-lpthankyou.html" />
52440          <input type="hidden" name="munchkinId" value="434-PSA-612"/>
52441          <input type="hidden" name="kw" value=""/>
52442          <input type="hidden" name="cr" value=""/>
52443          <input type="hidden" name="searchstr" value=""/>
52444          <input type="hidden" name="_mkt_disp" value="return"/>
52445          <input type="hidden" name="_mkt_trk" value=""/>
52446      </form>
52447  </noscript>
```

```
52448  </span></div>
52449  </div>
52450              <!--.form-->
52451              <div class="privacy mktoText" id="CCF-Privacy"><span
52452  class="icon-lock"></span><a
   …   href="http://my.clevelandclinic.org/about-cleveland-clinic/about-this-website/privacy
   …   -security" target="_blank"> We value your privacy</a>.<br> (<span
   …   class="mktoAsterix">*</span>) required fields<br> Your guide will also be sent to
   …   your email.</div>
52453              </div>
52454              <!--.secondary-->
52455              <div class="main">
52456              <div class="mktoText" id="CCF-Main"><p><strong>Testicular
   …   cancer is highly treatable with more than 90 percent of cases being labeled as cured
   …   following therapy. Even better, the cure rate is nearly 98 percent when detected
   …   early. However, knowing your options is the first step in treating testicular
   …   cancer.</strong></p>
52457  <p>Download our free guide to learn more about:</p></div>
52458              <div class="mktoText guideCover"
   …   id="CCF-Guide-Area"><figure><img
   …   src="http://pages.clevelandclinic.org/rs/434-PSA-612/images/test-guide-cover.jpg"
   …   style="margin-right: 10px;" my="" lp-main="" guide="" name:default="edit" me=""
   …   /></figure>
52459  <ul>
52460  <li>Treatment options for all stages of testicular cancer</li>
52461  <li>Information on fertility options before and after treatment</li>
52462  <li>Online medical second opinion services</li>
52463  </ul></div>
52464              <div id="ccfAdditionalText">
52465              <div class="mktoText guideCover"
   …   id="CCF-Additional-Text-Area"><p>Cleveland Clinic urologists and oncologists explore
   …   all medical and surgical options to ensure that our testicular cancer treatment
   …   program will result in the most successful outcome possible for each
   …   patient.</p></div>
52466              </div>
52467
52468              <div class="clear"></div>
52469              <div class="callout" id="CCF-Callout1">
52470              <div class="mktoImg mktoGen" id="mkto_gen_Callout1-Img">
52471              <img src="/rs/434-PSA-612/images/CC-LP-calendar.png"
   …   id="Callout1-Img">
52472              </div>
52473              <div class="text  mktoText" id="Callout1-Txt"><div>
52474  <h2>Request an Appointment</h2>
52475  </div>
52476  <div>
52477  <p>To schedule an appointment with a Cleveland Clinic  testicular cancer specialist,
   …   please call our Cancer Answer Line at  <strong>866.223.8100</strong>.</p>
52478  </div></div>
52479              </div>
52480              <!--.callout-->
52481              <div class="callout" id="CCF-Callout2">
52482              <div class="mktoImg mktoGen" id="mkto_gen_Callout2-Img">
52483              <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
   …   id="Callout2-Img">
52484              </div>
52485
52486              <div class="text mktoText" id="Callout2-Txt"><div>
52487  <h2>Did You Know?</h2>
52488  </div>
52489  <div>
52490  <p>Cleveland Clinic is ranked #2 in the nation for Urology and #1 in Ohio for Cancer
   …   by <em>U.S. News and World Report</em>. </p>
52491  </div></div>
52492              </div>
52493              <div class="callout" id="CCF-Callout3">
52494              <div class="mktoImg mktoGen" id="mkto_gen_Callout3-Img">
```

```
52495        <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
…    id="Callout3-Img">
52496                            </div>
52497                            <div class="text  mktoText" id="Callout3-Txt">
52498                              <h2>Request an Appointment</h2><p>To schedule an
…    appointment with one of our specialists</p>
52499                            </div>
52500                          </div>
52501                          <!--.callout-->
52502                          <div class="callout" id="CCF-Callout4">
52503                            <div class="mktoImg mktoGen" id="mkto_gen_Callout4-Img">
52504                              <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
…    id="Callout4-Img">
52505                            </div>
52506                            <div class="text mktoText" id="Callout4-Txt">
52507                              <h2>Did You Know?</h2><p>Decima nulla euismod ut
…    feugiat dolore. Nisl lobortis nunc ii suscipit dolore.</p>
52508                            </div>
52509                          </div>
52510
52511                          <!--.callout-->
52512                        </div>
52513                        <!--.main-->
52514                      </div>
52515                      <!--.content -->
52516                      <div class="gradientBar bot"></div>
52517                    </div>
52518                    <!--.container-->
52519
52520                    <!-- Go to www.addthis.com/dashboard to customize your tools -->
52521                    <script type="text/javascript"
…    src="http://s7.addthis.com/js/300/addthis_widget.js#pubid=ra-545d17fd423d6d18"
…    async="async"></script>
52522                    <script
…    src="http://ajax.googleapis.com/ajax/libs/jquery/1.10.2/jquery.min.js"></script>
52523                    <script>window.jQuery || document.write('<script
…    src="/rs/hilemancleveclinic/images/jquery-1.10.2.min.js"><\/script>')</script>
52524
52525                    <!-- PLACE AT FOOTER | Clear Sale | test:4015047 live:4014313 -->
52526                    <script language="javascript"
…    src="https://dsa.csdata1.com/data/js/4014313/csgather.js"></script>
52527                    <script
…    src="/rs/hilemancleveclinic/images/clearsaleing-for-marketo.js"></script>
52528                    <script>
52529                        jQuery(function($){
52530                            $("#mktFrmSubmit").wrap("<div
…    class='buttonSubmit'></div>");
52531                            $(".buttonSubmit").prepend("<span></span>");
52532                        });
52533                    </script>
52534
52535            <script type="text/javascript"
…    src="//munchkin.marketo.net//munchkin.js"></script><script>Munchkin.init('434-PSA-612
…    ', {customName: 'testicular-cancer-index', wsInfo: 'jExNcA%3D%3D'});</script>
52536                </body>
52537            </html>
52538
52539    **************************************************
52540    The following data is from clevelandclinic_org-20160909-page_source.txt
52541    **************************************************
52542
52543    <!DOCTYPE html>
52544    <html class="no-js"><!--<![endif]--><head>
52545                    <meta charset="utf-8">
52546                    <meta http-equiv="X-UA-Compatible" content="IE=edge">
52547                    <title>Testicular Cancer Treatment | Cleveland Clinic</title>
52548                    <meta name="description" content="Download a testicular cancer guide
…    that details testicular cancer surgery and treatment options available at Cleveland
```

```
52548…  Clinic.5
52549                   <meta name="viewport" content="width=device-width, initial-scale=1">
52550                   <!-- Place Marketo Variables Below -->
52551
52552
52553
52554
52555
52556
52557
52558
52559                   <meta name="robots" content="index, follow"><meta name="keywords"
…     content="testicular cancer surgery treatment specialists doctors radiation
      chemotherapy cleveland clinic urology">
52560                   <!-- Place favicon.ico and apple-touch-icon.png in the root directory
      if required -->
52561                   <link rel="stylesheet"
…     href="/rs/hilemancleveclinic/images/normalize.css">
52562
52563                   <style type="text/css">
52564                   /*
52565                       NOTES:
52566                       All block elements have border-box added to them in normalize, even
…     'div'
52567
52568                       colors:
52569                       blue gradient in header (top to bot): #e7f1f8  #c1def2
52570                       text blue: #0083be
52571                       blue line: #065ea8
52572                       form blue bg: #e7f1f8
52573                       gradient bar on top n bottom: #e6e6e6 to #fff
52574
52575                       font-size:
52576                       based on 16px or 100%
52577                       */
52578
52579                       /* ===================== *
52580                       | Mobile First Styles |
52581                       * ===================== */
52582                       @font-face { font-family: 'NewsGothicStdRegular';
52583                       src:
…     url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot');
52584                       src:
…     url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot?#iefix')
…     format('embedded-opentype'),
52585                       url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.woff')
…     format('woff'),
52586                       url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.ttf')
…     format('truetype'),
52587
…     url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.svg#NewsGothicStdRegular')
…     format('svg');
52588                       font-weight: normal;
52589                       font-style: normal;
52590                       }
52591
52592                       @font-face {
52593                       font-family: 'newsgoth_btroman';
52594                       src: url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot');
52595                       src:
…     url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot?#iefix')
…     format('embedded-opentype'),
52596                           url('/rs/hilemancleveclinic/images/tt0047m_-webfont.woff')
…     format('woff'),
52597                           url('/rs/hilemancleveclinic/images/tt0047m_-webfont.ttf')
…     format('truetype'),
52598
…     url('m/rs/hilemancleveclinic/images/tt0047m_-webfont.svg#newsgoth_btroman')
```

```
52598…    format('svg');
52599                      font-weight: normal;
52600                      font-style: normal;
52601                      }
52602
52603                      @font-face {
52604                      font-family: 'newsgoth_btitalic';
52605                      src: url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot');
52606                      src:
       url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot?#iefix')
…      format('embedded-opentype'),
52607                          url('/rs/hilemancleveclinic/images/tt0048m_-webfont.woff')
…      format('woff'),
52608                          url('/rs/hilemancleveclinic/images/tt0048m_-webfont.ttf')
…      format('truetype'),
52609
       url('/rs/hilemancleveclinic/images/tt0048m_-webfont.svg#newsgoth_btitalic')
…      format('svg');
52610                      font-weight: normal;
52611                      font-style: normal;
52612                      }
52613
52614                      @font-face {
52615                      font-family: 'newsgoth_btbold';
52616                      src: url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot');
52617                      src:
       url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot?#iefix')
…      format('embedded-opentype'),
52618                          url('/rs/hilemancleveclinic/images/tt0049m_-webfont.woff')
…      format('woff'),
52619                          url('/rs/hilemancleveclinic/images/tt0049m_-webfont.ttf')
…      format('truetype'),
52620
       url('/rs/hilemancleveclinic/images/tt0049m_-webfont.svg#newsgoth_btbold')
…      format('svg');
52621                      font-weight: normal;
52622                      font-style: normal;
52623                      }
52624                      /*icons*/
52625
52626                      @font-face {
52627                      font-family: 'icomoon';
52628                      src:url('/rs/hilemancleveclinic/images/icomoon.eot?4rhaqv');
52629                      src:url('/rs/hilemancleveclinic/images/icomoon.eot?#iefix4rhaqv')
…      format('embedded-opentype'),
52630                          url('/rs/hilemancleveclinic/images/icomoon.woff?4rhaqv')
…      format('woff'),
52631                          url('/rs/hilemancleveclinic/images/icomoon.ttf?4rhaqv')
…      format('truetype'),
52632                          url('/rs/hilemancleveclinic/images/icomoon.svg?4rhaqv#icomoon')
…      format('svg');
52633                      font-weight: normal;
52634                      font-style: normal;
52635                      }
52636
52637                      [class^="icon-"], [class*=" icon-"]{
52638                      font-family: 'icomoon';
52639                      speak: none;
52640                      font-style: normal;
52641                      font-weight: normal;
52642                      font-variant: normal;
52643                      text-transform: none;
52644                      line-height: 1;
52645
52646                      /* Better Font Rendering =========== */
52647                      -webkit-font-smoothing: antialiased;
52648                      -moz-osx-font-smoothing: grayscale;
52649                      }
```

Page 1646

```
52650
52651                         .icon-pointer:before {
52652                         content: "\e601";
52653                         }
52654                         .icon-calendar:before {
52655                         content: "\e600";
52656                         color: #065ea8;
52657                         }
52658                         .icon-idea:before {
52659                         content: "\e602";
52660                         color: #065ea8;
52661                         }
52662                         .icon-lock:before {
52663                         content: "\e604";
52664                         color: #0681c2;
52665                         }
52666
52667
52668                         /*tags*/
52669                         body{font-family:Arial, Helvetica, sans-serif; font-size: 100%;
…     color: #333; background: #fff; line-height: 1.35em;}
52670                         h1,h2,h3,h4,p{padding:0; margin:0;}
52671                         h1, h2{font-weight:normal; font-family: NewsGothicStdRegular,
…     Arial, sans-serif; color:#0083be; line-height: 1.25em;}
52672                         h1{font-size: 2.5em; margin: .4em 0 .4em;}
52673                         h2{font-size: 1.5em; margin: 0 0 .4em;}
52674                         h3{font-size: 18px; font-weight:bold; margin: .5em 0;}
52675                         .main p {margin: 1em 0;}
52676                         a{color:#0083be}
52677                         a:hover{color:#0073A7;}
52678
52679
52680                         /*main elements */
52681                         .callout:after,
52682                         .container:after,
52683                         .content:after,
52684                         header:after,
52685                         .main:after,
52686                         .secondary:after,
52687                         figure.guideCover:after,
52688                         .form:after,
52689                         div.clear{clear:both; height:0; overflow:hidden; display:block;
…     content: " ";}
52690                         .container{max-width: 60em; margin:0 auto; background: #fff;
…     -moz-box-shadow: 0 0 2.25em #C9DBE9; -webkit-box-shadow: 0 0 2.25em #C9DBE9;
      box-shadow: 0 0 2.25em #C9DBE9;}
52691                         .lt-ie9 .container{border-left: 1px solid #DFDFDF; border-right:
…     1px solid #DFDFDF;}
52692                         .content{padding: 1.75em 1.875em 0;}
52693                         div.container > .content{padding-bottom: 2.5em; position:relative;}
52694                         header{min-height: 10.19em;}
52695                         #CCF-Logo{display:inline-block;}
52696                         #ccfLogo{color: transparent;float:left; margin-bottom: 1em;}
52697                         #ccfLogoChildrens{display:inline-block;max-width: 100%;}
52698                         #ccfLogoChildrens img{max-width:100%;}
52699
52700                         #utility{text-align: right;}
52701                         #utility .social {margin: .75em 0;}
52702                         div.gradientBar{
52703                         display:block;
52704                         width: 100%;
52705                         border:0;
52706                         border-bottom: #ccc 1px solid;
52707                         margin: 0;
52708                         padding: 0;
52709                         height: 27px;
52710                         background:
…     url(/rs/hilemancleveclinic/images/CC-LP-bg-topGradient.png) left bottom repeat-x
```

```
52710…  #fff;
52711                    background: -moz-linear-gradient(#fff,#e6e6e6);
52712                    background: -webkit-linear-gradient(#fff,#e6e6e6);
52713                    background: -o-linear-gradient(#fff,#e6e6e6);
52714                    background: linear-gradient(#fff,#e6e6e6);
52715                    }
52716                div.gradientBar.bot{
52717                    background:
…    url(/rs/hilemancleveclinic/images/CC-LP-bg-botGradient.png) left top repeat-x #fff;
52718                    background: -moz-linear-gradient(#e6e6e6,#fff);
52719                    background: -webkit-linear-gradient(#e6e6e6,#fff);
52720                    background: -o-linear-gradient(#e6e6e6,#fff);
52721                    background: linear-gradient(#e6e6e6,#fff);
52722                    border:0;
52723                    border-top: #ccc 1px solid;
52724                    }
52725

52726                    .main{position:relative;}
52727                    .subHead{
52728                    position:relative;
52729                    min-height: 14em;
52730                    background:
…    url(/rs/hilemancleveclinic/images/CC-LP-bg-subHeader.png) left bottom repeat-x
…    #e7f1f8;
52731                    background: -moz-linear-gradient(#e7f1f8,#c1def2);
52732                    background: -webkit-linear-gradient(#e7f1f8,#c1def2);
52733                    background: -o-linear-gradient(#e7f1f8,#c1def2);
52734                    background: linear-gradient(#e7f1f8,#c1def2);
52735                    }
52736                .subHead:after{ background: #065ea8; height: 6px; display:block;
…    width: 100%; clear:both; content:' '; position:absolute; bottom:-6px; left:0;}
52737

52738                #hero{width:100%; min-width:360px;}
52739                    .lt-ie9 #hero img{width:auto; min-width:auto;}
52740                    .form{background:#e7f1f8; padding: 1em 1.25em 1.25em;
…    margin-left:auto; margin-right: auto;}
52741                    .callout{border:3px solid #bbb; padding: 1.13em;
…    margin-bottom:2.125em; width: auto; position:relative;}
52742                    .callout .text{padding-left:4.25em; float:left;}
52743                    .callout .mktoImg{width: 48px; width:50px; float:left; height:
…    44px; font-size: 3.687em; position:absolute; top:16px; left: 12px;}
52744                    #Callout1-Img {width: 48px; width:50px; float:left; height: 44px;
…    font-size: 3.687em; position:absolute; top:16px; left: 12px; }
52745                    #Callout2-Img {width: 48px; width:50px; float:left; height: 44px;
…    font-size: 3.687em; position:absolute; top:16px; left: 12px; }
52746                    figure.guideCover img{/*-moz-box-shadow: 0 0 .5em rgba(0,0,0,.4);
…    -webkit-box-shadow: 0 0 .5em rgba(0,0,0,.4); -o-box-shadow: 0 0 .5em rgba(0,0,0,.4);
…    box-shadow: 0 0 .5em rgba(0,0,0,.4);*/ margin-bottom:1em;}
52747                    figure + ul,img + ul{overflow:hidden; padding-left: 1.5em;}
52748                    .content figure{display:inline-block; float:left;
…    margin-bottom:1.4em;}
52749

52750                    /*.lt-ie9 figure.guideCover img{border:1px solid #ccc;}*/
52751                    .secondary {/*over-ride the absolute positioning put on by the
…    id*/position: relative !important;}
52752                    .mktoAsterix{color:red;}
52753                    div.privacy{text-align:right; margin: 1.25em auto 1em; }
52754                    div.privacy p{font-size: .75em;}
52755

52756                    .new_footer .footer_title{display:block; float:left; width:100%;
…    box-sizing:border-box;}
52757                    .new_footer .footer_title:after{content:''; display:block;
…    clear:both; height:12px;}
52758                    .new_footer a{display: inline-block; float: left; margin-right:
…    5px; margin-bottom: 6px;}
52759                    .new_footer a > img.icon {display:inline-block; width: 36px;
…    height: 36px;}
52760                    .new_footer a > img.hub {display:inline-block; height: 36px;
```

```
52760…  width:105px;}
52761
52762
52763                     /*form styles*/
52764                     input[type=text],
52765                     input[type=email],input[type=date]{width: 100% !important; padding:
    .125em .4em !important; border: 1px solid #ccc; box-sizing: border-box; height:
    1.875em !important;}
52766                     .mktoButtonWrap .mktoPurpleCandy{margin-left:0 !important;}
52767                     button[type=submit].mktoButton{border:0; display:inline-block;
    float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
    color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
    clear:both; white-space:nowrap;
52768                     background: #2770a1;
52769                     background: -moz-linear-gradient(#2770a1,#184563);
52770                     background: -webkit-linear-gradient(#2770a1,#184563);
52771                     background: -o-linear-gradient(#2770a1,#184563);
52772                     background: linear-gradient(#2770a1,#184563);
52773                     }
52774                     button[type=submit].mktoButton:after{content: "\e601";
    display:inline-block; font-size:19px; color:#fff; width: 19px; height: 19px;
    vertical-align: middle; margin-left: 14px;
52775                     font-family: 'icomoon'; speak: none;font-style: normal;font-weight:
    normal;font-variant: normal;text-transform: none;line-height:
    1;-webkit-font-smoothing: antialiased;
52776                     -moz-osx-font-smoothing: grayscale;}
52777
52778                     button[type=submit].mktoButton:hover{background:#184563;}
52779                     .mktoButtonRow{width: 100%;}
52780                     .mktoFieldWrap > div.mktoHasWidth{width: 100% !important;}
52781                     .form h3{margin: 0 0 .5em; border-bottom:3px dotted #fff; width:
    100%;}
52782                     .form div[style]{width: auto !important; clear: both;}
52783                     .form label{margin-top: 0.5em; width: auto !important; display:
    inline-block !important; float: none !important; text-align:left !important;}
52784                     .mktoForm .mktoFormCol{width: 100%;}
52785                     .form input[type=checkbox] + label{display:block !important;
    box-sizing:border-box; margin-left:0; padding-left: 1.5em;}
52786                     .form label .mktoAsterix {float: left !important; padding-left: 0
    !important; padding-right: 4px !important;}
52787                     .mktoForm .mktoLabel {padding-top: 0.8em !important;}
52788                     .yesIdLikeTo { margin-top: 0.75em !important; padding-top: 0.75em
    !important; border-top: 2px dotted #75797C; padding-bottom: 1.25em !important;}
52789                     .subHead a > img[src*='download_btn.gif'] {margin-bottom: 12px;}
52790
52791             .mktoForm .mktoRadioList > label, .mktoForm .mktoCheckboxList >
    label{display:block !important;}
52792                     #mkto_gen_hero{width: 40%; float:right;overflow: hidden;}
52793
52794                     /* ===================== *
52795                     | Media query styles |
52796                     *  ===================== */
52797
52798
52799                     @media only screen and (min-width: 20em) and (max-width: 40em) {
52800                     .content{padding: 1.75em 1em 0;}
52801                     }
52802
52803                     @media only screen and (max-width: 47.063em) {
52804                     menu, ol, ul {padding: 0 0 0 10px;}
52805                     .container{margin: 0 0.6em;}
52806                     #hero{display:none;}
52807                     .main{margin-bottom:1em;}
52808                     .secondary{clear:both; max-width: 38em; margin-left:auto;
    margin-right:auto; width: 100% !important;}
52809
52810                     } /* max-width 754px, mobile-only styles, use when QAing mobile
    issues */
```

```
52811                       /* Medium screens */
52812                       @media only screen and (max-width: 40.063em) {
52813
52814
52815                           #ccfLogoChildrens{ padding-bottom:1em; max-width: 268px;}
52816                       #utility{clear:both;}
52817                       .guideCover{padding-top: 200px;position:relative;}
52818                       .guideCover figure{position:absolute; top:0; left:0; width: 100%;
…   margin-top:1.25em;}
52819                       .guideCover figure img{display: block; margin:auto;}
52820
52821                       .container .main{ padding-top: 1em;}
52822                       } /* min-width 641px, medium screens */
52823
52824                       @media only screen and (min-width: 40.063em) and (max-width: 64em)
…   {
52825                       h1 {font-size: 2em;}
52826                       #utility{width: 40%; float:right;}
52827                       figure.guideCover{width: 10em; float:left; display:inline-block;}
52828                       .lt-ie9 figure.guideCover + ul{margin-left: 7.8125em;}
52829                       } /* min-width 641px and max-width 1024px, use when QAing
…   tablet-only issues */
52830
52831                       @media only screen and (min-width: 47.125em) and (max-width: 64em)
…   {
52832                       .container{margin: 0 1em;}
52833                       #utility{width: 40%; float:right;}
52834                       #hero{float:right; width: 40%; overflow:hidden;}
52835                       .subHead .content {width: 60%;}
52836                       .main{width:59%; float:left; padding-right:1em;}
52837                       .secondary{width:38%; float:right;}
52838                       } /* min-width 754px and max-width 1024px, use when QAing
…   tablet-only issues */
52839
52840                       /* Large screens */
52841                       @media only screen and (min-width: 64.063em) {
52842                       #utility{width: 40%; float:right;}
52843                       #utility .social{}
52844                       .subHead{/*height:16.875em;*/}
52845                       .subHead .content {width: 60%;}
52846                       #hero{float:right; width: 100%; display:block;}
52847                       .callout{float:right; clear:both;}
52848                       .main{width:59%; float:left; padding-right:1.5em;}
52849                       .secondary{width:38%; float: right;}
52850                       figure.guideCover{float:left; width: 7.8125em;}
52851                       figure.guideCover + ol,
52852                       figure.guideCover + ul{margin-left: 7.5em;}
52853                       } /* min-width 1025px, large screens */
52854
52855                   </style>
52856               <!--[if lte IE 8]>
52857                   <link rel="stylesheet" href="/rs/434-PSA-612/images/ccf-main.css">
52858                   <script src="/rs/hilemancleveclinic/images/respond.js"></script>
52859               <![endif]-->
52860
52861               <!--<link rel="stylesheet" href="css/marketo-form-styles.css">-->
52862               <script
…   src="/rs/hilemancleveclinic/images/modernizr.custom.71565.js"></script>
52863               <!-- Variable Styles -->
52864               <style>
52865                   #CCF-Guide-Area {
52866                       display:block;
52867                   }
52868                   #CCF-Callout1 {
52869                       display: block;
52870                   }
52871                   #CCF-Callout2 {
52872                       display: block;
```

```
52873                    #CCF-Callout3 {
52874                        display: none;
52875                    }
52876                    #CCF-Callout4 {
52877                        display: none;
52878                    }
52879
52880                    #ccfAdditionalText {
52881                        display: block;
52882                    }
52883
52884
52885                </style>
52886            <link rel="shortcut icon" href="/favicon.ico" type="image/x-icon" >
52887  <link rel="icon" href="/favicon.ico" type="image/x-icon" >
52888
52889
52890  <style>.mktoGen.mktoImg {display:inline-block; line-height:0;}</style>
52891            </head>
52892            <body id="bodyId">
52893
52894                <!-- Google Tag Manager --> <noscript><iframe
    src="//www.googletagmanager.com/ns.html?id=GTM-3M4W" height="0" width="0"
    style="display:none;visibility:hidden"></iframe></noscript>
    <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start': new
    Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
    j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
    '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
    })(window,document,'script','dataLayer','GTM-3M4W');</script> <!-- End Google Tag
    Manager -->
52895
52896                <div class="container">
52897                    <header>
52898                        <div class="gradientBar"></div>
52899                        <div class="content">
52900                            <div class="mktoText" id="CCF-Logo"><a
    href="http://my.clevelandclinic.org" id="ccfLogo" target="_blank"><img
    src="/rs/hilemancleveclinic/images/CC-LP-ccf-logo.gif"></a></div>
52901                            <div id="utility" class="mktoText"><p style="font-size:
    14px;">Testicular Cancer Treatment<br />Request an Appointment:
    <strong>866.223.8100</strong></p>
52902  <div class="social" style="margin: 0px;"><!-- Go to www.addthis.com/dashboard to
    generate a new set of sharing buttons -><a
    href='https://api.addthis.com/oexchange/0.8/forward/facebook/offer?url=http%3A%2F%
    2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
    20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
    src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/facebook.png' border='0'
    alt='Facebook'/></a><a
    href='https://api.addthis.com/oexchange/0.8/forward/twitter/offer?url=http%3A%2F%
    2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
    20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
    src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/twitter.png' border='0'
    alt='Twitter'/></a><a
    href='https://api.addthis.com/oexchange/0.8/forward/google_plusone_share/offer?url=
    http%3A%2F%2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%
    20likes%2C%20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
    src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/google_plusone_share.png'
    border='0' alt='Google+'/></a><a
    href='https://www.addthis.com/bookmark.php?source=tbx32nj-1.0&v=300&url=http%3A%2F%
    2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
    20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
    src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/addthis.png' border='0'
    alt='Addthis'/></a>--><!-- Go to www.addthis.com/dashboard to customize your tools
    -->
52903  <div class="addthis_sharing_toolbox"><br /></div>
52904  </div></div>
52905                            </div>
52906                        </header>
```

Page 1651

```
52907                    <div class="subhead">
52908                    <div class="mktoImg mktoGen" id="mkto_gen_hero"><img
 …  class="lpimg" src="/rs/434-PSA-612/images/test-hero.png" id="hero"></div>
52909                    <div class="content mktoText" id="CCF-Title">
52910                        <h1>Understand Your Options for  Testicular Cancer
 …  Treatment</h1>
52911                        <h3>Download your free Testicular Cancer Treatment
 …  Guide.</h3>
52912                    </div>
52913                </div>
52914                <div class="content">
52915                    <div class="secondary">
52916                    <h2>Download Our Testicular Cancer Treatment Guide</h2>
52917
52918                    <div class="form mktoForm" id="CCF-Form"><div
 …  id='lpeCDiv_28193' class='lpCElement Basic_Program_-_Treatment_Guide_FORM'><span
 …  class='lpContentsItem formSpan'>
52919 <script src="/js/forms2/js/forms2.min.js"></script>
52920 <form class="mktoForm" id="mktoForm_1252">
52921 </form>
52922 <script>
52923  (function (){
52924      var formDescriptor = {"Id":1252,"Vid":1252,"Status":"approved","Name":"Basic
 …  Program - Treatment Guide
 …  FORM","Description":"","Layout":"above","GutterWidth":10,"OffsetWidth":10,"
 …  HasTwoButtons":true,"SubmitLabel":"Download
 …  Now","ResetLabel":"Clear","ButtonLocation":"58","LabelWidth":100,"FieldWidth":150,"
 …  ToolTipType":"none","FontFamily":"Arial, Verdana,
 …  sans-serif","FontSize":"13px","FontColor":"#333","FontUrl":null,"LineMargin":10,"
 …  ProcessorVersion":2,"CreatedByUserid":863,"ProcessOptions":{"language":"English","
 …  locale":"en_US","profiling":{"isEnabled":false,"numberOfProfilingFields":3,"
 …  alwaysShowFields":[]},"socialSignOn":{"isEnabled":false,"enabledNetworks":[],"cfId":
 …  null,"codeSnippet":null},"knownLead":{"type":"form","template":""}},"
 …  EnableDeferredMode":0,"ButtonType":null,"ButtonImageUrl":null,"ButtonText":null,"
 …  ButtonSubmissionText":"Please
 …  Wait","ButtonStyle":{"id":7,"className":"mktoPurpleCandy","css":".mktoForm
 …  .mktoButtonWrap.mktoPurpleCandy .mktoButton {\nbackground-color:
 …  #9e76e8;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
 …  color-stop(0%, #9e76e8), color-stop(50%, #7038e0), color-stop(50%, #6021de),
 …  color-stop(100%, #6224de));\nbackground-image: -webkit-linear-gradient(top, #9e76e8
 …  0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nbackground-image:
 …  -moz-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de
 …  100%);\nbackground-image: -ms-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de
 …  50%, #6224de 100%);\nbackground-image: -o-linear-gradient(top, #9e76e8 0%, #7038e0
 …  50%, #6021de 50%, #6224de 100%);\nbackground-image: linear-gradient(to bottom,
 …  #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nborder-radius: 3px;\ncolor:
 …  #fff;\nfont: bold 12px\/1 \"helvetica neue\", helvetica, arial, sans-serif;\npadding:
 …  10px 0 12px 0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
 …  150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
 …  .mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground-color:
 …  #8d69cf;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
 …  color-stop(0%, #8d69cf), color-stop(50%, #6332c7), color-stop(50%, #551dc4),
 …  color-stop(100%, #561fc4));\nbackground-image: -webkit-linear-gradient(top, #8d69cf
 …  0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\nbackground-image:
 …  -moz-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4
 …  100%);\nbackground-image: -ms-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4
 …  50%, #561fc4 100%);\nbackground-image: -o-linear-gradient(top, #8d69cf 0%, #6332c7
 …  50%, #551dc4 50%, #561fc4 100%);\nbackground-image: linear-gradient(to bottom,
 …  #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\n-webkit-background-clip:
 …  padding-box;\ncursor: pointer;\n}\n.mktoForm .mktoButtonWrap.mktoPurpleCandy
 …  .mktoButton:active {\nbackground: #4a1aab;\nbackground: -moz-radial-gradient(50% 31%
 …  0deg, circle cover, rgba(38, 76, 153, 0.4), rgba(11, 23, 46, 0.4)),
 …  -moz-linear-gradient(top, #7b5cb5 0%, #572bad 50%, #4a1aab 50%, #4b1bab
 …  100%);\nbackground: -webkit-gradient(radial, 50% 20%, 75, 50% 50%, 0, from(rgba(38,
 …  76, 153, 0.4)), to(rgba(11, 23, 46, 0.4))), -webkit-gradient(linear, 0 0, 0 100%,
 …  color-stop(0, #7b5cb5), color-stop(0.5, #572bad), color-stop(0.5, #4a1aab),
 …  color-stop(1, #4b1bab));\ncolor: #ddd;\n-webkit-background-clip:
 …  padding-box;\n}\n\n","buttonColor":"#2770a1"},"ThemeStyle":{"id":2,"displayOrder":1,"
```

52924... ||.. name : "Simple", "backgroundColor" : "#fff", "layout" : "left", "fontFamily" : "Helvetica,
.. Arial,
.. sans-serif", "fontSize" : "13px", "fontColor" : "#333", "offsetWidth" : 10, "gutterWidth" : 10,"
.. labelWidth" : 100, "fieldWidth" : 150, "lineMargin" : 10, "useBackgroundColorOnPreview" : false,
.. "css" : ".mktoForm fieldset.mkt3-formEditorFieldContainer{border: solid 1px
.. gray;}.mktoForm fieldset.mkt3-formEditorFieldContainer legend{padding:0
.. 1em;}", "href" : "css\/forms2-theme-simple.css", "buttonStyleId" : 11}, "ThemeStyleOverride"
.. : "\/* Add your custom CSS below *\/\n\n\/*forms2.css
.. *\/\n#mktoStyleLoaded{background-color:#123456;display:none}\n.mktoForm{text-align:
.. left}\n.mktoForm .mktoClear{clear:both;float:none}\n.mktoForm div,.mktoForm
.. span,.mktoForm label,.mktoForm p{text-align:left;margin:0;padding:0}\n.mktoForm
.. input,.mktoForm select,.mktoForm textarea{margin:0}\n.mktoForm
.. *{font-family:inherit}\n.mktoForm .mktoOffset{float:left;height:1.2em}\n.mktoForm
.. .mktoGutter{float:left;height:1.2em}\n.mktoForm .mktoFieldWrap{float:left}\n.mktoForm
.. .mktoLabel{float:left;line-height:1.2em;padding-top:.3em}\n.mktoForm
.. .mktoField{line-height:1.2em;font-size:1em;float:left}\n.mktoForm
.. .mktoPlaceholder{float:left}\n.mktoForm .mktoLogicalField{float:left}\n.mktoForm
.. fieldset{padding:0;margin:0}\n.mktoForm fieldset legend{margin:0 1em
.. .5em;color:inherit}\n.mktoForm a.mktoNotYou{cursor:pointer;color:#4692f3}\n.mktoForm
.. a.mktoNotYou:hover{text-decoration:underline}\n.mktoForm
.. .mktoAsterix{float:right;color:#bf0000;padding-left:5px;display:none}\n.mktoForm
.. .mktoRadioList,.mktoForm .mktoCheckboxList{padding:.3em;float:left}\n.mktoForm
.. .mktoRadioList \u003E label,.mktoForm .mktoCheckboxList \u003E
.. label{margin-left:1.5em;margin-top:.1em;margin-bottom:.3em;line-height:1.2em;display:
.. block;min-height:12px}\n.mktoForm.ie7 .mktoRadioList \u003E label,.mktoForm.ie7
.. .mktoCheckboxList \u003E label{padding:.2em 0 0}\n.mktoForm .mktoRadioList \u003E
.. label \u003E input,.mktoForm .mktoCheckboxList \u003E label \u003E
.. input{float:left;margin:0;margin-left:-1.5em}\n.mktoForm .mktoRadioList \u003E
.. input,.mktoForm .mktoCheckboxList \u003E input{padding:0}\n.mktoForm .mktoLabelToLeft
.. \u003E label{text-align:right;margin-left:0;margin-right:1.5em}\n.mktoForm
.. .mktoLabelToLeft input[type=checkbox],.mktoForm .mktoLabelToLeft
.. input[type=radio]{position:absolute;right:.3em}\n.mktoForm.mktoLayoutAbove
.. .mktoRequiredField
.. .mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoForm
.. .mktoRequiredField .mktoAsterix{display:block}\n.mktoForm .mktoRequiredField
.. label.mktoLabel{font-weight:bold}\n.mktoForm input[type=text],.mktoForm
.. input[type=url],.mktoForm input[type=email],.mktoForm input[type=tel],.mktoForm
.. input[type=number],.mktoForm input[type=date]{padding:.1em
.. .2em;line-height:1.2em;margin:0}\n.mktoForm input[type=range]{padding:.25em
.. 0;margin:0}\n.mktoForm input[type=range]::-ms-tooltip{display:none}\n.mktoForm
.. input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
.. input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
.. textarea.mktoField,.mktoForm
.. select.mktoField{-moz-box-sizing:border-box;-webkit-box-sizing:border-box;-webkit-box
.. -sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;}\n.mktoForm
.. .mktoFormRow{clear:both}\n.mktoForm
.. .mktoFormCol{float:left;position:relative;min-height:2em}\n.mktoButtonRow{display:
.. inline-block;position:relative}\n.mktoForm
.. textarea.mktoField{display:inline-block;padding:.2em;margin:0;line-height:1.2em;
.. overflow:auto;resize:none;float:none}\n.mktoForm
.. textarea[rows=\"1\"]{height:2em}\n.mktoForm
.. textarea[rows=\"2\"]{height:3.4em}\n.mktoForm
.. textarea[rows=\"3\"]{height:4.6em}\n.mktoForm
.. textarea[rows=\"4\"]{height:5.8em}\n.mktoForm
.. textarea[rows=\"5\"]{height:7em}\n.mktoForm
.. textarea[rows=\"6\"]{height:8.2em}\n.mktoForm
.. textarea[rows=\"7\"]{height:9.4em}\n.mktoForm
.. textarea[rows=\"8\"]{height:10.6em}\n.mktoForm.mktoLayoutCenter
.. .mktoLabel{text-align:right}\n.mktoForm.mktoLayoutAbove
.. .mktoGutter{display:none}\n.mktoForm.mktoLayoutAbove
.. .mktoLabel{text-align:left}\n.mktoForm.mktoLayoutAbove
.. .mktoRadioList,.mktoForm.mktoLayoutAbove
.. .mktoCheckboxList{float:none;clear:left}\n.mktoForm.mktoLayoutAbove
.. .mktoField,.mktoForm.mktoLayoutAbove
.. .mktoLogicalField{clear:left}\n.mktoForm.mktoLayoutAbove
.. textarea.mktoField{float:left}\n.mktoForm
.. .mktoError{position:absolute;z-index:99;color:#bf0000}\n.mktoForm .mktoError
.. .mktoErrorArrowWrap{width:16px;height:8px;overflow:hidden;position:absolute;top:0;

Page 1653

```
52924…  left:75px;z-index:100}\n.mktoForm .ie7 .mktoError
    …   .mktoErrorArrowWrap{top:-8px}\n.mktoForm .mktoError
    …   .mktoErrorArrow{background-color:#e51b00;border:1px solid
    …   #9f1300;border-right:none;border-bottom:none;display:inline-block;height:16px;-webkit
    …   -transform:rotate(45deg);-moz-transform:rotate(45deg);transform:rotate(45deg);-ms-
    …   transform:rotate(45deg);width:16px;margin-top:5px}\n.mktoForm .mktoError
    …   .mktoErrorArrowWrap.mktoArrowImage{background:transparent
    …   url(\"..\/images\/callout-arrow-up-red.png\") top center
    …   no-repeat;bottom:-7px}\n.mktoForm .mktoError .mktoErrorArrowWrap.mktoArrowImage
    …   .mktoErrorArrow{display:none}\n.mktoForm .mktoError
    …   .mktoErrorMsg{display:block;margin-top:7px;background-color:#e51b00;background-image:
    …   -webkit-linear-gradient(#e51b00 43%, #ba1600
    …   100%);background-image:-moz-linear-gradient(#e51b00 43%, #ba1600
    …   100%);background-image:linear-gradient(#e51b00 43%, #ba1600
    …   100%);background-image:-ms-linear-gradient(#e51b00 43%, #ba1600 100%);border:1px
    …   solid
    …   #9f1300;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
    …   65) 0 2px 7px,inset #ff3c3c 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
    …   #ff3c3c 0 1px
    …   0;color:#f3f3f3;font-size:1em;line-height:1.2em;max-width:16em;padding:.4em
    …   .6em;text-shadow:#901100 0 -1px 0}\n.mktoForm .mktoError .mktoErrorMsg
    …   .mktoErrorDetail{display:block}\n.mktoForm
    …   button.mktoButton{cursor:pointer;margin:0}\n.mktoForm
    …   button.mktoButton:disabled{opacity:.5;-ms-filter:\"progid:DXImageTransform.Microsoft.
    …   Alpha(Opacity=50)\";filter:alpha(opacity=50);cursor:default}\n.mktoNoJS
    …   .mktoLabel{display:block;padding-right:10px;width:110px;text-align:right}\n.mktoNoJS
    …   input[type=text]{width:150px}\n.mktoForm .cf_widget_socialsignon
    …   .cf_sign_on{margin-bottom:1.5em}\n.mktoForm .mktoRangeField
    …   .mktoRangeValue{zoom:1;float:left;display:none;text-align:center;position:absolute;z-
    …   index:99;color:#000}\n.ie7 .mktoRangeField .mktoRangeValue,.mktoForm.ie6
    …   .mktoRangeField .mktoRangeValue{position:relative}\n.mktoForm
    …   .mktoRangeField.mktoHover .mktoRangeValue{display:block}\n.mktoForm .mktoRangeField
    …   .mktoRangeValueArrowWrap{width:16px;height:8px;overflow:hidden;position:absolute;
    …   bottom:-7px;z-index:100}\n.mktoForm .mktoRangeField
    …   .mktoRangeValueArrow{background-color:#028d05;border:1px solid
    …   #005602;height:16px;-webkit-transform:rotate(45deg);-moz-transform:rotate(45deg);
    …   transform:rotate(45deg);-ms-transform:rotate(45deg);width:16px;background-color:#
    …   007d04;border-left:none;border-top:none;margin-top:5px;position:absolute;bottom:5px}\
    …   n.mktoForm .mktoRangeField
    …   .mktoRangeValueArrowWrap.mktoArrowImage{background:transparent
    …   url(\"..\/images\/callout-arrow-down-green.png\") top center
    …   no-repeat;bottom:-7px}\n.mktoForm .mktoRangeField
    …   .mktoRangeValueArrowWrap.mktoArrowImage .mktoRangeValueArrow{display:none}\n.mktoForm
    …   .mktoRangeField
    …   .mktoRangeValueText{display:block;background-color:#028d05;background-image:-webkit-
    …   linear-gradient(#028d05 43%, #007d04
    …   100%);background-image:-moz-linear-gradient(#028d05 43%, #007d04
    …   100%);background-image:linear-gradient(#028d05 43%, #007d04
    …   100%);background-image:-ms-linear-gradient(#028d05 43%, #007d04 100%);border:1px
    …   solid
    …   #005602;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
    …   65) 0 2px 7px,inset #00a500 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
    …   #00a500 0 1px 0;color:#f3f3f3;font-size:1em;line-height:1.2em;padding:.4em
    …   .6em;text-shadow:#005602 0 -1px
    …   0;text-align:center}\n.mktoModal{position:absolute;top:0;left:0;right:0}\n.mktoModal
    …   .mktoModalMask{position:absolute;z-index:10000;top:0;left:0;right:0;zoom:1;background
    …   :rgba(0,0,0,0.5);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=#
    …   80000000,
    …   endColorstr=#80000000);-ms-filter:\"progid:DXImageTransform.Microsoft.gradient(
    …   startColorstr=#80000000, endColorstr=#80000000)\"}\n.mktoModal
    …   .mktoModalContent{position:absolute;z-index:10001;background:#fff;padding:10px}\n.
    …   mktoModal
    …   .mktoModalClose{position:absolute;cursor:pointer;top:-10px;right:-10px;background:#
    …   000;color:#fff;width:19px;height:19px;font-family:Arial,Helvetica,sans-serif;font-
    …   size:13px;line-height:19px;-webkit-border-radius:19px;border-radius:19px;text-align:
    …   center;border:2px solid #ccc}\n@media only screen and (max-width:
    …   480px){.mktoForm,.mktoForm
    …   *{-webkit-box-sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;-moz
```

Page 1654

```
... -box-sizing:border-box;padding:0px}\n.mktoForm .mktoGutter,.mktoForm
... .mktoOffset{display:none}\n.mktoForm .mktoFormCol
... .mktoLabel{text-align:left;width:100%}\n.mktoForm .mktoFormCol{float:none}\n.mktoForm
... .mktoFieldWrap{float:none}\n.mktoForm fieldset{padding:0 10px}\n.mktoForm
... input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
... input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
... textarea.mktoField,.mktoForm
... select.mktoField{width:100%;height:1.5em;line-height:1.5em;font-size:18px}\n.mktoForm
... select.mktoField{height:auto}\n.mktoForm .mktoFormRow
... .mktoField{clear:left}\n.mktoForm .mktoFormRow .mktoFormCol{clear:both}\n.mktoForm
... .mktoRadioList,.mktoForm .mktoCheckboxList{width:100%}\n.mktoForm .mktoFormRow
... .mktoRequiredField
... .mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoModal
... .mktoModalContent{padding:10px 0}\n.mktoModal
... .mktoModalClose{right:0}\n}\n\n\n\/*forms2-theme-simple.css*\/\n#mktoStyleLoaded {\n
... \/* css load detection, do not remove *\/\n  color:#123456;\n}\n.mktoForm fieldset
... {}\n.mktoForm fieldset legend{}\n.mktoForm input[type=text],\n.mktoForm
... input[type=url],\n.mktoForm input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
... input[type=number],\n.mktoForm input[type=date]{}\n.mktoForm
... input[type=text],\n.mktoForm input[type=url],\n.mktoForm
... input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
... input[type=number],\n.mktoForm input[type=date],\n.mktoForm
... textarea.mktoField,\n.mktoForm select.mktoField {\n  padding:2px 3px;\n}\n\n.mktoForm
... input[type=text]:focus,\n.mktoForm input[type=url]:focus,\n.mktoForm
... input[type=email]:focus,\n.mktoForm input[type=tel]:focus,\n.mktoForm
... input[type=number]:focus,\n.mktoForm input[type=date]:focus,\n.mktoForm
... select.mktoField:focus,\n.mktoForm
... textarea.mktoField:focus{}\n\n\n\/*mktLPSupport.css *\/\ndiv.boxSpan {\n  overflow:
... hidden;\n}\nspan.lpContentsItem.richTextSpan {\n  display:
... block;\n}\nspan.lpContentsItem p:first-child{\n  margin-top: 0px;\n}\n\na.lpImageLink
... img {\n  border: none;\n}\nform.lpeRegForm {\n  margin: 0px;\n  padding:
... 0px;\n}\nform.lpeRegForm ul {\n  margin: 0px;\n  padding: 0px;\n  list-style:
... none;\n}\nform.lpeRegForm li {\n  margin: 0px;\n  padding: 1px 10px 3px 10px;\n
... list-style: none;\n  clear: both;\n}\nform.lpeRegForm label {\n  padding-right:
... 20px;\n  float: left;\n  text-align: left;\n}\nform.lpeRegForm li.mktLblRight label
... {\n  float: none;\n}\nform.lpeRegForm li.mktLblRight input[type='checkbox'] {\n
... position: relative;\n  left: -4px;\n}\nform.lpeRegForm ul.mktLblCenter label {\n
... text-align: right;\n}\nform.lpeRegForm ul.mktLblAbove span.mktInput {\n  clear:
... both;\n}\nform.lpeRegForm ul.mktLblAbove label {\n  padding-left:
... 10px;\n}\nform.lpeRegForm ul.mktLblAbove li.mktFormReq label {\n  background:
... url(\/images\/forms\/backRequiredGray.gif) no-repeat -5px 0px;\n}\nform.lpeRegForm
... ul.mktLblAbove li#mktFrmButtons label {\n  display: none;\n}\nform.lpeRegForm
... li.mktFormReq label {\n  font-weight: bold;\n  background:
... url(\/images\/forms\/backRequiredGray.gif) no-repeat right 0px;\n}\nspan.mktError {\n
... text-align: left;\n  position: relative;\n}\nspan.mktError input {\n  background:
... #ECEFFF;\n}\nspan.mktError span.mktFormMsg {\n  display: inline;\n  position:
... absolute;\n  top: 2px;\n  left: 4px;\n  xcolor: #8C8FFF;\n  color: red;\n  font-size:
... small;\n  width: 200px;\n}\n\n\n\/* New shell icons for the landing page editor menu.
... Remove these when the landing page editor is full new shell *\/\n.mkiLpeIcon16 a {\n
... background-position: 0 !important;\n}\n\n.mkiLpeFormBlueEdit a {\n  background-image:
... url(\/images\/icons16\/form_blue_edit.png) !important;\n  float: none
... !important;\n}\n\n.mkiLpeHandGrab2 a {\n  background-image:
... url(\/images\/icons16\/hand_grab2.png) !important; \n  float: none
... !important;\n}\n\n.mkiLpeHardDrive a {\n  background-image:
... url(\/images\/icons16\/hard_drive.png) !important;  \n  float: none
... !important;\n}\n\n.mkiLpeDocumentUp a {\n  background-image:
... url(\/images\/icons16\/document_up.png) !important;  \n  float: none
... !important;\n}\n\n\n\/* Ideally it is normalized for all the browser\n  but we'll make
... it targetted for apple devices. Note that this\n  issue is not applicable for
... android devices which is a mobile\n  safari webkit as well *\/\n.mktIpad
... span.mktInput input,\n.mktIpod span.mktInput input,\n.mktIphone span.mktInput input
... {\n  margin-bottom: 1px;\n  padding: 1px 0;\n}\n\n\/*inline style sheet #12
... *\/\n\/*.mktoForm .mktoButtonWrap.mktoPurpleCandy .mktoButton
... {\nbackground:#2770a1;\nborder-radius: 3px;\ncolor: #fff;\nfont: bold 12px\/1
... \"helvetica neue\", helvetica, arial, sans-serif;\npadding: 10px 0 12px
... 0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
... 150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
... .mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground:#2770a1;\ncursor:
```

52924... pointer;\n}\n.mktoForm .mktoButtonWrap.mktoSimpleCandy .mktoButton:hover.active
{\nbackground: #2770a1;\n-webkit-background-clip: padding-box;\n}*\/\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton {background:#2770a1;}\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton:hover {background:#2770a1;}\n\nform
{width:auto !important; margin-left: auto; margin-right: auto}\n.mktoForm
.mktoFieldWrap {width:100%;}\n.mktoForm .mktoOffset {width:0 !important;}\n.mktoForm
.mktoLabel {width:100% !important;}\n.mktoFormCol {margin-bottom:0 !important;
padding-bottom:10px;}\n\n.mktoForm .mktoFormRow {background: #e7f1f8; padding: .25em
0em;}\n\n.mktoButtonRow {background: #e7f1f8; padding: .5em 1.25em 1.25em
!important;}\n.lt-ie9 .mktoForm .mktoButtonWrap.mktoPurpleCandy
.mktoButton{padding:1em !important;}\n.lt-ie9 .mktoForm
.mktoButtonWrap.mktoPurpleCandy .mktoButton:after{display:none;}\n.mktoButtonWrap
.mktoPurpleCandy button[type=submit].mktoButton{border:0; display:inline-block;
float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
clear:both; white-space:nowrap;\n  background: #2770a1;\n  background:
-moz-linear-gradient(#2770a1,#184563);\n  background:
-webkit-linear-gradient(#2770a1,#184563);\n  background:
-o-linear-gradient(#2770a1,#184563);\n  background:
linear-gradient(#2770a1,#184563);\n}\n.mktoButtonWrap .mktoPurpleCandy
button[type=submit].mktoButton:after{content: \"\\e601\"; display:inline-block;
font-size:19px; color:#fff; width: 19px; height: 19px; vertical-align: middle;
margin-left: 14px;\nfont-family: 'icomoon'; speak: none;font-style:
normal;font-weight: normal;font-variant: normal;text-transform: none;line-height:
1;-webkit-font-smoothing: antialiased;\n-moz-osx-font-smoothing: grayscale;}\n.form
label .mktoAsterix {float: left !important; padding-left: 0 !important;
padding-right: 4px
!important;}","FormFollowup":"\/\/pages.clevelandclinic.org\/testicular-cancer-
lpthankyou.html","rows":[[{"Id":8200,"Name":"FirstName","IsRequired":true,"Datatype":
"string","Maxlength":255,"InputLabel":"First
Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
This field is
required."}],[{"Id":8201,"Name":"LastName","IsRequired":true,"Datatype":"string","
Maxlength":255,"InputLabel":"Last
Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
This field is
required."}],[{"Id":8202,"Name":"PostalCode","IsRequired":true,"Datatype":"string","
Maxlength":255,"InputLabel":"Zip:","InputInitialValue":"","InputSourceChannel":"
constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
required."}],[{"Id":8199,"Name":"Email","IsRequired":true,"Datatype":"email","
Maxlength":255,"InputLabel":"Email","InputInitialValue":"","InputSourceChannel":"
constant","ValidationMessage":"Must be valid email. \u003Cspan
class='mktoErrorDetail'\u003Eexample@yourdomain.com\u003C\/span\u003E"}],[{"Id":8203,
"Name":"DateofBirth","IsRequired":true,"Datatype":"date","InputLabel":"Date of
Birth","InputInitialValue":"","InputSourceChannel":"constant","ProfilingFieldNumber":
0,"ValidationMessage":"Must be a valid
date."}],[{"Id":8204,"Name":"HtmlText_2014-12-08T19:15:46.945Z","Datatype":"htmltext"
,"InputInitialValue":"","LabelWidth":260,"ProfilingFieldNumber":0,"Htmltext":"\
u003Chr style=\"color: #75797c; border-top: 2px dotted #75797C; background: #e7f1f8;
margin-bottom: 0;\"
\/\u003E","IsLabelToLeft":true}],[{"Id":8205,"Name":"hGOptIn","Datatype":"checkbox",
"PicklistValues":[{"label":"Yes, I would like to receive additional information from
Cleveland
Clinic.","value":"yes"}],"InputLabel":"","InputInitialValue":"","InputSourceChannel":
"constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
required."}],[{"Id":8211,"Name":"cSCustomerRating","Datatype":"hidden","Maxlength":
255,"InputLabel":"cSCustomerRating:","InputInitialValue":"Testicular Cancer Treatment
Guide","InputSourceChannel":"constant","InputSourceSelector":"","ProfilingFieldNumber
":0,"DisablePrefill":true},{"Id":8212,"Name":"cSOrderNum","Datatype":"hidden",
Maxlength":255,"InputLabel":"csOrderNum:","InputInitialValue":"LF-03-0038-
TesticularCancer","InputSourceChannel":"constant","InputSourceSelector":"_mkto_trk","
ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8206,"Name":"utmcampaign","
Datatype":"hidden","Maxlength":255,"InputLabel":"utm_campaign:","InputInitialValue":"
","InputSourceChannel":"url","InputSourceSelector":"utm_campaign","
ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8210,"Name":"utmterm","Datatype"
:"hidden","Maxlength":255,"InputLabel":"utm_term:","InputInitialValue":"","
InputSourceChannel":"url","InputSourceSelector":"utm_term","ProfilingFieldNumber":0,"
DisablePrefill":true},{"Id":8209,"Name":"utmsource","Datatype":"hidden","Maxlength":

```
52924     255,"InputLabel":"utm_source:","InputInitialValue":"","InputSourceChannel":"url","
      …   InputSourceSelector":"utm_source","ProfilingFieldNumber":0,"DisablePrefill":true},{"
      …   Id":8207,"Name":"utmcontent","Datatype":"hidden","Maxlength":255,"InputLabel":"
      …   utm_content:","InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector"
      …   :"utm_content","ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":8208,"Name":"
      …   utmmedium","Datatype":"hidden","Maxlength":255,"InputLabel":"utm_medium:","
      …   InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector":"utm_medium","
      …   ProfilingFieldNumber":0,"DisablePrefill":true}],[{"Id":8213,"Name":"firstFormFill","
      …   Datatype":"hidden","InputLabel":"First Form Fill:","InputInitialValue":"2016-09-09
      …   17:39:56","InputSourceChannel":"constant","InputSourceSelector":"","
      …   ProfilingFieldNumber":0,"DisablePrefill":true}]],"fieldsetRows":[],"action":"\/index.
      …   php\/leadCapture\/save","munchkinId":"434-PSA-612"};
52925     MktoForms2.setOptions({baseUrl:'/js/forms2/'});
52926     var isDev = false;
52927     if(isDev && window.console && window.JSON){
52928         console.log(JSON.stringify(formDescriptor, null, "  "));
52929     }
52930     var form = MktoForms2.newForm(formDescriptor, function (form){
52931         var lpFields =
      …   {"lpId":2169,"subId":68,"munchkinId":"434-PSA-612","lpurl":"\/\/pages.clevelandclinic
      …   .org\/testicular-cancer-index.html?cr={creative}&kw={keyword}","followupLpId":2171};
52932         var pageFields = MktoForms2.getPageFields();
52933         form.addHiddenFields(lpFields);
52934         form.addHiddenFields(pageFields);
52935         if(window.mktoPreFillFields){
52936             form.setValuesCoerced(mktoPreFillFields);
52937         }
52938         if(!form.EnableDeferredMode){
52939             form.render();
52940         }
52941     });
52942   })()
52943 </script>
52944
52945 <noscript>
52946   <form class='mktoForm mktoNoJS' action='/index.php/leadCapture/save' method='post'>
52947       <div class='mktoFormRow'>
52948         <div class='mktoFormCol'>
52949           <label class="mktoLabel" for='FirstName'>
52950           First Name               </label>
52951           <input type="text" class='mktoField mktoTextField' name='FirstName'
      …   id='FirstName'>
52952         </div>
52953       </div>
52954       <div class='mktoFormRow'>
52955         <div class='mktoFormCol'>
52956           <label class="mktoLabel" for='LastName'>
52957           Last Name               </label>
52958           <input type="text" class='mktoField mktoTextField' name='LastName'
      …   id='LastName'>
52959         </div>
52960       </div>
52961       <div class='mktoFormRow'>
52962         <div class='mktoFormCol'>
52963           <label class="mktoLabel" for='PostalCode'>
52964           Zip:              </label>
52965           <input type="text" class='mktoField mktoTextField' name='PostalCode'
      …   id='PostalCode'>
52966         </div>
52967       </div>
52968       <div class='mktoFormRow'>
52969         <div class='mktoFormCol'>
52970           <label class="mktoLabel" for='Email'>
52971           Email             </label>
52972           <input type="text" class='mktoField mktoTextField' name='Email'
      …   id='Email'>
52973         </div>
52974       </div>
```

```
52975          <div class='mktoFormRow'>
52976            <div class='mktoFormCol'>
52977              <label class="mktoLabel" for='DateofBirth'>
52978                Date of Birth            </label>
52979              <input type="text" class='mktoField mktoTextField' name='DateofBirth'
…  id='DateofBirth'>
52980            </div>
52981          </div>
52982          <div class='mktoFormRow'>
52983            <div class='mktoFormCol'>
52984              <label class="mktoLabel" for='hGOptIn'>
52985                        </label>
52986              <input type="text" class='mktoField mktoTextField' name='hGOptIn'
…  id='hGOptIn'>
52987            </div>
52988          </div>
52989          <div class='mktoFormRow'>
52990            <div class='mktoFormCol'>
52991              <label class="mktoLabel" for='cSCustomerRating'>
52992                cSCustomerRating:          </label>
52993              <input type="text" class='mktoField mktoTextField'
…  name='cSCustomerRating' id='cSCustomerRating'>
52994            </div>
52995          </div>
52996          <div class='mktoFormRow'>
52997            <div class='mktoFormCol'>
52998              <label class="mktoLabel" for='csOrderNum'>
52999                csOrderNum:          </label>
53000              <input type="text" class='mktoField mktoTextField' name='csOrderNum'
…  id='csOrderNum'>
53001            </div>
53002          </div>
53003          <div class='mktoFormRow'>
53004            <div class='mktoFormCol'>
53005              <label class="mktoLabel" for='utmcampaign'>
53006                utm_campaign:          </label>
53007              <input type="text" class='mktoField mktoTextField' name='utmcampaign'
…  id='utmcampaign'>
53008            </div>
53009          </div>
53010          <div class='mktoFormRow'>
53011            <div class='mktoFormCol'>
53012              <label class="mktoLabel" for='utmterm'>
53013                utm_term:          </label>
53014              <input type="text" class='mktoField mktoTextField' name='utmterm'
…  id='utmterm'>
53015            </div>
53016          </div>
53017          <div class='mktoFormRow'>
53018            <div class='mktoFormCol'>
53019              <label class="mktoLabel" for='utmsource'>
53020                utm_source:          </label>
53021              <input type="text" class='mktoField mktoTextField' name='utmsource'
…  id='utmsource'>
53022            </div>
53023          </div>
53024          <div class='mktoFormRow'>
53025            <div class='mktoFormCol'>
53026              <label class="mktoLabel" for='utmcontent'>
53027                utm_content:          </label>
53028              <input type="text" class='mktoField mktoTextField' name='utmcontent'
…  id='utmcontent'>
53029            </div>
53030          </div>
53031          <div class='mktoFormRow'>
53032            <div class='mktoFormCol'>
53033              <label class="mktoLabel" for='utmmedium'>
53034                utm_medium:          </label>
```

```
53035            <input type="text" class="mktoField mktoTextField" name='utmmedium'
…    id='utmmedium'>
53036                </div>
53037            </div>
53038            <div class='mktoFormRow'>
53039              <div class='mktoFormCol'>
53040                <label class="mktoLabel" for='firstFormFill'>
53041                  First Form Fill:             </label>
53042                <input type="text" class='mktoField mktoTextField' name='firstFormFill'
…    id='firstFormFill'>
53043              </div>
53044            </div>
53045            <span style="display:none;"><input type="text" name="_marketo_comments"
…    value=""></span>
53046            <span class='mktoButtonWrap'><button type='submit'
…    class='mktoButton'>Submit</button></span>
53047            <input type="hidden" name="lpId" value="2169" />
53048            <input type="hidden" name="subId" value="68" />
53049            <input type="hidden" name="lpurl"
…    value="//pages.clevelandclinic.org/testicular-cancer-index.html?cr={creative}&amp;kw=
…    {keyword}" />
53050            <input type="hidden" name="formid" value="1252" />
53051            <input type="hidden" name="ret"
…    value="//pages.clevelandclinic.org/testicular-cancer-lpthankyou.html" />
53052            <input type="hidden" name="munchkinId" value="434-PSA-612"/>
53053            <input type="hidden" name="kw" value=""/>
53054            <input type="hidden" name="cr" value=""/>
53055            <input type="hidden" name="searchstr" value=""/>
53056            <input type="hidden" name="_mkt_disp" value="return"/>
53057            <input type="hidden" name="_mkt_trk" value=""/>
53058        </form>
53059  </noscript>
53060
53061  </span></div>
53062  </div>
53063                            <!--.form-->
53064                            <div class="privacy mktoText" id="CCF-Privacy"><span
…    class="icon-lock"></span><a
…    href="http://my.clevelandclinic.org/about-cleveland-clinic/about-this-website/privacy
…    -security" target="_blank"> We value your privacy</a>.<br> (<span
…    class="mktoAsterix">*</span>) required fields<br> Your guide will also be sent to
…    your email.</div>
53065                            </div>
53066                            <!--.secondary-->
53067                            <div class="main">
53068                            <div class="mktoText" id="CCF-Main"><p><strong>Testicular
…    cancer is highly treatable with more than 90 percent of cases being labeled as cured
…    following therapy. Even better, the cure rate is nearly 98 percent when detected
…    early. However, knowing your options is the first step in treating testicular
…    cancer.</strong></p>
53069  <p>Download our free guide to learn more about:</p><div class="mktoText guideCover"
53070                            <div class="mktoText guideCover"
…    id="CCF-Guide-Area"><figure><img
…    src="http://pages.clevelandclinic.org/rs/434-PSA-612/images/test-guide-cover.jpg"
…    style="margin-right: 10px;" my="" lp-main="" guide="" name:default="edit" me=""
…    /></figure>
53071  <ul>
53072  <li>Treatment options for all stages of testicular cancer</li>
53073  <li>Information on fertility options before and after treatment</li>
53074  <li>Online medical second opinion services</li>
53075  </ul></div>
53076                            <div id="ccfAdditionalText">
53077                            <div class="mktoText guideCover"
…    id="CCF-Additional-Text-Area"><p>Cleveland Clinic urologists and oncologists explore
…    all medical and surgical options to ensure that our testicular cancer treatment
…    program will result in the most successful outcome possible for each
…    patient.</p></div>
53078                            </div>
```

```
53079
53080                              <div class="clear"></div>
53081                              <div class="callout" id="CCF-Callout1">
53082                                  <div class="mktoImg mktoGen" id="mkto_gen_Callout1-Img">
53083                                      <img src="/rs/434-PSA-612/images/CC-LP-calendar.png"
…      id="Callout1-Img">
53084                                  </div>
53085                                  <div class="text  mktoText" id="Callout1-Txt"><div>
53086   <h2>Request an Appointment</h2>
53087   </div>
53088   <div>
53089   <p>To schedule an appointment with a Cleveland Clinic  testicular cancer specialist,
…      please call our Cancer Answer Line at  <strong>866.223.8100</strong>.</p>
53090   </div></div>
53091                                  </div>
53092                              <!--.callout-->
53093                              <div class="callout" id="CCF-Callout2">
53094                                  <div class="mktoImg mktoGen" id="mkto_gen_Callout2-Img">
53095                                      <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
…      id="Callout2-Img">
53096                                  </div>
53097
53098                                  <div class="text mktoText" id="Callout2-Txt"><div>
53099   <h2>Did You Know?</h2>
53100   </div>
53101   <div>
53102   <p>Cleveland Clinic is ranked #2 in the nation for Urology and #1 in Ohio for Cancer
…      by <em>U.S. News and World Report</em>. </p>
53103   </div></div>
53104                                  </div>
53105                              <div class="callout" id="CCF-Callout3">
53106                                  <div class="mktoImg mktoGen" id="mkto_gen_Callout3-Img">
53107                                      <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
…      id="Callout3-Img">
53108                                  </div>
53109                                  <div class="text  mktoText" id="Callout3-Txt">
53110                                      <h2>Request an Appointment</h2><p>To schedule an
…      appointment with one of our specialists</p>
53111                                  </div>
53112                                  </div>
53113                              <!--.callout-->
53114                              <div class="callout" id="CCF-Callout4">
53115                                  <div class="mktoImg mktoGen" id="mkto_gen_Callout4-Img">
53116                                      <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
…      id="Callout4-Img">
53117                                  </div>
53118                                  <div class="text mktoText" id="Callout4-Txt">
53119                                      <h2>Did You Know?</h2><p>Decima nulla euismod ut
…      feugiat dolore. Nisl lobortis nunc ii suscipit dolore.</p>
53120                                  </div>
53121                              </div>
53122
53123                                  <!--.callout-->
53124                              </div>
53125                          <!--.main-->
53126                          </div>
53127                      <!--.content -->
53128                      <div class="gradientBar bot"></div>
53129                  </div>
53130              <!--.container-->
53131
53132              <!-- Go to www.addthis.com/dashboard to customize your tools -->
53133              <script type="text/javascript"
…      src="http://s7.addthis.com/js/300/addthis_widget.js#pubid=ra-545d17fd423d6d18"
…      async="async"></script>
53134              <script
…      src="http://ajax.googleapis.com/ajax/libs/jquery/1.10.2/jquery.min.js"></script>
53135                  <script>window.jQuery || document.write('<script
```

```
53135  src="/rs/hilemancleveclinic/images/jquery-1.10.2.min.js"></script>'%></script>
53136
53137          <!-- PLACE AT FOOTER | Clear Sale | test:4015047 live:4014313 -->
53138          <script language="javascript"
       src="https://dsa.csdata1.com/data/js/4014313/csgather.js"></script>
53139          <script
       src="/rs/hilemancleveclinic/images/clearsaleing-for-marketo.js"></script>
53140          <script>
53141              jQuery(function($){
53142                  $("#mktFrmSubmit").wrap("<div
       class='buttonSubmit'></div>");
53143                  $(".buttonSubmit").prepend("<span></span>");
53144              });
53145          </script>
53146
53147      <script type="text/javascript"
       src="//munchkin.marketo.net/munchkin.js"></script><script>Munchkin.init('434-PSA-612
       ', {customName: 'testicular-cancer-index', wsInfo: 'jExNcA%3D%3D'});</script>
53148          </body>
53149      </html>
53150
53151  ****************************************************
53152  The following data is from clevelandclinic_org-colon-20160919-addthis_widget_js.txt
53153  ****************************************************
```

```
53154  !function(e){function t(n){if(a[n])return a[n].exports;var
    o=a[n]={exports:{},id:n,loaded:!1};return
    e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
    n=window.atwpjp;window.atwpjp=function(a,i){for(var
    r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
    l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
    function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
    break;default:e[r]=l[l]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
    a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
    0!==o[e])o[e].push(n);else{o[e]=[n];var
    a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
    "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
    custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
    550b76ddcec985383192",2:"34b110278e31336d1c48",3:"1f64e60d77dbe84bd711",4:"
    db62ea231012bad36f96",5:"1ae48be42493e3d3451c",6:"a00f69addebec68cddff",7:"
    d9e2c6294d50cb7d3b15",8:"368d52fec27f2314e544",9:"c48027171aeab6135172",10:"
    0b81145220bb8d377fdb",11:"7fdde841a2bf9b63f7b85",12:"ccabab2686194d9d3f37",13:"
    3f8c5b0f1dce5ace46a0",14:"a24da6a9d2e87b5c4d7c",15:"1ba12bbbeedf5a99a35e",16:"
    dee402e950bdf1062ba4",17:"1416be76d518601e4c7b",18:"de4026af57214c2e3da3",19:"
    0c52e449785790c7eb42",20:"4ed16aee77a17443143c",21:"28394aab35cfee275ddf",22:"
    cacdc9416fb0177645a5",23:"169ae05c7962849fc71b",24:"345627076c8c310cda2d",25:"
    f717398f4afe23fee0f7",26:"d8d4ecc0d09b6e1f855",27:"75fec3bea58eaa13b008",28:"
    7baad9d06b8692bdeb71",29:"d3d0dac46a022d577a1f",30:"5d557b3f9a670b654c60",31:"
    16a13de3df218792ba65",32:"42265a1d242c372e8163",33:"423db6d5a39d3e3e3c16",34:"
    89bf85b8d888cf6104d3",35:"109627f1aaf14f8cf63e",36:"b55109412c036fa8710e",37:"
    06e1c102355760603c21",38:"5c4270530d70ac6e0fb6",39:"cbe2825279b714fd3386",40:"
    9dbe6af37ca4e33affc3",41:"f9bebfc5d0f51f4f1eb1",42:"bf9ae07785aed5002ad2",43:"
    e756685c6f1ec01624c1",44:"01c7ee7c90bc472b7adf",45:"36ac6147695662169603",46:"
    8ec3d34c7417a359df2a",47:"d442d34e753cf6e9f112",48:"ce28154a341c52a52d5f",49:"
    d3ff7d366e6e5495dbba",50:"92ebb920d5f9c6609024",51:"45727e86a95bf9d0edb6",52:"
    040f333e9d01b29a8a53",53:"2b50a464cc1624f57196",54:"342111150041d651d5db",55:"
    f77b24356e56d029aa1c",56:"fc740ae6a196c250e55b",57:"a4bc1e929fa3c4904a61",58:"
    9de37ddd3b37d6c30ce9",59:"897630cd881ab81ea5bb",60:"8bcad57606cd797a7dec",61:"
    2bc115a6ba0154c317e7",62:"bb163a71054a3dbefe2b",63:"fb240251894d7128b213",64:"
    53d9d294c26f60705ec1",65:"0ac6dcbf179359fb3afc",66:"d8d5f392d6458a3e20bb",67:"
    e4726aaaf5c1ba47001f",68:"cb2934e4054f658175ac",69:"dd08ffdb37bd61bf872b",70:"
    c646c244eceed29c5a5b",71:"7fd1ff51dcca8f4f109e",72:"af7ef3e6d96fa1a1d3f7",73:"
    19f0dbcb2ab1ac82ef9c",74:"52cb2d248d058b32b358",75:"51107b628c384c790037",76:"
    f3dac00eba3694cab631",77:"147cfa535e8ab73fe2cd",78:"90efd6f9e972dcaae162",79:"
    60d95396cf0dc2d4e2ff",80:"28f4a7665e0839bf88cf",81:"c4e1af79d0463c37cf1d",82:"
    be7fb8dacab14ec656b8",83:"e13ad6383f9e8b34b205",84:"abecf47f47d4b23fc5e8",85:"
    70007883c821afd2d6e4",86:"8c763b110293e755f82a",87:"c29cccd93751632258ba",88:"
    dbe4821350396532bc41",89:"397b39422d2a2dfbc3c5",90:"76ad6670e76b368041ad",91:"
    c1e881eb143d005e5819",92:"06914b96e871cac27a5d",93:"0e031936283b0966f2e0",94:"
```

... fe5b7889e198d701432",95:"c826f05d89ab2108509",96:"1aad529fe80d0f08de9",97:"
... 2a966e0cc30252ff188e",98:"40aea6d493a0738d186d",99:"f102b3078a9b00966619",100:"
... 4543d2bcd7b343bbe997",101:"737e4c7089c9495615be",102:"b123e579eb1ee0c20eaa",103:"
... 7d1da2fc03fb60fe418e",104:"aef56efa04e07ea11128",105:"350953fcbc8686c24743",106:"
... 3e1d4c356941e45ef739",107:"71170666218bb55b5fcd",108:"1e430b5468a4877d1a20",109:"
... 5a18187cb31ed8632f8b",110:"4fca77488fb0c77e4eae",111:"d60534645765ad2720c6",112:"
... b93e5688e7043048cc5c",113:"1e955c6cc21f906c5002",114:"010739a8d4f1373d0809",115:"
... c6623cc4cecc5d8baaf8",116:"23a6abb2157b27c9b8f8",117:"4ce105f3b4e3719b2cdb",118:"
... 2ca36a640076b81dcdb9",119:"ccf3fa8a07c3307fc472",120:"ea45e5bbcb995f989bbf",121:"
... b82c8c78687014d00779",122:"2d84089c3c472fe1d907",123:"22c6470403d4d46993da",124:"
... 6802f1d919fa8dec3594",125:"97c3975b9f545be74fc8",126:"acb737861450496c03c6",127:"
... d1a591af86d5484bb3d0",128:"08a19cc4c052960a6256",129:"8283e43c69752575bb75",130:"
... 679e7a1c35ad6ee6b964",131:"cffc5dba975f885a661b",132:"dfd38bb4394a38077bbb",133:"
... 45725d58f195ad40f189",134:"dfbcbdc447aabffbe0c6",135:"06f40c45db4740fd0976",136:"
... a8483c1f952da5017f1f",137:"9ea828b792b605614e8d",138:"0f49c727bb6d7c7e4a2a",139:"
... 01378a885e2cf2044a95",140:"4208271cb60730878e94",141:"9a841531ca0673047c1d",142:"
... b1781c12183a04962422",143:"e0dea62e6c48fa4d88ce",144:"e83144ef22652e77ce68",145:"
... c15baf0675e1d1e0c34b",146:"4122613f8d7e09db262e",147:"61c8253614d3c8e6b9bf",148:"
... 285e8ce359f5fc8e839a",149:"88317460a0e004a2ca3",150:"8a7cfdd815379a18d9bd",151:"
... 883e43f1970ec27ba691",152:"d11be4eae5dc0abe83d3",153:"1ffd471bd4156509634c",154:"
... bed92aadca3621b8cce4",155:"d1b298a0b2de59dc6e9b",156:"e7eaf4e58df69e3b23d5",157:"
... 593584627d07f116b0a8",158:"7728fe37a71dee38e566",159:"df2777e8de39e3879977",160:"
... 242890eebfbbddbac890",161:"a9bfadac7dbf39d81a19",162:"f06fef3f08653c171f8c",163:"
... f6881578b9d71c44af51",164:"5e78aaf775adb93282a6",165:"433e904413c67429922d",166:"
... e25cd714cc8d83f578ff",167:"824e749bf8a960237404",168:"14e511d62fa7528f435e",169:"
... acf0d96eb4c6cfadc431",170:"cd18e79a271175827199",171:"abee1eb112e30dc9450c",172:"
... fdcece54de1672de2f49",173:"ab9f103b121b0878c7ea",174:"4786a20b1108840fcba6",175:"
... 8bc5ffdde01353fcfb49",176:"df4a39abc226ae0c88f3",177:"bcaad1fd8c2ba4813cdc",178:"
... 1c0b019e19bb23fbf58b",179:"ea986530b73763dfc14b",180:"a0679b5a6ff4478ac260",181:"
... 20502069f914a91db482",182:"7b0f98d742b01744234a",183:"4497dcf067639da56797",184:"
... 05316f8ca7f01f986f47",185:"ed106bc5fbd73eabdb41",186:"69f8cf730adcd9f36c0b",187:"
... 444fc2bc1361183f9b45",188:"5eadb7aed58c3698cd06",189:"ec062ee84daa7bea2167",190:"
... a5bd7f366ce743aafa65",191:"4e2e1f42ef5cba268fa9",192:"a160ca5659c98c4139cb",193:"
... 1a506163971f24f44ecb",194:"977dd0ee8a345b461b4c",195:"9c58e8033cda035bd9e2",196:"
... 1e56fbdf6366c6e88c91",197:"b12703aa1a273b0b79a8",198:"5a3eacac931da8f74b46",199:"
... 93d2bfcd9b88a3d5458c",200:"1c94d556c0e95841287b",201:"579958bc80f2ade6b4c5",202:"
... eb4086e44e7443d056cb",203:"881e67fed7853ed35e02",204:"1ead5a455d91180541a9",205:"
... fe9036304b65ac787d16",206:"235767189390298ed0b4",207:"bb933396f3483ac240a6",208:"
... fbf6a5481b563ca4a674",209:"f3640b04c62ea5f5adff",210:"047b3f9ffe5ba9b06e47",211:"
... bc66a2f2a2d6c25a905e",212:"401d35e2b4f40e047215",213:"c0b54229e40702653575",214:"
... a356ac98e4bcc2b451cc",215:"0cdf7e3113f8b79eb0f1",216:"13e4ad8a42a4a3a90994",217:"
... cf5bd91f60b7e2dddbfc",218:"91dd48b28cb972cc728e",219:"c2802b44f6eec5ea93aa",220:"
... 1b0fb1b26614decf116d",221:"6a2dddeb441d6ff854b1",222:"fc218e3a2828a969e5a1",223:"
... 002ecdf0f98580be5676",224:"83a71b171cd75bb0091f",225:"221b70cd1ba221eb9b5f",226:"
... 1139a7d73756fe12a7e3",227:"cb6ef3d998e680b8f816",228:"d041cbc16ee2413e777f",229:"
... 88e0fef280af43063515",230:"b12acf6526d2767dbb61",231:"aff2a9011f031c493c57",232:"
... 0f0dc6a9799f32e0d572",233:"0e1e50082af05c219c0",234:"f1f190e12e3d18d2f131",235:"
... fd0792e1a5be79715726",236:"f8a8e607bd3891c1faa7",237:"93a35795ce2c2bbe38b5",238:"
... 179ac8d3b3d1fa31c381",239:"394d57030c9fa30aa284",240:"46a2d5fe3d6fed2b21bd",241:"
... c7b81428d1a9fafb2074",242:"c62f69b93e63f96a2885",243:"e5bea9b024ca40bc722f",244:"
... f00d1718c45997f4d737",245:"e35c52d280b6b07b1a57",246:"fbb475dc6a2eccb6cf73",247:"
... 0b54833442980eac32f2",248:"4bbbc54cec060899827f",249:"93808febf3ff5edd6b2d",250:"
... 2bc8cd90a6a994bcff10",251:"5d86593eda43af503172",252:"0c99a9d7539fab94f3b3",253:"
... 7f13e1cb7f1fa469e42e",254:"2152f2b6423db2df7d5b",255:"8a285b256e29cf433896",256:"
... 9085946348028c64a6cf",257:"75a2d77bc28082b17b87",258:"d42beda22c69a6f30325",259:"
... 34831a2215a5b4509473",260:"2be314b368c7f00ee8ea",261:"5a91700d931a2c2d446f",262:"
... ea12f4b10f89ebe66f19",263:"01bd6ddc519267f1bc7d",264:"be95f7ee665077922af7",265:"
... f80f3e6da42575603832",266:"cb40c6433051c71eed04",267:"8a163f32400a7de90883",268:"
... 244b2f0720c142987fbb",269:"10d0c5d6c96716b4f9a5",270:"bbe5643e1447c8eea3b2",271:"
... 179952250abcea10883f",272:"0e36b60163ca3360b0e5",273:"0c9e7c670aa86b87caaa",274:"
... 83042e4a495e39635c8f",275:"de382d7433b212928005",276:"1dc6ddc0155dca88ac6b",277:"
... fc5bdcdef307c044e34d",278:"03cc5bcbcb0f0e44db9f",279:"5a6ed4ad92376c290e5e",280:"
... 4ca6f1c89472a792f626",281:"083138c4bef0437218aa",282:"0e716be053eb72fed0ad",283:"
... 56aac4dd5f4edc93c9b0",284:"bd1fb5431bcd593e6f99",285:"71d0e2c3e2ca6b847c02",286:"
... 4690046b09eb4a2828cc",287:"76fc1a10b41c9d1794d1",288:"d43957a222de016a2398",289:"
... d4c75a7b1b2dbbe2f86b",290:"81a5d424a5b6220f5c",291:"5fa5c5c2be72d594ed5d",292:"
... e2232c30d0298c64210a",293:"53f6df38b1a2a7c9d830",294:"8c67e61792b35a939d9c",295:"
... 603144707afb1eda2551",296:"3cd29b6b128d30bde742",297:"5f502c8634c71cb12689",298:"

53154... 8c0c7fdec079 bbfaa4b54-2b9b",299:"e920191dc740cb0a9c9c73b0f0621 7baadaec1f43b948",301:"
c9307be44b623cf5e009",302:"ef569388c8b916bab257",303:"c04b70eccd1d9f8e5e9a",304:"
a2511c33f328b04f3f34",305:"bd2f3a3e88f4693e574b",306:"86be1e994b2a89c00cae",307:"
84f1a38fb1b11158ea43",308:"5365673d195d5b26f0ec",309:"54f4b3e0aa6c73cdb8fa",310:"
548e52f42582b3b5a1e5",311:"f92ff18a3d5dfdf2a194",312:"5d56c95aa31c4ed73fc9",313:"
e2c2485c1bd5e29eba41",314:"2ad3dd53f22dd6c5499d",315:"103f00406cb5838d563f",316:"
37761e9b8814e21c5a7b",317:"5c97ac353946619d61ca",318:"c1bc53800298711f4f3b",319:"
c7c8f8cfba363783b532",320:"969033a530bc7a40e56a",321:"f922ba892adc18887d94",322:"
918dbff4283ba6da76a8",323:"fc39730803f1d7c61076",324:"69642f5b6c5dce440318",325:"
424d14d02c332dc31c15",326:"c8d59c33ebbc1627f070",327:"d96cb2020cf662538025",328:"
2c00a95431b755626153",329:"2630397db42ce01b9103",330:"b2652d13ee2d53d229e4",331:"
de17494dd6edd2b0d875",332:"7bbf338a8776ebb708dc",333:"8b7990c4bb38667c21b2",334:"
1a00cce2932f67b5fc13",335:"5563cc0c98d63bda0d49",336:"9e91d090bdbef7ebe44c",337:"
e941062a2856a533681e",338:"2319c156dcd514295610",339:"f402a7729af01595b1eb",340:"
a128c3c905e3792f0dd2",341:"cae7d871a0a94b760010",342:"932e47a3349b955ce51e",343:"
397654ca1c572ab63c0b",344:"be86f11127841947f124",345:"6c2a9cdfc4f202cfa06f",346:"
65b63d5b2f2d511c6b9b",347:"7f0cc3e0afbbc799a8b3",348:"2795dc9b197f78f366dc",349:"
de6e6aa3cdae2ea935ab",350:"536d7355a662543da9d8",351:"a3597c2bf688e929cf28",352:"
6db9ef64433e9c787298",353:"d439ba37046960941341",354:"0b2413e07c93366536f2",355:"
856b857cffac41fce132",356:"94334e3b46a36c81fbb8",357:"ee70f5c61e58ae8420b0",358:"
6fef4d3e09f68280e6f0",359:"00dae0790e442e718343",360:"2d8612baef1cb1631d4e",361:"
c147db8c1003a685a011",362:"b8e26bc9993bf8c02d2f",363:"e1803777a9940e86ed0b",364:"
0687eeced2ab220bcce3",365:"4a778ad3fac7a089d622",366:"0bb38cc4e2ac09b7bbca",367:"
d403b7114f29a62f6b6c",368:"c9e3a3f0b5cfeb2f07ea",369:"6af760dead70660d92f6",370:"
124093bdffe46dadeda5",371:"1591d4f3f4b0189649c2",372:"821add78c784c748d317",373:"
fc3d3b4ea3b8c7c3add3",374:"16fc4b88c4415a7c8501",375:"9b6898b561d9440be6e2",376:"
09f5510cad31af4d79b7",377:"8948e53653be5bf580d9",378:"7900e28df87ced3ce6c0",379:"
57e3de7915f91bdbf5a1",380:"03b07bcb6936280526c4",381:"ed649cac1d1f4e701a1a",382:"
8f66efd45482e99fd357",383:"9f1629dc2679eb904273",384:"1f42610549a22a38f7f2",385:"
88e81d3e2f6a4d54a872",386:"454d2edb62a265937360",387:"adecb96314464fcc2dc3",388:"
14837b6a6d43155656e0",389:"c6071a721fac7fa41ddb",390:"03292c9e9c5080be54f9",391:"
3766a7a953da68fd8987",392:"dfd5f29c0f036da47d70",393:"7c9474564dd27dfbf581",394:"
a24b1b78028b5eff8938",395:"3b9a56d76a6d22357d82",396:"efa2e5dd1219915854e9",397:"
2e88a3e6e62486bb8617",398:"f233a686d043de32ff0f",399:"a1b2cfee9807079ccd9f",400:"
4e600021e4a5ab990c9a",401:"107961038b37e018fb92",402:"f5541da65422b6431573",403:"
a26332ef93a1406dd7e7",404:"631f7145e1695233f52c",405:"a2ccd5ec5fb7c30bae91",406:"
c00f4ba6973a7fa8bbe6",407:"ef00157baea1d2961b5c",408:"5fcda0eba96290d3b676",409:"
0350712ff36317fc0164",410:"0961622588c255a69db1",411:"cd6683ca9600bb816f63",412:"
813b719b3f1f5fcd784f",413:"95083a850d132ebff288",414:"74673d8848aa3b3b455e",415:"
cc2e6b7e8397b3690ffa",416:"3919b67fb2d6850b6a83",417:"9e76ca4a51009e3e7196",418:"
0abe253e7eead41ac4bf",419:"30b695e9f803f3511cdb",420:"9b31338db9e8fd06c842",421:"
dc8f4030ca82441cf7d3",422:"eac742fcb1ac0a5aab42",423:"a61e2cebefb259c1d6d9",424:"
6a1687d9cedc8f30c515",425:"2fbbd54c36059b7996d5",426:"0704258763e387e4ce36",427:"
0e319d66b4a023721f62",428:"9bdc84942ee7404c616d",429:"9d71ca168fa208f7967e",430:"
0f35a904dbc12b493623",431:"a2afe22c103afb59b9be",432:"56db355906b77e1a0335",433:"
850e64ed7e0713f8e240",434:"502b3ad2a2eac759c1e2",435:"a933561596a6a62c3705",436:"
8ec371a49752ff11abb5",437:"07e95e2c1aade7b76e16",438:"834639a3fb0bcd8efaaf",439:"
65137b5c54cf1b52dd83",440:"005743ee75487bc4d7f9",441:"bdf841acd156a541d6bc",442:"
528caae5289adee351d2",443:"88b76580e96a632293946",444:"bccf0774238c08084a6f",445:"
24eceec4a92bb5eb79c0",446:"75e686579c101f4c8b5b",447:"8558cbdd888f15b6e523",448:"
d2f46e56c48483186659",449:"aa9163551d306a106865",450:"cb10e3232d7bca185bca",451:"
56d5f693314633f95a11",452:"a16da66c0e620b382810",453:"8606fcd04eeb7ff051dd",454:"
47d3133ed4cbec7329aa",455:"c8bdda1d62d960a3678d",456:"136ae9401af8c768d68d",457:"
719a1155ca15887b72d5",458:"6518bbc99ea1eb100955d4",459:"0d1d2edb077ffdb19a9b",460:"
9f0ea9fc67c2f85daed1",461:"c3b0cc3e763ddcdf103d",462:"428fd05477101038b0a6",463:"
b0093a5d68358be47936",464:"a7c396ad721853782f91",465:"bcc324e158911cd4e607",466:"
02e1ad37b5485ed223f3",467:"a1b8986e53f92c207ae5",468:"ecc2a90d083c7e87ffe1"}[e]+".js"
,a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/static/",t(0)}(function(e){for(
var t in e){if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return e}([function(e,t,n){n(806),e.exports=n(83)},function(e,t,n){var
a=n(641),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e),chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.

```
test(e)&&!msedge(e)},iph:function(e){return iphone/.test(e)||!ipod/.test(e)},dro:
function(e){return android/.test(e)},wph:function(e){return windows
phone/.test(e)},bb10:function(){return bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){e.exports=function(e,t,n){var
a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){"use strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){var a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/le3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>new Date?!1:t.getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=n(1),o=n(29),i=n(19),r=n(44),s=n(78),c=n(134),u=n(4),l=n(144),d=n(785),p=n(9),A=
window,h=A.addthis_share,f=A.encodeURIComponent,g=A._atw;e.exports=function(e,t,n,A,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
g?h:g.share));w.url=f(w.url),w.title=f(w.title||(h||{}).title||""),A="undefined"==
typeof A?A:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(A));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:A.product,data_track_clickback:A.data_track_clickback,pubid:A.pubid,
username:A.username,pub:A.pub,ui_email_to:A.ui_email_to,ui_email_from:A.ui_email_from
,ui_email_note:A.ui_email_note};g.ics&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:A,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\/|\/\/|\/)?([^\/\?\&\#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\//))return
```

```
53154... window.location.origin+e)if(t=e.search(/(?:\/\/|\.)/))t=/\+/g;var
    a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
    split("/");return
    e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
    window.location.href.match(/(.*\/)/)[0]+e}function r(e){return
    e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
    ").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
    getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
    a=n(54),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
    addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
    (window.addthis_config.username=window.addthis_pub),e.exports=function(){var
    e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
    encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
    ""))}},function(e,t,n){function a(e){return e===Object(e)}function
    o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
    t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
    r=n(835),s=n(2),c={};s([function"Arguments","Function","String","Number","Date","RegExp"],
    function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
    "+t+"]"}}),c["function"]=function(e){return"function"==typeof
    e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
    object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
    e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
    a=n(7),o=n(132).clickifyURL,i=n(9),r=n(6).makeCUID,s=n(19);e.exports=function(e,t,n,c
    ,u,l){var
    d=i(),p=c||t.url||"",A=t.xid||r(),h=s(t),f=n.data_track_clickback!==!1||n.
    data_track_linkback||"AddThis"===d||!d;return
    0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(h.
    xid=A,setTimeout(function(){{new
    Image).src=a("twitter"===e&&l?"tweet":e,0,h,n)},100)),f?o(p,e,A):p}},function(e,t,n){
    var a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var
    s;if("boolean"!=typeof
    e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
    s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
    o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
    t?(o||!e||!"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(0,i(n)?[]:{},n),t):void
    0},t),t},t)}}},function(e,t,n){var a=n(39);e.exports=function(){var
    e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
    t.apply(n,e.concat(a(arguments,0)))}}}},function(e,t,n){var
    a=window.encodeURIComponent,o=n(12),i=n(23),r=n(35),s=n(1),c=n(93);e.exports=function
    (e,t,n){var
    u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
    l;t=t||{};var
    p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
    A="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
    t.product||(t.product="men-300"),c(A,{pco:t.product})||"#"}},function(e,t,n){var
    a=n(26),o=n(55);e.exports=function(e,t){return t=void
    0!==t?t:"&",a(e,function(e,t,n){return
    n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
    ,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
    o=n(113),i=n(9),r=n(5),s=n(89),n(37);a.prototype={_getKey:function(){return"at-lojson
    -cache-"+(i()||"*nopub*")},_save:function(){try{var
    e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
    catch(t){r.error(t)}},_load:function(){try{var
    e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
    _setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
    _setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
    t)e[n]=t[n];return e},exists:function(){return
    Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
    Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
    e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
    function(){return this.safelyGet("config")},isBrandingReduced:function(){return
    this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
    PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
    isPayingCustomer())return!1;var e=this.safelyGet("approved");return
    e&&0!==e.length?o(e):!1},getLocation:function(){return
    s.get()},getCustomMessageConfig:function(){return
    this.safelyGet("customMessages")},getPositionTemplates:function(){return
    this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
```

53154...

```
this.safelyGet("percentFg")),safelyGet=function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(84),o=n(1);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(h.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),1==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(A.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){h.cookie&&(h.cookie=e+"=; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?"?;
domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"";":"";
expires="+o.toUTCString())+"; path=/;"+(a?"";"":
domain="+(l("msi")?"":".")+"addthis.com":""))}var
u=n(32),l=n(1),d=n(67),p=n(8),A=/(?:\.mil|\.gov)$/,h=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(6).isValidCUID,o=n(76);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),l2===t.length&&."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t,n){var
a=n(75),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",A=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,A.insertBefore(l,A.firstChild),o[e]=1,l}return
1}},function(e,t){e.exports=function(e,t,n){var a,o=[];if(n=void
0!==n?n:this,null===t||void 0===e)return o;for(a in
e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(738),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(777),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()|  for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(778),o=n(678);e.exports=function(e){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(135);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(836),o=n(35);e.exports=function(e){
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(791),o=n(783),i=n(23),r=n(779);e.exports=function(e,t,n,s){return
```

53154

```
t||[(t=[]),t.remove||(t.remove=[]),t.remove.push(e.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),c=r.indexOf(e.charAt(l++)),s=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){for var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(63),o=n(120),i=n(66),r=n(755);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||!n)&&(e[a]=t[a])}},function(e,t){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
a=n(26),o=n(55);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(a,t,n){var
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?a([["open",e,t,n,r,s,c,u]],o()):
_ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|\^\??/,""))}},function(e,t){e.
exports=function(e,t){e&&e.trim&&"string"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return e&&t&&(e=window.encodeURIComponent(e),e||"")}},function(e,t,n){"use
strict";var
a=n(85).wasRequestMade,o=n(85).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){n(15)})))}catch(e){}}},function(e,t){
```

53155

```
e.exports=[]},function(e,t){e.exports={DIRECT:0,SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},
function(e,t,n){"use strict";function c(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(1),i=n(45),r=n(36),s=(n(16),n(21)),c=n(7),u=n(61),l=n(44),d=n(29),p=n(18);e.
exports=function(e,t){if(t.ui_pane="email",-1==n==document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(h){var
e=f({},this.data);return
```

53155...

```
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e,n){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!h||!!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function A(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
h=n(128),f=n(13),g=n(14),m=n(2),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:A},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data)})};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|^\#?/,""))}},function(e,t,n){var
a=n(53),o=n(46),i=n(90);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var t=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media,t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
```

Page 1668

53155...

```
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},A=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},n=A(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=A(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=h());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}for(var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}(),function(e,t,n){var
a=n(2);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(153);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(108)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(653);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:h["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},A=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=A,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(801),r=a(i),s=n(114),c=a(s),u=n(18),p=a(d),A=n(60),h=a(A),f=n(4),
g=a(f),m=n(29),v=a(m),w=n(740),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(63),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{name:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn":bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:!0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:!0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
```

Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:!0,top:1,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sms:{name:"SMS"},sodahead:{name:"
SodaHead"},spinsnap:{name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},
studivz:{name:"studiVZ",url:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon
",top:1},stumpedia:{},stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{name:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},vid:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(1),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),A=0;d>u&&(A=
Math.round(d/2-u/2));var
h=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+A+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(h),s?h:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var

```
t==e.name,n=e.startTime,a=e.duration,o=null,s=0,i=C.length;s<i;)if(t.search(C[i].regex)
>-1){o=C[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(y)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function A(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map
(function(e){var
t=e.name,n=e.startTime;return{name:y.exec(t)[1],startTime:n}}):[]}function h(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=h();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=A,t.getFirstAddThisWidget=h,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(69),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,C=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],y=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",pinterest_follow:"pinterest_share",
foursquare_follow:"foursquare",google_plusone:"google_plusone_share",googleplus:"
google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",compact:"addthis
",expanded:"addthis",menu:"addthis",more:"addthis",counter:"addthis",facebook_like:"
facebook",facebook_share:"facebook",facebook_send:"facebook",linkedin_counter:"
linkedin",pinterest_pinit:"pinterest_share",stumbleupon_badge:"stumbleupon",tweet:"
twitter"}},function(e,t){function n(e,t){return
e=+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(774),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this})},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(6).isValidCUID,o=n(1),i=n(2);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&!e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
split(",")":[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(64),i=n(16),r=n(1),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?A.localStorage.getItem(h+e):void
0}function o(e,t){if(d){var
```

```
53155... n=h=r=try{A=localStorage[n]}catch(a){}if("QUOTA_EXCEEDED_ERR"===a.name){c();try{A.
    localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
    e&&p(A.localStorage,e)}function r(e){var t={};if(d)return
    i(function(n,a){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&(t[n]=a)}),t}function
    s(e){var t=0;return
    i(function(n){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&t++}),t>0}function
    c(){i(function(e){0===e.indexOf(h)&&A.localStorage.removeItem(e)})}function u(e){var
    t=r();p(t,function(t){0===t.indexOf(h+e)&&A.localStorage.removeItem(t)})}function
    l(e){d&&A.localStorage.removeItem(e)}var
    d=n(166),p=n(2),A=window,h="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
    l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
    e(){tn.layers.length?tn.layers(cfs:!0}):_ate.ipc=!1}function t(){var
    t,n,a,o,i,r;ne||A||(A=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
    a=B.getLayersConfig(),t=B.getFeedsTestCells(),a&&n.messages(n),t&&(r=B.
    isPayingCustomer(),i=O(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
    o,{cfs:!0})):e())}function a(){ne=!0,le||le()}function
    o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
    n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
    e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
    widgetId)})),e["tool-config"]&&e["tool-config"]._default&&e["tool-config"]._default.
    widgets&&e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
    widgets,function(t,a){fe(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
    e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
    function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
    Q(e,t))}var
    s=n(100);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
    Date).getTime());var
    c,u,l,d=Xt.addthis_config||{},p=Vt.title,A=!1,h="undefined"!=typeof
    _ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
    shift(),w=_ate.track.extractOurParameters(h),b=[],x=!!_ate.cookie.rck("nabc"),C=w.cfc
    ,y=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
    rsi,I=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
    =w.gen,L=w.fuid,H=w.csi,G=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
    addthis_product||"men-300"],1,pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
    e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub),K=5e3;-1===(f||"").indexOf(_atr)&&(
    _ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
    rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
    indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
    );var
    J=_ate.share.links.canonical;J&&(0!==J.indexOf("http")?(g=(f||"").split("//").pop().
    split("/"),0===J.indexOf("/")?g=g.shift()+J:(g.pop(),g=g.join("/")+"/"+J),g=document.
    location.protocol+"//"+g):g=J,_ate.usu(0,1)),g=g.split("#{").shift(),rt(g),g&&(_ate.
    share.links.canonical=g);var
    Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
    addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
    substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
    q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
    bro.mod=q)}}_ate.dr=_ate.truncateURL(h,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
    =p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:I,gen:j,rsc:V},Xt.addthis_share.smd=
    _ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
    sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
    dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=y||Xt.addthis_ab||"-",Xt.
    addthis_config=Xt.addthis_config||{};var
    X,te=!1,ne=!1;if((!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
    call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
    JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,K),D.start(_ate),Xt.
    addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
    ;var
    ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
    ";le(ae)}if(l={rand:_ate.rand,iit:(new
    Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
    bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
    [0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
    data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
    ),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
    :_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
    xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
    internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||It.
```

Page 1672

53155

```
setup()}},_ate.group&&(l.group=1),_ate.dcp==Number.MAX_VALUE&&(l.tmp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(C?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
C?C:"cfd-1.0"))),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar":(I||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),I?b.push(_ate.track.fcv("rxi",I)):z&&b.push(_ate.track.fcv("rsi",z)),(z||I)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=h&&(-1===f.indexOf("#")||S|
|w.hash&&I||C)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop())}}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),G();var
ce=n(741)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(112),i=n(68);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0|(d.data_use_cookies!==!1&&1)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain==
t.domain?M:t.domain,fp:Ae(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tet:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(81).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})})}}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(Ot+"#"+Ee(l),!0),r(u,Ot),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=Ot+"#"+Ee(l),r(u,Ot),_ate.track.gtf().appendChild(u),_ate.track.stf(u)))}}),_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),F().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou].+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function l(e){var
```

```
53155...  t=(e.parentNode||{}).className||"",n=Conf.et.conf.product+1=-e.indexOf("toolbox"
      )?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
      ")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
      e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
      o=document.ce("img");return
      o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function A(e,t,n,a){var
      t=t||{},o={},i=Tt(e,"addthis");if("[object
      Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
      t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
      i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
      s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}if(
      o[r]!==mn&&Rn[r]&&"string"==typeof
      o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
      ,!0)}}return o}function h(e){var t=(e||{}).services_custom;if(t){t instanceof
      Array||(t=[t]);for(var n=0;n<t.length;n++){var
      a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
      a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
      /g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
      toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
      g(e,t,n,a){var o={conf:t||{},share:n||{}};return
      o.conf=A(e,t,"conf",a),o.share=A(e,n,"share",a),o}function
      m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
      s=n(79),A=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
      onclick,x=a.internal,C=M,y=a.singleservice||A.service,E=n(16);y?b===C&&(b=_n[y]?
      function(e,t,n){var a=d(n,bn);return
      addthis_open(e,y,a.url,a.title,d(t,wn),a)}:zn[y]?function(e,t,n){var a=d(n,bn);return
      addthis_sendto(y,d(t,wn),a)}:Sn[y]?function(e,t,n){var a=d(n,bn);return
      s(y,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===C&&(b=
      function(e,t,n){return
      addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===C&&(v=function(e,t,n){return/
      button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
      void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn));
53156...  }),w===C&&(w=function(e){return addthis_close()}),b===C&&(b=function(e,t,n){return
      addthis_sendto("more",d(t,wn),d(n,bn))}))),e=_ate.util.select(e);for(var
      k=0;k<e.length;k++){var
      R=e[k],_=R.parentNode,z=g(R,A,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
      .share=z.share,R.conf.ui_language&&a.ale.alg(R.conf.ui_language),h(R.conf),_&&_.
      className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.
      product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
      20":"")+"-300",_ate.track.apc(R.conf.product),y&&"more"!==y&&(R.conf.product=l(R)),R
      .conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
      (y?R.onclick=function(){return
      b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){return
      addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
      _ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
      more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
      _ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
      more"===y)&&(v||Zt("mob"))||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(648)
      ()){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
      maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
      .maf.sib.nodeType){var
      e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
      for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
      nextSibling;_ate.maf.sib=e}var
      _ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
      share):void
      0}},Zt("mob")||(R.onmouseover=R.onfocus)),w&&(R.onmouseout=function(){return
      w(this)}),b&&(R.onclick=function(e){var
      t=this.conf||R.conf,n=this.share||R.share;return
      L(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
      className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
      onkeydown=function(e){if(!e)var
      e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
      which&&(_ate.maf.key=e.which),l3===_ate.maf.key?_ate.maf.pre=!0:_ate.maf.pre=null},
      R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
      this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
      getElementById(_ate.maf.firstCompact).focus();else
      if(_ate.maf.key=null,_ate.maf.shift=null,w)return
```

53156... w(this)}}},a"===e.tagName.toLowerCase()){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),y){var
B=f(y,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,1)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[y])("mailto"===y||"email"===y&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share.R.config),_ate.gat(y,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{if(a.follow){if("twitter"!==y?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(y,1,R.share,R.conf),"twitter"===y?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
O=document.ce("span");O.className="addthis_follow_label",O.innerHTML=Pt(y).replace("
_follow",""),R.appendChild(O)}}else
_ate.share.externEvents(y,R,a)||R.noh||(R.onclick=function(e){return
H(y,R.share),!1});R.conf.follow||tn.addEvents(R,y,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
I=Pt(y,!B);Mn[y]&&En.push({link:R,title:y}),R.title=i(a.follow?kn[y]?kn[y]:"Follow on
"+I:Mn[y]?Mn[y]:I),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?l1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,A=(e.className||"",{pinterest:"pinterest_share"});An?s=e.parentNode.
_atsharedconf||{}:(An=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services=(e.parentNode.services={}),c=s.services_exclude||"",l=I.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace(",more",""),split(",")),l.split(",")}do
u=p[t++],A[u]&&(u=A[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Gt.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(168),A=n(638),h=A.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=h(n.code,n.icon,a),s=p({code:t,size:
a+"px"}),s}:z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],C=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,y=document
;if(!(null===x||C||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
O=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!hn){var
I=_ate.util.bind(v,x,x,O,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",I),setTimeout(I,2E3),x._iwps=1;continue}v(x,O,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300",E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Ft(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?s=w(x,B,U),x.appendChild(s):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-

53156...

```
300|j?,x.href||(x.inner=#),x.parentNode&x.parentNode.servicess&(conf=
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Jt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=y.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&a("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c=c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,Cn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),yn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,yn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"
count"),w(Cn,null,null,!1),w(yn,null,null,!1))}function C(){if(!gn)for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}function y(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(156),n(815)(),n(
747),n(746);var
k,M,R,_=n(724),z=n(650),S=window.encodeURIComponent,B=n(18),D=n(89),U=n(823),O=n(782)
,I=n(99),N=n(5),T=n(833),Q=n(148),V=n(155),j=n(94),L=n(693),H=n(96),G=n(64),F=n(135),
P=n(149),Y=n(804),K=n(33),J=n(45),Z=n(780),W=n(781),q=n(48),X=n(727),S=n(20),ee=n(153
),te=n(810),ne=n(84),ae=n(808),oe=n(809),ie=n(154),re=n(86),se=n(85),ce=n(60),ue=n(47
),le=n(24),de=n(38),pe=n(165).truncationList,Ae=n(165).truncateURL,he=n(829),fe=n(830
),ge=n(56),me=n(166),ve=n(26),r=n(42),we=n(2),be=n(25),xe=n(110),Ce=n(39),ye=n(55),Ee
=n(17),ke=n(13),Me=n(44),Re=n(694),_e=n(32),ze=n(832),Se=n(14),Be=n(19),De=n(3).
listen,Ue=n(3).unlisten,Oe=n(8).getDomain,Ie=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(52).PolyEvent,Ge=n(52).EventDispatcher,Fe=n
(109),Pe=n(799),Ye=n(78),Xe=n(41),Je=n(5),Ze=n(644),We=n(805),qe=n(685),Xe=n(151),$e
=n(27),et=n(163),tt=n(813),nt=n(6),at=n(37),ot=n(103),it=n(53),rt=n(787),st=n(46),ct=
n(54),ut=n(90),lt=n(129).processGADEvents,dt=n(129).processAllScripts,pt=n(98),At=n(
790),ht=n(82),ft=n(146),gt=n(147),mt=n(144),vt=n(102),wt=n(138),bt=n(800),xt=n(137),
Ct=n(91),yt=n(50),Et=n(131),kt=n(77),Mt=n(684),Rt=n(61),_t=n(59),zt=n(150),St=n(824),
Bt=n(132),Dt=n(802),Ut=n(7),Ot=n(798).source,It=n(736),Nt=n(649),Tt=n(739),Qt=n(21),
Vt=n(4),jt=n(67),Lt=n(121),Ht=n(22),Gt=n(62),Ft=n(639),Pt=n(41),Yt=n(756),Kt=n(92),Jt
=n(635),Zt=n(1),Wt=n(29),qt=n(128),Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
```

53156... `.indexOf("chrome-extension"))&&(_atc=http:_atr),71f==R.hostname.indexOf("localhost`
`")&&(_atc.loc=1)}catch(en){}var`
`tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.`
`createElement,$t.gn=$t.getElementsByTagName,window._ate)_ate.inst++;else{window._ate=`
`{rand:function(){var`
`e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.`
`random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return`
`Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:`
`_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),`
`tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(145),`
`tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var`
`an=mt(_ate),on=n(139)(_ate);if(_ate.evl=he,_ate.util=(unqoncat:xe,reduce:ve,filter:`
`_t,slice:Ce,strip:ye,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:`
`Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Oe,gUQS:Ie,show:Pe,mrg:r,rel2abs:Te,`
`isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:`
`{}},_ate.event=(PolyEvent:He,EventDispatcher:Ge},_ate.ed=new`
`Ge(_ate),_adr=Fe,_ate.plo=F(),_ate.lad=K,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu`
`=Ke,!_atc.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300`
`")>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in`
`addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Je,_ate.ckv=_e(document.`
`cookie,";"),_ate.cookie=(read:Lt.read,write:Lt.write,kill:Lt.kill,rck:Lt.read,sck:Ht.`
`sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:ge,visit:`
`Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=At`
`(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(81),ref:{r_ondomain:yt.ON_DOMAIN,`
`r_offdomain:yt.OFF_DOMAIN,r_direct:yt.DIRECT,r_search:yt.SEARCH},gub:xt,clr:Et,iss:Ct`
`,fst:kt}),ke(_ate.data,{storage:(all:ht.getAll,clear:ht.removeAll,add:ht.add,get:ht.`
`get,remove:ht.remove,exists:ht.exists,preRemove:ht.removeByPrefix},bloom:{filter:ft,`
`library:gt(ht,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.`
`mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,`
`dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.`
`declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.`
`clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.`
`logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,`
`set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,gql:oe,gvl:`
`ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:Ae,opp:de,ajs:le,jlo:q,ao:J,ac:Z,as:W}`
`),ke_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,`
`getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.`
`isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo`
`:{dec:ot.decodeGeo,parse:ot.parseGeo,isIn:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:`
`function(){var e=$t.getElementsByTagName("script");return`
`e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.`
`getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll`
`,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.`
`ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"`
`scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function`
`e(e){e=e.split("-").shift();for(var`
`t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var`
`e=d.getElementById("_atssh");return`
`e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.`
`insertBefore(e,d.body.firstChild)),e}function n(e,n){var`
`a,o=Math.floor(1e3*Math.random());i=t();return`
`n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe`
`id="_atssh"+o+'" width="1" height="1" title="AddThis utility frame"`
`name="_atssh"+o+'"`
`'+(e?'src="'+e+'"':"")+">",a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="`
`_atssh"+o,a.title="AddThis utility`
`frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=`
`_atc._atf,_ate.bro.msi&&(m.url=e),m)}function`
`a(){if(document.getElementById("product")||"function"==typeof`
`document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).`
`length>0||document.getElementById("productDescription")||document.getElementById("`
`page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return`
`!0;var e,t=_ate.ad.gog();return`
`_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function`
`o(){var`
`e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e`
`.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).`
`version&&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit)&&`

53156...

```
128?(e.$atba&296)?e.me_body512)||(e.gigya&&1024)?(e.SHARECOUNTS&&2048)?(e._qevents&&
4096)|(e.twttr&&8192)||(e.postwidgetnamespace&&16384)||(e.a2a&&32768)||(e.SHRSB_Settings
&&65536)|(e._sf_async_config&&131072)||(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=Ot+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||A){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=A||{};if(t.ce=p.join(","),p=[],A=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e){return e?e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ",lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],A=null,h=function(e){var
t=_ate.track.ts.get();?"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:h,stf:function(e){m=e},trk:i,xtp:g,conversion:u})}()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf("{")>0)try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"===typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g,"").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s=""
),s=s.toLowerCase();var
u=c.content;"description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
```

53156...

```
+)m.push(l)}function r(r){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(160),d=(document,window),p=1,A=["cbea","cbeab","kkk","zvys","gvgf","shpxf",",
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],h=["phz"],f=A.length,g=h.
length,m=[],v={},w={};f--;)w[e(A[f])]=1;for(;g--;)v[e(h[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla=o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(o){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t}}}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||!r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments,_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){h[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t,n){if(h[e])try{return
h[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&(t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n}
)})}function d(e,t,n){var a=function(){};return
f[e]?((!f[e].require||f[e].require(e,t,n))&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}var
p=n(12),A=e(),h={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw=n(130),ocw:G,onw:n(21),caw:n(784),siw:n(79),siw:n(142),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Kt,svcurl:n(134),track:j,notify:i,links:A,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
```

53156... catch(n){!p.l1}return p}function a(){return!Object==typeof

Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function

o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function

i(e,t){var

n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var

i in addthis_share)n[i]=addthis_share[i];if(a)for(i in

a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,

addthis_config,n)}function

r(){-1==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send

",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){h[e

]||i("facebook_like",e),h[e]=1}),FB.Event.subscribe("edge.remove",function(e){h[e]&

&(i("facebook_unlike",e),h[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(

"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("

facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=

1))}function s(e,t){var

n="fb-root",o=A.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var

e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r

(),FB.XFBML.parse(e);else{if(!i&&(o||(o=A.ce("div"),o.id=n,document.body.appendChild(

o)),!i)){var

u=A.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.

js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var

e=A.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].

property||"fb:app_id"===e[n].name){t=e[n].content;break}var

a;a=t?t:x?"140586622674265":"172525162737700";Xt.init({appId:a,cookie:!0,version:"v2.

6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.

__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.

addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c

,!1)):c()})}}}function

c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.

className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.

ost=1))}function

u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.

className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.

ost=1))}function

l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})

,e="share"===e?e+"-button":e;var

o=a.height||25,i=A.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.

conf,"."+e).replace(","," _"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,

function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&

(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.

firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var

a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:{450,r.

show_faces?80:35},button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:

100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){

r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.

share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)

,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.

clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.

send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in

n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else

_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"

scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"

src=\"javascript:'\'\"":"")+"></iframe>",a=t.firstChild):a=A.ce("iframe"),a.style.

overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none

",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.

facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&

layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,

_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh

=t.ost=1}}var

p,A=document,h={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==A.domain.search(/\.addthis\.com$/

i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c

,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({

facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var

t,a=e.el,o=n(42);return

t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t

,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return

window.gapi&&window.gapi.plusone}function t(){if(e())return

void(gapi&&gapi.plusone&&"[object

53156

```
Function}var object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
i){i=1;var n=new
_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
addEventListener("load",function(){t()}),n.load()}}function n(e){var
t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
._at_plusonecallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
plusone",0,a,n);
},window._at_pluscallback=window._at_pluscallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
a(e,n,a){if(!e.ost){var
o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
lang||("undefined"==typeof
i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||i.lang||_ate.ggl((n.conf||{}).ui_language||"en-US",i.href=n.share.url=i.href||
_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
standard":"small"),i.callback=i.callback||"_at_"+o+"callback":(i.href=_ate.share.acb
("google_plusone_share",n.share,addthis_config),i.action="share"),_ate.share.goog.sub
(n),_ate.util.each(i,function(e,t){r.setAttribute(e,t)}),E(e,r,"
google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1,t()}}function
o(e,n){if(!e.ost){e.title="Follow on Google+";var
a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
|"smallbadge"===a.size){var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64")}var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+'<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className=this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,!0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
```

```
53157... &layout="vertical",r.width="49px",r.height="59px"):(t.layout="1",r.width="50px",r.
    height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
    role="presentation" scrolling="no" allowTransparency="true"
    scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:\'\'\":"":"")+'
    style="width:'+r.width+";
    height:"+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.width,r.height),
    pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
    addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
    |i.title||{}).title||"",pinitButton.src=_ate.rsrcs.pinit+(_ate.bro.
    ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
    description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
    util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
    _ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
    ,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
    .addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
    .addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
    pinterest_share={});var
    n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
    description,H("pinterest_share",e(i,r)))})else{var
    u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
    function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
    addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
    addthis_share.passthrough.pinterest_share={});var
    t=Xt.addthis_share.passthrough.pinterest_share;return
    t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
    noh=t.ost=1}}var
    n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
    :t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
    function(t){var
    n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
    )}}})}(),function(){function e(e,i,r){if(!e.ost){var
    s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
    :"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
    ,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
    bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
    nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
    cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
    ),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
    ost=1}}function t(){for(var
    e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
    getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
    =e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
    replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
    ;return r}function n(e,t){var n,a,o;for(var a in
    t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
    skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
    setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
    getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
    e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
    o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
    share.sinaweibo={like:e}}(),function(){_ate.share=_ate.share||{},_ate.share.
    registerListeners({thefancy:{onclick:function(e){var
    t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
    e(){return window.twttr&&window.twttr.events}function
    t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
    t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
    url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
    addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
    i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
    track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
    _ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}}function
    n(){return
    e()&&1===r?(t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
    ,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
    a(e,t,a){if(!e.ost){var
    o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
    .share.url_transforms||{},t.share.url_transforms.defrag=1;var
    p=_ate.util.clone(t.share),A=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
```

```
ui_use_tweet_iframe||_btly===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=A?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
h=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?h.text
:t.share.title)||"",t.related=s.related=s.related||h.related||"",t.hashtags=s.
hashtags=s.hashtags||h.hashtags||"",(s.via||h.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||h.via||t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:""),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),A)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+u+'px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"75px","5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+'px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin||_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
```

Page 1683

53157...

```
window.addthis.ment(t,t.conf,t.share),!1)}),email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}})(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})})(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Gt.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||""),l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]
||(n[e]=e);return
n}(),c=[],l=0,A=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Gt.map[i]!==M||i.indexOf("
facebook_")>-1&&Gt.map.facebook!==M)&&l++,r===i&&(A=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(A=1));return
d=d.join(","),A||Gt.map[r]===M||(l++,e.push(r),addthis_ssh=window.addthis_ssh?
addthis_ssh+","+r:r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(","):[],u=I.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(","))+"more",o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
h,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],C={},y=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,f=A[v[B]]||new
RegExp("(?:^|,)(""+v[B]+")(?:$|,)"),A[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(f,",").replace(",,",","));for(B=0;B<g.length;B++)h=g[B],w[h]||(f=A[h]||new
RegExp("(?:^|,)(""+h+")(?:$|,)"),A[h]=f,-1===b.search(f)&&m.unshift(h));for(B=0;B<s.
length&&E>B;B++)h=s[B],f=A[h]||new
```

```
RegExp("(?:^|,)((?:"+h+")?:$|,)"),A[h]=1;addthis_options.search(f)>-1&&for(B=0;B<s.
length&&!(x.length>=E);B++)h=s[B],C[h]||w[h]||I(Gt.map[h]!==M||h.indexOf("facebook_")
>-1)||(C[h]=1,f=A[h]||new
RegExp("(?:^|,)("+h+")(?:$|,)"),A[h]=f,addthis_options.search(f)>-1?(x.push(h),
addthis_options=addthis_options.replace(f,",")).replace(/,,/,","),k++):x.push(h));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&"==_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11;)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
O=D[B++];if(z[O]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}else
w[O]||(addthis_options+=","+O,z[O]=1,U++)}}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)}-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,A={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
instanceof Array){n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}if("object"==typeof e)for(var o in
e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(e){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
,function(){function e(){function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!e.url)return!1;var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){for(var
t=0,a=[];if(r--,0===r){for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void
i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){try{m=localStorage.getItem(a)}try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),A=_ate.pubid||_ate.pub(),m=!1,w=0;A&&(g||d(b),_ate.bt2||(v=!1,d(b),a="__feed_"+A+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,h(n,{pubid:A,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})}),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:A,domain:p},function(e,
n){return e?t():(l.push(n),void t())})})}}}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||((s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
```

53157... return(e||{})[t]}return t.core}c(o,e),p()}function u(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e},function n l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab||
_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function A(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function h(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,A(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,A(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(",")),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo){try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0}),_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&$t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
provider_uid)),ln.logout&&(un.logout=1),_ate.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
_ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
("+ln.onready+") not
defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.

Page 1686

```
53157 addthis_conf||{}).ver=152),&&(_ate.ver=300),_ate.data=href+addthis_internal.params.
       loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
       addthis_clickout&&_ate.lad(["cout"]))catch(en){N.error("main",en)}if(_adr.bindReady()
       ,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
       adding json2"),n(691),_adr.append(o))),function(){function e(e){return
       _ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
       t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
       _ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
       _ate.util.rfromKV(e)}}function n(e){var
       n;if(!o||"".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
       =e.origin,a(n)}}function
       a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
       o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
       addthis.com")&&(o=!0),Xt.attachEvent?(Xt.attachEvent("onmessage",n,!1),$t.attachEvent
       ("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
       r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
       payload:a}),"*")},0)}}}}()(),tn.addEventListener("addthis.emailShare.close",function()
       {_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
       n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
       a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
       o=e[a],i=t[a];return"string"!=typeof
       o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
       ,n?o-o:o-i)}function i(){for(var
       e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
       r=t||[],s=0===r.length?{}:i(r),c=r;return
       r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
       if(e){if(c._map[e.name||e])return c.add(e)}},c.toMap=function(e){e||(e="name");for(
       var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
       t},c.map=c.toMap,c.has=function(e){return
       c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
       e&&(e=e.split(",")),0===e.length)return!1;for(var
       t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
       string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
       t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
       0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
       i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
       r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
       n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
       n},c.filter=function(t){for(var
       n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
       return
       e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
       _ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e(),function(){function
       e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
       and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
       code must consist entirely of letters, numbers and
       underscores.");return!0}tn.logShare=function(t,n,a,o){var
       i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
       t=t||a&&a.url||addthis_share.url;a&&track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
       url=t,_ate.share.track(n,0,r,i)),tn.addClickTag=function(t,a,o,i){var
       t=t||o&&o.url||addthis_share.url;n=n(23);return
       e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
       function(){function e(e,t){return
       ve(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
       function(n){setTimeout(function(){n(a[e]||t)},0)}}function
       n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
       M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),
53158  e},[["uid",""],["geo",""],["_ssh",[]]]))}function o(){_=1,n({rdy:1})}function
       i(e){return _ate.util.geo.isin(e,_ate.geo)}function r(e){return
       z.interests.iskey(e)}function s(e){return z.tags.iskey(e)}function c(e){return
       z.tags.hasKeys(e)}function u(e){return _ate.util.geo.isin(e,_ate.geo)}function
       u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
       ),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
       e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
       _ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
       _ate.data.OrderedSet(n);var o=new
       _ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
       .HIGH})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.
```

53158...

```
services=o,z.activity={},z.activity.social_ateevts,z.activity.view_ateevts,z.source
=m(),S.location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("
addthis.user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.
addthis_translations?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("
addthis.i18n.ready",function(){u(e)}),_ate.alg())}function l(e){u(e)}function
d(){return _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function A(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
h(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){h("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
h("gts"),z.services}function m(){return h("gtt"),_ate.track.ts.get()}function
v(){return h("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function C(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Gt.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function y(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())}var
S={ready:u,isReturning:d,isOptedOut:A("ioo",b),isUserOf:A("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w}return
tn.session={source:m,isSocial:A("isl",C),isSearch:A("ish",y)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{}).__pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api)}var
dn,pn,An,hn,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,Cn=[],yn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:1,_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),hn=1}),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.pinterest=e[0][22],Mn.more=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
```

```
RegExp(r+e+"(.*)a|"+r+e+d+"(.*)a)"&"+r[r.conf||{}].follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c))))}for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),A=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(656),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(655)})
,_atc._ld_barcss=1),!l.fixed))){for(var
h=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
appendChild(f),h.appendChild(a),l.appendChild(h),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large")))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(A)),A.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),C(),_ate.share.sub(),e&&"function"==typeof
e&&e())},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),y(),_atc.xo1?(C(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn))window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Jt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(792)},function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"el",en:1,eo:1,es:1,es1:"es",spa:"es",et:1,est:"
et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",ga
:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hi",hr:1,ht:1,hy:1,
cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",my:1,bur:"my",mya:"my",nb:1,
nl:1,nla:"nl",dut:"nl",no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",of:1,pol:"pl",ps:1,pt:1
,por:"pt",ro:1,ron:"ro",rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",
sq:1,alb:"sq",sr:1,se:1,si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",
te:1,teg:"te",th:1,tha:"th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk"
,ur:1,urd:"ur",vi:1,vec:1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-
hk","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho:"zh","zh-tr":"zh","
chi-tr":"zh","zho-tr":"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e){var
n=r((e||i()).toLowerCase());if(-1===c.indexOf(","+n+",")&&0!==n.indexOf("en")&&(!_ate
.pll||t)){c+=n+",";var a={lang:n};u.go(a),s=!0}}function o(){return s}var
i=n(20),r=n(154),s=!1,c=",",u=n(719);e.exports={get:a,wasRequestMade:o}},function(e,t
,n){var a=n(20),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
```

Page 1689

53158...

```
installeof function","callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){var n,a=i("sms",e,t,!1,!0);return
n=o("iph")||o("ipa")?"sms:&body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a):"sms:?body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("bb10")||o("dro"
)?window.location=a(e,t):(e.service="email",r(e,t))},e.exports.getSMSURL=a},function(
e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(103).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location),loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(77);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url">
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(753),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(13),r=n(136),s=n(9),c=n(6).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(6).makeCUID,i=n(24),r=n(19);e.exports=function(e,t,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(66);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(822),o=n(816),i=n(7),r=n(36),s=n(51),c=n(817),u=n(88),l=n(818),d=n(158),p=n(157),
A=n(87),h=n(16),f=n(23),g=n(130),m=n(12),v=n(142),w=n(79),b=n(45),x=n(1),C=n(21),y=n(
35),E=n(9),k=n(19),M=n(47),R=n(95),_=window,z=document;e.exports=function(e,t){var
n=_.addthis_config?k(_.addthis_config):{},S=_.addthis_share?k(_.addthis_share):{};
switch(t=t||{},n.product=t.product,S.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=E(),S.service=e,S.media=void
0!==t.media?t.media:S.media,S.url=void 0!==t.url?t.url:S.url,S.title=void
0!==t.title?t.title:S.title,S.description=void
0!==t.description?t.description:S.description,S.passthrough=void
0!==t.passthrough?t.passthrough:S.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",b(z.body,"more","","",n,S);break;case"mailto":_.location
.href=h(S,n,1);break;case"email":S.email_template||S.email_template,
S.email_vars=t.email_vars||S.email_vars,s(S,n);break;case"pinterest":case"
pinterest_share":a(S,n),addthis.menu.close();break;case"thefancy":r(e,S,n),o(),
```

53158...||addThis.menu.close(),break,case"favorites":var
B=S.url,D=S.title,U=x("win")?"Control":"Command",O=S.share_url_transforms||S.
url_transforms,I="Press <"+U+">+D to bookmark in
";D=M(D),B=f(B),B=y(B,O,S,e),B=m(e,S,n,B,1),x("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):x("saf")||x("chr")?alert(I+x("chr")?Chrome":"Safari")):x("opr")?alert(I+"
Opera"):x("msedge")?alert(I+"Edge"):x("ffx")&&!_.sidebar.addPanel?alert(I+"Firefox"):
z.all?_.external.AddFavorite(B,D):_.sidebar.addPanel(D,B,"");break;case"print":r(e,S,
n),l();break;case"link":c(S,n);break;case"viber":u(S,n);break;case"slack":d(S,n);
break;case"skype":p(S,n);break;case"sms":A(S,n);break;default:"twitter"===e&&(S.title
=window.encodeURIComponent(S.title)),g(e)?w(e,S,n):_ate.share.inBm()||t.
defaultShareToNewTab?C(i(e,0,S,n),"_blank"):v(e,S,n)}R(S.service)||addthis.ed.fire("
addthis.menu.share",addthis,S),_ate.gat(e,S.url,n,S)}},function(e,t,n){"use
strict";var a=n(173),o=n(1);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a){if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b")for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","g"):null,s=[],c=0,u=i.length;u>c;c+=1)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e},t.
getPopServices=d;var p=function(){return
d().split(",")};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(105),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index)),o[e]=e)},empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(151),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(136),n(4));e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),t=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
}function o(e){var t,n,a={};return

53158...

```
e=e.toUpperCase()},a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28)}a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+" continent: ";return
t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
"+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(2);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return e;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(74);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options);return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
|[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
r=n(1),s=n(13),c=n(14),u=n(5),l=n(3),d=n(114),p=n(726),A=n(12),h=n(728),f=n(723),g=n(
730),m=n(16),v=n(18),w=n(41);i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)})}},open:function(e,t,n,a,o,i){var
c,u;h(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=A("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis.c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&n.smd
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null}},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(1),i=n(2),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
```

53158...

```
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0)),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}}},e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1)}return e},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=A(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(715),s=n(40),c=a(s),u=n(716),l=a(u),d=n(634),p=a(d),A=n(637).getIconCode,h=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};h.id="service-icons-"+g++,f.appendChild(h)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(81),i=n(50),r=n(116),s=a(r),c=n(721),u=a(c),l=n(720),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(","),!0}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(4),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,i=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(647),ExpandedMenuControllerView:n(651)};n(838)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
```

53158 „ strict";function i(){return i=l["default"],CROSS_WINDOW_TARGET_LISTENING:"
„ CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
„ CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
„ CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
„ CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
„ CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){"use
„ strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e
„ instanceof t))throw new TypeError("Cannot call a class as a function")}function
„ i(e){for(var t=arguments.length<=1||void
„ 0===arguments[1]?[]:arguments[1];e.length;e.pop().apply(null,t)}t.__esModule=!0;var
„ r=n(139),s=a(r),c=n(24),u=a(c),l=n(14),d=a(l),p=n(27),A=a(p),h=n(40),f=a(h),g=n(164),
„ m=a(g),v=n(2),w=a(v),b=n(831),x=a(b),C=0,y=1,E=2,k=3,M=0,R=1,_=2,z=3,S=function(){
„ function e(t){o(this,e,"function"==typeof
„ t?this._urlCallback=t:this._url=t,this._force=!1,this._multi={},this._lastKey=null,
„ this._type=R,this._params=[],this._paramNames={},this._paramValues={},this.
„ _requestCount=0,this._responseCount=0,this._loadCallbacks=[],this._errorCallbacks=[],
„ this._dataErrorCallbacks=[]}return e.prototype.jsonp=function(){var
„ e=arguments.length<=0||void
„ 0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
„ storeCallback,a=n(A["default"](this._url),Math.random().toString().slice(2),d["
„ default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
„ return
„ this._addParam({type:k,key:e,value:a}),this._type=M,this},e.prototype.pixel=function(
„ ){return this._type=R,this},e.prototype.beacon=function(){return
„ this._type=_,this},e.prototype.cors=function(e){return
„ this._type=z,"POST"===e.toUpperCase()?this._method="POST":this._method="GET",this},e.
„ prototype.go=function(e){this._paramValues=e;var
„ t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
„ length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
„ console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
„ getRequestCount=function(){return
„ this._requestCount},e.prototype.getResponseCount=function(){return
„ this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
„ 0===arguments[1]?null:arguments[1];return
„ this._addParam({type:C,key:e,test:t}),this},e.prototype.optional=function(e){var
„ t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
„ this._addParam({
53159 „ type:y,key:e,test:t}),this},e.prototype.always=function(e){var
„ t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
„ this._addParam({type:E,key:e,test:t}),this},e.prototype.constant=function(e,t){return
„ f["default"](void 0!==t,"%s: the constant query param %s missing
„ value",this._url,e),this._addParam({type:k,key:e,value:t}),this},e.prototype.multiple
„ =function(){return
„ this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
„ (e){return
„ this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
„ this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
„ this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
„ this._force=Boolean(e),this},e.prototype._addParam=function(e){var
„ t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
„ %s was already added to the request and cannot be
„ overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
„ type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
„ t=e.key,n=e.value,a=e.test,o=e.value;if(o){f["default"](n instanceof Array,"%s: the
„ multi param %s needs to be an array, got %s",this._url,t,n);for(var
„ i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
„ return!0}return a instanceof RegExp?a.test(n):a instanceof
„ Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
„ Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
„ t)},e.prototype._processValues=function(e){for(var
„ t=[],n=[],a=0;a<this._params.length;a++){var
„ o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
„ 0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
„ k:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
„ multiple values are not
„ allowed",this._url,r),n.push(this._encodePair(r,u));break;case
„ C:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
„ param %s was provided an invalid value of

53159…

```
%s",r.unshift(u),n.push(this._encodePair(r,u))}else case y.r["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case E:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:""))}}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
getUrl=function(e){var t=void 0;return"function"==typeof
this._urlCallback?(t=this._urlCallback(e,this._paramValues),this._url=t):t=this._url+
"?"+e,t},e.prototype._request=function(e){var t=this.getUrl(e),n=void
0;if(f["default"](this._type===R||this._type===M||this._type===z,"%s:
unrecognized type %s, aborting",this._url,this._type),this._type===R)n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this);else
if(this._type===M)n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this);else if(this._type===_)m["default"](t,"{}");else
if(this._type===z){var
a={url:t,method:this._method,onSuccess:d["default"](function(e){i(this._loadCallbacks
,[e])},this),onFailure:d["default"](function(){i(this._errorCallbacks)},this)};x["
default"](a)}this._requestCount++,e}();t["default"]=S,e.exports=t["default"]},
function(e,t,n){var
a={},o={};a.delicious=function(e){e(n(659))},o.delicious=function(e){n.e(208,function
(){e(n(433))})}},a.digg=function(e){e(n(660))},o.digg=function(e){n.e(205,function(){e
(n(436))})},a.facebook=function(e){e(n(662))},o.facebook=function(e){n.e(189,function
(){e(n(452))})},a.google=function(e){e(n(664))},o.google=function(e){n.e(171,function
(){e(n(470))})}},a.linkedin=function(e){e(n(665))},o.linkedin=function(e){n.e(141,
function(){e(n(500))})},a.reddit=function(e){e(n(670))},o.reddit=function(e){n.e(93,
function(){e(n(548))})}},a.stumbleupon=function(e){e(n(672))},o.stumbleupon=function(e
){n.e(64,function(){e(n(577))})}},a.tumblr=function(e){e(n(673))},o.tumblr=function(e)
{n.e(47,function(){e(n(594))})}},a.twitter=function(e){e(n(674))},o.twitter=function(e
){n.e(45,function(){e(n(596))})}},a.myspace=function(e){e(n(667))},o.myspace=function(
e){n.e(123,function(){e(n(518))})}},a.blogger=function(e){e(n(658))},o.blogger=
function(e){n.e(225,function(){e(n(416))})}},a.print=function(e){e(n(669))},o.print=
function(e){n.e(101,function(){e(n(540))})}},a.favorites=function(e){e(n(663))},o.
favorites=function(e){n.e(184,function(){e(n(457))})}},a.email=function(e){e(n(661))},
o.email=function(e){n.e(194,function(){e(n(447))})}},a.wykop=function(e){e(n(677))},o.
wykop=function(e){n.e(24,function(){e(n(617))})}},a.mailto=function(e){e(n(666))},o.
mailto=function(e){n.e(138,function(){e(n(503))})}},a.sinaweibo=function(e){e(n(671))}
,o.sinaweibo=function(e){n.e(84,function(){e(n(557))})}},a.vk=function(e){e(n(675))},o
.vk=function(e){n.e(34,function(){e(n(607))})}},a.pinterest_share=function(e){e(n(668)
)},o.pinterest_share=function(e){n.e(105,function(){e(n(536))})}},a.whatsapp=function(
e){e(n(676))},o.whatsapp=function(e){n.e(27,function(){e(n(614))})}},a.addthis=
function(e){e(n(657))},o.addthis=function(e){n.e(244,function(){e(n(397))})}},a.aim=
function(e){e(n(459),function(){e(n(182))})}},o.aim=function(e){n.e(240,function(){e(n(
401))})}},a.amazonwishlist=function(e){e(n(458),function(){e(n(183))})}},o.
amazonwishlist=function(e){n.e(239,function(){e(n(402))})}},a.bitly=function(e){n.e(
447,function(){e(n(194))})}},o.bitly=function(e){n.e(228,function(){e(n(413))})}},a.
blogmarks=function(e){n.e(443,function(){e(n(198))})}},o.blogmarks=function(e){n.e(223
,function(){e(n(418))})}},a.diigo=function(e){n.e(425,function(){e(n(216))})}},o.diigo=
function(e){n.e(203,function(){e(n(438))})}},a.faves=function(e){n.e(409,function(){e(
n(232))})}},o.faves=function(e){n.e(185,function(){e(n(456))})}},a.hatena=function(e){n
.e(391,function(){e(n(250))})}},o.hatena=function(e){n.e(165,function(){e(n(476))})}},a
.meneame=function(e){n.e(358,function(){e(n(283))})}},o.meneame=function(e){n.e(130,
function(){e(n(511))})}},a.netvibes=function(e){n.e(348,function(){e(n(293))})}},o.
netvibes=function(e){n.e(119,function(){e(n(522))})}},a.netvouz=function(e){n.e(347,
function(){e(n(294))})}},o.netvouz=function(e){n.e(118,function(){e(n(523))})}},a.
newsvine=function(e){n.e(345,function(){e(n(296))})}},o.newsvine=function(e){n.e(116,
function(){e(n(525))})}},a.nujij=function(e){n.e(344,function(){e(n(297))})}},o.nujij=
function(e){n.e(115,function(){e(n(526))})}},a.thisnext=function(e){n.e(284,function(
){e(n(357))})}},o.thisnext=function(e){n.e(50,function(){e(n(591))})}},a.livejournal=
function(e){n.e(366,function(){e(n(275))})}},o.livejournal=function(e){n.e(139,
function(){e(n(502))})}},a.gmail=function(e){n.e(398,function(){e(n(243))})}},o.gmail=
function(e){n.e(173,function(){e(n(468))})}},a.hotmail=function(e){n.e(387,function(){
e(n(254))})}},o.hotmail=function(e){n.e(161,function(){e(n(480))})}},a.yahoomail=
function(e){n.e(261,function(){e(n(380))})}},o.yahoomail=function(e){n.e(22,function()
{e(n(619))})}},a.aolmail=function(e){n.e(456,function(){e(n(185))})}},o.aolmail=
```

53159

```
function(e){n.e(237,function(){e(n(404))})}),a.googletranslate=function(e){n.e(394,
function(){e(n(247))})}),o.googletranslate=function(e){n.e(168,function(){e(n(473))})}
,a.wordpress=function(e){n.e(263,function(){e(n(378))})}),o.wordpress=function(e){n.e(
25,function(){e(n(616))})}),a.typepad=function(e){n.e(280,function(){e(n(361))})}),o.
typepad=function(e){n.e(44,function(){e(n(597))})}),a.yammer=function(e){n.e(260,
function(){e(n(381))})}),o.yammer=function(e){n.e(21,function(){e(n(620))})}),a.
oknotizie=function(e){n.e(341,function(){e(n(300))})}),o.oknotizie=function(e){n.e(112
,function(){e(n(529))})}),a.oyyla=function(e){n.e(339,function(){e(n(302))})}),o.oyyla=
function(e){n.e(110,function(){e(n(531))})}),a.favoritus=function(e){n.e(408,function(
){e(n(233))})}),o.favoritus=function(e){n.e(183,function(){e(n(458))})}),a.startaid=
function(e){n.e(302,function(){e(n(339))})}),o.startaid=function(e){n.e(69,function(){
e(n(572))})}),a.svejo=function(e){n.e(293,function(){e(n(348))})}),o.svejo=function(e){
n.e(59,function(){e(n(582))})}),a.symbaloo=function(e){n.e(292,function(){e(n(349))})}
),o.symbaloo=function(e){n.e(58,function(){e(n(583))})}),a.yoolink=function(e){n.e(257,
function(){e(n(384))})}),o.yoolink=function(e){n.e(18,function(){e(n(623))})}),a.youmob
=function(e){n.e(255,function(){e(n(386))})}),o.youmob=function(e){n.e(16,function(){e(
n(625))})}),a.n4g=function(e){n.e(350,function(){e(n(291))})}),o.n4g=function(e){n.e(
121,function(){e(n(520))})}),a.folkd=function(e){n.e(404,function(){e(n(237))})}),o.
folkd=function(e){n.e(179,function(){e(n(462))})}),a.evernote=function(e){n.e(415,
function(){e(n(226))})}),o.evernote=function(e){n.e(192,function(){e(n(449))})}),a.
stumpedia=function(e){n.e(297,function(){e(n(344))})}),o.stumpedia=function(e){n.e(63,
function(){e(n(578))})}),a.studivz=function(e){n.e(299,function(){e(n(342))})}),o.
studivz=function(e){n.e(66,function(){e(n(575))})}),a.pusha=function(e){n.e(330,
function(){e(n(311))})}),o.pusha=function(e){n.e(99,function(){e(n(542))})}),a.kledy=
function(e){n.e(372,function(){e(n(269))})}),o.kledy=function(e){n.e(146,function(){e(
n(495))})}),a.plurk=function(e){n.e(334,function(){e(n(307))})}),o.plurk=function(e){n.
e(104,function(){e(n(537))})}),a.citeulike=function(e){n.e(434,function(){e(n(207))})}
),o.citeulike=function(e){n.e(214,function(){e(n(427))})}),a.care2=function(e){n.e(435,
function(){e(n(206))})}),o.care2=function(e){n.e(215,function(){e(n(426))})}),a.baidu=
function(e){n.e(453,function(){e(n(188))})}),o.baidu=function(e){n.e(234,function(){e(
n(407))})}),a.printfriendly=function(e){n.e(331,function(){e(n(310))})}),o.
printfriendly=function(e){n.e(100,function(){e(n(541))})}),a.arto=function(e){n.e(454,
function(){e(n(187))})}),o.arto=function(e){n.e(235,function(){e(n(406))})}),a.sodahead
=function(e){n.e(308,function(){e(n(333))})}),o.sodahead=function(e){n.e(75,function(){
}){e(n(566))})}),a.viadeo=function(e){n.e(276,function(){e(n(365))})}),o.viadeo=function(
e){n.e(40,function(){e(n(601))})}),a.amenme=function(e){n.e(457,function(){e(n(184))})}
},o.amenme=function(e){n.e(238,function(){e(n(403))})}),a.virb=function(e){n.e(272,
function(){e(n(369))})}),o.virb=function(e){n.e(36,function(){e(n(605))})}),a.bizsugar=
function(e){n.e(446,function(){e(n(195))})}),o.bizsugar=function(e){n.e(227,function()
){e(n(414))})}),a.bobrdobr=function(e){n.e(442,function(){e(n(199))})}),o.bobrdobr=
function(e){n.e(222,function(){e(n(419))})}),a.smiru=function(e){n.e(311,function(){e(n
(330))})}),o.smiru=function(e){n.e(78,function(){e(n(563))})}),a.stuffpit=function(e){
n.e(298,function(){e(n(343))})}),o.stuffpit=function(e){n.e(65,function(){e(n(576))})}
,a.fabulously40=function(e){n.e(413,function(){e(n(228))})}),o.fabulously40=function(e
){n.e(190,function(){e(n(451))})}),a.yorumcuyum=function(e){n.e(256,function(){e(n(385
))})}),o.yorumcuyum=function(e){n.e(17,function(){e(n(624))})}),a.hackernews=function(e
){n.e(392,function(){e(n(249))})}),o.hackernews=function(e){n.e(166,function(){e(n(475
))})}),a.bonzobox=function(e){n.e(441,function(){e(n(200))})}),o.bonzobox=function(e){n
.e(221,function(){e(n(420))})}),a.meinvz=function(e){n.e(362,function(){e(n(279))})}),o
.meinvz=function(e){n.e(134,function(){e(n(507))})}),a.visitezmonsite=function(e){n.e(
271,function(){e(n(370))})}),o.visitezmonsite=function(e){n.e(35,function(){e(n(606))}
)}),a.memori=function(e){n.e(360,function(){e(n(281))})}),o.memori=function(e){n.e(132,
function(){e(n(509))})}),a.diggita=function(e){n.e(426,function(){e(n(215))})}),o.
diggita=function(e){n.e(204,function(){e(n(437))})}),a.linkuj=function(e){n.e(367,
function(){e(n(274))})}),o.linkuj=function(e){n.e(140,function(){e(n(501))})}),a.tuenti
=function(e){n.e(282,function(){e(n(359))})}),o.tuenti=function(e){n.e(48,function(){e(
n(593))})}),a.informazione=function(e){n.e(384,function(){e(n(257))})}),o.informazione
=function(e){n.e(158,function(){e(n(483))})}),a.startlap=function(e){n.e(301,function(
){e(n(340))})}),o.startlap=function(e){n.e(68,function(){e(n(573))})}),a.moemesto=
function(e){n.e(354,function(){e(n(287))})}),o.moemesto=function(e){n.e(126,function()
){e(n(515))})}),a["100zakladok"]=function(e){n.e(466,function(){e(n(175))})}),o["
100zakladok"]=function(e){n.e(248,function(){e(n(393))})}),a.domaintoolswhois=function
(e){n.e(423,function(){e(n(218))})}),o.domaintoolswhois=function(e){n.e(201,function()
){e(n(440))})}),a.quantcast=function(e){n.e(328,function(){e(n(313))})}),o.quantcast=
function(e){n.e(97,function(){e(n(544))})}),a.w3validator=function(e){n.e(267,function
(){e(n(374))})}),o.w3validator=function(e){n.e(30,function(){e(n(611))})}),a.hedgehogs=
function(e){n.e(390,function(){e(n(251))})}),o.hedgehogs=function(e){n.e(164,function(
){e(n(477))})}),a.cosmiq=function(e){n.e(430,function(){e(n(211))})}),o.cosmiq=function
```

53159…

```
(e){n.e(210,function(){e(n(301))})},a.instapaper=function(e){n.e(382,function(){e(n(
259))})},o.instapaper=function(e){n.e(156,function(){e(n(485))})},a.ziczac=function(e
){n.e(250,function(){e(n(391))})},o.ziczac=function(e){n.e(11,function(){e(n(630))})}
,a.adifni=function(e){n.e(461,function(){e(n(180))})},o.adifni=function(e){n.e(242,
function(){e(n(399))})},a.favable=function(e){n.e(410,function(){e(n(231))})},o.
favable=function(e){n.e(186,function(){e(n(455))})},a.camyoo=function(e){n.e(436,
function(){e(n(205))})},o.camyoo=function(e){n.e(216,function(){e(n(425))})},a.box=
function(e){n.e(438,function(){e(n(203))})},o.box=function(e){n.e(218,function(){e(n(
423))})},a.bookmarkycz=function(e){n.e(440,function(){e(n(201))})},o.bookmarkycz=
function(e){n.e(220,function(){e(n(421))})},a.etsy=function(e){n.e(416,function(){e(n
(225))})},o.etsy=function(e){n.e(193,function(){e(n(448))})},a.bookmerkende=function(
e){n.e(439,function(){e(n(202))})},o.bookmerkende=function(e){n.e(219,function(){e(n(
422))})},a.posteezy=function(e){n.e(332,function(){e(n(309))})},o.posteezy=function(e
){n.e(102,function(){e(n(539))})},a.zakladoknet=function(e){n.e(251,function(){e(n(
390))})},o.zakladoknet=function(e){n.e(12,function(){e(n(629))})},a.douban=function(e
){n.e(422,function(){e(n(219))})},o.douban=function(e){n.e(200,function(){e(n(441))})
},a.pdfmyurl=function(e){n.e(337,function(){e(n(304))})},o.pdfmyurl=function(e){n.e(
108,function(){e(n(533))})},a.rediff=function(e){n.e(324,function(){e(n(317))})},o.
rediff=function(e){n.e(92,function(){e(n(549))})},a.markme=function(e){n.e(364,
function(){e(n(277))})},o.markme=function(e){n.e(136,function(){e(n(505))})},a.
naszaklasa=function(e){n.e(349,function(){e(n(292))})},o.naszaklasa=function(e){n.e(
120,function(){e(n(521))})},a.vybralisme=function(e){n.e(268,function(){e(n(373))})},
o.vybralisme=function(e){n.e(31,function(){e(n(610))})},a.mymailru=function(e){n.e(
352,function(){e(n(289))})},o.mymailru=function(e){n.e(124,function(){e(n(517))})},a.
qzone=function(e){n.e(326,function(){e(n(315))})},o.qzone=function(e){n.e(95,function
(){e(n(546))})},a.xing=function(e){n.e(262,function(){e(n(379))})},o.xing=function(e)
{n.e(23,function(){e(n(618))})},a.fashiolista=function(e){n.e(411,function(){e(n(230)
)})},o.fashiolista=function(e){n.e(187,function(){e(n(454))})},a.newsmeback=function(
e){n.e(346,function(){e(n(295))})},o.newsmeback=function(e){n.e(117,function(){e(n(
524))})},a.iorbix=function(e){n.e(380,function(){e(n(261))})},o.iorbix=function(e){n.
e(154,function(){e(n(487))})},a.urlaubswerkde=function(e){n.e(277,function(){e(n(364)
)})},o.urlaubswerkde=function(e){n.e(41,function(){e(n(600))})},a.mrcnetworkit=
function(e){n.e(353,function(){e(n(288))})},o.mrcnetworkit=function(e){n.e(125,
function(){e(n(516))})},a.pafnetde=function(e){n.e(338,function(){e(n(303))})},o.
pafnetde=function(e){n.e(109,function(){e(n(532))})},a.spinsnap=function(e){n.e(306,
function(){e(n(335))})},o.spinsnap=function(e){n.e(73,function(){e(n(568))})},a.
technerd=function(e){n.e(290,function(){e(n(351))})},o.technerd=function(e){n.e(56,
function(){e(n(585))})},a.thefreedictionary=function(e){n.e(285,function(){e(n(356))}
)},o.thefreedictionary=function(e){n.e(51,function(){e(n(590))})},a.yuuby=function(e)
{n.e(252,function(){e(n(389))})},o.yuuby=function(e){n.e(13,function(){e(n(628))})},a
.efactor=function(e){n.e(418,function(){e(n(223))})},o.efactor=function(e){n.e(196,
function(){e(n(445))})},a.adfty=function(e){n.e(462,function(){e(n(179))})},o.adfty=
function(e){n.e(243,function(){e(n(398))})},a.draugiem=function(e){n.e(421,function()
{e(n(220))})},o.draugiem=function(e){n.e(199,function(){e(n(442))})},a.historious=
function(e){n.e(389,function(){e(n(252))})},o.historious=function(e){n.e(163,function
(){e(n(478))})},a.indexor=function(e){n.e(385,function(){e(n(256))})},o.indexor=
function(e){n.e(159,function(){e(n(482))})},a.voxopolis=function(e){n.e(269,function(
){e(n(372))})},o.voxopolis=function(e){n.e(32,function(){e(n(609))})},a.memonic=
function(e){n.e(361,function(){e(n(280))})},o.memonic=function(e){n.e(133,function(){
e(n(508))})},a.addressbar=function(e){n.e(463,function(){e(n(178))})},o.addressbar=
function(e){n.e(245,function(){e(n(396))})},a.kaixin=function(e){n.e(377,function(){e
(n(264))})},o.kaixin=function(e){n.e(151,function(){e(n(490))})},a.odnoklassniki_ru=
function(e){n.e(342,function(){e(n(299))})},o.odnoklassniki_ru=function(e){n.e(113,
function(){e(n(528))})},a.zingme=function(e){n.e(249,function(){e(n(392))})},o.zingme
=function(e){n.e(10,function(){e(n(631))})},a.jappy=function(e){n.e(379,function(){e(
n(262))})},o.jappy=function(e){n.e(153,function(){e(n(488))})},a.vkrugudruzei=
function(e){n.e(270,function(){e(n(371))})},o.vkrugudruzei=function(e){n.e(33,
function(){e(n(608))})},a.stylishhome=function(e){n.e(296,function(){e(n(345))})},o.
stylishhome=function(e){n.e(62,function(){e(n(579))})},a.kindleit=function(e){n.e(373
,function(){e(n(268))})},o.kindleit=function(e){n.e(147,function(){e(n(494))})},a.
scoopit=function(e){n.e(318,function(){e(n(323))})},o.scoopit=function(e){n.e(86,
function(){e(n(555))})},a.govn=function(e){n.e(393,function(){e(n(248))})},o.govn=
function(e){n.e(167,function(){e(n(474))})},a.skyrock=function(e){n.e(315,function(){
e(n(326))})},o.skyrock=function(e){n.e(62,function(){e(n(559))})},a.ketnooi=function(
e){n.e(375,function(){e(n(266))})},o.ketnooi=function(e){n.e(149,function(){e(n(492))
})},a.taringa=function(e){n.e(291,function(){e(n(350))})},o.taringa=function(e){n.e(
57,function(){e(n(584))})},a.researchgate=function(e){n.e(322,function(){e(n(319))})}
,o.researchgate=function(e){n.e(90,function(){e(n(551))})},a.blogkeen=function(e){n.e
```

```
53159... (444,function(){e(n437)})}},o.wildgkeen=function(e){n.e(224,function(){e(n(417))})}},a
...    .mendeley=function(e){n.e(359,function(){e(n(282))})}},o.mendeley=function(e){n.e(131,
...    function(){e(n(510))})}},a.qrsrc=function(e){n.e(329,function(){e(n(312))})}},o.qrsrc=
...    function(e){n.e(98,function(){e(n(543))})}},a.bland=function(e){n.e(445,function(){e(n
...    (196))})}},o.bland=function(e){n.e(226,function(){e(n(415))})}},a.sharer=function(e){n.
...    e(317,function(){e(n(324))})}},o.sharer=function(e){n.e(85,function(){e(n(556))})}},a.
...    safelinking=function(e){n.e(319,function(){e(n(322))})}},o.safelinking=function(e){n.e
...    (87,function(){e(n(554))})}},a.cleanprint=function(e){n.e(433,function(){e(n(208))})}},
...    o.cleanprint=function(e){n.e(213,function(){e(n(428))})}},a.disqus=function(e){n.e(424
...    ,function(){e(n(217))})}},o.disqus=function(e){n.e(202,function(){e(n(439))})}},a.
...    surfingbird=function(e){n.e(294,function(){e(n(347))})}},o.surfingbird=function(e){n.e
...    (60,function(){e(n(581))})}},a.lidar=function(e){n.e(370,function(){e(n(271))})}},o.
...    lidar=function(e){n.e(144,function(){e(n(497))})}},a.buffer=function(e){n.e(437,
...    function(){e(n(204))})}},o.buffer=function(e){n.e(217,function(){e(n(424))})}},a.
...    beat100=function(e){n.e(450,function(){e(n(191))})}},o.beat100=function(e){n.e(231,
...    function(){e(n(410))})}},a.cssbased=function(e){n.e(429,function(){e(n(212))})}},o.
...    cssbased=function(e){n.e(209,function(){e(n(432))})}},a.yookos=function(e){n.e(258,
...    function(){e(n(383))})}},o.yookos=function(e){n.e(19,function(){e(n(622))})}},a.supbro=
...    function(e){n.e(295,function(){e(n(346))})}},o.supbro=function(e){n.e(61,function(){e(
...    n(580))})}},a.google_plusone_share=function(e){n.e(395,function(){e(n(246))})}},o.
...    google_plusone_share=function(e){n.e(169,function(){e(n(472))})}},a.apsense=function(e
...    ){n.e(455,function(){e(n(186))})}},o.apsense=function(e){n.e(236,function(){e(n(405))}
...    )}},a.cleansave=function(e){n.e(432,function(){e(n(209))})}},o.cleansave=function(e){n.
...    e(212,function(){e(n(429))})}},a.openthedoor=function(e){n.e(340,function(){e(n(301))}
...    )}},o.openthedoor=function(e){n.e(111,function(){e(n(530))})}},a.advqr=function(e){n.e(
...    460,function(){e(n(181))})}},o.advqr=function(e){n.e(241,function(){e(n(400))})}},a.
...    pocket=function(e){n.e(333,function(){e(n(308))})}},o.pocket=function(e){n.e(103,
...    function(){e(n(538))})}},a.margarin=function(e){n.e(365,function(){e(n(276))})}},o.
...    margarin=function(e){n.e(137,function(){e(n(504))})}},a.gg=function(e){n.e(401,
...    function(){e(n(240))})}},o.gg=function(e){n.e(176,function(){e(n(465))})}},a.foodlve=
...    function(e){n.e(403,function(){e(n(238))})}},o.foodlve=function(e){n.e(178,function(){
...    e(n(463))})}},a.thefancy=function(e){n.e(286,function(){e(n(355))})}},o.thefancy=
...    function(e){n.e(52,function(){e(n(589))})}},a.mixi=function(e){n.e(355,function(){e(n(
...    286))})}},o.mixi=function(e){n.e(127,function(){e(n(514))})}},a.wishmindr=function(e){n
...    .e(264,function(){e(n(377))})}},o.wishmindr=function(e){n.e(26,function(){e(n(615))})}}
...    ,a.financialjuice=function(e){n.e(407,function(){e(n(234))})}},o.financialjuice=
...    function(e){n.e(182,function(){e(n(459))})}},a.myvidster=function(e){n.e(351,function(
...    ){e(n(290))})}},o.myvidster=function(e){n.e(122,function(){e(n(519))})}},a.exchangle=
...    function(e){n.e(414,function(){e(n(227))})}},o.exchangle=function(e){n.e(191,function(
...    ){e(n(450))})}},a.wanelo=function(e){n.e(266,function(){e(n(375))})}},o.wanelo=function
...    (e){n.e(29,function(){e(n(612))})}},a.hootsuite=function(e){n.e(388,function(){e(n(253
...    ))})}},o.hootsuite=function(e){n.e(162,function(){e(n(479))})}},a.internetarchive=
...    function(e){n.e(381,function(){e(n(260))})}},o.internetarchive=function(e){n.e(155,
...    function(){e(n(486))})}},a.behance=function(e){n.e(449,function(){e(n(192))})}},o.
...    behance=function(e){n.e(230,function(){e(n(411))})}},a.vimeo=function(e){n.e(274,
...    function(){e(n(367))})}},o.vimeo=function(e){n.e(38,function(){e(n(603))})}},a.flickr=
...    function(e){n.e(406,function(){e(n(235))})}},o.flickr=function(e){n.e(181,function(){e
...    (n(460))})}},a.instagram=function(e){n.e(383,function(){e(n(258))})}},o.instagram=
...    function(e){n.e(157,function(){e(n(484))})}},a.foursquare=function(e){n.e(402,function
...    (){e(n(239))})}},o.foursquare=function(e){n.e(177,function(){e(n(464))})}},a.rss=
...    function(e){n.e(320,function(){e(n(321))})}},o.rss=function(e){n.e(88,function(){e(n(
...    553))})}},a.youtube=function(e){n.e(254,function(){e(n(387))})}},o.youtube=function(e){
...    n.e(15,function(){e(n(626))})}},a.flipboard=function(e){n.e(405,function(){e(n(236))})
...    },o.flipboard=function(e){n.e(180,function(){e(n(461))})}},a.retellity=function(e){n.e
...    (321,function(){e(n(320))})}},o.retellity=function(e){n.e(89,function(){e(n(552))})}},a
...    .nurses_lounge=function(e){n.e(343,function(){e(n(298))})}},o.nurses_lounge=function(e
...    ){n.e(114,function(){e(n(527))})}},a.kik=function(e){n.e(374,function(){e(n(267))})}},o
...    .kik=function(e){n.e(148,function(){e(n(493))})}},a.yummly=function(e){n.e(253,
...    function(){e(n(388))})}},o.yummly=function(e){n.e(14,function(){e(n(627))})}},a.viber=
...    function(e){n.e(275,function(){e(n(366))})}},o.viber=function(e){n.e(39,function(){e(n
...    (602))})}},a.edcast=function(e){n.e(419,function(){e(n(222))})}},o.edcast=function(e){n
...    .e(197,function(){e(n(444))})}},a.slack=function(e){n.e(314,function(){e(n(327))})}},o.
...    slack=function(e){n.e(81,function(){e(n(560))})}},a.skype=function(e){n.e(316,function
...    (){e(n(325))})}},o.skype=function(e){n.e(83,function(){e(n(558))})}},a.link=function(e)
...    {n.e(368,function(){e(n(273))})}},o.link=function(e){n.e(142,function(){e(n(499))})}},a
...    .houzz=function(e){n.e(386,function(){e(n(255))})}},o.houzz=function(e){n.e(160,
...    function(){e(n(481))})}},a.google_classroom=function(e){n.e(396,function(){e(n(245))})
...    }},o.google_classroom=function(e){n.e(170,function(){e(n(471))})}},a.renren=function(e)
```

Page 1698

53159...

```
{n.e(323,function(){e(n(518)})}}},a.tencentweibo=function(e){n.e(287,function(){e(n(354))})},o.tencentweibo=function(e)
a.tencentweibo=function(e){n.e(287,function(){e(n(354))})},o.tencentweibo=function(e)
{n.e(53,function(){e(n(588))})},a.lineme=function(e){n.e(369,function(){e(n(272))})},
o.lineme=function(e){n.e(143,function(){e(n(498))})},a.kakao=function(e){n.e(376,
function(){e(n(265))})},o.kakao=function(e){n.e(150,function(){e(n(491))})},a.
telegram=function(e){n.e(289,function(){e(n(352))})},o.telegram=function(e){n.e(55,
function(){e(n(586))})},a.balatarin=function(e){n.e(452,function(){e(n(189))})},o.
balatarin=function(e){n.e(233,function(){e(n(408))})},a.pinboard=function(e){n.e(335,
function(){e(n(306))})},o.pinboard=function(e){n.e(106,function(){e(n(535))})},a.
diary_ru=function(e){n.e(427,function(){e(n(214))})},o.diary_ru=function(e){n.e(206,
function(){e(n(435))})},a["500px"]=function(e){n.e(465,function(){e(n(176))})},o["
500px"]=function(e){n.e(247,function(){e(n(394))})},a.aboutme=function(e){n.e(464,
function(){e(n(177))})},o.aboutme=function(e){n.e(246,function(){e(n(395))})},a.
bandcamp=function(e){n.e(451,function(){e(n(190))})},o.bandcamp=function(e){n.e(232,
function(){e(n(409))})},a.bitbucket=function(e){n.e(448,function(){e(n(193))})},o.
bitbucket=function(e){n.e(229,function(){e(n(412))})},a.dribbble=function(e){n.e(420,
function(){e(n(221))})},o.dribbble=function(e){n.e(198,function(){e(n(443))})},a.
github=function(e){n.e(400,function(){e(n(241))})},o.github=function(e){n.e(175,
function(){e(n(466))})},a.gitlab=function(e){n.e(399,function(){e(n(242))})},o.gitlab
=function(e){n.e(174,function(){e(n(467))})},a.medium=function(e){n.e(363,function(){
e(n(278))})},o.medium=function(e){n.e(135,function(){e(n(506))})},a.mixcloud=function
(e){n.e(356,function(){e(n(285))})},o.mixcloud=function(e){n.e(128,function(){e(n(513
))})},a.periscope=function(e){n.e(336,function(){e(n(305))})},o.periscope=function(e)
{n.e(107,function(){e(n(534))})},a.quora=function(e){n.e(327,function(){e(n(314))})},
o.quora=function(e){n.e(96,function(){e(n(545))})},a.slashdot=function(e){n.e(313,
function(){e(n(328))})},o.slashdot=function(e){n.e(80,function(){e(n(561))})},a.
slideshare=function(e){n.e(312,function(){e(n(329))})},o.slideshare=function(e){n.e(
79,function(){e(n(562))})},a.snapchat=function(e){n.e(309,function(){e(n(332))})},o.
snapchat=function(e){n.e(76,function(){e(n(565))})},a.soundcloud=function(e){n.e(307,
function(){e(n(334))})},o.soundcloud=function(e){n.e(74,function(){e(n(567))})},a.
spotify=function(e){n.e(305,function(){e(n(336))})},o.spotify=function(e){n.e(72,
function(){e(n(569))})},a.stack_overflow=function(e){n.e(303,function(){e(n(338))})},
o.stack_overflow=function(e){n.e(70,function(){e(n(571))})},a.steam=function(e){n.e(
300,function(){e(n(341))})},o.steam=function(e){n.e(67,function(){e(n(574))})},a.
twitch=function(e){n.e(281,function(){e(n(360))})},o.twitch=function(e){n.e(46,
function(){e(n(595))})},a.vine=function(e){n.e(273,function(){e(n(368))})},o.vine=
function(e){n.e(37,function(){e(n(604))})},a.trello=function(e){n.e(283,function(){e(
n(358))})},o.trello=function(e){n.e(49,function(){e(n(592))})},a.wechat=function(e){n
.e(265,function(){e(n(376))})},o.wechat=function(e){n.e(28,function(){e(n(613))})},a.
tencentqq=function(e){n.e(288,function(){e(n(353))})},o.tencentqq=function(e){n.e(54,
function(){e(n(587))})},a.deviantart=function(e){n.e(428,function(){e(n(213))})},o.
deviantart=function(e){n.e(207,function(){e(n(434))})},a.ello=function(e){n.e(417,
function(){e(n(224))})},o.ello=function(e){n.e(195,function(){e(n(446))})},a.
goodreads=function(e){n.e(397,function(){e(n(244))})},o.goodreads=function(e){n.e(172
,function(){e(n(469))})},a.jsfiddle=function(e){n.e(378,function(){e(n(263))})},o.
jsfiddle=function(e){n.e(152,function(){e(n(489))})},a.letterboxd=function(e){n.e(371
,function(){e(n(270))})},o.letterboxd=function(e){n.e(145,function(){e(n(496))})},a.
ravelry=function(e){n.e(325,function(){e(n(316))})},o.ravelry=function(e){n.e(94,
function(){e(n(547))})},a.stack_exchange=function(e){n.e(304,function(){e(n(337))})},
o.stack_exchange=function(e){n.e(71,function(){e(n(570))})},a.untappd=function(e){n.e
(278,function(){e(n(363))})},o.untappd=function(e){n.e(42,function(){e(n(599))})},a.
yelp=function(e){n.e(259,function(){e(n(382))})},o.yelp=function(e){n.e(20,function()
{e(n(621))})},a.messenger=function(e){n.e(357,function(){e(n(284))})},o.messenger=
function(e){n.e(129,function(){e(n(512))})},a.cloob=function(e){n.e(431,function(){e(
n(210))})},o.cloob=function(e){n.e(211,function(){e(n(430))})},a.facenama=function(e)
{n.e(412,function(){e(n(229))})},o.facenama=function(e){n.e(188,function(){e(n(453))}
)},a.sms=function(e){n.e(310,function(){e(n(331))})},o.sms=function(e){n.e(77,
function(){e(n(564))})},a.unknown=function(e){n.e(279,function(){e(n(362))})},o.
unknown=function(e){n.e(43,function(){e(n(598))})},e.exports={png:o,svg:a}},function(
e,t,n){"use strict";var a=n(70);e.exports=function(e){var
t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
```

53159

```
News"},houzz:{},instagram:{},justdial:{name:"JustDial"},kaboodle:{},kakao:{},linkedin:{name:"
LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(1);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);for(var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
o=n(681),i=n(11),r=n(127);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(760);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
n(e){return
160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===e&&(0===e?1/e>0:!o(e))}var
o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
o=n(31);e.exports=a},function(e,t){
```

53160

```
var n=window.JSON&&"function"==typeof window.JSON.parse&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
t=i((e.adurl||"")+(e.adev||"")),n=0;if(l[t]){if(l[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++)for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
A=s[p].split("=");d[A[0]]=A[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
(l[o]=1,e(r(n[a].src)))}}var
i=n(27),r=n(53);e.exports={processAdEvents:a,processAllScripts:o};var
s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){function a(e){var
a=n(8).getHost,o=n(50),i=n(91);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n||"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(o)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(".").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"==="
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+y&&e.substr(0,y)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(y))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,A,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
,O=_.at_si,I=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(y)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16),10)),N&&!z&&(u=C,A=N
.split(u),A.length<2&&N.indexOf("_")>-1&&(u="_",A=N.split(u)),f=A.length>1?A.pop():""
,g=A.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(y)),T=c.substr(0,16)+","+parseInt(c.
substr(16),10),I="facebook_"+(f||"like")):(s=N.split("=").pop().split(C),2===s.length
&&h(s[0])&&(T=s.join(","),I="facebook_"+(f||"like")))),z=z&&h(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:C,l=M.substr(y).split(u),2==l.length&&h&&o(M.substr(0,1)+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),I=l[1],w=1)),S&&(a=S),z?
(b=parseInt(z.split(",").pop())+1,n=z.split(",").shift()):-1==E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
```

```
.shift()),h&&m.length&&(b=Math.min(3,parseInt(m.pop())+1)),n(m)[(n=null),h(i)||(i=
null),I=(I||"").split("#").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:I,gen:b,csi:O};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||!t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e=e||f(),b+A(e+Math.min(3,t||0))}function u(e,t){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?C+t:"")}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split(".").c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),h(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(53)),p=n(37).atohb,A=n(37).hbtoa,h=n(6).isValidCUID,f=n(6).makeCUID,g=n(78
),m=n(137),v=n(4),b=".",x=";",C=".",y=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(e){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(e){return
n||(a.addthis?a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(121);e.exports=function(){var e;return a?a:"undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(54);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(827);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs"):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(17);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(788),o=(document,window),i=n(4);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(88),r=n(87),s=window;e.exports=function(e,t,n){var c;return
s.location.href.search(_atc.rsrcs.bookmark)>-1?s.location=a(e,0,t,n):"viber"===e?i(t,
n):"sms"===e?r(t,n):(c=a(e,0,t,n),o.push(s.open(c,"addthis_share"))),!1}},function(e,
t,n){function a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(819),i=n(56),r=n(80)(),s=n(24),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===!"https:".length||e.origin.
indexOf(t)===!"http:".length||/^http:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r)try{_ate.menu.close
()}catch(s){}a(r)}}}}})},function(e,t,n){"use strict";var
a=n(102),o=n(38),i=n(6).makeCUID,r=n(145),s=n(9),c=n(5),u=n(24),l=n(155),d=n(76),p=n(
23),A=n(35),h=n(133),f=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor((new Date).getTime()-f)/100).toString(16)}function n(e){return
0===g&&(g=e|||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
```

53160...

```
b(e,n){return v(e,4),v(n),c(),t()}function d(){return
h({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
C(t){t=t.split("/");var n=t.shift();t.shift();var
a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(h.seq=i),n&&(e.
uid=n)}function y(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?"&colc="+(new
Date).getTime():""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
A=document,h=A.createElement("iframe");h.id="_atf",h.src=p,o(h),A.body.appendChild(h)
,h=A.getElementById("_atf")}else
a(p,null,t),c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:A,ssid:n,sta:x,uns:C,loadPixel:y,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
u=Math.ceil(e/32),l=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,A=new ArrayBuffer(d*t),h=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)h[l]=c[l]}else
if(a)for(l=-1;++l<u;)h[l]=a[l];if(this._locations=new
p(A),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
h=this.buckets=a||[];if(c)for(;++l<u;)h[l]=c[l]}else
for(;++l<u;)h[l]=0;this._locations=n||[]}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var r=n(812);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return e=e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n,a):_ate.uls?r(e):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(146),r=n(2),s=n(82),c=3,u=600,l=2;e.exports=d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var u,l={};return e?this instanceof
d?(this.name=e,this.get=function(e){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.remove(this.name)}}var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m)var
c=a.m,l=a.d;c>o||c===o&&u-e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}},n
.sort(function(e,t){return
parseInt(e)<parseInt(t)?1:-1}),n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0}),t},this.generateName=function(){return n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})}:new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
```

```
53160...  origin},a(e),b(this._iframe_load,this._targetWindow=e,this._ready=!0,this._interval=
       null)):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
       setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
       _iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
       clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
       this._queue=[]}var
       i=n(14),r=n(56),s=n(5);o.prototype={post:function(e){r&&(this._ready?this.
       _targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
       function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
       is
       ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
       function(e,t,n){function a(e,t,n){var i=this,r=new
       o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
       1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
       n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
       _window&&_window[n]},a.addEventListener("load",function(e){var
       t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
       fire(e.type,t,{resource:t}))})}var
       o=n(52).EventDispatcher,i=n(834),r=n(24),s=document,c=window.addthis_config||{},u=[];
       e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===!1?!1:!0;if(e
       instanceof Function&&this.callbacks.push(e),this.loading)return
       l;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
       "link"),u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
       {o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
       createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
       non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
       }))}}else o=r(this.url,l);return
       this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
       t,n,o;for(e&&e instanceof
       a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
       {resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
       t++;u.length&&setTimeout(d,25)};var l=new
       o(a);l.decorate(l).decorate(a),function(e,t,n){function a(e,t){var
       n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,A=!l,h=r.encodeURIComponent,f=r.decodeURIComponent;
       this.toString=function(){var e="";return
       i(A,function(t,n){e++=(e.length?c:"")+h(t)+u+(void
       0===n||null===n?"":h(n))})},e},this.get=function(){return
       n.load(),A},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
       n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,A[f(t[0])]=f(t[1]))})}}
       a=1}return
       A},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
       function(e,t){n.load(),l++,A[e]=t,n.save()},this.remove=function(e){n.load(),A[e]&&(
       delete A[e],l--),n.save()},this.reset=function(){A={},l=0,n.save()}}var
       o=n(22),i=n(2);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
       strict";function a(e){var t;return
       x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
       t).slice(-3)}function o(e){var t;return
       C(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
       Date).getTime()}function r(){return y()}function s(){var e=new Date,t=new
       Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
       Date(new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
       s()?c():new Date(i()+18e5)}function l(e){if(!v||!e)var
       t=b.rck,n=t(k)||"";n?(w=A(n),w.counter+=1):w={id:r(),counter:0},v=1}function
       d(){l(),b.sck(k,h(),!1,!0,u())}function p(){d()}function A(e){var
       t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function h(){return
       w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
       l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
       parseInt(e,16)}var
       v,w,b=n(22),x=n(10).number,C=n(10).string,y=n(6).makeCUID,E=n(75),k=(-1===window.
       document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
       getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
       document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
       }function a(){return
       document.body.scrollLeft||document.documentElement&&document.documentElement.
       scrollLeft}var
       o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
       _scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
       clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
```

53160…

```
}){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(20);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(84);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(12),i=n(36),r=n(21),s=n(6).makeCUID,c=n(17);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank")},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})||n}var
o=n(12),i=n(21),r=n(93);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(13);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(o=e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),A=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/A,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e)))for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=[],o=function(){function e(e){if(e&&1===e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===n)t.appendChild(document.createTextNode(n));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
```

Page 1704

53160...

```
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not truly turn argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,A=e.borderRadius,h=e.borderWidth,f=e.borderStyle,s=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,A,h,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,A,h){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:A,label:h})}var
i=n(41),r=n(174),s=n(640),c=n(718);e.exports=function(e){return
1===arguments.length&&instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(171),o=n(167);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},function(e,t,n){"use strict";var
a=n(59),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(104);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(70),o=n(751),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
function(e,t,n){"use strict";var a=n(104);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
```

53160…

```
").replace(/\s+/g," ")}}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase()){for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],h.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){h.svg[e]&&h.svg[e](t)}function p(e){return
h.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
A=n(117),h=o(A),f=n(717),g=a(f),m={},v={};w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"]()||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(95),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n})\n};\n"}function c(e){var
t=h(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n})\n};\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function d(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
A=n(749),h=n(748),f=(n(118),n(70)),g=n(750),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(119);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(63),o=n(120),i=n(66);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){e.exports=n(757)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",A="[object Map]",h="[object Number]",f="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",C="[object Int8Array]",y="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[C]=z[y]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[A]=z[h]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o)&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),A=t>0;++a<t;)p[a]=a+"";for(var h in
e)A&&r(h,t)||"constructor"==h&&(l||!d.call(e,h))||p.push(h);return p}var
o=n(107),i=n(28),r=n(71),s=n(11),c=n(31),u=n(73),l=Object.prototype,d=l.
```

53160 ||hasOwnProperty(e.exports=a),function(e,t,n){"use strict";function a(){}y=0,b={},C=[]}function
▫ o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
▫ b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
▫ e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
▫ t}function s(){var e,t;if(!y){var
▫ e,n,a,o,i=(h.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
▫ pop(),o=n.pop()||"",b[o]=a,C.push(o,a>E&&(E=a,A=o);y=1}}function c(e){return
▫ b.hasOwnProperty(e)}function u(){for(var
▫ e,t=!1,n=(h.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
▫ hasOwnProperty(e)&&b[e]=Math.min(b)&&(t=e),t===!1&&(t=C.pop()),delete b[t]}function
▫ l(){var e,t={};for(e in
▫ b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,C=n}function
▫ d(e){if(s(),"string"!=typeof
▫ e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,C.length+1>=m&&!c(e)&&u()
▫ ,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);h.sck(w,escape(t),!1,!g)}}function
▫ p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
▫ e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
▫ A,h=n(22),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
▫ 20,w=(g?"":"__at")+"ssc",b={},x=!1,C=[],y=0,E=0;e.exports={reset:a,get:r,getServices:
▫ i,update:d}},,,,function(e,t){"use strict";function
▫ n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
▫ /^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
▫ default"]},function(e,t,n){"use strict";function a(e){return
▫ e&&e.__esModule?e:{"default":e}}function o(){var
▫ e=r["default"]();e._hasMountedExpandedMenu||!function(){
53161 ▫ e._hasLoadedResources||c["default"]();var t=void
▫ 0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
▫ documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
▫ document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
▫ expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){h["
▫ default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
▫ default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
▫ hidden")}()}t.__esModule=!0,t["default"]=o;var
▫ i=n(108),r=a(i),s=n(61),c=a(s),u=n(97),l=a(u),d=n(3),p=a(d),A=n(172),h=a(A),f=n(632),
▫ g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
▫ n=t.once,a=void
▫ 0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
▫ __esModule=!0,t["default"]=a;var
▫ o=n(69);addthis.perfMarkers||(addthis.perfMarkers={});var
▫ i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
▫ a=n(743);"string"==typeof
▫ a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
▫ exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
▫ 14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
▫ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
▫ xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
▫ 0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
▫ 1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
▫ 9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
▫ 914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
▫ 692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
▫ 8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
▫ 4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
▫ 1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
▫ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
▫ xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
▫ 6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
▫ 16h10v10H6z"/><path opacity=".8" d="M16
▫ 16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
▫ xmlns="http://www.w3.org/2000/svg"><path d="M8.523
▫ 10h2.19v10.558H5v-7.486h3.523V10zm0
▫ 8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
▫ 2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
▫ 5.724v-3.963h-1.32v3.963h1.32zm5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
▫ 513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
▫ fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
▫ xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
▫ 1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5

Page 1707

53161... 22.759M5.67c0-.556-.453-.673-.67s-.453-.673-.673-.673.298-.673.673-.673.673.298.673.673z
... 018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
... 24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
... 5.733c.267.16.8.16 1.067
... 019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
... exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
... 5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
... 5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
... 903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
... 13.56a.432.432 0 0
... 0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
... 7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.4616.06 4.42-2.34
... 7.17c-.06.17.01.35.15.46.14.11.34.1.49 016.1-4.43 6.09
... 4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.461-2.34-7.18
... 6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
... height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
... 13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
... 5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
... 3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
... 6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M26
... 25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
... 3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
... 5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
... 0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
... 23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
... 1.308.804 8.453 5.333 8.453 5.3331.2.1.1
... 12.88zm-20.63-1.006H25.68v-11.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
... .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
... d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
... 1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
... 11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
... .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
... 21.956v-10.971-5.837 4.53 5.838 6.44zM5.954 21.956v-10.971l5.837 4.53-5.836
... 6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.5481-6.137 6.74-.806-.603
... 6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
... 4.823-.61-.8zM5.902 10.38616.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
... 2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
... 3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
... height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
... 3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
... 3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
... 4.934 0 0-3.24 1.206 3.62 3.62 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
... 2.596 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
... 2.462H6v4.783h3.92v3.712h5.274V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
... 2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
... 2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
... 0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M7 13.252c0 1.81.772 4.45 2.895
... 5.045.074.014.178.04.252.04.49 0 .772-1.27.772-1.63 0-.428-1.174-1.34-1.174-3.123
... 0-3.705 3.028-6.33 6.947-6.33 3.37 0 5.863 1.782 5.863 5.058 0 2.446-1.054
... 7.035-4.468 7.035-1.232 0-2.286-.83-2.286-2.018 0-1.742 1.307-3.43 1.307-5.225
... 0-1.092-.67-1.977-1.916-1.977-1.692 0-2.732 1.77-2.732 3.165 0 .774.104 1.63.476
... 2.336-.683 2.736-2.08 6.814-2.08 9.633 0 .87.135 1.728.224
... 2.61.134.137.207-.07c2.494-3.178 2.405-3.8 3.533-7.96.61 1.077 2.182 1.658 3.43 1.658
... 5.254 0 7.614-4.77 7.614-9.067C26 7.987 21.755 5 17.094 5 12.017 5 7 8.15 7 13.252z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.67
... 10.62h-2.86V7.49H10.82v3.12H7.95c-.5 0-.9.4-.9.9v7.66h3.77v1.31L15
... 24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
... 8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
... 0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
... 91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72.72zm-4.12

53161...  2.96h6.1v1.06h-6.1v1.06zm-5.84

3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011l1.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0 1
1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-1.236-.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.32-2.404c-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 1.47 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.7h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712

53161... 10.968 2c1.476-1.812-.531-.924-1.785.518-.07-.455.07zs-.204.108-3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
2-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
0-3.48-.53-4.942-1.49L7.793 24.411l.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17l6.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.462zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(758),i=n(759),r=n(122),s=n(765),c=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(127);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(680),i=n(72);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a?s(n.length,c=i(s)&&o(t,s)):else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
o=n(71),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1,t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?A.dr:s.dr||A.dr,u=v(c),l={};return
C&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type="social",l.service=s.
rsc,l.click=!0,k=l,l):k&&l!t?k:"undefined"==typeof
c||""===c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),C&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(C&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function

53161...

```
s(e){b=[],h(e,function(e,t){t[e]=t}),b=a;a}}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(h(e,function(e,t){x[e]=t}),C&&d.debug("setting",x),h
(x,function(e,t){y.add(e,t)}),y.save())}function u(e,t){var
n=t?null:y.get();C&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=A.dr,c(e),C&&d.debug("formal
referral",x)):document.referrer?(c(n),C&&d.debug("referral - use stored
state",x)):(C&&d.debug("no referral - kill cookie, then start a new
session"),y.reset(),e.dr=A.dr,c(e),b=x,C&&d.debug("session
state",x)):(e.dr=A.dr,c(e),b=x,C&&d.debug("session state",x))}var
l=n(150),d=n(5),p=n(8),A=n(4),h=n(2),f=n(91),g=n(50),m=n(77),v=n(131),w=n(786),b={},x
={},C=0,y=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!C||e){var
t=h.rck(w)||"";t&&(k=g(t).split(x)),C=1}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!y){var
e=i(v);o(),c(e),y=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("l"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("l"+b+e)):n>e&&(k=[],k.push("l"+b+e)),k.length>5&&k.slice(-5)):k.push("l"+b
+e)}function u(e){o(),k.length&&h.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>y?1:0}function A(){C=0,y=0,k=[]}var
h=n(22),f=n(75);e.exports={reset:A,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",C=0,y=0
,E={high:250,med:75},k=[],,,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(55);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}}return
e},{}}}},,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){return r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(117),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(111),i=a(o),r=n(119),s=n(752);e.exports=function(e,t,n,a,o,c,u,l,d,p,A,h,f,g){var
m,v,w,b,x,C=i["default"](e,f);if(!C)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:A,borderColor:h},b=r(C,m),b
=s(b,v);var n=document.createElement("span");return
y.className="at-icon-wrapper",y.appendChild(b),g&&y.appendChild(g),x=r(y,w)}},
function(e,t,n){"use strict";function a(e){return
```

```
e&&e.__esModule?e:{"default":e})t.__esModule=!0,var
o=n(116),i=a(o),r=function(e,t){var n=void 0;return n=t&&"string"==typeof
t.lang?t.lang:"en","//s7.addthis.com/l10n/client."+n+".min.json"},s=function(e,t){var
n=void 0;try{n=window.JSON.parse(e)}catch(a){}t(n)};t["default"]=new
i["default"](r).optional("lang").cors("GET").onLoad(function(e){s(e.responseText,
function(e){"object"==typeof e.top_services&&("object"==typeof
e.top_services.desktop&&(window.addthis_services_loc=e.top_services.desktop.join(",")
)),"object"==typeof
e.top_services.mobile&&(window.addthis_services_loc_mob=e.top_services.mobile.join(",
"))),window.addthis_translations=[[e.language_codes.alternate].concat(e.strings)];var
t={lng:e.language_codes.client};window._ate&&window._ate.ed.fire("addthis.i18n.ready"
,window.addthis,t)})}),e.exports=t["default"]},function(e,t){"use strict";function
n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
o=n(4);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),A=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(A,function(){a.post(u["default"
]({},e,{translations:o}))})}}return a}t.__esModule=!0,t["default"]=o;var
i=n(737),r=a(i),s=n(636),c=n(13),u=a(c),l=n(60),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(82),u=a(c),l=n(789),d=a(l),p=n(722),A=a(p),h=n(161),f=a(h),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:A["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(2),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray())}t.__esModule=!0,t["default"]=o;var
i=n(110),r=a(i),s=n(99);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(1),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
```

53161...

```
default }(_ate.menu._menuConfig,e),undefined!==typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuShare.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(19),c=a(s),u=n(20),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:h.getViberURL(t,n)};break;case"slack":d={navigateTo:
A.getSlackURL(t,n)};break;case"sms":d={navigateTo:m.getSMSURL(t,n)};break;case"skype"
:r["default"](e,t,n),d={navigateTo:f.getSkypeURL(t,n)};break;case"email":r["default"]
(e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;default:d={navigateTo:c["default"](e,
0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(159),l=a(u),d=n(92),p=a(d),A=n(158),h=n(88),f=n(157)
,g=n(51),m=n(87);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return
function(o){var i=void 0,s=void 0,u=void 0,d=void 0,A=void
0;if(o&&o.data){try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,A=i.menuType,s&&u&&d&&("follow"!==A&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){h["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0}))},16):(p["default"](s,"follow"===A?1:0,u,d),t&&t.fire("
addthis.menu."+A,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,A,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(5),r=a(i),s=n(13),c=a(s),u=n(101),l=a(u),d=n(94),p=a(d),A=n(96),h=a(A),f=n(729),g
=a(f),m=n(115),v=["addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(90),i=a(o);t["default"]=function(){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(105),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e,function(e){return
e+"|"+r[e]});return{fbe:t.join(",")||""}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(69),s=n(2),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function A(){var A=window.MooTools;return
i(A)&&i(A.version)},knockout:function h(){var h=window.ko;return
i(h)&&i(h.version)},jquery:function(){return
```

```
53161  i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
       window.$.fn)&&i(window.$.fn.jquery)),dojo:function(){return
       i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
       i(window.Ext)},yui:function(){return
       i(window.YUI)||i(window.YAHOO)},vue:function(){return
       i(window.Vue)},webpack:function(){return
       i(window.webpackJsonp)},underscore:function(){return
       i(window._)&&i(window._.mapObject)},lodash:function(){
53162  return i(window._)&&i(window._.mapValues)},oraclejet:function(){return
       i(window.oj)&&i(window.oj.version)},polymer:function(){return
       i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
       i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
       i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
       "==typeof
       window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
       var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
       window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
       e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
       window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
       i(window.React)&&i(window.React.version)&&"string"==typeof
       window.React.version&&(e=window.React.version),e},mithril:function(){var
       e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
       window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
       i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
       window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
       e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
       window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
       i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
       window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
       window.$.fn.jquery)&&"string"==typeof
       window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return
       i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
       version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
       window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
       version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
       i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
       window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
       e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
       window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
       i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
       window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
       string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
       e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
       window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
       e},underscore:function(){var e="unk";return
       i(window._)&&i(window._.VERSION)&&"string"==typeof
       window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
       var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
       window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
       {var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
       window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
       i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
       window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
       e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
       window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
       basicSupport&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
       c["default"](l,function(n,a){if(a()){e.push(n);var
       o=d[n]();t.push(n+"-"+o)}}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
       function(e,t,n){"use strict";function
       a=(n(2),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
       internal.pixelator.pixel-drop",function(e)
       t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
       {var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
       a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
       a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
       o=n(68),i=n(14),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
       1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
       internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
```

53162...

```
{var e=this.getResourcePerf(),c=this.getRenderPerf(),n={};return n
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(42),s=a(r),c=n(17),u=a(c),l=n(164),d=a(l),p=n(3),A=n(34),h=a(A),f=n
(4),g=a(f),m=n(9),v=a(m),w=n(100),b=a(w),x=n(18),C=a(x),y=n(112),E=a(y),k=n(111),M=n(
731),R=a(M),_=[n(797),n(796),n(794),n(735),n(795),n(734),n(732),n(683),n(733)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?h["default"](window.addthis_config.wix.url):h["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(C["default"
].isPayingCustomer()&&4)|(C["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},O=function(e){B.push(e)},I=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:I,update:D,addListener:O},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n                   (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(148),u=a(c),l=n(3),d=a(l),p=n(2
),A=a(p),h=n(59),f=a(h),g=n(5),m=a(g),v=n(39),w=a(v),b=n(1),x=a(b),C=n(115),y=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=y;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(C.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(C.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
```

53162

```
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===C.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
A["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(C.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===C.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
A["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1=a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1=a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
```

53162...

```
o}t.__esModule=!0,t["default"]=o}]),function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;","'":"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(101),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
57)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnYlWIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJAQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:\'i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','"])},function(e,t
,n){t=e.exports=n(57)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
.at-expanded-menu,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75px;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(745)+')' 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
```

53162...

```
0%,rgba(0,0,0,.85) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
-host
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75px;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeGlsbnM6eGxpb
```

53162...

```
ms9ffbuRa6Jy93dstcudzMu5JnIZ2s0tWEckpbmsIlHdpzWkoPsP2MiZjdfojJP6Ps19MZIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi4yODZxMy43MzIgMC0C2Ljg4NCA
xLjgzOXQ0Lj5MSA0Ljk5MSAxLjgzOSA2Ljg4NC00C0xLjgzOSA2Ljg4NC00C00Ljk5MSA0Ljk9NCAxLjgz
OS02Ljg4NC0xLjgzOS00Ljk5MS00Ljk2OS02Ljg4NCAxLjgzOS02Ljg4NCA0Ljk9NS00Ljk9NS00Lk5MSA2Ljk
j9g4NC0xLjgzOXpNMTYgMjQuNTU0di0zLjM5M3EwLTAuMjUtMC4xNjEtMC40MnQtMC40OTMtMC4xNzgtMy40Mj
lxLTAuMjMyIDAtMC40MTEgMC4xNzI0LTAuMjMtMC40OTMtMC40MTEtMC40OTNtLTEuMzYtMC40MTNqMC40MTF0MC4
0MTEgMC4xNzIoMy40MjlxMC4yMzIgMCAwLjM5My0wLjE3OHAwLTYxLTAuNDJ0LjE3Lk2NCAxOC40OTMTFsMC4z
MjEtMTEuMDg5c2TAtMC4yMTQtMC4xNzktMC4zMjEtMC40xxNzktMC4xNDMtMC40MjktMC4xNDNoLTMuoTI5c2OwL
jI1IDAtMC40MjkgMC4xNDMtMC4xNzkgMC4xMDctMC4xNzkgMC4zMjFsMC4zMDQgMTEuMDg5cTAgMC40xxNzkgMC
4xNzkgMC4zMTN0MC40MjkgMC4xMzkzMC4yRoMy4zMDRxMC4yNSAwIDAuNDIt0C4xNzkgMC4xOTgtMC4zMTN6I1j48L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform 3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms9Imh0dHA6Ly93d3cudzMu"
JvaGVtaWFuZz29kaW5nL3N2Zz"29YkaW5Lb25Vc29kZG9iPSJodHHpPLy93d3cudzMub3JnLzE5OTkveODTk
5L3hsaW5rIj48dGl0bGUvPjxkZXNjZXJpcHRpb24+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiIHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Iml1b24tMTEzLXNlYXJjaCI+
PHBhdGggZGQ0iTTE5LjQyYGNzExNjQsMjEuNDI3MTE2NCBMMTguMDM3MjQ5NSwyMi40MTc0ODADIE2LjMzNjYlYlM
jIsMjMgMTQuNSwyMyBDOS44MDU1Nzk2SwyMyA2ZDOSwyMy42ZDU5NTQyNjwxNC41IEM2ZDkuoDO5
44MDU1NzkzcOSw2IDE0LjUsMiBDMTkuoTk5Iiw2IDIzLDkuoDA1NTc5Mzkg MjMsMTQuNSBDMjMsMTYuYuMzM
2NjUyMiAyMi40MTc0OZAxLDE4LjAzNzI0OTUgMjEuNDI3MTE2NCwxOS40MjcxMTY0IEwyZDkwNDc4NzE4N
LjAxMxhkTkxTYGZIc3JjZ2VkXEwyMjMuNDNqMjExIGMmO 34eyN1XHJCK20DDgyNDg1IE
c2N2A0LDI3LDE5I1nzYmMDQgMjUuMD8xOTR0NiwyN0JwOTMMTIEMC4yLDY0OSA0MjcxMTY0LDQyNzExNjQgTg
5LjQyYGNzExNjQsMjEuNDI3MTE2NCBaIE0xNC41LDIxIEMxOC40wODk4NTExIDIxLDE4LjA0OTg1MTEgMjEgEs
MTQuNSBDMjEsMTAuoTUwMTQ4OSAxOCSAxOCAxNExDkwODQsMzUyMTkg14TEMxMC45NTAxNDg5LDggNDMTAxMTAxN
Dg5IDgsMTQuNSBDODOCwxOC4wNDk4NTExIDkkjkxNDgzNDEwOkDksMjEgMTQuNyyMSBMMTQuNSwyMSBaIiBpZD0ic2
VhcmNoIi8+PC9nPjwvpwvzZ48L3N2Zz4=");background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
```

53162··|·#fff;content:"";display:block;margin-left:75pt;margin-top:-5pc;padding-bottom:50px;
··|·opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
··|·li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
··|·20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
··|·.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
··|·.at-expanded-menu-service-list
··|·button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
··|·expanded-menu-host
··|·.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
··|·.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
··|·.at-expanded-menu-load{padding:10px
··|·30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
··|·none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
··|·.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
··|·transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
··|·.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
··|·.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
··|·.at-expanded-menu.at-expanded-menu-round
··|·.at-expanded-menu-button:focus,#at-expanded-menu-host
··|·.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
··|·.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
··|·expanded-menu-host .at-expanded-menu-round
··|·.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
··|·:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
··|·.at-expanded-menu-round
··|·.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
··|·.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
··|·.at-expanded-menu-round .at-expanded-menu-service-list
··|·li{overflow:visible}#at-expanded-menu-host
··|·.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
··|·align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
··|·#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
··|·.at-expanded-menu.at-expanded-menu-email
··|·#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
··|·#at-expanded-menu-email-form{margin:0
··|·auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
··|·label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
··|·margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
··|·input,#at-expanded-menu-host .at-expanded-menu-email-field
··|·textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
··|·margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
··|·host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
··|·.at-expanded-menu-email-field
··|·input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
··|·0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
··|·textarea{height:75pt}#at-expanded-menu-host
··|·.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
··|·3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
··|·expanded-menu-host .at-expanded-menu-email-error-message
··|·span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
··|·.at-expanded-menu-email-error-message
··|·span:before{background:url("data:image/svg+xml;base64,

··|·PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgdGlsbbnM6eGxppb
··|·ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSISIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
··|·0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi443MzIgMCA2Ljg4NC
··|·xLjgzOXQ0Ljk5SA0LQjk5SMAxLjgzOSA2Ljk0NC0wLjgzOA2Ljk4NC00LjA0NC00LjgzLTE5LjQ4NTQyLjAg4NCzzuz
··|·OS02Ljg4NC0xLjgzOSS00Ljk5S00Ljk9S00Ljg0OS02Ljk2NACAxLjg4OS02Ljg4NCAxLjk5S00Ljk9S00MSA2L
··|·jg4NC0xLjgzOXpNMTYgMjQuNTU0di0zLjM3M3EwLTAuMjUtMC4xNjMtMC40MnQtMC4zOTMtMC4xNzAtMc40Mj
··|·lxLTAuMjMvLjhgzME0MTEgMc40MTEgMTEgMc40MTEgMc40MTEgMc40MTEgMc40MTEgMc40MTEgMc40MTEgMTFM0C4
··|·0MTEgMc40NzloMy04MjlxMC4yMzIgMCAwLjE3E3E3dAuMTYxLThAuNTJ3MC41zwQ4LT0uMTJxMC4zOTIM0TF5MC4z
··|·MjEtMTEuMDg5c0TAtMC4yMTQuMTQtMC44xNTQtMC4xNzktMC4xNzItMC4yOTItMC4zNDZMTTQ1wL
··|·jI1IDAtMC40MjkgMc40NDMtMC4xNzkgMC4yMDctMc40NDJFmsC4zMDQgMTEuMDg5cTAgMc4xNzkgMC
··|·4xNzkgMc40MTN0MC40MjkgMc4zRoMy4zMDRMC4yNSAwIDAuNDItMC4xNzR0MC4xNzk0MC40MTN6Ij48L3B
··|·hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
··|·block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
··|·5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
··|·#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
··|·height:40px;margin-bottom:10px}#at-expanded-menu-host

53162… ⸬ #at-expanded-menu-email-form>.at-expanded-menu-email-error-message
⸬ span{height:40px;line-height:40px}#at-expanded-menu-host
⸬ #at-expanded-menu-email-form>.at-expanded-menu-email-error-message
⸬ span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
⸬ #at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
⸬ #at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
⸬ (0.8)}#at-expanded-menu-host
⸬ .at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
⸬ color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
⸬ 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
⸬ .at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
⸬ .at-expanded-menu-email-other{margin:20px auto
⸬ 40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
⸬ .at-expanded-menu-email-other
⸬ p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
⸬ .at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
⸬ -menu-host .at-expanded-menu-email-services
⸬ li{border-radius:4px;display:inline-block;height:2pc;margin:0
⸬ 4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
⸬ li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
⸬ .at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
⸬ padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
⸬ .at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
⸬ .at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
⸬ #at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
⸬ %;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
⸬ #at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
⸬ #at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
⸬ auto}#at-expanded-menu-host #at-expanded-menu-email-sent
⸬ .at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
⸬ .at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
⸬ #at-expanded-menu-email-sent
⸬ .at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
⸬ #at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
⸬ #at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
⸬ .at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
⸬ weight:300;padding-bottom:40px}#at-expanded-menu-host
⸬ .at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
⸬ align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
⸬ span{display:block;margin-top:20px}#at-expanded-menu-host
⸬ .at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
⸬ .loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
⸬ ;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
⸬ expanded-menu-host .loading-container.loading-container-as-overlay
⸬ .loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
⸬ 35px;width:575px}#at-expanded-menu-host
⸬ .at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
⸬ -menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
⸬ 4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
⸬ 0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
⸬ 50px)}#at-expanded-menu-host
⸬ .at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
⸬ .at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
⸬ display:block;margin:20px
⸬ auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
⸬ ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
⸬ .at-copy-link-result-message
⸬ span{font-size:14px;line-height:20px}#at-expanded-menu-host
⸬ .at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
⸬ opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
⸬ .at-copy-link-result-message:before{margin:0 5px}@media screen and
⸬ (max-width:950px){#at-expanded-menu-host
⸬ .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
⸬ host .at-expanded-menu-ft,#at-expanded-menu-host
⸬ .at-expanded-menu-page-title,#at-expanded-menu-host
⸬ .at-expanded-menu-page-url,#at-expanded-menu-host
⸬ .at-expanded-menu-search,#at-expanded-menu-host
⸬ .at-expanded-menu-title{width:508px}#at-expanded-menu-host

Page 1721

53162… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
… .at-copy-link-share{margin:0;width:578px}}@media screen and
… (max-width:569px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-email-form,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
… .at-copy-link-share{width:420px}}@media screen and
… (max-width:449px){#at-expanded-menu-host
… #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
… .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
… 200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
… at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
… (max-width:369px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
… host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:300px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host

53162...

```
.at-expanded-menu-service-list.border-before:before{#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before{margin-left:60px;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
.at-copy-link-share{width:20pc}}@media screen and
(max-width:879px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
.at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
.at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
(max-height:800px) and (min-width:480px){#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
(max-height:800px){#at-expanded-menu-host
.at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
menu-host
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
```

```
53162    .at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
         .at-expanded-menu-copy-link
         .at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
         mobile
         .at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
         container.at-expanded-menu-mobile
         .at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
         expanded-menu-mobile
         .at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
         expanded-menu-container.at-expanded-menu-mobile
         .at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
         expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
         .at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
         mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
         .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
         expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
         18px}#at-expanded-menu-container.at-expanded-menu-mobile
         #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
         scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
         .at-expanded-menu-round
         .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
         menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
         auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
         #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
         mobile
         #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
         expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
         auto}#at-expanded-menu-container.at-expanded-menu-mobile
         .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
         expanded-menu-container.at-expanded-menu-mobile
         #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
         mobile #at-expanded-menu-email-sent
         .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
         -menu-mobile
         .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
         -expanded-menu-mobile
         .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
         expanded-menu-mobile .at-copy-link-share{margin:0
         10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
         .at-copy-link-share-button{margin-top:25px;padding:10px
         25px}#at-expanded-menu-container.at-expanded-menu-mobile
         .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
         mobile .at-expanded-menu-fade{height:50px}','""]);
53163    },function(e,t,n){t=e.exports=n(57)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
         icon-wrapper{display:inline-block;overflow:hidden}a
         .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
         .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
         .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
         .at-icon{width:2pc;height:2pc}.addthis_24x24_style
         .at-icon{width:24px;height:24px}.addthis_20x20_style
         .at-icon{width:20px;height:20px}.addthis_16x16_style
         .at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
         width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
         at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
         important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
         230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
         textarea,#at16recap,#at16sas,#at_msg,#at_share
         .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
         9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
         #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
         width:250px!important}#at15s{background:url(data:image/png;base64,
         iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
         9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
         IUCAAQDcngCUgqCMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
         visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
         span{outline:0;direction:ltr;text-transform:none}#at15s
         .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
         .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
```

53163…

```
.at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
repeat;background-position:top
left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
.at4-icon,.addthis_default_style
.at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
1pc!important}.addthis_32x32_style
.at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
important}.addthis_24x24_style
.at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
important}.addthis_20x20_style
.at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
important}.at4-icon.circular,.circular
.at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
.at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1pc;width:1pc;height:1pc;background-position:top
left;display:inline-block;line-height:1pc}.addthis_vertical_style
.at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid
#e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_hover
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
#fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
```

a.addthis_button_tweet{display:inline-block}.at-share-tbx-element

.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox

span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style

span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.

addthis_vertical_style

a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style

a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style

.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style

span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style

span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style

.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style

a{float:left}.addthis_toolbox.addthis_pill_combo_style

a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style

.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style

.addthis_separator{margin:0

5px;display:inline}div.atclear{clear:both}.addthis_default_style

.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style

.at300b,.addthis_default_style .at300bo,.addthis_default_style

.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo

img{border:0}a.at300b .at4-icon,a.at300m

.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style

.at300bo,.addthis_default_style .at300m{padding:0

2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.

at300b:hover,.addthis_button_facebook_like.at300bs:hover,.

addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover

{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:

alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style

.at300bs,.addthis_20x20_style .dummy

.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;

line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style

.at300bs,.addthis_32x32_style .dummy

.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-

height:2pc!important}.at300bs{background-position:0

0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc

!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:

left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#

at_feed span{margin-bottom:10px;font-size:9pt}#at_feed

div{width:102px!important;height:26px!important;line-height:26px!important;float:left

!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed

a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused

.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)

no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed

.fbtn.bloglines{background-position:0

0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:

8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed

.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed

.fbtn.technorati{background-position:0 -71px!important}#at_feed

.fbtn.netvibes{background-position:0 -88px!important}#at_feed

.fbtn.pageflakes{background-position:0 -141px!important}#at_feed

.fbtn.feedreader{background-position:0 -172px!important}#at_feed

.fbtn.newsisfree{background-position:0 -207px!important}#at_feed

.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed

.fbtn.winlive{background-position:0

-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!

important}#at_feed .fbtn.mymsn{background-position:0

-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!

important}#at_feed .fbtn.aol{background-position:0

-189px;width:92px;height:18px!important;line-height:18px!important}.

addthis_default_style .at15t_compact,.addthis_default_style

.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana

bold,verdana,arial,sans-serif}#at_share

.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid

#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:

1px solid

#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;

margin:0

auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:

visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:

53163...

```
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}a#at16pif{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
//////
wAAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16pc{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19djY2IODg+bm5paWln15eeLi4oyMjMjGpqqdXVldvb28/Pz////////
wAAAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAAAgAALAAAAAZARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3fZ1feK7vPJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYGjTa/b7/
h82gEfVfSAgYKDhoCVQ0sLBhAAEAYYLhZGSGk5RkqYRgBGBgSgsNAA0OGn2AJQlaOkpaZHAVSGSGQY4YCCEgEgIABOntLW2eAU
mSxASShITHt8HCwlsnSwAGSq3EzM3OSyhLBw9XKD8DP2Nm30UoKrrAACtrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vDz/wDV5/MIUVo/
gAgTZkmFYYYUg7U7BKPipYT5W45r6UdaPphE8cmiRTMY158E6zhEZZUw9XquQt2JEEAwsUKujcyobr
sY0AgwodSrSo0aNIkyqtyrSp06dQo0qdSrWq1atYs2rdyrWr169gw4odS7as2bNo06pdy7at27dw48qdS7eu3bt48+rdy7ev37+AAwseTLiw4cOIEytezLix48eQI0ueTLmy5cuYM2vezLmz58+gQ4seTbq06dOoU6tezbq169ewY8ueTbu27du4c+vezbu379/AgwsfTry48ePIkytfzry58+fQo0ufTr269evYs2vfzr279+/gw4sfT768+fPo06tfz769+/fw48ufT7++/fv48+vfz7+///8ABijggAQWaOCBCCao4IIMNujggxBGKOGEFFZo4YUYZqjhhhx26OGHIIYo4ogklmjiiSimqOKKLLbo4oswxijjjDTWaOONOOao44489ujjj0AGKeSQRBZp5JFIJqnkkkw26eSTUEYp5ZRUVmnllVhmqeWWXHbp5ZdghinmmGSWaeaZaKap5ppstunmm3DGKeecdNZp55145qnnnnz26eefgAYq6KCEFmrooYgmquiijDbq6KOQRirppJRWaumlmGaq6aacdurpp6CGKuqopJZq6qmopqrqqqy26uqrsMYq66y01mrrrbjmquuuvPbq66/ABivssMQWa+yxyCar7LLMNuvss9BGK+201FZr7bXYZqvtttx26+234IYr7rjklmvuueimq+667Lbr7rvwxivvvPTWa++9+Oar77789uvvvwAHLPDABBds8MEIJ6zwwgw37PDDEEcs8cQUV2zxxRhnrPHGHHfs8ccghyzyyCSXbPLJKKes8sost+zyyzDHLPPMNNds880456zzzjz37PPPQAct9NBEF2300UgnrfTSTDft9NNQRy311FRXbfXVWGet9dZcd+3112CHLfbYZJdt9tlop6322my37fbbcMct99x012333XjnrffefPft99+ABy744IQXbvjhiCeu+OKMN+7445BHLvnklFdu+eWYZ6755px37vnnoIcu+uikl2766ainrvrqrLfu+uuwxy777LTXbvvtuOeu++689+7778AHL/zwxBdv/PHIJ6/88sw37/zz0Ecv/fTUV2/99dhnr/323Hfv/ffghy/++OSXb/756Kev/vrst+/++/DHL//89Ndv//3456///vz37///AAygAAdIwAIa8IAITKACF8jABjrwgRCMoAQnSMEKWvCCGMygBjfIwQ568IMgDKEIR0jCEprwhChMoQpXyMIWuvCFMIyhDGdIwxra8IY4zKEOd8jDHvrwh0AMohCHSMQiGvGISEyiEpfIxCY68YlQjKIUp0jFKlrxiljMoha3yMUuevGLYAyjGMdIxjKa8YxoTKMa18jGNrrxjXCMoxznSMc62vGOeMyjHvfIxz768Y+ADKQgB0nIQhrykIhMpCIXychGOvKRkIykJCdJyUpa8pKYzKQmN8nJTnryk6AMpShHScpSmvKUqEylKlfJyla68pWwjKUsZ0nLWtrylrjMpS53yctd+vKXwAymMIdJzGIa85jITKYyl8nMZjrzmdCMpjSnSc1qWvOa2MymNrfJzW5685vgDKc4x0nOcprznOhMpzrXyc52uvOd8IynPOdJz3ra8574zKc+98nPfvrznwANqEAHStCCGvSgCE2oQhfK0IY69KEQjahEJ0rRilr0ohjNqEY3ytGOevSjIA2pSEdK0pKa9KQoTalKV8rSlrr0pTCNqUxnStOa2vSmOM2pTnfK057690z) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input;:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13px;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:15px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
```

```
#at_psgpromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBGZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAAMALAEAAAAiAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGGofKIRItJYAAh+
QQFAAADACwAAAAAAwADAAACChxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwAIAAAMAAAIKBIYjYhOhRHqAAAh+QQFAAADACwEAAAQABgAAAACDJwncqi7EQYAA0p6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmoxovQAYChQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}',""])},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(744);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(118);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
```

53163…||Error("parse-services: failed to parse file
"+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diigo:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:"
f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
evernote:"7fce2c",exchange:"D3155A",fabulously40:"620e18",facebook:"3B5998",facenama
:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
0ca8ec",margarin:"FD934A",markme:"8d0808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
165496",myspace:"282828",myvidster:"93F217",n4g:"8d0808",naszaklasa:"4077a7",netvibes
:"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
reddit:"ff5700",rediff:"8d0808",renren:"0058AE",researchgate:"00CCBB",retellity:"
B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sms:"1ECE8E",sodahead:"ff8c00",
soundcloud:"FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",
stack_exchange:"1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"
DA060D",stuffpit:"2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d
",supbro:"383838",surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"
165496",technerd:"316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",
thefancy:"4ca8d8",thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti
:"5f729d",tumblr:"37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"
FFCD00",urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"
01B488",virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",
voxopolis:"1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"
2DC100",whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"
1a7576",yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"
A5C736",yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"
290838",zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
"https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
}.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram

53163...

```
:{user:"http://instagram.com/{{id}}"}},jsfiddle:{user:"https://jsfiddle.net/user/{{id}}
"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1,channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1,custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(l)}},function(e,t,n){var
a=n(62).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"==typeof n&&s(e)?o(e,t):i(e,r(t,n,3))}var
o=n(679),i=n(122),r=n(106),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+""):i(e+"",t)}var
o=n(762),i=n(763),r=n(764),s=n(106),c=n(74),u=n(772);e.exports=a},function(e,t,n){
function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=l,b=l;m||(w=h.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=h.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,C=b==d,y=w==b;if(y&&!m&&!x)return i(e,t,w);var
E=x&&A.call(e,"__wrapped__"),k=C&&A.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!y)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(769),i=n(770),r=n(771),s=n(28),c=n(642),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,A=p.hasOwnProperty,h=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(e,l);else{var p=e[l],A=n[c];d=i?i(p,A,l):void
0,"undefined"==typeof d&&(d=o(A,p,i,!0))}if(!d)return!1}return!0}var
o=n(123),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(l==n)var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(761),i=n(126),r=n(72),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t,n){function i(t)?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(123),i=n(126);e.exports=a},function(e,t){function n(e){return function(t){return
```

Case 5:16-cv-01282-EJD   Document 115   Filed 10/14/16   Page 1753 of 4682

```
53163 … null==t?void 0:t[a])},e.exports=n},function(e,t){function n(e,t,n,a,o){return
      … o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
      … a=n(74),o=n(773),i=o?function(e,t){return
      … o.set(e,t):a;e.exports=i},function(e,t){function n(e,t){for(var
      … n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
      … n}e.exports=n},function(e,t){function n(e,t){for(var
      … n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
      … n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
      … s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
      … d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
      … l)if(o)for(var A=u;A--&&(p=t[A],!(l=d&&d===p||n(d,p,a,o,i,r)));); else
      … l=d&&d===p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t){function
      … n(e,t,n){switch(n){case a:case o:return+e===+t;case i:return
      … e.name==t.name&&e.message==t.message;case r:return
      … e!=+e?t!=+t:0===e?1/e==1/t:e===+t;case s:case c:return e===t+""}return!1}var a="[object
      … Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
      … RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
      … a(e,t,n,a,i,s,c){var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
      … A,h=-1;++h<l;){var f=u[h],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
      … 0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
      … g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;A||(A="constructor"==f)}if(!A){var
      … w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
      … t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
      … b))return!1;
      … }return!0}var
53164 … o=n(72),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
      … a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
      … n=u.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
      … o=n(766),i=n(30),r=n(73),s=/^\s*function[
      … \n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
      … function(t){var n=n(30),o=a(o=t.WeakMap),i=o&&new
      … o;e.exports=i}).call(t,function(){return this}())},function(e,t,n){function
      … a(e){for(var
      … t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,A=[];++p<
      … n;){var h=t[p];(l&&r(h,a)||d.call(e,h))&&A.push(h)}return A}var
      … o=n(107),i=n(28),r=n(71),s=n(11),c=n(643),u=n(73),l=Object.prototype,d=l.
      … hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
      … t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
      … o=n(125);e.exports=a},function(e,t,n){function a(e){for(var
      … t=e.length;t--&&o(e.charCodeAt(t)););return t}var
      … o=n(125);e.exports=a},function(e,t,n){function a(e){return
      … e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
      … o=n(124),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
      … function a(e,t,n){var
      … a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
      … e,t)+1)):e}var
      … o=n(124),i=n(767),r=n(768),s=n(682),c=n(775),u=n(776);e.exports=a},function(e,t,n){
      … var a=n(17),o=n(2),i=n(793);e.exports=function(e,t,n,r){function
      … s(a){-1===e.indexOf(a+"")&&(c[a]=i(t[a],e,n,r))}var c={};return
      … t&&(o(t,s),t=a(c)),e+(t.length?e.indexOf("?")>-1?"&":"?")+t:""}}},function(e,t,n){
      … var
      … a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
      … function(e,t,n){var
      … a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
      … use strict";var a=n(5);e.exports=function(e,t){return void
      … n,o,i,r=0,s=[];if(!e||!e.length)return void
      … 0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
      … |$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
      … catch(c){a.error(c)}return o}},function(e,t,n){var
      … a=n(140);e.exports=function(e){return e=e||"",a(e,function(e,t){var
      … n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
      … t)if("string"==typeof
      … t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
      … [0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
      … [n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){var
      … a=n(49);e.exports=function(){for(var e;e=a.pop();)if("function"==typeof
      … e.close&&e.close())}},function(e,t,n){"use strict";function a(){var
      … e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
```

```
53164 &&t.relay(a||t.relay!=href);return e}function i(e){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,C){var
y,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",O=n.smd||C,I=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,G="",F=s(
S),P=2==F.length?F.shift().split("=").pop():"",Y=2==F.length?F.pop():"",K=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"===v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(K=!1),H)for(y in
H)G+=(""==G?"":"&")+f(y)+"="+f(H[y]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1===e.indexOf("pinterest"))for(y in n.shorteners)for(E in
n.shorteners[y])V+=(V.length?"&":"")+f(y+"."+E)+"="+f(n.shorteners[y][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub="+v+"&source="+j+"&
lng="+(A()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",1)+"&t1="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||"").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
,1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+h({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L?"&cr="+(e===L?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(G?"&email_vars="+f(G):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(K||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((K||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(O?(O.rxi?"&rxi="+O.rxi:"")+(O.rsi?"&rsi="+O.rsi:"")+(O.gen?"&gen="+O.gen:
""):(P?"&rsi="+P:"")+(Y?"&gen="+Y:""))+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(I?"&module="+l(I,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(141),s=n(76),c=n(23),u=n(725),l=n(47),d=n(35),p=n(17),A=n(20),h=n(133),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(62).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1===e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(825),o=window,i=e.exports=function(e){if(!i)var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0)}},
```

53164...

```
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0)},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!==navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(140);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e})}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(67),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{service\}/g,n(o||"addthis-service-code")).replace(/\{code\}/g,n(
o||"addthis-service-code")).replace(/\{title\}/g,n((a||window.addthis_share.
title)).replace(/\{url\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(2),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(826),o=n(161),i=n(68).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();t===!0||void
0===t&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(692),s=n(97),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(152).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(837)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||u.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(147),s=n(138),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span></span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span class="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
```

53164

```
class="at-expanded-menu-search"><input type="text" size="30" maxlength="30"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span><div class="loading-container "><div
class="loading-spinner"></div></div></div></div></div><div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
o=n(38),i=n(163);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
,e.interval=null,e.firstSeen=null)},this.sampleTimeout))},a.isWatching=function(e){
for(var
t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
function(){setTimeout(function(){for(var
e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
},a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
Function&&0===e.data.indexOf("_atafiv");if(t)for(var
n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
```

Page 1734

```
53164  1]||""}}},u=o,c.document.getElementsByTagName("iframe").length&&(u=u[i(n=document.
       getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
       ,"")))){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
       e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&ps=
       clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
       handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
       e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
       function(){var
       a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
       Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
       postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
       function
       n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
       postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
       addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
       i(e,n,a){var
       o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
       o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
       a(window,"message",function(t){var
       n,a,o=t.data;r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
       if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
       result),delete s[o.api][o.id]);else
       if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
       api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())())}},function(e,t,n)
       ,n},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
       t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
       o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
       ){return!0}),t.push(a))}return t}var
       o=n(149),i=n(52).EventDispatcher,r=n(14),s=n(39);e.exports=function(){var
       e=this,t=new
       i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
       instanceof
       Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
       this.resources||this.resources[0]instanceof
       o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
       this.waiting&&t.fire("load",this.resources,{resources:this.resources})}},this.add=
       function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
       .loading){for(var
       t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
       checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
       a(){return g.join(h)}function o(){if(!f){var
       e=l.rck(A)||"";e&&(g=d(e).split(h)),f=1}}function
       i(){o(),g.length&&l.sck(A,p(a()),0,!0)}function r(){return o(),g}function
       s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
       n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
       n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
       t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
       l=n(22);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
       d=window.decodeURIComponent,p=window.encodeURIComponent,A="__attag",h=",",f=0,g=[]},
       function(e,t,n){/**
53165         * AddThis Client
53166         * @license - See s7.addthis.com/static/licenses.html for information about the
       licenses used
53167         */
53168  var
       a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
       isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
       function(){this.qs||(this.qs=0),_atc.qs++,this.qs+>0&&a||_atc.qs>1e3||!g.addthis||p(
       {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
       t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
       queuer=this,this.flush=function(e,a){this.flushed=1;for(var
       o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
       a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
       ._pmh.call(e))}var
       o,i=n(814),r=n(807),s=n(98).select,c=n(109),u=n(54),l=n(811),d=n(38),p=n(33),A=n(803)
       ,h=n(3).listen,f=n(2),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
       ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
       "v7.5.4-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
```

53168…

```
ohmp,0,0,1)},xampl4,atf1-1,qst0,cdn1-1:srcs{bookmark"static/bookmark.html","linkedin
":"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
:"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
(!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(C){
}g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
,layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
e[t])for(var n in
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
"ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
"addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
y=u("addthis_widget");if(y.provider||y.userBlob||y.userapi){var
E=l(y),k=A(E);x.appendChild(E),y.userapi&&(g.addthis.UserAPI=new
k("user")),y.provider&&(g.addthis.ProviderAPI=new
k("provider")),y.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!y.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(h(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(699),n(700),n(702),n(703
),n(705),n(633),n(646),n(706),n(707),n(708),n(170),n(709),n(710),n(711),n(712),n(713)
,n(714),n(697),n(698),n(704),n(701),n(695),n(696)(function(){n(652),addthis.layers.
apply(addthis,e)})})}},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})}},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})}},addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(65),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(65),n(654),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(83)](n)})}()},function(e,t,n){"use strict";var
a=n(162),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
```

```
:"JP",kr:"KR",hb:"HB",no:"NO",zh:"ZH",tw:"ZH",zh-CN:"zh-CN",hk:"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(17),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0},function(e,t,n){"use strict";var
a=n(162),o=n(1),i=n(5),r=n(18),n(89)),s=n(2),!1),c=n(86),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(686),a=n(645);s||(n(152).setup(),n(688).setup(),n(687).setup(),n(690),n(689),n(
839),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(156);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(143),o=n(80)().FANCY;e.exports=function(){a(o+"?r="+9999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(159),o=n(64);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(820),o=n(821),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){}var
o=n(2),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
```

53168 ||clusters"],isProCell:!0},{name:"per-11",feed:["views2"],vector:!1],isProCell:!1},
     ||name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
     ||["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
     ||"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
     ||._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
     ||i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
     ||a=n(828);e.exports=function(e,t){var
     ||n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
     ||strict";var a=n(160);e.exports=function(){var
     ||e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
     ||getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
     ||("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
     ||strict";e.exports=function(){return"visibilityState"in
     ||document?"visible"===document.visibilityState:"hasFocus"in
     ||document?document.hasFocus():void 0}},function(module,exports){var
     ||w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
     ||module.exports=function(globalObjectString){function
     ||storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
     ||),pageCallbacks[t]=pageCallbacks[t]||0;var
     ||i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
     ||callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
     ||(this,arguments)}),times[r]=(new
     ||Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
     ||globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
     ||times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
     ||string which will eval to a globally accessible object where callbacks will be
     ||stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
     ||},function(e,t){e.exports=function(e){var
     ||t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
     ||1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
     ||evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
     ||eval(src)}},function(e,t,n){"use strict";var
     ||a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
     ||o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
     ||n;return-1}}},function(e,t,n){"use strict";function a(){}function o(e,t){return
     ||setTimeout(function(){t({statusText:e||"Something went wrong."})},0),null}function
     ||i(e){e=e||{};var
     ||t,i,r=e.onFailure||a,s=e.onSuccess||a,c="POST"===(e.method||"").toUpperCase()?"POST":
     ||"GET",u=e.withCredentials===!0,l=e.timeoutMs||1e4;if("undefined"==typeof
     ||XMLHttpRequest)return o("Your browser does not support this
     ||method.",r);if("GET"!==c&&"POST"!==c)return o("This method is not
     ||supported.",r);if(t=new XMLHttpRequest,i="withCredentials"in t)return
     ||t.open(c,e.url||"",!0),"POST"===c&&t.setRequestHeader("Content-type",e.contentType||"
     ||application/json"),t.timeout=l,t.withCredentials=u,t.onreadystatechange=function(){4=
     ||==t.readyState&&(t.status>400||0===t.status?r(t):s(t))},t.send(e.data||null);if(!u&&
     ||window.XDomainRequest){t=new XDomainRequest;var d;if(e.url){var
     ||p=n(4),A=p.du.split("//")[0];d=A+"//"+e.url.split("//")[1]}return
     ||t.open(c,d||""),t.onload=function(){s(t)},t.onerror=function(){r(t)},t.onprogress=a,t
     ||.ontimeout=a,t.timeout=l,t.send(e.data||null)}return o("Your browser does not support
     ||cross-origin
     ||requests.",r)}e.exports=i},function(e,t){e.exports=function(e){if(null==e||"object"!=
     ||typeof e)return e;if(e instanceof Object){var t="";for(var n in
     ||e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
     ||null}},function(e,t,n){"use strict";var
     ||a=n(2),o=n(113),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
     ||flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
     ||subscription||"PRO"===e.subscription.edition)){var
     ||r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
     ||c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
     ||e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
     ||e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
     ||n=Object.prototype.toString;e.exports=function(e){return
     ||n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
     ||e?e.split("://").pop().split("/")[:]}},function(e,t){e.exports="sh.
     ||81a142dda016aab89f76e554.html"}]));
53169 ||****************************************************
53170 ||The following data is from clevelandclinic_org-colon-20160919-page_source.txt
53171 ||****************************************************

```
<!DOCTYPE html>
<html class="no-js"><!--<![endif]--><head>
                <meta charset="utf-8">
                <meta http-equiv="X-UA-Compatible" content="IE=edge">
                <title>Colon and Rectal Cancer Treatment | Cleveland Clinic</title>
                <meta name="description" content="Get comprehensive treatment
information on colon and rectal cancer from Cleveland Clinic by downloading our free
treatment guide.">
                <meta name="viewport" content="width=device-width, initial-scale=1">
                <!-- Place Marketo Variables Below -->




                <meta name="robots" content="index, follow"><meta name="keywords"
content="colon cancer rectal colorectal treatment laparoscopic surgery clinical
research trials oncology radiation chemotherapy">
                <!-- Place favicon.ico and apple-touch-icon.png in the root directory
if required -->
                <link rel="stylesheet"
href="/rs/hilemancleveclinic/images/normalize.css">

                <style type="text/css">
                /*
                    NOTES:
                    All block elements have border-box added to them in normalize, even
'div'

                    colors:
                    blue gradient in header (top to bot): #e7f1f8  #c1def2
                    text blue: #0083be
                    blue line: #065ea8
                    form blue bg: #e7f1f8
                    gradient bar on top n bottom: #e6e6e6 to #fff

                    font-size:
                    based on 16px or 100%
                    */


                    /* ===================== *
                    | Mobile First Styles |
                    * ===================== */
                    @font-face { font-family: 'NewsGothicStdRegular';
                    src:
url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot');
                    src:
url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.eot?#iefix')
format('embedded-opentype'),
                    url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.woff')
format('woff'),
                    url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.ttf')
format('truetype'),
url('/rs/hilemancleveclinic/images/newsgothicstd-webfont.svg#NewsGothicStdRegular')
format('svg');
                    font-weight: normal;
                    font-style: normal;
                    }

                    @font-face {
                    font-family: 'newsgoth_btroman';
                    src: url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot');
                    src:
```

```
53225…   url('/rs/hilemancleveclinic/images/tt0047m_-webfont.eot?#iefix')
…        format('embedded-opentype'),
53226                        url('/rs/hilemancleveclinic/images/tt0047m_-webfont.woff')
…        format('woff'),
53227                        url('/rs/hilemancleveclinic/images/tt0047m_-webfont.ttf')
…        format('truetype'),
53228
…        url('m/rs/hilemancleveclinic/images/tt0047m_-webfont.svg#newsgoth_btroman')
…        format('svg');
53229                        font-weight: normal;
53230                        font-style: normal;
53231                        }
53232
53233                        @font-face {
53234                        font-family: 'newsgoth_btitalic';
53235                        src: url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot');
53236                        src:
…        url('/rs/hilemancleveclinic/images/tt0048m_-webfont.eot?#iefix')
…        format('embedded-opentype'),
53237                        url('/rs/hilemancleveclinic/images/tt0048m_-webfont.woff')
…        format('woff'),
53238                        url('/rs/hilemancleveclinic/images/tt0048m_-webfont.ttf')
…        format('truetype'),
53239
…        url('/rs/hilemancleveclinic/images/tt0048m_-webfont.svg#newsgoth_btitalic')
…        format('svg');
53240                        font-weight: normal;
53241                        font-style: normal;
53242                        }
53243
53244                        @font-face {
53245                        font-family: 'newsgoth_btbold';
53246                        src: url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot');
53247                        src:
…        url('/rs/hilemancleveclinic/images/tt0049m_-webfont.eot?#iefix')
…        format('embedded-opentype'),
53248                        url('/rs/hilemancleveclinic/images/tt0049m_-webfont.woff')
…        format('woff'),
53249                        url('/rs/hilemancleveclinic/images/tt0049m_-webfont.ttf')
…        format('truetype'),
53250
…        url('/rs/hilemancleveclinic/images/tt0049m_-webfont.svg#newsgoth_btbold')
…        format('svg');
53251                        font-weight: normal;
53252                        font-style: normal;
53253                        }
53254                        /*icons*/
53255
53256                        @font-face {
53257                        font-family: 'icomoon';
53258                        src:url('/rs/hilemancleveclinic/images/icomoon.eot?4rhaqv');
53259                        src:url('/rs/hilemancleveclinic/images/icomoon.eot?#iefix4rhaqv')
…        format('embedded-opentype'),
53260                        url('/rs/hilemancleveclinic/images/icomoon.woff?4rhaqv')
…        format('woff'),
53261                        url('/rs/hilemancleveclinic/images/icomoon.ttf?4rhaqv')
…        format('truetype'),
53262                        url('/rs/hilemancleveclinic/images/icomoon.svg?4rhaqv#icomoon')
…        format('svg');
53263                        font-weight: normal;
53264                        font-style: normal;
53265                        }
53266
53267                        [class^="icon-"], [class*=" icon-"]{
53268                        font-family: 'icomoon';
53269                        speak: none;
53270                        font-style: normal;
53271                        font-weight: normal;
```

```
53272              font-variant: normal;
53273              text-transform: none;
53274              line-height: 1;
53275
53276              /* Better Font Rendering =========== */
53277              -webkit-font-smoothing: antialiased;
53278              -moz-osx-font-smoothing: grayscale;
53279              }
53280
53281              .icon-pointer:before {
53282              content: "\e601";
53283              }
53284              .icon-calendar:before {
53285              content: "\e600";
53286              color: #065ea8;
53287              }
53288              .icon-idea:before {
53289              content: "\e602";
53290              color: #065ea8;
53291              }
53292              .icon-lock:before {
53293              content: "\e604";
53294              color: #0681c2;
53295              }
53296
53297
53298              /*tags*/
53299              body{font-family:Arial, Helvetica, sans-serif; font-size: 100%;
…     color: #333; background: #fff; line-height: 1.35em;}
53300              h1,h2,h3,h4,p{padding:0; margin:0;}
53301              h1, h2{font-weight:normal; font-family: NewsGothicStdRegular,
…     Arial, sans-serif; color:#0083be; line-height: 1.25em;}
53302              h1{font-size: 2.5em; margin: .4em 0 .4em;}
53303              h2{font-size: 1.5em; margin: 0 0 .4em;}
53304              h3{font-size: 18px; font-weight:bold; margin: .5em 0;}
53305              .main p {margin: 1em 0;}
53306              a{color:#0083be}
53307              a:hover{color:#0073A7;}
53308
53309
53310              /*main elements */
53311              .callout:after,
53312              .container:after,
53313              .content:after,
53314              header:after,
53315              .main:after,
53316              .secondary:after,
53317              figure.guideCover:after,
53318              .form:after,
53319              div.clear{clear:both; height:0; overflow:hidden; display:block;
…     content: " ";}
53320              .container{max-width: 60em; margin:0 auto; background: #fff;
…     -moz-box-shadow: 0 0 2.25em #C9DBE9; -webkit-box-shadow: 0 0 2.25em #C9DBE9;
box-shadow: 0 0 2.25em #C9DBE9;}
53321              .lt-ie9 .container{border-left: 1px solid #DFDFDF; border-right:
…     1px solid #DFDFDF;}
53322              .content{padding: 1.75em 1.875em 0;}
53323              div.container > .content{padding-bottom: 2.5em; position:relative;}
53324              header{min-height: 10.19em;}
53325              #CCF-Logo{display:inline-block;}
53326              #ccfLogo{color: transparent;float:left; margin-bottom: 1em;}
53327              #ccfLogoChildrens{display:inline-block;max-width: 100%;}
53328              #ccfLogoChildrens img{max-width:100%;}
53329
53330              #utility{text-align: right;}
53331              #utility .social {margin: .75em 0;}
53332              div.gradientBar{
53333              display:block;
```

```
53334                 width: 100%;
53335                 border:0;
53336                 border-bottom: #ccc 1px solid;
53337                 margin: 0;
53338                 padding: 0;
53339                 height: 27px;
53340                 background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-topGradient.png) left bottom repeat-x
      #fff;
53341                 background: -moz-linear-gradient(#fff,#e6e6e6);
53342                 background: -webkit-linear-gradient(#fff,#e6e6e6);
53343                 background: -o-linear-gradient(#fff,#e6e6e6);
53344                 background: linear-gradient(#fff,#e6e6e6);
53345                 }
53346                 div.gradientBar.bot{
53347                 background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-botGradient.png) left top repeat-x #fff;
53348                 background: -moz-linear-gradient(#e6e6e6,#fff);
53349                 background: -webkit-linear-gradient(#e6e6e6,#fff);
53350                 background: -o-linear-gradient(#e6e6e6,#fff);
53351                 background: linear-gradient(#e6e6e6,#fff);
53352                 border:0;
53353                 border-top: #ccc 1px solid;
53354                 }
53355
53356                 .main{position:relative;}
53357                 .subHead{
53358                 position:relative;
53359                 min-height: 14em;
53360                 background:
      url(/rs/hilemancleveclinic/images/CC-LP-bg-subHeader.png) left bottom repeat-x
      #e7f1f8;
53361                 background: -moz-linear-gradient(#e7f1f8,#c1def2);
53362                 background: -webkit-linear-gradient(#e7f1f8,#c1def2);
53363                 background: -o-linear-gradient(#e7f1f8,#c1def2);
53364                 background: linear-gradient(#e7f1f8,#c1def2);
53365                 }
53366                 .subHead:after{ background: #065ea8; height: 6px; display:block;
      width: 100%; clear:both; content:' '; position:absolute; bottom:-6px; left:0;}
53367
53368                 #hero{width:100%; min-height:360px;}
53369                 .lt-ie9 #hero img{width:auto; min-width:auto;}
53370                 .form{background:#e7f1f8; padding: 1em 1.25em 1.25em;
      margin-left:auto; margin-right: auto;}
53371                 .callout{border:3px solid #bbb; padding: 1.13em;
      margin-bottom:2.125em; width: auto; position:relative;}
53372                 .callout .text{padding-left:4.25em; float:left;}
53373                 .callout .mktoImg{width: 48px; width:50px; float:left; height:
      44px; font-size: 3.687em; position:absolute; top:16px; left: 12px; }
53374                 #Callout1-Img {width: 48px; width:50px; float:left; height: 44px;
      font-size: 3.687em; position:absolute; top:16px; left: 12px; }
53375                 #Callout2-Img {width: 48px; width:50px; float:left; height: 44px;
      font-size: 3.687em; position:absolute; top:16px; left: 12px; }
53376                 figure.guideCover img{/*-moz-box-shadow: 0 0 .5em rgba(0,0,0,.4);
      -webkit-box-shadow: 0 0 .5em rgba(0,0,0,.4); -o-box-shadow: 0 0 .5em rgba(0,0,0,.4);
      box-shadow: 0 0 .5em rgba(0,0,0,.4);*/ margin-bottom:1em;}
53377                 figure + ul,img + ul{overflow:hidden; padding-left: 1.5em;}
53378                 .content figure{display:inline-block; float:left;
      margin-bottom:1.4em;}
53379
53380                 /*.lt-ie9 figure.guideCover img{border:1px solid #ccc;}*/
53381                 .secondary {/*over-ride the absolute positioning put on by the
      id*/position: relative !important;}
53382                 .mktoAsterix{color:red;}
53383                 div.privacy{text-align:right; margin: 1.25em auto 1em; }
53384                 div.privacy p{font-size: .75em;}
53385
53386                 .new_footer .footer_title{display:block; float:left; width:100%;
```

```
53386…  box-sizing:border-box;}
53387…            .new_footer .footer_title:after{content:''; display:block;
        clear:both; height:12px;}
53388…            .new_footer a{display: inline-block; float: left; margin-right:
        5px; margin-bottom: 6px;}
53389…            .new_footer a > img.icon {display:inline-block; width: 36px;
        height: 36px;}
53390…            .new_footer a > img.hub {display:inline-block; height: 36px;
        width:109px;}
53391…
53392…
53393…            /*form styles*/
53394…            input[type=text],
53395…            input[type=email],input[type=date]{width: 100% !important; padding:
        .125em .4em !important; border: 1px solid #ccc; box-sizing: border-box; height:
        1.875em !important;}
53396…            .mktoButtonWrap .mktoPurpleCandy{margin-left:0 !important;}
53397…            button[type=submit].mktoButton{border:0; display:inline-block;
        float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
        color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
        clear:both; white-space:nowrap;
53398…            background: #2770a1;
53399…            background: -moz-linear-gradient(#2770a1,#184563);
53400…            background: -webkit-linear-gradient(#2770a1,#184563);
53401…            background: -o-linear-gradient(#2770a1,#184563);
53402…            background: linear-gradient(#2770a1,#184563);
53403…            }
53404…            button[type=submit].mktoButton:after{content: "\e601";
        display:inline-block; font-size:19px; color:#fff; width: 19px; height: 19px;
        vertical-align: middle; margin-left: 14px;
53405…            font-family: 'icomoon'; speak: none;font-style: normal;font-weight:
        normal;font-variant: normal;text-transform: none;line-height:
        1;-webkit-font-smoothing: antialiased;
53406…            -moz-osx-font-smoothing: grayscale;}
53407…
53408…            button[type=submit].mktoButton:hover{background:#184563;}
53409…            .mktoButtonRow{width: 100%;}
53410…            .mktoFieldWrap > div.mktoHasWidth{width: 100% !important;}
53411…            .form h3{margin: 0 0 .5em; border-bottom:3px dotted #fff; width:
        100%;}
53412…            .form div[style]{width: auto !important; clear: both;}
53413…            .form label{margin-top: 0.5em; width: auto !important; display:
        inline-block !important; float: none !important; text-align:left !important;}
53414…            .mktoForm .mktoFormCol{width: 100%;}
53415…            .form input[type=checkbox] + label{display:block !important;
        box-sizing:border-box; margin-left:0; padding-left: 1.5em;}
53416…            .form label .mktoAsterix {float: left !important; padding-left: 0
        !important; padding-right: 4px !important;}
53417…            .mktoForm .mktoLabel {padding-top: 0.8em !important;}
53418…            .yesIdLikeTo { margin-top: 0.75em !important; padding-top: 0.75em
        !important; border-top: 2px dotted #75797C; padding-bottom: 1.25em !important;}
53419…            .subHead a > img[src*='download_btn.gif'] {margin-bottom: 12px;}
53420…
53421…            .mktoForm .mktoRadioList > label, .mktoForm .mktoCheckboxList >
        label{display:block !important;}
53422…            #mkto_gen_hero{width: 40%; float:right;overflow: hidden;}
53423…
53424…            /* ==================== *
53425…            | Media query styles |
53426…            *  ==================== */
53427…
53428…
53429…            @media only screen and (min-width: 20em) and (max-width: 40em) {
53430…            .content{padding: 1.75em 1em 0;}
53431…            }
53432…
53433…            @media only screen and (max-width: 47.063em) {
53434…            menu, ol, ul {padding: 0 0 0 10px;}
```

```
53435                    .container{margin: 0 0.6em;}
53436                    #hero{display:none;}
53437                    .main{margin-bottom:1em;}
53438                    .secondary{clear:both; max-width: 38em; margin-left:auto;
       margin-right:auto; width: 100% !important;}
53439
53440                    } /* max-width 754px, mobile-only styles, use when QAing mobile
       issues */
53441
53442                    /* Medium screens */
53443                    @media only screen and (max-width: 40.063em) {
53444
53445                        #ccfLogoChildrens{ padding-bottom:1em; max-width: 268px;}
53446                    #utility{clear:both;}
53447                    .guideCover{padding-top: 200px;position:relative;}
53448                    .guideCover figure{position:absolute; top:0; left:0; width: 100%;
       margin-top:1.25em;}
53449                    .guideCover figure img{display: block; margin:auto;}
53450
53451                    .container .main{ padding-top: 1em;}
53452                    } /* min-width 641px, medium screens */
53453
53454                    @media only screen and (min-width: 40.063em) and (max-width: 64em)
       {
53455                    h1 {font-size: 2em;}
53456                    #utility{width: 40%; float:right;}
53457                    figure.guideCover{width: 10em; float:left; display:inline-block;}
53458                    .lt-ie9 figure.guideCover + ul{margin-left: 7.8125em;}
53459                    } /* min-width 641px and max-width 1024px, use when QAing
       tablet-only issues */
53460
53461                    @media only screen and (min-width: 47.125em) and (max-width: 64em)
       {
53462                    .container{margin: 0 1em;}
53463                    #utility{width: 40%; float:right;}
53464                    #hero{float:right; width: 40%; overflow:hidden;}
53465                    .subHead .content {width: 60%;}
53466                    .main{width:59%; float:left; padding-right:1em;}
53467                    .secondary{width:38%; float:right;}
53468                    } /* min-width 754px and max-width 1024px, use when QAing
       tablet-only issues */
53469
53470                    /* Large screens */
53471                    @media only screen and (min-width: 64.063em) {
53472                    #utility{width: 40%; float:right;}
53473                    #utility .social{}
53474                    .subHead{/*height:16.875em;*/}
53475                    .subHead .content {width: 60%;}
53476                    #hero{float:right; width: 100%; display:block;}
53477                    .callout{float:right; clear:both;}
53478                    .main{width:59%; float:left; padding-right:1.5em;}
53479                    .secondary{width:38%; float: right;}
53480                    figure.guideCover{float:left; width: 7.8125em;}
53481                    figure.guideCover + ol,
53482                    figure.guideCover + ul{margin-left: 7.5em;}
53483                    } /* min-width 1025px, large screens */
53484
53485                </style>
53486                <!--[if lte IE 8]>
53487                    <link rel="stylesheet" href="/rs/434-PSA-612/images/ccf-main.css">
53488                    <script src="/rs/hilemanclevoclinic/images/respond.js"></script>
53489                <![endif]-->
53490
53491                <!--<link rel="stylesheet" href="css/marketo-form-styles.css">-->
53492                <script
       src="/rs/hilemanclevoclinic/images/modernizr.custom.71565.js"></script>
53493                <!-- Variable Styles -->
53494                <style>
```

```
53495                    #CCF-Guide-Area {
53496                        display:block;
53497                    }
53498                    #CCF-Callout1 {
53499                        display: block;
53500                    }
53501                    #CCF-Callout2 {
53502                        display: block;
53503                    }
53504                    #CCF-Callout3 {
53505                        display: none;
53506                    }
53507                    #CCF-Callout4 {
53508                        display: none;
53509                    }
53510
53511                    #ccfAdditionalText {
53512                        display: none;
53513                    }
53514
53515                </style>
53516            <link rel="shortcut icon" href="/favicon.ico" type="image/x-icon" >
53517 <link rel="icon" href="/favicon.ico" type="image/x-icon" >
53518
53519
53520 <style>.mktoGen.mktoImg {display:inline-block; line-height:0;}</style>
53521            </head>
53522            <body id="bodyId">
53523
53524                <!-- Google Tag Manager --> <noscript><iframe
   src="//www.googletagmanager.com/ns.html?id=GTM-3M4W" height="0" width="0"
   style="display:none;visibility:hidden"></iframe></noscript>
   <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start': new
   Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
   j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
   '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
   })(window,document,'script','dataLayer','GTM-3M4W');</script> <!-- End Google Tag
   Manager -->
53525
53526                <div class="container">
53527                    <header>
53528                        <div class="gradientBar"></div>
53529                        <div class="content">
53530                            <div class="mktoText" id="CCF-Logo"><a
   href="http://my.clevelandclinic.org" id="ccfLogo" target="_blank"><img
   src="/rs/hilemanclevelinic/images/CC-LP-ccf-logo.gif"></a></div>
53531                            <div id="utility" class="mktoText"><p>Colon and Rectal Cancer
   Treatment<br />Request an Appointment:<strong> 866.223.8100</strong></p>
53532 <div class="social"><!-- Go to www.addthis.com/dashboard to generate a new set of
   sharing buttons ->< a
   href='https://api.addthis.com/oexchange/0.8/forward/facebook/offer?url=http%3A%2F%
   2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
   20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
   src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/facebook.png' border='0'
   alt='Facebook'/></a><a
   href='https://api.addthis.com/oexchange/0.8/forward/twitter/offer?url=http%3A%2F%
   2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
   20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
   src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/twitter.png' border='0'
   alt='Twitter'/></a><a
   href='https://api.addthis.com/oexchange/0.8/forward/google_plusone_share/offer?url=
   http%3A%2F%2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%
   20likes%2C%20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
   src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/google_plusone_share.png'
   border='0' alt='Google+'/></a><a
   href='https://www.addthis.com/bookmark.php?source=tbx32nj-1.0&v=300&url=http%3A%2F%
   2Fwww.addthis.com&pubid=ra-545d17fd423d6d18&ct=1&title=AddThis%20-%20Get%20likes%2C%
   20get%20shares%2C%20get%20followers&pco=tbxnj-1.0' target='_blank'><img
```

```
53532   src='https://cache.addthiscdn.com/icons/v2/thumbs/32x32/addthis.png' border='0'
  …     alt='Addthis'/></a></><!-- Go to www.addthis.com/dashboard to customize your tools
  …     -->
53533   <div class="addthis_sharing_toolbox"><br /></div>
53534   </div></div>
53535                       </div>
53536                   </header>
53537                   <div class="subHead">
53538                       <div class="mktoImg mktoGen" id="mkto_gen_hero"><img
        class="lpimg" src="/rs/434-PSA-612/images/colon-cancer-hero.jpg" id="hero"></div>
53539                   <div class="content mktoText" id="CCF-Title">
53540                       <h1>Understand Your Options for Colon & Rectal Cancer
        Prevention & Treatment</h1>
53541                       <h3>Download our free treatment guide and get the answers you
        need.</h3>
53542                   </div>
53543                   </div>
53544                   <div class="content">
53545                   <div class="secondary">
53546                       <h2>Download Our Free Guide on Colon &amp; Rectal Cancer
        Treatment</h2>
53547
53548                       <div class="form mktoForm" id="CCF-Form"><div
        id='lpeCDiv_27305' class='lpeCElement 004_-_Colon_Cancerform'><span
        class='lpContentsItem formSpan'>
53549   <script src="/js/forms2/js/forms2.min.js"></script>
53550   <form class="mktoForm" id="mktoForm_1109">
53551   </form>
53552   <script>
53553     (function (){
53554       var formDescriptor = {"Id":1109,"Vid":1109,"Status":"approved","Name":"006 -
        03-0016-ColonCancer.form","Description":"","Layout":"above","GutterWidth":10,"
        OffsetWidth":10,"HasTwoButtons":true,"SubmitLabel":"Download
        Now","ResetLabel":"Clear","ButtonLocation":58,"LabelWidth":100,"FieldWidth":150,"
        ToolTipType":"none","FontFamily":"Arial, Verdana,
        sans-serif","FontSize":"13px","FontColor":"#333","FontUrl":null,"LineMargin":10,"
        ProcessorVersion":2,"CreatedByUserid":863,"ProcessOptions":{"language":"English","
        locale":"en_US","profiling":{"isEnabled":false,"numberOfProfilingFields":3,"
        alwaysShowFields":[]},"socialSignOn":{"isEnabled":false,"enabledNetworks":[],"cfId":
        null,"codeSnippet":null},"knownLead":{"type":"form","template":""}},"
        EnableDeferredMode":0,"ButtonType":null,"ButtonImageUrl":null,"ButtonText":null,"
        ButtonSubmissionText":"Please
        Wait","ButtonStyle":{"id":7,"className":"mktoPurpleCandy","css":".mktoForm
        .mktoButtonWrap.mktoPurpleCandy .mktoButton{\nbackground-color:
        #9e76e8;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
        color-stop(0%, #9e76e8), color-stop(50%, #7038e0), color-stop(50%, #6021de),
        color-stop(100%, #6224de));\nbackground-image: -webkit-linear-gradient(top, #9e76e8
        0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nbackground-image:
        -moz-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de
        100%);\nbackground-image: -ms-linear-gradient(top, #9e76e8 0%, #7038e0 50%, #6021de
        50%, #6224de 100%);\nbackground-image: -o-linear-gradient(top, #9e76e8 0%, #7038e0
        50%, #6021de 50%, #6224de 100%);\nbackground-image: linear-gradient(to bottom,
        #9e76e8 0%, #7038e0 50%, #6021de 50%, #6224de 100%);\nborder-radius: 3px;\ncolor:
        #fff;\nfont: bold 12px\/1 \"helvetica neue\", helvetica, arial, sans-serif;\npadding:
        10px 0 12px 0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
        150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
        .mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground-color:
        #8d69cf;\nbackground-image: -webkit-gradient(linear, left top, left bottom,
        color-stop(0%, #8d69cf), color-stop(50%, #6332c7), color-stop(50%, #551dc4),
        color-stop(100%, #561fc4));\nbackground-image: -webkit-linear-gradient(top, #8d69cf
        0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\nbackground-image:
        -moz-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4
        100%);\nbackground-image: -ms-linear-gradient(top, #8d69cf 0%, #6332c7 50%, #551dc4
        50%, #561fc4 100%);\nbackground-image: -o-linear-gradient(top, #8d69cf 0%, #6332c7
        50%, #551dc4 50%, #561fc4 100%);\nbackground-image: linear-gradient(to bottom,
        #8d69cf 0%, #6332c7 50%, #551dc4 50%, #561fc4 100%);\n-webkit-background-clip:
        padding-box;\ncursor: pointer;\n}\n.mktoForm .mktoButtonWrap.mktoPurpleCandy
        .mktoButton:active {\nbackground: #4a1aab;\nbackground: -moz-radial-gradient(50% 31%
```

```
53554_ 0deg,circle cover,rgba(38,76,153,0.4)),rgba(11,23,46,0.4))),
...  -moz-linear-gradient(top, #7b5cb5 0%, #572bad 50%, #4a1aab 50%, #4b1bab
...  100%);\nbackground: -webkit-gradient(radial, 50% 20%, 75, 50% 50%, 0, from(rgba(38,
...  76, 153, 0.4)), to(rgba(11, 23, 46, 0.4))), -webkit-gradient(linear, 0 0, 0 100%,
...  color-stop(0, #7b5cb5), color-stop(0.5, #572bad), color-stop(0.5, #4a1aab),
...  color-stop(1, #4b1bab));\ncolor: #ddd;\n-webkit-background-clip:
...  padding-box;\n}\n","buttonColor":"#2770a1"},"ThemeStyle":{"id":2,"displayOrder":1,"
...  name":"Simple","backgroundColor":"#FFF","layout":"left","fontFamily":"Helvetica,
...  Arial,
...  sans-serif","fontSize":"13px","fontColor":"#333","offsetWidth":10,"gutterWidth":10,"
...  labelWidth":100,"fieldWidth":150,"lineMargin":10,"useBackgroundColorOnPreview":false,
...  "css":".mktoForm fieldset.mkt3-formEditorFieldContainer{border: solid 1px
...  gray;}.mktoForm fieldset.mkt3-formEditorFieldContainer legend{padding:0
...  1em;}","href":"css\/forms2-theme-simple.css","buttonStyleId":11},"ThemeStyleOverride"
...  :"\/* Add your custom CSS below *\/\n\n\/*forms2.css
...  *\/\n#mktoStyleLoaded{background-color:#123456;display:none}\n.mktoForm{text-align:
...  left}\n.mktoForm .mktoClear{clear:both;float:none}\n.mktoForm div,.mktoForm
...  span,.mktoForm label,.mktoForm p{text-align:left;margin:0;padding:0}\n.mktoForm
...  input,.mktoForm select,.mktoForm textarea{margin:0}\n.mktoForm
...  *{font-family:inherit}\n.mktoForm .mktoOffset{float:left;height:1.2em}\n.mktoForm
...  .mktoGutter{float:left;height:1.2em}\n.mktoForm .mktoFieldWrap{float:left}\n.mktoForm
...  .mktoLabel{float:left;line-height:1.2em;padding-top:.3em}\n.mktoForm
...  .mktoField{line-height:1.2em;font-size:1em;float:left}\n.mktoForm
...  .mktoPlaceholder{float:left}\n.mktoForm .mktoLogicalField{float:left}\n.mktoForm
...  fieldset{padding:0;margin:0}\n.mktoForm fieldset legend{margin:0 1em
...  .5em;color:inherit}\n.mktoForm a.mktoNotYou{cursor:pointer;color:#4692f3}\n.mktoForm
...  a.mktoNotYou:hover{text-decoration:underline}\n.mktoForm
...  .mktoAsterix{float:right;color:#bf0000;padding-left:5px;display:none}\n.mktoForm
...  .mktoRadioList,.mktoForm .mktoCheckboxList{padding:.3em;float:left}\n.mktoForm
...  .mktoRadioList \u003E label,.mktoForm .mktoCheckboxList \u003E
...  label{margin-left:1.5em;margin-top:.1em;margin-bottom:.3em;line-height:1.2em;display:
...  block;min-height:12px}\n.mktoForm.ie7 .mktoRadioList \u003E label,.mktoForm.ie7
...  .mktoCheckboxList \u003E label{padding:.2em 0 0}\n.mktoForm .mktoRadioList \u003E
...  label \u003E input,.mktoForm .mktoCheckboxList \u003E label \u003E
...  input{float:left;margin:0;margin-left:-1.5em}\n.mktoForm .mktoRadioList \u003E
...  input,.mktoForm .mktoCheckboxList \u003E input{padding:0}\n.mktoForm .mktoLabelToLeft
...  \u003E label{text-align:right;margin-left:0;margin-right:1.5em}\n.mktoForm
...  .mktoLabelToLeft input[type=checkbox],.mktoForm .mktoLabelToLeft
...  input[type=radio]{position:absolute;right:.3em}\n.mktoForm.mktoLayoutAbove
...  .mktoRequiredField
...  .mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoForm
...  .mktoRequiredField .mktoAsterix{display:block}\n.mktoForm .mktoRequiredField
...  label.mktoLabel{font-weight:bold}\n.mktoForm input[type=text],.mktoForm
...  input[type=url],.mktoForm input[type=email],.mktoForm input[type=tel],.mktoForm
...  input[type=number],.mktoForm input[type=date]{padding:.1em
...  .2em;line-height:1.2em;margin:0}\n.mktoForm input[type=range]{padding:.25em
...  0;margin:0}\n.mktoForm input[type=range]::-ms-tooltip{display:none}\n.mktoForm
...  input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
...  input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
...  textarea.mktoField,.mktoForm
...  select.mktoField{-moz-box-sizing:border-box;-webkit-box-sizing:border-box;-webkit-box
...  -sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;}\n.mktoForm
...  .mktoFormRow{clear:both}\n.mktoForm
...  .mktoFormCol{float:left;position:relative;min-height:2em}\n.mktoButtonRow{display:
...  inline-block;position:relative}\n.mktoForm
...  textarea.mktoField{display:inline-block;padding:.2em;margin:0;line-height:1.2em;
...  overflow:auto;resize:none;float:none}\n.mktoForm
...  textarea[rows=\"1\"]{height:2em}\n.mktoForm
...  textarea[rows=\"2\"]{height:3.4em}\n.mktoForm
...  textarea[rows=\"3\"]{height:4.6em}\n.mktoForm
...  textarea[rows=\"4\"]{height:5.8em}\n.mktoForm
...  textarea[rows=\"5\"]{height:7em}\n.mktoForm
...  textarea[rows=\"6\"]{height:8.2em}\n.mktoForm
...  textarea[rows=\"7\"]{height:9.4em}\n.mktoForm
...  textarea[rows=\"8\"]{height:10.6em}\n.mktoForm.mktoLayoutCenter
...  .mktoLabel{text-align:right}\n.mktoForm.mktoLayoutAbove
...  .mktoGutter{display:none}\n.mktoForm.mktoLayoutAbove
...  .mktoLabel{text-align:left}\n.mktoForm.mktoLayoutAbove
```

53554
```
.mktoRadioList,.mktoForm.mktoLayoutAbove
.mktoCheckboxList{float:none;clear:left}\n.mktoForm.mktoLayoutAbove
.mktoField,.mktoForm.mktoLayoutAbove
.mktoLogicalField{clear:left}\n.mktoForm.mktoLayoutAbove
textarea.mktoField{float:left}\n.mktoForm
.mktoError{position:absolute;z-index:99;color:#bf0000}\n.mktoForm .mktoError
.mktoErrorArrowWrap{width:16px;height:8px;overflow:hidden;position:absolute;top:0;
left:5px;z-index:100}\n.mktoForm.ie7 .mktoError
.mktoErrorArrowWrap{top:-8px}\n.mktoForm .mktoError
.mktoErrorArrow{background-color:#e51b00;border:1px solid
#9f1300;border-right:none;border-bottom:none;display:inline-block;height:16px;-webkit
-transform:rotate(45deg);-moz-transform:rotate(45deg);transform:rotate(45deg);-ms-
transform:rotate(45deg);width:16px;margin-top:5px}\n.mktoForm .mktoError
.mktoErrorArrowWrap.mktoArrowImage{background:transparent
url(\"..\/images\/callout-arrow-up-red.png\") top center
no-repeat;bottom:-7px}\n.mktoForm .mktoError .mktoErrorArrowWrap.mktoArrowImage
.mktoErrorArrow{display:none}\n.mktoForm .mktoError
.mktoErrorMsg{display:block;margin-top:7px;background-color:#e51b00;background-image:
-webkit-linear-gradient(#e51b00 43%, #ba1600
100%);background-image:-moz-linear-gradient(#e51b00 43%, #ba1600
100%);background-image:linear-gradient(#e51b00 43%, #ba1600
100%);background-image:-ms-linear-gradient(#e51b00 43%, #ba1600 100%);border:1px
solid
#9f1300;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
65) 0 2px 7px,inset #ff3c3c 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
#ff3c3c 0 1px
0;color:#f3f3f3;font-size:1em;line-height:1.2em;max-width:16em;padding:.4em
.6em;text-shadow:#901100 0 -1px 0}\n.mktoForm .mktoError .mktoErrorMsg
.mktoErrorDetail{display:block}\n.mktoForm
button.mktoButton{cursor:pointer;margin:0}\n.mktoForm
button.mktoButton:disabled{opacity:.5;-ms-filter:\"progid:DXImageTransform.Microsoft.
Alpha(Opacity=50)\";filter:alpha(opacity=50);cursor:default}\n.mktoNoJS
.mktoLabel{display:block;padding-right:10px;width:110px;text-align:right}\n.mktoNoJS
input[type=text]{width:150px}\n.mktoForm .cf_widget_socialsignon
.cf_sign_on{margin-bottom:1.5em}\n.mktoForm .mktoRangeField
.mktoRangeValue{zoom:1;float:left;display:none;text-align:center;position:absolute;z-
index:99;color:#000}\n.mktoForm.ie7 .mktoRangeField .mktoRangeValue,.mktoForm.ie6
.mktoRangeField .mktoRangeValue{position:relative}\n.mktoForm
.mktoRangeField.mktoHover .mktoRangeValue{display:block}\n.mktoForm .mktoRangeField
.mktoRangeValueArrowWrap{width:16px;height:8px;overflow:hidden;position:absolute;
bottom:-7px;z-index:100}\n.mktoForm .mktoRangeField
.mktoRangeValueArrow{background-color:#028d05;border:1px solid
#005602;height:16px;-webkit-transform:rotate(45deg);-moz-transform:rotate(45deg);
transform:rotate(45deg);-ms-transform:rotate(45deg);width:16px;background-color:#
007d04;border-left:none;border-top:none;margin-top:5px;position:absolute;bottom:5px}\
n.mktoForm .mktoRangeField
.mktoRangeValueArrowWrap.mktoArrowImage{background:transparent
url(\"..\/images\/callout-arrow-down-green.png\") top center
no-repeat;bottom:-7px}\n.mktoForm .mktoRangeField
.mktoRangeValueArrowWrap.mktoArrowImage .mktoRangeValueArrow{display:none}\n.mktoForm
.mktoRangeField
.mktoRangeValueText{display:block;background-color:#028d05;background-image:-webkit-
linear-gradient(#028d05 43%, #007d04
100%);background-image:-moz-linear-gradient(#028d05 43%, #007d04
100%);background-image:linear-gradient(#028d05 43%, #007d04
100%);background-image:-ms-linear-gradient(#028d05 43%, #007d04 100%);border:1px
solid
#005602;-webkit-border-radius:6px;border-radius:6px;-webkit-box-shadow:rgba(0,0,0,0.
65) 0 2px 7px,inset #00a500 0 1px 0;box-shadow:rgba(0,0,0,0.65) 0 2px 7px,inset
#00a500 0 1px 0;color:#f3f3f3;font-size:1em;line-height:1.2em;padding:.4em
.6em;text-shadow:#005602 0 -1px
0;text-align:center}\n.mktoModal{position:absolute;top:0;left:0;right:0}\n.mktoModal
.mktoModalMask{position:absolute;z-index:10000;top:0;left:0;right:0;zoom:1;background
:rgba(0,0,0,0.5);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=#
80000000,
endColorstr=#80000000);-ms-filter:\"progid:DXImageTransform.Microsoft.gradient(
startColorstr=#80000000, endColorstr=#80000000)\"}\n.mktoModal
.mktoModalContent{position:absolute;z-index:10001;background:#fff;padding:10px}\n.
```

Page 1748

53554.  mktoMedia

```
.mktoModalClose{position:absolute;cursor:pointer;top:-10px;right:-10px;background:#
000;color:#fff;width:19px;height:19px;font-family:Arial,Helvetica,sans-serif;font-
size:13px;line-height:19px;-webkit-border-radius:19px;border-radius:19px;text-align:
center;border:2px solid #ccc}\n@media only screen and (max-width:
480px){.mktoForm,.mktoForm
*{-webkit-box-sizing:border-box;-moz-box-sizing:border-box;box-sizing:border-box;-moz
-box-sizing:border-box;padding:10px}\n.mktoForm .mktoGutter,.mktoForm
.mktoOffset{display:none}\n.mktoForm .mktoFormCol
.mktoLabel{text-align:left;width:100%}\n.mktoForm .mktoFormCol{float:none}\n.mktoForm
.mktoFieldWrap{float:none}\n.mktoForm fieldset{padding:0 10px}\n.mktoForm
input[type=url],.mktoForm input[type=text],.mktoForm input[type=date],.mktoForm
input[type=tel],.mktoForm input[type=email],.mktoForm input[type=number],.mktoForm
textarea.mktoField,.mktoForm
select.mktoField{width:100%;height:1.5em;line-height:1.5em;font-size:18px}\n.mktoForm
select.mktoField{height:auto}\n.mktoForm .mktoFormRow
.mktoField{clear:left}\n.mktoForm .mktoFormRow .mktoFormCol{clear:both}\n.mktoForm
.mktoRadioList,.mktoForm .mktoCheckboxList{width:100%}\n.mktoForm .mktoFormRow
.mktoRequiredField
.mktoAsterix{float:left;padding-left:0;padding-right:5px}\n.mktoModal
.mktoModalContent{padding:10px 0}\n.mktoModal
.mktoModalClose{right:0}\n\n\n\n\/*forms2-theme-simple.css*\/\n#mktoStyleLoaded {\n
\/* css load detection, do not remove *\/\n  color:#123456;\n}\n.mktoForm fieldset
{}\n.mktoForm fieldset legend{\n.mktoForm input[type=text],\n.mktoForm
input[type=url],\n.mktoForm input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
input[type=number],\n.mktoForm input[type=date]{}\n.mktoForm
input[type=text],\n.mktoForm input[type=url],\n.mktoForm
input[type=email],\n.mktoForm input[type=tel],\n.mktoForm
input[type=number],\n.mktoForm input[type=date],\n.mktoForm
textarea.mktoField,\n.mktoForm select.mktoField {\n  padding:2px 3px;\n}\n\n.mktoForm
input[type=text]:focus,\n.mktoForm input[type=url]:focus,\n.mktoForm
input[type=email]:focus,\n.mktoForm input[type=tel]:focus,\n.mktoForm
input[type=number]:focus,\n.mktoForm input[type=date]:focus,\n.mktoForm
select.mktoField:focus,\n.mktoForm
textarea.mktoField:focus{}\n\n\n\/*mktLPSupport.css *\/\ndiv.boxSpan {\n  overflow:
hidden;\n}\nspan.lpContentsItem.richTextSpan {\n  display:
block;\n}\nspan.lpContentsItem p:first-child{\n  margin-top: 0px;\n}\n\na.lpImageLink
img {\n  border: none;\n}\nform.lpeRegForm {\n  margin: 0px;\n  padding:
0px;\n}\nform.lpeRegForm ul {\n  margin: 0px;\n  padding: 0px;\n  list-style:
none;\n}\nform.lpeRegForm li {\n  margin: 0px;\n  padding: 1px 10px 3px 10px;\n
list-style: none;\n  clear: both;\n}\nform.lpeRegForm label {\n  padding-right:
20px;\n  float: left;\n  text-align: left;\n}\nform.lpeRegForm li.mktLblRight label
{\n  float: none;\n}\nform.lpeRegForm li.mktLblRight input[type='checkbox'] {\n
position: relative;\n  left: -4px;\n}\n\nform.lpeRegForm ul.mktLblCenter label {\n
text-align: right;\n}\nform.lpeRegForm ul.mktLblAbove span.mktInput {\n  clear:
both;\n}\nform.lpeRegForm ul.mktLblAbove label {\n  padding-left:
10px;\n}\nform.lpeRegForm ul.mktLblAbove li.mktFormReq label {\n  background:
url(\/images\/forms\/backRequiredGray.gif) no-repeat -5px 0px;\n}\nform.lpeRegForm
ul.mktLblAbove li#mktFrmButtons label {\n  display: none;\n}\nform.lpeRegForm
li.mktFormReq label {\n  font-weight: bold;\n  background:
url(\/images\/forms\/backRequiredGray.gif) no-repeat right 0px;\n}\nspan.mktError {\n
text-align: left;\n  position: relative;\n}\nspan.mktError input {\n  background:
#ECEFFF;\n}\nspan.mktError span.mktFormMsg {\n  display: inline;\n  position:
absolute;\n  top: 2px;\n  left: 4px;\n  xcolor: #8C8FFF;\n  color: red;\n  font-size:
small;\n  width: 200px;\n}\n\n\/* New shell icons for the landing page editor menu.
Remove these when the landing page editor is full new shell *\/\n.mkiLpeIcon16 a {\n
background-position: 0 !important;\n}\n.mkiLpeFormBlueEdit a {\n  background-image:
url(\/images\/icons16\/form_blue_edit.png) !important;\n  float: none
!important;\n}\n.mkiLpeHandGrab2 a {\n  background-image:
url(\/images\/icons16\/hand_grab2.png) !important; \n  float: none
!important;\n}\n.mkiLpeHardDrive a {\n  background-image:
url(\/images\/icons16\/hard_drive.png) !important;  \n  float: none
!important;\n}\n.mkiLpeDocumentUp a {\n  background-image:
url(\/images\/icons16\/document_up.png) !important;  \n  float: none
!important;\n}\n\n\/* Ideally it is normalized for all the browser\n  but we'll make
it targetted for apple devices. Note that this\n   issue is not applicable for
android devices which is a mobile\n   safari webkit as well *\/\n.mktIpad
span.mktInput input,\n.mktIpod span.mktInput input,\n.mktIphone span.mktInput input
```

{\n margin-bottom: 1px;\n padding: 1px 0;\n}\n/* inline style sheet #12
*\/\n\/*.mktoForm .mktoButtonWrap.mktoPurpleCandy .mktoButton
{\nbackground:#2770a1;\nborder-radius: 3px;\ncolor: #fff;\nfont: bold 12px\/1
\"helvetica neue\", helvetica, arial, sans-serif;\npadding: 10px 0 12px
0;\ntext-align: center;\ntext-shadow: 0 -1px 1px #473569;\nwidth:
150px;\n-webkit-background-clip: padding-box;\nborder:none;\n}\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy .mktoButton:hover {\nbackground:#2770a1;\ncursor:
pointer;\n}\n.mktoForm .mktoButtonWrap.mktoPurpleCandy .mktoButton:active
{\nbackground: #2770a1;\n-webkit-background-clip: padding-box;\n}*\/\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton {background:#2770a1;}\n\n.mktoForm
.mktoButtonWrap.mktoPurpleCandy button.mktoButton:hover {background:#2770a1;}\n\nform
{width:auto !important; margin-left: auto; margin-right: auto}\n.mktoForm
.mktoFieldWrap {width:100%;}\n.mktoForm .mktoOffset {width:0 !important;}\n.mktoForm
.mktoLabel {width:100% !important;}\n.mktoForm .mktoFormCol {margin-bottom:0 !important;
padding-bottom:10px;}\n\n.mktoForm .mktoFormRow {background: #e7f1f8; padding: .25em
0em;}\n\n.mktoButtonRow {background: #e7f1f8; padding: .5em 1.25em 1.25em
!important;}\n.lt-ie9 .mktoForm .mktoButtonWrap.mktoPurpleCandy
.mktoButton{padding:1em !important;}\n.lt-ie9 .mktoForm
.mktoButtonWrap.mktoPurpleCandy .mktoButton:after{display:none;}\n.mktoButtonWrap
.mktoPurpleCandy button[type=submit].mktoButton{border:0; display:inline-block;
float:left; margin-top: 1em; text-align: center; padding: .55em 1em .58em;
color:white; font-family: inherit; border-radius: 4px; font-size: 1.125em;
clear:both; white-space:nowrap;\n  background: #2770a1;\n  background:
-moz-linear-gradient(#2770a1,#184563);\n  background:
-webkit-linear-gradient(#2770a1,#184563);\n  background:
-o-linear-gradient(#2770a1,#184563);\n  background:
linear-gradient(#2770a1,#184563);\n}\n.mktoButtonWrap .mktoPurpleCandy
button[type=submit].mktoButton:after{content: \"\\e601\"; display:inline-block;
font-size:19px; color:#fff; width: 19px; height: 19px; vertical-align: middle;
margin-left: 14px;\nfont-family: 'icomoon'; speak: none;font-style:
normal;font-weight: normal;font-variant: normal;text-transform: none;line-height:
1;-webkit-font-smoothing: antialiased;\n-moz-osx-font-smoothing: grayscale;}\n.form
label .mktoAsterix {float: left !important; padding-left: 0 !important;
padding-right: 4px
!important;}","rows":[[{"Id":3683,"Name":"FirstName","IsRequired":true,"Datatype":"
string","Maxlength":255,"InputLabel":"First
Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
This field is
required."}],[{"Id":3684,"Name":"LastName","IsRequired":true,"Datatype":"string","
Maxlength":255,"InputLabel":"Last
Name","InputInitialValue":"","InputSourceChannel":"constant","ValidationMessage":"
This field is
required."}],[{"Id":3685,"Name":"PostalCode","IsRequired":true,"Datatype":"string","
Maxlength":255,"InputLabel":"Zip","InputInitialValue":"","InputSourceChannel":"
constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
required."}],[{"Id":3682,"Name":"Email","IsRequired":true,"Datatype":"email","
Maxlength":255,"InputLabel":"Email","InputInitialValue":"","InputSourceChannel":"
constant","ValidationMessage":"Must be valid email. \u003Cspan
class='mktoErrorDetail'\u003Eexample@yourdomain.com\u003C\/span\u003E"}],[{"Id":3686,
"Name":"DateofBirth","IsRequired":true,"Datatype":"date","InputLabel":"Date of
Birth","InputInitialValue":"","InputSourceChannel":"constant","ProfilingFieldNumber":
0,"ValidationMessage":"Must be a valid
date."}],[{"Id":3697,"Name":"pPAreaofInterest","IsRequired":true,"Datatype":"radio","
Maxlength":255,"PicklistValues":[{"label":"Recently diagnosed","value":"Recently
diagnosed"},{"label":"Seeking a second opinion","value":"Second
opinion"},{"label":"Seeking preventative and screening
information","value":"Preventative care"},{"label":"Seeking information for a friend,
family member or loved one","value":"Loved one"}],"InputLabel":"What type of
information are you interested
in?","InputInitialValue":"","InputSourceChannel":"constant","ProfilingFieldNumber":0,
"ValidationMessage":"This field is
required."}],[{"Id":3687,"Name":"HtmlText_2014-12-08T19:15:46.945Z","Datatype":"
htmltext","InputInitialValue":"","LabelWidth":260,"ProfilingFieldNumber":0,"Htmltext"
:"\u003Chr style=\"color: #75797c; border-top: 2px dotted #75797C; background:
#e7f1f8; margin-bottom: 0;\"
\/\u003E","IsLabelToLeft":true}],[{"Id":3688,"Name":"hGOptIn","Datatype":"checkbox","
PicklistValues":[{"label":"Yes, I would like to receive additional information from
Cleveland

53554… Clinic","Value":"yes"}]},"InputLabel":"","InputInitialValue":"","InputSourceChannel":
…  "constant","ProfilingFieldNumber":0,"ValidationMessage":"This field is
…  required."}],[{"Id":3694,"Name":"cSCustomerRating","Datatype":"hidden","Maxlength":
…  255,"InputLabel":"cSCustomerRating:","InputInitialValue":"Colon Cancer Treatment
…  Guide","InputSourceChannel":"constant","InputSourceSelector":"","ProfilingFieldNumber
…  ":0,"DisablePrefill":true},{"Id":3695,"Name":"csOrderNum","Datatype":"hidden","
…  Maxlength":255,"InputLabel":"csOrderNum:","InputInitialValue":"LF-03-0016-ColonCancer
…  ","InputSourceChannel":"constant","InputSourceSelector":"_mkto_trk","
…  ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":3689,"Name":"utmcampaign","
…  Datatype":"hidden","Maxlength":255,"InputLabel":"utm_campaign:","InputInitialValue":"
…  ","InputSourceChannel":"url","InputSourceSelector":"utm_campaign","
…  ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":3693,"Name":"utmterm","Datatype"
…  :"hidden","Maxlength":255,"InputLabel":"utm_term:","InputInitialValue":"","
…  InputSourceChannel":"url","InputSourceSelector":"utm_term","ProfilingFieldNumber":0,"
…  DisablePrefill":true},{"Id":3692,"Name":"utmsource","Datatype":"hidden","Maxlength":
…  255,"InputLabel":"utm_source:","InputInitialValue":"","InputSourceChannel":"url","
…  InputSourceSelector":"utm_source","ProfilingFieldNumber":0,"DisablePrefill":true},{"
…  Id":3690,"Name":"utmcontent","Datatype":"hidden","Maxlength":255,"InputLabel":"
…  utm_content:","InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector"
…  :"utm_content","ProfilingFieldNumber":0,"DisablePrefill":true},{"Id":3691,"Name":"
…  utmmedium","Datatype":"hidden","Maxlength":255,"InputLabel":"utm_medium:","
…  InputInitialValue":"","InputSourceChannel":"url","InputSourceSelector":"utm_medium","
…  ProfilingFieldNumber":0,"DisablePrefill":true}],[{"Id":3696,"Name":"firstFormFill","
…  Datatype":"hidden","InputLabel":"First Form Fill:","InputInitialValue":"2016-09-19
…  15:29:38","InputSourceChannel":"constant","InputSourceSelector":"","
…  ProfilingFieldNumber":0,"DisablePrefill":true}]],"fieldsetRows":[],"action":"\/index.
…  php\/leadCapture\/save","munchkinId":"434-PSA-612"};
53555    MktoForms2.setOptions({baseUrl:"/js/forms2/"});
53556    var isDev = false;
53557    if(isDev && window.console && window.JSON){
53558        console.log(JSON.stringify(formDescriptor, null, "  "));
53559    }
53560    var form = MktoForms2.newForm(formDescriptor, function (form){
53561        var lpFields =
…  {"lpId":1677,"subId":68,"munchkinId":"434-PSA-612","lpurl":"\/\/pages.clevelandclinic
…  .org\/colon-cancer-index.html?cr={creative}&kw={keyword}"};
53562        var pageFields = MktoForms2.getPageFields();
53563        form.addHiddenFields(lpFields);
53564        form.addHiddenFields(pageFields);
53565        if(window.mktoPreFillFields){
53566            form.setValuesCoerced(mktoPreFillFields);
53567        }
53568        if(!form.EnableDeferredMode){
53569            form.render();
53570        }
53571    });
53572   })()
53573 </script>
53574
53575 <noscript>
53576   <form class='mktoForm mktoNoJS' action='/index.php/leadCapture/save' method='post'>
53577        <div class='mktoFormRow'>
53578            <div class='mktoFormCol'>
53579                <label class="mktoLabel" for='FirstName'>
53580                First Name             </label>
53581                <input type="text" class='mktoField mktoTextField' name='FirstName'
…  id='FirstName'>
53582            </div>
53583        </div>
53584        <div class='mktoFormRow'>
53585            <div class='mktoFormCol'>
53586                <label class="mktoLabel" for='LastName'>
53587                Last Name             </label>
53588                <input type="text" class='mktoField mktoTextField' name='LastName'
…  id='LastName'>
53589            </div>
53590        </div>
53591        <div class='mktoFormRow'>

Page 1751

```
53592              <div class="mktoFormCol">
53593                 <label class="mktoLabel" for='PostalCode'>
53594                    Zip:              </label>
53595                 <input type="text" class='mktoField mktoTextField' name='PostalCode'
…  id='PostalCode'>
53596              </div>
53597           </div>
53598           <div class='mktoFormRow'>
53599              <div class='mktoFormCol'>
53600                 <label class="mktoLabel" for='Email'>
53601                    Email             </label>
53602                 <input type="text" class='mktoField mktoTextField' name='Email'
id='Email'>
53603              </div>
53604           </div>
53605           <div class='mktoFormRow'>
53606              <div class='mktoFormCol'>
53607                 <label class="mktoLabel" for='DateofBirth'>
53608                    Date of Birth            </label>
53609                 <input type="text" class='mktoField mktoTextField' name='DateofBirth'
id='DateofBirth'>
53610              </div>
53611           </div>
53612           <div class='mktoFormRow'>
53613              <div class='mktoFormCol'>
53614                 <label class="mktoLabel" for='pPAreaofInterest'>
53615                    What type of information are you interested in?          </label>
53616                 <input type="text" class='mktoField mktoTextField'
name='pPAreaofInterest' id='pPAreaofInterest'>
53617              </div>
53618           </div>
53619           <div class='mktoFormRow'>
53620              <div class='mktoFormCol'>
53621                 <label class="mktoLabel" for='hGOptIn'>
53622                               </label>
53623                 <input type="text" class='mktoField mktoTextField' name='hGOptIn'
…  id='hGOptIn'>
53624              </div>
53625           </div>
53626           <div class='mktoFormRow'>
53627              <div class='mktoFormCol'>
53628                 <label class="mktoLabel" for='cSCustomerRating'>
53629                    cSCustomerRating:         </label>
53630                 <input type="text" class='mktoField mktoTextField'
name='cSCustomerRating' id='cSCustomerRating'>
53631              </div>
53632           </div>
53633           <div class='mktoFormRow'>
53634              <div class='mktoFormCol'>
53635                 <label class="mktoLabel" for='csOrderNum'>
53636                    csOrderNum:        </label>
53637                 <input type="text" class='mktoField mktoTextField' name='csOrderNum'
id='csOrderNum'>
53638              </div>
53639           </div>
53640           <div class='mktoFormRow'>
53641              <div class='mktoFormCol'>
53642                 <label class="mktoLabel" for='utmcampaign'>
53643                    utm_campaign:          </label>
53644                 <input type="text" class='mktoField mktoTextField' name='utmcampaign'
id='utmcampaign'>
53645              </div>
53646           </div>
53647           <div class='mktoFormRow'>
53648              <div class='mktoFormCol'>
53649                 <label class="mktoLabel" for='utmterm'>
53650                    utm_term:          </label>
53651                 <input type="text" class='mktoField mktoTextField' name='utmterm'
```

```
53651     id='utmterm'>
53652                </div>
53653              </div>
53654              <div class='mktoFormRow'>
53655                <div class='mktoFormCol'>
53656                  <label class="mktoLabel" for='utmsource'>
53657                    utm_source:          </label>
53658                  <input type="text" class='mktoField mktoTextField' name='utmsource'
…     id='utmsource'>
53659                </div>
53660              </div>
53661              <div class='mktoFormRow'>
53662                <div class='mktoFormCol'>
53663                  <label class="mktoLabel" for='utmcontent'>
53664                    utm_content:           </label>
53665                  <input type="text" class='mktoField mktoTextField' name='utmcontent'
…     id='utmcontent'>
53666                </div>
53667              </div>
53668              <div class='mktoFormRow'>
53669                <div class='mktoFormCol'>
53670                  <label class="mktoLabel" for='utmmedium'>
53671                    utm_medium:           </label>
53672                  <input type="text" class='mktoField mktoTextField' name='utmmedium'
…     id='utmmedium'>
53673                </div>
53674              </div>
53675              <div class='mktoFormRow'>
53676                <div class='mktoFormCol'>
53677                  <label class="mktoLabel" for='firstFormFill'>
53678                    First Form Fill:           </label>
53679                  <input type="text" class='mktoField mktoTextField' name='firstFormFill'
…     id='firstFormFill'>
53680                </div>
53681              </div>
53682           <span style="display:none;"><input type="text" name="_marketo_comments"
…     value=""></span>
53683           <span class='mktoButtonWrap'><button type='submit'
…     class='mktoButton'>Submit</button></span>
53684           <input type="hidden" name="lpId" value="1677" />
53685           <input type="hidden" name="subId" value="68" />
53686           <input type="hidden" name="lpurl"
…     value="//pages.clevelandclinic.org/colon-cancer-index.html?cr={creative}&amp;kw={
…     keyword}" />
53687           <input type="hidden" name="formid" value="1109" />
53688           <input type="hidden" name="ret" value="" />
53689           <input type="hidden" name="munchkinId" value="434-PSA-612"/>
53690           <input type="hidden" name="kw" value=""/>
53691           <input type="hidden" name="cr" value=""/>
53692           <input type="hidden" name="searchstr" value=""/>
53693           <input type="hidden" name="_mkt_disp" value="return"/>
53694           <input type="hidden" name="_mkt_trk" value=""/>
53695        </form>
53696     </noscript>
53697
53698     </span></div>
53699     </div>
53700                          <!--.form-->
53701                          <div class="privacy mktoText" id="CCF-Privacy"><span
…     class="icon-lock"></span><a
…     href="http://my.clevelandclinic.org/about-cleveland-clinic/about-this-website/privacy
…     -security" target="_blank"> We value your privacy</a>.<br> (<span
…     class="mktoAsterix">*</span>) required fields<br> Your guide will also be sent to
…     your email.</div>
53702                          </div>
53703                          <!--.secondary-->
53704                          <div class="main">
53705                              <div class="mktoText" id="CCF-Main"><p><strong>Being
```

```
53705…  diagnosed with colon or rectal cancer raises many questions It is important to learn
  …     and understand all the available treatment options for you to take control of your
  …     health.</strong></p>
53706   <p>Download our free colon and rectal cancer treatment guide to learn more
  …     about:</p></div>
53707                           <div class="mktoText guideCover"
  …     id="CCF-Guide-Area"><figure><img src="/rs/434-PSA-612/images/colon-guide-cover.jpg"
  …     alt="Colon &amp; Rectal Cancer Treatment Guide" /></figure>
53708   <ul>
53709   <li>The stages of colon and rectal cancer</li>
53710   <li>The latest treatment options</li>
53711   <li>What you need to know about surgery</li>
53712   <li>Clinical research studies and trials</li>
53713   <li>Individualized patient support services</li>
53714   <li>MyConsult, our online medical second opinion service</li>
53715   </ul></div>
53716                           <div id="ccfAdditionalText">
53717                               <div class="mktoText guideCover"
  …     id="CCF-Additional-Text-Area">
53718                                   <p>
53719                                       Area for additional content if necessary
53720                                   </p>
53721                               </div>
53722                           </div>
53723
53724                           <div class="clear"></div>
53725                           <div class="callout" id="CCF-Callout1">
53726                               <div class="mktoImg mktoGen" id="mkto_gen_Callout1-Img">
53727                                   <img src="/rs/434-PSA-612/images/CC-LP-calendar.png"
  …     id="Callout1-Img">
53728                               </div>
53729                               <div class="text  mktoText" id="Callout1-Txt"><h2>Request
  …     an Appointment</h2>
53730   <p>To schedule an appointment with a Cleveland Clinic cancer specialist, please call
  …     our Cancer Answer Line at <strong>866.223.8100.</strong></p></div>
53731                           </div>
53732                           <!--.callout-->
53733                           <div class="callout" id="CCF-Callout2">
53734                               <div class="mktoImg mktoGen" id="mkto_gen_Callout2-Img">
53735                                   <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
  …     id="Callout2-Img">
53736                               </div>
53737
53738                               <div class="text mktoText" id="Callout2-Txt"><h2>Did You
  …     Know?</h2>
53739   <p>Cleveland Clinic is ranked #2 in the nation in Gastroenterology and #1 in Ohio for
  …     Cancer by <em>U.S. News and World Report.</em> </p></div>
53740                           </div>
53741                           <div class="callout" id="CCF-Callout3">
53742                               <div class="mktoImg mktoGen" id="mkto_gen_Callout3-Img">
53743                                   <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
  …     id="Callout3-Img">
53744                               </div>
53745                               <div class="text  mktoText" id="Callout3-Txt">
53746                                   <h2>Request an Appointment</h2><p>To schedule an
  …     appointment with one of our specialists</p>
53747                               </div>
53748                           </div>
53749                           <!--.callout-->
53750                           <div class="callout" id="CCF-Callout4">
53751                               <div class="mktoImg mktoGen" id="mkto_gen_Callout4-Img">
53752                                   <img src="/rs/434-PSA-612/images/CC-LP-didYouKnow.png"
  …     id="Callout4-Img">
53753                               </div>
53754                               <div class="text mktoText" id="Callout4-Txt">
53755                                   <h2>Did You Know?</h2><p>Decima nulla euismod ut
  …     feugiat dolore. Nisl lobortis nunc ii suscipit dolore.</p>
53756                               </div>
```

```
53757                    </div>
53758
53759                    <!--.callout-->
53760                </div>
53761                <!--.main-->
53762            </div>
53763            <!--.content -->
53764            <div class="gradientBar bot"></div>
53765        </div>
53766        <!--.container-->
53767
53768        <!-- Go to www.addthis.com/dashboard to customize your tools -->
53769        <script type="text/javascript"
      src="http://s7.addthis.com/js/300/addthis_widget.js#pubid=ra-545d17fd423d6d18"
      async="async"></script>
53770        <script
      src="http://ajax.googleapis.com/ajax/libs/jquery/1.10.2/jquery.min.js"></script>
53771        <script>window.jQuery || document.write('<script
      src="/rs/hilemancleveclinic/images/jquery-1.10.2.min.js"><\/script>')</script>
53772
53773        <!-- PLACE AT FOOTER | Clear Sale | test:4015047 live:4014313 -->
53774        <script language="javascript"
      src="https://dsa.csdata1.com/data/js/4014313/csgather.js"></script>
53775        <script
      src="/rs/hilemancleveclinic/images/clearsaleing-for-marketo.js"></script>
53776        <script>
53777            jQuery(function($){
53778                $("#mktFrmSubmit").wrap("<div
      class='buttonSubmit'></div>");
53779                $(".buttonSubmit").prepend("<span></span>");
53780            });
53781        </script>
53782
53783    <script type="text/javascript"
      src="//munchkin.marketo.net//munchkin.js"></script><script>Munchkin.init('434-PSA-612
      ', {customName: 'colon-cancer-index', wsInfo: 'jExNcA%3D%3D'});</script>
53784        </body>
53785    </html>
53786
53787 ************************************************
53788 The following data is from ctmc_org-20160913-customhead_js.txt
53789 ************************************************
53790 if (window.location.host.indexOf('keepingyouwell.com') > 0) {
53791 document.write('<!--Start of DoubleClick Floodlight Tag: Please do not remove
      Activity name of this tag: Adventist Homepage URL of the webpage where the tag is
      expected to be placed: http://www.keepingyouwell.com/ This tag must be placed between
      the <body> and </body> tags, as close as possible to the opening tag.Creation Date:
      07/21/2016 -->');
53792 document.write('<script type="text/javascript">var axel = Math.random() + "";var a =
      axel * 10000000000000;<iframe
      src="https://5819737.fls.doubleclick.net/activityi;src=5819737;type=count0;cat=adven0
      ;dc_lat=;dc_rdid=;tag_for_child_directed_treatment=;ord="+a+"?" width="1" height="1"
      frameborder="0"  style="display:none"></iframe></script>');
53793 document.write('<noscript><iframe
      src="https://5819737.fls.doubleclick.net/activityi;src=5819737;type=count0;cat=adven0
      ;dc_lat=;dc_rdid=;tag_for_child_directed_treatment=;ord=1?" width="1" height="1"
      frameborder="0" style="display:none"></iframe></noscript>');
53794 document.write('<!-- End of DoubleClick Floodlight Tag: Please do not remove -->');
53795 } else if (window.location.host.indexOf('ctmc.org') > 0) {
53796    document.write('<script type="text/javascript"><!-- vs_account_id      =
      "CtjSZ1TKpV15BQCa";//--></script><script type="text/javascript"
      src="//adtrack.cmgdigital.com/euinc/number-changer.js"></script><noscript><iframe
      src="//www.googletagmanager.com/ns.html?id=GTM-M5FMJH"height="0" width="0"
      style="display:none;visibility:hidden"></iframe></noscript>');
53797
53798 document.write("<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':new
      Date().getTime(),event:'gtm.js'});var
      f=d.getElementsByTagName(s)[0],j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.
```

```
53797… async=true;j.src="//www.googletagmanager.com/gtm.js?id="+i+dl;f.parentNode.
…     insertBefore(j,f);})(window,document,'script','dataLayer','GTM-M5FMJH');</script>");
53798 }
53799
53800 ****************************************************
53801 The following data is from ctmc_org-20160913-gtm_js_id_GTM-M5FMJH 2.txt
53802 ****************************************************
53803 // Copyright 2012 Google Inc. All rights reserved.
53804 // Container Version: 12
53805 (function(w,g){w[g]=w[g]||{};})(window,'google_tag_manager');(function(){
53806
53807
53808
53809
53810 var Ba=this,Ca=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a)if(a
…     instanceof Array)return"array";if(a instanceof Object)return b;var
…     c=Object.prototype.toString.call(a);if("[object
…     Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
…     a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
…     a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
…     Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
…     a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
…     return"null";
53811 else if("function"==b&&"undefined"==typeof a.call)return"object";return
…     b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
…     function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
53812  jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
53813 var Ea=/\[object
…     (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
…     return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
…     b?b[1].toLowerCase():"object"},Ga=function(a,b){return
…     Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
…     (a)||a.nodeType||a==a.window)return!l;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
…     (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
…     a);return void 0===
53814 b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
…     a)if(Ga(a,d)){var
…     e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])||
…     |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
…     pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
…     Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
…     sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
…     Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
…     yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
…     ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
…     Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
…     de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
…     Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
53816 (function(return(a){var a=return{toString:function(){return
…     a}}};Oa=a("");Pa=a("");Qa="";Ra=a("");Sa=a("");Ta=a("");Ua=a("");Va=a("");Wa=a("");Ya
…     =a("");Za=a("");$a=a("0");ab=a("1");bb=a("");cb=a("");db=a("");
53817 eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
…     ("");qb=a("");rb=a("");sb=a("");tb=a("");
53818 ub=a("");vb=a("");wb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("2");Cb=a("");Db=
…     a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
53819 Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("3");Tb=a("");Ub=a("");Vb=a("");Wb=a("");Xb=
…     a("");Yb=a("");Zb=a("");$b=a("");ac=a("");bc=a("");cc=a("");dc=a("");
53820 ec=a("");fc=a("");gc=a("");hc=a("");ic=a("");jc=a("");kc=a("");lc=a("");mc=a("");nc=a
…     ("");oc=a("");pc=a("");qc=a("");rc=a("");sc=a("");tc=a("");
53821 uc=a("");vc=a("");xc=a("");yc=a("");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a("");Ec=a
…     ("");Fc=a("");Gc=a("4");Hc=a("");Ic=a("13");Jc=a("14");Kc=a("");Lc=a("");
53822 Mc=a("5");T=a("6");Nc=a("");Oc=a("");Pc=a("");Qc=a("");Rc=a("7");Sc=a("");Tc=a("");Uc
…     =a("");Vc=a("");Wc=a("");Xc=a("8");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("");cd=a(
…     "");dd=a("");
53823 ed=a("");fd=a("");gd=a("");hd=a("");id=a("");jd=a("");kd=a("");ld=a("");md=a("9");nd=
…     a("");qd=a("");td=a("");ud=a("");vd=a("");wd=a("");xd=a("");yd=a("");zd=a("");Ad=a("")
…     );Bd=a("");
53824 Cd=a("");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld=a
```

```
53824  ("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("")
       ;
53825  Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
       ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
53826  ke=a("11");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
       =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
53827  Be=a("");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(""
       );Le=a("");Me=a("");Ne=a("");Oe=a("");Pe=a("");Qe=a("");Re=a("");
53828  Se=a("");Te=a("");Ue=a("12");Ve=a("");We=a("");Xe=a("");Ye=a("");Ze=a("")})();var
       $e=function(){},N=function(a){return"function"==typeof
       a},af=function(a){return"[object
       Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
       (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
       prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
       d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
       a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
       Math.round(Number(a))||0},ha=function(a){return"false"==
53829  String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
       c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
       Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
       Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
       hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
       function(a){return
       this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
       0!==this.get(a)};
53830  var jf=function(a,b,c){try{if(!a[gd])return
       a[Gc](a,b||$e,c||$e);c&&c()}catch(d){}return!1},kf=function(a,b){function
       c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
       d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
       f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
       function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(){return
       function(){return a("GTM-M5FMJH")}},nf=function(a){for(var
       b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
53831  of++},ma=function(a,b,c){return
       a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a){a.prototype["gtm_proxy_"+b]=a.
       prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
       0!==a.length},rf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
       c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a){a.sort(function(a,d
       ){return b(a,d)?-1:b(d,a)?1:0})};var
       H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
       0===d||c?b:d;return
       H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
       a){var
       b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
       ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
       .readyState
       in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
       d=R.createElement("script");d.type="text/javascript";
53832  d.async=!0;d.src=a;oa(d,b);c&&c.onerror=c;wf(d);return d},da=function(a,b){var
       c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
       visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
       c},G=function(a,b,c){var d=new
       Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
       null;c&&c()};d.src=a},U=function(a,b,c){a.addEventListener?a.addEventListener(b,c,!
       !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
53833  0)},ra=!1,sa=[],xf=function(a){if(!ra){var
       b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
       |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
       e=0;e<sa.length;e++)sa[e]()}sa=null}}sa.push=function(){for(var
       a=0;a<arguments.length;a++)w(arguments[a]);return
       0}}},Ef=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
       xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
       b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
       c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
53834  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
       a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
       a.target||a.srcElement||{}},wa=function(a){var
       b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
```

```
53834  b=b.lastChild,c=[];76:firstChild||b.push(b.removeChild(b.lastChild))}return
       c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
       e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
       String(e.tagName).toLowerCase()]&&
53835  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
       a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
       b=a.location.href,c=b.indexOf("#");return
       0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
       console.log(a)};var Of=function(a,b,c,d,e){var
       f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
       switch(b){case "protocol":f=g;break;case
       "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
       h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
       "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
       "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
53836  l]}&&(k[k.length-1]="");f=k.join("/");break;case
       "query":f=a.search.replace("?","");if(e)a:{for(var
       m=f.split("&"),l=0;l<m.length;l++){var
       n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
       ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
       0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
       f},Pf=function(a){var
       b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
       b},xa=function(a){var b=R.createElement("a");
53837  a&&(b.href=a);return b};var ca=function(a,b){var
       c=function(){};c.prototype=a.prototype;var d=new
       c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
       b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
       c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
       e=b[d]&&b[d].toLowerCase();if(e){var
       f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
       return!0}}return!1},ga=function(a,b,c){for(var
       d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
       &(d(a[f][b])=a[f][c],e=!0);return e?d:null};var
       aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
       0===C[a]||c&&!C[a])&&(C[a]=b)},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
       hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
       J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
       c=Rf,d=a.split(".");e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
       c}return Qf.get(a)},Sf=function(a,b){for(var
       c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
       c};var Uf=new
       RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
       customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
       nonGooglePixels","nonGoogleScripts"],customScripts:["html","
       customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
       nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
       nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts",
       customScripts:["html"],nonGooglePixels:["customPixels",
53838  "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
       customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
       Xf=function(a,b){for(var
       c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
       c},Yf=function(){var a=J("gtm.whitelist");
53839  var
       b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
       &H.location.hostname)&&(c=Xf(c),c.push("nonGooglePixels","nonGoogleScripts"));var
       d=c&&Xf(ff(c),Wf),e={};return function(f){var g=a&&f[Gc]if(!g)return!0;if(void
       0!==e[g.a])return e[g.a];var h=!0;if(a){var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
53840  g.b[k]))){h=!1;break a}else{h=!1;break a}h=!0}var m=!1;if(c){var
       l;if(l(l=0<=df(d,g.a))a:{for(var n=g.b||[],q=new
       hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
       break a}l=!1}m=l}return e[g.a]=h||m}};var tf=function(a){var b=R;return
       Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
       ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
```

```
53840   cacgra()||var zi=$f;var dg=void 0(g=void 0,_et=function(a){var
        b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
        {var f;if(c){var g=c.innerText||c.textContent||"";g&&
        "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
        \t)/g,"  "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
        b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
        b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(a);return
        b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
        La};_e.a="e";_e.b=["google"];var
        fg=/(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
        (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
        e=b[d].split("=");f=ef(e[0]);if(f&&f==a){var
        g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
        c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
        1;var f=a+"="+b+"  ";c&&(f+="path="+c+"  ");e&&(f+="expires="+e.toGMTString()+";
        ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
53841   R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
        0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
        b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
        indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
        var
        a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
        none"];for(var
        b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
        lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
        a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a};var
        mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
        ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
        c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
        W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
        hf},rg=function(a,b,c){b&&a.B.set(b,(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
        )))},sg=function(a,b){for(var
        c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
        c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(){for(var
        b=[],c=0;c<a.h.length;c++){var d=
53842   a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
        b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
        864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
        a=[],b=0;b<this.h.length;b++){var
        c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
        +"."+a.join("!")};
53843   var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
        g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
        length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
        hg("_gaexp",a.toString(),a.W,a.da,c);for(var
        h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
        lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},og=function(a
        ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
        g=wg(a,d[f]);g&&e.push(g)}sf(e,
53844   function(a,d){var e=a.D,f=d.D;return
        e.f==f.f&&e.j==f.j?1:e.f<e?2!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
        =b?!1:e.j==c?f.f&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
        .length?e[0].D:new
        lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
        c=b.match(/GAX1\.(.^.]+)\.(.*)/);if(c){var d;a:{var
        e=(c[1]||"").split("-");if(!(0<=e.length||2<e.length)){var
        f=ef(e[0]);if(0!=f.length){var g2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
        lg(O(f),O(g)):void 0;
53845   break a}}d=void 0}if(d){for(var h=new
        ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
        l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
        mg(l[2],O(l[1])))}}return h}}};var _v=function(a){var
        b=J(a[md].replace(/\\\./g,".")),a[Ub]);return void
        0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _f=function(a){var
        b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
        b};_f.a="f";_f.b=["google"];var ea=function(a){var
        b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
        d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);a[Bb]&&(f=Of(b,a[Bb],a[ee],a[ac],a[Sd
```

Page 1759

```
53845 ])};return f},_u=a(_ta=_u);_ab=["google"]);var _eq=function(a){return
      String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
      _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
      0)).test(a[$a])};_re.a="re";_re.b=["google"];
53846 var Gg=!1,Hg=[],Ig=function(a){var
      b=H.google_trackConversion,c=a.ght_onFailure;N(b)?b(a)||c():c()},Jg=function(){for(;0
      <Hg.length;)Ig(Hg.shift())},_awct=function(a,b,c){var
      d={google_conversion_id:a[T],google_conversion_label:a[Xc],google_conversion_value:a[
      Ue]||0,google_remarketing_only:!1,onload_callback:b,gtm_onFailure:c};a[Qb]&&(d.
      google_conversion_currency=a[Qb]);a[Ad]&&(d.google_conversion_order_id=a[Ad]);Hg.push
      (d);Gg`||(Gg=!0,r("//www.googleadservices.com/pagead/conversion_async.js",function(){
      Jg();
53847 Hg={push:Ig}},function(){Jg()(Gg=!1)}))};_awct.a="awct";_awct.b=["google"];var
      Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
      Ng=$e,Og=[],Pg=!1,Qg=function(){return H["dataLayer"].push(a)},Rg=function(a){var
      b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
      a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
      if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
      d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
      0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}else{var k=b,m=void
      0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
53848 n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
      0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){var
      x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
      z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
      eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
53849 La=null;a=q||!a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
      b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-M5FMJH"]&&b.end){b["GTM-M5FMJH"]=!1;var
      c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
53850 b.end=null)}}catch(e){}return a}var
      Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
      function(c){c=c||H.event;var
      d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
      e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
      shiftKey||c.altKey||!0===c.metaKey);var
      f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
      d){var
      g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}else{if(d){var
      g={},k,m=dh(f,
53851 ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
      |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&&&k|e;g.simulateDefault&e(e=gh(d,g)||e,
      !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
      c.returnValue}return!0}}}},eh=function(a,b,c,d,e){var
      f=d||2E3,g=c?{"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
      ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
      "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
53852 "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
      .eventReporter=function(a){c.eventReport=a};break;case
      "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
      (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
      eventReport=a};break;case
      "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
      formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
      default:return!0}return Qg(g)},
53853 jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
      b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
      "a":case "area":case "form":b="_self"}return b},gh=function(a,b){var
      c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
      "":case "_self":case "_parent":case "_top":var
      f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
      "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
53854 "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
      default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
      =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
      function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
      c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}},kh=function(a,b,
      c){return function(){if(b.simulateDefault)if(b.targetWindow){var
      d;b.targetWindowName&&
```

```
53855  (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0,nh(a).call(a);b.
   …  targetWindowName&&(a.target=d))else
   …  c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
   …  {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
   …  e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
   …  f=e;if(!f||"0"==f){if(a.l)return;a.l=!0;f="0"}var
   …  g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
   …  ){if(b.wnc["0"]||b.wc["0"])return!0;
53856  for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
   …  d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
   …  f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
   …  a,b,c,d,e){var f,g,h=!1;switch(a){case
   …  "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
   …  function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
   …  "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location);nh($g,b||!1,c||!1,d,e);if(R.
   …  gtmHasClickListenerTag)return;
53857  R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
   …  "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
   …  gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
   …  h)},ch=function(a){if(!Zg)return!0;var
   …  b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
   …  Zg==Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
   …  a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
   …  a.gtmReplacedFormSubmit;
53858  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
   …  R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
   …  xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
   …  c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
   …  c.join("")}};yh.prototype.toString=function(){return
   …  this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
   …  zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
   …  b=a?0:1;return function(){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
   …  Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
   …  a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
   …  Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
   …  V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
   …  "]=function(){};var Jh=function(a,b){var c=Ih;return
   …  Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
   …  Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
   …  .toLowerCase().indexOf("webkit")&&!V("Edge"));
   …  Oh=Nh&&!(V("Trident")||V("MSIE")&&!V("Edge")),Ph=-1!=Eh.toLowerCase().indexOf("webkit
   …  ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
   …  Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
   …  )&&V("iPod")||V("iPad");V("iPad");V("iPod");
53859  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
   …  Th="",Uh=function(){var
   …  a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
   …  if(Lh)return/\b(?:MSIE|rv)[:
   …  ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
   …  )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
   …  Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
53860  var Wh=Sh,Ih={},Xh=function(){return Jh(a,function(){for(var
   …  b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
   …  length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
   …  k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
   …  if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
   …  1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
   …  3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document,
53861  Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
   …  $h;if(!($h=!Oh&&!Lh)){var
   …  ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
   …  va=function(a,b){var
   …  c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
   …  var d="<!DOCTYPE html><html><head><script>var
   …  inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
   …  if(di){var
   …  e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
   …  ei(a,d)},ci=Ph&&"srcdoc"in
```

```
53861  document.createElement("iframe"),di=Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
       Xh(10)&&6>fi()&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
53862  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
       ,c):c()},fi=function(){var
       a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
       a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
       d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
       b}catch(e){}d=!1}b=d}catch(e){b=!1}return
       b}catch(e){return!1}},ji=0,ii=function(a,b){var
       c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
       {document.domain = \""+
53863  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
       null;continuation();})()\x3c/script>'"},gi=function(a){for(var
       b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
       b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
       String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));l=b.length%2&&(d[c]=b
       .charAt(b.length-1));return d.join("")};/*
53864   Copyright (c) 2014 Derek Brans, MIT license
       https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
       simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
53865
53866  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
       e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
       gtmscript"==e.type){var
       g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
53867  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){w(d)}};var ni=function(a,b,c){if(R.body){var d=
53868  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
       a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
       H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
       customScripts"];
53869  var zi=function(a,b,c,d){var e=b+": "+c+(d?
       !important":""),f=document;if(f.createStyleSheet){var
       g=wi(f),h=g.rules.length;g.addRule("x","-",h)}}var
       function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
       k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
       function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
       b=a.styleSheets.length-1;0<=b;b--){var
       c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
       return Ai?c>0==a.styleSheets.length&&
53870  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
       c=(b||document).createElement("style");void
       0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
       c=b||document,d=c.getElementsByTagName("head")[0]||d||(d=c.createElement("head"),c.
       body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
       0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
       0,Ca:!1},Hi[a]=b);return b},Ii=b},Li=function(a,b,c,d){var e=Ii;if(!Zf||!!e)return!1;var
       f={id:e.id#":"+e.u.length,eb:b;R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
       null==a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
       b=zi(a,"visibility","hidden",!0);return
       function(){N(b)&&b.apply();p=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
       f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
53871  c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
       c=a.u[b];d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
       .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
       Ki(a)})}),U(R,"DOMContentLoaded",a.ya))):Pi(a)}},Pi=function(a){for(var
       b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
       d=tf(c.F.w)||[],e=0;e<d.length;e++){var
       f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
       Ri(f,c.id)))}}},Oi=
53872  function(a,b){var c=[];if(b.F)var
       d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
       g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
```

```
53872    .na'o))))break;c.push({element:g,Lb:n}))}if(!e&&v.za&&(!a||null==b.f.o||b.F.o!=b.qa+c
         .length))return!1;for(var k=0;k<c.length;k++){var
         m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
         q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
53873    b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
         gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
         function(){a.gtmProgressiveApplied&&delete
         a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
         c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
         f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
         ;d.push(f)}}return
         d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
         return!1};var Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return
         function(){}};var Kj=function(a){var
         b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
         b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};var
         gk=58,hk=[],ik=[],jk=[],kk=new
         hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
         this.I.push([a,b]);return this};mk.prototype.resolve=function(a,b){for(var
         c={},d=0;d<this.I.length;d++){var
         e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
         ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
         c=jk[this.index];if(c&&!b(c)){var
         d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
         jf(c)}};
53874    var _M=function(a){return new
         ok(a)},pk=function(a){this.resolve=function(b,c){for(var
         d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
         e?new yh(d):d.join("")}},_T=function(a){return new
         pk(arguments)},qk=function(a){function b(b){for(var
         c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
53875    function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
         e;var
         f=ka();kk.set(f,e);return'google_tag_manager["GTM-M5FMJH"].macro(\''+f+'")'}for(var
         e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
         qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
         rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
         pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
53876    [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
         d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
         d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
         pk||c instanceof rk)d=c;else if(af(c))for(var
         d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
         mk,f;for(f in c)c.hasOwnProperty(f)&&(d[f]=sk(c[f],b))}return
         d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
         c=c[d]=c[d].split(":");
53877    0==a&&(e[1]=hk[e[1]]);if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
         h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);
         if(4==a)for(g=0;2>g;g++)if(e[g])e[g]=e[g].split(".");for(var
         k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
         c},tk=function(a){var b=[];if(!a)return b;for(var
         c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&a.charCodeAt(d)||65;if(65!=e){var
         f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:
53878    62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
         );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
53879    var
         Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
         Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
         b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
         .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la);rf(b,1);if(Na[a])for(var
         e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
         c=b.s.event,d=b.g;}b.complete||
53880    nf(b.fa);rf(b,2);if(Na[a])for(var
         e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
         Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
         =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
         function(a){this.wa.push(a)};
53881    var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
```

```
53881  0==c&&(f=[]);void
       0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
       .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
       g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
       ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){
       var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
       rk&&a[g].v===
53882  d||a[g]===d){f=g;break
       a}f=-1}c||0>f||(("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
       splice(f,1),1==a.length&&(c=!0,b())):c=!0)})},Rk=function(a,b){var
       c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
       k=Pk(b,!0);0<k.length&&e(k[0].v)}},a.push(f);var l=Pk(b,!1);0<l.length&&(l[0].v)}else
       d=
53883  !0};e(b);if(!d)for(var f=0;f<c.length;f++){var
       g=c[f],h=Pk(g.g,!0);if(0<h.length){var
       k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
       l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}}a.Fa.push(c)}},Pk
       =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
       af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
       b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
       b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
53884  f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
       d=a[c],g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
       b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
       c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state;f=d?void
       0!==d:b.Va||!b.dd;g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
       0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
       0;a=Uk(a,m?m.c:Yf());if(m){var l=a=Fk(m,c)}jf(a,b.O,b.N)}else
       h&&0===e||k&&0==d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}}},Uk=function(a,b){a=nk(a
       ,new hf,b);return a},Ok=function(a,b,c){var d=new
       Hk(b);d.s=c;Ik(d,g);Jk(d,hj(a));d.A=Vk(a,d);return d};var
       _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
       function(){var
       d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
       a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
       c():c()},c)};_sp.a="sp";_sp.b=["google"];var $k,al;var j=!1;var kl=function(){var
       a=[];return function(b,c){if(void 0===a[b]){var d=lk[b]&&nk(lk[b],new
       hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
       f=d[ab],g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
       a[b]}},Ck=function(a,b){for(var
       c=b[0],d=0<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
       e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
       b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
       "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
53885  for(var
       e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
       (e,oh[g])){f[g]=!0;for(var
       h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
       n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
       v=0;v<g;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v]))t[v]=Y[v];else{t[v]=Y[v];e.P=t;for(var x=new
       Kk(e),z=0;z<qk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z]))t[z]=Y[z]}else{var
       D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
       for(var E=[],
53886  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
       A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
       S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
       rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
       E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
       ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++)ja.push(fa++){var
       pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
       0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
       0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
53887  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
       pd=W[Ia];if(yf&&pd.g==yl&&0<Ia&&(yf-W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
       1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
       wj=number(wc),na=yf,nj=f;if(na){var
       zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
       Af=Qk(zf);Ik(na,Af);var
```

```
53887    Bf=Di(na.g,!1),vk=Bf&&0<Bf[0].v!=wj&&0=Bf[0].ma&&vk(na,Af);var
         Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
53888    Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
         resolvedTags:e.P});
53889    if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
         Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc]))for(var Cj=Bj[Rc],Df=!("function"!=typeof
         String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
         if(Df)return!0}return!1};var ml={macro:function(a){if(kk.contains(a))return
         kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
         callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]()};delete
         za[a]};ml.jb=function(){var
         a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-M5FMJH"]||(a["GTM-M5FMJH
         "]=ml);pa=a};(function(){var a=function(a){var
         b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
         ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
53890    hk.push.apply(hk,function(){for(var
         a=[_re,_u,'url',_M(0),'.*',_eq,_e,'_event',_M(1),'gtm.js','1082078_1',_sp,'964382020'
         ,'',2,'http://liveoakhealthpartners.com/','1082078_5',_awct,true,'BOeoCJzg-14QxJrtywM
         ',7,'http://www.ctmc.org/','1082078_6','YHwiCLe09V4QxJrtywM',8,_html,'\x3cdiv
         id\x3d\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22
         style\x3d\x22display:none\x22\x3e\x3cscript
         data-gtmsrc\x3d\x22https://js.adsrvr.org/up_loader.1.1.0.js\x22
         type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e\n        \x3cscript
         type\x3d\x22text/gtmscript\x22\x3e(function(a){\x22function\x22\x3d\x3d\x3dtypeof
         TTDUniversalPixelApi\x26\x26(a\x3dnew
         TTDUniversalPixelApi,a.init(\x22m2kcwkb\x22,[\x22e7ohjjf\x22],\x22https://insight.
         adsrvr.org/track/up\x22,\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22)
         )})(this);\x3c/script\x3e\n     \x3c/div\x3e',1,'1082078_2147479553','\n\x3cscript
         type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\x3d
         x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
         ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
         ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
         d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
         facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221651198145131212\x22);fbq(\
         x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
         height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none
         src\x3d\x22https://www.facebook.com/tr?id\x3d1651198145131212\x26amp;ev\x3dPageView\
         x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',9,'url hostname','host','url
         path','path',_f,'referrer','event',_v,'element','gtm.element','element
         classes','gtm.elementClasses','element id','gtm.elementId','element
         target','gtm.elementTarget',_et,'element text','element
         url','gtm.elementUrl','history new url fragment','gtm.newUrlFragment','history old
         url fragment','gtm.oldUrlFragment','history new state','gtm.newHistoryState','history
         old state','gtm.oldHistoryState','history change
         source','gtm.historyChangeSource'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
         b}());vk(ik,0,"4:0,4:1,7:2,0:3,1:4,4:5,4:6,7:7,0:8,1:9,4:11,6:12,3:13,11:14,1:15,4:17
         ,10:18,8:19,12:13,11:20,1:21,8:23,11:24,4:25,5:26,11:27,5:29,11:30,7:31,2:32,7:33,2:
         34,4:35,7:36,7:37,4:38,7:39,9:40,7:41,9:42,7:43,9:44,7:45,9:46,4:47,7:48,7:49,9:50,7:
         51,9:52,7:53,9:54,7:55,9:56,7:57,9:58,7:59,9:60");vk(jk,1,"G,AD,CAAAw,CAAAAD,AAAAAM,
         ABAAAQ,AAAAAgD,AAAAAgM,AAAAAgw,AAAAAgAD,AAAAAAAM,AAAAAgAw,AAAAAgAAD,AAAAAgAAM,
         AAAAAgAAw,AAAAAgAAAD,AAAAAgAAAAM");vk(lk,1,"Z,gM,oAE,oAAE");vk(Y,1,"AwD,Ag4D,AgYZ,
         AAAgD,AAQgM");vk(oh,2,"D:J::,G:C::,K:E::,C:Q::");vk(ph,4,"10.10:,16:,22:,28:");for(
         var nl=0;nl<Y.length;nl++){var
         ol=Y[nl],pl=1;ol[xd]?pl2=ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
         0};Na[nl]=[]}ml.jb();
53891    (function(a){}{})("async");
53892    (function(){var
         a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1)=b[b["dataLayer"]=b["dataLayer"
         ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
         function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))})});var
         c=a.push;a.push=function(){var
         b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
         this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
53893    if("interactive"===R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
         else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
         documentElement.doScroll){var
         xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
         readyState?Mf():U(H,"load",Mf);
```

```
53894 (function(a){})( async );(function(){if})vue
   _vs="res_ts:1444750071826000,srv_cl:132329128,ds:live,cv:12";
53895 })()
53896
53897 ********************************************
53898 The following data is from ctmc_org-20160913-gtm_js_id_GTM-M5FMJH.txt
53899 ********************************************
53900 // Copyright 2012 Google Inc. All rights reserved.
53901 // Container Version: 12
53902 (function(w,g){w[g]=w[g]||{};})(window,'google_tag_manager');(function(){
53903
53904
53905
53906
53907 var Ba=this,Ca=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a)if(a
   instanceof Array)return"array";if(a instanceof Object)return b;var
   c=Object.prototype.toString.call(a);if("[object
   Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
   a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
   a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
   Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
   a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
   return"null";
53908 else if("function"==b&&"undefined"==typeof a.call)return"object";return
   b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
   function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
53909  jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
53910 var Ea=/\[object
   (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
   return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
   b?b[1].toLowerCase():"object"},Ga=function(a,b){return
   Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
   (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
   (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
   a);return void 0===
53911 b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
   a)if(Ga(a,d)){var
   e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
   |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
   pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
   Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
   sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
   Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
   yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
   ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
   Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
53912 de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
   Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
53913 (function(){var a=function(a){return toString:function(){return
   a}}};Oa=a("");Pa=a("");Qa="";Ra=a("");Sa=a("");Ta=a("");Ua=a("");Va=a("");Wa=a("");Ya
   =a("");Za=a("");$a=a("0");ab=a("1");bb=a("");cb=a("");db=a("");
53914 eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
   ("");qb=a("");rb=a("");sb=a("");tb=a("");
53915 ub=a("");vb=a("");wb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("2");Cb=a("");Db=
   a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
53916 Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("3");Tb=a("");Ub=a("");Wb=a("");Xb=
   a("");Yb=a("");Zb=a("");$b=a("");ac=a("");bc=a("");cc=a("");dc=a("");
53917 ec=a("");fc=a("");gc=a("");hc=a("");ic=a("");jc=a("");kc=a("");lc=a("");mc=a("");nc=a
   ("");oc=a("");pc=a("");qc=a("");rc=a("");sc=a("");tc=a("");
53918 uc=a("");vc=a("");xc=a("");yc=a("");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a("");Ec=a
   ("");Fc=a("");Gc=a("4");Hc=a("");Ic=a("13");Jc=a("14");Kc=a("");Lc=a("");
53919 Mc=a("5");T=a("6");Nc=a("");Oc=a("");Pc=a("");Qc=a("");Rc=a("7");Sc=a("");Tc=a("");Uc
   =a("");Vc=a("");Wc=a("");Xc=a("8");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("");cd=a(
   "");dd=a("");
53920 ed=a("");fd=a("");gd=a("");hd=a("");id=a("");jd=a("");kd=a("");ld=a("");md=a("9");nd=
   a("");qd=a("");td=a("");ud=a("");vd=a("");wd=a("");xd=a("");yd=a("");zd=a("");Ad=a("")
   );Bd=a("");
53921 Cd=a("");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld=a
```

```
53921  ("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("")
       ;Ud=a("")
       ;
53922  Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
       ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
53923  ke=a("ll");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
       =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
53924  Be=a("");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(""
       );Le=a("");Me=a("");Ne=a("");Oe=a("");Pe=a("");Qe=a("");Re=a("");
53925  Se=a("");Te=a("");Ue=a("12");Ve=a("");We=a("");Xe=a("");Ye=a("");Ze=a("")}}();var
       $e=function(){},N=function(a){return"function"==typeof
       a},af=function(a){return"[object
       Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
       (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
       prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
       d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
       a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
       Math.round(Number(a))||0},ha=function(a){return"false"==
53926  String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
       c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
       Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
       Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
       hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
       function(a){return
       this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
       0!==this.get(a)};
53927  var jf=function(a,b,c){try{if(!a[gd])return
       a[Gc](a,b||$e,c||$e);c&&c()}catch(d){}return!1},kf=function(a,b){function
       c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
       d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
       f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
       function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
       function(){return a("GTM-M5FMJH")}},nf=function(a){for(var
       b=0;b<a.length;b++)a[b]()},of=I().getTime(),ka=function(){return"gtm"+
       of++},ma=function(a,b,c){return
53928  a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a){a.prototype["gtm_proxy_"+b]=a.
       prototype[b];a.prototype[b]=c},qf=function(a){return null!=a&&void 0!==a&&void
       0!==a.length},rf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
       c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
       ){return b(a,d)?-1:b(d,a)?1:0})};var
       H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
       0===d||c?b:d;return
       H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
       a){var
       b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
       ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
       .readyState
       in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
53929  d=R.createElement("script");d.type="text/javascript";
       d.async=!0;d.src=a;oa(d,b);c&&c.onerror=c);wf(d);return d},da=function(a,b){var
       c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
       visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
       c},G=function(a,b,c){var d=new
       Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
       null;c&&c()};d.src=a},U=function(a,b,c){a.addEventListener?a.addEventListener(b,c,!
       !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
53930  0)},ra=!1,sa=[],xf=function(a){if(!ra){var
       b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
       |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
       e=0;e<sa.length;e++)sa[e]()}sa=function(){for(var
       a=0;a<arguments.length;a++)w(arguments[a]);return
       0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
       xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
       b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
       c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
53931  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
       a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
       a.target||a.srcElement||{}},wa=function(a){var
       b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
```

```
53931 b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.lastChild));return
      c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
      e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
      String(e.tagName).toLowerCase()]&&
53932 (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
      a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
      b=a.location.href,c=b.indexOf("#");return
      0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
      console.log(a)};var Of=function(a,b,c,d,e){var
      f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
      switch(b){case "protocol":f=g;break;case
      "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
      h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
      "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:
      ""));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
      k=f.split("/");0<=df(d||[],k[k.length-
53933 1])&&(k[k.length-1]="");f=k.join("/");break;case
      "query":f=a.search.replace("?","");if(e)a:{for(var
      m=f.split("&"),l=0;l<m.length;l++){var
      n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
      ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
      0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
      f},Pf=function(a){var
      b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
      b},xa=function(a){var b=R.createElement("a");
53934 a&&(b.href=a);return b};var ca=function(a,b){var
      c=function(){};c.prototype=a.prototype;var d=new
      c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
      b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
      c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
      e=b[d]&&b[d].toLowerCase();if(e){var
      f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
      return!0}}return!1},ga=function(a,b,c){for(var
      d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
      &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
      aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
      0===C[a]||c&&!C[a])&&(C[a]=b)};var
      C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
      hf,Rf={},Tf={set:function(a,b){Sf(a,b),Rf}},get:function(a){return
      J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b)for(var
      c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
      c}return Qf.get(a)},Sf=function(a,b){for(var
      c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
      c};var Uf=new
      RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
      customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
      nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
      customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
      nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels","nonGoogleIframes:["
      nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts",
      customScripts:["html"],nonGooglePixels:["customScripts","nonGooglePixels",
53935 "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
      customScripts","html","nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
      Xf=function(a,b){for(var
      c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
      c},Yf=function(){var a=J("gtm.whitelist");
53936 var
      b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
      &H.location.hostname)&&(c=Xf(c),c.push("nonGooglePixels","nonGoogleScripts"));var
      d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
      0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
      k=0;k<g.b.length;k++){if(0>df(b,
53937 g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
      l;if(!(l=0<=df(d,g.a)))a:{for(var n=g.b||[],q=new
      hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
      break a}l=!1}m=l}return e[g.a]=h||m}};var tf=function(a){var b=R;return
      Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
      ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
```

```
53937  catch(a){}var zi=$i?var_pg=void 0(g,-void 0(g,1),_et=function(a){var
       b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
       {var f;if(c){var g=c.innerText||c.textContent||"";g&&
       "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
       \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
       b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
       b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(a);return
       b};_eu.a="eu";_eu.b=["google"];var _=function(){return
       La};_e.a="e";_e.b=["google"];var
       fg=/(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
       (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
       e=b[d].split("="),f=ef(e[0]);if(f&&f==a){var
       g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
       c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
       1;var f=a+"="+b+" ";c&&(f+="path="+c+" ");e&&(f+="expires="+e.toGMTString()+";
       ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
53938  R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
       0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
       b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
       indexOf("/")&&(b="/"+b)):a="/";return"/"==a?a:a.split("/").length},kg=function(){
       var
       a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
       none"];for(var
       b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
       lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
       a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a};var
       mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
       ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
       c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
       W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
       hf},rg=function(a,b,c){b&&a.B.get(b)||(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
       )))},sg=function(a,b){for(var
       c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
       c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
       b=[],c=0;c<a.h.length;c++){var d=
53939  a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
       b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
       864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
       a=[],b=0;b<this.h.length;b++){var
       c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
       +"."+a.join("!")};
53940  var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
       g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
       length>(b||!0))return!1;c.setTime(ug(a));if("auto"!=a.da)return
       hg("_gaexp",a.toString(),a.W,a.da,c);for(var
       h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&a.da=new
       lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c))return!0;return!1},og=function(a
       ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
       g=wg(a,d[f]);g&&e.push(g)}sf(e,
53941  function(a,d){var e=a.D,f=d.D;return
       e.f==f.f&&e.j==f.j?1:e.f==c?0:f.j==b&&f.j==c?!0:f.j==b?f.f!=b||e.j<f.j:f.f=
       =b?!1:e.j==c?f.j&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
       .length?e[0].D:new
       lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
       c=b.match(/GAX1\.([^.]+).(.*)/);if(c){var d;a:{var
       e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
       f=ef(e[0]);if(0!=f.length){var g2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
       lg(O(f),O(g)):void 0;
53942  break a}}d=void 0}if(d){for(var h=new
       ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
       l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
       mg(l[2],O(l[1])))}}return h}}};var _v=function(a){var
       b=J(a[md].replace(/\\./g,"."),a[Ub]);return void
       0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _f=function(a){var
       b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
       b};_f.a="f";_f.b=["google"];var ea=function(a){var
       b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
       d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);a[Bb]&&(f=Of(b,a[Bb],a[ee],a[ac],a[Sd
```

```
53942  ])};return 1},_Vea,_Fa=u},_ab=["google"],var _eq=function(a){return
    String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
    _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
    0)).test(a[$a])};_re.a="re";_re.b=["google"];
53943  var Gg=!1,Hg=[],Ig=function(a){var
    b=H.google_trackConversion,c=a.gtm_onFailure;N(b)?b(a)||c():c()},Jg=function(){for(;0
    <Hg.length;)Ig(Hg.shift())},_awct=function(a,b,c){var
    d={google_conversion_id:a[T],google_conversion_label:a[Xc],google_conversion_value:a[
    Ue]||0,google_remarketing_only:!1,onload_callback:b,gtm_onFailure:c};a[Qb]&&(d.
    google_conversion_currency=a[Qb]);a[Ad]&&(d.google_conversion_order_id=a[Ad]);Hg.push
    (d);Gg||((Gg=!0,r("//www.googleadservices.com/pagead/conversion_async.js",function(){
    Jg();
53944  Hg={push:Ig}},function(){Jg()(Gg=!1)}))}_awct.a="awct";_awct.b=["google"];var
    Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
    Ng=$e,Og=[],Pg=!1,Qg=function(){return H["dataLayer"].push(a)},Rg=function(a){var
    b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
    a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
    if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
    d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++)if(void
    0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
    0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
53945  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}}var q=!1,t=k.event,v=void
    0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){var
    x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
    z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
    eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
53946  !La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
    b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-M5FMJH"]&&b.end){b["GTM-M5FMJH"]=!1;var
    c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
53947  b.end=null)}}catch(e){}return a}var
    Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
    function(c){c=c||!H.event;var
    d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
    e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
    shiftKey||c.altKey||!0===c.metaKey);var
    f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
    d){var
    g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
    g={},k,m=dh(f,
53948  ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
    |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&&bh;e|e.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
    c.returnValue}return!0}}}},eh=function(a,b,c,d,e){var
    f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
    ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
    "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
53949  "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
    .eventReporter=function(a){c.eventReport=a};break;case
    "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event=gtm.formSubmit;g["gtm.elementUrl"]=jh
    (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
    eventReport=a};break;case
    "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
    formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
    default:return!0}return Qg(g)},
53950  jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
    b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
    "a":case "area":case "form":b="_self"}return b},gh=function(a,b){var
    c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
    "":case "_self":case "_parent":case "_top":var
    f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
    "_blank":!d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
53951  "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
    default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
    =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
    function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
    c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}}},kh=function(a,b,
    c){return function(){b.simulateDefault}if(b.targetWindow){var
    d;b.targetWindowName&&
```

Page 1770

```
53952  (d=a.target,a.target=b?targetWindowName):R.gtmSubmitFormNow?r=0,mn(a).call(a);b.
       targetWindowName&&(a.target=d))else
       c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
       {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
       e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
       f=e;if(!f||"0"==f){if(a.l)return;a.l=10;f="0"}var
       g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
       ){if(b.wnc["0"]||b.wc["0"])return!0;
53953  for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
       d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
       f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
       a,b,c,d,e){var f,g,h=!1;switch(a){case
       "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
       function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
       "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location);nh($g,b||!1,c||!1,d,e);if(R.
       gtmHasClickListenerTag)return;
53954  R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
       "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
       gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
       h)},ch=function(a){if(!Zg)return!0;var
       b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
       Zg==Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
       a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
       a.gtmReplacedFormSubmit;
53955  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
       R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
       xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
       c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
       c.join("")}};yh.prototype.toString=function(){return
       this.resolve("undefined")}};yh.prototype.valueOf=yh.prototype.toString;var
       zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];Bh=function(a){var
       b=a?0:1;return function(){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
       Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
       a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")}},Dh=function(a,b){return a&b?-1,a>b?1:0};var
       Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
       V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
       "]=function(){};var Jh=function(a){var c=Ih;return
       Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
       Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
       .toLowerCase().indexOf("webkit")&&!V("Edge"));
       Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
       ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
       Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
       )||V("iPod")||V("iPad");V("iPad");V("iPod");
53956  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
       Th="",Uh=function(){var
       a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
       if(Lh)return/\b(?:MSIE|rv)[:
       ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
       )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
       Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
53957  var Wh=Sh,Ih={},Xh=function(){return Jh(a,function(){for(var
       b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
       length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
       k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
       if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
       1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
       3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document,
53958  Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
       $h;if(!($h=!Oh&&!Lh)){var
       ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
       va=function(a,b){var
       c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
       var d="<!DOCTYPE html><html><head><script>var
       inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
       if(di){var
       e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
       ei(a,d)},ci=Ph&&"srcdoc"in
```

```
53958  document.createElement("iframe"),di=Ph||Eh&&Xh(11),ei=function(a,b){Eh&&Xh(7)&&!
       Xh(10)&&6>fi()&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
53959  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
       ,c):c()},fi=function(){var
       a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
       a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
       d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
       b}catch(e){}d=!1}b=d}catch(e){b=!1}return
       b}catch(e){return!1}},ji=0,ii=function(a,b){var
       c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
       {document.domain = \""+
53960  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
       null;continuation();})()\x3c/script>'"},gi=function(a){for(var
       b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
       b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
       String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1=b.length%2&&(d[c]=b
       .charAt(b.length-1));return d.join("")};/*
53961   Copyright (c) 2014 Derek Brans, MIT license
        https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
        simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
53962
53963  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
       e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
       gtmscript"==e.type){var
       g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
53964  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){w(d)}};var ni=function(a,b,c){if(R.body){var d=
53965  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
       a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
       H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b="[
       customScripts]";
53966  var zi=function(a,b,c,d){var e=b+": "+c+(d?
       !important":""),f=document;if(f.createStyleSheet){var
       g=wi(f),h=g.rules.length;g.addRule(a,e);return
       function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
       k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
       function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
       b=a.styleSheets.length-1;0<=b;b--){var
       c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
       return Ai;c?0==a.styleSheets.length&&
53967  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
       c=(b||document).createElement("style");void
       0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
       c=b||document,d=c.getElementsByTagName("head")[0]||d(||c.createElement("head"),c.
       body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
       0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
       0,Ca:!1},Hi[a]=b);Ii=b},Li=function(a,b,c,d){var e=Ii;if(!Zf||!Ie)return!1;var
       f={id:e.id#"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
       null==a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
       b=zi(a,"visibility","hidden",!0);return
       function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
       f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
53968  c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
       c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
       .setTimeout(function(){a.Ha=null;Ki(a)},80),ra||a.ya|(a.ya=function(){w(function(){
       Ki(a)})},U(R,"DOMContentLoaded",a.ya))):Pi(a))},Pi=function(a){for(var
       b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
       d=tf(c.F.w)||[],e=0;e<d.length;e++){var
       f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
       Ri(f,c.id)))}}},Oi=
53969  function(a,b){var c=[];if(b.F){var
       d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
       g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
```

```
53969  .na ro))break;c.push({element:g,Lb:n})}}if(f&&b&&za&&(!a||null==b.F.o||b.F.o!=b.qa+c
   .length))return!1;for(var k=0;k<c.length;k++){var
   m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
   q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
   b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
53970  gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
   function(){a.gtmProgressiveApplied&&delete
   a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
   c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
   f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
   ;d.push(f)}}return
   d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
   return!1};var Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return
   function(){}};var Kj=function(a){var
   b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
   b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};var
   gk=58,hk=[],ik=[],jk=[],kk=new
   hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
   this.I.push([a,b])};return this};mk.prototype.resolve=function(a,b){for(var
   c={},d=0;d<this.I.length;d++){var
   e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
   ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
   c=jk[this.index];if(c&&!b(c)){var
   d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
   jf(c)}};
53971  var _M=function(a){return new
   ok(a)},pk=function(a){this.resolve=function(b,c){for(var
   d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
   e?new yh(d):d.join("")}},_T=function(a){return new
   pk(arguments)},qk=function(a){function b(b){for(var
   c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
53972  function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
   e;var
   f=ka();kk.set(f,e);return'google_tag_manager["GTM-M5FMJH"].macro(\''+f+"')"}for(var
   e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a){return new
   qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
   rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
   pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
53973  [],e=0;e<a.length;e++)d=nk(a[e],b,c);else if(a&&"object"==typeof a){var
   d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
   d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
   pk||c instanceof rk)d=c;else if(af(c))for(var
   d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
   mk,f;for(f in c)c.hasOwnProperty(f)&&(d[f]=sk(c[f],b))}return
   d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
   c=c[d]=c[d].split(":");
53974  0==a&&(e[1]=hk[e[1]]);if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
   h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);
   if(4==a)for(g=0;2>g;g++)if(e[g])e[g]=e[g].split(".");for(var
   k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
   c},tk=function(a){var b=[];if(!a)return b;for(var
   c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var
   f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:
53975  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
   );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
53976  var
   Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
   Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
   b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
   .s&&b.s.event){var c=b.s.event,d=b.g;b.complete||nf(b.la)?rf(b,1):Na(a)}for(var
   e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
   c=b.s.event,d=b.g;}b.complete||
53977  nf(b.fa);rf(b,2);if(Na(a))for(var
   e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
   Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
   =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
   function(a){this.wa.push(a)};
53978  var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
```

```
53978...  0==ca&&e[1];void
     ...  0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
     ...  .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
     ...  g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
     ...  ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){
     ...  var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
     ...  rk&&a[g].v===
53979...  d||a[g]===d){f=g;break
     ...  a}f=-1}c||0>f||(("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
     ...  splice(f,1),1==a.length&&(c=!0,b())):c=!0)}},Rk=function(a,b){var
     ...  c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
     ...  k=Pk(b,!0);0<k.length&&e(k[0].v);c.push(f);var l=Pk(b,!1);0<l.length&&(l[0].v)}else
     ...  d=
53980...  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
     ...  g=c[f],h=Pk(g.g,!0);if(0<h.length){var
     ...  k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
     ...  l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk
     ...  =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
     ...  af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
     ...  b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
     ...  c=Pk(a,!0);0<c.length&&f(c[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
53981...  f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
     ...  d=a[c],e,g;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
     ...  b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
     ...  c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state;f=d?void
     ...  0!==d:b.Va||b.g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
     ...  0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
     ...  0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
     ...  h&&0===e||k&&0==d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}}},Uk=function(a,b){a=nk(a
     ...  ,new hf,b);return a},Ok=function(a,b,c){var d=new
     ...  Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
     ...  _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
     ...  function(){var
     ...  d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
     ...  a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
     ...  c():c()},c)};_sp.aa="sp";_sp.b=["google"];var $k,al;var jl=!1;var kl=function(){var
     ...  a=[];return function(b,c){if(void 0===a[b]){var d=lk[b]&&nk(lk[b],new
     ...  hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
     ...  f=d[ab],g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
     ...  a[b]}},Ck=function(a,b){for(var
     ...  c=b[0],d=0,d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
     ...  e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
     ...  b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
     ...  "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
53982...  for(var
     ...  e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
     ...  (e,oh[g])){f[g]!=0;for(var
     ...  h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
     ...  n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
     ...  v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v]))){}else{t[v]=Y[v];}e.P=t;for(var x=new
     ...  Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z]))){}else{var
     ...  D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
     ...  for(var E=[],
53983...  y=0;y<x.J.length;y++){var K=x.J[y];if(K){
     ...  A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
     ...  S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
     ...  rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
     ...  E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
     ...  ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
     ...  pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
     ...  0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
     ...  0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
53984...  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
     ...  pd=W[Ia]:!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
     ...  1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
     ...  wj=Number(wc),na=yf,nj=nj;if(na){var
     ...  zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
     ...  Af=Qk(zf);Ik(na,Af);var
```

```
53984  Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0=Bf[0].ma&&k(na,Af),var
       Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
53985  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
       resolvedTags:e.P});
53986  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
       Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc])){var Cj=Bj[Rc];Df=!("function"!=typeof
       String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
       if(Df)return!0}return!1};var ml={macro:function(a){if(kk.contains(a))return
       kk.get(a)},ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
       callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
       za[a]};ml.jb=function(){var
       a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-M5FMJH"]||((a["GTM-M5FMJH
       "]=ml);pa=a};(function(){var a=function(a){var
       b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
       ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
53987  hk.push.apply(hk,function(){for(var
       a=[_re,_u,'url',_M(0),'.*',_eq,_e,'_event',_M(1),'gtm.js','1082078_1',_sp,'964382020'
       ,'',2,'http://liveoakhealthpartners.com/','1082078_5',_awct,true,'BOeoCJzg-14QxJrtywM
       ',7,'http://www.ctmc.org/','1082078_6','YHwiCLe09V4QxJrtywM',8,_html,'\x3cdiv
       id\x3d\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22
       style\x3d\x22display:none\x22\x3e\x3cscript
       data-gtmsrc\x3d\x22https://js.adsrvr.org/up_loader.1.1.0.js\x22
       type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e\n        \x3cscript
       type\x3d\x22text/gtmscript\x22\x3e(function(a){\x22function\x22\x3d\x3d\x3dtypeof
       TTDUniversalPixelApi\x26\x26(a\x3dnew
       TTDUniversalPixelApi,a.init(\x22m2kcwkb\x22,[\x22e7ohjjf\x22],\x22https://insight.
       adsrvr.org/track/up\x22,\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22)
       )})(this);\x3c/script\x3e\n      \x3c/div\x3e',1,'1082078_2147479553','\n\x3cscript
       type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\x3d
       x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
       ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d3d[
       ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
       d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
       facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221651198145131212\x22);fbq(\
       x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
       height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
       src\x3d\x22https://www.facebook.com/tr?id\x3d1651198145131212\x26amp;ev\x3dPageView\
       x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',9,'url hostname','host','url
       path','path',_f,'referrer','event',_v,'element','gtm.element','element
       classes','gtm.elementClasses','element id','gtm.elementId','element
       target','gtm.elementTarget',_et,'element text','element
       url','gtm.elementUrl','history new url fragment','gtm.newUrlFragment','history old
       url fragment','gtm.oldUrlFragment','history new state','gtm.newHistoryState','history
       old state','gtm.oldHistoryState','history change
       source','gtm.historyChangeSource'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
       b}());vk(ik,0,"4:0,4:1,7:2,0:3,1:4,4:5,4:6,7:7,0:8,1:9,4:11,6:12,3:13,11:14,1:15,4:17
       ,10:18,8:19,12:13,11:20,1:21,8:23,11:24,4:25,5:26,11:27,5:29,11:30,7:31,2:32,7:33,2:
       34,4:35,7:36,7:37,4:38,7:39,9:40,7:41,9:42,7:43,9:44,7:45,9:46,4:47,7:48,7:49,9:50,7:
       51,9:52,7:53,9:54,7:55,9:56,7:57,9:58,7:59,9:60");vk(jk,1,"G,AD,CAAAw,CAAAAD,AAAAAM,
       ABAAAQ,AAAAAgD,AAAAAgM,AAAAAgw,AAAAAgAD,AAAAAAAM,AAAAAgAw,AAAAAgAAD,AAAAAgAAM,
       AAAAAgAAw,AAAAAgAAAD,AAAAAgAAAM");vk(lk,1,"Z,gM,oAE,oAAE");vk(Y,1,"AwD,Ag4D,AgYZ,
       AAAgD,AAQgM");vk(oh,2,"D:J::,G:C::,K:E::,C:Q::");vk(ph,4,"10.10:,16:,22:,28:");for(
       var nl=0;nl<Y.length;nl++){var
       ol=Y[nl],pl=1;ol[xd]?pl2=ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
       0};Na[nl]=[]}ml.jb();
53988  (function(a){}){}){}("async");
53989  (function(){var
       a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
       ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
       function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))})});var
       c=a.push;a.push=function(){var
       b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
       this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
53990  if("interactive"===R.readyState&&!R.createEventObject||"complete"===R.readyState)xf();
       else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
       documentElement.doScroll){var
       xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
       readyState?Mf():U(H,"load",Mf);
```

```
53991  (function(a){}) )( async ) );(function(){}());var
   _vs="res_ts:1444750071826000,srv_cl:132329128,ds:live,cv:12";
53992  })()
53993
53994  ***************************************************
53995  The following data is from ctmc_org-20160913-page_source 2.txt
53996  ***************************************************
53997
53998  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
   "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"><meta
   http-equiv="X-UA-Compatible" content="IE=edge,chrome=1" >
53999  <html >
54000  <head id="Head"><meta content="text/html; charset=UTF-8" http-equiv="Content-Type"
   /><meta content="text/javascript" http-equiv="Content-Script-Type" /><meta
   content="text/css" http-equiv="Content-Style-Type" /><meta id="MetaDescription"
   name="DESCRIPTION" content="Compassion to all and dedicated to creating a healthy
   community. A Joint Commission&#39;s Gold Seal of Accreditation hospital. Conveniently
   located off I-35.
54001
54002  director pathology child life cancer childbirth medicine physicians central texas
   medical center san marcos" /><meta id="MetaKeywords" name="KEYWORDS"
   content="hospital healthcare medical services san marcos tx nursery center baby
   online medical therapy physical health women cpr hospice email services records
   classes jobs radiology babies wellness blood nursing birthing human resources wound
   surgical hospital cradle emergency maternity births volunteer job employee nurse test
   womens treatment web ctmc staff class patient department newborn management insurance
   support pharmacy assistant lab dietitian picture cafeteria born openings nicu
   breastfeeding" /><meta id="MetaCopyright" name="COPYRIGHT" content="Central Texas
   Medical Center | 1301 Wonder World Drive, San Marcos, TX 78666 | (512) 353-8979"
   /><meta id="MetaAuthor" name="AUTHOR" content="Central Texas Medical Center" /><meta
   name="RESOURCE-TYPE" content="DOCUMENT" /><meta name="DISTRIBUTION" content="GLOBAL"
   /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" /><meta
   name="REVISIT-AFTER" content="1 DAYS" /><meta name="RATING" content="GENERAL" /><meta
   http-equiv="PAGE-ENTER" content="RevealTrans(Duration=0,Transition=1)" /><style
   id="StylePlaceholder" type="text/css"></style>
54003
54004      <!-- AHSIS CUSTOM HEAD META, STYLE, AND SCRIPT PLACEHOLDERS ADDED 4/10/2013 -->
54005      <meta name='viewport' content='initial-scale=1.0, user-scalable=no,
   maximum-scale=1, width=device-width'><link href="/Portals/_default/Skins/Adventist
   2015/css/font-awesome.min.css?cdv=321" type="text/css" rel="stylesheet"/><link
   href="/Portals/_default/Skins/Adventist 2015/css/global.css?cdv=321" type="text/css"
   rel="stylesheet"/><link href="/Portals/_default/default.css?cdv=321" type="text/css"
   rel="stylesheet"/><link href="/DesktopModules/HTML/module.css?cdv=321"
   type="text/css" rel="stylesheet"/><link
   href="/DesktopModules/AHSIS.Banner/module.css?cdv=321" type="text/css"
   rel="stylesheet"/><link
   href="/Portals/_default/Containers/Adventist/container.css?cdv=321" type="text/css"
   rel="stylesheet"/><link
   href="/Portals/_default/Containers/SMMC/TitleWithGrayBorderContainer.css?cdv=321"
   type="text/css" rel="stylesheet"/><link
   href="/Portals/_default/Containers/Adventist/PurpleTitleContainer.css?cdv=321"
   type="text/css" rel="stylesheet"/><link href="/Portals/7/portal.css?cdv=321"
   type="text/css" rel="stylesheet"/><link href="/Portals/_default/Skins/Adventist
   2015/Themes/Adventist_Main_menu/theme.css?cdv=321" type="text/css"
   rel="stylesheet"/><link
   href="/DesktopModules/AHSIS.AHSYourAccount/css/Adventist2015_yourAccount.css?cdv=321"
   type="text/css" rel="stylesheet"/><link
   href="/Plugins/jQueryUI/jQuery-ui-smoothness.min.css?cdv=321" type="text/css"
   rel="stylesheet"/><!--[if lt IE 8]><link rel='stylesheet'
   href='/Portals/_default/Skins/Adventist 2015/css/ie7.css'><![endif]--><style
   type='text/css'></style><script
   src="//ajax.googleapis.com/ajax/libs/jquery/1.8.3/jquery.min.js?cdv=321"
   type="text/javascript"></script>
54006      <script src="//ajax.googleapis.com/ajax/libs/jqueryui/1.10.0/jquery-ui.min.js"
   type="text/javascript"></script>
54007  <meta name="google-site-verification"
   content="lVUi7_I54_byRshf4XXZVfW-2gVsysd2mEbTFu_pC7Q" />
54008
```

Page 1776

```
54009                    <script type='text/javascript'>
54010                        var _gaq = _gaq || [];
54011                        _gaq.push(['_setAccount', 'UA-1824477-1']);
54012                        _gaq.push(['_trackPageview']);
54013
54014                        (function() {
54015                            var ga = document.createElement('script'); ga.type =
       'text/javascript'; ga.async = true;
54016                            ga.src = ('https:' == document.location.protocol ? 'https://ssl'
       : 'http://www') + '.google-analytics.com/ga.js';
54017                            var s = document.getElementsByTagName('script')[0];
       s.parentNode.insertBefore(ga, s);
54018                        })();
54019                    </script>
54020
54021            <script type='text/javascript'>
54022                        jQuery(document).ready(function() {
54023                            if (jQuery('#bannerFlexslider .flexslider').length > 0) {
54024                                jQuery('#bannerFlexslider .flexslider').flexslider({
54025                                    animation: 'slide',
54026                                    pauseOnHover: true,
54027                                    smoothHeight: false,
54028                                    slideshowSpeed: (6 * 1000),
54029                                    slideshow: true,
54030                                    animationDuration:1000,
54031                                    directionNav: false,
54032                                    controlNav:true,
54033                                    directionNav:false
54034                                });
54035                            }
54036                        });
54037                    </script><title>
54038        Central Texas Medical Center: San Marcos Hospital
54039 </title></head>
54040 <body id="Body">
54041     <script type='text/javascript' src='/Portals/_default/customhead.js'></script>
54042     <!--[if gte IE 9]><!-->    <script type='text/javascript'
       src='/Plugins/iScroll/SMMC_iScroll.js'></script><!--<![endif]--><!--[if lt IE 9]>
...    <script type='text/javascript' src='/Portals/_default/Skins/Adventist
       2015/js/modernizr.custom.min.js'></script>    <script type='text/javascript'
       src='/Portals/_default/Skins/Adventist 2015/js/html5shiv.js'></script>    <script
       type='text/javascript' src='/Portals/_default/Skins/Adventist
       2015/js/respond.js'></script>    <script type='text/javascript'
       src='/js/PIE.js'></script><![endif]-->
54043        <form method="post" action="/" id="Form" enctype="multipart/form-data">
54044 <div class="aspNetHidden">
54045 <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
       value="" />
54046 <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
54047 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
54048 <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
54049 <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
...    value="Q8RhEAv1/8hGjOPwTBF9qAqlQewsBcQ22dsKHYtwamG2vM0e66oKXrBMZtaJVW61Kk3JOPeBiILq+
...    ym/LIsSlbaEwaFxpSmGQrOcTigKW4nPbG0yOCd9iu8wCX4OeARfJRDGIvUaKvR19Fq3mC65+eNL7gkc9+
...    jl84ENWyNYWs068Xwgy5Z1suv8nY2CWbxCvrnkFaQA7SnfMMRkN++712/
...    wrK6ksN3hMyQY9sJPabDfKbxd8IAyMnUJdzRXXPJKFylvxccivYHKDZuFMRBaWY/DHHlb2ugDBCygZ+
...    c0BGQEqv+
...    UqGFX0LUWEImEOsW9vPfEOMisJ7lyBSPxtpaF1iAUOucqB2rxnJszqM7nLVXKTTI465ZQdUDsrBNW79XDXHmN
...    js0hR11ILALOSjsmXHVd9d3Hl2igPV1BIsFCswZY6oqfwCLwvtTu2W2SMgk4qmrBIOZV3Qh2F5T9cjU3rg9cc
...    RZ+s24t2NVXyUeVHeIj8F9MxaUaUyj/Y15DMU9FCt5XYOgO+l2gBmTWzLdy8YdpsL+
...    MUbaIemTXDUwiYuh2McDJUwRxPYwa2ISQ//boF2hLvmBgTJUC9LVKWJynp+uO+Pw1Hipwk+
...    ICEhvdd4KWYHRpnS2jRsG2V3WbHsfGEtXEmyJ2DR5wiOIMmywNLEvcJjXwDeCdzdwqcbrKx8KJjiF7BSiaFrB
...    gPlWssWKCkEl1r16cvgLJ2cl/OgMKbbgYb2RMXv2eTtmuUS0Gk15cep8QWzNQEpDhIP/MwaljcGjqLM+
...    yxpOftHMLqzg+VTODjKjTLUwfw2+RiFhnUIuFpYZoJ/
...    gKtNtPxIATXKIFchvnYS0VVUGmXrYZrmGKeHVkA5hao4Tyx3r1QQ5WTJjGij6fwPiPOLQZcfK2aO1Ga9nSPcMC
...    Qk57gWNanf5eThuptAvJR0/tDoSL0b9HNaJXWlbkJjr9aNZ+Nvoie/e1OsWnKTA87NNh/e4g++
...    UXVvXyVd9TyE0xvN6T1ZxMkSoyygGK798K87qHEm8pi8NyAbUm09d3lHz47HOXLh0LR+
...    rs9OElwCfhg1R7K7FwfY//5PcpyfcqMoQYXl9Jl7BT6OZX761ks0YkGx0dMOx8Qm/SIPg65eqbQOq7mnNSK0+
```

54049... HABCEFbHio8zTp9ph#9tzRWSpwtUkUO7tU2tU+Tds9g0laK7N/AiBeVzEfILk6cRjpf/
... c9QML0htXPaharVOngOUOYKYcQjQwTbcai6A2P7B+
... 7JcIwNVPNuC3NyM8GdlFrDcioI6zSURNkVPzEWtKVtonj7VbYhkiItlmuHQTdTwG1Fmrn6xu+
... pP51aV3Owlnd7AntSOzdvJ4s/joXr3Y5kVrykfiNPLKyrOHE01WMYjla+j/lmku5YYfSCVgm/
... RV7MkD5hKlOzexVQOcKvND+3Sb0M7kbUFu+lWRtVlNiPd7x00Z5DaGlAsW/
... CzbTOtyRiqh8NRy4NzSaPyKdJcX2rHydPIav41AwcPSmN0UiW67FRduTrxdmh1Kxvm3AVr1IyQIZjGb+
... UhK4C8HbDncckxakiEKOeLgnALN5dQrHsgadoicXt5uVQl3pkAJPjShEfUAY0IenUNZ4D6HfjbZ1bFoTDKKtW
... qhNctmQDu34hBBUNn3bV6k+4bADMakpS41fiqJD+HDpDPNUllfNRDt+
... AsX5tlTD2Gct8Imtun5vvVt4K51Ltvw3kOXXTMDB5bccRCLBK+HFfVv4a3OIUbjgQNnf1mLSVCfc5F68+
... AVzWUqJd7dAdPnwJuZC3Y5gGsBS6IRTwClOzdPzesoaCVAGyFIBU1riDafRWeFCepMIsokwZ8IaD8eRkW64eM
... bqJ4woljIO7S21L6nMRFrKGvzJUr296s2Lf5Jk3Y35SZCQ7YODqJ0stcOVkcMdCdxpZNSf0n77JGEtaunJOJu
... zLnto7UL2sgRGgbcIJNWFmceRHbezWM5EUn4zepkmd0Xjd8p3QtQ1oTQ1KaSMm4MG3oqJhQ75gTzwTH/
... 4XPBc4y1oWYQvs/KKrdQPAwqhJ/6lnbJDILUmM1It+X4yylqa6xeEBU4XS/tLU/
... LJJlhxa6VTNPAxFOOrjD8kha7YtKN7zrD4chozRhTaMFtZB0PKxPDaDxyjVFsQwIfF0ltdujRk7LBTSjvGPt2F
... ovFpekl20Z79xYkkFXKiZknxlibYagqzsrRPTlY4gXUfmwJxQ6SwkRE0Di1kpjwNmG1PwysRHZOpTDjvrhy1q
... Xlb3aI6ihBg8QzHrhPlCaBbetLy92OVJBCXF8/nqSfmXDfdPoGWpxP+
... ljF3jAC2aYHeHu0WHn59p95Hi3kbpXMCjeGCD6xyJ1jmwbz9HSgTW7qPgaNObt7IZkHtikufijFaiwAouXZdw
... 0t9CxSauldl/MecEkDgttQxy+GIwodgrZ/iRBZp1ZUdY+18hFf9masZ2Zq5iAoCmX1m62pyt5Y0FAyk+
... h2jJTuMcxJiN9OFUYF5QC8BCY4tHbxo1mTknZSB22OQDcYLegm4iiZCg154zzj/VpCJGrO6ZqG85GLk8v6Tfk4
... fPS1Um+cMEV/SveEwg2pKvrsXaZzp45GOMs1yo9m/EoT1Zc/nVwYzdN5L1oInQNgddt+pkhhOgy9qzv9y+
... rTXXKjdqEg7AGgYWwyznDsTu21u0oogpAz+2TJP+VL18xmUirNLkv+B830hdsVN9q4Ug/
... repdp6a19Uj8LHv05DO1t1bJo21pdzNqLr8Bbqryl044Fn4M1M+
... XgJcKa1cfepgDiTpZrrcH0PLxGdX14AG2GIDphNd2qANeknf1vYBlykHX6Cumz8R0qtfLmG2kwss9kZdo4rJN
... jC/wt/dWoUdWkXwKdjmfBuBj9QCWCfqWmE+
... uBGDmS4Ev7mAh9eCGqW0VGLJj13t9eGdOHWPZ32WiWGQ4s2qImHuRgMptjCQlP7AOvNnSu++
... YIUapPDUZjdPc1zz+JFPTzLqPFf+pPxkZmju4Zdp/xwmFi5YlcIDzXK+
... qGv8ayWWD5yUzK5MyKSCQc473uBf6qCCx3M/
... Cr8AM1YaNYIGphRVT6RSf3oGia9b7nqpLBh83IYdetu74nWNqB6m2S/
... kC9Q7qY0b36ji7TpZpKzOETOQMnuiK8Tbt+FO0VwoAc9EA1wJLJVzvauQN9bxllUaY+
... m8aBBjXLpyjJSMSsJDZ3uG5oyxWuySv5glhmX2FsxzGTXQfgPAIUBa6BAjHuxCiDnRnjrN3Yg4VnvKs+
... jFk4fYDg8QYLhS/5FT2A4so73cbLBp0kbJic9uQFfbDUti20uRekWxsuXwF8IlfCvREBiC/
... ccSo2Q6CNH20LBsTMhJgZ8QvB50YwFF/ClqAkdvc2KA/RZbvgj8Bi/+vzdjv4sfuoDvyfaINFT/
... or82Y49VdoWF87DQ4uBfNq09ZPw+mp8ZohFwD+YJYl3hny1aBT+an+W8/
... 91FkeSfBN19W2HbTM16GYRaVEM58koluyE41PpSusmivtv4yqC27+
... o9Me3S8kgXboSxH7woiqrBBzALw7Zx6dzGAO+
... C77kDDzbGIqwt8L97OvlBfmTmbU2vCUZTRivC6YuWkBUgjZPQGD1h34uBqte5ZLpZbWxX7KAKYJzMdRw74boq
... RMQCUt8ZX8EqforYNhT66rDRMLLjahQPDITvJ5uxKjn5zW9xZ3OnVRNosrjXSA5zgtuZ5RJCPQixiwHa786Bp
... h2K3OKmCnrQFL9NHOyTsJGH8pajsKiiTp0soJLltZipNBiTv5zBqdxFVRtPmGD/ZEN96WByoeG/
... 5R41h4p6Qb6S75ds5eY9kseLvhQxvZaC1tpA/puFxqXkK5+NxxIEs4I+4GfhzChCQwYs/
... oFmoL3UUrwPy0S1su9OFR/1+JoHasOg/31H/
... hYkDnyysmwcUa955xaD3ZE1O5ypc1zXFEbmx0zzVJwUy1yBfxvp+/+
... KSBfygwJocC0CpAhXCldeFvLCAvpIZYw80BSQmrCABbIA4emhkJMu8YHmzcz9pwwJhsjstCf6mKAVXXizssr5
... vpVgnjvRNmzRyenN09/jJL5JQCEc/dOqCN8SKLSIkhYBzBACVicv+6U+tPq/X/p90hIyHQwMDIA+
... aWml5Sn6FVuwXIEAFDrx/0kgm/AxksAMXEU2ua268SOb4+cTI3C/95otcekJfzsa733RNu2nTEfc3iDJduV+
... zF/Dspzr31EV725D293DEuiknsg0ck90ZJrpOCXKP1nIfTbUXD8QuEbBdBcKB+
... 8JEUVNsTmcaCPf13uvypFbi9J3h4SzSP5lLroGtto3PlbWyToKwcSnT7TT0GK/
... 7Ot5MUKtIG3eSyXMyD4JsLeMtd5M0xb6uksZp7Fcn2zgriJ5DMbeAJqapWiANAbGs+TJG+
... wCuf8B5eDu1nVfA1uGJsXFLUXrv2XJhUlYmj095jBxd0Q8fg3IcsqKIg3TZ3d4CpcJmcs7B2VRi5J7aQgOwMK
... Z34kocgzuzZN82hB9sVWSB0UfLtQGzh8rBVuqzQCgwMmUcalTTnYwGbCXkBYrVtkzbwmXGYM4sSAHjB1mVW/
... EyXn7o13YBz/zhHa4BYrNJ8rDqn0G1nN0d5vvH+KVRIR+V2Vm/WPEr53mgM5YkeTT58R4CIO9B8YCeM/
... 9oML6GjeO1o6c2lkWOjD6nvzybgbY6mFSIceglqTveaA3uvRscBkOBYGQ2TZdMhF4txlvU/
... kHqaZjYx5omY57kdGMp2CCb9nO+
... dSFdvup3iaHdrEksS90HIzrwcF1RYQm25Jg9DtwNkBztnLlHasHi6wiL24URLxErO/24c6xYxE3C6TZEZxKUH
... /Rg/h9apBNWDPOFCMzUbdzx5BpFzeNMXRiGjlzBrGOqv71C51UlsjgUi8VfnbNfJHpCd0y9hyg3dp/
... hYPRLi7KLlcDlpnKMJuFNPWZ5x1HQaWI/a+
... EF2IU09mgl0mSKg0jfQqOWHEIu97d8QPEYcW9sHymilNCiwezR19hx5IaEy6znvgNlf5ZJ9WNTVPLxMPq/KL+
... 1ih/PnsncHFqSYEyJm4vX9Nev7mJhli8WQxFlK6fZlo/wofY49Rvrev+
... JByzyfDPCpThzUcXyEXq72g8F2oYDI4aQ09FHolrVVTzCJ40bnyTBayB7Mw0qUFdIRjFsGuOttwQIhcXqxEWQ
... V+twBpoxmbLnr+pwnlJVQmxcMe8x7ELp3Rsvn8s04iRtPdVYh9OKCeSO/
... Sk9qvpsmKWfEScSQnoLcxaf7gBSWwLyDRH3kmfaTanniSm7RVoWqi5EjOzMa46pbJulkqlep1T/
... Iqg7nwWra0vppVdRJKWjwD5PEK4Y3QsO0Kvj2QvbVYn+
... PYXnOu5YiYIXfuHr4OSqxRsrmmnYCRznruxubz8j0yVeka55vzORHFdviiCXK4X3XwXc7rZcGtUQG+
... ellVmALsAdAb6CTcvPadLyUzFludU8omW75bE8pEXzLAJePizJFkLIOxOQSKGX2s1ph65mCWusF6evUYu4gU7
... vLPaadqmJD8fKHFLecBk6fh56jpV5apFsLuChdmyWcBqll1PWu5dDmBvUq2Gv+
... WZcm5DxoyNLJMiRJw8OLbL3bEnpCkrVaeQkAGqQ0X+54hiTsJ9U+
... IeYQTh9wTfUOdqdRgTnjPeZGSyeSKO4axRR/BLRNBrVUmmxcDTxmiFx84mehMC3LH6BPW24iaQarBhYcbS9i+
... xaN7k2uYsZUtJ3sH+9drlZFWCjGqbgeaEu2JzLO+HR8qECFGKS/
... oe5ROSlQrEjJeoAeSkT4dKbhCtzgwFTZkBIJSRHO81200ht/lEt9AHCjfdUBp7WO+9RYgNS4Ck5KBzN1cR/

s0DmBsnnsg9v960lBAv29d0d2Vo3HtkkFQSPo9pVd+QY28a1W1874ya18u05aEz
Dd1yXi9tEusOoTyXyCfbF1XoJF239RxF64SmPoGNussc6s9duy22bE01jXwZBj9RJT5v7U4+KKc+
lFDO9caBQNYIQIDXgCu6di8ns+0YGQsFVpRwr5Pav/r2xNofyC7QG88YQ+Fe79FPt2xJL/YMPUJBZNJq/
cBabvh6gqC0arKm03rKEBwrDBLtUDRJ0Q9uJN4y/
dyrGCGRzo0JCydHGvHufsuZFoMuWQxsS0XHolpdC7WFp0uAuiHqvmB34zruXAXNdUZljgwWfTtWORzlsWW7F2
Kg7TKGEjh+J95zpqck+YcSf3WizVPp9U+
ACm4gVpmsEP2mgvfMB8SY8Bj9xM7J2RNkIjWOrHLwSHNv5jFPLQEcVDJPeyTPC1rGPO1pdieU7HLR5jgGxTra
M3sfWgeYdfxvrV5tsO7uAtiGTwmwNrWo5h1LhrbbLEl17KZBncdOnQw+U8AvfUOof1sNlJfr10U1/
lcsyglrrM9NNfeJfUlEYI8WQ0OSjKggyp+jkLEEDOOqSe4rN7Ybsz3GzkkpaU5LYDO1V7j0Yh+
yrweZi4V5yzaUvgv03QWcyiYLLKBTDkoQGcaU3Tes+
Q0ciBcnSCNhfSNLJrR54RHyIpMoG8059izCbkRITorWCT9n6qr9ftegmQpFV1fJF+
lv32byXs5909kd3pDskm36a2lt28mLkZdf4/yVr84tBZjZ2Xsp0Kwf+
l9aOwezPLGRw4Rag4GHjGr6pI3IgxnLo2wNZOWNpQ9xB9bceScXLqmfNqMvBTdv7jvBzZNmDDQlZFx/
tDa99vmvFfmrSeOY/+
OyORRM6KT1eOMSIWbuuoNWTVl6SrwrfPbxDSKP6zLkemf2WJjJxZx0ScAE1mPhm52dSrcQi+sCe9GHhr/
Fdt3gQUwcGp1Vx812NFacdtnFMSBCroXpy4eR+4hmwLqPsUYTX44Xw/
BStOucRRjWJXSeBUm1rVoMXvGnXZKFRBEQDP+sdt0nDueA9zWPLSVwZdD9wZQlqOf3xk3ZfVHc5P3QGk+
phqDctPT6qnrxw594w+Rmb2fTxkgtFkbEK1aGAJlvJMB/
wSXnhWJRNM9RqHxeVBLDdXzvQ8LMzwGiyoBhjiHRk+LeZ3aUf/QVYPbW9VxnW+qNC73KvPyxFJcJUN+
xbZca7iNT7/DFqANJNDjNLFL2Fw5QWaxisS8ha8WtpbZsC5xsSXhu/kBBGSlOgy9MgQ929PoQvCP/l/
JVU0BsyWOqn1Mf0GFHe89CsHusxrqo4aQA+wXK3t9UkI9wqswdukrOLEDh4AV+
ElxamTUS51c9E8P2bFH9zOBKvoG0+
OvlvYcBNzN7upGlejxEdWqpxT8HdCegKTepj3F20gPM9voOEUSwtKqwM5716km6+l4+
M11iSSr195MtyqOOLZaW7tXMxxC/
kUIAgNHLxcejC2KlUxziasQFMPNpuhAKT7NKyoMat2ori7uCgcgtZPdphP8+qpilE+
2jZVwVtTztda1U9unHzGizfr5BDMpLGCethwPssIFmekZBovQH+sxqFSv6sEkfKM0G+HF6yUpwfO8f/T+
Jtfkx7L3hbhlKGgdzJSG31XRVI3L7o7IG3unsmcVxHxskFHHGWxN8jBr13h1aR789pDIzynfcKs77hmBV3IUO
KSNodLdnDqEnGeSPe251HQceC2KZmjLIx0ndEHC6ntaGSjTBoAbh3PEysT6/
8ukGvW3b6TDbEIKXnaccpkKDP8w9wRLpMNPriKEIptb8TYWupuJXtx1QEZ6cbZNPe/
uZqWD1nrOcwaCSjqaSdb57/v/CQcr646zFwwScXEjXTkHZBGzJ9j6zFvZF3fpUfIdP0AZNb7SFPR0MATET/
iGYTFZXkY2hEKU/XmHsAG3unfQUqKnBxcpPVrKYuV0P3nr3HgZgMB0euJbmVhhOC12d5DJgzufJ0JWnwGGg+
l7WEzCc7tKw/exckOM3Qc3ae7aI+Va8g0gaMBjuJhDJ8j9QCJt8I3SIHPyqGc/RH9b4KH3qL68Q7H6ff9r8q/
lMB6vbiLHnUmw4u80bVdyMc5/qfc5ZkqHPUUiRQSEslGjSZhO45AeNZ/K03hI+
ohGM1O7fCVFBJTD0b0PurrS1LXj8RRVVt8fetBFc7Vh03fHMBJlg2GcjSYqDMZY2tK6NAtkdSpQyXzrDSNHS/
Q2M8LZzDHWAGpeKxvRn0MqrW3GDAfexrW9sSgOGg0/ra4yc8ama30dkIX+
WIxEVpZe8OIT7fUspmOIk1G2EEKMZwDwCbwAOGIFjt6+VtE0bhJmDGz/
Pyonftj GU0RLdjm22y6PdhVC7aV5K9jsE/ZvFJMqjIVZIiT+djTfSKD8rZ+
WkeTv6Y2PXPCh0rCpliC29RimTx1SSiZuRv09d5B+VuMk6Ea83HGP2Ar4fOftoZswDgf4SbP5edw/
Gw712JEyInqnD+jInBHC4AOUvNxL4bgdRzE5EUQOc5oa/K7MQRXPRae2awnHLVErIJLe6O0qFOzSsO+
FNQVcNijRuw/W5iTwl3VOERP/
FuEvb518JyT8kPNF1H7TG9yjv3Y7Nzy9aEwceIpUudTFo7PIyWopjpa5GjJkW4h+
GiCnv5zfGomUyaZlwGeUScitkYwW5jHdAp863+sAGbhMTOty+ZL7QeR/7YEebNqr1gnRH3y6bhtLxF8fG/Ul/
LWQJHj50EqkwzTgpmBSskcIBl0ZVRSgxpZUlbH5LJgf5ehDM0D8/+/kVobVSdNCxK/
8hip5MLyKbfgIqBuu9Hi4yNJoHgTfNw1T7B8ftqJYC/q3FNxxNZk2B+
MiLStI6u5xLbY8Hu1CtcfEb8cI0kJTVy30t8vRiQQcvwmt7P0L8z1tvyZDXZy8Y6b9VyOQpvImzQk/
c30FhTPwA/+LxhoZlf0VxvFrxqC+
Y0c5Kse2WYc4LNHRBrDDY4JewwI1LhhcI3W0Th6eSQClNdofCD9teZZXtqOaV/
DSaAQh7RfZBfVapaZmmba2efBApWdKiTi2jua6gcg5bLuN753EeuZKPfrKj4bHMEnlsPVEUDL4luhnXlGa/
kAtp5y2VJkGBvgog+L/N6mzSUem+hwIf9NMrPkUizrJpuwdZ5xjwesscGC/
xJQKPGFK0Ggf5Bo03PqveuHIPf7ViuIDP7spGU0gGOvOXrXsfbX6XjXas9JkK63u0TWQOONGpWi9MpWDViRIa
o1TZfzDbzRKT+EaloqqSAQHSSWFG/3N2L50aJ72jtHX8zmleq8FoGwll/
pcg2uOZqlio3VpRBBfo2LDnMPfYlP1tCHK5TItldzgafW0jssrRwBzKAe4Yc/
r73Ufq39MuPqVUs1Wzzqjj VwA5iMrReuxYj49q7xNc4+
Kgj3GCfQ651OL8UMDa1w0R3mgmHo5dQQPHt7QRQzJvatuAiOwwPeSkgMH1jmstFJ8dQg7t1of+/
Wr3QvyvYRFDp4S6pxmgC2MEFidd/rkBbc3udNS3Cm+nYs13nbG20KT1NYQQJR5H+gc2V7wU7ofAe7Z/
E0gmniAtP6YZTMhNVSjBMQzG0dvXHqKl0K6iL2m10KZn5B57v40zDsmGNZw2/
i29JB00aCKkgHAdC3xPIIvz7hjVsyAOBNbe+XiCOGbn/oWwwlS+GoCljUlgR44Q18o0+
fORYTtjmrYG8ezpbNbGEu47eIzwOJdtyPfPCYPtb+VOXki2haClhdEKQLku38M8J3zJgyaqQ6V+
dNEH5zP14Qt24NKbvgxprEmB05RqYe7N6vFj5T0TnjpKZYkFceShosAQ26fDwfbtKT1+
pHtQOb7hWUlgrQq2itnfwVGBpnfy9weKWmR0UrZk/cTJqhf6NoidFGpWOnlMpUPp5Zi+mNPtkEMdjXE/I42vq
+H6NUMz9RJAH33tX181vQSQ5qex+1tBhgb3cDOHAvi3Rtrr3zbjHRoG01xy7PhAUJg2Jzhun6wYDDnXb+fW/
w7Vq8BybMuGjqHkoARNbnK8SN8LPqjoPtsS2KVX/vtfW0HDo5Lp9facHiVDD+KcaA9KFj+
UKA8TSeYO90u4Ahe9BZM0ReBsi3MQZz9mKB/p1i/rkMoFLBB7B0/JBszNoSHusgianr3+
zhW3eh8XZVYuPQ2rFxaXH+0DRjBQqBdWXQ1jkxw1FRhoTAz0BHIW0eitTbLjrCU6fMdXJutrsMAJ+
F89GXAfWb7LF79E/HUxOP1tH4fnaqEECp67MT14nO7B790dRaf31syMn1ujrqJmyR4sNH6ZZtJ6d+
pEz8WWm6qlNKv1pY/YOS5UTf/rahKnK6GGnm 6N4/Dh7wT7aO6/DsmGNZw2/
rwcm7wFLss3mzE5BlYpBACnUvM8EKOzagyT/AT1UOWE+wGHknjpjiSj32HnPKb4i3oXYVfiL9eA5ECNN9TNQu
/zJBWN48TJxi9rQ6b+gnoFt+/59DFJAOS2dMflEiesMdqvLTq0R4Y2vMiB+cpEkFsUiDcpCDOOthFvu+

```
vy8gs7sdra5wrQkIOkbVe3R+Ir7bk1mbK4wAm36k1bH6qoX+Wd8Jj2Nb2Ir/
uyUdyUy9CZaRIvhFiV4R764IiSOFoE7DB+FBzjkWsjVmCaOeU2FIPUWObHgDUuEXJzrwTAA/
WoLSbHFPLZeMibsfF1+
CwUtPOKVhndQlNzyBfuP0HbWShXntG463R1i3iMGe1ym1mmnlyZENZbIz6590xSXMCAKu9ubOwVeMSTa468f0
rms+4YAFF0KfP9LhT9rhN5hu+16r7/+BA80OFNXEteotZU4WiJG/F/VHUc5a5W+
MkWXpBgTNxbesmLyMz4DaNaKCjGTVuP8czN8rSQEwdu61jmW4f/
8ZEx6agCrqFTI6mX3gbqN72hzgL1AvxZf1w6h0n0KGapFyn4cc+3xU+
QuevPwPQs4cKVEJZnZOddWPvqLqFcRDUq/
xzZGxzhCfyWvmun7N2oaY5kWHW2Co5gPaM4QN2PkQ7wkfynE2fpXKeWSiaS13tulJRGBmWpsZwMYWRgoLVMTq
M6NzpHZduVUKgv3Mhp8M8/k+9Jc3PJIbB3gRaHCMXxMgz79scpAk8I6P5n0bEtyis/
JQaIRHeGSA8GlnHthZWC5MxnI2/y9bEMnEO3perIkn+y29XigL6Y30PMj3zGrULymKkayJSna2jzmTx0Cd7w+
ppFm5GWdl9ZGUXS17/
w3UKn1xgrms0WOq9pP3HXcCMmtzi3U1jmnK62HJ3bvcHsIUkDUM2a65cT5LLbrcmh0rix9NYaQyk1Irk+
IJ2vG1xRmaZWvHDm0T8vRa7mVYBqMmzod3wyBnWW5oNPOlUaLkMGpeZ0iMSh82X9CiDrLR2F87fDWY3UFmmZo
cCLb2IKrcOZGXKKNMsA5u4jF/T26RNDR3Rb092d+
IpvQ14tZE6E8iHbbeS7Eh74xrLMPrlDQwC9K8Pu5fy81Gl0fmIr1rH4Z8RHFw30eeEWpNdSydIOetLR4ixEp
yo+YSwTK0olZHLhdmZZgykxImN6ufs+OE3J0m/4O242iG+EMNIdV4lMScetyfy2fqYD61FjWP03ywXj8yPTd1
/qvrObxHq/U5RBp/80nt9A4bMsfmpG3bi3SAoOOlUNXotMEuMtrGmL668xoX4xIrsgFw70Sau6A==" />
```

```html
</div>

<script type="text/javascript">
//<![CDATA[
var theForm = document.forms['Form'];
if (!theForm) {
    theForm = document.Form;
}
function __doPostBack(eventTarget, eventArgument) {
    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
        theForm.__EVENTTARGET.value = eventTarget;
        theForm.__EVENTARGUMENT.value = eventArgument;
        theForm.submit();
    }
}
//]]>
</script>


<script
src="/WebResource.axd?d=cMoe8aKicfJiHKk6p3SYR8G5C-kyBeKDMaZrnV_XKbXNh9ELw7KWmIjT-
dgn2m1_dXmVrD953XrIxn5d0&amp;t=635833982000037725" type="text/javascript"></script>


<script
src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
=1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3a50b12c66-1dd3-4ebf-
87e6-55014086ad94%3aea597d4b%3ab25378d2" type="text/javascript"></script>
<script src="/js/dnn.js" type="text/javascript"></script>
<div class="aspNetHidden">

    <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
value="CA0B0334" />
    <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
value="" />
    <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
value="zimLEYIVefYqBGULMDVuhQxTck1gGzYgUX9c+f6ZPr7Qv2n0CFtzQA/Do/1H1+n882IsAey/FB6+
ZRuS3RIf9k+DQDfEiXudPLhWFA==" />
</div>
<script type="text/javascript">
//<![CDATA[
Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
'');
//]]>
</script>


    <!-- AHSIS CUSTOM BODY SCRIPT PLACEHOLDERS ADDED 4/10/2013 Updated on
6/23/2014 to reslove rendering issue -->
```

```
54088
54089            <script src="/js/dnn.xml.js?cdv=321" type="text/javascript"></script><script
…    src="/js/dnn.xml.jsparser.js?cdv=321" type="text/javascript"></script><script
…    src="/js/dnn.xmlhttp.js?cdv=321" type="text/javascript"></script><script
…    src="/js/dnn.xmlhttp.jsxmlhttprequest.js?cdv=321"
…    type="text/javascript"></script><script src="/js/dnncore.js?cdv=321"
…    type="text/javascript"></script><script src="/Portals/_default/Skins/Adventist
…    2015/js/custom.js?cdv=321" type="text/javascript"></script><script
…    src="/Plugins/FlexSlider/jquery.flexslider.min.js?cdv=321"
…    type="text/javascript"></script>
54090
54091
54092
54093
54094
54095    <!-- added -->
54096
54097
54098    <!-- MANAGED RESOURCES
54099    ============================================== -->
54100
54101
54102    <div id="site-content">
54103        <div id="transperentBG"></div>
54104        <div class="topMobileNav shadow">
54105            <div class="container">
54106                <div class="sixteen columns">
54107                    <!--<div id="dnn_MobileTopPane" class="ContentPane
…    DNNEmptyPane"></div>-->
54108                    <div class="mobileMenuIcon">
54109                        <a href="javascript:void(0);" class="show-sidebar menu-btn">
54110                            <i class="fa fa-bars"><span
…    class='topMenuText'>MENU</span></i>
54111                        </a>
54112                    </div>
54113                    <div class="mobileLogo">
54114                        <a href='/'>
54115                            <a id="dnn_LOGO1_hypLogo" title="Central Texas Medical
…    Center" href="http://www.ctmc.org/"><img id="dnn_LOGO1_imgLogo"
…    src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
…    style="border-width:0px;" /></a>
54116                        </a>
54117                    </div>
54118
54119                </div>
54120            </div>
54121        </div>
54122        <div class="mobileERIcon">
54123            ER</br>WAIT
54124        </div>
54125        <div class="container nerwait">
54126
54127
54128    <div id="your-account-container">
54129        <div id="dnn_nYourAccount_yourAccount" class="yourAccount">
54130            <a href="#"><span id="dnn_nYourAccount_Span1" class="yourAccountBtn">Your
…    Account<img
…    src="/DesktopModules/AHSIS.AHSYourAccount/images/account_downarrow.png"/></span></a>
54131        </div>
54132        <div id="dnn_nYourAccount_yourAccountSlider" class="yourAccountSlider">
54133            <div class="yaTitle">
54134                <span class="titleContent">Your Account</span>
54135                <div id="dnn_nYourAccount_yaClose" class="yaClose"><img
…    src="/DesktopModules/AHSIS.AHSYourAccount/images/account_close.png" alt="close
…    button" /></div>
54136            </div>
54137            <div class="yaContent">
54138                <p>Use our patient tools for secure, convenient, 24/7 access. <a
```

```
54138…   href='https://account.ahss.org/Account/Login'>Learn more</a></p>
54139              <div class="loginContainer">
54140                  <span id="dnn_nYourAccount_lblSignIn"><a
   …   href='https://account.ahss.org/CTMC' class='signInButton buttonRounded'
       target='_blank'>SIGN IN</a></span>
54141                  <span class="lcText">OR</span>
54142                  <span id="dnn_nYourAccount_lblCreateAccount"><a
   …   href='https://account.ahss.org/CTMC' class='createAccountButton
       buttonRounded'target='_blank'>CREATE ACCOUNT</a></span>
54143              </div>
54144              <div style="clear: both"></div>
54145              <div class="yaAdditionalLink">
54146                  <ul>
54147                      <span id="dnn_nYourAccount_lblOtherLinks"><li
   …   class='buttonRounded'><a href='/bill-pay'>PAY YOUR BILL<span
   …   class='ya-right-icon'></span> </a></li><li class='buttonRounded'><a
   …   href='/patients-visitors/online-tools/request-an-appointment'>REQUEST AN
   …   APPOINTMENT<span class='ya-right-icon'></span> </a></li></span>
54148                  </ul>
54149              </div>
54150              <div class="yaFooter">
54151                  <p>This facility is a member of</p>
54152                  <img src="/Portals/_default/Skins/Adventist/images/footer_logo.png">
54153              </div>
54154          </div>
54155      </div>
54156  </div>
54157  <!--[if lt IE 9]>
54158      <style>
54159
54160      .yourAccountBtn img {
54161          padding-left: 10px;
54162          width: 25px;
54163          height:15px;
54164      }
54165
54166      </style>
54167
54168
54169  <![endif]-->
54170
54171  <script type="text/javascript">
54172      $(document).ready(function () {
54173
54174          if ($.browser.msie) {
54175              if ($.browser.version <= 8) {
54176                  var nFDiv = 'MHD';
54177                  if (nFDiv == 'FHD') {
54178                      $('.yourAccountSlider').css('right', '-83px');
54179                  $('.yourAccountSlider').css('top', '28px');
54180                  } else {
54181                      $('.yourAccountSlider').css('left', '631px');
54182                  $('.yourAccountSlider').css('top', '33px');
54183                  }
54184              }
54185          }
54186
54187          var nAccountSliderID = '#' + 'dnn_nYourAccount_yourAccountSlider';
54188          var nAccountID = '#' + 'dnn_nYourAccount_yourAccount';
54189
54190
54191          $(nAccountSliderID).hide();
54192
54193          $('.yaClose').click(function () {
54194              $('#headerTopLinks').removeClass('headerTopLinksClick');
54195              $('.yourAccountSlider ').removeClass('yourAccountSliderClick');
54196              $('.yourAccountSlider ').hide();
54197              $('#transperentBG').hide();
```

```
54198                })
54199
54200         $(nAccountID).click(function () {
54201             $(nAccountSliderID).slideToggle('fast', function () {
54202                 if ($(this).is(':visible')) {
54203                     // need to change a color to white
54204                     $('#transperentBG').show();
54205                     $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .0)');
54206                     $('#transperentBG').css('height', $(window).height());
54207                     $('.yourAccount .yourAccountBtn').addClass('slideActive');
54208                     $('.yourAccountBtn img').hide();
54209                 } else {
54210                     $('.yourAccount .yourAccountBtn').removeClass('slideActive');
54211                     $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
54212                     $('#transperentBG').hide();
54213                     $('.yourAccountBtn img').show();
54214                 }
54215             });
54216         });
54217
54218         $('#transperentBG').click(function () {
54219             $(nAccountSliderID).hide();
54220             $('.yourAccount .yourAccountBtn').removeClass('slideActive');
54221             $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
54222             $('#transperentBG').hide();
54223             $('.yourAccountBtn img').show();
54224         });
54225     });
54226
54227
54228 </script>
54229
54230     </div>
54231     <div class="container topNav nerwait mobileDisplay">
54232
54233         <div class="six columns">
54234             <div class="site-logo">
54235                 <a id="dnn_dnnLOGO_hypLogo" title="Central Texas Medical Center"
     href="http://www.ctmc.org/"><img id="dnn_dnnLOGO_imgLogo"
     src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
     style="border-width:0px;" /></a>
54236             </div>
54237         </div>
54238         <div class="ten columns">
54239
54240
54241 <script type="text/javascript">
54242     function DoSearch() {
54243         var query = document.getElementById('dnn_dnnSEARCH_txtSearchNew');
54244         var fixed = escape(query.value);
54245
54246         document.location = 'http://www.ctmc.org/Home/search.aspx?k=1&ty=1&Q=' +
     fixed;
54247     }
54248
54249     function clickButton(e, buttonid) {
54250         var evt = e ? e : window.event;
54251
54252         if (evt.keyCode == 13) {
54253             DoSearch();
54254             return false;
54255         }
54256     }
54257
54258 </script>
54259
54260 <div class="searchContainer">
54261     <div class="clear"></div>
```

```
54262              <div class="searchContainerRight">
54263          <a id="btnGo" class="" href="javascript: DoSearch()">
54264              <span class="waves-effect waves-light btn">Search</span></a>
54265      </div>
54266      <div class="searchContainerLeft search-query-container">
54267          <input name="txtSearchNew" type="text" maxlength="255"
...  id="dnn_dnnSEARCH_txtSearchNew" class="SearchTextBox search-query shadow"
...  onkeyup="return clickButton(event);" />
54268      </div>
54269  </div>
54270  <div class="clear"></div>
54271
54272
54273          <div class="linkNavigation ">
54274              <span id="dnn_AhsHeaderQuickLinkRight_lblNavLinks"
...  class="nLinks"><ul><li><a href='/aboutus.aspx'>About Us</a></li> | <li><a
...  href='/giving'>Donate</a></li> | <li><a href='/bill-pay' target='_blank' >Pay Your
...  Bill</a></li> | <li><a href='/news'>News</a></li> | <li><span class='facility-phone
...  last'>(512) 353-8979</span></li></ul></span>
54275              </div>
54276          </div>
54277
54278          <div class="sixteen columns navShadow">
54279              <div class="top_shadow">
54280                  <div class="span8 navigation">
54281                      <div id="dnn_HorzNavNew_pnlCopyright">
54282
54283  <!--
54284  ################################################
54285  #                                              #
54286  #   PackFlash Navigation System                #
54287  #                                              #
54288  #                                              #
54289  ################################################
54290
54291   -->
54292
54293  </div>
54294
54295
54296
54297  <div id="dnn_HorzNavNew_MenuDiv">
54298  <div class="adv_menu_wrapper">
54299  <div class="PfNav"><ul id="PfNavMega">
54300
54301  <li class="Inactive First" id="Menu1"><a href="PatientsVisitors.aspx"><span
...  class="MenuText">PATIENTS & VISITORS</span></a><div class="PostMenuDiv"></div></li>
54302
54303  <li class="Inactive" id="Menu2"><a href="/FindaDoctor.aspx"><span
...  class="MenuText">FIND A DOCTOR</span></a><div class="PostMenuDiv"></div></li>
54304
54305  <li class="Inactive" id="Menu3"><a href="/EducationEvents.aspx"><span
...  class="MenuText">EDUCATION & EVENTS</span></a><div class="PostMenuDiv"></div></li>
54306
54307  <li class="Inactive" id="Menu4"><a href="/CareServices.aspx"><span
...  class="MenuText">CARE & SERVICES</span></a><div class="PostMenuDiv"></div></li>
54308
54309  <li class="Inactive Last" id="Menu5"><a href="/ContactUs.aspx"><span
...  class="MenuText">CONTACT US</span></a><div class="PostMenuDiv"></div></li>
54310  </ul>
54311
54312  </div></div>
54313
54314  </div>
54315
54316
54317                  </div>
54318              </div>
```

```
54319              </div>
54320          </div>
54321          <div class="container banner nerwait">
54322              <div class="sixteen columns">
54323                  <div id="dnn_BannerPane"><div class="DnnModule DnnModule-AHSISBanner
      DnnModule-22384"><a name="22384"></a><div id="dnn_ctr22384_ContentPane"><!--
      Start_Module_22384 --><div id="dnn_ctr22384_ModuleContent" class="DNNModuleContent
      ModAHSISBannerC">
54324      <div id="dnn_ctr22384_BannerView_bannerLabel">
54325          <div class='flexslider-SMMC text-SMMC'><div id='bannerFlexslider'><div
      class='flexslider banner'><ul class='slides'><li class='bannerImage1 bannerImage'><a
      href='http://www.ctmc.org/care-services/womens-center'><img
      src='/Portals/7/images/site%20-%20banner%20-%20home/New%20site/Childbirth%20We%
      20Chose%20CTMC.jpg'/></a></li></ul></div></div></div>
54326          </div>
54327      </div><!-- End_Module_22384 --></div>
54328  </div></div>
54329              <div class="bannerNavContainer">
54330                  <div class="container">
54331                      <div class="five columns omega">
54332                          <span id="dnn_AHSISQUICKLINKS1_lblNavLinks" class="nLinks"><a
      href='/patients-visitors' class='bannerNavblock shadow waves-effect
      waves-gray'>Patients <i class='fa fa-arrow-right'></i></a><a
      href='/patients-visitors' class='bannerNavblock shadow waves-effect
      waves-gray'>Visitors <i class='fa fa-arrow-right'></i></a><a
      href='https://physician.ahss.org/Pages/default.aspx' class='bannerNavblock shadow
      waves-effect waves-gray' target='_blank' >Physicians <i class='fa
      fa-arrow-right'></i></a><a
      href='https://public.floridahospital.org/HROnline/portal/signon'
      class='bannerNavblock shadow waves-effect waves-gray' target='_blank' >Associates <i
      class='fa fa-arrow-right'></i></a><a href='/about-us/careers' class='bannerNavblock
      shadow waves-effect waves-gray' target='_blank' >Job Seekers <i class='fa
      fa-arrow-right'></i></a></span>
54333                      </div>
54334                  </div>
54335              </div>
54336          </div>
54337      </div>
54338      <div class="container pageMiddleContent">
54339          <div class="sixteen columns nResources">
54340              <span id="dnn_GetStarted_nLable"><a href='/FindaDoctor.aspx' ><span
      class='four columns alpha noMarginLeft blockSquare shadow nResource waves-effect
      waves-gray'><em class='fa fa-medkit
      ahsIcon'></em><br />Find A Doctor</span></a><a
      href='/education-events/class-event-calendar' ><span class='four columns
      noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em class='fa
      fa-calendar
      ahsIcon'></em><br />Classes & Events</span></a><a
      href='/care-services/creation-health-institute' ><span class='four columns
      noMarginLeft blockSquare shadow nResource waves-effect waves-gray'><em class='fa
      fa-heart
      ahsIcon'></em><br />CREATION Health</span></a><a href='/bill-pay' ><span class='four
      columns omega noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em
      class='fa fa-credit-card
      ahsIcon'></em><br />Pay Your Bill</span></a></span>
54341
54342          </div>
54343          <div class="sixteen columns mContent">
54344              <div class="eleven columns alpha nerwait">
54345                  <div id="dnn_ContentPane"><div class="DnnModule DnnModule-DNN_HTML
      DnnModule-22649"><a name="22649"></a><div id="dnn_ctr22649_ContentPane"><!--
      Start_Module_22649 --><div id="dnn_ctr22649_ModuleContent" class="DNNModuleContent
      ModDNNHTMLC">
54346      <div id="dnn_ctr22649_HtmlModule_lblContent" class="Normal">
54347      <a
      href="/news/central-texas-medical-center-maintains-a-grade-for-patient-safety-from-
      leapfrog-group">
54348  <div class="ad-spot-container" id="one">
```

```
54349  <div class="ad-spot-header">
54350  Our Recent<br />
54351  News
54352  </div>
54353  <div class="ad-spot-mainbody">
54354  <img alt="Hospital Safety Score Graphic" src="/portals/7/images/Hospital Safety Score
   …   Spring 2016.jpg" />
54355  </div>
54356  <div class="ad-spot-footer">Central Texas Medical Center maintains &lsquo;A&rsquo;
   …   grade for patient safety from Leapfrog Group</div>
54357  </div>
54358  </a>
54359  <!--Second Ad Spot--->
54360  <a href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
54361  </a>
54362  <div class="ad-spot-container" id="two"><a
   …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
54363  <div class="ad-spot-header">
54364  Hill Country Health Blog</div>
54365  <div class="ad-spot-mainbody">
54366  <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/Paynes.jpg" />
54367  </div>
54368  </a>
54369  <div class="ad-spot-footer"><a
   …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule "></a><a
   …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">AHEAD OF
   …   SCHEDULE<br />
54370  When baby's first days<br />
54371  are in the NICU</a></div>
54372  </div>
54373  <!--Ad Spot Three-->
54374  <a
   …   href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx">
54375  </a>
54376  <div class="ad-spot-container" id="three"><a
   …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">
54377  </a>
54378  <div class="ad-spot-header"><a
   …   href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
   …   target="_blank" style="font-size: 12px; line-height: 1;">
54379  <div class="ad-spot-header" style="display: inline !important;">Preventing Medical
   …   Errors</div>
54380  </a><br />
54381  </div>
54382  <div class="ad-spot-mainbody"><a
   …   href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
   …   target="_blank">
54383  <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/TJC%20Speak%20Up.jpg"
   …   />
54384  </a></div>
54385  <div class="ad-spot-footer"><a
   …   href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
   …   target="_blank">Learn how you can speak up and become an active participant in your
   …   health care.</a></div>
54386  </div>
54387  </div>
54388
54389  </div><!-- End_Module_22649 --></div>
54390  </div></div>
54391                  </div>
54392              <div id="erWaitTime" class="five columns omega erWaitTime
   …   mobileDisplayHide">
54393                  <div id="dnn_ERWaitTimePane"><div class="DnnModule DnnModule-DNN_HTML
   …   DnnModule-22497"><a name="22497"></a>
54394  <div class="c_head default_container purple_title">
54395      <div class="head_title">
54396          <div class="c_actions">
54397
```

```
54398              </div>
54399          <div class="c_icon">
54400
54401              <h1 class="c_title">
54402                  <span id="dnn_ctr22497_dnnTITLE_titleLabel" class="TitleHead">Video
…    Spotlight</span>
54403
54404
54405
54406              </h1>
54407          </div>
54408          <div class="clear_float">
54409          </div>
54410      </div>
54411      <div class="c_content">
54412          <div id="dnn_ctr22497_ContentPane" class="Normal c_contentpane">
54413          <!-- Start_Module_22497 --><div id="dnn_ctr22497_ModuleContent"
…    class="DNNModuleContent ModDNNHTMLC">
54414          <div id="dnn_ctr22497_HtmlModule_lblContent" class="Normal">
54415          <div class="video-iframe"><iframe
…    src="http://content.jwplatform.com/players/IYxGs7Oc-cb7Y9x9E.html" width="280"
…    height="170" frameborder="0" scrolling="auto"></iframe></div>
54416 <div class="video-text"><strong>CTMC Health Tip<br />
54417 </strong>
54418 <p>Jackie Duran, LMSW, explains 2 common misconceptions about hospice care. </p>
54419 <br />
54420 </div>
54421      </div>
54422
54423 </div><!-- End_Module_22497 --></div>
54424      </div>
54425      <div class="c_footer">
54426
54427
54428
54429      </div>
54430 </div>
54431 </div></div>
54432              </div>
54433          </div>
54434      </div>
54435      <div class="container">
54436          <div class="sixteen block columns pageMiddleNavigation shadow
…    linkNavigation">
54437              <span id="dnn_AHSISQUICKLINKSMIDDLE_lblNavLinks"
…    class="nLinks"><ul><li><a href='/patients-visitors'>Patients</a></li> | <li><a
…    href='/PatientsVisitors.aspx'>Visitors</a></li> | <li><a href='/about-us/careers'>Job
…    Seekers</a></li> | <li><a href='https://physician.ahss.org/' target='_blank'
…    >Physicians</a></li> | <li><a href='/ContactUs/ShareaComplimentConcern.aspx'>Share a
…    Compliment</a></li> | <li><a href='http://employee.ahss.org/' target='_blank'
…    >Employees</a></li> | <li><a href='https://ahs.vendormate.com/' target='_blank'
…    >Vendors</a></li> | <li><a href='/patients-visitors/my-rights-and-privacy'>Privacy
…    Policy</a></li> | <li><a href='http://www.ctmc.org/home/SiteMap.aspx'>Site
…    Map</a></li> | <li><a href='/about-us/community-benefit'>Community Benefit</a></li> |
…    <li><a href='/patients-visitors/after-my-stay/financial-assistance'>Financial
…    Assistance</a></li> </ul></span>
54438          </div>
54439      </div>
54440
54441      <div class="hospitalStats nerwait">
54442          <div class="container">
54443              <div class="sixteen columns">
54444                  <div id="dnn_StatPane" class="ContentPane"><div class="DnnModule
…    DnnModule-DNN_HTML DnnModule-22680"><a name="22680"></a><div
…    id="dnn_ctr22680_ContentPane"><!-- Start_Module_22680 --><div
…    id="dnn_ctr22680_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
54445          <div id="dnn_ctr22680_HtmlModule_lblContent" class="Normal">
54446          <div style="float: right; font-size: 1.8em; width: 40%;"><em class="fa fa-phone"
```

```
54446… style="margin-right: 10px; margin-top: 10px; color: #00305c;"></em>
54447 <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em;">Questions? Call
    … us at <br />
54448 <span style="font-size: 1.5em; font-weight: bold; color: #00305c;">(512)
    … 353-8979</span></div>
54449 </div>
54450 <a href="/news/patient-stories">
54451 <div style="float: left; font-size: 1.8em; width: 30%; padding-left: 120px;"><em
    … class="fa fa-comments" style="margin-right: 10px; margin-top: 10px; color:
    … #00305c;"></em>
54452 <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em; color:
    … #757575;">Patient <br />
54453 <span style="font-size: 1.5em; font-weight: bold; color:
    … #00305c;">testimonials</span></div>
54454 </div>
54455 </a>
54456 </div>
54457
54458 </div><!-- End_Module_22680 --></div>
54459 </div></div>
54460                 </div>
54461             </div>
54462     </div>
54463     <div class="container nerwait">
54464         <div class="eight columns alpha">
54465             <div id="dnn_FooterLeft" class="ContentPane"><div class="DnnModule
    DnnModule-DNN_HTML DnnModule-22682"><a name="22682"></a>
54466 <div class="c_head default_container">
54467     <div class="head_title">
54468         <div class="c_actions">
54469
54470         </div>
54471         <div class="c_icon">
54472
54473             <div class="title titleBorder">
54474                 <span id="dnn_ctr22682_dnnTITLE_titleLabel"
    class="TitleHead">Location</span>
54475
54476
54477
54478             </div>
54479         </div>
54480         <div class="clear_float">
54481         </div>
54482     </div>
54483     <div class="c_content">
54484         <div id="dnn_ctr22682_ContentPane" class="Normal c_contentpane">
54485         <!-- Start_Module_22682 --><div id="dnn_ctr22682_ModuleContent"
    class="DNNModuleContent ModDNNHTMLC">
54486         <div id="dnn_ctr22682_HtmlModule_lblContent" class="Normal">
54487         <p>Central Texas Medical Center <br />
54488 1301 Wonder World Drive<br />
54489 San Marcos, TX 78666<br />
54490 (512) 353-8979 </p>
54491         </div>
54492
54493 </div><!-- End_Module_22682 --></div>
54494     </div>
54495     <div class="c_footer">
54496
54497
54498
54499     </div>
54500 </div>
54501 </div></div>
54502
54503 <div id="footer-copyright">
54504     <a href="http://www.adventisthealthsystem.com" target="_blank">
```

```
54505    <img src="/Portals/_default/skins/SMMC/images/footer_logo.png" alt="copr
...      logo"/>
54506        </a>
54507        <br class="clear" />
54508        <span>2009-2014<br /> All Rights Reserved</span>
54509        <br class="clear" />
54510        <span class="description">Shawnee Mission Medical Center is <br />a member of
...      Adventist Health System</span><br />
54511    </div>
54512
54513            <div class="bottomLogin mobileDisplay">
54514                <a id="dnn_USER1_registerLink" class="SkinObject"
...      href="http://www.ctmc.org/home/registration?returnurl=http%3a%2f%2fwww.ctmc.org%2f">
...      Register </a>
54515    <!--close registerGroup-->
54516                <a id="dnn_LOGIN1_loginLink" class="SkinObject"
...      href="http://www.ctmc.org/login?returnurl=%2f">Login</a>
54517    <!--close loginGroup-->
54518            </div>
54519        </div>
54520        <div class="four columns">
54521            <div id="dnn_FooterMiddle" class="ContentPane DNNEmptyPane"></div>
54522        </div>
54523        <div class="four columns omega right">
54524            <div class="mobileDisplay">
54525
54526    <style>
54527        .facebookIcon{
54528            color:#3B5998;
54529        }
54530        .twitterIcon{
54531            color:#1DA1F2;
54532        }
54533        .youtubeIcon{
54534            color:#CD201F;
54535        }
54536        .linkedinIcon{
54537            color:#0077B5;
54538        }
54539        .pinterestIcon{
54540            color:#CB2027;
54541        }
54542
54543        .socialIcon{
54544            padding:10px;
54545        }
54546
54547        .soical-icon-header{
54548            margin-left:-120px;
54549        }
54550
54551        .googleIcon{
54552            color:#DC4E41;
54553        }
54554
54555        .instagramIcon{
54556        color:#447C9D;
54557        }
54558    </style>
54559    <div id="dnn_AhsisSocialContent1_SocialContent"><div class='soical-icon-footer'><div
...      class='title'>Connect with us:</div><div class='block shadow'> <a
...      href='https://www.facebook.com/centraltexasmedicalcenter' target='_blank'
...      class='socailIcon'><em class='fa fa-facebook-square facebookIcon
...      fa-4x'></em></a> <a href='https://twitter.com/CTMC_SanMarcos' target='_blank'
...      class='socailIcon'><em class='fa fa-twitter-square twitterIcon
...      fa-4x'></em></a> <a href='https://www.pinterest.com/ctmcsanmarcos/' target='_blank'
...      class='socailIcon'><em class='fa fa-pinterest-square pinterestIcon
...      fa-4x'></em></a> <a href='https://www.youtube.com/user/CTMCSanMarcos' target='_blank'
```

Page 1789

```
54559    class="socailIcon"><em class="fa fa-youtube-square youtubeIcon
    …    fa-4x"></em></a></div></div></div>
54560
54561                    <div id="dnn_FooterRight" class="ContentPane"><div class="DnnModule
    …    DnnModule-DNN_HTML DnnModule-22864"><a name="22864"></a><div
    …    id="dnn_ctr22864_ContentPane"><!-- Start_Module_22864 --><div
    …    id="dnn_ctr22864_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
54562        <div id="dnn_ctr22864_HtmlModule_lblContent" class="Normal">
54563
54564    </div>
54565
54566    </div><!-- End_Module_22864 --></div>
54567    </div></div>
54568                    <span id="dnn_AhsQuickInfo_lblQuickInfo" class="quick_info"></span>
54569                </div>
54570            </div>
54571        </div>
54572        <div id="blurScreen"></div>
54573    </div>
54574
54575
54576
54577    <!-- Mobile sliding menu
54578    ================================================ -->
54579
54580    <div id="mobile-sidebar">
54581        <div id="mobile-sidebar-right-shadow"></div>
54582        <div id="mobile-sidebar-search">
54583            <span id="mobile-sidebar-search-icon"></span>
54584            <input id="mobile-sidebar-search-box" class="remove-bottom"
    …    name="mobile-search" onkeyup="return clickButton(event);" type="text"
    …    placeholder="Search" />
54585            <span id="mobile-sidebar-search-clear-icon"
    …    onclick="jQuery('#mobile-sidebar-search-box').val('');"></span>
54586            <div id="mobile-sidebar-search-bottom"></div>
54587        </div>
54588        <div id="mobile-sidebar-scrollable">
54589            <div id="mobile-sidebar-menu" role="navigation">
54590                <div class="mobile-sidebar-iconMenu">
54591                    <div class="icon waves-effect waves-gray"><a id="mobileTelephone"
    …    href="#"><i class="fa fa-phone"></i><br />Call Us</a></div>
54592                    <div id="mobileLocationBtn" class="icon waves-effect waves-gray"><a
    …    href="#pageLocation"><i class="fa fa-location-arrow"></i><br />Get
    …    Direction</a></div>
54593                </div>
54594                <div style="clear: both;"></div>
54595                <div id="mobileBreadCumb"></div>
54596                <span id="dnn_AHSISMOBILESIDENAV_lblMobileMenu"><ul
    …    class='inner-level'></ul></span>
54597                </ul>
54598                <div>
54599                    <ul class="mobileSideTopMenu">
54600                        <li class="testthis"><a href="#">Your Account</a></li>
54601                    </ul>
54602                </div>
54603            </div>
54604        </div>
54605    </div>
54606    <script type="text/javascript">
54607        $(document).ready(function () {
54608            document.getElementById("mobileTelephone").setAttribute("href", 'tel:' +
    …    $('.linkNavigation').find('.facility-phone').text());
54609        });
54610    </script>
54611    <div id="content-mask"></div>
54612
54613    <!-- Load Java Script -->
54614    <script type="text/javascript">
```

```
54615        $(document).ready(function() {
54616            $('.mobileERIcon').click(function () {
54617                if ($('#erWaitTime').hasClass('mobileDisplayHide')) {
54618                    $('#erWaitTime').removeClass('mobileDisplayHide');
54619                } else {
54620                    $('#erWaitTime').addClass('mobileDisplayHide');
54621                }
54622                $('.nerwait').toggle('slow');
54623            });
54624        });
54625
54626
54627 </script>
54628 <!-- css3-mediaqueries.js for IE less than 9 -->
54629 <!--[if lt IE 9]>
54630        <script src="js/css3-mediaqueries.js"></script>
54631  <![endif]-->
54632
54633
54634        <input name="ScrollTop" type="hidden" id="ScrollTop" />
54635        <input name="__dnnVariable" type="hidden" id="__dnnVariable"
       autocomplete="off" value="`{`__scdoff`:`1`}" />
54636
54637
54638 <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
       ></script></form>
54639
54640
54641     <script type="text/javascript">
54642        //<![CDATA[
54643
54644        //This code is to force a refresh of browser cache
54645        //in case an old version of dnn.js is loaded
54646        //It should be removed as soon as .js versioning is added
54647        jQuery(document).ready(function () {
54648            if (navigator.userAgent.indexOf(" Chrome/") == -1) {
54649                if ((typeof dnnJscriptVersion === 'undefined' || dnnJscriptVersion
       !== "6.0.0") && typeof dnn !== 'undefined') {
54650                    window.location.reload(true);
54651                }
54652            }
54653        });
54654        //]]>
54655     </script>
54656
54657 </body>
54658 </html>
54659 ****************************************************
54660 The following data is from ctmc_org-20160913-page_source.txt
54661 ****************************************************
54662
54663 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
       "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"><meta
       http-equiv="X-UA-Compatible" content="IE=edge,chrome=1" >
54664 <html >
54665 <head id="Head"><meta content="text/html; charset=UTF-8" http-equiv="Content-Type"
       /><meta content="text/javascript" http-equiv="Content-Script-Type" /><meta
       content="text/css" http-equiv="Content-Style-Type" /><meta id="MetaDescription"
       name="DESCRIPTION" content="Compassion to all and dedicated to creating a healthy
       community. A Joint Commission&#39;s Gold Seal of Accreditation hospital. Conveniently
       located off I-35.
54666
54667 director pathology child life cancer childbirth medicine physicians central texas
       medical center san marcos" /><meta id="MetaKeywords" name="KEYWORDS"
       content="hospital healthcare medical services san marcos tx nursery center baby
       online medical therapy physical health women cpr hospice email services records
       classes jobs radiology babies wellness blood nursing birthing human resources wound
       surgical hospital cradle emergency maternity births volunteer job employee nurse test
```

```
54667  womens treatment web cthc start class patient department newborn management insurance
   …   support pharmacy assistant lab dietitian picture cafeteria born openings nicu
   …   breastfeeding /><meta id="MetaCopyright" name="COPYRIGHT" content="Central Texas
   …   Medical Center | 1301 Wonder World Drive, San Marcos, TX 78666 | (512) 353-8979"
   …   /><meta id="MetaAuthor" name="AUTHOR" content="Central Texas Medical Center" /><meta
   …   name="RESOURCE-TYPE" content="DOCUMENT" /><meta name="DISTRIBUTION" content="GLOBAL"
   …   /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" /><meta
   …   name="REVISIT-AFTER" content="1 DAYS" /><meta name="RATING" content="GENERAL" /><meta
   …   http-equiv="PAGE-ENTER" content="RevealTrans(Duration=0,Transition=1)" /><style
   …   id="StylePlaceholder" type="text/css"></style>
54668
54669      <!-- AHSIS CUSTOM HEAD META, STYLE, AND SCRIPT PLACEHOLDERS ADDED 4/10/2013 -->
54670      <meta name='viewport' content='initial-scale=1.0, user-scalable=no,
   …   maximum-scale=1, width=device-width'><link href="/Portals/_default/Skins/Adventist
   …   2015/css/font-awesome.min.css?cdv=321" type="text/css" rel="stylesheet"/><link
   …   href="/Portals/_default/Skins/Adventist 2015/css/global.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><link href="/Portals/_default/default.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><link href="/DesktopModules/HTML/module.css?cdv=321"
   …   type="text/css" rel="stylesheet"/><link
   …   href="/DesktopModules/AHSIS.Banner/module.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><link
   …   href="/Portals/_default/Containers/Adventist/container.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><link
   …   href="/Portals/_default/Containers/SMMC/TitleWithGrayBorderContainer.css?cdv=321"
   …   type="text/css" rel="stylesheet"/><link
   …   href="/Portals/_default/Containers/Adventist/PurpleTitleContainer.css?cdv=321"
   …   type="text/css" rel="stylesheet"/><link href="/Portals/7/portal.css?cdv=321"
   …   type="text/css" rel="stylesheet"/><link href="/Portals/_default/Skins/Adventist
   …   2015/Themes/Adventist_Main_menu/theme.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><link
   …   href="/DesktopModules/AHSIS.AHSYourAccount/css/Adventist2015_yourAccount.css?cdv=321"
   …   type="text/css" rel="stylesheet"/><link
   …   href="/Plugins/jQueryUI/jQuery-ui-smoothness.min.css?cdv=321" type="text/css"
   …   rel="stylesheet"/><!--[if lt IE 8]><link rel='stylesheet'
   …   href="/Portals/_default/Skins/Adventist 2015/css/ie7.css'><![endif]--><style
   …   type='text/css'></style><script
   …   src="//ajax.googleapis.com/ajax/libs/jquery/1.8.3/jquery.min.js?cdv=321"
   …   type="text/javascript"></script>
54671      <script src="//ajax.googleapis.com/ajax/libs/jqueryui/1.10.0/jquery-ui.min.js"
   …   type="text/javascript"></script>
54672  <meta name="google-site-verification"
   …   content="lVUi7_I54_byRshf4XXZVfW-2gVsysd2mEbTFu_pC7Q" />
54673
54674          <script type="text/javascript">
54675              var _gaq = _gaq || [];
54676              _gaq.push(['_setAccount', 'UA-1824477-1']);
54677              _gaq.push(['_trackPageview']);
54678
54679              (function() {
54680                  var ga = document.createElement('script'); ga.type =
   …   'text/javascript'; ga.async = true;
54681                  ga.src = ('https:' == document.location.protocol ? 'https://ssl'
   …   : 'http://www') + '.google-analytics.com/ga.js';
54682                  var s = document.getElementsByTagName('script')[0];
   …   s.parentNode.insertBefore(ga, s);
54683              })();
54684          </script>
54685
54686      <script type='text/javascript'>
54687              jQuery(document).ready(function() {
54688                  if (jQuery('#bannerFlexslider .flexslider').length > 0) {
54689                      jQuery('#bannerFlexslider .flexslider').flexslider({
54690                          animation: 'slide',
54691                          pauseOnHover: true,
54692                          smoothHeight: false,
54693                          slideshowSpeed: (6 * 1000),
54694                          slideshow: true,
54695                          animationDuration:1000,
```

```
54696                                    directionNav:false,
54697                                    controlNav:true,
54698                                    directionNav:false
54699                                });
54700                            }
54701                        });
54702                    </script><title>
54703        Central Texas Medical Center: San Marcos Hospital
54704   </title></head>
54705   <body id="Body">
54706        <script type='text/javascript' src='/Portals/_default/customhead.js'></script>
54707        <!--[if gte IE 9]><!-->        <script type='text/javascript'
...     src='/Plugins/iScroll/SMMC_iScroll.js'></script><!--<![endif]--><!--[if lt IE 9]>
...     <script type='text/javascript' src='/Portals/_default/Skins/Adventist
...     2015/js/modernizr.custom.min.js'></script>        <script type='text/javascript'
...     src='/Portals/_default/Skins/Adventist 2015/js/html5shiv.js'></script>        <script
...     type='text/javascript' src='/Portals/_default/Skins/Adventist
...     2015/js/respond.js'></script>        <script type='text/javascript'
...     src='/js/PIE.js'></script><![endif]-->
54708        <form method="post" action="/" id="Form" enctype="multipart/form-data">
54709   <div class="aspNetHidden">
54710   <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
...     value="" />
54711   <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
54712   <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
54713   <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
54714   <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

```
...     value="Q8RhEAv1/8hGjOPwTBF9qAqlQewsBcQ22dsKHYtwamG2vM0e66oKXrBMZtaJVW61Kk3JOPeBiILq+
...     ym/LIsSlbaEwaFxpSmGQrOcTigKW4nPbG0yOCd9iu8wCX4OeARfJRDGIvUaKvR19Fq3mC65+eNL7gkc9+
...     jl84ENWyNYWs068Xwgy5Zlsuv8nY2CWbxCvrnkFaQA7SnfMMRkN++712/
...     wrK6ksN3hMyQY9sJPabDfKbxd8IAyMnUJdzRXXPJKFylvxccivYHKDZuFMRBaWY/DHHlb2ugDBCygZ+
...     c0BGQEqv+
...     UqGFX0LUWEImEOsW9vPfEOMisJ7lyBSPxtpaF1iAUOucqB2rxnJszqM7nLVXKTTI465ZQdUDsrBNW79XDXHmN
...     js0hR11ILALOSjsmXHVd9d3Hl2igPV1BIsFCswZY6oqfwCLwvtTuZw2SMgk4qmrBIOZV3Qh2F5T9cjU3rg9cc
...     RZ+s24t2NVXyUeVHeIj8F9MxaUaUyj/Y15DMU9FCt5XYOgO+l2gBmTWzLdy8YdpsL+
...     MUbaIemTXDUwiYuh2McDJUwRxPYwa2ISQ//boF2hLvmBgTJUC9LVKWJynp+uO+Pw1Hipwk+
...     ICEhvdd4KWYHRpnS2jRsG2V3WbHsfGEtXEmyJ2DR5wiOIMmywNLEvcJjXwDeCdzdwqcbrKx8KJjiF7BSiaFrB
...     gPlWssWKCkEl1r16cvgLJ2cl/OgMKbbgYb2RMXv2eTtmuUS0Gk15cep8QWzNQEpDhIP/MwaljcGjqLM+
...     yxpOftHMLqzg+VTODjKjTLUwfx2+RiFhnUIuFpYZo3/
...     gKtNtPxIATXKIFchvnYS0VUGmXrYZrmGKeHVkA5hao4Tyx3r1QQ5WTJjGij6fwPiPOLQZcfK2aOlGa9nSPcMC
...     Qk57gWNanf5eThuptAvJR0/tDoSL0b9HNaJXH58bji9ANZ+Nvoie/e1OsWnKTA87NNh/e4g++
...     UXVvXyVd9TyE0xvN6T1ZxMkSoyygGK798K87qHEm8pi8NyAbUm09d3lHz47HOXLh0LR+
...     rs9OElwCfhg1R7K7FwfY//5PcpyfcqMoQYXl9Jl7BT6OZX761ks0YkGx0dMOx8Qm/SIPg65eqbQOq7mnNSK0+
...     HABCrv9BPloezTp9pm8TL2RW3pwJuwU0/7+oZ4tzU+TdJ5qUiaR7N/AiDeYZEILR6cRjpr/
...     c9QML0htXPaharVOngOUOYKYcQjQwTbcai6A2P7B+
...     7JcIwNVPNuC3NyM8GdlFrDcioI6zSURNkVPzEWtKVtonj7VbYhkiItlmuHQTdTwG1Fmrn6xu+
...     pP5laV3Owlnd7AntSOzdvJ4s/joXr3Y5kVrykfiNPLKyrOHE01WMYjla+j/lmku5YYfSCVgm/
...     RV7MkD5hKlOzexVQ0cKvND+3Sb0M7kbUFu+lWRtVlNiPd7x00Z5DaGlAsW/
...     CzbTOtyRiqh8NRy4NzSaPyKdJcX2rHydPIav41AwcPSmN0UiW67FRduTrxdmh1Kxvm3AVr1IyQIZjGb+
...     UhK4C8HbDncckxakiEKOeLgnALN5dQrHsgadoicXt5uVQl3pkAJPjShEfUAY0IenUNZ4D6HfjbZ1bFoTDKKtW
...     qhNctmQDu34hBBUNn3bV6k+4bDMakpS41fiqJD+HDpZPNU11fNRDt+
...     AsX5tlTD2Gct8Imtun5vvVt4K51Ltvw3kOXXTMDB5bccRCLBK+HFfVv4a3OIUbjgQNnf1mLSVCfc5F68+
...     AVzWUqJd7dADPnwJuZC3Y5gGsBS6IRTwC1OzdPzesoaCVAGyFIBU1riDafRWeFCepMIsokwZ8IaD8eRkW64eM
...     bqJ4wolj1O7S21L6nMRFrKGvzJUr296s2Lf5Jk3Y35XSSCQ7YODqJ0stcOVkcMdCdxpZNSf0n77JqEtaunJOJu
...     zLnto7UL2sgRGgbcIJNWFmceRHbezWM5EUn4zepkmd0Xjd8p3QtQloTQ1KaSMm4MG3oqJhQ75qTzwTH/
...     4XPBc4yloWYQvs/KKrdQPAwqhJ/61nbJDILUmM1It+X4yylqa6xeEBU4XS/tLU/
...     LJJlhxa6VTNPAxFOOrjD8kha7YtKN7zrD4chozRhTaMFtZB0PKxPDaDxyjVFsQwlF0ltdujRk7LBTSjvGPt2F
...     ovFpekl20Z79xYkkFXKiZknxlibYagqzsrRPTlY4gXUfmwJxQ6SwkRE0Di1kpjwNmGlPwysRHZOpTDjvrhy1q
...     Xlb3aI6ihBg8QzHrhPlCaBbetLy9d20VJBCXF8/nqSfmXDfdPoGWpxP+
...     ljF3jAC2aYHeHu0WHn59p95Hi3kbpXMCjeGCD6xyJ1jmwbz9HSgTW7qPgaNObt7IZkHtikufijFaiwAouXZdw
...     0t9CxSauldl/MecEKDgttQxy+GIwodgrZ/iRBZp1ZUdY+l8hFf9masZ2Cgi54zzjVpCJGrO6ZqG85GLk8v6Tfk4
...     fPS1Um+cMEV/SveEwg2pKvrsXaZzp45GOMs1yo9m/EoT1Zc/nVwYzdN5LloInQNgddt+pkhhOgy9qzv9y+
...     rTXXKjdqEg7AGgYWwyznDsTu21u0oogpAz+2TJP+VL18xmUrNLkv+B830hdsVN9q4Ug/
...     repdp6a19Uj8LHv05DO1t1bJo21pdzNqLr8BbqrylQ44Fn4M1M+
...     XgJcKalcfepgDiTpZrrcH0PLxGdX14AG2GIDPhNd2qANeknf1vYBlykHX6Cumz8R0qtfLmG2kwss9kZdo4rJN
...     jC/wt/dWoUdWkXwKdjmfBuBj9QCWCfqWmE+
...     uBGDmS4Ev7mAh9eCGqW0VGLJjl3t9eGdOHWPZ32WiWGQ4s2qImHuRgMptjCQlP7AOvNnSu++
```

54714... YIUqpPbUzjdPC1z4urBr2EqPrFtp9SXZltjUazdp/xwmF15YfC1D2xk+
qGv8ayWWD5yUzK5MyKSCQc473uBf6qCCx3M/
Cr8AM1YaNYIGphRVT6RSf3oGia9b7nqpLBh83IYdetu74nWNqB6m2S/
kC9Q7qY0b36ji7TpZpKzOETOQMnuiK8Tbt+F0VwoAc9EA1wJLJVzvauQN9bxllUaY+
m8aBBjXLpyjJSMSsJDZ3uG5oyxWuySv5glhmX2FsxzGTXQFgPAIUBa6BAjHuxCiDnRnjrN3Yg4VnvKs+
jFk4fYDg8QYLhS/5FT2A4so73cbLBpo9kbJic9uQFfbDUti20uReKWxsuXwF8IlfCvREBiC/
ccSo2Q6CNH20LBsTMhJgZ8QvB50YwFF/ClqAkdvc2KA/RZbvgj8Bi/+vzdjv4sfuoDvyfaINFT/
or82Y49VdoWF87DQ4uBfNq09ZPw+mp8ZohFwD+YJYl3hny1aBT+an+W8/
91FkeSfBN19W2HbTM16GYRaVEM58koluyE4zNpPsusmivtv4yqC27+
o9Me3S8kgXboSxH7woiqrBBzALw7Zx6dzGAO+
C77kDDzbGIqwt8L97OvlBfmTmbU2vCUZTRivC6YuWkBUgjZPQGD1h34uBqte5ZLpZbWxX7KAKYJzMdRw74boq
RMQCUT8ZX8EqforYNhT66rDRMLLjahQPDITvJ5uxKjn5zW9xZ3OnVRNosrjXSA5zgtuZ5RJCPQixiwHa786Bp
h2K3OKmCnrQFL9NHOyTsJGH8pajsKiiTp0soJL1tZipNBiTv5zBqdxFVRtPmGD/ZEN96WByoeG/
5R41h4p6Qb6S75ds5eY9kseLvhQxvZaC1tpA/puFxqXkK5+NxxIEs4I+4GfhzChCQwYs/
oFmoL3UUrwPy0S1su9OfR/1+JoHasOg/31H/
hYkDnyysmwcUa955xaD3ZE1O5ypc1zXFEbmx0zzVJwUy1yBfxvp+/+
KSBfygwJocC0CpAhXCldeFvLCAvpIZYw80BSQmrCABbIA4emhkJMu8YHmzcz9pwwJhsjstCf6mKAVXXizssr5
vpVgnjvRNmZRyenN09/jJL5JQCEc/dOqCN8SKLSIkhYBzBACVicv+6U+tPq/X/p90hIyHQwMDIA+
aWml5Sn6FVuwXIEAFDrx/Okgm/AxksAMXEU2ua268SOb4+cTI3C/95otcekJfzsa733RNu2nTEfc3iDJduV+
zF/Dspzr31EV725D293DEuiknsg0ck90ZJrpOCXKP1nIfTbUXD8QuEbBdBcKB+
8JEUVNsTmcaCPf13uvypFbi9J3h4SzSP51LroGtto3PlbWyToKwcSnT7TT0GK/
7Ot5MUKtIG3eSyXMyD4JsLeMtd5M0xb6uksZp7Fcn2zgriJ5DMbeAJqapWiANAbGs+TJG+
wCuf8B5eDu1nVfAluGJsXFLUXrv2XJhUlYmj095jBxd0Q8fg3IcsqKIg3TZ3d4CpcJmcs7B2VRi5J7aQgOwMK
Z34kocgzuzZN82hB9sVvSB0UfLtQGzh8rBVuqzQCgwMmUcalTTnYwGbCXkBYrVtkzbwmXGYM4sSAHjB1mVW/
EyXn7o13YBz/zhHa4BYrNJ8rDqn0G1nN0d5vvH+KVRIR+V2Vm/WPEr53mgM5YkeTT58R4CIO9B8YCeM/
9oML6GjeO1o6c2lkWOjD6nvzybgbY6mFSIceglqTveaA3uvRscBkOBYGQ2TZdMhF4txlvU/
kHqaZjYx5omY57kdGMp2CCb9nO+
dSFdvup3iaHdrEksS90HIzrwcF1RYQm25Jg9DtwNkBztnLlHasHi6wiL24URLxErO/24c6xYxE3C6TZEZxKUH
/Rg/h9apBNWDPOFCMzUbdzx5BpFzeNMXRiGjlzBrGOqv71C51UlsjgUi8VfnbNfJHpCd0y9hyg3dp/
hYPRLi7KLlcD1pnKMJuFNPWZ5x1HQaWI/a+
EF2IU09mgl0mSKg0jfQqOWHEIu97d8QPEYcW9sHymilNCiwezR19hx5IaEy6znvgNlf5ZJ9WNTVPLxMPq/KL+
lih/PnsncHFqSYEyJm4vX9Nev7mJhli8WQxFlK6fZlo/wofY49Rvrev+
JByzyfDPCpThzUcXyEXq72g8F2oYDI4aQ09FHolrVVTzCJ40bnyTBayB7Mw0qUFdIRjFsGuOttwQIhcXqxEWQ
V+twBpoxmbLnr+pwnlJVQmxcMe8x7ELp3Rsvn8s04iRtPdVYh9OKCeSO/
Sk9qvpsmKWfEScSQnoLcxaf7gBSWwLYDRH3kmfaTanniSm7RVoWqi5EjOzMa46pbJulkqlep1T/
Iqg7nwWra0vppVdRJKWjwD5PEK4Y3QsO0kxJQvbVYn+
PYXnOu5YiYIXfuHr4OSqxRsrmmnYCRznruxubz8j0yVeka55vzORHFdviiCXK4X3XwXc7rZcGtUQG+
ellVmALsAdAb6CTcvPadLyUzFludU8omW75bE8pEXzLAJePizJFkLIOxOQSKGX2s1ph65mCWusF6evUYu4gU7
vLPaadqmJD8fKHFLecBk6fh56jpV5apFsLuChdmyOMgSA11PWu5dDmBvUq2Gv+
WZcm5DxoyNLJMiRJw8OLbL3bEnpCkrVaeQkAGqQ0X+54hiTsJ9U+
IeYQTh9wTfUOdqdRgTnjPeZGSyeSKO4axRR/BLRNBrVUmnxDTxmiFx84mehMC3LH6BPW24iaQarBhYcbS9i+
xaN7k2uYsZUtJ3sH+9drlZFWCjGqbgeaEu2JzLO+HR8qECFGKS/
oe5ROSlQrEjJeoAeSkT4dKbhCtzgwFTZkBIJSRHO81200ht/lEt9AHCjfdUBp7WO+9RYgNS4Ck5KBzN1cR/
s0DMBXuNMSgv900BAVz9dUd2Vo3ruAKRFQSPx9pVd+QTZe8iN1879ai8u0G8t/
Dd1yXi9tEusOoTyXyCfbF1XoJF239RxF64SmPoGNusc6s9duy22bE01jXwZBj9RJT5v7U4+KKc+
lFDO9caBQNYIQIDXgCu6di8ns+0YGQsFVpRwr5Pav/r2xNofyC7QG88YQ+Fe79FPt2xJL/YMPUJBZNJq/
cBabvh6gqC0arKm03rkEBwrDBLtUDRJ0Q9uJN4y/
dyrGCGRzo0JCydHGvHufsuZFoMuWQxsS0XHolpdC7WFp0uAuiHqvmB34zruXAXNdUZljgwWfTtWORzlsWW7F2
Kg7TkGEjh+J95zpqck+YcSf3WizVPp9U+
ACm4gVpmsEP2mgvfMB8SY8Bj9xM7J2RNkIjWOrHLwSHNv5jFPLQEcVDJPeyTPC1rGPO1pdieU7HLR5jgGxTra
M3sfWgeYdfxvrV5tsO7uAtiGTwmwNrWo5h1LhrbbLEl17KZBncdOnQw+U8AvfUOof1sNlJfr10Ul/
lcsyglrrM9NNfeJfU1EYI8WQ0OSjKggyp+jkJ1eEDOOqSe4rN7Ybsz3GzkkpaU5LYDO1V7j0Yh+
yrweZi4V5yzaUvgv03QwcyiYLLKBTDkoQGcaU3Tes+
Q0ciBcnSCNhfSNLJrR54RHyIpMoG8059rZCbkRITorWCT9n6qr9ftegmQpFVlfJF+
lv32byXs5909kd3pDskm36a2lt28mLkZdf4/yVr84tBZjZ2Xsp0Kwf+
l9aOwezPLGRw4Rag4GHjGr6pI3IgxnLo2wNZOWNpQ9xB9bceScXLqmfNqMvBTdv7jvBzZNmDDQlZFx/
tDa99vmvFfmrSeOY/+
OyORRM6KTleOMSIWbuuoNWTVl6SrwrfPbxDSKP6zLkemf2WJjJxZx0ScAE1mPhm52dSrcQi+sCe9GHhr/
Fdt3gQUwcGp1Vx8l2NFacdtnFMSBCroXpy4eR+4hmwCqPsUYTX44Xw/
BStOucRRjWJXSeBUm1rVoMXvGnXZKFRBEQDP+sdt0nDueA9zWPLSVwZdD9wZQlqOf3xk3ZfVHc5P3QGk+
phqDctPT6qnrxw594w+Rmb2fTxkgtFkbEK1aGAJlvJMB/
wSXnhWJRNM9RqHxeVBLDdXzvQ8LMzwGiyoBhiiHRk+LeZ3aUf/QVYPbW9VxnW+qNC73KvPyxFJcJUN+
xbZca7iNT7/DFqANJNDjNLFL2Fw5qWaxisS8ha8WtpbZsC5xsSXhu/kBBGSlOgy9MgQ929PoQvCP/l/
JVU0BsyWOqn1Mf0GFHe89CsHusxrqo4aQA+wXK3t9UkI9wqswdukrOLEDh4AV+
ElxamTUS51c9E8P2bFH9zOBKvoG0+
OvlvYcBNzN7upGlejxEdWqpxT8HdCegKTepj3F20gPM9voOEUSwtKqwM57l6km6+l4+
M1liSSrl95MtyqOOLZaW7tXMxxC/
kUIAgNHLxcejC2KlUxziasQFMPNpuhAKT7NKyoMat2ori7uCgcgtZPdphP8+qpilE+

54714 2jzVwNoTzLqulV9unH2eizzrFsBDMpLGceUlWrssPFmeKzBoVQH+sxqrSvd 8ukfkRmoG+HrbyyOpwfO8f/T+
  … Jtfkx7L3hbhlKGgdzJSG3lXRVI3L7o7IG3unsmcVxHxskFHHGWxN8jBr13h1aR789pDIzynfcKs77hmBV3IUO
  … KSNodLdnDqEnGeSPe251HQceC2KZmjLIx0ndEHC6ntaGSjTBoAbh3PEysT6/
  … 8ukGvW3b6TDbEIKXnaccpkKDP8w9wRLpMNPriKEIptb8TYWupuJXtxlQE26cbZNPe/
  … uZqWD1nrOcwaCSjqaSdb57/v/CQcr646zFwwScXEjXTkHZBGzJ9j6zFvZF3fpUfIdP0AZNb7SFPR0MATET/
  … iGYTFZXkY2hEKU/XmHsAG3unfQUqKnBxcpPVrKYuV0P3nr3HgZgMB0euJbmVhOC12d5DJgzufJ0JWnwGGg+
  … l7WEzCc7tKw/exckOM3Qc3ae7aI+Va8g0gaMBjuJhDJ8j9QCJt8I3SIHPyqGc/RH9b4KH3qL68Q7H6ff9r8q/
  … 1MB6vbiLHnUmw4u80bVdyMc5/qfc5ZkqHPUUiRQSEslGjSZhO45AeNZ/K03hI+
  … ohGM1O7fCVFBJTD0b0PurrS1LXj8RRVVt8fetBFc7Vh03fHMBJlg2GcjSYqDMZY2tK6NAtkdSpQyXzrDSNHS/
  … Q2M8LZzDHWAGpeKxvRn0MqrW3GDAfexrW9sSgOGg0/ra4yc8ama30dkIX+
  … WIxEVpZe8OIT7fUspmOIk1G2EEKMZwDwCbwAOGIFjt6+VtE0bhJmDGz/
  … PyonftjGU0RLdjm22y6PdhVC7aV5K9jsE/ZvFJMqjIVZIiT+djTfSKD8rZ+
  … WkeTv6Y2PXPCh0rCp1iC29RimTx1SSiZuRv09d5B+VuMk6Ea83HGP2Ar4fOftoZswDgf4SbP5edw/
  … Gw712JEyInqnD+jInBHC4A0UvNxL4bgdRzE5EUQOc5oa/K7MQRXPRae2awnHLVErIJLe6O0qFOzSsO+
  … FNQVcNijRuw/W5iTwl3VOERP/
  … FuEvb518JyT8kPNF1H7TG9yjv3Y7Nzy9aEwceIpUudTFo7PIyWopjpa5GjJkW4h+
  … GiCnv5zfGomUyaZlwGeUScitkYwW5jHdAp863+sAGbhMTOty+ZL7QeR/7YEebNqr1gnRH3y6bhtLxF8fG/Ul/
  … LWQJHj50EqkwzTgpmBSskcIBl0ZVRSgxpZUlbH5LJgf5ehDM0D8/+/kVobVSdNCxK/
  … 8hip5MLyKbfgIqBuu9Hi4yNJoHgTfNw1T7B8ftqJYC/q3FNxxxNZk2B+
  … MiLStI6u5xLbY8Hu1CtcfEb8cI0kJTVy3Of8vRiQQcvwmt7P0L8z1tvyZDXZy8Y6b9VyOQpvImzQk/
  … c3OFhTPwA/+LxhoZlf0VxvFrxqC+
  … Y0c5Kse2WYc4LNHRBrDDY4JewwI1LhhcI3W0Th6eSQClNdofCD9teZZXtqOaV/
  … DSaAQh7RfZBfVapaZmmba2efBApWdKiTi2jua6gcg5bLuN753EeuZKPfrKj4bHMEnlsPVEUDL4luhnXlGa/
  … kAtp5y2VJkGBvgog+L/N6mzSUem+hwIf9NMrPkUizrJpuwdZ5xjwesscGC/
  … xJQKPGFK0Ggf5Bo03PqveuHIPf7ViuIDP7spGU0gGOvOXrXsfbX6XjXas9JkK63u0TWQOONGpWi9MpWDViRIa
  … o1TZfzDbzRKT+EaloqqSAQNSSWFG/3nZL5GoaJ72jtHX82mleq8FOGwll/
  … pcg2uOZqlio3VpRBBfo2LDnMPfY1PltCHK5TItldzgafW0jssrRwBzKAe4Yc/
  … r73Ufq39MuPqVUslWzzqjjVwA5iMrReuxYj49q7xNc4+
  … Kgj3GCfQ65IOL8UMDa1w0R3mgmHo5dQQPHt7QRQ2JvatuAiOwwPeSkgMH1jmstFJ8dQg7t1of+/
  … Wr3QvyvYRFDp4S6pxmgC2MEFidd/rkBbc3udNS3Cm+nYs13nbG20KTlNYQQJR5H+gc2V7wU7ofAe7Z/
  … E0gmniAtP6YZTMhNVSjBMQzG0dvXHqKl0K6i2LHl0KZn5B57v40zDsmGNZw2/
  … i29JB0OaCKkgHAdC3xPIIvz7hjVsyAOBNbe+XiCOGbn/oWwwlS+GoCljUlgR44Q18o0+
  … fORYTtjmrYG8ezpbNbGEu47eIzwOJdtyPfPCYPtb+VOXki2haClhdEKQLku38M8J3zJgyaqQ6V+
  … dNEH5zPl4QtZ4NKbvgxprEmB05RqYe7N6vFd15NFpnfy9weKWmR0UrZk/cTJqhf6NoidFGpWOnlMpUPp5Zi+mNPtkEMdjXE/I42vq
  … +H6NUMz9RJAH33tX18lvQSQ5gex+1tBhgb3cDOHAvi3Rtrr3zbjHRoG01xy7PhAUJg2Jzhun6wYDDnXb+fW/
  … w7Vq8BybMuGjqHkoARNbnK8SN8LPqjoPtsS2KVX/vtfW0HDo5Lp9facHiVDD+KcaA9KFj+
  … UKA8TSeYO90u4Ahe9BZM0ReBsi3MQZz9mKB/p1i/rkMoFLBB7B0/JBszNoSHusgianr3+
  … zhW3eh8XZVVuPQ2rFxaXH+0DRjBQqBdWXQljkxwlFRhoTAz0BHIW0eiTbLjrCU6fMdXJutrsMAJ+
  … F89GXAfWb7LF79E/HUxOP1tH4fnaqEECp67MT14n07B790dRaf31syMn1ujrqJmyR4sNH6ZZtJ6d+
  … pEz8WWm6q1NKv1dp/YOS5UTf/rahKnK6GOedG4B2DnW5r5z/Dh7wT7aO6/1TyCJBpT6+6b+i8NkBs/
  … rwcm7wFLss3mzE5BlYpBACnUvM8EKOzagyT/AT1UOWE+wGHknjpjiSj32HnPKb4i3oXYVfiL9eA5ECNN9TNQu
  … /zJBWN48TJxi9rQ6b+gnoFt+/59DFJAOS2dMflEiesMdqvLTq0R4Y2vMiB+cpEkFsUiDcpCDOOthFvu+
  … vy8gs7sdLA5WrQKloKDVG3R+Ir70klXhDRv4wMA56kTBH6qJx+Wo8Jj2ObD7r+
  … uyUdyUy9CZaRIvhFiV4R764IiSOFoE7DB+FBzjkWsjVmCaOeU2FIPUWObHgDUuEXJzrwTAA/
  … WoLSbHFPLZeMibsfF1+
  … CwUtPOKVhndQlNzyBfuP0HbWShXntG463R1i3iMGe1ym1mmnlyZENZbIz6590xSXMCAKu9ubOwVeMSTa468f0
  … rms+4YAFF0KfP9LhT9rhN5hu+16r7/+BA80OFNXEteotZU4WiJG/F/VHUc5a5W+
  … MkWXpBgTNxbesmLyMz4DaNaKCjGTVuP8czN8rSQEwdu61jmW4f/
  … 8ZEx6agCrqFTI6mX3gbqN72hzgL1AvxZf1w6h0n0KGapFyn4cc+3xU+
  … QuevPwPQs4cKVEJZnZOddWPvqLqFcRDUq/
  … xzZGxzhCfyWvmun7N2oaY5kWHW2Co5gPaM4QN2PkQ7wkfynE2fpXKeWSiaS13tulJRGBmWpsZwMYWRgoLVMTq
  … M6NzpHZduVUKgv3Mhp8M8/k+9Jc3PJIbB3gRaHCMXxMgz79scpAk8I6P5n0bEtyis/
  … JQaIRHeGSA8GlnHthZWC5MxnI2/y9bEMnEO3perIkn+y29XigL6Y30PMj3zGrULymKkayJSna2jzmTx0Cd7w+
  … ppFm5GWdl9ZGUXS17/
  … w3UKn1xgrms0WOq9pP3HXcCMmtzi3U1jmnK62HJ3bvcHsIUkDUM2a65cT5LLbrcmh0rix9NYaQyk1Irk+
  … IJ2vG1xRmaZWvHDm0T8vRa7mVYBqMmzod3wyBnWW5oNPOlUaLkMGpeZ0iMSh82X9CiDrLR2F87fDWY3UFmmZo
  … cCLb2IKrcOZGXKKNMsA5u4jF/T26RNDR3Rb092d+
  … IpvQl4tZE6E8iHbbeS7Eh74xrLMPfrlDQwC9R8Pu5fy81Gl0fmIr1rH4Z8RHFw30eeEWpNdSydIOetLR4ixEp
  … yo+YSwTK0olZHLhdmZZgykxImN6ufs+0E3J0m/4O242iG+EMNIdV4lMScetyfy2fqYD6lFjWP03ywXj8yPTd1
  … /qvrObxHq/U5RBp/80nt9A4bMsfmpG3bi3SAoOOlUNXotMEuMtrGmL668xoX4xIrsgFw70Sau6A==" />
54715 </div>
54716
54717 <script type="text/javascript">
54718 //<![CDATA[
54719 var theForm = document.forms['Form'];
54720 if (!theForm) {
54721     theForm = document.Form;

```
54722  }
54723  function __doPostBack(eventTarget, eventArgument) {
54724      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
54725          theForm.__EVENTTARGET.value = eventTarget;
54726          theForm.__EVENTARGUMENT.value = eventArgument;
54727          theForm.submit();
54728      }
54729  }
54730  //]]>
54731  </script>
54732
54733
54734  <script
  …  src="/WebResource.axd?d=cMoe8aKicfJiHKk6p3SYR8G5C-kyBeKDMaZrnV_XKbXNh9ELw7KWmIjT-
  …  dgn2m1_dXmVrD953XrIxn5d0&amp;t=635833982000037725" type="text/javascript"></script>
54735
54736
54737  <script
  …  src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
  …  =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
  …  Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3a50b12c66-1dd3-4ebf-
  …  87e6-55014086ad94%3aea597d4b%3ab25378d2" type="text/javascript"></script>
54738  <script src="/js/dnn.js" type="text/javascript"></script>
54739  <div class="aspNetHidden">
54740
54741      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
  …  value="CA0B0334" />
54742      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
  …  value="" />
54743      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
  …  value="zimLEYIVefYqBGULMDVuhQxTck1gGzYgUX9c+f6ZPr7Qv2n0CFtzQA/Do/1Hl+n882IsAey/FB6+
  …  ZRuS3RIf9k+DQDfEiXudPLhWFA==" />
54744  </div>
54745  <script type="text/javascript">
54746  //<![CDATA[
54747  Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
  …  '');
54748  //]]>
54749  </script>
54750
54751
54752          <!-- AHSIS CUSTOM BODY SCRIPT PLACEHOLDERS ADDED 4/10/2013 Updated on
  …  6/23/2014 to reslove rendering issue -->
54753
54754          <script src="/js/dnn.xml.js?cdv=321" type="text/javascript"></script><script
  …  src="/js/dnn.xml.jsparser.js?cdv=321" type="text/javascript"></script><script
  …  src="/js/dnn.xmlhttp.js?cdv=321" type="text/javascript"></script><script
  …  src="/js/dnn.xmlhttp.jsxmlhttprequest.js?cdv=321"
  …  type="text/javascript"></script><script src="/js/dnncore.js?cdv=321"
  …  type="text/javascript"></script><script src="/Portals/_default/Skins/Adventist
  …  2015/js/custom.js?cdv=321" type="text/javascript"></script><script
  …  src="/Plugins/FlexSlider/jquery.flexslider.min.js?cdv=321"
  …  type="text/javascript"></script>
54755
54756
54757
54758
54759
54760  <!-- added -->
54761
54762
54763  <!-- MANAGED RESOURCES
54764  =============================================== -->
54765
54766
54767  <div id="site-content">
54768      <div id="transperentBG"></div>
54769      <div class="topMobileNav shadow">
```

```
54770                <div class="container">
54771                    <div class="sixteen columns">
54772                        <!--<div id="dnn_MobileTopPane" class="ContentPane
      DNNEmptyPane"></div>-->
54773                        <div class="mobileMenuIcon">
54774                            <a href="javascript:void(0);" class="show-sidebar menu-btn">
54775                                <i class="fa fa-bars"><span
      class='topMenuText'>MENU</span></i>
54776                            </a>
54777                        </div>
54778                        <div class="mobileLogo">
54779                            <a href='/'>
54780                                <a id="dnn_LOGO1_hypLogo" title="Central Texas Medical
      Center" href="http://www.ctmc.org/"><img id="dnn_LOGO1_imgLogo"
      src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
      style="border-width:0px;" /></a>
54781                            </a>
54782                        </div>
54783
54784                    </div>
54785                </div>
54786            </div>
54787            <div class="mobileERIcon">
54788                ER</br>WAIT
54789            </div>
54790            <div class="container nerwait">
54791
54792
54793 <div id="your-account-container">
54794     <div id="dnn_nYourAccount_yourAccount" class="yourAccount">
54795        <a href="#"><span id="dnn_nYourAccount_Span1" class="yourAccountBtn">Your
      Account<img
      src="/DesktopModules/AHSIS.AHSYourAccount/images/account_downarrow.png"/></span></a>
54796    </div>
54797    <div id="dnn_nYourAccount_yourAccountSlider" class="yourAccountSlider">
54798        <div class="yaTitle">
54799            <span class="titleContent">Your Account</span>
54800            <div id="dnn_nYourAccount_yaClose" class="yaClose"><img
      src="/DesktopModules/AHSIS.AHSYourAccount/images/account_close.png" alt="close
      button" /></div>
54801        </div>
54802        <div class="yaContent">
54803            <p>Use our patient tools for secure, convenient, 24/7 access. <a
      href="https://account.ahss.org/Account/Login">Learn more</a></p>
54804            <div class="loginContainer">
54805                <span id="dnn_nYourAccount_lblSignIn"><a
      href='https://account.ahss.org/CTMC' class='signInButton buttonRounded'
      target='_blank'>SIGN IN</a></span>
54806                <span class="lcText">OR</span>
54807                <span id="dnn_nYourAccount_lblCreateAccount"><a
      href='https://account.ahss.org/CTMC' class='createAccountButton
      buttonRounded'target='_blank'>CREATE ACCOUNT</a></span>
54808            </div>
54809            <div style="clear: both"></div>
54810            <div class="yaAdditionalLink">
54811                <ul>
54812                    <span id="dnn_nYourAccount_lblOtherLinks"><li
      class='buttonRounded'><a href='/bill-pay'>PAY YOUR BILL<span
      class='ya-right-icon'>></span></a></li><li class='buttonRounded'><a
      href='/patients-visitors/online-tools/request-an-appointment'>REQUEST AN
      APPOINTMENT<span class='ya-right-icon'>></span></a></li></span>
54813                </ul>
54814            </div>
54815            <div class="yaFooter">
54816                <p>This facility is a member of</p>
54817                <img src="/Portals/_default/Skins/Adventist/images/footer_logo.png">
54818            </div>
54819        </div>
```

```
54820        </div>
54821   </div>
54822   <!--[if lt IE 9]>
54823        <style>
54824
54825        .yourAccountBtn img {
54826             padding-left: 10px;
54827             width: 25px;
54828             height:15px;
54829        }
54830
54831        </style>
54832
54833
54834   <![endif]-->
54835
54836   <script type="text/javascript">
54837        $(document).ready(function () {
54838
54839             if ($.browser.msie) {
54840                  if ($.browser.version <= 8) {
54841                       var nFDiv = 'MHD';
54842                       if (nFDiv == 'FHD') {
54843                            $('.yourAccountSlider').css('right', '-83px');
54844                       $('.yourAccountSlider').css('top', '28px');
54845                       } else {
54846                            $('.yourAccountSlider').css('left', '631px');
54847                       $('.yourAccountSlider').css('top', '33px');
54848                       }
54849                  }
54850             }
54851
54852             var nAccountSliderID = '#' + 'dnn_nYourAccount_yourAccountSlider';
54853             var nAccountID = '#' + 'dnn_nYourAccount_yourAccount';
54854
54855
54856             $(nAccountSliderID).hide();
54857
54858             $('.yaClose').click(function () {
54859                  $('#headerTopLinks').removeClass('headerTopLinksClick');
54860                  $('.yourAccountSlider ').removeClass('yourAccountSliderClick');
54861                  $('.yourAccountSlider ').hide();
54862                  $('#transperentBG').hide();
54863             });
54864
54865             $(nAccountID).click(function () {
54866                  $(nAccountSliderID).slideToggle('fast', function () {
54867                       if ($(this).is(':visible')) {
54868                            // need to change a color to white
54869                            $('#transperentBG').show();
54870                            $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .0)');
54871                            $('#transperentBG').css('height', $(window).height());
54872                            $('.yourAccount .yourAccountBtn').addClass('slideActive');
54873                            $('.yourAccountBtn img').hide();
54874                       } else {
54875                            $('.yourAccount .yourAccountBtn').removeClass('slideActive');
54876                            $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
54877                            $('#transperentBG').hide();
54878                            $('.yourAccountBtn img').show();
54879                       }
54880                  });
54881             });
54882
54883             $('#transperentBG').click(function () {
54884                  $(nAccountSliderID).hide();
54885                  $('.yourAccount .yourAccountBtn').removeClass('slideActive');
54886                  $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
54887                  $('#transperentBG').hide();
```

```
54888                   $('.yourAccountBtn img').show();
54889               });
54890           });
54891
54892
54893   </script>
54894
54895       </div>
54896       <div class="container topNav nerwait mobileDisplay">
54897
54898           <div class="six columns">
54899               <div class="site-logo">
54900                   <a id="dnn_dnnLOGO_hypLogo" title="Central Texas Medical Center"
 …  href="http://www.ctmc.org/"><img id="dnn_dnnLOGO_imgLogo"
 …  src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
 …  style="border-width:0px;" /></a>
54901               </div>
54902           </div>
54903           <div class="ten columns">
54904
54905
54906   <script type="text/javascript">
54907       function DoSearch() {
54908           var query = document.getElementById('dnn_dnnSEARCH_txtSearchNew');
54909           var fixed = escape(query.value);
54910
54911           document.location = 'http://www.ctmc.org/Home/search.aspx?k=1&ty=1&Q=' +
 …  fixed;
54912       }
54913
54914       function clickButton(e, buttonId) {
54915           var evt = e ? e : window.event;
54916
54917           if (evt.keyCode == 13) {
54918               DoSearch();
54919               return false;
54920           }
54921       }
54922
54923   </script>
54924
54925   <div class="searchContainer">
54926       <div class="clear"></div>
54927       <div class="searchContainerRight">
54928           <a id="btnGo" class="" href="javascript: DoSearch()">
54929               <span class="waves-effect waves-light btn">Search</span></a>
54930       </div>
54931       <div class="searchContainerLeft search-query-container">
54932           <input name="txtSearchNew" type="text" maxlength="255"
 …  id="dnn_dnnSEARCH_txtSearchNew" class="SearchTextBox search-query shadow"
 …  onkeyup="return clickButton(event);" />
54933       </div>
54934   </div>
54935   <div class="clear"></div>
54936
54937
54938               <div class="linkNavigation ">
54939                   <span id="dnn_AhsHeaderQuickLinkRight_lblNavLinks"
 …  class="nLinks"><ul><li><a href='/aboutus.aspx'>About Us</a></li> | <li><a
 …  href='/giving'>Donate</a></li> | <li><a href='/bill-pay' target='_blank' >Pay Your
 …  Bill</a></li> | <li><a href='/news'>News</a></li> | <li><span class='facility-phone
 …  last'>(512) 353-8979</span></li></ul></span>
54940               </div>
54941           </div>
54942
54943           <div class="sixteen columns navShadow">
54944               <div class="top_shadow">
54945                   <div class="span8 navigation">
```

```
54946                        <div id="dnn_HorzNavNew_pnlCopyright">
54947
54948    <!--
54949    ###############################################
54950    #                                             #
54951    #    PackFlash Navigation System              #
54952    #                                             #
54953    #                                             #
54954    ###############################################
54955
54956     -->
54957
54958    </div>
54959
54960
54961
54962    <div id="dnn_HorzNavNew_MenuDiv">
54963    <div class="adv_menu_wrapper">
54964    <div class="PfNav"><ul id="PfNavMega">
54965
54966    <li class="Inactive First" id="Menu1"><a href="PatientsVisitors.aspx"><span
    …    class="MenuText">PATIENTS & VISITORS</span></a><div class="PostMenuDiv"></div></li>
54967
54968    <li class="Inactive" id="Menu2"><a href="/FindaDoctor.aspx"><span
    …    class="MenuText">FIND A DOCTOR</span></a><div class="PostMenuDiv"></div></li>
54969
54970    <li class="Inactive" id="Menu3"><a href="/EducationEvents.aspx"><span
    …    class="MenuText">EDUCATION & EVENTS</span></a><div class="PostMenuDiv"></div></li>
54971
54972    <li class="Inactive" id="Menu4"><a href="/CareServices.aspx"><span
    …    class="MenuText">CARE & SERVICES</span></a><div class="PostMenuDiv"></div></li>
54973
54974    <li class="Inactive Last" id="Menu5"><a href="/ContactUs.aspx"><span
    …    class="MenuText">CONTACT US</span></a><div class="PostMenuDiv"></div></li>
54975    </ul>
54976
54977    </div></div>
54978
54979    </div>
54980
54981
54982                        </div>
54983                    </div>
54984                </div>
54985            </div>
54986            <div class="container banner nerwait">
54987                <div class="sixteen columns">
54988                    <div id="dnn_BannerPane"><div class="DnnModule DnnModule-AHSISBanner
    …    DnnModule-22384"><a name="22384"></a><div id="dnn_ctr22384_ContentPane"><!--
    …    Start_Module_22384 --><div id="dnn_ctr22384_ModuleContent" class="DNNModuleContent
    …    ModAHSISBannerC">
54989        <div id="dnn_ctr22384_BannerView_bannerLabel">
54990            <div class='flexslider-SMMC text-SMMC'><div id='bannerFlexslider'><div
    …    class='flexslider banner'><ul class='slides'><li class='bannerImage1 bannerImage'><a
    …    href='http://www.ctmc.org/care-services/womens-center'><img
    …    src='/Portals/7/images/site%20-%20banner%20-%20home/New%20site/Childbirth%20We%
    …    20Chose%20CTMC.jpg'/></a></li></ul></div></div></div></div>
54991        </div>
54992    </div><!-- End_Module_22384 --></div>
54993    </div></div>
54994                <div class="bannerNavContainer">
54995                    <div class="container">
54996                        <div class="five columns omega">
54997                            <span id="dnn_AHSISQUICKLINKS1_lblNavLinks" class="nLinks"><a
    …    href='/patients-visitors' class='bannerNavblock shadow waves-effect
    …    waves-gray'>Patients <i class='fa fa-arrow-right'></i></a><a
    …    href='/patients-visitors' class='bannerNavblock shadow waves-effect
    …    waves-gray'>Visitors <i class='fa fa-arrow-right'></i></a><a
```

```
54997… href='https://physicianranss.org/Pages/default.aspx' class='bannerNavblock shadow
   …  waves-effect waves-gray' target='_blank' >Physicians <i class='fa
   …  fa-arrow-right'></i></a><a
   …  href='https://public.floridahospital.org/HROnline/portal/signon'
   …  class='bannerNavblock shadow waves-effect waves-gray' target='_blank' >Associates <i
   …  class='fa fa-arrow-right'></i></a><a href='/about-us/careers' class='bannerNavblock
   …  shadow waves-effect waves-gray' target='_blank' >Job Seekers <i class='fa
   …  fa-arrow-right'></i></a></span>
54998                            </div>
54999                        </div>
55000                    </div>
55001                </div>
55002            </div>
55003        <div class="container pageMiddleContent">
55004            <div class="sixteen columns nResources">
55005                    <span id="dnn_GetStarted_nLable"><a href='/FindaDoctor.aspx' ><span
   …  class='four columns alpha noMarginLeft blockSquare shadow nResource waves-effect
   …  waves-gray'><em class='fa fa-medkit
   …  ahsIcon'></em><br />Find A Doctor</span></a><a
   …  href='/education-events/class-event-calendar' ><span class='four columns
   …  noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em class='fa
   …  fa-calendar
   …  ahsIcon'></em><br />Classes & Events</span></a><a
   …  href='/care-services/creation-health-institute' ><span class='four columns
   …  noMarginLeft blockSquare shadow nResource waves-effect waves-gray'><em class='fa
   …  fa-heart
   …  ahsIcon'></em><br />CREATION Health</span></a><a href='/bill-pay' ><span class='four
   …  columns omega noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em
   …  class='fa fa-credit-card
   …  ahsIcon'></em><br />Pay Your Bill</span></a></span>
55006
55007            </div>
55008            <div class="sixteen columns mContent">
55009                <div class="eleven columns alpha nerwait">
55010                    <div id="dnn_ContentPane"><div class="DnnModule DnnModule-DNN_HTML
   …  DnnModule-22649"><a name="22649"></a><div id="dnn_ctr22649_ContentPane"><!--
   …  Start_Module_22649 --><div id="dnn_ctr22649_ModuleContent" class="DNNModuleContent
   …  ModDNNHTMLC">
55011        <div id="dnn_ctr22649_HtmlModule_lblContent" class="Normal">
55012        <a
   …  href="/news/central-texas-medical-center-maintains-a-grade-for-patient-safety-from-
   …  leapfrog-group">
55013 <div class="ad-spot-container" id="one">
55014 <div class="ad-spot-header">
55015 Our Recent<br />
55016 News
55017 </div>
55018 <div class="ad-spot-mainbody">
55019 <img alt="Hospital Safety Score Graphic" src="/portals/7/images/Hospital Safety Score
   …  Spring 2016.jpg" />
55020 </div>
55021 <div class="ad-spot-footer">Central Texas Medical Center maintains &lsquo;A&rsquo;
   …  grade for patient safety from Leapfrog Group</div>
55022 </div>
55023 </a>
55024 <!--Second Ad Spot--->
55025 <a href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
55026 </a>
55027 <div class="ad-spot-container" id="two"><a
   …  href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
55028 <div class="ad-spot-header">
55029 Hill Country Health Blog</div>
55030 <div class="ad-spot-mainbody">
55031 <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/Paynes.jpg" />
55032 </div>
55033 </a>
55034 <div class="ad-spot-footer"><a
   …  href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule "></a><a
```

```
55034    href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">AHEAD OF
…        SCHEDULE<br />
55035    When baby's first days<br />
55036    are in the NICU</a></div>
55037    </div>
55038    <!--Ad Spot Three-->
55039    <a
…        href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx">
55040    </a>
55041    <div class="ad-spot-container" id="three"><a
…        href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">
55042    </a>
55043    <div class="ad-spot-header"><a
…        href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
…        target="_blank" style="font-size: 12px; line-height: 1;">
55044    <div class="ad-spot-header" style="display: inline !important;">Preventing Medical
…        Errors</div>
55045    </a><br />
55046    </div>
55047    <div class="ad-spot-mainbody"><a
…        href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
…        target="_blank">
55048    <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/TJC%20Speak%20Up.jpg"
…        />
55049    </a></div>
55050    <div class="ad-spot-footer"><a
…        href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
…        target="_blank">Learn how you can speak up and become an active participant in your
…        health care.</a></div>
55051    </div>
55052    </div>
55053
55054    </div><!-- End_Module_22649 --></div>
55055    </div></div>
55056                </div>
55057                <div id="erWaitTime" class="five columns omega erWaitTime
…        mobileDisplayHide">
55058                    <div id="dnn_ERWaitTimePane"><div class="DnnModule DnnModule-DNN_HTML
…        DnnModule-22497"><a name="22497"></a>
55059    <div class="c_head default_container purple_title">
55060        <div class="head_title">
55061            <div class="c_actions">
55062
55063            </div>
55064            <div class="c_icon">
55065
55066                <h1 class="c_title">
55067                    <span id="dnn_ctr22497_dnnTITLE_titleLabel" class="TitleHead">Video
…        Spotlight</span>
55068
55069
55070
55071                </h1>
55072            </div>
55073            <div class="clear_float">
55074            </div>
55075        </div>
55076        <div class="c_content">
55077            <div id="dnn_ctr22497_ContentPane" class="Normal c_contentpane">
55078                <!-- Start_Module_22497 --><div id="dnn_ctr22497_ModuleContent"
…        class="DNNModuleContent ModDNNHTMLC">
55079        <div id="dnn_ctr22497_HtmlModule_lblContent" class="Normal">
55080                <div class="video-iframe"><iframe
…        src="http://content.jwplatform.com/players/IYxGs7Oc-cb7Y9x9E.html" width="280"
…        height="170" frameborder="0" scrolling="auto"></iframe></div>
55081    <div class="video-text"><strong>CTMC Health Tip<br />
55082    </strong>
55083    <p>Jackie Duran, LMSW, explains 2 common misconceptions about hospice care. </p>
```

```
55084    <br>
55085    </div>
55086        </div>
55087
55088    </div><!-- End_Module_22497 --></div>
55089        </div>
55090        <div class="c_footer">
55091
55092
55093
55094        </div>
55095    </div>
55096    </div></div>
55097            </div>
55098        </div>
55099    </div>
55100        <div class="container">
55101            <div class="sixteen block columns pageMiddleNavigation shadow
…   linkNavigation">
55102                <span id="dnn_AHSISQUICKLINKSMIDDLE_lblNavLinks"
…   class="nLinks"><ul><li><a href='/patients-visitors'>Patients</a></li> | <li><a
…   href='/PatientsVisitors.aspx'>Visitors</a></li> | <li><a href='/about-us/careers'>Job
…   Seekers</a></li> | <li><a href='https://physician.ahss.org/' target='_blank'
…   >Physicians</a></li> | <li><a href='/ContactUs/ShareaComplimentConcern.aspx'>Share a
…   Compliment</a></li> | <li><a href='http://employee.ahss.org/' target='_blank'
…   >Employees</a></li> | <li><a href='https://ahs.vendormate.com/' target='_blank'
…   >Vendors</a></li> | <li><a href='/patients-visitors/my-rights-and-privacy'>Privacy
…   Policy</a></li> | <li><a href='http://www.ctmc.org/home/SiteMap.aspx'>Site
…   Map</a></li> | <li><a href='/about-us/community-benefit'>Community Benefit</a></li> |
…   <li><a href='/patients-visitors/after-my-stay/financial-assistance'>Financial
…   Assistance</a></li> </ul></span>
55103            </div>
55104        </div>
55105
55106        <div class="hospitalStats nerwait">
55107            <div class="container">
55108                <div class="sixteen columns">
55109                    <div id="dnn_StatPane" class="ContentPane"><div class="DnnModule
…   DnnModule-DNN_HTML DnnModule-22680"><a name="22680"></a><div
…   id="dnn_ctr22680_ContentPane"><!-- Start_Module_22680 --><div
…   id="dnn_ctr22680_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
55110        <div id="dnn_ctr22680_HtmlModule_lblContent" class="Normal">
55111        <div style="float: right; font-size: 1.8em; width: 40%;"><em class="fa fa-phone"
…   style="margin-right: 10px; margin-top: 10px; color: #00305c;"></em>
55112    <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em;">Questions? Call
…   us at <br />
55113    <span style="font-size: 1.5em; font-weight: bold; color: #00305c;">(512)
…   353-8979</span></div>
55114    </div>
55115    <a href="/news/patient-stories">
55116    <div style="float: left; font-size: 1.8em; width: 30%; padding-left: 120px;"><em
…   class="fa fa-comments" style="margin-right: 10px; margin-top: 10px; color:
…   #00305c;"></em>
55117    <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em; color:
…   #757575;">Patient <br />
55118    <span style="font-size: 1.5em; font-weight: bold; color:
…   #00305c;">testimonials</span></div>
55119    </div>
55120    </a>
55121    </div>
55122
55123    </div><!-- End_Module_22680 --></div>
55124    </div></div>
55125            </div>
55126        </div>
55127    </div>
55128        <div class="container nerwait">
55129            <div class="eight columns alpha">
```

```
55130        <div id="dnn_FooterLeft" class="ContentPane"><div class="DnnModule
  …  DnnModule-DNN_HTML DnnModule-22682"><a name="22682"></a>
55131  <div class="c_head default_container">
55132      <div class="head_title">
55133          <div class="c_actions">
55134
55135          </div>
55136          <div class="c_icon">
55137
55138              <div class="title titleBorder">
55139                  <span id="dnn_ctr22682_dnnTITLE_titleLabel"
  …  class="TitleHead">Location</span>
55140
55141
55142
55143              </div>
55144          </div>
55145          <div class="clear_float">
55146          </div>
55147      </div>
55148      <div class="c_content">
55149          <div id="dnn_ctr22682_ContentPane" class="Normal c_contentpane">
55150          <!-- Start_Module_22682 --><div id="dnn_ctr22682_ModuleContent"
  …  class="DNNModuleContent ModDNNHTMLC">
55151          <div id="dnn_ctr22682_HtmlModule_lblContent" class="Normal">
55152          <p>Central Texas Medical Center<br />
55153  1301 Wonder World Drive<br />
55154  San Marcos, TX 78666<br />
55155  (512) 353-8979 </p>
55156          </div>
55157
55158  </div><!-- End_Module_22682 --></div>
55159          </div>
55160      <div class="c_footer">
55161
55162
55163
55164      </div>
55165  </div>
55166  </div></div>
55167
55168  <div id="footer-copyright">
55169      <a href="http://www.adventisthealthsystem.com" target="_blank">
55170          <img src="/Portals/_default/Skins/SMMC/images/footer_logo.png" alt="copr
  …  logo"/>
55171      </a>
55172      <br class="clear" />
55173      <span>2009-2014<br /> All Rights Reserved</span>
55174      <br class="clear" />
55175      <span class="description">Shawnee Mission Medical Center is <br />a member of
  Adventist Health System</span><br />
55176  </div>
55177
55178              <div class="bottomLogin mobileDisplay">
55179                  <a id="dnn_USER1_registerLink" class="SkinObject"
  …  href="http://www.ctmc.org/home/registration?returnurl=http%3a%2f%2fwww.ctmc.org%2f">
  …  Register </a>
55180  <!--close registerGroup-->
55181                  <a id="dnn_LOGIN1_loginLink" class="SkinObject"
  …  href="http://www.ctmc.org/login?returnurl=%2f">Login</a>
55182  <!--close loginGroup-->
55183              </div>
55184          </div>
55185      <div class="four columns">
55186          <div id="dnn_FooterMiddle" class="ContentPane DNNEmptyPane"></div>
55187      </div>
55188      <div class="four columns omega right">
55189          <div class="mobileDisplay">
```

```
55190
55191 <style>
55192        .facebookIcon{
55193            color:#3B5998;
55194        }
55195        .twitterIcon{
55196            color:#1DA1F2;
55197        }
55198        .youtubeIcon{
55199            color:#CD201F;
55200        }
55201        .linkedinIcon{
55202            color:#0077B5;
55203        }
55204        .pinterestIcon{
55205            color:#CB2027;
55206        }
55207
55208        .socialIcon{
55209            padding:10px;
55210        }
55211
55212        .soical-icon-header{
55213            margin-left:-120px;
55214        }
55215
55216        .googleIcon{
55217            color:#DC4E41;
55218        }
55219
55220        .instagramIcon{
55221        color:#447C9D;
55222        }
55223 </style>
55224 <div id="dnn_AhsisSocialContent1_SocialContent"><div class='soical-icon-footer'><div
...   class='title'>Connect with us:</div><div class='block shadow'> <a
...   href='https://www.facebook.com/centraltexasmedicalcenter' target='_blank'
...   class='socailIcon'><em class='fa fa-facebook-square facebookIcon
...   fa-4x'></em></a> <a href='https://twitter.com/CTMC_SanMarcos' target='_blank'
...   class='socailIcon'><em class='fa fa-twitter-square twitterIcon
...   fa-4x'></em></a> <a href='https://www.pinterest.com/ctmcsanmarcos/' target='_blank'
...   class='socailIcon'><em class='fa fa-pinterest-square pinterestIcon
...   fa-4x'></em></a> <a href='https://www.youtube.com/user/CTMCSanMarcos' target='_blank'
...   class='socailIcon'><em class='fa fa-youtube-square youtubeIcon
...   fa-4x'></em></a></div></div></div>
55225
55226                    <div id="dnn_FooterRight" class="ContentPane"><div class="DnnModule
...   DnnModule-DNN_HTML DnnModule-22864"><a name="22864"></a><div
...   id="dnn_ctr22864_ContentPane"><!-- Start_Module_22864 --><div
...   id="dnn_ctr22864_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
55227       <div id="dnn_ctr22864_HtmlModule_lblContent" class="Normal">
55228
55229 </div>
55230
55231 </div><!-- End_Module_22864 --></div>
55232 </div></div>
55233                    <span id="dnn_AhsQuickInfo_lblQuickInfo" class="quick_info"></span>
55234                </div>
55235            </div>
55236        </div>
55237        <div id="blurScreen"></div>
55238 </div>
55239
55240
55241
55242 <!-- Mobile sliding menu
55243        ============================================== -->
55244
```

Page 1805

```
55245  <div id="mobile-sidebar">
55246      <div id="mobile-sidebar-right-shadow"></div>
55247      <div id="mobile-sidebar-search">
55248          <span id="mobile-sidebar-search-icon"></span>
55249          <input id="mobile-sidebar-search-box" class="remove-bottom"
…      name="mobile-search" onkeyup="return clickButton(event);" type="text"
…      placeholder="Search" />
55250          <span id="mobile-sidebar-search-clear-icon"
…      onclick="jQuery('#mobile-sidebar-search-box').val('');"></span>
55251          <div id="mobile-sidebar-search-bottom"></div>
55252      </div>
55253      <div id="mobile-sidebar-scrollable">
55254          <div id="mobile-sidebar-menu" role="navigation">
55255              <div class="mobile-sidebar-iconMenu">
55256                  <div class="icon waves-effect waves-gray"><a id="mobileTelephone"
…      href="#"><i class="fa fa-phone"></i><br />Call Us</a></div>
55257                  <div id="mobileLocationBtn" class="icon waves-effect waves-gray"><a
…      href="#pageLocation"><i class="fa fa-location-arrow"></i><br />Get
…      Direction</a></div>
55258              </div>
55259              <div style="clear: both;"></div>
55260              <div id="mobileBreadCumb"></div>
55261              <span id="dnn_AHSISMOBILESIDENAV_lblMobileMenu"><ul
…      class='inner-level'></ul></span>
55262              </ul>
55263              <div>
55264                  <ul class="mobileSideTopMenu">
55265                      <li class="testthis"><a href="#">Your Account</a></li>
55266                  </ul>
55267              </div>
55268          </div>
55269      </div>
55270  </div>
55271  <script type="text/javascript">
55272      $(document).ready(function () {
55273          document.getElementById("mobileTelephone").setAttribute("href", 'tel:' +
…      $('.linkNavigation').find('.facility-phone').text());
55274      });
55275  </script>
55276  <div id="content-mask"></div>
55277
55278  <!-- Load Java Script -->
55279  <script type="text/javascript">
55280      $(document).ready(function () {
55281          $('.mobileERIcon').click(function () {
55282              if ($('#erWaitTime').hasClass('mobileDisplayHide')) {
55283                  $('#erWaitTime').removeClass('mobileDisplayHide');
55284              } else {
55285                  $('#erWaitTime').addClass('mobileDisplayHide');
55286              }
55287              $('.nerwait').toggle('slow');
55288          });
55289      });
55290
55291
55292  </script>
55293  <!-- css3-mediaqueries.js for IE less than 9 -->
55294  <!--[if lt IE 9]>
55295          <script src="js/css3-mediaqueries.js"></script>
55296   <![endif]-->
55297
55298
55299          <input name="ScrollTop" type="hidden" id="ScrollTop" />
55300          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
…      autocomplete="off" value="`{`__scdoff`:`1`}" />
55301
55302
55303  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
```

```
55303… ></script></form>
55304
55305
55306     <script type="text/javascript">
55307         //<![CDATA[
55308
55309         //This code is to force a refresh of browser cache
55310         //in case an old version of dnn.js is loaded
55311         //It should be removed as soon as .js versioning is added
55312         jQuery(document).ready(function () {
55313             if (navigator.userAgent.indexOf(" Chrome/") == -1) {
55314                 if ((typeof dnnJscriptVersion === 'undefined' || dnnJscriptVersion
…    !== "6.0.0") && typeof dnn !== 'undefined') {
55315                     window.location.reload(true);
55316                 }
55317             }
55318         });
55319         //]]>
55320     </script>
55321
55322 </body>
55323 </html>
55324 ************************************************
55325 The following data is from ctmc_org-customhead_js-20160627.txt
55326 ************************************************
55327 if (window.location.host.indexOf('parkridgehospital.org') > 0) {
55328     console.log(window.location.host);
55329 } else if (window.location.host.indexOf('ctmc.org') > 0) {
55330     document.write('<script type="text/javascript"><!-- vs_account_id    =
…    "CtjSZ1TKpV15BQCa";//--></script><script type="text/javascript"
…    src="//adtrack.cmgdigital.com/euinc/number-changer.js"></script><noscript><iframe
…    src="//www.googletagmanager.com/ns.html?id=GTM-M5FMJH"height="0" width="0"
…    style="display:none;visibility:hidden"></iframe></noscript>');
55331
…    document.write("<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':new
…    Date().getTime(),event:'gtm.js'});var
…    f=d.getElementsByTagName(s)[0],j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.
…    async=true;j.src='//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.
…    insertBefore(j,f);})(window,document,'script','dataLayer','GTM-M5FMJH');</script>");
55332 }
55333
55334 ************************************************
55335 The following data is from ctmc_org-fbevents_js-20160627.js
55336 ************************************************
55337 /*1469135327,,JIT Construction: v2458332,en_US*/
55338
55339 /**
55340  * Copyright Facebook Inc.
55341  *
55342  * Licensed under the Apache License, Version 2.0
55343  * http://www.apache.org/licenses/LICENSE-2.0
55344  */
55345 try {(function(a,b,c,d){'use strict';var
…    e="2.5.0",f='https://www.facebook.com/tr/',g='/fbevents.',h={IDENTITY:'plugins.
…    identity.js'},i={},j=[],k=null,l=null,m=/^\d+$/,n={allowDuplicatePageViews:false},o=
…    function(ra){var sa={exports:ra};'use strict';var ta='deep',ua='shallow';function
…    va(){this.list=[];}va.prototype={append:function(xa,ya){this._append(
…    encodeURIComponent(xa),ya,ta);},_append:function(xa,ya,za){if(Object(ya)!==ya){this.
…    _appendPrimitive(xa,ya);}else if(za===ta){this._appendObject(xa,ya);}else
…    this._appendPrimitive(xa,wa(ya));},_appendPrimitive:function(xa,ya){if(ya!=null)this.
…    list.push([xa,ya]);},_appendObject:function(xa,ya){for(var za in
…    ya)if(ya.hasOwnProperty(za)){var
…    ab=xa+'['+encodeURIComponent(za)+']';this._append(ab,ya[za],ua);}},each:function(xa){
…    var ya=this.list;for(var
…    za=0,ab=ya.length;za<ab;za++)xa(ya[za][0],ya[za][1]);},toQueryString:function(){var
…    xa=[];this.each(function(ya,za){xa.push(ya+'='+encodeURIComponent(za));});return
…    xa.join('&');}};function wa(xa){if(typeof
…    JSON==='undefined'||JSON===null||!JSON.stringify){return
```

```
55345... Object.prototype.toString.call(xa);else return
JSON.stringify(xa);}}sa.exports=va;return sa.exports;}({}),p=function(ra){var
sa={exports:ra};'use strict';var ta='console',ua='error',va='Facebook Pixel
Error',wa='Facebook Pixel
Warning',xa='warn',ya=Object.prototype.toString,za=!('addEventListener' in
b),ab=function(){},bb=a[ta]||{},cb=a.postMessage||ab;function db(ib){return
Array.isArray?Array.isArray(ib):ya.call(ib)==='[object Array]';}function
eb(ib){cb({action:'FB_LOG',logType:va,logMessage:ib},'*');if(ua in bb)bb[ua](va+':
'+ib);}function fb(ib){cb({action:'FB_LOG',logType:wa,logMessage:ib},'*');if(xa in
bb)bb[xa](wa+': '+ib);}function gb(ib,jb,kb){jb=za?'on'+jb:jb;var
lb=za?'attachEvent':'addEventListener',mb=za?'detachEvent':'removeEventListener',nb=
function(){ib[mb](jb,nb,false);kb();};ib[lb](jb,nb,false);}function hb(ib,jb,kb){var
lb=ib[jb];ib[jb]=function(){var
mb=lb.apply(this,arguments);kb.apply(this,arguments);return
mb;};};ra.isArray=db;ra.logError=eb;ra.logWarning=fb;ra.listenOnce=gb;ra.injectMethod=
hb;return sa.exports;}({}),q=function(ra){var sa={exports:ra};'use strict';var
ta=/^[+-]?\d+(\.\d+)?$/,ua='number',va='currency_code',wa={AED:1,ARS:1,AUD:1,BOB:1,
BRL:1,CAD:1,CHF:1,CLP:1,CNY:1,COP:1,CRC:1,CZK:1,DKK:1,EUR:1,GBP:1,GTQ:1,HKD:1,HNL:1,
HUF:1,IDR:1,ILS:1,INR:1,ISK:1,JPY:1,KRW:1,MOP:1,MXN:1,MYR:1,NIO:1,NOK:1,NZD:1,PEN:1,
PHP:1,PLN:1,PYG:1,QAR:1,RON:1,RUB:1,SAR:1,SEK:1,SGD:1,THB:1,TRY:1,TWD:1,USD:1,UYU:1,
VEF:1,VND:1,ZAR:1},xa={value:{type:ua,isRequired:true},currency:{type:va,isRequired:
true}},ya={PageView:{},ViewContent:{},Search:{},AddToCart:{},AddToWishlist:{},
InitiateCheckout:{},AddPaymentInfo:{},Purchase:{validationSchema:xa},Lead:{},
CompleteRegistration:{},CustomEvent:{validationSchema:{event:{isRequired:true}}}},za=
Object.prototype.hasOwnProperty;function
ab(cb,db){this.eventName=cb;this.params=db||{};this.error=null;this.warnings=[];}ab.
prototype={validate:function(){var cb=this.eventName,db=ya[cb];if(!db)return
this._error('Unsupported event: '+cb);var eb=db.validationSchema;for(var fb in
eb)if(za.call(eb,fb)){var
gb=eb[fb];if(gb.isRequired===true&&!za.call(this.params,fb))return
this._error('Required parameter "'+fb+'" is missing for event
"'+cb+'"');if(gb.type)if(!this._validateParam(fb,gb.type))return
this._error('Parameter "'+fb+'" is invalid for event "'+cb+'"');}return
this;},_validateParam:function(cb,db){var eb=this.params[cb];switch(db){case ua:var
fb=ta.test(eb);if(fb&&Number(eb)<0)this.warnings.push('Parameter "'+cb+'" is negative
for event "'+this.eventName+'"');return fb;case va:return
wa[eb.toUpperCase()]===1;}return true;},_error:function(cb){this.error=cb;return
this;}};function bb(cb,db){return new
ab(cb,db).validate();}ra.validateEvent=bb;return
sa.exports;}({}),r=null,s=a.fbq;if(!s)return p.logError('Pixel code is not installed
correctly on this page');var
t=Array.prototype.slice,u=Object.prototype.hasOwnProperty,v=c.href,w=false,x=false,y=
a.top!==a,z=[],aa={},ba=b.referrer,ca={};function da(ra){for(var sa in
ra)if(u.call(ra,sa))this[sa]=ra[sa];}function ea(ra){if(!j.length){var
sa=t.call(arguments),ta=sa.length===1&&p.isArray(sa[0]);if(ta)sa=sa[0];if(ra.slice(0,
6)==='report'){var
ua=ra.slice(6);if(ua==='CustomEvent'){ua=(sa[1]||{}).event||ua;sa=['trackCustom',ua].
concat(sa.slice(1));}else
sa=['track',ua].concat(sa.slice(1));}ra=sa.shift();switch(ra){case
'addPixelId':w=true;return fa.apply(this,sa);case 'init':x=true;return
fa.apply(this,sa);case 'track':if(m.test(sa[0]))return ia.apply(this,sa);if(ta)return
ha.apply(this,sa);return ga.apply(this,sa);case 'trackCustom':return
ha.apply(this,sa);case 'send':return ja.apply(this,sa);default:p.logError('Invalid or
unknown method name "'+ra+'"');}}}else
s.queue.push(arguments);}s.callMethod=ea;function
fa(ra,sa){if(u.call(aa,ra)){p.logError('Duplicate Pixel ID: '+ra);return;}var
ta={id:ra,userData:sa||{}};if(sa!=null)pa('IDENTITY');z.push(ta);aa[ra]=ta;}function
ga(ra,sa){sa=sa||{};var
ta=q.validateEvent(ra,sa);if(ta.error)p.logError(ta.error);if(ta.warnings)for(var
ua=0;ua<ta.warnings.length;ua++)p.logWarning(ta.warnings[ua]);if(ra==='CustomEvent')
ra=sa.event;ha.call(this,ra,sa);}function ha(ra,sa){var ta=this instanceof
da?this:n,ua=ra==='PageView';for(var va=0,wa=z.length;va<wa;va++){var
xa=z[va];if(ua&&ta.allowDuplicatePageViews===false&&ca[xa.id]===true)continue;ka(xa,
ra,sa);if(ua)ca[xa.id]=true;}}function ia(ra,sa){ka(null,ra,sa);}function
ja(ra,sa){for(var ta=0,ua=z.length;ta<ua;ta++)ka(z[ta],ra,sa);}function
ka(ra,sa,ta){ra=ra||{};var ua=new
o();ua.append('id',ra.id);ua.append('ev',sa);ua.append('dl',v);ua.append('rl',ba);ua.
append('if',y);ua.append('ts',new
```

```
55345  Date()valueOf()})ua.append('ct',ca);ua.append('ud',ra.userData);ua.append('v',e||s.
       version);ua.append('a',s.agent);var
       va=b.visibilityState;if(va!==undefined)ua.append('pv',va);var
       wa=ua.toQueryString();if(2048>(f+'?'+wa).length){la(f,wa);}else ma(f,ua);}function
       la(ra,sa){var ta=new Image();ta.src=ra+'?'+sa;}function ma(ra,sa){var
       ta='fb'+Math.random().toString().replace('.','');ua=b.createElement('form');ua.method
       ='post';ua.action=ra;ua.target=ta;ua.acceptCharset='utf-8';ua.style.display='none';
       var va=!!(a.attachEvent&&!a.addEventListener),wa=va?'<iframe
       name="'+ta+'">':'iframe',xa=b.createElement(wa).xa.src='javascript:false';xa.id=ta;xa
       .name=ta;ua.appendChild(xa);p.listenOnce(xa,'load',function(){sa.each(function(ya,za)
       {var
       ab=b.createElement('input');ab.name=ya;ab.value=za;ua.appendChild(ab);});p.listenOnce
       (xa,'load',function(){ua.parentNode.removeChild(ua);});ua.submit();});});b.body.
       appendChild(ua);}function na(){while(s.queue.length&&!j.length){var
       ra=s.queue.shift();ea.apply(s,ra);}}function
       oa(){k=b.getElementsByTagName('script');for(var ra=0;ra<k.length&&!l;ra++){var
       sa=k[ra].src.split(g);if(sa.length>1)l=sa[0];}}function pa(ra){var
       sa=h[ra];if(sa)if(i[ra]){i[ra]({pixels:z});}else
       if(j.indexOf(ra)===-1){if(l==null)oa();p.push(ra);var
       ta=b.createElement('script');ta.src=l+g+sa;ta.async=true;var
       ua=k[0];if(ua)ua.parentNode.insertBefore(ta,ua);}}s.loadPlugin=pa;function
       qa(ra,sa){if(ra&&sa){i[ra]=sa;sa({pixels:z});var
       ta=j.indexOf(ra);if(ta>-1)j.splice(ta,1);if(!j.length)na();}}s.registerPlugin=qa;if(s
       .pixelId){w=true;fa(s.pixelId);}na();if(w&&x||a.fbq!==a._fbq)p.logWarning('Multiple
       pixels with conflicting versions were detected on this
       page');if(z.length>1)p.logWarning('Multiple different pixels were detected on this
       page');(function
       ra(){if(s.disablePushState===true)return;if(!d.pushState||!d.replaceState)return;var
       sa=function(){ba=v;v=c.href;if(v===ba)return;var ta=new
       da({allowDuplicatePageViews:true});ea.call(ta,'trackCustom','PageView');};}p.
       injectMethod(d,'pushState',sa);p.injectMethod(d,'replaceState',sa);a.addEventListener
       ('popstate',sa,false);})();})();})(window,document,location,history);} catch (e) {new
       Image().src="https:\/\/www.facebook.com\/" +
       'common/scribe_endpoint.php?c=jssdk_error&m='+encodeURIComponent({"error":"LOAD",
       "extra":
       {"name":"'+e.name+'","line":"'+e.lineNumber||e.line)+'","script":"'+(e.fileName||e.
       sourceURL||e.script)+'","stack":"'+(e.stackTrace||e.stack)+'","revision":"2458332","
       namespace":"FB","message":"'+e.message+'"}}');}}
55346  ***************************************************
55347  The following data is from ctmc_org-gtm_js-20160627.txt
55348  ***************************************************
55349  // Copyright 2012 Google Inc. All rights reserved.
55350  // Container Version: 12
55351  (function(w,g){w[g]=w[g]||{};})(window,'google_tag_manager');(function(){
55352
55353
55354
55355  var za=this,Aa=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a){if(a
       instanceof Array)return"array";if(a instanceof Object)return b;var
       c=Object.prototype.toString.call(a);if("[object
       Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
       a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
       a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
       Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
       a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
       return"null";
55356  else if("function"==b&&"undefined"==typeof a.call)return"object";return
       b},Ba=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
       function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
55357   jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
55358  var Ca=/\[object
       (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Da=function(a){if(null==a)
       return String(a);var b=Ca.exec(Object.prototype.toString.call(Object(a)));return
       b?b[1].toLowerCase():"object"},Ea=function(a,b){return
       Object.prototype.hasOwnProperty.call(Object(a),b)},ja=function(a){if(!a||"object"!=Da
       (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ea(a,"constructor")&&!Ea
       (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
       a);return void 0===
```

```
55359 b||Ea(a,b));Fa=function(a,b){var c=b[""+array""=Da(a)?"]()},d;for(d in
    a)if(Ea(a,d)){var
    e=a[d];"array"==Da(e)?("array"!=Da(c[d])&&(c[d]=[]),c[d]=Fa(e,c[d])):ja(e)?(ja(c[d])|
    |(c[d]={}),c[d]=Fa(e,c[d])):c[d]=e}return c};var
    oa=null,Ga=Math.random(),Ia=null,Ja=null,xa=!1,Ka={},La={},ya={};var
    Ma,Na,Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Xa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,nb,pb,
    qb,rb,sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Nb,Ob,Pb,Qb,Rb,Sb,Tb,
    Ub,Vb,Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,
    vc,xc,yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,T,Lc,Mc,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc
    ,Yc,Zc,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,
    Dd,Ed,Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,
    be,ce,de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,
    De,Ee,Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe;
55361 (function(){var a=function(a){return{toString:function(){return
    a}}};Ma=a("");Na=a("");Oa="";Pa=a("");Qa=a("");Ra=a("");Sa=a("");Ta=a("");Ua=a("");Va
    =a("");Xa=a("");Ya=a("0");Za=a("1");$a=a("");ab=a("");bb=a("");
55362 cb=a("");db=a("");eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a
    ("");nb=a("");pb=a("");qb=a("");rb=a("");
55363 sb=a("");tb=a("");ub=a("");vb=a("");wb=a("");xb=a("");yb=a("");zb=a("2");Ab=a("");Bb=
    a("");Cb=a("");Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");
55364 Lb=a("");Nb=a("");Ob=a("");Pb=a("");Qb=a("3");Rb=a("");Sb=a("");Tb=a("");Ub=a("");Vb=
    a("");Wb=a("");Xb=a("");Yb=a("");Zb=a("");$b=a("");ac=a("");bc=a("");
55365 cc=a("");dc=a("");ec=a("");fc=a("");gc=a("");hc=a("");ic=a("");jc=a("");kc=a("");lc=a
    ("");mc=a("");nc=a("");oc=a("");pc=a("");qc=a("");rc=a("");
55366 sc=a("");tc=a("");uc=a("");vc=a("");xc=a("");yc=a("");zc=a("");Ac=a("");Bc=a("");Cc=a
    ("");Dc=a("4");Ec=a("");Fc=a("");Gc=a("13");Hc=a("14");Ic=a("");Jc=a("");
55367 Kc=a("5");T=a("6");Lc=a("");Mc=a("");Nc=a("");Oc=a("");Pc=a("7");Qc=a("");Rc=a("");Sc
    =a("");Tc=a("");Uc=a("");Vc=a("8");Wc=a("");Xc=a("");Yc=a("");Zc=a("");$c=a("");ad=a(
    "");bd=a("");
55368 cd=a("");dd=a("");ed=a("");fd=a("");gd=a("");hd=a("");id=a("");jd=a("");kd=a("9");ld=
    a("");md=a("");nd=a("");qd=a("");td=a("");ud=a("");vd=a("");wd=a("");xd=a("");yd=a(""
    );zd=a("");
55369 Ad=a("");Bd=a("");Cd=a("");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a
    ("");Kd=a("");Ld=a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("")
    ;
55370 Td=a("");Ud=a("");Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a
    ("");ce=a("");de=a("");ee=a("");fe=a("");ge=a("");he=a("");
55371 ie=a("11");je=a("");ke=a("");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re
    =a("");se=a("");te=a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");
55372 ze=a("");Ae=a("");Be=a("");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge="";He=a("");Ie=a(""
    );Je=a("");Ke=a("");Le=a("");Me=a("");Ne=a("");Oe=a("");Pe=a("");
55373 Qe=a("");Re=a("");Se=a("12");Te=a("");Ue=a("");Ve=a("");We=a("");Xe=a("")}})();var
    Ye=function(){},N=function(a){return"function"==typeof
    a},Ze=function(a){return"[object
    Array]"==Object.prototype.toString.call(Object(a))},$e=function(a){return"number"==Da
    (a)&&!isNaN(a)},af=function(a){return/^[0-9]+$/.test(a)},bf=function(a,b){if(Array.
    prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
    d=0;d<a.length;d++)if(a[d]===b)return d;return-1},cf=function(a){return
    a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
    Math.round(Number(a))||0},ma=function(a){return"false"==
55374 String(a).toLowerCase()?!1:!!a},df=function(a){var b=[];if(Ze(a))for(var
    c=0;c<a.length;c++)b.push(String(a[c]));return b},M=function(){return new
    Date},ef=function(a,b){if(!$e(a)||!$e(b)||a>b)a=0,b=2147483647;return
    Math.round(Math.random()*(b-a)+a)},ff=function(){this.prefix="gtm.";this.values={}};
    ff.prototype.set=function(a,b){this.values[this.prefix+a]=b};ff.prototype.get=
    function(a){return
    this.values[this.prefix+a]};ff.prototype.contains=function(a){return void
    0!==this.get(a)};
55375 var gf=function(a,b,c){try{if(!!a[ed])return
    a[Ec](a,b||!|Ye,c||!Ye);c&&c()}catch(d){}return!1},hf=function(a,b){function
    c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
    d=cf(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
    f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},jf=
    function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},kf=function(){return
    function(){return a("GTM-M5FMJH")}},lf=function(a){for(var
    b=0;b<a.length;b++)a[b]()},af=M().getTime,ia=function(){return"gtm"+
55376 mf++},ka=function(a,b,c){return
    a&&a.hasOwnProperty(b)?a[b]:c},nf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
```

```
55376  prototype[b];c.prototype[b]=c},U=function(a){return null==a&&void 0!==a&&void
       0!==a.length},pf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
       c=a.g;a.s&&(a.s.Ga[c]=b);Ka[c]&&(Ka[c].state=b)},qf=function(a,b){a.sort(function(a,d
       ){return b(a,d)?-1:b(d,a)?1:0})};var
       H=window,R=document,tf=navigator,L=function(a,b,c){var d=H[a];H[a]=void
       0===d||c?b:d;return
       H[a]},Q=function(a,b,c,d){return d||"http:"!=H.location.protocol?a:b)+c},uf=function(
       a){var
       b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
       ,na=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
       .readyState
       in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
       d=R.createElement("script");d.type="text/javascript";
55377  d.async=!0;d.src=a;na(d,b);c&&(d.onerror=c);uf(d)},da=function(a,b){var
       c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
       visibility="hidden";uf(c);na(c,b);void 0!==a&&(c.src=a);return
       c},G=function(a,b,c){var d=new
       Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
       null;c&&c()};d.src=a},U=function(a,b,c){a.addEventListener?a.addEventListener(b,c,!
       !d):a.attachEvent&&a.attachEvent("on"+b,c)},x=function(a){H.setTimeout(a,0)},qa=!1,
       ra=[],vf=function(a){if(!qa){var
55378  b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
       |"readystatechange"!=a.type||c||!b&&d){qa=!0;for(var
       e=0;e<ra.length;e++)ra[e]()}ra.push=function(){for(var
       a=0;a<arguments.length;a++)x(arguments[a]);return
       0}}},wf=0,xf=function(){if(!qa&&140>wf){wf++;try{R.documentElement.doScroll("left"),
       vf()}catch(a){H.setTimeout(xf,50)}}},Ff=function(a){var
       b=R.getElementById(a);if(b&&yf(b,"id")!=a)for(var
       c=1;c<document.all[a].length;c++)if(yf(document.all[a][c],
55379  "id")==a)return document.all[a][c];return b},yf=function(a,b){return
       a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},Gf=function(a){return
       a.target||a.srcElement||{}},va=function(a){var
       b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
       b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
       c},Hf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
       e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
       String(e.tagName).toLowerCase()]&&
55380  (e=null);return e},If=!1,Jf=[],Kf=function(){if(!If){If=!0;for(var
       a=0;a<Jf.length;a++)Jf[a]()}},Lf=function(a){a=a||H;var
       b=a.location.href,c=b.indexOf("#");return
       0>c?"":b.substring(c+1)},sa=function(a){window.console&&window.console.log&&window.
       console.log(a)};var Mf=function(a,b,c,d,e){var
       f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
       switch(b){case "protocol":f=g;break;case
       "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
       h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
       "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
       "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
       k=f.split("/");0<=bf(d||[],[],k[k.length-
55381  1])&&(k[k.length-1]="")=f=k.join("/");break;case
       "query":f=a.search.replace("?","");if(e)a:{for(var
       m=f.split("&"),l=0;l<m.length;l++){var
       n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
       ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
       0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
       f},Nf=function(a){var
       b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
       b},wa=function(a){var b=R.createElement("a");
55382  a&&(b.href=a);return b};var ca=function(a,b){var
       c=function(){};c.prototype=a.prototype;var d=new
       c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
       b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
       c=Mf(wa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
       e=b[d]&&b[d].toLowerCase();if(e){var
       f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
       return!0}}return!1},ga=function(a,b,c){for(var
       d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
       &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
```

55382

```
aa=function(a,b,c){r(a,b,c),c=H.p=function(a,b,c){b&&(void
0===C[a]||c&&!C[a])&&(C[a]=b);var
C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Of=new
ff,Pf={},Rf={set:function(a,b){Fa(Qf(a,b),Pf)},get:function(a){return
K(a,2)},reset:function(){Of=new ff;Pf={}}},K=function(a,b){if(2==b){for(var
c=Pf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
c}return Of.get(a)},Qf=function(a,b){for(var
c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
c};var Sf=new
RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Tf={
customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
nonGooglePixels","nonGoogleScripts"],customScripts:["html","
customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
nonGooglePixels"]},Uf={customPixels:["customScripts","html"],html:["customScripts"],
customScripts:["html"],nonGooglePixels:["customPixels","html"],
```

55383

```
"customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
Vf=function(a,b){for(var
c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
c},Wf=function(){var a=K("gtm.whitelist");
```

55384

```
var
b=a&&Vf(df(a),Tf),c=K("gtm.blacklist")||K("tagTypeBlacklist")||[];Sf.test(H.location&
&H.location.hostname)&&(c=df(c),c.push("nonGooglePixels","nonGoogleScripts"));var
d=c&&Vf(df(c),Uf),e={};return function(f){var f=g&f[Ec];if(!g)return!0;if(void
0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>bf(b,g.a))if(g.b&&0<g.b.length)for(var
k=0;k<g.b.length;k++){if(0>bf(b,
g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
l;if(!(l=0<=bf(d,g.a))){for(var n=g.b||[],q=new
ff,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
break a}l=!1}m=l}return e[g.a]=!h||m}};var rf=function(a){var b=R;return
Xf?b.querySelectorAll(a):null};var Yf=!1;if(R.querySelectorAll)try{var
Zf=R.querySelectorAll(":root");Zf&&1==Zf.length&&Zf[0]==R.documentElement&&(Yf=!0)}
catch(a){}var Xf=Yf;var $f=void 0,ag="",bg=0,cg=void 0_et=function(a){var
b,c=K("gtm.element"),d=K("event"),e=Number(M());if($f===c&&ag===d&&bg>e-250)b=cg;else
{var f;if(c){var g=c.innerText||c.textContent||"";g&&
"!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
\t)/g," "));f=g}else f="";cg=b=f;$f=c;ag=d}bg=e;return
b?b:a[$b]};_et.a="et";_et.b=["google"];var _eu=function(a){var
b=String(K("gtm.elementUrl")||a[$b]||"");c=wa(b);return
b};_eu.a="eu";_eu.b=["google"];var _eu=function(){return
Ja};_e.a="e";_e.b=["google"];var
dg=/(^|\.)doubleclick\.net$/i,eg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,fg=function
(a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
e=b[d].split("="),f=cf(e[0]);if(f&&f==a){var
g=cf(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
c},gg=function(a,b,c,d,e){if(dg.test(R.location.hostname)||"/"==c&&eg.test(d))return!
1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
```

55386

```
R.cookie||0<=bf(fg(a),b)},hg=function(a){if("none"==a)return
0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},ig=function(a){var
b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},jg=function(){
var
a=Mf(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
none"];for(var
b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
kg=function(a,b){this.f=a;this.j=b};kg.prototype.toString=function(){var
a=""+this.f;1<this.j&&(a+="-"+this.j);return a};var
lg=function(a,b){this.Ea=a;this.ea=b};lg.prototype.toString=function(){return""+this.
ea+"."+this.Ea};var og=function(a,b){var c=new mg(null,a,b);ng(c);return
c},mg=function(a,b,c){this.Na=Math.floor(M().getTime()/864E5);this.da=b||"auto";this.
W=c||"/";var d=hg(this.da),e=ig(this.W);this.D=a||new kg(d,e);this.h=[];this.B=new
ff},qg=function(a,b,c){b&&(""==c.Ea?pg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
)))},rg=function(a,b){for(var
c=0;c<b.length;c++)qg(a,b[c][0],b[c][1])},pg=function(a,b){var
c=bf(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},sg=function(a){for(var
b=[],c=0;c<a.h.length;c++){var d=
```

```
55387  a.h[c]);b.push([d,a.B.get(a)])}return b},tg=function(a){for(var
    ‖  b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
    ‖  864E5*b};mg.prototype.toString=function(){if(0==this.h.length)return"";for(var
    ‖  a=[],b=0;b<this.h.length;b++){var
    ‖  c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
    ‖  +"."+a.join("!")};
55388  var ug=function(a,b){for(var c=new Date,d=ig(a.W),e=[],f=0;f<a.h.length;f++){var
    ‖  g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)pg(a,e[f]);if(a.h.
    ‖  length>(b||10))return!1;c.setTime(tg(a));if("auto"!=a.da)return
    ‖  gg("_gaexp",a.toString(),a.W,a.da,c);for(var
    ‖  h=jg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
    ‖  kg(hg(h[k]),d),gg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},ng=function(a
    ‖  ){for(var b=a.D.f,c=a.D.j,d=fg("_gaexp"),e=[],f=0;f<d.length;f++){var
    ‖  g=vg(a,d[f]);g&&e.push(g)}qf(e,
55389  function(a,d){var e=a.D,f=d.D;return
    ‖  e.f==f.f||a.f?!1:e.f==f.j?!1:e.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
    ‖  =b?!1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
    ‖  .length?e[0].D:new
    ‖  kg(b,c);for(f=e.length-1;0<=f;f--)rg(a,sg(e[f]))},vg=function(a,b){var
    ‖  c=b.match(/GAX1\.([^.]+)\.(.*)/);if(c){var d;a:{var
    ‖  e=c[1]||"").split("-");if(!(0==e.length||2<e.length))
    ‖  f=cf(e[0]);if(0!=f.length)var g2==e.length?cf(e[1]):"1";if(af(f)&&af(g)){d=new
    ‖  kg(O(f),O(g));
55390  break a}}}d=void 0}if(d){for(var h=new
    ‖  mg(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
    ‖  l=k[m].split(".");if(3==l.length){if(!af(l[1]))return;qg(h,l[0],new
    ‖  lg(l[2],O(l[1])))}}return h}}};var _v=function(a){var
    ‖  b=K(a[kd].replace(/\\\./g,"."),a[Sb]);return void
    ‖  0!==b?b:a[$b]};_v.a="v";_v.b=["google"];var _f=function(a){var
    ‖  b=String(K("gtm.referrer")||R.referrer);if(!b)return b;var c=wa(b);return
    ‖  b};_f.a="f";_f.b=["google"];var fa=function(a){var
    ‖  b=H.location,c;(c=a[Pb]?a[Pb]:K("gtm.url"))&&(b=wa(String(c)));var
    ‖  d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);a[zb]&&(f=Mf(b,a[zb],a[ce],a[Zb],a[Qd
    ‖  ]));return f},_u=fa;_u.a="u";_u.b=["google"];var _eq=function(a){return
    ‖  String(a[Ya])==String(a[Za])};_eq.a="eq";_eq.b=["google"];var
    ‖  _re=function(a){return new RegExp(a[Za],a[Lc]?"i":void
    ‖  0)).test(a[Ya])};_re.a="re";_re.b=["google"];var
55391  var Fg=!1,Gg=[],Hg=function(a){var
    ‖  b=H.google_trackConversion,c=a.gtm_onFailure;N(b)?b(a)||c():c()},Ig=function(){for(;0
    ‖  <Gg.length;)Hg(Gg.shift())},_awct=function(a,b,c){var
    ‖  d={google_conversion_id:a[T],google_conversion_label:a[Vc],google_conversion_value:a[
    ‖  Se]||0,google_remarketing_only:!1,onload_callback:b,gtm_onFailure:c};a[Ob]&&(d.
    ‖  google_conversion_currency=a[Ob]);a[yd]&&(d.google_conversion_order_id=a[yd]);Gg.push
    ‖  (d);Fg||(Fg=!0,r("//www.googleadservices.com/pagead/conversion_async.js",function(){
    ‖  Ig();
55392  Gg={push:Hg}},function(){Ig();Fg=!1}))};_awct.a="awct";_awct.b=["google"];var
    ‖  Jg=Math.random(),Kg="1.000000">Jg;var Lg=Ye;var
    ‖  Mg=Ye,Ng=[],Og=!1,Pg=function(a){return H["dataLayer"].push(a)},Qg=function(a){var
    ‖  b=!1;return function(){!b&&N(a)&&x(!b&&!b>!0}},Wg=function(){for(var
    ‖  a=!1;!Og&&0<Ng.length;){Og=!0;var b=Ng.shift();if(N(b))try{b.call(Rf)}catch(ta){}}else
    ‖  if(Ze(b)){a:{var c=b;if("string"==Da(c[0])){for(var
    ‖  d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Pf,h=0;h<d.length;h++){if(void
    ‖  0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ta){}}}else{var k=b,m=void
    ‖  0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
55393  n=k[m];Of.set(l,n);Fa(Qf(l,n),Pf)}var q=!1,t=k.event,v=void
    ‖  0;if(t){v=mf++;Ja=t}if(!k["gtm.uniqueEventId"]){var
    ‖  w=v;Of.set("gtm.uniqueEventId",w);Fa(Qf("gtm.uniqueEventId",w),Pf)}var
    ‖  A=Qg(k.eventCallback),E=k.eventTimeout;E&&H.setTimeout(A,Number(E));q=Mg(v,t,A,k.
    ‖  eventReporter)}Ia||(Ia=k["gtm.start"])&&Lg();var F=k,D=v,y=t,I=Pf;if(!q){var B=v,J=t;
55394  }Ja=null;a=q||a}var S=b,P=Pf;Vg();Og=!1}return!a},Xg=function(){var a=Wg();try{var
    ‖  b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-M5FMJH"]&&b.end){b["GTM-M5FMJH"]=!1;var
    ‖  c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&b.end()},void
    ‖  b.end=null}}catch(e){}return a};var
55395  Yg,Zg,$g,ah=/(Firefox\D28\D)/g.test(tf.userAgent),gh=function(a,b){return
    ‖  function(c){c=c||H.event;var
    ‖  d=Gf(c),e=!1;if(3!==c.which||("LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Hf(d,["a","area"]),
    ‖  e=!d||!d.href||bh(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
    ‖  shiftKey||c.altKey||!0===c.metaKey);var
```

```
55395...	f="POST_SUBMIT"==a?$g:zg;if(c.defaultPrevented||q1--=c.returnValue?c.sa&&c.sa()){if(
	d){var
	g={simulateDefault:!1},h=ch(f,["wnc","nwnc"]);h&&dh(a,d,g,f.wt,h)}}else{if(d){var
	g={},k,m=ch(f,
55396...	["wnc","nwnc","nwc","wc"]);(k=dh(a,d,g,f.wt,m))||(eh(g.eventReport,f)?b=!0:e=!0);e=e|
	|k||"LINK_CLICK"==a&&ah;g.simulateDefault=!k&&&&!e;g.simulateDefault&&(e=fh(d,g)||e,
	!e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
	c.returnValue}return!0}}},dh=function(a,b,c,d,e){var
	f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
	||yf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
	"LINK_CLICK":g["gtm.triggers"]=e||"";g.return
55397...	"gtm.linkClick":g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=hh(b,c);g
	.eventReporter=function(a){c.eventReport=a};break;case
	"FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=ih
	(b);g.eventTimeout=f;g.eventCallback=jh(b,c);g.eventReporter=function(a){c.
	eventReport=a};break;case
	"CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
	formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
	default:return!0}return Pg(g)},
55398...	ih=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
	b},kh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
	"a":case "area":case "form":b="_self"}return b},fh=function(a,b){var
	c=!1,d=/(iPad|iPhone|iPod)/g.test(tf.userAgent),e=kh(a).toLowerCase();switch(e){case
	"":case "_self":case "_parent":case "_top":var
	f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
	"_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindow=H.open(""
55399...	"gtm_autoEvent_"+M().getTime(),b.targetWindowName=H.open("",b.targetWindowName));break;
	default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
	=e),b.targetWindow=H.frames[e]||H.open("",e))}return c},hh=function(a,b,c){return
	function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
	c||M().getTime(),500>M().getTime()-c&&H.setTimeout(hh(a,b,c),25))}}},jh=function(a,b,
	c){return function(){if(b.simulateDefault)if(b.targetWindow){var
	d;b.targetWindowName&&
55400...	(d=a.target=b.targetWindowName);R.gtmSubmitFormNow!0;lh(a).call(a);b.
	targetWindowName&&(a.target=d)}else
	c=c||M().getTime(),500>M().getTime()-c&&H.setTimeout(jh(a,b,c),25)}},ch=function(a,b)
	{for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
	e).hasOwnProperty(f)&&&&e[f]&&c.push(f)}return c.join(",")},mh=function(a,b,c,d,e){var
	f=e;if(!f||"0"==f){if(a.l)return!1;f=a.l=0;f="0"}var
	g=a.wt;b&&(!g||!g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},eh=function(a,b
	){if(b.wc["0"])return!1;if(b.wc["0"])return!1
55401...	for(var c=0;c<nh.length;c++)if(a.passingRules[c]){var
	d=nh[c],e=oh[c],f=e&&e[0]&&e[0][0]||e[1]&&e[1][0];if(f&&"0"!=f&&(b.wc[f]||b.wnc[f]))
	for(var
	g=d[1],h=0;h<g.length;h++)if(a.resolvedTags[g[h]])return!0}return!1},ph=function(a,b,
	c,d,e){var f,g,h=!1;switch(a){case
	"CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
	function(a){var b=Gf(a);b&&dh("CLICK",b,{},d)};h=!0;break;case
	"LINK_CLICK":b&&Yg&&(Yg=Nf(R.location));mh(Zg,b||!1,c||!1,d,e);if(R.
	gtmHasLinkClickListenerTag)return;
55402...	R.gtmHasLinkClickListenerTag=!0;f="click";g=gh(a,b||!1);break;case
	"FORM_SUBMIT":mh($g,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
	gtmHasFormSubmitListenerTag=!0;f="submit";g=gh(a,b||!1);break;default:return}U(R,f,g,
	h)},bh=function(a){if(!Yg)return!0;var
	b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=wa(a);return
	Yg==Nf(c)},lh=function(a){try{if(a.constructor&&a.constructor.prototype)return
	a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
	a.gtmReplacedFormSubmit;
55403...	R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
	R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit},
	wg=new String("undefined"),xh=function(a){this.resolve=function(b){for(var
	c=[],d=0;d<a.length;d++)c.push(a[d]===wg?b:a[d]);return
	c.join("")}};xh.prototype.toString=function(){return
	this.resolve("undefined")};xh.prototype.valueOf=xh.prototype.toString;var
	yh={},zh=function(a,b){var c=mf++;yh[c]=[a,b];return c},Ah=function(a){var
	b=a?0:1;return function(var d=yh[a];if(d&&N(d[b]))d[b]();yh[a]=void 0}},
	Bh=String.prototype.trim?function(a){return a.trim()}:function(a){return
	a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Ch=function(a,b){return a<b?-1:a>b?1:0};var
```

Page 1814

```
55403  Dh;if({var Fh=za.navigator;if(Fh)var Eh=Fh.userAgent;if(Eh){Dh=Eh;break a}}Dh=""}var
       V=function(a){return-1!=Dh.indexOf(a)};var
       Gh=V("Opera"),Hh=V("Trident")||V("MSIE"),Ih=V("Edge"),Jh;if(Jh=V("Gecko"))Jh=!(-1!=Dh
       .toLowerCase().indexOf("webkit"))&&!V("Edge"));var
       Kh=Jh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Lh=-1!=Dh.toLowerCase().indexOf("webkit
       ")&&!V("Edge");Lh&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
       Mh=za.navigator||null;Mh&&(Mh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
       )||V("iPod")||V("iPad");V("iPad");V("iPod");
55404  var Nh=function(){var a=za.document;return a?a.documentMode:void 0},Oh;a:{var
       Ph="",Qh=function(){var
       a=Dh;if(Kh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Ih)return/Edge\/([\d\.]+)/.exec(a);
       if(Hh)return/\b(?:MSIE|rv)[:
       ]([^\);]+)(\)|;)/.exec(a);if(Lh)return/WebKit\/(\S+)/.exec(a);if(Gh)return/(?:Version
       )[ \/]?(\S+)/.exec(a)}();Qh&&(Ph=Qh?Qh[1]:"");if(Hh){var
       Rh=Nh();if(null!=Rh&&Rh>parseFloat(Ph)){Oh=String(Rh);break a}}Oh=Ph}
55405  var Sh=Oh,Th={},Uh=function(a){var b;if(!(b=Th[a])){for(var
       c=0,d=Bh(String(Sh)).split("."),e=Bh(String(a)).split("."),f=Math.max(d.length,e.
       length),g=0;0==c&&g<f;g++){var
       h=d[g]||"",k=e[g]||"",m=RegExp("(\\d*)(\\D*)","g"),l=RegExp("(\\d*)(\\D*)","g");do{
       var
       n=m.exec(h)||["","",""],q=l.exec(k)||["","",""];if(0==n[0].length&&0==q[0].length)
       break;c=Ch(0==n[1].length?0:parseInt(n[1],10),0==q[1].length?0:parseInt(q[1],10))||Ch
       (0==n[2].length,0==q[2].length)||Ch(n[2],q[2])}while(0==c)}b=Th[a]=0<=c}return b},
55406  Vh=Sh,Wh=Hh&&Nh();Oh||(("CSS1Compat"==Vh.compatMode?parseInt(Sh,10):5):void
       0;var Xh;if(!(Xh=!Kh&&!Hh)){var
       Yh;if(Yh=Hh)Yh=9<=Number(Wh);Xh=Yh}Xh||Kh&&Uh("9");var
       Zh=function(a){Zh[" "](a);return a};Zh[" "]=function(){};var ua=function(a,b){var
       c="";Hh&&!$h(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
       var d=<!DOCTYPE html><html><head><script>var
       inDapIF=true;\x3c/script>'+c+'</head><body>'+b+"</body></html>";if(ai)a.srcdoc=d;else
       if(bi){var
       e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
       ci(a,d)},ai=Lh&&"srcdoc"in
       document.createElement("iframe"),bi=Kh||Lh||Hh&&Uh(11),ci=function(a,b){Hh&&Uh(7)&&!
       Uh(10)&&6>di()&&ei(b)&&(b=fi(b));var c=function(){a.contentWindow.goog_content=
55407  b;a.contentWindow.location.replace("javascript:window.goog_content")};Hh&&!$h(a)?gi(a
       ,c):c()},di=function(){var
       a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
       a?parseFloat(a[1]):0},$h=function(a){try{var b;var c=a.contentWindow;try{var
       d;if(d=!!c&&null!=c.location.href)b:{try{Zh(c.foo)}catch(e){d=!0;break
       b}catch(e){}d=!1}b=d}catch(e){b=!0}return
       b}catch(e){return!1}},hi=0,gi=function(a,b){var
       c="goog_rendering_callback"+hi++;window[c]=b;a.src="javascript:'<script>(function()
       {document.domain = \""+
55408  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
       null;continuation();})()\x3c/script>'"},ei=function(a){for(var
       b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},fi=function(a){for(var
       b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
       String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));l=b.length%2&&(d[c]=b
       .charAt(b.length-1));return d.join("")};/*
55409   Copyright (c) 2014 Derek Brans, MIT license
       https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
       simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
55410
55411  var ji=function(a,b,c,d){return function(){try{if(0<b.length){var
       e=b.shift(),f=ji(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
       gtmscript"==e.type){var
       g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,na(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
55412  a.insertBefore(e,null);ji(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){x(d)}}};var li=function(a,b,c){if(R.body){var d=
55413  a[Kc];d instanceof xh&&(d=d.resolve(zh(b,c)),b=Ye);if(a[Ne])try{ua(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),x(b)}catch(e){x(c)}else
       a[Pe]?ki(d,b,c):ji(R.body,va(d),b,c)()}else
       H.setTimeout(function(){li(a,b,c)},200)},_html=li;_html.a="html";_html.b=["
```

```
55413... customScripts=[]}
55414  var xi=function(a,b,c,d){var e=b+": "+c+(d?"
   ..  !important":""),f=document;if(f.createStyleSheet){var
   ..  g=ui(f),h=g.rules.length;g.addRule(a,e);return
   ..  function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
   ..  k=vi(a+"{"+e+"}",f);wi(k,f);var m=k.parentNode;return
   ..  function(){m.removeChild(k)}},yi=null,ui=function(a){if(yi)return yi;for(var
   ..  b=a.styleSheets.length-1;0<=b;b--){var
   ..  c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
   ..  return yi=c}0==a.styleSheets.length&&
55415  a.createStyleSheet();return yi=a.styleSheets[0]},vi=function(a,b){var
   ..  c=(b||document).createElement("style");void
   ..  0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},wi=function(a,b){var
   ..  c=b||document,d=c.getElementsByTagName("head")[0]||(d=c.createElement("head"),c.
   ..  body.parentNode.insertBefore(d,c.body))d.appendChild(a)};var Fi={},Gi=void
   ..  0,Hi=function(a){var b=Fi[a];if(!(b={id:a,u:[],T:0,Ha:null,ya:void
   ..  0,Ca:!1},Fi[a]=b);Gi=b},Ji=function(a,b,c,d){var e=Gi;if(!Xf||!e)return!1;var
   ..  f={id:e.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
   ..  null===a?(f.S=!0,b(null)):Ii(e);return!0},Ki=function(a){var
   ..  b=xi(a,"visibility","hidden",!0);return
   ..  function(){N(b)&&b.apply();b=null}},Li=function(a,b,c,d){var e=b;if(!qa){var
   ..  f=Ki(a.w);ra.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Ji(a,e,
55416  c,d)},Ii=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
   ..  c=a.u[b],d=b==a.T;if(!c.S&&!Mi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
   ..  .setTimeout(function(){a.Ha=null;Ii(a)},80)),qa||a.ya||(a.ya=function(){x(function(){
   ..  Ii(a)})},U(H,"DOMContentLoaded",a.ya))):Ni(a)},Ni=function(a){for(var
   ..  b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
   ..  d=rf(c.F.w)||[],e=0;e<d.length;e++){var
   ..  f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Oi(f,c.id),c.R.push(
   ..  Pi(f,c.id)))}}},Mi=
55417  function(a,b){var c=[];if(b.F){var
   ..  d=Qi(b.F,b.id),e=null;b.na&&(e=Qi(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
   ..  g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!qa&&(null===b.na.o||b.Ma+c.length<b
   ..  .na.o)))break;c.push({element:g,Lb:h})}}if(!qa&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
   ..  .length))return!1;for(var k=0;k<c.length;k++){var
   ..  m=c[k].element,l=c[k].Lb,n=b.qa++;Oi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Oi(l,n));var
   ..  q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Pi(m,b.id));l&&n&&b.R.push(Pi(l,n))}if(b.F.o&&
55418  b.F.o==b.qa||qa)b.S=!0;return!0},Oi=function(a,b){a.gtmProgressiveApplied||(a.
   ..  gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Pi=function(a,b){return
   ..  function(){a.gtmProgressiveApplied&&delete
   ..  a.gtmProgressiveApplied[b]}},Qi=function(a,b){for(var
   ..  c=rf(a.w)||[],d=[],e=0;e<c.length;e++){var
   ..  f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ri(f))break
   ..  ;d.push(f)}}return
   ..  d},Ri=function(a){if(qa)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
   ..  return!1};var Ui,Vi;var ej=function(a){return function(){}},fj=function(a){return
   ..  function(){}};var Ij=function(a){var
   ..  b=H||za,c=b.onerror,d=!1;Lh&&!Uh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
   ..  b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};var
   ..  ek=58,fk=[],gk=[],hk=[],ik=new
   ..  ff,jk=[],Y=[],nh=[],oh=[],kk=function(){this.I=[]};kk.prototype.set=function(a,b){
   ..  this.I.push([a,b]);return this};kk.prototype.resolve=function(a,b){for(var
   ..  c={},d=0;d<this.I.length;d++){var
   ..  e=lk(this.I[d][0],a,b),f=lk(this.I[d][1],a,b);c[e]=f}return c};var
   ..  mk=function(a){this.index=a};mk.prototype.resolve=function(a,b){var
   ..  c=hk[this.index];if(c&&!b(c)){var
   ..  d=c[Pc];if(d){if(a){if(a.get(d))return;a.set(d,!0)}c=lk(c,a,b);a&&a.set(d,!1);return
   ..  gf(c)}};
55419  var _M=function(a){return new
   ..  mk(a)},nk=function(a){this.resolve=function(b,c){for(var
   ..  d=[],e=!1,f=0;f<a.length;f++){var g=lk(fk[a[f]],b,c);g===wg&&(e=!0);d.push(g)}return
   ..  e?new xh(d):d.join("")}},_T=function(a){return new
   ..  nk(arguments)},ok=function(a){function b(b){for(var
   ..  d=1;d<a.length;d++)if(a[d]==b)return!1}this.resolve=
55420  function(c,d){var e=lk(a[0],c,d);if(a[0]instanceof mk&&(8)&&(16)){if(e===wg)return
   ..  e;var
   ..  f=ia();ik.set(f,e);return'google_tag_manager["GTM-M5FMJH"].macro(\''+f+"')"}for(var
   ..  e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
```

55420... ok(arguments)},pk=function(a,b){this._a=this;this.__R=function(a,b){return new
... pk(a,b)},qk=function(a,b){return lk(a,new ff,b)},lk=function(a,b,c){var d=a;if(a
... instanceof mk||a instanceof kk||a instanceof nk||a instanceof ok)return a.resolve(b,
55421... c);if(!(a instanceof pk))if(Ze(a))for(var
... d=[],e=0;e<a.length;e++)d[e]=lk(a[e],b,c);else if(a&&"object"==typeof a){var
... d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=lk(a[f],b,c))}return
... d},rk=function(a,b){var c=b[a],d=c;if(c instanceof mk||c instanceof ok||c instanceof
... nk||c instanceof pk)d=c;else if(Ze(c))for(var
... d=[],e=0;e<c.length;e++)d[e]=rk(c[e],b);else if("object"==typeof c){var d=new
... kk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],rk(c[f],b))}return
... d},tk=function(a,b){for(var c=b?b.split(","):
55422... [],d=0;d<c.length;d++){var
... e=c[d]=c[d].split(":");0==a&&(e[1]=fk(e[1]));if(1==a)for(var
... f=sk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
... h=gk[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=sk(e[g]);3==a&&(c[d]=fk(e[0]));
... if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
... k=0;k<e[g].length;k++)e[g][k]=fk(e[g][k])}else e[g]=[];5==a&&(c[d]=e[0])}return
... c},sk=function(a){var b=[];if(!a)return b;for(var
... c=0,d=0;d<a.length&&c<ek;c+=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var
... f;f=65<e&&90>=
55423... e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:62;1&f&&b.push(c);2&f&&b.push(c+1
... );4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4);32&f&&b.push(c+5)}}return
... b},uk=function(a,b,c){a.push.apply(a,tk(b,c))};
55424... var
... Sg=function(){},Ck=function(a){},Vg=function(){},Dk=function(a){},Ek=function(a,b){},
... Fk=function(a,b){},Tg=function(a){};var Gk=function(a){var
... b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
... .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||lf(b.la);pf(b,1);if(La[a])for(var
... e=0;e<La[a].length;e++)La[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
... c=b.s.event,d=b.g;}b.complete||
55425... lf(b.fa);pf(b,2);if(La[a])for(var
... e=0;e<La[a].length;e++)La[a].shift().N()};this.A=Ye},Hk=function(a,b){a.la.push(b)},
... Ik=function(a,b){a.fa.push(b)},Jk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
... =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Jk.prototype.addListener=
... function(a){this.wa.push(a)};
55426... var Kk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
... 0==e&&(e=[]);void
... 0==f&&(f=[]);d=Ze(d)?d.slice():["or",d];e=Ze(e)?e.slice():[e];f=Ze(f)?f.slice():[f];a
... .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
... g=function(){0<a.U&&a.U--;0<a.U||lf(a.wa)};Hk(c,g);Ik(c,g)}},Lk=function(a,b,c){a.J[b
... ]&&(Hk(a.J[b],function(){c(b,!0)}),Ik(a.J[b],function(){c(b,!1)}))},Mk=function(a,b){
... var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
... pk&&a[g].v===
55427... d||a[g]===d){f=g;break
... a}f=-1}c||(0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
... splice(f,1),1==a.length&&(c=!0,b())):c=!0))},Qk=function(a,b){var
... c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Nk(h,b,a);if(f=g){var
... k=Ok(b,!0);0<k.length&&(k[0].v);c.push(f);var l=Ok(b,!1);0<l.length&&(l[0].v)}else
... d=
55428... !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
... g=c[f],h=Ok(g.g,!0);if(0<h.length){var
... k=c[f-1],m=Pk(g);Hk(k,m);0==h[0].ma&&Ik(k,m)}var
... l=Ok(g.g,!1);0<l.length&&(m=Pk(c[f+1]),Hk(g,m),0==l[0].ma&&Ik(g,m))}a.Fa.push(c)}},Ok
... =function(a,b){var c=b?$d:qe,d=Y[a];void 0==d[c]?[]:d[c];return
... Ze(e)?e:[e]},Pk=function(a){return function(){a.A()}},Sk=function(a){for(var
... b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
... b=Ok(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Ok(a,!1);0<c.length&&f(c[0].v)};
55429... f(d.g);b[d.g]=e}Rk(a,b);return b},Rk=function(a,b){for(var c=0;c<a.length;c++){var
... d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<bf(b[e],d)){delete
... b[d];break}}};var Uk=function(a,b){return function(){a[Gc]=b.O;a[Hc]=b.N;var
... c=b.g,d=b.s&&b.s.Ga[c],e=Ka[c]&&Ka[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
... 0==e||!f&&!h||!h&&!k){pf(b,0);var m=b.s?b.s.event:void
... 0;a=Tk(a,m?m.c:Wf());if(m){var l=a;Ek(m,c)}gf(a,b,O,b.N)}else
... h&&0==e||k&&0==e?d?La[c].push(b):h&&1==e||k&&1==e?b?O():b.N()}},Tk=function(a,b){a=qk(a
... ,b);return a},Nk=function(a,b,c){var d=new
... Gk(b);d.s=c;Hk(d,ej(a));Ik(d,fj(a));d.A=Uk(a,d);return d};var
... _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",

```
55429  function(){var
       d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
       a[Vc],google_custom_params:a[Qb]||{},google_remarketing_only:!0,onload_callback:b})||
       c():c()},c)};_sp.a="sp";_sp.b=["google"];var Zk,$k;var il=!1;var jl=function(){var
       a=[];return function(b,c){if(void 0===a[b]){var
       d=jk[b]&&qk(jk[b],c),e=d;if(d)if(d[Xa]&&Ze(d[Za]))for(var
       f=d[Za],e=!1,g=0;!e&&g<f.length;g++)d[Za]=f[g],e=gf(d);else e=gf(d);a[b]=[e,d]}return
       a[b]}},Bk=function(a,b){for(var
       c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
       e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},kl=!1,Mg=function(a,
       b,c,d){switch(b){case "gtm.js":if(kl)return!1;kl=!0;break;case
       "gtm.sync":if(K("gtm.snippet")!=Ga)return!1}K("tagTypeBlacklist");
55430  for(var
       e={id:a,name:b,ba:c||Ye,aa:sk(),ka:sk(),M:jl(),c:Wf()},f=[],g=0;g<nh.length;g++)if(Bk
       (e,nh[g]))f[g]=!0;for(var
       h=e,k=nh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
       n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0else f[g]=!1;Ek(e);var t=[];for(var
       v=0;v<ek;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var w=new
       Jk(e),A=0;A<ek;A++)if(e.aa[A]&&!e.ka[A])if(e.c(Y[A])){}else{var
       E=e.P[A],F=Nk(E,A,w);Kk(w,A,F,E[ac],E[$d],E[qe]);if(E[Ma])break}w.addListener(e.ba);
       for(var D=[],
55431  y=0;y<w.J.length;y++){var I=w.J[y];if(I){var
       z=w.Oa[y],B=w.Ta[y],J=w.Wa[y];if(0!=z.length||B||J){if(0<z.length)for(var
       S=Mk(z,I.A),P=0;P<z.length;P++)z[P]instanceof
       pk&&z[P].v!=y&&Lk(w,z[P].v,S);(B||J)&&Qk(w,y)}else
       D.push(y)}}for(y=0;y<D.length;y++)w.J[D[y]].A();for(y=0;y<w.Fa.length;y++){var
       ta=w.Fa[y],W=ta,ha=[],ea=0;ea<W.length;ea++){var
       ob=W[ea],mb=ob.g,Mb=Ka[mb],rd=Mb.firingOption;0!=rd&&(1==rd&&void
       0!==ob.s.Ga[mb]||2==rd&&void 0!==Mb.state)&&ha.push(ob)}var sd=Sk(ha),wc=void
       0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var zf=
55432  void 0,oj=void 0,od=sd[wc],xl=od[0],vj=od[od.length-1],wj,Ha=0;Ha<W.length;Ha++){var
       pd=W[Ha];!zf&&pd.g==xl&&0<Ha&&(zf=W[Ha-1]);pd.g==vj&&Ha<W.length-1&&(oj=W[Ha+1])}if(-
       1<bf(od,pd.g))if(wj=W.splice(Ha,1)[0],pd.g==vj)break;else Ha--}if(wj){var
       xj=Number(wc),la=zf,Af=oj;if(la){var
       yl=la.la[0],zl=la.fa[0],yj=la;yj.la=[];yj.fa=[];Hk(la,yl);Ik(la,zl)}if(la&&Af){var
       Bf=Pk(Af);Hk(la,Bf);var
       Cf=Ok(la.g,!1);0<Cf.length&&Cf[0].v!=xj&&0==Cf[0].ma&&Ik(la,Bf);var
       Df=Ok(Af,!0);0<Df.length&&Df[0].v!=xj&&0==Df[0].ma&&
55433  Ik(la,Bf)}}}0<ta.length&&ta[0].A()}0<w.U||lf(w.wa);d&&N(d)&&d({passingRules:f,
       resolvedTags:e.P});
55434  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Bj in e.P)if(e.P.hasOwnProperty(Bj)){var
       Cj=e.P[Bj],Ef;if(!(Ef=void 0==Cj[Pc])){var Dj=Cj[Pc];Ef=!("function"!=typeof
       String.prototype.startsWith?0===Dj.indexOf("_implicit"):Dj.startsWith("_implicit"))}
       if(Ef)return!0}return!1};var ik={macro:function(a){if(ik.contains(a))return
       ik.get(a)}};ll.dataLayer=Rf;ll.onHtmlSuccess=Ah(!0);ll.onHtmlFailure=Ah(!1);ll.
       callback=function(a){ya.hasOwnProperty(a)&&N(ya[a])&&ya[a]();delete
       ya[a]};ll.jb=function(){var
       a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-M5FMJH"]||(a["GTM-M5FMJH
       "]=ll);oa=a};function(){var a=function(){var
       c=L("google_tag_manager",{},!1),d=c[a];d||(d=c[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
       ={},d.wt=null,d.l=!1);return d};Zg=a("linkClickMap");$g=a("formSubmitMap")})}();
55435  fk.push.apply(fk,function(){for(var
       a=[_re,_u,'url',_M(0),'.*',_eq,_e,'_event',_M(1),'gtm.js','1082078_1',_sp,'964382020'
       ,'',2,'http://liveoakhealthpartners.com/','1082078_5',_awct,true,'BOeoCJzg-14QxJrtywM
       ',7,'http://www.ctmc.org/','1082078_6','YHwiCLeO9V4QxJrtywM',8,_html,'\x3cdiv
       id\x3d\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22
       style\x3d\x22display:none\x22\x3e\n        \x3cscript
       data-gtmsrc\x3d\x22https://js.adsrvr.org/up_loader.1.1.0.js\x22
       type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e\n        \x3cscript
       type\x3d\x22text/gtmscript\x22\x3e(function(a){\x22function\x22\x3d\x3d\x3dtypeof
       TTDUniversalPixelApi\x26\x26(a\x3dnew
       TTDUniversalPixelApi,a.init(\x22m2kcwkb\x22,[\x22e7ohjjf\x22],\x22https://insight.
       adsrvr.org/track/up\x22,\x22ttdUniversalPixelTagca481025381a475bb40e4b1238d8aae6\x22)
       )})(this);\x3c/script\x3e\n        \x3c/div\x3e',1,'1082078_2147479553','\n\x3cscript
       type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
       x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
       ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
       ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3d\x3dg,d\x3de.getElementsByTagName(f)[0],
```

```
55435   d.parentNode.insertBefore(c,d)})(window,document,\x27script\x22,\x22//connect.
   …    facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221651198145131212\x22);fbq(\
   …    x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
   …    height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
   …    src\x3d\x22https://www.facebook.com/tr?id\x3d1651198145131212\x26amp;ev\x3dPageView\
   …    x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\x3e\n\n',9,'url hostname','host','url
   …    path','path','_f,'referrer','event','_v','element','gtm.element','element
   …    classes','gtm.elementClasses','element id','gtm.elementId','element
   …    target','gtm.elementTarget','_et,'element text','element
   …    url','gtm.elementUrl','history new url fragment','gtm.newUrlFragment','history old
   …    url fragment','gtm.oldUrlFragment','history new state','gtm.newHistoryState','history
   …    old state','gtm.oldHistoryState','history change
   …    source','gtm.historyChangeSource'],b=[],c=0;c<a.length;c++)b[c]=rk(c,a);return
   …    b}());uk(gk,0,"4:0,4:1,7:2,0:3,1:4,4:5,4:6,7:7,0:8,1:9,4:11,6:12,3:13,11:14,1:15,4:17
   …    ,10:18,8:19,12:13,11:20,1:21,8:23,11:24,4:25,5:26,11:27,5:29,11:30,7:31,2:32,7:33,2:
   …    34,4:35,7:36,7:37,4:38,7:39,9:40,7:41,9:42,7:43,9:44,7:45,9:46,4:47,7:48,7:49,9:50,7:
   …    51,9:52,7:53,9:54,7:55,9:56,7:57,9:58,7:59,9:60");uk(hk,1,"G,AD,CAAAw,CAAAAD,AAAAAM,
   …    ABAAAQ,AAAAAgD,AAAAAgM,AAAAAgw,AAAAAgAD,AAAAAAAM,AAAAAgAw,AAAAAgAAD,AAAAAgAAM,
   …    AAAAAgAAw,AAAAAgAAAD,AAAAAgAAAM");uk(jk,1,"Z,gM,oAE,oAAE");uk(Y,1,"AwD,Ag4D,AgYZ,
   …    AAAgD,AAQgM");uk(nh,2,"D:J::,G:C::,K:E::,C:Q::");uk(oh,4,"10.10:,16:,22:,28:");for(
   …    var ml=0;ml<Y.length;ml++){var
   …    nl=Y[ml],ol=1;nl[vd]?ol=2:nl[Je]&&(ol=0);Ka[ml]={firingOption:ol,state:void
   …    0};La[ml]=[]}ll.jb();
55436   (function(a){})('async");
55437   (function(){var
   …    a=L("dataLayer",[],!1),b=L("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
   …    ]||{};ra.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Jf.push(
   …    function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
   …    c=a.push;a.push=function(){var
   …    b=[].slice.call(arguments,0);c.apply(a,b);for(Ng.push.apply(Ng,b);300<this.length;)
   …    this.shift();return Wg()};Ng.push.apply(Ng,a.slice(0));x(Xg)})();
55438   if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)vf();
   …    else{U(R,"DOMContentLoaded",vf);U(R,"readystatechange",vf);if(R.createEventObject&&R.
   …    documentElement.doScroll){var
   …    wl=!0;try{wl=!H.frameElement}catch(a){}wl&&xf()}U(H,"load",vf)}"complete"===R.
   …    readyState?Kf():U(H,"load",Kf);
55439   (function(a){})("async");(function(){})();var
   …    _vs="res_ts:1444750071826000,srv_cl:127769859,ds:live,cv:12";
55440   })()
55441
55442   *****************************************************
55443   The following data is from ctmc_org-source-20160627.txt
55444   *****************************************************
55445   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
   …    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"><meta
   …    http-equiv="X-UA-Compatible" content="IE=edge,chrome=1" >
55446   <html >
55447   <head id="Head"><meta content="text/html; charset=UTF-8" http-equiv="Content-Type"
   …    /><meta content="text/javascript" http-equiv="Content-Script-Type" /><meta
   …    content="text/css" http-equiv="Content-Style-Type" /><meta id="MetaDescription"
   …    name="DESCRIPTION" content="Compassion to all and dedicated to creating a healthy
   …    community. A Joint Commission&#39;s Gold Seal of Accreditation hospital. Conveniently
   …    located off I-35.
55448
55449   director pathology child life cancer childbirth medicine physicians central texas
   …    medical center san marcos" /><meta id="MetaKeywords" name="KEYWORDS"
   …    content="hospital healthcare medical services san marcos tx nursery center baby
   …    online medical therapy physical health women cpr hospice email services records
   …    classes jobs radiology babies wellness blood nursing birthing human resources wound
   …    surgical hospital cradle emergency maternity births volunteer job employee nurse test
   …    womens treatment web ctmc staff class patient department newborn management insurance
   …    support pharmacy assistant lab dietitian picture cafeteria born openings nicu
   …    breastfeeding" /><meta id="MetaCopyright" name="COPYRIGHT" content="Central Texas
   …    Medical Center | 1301 Wonder World Drive, San Marcos, TX 78666 | (512) 353-8979"
   …    /><meta id="MetaAuthor" name="AUTHOR" content="Central Texas Medical Center" /><meta
   …    name="RESOURCE-TYPE" content="DOCUMENT" /><meta name="DISTRIBUTION" content="GLOBAL"
   …    /><meta id="MetaRobots" name="ROBOTS" content="INDEX, FOLLOW" /><meta
   …    name="REVISIT-AFTER" content="1 DAYS" /><meta name="RATING" content="GENERAL" /><meta
```

```
55449    http-equiv="PAGE-ENTER" content="RevealTrans(Duration=0,Transition=1)" /><style
         id="StylePlaceholder" type="text/css"></style>

55450

55451        <!-- AHSIS CUSTOM HEAD META, STYLE, AND SCRIPT PLACEHOLDERS ADDED 4/10/2013 -->
55452        <meta name='viewport' content='initial-scale=1.0, user-scalable=no,
         maximum-scale=1, width=device-width'><link href="/Portals/_default/Skins/Adventist
         2015/css/font-awesome.min.css?cdv=316" type="text/css" rel="stylesheet"/><link
         href="/Portals/_default/Skins/Adventist 2015/css/global.css?cdv=316" type="text/css"
         rel="stylesheet"/><link href="/Portals/_default/default.css?cdv=316" type="text/css"
         rel="stylesheet"/><link href="/DesktopModules/HTML/module.css?cdv=316"
         type="text/css" rel="stylesheet"/><link
         href="/DesktopModules/AHSIS.Banner/module.css?cdv=316" type="text/css"
         rel="stylesheet"/><link
         href="/Portals/_default/Containers/Adventist/container.css?cdv=316" type="text/css"
         rel="stylesheet"/><link
         href="/Portals/_default/Containers/SMMC/TitleWithGrayBorderContainer.css?cdv=316"
         type="text/css" rel="stylesheet"/><link
         href="/Portals/_default/Containers/Adventist/PurpleTitleContainer.css?cdv=316"
         type="text/css" rel="stylesheet"/><link href="/Portals/7/portal.css?cdv=316"
         type="text/css" rel="stylesheet"/><link href="/Portals/_default/Skins/Adventist
         2015/Themes/Adventist_Main_menu/theme.css?cdv=316" type="text/css"
         rel="stylesheet"/><link
         href="/DesktopModules/AHSIS.AHSYourAccount/css/Adventist2015_yourAccount.css?cdv=316"
         type="text/css" rel="stylesheet"/><link
         href="/Plugins/jQueryUI/jQuery-ui-smoothness.min.css?cdv=316" type="text/css"
         rel="stylesheet"/><!--[if lt IE 8]><link rel='stylesheet'
         href='/Portals/_default/Skins/Adventist 2015/css/ie7.css'><![endif]--><style
         type='text/css'></style><script
         src="//ajax.googleapis.com/ajax/libs/jquery/1.8.3/jquery.min.js?cdv=316"
         type="text/javascript"></script>
55453        <script src="//ajax.googleapis.com/ajax/libs/jqueryui/1.10.0/jquery-ui.min.js"
         type="text/javascript"></script>
55454    <meta name="google-site-verification"
         content="lVUi7_I54_byRshf4XXZVfW-2gVsysd2mEbTFu_pC7Q" />

55455

55456                <script type="text/javascript">
55457                    var _gaq = _gaq || [];
55458                    _gaq.push(['_setAccount', 'UA-1824477-1']);
55459                    _gaq.push(['_trackPageview']);

55460

55461                    (function() {
55462                        var ga = document.createElement('script'); ga.type =
         'text/javascript'; ga.async = true;
55463                        ga.src = ('https:' == document.location.protocol ? 'https://ssl'
         : 'http://www') + '.google-analytics.com/ga.js';
55464                        var s = document.getElementsByTagName('script')[0];
         s.parentNode.insertBefore(ga, s);
55465                    })();
55466                </script>

55467

55468        <script type='text/javascript'>
55469                    jQuery(document).ready(function() {
55470                        if (jQuery('#bannerFlexslider .flexslider').length > 0) {
55471                            jQuery('#bannerFlexslider .flexslider').flexslider({
55472                                animation: 'slide',
55473                                pauseOnHover: true,
55474                                smoothHeight: false,
55475                                slideshowSpeed: (6 * 1000),
55476                                slideshow: true,
55477                                animationDuration:1000,
55478                                directionNav: false,
55479                                controlNav:true,
55480                                directionNav:false
55481                            });
55482                        }
55483                    });
55484                </script><title>
55485        Central Texas Medical Center: San Marcos Hospital
```

Page 1820

```
55486  </title></head>
55487  <body id="Body">
55488      <script type='text/javascript' src='/Portals/_default/customhead.js'></script>
55489      <!--[if gte IE 9]><!-->     <script type='text/javascript'
       src='/Plugins/iScroll/SMMC_iScroll.js'></script><!--<![endif]--><!--[if lt IE 9]>
       <script type='text/javascript' src='/Portals/_default/Skins/Adventist
       2015/js/modernizr.custom.min.js'></script>     <script type='text/javascript'
       src='/Portals/_default/Skins/Adventist 2015/js/html5shiv.js'></script>     <script
       type='text/javascript' src='/Portals/_default/Skins/Adventist
       2015/js/respond.js'></script>     <script type='text/javascript'
       src='/js/PIE.js'></script><![endif]-->
55490      <form method="post" action="/" id="Form" enctype="multipart/form-data">
55491  <div class="aspNetHidden">
55492  <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
       value="" />
55493  <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
55494  <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
55495  <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
55496  <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

```
       value="OuwCyttIF9YL/
       pMl1WVdqakiF13HVRKzxSmtvNzbVTy6FtmynIgd65aqQet0ovQmtlcFppq9CHC8PuITkkt2T72vxMeeZTbLSM
       aRGdCh3AThnwBpr1HQlK1m/+EUqZgEMnXpj4D5y3VEcrU+5PRKeaxI84ohkUQt1J6mAz6b4eDOZCgt1aFjum/
       BeaAfgw99A8FiUam5kmOtaXIqlxF5klDr63tvSItiX5vCBNuGL+XfT5B31le3NbRTlUu/
       Ys1NDzAgcP026ij6IIdeiBOhyDmuvz7aWGXhWWjEdZp/soVq3bJJvyhrKYO4PF7eg/FPqS/OTcy2ytKU+
       8c3xYi+nQv+
       4P8BM6PxDeaRgF8wPd3b3VOSb7oAwVxpkoJcPJ8vJfaJTK3LNu9xandlYsiKETGgmKO2EIgVMuqYpBdwbszys
       nvJ5FCvbcvwVe+okHRGTH1rkRwgGgMRb9IeYvuQWN8DgYHcrTkYiqISkYN3rDA+
       5pifh4dEHDuLxcyMz6oAZGzx/jnwqXOLwi9Xeivxr68r8oe0oH4r7HdnUqqPR+
       U1b0XMyrf3GbvTo52aelR6qT/
       PsejnmC75AOh9JK4HdW9rgmzh1ATIdLNMxrqGDCHFzcw2hQfvQsntlxLVhhIa49HbujdmF0ila1QVbFD4+7+
       qE1uvuyKolzFNMCoLietIinr4R90dMchSoTmNlAwuAOyt+a5BO94s3cr/b68vKduuUJ+
       eAFiZuHOTSnWeZil2wPH4POJxgvAw+VzgU1ODoUvb3cd7/KbG51br9U2cqPGzYmdMiPfWGdSnc6f/
       5kCPyEKoAU46OH6NrXFEKRBFelJyMmk58Ur2Y0fesSYrTnBEY9eLswPXpgizAOJQvpK1Tr+
       ku5j7WAzONoGS50v1d/9WEYuVw7Zv80KD2Dlbhzhk HnoQ7oHjExJFSwaDtw65PAEzHu0Ecy3a4NNw/
       zUeFmlNz5gmui8RyWMXB3Mrcw0HMQzDD7a6U2dWW2wwVToAqDyaHNilsWWOpHrOL8uTEYOKVupuu+
       Hz7JJljPqlin3r1FchEBXwe9zC28qZLbPHp9gCAPtAT0pcmt0qIY7kDbDacNFFUPjatnflzQVn29NLzOhMFX
       zlt6/IhtIKCF9dFKJ4ZrfwKj+9B8YnHEjw4q+Ft7KRDx8wpsXbwz2pmVAtBNfmoQKKF+
       SvjGwbeMKntaio6JVjxLHaW5uojsPO7DyBiwehmD8yHBgsiuUrFUQPF7XH62yUUgbXv7tcwuudd4tpcD0nohs
       x5sHEO5SutzZCWYNR4vndcXxRX03trad/Mjn3AGo2UpDj89Tz/
       Cyi1ODgDQLjBYPSpmSUyp7ML12r72uAJU2knbFOV6uatyj0O0AOuo/
       HVNhmnAfoAOiBtr5pDBmjvUH4BtJi5qeF/
       jr4NIp6n3pYbbcNj5DDnp6aL534p9vM8pegp2UlikHQK3sfaXg8q9v79CywzPTDYzLBO9VB/
       IpwxHIY1YockNArWqwuK2nXbz3PBaFCM5oDpfBkM6uiJAkUhYzPgGFTewU2U9omO3LL0+KgP9B+
       qSdvmd9JMM4i7wIBLht9184nbLX3KYeh3F+O+MckkaiOx7BZU5MgDKeEW+2B9gaXgViqGp6debz1Y++
       cHsX36iIRGsgqiqy8i54g6YOogz33LtMOaoqlm/S5ED1PLkpqq1bw4jCw73XmNtQqxxFguA6S8wl9/
       TcVApiDJaWFRMSK1KLGnBu4VVTVWWDMa8MjVkqwccHahSOalf3xE2o5DFiO5hMaMBmpI9Ih+
       xpkGzkFvJQjWaZupv9Rm0hGmctGVTjCylYVo6ZhH4hTPOA4PUGfwdyZBId2kn0YcptGMaFUf9rXUUNumUY6b5
       U26drThMfIpyiBvI6pNfRoyUL5NY5KASbXOJlwFcQ/
       ZLDexsWr8Sty3qs3NvJnppkPp1k0rY7m59m665z2gG4n9LJrldXZS08z+
       6Z774fS24AjTQztG8OUUXGWMqPrEawTHb5xTej2xicY8DF7xIOPn4yTEJDj5k8E+vBzG64ClQw/
       bLmr7uwSGLjMH7SgsnEKZzW8qrCaXqqZODNVGdNen0nrcZD/nNiTm5U+YA7yUP+
       V7ouu0RW8CyXbqvnjdgz311xo6nc1monh5F1PT29Nun4hTCp/
       lvk4aLoxnZ8ADeJKDvmIhUrD66MYt2XnlyMlETiDwnJn38A4vqvvD/
       bICYfa7sfifHeRSP6DAyWf7O6tIHJsSGR9IyeYNuC6D5y9QJE5mEB8QHPvs6XMiczykbGqBlMMPeIslFKLez
       P24nVyf/
       5EN7F61oATQexSF5xBzRsAOHClqIAsXKCz0pC7Wi2LlqCgaPDtGv07oEV5uczRBfXYR4nqftVg06kECL2dt4Uk
       7pvh9fr4eLAilnz4Qw6zVO4eUAyP9Moag/ydGe/+RyvkTCF46twOOkMKrsj7RVUOeoyQJ7illgcho+
       WoTPJ0taq3OfkUEsDyZeQh/mr6Ih/wx1BEwOpW4HFyp4cH40AEmholE7m+mGCn4uToJVAD+
       zjF5x8NNw0Mg0NPKFwCXbIDjSYEis/EUkM7FqFxhXFJbXt4XrvtlkB363JWcy/
       H043IwkMmj37dXJ7pcUCDvjVPpxM7azXPMTbBcJgLjfUdjxADFt76n6Z/pj2GZ1HeN4YWMaAqmo/
       3yi1raBV9SYw/9EZ+FQdiTQYzizsSe6RCw2TyfsXRQCP/kHupRg+7R6uv2X9K1dDBEV5N/
       d3m0KTE42OvkRB0rXVTD29keZPwBns/uC87P2L0XeZEGhqdXSV9w9WkIS9j9O2XMtRdgZTVbNUgQ3mTPE5t+
       h38JJ3Geqp45vwPrPZczh/vxjFbenA4QTg5DgXC8mrKXI+Uq+1hh9KTSrNfYUM7+
       5rk4xUI43U1uzZ3wDhoD3qXmvEdsOhttMxVZ6q0XyZlL/YyBVsDBPP9ppFWJ+
       snNrl5wfGibFALG3lzSAlbwS7KlxqkhNYN1S6M2a4AFs6Z7Vc4nn0vUbrdetdEsLQuJkZtntA6IRlOoKwlBy5
       1ZKp0RPVwjqWcbvOtLqmVrKyWH6jFzigCY/l/1lacqAoNi+wYP1HBZO3UraXnkbxqgSDNq+6O/
       csmAGLJwa6EdF7tkY+1/Wy8WHGejHM/8mdhyqJwuYAk4D+R12G7FORJyqHnfj/BT0MXW3/
       L33Cw755DiVXPn3VnKSru8cgiLehCiQ41cWlOPNZI7oKn2LOieSZ0hbtb+f4yi6i+
```

55496... xTv3me9ppN34qcYlWkkOjOchUwmF6Q4noHtM9vMzERx/uRtAWZoSs21rMJSmBGUTfHuJCdatQOB52gPAz+
... kyJTYDCY+mED+bzZCZ/c+
... Hue6R3EEcDNtlwp8OqXYQBsxfumnuosaEyu8gp5T4KbXioZS0mf6h7MMcbfyhHSPhRRg71zUlYXMXUdQ70lbN
... 3PLvRXpLzMqoWgxRFf994D40cSlfYx/
... Worrqr5x8TGpQOJw6ZgIxZOSxLOiAcAWSS5azeGTiEwGRKlNUQg7xYD0Dgr/geD6G/
... Gw8oRpPv2anGPcXImKsbjePqeEJ9LgoCmqZOOuxiu53WN3X1PYhH3rAGTIPqUeFUMJJzc1VMLO6r5c1x4agrb
... aWvrMTcdWiVG0HqT3FY3HAjjtR3aRsYdGJUstwWvhgHMdWx8wgLC5zifOchHj1Pvo7cMBEs+
... jKYS3dYhGRpx4CUxJDTwrBZWK2bgkH7jzVugDFQTncjD5H1He8a4DynbvUtPEXgAqR6x3DMfX1areADND3COK
... /cvR+20AMnEdJm0GzU17mqEXOFngz8BoOWYXxHaOHnO3Jm23kU5mZ0dJqwg2BjPMoauMN+V2CgwzYLm/
... h289gz84mTxIrfJvKWdM3NGzdHgrrUHSNqjQFeFotdeUXzrg0mPH9ZIH3x7T4g7xaOslybTrXsokqUMsMFGfJ
... DreiUyssTcKI1Ro9g9wLXcLeUpswBGW1fywSGA6n7pvCpTPXtZs5ujd7iqkjiAonxBrzh/
... OhC8EFfIpWYwMGpiDEThUdzWsQpDiJv8AkRWyRUIk0MhxRJK9WNk3IVxMGrGAhSsuI56o10s/
... j20CjVZk8Iy6nYCHC1PM9TaoMCGrBXQGweIb0pyk/L3Z2LcytGFeVHkZtKmwPyaom/qsVETV+
... 3No3fnUK7R5WPnEEZPKtKvqKJ+oPFVhUWAPe67nB31UKPK79QIY18vp/NknaRZ+
... 2bDxFKL2gEKQGG9BPOcpgg9F3ekZe3m9ZmgXy0SFJUqg3/+TX4bv21+/q6ZjDjrHfTC0yw/zirdVCh2/
... LeBUy8WFA8oZAnOwmFVGbYWdu4/
... CllYnYcQCE52W6efF00vTEY7nNpFU4Hv2ACRTJ8gPWqwqotDIse3elMaTAxEGbpFPajEEVeJl9tKrQSmpnUCc
... CqoMD6vSh7WJqekr02V14gU0cwv2hm0fKfiHGdlla0x0KOn3/
... GKwG3jel1qBFs8a40bl8GNYyZYJ0VeLtUSxVJxUucstT+WqqUYcVLHVMUiSnKi4fgehQNY/
... 8fvFWXM8oORRiWSlJgG0/g0cGQpFzLh6KD3EQjxK7GgiVX4SJOJyTfCtvHVTKOnnNaEfK+CAz/
... ONxXjkwemFsgewMKWVpw4EPCV92P2j16hhtQMYY4NYmO2Mo1hS9ih8hKlrbVb5XCeaaboHxWA3AyOiT99quKB
... kcE0E/tOk7EeCrTOcsPWjJP0V13xpQ+rWRXqNhtr2l8bNKCbxFK+lTyNsHdqhrqw+
... Zr59YGzRqYB8GyzT4rnCNQNKPyZmTZXBI8quw8cFANr0jeGWsXx+
... DHeTu11x1RIr3dCX623VLQNSJAwtTXe0nuh+MJ0msqYXZCObn4l33+
... mQ81Wk5MHIsC9cnkwKSoiBxLJlneEPsS9qMEdzxQj/DMn6ZkHXtV4APSh9nwjskyBgwfvDRGhZJ/
... HqValoR3WfPZW2XWCWgi+
... d4BuezIEaqfNaVOz6hUr7TTM3xHAsneC0aqZ8FY2QSRWf6th9B5OTsMqSv05RNzvqPbUK8U6RFZ3vDnyQ+
... yGFDJ2Fj8ENDTbFS7Id4oL+6ZGzvIO58CLT6wPEE/
... oHi8D8lul4FJn5LxGZnQZ2QFa14A7fDvAedTwjOyOhqqFujNUxOXrB+E5VCMjCL1VCAyV5/VYD939q/
... 9pLFvx7vlQysVt1MsbQGwBGzKYbu4NrORLWkgk7Bt4k/Ufb7lMVLX/NOvMOtEmG3J+
... N7NFmUAaJ9LcJkYnXzxFUH3/E3zt17HdwMGElw3yhhTJosjQ+q5YnBAqM6yJ8P1207EWp/Sg4G2Fj1KTI+
... oZHRrSv+tbyHwZOvj/zdixjRBb6R7pQSXSYQOx4CVz8fUvjtMLFvo1+
... WoOcS51z81YTSMZSvBaDJrJTu3650zz7veLIjPuuLXtQKZ9xUPudc2fmkJeziNKF/e+
... jigNw7HPMODpFKMcrNylpxfAXfcNHaCK/
... RBmCrhI2pkRVNxRT8gp5MRICYoMDfsAkVkBfLZwWnFMqQgikTZejmG0Lo2yd7exxRUfXP8dAXWgAD7nZ3prW8
... YhouplzwBfJzRAEMSk2PLxzjZBi0zRNNlkahdCCcu9xp+
... 01zvTfP7kMY2nieVT7UCLQLGWAWiFOOg7YqO6hZAgJxxxafo4uKPDiHyCXh9E4hPG3mQANpqt6HvQRlOgnjsm
... sjXUlZDw01SIhJnJsHMSbrjil2umTVwRL9Npp0DAAvZ+YlHW8xjKQeOu5hP+3rr7aEUHwJcuOtx+
... 7pRUwhn96XaigzPsgGhQRP7Ej0vPRCQ2vYTDydwfr3pqrzoysSohBclUkbCElEGRMvq3+no85uG+
... E6sMTkYDVYk1RiiaJW3RXhEwNZB5xBWpEyq3PC9QqP/PR7VobHadhFM6feQ8znFg+O7/
... JPtcvPJ0gIHLkuUBx0HwW3uLo46lVBH4FjQ7Bl0ES78eHL4aotV2FumIW2zfgIpMkvHGq8AeCJuWsSPUR1MvW
... YXpyVrX2dZL8bSqUeCLXlbOlJ4DTqfODGt0T/XmEnP5EQ4nlzZyOBxsiaL82iemQdbZIz7a05FkFOw/
... W9vbQXWZ56bEHtq89eQtOSjdIdT/k6qI/NFZzO9L30gDH6mA2Tvtm6snqEIY5r1VLh0RCqsInq+37NMBEsfiC
... /lKByo+cDL5t39HGjPPXJQBAMOH18DCi0Z4Vdljc4MpRYOlqCxHqz2eOWgnrcC4XEjoc1V6VWEpHHrnPa0cAG
... +9DNhz/v+n8HBYTT8TsiQu8Q3llah/EbPkcSVXY5h4hW6++3GpFsa5mtMCtj3WKKbNL+
... tPlJZhbDArsdNPDXJX9L4Q5q1jGb+
... NlJuUtN08F9a1DNxJyZOPZiGf2iRknmubGTyd33pRoJLcbOi4v8KtGSNkilQ8lkTkaBnG3j/EPSTpVa2v/
... PvznrXhAOrlIJRgmd9rHptojrIXy//VXHQ5lk87xggjIftsHHfIMtoTWsdr/iAolKR2virELwctub+
... mpQvspjPF1v7DClYZw+fGpVGfjrtAUB1MIfWKHEqq2kZUb9cbW81IUKMm4rJX3UlkGh8OuZB4PjLBf+
... 40JDfRQeQf7Uh9/oTz5XyuboPzbZA4AiEvMPS4NyGBlKTE500DquAC2UBDZOBZ9Cz3rR3DvXQOYRKd20X+
... YUnYRbTxPhPUdmyFyKLHfkWIZLD2ACxi5H9mU79FCxznTsF3E+YJP1KlJv92GU27cPrSWIf4Xc6Eh7/
... UtMxkWiWujvJSHfXnwc+tKPfu5spSHtgJoFpgOoV0meIeYplTAdu4FCV17p1+6gX5KKfhQQikO+eUErp62un/
... FCMjJHWhZdOcVJOFrAQ3hxHeMGZ4U4hl9nkYj8dzMI07p0gMBSYPTL5pxHeKZ5NlCQJQ2wHI3qFbz9sefI5Rn
... 5cLl6JvcSl1xqa7NTqWqq01AmK/T+EmnCde6rgk176Nn8PDOW78/
... fedJObkZTbvyZjMABgon8I9CfyCJKdZCZOhZXd923dvf5d0nwdnIaK/
... kQai7oChkw5UhHI5VPS24YD6kUw4MGPpwFnbH3kA+
... aBeuJisxOrT0ipVRlYsshEIAlHzkH72BqJNEjOO4yg91r7EFKc964F+bu/
... DP6TKPIo1ybbbiy1ghgk9MkAal6BAav+dzDKxK5knNXiB54xe9bMPYpAmHkIe/
... cBuKcpMZx2awxbDw3HGW4RC1bWXHdkqkqKQqroDJcrsFvf+6TxKI9+xROGW5/
... n1vf7w2hgoXe0MDZuo1LJgB092jq2NoW6PoHn6cUGPCpADA3bzbgPA3RmWBVmiK4t81kYDI65Mb5DTuP+
... GrOqcFceIFQebL7/lqwPk7Hube81q/rb1OXM2uCE2pxmdCLciuoegn/QVz0zMezxdVLeQ/
... fKU4VV9E6MS4SQHstxBBJv5ZYU9cdg+iRX6I12bBZ3onKH74xs7xN94/BsqrKfohG7mWvbR2fONH479f+
... cJ8uElhXrucqg562E2kP35XSwybaqcWji+qZ6gbhVPvpf+2L2U9oflooPqGFmiMcbqioYkNXTRRQeYa2G3Q/
... az5zH+z/Wf+bj6og9WpD1PFfaHr0eJUfSMzu8T2/7GBM6+
... wZsg1GFQA4O8k51gXLM65AmWBdIPfr2tkdeyzK0uoxWk7Wrah/l2J2D+
... DBiZ0QG0wwbCAtmDNkEflpiYozDj0T4/xoEcW90fHyZLN45SMJmLdcyR50WmQIsSE5AylfBFSZL+tmbJGedZN
... /
... oK5PxGOATvVDrVyhUsnLBrzyB0avenjwKhmwwNc6UGzcuwhltg7yEjuOXWbqO95F8xGoeGjd2PwFZaJZVcYxE

55496... wuM4ZAEaTcEr8oYjHny2KxpaEoERrc3hhsnisbgpNK72bVvQ9x4iemyGsNZhgPJJRT0G7V0h76Q/
... kY87KEYLE9hLiusDEVMX0jz1q5XudSRMfQIXLZzeg7jxcpvIZuunheSzAXaernnqbUE0ijHIt7bJym3IpocbT
... eqV/ZfRcCOP9UxRytpaArCjzgYfw0LhyqQD1Oxt41ODxnJtjsNw2hLRGEgr49Q3V5rB4h+
... tcmwJkeRDdXTrpCdwhtle55Ekt8yqvBYxLLdDPmDpOyg1woCuHF8mNUsCYXRACox1RjMlId9BChWbr4bzwdqy
... YVXm73hLIzvA3nWETuWINoPhpX6xMpsCmaiGx4FrA8xDHb1/MK/tRjx4C8Tf99+keVOv2l2cei+/
... LjCE6A1XOjTbn9TEO1jTbjH/CyiNs+7UaUIo16sq6ULA+HP9EWQsCZS2bfpz2QjsKxRIW+
... kIjaqAyXTg0U8M8TQ37wzT1KKAJPjpH8vYlXXHuSMSpBazsQfwggwCTSQtGVxhswKPfsy4+
... 7OwNo8pKgamZyMmt+eqmqMgacqZ0/jUZ+tRF+
... KhugPdd6RZEjWZXP82rvFKKRIkVKDlj7w6TT7vCwRcmO94k2ot0l2LtG02HnucQM713f+
... Rb781ntKzWxdXodgXe153pBdSEwYv6u1bfMlkGcVGT6l8eCc9eLCfuSnX9GQ5J8Y5AeRiPrc9UzrfAu3ty1Py
... n0JlNpLpj5w0vMFoRNivB1K0bZCXg/ysvuWjfSjUOnFR+pnck/rfvByl+
... V8vteiIDRgd3pyDHTtv972sHCLLYw8kZlfWsRUC6/RgmX3ePWyn7HHr5Asfd5N2Wwb20KG/
... umnE0baycYqA3eqM5sLZAuwamn2a60BiaJKPtrFKHT5i9tbT+MPkJsvqoJO/
... DRFFpkS3s4fiaGYBfMVJArnBSkNo9zV7UZTfdaJcoTLgdRyvuZT5feH2vFTry54tPafBN84qVTqXimjCBSJpz
... qGhS3mcwsFs+D1zvC/
... T43EmLfVlbBJoGyf7iV405XfSzSaGpdPM71OFHTnzLBIwYVTjU7bxW5rVWuUyzd8tBqr6/
... ppKeea6BrprC06y2NziVjksqwddyh57TX+DlBODSi9rRQmzXs8jAIHDX9m3Fwkr/LGff/ICLq9AbQDe9MTk+
... 25poblDPdsrlmiwaEiyJx4lpui8ANdIfk+6Mqzb4oxS42GbQisAxwQGyi2+bS8+qs8RN+rz/
... qyTA2i8158c7GeKns6NZKSxAMWjHcewnbeZkI/
... X5ZBHjts6vjXR4ssoYymQmtpY8CMHRWTy8SmdbDltpezucNSjc9sNJBqt9jYVis2Sb0R5wwwnafaOAWZsiI34
... P42nbRKD4XGnk9neYz/LdptdtPhYOKHfhQCubS2rRJfXGQ15K7E4fzCiYHasj3eRFgJm+
... sbZBlMev8Du9OEDeFIoPylClMtTJjdf1M7WyRTqMf6u7P9Y9nLdcCJkN0tuZ/wCsp6XN0lR/
... G9jyGOx1aK0GzjAgeiPR3vANxyBmODKHOgiJeYGrurSj8ewUrlv3JEN8SyYvd38LsBN+QV8eIKcl9PGn9Noa/
... +ub/6BoOTpjOuXGJunVwFidUxJLkMs/
... ONlEJkxovvkPa9xU1FBzbuvSXlo1xHib7flC4R7LWavCNfylvIklLrsaBXzugkkh/cMAe74rTsQG/
... RfCLQGmgjWkBJfd6lWApRyUA7NB+Tf4R9PsFODZNcO7Vtw/oGzpyFy5JO6a5mnc2DFB2t/T+
... Eo11GuxpQ74FDoevEl8PwUOH6FRjNG32O6YVwTc9lhmII2NAAg3SY8g/
... WcxpOROuBwrrcJZGoyQc4PqjLG60eg9RlD318GkYLlifto5zZgGXpgkk5lOUM1TKRYqfEsHwwGo/
... j92q0YlMCaObiAdWFP48Q3QekGl94Cz7wsJE5H7ziYqq0WFmGNkTVrpNacQsaDCb02EfafnQe2xC3mKeRx8bV
... 0rJG/1OIb5xgXe+FlqPobV7k77HqHkwWXcGd4B9Q4TIoHQcxLpARWCSpdVeA0+
... gFQ4L4X4PuBTbNh24YbV2lYR82YtvPwbQNoWQ7kN6Q3wetuZ71SSxNyqVOsTpnytP3O0/
... YNkJn5O4cXZtCs0lUDhf8lTIvg6FAzArUUd7YMTgm40hitBe/MKiejzXLSt487nQ5psFqH4+qa+
... bG5QeRifDDlH0nm+B/sTA8LLbUhjaV8mxsLtpWFwnNGPFXEUVpyDRGdcxjEE18WY7xt2W8a4nX6n/
... d3DGxdVJuutYjo7npn3oC+HbImEvOzQBlQm8R8cgyDDd4RUU6jbPYPPTyrUgxpvHlKT6WBb2BKr1u+
... AvODADkEKKWjl3DHSKGoz46hh2+EAcrmX3Y2jHFU5z31fYd2q+wbN/ah+2KYcffMmQl+
... qPM5xZG4f1TIYVOGvoM674jqMEMaICYmnp+cgVKvyBlCXrIG+P2yLyeRnk6Msf2rVOnt6RuDimrGNYk9CzYy+
... XpU9ML2+VOa8jKgtcxp1tpvmoYA8wnGESQia/
... OEGsJ2W1Gl6pG6di9t8BSwFK307rvQwgnqgEearvF2MEuvukMyOXq7j0bGkDQsrzTWo9OI/
... U6ZxnI6afSMSNEqB+gYTGFzzcBTJXqPiqXR14A3DC2uMdWlG2SKnr+tjgAmMomrAeTkn0ADiWO+
... 7jwbvlODd6wyKPVEj6CgdPsRxG0e3TwG7g0YSIrUbv1eiOHWMN68jOpcUn0y2zdRjw/YzxUbJrUeE6PGu+
... Gxp8lDXDr0R5HZ3Ar+MCgusy/uv6C1VuKQFBwP+
... bXK3cYSr5zuqIWPLg7C0jNWs3de8BATGavJp2OZ4L5HT6edVRYyrR0SW61B1u4fi3PSDfLup0U0SX1CUKr5pc
... ix/7YVRxVPw93P+B5rr+/A1Bcnrd3SZfcMmeCf8T09hf+xVJzxiIbyNMX8SEC54Eq/
... BktEtYMmAA3v942REPRYWlNcpqVun6o/l8teEjQneHma5s/YO2G6U284mPjsOtnEHbQBgSkLGs52enP+
... 9j90mY80tM47VnlV+jEWIYxPEpNmYYJjLiKgSXNp6Sqp7LQTZzDq90ob0H8qGXj+JQFb6YJn7IXbpiSN/
... JtuaJCi8o2cYzOZhUZ3gwL64rqs91C0c9X47Hfa6oFPX44+
... H9YPsnTiEY1f3y1bzRibsBUBOhkgry9A1ZcLZZMPoKuFM2p0x+
... NIZNwDW3VgmyslUmxOOzq39ke6jLhiSm65YsAtX6rKThRkyh18rgOH7kqpbo7Wgcpf8ZZknQuDv10a2rVRa4R
... 1e4xE+XxdxuiUM3lZ7ZCZppJ9Lxk7A99JYTjZShvXMNWiOxiMqKW2ENIVDOjMeAR4KqbLiR/
... A9cshIaA17JLP2a13Fm7x7bkOYQLh68se0LA9G0CCAq82aB4pQWYnfGu2FJO4rJLFm4hxgsSf1AKP5r+
... OouBVroMl121zxfRYahv8hdFxcdlLA/hiz28a+azfRQ2R/
... DnhGlx00QPIRZTXiX2TixnGlcIXNAuDkO1i8ci61Mlq6L0GXp9jT8gIMjyNP0a9G6keweewFjIlcXSpXQ3Ms4
... ablvywykOy4Qkl0UqwDn6d/3Jm35+eIjCvC6r8uht0nhYqSv3RTchd0EkPne7TQLsqPG6sQJLj+qX/
... hKiA8CNgHJclCBIczkRBAmudw=="  />
55497 </div>
55498
55499 <script type="text/javascript">
55500 //<![CDATA[
55501 var theForm = document.forms['Form'];
55502 if (!theForm) {
55503     theForm = document.Form;
55504 }
55505 function __doPostBack(eventTarget, eventArgument) {
55506     if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
55507         theForm.__EVENTTARGET.value = eventTarget;
55508         theForm.__EVENTARGUMENT.value = eventArgument;
55509         theForm.submit();
55510     }

```
55511   }
55512   //]]>
55513   </script>
55514
55515
55516   <script
        src="/WebResource.axd?d=cMoe8aKicfJiHKk6p3SYR8G5C-kyBeKDMaZrnV_XKbXNh9ELw7KWmIjT-
        dgn2ml_dXmVrD953XrIxn5d0&amp;t=635833982000037725" type="text/javascript"></script>
55517
55518
55519   <script
        src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
        =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
        Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3a50b12c66-1dd3-4ebf-
        87e6-55014086ad94%3aea597d4b%3ab25378d2" type="text/javascript"></script>
55520   <script src="/js/dnn.js" type="text/javascript"></script>
55521   <div class="aspNetHidden">
55522
55523       <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
        value="CA0B0334" />
55524       <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
        value="" />
55525       <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
        value="GVGVz0GAX14zflh8tV6hgLAT/B3sB+7K7MxKHgMFeMrci2FagiNF04nRDx/
        7LLOpblup5PpIdAkt1JZ8z8Lgj5CX4pi/tv/SlswWLw==" />
55526   </div>
55527   <script type="text/javascript">
55528   //<![CDATA[
55529   Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
        '');
55530   //]]>
55531   </script>
55532
55533
55534           <!-- AHSIS CUSTOM BODY SCRIPT PLACEHOLDERS ADDED 4/10/2013 Updated on
        6/23/2014 to reslove rendering issue -->
55535
55536           <script src="/js/dnn.xml.js?cdv=316" type="text/javascript"></script><script
        src="/js/dnn.xml.jsparser.js?cdv=316" type="text/javascript"></script><script
        src="/js/dnn.xmlhttp.js?cdv=316" type="text/javascript"></script><script
        src="/js/dnn.xmlhttp.jsxmlhttprequest.js?cdv=316"
        type="text/javascript"></script><script src="/js/dnncore.js?cdv=316"
        type="text/javascript"></script><script src="/Portals/_default/Skins/Adventist
        2015/js/custom.js?cdv=316" type="text/javascript"></script><script
        src="/Plugins/FlexSlider/jquery.flexslider.min.js?cdv=316"
        type="text/javascript"></script>
55537
55538
55539
55540
55541
55542   <!-- added -->
55543
55544
55545   <!-- MANAGED RESOURCES
55546   ================================================== -->
55547
55548
55549   <div id="site-content">
55550       <div id="transperentBG"></div>
55551       <div class="topMobileNav shadow">
55552           <div class="container">
55553               <div class="sixteen columns">
55554                   <!--<div id="dnn_MobileTopPane" class="ContentPane
        DNNEmptyPane"></div>-->
55555                   <div class="mobileMenuIcon">
55556                       <a href="javascript:void(0);" class="show-sidebar menu-btn">
55557                           <i class="fa fa-bars"><span
```

```
55557…  class="topMenuText">Menu</span></li>
55558                  </a>
55559              </div>
55560              <div class="mobileLogo">
55561                  <a href='/'>
55562                      <a id="dnn_LOGO1_hypLogo" title="Central Texas Medical
        Center" href="http://www.ctmc.org/"><img id="dnn_LOGO1_imgLogo"
   …    src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
   …    style="border-width:0px;" /></a>
55563                  </a>
55564              </div>
55565
55566          </div>
55567      </div>
55568  </div>
55569  <div class="mobileERIcon">
55570      ER</br>WAIT
55571  </div>
55572  <div class="container nerwait">
55573
55574
55575  <div id="your-account-container">
55576      <div id="dnn_nYourAccount_yourAccount" class="yourAccount">
55577          <a href="#"><span id="dnn_nYourAccount_Span1" class="yourAccountBtn">Your
        Account<img
   …    src="/DesktopModules/AHSIS.AHSYourAccount/images/account_downarrow.png"/></span></a>
55578      </div>
55579      <div id="dnn_nYourAccount_yourAccountSlider" class="yourAccountSlider">
55580          <div class="yaTitle">
55581              <span class="titleContent">Your Account</span>
55582              <div id="dnn_nYourAccount_yaClose" class="yaClose"><img
   …    src="/DesktopModules/AHSIS.AHSYourAccount/images/account_close.png" alt="close
        button" /></div>
55583          </div>
55584          <div class="yaContent">
55585              <p>Use our patient tools for secure, convenient, 24/7 access. <a
        href="https://account.ahss.org/Account/Login">Learn more</a></p>
55586              <div class="loginContainer">
55587                  <span id="dnn_nYourAccount_lblSignIn"><a
   …    href='https://account.ahss.org/CTMC' class='signInButton buttonRounded'
        target='_blank'>SIGN IN</a></span>
55588                  <span class="lcText">OR</span>
55589                  <span id="dnn_nYourAccount_lblCreateAccount"><a
   …    href='https://account.ahss.org/CTMC' class='createAccountButton
        buttonRounded'target='_blank'>CREATE ACCOUNT</a></span>
55590              </div>
55591              <div style="clear: both"></div>
55592              <div class="yaAdditionalLink">
55593                  <ul>
55594                      <span id="dnn_nYourAccount_lblOtherLinks"><li
        class='buttonRounded'><a href='/bill-pay'>PAY YOUR BILL<span
   …    class='ya-right-icon'></span> </a></li><li class='buttonRounded'><a
   …    href='/patients-visitors/online-tools/request-an-appointment'>REQUEST AN
        APPOINTMENT<span class='ya-right-icon'></span> </a></li></span>
55595                  </ul>
55596              </div>
55597              <div class="yaFooter">
55598                  <p>This facility is a member of</p>
55599                  <img src="/Portals/_default/Skins/Adventist/images/footer_logo.png">
55600              </div>
55601          </div>
55602      </div>
55603  </div>
55604  <!--[if lt IE 9]>
55605      <style>
55606
55607      .yourAccountBtn img {
55608          padding-left: 10px;
```

```
55609              width: 25px;
55610              height:15px;
55611          }
55612
55613      </style>
55614
55615
55616  <![endif]-->
55617
55618  <script type="text/javascript">
55619      $(document).ready(function () {
55620
55621          if ($.browser.msie) {
55622              if ($.browser.version <= 8) {
55623                  var nFDiv = 'MHD';
55624                  if (nFDiv == 'FHD') {
55625                      $('.yourAccountSlider').css('right', '-83px');
55626                  $('.yourAccountSlider').css('top', '28px');
55627                  } else {
55628                      $('.yourAccountSlider').css('left', '631px');
55629                  $('.yourAccountSlider').css('top', '33px');
55630                  }
55631              }
55632          }
55633
55634          var nAccountSliderID = '#' + 'dnn_nYourAccount_yourAccountSlider';
55635          var nAccountID = '#' + 'dnn_nYourAccount_yourAccount';
55636
55637
55638          $(nAccountSliderID).hide();
55639
55640          $('.yaClose').click(function () {
55641              $('#headerTopLinks').removeClass('headerTopLinksClick');
55642              $('.yourAccountSlider ').removeClass('yourAccountSliderClick');
55643              $('.yourAccountSlider ').hide();
55644              $('#transperentBG').hide();
55645          });
55646
55647          $(nAccountID).click(function () {
55648              $(nAccountSliderID).slideToggle('fast', function () {
55649                  if ($(this).is(':visible')) {
55650                      // need to change a color to white
55651                      $('#transperentBG').show();
55652                      $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .0)');
55653                      $('#transperentBG').css('height', $(window).height());
55654                      $('.yourAccount .yourAccountBtn').addClass('slideActive');
55655                      $('.yourAccountBtn img').hide();
55656                  } else {
55657                      $('.yourAccount .yourAccountBtn').removeClass('slideActive');
55658                      $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
55659                      $('#transperentBG').hide();
55660                      $('.yourAccountBtn img').show();
55661                  }
55662              });
55663          });
55664
55665          $('#transperentBG').click(function () {
55666              $(nAccountSliderID).hide();
55667              $('.yourAccount .yourAccountBtn').removeClass('slideActive');
55668              $('#transperentBG').css('background-color', 'rgba(0, 0, 0, .4)');
55669              $('#transperentBG').hide();
55670              $('.yourAccountBtn img').show();
55671          });
55672      });
55673
55674
55675  </script>
55676
```

```
55677            </div>
55678        <div class="container topNav nerwait mobileDisplay">
55679
55680            <div class="six columns">
55681                <div class="site-logo">
55682                    <a id="dnn_dnnLOGO_hypLogo" title="Central Texas Medical Center"
     href="http://www.ctmc.org/"><img id="dnn_dnnLOGO_imgLogo"
     src="/Portals/7/skinrelated/images/logo.png" alt="Central Texas Medical Center"
     style="border-width:0px;" /></a>
55683                </div>
55684            </div>
55685            <div class="ten columns">
55686
55687
55688 <script type="text/javascript">
55689     function DoSearch() {
55690         var query = document.getElementById('dnn_dnnSEARCH_txtSearchNew');
55691         var fixed = escape(query.value);
55692
55693         document.location = 'http://www.ctmc.org/Home/search.aspx?k=1&ty=1&Q=' +
     fixed;
55694     }
55695
55696     function clickButton(e, buttonId) {
55697         var evt = e ? e : window.event;
55698
55699         if (evt.keyCode == 13) {
55700             DoSearch();
55701             return false;
55702         }
55703     }
55704
55705 </script>
55706
55707 <div class="searchContainer">
55708     <div class="clear"></div>
55709     <div class="searchContainerRight">
55710         <a id="btnGo" class="" href="javascript: DoSearch()">
55711             <span class="waves-effect waves-light btn">Search</span></a>
55712     </div>
55713     <div class="searchContainerLeft search-query-container">
55714         <input name="txtSearchNew" type="text" maxlength="255"
     id="dnn_dnnSEARCH_txtSearchNew" class="SearchTextBox search-query shadow"
     onkeyup="return clickButton(event);" />
55715     </div>
55716 </div>
55717 <div class="clear"></div>
55718
55719
55720            <div class="linkNavigation ">
55721                <span id="dnn_AhsHeaderQuickLinkRight_lblNavLinks"
     class="nLinks"><ul><li><a href='/aboutus.aspx'>About Us</a></li> | <li><a
     href='/giving'>Donate</a></li> | <li><a href='/bill-pay' target='_blank' >Pay Your
     Bill</a></li> | <li><a href='/news'>News</a></li> | <li><span class='facility-phone
     last'>(512) 353-8979</span></li></ul></span>
55722            </div>
55723
55724
55725            <div class="sixteen columns navShadow">
55726                <div class="top_shadow">
55727                    <div class="span8 navigation">
55728                        <div id="dnn_HorzNavNew_pnlCopyright">
55729
55730 <!--
55731 ################################################
55732 #                                              #
55733 #    PackFlash Navigation System               #
55734 #                                              #
```

```
55735  #
55736  #############################################
55737
55738   -->
55739
55740  </div>
55741
55742
55743
55744  <div id="dnn_HorzNavNew_MenuDiv">
55745  <div class="adv_menu_wrapper">
55746  <div class="PfNav"><ul id="PfNavMega">
55747
55748  <li class="Inactive First" id="Menu1"><a href="PatientsVisitors.aspx"><span
    …  class="MenuText">PATIENTS & VISITORS</span></a><div class="PostMenuDiv"></div></li>
55749
55750  <li class="Inactive" id="Menu2"><a href="/FindaDoctor.aspx"><span
    …  class="MenuText">FIND A DOCTOR</span></a><div class="PostMenuDiv"></div></li>
55751
55752  <li class="Inactive" id="Menu3"><a href="/EducationEvents.aspx"><span
    …  class="MenuText">EDUCATION & EVENTS</span></a><div class="PostMenuDiv"></div></li>
55753
55754  <li class="Inactive" id="Menu4"><a href="/CareServices.aspx"><span
    …  class="MenuText">CARE & SERVICES</span></a><div class="PostMenuDiv"></div></li>
55755
55756  <li class="Inactive Last" id="Menu5"><a href="/ContactUs.aspx"><span
    …  class="MenuText">CONTACT US</span></a><div class="PostMenuDiv"></div></li>
55757  </ul>
55758
55759  </div></div>
55760
55761  </div>
55762
55763
55764                    </div>
55765                  </div>
55766              </div>
55767          </div>
55768          <div class="container banner nerwait">
55769              <div class="sixteen columns">
55770                  <div id="dnn_BannerPane"><div class="DnnModule DnnModule-AHSISBanner
    …  DnnModule-22384"><a name="22384"></a><div id="dnn_ctr22384_ContentPane"><!--
    …  Start_Module_22384 --><div id="dnn_ctr22384_ModuleContent" class="DNNModuleContent
    …  ModAHSISBannerC">
55771          <div id="dnn_ctr22384_BannerView_bannerLabel">
55772              <div class='flexslider-SMMC text-SMMC'><div id='bannerFlexslider'><div
    …  class='flexslider banner'><ul class='slides'><li class='bannerImage1 bannerImage'><a
    …  href='http://www.ctmc.org/care-services/womens-center/babyfest-2016'><img
    …  src='/Portals/7/images/site%20-%20banner%20-%20home/New%20site/BabyFest%202016.jpg'/>
    …  </a></li><li class='bannerImage2 bannerImage'><a
    …  href='http://www.ctmc.org/care-services/womens-center'><img
    …  src='/Portals/7/images/site%20-%20banner%20-%20home/New%20site/Childbirth%20We%
    …  20Chose%20CTMC.jpg'/></a></li></ul></div></div></div>
55773          </div>
55774  </div><!-- End_Module_22384 --></div>
55775  </div></div>
55776                  <div class="bannerNavContainer">
55777                      <div class="container">
55778                          <div class="five columns omega">
55779                              <span id="dnn_AHSISQUICKLINKS1_lblNavLinks" class="nLinks"><a
    …  href='/patients-visitors' class='bannerNavblock shadow waves-effect
    …  waves-gray'>Patients <i class='fa fa-arrow-right'></i></a><a
    …  href='/patients-visitors' class='bannerNavblock shadow waves-effect
    …  waves-gray'>Visitors <i class='fa fa-arrow-right'></i></a><a
    …  href='https://physician.ahss.org/Pages/default.aspx' class='bannerNavblock shadow
    …  waves-effect waves-gray' target='_blank' >Physicians <i class='fa
    …  fa-arrow-right'></i></a><a
    …  href='https://public.floridahospital.org/HROnline/portal/signon'
```

```
55779…   class='bannerNavblock shadow waves-effect waves-gray' target='_blank' >Associates <i
    …   class='fa fa-arrow-right'></i></a><a href='/about-us/careers' class='bannerNavblock
    …   shadow waves-effect waves-gray' target='_blank' >Job Seekers <i class='fa
    …   fa-arrow-right'></i></a></span>
55780                       </div>
55781                   </div>
55782               </div>
55783           </div>
55784       </div>
55785       <div class="container pageMiddleContent">
55786           <div class="sixteen columns nResources">
55787               <span id="dnn_GetStarted_nLable"><a href='/FindaDoctor.aspx' ><span
    …   class='four columns alpha noMarginLeft blockSquare shadow nResource waves-effect
    …   waves-gray'><em class='fa fa-medkit
    …   ahsIcon'></em><br />Find A Doctor</span></a><a
    …   href='/education-events/class-event-calendar' ><span class='four columns
    …   noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em class='fa
    …   fa-calendar
    …   ahsIcon'></em><br />Classes & Events</span></a><a
    …   href='/care-services/creation-health-institute' ><span class='four columns
    …   noMarginLeft blockSquare shadow nResource waves-effect waves-gray'><em class='fa
    …   fa-heart
    …   ahsIcon'></em><br />CREATION Health</span></a><a href='/bill-pay' ><span class='four
    …   columns omega noMarginRight blockSquare shadow nResource waves-effect waves-gray'><em
    …   class='fa fa-credit-card
    …   ahsIcon'></em><br />Pay Your Bill</span></a></span>
55788
55789           </div>
55790           <div class="sixteen columns mContent">
55791               <div class="eleven columns alpha nerwait">
55792                   <div id="dnn_ContentPane"><div class='DnnModule DnnModule-DNN_HTML
    …   DnnModule-22649"><a name="22649"></a><div id="dnn_ctr22649_ContentPane"><!--
    …   Start_Module_22649 --><div id="dnn_ctr22649_ModuleContent" class="DNNModuleContent
    …   ModDNNHTMLC">
55793       <div id="dnn_ctr22649_HtmlModule_lblContent" class="Normal">
55794           <a
    …   href="/news/central-texas-medical-center-maintains-a-grade-for-patient-safety-from-
    …   leapfrog-group">
55795   <div class="ad-spot-container" id="one">
55796   <div class="ad-spot-header">
55797   Our Recent<br />
55798   News
55799   </div>
55800   <div class="ad-spot-mainbody">
55801   <img alt="Hospital Safety Score Graphic" src="/portals/7/images/Hospital Safety Score
    …   Spring 2016.jpg" />
55802   </div>
55803   <div class="ad-spot-footer">Central Texas Medical Center maintains &lsquo;A&rsquo;
    …   grade for patient safety from Leapfrog Group</div>
55804   </div>
55805   </a>
55806   <!--Second Ad Spot--->
55807   <a href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
55808   </a>
55809   <div class="ad-spot-container" id="two"><a
    …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule ">
55810   <div class="ad-spot-header">
55811   Hill Country Health Blog</div>
55812   <div class="ad-spot-mainbody">
55813   <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/Paynes.jpg" />
55814   </div>
55815   </a>
55816   <div class="ad-spot-footer"><a
    …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule "></a><a
    …   href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">AHEAD OF
    …   SCHEDULE<br />
55817   When baby's first days<br />
55818   are in the NICU</a></div>
```

```
55819  </div>
55820  <!--Ad Spot Three-->
55821  <a
    ... href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx">
55822  </a>
55823  <div class="ad-spot-container" id="three"><a
    ... href="/news/hill-country-health-blog/entryid/931/ahead-of-schedule">
55824  </a>
55825  <div class="ad-spot-header"><a
    ... href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
    ... target="_blank" style="font-size: 12px; line-height: 1;">
55826  <div class="ad-spot-header" style="display: inline !important;">Preventing Medical
    ... Errors</div>
55827  </a><br />
55828  </div>
55829  <div class="ad-spot-mainbody"><a
    ... href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
    ... target="_blank">
55830  <img alt="" src="/portals/7/images/Homepage%20Spotlight%20Pics/TJC%20Speak%20Up.jpg"
    ... />
55831  </a></div>
55832  <div class="ad-spot-footer"><a
    ... href="https://www.jointcommission.org/topics/speakup_preventing_medical_errors.aspx"
    ... target="_blank">Learn how you can speak up and become an active participant in your
    ... health care.</a></div>
55833  </div>
55834  </div>
55835
55836  </div><!-- End_Module_22649 --></div>
55837  </div></div>
55838                  </div>
55839                  <div id="erWaitTime" class="five columns omega erWaitTime
    ... mobileDisplayHide">
55840                      <div id="dnn_ERWaitTimePane"><div class="DnnModule DnnModule-DNN_HTML
    ... DnnModule-22497"><a name="22497"></a>
55841  <div class="c_head default_container purple_title">
55842      <div class="head_title">
55843          <div class="c_actions">
55844
55845          </div>
55846          <div class="c_icon">
55847
55848            <h1 class="c_title">
55849                  <span id="dnn_ctr22497_dnnTITLE_titleLabel" class="TitleHead">Video
    ... Spotlight</span>
55850
55851
55852
55853            </h1>
55854          </div>
55855          <div class="clear_float">
55856          </div>
55857      </div>
55858      <div class="c_content">
55859          <div id="dnn_ctr22497_ContentPane" class="Normal c_contentpane">
55860          <!-- Start_Module_22497 --><div id="dnn_ctr22497_ModuleContent"
    ... class="DNNModuleContent ModDNNHTMLC">
55861      <div id="dnn_ctr22497_HtmlModule_lblContent" class="Normal">
55862          <div class="video-iframe"><iframe
    ... src="http://content.jwplatform.com/players/VlS3lWgN-cb7Y9x9E.html" width="280"
    ... height="180" frameborder="0" scrolling="auto"></iframe></div>
55863  <div class="video-text"><strong>CTMC Health Tip<br />
55864  </strong>
55865  <p>There are many different options available when it comes to birth control. Dr.
    ... Risa Curtis with Live Oak Women&rsquo;s Care explains a few things you should
    ... consider.</p>
55866  <br />
55867  </div>
```

```
55868              </div>
55869
55870  </div><!-- End_Module_22497 --></div>
55871        </div>
55872        <div class="c_footer">
55873
55874
55875
55876        </div>
55877  </div>
55878  </div></div>
55879                 </div>
55880           </div>
55881        </div>
55882        <div class="container">
55883           <div class="sixteen block columns pageMiddleNavigation shadow
    …  linkNavigation">
55884               <span id="dnn_AHSISQUICKLINKSMIDDLE_lblNavLinks"
    …  class="nLinks"><ul><li><a href='/patients-visitors'>Patients</a></li> | <li><a
    …  href='/PatientsVisitors.aspx'>Visitors</a></li> | <li><a href='/about-us/careers'>Job
    …  Seekers</a></li> | <li><a href='https://physician.ahss.org/' target='_blank'
    …  >Physicians</a></li> | <li><a href='/ContactUs/ShareaComplimentConcern.aspx'>Share a
    …  Compliment</a></li> | <li><a href='http://employee.ahss.org/' target='_blank'
    …  >Employees</a></li> | <li><a href='https://ahs.vendormate.com/' target='_blank'
    …  >Vendors</a></li> | <li><a href='/patients-visitors/my-rights-and-privacy'>Privacy
    …  Policy</a></li> | <li><a href='http://www.ctmc.org/home/SiteMap.aspx'>Site
    …  Map</a></li> | <li><a href='/about-us/community-benefit'>Community Benefit</a></li> |
    …  <li><a href='/patients-visitors/after-my-stay/financial-assistance'>Financial
    …  Assistance</a></li> </ul></span>
55885           </div>
55886        </div>
55887
55888        <div class="hospitalStats nerwait">
55889           <div class="container">
55890              <div class="sixteen columns">
55891                 <div id="dnn_StatPane" class="ContentPane"><div class="DnnModule
    …  DnnModule-DNN_HTML DnnModule-22680"><a name="22680"></a><div
    …  id="dnn_ctr22680_ContentPane"><!-- Start_Module_22680 --><div
    …  id="dnn_ctr22680_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
55892              <div id="dnn_ctr22680_HtmlModule_lblContent" class="Normal">
55893  <div style="float: right; font-size: 1.8em; width: 40%;"><em class="fa fa-phone"
    …  style="margin-right: 10px; margin-top: 10px; color: #00305c;"></em>
55894  <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em;">Questions? Call
    …  us at <br />
55895  <span style="font-size: 1.5em; font-weight: bold; color: #00305c;">(512)
    …  353-8979</span></div>
55896  </div>
55897  <a href="/news/patient-stories">
55898  <div style="float: left; font-size: 1.8em; width: 30%; padding-left: 120px;"><em
    …  class="fa fa-comments" style="margin-right: 10px; margin-top: 10px; color:
    …  #00305c;"></em>
55899  <div style="padding-top: 17px; line-height: 23px; font-size: 0.8em; color:
    …  #757575;">Patient <br />
55900  <span style="font-size: 1.5em; font-weight: bold; color:
    …  #00305c;">testimonials</span></div>
55901  </div>
55902  </a>
55903  </div>
55904
55905  </div><!-- End_Module_22680 --></div>
55906  </div></div>
55907                 </div>
55908           </div>
55909        </div>
55910        <div class="container nerwait">
55911           <div class="eight columns alpha">
55912              <div id="dnn_FooterLeft" class="ContentPane"><div class="DnnModule
    …  DnnModule-DNN_HTML DnnModule-22682"><a name="22682"></a>
```

```
55913  <div class="c_head default_container">
55914      <div class="head_title">
55915          <div class="c_actions">
55916
55917          </div>
55918          <div class="c_icon">
55919
55920              <div class="title titleBorder">
55921                  <span id="dnn_ctr22682_dnnTITLE_titleLabel"
...    class="TitleHead">Location</span>
55922
55923
55924
55925              </div>
55926          </div>
55927          <div class="clear_float">
55928          </div>
55929      </div>
55930      <div class="c_content">
55931          <div id="dnn_ctr22682_ContentPane" class="Normal c_contentpane">
55932          <!-- Start_Module_22682 --><div id="dnn_ctr22682_ModuleContent"
...    class="DNNModuleContent ModDNNHTMLC">
55933      <div id="dnn_ctr22682_HtmlModule_lblContent" class="Normal">
55934          <p>Central Texas Medical Center<br />
55935  1301 Wonder World Drive<br />
55936  San Marcos, TX 78666<br />
55937  (512) 353-8979 </p>
55938          </div>
55939
55940  </div><!-- End_Module_22682 --></div>
55941      </div>
55942      <div class="c_footer">
55943
55944
55945
55946      </div>
55947  </div>
55948  </div></div>
55949
55950  <div id="footer-copyright">
55951      <a href="http://www.adventisthealthsystem.com" target="_blank">
55952          <img src="/Portals/_default/Skins/SMMC/images/footer_logo.png" alt="copr
...    logo"/>
55953      </a>
55954      <br class="clear" />
55955      <span>2009-2014<br /> All Rights Reserved</span>
55956      <br class="clear" />
55957      <span class="description">Shawnee Mission Medical Center is <br />a member of
...    Adventist Health System</span><br />
55958  </div>
55959
55960              <div class="bottomLogin mobileDisplay">
55961                  <a id="dnn_USER1_registerLink" class="SkinObject"
...    href="http://www.ctmc.org/home/registration?returnurl=http%3a%2f%2fwww.ctmc.org%2f">
...    Register </a>
55962  <!--close registerGroup-->
55963                  <a id="dnn_LOGIN1_loginLink" class="SkinObject"
...    href="http://www.ctmc.org/login?returnurl=%2f">Login</a>
55964  <!--close loginGroup-->
55965              </div>
55966          </div>
55967          <div class="four columns">
55968              <div id="dnn_FooterMiddle" class="ContentPane DNNEmptyPane"></div>
55969          </div>
55970          <div class="four columns omega right">
55971              <div class="mobileDisplay">
55972
55973  <style>
```

```
55974              .facebookIcon{
55975                  color:#3B5998;
55976              }
55977              .twitterIcon{
55978                  color:#1DA1F2;
55979              }
55980              .youtubeIcon{
55981                  color:#CD201F;
55982              }
55983              .linkedinIcon{
55984                  color:#0077B5;
55985              }
55986              .pinterestIcon{
55987                  color:#CB2027;
55988              }
55989
55990              .socialIcon{
55991                  padding:10px;
55992              }
55993
55994              .soical-icon-header{
55995                  margin-left:-120px;
55996              }
55997
55998              .googleIcon{
55999                  color:#DC4E41;
56000              }
56001
56002              .instagramIcon{
56003              color:#447C9D;
56004              }
56005  </style>
56006  <div id="dnn_AhsisSocialContent1_SocialContent"><div class='soical-icon-footer'><div
    …  class='title'>Connect with us:</div><div class='block shadow'> <a
    …  href='https://www.facebook.com/centraltexasmedicalcenter' target='_blank'
    …  class='socailIcon'><em class='fa fa-facebook-square facebookIcon
    …  fa-4x'></em></a> <a href='https://twitter.com/CTMC_SanMarcos' target='_blank'
    …  class='socailIcon'><em class='fa fa-twitter-square twitterIcon
    …  fa-4x'></em></a> <a href='https://www.pinterest.com/ctmcsanmarcos/' target='_blank'
    …  class='socailIcon'><em class='fa fa-pinterest-square pinterestIcon
    …  fa-4x'></em></a> <a href='https://www.youtube.com/user/CTMCSanMarcos' target='_blank'
    …  class='socailIcon'><em class='fa fa-youtube-square youtubeIcon
    …  fa-4x'></em></a></div></div></div>
56007
56008                      <div id="dnn_FooterRight" class="ContentPane"><div class="DnnModule
       DnnModule-DNN_HTML DnnModule-22864"><a name="22864"></a><div
    …  id="dnn_ctr22864_ContentPane"><!-- Start_Module_22864 --><div
    …  id="dnn_ctr22864_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
56009      <div id="dnn_ctr22864_HtmlModule_lblContent" class="Normal">
56010
56011  </div>
56012
56013  </div><!-- End_Module_22864 --></div>
56014  </div></div>
56015                      <span id="dnn_AhsQuickInfo_lblQuickInfo" class="quick_info"></span>
56016                  </div>
56017              </div>
56018          </div>
56019          <div id="blurScreen"></div>
56020  </div>
56021
56022
56023
56024  <!-- Mobile sliding menu
56025      ============================================= -->
56026
56027  <div id="mobile-sidebar">
56028          <div id="mobile-sidebar-right-shadow"></div>
```

```
56029          <div id="mobile-sidebar-search">
56030              <span id="mobile-sidebar-search-icon"></span>
56031              <input id="mobile-sidebar-search-box" class="remove-bottom"
 …   name="mobile-search" onkeyup="return clickButton(event);" type="text"
     placeholder="Search" />
56032              <span id="mobile-sidebar-search-clear-icon"
 …   onclick="jQuery('#mobile-sidebar-search-box').val('');"></span>
56033              <div id="mobile-sidebar-search-bottom"></div>
56034          </div>
56035          <div id="mobile-sidebar-scrollable">
56036              <div id="mobile-sidebar-menu" role="navigation">
56037                  <div class="mobile-sidebar-iconMenu">
56038                      <div class="icon waves-effect waves-gray"><a id="mobileTelephone"
 …   href="#"><i class="fa fa-phone"></i><br />Call Us</a></div>
56039                      <div id="mobileLocationBtn" class="icon waves-effect waves-gray"><a
 …   href="#pageLocation"><i class="fa fa-location-arrow"></i><br />Get
 …   Direction</a></div>
56040                  </div>
56041                  <div style="clear: both;"></div>
56042                  <div id="mobileBreadCumb"></div>
56043                  <span id="dnn_AHSISMOBILESIDENAV_lblMobileMenu"><ul
 …   class='inner-level'></ul></span>
56044                  </ul>
56045                  <div>
56046                      <ul class="mobileSideTopMenu">
56047                          <li class="testthis"><a href="#">Your Account</a></li>
56048                      </ul>
56049                  </div>
56050              </div>
56051          </div>
56052  </div>
56053  <script type="text/javascript">
56054      $(document).ready(function () {
56055          document.getElementById("mobileTelephone").setAttribute("href", 'tel:' +
 …   $('.linkNavigation').find('.facility-phone').text());
56056      });
56057  </script>
56058  <div id="content-mask"></div>
56059
56060  <!-- Load Java Script -->
56061  <script type="text/javascript">
56062      $(document).ready(function () {
56063          $('.mobileERIcon').click(function () {
56064              if ($('#erWaitTime').hasClass('mobileDisplayHide')) {
56065                  $('#erWaitTime').removeClass('mobileDisplayHide');
56066              } else {
56067                  $('#erWaitTime').addClass('mobileDisplayHide');
56068              }
56069              $('.nerwait').toggle('slow');
56070          });
56071      });
56072
56073
56074  </script>
56075  <!-- css3-mediaqueries.js for IE less than 9 -->
56076  <!--[if lt IE 9]>
56077          <script src="js/css3-mediaqueries.js"></script>
56078   <![endif]-->
56079
56080
56081          <input name="ScrollTop" type="hidden" id="ScrollTop" />
56082          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
 …   autocomplete="off" value="`{`__scdoff`:`1`}" />
56083
56084
56085  <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
 …   ></script></form>
56086
```

```
56087
56088        <script type="text/javascript">
56089            //<![CDATA[
56090
56091            //This code is to force a refresh of browser cache
56092            //in case an old version of dnn.js is loaded
56093            //It should be removed as soon as .js versioning is added
56094            jQuery(document).ready(function () {
56095                if (navigator.userAgent.indexOf(" Chrome/") == -1) {
56096                    if ((typeof dnnJscriptVersion === 'undefined' || dnnJscriptVersion
     !== "6.0.0") && typeof dnn !== 'undefined') {
56097                        window.location.reload(true);
56098                    }
56099                }
56100            });
56101            //]]>
56102        </script>
56103
56104 </body>
56105 </html>
56106 ********************************************************
56107 The following data is from flatironsheart_org-20160909-gtm_js_id_GTM-Z6TQ.txt
56108 ********************************************************
56109 // Copyright 2012 Google Inc. All rights reserved.
56110 // Container Version: 213
56111 (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
     eval(s);};})(window,'google_tag_manager');(function(){
56112
56113
56114
56115
56116
56117 var __cegg;(function(){var
     a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
     isVendorTemplate=!0})(function(b){try{var
     c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else b[""]&&(C.
     CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
     e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
     .net"+e+"?"+Math.floor((new Date).getTime()/
56118 36E5),b["55"],b["56"]);a[c]=!0else w(b["56"])}catch(f){w(b["56"])}})})();var
     Ba=this,Ca=function(a){var a=YT.Player,b=typeof a;if("object"==b)if(a){if(a instanceof
     Array)return"array";if(a instanceof Object)return b;var
     c=Object.prototype.toString.call(a);if("[object
     Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
     a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
     a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
     Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
     a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
     return"null";
56119 else if("function"==b&&"undefined"==typeof a.call)return"object";return
     b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
     function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
56120  jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
56121 var Ea=/\[object
     (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
     return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
     b?b[1].toLowerCase():"object"},Ga=function(a,b){return
     Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
     (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
     (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
     a);return void 0===
56122 b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
     a)if(Ga(a,d)){var
     e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
     |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
     pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
     Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
     sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
```

```
56122  Wb,xb,tb,zb,$b,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,nb,ob,pb,qb,rb,sb,tc,uc,vc,xc,
       yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Tc,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
       ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
       Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
       de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
       Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
56123  (function(){var a=function(a){return{toString:function(){return
       a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a("")
56124  ;Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
       eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a(
       "");qb=a("");rb=a("");sb=a("");
56125  ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
       Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
56126  Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
       );Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
56127  ec=a("");fc=a("16");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a("
       ");nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
56128  uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
       "24");Ec=a("");Fc=a("");Gc=a("25");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a("")
       ;
56129  Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
       ");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
       33");cd=a("");dd=a("");
56130  ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
       37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
       =a("");Ad=a("");Bd=a("");
56131  Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
       =a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
       ");
56132  Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
       ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
56133  ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
       =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
56134  Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
       "45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
56135  Se=a("");Te=a("");Ue=a("50");Ve=a("");We=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
       $e=function(){},N=function(a){return"function"==typeof
       a},af=function(a){return"[object
       Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
       (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
       prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
       d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
       a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
       Math.round(Number(a))||0},ha=function(a){return"false"==
56136  String(a).toLowerCase()?1!:!!a},ff=function(a){var b=[];if(af(a))for(var
       c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
       Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
       Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
       hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
       function(a){return
       this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
       0!==this.get(a)};
56137  var jf=function(a,b,c){try{if(!a[gd])return
       a[Gc](a,b||$e,c||$e)}catch(d){}return!1},kf=function(a,b){function
       c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
       d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
       f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
       function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
       function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
       b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
56138  of++},ma=function(a,b,c){return
       a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
       prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
       0!==a.length},rf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
       c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
       ){return b(a,d)?-1:b(d,a)?1:0})};var
       H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
       0===d||c?b:d;return
```

```
56139 H[a]?y=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
      a){var
      b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
      ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
      .readyState
      in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
      d=R.createElement("script");d.type="text/javascript";
56140 d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
      c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
      visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
      c},G=function(a,b,c){var d=new
      Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
      null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
      !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
      0)},ra=!1,sa=[],xf=function(a){if(!ra){var
56141 b=R.createEventObject();c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
      |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
      e=0;e<sa.length;e++)sa[e]()}sa.push(function(){for(var
      a=0;a<arguments.length;a++)w(arguments[a]);return
      0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
      xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
      b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
      0)},ra=!1,c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
56142 "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
      a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
      a.target||a.srcElement||{}},wa=function(a){var
      b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
      b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
      c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
      e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
      String(e.tagName).toLowerCase()]&&
56143 (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
      a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
      b=a.location.href,c=b.indexOf("#");return
      0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
      console.log(a)};var Of=function(a,b,c,d,e){var
      f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
      switch(b){case "protocol":f=g;break;case
      "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
      h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
      "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
      "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
      k=f.split("/");0<=df(d||[],k[k.length-
56144 1])&&(k[k.length-1]="");f=k.join("/");break;case
      "query":f=a.search.replace("?","");if(e)a:{for(var
      m=f.split("&"),l=0;l<m.length;l++){var
      n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
      ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
      0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
      f},Pf=function(a){var
      b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
      b},xa=function(a){var b=R.createElement("a");
56145 a&&(b.href=a);return b};var ca=function(a,b){
      c=function(){};c.prototype=a.prototype;var d=new
      c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
      b="veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
      c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){
      e=b[d]&&b[d].toLowerCase();if(e){var
      f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
      return!0}}return!1},ga=function(a,b,c){for(var
      d={},e=!1,f=0;a&a<c.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
      &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
      aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
      0===C[a]||C[a])&&(C[a]=b)},
      C[a],u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
      hf,Rf={},Tf={set:function(a,b,Rf)},get:function(a){return
      J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b)for(var
      c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
```

56145... c};return Qf.get(a)};var Tf=function(a,b){for(var
... c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
... c};var Uf=new
... RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
... customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
... nonGooglePixels"],html:["customScripts","customPixels","
... customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customPixels:["html","
... nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
... nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts"],
... customScripts:["html"],nonGooglePixels:["customPixels","
56146 "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
... customScripts","html","nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
... Xf=function(a,b){for(var
... c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
... c},Yf=function(){var a=J("gtm.whitelist");
56147 var
... b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
... &H.location.hostname)&&(c=ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
... d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
... 0!==e[g.a])return e[g.a];var h=!0;if(a:a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
... k=0;k<g.b.length;k++){if(0>df(b,
56148 g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
... l;if(!(l=0<=df(d,g.a)))a:{for(var n=g.b||[],q=new
... hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
... break a}l=!1}m=1}return e[g.a]=h||{m}};var _jsm=function(a){if(void 0!==a[Uc])try{var
... b=H.google_tag_manager;return
... b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
... _c=function(a){return a[Ue]};_c.a="c";_c.b=["google"];var tf=function(a){var
... b=R;return Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
... ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
... catch(a){}var Zf=$f;var bg=void 0,dg=0,eg=void 0,_et=function(a){var
... b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
... {var f;if(c){var g=c.innerText||c.textContent||"";g&&"
... "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
... \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
... b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
... b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(b);return
... b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
... La};_e.a="e";_e.b=["google"];var
... fg=/^(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
... (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
... e=b[d].split("="),f=ef(e[0]);if(f&&f==a){var
... g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
... c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||""/=c&&gg.test(d))return!
... 1;var f=a+"="+b+" ";c&&(f+="path="+c+" ");e&&(f+="expires="+e.toGMTString()+");
... ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
... R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
... 0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
... b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
... indexOf("/")&&(b="/"+b),a=b):a="/";return""==a?a:1=a.split("/").length},kg=function(){
... var
... a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
... none"];for(var
... b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
... lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){
... a=""+this.f;1<this.j&&(a+a+"-"+this.j);return a};var
... mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
... ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
... c},ng=function(a,b,c){this.Na=Math.floor(1/1.getTime()/864E5);this.da=b||"auto";this.
... W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
... hf},rg=function(a,b,c){b&&(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
... )))},sg=function(a,b){for(var
... c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
... c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
... b=[],c=0;c<a.h.length;c++){var d=
56150 a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
... b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
... 864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var

```
56150... a=[],f;for(c in this.H.length)b+){var
...    c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
...    +"."+a.join("!")};
56151  var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
...    g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
...    length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
...    hg("_gaexp",a.toString(),a.W,a.da,c);for(var
...    h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
...    lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c))return!0;return!1},og=function(a
...    ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
...    g=wg(a,d[f]);g&&e.push(g)}sf(e,
56152  function(a,d){var e=a.D,f=d.D;return
...    e.f==f.f&&e.j==f.j?1!:e.f==b&&e.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
...    =b?!1:e.j==c?f.j<f.f&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
...    .length?e[0].D:new
...    lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
...    c=b.match(/GAX1\.([^.]+)\.(.*)/);if(c){var d;a:{var
...    e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
...    f=ef(e[0]);if(0!=f.length){var g=2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
...    lg(O(f),O(g)):void 0;
56153  break a}}d=void 0}if(d){for(var h=new
...    ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
...    l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
...    mg(l[2],O(l[1])))}}return h}}};var _v=function(a){var
...    b=J(a[md].replace(/\\\./g,".")),a[Ub]);return void
...    0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
...    gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
...    b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
...    b};_f.a="f";_f.b=["google"];var ea=function(a){var
...    b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
...    d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);return
...    f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
...    0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
...    _eq=function(a){return String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
...    _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
...    0)).test(a[$a])};_re.a="re";_re.b=["google"];var
...    Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
...    Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
...    b=!1;return function(){!b&&N(a)&&wf(a));b=!0}},Xg=function(){for(var
...    a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
...    if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
...    d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
...    0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
...    0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
56154  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
...    0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"])}{var
...    x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
...    z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
...    eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
56155  }La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
...    b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end){b["GTM-Z6TQ"]=!1;var
...    c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&b.end()},
56156  b.end=null}}catch(e){}return a};var
...    Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
...    function(c){c=c||H.event;var
...    d=!f(c),e=!1;if(3!==c.which||!["LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(c,["a","area"),
...    e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
...    shiftKey||c.altKey||!0===c.metaKey);var
...    f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
...    d)
...    g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
...    g={},k,m=dh(f,
56157  ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
...    |k||"LINK_CLICK"==a&&b;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=gh(d,g)||e,
...    !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
...    c.returnValue}return!0}}};var eh=function(a,b,c,d,e){var
...    f=d||!2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
...    ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
```

```
56157…  "LINK_CLICK":g["gtm.triggers"]=e||"",g.event
56158…  "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
    …  .eventReporter=function(a){c.eventReport=a};break;case
    …  "FORM_SUBMIT":g["gtm.triggers"]=e||"",g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
    …  (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
    …  eventReport=a};break;case
    …  "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
    …  formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
    …  default:return!0}return Qo(g)},
56159…  jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
    …  b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
    …  "a":case "area":case "form":b="_self"}return b},gh=function(a,b){var
    …  c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
    …  "":case "_self":case "_parent":case "_top":var
    …  f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
    …  "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
56160…  "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
    …  default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
    …  =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
    …  function(){b.simulateDefault&&(b.targetWindow?b.targetWindow.location.href=a.href:(c=
    …  c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25)))}},kh=function(a,b,
    …  c){return function(){if(b.simulateDefault){if(b.targetWindow){var
    …  d;b.targetWindowName&&
56161…  (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
    …  targetWindowName&&(a.target=d)}else
    …  c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
    …  {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
    …  e).hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
    …  f=e;if(!f||"0"==f){if(a.1)return!0;if(a.1)return!1;f="0"}var
    …  g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
    …  ){if(b.wnc["0"]||b.wc["0"])return!0;
56162…  for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
    …  d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
    …  f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
    …  a,b,c,d,e){var f,g,h=!1;switch(a){case
    …  "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
    …  function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
    …  "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location));nh($g,b||!1,c||!1,d,e);if(R.
    …  gtmHasLinkClickListenerTag)return
56163…  R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
    …  "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
    …  gtmHasFormSubmitListenerTag=!0;f="submit";g=qh(a,b||!1);break;default:return}U(R,f,g,
    …  h)},ch=function(a){if(!Zg)return!0;var
    …  b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
    …  Zg=Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
    …  a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
    …  a.gtmReplacedFormSubmit;
56164…  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
    …  R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
    …  xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
    …  c=[],d=0;d<a.length;d++)c.push(a[d]===xq?b:a[d]);return
    …  c.join("")}};yh.prototype.toString=function(){return
    …  this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
    …  zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
    …  b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
    …  Ch=String.prototype.trim?function(a){return
    …  a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
    …  Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
    …  V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){return a};Hh["
    …  "]=function(){};var Jh=function(a,b){var c=Ih;return
    …  Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
    …  Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
    …  .toLowerCase().indexOf("webkit")&&!V("Edge"));var
    …  Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
    …  ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
    …  Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
    …  )||V("iPod")||V("iPad");V("iPad");V("iPod");
56165…  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
```

```
56165  Th=...;Uh=function(){var
       a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
       if(Lh)return/\b(?:MSIE|rv)[:
       ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
       )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
       Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
56166  var Wh=Sh,Ih={},Xh=function(a){return Jh(a,function(){for(var
       b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
       length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
       k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
       if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
       1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
       3];h=m[3]}while(0==b)}return 0<=b})},Yh=Ba.document,
56167  Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
       $h;if(!($h=!Oh&&!Lh)){var
       ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
       va=function(a,b){var
       c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
       var d="<!DOCTYPE html><html><head><script>var
       inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
       if(di){var
       e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
       ei(a,d),ci=Ph&&"srcdoc"in
       document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
       Xh(10)&&6>fi()&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
56168  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
       ,c):c()},fi=function(){var
       a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
       a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
       d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
       b}catch(e){}d=!1}b=d}catch(e){b=!1}}return
       b}catch(e){return!1}},ji=0,ii=function(a,b){var
       c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
       {document.domain = \""+
56169  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
       null;continuation();})()\\x3c/script>'"},gi=function(a){for(var
       b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
       b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
       String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1=b.length%2&&(d[c]=b
       .charAt(b.length-1));return d.join("")};/*
56170   Copyright (c) 2014 Derek Brans, MIT license
       https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
       simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
56171
56172  var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};for(var k in
       b)b.hasOwnProperty(k)&&(g.gb&&g("fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
       h={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
       textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(){var
       b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
       function(){var
       b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
       b=n.startTag();
56173  if(b){var c=a.slice(b.length);if(c.match(new
       RegExp("</\\s*"+b.tagName+"\\s*>","i")))){var d=c.match(new
       RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
       .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
       b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
       k=c||e||g||f.test(b)&&||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
       textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
       chars:function(){var b=
56174  a.indexOf("<");return{length:0<=b?b:a.length}}},q=function(){for(var b in
       h)if(h[b].test(a)){var c=n[b]();return
       c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
       function(){var
       b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
       =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[];d.Qa=function(){return
       this[this.length-1]};d.ua=function(a){var b=this.Qa();return
       b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.qb=
```

```
56175  function(a){for(var b=0,c=arguments[0].length;b<c;b++)if(c!=tagName==a)return b;return-1};var
   …   e=function(a){a&&"startTag"===a.type&&(a.Y=b.test(a.tagName)||a.Y);return
   …   a},f=q,k=function(){a="</"+d.pop().tagName+">"+a},h={startTag:function(b){var
   …   e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
   …   &&d.qb(e)?d.ua(e)?k():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b)},endTag:function(a)
   …   {d.Qa()?g.tb&&!d.ua(a.tagName)?k():d.pop():g.tb&&(f(),l())}},l=function(){var
   …   b=a,c=e(f());a=b;if(c&&
56176  h[c.type])h[c.type](c)};q=function(){l();return
   …   e(f())}};return{append:function(b){a+=b},Ba:q,nc:function(a){for(var
   …   b;(b=q())&&(!a[b.type]||1!==a[b.type](b));)};},clear:function(){var b=a;a="";return
   …   b},oc:function(){return a},stack:[]}}var b=function(){var
   …   a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
   …   P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc2===b.childNodes.
   …   length;return
   …   a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=?\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
   …   +))?)*)\s*(\/?)>/,
56177  d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)")*"
   …   )|(?:'((?:\\.|[^'])*)')*')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
   …   ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
   …   =function(a){var
   …   b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
   …   a.tagName+">"},atomicTag:function(a){return
   …   b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
   …   in a.m)var a=a.m[c],
56178  b=b+(" "+c+'="'+(d2d.replace(/(/^|[^\\])"/g,'$1\\"'):"")+'"');return
   …   b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
   …   b[a.type](a)};a.ec=function(a){var b={},c;for(c in a)var
   …   d=a[c];b[c]=d&&d.replace(/(/^|[^\\])"/g,'$1\\"')}return b};for(var g in
   …   b)a.lb=a.lb||!b[g]&&g;ki=a});(;function(){function a(){}function b(a){return void
   …   0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
   …   0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
56179  function e(a,b){d(b,function(b,c){a[b]=c});return a}function
   …   f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
   …   g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
   …   h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(a){return a},done:a,error:function(a){throw
   …   a},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
   …   a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
   …   b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
56180  d):a.removeAttribute(e)}function f(b,c){var
   …   d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
   …   "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]});a(this.Ba,"
   …   proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
   …   a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
   …   a?this.db(a):this.Ja(a)};f.prototype.pb=function(a){var
   …   b={type:"function",value:a.name||a.toString()};this.za(b);a.call(this.Z,this.L);this.
   …   Sa(b)}
56181  f.prototype.Ja=function(a){this.ia.append(a);for(var
   …   b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
   …   b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
   …   b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);d&&this.ub(b)
   …   ;e&&this.vb(b)};f.prototype.Qb=function(a){var
   …   b=this.mb(a);b.La&&(this.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
   …   };f.prototype.mb=function(a){var
   …   b=this.pa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m){if(!/^noscript
   …   $/i.test(a.tagName)){var c=
56182  b++;e.push(a.text.replace(/(\/?>)/," data-ps-id="+c+"
   …   $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
   …   .tagName+" data-ps-proxyof="+c+(a.Y?" />":">"))}}else
   …   e.push(a.text),f.push("endTag"===a.type?a.text:"")}));return{Ia:a,raw:d.join(""),La:e.
   …   join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
   …   c,d=[this.Ba];b(c=d.shift());){var
   …   e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
   …   f=c.parentNode&&a(c.parentNode,"proxyof");f&&
56183  this.pa[f].appendChild(c)}d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
   …   function(a){var
   …   b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
   …   this.ca=a:this.za(a);var
   …   c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
```

```
56183  b=this.La.clear()}}&&this.K.transform(b),a.type=a.w.type||a.m.$b||"text/css";this.Rb(a)
       ,b&&this.write()};f.prototype.Rb=function(a){var
       b=this.ob(a);this.Ab(b);a.content&&b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
       content:b.appendChild(this.L.createTextNode(a.content)))};
56184  f.prototype.ob=function(a){var
       b=this.L.createElement(a.tagName);d(a.m,function(a,c){b
       .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
       id="ps-style"/>');var
       b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
       function(a){a.Fb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Sa=function(a){a!==
       this.X[0]?this.options.error({message:"Bad script nesting or script finished
       twice"}):(this.X.shift(),this.write.apply(this,
56185  a.Fb),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
       function(a,b){var
       c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
       function(){b();e()})));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
       )}};f.prototype.nb=function(a){var
       b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
       &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
       id="ps-script"/>');var b=this.L.getElementById("ps-script");
56186  b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
       c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
       d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
       (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
       e={message:"remote script failed
       "+a.src};c();d(e);b()}})};f.prototype.Kb=function(a){return!/^script$/i.test(a.
       nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
       f}();k.ja=function(){function b(){var a=
56187  m.shift(),b;a&&(b=a[a.length-1],h.ab(),a.stream=c.apply(null,a),a.bb())}function
       c(f,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
       l(c,h);x.id=d++;x.name=h.name||x.id;var
       m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
       close:a,open:a,write:function(){return
       k(g(arguments).join(""))},writeln:function(){return
       k(g(arguments).join("")+"\n")}});var
       q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
       "+b+":"+c})},q.apply(x.Z,arguments)};x.write(f,
56188  function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
       d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
       e&&(e=(e={done:e}));e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.hc?c
       [0]:c;var
       g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[1]=a}};e.hb(g);m.push(g
       );x||b();return c.ja},{qc:{},mc:m,ac:l})}()();qa=k.ja})();
56189  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
       e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
       gtmscript"==e.type){var
       g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script>")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
56190  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
       d=pa;d.postscribe||(d.postscribe=qa);var
       f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
       ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)};ra?d():sa.push(d)};
       var ni=function(a,b,c){if(R.body){var d=
56191  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e)if(a[Pe])try{va(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
       a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
       H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
       customScripts"];
56192  var zi=function(a,b,c,d){var e=b+": "+c+(d?"
       !important":"");f=document;if(f.createStyleSheet){var
       g=wi(f),h=g.rules.length;g.addRule(a,e);return
       function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
       k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
       function(){m.removeChild(k)}};Ai=null,wi=function(a){if(Ai)return Ai;for(var
```

Page 1843

```
56192...  b=a.styleSheets.length=1,0<_b;b--){var
    ...  c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
    ...  return Ai=c}0==a.styleSheets.length&&
56193...  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
    ...  c=(b||document).createElement("style");void
    ...  0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
    ...  c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
    ...  body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
    ...  0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
    ...  0,Ca:!1},Hi[a]=b);Ii=b},Li=function(a,b,c,d){var e=Ti;if(!Zf||!e)return!1;var
    ...  f={id:e.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
    ...  null==a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
    ...  b=zi(a,"visibility","hidden",!0);return
    ...  function(){N(b)&&b.apply()};b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
    ...  f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
    ...  c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
56194...  c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
    ...  .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
    ...  Ki(a)})},U(R,"DOMContentLoaded",a.ya)):Pi(a)}},Pi=function(a){for(var
    ...  b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
    ...  d=tf(c.F.w)||[],e=0;e<d.length;e++){var
    ...  f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
    ...  Ri(f,c.id)))}}},Oi=
56195...  function(a,b){var c=[];if(b.F){var
    ...  d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
    ...  g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null==b.na.o||b.Ma+c.length<b
    ...  .na.o))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
    ...  .length))return!1;for(var k=0;k<c.length;k++){var
    ...  m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
    ...  q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}}if(b.F.o&&
56196...  b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
    ...  gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
    ...  function(){a.gtmProgressiveApplied&&delete
    ...  a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
    ...  c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
    ...  f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
    ...  ;d.push(f)}}return
    ...  d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
    ...  return!1};var _cl=function(a,b){qh("CLICK");w(b)};_cl.b="cl";_cl.b="google";var
    ...  Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};
56197...  var ij=function(a,b,c){var
    ...  d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
    ...  doubleclick.net/activityi")+";src="+d(a[Sa])+";type="+d(a[Hc])+";cat="+d(a[Ra]);a[Te]
    ...  &&(e+=";u="+d(a[Te]));a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
    ...  f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
    ...  a&&(e+=";num="+d(a[wd]));if(a[qc]){var
    ...  h=a[cb]||[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
    ...  attributiontools.js",function(){jj.Da(a,e,h,
56198...  b,c)},c);return}}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
    ...  f={},g=0;g<c.length;g++){var
    ...  h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
    ...  k=[];k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e)};jj.V=function(a,b,c,d){var
    ...  e=ea({});!a[Qe]&&e&&(";"!=b.charAt(b.length-1)&&(b+=";"),b+="~oref="+
    ...  encodeURIComponent(e));(a[Qe]?G:da)(b+"?",c,d)};var
    ...  _flc=jj;_flc.a="flc";_flc.b=[];var Kj=function(a){var
    ...  b=H||Ba,c=b.onerror;d=!1;Ph&&!Xh("535.3")&&(d=!0);b.onerror=function(b,f,g,h,k){c&&c(
    ...  b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
56199...  var Lj=function(a){var b=function(b){b=b||H.event;var
    ...  c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
    ...  c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
    ...  c=ma(a,Xe,!0),d=ma(a,wb,!0);e=O(a[Ye]);0>=e&&(e=2E3);var
    ...  f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
    ...  gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
    ...  b=If(a);b;)b.onclick&&!b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),
56200...  b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a
    ...  .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=493,hk=[],ik=[],jk=[],kk=new
    ...  hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
    ...  this.I.push([a,b]);return this};mk.prototype.resolve=function(a,b){for(var
```

```
56200 c={},aeo patents.i.iength[d+1]=0um
      e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
      ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
      c=jk[this.index];if(c&&!b(c)){var
      d=c[Rc];if(a){if(a.get(d))return a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
      jf(c)}};var _M=function(a){return new
56201 ok(a)},pk=function(a){this.resolve=function(b,c){for(var
      d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
      e?new yh(d):d.join("")}},_T=function(a){return new
      pk(arguments)},qk=function(a){function b(b){for(var
      c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
56202 function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&(8)&&b(16)){if(e===xg)return
      e;var
      f=ka();kk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
      e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
      qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
      rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
      pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
56203 [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
      d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
      d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
      pk||c instanceof rk)d=c;else if(af(c))for(var
      d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
      mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return
      d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
56204 0==a&&(e[1]=hk(e[1]));if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
      h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk(e[0]));
      if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
      k=0;k<e[g].length;k++)e[g][k]=hk(e[g][k])}}else e[g]=[];5==a&&(c[d]=e[0])}return
      c},tk=function(a){var b=[];if(!a)return b;for(var
      c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var
      f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-71:48<=e&&57>=e?e+4:43==e?62:47==e?63:48<=e-48+52:
56205 62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
      );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
56206 var
      Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
      Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
      b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
      .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la);rf(b,1);if(Na[a])for(var
      e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
      c=b.s.event,d=b.g;}b.complete||
56207 nf(b.fa);rf(b,2);if(Na[a])for(var
      e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
      Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
      =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
      function(a){this.wa.push(a)};
56208 var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
      0==e&&(e=[]);void
      0==f&&(f=[]);a=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
      .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
      g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
      ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)})))},Nk=function(a,b){
      var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
      rk&&a[g].v===
56209 d||a[g]===d){f=g;break
      a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
      splice(f,1),1==a.length&&(c=!0,b())):c=!0))},Rk=function(a,b){var
      c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
      k=Pk(b,!0);0<k.length&&(k[0].v);c.push(f);var l=Pk(b,!1);0<l.length&&(l[0].v)}else
      d=
56210 !0};e(b);if(!d)for(var f=0;f<c.length;f++){var
      g=c[f],h=Pk(g,!0);if(0<h.length)var
      k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
      l=Pk(g,g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk
      =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
      af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
```

```
56210  b={},Pk=function(a,b){var c=F;if(a)for(var d=c[e=-1],f=function(){return(va:
       b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
56211  f(d.g);b[d.g]=e}Sk(a,b);return b}; Sk=function(a,b){for(var c=0;c<a.length;c++){var
       d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
       b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
       c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c].state,f=d?void
       0!==d:b.Va||b.dc,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
       0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
       0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fe!=l?jf(a,b.O,b.N)}else
       h&&0==e||k&&0==d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}},Uk=function(a,b){a=nk(a
       ,new hf,b);return a},Ok=function(a,b,c){var d=new
       Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
       _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
       function(){var
       d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
       a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
       c():c()},c)};_sp.a="sp";_sp.b=["google"];
56212  var Zk=!1,_ua=function(a,b,c){function d(a){var
       b=[].slice.call(arguments,0);b[0]=n+b[0];H[m]().apply(window,b)}function e(b,c){var
       0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
       g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
       b=function(a,b,c){if(!la(b))return!1;for(var
       e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[jc]?c
       =J("ecommerce"):
56213  a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var
       e=ma(a[Dc],"currencyCode",c.currencyCode);void
       0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
       promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
       promo_click",c.promoClick.actionField);return}for(var f="detail checkout
       checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
       h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
       h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
       a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
       f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=void 0);b[e]=f;d++}return
       d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
       H.GoogleAnalyticsObject},l=M(m(),function(){var
       a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
       n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
56215  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
       v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
       allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
       cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
       :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
       javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
56216  var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
       0!==a[Ya]&&d("set","anonymizeIp",a[Ya]||void
       0);e("nonInteraction",vd);g("contentGroup",a[Cb]);g("dimension",a[fc]);g("metric",a[
       jd]);
56217  var D={};k(a[Dc],D,!1)&&d("set",D);var
       F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
       ]))a[Kc]();else{var
       c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[Be]){a[rc]&&d("require","ec","ec.js"
       ),h());var
       E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
       (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
       if(a[Ee]){}else if(a[De]){}else if(a[$b]){}else if(a[Yb]){}else
       if(a[Ae]){}else{a[rc]&&d("require","ec","ec.js"),h()}}if(a[hc]&&!a[tc]){var
       P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
       ,void
       0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
       ,"linker");var
       ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
       }if(!Zk){var
       W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
56218  Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m]().
       loaded||c()},c)}},c)}};_ua.a="ua";_ua.b=["google"];var $k,al;var jl=!1;var
       kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
       d=lk[b]&&nk(lk[b],new hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
```

```
56218  f=d[ab],e=-1,g=-1;e<g.length;g++)a[ab]=f[g],e=Jf(d);else e=Jf(d);a[a][e,d]}return
       a[b]}},Ck=function(a,b){for(var
       c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
       e=b[2],d=0;d<c.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
       b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
       "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
56219  for(var
       e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
       (e,oh[g])){f[g]=!0;for(var
       h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
       n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
       v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
       Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
       D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
       for(var E=[],
56220  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
       A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
       S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
       rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
       E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
       ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
       pb=W[fa],nb=pb.q,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
       0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
       0;for(wc in sd)if(sd.hasOwnProperty(wc))for(var yf=
56221  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
       pd=W[Ia];!yf&&pd.q==yl&&0<Ia&&(yf=W[Ia-1]);pd.q==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
       1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
       wj=Number(wc),na=yf,zf=nj;if(na){var
       zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
       Af=Qk(zf);Ik(na,Af);var
       Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
       Cf=Pk(zf.q,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
56222  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
       resolvedTags:e.P});
56223  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
       Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc]))(var Cj=Bj[Rc];Df=!("function"!=typeof
       String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
       if(Df)return!0}return!1};var ml={macro:function(a){if(kk.contains(a))return
       kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
       callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
       za[a]};ml.jb=function(){var
       a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
       ml);pa=a};(function(){var a=function(a){var
       b="google_tag_manager",{},!1),d=b[a]||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
       ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
56224  hk.push.apply(hk,function(){for(var a=[_jsm,'CID',],(function(){try{var
       a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
       console.log(\x22Error fetching
       clientId\x22),\x22n/a\x22}})()},'_T(2),_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
       'gtm.js','56933_1',_sp,'1001982034',''',yH_WCJae6wMQOpDk3QM',4,'.*avistahospital\\.
       org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,'
       UA-6319752-3',false,'All Clicks','destination -
       ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
       ',_T(39,7),'\x26tid','\x26t','\x26tid','\x26ea','\x26el','\x26ni','event',{41:30,42:47
       ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
       url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
       47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
       classes','gtm.elementClasses',_M(6),'url
       path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
       ','element
       id','gtm.elementId',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
       castlerockhospital.org','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
       21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
       40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
       44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
       :32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
       :47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
       105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
```

56224…
-6','Case 5:16-cv-01282-EJD Document 115 Filed 10/14/16 Page','199','stanthonyhosp.org/','56933_82','UA-
6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
/','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
,43:32,44:38,45:40,46:21},142,'centura.org','56933_88','UA-6319752-1','Click
URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
*avistawomenshealth\\.org.*','56933_89','UA-6319752-36',{41:154},145,'.*orthocolorado
\\.org.*','56933_96',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
-6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
168},157,'tel','gtm.linkClick','_triggers','gtm.triggers','',2,_M(10),'(^$|((^|,)
56933_107($|,)))','56933_107','UA-6319752-30','Phone
Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
, avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
56933_110','Outbound
Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-36
',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118',170,'directions','56933_120
',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
56933_127','UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
destination
-',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
','56933_128','UA-25740293-46','Click Text-/   Click
URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
text - ',_T(256,197),'click origin -
',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
org/contact-centura-health/','56933_134','_flc,'4978556','invmedia','9putdnum','1',_r,
'_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
*','56933_137','UA-25740293-57','destination -  - ','  -
',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144',
'UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
41:306,42:47,43:32,44:149,45:40,46:31},194,'araceawomenscare.org','56933_148','origin -
',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/

56224...

```
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\:\\/\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*/','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery\x27\\x3ca
class\\x3d\x22cafewell\x22
href\\x3d\x22https:/www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\\x3e\\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
src\\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
x3e\\x3c/a\\x3e\x27).insertAfter(\\x3e\x22#page-home
.content-box\\x3ep:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d0,d\x3d1,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d0;var
a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3dc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3d\nsetTimeout(\x22_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\x3d\x22+e+\
x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none
!important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*/','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*/','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$/','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22],\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
doubleclick.net/dc.js\x22:(\x22https:\x22\x3d\x3ddocument.location.protocol?\x22https
```

56224…

```
.\x27//ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga\x27.js\x22;(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!0;a.src\x3d_vj.useSrc;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
staging?\n\x3c/style\x3e',42,'\x3cimg
src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
border\x3d\x220\x22\x3e',45,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
x3dmarketing\x22\x3e',46,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
x3dhomepage\x22\x3e',47,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
ebRand\x3dMath.random()+\x22\x22,ebRand\x3d1E6*ebRand;document.write(\x27\\x3cscript
src\\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\\x3das\\x26amp;
ActivityID\\x3d139619\\x26amp;rnd\\x3d\x27+ebRand+\x27\x27)\x3e\x3c/script\\x3e\x27)
;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
style\x3d\x22border:0\x22
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
'\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
'56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
\.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
\.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
```

56224... ',',' 56933_129','\x3cscript async data-gtmsrc\x3d\x22//56913.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
... type\x3d\x22text/gtmscript\x22
... data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'
... ,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
... org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
... 56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','
... 56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
... 56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
... \x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
... ','56933_146','\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221056236717768461\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
... height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
... src\x3d\x22https://www.facebook.com/tr?id\x3d1056236717768461\x26amp;ev\x3dPageView\
... x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','
... 56933_151','\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
... 56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221062224180523700\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
... height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
... src\x3d\x22https://www.facebook.com/tr?id\x3d1062224180523700\x26amp;ev\x3dPageView\
... x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221752378098370464\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
... height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
... src\x3d\x22https://www.facebook.com/tr?id\x3d1752378098370464\x26amp;ev\x3dPageView\
... x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',203,'\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221067579596645006\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
... height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
... src\x3d\x22https://www.facebook.com/tr?id\x3d1067579596645006\x26amp;ev\x3dPageView\
... x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x222889530421148884\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg

height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d\d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22212219485611909006\x22);fbq(\x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,_f,'referrer',_c,'ga tracking
code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
Target','gtm.elementTarget','Error
Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
b}());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
:174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
:191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
:257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
:288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
:302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
:372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
:412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
AAAAAEAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
;vk(1k,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAC,
ABAQAAAAAAAg,ABAQAAAAAAAAI,ABAQAAAAAAAAAC,ABAQAAAAAAAAAAQ,ABAQAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAB,ABAQAAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAI,

56224
ABAQAAAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAAAAAM,
AkAAAAAAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAAAAAAAAM
,ABAQAAAAAAAAAAAAAAAAAAAAQ,IAACAAAAAAAAAAAAAAAAAAEAAAAI,
IAAAAAAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAAAB,
ABAQAAAAAAAAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAAAAAEAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
IAAAAAAAAAAAAAAAAAAAEAAAAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
AkAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAQ,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAE,
IgACAAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAQ,
IBACAAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAAAE,
IBACAAAAAAAAAAAAAAAAE,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
AFAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
IAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAE,
IAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAE,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAg,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");vk(Y
,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
AAAA6j3AAAAAAH,AAAA6j3AAAAAwB,AAAA6j3AAAAAA8,AAAA6j3AAAAAAAO,AAAA6j3AAAAAAAgD,
AAAA6j3AAAAAAAAA4,AAAA6j3AAAAAAAAAO,AAAA6j3AAAAAAAAgD,AAAA6j3AAAAAAAAAA4,
AAAA6j3AAAAAAAAAAe,AAAA6j3AAAAAAAAAAH,AAAA6j3AAAAAAAAAwB,
AAAA6D3AAAAAAAEAAAAAkD,AAAAaAUAAAAAAAEAAAAAA4H,AAAAaAUAAAAAAAECAAAAAwy,
AAAAaAUAAAAAAAEAAAAAAwCO,AAAAaAUAAAAAAAEAAAAAAwCgD,AAAA6BUAAAAAAAEAAAAAAAAACAAg_,
AAAAaAUAAAAAAAEAAAAAAQCAAAA_,AAAA6BUAAAAAAAEAAAAAAAAACgAAIAgH,
AAAA6B0AAAAAAAEAAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAAAAAAAA4,
AAAA6j3AAAAAAAAAAAAAAACAAAAAAAD,AAAA6D3AAAAAAAAAAACAgAAAAAAAAA4,
AAAA6j3AAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAAc,
AAAA6D3AAAAAAEAAAAAAAAAAAAAAAED,AAAA6B0AAAAAAEAAAAAAAAAAAIAAAAAA4H,
AAAA6D0AAAAAAAEAAAAAAAAAAIAAAAAAwH,AAAA6B0AAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
AAIAAAAAAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAgP,
AAAA6B0AAAAAAABEAAAAAAAAMAAABAAAAAAAAH,
AAAA6D3AAAAAAAEAAAAAgAAAAAAAAAAAAAAAwB,
AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAA8,
AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAP,
AAAA6D1AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAgD,

```
56224…  AAAA6D3AAAAAAAEAAAAAAgAAAAATAAAAAAAAAAAAAAAAAc,
…  AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAAAAAc,
…  AAAA6B0AAAAAAAEAAAAAAAAAAIAAAAAAAAAAAAAAAgAgP,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-B,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAw,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAD,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAEE,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgC,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAD,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAwB,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAG,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAw,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAG,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAw,
…  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAD,
```

56224… AAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAM,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAG,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAM,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAM,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAQAAAAAAAg,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAC,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAEgB");
… vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
… ABAAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
… QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
… QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAI::,CAAAC:
… AAAQAAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAAABAAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
… __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE:,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
… QAAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
… QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
… AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAAB:AAAAAAAS::,QAAAAAAAC:
… AAAAAAAE::,QAAAAAAAE:AAAAAAAI::,CAAAAAAAI:AAAAAAAAAE::,CAAAAAAAQ:AAAAAAAAAAQ::,
… CAAAAAAAg:AAAAAAAAAAgAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAAACACAg::,CAAAAAAAAC:
… AAAAAAAAAAAA8::,CAAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAI:AAAAAAAAAAAAAAB::,
… CAAAAAAAAAB:AAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
… AAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAgB::
… ,CAAAAAAAAAQ:AAAAAAAAAAAAAABAAI::,CAAAAAAAAg:AAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
… AAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAI:AAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAw:AAAAAAAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAB:
… AAAAAAAAAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAC:
… AAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAB::,AE::AAAAAAAAAQ:AAAAAAAAAAAAAAAB,AEAAAAAAAAg::
… AAAAAAAAAAAAAAAB");vk(ph,4,"14:,22.22:,28:,56:,60.60:,79.79:,84:,89:,94.94:,99:,104:,
… 109.109:,114:,119:,124:,129:,134:,139:,144:,153:,158.158:,162.162:,167.366.167:,179:,
… 185.185.324.326.328.330.332.334.336.338.340.342.344.346.348.350.352.358.369.371.373.
… 375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185:,200:,205:,210:,
… 214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
… 354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
… 436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
… :,505:,509:,513:,516:,520:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
… :,578:,:427,:429");for(var nl=0;nl<Y.length;nl++){var

```
56224  ol=Y[nl],p1=Y[ol]xd},p1=2:o1[Le]&&(p1=oy;Ma[nl]={firingoption:p1,state:void
       0};Na[nl]=[]}ml.jb();
56225  (function(a){})("async");
56226  (function(){var
       a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
       ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
       function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
       c=a.push;a.push=function(){var
       b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
       this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
56227  if("interactive"===R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
       else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
       documentElement.doScroll){var
       xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
       readyState?Mf():U(H,"load",Mf);
56228  (function(a){})("async");(function(){})();var
       _vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
56229  })()
56230
56231  ***************************************************
56232  The following data is from flatironsheart_org-20160909-page_source.txt
56233  ***************************************************
56234
56235
56236
56237  <!DOCTYPE html>
56238
56239  <html xmlns="http://www.w3.org/1999/xhtml">
56240  <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
       charset=utf-8 /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
       name="viewport" content="width=device-width, initial-scale=1" /><link
       rel="stylesheet" type="text/css"
       href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+1553607519+
       1088335530+1945865366+-914034194+-731554408+1064114300+-300771134+1985268503"
       /><script type="text/javascript"
       src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
       1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
       Flatirons Heart &amp; Vascular - Cardiologist - Boulder, Louisville</title>
56241  <meta name="description" content="At Flatirons Heart and Vascular, patients can be
       assured that their risk for progressive cardiac conditions will be addressed and
       treated with the latest techniques and technology." />
56242  <link rel="stylesheet"
       href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
       rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
56243
56244
56245      <script
       src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
56246      <!--[if lt IE 9]>
56247          <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
56248          <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
56249      <![endif]-->
56250
56251      <!--[if (lte IE 9)]><!-->
56252      <link rel="stylesheet" href="/css/ie.css" type="text/css" />
56253      <!--<![endif]-->
56254
56255
56256      <!--Some text-->
56257      <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
       src="/temp/wsol.js.header.v=285651389.js"></script>
56258
56259
56260
56261
56262      <script src="/js/countUp.js"></script>
56263
56264
```

```
56265  <!-- Google Analytics -->
56266  <script>
56267      (function (i, s, o, g, r, a, m) {
56268          i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
56269              (i[r].q = i[r].q || []).push(arguments)
56270          }, i[r].l = 1 * new Date(); a = s.createElement(o),
56271          m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
...    m.parentNode.insertBefore(a, m)
56272      })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');
56273
56274      ga('create', 'UA-XXXXXXXX-Y', 'auto');
56275      ga('send', 'pageview');
56276
56277  </script>
56278  <!-- End Google Analytics -->
56279      <script type="text/javascript">
56280          /*<![CDATA[*/
56281          (function () {
56282              var sz = document.createElement('script'); sz.type = 'text/javascript';
...    sz.async = true;
56283              sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
56284              var s = document.getElementsByTagName('script')[0];
...    s.parentNode.insertBefore(sz, s);
56285          })();
56286          /*]]>*/
56287      </script>
56288
56289
56290      <style>
56291          .survey-container {
56292              position: absolute;
56293              right: 0;
56294              bottom: 10%;
56295              border: 1px solid black;
56296              padding-top: 30px;
56297              padding-bottom: 15px;
56298              box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
56299              -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
56300              -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
56301              z-index: 10000;
56302              background: #FFF;
56303              position: fixed;
56304          }
56305
56306          .close {
56307              width: 24px;
56308              position: absolute;
56309              top: 3px;
56310              right: 3px;
56311              padding: 6px;
56312          }
56313
56314          .close {
56315              height: 24px;
56316          }
56317
56318          .survey-container .btn {
56319              border-radius: 0;
56320              text-shadow: none;
56321              text-transform: capitalize !important;
56322          }
56323
56324          .survey-container .btn:hover {
56325              background-color: #CCC !important;
56326          }
56327
56328          @media screen and (max-width: 767px) {.survey-container
...    {left:10px;right:10px;}}
```

```
56329    </style>
56330
56331    <link rel="canonical" href="http://www.flatironsheart.org/fis/home/" /><meta
         /></head>
56332    <body class='location-landing'>
56333        <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
         https://wsol.accelo.com/?action=view_issue&id=980] -->
56334        <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
         [jmayberry (WSOL) 8/31/2016] -->
56335        <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
56336    height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
56337        <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
56338    new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
56339    j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
56340    '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
56341    })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
56342        <!-- End Google Tag Manager -->
56343
56344        <form method="post" action="/FIS/Home/" id="aspnetForm">
56345    <div class="aspNetHidden">
56346    <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
56347    <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
56348    <input type="hidden" name="EktronClientManager" id="EktronClientManager"
         value="-1759591071,1553607519,1088335530,1945865366,-914034194,-731554408,1064114300,
         -1687560804,-1080527330,-1939951303,-569449246,-1793043690,1338359439,1743165108,
         1531089627,-300771134,1985268503" />
56349    <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
         value="/
```

```
wEPDwUKMTA4ODc0ODU0OA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDVVBLVhYWFhYWFhYLVlkAg
EQZGQWEAIDD2QWCmYPFgIfAAUqPGEgY2xhc3M9J3Rlc3QnIGhyZWY9Jy9GSVMvSG9tZS8nPkhvbWU8L2E+
ZAIBD2QWBAIEDw8WBh4JX2RhdGFJdGVtMgsHAAEAAAD/////
AQAAAAAAAAAMAgAAAFxFa3Ryb24uUQ21zLkZyYW1ld29ya.05LjAuMC4yNDksIEN1bHR1cmU9
mU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTjjNGZhMjFlNjNiZQUBAAAAKVrdHJvbi5DbXMuRnJhbHhbW
V3b3JrLlVJLJLk1vZGVscy5NUW9rWFAAAAEzxJZD5rX19CYWNraW5nbllbmMllbGQZPE1lbnVMaXN0PmtfX0J
hY2tpbmdGaWVsZBY8SXRlbXM+
a19fQmFja2luZ0ZpZWxkFjxrcnJvdj5rX19CYWNraW5nbllbmQGQYPENhbkVkaXQ+
a19fQmFja2luZ0ZpZWxkAAMEAQAJpAFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1VdRdHJvb
i5DbXMuT3JnYW5pemF0aW9uLkllbnVCYXNlLE2rdHJvbi5DbXMuRnJhbWV3b3JrLFZlcnNpb249OS4wLjAuMjQ5
LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPTU1OWE0N2Y3YTYzYTYzYmU9XS9jc3JlbGxlY3Qtb3J
yb24uQ21zLkZyYW1ld29yay5VSS5Uc1VmJvUWL1RyZWV0b2RlbD5rX19CYWNraW5nRmllbGQGQY9ENhbkVkaXQ+
AAAKCgMBAAAAFlFa3Ryb24uQ21zLkNvbnRyYWN0b3Jzc1BBYXRlbnV0Y29sbAAAAAAADbHBHRl1cmMU9bmV1dl
HJhbCwgUHVibGljS2V5VG9rZW49NTU5YTjjNGZhMjFlNjNiZQUAAApAFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpY
1Db250cmFjdCttVWL3JrLXBempmR0YTYYmVkDQQ1bGljS2V5VG9rZW49NTU5YTjjNGZhMjFlNjNiZQCQAAApAVSPTE+
mF0aW9uLllbbnVCYXNlLE2rdHJvbi5DbXMuRnJhbWV3b3JrLFZlcnNpb249OS4wLjAuMjQ5
1zLk9yZ2FuaXphdGlvbi5NZW51QmFzZURhdGEGEEAAAADQQLHgtfIURhdGFCb3VuZGceC18hSXRlbHUwW50ZmR
kAggPDxYGHwEysDkAAQAAAP////
8BAAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLllbbnVpTkumC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhNDdmN2E2M0ZmMEyMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5Gcmft
ZXdvcmsuVUkuTW9kZWxzLllbbnVNb2RlbAAAAAAAQAAAAcFAEEPklPbtfX0JhY2tpbmdGaWVsZA==" />
```

Page 1858

56349... TYzmhBrCAAAcKdF3kyB24uQ21zLkY9UzFuaxpmdGjLUtSTdwWJhW51RGr0PMrEaAAAPE10ZW1JZD5rX19CYW
... NraW5nRmllbGGQZPFBhcmVudElkPmtfX0JhY2tpbmdGaWVsZCJNZW51RGF0YSs8VGVtcGxhdGU+
... a19fQmFja2luZ0ZpZWxkIk1lbnVEYXRhKzxGb2xkZXJJZD5rX19CYWNraW5nRmllbGGQrTWVudURhdGErPEFzc
... 29jaWF0ZWRGb2xkZXJzPmtfX0JhY2tpbmdGaWVsZC1NZW51RGF0YSs8QXNzb2NpYXRlZFRlbXBsYXRlcz5rX1
... 9CYWNraW5nRmllbGGQjTWVudURhdGErPEltYWdlUGF0aD5rX19CYWNraW5nRmllbGGQrTWVudURhdGErPEltYWd
... lT3ZlcnJpZGU+
... a19fQmFja2luZ0ZpZWxkIk1lbnVCYXNlRGF0YSs8VGV4dD5rX19CYWNraW5nRmllbGGQjTWVudUJhc2VEYXRhK
... zxUeXBlPmtfX0JhY2tpbmdGaWVsZCJNZW51QmFzZURhdGErPEhyZWY+
... a19fQmFja2luZ0ZpZWxkJE1lbnVCYXNlRGF0YSs8VGFyZ2V0PmtfX0JhY2tpbmdGaWVsZChNZW51QmFzZURhd
... GErPEFuY2VzdG9ySWQ+a19fQmFja2luZ0ZpZWxkU1lbnVCYXNlRGF0YSs8RGVzY3JpcHRpb24+
... a19fQmFja2luZ0ZpZWxkJU1lbnVCYXNlRGF0YSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGGQjTWVudUJhc2VEY
... XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGGQnTWVudUJhc2VEYXRhKzxJbWFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YSs8SW1hZ2VPdmVycmlkZT5rX19CYWNraW5nRmllbGGQdQ21zR
... GF0YWAxKzxJZD5rX19CYWNraW5nRmllbGGQAAAEAAwMBAAEEAQEAAQADAQAACQkJfl1N5c3RlbS5Db2xsZWN0aW
... 9ucy5HZW51cmljLkxpc3RgMVtbU3lzdGVtLkludDMyLCBtc2NvcmxpYiwgVmVyc2lvbj00LjAuMC4wLCBDdWx
... 0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXX9TeXN0ZW0uQ29sbGVjdGlv
... bnMuR2VuZXJpcY5MaXN0YDFbW1N5c3RlbS5TdHJpbmcsIG1zY29ybGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1b
... HRlcmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1dXSxfR4yb24uQ21zLkNvbW
... 1vbi5Fa0VudWllcmF0b3JwU9k01lbnVEYXRhIPEhyZWY+
... YWN0cywgVmVyc2lvbj05LjauMC4yNDksIEN1bHRlcmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjN
... GZhMjFlNjNiZV1dAQkFAAAA8AIAAAAAAAAqGAAAAAAAAAAAAAAAAAAAAAACQ8AAAAJEAAAAAkOAAAAAQ
... YSAAAADmZsYXRRpcm9u 9uc2hlYXJJ0Be3///
... 8sRWt0cm9uLkNtcy5Db21tb24uRWtfbnVtZXZhJhdGlvbitNZW51SXRlbVR5cGUBAAAAB3ZhbHVlX18ACA0AAAA
... EAAAACQ4AAAGFQAAAAVfc2VyaAAAAAAACQ4AAAuAAAACRcAAAAKAPACAAAAAAABgAAAABuRWt0cm9u
... LkNtcy5GcmFttZXdvcmsuVUkuQ29udHJvbHMuMWlrUm9vd2vUksIFZlcnNpb249OS4wLjAuMC4XJlJP
... W51dXRyYYWwsIFB1Ymxpc0tleVRva2VuPVuPTU1OWEyY2RmMjFlNjJiZV1dAQU2Db24uQ21zLkZyYW11d2
... 9yay5VSS5Db250cm9scy5Fa3Ryb25VSS5HVHJlZUGQUAUAAAHDxEZXN3cjmclwdGlvbj5rX19CYWNraW5
... nRmllbGGQePEltYWdlT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkKjxbWFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkGDxPcmRpbmFsPmtfX0JhY2tpbmdGaWVsZBc8VGFyZ2V0PmtfX0JhY2tpbmdGaWVsZ
... Bc8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZBk8VGVtcGxhdGU+
... a19fQmFja2luZ0ZpZWxkIjxBc3NvY2lhdGVkRm9sZGVycz5rX19CYWNraW5nRmllbGGQkPEFzc29jaaWF0ZWRUZU
... WlwbGF0ZXM+
... a19fQmFja2luZ0ZpZWxkGTxGb2xkZXJJZD5rX19CYWNraW5nRmllbGGQcPENvbnRlbnRVeXBlPmtfX0JhY2tpcpb
... mdGaWVsZBk8TGlua1R5cGU+
... a19fQmFja2luZ0ZpZWxkElRyZWVOb2RlX19RjK19jaG1sZHJlbi1UcmVlTm9kZStaQ2hpbGRRyZW4BdVHlJlZU5vZ
... GUrX2NoaWxkcmVuVTm90TG9hZGVkHFRyZWVOb2RlKzxZD5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPFBhcm
... VudElkPmtfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZSs8Um9vdElkPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs
... 8UGF0aD5rX19CYWNraW5nRmllbGGQpVHJlZU5vZGUrPENhbkhhdmVDaGlsZHJlbj5rX19CYWNraW5nRmllbGGQeV
... HJlZU5vZGUrPFRleHHQ+
... a19fQmFja2luZ0ZpZWxkHlRyZWVOb2RlKzxUeEBlPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZSs8U3ViVHlwZ
... T5rX19CYWNraW5nRmllbGGQgVHJlZU5vZGUrPEFjdGlvbj5rX19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPEVuYW
... JsZWQ+
... a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxWaXNpYmxlPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8U2VsZ
... WN0ZWQ+
... a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxNb3JlPmtfX0JhY2tpbmdGaWVsZChUcmVlTm9kZSs8TmV4dFBhZ
... 2VOdW1iZXI+
... a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxFeHBhbmRlZD5rX19CYWNraW5nRmllbGGQlVHJlZU5vZGUrPENvb
... W1hbmRROYW11PmtfX0JhY2tpbmdGaWVsZC1UcmVlTm9kZSs8Q29tbWFuZEFyZ3VtZW50PmtfX0JhY2tpbmdGaW
... sPmtfX0JhY2tpbmdGaWVsZCdUcmVlTm9kZSs8DbGllbnRRbGljaaz5rX19CYWNraW5nRmllbGGQlVHJlZU5vZ
... ZGUrPENsaWNrQ2Flc2VzVG9dgdJhY2s+a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlKzxDdXN0b20+
... a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxUb3BMZXZlbD5rX19CYWNraW5nRmllbGGQBAAEAAQEBAwMAAQEEA
... AABAQEBAAAAAQEBAQAAAAAAAAAEBBAEBAAMAAQh+
... U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uSW50NjNjQsIG1zY29ybGliLCBWZXJza
... W9uPTQuMC4wLjAsIEN1bHRlcmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1df1
... N5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgMXtbU3lsdGVtLlN0cmluZywgbXNjb3JsaWIsIFZlcnN
... pb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0J
... L0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAQAAAAEBCAkBAQEBAQgBL
... kVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZC1Nb2RlIjdGlvbk1vZGUCAAAAARxTeXN0ZW0uQ29sbG
... VjdGlvbnMuSGZFzaHRhYmxlARGAAAAJDgAAAEAAEDJgAAAEAAAAJFQAAAYbAAAAAzc1MwkOAAAAAzNQx
... AAAAAAAAAAAAACQoJHwAAAAAAFS9GSVMvSG9tZS9QDb250ZW50LXVVLwoAcgAAAgAAAEGDQAAAEgJDQAAAEJ
... AAAYqAAAACzEwNZM3NDE5OTA3A3CQ4AAAAJLAAAAAkAAAAJ1DAAAAAAAACQkuAAAAAAEGLwAAAAsxMDczNzQx
... OTkwNwYAAAAZc1MgkIAAAABjIAAAAPNzUyYjJEwNzM3NDE5OTA3A3AQAAAAAAAAAAAAAAAAAAAAAAAAAAD09ubGluUz

... SBCGwW4ITPbheQk1AAAAcgoBAQAAAAAAAAKCgnL3///2ev/
... wAAAAAGNgAAABEvT25saW5lLUJpbGwtUGF5LwoACgABCwAAAkAAAAJDgAAAAEJDgAAAAMAAAAJFQAAAAY5AA
... AACzEwNzM3NDE5OTA4ACQ4AAAAAJOwAAAAk8AAAAAAAAAAAAKCgk9AAAAAAAGPgAAAAsxMDczNzQxOTk0OTA0
... /
... AAAAAzc1MgkiAAAABkEAAAAPNzUyXjEwNzM3NDE5OTA4AQAAAAAQAAAAAAAAAAQZCAAAAC091ciBOZXR3b3JjC
... SUAAAAKCgEBAAAAAAAAAAoKAbz////a////
... AAAAAAZFAAAADS9PdXItTmV0d29yay8yay9rAAoAAQwAAAACQ4AAAABCQ4AAAAEAAAACRUAAAAGSAAAAAsxM
... DczNzQxOTTkwOQkOAAAACUoAAAAJSwAAAAAAAAAAAAAAcgoJTAAAAAABk0AAAALMTA3Mzc0MTk5MDkwCgTgAAAA
... M3NTIJIgAAAAZQAAAADzc1Ml4xMDczNzQxOTk0OTkwCQEAAAAFAAAAAAAAAAEGUQAAAAA9NeUNlbnRlR1cmFFIZWFsdGgg
... JJQAAAAoKAQEAAAAAAAAAACgoBrf///9r///8AAAAAAB1QAAAARL015Q2VudHHVYUHlYWx0aCRKAAoABA8AAAAB+
... U3lzdGVVtLkNvbGxlY3Y3Rpb25kYn2cmd3h5Wml+aSqDMkuRZtTeXN0ZW0W0uW50lbnRlcmFfIZWFsdGg
... W9uPTQuMC4wLiAsIEN1bHR1cmVVbHb9hJIhbCwgUHVibVbjlvjS2V5VG9yZW49YjclY3JNTY0yOTYjb3Tb3IdV1bdAW
... AAAZfaXR1bXMFX3NpemUIX3Z1bcNpb24HAAAxJCAgJVQAAAAEAAAAbABAAAABBAAAAB/
... U3lzdGVVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uU3RyaW5nLD5nFfICBtc2NvcmxpYiwgVmVyc2
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUw0DlkXQ
... MAAAAGX2l0ZW1zZV9zaXplX192ZXJzaW9uBwAAMSQgIWVQAAAAEAAAAbABAAAAB/
... 0aW9ucy5HZW5lcmljLkxpc3RgW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc2lvbj00LjAuMC4wLCBDdWx0
... cm9uLkNtcy5Db250cmFkdsFMsIFZlcnNpb245O49wLjAuMjQ5Q5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2
... VRva2VuPWI3N2E1YzU2MTkzNGUwNDVkXQMAAAAGX2l0ZW1zZV9zaXplX192ZXJzaW9uBwAAMSQgIWVQAAAAEAAAAbAB
... MuT3JnYW5pemF0aW9uLkldNZW51SXRlbbUdRGFbXQUAAAAaICAlXAAAAABAAAAAQAAAABHQAAAAK8AAAAAJWAAAAAE
... AAAAAABAAAAR4AAAAQAAAACVYAAAAAAAAAAAAAAEfAAAABAAAAa1AAAAAAAAAAABAAAAAAaAQAAAAB4AAAA3AAAAJW
... AAAAAAAAAAAAAS0AAAAQAAAACVYAAAAAAAAAAAAEuAAAABAAAAAa1AAAAAAAAAAAAABOwAAAAA8AAAAJW
... wAAAAAAAAAAAAAAAATwAAAAQAAAACVYAAAAAAAAAAAAAE9AAAABAAAAAa1AAAAAAAAAAAAABSgAAAA8AA
... AJVwAAAAAAAAAAAUsAAAAQAAAACVYAAAAAAAAAAAAAPFMAAAABAAAAAa1AAAAAAAAAAAAAPVQAAAAQ
... AAAAAAAAAAAS0AAAAQAAAACVYAAAAAAAAAAAAAARVgAAAAAHVwAAAABAAAAABAAAAQlRWt0
... cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtRGF0YU9UQUAAAAIZAAAAllAAAACwYAAAAZwgAAAAW9
... AAAAkzAAAAAAAAAAAAAAAAAAAdaAAAAAEAAAAAAAAAAAQBCZFa3Ryb24u2uTzLk9yZ2FuaXphdGlvbi5Jzen
... ZYW11ld29yKL0ZJUy9Ib2l1L0NvbnRyY3QtVXMhCRUAAAAGSAAAAAaxAAAAzQAAAAAA0KAAAABAAAAAlxAAAAQCDxAgA
... AAAAAzA4AAAAES9PbmxpbmUtUtQmlsbC1QYXkvcvlCRUAAAAGAAAAAAAGTAAAAAAGTAAAAAAFAFAAAABA/
... AFmAAAAAAAAT2GAIAAAADwgAAAAAAAAAkOAAAAAAAACTsAAAAJPAAAAAAAAAAACTsAAAAJPAAAAAAAAAAAAAACwAAAJLQAAAA/
... /t////
... BAAAAAz4AAAAES9PdXItTmV0d29yay9JFQAAAAYAAAAAAxAAAACQ4AAAAACAAAACQ4AAAAEAAAACVUAAAAAWCAA
... AAIAAAAhQYAgAIAAADwAgAAAAAAAAAkOAAAAAAAAJSgAAAAllAAAACQ4AAAABCVEAAAABCVEAAABdf///+3///
... 8EAAAABowAAAARL015Q2VudHVyUHlYWx0aCDwgAAAAAAAAAACQ4AAAAEAAAAEAAAACY7AAAAAKAAAAAAAAA
... AAXEAAAAXAAAAACZAAAAAAAAAAAAAF7AAAAFwAAAACQAAAAAAAAAAAAABhQAAaABAgAAAAAKGAAAAAZkAAAA
... AAAAAYEAAAAAXAAAAACZAAAAAAAAAAAAAABCVFa3Ryb24u21zLkOyZ2FuaXphdGlvbi5JTWVudUl0ZW1
... i5JTWVudUl0OZW1EYXRhRhQAAAACsfAmcfAwIEZYZCYZg9kFgIACAQ9kFghmD2QWAmYPFQFMVFOL2QV
... RhY3QtVXMvCNvbRnRhYX29XVMKQ29udGFjdC1Vc29jZCAQ9kFgJmDxUBXwf9gwJMd29kDSF9PbmxpbmUt
... C091ciBOZXR3b3JrLlJzAIlDD2QWAmYPFQ1PYUFQbXFPLWQ9VAVlo+T3VyLW51bGdldHdvcmsvC
... Jr091ciBOZXR3b3JrLlJ1YXJhIAIDQag8PFgIeCEltVVzdHJlbmdZ25mQ2ludFJyaGsrZXEj2hcHVCCQ9kFgJmDxUBXwf9gwJMd29kDS
... 2jvK2FuaXphdGlvbi5Jc3JgTXlDbGF1dGhvcml0eSQ9kDSFBHBUQtVmFzY3sYXItdV2iLnBuZZ2R
... kAgQPZBYCAgIPDxYGHwEy/7sBAEAEAAD/////
... AQAAAAAAAAAMAgAAAAFxFa3Ryb24u21zLkZyW11d29yay05VSwgVmVyc2lvbj05LJAuMC4yNDksIEN1bHR1cmUc
... mU9bmW1dHHJhbCwgUHVibGljS2V5VG9rZW49Yj3c5YzY2YTIxNjjNiZQUBAAAAAEVrdHJvbi5DbXMuRnJhbWVVb3
... V3b3JrLlVJLkdvscy5NZW51TW9kZWwgPWFAAEAEzxJZD5rX19CYWNrLw5NRTllR29kQ0
... hY2tpbmddGaWVsZBY2BXSXlbrXM+
... a19fQmFja2luZGVkZWQwZpYjQuUjcj5rX19CYWNrY3Vl+
... a19fQmFja2luZGVkAAMEAQAEJpAFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YXYDFbwW0vrdHJvb
... i5DbXMuT3JnYW5pemF0aW9uLkNYXN1RGF0YXSwWgRWt0cm9uLkNtcy5Pcmdhbbml6YXRpb24.JQU9idGlvbj00Lg
... 4wLjAuMjQ1LzLkZyYW1ld29yay5VSS5UCU1lbVlLkWUAaAwAKBU3lzdGVtDVVdlNgBAgAIAAADwAgAAAAAAAAA
... AAAAJBAAAAAoADAUAAABBZRWt0cm9uLkNtcy5Pcmdhbml6YXRpb249Lz0wLjAuMjQ5LzLkZyYW1
... W5ldKRyYWwsIFB1YmxpY0tleVRva2VuPTIxTzYyYmUEAwAAAKQBU3lzdGVtLkNvbGxlY3Rpb25
... 5zLkdlbmVyaWMuTGlzdGAxW1taJQ9FuaXphdGlvbi5Jczlvbj00LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJ
... DbXMuQ29udHJhJHJzLkZyYW9wYuPTkuMC4wLjI0OSwgQ3VsdHVyZTluZXV0cmFsLCBQdWJsaWNLZXl
... bj01NTlhMMM0ZmEyMWU2M2JlXV0DAAAABI8AAAAAAGNpdcvcVcc216ZQhfdmVyc2lvbgQAACERrb24u
... 2FuaXphdGlvbS51NZW51jQmfZZURhdGFbXQUAAAAICAkGAAAAAAAEAAAAAAAAAAaF9Fa3Ry9Fa3RyNGUwO0Q
... CAgCAAAAACQcAAAAEAAAAbAAAAAAcGAAAAAAAEAAAAAAAAAAAEEAARCRFa3Ryb24u24wLjAuMjQ21zLkZyWW
... PTGlzdGAxX922XJzaW9uBaAAAKEVrdHJvbi5DbXMuRnJhbXUVJyLlVJLkdyvCswxMaXN0YDErll0dCmAAAA
... CAgCAAAAACQcAAAAEAAAAbAAAABAAAAEAAAAEAAAAAAzRCRFa3Ryb24u24wLjAuMjQ21zLkZyYW1ld29yay5VSS5
... 1UcmVlVm9kZQIAAAACQQkAAAAASwAAAAAAAAAAAAAAAAAAAAANAAAAAWNAAAAWW1ld29yay5VSVLCBCWZXJzaW9uBaAAA
... uPTkuMC4wLjI0OSwgQ3VsdHVyZTluZXV0cmFsLCBQdWJsaWNLZXJsaWNLZWsaWNLZWZXJzaW9uBaAAA

56349… AAAjM4ocm9uLkNtY5bcmdiub m1yVlluURhUGEYAAAAF2UdGdvESWQ/
… a19fQmFja2luZ0ZpZWxkGTxQYXJlbnRJZD5rX19CYWNraW5nRmllbGGQiTWVudURhdGGErPFRlbXBtfX
… 0JhY2tpbmdGaWVsZCNZW51RGF0YSs8Rm9sZGVySWQ+
… a19fQmFja2luZ0ZpZWxkK0lbnVEYXRhKzxBc3NvY2lhdGVkRm9sZGVycz5rX19CYWNraW5nRmllbGGQiTWVud
… URhdGErPEFzc29jaWF0ZWRVZW1wbGF0ZXM+a19fQmFja2luZ0ZpZWxkI0llbnVEYXRhKzxBwFnZVBhdGg+
… a19fQmFja2luZ0ZpZWxkJ0llbnVEYXRhKzxBwFnZU92ZXJyaWRlPXmtfX0JhY2tpbmdGaWVsZCNZW51QmFzZ
… URhdGErPFRleHQ/
… a19fQmFja2luZ0ZpZWxkIk1lbnVCYXNlRGF0YSs8VHlwZT5rX19CYWNraW5nRmllbGGQiTWVudUJhc2VEYXRhK
… zxIcmVmPmtfX0JhY2tpbmdGaWVsZCNZW51QmFzZURhdGGErPFRhcmdldD5rX19CYWNraW5nRmllbGGQoTWVudU
… Jhc2VEYXRhKzxBbmNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGGErPERlc2NyaXB0aW9uPmt
… fX0JhY2tpbmdGaWVsZCNZW51QmFzZURhdGGErPE9yZGluYWw+
… a19fQmFja2luZ0ZpZWxkK0llbnVCYXNlRGF0YSs8SXRlbXM+
… a19fQmFja2luZ0ZpZWxkJ0llbnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCtNZW51QmFzZ
… URhdGErPEltYWdlT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkRGFsMSs8
… a19fQmFja2luZ0ZpZWxkAAABAAMDAQABBAEBAAEAAwEAAAkJCX5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpY
… y5MaXN0YDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
… FsLCBQdWJsaWNLZX1Ub2tlbj1iNzdhNWM1NjE5MzRlMDg5XV1/
… U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
… 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQ
… EsRWt0cm9uLkNtY5Db21tb24uRWtFbnVtZXJhdGlvbitNZW51SXRlbVR5cGUNAAACjlAVN5c3RlbS5Db2x
… sZWN0aW9ucy5HZW51cmljLkxpxpc3RgMVtbRWt0cm9uLkNtY5Pcmdhbml6YXRpb24uU3ltYm9sV3JdGVyYSwg
… RWt0cm9uLkNtY5Db250cmFkHMsIFZlcnNpb249MC4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY
… 0tleVRva2VuPTU1OWEyZmRYTIxZTYzYmVdXQEJBQAAAOsCAAAAAAAAKgAAAAAAAAGDgAAAAAAAAAAAAAA
… kPAAAAACRAAAAAJDgAAAAEGdgAAAA5mbGF0aXZpbnNooZWFQAXt/////
… LEVrdHJvbi5Db3NtuQ29tbW9uLkRTb3M5c1bWVvzYYXRpb2F0YWtfX0JhY2tpbmdGaWVsZ CNZW51ZV9fAAgNNAAAB
… AAAAAkOAAAABhUAAAAAFX3NlbGGYqAAAAAAAAAAAkOAAAAAkkXAAAAACpDrAgAAAAAAAAAAYAAAbkVrdHJvbi
… 5DbXMuRnJhbhbWV3b3JrL1VJLkNvbnRyb2xzKzxMFQSZWxaZaW9uP5kuPTkuMC4wLCBQdWJsaWNLZXlUb2tlbj01
… uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NLTlhMmUZmMyMjFhMTJlNjNiZVvXQAAAAARWt0cm9uLkNtY5Gcm
… cmsuVUkuQ29udHJvbHMrRW50aWxpbnRlaWdodHAzlrAAAAAAB8R5GVzY3JpcHRpb24=
… a19fQmFja2luZ0ZpZWxkIjxJbWFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVsZCBo8SW1hZ2VQYXRoPmtfX0JhY
… 2tpbmdGaWVsZCBz8T3JkaW5hbD5rX19CYWNraW5nRmllbGGQXFBFRhcmdldD5rX19CYWNraW5nRmllbGGQXPEl0ZW
… 1JZD5rX19CYWNraW5nRmllbGGQZPFRlbXBsYXRlPmtfX0JhY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEZvbGRlrlcnM
… +a19fQmFja2luZ0ZpZWxkRDxbc3NvY2lhdGVkVGVtcGxhdGVzPmtfX0JhY2tpbmdGaWVsZCBk8Rm9sZGVySWQ+
… a19fQmFja2luZ0ZpZWxkHDxbZ250W50aWwzT5rX19CYWNraW5nRmllbGGQXPExpbmtVeXBlPmtfX0JhY2tpbmdGaWVsZCBtb
… mdGaWVsZBJUcmVsVlTm9kZSTY7phpbGRryZW4VVHJlZU5vZGUrZHrzcmNonOoaWxkcmVuuGLRyZWVOb2RlRlX19jaGlssZH
… Jlbk5vdEVxYWRlZBxUcmV1Tm9kZSs8SWQ+
… a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxQYXJlbnRJZD5rX19CYWNraW5nRmllbGGQVHJlZU5vZGUrPFJvb
… 3RJZD5rX19CYWNraW5nRmllbGGQVHJlZU5vZGUrPFBhdGg+
… a19fQmFja2luZ0ZpZWxkI1RyZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGGQVHJlZU5vZGUrPFJhbms+
… a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDYW5IYXZllQ2hpbGGRyZW4+
… a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxUZXh0PmtfX0JhY2tpbmdGaWVsZCB5UcmVlTm9kZSs8VHlwZT5rX
… 19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPFN1YlR5cGU+
… a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlKzxBY3Rpb24+
… a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCBFUcmVsTm9kZSs8Vmlsa
… WJsZT5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPFN1bGVjdGVkPmtfX0JhY2tpbmdGaWVsZCB5UcmVsTm9rZ
… s8TW9yZT5rX19CYWNraW5nRmllbGGQoVHJlZU5vZGUrPE5leHRQYWdlTnVtYmVyPmtfX0JhY2tpbmdGaWVsZCZ
… UcmVlTm9kZSs8RXhwYW5kZWQ+
… a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGGQVHJlZU5vZGUrP
… ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllbGGQnVHJlZU5vZGUrPFNlbGVjdGlvbk1vZGU+
… a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxOYXZpZ2F0ZVVyblB5rX19CYWNraW5nRmllbGGQnVHJlZU5vZGUrP
… E9uQ2xpZW50Q2xpY2s+
… a19fQmFja2luZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0NhdXNlc3Bvc3RiYWNrPmtfX0JhY2tpbmdGaWVsZCBCUc
… mVlTm9kZSs8Q3VzdG9tPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8Vmlsd9TGV2ZZWw+
… a19fQmFja2luZ0ZpZWxkAQAABAAEBAQMDAAEBBAAAAAEBAQAAAAAEBAAQAAAAAAAABAQQBAQADAAEIfln5c3Rlb
… S5Db2xsZWN0aW9u0aW9ucy5HZW51cmljLkxpxpc3RgMVtbU3lzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00Lj
… AuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXX09TeXN0ZW0
… uQ29sbGVjdGlvbnMuR2VuZXJpY5JpY5MaXN0YDFbWlN5c3RlbS5TdHJpbmcsIGlzY29ybGliLCBWZXJzaW9uPTQu
… MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1dcS9Fa3Ryb
… 24uQ21zLkZzeW\1ld29yay5VSS5UcmVvLlRyZWVOb2RlQ29sbGVjdGlvbg1IAAAABAQgJAQEBAAEIA5Fa3Ryb2
… zLkhhc2h0YWJsZQEYAAAACQ4AAAABCQ4AAAABAwAACRUAAAAAgGwAAAM3NDgJDgAAAAAAAkdAAAACR4AAAAAAAA
… AAAAAoKCR8AAAAAAAYgAAAAzc0OAYhAAAAAzc0NwYiAAAAAzc0NwYjAAAABzc0N143NDgAAAAAAAgAAAAAA
… AABBiQAAAAPT3VyIFFNwZWNpyW4oaWVzBiUAAAAAU3iTWVudQoKAQEAAAAAACgoF2v///
… y5Fa3Ryb24uQ21zLkZyYW1ld29yay5VSS55UcmVlLlRyZWVOb2RlKzxSdWJ0b25Nb2RlRlAgQAAAAd2YWx1ZV9fAAgCAA
… AAAAAAAAYnAAAAHi9SSVMvVGVtVHRSG9YTdZSDYXJkaW9sZsb2d5LVVLlcnZpY2VzLwoACgABAAAAAIDgAAAAEJDgA
… AAAIAAAAJLzkZYW1ld29yay5aAAAAcz00QkOAAAAAAAAAAAAAYQY1ZAAAAAcgoJLpAAAAAEABi8AAAADNzQ5BjAai
… AAADNzQ3CbQIAAAAAAAAAAQQY1ZAAAAACR4AAAAAAYAAAAAAQY1Zc0N143NDgBAAAAgAAAAA5
… gEBAAAAAAAAoKAcv////a////

AAAAAQ2FkAAHS9cGSVmvSG9tZS9RdWvNUU9JC11Qcm9jaWRncUcMMVCgAAAAB3Gd1Q4AAAQkOAAAAA
wAAAAkVAAAABjkAAAADNzUwCQ4AAAAJOwAAAAk8AAAAAAAAAAAKCgk9AAAAQAGPgAAAAM3NTAGPwAAAA
M3NDcJIgAAAABZAAAABzc0N143NTABAAAABwAAAAAAAABBkIAAAAbRm9yIFBhdGUllbnRzICZhbXXATIEZhbWVl
saWVzCSUAAAAACgEBAAAAAAAAAoKAbz////a////
AAAAAAZFAAAAFy9GSVMvvSG9tZS9Gb3IttUGF0aWVudHMvCgAKAAEMAAAACQAAAAkOAAAAAQkOAAAABAAAAAkVA
AAABkgAAAALMTA3Mzc0MTk4NzU1IzU4NzUJDgAAAA1KAAAACUsAAAAAAAAAAAAAoKCUwAAAABAAZNAAAACzEwNzM4ND
E5ODc1Bk4AAAAADNzQ3CSIAAAAAGUAAAAA83NDdeMTA3Mzc0MTk4NzUBAAAAHgAAAAABIlEAAAAVSGVhbHHR
oICZhbXA7IFdlbGxGGxuZXNzCSUAAAAAKCgEBAAAAAAAAAoKAa3////a////
AAAAAAZUAAAAHi9GSVMvvSG9tZS9IZWFsdGg-LWVldlbGxuZXNzC9NCgAKAAEMAAAACQAAAAkOAAAAAQkOAAAAABAAZ
GlvbnMuR2V2uXzXJpYy5MaXN0OYDFbW1N5c3RRlbS5BJnQ2NCwgbkNjSvsaWISIFZlcnNNpb249NC4wJLjAuMCwgQ3
VsdHVyZT1uZXXV0cmFsLCBQdWJsaWNLZXlUb2tlbm51bGwhNWM1lNjZIMDg5dG5NwEmUXJl1A4DAAAABI9pdGVcwVfc2l
6ZQhfdmVyc2l1vbgcAAAkICAlVAAAAAQAAAAEEAAAEEAAAH9TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5M
aXN0YDFbW1N5c3RRlbS5TdHJpbgmcsIG1zY29yZGlpLCBWZXJzaW9uPTQUMC4wLjAsIENbbHRscmU9bmV1dHJhbGhJ
CwgUHVibGljjGS2V5VG9rZW49Y3jc3YTNYjNYYmFXJlZ2OTF0MDlzYWNnMDlfWGVXbXBYNzNpN2lbwWVydWdl
AICAlWAAAAAAAAAAAAAAAEFwAAAAKUBU3JlzdGVLkNvbGxlY3Rpb25zLkdlbmVyaWMuTUGlzdEAxhFa3Ryb2
uQ21zLk9yY2Z2FuaXphdGlvbi5Glvbi5JTWEVYRlhCQFa3Ryb24yuQ21zLkdlbnRyNy0llHRvnRrbVeyWW0cqwVyc2lvb
LjAuMC4yNDXksIEN1bHRlbHMcmsdmJhcCdvGUHVibGljjGFlXWLlcklbRnRbXMyUIX3ZlcnNpb249NTU5TY5TY5TjNXJl
AZfaXRlbXMpX3NpemUleMfaXRlbXNfdmVyc2lvbgcAAkkICQlVAAAAAQAAAAEEAAAEEAAAHcm9hdGlvbi5JTWEVYRlhC
tdBQAAAAgICVcAAAAEAAAABAAAAAEEdAAAAAAAAAAIYAAAAAvAGFkAAAAAAVJVgAAAAAAAAAAAAAAAA
AAR8AAAAEAAAACVoAAAAAAAAAAAAAAAAAAAAEsAAAAAAA1bAAAAAAAAAAAAMAAAAlbBLQAAAAAAAAJVgAAAAAAAAAAAAAA
AAAAAS4AAAAEAAAACV0AAAADAAAAAwAAeE7AAAADwAAAAAleAAAABPAAAAATwEAAAJPAAAAAVgAAAAAATBABXCZFa3R
yb24yuQ21zLkZyYW1ld29yay5VSSS5UcmVlVlLklUcmVlTm9kZQIAAAAJaAAAAAlpAAAAAAKD14AAAAKD14AAAK
CQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAHYAAAAABAAAAAEAAAAQmRWt0cm9uLkNtcy5GyCmtFtXdvcmsuVUkuVHJlZS5JVHJlZS5JVHJlZVRvZGUCAAAAWsAAA
AJbAAAEtAAAEtAAAACW4AAAAw4AAAApwAAlRdWljc1lCEXAeXGcjZ2pAAAAJcsAAAAlpAAAAAJB2AAAAAJAQ
AAAAEJkVrdHJvbi5Dbbxvi5JbWhkVW1VHNbWFYTUVYRlhWV01cm9uLkNtBUQRdWbnVtaW5pbBwAAAA4AAAAQlpAAAAAAQ
AAAAAWQAAAAAIAAAADrAgAAAAAAkOAAAAAAAAAAAAAJHQAAAAeAAAAAAQ4AAAABCSQAAAAAAg
////+3///
8EAAAABn4AAAAdRk1TL0hvbWUvUVvQ2FyZGlvbG9G9neS1TZXJ2aWNlcy8fJFAAAACoAAAAAAAAACQ4AAAABAAAAACYE
AAAAKAOwCAAAAAAAAAAAAWUAAAAIAAAAA7QIAAAAAAAkOAAAAAAAAAAAAAJLAAAAAktAAAACQ4A
AAABCTMAAAAABef///+3///
8EAAAABogAAAAAAARkTL0hvbWUvTWVvldC1PdXItUHJvbWlkZXJzLwkVAAAAKgAAAAAAAAAAJDgAAAA1AIAAAJiwA
AAoA7QIAAAAAAAABZgAAoA1UAgAAAAAAsCAAAAAAACQ4AAAAAAAAAAk7AAACTwAAAAJDgAA
AAEJEJQgAAAAFv////7f///
wQAAAAGkgAAABZGSVMvSG9tZS9tZS9Gb3ItUGF0aWVudHMvCRUAAAAAKgAAAAAAAAACUoAAAAAAAAoOAAAAAAAAAMVAAAAACgDuAg
AAAAAAAAAnFaAAAAACVrAAAADrAgAAAAAAkOAAAAAAAAAAAAAAACUoAAAAJSwAAAAAAAAQlRAAAAg
AAWX////t////
BAAAAAacAAAAHUZJUy9Ib21l11L0hl1YWx0aC1hbmQtV2VsbG5lc3MvCRUAAAAKAAAAAAAAAAOAAAAAAAAAABAAAAAmfA
AAACgBjBgCAAgAAAAAFoAAAAAIAAAAkOAAAAAAAAAAAAAkVAAAAACVaAAAADrAgAAAAAOsCAAAAAAA
AAADNzQ5Q5CSIAAAAGUAAAAABZ83NDdeNzQ5X2JEwNzM3MDAZNDI3MjJgEzAAAAFE1vbDJYYSBFvSBSB
cmVzc21lbnUsIE1BOBqs2AAAAAAAAACgoBVP////9r///
8AAAAABgAAAAlL0L0ZJUy9PdXItU2l2aWFWF5Wcugy9NBr25pY28Y2EtR3Jlc1RjR19Jc1Nv5W51LwoKAAEMAAAA
AAAAAJDgAAAAEJAAAAAAAAAAAAAEEABAAEBEArAnAAUyQ5PdXIt
MTA3NDNNDOQG5QXUAAAADOA3NDItCAAAZPU2xDBmXU3dclAWAkUxNjIAACaQQASQJswWAAAAAAGrBQAAAJ
W4g4V4v2r2xlsciwgTUQJQwJwAAAAAXXuCKAAAAQAAAAACgoBRvb////9r///
8AAAAABrsAAAAAAqL0ZJUy9PdXIt9PdXIt9PdXIUGh5c2ljjaWFu9Fucy9NZWZDbeMCcSlljwiwtUFVQvCgAAAAK
AAAADAGvGvAAAUxNj1ILQ1N0AAAANDNkJIgAAAAgFDAAAADNzQ3CSIAAAAHGUAAAAA83Q4ZZMQOAXM4AAAAGgDr
ODICAAAAAAAAABBtUAAAANUGF0aWVudHM0C0N143NDl1eMTA3NDNDcYQjAAAAsgYAAAAAWL1YmxjJjYSAAAA
AATS2ltYmVybGVgQUmlbWVyLCCBOUAmrAAAAACgBAQAAAAAAAAACgoKCgE4////2v///
wAAAAAGyQAAAAAOvRk1TL091ci1jaWQHlzaWNhaW5nWN5Y1L011ZXQS2lt1YYbmbHUmbVWyLClUC8KAAAAWsAAAAA
AAAAAAAJDgAAAAEJAAAAAAAAAAACUoAAAAAAAAoOAAAAAAAAAAAWgAAAAACA5Acc8qGOc3OTg4MgkOAAAAAAAAAAAAA
AAACgOJBuAAAAAgQmlsbGGluGsZZnVuZmsYmV9YWNyaXBoeXNpbCj/////9r///
8AAAAABrsCAAAAgL0JpbGxpYmdbmCtYW5lcmGsY3kgyzRKAAoAAAWcugyyJzcmidkLOAW4r2xclwgVU1cygTUQJQ
AAAAAAAA4A4AFVvCaWcnCwgTUQWKAAAAWxiCaAAAALUxlYYANDNkJBdbyAAA8YyXcmlLjg0NTAQlUQu
AAALMTA3Mzc0MTK4DQMG4QQAAAAM3NTAQJUgAAAAByAAAAbyAAAEzc0N143NTBkeMTA3Mzc0MTk4NzMQOMCAAAAQAQ
v///9r///
8AAAAABucAAAAgL0JpbGGKxpbmcctYW5lcmGsY3lkckKAAoAAAWcugyyJzcmidkLOAW4rclwgTUQJQwJwY8YyXcmlLjg4N
AAALMTA3Mzc0MTK4DQDG8AAAAM3NTAGJQAAAAAbyAAAABZc0N143NTBeMTA3Mzc0MTK4DQAAAAAgAAAAAA

56349... AABBvAAAAvUHGPy2h2gyAmYW1wOyBRdWFSdxR8cSuAARAAKCgBAgDAAAADkRQv/7/7///
... AAAAAAb2AAAALy9mb3 ItcGF0aVugHMtYW5kLWZhbHbW0zVzL3ByaWNpbmpbmct YW5kLXF1YWxpdHkvCgAAAAFuA
... AAACQAAAAkOAAAAAkOQAAAABAAAAAkVAAAABvkAAAALMTA3Mzc0Ck4OdYJDgAAAAn7AAAACfwAAAAAAAAAAAA
... AAAAoKCf0AAAAAAAb+
... AAAACzEwNzM3NDE5ODg2Dg2Bv8AAAAADNzUwCSIAAAAGAQEAABM3NDdeNzUwWxjEwNzM3NDE5ODg2AgAAAABMAAAAAAA
... AAAAQYCAQAAEkFkdmFuY2Ug2UgRGlyZWN0lcwlAAAACgoBAQAAAAAAAAAAAKCgH8/v//2v///
... wAAAAAGBgEAABQvQWR2YW5jZS1EaXJlY3RvcnAAAAAAAAAAJDgAAAAEJDgAAAAUAAAAJFQAAAA
... YIAQAACzEwNzM3NDE5ODg4CQ4AAAAEJgCEAAAkLAQAAAAAAAAAAAAAAKCgkMAQAAAQAGDQEAAsxMDczNzQxOTg
... 4OAYOAQAAAAcc1MAkiAAAAABvkAAAAABhBAAATNzQ3Q3Xjc1MF4xMDczNzQxOTg0dXJ40AYOAQAAAAxc1MAkiAAAAABhBAAAAAAAAAEGEQEAABRDZW50
... dXJhIEhlYmFA+B80Fd4CgoBMSU5LUwk1AAAACgoBAQAAAAAAAAAAAAKCgHt/v//2v///
... wAAAAGFAEAABYvQ2VudHVyYS1IZWJyLYRWLmZsbVrEwNzcQAAAAkOAAAAAQkOAAAAAQkOqAAAAAAbEAAAAAA
... AAAbcBAAALMTA3Mzc0MTk4ODktHAAUDKZAQAAAkMAQAAAAAAAAAAAAAAAoKCRsBAAAAAAYCAQAACzEwNzM3NDE
... 5ODg5Bh0OBAAADNzUwCSIAAAAGHwEAABM3NDdeNzUwWxjEwNzM3NDE5ODg5AgAAAABoAAAAAAAAAAQYgAAQAD015
... Q2VudHVyYy1IZWJyLVd4RmxiWgoAaAklAAAACgoBAQAAAAAAAAAAAAKCgHe/v//2v///
... wAAAAGIwEAABEvTX1DZW50dXJhSGVicmV1LHRveVWbpvdGZ1ZWFhdbAAAAAJDgAAAAEJDgAAAAxAAAAJFQAAAAYmAQ
... AACzEwNzM3NDE5ODkwCQ4AAAAEJAEAAAkKAQAAAAAAAAAAAAAAAAKCgkqAQAAAKwEAAAAAAAAAAAAAAAAKwEAAAAEGLwEAAAA
... AAAAzc1MAkiAAAABzAAAAAlc1MF4xBAAATNzQ3Q3Xjc1MAIAAAAbAAAAAAAAAAEGLwEAAAAN9ZWRPY2Fs
... IFJlY29yZHHMJJQAAAoKAQEAAAAAAAAAAAAAAAAACgoBz/7//9r///
... 8AAAAAABjIBAAAARLOl1ZGZljYWwYUmVzvcmBAWNvcmQyAjkcy8KAAAAUIAAAAACQ4AAAAXIAAAAAAAAAAAAA
... AAAAsxMDczNzQxOTg5MgkOAAAAEJgIYWGQEAAATNzQ3Q3Xjc1MAgIAAAABmcAAAALMTA3Mzc0MTk4OTI4TIG
... OwEAAAAM3NTAIJqAAAAC9QAAAEzc0N143NTBeMTAxMDQ3OTQtMkIAAAAgBwAAAAAAAAAABBj4BAAAAUgF0aWbAAAAAA
... CBCaWxsG9mIFJpZZ2h0cyAmYMlwOYBSZZXNwb25zZaWJpbGl0aWVzClAAAAAACgEBEAAAAAAAAAAAKAcD+///a///
... //
... AAAAAAZBAQAALS9QYXRpZW50LUJpecGwtbytYTUlnaHRzLWFuZCYUZuNwb25zaWJpbGl0aWVzLVcoAAAAAAAAAAA
... AkaAAAAJDgAAAAEJDgAAAAkAAAAJFQAAAAZEAQAACzEwNzM3NDE5ODkzCQ4AAAAEJRgEAAAAlHAQAAAAAAAAAAAA
... AKCglIAQAAAAAASQEAAAAZAAAAAkBAAAABxAAAAASw8KZMwJJJicFrSDQ3QTExQ3Xjc1MF4xOCAAAAACRgCgV/v//2v//
... /
... wAAAAGUAEAAACOvRm9ybVBbhdGllbnRzL1VzLWFuZC1SZWFwb25zaWJpbGl0aWVzLVcoAAAAAAAAAAXAAAAAQxAA
... AJAAAACQ4AAAAABvkAAAAABAAAAAGwEAAAARUAAAACRUAAAGUwEAAAs1MDczNzQxOTg5MyNgkOAAAAxDQ3QTExQ3Xjc1MF4
... ACgoJVwEAAAEBlgBAAALMTA3Mzc0MTk4OTNgkiYGWGQEAAAsxMDczNzQxOTg5M3NgxDQ3QTExQ3Xjc1MF4xMDczNzQxOTg5M3
... NDE5ODc1XjEwNzM3NDE5ODYDc2AgAAAABAAAAAAAAAAAyQ8CAQADkhlYWY1GSiaYXRxRzCSUAAAAKCgEBAA
... AAAAoKAaL+///a////
... AAAAAAzfAQAAEC9ZWFsdGgtQW5kLVNhYmV0eS1XZnRoLVcoAAAAAAAAAkiaGVZXLOACRUAAAAGYEAA
... AsxMDczNzQxOTg5N3kOAAAAkWCWBAAAJZQEAAACgoJZgEAAAEBmcBAAALMTA3Mzc0MTk4OTRBmcAAAALMTA3Mzc0
... MTk4OTNgkiAAAAAFwxSWY1kGh5TCSUAAAAKCgEBAAAAAAoKAqZcYEAAEBmcBAAALMTA3Mzc0MTk4OTNgcAAAAAAAA
... AAQZrZAAACUNhZs0pVsbAklAAAACgoBAQAAAAAAAAAAAAKCgCgCGx/v//2v///
... wAAAAGBgEAAAsvQFmZVdlbBdGwoLwoCgBdgAAAkAAAAAkAAAAJDgAAAAEJDgAAAAMAAAAEJDgAAAAEJDgAAAmAAAAMAAAAEQAAACEwN
... M3MDNE5ODc5CQ4AAAAEJCgl1AQAAAAaBlgBAAALMTA3Mzc0MTk4TMzc0O0MT4NzVeMTA3Mzc0MTk4NzkCAAAAAGEA
... AAALVRyaYVQACUNhZs0pVsbAklAAAACgoBHP7//a////
... AAAAbn0BAAANL21Ucm1lhZ2UtUQxXQVBwLWZvcm0gAAAAAJDgAAAAEJDgAAAAxAAAAJFQAAAAaAQAAACzE
... wNzM3NDE5ODgwCQ4AAAAEJggEAAAAmDAQAAAAAAAAAAAAAAKCgmEAQAAAQAGhQEAAAsxMDczNzQxOTg4MAaAAGAQAA
... CzEwNzM3NDE5ODgwCQ4AAAAEJCgl1AQAAAMT0czM3NDE5ODgw3NgxDQ3QTExQ3Xjc1MF4xO2AAAAAAAACBB
... okBAAAOSGVhbHRoRoIExpYnJhcnkJJQAAAoKAQEAAAAAoKAQEAAAAoBgdf7//9r///
... 8AAAAABowBAAAAQLOhlYWx0aC1MaWJyYXJ5LUwoCgBvgAAAAAkAAAAYsAAAAAAAYAAAAAAAYBnBdhAAAAAAAAAAAC4AAAAAy4AAAAC
... BAAAAAwWAAAAAAAAGzAAAABwQAAAAAAAABnBdhAAAAAAABwQAAAAAAAB6AAAAAAAAAAC4AAAAAy4AAAAAc4AAAAA
... CVoAAAAAAAAAAGzAAAABwQAAAAAAAYBwQAAAAAAJWgAAAAAAAAAc4AAAAAc4AAAAc4AAAC4AAAAAc4AAAAew
... AAAAAACWEAAAAAAAAAHt4AAAAAAAAAB7gAAAAQAAAAJmgEAAQAAAAAfsAAAAAAAAAB+gAAAAAAAAB/gAAAAAAAAB
... AfsAAAAAAAAABAAAAAAAHeAAAAAAAAAB8AAAAAAAAB7gAAAAQAAAAew
... QAAAAQAAAAAJnQEAAAEAAAABAAAAQoBAAAPAAAACWEAAAAAAAAAAELAQAAEAAAAlWAAAAAAAAa
... ABDAEAAAAQAAAAJoAEAAAEAAAARkBAAAPAAAACWEAAAAAAAAAAEaAQAAEAAAAlWAAAAAAAAAa
... AAAABGwEAAAAQAAAJWgAAAAAAAAAAAAAASgBAAAPAAAACWEAAAAAAAAAAEpAQAAEAAAAl1WAAAAA
... AAAAAAAAABKgEAAAAQAAAJWgAAAAAAAAAATcBAAAPAAAACWEAAAAAAAAAAE4AQAAEAAAAl1WAAAA
... AAAAAAAAAAAAABOQEAAAAQAAAJWgAAAAAAAAAAUYBAAAPAAAACWEAAAAAAAAAAFHAQAAEAAAAl1WAAAA
... AAAAAAAABSAEAAAQAAAAJWgAAAAAAAAAAVUBAAAPAAAACWEAAAAAAAAAAFQAQAAEAAAAAFWAQAAAAAl
... WAAAAAAAAAAABVwEAAAAQAAAAJrwEAAAIAAAAAWWAAAAAAAAAWAB9gAAAAAAJmgEAAAEAAAABlAQAAEAAAAAew
... AAlWAAAAAAAAAAABZgEAAAQAAAAJWgAAAAAAAAAXMBAAAPAAAACWEAAAAAAAAAAGgAQAAEAAAAAFoAQAAE
... AAAAAlWAAAAAAAAAAABdQEAAAQAAAAJWgAAAAAAAAAYIBAAAPAAAACWEAAAAAAAAAAGwAQAAEAAAAAew
... AEAAAlWAAAAAAAAAAABBdQEAAAAQAAAJWgAAAAAAAAAYYBAAAPAAAACWEAAAAAAAAAAGHAQAAEAAAAAAAlAAAAAAew
... QAAAAAAAAAAAABhAEAAAQAAAAJWgAAAAAAAAAAZoBAAAPAAAACWEAAAAAAAAAAGwAQAAEAAAAAAAJWg
... AAAAAAlWAAAAAAAAAAABBhAEAAAAAAAAQAAAJWgAAAAAAAAAAZ4BAAAPAAAACWEAAAAAAAAAAGgAQAAEAAAAAAew
... AA4lWAAAAAAAAAAABZgEAAAAQAAAAJWgAAAAAAAAAAXMBAAAPAAAACWEAAAAAAAAAAGgAQAAEAAAAAAAlAAAAAAew
... AAlWAAAAAAAAAAABBAEAAAAQAAAJWgAAAAAAAAAYIBAAAYIBAAAPAAAACWEAAAAAAAAAAGwAQAAEAAAAAQAAAAAAew
... AAEAAAAlWAAAAAAAAAAABAhAEAAAQAAAAJWgAAAAAAAAAAZoBAAAYIBAAAPAAAACWEAAAAAAAAAAGwAQAAEAAAAAQAAAAAAew
... AAEAAAAlWAAAAAAAAAAABZgEAAAAAAAAAZgAQAAEAAAAAAAlWAAAAAAAAAAABAhAEAAAAAAAAQAAAJWg
... AAAAAAlWAAAAAAAAAAABZgEAAAAAAAAAZgAQAAEAAAAAAAlWAAAAAAAAAAABAhAEAAAAAAAQAAAJWg
... AAAAAAAAbXAAAAAAAAAB7gAAAAQAAAAJWgAAAAAAAAAAJuAEAAAEAAAAEbBAAAAZAQ40BAAAAAAAAEJUVrdHJvbi5
... DbXMuT3JnYW5pc2F0aW9uLVdlU1SXRlbURhdGGEFAAAA44BAAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3Jn
... YW5pc2F0aW9uLVdlU1SXRlbURhdGGEFAaAAAkBvAAAAQQACgEPAQAAAAbEAAAAEAAABCVF4Ryb
... 24uQ21zLzk9yZ2FuaXNhdGlvbi1JTWVudUl0ZW1XEYxRhBQAAAAm8QAACbBAAAJvgEAAAm/
... AQAAACAbBAAAJwQEAAAACmEAAACAYAAAABcmEAAAAAAC0hB5BAAAAAAAAQAAAJUVrdHJvbi5DbXMuT3JnYW5pc2F0
... mF0aW9uLUlkLUlTXlbURhdGGEFAAAACbBAAAJvgEAAAnHAQAAEgAAAQmRWt0cm9uLkNtcy5PcmdhbmlzYXRpb24tQmRRWt0cm
... 9uLkNtcy5GcmFtZX2Zvcmsuc3VUkVUHJlZ1SJVHJlZUVsZGUCAAAAACckBAAAJygEAAAnLAQAAAA LAQAACwBAAAAHmgEAAAA

56349…

BAAAABdAAAAQmRWt0cm9uULkNtcy5GcmFtZXdvcmsuVUkuVHBjZS5JJVHJlZ8vZGtcRAAAtCo0BAAAJzgEAAAnP
AQAACdABAAAHnQEAAAABAAAABAAAAQmRWt0cm9uULkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGUCA
AAACdEBAAANAwegAQAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLkLlUcmVlTm9kZQ
IAAAAJ0gEAAAnTAQAACdQBAAAJ1QEAAAevAQAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5
UcmVlLkLlUcmVlTm9kZQIAAAAJ1gEAAAnXAQAADJHuAEAAAAABAAAABAAAAAQmRWt0cm9uULkNtcy5GcmFtZXdv
cmsuVUkuVHJlZS5JVHJlZU5vZGUCAAAACdgBAAAnAww5AQAAVRdJVvbi5DbXMuT3JnYW5pY2F0aW9uLlN5
nRlbnRZW51SXRlbbRhdGEPAAAAGTxMaW5rLnVJThlwZT5rX19CYWNraW5nRmllbGQ+QePENvbnRlbnRReUElSWQ+
a19fQmFja2luZ0ZpZWxkPkJEbVxVjdGVtRGF0YSs8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZD4ZCZNZW51SXRlbURhd
EGrPFBhcmVudGlkPmtfX0JhY2tpbmdGaWVsZCZNZW51QmFzZZURhdGElSWQ+
a19fQmFja2luZ0ZpZWxkPkJEbVxK1llbnVCYXNlJRGF0YSs8SXRlbUlkPmtfX0JhY2tpbmdGaQlTWVudUJhc2VYEYXRhK
zxIcmVmVmPmtfX0JhY2tpbmdGaWVsZCZNRW51Qz1QmFzZURGEsrPFRhcmdldD5rX19CYWNraW5nRmllbGQ2QoTWVudU
Jhc2VYEYXRhKzxBbmNlb3Rvd2lkPmtfX0JhY2tpbmdGaWVsZCZNQmFzZURGEsrPERlc2NyaXB0aW9uPmtfX0JhY2tpbmd
fX0JhY2tpbmdGaWVsZCZNZW51QmFzZURGErPE9yZGluYWw+
a19fQmFja2luZ0ZpZWxkI011bnVCYXNlUG0YSs8SXRlbbXM+
a19fQmFja2luZ0ZpZWxkPkJ01lbnVDYXNlUG0YSs8SW1hZ2VVQYXRoPmtfX0JhY2tpbmdGaWVsZCZNCtNZW51QmFzZ
URhdGErPEltYWdlTXVdlT3JlbnJpZGU+kX19CYWNraW5nRmllbGQ2QmFzZSREW0dMSS4+
a19fQmFja2luZ0ZpZXdkPkJhY2tpbmdBEEAQEAAQADAQAAMEVrdHJvbi5DbXMuUQ29tbW9uLkVkVRW51b5WVyYXRpb24rT
WVudUl0ZW1MaW5rVHlwZQAAAICQksRWt0cm9uULkNtcy5Db21tb24uRWtFbnVtZXJhdGlvblNZW51SXRlbbV
R5cGUNAAAAACQilAVN5c3RlbS5Db2xzZXN0W0aW9ucy5HZW51cmljLkxpc3RgRWtFbmRlcm0uLkNtcm0vmPcdmdhbnl
6YXRpb24+4uSU11bnVJdGVtRGF0YSwgRWt0cm0vmPcdmdhbnl6YXRpb250240sEw4LjAumJjQ5LCBD
dWx0dXJlPW51bdXRyYWwsIFB1YmxpY0tleVRva2VuPTdlZXRNGVhYHU1YTg2M2U4OT
MEVrdHJvbi5DbXMuT3JnYW5pY2F0aW9uLlN5c3RlbWVudURhdGErPE5hbWU+kX19CYWNraW5nRml
QAAAAAAAAABAAAAIowAgAIAAADtAgAAAAAAAmqAAAAASX+///t////
AQAAAAmtAAAACAHUAAAqAAAAAAAAaakOAAAAAQAAAAnfAQAACAEAAAADSMAgAIAAAABugEAALkBAAAABH/7//
yf+//8AAAAAAQAAAHk/AAAAAAAAA7QIAAAAAAAAJuAAAAAEd/v//7f///
wEAAAAJuwAAAAmvAAAAAKgAAAAAAAAJDgAAAA1AAAAAJ5wEAAAkAOAAAAAPYpAAAAAAAAAAbsBAAAC5AQAAARf+//
8n/v//AAAAAAEAAAB/PwAAAAAAAAO0CAAAAAAAAACcYAAAAABFf7//+3///
8BAAAACckAAAAJvQAAAAoAAAAAAAAACQ4AAAAAAAAACe8BAAAJADkAAAAAD3KQAAAAAAAAAAAAK0BAAAAAAADKQAAAAAAANNB
CAAAA7gIAAAADSMAgAIAAAABugEAAALkBAAAABH/7//+3///
BAAAAb2AQAAI0ZJUy9Gb3It3UGF0aWVudHMuU3JvZW1tVmdb3I2SIZXMvRHJjZ3ZMvU1lKZXMvRXJkKmU4SIZ
R5cGUNAAAACilAVN5c3RlbS5SbS95c3RlbXMuS1NQLkFsbGVmT3JlVGVzdAAAAGzSAAAA7gIAAAADSMAgAIAAAABugEAAAL

Page 1864

56349... AAAACAwAAAAAZJAtgAAFzEwNzM3NDUwNTgYyrbEWNzBNDE5ODg2BnkCAAAfAwTMA3mzc0MT4ODMJIgAAAAZ7A
... gAAHzc0N143NTBeMTA3Mzc0MTk4ODNeMTA3Mzc0MjA1ODIDAAAACgAAAAAAAAABnwCAAAORmluYW5jaWFsSE
... hlbHAjqwAAAAOKAQEAAAAAAAAACgoBgv3//9r///
... 8AAAAABn8CAAAQL0ZpbmFuY2lhbEC1IZWxwLwoACgAByEAAAkAAAAJDgAAAAJDgAAAiIAAAJFQAAAaCAgA
... ACzEwNzM3NDI0MTY0OCgoKAAAAAAAAAAJowAAAAmkAAAACYUCAAAAAaGAgAAFzEwNzM3NDIwNTgzfDEwNzM3N
... NDE5ODDgzBocCAAALMTA3Mzc0MTk4ODmJIgAAAaJAgAAHzc0N143NTBeMTA3Mzc0MTk4ODNeMTA3Mzc0MjA1O
... DMDAAAACwAAAAAAAAAABooCAAALRm9yIFNlbmlvcnNNJqwAAAAOKAQEAAAAAAAAACgoBdP3//9r///
... 8AAAAAB00CAAANLOZvciLTZW5pb3JzLwoACgAByMEAAAkAAAAAAJJDgAAAAJDgAAAMAAAAJFQAAAAaQAgAACzE
... wNzM3NDE4NTQ1TQ1CgoKAAAAAAAAAAAJowAAAAmkAAAAACZMCAAAAAaUAgAAFzEwNzM3NDIwNTYw8fDEwNzM3NDE5
... ODgzBpUCUAAALMTA3Mzc0MTk4ODmJIgAAAaXAgAAHzc0N143NTBeMTA3Mzc0MTk4ODNeMTA3Mzc0MjA1ODQDA
... AADAAAAAAAAAAAABpgCAAARSG931EJpbGxpbmceCgoV29ya3MJqwAAAAOKAQEAAAAAAAAACgoBZv3//9r///
... 8AAAAABpsCAAATL0hvdy1CaWxsaW5nLVdvcmtzLwoACgAByZEAAkAAAAAAAAJDgAAAAJDgAAAQAAAAAJFQAAAaa
... eAgAACzEwNzM3NDE4NTQ2CgoKAAAAAAAAAAJowAAAAmkAAAACaECAAAAAaiAgAAFzEwNzM3NDIwNTg1fDEw
... NzM3NDE5ODDgzBqMCAAALMTA3Mzc0MTk4ODmJIgAAAaiAgAAHzc0N143NTBeMTA3Mzc0MTk4ODNeMTA3Mzc0M
... jA1ODUDAAAAADQAAAAAAAAAABqYCAAAPT25saW5l5lIEJpbGGwgUGF5CasAAAAAKCgEBAAAAAAAAAoKAVJ9//a//
... //
... AAAAAAapAgAAES9PbmxpbmUtQmlsbC1QYX5kcCgAKAAHNAQAACQAAAAAAAJrwIAAAABrACAAAXMTA3Mzc3MjMz
... AALMTA3Mzc0NDExNDY5aXNALMTA3Mzc0MjAjwAAwZMjwqwN4FzxAAAAANJaDfjQN4MTA3Mzc0ODg8a0ZnMTMDA3
... c0MTk4ODDQGSgIAAAsxMDczNzQxOTg4NAkiAAAAAQwMrcMAAfNzQ3jXjc1ND4fNzQ3MDczNQ4MTA3MzcxYjI
... 2NwMAAAAAAPAAAAAAAAAAAGtAIAABtDb3dQyBmb3IgQ29tb99wFVjBByb2NlVHYyZXMLWqwAAAAoKAQEAAAAAAAA
... CgoBSv3//9r///8AAAABrcCAAA/
... L0ZvciL0YYRpZW50cyRmFtaWxppY2luZxaTY2luZy9Db3N0cnl5mb3J0T29T29bW9uLFHVyZXMLZHZVCmc
... gAKAAHOAQAACQAAAAkOAAAAAAkOAAAAAAAgAAAAkVAAAABroCAAALMTA3Mzc0ONDI5MDAKCgoAAAAAAAAAAmjAA
... AACaQAAAAAJvQIAAAAAaBr4CAAAAXMTA3Mzc0MjYyNjh8MTA3Mzc0MT9jMzc0MTk4ODNeMTA3Mzc0ODNeMTA3Mzc0
... ABsECAAAfbzQ3Q3Xjc1MF4xMDczNzQxOTg4NF4xMDczNzQxNjI2OAMAAAAAQAAAAAAAAAAAGwgIAABpRdWFFsaXR5R
... IGFuZCBTYTyWZldHkgUmF0aW9vcwwrmRAAAACgoBQAAAAAAAAACgEf//2cv///
... wAAAAAAOwIAAD4vR9yLVLVBhdGl1bnRzLWFuZC1TYWZ1dGCt1GV0W1pbgGllcyV9Qcml1aW5lW5l1L1FYWxpZHVhHktYW5kcmVVzM1mo0eS
... lSYXRpbmdzLwoACgAByAyEAAAkAAAAJDgAAAAJDgAAAMAAAAAJFQAAAbIAgAAHzc0Nzk
... AAAAAAJowAAAAmkAAAAkCcGUzmVFsaEBoFAAAI32yEwNzM3NDE5ODNeMTA3Mzc0ODNeMTA3Mzc0Mzc
... MTk4ODDgzBgMCAAALMTA3Mzc0MTk4ODNeMTA3Mzc0ODBsOBsCAAAAKCgEf/f//2cv//
... wAAAAAGow1AADOvRm9yLVBhdGl1bnRzLwAAkCgEf/f//2cv///
... AAAAAG0wIAADOvR9yLVBhdGllbnRzLWFuZC1Tc2FmXR5LWFuZC1RdWFsaXR5LWJhbnMOCgoKAAAAAAAAA
... VvdGUvcgAAAHQAQAACQAAAAkOAAAAAkOAAAABAAAAAAJFQAAABAAAJowAAAAmkAAAAkCcmVsa0Bgv9///
... 8AAAAABuECAABLOZvciLTQYQ1ZWFzdGdtVuVzWZpdHMg2hl2Y2t1cl1bmJlcmVkX1Db29b25zdW1lcnMNvCgAAKAAHRQA
... ACQAAAAJDgAAAAJDgAAAQAAAAAJFQAAAAaAbvAgAAFS9NbJbXBvcnRhbnQtUXVlc3Rpb25zLWZ1cl1jbnMvCasAAAAACQORARL9///a//
... AAAAAbvAgAAFS9NbJbVnRhbnRRbCVzdGlvbnMtZm9yLWWFuJdHMvCgAAKAAHRQAAACQAAAJ5wIAAAaBoqmLAgAAAa
... AbyAgAAAFS9JbXBvcnRhbnQtUXVlc3Rpb25zLWZ1cl1jbnMvCgAAKAAHRQAAAAa
... AbyAgAACzEwNzM3NDE4NTU3CgoKAAAAAAAAAAJowAAAAmkAAAACfUCAAAAAAb2AgAAFzEwNzM3NDIwNTk1fD
... EwNzM3NDE5ODg8MTA3Mzc0MTk4ODNeMTA3Mzc0ODDgzBpYCAAALMTA3Mzc0MTk4ODNeMTA3Mzc0ODBsOBsCAAAA
... 0MjA1OTcDAAAAFgAAAAAAAAAAABvoCAAAQVuZWZpddHMg2hl2Y2t1cl1bmJlcmVkX1Db29b25zdW1lcnMOCgo
... 2v///wAAAAAg/
... QIAACsvQ2VudHVyeS11ZWFsdGdtVuVzpdHMt2hl2Y2t1cl1cc1Db29b2xvcmXkbnkbyvCgAAKAAHTQAAAAk0OAAKOAA
... AAAAkOAAAAAAAAkVAAAABgDAAAALMTA3Mzc0MTg1NTgKCgoAAAAAAAAAAmjAAAAACaQAAAAAJAwMAAAAABgQ
... DAAAAXMTA3Mzc0MjA1OTh8MTA3Mzc0MTk4ODBQBMAAAsxMDczNzQxOTg4NAkiAAAAAQwDAAAfNzQ3jXjc1MF4x
... MDczNzQxOTg4MF4xMDczNzQxOTg4NAkiAAAAAQwDAAAfNzQ3jXjc1MF4xMDczNzQxOTg4MF4xMDczNzQxOTg4
... QEAAAAAAAAACgoB9vz//9r///
... 8AAAAABgsDAAArL0NlbnRlci1mb3ItSGVhbHRoeUxpbmclZ1jYXJlLWJhbmnQtRc1bkNvCgAAKAAHTQAAAAk
... AAAAJDgAAAAJDgAAAMAAAAAAJFQAAAAYOwMAAAALMTA3Mzc0MTg1NTkKCgoAAAAAAAAAAAJowAAAAmkAAAACRED
... AAAAAYSAwAAFzEwNzM3NDIwNTk5fDEwNzM3NDE5ODDgzBhMDAAALMTA3Mzc0MTk4ODNeMTA3Mzc0ODDgzBhY
... 143NTBeMTA3Mzc0MTk4ODNeMTA3Mzc0MjA1OTkDAAAAAAAAAAAAABhYDAAAJUlgQXNzaXN0CAsAAAAAKCg
... EBAAAAAAAAAoKAej8////
... AAAAAAAYZAwAAHy9DZW50ZXItZm9yLUhlYWx0aCLBc1BzctcNpbmcNbkNSFtbmlsS8KKAAoAdUBAAAAACQ4AAACQ4AA
... AAEAAAAACRUAAAAHAmMDyAAAALMDczNzQxODU2MGAsxMDczNzQxOTg4NAkiAAAAAQIAAAAAAAAACQ4AAAAkfAwAAAAAIAAABcxMD
... czNzQyMDYwNHwxMDczNzQxOTg4NAkiAAAAAQIAAAAAAAAACQoBr9///r///
... 5ODg4X4jEwNzM3NDINIwJAwAAAAaBkAAAAAAAAAAAACgoBgAAoX9v9v///
... wAAAAAAYZAwAAHy9DZW50ZXItZm9yLUhlYWx0aFldmxaY29ZXRpb25zLwoACgAByMEAAkAAAAJDgAAAAJDg
... AAAMAAAAAJFQAAAAYaAwAAAzEwNzM3NDE4NTYxCgoKAAAAAAAAAAJowAAAAmkAAAAAJgwMAAAAABjwDAAAAXMTA3Mzc0MjA2MD
... czNzQyMDY0fCAxDAAACyMDczNzQxODU2MgoKCgAAAAAAAAAJowAAAAmkAAAAAJAwMAAAABjwDAAAAXMTA3
... 5ODg4X4jEwNzM3NDINIwJAwAAAAaBkAAAAAAAAAAAACgoBgAAoX9v9v///
... AAAAAAAAY1AwAACy9FeGVyY2lzZS1BbmQtQXJ0aHJpdGlzCgoAKAAHTQAAAAkOAAKOAAKAAKOAABjwDAAALMTA3M
... zc0MTg2NTQKCgoAAAAAAAAAAmjAAAAACaQAAAAAJOwMAAAAABjwDAAAAXMTA3Mzc0MjA1Njh8MTA3Mzc0MTk4Nz

56349... YGPQWMAAsxMDcNZQxoYg3NgkiAAMBj8DAAAnNZQ3jjEwNzM3NDE5ODE3OGJEwN3M3NDE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODE5ODc2XjEwNzM3NDI
... wNTY4AwAAACEAAAAAAAAAAAAZAAwAACU51dHJppdGlvbgmrAAAACgoBAQAAAAAAAAAAKCgG+/P//2v///
... wAAAAAGQwMAAAwvTnV0cml0aW9uLS88KAAoAAdgBAAAJAAAACQ4AAAAABCQ4AAAABAAAACRUAAAAGRgMAAAsxMD
... czNzQyMjcxNwkxOAAAACUgDAAAJSQMAAAAAAAAAACgoJSgMAAAAABksDAAALMTA3MzczNDIxMTcGTAMAAAAsxMDczNzQyMjcxNwkxOAAAACUgDAAAJSQMAAAAABk4DAAAnNzQ3MDgwXjEwNzM7NDE5ODE5ODZpEwNzM7NDIyNzE3AAAAA
... ACUAAAAAAAAAAQZPAwAAF0Vib2xhIFZpcnVzVzVIEluZm9ybWF0aW9uZm9ybWF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmF0aW9uZmXenZm9ybWF0aW9uZmF0aW9uXenZm9ybWF0aW9uZmF0aW9uXenZm9ybWF0aW9uZmF0aW9uXenZm9uZmXenZm9uZmXenWF0aW9uZmXenZm9ybWF0aW9uZmXenWF0aW9uZmXenZm9ybWF0aW9uZmXenWF0aW9uZmXenZm9ybWF0aW9uZmXenWF0aW9uZmXenZm9ybWF0aW9uXenZm9ybWF0aW9uZmXenWF0aW9uZmXenZm9ybWF0aW9uXenZm9ybWF0aW9uXenZm9uZmXenWF0aW9uZmXenZm9uXenZm9uZmXenOQZPAwAAF0Vib2xhIFZpcnVzVzVIEluZm9ybWF0aW9uZmF0aW9uZm
... /// AAAAAAA
... AAAAAAAZSAwAADS9FYm9sYS1WaXJ1cy9EAAAoAAd8BAAAXAAACY0BAAAAAAAAACY0HnAQAAFwAAAAmNAQAAAAAAAAAHnAQAAFwAAAAmNAQAAAAAAAAAHnAQAAFwAAAAmNAQAA
... AAAAAAAAAB7wEAABcAAAAJfkEAAAAAAAAAAB7wEAABcAAAAJfkEAAAAAAAAAAB7wEAABcAAAAJfkEAAAAAAAAAADEgAAFwAAAAmMAQAAAAAAAAAJJ
... AABAAAAAAAQQwMAAAwsxMDczNzQyMjcxNwkxOAAAACUQDAAAJSQQDAAAAAAACY4QDAAAnNzQ3MDgwXjEwNzM3NDE5ODE5ODZpEwNzM3NDIyNzE3
... XaaaaAAAAMAAAAAAAAABAAACQ4AAAAABCQ4AAAABAAAACY4QAAAnNzQ3MDgwXjEwNzM3NDE5ODE5
... AgAAFwAAAAmNAQAAAAAAAABSQIAABAAACQ4AAAAABjQEAAAAAAAAVMCAAAXAAAACVkDAAACAAAAAAAAgAAA
... AFdAgAAFwAAAAmNAQAAAAAAAABZwIAABAAAACQ4AAAAABjQEAAAAAAAAAVXECAAAXAAAACVsDAAABAAAAAAAAQ
... AAAAF3AgAAEwAAAAmNAQAAAAAAAABhQIAAAJAQAAAJwgAAAAAAAAAZMCAAAEAAAAAAZPVoAAAQVAAAAAAAA
... AAAAAAGhAgAABAAAAAmlaAAAAAAAAAAAAABrwIAAAJAQAAAJwgAAAAAAAAAAAAAAAb0CAAAAEAAAAAAAAAAAAA
... AAAAAAAAHLAgAABAAAAAlaAAAAAAAAAAAB2QIAAAAJAQAAAJwgAAAAAAAAAAAecCAAAEAAAAAAAAVoAAA
... AAAAAAAAAAH1AgAABAAAAAlaAAAAAAAAAAAABAwMAAAAJAQAAAJwgAAAAAAAAAAAAREDAAAEAAAAAACV
... oAAAAAAAAAAAAEfAwAABAAAAAlaAAAAAAAAAAAAABLQMAAAJAQAAAJwgAAAAAAAAAAAAAAAATsDAAAEAAAA
... ACVoAAAAAAAAAAAAAAAEIAwAAAAAJFawAAAwAAAACVaAAAAAAAAAAAAJVgAAAAAADAAAAAAAAAAUoDAAAE
... AAAACVoAAAAAAAAAAAAEfAwWAAAEAAAAAAWCVFa3Ryb24uZ3JtdoAAAwdoAAAAACUoDAAAE
... W1EYXRhLnN1bWiaWGSwAABAAAAAlaAAAAAAAAAAABAAAAAYgyAhFUEYAAAAUY1bi5nbWlEb25nb25uZXdl
... F0aW9uZ1uLklNZW51SAAbUhdGEFAAAACWQDAAAJZQMAAAJZ21nAAWdAAQlRWt0cm9tiuaXrmdytmoAAAQlRWt0
... uLKNtcy5Pcmdhbmhmbl6YXRpb24SUllbnVJdGGVtRGF0YYQUAAAJaAAAAA0DB1cDAAAAQAAAAAAAQAAAEJUVrdHJv
... bi5DbX5tuT3JnYW5pemF0aW9uLklNZW51SUldX3BUbUURdGEFAAAAClaAAAAAAlrAwAACWUDAAAQWQMAAAAB
... AAAABAAAAQl1Rwt0cm9uLkxNtcy5Pcmdhbmhmbl6YXRpb25JbQMAAAluAwAADQIHWw
... MAAAAAAAAAAAYl1Rwt0cm9uLkxNtcy5Pcmdhbmhmbl6YXRpb25JbXRpb24JbwMAAAAODAWA
... DAAC5AQAAAZD8//8n/v//AAAAAAEAAAAAAZQCAgAAAAAGsGdAIAACAAAAAAAACQ4AAAAAGSGAIACAAACAAAAAA
... 8BAAAACX8CAAAAJFQAAACoAAAAAAAACQ4AAAAAACXYDAAAJDgAAAAmCQCAgAAAAFhAwAuAAQEAAAGI/P/
... /J/7//wAAAAABAAAAJBcAgAIAAABrBgrBgCAAgAAAmKAgAAAAYb8///t////
... AQAAAAmNAgAAACRUAAAAgAAAAAAkOAAAAgAAAAAAl+AwACQ4AAAAJwkAgAIAAAAAByMAALkBAAABgPz//
... yf+//8AAAAAAQAAADEBAAIAAAAwYAgAIAAAAmAIAAAF+/P/7f//
... wEAAAAJmwIAAAKAAAAAmaAgAAAAAJDgAAAAmAAAAACgAAAJAAACgJAIACAAAAAAACgJAIACAAAAWMDAAC5AQAAAXj8//
... 8n/v//AAAAAAEAAAAAAAYAAAAYQAQCCAAAAGsGAAIAAAACaGAIACAAACaYAAAW78///3////
... 8BAAAACakAAAAKAAAAmaAgAAAAAJDgAAAApCQCAgAAAAApCQCAgAAAAFhAwAuAAQEAAAGI/P/
... /J/7//wAAAAABAAAAABAAJlkAgAIAAABBSBgCAAgAAAmAIAAAGAAAW0AYAAAAAAAQAAAH0CAAAAAOHU
... w//v//AAAAAAEAAAAAAAEAAJngMAAAAAJwgAAAAAApCAgAAAFwfAIACAAAAWYDAAC5AQAAAXWD8//
... 8n/v//AAAAAAEAAAAAAAAAAJngMAAAAAAAjngMAAAAApngMAAAAAWx8gAIAAAABZQMAAALkBAAABaPz//
... yf+//8AAAAAAQAAAAAAYgyAIAAABFRgAIACAAACaYAIACAAAJwgAIAAAFmAgAuAAAQEAAAGI/P/
... /J/7//wEAAAAJxQIAAAAKAAAAmaAgAAAAJDgAAAApCWgCAAgAAAWGAIACAAAAWYDAAC5AQAAAXWD8//
... 8n/v//AAAAAAEAAAAAACCdMCAAAAoAAAAAmaAgAAAAAJDgAAAAaCyDAAAJDgAAAABdHwCAAgAAAWFnAwAuAAAQEAAAFY/P/
... /J/7//wAAAAAAAVWAAgAIAAAABsBgCAAgAAAAmuAwAACX8gAIAAAABaMAALkBAAABUPz//
... yf+//8AAAAAADAwQwAIAAAABEaGAIACAAAAoAAAAbgYAIACAAAJ7AIAAAFO/P/7f//
... wEAAAAJ7AIAAAoAAAAAmaAgAAAACdHwCAAgAAAAaCyDAAAJDgAAAABkBgCAAgAAAAkyAwAASb////
... yf+//8AAAAAAEAJ4BAIACAAAAAAoAAAAnAwACQ4AAAAFwkAgAIAAAABawMAALkBAAABIPz//
... 8n/v//AQAAAAmNAwAAACRUAAAAgAAAAAAkOAAAAgAAAAAAJ5wMAAAJDgAAAAaCyDAAAABbgCAAgAAAAWx8gAIAAAABawMAALkBAAABEP/
... /Jf///wAAAAAAAAAVWAIACAAAAAAoAAAAbgyAIACAAAJ5gMAAAF0/P/7f//
... wEAAAAJGQMAAAKAAAAAmaAgAAAAJDgAAAAaCyDAAAABrwMAAAJDgAAAAaDbABAAAJDgAAAAabDWM
... AAAAAAHwJnHwMCBGQwWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtYXY0AABAAAAA
... tdGllci0xIj5kAgMPZBYIZg9kFgJmDxUEIHVsIEHISGSVMvSG9tZS9DYXJkaW9sb2d5L0ZEXVtCBCQDAAAbGYP
... T3ViYFNwZWNpYWwZWxAIBD2QBGYPQQdL0ZJUy9I2b21lL011ZQtTVyLVByb3PG2ib3BMYHWxmD
... k91ciBQaHlzaWNpYW5zZzAIBD2QWAmYPDxYEHwJnHwMCA2WAmYPBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtYXY0
... Page 1866

56349...  YtdGF5IFoy1j5kAgmPzBYcZg9kFgJmDxUEZ8oeSMvTt9VyLVb5eXnPy21hbmVrM9uawNnluodyZXNzaWFudS8
...  ABV9zZWxmMFElvbmljBSBHcmVzc2lhbnUsIE1EZAIBD2QWAmYPFQQqL0ZJUy9PdXItUGh5c2ljaWFucy9NZWV0
...  LUp1YW4tV2Vrc2xlciwtTUQvAAVfc2VzZhBKdWFuIFdla3NsZXIsIE1EZAICD2QWAmYPFQQtL0ZJUy9PdXItU
...  Gh5c2ljaWFucy9NZWV0LUtpbWJlcmx5LVJpZW1lciwtTlAvAAVfc2VzZhNLaW1iZXJseSBSaWVtZXIsIE5QZA
...  ICD2QWAmYPFQQXL0ZJUy9Ib2l1L0zvci1QYXRpZW50cy8ABV9zZWxmG0Zvci8QYXRpZW50cyAmYW1woYBGYW1
...  pbGllc2QCAQ9kFgJmDw8WBB8CZx8DAglkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzc2oibmF2LXRpZXItMiI+
...  ZAIDD2QWEmYPZBYCZg8VBCQvRklTL0Zvci1QYXRpZW50cy9QYXRpZW50LVJlc291cmNlcy8ABV9zZWxmDVBhd
...  GllbnQgRm9ybXNkAgEPZBYCZg8VBCAvQmlsbGluZy1hbmQtRmluYW5jaWFsLVNlcnZpY2VzLwAFX3NlbGYgQm
...  lsbGluZyAmYW1wOyBGaW5hbmNpYWwgU2VydmljZXNkAgEPZBYCZg8PFgQfAmcfAwIEZBYCZg9kFgJmQCAQ8WAh8
...  ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQQL0ZpbmFuY21hbC11ZWxwLwAFX3Nl
...  bGYORmluYW5jaWFsIEhlbHBkAgEPZBYCZg8VBA0vRm9yLVN1bmlvcmMvAAVfc2VzZgtGb3IgU2VuaW9yc2QCA
...  g9kFgJmDxUEEy9Ib3ctQmlsbGluZy1Xb3Jrcy8ABV9zZWxmEUhvdyBCaWxswW5lFdvcmtzZAIDD2QWAmYPFQ
...  QRL09ubGluZS1CaWxsLVBheS8ABV9zZWxmD09ubGluZSBCaWxsIFBheWQCAg9kFgRmDxUELy9mb3IltcGF0aWV
...  udHmtYW5kLWZhbWlsaWVzL3ByaWNpbmctYW5kLXF1YWxpdHkvAAVfc2VzZhVQcmljaW5nIC2ZXdhcXIFF1YWxp
...  dHlkAgEPZBYCZg8PFgQfAmcfAwIEZBYCZg9kFgJmQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQ
...  w9kFghmD2QWAmYPFQQ/

...  L0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvJlpJZy2luZy9Db3N0cy1mb3ItY29tbW9uLUVhY2ZXMvA
...  AVfc2VsZhtDb3N0cyBmb3IgQ29tbW9uIFByb2NlZHVyZXNkAgEPZBYCZg8VBD4vRm9yLVBhdGllbnRzLWFuZC
...  1GYW1pbGllcy9QcmljaW5nLlF1YWxpdHktY9e51SYXRpbmdzLwAFX3NlbGYaUXVhbGl0eSBhbmQgU2FmZXR5I
...  gU2FmZXR5IFJhdGluZ3NkAgIPZBYCZg8VBDovRm9yLVBhdGllbnRzLWFuZFuZC1GYW1pbGllcy9Qcml1aW5nLl1J
...  cXVlc3QtYS1DdXN0b20tUXVvdGUvAAVfc2vSZhZSZXF1ZXN0IEGgQ3VzdG9tIFF1b3RlZAIDD2QWAmYPFQRIL
...  0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUHJpY2luZy9SZXNvdXJjZXMtZm9yLVBhdGllbnRzLWFuZC1Db2
...  5zdWllcnMvAAVfc2VsZiRSZXNvdXJjZXMgZm9yIFBhdGllbnRzIGFuZCBDb25zdWllcnNkAgMPZBYEZg8VBBQ
...  vQWR2YW5jZS1EaXJlY3RpdmVzLwAFX3NlbGYSQWR2YW5jZSBEaXJlY3RpdmVzZAIEDxYCHwAFEVlowNXWmD0
...  AWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXVtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEFS9JbXBvc
...  nRhbnQtUXVlc3Rpb25zLwAFX3NlbGYTSWlwb3J0YW50IFF1ZXN0aW9uc2QCBA9kFgJmD2QWAmYPZBYCZg8PFg
...  hlYWx0aGMtMSU5ULUy8ABV9zZWxmFENlbmRlRlolcEyZTktTZAIBD2QWAmYPDxYZEHwJnHwMCBGQWAmY
...  PZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXVtdGllci0zIj5kAgMPZBYIZg9kFgJmDxUEKy9DZW50ZXItZWZh
...  BQYXJ0IERkAgIPZBYCZg8VBB8vQ2VudHVyYS1zLEUFzc2lzdGdtU0J2xaXZZXmaXRrZINEoZWNrdZBkAgEPZBYC
...  g8VBCsvQ2VudHVyYS1lZWFsdGgtTWVkaWNhbHUtUGFydC1ELEUFzc2lzdGFuY2UvAAVfc2VzZg9NZWRpY2FyZS
...  BQYXJ0IERkAgIPZBYCZg8VBB8vQ2VudHVyYS1lZWFsdGgtUlgtZXhaaW5nUW5Zj5SZ9vAAVfc2VzZglSWCBBc3N
...  pc3RkAgMPZBYCZg8VBDQvQ2VudHVyYS1lZWFsdGgtc3VudC1jYEUFzwgSGzdGtUbJUCtTdGF0ZS1ZWFsdGgt5w4J
...  YW0vAAVfc2VzhtTdGF0ZSBIZWFsdGggSW5zdXJhbmNlIFBsYW5kAgUPZBYCZg8VBBEvTXlDZW50dXJhSGVhlth
...  HRoLwAFX3NlbGYPTX1DZW50dXJhSGVhbHRoZAIGD2QWAmYPDxYEHwJnHwMCBGQWAmYPZBYEAgEPFgIfAAUXPHVsIGN
...  sYXNzPSJuYXYtdGllci0yIj5kAgMPZBYIZg9kFgRmDxUECH3YlZWFsdG5LUhhYm10cy8ABV9zZWxmDkhlYWx0
...  aHkgSGFiaXRzZAIBD2QWAmYPDxYEHwJnHwMCAmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllc
...  i0zIj5kAgMPZBYEZg9kFgJmDxUECy9FeGVyY2lzZS0vAAVfc2VzZghFeGVyY2lzZWQCAQ9kFgJmDxUEDW9Cd
...  RyaXRpb24tLwAFX3NlbGYJTnV0cml0aW9uZAIBD2QWAmYPFQQLL0NhZmVVXZWxsLS8ABV9zZWxmCUNhZsOpV2V
...  sbGQCAg9kFgJmDxUEDS9pVHdpJpYWdlLUFwcC8ZWxmC2lUcmlhZ2UgQXBwZAIDD2QWAmYPFQQQL0hlYWx0
...  aC1MaWJyYXJ5LwAFX3NlbGYOSGVhbHRoIExpYnJhcnlkAgEPZBYCZg8PFg8QfAmcfAwIBZBYCZg9kFgQCAQ9kWAh
...  h8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQNL0Vib2xhLVZpcnVzLwAFX3NlbG
...  YXRWJvb0EgVmlydXMZgW5mb3JtYXRpb25kAgUPZBYGAgIPFCsAAg8WBB8CZx8DAglkZBYSZg9kFgICAw8WAh8
...  ABTc8YSBocmVmPWh0dHA6Ly93d3cuY2VudHVyYS5jvcmcvaG9tZS8+Q2VudHVyYSBIZWFsdGg8L2E+
...  ZAIBD2QWBAIBDxYCHgdWaXNpYmxlaGQCAw8WAh8ABU08YSBocmVmPWh0dHA6Ly93d3cuY2Vzc2RhaG9zcGl0Y
...  Wwub3JnL2F2ac9ob2l1LZ5BdmlzdGGQWR2ZW50aXRlIEhvc3BpdGFsPC9hPmQCAQ9kFgQCAQ8WAh8FaGQCAw
...  8WAh8ABAvBY8YSBocmVmPWh0dHA6Ly93d3IcuY2Vydm9icy0jsc29uaG2uidG5aXBkZVm9uJ3JnPkJvYXBkAwxzb24
...  pYWwgR3JhbnQgQ291bnRR5IEhvc3BpdGFsPC9hPmQCAw9kFgQCAQ8WAh8FaGQCAw8WAh8ABU9YSBocmVmPWh0
...  dHA6Ly93d3cuY2FzdGxlcm9ja2FkdmVudGlzdGhvc3BpdGFsLm9yZz5DYXN0bGUgUm9jayBBZHZlbnRpc3Q8L2E+
...  2E+

...  ZAIED2QWBAIBDxYCHwVoZAIDDxYCHwAFSzxhIGhyZWY9aHR0cDovL3d3dy5teWWxpdHRSZXvbmhvc3BpdGFsL
...  m9yZz5MaXR0bGV0b24gQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQCBQ9kFgQCAQ8WAh8FaGQCAw8WAh8ABT08YS
...  BocmVmPWh0dHA6Ly93d3cubHVoYZFyZXMub3JnL2Mb25nbW9udCBvbml0ZWQgSG9zcGl0YWw8L2E+
...  ZAIGD2QWBAIBDxYCHwVoZAIDDxYCHwAFRTxhIGhyZWY9aHR0cDovL3d3dy5tZXJjeWR1cmFuZ28ub3JnPkllc
...  mN5IFJlZz21vbmFsIEI1ZGljYWwgQ2VudGVyPC9hPmQCBw9kFgQCAQ8WAh8FaGQCAw8WAh8ABT08YSBocmVmPW
...  h0dHA6Ly93d3cub3J0aG9jjb2xvcmFkby5vcmc+
...  T3J0aG9Db2xvcmFkbyBIb3NwaXRhbDwvYT5kAggPZBYEAgEPFgIfBWhkAgMPFgIfAAVDPGEgaHJlZj1odHRwO
...  i8vd3d3LnBhcmtlcmmhvc3BpdGFsLm9yZz5QYXJrZXIgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQCBA8UKwACDx
...  YEHwJnHwMCCGRkFhBmD2QWAgIBDxYCHwAFTzxhIGhyZWY9aHR0cDovL3d3dy5wZW5yb3Nlc3QuYWxlci5jb2m9
...  yZz5QZW5yb3N1LlVN0LiBGemhFuY2lzIEhlYWx0aCBTZXJ2aWNlcwvYT5kAgEPZBYCZg8PFgIfAAVDPGEgaHJl
...  Zj1odHRwOi8vd3d3LnBvcnRlcmRsY3mhc3BpdGFsLm9yZz5Qb3J0ZXIgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQ
...  g9kFgICAQ8WAh8ABT08YSBocmVmPWh0dHA6Ly93d3cuc3Rhbnbob255cC5vcmc+
...  U3QuIEFudGhvbnkgSG9zcGl0YWw8L2E+

...  ZAIDD2QWAgIBDxYCHwAFVTxhIGhyZWY9aHR0cDovL3d3dy5zdGFudGhvbnlub3J0aC5vcmGhlYWx0aGNhYXB1cy5vc

... U3QuIEFudGhvbnkgTm9ydGggSGVhbHRoIENhbXBlczwvYT5kAgQPZBYCAgEPFgIfAAVQPGEgaHJlZj1odHRwO
... i8vd3d3LnN1bW1pdGllZGljYWxjZW50ZXIuub3JnPlN0LiBBbnRob255IFN1bW1pdCBNZWRpY2FsIENlbnRlcj
... wvYT5kAgUPZBYCAgEPFgIfAAVGPGEgaHJlZj1odHRwOi8vd3d3LnN0bWFyeWNvcndpb5vcmc+
... U3QuIElhcnktQ29yd2luIEllZGljYWwgQ2VudGVyPC9hPmQCCg9kFgICAQ8WAh8ABUE8YSBocmVmPWh0dHA6L
... y93d3cuc3RjYXRoZXJpbmVob3NwLm9yZz5TdC4gQ2F0aGVyaW5lIEhvc3BpdGFsPC9hPmQCDw9kFgICAQ8WAh
... 8ABUk8YSBocmVmPWh0dHA6Ly93d3cuc3RtaG9zcGl0YWwub3JnL3N0b5ob21lLz5TdC4gVGhvbWFzIE1vcmU
... gSG9zcGl0YWw8L2E+
... ZAIGDw8WAh8FZ2RkAgUPZBYEZg8PFgIfBAViL3VwbG9hZGVkZW1hZ2VzL2ZsYXRpcm9uc2hlYXJJ0L0NvbnRlb
... nQvRklTL0NvbmZpZ3VyYXRpb24vQ0hQRy1GbGF0aXJvbnMtSGVhbnQtYW5kLVZhc2N1bGFyLVdlYi5wbmdkZA
... IBDxQrAAIPFgQfAmcfAwIEZGQWAmYPZBYIAgEPZBYEZg8VBR1GSVMvSG9tZS9DYXJkaW9sb25LlcnZpY2V
... zLwAAD091ciBTcGVjaWFsdGllcwBkAgEPFCsAAg8WBB8CZx8DZmRkZAICD2QWBGYPFQUcRklTL0hvbWUvTWVl
... dClPdXItUHJvdmlkZXJzLw9kcm9wZG93bi0dnbGUIZHJvcGRvd24OT3VyIFBoeXNpY2lhbnNMVPGIgY2xhc
... 3M9ImNhcmVvI1j48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwIDZGQWAmYPZBYGAgEPZBYCZg8VAiUvRklTL091cilQaHlzaWNpYW5pYW5NpYW5zL01vbmljjY
... S1Hcmvzc2lhbnUvFE1vbmljjYSBHcmVzc2lhbnUsIE1EZAICD2QWAmYPFQIqL0ZJUy9PdXItUGh5c2ljaWWFucy
... 9NZWV0LUp1YW4tV2Vrc2xlciwtTUQvEEp1YW4gV2Vrc2xlciwgTURkAgMPZBYCZg8VAi0vRklTL091cilQaHl
... zaWNpY5zL011ZXQtS2ltYmVybHktUmllbbWVyLC1OUC8TS2ltYmVybHkgUmllbbWVyLCBOUGQCAw9kFgRmDxUF
... FkZJUy9Ib21lL0Zvci1QYXRpZW50cy9BPZHJvcGRvd24tdG9nZ2xlCGRyb3Bkb3duIG0zdG9yIEZvcmVmbWFZW
... WlwOyBGYW1pbGllcxU8YiBjbGFzcz0iY2FyZXQiPjwvYj5kAgEPFCsAAg8WBB8CZx8DAglkZBYCZg9kFhICAQ
... 9kFgJmDxUCJC9GSVMvRm9yLVBhdGllbnRzL1BhdGllbnQtUmVzb3VyY2VzLw1QYXRpZW50IEVzcmlzZAICD2Q
... WAmYPFQIgL0JpbGxpbmctYW5kLUZpbmFuY21hbGC1TZXJ2aWNlcy9Qml5bGluZyAmYW1woyBGaW5hbmNpYWwg
... U2Vydm1jZXNkAgMPZBYCZg8VAi8vZm9yLYLXBhdGllbnRzLWFuZC1mYW1pbGllcy9wcm1jaW5nL5nLWFuZC1xdWFsa
... XR5LxVQcmljjaW5nIC1zhbXA7IFF1YWxpdHlkAgQPZBYCZg8VADcgZAm8ZGQ2YW5jZSkAmQ2xJlY3RpdmVzLxzJBBHzhbm
... NlIERpcmVjjdGl2ZXNkAgUPZBYCZg8VAhYvQ2VudHVyYS1ZWFsdGgtTElOS1MvFENlbnR1cmEgSGVhbHRoIEx
... JTktTZAIGD2QWAmYPFQIRL015Q2VudHVyYUhlYWx0aC8PYXROb2Z50dXJhSGVhbHRoZAIHD2QWAmYPFQIRL011
... ZGljjYWwtUmVjb3Jkcy8PTWVkaWNhbCBSZWNvcmRzZAIID2QWAmYPFQItL1BhdGllbnQtQmlsbC1vZi1SaWdod
... HMtYW5kLVJjlc3BvbnNpYmlsaXRpcZXMvLVBhdGllbnQgQmlsbCBvZiBSaWdodHMgMgJmFtcDsgUmVzcG9uc2liaW
... xpdGllc2QCCQ9kFgJmDxUCLS9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaXZhY3ktUHJhY3RpY2VzaXJ
... Qcml2YWN5IFByYWN0aWNlc2QCQ2BA9kFgRmDxUFHUZJUy9Jb211L0hlYWx0aC1hbmQtV2VsbG5lc3MtMvD2Ryb3Bk
... b3duLXRvZ2dsZQhkcm9wZG93bhVIZWFsdGggJmFtcDsgV2VsbG5lc3M8YiBjbGFzcz0iY2FyZXQiPjwvYj48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwIEZGQWAmYPZBYIAgEPZBYCZg8VAhAvSGVhbHRoROeS1IYWJpdHMvRHVhbHRoIGhgS
... GFiaXRzZAICD2QWAmYPFQILL0NhZmVXZWxsLS8JQ2Fmw61XZWxssZAIDD2QWAmYPFQINL2lUcmlhhZ2UtQXBwLw
... tpVHJpYWdlIEFwcGGCBA9kFgJmDxUCEC9IZWFsdGgtTGlicmFyeS80SGVhbHRoIExpYnJhcnlkAgcPZBYGAgM
... PZBYCZg9kFgRmD2QWAgIDD2QWAmYPZBYCAgEPFgIeBWNsYXNzBRRkcm9wem9uIGSBQQkNsZWFyZXAIBD2QWAgIB
... D2QWAmYPZBYCAgEPZBYCAgEPFgIfAwIBZGJmD2QWAmYPFQIAAGQCAQ8WAh8FaGQCAw8WAh8DAgEWAmYPZBYCA5
... gEPZBYCZg9kFgICAQ9kFgJCAQ9kFgJmD2QWAmYPZBYEZg9kFgJmD2QWAmYPZBYEZg9kFgJmDICD2QWAmYPDxYCHwVnZB
... YEAgEPFgIfAwIBFgJmD2QWAIBDxYEHwYFYFC2l0ZW0gYWN0aXZlIHwVoFgZmDxUCAAVfc2VsZmQCAQ8PFgQfBAV
... OL3VwbG9hZGVkZW1hZ2VzL2ZtYSpYXRcpm9uc2hlYXJJ0L0NvbnRlbnQvRklTL0hvbWUvRklTL0dZd2WxzL0dhcmRl
... bmluZ19Db3VtdWlhBnHg1BbHRlcm5hdGl2ZSBNZWRpY2luZS8PGlybVBhbGl0eXkYXJJOIEJhbm51cmRkAgBPZBYC
... g8VARtGbGF0aXJvbnMtSGVhbHRoMDQvZ2xvYl0CYgVmYmR2YSv2VYXJkAgIPFgII9hZd2XdFFUGxHQkoPiFFUWh8
... 4vdXBsb2FkZWRmYWdVZmxhemR2ZGlyYWdvcm9wZ2lkZWVydiBZWhbmltbHVZQS9nZXRfZ2Fib3N0D2YgZGV
... uaW5nN0X0NvdXBsZ5qcGcfBwUXRmxhdCBbmJjcm9ucyBIZWFydCBCYWVuZXJkZADCD2QWAmYPFQAmRmxhdGBCBjcm9u
... cyBIZWFydCAmIFZhc2N1bGGFFyDlBDxWCHgNzcmMFUWh0dHBzOi8vY5nb29nbGUuY29tL21hcHM/
... bGw9MzkuOTUxNTcwNywtMTA1LjE1MjUwNzMmNYMmY1wO3o9MTAmYW1wO291dHB 1dD11bWJlZGQCAw8WAh4EaHJlZ
... gVaL0NvbXBvbmVudHMvVGVtcGxhdGVzL0RpcmVjdGlvbnMuYXNweD91bmRhZGRyZXNzPTkwIEhlYWx0aCBQYX
... JrIERyaXZlLCBMb3Vpc3ZpbGxlIENPIDgwMDI3ZAIIDxYCHwMCAxYGAgEPZBYCZg8VBB4vRklTL0hvbWUvQ2F
... yZGlvbG9neS1TZXJ2aWNlcy8FX3NlbGYfQ2FyZGlvbG9neSBTZXJ2aWNlcxNDYJ2aWNlcxNDYJ2aWNlcxU8aW9zd2d5FX3NlbGYNT3VyIFByb3ZpZGVycw1Pd
... XIgUHJvdmlkZXJzZAIDD2QWAmYPFQQkL0ZJUy9Jb211L011lZXQtT3VyLVByb3ZpZGVycy8FX3NlbGYNT3VyIFByb3ZpZGVycw1Pd
... xmDVBhdGllbnQgRm9ybXMNUGF0aWVudCBGb3Jtc2QCAg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBkjwF
... jdGwwMF9Db250ZW50UGxhY2Vlb2xkxIxxO0Ryb3Bab25lMV91eENvbHZtbkRpc3BsYXlf3RsMDBfdXhDb250
... cm9sQ29sZW1uJEN0bnRlbnRDb3V4V2lkZ0Z2V0SG9zdF91eFFdpZGdldEhvc3RfZ2l1kZ2V0X1dpZGdldEVkaXRvc19Ve
... ENHbmNlbHbF8wX0Jl1dHRvbmQCAQ8UKwIDBacBX19kb1Bvc3RCRYWNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2xkZX
... IxJERyb3Bab251MSR1eENvbHVtbkRpc3BsYXkzJXRsMDAxXhDb250cm9sQ29sdW1uQ0ludGVudERvc1HV41kZ2V2
... 0SG9zdCR1eFdpZ2dldEdlhvc3Rfd2lkZ2V0X2VkaXRvcklnY2VuY2VsX0J1dHRvbicsIGJ1dHRvbiwgZmFsc2Us
... IHRydWUpVd5jZWxkAgUPZBYCZg9kFgRmD2QWAmYPZBYCAgEPFgIfBgUQUZHJvcHpvbmUgUEJDbGVhc
... mQCAQ9kFgICAQ9kFgJmD2QWAgIBDxYCHwYFBCBy3cWAgIBDxYCHwMCAxYGZg9kFgJmDxUCAABkAgEPFgIfBW
... hkAgMPFgIfAwIDFgJmD2QWAgIBDxYCHwMCAxYGAgEPZBYCZg9kFgRfcjFoIGhoY2gfGHJlcjFfpvbmUyX3V4
... Q29sdW1lU0Rlc2GxheV9jdGwwMF91eENvbnRyb2xDb3lBumBMV91eENvbnRyb2xDb3VZW4wNzXRIb3N0X3V4V0
... G9zdF93aWRnZXRfd3Z2lkZ2V0V0RpcG5yX1V4Q2FuY2VsX0J1dHRvbi5kAgYPZBYCZg9kFgRmD2QWAmYPZBYCAgEPFg
... soJ2N0bDBwAmQ2V2VdNl1uX2N0bbnRlbnRQbGFjjZUhvbGRlcj1EkRHJ1vcFpvbmUyJHV4Q29sdW1uRGlzcGxheUNlenRlbm
... vbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRSXRlb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXRlZ2l0b3JfY
... JFV4Q2FuY2VsJywnynJyk7cmV0dXJuIGZhbHNlO2QFBkNhbmNlbGCQCAQ9kFgJmD2QWAmYPZBYCAgEPZBYCAg
... TYnAGQCAQ8WAh8FaGQCAw8WAh8DAgEWAmYPZBYCAgEPZBYCZg9kFgFCAQ9kFgICAQ9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDB
... YPZBYCZg9kFgJmD2QWAIEDw8WAh8FZ2RkAgIPZBYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDB

... fQ29udVudFBsYWNlSG9zZevyWv9bdh9wWm9uZ13rfaaXHDb2x1bW5EaXNwbGF5SG9zdDAzX3V4Q29udHJvbENv
... bHVtbl9jdGwwMF91eFdpZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpZGdldF9XaWRnZXRFZGl0b3JfVXhDYW5j
... WxfMF9CdXR0b25SkAgEPFCsCAwWnAV9fZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9zZGVyMSRE
... 9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5SGN0bDAxJHV4Q29udHJvbENvbHVtbl9jdGwwMCR1eFdpZGdldEhvc3Q
... kdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkVXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFsc2U7ZAUG
... Q2FuY2VsZAICD2QWBmYPFQIRIGNsYXNzPSdjb2wtbWQtNicAZAIDBxCYCHwVoZAIDDxYCHwMCARYCZg9kFgICA
... Q9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEFPBYCZg9kFgRmD2QWAmYPZBYCAgQPDxYCHwVnZGQCAg9kFg
... ICBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGwwMF9Db250ZW50UGxhY2VIb2xkZXIxX0Ryb3Bab251Ml9
... 1eENvbHVtbkRpc3BsYXlfY3RsMDJfdXhDb250cm9sQ29sdW1uX2N0bDAwX3V4Q2V0SG9zdF91eFdpZGdGdl
... dEhvc3Rfd2l2kZXV0X01pd2dldDEVKaXRvci9VeENHbbmNlbF8wX0JlZHRvbkNCAQ8UKwIDBacBX19kb1Bvc3RCY
... WNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251Ml1eENvbHVtbkRpc3BsYXlfY3RsMDJkdXhD
... hDb250cm9sQ29sdW1uX2N0bDAwJHV4V2lkZ2V0SG9zdCR3aWRnZXRfV2lkZ2V0RWRpdG9yJFV0Q2FuY2VsJyc
... vciRVeENhbmNlbCcsJycpO3JldHVybiBmYWxzZTtkBQDYW5jZWxkAgkPZBYCZg9kFgRmD2QWAgIDD2QWAmYP
... ZBYCAgEPFgIfBgUQZHJvcHpvbmUgUEJDbGVhcmQCAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCZg9kFg
... ICAQ9kFgJmD2QWAmYPZBYCZg9kFgQCAQ8WAh8FaGQCAw8WAh4Fc3R5bGUFDWhlaWdodDoxMjVweDtkAgEPZBY
... GZg8QDxYCHwAFEEhvcml6b250YWwgQnJlYKGRkAgIPEGRkFgBkAgMPDxYCHwAFBFhhdmHkZAIBD2QWAgIB
... D2QWAmYPZBYCAgEPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWAgICD2QWAmYPZBYCZg9kFgJmD2QWB
... GYPFQGPAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRlcjFfRHJvcFpvbmUzX3V4Q29sdW1uRGlzcGxheV9jdGwwMF
... 91eENvbnRyb2xzb2x1bW5fY3RsMDBfdXhXaWRnZXRIb3N0X3V4V2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWR
... pdG9yX1V4Q2FuY2VsX2VSXzBfQnV0dG9uQhAPFHADBWN1cGxvYWQCAXhDb250ZW50UGxhY2VIb2xkZXIxJDdvc
... ZUhvci9VdG9wX1YxS3BmbVQ1MDA1LGNsZZVzLwAFX3NlbGYMUY3BlcmF2c3Jpd2dnMjkY7cmV0dX
... JuIGZhbHN1O2QFBkNhbmNlbGQCAQ9kFgRmD2QWAgIDD2QWAmYPZBYCAgEPZBYCAgQPEBYCZg9k
... mD2QWAmYPZBYCZg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9zZGVyMV9Ecm9wWm9uZTIkdXhDb2x1bW5EaXN
... wbGF5X2N0bDAwX3V4Q29udHJvbENvbHVtbl9jdGwwMF91eENvbHVtbl9jdGwwMF91eFdpZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpZGdl
... dF9XaWRnZXRFZGl0b3IkVXhDYW5jZWwtfM19CdXR0b25SkAgEPZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVud
... FBsYWNlSG9zZGVyMSR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uX2N0bDAwJHV4Q29u
... nLCcnKTtyZXR1cm4gZmFsc2U7ZAUGQ2FuY2VsZAIJD2QWCgIBDxYCHwMCBBYIZg9kFgJmDxUEHi9GSVMvSG9t
... ZS9DYXJkaW9wb2d5LVNLbcEDyPZyVzLwAFX3NlbGYMU3Bly2lhbhRpZXMgZAIBD2QWAmYPFQQdL0ZJUy9Ib21lL
... 01lZXQtT3VyLVByb3ZpZGVycy9aBV9zZWxmDU91ciBQcm92aWRlcnNkAgIPZBYCZg9VBBcvRklTL0hvbWUvRm
... 9yLVBhdGllbnRzLwAFX3NlbGYXRm9yIFBhdGllbnRzICYgRmFtaWxpZXNkAgMPZBYCZg9VBB4vRklTL0hvbWU
... vSGVhbHRoLWFuZC1XZWxsbmVzcy9aBV9zZWxmUShlYWx0aCAmIFdlbGxuZXNzDxYCHwMCARYCZg9kFgJm
... DxUEAAAFX3NlbGYZAIDDxYCHwMCBRYKZg9kFgJmDxUEDC9PdXItTmV0d29yawAAC091ciBOZXR3b3JrZAIBD
... 2QWAmYPQQVL0hvbWUvQURBLUNvbXBsaWFuY2UvAAAQQURBIENvbXBsaWFuY2VkAgIPZBYCZg9VBBcvQ2FyZW
... Vycy1hbmQtRWR1Y2F0aW9uLWNhcmVlcnNQAgIPZBYCZg9VBBEvSG9tZS9BYm91dC1Vc0FPZ9tZS8EaXNjbGF
... pbWVyLwAACkRpc2NsYWltZXJkAgEPZBYCZg9VBCUvY2lc2l02S1Qcml2YWN5LWFuZC1TZWN1cml1S1Qb2xpY
... Y3kvAAAhV2Vic2l02SBQcml2YWN5ICYgU2VjdXJpdHkgUG9saWN5ZAIEDxYCHwMCAhYCZg9kFgJmDxUEFS9S
... VMvSG9tZS9Db250YWN0LVVzLwAFX3NlbGYQ29udGFjdCBVc29ZG9kAgUPZBYCZg9kFgJmDxUEES9Pbmxpbmt
... kvAAVfc2VsZg9zPbmxpbmUgQmlsbCBQYXlkAgcPFgIfAwIFFgpmD2QWAmYPFQMML091cilOZXR3b3JrAAAtPdXI
... gTmV0d29rya2QCAQ9kFgJmDxUDFS9Ib21lL0FEQS1Db21wbGlhbmNlLwAOQURBIENvbXBsaWFuY2VkAgIPZBYC
... Zg8VAxcvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uLwATQ2FyZWVycyAmIEVkdWNhdGlvbmQCAw9kFgJmDxUDES9Ib
... 21lL0Rpc2NsYW1tZXIvAApEaXNjbGFpbWVyZAIED2QWAmYPFQMllLll1Ynx/pdGUtUHJpdmFjeS1hbmQtU2VjdX
... JpdHktUG9saWN5LwAFX3NlbGYXJ0ZSBQcml2YWN5ICYgU2VjdXJpdHkgUG9saWN5ZAIDYxCHwAFejxoMz5XaHk
... gV2UgQXNrIFlvdXIgWmlwIENvZGU8L2gzPjxwPk91ciBzZWFyY2ggdG9vbHMgcmVxdWlyZSBhIHppcCBjb2Rl
... IHRvIGlhdGNoIHRoZSBsb2NhdGlvbiBuZWFyZXN0OXN1IGNlc24yIgz48L3A+
... ZAIPDxYCHwAFGlBsZWFzZSB1cGdyYWRlIHlvdXIgYnJvd3NlcmQCEQ8WAh8ABWFGb3IgdGhlIGJlc3Qgc2l0Z
... SB2aWV3aW5nIGV4cGVyaWVuY2UgcGxlYXNlIHVwZ3JhZGUgdW91ciBicm93c2VyIHRvIEludGVybmV0IEV4cG
... xvcmVyIDkgb3IgYWJvdmUuZAIXDxYCHwBlZBgeBWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25
... lMiReENvbHVtbkRpc3BsYXkkY3RsMDEkdXhDb250cm9sQ29sdW1uX2N0bDAwX3V4Q29udHJvbENvbHVtbl9jdG
... U3dpdGNoDW9kYkAgFkRWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251Ml1eENvbHVtbkRpc3B
... XkkY3RsMDAkdXhDb250cm9sQ29sdW1uX2N0bDAyX3V4Q3R1eFVYU3dpdGNoGW9kFgBSl1jdG
... wwMCReEhlYWRlciRVeE1pY3Jvc2l02U11bnUkVXhSaWdodG5hdg4UKwAOZGRkZGRkZDwrAAgAghkZGRmAv/
... ///
... 8PZAVnY3RsMDAkQ29udGVudFBsYWNlSG9zZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV
... 4Q29udHJvbENvbHVtbl9jdGwwMCR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaaA8PZAIBAUxhNwGF9JGN0bDAwJHV4Q29udGVud
... dFBsYWNlSG9zZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbl9jdG
... GwwMSR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaaA8PZAIBDZAUkY3RsMDAkVXhDcmltdYXJ5TmF2TW9iaWxlJFV4TW
... 9iaWxlTmF2DxQraA5kZGRkZGRkPCsABAACBGRkZGYC////////
... w9kBaEBY3RsMDAkQ29udGVudFBsYWNlSG9zZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJH

56349… V4Q2sfdHJvbENvbHVtblY1biKjdeWwMCR1eFdpZGdlEhvc3QkdxHxaWRnZXRFZGl0
… 0b3IkVXhDYW5jZWwkQnV0dG9uJUFzcEJ1dHRvbk1hcmt1cE1vGVUPD2RmZAVBY3RsMDAkVXhQcmltYXJ5TmF2
… TW9iaWwxlJFV4TW9iaWwxlTmF2JGN0cmwwJFV4TW9iaWwxlTmF2U2Vjb25kTGV2ZWwPPCsADgMIZgxmDQL/////
… D2QFLmN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4V0VhTd2l0Y2gPD2QCAWQFoQFjdGwwMCR
… CRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ2
… 9sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zdCR1eFdpZGdlEhvc3Rfd2l1kZ2V0JFdpZGdldEVkaXRvciRVeENhbmN
… lbCRCdXR0b24kYXNwQnV0dG9uJUTWFya3VwTW9kZQ8PZGZkBWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERy
… b3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAxJHV4V2lkZ2V0SG9zd
… CR1eFVYU3dpdGNoDw9kAgFkBUFjdGwwMCRFeFByaW1hcn1OYXZtb2JpbGGUkVXhNb2JpbGGVOYXYkY3RybDMkVX
… hNb2JpbGVOYXZTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDwrAAQAAgRkZGRmAv////
… 8PZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRCcm9wWm9uZTEkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4
… 4Q29udHJvbENvbHVtbiRjdGwwMCR1eFdpZ2dldEhvc3QkdXhVWFN3aXRjaA8PAIBZAV4Y3RsMDAkQ29udGVu
… dFBsYWNlSG9sZGVyMSRCcm9wWm9uZTMkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbiRjd
… GwwMCR1eFdpZ2dldEhvc3QkdXhVWFN3aXRjaA8PAIB3UpdZdCRWaWV3U2V2OW9kZmQFoQFjdGwwMCRDb250ZW
… 50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN
… 0bDAzJHV4V2lkZ2V0SG9zdCR1eFdpZ2dlEhvc3Rfd2l1kZ2V0JFdpZGdldEVkaXRvciRVeENhbmNlbCRCdXR0b
… 24kYXNwQnV0dG9uJUTWFya3VwTW9kZQ8PZGZkBEY3RsMDAkQ29udGVudFBsYWNlSG9zdGVyMSRCcm9wWm9uZ
… TMkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbiRjdGwwMSR1eFdpZ2dldEhvc3QkdXhVWFN
… RnZXRIb3N0X3dpZGdldCRWaWRnZXRFZGl0b3IkVXhDYW5jZWwkQnV0dG9uJGFzcEN1dHRvbk1hcmt1cE1vZGU
… PD2RmZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWwxlJFV4TW9iaWwxlTmF2JGN0cmwwJFV4TW9iaWwxlTmF2U2Vj
… b25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAJAAIJZGRkZgL/////
… D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1e
… ENvbnRyb2xDb2x1bW4kY3RsMDIkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbnR
… RQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3R
… sMDMkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPD2QCAWQFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERy
… b3Bab251MSR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zd
… CR1eFdpZ2dldEhvc3Rfd2l1kZ2V0JFdpZGdldEVkaXRvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9uJGFzcEJ1
… VwW9kZQ8PZGZkBWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3R
… kY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAxJHV4V2l2kZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBaEBY3RsMDAk
… MCRVeEhlYWRlciRVeElpY3Jvc2l0Z1UllbnUkVXhMZW02bmF2DxQrAA5kZGRkZGRkPcsACQACCWRkZGYC/////
… w9kBS5jdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MSR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRCcm9wWm9uZTMkdXhDb2x1bW5EaXNwbGF5JGN0bDAw
… RDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29
… sdW1uJGN0bDAwJHV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVycyRCcm9wWm9uZTMk
… ZGVycyRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAw
… ZkBS5jdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAxJHV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNo
… kQ29udGVudFBsYWNlSG9sZGVyMSRCcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAw
… RDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAwJHV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdiRjdGwwJFV4TW9iaWxlTmF2U2Vj
… dlNlY29uZExldmVsDxQrAA5kZGRkZGRkFCsAA2RkZGIDZGRkZGL/////
… D2QFeGN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1e
… ENvbnRyb2xDb2x1bW4kY3RsMDEkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkVmlld1NldA8PZG
… ZkBS5jdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29
… kQ29udGVudFBsYWNlSG9zdGVyMSRCcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAw
… bHVtbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdlEhvc3Rfd2l1kZ2V0JFZpZWdTZXQPD2Q
… WwkQnV0dG9uJGFzcEJ1dHRvbk1hcmt1cE1vZGUPD2RmZP8lbcwD+
… yrjsCZZI8pNRfGG54LJCofFb4x1phuXkMIJ" />

56350   `</div>`

56351

56352   `<script type="text/javascript">`
56353   `//<![CDATA[`
56354   `var theForm = document.forms['aspnetForm'];`
56355   `if (!theForm) {`
56356     `theForm = document.aspnetForm;`
56357   `}`
56358   `function __doPostBack(eventTarget, eventArgument) {`
56359     `if (!theForm.onsubmit || (theForm.onsubmit() != false)) {`
56360       `theForm.__EVENTTARGET.value = eventTarget;`
56361       `theForm.__EVENTARGUMENT.value = eventArgument;`
56362       `theForm.submit();`
56363     `}`
56364   `}`
56365   `//]]>`
56366   `</script>`

56367

56368

56369   `<script`
…   `src="/WebResource.axd?d=`
…   `t6Xk1lyxXcG3Twa91mdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2`
…   `l-8q6Yk2c4QTTGPS_sQfQsl&amp;t=635586452020000000" type="text/javascript"></script>`

```
56370
56371
56372  <script
  …    src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
  …    lh7d_XvfCmt3JVE-
  …    v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
  …    KZ5IfKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
56373  <script
  …    src="/ScriptResource.axd?d=
  …    lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS10l8k-
  …    jDXi1WxaLqm-
  …    nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
  …    _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
56374  <div class="aspNetHidden">
56375
56376      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
  …    value="928E56FE" />
56377      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
  …    value="/wEdAARHzwKPs91Qzi7Z5KH8S77ZIKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
  …    O7/r72ox0aBhVzUZLj4uViHjMfNjVUaz727mXgcU3rPjm2SeCtjQczUcM=" />
56378  </div>
56379          <div id="top"></div>
56380
56381
56382
56383
56384
56385  <div class="logo-wrap visible-print">
56386      <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
56387  </div>
56388
56389  <header id="header" class="hidden-print">
56390      <div class="c">
56391          <a class="open-link opener hamburger-menu" href="#"></a>
56392          <div class="top-header">
56393
56394              <div class="col-md-12">
56395                  <div class="topbreadcrumb ">
56396                      <a class='test' href='/FIS/Home/'>Home</a>
56397                  </div>
56398
56399
56400
56401  <nav>
56402
56403
56404
56405              <ul class="contact-list">
56406              <li class="ektron-util-trigger"><span id="ektron-util-trigger"
  …    class="glyphicon glyphicon-chevron-left"></span></li>
56407
56408              <li>
56409                  <a href="/FIS/Home/Contact-Us/" target="" title="Contact Us">Contact
  …    Us</a>
56410
56411              </li>
56412
56413              <li>
56414                  <a href="/Online-Bill-Pay/" target="" title="Online Bill Pay">Online
  …    Bill Pay</a>
56415
56416              </li>
56417
56418              <li>
56419                  <a href="/Our-Network/" target="" title="Our Network">Our Network</a>
56420
56421              </li>
56422
```

```
56423                    <li>
56424                        <a href="/MyCenturaHealth/" target=""
…   title="MyCenturaHealth">MyCenturaHealth</a>
56425
56426                    </li>
56427
56428                </ul>
56429
56430   </nav>
56431                </div>
56432
56433        </div>
56434        <div class="lower-header">
56435            <div class="holder">
56436                <div class="logo-wrap">
56437                    <a href="/">
56438                        <img id="ctl00_UxHeader_UxLogo" class="logo"
…   src="/uploadedImages/flatironsheart/Content/FIS/Configuration/CHPG-Flatirons-Heart-
…   and-Vascular-Web.png" />
56439                    </a>
56440
56441                    <a href="#" class="drop-arrow">drop arrow</a>
56442
56443                </div>
56444                <div class="right-wrap">
56445                    <div class="search-form-new">
56446                        <div class="input-group input-group-sm">
56447                            <input id="searchText" type="text" class="form-control"
…   placeholder="Enter your search terms here" />
56448                            <div class="input-group-btn" >
56449                                <input type="hidden" id="searchFolderId"
…   value="8053"/>
56450                                <button type="button" class="btn btn-default
…   dropdown-toggle" data-toggle="dropdown" tabindex="-1">
56451                                    <span class="search-tip">current site</span><span
…   class="caret"></span>
56452                                    <span class="sr-only">Toggle Dropdown</span>
56453                                </button>
56454                                <ul class="dropdown-menu pull-right search-filter"
…   role="menu">
56455                                    <li><a href="0" data-folderid="8053"
…   class="active">current site</a></li>
56456                                    <li><a href="0" data-folderid="0">all
…   sites</a></li>
56457                                </ul>
56458                                <button id="main-site-search" type="button"
…   class="btn btn-default" tabindex="-1"><span class="glyphicon
…   glyphicon-search"></span></button>
56459                            </div>
56460                        </div>
56461                        <!-- /.input-group -->
56462                    </div>
56463
56464
56465   <nav id="nav">
56466
56467            <ul class="nav-tier-1">
56468
56469            <li>
56470                <a href="/FIS/Home/Cardiology-Services/" class="" target="_self">Our
…   Specialties</a>
56471
56472            </li>
56473
56474            <li>
56475                <a href="/FIS/Home/Meet-Our-Providers/" class="" target="_self">Our
…   Physicians</a>
56476
```

```
56477                <ul class="nav-tier-2">
56478
56479                <li>
56480                    <a href="/FIS/Our-Physicians/Monica-Gressianu/" class=""
      …  target="_self">Monica Gressianu, MD</a>
56481
56482                </li>
56483
56484                <li>
56485                    <a href="/FIS/Our-Physicians/Meet-Juan-Weksler,-MD/" class=""
      …  target="_self">Juan Weksler, MD</a>
56486
56487                </li>
56488
56489                <li>
56490                    <a href="/FIS/Our-Physicians/Meet-Kimberly-Riemer,-NP/" class=""
      …  target="_self">Kimberly Riemer, NP</a>
56491
56492                </li>
56493
56494                </ul>
56495
56496                </li>
56497
56498                <li>
56499                    <a href="/FIS/Home/For-Patients/" class="" target="_self">For
      …  Patients &amp; Families</a>
56500
56501                <ul class="nav-tier-2">
56502
56503                <li>
56504                    <a href="/FIS/For-Patients/Patient-Resources/" class=""
      …  target="_self">Patient Forms</a>
56505
56506                </li>
56507
56508                <li>
56509                    <a href="/Billing-and-Financial-Services/" class=""
      …  target="_self">Billing &amp; Financial Services</a>
56510
56511                <ul class="nav-tier-3">
56512
56513                <li>
56514                    <a href="/Financial-Help/" class="" target="_self">Financial Help</a>
56515
56516                </li>
56517
56518                <li>
56519                    <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
56520
56521                </li>
56522
56523                <li>
56524                    <a href="/How-Billing-Works/" class="" target="_self">How Billing
      …  Works</a>
56525
56526                </li>
56527
56528                <li>
56529                    <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
      …  Pay</a>
56530
56531                </li>
56532
56533                </ul>
56534
56535                </li>
56536
```

```
56537              <li>
56538                  <a href="/for-patients-and-families/pricing-and-quality/" class=""
…   target="_self">Pricing &amp; Quality</a>
56539
56540              <ul class="nav-tier-3">
56541
56542              <li>
56543                  <a
…   href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
…   target="_self">Costs for Common Procedures</a>
56544
56545              </li>
56546
56547              <li>
56548                  <a
…   href="/For-Patients-and-Families/Pricing/Quality-and-Safety-Ratings/" class=""
…   target="_self">Quality and Safety Ratings</a>
56549
56550              </li>
56551
56552              <li>
56553                  <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
…   class="" target="_self">Request a Custom Quote</a>
56554
56555              </li>
56556
56557              <li>
56558                  <a
…   href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
…   class="" target="_self">Resources for Patients and Consumers</a>
56559
56560              </li>
56561
56562              </ul>
56563
56564              </li>
56565
56566              <li>
56567                  <a href="/Advance-Directives/" class="" target="_self">Advance
…   Directives</a>
56568
56569              <ul class="nav-tier-3">
56570
56571              <li>
56572                  <a href="/Important-Questions/" class="" target="_self">Important
…   Questions</a>
56573
56574              </li>
56575
56576              </ul>
56577
56578              </li>
56579
56580              <li>
56581                  <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
…   Health LINKS</a>
56582
56583              <ul class="nav-tier-3">
56584
56585              <li>
56586                  <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
…   target="_self">Benefits Checkup</a>
56587
56588              </li>
56589
56590              <li>
56591                  <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
…   target="_self">Medicare Part D</a>
```

```
56592
56593                    </li>
56594
56595                    <li>
56596                        <a href="/Centura-Health-RX-Assistance-/" class="" target="_self">RX
       Assist</a>
56597
56598                    </li>
56599
56600                    <li>
56601                        <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
       class="" target="_self">State Health Insurance Plan</a>
56602
56603                    </li>
56604
56605                </ul>
56606
56607            </li>
56608
56609            <li>
56610                <a href="/MyCenturaHealth/" class=""
       target="_self">MyCenturaHealth</a>
56611
56612            </li>
56613
56614            <li>
56615                <a href="/Medical-Records/" class="" target="_self">Medical
       Records</a>
56616
56617            </li>
56618
56619            <li>
56620                <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
       target="_self">Patient Bill of Rights &amp; Responsibilities</a>
56621
56622            </li>
56623
56624            <li>
56625                <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
       target="_self">Privacy Practices</a>
56626
56627            </li>
56628
56629        </ul>
56630
56631    </li>
56632
56633    <li>
56634        <a href="/FIS/Home/Health-and-Wellness/" class=""
       target="_self">Health &amp; Wellness</a>
56635
56636        <ul class="nav-tier-2">
56637
56638            <li>
56639                <a href="/Healthy-Habits/" class="" target="_self">Healthy Habits</a>
56640
56641            <ul class="nav-tier-3">
56642
56643                <li>
56644                    <a href="/Exercise-/" class="" target="_self">Exercise</a>
56645
56646                </li>
56647
56648                <li>
56649                    <a href="/Nutrition-/" class="" target="_self">Nutrition</a>
56650
56651                </li>
56652
```

Page 1875

```
56653                    </ul>
56654
56655            </li>
56656
56657            <li>
56658                <a href="/CafeWell-/" class="" target="_self">CaféWell</a>
56659
56660            </li>
56661
56662            <li>
56663                <a href="/iTriage-App/" class="" target="_self">iTriage App</a>
56664
56665            </li>
56666
56667            <li>
56668                <a href="/Health-Library/" class="" target="_self">Health Library</a>
56669
56670            <ul class="nav-tier-3">
56671
56672            <li>
56673                <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
…   Information</a>
56674
56675            </li>
56676
56677            </ul>
56678
56679            </li>
56680
56681            </ul>
56682
56683            </li>
56684
56685            </ul>
56686
56687  </nav>
56688  <script type="text/javascript">
56689            $(".nav-tier-2").last().addClass("last-tier");
56690  </script>
56691                    </div>
56692                </div>
56693            </div>
56694        <div id="nav-slide-out">
56695            <div class="slide-out-left"></div>
56696            <div class="slide-out-middle"></div>
56697            <div class="slide-out-right"></div>
56698        </div>
56699        <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
…   id="EktronScriptBlockf63830fbbb3948bc88462299f24a667d" type="text/javascript">
56700
56701  $ektron.extend(true, Ektron,
…   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,
…   "IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
56702
56703
56704  </script></span>
56705  <div id="locations-slide-out">
56706      <div class="nav-col">
56707          <ul>
56708
56709                    <li><span class="glyphicon glyphicon-home"></span>
56710                        <a href=http://www.centura.org/home/>Centura Health</a>
56711                    </li>
56712
56713                    <li>
56714                        <a href=http://www.avistahospital.org/avh/home/>Avista
```

```
56714…    Adventist Hospital</a>
56715                        </li>
56716
56717                        <li>
56718                            <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
…         Grant County Hospital</a>
56719                        </li>
56720
56721                        <li>
56722                            <a href=http://www.castlerockhospital.org>Castle Rock
…         Adventist Hospital</a>
56723                        </li>
56724
56725                        <li>
56726                            <a href=http://www.mylittletonhospital.org>Littleton
…         Adventist Hospital</a>
56727                        </li>
56728
56729                        <li>
56730                            <a href=http://www.luhcares.org/>Longmont United Hospital</a>
56731                        </li>
56732
56733                        <li>
56734                            <a href=http://www.mercydurango.org>Mercy Regional Medical
…         Center</a>
56735                        </li>
56736
56737                        <li>
56738                            <a href=http://www.orthocolorado.org>OrthoColorado
…         Hospital</a>
56739                        </li>
56740
56741                        <li>
56742                            <a href=http://www.parkerhospital.org>Parker Adventist
…         Hospital</a>
56743                        </li>
56744
56745            </ul>
56746        </div>
56747        <div class="nav-col">
56748            <ul>
56749
56750                        <li>
56751                            <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
…         Health Services</a>
56752                        </li>
56753
56754                        <li>
56755                            <a href=http://www.porterhospital.org>Porter Adventist
…         Hospital</a>
56756                        </li>
56757
56758                        <li>
56759                            <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
56760                        </li>
56761
56762                        <li>
56763                            <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
…         North Health Campus</a>
56764                        </li>
56765
56766                        <li>
56767                            <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
…         Medical Center</a>
56768                        </li>
56769
56770                        <li>
56771                            <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
```

```
56771…  Center</a>
56772                              </li>
56773
56774                          <li>
56775                              <a href=http://www.stcatherinehosp.org>St. Catherine
      …  Hospital</a>
56776                              </li>
56777
56778                          <li>
56779                              <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
      …  Hospital</a>
56780                              </li>
56781
56782              </ul>
56783          </div>
56784          <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
      …  hospital-image">
56785
56786              <img alt="Centura Health Find a Location"
      …  src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
56787              <br />
56788              <p>Centura Health has more experts in more places throughout the region.
      …  Start your health journey by finding the right one for you.</p>
56789              <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
      …  btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
      …  Menu Dropdown">search locations</button>
56790
56791  </div>
56792      <div class="clearfix"></div>
56793  </div>
56794
56795      </div>
56796  </header>
56797
56798
56799
56800
56801  <div id="theMobileNav" role="navigation" class="hidden-print">
56802      <div class="navbar navbar-default navbar-fixed-top" role="navigation">
56803          <div class="container">
56804              <div class="navbar-header">
56805                  <button type="button" class="navbar-toggle pull-left
      …  mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
56806                      <span class="sr-only">Toggle navigation</span>
56807                      <span class="icon-bar"></span>
56808                      <span class="icon-bar"></span>
56809                      <span class="icon-bar"></span>
56810                  </button>
56811                  <a class="navbar-brand" href="/">
56812                      <img id="ctl00_UxPrimaryNavMobile_UxLogo"
      …  src="/uploadedImages/flatironsheart/Content/FIS/Configuration/CHPG-Flatirons-Heart-
      …  and-Vascular-Web.png" />
56813                  </a>
56814              </div>
56815              <div class="navbar-collapse collapse">
56816
56817                      <ul class="nav navbar-nav navbar-right" id="mobile-nav">
56818
56819                      <li class="dropdown">
56820                          <a href="/FIS/Home/Cardiology-Services/"
56821                              class=""
56822                              data-toggle="">
56823                              Our Specialties
56824
56825                          </a>
56826
56827                      </li>
56828
```

```
56829                          <li class="dropdown">
56830                            <a href="/FIS/Home/Meet-Our-Providers/"
56831                              class="dropdown-toggle"
56832                              data-toggle="dropdown">
56833                              Our Physicians
56834                              <b class="caret"></b>
56835                            </a>
56836
56837                                <ul class="dropdown-menu">
56838
56839                                  <li><a
…    href="/FIS/Our-Physicians/Monica-Gressianu/">Monica Gressianu, MD</a></li>
56840
56841                                  <li><a
…    href="/FIS/Our-Physicians/Meet-Juan-Weksler,-MD/">Juan Weksler, MD</a></li>
56842
56843                                  <li><a
…    href="/FIS/Our-Physicians/Meet-Kimberly-Riemer,-NP/">Kimberly Riemer, NP</a></li>
56844
56845                                </ul>
56846
56847                          </li>
56848
56849                          <li class="dropdown">
56850                            <a href="/FIS/Home/For-Patients/"
56851                              class="dropdown-toggle"
56852                              data-toggle="dropdown">
56853                              For Patients &amp; Families
56854                              <b class="caret"></b>
56855                            </a>
56856
56857                                <ul class="dropdown-menu">
56858
56859                                  <li><a
…    href="/FIS/For-Patients/Patient-Resources/">Patient Forms</a></li>
56860
56861                                  <li><a
…    href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>
56862
56863                                  <li><a
…    href="/for-patients-and-families/pricing-and-quality/">Pricing &amp; Quality</a></li>
56864
56865                                  <li><a href="/Advance-Directives/">Advance
…    Directives</a></li>
56866
56867                                  <li><a href="/Centura-Health-LINKS/">Centura
…    Health LINKS</a></li>
56868
56869                                  <li><a
…    href="/MyCenturaHealth/">MyCenturaHealth</a></li>
56870
56871                                  <li><a href="/Medical-Records/">Medical
…    Records</a></li>
56872
56873                                  <li><a
…    href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
…    Responsibilities</a></li>
56874
56875                                  <li><a
…    href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
56876
56877                                </ul>
56878
56879                          </li>
56880
56881                          <li class="dropdown">
56882                            <a href="/FIS/Home/Health-and-Wellness/"
56883                              class="dropdown-toggle"
```

```
56884                                     data-toggle="dropdown">
56885                                 Health &amp; Wellness
56886                                 <b class="caret"></b>
56887                             </a>
56888
56889                             <ul class="dropdown-menu">
56890
56891                             <li><a href="/Healthy-Habits/">Healthy
…       Habits</a></li>
56892
56893                             <li><a href="/CafeWell-/">CaféWell</a></li>
56894
56895                             <li><a href="/iTriage-App/">iTriage App</a></li>
56896
56897                             <li><a href="/Health-Library/">Health
…       Library</a></li>
56898
56899                             </ul>
56900
56901                         </li>
56902
56903                     </ul>
56904
56905             </div>
56906             <!--/.nav-collapse -->
56907         </div>
56908     </div>
56909     <div class="mobile-search">
56910         <div class="input-group input-group-sm">
56911             <input id="mobile-search-text" type="text" class="form-control"
…       placeholder="Enter your search terms here" />
56912             <div class="input-group-btn">
56913                 <button type="button" class="btn btn-default dropdown-toggle"
…       data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
56914                 <input type="hidden" id="mobileSearchFolderId" value="8053" />
56915                 <span class="mobile-search-tip">current site</span><span
…       class="caret"></span>
56916                 <span class="sr-only">Toggle Dropdown</span>
56917                 </button>
56918                 <ul class="dropdown-menu pull-right mobile-search-filter"
…       role="menu">
56919                     <li><a href="0" data-folderid="8053" class="active">current
…       site</a></li>
56920                     <li><a href="0" data-folderid="">all sites</a></li>
56921                 </ul>
56922                 <button id="mobile-search-button" type="button" class="btn
…       btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
56923             </div>
56924         </div>
56925     </div>
56926 </div>
56927
56928 <script>
56929     $(document).ready(function () {
56930         // Add an item for the root node link to each sub-menu
56931         $("#mobile-nav .dropdown-toggle").each(function () {
56932             var dropdownHeader = $(this);
56933             var dropdownMenu = dropdownHeader.next();
56934
56935             var newTitle = dropdownHeader.text() + " Home";
56936             var newLink = dropdownHeader.attr("href");
56937
56938             var newTopItem = $(document.createElement("li"));
56939             var newTopLink = $(document.createElement("a")).attr("href",
…       newLink).text(newTitle);
56940
56941             newTopItem.append(newTopLink);
56942
```

```
56943                dropdownMenu.prepend(newTopItem);
56944            });
56945
56946            // Prevent sub-menu items from triggering collapse when clicked
56947            $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
56948                clickEvent.stopPropagation();
56949            });
56950
56951            $('#mobile-nav').append('<li class="your-navs"><a
     href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
56952            $('#mobile-nav').append('<li class="your-navs"><a
     href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
56953            $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
     target="_blank">MyCenturaHealth</a></li>');
56954        });
56955    </script>
56956
56957            <div class="contentPush"></div>
56958            <div id="content" class="container-fluid snap-content">
56959
56960                <!--Header-->
56961
56962                <div>
56963
56964        <script type="text/javascript">
56965    //<![CDATA[
56966    Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
     ctl03', 'aspnetForm',
     ['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
     DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
     tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
     uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
     ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
     ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
     uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
     ctl00$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
     ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl00$
     uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
     ctl02$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
     ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
     uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
     ctl00$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
     ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl02$
     uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
     ctl00$uxControlColumn$ctl03$uxWidgetHost$uxUpdatePanel',''], [], [], 90, 'ctl00');
56967    //]]>
56968    </script>
56969
56970
56971        <script type="text/javascript">
56972            Ektron.PBSettings = { 'dontClose': false }
56973        </script>
56974
56975
56976
56977
56978            <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">
56979
56980            </div>
56981            <script id="EktronScriptBlock0c1bab967de840d5aa351c4d79305e3e"
     type="text/javascript">
56982
56983    Ektron.ready(function(event, eventName){
56984
56985                    $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
     .ui-dialog-buttonpane a").button();
56986                    $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
     .framework").accordion({
```

```
56987                    heightStyle: "content",
56988                    activate: function(event, ui){
56989                        $ektron(ui).closest(".ui-accordion").accordion("refresh");
56990                    }
56991                });
56992                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
...  handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
56993
56994    });
56995
56996
56997    </script>
56998
56999
57000
57001        <div id="location-landing-header">
57002            <div class="container">
57003
57004            <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">
57005
57006                    <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
...  data-ux-pagebuilder="DropZone">
57007
57008                            <div data-ux-pagebuilder="Column">
57009
57010                                <ul>
57011
57012                                    <li>
57013
57014            <div
...  id="
...  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
...  getHost_uxUpdatePanel">
57015
57016                    <div data-ux-pagebuilder="Widget">
57017
57018                        <div class="widgetBody">
57019                            <span
...  id="
...  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
...  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
...  id="EktronScriptBlock9256682a43e4428494969aa7f8f43ce5" type="text/javascript">
57020
57021        $ektron.extend(true, Ektron,
...  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
...  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
...  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
...  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57022
57023
57024        </script></span>
57025   <div class="container">
57026        <div
...  id="
...  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
...  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
57027
57028        <div id="landing-carousel" class="col-md-9 no-padding">
57029            <div id="location-landing-full" class="carousel slide" data-ride="carousel"
...  data-wrap="true">
57030                <div class="carousel-inner">
57031
57032
57033
57034
57035
57036                            <div
...  id="
```

```
57036…  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    …   l00_UxSliderNoLink" class="item active">
57037…                          <img
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    …   l00_Image1" class="full"
    …   src="/uploadedImages/flatironsheart/Content/FIS/Home/Carousels/Gardening_Couple.jpg"
    …   alt="Flat Irons Heart Banner" />
57038…                          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    …   l00_Div2" class="carousel-caption">
57039                               <p>Flat Irons Heart & Vascular</p>
57040                           </div>
57041                       </div>
57042
57043               </div>
57044
57045
57046           </div>
57047       </div>
57048
57049           </div>
57050       <div id="landing-column" class="col-md-3 no-padding">
57051
57052
57053
57054           <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_mapDiv" class="gmap">
57055               <div class="mask"></div>
57056               <iframe
    …   src="https://maps.google.com/maps?ll=39.9515707,-105.1525073&amp;z=10&amp;output=
    …   embed"
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
    …   width="425"></iframe>
57057               <a href="/Components/Templates/Directions.aspx?endaddress=90 Health Park
    …   Drive, Louisville CO 80027"
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
    …   data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
    …   data-title="Directions" class="ilightbox btn btn-gmap"
    …   data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
    …   data-action="click" role="button">directions</a>
57058           </div>
57059
57060           <div class="linx">
57061
57062               <ul>
57063
57064                   <li><a href="/FIS/Home/Cardiology-Services/" target="_self"
    …   title="Cardiology Services">Cardiology Services</a></li>
57065
57066                   <li><a href="/FIS/Home/Meet-Our-Providers/" target="_self"
    …   title="Our Providers">Our Providers</a></li>
57067
57068                   <li><a href="/FIS/For-Patients/Patient-Resources/" target="_self"
    …   title="Patient Forms">Patient Forms</a></li>
57069
57070               </ul>
57071
```

```
57072                    </div>
57073            </div>
57074 </div>
57075
57076
57077                            </div>
57078                    </div>
57079
57080        </div>
57081
57082                                            </li>
57083
57084                            </ul>
57085                        </div>
57086
57087                    </div>
57088
57089 </div>
57090
57091        </div>
57092        </div>
57093        <div class="container">
57094            <div class="col-md-9">
57095
57096            <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
… class="container">
57097
57098                <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
… data-ux-pagebuilder="DropZone" class=" row">
57099
57100                        <div data-ux-pagebuilder="Column">
57101
57102                            <ul>
57103
57104                                <li>
57105
57106            <div
… id="
… ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
… getHost_uxUpdatePanel">
57107
57108                    <div data-ux-pagebuilder="Widget">
57109
57110                        <div class="widgetBody">
57111
57112 <div>
57113        <h1 class="global-h1">Welcome to Flatirons Heart and Vascular and the expert care
… of Dr. Juan Weksler, interventional cardiologist.</h1>
57114 </div>
57115
57116                        </div>
57117                    </div>
57118
57119        </div>
57120
57121                                            </li>
57122
57123                                            <li>
57124
57125            <div
… id="
… ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
… getHost_uxUpdatePanel">
57126
57127                    <div data-ux-pagebuilder="Widget">
57128
57129                        <div class="widgetBody">
57130
```

```
57131          <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
   …  getHost_uxWidgetHost_widget_CB">
57132              <img style="float: left; margin-right: 1em; margin-left: 1em;"
   …  src="/uploadedImages/flatironsheart/Content/FIS/Home/Weksler_diagnostics.jpg"
   …  alt="Dr. Juan Weksler - Denver, Boulder Cardiologist - Flat Irons Heart and Vascular"
   …  class="image-responsive"/>Dr. Juan Weksler, board certified interventional
   …  cardiologist, and Kim Riemer, acute care nurse practitioner, take a preventive,
   …  whole-person approach to heart care.<p>          Dr. Weksler was named to U.S. News
   …  & World Report's Top Doctors list and is board certified in interventional
   …  cardiology, cardiac disease and endovascular medicine. He uses the latest technology
   …  to treat advanced heart and vascular disease with minimally invasive techniques and
   …  specializes in endovascular medicine and intervention—treating blockages in arteries
   …  from within using high-tech techniques like stents, balloons, lasers and atherectomy.
   …  Dr. Weksler is also highly skilled in cardiac catheterization—among other specialized
   …  cardiac and vascular procedures.</p>    <p>          Kimberly Riemer, NP, has more
   …  than a decade of cardiology experience which includes six years working as an
   …  intensive care nurse. She has special interest in patient education, heart rhythm
   …  management and prevention of cardiac disease.</p>    <p>At Flatirons Heart and
   …  Vascular, patients can be assured that their risk for progressive cardiac conditions
   …  will be addressed and treated with the latest techniques and technology.</p>
57133          </div>
57134
57135          <span
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
   …  getHost_uxWidgetHost_widget_errorLb"></span>
57136
57137                  </div>
57138              </div>
57139
57140      </div>
57141
57142                                      </li>
57143
57144                                      <li>
57145
57146          <div
   …  id="
   …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
   …  getHost_uxUpdatePanel">
57147
57148              <div data-ux-pagebuilder="Widget">
57149
57150                  <div class="widgetBody">
57151
57152      <hr class="gray" />
57153
57154
57155                  </div>
57156              </div>
57157
57158      </div>
57159
57160                                      </li>
57161
57162                              </ul>
57163                          </div>
57164
57165                  <div data-ux-pagebuilder="Column" class='col-md-6'>
57166
57167                      <ul>
57168
57169                                      <li>
57170
57171          <div
   …  id="
```

```
57171    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
  …      getHost_uxUpdatePanel">
57172
57173                    <div data-ux-pagebuilder="Widget">
57174
57175                        <div class="widgetBody">
57176                            <span
  …      id="
  …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
  …      getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
  …      id="EktronScriptBlock4e884013b7c04b42af3bb8ead299a408" type="text/javascript">
57177
57178            $ektron.extend(true, Ektron,
  …      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
  …      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
  …      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
  …      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57179
57180
57181            </script></span>
57182
57183
57184    <div
  …      id="
  …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
  …      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
57185
57186        <div class="media col-spacing-medium">
57187            <a class="pull-left " href='/MyCenturaHealth/' target='_self'
  …      data-category="Featured Content" data-action="click" data-label="MyCenturaHealth">
57188                <img class="media-object" alt='Health library - small'
  …      src='/uploadedImages/flatironsheart/Content/FIS/Feautres/service_thumbnail_Health1.
  …      jpg?n=471' title='Health library - small'>
57189            </a>
57190            <div class="media-body">
57191                <h4 class="media-heading"><a class="" href='/MyCenturaHealth/'
  …      target='_self' data-category="Featured Content" data-action="click"
  …      data-label="MyCenturaHealth">MyCenturaHealth</a></h4>
57192                <p>Sign up and get online access to your health information.</p>
57193                <button type="button" class="btn btn-gray "
  …      onclick="document.location.href='/MyCenturaHealth/';" data-category="Featured
  …      Content" data-action="click" data-label="MyCenturaHealth">MyCenturaHealth</button>
57194            </div>
57195        </div>
57196
57197            </div>
57198
57199
57200                    </div>
57201                </div>
57202
57203        </div>
57204
57205                                    </li>
57206
57207                            </ul>
57208                        </div>
57209
57210                        <div data-ux-pagebuilder="Column" class='col-md-6'>
57211
57212                            <ul>
57213
57214                                    <li>
57215
57216        <div
  …      id="
  …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
  …      getHost_uxUpdatePanel">
```

```
57217
57218                 <div data-ux-pagebuilder="Widget">
57219
57220                     <div class="widgetBody">
57221                         <span
     … id="
     … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
     … getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
     … id="EktronScriptBlocke528d699eb48445cb5db4aea5bfe4ed1" type="text/javascript">
57222
57223         $ektron.extend(true, Ektron,
     … {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
     … FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
     … Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
     … IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57224
57225
57226         </script></span>
57227
57228
57229 <div
     … id="
     … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
     … getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
57230
57231     <div class="media col-spacing-medium">
57232         <a class="pull-left " href='/FIS/Home/Health-and-Wellness/' target='_self'
     … data-category="Featured Content" data-action="click" data-label="Heart Health &
     … Wellness">
57233             <img class="media-object" alt='Heart'
     … src='/uploadedImages/flatironsheart/Content/FIS/Feautres/
     … service_thumbnail_HeartofString.jpg?n=868' title='Heart'>
57234         </a>
57235         <div class="media-body">
57236             <h4 class="media-heading"><a class=""
     … href='/FIS/Home/Health-and-Wellness/' target='_self' data-category="Featured Content"
     … data-action="click" data-label="Heart Health & Wellness">Heart Health &
     … Wellness</a></h4>
57237             <p>Let us help inspire healthy habits for your heart and overall
     … health.</p>
57238             <button type="button" class="btn btn-gray "
     … onclick="document.location.href='/FIS/Home/Health-and-Wellness/';"
     … data-category="Featured Content" data-action="click" data-label="Heart Health &
     … Wellness">find resources</button>
57239         </div>
57240     </div>
57241
57242         </div>
57243
57244
57245                 </div>
57246             </div>
57247
57248     </div>
57249
57250                                 </li>
57251
57252                             </ul>
57253                         </div>
57254
57255             </div>
57256
57257 </div>
57258
57259         </div>
57260         <div class="col-md-1"></div>
57261         <div class="col-md-3">
57262
```

```
57263        <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">
57264
57265              <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
57266
…     data-ux-pagebuilder="DropZone">
57267
57268                    <div data-ux-pagebuilder="Column">
57269
57270                       <ul>
57271
57272                          <li>
57273
57274        <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…     getHost_uxUpdatePanel">
57275
57276              <div data-ux-pagebuilder="Widget">
57277
57278                 <div class="widgetBody">
57279
57280
57281        <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…     getHost_uxWidgetHost_widget_divBreak" style="height: 25px;"></div>
57282
57283                 </div>
57284              </div>
57285
57286        </div>
57287
57288                          </li>
57289
57290                          <li>
57291
57292        <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…     getHost_uxUpdatePanel">
57293
57294              <div data-ux-pagebuilder="Widget">
57295
57296                 <div class="widgetBody">
57297                       <span
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…     getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…     id="EktronScriptBlock7f63a7c6317b464e97d09d198cc4bfba" type="text/javascript">
57298
57299              $ektron.extend(true, Ektron,
…     {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…     FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…     Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…     IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57300
57301
57302        </script></span>
57303
57304
57305
57306
57307
57308                 </div>
57309              </div>
57310
57311        </div>
57312
```

```
57313                                                      7119
57314
57315                                          <li>
57316
57317          <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…    getHost_uxUpdatePanel">
57318
57319                    <div data-ux-pagebuilder="Widget">
57320
57321                       <div class="widgetBody">
57322                             <span
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…    id="EktronScriptBlockd747c98be2b0462d8aeceabd6c0dd504" type="text/javascript">
57323
57324          $ektron.extend(true, Ektron,
…    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57325
57326
57327          </script></span>
57328    <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…    getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
57329
57330       <div class="read-more">
57331          <div>
57332             <a href='/FIS/Home/Contact-Us/' class="thumbnail " target='_self'
…    data-category="Featured Content" data-action="click" data-label="Schedule an
…    Appointment">
57333                 <img alt='Contact Us'
…    src='/uploadedImages/flatironsheart/Content/FIS/Feautres/telephone symbol button.png'
…    title='Contact Us' /></a>
57334             <h3><a class="" href='/FIS/Home/Contact-Us/' target='_self'
…    data-category="Featured Content" data-action="click" data-label="Schedule an
…    Appointment">Schedule an Appointment</a></h3>
57335             <p>Call to schedule your appointment Flatirons Heart & Vascular</p>
57336          </div>
57337          <button type="button" class="btn btn-gray "
…    onclick="document.location.href='/FIS/Home/Contact-Us/';" data-category="Featured
…    Content" data-action="click" data-label="Schedule an Appointment">contact us</button>
57338       </div>
57339
57340          </div>
57341
57342
57343
57344
57345                       </div>
57346                    </div>
57347
57348       </div>
57349
57350                                          </li>
57351
57352                                          <li>
57353
57354          <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
…    getHost_uxUpdatePanel">
57355
```

```
57356                        <div data-ux-pagebuilder="widget">
57357
57358                        <div class="widgetBody">
57359                            <span
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
…    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…    id="EktronScriptBlockf0ec66bf811f46ccaf794e96a765a7e0" type="text/javascript">
57360
57361            $ektron.extend(true, Ektron,
…    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
57362
57363
57364            </script></span>
57365
57366
57367
57368
57369
57370                        </div>
57371                    </div>
57372
57373        </div>
57374
57375                                            </li>
57376
57377                        </ul>
57378                    </div>
57379
57380                    </div>
57381
57382 </div>
57383
57384            </div>
57385        </div>
57386
57387                    <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
57388                </div>
57389
57390            <!--Footer-->
57391
57392
57393
57394 <div id="footer">
57395
57396     <div class="footer-desktop">
57397        <div class="container">
57398            <div class="row">
57399                <div class="col-md-12">
57400                    <a class="footer-logo-desktop" href="/">
57401
57402                        <img alt="centura-health"
…    src="/css/imgs/logo-centura-health.png" />
57403
57404                    </a>
57405                </div>
57406            </div>
57407            <div class="row">
57408                <div class="col-md-3">
57409                    <nav class="footer-nav-links">
57410                        <ul>
57411
57412                            <li>
57413                                <a href='/FIS/Home/Cardiology-Services/'
…    class="" target='_self'>Specialties  </a>
```

```
57414
57415
57416                                    <li>
57417                                        <a href='/FIS/Home/Meet-Our-Providers/'
…    class="" target='_self'>Our Providers </a>
57418                                    </li>
57419
57420                                    <li>
57421                                        <a href='/FIS/Home/For-Patients/' class=""
…    target='_self'>For Patients & Families </a>
57422                                    </li>
57423
57424                                    <li>
57425                                        <a href='/FIS/Home/Health-and-Wellness/'
…    class="" target='_self'>Health & Wellness </a>
57426                                    </li>
57427
57428                                </ul>
57429                            </nav>
57430                        </div>
57431                        <div class="col-md-3">
57432                            <nav class="footer-nav-links">
57433                                <ul>
57434
57435                                    <li>
57436                                        <a href='' class="" target='_self'> </a>
57437                                    </li>
57438
57439                                </ul>
57440                            </nav>
57441                        </div>
57442                        <div class="col-md-3">
57443                            <nav class="footer-nav-links">
57444                                <ul class="go-gray">
57445
57446                                    <li>
57447                                        <a href='/Our-Network' class="" target=''>Our
…    Network </a>
57448                                    </li>
57449
57450                                    <li>
57451                                        <a href='/Home/ADA-Compliance/' class=""
…    target=''>ADA Compliance </a>
57452                                    </li>
57453
57454                                    <li>
57455                                        <a href='/Careers-and-Education/' class=""
…    target=''>Careers & Education </a>
57456                                    </li>
57457
57458                                    <li>
57459                                        <a href='/Home/Disclaimer/' class=""
…    target=''>Disclaimer </a>
57460                                    </li>
57461
57462                                    <li>
57463                                        <a
…    href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
…    Security Policy </a>
57464                                    </li>
57465
57466                                <li>&copy; 2016  Centura Health</li>
57467                                </ul>
57468                            </nav>
57469                        </div>
57470                        <div class="col-md-3">
57471                            <div class="contact-wrap">
57472                                <ul class="pay-list">
```

```
57473
57474                                            <li>
57475                                                <a href='/FIS/Home/Contact-Us/' class=""
…   target='_self'>Contact Us </a>
57476                                            </li>
57477
57478                                            <li>
57479                                                <a href='/Online-Bill-Pay/' class=""
…   target='_self'>Online Bill Pay </a>
57480                                            </li>
57481
57482                            </ul>
57483
57484                        </div>
57485                    </div>
57486                </div>
57487            </div>
57488            <div class="footer-mobile">
57489                <div class="row">
57490
57491                </div>
57492                <div class="row">
57493                    <div class="col-sm-12 text-center">
57494                        <nav class="faux-table">
57495                            <ul class="disclaimers">
57496
57497                                    <li>
57498                                        <a href='/Our-Network' class=""
…   target="_blank">Our Network </a>
57499                                    </li>
57500
57501                                    <li>
57502                                        <a href='/Home/ADA-Compliance/' class=""
…   target="_blank">ADA Compliance </a>
57503                                    </li>
57504
57505                                    <li>
57506                                        <a href='/Careers-and-Education/' class=""
…   target="_blank">Careers & Education </a>
57507                                    </li>
57508
57509                                    <li>
57510                                        <a href='/Home/Disclaimer/' class=""
…   target="_blank">Disclaimer </a>
57511                                    </li>
57512
57513                                    <li>
57514                                        <a
…   href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
…   & Security Policy </a>
57515                                    </li>
57516
57517                            </ul>
57518                        </nav>
57519                    </div>
57520                </div>
57521                <div class="row">
57522                    <div class="col-sm-12 text-center">
57523                        <span class="copyright">2016 Centura Health</span>
57524                    </div>
57525                </div>
57526            </div>
57527        </div>
57528
57529        <div class="link-to-top">
57530            <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
57531        </div>
57532
```

```
57533        <div id="drawer-content"
57534            <iframe id="drawer-iframe" src="about:blank"
…    allowtransparency="true"></iframe>
57535        </div>
57536
57537            <script type="text/javascript">
57538            setTimeout(function(){var a=document.createElement("script");
57539            var b=document.getElementsByTagName("script")[0];
57540
…    a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
…    Math.floor(new Date().getTime()/3600000);
57541            a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
57542            </script>
57543    </div>
57544
57545        </div>
57546
57547    <div class="snap-drawers hidden-print">
57548        <div class="snap-drawer snap-drawer-left">
57549            <div class="open-close">
57550                <div class="searcher-wrap">
57551                    <div class="searcher">
57552                        <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
…    type="text" id="hamburgerSearchBox" />
57553                        <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
…    value="" id="ctl00_UxHamburgermenu_drawersearch" />
57554                    </div>
57555                    <a href="#" class="closer"><span class="glyphicon
…    glyphicon-remove"></span></a>
57556                    <div class="site-options">
57557                        Search:
57558                        <input type="radio" name="site" value="current site"
…    checked="checked" folderid="8053" data-folderid="8053" /><span>Current Site</span>
57559                        <input type="radio" name="site" value="all sites"
…    data-folderid="0" /><span>All Sites</span>
57560                    </div>
57561                </div>
57562
57563                <ul class="feature-list">
57564
57565                    <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
…    class="physician-finder">Find a Doctor</a></li>
57566
57567                    <li class="four"><a
…    href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
57568                    <li class="three"><a href="/MyCenturaHealth/"
…    target="_blank">MyCenturaHealth</a></li>
57569                </ul>
57570            </div>
57571        </div>
57572    </div>
57573
57574    <script type="text/javascript">
57575        function ValidateSearch(e) {
57576            var txtValue = document.getElementById('hamburgerSearchBox').value;
57577            if (txtValue == "") {
57578                $(".searcher").css("background-color", "#FBC2C4");
57579                $(".searcher input").css("background-color", "#FBC2C4");
57580                e.preventDefault();
57581                return false;
57582            }
57583            else {
57584                e.preventDefault();
57585                hamburgerSearch();
57586            }
57587        }
57588
57589        $(".searcher input[type='submit']").click(function (e) {
```

```
57590              validateSearch(e);
57591          });
57592          $(".searcher input[type='text']").keyup(function (event) {
57593              if (event.which == '13') {
57594                  var txtValue = document.getElementById('hamburgerSearchBox').value;
57595                  if (txtValue != "") {
57596                      event.preventDefault();
57597                      hamburgerSearch();
57598                      return false;
57599                  }
57600                  if (txtValue == "") {
57601                      $(".searcher").css("background-color", "#FBC2C4");
57602                      $(".searcher input").css("background-color", "#FBC2C4");
57603                      return false;
57604                  }
57605                  }
57606                  else {
57607                      $(".searcher").css("background-color", "#ACACAC");
57608                      $(".searcher input").css("background-color", "#ACACAC");
57609                  }
57610          });
57611
57612          function hamburgerSearch() {
57613              var txtValue = document.getElementById('hamburgerSearchBox').value;
57614              $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
...  + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
57615              $('#drawer-content iframe').attr('src',
...  '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
...  $('#searchFolderId').val());
57616          }
57617  </script>
57618
57619
57620          <!--<script src="/js/jquery-min.js"></script>-->
57621          <script src="//code.jquery.com/jquery.min.js"></script>
57622          <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
57623          <script src="/js/bootstrap.min.js"></script>
57624
57625          <!--[if (gt IE 9)|!(IE)]><!-->
57626          <script src="/js/snap.min.js"></script>
57627          <!--<![endif]-->
57628          <!--[if lt IE 10 ]> <script src="/js/snap-ie9.min.js"></script> <![endif]-->
57629
57630
57631          <script type="text/javascript"
...  src="/js/jquery.requestAnimationFrame.js"></script>
57632          <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
57633          <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
57634          <script type="text/javascript" src="/js/responsive-tabs.js"></script>
57635          <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
57636          <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
57637          <script type="text/javascript" src="/js/googleEventTracking.js"></script>
57638          <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
57639          <script type="text/javascript" src="/js/zipCodeModal.js"></script>
57640
57641          <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
...  aria-labelledby="myModalLabel" aria-hidden="true">
57642              <div class="modal-dialog">
57643                  <div class="modal-content">
57644                      <div class="modal-header">
57645                          <button type="button" class="close" data-dismiss="modal"
...  aria-hidden="true">&times;</button>
57646                          <h4 class="modal-title" id="myModalLabel">Your Current Saved
...  Zip Code: <strong id="savedZipCode"></strong></h4>
57647                      </div>
57648                      <div class="modal-body">
57649                          <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
...  a zip code to match the location nearest you.<br /><br /></p>
```

```
57650
57651                              <div class="panel panel-default">
57652                                  <div class="panel-heading"><strong>Changing Your Saved
   …   Zip Code</strong></div>
57653                                  <div class="panel-body">
57654                                      <div class="input-group">
57655                                          <span class="input-group-addon">Your Zip
   …   Code</span>
57656                                          <input type="text" class="form-control"
   …   placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
57657                                      </div>
57658                                  </div>
57659                              </div>
57660
57661                          </div>
57662                          <div class="modal-footer">
57663                              <button type="button" class="btn btn-default"
   …   data-dismiss="modal">Close</button>
57664                              <input type="button" id="saveZipCodeChanges" class="btn
   …   btn-primary" value="Save changes" />
57665                          </div>
57666                      </div>
57667                  </div>
57668              </div>
57669
57670          <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
   …   aria-labelledby="directions-modal-label" aria-hidden="true">
57671              <div class="modal-dialog" style="width: 840px">
57672                  <div class="modal-content" style="width: 100%">
57673                      <div class="modal-header">
57674                          <button type="button" class="close" data-dismiss="modal"
   …   aria-hidden="true">&times;</button>
57675                          <h4 class="modal-title"
   …   id="directions-modal-label">Directions</h4>
57676                      </div>
57677                      <div class="modal-body" style="width: 100%">
57678                          <iframe width="800" height="550" scrolling="no"
   …   frameborder="0" id="er-directions-iframe"></iframe>
57679                      </div>
57680                      <div class="modal-footer">
57681                          <button type="button" class="btn btn-default"
   …   data-dismiss="modal">Close</button>
57682                      </div>
57683                  </div>
57684              </div>
57685          </div>
57686
57687          <div class="modal fade" id="browser-warning-modal" tabindex="-1"
   …   role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
57688              <div class="modal-dialog">
57689                  <div class="modal-content">
57690                      <div class="modal-header">
57691                          <button type="button" class="close" data-dismiss="modal"
   …   aria-hidden="true">&times;</button>
57692                          <h4 class="modal-title" id="browser-warning-modal-label">
57693                              Please upgrade your browser</h4>
57694                      </div>
57695                      <div class="modal-body">
57696                          For the best site viewing experience please upgrade your
   …   browser to Internet Explorer 9 or above.
57697                      </div>
57698                      <div class="modal-footer">
57699                          <button type="button" class="btn btn-default"
   …   data-dismiss="modal">Close</button>
57700                      </div>
57701                  </div>
57702              </div>
57703          </div>
```

```
57704
57705            <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
…    aria-labelledby="whats-this-modal-label" aria-hidden="true">
57706                <div class="modal-dialog">
57707                    <div class="modal-content">
57708                        <div class="modal-header">
57709                            <button type="button" class="close" data-dismiss="modal"
…    aria-hidden="true">&times;</button>
57710                            <h4 class="modal-title" id="whats-this-modal-label"></h4>
57711                        </div>
57712                        <div class="modal-body" id="whats-this-modal-body"></div>
57713                        <div class="modal-footer">
57714                            <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
57715                        </div>
57716                    </div>
57717                </div>
57718            </div>
57719
57720            <div id="pre-reg-modal" class="modal-main" style="display: none">
57721                <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
57722                <div class="modal-pre-reg">
57723                    <div id="pre-reg-modal-close" class="big-modal-close" style="display:
…    block;">X</div>
57724                    <iframe width="800" height="1800" scrolling="no" frameborder="0"
…    class="preregmodal" id="preregmodal-iframe"></iframe>
57725                </div>
57726            </div>
57727            <script type="text/javascript" src="/js/EktronJS.js"></script>
57728            <div id="ctl00_liveagent" class="live-agent-code-file"></div>
57729
57730            <div class="live-agent-code">
57731
57732            </div>
57733            <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
…    class="hdnLiveAgentURL" />
57734
57735
57736
57737        </form>
57738
57739        <div id="ctl00_Panel1">
57740
57741            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
57742
57743 </div>
57744        <script>
57745            $('.flik-thumbnails-slider').magnificPopup({
57746                delegate: 'a',
57747                type: 'image',
57748                image: {
57749                    titleSrc: 'title'
57750                },
57751                gallery: {
57752                    enabled: true,
57753                    preload: [0, 1],
57754                    navigateByImgClick: true
57755                }
57756            });
57757
57758
57759            $('.flik-slider-container').flikSlider();
57760
57761            $('.flik-timeline').flikScrollEffect();
57762
57763            //flikScrollEffect($('.flik-timeline'));
57764        </script>
57765        <script>
```

Page 1896

```
57766          function handleCloseSurvey() {
57767              var el = document.querySelector('.survey-container .close'),
57768                  eventName = "click",
57769                  handler = function () {
57770                      Cookies.set('surveytab', true, { expires: 7 });
57771                      document.querySelector('.survey-container').style.display = 'none';
57772                  };
57773
57774              if (el.addEventListener) {
57775                  el.addEventListener(eventName, handler);
57776              } else {
57777                  el.attachEvent('on' + eventName, function () {
57778                      handler.call(el);
57779                  });
57780              }
57781          }
57782
57783          if (document.readyState != 'loading') {
57784              handleCloseSurvey();
57785          } else if (document.addEventListener) {
57786              document.addEventListener('DOMContentLoaded', handleCloseSurvey);
57787          } else {
57788              document.attachEvent('onreadystatechange', function () {
57789                  if (document.readyState != 'loading')
57790                      handleCloseSurvey();
57791              });
57792          }
57793      </script>
57794  </body>
57795  </html>
57796
57797  ****************************************************
57798  The following data is from floridahospital_com_children-20160913-page_source.txt
57799  ****************************************************
57800
57801  <!DOCTYPE html PUBLIC "-//W3C//DTD HTML+RDFa 1.1//EN">
57802  <html class="no-js" lang="en" dir="ltr" version="HTML+RDFa 1.1"
57803    xmlns:content="http://purl.org/rss/1.0/modules/content/"
57804    xmlns:dc="http://purl.org/dc/terms/"
57805    xmlns:foaf="http://xmlns.com/foaf/0.1/"
57806    xmlns:og="http://ogp.me/ns#"
57807    xmlns:rdfs="http://www.w3.org/2000/01/rdf-schema#"
57808    xmlns:sioc="http://rdfs.org/sioc/ns#"
57809    xmlns:sioct="http://rdfs.org/sioc/types#"
57810    xmlns:skos="http://www.w3.org/2004/02/skos/core#"
57811    xmlns:xsd="http://www.w3.org/2001/XMLSchema#">
57812  <head profile="http://www.w3.org/1999/xhtml/vocab">
57813    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
57814  <meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1,
...  minimum-scale=1, user-scalable=no" />
57815  <link rel="shortcut icon"
...  href="https://www.floridahospital.com/sites/all/themes/custom/fh_system/favicon.ico"
...  type="image/vnd.microsoft.icon" />
57816  <link rel="canonical" href="https://www.floridahospital.com/children" />
57817  <meta name="generator" content="Drupal 7 (http://drupal.org)" />
57818  <link rel="shortlink" href="https://www.floridahospital.com/node/1577" />
57819    <title>Florida Hospital for Children | Florida Hospital for Children</title>
57820    <link type="text/css" rel="stylesheet"
...  href="https://www.floridahospital.com/sites/default/files/css/
...  css_tudJYm_HMdf_CUEgfyEuQOGw-ddMbgNjdBAetDYqn_0.css" media="all" />
57821
57822  <!--[if (lt IE 9)&(!IEMobile)]>
57823  <link type="text/css" rel="stylesheet"
...  href="https://www.floridahospital.com/sites/default/files/css/
...  css_ey8ici2bspAk2whffO_0roNyQGjCF9hVaRqqRuUxDsc.css" media="all" />
57824  <![endif]-->
57825
57826  <!--[if gte IE 9]><!--
```

```
57827   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/css_F-
  …     ZzFRD5EKqFLsZL5KF8bHTC97-YbY4UkvXVHMB7-hc.css" media="all and (min-width: 740px) and
  …     (min-device-width: 740px), (max-device-width: 800px) and (min-width: 740px) and
  …     (orientation:landscape)" />
57828   <!--<![endif]-->
57829
57830   <!--[if gte IE 9]><!-->
57831   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/
  …     css_ey8ici2bspAk2whff0_0roNyQGjCF9hVaRqqRuUxDsc.css" media="all and (min-width:
  …     980px) and (min-device-width: 980px), all and (max-device-width: 1024px) and
  …     (min-width: 1024px) and (orientation:landscape)" />
57832   <!--<![endif]-->
57833
57834   <!--[if gte IE 9]><!-->
57835   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/
  …     css_trxU1Hgi3Ab02oq8MwPAz3O0KTvfY9rkNF3EcLSAd7o.css" media="all and (min-width:
  …     1220px)" />
57836   <!--<![endif]-->
57837   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/
  …     css_9cPcUdW2zzdswuSn6n6Wm_WGEFxXHZuQ6eDtYlDPteA.css" media="all" />
57838
57839   <!--[if lte IE 7]>
57840   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/
  …     css_Sdt9JgXsVsWrszQQlplx5qFFF-ZgwXgeNOih1rgMThU.css" media="all" />
57841   <![endif]-->
57842
57843   <!--[if lte IE 8]>
57844   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/css_b1r3oYduV7USc4RiKv-
  …     IFDLeZ6xDq6iN_XBLljygHBQ.css" media="all" />
57845   <![endif]-->
57846
57847   <!--[if lte IE 9]>
57848   <link type="text/css" rel="stylesheet"
  …     href="https://www.floridahospital.com/sites/default/files/css/
  …     css_G0ijoMTZ6DI5A_iKXw66Sa7oJoQPcL4ATt9OXXT9tRM.css" media="all" />
57849   <![endif]-->
57850     <!--[if lt IE 9]><script
  …     src="//html5shiv.googlecode.com/svn/trunk/html5.js"></script><![endif]-->
57851     <link href="https://plus.google.com/+Floridahospital1" rel="publisher" />
57852   </head>
57853   <body class="html not-front not-logged-in page-node page-node- page-node-1577
  …     node-type-fh-ou ou-front single-banner context-children
  …     menu-trail-1-florida-hospital-for-children path-children ou-children ou forest
  …     page-search-site-noresults">
57854     <div id="skip-link">
57855       <a href="#main-content" class="element-invisible element-focusable">Skip to main
  …     content</a>
57856     </div>
57857
57858
57859     <div class="region region-page-top" id="region-page-top">
57860     <div class="region-inner region-page-top-inner">
57861       <section class="block block-fh-ed-wait-times block-fh-ed-wait-times
  …     block-fh-ed-wait-times-fh-ed-wait-times odd"
  …     id="block-fh-ed-wait-times-fh-ed-wait-times">
57862       <div class="block-inner clearfix">
57863             <h2 class="block-title"><a href="/locations/er-wait-times/about"
  …     class="modal">ER Wait Times <small>How do we calculate?</small></a></h2>
57864
57865       <div class="content clearfix">
57866         <ul id="wait-times" data-ou="orlando-childrens"></ul>
57867
```

```
57868   <a href="locations/er-wait-times" id="wait-times-all" class="button">span>See All
    …   ER Wait Times</span> <strong>+</strong></a>
57869   <div id="wait-times-menu">
57870     <ul class="menu"><li class="first collapsed menu-10205"><a
    …   href="/children/find-services">Pediatric <b>Programs</b></a></li>
57871   <li class="leaf menu-10207"><a href="/children/medical-team"
    …   class="no-megamenu">Medical <b>Team</b></a></li>
57872   <li class="leaf menu-10209"><a href="/children/experience" class="no-megamenu">The
    …   <b>Experience</b></a></li>
57873   <li class="last leaf menu-10211"><a href="/children/contact"
    …   class="no-megamenu">Contact <b>Us</b></a></li>
57874   </ul>   <form action="/children" method="post" id="search-block-form"
    …   accept-charset="UTF-8"><div><h2 class="element-invisible">Search form</h2>
57875   <div class="form-item form-type-textfield form-item-search-block-form">
57876     <label class="element-invisible" for="edit-search-block-form--3">Search </label>
57877    <input title="What are you looking for?" type="text" id="edit-search-block-form--3"
    …   name="search_block_form" value="" size="15" maxlength="128" class="form-text" />
57878   </div>
57879   <div class="form-actions form-wrapper" id="edit-actions--2"><input class="button
    …   form-submit" type="submit" id="edit-submit--2" name="op" value="Search"
    …   /></div><input type="hidden" name="form_build_id"
    …   value="form-Zry7dIdbZAYGLEZDwG-evlqpI-LMFNFj_66Z1Rhnnyc" />
57880   <input type="hidden" name="form_id" value="search_block_form" />
57881   </div></form></div>    </div>
57882     </div>
57883   </section>
57884       <div id="fb-root"></div>
57885       <script>
57886         (function(d, s, id) {var js, fjs = d.getElementsByTagName(s)[0];
57887           if (d.getElementById(id)) return;
57888           js = d.createElement(s); js.id = id;
57889           js.src = "//connect.facebook.net/en_US/all.js#xfbml=1&appId=225496297644304";
57890           fjs.parentNode.insertBefore(js, fjs);
57891         }(document, 'script', 'facebook-jssdk'));
57892       </script>
57893       </div>
57894   </div>
57895   <div class="page clearfix" id="page">
57896       <header id="section-header" class="section section-header">
57897     <div id="zone-user-wrapper" class="zone-wrapper zone-user-wrapper clearfix">
57898     <div id="zone-user" class="zone zone-user clearfix container-16">
57899       <div class="grid-4 region region-user-first" id="region-user-first">
57900     <div class="region-inner region-user-first-inner">
57901       <section class="block block-menu block-menu-home-menu block-menu-menu-home-menu
    …   odd" id="block-menu-menu-home-menu">
57902     <div class="block-inner clearfix">
57903                 <h2 class="block-title">Campuses: FH.com Home button</h2>
57904
57905       <div class="content clearfix">
57906         <ul class="menu"><li class="first last leaf menu-2767"><a href="/">Florida
    …   Hospital Home</a></li>
57907   </ul>    </div>
57908       </div>
57909   </section>   </div>
57910   </div><div class="grid-12 region region-user-second" id="region-user-second">
57911     <div class="region-inner region-user-second-inner">
57912       <div class="block block-fh-social block-fh-social-icons-block
    …   block-fh-social-fh-social-icons-block odd block-without-title"
    …   id="block-fh-social-fh-social-icons-block">
57913     <div class="block-inner clearfix">
57914
57915       <div class="content clearfix">
57916         <div class="social-icons">
57917     <ul class="clearfix">
57918       <li><a href="http://www.facebook.com/FloridaHospitalforChildren"
    …   class="facebook">Facebook</a></li>
57919           <li><a href="http://www.youtube.com/user/FLchildrenshospital"
    …   class="youtube">YouTube</a></li>
```

```
57920      <ul>
57921  </div>    </div>
57922    </div>
57923  </div><div class="block block-fh-blocks block-fh-blocks-account-menu
    …  block-fh-blocks-fh-blocks-account-menu even block-without-title"
    …  id="block-fh-blocks-fh-blocks-account-menu">
57924    <div class="block-inner clearfix">
57925
57926      <div class="content clearfix">
57927        <nav class="account-menu">
57928  <ul class="menu">
57929    <li>
57930      <a class="for-medical-profs"
    …  href="http://professionals.floridahospital.com">For Medical Professionals</a>
57931    </li>
57932    <li class="first last expanded">
57933      <a href="https://account.ahss.org/FH-Children">Your Account</a>
57934    </li>
57935  </ul>
57936    <div class="main-menu clearfix" style="display: none;">
57937      <p>Use our patient tool for secure, convenient, 24/7 access. <a
    …  href="https://www.floridahospital.com/patient-resources/create-your-account">Learn
    …  more</a></p>
57938      <ul class="account-links clearfix">
57939        <li><a href="https://account.ahss.org/FH-Children" class="sign-in">Sign
    …  in</a></li>
57940        <li class="or">OR</li>
57941        <li><a
    …  href="https://www.floridahospital.com/patient-resources/create-your-account"
    …  class="create-account">Create <br />Account</a></li>
57942      </ul>
57943
57944      <ul class="main-menu-links">
57945        <li><a href="https://www.floridahospital.com/patient-resources/billing">Pay
    …  Your Bill</a></li>
57946        <li><a
    …  href="https://www.floridahospital.com/children/request-appointment">Request an
    …  Appointment</a></li>
57947        <li><a
    …  href="https://www.floridahospital.com/patient-resources/medical-records">Medical
    …  Records</a></li>
57948      </ul>
57949
57950      <div class="main-bottom">
57951        <p>This facility is a member of</p>
57952        <img src="/sites/all/themes/custom/fh_system/images/ahs-logo@2x.png"
    …  alt="Adventist Health System Logo" />
57953      </div>
57954
57955    </div>
57956  </nav>
57957        </div>
57958      </div>
57959  </div>    </div>
57960  </div>    </div>
57961  </div><div id="zone-header-wrapper" class="zone-wrapper zone-header-wrapper
    …  clearfix">
57962    <div id="zone-header" class="zone zone-header clearfix container-16">
57963      <div class="grid-4 region region-header-first" id="region-header-first">
57964    <div class="region-inner region-header-first-inner">
57965    <div class="block block-delta-blocks block-branding block-delta-blocks-branding
    …  odd block-without-title" id="block-delta-blocks-branding">
57966    <div class="block-inner clearfix">
57967
57968      <div class="content clearfix">
57969        <div class="logo-img"><a href="/children" id="logo" title="Return to the
    …  Florida Hospital home page"><img typeof="foaf:Image"
    …  src="https://www.floridahospital.com/sites/all/themes/custom/fh_system/css/flavors/
```

```
57969   children-logo.png" alt="Florida Hospital" /></a></div><hgroup
  …     class="site-name-slogan"><h2 class="site-name"><a href="/" title="Return to the
  …     Florida Hospital home page"><span>Florida Hospital</span></a></h2><h6
  …     class="site-slogan">The skill to heal.  The spirit to care.</h6></hgroup>    </div>
57970     </div>
57971   </div>  </div>
57972   </div><div class="grid-12 region region-header-second" id="region-header-second">
57973     <div class="region-inner region-header-second-inner">
57974     <div class="block block-menu-block block-fh-menus-30 block-menu-block-fh-menus-30
  …     odd block-without-title" id="block-menu-block-fh-menus-30">
57975     <div class="block-inner clearfix">
57976
57977       <div class="content clearfix">
57978         <div class="menu-block-wrapper menu-block-fh_menus-30
  …     menu-name-menu-children-s-auxiliary-menu parent-mlid-10213 menu-level-1">
57979     <ul class="menu"><li class="first expanded menu-mlid-10222 menu-10222"><a
  …     href="/children/donate">Giving Back</a><ul class="menu"><li class="first leaf
  …     menu-mlid-10223 menu-10223"><a href="/children/donate">Donate</a></li>
57980   <li class="last leaf menu-mlid-10224 menu-10224"><a
  …     href="/children/experience/volunteer">Volunteers</a></li>
57981   </ul></li>
57982   <li class="expanded menu-mlid-10214 menu-10214"><a
  …     href="/children/patient-and-family-care">Patient and Families</a><ul class="menu"><li
  …     class="first leaf menu-mlid-10215 menu-10215"><a
  …     href="/children/patient-and-family-care/visitor-guide">Visitor Guide</a></li>
57983   <li class="leaf menu-mlid-10216 menu-10216"><a
  …     href="/children/patient-and-family-care/international-patients">International
  …     Patients</a></li>
57984   <li class="leaf menu-mlid-12839 menu-12839"><a
  …     href="/patient-resources/insurance-information">Insurance Information </a></li>
57985   <li class="leaf menu-mlid-11267 menu-11267"><a
  …     href="/patient-resources/medical-records-access">Medical Records</a></li>
57986   <li class="leaf menu-mlid-12862 menu-12862"><a
  …     href="https://www.floridahospital.com/hipaa">Patient Privacy Notice </a></li>
57987   <li class="leaf menu-mlid-10217 menu-10217"><a
  …     href="/children/patient-and-family-care/transport-services">Transport
  …     Services</a></li>
57988   <li class="leaf menu-mlid-10218 menu-10218"><a
  …     href="/children/patient-and-family-care/family-advisory-council">Family Advisory
  …     Council</a></li>
57989   <li class="leaf menu-mlid-10219 menu-10219"><a
  …     href="/children/patient-and-family-care/teen-advisory-council">Teen Advisory
  …     Council</a></li>
57990   <li class="leaf menu-mlid-10650 menu-10650"><a
  …     href="/children/patient-and-family-care/webinar-archive">Webinar Archive</a></li>
57991   <li class="last leaf menu-mlid-11816 menu-11816"><a
  …     href="https://www.floridahospital.com/patient-resources/billing/price-estimates">
  …     Price Estimates</a></li>
57992   </ul></li>
57993   <li class="expanded menu-mlid-10225 menu-10225"><a
  …     href="https://www.floridahospital.com/children/our-locations">Our Locations</a><ul
  …     class="menu"><li class="first leaf menu-mlid-10227 menu-10227"><a
  …     href="https://www.floridahospital.com/children/our-locations">Primary Care
  …     Pediatricians</a></li>
57994   <li class="leaf menu-mlid-12482 menu-12482"><a
  …     href="https://www.floridahospital.com/children/medical-team/regional-clinics">
  …     Specialty Clinics</a></li>
57995   <li class="leaf menu-mlid-10228 menu-10228"><a
  …     href="https://www.floridahospital.com/children/kids-er">Emergency
  …     Departments</a></li>
57996   <li class="last leaf menu-mlid-10229 menu-10229"><a
  …     href="https://centracare.org/pediatrics/locations/ ">Kids Urgent Care</a></li>
57997   </ul></li>
57998   <li class="last leaf menu-mlid-10348 menu-10348"><a href="/children/search"
  …     id="nav-search-site">Search this site</a></li>
57999   </ul></div>
58000       </div>
58001     </div>
```

```
58002  </div>  </div>
58003  </div>  </div>
58004  </div><div id="zone-menu-wrapper" class="zone-wrapper zone-menu-wrapper clearfix">
58005    <div id="zone-menu" class="zone zone-menu clearfix container-16">
58006      <div class="grid-16 region region-menu" id="region-menu">
58007    <div class="region-inner region-menu-inner">
58008      <div class="block block-fh-blocks block-fh-blocks-menu-search
…      block-fh-blocks-fh-blocks-menu-search odd block-without-title"
…      id="block-fh-blocks-fh-blocks-menu-search">
58009    <div class="block-inner clearfix">
58010
58011      <div class="content clearfix">
58012        <form title="What are you looking for?" class="nav-search" action="/children"
…      method="post" id="fh-search-site-form" accept-charset="UTF-8"><div
…      class="form-item form-type-textfield form-item-search-block-form">
58013    <label class="element-invisible" for="edit-search-block-form">Search </label>
58014   <input title="What are you looking for?" type="text" id="edit-search-block-form"
…      name="search_block_form" value="" size="15" maxlength="128" class="form-text" />
58015  </div>
58016  <input type="hidden" name="form_build_id"
…      value="form-OxvQzSl-_TYZz1lSC35768f4l2yDQYmK36DkEa2uBx0" />
58017  <input type="hidden" name="form_id" value="fh_search_site_form" />
58018  <div class="form-actions form-wrapper" id="edit-actions"><input class="button
…      form-submit" type="submit" id="edit-submit" name="op" value="Search"
…      /></div></div></form>    </div>
58019    </div>
58020  </div>           <nav class="navigation">
58021      <h2 class="element-invisible">Main menu</h2><ul id="main-menu" class="links
…      inline clearfix main-menu"><li class="menu-10205 first"><a
…      href="/children/find-services" data-html-title="Pediatric
…      &lt;b&gt;Programs&lt;/b&gt;">Pediatric <b>Programs</b></a><ul class="menu"><li
…      class="first last leaf menu-10206"><div class="block block-fh-blocks" class="block
…      block-fh-blocks block-fh-blocks-menu-services block-fh-blocks-fh-blocks-menu-services
…      odd" id="block-fh-blocks-fh-blocks-menu-services">
58022    <div class="content" class="content clearfix">
58023      <div class="treatments clearfix">
58024        <h3>Pediatric Programs</h3>
58025        <ul class="menu">
58026          <li><a href="/children/allergy">Allergy and Immunology</a></li>
58027          <li><a href="/children/anesthesia-sedation">Anesthesia and Sedation</a></li>
58028          <li><a href="/children/oncology/bone-marrow-transplant">Bone Marrow
…      Transplantation</a></li>
58029          <li><a href="/children/oncology">Cancer &amp; Blood Disorders</a></li>
58030          <li><a href="/children/cardiology">Cardiology</a></li>
58031          <li><a href="/children/complex-care">Complex Care</a></li>
58032          <li><a href="/children/dermatology">Dermatology</a></li>
58033          <li><a href="/children/development-and-behavior">Development &amp;
…      Behavior</a></li>
58034          <li><a href="/children/kids-er">Emergency Department</a></li>
58035          <li><a href="/children/endocrinology">Endocrinology, Diabetes &amp;
…      Metabolism</a></li>
58036        </ul>
58037
58038        <ul class="menu">
58039          <li><a href="/children/neuroscience/epilepsy">Epilepsy</a></li>
58040          <li><a href="/children/gastroenterology">Gastroenterology</a></li>
58041          <li><a href="/children/surgery">General Surgery</a></li>
58042          <li><a href="/children/intensive-care-hospitalists">Intensive Care /
…      Hospitalists</a></li>
58043          <li><a href="/children/nephrology">Nephrology</a></li>
58044          <li><a href="/children/nicu">Neonatal Intensive Care Unit (NICU)</a></li>
58045          <li><a href="/children/neuroscience">Neuroscience</a></li>
58046          <li><a href="/children/ophthalmology">Ophthalmology</a></li>
58047          <li><a href="/children/orthopaedics">Orthopaedics</a></li>
58048        </ul>
58049
58050        <ul class="menu">
58051          <li><a href="/children/otolaryngology">Otolaryngology / Ear, Nose,
```

```
58051…  Throat</a></li>
58052        <li><a href="/children/picu">Pediatric Intensive Care Unit (PICU)</a></li>
58053        <li><a
  …  href="/children/specialties-and-programs/pediatric-residency">Pediatric
       Residency</a></li>
58054        <li><a href="/children/cranial-facial-surgeries">Plastics &amp; Cranial
       Facial</a></li>
58055        <li><a href="/children/radiology">Radiology/Imaging</a></li>
58056        <li><a href="/children/rehabilitation">Rehabilitation</a></li>
58057        <li><a href="/children/transplantation">Transplant</a></li>
58058        <li><a href="/children/experience/our-facility/urgent-care">Urgent
       Care</a></li>
58059        <li><a href="/children/urology">Urology</a></li>
58060        <li><a href="/children/patient-and-family-care/weight-wellness">Weight and
       Wellness</a></li>
58061        </ul>
58062      </div>
58063     </div>
58064   </div></li>
58065   </ul></li>
58066   <li class="menu-10207"><a href="/children/medical-team" data-html-title="Medical
  …  &lt;b&gt;Team&lt;/b&gt;" class="no-megamenu">Medical <b>Team</b></a></li>
58067   <li class="menu-10209"><a href="/children/experience" data-html-title="The
  …  &lt;b&gt;Experience&lt;/b&gt;" class="no-megamenu">The <b>Experience</b></a></li>
58068   <li class="menu-10211 last"><a href="/children/contact" data-html-title="Contact
  …  &lt;b&gt;Us&lt;/b&gt;" class="no-megamenu">Contact <b>Us</b></a></li>
58069   </ul>            </nav>
58070   </div>
58071        </div>
58072      </div>
58073   </div></header>
58074        <section id="section-content" class="section section-content">
58075     <div id="zone-feature-wrapper" class="zone-wrapper zone-feature-wrapper clearfix">
58076
58077
58078     <div class="section-title-wrapper clearfix">
58079
58080       <div class="section-title-bg">
58081            <div></div>
58082            </div>
58083
58084         <div class="section-title-outer">
58085            <h1 id="section-title" class="container-16"> </h1>
58086         </div>
58087     </div>
58088
58089     <div id="zone-feature" class="zone zone-feature clearfix container-16">
58090       <section class="region-feature features clearfix">
58091     <div class="container">
58092         <h2 class="feature-message">
58093     Kids mean<br />
58094     the world to us.<br />
58095     So we made one<br />
58096     just for them.
58097   </h2>
58098   <nav class="feature-nav">
58099       <ul>
58100         <li><a href="/children/find-services">Specialties and Programs</a></li>
58101         <li><a href="/children/find-a-doctor">Find a Physician</a></li>
58102         <li><a href="/children/medical-team/refer-patient">Refer a Patient</a></li>
58103         <li><a href="/children/request-appointment">Request an Appointment</a></li>
58104       </ul>
58105   </nav>
58106   <div class="widget ou-home-map clearfix">
58107     <div class="map">
58108       <a href="/children/experience/location"><img typeof="foaf:Image"
  …  data-original="//maps.googleapis.com/maps/api/staticmap?center=28.5731323%2C-81.
  …  3706776&amp;zoom=16&amp;scale=1&amp;size=200x120&amp;format=jpeg&amp;sensor=false&amp;
```

```
58108   ;markers-icon%3A%tps%3A//maps.google.com/mapfiles/arrow.png%7C28.5731323%2C-81.
   …    3706776" class="lazy"
   …    src="https://www.floridahospital.com/sites/all/themes/custom/fh_system/images/
   …    placeholder.gif" width="200" height="120" alt="" /></a>
58109       </div>
58110
58111     <div class="caption">
58112       <h3 class="widget-title"><a href="/children/experience/location">Get
        Directions</a></h3>
58113       <p><a href="/children/experience/location">driving directions and campus
        map</a></p>
58114     </div>
58115   </div>
58116   <div class="contact-actions widget">
58117       <h3 class="widget-title">Contact Us</h3>
58118       <nav class="mobile-actions" id="homepage-contact-actions">
58119           <ul>
58120               <li>
58121                   <a class="request-appointment" href="/children/request-appointment">
58122                       <span>Request Appointment</span>
58123                       <div class="icon"><img
        src="/sites/all/themes/custom/fh_system/images/icon_contact-calendar.png"
   …    alt=""></div>
58124                   </a>
58125               </li><!--
58126       --><li>
58127                   <a class="send-message" href="/children/contact">
58128                       <span>Send Message</span>
58129                       <div class="icon"><img
        src="/sites/all/themes/custom/fh_system/images/icon_contact-message.png"
   …    alt=""></div>
58130                   </a>
58131               </li><!--
58132       --><li>
58133                   <a class="phone-directory"
        href="/children/contact/#block-fh-blocks-fh-blocks-phone-directory">
58134                       <span>Phone Directory</span>
58135                       <div class="icon"><img
        src="/sites/all/themes/custom/fh_system/images/icon_contact-phone.png" alt=""></div>
58136                   </a>
58137               </li>
58138           </ul>
58139       </nav>
58140   </div><a
58141       class="home-feature home-feature-watch-video feature-video-link"
58142       href="/children/experience/floridas-destination-health-and-healing"
58143       title="Watch Video">
58144           Explore our extraordinary world
58145   </a>     </div>
58146   </section>
58147     </div>
58148
58149     <div class="breadcrumb-upper-wrapper clearfix">
58150     <div id="breadcrumb-upper" class="container-16">
58151       <ul class="breadcrumb"><li class="crumb crumb-1 home"><a
   …    href="/">Home</a></li><li class="crumb crumb-2 current"><span>Florida Hospital for
   …    Children</span></li></ul>       <div class="social-controls">
58152     <div class="fb-like-wrapper">
58153       <div
58154         class="fb-like"
58155         data-width="95"
58156         data-layout="button"
58157         data-action="like"
58158         data-show-faces="false"
58159         data-share="true">
58160       </div>
58161   </div>
58162
```

```
58163      <div class="gplus-wrapper">
58164        <div class="g-plusone" data-size="medium" data-annotation="none"></div>
58165      </div>
58166
58167      <script type="text/javascript">
58168        (function() {
58169          var po = document.createElement('script'); po.type = 'text/javascript';
     po.async = true;
58170          po.src = 'https://apis.google.com/js/platform.js';
58171          var s = document.getElementsByTagName('script')[0];
     s.parentNode.insertBefore(po, s);
58172        })();
58173      </script>
58174 </div>       </div>
58175    </div>
58176
58177 </div>
58178 <div id="zone-preface-wrapper" class="zone-wrapper zone-preface-wrapper clearfix">
58179    <div id="zone-preface" class="zone zone-preface clearfix container-24">
58180      <div class="grid-8 region region-preface-first" id="region-preface-first">
58181    <div class="region-inner region-preface-first-inner">
58182      <div class="block block-fh-events block-fh-events-featured-event
     block-fh-events-fh-events-featured-event odd block-without-title"
     id="block-fh-events-fh-events-featured-event">
58183      <div class="block-inner clearfix">
58184
58185        <div class="content clearfix">
58186
58187        </div>
58188      </div>
58189 </div><section class="block block-views block-ou-feature-cta-story-block
     block-views-ou-feature-cta-story-block even"
     id="block-views-ou-feature-cta-story-block">
58190      <div class="block-inner clearfix">
58191                <h2 class="block-title">Featured Campaigns</h2>
58192
58193        <div class="content clearfix">
58194          <ul class="story-ctas clearfix">
58195          <li class="story story-0">
58196 <div id="story-15264" class="clearfix video">
58197   <style type="text/css" scoped>
58198     #story-15264 .thumbnail {
58199       background-color: #ff5250;
58200       color: #ff5250;
58201     }
58202
58203     #story-15264 .thumbnail:after {
58204       color: #ff5250;
58205     }
58206
58207     #story-15264 .thumbnail a {
58208       background-image:
     url(https://www.floridahospital.com/sites/default/files/children-story-josh-130x130.
     jpg);      }
58209
58210
58211     #story-15264 .content a {
58212       color: #ff5250;
58213     }
58214   </style>
58215
58216   <div class="thumbnail">
58217        <a
     href="https://www.youtube.com/watch?v=nOhSu1AAOm8&list=
     TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG" class="modal">
58218            <img
     src="https://www.floridahospital.com/sites/default/files/children-story-josh-130x130.
     jpg" />
```

```
58219        </a>
58220      </div>
58221
58222      <div class="content">
58223        <h3 class="cta-title">
58224          <a
…    href="https://www.youtube.com/watch?v=nOhSu1AAOm8&list=
…    TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG" class="modal">
58225            Josh
58226          </a>
58227        </h3>
58228
58229        <p>was a typical 3 year old with a troubled kidney and a worried twin sister. <a
…    class="modal"
…    href="http://www.youtube.com/watch?v=nOhSu1AAOm8&amp;list=
…    TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG">Dr. Keating helped both </a></p>
58230      </div>
58231    </div>
58232  </li>
58233        <li class="story story-1">
58234  <div id="story-21003" class="clearfix video">
58235    <style type="text/css" scoped>
58236      #story-21003 .thumbnail {
58237        background-color: #fca826;
58238        color: #fca826;
58239      }
58240
58241      #story-21003 .thumbnail:after {
58242        color: #fca826;
58243      }
58244
58245      #story-21003 .thumbnail a {
58246        background-image:
…    url(https://www.floridahospital.com/sites/default/files/mason.png);
58247      }
58248
58249      #story-21003 .content a {
58250        color: #fca826;
58251      }
58252    </style>
58253
58254    <div class="thumbnail">
58255      <a href="https://www.youtube.com/watch?v=6lYZLdrhbxY&feature=youtu.be"
…    class="modal">
58256        <img src="https://www.floridahospital.com/sites/default/files/mason.png" />
58257      </a>
58258    </div>
58259
58260    <div class="content">
58261      <h3 class="cta-title">
58262        <a href="https://www.youtube.com/watch?v=6lYZLdrhbxY&feature=youtu.be"
…    class="modal">
58263          Mason
58264        </a>
58265      </h3>
58266
58267      <p>Mason explains how Dr. Gomez used robotic technology to remove his tumor. <a
…    class="modal"
…    href="https://www.youtube.com/watch?v=6lYZLdrhbxY&amp;feature=youtu.beeyhFFAjbvKW8CJG
…    ">See how it all started</a>.</p>
58268      </div>
58269    </div>
58270  </li>
58271        <li class="story story-2">
58272  <div id="story-21004" class="clearfix video">
58273    <style type="text/css" scoped>
58274      #story-21004 .thumbnail {
58275        background-color: #ff5250;
```

```
58276        color: #ff5250;
58277      }
58278
58279      #story-21004 .thumbnail:after {
58280        color: #ff5250;
58281      }
58282
58283      #story-21004 .thumbnail a {
58284        background-image:
…    url(https://www.floridahospital.com/sites/default/files/joscelyn.jpeg);
58285      }
58286
58287      #story-21004 .content a {
58288        color: #ff5250;
58289      }
58290    </style>
58291
58292    <div class="thumbnail">
58293      <a href="https://youtu.be/2Ak2i7sm-EE" class="modal">
58294        <img src="https://www.floridahospital.com/sites/default/files/joscelyn.jpeg" />
58295      </a>
58296    </div>
58297
58298    <div class="content">
58299      <h3 class="cta-title">
58300        <a href="https://youtu.be/2Ak2i7sm-EE" class="modal">
58301          Joscelyn
58302        </a>
58303      </h3>
58304
58305       <p>Joscelyn and her extraordinary team of doctors fight for seizure freedom. <a
…    class="modal" href="https://www.youtube.com/watch?v=2Ak2i7sm-EE&amp;feature=youtu.be"
…    target="_self">A Brain Divided</a></p>
58306      </div>
58307  </div>
58308  </li>
58309        </ul>
58310      </div>
58311    </div>
58312  </section><section class="block block-views block-ou-feature-cta-fhfc-campaigns
…    block-views-ou-feature-cta-fhfc-campaigns odd"
…    id="block-views-ou-feature-cta-fhfc-campaigns">
58313    <div class="block-inner clearfix">
58314                <h2 class="block-title">Featured Campaigns</h2>
58315
58316      <div class="content clearfix">
58317
58318
58319  <ul class="campaign-ctas clearfix">
58320        <li class="campaign campaign-0 cta-3">
58321  <div id="cta-15258" class="cta ">
58322    <style type="text/css" scoped>
58323      #cta-15258 {
58324        background-color: #00af68;
58325      }
58326    </style>
58327
58328    <a class="featured-image"
…    href="https://www.floridahospital.com/children/experience/floridas-destination-health
…    -and-healing"><img
…    src="https://www.floridahospital.com/sites/default/files/children-campaigns-access-
…    740x362.jpg" /></a>
58329
58330    <div class="body">
58331      <h3 class="campaign-title">
58332        <a
…    href="https://www.floridahospital.com/children/experience/floridas-destination-health
…    -and-healing"> Unparalleled<br />
```

```
58333        Network of care
58334    </a>
58335        </h3>
58336
58337        <p>Florida Hospital for Children doctors and care are available at 22 hospitals,
…    23 urgent care locations and 3 regional clinics. <a
…    href="children/experience/floridas-destination-health-and-healing">Learn More</a></p>
58338        </div>
58339  </div></li>
58340        <li class="campaign campaign-1 cta-3">
58341  <div id="cta-15259" class="cta ">
58342    <style type="text/css" scoped>
58343      #cta-15259 {
58344        background-color: #30a7d3;
58345      }
58346    </style>
58347
58348    <a class="featured-image"
…    href="https://www.floridahospital.com/children/cardiology"><img
…    src="https://www.floridahospital.com/sites/default/files/children-campaigns-cardiac-
…    740x362.jpg" /></a>
58349
58350    <div class="body">
58351      <h3 class="campaign-title">
58352        <a href="https://www.floridahospital.com/children/cardiology"> Comprehensive<br
…    />
58353      Heart Center
58354    </a>
58355        </h3>
58356
58357        <p>Find big care for tiny hearts with advanced, life-saving treatments and
…    access to one of the nation's leading cardiac centers. <a class="video-link modal"
…    href="https://www.youtube.com/watch?v=a2Ttc9NldjQ&amp;list=
…    TLutT5hD0Eg7jUDP5GCU5uT3cFSiizQtx-">Play Video</a></p>
58358        </div>
58359  </div></li>
58360        <li class="campaign campaign-2 cta-3">
58361  <div id="cta-15261" class="cta ">
58362    <style type="text/css" scoped>
58363      #cta-15261 {
58364        background-color: #65446d;
58365      }
58366    </style>
58367
58368    <a class="featured-image"
…    href="https://www.floridahospital.com/children/neuroscience/epilepsy"><img
…    src="https://www.floridahospital.com/sites/default/files/children-campaigns-epilepsy-
…    740x362-2.jpg" /></a>
58369
58370    <div class="body">
58371      <h3 class="campaign-title">
58372        <a href="https://www.floridahospital.com/children/neuroscience/epilepsy"> Level
…    IV<br />
58373      Epilepsy Center
58374    </a>
58375        </h3>
58376
58377        <p>Our team is setting the standard in pediatric epilepsy care to improve and
…    even cure challenging cases of epilepsy. <a class="video-link modal"
…    href="https://www.youtube.com/watch?v=2Ak2i7sm-EE">Play Video</a></p>
58378        </div>
58379  </div></li>
58380        <li class="campaign campaign-3 cta-3">
58381  <div id="cta-15260" class="cta ">
58382    <style type="text/css" scoped>
58383      #cta-15260 {
58384        background-color: #ff5250;
58385      }
```

```
58386        </style>
58387
58388      <a class="featured-image"
   …    href="https://www.floridahospital.com/children/oncology"><img
   …    src="https://www.floridahospital.com/sites/default/files/children-campaigns-cancer-
   …    740x362.jpg" /></a>
58389
58390      <div class="body">
58391        <h3 class="campaign-title">
58392          <a href="https://www.floridahospital.com/children/oncology"> Pediatric
   …    Cancer<br />
58393          and Blood Disorders
58394     </a>
58395        </h3>
58396
58397        <p>Watch how doctors, nurses, and specialists are making a difference in of one
   …    of the world's most unique hospitals. <a
   …    href="https://www.floridahospital.com/children/oncology">Learn More</a></p>
58398        </div>
58399   </div></li>
58400          <li class="campaign campaign-4 cta-3">
58401   <div id="cta-15262" class="cta ">
58402      <style type="text/css" scoped>
58403        #cta-15262 {
58404          background-color: #c63a8e;
58405        }
58406      </style>
58407
58408      <a class="featured-image"
   …    href="https://www.floridahospital.com/children/surgery"><img
   …    src="https://www.floridahospital.com/sites/default/files/children-campaigns-surgical-
   …    specialists-740x362.jpg" /></a>
58409
58410      <div class="body">
58411        <h3 class="campaign-title">
58412          <a href="https://www.floridahospital.com/children/surgery"> Pediatric<br />
58413          Surgical Specialists
58414     </a>
58415        </h3>
58416
58417        <p>Nationally known for our pediatric surgery program, we are a world leader in
   …    minimally invasive procedures for kids. <a href="children/surgery">Learn More</a></p>
58418        </div>
58419   </div></li>
58420          <li class="campaign campaign-5 cta-3">
58421   <div id="cta-21005" class="cta ">
58422      <style type="text/css" scoped>
58423        #cta-21005 {
58424          background-color: #eaa025;
58425        }
58426      </style>
58427
58428      <a class="featured-image" href="https://www.floridahospital.com/children/nicu"><img
   …    src="https://www.floridahospital.com/sites/default/files/
   …    edit2010_nursing_annual_report8199_0.jpg" /></a>
58429
58430      <div class="body">
58431        <h3 class="campaign-title">
58432          <a href="https://www.floridahospital.com/children/nicu"> Level
   …    III <strong>NICU</strong>
58433     </a>
58434        </h3>
58435
58436        <p>Our Level III NICU is staffed by an experienced medical team and backed by
   …    the most advanced technologies, including ECMO. <a href="/children/nicu">Learn
   …    More</a></p>
58437        </div>
58438   </div></li>
```

```
58439              </div>
58440            </div>
58441          </div>
58442      </section>  </div>
58443    </div>  </div>
58444    </div><div id="zone-content-wrapper" class="zone-wrapper zone-content-wrapper
    …  clearfix">
58445      <div id="zone-content" class="zone zone-content clearfix container-16">
58446            <div class="grid-16 region region-content" id="region-content">
58447
58448      <div class="region-inner region-content-inner">
58449        <a id="main-content"></a>
58450
58451
58452
58453
58454
58455
58456
58457        <div class="block block-system block-main block-system-main odd
    block-without-title" id="block-system-main">
58458        <div class="block-inner clearfix">
58459
58460        <div class="content clearfix">
58461          <article about="/children" typeof="sioc:Item foaf:Document" class="node
    node-fh-ou node-promoted node-published node-not-sticky author-fhadmin odd clearfix"
    …  id="node-fh-ou-1577">
58462            <span property="dc:title" content="Florida Hospital for Children"
    class="rdf-meta element-hidden"></span>
58463
58464    <div class="content clearfix">
58465        <div class="field field-name-field-banner-image field-type-image
    field-label-above"><div class="field-label">Default Service Line / Program Banner
    …  Image: </div><div class="field-items"><div class="field-item even"><img
    …  typeof="foaf:Image"
    …  src="https://www.floridahospital.com/sites/default/files/children-banners-service-
    …  epilepsy-1200x295.jpeg" width="1200" height="295" alt="" /></div></div></div>  </div>
58466
58467    <div class="clearfix">
58468            <nav class="links node-links clearfix"></nav>
58469
58470        </div>
58471  </article>    </div>
58472      </div>
58473  </div><section class="block block-fh-whats-happening block-fh-whats-happening
    block-fh-whats-happening-fh-whats-happening even"
    …  id="block-fh-whats-happening-fh-whats-happening">
58474      <div class="block-inner clearfix">
58475              <h2 class="block-title">What's Happening</h2>
58476
58477      <div class="content clearfix">
58478        <ul class="whats-happening-tabs">
58479            <li>
58480          <a class="active " href="#" data-type="all">all</a>
58481        </li>
58482                  <li>
58483          <a class=" " href="/blog" data-type="blog">Blog</a>
58484        </li>
58485                  <li>
58486          <a class=" " href="/events" data-type="event">Events</a>
58487        </li>
58488                  <li>
58489          <a class=" " href="/news" data-type="news">News</a>
58490        </li>
58491                  <li>
58492          <a class=" " href="/videos" data-type="video">Videos</a>
58493        </li>
58494            </ul>
```

```
58495  <a href="http://www.floridahospitalnews.com" class="no-icon news-room-link" title="Go
   …   to the news room">Go to the news room</a><div class="whats-happening-content">
58496    <div id="whats-happening-content" class="whats-happening-section">
58497      <div class="item-outer">
58498      <div class="item blog">
58499        <div class="date">Jun 28</div>
58500        <div class="desc clearfix">
58501                <div class="thumb">
58502              <a href="/blog/celebrating-christmas-july"><img typeof="foaf:Image"
   …   src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
   …   public/screen_shot_2016-06-28_at_3.00.33_pm.png?itok=4rtbJ2xZ" alt="Celebrating
   …   Christmas in July" title="Celebrating Christmas in July" /></a>        </div>
58503            <div class="text">
58504              <h3><a href="/blog/celebrating-christmas-july">Celebrating Christmas in
   …   July</a></h3>
58505              <p><a href="/blog/celebrating-christmas-july">When little Kylie wasn't
   …   gaining weight, she was admitted Florida Hospital for Children where she...</a></p>
58506            </div>
58507                </div>
58508        <div class="type">
58509            Blogs        <a href="/blog" class="filter-whats-happening" data-type="blog">See
   …   All Blogs <span>&raquo;</span></a>      </div>
58510      </div>
58511    </div>
58512    <div class="item-outer">
58513      <div class="item blog">
58514        <div class="date">May 6</div>
58515        <div class="desc clearfix">
58516                <div class="thumb">
58517              <a href="/blog/how-does-dermatologist-protect-her-skin-sun"><img
   …   typeof="foaf:Image"
   …   src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
   …   public/sun_hat_and_sunglasses.jpg?itok=HApAy4H0" alt="How Does a Dermatologist
   …   Protect Her Skin From the Sun?" title="How Does a Dermatologist Protect Her Skin From
   …   the Sun?" /></a>        </div>
58518            <div class="text">
58519              <h3><a href="/blog/how-does-dermatologist-protect-her-skin-sun">How Does a
   …   Dermatologist Protect Her Skin From the Sun?</a></h3>
58520              <p><a href="/blog/how-does-dermatologist-protect-her-skin-sun">A
   …   dermatologist shares her best practices to protect her skin, and her children's skin,
   …   from sun...</a></p>
58521            </div>
58522                </div>
58523        <div class="type">
58524            Blogs        <a href="/blog" class="filter-whats-happening" data-type="blog">See
   …   All Blogs <span>&raquo;</span></a>      </div>
58525      </div>
58526    </div>
58527    <div class="item-outer">
58528      <div class="item blog">
58529        <div class="date">Mar 10</div>
58530        <div class="desc clearfix">
58531                <div class="thumb">
58532              <a href="/blog/11-tips-combat-daylight-saving-time-blues"><img
   …   typeof="foaf:Image"
   …   src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
   …   public/alarm_clock.jpg?itok=gUl85ePF" alt="11 Tips to Combat the Daylight Saving Time
   …   Blues" title="11 Tips to Combat the Daylight Saving Time Blues" /></a>        </div>
58533            <div class="text">
58534              <h3><a href="/blog/11-tips-combat-daylight-saving-time-blues">11 Tips to
   …   Combat the Daylight Saving Time Blues</a></h3>
58535              <p><a href="/blog/11-tips-combat-daylight-saving-time-blues">Springing
   …   forward/falling back messes up everyone's schedule. Here's how to get your kids,
   …   and...</a></p>
58536            </div>
58537                </div>
58538        <div class="type">
58539            Blogs        <a href="/blog" class="filter-whats-happening" data-type="blog">See
```

```
58539…  All Blogs <span>&raquo;</span></a>          </div>
58540        </div>
58541     </div>
58542       <div class="item-outer">
58543         <div class="item video">
58544           <div class="date">Apr 29</div>
58545             <div class="desc clearfix">
58546                             <div class="thumb">
58547                 <a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
…    title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo"
…    data-url="videos/family-experience"><img typeof="foaf:Image"
…    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
…    public/media-youtube//8C6ZeCifwfo.jpg?itok=Hr4oS_Ee" alt="" /></a>            </div>
58548                 <div class="text">
58549             <h3><a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
…    title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo"
…    data-url="videos/family-experience">Family Experience</a></h3>
58550             <p><a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
…    title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo"
…    Traci Woods, Director of Family Experience talks about some of our patient happiness
…    initiatives,...</a></p>
58551           </div>
58552
58553             </div>
58554           <div class="type">
58555           Videos         <a href="/children/videos" class="filter-whats-happening"
…    data-type="video">See All  Videos <span>&raquo;</span></a>        </div>
58556         <div></div>
58557       </div>
58558     </div>
58559       <div class="item-outer">
58560         <div class="item video">
58561           <div class="date">Apr 28</div>
58562             <div class="desc clearfix">
58563                             <div class="thumb">
58564                 <a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
…    title="Andrew&#039;s Story - Cardiology"
…    data-streaming-url="https://www.youtube.com/v/troTDS0iNlg"
…    data-url="videos/andrews-story-cardiology"><img typeof="foaf:Image"
…    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
…    public/media-youtube//troTDS0iNlg.jpg?itok=INgodNqI" alt="" /></a>            </div>
58565                 <div class="text">
58566             <h3><a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
…    title="Andrew&#039;s Story - Cardiology"
…    data-streaming-url="https://www.youtube.com/v/troTDS0iNlg"
…    data-url="videos/andrews-story-cardiology">Andrew's Story - Cardiology</a></h3>
58567             <p><a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
…    title="Andrew&#039;s Story - Cardiology"
…    data-streaming-url="https://www.youtube.com/v/troTDS0iNlg">Learn about Andrew's
…    experience with Florida Hospital for Children's pediatric cardiology...</a></p>
58568           </div>
58569
58570             </div>
58571           <div class="type">
58572           Videos         <a href="/children/videos" class="filter-whats-happening"
…    data-type="video">See All  Videos <span>&raquo;</span></a>        </div>
58573         <div></div>
58574       </div>
58575     </div>
58576       <div class="item-outer">
58577         <div class="item video">
58578           <div class="date">Apr 28</div>
58579             <div class="desc clearfix">
58580                             <div class="thumb">
58581                 <a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
…    title="Gabby&#039;s Story - Dermatology"
…    data-streaming-url="https://www.youtube.com/v/_HbWINyuavU"
…    data-url="videos/gabbys-story-dermatology"><img typeof="foaf:Image"
```

```
58581  src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
  …    public/media-youtube//_HbWINyuavU.jpg?itok=CnfYfZLh" alt="" /></a>            </div>
58582              <div class="text">
58583        <h3><a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
  …    title="Gabby&#039;s Story - Dermatology"
  …    data-streaming-url="https://www.youtube.com/v/_HbWINyuavU"
  …    data-url="videos/gabbys-story-dermatology">Gabby's Story - Dermatology</a></h3>
58584           <p><a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
  …    title="Gabby&#039;s Story - Dermatology"
  …    data-streaming-url="https://www.youtube.com/v/_HbWINyuavU">When Gabby started losing
  …    her hair, her family brought her to Florida Hospital for Children. See...</a></p>
58585          </div>
58586
58587            </div>
58588          <div class="type">
58589        Videos      <a href="/children/videos" class="filter-whats-happening"
  …    data-type="video">See All  Videos <span>&raquo;</span></a>      </div>
58590      <div></div>
58591      </div>
58592  </div>
58593    <div class="item-outer">
58594      <div class="item news">
58595        <div class="date">Sep 9</div>
58596            <div class="desc clearfix">
58597              <div class="thumb">
58598        <a
  …    href="/children/news/physicians-specialists-hold-summit-brain-eating-amoeba"><img
  …    typeof="foaf:Image"
  …    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
  …    public/news/amoeba_conference_1_0.jpg?itok=hLqG4T1_" alt="Physicians, specialists
  …    hold summit on brain-eating amoeba" title="Physicians, specialists hold summit on
  …    brain-eating amoeba" /></a>            </div>
58599          <div class="text">
58600        <h3><a
  …    href="/children/news/physicians-specialists-hold-summit-brain-eating-amoeba">
  …    Physicians, specialists hold summit on brain-eating amoeba</a></h3>
58601           <p><a
  …    href="/children/news/physicians-specialists-hold-summit-brain-eating-amoeba">An event
  …    months in the making, conceived with the goal of bringing clinicians and
  …    specialists...</a></p>
58602          </div>
58603            </div>
58604          <div class="type">
58605        News      <a href="/children/news" class="filter-whats-happening"
  …    data-type="news">See All  News <span>&raquo;</span></a>      </div>
58606      <div></div>
58607      </div>
58608  </div>
58609    <div class="item-outer">
58610      <div class="item news">
58611        <div class="date">Aug 23</div>
58612            <div class="desc clearfix">
58613              <div class="thumb">
58614        <a
  …    href="/children/news/teen-defies-odds-survives-brain-eating-amoeba-infection-after-
  …    rapid-medical-response"><img typeof="foaf:Image"
  …    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
  …    public/news/amoeba_presser_2_001_002.jpg?itok=qSwdqhNP" alt="Teen defies odds,
  …    survives brain-eating amoeba infection after rapid medical response" title="Teen
  …    defies odds, survives brain-eating amoeba infection after rapid medical response"
  …    /></a>            </div>
58615          <div class="text">
58616        <h3><a
  …    href="/children/news/teen-defies-odds-survives-brain-eating-amoeba-infection-after-
  …    rapid-medical-response">Teen defies odds, survives brain-eating amoeba infection
  …    after rapid medical response</a></h3>
58617           <p><a
  …    href="/children/news/teen-defies-odds-survives-brain-eating-amoeba-infection-after-
```

```
58617…  rapid-medical-response">A 16-year-old Florida Hospital for Children patient has
 …     survived an infection that almost always...</a></p>
58618                  </div>
58619                      </div>
58620              <div class="type">
58621        News          <a href="/children/news" class="filter-whats-happening"
 …     data-type="news">See All  News <span>&raquo;</span></a>        </div>
58622          <div></div>
58623        </div>
58624  </div>
58625    <div class="item-outer">
58626      <div class="item news">
58627        <div class="date">Aug 8</div>
58628              <div class="desc clearfix">
58629                  <div class="thumb">
58630              <a
 …     href="/children/news/florida-hospital-releases-community-benefit-report"><img
 …     typeof="foaf:Image"
 …     src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
 …     public/news/teachinggardenrocklakeelementary.jpg?itok=_keIyW2W" alt="Florida Hospital
 …     releases Community Benefit Report" title="Florida Hospital releases Community Benefit
 …     Report" /></a>            </div>
58631            <div class="text">
58632              <h3><a
 …     href="/children/news/florida-hospital-releases-community-benefit-report">Florida
 …     Hospital releases Community Benefit Report</a></h3>
58633              <p><a
 …     href="/children/news/florida-hospital-releases-community-benefit-report">Florida
 …     Hospital today released its annual Community Benefit Report, which details the
 …     financial...</a></p>
58634          </div>
58635                      </div>
58636              <div class="type">
58637        News          <a href="/children/news" class="filter-whats-happening"
 …     data-type="news">See All  News <span>&raquo;</span></a>        </div>
58638          <div></div>
58639        </div>
58640  </div>
58641    <div class="item-outer">
58642      <div class="item event">
58643        <div class="date">Nov 6</div>
58644              <div class="desc clearfix">
58645                    <a href="/children/events/florida-hospitals-cycle-city"
 …     title="Florida Hospital&#039;s Cycle the City"> <div class="event-date">
58646          <span class="month">Nov</span><span class="day">6</span>
58647  </div>
58648
58649  </a>            <div class="text">
58650                  <h3><a href="/children/events/florida-hospitals-cycle-city">Florida
 …     Hospital&#039;s Cycle the City</a></h3>
58651              <p><a href="/children/events/florida-hospitals-cycle-city">Join us
 …     November 6th for an inspiring ride to provide children a fighting chance to beat
 …     cancer...</a></p>
58652          </div>
58653
58654                      </div>
58655              <div class="type">
58656        Events          <a href="/children/events" class="filter-whats-happening"
 …     data-type="event">See All  Events <span>&raquo;</span></a>        </div>
58657          <div></div>
58658        </div>
58659  </div>
58660      </div>
58661  </div>
58662        </div>
58663        </div>
58664  </section>
58665          </div>
```

```
58666  </div></div>
58667  </div><div id="zone-postscript-wrapper" class="zone-wrapper zone-postscript-wrapper
  …    clearfix">  <div id="zone-postscript" class="zone zone-postscript clearfix
  …    container-16">
58668
58669        </div>
58670
58671    <div class="block block-delta-blocks block-site-slogan
  …    block-delta-blocks-site-slogan--2 even block-without-title"
  …    id="block-delta-blocks-site-slogan--2">
58672      <div class="block-inner clearfix">
58673
58674      <div class="content clearfix">
58675        <h6 class="site-slogan">The skill to heal.  The spirit to care.</h6>    </div>
58676      </div>
58677  </div></div></section>
58678        <footer id="section-footer" class="section section-footer">
58679      <div id="zone-footer-wrapper" class="zone-wrapper zone-footer-wrapper clearfix">
58680      <div id="zone-footer" class="zone zone-footer clearfix container-12">
58681        <div class="grid-12 region region-footer-second" id="region-footer-second">
58682        <div class="region-inner region-footer-second-inner">
58683        <section class="block block-fh-menus block-ou-footer block-fh-menus-ou-footer
  …    odd" id="block-fh-menus-ou-footer">
58684      <div class="block-inner clearfix">
58685            <h2 class="block-title">Children&#039;s Footer</h2>
58686
58687      <div class="content clearfix">
58688        <ul class="menu"><li class="first last expanded active-trail menu-10232"><a
  …    href="/children" class="active-trail active">Florida Hospital for Children</a><ul
  …    class="menu"><li class="first leaf menu-10240"><a
  …    href="/children/experience/location">Directions</a></li>
58689  <li class="leaf menu-10233"><a
  …    href="/children/experience/volunteer">Volunteer</a></li>
58690  <li class="leaf menu-10346"><a href="/children/frequently-asked-questions">Ask a
  …    Question</a></li>
58691  <li class="leaf menu-10234"><a href="/children/donate">Donate</a></li>
58692  <li class="leaf menu-10235"><a href="/children/medical-team">Medical Team</a></li>
58693  <li class="leaf menu-10236"><a href="/children/experience">The Experience</a></li>
58694  <li class="last leaf menu-10651"><a
  …    href="/children/patient-and-family-care/webinar-archive">Webinar Archive</a></li>
58695  </ul></li>
58696  </ul>    </div>
58697      </div>
58698  </section><section class="block block-menu block-menu-footer-menu
  …    block-menu-menu-footer-menu even" id="block-menu-menu-footer-menu">
58699      <div class="block-inner clearfix">
58700            <h2 class="block-title">System: Footer</h2>
58701
58702      <div class="content clearfix">
58703        <ul class="menu"><li class="first expanded menu-12520"><a
  …    href="http://www.adventisthealthsystem.com" id="footer-links-system"
  …    target="_blank">Adventist Health Systems</a><ul class="menu"><li class="first leaf
  …    menu-4374"><a href="https://www.facebook.com/FloridaHospitalforChildren"
  …    class="social social-facebook" target="_blank">Facebook</a></li>
58704  <li class="leaf menu-4375"><a href="https://twitter.com/#!/floridahospital"
  …    class="social social-twitter" target="_blank">Twitter</a></li>
58705  <li class="leaf menu-4376"><a href="https://www.youtube.com/user/FLchildrenshospital"
  …    class="social social-youtube" target="_blank">YouTube</a></li>
58706  <li class="last leaf menu-12420"><a href="https://www.pinterest.com/FloridaHospital/"
  …    class="social social-pinterest">Pinterest</a></li>
58707  </ul></li>
58708  <li class="leaf menu-1346"><a href="/" id="fh-footer-system">Florida
  …    Hospital</a></li>
58709  <li class="last expanded menu-3768"><a href="/about">Florida Hospital System</a><ul
  …    class="menu"><li class="first leaf menu-499"><a href="/staff">Employees</a></li>
58710  <li class="leaf menu-494"><a href="/careers">Careers &amp; Education</a></li>
58711  <li class="leaf menu-1347"><a href="http://floridahospitalnews.com"
  …    target="_blank">News &amp; Media</a></li>
```

```
58712 <li class="leaf menu-3772"><a href="/giving/overview">Donate</a></li>
58713 <li class="leaf menu-1348"><a href="/about">About Us</a></li>
58714 <li class="leaf menu-1354"><a href="/about/mission">Our Mission</a></li>
58715 <li class="leaf menu-464"><a href="/about/history">History &amp;
    … Organization</a></li>
58716 <li class="leaf menu-465"><a href="/about/public-affairs">Government
    … Relations</a></li>
58717 <li class="leaf menu-6218"><a href="/about/quality-measures">Quality
    … Measures</a></li>
58718 <li class="leaf menu-3775"><a href="/vendors">Vendors</a></li>
58719 <li class="leaf menu-3614"><a href="/patient-resources/patient-rights">Patient Rights
    … &amp; Responsibilities</a></li>
58720 <li class="leaf menu-4841"><a href="/about/privacy-policy">Website Privacy
    … Policy</a></li>
58721 <li class="leaf menu-10951"><a
    … href="/patient-resources/billing/financial-assistance">Financial Assistance
    … Program</a></li>
58722 <li class="leaf menu-3771"><a href="/medline-plus">Medline Plus</a></li>
58723 <li class="leaf menu-8388"><a href="/visitors/gift-shop">Gift Shop</a></li>
58724 <li class="leaf menu-7679"><a href="/patient-resources/safety">Patient
    … Safety</a></li>
58725 <li class="leaf menu-10581"><a
    … href="/affordable-care-act-health-insurance-marketplace">Affordable Care Act</a></li>
58726 <li class="leaf menu-12803"><a href="/community-health-needs-assessments">Community
    … Benefit</a></li>
58727 <li class="last leaf menu-12760"><a href="/transparency">Here to Help</a></li>
58728 </ul></li>
58729 </ul>      </div>
58730     </div>
58731 </section>   </div>
58732 </div>   </div>
58733 </div></footer>   </div>   <script type="text/javascript"
    … src="https://ajax.googleapis.com/ajax/libs/jquery/1.7.1/jquery.min.js"></script>
58734 <script type="text/javascript">
58735 <!--//--><![CDATA[//><!--
58736 window.jQuery || document.write("<script
    … src='/sites/all/modules/contrib/jquery_update/replace/jquery/1.7/jquery.min.js'>\x3C/
    … script>")
58737 //--><![]]>
58738 </script>
58739 <script type="text/javascript" src="//www.google.com/jsapi"></script>
58740 <script type="text/javascript"
    … src="//maps.google.com/maps/api/js?sensor=false"></script>
58741 <script type="text/javascript" defer="defer"
    … src="//sadmin.brightcove.com/js/BrightcoveExperiences.js"></script>
58742 <script type="text/javascript"
    … src="https://www.floridahospital.com/sites/default/files/js/
    … js_E_wFH_eRe6toGhSQOmr8OneSG4kE-FE2B5nIk9Y6YeI.js"></script>
58743 <script type="text/javascript"
    … src="https://www.floridahospital.com/sites/default/files/js/
    … js_H7q2xORKmR9AN8Qx5spKEIBp7R_wG2apAswJoCUZY7I.js"></script>
58744 <script type="text/javascript"
    … src="https://www.floridahospital.com/sites/default/files/js/
    … js_AhYRsEfDxvy3P1ScR4BCgvBHM2VFIwyeWn0F-_2rjr4.js"></script>
58745 <script type="text/javascript"
    … src="https://www.floridahospital.com/sites/default/files/js/js_WGzoeMC--MxQZy62bm7-
    … YGsGy4Wpxr-wxA2vw2-lpv4.js"></script>
58746 <script type="text/javascript">
58747 <!--//--><![CDATA[//><!--
58748 var _gaq = _gaq || [];var pluginUrl =
    … "//www.google-analytics.com/plugins/ga/inpage_linkid.js";_gaq.push(["_require",
    … "inpage_linkid", pluginUrl]);_gaq.push(["_setAccount",
    … "UA-30410697-1"]);_gaq.push(["_trackPageview"]);(function() {var ga =
    … document.createElement("script");ga.type = "text/javascript";ga.async = true;ga.src =
    … ("https:" == document.location.protocol ? "https://ssl" : "http://www") +
    … ".google-analytics.com/ga.js";var s =
    … document.getElementsByTagName("script")[0];s.parentNode.insertBefore(ga, s);})();
58749 //--><![]]>
```

```
58750  </script>
58751  <script type="text/javascript"
  …   src="https://www.floridahospital.com/sites/default/files/js/
  …   js_aEj84J4sG4dpbzHdnhQPQ_k8wmwE-hZWXlYA1MEabKA.js"></script>
58752  <script type="text/javascript"
  …   src="https://www.floridahospital.com/sites/default/files/js/
  …   js_LZDz6ejGQ0zE_UV444wT5ouwtkbS6Ofdup_DDPTUwx0.js"></script>
58753  <script type="text/javascript">
58754  <!--//--><![CDATA[//><!--
58755  jQuery.extend(Drupal.settings,
  …   {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"fh_system","theme_token":"
  …   fPWBxa7s0FH-iC8UXZOadUBA4q7dbPUmtTvaTIKwQ90","js":{"0":1,"https:\/\/ajax.googleapis.
  …   com\/ajax\/libs\/jquery\/1.7.1\/jquery.min.js":1,"1":1,"\/\/www.google.com\/jsapi":1,
  …   "\/\/maps.google.com\/maps\/api\/js?sensor=false":1,"http:\/\/admin.brightcove.com\/
  …   js\/BrightcoveExperiences.js":1,"misc\/jquery.once.js":1,"misc\/drupal.js":1,"sites\/
  …   all\/libraries\/fitvids\/jquery.fitvids.js":1,"sites\/all\/modules\/contrib\/
  …   jquery_update\/replace\/ui\/external\/jquery.cookie.js":1,"sites\/all\/modules\/
  …   custom\/fh_blocks\/js\/fh_blocks.js":1,"sites\/all\/modules\/contrib\/
  …   apachesolr_autocomplete\/apachesolr_autocomplete.js":1,"sites\/all\/modules\/contrib\/
  …   apachesolr_autocomplete\/jquery-autocomplete\/jquery.autocomplete.js":1,"sites\/all\/
  …   modules\/custom\/fh_ed_wait_times\/js\/fh_ed_wait_times.js":1,"sites\/all\/modules\/
  …   contrib\/google_analytics\/googleanalytics.js":1,"2":1,"sites\/all\/themes\/custom\/
  …   fh_system\/js\/plugins\/plugins.contrib.js":1,"sites\/all\/themes\/custom\/fh_system
  …   \/js\/utils\/polyfills.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/tools.
  …   js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/CookieHandler\/CookieHandler
  …   .js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/Geolocation\/Geolocation.js
  …   ":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/Validator\/Validator.js":1,"
  …   sites\/all\/themes\/custom\/fh_system\/js\/utils\/GA_Event\/GA_Event.js":1,"sites\/
  …   all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.loadingAnimation.js":1,"
  …   sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/fhGeolocation\/jquery.
  …   fhGeoSort.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/
  …   fhGeolocation\/jquery.fhGeoDistance.js":1,"sites\/all\/themes\/custom\/fh_system\/js
  …   \/plugins\/custom\/moment.min.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/contrib\/responsiveCarousel.min.js":1,"sites\/all\/themes\/custom\/fh_system
  …   \/js\/plugins\/contrib\/handlebars-v4.0.2.js":1,"sites\/all\/themes\/custom\/
  …   fh_system\/js\/plugins\/custom\/jquery.fhAccordion.js":1,"sites\/all\/themes\/custom\
  …   /fh_system\/js\/plugins\/custom\/jquery.fhCustomSelect.js":1,"sites\/all\/themes\/
  …   custom\/fh_system\/js\/plugins\/custom\/jquery.edWaitTimes.js":1,"sites\/all\/themes\
  …   /custom\/fh_system\/js\/plugins\/custom\/jquery.equalheights.js":1,"sites\/all\/
  …   themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.externalLink.js":1,"sites\/all
  …   \/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fhAnalytics.js":1,"sites\/
  …   all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fhClinical.js":1,"sites\/
  …   all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fittextResponsive.js":1,"
  …   sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.megaMenus.js":1,"
  …   sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.mobile.custom.js":
  …   1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.
  …   placeholderDrupal.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/
  …   jquery.positionFixed.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/
  …   custom\/jquery.structureElements.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/custom\/jquery.urlToolbox.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/custom\/jquery.mobileMenu.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/custom\/jquery.showMore.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/contrib\/jquery.waypoints.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/custom\/jquery.validation.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
  …   plugins\/custom\/jquery.fhScheduling.js":1,"sites\/all\/themes\/custom\/fh_system\/js
  …   \/plugins\/contrib\/svgeezy.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/global.
  …   js":1,"sites\/all\/themes\/contrib\/omega\/omega\/js\/omega-mediaqueries.js":1,"sites
  …   \/all\/themes\/custom\/fh_system\/js\/ou\/children.js":1},"css":{"modules\/system\/
  …   system.base.css":1,"modules\/system\/system.messages.css":1,"sites\/all\/modules\/
  …   contrib\/apachesolr_autocomplete\/apachesolr_autocomplete.css":1,"sites\/all\/modules
  …   \/contrib\/apachesolr_autocomplete\/jquery-autocomplete\/jquery.autocomplete.css":1,"
  …   sites\/all\/modules\/acquia\/ctools\/css\/ctools.css":1,"sites\/all\/modules\/contrib
  …   \/ldap\/ldap_servers\/ldap_servers.admin.css":1,"sites\/all\/modules\/contrib\/date\/
  …   date_api\/date.css":1,"sites\/all\/modules\/contrib\/date\/date_popup\/themes\/
  …   datepicker.1.7.css":1,"modules\/field\/theme\/field.css":1,"modules\/node\/node.css":
  …   1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/modules\/
  …   acquia\/views\/css\/views.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/
  …   alpha-reset.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/alpha-mobile.css"
```

Page 1917

58755…

:1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/admin-tabs.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/autocomplete.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/buttons.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/ed-wait-time.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/forms.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/search-filters.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/fh-menu-block.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/geolocation-forms.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/location.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/mega-menu.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/miniforms.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/mobile-menu.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/modal.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/pager.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/physician-cta.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/flexslider.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/flexslider2.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/quicktabs-accessible.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/request-info.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/related-events.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/show-more.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/swarm.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/ou-info-block.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/video.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/featured-event.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/campaign-blocks.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/portlet.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/simple-events.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/phys-dir.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/person.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/search.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/locations.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/our-location.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/whats-happening.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/women.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/account.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/support-section.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/bootstrap.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/homepage-banner.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/blog.min.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/content-overrides.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/awards.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/health-performance-strategies.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/tabbed.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/page-feedback.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/global.css":1,"ie::normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"ie::normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-normal.css":1,"ie::normal::sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-16.css":1,"ie::normal::sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-24.css":1,"ie::normal::sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-12.css":1,"fluid::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/fluid\/alpha-default-fluid-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/fluid\/alpha-default-fluid-24.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/fluid\/alpha-default-fluid-12.css":1,"narrow::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"narrow::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-narrow.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/narrow\/alpha-default-narrow-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/narrow\/alpha-default-narrow-24.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/narrow\/alpha-default-narrow-12.css":1,"normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-normal.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-24.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-12.css":1,"wide::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"wide::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-wide.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/wide\/alpha-default-wide-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/wide\/alpha-default-wide-24.css":1,"sites\/all\/themes\/contrib\/omega

58755 `\/alpha\/css\/grid-alpha_default\/wide\/alpha-default-wide12.css":1,"sites\/all\/`
… `themes\/custom\/fh_system\/css\/flavors\/children\/css\/children.css":1,"sites\/all\/`
… `themes\/custom\/fh_system\/css\/lte7.css":1,"sites\/all\/themes\/custom\/fh_system\/`
… `css\/lte8.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/lte9.css":1}},"`
… `apachesolr_autocomplete":{"path":"\/apachesolr_autocomplete"},"fh_blocks":{"lpServer"`
… `:"server.iad.liveperson.net","file":"visitorWantsToChat","cmd":"file","apiKey":"`
… `c3372aaaa57a4b7d9200cf0a7cc7c72f","lpNumber":"17015008","bId":"12"},"ou":{"nid":"1577`
… `","path":"children","locations":[{"address":"Orlando,`
… `Florida","lat":"28.5731323","lng":"-81.3706776"}]},"urlIsAjaxTrusted":{"\/children":`
… `true},"googleanalytics":{"trackOutbound":1,"trackMailto":1,"trackDownload":1,"`
… `trackDownloadExtensions":"7z|aac|arc|arj|asf|asx|avi|bin|csv|doc|exe|flv|gif|gz|gzip|`
… `hqx|jar|jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt|qtm?|ra(m|r)?|sea|`
… `sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls|xml|z|zip"},"omega":{"layouts":{"primary"`
… `:"normal","order":{"fluid","narrow","normal","wide"},"queries":{"fluid":"all and`
… `(min-width: 740px) and (min-device-width: 740px), (max-device-width: 800px) and`
… `(min-width: 740px) and (orientation:landscape)","narrow":"all and (min-width: 740px)`
… `and (min-device-width: 740px), (max-device-width: 800px) and (min-width: 740px) and`
… `(orientation:landscape)","normal":"all and (min-width: 980px) and (min-device-width:`
… `980px), all and (max-device-width: 1024px) and (min-width: 1024px) and`
… `(orientation:landscape)","wide":"all and (min-width: 1220px)"}}}});`
58756 `//--><!]]>`
58757 `</script>`
58758 `  <script type="text/javascript">`
58759 `<!--//--><![CDATA[//><!--`
58760 `/* Output by FitVids module */`
58761 `(function ($) {`
58762 `    Drupal.behaviors.fitvids = {`
58763 `        attach: function (context, settings) {`
58764 `if ($(".media-youtube-outer-wrapper").length) {`
58765 ` $(".media-youtube-outer-wrapper").removeAttr("style");`
58766 ` $(".media-youtube-preview-wrapper").removeAttr("style");`
58767 ` $(".media-youtube-outer-wrapper").removeClass("media-youtube-outer-wrapper");`
58768 ` $(".media-youtube-preview-wrapper").removeClass("media-youtube-preview-wrapper");`
58769 `}`
58770 `if ($(".media-vimeo-outer-wrapper").length) {`
58771 ` $(".media-vimeo-outer-wrapper").removeAttr("style");`
58772 ` $(".media-vimeo-preview-wrapper").removeAttr("style");`
58773 ` $(".media-vimeo-outer-wrapper").removeClass("media-vimeo-outer-wrapper");`
58774 ` $(".media-vimeo-preview-wrapper").removeClass("media-vimeo-preview-wrapper");`
58775 `}`
58776 `$(".region", context).fitVids();`
58777 `}`
58778 `    };`
58779 `  }(jQuery));`
58780 `//--><!]]>`
58781 `</script>`
58782 `</body>`
58783 `</html>`
58784
58785 `****************************************************`
58786 `The following data is from floridahospital_com_children.txt`
58787 `****************************************************`
58788 `<!DOCTYPE html PUBLIC "-//W3C//DTD HTML+RDFa 1.1//EN">`
58789 `<html class="no-js" lang="en" dir="ltr" version="HTML+RDFa 1.1"`
58790 `  xmlns:content="http://purl.org/rss/1.0/modules/content/"`
58791 `  xmlns:dc="http://purl.org/dc/terms/"`
58792 `  xmlns:foaf="http://xmlns.com/foaf/0.1/"`
58793 `  xmlns:og="http://ogp.me/ns#"`
58794 `  xmlns:rdfs="http://www.w3.org/2000/01/rdf-schema#"`
58795 `  xmlns:sioc="http://rdfs.org/sioc/ns#"`
58796 `  xmlns:sioct="http://rdfs.org/sioc/types#"`
58797 `  xmlns:skos="http://www.w3.org/2004/02/skos/core#"`
58798 `  xmlns:xsd="http://www.w3.org/2001/XMLSchema#">`
58799 `<head profile="http://www.w3.org/1999/xhtml/vocab">`
58800 `  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />`
58801 `<meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1,`
… `minimum-scale=1, user-scalable=no" />`
58802 `<link rel="shortcut icon"`

```
58802…   href="https://www.floridahospital.com/sites/all/themes/custom/fh_system/favicon.ico"
    …   type="image/vnd.microsoft.icon" />
58803   <link rel="canonical" href="https://www.floridahospital.com/children" />
58804   <meta name="generator" content="Drupal 7 (http://drupal.org)" />
58805   <link rel="shortlink" href="https://www.floridahospital.com/node/1577" />
58806     <title>Florida Hospital for Children | Florida Hospital for Children</title>
58807     <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_LeSKjOQV0RHxBs_JNsxNkSoiZ4LOtNRI4e7cbkbVVdI.css" media="all" />
58808
58809   <!--[if (lt IE 9)&(!IEMobile)]>
58810   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_ey8ici2bspAk2whffO_0roNyQGjCF9hVaRqqRuUxDsc.css" media="all" />
58811   <![endif]-->
58812
58813   <!--[if gte IE 9]><!-->
58814   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/css_F-
    …   ZzFRD5EKqFLsZL5KF8bHTC97-YbY4UkvXVHMB7-hc.css" media="all and (min-width: 740px) and
    …   (min-device-width: 740px), (max-device-width: 800px) and (min-width: 740px) and
    …   (orientation:landscape)" />
58815   <!--<![endif]-->
58816
58817   <!--[if gte IE 9]><!-->
58818   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_ey8ici2bspAk2whffO_0roNyQGjCF9hVaRqqRuUxDsc.css" media="all and (min-width:
    …   980px) and (min-device-width: 980px), all and (max-device-width: 1024px) and
    …   (min-width: 1024px) and (orientation:landscape)" />
58819   <!--<![endif]-->
58820
58821   <!--[if gte IE 9]><!-->
58822   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_trxU1Hgi3Ab02oq8MwPAz3O0KTvfY9rkNF3EcLSAd7o.css" media="all and (min-width:
    …   1220px)" />
58823   <!--<![endif]-->
58824   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_9cPcUdW2zzdswuSn6n6Wm_WGEFxXHZuQ6eDtYlDPteA.css" media="all" />
58825
58826   <!--[if lte IE 7]>
58827   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_Sdt9JgXsVsWrszQQlplx5qFFF-ZgwXgeNOih1rgMThU.css" media="all" />
58828   <![endif]-->
58829
58830   <!--[if lte IE 8]>
58831   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/css_b1r3oYduV7USc4RiKv-
    …   IFDLeZ6xDq6iN_XBLljygHBQ.css" media="all" />
58832   <![endif]-->
58833
58834   <!--[if lte IE 9]>
58835   <link type="text/css" rel="stylesheet"
    …   href="https://www.floridahospital.com/sites/default/files/css/
    …   css_G0ijoMTZ6DI5A_iKXw66Sa7oJoQPcL4ATt9OXXT9tRM.css" media="all" />
58836   <![endif]-->
58837     <!--[if lt IE 9]><script
    …   src="//html5shiv.googlecode.com/svn/trunk/html5.js"></script><![endif]-->
58838     <link href="https://plus.google.com/+Floridahospital1" rel="publisher" />
58839   </head>
58840   <body class="html not-front not-logged-in page-node page-node- page-node-1577
    …   node-type-fh-ou ou-front single-banner context-children
    …   menu-trail-1-florida-hospital-for-children path-children ou-children ou savannah
    …   page-search-site-noresults">
58841     <div id="skip-link">
```

```
58842        <a href="#main-content" class="element-invisible element-focusable">skip to main
  …    content</a>
58843        </div>
58844
58845
58846      <div class="region region-page-top" id="region-page-top">
58847        <div class="region-inner region-page-top-inner">
58848         <section class="block block-fh-ed-wait-times block-fh-ed-wait-times
  …    block-fh-ed-wait-times-fh-ed-wait-times odd"
  …    id="block-fh-ed-wait-times-fh-ed-wait-times">
58849      <div class="block-inner clearfix">
58850                <h2 class="block-title"><a href="/locations/er-wait-times/about"
  …    class="modal">ER Wait Times <small>How do we calculate?</small></a></h2>
58851
58852         <div class="content clearfix">
58853            <ul id="wait-times" data-ou="orlando-childrens"></ul>
58854
58855    <a href="/locations/er-wait-times" id="wait-times-all" class="button"><span>See All
  …    ER Wait Times</span> <strong>+</strong></a>
58856    <div id="wait-times-menu">
58857      <ul class="menu"><li class="first collapsed menu-10205"><a
  …    href="/children/find-services">Pediatric <b>Programs</b></a></li>
58858    <li class="leaf menu-10207"><a href="/children/medical-team"
  …    class="no-megamenu">Medical <b>Team</b></a></li>
58859    <li class="leaf menu-10209"><a href="/children/experience" class="no-megamenu">The
  …    <b>Experience</b></a></li>
58860    <li class="last leaf menu-10211"><a href="/children/contact"
  …    class="no-megamenu">Contact <b>Us</b></a></li>
58861    </ul>  <form action="/children" method="post" id="search-block-form"
  …    accept-charset="UTF-8"><div><h2 class="element-invisible">Search form</h2>
58862    <div class="form-item form-type-textfield form-item-search-block-form">
58863      <label class="element-invisible" for="edit-search-block-form--3">Search </label>
58864     <input title="What are you looking for?" type="text" id="edit-search-block-form--3"
  …    name="search_block_form" value="" size="15" maxlength="128" class="form-text" />
58865    </div>
58866    <div class="form-actions form-wrapper" id="edit-actions--2"><input class="button
  …    form-submit" type="submit" id="edit-submit--2" name="op" value="Search"
  …    /></div><input type="hidden" name="form_build_id"
  …    value="form-Dw6ubCcfkiM2mkx3nmR-uFTxfV9tqNT_SlKEaOwWXUo" />
58867    <input type="hidden" name="form_id" value="search_block_form" />
58868    </div></form></div>    </div>
58869        </div>
58870    </section>
58871         <div id="fb-root"></div>
58872         <script>
58873           (function(d, s, id) {var js, fjs = d.getElementsByTagName(s)[0];
58874             if (d.getElementById(id)) return;
58875             js = d.createElement(s); js.id = id;
58876             js.src = "//connect.facebook.net/en_US/all.js#xfbml=1&appId=225496297644304";
58877             fjs.parentNode.insertBefore(js, fjs);
58878           }(document, 'script', 'facebook-jssdk'));
58879         </script>
58880         </div>
58881    </div>
58882    <div class="page clearfix" id="page">
58883         <header id="section-header" class="section section-header">
58884      <div id="zone-user-wrapper" class="zone-wrapper zone-user-wrapper clearfix">
58885      <div id="zone-user" class="zone zone-user clearfix container-16">
58886       <div class="grid-4 region region-user-first" id="region-user-first">
58887      <div class="region-inner region-user-first-inner">
58888       <section class="block block-menu block-menu-home-menu block-menu-menu-home-menu
  …    odd" id="block-menu-menu-home-menu">
58889      <div class="block-inner clearfix">
58890                <h2 class="block-title">Campuses: FH.com Home button</h2>
58891
58892       <div class="content clearfix">
58893          <ul class="menu"><li class="first last leaf menu-2767"><a href="/">Florida
  …    Hospital Home</a></li>
```

```
58894  </ul>    </div>
58895      </div>
58896  </section>   </div>
58897  </div><div class="grid-12 region region-user-second" id="region-user-second">
58898    <div class="region-inner region-user-second-inner">
58899      <div class="block block-fh-social block-fh-social-icons-block
       block-fh-social-fh-social-icons-block odd block-without-title"
       id="block-fh-social-fh-social-icons-block">
58900    <div class="block-inner clearfix">
58901
58902      <div class="content clearfix">
58903        <div class="social-icons">
58904    <ul class="clearfix">
58905      <li><a href="http://www.facebook.com/FloridaHospitalforChildren"
       class="facebook">Facebook</a></li>
58906          <li><a href="http://www.youtube.com/user/FLchildrenshospital"
       class="youtube">YouTube</a></li>
58907    </ul>
58908  </div>    </div>
58909    </div>
58910  </div><div class="block block-fh-blocks block-fh-blocks-account-menu
       block-fh-blocks-fh-blocks-account-menu even block-without-title"
       id="block-fh-blocks-fh-blocks-account-menu">
58911    <div class="block-inner clearfix">
58912
58913      <div class="content clearfix">
58914        <nav class="account-menu">
58915    <ul class="menu">
58916      <li>
58917        <a class="for-medical-profs"
       href="https://professionals.floridahospital.com">For Medical Professionals</a>
58918      </li>
58919      <li class="first last expanded">
58920        <a href="https://account.ahss.org/FH-Children">Your Account</a>
58921      </li>
58922    </ul>
58923    <div class="main-menu clearfix" style="display: none;">
58924        <p>Use our patient tool for secure, convenient, 24/7 access. <a
       href="https://www.floridahospital.com/patient-resources/create-your-account">Learn
       more</a></p>
58925      <ul class="account-links clearfix">
58926        <li><a href="https://account.ahss.org/FH-Children" class="sign-in">Sign
       in</a></li>
58927        <li class="or">OR</li>
58928        <li><a
       href="https://www.floridahospital.com/patient-resources/create-your-account"
       class="create-account">Create <br />Account</a></li>
58929      </ul>
58930
58931      <ul class="main-menu-links">
58932        <li><a href="https://www.floridahospital.com/patient-resources/billing">Pay
       Your Bill</a></li>
58933        <li><a
       href="https://www.floridahospital.com/children/request-appointment">Request an
       Appointment</a></li>
58934        <li><a
       href="https://www.floridahospital.com/patient-resources/medical-records">Medical
       Records</a></li>
58935      </ul>
58936
58937      <div class="main-bottom">
58938        <p>This facility is a member of</p>
58939        <img src="/sites/all/themes/custom/fh_system/images/ahs-logo@2x.png"
       alt="Adventist Health System Logo" />
58940      </div>
58941
58942    </div>
58943  </nav>
```

```
58944            </div>
58945        </div>
58946    </div>   </div>
58947    </div>   </div>
58948    </div><div id="zone-header-wrapper" class="zone-wrapper zone-header-wrapper
    …    clearfix">
58949        <div id="zone-header" class="zone zone-header clearfix container-16">
58950            <div class="grid-4 region region-header-first" id="region-header-first">
58951        <div class="region-inner region-header-first-inner">
58952            <div class="block block-delta-blocks block-branding block-delta-blocks-branding
    …    odd block-without-title" id="block-delta-blocks-branding">
58953        <div class="block-inner clearfix">
58954
58955        <div class="content clearfix">
58956            <div class="logo-img"><a href="/children" id="logo" title="Return to the
    …    Florida Hospital home page"><img typeof="foaf:Image"
    …    src="https://www.floridahospital.com/sites/all/themes/custom/fh_system/css/flavors/
    …    children/logo.png" alt="Florida Hospital" /></a></div><hgroup
    …    class="site-name-slogan"><h2 class="site-name"><a href="/" title="Return to the
    …    Florida Hospital home page"><span>Florida Hospital</span></a></h2><h6
    …    class="site-slogan">The skill to heal.  The spirit to care.</h6></hgroup>    </div>
58957        </div>
58958    </div>   </div>
58959    </div><div class="grid-12 region region-header-second" id="region-header-second">
58960        <div class="region-inner region-header-second-inner">
58961            <div class="block block-menu-block block-fh-menus-30 block-menu-block-fh-menus-30
    …    odd block-without-title" id="block-menu-block-fh-menus-30">
58962        <div class="block-inner clearfix">
58963
58964        <div class="content clearfix">
58965            <div class="menu-block-wrapper menu-block-fh_menus-30
    …    menu-name-menu-children-s-auxiliary-menu parent-mlid-10213 menu-level-1">
58966        <ul class="menu"><li class="first expanded menu-mlid-10222 menu-10222"><a
    …    href="/children/donate">Giving Back</a><ul class="menu"><li class="first leaf
    …    menu-mlid-10223 menu-10223"><a href="/children/donate">Donate</a></li>
58967    <li class="last leaf menu-mlid-10224 menu-10224"><a
    …    href="/children/experience/volunteer">Volunteers</a></li>
58968    </ul></li>
58969    <li class="expanded menu-mlid-10214 menu-10214"><a
    …    href="/children/patient-and-family-care">Patient and Families</a><ul class="menu"><li
    …    class="first leaf menu-mlid-10215 menu-10215"><a
    …    href="/children/patient-and-family-care/visitor-guide">Visitor Guide</a></li>
58970    <li class="leaf menu-mlid-10216 menu-10216"><a
    …    href="/children/patient-and-family-care/international-patients">International
    …    Patients</a></li>
58971    <li class="leaf menu-mlid-12839 menu-12839"><a
    …    href="/patient-resources/insurance-information">Insurance Information </a></li>
58972    <li class="leaf menu-mlid-11267 menu-11267"><a
    …    href="/patient-resources/medical-records-access">Medical Records</a></li>
58973    <li class="leaf menu-mlid-12862 menu-12862"><a
    …    href="https://www.floridahospital.com/hipaa">Patient Privacy Notice </a></li>
58974    <li class="leaf menu-mlid-10217 menu-10217"><a
    …    href="/children/patient-and-family-care/transport-services">Transport
    …    Services</a></li>
58975    <li class="leaf menu-mlid-10218 menu-10218"><a
    …    href="/children/patient-and-family-care/family-advisory-council">Family Advisory
    …    Council</a></li>
58976    <li class="leaf menu-mlid-10219 menu-10219"><a
    …    href="/children/patient-and-family-care/teen-advisory-council">Teen Advisory
    …    Council</a></li>
58977    <li class="leaf menu-mlid-10650 menu-10650"><a
    …    href="/children/patient-and-family-care/webinar-archive">Webinar Archive</a></li>
58978    <li class="last leaf menu-mlid-11816 menu-11816"><a
    …    href="https://www.floridahospital.com/patient-resources/billing/price-estimates">
    …    Price Estimates</a></li>
58979    </ul></li>
58980    <li class="expanded menu-mlid-10225 menu-10225"><a
    …    href="https://www.floridahospital.com/children/our-locations">Our Locations</a><ul
```

```
58980…  class="menu"><li class="first leaf menu-mlid-10227 menu-10227"><a
…       href="https://www.floridahospital.com/children/our-locations">Primary Care
…       Pediatricians</a></li>
58981  <li class="leaf menu-mlid-12482 menu-12482"><a
…       href="https://www.floridahospital.com/children/medical-team/regional-clinics">
…       Specialty Clinics</a></li>
58982  <li class="leaf menu-mlid-10228 menu-10228"><a
…       href="https://www.floridahospital.com/children/kids-er">Emergency
…       Departments</a></li>
58983  <li class="last leaf menu-mlid-10229 menu-10229"><a
…       href="https://centracare.org/pediatrics/locations/ ">Kids Urgent Care</a></li>
58984  </ul></li>
58985  <li class="last leaf menu-mlid-10348 menu-10348"><a href="/children/search"
…       id="nav-search-site">Search this site</a></li>
58986  </ul></div>
58987      </div>
58988     </div>
58989  </div>  </div>
58990   </div>
58991  </div><div id="zone-menu-wrapper" class="zone-wrapper zone-menu-wrapper clearfix">
58992    <div id="zone-menu" class="zone zone-menu clearfix container-16">
58993      <div class="grid-16 region region-menu" id="region-menu">
58994    <div class="region-inner region-menu-inner">
58995      <div class="block block-fh-blocks block-fh-blocks-menu-search
…       block-fh-blocks-fh-blocks-menu-search odd block-without-title"
…       id="block-fh-blocks-fh-blocks-menu-search">
58996    <div class="block-inner clearfix">
58997
58998      <div class="content clearfix">
58999        <form title="What are you looking for?" class="nav-search" action="/children"
…       method="post" id="fh-search-site-form" accept-charset="UTF-8"><div><div
…       class="form-item form-type-textfield form-item-search-block-form">
59000    <label class="element-invisible" for="edit-search-block-form">Search </label>
59001   <input title="What are you looking for?" type="text" id="edit-search-block-form"
…       name="search_block_form" value="" size="15" maxlength="128" class="form-text" />
59002  </div>
59003  <input type="hidden" name="form_build_id"
…       value="form-TJTCsHMpxo8zRzbf8V2UUH0-klKmcUPCV2Lg38y0MLw" />
59004  <input type="hidden" name="form_id" value="fh_search_site_form" />
59005  <div class="form-actions form-wrapper" id="edit-actions"><input class="button
…       form-submit" type="submit" id="edit-submit" name="op" value="Search"
…       /></div></div></form>    </div>
59006    </div>
59007  </div>          <nav class="navigation">
59008        <h2 class="element-invisible">Main menu</h2><ul id="main-menu" class="links
…       inline clearfix main-menu"><li class="menu-10205 first"><a
…       href="/children/find-services" data-html-title="Pediatric
…       &lt;b&gt;Programs&lt;/b&gt;">Pediatric <b>Programs</b></a><ul class="menu"><li
…       class="first last leaf menu-10206"><div class="block block-fh-blocks" class="block
…       block-fh-blocks block-fh-blocks-menu-services block-fh-blocks-fh-blocks-menu-services
…       odd" id="block-fh-blocks-fh-blocks-menu-services">
59009    <div class="content" class="content clearfix">
59010      <div class="treatments clearfix">
59011        <h3>Pediatric Programs</h3>
59012        <ul class="menu">
59013          <li><a href="/children/allergy">Allergy and Immunology</a></li>
59014          <li><a href="/children/anesthesia-sedation">Anesthesia and Sedation</a></li>
59015          <li><a href="/children/oncology/bone-marrow-transplant">Bone Marrow
…       Transplantation</a></li>
59016          <li><a href="/children/oncology">Cancer &amp; Blood Disorders</a></li>
59017          <li><a href="/children/cardiology">Cardiology</a></li>
59018          <li><a href="/children/complex-care">Complex Care</a></li>
59019          <li><a href="/children/dermatology">Dermatology</a></li>
59020          <li><a href="/children/development-and-behavior">Development &amp;
…       Behavior</a></li>
59021          <li><a href="/children/kids-er">Emergency Department</a></li>
59022          <li><a href="/children/endocrinology">Endocrinology, Diabetes &amp;
…       Metabolism</a></li>
```

```
59023            </li>
59024
59025            <ul class="menu">
59026                <li><a href="/children/neuroscience/epilepsy">Epilepsy</a></li>
59027                <li><a href="/children/gastroenterology">Gastroenterology</a></li>
59028                <li><a href="/children/surgery">General Surgery</a></li>
59029                <li><a href="/children/intensive-care-hospitalists">Intensive Care /
…    Hospitalists</a></li>
59030                <li><a href="/children/nephrology">Nephrology</a></li>
59031                <li><a href="/children/nicu">Neonatal Intensive Care Unit (NICU)</a></li>
59032                <li><a href="/children/neuroscience">Neuroscience</a></li>
59033                <li><a href="/children/ophthalmology">Ophthalmology</a></li>
59034                <li><a href="/children/orthopaedics">Orthopaedics</a></li>
59035            </ul>
59036
59037            <ul class="menu">
59038                <li><a href="/children/otolaryngology">Otolaryngology / Ear, Nose,
…    Throat</a></li>
59039                <li><a href="/children/picu">Pediatric Intensive Care Unit (PICU)</a></li>
59040                <li><a
…    href="/children/specialties-and-programs/pediatric-residency">Pediatric
…    Residency</a></li>
59041                <li><a href="/children/cranial-facial-surgeries">Plastics &amp; Cranial
…    Facial</a></li>
59042                <li><a href="/children/radiology">Radiology/Imaging</a></li>
59043                <li><a href="/children/rehabilitation">Rehabilitation</a></li>
59044                <li><a href="/children/transplantation">Transplant</a></li>
59045                <li><a href="/children/experience/our-facility/urgent-care">Urgent
…    Care</a></li>
59046                <li><a href="/children/urology">Urology</a></li>
59047                <li><a href="/children/patient-and-family-care/weight-wellness">Weight and
…    Wellness</a></li>
59048            </ul>
59049          </div>
59050        </div>
59051    </div></li>
59052 </ul></li>
59053 <li class="menu-10207"><a href="/children/medical-team" data-html-title="Medical
…    &lt;b&gt;Team&lt;/b&gt;" class="no-megamenu">Medical <b>Team</b></a></li>
59054 <li class="menu-10209"><a href="/children/experience" data-html-title="The
…    &lt;b&gt;Experience&lt;/b&gt;" class="no-megamenu">The <b>Experience</b></a></li>
59055 <li class="menu-10211 last"><a href="/children/contact" data-html-title="Contact
…    &lt;b&gt;Us&lt;/b&gt;" class="no-megamenu">Contact <b>Us</b></a></li>
59056 </ul>                </div>
59057            </div>
59058 </div>
59059      </div>
59060 </div></header>
59061        <section id="section-content" class="section section-content">
59062    <div id="zone-feature-wrapper" class="zone-wrapper zone-feature-wrapper clearfix">
59063
59064
59065    <div class="section-title-wrapper clearfix">
59066
59067      <div class="section-title-bg">
59068                <div></div>
59069                </div>
59070
59071        <div class="section-title-outer">
59072            <h1 id="section-title" class="container-16"> </h1>
59073            </div>
59074    </div>
59075
59076    <div id="zone-feature" class="zone zone-feature clearfix container-16">
59077        <section class="region-feature features clearfix">
59078        <div class="container">
59079            <h2 class="feature-message">
59080        Kids mean<br />
```

```
the world to us<br />
     So we made one<br />
     just for them.
</h2>
<nav class="feature-nav">
     <ul>
         <li><a href="/children/find-services">Specialties and Programs</a></li>
         <li><a href="/children/find-a-doctor">Find a Physician</a></li>
         <li><a href="/children/medical-team/refer-patient">Refer a Patient</a></li>
         <li><a href="/children/request-appointment">Request an Appointment</a></li>
     </ul>
</nav>
<div class="widget ou-home-map clearfix">
   <div class="map">
      <a href="/children/experience/location"><img typeof="foaf:Image"
data-original="//maps.googleapis.com/maps/api/staticmap?center=28.5731323%2C-81.
3706776&amp;zoom=16&amp;scale=1&amp;size=200x120&amp;format=jpeg&amp;sensor=false&amp
;markers=icon%3Ahttps%3A//maps.google.com/mapfiles/arrow.png%7C28.5731323%2C-81.
3706776" class="lazy"
src="https://www.floridahospital.com/sites/all/themes/custom/fh_system/images/
placeholder.gif" width="200" height="120" alt="" /></a>
   </div>

   <div class="caption">
      <h3 class="widget-title"><a href="/children/experience/location">Get
Directions</a></h3>
      <p><a href="/children/experience/location">driving directions and campus
map</a></p>
   </div>
</div>
<div class="contact-actions widget">
     <h3 class="widget-title">Contact Us</h3>
     <nav class="mobile-actions" id="homepage-contact-actions">
         <ul>
             <li>
                 <a class="request-appointment" href="/children/request-appointment">
                     <span>Request Appointment</span>
                     <div class="icon"><img
src="/sites/all/themes/custom/fh_system/images/icon_contact-calendar.png"
alt=""></div>
                 </a>
             </li><!--
     --><li>
                 <a class="send-message" href="/children/contact">
                     <span>Send Message</span>
                     <div class="icon"><img
src="/sites/all/themes/custom/fh_system/images/icon_contact-message.png"
alt=""></div>
                 </a>
             </li><!--
     --><li>
                 <a class="phone-directory"
href="/children/contact/#block-fh-blocks-fh-blocks-phone-directory">
                     <span>Phone Directory</span>
                     <div class="icon"><img
src="/sites/all/themes/custom/fh_system/images/icon_contact-phone.png" alt=""></div>
                 </a>
             </li>
         </ul>
     </nav>
</div><a
     class="home-feature home-feature-watch-video feature-video-link"
     href="/children/experience/floridas-destination-health-and-healing"
     title="Watch Video">
         Explore our extraordinary world
</a>     </div>
</section>
   </div>
```

```
59135
59136          <div class="breadcrumb-upper-wrapper clearfix">
59137            <div id="breadcrumb-upper" class="container-16">
59138              <ul class="breadcrumb"><li class="crumb crumb-1 home"><a
…    href="/">Home</a></li><li class="crumb crumb-2 current"><span>Florida Hospital for
     Children</span></li></ul>        <div class="social-controls">
59139      <div class="fb-like-wrapper">
59140        <div
59141          class="fb-like"
59142          data-width="95"
59143          data-layout="button"
59144          data-action="like"
59145          data-show-faces="false"
59146          data-share="true">
59147        </div>
59148      </div>
59149
59150      <div class="gplus-wrapper">
59151        <div class="g-plusone" data-size="medium" data-annotation="none"></div>
59152      </div>
59153
59154      <script type="text/javascript">
59155        (function() {
59156          var po = document.createElement('script'); po.type = 'text/javascript';
…    po.async = true;
59157          po.src = 'https://apis.google.com/js/platform.js';
59158          var s = document.getElementsByTagName('script')[0];
…    s.parentNode.insertBefore(po, s);
59159        })();
59160      </script>
59161 </div>      </div>
59162      </div>
59163
59164 </div>
59165 <div id="zone-preface-wrapper" class="zone-wrapper zone-preface-wrapper clearfix">
59166  <div id="zone-preface" class="zone zone-preface clearfix container-24">
59167    <div class="grid-8 region region-preface-first" id="region-preface-first">
59168    <div class="region-inner region-preface-first-inner">
59169      <div class="block block-fh-events block-fh-events-featured-event
…    block-fh-events-fh-events-featured-event odd block-without-title"
…    id="block-fh-events-fh-events-featured-event">
59170    <div class="block-inner clearfix">
59171
59172      <div class="content clearfix">
59173
59174      </div>
59175    </div>
59176 </div><section class="block block-views block-ou-feature-cta-story-block
…    block-views-ou-feature-cta-story-block even"
…    id="block-views-ou-feature-cta-story-block">
59177    <div class="block-inner clearfix">
59178              <h2 class="block-title">Featured Campaigns</h2>
59179
59180      <div class="content clearfix">
59181        <ul class="story-ctas clearfix">
59182        <li class="story story-0">
59183 <div id="story-15264" class="clearfix video">
59184    <style type="text/css" scoped>
59185      #story-15264 .thumbnail {
59186        background-color: #ff5250;
59187        color: #ff5250;
59188      }
59189
59190      #story-15264 .thumbnail:after {
59191        color: #ff5250;
59192      }
59193
59194      #story-15264 .thumbnail a {
```

```
59195      background-image:
  …    url(https://www.floridahospital.com/sites/default/files/children-story-josh-130x130.
  …    jpg);
59196        }
59197
59198      #story-15264 .content a {
59199        color: #ff5250;
59200      }
59201    </style>
59202
59203    <div class="thumbnail">
59204      <a
  …    href="https://www.youtube.com/watch?v=nOhSu1AAOm8&list=
  …    TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG" class="modal">
59205        <img
  …    src="https://www.floridahospital.com/sites/default/files/children-story-josh-130x130.
  …    jpg" />
59206      </a>
59207    </div>
59208
59209    <div class="content">
59210      <h3 class="cta-title">
59211        <a
  …    href="https://www.youtube.com/watch?v=nOhSu1AAOm8&list=
  …    TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG" class="modal">
59212          Josh
59213        </a>
59214      </h3>
59215
59216       <p>was a typical 3 year old with a troubled kidney and a worried twin sister. <a
       class="modal"
  …    href="http://www.youtube.com/watch?v=nOhSu1AAOm8&amp;list=
  …    TLfZZZ3zyC3ALR_paYDeyhFFAjbvKW8CJG">Dr. Keating helped both </a></p>
59217      </div>
59218 </div>
59219 </li>
59220        <li class="story story-1">
59221 <div id="story-21003" class="clearfix video">
59222    <style type="text/css" scoped>
59223      #story-21003 .thumbnail {
59224        background-color: #fca826;
59225        color: #fca826;
59226      }
59227
59228      #story-21003 .thumbnail:after {
59229        color: #fca826;
59230      }
59231
59232      #story-21003 .thumbnail a {
59233        background-image:
  …    url(https://www.floridahospital.com/sites/default/files/mason.png);
59234      }
59235
59236      #story-21003 .content a {
59237        color: #fca826;
59238      }
59239    </style>
59240
59241    <div class="thumbnail">
59242      <a href="https://www.youtube.com/watch?v=6lYZLdrhbxY&feature=youtu.be"
       class="modal">
59243        <img src="https://www.floridahospital.com/sites/default/files/mason.png" />
59244      </a>
59245    </div>
59246
59247    <div class="content">
59248      <h3 class="cta-title">
59249        <a href="https://www.youtube.com/watch?v=6lYZLdrhbxY&feature=youtu.be"
```

```
59249…    class="modal">
59250                Mason
59251            </a>
59252        </h3>
59253
59254      <p>Mason explains how Dr. Gomez used robotic technology to remove his tumor. <a
    …  class="modal"
    …  href="https://www.youtube.com/watch?v=6lYZLdrhbxY&amp;feature=youtu.beeyhFFAjbvKW8CJG
    …  ">See how it all started</a>.</p>
59255        </div>
59256   </div>
59257   </li>
59258          <li class="story story-2">
59259   <div id="story-21004" class="clearfix video">
59260     <style type="text/css" scoped>
59261       #story-21004 .thumbnail {
59262         background-color: #ff5250;
59263         color: #ff5250;
59264       }
59265
59266       #story-21004 .thumbnail:after {
59267         color: #ff5250;
59268       }
59269
59270       #story-21004 .thumbnail a {
59271         background-image:
    …  url(https://www.floridahospital.com/sites/default/files/joscelyn.jpeg);
59272       }
59273
59274       #story-21004 .content a {
59275         color: #ff5250;
59276       }
59277     </style>
59278
59279     <div class="thumbnail">
59280       <a href="https://youtu.be/2Ak2i7sm-EE" class="modal">
59281         <img src="https://www.floridahospital.com/sites/default/files/joscelyn.jpeg" />
59282       </a>
59283     </div>
59284
59285     <div class="content">
59286       <h3 class="cta-title">
59287         <a href="https://youtu.be/2Ak2i7sm-EE" class="modal">
59288            Joscelyn
59289         </a>
59290       </h3>
59291
59292       <p>Joscelyn and her extraordinary team of doctors fight for seizure freedom. <a
    …  class="modal" href="https://www.youtube.com/watch?v=2Ak2i7sm-EE&amp;feature=youtu.be"
    …  target="_self">A Brain Divided</a></p>
59293        </div>
59294   </div>
59295   </li>
59296       </ul>
59297       </div>
59298     </div>
59299   </section><section class="block block-views block-ou-feature-cta-fhfc-campaigns
    …  block-views-ou-feature-cta-fhfc-campaigns odd"
    …  id="block-views-ou-feature-cta-fhfc-campaigns">
59300     <div class="block-inner clearfix">
59301                 <h2 class="block-title">Featured Campaigns</h2>
59302
59303       <div class="content clearfix">
59304
59305
59306   <ul class="campaign-ctas clearfix">
59307         <li class="campaign campaign-0 cta-3">
59308   <div id="cta-15258" class="cta ">
```

```
59309      <style type="text/css" scoped>
59310        #cta-15258 {
59311          background-color: #00af68;
59312        }
59313      </style>
59314
59315      <a class="featured-image"
    …  href="https://www.floridahospital.com/children/experience/floridas-destination-health
    …  -and-healing"><img
    …  src="https://www.floridahospital.com/sites/default/files/children-campaigns-access-
    …  740x362.jpg" /></a>
59316
59317      <div class="body">
59318        <h3 class="campaign-title">
59319          <a
    …  href="https://www.floridahospital.com/children/experience/floridas-destination-health
    …  -and-healing"> Unparalleled<br />
59320        Network of Care
59321   </a>
59322        </h3>
59323
59324        <p>Florida Hospital for Children doctors and care are available at 22 hospitals,
    …  23 urgent care locations and 3 regional clinics. <a
    …  href="children/experience/floridas-destination-health-and-healing">Learn More</a></p>
59325      </div>
59326  </div></li>
59327        <li class="campaign campaign-1 cta-3">
59328  <div id="cta-15259" class="cta ">
59329    <style type="text/css" scoped>
59330      #cta-15259 {
59331        background-color: #30a7d3;
59332      }
59333    </style>
59334
59335    <a class="featured-image"
    …  href="https://www.floridahospital.com/children/cardiology"><img
    …  src="https://www.floridahospital.com/sites/default/files/children-campaigns-cardiac-
    …  740x362.jpg" /></a>
59336
59337    <div class="body">
59338      <h3 class="campaign-title">
59339        <a href="https://www.floridahospital.com/children/cardiology"> Comprehensive<br
    …  />
59340      Heart Center
59341   </a>
59342      </h3>
59343
59344        <p>Find big care for tiny hearts with advanced, life-saving treatments and
    …  access to one of the nation's leading cardiac centers. <a class="video-link modal"
    …  href="https://www.youtube.com/watch?v=a2Ttc9NldjQ&amp;list=
    …  TLutT5hD0Eg7jUDP5GCU5uT3cFSiizQtx-">Play Video</a></p>
59345      </div>
59346  </div></li>
59347        <li class="campaign campaign-2 cta-3">
59348  <div id="cta-15261" class="cta ">
59349    <style type="text/css" scoped>
59350      #cta-15261 {
59351        background-color: #65446d;
59352      }
59353    </style>
59354
59355    <a class="featured-image"
    …  href="https://www.floridahospital.com/children/neuroscience/epilepsy"><img
    …  src="https://www.floridahospital.com/sites/default/files/children-campaigns-epilepsy-
    …  740x362-2.jpg" /></a>
59356
59357    <div class="body">
59358      <h3 class="campaign-title">
```

```
59359    <a href="https://www.floridahospital.com/children/neuroscience/epilepsy"> Level
...    IV<br />
59360      Epilepsy Center
59361  </a>
59362      </h3>
59363
59364      <p>Our team is setting the standard in pediatric epilepsy care to improve and
...    even cure challenging cases of epilepsy. <a class="video-link modal"
...    href="https://www.youtube.com/watch?v=2Ak2i7sm-EE">Play Video</a></p>
59365      </div>
59366  </div></li>
59367      <li class="campaign campaign-3 cta-3">
59368  <div id="cta-15260" class="cta ">
59369    <style type="text/css" scoped>
59370      #cta-15260 {
59371        background-color: #ff5250;
59372      }
59373    </style>
59374
59375    <a class="featured-image"
...    href="https://www.floridahospital.com/children/oncology"><img
...    src="https://www.floridahospital.com/sites/default/files/children-campaigns-cancer-
...    740x362.jpg" /></a>
59376
59377    <div class="body">
59378      <h3 class="campaign-title">
59379        <a href="https://www.floridahospital.com/children/oncology"> Pediatric
...    Cancer<br />
59380      and Blood Disorders
59381  </a>
59382      </h3>
59383
59384      <p>Watch how doctors, nurses, and specialists are making a difference in of one
...    of the world's most unique hospitals. <a
...    href="https://www.floridahospital.com/children/oncology">Learn More</a></p>
59385      </div>
59386  </div></li>
59387      <li class="campaign campaign-4 cta-3">
59388  <div id="cta-15262" class="cta ">
59389    <style type="text/css" scoped>
59390      #cta-15262 {
59391        background-color: #c63a8e;
59392      }
59393    </style>
59394
59395    <a class="featured-image"
...    href="https://www.floridahospital.com/children/surgery"><img
...    src="https://www.floridahospital.com/sites/default/files/children-campaigns-surgical-
...    specialists-740x362.jpg" /></a>
59396
59397    <div class="body">
59398      <h3 class="campaign-title">
59399        <a href="https://www.floridahospital.com/children/surgery"> Pediatric<br />
59400      Surgical Specialists
59401  </a>
59402      </h3>
59403
59404      <p>Nationally known for our pediatric surgery program, we are a world leader in
...    minimally invasive procedures for kids. <a href="children/surgery">Learn More</a></p>
59405      </div>
59406  </div></li>
59407      <li class="campaign campaign-5 cta-3">
59408  <div id="cta-21005" class="cta ">
59409    <style type="text/css" scoped>
59410      #cta-21005 {
59411        background-color: #eaa025;
59412      }
59413    </style>
```

```
59414
59415     <a class="featured-image" href="https://www.floridahospital.com/children/nicu"><img
...   src="https://www.floridahospital.com/sites/default/files/
...   edit2010_nursing_annual_report8199_0.jpg" /></a>
59416
59417    <div class="body">
59418      <h3 class="campaign-title">
59419        <a href="https://www.floridahospital.com/children/nicu"> Level
...   III <strong>NICU</strong>
59420   </a>
59421      </h3>
59422
59423       <p>Our Level III NICU is staffed by an experienced medical team and backed by
...   the most advanced technologies, including ECMO. <a href="/children/nicu">Learn
...   More</a></p>
59424      </div>
59425  </div></li>
59426     </ul>
59427    </div>
59428   </div>
59429  </section>  </div>
59430  </div>  </div>
59431  </div><div id="zone-content-wrapper" class="zone-wrapper zone-content-wrapper
...   clearfix">
59432   <div id="zone-content" class="zone zone-content clearfix container-16">
59433       <div class="grid-16 region region-content" id="region-content">
59434
59435   <div class="region-inner region-content-inner">
59436     <a id="main-content"></a>
59437
59438
59439
59440
59441
59442
59443
59444     <div class="block block-system block-main block-system-main odd
...   block-without-title" id="block-system-main">
59445   <div class="block-inner clearfix">
59446
59447     <div class="content clearfix">
59448       <article about="/children" typeof="sioc:Item foaf:Document" class="node
...   node-fh-ou node-promoted node-published node-not-sticky author-fhadmin odd clearfix"
...   id="node-fh-ou-1577">
59449         <span property="dc:title" content="Florida Hospital for Children"
...   class="rdf-meta element-hidden"></span>
59450
59451   <div class="content clearfix">
59452     <div class="field field-name-field-banner-image field-type-image
...   field-label-above"><div class="field-label">Default Service Line / Program Banner
...   Image: </div><div class="field-items"><div class="field-item even"><img
...   typeof="foaf:Image"
...   src="https://www.floridahospital.com/sites/default/files/children-banners-service-
...   epilepsy-1200x295.jpeg" width="1200" height="295" alt="" /></div></div></div>  </div>
59453
59454   <div class="clearfix">
59455         <nav class="links node-links clearfix"></nav>
59456
59457      </div>
59458  </article>    </div>
59459     </div>
59460  </div><section class="block block-fh-whats-happening block-fh-whats-happening
...   block-fh-whats-happening-fh-whats-happening even"
...   id="block-fh-whats-happening-fh-whats-happening">
59461   <div class="block-inner clearfix">
59462         <h2 class="block-title">What's Happening</h2>
59463
59464     <div class="content clearfix">
```

```
59465              <ul class="whats-happening-tabs">
59466                <li>
59467              <a class="active " href="#" data-type="all">all</a>
59468              </li>
59469                      <li>
59470              <a class=" " href="/blog" data-type="blog">Blog</a>
59471              </li>
59472                      <li>
59473              <a class=" " href="/events" data-type="event">Events</a>
59474              </li>
59475                      <li>
59476              <a class=" " href="/news" data-type="news">News</a>
59477              </li>
59478                      <li>
59479              <a class=" " href="/videos" data-type="video">Videos</a>
59480              </li>
59481              </ul>
59482  <a href="http://www.floridahospitalnews.com" class="no-icon news-room-link" title="Go
    to the news room">Go to the news room</a><div class="whats-happening-content">
59483    <div id="whats-happening-content" class="whats-happening-section">
59484      <div class="item-outer">
59485      <div class="item blog">
59486        <div class="date">Jun 28</div>
59487          <div class="desc clearfix">
59488                  <div class="thumb">
59489              <a href="/blog/celebrating-christmas-july"><img typeof="foaf:Image"
    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
    public/screen_shot_2016-06-28_at_3.00.33_pm.png?itok=4rtbJ2xZ" alt="Celebrating
    Christmas in July" title="Celebrating Christmas in July" /></a>           </div>
59490            <div class="text">
59491              <h3><a href="/blog/celebrating-christmas-july">Celebrating Christmas in
    July</a></h3>
59492              <p><a href="/blog/celebrating-christmas-july">When little Kylie wasn't
    gaining weight, she was admitted Florida Hospital for Children where she...</a></p>
59493            </div>
59494          </div>
59495        <div class="type">
59496            Blogs       <a href="/blog" class="filter-whats-happening" data-type="blog">See
    All Blogs <span>&raquo;</span></a>     </div>
59497      </div>
59498  </div>
59499  <div class="item-outer">
59500    <div class="item blog">
59501      <div class="date">May 6</div>
59502        <div class="desc clearfix">
59503                  <div class="thumb">
59504              <a href="/blog/how-does-dermatologist-protect-her-skin-sun"><img
    typeof="foaf:Image"
    src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
    public/sun_hat_and_sunglasses.jpg?itok=HAPAy4H0" alt="How Does a Dermatologist
    Protect Her Skin From the Sun?" title="How Does a Dermatologist Protect Her Skin From
    the Sun?" /></a>           </div>
59505            <div class="text">
59506              <h3><a href="/blog/how-does-dermatologist-protect-her-skin-sun">How Does a
    Dermatologist Protect Her Skin From the Sun?</a></h3>
59507              <p><a href="/blog/how-does-dermatologist-protect-her-skin-sun">A
    dermatologist shares her best practices to protect her skin, and her children's skin,
    from sun...</a></p>
59508            </div>
59509          </div>
59510        <div class="type">
59511            Blogs       <a href="/blog" class="filter-whats-happening" data-type="blog">See
    All Blogs <span>&raquo;</span></a>     </div>
59512      </div>
59513  </div>
59514  <div class="item-outer">
59515    <div class="item blog">
59516      <div class="date">Mar 10</div>
```

```
59517        <div class="desc clearfix">
59518              <div class="thumb">
59519           <a href="/blog/11-tips-combat-daylight-saving-time-blues"><img
...  typeof="foaf:Image"
...  src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
...  public/alarm_clock.jpg?itok=gUl85ePF" alt="11 Tips to Combat the Daylight Saving Time
...  Blues" title="11 Tips to Combat the Daylight Saving Time Blues" /></a>          </a>
59520           <div class="text">
59521           <h3><a href="/blog/11-tips-combat-daylight-saving-time-blues">11 Tips to
...  Combat the Daylight Saving Time Blues</a></h3>
59522           <p><a href="/blog/11-tips-combat-daylight-saving-time-blues">Springing
...  forward/falling back messes up everyone's schedule. Here's how to get your kids,
...  and...</a></p>
59523           </div>
59524           </div>
59525        <div class="type">
59526           Blogs        <a href="/blog" class="filter-whats-happening" data-type="blog">See
...  All Blogs <span>&raquo;</span></a>    </div>
59527        </div>
59528      </div>
59529      <div class="item-outer">
59530        <div class="item video">
59531           <div class="date">Apr 29</div>
59532              <div class="desc clearfix">
59533                          <div class="thumb">
59534           <a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
...  title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo"
...  data-url="videos/family-experience"><img typeof="foaf:Image"
...  src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
...  public/media-youtube//8C6ZeCifwfo.jpg?itok=Hr4oS_Ee" alt="" /></a>          </div>
59535              <div class="text">
59536           <h3><a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
...  title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo"
...  data-url="videos/family-experience">Family Experience</a></h3>
59537           <p><a href="https://www.youtube.com/v/8C6ZeCifwfo" class="modal"
...  title="Family Experience" data-streaming-url="https://www.youtube.com/v/8C6ZeCifwfo">
...  Traci Woods, Director of Family Experience talks about some of our patient happiness
...  initiatives,...</a></p>
59538           </div>
59539
59540              </div>
59541           <div class="type">
59542           Videos        <a href="/children/videos" class="filter-whats-happening"
...  data-type="video">See All  Videos <span>&raquo;</span></a>        </div>
59543        <div></div>
59544        </div>
59545      </div>
59546      <div class="item-outer">
59547        <div class="item video">
59548           <div class="date">Apr 28</div>
59549              <div class="desc clearfix">
59550                          <div class="thumb">
59551           <a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
...  title="Andrew&#039;s Story - Cardiology"
...  data-streaming-url="https://www.youtube.com/v/troTDS0iNlg"
...  data-url="videos/andrews-story-cardiology"><img typeof="foaf:Image"
...  src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
...  public/media-youtube//troTDS0iNlg.jpg?itok=INgodNqI" alt="" /></a>          </div>
59552              <div class="text">
59553           <h3><a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
...  title="Andrew&#039;s Story - Cardiology"
...  data-streaming-url="https://www.youtube.com/v/troTDS0iNlg"
...  data-url="videos/andrews-story-cardiology">Andrew's Story - Cardiology</a></h3>
59554           <p><a href="https://www.youtube.com/v/troTDS0iNlg" class="modal"
...  title="Andrew&#039;s Story - Cardiology"
...  data-streaming-url="https://www.youtube.com/v/troTDS0iNlg">Learn about Andrew's
...  experience with Florida Hospital for Children's pediatric cardiology...</a></p>
59555           </div>
```

Page 1934

```
59556
59557                        </div>
59558               <div class="type">
59559        Videos          <a href="/children/videos" class="filter-whats-happening"
     data-type="video">See All  Videos <span>&raquo;</span></a>         </div>
59560        <div></div>
59561      </div>
59562  </div>
59563    <div class="item-outer">
59564      <div class="item video">
59565        <div class="date">Apr 28</div>
59566               <div class="desc clearfix">
59567                                  <div class="thumb">
59568               <a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
     title="Gabby&#039;s Story - Dermatology"
     data-streaming-url="https://www.youtube.com/v/_HbWINyuavU"
     data-url="videos/gabbys-story-dermatology"><img typeof="foaf:Image"
     src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
     public/media-youtube//_HbWINyuavU.jpg?itok=CnfYfZLh" alt="" /></a>            </div>
59569               <div class="text">
59570        <h3><a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
     title="Gabby&#039;s Story - Dermatology"
     data-streaming-url="https://www.youtube.com/v/_HbWINyuavU"
     data-url="videos/gabbys-story-dermatology">Gabby's Story - Dermatology</a></h3>
59571        <p><a href="https://www.youtube.com/v/_HbWINyuavU" class="modal"
     title="Gabby&#039;s Story - Dermatology"
     data-streaming-url="https://www.youtube.com/v/_HbWINyuavU">When Gabby started losing
     her hair, her family brought her to Florida Hospital for Children. See...</a></p>
59572          </div>
59573
59574                 </div>
59575               <div class="type">
59576        Videos          <a href="/children/videos" class="filter-whats-happening"
     data-type="video">See All  Videos <span>&raquo;</span></a>         </div>
59577        <div></div>
59578      </div>
59579  </div>
59580    <div class="item-outer">
59581      <div class="item news">
59582        <div class="date">Jun 29</div>
59583               <div class="desc clearfix">
59584                  <div class="thumb">
59585        <a href="/children/news/florida-hospital-need-volunteers"><img
     typeof="foaf:Image"
     src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
     public/news/thinkstockphotos-86537820.jpg?itok=C5poUV8l" alt="Florida Hospital in
     need of volunteers" title="Florida Hospital in need of volunteers" /></a>
     </div>
59586               <div class="text">
59587               <h3><a href="/children/news/florida-hospital-need-volunteers">Florida
     Hospital in need of volunteers</a></h3>
59588               <p><a href="/children/news/florida-hospital-need-volunteers">Whether
     you're a pianist or a book lover, a college student or a retiree, an introvert or
     an...</a></p>
59589          </div>
59590                 </div>
59591               <div class="type">
59592        News          <a href="/children/news" class="filter-whats-happening"
     data-type="news">See All  News <span>&raquo;</span></a>         </div>
59593        <div></div>
59594      </div>
59595  </div>
59596    <div class="item-outer">
59597      <div class="item news">
59598        <div class="date">May 11</div>
59599               <div class="desc clearfix">
59600                  <div class="thumb">
59601               <a
```

```
59601    href="/children/news/public-notice-magnet-recognition-program-site-visit"><img
    ..   typeof="foaf:Image"
    ..   src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
    ..   public/news/337462_fh_public_notice2_copy.jpg?itok=GzmbS2cv" alt="Public Notice -
    ..   Magnet Recognition Program - Site Visit" title="Public Notice - Magnet Recognition
    ..   Program - Site Visit" /></a>            </div>
59602              <div class="text">
59603                  <h3><a
    ..   href="/children/news/public-notice-magnet-recognition-program-site-visit">Public
    ..   Notice - Magnet Recognition Program - Site Visit</a></h3>
59604                  <p><a
    ..   href="/children/news/public-notice-magnet-recognition-program-site-visit">Florida
    ..   Hospital for Children was designated as a Magnet organization in 2011 by the ANCC
    ..   Magnet...</a></p>
59605              </div>
59606                  </div>
59607              <div class="type">
59608              News          <a href="/children/news" class="filter-whats-happening"
    ..   data-type="news">See All  News <span>&raquo;</span></a>        </div>
59609          <div></div>
59610      </div>
59611  </div>
59612    <div class="item-outer">
59613      <div class="item news">
59614        <div class="date">Apr 4</div>
59615              <div class="desc clearfix">
59616                  <div class="thumb">
59617                  <a
    ..   href="/children/news/diamond-resorts-invitational-raises-503000-florida-hospital-
    ..   children"><img typeof="foaf:Image"
    ..   src="https://www.floridahospital.com/sites/default/files/styles/what-is-happening/
    ..   public/news/dri_check_2016.jpg?itok=-ZxfXNLH" alt="Diamond Resorts Invitational
    ..   Raises $503,000 for Florida Hospital for Children" title="Diamond Resorts
    ..   Invitational Raises $503,000 for Florida Hospital for Children" /></a>        </div>
59618              <div class="text">
59619                  <h3><a
    ..   href="/children/news/diamond-resorts-invitational-raises-503000-florida-hospital-
    ..   children">Diamond Resorts Invitational Raises $503,000 for Florida Hospital for
    ..   Children</a></h3>
59620                  <p><a
    ..   href="/children/news/diamond-resorts-invitational-raises-503000-florida-hospital-
    ..   children">Diamond Resorts International on Monday presented a check to Florida
    ..   Hospital for Children for $503...</a></p>
59621              </div>
59622                  </div>
59623              <div class="type">
59624              News          <a href="/children/news" class="filter-whats-happening"
    ..   data-type="news">See All  News <span>&raquo;</span></a>        </div>
59625          <div></div>
59626      </div>
59627  </div>
59628    <div class="item-outer">
59629      <div class="item event">
59630        <div class="date">Nov 6</div>
59631              <div class="desc clearfix">
59632                  <a href="/children/events/florida-hospitals-cycle-city"
    ..   title="Florida Hospital&#039;s Cycle the City"> <div class="event-date">
59633          <span class="month">Nov</span><span class="day">6</span>
59634  </div>
59635
59636  </a>              <div class="text">
59637                  <h3><a href="/children/events/florida-hospitals-cycle-city">Florida
    ..   Hospital&#039;s Cycle the City</a></h3>
59638                  <p><a href="/children/events/florida-hospitals-cycle-city">Join us
    ..   November 6th for an inspiring ride to provide children a fighting chance to beat
    ..   cancer...</a></p>
59639              </div>
59640
```

```
59641                /div>
59642             <div class="type">
59643          Events          <a href="/children/events" class="filter-whats-happening"
  …  data-type="event">See All  Events <span>&raquo;</span></a>        </div>
59644        <div></div>
59645      </div>
59646  </div>
59647    </div>
59648  </div>
59649      </div>
59650    </div>
59651  </section>
59652        </div>
59653  </div>  </div>
59654  </div><div id="zone-postscript-wrapper" class="zone-wrapper zone-postscript-wrapper
  …  clearfix">  <div id="zone-postscript" class="zone zone-postscript clearfix
  …  container-16">
59655
59656        </div>
59657
59658    <div class="block block-delta-blocks block-site-slogan
  …  block-delta-blocks-site-slogan--2 even block-without-title"
  …  id="block-delta-blocks-site-slogan--2">
59659    <div class="block-inner clearfix">
59660
59661      <div class="content clearfix">
59662        <h6 class="site-slogan">The skill to heal.  The spirit to care.</h6>    </div>
59663    </div>
59664  </div></div></section>
59665        <footer id="section-footer" class="section section-footer">
59666    <div id="zone-footer-wrapper" class="zone-wrapper zone-footer-wrapper clearfix">
59667    <div id="zone-footer" class="zone zone-footer clearfix container-12">
59668      <div class="grid-12 region region-footer-second" id="region-footer-second">
59669    <div class="region-inner region-footer-second-inner">
59670      <section class="block block-fh-menus block-ou-footer block-fh-menus-ou-footer
  …  odd" id="block-fh-menus-ou-footer">
59671    <div class="block-inner clearfix">
59672              <h2 class="block-title">Children&#039;s Footer</h2>
59673
59674      <div class="content clearfix">
59675        <ul class="menu"><li class="first last expanded active-trail menu-10232"><a
  …  href="/children" class="active-trail active">Florida Hospital for Children</a><ul
  …  class="menu"><li class="first leaf menu-10240"><a
  …  href="/children/experience/location">Directions</a></li>
59676  <li class="leaf menu-10233"><a
  …  href="/children/experience/volunteer">Volunteer</a></li>
59677  <li class="leaf menu-10346"><a href="/children/frequently-asked-questions">Ask a
  …  Question</a></li>
59678  <li class="leaf menu-10234"><a href="/children/donate">Donate</a></li>
59679  <li class="leaf menu-10235"><a href="/children/medical-team">Medical Team</a></li>
59680  <li class="leaf menu-10236"><a href="/children/experience">The Experience</a></li>
59681  <li class="last leaf menu-10651"><a
  …  href="/children/patient-and-family-care/webinar-archive">Webinar Archive</a></li>
59682  </ul></li>
59683  </ul>    </div>
59684    </div>
59685  </section><section class="block block-menu block-menu-footer-menu
  …  block-menu-menu-footer-menu even" id="block-menu-menu-footer-menu">
59686    <div class="block-inner clearfix">
59687              <h2 class="block-title">System: Footer</h2>
59688
59689      <div class="content clearfix">
59690        <ul class="menu"><li class="first expanded menu-12520"><a
  …  href="http://www.adventisthealthsystem.com" id="footer-links-system"
  …  target="_blank">Adventist Health Systems</a><ul class="menu"><li class="first leaf
  …  menu-4374"><a href="https://www.facebook.com/FloridaHospitalforChildren"
  …  class="social social-facebook" target="_blank">Facebook</a></li>
59691  <li class="leaf menu-4375"><a href="https://twitter.com/#!/floridahospital"
```

```
59691  class="social social-twitter" target="_blank">Twitter</a></li>
59692  <li class="leaf menu-4376"><a href="https://www.youtube.com/user/FLchildrenshospital"
    …  class="social social-youtube" target="_blank">YouTube</a></li>
59693  <li class="last leaf menu-12420"><a href="https://www.pinterest.com/FloridaHospital/"
    …  class="social social-pinterest">Pinterest</a></li>
59694  </ul></li>
59695  <li class="leaf menu-1346"><a href="/" id="fh-footer-system">Florida
    …  Hospital</a></li>
59696  <li class="last expanded menu-3768"><a href="/about">Florida Hospital System</a><ul
    …  class="menu"><li class="first leaf menu-499"><a href="/staff">Employees</a></li>
59697  <li class="leaf menu-494"><a href="/careers">Careers &amp; Education</a></li>
59698  <li class="leaf menu-1347"><a href="http://floridahospitalnews.com"
    …  target="_blank">News &amp; Media</a></li>
59699  <li class="leaf menu-3772"><a href="/giving/overview">Donate</a></li>
59700  <li class="leaf menu-1348"><a href="/about">About Us</a></li>
59701  <li class="leaf menu-1354"><a href="/about/mission">Our Mission</a></li>
59702  <li class="leaf menu-464"><a href="/about/history">History &amp;
    …  Organization</a></li>
59703  <li class="leaf menu-465"><a href="/about/public-affairs">Government
    …  Relations</a></li>
59704  <li class="leaf menu-6218"><a href="/about/quality-measures">Quality
    …  Measures</a></li>
59705  <li class="leaf menu-3775"><a href="/vendors">Vendors</a></li>
59706  <li class="leaf menu-3614"><a href="/patient-resources/patient-rights">Patient Rights
    …  &amp; Responsibilities</a></li>
59707  <li class="leaf menu-4841"><a href="/about/privacy-policy">Website Privacy
    …  Policy</a></li>
59708  <li class="leaf menu-10951"><a
    …  href="/patient-resources/billing/financial-assistance">Financial Assistance
    …  Program</a></li>
59709  <li class="leaf menu-3771"><a href="/medline-plus">Medline Plus</a></li>
59710  <li class="leaf menu-8388"><a href="/visitors/gift-shop">Gift Shop</a></li>
59711  <li class="leaf menu-7679"><a href="/patient-resources/safety">Patient
    …  Safety</a></li>
59712  <li class="leaf menu-10581"><a
    …  href="/affordable-care-act-health-insurance-marketplace">Affordable Care Act</a></li>
59713  <li class="leaf menu-12803"><a href="/community-health-needs-assessments">Community
    …  Benefit</a></li>
59714  <li class="last leaf menu-12760"><a href="/transparency">Here to Help</a></li>
59715  </ul></li>
59716  </ul>     </div>
59717     </div>
59718  </section>   </div>
59719  </div>  </div>
59720  </div></footer>   </div>  <script type="text/javascript"
    …  src="https://ajax.googleapis.com/ajax/libs/jquery/1.7.1/jquery.min.js"></script>
59721  <script type="text/javascript">
59722  <!--//--><![CDATA[//><!--
59723  window.jQuery || document.write("<script
    …  src='/sites/all/modules/contrib/jquery_update/replace/jquery/1.7/jquery.min.js'>\x3C/
    …  script>")
59724  //--><!]]>
59725  </script>
59726  <script type="text/javascript" src="//www.google.com/jsapi"></script>
59727  <script type="text/javascript"
    …  src="//maps.google.com/maps/api/js?sensor=false"></script>
59728  <script type="text/javascript" defer="defer"
    …  src="//sadmin.brightcove.com/js/BrightcoveExperiences.js"></script>
59729  <script type="text/javascript"
    …  src="https://www.floridahospital.com/sites/default/files/js/
    …  js_E_wFH_eRe6toGhSQOmr8OneSG4kE-FE2B5nIk9Y6YeI.js"></script>
59730  <script type="text/javascript"
    …  src="https://www.floridahospital.com/sites/default/files/js/
    …  js_H7q2xORKmR9N8Qx5spKEIBp7R_wG2apAswJoCUZY7I.js"></script>
59731  <script type="text/javascript"
    …  src="https://www.floridahospital.com/sites/default/files/js/
    …  js_AhYRsEfDxvy3P1ScR4BCgvBHM2VFIwyeWn0F-_2rjr4.js"></script>
59732  <script type="text/javascript"
```

```
59732... src="https://www.floridahospital.com/sites/default/files/js/js_wGz0eMC-MxQZy62bm7-
        YGsGy4Wpxr-wxA2vw2-lpv4.js"></script>
59733 <script type="text/javascript">
59734 <!--//--><![CDATA[//><!--
59735 var _gaq = _gaq || [];var pluginUrl =
      "//www.google-analytics.com/plugins/ga/inpage_linkid.js";_gaq.push(["_require",
      "inpage_linkid", pluginUrl]);_gaq.push(["_setAccount",
      "UA-30410697-1"]);_gaq.push(["_trackPageview"]);(function() {var ga =
      document.createElement("script");ga.type = "text/javascript";ga.async = true;ga.src =
      ("https:" == document.location.protocol ? "https://ssl" : "http://www") +
      ".google-analytics.com/ga.js";var s =
      document.getElementsByTagName("script")[0];s.parentNode.insertBefore(ga, s);})();
59736 //--><![]]>
59737 </script>
59738 <script type="text/javascript"
      src="https://www.floridahospital.com/sites/default/files/js/
      js_aEj84J4sG4dpbzHdnhQPQ_k8wmwE-hZWXlYAlMEabKA.js"></script>
59739 <script type="text/javascript"
      src="https://www.floridahospital.com/sites/default/files/js/
      js_LZDz6ejGQ0zE_UV444wT5ouwtkbS6Ofdup_DDPTUwx0.js"></script>
59740 <script type="text/javascript">
59741 <!--//--><![CDATA[//><!--
59742 jQuery.extend(Drupal.settings,
      {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"fh_system","theme_token":"
      O9nGy4PS9h-Jxk4JmE5IhHurlVppgvozc6bne2pA3Vk","js":{"0":1,"https:\/\/ajax.googleapis.
      com\/ajax\/libs\/jquery\/1.7.1\/jquery.min.js":1,"1":1,"\/\/www.google.com\/jsapi":1,
      "\/\/maps.google.com\/maps\/api\/js?sensor=false":1,"http:\/\/admin.brightcove.com\/
      js\/BrightcoveExperiences.js":1,"misc\/jquery.once.js":1,"misc\/drupal.js":1,"sites\/
      all\/libraries\/fitvids\/jquery.fitvids.js":1,"sites\/all\/modules\/contrib\/
      jquery_update\/replace\/ui\/external\/jquery.cookie.js":1,"sites\/all\/modules\/
      custom\/fh_blocks\/js\/fh_blocks.js":1,"sites\/all\/modules\/contrib\/
      apachesolr_autocomplete\/apachesolr_autocomplete\/jquery-autocomplete\/jquery.autocomplete.js":1,"sites\/all\/modules\/contrib\
      /apachesolr_autocomplete\/jquery-autocomplete\/jquery.autocomplete.js":1,"sites\/all\/
      modules\/custom\/fh_ed_wait_times\/js\/fh_ed_wait_times.js":1,"sites\/all\/modules\/
      contrib\/google_analytics\/googleanalytics.js":1,"2":1,"sites\/all\/themes\/custom\/
      fh_system\/js\/plugins\/plugins.contrib.js":1,"sites\/all\/themes\/custom\/fh_system
      \/js\/utils\/polyfills.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/tools.
      js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/CookieHandler\/CookieHandler
      .js":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/Geolocation\/Geolocation.js
      ":1,"sites\/all\/themes\/custom\/fh_system\/js\/utils\/Validator\/Validator.js":1,"
      sites\/all\/themes\/custom\/fh_system\/js\/utils\/GA_Event\/GA_Event.js":1,"sites\/
      all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.loadingAnimation.js":1,"
      sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/fhGeolocation\/jquery.
      fhGeoSort.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/
      fhGeolocation\/jquery.fhGeoDistance.js":1,"sites\/all\/themes\/custom\/fh_system\/js\
      /plugins\/custom\/moment.min.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/contrib\/responsiveCarousel.min.js":1,"sites\/all\/themes\/custom\/fh_system
      \/js\/plugins\/contrib\/handlebars-v4.0.2.js":1,"sites\/all\/themes\/custom\/
      fh_system\/js\/plugins\/custom\/jquery.fhAccordion.js":1,"sites\/all\/themes\/custom\
      /fh_system\/js\/plugins\/custom\/jquery.fhCustomSelect.js":1,"sites\/all\/themes\/
      custom\/fh_system\/js\/plugins\/custom\/jquery.edWaitTimes.js":1,"sites\/all\/themes\
      /custom\/fh_system\/js\/plugins\/custom\/jquery.equalheights.js":1,"sites\/all\/
      themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.externalLink.js":1,"sites\/all
      \/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fhAnalytics.js":1,"sites\/
      all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fhClinical.js":1,"sites\/
      all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.fittextResponsive.js":1,"
      sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.megaMenus.js":1,"
      sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.mobile.custom.js":
      1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/jquery.
      placeholderDrupal.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/custom\/
      jquery.positionFixed.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/plugins\/
      custom\/jquery.structureElements.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/custom\/jquery.urlToolbox.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/custom\/jquery.mobileMenu.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/custom\/jquery.showMore.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/contrib\/jquery.waypoints.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/custom\/jquery.validation.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/
      plugins\/custom\/jquery.fhScheduling.js":1,"sites\/all\/themes\/custom\/fh_system\/js
```

59742...

...\/plugins\/contrib\/svg\/zy.js":1,"sites\/all\/themes\/custom\/fh_system\/js\/global.
js":1,"sites\/all\/themes\/contrib\/omega\/omega\/js\/omega-mediaqueries.js":1,"sites
\/all\/themes\/custom\/fh_system\/js\/ou\/children.js":1},"css":{"modules\/system\/
system.base.css":1,"modules\/system\/system.messages.css":1,"sites\/all\/modules\/
contrib\/apachesolr_autocomplete\/apachesolr_autocomplete.css":1,"sites\/all\/modules
\/contrib\/apachesolr_autocomplete\/jquery-autocomplete\/jquery.autocomplete.css":1,"
sites\/all\/modules\/acquia\/ctools\/css\/ctools.css":1,"sites\/all\/modules\/contrib
\/ldap\/ldap_servers\/ldap_servers.admin.css":1,"sites\/all\/modules\/contrib\/date\/
date_api\/date.css":1,"sites\/all\/modules\/contrib\/date\/date_popup\/themes\/
datepicker.1.7.css":1,"modules\/field\/theme\/field.css":1,"modules\/node\/node.css":
1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/modules\/
acquia\/views\/css\/views.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/
alpha-reset.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/alpha-mobile.css"
:1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/admin-tabs.css":1,"sites\/all
\/themes\/custom\/fh_system\/css\/widget\/autocomplete.css":1,"sites\/all\/themes\/
custom\/fh_system\/css\/widget\/buttons.css":1,"sites\/all\/themes\/custom\/fh_system
\/css\/widget\/ed-wait-time.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/forms
.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/search-filters.css":1,"
sites\/all\/themes\/custom\/fh_system\/css\/widget\/fh-menu-block.css":1,"sites\/all\
/themes\/custom\/fh_system\/css\/widget\/geolocation-forms.css":1,"sites\/all\/themes
\/custom\/fh_system\/css\/widget\/location.css":1,"sites\/all\/themes\/custom\/
fh_system\/css\/widget\/mega-menu.css":1,"sites\/all\/themes\/custom\/fh_system\/css\
/widget\/miniforms.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/mobile
-menu.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/modal.css":1,"sites
\/all\/themes\/custom\/fh_system\/css\/widget\/pager.css":1,"sites\/all\/themes\/
custom\/fh_system\/css\/widget\/physician-cta.css":1,"sites\/all\/themes\/custom\/
fh_system\/css\/widget\/flexslider.css":1,"sites\/all\/themes\/custom\/fh_system\/css
\/widget\/flexslider2.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/
quicktabs-accessible.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/
request-info.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/related-
events.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/show-more.css":1,"
sites\/all\/themes\/custom\/fh_system\/css\/widget\/swarm.css":1,"sites\/all\/themes\
/custom\/fh_system\/css\/widget\/ou-info-block.css":1,"sites\/all\/themes\/custom\/
fh_system\/css\/widget\/video.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/
widget\/featured-event.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/
campaign-blocks.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/portlet.
css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/simple-events.css":1,"
sites\/all\/themes\/custom\/fh_system\/css\/section\/phys-dir.css":1,"sites\/all\/
themes\/custom\/fh_system\/css\/section\/person.css":1,"sites\/all\/themes\/custom\/
fh_system\/css\/section\/search.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/
section\/locations.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/our-
location.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/whats-happening
.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/women.css":1,"sites\/
all\/themes\/custom\/fh_system\/css\/section\/account.css":1,"sites\/all\/themes\/
custom\/fh_system\/css\/section\/support-section.css":1,"sites\/all\/themes\/custom\/
fh_system\/css\/section\/bootstrap.css":1,"sites\/all\/themes\/custom\/fh_system\/css
\/section\/homepage-banner.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/
section\/blog.min.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/
content-overrides.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/awards
.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/section\/health-performance-
strategies.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/widget\/tabbed.css":1,
"sites\/all\/themes\/custom\/fh_system\/css\/widget\/page-feedback.css":1,"sites\/all
\/themes\/custom\/fh_system\/css\/global.css":1,"ie::normal::sites\/all\/themes\/
custom\/fh_system\/css\/fh-system-alpha-default.css":1,"ie::normal::sites\/all\/
themes\/custom\/fh_system\/css\/fh-system-alpha-default-normal.css":1,"ie::normal::
sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-
default-normal-16.css":1,"ie::normal::sites\/all\/themes\/contrib\/omega\/alpha\/css\
/grid\/alpha_default\/normal\/alpha-default-normal-24.css":1,"ie::normal::sites\/all\
/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-
normal-12.css":1,"fluid::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-
default.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/
fluid\/alpha-default-fluid-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css
\/grid\/alpha_default\/fluid\/alpha-default-fluid-24.css":1,"sites\/all\/themes\/
contrib\/omega\/alpha\/css\/grid\/alpha_default\/fluid\/alpha-default-fluid-12.css":1
,"narrow::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,
"narrow::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-narrow.
css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/narrow\/
alpha-default-narrow-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\

59742 /alpha-default/narrow/alpha-default-narrow-24.css":1,"sites\/all\/themes\/contrib\/
omega\/alpha\/css\/grid\/alpha_default\/narrow\/alpha-default-narrow-12.css":1,"
normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"
normal::sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-normal.
css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/normal\/
alpha-default-normal-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\
/alpha_default\/normal\/alpha-default-normal-24.css":1,"sites\/all\/themes\/contrib\/
omega\/alpha\/css\/grid\/alpha_default\/normal\/alpha-default-normal-12.css":1,"wide:
:sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default.css":1,"wide::
sites\/all\/themes\/custom\/fh_system\/css\/fh-system-alpha-default-wide.css":1,"
sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/alpha_default\/wide\/alpha-
default-wide-16.css":1,"sites\/all\/themes\/contrib\/omega\/alpha\/css\/grid\/
alpha_default\/wide\/alpha-default-wide-24.css":1,"sites\/all\/themes\/contrib\/omega
\/alpha\/css\/grid\/alpha_default\/wide\/alpha-default-wide-12.css":1,"sites\/all\/
themes\/custom\/fh_system\/css\/flavors\/children\/css\/children.css":1,"sites\/all\/
themes\/custom\/fh_system\/css\/lte7.css":1,"sites\/all\/themes\/custom\/fh_system\/
css\/lte8.css":1,"sites\/all\/themes\/custom\/fh_system\/css\/lte9.css":1}},"
apachesolr_autocomplete":{"path":"\/apachesolr_autocomplete"},"fh_blocks":{"lpServer"
:"server.iad.liveperson.net","file":"visitorWantsToChat","cmd":"file","apiKey":"
c3372aaaa57a4b7d9200cf0a7cc7c72f","lpNumber":"17015008","bId":"12"},"ou":{"nid":"1577
","path":"children","locations":[{"address":"Orlando,
Florida","lat":"28.5731323","lng":"-81.3706776"}]},"urlIsAjaxTrusted":{"\/children":
true},"googleanalytics":{"trackOutbound":1,"trackMailto":1,"trackDownload":1,"
trackDownloadExtensions":"7z|aac|arc|arj|asf|asx|avi|bin|csv|doc|exe|flv|gif|gz|gzip|
hqx|jar|jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt|qtm?|ra(m|r)?|sea|
sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls|xml|z|zip"},"omega":{"layouts":{"primary"
:"normal","order":["fluid","narrow","normal","wide"],"queries":{"fluid":"all and
(min-width: 740px) and (min-device-width: 740px), (max-device-width: 800px) and
(min-width: 740px) and (orientation:landscape)","narrow":"all and (min-width: 740px)
and (min-device-width: 740px), (max-device-width: 800px) and (min-width: 740px) and
(orientation:landscape)","normal":"all and (min-width: 980px) and (min-device-width:
980px), all and (max-device-width: 1024px) and (min-width: 1024px) and
(orientation:landscape)","wide":"all and (min-width: 1220px)"}}}});
59743 //--><!]]>
59744 </script>
59745   <script type="text/javascript">
59746 <!--//--><![CDATA[//><!--
59747 /* Output by FitVids module */
59748 (function ($) {
59749     Drupal.behaviors.fitvids = {
59750       attach: function (context, settings) {
59751 if ($(".media-youtube-outer-wrapper").length) {
59752  $(".media-youtube-outer-wrapper").removeAttr("style");
59753  $(".media-youtube-preview-wrapper").removeAttr("style");
59754  $(".media-youtube-outer-wrapper").removeClass("media-youtube-outer-wrapper");
59755  $(".media-youtube-preview-wrapper").removeClass("media-youtube-preview-wrapper");
59756 }
59757 if ($(".media-vimeo-outer-wrapper").length) {
59758  $(".media-vimeo-outer-wrapper").removeAttr("style");
59759  $(".media-vimeo-preview-wrapper").removeAttr("style");
59760  $(".media-vimeo-outer-wrapper").removeClass("media-vimeo-outer-wrapper");
59761  $(".media-vimeo-preview-wrapper").removeClass("media-vimeo-preview-wrapper");
59762 }
59763 $(".region", context).fitVids();
59764 }
59765       };
59766     }(jQuery));
59767 //--><!]]>
59768 </script>
59769 </body>
59770 </html>
59771
59772 **************************************************
59773 The following data is from mdanderson_org-20160909-page_source.txt
59774 **************************************************
59775
59776
59777 <!doctype html>

```
59778   <!--[if IE 7]>              <html class="no-js lt-ie9 lt-ie8 lt-ie7 " lang="en">
        <![endif]-->
59779   <!--[if IE 7]>              <html class="no-js lt-ie9 lt-ie8 " lang="en"> <![endif]-->
59780   <!--[if IE 8]>              <html class="no-js lt-ie9 " lang="en"> <![endif]-->
59781   <!--[if IE 9]>              <html class="no-js ie9 " lang="en"> <![endif]-->
59782   <!--[if gt IE 9 | !IE]><!-->
59783   <html class="no-js " lang="en">
59784   <!--<![endif]-->
59785   <!-- Server Name: dcprlaempub02 -->
59786   <head>
59787   <meta charset="utf-8">
59788   <meta http-equiv="X-UA-Compatible" content="IE=edge">
59789   <meta name="viewport" content="width=device-width, initial-scale=1, minimum-scale=1,
        maximum-scale=1">
59790   <meta name="keywords" content="Patients,Caregivers">
59791   <meta name="description" content="Find the latest information about cancer
        treatments, research and prevention as well as how to become a patient at MD Anderson
        Cancer Center. 1-877-632-6789.">
59792   <link rel="shortcut icon" href="/etc/designs/mda/mda-web/favicon.ico"/>
59793   <title>Cancer Treatment &amp; Cancer Research | MD Anderson Cancer Center</title>
59794   <meta name="og:image" content="https://www.mdanderson.org/mda-logo.png">
59795   <meta name="og:type" content="Website">
59796   <meta name="twitter:card" content="Summary Card">
59797   <meta name="og:site_name" content="MD Anderson Cancer Center">
59798   <meta name="twitter:site" content="@MDAndersonNews">
59799   <meta name="twitter:url" content="https://www.mdanderson.org/patients-family.html">
59800   <meta name="og:title" content="MD Anderson Cancer Center">
59801   <meta name="audiences" content="Patients,Caregivers">
59802   <meta name="sorting_date" content="2016-09-06">
59803   <meta name="og:url" content="https://www.mdanderson.org/patients-family.html">
59804   <meta name="twitter:image" content="https://www.mdanderson.org/mda-logo.png">
59805   <meta name="navurl" content="https://www.mdanderson.org/patients-family.html">
59806   <!--[if lt IE 10]>
59807       <link rel="stylesheet"
        href="/etc/designs/mda/core-design/clientlib-internal.min.css" type="text/css">
59808
59809       <link rel="stylesheet"
        href="/etc/designs/mda/mda-web/clientlib-internal-a-to-b.min.css" type="text/css">
59810
59811       <link rel="stylesheet"
        href="/etc/designs/mda/mda-web/clientlib-internal-c-to-i.min.css" type="text/css">
59812
59813       <link rel="stylesheet"
        href="/etc/designs/mda/mda-web/clientlib-internal-l-to-r.min.css" type="text/css">
59814
59815       <link rel="stylesheet"
        href="/etc/designs/mda/mda-web/clientlib-internal-s-to-z.min.css" type="text/css">
59816
59817   <![endif]-->
59818   <!--[if !IE]><!-->
59819   <link rel="stylesheet"
        href="/etc/designs/mda/mda-web/A.clientlib-all.min.cd0fc30771d4664d5e47c47073302fd3.
        css.pagespeed.cf.XXGEszvgh_.css" type="text/css">
59820   <!--<![endif]-->
59821   <!--[if IE]>
59822       <script
        src="/etc/designs/mda/core-design/clientlib-external/js/html5shiv/html5shiv.js"></
        script>
59823   <![endif]-->
59824   <script
        src="//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.sync.js"></script>
59825   </head>
59826   <body>
59827   <!--googleoff: all-->
59828   <script>var utag_data={};var page_section='';var page_category='';var
        pathName=window.location.pathname.replace('.html','');var
        pathArray=pathName.trim().split('/');var categoryArray=[];var page_name='';var
        delimiter=':';var subCategoryIndex=1;var language='en';var device='desktop';for(var
```

```
59828    i=0;i<pathArray.length;i++){if(i===0||pathArray[i].length===0){delimiter='';}else{
         delimiter=':';}}
59829    if(pathArray[i].length>0){page_name=page_name+pathArray[i]+delimiter;categoryArray.
         push(pathArray[i]);}}
59830    for(var i=0;i<categoryArray.length;i++){if(i===0){page_section=categoryArray[i];}else
         if(i===1){page_category=categoryArray[i];}else{utag_data['page_subcategory'+
         subCategoryIndex]=categoryArray[i];subCategoryIndex++;}}
59831    if(page_name.length>0){page_name=page_name.substring(0,page_name.length-1);}}
59832    if(navigator.userAgent.match(/Android/i)!=null||navigator.userAgent.match(/BlackBerry
         /i)!=null||navigator.userAgent.match(/iPhone|iPad|iPod/i)!=null||navigator.userAgent.
         match(/Opera
         Mini/i)!=null||navigator.userAgent.match(/IEMobile/i)!=null){if(Math.max(document.
         documentElement.clientWidth,window.innerWidth||0)>752){device='tablet';}else{device='
         mobile';}}
59833    utag_data.page_name=page_name;utag_data.page_section=page_section;utag_data.
         page_category=page_category;utag_data.Language=language;utag_data.Device=device;</
         script>
59834    <!-- Loading script asynchronously -->
59835    <script>var
         tealiumDev='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/dev/utag.js';var
         tealiumQa='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/qa/utag.js';var
         tealiumProd='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.js';var
         currentTealium=tealiumDev;if(document.domain.indexOf('mdanderson.org')>-1){
         currentTealium=tealiumProd;}else
         if(document.domain.indexOf('aem-test.mdanderson')>-1){currentTealium=tealiumQa;}else{
         currentTealium=tealiumProd;}
59836    (function(a,b,c,d){a=currentTealium;b=document;c='script';d=b.createElement(c);d.src=
         a;d.type='text/java'+c;d.async=true;a=b.getElementsByTagName(c)[0];a.parentNode.
         insertBefore(d,a);})();</script>
59837    <a id="content-skip-btn" href="#skip" class="offscreen">Skip to
59838    Content</a>
59839    <div id="video-overlay" class="media-overlay fade-out">
59840    <i class="fa fa-times overlay-close" id="video-overlay-close"></i>
59841    <div id="video-overlay-player" class="media-overlay-player"></div>
59842    </div>
59843    <div id="yt-overlay" class="media-overlay fade-out">
59844    <i class="fa fa-times overlay-close" id="yt-overlay-close"></i>
59845    <div id="yt-overlay-player" class="media-overlay-player"></div>
59846    </div>
59847    <main class="l-main"> <!-- Go To Top --> <a href="#" class="scrollToTop"> <span
         class="cta_icon_top fa-angle-up"></span>
59848    <span class="cta_top_text">Top</span>
59849    </a>
59850    <section id="global-header" class="bleed-full">
59851    <!-- SSI of siteHeader.html -->
59852    <div id="mobile-menu">
59853    <nav id="utilities-nav">
59854    <ul class="utilities-list">
59855    <ul class="utilities-list">
59856    <li class="mda-hide-md"><a class="my-mda" href="//my.mdanderson.org/members/"
         aria-label=" Opens a new window" target="_blank">
59857    <div class="spacer">
59858    <span>my</span>MDAnderson
59859    </div>
59860    </a></li>
59861    <li> <a class="directions"
         href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
         target="_self">
59862    <div class="spacer">
59863    <i class="mdicon-pin"></i> <span>Locations</span>
59864    </div>
59865    </a></li>
59866    <li>
59867    <a class="call" href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
         target="_self">
59868    <div class="spacer">
59869    <i class="mda-icon-contact_us_fill"></i><span>Contact Us</span>
59870    </div>
```

```
59871  </a>
59872  </li>
59873  <li class="dropdown"><a href="#" class="topnav-sublist-toggle">
59874  <div class="spacer">
59875  <i class="mdicon-gear"></i><span>Languages</span>
59876  </div>
59877  </a>
59878  <div class="topnav-sublist-mask">
59879  <ul class="topnav-sublist">
59880  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="/patients-family.html" target="_self">English</a>
59881  </li>
59882  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/spanish/index.html" aria-label=" Opens a
    …  new window" target="_blank">Spanish</a>
59883  </li>
59884  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/arabic/index.html" aria-label=" Opens a new
    …  window" target="_blank">Arabic</a>
59885  </li>
59886  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/chinese/index.html" aria-label=" Opens a
    …  new window" target="_blank">Chinese</a>
59887  </li>
59888  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/turkish/index.html" aria-label=" Opens a
    …  new window" target="_blank">Turkish</a>
59889  </li>
59890  </ul>
59891  </div></li>
59892  </ul>
59893  </ul>
59894  </nav>
59895  <div id="nav-search">
59896  <div class="search-wrapper"
    …  data-searchresultspageurl="/patients-family/search-results.html?q="
    …  data-predictiveurl="/suggest?max=4&amp;site=mda_aem_prod&amp;access=access&amp;format
    …  =rich&amp;client=mda_aem_fe&amp;q=">
59897  <form class="search-form" id="" name="">
59898  <span class="placeholder"></span> <i class="search-icon fa fa-search"></i> <input
    …  type="text" size="1" class="search-field" value="" placeholder="Search MD Anderson">
    …  <input type="submit" class="form-search-submit mda-btn" value="Go">
59899  </form>
59900  <ul role="listbox" class="search-results"></ul>
59901  </div>
59902  <span class="search-message">Search</span>
59903  <div class="search-options">
59904     
59905  <div class="search-clear">
59906  <a href="#" class="" id="nav-search-clear">Clear</a>
59907  </div>
59908  </div>
59909  </div>
59910  <nav id="topnav">
59911  <div class="topnav-scroll-container">
59912  <div>
59913  <ul class="topnav-list mobile">
59914  <li class="topnav-list-item"><a href="/patients-family.html"
    …  data-primary-nav="nav_patients-family">Patients &amp; Family</a>
59915  <ul class="primary-nav-list" id="nav-index">
59916  <li class="primary-nav-item"><a href="/patients-family.html">Patients &amp; Family
    …  Home</a></li>
59917  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/becoming-our-patient.html">Becoming Our Patient</a>
59918  <div class="subnav-mask">
59919  <div class="subnav-wrapper">
59920  <div class="subnav col10 pad">
59921  <section class="nested">
```

```
59922  <div class="col4 main-column">
59923  <nav class="secondary">
59924  <ul>
59925  <li class="mobile-nav-back"><a href="/patients-family/becoming-our-patient.html"
   …   aria-label="Back to Becoming Our Patient">Becoming Our Patient</a></li>
59926  <li class="primary-nav-item">
59927  <a href="/patients-family/becoming-our-patient.html" aria-label="Becoming Our Patient
   …   Home">Becoming Our Patient Home</a></li>
59928  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/why-md-anderson.html">Why MD Anderson</a>
59929  <div class="subnav-mask">
59930  <div class="subnav-wrapper">
59931  <div class="subnav col10 pad">
59932  <section class="nested">
59933  <div class="col4 main-column">
59934  <nav class="secondary">
59935  <ul>
59936  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Back to
   …   Why MD Anderson">Why MD Anderson</a></li>
59937  <li class="primary-nav-item">
59938  <a href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Why
   …   MD Anderson Home">Why MD Anderson Home</a></li>
59939  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/why-md-anderson/patient-satisfaction-
   …   survey.html">Patient Satisfaction Survey</a></li>
59940  </ul>
59941  </nav>
59942  </div>
59943  </section>
59944  </div>
59945  </div>
59946  </div></li>
59947  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care.html">Planning for
   …   Care</a>
59948  <div class="subnav-mask">
59949  <div class="subnav-wrapper">
59950  <div class="subnav col10 pad">
59951  <section class="nested">
59952  <div class="col4 main-column">
59953  <nav class="secondary">
59954  <ul>
59955  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care.html" aria-label="Back
   …   to Planning for Care">Planning for Care</a></li>
59956  <li class="primary-nav-item">
59957  <a href="/patients-family/becoming-our-patient/planning-for-care.html"
   …   aria-label="Planning for Care Home">Planning for Care Home</a></li>
59958  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/prepare-for-your-first-
   …   visit.html">Prepare for Your First Visit</a></li>
59959  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/returning-patients.html
   …   ">Returning Patients</a></li>
59960  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
   …   html">Advance Care Planning</a>
59961  <div class="subnav-mask">
59962  <div class="subnav-wrapper">
59963  <div class="subnav col10 pad">
59964  <section class="nested">
59965  <div class="col4 main-column">
59966  <nav class="secondary">
59967  <ul>
59968  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
   …   html" aria-label="Back to Advance Care Planning">Advance Care Planning</a></li>
```

```
59969  <li class="primary-nav-item"><a
59970  <a
   …   href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
   …   html" aria-label="Advance Care Planning Home">Advance Care Planning Home</a></li>
59971  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
   …   medical-power-of-attorney.html">Medical Power of Attorney</a></li>
59972  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
   …   living-will.html">Living Will</a></li>
59973  </ul>
59974  </nav>
59975  </div>
59976  </section>
59977  </div>
59978  </div>
59979  </div></li>
59980  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   …   financial-support.html">Insurance, Billing and Financial Support</a>
59981  <div class="subnav-mask">
59982  <div class="subnav-wrapper">
59983  <div class="subnav col10 pad">
59984  <section class="nested">
59985  <div class="col4 main-column">
59986  <nav class="secondary">
59987  <ul>
59988  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   …   financial-support.html" aria-label="Back to Insurance, Billing and Financial
   …   Support">Insurance, Billing and Financial Support</a></li>
59989  <li class="primary-nav-item"><a
59990  <a
   …   href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   …   financial-support.html" aria-label="Insurance, Billing and Financial Support
   …   Home">Insurance, Billing and Financial Support Home</a></li>
59991  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   …   financial-support/insurance-plans.html">Insurance Plans</a></li>
59992  </ul>
59993  </nav>
59994  </div>
59995  </section>
59996  </div>
59997  </div>
59998  </div></li>
59999  </ul>
60000  </nav>
60001  </div>
60002  </section>
60003  </div>
60004  </div>
60005  </div></li>
60006  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson.html">Getting to
   …   MD Anderson</a>
60007  <div class="subnav-mask">
60008  <div class="subnav-wrapper">
60009  <div class="subnav col10 pad">
60010  <section class="nested">
60011  <div class="col4 main-column">
60012  <nav class="secondary">
60013  <ul>
60014  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
   …   aria-label="Back to Getting to MD Anderson">Getting to MD Anderson</a></li>
60015  <li class="primary-nav-item">
60016  <a href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
```

```
60016… aria-label="Getting to MD Anderson Home">Getting to MD Anderson Home</a></li>
60017 <li class="primary-nav-item"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/wayfinding.html">
   … Wayfinding</a></li>
60018 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston.html">Traveling to Houston</a>
60019 <div class="subnav-mask">
60020 <div class="subnav-wrapper">
60021 <div class="subnav col10 pad">
60022 <section class="nested">
60023 <div class="col4 main-column">
60024 <nav class="secondary">
60025 <ul>
60026 <li class="mobile-nav-back"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston.html" aria-label="Back to Traveling to Houston">Traveling to Houston</a></li>
60027 <li class="primary-nav-item">
60028 <a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston.html" aria-label="Traveling to Houston Home">Traveling to Houston
   … Home</a></li>
60029 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston/rotary-house-international.html">Rotary House International</a>
60030 <div class="subnav-mask">
60031 <div class="subnav-wrapper">
60032 <div class="subnav col10 pad">
60033 <section class="nested">
60034 <div class="col4 main-column">
60035 <nav class="secondary">
60036 <ul>
60037 <li class="mobile-nav-back"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston/rotary-house-international.html" aria-label="Back to Rotary House
   … International">Rotary House International</a></li>
60038 <li class="primary-nav-item">
60039 <a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston/rotary-house-international.html" aria-label="Rotary House International
   … Home">Rotary House International Home</a></li>
60040 <li class="primary-nav-item"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston/rotary-house-international/guest-services.html">Guest Services</a></li>
60041 <li class="primary-nav-item"><a
   … href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   … houston/rotary-house-international/restaurant-lounge-retail.html">Restaurant, Lounge
   … &amp; Retail</a></li>
60042 </ul>
60043 </nav>
60044 </div>
60045 </section>
60046 </div>
60047 </div>
60048 </div></li>
60049 </ul>
60050 </nav>
60051 </div>
60052 </section>
60053 </div>
60054 </div>
60055 </div></li>
60056 </ul>
60057 </nav>
60058 </div>
60059 </section>
60060 </div>
60061 </div>
```

```
60062  </div></li>
60063  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/while-youre-here.html">While You're
       Here</a>
60064  <div class="subnav-mask">
60065  <div class="subnav-wrapper">
60066  <div class="subnav col10 pad">
60067  <section class="nested">
60068  <div class="col4 main-column">
60069  <nav class="secondary">
60070  <ul>
60071  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/while-youre-here.html" aria-label="Back
       to While You&#39;re Here">While You're Here</a></li>
60072  <li class="primary-nav-item">
60073  <a href="/patients-family/becoming-our-patient/while-youre-here.html"
   …   aria-label="While You&#39;re Here Home">While You're Here Home</a></li>
60074  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/while-youre-here/the-learning-center.html
   …   ">The Learning Center</a></li>
60075  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/while-youre-here/parks-gardens.html">
   …   Parks and Gardens</a></li>
60076  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/while-youre-here/worship-services-
   …   locations.html">Worship Services and Locations</a></li>
60077  </ul>
60078  </nav>
60079  </div>
60080  </section>
60081  </div>
60082  </div>
60083  </div></li>
60084  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/international-center.html">International
       Center</a>
60085  <div class="subnav-mask">
60086  <div class="subnav-wrapper">
60087  <div class="subnav col10 pad">
60088  <section class="nested">
60089  <div class="col4 main-column">
60090  <nav class="secondary">
60091  <ul>
60092  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/international-center.html"
   …   aria-label="Back to International Center">International Center</a></li>
60093  <li class="primary-nav-item">
60094  <a href="/patients-family/becoming-our-patient/international-center.html"
   …   aria-label="International Center Home">International Center Home</a></li>
60095  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/international-center/prepare-for-your-
   …   trip-international-patients.html">Prepare for your Trip (International
   …   Patients)</a></li>
60096  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/international-center/financial-
   …   information-for-international-patients.html">Financial Information for International
   …   Patients</a></li>
60097  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/international-center/before-you-leave.
   …   html">Before You Leave</a></li>
60098  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/international-center/frequently-asked-
   …   questions.html">Frequently Asked Questions (International Patients)</a></li>
60099  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/international-center/meet-our-staff.html"
   …   >Meet Our Staff</a></li>
60100  </ul>
60101  </nav>
```

```
60102  </div>
60103  </section>
60104  </div>
60105  </div>
60106  </div></li>
60107  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/becoming-our-patient/services-amenities.html">Services and
    …  Amenities</a>
60108  <div class="subnav-mask">
60109  <div class="subnav-wrapper">
60110  <div class="subnav col10 pad">
60111  <section class="nested">
60112  <div class="col4 main-column">
60113  <nav class="secondary">
60114  <ul>
60115  <li class="mobile-nav-back"><a
    …  href="/patients-family/becoming-our-patient/services-amenities.html" aria-label="Back
    …  to Services and Amenities">Services and Amenities</a></li>
60116  <li class="primary-nav-item">
60117  <a href="/patients-family/becoming-our-patient/services-amenities.html"
    …  aria-label="Services and Amenities Home">Services and Amenities Home</a></li>
60118  <li class="primary-nav-item"><a
    …  href="/patients-family/becoming-our-patient/services-amenities/banking-cashiers.html"
    …  >Banking and Cashiers</a></li>
60119  <li class="primary-nav-item"><a
    …  href="/patients-family/becoming-our-patient/services-amenities/dining-services.html">
    …  Dining Services</a></li>
60120  <li class="primary-nav-item"><a
    …  href="/patients-family/becoming-our-patient/services-amenities/flower-gift-shops.html
    …  ">Flower and Gift Shops</a></li>
60121  <li class="primary-nav-item"><a
    …  href="/patients-family/becoming-our-patient/services-amenities/outpatient-pharmacy.
    …  html">Outpatient Pharmacy</a></li>
60122  <li class="primary-nav-item"><a
    …  href="/patients-family/becoming-our-patient/services-amenities/md-anderson-mobile-app
    …  .html">MD Anderson Mobile App</a></li>
60123  </ul>
60124  </nav>
60125  </div>
60126  </section>
60127  </div>
60128  </div>
60129  </div></li>
60130  </ul>
60131  </nav>
60132  </div>
60133  </section>
60134  </div>
60135  </div>
60136  </div></li>
60137  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment.html">Diagnosis &amp; Treatment</a>
60138  <div class="subnav-mask">
60139  <div class="subnav-wrapper">
60140  <div class="subnav col10 pad">
60141  <section class="nested">
60142  <div class="col4 main-column">
60143  <nav class="secondary">
60144  <ul>
60145  <li class="mobile-nav-back"><a href="/patients-family/diagnosis-treatment.html"
    …  aria-label="Back to Diagnosis &amp; Treatment">Diagnosis &amp; Treatment</a></li>
60146  <li class="primary-nav-item">
60147  <a href="/patients-family/diagnosis-treatment.html" aria-label="Diagnosis &amp;
    …  Treatment Home">Diagnosis &amp; Treatment Home</a></li>
60148  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/a-new-diagnosis.html">A New Diagnosis</a>
60149  <div class="subnav-mask">
60150  <div class="subnav-wrapper">
```

```
60151 <div class="subnav col10 pad">
60152 <section class="nested">
60153 <div class="col4 main-column">
60154 <nav class="secondary">
60155 <ul>
60156 <li class="mobile-nav-back"><a
  …  href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="Back to
  …  A New Diagnosis">A New Diagnosis</a></li>
60157 <li class="primary-nav-item">
60158 <a href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="A New
  …  Diagnosis Home">A New Diagnosis Home</a></li>
60159 <li class="primary-nav-item has-subnav"><a
  …  href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html">
  …  Diagnostic Tests</a>
60160 <div class="subnav-mask">
60161 <div class="subnav-wrapper">
60162 <div class="subnav col10 pad">
60163 <section class="nested">
60164 <div class="col4 main-column">
60165 <nav class="secondary">
60166 <ul>
60167 <li class="mobile-nav-back"><a
  …  href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
  …  aria-label="Back to Diagnostic Tests">Diagnostic Tests</a></li>
60168 <li class="primary-nav-item">
60169 <a href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
  …  aria-label="Diagnostic Tests Home">Diagnostic Tests Home</a></li>
60170 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests/
  …  diagnostic-imaging-procedures.html">Diagnostic Imaging Procedures</a></li>
60171 </ul>
60172 </nav>
60173 </div>
60174 </section>
60175 </div>
60176 </div>
60177 </div></li>
60178 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/a-new-diagnosis/preserving-fertility-
  …  before-treatment.html">Preserving Fertility Before Treatment</a></li>
60179 </ul>
60180 </nav>
60181 </div>
60182 </section>
60183 </div>
60184 </div>
60185 </div></li>
60186 <li class="primary-nav-item has-subnav"><a href="/cancer-types.html">Cancer Types</a>
60187 <div class="subnav-mask">
60188 <div class="subnav-wrapper">
60189 <div class="subnav col10 pad">
60190 <section class="nested">
60191 <div class="col4 main-column">
60192 <nav class="secondary">
60193 <ul>
60194 <li class="mobile-nav-back"><a href="/cancer-types.html" aria-label="Back to Cancer
  …  Types">Cancer Types</a></li>
60195 <li class="primary-nav-item">
60196 <a href="/cancer-types.html" aria-label="Cancer Types Home">Cancer Types
  …  Home</a></li>
60197 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/acoustic-neuroma.html">Acoustic Neuroma</a>
60198 <div class="subnav-mask">
60199 <div class="subnav-wrapper">
60200 <div class="subnav col10 pad">
60201 <section class="nested">
60202 <div class="col4 main-column">
60203 <nav class="secondary">
```

```
60204  <ul>
60205  <li class="mobile-nav-back"><a href="/cancer-types/acoustic-neuroma.html"
   …   aria-label="Back to Acoustic Neuroma">Acoustic Neuroma</a></li>
60206  <li class="primary-nav-item">
60207  <a href="/cancer-types/acoustic-neuroma.html" aria-label="Acoustic Neuroma
   …   Home">Acoustic Neuroma Home</a></li>
60208  <li class="primary-nav-item"><a
   …   href="/cancer-types/acoustic-neuroma/acoustic-neuroma-facts.html">Acoustic Neuroma
   …   Facts</a></li>
60209  <li class="primary-nav-item"><a
   …   href="/cancer-types/acoustic-neuroma/acoustic-neuroma-symptoms.html">Acoustic Neuroma
   …   Symptoms</a></li>
60210  <li class="primary-nav-item"><a
   …   href="/cancer-types/acoustic-neuroma/acoustic-neuroma-diagnosis.html">Acoustic
   …   Neuroma Diagnosis</a></li>
60211  <li class="primary-nav-item"><a
   …   href="/cancer-types/acoustic-neuroma/acoustic-neuroma-treatment.html">Acoustic
   …   Neuroma Treatment</a></li>
60212  </ul>
60213  </nav>
60214  </div>
60215  </section>
60216  </div>
60217  </div>
60218  </div></li>
60219  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/adrenal-tumors.html">Adrenal Tumors</a>
60220  <div class="subnav-mask">
60221  <div class="subnav-wrapper">
60222  <div class="subnav col10 pad">
60223  <section class="nested">
60224  <div class="col4 main-column">
60225  <nav class="secondary">
60226  <ul>
60227  <li class="mobile-nav-back"><a href="/cancer-types/adrenal-tumors.html"
   …   aria-label="Back to Adrenal Tumors">Adrenal Tumors</a></li>
60228  <li class="primary-nav-item">
60229  <a href="/cancer-types/adrenal-tumors.html" aria-label="Adrenal Tumors Home">Adrenal
   …   Tumors Home</a></li>
60230  <li class="primary-nav-item"><a
   …   href="/cancer-types/adrenal-tumors/adrenal-tumor-facts.html">Adrenal Gland Tumor
   …   Facts</a></li>
60231  <li class="primary-nav-item"><a
   …   href="/cancer-types/adrenal-tumors/adrenal-tumor-symptoms.html">Adrenal Gland Tumor
   …   Symptoms</a></li>
60232  <li class="primary-nav-item"><a
   …   href="/cancer-types/adrenal-tumors/adrenal-tumor-diagnosis.html">Adrenal Tumor
   …   Diagnosis</a></li>
60233  <li class="primary-nav-item"><a
   …   href="/cancer-types/adrenal-tumors/adrenal-tumor-treatment.html">Adrenal Tumor
   …   Treatment</a></li>
60234  </ul>
60235  </nav>
60236  </div>
60237  </section>
60238  </div>
60239  </div>
60240  </div></li>
60241  <li class="primary-nav-item has-subnav"><a href="/cancer-types/anal-cancer.html">Anal
   …   Cancer</a>
60242  <div class="subnav-mask">
60243  <div class="subnav-wrapper">
60244  <div class="subnav col10 pad">
60245  <section class="nested">
60246  <div class="col4 main-column">
60247  <nav class="secondary">
60248  <ul>
60249  <li class="mobile-nav-back"><a href="/cancer-types/anal-cancer.html" aria-label="Back
```

```
60249…  to Anal Cancer">Anal Cancer</a></li>
60250  <li class="primary-nav-item">
60251  <a href="/cancer-types/anal-cancer.html" aria-label="Anal Cancer Home">Anal Cancer
    …  Home</a></li>
60252  <li class="primary-nav-item"><a
    …  href="/cancer-types/anal-cancer/anal-cancer-facts.html">Anal Cancer Facts</a></li>
60253  <li class="primary-nav-item"><a
    …  href="/cancer-types/anal-cancer/anal-cancer-symptoms.html">Anal Cancer
    …  Symptoms</a></li>
60254  <li class="primary-nav-item"><a
    …  href="/cancer-types/anal-cancer/anal-cancer-diagnosis.html">Anal Cancer
    …  Diagnosis</a></li>
60255  <li class="primary-nav-item"><a
    …  href="/cancer-types/anal-cancer/anal-cancer-treatment.html">Anal Cancer
    …  Treatment</a></li>
60256  </ul>
60257  </nav>
60258  </div>
60259  </section>
60260  </div>
60261  </div>
60262  </div></li>
60263  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/appendix-cancer.html">Appendix Cancer</a>
60264  <div class="subnav-mask">
60265  <div class="subnav-wrapper">
60266  <div class="subnav col10 pad">
60267  <section class="nested">
60268  <div class="col4 main-column">
60269  <nav class="secondary">
60270  <ul>
60271  <li class="mobile-nav-back"><a href="/cancer-types/appendix-cancer.html"
    …  aria-label="Back to Appendix Cancer">Appendix Cancer</a></li>
60272  <li class="primary-nav-item">
60273  <a href="/cancer-types/appendix-cancer.html" aria-label="Appendix Cancer
    …  Home">Appendix Cancer Home</a></li>
60274  <li class="primary-nav-item"><a
    …  href="/cancer-types/appendix-cancer/appendix-cancer-facts.html">Appendix Cancer
    …  Facts</a></li>
60275  <li class="primary-nav-item"><a
    …  href="/cancer-types/appendix-cancer/appendix-cancer-symptoms.html">Appendix Cancer
    …  Symptoms</a></li>
60276  <li class="primary-nav-item"><a
    …  href="/cancer-types/appendix-cancer/appendix-cancer-diagnosis.html">Appendix Cancer
    …  Diagnosis</a></li>
60277  <li class="primary-nav-item"><a
    …  href="/cancer-types/appendix-cancer/appendix-cancer-treatment.html">Appendix Cancer
    …  Treatment</a></li>
60278  </ul>
60279  </nav>
60280  </div>
60281  </section>
60282  </div>
60283  </div>
60284  </div></li>
60285  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/bile-duct-cancer.html">Bile Duct Cancer</a>
60286  <div class="subnav-mask">
60287  <div class="subnav-wrapper">
60288  <div class="subnav col10 pad">
60289  <section class="nested">
60290  <div class="col4 main-column">
60291  <nav class="secondary">
60292  <ul>
60293  <li class="mobile-nav-back"><a href="/cancer-types/bile-duct-cancer.html"
    …  aria-label="Back to Bile Duct Cancer">Bile Duct Cancer</a></li>
60294  <li class="primary-nav-item">
60295  <a href="/cancer-types/bile-duct-cancer.html" aria-label="Bile Duct Cancer Home">Bile
```

```
60295… Duct Cancer Home</a></li>
60296  <li class="primary-nav-item"><a
  …    href="/cancer-types/bile-duct-cancer/bile-duct-cancer-facts.html">Bile Duct Cancer
  …    Facts</a></li>
60297  <li class="primary-nav-item"><a
  …    href="/cancer-types/bile-duct-cancer/bile-duct-cancer-symptoms.html">Bile Duct Cancer
  …    Symptoms</a></li>
60298  <li class="primary-nav-item"><a
  …    href="/cancer-types/bile-duct-cancer/bile-duct-cancer-diagnosis.html">Bile Duct
  …    Cancer Diagnosis</a></li>
60299  <li class="primary-nav-item"><a
  …    href="/cancer-types/bile-duct-cancer/bile-duct-cancer-treatment.html">Bile Duct
  …    Cancer Treatment</a></li>
60300  </ul>
60301  </nav>
60302  </div>
60303  </section>
60304  </div>
60305  </div>
60306  </div></li>
60307  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/bladder-cancer.html">Bladder Cancer</a>
60308  <div class="subnav-mask">
60309  <div class="subnav-wrapper">
60310  <div class="subnav col10 pad">
60311  <section class="nested">
60312  <div class="col4 main-column">
60313  <nav class="secondary">
60314  <ul>
60315  <li class="mobile-nav-back"><a href="/cancer-types/bladder-cancer.html"
  …    aria-label="Back to Bladder Cancer">Bladder Cancer</a></li>
60316  <li class="primary-nav-item">
60317  <a href="/cancer-types/bladder-cancer.html" aria-label="Bladder Cancer Home">Bladder
  …    Cancer Home</a></li>
60318  <li class="primary-nav-item"><a
  …    href="/cancer-types/bladder-cancer/bladder-cancer-facts.html">Bladder Cancer
  …    Facts</a></li>
60319  <li class="primary-nav-item"><a
  …    href="/cancer-types/bladder-cancer/bladder-cancer-symptoms.html">Bladder Cancer
  …    Symptoms</a></li>
60320  <li class="primary-nav-item"><a
  …    href="/cancer-types/bladder-cancer/bladder-cancer-diagnosis.html">Bladder Cancer
  …    Diagnosis</a></li>
60321  <li class="primary-nav-item"><a
  …    href="/cancer-types/bladder-cancer/bladder-cancer-treatment.html">Bladder Cancer
  …    Treatment</a></li>
60322  </ul>
60323  </nav>
60324  </div>
60325  </section>
60326  </div>
60327  </div>
60328  </div></li>
60329  <li class="primary-nav-item has-subnav"><a href="/cancer-types/bone-cancer.html">Bone
  …    Cancer</a>
60330  <div class="subnav-mask">
60331  <div class="subnav-wrapper">
60332  <div class="subnav col10 pad">
60333  <section class="nested">
60334  <div class="col4 main-column">
60335  <nav class="secondary">
60336  <ul>
60337  <li class="mobile-nav-back"><a href="/cancer-types/bone-cancer.html" aria-label="Back
  …    to Bone Cancer">Bone Cancer</a></li>
60338  <li class="primary-nav-item">
60339  <a href="/cancer-types/bone-cancer.html" aria-label="Bone Cancer Home">Bone Cancer
  …    Home</a></li>
60340  <li class="primary-nav-item"><a
```

```
60340… href="/cancer-types/bone-cancer/bone-cancer-facts.html">Bone Cancer Facts</a></li>
60341 <li class="primary-nav-item"><a
   … href="/cancer-types/bone-cancer/bone-cancer-symptoms.html">Bone Cancer
   … Symptoms</a></li>
60342 <li class="primary-nav-item"><a
   … href="/cancer-types/bone-cancer/bone-cancer-diagnosis.html">Bone Cancer
   … Diagnosis</a></li>
60343 <li class="primary-nav-item"><a
   … href="/cancer-types/bone-cancer/bone-cancer-treatment.html">Bone Cancer
   … Treatment</a></li>
60344 </ul>
60345 </nav>
60346 </div>
60347 </section>
60348 </div>
60349 </div>
60350 </div></li>
60351 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/brain-tumor.html">Brain Tumors</a>
60352 <div class="subnav-mask">
60353 <div class="subnav-wrapper">
60354 <div class="subnav col10 pad">
60355 <section class="nested">
60356 <div class="col4 main-column">
60357 <nav class="secondary">
60358 <ul>
60359 <li class="mobile-nav-back"><a href="/cancer-types/brain-tumor.html" aria-label="Back
   … to Brain Tumors">Brain Tumors</a></li>
60360 <li class="primary-nav-item">
60361 <a href="/cancer-types/brain-tumor.html" aria-label="Brain Tumors Home">Brain Tumors
   … Home</a></li>
60362 <li class="primary-nav-item"><a
   … href="/cancer-types/brain-tumor/brain-tumor-facts.html">Brain Tumor Facts</a></li>
60363 <li class="primary-nav-item"><a
   … href="/cancer-types/brain-tumor/brain-tumor-symptoms.html">Brain Tumor
   … Symptoms</a></li>
60364 <li class="primary-nav-item"><a
   … href="/cancer-types/brain-tumor/brain-tumor-diagnosis.html">Brain Tumor
   … Diagnosis</a></li>
60365 <li class="primary-nav-item"><a
   … href="/cancer-types/brain-tumor/brain-tumor-treatment.html">Brain Tumor
   … Treatment</a></li>
60366 </ul>
60367 </nav>
60368 </div>
60369 </section>
60370 </div>
60371 </div>
60372 </div></li>
60373 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/breast-cancer.html">Breast Cancer</a>
60374 <div class="subnav-mask">
60375 <div class="subnav-wrapper">
60376 <div class="subnav col10 pad">
60377 <section class="nested">
60378 <div class="col4 main-column">
60379 <nav class="secondary">
60380 <ul>
60381 <li class="mobile-nav-back"><a href="/cancer-types/breast-cancer.html"
   … aria-label="Back to Breast Cancer">Breast Cancer</a></li>
60382 <li class="primary-nav-item">
60383 <a href="/cancer-types/breast-cancer.html" aria-label="Breast Cancer Home">Breast
   … Cancer Home</a></li>
60384 <li class="primary-nav-item"><a
   … href="/cancer-types/breast-cancer/breast-cancer-facts.html">Breast Cancer
   … Facts</a></li>
60385 <li class="primary-nav-item"><a
   … href="/cancer-types/breast-cancer/breast-cancer-symptoms.html">Breast Cancer
```

```
60385… Symptoms</a></li>
60386 <li class="primary-nav-item"><a
    … href="/cancer-types/breast-cancer/breast-cancer-diagnosis.html">Breast Cancer
    … Diagnosis</a></li>
60387 <li class="primary-nav-item"><a
    … href="/cancer-types/breast-cancer/breast-cancer-treatment.html">Breast Cancer
    … Treatment</a></li>
60388 </ul>
60389 </nav>
60390 </div>
60391 </section>
60392 </div>
60393 </div>
60394 </div></li>
60395 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/cancer-of-unknown-primary.html">Cancer of Unknown Primary
    … (CUP)</a>
60396 <div class="subnav-mask">
60397 <div class="subnav-wrapper">
60398 <div class="subnav col10 pad">
60399 <section class="nested">
60400 <div class="col4 main-column">
60401 <nav class="secondary">
60402 <ul>
60403 <li class="mobile-nav-back"><a href="/cancer-types/cancer-of-unknown-primary.html"
    … aria-label="Back to Cancer of Unknown Primary (CUP)">Cancer of Unknown Primary
    … (CUP)</a></li>
60404 <li class="primary-nav-item">
60405 <a href="/cancer-types/cancer-of-unknown-primary.html" aria-label="Cancer of Unknown
    … Primary (CUP) Home">Cancer of Unknown Primary (CUP) Home</a></li>
60406 <li class="primary-nav-item"><a
    … href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-facts.html">
    … Cancer of Unknown Primary Facts</a></li>
60407 <li class="primary-nav-item"><a
    … href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-symptoms.html
    … ">Cancer of Unknown Primary Symptoms</a></li>
60408 <li class="primary-nav-item"><a
    … href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-diagnosis.
    … html">Cancer of Unknown Primary Diagnosis</a></li>
60409 <li class="primary-nav-item"><a
    … href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-treatment.
    … html">Cancer of Unknown Primary Treatment</a></li>
60410 </ul>
60411 </nav>
60412 </div>
60413 </section>
60414 </div>
60415 </div>
60416 </div></li>
60417 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/carcinoid-tumors.html">Carcinoid Tumors</a>
60418 <div class="subnav-mask">
60419 <div class="subnav-wrapper">
60420 <div class="subnav col10 pad">
60421 <section class="nested">
60422 <div class="col4 main-column">
60423 <nav class="secondary">
60424 <ul>
60425 <li class="mobile-nav-back"><a href="/cancer-types/carcinoid-tumors.html"
    … aria-label="Back to Carcinoid Tumors">Carcinoid Tumors</a></li>
60426 <li class="primary-nav-item">
60427 <a href="/cancer-types/carcinoid-tumors.html" aria-label="Carcinoid Tumors
    … Home">Carcinoid Tumors Home</a></li>
60428 <li class="primary-nav-item"><a
    … href="/cancer-types/carcinoid-tumors/carcinoid-tumor-facts.html">Carcinoid Tumor
    … Facts</a></li>
60429 <li class="primary-nav-item"><a
    … href="/cancer-types/carcinoid-tumors/carcinoid-tumor-symptoms.html">Carcinoid Tumor
```

```
60429… Symptoms</a></li>
60430 <li class="primary-nav-item"><a
   … href="/cancer-types/carcinoid-tumors/carcinoid-tumor-diagnosis.html">Carcinoid Tumor
   … Diagnosis</a></li>
60431 <li class="primary-nav-item"><a
   … href="/cancer-types/carcinoid-tumors/carcinoid-tumor-treatment.html">Carcinoid Tumor
   … Treatment</a></li>
60432 </ul>
60433 </nav>
60434 </div>
60435 </section>
60436 </div>
60437 </div>
60438 </div></li>
60439 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/cervical-cancer.html">Cervical Cancer</a>
60440 <div class="subnav-mask">
60441 <div class="subnav-wrapper">
60442 <div class="subnav col10 pad">
60443 <section class="nested">
60444 <div class="col4 main-column">
60445 <nav class="secondary">
60446 <ul>
60447 <li class="mobile-nav-back"><a href="/cancer-types/cervical-cancer.html"
   … aria-label="Back to Cervical Cancer">Cervical Cancer</a></li>
60448 <li class="primary-nav-item">
60449 <a href="/cancer-types/cervical-cancer.html" aria-label="Cervical Cancer
   … Home">Cervical Cancer Home</a></li>
60450 <li class="primary-nav-item"><a
   … href="/cancer-types/cervical-cancer/cervical-cancer-facts.html">Cervical Cancer
   … Facts</a></li>
60451 <li class="primary-nav-item"><a
   … href="/cancer-types/cervical-cancer/cervical-cancer-symptoms.html">Cervical Cancer
   … Symptoms</a></li>
60452 <li class="primary-nav-item"><a
   … href="/cancer-types/cervical-cancer/cervical-cancer-diagnosis.html">Cervical Cancer
   … Diagnosis</a></li>
60453 <li class="primary-nav-item"><a
   … href="/cancer-types/cervical-cancer/cervical-cancer-treatment.html">Cervical Cancer
   … Treatment</a></li>
60454 <li class="primary-nav-item"><a
   … href="/cancer-types/cervical-cancer/small-and-large-cell-cervical-cancer.html">Small
   … and Large Cell Cervical Cancer</a></li>
60455 </ul>
60456 </nav>
60457 </div>
60458 </section>
60459 </div>
60460 </div>
60461 </div></li>
60462 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/childhood-brain-tumors.html">Childhood Brain Tumors</a>
60463 <div class="subnav-mask">
60464 <div class="subnav-wrapper">
60465 <div class="subnav col10 pad">
60466 <section class="nested">
60467 <div class="col4 main-column">
60468 <nav class="secondary">
60469 <ul>
60470 <li class="mobile-nav-back"><a href="/cancer-types/childhood-brain-tumors.html"
   … aria-label="Back to Childhood Brain Tumors">Childhood Brain Tumors</a></li>
60471 <li class="primary-nav-item">
60472 <a href="/cancer-types/childhood-brain-tumors.html" aria-label="Childhood Brain
   … Tumors Home">Childhood Brain Tumors Home</a></li>
60473 <li class="primary-nav-item"><a
   … href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-facts.html">
   … Childhood Brain Tumor Facts</a></li>
60474 <li class="primary-nav-item"><a
```

```
60474… href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-symptoms.html">
  …  Childhood Brain Tumor Symptoms</a></li>
60475 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-diagnosis.html">
  …  Childhood Brain Tumor Diagnosis</a></li>
60476 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-treatment.html">
  …  Childhood Brain Tumor Treatment</a></li>
60477 </ul>
60478 </nav>
60479 </div>
60480 </section>
60481 </div>
60482 </div>
60483 </div></li>
60484 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/childhood-germ-cell-tumors.html">Childhood Germ Cell Tumors</a>
60485 <div class="subnav-mask">
60486 <div class="subnav-wrapper">
60487 <div class="subnav col10 pad">
60488 <section class="nested">
60489 <div class="col4 main-column">
60490 <nav class="secondary">
60491 <ul>
60492 <li class="mobile-nav-back"><a href="/cancer-types/childhood-germ-cell-tumors.html"
  …  aria-label="Back to Childhood Germ Cell Tumors">Childhood Germ Cell Tumors</a></li>
60493 <li class="primary-nav-item">
60494 <a href="/cancer-types/childhood-germ-cell-tumors.html" aria-label="Childhood Germ
  …  Cell Tumors Home">Childhood Germ Cell Tumors Home</a></li>
60495 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-facts.html"
  …  >Childhood Germ Cell Tumors Facts</a></li>
60496 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-symptoms.
  …  html">Childhood Germ Cell Tumors Symptoms</a></li>
60497 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-diagnosis.
  …  html">Childhood Germ Cell Tumors Diagnosis</a></li>
60498 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-treatment.
  …  html">Childhood Germ Cell Tumors Treatment</a></li>
60499 </ul>
60500 </nav>
60501 </div>
60502 </section>
60503 </div>
60504 </div>
60505 </div></li>
60506 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/childhood-hematology-disorders.html">Childhood Hematology
  …  Disorders</a>
60507 <div class="subnav-mask">
60508 <div class="subnav-wrapper">
60509 <div class="subnav col10 pad">
60510 <section class="nested">
60511 <div class="col4 main-column">
60512 <nav class="secondary">
60513 <ul>
60514 <li class="mobile-nav-back"><a
  …  href="/cancer-types/childhood-hematology-disorders.html" aria-label="Back to
  …  Childhood Hematology Disorders">Childhood Hematology Disorders</a></li>
60515 <li class="primary-nav-item">
60516 <a href="/cancer-types/childhood-hematology-disorders.html" aria-label="Childhood
  …  Hematology Disorders Home">Childhood Hematology Disorders Home</a></li>
60517 <li class="primary-nav-item"><a
  …  href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
  …  facts.html">Childhood Hematology Disorders Facts</a></li>
60518 <li class="primary-nav-item"><a
```

```
60518… href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … symptoms.html">Childhood Hematology Disorders Symptoms</a></li>
60519 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … diagnosis.html">Childhood Hematology Disorders Diagnosis</a></li>
60520 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … treatment.html">Childhood Hematology Disorders Treatment</a></li>
60521 </ul>
60522 </nav>
60523 </div>
60524 </section>
60525 </div>
60526 </div>
60527 </div></li>
60528 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-leukemia.html">Childhood Leukemia</a>
60529 <div class="subnav-mask">
60530 <div class="subnav-wrapper">
60531 <div class="subnav col10 pad">
60532 <section class="nested">
60533 <div class="col4 main-column">
60534 <nav class="secondary">
60535 <ul>
60536 <li class="mobile-nav-back"><a href="/cancer-types/childhood-leukemia.html"
    … aria-label="Back to Childhood Leukemia">Childhood Leukemia</a></li>
60537 <li class="primary-nav-item">
60538 <a href="/cancer-types/childhood-leukemia.html" aria-label="Childhood Leukemia
    … Home">Childhood Leukemia Home</a></li>
60539 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-facts.html">Childhood
    … Leukemia Facts</a></li>
60540 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-symptoms.html">Childhood
    … Leukemia Symptoms</a></li>
60541 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-diagnosis.html">Childhood
    … Leukemia Diagnosis</a></li>
60542 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-treatment.html">Childhood
    … Leukemia Treatment</a></li>
60543 </ul>
60544 </nav>
60545 </div>
60546 </section>
60547 </div>
60548 </div>
60549 </div></li>
60550 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-lymphoma.html">Childhood Lymphoma</a>
60551 <div class="subnav-mask">
60552 <div class="subnav-wrapper">
60553 <div class="subnav col10 pad">
60554 <section class="nested">
60555 <div class="col4 main-column">
60556 <nav class="secondary">
60557 <ul>
60558 <li class="mobile-nav-back"><a href="/cancer-types/childhood-lymphoma.html"
    … aria-label="Back to Childhood Lymphoma">Childhood Lymphoma</a></li>
60559 <li class="primary-nav-item">
60560 <a href="/cancer-types/childhood-lymphoma.html" aria-label="Childhood Lymphoma
    … Home">Childhood Lymphoma Home</a></li>
60561 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-lymphoma/childhood-lymphoma-facts.html">Childhood
    … Lymphoma Facts</a></li>
60562 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-lymphoma/childhood-lymphoma-symptoms.html">Childhood
    … Lymphoma Symptoms</a></li>
```

```
60563  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-lymphoma/childhood-lymphoma-diagnosis.html">Childhood
   …   Lymphoma Diagnosis</a></li>
60564  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-lymphoma/childhood-lymphoma-treatment.html">Childhood
   …   Lymphoma Treatment</a></li>
60565  </ul>
60566  </nav>
60567  </div>
60568  </section>
60569  </div>
60570  </div>
60571  </div></li>
60572  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/childhood-liver-cancer.html">Childhood Liver Cancer</a>
60573  <div class="subnav-mask">
60574  <div class="subnav-wrapper">
60575  <div class="subnav col10 pad">
60576  <section class="nested">
60577  <div class="col4 main-column">
60578  <nav class="secondary">
60579  <ul>
60580  <li class="mobile-nav-back"><a href="/cancer-types/childhood-liver-cancer.html"
   …   aria-label="Back to Childhood Liver Cancer">Childhood Liver Cancer</a></li>
60581  <li class="primary-nav-item">
60582  <a href="/cancer-types/childhood-liver-cancer.html" aria-label="Childhood Liver
   …   Cancer Home">Childhood Liver Cancer Home</a></li>
60583  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-facts.html">
   …   Childhood Liver Cancer Facts</a></li>
60584  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-symptoms.html">
   …   Childhood Liver Cancer Symptoms</a></li>
60585  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-diagnosis.html">
   …   Childhood Liver Cancer Diagnosis</a></li>
60586  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-treatment.html">
   …   Childhood Liver Cancer Treatment</a></li>
60587  </ul>
60588  </nav>
60589  </div>
60590  </section>
60591  </div>
60592  </div>
60593  </div></li>
60594  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/childhood-melanoma.html">Childhood Melanoma</a>
60595  <div class="subnav-mask">
60596  <div class="subnav-wrapper">
60597  <div class="subnav col10 pad">
60598  <section class="nested">
60599  <div class="col4 main-column">
60600  <nav class="secondary">
60601  <ul>
60602  <li class="mobile-nav-back"><a href="/cancer-types/childhood-melanoma.html"
   …   aria-label="Back to Childhood Melanoma">Childhood Melanoma</a></li>
60603  <li class="primary-nav-item">
60604  <a href="/cancer-types/childhood-melanoma.html" aria-label="Childhood Melanoma
   …   Home">Childhood Melanoma Home</a></li>
60605  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-melanoma/childhood-melanoma-facts.html">Childhood
   …   Melanoma Facts</a></li>
60606  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-melanoma/childhood-melanoma-symptoms.html">Childhood
   …   Melanoma Symptoms</a></li>
60607  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-melanoma/childhood-melanoma-diagnosis.html">Childhood
```

```
60607… Melanoma Diagnosis</a></li>
60608 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-melanoma/childhood-melanoma-treatment.html">Childhood
    … Melanoma Treatment</a></li>
60609 </ul>
60610 </nav>
60611 </div>
60612 </section>
60613 </div>
60614 </div>
60615 </div></li>
60616 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-osteosarcoma.html">Childhood Osteosarcoma</a>
60617 <div class="subnav-mask">
60618 <div class="subnav-wrapper">
60619 <div class="subnav col10 pad">
60620 <section class="nested">
60621 <div class="col4 main-column">
60622 <nav class="secondary">
60623 <ul>
60624 <li class="mobile-nav-back"><a href="/cancer-types/childhood-osteosarcoma.html"
    … aria-label="Back to Childhood Osteosarcoma">Childhood Osteosarcoma</a></li>
60625 <li class="primary-nav-item">
60626 <a href="/cancer-types/childhood-osteosarcoma.html" aria-label="Childhood
    … Osteosarcoma Home">Childhood Osteosarcoma Home</a></li>
60627 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-facts.html">
    … Childhood Osteosarcoma Facts</a></li>
60628 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-symptoms.html">
    … Childhood Osteosarcoma Symptoms</a></li>
60629 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-diagnosis.html">
    … Childhood Osteosarcoma Diagnosis</a></li>
60630 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-treatment.html">
    … Childhood Osteosarcoma Treatment</a></li>
60631 </ul>
60632 </nav>
60633 </div>
60634 </section>
60635 </div>
60636 </div>
60637 </div></li>
60638 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-soft-tissue-sarcoma.html">Childhood Soft Tissue
    … Sarcoma</a>
60639 <div class="subnav-mask">
60640 <div class="subnav-wrapper">
60641 <div class="subnav col10 pad">
60642 <section class="nested">
60643 <div class="col4 main-column">
60644 <nav class="secondary">
60645 <ul>
60646 <li class="mobile-nav-back"><a
    … href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Back to Childhood
    … Soft Tissue Sarcoma">Childhood Soft Tissue Sarcoma</a></li>
60647 <li class="primary-nav-item">
60648 <a href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Childhood Soft
    … Tissue Sarcoma Home">Childhood Soft Tissue Sarcoma Home</a></li>
60649 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-facts
    … .html">Childhood Soft Tissue Sarcoma Facts</a></li>
60650 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
    … symptoms.html">Childhood Soft Tissue Sarcoma Symptoms</a></li>
60651 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
```

```
60651… diagnosis.html">Childhood Soft Tissue Sarcoma Diagnosis</a></li>
60652  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
        treatment.html">Childhood Soft Tissue Sarcoma Treatment</a></li>
60653  </ul>
60654  </nav>
60655  </div>
60656  </section>
60657  </div>
60658  </div>
60659  </div></li>
60660  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/colon-cancer.html">Colon Cancer</a>
60661  <div class="subnav-mask">
60662  <div class="subnav-wrapper">
60663  <div class="subnav col10 pad">
60664  <section class="nested">
60665  <div class="col4 main-column">
60666  <nav class="secondary">
60667  <ul>
60668  <li class="mobile-nav-back"><a href="/cancer-types/colon-cancer.html"
    …   aria-label="Back to Colon Cancer">Colon Cancer</a></li>
60669  <li class="primary-nav-item">
60670  <a href="/cancer-types/colon-cancer.html" aria-label="Colon Cancer Home">Colon Cancer
    …   Home</a></li>
60671  <li class="primary-nav-item"><a
    …   href="/cancer-types/colon-cancer/colon-cancer-facts.html">Colon Cancer Facts</a></li>
60672  <li class="primary-nav-item"><a
    …   href="/cancer-types/colon-cancer/colon-cancer-symptoms.html">Colon Cancer
        Symptoms</a></li>
60673  <li class="primary-nav-item"><a
    …   href="/cancer-types/colon-cancer/colon-cancer-diagnosis.html">Colon Cancer
        Diagnosis</a></li>
60674  <li class="primary-nav-item"><a
    …   href="/cancer-types/colon-cancer/colon-cancer-treatment.html">Colon Cancer
        Treatment</a></li>
60675  </ul>
60676  </nav>
60677  </div>
60678  </section>
60679  </div>
60680  </div>
60681  </div></li>
60682  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors.html">Desmoplastic Small
        Round Cell Tumors (DSRCT)</a>
60683  <div class="subnav-mask">
60684  <div class="subnav-wrapper">
60685  <div class="subnav col10 pad">
60686  <section class="nested">
60687  <div class="col4 main-column">
60688  <nav class="secondary">
60689  <ul>
60690  <li class="mobile-nav-back"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors.html" aria-label="Back to
        Desmoplastic Small Round Cell Tumors (DSRCT)">Desmoplastic Small Round Cell Tumors
        (DSRCT)</a></li>
60691  <li class="primary-nav-item">
60692  <a href="/cancer-types/desmoplastic-small-round-cell-tumors.html"
    …   aria-label="Desmoplastic Small Round Cell Tumors (DSRCT) Home">Desmoplastic Small
        Round Cell Tumors (DSRCT) Home</a></li>
60693  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
        cell-tumors-facts.html">Desmoplastic Small Round Cell Tumors (DSRCT) Facts</a></li>
60694  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
        cell-tumors-symptoms.html">Desmoplastic Small Round Cell Tumors (DSRCT)
        Symptoms</a></li>
```

```
60695 <li class="primary-nav-item"><a
   …  href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …  cell-tumors-diagnosis.html">Desmoplastic Small Round Cell Tumors (DSRCT)
   …  Diagnosis</a></li>
60696 <li class="primary-nav-item"><a
   …  href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …  cell-tumors-treatment.html">Desmoplastic Small Round Cell Tumors (DSRCT)
   …  Treatment</a></li>
60697 </ul>
60698 </nav>
60699 </div>
60700 </section>
60701 </div>
60702 </div>
60703 </div></li>
60704 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/esophageal-cancer.html">Esophageal Cancer</a>
60705 <div class="subnav-mask">
60706 <div class="subnav-wrapper">
60707 <div class="subnav col10 pad">
60708 <section class="nested">
60709 <div class="col4 main-column">
60710 <nav class="secondary">
60711 <ul>
60712 <li class="mobile-nav-back"><a href="/cancer-types/esophageal-cancer.html"
   …  aria-label="Back to Esophageal Cancer">Esophageal Cancer</a></li>
60713 <li class="primary-nav-item">
60714 <a href="/cancer-types/esophageal-cancer.html" aria-label="Esophageal Cancer
   …  Home">Esophageal Cancer Home</a></li>
60715 <li class="primary-nav-item"><a
   …  href="/cancer-types/esophageal-cancer/esophageal-cancer-facts.html">Esophageal Cancer
   …  Facts</a></li>
60716 <li class="primary-nav-item"><a
   …  href="/cancer-types/esophageal-cancer/esophageal-cancer-symptoms.html">Esophageal
   …  Cancer Symptoms</a></li>
60717 <li class="primary-nav-item"><a
   …  href="/cancer-types/esophageal-cancer/esophageal-cancer-diagnosis.html">Esophageal
   …  Cancer Diagnosis</a></li>
60718 <li class="primary-nav-item"><a
   …  href="/cancer-types/esophageal-cancer/esophageal-cancer-treatment.html">Esophageal
   …  Cancer Treatment</a></li>
60719 </ul>
60720 </nav>
60721 </div>
60722 </section>
60723 </div>
60724 </div>
60725 </div></li>
60726 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/ewings-sarcoma.html">Ewing's Sarcoma</a>
60727 <div class="subnav-mask">
60728 <div class="subnav-wrapper">
60729 <div class="subnav col10 pad">
60730 <section class="nested">
60731 <div class="col4 main-column">
60732 <nav class="secondary">
60733 <ul>
60734 <li class="mobile-nav-back"><a href="/cancer-types/ewings-sarcoma.html"
   …  aria-label="Back to Ewing&#39;s Sarcoma">Ewing's Sarcoma</a></li>
60735 <li class="primary-nav-item">
60736 <a href="/cancer-types/ewings-sarcoma.html" aria-label="Ewing&#39;s Sarcoma
   …  Home">Ewing's Sarcoma Home</a></li>
60737 <li class="primary-nav-item"><a
   …  href="/cancer-types/ewings-sarcoma/ewings-sarcoma-facts.html">Ewing's Sarcoma
   …  Facts</a></li>
60738 <li class="primary-nav-item"><a
   …  href="/cancer-types/ewings-sarcoma/ewings-sarcoma-symptoms.html">Ewing's Sarcoma
   …  Symptoms</a></li>
```

```
60739 <li class="primary-nav-item"><a
    … href="/cancer-types/ewings-sarcoma/ewings-sarcoma-diagnosis.html">Ewing's Sarcoma
    … Diagnosis</a></li>
60740 <li class="primary-nav-item"><a
    … href="/cancer-types/ewings-sarcoma/ewings-sarcoma-treatment.html">Ewing's Sarcoma
    … Treatment</a></li>
60741 </ul>
60742 </nav>
60743 </div>
60744 </section>
60745 </div>
60746 </div>
60747 </div></li>
60748 <li class="primary-nav-item has-subnav"><a href="/cancer-types/eye-cancer.html">Eye
    … Cancer</a>
60749 <div class="subnav-mask">
60750 <div class="subnav-wrapper">
60751 <div class="subnav col10 pad">
60752 <section class="nested">
60753 <div class="col4 main-column">
60754 <nav class="secondary">
60755 <ul>
60756 <li class="mobile-nav-back"><a href="/cancer-types/eye-cancer.html" aria-label="Back
    … to Eye Cancer">Eye Cancer</a></li>
60757 <li class="primary-nav-item">
60758 <a href="/cancer-types/eye-cancer.html" aria-label="Eye Cancer Home">Eye Cancer
    … Home</a></li>
60759 <li class="primary-nav-item"><a
    … href="/cancer-types/eye-cancer/eye-cancer-facts.html">Eye Cancer Facts</a></li>
60760 <li class="primary-nav-item"><a
    … href="/cancer-types/eye-cancer/eye-cancer-symptoms.html">Eye Cancer Symptoms</a></li>
60761 <li class="primary-nav-item"><a
    … href="/cancer-types/eye-cancer/eye-cancer-diagnosis.html">Eye Cancer
    … Diagnosis</a></li>
60762 <li class="primary-nav-item"><a
    … href="/cancer-types/eye-cancer/eye-cancer-treatment.html">Eye Cancer
    … Treatment</a></li>
60763 </ul>
60764 </nav>
60765 </div>
60766 </section>
60767 </div>
60768 </div>
60769 </div></li>
60770 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/fallopian-tube-cancer.html">Fallopian Tube Cancer</a>
60771 <div class="subnav-mask">
60772 <div class="subnav-wrapper">
60773 <div class="subnav col10 pad">
60774 <section class="nested">
60775 <div class="col4 main-column">
60776 <nav class="secondary">
60777 <ul>
60778 <li class="mobile-nav-back"><a href="/cancer-types/fallopian-tube-cancer.html"
    … aria-label="Back to Fallopian Tube Cancer">Fallopian Tube Cancer</a></li>
60779 <li class="primary-nav-item">
60780 <a href="/cancer-types/fallopian-tube-cancer.html" aria-label="Fallopian Tube Cancer
    … Home">Fallopian Tube Cancer Home</a></li>
60781 <li class="primary-nav-item"><a
    … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-facts.html">Fallopian
    … Tube Cancer Facts</a></li>
60782 <li class="primary-nav-item"><a
    … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-symptoms.html">
    … Fallopian Tube Cancer Symptoms</a></li>
60783 <li class="primary-nav-item"><a
    … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-diagnosis.html">
    … Fallopian Tube Cancer Diagnosis</a></li>
60784 <li class="primary-nav-item"><a
```

```
60784… href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-treatment.html">
    … Fallopian Tube Cancer Treatment</a></li>
60785  </ul>
60786  </nav>
60787  </div>
60788  </section>
60789  </div>
60790  </div>
60791  </div></li>
60792  <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/hodgkins-lymphoma.html">Hodgkin's Lymphoma</a>
60793  <div class="subnav-mask">
60794  <div class="subnav-wrapper">
60795  <div class="subnav col10 pad">
60796  <section class="nested">
60797  <div class="col4 main-column">
60798  <nav class="secondary">
60799  <ul>
60800  <li class="mobile-nav-back"><a href="/cancer-types/hodgkins-lymphoma.html"
    … aria-label="Back to Hodgkin&#39;s Lymphoma">Hodgkin's Lymphoma</a></li>
60801  <li class="primary-nav-item">
60802  <a href="/cancer-types/hodgkins-lymphoma.html" aria-label="Hodgkin&#39;s Lymphoma
    … Home">Hodgkin's Lymphoma Home</a></li>
60803  <li class="primary-nav-item"><a
    … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-facts.html">Hodgkin's
    … Lymphoma Facts</a></li>
60804  <li class="primary-nav-item"><a
    … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-symptoms.html">Hodgkin's
    … Lymphoma Symptoms</a></li>
60805  <li class="primary-nav-item"><a
    … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-diagnosis.html">Hodgkin's
    … Lymphoma Diagnosis</a></li>
60806  <li class="primary-nav-item"><a
    … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-treatment.html">Hodgkin's
    … Lymphoma Treatment</a></li>
60807  </ul>
60808  </nav>
60809  </div>
60810  </section>
60811  </div>
60812  </div>
60813  </div></li>
60814  <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html">Implant-
    … Associated Anaplastic Large Cell Lymphoma (ALCL)</a>
60815  <div class="subnav-mask">
60816  <div class="subnav-wrapper">
60817  <div class="subnav col10 pad">
60818  <section class="nested">
60819  <div class="col4 main-column">
60820  <nav class="secondary">
60821  <ul>
60822  <li class="mobile-nav-back"><a
    … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
    … aria-label="Back to Implant-Associated Anaplastic Large Cell Lymphoma
    … (ALCL)">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)</a></li>
60823  <li class="primary-nav-item">
60824  <a href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
    … aria-label="Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)
    … Home">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL) Home</a></li>
60825  <li class="primary-nav-item"><a
    … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    … associated-anaplastic-large-cell-lymphoma-facts.html">Implant-Associated Anaplastic
    … Large Cell Lymphoma (ALCL) Facts</a></li>
60826  <li class="primary-nav-item"><a
    … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    … associated-anaplastic-large-cell-lymphoma-symptoms.html">Implant-Associated
    … Anaplastic Large Cell Lymphoma (ALCL) Symptoms</a></li>
```

```
60827 <li class="primary-nav-item"><a
  … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
  … associated-anaplastic-large-cell-lymphoma-diagnosis.html">Implant-Associated
  … Anaplastic Large Cell Lymphoma (ALCL) Diagnosis</a></li>
60828 <li class="primary-nav-item"><a
  … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
  … associated-anaplastic-large-cell-lymphoma-treatment.html">Implant-Associated
  … Anaplastic Large Cell Lymphoma (ALCL) Treatment</a></li>
60829 </ul>
60830 </nav>
60831 </div>
60832 </section>
60833 </div>
60834 </div>
60835 </div></li>
60836 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/inflammatory-breast-cancer.html">Inflammatory Breast Cancer
  … (IBC)</a>
60837 <div class="subnav-mask">
60838 <div class="subnav-wrapper">
60839 <div class="subnav col10 pad">
60840 <section class="nested">
60841 <div class="col4 main-column">
60842 <nav class="secondary">
60843 <ul>
60844 <li class="mobile-nav-back"><a href="/cancer-types/inflammatory-breast-cancer.html"
  … aria-label="Back to Inflammatory Breast Cancer (IBC)">Inflammatory Breast
  … Cancer (IBC)</a></li>
60845 <li class="primary-nav-item">
60846 <a href="/cancer-types/inflammatory-breast-cancer.html" aria-label="Inflammatory
  … Breast Cancer (IBC) Home">Inflammatory Breast Cancer (IBC) Home</a></li>
60847 <li class="primary-nav-item"><a
  … href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-facts.html"
  … >Inflammatory Breast Cancer (IBC) Facts</a></li>
60848 <li class="primary-nav-item"><a
  … href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-symptoms.
  … html">Inflammatory Breast Cancer (IBC) Symptoms</a></li>
60849 <li class="primary-nav-item"><a
  … href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-diagnosis.
  … html">Inflammatory Breast Cancer (IBC) Diagnosis</a></li>
60850 <li class="primary-nav-item"><a
  … href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-treatment.
  … html">Inflammatory Breast Cancer (IBC) Treatment</a></li>
60851 </ul>
60852 </nav>
60853 </div>
60854 </section>
60855 </div>
60856 </div>
60857 </div></li>
60858 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/kidney-cancer.html">Kidney Cancer</a>
60859 <div class="subnav-mask">
60860 <div class="subnav-wrapper">
60861 <div class="subnav col10 pad">
60862 <section class="nested">
60863 <div class="col4 main-column">
60864 <nav class="secondary">
60865 <ul>
60866 <li class="mobile-nav-back"><a href="/cancer-types/kidney-cancer.html"
  … aria-label="Back to Kidney Cancer">Kidney Cancer</a></li>
60867 <li class="primary-nav-item">
60868 <a href="/cancer-types/kidney-cancer.html" aria-label="Kidney Cancer Home">Kidney
  … Cancer Home</a></li>
60869 <li class="primary-nav-item"><a
  … href="/cancer-types/kidney-cancer/kidney-cancer-facts.html">Kidney Cancer
  … Facts</a></li>
60870 <li class="primary-nav-item"><a
```

```
60870  href="/cancer-types/kidney-cancer/kidney-cancer-symptoms.html">Kidney Cancer
  …    Symptoms</a></li>
60871  <li class="primary-nav-item"><a
  …    href="/cancer-types/kidney-cancer/kidney-cancer-diagnosis.html">Kidney Cancer
  …    Diagnosis</a></li>
60872  <li class="primary-nav-item"><a
  …    href="/cancer-types/kidney-cancer/kidney-cancer-treatment.html">Kidney Cancer
  …    Treatment</a></li>
60873  </ul>
60874  </nav>
60875  </div>
60876  </section>
60877  </div>
60878  </div>
60879  </div></li>
60880  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/leukemia.html">Leukemia</a>
60881  <div class="subnav-mask">
60882  <div class="subnav-wrapper">
60883  <div class="subnav col10 pad">
60884  <section class="nested">
60885  <div class="col4 main-column">
60886  <nav class="secondary">
60887  <ul>
60888  <li class="mobile-nav-back"><a href="/cancer-types/leukemia.html" aria-label="Back to
  …    Leukemia">Leukemia</a></li>
60889  <li class="primary-nav-item">
60890  <a href="/cancer-types/leukemia.html" aria-label="Leukemia Home">Leukemia
  …    Home</a></li>
60891  <li class="primary-nav-item"><a
  …    href="/cancer-types/leukemia/leukemia-facts.html">Leukemia Facts</a></li>
60892  <li class="primary-nav-item"><a
  …    href="/cancer-types/leukemia/leukemia-symptoms.html">Leukemia Symptoms</a></li>
60893  <li class="primary-nav-item"><a
  …    href="/cancer-types/leukemia/leukemia-diagnosis.html">Leukemia Diagnosis</a></li>
60894  <li class="primary-nav-item"><a
  …    href="/cancer-types/leukemia/leukemia-treatment.html">Leukemia Treatment</a></li>
60895  </ul>
60896  </nav>
60897  </div>
60898  </section>
60899  </div>
60900  </div>
60901  </div></li>
60902  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/liver-cancer.html">Liver Cancer</a>
60903  <div class="subnav-mask">
60904  <div class="subnav-wrapper">
60905  <div class="subnav col10 pad">
60906  <section class="nested">
60907  <div class="col4 main-column">
60908  <nav class="secondary">
60909  <ul>
60910  <li class="mobile-nav-back"><a href="/cancer-types/liver-cancer.html"
  …    aria-label="Back to Liver Cancer">Liver Cancer</a></li>
60911  <li class="primary-nav-item">
60912  <a href="/cancer-types/liver-cancer.html" aria-label="Liver Cancer Home">Liver Cancer
  …    Home</a></li>
60913  <li class="primary-nav-item"><a
  …    href="/cancer-types/liver-cancer/liver-cancer-facts.html">Liver Cancer Facts</a></li>
60914  <li class="primary-nav-item"><a
  …    href="/cancer-types/liver-cancer/liver-cancer-symptoms.html">Liver Cancer
  …    Symptoms</a></li>
60915  <li class="primary-nav-item"><a
  …    href="/cancer-types/liver-cancer/liver-cancer-diagnosis.html">Liver Cancer
  …    Diagnosis</a></li>
60916  <li class="primary-nav-item"><a
  …    href="/cancer-types/liver-cancer/liver-cancer-treatment.html">Liver Cancer
```

```
60916  Treatment</a></li>
60917  </ul>
60918  </nav>
60919  </div>
60920  </section>
60921  </div>
60922  </div>
60923  </div></li>
60924  <li class="primary-nav-item has-subnav"><a href="/cancer-types/lung-cancer.html">Lung
    …  Cancer</a>
60925  <div class="subnav-mask">
60926  <div class="subnav-wrapper">
60927  <div class="subnav col10 pad">
60928  <section class="nested">
60929  <div class="col4 main-column">
60930  <nav class="secondary">
60931  <ul>
60932  <li class="mobile-nav-back"><a href="/cancer-types/lung-cancer.html" aria-label="Back
    …  to Lung Cancer">Lung Cancer</a></li>
60933  <li class="primary-nav-item">
60934  <a href="/cancer-types/lung-cancer.html" aria-label="Lung Cancer Home">Lung Cancer
    …  Home</a></li>
60935  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-facts.html">Lung Cancer Facts</a></li>
60936  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-symptoms.html">Lung Cancer
    …  Symptoms</a></li>
60937  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-diagnosis.html">Lung Cancer
    …  Diagnosis</a></li>
60938  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-treatment.html">Lung Cancer
    …  Treatment</a></li>
60939  </ul>
60940  </nav>
60941  </div>
60942  </section>
60943  </div>
60944  </div>
60945  </div></li>
60946  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/medulloblastoma.html">Medulloblastoma</a>
60947  <div class="subnav-mask">
60948  <div class="subnav-wrapper">
60949  <div class="subnav col10 pad">
60950  <section class="nested">
60951  <div class="col4 main-column">
60952  <nav class="secondary">
60953  <ul>
60954  <li class="mobile-nav-back"><a href="/cancer-types/medulloblastoma.html"
    …  aria-label="Back to Medulloblastoma">Medulloblastoma</a></li>
60955  <li class="primary-nav-item">
60956  <a href="/cancer-types/medulloblastoma.html" aria-label="Medulloblastoma
    …  Home">Medulloblastoma Home</a></li>
60957  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-facts.html">Medulloblastoma
    …  Facts</a></li>
60958  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-symptoms.html">Medulloblastoma
    …  Symptoms</a></li>
60959  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-diagnosis.html">Medulloblastoma
    …  Diagnosis</a></li>
60960  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-treatment.html">Medulloblastoma
    …  Treatment</a></li>
60961  </ul>
60962  </nav>
```

```
60963  </div>
60964  </section>
60965  </div>
60966  </div>
60967  </div></li>
60968  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/melanoma.html">Melanoma</a>
60969  <div class="subnav-mask">
60970  <div class="subnav-wrapper">
60971  <div class="subnav col10 pad">
60972  <section class="nested">
60973  <div class="col4 main-column">
60974  <nav class="secondary">
60975  <ul>
60976  <li class="mobile-nav-back"><a href="/cancer-types/melanoma.html" aria-label="Back to
   …   Melanoma">Melanoma</a></li>
60977  <li class="primary-nav-item">
60978  <a href="/cancer-types/melanoma.html" aria-label="Melanoma Home">Melanoma
   …   Home</a></li>
60979  <li class="primary-nav-item"><a
   …   href="/cancer-types/melanoma/melanoma-facts.html">Melanoma Facts</a></li>
60980  <li class="primary-nav-item"><a
   …   href="/cancer-types/melanoma/melanoma-symptoms.html">Melanoma Symptoms</a></li>
60981  <li class="primary-nav-item"><a
   …   href="/cancer-types/melanoma/melanoma-diagnosis.html">Melanoma Diagnosis</a></li>
60982  <li class="primary-nav-item"><a
   …   href="/cancer-types/melanoma/melanoma-treatment.html">Melanoma Treatment</a></li>
60983  </ul>
60984  </nav>
60985  </div>
60986  </section>
60987  </div>
60988  </div>
60989  </div></li>
60990  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/mesothelioma.html">Mesothelioma</a>
60991  <div class="subnav-mask">
60992  <div class="subnav-wrapper">
60993  <div class="subnav col10 pad">
60994  <section class="nested">
60995  <div class="col4 main-column">
60996  <nav class="secondary">
60997  <ul>
60998  <li class="mobile-nav-back"><a href="/cancer-types/mesothelioma.html"
   …   aria-label="Back to Mesothelioma">Mesothelioma</a></li>
60999  <li class="primary-nav-item">
61000  <a href="/cancer-types/mesothelioma.html" aria-label="Mesothelioma Home">Mesothelioma
   …   Home</a></li>
61001  <li class="primary-nav-item"><a
   …   href="/cancer-types/mesothelioma/mesothelioma-facts.html">Mesothelioma Facts</a></li>
61002  <li class="primary-nav-item"><a
   …   href="/cancer-types/mesothelioma/mesothelioma-symptoms.html">Mesothelioma
   …   Symptoms</a></li>
61003  <li class="primary-nav-item"><a
   …   href="/cancer-types/mesothelioma/mesothelioma-diagnosis.html">Mesothelioma
   …   Diagnosis</a></li>
61004  <li class="primary-nav-item"><a
   …   href="/cancer-types/mesothelioma/mesothelioma-treatment.html">Mesothelioma
   …   Treatment</a></li>
61005  </ul>
61006  </nav>
61007  </div>
61008  </section>
61009  </div>
61010  </div>
61011  </div></li>
61012  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/multiple-endocrine-neoplasia.html">Multiple Endocrine Neoplasia
```

```
61012… (MEN)</a>
61013 <div class="subnav-mask">
61014 <div class="subnav-wrapper">
61015 <div class="subnav col10 pad">
61016 <section class="nested">
61017 <div class="col4 main-column">
61018 <nav class="secondary">
61019 <ul>
61020 <li class="mobile-nav-back"><a href="/cancer-types/multiple-endocrine-neoplasia.html"
    … aria-label="Back to Multiple Endocrine Neoplasia (MEN)">Multiple Endocrine Neoplasia
    … (MEN)</a></li>
61021 <li class="primary-nav-item">
61022 <a href="/cancer-types/multiple-endocrine-neoplasia.html" aria-label="Multiple
    … Endocrine Neoplasia (MEN) Home">Multiple Endocrine Neoplasia (MEN) Home</a></li>
61023 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-facts.
    … html">Multiple Endocrine Neoplasia Facts</a></li>
61024 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
    … symptoms.html">Multiple Endocrine Neoplasia Symptoms</a></li>
61025 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
    … diagnosis.html">Multiple Endocrine Neoplasia Diagnosis</a></li>
61026 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
    … treatment.html">Multiple Endocrine Neoplasia Treatment</a></li>
61027 </ul>
61028 </nav>
61029 </div>
61030 </section>
61031 </div>
61032 </div>
61033 </div></li>
61034 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/multiple-myeloma.html">Multiple Myeloma</a>
61035 <div class="subnav-mask">
61036 <div class="subnav-wrapper">
61037 <div class="subnav col10 pad">
61038 <section class="nested">
61039 <div class="col4 main-column">
61040 <nav class="secondary">
61041 <ul>
61042 <li class="mobile-nav-back"><a href="/cancer-types/multiple-myeloma.html"
    … aria-label="Back to Multiple Myeloma">Multiple Myeloma</a></li>
61043 <li class="primary-nav-item">
61044 <a href="/cancer-types/multiple-myeloma.html" aria-label="Multiple Myeloma
    … Home">Multiple Myeloma Home</a></li>
61045 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-myeloma/multiple-myeloma-facts.html">Multiple Myeloma
    … Facts</a></li>
61046 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-myeloma/multiple-myeloma-symptoms.html">Multiple Myeloma
    … Symptoms</a></li>
61047 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-myeloma/multiple-myeloma-diagnosis.html">Multiple
    … Myeloma Diagnosis</a></li>
61048 <li class="primary-nav-item"><a
    … href="/cancer-types/multiple-myeloma/multiple-myeloma-treatment.html">Multiple
    … Myeloma Treatment</a></li>
61049 </ul>
61050 </nav>
61051 </div>
61052 </section>
61053 </div>
61054 </div>
61055 </div></li>
61056 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/myelodysplastic-syndrome.html">Myelodysplastic Syndrome (MDS)</a>
```

```
61057  <div class="subnav-mask">
61058  <div class="subnav-wrapper">
61059  <div class="subnav col10 pad">
61060  <section class="nested">
61061  <div class="col4 main-column">
61062  <nav class="secondary">
61063  <ul>
61064  <li class="mobile-nav-back"><a href="/cancer-types/myelodysplastic-syndrome.html"
    …  aria-label="Back to Myelodysplastic Syndrome (MDS)">Myelodysplastic Syndrome
    …  (MDS)</a></li>
61065  <li class="primary-nav-item">
61066  <a href="/cancer-types/myelodysplastic-syndrome.html" aria-label="Myelodysplastic
    …  Syndrome (MDS) Home">Myelodysplastic Syndrome (MDS) Home</a></li>
61067  <li class="primary-nav-item"><a
    …  href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-facts.html">
    …  Myelodysplastic Syndrome Facts</a></li>
61068  <li class="primary-nav-item"><a
    …  href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-symptoms.html">
    …  Myelodysplastic Syndrome Symptoms</a></li>
61069  <li class="primary-nav-item"><a
    …  href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-diagnosis.html"
    …  >Myelodysplastic Syndrome Diagnosis</a></li>
61070  <li class="primary-nav-item"><a
    …  href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-treatment.html"
    …  >Myelodysplastic Syndrome Treatment</a></li>
61071  </ul>
61072  </nav>
61073  </div>
61074  </section>
61075  </div>
61076  </div>
61077  </div></li>
61078  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/myeloproliferative-disorder.html">Myeloproliferative Disorder
    …  (MPD)</a>
61079  <div class="subnav-mask">
61080  <div class="subnav-wrapper">
61081  <div class="subnav col10 pad">
61082  <section class="nested">
61083  <div class="col4 main-column">
61084  <nav class="secondary">
61085  <ul>
61086  <li class="mobile-nav-back"><a href="/cancer-types/myeloproliferative-disorder.html"
    …  aria-label="Back to Myeloproliferative Disorder (MPD)">Myeloproliferative Disorder
    …  (MPD)</a></li>
61087  <li class="primary-nav-item">
61088  <a href="/cancer-types/myeloproliferative-disorder.html"
    …  aria-label="Myeloproliferative Disorder (MPD) Home">Myeloproliferative Disorder (MPD)
    …  Home</a></li>
61089  <li class="primary-nav-item"><a
    …  href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-facts.
    …  html">Myeloproliferative Disorder Facts</a></li>
61090  <li class="primary-nav-item"><a
    …  href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-symptoms.
    …  html">Myeloproliferative Disorder Symptoms</a></li>
61091  <li class="primary-nav-item"><a
    …  href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-diagnosis
    …  .html">Myeloproliferative Disorder Diagnosis</a></li>
61092  <li class="primary-nav-item"><a
    …  href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-treatment
    …  .html">Myeloproliferative Disorder Treatment</a></li>
61093  </ul>
61094  </nav>
61095  </div>
61096  </section>
61097  </div>
61098  </div>
61099  </div></li>
```

```
61100 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/neuroblastoma.html">Neuroblastoma</a>
61101 <div class="subnav-mask">
61102 <div class="subnav-wrapper">
61103 <div class="subnav col10 pad">
61104 <section class="nested">
61105 <div class="col4 main-column">
61106 <nav class="secondary">
61107 <ul>
61108 <li class="mobile-nav-back"><a href="/cancer-types/neuroblastoma.html"
    … aria-label="Back to Neuroblastoma">Neuroblastoma</a></li>
61109 <li class="primary-nav-item">
61110 <a href="/cancer-types/neuroblastoma.html" aria-label="Neuroblastoma
    … Home">Neuroblastoma Home</a></li>
61111 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-facts.html">Neuroblastoma
    … Facts</a></li>
61112 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-symptoms.html">Neuroblastoma
    … Symptoms</a></li>
61113 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-diagnosis.html">Neuroblastoma
    … Diagnosis</a></li>
61114 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-treatment.html">Neuroblastoma
    … Treatment</a></li>
61115 </ul>
61116 </nav>
61117 </div>
61118 </section>
61119 </div>
61120 </div>
61121 </div></li>
61122 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/neurofibromatosis.html">Neurofibromatosis</a>
61123 <div class="subnav-mask">
61124 <div class="subnav-wrapper">
61125 <div class="subnav col10 pad">
61126 <section class="nested">
61127 <div class="col4 main-column">
61128 <nav class="secondary">
61129 <ul>
61130 <li class="mobile-nav-back"><a href="/cancer-types/neurofibromatosis.html"
    … aria-label="Back to Neurofibromatosis">Neurofibromatosis</a></li>
61131 <li class="primary-nav-item">
61132 <a href="/cancer-types/neurofibromatosis.html" aria-label="Neurofibromatosis
    … Home">Neurofibromatosis Home</a></li>
61133 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-facts.html">Neurofibromatosis
    … Facts</a></li>
61134 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-symptoms.html">
    … Neurofibromatosis Symptoms</a></li>
61135 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-diagnosis.html">
    … Neurofibromatosis Diagnosis</a></li>
61136 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-treatment.html">
    … Neurofibromatosis Treatment</a></li>
61137 </ul>
61138 </nav>
61139 </div>
61140 </section>
61141 </div>
61142 </div>
61143 </div></li>
61144 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/non-hodgkins-lymphoma.html">Non-Hodgkin's Lymphoma (NHL)</a>
```

```
61145  <div class="subnav-mask">
61146  <div class="subnav-wrapper">
61147  <div class="subnav col10 pad">
61148  <section class="nested">
61149  <div class="col4 main-column">
61150  <nav class="secondary">
61151  <ul>
61152  <li class="mobile-nav-back"><a href="/cancer-types/non-hodgkins-lymphoma.html"
   …   aria-label="Back to Non-Hodgkin&#39;s Lymphoma (NHL)">Non-Hodgkin's Lymphoma
   …   (NHL)</a></li>
61153  <li class="primary-nav-item">
61154  <a href="/cancer-types/non-hodgkins-lymphoma.html" aria-label="Non-Hodgkin&#39;s
   …   Lymphoma (NHL) Home">Non-Hodgkin's Lymphoma (NHL) Home</a></li>
61155  <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-facts.html">Non-
   …   Hodgkin's Lymphoma Facts</a></li>
61156  <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-symptoms.html">Non-
   …   Hodgkin's Lymphoma Symptoms</a></li>
61157  <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-diagnosis.html">Non-
   …   Hodgkin's Lymphoma Diagnosis</a></li>
61158  <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-treatment.html">Non-
   …   Hodgkin's Lymphoma Treatment</a></li>
61159  </ul>
61160  </nav>
61161  </div>
61162  </section>
61163  </div>
61164  </div>
61165  </div></li>
61166  <li class="primary-nav-item has-subnav"><a href="/cancer-types/oral-cancer.html">Oral
   …   Cancer</a>
61167  <div class="subnav-mask">
61168  <div class="subnav-wrapper">
61169  <div class="subnav col10 pad">
61170  <section class="nested">
61171  <div class="col4 main-column">
61172  <nav class="secondary">
61173  <ul>
61174  <li class="mobile-nav-back"><a href="/cancer-types/oral-cancer.html" aria-label="Back
   …   to Oral Cancer">Oral Cancer</a></li>
61175  <li class="primary-nav-item">
61176  <a href="/cancer-types/oral-cancer.html" aria-label="Oral Cancer Home">Oral Cancer
   …   Home</a></li>
61177  <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-facts.html">Oral Cancer Facts</a></li>
61178  <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-symptoms.html">Oral Cancer
   …   Symptoms</a></li>
61179  <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-diagnosis.html">Oral Cancer
   …   Diagnosis</a></li>
61180  <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-treatment.html">Oral Cancer
   …   Treatment</a></li>
61181  </ul>
61182  </nav>
61183  </div>
61184  </section>
61185  </div>
61186  </div>
61187  </div></li>
61188  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/ovarian-cancer.html">Ovarian Cancer</a>
61189  <div class="subnav-mask">
61190  <div class="subnav-wrapper">
```

```
61191 <div class="subnav col1d pad">
61192 <section class="nested">
61193 <div class="col4 main-column">
61194 <nav class="secondary">
61195 <ul>
61196 <li class="mobile-nav-back"><a href="/cancer-types/ovarian-cancer.html"
    … aria-label="Back to Ovarian Cancer">Ovarian Cancer</a></li>
61197 <li class="primary-nav-item">
61198 <a href="/cancer-types/ovarian-cancer.html" aria-label="Ovarian Cancer Home">Ovarian
    … Cancer Home</a></li>
61199 <li class="primary-nav-item"><a
    … href="/cancer-types/ovarian-cancer/rare-ovarian-tumors.html">Rare Ovarian
    … Tumors</a></li>
61200 <li class="primary-nav-item"><a
    … href="/cancer-types/ovarian-cancer/ovarian-cancer-facts.html">Ovarian Cancer
    … Facts</a></li>
61201 <li class="primary-nav-item"><a
    … href="/cancer-types/ovarian-cancer/ovarian-cancer-symptoms.html">Ovarian Cancer
    … Symptoms</a></li>
61202 <li class="primary-nav-item"><a
    … href="/cancer-types/ovarian-cancer/ovarian-cancer-diagnosis.html">Ovarian Cancer
    … Diagnosis</a></li>
61203 <li class="primary-nav-item"><a
    … href="/cancer-types/ovarian-cancer/ovarian-cancer-treatment.html">Ovarian Cancer
    … Treatment</a></li>
61204 </ul>
61205 </nav>
61206 </div>
61207 </section>
61208 </div>
61209 </div>
61210 </div></li>
61211 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/pancreatic-cancer.html">Pancreatic Cancer</a>
61212 <div class="subnav-mask">
61213 <div class="subnav-wrapper">
61214 <div class="subnav col10 pad">
61215 <section class="nested">
61216 <div class="col4 main-column">
61217 <nav class="secondary">
61218 <ul>
61219 <li class="mobile-nav-back"><a href="/cancer-types/pancreatic-cancer.html"
    … aria-label="Back to Pancreatic Cancer">Pancreatic Cancer</a></li>
61220 <li class="primary-nav-item">
61221 <a href="/cancer-types/pancreatic-cancer.html" aria-label="Pancreatic Cancer
    … Home">Pancreatic Cancer Home</a></li>
61222 <li class="primary-nav-item"><a
    … href="/cancer-types/pancreatic-cancer/pancreatic-cancer-facts.html">Pancreatic Cancer
    … Facts</a></li>
61223 <li class="primary-nav-item"><a
    … href="/cancer-types/pancreatic-cancer/pancreatic-cancer-symptoms.html">Pancreatic
    … Cancer Symptoms</a></li>
61224 <li class="primary-nav-item"><a
    … href="/cancer-types/pancreatic-cancer/pancreatic-cancer-diagnosis.html">Pancreatic
    … Cancer Diagnosis</a></li>
61225 <li class="primary-nav-item"><a
    … href="/cancer-types/pancreatic-cancer/pancreatic-cancer-treatment.html">Pancreatic
    … Cancer Treatment</a></li>
61226 </ul>
61227 </nav>
61228 </div>
61229 </section>
61230 </div>
61231 </div>
61232 </div></li>
61233 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/parathyroid-disease.html">Parathyroid Disease</a>
61234 <div class="subnav-mask">
```

```
61235 <div class="subnav-wrapper">
61236 <div class="subnav col10 pad">
61237 <section class="nested">
61238 <div class="col4 main-column">
61239 <nav class="secondary">
61240 <ul>
61241 <li class="mobile-nav-back"><a href="/cancer-types/parathyroid-disease.html"
   … aria-label="Back to Parathyroid Disease">Parathyroid Disease</a></li>
61242 <li class="primary-nav-item">
61243 <a href="/cancer-types/parathyroid-disease.html" aria-label="Parathyroid Disease
   … Home">Parathyroid Disease Home</a></li>
61244 <li class="primary-nav-item"><a
   … href="/cancer-types/parathyroid-disease/parathyroid-disease-facts.html">Parathyroid
   … Disease Facts</a></li>
61245 <li class="primary-nav-item"><a
   … href="/cancer-types/parathyroid-disease/parathyroid-disease-symptoms.html">
   … Parathyroid Disease Symptoms</a></li>
61246 <li class="primary-nav-item"><a
   … href="/cancer-types/parathyroid-disease/parathyroid-disease-diagnosis.html">
   … Parathyroid Disease Diagnosis</a></li>
61247 <li class="primary-nav-item"><a
   … href="/cancer-types/parathyroid-disease/parathyroid-disease-treatment.html">
   … Parathyroid Disease Treatment</a></li>
61248 </ul>
61249 </nav>
61250 </div>
61251 </section>
61252 </div>
61253 </div>
61254 </div></li>
61255 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/penile-cancer.html">Penile Cancer</a>
61256 <div class="subnav-mask">
61257 <div class="subnav-wrapper">
61258 <div class="subnav col10 pad">
61259 <section class="nested">
61260 <div class="col4 main-column">
61261 <nav class="secondary">
61262 <ul>
61263 <li class="mobile-nav-back"><a href="/cancer-types/penile-cancer.html"
   … aria-label="Back to Penile Cancer">Penile Cancer</a></li>
61264 <li class="primary-nav-item">
61265 <a href="/cancer-types/penile-cancer.html" aria-label="Penile Cancer Home">Penile
   … Cancer Home</a></li>
61266 <li class="primary-nav-item"><a
   … href="/cancer-types/penile-cancer/penile-cancer-facts.html">Penile Cancer
   … Facts</a></li>
61267 <li class="primary-nav-item"><a
   … href="/cancer-types/penile-cancer/penile-cancer-symptoms.html">Penile Cancer
   … Symptoms</a></li>
61268 <li class="primary-nav-item"><a
   … href="/cancer-types/penile-cancer/penile-cancer-diagnosis.html">Penile Cancer
   … Diagnosis</a></li>
61269 <li class="primary-nav-item"><a
   … href="/cancer-types/penile-cancer/penile-cancer-treatment.html">Penile Cancer
   … Treatment</a></li>
61270 </ul>
61271 </nav>
61272 </div>
61273 </section>
61274 </div>
61275 </div>
61276 </div></li>
61277 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/pituitary-tumors.html">Pituitary Tumors</a>
61278 <div class="subnav-mask">
61279 <div class="subnav-wrapper">
61280 <div class="subnav col10 pad">
```

```
61281 <section class="nested">
61282 <div class="col4 main-column">
61283 <nav class="secondary">
61284 <ul>
61285 <li class="mobile-nav-back"><a href="/cancer-types/pituitary-tumors.html"
    … aria-label="Back to Pituitary Tumors">Pituitary Tumors</a></li>
61286 <li class="primary-nav-item">
61287 <a href="/cancer-types/pituitary-tumors.html" aria-label="Pituitary Tumors
    … Home">Pituitary Tumors Home</a></li>
61288 <li class="primary-nav-item"><a
    … href="/cancer-types/pituitary-tumors/pituitary-tumor-facts.html">Pituitary Tumor
    … Facts</a></li>
61289 <li class="primary-nav-item"><a
    … href="/cancer-types/pituitary-tumors/pituitary-tumor-symptoms.html">Pituitary Tumor
    … Symptoms</a></li>
61290 <li class="primary-nav-item"><a
    … href="/cancer-types/pituitary-tumors/pituitary-tumor-diagnosis.html">Pituitary Tumor
    … Diagnosis</a></li>
61291 <li class="primary-nav-item"><a
    … href="/cancer-types/pituitary-tumors/pituitary-tumor-treatment.html">Pituitary Tumor
    … Treatment</a></li>
61292 </ul>
61293 </nav>
61294 </div>
61295 </section>
61296 </div>
61297 </div>
61298 </div></li>
61299 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/prostate-cancer.html">Prostate Cancer</a>
61300 <div class="subnav-mask">
61301 <div class="subnav-wrapper">
61302 <div class="subnav col10 pad">
61303 <section class="nested">
61304 <div class="col4 main-column">
61305 <nav class="secondary">
61306 <ul>
61307 <li class="mobile-nav-back"><a href="/cancer-types/prostate-cancer.html"
    … aria-label="Back to Prostate Cancer">Prostate Cancer</a></li>
61308 <li class="primary-nav-item">
61309 <a href="/cancer-types/prostate-cancer.html" aria-label="Prostate Cancer
    … Home">Prostate Cancer Home</a></li>
61310 <li class="primary-nav-item"><a
    … href="/cancer-types/prostate-cancer/prostate-cancer-facts.html">Prostate Cancer
    … Facts</a></li>
61311 <li class="primary-nav-item"><a
    … href="/cancer-types/prostate-cancer/prostate-cancer-symptoms.html">Prostate Cancer
    … Symptoms</a></li>
61312 <li class="primary-nav-item"><a
    … href="/cancer-types/prostate-cancer/prostate-cancer-diagnosis.html">Prostate Cancer
    … Diagnosis</a></li>
61313 <li class="primary-nav-item"><a
    … href="/cancer-types/prostate-cancer/prostate-cancer-treatment.html">Prostate Cancer
    … Treatment</a></li>
61314 </ul>
61315 </nav>
61316 </div>
61317 </section>
61318 </div>
61319 </div>
61320 </div></li>
61321 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/rectal-cancer.html">Rectal Cancer</a>
61322 <div class="subnav-mask">
61323 <div class="subnav-wrapper">
61324 <div class="subnav col10 pad">
61325 <section class="nested">
61326 <div class="col4 main-column">
```

```
61327 <nav class="secondary">
61328 <ul>
61329 <li class="mobile-nav-back"><a href="/cancer-types/rectal-cancer.html"
    …  aria-label="Back to Rectal Cancer">Rectal Cancer</a></li>
61330 <li class="primary-nav-item">
61331 <a href="/cancer-types/rectal-cancer.html" aria-label="Rectal Cancer Home">Rectal
    …  Cancer Home</a></li>
61332 <li class="primary-nav-item"><a
    …  href="/cancer-types/rectal-cancer/rectal-cancer-facts.html">Rectal Cancer
    …  Facts</a></li>
61333 <li class="primary-nav-item"><a
    …  href="/cancer-types/rectal-cancer/rectal-cancer-symptoms.html">Rectal Cancer
    …  Symptoms</a></li>
61334 <li class="primary-nav-item"><a
    …  href="/cancer-types/rectal-cancer/rectal-cancer-diagnosis.html">Rectal Cancer
    …  Diagnosis</a></li>
61335 <li class="primary-nav-item"><a
    …  href="/cancer-types/rectal-cancer/rectal-cancer-treatment.html">Rectal Cancer
    …  Treatment</a></li>
61336 </ul>
61337 </nav>
61338 </div>
61339 </section>
61340 </div>
61341 </div>
61342 </div></li>
61343 <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/retinoblastoma.html">Retinoblastoma</a>
61344 <div class="subnav-mask">
61345 <div class="subnav-wrapper">
61346 <div class="subnav col10 pad">
61347 <section class="nested">
61348 <div class="col4 main-column">
61349 <nav class="secondary">
61350 <ul>
61351 <li class="mobile-nav-back"><a href="/cancer-types/retinoblastoma.html"
    …  aria-label="Back to Retinoblastoma">Retinoblastoma</a></li>
61352 <li class="primary-nav-item">
61353 <a href="/cancer-types/retinoblastoma.html" aria-label="Retinoblastoma
    …  Home">Retinoblastoma Home</a></li>
61354 <li class="primary-nav-item"><a
    …  href="/cancer-types/retinoblastoma/retinoblastoma-facts.html">Retinoblastoma
    …  Facts</a></li>
61355 <li class="primary-nav-item"><a
    …  href="/cancer-types/retinoblastoma/retinoblastoma-symptoms.html">Retinoblastoma
    …  Symptoms</a></li>
61356 <li class="primary-nav-item"><a
    …  href="/cancer-types/retinoblastoma/retinoblastoma-diagnosis.html">Retinoblastoma
    …  Diagnosis</a></li>
61357 <li class="primary-nav-item"><a
    …  href="/cancer-types/retinoblastoma/retinoblastoma-treatment.html">Retinoblastoma
    …  Treatment</a></li>
61358 </ul>
61359 </nav>
61360 </div>
61361 </section>
61362 </div>
61363 </div>
61364 </div></li>
61365 <li class="primary-nav-item has-subnav"><a href="/cancer-types/skin-cancer.html">Skin
    …  Cancer</a>
61366 <div class="subnav-mask">
61367 <div class="subnav-wrapper">
61368 <div class="subnav col10 pad">
61369 <section class="nested">
61370 <div class="col4 main-column">
61371 <nav class="secondary">
61372 <ul>
```

```
61373  <li class="mobile-nav-back"><a href="/cancer-types/skin-cancer.html" aria-label="Back
   …   to Skin Cancer">Skin Cancer</a></li>
61374  <li class="primary-nav-item">
61375  <a href="/cancer-types/skin-cancer.html" aria-label="Skin Cancer Home">Skin Cancer
   …   Home</a></li>
61376  <li class="primary-nav-item"><a
   …   href="/cancer-types/skin-cancer/skin-cancer-facts.html">Skin Cancer Facts</a></li>
61377  <li class="primary-nav-item"><a
   …   href="/cancer-types/skin-cancer/skin-cancer-symptoms.html">Skin Cancer
   …   Symptoms</a></li>
61378  <li class="primary-nav-item"><a
   …   href="/cancer-types/skin-cancer/skin-cancer-diagnosis.html">Skin Cancer
   …   Diagnosis</a></li>
61379  <li class="primary-nav-item"><a
   …   href="/cancer-types/skin-cancer/skin-cancer-treatment.html">Skin Cancer
   …   Treatment</a></li>
61380  </ul>
61381  </nav>
61382  </div>
61383  </section>
61384  </div>
61385  </div>
61386  </div></li>
61387  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/skull-base-tumors.html">Skull Base Tumors</a>
61388  <div class="subnav-mask">
61389  <div class="subnav-wrapper">
61390  <div class="subnav col10 pad">
61391  <section class="nested">
61392  <div class="col4 main-column">
61393  <nav class="secondary">
61394  <ul>
61395  <li class="mobile-nav-back"><a href="/cancer-types/skull-base-tumors.html"
   …   aria-label="Back to Skull Base Tumors">Skull Base Tumors</a></li>
61396  <li class="primary-nav-item">
61397  <a href="/cancer-types/skull-base-tumors.html" aria-label="Skull Base Tumors
   …   Home">Skull Base Tumors Home</a></li>
61398  <li class="primary-nav-item"><a
   …   href="/cancer-types/skull-base-tumors/skull-base-tumor-facts.html">Skull Base Tumor
   …   Facts</a></li>
61399  <li class="primary-nav-item"><a
   …   href="/cancer-types/skull-base-tumors/skull-base-tumor-symptoms.html">Skull Base
   …   Tumor Symptoms</a></li>
61400  <li class="primary-nav-item"><a
   …   href="/cancer-types/skull-base-tumors/skull-base-tumor-diagnosis.html">Skull Base
   …   Tumor Diagnosis</a></li>
61401  <li class="primary-nav-item"><a
   …   href="/cancer-types/skull-base-tumors/skull-base-tumor-treatment.html">Skull Base
   …   Tumor Treatment</a></li>
61402  </ul>
61403  </nav>
61404  </div>
61405  </section>
61406  </div>
61407  </div>
61408  </div></li>
61409  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/soft-tissue-sarcoma.html">Soft Tissue Sarcoma</a>
61410  <div class="subnav-mask">
61411  <div class="subnav-wrapper">
61412  <div class="subnav col10 pad">
61413  <section class="nested">
61414  <div class="col4 main-column">
61415  <nav class="secondary">
61416  <ul>
61417  <li class="mobile-nav-back"><a href="/cancer-types/soft-tissue-sarcoma.html"
   …   aria-label="Back to Soft Tissue Sarcoma">Soft Tissue Sarcoma</a></li>
61418  <li class="primary-nav-item">
```

```
61419  <a href="/cancer-types/soft-tissue-sarcoma.html" aria-label="Soft Tissue Sarcoma
   …   Home">Soft Tissue Sarcoma Home</a></li>
61420  <li class="primary-nav-item"><a
   …   href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-facts.html">Soft Tissue
   …   Sarcoma Facts</a></li>
61421  <li class="primary-nav-item"><a
   …   href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-symptoms.html">Soft
   …   Tissue Sarcoma Symptoms</a></li>
61422  <li class="primary-nav-item"><a
   …   href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-diagnosis.html">Soft
   …   Tissue Sarcoma Diagnosis</a></li>
61423  <li class="primary-nav-item"><a
   …   href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-treatment.html">Soft
   …   Tissue Sarcoma Treatment</a></li>
61424  </ul>
61425  </nav>
61426  </div>
61427  </section>
61428  </div>
61429  </div>
61430  </div></li>
61431  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/spinal-tumors.html">Spinal Tumors</a>
61432  <div class="subnav-mask">
61433  <div class="subnav-wrapper">
61434  <div class="subnav col10 pad">
61435  <section class="nested">
61436  <div class="col4 main-column">
61437  <nav class="secondary">
61438  <ul>
61439  <li class="mobile-nav-back"><a href="/cancer-types/spinal-tumors.html"
   …   aria-label="Back to Spinal Tumors">Spinal Tumors</a></li>
61440  <li class="primary-nav-item">
61441  <a href="/cancer-types/spinal-tumors.html" aria-label="Spinal Tumors Home">Spinal
   …   Tumors Home</a></li>
61442  <li class="primary-nav-item"><a
   …   href="/cancer-types/spinal-tumors/spinal-tumor-facts.html">Spinal Tumor
   …   Facts</a></li>
61443  <li class="primary-nav-item"><a
   …   href="/cancer-types/spinal-tumors/spinal-tumor-symptoms.html">Spinal Tumor
   …   Symptoms</a></li>
61444  <li class="primary-nav-item"><a
   …   href="/cancer-types/spinal-tumors/spinal-tumor-diagnosis.html">Spinal Tumor
   …   Diagnosis</a></li>
61445  <li class="primary-nav-item"><a
   …   href="/cancer-types/spinal-tumors/spinal-tumor-treatment.html">Spinal Tumor
   …   Treatment</a></li>
61446  </ul>
61447  </nav>
61448  </div>
61449  </section>
61450  </div>
61451  </div>
61452  </div></li>
61453  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/stomach-cancer.html">Stomach Cancer</a>
61454  <div class="subnav-mask">
61455  <div class="subnav-wrapper">
61456  <div class="subnav col10 pad">
61457  <section class="nested">
61458  <div class="col4 main-column">
61459  <nav class="secondary">
61460  <ul>
61461  <li class="mobile-nav-back"><a href="/cancer-types/stomach-cancer.html"
   …   aria-label="Back to Stomach Cancer">Stomach Cancer</a></li>
61462  <li class="primary-nav-item">
61463  <a href="/cancer-types/stomach-cancer.html" aria-label="Stomach Cancer Home">Stomach
   …   Cancer Home</a></li>
```

```
61464  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-facts.html">Stomach Cancer
   …   Facts</a></li>
61465  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-symptoms.html">Stomach Cancer
   …   Symptoms</a></li>
61466  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-diagnosis.html">Stomach Cancer
   …   Diagnosis</a></li>
61467  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-treatment.html">Stomach Cancer
   …   Treatment</a></li>
61468  </ul>
61469  </nav>
61470  </div>
61471  </section>
61472  </div>
61473  </div>
61474  </div></li>
61475  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/testicular-cancer.html">Testicular Cancer</a>
61476  <div class="subnav-mask">
61477  <div class="subnav-wrapper">
61478  <div class="subnav col10 pad">
61479  <section class="nested">
61480  <div class="col4 main-column">
61481  <nav class="secondary">
61482  <ul>
61483  <li class="mobile-nav-back"><a href="/cancer-types/testicular-cancer.html"
   …   aria-label="Back to Testicular Cancer">Testicular Cancer</a></li>
61484  <li class="primary-nav-item">
61485  <a href="/cancer-types/testicular-cancer.html" aria-label="Testicular Cancer
   …   Home">Testicular Cancer Home</a></li>
61486  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-facts.html">Testicular Cancer
   …   Facts</a></li>
61487  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-symptoms.html">Testicular
   …   Cancer Symptoms</a></li>
61488  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-diagnosis.html">Testicular
   …   Cancer Diagnosis</a></li>
61489  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-treatment.html">Testicular
   …   Cancer Treatment</a></li>
61490  </ul>
61491  </nav>
61492  </div>
61493  </section>
61494  </div>
61495  </div>
61496  </div></li>
61497  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/throat-cancer.html">Throat Cancer</a>
61498  <div class="subnav-mask">
61499  <div class="subnav-wrapper">
61500  <div class="subnav col10 pad">
61501  <section class="nested">
61502  <div class="col4 main-column">
61503  <nav class="secondary">
61504  <ul>
61505  <li class="mobile-nav-back"><a href="/cancer-types/throat-cancer.html"
   …   aria-label="Back to Throat Cancer">Throat Cancer</a></li>
61506  <li class="primary-nav-item">
61507  <a href="/cancer-types/throat-cancer.html" aria-label="Throat Cancer Home">Throat
   …   Cancer Home</a></li>
61508  <li class="primary-nav-item"><a
   …   href="/cancer-types/throat-cancer/throat-cancer-facts.html">Throat Cancer
```

```
61508… Facts</a></li>
61509 <li class="primary-nav-item"><a
    … href="/cancer-types/throat-cancer/throat-cancer-symptoms.html">Throat Cancer
    … Symptoms</a></li>
61510 <li class="primary-nav-item"><a
    … href="/cancer-types/throat-cancer/throat-cancer-diagnosis.html">Throat Cancer
    … Diagnosis</a></li>
61511 <li class="primary-nav-item"><a
    … href="/cancer-types/throat-cancer/throat-cancer-treatment.html">Throat Cancer
    … Treatment</a></li>
61512 </ul>
61513 </nav>
61514 </div>
61515 </section>
61516 </div>
61517 </div>
61518 </div></li>
61519 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/thyroid-cancer.html">Thyroid Cancer</a>
61520 <div class="subnav-mask">
61521 <div class="subnav-wrapper">
61522 <div class="subnav col10 pad">
61523 <section class="nested">
61524 <div class="col4 main-column">
61525 <nav class="secondary">
61526 <ul>
61527 <li class="mobile-nav-back"><a href="/cancer-types/thyroid-cancer.html"
    … aria-label="Back to Thyroid Cancer">Thyroid Cancer</a></li>
61528 <li class="primary-nav-item">
61529 <a href="/cancer-types/thyroid-cancer.html" aria-label="Thyroid Cancer Home">Thyroid
    … Cancer Home</a></li>
61530 <li class="primary-nav-item"><a
    … href="/cancer-types/thyroid-cancer/thyroid-cancer-facts.html">Thyroid Cancer
    … Facts</a></li>
61531 <li class="primary-nav-item"><a
    … href="/cancer-types/thyroid-cancer/thyroid-cancer-symptoms.html">Thyroid Cancer
    … Symptoms</a></li>
61532 <li class="primary-nav-item"><a
    … href="/cancer-types/thyroid-cancer/thyroid-cancer-diagnosis.html">Thyroid Cancer
    … Diagnosis</a></li>
61533 <li class="primary-nav-item"><a
    … href="/cancer-types/thyroid-cancer/thyroid-cancer-treatment.html">Thyroid Cancer
    … Treatment</a></li>
61534 </ul>
61535 </nav>
61536 </div>
61537 </section>
61538 </div>
61539 </div>
61540 </div></li>
61541 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/uterine-cancer.html">Uterine Cancer</a>
61542 <div class="subnav-mask">
61543 <div class="subnav-wrapper">
61544 <div class="subnav col10 pad">
61545 <section class="nested">
61546 <div class="col4 main-column">
61547 <nav class="secondary">
61548 <ul>
61549 <li class="mobile-nav-back"><a href="/cancer-types/uterine-cancer.html"
    … aria-label="Back to Uterine Cancer">Uterine Cancer</a></li>
61550 <li class="primary-nav-item">
61551 <a href="/cancer-types/uterine-cancer.html" aria-label="Uterine Cancer Home">Uterine
    … Cancer Home</a></li>
61552 <li class="primary-nav-item"><a
    … href="/cancer-types/uterine-cancer/uterine-cancer-facts.html">Uterine Cancer
    … Facts</a></li>
61553 <li class="primary-nav-item"><a
```

```
61553  href="/cancer-types/uterine-cancer/uterine-cancer-symptoms.html">Uterine Cancer
       Symptoms</a></li>
61554  <li class="primary-nav-item"><a
       href="/cancer-types/uterine-cancer/uterine-cancer-diagnosis.html">Uterine Cancer
       Diagnosis</a></li>
61555  <li class="primary-nav-item"><a
       href="/cancer-types/uterine-cancer/uterine-cancer-treatment.html">Uterine Cancer
       Treatment</a></li>
61556  </ul>
61557  </nav>
61558  </div>
61559  </section>
61560  </div>
61561  </div>
61562  </div></li>
61563  <li class="primary-nav-item has-subnav"><a
       href="/cancer-types/vaginal-cancer.html">Vaginal Cancer</a>
61564  <div class="subnav-mask">
61565  <div class="subnav-wrapper">
61566  <div class="subnav col10 pad">
61567  <section class="nested">
61568  <div class="col4 main-column">
61569  <nav class="secondary">
61570  <ul>
61571  <li class="mobile-nav-back"><a href="/cancer-types/vaginal-cancer.html"
       aria-label="Back to Vaginal Cancer">Vaginal Cancer</a></li>
61572  <li class="primary-nav-item">
61573  <a href="/cancer-types/vaginal-cancer.html" aria-label="Vaginal Cancer Home">Vaginal
       Cancer Home</a></li>
61574  <li class="primary-nav-item"><a
       href="/cancer-types/vaginal-cancer/vaginal-cancer-facts.html">Vaginal Cancer
       Facts</a></li>
61575  <li class="primary-nav-item"><a
       href="/cancer-types/vaginal-cancer/vaginal-cancer-symptoms.html">Vaginal Cancer
       Symptoms</a></li>
61576  <li class="primary-nav-item"><a
       href="/cancer-types/vaginal-cancer/vaginal-cancer-diagnosis.html">Vaginal Cancer
       Diagnosis</a></li>
61577  <li class="primary-nav-item"><a
       href="/cancer-types/vaginal-cancer/vaginal-cancer-treatment.html">Vaginal Cancer
       Treatment</a></li>
61578  </ul>
61579  </nav>
61580  </div>
61581  </section>
61582  </div>
61583  </div>
61584  </div></li>
61585  <li class="primary-nav-item has-subnav"><a
       href="/cancer-types/von-hippel-lindau-disease.html">von Hippel Lindau Disease</a>
61586  <div class="subnav-mask">
61587  <div class="subnav-wrapper">
61588  <div class="subnav col10 pad">
61589  <section class="nested">
61590  <div class="col4 main-column">
61591  <nav class="secondary">
61592  <ul>
61593  <li class="mobile-nav-back"><a href="/cancer-types/von-hippel-lindau-disease.html"
       aria-label="Back to von Hippel Lindau Disease">von Hippel Lindau Disease</a></li>
61594  <li class="primary-nav-item">
61595  <a href="/cancer-types/von-hippel-lindau-disease.html" aria-label="von Hippel Lindau
       Disease Home">von Hippel Lindau Disease Home</a></li>
61596  <li class="primary-nav-item"><a
       href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-facts.html">
       von Hippel Lindau Disease Facts</a></li>
61597  <li class="primary-nav-item"><a
       href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-symptoms.html
       ">von Hippel Lindau Disease Symptoms</a></li>
```

```
61598 <li class="primary-nav-item"><a
   …  href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-diagnosis.
   …  html">von Hippel Lindau Disease Diagnosis</a></li>
61599 <li class="primary-nav-item"><a
   …  href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-treatment.
   …  html">von Hippel Lindau Disease Treatment</a></li>
61600 </ul>
61601 </nav>
61602 </div>
61603 </section>
61604 </div>
61605 </div>
61606 </div></li>
61607 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/vulvar-cancer.html">Vulvar Cancer</a>
61608 <div class="subnav-mask">
61609 <div class="subnav-wrapper">
61610 <div class="subnav col10 pad">
61611 <section class="nested">
61612 <div class="col4 main-column">
61613 <nav class="secondary">
61614 <ul>
61615 <li class="mobile-nav-back"><a href="/cancer-types/vulvar-cancer.html"
   …  aria-label="Back to Vulvar Cancer">Vulvar Cancer</a></li>
61616 <li class="primary-nav-item">
61617 <a href="/cancer-types/vulvar-cancer.html" aria-label="Vulvar Cancer Home">Vulvar
   …  Cancer Home</a></li>
61618 <li class="primary-nav-item"><a
   …  href="/cancer-types/vulvar-cancer/vulvar-cancer-facts.html">Vulvar Cancer
   …  Facts</a></li>
61619 <li class="primary-nav-item"><a
   …  href="/cancer-types/vulvar-cancer/vulvar-cancer-symptoms.html">Vulvar Cancer
   …  Symptoms</a></li>
61620 <li class="primary-nav-item"><a
   …  href="/cancer-types/vulvar-cancer/vulvar-cancer-diagnosis.html">Vulvar Cancer
   …  Diagnosis</a></li>
61621 <li class="primary-nav-item"><a
   …  href="/cancer-types/vulvar-cancer/vulvar-cancer-treatment.html">Vulvar Cancer
   …  Treatment</a></li>
61622 </ul>
61623 </nav>
61624 </div>
61625 </section>
61626 </div>
61627 </div>
61628 </div></li>
61629 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/waldenstroms-macroglobulinemia.html">Waldenström's
   …  Macroglobulinemia</a>
61630 <div class="subnav-mask">
61631 <div class="subnav-wrapper">
61632 <div class="subnav col10 pad">
61633 <section class="nested">
61634 <div class="col4 main-column">
61635 <nav class="secondary">
61636 <ul>
61637 <li class="mobile-nav-back"><a
   …  href="/cancer-types/waldenstroms-macroglobulinemia.html" aria-label="Back to
   …  Waldenström&#39;s Macroglobulinemia ">Waldenström's Macroglobulinemia</a></li>
61638 <li class="primary-nav-item">
61639 <a href="/cancer-types/waldenstroms-macroglobulinemia.html"
   …  aria-label="Waldenström&#39;s Macroglobulinemia  Home">Waldenström's
   …  Macroglobulinemia Home</a></li>
61640 <li class="primary-nav-item"><a
   …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
   …  facts.html">Waldenström's Macroglobulinemia Facts</a></li>
61641 <li class="primary-nav-item"><a
   …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
```

```
61641… symptoms.html">Waldenström's Macroglobulinemia Symptoms</a></li>
61642 <li class="primary-nav-item"><a
  …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
  …  diagnosis.html">Waldenström's Macroglobulinemia Diagnosis</a></li>
61643 <li class="primary-nav-item"><a
  …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
  …  treatment.html">Waldenström's Macroglobulinemia Treatment</a></li>
61644 </ul>
61645 </nav>
61646 </div>
61647 </section>
61648 </div>
61649 </div>
61650 </div></li>
61651 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/wilms-tumor.html">Wilms' Tumor</a>
61652 <div class="subnav-mask">
61653 <div class="subnav-wrapper">
61654 <div class="subnav col10 pad">
61655 <section class="nested">
61656 <div class="col4 main-column">
61657 <nav class="secondary">
61658 <ul>
61659 <li class="mobile-nav-back"><a href="/cancer-types/wilms-tumor.html" aria-label="Back
  …  to Wilms&#39; Tumor">Wilms' Tumor</a></li>
61660 <li class="primary-nav-item">
61661 <a href="/cancer-types/wilms-tumor.html" aria-label="Wilms&#39; Tumor Home">Wilms'
  …  Tumor Home</a></li>
61662 <li class="primary-nav-item"><a
  …  href="/cancer-types/wilms-tumor/wilms-tumor-facts.html">Wilms' Tumor Facts</a></li>
61663 <li class="primary-nav-item"><a
  …  href="/cancer-types/wilms-tumor/wilms-tumor-symptoms.html">Wilms' Tumor
  …  Symptoms</a></li>
61664 <li class="primary-nav-item"><a
  …  href="/cancer-types/wilms-tumor/wilms-tumor-diagnosis.html">Wilms' Tumor
  …  Diagnosis</a></li>
61665 <li class="primary-nav-item"><a
  …  href="/cancer-types/wilms-tumor/wilms-tumor-treatment.html">Wilms' Tumor
  …  Treatment</a></li>
61666 </ul>
61667 </nav>
61668 </div>
61669 </section>
61670 </div>
61671 </div>
61672 </div></li>
61673 </ul>
61674 </nav>
61675 </div>
61676 </section>
61677 </div>
61678 </div>
61679 </div></li>
61680 <li class="primary-nav-item has-subnav"><a href="/treatment-options.html">Treatment
  …  Options</a>
61681 <div class="subnav-mask">
61682 <div class="subnav-wrapper">
61683 <div class="subnav col10 pad">
61684 <section class="nested">
61685 <div class="col4 main-column">
61686 <nav class="secondary">
61687 <ul>
61688 <li class="mobile-nav-back"><a href="/treatment-options.html" aria-label="Back to
  …  Treatment Options">Treatment Options</a></li>
61689 <li class="primary-nav-item">
61690 <a href="/treatment-options.html" aria-label="Treatment Options Home">Treatment
  …  Options Home</a></li>
61691 <li class="primary-nav-item"><a
```

```
61691… href="/treatment-options/ablation-therapy.html">Ablation Therapy</a></li>
61692 <li class="primary-nav-item"><a
   … href="/treatment-options/accelerated-partial-breast-irradiation.html">Accelerated
   … Partial Breast Irradiation (APBI)</a></li>
61693 <li class="primary-nav-item"><a
   … href="/treatment-options/angiogenesis-inhibitors.html">Angiogenesis
   … Inhibitors</a></li>
61694 <li class="primary-nav-item has-subnav"><a
   … href="/treatment-options/breast-reconstruction.html">Breast Reconstruction</a>
61695 <div class="subnav-mask">
61696 <div class="subnav-wrapper">
61697 <div class="subnav col10 pad">
61698 <section class="nested">
61699 <div class="col4 main-column">
61700 <nav class="secondary">
61701 <ul>
61702 <li class="mobile-nav-back"><a href="/treatment-options/breast-reconstruction.html"
   … aria-label="Back to Breast Reconstruction">Breast Reconstruction</a></li>
61703 <li class="primary-nav-item">
61704 <a href="/treatment-options/breast-reconstruction.html" aria-label="Breast
   … Reconstruction Home">Breast Reconstruction Home</a></li>
61705 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/breast-reconstruction-faqs.html">
   … Breast Reconstruction FAQs</a></li>
61706 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/immediate-vs--delayed-reconstruction.
   … html">Immediate vs. Delayed Reconstruction</a></li>
61707 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/implant-reconstruction.html">Implant
   … Reconstruction</a></li>
61708 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/reconstruction-using-back-tissue.html"
   … >Reconstruction Using Back Tissue</a></li>
61709 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/reconstruction-using-abdominal-tissue.
   … html">Reconstruction Using Abdominal Tissue</a></li>
61710 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/reconstruction-using-buttock-tissue.
   … html">Reconstruction Using Buttock Tissue</a></li>
61711 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/nipple-and-areola-reconstruction.html"
   … >Nipple and Areola Reconstruction</a></li>
61712 <li class="primary-nav-item"><a
   … href="/treatment-options/breast-reconstruction/making-a-decision.html">Making a
   … Decision</a></li>
61713 </ul>
61714 </nav>
61715 </div>
61716 </section>
61717 </div>
61718 </div>
61719 </div></li>
61720 <li class="primary-nav-item"><a
   … href="/treatment-options/chemotherapy.html">Chemotherapy</a></li>
61721 <li class="primary-nav-item"><a
   … href="/treatment-options/hyperthermic-intraperitoneal-chemotherapy.html">Hyperthermic
   … Intraperitoneal Chemotherapy</a></li>
61722 <li class="primary-nav-item"><a
   … href="/treatment-options/immunotherapy.html">Immunotherapy</a></li>
61723 <li class="primary-nav-item"><a
   … href="/treatment-options/complementary-and-integrative-medicine.html">Integrative
   … Medicine</a></li>
61724 <li class="primary-nav-item"><a
   … href="/treatment-options/laser-interstitial-thermal-therapy.html">Laser Interstitial
   … Thermal Therapy (LITT)</a></li>
61725 <li class="primary-nav-item"><a
   … href="/treatment-options/minimally-invasive-surgery.html">Minimally Invasive
   … Surgery</a></li>
```

```
61726 <li class="primary-nav-item"><a
    … href="/treatment-options/palliative-care.html">Palliative Care</a></li>
61727 <li class="primary-nav-item"><a href="/treatment-options/proton-therapy.html">Proton
    … Therapy</a></li>
61728 <li class="primary-nav-item"><a
    … href="/treatment-options/radiation-therapy.html">Radiation Therapy</a></li>
61729 <li class="primary-nav-item"><a
    … href="/treatment-options/stem-cell-transplantation.html">Stem Cell
    … Transplantation</a></li>
61730 <li class="primary-nav-item"><a
    … href="/treatment-options/stereotactic-body-radiation-therapy.html">Stereotactic Body
    … Radiation Therapy</a></li>
61731 <li class="primary-nav-item"><a
    … href="/treatment-options/stereotactic-radiosurgery.html">Stereotactic
    … Radiosurgery</a></li>
61732 <li class="primary-nav-item"><a
    … href="/treatment-options/surgery.html">Surgery</a></li>
61733 <li class="primary-nav-item"><a
    … href="/treatment-options/targeted-therapy.html">Targeted Therapy</a></li>
61734 </ul>
61735 </nav>
61736 </div>
61737 </section>
61738 </div>
61739 </div>
61740 </div></li>
61741 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects.html">Emotional
    … &amp; Physical Effects</a>
61742 <div class="subnav-mask">
61743 <div class="subnav-wrapper">
61744 <div class="subnav col10 pad">
61745 <section class="nested">
61746 <div class="col4 main-column">
61747 <nav class="secondary">
61748 <ul>
61749 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    … aria-label="Back to Emotional &amp; Physical Effects">Emotional &amp; Physical
    … Effects</a></li>
61750 <li class="primary-nav-item">
61751 <a href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    … aria-label="Emotional &amp; Physical Effects Home">Emotional &amp; Physical Effects
    … Home</a></li>
61752 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/body-image.html
    … ">Body Image</a></li>
61753 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/bone-health.
    … html">Bone Health</a></li>
61754 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/bowel-
    … management.html">Bowel Management</a></li>
61755 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/chemobrain.html
    … ">Chemobrain</a></li>
61756 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/diabetes-
    … management.html">Diabetes Management</a></li>
61757 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/fatigue.html">
    … Fatigue</a></li>
61758 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/hair-loss.html"
    … >Hair Loss</a></li>
61759 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/emotional-physical-effects/heart-health.
    … html">Heart Health</a></li>
```

```
61760  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/infections.html
   …   ">Infections</a></li>
61761  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/lymphedema.html
   …   ">Lymphedema</a></li>
61762  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/managing-
   …   medications.html">Managing Medications</a></li>
61763  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/nausea.html">
   …   Nausea</a></li>
61764  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/peripheral-
   …   neuropathy.html">Peripheral Neuropathy</a></li>
61765  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/nutrition.html"
   …   >Nutrition</a></li>
61766  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/oral-care.html"
   …   >Oral Care</a></li>
61767  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/cancer-pain-
   …   management.html">Cancer Pain Management</a></li>
61768  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/sexuality-
   …   cancer.html">Sexuality and Cancer</a></li>
61769  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/sleep-loss.html
   …   ">Sleep Loss</a></li>
61770  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/stress-
   …   reduction.html">Stress Reduction</a></li>
61771  </ul>
61772  </nav>
61773  </div>
61774  </section>
61775  </div>
61776  </div>
61777  </div></li>
61778  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/patient-support.html">Patient Support</a>
61779  <div class="subnav-mask">
61780  <div class="subnav-wrapper">
61781  <div class="subnav col10 pad">
61782  <section class="nested">
61783  <div class="col4 main-column">
61784  <nav class="secondary">
61785  <ul>
61786  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/patient-support.html" aria-label="Back to
   …   Patient Support">Patient Support</a></li>
61787  <li class="primary-nav-item">
61788  <a href="/patients-family/diagnosis-treatment/patient-support.html"
   …   aria-label="Patient Support Home">Patient Support Home</a></li>
61789  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/cancer180.html">Cancer180<
   …   /a></li>
61790  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/cancer-survivorship-
   …   conference.html">Cancer Survivorship Conference</a></li>
61791  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/climb-support-program.html
   …   ">CLIMB Support Program</a></li>
61792  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
   …   service.html">Ethics Consultation Service</a>
61793  <div class="subnav-mask">
```

```
61794  <div class="subnav-wrapper">
61795  <div class="subnav col10 pad">
61796  <section class="nested">
61797  <div class="col4 main-column">
61798  <nav class="secondary">
61799  <ul>
61800  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
   …   service.html" aria-label="Back to Ethics Consultation Service">Ethics Consultation
   …   Service</a></li>
61801  <li class="primary-nav-item">
61802  <a
   …   href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
   …   service.html" aria-label="Ethics Consultation Service Home">Ethics Consultation
   …   Service Home</a></li>
61803  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
   …   service/code-of-ethics.html">Code of Ethics</a></li>
61804  </ul>
61805  </nav>
61806  </div>
61807  </section>
61808  </div>
61809  </div>
61810  </div></li>
61811  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/kids-inquire-we-inform.
   …   html">KIWI: Kids Inquire, We Inform</a></li>
61812  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html">
   …   myCancerConnection</a>
61813  <div class="subnav-mask">
61814  <div class="subnav-wrapper">
61815  <div class="subnav col10 pad">
61816  <section class="nested">
61817  <div class="col4 main-column">
61818  <nav class="secondary">
61819  <ul>
61820  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
   …   aria-label="Back to myCancerConnection">myCancerConnection</a></li>
61821  <li class="primary-nav-item">
61822  <a
   …   href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
   …   aria-label="myCancerConnection Home">myCancerConnection Home</a></li>
61823  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection/events.
   …   html">Events</a></li>
61824  </ul>
61825  </nav>
61826  </div>
61827  </section>
61828  </div>
61829  </div>
61830  </div></li>
61831  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/online-support.html">
   …   Online Support</a></li>
61832  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/patient-education-office.
   …   html">Patient Education Office</a></li>
61833  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/patient-advocacy.html">
   …   Patient Advocacy</a></li>
61834  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/patient-visitation-
   …   policies.html">Patient Visitation Policies</a></li>
61835  <li class="primary-nav-item"><a
```

```
61835…  href="/patients-family/diagnosis-treatment/patient-support/piknic.html">PIKNIC</a></
  …     li>
61836  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/patient-support/social-work.html">Social
  …     Work</a></li>
61837  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/patient-support/support-groups.html">
  …     Support Groups</a></li>
61838  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/patient-support/spiritual-support.html">
  …     Spiritual Support</a></li>
61839  </ul>
61840  </nav>
61841  </div>
61842  </section>
61843  </div>
61844  </div>
61845  </div></li>
61846  <li class="primary-nav-item has-subnav"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials.html">Clinical Trials</a>
61847  <div class="subnav-mask">
61848  <div class="subnav-wrapper">
61849  <div class="subnav col10 pad">
61850  <section class="nested">
61851  <div class="col4 main-column">
61852  <nav class="secondary">
61853  <ul>
61854  <li class="mobile-nav-back"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials.html" aria-label="Back to
  …     Clinical Trials">Clinical Trials</a></li>
61855  <li class="primary-nav-item"><a
61856  <a href="/patients-family/diagnosis-treatment/clinical-trials.html"
  …     aria-label="Clinical Trials Home">Clinical Trials Home</a></li>
61857  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/phases-of-clinical-trials.
  …     html">Phases of Clinical Trials</a></li>
61858  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/joining-a-clinical-trial.
  …     html">Joining a Clinical Trial</a></li>
61859  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/deciding-to-join-a-
  …     clinical-trial.html">Making a Decision</a></li>
61860  <li class="primary-nav-item has-subnav"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
  …     ">Clinical Trials Search</a>
61861  <div class="subnav-mask">
61862  <div class="subnav-wrapper">
61863  <div class="subnav col10 pad">
61864  <section class="nested">
61865  <div class="col4 main-column">
61866  <nav class="secondary">
61867  <ul>
61868  <li class="mobile-nav-back"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
  …     " aria-label="Back to Clinical Trials Search">Clinical Trials Search</a></li>
61869  <li class="primary-nav-item">
61870  <a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
  …     " aria-label="Clinical Trials Search Home">Clinical Trials Search Home</a></li>
61871  <li class="primary-nav-item"><a
  …     href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index/
  …     clinical-trials-detail.html">Clinical Trials Detail</a></li>
61872  </ul>
61873  </nav>
61874  </div>
61875  </section>
61876  </div>
61877  </div>
```

```
61878  </div></li>
61879  </ul>
61880  </nav>
61881  </div>
61882  </section>
61883  </div>
61884  </div>
61885  </div></li>
61886  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics.html">Care Centers
  …    &amp; Clinics</a>
61887  <div class="subnav-mask">
61888  <div class="subnav-wrapper">
61889  <div class="subnav col10 pad">
61890  <section class="nested">
61891  <div class="col4 main-column">
61892  <nav class="secondary">
61893  <ul>
61894  <li class="mobile-nav-back"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
  …    aria-label="Back to Care Centers &amp; Clinics">Care Centers &amp; Clinics</a></li>
61895  <li class="primary-nav-item">
61896  <a href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
  …    aria-label="Care Centers &amp; Clinics Home">Care Centers &amp; Clinics Home</a></li>
61897  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
  …    center.html">Brain and Spine Center</a>
61898  <div class="subnav-mask">
61899  <div class="subnav-wrapper">
61900  <div class="subnav col10 pad">
61901  <section class="nested">
61902  <div class="col4 main-column">
61903  <nav class="secondary">
61904  <ul>
61905  <li class="mobile-nav-back"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
  …    center.html" aria-label="Back to Brain and Spine Center">Brain and Spine
  …    Center</a></li>
61906  <li class="primary-nav-item">
61907  <a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
  …    center.html" aria-label="Brain and Spine Center Home">Brain and Spine Center
  …    Home</a></li>
61908  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
  …    center/doctors-and-staff.html">Doctors and Staff</a></li>
61909  </ul>
61910  </nav>
61911  </div>
61912  </section>
61913  </div>
61914  </div>
61915  </div></li>
61916  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html">
  …    Breast Center</a>
61917  <div class="subnav-mask">
61918  <div class="subnav-wrapper">
61919  <div class="subnav col10 pad">
61920  <section class="nested">
61921  <div class="col4 main-column">
61922  <nav class="secondary">
61923  <ul>
61924  <li class="mobile-nav-back"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
  …    aria-label="Back to Breast Center">Breast Center</a></li>
61925  <li class="primary-nav-item">
61926  <a
```

```
61926… href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
…     aria-label="Breast Center Home">Breast Center Home</a></li>
61927 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/meet-
…     our-team.html">Meet our Team</a></li>
61928 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/
…     inflammatory-breast-cancer-clinic.html">Inflammatory Breast Cancer Clinic</a></li>
61929 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/high-
…     risk-screening-and-genetics-clinic.html">High Risk Screening and Genetics
…     Clinic</a></li>
61930 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/breast-
…     multi-team-clinic.html">Breast Multi-Team Clinic</a></li>
61931 </ul>
61932 </nav>
61933 </div>
61934 </section>
61935 </div>
61936 </div>
61937 </div></li>
61938 <li class="primary-nav-item has-subnav"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center.html">Cancer Prevention Center</a>
61939 <div class="subnav-mask">
61940 <div class="subnav-wrapper">
61941 <div class="subnav col10 pad">
61942 <section class="nested">
61943 <div class="col4 main-column">
61944 <nav class="secondary">
61945 <ul>
61946 <li class="mobile-nav-back"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center.html" aria-label="Back to Cancer Prevention Center">Cancer Prevention
…     Center</a></li>
61947 <li class="primary-nav-item">
61948 <a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center.html" aria-label="Cancer Prevention Center Home">Cancer Prevention Center
…     Home</a></li>
61949 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center/clinics-and-programs.html">Clinics and Programs</a></li>
61950 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center/meet-our-team.html">Meet Our Team</a></li>
61951 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center/lung-screening-clinic.html">Lung Screening Clinic</a></li>
61952 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
…     center/tobacco-treatment-program.html">Tobacco Treatment Program</a></li>
61953 </ul>
61954 </nav>
61955 </div>
61956 </section>
61957 </div>
61958 </div>
61959 </div></li>
61960 <li class="primary-nav-item has-subnav"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
…     center.html">Cardiopulmonary Center</a>
61961 <div class="subnav-mask">
61962 <div class="subnav-wrapper">
61963 <div class="subnav col10 pad">
61964 <section class="nested">
61965 <div class="col4 main-column">
```

```
61966  <nav class="secondary">
61967  <ul>
61968  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
    …  center.html" aria-label="Back to Cardiopulmonary Center">Cardiopulmonary
    …  Center</a></li>
61969  <li class="primary-nav-item">
61970  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
    …  center.html" aria-label="Cardiopulmonary Center Home">Cardiopulmonary Center
    …  Home</a></li>
61971  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
    …  center/meet-our-team.html">Meet Our Team</a></li>
61972  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
    …  center/sleep-center.html">Sleep Center</a></li>
61973  </ul>
61974  </nav>
61975  </div>
61976  </section>
61977  </div>
61978  </div>
61979  </div></li>
61980  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital.html">Children's Cancer Hospital</a>
61981  <div class="subnav-mask">
61982  <div class="subnav-wrapper">
61983  <div class="subnav col10 pad">
61984  <section class="nested">
61985  <div class="col4 main-column">
61986  <nav class="secondary">
61987  <ul>
61988  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital.html" aria-label="Back to Children&#39;s Cancer Hospital">Children's Cancer
    …  Hospital</a></li>
61989  <li class="primary-nav-item">
61990  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital.html" aria-label="Children&#39;s Cancer Hospital Home">Children's Cancer
    …  Hospital Home</a></li>
61991  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/meet-our-team.html">Meet Our Team</a></li>
61992  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/appointments-and-referrals.html">Appointments and Referrals</a></li>
61993  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/our-facilities.html">Our Facilities</a></li>
61994  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights.html">Treatment Highlights</a>
61995  <div class="subnav-mask">
61996  <div class="subnav-wrapper">
61997  <div class="subnav col10 pad">
61998  <section class="nested">
61999  <div class="col4 main-column">
62000  <nav class="secondary">
62001  <ul>
62002  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights.html" aria-label="Back to Treatment
    …  Highlights">Treatment Highlights</a></li>
62003  <li class="primary-nav-item">
62004  <a
```

```
62004… href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights.html" aria-label="Treatment Highlights Home">Treatment
…    Highlights Home</a></li>
62005 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights/childhood-cancer-survivors-clinic.html">Childhood
…    Cancer Survivors Clinic</a></li>
62006 <li class="primary-nav-item has-subnav"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights/pediatric-brain-tumor-program.html">Pediatric Brain
…    Tumor Program</a>
62007 <div class="subnav-mask">
62008 <div class="subnav-wrapper">
62009 <div class="subnav col10 pad">
62010 <section class="nested">
62011 <div class="col4 main-column">
62012 <nav class="secondary">
62013 <ul>
62014 <li class="mobile-nav-back"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights/pediatric-brain-tumor-program.html" aria-label="Back to
…    Pediatric Brain Tumor Program">Pediatric Brain Tumor Program</a></li>
62015 <li class="primary-nav-item">
62016 <a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights/pediatric-brain-tumor-program.html"
…    aria-label="Pediatric Brain Tumor Program Home">Pediatric Brain Tumor Program
…    Home</a></li>
62017 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/treatment-highlights/pediatric-brain-tumor-program/pediatric-brain-tumor-
…    teawm.html">Pediatric Brain Tumor Team</a></li>
62018 </ul>
62019 </nav>
62020 </div>
62021 </section>
62022 </div>
62023 </div>
62024 </div></li>
62025 </ul>
62026 </nav>
62027 </div>
62028 </section>
62029 </div>
62030 </div>
62031 </div></li>
62032 <li class="primary-nav-item has-subnav"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/support-programs.html">Support Programs</a>
62033 <div class="subnav-mask">
62034 <div class="subnav-wrapper">
62035 <div class="subnav col10 pad">
62036 <section class="nested">
62037 <div class="col4 main-column">
62038 <nav class="secondary">
62039 <ul>
62040 <li class="mobile-nav-back"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/support-programs.html" aria-label="Back to Support Programs">Support
…    Programs</a></li>
62041 <li class="primary-nav-item">
62042 <a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/support-programs.html" aria-label="Support Programs Home">Support Programs
…    Home</a></li>
62043 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
…    hospital/support-programs/pediatric-college-scholarship-program.html">Pediatric
```

```
62043… College Scholarship Program</a></li>
62044 </ul>
62045 </nav>
62046 </div>
62047 </section>
62048 </div>
62049 </div>
62050 </div></li>
62051 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/pediatric-clinical-trials.html">Pediatric Clinical Trials</a></li>
62052 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/how-to-help.html">How to Help</a></li>
62053 </ul>
62054 </nav>
62055 </div>
62056 </section>
62057 </div>
62058 </div>
62059 </div></li>
62060 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/clinical-center-for-
    … targeted-therapy.html">Clinical Center for Targeted Therapy</a></li>
62061 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
    … html">Colorectal Center</a>
62062 <div class="subnav-mask">
62063 <div class="subnav-wrapper">
62064 <div class="subnav col10 pad">
62065 <section class="nested">
62066 <div class="col4 main-column">
62067 <nav class="secondary">
62068 <ul>
62069 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
    … html" aria-label="Back to Colorectal Center">Colorectal Center</a></li>
62070 <li class="primary-nav-item">
62071 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
    … html" aria-label="Colorectal Center Home">Colorectal Center Home</a></li>
62072 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
    … meet-our-team.html">Meet our Team</a></li>
62073 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
    … colorectal-cancer-genetics-clinic.html">Colorectal Cancer Genetics Clinic</a></li>
62074 </ul>
62075 </nav>
62076 </div>
62077 </section>
62078 </div>
62079 </div>
62080 </div></li>
62081 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
    … ">Endocrine Center</a>
62082 <div class="subnav-mask">
62083 <div class="subnav-wrapper">
62084 <div class="subnav col10 pad">
62085 <section class="nested">
62086 <div class="col4 main-column">
62087 <nav class="secondary">
62088 <ul>
62089 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
    … " aria-label="Back to Endocrine Center">Endocrine Center</a></li>
62090 <li class="primary-nav-item">
```

```
62091  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
   …   " aria-label="Endocrine Center Home">Endocrine Center Home</a></li>
62092  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/meet
   …   -our-team.html">Meet our Team</a></li>
62093  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
   …   thyroid-nodule-clinic.html">Thyroid Nodule Clinic</a></li>
62094  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
   …   endocrine-neoplasia-registry.html">Endocrine Neoplasia Registry</a></li>
62095  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/fast
   …   -clinic.html">FAST Clinic</a></li>
62096  </ul>
62097  </nav>
62098  </div>
62099  </section>
62100  </div>
62101  </div>
62102  </div></li>
62103  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
   …   cancer-center.html">Gastrointestinal Cancer Center</a>
62104  <div class="subnav-mask">
62105  <div class="subnav-wrapper">
62106  <div class="subnav col10 pad">
62107  <section class="nested">
62108  <div class="col4 main-column">
62109  <nav class="secondary">
62110  <ul>
62111  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
   …   cancer-center.html" aria-label="Back to Gastrointestinal Cancer
   …   Center">Gastrointestinal Cancer Center</a></li>
62112  <li class="primary-nav-item">
62113  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
   …   cancer-center.html" aria-label="Gastrointestinal Cancer Center Home">Gastrointestinal
   …   Cancer Center Home</a></li>
62114  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
   …   cancer-center/meet-our-team.html">Meet our Team</a></li>
62115  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
   …   cancer-center/pancreatic-cyst-clinic.html">Pancreatic Cyst Clinic</a></li>
62116  </ul>
62117  </nav>
62118  </div>
62119  </section>
62120  </div>
62121  </div>
62122  </div></li>
62123  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center.html">Genitourinary Cancer Center</a>
62124  <div class="subnav-mask">
62125  <div class="subnav-wrapper">
62126  <div class="subnav col10 pad">
62127  <section class="nested">
62128  <div class="col4 main-column">
62129  <nav class="secondary">
62130  <ul>
62131  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center.html" aria-label="Back to Genitourinary Cancer Center">Genitourinary Cancer
   …   Center</a></li>
```

```
62132 <li class="primary-nav-item">
62133 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center.html" aria-label="Genitourinary Cancer Center Home">Genitourinary Cancer
    … Center Home</a></li>
62134 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/meet-our-team.html">Meet our Team</a></li>
62135 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/multidisciplinary-prostate-clinic.html">Multidisciplinary Prostate
    … Clinic</a></li>
62136 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/vhl-clinic.html">von Hippel Lindau Clinic</a></li>
62137 </ul>
62138 </nav>
62139 </div>
62140 </section>
62141 </div>
62142 </div>
62143 </div></li>
62144 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html">Gynecologic Oncology Center</a>
62145 <div class="subnav-mask">
62146 <div class="subnav-wrapper">
62147 <div class="subnav col10 pad">
62148 <section class="nested">
62149 <div class="col4 main-column">
62150 <nav class="secondary">
62151 <ul>
62152 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html" aria-label="Back to Gynecologic Oncology Center">Gynecologic Oncology
    … Center</a></li>
62153 <li class="primary-nav-item">
62154 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html" aria-label="Gynecologic Oncology Center Home">Gynecologic Oncology
    … Center Home</a></li>
62155 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/meet-our-team.html">Meet our Team</a></li>
62156 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/colposcopy-clinic.html">Colposcopy Clinic</a></li>
62157 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/gynecologic-genetics-clinic.html">Gynecologic Cancer Genetics Clinic</a></li>
62158 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/ovarian-screening-clinic.html">Ovarian Screening Clinic</a></li>
62159 </ul>
62160 </nav>
62161 </div>
62162 </section>
62163 </div>
62164 </div>
62165 </div></li>
62166 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
    … ">Head &amp; Neck Center</a>
62167 <div class="subnav-mask">
62168 <div class="subnav-wrapper">
62169 <div class="subnav col10 pad">
62170 <section class="nested">
62171 <div class="col4 main-column">
```

```
62172  <nav class="secondary">
62173  <ul>
62174  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
   …   " aria-label="Back to Head &amp; Neck Center">Head &amp; Neck Center</a></li>
62175  <li class="primary-nav-item">
62176  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
   …   " aria-label="Head &amp; Neck Center Home">Head &amp; Neck Center Home</a></li>
62177  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/meet
   …   -our-team.html">Meet Our Team</a></li>
62178  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/
   …   ophthalmology-clinic.html">Ophthalmology Clinic</a></li>
62179  </ul>
62180  </nav>
62181  </div>
62182  </section>
62183  </div>
62184  </div>
62185  </div></li>
62186  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center.html">Integrative Medicine Center</a>
62187  <div class="subnav-mask">
62188  <div class="subnav-wrapper">
62189  <div class="subnav col10 pad">
62190  <section class="nested">
62191  <div class="col4 main-column">
62192  <nav class="secondary">
62193  <ul>
62194  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center.html" aria-label="Back to Integrative Medicine Center">Integrative Medicine
   …   Center</a></li>
62195  <li class="primary-nav-item">
62196  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center.html" aria-label="Integrative Medicine Center Home">Integrative Medicine
   …   Center Home</a></li>
62197  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center/clinical-services.html">Clinical Services</a></li>
62198  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center/meet-our-team.html">Meet Our Team</a></li>
62199  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center/group-classes.html">Group Classes</a></li>
62200  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
   …   center/audio_and_video.html">Audios and Videos</a></li>
62201  </ul>
62202  </nav>
62203  </div>
62204  </section>
62205  </div>
62206  </div>
62207  </div></li>
62208  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   …   center.html">Internal Medicine Center</a>
62209  <div class="subnav-mask">
62210  <div class="subnav-wrapper">
62211  <div class="subnav col10 pad">
62212  <section class="nested">
62213  <div class="col4 main-column">
```

```
62214 <nav class="secondary">
62215 <ul>
62216 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
    … center.html" aria-label="Back to Internal Medicine Center">Internal Medicine
    … Center</a></li>
62217 <li class="primary-nav-item">
62218 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
    … center.html" aria-label="Internal Medicine Center Home">Internal Medicine Center
    … Home</a></li>
62219 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
    … center/meet-our-team.html">Meet Our Team</a></li>
62220 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
    … center/specialty-clinics.html">Specialty Clinics</a></li>
62221 </ul>
62222 </nav>
62223 </div>
62224 </section>
62225 </div>
62226 </div>
62227 </div></li>
62228 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
    … >Leukemia Center</a>
62229 <div class="subnav-mask">
62230 <div class="subnav-wrapper">
62231 <div class="subnav col10 pad">
62232 <section class="nested">
62233 <div class="col4 main-column">
62234 <nav class="secondary">
62235 <ul>
62236 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
    … aria-label="Back to Leukemia Center">Leukemia Center</a></li>
62237 <li class="primary-nav-item">
62238 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
    … aria-label="Leukemia Center Home">Leukemia Center Home</a></li>
62239 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/meet-
    … our-team.html">Meet Our Team</a></li>
62240 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner.html">Patient Corner</a>
62241 <div class="subnav-mask">
62242 <div class="subnav-wrapper">
62243 <div class="subnav col10 pad">
62244 <section class="nested">
62245 <div class="col4 main-column">
62246 <nav class="secondary">
62247 <ul>
62248 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner.html" aria-label="Back to Patient Corner">Patient Corner</a></li>
62249 <li class="primary-nav-item">
62250 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner.html" aria-label="Patient Corner Home">Patient Corner Home</a></li>
62251 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/nate-hawkins.html">Nate Hawkins</a></li>
62252 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/monica-scandlen.html">Monica Scandlen</a></li>
62253 <li class="primary-nav-item"><a
```

```
62253  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    …  patient-corner/jodi-oliver.html">Jodi Oliver</a></li>
62254  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    …  patient-corner/sue-miller.html">Sue Miller</a></li>
62255  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    …  patient-corner/charles-friedman.html">Charles Friedman</a></li>
62256  </ul>
62257  </nav>
62258  </div>
62259  </section>
62260  </div>
62261  </div>
62262  </div></li>
62263  </ul>
62264  </nav>
62265  </div>
62266  </section>
62267  </div>
62268  </div>
62269  </div></li>
62270  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    …  center.html">Lymphoma &amp; Myeloma Center</a>
62271  <div class="subnav-mask">
62272  <div class="subnav-wrapper">
62273  <div class="subnav col10 pad">
62274  <section class="nested">
62275  <div class="col4 main-column">
62276  <nav class="secondary">
62277  <ul>
62278  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    …  center.html" aria-label="Back to Lymphoma &amp; Myeloma Center">Lymphoma &amp;
    …  Myeloma Center</a></li>
62279  <li class="primary-nav-item">
62280  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    …  center.html" aria-label="Lymphoma &amp; Myeloma Center Home">Lymphoma &amp; Myeloma
    …  Center Home</a></li>
62281  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    …  center/meet-our-team.html">Meet Our Team</a></li>
62282  </ul>
62283  </nav>
62284  </div>
62285  </section>
62286  </div>
62287  </div>
62288  </div></li>
62289  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    …  html">Melanoma &amp; Skin Center</a>
62290  <div class="subnav-mask">
62291  <div class="subnav-wrapper">
62292  <div class="subnav col10 pad">
62293  <section class="nested">
62294  <div class="col4 main-column">
62295  <nav class="secondary">
62296  <ul>
62297  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    …  html" aria-label="Back to Melanoma &amp; Skin Center">Melanoma &amp; Skin
    …  Center</a></li>
62298  <li class="primary-nav-item">
62299  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
```

```
62299… htm  aria-label="Melanoma &amp; Skin Center Home">Melanoma &amp; Skin Center
    …  Home</a></li>
62300 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    …  meet-our-team.html">Meet Our Team</a></li>
62301 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    …  cutaneous-tcell-lymphoma-clinic.html">Cutaneous T-Cell Lymphoma Clinic</a></li>
62302 </ul>
62303 </nav>
62304 </div>
62305 </section>
62306 </div>
62307 </div>
62308 </div></li>
62309 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/mohs-and-dermasurgery
    …  .html">Mohs and Dermasurgery</a></li>
62310 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    …  html">Orthopaedic Center</a>
62311 <div class="subnav-mask">
62312 <div class="subnav-wrapper">
62313 <div class="subnav col10 pad">
62314 <section class="nested">
62315 <div class="col4 main-column">
62316 <nav class="secondary">
62317 <ul>
62318 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    …  html" aria-label="Back to Orthopaedic Center">Orthopaedic Center</a></li>
62319 <li class="primary-nav-item">
62320 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    …  html" aria-label="Orthopaedic Center Home">Orthopaedic Center Home</a></li>
62321 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center/
    …  meet-our-team.html">Meet Our Team</a></li>
62322 </ul>
62323 </nav>
62324 </div>
62325 </section>
62326 </div>
62327 </div>
62328 </div></li>
62329 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …  center.html">Pain Management Center</a>
62330 <div class="subnav-mask">
62331 <div class="subnav-wrapper">
62332 <div class="subnav col10 pad">
62333 <section class="nested">
62334 <div class="col4 main-column">
62335 <nav class="secondary">
62336 <ul>
62337 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …  center.html" aria-label="Back to Pain Management Center">Pain Management
    …  Center</a></li>
62338 <li class="primary-nav-item">
62339 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …  center.html" aria-label="Pain Management Center Home">Pain Management Center
    …  Home</a></li>
62340 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …  center/meet-our-team.html">Meet Our Team</a></li>
62341 </ul>
```

```
62342  </nav>
62343  </div>
62344  </section>
62345  </div>
62346  </div>
62347  </div></li>
62348  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   .html">Proton Therapy Center</a>
62349  <div class="subnav-mask">
62350  <div class="subnav-wrapper">
62351  <div class="subnav col10 pad">
62352  <section class="nested">
62353  <div class="col4 main-column">
62354  <nav class="secondary">
62355  <ul>
62356  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   .html" aria-label="Back to Proton Therapy Center">Proton Therapy Center</a></li>
62357  <li class="primary-nav-item">
62358  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   .html" aria-label="Proton Therapy Center Home">Proton Therapy Center Home</a></li>
62359  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-is-proton-therapy.html">What is Proton Therapy?</a>
62360  <div class="subnav-mask">
62361  <div class="subnav-wrapper">
62362  <div class="subnav col10 pad">
62363  <section class="nested">
62364  <div class="col4 main-column">
62365  <nav class="secondary">
62366  <ul>
62367  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-is-proton-therapy.html" aria-label="Back to What is Proton Therapy?">What is
   …   Proton Therapy?</a></li>
62368  <li class="primary-nav-item">
62369  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-is-proton-therapy.html" aria-label="What is Proton Therapy? Home">What is
   …   Proton Therapy? Home</a></li>
62370  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-is-proton-therapy/benefits-of-proton-therapy.html">Benefits of Proton
   …   Therapy</a></li>
62371  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-is-proton-therapy/history-of-proton-therapy.html">History of Proton
   …   Therapy</a></li>
62372  </ul>
62373  </nav>
62374  </div>
62375  </section>
62376  </div>
62377  </div>
62378  </div></li>
62379  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /why-choose-md-anderson-proton-therapy.html">Why Choose MD Anderson Proton
   …   Therapy?</a></li>
62380  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /conditions-we-treat.html">Conditions We Treat</a>
62381  <div class="subnav-mask">
62382  <div class="subnav-wrapper">
62383  <div class="subnav col10 pad">
62384  <section class="nested">
```

```
62385 <div class="col4 main-column">
62386 <nav class="secondary">
62387 <ul>
62388 <li class="mobile-nav-back"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat.html" aria-label="Back to Conditions We Treat">Conditions We
 ... Treat</a></li>
62389 <li class="primary-nav-item">
62390 <a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat.html" aria-label="Conditions We Treat Home">Conditions We Treat
 ... Home</a></li>
62391 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/esophageal-cancer.html">Esophageal Cancer</a></li>
62392 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/head-and-neck-cancers.html">Head and Neck Cancers</a></li>
62393 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/lung-cancer.html">Lung Cancer</a></li>
62394 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/lymphomas.html">Lymphomas</a></li>
62395 <li class="primary-nav-item has-subnav"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/pediatric-cancer.html">Pediatric Cancer</a>
62396 <div class="subnav-mask">
62397 <div class="subnav-wrapper">
62398 <div class="subnav col10 pad">
62399 <section class="nested">
62400 <div class="col4 main-column">
62401 <nav class="secondary">
62402 <ul>
62403 <li class="mobile-nav-back"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/pediatric-cancer.html" aria-label="Back to Pediatric
 ... Cancer">Pediatric Cancer</a></li>
62404 <li class="primary-nav-item">
62405 <a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/pediatric-cancer.html" aria-label="Pediatric Cancer
 ... Home">Pediatric Cancer Home</a></li>
62406 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/pediatric-cancer/child-life.html">Child Life</a></li>
62407 </ul>
62408 </nav>
62409 </div>
62410 </section>
62411 </div>
62412 </div>
62413 </div></li>
62414 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /conditions-we-treat/prostate-cancer.html">Prostate Cancer</a></li>
62415 </ul>
62416 </nav>
62417 </div>
62418 </section>
62419 </div>
62420 </div>
62421 </div></li>
62422 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
 ... /what-to-expect.html">What to Expect</a></li>
62423 <li class="primary-nav-item"><a
 ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
```

```
62423… /our-team-of-experts.html">our team of experts</a></li>
62424  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html">Meet our Survivors</a>
62425  <div class="subnav-mask">
62426  <div class="subnav-wrapper">
62427  <div class="subnav col10 pad">
62428  <section class="nested">
62429  <div class="col4 main-column">
62430  <nav class="secondary">
62431  <ul>
62432  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html" aria-label="Back to Meet our Survivors">Meet our
   …   Survivors</a></li>
62433  <li class="primary-nav-item">
62434  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html" aria-label="Meet our Survivors Home">Meet our Survivors
   …   Home</a></li>
62435  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/stephanie-mullins.html">Stephanie Mullins</a></li>
62436  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/caitlin-acree.html">Caitlin Acree</a></li>
62437  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/joseph-campione.html">Joseph Campione</a></li>
62438  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/max-daniel.html">Max Daniel</a></li>
62439  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/ava-jacobs.html">Ava Jacobs</a></li>
62440  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/ana-kate-partridge.html">Ana Kate Partridge</a></li>
62441  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/matthew-rager.html">Matthew Rager</a></li>
62442  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/hailey-strole.html">Hailey Strole</a></li>
62443  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/coleson-young.html">Coleson Young</a></li>
62444  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/roberto-olivares.html">Roberto Olivares</a></li>
62445  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/eric-oldre.html">Eric Oldre</a></li>
62446  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/carol-monroe.html">Carol Monroe</a></li>
62447  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/vaughn-bradley.html">Vaughn Bradley</a></li>
62448  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/louise-chaung.html">Louise Chaung</a></li>
62449  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/shane-leonard.html">Shane Leonard</a></li>
62450  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/mary-lott.html">Mary Lott</a></li>
```

```
62451  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/gerry-mckim.html">Gerry McKim</a></li>
62452  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/helen-schmidt.html">Helen Schmidt</a></li>
62453  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/chuck-martinez.html">Chuck Martinez</a></li>
62454  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/jose-rovira.html">Jose Rovira</a></li>
62455  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/suzan-shughart.html">Suzan Shughart</a></li>
62456  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/billy-walls.html">Billy Walls</a></li>
62457  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/molly-allen.html">Molly Allen</a></li>
62458  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/katie-meacham.html">Katie Meacham</a></li>
62459  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/lorenzo-abundiz.html">Lorenzo Abundiz</a></li>
62460  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/walter-atkinson.html">Walter Atkinson</a></li>
62461  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/drew-cox.html">Drew Cox</a></li>
62462  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/khalid-al-failakawi.html">Khalid Al Failakawi</a></li>
62463  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/ahmed-fakhri.html">Ahmed Fakhri</a></li>
62464  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/gerard-first.html">Gerard First</a></li>
62465  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/john-floyd.html">John Floyd</a></li>
62466  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/jack-holloway.html">Jack Holloway</a></li>
62467  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/harvey-house.html">Harvey House</a></li>
62468  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/rick-keller.html">Rick Keller</a></li>
62469  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/joe-landry.html">Joe Landry</a></li>
62470  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/terry-lavy.html">Terry Lavy</a></li>
62471  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/peter-taaffe.html">Peter Taaffe</a></li>
62472  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/richard-trevino.html">Richard Trevino</a></li>
62473  </ul>
62474  </nav>
```

```
62475  </div>
62476  </section>
62477  </div>
62478  </div>
62479  </div></li>
62480  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients.html">For Patients</a>
62481  <div class="subnav-mask">
62482  <div class="subnav-wrapper">
62483  <div class="subnav col10 pad">
62484  <section class="nested">
62485  <div class="col4 main-column">
62486  <nav class="secondary">
62487  <ul>
62488  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients.html" aria-label="Back to For Patients">For Patients</a></li>
62489  <li class="primary-nav-item">
62490  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients.html" aria-label="For Patients Home">For Patients Home</a></li>
62491  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients/visiting-houston.html">Visiting Houston</a></li>
62492  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients/videos-articles-and-podcasts.html">Videos, Articles and
    …  Podcasts</a></li>
62493  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-patients/glossary-of-proton-therapy-terms.html">Glossary</a></li>
62494  </ul>
62495  </nav>
62496  </div>
62497  </section>
62498  </div>
62499  </div>
62500  </div></li>
62501  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-physicians.html">For Physicians</a>
62502  <div class="subnav-mask">
62503  <div class="subnav-wrapper">
62504  <div class="subnav col10 pad">
62505  <section class="nested">
62506  <div class="col4 main-column">
62507  <nav class="secondary">
62508  <ul>
62509  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-physicians.html" aria-label="Back to For Physicians">For Physicians</a></li>
62510  <li class="primary-nav-item">
62511  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-physicians.html" aria-label="For Physicians Home">For Physicians Home</a></li>
62512  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-physicians/proton-therapy-training-program.html">Proton Therapy Training
    …  Program</a></li>
62513  </ul>
62514  </nav>
62515  </div>
62516  </section>
62517  </div>
62518  </div>
62519  </div></li>
62520  <li class="primary-nav-item"><a
```

```
62520  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /clinical-trials.html">Clinical Trials</a></li>
62521  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /frequently-asked-questions.html">Frequently Asked Questions</a></li>
62522  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /parking-and-directions.html">Parking and Directions</a></li>
62523  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /contact-us.html">Contact Us</a></li>
62524  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html">Chinese: Proton Therapy
  …    Center</a>
62525  <div class="subnav-mask">
62526  <div class="subnav-wrapper">
62527  <div class="subnav col10 pad">
62528  <section class="nested">
62529  <div class="col4 main-column">
62530  <nav class="secondary">
62531  <ul>
62532  <li class="mobile-nav-back"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Back to
  …    Chinese: Proton Therapy Center">Chinese: Proton Therapy Center</a></li>
62533  <li class="primary-nav-item">
62534  <a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Chinese:
  …    Proton Therapy Center Home">Chinese: Proton Therapy Center Home</a></li>
62535  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF83/%E4%BB%80%E4%B9%88%E6%98%AF%
  …    E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html">Chinese: What is Proton Therapy?</a>
62536  <div class="subnav-mask">
62537  <div class="subnav-wrapper">
62538  <div class="subnav col10 pad">
62539  <section class="nested">
62540  <div class="col4 main-column">
62541  <nav class="secondary">
62542  <ul>
62543  <li class="mobile-nav-back"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF83/%E4%BB%80%E4%B9%88%E6%98%AF%
  …    E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Back to Chinese: What is Proton
  …    Therapy?">Chinese: What is Proton Therapy?</a></li>
62544  <li class="primary-nav-item">
62545  <a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF83/%E4%BB%80%E4%B9%88%E6%98%AF%
  …    E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Chinese: What is Proton
  …    Therapy? Home">Chinese: What is Proton Therapy? Home</a></li>
62546  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF83/%E4%BB%80%E4%B9%88%E6%98%AF%
  …    E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E4%
  …    BC%98%E5%8A%BF.html">Chinese: Benefits of Proton Therapy</a></li>
62547  <li class="primary-nav-item"><a
  …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …    /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF83/%E4%BB%80%E4%B9%88%E6%98%AF%
  …    E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E5%
  …    8F%91%E5%B1%95%E5%8F%B2.html">Chinese: History of Proton Therapy</a></li>
62548  </ul>
62549  </nav>
62550  </div>
62551  </section>
62552  </div>
```

```
62553  </div>
62554  </div></li>
62555  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E6%B2%BB%E7%96%97%E9%80%82%
    …  E5%BA%94%E7%97%87.html">Chinese: Conditions We Treat</a></li>
62556  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E8%B4%A8%E5%AD%90%E4%B8%AD%
    …  E5%BF%83%E4%B8%8E%E9%A2%84%E7%BA%A6%E5%88%B0%E6%B2%BB%E7%96%97%E6%95%B4%E4%B8%AA%E6%
    …  B5%81%E7%A8%8B%E8%AE%B2%E8%A7%A3.html">Chinese: What to Expect</a></li>
62557  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E5%B9%B8%E5%AD%98%E8%80%85%
    …  E6%95%85%E4%BA%8B.html">Chinese: Meet our Survivors</a></li>
62558  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E8%81%94%E7%B3%BB%E6%88%91%
    …  E4%BB%AC.html">Chinese: Contact Us</a></li>
62559  </ul>
62560  </nav>
62561  </div>
62562  </section>
62563  </div>
62564  </div>
62565  </div></li>
62566  </ul>
62567  </nav>
62568  </div>
62569  </section>
62570  </div>
62571  </div>
62572  </div></li>
62573  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/psychiatric-oncology-
    …  center.html">Psychiatric Oncology Center</a></li>
62574  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center.html">Radiation Treatment Center</a>
62575  <div class="subnav-mask">
62576  <div class="subnav-wrapper">
62577  <div class="subnav col10 pad">
62578  <section class="nested">
62579  <div class="col4 main-column">
62580  <nav class="secondary">
62581  <ul>
62582  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center.html" aria-label="Back to Radiation Treatment Center">Radiation Treatment
    …  Center</a></li>
62583  <li class="primary-nav-item">
62584  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center.html" aria-label="Radiation Treatment Center Home">Radiation Treatment Center
    …  Home</a></li>
62585  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center/meet-our-team.html">Meet Our Team</a></li>
62586  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center/frequently-asked-questions.html">Frequently Asked Questions</a></li>
62587  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
    …  center/treatment-locations.html">Treatment Locations</a></li>
62588  </ul>
62589  </nav>
62590  </div>
62591  </section>
```

```
62592 </div>
62593 </div>
62594 </div></li>
62595 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
   … reconstructive-surgery.html">Center for Reconstructive Surgery</a>
62596 <div class="subnav-mask">
62597 <div class="subnav-wrapper">
62598 <div class="subnav col10 pad">
62599 <section class="nested">
62600 <div class="col4 main-column">
62601 <nav class="secondary">
62602 <ul>
62603 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
   … reconstructive-surgery.html" aria-label="Back to Center for Reconstructive
   … Surgery">Center for Reconstructive Surgery</a></li>
62604 <li class="primary-nav-item">
62605 <a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
   … reconstructive-surgery.html" aria-label="Center for Reconstructive Surgery
   … Home">Center for Reconstructive Surgery Home</a></li>
62606 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
   … reconstructive-surgery/meet-our-team.html">Meet Our Team</a></li>
62607 </ul>
62608 </nav>
62609 </div>
62610 </section>
62611 </div>
62612 </div>
62613 </div></li>
62614 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/rehabilitation-
   … services.html">Rehabilitation Services</a></li>
62615 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html">
   … Sarcoma Center</a>
62616 <div class="subnav-mask">
62617 <div class="subnav-wrapper">
62618 <div class="subnav col10 pad">
62619 <section class="nested">
62620 <div class="col4 main-column">
62621 <nav class="secondary">
62622 <ul>
62623 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
   … aria-label="Back to Sarcoma Center">Sarcoma Center</a></li>
62624 <li class="primary-nav-item">
62625 <a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
   … aria-label="Sarcoma Center Home">Sarcoma Center Home</a></li>
62626 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center/meet-
   … our-team.html">Meet Our Team</a></li>
62627 </ul>
62628 </nav>
62629 </div>
62630 </section>
62631 </div>
62632 </div>
62633 </div></li>
62634 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
   … transplantation-and-cellular-therapy-center.html">Stem Cell Transplantation and
   … Cellular Therapy Center</a>
62635 <div class="subnav-mask">
62636 <div class="subnav-wrapper">
```

```
62637 <div class="subnav col10 pad">
62638 <section class="nested">
62639 <div class="col4 main-column">
62640 <nav class="secondary">
62641 <ul>
62642 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    … transplantation-and-cellular-therapy-center.html" aria-label="Back to Stem Cell
    … Transplantation and Cellular Therapy Center">Stem Cell Transplantation and Cellular
    … Therapy Center</a></li>
62643 <li class="primary-nav-item">
62644 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    … transplantation-and-cellular-therapy-center.html" aria-label="Stem Cell
    … Transplantation and Cellular Therapy Center Home">Stem Cell Transplantation and
    … Cellular Therapy Center Home</a></li>
62645 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    … transplantation-and-cellular-therapy-center/meet-our-team.html">Meet Our
    … Team</a></li>
62646 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    … transplantation-and-cellular-therapy-center/mud-program.html">Matched Unrelated Donor
    … Program</a></li>
62647 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    … transplantation-and-cellular-therapy-center/haploidentical-transplant.html">
    … Haploidentical Transplant Program</a></li>
62648 </ul>
62649 </nav>
62650 </div>
62651 </section>
62652 </div>
62653 </div>
62654 </div></li>
62655 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center.html">Supportive Care Center</a>
62656 <div class="subnav-mask">
62657 <div class="subnav-wrapper">
62658 <div class="subnav col10 pad">
62659 <section class="nested">
62660 <div class="col4 main-column">
62661 <nav class="secondary">
62662 <ul>
62663 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center.html" aria-label="Back to Supportive Care Center">Supportive Care
    … Center</a></li>
62664 <li class="primary-nav-item">
62665 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center.html" aria-label="Supportive Care Center Home">Supportive Care Center
    … Home</a></li>
62666 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center/meet-our-team.html">Meet Our Team</a></li>
62667 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center/clinics.html">Clinics</a></li>
62668 </ul>
62669 </nav>
62670 </div>
62671 </section>
62672 </div>
62673 </div>
62674 </div></li>
62675 <li class="primary-nav-item has-subnav"><a
```

```
62675… href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
   … >Thoracic Center</a>
62676 <div class="subnav-mask">
62677 <div class="subnav-wrapper">
62678 <div class="subnav col10 pad">
62679 <section class="nested">
62680 <div class="col4 main-column">
62681 <nav class="secondary">
62682 <ul>
62683 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
   … aria-label="Back to Thoracic Center">Thoracic Center</a></li>
62684 <li class="primary-nav-item">
62685 <a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
   … aria-label="Thoracic Center Home">Thoracic Center Home</a></li>
62686 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/meet-
   … our-team.html">Meet Our Team</a></li>
62687 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/lung-
   … screening-study.html">Lung Cancer Early Detection</a></li>
62688 </ul>
62689 </nav>
62690 </div>
62691 </section>
62692 </div>
62693 </div>
62694 </div></li>
62695 </ul>
62696 </nav>
62697 </div>
62698 </section>
62699 </div>
62700 </div>
62701 </div></li>
62702 </ul>
62703 </nav>
62704 </div>
62705 </section>
62706 </div>
62707 </div>
62708 </div></li>
62709 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/supporting-a-loved-one.html">Supporting a Loved One</a>
62710 <div class="subnav-mask">
62711 <div class="subnav-wrapper">
62712 <div class="subnav col10 pad">
62713 <section class="nested">
62714 <div class="col4 main-column">
62715 <nav class="secondary">
62716 <ul>
62717 <li class="mobile-nav-back"><a href="/patients-family/supporting-a-loved-one.html"
   … aria-label="Back to Supporting a Loved One">Supporting a Loved One</a></li>
62718 <li class="primary-nav-item">
62719 <a href="/patients-family/supporting-a-loved-one.html" aria-label="Supporting a Loved
   … One Home">Supporting a Loved One Home</a></li>
62720 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html">
   … Caregiver Roles &amp; Challenges</a>
62721 <div class="subnav-mask">
62722 <div class="subnav-wrapper">
62723 <div class="subnav col10 pad">
62724 <section class="nested">
62725 <div class="col4 main-column">
62726 <nav class="secondary">
62727 <ul>
62728 <li class="mobile-nav-back"><a
```

```
62728…  href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
  …    aria-label="Back to Caregiver Roles &amp; Challenges">Caregiver Roles &amp;
  …    Challenges</a></li>
62729  <li class="primary-nav-item">
62730  <a href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
  …    aria-label="Caregiver Roles &amp; Challenges Home">Caregiver Roles &amp; Challenges
  …    Home</a></li>
62731  <li class="primary-nav-item"><a
  …    href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges/caregiver-
  …    legal-issues.html">Caregiver Legal Issues</a></li>
62732  </ul>
62733  </nav>
62734  </div>
62735  </section>
62736  </div>
62737  </div>
62738  </div></li>
62739  <li class="primary-nav-item"><a
  …    href="/patients-family/supporting-a-loved-one/supporting-children-teens.html">
  …    Children and Teens</a></li>
62740  <li class="primary-nav-item"><a
  …    href="/patients-family/supporting-a-loved-one/taking-care-of-yourself.html">Taking
  …    Care of Yourself</a></li>
62741  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/supporting-a-loved-one/dealing-with-loss.html">Dealing with
  …    Loss</a>
62742  <div class="subnav-mask">
62743  <div class="subnav-wrapper">
62744  <div class="subnav col10 pad">
62745  <section class="nested">
62746  <div class="col4 main-column">
62747  <nav class="secondary">
62748  <ul>
62749  <li class="mobile-nav-back"><a
  …    href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
  …    aria-label="Back to Dealing with Loss">Dealing with Loss</a></li>
62750  <li class="primary-nav-item">
62751  <a href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
  …    aria-label="Dealing with Loss Home">Dealing with Loss Home</a></li>
62752  <li class="primary-nav-item"><a
  …    href="/patients-family/supporting-a-loved-one/dealing-with-loss/children-and-grief.
  …    html">Children and Grief</a></li>
62753  </ul>
62754  </nav>
62755  </div>
62756  </section>
62757  </div>
62758  </div>
62759  </div></li>
62760  </ul>
62761  </nav>
62762  </div>
62763  </section>
62764  </div>
62765  </div>
62766  </div></li>
62767  <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/life-after-cancer.html">Life After Cancer</a>
62768  <div class="subnav-mask">
62769  <div class="subnav-wrapper">
62770  <div class="subnav col10 pad">
62771  <section class="nested">
62772  <div class="col4 main-column">
62773  <nav class="secondary">
62774  <ul>
62775  <li class="mobile-nav-back"><a href="/patients-family/life-after-cancer.html"
  …    aria-label="Back to Life After Cancer">Life After Cancer</a></li>
62776  <li class="primary-nav-item">
```

```
62777  <a href="/patients-family/life-after-cancer.html" aria-label="Life After Cancer
   …  Home">Life After Cancer Home</a></li>
62778  <li class="primary-nav-item"><a
   …  href="/patients-family/life-after-cancer/legal-financial-impacts.html">Legal &amp;
   …  Financial Impacts of Cancer</a></li>
62779  <li class="primary-nav-item"><a
   …  href="/patients-family/life-after-cancer/social-emotional-impacts.html">Social &amp;
   …  Emotional Impacts of Cancer</a></li>
62780  <li class="primary-nav-item"><a
   …  href="/patients-family/life-after-cancer/followup-care.html">Follow-up Care</a></li>
62781  <li class="primary-nav-item"><a
   …  href="/patients-family/life-after-cancer/long-term-effects.html">Long-Term Effects of
   …  Cancer</a></li>
62782  <li class="primary-nav-item"><a
   …  href="/patients-family/life-after-cancer/survivorship-week.html">Survivorship
   …  Week</a></li>
62783  </ul>
62784  </nav>
62785  </div>
62786  </section>
62787  </div>
62788  </div>
62789  </div></li>
62790  </ul>
62791  </li>
62792  <li class="topnav-list-item"><a href="/prevention-screening.html"
   …  data-primary-nav="nav_prevention-screening">Prevention &amp; Screening</a>
62793  <ul class="primary-nav-list" id="nav-index">
62794  <li class="primary-nav-item"><a href="/prevention-screening.html">Prevention &amp;
   …  Screening Home</a></li>
62795  <li class="primary-nav-item has-subnav"><a
   …  href="/prevention-screening/manage-your-risk.html">Manage Your Risk</a>
62796  <div class="subnav-mask">
62797  <div class="subnav-wrapper">
62798  <div class="subnav col10 pad">
62799  <section class="nested">
62800  <div class="col4 main-column">
62801  <nav class="secondary">
62802  <ul>
62803  <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk.html"
   …  aria-label="Back to Manage Your Risk">Manage Your Risk</a></li>
62804  <li class="primary-nav-item">
62805  <a href="/prevention-screening/manage-your-risk.html" aria-label="Manage Your Risk
   …  Home">Manage Your Risk Home</a></li>
62806  <li class="primary-nav-item has-subnav"><a
   …  href="/prevention-screening/manage-your-risk/smoking-tobacco.html">Smoking &amp;
   …  Tobacco</a>
62807  <div class="subnav-mask">
62808  <div class="subnav-wrapper">
62809  <div class="subnav col10 pad">
62810  <section class="nested">
62811  <div class="col4 main-column">
62812  <nav class="secondary">
62813  <ul>
62814  <li class="mobile-nav-back"><a
   …  href="/prevention-screening/manage-your-risk/smoking-tobacco.html" aria-label="Back
   …  to Smoking &amp; Tobacco">Smoking &amp; Tobacco</a></li>
62815  <li class="primary-nav-item">
62816  <a href="/prevention-screening/manage-your-risk/smoking-tobacco.html"
   …  aria-label="Smoking &amp; Tobacco Home">Smoking &amp; Tobacco Home</a></li>
62817  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/smoking-tobacco/teens-and-tobacco.html">
   …  Teens &amp; Tobacco</a></li>
62818  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/smoking-tobacco/how-to-quit.html">How to
   …  Quit Smoking</a></li>
62819  </ul>
62820  </nav>
```

```
62821  </div>
62822  </section>
62823  </div>
62824  </div>
62825  </div></li>
62826  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/diet.html">Diet</a></li>
62827  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/physical-activity.html">Physical
    …  Activity</a></li>
62828  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/skin-safety.html">Skin Safety</a></li>
62829  <li class="primary-nav-item has-subnav"><a
    …  href="/prevention-screening/manage-your-risk/hpv.html">HPV</a>
62830  <div class="subnav-mask">
62831  <div class="subnav-wrapper">
62832  <div class="subnav col10 pad">
62833  <section class="nested">
62834  <div class="col4 main-column">
62835  <nav class="secondary">
62836  <ul>
62837  <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk/hpv.html"
    …  aria-label="Back to HPV">HPV</a></li>
62838  <li class="primary-nav-item">
62839  <a href="/prevention-screening/manage-your-risk/hpv.html" aria-label="HPV Home">HPV
    …  Home</a></li>
62840  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/hpv/hpv-vaccine.html">HPV
    …  Vaccine</a></li>
62841  </ul>
62842  </nav>
62843  </div>
62844  </section>
62845  </div>
62846  </div>
62847  </div></li>
62848  </ul>
62849  </nav>
62850  </div>
62851  </section>
62852  </div>
62853  </div>
62854  </div></li>
62855  <li class="primary-nav-item has-subnav"><a
    …  href="/prevention-screening/family-history.html">Family History</a>
62856  <div class="subnav-mask">
62857  <div class="subnav-wrapper">
62858  <div class="subnav col10 pad">
62859  <section class="nested">
62860  <div class="col4 main-column">
62861  <nav class="secondary">
62862  <ul>
62863  <li class="mobile-nav-back"><a href="/prevention-screening/family-history.html"
    …  aria-label="Back to Family History">Family History</a></li>
62864  <li class="primary-nav-item">
62865  <a href="/prevention-screening/family-history.html" aria-label="Family History
    …  Home">Family History Home</a></li>
62866  <li class="primary-nav-item"><a
    …  href="/prevention-screening/family-history/genetic-testing.html">Genetic
    …  Testing</a></li>
62867  <li class="primary-nav-item"><a
    …  href="/prevention-screening/family-history/hereditary-cancer-syndromes.html">
    …  Hereditary Cancer Syndromes</a></li>
62868  </ul>
62869  </nav>
62870  </div>
62871  </section>
62872  </div>
```

```
62873  </div></li>
62874  </div></li>
62875  <li class="primary-nav-item has-subnav"><a
    …  href="/prevention-screening/get-screened.html">Get Screened</a>
62876  <div class="subnav-mask">
62877  <div class="subnav-wrapper">
62878  <div class="subnav col10 pad">
62879  <section class="nested">
62880  <div class="col4 main-column">
62881  <nav class="secondary">
62882  <ul>
62883  <li class="mobile-nav-back"><a href="/prevention-screening/get-screened.html"
    …  aria-label="Back to Get Screened">Get Screened</a></li>
62884  <li class="primary-nav-item">
62885  <a href="/prevention-screening/get-screened.html" aria-label="Get Screened Home">Get
    …  Screened Home</a></li>
62886  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/breast-cancer-screening.html">Breast Cancer
    …  Screening</a></li>
62887  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/cervical-cancer-screening.html">Cervical
    …  Cancer Screening</a></li>
62888  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/colorectal-cancer-screening.html">Colorectal
    …  Cancer Screening Exams</a></li>
62889  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/endometrial-cancer-screening.html">
    …  Endometrial Cancer Screening Exams</a></li>
62890  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/liver-cancer-screening.html">Liver Cancer
    …  Screening Exams</a></li>
62891  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/lung-cancer-screening.html">Lung Cancer
    …  Screening Exams</a></li>
62892  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/mobile-mammography.html">Mobile
    …  Mammography</a></li>
62893  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/ovarian-cancer-screening.html">Ovarian
    …  Cancer Screening Exams</a></li>
62894  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/prostate-cancer-screening.html">Prostate
    …  Cancer Screening Exams</a></li>
62895  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/skin-cancer-screening.html">Skin Cancer
    …  Screening Exams</a></li>
62896  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/women-screening-exams.html">Women's
    …  Screening Exams</a></li>
62897  <li class="primary-nav-item"><a
    …  href="/prevention-screening/get-screened/men-screening-exams.html">Men's Screening
    …  Exams</a></li>
62898  </ul>
62899  </nav>
62900  </div>
62901  </section>
62902  </div>
62903  </div>
62904  </div></li>
62905  </ul>
62906  </li>
62907  <li class="topnav-list-item"><a href="/donors-volunteers.html"
    …  data-primary-nav="nav_donors-volunteers">Donors &amp; Volunteers</a>
62908  <ul class="primary-nav-list" id="nav-index">
62909  <li class="primary-nav-item"><a href="/donors-volunteers.html">Donors &amp;
    …  Volunteers Home</a></li>
62910  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/donate.html">Donate</a>
```

```
62911 <div class="subnav-mask">
62912 <div class="subnav-wrapper">
62913 <div class="subnav col10 pad">
62914 <section class="nested">
62915 <div class="col4 main-column">
62916 <nav class="secondary">
62917 <ul>
62918 <li class="mobile-nav-back"><a href="/donors-volunteers/donate.html" aria-label="Back
   to Donate">Donate</a></li>
62919 <li class="primary-nav-item">
62920 <a href="/donors-volunteers/donate.html" aria-label="Donate Home">Donate
   Home</a></li>
62921 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/raise-money.html">Raise Money</a></li>
62922 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/honor-loved-ones.html">Honor Loved Ones</a></li>
62923 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/planned-giving.html">Create Your Legacy</a></li>
62924 <li class="primary-nav-item has-subnav"><a
   href="/donors-volunteers/donate/endowments.html">Endowments</a>
62925 <div class="subnav-mask">
62926 <div class="subnav-wrapper">
62927 <div class="subnav col10 pad">
62928 <section class="nested">
62929 <div class="col4 main-column">
62930 <nav class="secondary">
62931 <ul>
62932 <li class="mobile-nav-back"><a href="/donors-volunteers/donate/endowments.html"
   aria-label="Back to Endowments">Endowments</a></li>
62933 <li class="primary-nav-item">
62934 <a href="/donors-volunteers/donate/endowments.html" aria-label="Endowments
   Home">Endowments Home</a></li>
62935 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/harry-carothers-wiess-distinguished-
   university-chair-for-cancer-.html">Harry Carothers Wiess Distinguished University
   Chair for Cancer Research</a></li>
62936 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/ann-rife-cox-chair-in-gynecology.html">Ann
   Rife Cox Chair in Gynecology</a></li>
62937 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/murray-distinguished-professorship-in-
   ovarian-cancer-research.html">Murray Distinguished Professorship in Ovarian Cancer
   Research</a></li>
62938 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/texas-4000-distinguished-professorship.
   html">Texas 4000 Distinguished Professorship</a></li>
62939 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/kinder-foundation-endowed-scholarships.
   html">Kinder Foundation Endowed Scholarships</a></li>
62940 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/sister-alice-potts-endowed-lecture-series-
   for-pastoral-education.html">Sister Alice Potts Endowed Lecture Series for Pastoral
   Education</a></li>
62941 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/william-o-russell-lectureship-and-joanne-
   vandenberge-hill-award.html">William O. Russell Lectureship and Joanne Vandenberge
   Hill Award in
62942 Anatomical Pathology</a></li>
62943 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/heb-fellowship-in-cancer-research.html">
   HEB Fellowship in Cancer Research</a></li>
62944 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/megan-leigh-brown-fellowship-for-ovarian-
   cancer.html">Megan Leigh Brown Fellowship for Ovarian Cancer</a></li>
62945 <li class="primary-nav-item"><a
   href="/donors-volunteers/donate/endowments/kimberly-patterson-endowment.html">
   Kimberly Patterson Endowment for Patient Assistance</a></li>
62946 <li class="primary-nav-item"><a
```

```
62946  href="/donors-volunteers/donate/endowments/laurie-mcknight-schlattman-and-bonnie-
   …   mcknight-endowment-fund-fo.html">Laurie McKnight Schlattman and Bonnie McKnight
   …   Endowment Fund for
62947  Supportive Care for Children Affected by Cancer</a></li>
62948  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/karen-e-hoffman-radiation-therapy-
   …   scholarship.html">Karen E Hoffman Radiation Therapy Scholarship</a></li>
62949  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/jack-and-beverly-randall-endowment.html">
   …   Jack and Beverly Randall Endowment</a></li>
62950  </ul>
62951  </nav>
62952  </div>
62953  </section>
62954  </div>
62955  </div>
62956  </div></li>
62957  </ul>
62958  </nav>
62959  </div>
62960  </section>
62961  </div>
62962  </div>
62963  </div></li>
62964  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/volunteer.html">Volunteer</a>
62965  <div class="subnav-mask">
62966  <div class="subnav-wrapper">
62967  <div class="subnav col10 pad">
62968  <section class="nested">
62969  <div class="col4 main-column">
62970  <nav class="secondary">
62971  <ul>
62972  <li class="mobile-nav-back"><a href="/donors-volunteers/volunteer.html"
   …   aria-label="Back to Volunteer">Volunteer</a></li>
62973  <li class="primary-nav-item">
62974  <a href="/donors-volunteers/volunteer.html" aria-label="Volunteer Home">Volunteer
   …   Home</a></li>
62975  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/volunteer/why-volunteer.html">Why Volunteer</a></li>
62976  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/volunteer/how-to-get-involved.html">How to Get Involved</a>
62977  <div class="subnav-mask">
62978  <div class="subnav-wrapper">
62979  <div class="subnav col10 pad">
62980  <section class="nested">
62981  <div class="col4 main-column">
62982  <nav class="secondary">
62983  <ul>
62984  <li class="mobile-nav-back"><a
   …   href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="Back to How
   …   to Get Involved">How to Get Involved</a></li>
62985  <li class="primary-nav-item">
62986  <a href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="How to
   …   Get Involved Home">How to Get Involved Home</a></li>
62987  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/volunteer/how-to-get-involved/patient-experience.html">
   …   Patient Experience</a></li>
62988  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/volunteer/how-to-get-involved/childrens-cancer-hospital-
   …   councils.html">Children's Cancer Hospital Councils</a></li>
62989  </ul>
62990  </nav>
62991  </div>
62992  </section>
62993  </div>
62994  </div>
62995  </div></li>
```

```
62996  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/volunteer/volunteer-application.html">Volunteer
       Application</a></li>
62997  <li class="primary-nav-item"><a
       href="/donors-volunteers/volunteer/endowments.html">Volunteer Endowment</a></li>
62998  </ul>
62999  </nav>
63000  </div>
63001  </section>
63002  </div>
63003  </div>
63004  </div></li>
63005  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/other-ways-to-help.html">Other Ways to Help</a>
63006  <div class="subnav-mask">
63007  <div class="subnav-wrapper">
63008  <div class="subnav col10 pad">
63009  <section class="nested">
63010  <div class="col4 main-column">
63011  <nav class="secondary">
63012  <ul>
63013  <li class="mobile-nav-back"><a href="/donors-volunteers/other-ways-to-help.html"
   …   aria-label="Back to Other Ways to Help">Other Ways to Help</a></li>
63014  <li class="primary-nav-item">
63015  <a href="/donors-volunteers/other-ways-to-help.html" aria-label="Other Ways to Help
       Home">Other Ways to Help Home</a></li>
63016  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood.html">Give Blood</a>
63017  <div class="subnav-mask">
63018  <div class="subnav-wrapper">
63019  <div class="subnav col10 pad">
63020  <section class="nested">
63021  <div class="col4 main-column">
63022  <nav class="secondary">
63023  <ul>
63024  <li class="mobile-nav-back"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Back to Give
   …   Blood">Give Blood</a></li>
63025  <li class="primary-nav-item">
63026  <a href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Give
       Blood Home">Give Blood Home</a></li>
63027  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/donation-instructions.html">
   …   Donation Instructions</a></li>
63028  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/blood-donation-faqs.html">
   …   Blood Donation FAQs</a></li>
63029  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/types-of-donations.html">Types
       of Donations</a></li>
63030  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/where-to-donate-blood.html">
   …   Where to Donate Blood</a></li>
63031  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/high-school-donor-program.html
   …   ">High School Donor Program</a></li>
63032  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/give-blood/contact-us.html">Contact
   …   Us</a></li>
63033  </ul>
63034  </nav>
63035  </div>
63036  </section>
63037  </div>
63038  </div>
63039  </div></li>
63040  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/other-ways-to-help/childrens-art-project.html">Children's
```

```
63040… Art Project</a></li>
63041 <li class="primary-nav-item has-subnav"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html">Donate
  …   Goods or Services</a>
63042 <div class="subnav-mask">
63043 <div class="subnav-wrapper">
63044 <div class="subnav col10 pad">
63045 <section class="nested">
63046 <div class="col4 main-column">
63047 <nav class="secondary">
63048 <ul>
63049 <li class="mobile-nav-back"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
  …   aria-label="Back to Donate Goods or Services">Donate Goods or Services</a></li>
63050 <li class="primary-nav-item">
63051 <a href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
  …   aria-label="Donate Goods or Services Home">Donate Goods or Services Home</a></li>
63052 <li class="primary-nav-item has-subnav"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
  …   project.html">Ovarian Quilt Project</a>
63053 <div class="subnav-mask">
63054 <div class="subnav-wrapper">
63055 <div class="subnav col10 pad">
63056 <section class="nested">
63057 <div class="col4 main-column">
63058 <nav class="secondary">
63059 <ul>
63060 <li class="mobile-nav-back"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
  …   project.html" aria-label="Back to Ovarian Quilt Project">Ovarian Quilt
  …   Project</a></li>
63061 <li class="primary-nav-item">
63062 <a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
  …   project.html" aria-label="Ovarian Quilt Project Home">Ovarian Quilt Project
  …   Home</a></li>
63063 <li class="primary-nav-item"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
  …   project/create-a-quilt.html">Create a Quilt</a></li>
63064 <li class="primary-nav-item"><a
  …   href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
  …   project/partnering-shops.html">Partnering Shops</a></li>
63065 </ul>
63066 </nav>
63067 </div>
63068 </section>
63069 </div>
63070 </div>
63071 </div></li>
63072 </ul>
63073 </nav>
63074 </div>
63075 </section>
63076 </div>
63077 </div>
63078 </div></li>
63079 <li class="primary-nav-item has-subnav"><a
  …   href="/donors-volunteers/other-ways-to-help/attend-events.html">Attend Events</a>
63080 <div class="subnav-mask">
63081 <div class="subnav-wrapper">
63082 <div class="subnav col10 pad">
63083 <section class="nested">
63084 <div class="col4 main-column">
63085 <nav class="secondary">
63086 <ul>
63087 <li class="mobile-nav-back"><a
  …   href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Back to
  …   Attend Events">Attend Events</a></li>
```

```
63088  <li class="primary-nav-item">
63089  <a href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Attend
  …    Events Home">Attend Events Home</a></li>
63090  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/polo-on-the-prairie.html">
  …    Polo on the Prairie</a></li>
63091  <li class="primary-nav-item has-subnav"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
  …    cancer.html">SCOPE Run for Colorectal Cancer</a>
63092  <div class="subnav-mask">
63093  <div class="subnav-wrapper">
63094  <div class="subnav col10 pad">
63095  <section class="nested">
63096  <div class="col4 main-column">
63097  <nav class="secondary">
63098  <ul>
63099  <li class="mobile-nav-back"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
  …    cancer.html" aria-label="Back to SCOPE Run for Colorectal Cancer">SCOPE Run for
  …    Colorectal Cancer</a></li>
63100  <li class="primary-nav-item">
63101  <a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
  …    cancer.html" aria-label="SCOPE Run for Colorectal Cancer Home">SCOPE Run for
  …    Colorectal Cancer Home</a></li>
63102  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
  …    cancer/race-day.html">Race Day</a></li>
63103  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
  …    cancer/donate-to-scope.html">Donate to SCOPE</a></li>
63104  </ul>
63105  </nav>
63106  </div>
63107  </section>
63108  </div>
63109  </div>
63110  </div></li>
63111  <li class="primary-nav-item has-subnav"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html">
  …    Sprint for Life</a>
63112  <div class="subnav-mask">
63113  <div class="subnav-wrapper">
63114  <div class="subnav col10 pad">
63115  <section class="nested">
63116  <div class="col4 main-column">
63117  <nav class="secondary">
63118  <ul>
63119  <li class="mobile-nav-back"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
  …    aria-label="Back to Sprint for Life">Sprint for Life</a></li>
63120  <li class="primary-nav-item">
63121  <a href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
  …    aria-label="Sprint for Life Home">Sprint for Life Home</a></li>
63122  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
  …    registration.html">Registration</a></li>
63123  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/be-a-
  …    sponsor.html">Be a Sponsor</a></li>
63124  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
  …    volunteering.html">Volunteering</a></li>
63125  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/awardees.
  …    html">Awardees</a></li>
63126  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
```

```
63126… awards.html">Race Day Awards</a></li>
63127  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/donate.html
    …  ">Donate</a></li>
63128  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
    …  instructions.html">Race Day Instructions</a></li>
63129  </ul>
63130  </nav>
63131  </div>
63132  </section>
63133  </div>
63134  </div>
63135  </div></li>
63136  </ul>
63137  </nav>
63138  </div>
63139  </section>
63140  </div>
63141  </div>
63142  </div></li>
63143  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/cord-blood-bank.html">Cord Blood
    …  Bank</a></li>
63144  </ul>
63145  </nav>
63146  </div>
63147  </section>
63148  </div>
63149  </div>
63150  </div></li>
63151  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/corporate-alliances.html">Corporate Alliances</a>
63152  <div class="subnav-mask">
63153  <div class="subnav-wrapper">
63154  <div class="subnav col10 pad">
63155  <section class="nested">
63156  <div class="col4 main-column">
63157  <nav class="secondary">
63158  <ul>
63159  <li class="mobile-nav-back"><a href="/donors-volunteers/corporate-alliances.html"
    …  aria-label="Back to Corporate Alliances">Corporate Alliances</a></li>
63160  <li class="primary-nav-item">
63161  <a href="/donors-volunteers/corporate-alliances.html" aria-label="Corporate Alliances
    …  Home">Corporate Alliances Home</a></li>
63162  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/corporate-alliances/current-alliances.html">Current
    …  Alliances</a></li>
63163  </ul>
63164  </nav>
63165  </div>
63166  </section>
63167  </div>
63168  </div>
63169  </div></li>
63170  </ul>
63171  </li>
63172  <li class="topnav-list-item"><a href="/for-physicians.html"
    …  data-primary-nav="nav_for_physicians">For Physicians</a>
63173  <ul class="primary-nav-list" id="nav-index">
63174  <li class="primary-nav-item"><a href="/for-physicians.html">For Physicians
    …  Home</a></li>
63175  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/refer-a-patient.html">Refer a Patient</a>
63176  <div class="subnav-mask">
63177  <div class="subnav-wrapper">
63178  <div class="subnav col10 pad">
63179  <section class="nested">
```

```
63180  <div class="col4 main-column">
63181  <nav class="secondary">
63182  <ul>
63183  <li class="mobile-nav-back"><a href="/for-physicians/refer-a-patient.html"
    …  aria-label="Back to Refer a Patient">Refer a Patient</a></li>
63184  <li class="primary-nav-item">
63185  <a href="/for-physicians/refer-a-patient.html" aria-label="Refer a Patient
    …  Home">Refer a Patient Home</a></li>
63186  <li class="primary-nav-item"><a
    …  href="/for-physicians/refer-a-patient/mymdanderson-for-physicians.html">myMDAnderson
    …  for Physicians</a></li>
63187  <li class="primary-nav-item"><a
    …  href="/for-physicians/refer-a-patient/insurance-information.html">Insurance
    …  Information</a></li>
63188  <li class="primary-nav-item"><a
    …  href="/for-physicians/refer-a-patient/international-referrals.html">International
    …  Referrals</a></li>
63189  <li class="primary-nav-item"><a
    …  href="/for-physicians/refer-a-patient/physician-access-center.html">Physician Access
    …  Center</a></li>
63190  <li class="primary-nav-item"><a
    …  href="/for-physicians/refer-a-patient/second-opinion-pathology.html">Second Opinion
    …  Pathology</a></li>
63191  </ul>
63192  </nav>
63193  </div>
63194  </section>
63195  </div>
63196  </div>
63197  </div></li>
63198  <li class="primary-nav-item"><a href="/for-physicians/clinical-trials.html">Clinical
    …  Trials</a></li>
63199  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/connect-with-us.html">Connect with Us</a>
63200  <div class="subnav-mask">
63201  <div class="subnav-wrapper">
63202  <div class="subnav col10 pad">
63203  <section class="nested">
63204  <div class="col4 main-column">
63205  <nav class="secondary">
63206  <ul>
63207  <li class="mobile-nav-back"><a href="/for-physicians/connect-with-us.html"
    …  aria-label="Back to Connect with Us">Connect with Us</a></li>
63208  <li class="primary-nav-item">
63209  <a href="/for-physicians/connect-with-us.html" aria-label="Connect with Us
    …  Home">Connect with Us Home</a></li>
63210  <li class="primary-nav-item"><a
    …  href="/for-physicians/connect-with-us/physician-advisory-board.html">Physician
    …  Advisory Board</a></li>
63211  <li class="primary-nav-item"><a
    …  href="/for-physicians/connect-with-us/physician-liaisons.html">Physician Liaison
    …  Program</a></li>
63212  </ul>
63213  </nav>
63214  </div>
63215  </section>
63216  </div>
63217  </div>
63218  </div></li>
63219  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/clinical-tools-resources.html">Clinical Tools &amp;
    …  Resources</a>
63220  <div class="subnav-mask">
63221  <div class="subnav-wrapper">
63222  <div class="subnav col10 pad">
63223  <section class="nested">
63224  <div class="col4 main-column">
63225  <nav class="secondary">
```

```
63226  <ul>
63227  <li class="mobile-nav-back"><a href="/for-physicians/clinical-tools-resources.html"
    …  aria-label="Back to Clinical Tools &amp; Resources">Clinical Tools &amp;
    …  Resources</a></li>
63228  <li class="primary-nav-item">
63229  <a href="/for-physicians/clinical-tools-resources.html" aria-label="Clinical Tools
    …  &amp; Resources Home">Clinical Tools &amp; Resources Home</a></li>
63230  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-calculators.html">Clinical
    …  Calculators</a>
63231  <div class="subnav-mask">
63232  <div class="subnav-wrapper">
63233  <div class="subnav col10 pad">
63234  <section class="nested">
63235  <div class="col4 main-column">
63236  <nav class="secondary">
63237  <ul>
63238  <li class="mobile-nav-back"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-calculators.html"
    …  aria-label="Back to Clinical Calculators">Clinical Calculators</a></li>
63239  <li class="primary-nav-item">
63240  <a href="/for-physicians/clinical-tools-resources/clinical-calculators.html"
    …  aria-label="Clinical Calculators Home">Clinical Calculators Home</a></li>
63241  <li class="primary-nav-item"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-calculators/residual-cancer-
    …  burden.html">Residual Cancer Burden</a></li>
63242  </ul>
63243  </nav>
63244  </div>
63245  </section>
63246  </div>
63247  </div>
63248  </div></li>
63249  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html">
    …  Clinical Practice Algorithms</a>
63250  <div class="subnav-mask">
63251  <div class="subnav-wrapper">
63252  <div class="subnav col10 pad">
63253  <section class="nested">
63254  <div class="col4 main-column">
63255  <nav class="secondary">
63256  <ul>
63257  <li class="mobile-nav-back"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html"
    …  aria-label="Back to Clinical Practice Algorithms ">Clinical Practice
    …  Algorithms</a></li>
63258  <li class="primary-nav-item">
63259  <a href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html"
    …  aria-label="Clinical Practice Algorithms  Home">Clinical Practice Algorithms
    …  Home</a></li>
63260  <li class="primary-nav-item"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/
    …  survivorship-algorithms.html">Cancer Survivorship Algorithms</a></li>
63261  <li class="primary-nav-item"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/clinical-
    …  management-algorithms.html">Clinical Management Algorithms</a></li>
63262  <li class="primary-nav-item"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/cancer-
    …  screening-algorithms.html">Cancer Screening Algorithms</a></li>
63263  <li class="primary-nav-item"><a
    …  href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/cancer-
    …  treatment-algorithms.html">Cancer Treatment Algorithms</a></li>
63264  </ul>
63265  </nav>
63266  </div>
63267  </section>
63268  </div>
```

```
63269  </div>
63270  </div></li>
63271  </ul>
63272  </nav>
63273  </div>
63274  </section>
63275  </div>
63276  </div>
63277  </div></li>
63278  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/physicians-network.html">Physicians Network</a>
63279  <div class="subnav-mask">
63280  <div class="subnav-wrapper">
63281  <div class="subnav col10 pad">
63282  <section class="nested">
63283  <div class="col4 main-column">
63284  <nav class="secondary">
63285  <ul>
63286  <li class="mobile-nav-back"><a href="/for-physicians/physicians-network.html"
    …  aria-label="Back to Physicians Network">Physicians Network</a></li>
63287  <li class="primary-nav-item">
63288  <a href="/for-physicians/physicians-network.html" aria-label="Physicians Network
    …  Home">Physicians Network Home</a></li>
63289  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/products.html">Products</a></li>
63290  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/leadership.html">Leadership</a></li>
63291  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/employer-contracts.html">Employer
    …  Contracts</a></li>
63292  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/network-providers.html">Network
    …  Providers</a></li>
63293  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/education.html">Education</a></li>
63294  <li class="primary-nav-item has-subnav"><a
    …  href="/for-physicians/physicians-network/for-professionals.html">For
    …  Professionals</a>
63295  <div class="subnav-mask">
63296  <div class="subnav-wrapper">
63297  <div class="subnav col10 pad">
63298  <section class="nested">
63299  <div class="col4 main-column">
63300  <nav class="secondary">
63301  <ul>
63302  <li class="mobile-nav-back"><a
    …  href="/for-physicians/physicians-network/for-professionals.html" aria-label="Back to
    …  For Professionals">For Professionals</a></li>
63303  <li class="primary-nav-item">
63304  <a href="/for-physicians/physicians-network/for-professionals.html" aria-label="For
    …  Professionals Home">For Professionals Home</a></li>
63305  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/for-professionals/observations.html">
    …  Observation</a></li>
63306  </ul>
63307  </nav>
63308  </div>
63309  </section>
63310  </div>
63311  </div>
63312  </div></li>
63313  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/prospective-members.html">Prospective
    …  Members</a></li>
63314  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/for-patients.html">For Patients</a></li>
63315  <li class="primary-nav-item"><a
    …  href="/for-physicians/physicians-network/peer-to-peer-consultation.html">Physicians
```

```
63315…  Peer-to-Peer Consultation Program</a></li>
63316   </ul>
63317   </nav>
63318   </div>
63319   </section>
63320   </div>
63321   </div>
63322   </div></li>
63323   </ul>
63324   </li>
63325   <li class="topnav-list-item"><a href="/about-md-anderson.html"
    …   data-primary-nav="nav_about-md-anderson">About MD Anderson</a>
63326   <ul class="primary-nav-list" id="nav-index">
63327   <li class="primary-nav-item"><a href="/about-md-anderson.html">About MD Anderson
    …   Home</a></li>
63328   <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/facts-history.html">Facts &amp; History</a>
63329   <div class="subnav-mask">
63330   <div class="subnav-wrapper">
63331   <div class="subnav col10 pad">
63332   <section class="nested">
63333   <div class="col4 main-column">
63334   <nav class="secondary">
63335   <ul>
63336   <li class="mobile-nav-back"><a href="/about-md-anderson/facts-history.html"
    …   aria-label="Back to Facts &amp; History">Facts &amp; History</a></li>
63337   <li class="primary-nav-item">
63338   <a href="/about-md-anderson/facts-history.html" aria-label="Facts &amp; History
    …   Home">Facts &amp; History Home</a></li>
63339   <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/shared-governance-committee.html">Shared
    …   Governance Committee</a></li>
63340   <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/president-ronald-depinho.html">President
    …   Ronald DePinho, M.D.</a></li>
63341   <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/facts-history/institutional-profile.html">Institutional
    …   Profile</a>
63342   <div class="subnav-mask">
63343   <div class="subnav-wrapper">
63344   <div class="subnav col10 pad">
63345   <section class="nested">
63346   <div class="col4 main-column">
63347   <nav class="secondary">
63348   <ul>
63349   <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/facts-history/institutional-profile.html" aria-label="Back
    …   to Institutional Profile">Institutional Profile</a></li>
63350   <li class="primary-nav-item">
63351   <a href="/about-md-anderson/facts-history/institutional-profile.html"
    …   aria-label="Institutional Profile Home">Institutional Profile Home</a></li>
63352   <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/institutional-profile/us-news-and-world-report
    …   -best-hospitals.html">U.S. News &amp; World Report's Best Hospitals</a></li>
63353   </ul>
63354   </nav>
63355   </div>
63356   </section>
63357   </div>
63358   </div>
63359   </div></li>
63360   <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/moon-shots-program.html">Moon Shots
    …   Program</a></li>
63361   <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/joint-commission-survey.html">Joint Commission
    …   Survey</a></li>
63362   <li class="primary-nav-item"><a
```

```
63362  href="/about-md-anderson/facts-history/who-was-md-anderson.html">Who Was MD
   …   Anderson</a></li>
63363  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/past-presidents.html">Past Presidents</a></li>
63364  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/u-t-system-reports.html">Reports to the
   …   State</a></li>
63365  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/facts-history/emergency-alert.html">Emergency Alert</a>
63366  <div class="subnav-mask">
63367  <div class="subnav-wrapper">
63368  <div class="subnav col10 pad">
63369  <section class="nested">
63370  <div class="col4 main-column">
63371  <nav class="secondary">
63372  <ul>
63373  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Back to
   …   Emergency Alert">Emergency Alert</a></li>
63374  <li class="primary-nav-item">
63375  <a href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Emergency
   …   Alert Home">Emergency Alert Home</a></li>
63376  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/emergency-alert/operational-status-indicators.
   …   html">Operational Status Indicators</a></li>
63377  </ul>
63378  </nav>
63379  </div>
63380  </section>
63381  </div>
63382  </div>
63383  </div></li>
63384  </ul>
63385  </nav>
63386  </div>
63387  </section>
63388  </div>
63389  </div>
63390  </div></li>
63391  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations.html">Our Locations</a>
63392  <div class="subnav-mask">
63393  <div class="subnav-wrapper">
63394  <div class="subnav col10 pad">
63395  <section class="nested">
63396  <div class="col4 main-column">
63397  <nav class="secondary">
63398  <ul>
63399  <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations.html"
   …   aria-label="Back to Our Locations">Our Locations</a></li>
63400  <li class="primary-nav-item">
63401  <a href="/about-md-anderson/our-locations.html" aria-label="Our Locations Home">Our
   …   Locations Home</a></li>
63402  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations/texas-medical-center.html">Texas Medical
   …   Center</a>
63403  <div class="subnav-mask">
63404  <div class="subnav-wrapper">
63405  <div class="subnav col10 pad">
63406  <section class="nested">
63407  <div class="col4 main-column">
63408  <nav class="secondary">
63409  <ul>
63410  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/texas-medical-center.html" aria-label="Back to
   …   Texas Medical Center">Texas Medical Center</a></li>
63411  <li class="primary-nav-item">
63412  <a href="/about-md-anderson/our-locations/texas-medical-center.html"
```

```
63412… aria-label="Texas Medical Center Home">Texas Medical Center Home</a></li>
63413 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/driving-directions.html">
  … Driving Directions to MD Anderson</a></li>
63414 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/parking.html">Parking</a>
  … </li>
63415 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/maps-wayfinding.html">
  … Maps &amp; Wayfinding</a></li>
63416 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/transportation.html">
  … Transportation</a></li>
63417 </ul>
63418 </nav>
63419 </div>
63420 </section>
63421 </div>
63422 </div>
63423 </div></li>
63424 <li class="primary-nav-item has-subnav"><a
  … href="/about-md-anderson/our-locations/bay-area.html">MD Anderson in Bay Area</a>
63425 <div class="subnav-mask">
63426 <div class="subnav-wrapper">
63427 <div class="subnav col10 pad">
63428 <section class="nested">
63429 <div class="col4 main-column">
63430 <nav class="secondary">
63431 <ul>
63432 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/bay-area.html"
  … aria-label="Back to MD Anderson in Bay Area">MD Anderson in Bay Area</a></li>
63433 <li class="primary-nav-item">
63434 <a href="/about-md-anderson/our-locations/bay-area.html" aria-label="MD Anderson in
  … Bay Area Home">MD Anderson in Bay Area Home</a></li>
63435 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/bay-area/meet-our-team.html">Meet Our
  … Team</a></li>
63436 </ul>
63437 </nav>
63438 </div>
63439 </section>
63440 </div>
63441 </div>
63442 </div></li>
63443 <li class="primary-nav-item has-subnav"><a
  … href="/about-md-anderson/our-locations/katy.html">MD Anderson in Katy</a>
63444 <div class="subnav-mask">
63445 <div class="subnav-wrapper">
63446 <div class="subnav col10 pad">
63447 <section class="nested">
63448 <div class="col4 main-column">
63449 <nav class="secondary">
63450 <ul>
63451 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/katy.html"
  … aria-label="Back to MD Anderson in Katy">MD Anderson in Katy</a></li>
63452 <li class="primary-nav-item">
63453 <a href="/about-md-anderson/our-locations/katy.html" aria-label="MD Anderson in Katy
  … Home">MD Anderson in Katy Home</a></li>
63454 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/katy/meet-our-team.html">Meet Our
  … Team</a></li>
63455 </ul>
63456 </nav>
63457 </div>
63458 </section>
63459 </div>
63460 </div>
63461 </div></li>
```

```
63462  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations/memorial-city.html">MD Anderson in Memorial
   …   City</a>
63463  <div class="subnav-mask">
63464  <div class="subnav-wrapper">
63465  <div class="subnav col10 pad">
63466  <section class="nested">
63467  <div class="col4 main-column">
63468  <nav class="secondary">
63469  <ul>
63470  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/memorial-city.html" aria-label="Back to MD
   …   Anderson in Memorial City">MD Anderson in Memorial City</a></li>
63471  <li class="primary-nav-item">
63472  <a href="/about-md-anderson/our-locations/memorial-city.html" aria-label="MD Anderson
   …   in Memorial City Home">MD Anderson in Memorial City Home</a></li>
63473  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/memorial-city/meet-our-team.html">Meet Our
   …   Team</a></li>
63474  </ul>
63475  </nav>
63476  </div>
63477  </section>
63478  </div>
63479  </div>
63480  </div></li>
63481  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations/sugar-land.html">MD Anderson in Sugar Land</a>
63482  <div class="subnav-mask">
63483  <div class="subnav-wrapper">
63484  <div class="subnav col10 pad">
63485  <section class="nested">
63486  <div class="col4 main-column">
63487  <nav class="secondary">
63488  <ul>
63489  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/sugar-land.html" aria-label="Back to MD
   …   Anderson in Sugar Land">MD Anderson in Sugar Land</a></li>
63490  <li class="primary-nav-item">
63491  <a href="/about-md-anderson/our-locations/sugar-land.html" aria-label="MD Anderson in
   …   Sugar Land Home">MD Anderson in Sugar Land Home</a></li>
63492  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/sugar-land/meet-our-team.html">Meet Our
   …   Team</a></li>
63493  </ul>
63494  </nav>
63495  </div>
63496  </section>
63497  </div>
63498  </div>
63499  </div></li>
63500  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations/the-woodlands.html">MD Anderson in The
   …   Woodlands</a>
63501  <div class="subnav-mask">
63502  <div class="subnav-wrapper">
63503  <div class="subnav col10 pad">
63504  <section class="nested">
63505  <div class="col4 main-column">
63506  <nav class="secondary">
63507  <ul>
63508  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="Back to MD
   …   Anderson in The Woodlands">MD Anderson in The Woodlands</a></li>
63509  <li class="primary-nav-item">
63510  <a href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="MD Anderson
   …   in The Woodlands Home">MD Anderson in The Woodlands Home</a></li>
63511  <li class="primary-nav-item"><a
```

```
63511…  href="/about-md-anderson/our-locations/the-woodlands/meet-our-team.html">Meet Our
  …     Team</a></li>
63512   </ul>
63513   </nav>
63514   </div>
63515   </section>
63516   </div>
63517   </div>
63518   </div></li>
63519   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/our-locations/md-anderson-at-cooper.html">MD Anderson at
  …     Cooper</a></li>
63520   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/our-locations/diagnostic-imaging-clinics.html">Diagnostic
  …     Imaging</a></li>
63521   <li class="primary-nav-item has-subnav"><a
  …     href="/about-md-anderson/our-locations/md-anderson-cancer-network.html">MD Anderson
  …     Cancer Network</a>
63522   <div class="subnav-mask">
63523   <div class="subnav-wrapper">
63524   <div class="subnav col10 pad">
63525   <section class="nested">
63526   <div class="col4 main-column">
63527   <nav class="secondary">
63528   <ul>
63529   <li class="mobile-nav-back"><a
  …     href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
  …     aria-label="Back to MD Anderson Cancer Network">MD Anderson Cancer Network</a></li>
63530   <li class="primary-nav-item">
63531   <a href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
  …     aria-label="MD Anderson Cancer Network Home">MD Anderson Cancer Network Home</a></li>
63532   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/our-locations/md-anderson-cancer-network/network-members.
  …     html">Network Members</a></li>
63533   </ul>
63534   </nav>
63535   </div>
63536   </section>
63537   </div>
63538   </div>
63539   </div></li>
63540   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/our-locations/etour.html">eTour</a></li>
63541   </ul>
63542   </nav>
63543   </div>
63544   </section>
63545   </div>
63546   </div>
63547   </div></li>
63548   <li class="primary-nav-item has-subnav"><a
  …     href="/about-md-anderson/contact-us.html">Contact Us</a>
63549   <div class="subnav-mask">
63550   <div class="subnav-wrapper">
63551   <div class="subnav col10 pad">
63552   <section class="nested">
63553   <div class="col4 main-column">
63554   <nav class="secondary">
63555   <ul>
63556   <li class="mobile-nav-back"><a href="/about-md-anderson/contact-us.html"
  …     aria-label="Back to Contact Us">Contact Us</a></li>
63557   <li class="primary-nav-item">
63558   <a href="/about-md-anderson/contact-us.html" aria-label="Contact Us Home">Contact Us
  …     Home</a></li>
63559   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/contact-us/askmdanderson.html">askMDAnderson</a></li>
63560   <li class="primary-nav-item"><a
  …     href="/about-md-anderson/contact-us/social-media.html">Social Media</a></li>
```

```
63561  </ul>
63562  </nav>
63563  </div>
63564  </section>
63565  </div>
63566  </div>
63567  </div></li>
63568  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/careers.html">Careers</a>
63569  <div class="subnav-mask">
63570  <div class="subnav-wrapper">
63571  <div class="subnav col10 pad">
63572  <section class="nested">
63573  <div class="col4 main-column">
63574  <nav class="secondary">
63575  <ul>
63576  <li class="mobile-nav-back"><a href="/about-md-anderson/careers.html"
    …  aria-label="Back to Careers">Careers</a></li>
63577  <li class="primary-nav-item">
63578  <a href="/about-md-anderson/careers.html" aria-label="Careers Home">Careers
    …  Home</a></li>
63579  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/careers/career-opportunities.html">Career
    …  Opportunities</a></li>
63580  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html">Faculty Careers
    …  at MD Anderson</a>
63581  <div class="subnav-mask">
63582  <div class="subnav-wrapper">
63583  <div class="subnav col10 pad">
63584  <section class="nested">
63585  <div class="col4 main-column">
63586  <nav class="secondary">
63587  <ul>
63588  <li class="mobile-nav-back"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
    …  aria-label="Back to Faculty Careers at MD Anderson">Faculty Careers at MD
    …  Anderson</a></li>
63589  <li class="primary-nav-item">
63590  <a href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
    …  aria-label="Faculty Careers at MD Anderson Home">Faculty Careers at MD Anderson
    …  Home</a></li>
63591  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/clinical-faculty-
    …  positions.html">Clinical Faculty Positions</a></li>
63592  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/research-faculty-
    …  positions.html">Research Faculty Positions</a></li>
63593  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-leadership-
    …  positions.html">Faculty Leadership Positions</a></li>
63594  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
    …  services.html">Faculty Support Services</a>
63595  <div class="subnav-mask">
63596  <div class="subnav-wrapper">
63597  <div class="subnav col10 pad">
63598  <section class="nested">
63599  <div class="col4 main-column">
63600  <nav class="secondary">
63601  <ul>
63602  <li class="mobile-nav-back"><a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
    …  services.html" aria-label="Back to Faculty Support Services">Faculty Support
    …  Services</a></li>
63603  <li class="primary-nav-item">
63604  <a
    …  href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
```

```
63604  services.html" aria-label="Faculty Support Services Home">Faculty Support Services
   …   Home</a></li>
63605  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/faculty-assistance-program.html">Faculty Assistance Program</a></li>
63606  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/faculty-health-well-being.html">Faculty Health &amp; Well-Being</a></li>
63607  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html">Women &amp; Minority Faculty
   …   Inclusion</a>
63608  <div class="subnav-mask">
63609  <div class="subnav-wrapper">
63610  <div class="subnav col10 pad">
63611  <section class="nested">
63612  <div class="col4 main-column">
63613  <nav class="secondary">
63614  <ul>
63615  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html" aria-label="Back to Women &amp;
   …   Minority Faculty Inclusion">Women &amp; Minority Faculty Inclusion</a></li>
63616  <li class="primary-nav-item">
63617  <a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html" aria-label="Women &amp; Minority
   …   Faculty Inclusion Home">Women &amp; Minority Faculty Inclusion Home</a></li>
63618  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/provost-protege-program.html">Provost
   …   Protege Program</a></li>
63619  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/programs-events.html">Programs &amp;
   …   Events</a></li>
63620  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/resources.html">Resources</a></li>
63621  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/contact-us.html">Contact Us</a></li>
63622  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/spotlight.html">Spotlight</a></li>
63623  </ul>
63624  </nav>
63625  </div>
63626  </section>
63627  </div>
63628  </div>
63629  </div></li>
63630  </ul>
63631  </nav>
63632  </div>
63633  </section>
63634  </div>
63635  </div>
63636  </div></li>
63637  </ul>
63638  </nav>
63639  </div>
63640  </section>
63641  </div>
63642  </div>
63643  </div></li>
63644  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/executive-administration.html">Executive
```

```
63644… Administration</a></li>
63645 <li class="primary-nav-item"><a
   … href="/about-md-anderson/careers/professional-student-nurse-extern-program.html">
   … Professional Student Nurse Extern Program</a></li>
63646 <li class="primary-nav-item"><a
   … href="/about-md-anderson/careers/how-to-apply.html">How to Apply</a></li>
63647 <li class="primary-nav-item"><a
   … href="/about-md-anderson/careers/benefits.html">Benefits</a></li>
63648 <li class="primary-nav-item"><a
   … href="/about-md-anderson/careers/diversity-and-inclusion.html">Diversity and
   … Inclusion</a></li>
63649 <li class="primary-nav-item"><a
   … href="/about-md-anderson/careers/living-and-working-in-houston.html">Living and
   … Working in Houston</a></li>
63650 </ul>
63651 </nav>
63652 </div>
63653 </section>
63654 </div>
63655 </div>
63656 </div></li>
63657 <li class="primary-nav-item"><a
   … href="/about-md-anderson/finding-your-way-around.html">Finding Your Way
   … Around</a></li>
63658 <li class="primary-nav-item has-subnav"><a
   … href="/about-md-anderson/business-legal.html">Business &amp; Legal</a>
63659 <div class="subnav-mask">
63660 <div class="subnav-wrapper">
63661 <div class="subnav col10 pad">
63662 <section class="nested">
63663 <div class="col4 main-column">
63664 <nav class="secondary">
63665 <ul>
63666 <li class="mobile-nav-back"><a href="/about-md-anderson/business-legal.html"
   … aria-label="Back to Business &amp; Legal">Business &amp; Legal</a></li>
63667 <li class="primary-nav-item">
63668 <a href="/about-md-anderson/business-legal.html" aria-label="Business &amp; Legal
   … Home">Business &amp; Legal Home</a></li>
63669 <li class="primary-nav-item has-subnav"><a
   … href="/about-md-anderson/business-legal/legal-and-policy.html">Legal and Policy</a>
63670 <div class="subnav-mask">
63671 <div class="subnav-wrapper">
63672 <div class="subnav col10 pad">
63673 <section class="nested">
63674 <div class="col4 main-column">
63675 <nav class="secondary">
63676 <ul>
63677 <li class="mobile-nav-back"><a
   … href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Back to
   … Legal and Policy">Legal and Policy</a></li>
63678 <li class="primary-nav-item">
63679 <a href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Legal
   … and Policy Home">Legal and Policy Home</a></li>
63680 <li class="primary-nav-item has-subnav"><a
   … href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html">Legal
   … Statements</a>
63681 <div class="subnav-mask">
63682 <div class="subnav-wrapper">
63683 <div class="subnav col10 pad">
63684 <section class="nested">
63685 <div class="col4 main-column">
63686 <nav class="secondary">
63687 <ul>
63688 <li class="mobile-nav-back"><a
   … href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
   … aria-label="Back to Legal Statements">Legal Statements</a></li>
63689 <li class="primary-nav-item">
63690 <a href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
```

```
63690 aria-label="Legal Statements Home">Legal Statements Home</a></li>
63691 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/public-
    .. information-act.html">Public Information Act</a></li>
63692 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/notice-of-
    .. privacy-practices.html">Notice of Privacy Practices</a></li>
63693 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/aviso-
    .. conjunto-de-practicas-de-privacidad.html">Aviso Conjunto de Prácticas de
    .. Privacidad</a></li>
63694 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/electronic-
    .. disclosure-of-phi.html">Electronic Disclosure of PHI</a></li>
63695 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/digital-
    .. millennium-copyright-act.html">Digital Millennium Copyright Act</a></li>
63696 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/equal-
    .. employment-opportunity.html">Equal Employment Opportunity</a></li>
63697 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/contacting-
    .. an-employee.html">Personal Contracts with MD Anderson Employees</a></li>
63698 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/concealed-
    .. handguns-on-campus.html">Concealed Handguns on Campus</a></li>
63699 </ul>
63700 </nav>
63701 </div>
63702 </section>
63703 </div>
63704 </div>
63705 </div></li>
63706 <li class="primary-nav-item has-subnav"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html">Site
    .. Policies</a>
63707 <div class="subnav-mask">
63708 <div class="subnav-wrapper">
63709 <div class="subnav col10 pad">
63710 <section class="nested">
63711 <div class="col4 main-column">
63712 <nav class="secondary">
63713 <ul>
63714 <li class="mobile-nav-back"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
    .. aria-label="Back to Site Policies">Site Policies</a></li>
63715 <li class="primary-nav-item">
63716 <a href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
    .. aria-label="Site Policies Home">Site Policies Home</a></li>
63717 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies/privacy-policy
    .. .html">Privacy Policy</a></li>
63718 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies/accessibility-
    .. policy.html">Accessibility Policy</a></li>
63719 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies/link-policy.
    .. html">Link Policy</a></li>
63720 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies/blog-terms-of-
    .. use.html">Blog Terms of Use</a></li>
63721 <li class="primary-nav-item"><a
    .. href="/about-md-anderson/business-legal/legal-and-policy/site-policies/community-
    .. guidelines.html">Community Guidelines</a></li>
63722 </ul>
63723 </nav>
63724 </div>
63725 </section>
```

```
63726 </div>
63727 </div>
63728 </div></li>
63729 <li class="primary-nav-item"><a
   … href="/about-md-anderson/business-legal/legal-and-policy/reporting-fraud-waste-abuse.
   … html">Reporting Fraud Waste &amp; Abuse</a></li>
63730 </ul>
63731 </nav>
63732 </div>
63733 </section>
63734 </div>
63735 </div>
63736 </div></li>
63737 <li class="primary-nav-item has-subnav"><a
   … href="/about-md-anderson/business-legal/conflict-of-interest.html">Conflict of
   … Interest</a>
63738 <div class="subnav-mask">
63739 <div class="subnav-wrapper">
63740 <div class="subnav col10 pad">
63741 <section class="nested">
63742 <div class="col4 main-column">
63743 <nav class="secondary">
63744 <ul>
63745 <li class="mobile-nav-back"><a
   … href="/about-md-anderson/business-legal/conflict-of-interest.html" aria-label="Back
   … to Conflict of Interest">Conflict of Interest</a></li>
63746 <li class="primary-nav-item">
63747 <a href="/about-md-anderson/business-legal/conflict-of-interest.html"
   … aria-label="Conflict of Interest Home">Conflict of Interest Home</a></li>
63748 <li class="primary-nav-item"><a
   … href="/about-md-anderson/business-legal/conflict-of-interest/faculty-with-outside-
   … business-interests.html">Faculty with Outside Business Interests</a></li>
63749 </ul>
63750 </nav>
63751 </div>
63752 </section>
63753 </div>
63754 </div>
63755 </div></li>
63756 <li class="primary-nav-item has-subnav"><a
   … href="/about-md-anderson/business-legal/compliance-program.html">Compliance
   … Program</a>
63757 <div class="subnav-mask">
63758 <div class="subnav-wrapper">
63759 <div class="subnav col10 pad">
63760 <section class="nested">
63761 <div class="col4 main-column">
63762 <nav class="secondary">
63763 <ul>
63764 <li class="mobile-nav-back"><a
   … href="/about-md-anderson/business-legal/compliance-program.html" aria-label="Back to
   … Compliance Program">Compliance Program</a></li>
63765 <li class="primary-nav-item">
63766 <a href="/about-md-anderson/business-legal/compliance-program.html"
   … aria-label="Compliance Program Home">Compliance Program Home</a></li>
63767 <li class="primary-nav-item"><a
   … href="/about-md-anderson/business-legal/compliance-program/compliance-officer-and-
   … committees.html">Compliance Officer and Committees</a></li>
63768 <li class="primary-nav-item"><a
   … href="/about-md-anderson/business-legal/compliance-program/detecting-and-addressing-
   … compliance-concerns.html">Detecting and Addressing Compliance Concerns</a></li>
63769 <li class="primary-nav-item"><a
   … href="/about-md-anderson/business-legal/compliance-program/handbook-of-operating-
   … procedures.html">Handbook of Operating Procedures</a></li>
63770 </ul>
63771 </nav>
63772 </div>
63773 </section>
```

```
63774  </div>
63775  </div>
63776  </div></li>
63777  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/doing-business.html">Doing Business</a>
63778  <div class="subnav-mask">
63779  <div class="subnav-wrapper">
63780  <div class="subnav col10 pad">
63781  <section class="nested">
63782  <div class="col4 main-column">
63783  <nav class="secondary">
63784  <ul>
63785  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/business-legal/doing-business.html" aria-label="Back to
  …    Doing Business">Doing Business</a></li>
63786  <li class="primary-nav-item">
63787  <a href="/about-md-anderson/business-legal/doing-business.html" aria-label="Doing
  …    Business Home">Doing Business Home</a></li>
63788  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
  …    html">Strategic Industry Ventures</a>
63789  <div class="subnav-mask">
63790  <div class="subnav-wrapper">
63791  <div class="subnav col10 pad">
63792  <section class="nested">
63793  <div class="col4 main-column">
63794  <nav class="secondary">
63795  <ul>
63796  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
  …    html" aria-label="Back to Strategic Industry Ventures">Strategic Industry
  …    Ventures</a></li>
63797  <li class="primary-nav-item">
63798  <a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
  …    html" aria-label="Strategic Industry Ventures Home">Strategic Industry Ventures
  …    Home</a></li>
63799  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
  …    about-us.html">About Us</a></li>
63800  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
  …    alliances-and-partnerships1.html">Alliances and Partnerships</a></li>
63801  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
  …    start-up-companies.html">Start-up Companies</a></li>
63802  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
  …    office-of-technology-and-commercialization.html">Office of Technology
  …    Commercialization</a></li>
63803  </ul>
63804  </nav>
63805  </div>
63806  </section>
63807  </div>
63808  </div>
63809  </div></li>
63810  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html">
  …    Vendors and Suppliers</a>
63811  <div class="subnav-mask">
63812  <div class="subnav-wrapper">
63813  <div class="subnav col10 pad">
63814  <section class="nested">
63815  <div class="col4 main-column">
63816  <nav class="secondary">
63817  <ul>
63818  <li class="mobile-nav-back"><a
```

```
63818  href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
  …    aria-label="Back to Vendors and Suppliers">Vendors and Suppliers</a></li>
63819  <li class="primary-nav-item">
63820  <a href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
  …    aria-label="Vendors and Suppliers Home">Vendors and Suppliers Home</a></li>
63821  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/terms-
  …    and-conditions.html">Terms and Conditions</a></li>
63822  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/current-
  …    bids.html">Current Bids</a></li>
63823  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/contact-
  …    information.html">Contact Information</a></li>
63824  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/hub-
  …    small-business-program.html">HUB &amp; Small Business Program</a></li>
63825  </ul>
63826  </nav>
63827  </div>
63828  </section>
63829  </div>
63830  </div>
63831  </div></li>
63832  </ul>
63833  </nav>
63834  </div>
63835  </section>
63836  </div>
63837  </div>
63838  </div></li>
63839  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/code-of-ethics.html">Code of Ethics</a></li>
63840  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy.html">Office of
  …    Health Policy</a>
63841  <div class="subnav-mask">
63842  <div class="subnav-wrapper">
63843  <div class="subnav col10 pad">
63844  <section class="nested">
63845  <div class="col4 main-column">
63846  <nav class="secondary">
63847  <ul>
63848  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy.html"
  …    aria-label="Back to Office of Health Policy">Office of Health Policy</a></li>
63849  <li class="primary-nav-item">
63850  <a href="/about-md-anderson/business-legal/office-of-health-policy.html"
  …    aria-label="Office of Health Policy Home">Office of Health Policy Home</a></li>
63851  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/fit-flu-program.html"
  …    >FIT-Flu Program</a></li>
63852  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/project-valet.html">
  …    Project VALET</a></li>
63853  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/medicaid-1115-waiver.
  …    html">Medicaid 1115 Waiver</a></li>
63854  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/uncompensated-care-
  …    program.html">Uncompensated Care Program</a></li>
63855  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/grant-opportunities.
  …    html">Grant Opportunities</a></li>
63856  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/contact-information.
  …    html">Contact Information</a></li>
63857  </ul>
```

```
63858  </nav>
63859  </div>
63860  </section>
63861  </div>
63862  </div>
63863  </div></li>
63864  </ul>
63865  </nav>
63866  </div>
63867  </section>
63868  </div>
63869  </div>
63870  </div></li>
63871  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/employee-resources.html">Employee Resources</a>
63872  <div class="subnav-mask">
63873  <div class="subnav-wrapper">
63874  <div class="subnav col10 pad">
63875  <section class="nested">
63876  <div class="col4 main-column">
63877  <nav class="secondary">
63878  <ul>
63879  <li class="mobile-nav-back"><a href="/about-md-anderson/employee-resources.html"
    …  aria-label="Back to Employee Resources">Employee Resources</a></li>
63880  <li class="primary-nav-item">
63881  <a href="/about-md-anderson/employee-resources.html" aria-label="Employee Resources
    …  Home">Employee Resources Home</a></li>
63882  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/anti-virus-software.html">Antivirus
    …  Software</a></li>
63883  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/box-cloud-storage.html">Box Cloud
    …  Storage</a></li>
63884  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/employee-benefits.html">Employee
    …  Benefits</a></li>
63885  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/employee-discounts.html">Employee
    …  Discounts</a></li>
63886  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/ombuds-office.html">Ombuds
    …  Office</a></li>
63887  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/employee-resources/retirement.html">Retirement</a>
63888  <div class="subnav-mask">
63889  <div class="subnav-wrapper">
63890  <div class="subnav col10 pad">
63891  <section class="nested">
63892  <div class="col4 main-column">
63893  <nav class="secondary">
63894  <ul>
63895  <li class="mobile-nav-back"><a
    …  href="/about-md-anderson/employee-resources/retirement.html" aria-label="Back to
    …  Retirement">Retirement</a></li>
63896  <li class="primary-nav-item">
63897  <a href="/about-md-anderson/employee-resources/retirement.html"
    …  aria-label="Retirement Home">Retirement Home</a></li>
63898  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/retirement/retiree-insurance-benefits.
    …  html">Retiree Insurance Benefits</a></li>
63899  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/employee-resources/retirement/retirees-association.html">
    …  Retirees Association</a></li>
63900  </ul>
63901  </nav>
63902  </div>
63903  </section>
63904  </div>
```

```
63905  </div>
63906  </div></li>
63907  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/employee-resources/web-access.html">Web Access</a></li>
63908  </ul>
63909  </nav>
63910  </div>
63911  </section>
63912  </div>
63913  </div>
63914  </div></li>
63915  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/community-services.html">Community Services</a>
63916  <div class="subnav-mask">
63917  <div class="subnav-wrapper">
63918  <div class="subnav col10 pad">
63919  <section class="nested">
63920  <div class="col4 main-column">
63921  <nav class="secondary">
63922  <ul>
63923  <li class="mobile-nav-back"><a href="/about-md-anderson/community-services.html"
   …   aria-label="Back to Community Services">Community Services</a></li>
63924  <li class="primary-nav-item">
63925  <a href="/about-md-anderson/community-services.html" aria-label="Community Services
   …   Home">Community Services Home</a></li>
63926  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/community-services/print-materials.html">Print
   …   Materials</a></li>
63927  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/community-services/details-on-becoming-a-puppeteer.html">
   …   Details on Becoming a Puppeteer</a></li>
63928  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/community-services/charitable-sponsorships.html">Charitable
   …   Sponsorships</a></li>
63929  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/community-services/sunbeatables.html">Sunbeatables™
   …   Program</a></li>
63930  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/community-services/aspire.html">ASPIRE</a></li>
63931  </ul>
63932  </nav>
63933  </div>
63934  </section>
63935  </div>
63936  </div>
63937  </div></li>
63938  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/state-of-texas-links.html">State of Texas Links</a></li>
63939  </ul>
63940  </li>
63941  <li class="topnav-list-item"><a href="/publications.html"
   …   data-primary-nav="nav_publications">Publications</a>
63942  <ul class="primary-nav-list" id="nav-index">
63943  <li class="primary-nav-item"><a href="/publications.html">Publications Home</a></li>
63944  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/annual-report.html">Annual Report</a>
63945  <div class="subnav-mask">
63946  <div class="subnav-wrapper">
63947  <div class="subnav col10 pad">
63948  <section class="nested">
63949  <div class="col4 main-column">
63950  <nav class="secondary">
63951  <ul>
63952  <li class="mobile-nav-back"><a href="/publications/annual-report.html"
   …   aria-label="Back to Annual Report">Annual Report</a></li>
63953  <li class="primary-nav-item">
63954  <a href="/publications/annual-report.html" aria-label="Annual Report Home">Annual
   …   Report Home</a></li>
```

```
63955 <li class="primary-nav-item has-subnav"><a
...   href="/publications/annual-report/annual-report-2015.html">Annual Report 2015</a>
63956 <div class="subnav-mask">
63957 <div class="subnav-wrapper">
63958 <div class="subnav col10 pad">
63959 <section class="nested">
63960 <div class="col4 main-column">
63961 <nav class="secondary">
63962 <ul>
63963 <li class="mobile-nav-back"><a
...   href="/publications/annual-report/annual-report-2015.html" aria-label="Back to Annual
...   Report 2015">Annual Report 2015</a></li>
63964 <li class="primary-nav-item">
63965 <a href="/publications/annual-report/annual-report-2015.html" aria-label="Annual
...   Report 2015 Home">Annual Report 2015 Home</a></li>
63966 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/From-our-president.html">From
...   our president</a></li>
63967 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/surgical-history-was-made.html">
...   Patient care</a></li>
63968 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/no1-cancer-hospital.html">
...   Patient care</a></li>
63969 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/curing-leukemia.html">Patient
...   care</a></li>
63970 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/cancer-network.html">Patient
...   care</a></li>
63971 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/Sabin-gift.html">Patient
...   care</a></li>
63972 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/immunotherapy-drug.html">Patient
...   care</a></li>
63973 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/diagnostic-and-support-services.
...   html">Patient care</a></li>
63974 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/In-the-face-of-cancer.html">
...   Research</a></li>
63975 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/Fidler-and-brain-cancer.html">
...   Research</a></li>
63976 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/degrees.html">Research</a></li>
63977 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/the-man-who-helped-cure-
...   childhood-leukemia.html">Research</a></li>
63978 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/Federal-funding-for-research.
...   html">Research</a></li>
63979 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/big-data-interchange.html">
...   Research</a></li>
63980 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/School-of-Health-Professions.
...   html">Research</a></li>
63981 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/new-breast-cancer-drug.html">
...   Research</a></li>
63982 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/labs-collaboration.html">
...   Research</a></li>
63983 <li class="primary-nav-item"><a
...   href="/publications/annual-report/annual-report-2015/outsmarting-cancer-with-genetic-
...   testing.html">Prevention</a></li>
```

```
63984  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/pancreatic-cancer.html">
   …   Prevention</a></li>
63985  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/creating-partnerships-to-detect-
   …   cancer.html">Prevention</a></li>
63986  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/HPV-cancer-vaccine.html">
   …   Prevention</a></li>
63987  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/breast-cancer-screening.html">
   …   Prevention</a></li>
63988  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/leaders-prevent-disease.html">
   …   Prevention</a></li>
63989  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/spreading-the-word.html">
   …   Spreading the word</a></li>
63990  </ul>
63991  </nav>
63992  </div>
63993  </section>
63994  </div>
63995  </div>
63996  </div></li>
63997  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/annual-report/annual-report-2014.html">Annual Report 2014</a>
63998  <div class="subnav-mask">
63999  <div class="subnav-wrapper">
64000  <div class="subnav col10 pad">
64001  <section class="nested">
64002  <div class="col4 main-column">
64003  <nav class="secondary">
64004  <ul>
64005  <li class="mobile-nav-back"><a
   …   href="/publications/annual-report/annual-report-2014.html" aria-label="Back to Annual
   …   Report 2014">Annual Report 2014</a></li>
64006  <li class="primary-nav-item">
64007  <a href="/publications/annual-report/annual-report-2014.html" aria-label="Annual
   …   Report 2014 Home">Annual Report 2014 Home</a></li>
64008  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/cancer-cant-we-can.html">From
   …   our president</a></li>
64009  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/new-surgical-protocol-for-
   …   ovarian-cancer.html">Cancer can't match our resolve</a></li>
64010  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/could-proton-therapy-be-holy-
   …   grail-for-head-and-neck-cancer.html">Cancer can't match our resolve</a></li>
64011  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/designed-to-improve-patients-
   …   wait-experience.html">Cancer can't match our resolve</a></li>
64012  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/finding-solution-to-get-patients
   …   -back-on-their-feet.html">Cancer can't match our resolve</a></li>
64013  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/early-stage-breast-cancer-less-
   …   aggressive-approach-can-be-effective.html">Cancer can't match our resolve</a></li>
64014  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/anxieties-eased-by-talking-to-
   …   someone-whos-been-there.html">Cancer can't match our resolve</a></li>
64015  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/patients-given-a-voice-so-they-
   …   can-be-heard.html">Cancer can't match our resolve</a></li>
64016  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/childhood-cancer-survivors-
   …   teenage-worries-college-and-boys.html">Cancer can't match our resolve</a></li>
64017  <li class="primary-nav-item"><a
```

```
64017   href="/publications/annual-report/annual-report-2014/tiny-clues-may-help-scientists-
        solve-its-mystery.html">Cancer can't outrun us</a></li>
64018   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/grants-fuel-tomorrows-cancer-
        breakthroughs.html">Cancer can't outrun us</a></li>
64019   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/industry-collaborations-boost-
        immune-systems-cancer-fighting-abilities.html">Cancer can't outrun us</a></li>
64020   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/developing-a-drug-to-starve-
        cancer-cells.html">Cancer can't outrun us</a></li>
64021   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/moon-shots-program-tracking-the-
        trajectory-2014.html">Cancer can't outrun us</a></li>
64022   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/uncovering-a-proteins-key-role-
        in-spread-of-ovarian-cancer.html">Cancer can't outrun us</a></li>
64023   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/the-road-to-recovery-minus-the-
        traffic.html">Cancer can't escape our reach</a></li>
64024   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/13-hospital-systems-in-11-states
        -----and-counting.html">Cancer can't escape our reach</a></li>
64025   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/an-exchange-program-brings-the-
        best-to-brazil.html">Cancer can't escape our reach</a></li>
64026   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/a-call-to-action-in-south-texas.
        html">Cancer can't escape our reach</a></li>
64027   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/the-physician-assistant-will-see
        -you-now.html">Cancer can't escape our reach</a></li>
64028   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/degrees-of-separation-science-
        stars-are-born-at-graduate-school.html">Cancer can't escape our reach</a></li>
64029   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/the-angelic-side-of-austins-
        devilish-taco-king.html">Cancer can't escape our reach</a></li>
64030   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/achieving-a-win-win-win.html">
        Cancer can't escape our reach</a></li>
64031   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/with-elevated-risks-these-
        survivors-and-previvors-arent-taking-a.html">Cancer can't surprise us</a></li>
64032   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/endtobacco-begins-at-md-anderson
        .html">Cancer can't surprise us</a></li>
64033   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/solving-baby-boomers-problem-
        with-hepatitis-c.html">Cancer can't surprise us</a></li>
64034   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/should-you-be-screened-for-liver
        -cancer.html">Cancer can't surprise us</a></li>
64035   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/outreach-delivers-screening-and-
        hope-to-communities-in-need.html">Cancer can't surprise us</a></li>
64036   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/a-survivor-is-saving-lives-
        through-early-detection.html">Cancer can't surprise us</a></li>
64037   <li class="primary-nav-item"><a
        href="/publications/annual-report/annual-report-2014/4000-miles-in-70-days--and-the-
        ride-of-her-life-is-just-beginnin.html">Cancer can't surprise us</a></li>
64038   </ul>
64039   </nav>
64040   </div>
64041   </section>
64042   </div>
64043   </div>
```

```
64044  </div></li>
64045  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/annual-report/annual-report-2013.html">Annual Report 2013</a>
64046  <div class="subnav-mask">
64047  <div class="subnav-wrapper">
64048  <div class="subnav col10 pad">
64049  <section class="nested">
64050  <div class="col4 main-column">
64051  <nav class="secondary">
64052  <ul>
64053  <li class="mobile-nav-back"><a
    …  href="/publications/annual-report/annual-report-2013.html" aria-label="Back to Annual
    …  Report 2013">Annual Report 2013</a></li>
64054  <li class="primary-nav-item">
64055  <a href="/publications/annual-report/annual-report-2013.html" aria-label="Annual
    …  Report 2013 Home">Annual Report 2013 Home</a></li>
64056  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/from-our-president.html">Open
    …  minds, new frontiers</a></li>
64057  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/going-beyond-skin-deep.html">
    …  track the journey, lower the risk</a></li>
64058  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/working-for-inheritors-of-higher
    …  -risk.html">track the journey, lower the risk</a></li>
64059  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/improving-odds-by-making-cancer-
    …  more-predictable.html">track the journey, lower the risk</a></li>
64060  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/paving-the-way-for-trailblazers.
    …  html">track the journey, lower the risk</a></li>
64061  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/innovation-grows-from-seed-money
    …  .html">track the journey, lower the risk</a></li>
64062  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/tanning-bed-ban-for-minors-is-a-
    …  major-step.html">track the journey, lower the risk</a></li>
64063  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/ovarian-cancer-screening-is-put-
    …  to-the-test-with-encouraging-res.html">track the journey, lower the risk</a></li>
64064  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/md-andersons-protein-pioneer.
    …  html">track the journey, lower the risk</a></li>
64065  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/a-revolutionary-war-against-
    …  cancer.html">seminal discoveries, seismic changes</a></li>
64066  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/the-resistance-fighter.html">
    …  seminal discoveries, seismic changes</a></li>
64067  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/triumph-after-a-trial-and-
    …  tribulations.html">seminal discoveries, seismic changes</a></li>
64068  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/cracking-the-cancer-code.html">
    …  seminal discoveries, seismic changes</a></li>
64069  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/the-oncology-expert-advisor.html
    …  ">seminal discoveries, seismic changes</a></li>
64070  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/training-days.html">seminal
    …  discoveries, seismic changes</a></li>
64071  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/with-two-theyve-won.html">
    …  seminal discoveries, seismic changes</a></li>
64072  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/unleashing-the-immune-systems-
    …  attack-dogs.html">treat the immune system, attack the cancer</a></li>
64073  <li class="primary-nav-item"><a
```

```
64073… href="/publications/annual-report/annual-report-2013/trial-sets-attack-on-melanoma-to
    …  -a-t.html">treat the immune system, attack the cancer</a></li>
64074 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/the-clone-wars.html">treat the
    …  immune system, attack the cancer</a></li>
64075 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/born-to-beat-cancer.html">treat
    …  the immune system, attack the cancer</a></li>
64076 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/strength-in-numbers.html">treat
    …  the immune system, attack the cancer</a></li>
64077 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/the-cancer-center-support-grant.
    …  html">treat the immune system, attack the cancer</a></li>
64078 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/building-a-better-t-cell.html">
    …  treat the immune system, attack the cancer</a></li>
64079 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/when-good-genetic-mutation-goes-
    …  bad.html">treat the immune system, attack the cancer</a></li>
64080 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/the-nocturnal-program-care-
    …  uninterrupted.html">enhance patient experience, build networks</a></li>
64081 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/nights-are-a-good-fit-for-day.
    …  html">enhance patient experience, build networks</a></li>
64082 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/acts-of-kindness-are-completely-
    …  voluntary.html">enhance patient experience, build networks</a></li>
64083 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/getting-a-lot-out-of-giving.html
    …  ">enhance patient experience, build networks</a></li>
64084 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/a-convenient-truth.html">enhance
    …  patient experience, build networks</a></li>
64085 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/nowhere-to-hide.html">enhance
    …  patient experience, build networks</a></li>
64086 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/team-is-the-heart-of-the-head-
    …  and-neck-center.html">Team is the heart of the Head and Neck Center</a></li>
64087 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/free-of-cancer-and-full-of-
    …  thanks.html">enhance patient experience, build networks</a></li>
64088 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/areas-of-expertise.html">enhance
    …  patient experience, build networks</a></li>
64089 <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2013/navigating-md-anderson.html">
    …  enhance patient experience, build networks</a></li>
64090 </ul>
64091 </nav>
64092 </div>
64093 </section>
64094 </div>
64095 </div>
64096 </div></li>
64097 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/annual-report/annual-report-2012.html">Annual Report 2012</a>
64098 <div class="subnav-mask">
64099 <div class="subnav-wrapper">
64100 <div class="subnav col10 pad">
64101 <section class="nested">
64102 <div class="col4 main-column">
64103 <nav class="secondary">
64104 <ul>
64105 <li class="mobile-nav-back"><a
    …  href="/publications/annual-report/annual-report-2012.html" aria-label="Back to Annual
```

```
64105… Report 2012">Annual Report 2012</a></li>
64106 <li class="primary-nav-item">
64107 <a href="/publications/annual-report/annual-report-2012.html" aria-label="Annual
…    Report 2012 Home">Annual Report 2012 Home</a></li>
64108 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/from-our-president.html">The
…    time is now</a></li>
64109 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/the-time-is-now-to-excel.html">
…    The time is now to excel</a></li>
64110 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/advancing-quality-surgical-care.
…    html">How the best get better</a></li>
64111 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/infographic-cancer-screenings.
…    html">Screenings: Key to catching cancer early</a></li>
64112 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/doubling-down-on-doctoral-
…    nursing-degrees.html">Change champions</a></li>
64113 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/vaccines-promising-for-breast-
…    cancer-patients.html">A love of the surgeon's knowledge</a></li>
64114 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/infographic-institute-for-
…    applied-cancer-science.html">Institute for Applied Cancer Science</a></li>
64115 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/volunteer-helps-patients-find-
…    their-way.html">Follow the leader</a></li>
64116 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/the-time-is-now-to-collaborate.
…    html">The time is now to collaborate</a></li>
64117 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/body-image-concerns.html">Beyond
…    the visible</a></li>
64118 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/video-games-a-bridge-to-normalcy
…    .html">Gaming up against cancer</a></li>
64119 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/moon-shots-program-to-benefit-
…    all.html">Begin with some, benefit all</a></li>
64120 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/innovation-in-imaging.html">
…    Spying on the body</a></li>
64121 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/md-anderson-locations.html">
…    Where in the world is MD Anderson?</a></li>
64122 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/the-time-is-now-to-impact.html">
…    The time is now to impact</a></li>
64123 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/behavioral-scientist-models-
…    healthy-lifestyle.html">Walking the walk</a></li>
64124 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/unusual-responder-helps-others.
…    html">Unusual responder to therapy</a></li>
64125 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/physical-inactivity.html">
…    Turning the question upside down</a></li>
64126 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/neighborhood-and-outcomes.html">
…    An inquiring mind</a></li>
64127 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/infographic-survivorship.html">
…    Infographic:</a></li>
64128 <li class="primary-nav-item"><a
…    href="/publications/annual-report/annual-report-2012/emotional-cues-play-role-in-
…    addiction.html">Behind addiction</a></li>
64129 <li class="primary-nav-item"><a
```

```
64129  href="/publications/annual-report/annual-report-2012/initiatives-drive-personalized-
   …   cancer-care.html">Sequencing the genes</a></li>
64130  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/the-time-is-now-to-educate.html"
   …   >The time is now to educate</a></li>
64131  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/student-broadens-scientific-
   …   knowledge.html">A passion for research</a></li>
64132  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/health-adventures-creates-
   …   interest-early.html">Behind the fun and games</a></li>
64133  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/md-anderson-trainees.html">MD
   …   Anderson trainees: The next generation</a></li>
64134  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/physician-assistants-in-high-
   …   demand.html">Staying ahead of the curve</a></li>
64135  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/hands-on-environment-to-test-
   …   surgical-skills.html">Surgical training goes modular</a></li>
64136  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/dynamic-duo-co-leads-graduate-
   …   school.html">Two as good as one</a></li>
64137  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/summit-on-cervical-cancer.html">
   …   A patchwork of partners</a></li>
64138  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/the-time-is-now-to-support.html"
   …   >The time is now to support</a></li>
64139  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/bov-member-grateful-for-patient-
   …   experience.html">True grit</a></li>
64140  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/creative-fundraiser-finds-
   …   himself-a-patient.html">Coming full circle</a></li>
64141  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/family-s-inspiring-legacy-
   …   continues.html">Humanitarian with a heart</a></li>
64142  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/students-learn-dangers-of-
   …   smoking.html">'Too Cool to Smoke'</a></li>
64143  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/halliburton-employees-fellowship
   …   .html">Halliburton fellowship aids prevention efforts</a></li>
64144  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2012/epigenetics-righting-the-course-
   …   of-disease.html">Epigenetics:</a></li>
64145  </ul>
64146  </nav>
64147  </div>
64148  </section>
64149  </div>
64150  </div>
64151  </div></li>
64152  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/annual-report/annual-report-2011.html">Annual Report 2011</a>
64153  <div class="subnav-mask">
64154  <div class="subnav-wrapper">
64155  <div class="subnav col10 pad">
64156  <section class="nested">
64157  <div class="col4 main-column">
64158  <nav class="secondary">
64159  <ul>
64160  <li class="mobile-nav-back"><a
   …   href="/publications/annual-report/annual-report-2011.html" aria-label="Back to Annual
   …   Report 2011">Annual Report 2011</a></li>
64161  <li class="primary-nav-item">
64162  <a href="/publications/annual-report/annual-report-2011.html" aria-label="Annual
```

```
64162	Report 2011 home">Annual Report 2011 home</a></li>
64163	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/enhancing-quality.html">From our
	president</a></li>
64164	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/quality-health-care.html">
	Preparing for the Future of Health Care</a></li>
64165	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/cancer-care.html">Teams work to
	enhance care, reduce costs and define quality</a></li>
64166	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/quality-improvement-in-
	healthcare.html">Grass-Roots Effort Solves Bottleneck</a></li>
64167	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/perioperative%20enterprise.html"
	>Infographic: Perioperative Enterprise</a></li>
64168	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/quality-cancer-care.html">MD
	Anderson standard of care</a></li>
64169	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/smoking-cessation.html">What We
	Don't Ask Might Hurt</a></li>
64170	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/proton-therapy.html">Knowledge
	Is Power</a></li>
64171	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/patient-safety.html">Quality
	Drives Patient Care</a></li>
64172	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/clinical-trials.html">The Saga
	of a Protocol</a></li>
64173	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/pneumonia.html">Saving Lives by
	VAP-orizing Pneumonia</a></li>
64174	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/cancer-survivor.html">
	Infographic:</a></li>
64175	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/cancer-surgery.html">On the
	Cutting Edge</a></li>
64176	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/lung-cancer.html">A Bright Light
	for Smokers</a></li>
64177	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/rhabdomyosarcoma.html">Cancer in
	the Rearview Mirror</a></li>
64178	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/health-care-jobs.html">Educating
	Professionals and the Public</a></li>
64179	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/cancer-careers.html">Casting Net
	for Talented, Committed Trainees</a></li>
64180	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/pathology.html">A Dedication to
	Education</a></li>
64181	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/ASPIRE.html">Infographic:</a></
	li>
64182	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/cancer-research.html">Pioneers
	Explore New Frontiers</a></li>
64183	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/education-and-healthcare.html">
	From the Lab to the Sanctuary</a></li>
64184	<li class="primary-nav-item"><a
	href="/publications/annual-report/annual-report-2011/leukemia-research.html">From
	Marine to Molecular Biology</a></li>
64185	<li class="primary-nav-item"><a
```

```
64185    href="/publications/annual-report/annual-report-2011/facilities.html">Quality in our
...      facilities</a></li>
64186    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/health-care-buildings.html">
...      Quality in our facilities</a></li>
64187    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/office-building.html">Planned
...      Migration</a></li>
64188    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/cancer-hospital.html">
...      Infographic: Facilities</a></li>
64189    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/alkek-hospital.html">Going
...      Up</a></li>
64190    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/research-lab.html">A Testing
...      Ground for Great Ideas</a></li>
64191    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/childhood-cancer.html">From
...      Patient to Blueprint</a></li>
64192    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/philanthropy.html">Philanthropy
...      Ensures Quality</a></li>
64193    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/parent-with-cancer.html">The
...      Heart of Giving</a></li>
64194    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/volunteer.html">Side by
...      Side</a></li>
64195    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/holiday-cards.html">Infographic:
...      </a></li>
64196    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/fundraising.html">630,000
...      Gifts</a></li>
64197    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/lymphoma-research.html">Counting
...      for a Cure</a></li>
64198    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/texas-4000.html">College
...      Students With a Cause</a></li>
64199    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2011/annual-report-audio-2011.html">
...      Audio: Annual Report 2011</a></li>
64200    </ul>
64201    </nav>
64202    </div>
64203    </section>
64204    </div>
64205    </div>
64206    </div></li>
64207    <li class="primary-nav-item has-subnav"><a
...      href="/publications/annual-report/annual-report-2010.html">Annual Report 2010</a>
64208    <div class="subnav-mask">
64209    <div class="subnav-wrapper">
64210    <div class="subnav col10 pad">
64211    <section class="nested">
64212    <div class="col4 main-column">
64213    <nav class="secondary">
64214    <ul>
64215    <li class="mobile-nav-back"><a
...      href="/publications/annual-report/annual-report-2010.html" aria-label="Back to Annual
...      Report 2010">Annual Report 2010</a></li>
64216    <li class="primary-nav-item">
64217    <a href="/publications/annual-report/annual-report-2010.html" aria-label="Annual
...      Report 2010 Home">Annual Report 2010 Home</a></li>
64218    <li class="primary-nav-item"><a
...      href="/publications/annual-report/annual-report-2010/voices.html">Many voices help
```

```
64218…  tell the story</a></li>
64219   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/president-s-letter.html">
    …   Mendelsohn leading voice for 15 years</a></li>
64220   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/research.html">Research</a></li>
64221   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/cancer-switches.html">The voice
    …   of research</a></li>
64222   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/cancer-vaccine.html">Voices of
    …   perseverance and innovation</a></li>
64223   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/melanoma.html">Focus is on
    …   impact of ultraviolet rays</a></li>
64224   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/cord-blood-transplant.html">Cord
    …   blood provides lifeline for patient</a></li>
64225   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/genes-cells.html">Research</a></
    …   li>
64226   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/research-briefs.html">Research
    …   briefs</a></li>
64227   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/patient-care.html">Patient
    …   care</a></li>
64228   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/regional-care-centers.html">The
    …   voices of patient care</a></li>
64229   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/head-neck-cancer.html">Voices of
    …   dedication and caring</a></li>
64230   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/non-hodgkin-s-lymphoma.html">
    …   Chase draws on experience to help others</a></li>
64231   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/patient-caregivers.html">Fister
    …   a fixture in surgery waiting area</a></li>
64232   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/liver-cancer.html">Vauthey, Wei
    …   focus on each patient</a></li>
64233   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/cardiotoxicity-heart-disease.
    …   html">Patient care</a></li>
64234   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/breast-cancer.html">A mother's
    …   instinct</a></li>
64235   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/brca-breast-cancer.html">Litton
    …   heads down the path of learning</a></li>
64236   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/alkek-hospital-expansion.html">
    …   Designing nurses</a></li>
64237   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/ovarian-cancer.html">Patient
    …   care briefs</a></li>
64238   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/cancer-prevention.html">
    …   Prevention</a></li>
64239   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/project-church.html">The voices
    …   of prevention</a></li>
64240   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/e-health-technology.html">
    …   Technology meets cancer prevention</a></li>
64241   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2010/statistical-models.html">
```

```
64241… Building models helps find answers</a></li>
64242 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/select-study.html">Stith tackles
   … cancer through prevention</a></li>
64243 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/cancer-screening.html">Cancer
   … prevention</a></li>
64244 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/healthy-lifestyle.html">Cancer
   … prevention</a></li>
64245 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/health-services-research.html">
   … Prevention briefs</a></li>
64246 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/education.html">Education</a></
   … li>
64247 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/medical-science-education.html">
   … Educator passes on her love of science</a></li>
64248 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/cancer-research-education.html">
   … Education</a></li>
64249 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/childhood-cancer-education.html"
   … >Family helps educate a community</a></li>
64250 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/fellowship-training.html">
   … Bodurka energized by work, family life</a></li>
64251 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/teaching-scientist.html">'
   … Incredible opportunities' lead to success</a></li>
64252 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/development.html">Development</a
   … ></li>
64253 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/supporting-md-anderson.html">
   … Goals align for support of MD Anderson</a></li>
64254 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/board-of-visitors.html">Good
   … friends do some good together</a></li>
64255 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/childhood-cancer.html">Give her
   … a cheer for giving back</a></li>
64256 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/ross-perot.html">Perot invests
   … in personalized cancer therapy</a></li>
64257 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/matching-planned-gifts.html">No
   … matter the type, gifts pay off</a></li>
64258 </ul>
64259 </nav>
64260 </div>
64261 </section>
64262 </div>
64263 </div>
64264 </div></li>
64265 <li class="primary-nav-item has-subnav"><a
   … href="/publications/annual-report/annual-report-2009.html">Annual Report 2009</a>
64266 <div class="subnav-mask">
64267 <div class="subnav-wrapper">
64268 <div class="subnav col10 pad">
64269 <section class="nested">
64270 <div class="col4 main-column">
64271 <nav class="secondary">
64272 <ul>
64273 <li class="mobile-nav-back"><a
   … href="/publications/annual-report/annual-report-2009.html" aria-label="Back to Annual
   … Report 2009">Annual Report 2009</a></li>
```

```
64274  <li class="primary-nav-item">
64275  <a href="/publications/annual-report/annual-report-2009.html" aria-label="Annual
   …   Report 2009 Home">Annual Report 2009 Home</a></li>
64276  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/from-the-president.html">From
   …   the President</a></li>
64277  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/research-transformations.html">
   …   Transforming through research</a></li>
64278  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/clinical-trials-process.html">
   …   Transforming through research</a></li>
64279  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/cancer-research-highlights.html"
   …   >Research highlights</a></li>
64280  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/scientists-explore-rnas.html">
   …   Scientists explore RNAS</a></li>
64281  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/grand-opportunity-grant.html">
   …   Researchers</a></li>
64282  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/retinoblastoma-experts.html">
   …   Transforming through patient care</a></li>
64283  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/md-anderson-patient-access.html"
   …   >Transforming through patient care</a></li>
64284  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/nursing-innovations.html">
   …   Nursing innovations</a></li>
64285  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/emr-connects-patients-physicians
   …   -to-data.html">Transforming through patient care</a></li>
64286  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/cancer-patient-care.html">
   …   Patient care highlights</a></li>
64287  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/satellite-centers.html">
   …   Transforming through patient care</a></li>
64288  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/prevention-transformations.html"
   …   >Transforming through prevention</a></li>
64289  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/genetic-clues-to-cancer.html">
   …   Transforming through prevention</a></li>
64290  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/cancer-prevention-highlights.
   …   html">Prevention highlights</a></li>
64291  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/elderly-cancer-survivors.html">
   …   Transforming through prevention</a></li>
64292  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/smoking-cessation-treatment.html
   …   ">Ask-Advise-Connect:</a></li>
64293  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/faros-encourages-cancer-
   …   prevention.html">Transforming through prevention</a></li>
64294  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/cancer-support-via-social-media.
   …   html">Transforming through education</a></li>
64295  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/mentoring-cancer-faculty.html">
   …   Transforming through education</a></li>
64296  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/symptom-research-training.html">
   …   Researchers</a></li>
64297  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2009/community-physician-
```

```
64297… communications.html">Social Media</a></li>
64298 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/triumph-fellowship-program.html"
   … >Fellowship program</a></li>
64299 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/odyssey-program.html">Odysseys
   … program</a></li>
64300 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/cancer-education.html">Education
   … highlights</a></li>
64301 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/philanthropic-support.html">
   … Transforming through development</a></li>
64302 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/planned-giving.html">Planned
   … giving</a></li>
64303 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/annual-fund.html">Transforming
   … through development</a></li>
64304 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/scott-and-soraya-mcclelland.html
   … ">Philanthropy</a></li>
64305 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2009/board-of-visitors.html">
   … Development Highlights</a></li>
64306 </ul>
64307 </nav>
64308 </div>
64309 </section>
64310 </div>
64311 </div>
64312 </div></li>
64313 </ul>
64314 </nav>
64315 </div>
64316 </section>
64317 </div>
64318 </div>
64319 </div></li>
64320 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline.html">Cancer Newsline</a>
64321 <div class="subnav-mask">
64322 <div class="subnav-wrapper">
64323 <div class="subnav col10 pad">
64324 <section class="nested">
64325 <div class="col4 main-column">
64326 <nav class="secondary">
64327 <ul>
64328 <li class="mobile-nav-back"><a href="/publications/cancer-newsline.html"
   … aria-label="Back to Cancer Newsline">Cancer Newsline</a></li>
64329 <li class="primary-nav-item">
64330 <a href="/publications/cancer-newsline.html" aria-label="Cancer Newsline Home">Cancer
   … Newsline Home</a></li>
64331 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/fall-2015.html">Fall 2015</a>
64332 <div class="subnav-mask">
64333 <div class="subnav-wrapper">
64334 <div class="subnav col10 pad">
64335 <section class="nested">
64336 <div class="col4 main-column">
64337 <nav class="secondary">
64338 <ul>
64339 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2015.html"
   … aria-label="Back to Fall 2015">Fall 2015</a></li>
64340 <li class="primary-nav-item">
64341 <a href="/publications/cancer-newsline/fall-2015.html" aria-label="Fall 2015
   … Home">Fall 2015 Home</a></li>
64342 <li class="primary-nav-item"><a
```

```
64342… href="/publications/cancer-newsline/fall-2015/tools-to-help-you-quit-smoking.html">
    …  Tools to Help You Quit Smoking</a></li>
64343  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/genetic-factors-raise-risk-of-colon-
    …  cancer.html">Genetic Factors Raise Risk of Colon Cancer</a></li>
64344  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/colorectal-cancer-moon-shot-to-develop-
    …  personalized-treatments.html">Colorectal cancer Moon Shot to develop personalized
    …  treatments</a></li>
64345  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/pancreatic-moonshot.html">Moon Shot
    …  aims to increase pancreatic cancer survival rate</a></li>
64346  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/hpv-moonshot.html">HPV Moon Shot to
    …  increase vaccination, screening for related cancers</a></li>
64347  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/multiple-myeloma-moonshot.html">High-
    …  risk multiple myeloma chosen for Moon Shot</a></li>
64348  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/bcell-lymphoma-moonshot.html">Moon Shot
    …  to increase cure rates for B-cell lymphoma</a></li>
64349  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/glioblastoma-moonshot.html">
    …  Immunotherapies and cancer vaccines explored in glioblastoma Moon Shot</a></li>
64350  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/anaplastic-thyroid-cancer.html">Rare
    …  anaplastic thyroid cancer needs immediate treatment</a></li>
64351  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/fall-2015/stem-cell-transplant-to-treat-cancer.
    …  html">Stem cell transplant as a cancer treatment option</a></li>
64352  </ul>
64353  </nav>
64354  </div>
64355  </section>
64356  </div>
64357  </div>
64358  </div></li>
64359  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/summer-2015.html">Summer 2015</a>
64360  <div class="subnav-mask">
64361  <div class="subnav-wrapper">
64362  <div class="subnav col10 pad">
64363  <section class="nested">
64364  <div class="col4 main-column">
64365  <nav class="secondary">
64366  <ul>
64367  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2015.html"
    …  aria-label="Back to Summer 2015">Summer 2015</a></li>
64368  <li class="primary-nav-item"><a
64369  <a href="/publications/cancer-newsline/summer-2015.html" aria-label="Summer 2015
    …  Home">Summer 2015 Home</a></li>
64370  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2015/neurofibromatosis-requires-lifelong-
    …  monitoring.html">Neurofibromatosis requires lifelong monitoring</a></li>
64371  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2015/how-to-talk-to-children-about-having-
    …  cancer.html">How to talk to children about having cancer</a></li>
64372  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2015/shorter-radiation-therapy-better-for-
    …  early-stage-breast-cancer.html">Shorter radiation therapy better for early stage
    …  breast cancer</a></li>
64373  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2015/the-dangers-of-third-hand-smoke.html"
    …  >The dangers of third hand smoke</a></li>
64374  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2015/body-image-an-issue-for-teens-with-
    …  cancer.html">Body image an issue for teens with cancer</a></li>
64375  <li class="primary-nav-item"><a
```

```
64375  href="/publications/cancer-newsline/summer-2015/new-approaches-to-preserving-
  …    fertility-before-cancer-treatment.html">New approaches to preserving fertility before
  …    cancer treatment</a></li>
64376  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/summer-2015/whole-brain-radiation-for-metastases-
  …    poor-cognitive-function.html">Whole Brain Radiation for Brain Metastases Associated
  …    with Poor
64377  Cognitive Function</a></li>
64378  </ul>
64379  </nav>
64380  </div>
64381  </section>
64382  </div>
64383  </div>
64384  </div></li>
64385  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/spring-2015.html">Spring 2015</a>
64386  <div class="subnav-mask">
64387  <div class="subnav-wrapper">
64388  <div class="subnav col10 pad">
64389  <section class="nested">
64390  <div class="col4 main-column">
64391  <nav class="secondary">
64392  <ul>
64393  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2015.html"
  …    aria-label="Back to Spring 2015">Spring 2015</a></li>
64394  <li class="primary-nav-item">
64395  <a href="/publications/cancer-newsline/spring-2015.html" aria-label="Spring 2015
  …    Home">Spring 2015 Home</a></li>
64396  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2015/preventive-gynecologic-surgery-for-
  …    women-with-brca-mutations.html">Preventive gynecologic surgery an option for women
  …    with BRCA mutations</a></li>
64397  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2015/genetic-mutations-can-cause-lung-
  …    cancer-among-non-smoking-women.html">Genetic mutations can cause lung cancer among
  …    non-smoking women</a></li>
64398  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2015/cancer-prevention-benefits-of-hpv-
  …    vaccine.html">Cancer Prevention Benefits of HPV Vaccine</a></li>
64399  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2015/new-mantle-cell-lymphoma-treatments-
  …    improving-survival.html">New Mantle Cell Lymphoma treatments improving survival and
  …    response rates</a></li>
64400  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2015/sleep-yoga-between-relaxation-and-
  …    meditation.html">Sleep yoga: between relaxation and meditation</a></li>
64401  </ul>
64402  </nav>
64403  </div>
64404  </section>
64405  </div>
64406  </div>
64407  </div></li>
64408  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/winter-2015.html">Winter 2015</a>
64409  <div class="subnav-mask">
64410  <div class="subnav-wrapper">
64411  <div class="subnav col10 pad">
64412  <section class="nested">
64413  <div class="col4 main-column">
64414  <nav class="secondary">
64415  <ul>
64416  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2015.html"
  …    aria-label="Back to Winter 2015">Winter 2015</a></li>
64417  <li class="primary-nav-item">
64418  <a href="/publications/cancer-newsline/winter-2015.html" aria-label="Winter 2015
  …    Home">Winter 2015 Home</a></li>
```

```
64419  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2015/treating-cancer-with-minimally-
   …   invasive-surgery.html">Treating cancer with minimally invasive surgery</a></li>
64420  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2015/medical-advances-improve-bile-duct-
   …   cancer-outcomes.html">Medical advances improve bile duct cancer outcomes</a></li>
64421  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2015/neuropathy-and-other-nerve-problems-
   …   during-cancer-treatment.html">Neuropathy and other nerve problems during cancer
   …   treatment</a></li>
64422  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2015/gallbladder-cancer-rare-and-often-
   …   misdiagnosed.html">Gallbladder cancer: rare and often misdiagnosed</a></li>
64423  </ul>
64424  </nav>
64425  </div>
64426  </section>
64427  </div>
64428  </div>
64429  </div></li>
64430  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancer-newsline/fall-2014.html">Fall 2014</a>
64431  <div class="subnav-mask">
64432  <div class="subnav-wrapper">
64433  <div class="subnav col10 pad">
64434  <section class="nested">
64435  <div class="col4 main-column">
64436  <nav class="secondary">
64437  <ul>
64438  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2014.html"
   …   aria-label="Back to Fall 2014">Fall 2014</a></li>
64439  <li class="primary-nav-item">
64440  <a href="/publications/cancer-newsline/fall-2014.html" aria-label="Fall 2014
   …   Home">Fall 2014 Home</a></li>
64441  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/top-five-ways-to-reduce-cancer-risk.
   …   html">Top five ways to reduce cancer risk</a></li>
64442  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/personalized-treatment-for-ovarian-
   …   cancer.html">Personalized treatment for ovarian cancer</a></li>
64443  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/wilms-tumor-childhood-kidney-cancer.
   …   html">Wilms' tumor: childhood kidney cancer</a></li>
64444  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/prostate-cancer-moon-shot-update.html">
   …   Prostate Cancer Moon Shot update</a></li>
64445  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/lung-cancer-moon-shot-update.html">Lung
   …   Cancer Moon Shot update</a></li>
64446  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2014/improved-chemotherapy-administration-
   …   reduces-medication-error.html">Improved chemotherapy administration reduces chance
   …   for medication errors</a></li>
64447  </ul>
64448  </nav>
64449  </div>
64450  </section>
64451  </div>
64452  </div>
64453  </div></li>
64454  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancer-newsline/summer-2014.html">Summer 2014</a>
64455  <div class="subnav-mask">
64456  <div class="subnav-wrapper">
64457  <div class="subnav col10 pad">
64458  <section class="nested">
64459  <div class="col4 main-column">
64460  <nav class="secondary">
```

```
64461  <ul>
64462  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2014.html"
   …   aria-label="Back to Summer 2014">Summer 2014</a></li>
64463  <li class="primary-nav-item">
64464  <a href="/publications/cancer-newsline/summer-2014.html" aria-label="Summer 2014
   …   Home">Summer 2014 Home</a></li>
64465  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/melanoma-moon-shot-update-2014.html">
   …   Melanoma Moon Shot update 2014</a></li>
64466  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/chronic-lymphocytic-leukemia-moon-
   …   shot-update.html">Chronic Lymphocytic Leukemia Moon Shot CLL update</a></li>
64467  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/best-therapies-for-relapsed-diffuse-
   …   large-b-cell-lymphoma.html">Best therapies for relapsed diffuse large b-cell
   …   lymphoma</a></li>
64468  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/immunotherapy-unleashing-immune-
   …   system-to-attack-cancer.html">Immunotherapy: unleashing immune system to attack
   …   cancer</a></li>
64469  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/aml-mds-moonshots-update.html">
   …   Leukemia (AML/MDS) Moon Shots update</a></li>
64470  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2014/thyroid-cancer-is-on-the-rise.html">
   …   Thyroid cancer is on the rise</a></li>
64471  </ul>
64472  </nav>
64473  </div>
64474  </section>
64475  </div>
64476  </div>
64477  </div></li>
64478  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancer-newsline/spring-2014.html">Spring 2014</a>
64479  <div class="subnav-mask">
64480  <div class="subnav-wrapper">
64481  <div class="subnav col10 pad">
64482  <section class="nested">
64483  <div class="col4 main-column">
64484  <nav class="secondary">
64485  <ul>
64486  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2014.html"
   …   aria-label="Back to Spring 2014">Spring 2014</a></li>
64487  <li class="primary-nav-item">
64488  <a href="/publications/cancer-newsline/spring-2014.html" aria-label="Spring 2014
   …   Home">Spring 2014 Home</a></li>
64489  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/breast-and-ovarian-cancers-moon-shot-
   …   update.html">Breast and Ovarian Cancers Moon Shot update</a></li>
64490  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/hepatoblastoma-rare-liver-cancer-in-
   …   children.html">Hepatoblastoma — a rare liver cancer in children</a></li>
64491  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/cancer-screening-what-you-should-know
   …   .html">Cancer screening — what you should know</a></li>
64492  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/proton-therapy-treatment-for-throat-
   …   cancer.html">Proton therapy treatment for throat cancer</a></li>
64493  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/exercise-when-you-have-cancer.html">
   …   Can you still exercise when you have cancer?</a></li>
64494  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/genetic-testing.html">Cancer early
   …   detection — genetic testing</a></li>
64495  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2014/breast-reconstruction-rates-rising-
   …   after-mastectomy.html">Breast reconstruction rates rising after mastectomy</a></li>
```

```
64496 </ul>
64497 </nav>
64498 </div>
64499 </section>
64500 </div>
64501 </div>
64502 </div></li>
64503 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancer-newsline/winter-2014.html">Winter 2014</a>
64504 <div class="subnav-mask">
64505 <div class="subnav-wrapper">
64506 <div class="subnav col10 pad">
64507 <section class="nested">
64508 <div class="col4 main-column">
64509 <nav class="secondary">
64510 <ul>
64511 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2014.html"
      aria-label="Back to Winter 2014">Winter 2014</a></li>
64512 <li class="primary-nav-item">
64513 <a href="/publications/cancer-newsline/winter-2014.html" aria-label="Winter 2014
      Home">Winter 2014 Home</a></li>
64514 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/telemedicine-extends-minimally-
      invasive-surgerys-benefits.html">Telemedicine extends minimally invasive surgery's
      benefits</a></li>
64515 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/acoustic-neuroma-advances-in-
      treatment-and-detection.html">Acoustic neuroma: advances in treatment and
      detection</a></li>
64516 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/proton-therapy-for-glioblastoma.html"
      >Proton therapy treatment for glioblastoma</a></li>
64517 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/integrative-treatment-for-cancer-and-
      heart-disease.html">Integrative treatment for cancer and heart disease</a></li>
64518 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/sexual-dysfunction-help-for-male-
      cancer-patients.html">Sexual dysfunction help for male cancer patients</a></li>
64519 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2014/smokers-with-hiv-quit-easier-with-
      phone-counseling.html">Smokers with HIV/AIDS find quitting easier with cell phone
      counseling</a></li>
64520 </ul>
64521 </nav>
64522 </div>
64523 </section>
64524 </div>
64525 </div>
64526 </div></li>
64527 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancer-newsline/fall-2013.html">Fall 2013</a>
64528 <div class="subnav-mask">
64529 <div class="subnav-wrapper">
64530 <div class="subnav col10 pad">
64531 <section class="nested">
64532 <div class="col4 main-column">
64533 <nav class="secondary">
64534 <ul>
64535 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2013.html"
      aria-label="Back to Fall 2013">Fall 2013</a></li>
64536 <li class="primary-nav-item">
64537 <a href="/publications/cancer-newsline/fall-2013.html" aria-label="Fall 2013
      Home">Fall 2013 Home</a></li>
64538 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2013/central-nervous-system-tumors.html">
      Central nervous system tumors symptoms and treatment</a></li>
64539 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2013/alternatives-to-appendix-cancer-surgery
```

```
64539… .html">Alternatives to appendix cancer surgery</a></li>
64540 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2013/first-year-progress-in-moon-shots-
   … program.html">First-year progress in MD Anderson's Moon Shots Program</a></li>
64541 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2013/when-cancer-spreads-to-the-brain.html">
   … When cancer spreads to the brain</a></li>
64542 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2013/diffuse-large-b-cell-lymphoma.html">
   … Diffuse large b-cell lymphoma</a></li>
64543 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2013/ovarian-cancer-screening-with-simple-
   … blood-test.html">Ovarian cancer screening with simple blood test</a></li>
64544 </ul>
64545 </nav>
64546 </div>
64547 </section>
64548 </div>
64549 </div>
64550 </div></li>
64551 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/summer-2013.html">Summer 2013</a>
64552 <div class="subnav-mask">
64553 <div class="subnav-wrapper">
64554 <div class="subnav col10 pad">
64555 <section class="nested">
64556 <div class="col4 main-column">
64557 <nav class="secondary">
64558 <ul>
64559 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2013.html"
   … aria-label="Back to Summer 2013">Summer 2013</a></li>
64560 <li class="primary-nav-item">
64561 <a href="/publications/cancer-newsline/summer-2013.html" aria-label="Summer 2013
   … Home">Summer 2013 Home</a></li>
64562 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/penile-cancer-basics.html">Penile
   … cancer basics</a></li>
64563 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/diet-and-exercise-advice-to-reduce-
   … your-cancer-risk.html">Diet and exercise advice to reduce your cancer risk</a></li>
64564 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/testicular-cancer-basics.html">
   … Testicular cancer basics</a></li>
64565 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/non-hodgkins-lymphoma-basics.html">
   … Non-Hodgkin's lymphoma basics</a></li>
64566 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/bladder-cancer-screening-tool-detects
   … -early-stage-tumors.html">New bladder cancer screening tool detects more tumors in
   … early stages</a></li>
64567 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/drug-study-shows-no-benefit-for-newly
   … -diagnosed-glioblastoma.html"> Drug study shows no benefit for newly diagnosed
   … glioblastoma</a></li>
64568 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2013/how-to-tell-children-their-sibling-
   … has-cancer.html">How to tell children their sibling has cancer</a></li>
64569 </ul>
64570 </nav>
64571 </div>
64572 </section>
64573 </div>
64574 </div>
64575 </div></li>
64576 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/spring-2013.html">Spring 2013</a>
64577 <div class="subnav-mask">
64578 <div class="subnav-wrapper">
```

```
64579  <div class="subnav col10 pad">
64580  <section class="nested">
64581  <div class="col4 main-column">
64582  <nav class="secondary">
64583  <ul>
64584  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2013.html"
    …  aria-label="Back to Spring 2013">Spring 2013</a></li>
64585  <li class="primary-nav-item">
64586  <a href="/publications/cancer-newsline/spring-2013.html" aria-label="Spring 2013
    …  Home">Spring 2013 Home</a></li>
64587  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2013/healthy-aging-for-the-cancer-patient.
    …  html">Healthy aging for the cancer patient</a></li>
64588  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2013/doctors-and-veterinarians-work-
    …  together-to-cure-cancer.html">Doctors and veterinarians work together to cure
    …  cancer</a></li>
64589  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2013/cancer-and-teeth.html">Cancer and
    …  dental health</a></li>
64590  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2013/hospitalists-treat-acutely-ill-
    …  patients.html">Hospitalists treat acutely ill patients</a></li>
64591  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2013/male-breast-cancer-experience.html">
    …  Male breast cancer: patient and doctor discuss experience and treatment</a></li>
64592  </ul>
64593  </nav>
64594  </div>
64595  </section>
64596  </div>
64597  </div>
64598  </div></li>
64599  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/winter-2013.html">Winter 2013</a>
64600  <div class="subnav-mask">
64601  <div class="subnav-wrapper">
64602  <div class="subnav col10 pad">
64603  <section class="nested">
64604  <div class="col4 main-column">
64605  <nav class="secondary">
64606  <ul>
64607  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2013.html"
    …  aria-label="Back to Winter 2013">Winter 2013</a></li>
64608  <li class="primary-nav-item">
64609  <a href="/publications/cancer-newsline/winter-2013.html" aria-label="Winter 2013
    …  Home">Winter 2013 Home</a></li>
64610  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2013/breast-cancer-is-most-common-cancer-
    …  in-women.html">Breast cancer — most common cancer in women</a></li>
64611  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2013/desmoid-tumors.html">Desmoid tumors —
    …  dangerous when not treated as cancer</a></li>
64612  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2013/medical-hypnosis-assists-with-medical
    …  -procedures.html">Medical hypnosis assists with surgery and medical
    …  procedures</a></li>
64613  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2013/facts-about-uterine-cancer.html">
    …  Facts about uterine cancer</a></li>
64614  </ul>
64615  </nav>
64616  </div>
64617  </section>
64618  </div>
64619  </div>
64620  </div></li>
64621  <li class="primary-nav-item has-subnav"><a
```

```
64621  href="/publications/cancer-newsline/fall-2012.html">Fall 2012</a>
64622  <div class="subnav-mask">
64623  <div class="subnav-wrapper">
64624  <div class="subnav col10 pad">
64625  <section class="nested">
64626  <div class="col4 main-column">
64627  <nav class="secondary">
64628  <ul>
64629  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2012.html"
   …  aria-label="Back to Fall 2012">Fall 2012</a></li>
64630  <li class="primary-nav-item">
64631  <a href="/publications/cancer-newsline/fall-2012.html" aria-label="Fall 2012
   …  Home">Fall 2012 Home</a></li>
64632  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/fall-2012/acute-myeloid-leukemia-aml.html">Acute
   …  myeloid leukemia (AML) basics</a></li>
64633  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/fall-2012/md-anderson-launches-moon-shots-program
   …  .html">MD Anderson launches Moon Shots Program</a></li>
64634  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/fall-2012/when-constipation-becomes-an-emergency-
   …  for-cancer-patients.html">When constipation becomes an emergency for cancer
   …  patients</a></li>
64635  </ul>
64636  </nav>
64637  </div>
64638  </section>
64639  </div>
64640  </div>
64641  </div></li>
64642  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancer-newsline/summer-2012.html">Summer 2012</a>
64643  <div class="subnav-mask">
64644  <div class="subnav-wrapper">
64645  <div class="subnav col10 pad">
64646  <section class="nested">
64647  <div class="col4 main-column">
64648  <nav class="secondary">
64649  <ul>
64650  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2012.html"
   …  aria-label="Back to Summer 2012">Summer 2012</a></li>
64651  <li class="primary-nav-item">
64652  <a href="/publications/cancer-newsline/summer-2012.html" aria-label="Summer 2012
   …  Home">Summer 2012 Home</a></li>
64653  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/physicist-mentors-young-cancer-
   …  patient-in-medical-career.html">Physicist mentors young cancer patient in medical
   …  career</a></li>
64654  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/multiple-myeloma-basics.html">
   …  Multiple myeloma basics</a></li>
64655  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/mantle-cell-lymphoma-basics.html">
   …  Mantle cell lymphoma basics</a></li>
64656  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/learn-the-facts-about-melanoma.html">
   …  Learn the facts about melanoma</a></li>
64657  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/circulating-tumor-cells-early-breast-
   …  cancer-prognosis.html">Circulating tumor cells may predict prognosis in early breast
   …  cancer</a></li>
64658  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/stereotactic-body-radiation-therapy.
   …  html">Stereotactic body radiation therapy</a></li>
64659  <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/cancer-vaccine-to-prevent-breast-
   …  cancer-recurrence.html">Cancer vaccine to prevent breast cancer recurrence</a></li>
64660  </ul>
```

```
64661 </nav>
64662 </div>
64663 </section>
64664 </div>
64665 </div>
64666 </div></li>
64667 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancer-newsline/spring-2012.html">Spring 2012</a>
64668 <div class="subnav-mask">
64669 <div class="subnav-wrapper">
64670 <div class="subnav col10 pad">
64671 <section class="nested">
64672 <div class="col4 main-column">
64673 <nav class="secondary">
64674 <ul>
64675 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2012.html"
    … aria-label="Back to Spring 2012">Spring 2012</a></li>
64676 <li class="primary-nav-item">
64677 <a href="/publications/cancer-newsline/spring-2012.html" aria-label="Spring 2012
    … Home">Spring 2012 Home</a></li>
64678 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/health-care-reform-effect-on-cancer-
    … prevention-services.html">Health care reform and the effect on cancer prevention
    … services</a></li>
64679 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/the-connection-between-genes-and-
    … colon-cancer.html">The connection between genes and colon cancer</a></li>
64680 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/tips-to-help-kids-avoid-adult-cancers
    … .html">Tips to Help Kids Avoid Adult Cancers</a></li>
64681 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/bone-cancer-surgery-options-for-
    … adults.html">Bone Cancer Surgery Options for Adults</a></li>
64682 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/brain-cancer-basics-and-hope-through-
    … research.html">Brain Cancer Basics and Hope through Research</a></li>
64683 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2012/bile-duct-cancer-numbers-are-rising.
    … html">Bile Duct Cancer Numbers are Rising</a></li>
64684 </ul>
64685 </nav>
64686 </div>
64687 </section>
64688 </div>
64689 </div>
64690 </div></li>
64691 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancer-newsline/winter-2012.html">Winter 2012</a>
64692 <div class="subnav-mask">
64693 <div class="subnav-wrapper">
64694 <div class="subnav col10 pad">
64695 <section class="nested">
64696 <div class="col4 main-column">
64697 <nav class="secondary">
64698 <ul>
64699 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2012.html"
    … aria-label="Back to Winter 2012">Winter 2012</a></li>
64700 <li class="primary-nav-item">
64701 <a href="/publications/cancer-newsline/winter-2012.html" aria-label="Winter 2012
    … Home">Winter 2012 Home</a></li>
64702 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2012/research-for-stage-1-lung-cancer.html
    … ">Research for Stage 1 Lung Cancer</a></li>
64703 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2012/uveal-melanoma.html"> Uveal Melanoma:
    … Skin cancer of the eye</a></li>
64704 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2012/fertility-issues-to-consider-before-
```

```
64704  childs-cancer-treatment.html">Fertility Issues to Consider before your child's Cancer
  …    Treatment</a></li>
64705  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2012/proton-therapy-for-liver-cancer.html"
  …    >Proton Therapy Treatment for Liver Cancer</a></li>
64706  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2012/information-technology-helping-cancer
  …    -clinical-trials.html">Information Technology Tools Helping With Clinical
  …    Trials</a></li>
64707  </ul>
64708  </nav>
64709  </div>
64710  </section>
64711  </div>
64712  </div>
64713  </div></li>
64714  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/fall-2011.html">Fall 2011</a>
64715  <div class="subnav-mask">
64716  <div class="subnav-wrapper">
64717  <div class="subnav col10 pad">
64718  <section class="nested">
64719  <div class="col4 main-column">
64720  <nav class="secondary">
64721  <ul>
64722  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2011.html"
  …    aria-label="Back to Fall 2011">Fall 2011</a></li>
64723  <li class="primary-nav-item">
64724  <a href="/publications/cancer-newsline/fall-2011.html" aria-label="Fall 2011
  …    Home">Fall 2011 Home</a></li>
64725  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/alarming-increase-in-hpv-related-throat
  …    -cancer.html">Alarming increase in HPV-related throat cancer</a></li>
64726  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/proton-therapy-treatment-for-brain-
  …    tumors.html">Proton Therapy Treatment for Brain Tumors</a></li>
64727  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/bone-cancer-surgery-for-pediatric-
  …    patients.html">Bone cancer surgery for pediatric patients</a></li>
64728  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/sexual-pleasure-after-prostate-cancer-
  …    treatment.html">Sexual Pleasure after prostate cancer treatment</a></li>
64729  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/vulvar-cancer.html">Vulvar Cancer
  …    Basics</a></li>
64730  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/fall-2011/vaginal-cancer.html">Vaginal Cancer
  …    Basics</a></li>
64731  </ul>
64732  </nav>
64733  </div>
64734  </section>
64735  </div>
64736  </div>
64737  </div></li>
64738  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/summer-2011.html">Summer 2011</a>
64739  <div class="subnav-mask">
64740  <div class="subnav-wrapper">
64741  <div class="subnav col10 pad">
64742  <section class="nested">
64743  <div class="col4 main-column">
64744  <nav class="secondary">
64745  <ul>
64746  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2011.html"
  …    aria-label="Back to Summer 2011">Summer 2011</a></li>
64747  <li class="primary-nav-item">
64748  <a href="/publications/cancer-newsline/summer-2011.html" aria-label="Summer 2011
```

```
64748… Home - Summer 2011 Home</a></li>
64749 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/darker-skin-also-susceptible-to-skin-
   … cancer.html">Darker Skin Also Susceptible to Skin Cancer</a></li>
64750 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/childhood-endocrine-tumors.html">
   … Childhood Endocrine Tumors</a></li>
64751 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/tongue-cancer.html">Tongue Cancer:
   … The Basics</a></li>
64752 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/white-blood-cell-donations-for-cancer
   … -patients.html">White Blood Cell Donations for Cancer Patients</a></li>
64753 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/proton-therapy-for-esophageal-cancer.
   … html">Proton Therapy for Esophageal Cancer</a></li>
64754 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/mohs-surgery-for-skin-cancer.html">
   … Mohs Surgery for Skin Cancer</a></li>
64755 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/ct-scan-for-lung-cancer-screening.
   … html">CT Scan for Lung Cancer Screening</a></li>
64756 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/radiation-therapy-outpacing-radiation
   … -oncologist-supply.html">Radiation Therapy Outpacing Radiation Oncologist
   … Supply</a></li>
64757 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/treatment-for-skull-base-tumors.html"
   … >Treatment for Rare Skull Base Tumors</a></li>
64758 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/proton-therapy-for-childhood-cancers.
   … html">Proton Therapy For Childhood Cancers</a></li>
64759 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/study-details-first-melanoma-vaccine.
   … html">Study Details First Therapeutic Melanoma Vaccine</a></li>
64760 </ul>
64761 </nav>
64762 </div>
64763 </section>
64764 </div>
64765 </div>
64766 </div></li>
64767 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/spring-2011.html">Spring 2011</a>
64768 <div class="subnav-mask">
64769 <div class="subnav-wrapper">
64770 <div class="subnav col10 pad">
64771 <section class="nested">
64772 <div class="col4 main-column">
64773 <nav class="secondary">
64774 <ul>
64775 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2011.html"
   … aria-label="Back to Spring 2011">Spring 2011</a></li>
64776 <li class="primary-nav-item"><a
64777 <a href="/publications/cancer-newsline/spring-2011.html" aria-label="Spring 2011
   … Home">Spring 2011 Home</a></li>
64778 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/spring-2011/will-japan-nuclear-accident-effect-
   … global-cancer-rates.html">Will Japan's Nuclear Accident Effect Global Cancer
   … Risk?</a></li>
64779 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/spring-2011/lymphedema-management.html">
   … Lymphedema: Basics, Management and New Research</a></li>
64780 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/spring-2011/kidney-cancer-basics.html">Kidney
   … Cancer Basics</a></li>
64781 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/spring-2011/salivary-gland-cancer.html">Salivary
```

```
64781… Gland Cancer is rare</a></li>
64782  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/humanitarian-medical-work.html">The
    …  Human Touch in Humanitarian Medical Work</a></li>
64783  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/the-gps-of-brain-surgery.html">The
    …  GPS of Brain Surgery</a></li>
64784  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/cancer-drug-shortage-is-costing-lives
    …  .html">Cancer Drug Shortage Is Costing Lives</a></li>
64785  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/bladder-cancer.html">Bladder Cancer
    …  Basics</a></li>
64786  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/cancer-and-depression.html">Cancer
    …  and Depression</a></li>
64787  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/dont-let-stress-get-under-your-skin.
    …  html">Don't Let Stress Get Under Your Skin</a></li>
64788  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2011/breast-cancer-doesnt-just-strike-
    …  women.html">Breast Cancer Doesn't Just Strike Women</a></li>
64789  </ul>
64790  </nav>
64791  </div>
64792  </section>
64793  </div>
64794  </div>
64795  </div></li>
64796  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/winter-2011.html">Winter 2011</a>
64797  <div class="subnav-mask">
64798  <div class="subnav-wrapper">
64799  <div class="subnav col10 pad">
64800  <section class="nested">
64801  <div class="col4 main-column">
64802  <nav class="secondary">
64803  <ul>
64804  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2011.html"
    …  aria-label="Back to Winter 2011">Winter 2011</a></li>
64805  <li class="primary-nav-item">
64806  <a href="/publications/cancer-newsline/winter-2011.html" aria-label="Winter 2011
    …  Home">Winter 2011 Home</a></li>
64807  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/childhood-leukemia.html">Childhood
    …  Leukemia</a></li>
64808  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/cushings-syndrome-and-cushings-
    …  disease.html">Cushing's Syndrome and Disease often go undiagnosed</a></li>
64809  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/patient-education-fills-information-
    …  gap.html">Patient Education Fills the Information Gap for Cancer Patients and
    …  Caregivers</a></li>
64810  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/vitamin-supplements-for-cancer-
    …  patients.html">The Benefits and Dangers of Vitamin Supplements for Cancer
    …  Patients</a></li>
64811  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/cancer-affects-caregivers-too.html">
    …  Cancer affects Caregivers Too</a></li>
64812  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/can-stress-cause-cancer.html">Can
    …  Stress Cause Cancer?</a></li>
64813  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/sexual-renewal-program-for-women-
    …  cancer-survivors.html">Sexual Renewal Program for Women Cancer Survivors</a></li>
64814  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/winter-2011/ablation-therapy-for-prostate-cancer.
```

```
64814… html">Ablation Therapy for Prostate Cancer</a></li>
64815 </ul>
64816 </nav>
64817 </div>
64818 </section>
64819 </div>
64820 </div>
64821 </div></li>
64822 <li class="primary-nav-item has-subnav"><a
     … href="/publications/cancer-newsline/fall-2010.html">Fall 2010</a>
64823 <div class="subnav-mask">
64824 <div class="subnav-wrapper">
64825 <div class="subnav col10 pad">
64826 <section class="nested">
64827 <div class="col4 main-column">
64828 <nav class="secondary">
64829 <ul>
64830 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2010.html"
     … aria-label="Back to Fall 2010">Fall 2010</a></li>
64831 <li class="primary-nav-item">
64832 <a href="/publications/cancer-newsline/fall-2010.html" aria-label="Fall 2010
     … Home">Fall 2010 Home</a></li>
64833 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/hepatocellular-carcinoma-liver-cancer.
     … html">Liver Cancer Basics</a></li>
64834 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/proton-therapy-for-lung-cancer.html">
     … Proton Therapy for Lung Cancer</a></li>
64835 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/ct-scans-reduce-lung-cancer-death-rates
     … .html">CT Scans Reduce Death Rates From Lung Cancer</a></li>
64836 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/iressa-effective-for-lung-cancer.html">
     … Iressa As Effective As Chemotherapy for Lung Cancer Treatment</a></li>
64837 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/appendix-cancer.html">Appendix Cancer
     … Basics</a></li>
64838 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/hope-for-triple-negative-metastatic-
     … breast-cancer.html">Hope for Women with Triple-Negative Metastatic Breast
     … Cancer</a></li>
64839 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/pancreatic-cancer.html">Pancreatic
     … Cancer</a></li>
64840 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/understanding-sarcoma-tumors.html">
     … Understanding Sarcoma Tumors</a></li>
64841 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/acoustic-neuroma.html">Acoustic
     … Neuroma</a></li>
64842 <li class="primary-nav-item"><a
     … href="/publications/cancer-newsline/fall-2010/chemobrain.html">Chemobrain ... Is It
     … Real?</a></li>
64843 </ul>
64844 </nav>
64845 </div>
64846 </section>
64847 </div>
64848 </div>
64849 </div></li>
64850 <li class="primary-nav-item has-subnav"><a
     … href="/publications/cancer-newsline/summer-2010.html">Summer 2010</a>
64851 <div class="subnav-mask">
64852 <div class="subnav-wrapper">
64853 <div class="subnav col10 pad">
64854 <section class="nested">
64855 <div class="col4 main-column">
64856 <nav class="secondary">
```

```
64857  <ul>
64858  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2010.html"
    …  aria-label="Back to Summer 2010">Summer 2010</a></li>
64859  <li class="primary-nav-item">
64860  <a href="/publications/cancer-newsline/summer-2010.html" aria-label="Summer 2010
    …  Home">Summer 2010 Home</a></li>
64861  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/cancers-caused-by-hpv.html">Cancers
    …  Caused by HPV</a></li>
64862  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/cancer-related-fatigue.html">Cancer-
    …  Related Fatigue</a></li>
64863  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/what-is-peritoneal-cancer.html">What
    …  is Peritoneal Cancer?</a></li>
64864  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/can-cancer-be-inherited.html">Can
    …  Cancer Be Inherited?</a></li>
64865  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/metastatic-eye-cancer.html">
    …  Metastatic Eye Cancer</a></li>
64866  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/fallopian-tube-cancer.html">Fallopian
    …  Tube Cancer</a></li>
64867  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/laryngeal-cancer.html">Laryngeal
    …  Cancer</a></li>
64868  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/hurricane-preparation-for-cancer-
    …  patients.html">Hurricane Preparation for Cancer Patients</a></li>
64869  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/proton-therapy-to-treat-prostate-
    …  cancer.html">Proton Therapy for Prostate Cancer</a></li>
64870  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/massage-therapy-benefits-for-cancer-
    …  patients.html">Benefits of Massage Therapy for Cancer Patients</a></li>
64871  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/skin-cancer-and-melanoma-basics.html"
    …  > Melanoma, Basal and Squamous Cell Carcinoma</a></li>
64872  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2010/managing-health-care-insurance.html">
    …  Managing Health Care Insurance</a></li>
64873  </ul>
64874  </nav>
64875  </div>
64876  </section>
64877  </div>
64878  </div>
64879  </div></li>
64880  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/spring-2010.html">Spring 2010</a>
64881  <div class="subnav-mask">
64882  <div class="subnav-wrapper">
64883  <div class="subnav col10 pad">
64884  <section class="nested">
64885  <div class="col4 main-column">
64886  <nav class="secondary">
64887  <ul>
64888  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2010.html"
    …  aria-label="Back to Spring 2010">Spring 2010</a></li>
64889  <li class="primary-nav-item">
64890  <a href="/publications/cancer-newsline/spring-2010.html" aria-label="Spring 2010
    …  Home">Spring 2010 Home</a></li>
64891  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2010/ca125-changes-promising-for-early-
    …  ovarian-cancer-diagnosis.html">CA-125 Change Over Time Shows Promise for Early
    …  Detection of Ovarian Cancer</a></li>
64892  <li class="primary-nav-item"><a
```

```
64892  href="/publications/cancer-newsline/spring-2010/eye-cancer.html">Eye Cancer Diagnosis
   …   and Research</a></li>
64893  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/glioblastoma-multiforme-treatment-
   …   options.html">Glioblastoma Multiforme Treatment Options</a></li>
64894  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/mind-body-practices-benefit-cancer-
   …   patients.html">Mind Body Practices Benefit Cancer Patients</a></li>
64895  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/international-center-how-we-can-help.
   …   html">International Center: How We Can Help</a></li>
64896  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/young-adult-cancer-patient-issues.
   …   html">Issues Faced by Young Adult Cancer Patients</a></li>
64897  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/multidisciplinary-prostate-cancer-
   …   clinic.html">Multidisciplinary Prostate Cancer Clinic</a></li>
64898  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/spring-2010/contralateral-prophylactic-mastectomy
   …   -and-survival.html">Contralateral Prophylactic Mastectomy and Survival</a></li>
64899  </ul>
64900  </nav>
64901  </div>
64902  </section>
64903  </div>
64904  </div>
64905  </div></li>
64906  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancer-newsline/winter-2010.html">Winter 2010</a>
64907  <div class="subnav-mask">
64908  <div class="subnav-wrapper">
64909  <div class="subnav col10 pad">
64910  <section class="nested">
64911  <div class="col4 main-column">
64912  <nav class="secondary">
64913  <ul>
64914  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2010.html"
   …   aria-label="Back to Winter 2010">Winter 2010</a></li>
64915  <li class="primary-nav-item">
64916  <a href="/publications/cancer-newsline/winter-2010.html" aria-label="Winter 2010
   …   Home">Winter 2010 Home</a></li>
64917  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/heated-chemotherapy-for-pediatric-
   …   patients.html">Heated Chemotherapy Offers Hope for Pediatric Patients</a></li>
64918  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/von-hippel-lindau-disease.html">Von
   …   Hippel Lindau Disease</a></li>
64919  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/cryoablation-treatment-for-breast-
   …   cancer.html">Cryoablation Treatment for Breast Cancer</a></li>
64920  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/accelerated-partial-breast-
   …   irradiation.html">Accelerated Partial Breast Irradiation (APBI)</a></li>
64921  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/physical-therapy-for-cancer-patients.
   …   html">Physical Therapy for Cancer Patients</a></li>
64922  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/gamma-knife-surgery-for-brain-cancer.
   …   html">Gamma Knife Surgery for Brain Cancer</a></li>
64923  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/minimally-invasive-robotic-
   …   thyroidectomy.html">Minimally Invasive Robotic Thyroidectomy</a></li>
64924  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/body-image-issues-for-cancer-patients
   …   .html">Body Image Issues for Cancer Patients</a></li>
64925  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/winter-2010/acupuncture-for-cancer-patients.html"
   …   >Acupuncture for Cancer Patients</a></li>
```

```
64926 </ul>
64927 </nav>
64928 </div>
64929 </section>
64930 </div>
64931 </div>
64932 </div></li>
64933 </ul>
64934 </nav>
64935 </div>
64936 </section>
64937 </div>
64938 </div>
64939 </div></li>
64940 <li class="primary-nav-item has-subnav"><a
     href="/publications/cancerwise.html">Cancerwise</a>
64941 <div class="subnav-mask">
64942 <div class="subnav-wrapper">
64943 <div class="subnav col10 pad">
64944 <section class="nested">
64945 <div class="col4 main-column">
64946 <nav class="secondary">
64947 <ul>
64948 <li class="mobile-nav-back"><a href="/publications/cancerwise.html" aria-label="Back
     to Cancerwise">Cancerwise</a></li>
64949 <li class="primary-nav-item">
64950 <a href="/publications/cancerwise.html" aria-label="Cancerwise Home">Cancerwise
     Home</a></li>
64951 <li class="primary-nav-item has-subnav"><a
     href="/publications/cancerwise/2016.html">2016</a>
64952 <div class="subnav-mask">
64953 <div class="subnav-wrapper">
64954 <div class="subnav col10 pad">
64955 <section class="nested">
64956 <div class="col4 main-column">
64957 <nav class="secondary">
64958 <ul>
64959 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016.html"
     aria-label="Back to 2016">2016</a></li>
64960 <li class="primary-nav-item">
64961 <a href="/publications/cancerwise/2016.html" aria-label="2016 Home">2016
     Home</a></li>
64962 <li class="primary-nav-item has-subnav"><a
     href="/publications/cancerwise/2016/01.html">01</a>
64963 <div class="subnav-mask">
64964 <div class="subnav-wrapper">
64965 <div class="subnav col10 pad">
64966 <section class="nested">
64967 <div class="col4 main-column">
64968 <nav class="secondary">
64969 <ul>
64970 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/01.html"
     aria-label="Back to 01">01</a></li>
64971 <li class="primary-nav-item">
64972 <a href="/publications/cancerwise/2016/01.html" aria-label="01 Home">01 Home</a></li>
64973 <li class="primary-nav-item"><a
     href="/publications/cancerwise/2016/01/my-cancer-scars--wha.html">My cancer scars:
     What I tell my kids</a></li>
64974 <li class="primary-nav-item"><a
     href="/publications/cancerwise/2016/01/renal-medullary-carc.html">Renal medullary
     carcinoma caregiver: Be your own cancer advocate</a></li>
64975 <li class="primary-nav-item"><a
     href="/publications/cancerwise/2016/01/stomach-cancer-survi.html">Stomach cancer
     survivor: "You don't have to go through this alone"</a></li>
64976 <li class="primary-nav-item"><a
     href="/publications/cancerwise/2016/01/schooling-triple-neg.html">Schooling
     triple-negative breast cancer</a></li>
64977 <li class="primary-nav-item"><a
```

```
64977… href="/publications/cancerwise/2016/01/my-eye-cancer-story-.html">My eye cancer
    …  story: Finding hope and life</a></li>
64978  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/01/making-art-matter.html">Making art
    …  matter</a></li>
64979  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/01/coping-with-gvhd-aft.html">Coping with GVHD
    …  after ALCL</a></li>
64980  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/01/personalized-chemoth.html">Personalized
    …  chemotherapy dosing treatment improves responses, minimizes
64981  side effects</a></li>
64982  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/01/a-link-between-music.html">A link between
    …  music and medicine</a></li>
64983  </ul>
64984  </nav>
64985  </div>
64986  </section>
64987  </div>
64988  </div>
64989  </div></li>
64990  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/02.html">02</a>
64991  <div class="subnav-mask">
64992  <div class="subnav-wrapper">
64993  <div class="subnav col10 pad">
64994  <section class="nested">
64995  <div class="col4 main-column">
64996  <nav class="secondary">
64997  <ul>
64998  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/02.html"
    …  aria-label="Back to 02">02</a></li>
64999  <li class="primary-nav-item">
65000  <a href="/publications/cancerwise/2016/02.html" aria-label="02 Home">02 Home</a></li>
65001  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/genetics-expertise-h.html">Genetics expertise
    …  helps make precision medicine a reality</a></li>
65002  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/squamous-cell-carcin.html">Squamous cell
    …  carcinoma caregiver gives back</a></li>
65003  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/my-chondrosarcoma-jo.html">My chondrosarcoma
    …  journey: It takes a team</a></li>
65004  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/angiosarcoma-survivo.html">Angiosarcoma
    …  survivor: 3 ways to support a friend with cancer</a></li>
65005  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/where-md-anderson-pa.html">Where MD Anderson
    …  patients made important connections</a></li>
65006  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/life-lessons-from-br.html">Life lessons from
    …  breast cancer</a></li>
65007  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/how-a-nurse-practiti.html">How a nurse
    …  practitioner made me feel like family</a></li>
65008  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/nurse--_having-thyro.html">Nurse: 'Having
    …  thyroid cancer made me a better caregiver'</a></li>
65009  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/pediatric-rhabdomyos.html">Pediatric
    …  rhabdomyosarcoma patient spreads hope</a></li>
65010  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/aml-survivor--where-.html">AML survivor: Where
    …  to relax at MD Anderson</a></li>
65011  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/02/q-a--understanding-a.html">Q&amp;A:
    …  Understanding acoustic neuroma</a></li>
```

```
65012 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/from-ewing-s-sarcoma.html">From Ewing's
  ··· sarcoma patient to nurse</a></li>
65013 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/two-time-lymphoma-su.html">Two-time lymphoma
  ··· survivor: 'I'm alive to try'</a></li>
65014 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/synovial-sarcoma-pre.html">Synovial sarcoma
  ··· prepared me for my next big adventure</a></li>
65015 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/celebrating-life-aft.html">Thriving after my
  ··· bone marrow transplant</a></li>
65016 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/surviving-stage-iv-c.html">Surviving stage IV
  ··· colorectal cancer</a></li>
65017 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/02/my-stage-iv-colon-ca.html">My stage IV colon
  ··· cancer odyssey</a></li>
65018 </ul>
65019 </nav>
65020 </div>
65021 </section>
65022 </div>
65023 </div>
65024 </div></li>
65025 <li class="primary-nav-item has-subnav"><a
  ··· href="/publications/cancerwise/2016/03.html">03</a>
65026 <div class="subnav-mask">
65027 <div class="subnav-wrapper">
65028 <div class="subnav col10 pad">
65029 <section class="nested">
65030 <div class="col4 main-column">
65031 <nav class="secondary">
65032 <ul>
65033 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/03.html"
  ··· aria-label="Back to 03">03</a></li>
65034 <li class="primary-nav-item">
65035 <a href="/publications/cancerwise/2016/03.html" aria-label="03 Home">03 Home</a></li>
65036 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/appendix-cancer-surv.html">Appendix cancer
  ··· survivor: Take an active role in your treatment</a></li>
65037 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/diet-and-your-lung-c.html">Diet and your lung
  ··· cancer risk</a></li>
65038 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/daily-aspirin-and-co.html">Daily aspirin and
  ··· colon cancer risk</a></li>
65039 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/the-perfect-gift-for.html">The perfect gift
  ··· for your friend with cancer</a></li>
65040 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/confronting-ocular-m.html">Confronting ocular
  ··· melanoma</a></li>
65041 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/li-fraumeni-syndrome.html">Li-Fraumeni
  ··· syndrome survivor: 'Don't let cancer define you'</a></li>
65042 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/my-kidney-cancer-jou.html">My kidney cancer
  ··· journey</a></li>
65043 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/pregnant-with-inflam.html">Pregnant with
  ··· inflammatory breast cancer</a></li>
65044 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/q-a--eyelid-cancer-.html">Q&amp;A: Eyelid
  ··· cancer</a></li>
65045 <li class="primary-nav-item"><a
  ··· href="/publications/cancerwise/2016/03/exercise-to-ease-per.html">Exercise to ease
  ··· peripheral neuropathy symptoms</a></li>
```

```
65046 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/facing-follow-up-tes.html">Facing follow-up
   …  tests with a positive attitude</a></li>
65047 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/how-a-fatigue-journa.html">How a fatigue
   …  journal can help cancer patients</a></li>
65048 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/what-to-pack-for-you.html">What to pack for
   …  your hospital stay</a></li>
65049 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/my-non-small-cell-lu.html">My non-small cell
   …  lung cancer story</a></li>
65050 </ul>
65051 </nav>
65052 </div>
65053 </section>
65054 </div>
65055 </div>
65056 </div></li>
65057 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2016/04.html">04</a>
65058 <div class="subnav-mask">
65059 <div class="subnav-wrapper">
65060 <div class="subnav col10 pad">
65061 <section class="nested">
65062 <div class="col4 main-column">
65063 <nav class="secondary">
65064 <ul>
65065 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/04.html"
   …  aria-label="Back to 04">04</a></li>
65066 <li class="primary-nav-item">
65067 <a href="/publications/cancerwise/2016/04.html" aria-label="04 Home">04 Home</a></li>
65068 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/putting-my-thyroid-c.html">Putting my thyroid
   …  cancer diagnosis in the rearview mirror</a></li>
65069 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/how-art-helped-my-da.html">How art helped my
   …  daughter cope with MDS treatment</a></li>
65070 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/understanding-neurop.html">Understanding
   …  neuropsychology and chemobrain</a></li>
65071 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/building-a-nursing-p.html">Building a nursing
   …  pipeline</a></li>
65072 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/surviving-hpv-relate.html">Surviving
   …  HPV-related cervical cancer twice</a></li>
65073 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/it-takes-a-village-t.html">It takes a village
   …  to get through cancer</a></li>
65074 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/a-makeover-for-the-r.html">A makeover for the
   …  Rotary House</a></li>
65075 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/my-non-hodgkin_s-lym.html">Non-Hodgkin's
   …  lymphoma: Just another adventure</a></li>
65076 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/a-cancer-survivors-.html">A cancer survivor's
   …  gift of gab</a></li>
65077 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/fertility-and-cancer.html">Fertility and
   …  cancer: 10 things to know</a></li>
65078 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/surgical-relief-from.html">Surgical relief
   …  from lymphedema</a></li>
65079 </ul>
65080 </nav>
65081 </div>
```

```
65082 </section>
65083 </div>
65084 </div>
65085 </div></li>
65086 <li class="primary-nav-item has-subnav"><a
 …  href="/publications/cancerwise/2016/05.html">05</a>
65087 <div class="subnav-mask">
65088 <div class="subnav-wrapper">
65089 <div class="subnav col10 pad">
65090 <section class="nested">
65091 <div class="col4 main-column">
65092 <nav class="secondary">
65093 <ul>
65094 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/05.html"
 …  aria-label="Back to 05">05</a></li>
65095 <li class="primary-nav-item">
65096 <a href="/publications/cancerwise/2016/05.html" aria-label="05 Home">05 Home</a></li>
65097 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/how-to-support-a-fri.html">How to support a
 …  friend through hair loss</a></li>
65098 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/living-with-oligoden.html">Living with
 …  oligodendroglioma</a></li>
65099 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/my-male-breast-cance.html">My male breast
 …  cancer story continues: The recurrence</a></li>
65100 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/advice-for-coping-wi.html">Stressed out?
 …  Advice for coping</a></li>
65101 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/cancer--i-beat-you.html">Cancer, I beat
 …  you</a></li>
65102 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/life-with-a-benign-b.html">Life with a benign
 …  brain tumor</a></li>
65103 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/5-time-adrenal-gland.html">5-time adrenal
 …  gland tumor survivor beats weight gain</a></li>
65104 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/medulloblastoma-pati.html">Medulloblastoma
 …  patient marks a decade cancer-free</a></li>
65105 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/gratitude-for-my-son.html">Gratitude for my
 …  sons after breast cancer</a></li>
65106 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/surviving-a-total-pe.html">Surviving a total
 …  pelvic exenteration</a></li>
65107 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/nivolumab-gives-rena.html">Nivolumab gives
 …  renal cancer survivor a second chance</a></li>
65108 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/coping-with-a-brain-.html">Coping with a brain
 …  tumor</a></li>
65109 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/how-nutrition-label-.html">Nutrition Facts
 …  label changes may help lower cancer risk</a></li>
65110 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/sunscreen--what-spf-.html">Sunscreen: What SPF
 …  should you choose?</a></li>
65111 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/inflammatory-breast-.html">Inflammatory breast
 …  cancer patient empowers herself with research</a></li>
65112 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2016/05/life-after-a-globla.html">Life after a
 …  glioblastoma diagnosis</a></li>
65113 </ul>
65114 </nav>
65115 </div>
```

```
65116  </section>
65117  </div>
65118  </div>
65119  </div></li>
65120  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/06.html">06</a>
65121  <div class="subnav-mask">
65122  <div class="subnav-wrapper">
65123  <div class="subnav col10 pad">
65124  <section class="nested">
65125  <div class="col4 main-column">
65126  <nav class="secondary">
65127  <ul>
65128  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/06.html"
    …  aria-label="Back to 06">06</a></li>
65129  <li class="primary-nav-item">
65130  <a href="/publications/cancerwise/2016/06.html" aria-label="06 Home">06 Home</a></li>
65131  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/facing-chemotherapy-.html">Facing chemotherapy
    …  with a newborn</a></li>
65132  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/q-a--understanding-i.html">Q&amp;A:
    …  Understanding immunotherapy</a></li>
65133  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/a-flight-attendant-f.html">A flight attendant
    …  finds her footing with melanoma treatment</a></li>
65134  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/professional-drummer.html">Drummer back in the
    …  groove after cancer</a></li>
65135  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/tonsil-cancer-surviv.html">Tonsil cancer
    …  survivor resolves to win</a></li>
65136  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/how-yoga-helped-an-a.html">How yoga helped an
    …  AML survivor recover</a></li>
65137  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/celebrating-life-dur.html">Celebrating life
    …  during Survivorship Week and year-round</a></li>
65138  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/after-appendix-cance.html">After appendix
    …  cancer, celebrating the little things</a></li>
65139  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/oligodendroglioma-su.html">Oligodendroglioma
    …  survivor: Doctor, consider it done</a></li>
65140  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/meditation--the-anti.html">Meditation: The
    …  antidote for stress</a></li>
65141  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/throat-cancer-surviv.html">Throat cancer
    …  survivor encourages HPV vaccination</a></li>
65142  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/nursing-assistant-do.html">Nursing assistant
    …  doubles as daughter's caregiver</a></li>
65143  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/less-invasive-surger.html">Less invasive
    …  surgery gets a triathlete back on track</a></li>
65144  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/li-fraumeni-syndrome.html">Li-Fraumeni
    …  syndrome caregiver: "Cancer can't have every day"</a></li>
65145  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/how-_hope_-brought-a.html">A non-Hodgkin's
    …  diagnosis, then 'Hope'</a></li>
65146  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/ewing_s-sarcoma-does.html">Ewing's sarcoma
    …  doesn't keep teen from walking life's road</a></li>
65147  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/sarcoma-survivor-thr.html">Sarcoma survivor
    …  finds hope in multidisciplinary care</a></li>
```

```
65148  </ul>
65149  </nav>
65150  </div>
65151  </section>
65152  </div>
65153  </div>
65154  </div></li>
65155  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/07.html">07</a>
65156  <div class="subnav-mask">
65157  <div class="subnav-wrapper">
65158  <div class="subnav col10 pad">
65159  <section class="nested">
65160  <div class="col4 main-column">
65161  <nav class="secondary">
65162  <ul>
65163  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/07.html"
    …  aria-label="Back to 07">07</a></li>
65164  <li class="primary-nav-item">
65165  <a href="/publications/cancerwise/2016/07.html" aria-label="07 Home">07 Home</a></li>
65166  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/caregiver-prepares-f.html">Caregiver prepares
    …  for daughter to leave the nest after cancer</a></li>
65167  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/pediatric-cancer-pat.html">Pediatric cancer
    …  patients' dreams take flight</a></li>
65168  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/hodgkins-lymphoma-spacesuit-art-project-arts-
    …  in-medicine.html">Hodgkin's lymphoma survivor helps create history</a></li>
65169  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/clinical-trial-uterine-cancer.html">Clinical
    …  trial gives uterine cancer survivor hope</a></li>
65170  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/arts-in-medicine-spacesuit-art-project.html">
    …  Creating hope through spacesuit art</a></li>
65171  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/acute-myeloid-leukem.html">Acute myeloid
    …  leukemia: What to know</a></li>
65172  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/glioblastoma-survivor-glioblastoma-treatment.
    …  html">Glioblastoma survivor: Game on</a></li>
65173  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/melanoma-in-high-school.html">Facing melanoma
    …  in high school</a></li>
65174  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/glioblastoma-survivor-second-opinion.html">
    …  Glioblastoma survivor: A second opinion gave me hope</a></li>
65175  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/blastic-plasmacytoid-dendritic.html">Blastic
    …  Plasmacytoid Dendritic Cell Neoplasm patient finds hope</a></li>
65176  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/non-Hodgkins-lymphoma-bike-lessons.html">
    …  Lessons learned from the bike trail</a></li>
65177  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/a-librarian-who_s-do.html">A librarian who's
    …  done it all</a></li>
65178  </ul>
65179  </nav>
65180  </div>
65181  </section>
65182  </div>
65183  </div>
65184  </div></li>
65185  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/08.html">08</a>
65186  <div class="subnav-mask">
65187  <div class="subnav-wrapper">
65188  <div class="subnav col10 pad">
```

```
65189  <section class="nested">
65190  <div class="col4 main-column">
65191  <nav class="secondary">
65192  <ul>
65193  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/08.html"
   …   aria-label="Back to 08">08</a></li>
65194  <li class="primary-nav-item">
65195  <a href="/publications/cancerwise/2016/08.html" aria-label="08 Home">08 Home</a></li>
65196  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/nurse-nursing-research.html">How our nurses
   …   are using research to transform patient care</a></li>
65197  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/spine-surgery-spinal-metastases.html">Spine
   …   surgery innovations stem from new technology</a></li>
65198  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/Nivolumab-Bevacizumab-clinical-trial.html">How
   …   Nivolumab and Bevacizumab gave us hope</a></li>
65199  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/adenoid-cystic-carcinoma.html">Adenoid cystic
   …   carcinoma survivor: Be your own advocate</a></li>
65200  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/prostate-cancer-mycancerconnection.html">
   …   Prostate cancer survivor gives back</a></li>
65201  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/radiation-exposure.html">Radiation exposure:
   …   What to know</a></li>
65202  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/teens-with-cancer.html">A survivor's advice
   …   for helping teens with cancer</a></li>
65203  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/oral-cancer.html">Oral cancer: What you should
   …   know</a></li>
65204  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/cervical-cancer-battle.html">My cancer was a
   …   battle</a></li>
65205  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/melanoma-pregnant-pregnancy.html">Facing
   …   melanoma while pregnant</a></li>
65206  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/microbiome-cancer.html">Q&amp;A: The
   …   microbiome and cancer</a></li>
65207  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/synovial-sarcoma.html">9 synovial sarcoma
   …   questions, answered</a></li>
65208  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/pediatric-melanoma.html">Pediatric melanoma
   …   survivor gets back in the game</a></li>
65209  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/aml-survivor-skyjumping.html">AML survivor
   …   celebrates at great heights</a></li>
65210  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/CML-allogenic-stem-cell-transplant.html">Stem
   …   cell transplant gives CML survivor second chance</a></li>
65211  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/esophageal-surgery-endoscopic-mucosal-
   …   resection.html">Surgery gives two-time survivor new life</a></li>
65212  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/08/squamous-cell-carcinoma-of-the-glottis-throat-
   …   cancer.html">Confronting my squamous cell carcinoma diagnosis</a></li>
65213  </ul>
65214  </nav>
65215  </div>
65216  </section>
65217  </div>
65218  </div>
65219  </div></li>
65220  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2016/09.html">09</a>
```

```
65221 <div class="subnav-mask">
65222 <div class="subnav-wrapper">
65223 <div class="subnav col10 pad">
65224 <section class="nested">
65225 <div class="col4 main-column">
65226 <nav class="secondary">
65227 <ul>
65228 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/09.html"
   … aria-label="Back to 09">09</a></li>
65229 <li class="primary-nav-item">
65230 <a href="/publications/cancerwise/2016/09.html" aria-label="09 Home">09 Home</a></li>
65231 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/09/aml-survivor-find-cancer-information.html">AML
   … survivor: Where to find good information</a></li>
65232 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/09/kendra-scott-childhood-cancer-awareness.html">
   … Kendra Scott, pediatric patients team up to raise childhood cancer awareness</a></li>
65233 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/09/aml-craig-sager.html">AML won't sideline Craig
   … Sager</a></li>
65234 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/09/melanoma-moonshot.html">How we're outsmarting
   … melanoma</a></li>
65235 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/09/glioblastoma-caregiver-humor.html">Caregiver:
   … We faced glioblastoma with humor</a></li>
65236 </ul>
65237 </nav>
65238 </div>
65239 </section>
65240 </div>
65241 </div>
65242 </div></li>
65243 </ul>
65244 </nav>
65245 </div>
65246 </section>
65247 </div>
65248 </div>
65249 </div></li>
65250 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2015.html">2015</a>
65251 <div class="subnav-mask">
65252 <div class="subnav-wrapper">
65253 <div class="subnav col10 pad">
65254 <section class="nested">
65255 <div class="col4 main-column">
65256 <nav class="secondary">
65257 <ul>
65258 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015.html"
   … aria-label="Back to 2015">2015</a></li>
65259 <li class="primary-nav-item">
65260 <a href="/publications/cancerwise/2015.html" aria-label="2015 Home">2015
   … Home</a></li>
65261 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2015/01.html">01</a>
65262 <div class="subnav-mask">
65263 <div class="subnav-wrapper">
65264 <div class="subnav col10 pad">
65265 <section class="nested">
65266 <div class="col4 main-column">
65267 <nav class="secondary">
65268 <ul>
65269 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/01.html"
   … aria-label="Back to 01">01</a></li>
65270 <li class="primary-nav-item">
65271 <a href="/publications/cancerwise/2015/01.html" aria-label="01 Home">01 Home</a></li>
65272 <li class="primary-nav-item"><a
```

```
65272  href="/publications/cancerwise/2015/01/could-home-based-monitoring-enhance-your-
       cancer-care.html">Could home-based monitoring enhance your cancer care?</a></li>
65273  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-our-pathologists-help-our-patients.html">
       How our pathologists help our patients</a></li>
65274  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/putting-family-first-after-my-dads-melanoma-
       recurrence.html">Putting family first after my dad's melanoma recurrence</a></li>
65275  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-prostate-cancer-brought-my-husband-and-i-
       closer-together.html">How prostate cancer brought my husband and I closer
       together</a></li>
65276  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/what-you-should-know-about-multiple-myeloma.
       html">What you should know about multiple myeloma</a></li>
65277  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/wearing-my-chemo-cut-as-a-badge-of-honor.html"
       >Wearing my chemo-cut as a badge of honor</a></li>
65278  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/after-squamous-cell-carcinoma-appreciating-the
       -little-things.html">After squamous cell carcinoma, appreciating the little
       things</a></li>
65279  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/a-large-cell-cervical-cancer-patients-first-
       visit-to-md-anderson.html">A large cell cervical cancer patient's first visit to MD
       Anderson</a></li>
65280  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/opening-up-about-my-breast-cancer-journey.html
       ">Opening up about my breast cancer journey</a></li>
65281  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/looking-back-on-a-life-changing-year.html">
       Looking back on a life-changing year</a></li>
65282  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-young-adult-cancer-patients-can-find-
       social-support.html">How young adult cancer patients can find social support</a></li>
65283  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-nurses-help-me-through-my-ovarian-cancer-
       recurrence.html">How nurses helped me through my ovarian cancer recurrence</a></li>
65284  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/facing-infertility-after-testicular-cancer-
       treatment.html">Facing infertility after testicular cancer treatment</a></li>
65285  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/advice-from-four-cancer-survivors.html">Advice
       from four cancer survivors</a></li>
65286  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-md-anderson-made-my-breast-cancer-
       treatment-journey-quick.html">How MD Anderson made my breast cancer treatment journey
       quick</a></li>
65287  </ul>
65288  </nav>
65289  </div>
65290  </section>
65291  </div>
65292  </div>
65293  </div></li>
65294  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2015/02.html">02</a>
65295  <div class="subnav-mask">
65296  <div class="subnav-wrapper">
65297  <div class="subnav col10 pad">
65298  <section class="nested">
65299  <div class="col4 main-column">
65300  <nav class="secondary">
65301  <ul>
65302  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/02.html"
       aria-label="Back to nav">02</a></li>
65303  <li class="primary-nav-item">
65304  <a href="/publications/cancerwise/2015/02.html" aria-label="02 Home">02 Home</a></li>
```

```
65305 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/pediatric-follicular-thyroid-cancer-survivor-
   … celebrates-opportun.html">Pediatric follicular thyroid cancer survivor celebrates
   … opportunity to
65306 give back</a></li>
65307 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/finding-strength-after-my-ependymoma-diagnosis
   … .html">Finding strength after my ependymoma diagnosis</a></li>
65308 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/finding-peace-and-joy-in-spreading-melanoma-
   … awareness.html">Finding peace and joy in spreading melanoma awareness</a></li>
65309 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/why-i-support-the-hpv-vaccine.html">Why I
   … support the HPV vaccine</a></li>
65310 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/what-to-know-about-kidney-cancer.html">What to
   … know about kidney cancer</a></li>
65311 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/a-melanoma-survivor-shares-what-you-should-
   … know-about-pregnancy-.html">Melanoma survivor: What you should know about pregnancy
   … and skin cancer</a></li>
65312 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/20-ways-to-feel-closer-to-loved-ones-during-
   … cancer-treatment.html">20 ways to feel closer to loved ones during cancer
   … treatment</a></li>
65313 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/what-id-like-to-tell-my-pre-cancer-self.html">
   … What I'd like to tell my pre-cancer self</a></li>
65314 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/what-does-a-patient-services-coordinator-do.
   … html">What does a patient services coordinator do?</a></li>
65315 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/what-a-houston-breast-cancer-survivor-learned-
   … from-her-family.html">What a Houston breast cancer survivor learned from her
   … family</a></li>
65316 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/how-were-changing-with-help-from-our-patients.
   … html">How we're changing - with help from our patients</a></li>
65317 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/seizing-the-moment-after-my-melanoma-
   … recurrence.html">Seizing the moment after my melanoma recurrence</a></li>
65318 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/getting-to-know-our-head-of-clinical-
   … operations-bob-brigham.html">Getting to know our head of clinical operations, Bob
   … Brigham</a></li>
65319 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/physical-therapist-brings-songs-and-dance-to-
   … cancer-patients.html">Physical therapist brings songs and dance to cancer
   … patients</a></li>
65320 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/why-i-vaccinate-my-sons-against-hpv.html">Why
   … I vaccinate my sons against HPV</a></li>
65321 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/how-our-suspicion-of-cancer-clinic-helps-
   … patients.html">How our Suspicion of Cancer Clinic helps patients</a></li>
65322 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/how-my-cancer-journey-became-my-family-cancer-
   … journey.html">How my cancer journey became my family's cancer journey</a></li>
65323 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/why-i-celebrate-cancerversaries-after-tnbc.
   … html">Why I celebrate 'cancerversaries' after TNBC</a></li>
65324 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/02/10-ways-to-ease-stress-and-anxiety-during-
   … cancer-treatment.html">10 ways to ease stress and anxiety during cancer
   … treatment</a></li>
65325 </ul>
65326 </nav>
65327 </div>
```

```
65328  </section>
65329  </div>
65330  </div>
65331  </div></li>
65332  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2015.03.html">03</a>
65333  <div class="subnav-mask">
65334  <div class="subnav-wrapper">
65335  <div class="subnav col10 pad">
65336  <section class="nested">
65337  <div class="col4 main-column">
65338  <nav class="secondary">
65339  <ul>
65340  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/03.html"
    …  aria-label="Back to 03">03</a></li>
65341  <li class="primary-nav-item">
65342  <a href="/publications/cancerwise/2015/03.html" aria-label="03 Home">03 Home</a></li>
65343  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/how-crossfit-helped-me-get-in-shape-after-
    …  testicular-cancer.html">How CrossFit helped me get in shape after testicular
    …  cancer</a></li>
65344  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/motivating-awareness-after-a-germinoma-
    …  diagnosis.html">Motivating awareness after a germinoma diagnosis</a></li>
65345  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/how-a-colon-cancer-diagnosis-helped-forge-a-
    …  new-career-path.html">How a colon cancer diagnosis helped forge a new career
    …  path</a></li>
65346  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/how-my-melanoma-was-spotted-from-the-sidelines
    …  .html">How my melanoma was spotted from the sidelines</a></li>
65347  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/maintaining-hope-during-cml-clinical-trials.
    …  html">Maintaining hope during CML clinical trials</a></li>
65348  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/how-mindfulness-can-help-cancer-patients-find-
    …  happiness.html">How mindfulness can help cancer patients find happiness</a></li>
65349  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/what-to-know-about-general-anesthesia.html">
    …  What to know about general anesthesia</a></li>
65350  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/a-melanoma-survivors-tips-for-finding-a-
    …  dermatologist.html">A melanoma survivor's tips for finding a dermatologist</a></li>
65351  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/adopting-a-healthy-lifestyle-after-cancer.html
    …  ">Adopting a healthy lifestyle after cancer</a></li>
65352  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/why-i-did-advance-care-planning-at-age-23.html
    …  ">Why I did advance care planning at age 23</a></li>
65353  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/how-to-cope-with-insomnia-during-cancer-
    …  treatment.html">How to cope with insomnia during cancer treatment</a></li>
65354  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/helping-cancer-patients-with-one-on-one-
    …  support.html">Helping cancer patients and caregivers with one-on-one support</a></li>
65355  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/facing-the-adoption-process-after-cancer-
    …  recurrence.html">Facing the adoption process after cancer recurrence</a></li>
65356  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/rectal-cancer-survivor-celebrates-life-with-5k
    …  -race.html">Rectal cancer survivor celebrates life with 5K race</a></li>
65357  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/become-a-bone-marrow-donor-save-a-life.html">
    …  Become a bone marrow donor, save a life</a></li>
65358  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/03/triple-negative-ibc-patient-finds-hope-in-her-
    …  vision-for-the-fut.html">Triple-negative IBC patient finds hope in her vision for the
    …  future</a></li>
```

```
65359 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/hope-and-healing-after-a-bladder-cancer-
    … diagnosis.html">Hope and healing after a bladder cancer diagnosis</a></li>
65360 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/6-things-to-know-before-radiation-therapy.html
    … ">6 things to know before radiation therapy</a></li>
65361 </ul>
65362 </nav>
65363 </div>
65364 </section>
65365 </div>
65366 </div>
65367 </div></li>
65368 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2015/04.html">04</a>
65369 <div class="subnav-mask">
65370 <div class="subnav-wrapper">
65371 <div class="subnav col10 pad">
65372 <section class="nested">
65373 <div class="col4 main-column">
65374 <nav class="secondary">
65375 <ul>
65376 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/04.html"
    … aria-label="Back to 04">04</a></li>
65377 <li class="primary-nav-item">
65378 <a href="/publications/cancerwise/2015/04.html" aria-label="04 Home">04 Home</a></li>
65379 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/finding-my-identity-as-a-cancer-spouse.html">
    … Finding my identity as a cancer spouse</a></li>
65380 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/how-my-coworkers-helped-me-through-chemo.html"
    … >How my coworkers helped me through chemo</a></li>
65381 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/finding-hope-after-triple-negative-breast-
    … cancer.html">Finding hope after triple-negative breast cancer</a></li>
65382 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/-houston-breast-cancer-survivor-you-dont-have-
    … to-be-brave-and-st.html">Houston breast cancer survivor: 'You don't have to be brave
    … and strong
65383 all the time'</a></li>
65384 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/how-patient-services-representatives-help-our-
    … patients.html">How patient services representatives help our patients</a></li>
65385 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/how-a-basketball-coach-beat-colon-cancer.html"
    … >How a basketball coach beat colorectal cancer</a></li>
65386 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/a-survivors-advice-for-single-parents-facing-
    … cancer.html">A survivor's advice for single parents facing cancer</a></li>
65387 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/do-women-with-dense-breasts-need-extra-cancer-
    … screenings.html">Do women with dense breasts need extra cancer screenings?</a></li>
65388 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/4-questions-about-advance-care-planning-
    … answered.html">4 questions about advance care planning, answered</a></li>
65389 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/how-we-work-to-prevent-infections.html">How we
    … work to prevent infections</a></li>
65390 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/how-im-coping-with-thyroid-cancer-as-a-
    … photographer-and-a-mom.html">How I'm coping with thyroid cancer as a photographer and
    … a mom</a></li>
65391 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/first-person-getting-to-know-ferran-prat.html"
    … >First person: Getting to know Ferran Prat</a></li>
65392 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/04/get-to-know-nova-sprague-cardiac-ultrasound-
    … technologist.html">Get to know Nova Sprague, cardiac ultrasound technologist</a></li>
```

```
65393  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/coping-with-lymphedema-after-sarcoma-treatment
   …   .html">Coping with lymphedema after sarcoma treatment</a></li>
65394  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/facing-pancreatic-cancer-and-the-whipple-
   …   procedure-head-on.html">Facing pancreatic cancer and the Whipple procedure head
   …   on</a></li>
65395  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/getting-a-pet-scan-what-to-expect.html">
   …   Getting a PET scan? What to expect</a></li>
65396  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/coping-with-diffuse-large-b-cell-lymphoma.html
   …   ">Coping with diffuse large b-cell lymphoma</a></li>
65397  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/giving-others-hope-after-hepatocellular-
   …   carcinoma.html">Giving others hope after hepatocellular carcinoma</a></li>
65398  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/04/triple-negative-breast-cancer-5-things-you-
   …   should-know.html">Triple-negative breast cancer: 5 things you should know</a></li>
65399  </ul>
65400  </nav>
65401  </div>
65402  </section>
65403  </div>
65404  </div>
65405  </div></li>
65406  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/05.html">05</a>
65407  <div class="subnav-mask">
65408  <div class="subnav-wrapper">
65409  <div class="subnav col10 pad">
65410  <section class="nested">
65411  <div class="col4 main-column">
65412  <nav class="secondary">
65413  <ul>
65414  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/05.html"
   …   aria-label="Back to 05">05</a></li>
65415  <li class="primary-nav-item">
65416  <a href="/publications/cancerwise/2015/05.html" aria-label="05 Home">05 Home</a></li>
65417  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/why-i-dont-feel-offended-when-people-say-the-
   …   wrong-things-about-.html">Why I don't feel offended when people say the wrong things
   …   about my
65418  cancer diagnosis</a></li>
65419  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/how-our-nurses-help-our-patients.html">How our
   …   nurses help our patients</a></li>
65420  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/meet-md-anderson-proton-therapy-centers-first-
   …   patient.html">Meet MD Anderson Proton Therapy Center's first patient</a></li>
65421  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/coping-with-infertility-during-breast-cancer-
   …   treatment.html">Coping with infertility during breast cancer treatment</a></li>
65422  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/esophageal-cancer-what-you-should-know.html">
   …   Esophageal cancer: What you should know</a></li>
65423  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/choosing-to-be-thankful-during-thymoma-
   …   treatment.html">Choosing to be thankful during thymoma treatment</a></li>
65424  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/learning-to-love-myself-during-medulloblastoma
   …   -treatment.html">Learning to love myself during medulloblastoma treatment</a></li>
65425  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/fighting-renal-medullary-carcinoma-with-my-
   …   brother.html">Fighting renal medullary carcinoma with my brother</a></li>
65426  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/05/life-as-a-young-adult-cancer-survivor-an-
   …   awkward-age.html">Life as a young adult cancer survivor: An awkward age</a></li>
```

```
65427  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/what-people-ask-me-about-colorectal-cancer.
    …  html">What people ask me about colorectal cancer</a></li>
65428  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/how-to-cope-with-loss-of-control-as-a-cancer-
    …  patient.html">How to cope with loss of control as a cancer patient</a></li>
65429  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/six-ways-to-help-a-cancer-patient-when-youre-
    …  far-away.html">6 ways to help a cancer patient when you're far away</a></li>
65430  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/e-cigarette-legislation-offers-new-promise-for
    …  -texas-youth.html">E-cigarette legislation offers new promise for Texas
    …  youth</a></li>
65431  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/what-ill-miss-after-melanoma-treatment.html">
    …  What I'll miss after melanoma treatment</a></li>
65432  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/we-had-life-and-it-was-beautiful.html">'We had
    …  life and it was beautiful'</a></li>
65433  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/coping-and-hoping-during-pancreatic-cancer-
    …  treatment.html">Coping and hoping during pancreatic cancer treatment</a></li>
65434  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/05/celebrate-yourself-during-survivorship-week.
    …  html">Celebrate yourself during Survivorship Week</a></li>
65435  </ul>
65436  </nav>
65437  </div>
65438  </section>
65439  </div>
65440  </div>
65441  </div></li>
65442  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2015/06.html">06</a>
65443  <div class="subnav-mask">
65444  <div class="subnav-wrapper">
65445  <div class="subnav col10 pad">
65446  <section class="nested">
65447  <div class="col4 main-column">
65448  <nav class="secondary">
65449  <ul>
65450  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/06.html"
    …  aria-label="Back to 06">06</a></li>
65451  <li class="primary-nav-item">
65452  <a href="/publications/cancerwise/2015/06.html" aria-label="06 Home">06 Home</a></li>
65453  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/-5-ways-our-social-work-counselors-can-help-
    …  during-cancer-treatm.html">5 ways our social work counselors can help during cancer
    …  treatment</a></li>
65454  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/my-meningioma-surgery-appreciating-the-gift-of
    …  -sight.html">My meningioma surgery: Appreciating the gift of sight</a></li>
65455  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/coping-during-gamma-knife-surgery.html">Coping
    …  during gamma knife surgery</a></li>
65456  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/first-scalp-and-skull-transplant-completed-
    …  simultaneously-with-k.html">First scalp and skull transplant completed simultaneously
    …  with kidney
65457  and pancreas transplant</a></li>
65458  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/how-a-houston-trainer-is-showing-what-a-cancer
    …  -survivor-looks-li.html">How a Houston trainer is showing what a cancer survivor
    …  looks like</a></li>
65459  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/traveling-with-my-sons-to-md-anderson.html">
    …  Traveling with my sons to MD Anderson</a></li>
65460  <li class="primary-nav-item"><a
```

```
65460… href="/publications/cancerwise/2015/06/after-stage-4-lymphoma-a-new-lease-on-life.
…     html">After stage IV lymphoma, a new lease on life</a></li>
65461 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/large-cell-cervical-cancer-survivor-thoughts-
…     on-my-annual-scans.html">Large cell cervical cancer survivor: Thoughts on my annual
…     scans</a></li>
65462 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/new-training-for-nurses-bridges-books-and-
…     bedside.html">New training for nurses bridges books and bedside</a></li>
65463 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/an-md-anderson-time-capsule.html">An MD
…     Anderson time capsule</a></li>
65464 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/after-a-terminal-metastatic-diagnosis-planning
…     -a-longer-life.html">After a terminal, metastatic diagnosis, planning a longer
…     life</a></li>
65465 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/how-mind-body-intervention-specialists-help-
…     our-cancer-patients.html">How mind-body intervention specialists help our cancer
…     patients</a></li>
65466 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/why-i-love-working-to-end-cancer.html">Why I
…     love working to end cancer</a></li>
65467 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/lenvatinib-brings-thyroid-cancer-patient-hope.
…     html">Lenvatinib brings thyroid cancer patient hope</a></li>
65468 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/from-dietitian-to-cancer-caregiver-my-husbands
…     -lymphoma-journey.html">My journey from MD Anderson dietitian to caregiver</a></li>
65469 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/06/finding-meaning-in-my-life-after-my-husbands-
…     death.html">Finding meaning in my life after my husband's death</a></li>
65470 </ul>
65471 </nav>
65472 </div>
65473 </section>
65474 </div>
65475 </div>
65476 </div></li>
65477 <li class="primary-nav-item has-subnav"><a
…     href="/publications/cancerwise/2015/07.html">07</a>
65478 <div class="subnav-mask">
65479 <div class="subnav-wrapper">
65480 <div class="subnav col10 pad">
65481 <section class="nested">
65482 <div class="col4 main-column">
65483 <nav class="secondary">
65484 <ul>
65485 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/07.html"
…     aria-label="Back to 07">07</a></li>
65486 <li class="primary-nav-item">
65487 <a href="/publications/cancerwise/2015/07.html" aria-label="07 Home">07 Home</a></li>
65488 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/07/aml-survivor-dont-put-off-your-physical-exam.
…     html">AML survivor: Don't put off your physical exam</a></li>
65489 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/07/sarcoma-survivor-dont-wait-to-live.html">
…     Sarcoma survivor: &quot;Don't wait to live&quot;</a></li>
65490 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/07/winning-my-battle-against-multiple-myeloma.
…     html">Winning my battle against multiple myeloma</a></li>
65491 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/07/gratitude-for-mammograms-and-the-cyberknife.
…     html">Gratitude for mammograms and stereotactic ablative radiosurgery</a></li>
65492 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2015/07/what-to-say-to-someone-with-cancer.html">What
…     to say to someone with cancer</a></li>
65493 <li class="primary-nav-item"><a
```

```
65493  href="/publications/cancerwise/2015/07/autologous-stem-cell-transplant-survivor-what-
   …   to-expect.html">Autologous stem cell transplant survivor: What to expect</a></li>
65494  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/16-things-cancer-patients-and-survivors-want-
   …   newly-diagnosed-pat.html">16 things cancer patients and survivors want newly
   …   diagnosed patients to know</a></li>
65495  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/sacred-circles-and-holy-images-helping-cancer-
   …   patients-and-careg.html">Sacred circles and holy images: Helping cancer patients and
   …   caregivers
65496  heal through art</a></li>
65497  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/broken-back-to-camelback-survival-from-a-
   …   different-point-of-view.html">Broken back to Camelback: Survival from a different
   …   point of view</a></li>
65498  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/my-male-breast-cancer-story.html">My male
   …   breast cancer story</a></li>
65499  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/how-caregivers-can-get-exercise-at-md-anderson
   …   .html">How caregivers can get exercise at MD Anderson</a></li>
65500  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/07/facing-a-brca1-mutation-at-age-30.html">Facing
   …   a BRCA1 mutation and breast cancer at age 30</a></li>
65501  </ul>
65502  </nav>
65503  </div>
65504  </section>
65505  </div>
65506  </div>
65507  </div></li>
65508  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/08.html">08</a>
65509  <div class="subnav-mask">
65510  <div class="subnav-wrapper">
65511  <div class="subnav col10 pad">
65512  <section class="nested">
65513  <div class="col4 main-column">
65514  <nav class="secondary">
65515  <ul>
65516  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/08.html"
   …   aria-label="Back to 08">08</a></li>
65517  <li class="primary-nav-item">
65518  <a href="/publications/cancerwise/2015/08.html" aria-label="08 Home">08 Home</a></li>
65519  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/first-person-getting-to-know-patrick-hwu-md.
   …   html">First person: Getting to know Patrick Hwu, M.D.</a></li>
65520  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/physician-assistant-by-day-aerial-dancer-by-
   …   night.html">Physician assistant by day, aerial dancer by night</a></li>
65521  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/working-and-parenting-through-chemo-and-
   …   radiation.html">Working and parenting through chemo and radiation</a></li>
65522  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/what-i-pack-for-chemo.html">What I pack for
   …   chemo</a></li>
65523  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/room-service-offers-culinary-creations-and-
   …   care.html">Room Service offers our cancer patients culinary creations and
   …   care</a></li>
65524  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/caregiverdietitian-helping-my-husband-gain-
   …   weight-after-chemo.html">Caregiver/dietitian: Helping my husband gain weight after
   …   chemo</a></li>
65525  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/how-our-investigational-pharmacy-services-team
   …   -gives-cancer-pati.html">How our Investigational Pharmacy Services team gives cancer
   …   patients hope</a></li>
```

```
65526  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/08/my-metastatic-melanoma-story.html">My
  …    metastatic melanoma story</a></li>
65527  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/08/how-surviving-cll-and-b-cell-lymphoma-has-
  …    pushed-me-to-new-heigh.html">How surviving CLL and b-cell lymphoma pushed me to new
  …    heights</a></li>
65528  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/08/how-seven-cancer-patients-celebrated-the-end-
  …    of-cancer-treatment.html">How seven cancer patients celebrated the end of cancer
  …    treatment</a></li>
65529  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/08/qa-sexual-intimacy-problems-in-cancer-patients
  …    .html">Q&amp;A: Sexual intimacy problems in cancer patients</a></li>
65530  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/08/rhabdomyosarcoma-and-osteoblastic-osteosarcoma
  …    -survivor-dont-let.html">Rhabdomyosarcoma and osteoblastic osteosarcoma survivor:
  …    &quot;Don't let
65531  cancer shut you down&quot;</a></li>
65532  </ul>
65533  </nav>
65534  </div>
65535  </section>
65536  </div>
65537  </div>
65538  </div></li>
65539  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2015/09.html">09</a>
65540  <div class="subnav-mask">
65541  <div class="subnav-wrapper">
65542  <div class="subnav col10 pad">
65543  <section class="nested">
65544  <div class="col4 main-column">
65545  <nav class="secondary">
65546  <ul>
65547  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/09.html"
  …    aria-label="Back to 09">09</a></li>
65548  <li class="primary-nav-item">
65549  <a href="/publications/cancerwise/2015/09.html" aria-label="09 Home">09 Home</a></li>
65550  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/keeping-intimacy-alive-advice-for-cancer-
  …    patients.html">Keeping intimacy alive: Advice for cancer patients</a></li>
65551  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/brain-stem-tumor-survivor-take-it-one-day-at-a
  …    -time.html">Brain stem tumor survivor: &quot;Take it one day at a time&quot;</a></li>
65552  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/facing-my-second-squamous-cell-carcinoma-
  …    diagnosis.html">Facing my second squamous cell carcinoma diagnosis</a></li>
65553  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/now-is-always-a-good-time-to-quit-smoking.html
  …    ">&quot;Now&quot; is always a good time to quit smoking</a></li>
65554  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/camp-prom-gives-teen-cancer-patients-a-taste-
  …    of-normalcy.html">Camp prom gives teen cancer patients a taste of normalcy</a></li>
65555  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/melanoma-survivor-dont-live-like-a-patient.
  …    html">Melanoma survivor: &quot;Don't live like a patient&quot;</a></li>
65556  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/acute-lymphoblastic-leukemia-patient-gets-the-
  …    chance-to-be-a-kid.html">Acute lymphoblastic leukemia patient gets the chance to be a
  …    kid</a></li>
65557  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/four-time-cancer-survivor-its-never-too-late-
  …    to-quit-smoking.html">Four-time cancer survivor: &quot;It's never too late to quit
  …    smoking&quot;</a></li>
65558  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2015/09/using-hypnosis-to-cope-with-cancer.html">Using
  …    hypnosis to cope with cancer</a></li>
```

```
65559  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/how-i-knocked-out-acoustic-neuroma.html">How I
   …   knocked out acoustic neuroma</a></li>
65560  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/undergoing-genetic-counseling-and-testing-for-
   …   a-brca-mutation.html">Undergoing genetic counseling and testing for a BRCA
   …   mutation</a></li>
65561  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/young-rhabdomyosarcoma-patient-polishes-his-
   …   superpowers.html">Young rhabdomyosarcoma patient polishes his superpowers</a></ul>
65562  </nav>
65563  </nav>
65564  </div>
65565  </section>
65566  </div>
65567  </div>
65568  </div></li>
65569  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/10.html">10</a>
65570  <div class="subnav-mask">
65571  <div class="subnav-wrapper">
65572  <div class="subnav col10 pad">
65573  <section class="nested">
65574  <div class="col4 main-column">
65575  <nav class="secondary">
65576  <ul>
65577  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/10.html"
   …   aria-label="Back to 10">10</a></li>
65578  <li class="primary-nav-item">
65579  <a href="/publications/cancerwise/2015/10.html" aria-label="10 Home">10 Home</a></li>
65580  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/getting-through-liver-cancer-with-family-and-a
   …   -positive-attitude.html">Getting through liver cancer with family and a positive
   …   attitude</a></li>
65581  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/young-adults-genetic-counseling-and-testing-
   …   for-colorectal-cance.html">Young adults: Genetic counseling and testing for
   …   colorectal cancer</a></li>
65582  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/neurocytoma-couldnt-keep-me-off-the-stage.html
   …   ">Neurocytoma couldn't keep me off the stage</a></li>
65583  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/what-you-should-know-about-sinus-cancer-and-
   …   nose-cancer.html">What you should know about sinus cancer and nose cancer</a></li>
65584  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/how-my-husband-beat-colon-cancer-with-humor-
   …   and-a-positive-attit.html">How my husband beat colon cancer with humor and a positive
   …   attitude</a></li>
65585  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/inflammatory-breast-cancer-survivor-how-i-kept
   …   -faith-and-beat-th.html">Inflammatory breast cancer survivor: How I kept faith and
   …   beat the odds</a></li>
65586  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/doctors-play-how-patricia-eifel-md-balances-
   …   miniature-houses-and.html">Doctor's play: Balancing miniature houses and
   …   medicine</a></li>
65587  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/the-people-who-plan-our-research-labs.html">
   …   The people who plan our research labs</a></li>
65588  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/elaine-turner-3-ways-my-moms-breast-cancer-
   …   diagnosis-has-changed.html">Elaine Turner: 3 ways my mom's breast cancer diagnosis
   …   has changed me</a></li>
65589  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/my-squamous-cell-carcinoma-journey.html">My
   …   squamous cell carcinoma journey</a></li>
65590  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/new-breast-cancer-screening-guidelines-what-
```

```
65590  women-should-know.html">New breast cancer screening guidelines: what women should
   …   know</a></li>
65591  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/triple-negative-inflammatory-breast-cancer-
   …   survivor-cancer-is-a-.html">Triple-negative inflammatory breast cancer survivor:
   …   Cancer is a war</a></li>
65592  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/processed-meat-and-colorectal-cancer-is-there-
   …   a-link.html">Processed meat and colorectal cancer: Is there a link?</a></li>
65593  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/remembering-my-brother-james-ragan.html">
   …   Remembering my brother, James Ragan</a></li>
65594  </ul>
65595  </nav>
65596  </div>
65597  </section>
65598  </div>
65599  </div>
65600  </div></li>
65601  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/11.html">11</a>
65602  <div class="subnav-mask">
65603  <div class="subnav-wrapper">
65604  <div class="subnav col10 pad">
65605  <section class="nested">
65606  <div class="col4 main-column">
65607  <nav class="secondary">
65608  <ul>
65609  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/11.html"
   …   aria-label="Back to 11">11</a></li>
65610  <li class="primary-nav-item">
65611  <a href="/publications/cancerwise/2015/11.html" aria-label="11 Home">11 Home</a></li>
65612  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/my-life-with-an-ileal-conduit.html">My life
   …   with an ileal conduit</a></li>
65613  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/rebuilding-my-body-image-after-a-mastectomy-
   …   and-breast-reconstru.html">Rebuilding my body image after a mastectomy and breast
   …   reconstruction</a></li>
65614  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/completing-an-ironman-triathlon-after-a-
   …   partial-nephrectomy.html">Completing an Ironman triathlon after a partial
   …   nephrectomy</a></li>
65615  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/study-how-you-cook-meat-can-affect-your-kidney
   …   -cancer-risk.html">Study: How you cook meat can affect your kidney cancer
   …   risk</a></li>
65616  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/how-to-encourage-loved-ones-to-get-spiral-ct-
   …   lung-cancer-screening.html">How to encourage loved ones to get spiral CT lung cancer
   …   screening</a></li>
65617  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/how-staying-optimistic-helped-my-cancer-
   …   recovery.html">How staying optimistic helped my cancer recovery</a></li>
65618  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/diffuse-large-b-cell-lymphoma-patient-how-im-
   …   teaming-up-to-overcome-my-diagnosis.html">Diffuse large b-cell lymphoma patient: How
   …   I'm teaming up to overcome my diagnosis</a></li>
65619  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/undergoing-a-lumpectomy-and-lobectomy-in-one-
   …   year.html">Undergoing a lumpectomy and lobectomy in one year</a></li>
65620  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/what-to-expect-during-a-skin-exam.html">What
   …   to expect during a skin exam</a></li>
65621  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/gratitude-bracelets-a-new-thanksgiving-
   …   tradition.html">Gratitude bracelets: A new Thanksgiving tradition</a></li>
65622  <li class="primary-nav-item"><a
```

```
65622... href="/publications/cancerwise/2015/11/desmoplastic-small-round-cell-tumor-caregiver-
...    how-my-husband-and-i-confronted-sarcoma-together-1.html">Desmoplastic small round
...    cell tumor caregiver: How my husband and I
65623  confronted sarcoma together</a></li>
65624  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/11/receiving-an-abdominal-hysterectomy-at-md-
...    anderson-employee-volunteer-and-survivor-shares-her-story.html">Receiving an
...    abdominal hysterectomy</a></li>
65625  </ul>
65626  </nav>
65627  </div>
65628  </section>
65629  </div>
65630  </div>
65631  </div></li>
65632  <li class="primary-nav-item has-subnav"><a
...    href="/publications/cancerwise/2015/12.html">12</a>
65633  <div class="subnav-mask">
65634  <div class="subnav-wrapper">
65635  <div class="subnav col10 pad">
65636  <section class="nested">
65637  <div class="col4 main-column">
65638  <nav class="secondary">
65639  <ul>
65640  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/12.html"
...    aria-label="Back to 12">12</a></li>
65641  <li class="primary-nav-item">
65642  <a href="/publications/cancerwise/2015/12.html" aria-label="12 Home">12 Home</a></li>
65643  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/cancer-survivors-what-to-know-about-breast-
...    cancer-screening.html">Cancer survivors: What to know about breast cancer
...    screening</a></li>
65644  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/living---and-thriving---after-my-colostomy.
...    html">Thriving after my colostomy</a></li>
65645  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/embracing-life-after-adenoid-cystic-carcinoma.
...    html">Embracing life after adenoid cystic carcinoma</a></li>
65646  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/advice-for-moms-with-cancer.html">Advice for
...    moms with cancer</a></li>
65647  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/aml-survivor-what-i-wish-id-known.html">AML
...    survivor: What I wish I'd known</a></li>
65648  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/ca-125-screening-for-ovarian-cancer-may-save-
...    lives.html">CA-125 screening for ovarian cancer may save lives</a></li>
65649  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/facing-chemo-in-costume.html">Facing chemo in
...    costume</a></li>
65650  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-stories-for-cancer-
...    caregivers.html">Best of Cancerwise 2015: Stories for cancer caregivers</a></li>
65651  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-advice-from-our-cancer
...    -patients.html">Best of Cancerwise 2015: Advice from our cancer patients</a></li>
65652  <li class="primary-nav-item"><a
...    href="/publications/cancerwise/2015/12/11-inspiring-mantras-from-our-patients-and-
...    caregivers.html">11 inspiring mantras from our patients and caregivers</a></li>
65653  </ul>
65654  </nav>
65655  </div>
65656  </section>
65657  </div>
65658  </div>
65659  </div></li>
65660  </ul>
65661  </nav>
```

```
65662 </div
65663 </section>
65664 </div>
65665 </div>
65666 </div></li>
65667 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2014.html">2014</a>
65668 <div class="subnav-mask">
65669 <div class="subnav-wrapper">
65670 <div class="subnav col10 pad">
65671 <section class="nested">
65672 <div class="col4 main-column">
65673 <nav class="secondary">
65674 <ul>
65675 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014.html"
    … aria-label="Back to 2014">2014</a></li>
65676 <li class="primary-nav-item">
65677 <a href="/publications/cancerwise/2014.html" aria-label="2014 Home">2014
    … Home</a></li>
65678 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2014/01.html">01</a>
65679 <div class="subnav-mask">
65680 <div class="subnav-wrapper">
65681 <div class="subnav col10 pad">
65682 <section class="nested">
65683 <div class="col4 main-column">
65684 <nav class="secondary">
65685 <ul>
65686 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/01.html"
    … aria-label="Back to 01">01</a></li>
65687 <li class="primary-nav-item">
65688 <a href="/publications/cancerwise/2014/01.html" aria-label="01 Home">01 Home</a></li>
65689 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/cultivating-gratitude-and-hope.html">
    … Cultivating gratitude and hope during cancer treatment</a></li>
65690 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/unexpected-blessings-after-breast-cancer-
    … treatment.html">Unexpected blessings after breast cancer treatment</a></li>
65691 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/triple-negative-breast-cancer-survivor-looking
    … -back.html">Triple-negative breast cancer survivor: Looking back</a></li>
65692 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/from-cancer-researcher-to-stomach-cancer-
    … survivor.html">From cancer researcher to stomach cancer survivor</a></li>
65693 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/melanoma-and-lung-cancer-survivor-i-can-i-am-
    … and-i-will-survive-.html">Melanoma and lung cancer survivor: 'I can, I am and I will
    … survive cancer'</a></li>
65694 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/how-cancer-has-helped-me-cope-with-aging.html"
    … >How cancer has helped me cope with aging</a></li>
65695 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/aml-survivor-life-after-my-stem-cell-
    … transplant.html">AML survivor: Life after my stem cell transplant</a></li>
65696 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/how-our-chaplains-make-a-difference.html">How
    … our chaplains make a difference</a></li>
65697 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/melanoma-caregiver-three-month-check-up.html">
    … Melanoma caregiver: The three-month check-up</a></li>
65698 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/turning-resolutions-into-actions-three-tips-
    … for-a-healthir-new-.html">Turning resolutions into action: Three tips for a
    … healthier new year</a></li>
65699 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/01/highlighting-hope-for-bladder-cancer-cervical-
    … cancer-and-endomet.html">Highlighting hope for bladder cancer, cervical cancer and
    … endometrial
```

```
65700  cancer with fluorescence</a></li>
65701  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/4-ways-the-surgeon-general-report-on-smoking-
    …  and-health-impacts-.html">4 ways the Surgeon General's Report on Smoking and Health
    …  impacts our work</a></li>
65702  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/md-anderson-volunteers-unsung-heroes.html">MD
    …  Anderson volunteers: Unsung heroes</a></li>
65703  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/my-uveal-melanoma-journey.html">My uveal
    …  melanoma journey</a></li>
65704  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/esophageal-cancer-patient-why-i-relocated-for-
    …  cancer-treatment.html">Esophageal cancer patient: Why I relocated for cancer
    …  treatment</a></li>
65705  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/copin-with-cancer-as-acouple.html">Coping with
    …  cancer as a couple: 5 tips for addressing body image issues
65706  and sexual health</a></li>
65707  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/cervical-cancer-survivor-how-i-find-motivation
    …  .html">Cervical cancer survivor: How I find motivation</a></li>
65708  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/how-cancer-caregivers-can-get-better-sleep.
    …  html">Q&amp;A: How cancer caregivers can get better sleep</a></li>
65709  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/cancer-survivor-doesnt-let-amputation-stop-her
    …  -from-running-mara.html">Cancer survivor doesn't let amputation stop her from running
    …  marathon</a></li>
65710  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/colon-cancer-caregiver-we-have-hope.html">
    …  Colon cancer caregiver: We have hope</a></li>
65711  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/01/finding-joy-between-cancer-follow-up-
    …  appointments.html">Finding joy between cancer follow-up appointments</a></li>
65712  </ul>
65713  </nav>
65714  </div>
65715  </section>
65716  </div>
65717  </div>
65718  </div></li>
65719  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2014/02.html">02</a>
65720  <div class="subnav-mask">
65721  <div class="subnav-wrapper">
65722  <div class="subnav col10 pad">
65723  <section class="nested">
65724  <div class="col4 main-column">
65725  <nav class="secondary">
65726  <ul>
65727  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/02.html"
    …  aria-label="Back to 02">02</a></li>
65728  <li class="primary-nav-item"><a
65729  <a href="/publications/cancerwise/2014/02.html" aria-label="02 Home">02 Home</a></li>
65730  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/despite-uveal-melanoma-recureences-survivor-
    …  lives-beautiful-life.html">Despite uveal melanoma recurrences, survivor lives 'a
    …  beautiful life'</a></li>
65731  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/triple-negative-inflammatory-breast-cancer-
    …  survivor-facing-new-q.html">Triple-negative inflammatory breast cancer survivor:
    …  Facing new
65732  questions with genetic testing</a></li>
65733  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/advice-from-patients-on-preparing-for-
    …  chemotherapy.html">Advice from other patients on preparing for chemotherapy</a></li>
65734  <li class="primary-nav-item"><a
```

```
65734  href="/publications/cancerwise/2014/02/how-kyssi-kicked-cancers-butt-again.html">How
       Kyssi kicked cancer's but ... again</a></li>
65735  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/thymoma-patient-how-the-power-of-words-helped-
       me-take-back-contr.html">Thymoma patient: How the power of words helped me take back
       control</a></li>
65736  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/but-you-dont-look-sick.html">&quot;But you
       don't look sick&quot;</a></li>
65737  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/advice-for-couples-from-cancer-caregivers-
       andsurvivors.html">Advice for couples from cancer caregivers and survivors</a></li>
65738  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/aml-survivor-how-running-a-half-marathon-
       helped-me-cope-with-can.html">AML survivor: How running a half-marathon helped me
       cope with cancer recovery</a></li>
65739  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/esophageal-cancer-patient-why-me.html">
       Esophageal cancer patient: Why me?</a></li>
65740  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/aml-survivor-what-i-wish-i-would-have-known-
       before-my-stem-cell-.html">AML survivor: What I wish I would have known before my
       stem cell transplant</a></li>
65741  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/when-should-women-get-mammograms.html">When
       should women get mammograms?</a></li>
65742  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/how-a-dog-helped-me-through-my-melanoma-
       treatment.html">How a dog helped me through my melanoma treatment</a></li>
65743  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/finding-the-silver-lining-after-my-dads-aml-
       diagnosis.html">Finding the silver lining after my dad's AML diagnosis</a></li>
65744  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/why-one-prostate-cancer-patient-traveled-
       across-country-for-prot.html">Why one prostate cancer patient traveled across the
       country for proton therapy</a></li>
65745  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/six-things-caregivers-can-do-while-visiting-md
       -anderson.html">Six things caregivers can do while visiting MD Anderson</a></li>
65746  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/6-ways-to-cope-with-chemobrain.html">6 ways to
       cope with chemobrain</a></li>
65747  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/choosing-to-live-in-hope-watching-my-dad-
       battle-oral-cancer-twic.html">Choosing to live in hope: Watching my dad battle oral
       cancer twice</a></li>
65748  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/how-my-ovarian-cancer-diagnosis-strengthened-
       my-marriage.html">How my ovarian cancer diagnosis strengthened my marriage</a></li>
65749  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/tips-for-traveling-to-md-anderson-for-cancer-
       treatment.html">Tips for traveling to MD Anderson for cancer treatment</a></li>
65750  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/cll-patient-observations-from-an-mdanderson-
       waiting-area.html">CLL patient: Observations from an MD Anderson waiting
       area</a></li>
65751  </ul>
65752  </nav>
65753  </div>
65754  </section>
65755  </div>
65756  </div>
65757  </div></li>
65758  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2014/03.html">03</a>
65759  <div class="subnav-mask">
65760  <div class="subnav-wrapper">
65761  <div class="subnav col10 pad">
```

```
65762 <section class="nested">
65763 <div class="col4 main-column">
65764 <nav class="secondary">
65765 <ul>
65766 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/03.html"
  …  aria-label="Back to 03">03</a></li>
65767 <li class="primary-nav-item">
65768 <a href="/publications/cancerwise/2014/03.html" aria-label="03 Home">03 Home</a></li>
65769 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/4-tips-to-protect-your-colon.html">4 tips to
  …  protect your colon</a></li>
65770 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/colon-cancer-survivor-this-could-have-been-
  …  avoided-if-id-been-ge.html">Colon cancer survivor: &quot;This could have been avoided
  …  if I'd been
65771 getting my colonoscopies&quot;</a></li>
65772 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/my-ovarian-cancer-journey.html">My ovarian
  …  cancer journey</a></li>
65773 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/how-our-mom-chose-joy-during-cancer-treatment.
  …  html">How our mom chose joy during cancer treatment</a></li>
65774 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/what-does-a-research-nurse-do.html">What does
  …  a research nurse do?</a></li>
65775 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/mdandventures-my-husband-testicular-cancer-
  …  journey.html">#MDAadventures: My husband's testicular cancer journey</a></li>
65776 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/my-cancer-journey-receiving-a-breast-cancer-
  …  diagnosis-during-pre.html">My cancer journey: Receiving a breast cancer diagnosis
  …  during pregnancy</a></li>
65777 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/how-one-patients-colon-cancer-journey-changed-
  …  her-outlook.html">How one patient's colon cancer journey changed her outlook</a></li>
65778 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/esophageal-cancer-patient-what-i-learned-from-
  …  losing-my-hair.html">Esophageal cancer patient: What I learned from losing my
  …  hair</a></li>
65779 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/melanoma-survivor-pale-is-always-in.html">
  …  Melanoma survivor: Pale is always in</a></li>
65780 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/colon-cancer-patient-cancer-doesnt-have-to-be-
  …  a-death-sentence.html">Colon cancer patient: 'Cancer doesn't have to be a death
  …  sentence'</a></li>
65781 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/the-patient-paradox-planning-for-the-future-
  …  while-living-in-the-.html">The patient paradox: Planning for the future, while living
  …  in the moment</a></li>
65782 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/prostate-cancer-patient-gives-back-and-fights-
  …  back.html">Prostate cancer patient fights back and gives back</a></li>
65783 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/6-tips-for-coping-with-cancer-related-
  …  lymphedema.html">8 tips for coping with cancer-related lymphedema</a></li>
65784 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/cll-patient-on-cancer-treatment-it-takes-a-
  …  team.html">CLL patient on cancer treatment: It takes a team</a></li>
65785 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/brca-genetic-testing-for-breast-and-ovarian-
  …  cancers-easier-than-.html">BRCA genetic testing for breast and ovarian cancers: It's
  …  easier than
65786 you think</a></li>
65787 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/03/head-and-neck-cancer-patient-why-i-chose-
  …  mdanderson.html">Head and neck cancer patient: Why I chose MD Anderson</a></li>
65788 <li class="primary-nav-item"><a
```

```
65788  href="/publications/cancerwise/2014/03/young-eye-cancer-patient-learns-about-the-
 ...   science-behind-proton-.html">Young eye cancer patient learns about the science behind
 ...   proton therapy</a></li>
65789  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/03/93-year-old-esophageal-cancer-survivor-makes-
 ...   the-most-of-every-d.html">93-year-old esophageal cancer survivor makes the most of
 ...   every day</a></li>
65790  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/03/chrondosarcoma-patient-when-there-isnt-
 ...   anything-else-the-doctors.html">Chondrosarcoma patient: When there isn't anything
 ...   else the doctors can do</a></li>
65791  </ul>
65792  </nav>
65793  </div>
65794  </section>
65795  </div>
65796  </div>
65797  </div></li>
65798  <li class="primary-nav-item has-subnav"><a
 ...   href="/publications/cancerwise/2014/04.html">04</a>
65799  <div class="subnav-mask">
65800  <div class="subnav-wrapper">
65801  <div class="subnav col10 pad">
65802  <section class="nested">
65803  <div class="col4 main-column">
65804  <nav class="secondary">
65805  <ul>
65806  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/04.html"
 ...   aria-label="Back to 04">04</a></li>
65807  <li class="primary-nav-item">
65808  <a href="/publications/cancerwise/2014/04.html" aria-label="04 Home">04 Home</a></li>
65809  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/hair-today-gone-tomorrow-losing-my-hair-during
 ...   -thymoma-treatment.html">Hair today, gone tomorrow: Losing my hair during thymoma
 ...   treatment</a></li>
65810  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/coping-with-anxiety-and-depression-during-and-
 ...   after-my-cancer-tr.html">Coping with anxiety and depression during and after my
 ...   melanoma treatment</a></li>
65811  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/ovarian-cancer-patient-how-i-turned-treatment-
 ...   trip-into-girls-weekend.html">Ovarian cancer survivor: How I turned a trip to MD
 ...   Anderson for cancer
65812  treatment into a girls' weekend</a></li>
65813  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/testicular-cancer-caregiver-how-planning-a-
 ...   wedding-during-cancer.html">Testicular cancer caregiver: How planning a wedding
 ...   during cancer
65814  treatment made us stronger</a></li>
65815  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/pancreatic-cancer-survivor-im-going-to-enjoy-
 ...   the-very-best-life-.html">Pancreatic cancer survivor: 'I'm going to enjoy the very
 ...   best life I can'</a></li>
65816  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/pain-during-cancer-treatment-6-strategies-for-
 ...   coping.html">Pain during cancer treatment: 6 strategies for coping</a></li>
65817  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/super-bowl-of-life-a-prostate-cancer-patient-
 ...   gets-the-gift-of-mo.html">'Super Bowl of life': Prostate cancer patient gets the gift
 ...   of more time</a></li>
65818  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/ovarian-cancer-patient-there-always-hope.html"
 ...   >Ovarian cancer patient: 'There's always hope'</a></li>
65819  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/lung-cancer-survivor-everything-changes-after-
 ...   cancer.html">Lung cancer survivor: 'Everything changes after cancer'</a></li>
65820  <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/04/science-teacher-and-hodgkins-lymphoma-survivor
```

```
65820 -receives-support-fr.html">8th grade science teacher and Hodgkin's lymphoma patient
      receives
65821 support from students</a></li>
65822 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/non-hodgkin-lymphoma-survivor-life-is-precious
      .html">Non-Hodgkin lymphoma survivor: 'Life is precious, and I'm living it'</a></li>
65823 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/more-than-a-thoracic-surgeon-reza-mehran-
      cancer-survivor-adventure.html">More than a thoracic surgeon: Reza Mehran, M.D.,
      cancer survivor and
65824 old-fashioned adventurer</a></li>
65825 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/how-an-oligodendroglioma-survivor-is-giving-
      back.html">How an oligodendroglioma survivor is giving back</a></li>
65826 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/how-a-myelodysplastic-syndrome-survivor-found-
      strength.html">How a myelodysplastic syndrome survivor found strength</a></li>
65827 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/cll-patient-my-spouse-my-caregiver.html">CLL
      patient: My spouse, my caregiver</a></li>
65828 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/aspire-ing-for-a-tobacco-free-world.html">
      ASPIRE-ing for a tobacco-free world</a></li>
65829 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/what-we-learned-from-hodgkins-lymphoma-journey
      .html">What one couple learned from their Hodgkin's lymphoma journey</a></li>
65830 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/fda-tackles-ecigarettes-an-important-first-
      step.html">FDA tackles e-cigarettes: An important first step</a></li>
65831 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/04/thymoma-patient-advice-for-cancer-patients-who
      -feel-discouraged.html">Thymoma patient: Advice for cancer patients who feel
      discouraged</a></li>
65832 </ul>
65833 </nav>
65834 </div>
65835 </section>
65836 </div>
65837 </div>
65838 </div></li>
65839 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancerwise/2014/05.html">05</a>
65840 <div class="subnav-mask">
65841 <div class="subnav-wrapper">
65842 <div class="subnav col10 pad">
65843 <section class="nested">
65844 <div class="col4 main-column">
65845 <nav class="secondary">
65846 <ul>
65847 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/05.html"
      aria-label="Back to 05">05</a></li>
65848 <li class="primary-nav-item">
65849 <a href="/publications/cancerwise/2014/05.html" aria-label="05 Home">05 Home</a></li>
65850 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/05/seven-ways-to-fight-cancer-related-fatigue.
      html">7 ways to fight cancer-related fatigue</a></li>
65851 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/05/five-tips-from-my-mastectomy-experience.html">
      5 tips from my mastectomy experience</a></li>
65852 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/05/proton-therapy-center-eight-years-ofprogress-
      and-promise-for-can.html">Proton Therapy Center: Eight years of progress and promise
      for cancer treatment</a></li>
65853 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2014/05/small-lymphocytic-lymphoma-survivor-theres-so-
      much-hope-out-there.html">Small lymphocytic lymphoma survivor: 'There's so much hope
      out there'</a></li>
65854 <li class="primary-nav-item"><a
```

```
65854  href="/publications/cancerwise/2014/05/squamous-cell-carcinoma-patient-runs-28th-
    …  boston-marathon.html">Squamous cell carcinoma patient runs 28th Boston
    …  Marathon</a></li>
65855  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/how-a-melanoma-survivor-built-a-new-foundation
    …  -after-cancer.html">How a melanoma survivor built a new foundation after
    …  cancer</a></li>
65856  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/a-breast-cancer-survivor-reflects-on-the-
    …  meaning-of-mothers-day.html">A breast cancer survivor reflects on the meaning of
    …  Mother's Day</a></li>
65857  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/bile-duct-cancer-paitent-it-feels-like-hope.
    …  html">Bile duct cancer patient: 'It feels like hope'</a></li>
65858  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/melanoma-survivor-being-tan-is-not-worth-my-
    …  life.html">Melanoma survivor: 'Being tan is not worth my life'</a></li>
65859  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/ependymoma-survivor-overcomes-vision-loss-
    …  starts-career-in-music.html">Ependymoma survivor overcomes vision loss, making music
    …  career 'a real possibility'</a></li>
65860  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/glioblastoma-survivor-dont-ignore-the-symptoms
    …  .html">Glioblastoma survivor: Don't ignore the symptoms</a></li>
65861  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/small-cell-cervical-cancer-survivor-finds-
    …  support-online.html">Small cell cervical cancer (SCCC) survivor finds support
    …  online</a></li>
65862  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/how-an-anaplastic-astrocytoma-diagnosis-made-
    …  our-family-closer.html">How an anaplastic astrocytoma diagnosis made our family
    …  closer</a></li>
65863  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/receiving-an-aml-diagnosis-while-pregnant.html
    …  ">Receiving an AML diagnosis while pregnant: A survivor looks back</a></li>
65864  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/pediatric-osteosarcoma-survivor-prepares-for-
    …  us-paralympics-nati.html">Pediatric osteosarcoma survivor prepares for U.S.
    …  Paralympics</a></li>
65865  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/how-a-nurse-helped-me-through-my-sarcoma-
    …  treatment.html">How a nurse helped me through my sarcoma treatment</a></li>
65866  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/stepping-past-the-anal-cancer-stigma.html">
    …  Stepping past the anal cancer stigma</a></li>
65867  </ul>
65868  </nav>
65869  </div>
65870  </section>
65871  </div>
65872  </div>
65873  </div></li>
65874  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2014/06.html">06</a>
65875  <div class="subnav-mask">
65876  <div class="subnav-wrapper">
65877  <div class="subnav col10 pad">
65878  <section class="nested">
65879  <div class="col4 main-column">
65880  <nav class="secondary">
65881  <ul>
65882  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/06.html"
    …  aria-label="Back to 06">06</a></li>
65883  <li class="primary-nav-item">
65884  <a href="/publications/cancerwise/2014/06.html" aria-label="06 Home">06 Home</a></li>
65885  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/06/how-to-make-chemotherapy-less-miserable.html">
    …  How to make chemotherapy less miserable</a></li>
```

```
65886 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/celebrating-life-with-the-joy-diet.html">
   … Celebrating life with the Joy Diet</a></li>
65887 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-our-healthy-living-garden-helps-cancer-
   … patients-and-survivor.html">How our Healthy Living Garden helps cancer patients and
   … survivors</a></li>
65888 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-the-fault-is-in-our-stars-helped-me-
   … through-medulloblastoma-.html">How 'The Fault in our Stars' helped me through
   … medulloblastoma treatment</a></li>
65889 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-i-beat-cervical-cancer.html">How I beat
   … cervical cancer</a></li>
65890 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/a-cancer-survivor-guide-to-sun-safety.html">A
   … cancer survivor's guide to sun safety</a></li>
65891 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-my-terminal-prostate-cancer-diagnosis-
   … changed-me.html">How my terminal prostate cancer diagnosis changed me</a></li>
65892 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/lymphoma-survivor-becomes-mother-again-five-
   … years-after-cancer-t.html">Lymphoma survivor becomes mother again five years after
   … cancer treatment</a></li>
65893 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-i-coped-with-lymphedema.html">How I coped
   … with lymphedema</a></li>
65894 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-our-skybridge-cart-drivers-build-
   … connections.html">How our skybridge cart drivers build connections</a></li>
65895 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/dance-like-nobodys-watching-and-other-advice-
   … from-a-bile-duct-ca.html">Dance like nobody's watching and other advice from a bile
   … duct cancer patient</a></li>
65896 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/peripheral-neuropathy-in-cancer-patients.html"
   … >Peripheral neuropathy in cancer patients</a></li>
65897 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/giving-back-to-support-glioblastoma-research.
   … html">Giving back to support glioblastoma research</a></li>
65898 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-rehabilitation-services-helps-our-cancer-
   … patients.html">How Rehabilitation Services helps our cancer patients</a></li>
65899 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/cancer-researcher-by-day-lego-designer-by-
   … night.html">Leukemia researcher by day, LEGO designer by night</a></li>
65900 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/thymoma-patient-on-having-a-rare-cancer.html">
   … Thymoma patient on having a rare cancer</a></li>
65901 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-were-helping-stem-cell-transplant-patients
   … -stay-alive.html">How we're helping stem cell transplant patients stay
   … active</a></li>
65902 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/what-to-expect-during-a-clinical-trial.html">
   … What to expect during a clinical trial</a></li>
65903 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/uterine-cancer-survivor-how-yoga-helped-save-
   … my-life.html">Uterine cancer survivor: How yoga helped save my life</a></li>
65904 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/night-watch-our-nocturnal-program-teams-work-
   … dust-til-dawn.html">Night watch: Our Nocturnal Program teams work dusk 'til
   … dawn</a></li>
65905 </ul>
65906 </nav>
65907 </div>
65908 </section>
65909 </div>
```

```
65910 </div></li>
65911 </div></li>
65912 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2014/07.html">07</a>
65913 <div class="subnav-mask">
65914 <div class="subnav-wrapper">
65915 <div class="subnav col10 pad">
65916 <section class="nested">
65917 <div class="col4 main-column">
65918 <nav class="secondary">
65919 <ul>
65920 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/07.html"
   … aria-label="Back to 07">07</a></li>
65921 <li class="primary-nav-item">
65922 <a href="/publications/cancerwise/2014/07.html" aria-label="07 Home">07 Home</a></li>
65923 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/how-cancer-changed-the-way-i-use-my-time.html"
   … >How cancer changed the way I use my time</a></li>
65924 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/advice-from-a-breast-cancer-survivor.html">
   … Advice from a breast cancer survivor</a></li>
65925 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/breast-cancer-survivor-celebrates-second-
   … chance-with-537-mile-bi.html">Breast cancer survivor celebrates second chance with
   … 537-mile bike ride</a></li>
65926 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/five-common-breast-reconstruction-myths.html">
   … 5 common breast reconstruction myths</a></li>
65927 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/facing-breast-cancer-treatment-without-fear.
   … html">Facing breast cancer treatment without fear</a></li>
65928 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/facing-melanoma-as-a-teenager.html">Facing
   … melanoma as a teenager</a></li>
65929 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/my-colon-cancer-journey.html">My colon cancer
   … journey</a></li>
65930 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/four-tips-for-exercising-during-cancer-
   … treatment.html">4 tips for exercising during cancer treatment</a></li>
65931 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/medulloblastoma-cancer-patient-camp-star-
   … trails.html">How a week at camp made a difference for a young medulloblastoma
   … patient</a></li>
65932 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/why-i-chose-md-anderson-for-breast-cancer-
   … treatment.html">Why I chose MD Anderson for breast cancer treatment</a></li>
65933 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/how-social-work-counselors-help-our-cancer-
   … paitents.html">How social work counselors help our cancer patients</a></li>
65934 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/how-our-childrens-cancer-hospital-school-helps
   … -our-pediatric-pat.html">How our Children's Cancer Hospital school helps our
   … pediatric patients</a></li>
65935 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/honoring-a-brothers-legacy-by-supporting-brain
   … -cancer-research.html">Honoring a brother's legacy by supporting brain cancer
   … research</a></li>
65936 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/my-husbands-courageous-hemangiopericytoma-
   … journey.html">My husband's courageous hemangiopericytoma journey</a></li>
65937 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/five-ways-to-make-cancer-treatment-more-fun.
   … html">5 ways to make cancer treatment more fun</a></li>
65938 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/young-proton-therapy-warrior-legacy-of-giving-
   … continues.html">Young proton therapy warrior's legacy of giving continues</a></li>
65939 <li class="primary-nav-item"><a
```

```
65939. href="/publications/cancerwise/2014/07/my-stem-cell-transplant-my-rebirth.html">My
  …  stem cell transplant, my rebirth</a></li>
65940. </ul>
65941. </nav>
65942. </div>
65943. </section>
65944. </div>
65945. </div>
65946. </div></li>
65947. <li class="primary-nav-item has-subnav"><a
  …  href="/publications/cancerwise/2014/08.html">08</a>
65948. <div class="subnav-mask">
65949. <div class="subnav-wrapper">
65950. <div class="subnav col10 pad">
65951. <section class="nested">
65952. <div class="col4 main-column">
65953. <nav class="secondary">
65954. <ul>
65955. <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/08.html"
  …  aria-label="Back to 08">08</a></li>
65956. <li class="primary-nav-item">
65957. <a href="/publications/cancerwise/2014/08.html" aria-label="08 Home">08 Home</a></li>
65958. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/how-i-learned-to-find-peace-in-times-of-
  …  uncertainty.html">How I learned to find peace in times of uncertainty</a></li>
65959. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/survivor-raises-awareness-for-breast-implant-
  …  associated-anaplast.html">Raising awareness for breast implant-associated anaplastic
  …  large cell lymphoma</a></li>
65960. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/my-sarcoma-journey.html">My sarcoma
  …  journey</a></li>
65961. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/waiting-for-my-anal-cancer-scan-results.html">
  …  Waiting for my anal cancer scan results</a></li>
65962. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/appendix-cancer-caregiver-on-learning-to-open-
  …  up.html">Appendix cancer caregiver on learning to open up</a></li>
65963. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/surviving-melanoma-in-high-school.html">
  …  Surviving melanoma during high school</a></li>
65964. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/i-just-found-ouf-i-carry-the-brca1-genetic-
  …  mutation-and-im-not-f.html">I just found out I carry the BRCA 1 genetic mutation, and
  …  I'm not
65965. freaking out</a></li>
65966. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/the-silver-lining-in-a-pediatric-osteosarcoma-
  …  diagnosis.html">The silver lining in a pediatric osteosarcoma diagnosis</a></li>
65967. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/a-day-in-the-life-of-a-stem-cell-transplant-
  …  patient.html">A day in the life of a stem cell transplant patient</a></li>
65968. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/learning-to-let-others-help-me-through-a-
  …  mastectomy.html">Learning to let others help me through a mastectomy</a></li>
65969. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/what-happens-when-you-send-a-letter-to-patient
  …  -care-team.html">What happens when you send a letter to a patient or your care
  …  team?</a></li>
65970. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/how-a-pacu-nurse-helps-our-patients-one-smile-
  …  at-a-time.html">How a PACU nurse helps our patients, one smile at a time</a></li>
65971. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/patients-strut-their-stuff-during-holiday-
  …  parades.html">Patients strut their stuff during holiday parades</a></li>
65972. <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2014/08/how-we-help-cancer-caregivers.html">How we
  …  help cancer caregivers</a></li>
```

```
65973 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/08/-what-you-should-know-about-bladder-cancer.
   …  html">What you should know about bladder cancer</a></li>
65974 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/08/kyssi-andrews-three-lessons-on-coping-with-
   …  hair-loss.html">Kyssi Andrews' three lessons on coping with hair loss</a></li>
65975 </ul>
65976 </nav>
65977 </div>
65978 </section>
65979 </div>
65980 </div>
65981 </div></li>
65982 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2014/09.html">09</a>
65983 <div class="subnav-mask">
65984 <div class="subnav-wrapper">
65985 <div class="subnav col10 pad">
65986 <section class="nested">
65987 <div class="col4 main-column">
65988 <nav class="secondary">
65989 <ul>
65990 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/09.html"
   …  aria-label="Back to 09">09</a></li>
65991 <li class="primary-nav-item">
65992 <a href="/publications/cancerwise/2014/09.html" aria-label="09 Home">09 Home</a></li>
65993 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/how-mdanderson-clinical-trials-are-helping-
   …  cancer-patients.html">How MD Anderson clinical trials are helping cancer
   …  patients</a></li>
65994 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/how-an-art-project-gave-our-patients-hope-and-
   …  community.html">How a dragon sculpture fueled hope and community for our
   …  patients</a></li>
65995 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/-how-my-daughters-childhood-cancer-
   …  medulloblastoma-diagnosis-cha.html">How my daughter's childhood cancer diagnosis
   …  changed our lives</a></li>
65996 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/what-does-a-physician-assistant-do.html">What
   …  does a physician assistant do?</a></li>
65997 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/what-cancer-survivorship-means-to-me.html">
   …  What cancer survivorship means to me</a></li>
65998 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/my-bladder-cancer-journey.html">My bladder
   …  cancer journey</a></li>
65999 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/the-questions-people-ask-about-my-thymoma.html
   …  ">Questions people ask about my thymoma</a></li>
66000 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/wisdom-from-a-5-time-cancer-survivor.html">
   …  Wisdom from a 5-time cancer survivor</a></li>
66001 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/losing-my-hair-during-ovarian-cancer-treatment
   …  .html">Losing my hair during ovarian cancer treatment</a></li>
66002 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/what-to-say-to-someone-with-cancer.html">What
   …  to say to someone with cancer</a></li>
66003 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/a-stem-cell-transplant-patients-tips-for-
   …  recovery.html">A stem cell transplant patient's tips for recovery</a></li>
66004 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/19-ways-to-help-someone-with-cancer.html">19
   …  ways to help someone with cancer</a></li>
66005 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/09/what-my-family-learned-from-life-after-
   …  melanoma-treatment.html">What my family learned from life after melanoma
```

```
66005… treatment</a></li>
66006 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/09/5-tips-for-dealing-with-chemotherapy.html">5
    … tips for dealing with chemotherapy</a></li>
66007 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/09/what-should-you-pack-for-cancer-treatment.html
    … ">What should you pack for cancer treatment?</a></li>
66008 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/09/why-i-chose-mdanderson-for-my-mastectomy.html"
    … >Why I chose MD Anderson for my mastectomy</a></li>
66009 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/09/coping-with-physical-changes-after-sarcoma-
    … surgery.html">Coping with physical changes after sarcoma surgery</a></li>
66010 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/09/an-insiders-guide-to-md-anderson.html">An
    … insider's guide to MD Anderson</a></li>
66011 </ul>
66012 </nav>
66013 </div>
66014 </section>
66015 </div>
66016 </div>
66017 </div></li>
66018 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2014/10.html">10</a>
66019 <div class="subnav-mask">
66020 <div class="subnav-wrapper">
66021 <div class="subnav col10 pad">
66022 <section class="nested">
66023 <div class="col4 main-column">
66024 <nav class="secondary">
66025 <ul>
66026 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/10.html"
    … aria-label="Back to 10">10</a></li>
66027 <li class="primary-nav-item">
66028 <a href="/publications/cancerwise/2014/10.html" aria-label="10 Home">10 Home</a></li>
66029 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/finding-life-and-hope-at-md-anderson.html">
    … Finding life and hope at MD Anderson</a></li>
66030 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/how-a-cml-clinical-trial-and-gleevec-saved-my-
    … life.html">How a CML clinical trial and Gleevec saved my life</a></li>
66031 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/how-connecting-with-another-vulvar-cancer-
    … patient-helped-med.html">How connecting with another vulvar cancer patient helped
    … me</a></li>
66032 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/my-letter-to-cancer.html">My letter to
    … cancer</a></li>
66033 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/how-i-recovered-from-esophageal-cancer-surgery
    … .html">How I recovered from esophageal cancer surgery</a></li>
66034 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/choosing-how-to-share-your-cancer-journey.html
    … ">Choosing how to share your cancer journey</a></li>
66035 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/maintaining-optimism-during-kidney-cancer.html
    … ">Maintaining optimism during kidney cancer</a></li>
66036 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/staying-healthy-after-cancer.html">Staying
    … healthy after cancer</a></li>
66037 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/from-pediatric-burkitts-lymphoma-patient-to-
    … cancer-researcher.html">From pediatric Burkitt's lymphoma patient to cancer
    … researcher</a></li>
66038 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/10/hidden-history-in-md-andersons-main-building.
    … html">Hidden history in MD Anderson's Main Building</a></li>
```

```
66039 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/first-person-getting-to-know-cardiothoracic-
   …  surgeon-stephen-swis.html">First person: Getting to know cardiothoracic surgeon
   …  Stephen Swisher, M.D.</a></li>
66040 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/coping-with-gvhd-after-my-stem-cell-transplant
   …  .html">Coping with GVHD after my stem cell transplant</a></li>
66041 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/coping-with-leukemia-and-lymphoma-in-my-20s.
   …  html">Coping with leukemia and lymphoma in my 20s</a></li>
66042 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/how-our-research-helps-cancer-patients.html">
   …  How our research helps cancer patients</a></li>
66043 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/aml-survivor-discovers-life-after-cancer.html"
   …  >AML survivor discovers life after cancer</a></li>
66044 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/what-to-know-about-lung-cancer-screening-
   …  treatment-and-research.html">What to know about lung cancer screening, treatment and
   …  research</a></li>
66045 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/10/what-to-expect-during-a-ct-scan.html">What to
   …  expect during a CT scan</a></li>
66046 </ul>
66047 </nav>
66048 </div>
66049 </section>
66050 </div>
66051 </div>
66052 </div></li>
66053 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2014/11.html">11</a>
66054 <div class="subnav-mask">
66055 <div class="subnav-wrapper">
66056 <div class="subnav col10 pad">
66057 <section class="nested">
66058 <div class="col4 main-column">
66059 <nav class="secondary">
66060 <ul>
66061 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/11.html"
   …  aria-label="Back to 11">11</a></li>
66062 <li class="primary-nav-item">
66063 <a href="/publications/cancerwise/2014/11.html" aria-label="11 Home">11 Home</a></li>
66064 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/my-colon-cancer-journey.html">My colon cancer
   …  journey</a></li>
66065 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/17-things-that-make-md-anderson-unique.html">
   …  17 things that set MD Anderson apart</a></li>
66066 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/how-a-houston-breast-cancer-patient-chose-to-
   …  stay-positive-durin.html">How a Houston breast cancer patient chose to stay positive
   …  during cancer treatment</a></li>
66067 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/the-faces-of-cancer.html">The faces of
   …  cancer</a></li>
66068 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/infant-leukemia-survivor-reflects-on-the-
   …  hospital-that-raised-me.html">Infant leukemia survivor reflects on 'the hospital that
   …  raised me'</a></li>
66069 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/facing-uncertainty-after-thymoma-treatment.
   …  html">Facing uncertainty after thymoma treatment</a></li>
66070 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/making-peace-with-vulvar-cancer-diagnosis.html
   …  ">Making peace with my vulvar cancer diagnosis</a></li>
66071 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/11/dating-after-tongue-cancer.html">Dating after
```

```
66071 tongue cancer</a></li>
66072 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/11/a-stem-cell-transplant-patient-looks-to-
   .. returning-home.html">A stem cell transplant patient looks to returning home</a></li>
66073 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/11/what-my-kids-should-know-about-sun-safety.html
   .. ">What my kids should know about sun safety</a></li>
66074 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/11/why-im-thankful-after-my-esophageal-cancer-
   .. diagnosis.html">Why I'm thankful after my esophageal cancer diagnosis</a></li>
66075 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/11/4-holiday-party-tips-for-cancer-patients.html"
   .. >4 holiday party tips for cancer patients</a></li>
66076 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/11/11-tips-for-cancer-caregivers-from-our-
   .. facebook-community.html">11 tips for cancer caregivers from our Facebook
   .. community</a></li>
66077 </ul>
66078 </nav>
66079 </div>
66080 </section>
66081 </div>
66082 </div>
66083 </div></li>
66084 <li class="primary-nav-item has-subnav"><a
   .. href="/publications/cancerwise/2014/12.html">12</a>
66085 <div class="subnav-mask">
66086 <div class="subnav-wrapper">
66087 <div class="subnav col10 pad">
66088 <section class="nested">
66089 <div class="col4 main-column">
66090 <nav class="secondary">
66091 <ul>
66092 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/12.html"
   .. aria-label="Back to 12">12</a></li>
66093 <li class="primary-nav-item">
66094 <a href="/publications/cancerwise/2014/12.html" aria-label="12 Home">12 Home</a></li>
66095 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/why-a-sarcoma-patient-loved-celebrating-the-
   .. holidays-at-md-ander.html">Why a sarcoma patient loved celebrating the holidays at MD
   .. Anderson</a></li>
66096 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/what-to-expect-when-you-get-an-ultrasound.html
   .. ">What to expect when you get an ultrasound</a></li>
66097 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/how-ive-made-traveling-for-cancer-treatment-
   .. easier.html">How I've made traveling for cancer treatment easier</a></li>
66098 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/beating-cancer-related-fatigue-with-
   .. progressive-muscle-relaxatio.html">Beating cancer-related fatigue with progressive
   .. muscle relaxation</a></li>
66099 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/whats-the-best-gift-for-a-cancer-patient-or-
   .. caregiver.html">What's the best gift for a cancer patient or caregiver?</a></li>
66100 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/getting-to-know-margaret-row-md.html">Getting
   .. to know Margaret Row, M.D.</a></li>
66101 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/how-martial-arts-became-a-way-of-life-for-
   .. thomas-rahlfs-md.html">How martial arts became a way of life for Thomas Rahlfs,
   .. M.D.</a></li>
66102 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/how-our-busy-employees-get-exercise.html">How
   .. our busy employees get exercise</a></li>
66103 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2014/12/understanding-the-new-hpv-vaccine.html">
   .. Understanding the new HPV vaccine</a></li>
66104 <li class="primary-nav-item"><a
```

```
66104… href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-of-hope.html">
   …  Best of Cancerwise 2014: Stories of hope</a></li>
66105 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/12/remembering-my-first-christmas-with-aml.html">
   …  Remembering my first Christmas with AML</a></li>
66106 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-30-ways-to-make-life-
   …  better-for-someone-.html">Best of Cancerwise 2014: 30 ways to make life better for
   …  someone with cancer</a></li>
66107 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/12/our-experts-most-helpful-insight-from-2014.
   …  html">Our experts' most helpful insight from 2014</a></li>
66108 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-advice-from-our-cancer
   …  -patients.html">Best of Cancerwise 2014: Advice from our cancer patients</a></li>
66109 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-for-cancer-
   …  caregivers.html">Best of Cancerwise 2014: Stories for cancer caregivers</a></li>
66110 </ul>
66111 </nav>
66112 </div>
66113 </section>
66114 </div>
66115 </div>
66116 </div></li>
66117 </ul>
66118 </nav>
66119 </div>
66120 </section>
66121 </div>
66122 </div>
66123 </div></li>
66124 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013.html">2013</a>
66125 <div class="subnav-mask">
66126 <div class="subnav-wrapper">
66127 <div class="subnav col10 pad">
66128 <section class="nested">
66129 <div class="col4 main-column">
66130 <nav class="secondary">
66131 <ul>
66132 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013.html"
   …  aria-label="Back to 2013">2013</a></li>
66133 <li class="primary-nav-item">
66134 <a href="/publications/cancerwise/2013.html" aria-label="2013 Home">2013
   …  Home</a></li>
66135 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/01.html">01</a>
66136 <div class="subnav-mask">
66137 <div class="subnav-wrapper">
66138 <div class="subnav col10 pad">
66139 <section class="nested">
66140 <div class="col4 main-column">
66141 <nav class="secondary">
66142 <ul>
66143 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/01.html"
   …  aria-label="Back to 01">01</a></li>
66144 <li class="primary-nav-item">
66145 <a href="/publications/cancerwise/2013/01.html" aria-label="01 Home">01 Home</a></li>
66146 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/cervical-cancer-patient-gets-inspired-after-
   …  cervix-cancer.html">Inspiration from an unexpected detour</a></li>
66147 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/having-cancer-and-young-children-a-mothers-
   …  advice.html">Having cancer and young children: A mother's advice</a></li>
66148 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/family-gets-screened-for-esophageal-cancer.
   …  html">Family gets screened for esophageal cancer for mother's 90th birthday</a></li>
```

```
66149 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/young-cancer-patients-positive-impact-on-
   …  childhood-cancer.html">Young cancer patients' positive imPACT</a></li>
66150 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/my-male-breast-cancer-gave-me-a-new-
   …  appreciation-for-md-anderson.html">Man in pink: How my male breast cancer helped me
   …  appreciate MD Anderson</a></li>
66151 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/male-breast-cancer-what-men-should-know.html">
   …  Male breast cancer: What men should know</a></li>
66152 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/how-to-improve-your-diet-and-take-healthy-
   …  bites-in-2013.html">Q&amp;A: How to improve your diet and take Healthy Bites in
   …  2013</a></li>
66153 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/support-groups-a-cancer-patients-best-friend-
   …  and-best-weapon.html">Support groups: A cancer patient's best friend and best
   …  weapon</a></li>
66154 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/after-my-stem-cell-transplant-becoming-myself-
   …  again.html">After my stem cell transplant: Becoming myself again</a></li>
66155 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/cervical-cancer-what-you-need-to-know.html">
   …  Cervical cancer: What you need to know</a></li>
66156 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/the-cancer-experience-finding-similarities.
   …  html">The cancer experience: Finding similarities in our unique experiences</a></li>
66157 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/studies-aim-to-improve-quality-of-life-for-
   …  lung-cancer-patients.html">Studies aim to improve quality of life for lung cancer
   …  patients</a></li>
66158 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/counseling-provides-comfort-for-mother.html">
   …  Counseling provides comfort for mother grieving son's death</a></li>
66159 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/uterine-cancer-survivor-reflects-on-her-
   …  journey.html">Falling off the edge of a cliff</a></li>
66160 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/getting-married-after-cancer-leukemia-patient-
   …  deals-with-guilt.html">Getting married after cancer: Guilt is part of the
   …  diagnosis</a></li>
66161 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/how-t-cell-therapy-helped-melanoma-patient.
   …  html">How T-cell therapy helped my son enjoy a normal college life</a></li>
66162 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/cancer-treatment-setting-priorities.html">
   …  Setting priorities during cancer treatment</a></li>
66163 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/how-to-quit-smoking.html">How to quit
   …  smoking</a></li>
66164 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/brain-tumor-navigating-a-glioblastoma-
   …  multiforme-brain-cancer-su.html">Navigating a brain tumor: Cry, love and
   …  share</a></li>
66165 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/01/patient-and-volunteer-dedicates-his.html">
   …  Cancer patient and volunteer dedicates his time to help others</a></li>
66166 </ul>
66167 </nav>
66168 </div>
66169 </section>
66170 </div>
66171 </div>
66172 </div></li>
66173 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/02.html">02</a>
66174 <div class="subnav-mask">
66175 <div class="subnav-wrapper">
```

```
66176 <div class="subnav-solid-pad">
66177 <section class="nested">
66178 <div class="col4 main-column">
66179 <nav class="secondary">
66180 <ul>
66181 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/02.html"
 …  aria-label="Back to 02">02</a></li>
66182 <li class="primary-nav-item">
66183 <a href="/publications/cancerwise/2013/02.html" aria-label="02 Home">02 Home</a></li>
66184 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/proton-therapy-child-life-specialist-makes-a-
 …  big-difference-for-.html">Child life specialist makes a big difference for one young
 …  patient</a></li>
66185 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/triple-negative-breast-cancer-second-opinion-
 …  why-it-matters.html">Getting a second opinion: Why it matters</a></li>
66186 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/massage-for-cancer-patients-cancer-massage.
 …  html">Massage for cancer patients: 4 tips to find a qualified therapist</a></li>
66187 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/couple-fights-leukemia-together.html">Couple
 …  fights leukemia together as they celebrate their first anniversary</a></li>
66188 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/heart-disease-and-cancer-get-the-facts.html">
 …  Heart disease and cancer: Get the facts</a></li>
66189 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/strengthening-relationships-during-the-cancer-
 …  journey.html">Strengthening relationships during the cancer journey</a></li>
66190 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/your-diet-taking-small-steps-to-improve-your-
 …  health.html">Your diet: When small steps equal big change</a></li>
66191 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/ependymoma-patient-no-longer-takes-anything-
 …  for-granted.html">Ependymoma patient no longer takes anything for granted</a></li>
66192 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/adoption-after-cancer.html">Adoption after
 …  cancer</a></li>
66193 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/a-trusted-resource-the-learning-center-helps-
 …  patients-stay-infor.html">A trusted resource: The Learning Center helps patients stay
 …  informed</a></li>
66194 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/program-addresses-body-image-concerns.html">
 …  Program addresses body image concerns</a></li>
66195 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/male-breast-cancer-my-last-chemotherapy-
 …  treatment.html">Man in Pink: My last chemotherapy treatment</a></li>
66196 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/preparing-for-your-first-visit-at-md-anderson-
 …  a-patients-advice.html">Preparing for your first visit at MD Anderson: A patient's
 …  advice</a></li>
66197 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/top-spots-and-tips-for-teens-and-young-adults-
 …  at-md-anderson.html">Top spots and tips for teens and young adults at MD
 …  Anderson</a></li>
66198 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/how-staying-active-and-t-cell-treatment-have-
 …  helped-me-overcome-.html">How staying active and T-cell treatment have helped me
 …  overcome
66199 metastatic melanoma</a></li>
66200 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2013/02/ct-and-mri-scans-tips.html">CT and MRI scans:
 …  Tips for coping with stress</a></li>
66201 </ul>
66202 </nav>
66203 </div>
66204 </section>
66205 </div>
```

```
66206 </div>
66207 </div></li>
66208 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/03.html">03</a>
66209 <div class="subnav-mask">
66210 <div class="subnav-wrapper">
66211 <div class="subnav col10 pad">
66212 <section class="nested">
66213 <div class="col4 main-column">
66214 <nav class="secondary">
66215 <ul>
66216 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/03.html"
   …  aria-label="Back to 03">03</a></li>
66217 <li class="primary-nav-item">
66218 <a href="/publications/cancerwise/2013/03.html" aria-label="03 Home">03 Home</a></li>
66219 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/common-myths-about-cancer-doctors.html">4
   …  common myths about cancer doctors</a></li>
66220 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/know-your-colon-cancer-risks-get-screened.html
   …  ">Know your colon cancer risks: Get screened</a></li>
66221 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me.html">
   …  How pre-surgery visualization helped me</a></li>
66222 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me-part-
   …  ii.html">How pre-surgery visualization helped me: Part II</a></li>
66223 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/brain-tumor-a-musician-writes-his-first-song-
   …  before-brain-surger.html">A musician writes his first song before brain
   …  surgery</a></li>
66224 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/stem-cell-transplant-survivor-life-after-
   …  myelodysplastic-syndrom.html">My new normal: Life after myelodysplastic
   …  syndrome</a></li>
66225 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/what-to-expect-on-your-first-day-of-
   …  chemotherapy.html">What to expect on your first day of chemotherapy</a></li>
66226 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/melanoma-skin-cancer-what-you-need-to-know.
   …  html">Q&amp;A: Focus on skin melanoma</a></li>
66227 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/from-employee-to-caregiver-my-new-perspective-
   …  on-md-anderson.html">From employee to caregiver: My new perspective on MD
   …  Anderson</a></li>
66228 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/anxiety-and-cancer-my-fear-of-upcoming-scans.
   …  html">Anxiety and cancer: My fear of upcoming scans</a></li>
66229 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/6-tips-to-cope-with-a-cancer-diagnosis.html">6
   …  tips to cope with a cancer diagnosis</a></li>
66230 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/multiple-myeloma-patient-cancer-wont-slow-me-
   …  down.html">Multiple myeloma patient: Cancer won't slow me down</a></li>
66231 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/cancer-we-didnt-deserve-this.html">Cancer: We
   …  didn't deserve this</a></li>
66232 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/pancreatic-cancer-patient-traveling-to-md-
   …  anderson-for-treatment.html">Pancreatic cancer patient: Traveling to MD Anderson for
   …  treatment</a></li>
66233 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/traveling-and-staying-connecting-during-cancer
   …  -treatment.html">Traveling and staying connected during cancer treatment</a></li>
66234 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/03/4-myths-about-chemotherapy.html">4 myths about
   …  chemotherapy</a></li>
66235 <li class="primary-nav-item"><a
```

```
66235… href="/publications/cancerwise/2013/03/colon-cancer-remembering-my-father-as-mother-
  …   battles-breast-canc.html">Losing my father to cancer: Angels watching over
  …   us</a></li>
66236 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/03/brain-cancer-a-dream-come-true.html">Brain
  …   cancer: A dream come true</a></li>
66237 </ul>
66238 </nav>
66239 </div>
66240 </section>
66241 </div>
66242 </div>
66243 </div></li>
66244 <li class="primary-nav-item has-subnav"><a
  …   href="/publications/cancerwise/2013/04.html">04</a>
66245 <div class="subnav-mask">
66246 <div class="subnav-wrapper">
66247 <div class="subnav col10 pad">
66248 <section class="nested">
66249 <div class="col4 main-column">
66250 <nav class="secondary">
66251 <ul>
66252 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/04.html"
  …   aria-label="Back to 04">04</a></li>
66253 <li class="primary-nav-item">
66254 <a href="/publications/cancerwise/2013/04.html" aria-label="04 Home">04 Home</a></li>
66255 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/t-cell-therapy-helps-father-overcome-
  …   metastatic-melanoma.html">T-cell therapy helps father overcome metastatic
  …   melanoma</a></li>
66256 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/cord-blood-donation-provides-a-life-saving-
  …   option.html">Cord blood provides a life-saving option</a></li>
66257 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/understanding-glioblastoma.html">Q&amp;A:
  …   Understanding glioblastoma</a></li>
66258 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/support-for-breast-cancer-patients-with-body-
  …   image-concerns.html">Support for breast cancer patients with body image
  …   concerns</a></li>
66259 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/cancer-patient-how-exercise-makes-a-difference
  …   .html">Cancer patient: How exercise makes a difference</a></li>
66260 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/lung-cancer-survivor-hopes-to-inspire-others.
  …   html">Lung cancer survivor trains for triathlon</a></li>
66261 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/practicing-self-care-through-journaling.html">
  …   Journaling your way through cancer</a></li>
66262 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/a-caregivers-advice-how-to-help-a-dying-
  …   patients-family.html">A caregiver's advice: How to help a dying patient's
  …   family</a></li>
66263 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/your-first-mammogram-10-things-to-expect.html"
  …   >Your first mammogram: 10 things to expect</a></li>
66264 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/cancer-patients-get-genetic-counseling-before-
  …   testing.html">Cancer patients: Get genetic counseling before testing</a></li>
66265 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/advance-care-planning-4-steps-for-planning-
  …   your-future.html">Advance care planning: 6 steps for planning your future</a></li>
66266 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/when-a-parent-has-cancer-helping-teens-and-
  …   kids-cope.html">When a parent has cancer: Helping teens and kids cope</a></li>
66267 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2013/04/sexual-problems-and-cancer-dont-ignore-it.html
  …   ">Sexual problems and cancer: Don't ignore it</a></li>
```

```
66268 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/radiation-therapy-for-cancer-treatment.html">
   …  Cancer treatment: Radiation therapy explained</a></li>
66269 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/international-gastroesophageal-cancer-patient-
   …  fights-cancer-with.html">International gastroesophageal cancer patient fights cancer
   …  with a smile</a></li>
66270 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/healthy-dining-options-at-md-anderson.html">
   …  Healthy dining options at MD Anderson</a></li>
66271 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/brain-tumor-focus-on-brain-surgery.html">Q&amp
   …  ;A: Focus on brain surgery</a></li>
66272 </ul>
66273 </nav>
66274 </div>
66275 </section>
66276 </div>
66277 </div>
66278 </div></li>
66279 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/05.html">05</a>
66280 <div class="subnav-mask">
66281 <div class="subnav-wrapper">
66282 <div class="subnav col10 pad">
66283 <section class="nested">
66284 <div class="col4 main-column">
66285 <nav class="secondary">
66286 <ul>
66287 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/05.html"
   …  aria-label="Back to 05">05</a></li>
66288 <li class="primary-nav-item">
66289 <a href="/publications/cancerwise/2013/05.html" aria-label="05 Home">05 Home</a></li>
66290 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/moms-with-cancer-making-mothers.html">Moms
   …  with cancer: Making Mother's Day memories</a></li>
66291 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/cancer-survivor-at-the-boston-marathon.html">
   …  Cancer survivor: What I learned about myself at the Boston Marathon</a></li>
66292 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/inflammatory-breast-cancer-how-md-anderson-is-
   …  leading-in-breast-.html">Inflammatory Breast Cancer: How MD Anderson is leading the
   …  fight</a></li>
66293 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/meeting-the-geriatrician-a-cancer.html">
   …  Meeting the geriatrician: A cancer diagnosis' silver lining</a></li>
66294 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/md-anderson-nurses-the-heart-of-the-hospital.
   …  html">MD Anderson nurses: The heart of the hospital</a></li>
66295 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/my-ovarian-cancer-diagnosis-my-journey-to-heal
   …  .html">My ovarian cancer diagnosis: My journey to heal</a></li>
66296 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/teacher-goes-through-cancer-treatment-with-
   …  students-by-her-side.html">Teacher copes with cancer with students' support</a></li>
66297 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/celebrating-my-mom-after-her-cancer-diagnosis.
   …  html">Celebrating my mom after her cancer diagnosis</a></li>
66298 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/how-a-colon-cancer-caregiver-learned-to-live-
   …  in-the-moment.html">How a colon cancer caregiver learned to live in the
   …  moment</a></li>
66299 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/cervical-cancer-patient-my-journey-from-
   …  diagnosis-to-recurrence.html">Cervical cancer patient: My journey from diagnosis to
   …  recurrence</a></li>
66300 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/md-anderson-childrens-cancer-hospital-comes-of
```

```
66300... -age.html">MD Anderson Children's Cancer Hospital comes of age</a></li>
66301 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/donate-blood-and-give-blood-donation-make-
  ... yourself-proud.html">Donate blood and make yourself proud</a></li>
66302 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/preventive-double-mastectomy-a-breast-cancer-
  ... survivors-take.html">Preventive double mastectomy: A breast cancer survivor's
  ... take</a></li>
66303 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/new-patient-advice-for-first-visit-to-md-
  ... anderson.html">New patient advice from veteran MD Anderson patients and
  ... caregivers</a></li>
66304 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/my-husbands-pancreatic-cancer-treatment-a-
  ... cancer-caregivers-story.html">My husband's pancreatic cancer treatment: A cancer
  ... caregiver's story</a></li>
66305 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/4-ways-to-celebrate-a-healthy-memorial-day.
  ... html">4 ways to celebrate a healthy Memorial Day</a></li>
66306 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/triple-negative-inflammatory-breast-cancer-
  ... treatment-my-journey.html">Triple-negative inflammatory breast cancer treatment: My
  ... journey</a></li>
66307 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/hold-on-how-a-cancer-doctors-song-hopes-to-
  ... inspire-others.html">&quot;Hold On&quot; - a song of hope for cancer
  ... patients</a></li>
66308 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/treating-head-and-neck-lymphedema-in-cancer-
  ... patients.html">Treating head and neck lymphedema in cancer patients</a></li>
66309 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/05/cancer-survivorship-week-at-md-anderson-save-
  ... the-date.html">Cancer Survivorship Week at MD Anderson: Save the date</a></li>
66310 </ul>
66311 </nav>
66312 </div>
66313 </section>
66314 </div>
66315 </div>
66316 </div></li>
66317 <li class="primary-nav-item has-subnav"><a
  ... href="/publications/cancerwise/2013/06.html">06</a>
66318 <div class="subnav-mask">
66319 <div class="subnav-wrapper">
66320 <div class="subnav col10 pad">
66321 <section class="nested">
66322 <div class="col4 main-column">
66323 <nav class="secondary">
66324 <ul>
66325 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/06.html"
  ... aria-label="Back to 06">06</a></li>
66326 <li class="primary-nav-item">
66327 <a href="/publications/cancerwise/2013/06.html" aria-label="06 Home">06 Home</a></li>
66328 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/06/melanoma-patient-reflects-on-benefits-of-
  ... tanning-bed-legislation.html">Texas tanning bed law: A melanoma survivor's
  ... take</a></li>
66329 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/06/cancer-patient-celebrates-no-evidence-of-
  ... disease-with-headstands.html">Cancer patient celebrates no evidence of disease with
  ... headstands</a></li>
66330 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/06/men-who-suspect-they-have-cancer-a-cancer-
  ... survivors-advice.html">Men who suspect they have cancer: A cancer survivor's
  ... advice</a></li>
66331 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2013/06/support-groups-a-patients-perspective.html">
  ... Cancer support groups: A cancer patient's perspective</a></li>
```

```
66332 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/caring-for-my-husband-with-stage-iv-lung-
    … cancer-finding-purpose-.html">Caring for my husband with stage IV lung cancer:
    … Finding purpose and meaning</a></li>
66333 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/md-anderson-resources-for-cancer-caregivers-
    … and-family-members.html">MD Anderson resources for cancer caregivers and family
    … members</a></li>
66334 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/life-as-a-myelodysplastic-syndrome-survivor-
    … new-beginnings.html">Life as a myelodysplastic syndrome survivor: New
    … beginnings</a></li>
66335 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/winning-my-war-with-the-help-of-a-new-drug-
    … breast-cancer-patient.html">Help from a new drug: Treating my breast cancer
    … recurrence</a></li>
66336 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/lung-cancer-survivor-completes-triathlon.html"
    … >Lung cancer survivor completes triathlon</a></li>
66337 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/from-male-breast-cancer-patient-to-survivor-
    … reflections-on-compl.html">From male breast cancer patient to survivor: Life after
    … radiation treatment</a></li>
66338 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/neuropsychology-and-its-role-in-cancer-care.
    … html">Q&amp;A: Neuropsychology and its role in cancer care</a></li>
66339 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/how-my-second-cancer-diagnosis-changed-me.html
    … ">How my second cancer diagnosis changed me</a></li>
66340 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/newly-diagnosed-cancer-patients-questions-to-
    … ask-your-health-car.html">Newly diagnosed cancer patients: Questions to ask your
    … health care team</a></li>
66341 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/hpv-vaccine-a-smart-way-to-protect-kids-from-
    … cancer.html">HPV vaccine: A smart way to protect kids from cancer</a></li>
66342 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/06/exercise-for-cancer-survivors-a-great-way-to-
    … boost-your-health.html">Exercise for cancer survivors: A great way to boost your
    … health</a></li>
66343 </ul>
66344 </nav>
66345 </div>
66346 </section>
66347 </div>
66348 </div>
66349 </div></li>
66350 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2013/07.html">07</a>
66351 <div class="subnav-mask">
66352 <div class="subnav-wrapper">
66353 <div class="subnav col10 pad">
66354 <section class="nested">
66355 <div class="col4 main-column">
66356 <nav class="secondary">
66357 <ul>
66358 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/07.html"
    … aria-label="Back to 07">07</a></li>
66359 <li class="primary-nav-item"><a
66360 <a href="/publications/cancerwise/2013/07.html" aria-label="07 Home">07 Home</a></li>
66361 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/07/sharing-cancer-information-why-i-volunteer-in-
    … the-learning-center.html">Sharing cancer information: Why I volunteer in The Learning
    … Center</a></li>
66362 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/07/appendix-cancer-what-you-should-know.html">
    … Appendix cancer: What you should know</a></li>
66363 <li class="primary-nav-item"><a
```

```
66363  href="/publications/cancerwise/2013/07/chemotherapy-side-effects-helping-my-mom-cope.
   …   html">Chemotherapy side effects: Helping my mom cope</a></li>
66364  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-survivor-learning-to-receive-a-
   …   compliment-gracefully.html">Cancer survivor: Learning to receive a compliment
   …   gracefully</a></li>
66365  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-in-men-what-you-should-know.html">
   …   Cancer in men: What you should know</a></li>
66366  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/acute-myeloid-leukemia-from-diagnosis-to-stem-
   …   cell-transplant-to.html">Acute myeloid leukemia: From diagnosis to stem cell
   …   transplant to survivor</a></li>
66367  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/the-waiting-game-a-cancer-survivors-story.html
   …   ">The waiting game: A cancer survivor's story</a></li>
66368  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/from-medulloblastoma-patient-to-triathlete.
   …   html">From medulloblastoma patient to triathlete</a></li>
66369  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/sunscreen-for-your-family-what-parents-should-
   …   know.html">Sunscreen and skin cancer prevention: 9 common mistakes</a></li>
66370  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/bodybuilding-how-a-breast-cancer-survivor-
   …   regained-confidence.html">Bodybuilding: How a breast cancer survivor regained
   …   confidence</a></li>
66371  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/new-metastatic-medullary-thyroid-cancer-
   …   treatment-options.html">New metastatic medullary thyroid cancer treatment
   …   options</a></li>
66372  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/after-a-brain-tumor-diagnosis-establishing-a-
   …   new-normal.html">After a brain tumor diagnosis: Establishing a &quot;new
   …   normal&quot;</a></li>
66373  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-related-fatigue-tips-for-cancer-
   …   patients-and-survivors.html">Cancer-related fatigue: Tips for cancer patients and
   …   survivors</a></li>
66374  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/packing-for-your-first-visit-advice-from-
   …   veteran-md-anderson-pat.html">Packing for your first visit: Advice from veteran MD
   …   Anderson patients
66375  and caregivers</a></li>
66376  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-survivor-when-a-friend-receives-a-
   …   cancer-diagnosis.html">Cancer survivor: When a friend receives a cancer
   …   diagnosis</a></li>
66377  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-heart-problems-and-kidney-issues-
   …   balancing-my-moms-treatm.html">Cancer, heart problems and kidney issues: Balancing my
   …   mom's treatments</a></li>
66378  </ul>
66379  </nav>
66380  </div>
66381  </section>
66382  </div>
66383  </div>
66384  </div></li>
66385  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2013/08.html">08</a>
66386  <div class="subnav-mask">
66387  <div class="subnav-wrapper">
66388  <div class="subnav col10 pad">
66389  <section class="nested">
66390  <div class="col4 main-column">
66391  <nav class="secondary">
66392  <ul>
66393  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/08.html"
```

```
66393… aria-label="Back to 08 Home">08</a></li>
66394  </li>
66395  <a href="/publications/cancerwise/2013/08.html" aria-label="08 Home">08 Home</a></li>
66396  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/cancer-survivor-on-follow-up-appointments.html
    … ">Cancer survivor on follow-up appointments</a></li>
66397  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/lung-cancer-screening-for-smokers-moves-toward
    … -standard-of-care.html">Lung cancer screening for smokers moves toward standard of
    … care</a></li>
66398  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/my-acute-myeloid-leukemia-aml-journey-the-
    … people-who-helped.html">My acute myeloid leukemia journey: The people who
    … helped</a></li>
66399  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/saying-goodbye-what-ive-learned-as-a-cancer-
    … patient-and-caregiver.html">Saying goodbye: What I've learned as a cancer patient and
    … caregiver</a></li>
66400  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/carepages-an-easier-way-for-cancer-patients-to
    … -share-updates.html">CarePages: An easier way for cancer patients to share
    … updates</a></li>
66401  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/changing-clinical-trials-for-cancer-treatment-
    … a-cancer-patients-.html">Changing clinical trials for cancer treatment: A cancer
    … patient's perspective</a></li>
66402  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/tobacco-free-teens-app-helps-youth-quit-
    … smoking.html">Tobacco-Free Teens app helps youth quit smoking</a></li>
66403  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/hpv-and-throat-cancer.html">Q&amp;A: HPV and
    … throat cancer</a></li>
66404  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/anaplastic-astrocytoma-my-husbands-brain-tumor
    … -story.html">Anaplastic astrocytoma: My husband's brain tumor story</a></li>
66405  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/what-i-learned-about-cancer-research-advances.
    … html">What I learned about cancer research advances during my tour of MD
    … Anderson</a></li>
66406  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/lung-cancer-survivor-on-being-a-caregiver.html
    … ">Lung cancer patient on being a cancer caregiver: Looking in the mirror</a></li>
66407  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/from-stem-cell-donor-to-carcinoid-tumor-
    … patient.html">From stem cell donor to carcinoid tumor patient: My unexpected
    … detour</a></li>
66408  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/tips-for-a-cancer-caregiver-to-stay-healthy.
    … html">5 health tips for cancer caregivers</a></li>
66409  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/healthier-diet-for-cancer-survivors.html">A
    … healthier diet for cancer survivors</a></li>
66410  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/chordoma-copingwithangerandchange.html">After
    … chordoma: Coping with anger and change</a></li>
66411  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/the-dangers-and-risks-of-e-cigarettes.html">
    … The dangers and risks of e-cigarettes</a></li>
66412  <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/08/melanoma-diagnosis-what-a-caregiver-learned.
    … html">My mother's melanoma diagnosis: What a caregiver learned</a></li>
66413  </ul>
66414  </nav>
66415  </div>
66416  </section>
66417  </div>
66418  </div>
66419  </div></li>
```

```
66420 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013.09.html">09</a>
66421 <div class="subnav-mask">
66422 <div class="subnav-wrapper">
66423 <div class="subnav col10 pad">
66424 <section class="nested">
66425 <div class="col4 main-column">
66426 <nav class="secondary">
66427 <ul>
66428 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/09.html"
   …  aria-label="Back to 09">09</a></li>
66429 <li class="primary-nav-item">
66430 <a href="/publications/cancerwise/2013/09.html" aria-label="09 Home">09 Home</a></li>
66431 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/how-phlebotomists-help-our-cancer-patients.
   …  html">How phlebotomists help our cancer patients</a></li>
66432 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/fertility-sexual-function-and-cancer-treatment
   …  .html">Fertility, sexual function and cancer treatment: Help for cancer
66433 patients and survivors</a></li>
66434 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/obesity-and-cancer-prevention.html">Obesity
   …  and cancer prevention: What you should know</a></li>
66435 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/sleep-cancer-and-cancer-treatment-
   …  understanding-the-link.html">Sleep, cancer and cancer treatment: Understanding the
   …  link</a></li>
66436 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/ovarian-cancer-patient--ovarian-cancer-
   …  symptoms.html">Cancer patient: Don't ignore ovarian cancer symptoms</a></li>
66437 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/wedding-planning-with-cancer-a-cancer-fighting
   …  -brides-perspectiv.html">Wedding planning with cancer: A cancer-fighting bride's
   …  perspective</a></li>
66438 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/cancer-survivor-leaving-cancer-behind.html">
   …  Cancer survivor: Leaving cancer behind</a></li>
66439 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/my-husbands-courageous-battle-with-
   …  glioblastoma.html">My husband's courageous battle with glioblastoma</a></li>
66440 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/loss-inspires-melanoma-caregiver.html">Loss
   …  inspires melanoma caregiver to help others</a></li>
66441 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/5-exercise-truths-for-cancer-survivors.html">5
   …  exercise truths for cancer survivors</a></li>
66442 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/prostate-cancer-survivor-spreads-positive-
   …  outlook.html">Prostate cancer survivor spreads his positive outlook</a></li>
66443 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/salivary-gland-cancer-patient-on-having-a-rare
   …  -head-and-neck-cancer.html">Salivary gland cancer patient on having a rare
   …  cancer</a></li>
66444 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/what-makes-cancer-patients-and-caregivers-
   …  smile.html">What makes cancer patients and caregivers smile on their toughest
   …  days</a></li>
66445 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/inflammatory-breast-cancer-survivor-living-
   …  life-fully-after-cancer.html">Inflammatory breast cancer patient: Living life fully
   …  after cancer treatment</a></li>
66446 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/chrondrosarcoma-patient-thank-you-cancer.html"
   …  >Chondrosarcoma patient: Thank you, cancer</a></li>
66447 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/my-dance-with-chronic-lymphocytic-leukemia.
   …  html">My dance with chronic lymphocytic leukemia</a></li>
66448 <li class="primary-nav-item"><a
```

```
66448  href="/publications/cancerwise/2013/09/pediatric-cancer-parent-childhood-cancer-
  …    awareness-month.html">Pediatric cancer parent: Honor Childhood Cancer Awareness
  …    Month</a></li>
66449  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/09/lung-cancer-survivor-learns-about-strength.
  …    html">Lung cancer survivor learns about strength</a></li>
66450  </ul>
66451  </nav>
66452  </div>
66453  </section>
66454  </div>
66455  </div>
66456  </div></li>
66457  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2013/10.html">10</a>
66458  <div class="subnav-mask">
66459  <div class="subnav-wrapper">
66460  <div class="subnav col10 pad">
66461  <section class="nested">
66462  <div class="col4 main-column">
66463  <nav class="secondary">
66464  <ul>
66465  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/10.html"
  …    aria-label="Back to 10">10</a></li>
66466  <li class="primary-nav-item">
66467  <a href="/publications/cancerwise/2013/10.html" aria-label="10 Home">10 Home</a></li>
66468  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/breast-cancer-survivor-finding-my-cancer-posse
  …    .html">Breast cancer survivor: Finding my cancer posse</a></li>
66469  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/depression-in-cancer-patients-what-you-should-
  …    know.html">Depression in cancer patients: What you should know</a></li>
66470  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/cancer-patients-tips-for-organizing-medical-
  …    records.html">Cancer patients: Tips for organizing medical records</a></li>
66471  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/melanoma-caregiver-changing-roles-with-mom.
  …    html">Melanoma caregiver: Changing roles with my mom</a></li>
66472  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/bone-marrow-transplant-patient-meets-his-donor
  …    .html">Bone marrow transplant patient meets his donor</a></li>
66473  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/aml-patient-remembers-cancer-treatment-fondly.
  …    html">AML patient remembers cancer treatment fondly</a></li>
66474  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/throat-cancer-patient-provides-encouragement-
  …    with-guitar-picks.html">Throat cancer patient provides encouragement with guitar
  …    picks</a></li>
66475  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/words-of-wisdom-about-cancer-from-md-anderson-
  …    patients-and-careg.html">Words of wisdom about cancer from MD Anderson patients and
  …    caregivers</a></li>
66476  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/for-cancer-survivors-the-road-to-wellness-is-
  …    just-the-beginning.html">Healthier living for cancer patients: Embarking on The Road
  …    to Wellness</a></li>
66477  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/throid-cancer-diagnosis-and-treatment-what-you
  …    -should-know.html">Thyroid cancer diagnosis and treatment: What you should
  …    know</a></li>
66478  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/chordoma-survivor-on-gratitude-after-cancer-
  …    treatment.html">Chordoma survivor on gratitude after cancer treatment</a></li>
66479  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/breast-cancer-survivor-becomes-face-of-new-
  …    fundraising-campaign.html">Breast cancer survivor becomes face of new fundraising
  …    campaign</a></li>
66480  <li class="primary-nav-item"><a
```

```
66480… href="/publications/cancerwise/2013/10/oncology-nurse-how-my-familys-cancer-journey-
    … changed-me.html">Oncology nurse: How my family's cancer journey changed me</a></li>
66481 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/aml-survivor-gives-back-after-aml-treatment.
    … html">After AML, survivor continues to be a channel of blessings</a></li>
66482 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/ovarian-cancer-survivor-offers-hope-for-new-
    … patients.html">Ovarian cancer survivor offers hope for new patients</a></li>
66483 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/lung-cancer-survivor-reflects-on-a-whole-new-
    … life.html">Lung cancer survivor reflects on &quot;a whole new life&quot;</a></li>
66484 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/cll-patient-experiences-life-the-wayits-
    … supposed-tobe.html">CLL patient experiences &quot;life the way it's supposed to
    … be&quot;</a></li>
66485 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/a-year-of-progress-for-our-moon-shots-program.
    … html">A year of progress for our Moon Shots Program</a></li>
66486 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/3-nutrition-tips-for-cancer-caregivers.html">3
    … nutrition tips for cancer caregivers</a></li>
66487 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/love-interrupted-how-mantle-cell-lymphoma-
    … affected-30-year-reuni.html">Love, interrupted: How mantle cell lymphoma affected a
    … 30-year reunion</a></li>
66488 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/10/my-metastatic-breast-cancer-recurrence-you-
    … first-and-other-lesso.html">My metastatic breast cancer recurrence: &quot;You
    … first&quot; and other lessons</a></li>
66489 </ul>
66490 </nav>
66491 </div>
66492 </section>
66493 </div>
66494 </div>
66495 </div></li>
66496 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2013/11.html">11</a>
66497 <div class="subnav-mask">
66498 <div class="subnav-wrapper">
66499 <div class="subnav col10 pad">
66500 <section class="nested">
66501 <div class="col4 main-column">
66502 <nav class="secondary">
66503 <ul>
66504 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/11.html"
    … aria-label="Back to 11">11</a></li>
66505 <li class="primary-nav-item">
66506 <a href="/publications/cancerwise/2013/11.html" aria-label="11 Home">11 Home</a></li>
66507 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/11/participating-in-a-clinical-trial-for-cll-
    … treatment.html">Participating in a clinical trial for CLL treatment: What it's really
    … like</a></li>
66508 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/11/parents-helping-kids-cope-with-your-physical-
    … changes-from-cancer.html">Parents: Helping kids cope with your physical changes from
    … cancer treatment</a></li>
66509 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/11/adenoid-cystic-carcinoma-caregiver-learning-to
    … -let-go.html">Adenoid cystic carcinoma caregiver: Letting go as pediatric patients
    … grow up</a></li>
66510 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/11/lung-cancer-survivor-i-have-a-lot-of-living-
    … left-to-do.html">Lung cancer survivor: 'I have a lot of living left to do'</a></li>
66511 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/11/prostate-cancer-an-air-force-officers-latest-
    … battle.html">Prostate cancer: An Air Force officer's latest battle</a></li>
66513 <li class="primary-nav-item"><a
```

```
66513…  href="/publications/cancerwise/2013/11/cancer-caregivers-4-tips-to-reduce-stress.html
    …  ">Cancer caregivers: 4 tips to reduce stress</a></li>
66514   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-ibm-watson-means-for-our-patients.html">
    …  The future of cancer treatment and research: What IBM Watson means for
66515   our patients</a></li>
66516   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/latest-tobacco-trends-target-youth.html">E-
    …  cigarettes, cigarillos and hookahs: Latest tobacco trends target youth</a></li>
66517   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-patient-my-stem-cell-transplant-a-
    …  lifesaving-decision.html">AML patient: My stem cell transplant, a life-saving
    …  decision</a></li>
66518   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-cancer-caregivers-wish-they-would-have-
    …  known.html">What cancer caregivers wish they would have known</a></li>
66519   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-survivor-my-road-to-recovery.html">AML
    …  survivor: My road to recovery</a></li>
66520   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/medulloblastoma-patient-on-her-cancer-journey.
    …  html">Medulloblastoma patient: I don't see my disease as something terrible</a></li>
66521   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/my-cll-clinical-trial.html">My CLL clinical
    …  trial: The end of the beginning</a></li>
66522   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/overcoming-ptsd-after-losing-my-mom-to-
    …  melanoma.html">Overcoming PTSD after losing my mom to melanoma</a></li>
66523   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/cancer-doesnt-mean-you-have-to-stop-living.
    …  html">Prostate cancer survivor: Cancer doesn't mean you have to stop living</a></li>
66524   </ul>
66525   </nav>
66526   </div>
66527   </section>
66528   </div>
66529   </div>
66530   </div></li>
66531   <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/12.html">12</a>
66532   <div class="subnav-mask">
66533   <div class="subnav-wrapper">
66534   <div class="subnav col10 pad">
66535   <section class="nested">
66536   <div class="col4 main-column">
66537   <nav class="secondary">
66538   <ul>
66539   <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/12.html"
    …  aria-label="Back to 12">< 12</a></li>
66540   <li class="primary-nav-item">
66541   <a href="/publications/cancerwise/2013/12.html" aria-label="12 Home">12 Home</a></li>
66542   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/confronting-lung-cancer-stigma.html">
    …  Confronting the lung cancer stigma</a></li>
66543   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/how-breast-cancer-brought-me-closer-to-my-
    …  brother.html">How breast cancer brought me closer to my brother</a></li>
66544   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/melanoma-patient-my-second-cancer-journey.html
    …  ">Melanoma patient: My second cancer journey</a></li>
66545   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/celebrating-the-holidays-with-ned.html">
    …  Celebrating the holidays with NED</a></li>
66546   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/learning-to-laugh-through-my-chordoma-
    …  treatment.html">Learning to laugh through my chordoma treatment</a></li>
66547   <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/pancreatic-cancer-patient-i-try-to-enjoy-
```

```
66547  everything I can.html">Pancreatic cancer patient: 'I try to enjoy everything I can,
    …  when I can'</a></li>
66548  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/chondrosarcoma-patient-dealing-with-pre-
    …  appointment-anxiety-and-.html">Chondrosarcoma patient: Dealing with pre-appointment
    …  anxiety and doubt</a></li>
66549  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/exploring-your-options-why-a-myelodysplastic-
    …  syndrome-patient-di.html">Exploring your options: Why a myelodysplastic syndrome
    …  patient didn't settle</a></li>
66550  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/cervical-cancer-survivor-7-ways-cancer-
    …  patients-can-stay-mentally.html">Cervical cancer survivor: 7 ways cancer patients can
    …  stay mentally strong</a></li>
66551  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/cancer-patients-how-to-help-your-kids-
    …  throughout-the-holidays.html">Cancer patients: How to help your kids during the
    …  holidays</a></li>
66552  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/best-of-cancerwise-2013.html">Best of
    …  Cancerwise 2013: Our experts' most helpful insight</a></li>
66553  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/our-5-most-popular-videos-from-2013.html">Our
    …  5 most-watched videos from 2013</a></li>
66554  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/cancer-patient-and-cancer-survivor-stories.
    …  html">Best of Cancerwise 2013: Cancer patient and survivor stories</a></li>
66555  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/advice-for-cancer-caregivers.html">Best of
    …  Cancerwise 2013: Advice for cancer caregivers</a></li>
66556  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/12/cancer-patients-5-ways-to-maintain-holiday-
    …  cheer.html">Cancer patients: 5 ways to maintain holiday cheer</a></li>
66557  </ul>
66558  </nav>
66559  </div>
66560  </section>
66561  </div>
66562  </div>
66563  </div></li>
66564  </ul>
66565  </nav>
66566  </div>
66567  </section>
66568  </div>
66569  </div>
66570  </div></li>
66571  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012.html">2012</a>
66572  <div class="subnav-mask">
66573  <div class="subnav-wrapper">
66574  <div class="subnav col10 pad">
66575  <section class="nested">
66576  <div class="col4 main-column">
66577  <nav class="secondary">
66578  <ul>
66579  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012.html"
    …  aria-label="Back to 2012">2012</a></li>
66580  <li class="primary-nav-item">
66581  <a href="/publications/cancerwise/2012.html" aria-label="2012 Home">2012
    …  Home</a></li>
66582  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/06.html">06</a>
66583  <div class="subnav-mask">
66584  <div class="subnav-wrapper">
66585  <div class="subnav col10 pad">
66586  <section class="nested">
66587  <div class="col4 main-column">
```

```
66588 <nav class="secondary">
66589 <ul>
66590 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/06.html"
   .. aria-label="Back to 06">06</a></li>
66591 <li class="primary-nav-item">
66592 <a href="/publications/cancerwise/2012/06.html" aria-label="06 Home">06 Home</a></li>
66593 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/early-detection-and-swift-treatment-help-young
   .. -man-beat-testicul.html">Early detection and swift treatment help young man beat
   .. testicular cancer</a></li>
66594 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/motivating-yourself-beyond-fear-of-cancer-
   .. recurrence.html">Motivating yourself beyond fear of cancer recurrence</a></li>
66595 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/celebrating-cancer-survivorship-all-week.html"
   .. >Celebrating cancer survivorship all week long</a></li>
66596 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/got-a-brain-tumor-get-to-md-anderson-quickly.
   .. html">Got a brain tumor? Get to MD Anderson, quickly</a></li>
66597 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/celebration-singers-share-notes-during-
   .. survivorship-week.html">Celebration Singers share notes during Survivorship
   .. Week</a></li>
66598 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/the-evidence-of-my-disease.html">The evidence
   .. of my disease</a></li>
66599 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/uterus-isnt-a-four-letter-word.html">Uterus
   .. isn't a four-letter word</a></li>
66600 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/cancer-nurse-cancer-caregiver.html">Cancer
   .. nurse, cancer caregiver</a></li>
66601 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/8-tips-for-a-healthier-barbecue.html">8 tips
   .. for a healthier barbecue</a></li>
66602 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/my-psa-is-elevated-now-what-should-i-do.html">
   .. My PSA is elevated. Now What Should I Do?</a></li>
66603 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/what-to-do-if-you-or-a-loved-one-is-diagnosed-
   .. with-a-brain-tumor.html">What to do if you or a loved one is diagnosed with a brain
   .. tumor</a></li>
66604 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/health-equality-in-houston.html">Health
   .. equality in Houston</a></li>
66605 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/considering-the-needs-of-pediatric-cancer-
   .. patients-siblings.html">Considering the needs of pediatric cancer patients'
   .. siblings</a></li>
66606 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/starting-over-after-cancer-misdiagnosis.html">
   .. Starting over after cancer misdiagnosis</a></li>
66607 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/examining-barriers-to-health-care.html">
   .. Examining barriers to health care access and equity</a></li>
66608 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/my-donor-and-life-saver.html">My donor and
   .. life saver</a></li>
66609 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/metastatic-melanoma-a-wife-reflects-on-
   .. husbands-shocking-diagnos.html">Metastatic melanoma: A wife reflects on husband's
   .. shocking diagnosis</a></li>
66610 <li class="primary-nav-item"><a
   .. href="/publications/cancerwise/2012/06/doctor-says-stop-whining.html">Doctor says,
   .. &quot;stop whining&quot;</a></li>
66611 </ul>
66612 </nav>
66613 </div>
```

```
66614  </section>
66615  </div>
66616  </div>
66617  </div></li>
66618  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012/11.html">11</a>
66619  <div class="subnav-mask">
66620  <div class="subnav-wrapper">
66621  <div class="subnav col10 pad">
66622  <section class="nested">
66623  <div class="col4 main-column">
66624  <nav class="secondary">
66625  <ul>
66626  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/11.html"
   …   aria-label="Back to 11">11</a></li>
66627  <li class="primary-nav-item">
66628  <a href="/publications/cancerwise/2012/11.html" aria-label="11 Home">11 Home</a></li>
66629  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/caregiver-tips-from-chaplain.html">Caregiver
   …   tips: 'Don't just do something, stand there'</a></li>
66630  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/caregiver-how-i-put-on-a-brave-face.html">How
   …   I put on a brave face as a caregiver</a></li>
66631  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/what-it-means-to-take-care-of-yourself-from-
   …   one-caregiver-to-ano.html">What it means to take care of yourself, from one caregiver
   …   to another</a></li>
66632  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/caregiver-chronicles-caregivers-needs-evolve-
   …   along-with-treatmen.html">Caregiver chronicles: Caregiver's needs evolve along with
   …   treatment</a></li>
66633  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/how-to-navigate-cancer-as-a-young-adult-
   …   melanoma-patient.html">How to navigate cancer as a young adult</a></li>
66634  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/protecting-your-eyes-during-cancer-treatment.
   …   html">Protecting your eyes during cancer treatment</a></li>
66635  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/the-young-and-the-widowed-finding-life-in-a-
   …   support-group.html">Life after cancer: Finding life in a support group</a></li>
66636  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/help-patients-in-need-and-donate-blood.html">
   …   Help patients in need at MD Anderson, in the Northeast</a></li>
66637  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/helping-my-mothers-spirit-live-on.html">
   …   Helping my mother's spirit live on</a></li>
66638  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/my-brain-tumor-meningioma-taught-me-to-see-
   …   lifes-blessings.html">My brain tumor taught me to see life's blessings</a></li>
66639  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/my-stem-cell-transplant-myelodysplastic-
   …   syndrome-mds.html">Countdown to my stem cell transplant</a></li>
66640  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/diary-of-a-stem-cell-transplant.html">Diary of
   …   a stem cell transplant</a></li>
66641  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/my-male-breast-cancer-journey-man-in-pink.html
   …   ">Man in pink: My male breast cancer journey</a></li>
66642  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/quit-smoking-how-to-curb-the-urge.html">Quit
   …   smoking: How to curb the urge</a></li>
66643  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/celebrating-caregiver-5-tips-to-help-manage-
   …   the-caregiving-role.html">Celebrating caregivers: 5 tips to help manage the
   …   caregiving role</a></li>
66644  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/young-patients-channel-their-inner-mad-
   …   scientist.html">Young patients channel their inner mad scientist</a></li>
```

```
66645  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/cervical-cancer-patient-how-do-you-say-thank-
   …   you.html">How do you say thank you?</a></li>
66646  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/why-not-me-breast-cancer-patient.html">Why not
   …   me?</a></li>
66647  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/how-to-build-your-legacy-and-make-memories-
   …   that-last-acy.html">How to build your legacy and make memories that last</a></li>
66648  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/mastectomy-hysterectomy-breast-reconstruction.
   …   html">Life after a mastectomy: I'm more than my body parts</a></li>
66649  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/11/metastatic-melanoma-patient-how-t-cell-therapy
   …   -saved-my-life.html">Doing cartwheels: How T-cell therapy saved my life</a></li>
66650  </ul>
66651  </nav>
66652  </div>
66653  </section>
66654  </div>
66655  </div>
66656  </div></li>
66657  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012.01.html">01</a>
66658  <div class="subnav-mask">
66659  <div class="subnav-wrapper">
66660  <div class="subnav col10 pad">
66661  <section class="nested">
66662  <div class="col4 main-column">
66663  <nav class="secondary">
66664  <ul>
66665  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/01.html"
   …   aria-label="Back to 01">01</a></li>
66666  <li class="primary-nav-item">
66667  <a href="/publications/cancerwise/2012/01.html" aria-label="01 Home">01 Home</a></li>
66668  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/mesothelioma-survivor-finds-hope-appreciation-
   …   for-aging.html">Mesothelioma Survivor Finds Hope, Appreciation for Aging</a></li>
66669  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/diet-and-cancer.html">Diet and Cancer</a></li>
66670  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/qa-focus-on-mesothelioma.html">Q&amp;A: Focus
   …   on Mesothelioma</a></li>
66671  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/novel-technology-undermines-infection.html">
   …   Novel technology undermines infection</a></li>
66672  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/grace-saves-a-life.html">Grace Saves a
   …   Life</a></li>
66673  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/the-importance-of-genetic-testing-1.html">The
   …   Importance of Genetic Testing</a></li>
66674  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/advance-care-planning-a-patient-and-provider-
   …   partnership.html">Advance Care Planning: A Patient and Provider Partnership</a></li>
66675  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/exercise-benefits-lung-cancer-patients-study-
   …   shows.html">You Want Me to Do What?</a></li>
66676  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/conversation-starters-for-your-next-trip-to-
   …   the-gynecologist.html">Conversation Starters for Your Next Trip to the
   …   Gynecologist</a></li>
66677  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/look-at-the-strings.html">Look at the
   …   Strings</a></li>
66678  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/treating-uveal-melanoma.html">Treating Uveal
   …   Melanoma</a></li>
```

```
66679  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/learning-to-cope-with-leukemia.html">Learning
   …   to Cope With Leukemia</a></li>
66680  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/happy-to-say-ta-ta-to-2011.html">Happy to Say
   …   Ta-Ta to 2011</a></li>
66681  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/tips-for-newcomers-at-md-anderson.html">Tips
   …   for Newcomers at MD Anderson</a></li>
66682  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/strength-in-weakness.html">Strength in
   …   Weakness</a></li>
66683  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
   …   safety-in-the-21st-cent.html">Short Circuit: MD Anderson Robots Provide Safety in the
   …   21st Century</a></li>
66684  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
   …   safety-in-the-21st-cent1.html">Short Circuit: MD Anderson Robots Provide Safety in
   …   the 21st Century
66685  Part II</a></li>
66686  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/01/a-call-for-change-to-help-cancer-survivors-
   …   others-with-chronic-d.html">A Call for Change To Help Cancer Survivors, Others With
   …   Chronic Disease</a></li>
66687  </ul>
66688  </nav>
66689  </div>
66690  </section>
66691  </div>
66692  </div>
66693  </div></li>
66694  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012.12.html">12</a>
66695  <div class="subnav-mask">
66696  <div class="subnav-wrapper">
66697  <div class="subnav col10 pad">
66698  <section class="nested">
66699  <div class="col4 main-column">
66700  <nav class="secondary">
66701  <ul>
66702  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/12.html"
   …   aria-label="Back to 12">12</a></li>
66703  <li class="primary-nav-item">
66704  <a href="/publications/cancerwise/2012/12.html" aria-label="12 Home">12 Home</a></li>
66705  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/the-guilt-free-goodwin-christmas.html">The
   …   guilt-free Goodwin Christmas</a></li>
66706  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/5-tips-for-eating-healthy-during-the-holidays.
   …   html">5 tips for eating healthy during the holidays</a></li>
66707  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/cancer-caregiver-do-what-you-can-do-and-thats-
   …   all-you-can-do.html">Cancer caregivers: &quot;Do what you can do and that's all you
   …   can do ...&quot;</a></li>
66708  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/non-hodgkins-lymphoma-bone-marrow-transplant-
   …   patient-cr.html">I've got cancer: Who or what's to blame?</a></li>
66709  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/dysphagia-swallow-disorders-swallowing-
   …   problems.html">Dysphagia: What's food got to do with it?</a></li>
66710  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/cancer-survivor-surprising-strength-
   …   survivorship-cancer.html">Surprising strength: Insight from a five-time cancer
   …   survivor</a></li>
66711  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/12/5-healthier-holiday-dessert-recipes.html">5
   …   healthier holiday dessert recipes</a></li>
```

```
66712  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/wilms-tumor-little-miss-sunshine-how-kyssi-
  …    kicked-cancers-butt.html">Little miss sunshine: How Kyssi kicked cancer's
  …    butt</a></li>
66713  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/a-father-and-a-son.html">A father and a
  …    son</a></li>
66714  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/ringing-in-the-end-of-radiation-treatment.html
  …    ">From hospital gown to evening gown: Ringing in the end of radiation
  …    treatment</a></li>
66715  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/blood-donation-donate-blood-why-i-donate.html"
  …    >Donating blood for my cancer-fighting superhero</a></li>
66716  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-cancer-patient-stories
  …    -of-triumph.html">Best of Cancerwise 2012: Cancer patient stories of triumph</a></li>
66717  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/wisdom-from-cancer-caregivers.html">Best of
  …    Cancerwise 2012: Wisdom from cancer caregivers</a></li>
66718  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/cancer-survivor-cancer-survivorship.html">Best
  …    of Cancerwise 2012: Surviving Cancer</a></li>
66719  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/gifts-that-give-back-inspired-by-young-cancer-
  …    patients.html">Gifts that give back: Inspired by young cancer patients</a></li>
66720  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/a-bittersweet-anniversary.html">A bittersweet
  …    anniversary</a></li>
66721  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-food-for-thought.html"
  …    >Best of Cancerwise 2012: Food for thought</a></li>
66722  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/opera-singer-pablo-romero-sings-with-the-md-
  …    anderson-employee-ch.html">Opera singer Pablo Romero sings with the MD Anderson
  …    employee choir</a></li>
66723  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/12/cancer-treatment-our-doctors-best-tips.html">
  …    Best of Cancerwise 2012: Our doctors' best tips</a></li>
66724  </ul>
66725  </nav>
66726  </div>
66727  </section>
66728  </div>
66729  </div>
66730  </div></li>
66731  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2012/02.html">02</a>
66732  <div class="subnav-mask">
66733  <div class="subnav-wrapper">
66734  <div class="subnav col10 pad">
66735  <section class="nested">
66736  <div class="col4 main-column">
66737  <nav class="secondary">
66738  <ul>
66739  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/02.html"
  …    aria-label="Back to 02">02</a></li>
66740  <li class="primary-nav-item">
66741  <a href="/publications/cancerwise/2012/02.html" aria-label="02 Home">02 Home</a></li>
66742  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/technology-helping-kids-with-cancer.html">
  …    Technology Helping Kids With Cancer</a></li>
66743  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/going-deep-into-the-science-of-improvement.
  …    html">Going Deep Into the Science of Improvement</a></li>
66744  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/been-there-done-that-tips-on-how-to-do-it-
  …    again.html">Been There, Done That ... Tips on How to Do It Again</a></li>
```

```
66745  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/saving-lives-by-vap-orizing-pneumonia.html">
  …    Saving Lives by VAP-orizing Pneumonia</a></li>
66746  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/volunteer-mary-belle-wooddy.html">Volunteer
  …    Mary Belle Wooddy -- 'It's been a wonderful ride'</a></li>
66747  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/be-fit-to-beat-cancer.html">Be Fit to Beat
  …    Cancer</a></li>
66748  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/heart-of-hearts.html">Heart of Hearts</a></li>
66749  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/sweetness-in-the-air-at-the-childrens-art-
  …    project.html">Sweetness in the Air at the Children's Art Project</a></li>
66750  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/when-harry-met-marie.html">When Harry Met
  …    Marie</a></li>
66751  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/from-marine-to-molecular-biology----student-
  …    benefits-from-mentor.html">From Marine to Molecular Biology -- Student Benefits From
  …    Mentoring</a></li>
66752  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/young-patients-sense-of-humor-shines-in-book-1
  …    .html">'America the Funny' -- Young Patient's Sense of Humor Shines in Book</a></li>
66753  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/methotrexate-shortages-not-currently-affecting
  …    -md-anderson-pedia.html">Methotrexate Shortages Not Currently Affecting MD Anderson
  …    Pediatric Patients</a></li>
66754  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/veps-returns-the-love-to-md-anderson.html">
  …    VEPS Returns the Love to MD Anderson</a></li>
66755  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/helping-my-dad-get-through-cancer-treatment.
  …    html">Helping My Dad Get Through Cancer Treatment</a></li>
66756  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/i-have-cervical-cancer-and-im-going-to-fight.
  …    html">I Have Cervical Cancer and I'm Going to Fight</a></li>
66757  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/from-patient-to-blueprint-designers-listen-to-
  …    end-users.html">From Patient to Blueprint: Designers Listen to End Users</a></li>
66758  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/pharmacy-staff-confirm-avastin-supply-is-safe.
  …    html">Pharmacy Staff Confirm Avastin Supply Is Safe</a></li>
66759  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/advice-on-avoiding-cancer-or-a-recurrence.html
  …    ">Advice on Avoiding Cancer or a Recurrence</a></li>
66760  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/meditation-reduces-stress-and-cultivates-inner
  …    -peace-and-well-be.html">Meditation Reduces Stress and Cultivates Inner Peace and
  …    Well-being</a></li>
66761  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/thrown-poems-shock-the-mind.html">Thrown Poems
  …    'Shock the Mind'</a></li>
66762  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/02/counting-for-a-cure.html">Counting for a
  …    Cure</a></li>
66763  </ul>
66764  </nav>
66765  </div>
66766  </section>
66767  </div>
66768  </div>
66769  </div></li>
66770  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2012/03.html">03</a>
66771  <div class="subnav-mask">
66772  <div class="subnav-wrapper">
66773  <div class="subnav col10 pad">
```

```
66774 <section class="nested">
66775 <div class="col4 main-column">
66776 <nav class="secondary">
66777 <ul>
66778 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/03.html"
   …  aria-label="Back to 03">03</a></li>
66779 <li class="primary-nav-item">
66780 <a href="/publications/cancerwise/2012/03.html" aria-label="03 Home">03 Home</a></li>
66781 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/ground-angels-drive-to-help-patients-pays-off.
   …  html">Ground Angels' Drive to Help Patients Pays Off</a></li>
66782 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/acts-of-kindness.html">Acts of
   …  Kindness</a></li>
66783 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/anderson-network-provides-high-return-of-
   …  investment.html">Anderson Network Provides High Return of Investment</a></li>
66784 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/ask-the-right-questions-get-the-most-out-of-
   …  your-oncology-appoin.html">Ask the right questions: Get the most out of your oncology
   …  appointments</a></li>
66785 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/tips-for-living-from-a-cancer-survivor.html">
   …  Tips for Living From a Cancer Survivor</a></li>
66786 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/celebrating-social-work-month-coping-with-the-
   …  day-to-day.html">Celebrating Social Work Month: Coping With the Day to Day</a></li>
66787 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/imove-and-so-should-you-1.html">iMove and So
   …  Should You</a></li>
66788 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/colorectal-cancer-5k-drives-home-importance-of
   …  -education-and-scr.html">Colorectal Cancer 5K Drives Home Importance of Education and
   …  Screening</a></li>
66789 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/the-road-to-becoming-a-cancer-survivor.html">
   …  The Road to Becoming a Cancer Survivor</a></li>
66790 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/stop-the-multivitamin-madness.html">Stop the
   …  Multivitamin Madness</a></li>
66791 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/life-through-headphones.html">Life Through
   …  Headphones</a></li>
66792 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/mason-family-knows-all-about-fighting-colon-
   …  cancer.html">Moore Family Knows All About Fighting Colon Cancer</a></li>
66793 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/run-honoring-brain-tumor-patients-celebrates-
   …  10th-anniversary.html">Run Honoring Brain Tumor Patients Celebrates 10th
   …  Anniversary</a></li>
66794 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/tims-triumph-with-metastatic-melanoma.html">
   …  Tim's Triumph With Metastatic Melanoma</a></li>
66795 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/whole-foods-or-supplements.html">Whole Foods
   …  or Supplements?</a></li>
66796 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/can-aspirin-reduce-risk-for-cancer-metastasis-
   …  1.html">Can Aspirin Reduce Risk for Cancer Metastasis?</a></li>
66797 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/running-for-jennie.html">Running for
   …  Jennie</a></li>
66798 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/colorectal-cancer-screening-saves-lives.html">
   …  Colorectal Cancer Screening Saves Lives</a></li>
66799 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/03/-brain-and-spine-supports-run-for-the-rose.
   …  html">Brain and Spine Supports Run for the Rose</a></li>
```

```
66800  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/education-for-pediatric-patients-no-textbook-
    …  or-classroom-requir.html">Education for Pediatric Patients: No Textbook or Classroom
    …  Required</a></li>
66801  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/everything-happens-for-a-reason.html">
    …  Everything Happens for a Reason</a></li>
66802  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/everything-happens-for-a-reason-part-ii.html">
    …  Everything Happens for a Reason: Part II</a></li>
66803  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/hollys-hair.html">Holly's Hair</a></li>
66804  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/obesity-and-cancer-risk-our-expert-weighs-in.
    …  html">Obesity and Cancer Risk: Our Expert Weighs In</a></li>
66805  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/using-the-internet-to-help-men-with-cancer-
    …  related-sexual-proble.html">Using the Internet to Help Men With Cancer-Related Sexual
    …  Problems</a></li>
66806  </ul>
66807  </nav>
66808  </div>
66809  </section>
66810  </div>
66811  </div>
66812  </li>
66813  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/04.html">04</a>
66814  <div class="subnav-mask">
66815  <div class="subnav-wrapper">
66816  <div class="subnav col10 pad">
66817  <section class="nested">
66818  <div class="col4 main-column">
66819  <nav class="secondary">
66820  <ul>
66821  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/04.html"
    …  aria-label="Back to 04">04</a></li>
66822  <li class="primary-nav-item">
66823  <a href="/publications/cancerwise/2012/04.html" aria-label="04 Home">04 Home</a></li>
66824  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/unmasking-a-history-of-non-compliance.html">
    …  Unmasking a History of Non-Compliance</a></li>
66825  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/cancer-in-the-rearview-mirror-how-one-survivor
    …  -copes-with-side-e.html">Cancer in the Rearview Mirror: How One Survivor Copes With
    …  Side Effects</a></li>
66826  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/talking-to-your-child-about-cancer.html">
    …  Talking to Your Child About Cancer</a></li>
66827  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/i-heart-md-anderson.html">I Heart MD
    …  Anderson</a></li>
66828  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/low-t-in-lung-cancer-treatment.html">Low T in
    …  Lung Cancer: Treatment Toxicity, Tumor-Related or Things otherwise</a></li>
66829  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/keep-it-to-yourself.html">Keep it to
    …  Yourself</a></li>
66830  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/attitude-of-gratitude-two-patients-reflect-on-
    …  their-cancer-journ.html">Attitude of Gratitude: Two Patients Reflect on Their Cancer
    …  Journeys</a></li>
66831  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/too-soon.html">Too Soon</a></li>
66832  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/04/md-andersons-top-spots.html">MD Anderson's top
    …  spots</a></li>
66833  <li class="primary-nav-item"><a
```

```
66833… href="/publications/cancerwise/2012/04/calm-and-coping-through-mindful-meditation.
    … html">Calm and Coping Through Mindful Meditation</a></li>
66834 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/my-hysterectomy.html">My Hysterectomy</a></li>
66835 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/what-do-dietitians-eat.html">What do MD
    … Anderson Dietitians Eat?</a></li>
66836 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/early-stage-prostate-cancer-options.html">
    … Early Stage Prostate Cancer--What Are Your Options?</a></li>
66837 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/patient-advocacy-how-we-work-to-improve-the-
    … patient-experience.html">Patient Advocacy: How We Work to Improve the Patient
    … Experience</a></li>
66838 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/managing-menopausal-symptoms-without-hormones.
    … html">Managing Menopausal Symptoms without Hormones</a></li>
66839 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/medical-hypnosis-demystified.html">Medical
    … Hypnosis Demystified</a></li>
66840 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/a-second-chance-at-life.html">A Second Chance
    … at Life</a></li>
66841 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/a-second-chance-at-life-part-ii.html">A Second
    … Chance at Life Part II</a></li>
66842 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/brain-surgery-patient-plays-crucial-role.html"
    … >Brain Surgery: Patient Plays Crucial Role</a></li>
66843 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/04/prostate-cancer-doesnt-hold-life-long-
    … adventurer-back.html">Prostate Cancer Doesn't Hold Life-Long Adventurer Back</a></li>
66844 </ul>
66845 </nav>
66846 </div>
66847 </section>
66848 </div>
66849 </div>
66850 </div></li>
66851 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2012/05.html">05</a>
66852 <div class="subnav-mask">
66853 <div class="subnav-wrapper">
66854 <div class="subnav col10 pad">
66855 <section class="nested">
66856 <div class="col4 main-column">
66857 <nav class="secondary">
66858 <ul>
66859 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/05.html"
    … aria-label="Back to 05">05</a></li>
66860 <li class="primary-nav-item">
66861 <a href="/publications/cancerwise/2012/05.html" aria-label="05 Home">05 Home</a></li>
66862 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/shedding-light-on-the-ependymoma-fight.html">
    … Shedding Light on the Ependymoma Fight</a></li>
66863 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/seeing-past-the-smoke-screen.html">Seeing Past
    … the Smoke Screen</a></li>
66864 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/patient-and-caregiver-heal-thyself.html">
    … Patient and caregiver, heal thyself</a></li>
66865 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/the-restorative-effect-of-gardens-at-md-
    … anderson.html">The Restorative Effect of Gardens at MD Anderson</a></li>
66866 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/tuned-for-healing.html">'Tuned' for
    … healing</a></li>
66867 <li class="primary-nav-item"><a
```

```
66867  href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee.html">Chordoma,
   …   caring and coffee part I</a></li>
66868  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee-part-ii-1.html">
   …   Chordoma, caring and coffee part II</a></li>
66869  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/my-stem-cell-transplant-hospital-admission.
   …   html">My stem cell transplant hospital admission</a></li>
66870  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/this-is-my-md-anderson.html">This is my MD
   …   Anderson</a></li>
66871  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-life-is-a-marathon.
   …   html">What cancer has taught me: life is a marathon</a></li>
66872  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/lets-get-cookinglura-lumsden-health.html">Let'
   …   s get cooking</a></li>
66873  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/transplant-101.html">Transplant 101</a></li>
66874  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/patients-turned-advocates-staying-involved-to-
   …   help-others.html">Patients turned advocates: Staying involved to help others</a></li>
66875  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/when-good-tans-go-bad-confessions-of-a-
   …   tanaholic.html">When 'good' tans go bad: confessions of a tanaholic</a></li>
66876  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/final-recommendation-on-psa-screening-
   …   guidelines.html">Panel Introduces Final Recommendation on PSA Screening
   …   Guidelines</a></li>
66877  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/combining-art-forms-spirit-masks-and-poems.
   …   html">Combining art forms: spirit masks and poems</a></li>
66878  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/metastatic-breast-cancer-patient-has-it-all.
   …   html">The girl who has it all</a></li>
66879  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/inflammatory-breast-cancer-ibc-survivor-why-me
   …   .html">Why me?</a></li>
66880  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/tumor-tissue-donation-should-you-consent.html"
   …   >Tumor tissue donation: should you consent?</a></li>
66881  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-emotional-health-
   …   begins-with-communica.html">What cancer has taught me: emotional health begins with
   …   communication</a></li>
66882  </ul>
66883  </nav>
66884  </div>
66885  </section>
66886  </div>
66887  </div>
66888  </div></li>
66889  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012/07.html">07</a>
66890  <div class="subnav-mask">
66891  <div class="subnav-wrapper">
66892  <div class="subnav col10 pad">
66893  <section class="nested">
66894  <div class="col4 main-column">
66895  <nav class="secondary">
66896  <ul>
66897  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/07.html"
   …   aria-label="Back to 07">07</a></li>
66898  <li class="primary-nav-item">
66899  <a href="/publications/cancerwise/2012/07.html" aria-label="07 Home">07 Home</a></li>
66900  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/07/bright-and-beautifully-tied-scarves-boost-
   …   cancer-survivors-confi.html">Bright and beautifully tied scarves boost cancer
```

```
66900 survasr's confidence-7a></li>
66901 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/parenting-with-cancer.html">When a parent has
    … cancer</a></li>
66902 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/my-brain-tumor-a-headache-that-wont-go-away.
    … html">My brain tumor: A headache that won't go away</a></li>
66903 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/medical-assistant-shaves-head-for-locks-of-
    … love.html">Medical assistant shaves head for Locks of Love</a></li>
66904 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/rebas-lungs-are-worth-fighting-for.html">Reba'
    … s lungs are worth fighting for</a></li>
66905 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/even-through-brain-cancer-treatment-md-
    … anderson-employee-keeps-s.html">Even through brain cancer treatment, MD Anderson
    … employee keeps smiling</a></li>
66906 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/from-the-research-lab-to-the-table-nutritional
    … -groundwork-in-wes.html">Nutritional underpinnings of cancer in Western and
    … Westernizing nations</a></li>
66907 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/patient-enjoys-life-thanks-to-right-drug-for-
    … his-rare-cancer.html">Patient enjoys life, thanks to right drug for his rare
    … cancer</a></li>
66908 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/chondrosarcoma-how-my-journey-started.html">
    … Chondrosarcoma: How my journey started</a></li>
66909 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/breast-cancer-took-my-twin-too-soon.html">
    … Breast cancer took my twin too soon</a></li>
66910 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/overcoming-the-numbness-of-a-spinal-cord-tumor
    … .html">Overcoming the numbness of a spinal cord tumor</a></li>
66911 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/austin-singer-back-at-the-mike-after-brain-
    … cancer.html">Life after brain cancer: Austin singer back at the mic</a></li>
66912 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/testicular-cancer-a-familys-fight-to-honor-
    … their-son.html">Testicular cancer: A family's fight to honor their son</a></li>
66913 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/and-then-the-prince-hopped-back-to-his-lily-
    … pad----a-true-story-.html">And then the prince hopped back to his lily pad -- A true
    … story of gratitude</a></li>
66914 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/second-time-around-metastatic-breast-cancer-is
    … -no-match-for-skil.html">Second time around: Metastatic breast cancer is no match for
    … skilled
66915 surgeons, positive approach</a></li>
66916 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/-my-sisters-treatment-at-md-anderson.html">My
    … sister's treatment at MD Anderson</a></li>
66917 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/camp-star-trails-where-memories-are-made-and-
    … stars-shine.html">Camp Star Trails: Where memories are made and stars shine</a></li>
66918 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/make-up-artist-teaches-patients-how-to-look-
    … good-and-feel-better.html">Make-up artist teaches patients how to look good and feel
    … better</a></li>
66919 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/a-lasting-legacy.html">A lasting
    … legacy</a></li>
66920 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/childhood-cancer-survivor----now-clinical-
    … nurse----helps-encoura.html">Childhood cancer survivor -- now clinical nurse --
    … helps, encourages
66921 kids with cancer</a></li>
66922 <li class="primary-nav-item"><a
```

```
66922  href="/publications/cancerwise/2012/07/clinical-trials-give-treatment-options.html">
 …     Clinical trials give treatment options for rare cancer patients</a></li>
66923  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/07/from-patient-to-practitioner-a-survivors-story
 …     .html">From patient to practitioner: a survivor's story</a></li>
66924  </ul>
66925  </nav>
66926  </div>
66927  </section>
66928  </div>
66929  </div>
66930  </div></li>
66931  <li class="primary-nav-item has-subnav"><a
 …     href="/publications/cancerwise/2012/08.html">08</a>
66932  <div class="subnav-mask">
66933  <div class="subnav-wrapper">
66934  <div class="subnav col10 pad">
66935  <section class="nested">
66936  <div class="col4 main-column">
66937  <nav class="secondary">
66938  <ul>
66939  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/08.html"
 …     aria-label="Back to 08">08</a></li>
66940  <li class="primary-nav-item">
66941  <a href="/publications/cancerwise/2012/08.html" aria-label="08 Home">08 Home</a></li>
66942  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/reflections-of-a-grateful-mother.html">
 …     Reflections of a grateful mother</a></li>
66943  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/spine-tumor-support-group-who.html">Spine
 …     tumor support group: Who we are</a></li>
66944  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/giving-platelets-a-caregiver-and-donor-
 …     explains-the-surprisingly.html">Giving platelets: A caregiver and donor explains the
 …     surprisingly easy process</a></li>
66945  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/myelodysplastic-syndrome-what-you-need-to-know
 …     .html">Myelodysplastic syndrome: What you need to know</a></li>
66946  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/thanks-to-dr-garcia-manero-i-no-longer-have-
 …     myelodysplastic-synd.html">Thanks to Dr. Garcia-Manero, I no longer have
 …     myelodysplastic syndrome</a></li>
66947  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/fight-the-fight-surviving-a-deadly-brain-
 …     cancer-prognosis-as-a-m.html">Fight the fight: Surviving a deadly brain cancer
 …     prognosis as a mom-to-be</a></li>
66948  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/truth-or-lies.html">Truth or lies</a></li>
66949  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/what-to-do-if-you-are-diagnosed-with-mantle-
 …     cell-lymphoma.html">What to do if you are diagnosed with mantle cell
 …     lymphoma</a></li>
66950  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/everyone-can-sing.html">Everyone can
 …     sing!</a></li>
66951  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/waiting-room-wisdom-the-power-of-shared-
 …     experience.html">Waiting room wisdom: The power of shared experience</a></li>
66952  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/an-army-of-volunteers-help.html">An army of
 …     volunteers help the Children's Art Project retail team</a></li>
66953  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/new-form-of-radiation-therapy-cuts-treatment-
 …     time.html">New form of radiation therapy cuts treatment time</a></li>
66954  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2012/08/active-kids-active-adults.html">Eight ways to
 …     turn active kids into active adults</a></li>
66955  <li class="primary-nav-item"><a
```

```
66955  href="/publications/cancerwise/2012/08/another-great-reason-to-exercise-your-sex-life
    …  .html">Another great reason to exercise - your sex life</a></li>
66956  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/setting-the-record-straight-about-md-anderson-
    …  and-nerium.html">Setting the record straight about MD Anderson and Nerium</a></li>
66957  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/big-top-event-celebrates-new-patient-created-
    …  mural.html">'Big Top' event celebrates new patient-created mural</a></li>
66958  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/adjusting-to-the-new-normal.html">Adjusting to
    …  the new normal</a></li>
66959  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/after-a-wild-ride-proton-therapy-pays-off-for-
    …  hodgkin-survivor.html">After a wild ride, proton therapy pays off for Hodgkin
    …  survivor</a></li>
66960  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/the-fruit-of-leukemia-life-changing-
    …  perspectives.html">The fruit of leukemia: Life-changing perspectives</a></li>
66961  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/fluent-in-the-language-of-caring.html">Fluent
    …  in the language of caring</a></li>
66962  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/a-day-on-hospital-rounds.html">A day on
    …  hospital rounds</a></li>
66963  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/hope-restored-for-rare-liver-cancer-patient.
    …  html">Hope restored for rare liver cancer patient</a></li>
66964  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/young-adult-caregiving-the-parent-perspective.
    …  html">Young adult caregiving: The parent perspective</a></li>
66965  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/md-anderson-mom-tells-what-family-centered-
    …  care-means-to-her.html">MD Anderson mom tells what family-centered care means to
    …  her</a></li>
66966  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/if-my-brain-tumor-comes-back-ill-beat-it-again
    …  .html">If my brain tumor comes back, I'll beat it again</a></li>
66967  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/photographers-vision-intact-after-thyroid-
    …  cancer.html">Photographer's vision intact after thyroid cancer</a></li>
66968  </ul>
66969  </nav>
66970  </div>
66971  </section>
66972  </div>
66973  </div>
66974  </div></li>
66975  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/09.html">09</a>
66976  <div class="subnav-mask">
66977  <div class="subnav-wrapper">
66978  <div class="subnav col10 pad">
66979  <section class="nested">
66980  <div class="col4 main-column">
66981  <nav class="secondary">
66982  <ul>
66983  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/09.html"
    …  aria-label="Back to 09">09</a></li>
66984  <li class="primary-nav-item">
66985  <a href="/publications/cancerwise/2012/09.html" aria-label="09 Home">09 Home</a></li>
66986  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/09/hope-and-second-chances.html">Hope and second
    …  chances</a></li>
66987  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/09/melanoma-caregiver-aims-to-give-back.html">
    …  Melanoma caregiver aims to give back</a></li>
66988  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/09/medical-standard-time.html">Medical Standard
```

```
66988…  Time</a></li>
66989   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/medical-standard-time-part-ii.html">Medical
   …    Standard Time part II</a></li>
66990   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/killing-my-brain-tumor-one-surgery-at-a-time.
   …    html">Killing my brain tumor: One surgery at a time</a></li>
66991   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/unexpected-reunion-rekindles-friendship-call.
   …    html">Unexpected reunion rekindles friendship</a></li>
66992   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/a-legacy-of-hope-after-rare-pseudopapillary-
   …    tumor.html">A legacy of hope after rare pseudopapillary tumor</a></li>
66993   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/shifting-opponents-from-fighting-cancer-to-
   …    fighting-sepsis.html">Shifting opponents: From fighting cancer to fighting
   …    sepsis</a></li>
66994   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/holding-onto-hope-through-the-helping-hand-of-
   …    a-melanoma-researc.html">Holding onto hope through the helping hand of a melanoma
   …    research nurse</a></li>
66995   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/how-to-score-prostate-health.html">How to
   …    score prostate health</a></li>
66996   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/discovering-the-nature-of-hope.html">
   …    Discovering the nature of hope</a></li>
66997   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/mothers-give-the-gift-of-life-twice-with-cord-
   …    blood-donation.html">Mothers give the gift of life twice with cord blood
   …    donation</a></li>
66998   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/chutes-and-ladders-a-cancer-survivor-offers-
   …    advice-for-the-ups-a.html">Chutes and ladders: A cancer survivor offers advice for
   …    the ups and downs</a></li>
66999   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/a-new-challenge-a-new-chapter.html">A new
   …    challenge, a new chapter</a></li>
67000   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/the-other-side-of-the-ribbon.html">The other
   …    side of the ribbon</a></li>
67001   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/battling-advanced-melanoma-one-smile-at-a-time
   …    .html">Battling advanced melanoma, one smile at a time</a></li>
67002   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/young-adult-caregiving-the-partner-perspective
   …    .html">Young adult caregiving: The partner perspective</a></li>
67003   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/a-positive-twist-confronting-my-cancer-
   …    heritage.html">A positive twist: Confronting my cancer heritage</a></li>
67004   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/a-mothers-wisdom-be-your-best-advocate.html">A
   …    mother's wisdom: Be your best advocate</a></li>
67005   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/09/the-importance-of-creative-expression.html">
   …    The importance of creative expression</a></li>
67006   </ul>
67007   </nav>
67008   </div>
67009   </section>
67010   </div>
67011   </div>
67012   </div></li>
67013   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2012/10.html">10</a>
67014   <div class="subnav-mask">
67015   <div class="subnav-wrapper">
67016   <div class="subnav col10 pad">
```

```
67017 <section class="nested">
67018 <div class="col4 main-column">
67019 <nav class="secondary">
67020 <ul>
67021 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/10.html"
   aria-label="Back to 10">10</a></li>
67022 <li class="primary-nav-item">
67023 <a href="/publications/cancerwise/2012/10.html" aria-label="10 Home">10 Home</a></li>
67024 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/cancer-survivorship-my-paradigm-shift.html">
   Cancer survivorship: My paradigm shift</a></li>
67025 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/remembering-my-mother-after-renal-cell-
   carcinoma.html">Remembering my mother after renal cell carcinoma</a></li>
67026 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/how-i-talk-to-my-kids-about-breast-cancer.html
   ">How I talk to my kids about cancer</a></li>
67027 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/brain-cancer-couldnt-stop-me-from-dancing.html
   ">Brain cancer couldn't stop me from dancing</a></li>
67028 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/new-cookbook-offers-nutritious-recipes-for-
   healthy-living.html">New cookbook offers nutritious recipes for healthy
   living</a></li>
67029 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/clinical-trial-aims-to-reduce-fatigue-after-
   radiation-therapy.html">Clinical trial aims to reduce fatigue after radiation
   therapy</a></li>
67030 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/talking-to-your-health-care-team.html">Can we
   talk?</a></li>
67031 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/make-a-plan-know-your-rights-to-get-through-
   cancer-treatment-wit.html">When healing is job one</a></li>
67032 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/take-this-breast-test.html">Take This Breast
   Test</a></li>
67033 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/honoring-my-wife-by-continuing-to-fight-brain-
   cancer.html">Honoring my wife by continuing to fight brain cancer</a></li>
67034 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/chronic-myeloid-leukemia-survivor-life-after.
   html">Chronic myeloid leukemia survivor: Life after the finish line</a></li>
67035 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/all-on-board-for-the-moon-shots-program.html">
   All on board for the Moon Shots Program</a></li>
67036 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/body-image-therapy-service-md-anderson.html">
   Celebrate Love Your Body Day with MD Anderson</a></li>
67037 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/tips-to-improve-your-body-image.html">Bathing
   suits and beyond: 7 tips to improve your body image</a></li>
67038 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-apostolia-tsimberidou.
   html">Q&amp;A: Acinic cell carcinoma of the parotid</a></li>
67039 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-patient-jamie.html">
   Fighting cancer with hope</a></li>
67040 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/glioblastoma-multiforme-patient-surgery-doug.
   html">Building a new normal life after brain surgery</a></li>
67041 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/robotics-could-take-reconstructive-plastic-
   surgery-to-new-height.html">Robotics could take reconstructive plastic surgery to new
   heights</a></li>
67042 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2012/10/the-effect-of-domestic-violence-on-cancer-
   patients-children.html">The effect of domestic violence on cancer patients'
```

```
67042… children/a></li>
67043 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/what-cancer-awareness-really-looks.html">What
    … cancer awareness really looks like</a></li>
67044 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/second-chances-give-it-a-try.html">Second
    … chances: Give it a try</a></li>
67045 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/a-message-to-my-breast-cancer-sisters.html">A
    … message to my breast cancer sisters</a></li>
67046 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/breast-cancer-patient-brachytherapy-radiation-
    … treatment.html">Breast cancer patient's minor thought turns into major
    … triumph</a></li>
67047 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/accelerated-partial-breast-irradiation-breast-
    … cancer-treatment.html">Accelerated partial breast irradiation treatment: Who needs
    … it?</a></li>
67048 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/10/cervical-cancer-survivor-beats-cancer-three-
    … times.html">Three-time cancer survivor takes friendship to finish line</a></li>
67049 </ul>
67050 </nav>
67051 </div>
67052 </section>
67053 </div>
67054 </div>
67055 </div></li>
67056 </ul>
67057 </nav>
67058 </div>
67059 </section>
67060 </div>
67061 </div>
67062 </div></li>
67063 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011.html">2011</a>
67064 <div class="subnav-mask">
67065 <div class="subnav-wrapper">
67066 <div class="subnav col10 pad">
67067 <section class="nested">
67068 <div class="col4 main-column">
67069 <nav class="secondary">
67070 <ul>
67071 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011.html"
    … aria-label="Back to 2011">2011</a></li>
67072 <li class="primary-nav-item">
67073 <a href="/publications/cancerwise/2011.html" aria-label="2011 Home">2011
    … Home</a></li>
67074 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/01.html">01</a>
67075 <div class="subnav-mask">
67076 <div class="subnav-wrapper">
67077 <div class="subnav col10 pad">
67078 <section class="nested">
67079 <div class="col4 main-column">
67080 <nav class="secondary">
67081 <ul>
67082 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/01.html"
    … aria-label="Back to 01">01</a></li>
67083 <li class="primary-nav-item">
67084 <a href="/publications/cancerwise/2011/01.html" aria-label="01 Home">01 Home</a></li>
67085 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/01/caregiver-chronicles-let-the-treatment-begin.
    … html">Caregiver Chronicles: Let The Treatment Begin</a></li>
67086 </ul>
67087 </nav>
67088 </div>
```

```
67089  </section>
67090  </div>
67091  </div>
67092  </div></li>
67093  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/02.html">02</a>
67094  <div class="subnav-mask">
67095  <div class="subnav-wrapper">
67096  <div class="subnav col10 pad">
67097  <section class="nested">
67098  <div class="col4 main-column">
67099  <nav class="secondary">
67100  <ul>
67101  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/02.html"
    …  aria-label="Back to 02">02</a></li>
67102  <li class="primary-nav-item">
67103  <a href="/publications/cancerwise/2011/02.html" aria-label="02 Home">02 Home</a></li>
67104  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/02/neurofibromatosis-patient-invites-questions.
    …  html">Go ahead, ask: Neurofibromatosis patient invites questions, makes
    …  friends</a></li>
67105  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/02/qa-neurofibromatosis-and-its-relationship-to-
    …  cancer.html">Q&amp;A: Neurofibromatosis and Its Relationship to Cancer</a></li>
67106  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/02/caregiver-chronicles-part-nine.html">Caregiver
    …  Chronicles: Tom's Creative Genius Steps in</a></li>
67107  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/02/an-unexpected-love-story.html">An Unexpected
    …  Love Story</a></li>
67108  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/02/cancer-and-cord-blood-donation-how-new-life-
    …  brings-new-hope.html">Cancer and Cord Blood Donation: How New Life Brings New
    …  Hope</a></li>
67109  </ul>
67110  </nav>
67111  </div>
67112  </section>
67113  </div>
67114  </div>
67115  </div></li>
67116  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/03.html">03</a>
67117  <div class="subnav-mask">
67118  <div class="subnav-wrapper">
67119  <div class="subnav col10 pad">
67120  <section class="nested">
67121  <div class="col4 main-column">
67122  <nav class="secondary">
67123  <ul>
67124  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/03.html"
    …  aria-label="Back to 03">03</a></li>
67125  <li class="primary-nav-item">
67126  <a href="/publications/cancerwise/2011/03.html" aria-label="03 Home">03 Home</a></li>
67127  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/03/qa-focus-on-virtual-colonoscopy.html">Q&amp;A:
    …  Focus on Virtual Colonoscopy</a></li>
67128  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/03/wc-328should-you-consider-genetic.html">Should
    …  You Consider Genetic Testing?</a></li>
67129  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/03/colonoscopy-colon-cancer-history-colon-
    …  prevention.html">Bugging my dad to save his life</a></li>
67130  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/03/music-therapy-helps-people-with-cancer.html">
    …  Music Therapy Helps People With Cancer</a></li>
67131  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/03/diary-of-a-colon-screening-prep.html">Diary of
```

```
67131… a colon screening prep</a></li>
67132 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/the-pros-and-cons-of-soy.html">The Pros and
    … Cons of Soy: More Study Needed</a></li>
67133 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/qa-ear-and-temporal-bone-cancer.html">Q&amp;A:
    … Ear and Temporal Bone Cancer</a></li>
67134 </ul>
67135 </nav>
67136 </div>
67137 </section>
67138 </div>
67139 </div>
67140 </div></li>
67141 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/04.html">04</a>
67142 <div class="subnav-mask">
67143 <div class="subnav-wrapper">
67144 <div class="subnav col10 pad">
67145 <section class="nested">
67146 <div class="col4 main-column">
67147 <nav class="secondary">
67148 <ul>
67149 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/04.html"
    … aria-label="Back to 04">04</a></li>
67150 <li class="primary-nav-item">
67151 <a href="/publications/cancerwise/2011/04.html" aria-label="04 Home">04 Home</a></li>
67152 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/what-cancer-has-taught-me.html">What Cancer
    … Has Taught Me</a></li>
67153 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
    … treatment.html">Sisters Support Each Other Through Cancer Treatment</a></li>
67154 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
    … treatment-part-ii.html">Sisters Support Each Other Through Cancer Treatment, Part
    … II</a></li>
67155 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/an-awkward-phase-adolescents-and-young-adults-
    … with-cancer.html">An Awkward Phase: Adolescents and Young Adults With Cancer</a></li>
67156 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/exercise-for-cancer-survivors-moving-forward.
    … html">Exercise for Cancer Survivors: Moving Forward!</a></li>
67157 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/our-interesting-summer-vacation.html">Our
    … Interesting Summer Vacation</a></li>
67158 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/coping-with-a-brain-tumor-diagnosis.html">
    … Coping With a Brain Tumor Diagnosis</a></li>
67159 <li class="primary-nav-item"><a href="/publications/cancerwise/2011/04/post.html">The
    … Cancer Problem: What Needs to Be Done</a></li>
67160 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/mendelsohn-early-detection.html">Taking Steps
    … to Address Cancer: Early Detection</a></li>
67161 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/taking-steps-to-address-cancer-prevention.html
    … ">Taking Steps to Address Cancer: Prevention</a></li>
67162 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/post-5.html">Seven Months Feels Like a
    … Lifetime When Your Child is Fighting Cancer</a></li>
67163 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/why-i-chose-to-share-my-familys-story.html">
    … Why I Chose to Share My Family's Story</a></li>
67164 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/lungs-that-function-not-taken-for-granted.html
    … ">Lungs That Function Not Taken for Granted</a></li>
67165 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/spring-fever-collides-with-chemotherapy.html">
```

```
67165... Spring fever collides with chemotherapy</a></li>
67166  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/04/april-fools-prom-and-cancer.html">April Fools,
   ... Prom and Cancer</a></li>
67167  </ul>
67168  </nav>
67169  </div>
67170  </section>
67171  </div>
67172  </div>
67173  </div></li>
67174  <li class="primary-nav-item has-subnav"><a
   ... href="/publications/cancerwise/2011/05.html">05</a>
67175  <div class="subnav-mask">
67176  <div class="subnav-wrapper">
67177  <div class="subnav col10 pad">
67178  <section class="nested">
67179  <div class="col4 main-column">
67180  <nav class="secondary">
67181  <ul>
67182  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/05.html"
   ... aria-label="Back to 05">05</a></li>
67183  <li class="primary-nav-item">
67184  <a href="/publications/cancerwise/2011/05.html" aria-label="05 Home">05 Home</a></li>
67185  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-cancer-
   ... survivors.html">Taking Steps to Address Cancer: Cancer Survivors</a></li>
67186  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-training.html">
   ... Taking Steps to Address Cancer: Training</a></li>
67187  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/mendelsohn-clinical-research.html">Taking
   ... Steps to Address Cancer: Clinical Research</a></li>
67188  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-research-
   ... funding.html">Taking Steps to Address Cancer: Research Funding</a></li>
67189  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/how-are-you.html">How Are You?</a></li>
67190  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/mohs-procedure-is-a-winning-hand-for-skin-
   ... cancer-survivor.html">Mohs Procedure is a Winning Hand for Skin Cancer
   ... Survivor</a></li>
67191  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/mohs-surgery-for-some-skin-cancers.html">Q&amp
   ... ;A: Mohs Surgery for Some Skin Cancers</a></li>
67192  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/caregivers-chronicles-prickled-skin-prickled-
   ... nerves.html">Caregivers Chronicles: Prickled Skin, Prickled Nerves</a></li>
67193  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/mother-and-daughter-fight-cancer-together.html
   ... ">Mother and Daughter Fight Cancer Together</a></li>
67194  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/depinho-named-sole-finalist-for-president-of-
   ... md-anderson.html">DePinho Named Sole Finalist for President of MD Anderson</a></li>
67195  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/reclaiming-her-life-a-cancer-survivor-faces-
   ... body-image-issues.html">Reclaiming Her Life: A Cancer Survivor Faces Body Image
   ... Issues</a></li>
67196  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/qa-body-image-therapy-service.html">Q&amp;A:
   ... Body Image Therapy Service</a></li>
67197  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/management-and-treatment-of-cancer-related-
   ... lymphedema.html">Management and Treatment of Cancer-Related Lymphedema</a></li>
67198  <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2011/05/milestones-signs-and-moving-forward.html">
   ... Milestones, Signs and Moving Forward</a></li>
67199  </ul>
```

```
67200  </nav>
67201  </div>
67202  </section>
67203  </div>
67204  </div>
67205  </div></li>
67206  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/06.html">06</a>
67207  <div class="subnav-mask">
67208  <div class="subnav-wrapper">
67209  <div class="subnav col10 pad">
67210  <section class="nested">
67211  <div class="col4 main-column">
67212  <nav class="secondary">
67213  <ul>
67214  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/06.html"
    …  aria-label="Back to 06">06</a></li>
67215  <li class="primary-nav-item">
67216  <a href="/publications/cancerwise/2011/06.html" aria-label="06 Home">06 Home</a></li>
67217  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-drug-and-device
    …  -development.html">Taking Steps to Address Cancer: Drug and Device
    …  Development</a></li>
67218  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-against-cancer-access-to-care.
    …  html">Taking Steps Against Cancer: Access to Care</a></li>
67219  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-enhance-value-
    …  reduce-costs.html">Taking Steps to Address Cancer: Enhance Value, Reduce
    …  Costs</a></li>
67220  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/modern-day-aphrodisiacs-hype-versus-reality.
    …  html">Modern Day Aphrodisiacs: Hype Versus Reality</a></li>
67221  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/heads-up-head-and-neck-cancer-patients-and-
    …  their-caregivers.html">Heads Up: Head and Neck Cancer Patients and Their
    …  Caregivers</a></li>
67222  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-the-next-steps.html">Taking the Next
    …  Steps</a></li>
67223  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/a-channel-of-blessings.html">A Channel of
    …  Blessings</a></li>
67224  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/having-faith-and-giving-thanks.html">Having
    …  Faith and Giving Thanks</a></li>
67225  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/hope-in-an-infertile-world.html">Hope in an
    …  Infertile World</a></li>
67226  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/setting-no-limits.html">Setting No
    …  Limits</a></li>
67227  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/the-caregiver-chronicles-angels-surround-us.
    …  html">The Caregiver Chronicles: Angels Surround Us</a></li>
67228  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/depinho-formally-named-next-md-anderson-
    …  president-2.html">DePinho Formally Named Next MD Anderson President</a></li>
67229  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/cancer-related-fatigue-integrative-therapies-
    …  can-help.html">Cancer-Related Fatigue: Integrative Therapies Can Help</a></li>
67230  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/arizona-welcomes-banner-md-anderson-cancer-
    …  center.html">Arizona Welcomes Banner MD Anderson Cancer Center</a></li>
67231  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/qa-testicular-cancer-survivorship.html">Q&amp;
    …  A: Testicular Cancer Survivorship</a></li>
67232  <li class="primary-nav-item"><a
```

```
67232  href="/publications/cancerwise/2011/07/new-screening-tool-for-lung-cancer-brings-hope
   …  .html">New Screening Tool for Lung Cancer Brings Hope</a></li>
67233  </ul>
67234  </nav>
67235  </div>
67236  </section>
67237  </div>
67238  </div>
67239  </div></li>
67240  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2011/07.html">07</a>
67241  <div class="subnav-mask">
67242  <div class="subnav-wrapper">
67243  <div class="subnav col10 pad">
67244  <section class="nested">
67245  <div class="col4 main-column">
67246  <nav class="secondary">
67247  <ul>
67248  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/07.html"
   …  aria-label="Back to 07">07</a></li>
67249  <li class="primary-nav-item">
67250  <a href="/publications/cancerwise/2011/07.html" aria-label="07 Home">07 Home</a></li>
67251  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/qa-testicular-cancer-diagnosis-and-treatment.
   …  html">Q&amp;A: Testicular Cancer Diagnosis and Treatment</a></li>
67252  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/spending-time-as-a-volunteer-makes-a-
   …  difference-for-one-patient.html">Spending Time As A Volunteer Makes A Difference For
   …  One Patient</a></li>
67253  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/re-defining-normal.html">Re-Defining
   …  Normal</a></li>
67254  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/sunshine-and-rain---cartwheels-and-pain.html">
   …  Sunshine and Rain - Cartwheels and Pain</a></li>
67255  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/sexual-healing-md-anderson-style.html">Sexual
   …  Healing, MD Anderson Style</a></li>
67256  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/flat-colon-polyps-and-endoscopic-mucosal-
   …  resection.html">Flat Colon Polyps and Endoscopic Mucosal Resection</a></li>
67257  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/family-pulls-together-for-medical-journey.html
   …  ">Family Pulls Together for Medical Journey</a></li>
67258  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/like-no-other-hospital.html">Like No Other
   …  Hospital</a></li>
67259  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/making-memories-last-the-art-of-legacy-work.
   …  html">Making Memories Last: The Art of Legacy Work</a></li>
67260  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/bang-that-gong-softly.html">Bang That Gong ...
   …  Softly</a></li>
67261  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2011/07/care-for-the-caregiver.html">Care for the
   …  Caregiver</a></li>
67262  </ul>
67263  </nav>
67264  </div>
67265  </section>
67266  </div>
67267  </div>
67268  </div></li>
67269  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2011/08.html">08</a>
67270  <div class="subnav-mask">
67271  <div class="subnav-wrapper">
67272  <div class="subnav col10 pad">
```

```
67273  <section class="nested">
67274  <div class="col4 main-column">
67275  <nav class="secondary">
67276  <ul>
67277  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/08.html"
    …  aria-label="Back to 08">08</a></li>
67278  <li class="primary-nav-item">
67279  <a href="/publications/cancerwise/2011/08.html" aria-label="08 Home">08 Home</a></li>
67280  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/glioblastoma-a-bolt-out-of-the-blue.html">
    …  Glioblastoma: A Bolt Out of the Blue</a></li>
67281  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/follow-the-yellow-brick-road.html">Follow the
    …  Yellow Brick Road</a></li>
67282  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/sleep-center-offers-patient-good-nights-rest.
    …  html">Sleep Center Offers Patient Good Night's Rest</a></li>
67283  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/when-cancer-strikes-young-patients-life-does-a
    …  -180.html">When Cancer Strikes Young Patients, Life Does A 180</a></li>
67284  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/cell-phone-use-and-brain-tumors-in-children.
    …  html">Cell Phone Use and Brain Tumors in Children</a></li>
67285  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/hurricane-preparedness-at-md-anderson.html">
    …  Hurricane Preparedness at MD Anderson</a></li>
67286  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/from-cancer-to-kindergarten.html">From Cancer
    …  to Kindergarten</a></li>
67287  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/caregivers-chronicles-marks-time-and-move-
    …  forward.html">Caregivers Chronicles: Marking Time and Moving Forward</a></li>
67288  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/how-i-spent-my-summer-vacation.html">How I
    …  Spent My Summer Vacation: Children's Cancer Hospital Edition</a></li>
67289  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/best-friends-meet-in-the-most-unlikely-places.
    …  html">Best friends Meet in the Most Unlikely Places</a></li>
67290  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/the-ultimate-change-up.html">The Ultimate
    …  Change Up</a></li>
67291  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/tongue-cancer-pregnancy-and-luck.html">Tongue
    …  Cancer, Pregnancy and Luck</a></li>
67292  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/08/a-pediatric-cancer-survivor-on-her-toes.html">
    …  Megan Evans: A Pediatric Cancer Survivor on Her Toes</a></li>
67293  </ul>
67294  </nav>
67295  </div>
67296  </section>
67297  </div>
67298  </div>
67299  </div></li>
67300  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/09.html">09</a>
67301  <div class="subnav-mask">
67302  <div class="subnav-wrapper">
67303  <div class="subnav col10 pad">
67304  <section class="nested">
67305  <div class="col4 main-column">
67306  <nav class="secondary">
67307  <ul>
67308  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/09.html"
    …  aria-label="Back to 09">09</a></li>
67309  <li class="primary-nav-item">
67310  <a href="/publications/cancerwise/2011/09.html" aria-label="09 Home">09 Home</a></li>
67311  <li class="primary-nav-item"><a
```

```
67311  href="/publications/cancerwise/2011/09/depinho-starts-as-md-anderson-president.html">
       DePinho Starts as MD Anderson President</a></li>
67312  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/with-faith-family-and-a-plan-man-beats-
       prostate-cancer.html">With faith, family and a plan, man beats prostate
       cancer</a></li>
67313  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/qa-choosing-the-best-prostate-cancer-treatment
       .html">Q&amp;A: Choosing the Best Prostate Cancer Treatment</a></li>
67314  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/uterine-cancer-is-hysterectomy-the-only-option
       .html">Uterine Cancer: Is Hysterectomy the Only Option?</a></li>
67315  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/tis-the-season-for-silly-breast-cancer-games.
       html">Tis the Season for Silly Breast Cancer Games</a></li>
67316  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/the-cancer-survivorship-conference-why-i-go-
       what-ive-learned.html">The Cancer Survivorship Conference: Why I Go, What I've
       Learned</a></li>
67317  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/community-of-hope.html">'Community of
       Hope'</a></li>
67318  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/why-i-volunteer-at-md-anderson.html">Why I
       Volunteer at MD Anderson</a></li>
67319  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/newly-renovated-integrative-medicine-center-
       reopens.html">Newly Renovated Integrative Medicine Center Reopens</a></li>
67320  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/youre-not-alone-finding-support-and-
       encouragemen.html">You're Not Alone: Finding Support and Encouragement</a></li>
67321  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/i-will-survive.html">I Will Survive!</a></li>
67322  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/putting-my-guard-up.html">Putting My Guard
       Up</a></li>
67323  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/our-first-full-clinical-extension.html">Our
       First Full Clinical Extension Opens</a></li>
67324  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/counseling-improves-sex-for-prostate-cancer-
       survivors-and-partne.html">Counseling Improves Sex for Prostate Cancer Survivors and
       Partners</a></li>
67325  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/09/tree-of-life-reflects-young-patients-journeys.
       html">Tree of Life Reflects Young Patients' Journeys</a></li>
67326  </ul>
67327  </nav>
67328  </div>
67329  </section>
67330  </div>
67331  </div>
67332  </div></li>
67333  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2011/10.html">10</a>
67334  <div class="subnav-mask">
67335  <div class="subnav-wrapper">
67336  <div class="subnav col10 pad">
67337  <section class="nested">
67338  <div class="col4 main-column">
67339  <nav class="secondary">
67340  <ul>
67341  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/10.html"
       aria-label="Back to 10">10</a></li>
67342  <li class="primary-nav-item">
67343  <a href="/publications/cancerwise/2011/10.html" aria-label="10 Home">10 Home</a></li>
67344  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2011/10/are-you-affiliated.html">Are You
```

```
67344… Affiliated</a></li>
67345  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/tips-for-coping-through-a-long-hospital-stay.
   …   html">Tips for Coping Through a Long Hospital Stay</a></li>
67346  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/difficult-communications-the-end-of-life-
   …   discussion.html">Difficult Communications: The End-of-Life Discussion</a></li>
67347  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/idea-turns-into-new-pancreatic-cancer-
   …   treatment.html">Idea Turns Into New Pancreatic Cancer Treatment</a></li>
67348  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/finding-patience-peace-and-perspective-in-
   …   cancer.html">Finding patience, peace and perspective in cancer</a></li>
67349  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/depinho-intent-on-changing-the-stories-we-tell
   …   .html">DePinho Intent on Changing the Stories We Tell</a></li>
67350  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/acupuncture-for-symptom-management.html">
   …   Acupuncture for Symptom Management</a></li>
67351  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/ors-focus-on-fire-prevention-year-round.html">
   …   ORs Focus on Fire Prevention Year 'Round</a></li>
67352  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/fatigue-how-to-tackle-the-pesky-side-effect.
   …   html">Fatigue: How to Tackle the Pesky Side Effect</a></li>
67353  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/radiation-therapy-in-3-d-students-polish-
   …   skills-on-virtual-reali.html">Radiation Therapy in 3-D: Students Polish Skills on
   …   Virtual Reality
67354  Training Tool</a></li>
67355  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/more-than-you-might-think-cancer-victims-and-
   …   domestic-violence.html">Cancer patients and domestic violence: More common than you
   …   might think</a></li>
67356  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/the-art-of-pathology.html">From Microscope to
   …   Canvas: The Art of Pathology</a></li>
67357  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/cancer-patients-and-stress.html">Cancer
   …   Patients and Stress: How to Cope</a></li>
67358  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/neuroendocrine-carcinoma-patient-inspires-
   …   fellow-patients-staff.html">Neuroendocrine Carcinoma Patient Inspires Fellow
   …   Patients, Staff</a></li>
67359  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/radiation-therapy-for-inflammatory-breast-
   …   cancer-one-size-fits-a.html">Radiation Therapy for Inflammatory Breast Cancer: One
   …   Size Fits All?</a></li>
67360  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/ivf-and-breast-cancer-is-there-a-link.html">
   …   IVF and Breast Cancer: Setting the Record Straight</a></li>
67361  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/10/woman-beats-rare-form-of-cervical-cancer-with-
   …   help-of-faith-and-.html">Woman Beats Rare Form of Cervical Cancer With Help of Faith
   …   and Family</a></li>
67362  </ul>
67363  </nav>
67364  </div>
67365  </section>
67366  </div>
67367  </div>
67368  </div></li>
67369  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2011/11.html">11</a>
67370  <div class="subnav-mask">
67371  <div class="subnav-wrapper">
67372  <div class="subnav col10 pad">
67373  <section class="nested">
```

```
67374  <div class="col4 main-column">
67375  <nav class="secondary">
67376  <ul>
67377  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/11.html"
    …  aria-label="Back to 11">11</a></li>
67378  <li class="primary-nav-item">
67379  <a href="/publications/cancerwise/2011/11.html" aria-label="11 Home">11 Home</a></li>
67380  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/qa-focus-on-small-cell-cervical-cancer.html">Q
    …  &amp;A: Focus on Small Cell Cervical Cancer</a></li>
67381  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-unexpected-gift.html">The Unexpected
    …  Gift</a></li>
67382  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/from-relapse-to-rudy-award.html">From Relapse
    …  to Rudy Award</a></li>
67383  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/donate-blood-save-lives.html">Donate Blood,
    …  Save Lives</a></li>
67384  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/cant-run-fast-enough.html">Can't Run Fast
    …  Enough</a></li>
67385  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/-aging-with-cancer-strategies-to-help-you-cope
    …  .html">Aging With Cancer: Strategies to Help You Cope</a></li>
67386  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/bracelets-manicures-and-mammograms-one-
    …  survivors-tales.html">Bracelets, Manicures and Mammograms: One Survivor's
    …  Tales</a></li>
67387  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/reflections-of-a-caregiver-what-is-my-purpose.
    …  html">Reflections of a Caregiver: What is My Purpose?</a></li>
67388  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-toll-of-brain-cancer-and-treatment-a-
    …  caregiver-grieves-losse.html">The Toll of Brain Cancer and Treatment: A Caregiver
    …  Grieves Losses</a></li>
67389  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/caregiver-chronicles-the-art-of-gratefulness.
    …  html">Caregiver Chronicles: The Art of Gratefulness</a></li>
67390  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/breast-cancer-patient-pain-calls-for-
    …  resourcefulness.html">Breast Cancer Patient: Pain Calls for Resourcefulness</a></li>
67391  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/tis-the-season-for-coping-with-cancer.html">'
    …  Tis the Season for Coping with Cancer</a></li>
67392  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/moonstruck-at-md-anderson.html">Moonstruck at
    …  MD Anderson</a></li>
67393  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/institute-to-bring-new-hope-for-better-cancer-
    …  drugs.html">Institute to Bring New Hope for Better Cancer Drugs</a></li>
67394  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-gift-of-strength.html">The Gift of
    …  Strength</a></li>
67395  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/why-cancer-patients-should-get-organized.html"
    …  >Why Cancer Patients Should Get Organized</a></li>
67396  </ul>
67397  </nav>
67398  </div>
67399  </section>
67400  </div>
67401  </div>
67402  </div></li>
67403  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/12.html">12</a>
67404  <div class="subnav-mask">
67405  <div class="subnav-wrapper">
```

```
67406  <div class="subnav-solid-pad">
67407  <section class="nested">
67408  <div class="col4 main-column">
67409  <nav class="secondary">
67410  <ul>
67411  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/12.html"
    …  aria-label="Back to 12">12</a></li>
67412  <li class="primary-nav-item">
67413  <a href="/publications/cancerwise/2011/12.html" aria-label="12 Home">12 Home</a></li>
67414  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/uveal-melanoma-what-is-it.html">Uveal
    …  Melanoma: What is it?</a></li>
67415  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-10-year-triumph.html">A 10-Year
    …  Triumph</a></li>
67416  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/license-to-win-proton-therapy-drives-
    …  successful-treatment-for-pr.html">Proton Therapy Drives Successful Treatment for
    …  Prostate Cancer</a></li>
67417  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-10-year-triumph-part-ii.html">A 10-Year
    …  Triumph: Part II</a></li>
67418  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/bolero-2-trial-offers-hope-to-patients-with-
    …  advanced-breast-canc.html">BOLERO-2 Trial Offers Hope to Patients With Advanced
    …  Breast Cancer</a></li>
67419  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/the-role-of-the-modern-patient-always-learning
    …  .html">The Role of the Modern Patient: Always Learning</a></li>
67420  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/its-holiday-time-the-gift-of-life.html">It's
    …  Holiday Time: The Gift of Life</a></li>
67421  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/providing-information-counseling-at-the-end-of
    …  -life.html">Providing Information, Counseling at the End of Life</a></li>
67422  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/thank-you-md-anderson.html">Thank You, MD
    …  Anderson</a></li>
67423  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/the-holidays-are-merry-and-bright-for-md-
    …  anderson-pediatric-pati.html">The Holidays are Merry and Bright for MD Anderson
    …  Pediatric Patients</a></li>
67424  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/-uterine-cancer-strikes-suddenly.html">Uterine
    …  Cancer Strikes Suddenly</a></li>
67425  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-decision-aid-for-men-with-clinically-
    …  localized-prostate-cancer.html">A Decision Aid for Men With Clinically Localized
    …  Prostate Cancer</a></li>
67426  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/santa-gives----and-receives----the-gift-of-joy
    …  .html">Santa Gives -- and Receives -- the Gift of Joy</a></li>
67427  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-new-cancer-treatments.
    …  html">Best of Cancerwise 2011: New Cancer Treatments</a></li>
67428  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-surviving-cancer.html"
    …  >Best of Cancerwise 2011: Surviving Cancer</a></li>
67429  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-cancer-patient-stories
    …  -of-triumph.html">Best of Cancerwise 2011: Cancer Patient Stories of Triumph</a></li>
67430  </ul>
67431  </nav>
67432  </div>
67433  </section>
67434  </div>
67435  </div>
67436  </div></li>
```

```
67437 </ul>
67438 </nav>
67439 </div>
67440 </section>
67441 </div>
67442 </div>
67443 </div></li>
67444 <li class="primary-nav-item has-subnav"><a
 …   href="/publications/cancerwise/2010.html">2010</a>
67445 <div class="subnav-mask">
67446 <div class="subnav-wrapper">
67447 <div class="subnav col10 pad">
67448 <section class="nested">
67449 <div class="col4 main-column">
67450 <nav class="secondary">
67451 <ul>
67452 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010.html"
 …   aria-label="Back to 2010">2010</a></li>
67453 <li class="primary-nav-item">
67454 <a href="/publications/cancerwise/2010.html" aria-label="2010 Home">2010
 …   Home</a></li>
67455 <li class="primary-nav-item has-subnav"><a
 …   href="/publications/cancerwise/2010/01.html">01</a>
67456 <div class="subnav-mask">
67457 <div class="subnav-wrapper">
67458 <div class="subnav col10 pad">
67459 <section class="nested">
67460 <div class="col4 main-column">
67461 <nav class="secondary">
67462 <ul>
67463 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/01.html"
 …   aria-label="Back to 01">01</a></li>
67464 <li class="primary-nav-item">
67465 <a href="/publications/cancerwise/2010/01.html" aria-label="01 Home">01 Home</a></li>
67466 <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2010/01/lynch-syndrome-diagnosis-leads-to-prevention.
 …   html">Lynch syndrome diagnosis leads to prevention</a></li>
67467 <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2010/01/qa-understanding-and-managing-lynch-syndrome.
 …   html">Q&amp;A: Understanding and managing Lynch syndrome</a></li>
67468 </ul>
67469 </nav>
67470 </div>
67471 </section>
67472 </div>
67473 </div>
67474 </div></li>
67475 <li class="primary-nav-item has-subnav"><a
 …   href="/publications/cancerwise/2010/02.html">02</a>
67476 <div class="subnav-mask">
67477 <div class="subnav-wrapper">
67478 <div class="subnav col10 pad">
67479 <section class="nested">
67480 <div class="col4 main-column">
67481 <nav class="secondary">
67482 <ul>
67483 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/02.html"
 …   aria-label="Back to 02">02</a></li>
67484 <li class="primary-nav-item">
67485 <a href="/publications/cancerwise/2010/02.html" aria-label="02 Home">02 Home</a></li>
67486 <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2010/02/what-not-to-say-to-people-with-cancer.html">
 …   What not to say to people with cancer</a></li>
67487 <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2010/02/a-new-outlook-after-osteosarcoma.html">A new
 …   outlook after osteosarcoma</a></li>
67488 <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2010/02/m-d-anderson-in-istanbul-turkey.html">MD
```

```
67488… Anderson in Istanbul, Turkey</a></li>
67489 </ul>
67490 </nav>
67491 </div>
67492 </section>
67493 </div>
67494 </div>
67495 </div></li>
67496 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2010/03.html">03</a>
67497 <div class="subnav-mask">
67498 <div class="subnav-wrapper">
67499 <div class="subnav col10 pad">
67500 <section class="nested">
67501 <div class="col4 main-column">
67502 <nav class="secondary">
67503 <ul>
67504 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/03.html"
   … aria-label="Back to 03">03</a></li>
67505 <li class="primary-nav-item">
67506 <a href="/publications/cancerwise/2010/03.html" aria-label="03 Home">03 Home</a></li>
67507 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2010/03/qa-thyroid-cancer.html">Q&amp;A: Thyroid
   … cancer</a></li>
67508 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2010/03/patient-deals-with-ovarian-then-papillary-
   … thyroid-cancer.html">Patient deals with ovarian, then papillary thyroid
   … cancer</a></li>
67509 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2010/03/is-proton-therapy-right-for-you.html">Is
   … proton therapy right for you?</a></li>
67510 </ul>
67511 </nav>
67512 </div>
67513 </section>
67514 </div>
67515 </div>
67516 </div></li>
67517 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2010/04.html">04</a>
67518 <div class="subnav-mask">
67519 <div class="subnav-wrapper">
67520 <div class="subnav col10 pad">
67521 <section class="nested">
67522 <div class="col4 main-column">
67523 <nav class="secondary">
67524 <ul>
67525 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/04.html"
   … aria-label="Back to 04">04</a></li>
67526 <li class="primary-nav-item">
67527 <a href="/publications/cancerwise/2010/04.html" aria-label="04 Home">04 Home</a></li>
67528 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2010/04/race-and-ethnicity-as-cancer-risk-factors.html
   … ">Race and ethnicity as cancer risk factors</a></li>
67529 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2010/04/qa-proton-therapy-for-pediatric-patients.html"
   … >Q&amp;A: Proton therapy for pediatric patients</a></li>
67530 </ul>
67531 </nav>
67532 </div>
67533 </section>
67534 </div>
67535 </div>
67536 </div></li>
67537 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2010/05.html">05</a>
67538 <div class="subnav-mask">
67539 <div class="subnav-wrapper">
```

```
67540 <div class="subnav col10 pad">
67541 <section class="nested">
67542 <div class="col4 main-column">
67543 <nav class="secondary">
67544 <ul>
67545 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/05.html"
    … aria-label="Back to 05">05</a></li>
67546 <li class="primary-nav-item">
67547 <a href="/publications/cancerwise/2010/05.html" aria-label="05 Home">05 Home</a></li>
67548 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/new-logo.html">New logo has MD Anderson
    … feeling 'brand' new</a></li>
67549 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/choosing-the-right-treatment-for-prostate-
    … cancer.html">Choosing the right treatment for prostate cancer</a></li>
67550 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/qa-intravenous-busulfan-before-stem-cell-
    … transplant.html">Q&amp;A: Intravenous busulfan before stem cell transplant</a></li>
67551 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/beating-the-odds-of-acute-myelogenous-leukemia
    … .html">Beating the odds of acute myeloid leukemia</a></li>
67552 </ul>
67553 </nav>
67554 </div>
67555 </section>
67556 </div>
67557 </div>
67558 </div></li>
67559 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/06.html">06</a>
67560 <div class="subnav-mask">
67561 <div class="subnav-wrapper">
67562 <div class="subnav col10 pad">
67563 <section class="nested">
67564 <div class="col4 main-column">
67565 <nav class="secondary">
67566 <ul>
67567 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/06.html"
    … aria-label="Back to 06">06</a></li>
67568 <li class="primary-nav-item">
67569 <a href="/publications/cancerwise/2010/06.html" aria-label="06 Home">06 Home</a></li>
67570 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/06/qa-cardiac-catheterization-for-cancer.html">Q&
    … amp;A: Cardiac catheterization for cancer patients</a></li>
67571 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/06/miracle-patient-beats-two-deadly-diseases.html
    … ">Patient beats two deadly diseases</a></li>
67572 </ul>
67573 </nav>
67574 </div>
67575 </section>
67576 </div>
67577 </div>
67578 </div></li>
67579 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/07.html">07</a>
67580 <div class="subnav-mask">
67581 <div class="subnav-wrapper">
67582 <div class="subnav col10 pad">
67583 <section class="nested">
67584 <div class="col4 main-column">
67585 <nav class="secondary">
67586 <ul>
67587 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/07.html"
    … aria-label="Back to 07">07</a></li>
67588 <li class="primary-nav-item">
67589 <a href="/publications/cancerwise/2010/07.html" aria-label="07 Home">07 Home</a></li>
67590 <li class="primary-nav-item"><a
```

```
67590  href="/publications/cancerwise/2010/07/the-benefits-of-oncology-massage-1.html">The
   …   benefits of oncology massage</a></li>
67591  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/07/minimally-invasive-surgery-for-cancer-patients
   …   .html">Q&amp;A: Minimally invasive surgery for cancer patients</a></li>
67592  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/07/bladder-patient-chooses-minimally-invasive-
   …   surgery.html">Bladder cancer patient chooses minimally invasive surgery</a></li>
67593  </ul>
67594  </nav>
67595  </div>
67596  </section>
67597  </div>
67598  </div>
67599  </div></li>
67600  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/08.html">08</a>
67601  <div class="subnav-mask">
67602  <div class="subnav-wrapper">
67603  <div class="subnav col10 pad">
67604  <section class="nested">
67605  <div class="col4 main-column">
67606  <nav class="secondary">
67607  <ul>
67608  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/08.html"
   …   aria-label="Back to 08">08</a></li>
67609  <li class="primary-nav-item">
67610  <a href="/publications/cancerwise/2010/08.html" aria-label="08 Home">08 Home</a></li>
67611  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/08/flight-for-his-life.html">The caregiver
   …   chronicles: Flight for his life</a></li>
67612  </ul>
67613  </nav>
67614  </div>
67615  </section>
67616  </div>
67617  </div>
67618  </div></li>
67619  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/09.html">09</a>
67620  <div class="subnav-mask">
67621  <div class="subnav-wrapper">
67622  <div class="subnav col10 pad">
67623  <section class="nested">
67624  <div class="col4 main-column">
67625  <nav class="secondary">
67626  <ul>
67627  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/09.html"
   …   aria-label="Back to 09">09</a></li>
67628  <li class="primary-nav-item">
67629  <a href="/publications/cancerwise/2010/09.html" aria-label="09 Home">09 Home</a></li>
67630  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/the-caregiver-chronicles-the-red-flags.html">
   …   The caregiver chronicles: The red flags</a></li>
67631  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/integrative-medicine-versus-alternative-
   …   medicine-why-its-importa.html">Integrative medicine vs. alternative medicine: Why
   …   it's important to
67632  know the difference</a></li>
67633  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/ours-is-not-to-question-why.html">The
   …   caregiver chronicles: Ours is not to question why</a></li>
67634  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/new-treatment-for-triple-negative-breast-
   …   cancer.html">Q&amp;A: New treatment for triple-negative breast cancer</a></li>
67635  </ul>
67636  </nav>
67637  </div>
```

```
67638 </section>
67639 </div>
67640 </div>
67641 </div></li>
67642 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/10.html">10</a>
67643 <div class="subnav-mask">
67644 <div class="subnav-wrapper">
67645 <div class="subnav col10 pad">
67646 <section class="nested">
67647 <div class="col4 main-column">
67648 <nav class="secondary">
67649 <ul>
67650 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/10.html"
    … aria-label="Back to 10">10</a></li>
67651 <li class="primary-nav-item">
67652 <a href="/publications/cancerwise/2010/10.html" aria-label="10 Home">10 Home</a></li>
67653 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/10/the-caregiver-chronicles-our-journey.html">The
    … caregiver chronicles: It became our journey</a></li>
67654 </ul>
67655 </nav>
67656 </div>
67657 </section>
67658 </div>
67659 </div>
67660 </div></li>
67661 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/11.html">11</a>
67662 <div class="subnav-mask">
67663 <div class="subnav-wrapper">
67664 <div class="subnav col10 pad">
67665 <section class="nested">
67666 <div class="col4 main-column">
67667 <nav class="secondary">
67668 <ul>
67669 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/11.html"
    … aria-label="Back to 11">11</a></li>
67670 <li class="primary-nav-item">
67671 <a href="/publications/cancerwise/2010/11.html" aria-label="11 Home">11 Home</a></li>
67672 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/11/the-caregiver-chronicles-its-always-something.
    … html">The caregiver chronicles: It's always something</a></li>
67673 </ul>
67674 </nav>
67675 </div>
67676 </section>
67677 </div>
67678 </div>
67679 </div></li>
67680 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/12.html">12</a>
67681 <div class="subnav-mask">
67682 <div class="subnav-wrapper">
67683 <div class="subnav col10 pad">
67684 <section class="nested">
67685 <div class="col4 main-column">
67686 <nav class="secondary">
67687 <ul>
67688 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/12.html"
    … aria-label="Back to 12">12</a></li>
67689 <li class="primary-nav-item">
67690 <a href="/publications/cancerwise/2010/12.html" aria-label="12 Home">12 Home</a></li>
67691 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/12/qa-myelodysplastic-syndromes-mds.html">Q&amp;A
    … : Focus on myelodysplastic syndromes</a></li>
67692 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/12/mds-patient-looks-like-a-million-bucks.html">
```

```
67692… MDS patient 'looks like a million bucks'</a></li>
67693 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/12/caregiver-chronicles-the-luxury-of-time.html">
    … The caregiver chronicles: The luxury of time</a></li>
67694 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/12/high-red-blood-folate-levels-linked-to-
    … silenced-tumor-suppressor.html">High red blood folate levels linked to silenced
    … tumor-suppressors</a></li>
67695 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/12/tai-chi-healing-from-the-inside-out.html">Tai
    … chi: Healing from the inside out</a></li>
67696 </ul>
67697 </nav>
67698 </div>
67699 </section>
67700 </div>
67701 </div>
67702 </div></li>
67703 </ul>
67704 </nav>
67705 </div>
67706 </section>
67707 </div>
67708 </div>
67709 </div></li>
67710 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2009.html">2009</a>
67711 <div class="subnav-mask">
67712 <div class="subnav-wrapper">
67713 <div class="subnav col10 pad">
67714 <section class="nested">
67715 <div class="col4 main-column">
67716 <nav class="secondary">
67717 <ul>
67718 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009.html"
    … aria-label="Back to 2009">2009</a></li>
67719 <li class="primary-nav-item">
67720 <a href="/publications/cancerwise/2009.html" aria-label="2009 Home">2009
    … Home</a></li>
67721 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2009/03.html">03</a>
67722 <div class="subnav-mask">
67723 <div class="subnav-wrapper">
67724 <div class="subnav col10 pad">
67725 <section class="nested">
67726 <div class="col4 main-column">
67727 <nav class="secondary">
67728 <ul>
67729 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/03.html"
    … aria-label="Back to 03">03</a></li>
67730 <li class="primary-nav-item">
67731 <a href="/publications/cancerwise/2009/03.html" aria-label="03 Home">03 Home</a></li>
67732 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2009/03/q-a--what-you-should.html">Q&amp;A: What you
    … should know about tonsil cancer</a></li>
67733 </ul>
67734 </nav>
67735 </div>
67736 </section>
67737 </div>
67738 </div>
67739 </div></li>
67740 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2009/05.html">05</a>
67741 <div class="subnav-mask">
67742 <div class="subnav-wrapper">
67743 <div class="subnav col10 pad">
67744 <section class="nested">
```

```
67745 <div class="col4 main-column">
67746 <nav class="secondary">
67747 <ul>
67748 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/05.html"
  ... aria-label="Back to 05">05</a></li>
67749 <li class="primary-nav-item">
67750 <a href="/publications/cancerwise/2009/05.html" aria-label="05 Home">05 Home</a></li>
67751 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2009/05/new-m-d-anderson-banner-cancer-center-in-
  ... arizona.html">New MD Anderson Banner Cancer Center in Arizona</a></li>
67752 </ul>
67753 </nav>
67754 </div>
67755 </section>
67756 </div>
67757 </div>
67758 </div></li>
67759 <li class="primary-nav-item has-subnav"><a
  ... href="/publications/cancerwise/2009/06.html">06</a>
67760 <div class="subnav-mask">
67761 <div class="subnav-wrapper">
67762 <div class="subnav col10 pad">
67763 <section class="nested">
67764 <div class="col4 main-column">
67765 <nav class="secondary">
67766 <ul>
67767 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/06.html"
  ... aria-label="Back to 06">06</a></li>
67768 <li class="primary-nav-item">
67769 <a href="/publications/cancerwise/2009/06.html" aria-label="06 Home">06 Home</a></li>
67770 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2009/06/-emergency-room-and-cancer.html">When Problems
  ... Can't Wait: the Emergency Room and Cancer</a></li>
67771 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2009/06/qa-non-skin-melanomas.html">Q&amp;A: Non-skin
  ... melanomas</a></li>
67772 </ul>
67773 </nav>
67774 </div>
67775 </section>
67776 </div>
67777 </div>
67778 </div></li>
67779 <li class="primary-nav-item has-subnav"><a
  ... href="/publications/cancerwise/2009/07.html">07</a>
67780 <div class="subnav-mask">
67781 <div class="subnav-wrapper">
67782 <div class="subnav col10 pad">
67783 <section class="nested">
67784 <div class="col4 main-column">
67785 <nav class="secondary">
67786 <ul>
67787 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/07.html"
  ... aria-label="Back to 07">07</a></li>
67788 <li class="primary-nav-item">
67789 <a href="/publications/cancerwise/2009/07.html" aria-label="07 Home">07 Home</a></li>
67790 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2009/07/ibc-breast-cancer-without-a-lump.html">Is
  ... there really a breast cancer without a lump?</a></li>
67791 <li class="primary-nav-item"><a
  ... href="/publications/cancerwise/2009/07/the-acai-berry.html">Health benefits of the
  ... acai berry</a></li>
67792 </ul>
67793 </nav>
67794 </div>
67795 </section>
67796 </div>
67797 </div>
```

```
67798  </div></li>
67799  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/08.html">08</a>
67800  <div class="subnav-mask">
67801  <div class="subnav-wrapper">
67802  <div class="subnav col10 pad">
67803  <section class="nested">
67804  <div class="col4 main-column">
67805  <nav class="secondary">
67806  <ul>
67807  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/08.html"
   …   aria-label="Back to 08">08</a></li>
67808  <li class="primary-nav-item">
67809  <a href="/publications/cancerwise/2009/08.html" aria-label="08 Home">08 Home</a></li>
67810  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/08/help-fight-cancer-despite-difficult-times.html
   …   ">Help fight cancer despite difficult times</a></li>
67811  </ul>
67812  </nav>
67813  </div>
67814  </section>
67815  </div>
67816  </div>
67817  </div></li>
67818  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/09.html">09</a>
67819  <div class="subnav-mask">
67820  <div class="subnav-wrapper">
67821  <div class="subnav col10 pad">
67822  <section class="nested">
67823  <div class="col4 main-column">
67824  <nav class="secondary">
67825  <ul>
67826  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/09.html"
   …   aria-label="Back to 09">09</a></li>
67827  <li class="primary-nav-item">
67828  <a href="/publications/cancerwise/2009/09.html" aria-label="09 Home">09 Home</a></li>
67829  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/09/colorectal-cancer-survivors-stories-become-
   …   more-common.html">Colorectal cancer survivors' stories become more common</a></li>
67830  </ul>
67831  </nav>
67832  </div>
67833  </section>
67834  </div>
67835  </div>
67836  </div></li>
67837  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/10.html">10</a>
67838  <div class="subnav-mask">
67839  <div class="subnav-wrapper">
67840  <div class="subnav col10 pad">
67841  <section class="nested">
67842  <div class="col4 main-column">
67843  <nav class="secondary">
67844  <ul>
67845  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/10.html"
   …   aria-label="Back to 10">10</a></li>
67846  <li class="primary-nav-item">
67847  <a href="/publications/cancerwise/2009/10.html" aria-label="10 Home">10 Home</a></li>
67848  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/10/qa-gamma-knife-radiosurgery-for-brain-tumors.
   …   html">Q&amp;A: Gamma Knife® Radiosurgery for Brain Tumors</a></li>
67849  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/10/identifying-the-silent-killer.html">
   …   Identifying the silent killer: Inflammatory breast cancer</a></li>
67850  </ul>
67851  </nav>
```

```
67852   </div>
67853   </section>
67854   </div>
67855   </div>
67856   </div></li>
67857   </ul>
67858   </nav>
67859   </div>
67860   </section>
67861   </div>
67862   </div>
67863   </div></li>
67864   </ul>
67865   </nav>
67866   </div>
67867   </section>
67868   </div>
67869   </div>
67870   </div></li>
67871   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest.html">Conquest</a>
67872   <div class="subnav-mask">
67873   <div class="subnav-wrapper">
67874   <div class="subnav col10 pad">
67875   <section class="nested">
67876   <div class="col4 main-column">
67877   <nav class="secondary">
67878   <ul>
67879   <li class="mobile-nav-back"><a href="/publications/conquest.html" aria-label="Back to
    …   Conquest">Conquest</a></li>
67880   <li class="primary-nav-item">
67881   <a href="/publications/conquest.html" aria-label="Conquest Home">Conquest
    …   Home</a></li>
67882   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/Summer-2016.html">Summer 2016</a>
67883   <div class="subnav-mask">
67884   <div class="subnav-wrapper">
67885   <div class="subnav col10 pad">
67886   <section class="nested">
67887   <div class="col4 main-column">
67888   <nav class="secondary">
67889   <ul>
67890   <li class="mobile-nav-back"><a href="/publications/conquest/Summer-2016.html"
    …   aria-label="Back to Summer 2016">Summer 2016</a></li>
67891   <li class="primary-nav-item">
67892   <a href="/publications/conquest/Summer-2016.html" aria-label="Summer 2016
    …   Home">Summer 2016 Home</a></li>
67893   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/space-suit-art-project.html">Space Suit Art
    …   Project lifts off</a></li>
67894   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/surgeon-astronaut.html">Reaching for the
    …   stars</a></li>
67895   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/Meet-Sabin-family-fellows.html">Meet Sabin
    …   family fellows</a></li>
67896   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/broadening-the-immunotherapy-attack.html">
    …   Building on success</a></li>
67897   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/brain-cancer-survivor.html">The
    …   profile</a></li>
67898   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/the-AGGTs-of-cancer.html">Unraveling the
    …   mystery</a></li>
67899   <li class="primary-nav-item"><a
    …   href="/publications/conquest/Summer-2016/cancer-inheriting-risk.html">What's in your
    …   genes?</a></li>
```

```
67900  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/healing-light.html">A healing light</a></li>
67901  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/jaw-with-3-D-printer.html">3-D
    …  printer</a></li>
67902  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/Teens-going-to-prom.html">Prom
    …  night</a></li>
67903  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/tobacco-cessation-services.html">End
    …  Tobacco</a></li>
67904  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/shorter-radiation-course.html">Cancer
    …  Frontline</a></li>
67905  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/aggressive-anal-cancer-responds-to-
    …  immunotherapy-drug.html">Cancer Frontline</a></li>
67906  <li class="primary-nav-item"><a
    …  href="/publications/conquest/Summer-2016/Cost-of-chemo-for-breast-cancer.html">Cancer
    …  Frontline</a></li>
67907  </ul>
67908  </nav>
67909  </div>
67910  </section>
67911  </div>
67912  </div>
67913  </div></li>
67914  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/conquest-spring-2016.html">Spring 2016</a>
67915  <div class="subnav-mask">
67916  <div class="subnav-wrapper">
67917  <div class="subnav col10 pad">
67918  <section class="nested">
67919  <div class="col4 main-column">
67920  <nav class="secondary">
67921  <ul>
67922  <li class="mobile-nav-back"><a
    …  href="/publications/conquest/conquest-spring-2016.html" aria-label="Back to Spring
    …  2016">Spring 2016</a></li>
67923  <li class="primary-nav-item">
67924  <a href="/publications/conquest/conquest-spring-2016.html" aria-label="Spring 2016
    …  Home">Spring 2016 Home</a></li>
67925  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/enhanced-recovery-surgery.html">The
    …  benefits of enhanced recovery</a></li>
67926  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/therapy-for-triple-negative-breast-
    …  cancer.html">Moon shot</a></li>
67927  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/treating-childhood-cancer.html">The
    …  profile</a></li>
67928  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/preserving-fertility.html">Family
    …  planning</a></li>
67929  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/courage-under-fire.html">Fire
    …  tested</a></li>
67930  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/rare-heart-cancer.html">Common
    …  enemy is uncommon</a></li>
67931  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/career-built-with-Tcells.html">The
    …  profile</a></li>
67932  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/connections-between-cancer-and-
    …  other-diseases.html">Common threads of disease</a></li>
67933  <li class="primary-nav-item"><a
    …  href="/publications/conquest/conquest-spring-2016/matching-bone-marrow-transplants.
```

```
67933  html">No need for perfect match</a></li>
67934  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-spring-2016/tips-for-cancer-prevention.html">
   ..  Prevention, one day at a time</a></li>
67935  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-spring-2016/eating-cancer.html">Prevention, one
   ..  day at a time</a></li>
67936  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-spring-2016/Parker-foundation-immunotherapy-
   ..  alliance.html">Cancer frontline</a></li>
67937  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-spring-2016/categorizing-colorectal-cancer.html
   ..  ">Cancer frontline</a></li>
67938  </ul>
67939  </nav>
67940  </div>
67941  </section>
67942  </div>
67943  </div>
67944  </div></li>
67945  <li class="primary-nav-item has-subnav"><a
   ..  href="/publications/conquest/conquest-fall-2015.html">Fall 2015</a>
67946  <div class="subnav-mask">
67947  <div class="subnav-wrapper">
67948  <div class="subnav col10 pad">
67949  <section class="nested">
67950  <div class="col4 main-column">
67951  <nav class="secondary">
67952  <ul>
67953  <li class="mobile-nav-back"><a href="/publications/conquest/conquest-fall-2015.html"
   ..  aria-label="Back to Fall 2015">Fall 2015</a></li>
67954  <li class="primary-nav-item">
67955  <a href="/publications/conquest/conquest-fall-2015.html" aria-label="Fall 2015
   ..  Home">Fall 2015 Home</a></li>
67956  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/jim-allison-wins-lasker-award.html">
   ..  Cancer Frontline</a></li>
67957  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/former-four-star-admiral-tapped-as-
   ..  moon-shot.html">Cancer Frontline</a></li>
67958  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/generic-heart-medication-may-improve-
   ..  outcome.html">Cancer Frontline</a></li>
67959  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/immunotherapy-drug-extends-survival.
   ..  html">Cancer Frontline</a></li>
67960  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/rethinking-radiation-treatment.html">
   ..  Less is more</a></li>
67961  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/thinking-outside-the-silo.html">
   ..  Thinking outside the silo</a></li>
67962  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/quitters-never-win-sometimes-they-do.
   ..  html">Kicking the habit</a></li>
67963  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/all-over-the-map.html">Seeking the
   ..  best care</a></li>
67964  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/innovations-in-the-or.html">Surgical
   ..  strikes on cancer</a></li>
67965  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/unleashing-the-cold-virus-to-kill-
   ..  cancer.html">The cold virus versus cancer</a></li>
67966  <li class="primary-nav-item"><a
   ..  href="/publications/conquest/conquest-fall-2015/moon-shots-mission-to-confront-six-
   ..  new-cancers.html">Moon Shots mission escalates to confront six more cancer
   ..  types</a></li>
```

```
67967 <li class="primary-nav-item"><a
...   href="/publications/conquest/conquest-fall-2015/they-are-survivors-they-are-still-
...   fighting.html">Support for survivors</a></li>
67968 <li class="primary-nav-item"><a
...   href="/publications/conquest/conquest-fall-2015/the-veteran-volunteer.html">Giving
...   her all</a></li>
67969 <li class="primary-nav-item"><a
...   href="/publications/conquest/conquest-fall-2015/beyond-the-fork-in-the-road.html">
...   Beyond &quot;the fork in the road&quot;</a></li>
67970 </ul>
67971 </nav>
67972 </div>
67973 </section>
67974 </div>
67975 </div>
67976 </div></li>
67977 <li class="primary-nav-item has-subnav"><a
...   href="/publications/conquest/summer-2015.html">Summer 2015</a>
67978 <div class="subnav-mask">
67979 <div class="subnav-wrapper">
67980 <div class="subnav col10 pad">
67981 <section class="nested">
67982 <div class="col4 main-column">
67983 <nav class="secondary">
67984 <ul>
67985 <li class="mobile-nav-back"><a href="/publications/conquest/summer-2015.html"
...   aria-label="Back to Summer 2015">Summer 2015</a></li>
67986 <li class="primary-nav-item">
67987 <a href="/publications/conquest/summer-2015.html" aria-label="Summer 2015
...   Home">Summer 2015 Home</a></li>
67988 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/blood-test-could-reveal-pancreatic-cancer.
...   html">Cancer Frontline</a></li>
67989 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/md-anderson-named-top-cancer-hospital.html">
...   Cancer Frontline</a></li>
67990 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/dont-let-the-sun-catch-you-unprepared.html">
...   Cancer Frontline</a></li>
67991 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/ecigarettes-popularity-underscores-need-for-
...   regulation.html">Cancer Frontline</a></li>
67992 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/harnessing-a-mushroom-toxin-to-kill-cancer.
...   html">Cancer Frontline</a></li>
67993 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/md-anderson-collaborates-on-worlds-first-
...   skull-scalp-transplant.html">Cancer Frontline</a></li>
67994 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/treating-the-patient-not-just-the-cancer.
...   html">Caring for quality of life</a></li>
67995 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/the-engines-powering-the-moon-shots.html">
...   Moon Shots Program</a></li>
67996 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/reducing-risk-while-leaving-menopause-for-
...   later.html">Empowered Prevention</a></li>
67997 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/md-andersons-got-talent.html">Gifted
...   group</a></li>
67998 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/where-in-the-world-is-md-anderson.html">
...   Where in the world is MD Anderson?</a></li>
67999 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/the-gift-thats-giving-life-to-discoveries.
...   html">Generosity generates results</a></li>
68000 <li class="primary-nav-item"><a
...   href="/publications/conquest/summer-2015/on-track-for-success.html">On track for
```

```
68000  success</a></li>
68001  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2015/the-survivor-and-the-summit.html">The
       climb</a></li>
68002  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2015/a-new-drug-delivers-renewed-optimism.html">A
       prescription for hope</a></li>
68003  </ul>
68004  </nav>
68005  </div>
68006  </section>
68007  </div>
68008  </div>
68009  </div></li>
68010  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/spring-2015.html">Spring 2015</a>
68011  <div class="subnav-mask">
68012  <div class="subnav-wrapper">
68013  <div class="subnav col10 pad">
68014  <section class="nested">
68015  <div class="col4 main-column">
68016  <nav class="secondary">
68017  <ul>
68018  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2015.html"
    …  aria-label="Back to Spring 2015">Spring 2015</a></li>
68019  <li class="primary-nav-item">
68020  <a href="/publications/conquest/spring-2015.html" aria-label="Spring 2015
    …  Home">Spring 2015 Home</a></li>
68021  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/mental-health-clinics-go-tobacco-free.html">
       Cancer Frontline</a></li>
68022  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/md-anderson-receives-22-million-in-cprit-
       research-funding.html">Cancer Frontline</a></li>
68023  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/hwu-named-head-of-cancer-medicine.html">
       Cancer Frontline</a></li>
68024  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/depinho-elected-to-top-cancer-research-
       academy.html">Cancer Frontline</a></li>
68025  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/lenvatinib-improves-survival-for-thyroid-
       cancer-patients.html">Cancer Frontline</a></li>
68026  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/continuing-education.html">No patient left
       behind</a></li>
68027  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/the-warrior-pose.html">Alternative
       benefits</a></li>
68028  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/living-a-long-life-starts-early.html">
       Prepared for prevention</a></li>
68029  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/the-unstoppable-meisha-brown.html">The
       unstoppable Meisha Brown</a></li>
68030  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/colorectal-cancer-doesnt-care-how-old-you-
       are.html">Rising among the young</a></li>
68031  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/getting-the-drop-on-lung-cancer.html">Detect
       and Cure</a></li>
68032  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/md-anderson-puts-the-lab-in-collaboration.
       html">Teaming up on cancer</a></li>
68033  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/suite-relief.html">Staying power</a></li>
68034  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/cooperating-with-cooper-to-make-great-care-
```

```
68034  better.html">Cooperating with Cooper to make great care even better</a></li>
68035  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2015/lessons-to-learn-from-a-teachers-cancer-
       experience.html">Lessons we can learn from a teacher's cancer experience</a></li>
68036  </ul>
68037  </nav>
68038  </div>
68039  </section>
68040  </div>
68041  </div>
68042  </div></li>
68043  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/fall-2014.html">Fall 2014</a>
68044  <div class="subnav-mask">
68045  <div class="subnav-wrapper">
68046  <div class="subnav col10 pad">
68047  <section class="nested">
68048  <div class="col4 main-column">
68049  <nav class="secondary">
68050  <ul>
68051  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2014.html"
    …  aria-label="Back to Fall 2014">Fall 2014</a></li>
68052  <li class="primary-nav-item">
68053  <a href="/publications/conquest/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
    …  Home</a></li>
68054  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/big-plans-for-md-andersons-breast-cancer-
       program.html">Cancer Frontline</a></li>
68055  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/expanding-access-to-md-anderson-care.html">
       Cancer Frontline</a></li>
68056  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/making-imaging-more-accessible-to-west-houston
       .html">Cancer Frontline</a></li>
68057  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/reaping-the-benefits-of-gardening.html">Cancer
       Frontline</a></li>
68058  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/forgetting-cancer-on-night-to-remember.html">
       No silent night</a></li>
68059  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/the-cancer-prevention-vaccine.html">The cancer
       vaccine</a></li>
68060  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/serving-the-underserved.html">The cancer
       vaccine</a></li>
68061  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/tracking-the-trajectory.html">Moon shots
       progress</a></li>
68062  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/ovarian-and-breast-cancer.html">Moon shots
       progress</a></li>
68063  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/aml-mds.html">Moon shots progress</a></li>
68064  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/chronic-lymphocytic-leukemia.html">Moon shots
       progress</a></li>
68065  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/melanoma.html">Moon shots progress</a></li>
68066  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/prostate-cancer.html">Moon shots
       progress</a></li>
68067  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/lung-cancer.html">Moon shots progress</a></li>
68068  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2014/beating-lymphoma-into-remission-with-one-two-
       punch.html">Without warning</a></li>
68069  <li class="primary-nav-item"><a
```

```
68069  href="/publications/conquest/fall-2014/big-data-big-gains-for-cancer-research.html">
  …    Molecular profiling</a></li>
68070  <li class="primary-nav-item"><a
  …    href="/publications/conquest/fall-2014/braving-a-surgical-no-mans-land.html">Skull
  …    base surgery</a></li>
68071  <li class="primary-nav-item"><a
  …    href="/publications/conquest/fall-2014/the-giver.html">Giving his time and his
  …    all</a></li>
68072  <li class="primary-nav-item"><a
  …    href="/publications/conquest/fall-2014/taking-care-of-the-nurses.html">Arceneaux
  …    award winners</a></li>
68073  </ul>
68074  </nav>
68075  </div>
68076  </section>
68077  </div>
68078  </div>
68079  </div></li>
68080  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/conquest/summer-2014.html">Summer 2014</a>
68081  <div class="subnav-mask">
68082  <div class="subnav-wrapper">
68083  <div class="subnav col10 pad">
68084  <section class="nested">
68085  <div class="col4 main-column">
68086  <nav class="secondary">
68087  <ul>
68088  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2014.html"
  …    aria-label="Back to Summer 2014">Summer 2014</a></li>
68089  <li class="primary-nav-item">
68090  <a href="/publications/conquest/summer-2014.html" aria-label="Summer 2014
  …    Home">Summer 2014 Home</a></li>
68091  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/building-a-personalized-approach-to-cancer-
  …    therapy.html">Cancer Frontline</a></li>
68092  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/the-beginning-of-end-tobacco.html">Cancer
  …    Frontline</a></li>
68093  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/get-more-out-of-conquest-with-the-ipad-app.
  …    html">Cancer Frontline</a></li>
68094  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/fibrous-tissue-believed-to-block-therapy-
  …    actually-slows-cancers-spread.html">Cancer Frontline</a></li>
68095  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/the-game-changer.html">The game
  …    changer</a></li>
68096  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/first-stop-research-park-in-smithville.html"
  …    >The game changer</a></li>
68097  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/the-t-cell-ignition-switch.html">The game
  …    changer</a></li>
68098  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/cd28-the-gas-pedal.html">The game
  …    changer</a></li>
68099  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/ctla-4-the-brakes.html">The game
  …    changer</a></li>
68100  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/the-slow-road-to-drug-approval.html">The
  …    game changer</a></li>
68101  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/improving-overall-survival.html">The game
  …    changer</a></li>
68102  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/stressing-out.html">Links to cancer</a></li>
68103  <li class="primary-nav-item"><a
```

```
68103  href="/publications/conquest/summer-2014/betting-on-beta-blockers.html">Links to
  …    cancer</a></li>
68104  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/not-overlooking-how-patients-see-themselves.
  …    html">Links to cancer</a></li>
68105  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/more-to-worry-about-than-cancer.html">Links
  …    to cancer</a></li>
68106  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/from-patent-to-patients.html">From patent to
  …    patients</a></li>
68107  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/surgically-removing-cancer-risk.html">
  …    Surgically removing cancer risk</a></li>
68108  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/99-problems-but-cancer-aint-one.html">99
  …    problems but cancer ain't one</a></li>
68109  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/the-adrenaline-fueled-life.html">The
  …    adrenaline-fueled life</a></li>
68110  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2014/prevention-the-ultimate-cure-for-cancer.html
  …    ">Prevention:</a></li>
68111  </ul>
68112  </nav>
68113  </div>
68114  </section>
68115  </div>
68116  </div>
68117  </div></li>
68118  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/conquest/spring-2014.html">Spring 2014</a>
68119  <div class="subnav-mask">
68120  <div class="subnav-wrapper">
68121  <div class="subnav col10 pad">
68122  <section class="nested">
68123  <div class="col4 main-column">
68124  <nav class="secondary">
68125  <ul>
68126  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2014.html"
  …    aria-label="Back to Spring 2014">Spring 2014</a></li>
68127  <li class="primary-nav-item">
68128  <a href="/publications/conquest/spring-2014.html" aria-label="Spring 2014
  …    Home">Spring 2014 Home</a></li>
68129  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/a-tale-of-two-proteins.html">Frontline</a></
  …    li>
68130  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/invasive-bladder-and-breast-cancers-bear-a-
  …    molecular-resemblance.html">Frontline</a></li>
68131  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/sensor-based-technology-benefits-both-
  …    patients-and-clinicians.html">Frontline</a></li>
68132  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/the-write-stuff-improves-outcomes.html">
  …    Frontline</a></li>
68133  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/drugs-team-up-to-hit-tumors-boost-immune-
  …    system-attacks.html">Frontline</a></li>
68134  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/blood-test-may-one-day-reveal-cancer.html">
  …    Frontline</a></li>
68135  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/going-toe-to-toe-with-tobacco.html">Plans to
  …    knock out tobacco</a></li>
68136  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2014/its-quitting-time-heres-some-help.html">
  …    Sounding the smoke alarm</a></li>
```

```
68137  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/clearing-the-air-about-e-cigarettes.html">
   …   Sounding the smoke alarm</a></li>
68138  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/whats-next-in-the-fight-against-tobacco.html
   …   ">Sounding the smoke alarm</a></li>
68139  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/saying-thank-you-to-a-champion-of-the-
   …   tobacco-control-struggle.html">Saying 'thank you' to a champion of the tobacco
   …   control struggle</a></li>
68140  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/the-pain-wont-stop-but-it-wont-stop-her.html
   …   ">Healed, but hurting</a></li>
68141  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/the-drug-that-may-make-chemo-a-thing-of-the-
   …   past.html">Breakthrough</a></li>
68142  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/understanding-over-imaging.html">Too much of
   …   a good thing:</a></li>
68143  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/close-quarters.html">Close quarters</a></li>
68144  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/casting-a-wide-network.html">Making Cancer
   …   History®</a></li>
68145  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/The-doctor-will-see-you-now-close-to-home.
   …   html">The doctor will see you now…close to home</a></li>
68146  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/md-anderson-immunotherapy-pioneers-list-of-
   …   awards-keeps-growing.html">Cancer briefings</a></li>
68147  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/screening-tool-targets-body-image-concerns.
   …   html">Cancer Briefings</a></li>
68148  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/md-anderson-establishes-immunotherapy-
   …   partnerships.html">Cancer Briefings</a></li>
68149  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/leukemia-chair-picks-up-lifetime-achievement
   …   -honor.html">Cancer Briefings</a></li>
68150  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2014/in-treatment-but-never-out-of-touch.html">
   …   Staying connected</a></li>
68151  </ul>
68152  </nav>
68153  </div>
68154  </section>
68155  </div>
68156  </div>
68157  </div></li>
68158  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/fall-2013.html">Fall 2013</a>
68159  <div class="subnav-mask">
68160  <div class="subnav-wrapper">
68161  <div class="subnav col10 pad">
68162  <section class="nested">
68163  <div class="col4 main-column">
68164  <nav class="secondary">
68165  <ul>
68166  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2013.html"
   …   aria-label="Back to Fall 2013">Fall 2013</a></li>
68167  <li class="primary-nav-item">
68168  <a href="/publications/conquest/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
   …   Home</a></li>
68169  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/how-md-anderson-is-preparing-for-health-reform
   …   .html">Commentary</a></li>
68170  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/a-drug-a-disease-three-studies-four-
```

```
68170…  investigators.html">Frontline</a></li>
68171   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/bevacizumab-fails-newly-diagnosed-glioblastoma
    …   -patients.html">STUDY NO. 1</a></li>
68172   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/diagnostic-tool-may-help-predict-right-
    …   patients-for-bevacizumab.html">STUDY NO. 2</a></li>
68173   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/bevacizumab-reduces-cognitive-function-and-
    …   quality-of-life.html">STUDY NO. 3</a></li>
68174   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/creating-an-umbrella-of-care.html">General
    …   Internal Medicine</a></li>
68175   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/a-front-door-to-answers.html">Mary Ann Weiser
    …   Suspicion of Cancer Clinic</a></li>
68176   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/with-longer-lives-come-complications.html">
    …   Hospitalist Care Service</a></li>
68177   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/understanding-complications-in-the-midst-of-
    …   complexity.html">Internal Medicine Perioperative Assessment Center</a></li>
68178   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/the-tiredness-that-doesnt-take-a-break.html">
    …   Cancer-Related Fatigue Clinic</a></li>
68179   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/tailored-care-for-older-patients.html">
    …   Geriatrics Clinic</a></li>
68180   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/when-joints-tendons-and-bones-creak.html">
    …   Rheumatology and Clinical Immunology</a></li>
68181   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/seed-soil-and-metastasis.html">Looking beyond
    …   the cancer cell</a></li>
68182   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/delving-further-into-the-soil.html">Looking
    …   beyond the cancer cell</a></li>
68183   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/childrens-art-project-celebrates-40th-
    …   anniversary.html">Picture this</a></li>
68184   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/brain-waves-eating-habits-and-lipids.html">
    …   Brain waves, eating habits and lipids</a></li>
68185   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/lipidomics-an-emerging-field-where-obesity-
    …   diabetes-and-cancer-meet.html">Brain waves, eating habits and lipids</a></li>
68186   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/no-magic-food-understanding-nutrition-and-the-
    …   causes-of-cancer.html">Brain waves, eating habits and lipids</a></li>
68187   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/50-years-of-educating-scientists.html">The
    …   GSBS story</a></li>
68188   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/understanding-epigenetics-to-develop-new-
    …   therapies.html">Epigenetics</a></li>
68189   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/building-a-community.html">Understanding
    …   epigenetics to develop new therapies</a></li>
68190   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/expanding-the-search.html">Understanding
    …   epigenetics to develop new therapies</a></li>
68191   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/epigenetic-based-cancer-therapies.html">
    …   Understanding epigenetics to develop new therapies</a></li>
68192   <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/revealing-structural-insights.html">
    …   Understanding epigenetics to develop new therapies</a></li>
68193   <li class="primary-nav-item"><a
```

```
68193  href="/publications/conquest/fall-2013/no-1-again-for-md-anderson.html">CANCER
       BRIEFINGS</a></li>
68194  <li class="primary-nav-item"><a
       href="/publications/conquest/fall-2013/where-you-live-may-raise-your-risk-of-obesity.
       html">CANCER BRIEFINGS</a></li>
68195  <li class="primary-nav-item"><a
       href="/publications/conquest/fall-2013/read-conquest-on-your-ipad.html">CANCER
       BRIEFINGS</a></li>
68196  <li class="primary-nav-item"><a
       href="/publications/conquest/fall-2013/abbott-acquires-md-anderson-technology-company
       .html">CANCER BRIEFINGS</a></li>
68197  <li class="primary-nav-item"><a
       href="/publications/conquest/fall-2013/specialty-shop-caters-to-cancer-patients.html"
       >Sign of hope: Appearances count</a></li>
68198  <li class="primary-nav-item"><a
       href="/publications/conquest/fall-2013/wyatt-mcspadden-behind-the-lens-again.html">
       Moving forward</a></li>
68199  </ul>
68200  </nav>
68201  </div>
68202  </section>
68203  </div>
68204  </div>
68205  </div></li>
68206  <li class="primary-nav-item has-subnav"><a
       href="/publications/conquest/summer-2013.html">Summer 2013</a>
68207  <div class="subnav-mask">
68208  <div class="subnav-wrapper">
68209  <div class="subnav col10 pad">
68210  <section class="nested">
68211  <div class="col4 main-column">
68212  <nav class="secondary">
68213  <ul>
68214  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2013.html"
       aria-label="Back to Summer 2013">Summer 2013</a></li>
68215  <li class="primary-nav-item">
68216  <a href="/publications/conquest/summer-2013.html" aria-label="Summer 2013
       Home">Summer 2013 Home</a></li>
68217  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/moon-shots-program-update.html">FRONTLINE</a
       ></li>
68218  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/why-cancer-vaccines-haven-t-worked.html">
       Self-sabotage</a></li>
68219  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/continuing-to-tackle-lung-cancer-prevention.
       html">Practice, patterns and perceptions</a></li>
68220  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/neurodegenerative-consortium.html">New
       therapeutic strategies for protecting the nervous system</a></li>
68221  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/magnificent-seven.html">A magnificent
       seven</a></li>
68222  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/mantle-cell-lymphoma.html">Mantle cell
       lymphoma</a></li>
68223  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/low-grade-serous-ovarian-cancer.html">Low-
       grade serous ovarian cancer</a></li>
68224  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/head-and-neck-cancers.html">Head and neck
       cancers</a></li>
68225  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/rhabdomyosarcoma.html">Rhabdomyosarcoma</a><
       /li>
68226  <li class="primary-nav-item"><a
       href="/publications/conquest/summer-2013/chronic-myeloid-leukemia.html">Chronic
       myeloid leukemia</a></li>
```

```
68227  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/advanced-thyroid-cancer.html">Advanced
   …   thyroid cancer</a></li>
68228  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/pancreatic-neuroendocrine-tumor.html">
   …   Pancreatic neuroendocrine tumor</a></li>
68229  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/picture-this-chaplaincy.html">Picture This:
   …   Chaplaincy</a></li>
68230  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/patients-of-all-ages.html">Patients of all
   …   ages</a></li>
68231  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/new-space-new-services.html">New space, new
   …   services</a></li>
68232  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/a-change-in-the-trend.html">A change in the
   …   trend</a></li>
68233  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/kids-are-still-kids.html">Kids are still
   …   kids</a></li>
68234  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/different-strokes-for-younger-folks.html">
   …   Different strokes for younger folks</a></li>
68235  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/teens-make-an-impact.html">Teens make an
   …   imPACT</a></li>
68236  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/thinking-ahead.html">Thinking ahead</a></li>
68237  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/bam-bam-goes-the-mri.html">Bam, bam goes the
   …   MRI</a></li>
68238  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/leveraging-a--village-.html">Leveraging a
   …   'village'</a></li>
68239  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/clinical-trials-on-a-patient-s-doorstep.html
   …   ">Clinical trials on a patient's doorstep</a></li>
68240  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/why-lifestyle-choices-matter.html">Why
   …   lifestyle choices matter</a></li>
68241  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/eliminating-barriers.html">Eliminating
   …   barriers</a></li>
68242  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/future-of-health-care-in-good-hands.html">
   …   Future of health care in good hands</a></li>
68243  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/signs-of-hope-hitting-the-high-notes.html">
   …   Signs of Hope: Hitting the high notes</a></li>
68244  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/moving-forward.html">Moving Forward</a></li>
68245  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/conquest-audio-summer-2013.html">Audio:
   …   Conquest summer 2013</a></li>
68246  </ul>
68247  </nav>
68248  </div>
68249  </section>
68250  </div>
68251  </div>
68252  </div></li>
68253  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/spring-2013.html">Spring 2013</a>
68254  <div class="subnav-mask">
68255  <div class="subnav-wrapper">
68256  <div class="subnav col10 pad">
68257  <section class="nested">
```

```
68258  <div class="col4 main-column">
68259  <nav class="secondary">
68260  <ul>
68261  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2013.html"
    …  aria-label="Back to Spring 2013">Spring 2013</a></li>
68262  <li class="primary-nav-item">
68263  <a href="/publications/conquest/spring-2013.html" aria-label="Spring 2013
    …  Home">Spring 2013 Home</a></li>
68264  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/frontline-cancer-research.html">Frontline</a
    …  ></li>
68265  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/stem-cell-transplant.html">A most personal
    …  gift</a></li>
68266  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/infographic-cord-blood-bank.html">
    …  Infographic:</a></li>
68267  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/transplantation.html">Transplantation</a></
    …  li>
68268  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/picture-this-the-learning-center.html">
    …  Picture This: The Learning Center</a></li>
68269  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/big-data-analytics.html">Demystifying big
    …  data</a></li>
68270  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/collaboration-speeds-drug-discovery.html">
    …  Moon shots program update</a></li>
68271  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/parks-and-gardens.html">Gardens</a></li>
68272  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/cancer-prevention-studies.html">Prevention</
    …  a></li>
68273  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/military-service.html">Prevention</a></li>
68274  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/second-hand-smoke.html">Cancer
    …  Briefings</a></li>
68275  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/social-media.html">Cancer Briefings</a></li>
68276  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/mexico-and-texas-fight-tobacco-use.html">
    …  Cancer Briefings</a></li>
68277  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/quit-smoking-support.html">Quit
    …  smoking</a></li>
68278  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/cancer-and-exercise.html">Moving
    …  Forward:</a></li>
68279  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2013/volunteer-endowment-for-patient-support.html
    …  ">Signs of Hope:</a></li>
68280  </ul>
68281  </nav>
68282  </div>
68283  </section>
68284  </div>
68285  </div>
68286  </div></li>
68287  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/fall-2012.html">Fall 2012</a>
68288  <div class="subnav-mask">
68289  <div class="subnav-wrapper">
68290  <div class="subnav col10 pad">
68291  <section class="nested">
68292  <div class="col4 main-column">
68293  <nav class="secondary">
```

```
68294 <ul
68295 <li class="mobile-nav-back"><a href="/publications/conquest/fall-2012.html"
  …  aria-label="Back to Fall 2012">Fall 2012</a></li>
68296 <li class="primary-nav-item">
68297 <a href="/publications/conquest/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
  …  Home</a></li>
68298 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/moon-shots-program.html">MD Anderson's Moon
  …  Shots Program</a></li>
68299 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/initial-moon-shots.html">Quick look:</a></li>
68300 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/frontline-lastest-research.html">Frontline</a>
  …  </li>
68301 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/reconstructive-plastic-surgery.html">Restoring
  …  the body, renewing the spirit</a></li>
68302 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/robotic-surgery.html">Plastic Surgery</a></li>
68303 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/relieving-lymphedema-symptoms.html">Plastic
  …  surgery</a></li>
68304 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/facial-reconstruction.html">Plastic
  …  surgery</a></li>
68305 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/medical-dosimetry.html">Picture This: Medical
  …  Dosimetry Program</a></li>
68306 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/symptom-research.html">'The final marker is
  …  the patient'</a></li>
68307 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/healthy-recipe-cookbook.html">Food for
  …  thought</a></li>
68308 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/graduate-school-commencement.html">
  …  Opportunities knock</a></li>
68309 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/palliative-care.html">A 'good death'</a></li>
68310 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/t-cell-lymphoma-in-dogs.html">A new twist on
  …  an old partnership</a></li>
68311 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/sexual-intimacy.html">When the thrill is
  …  gone</a></li>
68312 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/best-hospitals.html">MD Anderson No. 1 in
  …  cancer care again</a></li>
68313 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/childhood-cancer-survivors.html">Moving
  …  Forward: Nurses who know</a></li>
68314 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/childhood-cancer-research-interns.html">Moving
  …  Forward: Through the microscope</a></li>
68315 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/stem-cell-transplant.html">Signs of Hope:
  …  Transplanted blessings</a></li>
68316 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/conquest-survey.html">Readers seek research,
  …  treatment news</a></li>
68317 <li class="primary-nav-item"><a
  …  href="/publications/conquest/fall-2012/audio-conquest-fall-2012.html">Audio: Conquest
  …  fall 2012</a></li>
68318 </ul>
68319 </nav>
68320 </div>
68321 </section>
68322 </div>
```

```
68323  </div></li>
68324  </div></li>
68325  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/summer-2012.html">Summer 2012</a>
68326  <div class="subnav-mask">
68327  <div class="subnav-wrapper">
68328  <div class="subnav col10 pad">
68329  <section class="nested">
68330  <div class="col4 main-column">
68331  <nav class="secondary">
68332  <ul>
68333  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2012.html"
    …  aria-label="Back to Summer 2012">Summer 2012</a></li>
68334  <li class="primary-nav-item">
68335  <a href="/publications/conquest/summer-2012.html" aria-label="Summer 2012
    …  Home">Summer 2012 Home</a></li>
68336  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/research-advances.html">Frontline</a></li>
68337  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/pain-management.html">Frontline</a></li>
68338  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/telomeres-telomerase.html">Telomeres,
    …  telomerase play key roles</a></li>
68339  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/breast-cancer-endocrine-therapy.html">
    …  Seeking more accurate predictors, treatment</a></li>
68340  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/breast-cancer-vaccine.html">Hybrid vaccine
    …  shows promise</a></li>
68341  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/investigational-drugs-ewings-sarcoma.html">
    …  COMBINATION MAY UNLOCK TREATMENT RESISTANCE</a></li>
68342  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/platelets-ovarian-cancer.html">Historical
    …  marker</a></li>
68343  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/melanoma-brain-metastases.html">Drug shrinks
    …  melanoma brain metastases</a></li>
68344  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/Where-change-begins.html">Where change
    …  begins</a></li>
68345  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/quality-engineers.html">Quality
    …  improvement</a></li>
68346  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/environment-recycle.html">Green
    …  medicine</a></li>
68347  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/regional-care-centers.html">Going the
    …  distance</a></li>
68348  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/myelofibrosis.html">When life is
    …  good</a></li>
68349  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/beauty-barber-shop.html">Picture This:
    …  Beauty/Barber Shop</a></li>
68350  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/medical-training-simulation.html">Practice
    …  makes perfect</a></li>
68351  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/integrative-medicine.html">A 'whole' in one
    …  center</a></li>
68352  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/pharmacy-drug-shortage.html">When the
    …  pipeline dries up</a></li>
68353  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/cancer-briefings.html">Cancer
    …  Briefings</a></li>
```

```
68354 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2012/telesurgery-att.html">Planting seeds to
    … shape the future</a></li>
68355 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2012/xerostomia-acupuncture.html">When it's hard
    … to swallow</a></li>
68356 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2012/collage-patient-art.html">Signs of Hope:
    … COLLAGE</a></li>
68357 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2012/moving-forward-burkitt-s-lymphoma.html">
    … Moving Forward: Jameisha Brown</a></li>
68358 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2012/conquest-audio-summer-2012.html">Audio</a></
    … li>
68359 </ul>
68360 </nav>
68361 </div>
68362 </section>
68363 </div>
68364 </div>
68365 </div></li>
68366 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest/spring-2012.html">Spring 2012</a>
68367 <div class="subnav-mask">
68368 <div class="subnav-wrapper">
68369 <div class="subnav col10 pad">
68370 <section class="nested">
68371 <div class="col4 main-column">
68372 <nav class="secondary">
68373 <ul>
68374 <li class="mobile-nav-back"><a href="/publications/conquest/spring-2012.html"
    … aria-label="Back to Spring 2012">Spring 2012</a></li>
68375 <li class="primary-nav-item">
68376 <a href="/publications/conquest/spring-2012.html" aria-label="Spring 2012
    … Home">Spring 2012 Home</a></li>
68377 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/cancer-research.html">Frontline</a></li>
68378 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/drug-development-cancer-research.html">
    … Academic Insight, Industrial Execution</a></li>
68379 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/weight-loss-obese-monkeys.html">Drug Leads
    … to Weight Loss in Obese Monkeys</a></li>
68380 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/chronic-lymphocytic-leukemia.html">New Drug
    … Controls CLL in Clinical Trials</a></li>
68381 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/acute-myeloid-leukemia.html">Vorinostat
    … Enhances Treatment for AML</a></li>
68382 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/myelodysplastic-syndromes.html">Guidance for
    … Myelodysplastic Syndrome</a></li>
68383 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/metastatic-breast-cancer.html">Frontline</a>
    … </li>
68384 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/partial-breast-irradiation-brachytherapy.
    … html">Frontline</a></li>
68385 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/anesthesiology-awake-craniotomy.html">The
    … Pilots of the OR</a></li>
68386 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/anesthesiology-technologists.html">
    … Cultivating a New Field</a></li>
68387 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2012/cancer-treatment-cancer-drug-targeted-
    … therapy.html">Picture This:</a></li>
```

```
68388  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/underserved-minority-health.html">The
   …   Privilege Is in the Service</a></li>
68389  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/faces-of-care.html">MDA at LBJ</a></li>
68390  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/cancer-screenings.html">Behind the
   …   Scenes</a></li>
68391  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/nutrition-diet-and-cancer.html">Clinical
   …   Nutrition</a></li>
68392  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/md-anderson-news.html">Cancer
   …   Briefings</a></li>
68393  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/john-mendelsohn.html">Cancer
   …   briefings</a></li>
68394  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/exercise-and-cancer.html">15-minute
   …   Investment in a Longer Life</a></li>
68395  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/conquest-annual-report-survey.html">Conquest
   …   , Annual Report Survey</a></li>
68396  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/bladder-cancer.html">Moving Forward: Gus,
   …   Bob and Larry</a></li>
68397  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/voice-box-damage.html">Signs of
   …   Hope:</a></li>
68398  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2012/conquest-spring-2012-audio.html">Audio:
   …   Conquest spring 2012</a></li>
68399  </ul>
68400  </nav>
68401  </div>
68402  </section>
68403  </div>
68404  </div>
68405  </div></li>
68406  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/fall-2011.html">Fall 2011</a>
68407  <div class="subnav-mask">
68408  <div class="subnav-wrapper">
68409  <div class="subnav col10 pad">
68410  <section class="nested">
68411  <div class="col4 main-column">
68412  <nav class="secondary">
68413  <ul>
68414  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2011.html"
   …   aria-label="Back to Fall 2011">Fall 2011</a></li>
68415  <li class="primary-nav-item">
68416  <a href="/publications/conquest/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
   …   Home</a></li>
68417  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/frontline-cancer-research.html">Frontline</a><
   …   /li>
68418  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/smokers-lung-cancer-screening.html">Answers
   …   for Long-Term Smokers</a></li>
68419  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/cytarabine-for-aml-shortage.html">Doctor steps
   …   to the fore</a></li>
68420  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/acute-lymphoblastic-leukemia-all.html">First
   …   of its kind for all</a></li>
68421  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/melanoma-vaccine.html">A Changing Landscape
   …   for Melanoma</a></li>
```

```
68422  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/yoga.html">Yoga Better Than Simple
   …   Stretching</a></li>
68423  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/squamous-cell-cancer.html">Genetic Variations
   …   May Aid Certain Patients</a></li>
68424  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/breast-cancer-test.html">Test Helps Predict
   …   Chemotherapy Response</a></li>
68425  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/ronald-depinho-president.html">Changing the
   …   Stories We Tell</a></li>
68426  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/lynda-chin.html">Lynda Chin 'Powerful Force in
   …   Science'</a></li>
68427  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/aging-and-cancer.html">Aging and Cancer: Two
   …   Sides of Same Coin</a></li>
68428  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/depinho-martial-arts.html">From Martial Arts
   …   to Cloning Oncogenes</a></li>
68429  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/depinho-colbert-report.html">Having Fun, While
   …   Staying on Message</a></li>
68430  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/blood-bank.html">Picture This: Blood
   …   Bank</a></li>
68431  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/bus-rounds-home-hospice.html">Journey Into
   …   Reality</a></li>
68432  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/geriatric-oncology.html">A Quiet
   …   Crisis</a></li>
68433  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/aging-support-for-cancer-patients.html">
   …   Support for Those Aging With Cancer</a></li>
68434  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/seer-database.html">SEER Database 'Exceptional
   …   Resource'</a></li>
68435  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/education-training.html">A Firm
   …   Foundation</a></li>
68436  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/3-d-virtual-radiotherapy-training.html">3-D
   …   Isn't Just for the Movies</a></li>
68437  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/school-of-health-professions.html">Memorable
   …   Day, Rewarding Career</a></li>
68438  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/khalifa-bin-zayed-al-nahyan-foundation.html">
   …   Largest-Ever Donation</a></li>
68439  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/nasa-banner-mid-campus-us-news.html">Cancer
   …   Briefings</a></li>
68440  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/marble-in-space.html">Cancer
   …   Briefings</a></li>
68441  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/banner-md-anderson.html">'Lantern of Hope'
   …   Shines in Arizona</a></li>
68442  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/mid-campus-building.html">Mid Campus Building
   …   Has Intelligent Design</a></li>
68443  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/us-news-ranking.html">MD Anderson Retains Top
   …   Cancer Ranking</a></li>
68444  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2011/children-s-art-project.html">Signs of
```

```
68444…  Hope</a></li>
68445   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2011/karissa-ma-breast-cancer.html">Moving
        Forward:</a></li>
68446   </ul>
68447   </nav>
68448   </div>
68449   </section>
68450   </div>
68451   </div>
68452   </div></li>
68453   <li class="primary-nav-item has-subnav"><a
…       href="/publications/conquest/summer-2011.html">Summer 2011</a>
68454   <div class="subnav-mask">
68455   <div class="subnav-wrapper">
68456   <div class="subnav col10 pad">
68457   <section class="nested">
68458   <div class="col4 main-column">
68459   <nav class="secondary">
68460   <ul>
68461   <li class="mobile-nav-back"><a href="/publications/conquest/summer-2011.html"
…       aria-label="Back to Summer 2011">Summer 2011</a></li>
68462   <li class="primary-nav-item">
68463   <a href="/publications/conquest/summer-2011.html" aria-label="Summer 2011
…       Home">Summer 2011 Home</a></li>
68464   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/depinho-md-anderson-president.html">DePinho
…       next MD Anderson president</a></li>
68465   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/herceptin-for-breast-cancer.html">Roadblock
…       Clears Path for Herceptin</a></li>
68466   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/cancer-research-news.html">Also in the
…       News:</a></li>
68467   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/lung-cancer-protein-inhibited.html">Lung
…       Cancer</a></li>
68468   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/genes-predict-response-to-tarceva.html">Lung
…       Cancer</a></li>
68469   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/bladder-cancer-risk.html">Another Key to
…       Bladder Cancer Risk</a></li>
68470   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/john-mendelsohn-office.html">Picture
…       This:</a></li>
68471   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/john-mendelsohn.html">Legacy of a
…       President:</a></li>
68472   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/john-and-anne-mendelsohn.html">Through
…       Whirlwind and Calm</a></li>
68473   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/visionary.html">Visionary:</a></li>
68474   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/researcher.html">Researcher:</a></li>
68475   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/pioneer-cancer-treatment.html">Pioneer:</a><
…       /li>
68476   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/leader-growth.html">Leader:</a></li>
68477   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/ambassador.html">Ambassador:</a></li>
68478   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/educator.html">Educator:</a></li>
68479   <li class="primary-nav-item"><a
…       href="/publications/conquest/summer-2011/architect-global.html">Architect:
…       Structured, Global Relationships</a></li>
```

```
68480  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/fundraiser-philanthropy.html">Fundraiser: On
   …   the Money</a></li>
68481  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/nurses-caring-for-cancer-patients.html">
   …   Questioning Traditions, Standards, Basics</a></li>
68482  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/compression-stockings-for-vte.html">Thigh-
   …   High Versus Knee-High</a></li>
68483  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/blood-pressure-machines.html">The Undeniable
   …   Pressure of Evidence</a></li>
68484  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/child-visitation-policy.html">Together When
   …   They Need Each Other Most</a></li>
68485  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/cancer-survivor-john-holland.html">Moving
   …   Forward: John Holland</a></li>
68486  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2011/conquest-audio-summer-2011.html">Conquest
   …   Audio - Summer 2011</a></li>
68487  </ul>
68488  </nav>
68489  </div>
68490  </section>
68491  </div>
68492  </div>
68493  </div></li>
68494  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/spring-2011.html">Spring 2011</a>
68495  <div class="subnav-mask">
68496  <div class="subnav-wrapper">
68497  <div class="subnav col10 pad">
68498  <section class="nested">
68499  <div class="col4 main-column">
68500  <nav class="secondary">
68501  <ul>
68502  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2011.html"
   …   aria-label="Back to Spring 2011">Spring 2011</a></li>
68503  <li class="primary-nav-item">
68504  <a href="/publications/conquest/spring-2011.html" aria-label="Spring 2011
   …   Home">Spring 2011 Home</a></li>
68505  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/mendelsohn-to-leave-presidency.html">
   …   Mendelsohn to Leave the 'Best Job'</a></li>
68506  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/also-in-the-news.html">Also in the
   …   News</a></li>
68507  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/breast-cancer-survival.html">Breast Cancer
   …   Survival on the Rise</a></li>
68508  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/lungs-that-function.html">Lungs That
   …   Function Not Taken for Granted</a></li>
68509  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/pulmonary-rehabilitation.html">Pulmonary
   …   Rehabilitation Empowers Patients</a></li>
68510  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/airway-inflammation.html">Keeping an Eye on
   …   Airway Inflammation</a></li>
68511  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/sleep-disorders.html">Sleep Disorders Can Be
   …   Major Burden</a></li>
68512  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/cancer-rehabilitation.html">Picture
   …   This:</a></li>
68513  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2011/nursing-innovations.html">A formidable
```

```
68513… force</a></li>
68514 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/nursing-congress.html">Nurses Find Ways to
    … Own Their Practice</a></li>
68515 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/good-catch-program.html">Good Catch Program
    … Eyes Potential Errors</a></li>
68516 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/physician-communication-skills.html">The
    … Patient-Physician Relationship</a></li>
68517 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/adolescents-young-adults.html">Focus on
    … Adolescent, Young Adult Age Gap</a></li>
68518 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/cancer-prevention-studies.html">The best
    … line of defense</a></li>
68519 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/pickens-gift.html">MD Anderson Leverages
    … Pickens' Gift</a></li>
68520 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/fundraising-campaign.html">MD Anderson Meets
    … $1 Billion Goal</a></li>
68521 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/nanotechnologies.html">Cancer
    … briefings</a></li>
68522 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/ventilator-associated-pneumonia.html">MD
    … Anderson Honored for Efforts in ICU</a></li>
68523 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/italian-patient.html">Italian Patient Now
    … Triathlete</a></li>
68524 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2011/radiation-bells.html">Signs of hope</a></li>
68525 </ul>
68526 </nav>
68527 </div>
68528 </section>
68529 </div>
68530 </div>
68531 </div></li>
68532 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest/fall-2010.html">Fall 2010</a>
68533 <div class="subnav-mask">
68534 <div class="subnav-wrapper">
68535 <div class="subnav col10 pad">
68536 <section class="nested">
68537 <div class="col4 main-column">
68538 <nav class="secondary">
68539 <ul>
68540 <li class="mobile-nav-back"><a href="/publications/conquest/fall-2010.html"
    … aria-label="Back to Fall 2010">Fall 2010</a></li>
68541 <li class="primary-nav-item">
68542 <a href="/publications/conquest/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
    … Home</a></li>
68543 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2010/global-cancer-programs.html">Branching Out to
    … Conquer Cancer</a></li>
68544 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2010/health-disparities.html">Frontline</a></li>
68545 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2010/ovarian-cancer.html">Frontline</a></li>
68546 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2010/lung-cancer.html">Selenium Not Useful Against
    … Lung Cancer</a></li>
68547 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2010/shark-cartilage.html">Shark Cartilage Extract
    … Shows No Benefit</a></li>
68548 <li class="primary-nav-item"><a
```

```
68548  href="/publications/conquest/fall-2010/cml-drugs.html">New Generation of Drugs for
    …  CML</a></li>
68549  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/cancer-care-in-japan.html">Cultural Shift in
    …  Cancer Care</a></li>
68550  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/international-patients.html">Paving Way for
    …  International Patients</a></li>
68551  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/ovarian-cancer-study.html">Ovarian Cancer
    …  Study a Life-Saver</a></li>
68552  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/cancer-nursing-development.html">Programs
    …  Nurture Nursing Legacy</a></li>
68553  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/nursing-externs.html">Externs Develop
    …  Confidence, Love of Nursing</a></li>
68554  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/oncology-nursing.html">Nursing Fellowship
    …  Highly Sought After</a></li>
68555  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/mohs-surgery.html">Mohs Surgery Is 'Gold
    …  Standard'</a></li>
68556  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/stem-cell-transplant.html">Sign of
    …  hope</a></li>
68557  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/bone-disease.html">Bone Disease Program of
    …  Texas Meets Goal</a></li>
68558  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/cancer-vaccine.html">Cancer Vaccine Efforts
    …  Get Boost</a></li>
68559  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/us-news.html">MD Anderson Maintains No. 1
    …  Ranking</a></li>
68560  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/magnet-nursing.html">Nursing Earns Magnet for
    …  Third Time</a></li>
68561  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/adrenocortical-carcinoma.html">Moving
    …  forward</a></li>
68562  <li class="primary-nav-item"><a
    …  href="/publications/conquest/fall-2010/cancer-news.html">Also in the News</a></li>
68563  </ul>
68564  </nav>
68565  </div>
68566  </section>
68567  </div>
68568  </div>
68569  </div></li>
68570  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/summer-2010.html">Summer 2010</a>
68571  <div class="subnav-mask">
68572  <div class="subnav-wrapper">
68573  <div class="subnav col10 pad">
68574  <section class="nested">
68575  <div class="col4 main-column">
68576  <nav class="secondary">
68577  <ul>
68578  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2010.html"
    …  aria-label="Back to Summer 2010">Summer 2010</a></li>
68579  <li class="primary-nav-item">
68580  <a href="/publications/conquest/summer-2010.html" aria-label="Summer 2010
    …  Home">Summer 2010 Home</a></li>
68581  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/chemo-combo-for-endometrial-patients.html">
    …  Chemo Combo Shows Promise for Endometrial Cancer Patients</a></li>
68582  <li class="primary-nav-item"><a
```

```
68582  href="/publications/conquest/summer-2010/battle-against-lung-cancer.html">Frontline</
  …    a></li>
68583  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/chemoprevention-for-colon-cancer.html">
  …    Chemoprevention for Colon Cancer</a></li>
68584  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/busulfan-improves-transplant-outcomes.html">
  …    Busulfan Improves Outcomes for Stem Cell Transplant Patients</a></li>
68585  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/bladder-cancer-well-done-meat.html">Bladder
  …    Cancer Risk Higher for Those Who Eat Well-Done Meat</a></li>
68586  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/ovarian-cancer-stress.html">Stress Helps
  …    Ovarian Cancer Cells Escape</a></li>
68587  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/leukemia-treatment-outcomes-blood-count-test
  …    .html">Blood Count Test Helps Predict Leukemia Treatment Outcomes</a></li>
68588  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/genes-help-identify-glioblastomas.html">
  …    Genes Help Identify Some Glioblastomas</a></li>
68589  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/symptoms-stem-cell-transplants.html">Tool
  …    Measures Severity of Transplant-Related Symptoms</a></li>
68590  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/preventive-breast-surgery.html">New Guidance
  …    for Decisions on Preventive Breast Surgery</a></li>
68591  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/also-in-the-news.html">Also in the
  …    News</a></li>
68592  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/survivorship.html">Survivorship:</a></li>
68593  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/stem-cell-transplant-survivors.html">Stem
  …    Cell Transplant</a></li>
68594  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/ovarian-cancer-survivor.html">Survivorship</
  …    a></li>
68595  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/radiological-physics-clinical-trials.html">
  …    Radiological Physics Center</a></li>
68596  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/childrens-cancer-hospital.html">Pediatrics</
  …    a></li>
68597  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/cancer-prevention-research-training-program.
  …    html">Education</a></li>
68598  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/volunteer-pilots-grace-flight.html">A
  …    graceful way to fly</a></li>
68599  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/cancer-survivors-stories.html">Cancer
  …    Survivors' Stories:</a></li>
68600  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/baseline-pet-scans.html">Baseline PET Scans
  …    Becoming More Routine</a></li>
68601  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/yoga-get-nci-support.html">Yoga Gets
  …    Resounding Support From NCI</a></li>
68602  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/depression-and-smoking-project-soar.html">
  …    Project SOAR: Depression, Smoking Collide</a></li>
68603  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/living-legend-sam-nunn.html">Nunn Highlights
  …    'Living Legend' Event</a></li>
68604  <li class="primary-nav-item"><a
  …    href="/publications/conquest/summer-2010/moving-forward-lisa-richardson.html">Moving
  …    Forward:</a></li>
68605  <li class="primary-nav-item"><a
```

```
68605…  href="/publications/conquest/summer-2010/beads-of-courage.html">Signs of
  …    Hope:</a></li>
68606  </ul>
68607  </nav>
68608  </div>
68609  </section>
68610  </div>
68611  </div>
68612  </div></li>
68613  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/conquest/spring-2010.html">Spring 2010</a>
68614  <div class="subnav-mask">
68615  <div class="subnav-wrapper">
68616  <div class="subnav col10 pad">
68617  <section class="nested">
68618  <div class="col4 main-column">
68619  <nav class="secondary">
68620  <ul>
68621  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2010.html"
  …    aria-label="Back to Spring 2010">Spring 2010</a></li>
68622  <li class="primary-nav-item">
68623  <a href="/publications/conquest/spring-2010.html" aria-label="Spring 2010
  …    Home">Spring 2010 Home</a></li>
68624  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/making-cancer-history-.html">What's in a
  …    Name?</a></li>
68625  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/multiple-myeloma.html">An Advance for
  …    Multiple Myeloma Patients</a></li>
68626  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/metastasis.html">Team of Two Oncoproteins
  …    Crucial Step in Metastasis</a></li>
68627  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/pancreatic-cancer.html">Blood Test May
  …    Detect Pancreatic Cancer</a></li>
68628  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/small-cell-lung-cancer.html">Combined
  …    Therapies Show Promise in Small Cell Lung Cancer</a></li>
68629  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/smoking-among-mexican-americans.html">What
  …    Predicts Smoking Risk for Mexican-American Youth?</a></li>
68630  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/racial-disparities-in-radiation-therapy.html
  …    ">Racial Disparities in Radiation Therapy for Early-Stage Breast Cancer</a></li>
68631  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/pathology.html">Pathology:</a></li>
68632  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/spore-grants.html">Found in
  …    Translation:</a></li>
68633  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/prostate-cancer.html">Enlightened
  …    Choices:</a></li>
68634  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/transform-cancer-care.html">Transforming
  …    Cancer Care:</a></li>
68635  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/symptom-management.html">Supportive Care
  …    Center</a></li>
68636  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/living-legend.html">Cancer
  …    briefings</a></li>
68637  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/radiation-treatment-in-turkey.html">Cancer
  …    briefings</a></li>
68638  <li class="primary-nav-item"><a
  …    href="/publications/conquest/spring-2010/childhood-obesity.html">Attacking Childhood
  …    Obesity With 'CAN DO' Attitude</a></li>
68639  <li class="primary-nav-item"><a
```

```
68639…  href="/publications/conquest/spring-2010/regional-care-katy.html">Katy Center Adds
    …   Medical Oncology Services</a></li>
68640   <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2010/kevin-olson.html">Moving Forward:</a></li>
68641   </ul>
68642   </nav>
68643   </div>
68644   </section>
68645   </div>
68646   </div>
68647   </div></li>
68648   </ul>
68649   </nav>
68650   </div>
68651   </section>
68652   </div>
68653   </div>
68654   </div></li>
68655   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health.html">Focused on Health</a>
68656   <div class="subnav-mask">
68657   <div class="subnav-wrapper">
68658   <div class="subnav col10 pad">
68659   <section class="nested">
68660   <div class="col4 main-column">
68661   <nav class="secondary">
68662   <ul>
68663   <li class="mobile-nav-back"><a href="/publications/focused-on-health.html"
    …   aria-label="Back to Focused on Health">Focused on Health</a></li>
68664   <li class="primary-nav-item">
68665   <a href="/publications/focused-on-health.html" aria-label="Focused on Health
    …   Home">Focused on Health Home</a></li>
68666   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/August2016.html">August 2016</a>
68667   <div class="subnav-mask">
68668   <div class="subnav-wrapper">
68669   <div class="subnav col10 pad">
68670   <section class="nested">
68671   <div class="col4 main-column">
68672   <nav class="secondary">
68673   <ul>
68674   <li class="mobile-nav-back"><a href="/publications/focused-on-health/August2016.html"
    …   aria-label="Back to August 2016">August 2016</a></li>
68675   <li class="primary-nav-item">
68676   <a href="/publications/focused-on-health/August2016.html" aria-label="August 2016
    …   Home">August 2016 Home</a></li>
68677   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/August2016/foods-lower-cancerrisk.html">Try
    …   these foods to help lower your cancer risk</a></li>
68678   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/August2016/Protect-kids-from-tanning.html">How
    …   to protect kids from the tanning bed trap</a></li>
68679   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/August2016/build-a-healthy-plate.html">Building
    …   a healthy plate</a></li>
68680   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/August2016/questions-to-ask-doctor-cancer-
    …   prevention.html">Questions to ask your doctor about cancer prevention</a></li>
68681   </ul>
68682   </nav>
68683   </div>
68684   </section>
68685   </div>
68686   </div>
68687   </div></li>
68688   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/July2016.html">July 2016</a>
68689   <div class="subnav-mask">
```

```
68690 <div class="subnav-wrapper">
68691 <div class="subnav col10 pad">
68692 <section class="nested">
68693 <div class="col4 main-column">
68694 <nav class="secondary">
68695 <ul>
68696 <li class="mobile-nav-back"><a href="/publications/focused-on-health/July2016.html"
   …  aria-label="Back to July 2016">July 2016</a></li>
68697 <li class="primary-nav-item">
68698 <a href="/publications/focused-on-health/July2016.html" aria-label="July 2016
   …  Home">July 2016 Home</a></li>
68699 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/July2016/BMI-four-things-you-should-know.html">
   …  BMI: 4 things you should know</a></li>
68700 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/July2016/carbs-101.html">Carbs 101</a></li>
68701 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/July2016/birth-control-pill-and-cancer-risk.
   …  html">The pill and cancer: Is there a link?</a></li>
68702 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/July2016/lower-eyelid-cancer-risk.html">How to
   …  help lower your eyelid cancer risk</a></li>
68703 </ul>
68704 </nav>
68705 </div>
68706 </section>
68707 </div>
68708 </div>
68709 </div></li>
68710 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/June2016.html">June 2016</a>
68711 <div class="subnav-mask">
68712 <div class="subnav-wrapper">
68713 <div class="subnav col10 pad">
68714 <section class="nested">
68715 <div class="col4 main-column">
68716 <nav class="secondary">
68717 <ul>
68718 <li class="mobile-nav-back"><a href="/publications/focused-on-health/June2016.html"
   …  aria-label="Back to June 2016">June 2016</a></li>
68719 <li class="primary-nav-item">
68720 <a href="/publications/focused-on-health/June2016.html" aria-label="June 2016
   …  Home">June 2016 Home</a></li>
68721 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/June2016/how-sunscreen-works.html">How
   …  sunscreen works</a></li>
68722 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/June2016/eating-healthy-tips.html">Eating
   …  healthy in an unhealthy world</a></li>
68723 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/June2016/add-more-activity-workday.html">How to
   …  add more activity to your workday</a></li>
68724 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/June2016/vitamin-d-and-skin-cancer.html">
   …  Vitamin D: What you should know</a></li>
68725 </ul>
68726 </nav>
68727 </div>
68728 </section>
68729 </div>
68730 </div>
68731 </div></li>
68732 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/May2016.html">May 2016</a>
68733 <div class="subnav-mask">
68734 <div class="subnav-wrapper">
68735 <div class="subnav col10 pad">
68736 <section class="nested">
```

```
68737  <div class="col4 main-column">
68738  <nav class="secondary">
68739  <ul>
68740  <li class="mobile-nav-back"><a href="/publications/focused-on-health/May2016.html"
    …  aria-label="Back to May 2016">May 2016</a></li>
68741  <li class="primary-nav-item">
68742  <a href="/publications/focused-on-health/May2016.html" aria-label="May 2016 Home">May
    …  2016 Home</a></li>
68743  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/health-benefits-cycling.html">5 Health
    …  benefits of cycling</a></li>
68744  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/cycling-for-beginners.html">Cycling for
    …  beginners</a></li>
68745  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/skin-screening-what-to-expect.html">
    …  Skin screening: What to expect</a></li>
68746  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/lawncare-cancer-risk.html">Lawn care
    …  and your cancer risk</a></li>
68747  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/eat-less-red-meat.html">Challenge: Eat
    …  less red meat</a></li>
68748  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/May2016/your-guide-to-eating-less-red-meat.html
    …  ">Guide: Eat less red meat</a></li>
68749  </ul>
68750  </nav>
68751  </div>
68752  </section>
68753  </div>
68754  </div>
68755  </div></li>
68756  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/April2016.html">April 2016</a>
68757  <div class="subnav-mask">
68758  <div class="subnav-wrapper">
68759  <div class="subnav col10 pad">
68760  <section class="nested">
68761  <div class="col4 main-column">
68762  <nav class="secondary">
68763  <ul>
68764  <li class="mobile-nav-back"><a href="/publications/focused-on-health/April2016.html"
    …  aria-label="Back to April 2016">April 2016</a></li>
68765  <li class="primary-nav-item">
68766  <a href="/publications/focused-on-health/April2016.html" aria-label="April 2016
    …  Home">April 2016 Home</a></li>
68767  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/April2016/Get-more-energy.html">Healthy ways to
    …  get more energy</a></li>
68768  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/April2016/best-health-information-online.html">
    …  How to find the best health information online</a></li>
68769  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/April2016/exercise-shoe-guide.html">Which
    …  exercise shoe is right for you?</a></li>
68770  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/April2016/colon-cancer-screening--colonoscopy-
    …  vs-virtual-colonoscopy.html">Get the Facts: Colonoscopy vs. Virtual
    …  Colonoscopy</a></li>
68771  </ul>
68772  </nav>
68773  </div>
68774  </section>
68775  </div>
68776  </div>
68777  </div></li>
68778  <li class="primary-nav-item has-subnav"><a
```

```
68778… href="/publications/focused-on-health/march-2016.html">March 2016</a>
68779 <div class="subnav-mask">
68780 <div class="subnav-wrapper">
68781 <div class="subnav col10 pad">
68782 <section class="nested">
68783 <div class="col4 main-column">
68784 <nav class="secondary">
68785 <ul>
68786 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2016.html"
   … aria-label="Back to March 2016">March 2016</a></li>
68787 <li class="primary-nav-item">
68788 <a href="/publications/focused-on-health/march-2016.html" aria-label="March 2016
   … Home">March 2016 Home</a></li>
68789 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/march-2016/Howtoreadanutrtionlabel.html">How to
   … read a nutrition label</a></li>
68790 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/march-2016/Howadermatologistprotectsfherskin.
   … html">How a dermatologist protects her skin</a></li>
68791 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/march-2016/kidstoughsmokingquestions.html">Kids
   … tough smoking questions</a></li>
68792 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/march-2016/
   … thetruthbehindsixstrengthtrainingmyths.html">The truth behind six strength training
   … myths</a></li>
68793 </ul>
68794 </nav>
68795 </div>
68796 </section>
68797 </div>
68798 </div>
68799 </div></li>
68800 <li class="primary-nav-item has-subnav"><a
   … href="/publications/focused-on-health/february-2016.html">February 2016</a>
68801 <div class="subnav-mask">
68802 <div class="subnav-wrapper">
68803 <div class="subnav col10 pad">
68804 <section class="nested">
68805 <div class="col4 main-column">
68806 <nav class="secondary">
68807 <ul>
68808 <li class="mobile-nav-back"><a
   … href="/publications/focused-on-health/february-2016.html" aria-label="Back to
   … February 2016">February 2016</a></li>
68809 <li class="primary-nav-item">
68810 <a href="/publications/focused-on-health/february-2016.html" aria-label="February
   … 2016 Home">February 2016 Home</a></li>
68811 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/why-one-woman-decided-to-have-
   … genetic-testing-for-the-brca-mutat.html">Why one woman decided to have genetic
   … testing for the BRCA mutation</a></li>
68812 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/8-ways-to-help-your-kids-get-
   … exercise-indoors.html">8 ways to help your kids get exercise indoors</a></li>
68813 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/is-your-manicure-safe-.html">Is
   … your manicure safe?</a></li>
68814 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/how-fiber-helps-lower-your-cancer
   … -risk.html">How fiber helps lower your cancer risk</a></li>
68815 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/eat-less-processed-meat.html">
   … Guide: Eat less processed meat</a></li>
68816 <li class="primary-nav-item"><a
   … href="/publications/focused-on-health/february-2016/processed-meat-challenge.html">
   … Challenge: Eat less processed meat</a></li>
68817 </ul>
```

```
68818  </nav>
68819  </div>
68820  </section>
68821  </div>
68822  </div>
68823  </li>
68824  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/january-2016.html">January 2016</a>
68825  <div class="subnav-mask">
68826  <div class="subnav-wrapper">
68827  <div class="subnav col10 pad">
68828  <section class="nested">
68829  <div class="col4 main-column">
68830  <nav class="secondary">
68831  <ul>
68832  <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/january-2016.html" aria-label="Back to January
    …  2016">January 2016</a></li>
68833  <li class="primary-nav-item">
68834  <a href="/publications/focused-on-health/january-2016.html" aria-label="January 2016
    …  Home">January 2016 Home</a></li>
68835  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/january-2016/FOH-healthy-habit.html">How to
    …  make a change for good</a></li>
68836  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/january-2016/FOH-cleanses-detox-fasts.html">4
    …  things you should know about cleanses, detoxes and fasts</a></li>
68837  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/january-2016/FOH-smoking-testimonial.html">'It
    …  just feels wonderful not to smoke anymore'</a></li>
68838  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/january-2016/fruits-and-vegetables-guide.html">
    …  Guide: Eat more fruits and vegetables</a></li>
68839  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/january-2016/eat-more-fruits-and-vegetables.
    …  html">Challenge: Eat more fruits and vegetables</a></li>
68840  </ul>
68841  </nav>
68842  </div>
68843  </section>
68844  </div>
68845  </div>
68846  </div></li>
68847  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/december-2015.html">December 2015</a>
68848  <div class="subnav-mask">
68849  <div class="subnav-wrapper">
68850  <div class="subnav col10 pad">
68851  <section class="nested">
68852  <div class="col4 main-column">
68853  <nav class="secondary">
68854  <ul>
68855  <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/december-2015.html" aria-label="Back to
    …  December 2015">December 2015</a></li>
68856  <li class="primary-nav-item">
68857  <a href="/publications/focused-on-health/december-2015.html" aria-label="December
    …  2015 Home">December 2015 Home</a></li>
68858  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/december-2015/FOH-2015-prevention-news.html">
    …  The year in cancer prevention: 5 things you need to know</a></li>
68859  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/december-2015/FOH-2015-prevention-stories.html"
    …  >Our most popular cancer prevention stories in 2015</a></li>
68860  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/december-2015/FOH-energy-balance.html">Energy
    …  balance: What is it, and how can you achieve it?</a></li>
68861  <li class="primary-nav-item"><a
```

```
68861   href="/publications/focused-on-health/december-2015/FOH-colon-polyps.html">Colon
...     polyps: What to ask your doctor</a></li>
68862   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/december-2015/whole-grains-guide.html">Guide:
...     How to spot real whole grains</a></li>
68863   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/december-2015/whole-grains-challenge.html">
...     Challenge: Eat more whole grains</a></li>
68864   </ul>
68865   </nav>
68866   </div>
68867   </section>
68868   </div>
68869   </div>
68870   </div></li>
68871   <li class="primary-nav-item has-subnav"><a
...     href="/publications/focused-on-health/november-2015.html">November 2015</a>
68872   <div class="subnav-mask">
68873   <div class="subnav-wrapper">
68874   <div class="subnav col10 pad">
68875   <section class="nested">
68876   <div class="col4 main-column">
68877   <nav class="secondary">
68878   <ul>
68879   <li class="mobile-nav-back"><a
...     href="/publications/focused-on-health/november-2015.html" aria-label="Back to
...     November 2015">November 2015</a></li>
68880   <li class="primary-nav-item">
68881   <a href="/publications/focused-on-health/november-2015.html" aria-label="November
...     2015 Home">November 2015 Home</a></li>
68882   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/FOH-HPV-numbers.html">HPV by the
...     numbers</a></li>
68883   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/FOH-healthy-Thanksgiving.html">
...     How to make your Thanksgiving a little healthier</a></li>
68884   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/FOH-lung-screening.html">Q&amp;A:
...     Lung cancer screening</a></li>
68885   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/FOH-menopause-cancer.html">
...     Menopause and cancer risk: Get answers</a></li>
68886   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/dine-out-less-guide.html">Guide:
...     Dine out less</a></li>
68887   <li class="primary-nav-item"><a
...     href="/publications/focused-on-health/november-2015/dine-out-less-challenge.html">
...     Challenge: Dine out less</a></li>
68888   </ul>
68889   </nav>
68890   </div>
68891   </section>
68892   </div>
68893   </div>
68894   </div></li>
68895   <li class="primary-nav-item has-subnav"><a
...     href="/publications/focused-on-health/october-2015.html">October 2015</a>
68896   <div class="subnav-mask">
68897   <div class="subnav-wrapper">
68898   <div class="subnav col10 pad">
68899   <section class="nested">
68900   <div class="col4 main-column">
68901   <nav class="secondary">
68902   <ul>
68903   <li class="mobile-nav-back"><a
...     href="/publications/focused-on-health/october-2015.html" aria-label="Back to October
...     2015">October 2015</a></li>
68904   <li class="primary-nav-item">
```

```
68905 <a href="/publications/focused-on-health/october-2015.html" aria-label="October 2015
    … Home">October 2015 Home</a></li>
68906 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/FOH-3D-mammography.html">What you
    … should know about 3-D mammography</a></li>
68907 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/FOH-carcinogens.html">Is it a
    … carcinogen?</a></li>
68908 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/FOH-metabolism-myths.html">The
    … truth behind 5 metabolism myths</a></li>
68909 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/FOH-apples-pumpkins.html">Apples
    … and pumpkins: Tips to pick, store and prepare</a></li>
68910 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/alishias-challenge-eat-more-plant-
    … proteins.html">Challenge: Eat more plant proteins</a></li>
68911 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/october-2015/a-healthy-guide-to-plant-protein.
    … html">Guide: Eat more plant protein</a></li>
68912 </ul>
68913 </nav>
68914 </div>
68915 </section>
68916 </div>
68917 </div>
68918 </div></li>
68919 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/september-2015.html">September 2015</a>
68920 <div class="subnav-mask">
68921 <div class="subnav-wrapper">
68922 <div class="subnav col10 pad">
68923 <section class="nested">
68924 <div class="col4 main-column">
68925 <nav class="secondary">
68926 <ul>
68927 <li class="mobile-nav-back"><a
    … href="/publications/focused-on-health/september-2015.html" aria-label="Back to
    … September 2015">September 2015</a></li>
68928 <li class="primary-nav-item">
68929 <a href="/publications/focused-on-health/september-2015.html" aria-label="September
    … 2015 Home">September 2015 Home</a></li>
68930 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/FOH-colorectal-cancer-under-50.
    … html">What you should know about colorectal cancer if you're under 50</a></li>
68931 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/FOH-teen-smoking-risk-factors.
    … html">Teen smoking: 4 risk factors to watch for</a></li>
68932 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/FOH-protein-101.html">Protein
    … 101</a></li>
68933 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/FOH-prevention-groceries.html">
    … 41 foods that may reduce your cancer risk</a></li>
68934 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/alcohol-cancer.html">Guide:
    … Alcohol and cancer</a></li>
68935 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/september-2015/robs-challenge-to-drink-less-
    … alcohol.html">Challenge: Drink less alcohol</a></li>
68936 </ul>
68937 </nav>
68938 </div>
68939 </section>
68940 </div>
68941 </div>
68942 </div></li>
68943 <li class="primary-nav-item has-subnav"><a
```

```
68943…  href="/publications/focused-on-health/august-2015.html">August 2015</a>
68944  <div class="subnav-mask">
68945  <div class="subnav-wrapper">
68946  <div class="subnav col10 pad">
68947  <section class="nested">
68948  <div class="col4 main-column">
68949  <nav class="secondary">
68950  <ul>
68951  <li class="mobile-nav-back"><a
  …   href="/publications/focused-on-health/august-2015.html" aria-label="Back to August
  …   2015">August 2015</a></li>
68952  <li class="primary-nav-item">
68953  <a href="/publications/focused-on-health/august-2015.html" aria-label="August 2015
  …   Home">August 2015 Home</a></li>
68954  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/FOH-activity-trackers.html">
  …   Activity Trackers: Move More and Lower Your Cancer Risk</a></li>
68955  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/FOH-add-exercise.html">How to add
  …   more exercise and activity to your day</a></li>
68956  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/FOH-skin-cancer-risk.html">What's
  …   your skin cancer risk?</a></li>
68957  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/FOH-sunscreen-rules.html">Sunscreen
  …   : New rules for your protection</a></li>
68958  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/eat-breakfast-daily.html">Challenge
  …   : Eat breakfast daily</a></li>
68959  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/august-2015/guide-eat-breakfast-daily.html">
  …   Guide: Eat breakfast daily</a></li>
68960  </ul>
68961  </nav>
68962  </div>
68963  </section>
68964  </div>
68965  </div>
68966  </div></li>
68967  <li class="primary-nav-item has-subnav"><a
  …   href="/publications/focused-on-health/july-2015.html">July 2015</a>
68968  <div class="subnav-mask">
68969  <div class="subnav-wrapper">
68970  <div class="subnav col10 pad">
68971  <section class="nested">
68972  <div class="col4 main-column">
68973  <nav class="secondary">
68974  <ul>
68975  <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2015.html"
  …   aria-label="Back to July 2015">July 2015</a></li>
68976  <li class="primary-nav-item">
68977  <a href="/publications/focused-on-health/july-2015.html" aria-label="July 2015
  …   Home">July 2015 Home</a></li>
68978  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/july-2015/FOH-healthy-lunch-kids.html">Healthy
  …   lunch ideas for kids</a></li>
68979  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/july-2015/FOH-stress-meditation.html">Lower
  …   your stress with beginner meditation techniques</a></li>
68980  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/july-2015/FOH-portion-sizes.html">Portion sizes
  …   and your cancer risk</a></li>
68981  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/july-2015/FOH-first-mammogram.html">Your First
  …   Mammogram: What to Expect</a></li>
68982  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/july-2015/eat-a-balanced-snack.html">Challenge:
  …   Eat a balanced snack every few hours</a></li>
```

```
68983  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/july-2015/your-guide-for-a-healthy-snack.html">
…      Guide: How to make a healthy snack</a></li>
68984  </ul>
68985  </nav>
68986  </div>
68987  </section>
68988  </div>
68989  </div>
68990  </div></li>
68991  <li class="primary-nav-item has-subnav"><a
…      href="/publications/focused-on-health/june-2015.html">June 2015</a>
68992  <div class="subnav-mask">
68993  <div class="subnav-wrapper">
68994  <div class="subnav col10 pad">
68995  <section class="nested">
68996  <div class="col4 main-column">
68997  <nav class="secondary">
68998  <ul>
68999  <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2015.html"
…      aria-label="Back to June 2015">June 2015</a></li>
69000  <li class="primary-nav-item">
69001  <a href="/publications/focused-on-health/june-2015.html" aria-label="June 2015
…      Home">June 2015 Home</a></li>
69002  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/FOH-dietary-fats.html">Protect your
…      health with the right dietary fats</a></li>
69003  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/FOH-secondhand-smoke.html">Secondhand
…      smoke: Avoid the health risks</a></li>
69004  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/FOH-walking-schedule.html">Take the
…      first step: Walking for beginners</a></li>
69005  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/FOH-exercise-fast.html">Exercise: Get
…      it done in minutes</a></li>
69006  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/drink-more-water-less-soda-challenge.
…      html">Challenge: Drink more water</a></li>
69007  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/june-2015/water-tips-for-better-nutrition.html"
…      >Guide: Drink more water</a></li>
69008  </ul>
69009  </nav>
69010  </div>
69011  </section>
69012  </div>
69013  </div>
69014  </div></li>
69015  <li class="primary-nav-item has-subnav"><a
…      href="/publications/focused-on-health/may-2015.html">May 2015</a>
69016  <div class="subnav-mask">
69017  <div class="subnav-wrapper">
69018  <div class="subnav col10 pad">
69019  <section class="nested">
69020  <div class="col4 main-column">
69021  <nav class="secondary">
69022  <ul>
69023  <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2015.html"
…      aria-label="Back to May 2015">May 2015</a></li>
69024  <li class="primary-nav-item">
69025  <a href="/publications/focused-on-health/may-2015.html" aria-label="May 2015
…      Home">May 2015 Home</a></li>
69026  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/may-2015/FOH-probiotics.html">Probiotics:
…      Healthy bacteria for your gut</a></li>
69027  <li class="primary-nav-item"><a
…      href="/publications/focused-on-health/may-2015/FOH-HPV-myths.html">HPV and cancer: 10
```

```
69027…  myths busted</a></li>
69028   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2015/FOH-cancer-love-sugar.html">Does
   …    cancer love sugar?</a></li>
69029   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2015/FOH-exercise-video-games.html">Video
   …    games: Exercise for kids?</a></li>
69030   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2015/lyles-challenge-to-eat-less-salt.html"
   …    >Challenge: Eat less salt</a></li>
69031   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2015/ways-to-flavor-food-without-salt.html"
   …    >Guide: Eat less salt</a></li>
69032   </ul>
69033   </nav>
69034   </div>
69035   </section>
69036   </div>
69037   </div>
69038   </div></li>
69039   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/april-2015.html">April 2015</a>
69040   <div class="subnav-mask">
69041   <div class="subnav-wrapper">
69042   <div class="subnav col10 pad">
69043   <section class="nested">
69044   <div class="col4 main-column">
69045   <nav class="secondary">
69046   <ul>
69047   <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2015.html"
   …    aria-label="Back to April 2015">April 2015</a></li>
69048   <li class="primary-nav-item">
69049   <a href="/publications/focused-on-health/april-2015.html" aria-label="April 2015
   …    Home">April 2015 Home</a></li>
69050   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/april-2015/FOH-sugar-cancer-link.html">Sugar
   …    and cancer: What's the link?</a></li>
69051   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/april-2015/FOH-interval-training.html">Exercise
   …    : Interval training to build a lean body</a></li>
69052   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/april-2015/FOH-home-safe.html">Keep your home
   …    safe to lower your cancer risk</a></li>
69053   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/april-2015/FOH-sunless-tanning.html">Tanning
   …    products offer safe alternative to the sun</a></li>
69054   </ul>
69055   </nav>
69056   </div>
69057   </section>
69058   </div>
69059   </div>
69060   </div></li>
69061   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/march-2015.html">March 2015</a>
69062   <div class="subnav-mask">
69063   <div class="subnav-wrapper">
69064   <div class="subnav col10 pad">
69065   <section class="nested">
69066   <div class="col4 main-column">
69067   <nav class="secondary">
69068   <ul>
69069   <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2015.html"
   …    aria-label="Back to March 2015">March 2015</a></li>
69070   <li class="primary-nav-item">
69071   <a href="/publications/focused-on-health/march-2015.html" aria-label="March 2015
   …    Home">March 2015 Home</a></li>
69072   <li class="primary-nav-item"><a
```

```
69072  href="/publications/focused-on-health/march-2015/FOH-colon-cleansing.html">Colon
    …  cleansing: Health or hype?</a></li>
69073  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/march-2015/FOH-products-quit-nicotine.html">
    …  Quit smoking: 7 products to strike out nicotine cravings</a></li>
69074  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/march-2015/FOH-mole-check.html">Skin cancer:
    …  Uncover that mole</a></li>
69075  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/march-2015/FOH-yoga.html">Yoga: Build a strong
    …  body and mind</a></li>
69076  </ul>
69077  </nav>
69078  </div>
69079  </section>
69080  </div>
69081  </div>
69082  </div></li>
69083  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/february-2015.html">February 2015</a>
69084  <div class="subnav-mask">
69085  <div class="subnav-wrapper">
69086  <div class="subnav col10 pad">
69087  <section class="nested">
69088  <div class="col4 main-column">
69089  <nav class="secondary">
69090  <ul>
69091  <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/february-2015.html" aria-label="Back to
    …  February 2015">February 2015</a></li>
69092  <li class="primary-nav-item">
69093  <a href="/publications/focused-on-health/february-2015.html" aria-label="February
    …  2015 Home">February 2015 Home</a></li>
69094  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/february-2015/FOH-winter-skin-cancer.html">
    …  Winter sun and your skin cancer risk</a></li>
69095  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/february-2015/FOH-caffeine-health.html">
    …  Caffeine: Health perks and pitfalls</a></li>
69096  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/february-2015/FOH-healthy-lifestyle.html">6
    …  ways to live a healthy lifestyle</a></li>
69097  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/february-2015/FOH-genetic-testing.html">Who
    …  Needs Genetic Testing for Cancer?</a></li>
69098  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/february-2015/FOH-women-screening-exams.html">
    …  Women: Screening exams by age</a></li>
69099  </ul>
69100  </nav>
69101  </div>
69102  </section>
69103  </div>
69104  </div>
69105  </div></li>
69106  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/january-2015.html">January 2015</a>
69107  <div class="subnav-mask">
69108  <div class="subnav-wrapper">
69109  <div class="subnav col10 pad">
69110  <section class="nested">
69111  <div class="col4 main-column">
69112  <nav class="secondary">
69113  <ul>
69114  <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/january-2015.html" aria-label="Back to January
    …  2015">January 2015</a></li>
69115  <li class="primary-nav-item">
```

```
69116 <a href="/publications/focused-on-health/january-2015.html" aria-label="January 2015
  ⋯ Home">January 2015 Home</a></li>
69117 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/january-2015/FOH-strength-training.html">How
  ⋯ strength training pumps up your health</a></li>
69118 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/january-2015/FOH-healthy-weight-loss.html">
  ⋯ Resolve to lose weight the healthy way</a></li>
69119 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/january-2015/FOH-hpv-cancer-risks.html">HPV and
  ⋯ cancer: The lesser-known risks</a></li>
69120 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/january-2015/FOH-walking-workout.html">Boost
  ⋯ your walking workout to prevent cancer</a></li>
69121 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/january-2015/FOH-men-screening-exams.html">Men:
  ⋯ Cancer screening exams by age</a></li>
69122 </ul>
69123 </nav>
69124 </div>
69125 </section>
69126 </div>
69127 </div>
69128 </div></li>
69129 <li class="primary-nav-item has-subnav"><a
  ⋯ href="/publications/focused-on-health/december-2014.html">December 2014</a>
69130 <div class="subnav-mask">
69131 <div class="subnav-wrapper">
69132 <div class="subnav col10 pad">
69133 <section class="nested">
69134 <div class="col4 main-column">
69135 <nav class="secondary">
69136 <ul>
69137 <li class="mobile-nav-back"><a
  ⋯ href="/publications/focused-on-health/december-2014.html" aria-label="Back to
  ⋯ December 2014">December 2014</a></li>
69138 <li class="primary-nav-item">
69139 <a href="/publications/focused-on-health/december-2014.html" aria-label="December
  ⋯ 2014 Home">December 2014 Home</a></li>
69140 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/december-2014/how-stress-affects-cancer-risk.
  ⋯ html">How stress affects cancer risk</a></li>
69141 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/december-2014/holiday-exercise.html">Holiday
  ⋯ exercise: No gym required</a></li>
69142 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/december-2014/holiday-baking-subs.html">15
  ⋯ healthy holiday baking substitutes</a></li>
69143 <li class="primary-nav-item"><a
  ⋯ href="/publications/focused-on-health/december-2014/breast-implant-cancer.html">Women
  ⋯ : Breast implants and cancer risk</a></li>
69144 </ul>
69145 </nav>
69146 </div>
69147 </section>
69148 </div>
69149 </div>
69150 </div></li>
69151 <li class="primary-nav-item has-subnav"><a
  ⋯ href="/publications/focused-on-health/november-2014.html">November 2014</a>
69152 <div class="subnav-mask">
69153 <div class="subnav-wrapper">
69154 <div class="subnav col10 pad">
69155 <section class="nested">
69156 <div class="col4 main-column">
69157 <nav class="secondary">
69158 <ul>
69159 <li class="mobile-nav-back"><a
```

```
69159… href="/publications/focused-on-health/november-2014.html" aria-label="Back to
  …   November 2014">November 2014</a></li>
69160  <li class="primary-nav-item">
69161  <a href="/publications/focused-on-health/november-2014.html" aria-label="November
  …   2014 Home">November 2014 Home</a></li>
69162  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/november-2014/low-dose-aspirin-cancer-
  …   prevention.html">Can a daily aspirin lower your cancer risk?</a></li>
69163  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/november-2014/tobacco-truths-to-help-smokers-
  …   quit.html">8 tobacco truths to help you quit smoking</a></li>
69164  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/november-2014/healthy-serving-sizes-for-
  …   thanksgiving-dinner.html">Healthy serving sizes for your Thanksgiving dinner</a></li>
69165  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/november-2014/cut-stress.html">5 ways to cut
  …   stress</a></li>
69166  </ul>
69167  </nav>
69168  </div>
69169  </section>
69170  </div>
69171  </div>
69172  </div></li>
69173  <li class="primary-nav-item has-subnav"><a
  …   href="/publications/focused-on-health/october-2014.html">October 2014</a>
69174  <div class="subnav-mask">
69175  <div class="subnav-wrapper">
69176  <div class="subnav col10 pad">
69177  <section class="nested">
69178  <div class="col4 main-column">
69179  <nav class="secondary">
69180  <ul>
69181  <li class="mobile-nav-back"><a
  …   href="/publications/focused-on-health/october-2014.html" aria-label="Back to October
  …   2014">October 2014</a></li>
69182  <li class="primary-nav-item">
69183  <a href="/publications/focused-on-health/october-2014.html" aria-label="October 2014
  …   Home">October 2014 Home</a></li>
69184  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/october-2014/breastfeeding-breast-cancer-
  …   prevention.html">Breastfeeding lowers your breast cancer risk</a></li>
69185  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/october-2014/does-diet-soda-cause-cancer.html">
  …   Diet soda and cancer: What you should know</a></li>
69186  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/october-2014/genetic-testing-for-breast-cancer.
  …   html">Do you need genetic testing for breast cancer?</a></li>
69187  <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/october-2014/avoid-secondhand-smoke.html">9
  …   ways to say, &quot;Don't smoke around me.&quot;</a></li>
69188  </ul>
69189  </nav>
69190  </div>
69191  </section>
69192  </div>
69193  </div>
69194  </div></li>
69195  <li class="primary-nav-item has-subnav"><a
  …   href="/publications/focused-on-health/september-2014.html">September 2014</a>
69196  <div class="subnav-mask">
69197  <div class="subnav-wrapper">
69198  <div class="subnav col10 pad">
69199  <section class="nested">
69200  <div class="col4 main-column">
69201  <nav class="secondary">
69202  <ul>
69203  <li class="mobile-nav-back"><a
```

```
69203… href="/publications/focused-on-health/september-2014.html" aria-label="Back to
   …   September 2014">September 2014</a></li>
69204 <li class="primary-nav-item">
69205 <a href="/publications/focused-on-health/september-2014.html" aria-label="September
   …   2014 Home">September 2014 Home</a></li>
69206 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/food-truths-to-lower-cancer-risk
   …   .html">Food and cancer: 8 truths to help lower risk</a></li>
69207 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/quit-social-smoking.html">Quit
   …   social smoking to reduce cancer risk</a></li>
69208 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/track-your-psa-test-scores.html"
   …   >Your PSA test: Keep score to help find cancer</a></li>
69209 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/soy-cancer.html">Do soy foods
   …   increase cancer risk?</a></li>
69210 </ul>
69211 </nav>
69212 </div>
69213 </section>
69214 </div>
69215 </div>
69216 </div></li>
69217 <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/august-2014.html">August 2014</a>
69218 <div class="subnav-mask">
69219 <div class="subnav-wrapper">
69220 <div class="subnav col10 pad">
69221 <section class="nested">
69222 <div class="col4 main-column">
69223 <nav class="secondary">
69224 <ul>
69225 <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/august-2014.html" aria-label="Back to August
   …   2014">August 2014</a></li>
69226 <li class="primary-nav-item">
69227 <a href="/publications/focused-on-health/august-2014.html" aria-label="August 2014
   …   Home">August 2014 Home</a></li>
69228 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/your-body-weight-and-cancer-risk.
   …   html">How your weight affects your cancer risk</a></li>
69229 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/cancer-prevention-cosmetic-beauty-
   …   tips.html">Beauty products and cancer: Are you at risk?</a></li>
69230 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/tips-to-get-kids-to-exercise.html">
   …   10 tips to get kids to exercise</a></li>
69231 <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/cancer-symptoms-women.html">10
   …   cancer Symptoms Women Shouldn't Ignore</a></li>
69232 </ul>
69233 </nav>
69234 </div>
69235 </section>
69236 </div>
69237 </div>
69238 </div></li>
69239 <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/july-2014.html">July 2014</a>
69240 <div class="subnav-mask">
69241 <div class="subnav-wrapper">
69242 <div class="subnav col10 pad">
69243 <section class="nested">
69244 <div class="col4 main-column">
69245 <nav class="secondary">
69246 <ul>
69247 <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2014.html"
```

```
69247…   aria-label="Back to July 2014">July 2014</a></li>
69248    <li class="primary-nav-item">
69249    <a href="/publications/focused-on-health/july-2014.html" aria-label="July 2014
  …      Home">July 2014 Home</a></li>
69250    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/july-2014/cancer-fighting-foods-women.html">7
  …      foods that lower women's cancer risk</a></li>
69251    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/july-2014/quit-smoking-benefits.html">Benefits
  …      of quitting smoking</a></li>
69252    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/july-2014/barbecue-cancer.html">Barbecue and
  …      cancer: Make a healthy plate</a></li>
69253    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/july-2014/kids-sun-protection.html">5 Tips for
  …      kids sun protection</a></li>
69254    </ul>
69255    </nav>
69256    </div>
69257    </section>
69258    </div>
69259    </div>
69260    </div></li>
69261    <li class="primary-nav-item has-subnav"><a
  …      href="/publications/focused-on-health/june-2014.html">June 2014</a>
69262    <div class="subnav-mask">
69263    <div class="subnav-wrapper">
69264    <div class="subnav col10 pad">
69265    <section class="nested">
69266    <div class="col4 main-column">
69267    <nav class="secondary">
69268    <ul>
69269    <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2014.html"
  …      aria-label="Back to June 2014">June 2014</a></li>
69270    <li class="primary-nav-item">
69271    <a href="/publications/focused-on-health/june-2014.html" aria-label="June 2014
  …      Home">June 2014 Home</a></li>
69272    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/june-2014/exercise-and-cancer-training-guide.
  …      html">Exercise and cancer: Your training guide</a></li>
69273    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/june-2014/herbal-supplements.html">Herbal
  …      supplements: Health or hype?</a></li>
69274    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/june-2014/hpv-vaccine-kids.html">HPV vaccine:
  …      Help your kids prevent cancer</a></li>
69275    <li class="primary-nav-item"><a
  …      href="/publications/focused-on-health/june-2014/gmos-cancer.html">Do GMOs cause
  …      cancer?</a></li>
69276    </ul>
69277    </nav>
69278    </div>
69279    </section>
69280    </div>
69281    </div>
69282    </div></li>
69283    <li class="primary-nav-item has-subnav"><a
  …      href="/publications/focused-on-health/may-2014.html">May 2014</a>
69284    <div class="subnav-mask">
69285    <div class="subnav-wrapper">
69286    <div class="subnav col10 pad">
69287    <section class="nested">
69288    <div class="col4 main-column">
69289    <nav class="secondary">
69290    <ul>
69291    <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2014.html"
  …      aria-label="Back to May 2014">May 2014</a></li>
69292    <li class="primary-nav-item">
```

```
69293  <a href="/publications/focused-on-health/may-2014.html" aria-label="May 2014
  …    Home">May 2014 Home</a></li>
69294  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/may-2014/inflamation-cancer-diet.html">
  …    Inflammation and cancer: Why your diet is important</a></li>
69295  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/may-2014/cancer-prevention-diet-exercise-tips.
  …    html">Drop belly fat, drop cancer risks</a></li>
69296  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/may-2014/cigars-ecigarettes-hookahs.html">
  …    Tobacco targets kids: Cigars, e-cigarettes and hookahs</a></li>
69297  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/may-2014/organic-food-cancer-prevention.html">
  …    Organic foods: A healthier option to avoid cancer?</a></li>
69298  </ul>
69299  </nav>
69300  </div>
69301  </section>
69302  </div>
69303  </div>
69304  </div></li>
69305  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/focused-on-health/april-2014.html">April 2014</a>
69306  <div class="subnav-mask">
69307  <div class="subnav-wrapper">
69308  <div class="subnav col10 pad">
69309  <section class="nested">
69310  <div class="col4 main-column">
69311  <nav class="secondary">
69312  <ul>
69313  <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2014.html"
  …    aria-label="Back to April 2014">April 2014</a></li>
69314  <li class="primary-nav-item">
69315  <a href="/publications/focused-on-health/april-2014.html" aria-label="April 2014
  …    Home">April 2014 Home</a></li>
69316  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/april-2014/juicing-cancer.html">Should you
  …    juice your fruits and vegetables?</a></li>
69317  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/april-2014/how-to-start-a-healthy-garden.html">
  …    How to start a healthy garden</a></li>
69318  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/april-2014/garden-your-way-to-health.html">
  …    Garden your way to health</a></li>
69319  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/april-2014/healthy-sleep-habits.html">8 Healthy
  …    sleep habits</a></li>
69320  </ul>
69321  </nav>
69322  </div>
69323  </section>
69324  </div>
69325  </div>
69326  </div></li>
69327  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/focused-on-health/march-2014.html">March 2014</a>
69328  <div class="subnav-mask">
69329  <div class="subnav-wrapper">
69330  <div class="subnav col10 pad">
69331  <section class="nested">
69332  <div class="col4 main-column">
69333  <nav class="secondary">
69334  <ul>
69335  <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2014.html"
  …    aria-label="Back to March 2014">March 2014</a></li>
69336  <li class="primary-nav-item">
69337  <a href="/publications/focused-on-health/march-2014.html" aria-label="March 2014
  …    Home">March 2014 Home</a></li>
```

```
69338 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/microbiome-cancer.html">Bacteria and
    … cancer: Feeding your microbiome</a></li>
69339 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/cancer-symptoms-men.html">10 Cancer
    … symptoms men shouldn't ignore</a></li>
69340 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/colonoscopy-preparation.html">Ensure
    … success with colonoscopy prep</a></li>
69341 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/exercise-myths.html">7 Exercise
    … myths debunked</a></li>
69342 </ul>
69343 </nav>
69344 </div>
69345 </section>
69346 </div>
69347 </div>
69348 </div></li>
69349 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/february-2014.html">February 2014</a>
69350 <div class="subnav-mask">
69351 <div class="subnav-wrapper">
69352 <div class="subnav col10 pad">
69353 <section class="nested">
69354 <div class="col4 main-column">
69355 <nav class="secondary">
69356 <ul>
69357 <li class="mobile-nav-back"><a
    … href="/publications/focused-on-health/february-2014.html" aria-label="Back to
    … February 2014">February 2014</a></li>
69358 <li class="primary-nav-item">
69359 <a href="/publications/focused-on-health/february-2014.html" aria-label="February
    … 2014 Home">February 2014 Home</a></li>
69360 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/cancer-risk-sitting.html">Hours
    … of sitting: What's your cancer risk?</a></li>
69361 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/cancer-prevention-apps.html">41
    … Apps to help prevent cancer</a></li>
69362 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/health-app-choices.html">How to
    … choose a good health app</a></li>
69363 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/exams-insurance-coverage.html">
    … Cancer preventive versus diagnostic exams: What to know about insurance
    … coverage</a></li>
69364 </ul>
69365 </nav>
69366 </div>
69367 </section>
69368 </div>
69369 </div>
69370 </div></li>
69371 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/january-2014.html">January 2014</a>
69372 <div class="subnav-mask">
69373 <div class="subnav-wrapper">
69374 <div class="subnav col10 pad">
69375 <section class="nested">
69376 <div class="col4 main-column">
69377 <nav class="secondary">
69378 <ul>
69379 <li class="mobile-nav-back"><a
    … href="/publications/focused-on-health/january-2014.html" aria-label="Back to January
    … 2014">January 2014</a></li>
69380 <li class="primary-nav-item">
69381 <a href="/publications/focused-on-health/january-2014.html" aria-label="January 2014
```

```
69381…  Home: January 2014 Home</a></li>
69382   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/exercise-tips.html">Exercise tips
    …   for a better body</a></li>
69383   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/healthy-snacks.html">Healthy
    …   snacks can help reduce cancer risk</a></li>
69384   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/diet-review.html">Food for
    …   thought: A diet review</a></li>
69385   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/pap-test-facts.html">5 Pap test
    …   facts women should know</a></li>
69386   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/fight-winter-depression.html">
    …   Winter blues? 6 ways to improve mood and energy</a></li>
69387   </ul>
69388   </nav>
69389   </div>
69390   </section>
69391   </div>
69392   </div>
69393   </div></li>
69394   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/September2016.html">September 2016</a>
69395   <div class="subnav-mask">
69396   <div class="subnav-wrapper">
69397   <div class="subnav col10 pad">
69398   <section class="nested">
69399   <div class="col4 main-column">
69400   <nav class="secondary">
69401   <ul>
69402   <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/September2016.html" aria-label="Back to
    …   September 2016">September 2016</a></li>
69403   <li class="primary-nav-item">
69404   <a href="/publications/focused-on-health/September2016.html" aria-label="September
    …   2016 Home">September 2016 Home</a></li>
69405   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/September2016/Waterdrinks.html">Water drinks:
    …   How to spot imposters</a></li>
69406   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/September2016/Prostate-cancer-screening.html">Q
    …   &amp; A: Prostate cancer screening</a></li>
69407   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/September2016/healthy-smoker-myth.html">The
    …   truth behind the "healthy smoker" myth</a></li>
69408   </ul>
69409   </nav>
69410   </div>
69411   </section>
69412   </div>
69413   </div>
69414   </div></li>
69415   </ul>
69416   </nav>
69417   </div>
69418   </section>
69419   </div>
69420   </div>
69421   </div></li>
69422   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog.html">OncoLog</a>
69423   <div class="subnav-mask">
69424   <div class="subnav-wrapper">
69425   <div class="subnav col10 pad">
69426   <section class="nested">
69427   <div class="col4 main-column">
```

```
69428  <nav class="secondary">
69429  <ul>
69430  <li class="mobile-nav-back"><a href="/publications/oncolog.html" aria-label="Back to
   …   OncoLog">OncoLog</a></li>
69431  <li class="primary-nav-item">
69432  <a href="/publications/oncolog.html" aria-label="OncoLog Home">OncoLog Home</a></li>
69433  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/august-2016.html">August 2016</a>
69434  <div class="subnav-mask">
69435  <div class="subnav-wrapper">
69436  <div class="subnav col10 pad">
69437  <section class="nested">
69438  <div class="col4 main-column">
69439  <nav class="secondary">
69440  <ul>
69441  <li class="mobile-nav-back"><a href="/publications/oncolog/august-2016.html"
   …   aria-label="Back to August 2016">August 2016</a></li>
69442  <li class="primary-nav-item">
69443  <a href="/publications/oncolog/august-2016.html" aria-label="August 2016 Home">August
   …   2016 Home</a></li>
69444  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2016/parathyroid-carcinoma.html">Parathyroid
   …   Carcinoma</a></li>
69445  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2016/screening-for-hpv-related-cancers.html">
   …   Screening for HPV-Related Cancers</a></li>
69446  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2016/house-call-drug-advertisements.html">House
   …   Call: Drug Advertisements</a></li>
69447  </ul>
69448  </nav>
69449  </div>
69450  </section>
69451  </div>
69452  </div>
69453  </div></li>
69454  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/july-2016.html">July 2016</a>
69455  <div class="subnav-mask">
69456  <div class="subnav-wrapper">
69457  <div class="subnav col10 pad">
69458  <section class="nested">
69459  <div class="col4 main-column">
69460  <nav class="secondary">
69461  <ul>
69462  <li class="mobile-nav-back"><a href="/publications/oncolog/july-2016.html"
   …   aria-label="Back to July 2016">July 2016</a></li>
69463  <li class="primary-nav-item">
69464  <a href="/publications/oncolog/july-2016.html" aria-label="July 2016 Home">July 2016
   …   Home</a></li>
69465  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/vaccination-after-stem-cell-transplant.html">
   …   Vaccination after Stem Cell Transplant</a></li>
69466  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/bone-loss-prevention-in-cancer-patients-.html">
   …   Bone Loss Prevention in Cancer Patients</a></li>
69467  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/experimental-drug-loxo-101-shrinks-tumors-with-
   …   ntrk-fusions.html">Experimental Drug LOXO-101 Shrinks Tumors with NTRK
   …   Fusions</a></li>
69468  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/local-consolidative-therapy-for-oligometastatic
   …   -nonsmall-cell-lu.html">Local Consolidative Therapy for Oligometastatic Non-Small
   …   Cell Lung Cancer</a></li>
69469  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/immunotherapy-drug-nivolumab-reduces-tumor-
   …   burden-in-patients-wi.html">Nivolumab Reduces Tumor Burden in Patients with
   …   Metastatic Bladder Cancer</a></li>
```

```
69470  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/house-call--cancer-surgery-terms.html">House
   …   Call: Cancer Surgery Terms</a></li>
69471  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2016/useful-resources--cancer-treatment-algorithms.
   …   html">Useful Resources: Cancer Treatment Algorithms</a></li>
69472  </ul>
69473  </nav>
69474  </div>
69475  </section>
69476  </div>
69477  </div>
69478  </div></li>
69479  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/june-2016.html">June 2016</a>
69480  <div class="subnav-mask">
69481  <div class="subnav-wrapper">
69482  <div class="subnav col10 pad">
69483  <section class="nested">
69484  <div class="col4 main-column">
69485  <nav class="secondary">
69486  <ul>
69487  <li class="mobile-nav-back"><a href="/publications/oncolog/june-2016.html"
   …   aria-label="Back to June 2016">June 2016</a></li>
69488  <li class="primary-nav-item">
69489  <a href="/publications/oncolog/june-2016.html" aria-label="June 2016 Home">June 2016
   …   Home</a></li>
69490  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2016/proton-therapy-for-nonsmall-cell-lung-cancer-.
   …   html">Proton Therapy for Non-Small Cell Lung Cancer</a></li>
69491  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2016/braf-inhibitor-shows-promise-against-multiple-
   …   cancer-types.html">BRAF Inhibitor Shows Promise against Multiple Cancer
   …   Types</a></li>
69492  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2016/second-primary-cancers-in-cancer-survivors.html
   …   ">Second Primary Cancers in Cancer Survivors</a></li>
69493  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2016/house-call--types-of-radiation-therapy.html">
   …   House Call: Types of Radiation Therapy</a></li>
69494  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2016/useful-resources--breast-cancer-survivorship-
   …   course.html">Useful Resources: Breast Cancer Survivorship Course</a></li>
69495  </ul>
69496  </nav>
69497  </div>
69498  </section>
69499  </div>
69500  </div>
69501  </div></li>
69502  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/may-2016.html">May 2016</a>
69503  <div class="subnav-mask">
69504  <div class="subnav-wrapper">
69505  <div class="subnav col10 pad">
69506  <section class="nested">
69507  <div class="col4 main-column">
69508  <nav class="secondary">
69509  <ul>
69510  <li class="mobile-nav-back"><a href="/publications/oncolog/may-2016.html"
   …   aria-label="Back to May 2016">May 2016</a></li>
69511  <li class="primary-nav-item">
69512  <a href="/publications/oncolog/may-2016.html" aria-label="May 2016 Home">May 2016
   …   Home</a></li>
69513  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/may-2016/intratumoral-therapies-offer-novel-cancer-
   …   treatment-approach.html">Intratumoral Therapies</a></li>
69514  <li class="primary-nav-item"><a
```

```
69514 href="/publications/oncolog/may-2016/high-risk-acute-lymphoblastic-leukemia-subtype-
...   targeted-in-upcom.html">High-Risk Acute Lymphoblastic Leukemia Subtype Targeted in
...   Upcoming
69515 Clinical Trial</a></li>
69516 <li class="primary-nav-item"><a
...   href="/publications/oncolog/may-2016/house-call--what-is-metastasis-.html">House
...   Call: What Is Metastasis?</a></li>
69517 <li class="primary-nav-item"><a
...   href="/publications/oncolog/may-2016/in-brief--new-staging-system-proposed-for-hpv-
...   related-oropharyng.html">New Staging System Proposed for HPV-Related Oropharyngeal
...   Cancer</a></li>
69518 </ul>
69519 </nav>
69520 </div>
69521 </section>
69522 </div>
69523 </div>
69524 </div></li>
69525 <li class="primary-nav-item has-subnav"><a
...   href="/publications/oncolog/april-2016.html">April 2016</a>
69526 <div class="subnav-mask">
69527 <div class="subnav-wrapper">
69528 <div class="subnav col10 pad">
69529 <section class="nested">
69530 <div class="col4 main-column">
69531 <nav class="secondary">
69532 <ul>
69533 <li class="mobile-nav-back"><a href="/publications/oncolog/april-2016.html"
...   aria-label="Back to April 2016">April 2016</a></li>
69534 <li class="primary-nav-item">
69535 <a href="/publications/oncolog/april-2016.html" aria-label="April 2016 Home">April
...   2016 Home</a></li>
69536 <li class="primary-nav-item"><a
...   href="/publications/oncolog/april-2016/aggressive-multimodality-salvage-therapy-for-
...   locally-recurrent-r.html">Locally Recurrent Rectal Cancer</a></li>
69537 <li class="primary-nav-item"><a
...   href="/publications/oncolog/april-2016/rapid-assessment--clinical-trials-could-
...   improve-outcomes-for-ana.html">Anaplastic Thyroid Cancer</a></li>
69538 <li class="primary-nav-item"><a
...   href="/publications/oncolog/april-2016/house-call--skin-cancer-prevention.html">House
...   Call: Skin Cancer Prevention</a></li>
69539 </ul>
69540 </nav>
69541 </div>
69542 </section>
69543 </div>
69544 </div>
69545 </div></li>
69546 <li class="primary-nav-item has-subnav"><a
...   href="/publications/oncolog/march-2016.html">March 2016</a>
69547 <div class="subnav-mask">
69548 <div class="subnav-wrapper">
69549 <div class="subnav col10 pad">
69550 <section class="nested">
69551 <div class="col4 main-column">
69552 <nav class="secondary">
69553 <ul>
69554 <li class="mobile-nav-back"><a href="/publications/oncolog/march-2016.html"
...   aria-label="Back to March 2016">March 2016</a></li>
69555 <li class="primary-nav-item">
69556 <a href="/publications/oncolog/march-2016.html" aria-label="March 2016 Home">March
...   2016 Home</a></li>
69557 <li class="primary-nav-item"><a
...   href="/publications/oncolog/march-2016/innovations-decrease-toxic-effects-of-
...   radiation-therapy-for-medi.html">Innovations Decrease Toxic Effects of Radiation
...   Therapy for Mediastinal
69558 Tumors from Hematological Malignancies</a></li>
69559 <li class="primary-nav-item"><a
```

```
69559  href="/publications/oncolog/march-2016/transoral-robotic-surgery-enables-less-toxic-
    …  treatment-of-early-.html">Transoral Robotic Surgery Enables Less Toxic Treatment of
    …  Early Throat Cancers</a></li>
69560  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2016/implantable-devices-monitor-for-cardiac-events
    …  -in-cancer-survivo.html">Implantable Devices Monitor for Cardiac Events in Cancer
    …  Survivors and
69561  Patients on Chemotherapy</a></li>
69562  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2016/house-call--colorectal-cancer-screening.html">
    …  House Call: Colorectal Cancer Screening</a></li>
69563  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2016/useful-resources--clinical-trials-information.
    …  html">Useful Resources: Clinical Trials Information</a></li>
69564  </ul>
69565  </nav>
69566  </div>
69567  </section>
69568  </div>
69569  </div>
69570  </div></li>
69571  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/february-2016.html">February 2016</a>
69572  <div class="subnav-mask">
69573  <div class="subnav-wrapper">
69574  <div class="subnav col10 pad">
69575  <section class="nested">
69576  <div class="col4 main-column">
69577  <nav class="secondary">
69578  <ul>
69579  <li class="mobile-nav-back"><a href="/publications/oncolog/february-2016.html"
    …  aria-label="Back to February 2016">February 2016</a></li>
69580  <li class="primary-nav-item">
69581  <a href="/publications/oncolog/february-2016.html" aria-label="February 2016
    …  Home">February 2016 Home</a></li>
69582  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/february-2016/overcoming-challenges-in-cutaneous-t-cell-
    …  lymphomas-.html">Cutaneous T Cell Lymphomas</a></li>
69583  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/february-2016/swallowing-therapy-improves-function-and-
    …  quality-of-life-for-pat.html">Swallowing Therapy for Head and Neck Cancer
    …  Patients</a></li>
69584  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/february-2016/house-call--common-cancer-terms-.html">
    …  House Call: Common Cancer Terms</a></li>
69585  </ul>
69586  </nav>
69587  </div>
69588  </section>
69589  </div>
69590  </div>
69591  </div></li>
69592  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/january-2016.html">January 2016</a>
69593  <div class="subnav-mask">
69594  <div class="subnav-wrapper">
69595  <div class="subnav col10 pad">
69596  <section class="nested">
69597  <div class="col4 main-column">
69598  <nav class="secondary">
69599  <ul>
69600  <li class="mobile-nav-back"><a href="/publications/oncolog/january-2016.html"
    …  aria-label="Back to January 2016">January 2016</a></li>
69601  <li class="primary-nav-item"><a
69602  <a href="/publications/oncolog/january-2016.html" aria-label="January 2016
    …  Home">January 2016 Home</a></li>
69603  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/january-2016/proactive-management-of-li-fraumeni-syndrome
```

```
69603…  -benefits-patients.html">Li-Fraumeni Syndrome</a></li>
69604  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/january-2016/clinical-trial-tests-high-dose-radiation-
   …  therapy-for-limited-sta.html">High-Dose Radiation Therapy for Small Cell Lung
   …  Cancer</a></li>
69605  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/january-2016/reducing-complications-and-hospital-
   …  readmissions-after-liver-sur.html">Reducing Complications after Liver
   …  Surgery</a></li>
69606  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/january-2016/house-call--when-should-women-begin-breast-
   …  cancer-screening-.html">House Call: Breast Cancer Screening</a></li>
69607  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/january-2016/useful-resources--cancer-screening-and-risk-
   …  reduction-algorithms.html">Useful Resources: Cancer Screening, Risk Reduction
   …  Algorithms</a></li>
69608  </ul>
69609  </nav>
69610  </div>
69611  </section>
69612  </div>
69613  </div>
69614  </div></li>
69615  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/november-december-2015.html">November-December 2015</a>
69616  <div class="subnav-mask">
69617  <div class="subnav-wrapper">
69618  <div class="subnav col10 pad">
69619  <section class="nested">
69620  <div class="col4 main-column">
69621  <nav class="secondary">
69622  <ul>
69623  <li class="mobile-nav-back"><a
   …  href="/publications/oncolog/november-december-2015.html" aria-label="Back to
   …  November-December 2015">November-December 2015</a></li>
69624  <li class="primary-nav-item">
69625  <a href="/publications/oncolog/november-december-2015.html"
   …  aria-label="November-December 2015 Home">November-December 2015 Home</a></li>
69626  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/november-december-2015/multidisciplinary-treatment-
   …  maximizes-outcomes-for-malignant-tum.html">Malignant Tumors of the Anterior Skull
   …  Base</a></li>
69627  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/november-december-2015/management-of-eyelid-and-
   …  conjunctival-tumors-with-preservation-o.html">Eyelid and Conjunctival Tumors</a></li>
69628  <li class="primary-nav-item"><a
   …  href="/publications/oncolog/november-december-2015/house-call-other-health-risks-from
   …  -smoking.html">House Call: "Other" Health Risks from Smoking</a></li>
69629  </ul>
69630  </nav>
69631  </div>
69632  </section>
69633  </div>
69634  </div>
69635  </div></li>
69636  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/october-2015.html">October 2015</a>
69637  <div class="subnav-mask">
69638  <div class="subnav-wrapper">
69639  <div class="subnav col10 pad">
69640  <section class="nested">
69641  <div class="col4 main-column">
69642  <nav class="secondary">
69643  <ul>
69644  <li class="mobile-nav-back"><a href="/publications/oncolog/october-2015.html"
   …  aria-label="Back to October 2015">October 2015</a></li>
69645  <li class="primary-nav-item">
69646  <a href="/publications/oncolog/october-2015.html" aria-label="October 2015
```

```
69646… Home October 2015 Home</a></li>
69647  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2015/new-targeted-therapy-offers-hope-to-patients
    …  -with-blastic-plasma.html">Blastic Plasmacytoid Dendritic Cell Neoplasm</a></li>
69648  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2015/laparoscopic-free-omental-lymphatic-flap-
    …  transfers-offer-a-power.html">Laparoscopic Free Omental Lymphatic Flap
    …  Transfers</a></li>
69649  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2015/naproxen-shows-potential-for-chemoprevention
    …  -in-patients-with-ly.html">Naproxen for Chemoprevention in Lynch Syndrome</a></li>
69650  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2015/house-call-preparing-for-a-hospital-stay.
    …  html">House Call: Preparing for a Hospital Stay</a></li>
69651  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2015/in-brief-beta-blockers-may-prolong-ovarian-
    …  cancer-patients-survi.html">Beta-Blockers May Prolong Ovarian Cancer Patients'
    …  Survival</a></li>
69652  </ul>
69653  </nav>
69654  </div>
69655  </section>
69656  </div>
69657  </div>
69658  </div></li>
69659  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/september-2015.html">September 2015</a>
69660  <div class="subnav-mask">
69661  <div class="subnav-wrapper">
69662  <div class="subnav col10 pad">
69663  <section class="nested">
69664  <div class="col4 main-column">
69665  <nav class="secondary">
69666  <ul>
69667  <li class="mobile-nav-back"><a href="/publications/oncolog/september-2015.html"
    …  aria-label="Back to September 2015">September 2015</a></li>
69668  <li class="primary-nav-item">
69669  <a href="/publications/oncolog/september-2015.html" aria-label="September 2015
    …  Home">September 2015 Home</a></li>
69670  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/enhanced-surgical-recovery-programs-
    …  improve-perioperative-outcom.html">Enhanced Surgical Recovery Programs for Cancer
    …  Patients</a></li>
69671  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/new-treatments-for-respiratory-viruses-in-
    …  immunocompromised-pati.html">Respiratory Viruses in Immunocompromised
    …  Patients</a></li>
69672  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/house-call-types-of-drugs-used-to-treat-
    …  cancer.html">House Call: Types of Drugs Used to Treat Cancer</a></li>
69673  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/in-brief-14-3-3--protein-prevents-tumor-
    …  promoting-metabolic-repr.html">14-3-3σ Protein Stops Tumor-Promoting Metabolic
    …  Reprogramming</a></li>
69674  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/in-brief-mir-506-microrna-may-help-
    …  overcome-chemotherapy-resista.html">miR-506 MicroRNA and Ovarian Cancer
    …  Chemoresistance</a></li>
69675  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2015/useful-resources-clinical-calculators.html
    …  ">Useful Resources: Clinical Calculators</a></li>
69676  </ul>
69677  </nav>
69678  </div>
69679  </section>
69680  </div>
69681  </div>
69682  </div></li>
```

```
69683 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/august-2015.html">August 2015</a>
69684 <div class="subnav-mask">
69685 <div class="subnav-wrapper">
69686 <div class="subnav col10 pad">
69687 <section class="nested">
69688 <div class="col4 main-column">
69689 <nav class="secondary">
69690 <ul>
69691 <li class="mobile-nav-back"><a href="/publications/oncolog/august-2015.html"
   …  aria-label="Back to August 2015">August 2015</a></li>
69692 <li class="primary-nav-item">
69693 <a href="/publications/oncolog/august-2015.html" aria-label="August 2015 Home">August
   …  2015 Home</a></li>
69694 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/new-gene-therapy-for-bladder-cancer-shows-
   …  promise.html">New Gene Therapy for Bladder Cancer Shows Promise</a></li>
69695 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/vaccine-helps-t-cells-target-sarcomas-
   …  melanomas-and-other-tumors.html">Vaccine Helps T Cells Target Sarcomas, Melanomas,
   …  and Other Tumors</a></li>
69696 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/house-call-prostate-cancer-screening.html">
   …  House Call: Prostate Cancer Screening</a></li>
69697 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/in-brief-glypican-1-shows-promise-as-a-
   …  biomarker-for-pancreatic-.html">Glypican-1 Shows Promise as a Biomarker for
   …  Pancreatic Cancer</a></li>
69698 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/in-brief-stereotactic-ablative-radiation-
   …  therapy-for-stage-i-non.html">Stereotactic Ablative Radiation Therapy for Non—Small
   …  Cell Lung Cancer</a></li>
69699 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/august-2015/useful-resources-cancer-survivorship-
   …  algorithms.html">Useful Resources: Cancer Survivorship Algorithms</a></li>
69700 </ul>
69701 </nav>
69702 </div>
69703 </section>
69704 </div>
69705 </div>
69706 </div></li>
69707 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/july-2015.html">July 2015</a>
69708 <div class="subnav-mask">
69709 <div class="subnav-wrapper">
69710 <div class="subnav col10 pad">
69711 <section class="nested">
69712 <div class="col4 main-column">
69713 <nav class="secondary">
69714 <ul>
69715 <li class="mobile-nav-back"><a href="/publications/oncolog/july-2015.html"
   …  aria-label="Back to July 2015">July 2015</a></li>
69716 <li class="primary-nav-item">
69717 <a href="/publications/oncolog/july-2015.html" aria-label="July 2015 Home">July 2015
   …  Home</a></li>
69718 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/july-2015/emergency-care-for-cancer-patients.html">
   …  Emergency Care for Cancer Patients</a></li>
69719 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/july-2015/immunotherapy-trials-offer-hope-to-patients-
   …  with-high-risk-or-me.html">Immunotherapy for High-Risk or Metastatic Breast
   …  Cancer</a></li>
69720 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/july-2015/house-call-hospital-patient-advocates-provide-
   …  support.html">House Call: Hospital Patient Advocates</a></li>
69721 </ul>
69722 </nav>
```

```
69723 </div>
69724 </section>
69725 </div>
69726 </div>
69727 </div></li>
69728 <li class="primary-nav-item has-subnav"><a
      href="/publications/oncolog/june-2015.html">June 2015</a>
69729 <div class="subnav-mask">
69730 <div class="subnav-wrapper">
69731 <div class="subnav col10 pad">
69732 <section class="nested">
69733 <div class="col4 main-column">
69734 <nav class="secondary">
69735 <ul>
69736 <li class="mobile-nav-back"><a href="/publications/oncolog/june-2015.html"
      aria-label="Back to June 2015">June 2015</a></li>
69737 <li class="primary-nav-item">
69738 <a href="/publications/oncolog/june-2015.html" aria-label="June 2015 Home">June 2015
      Home</a></li>
69739 <li class="primary-nav-item"><a
      href="/publications/oncolog/june-2015/new-breast-imaging-modalities-show-promise-for-
      cancer-screening-.html">New Breast Imaging Modalities for Cancer Screening,
      Staging</a></li>
69740 <li class="primary-nav-item"><a
      href="/publications/oncolog/june-2015/addressing-sexual-dysfunction-in-cancer-
      survivors.html">Sexual Dysfunction in Cancer Survivors</a></li>
69741 <li class="primary-nav-item"><a
      href="/publications/oncolog/june-2015/house-call-dental-hygiene-and-care-before-
      during-and-after-cance.html">House Call: Dental Care and Cancer Treatment</a></li>
69742 <li class="primary-nav-item"><a
      href="/publications/oncolog/june-2015/in-brief-new-assay-could-lead-to-earlier-
      ovarian-cancer-detectio.html">New Assay Could Lead to Earlier Ovarian Cancer
      Detection</a></li>
69743 </ul>
69744 </nav>
69745 </div>
69746 </section>
69747 </div>
69748 </div>
69749 </div></li>
69750 <li class="primary-nav-item has-subnav"><a
      href="/publications/oncolog/may-2015.html">May 2015</a>
69751 <div class="subnav-mask">
69752 <div class="subnav-wrapper">
69753 <div class="subnav col10 pad">
69754 <section class="nested">
69755 <div class="col4 main-column">
69756 <nav class="secondary">
69757 <ul>
69758 <li class="mobile-nav-back"><a href="/publications/oncolog/may-2015.html"
      aria-label="Back to May 2015">May 2015</a></li>
69759 <li class="primary-nav-item">
69760 <a href="/publications/oncolog/may-2015.html" aria-label="May 2015 Home">May 2015
      Home</a></li>
69761 <li class="primary-nav-item"><a
      href="/publications/oncolog/may-2015/algorithm-for-treating-advanced-ovarian-cancer-
      increases-complet.html">Algorithm for Treating Advanced Ovarian Cancer</a></li>
69762 <li class="primary-nav-item"><a
      href="/publications/oncolog/may-2015/clinical-trials-explore-systemic-treatments-for-
      brain-metastases.html">Systemic Treatments for Brain Metastases from Breast
      Cancer</a></li>
69763 <li class="primary-nav-item"><a
      href="/publications/oncolog/may-2015/house-call-tips-for-communicating-with-health-
      care-providers.html">House Call: Communicating with Health Care Providers</a></li>
69764 <li class="primary-nav-item"><a
      href="/publications/oncolog/may-2015/in-brief-sentinel-lymph-node-mapping-identifies-
      node-positive-hi.html">Sentinel Lymph Node Mapping in Endometrial Cancer</a></li>
69765 </ul>
```

```
69766  </nav>
69767  </div>
69768  </section>
69769  </div>
69770  </div>
69771  </div></li>
69772  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/april-2015.html">April 2015</a>
69773  <div class="subnav-mask">
69774  <div class="subnav-wrapper">
69775  <div class="subnav col10 pad">
69776  <section class="nested">
69777  <div class="col4 main-column">
69778  <nav class="secondary">
69779  <ul>
69780  <li class="mobile-nav-back"><a href="/publications/oncolog/april-2015.html"
    …  aria-label="Back to April 2015">April 2015</a></li>
69781  <li class="primary-nav-item">
69782  <a href="/publications/oncolog/april-2015.html" aria-label="April 2015 Home">April
    …  2015 Home</a></li>
69783  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/april-2015/multidisciplinary-globe-sparing-treatment-for-
    …  lacrimal-gland-car.html">Globe-Sparing Treatment for Lacrimal Gland
    …  Carcinoma</a></li>
69784  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/april-2015/novel-trial-design-streamlines-development-of-
    …  breast-cancer-ther.html">Novel Trial Design for Breast Cancer Therapies</a></li>
69785  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/april-2015/targeted-therapy-for-high-risk-melanoma-may-
    …  forestall-recurrence.html">Targeted Therapy for High-Risk Melanoma</a></li>
69786  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/april-2015/house-call-interpreting-health-news.html">
    …  House Call: Interpreting Health News</a></li>
69787  </ul>
69788  </nav>
69789  </div>
69790  </section>
69791  </div>
69792  </div>
69793  </div></li>
69794  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/march-2015.html">March 2015</a>
69795  <div class="subnav-mask">
69796  <div class="subnav-wrapper">
69797  <div class="subnav col10 pad">
69798  <section class="nested">
69799  <div class="col4 main-column">
69800  <nav class="secondary">
69801  <ul>
69802  <li class="mobile-nav-back"><a href="/publications/oncolog/march-2015.html"
    …  aria-label="Back to March 2015">March 2015</a></li>
69803  <li class="primary-nav-item">
69804  <a href="/publications/oncolog/march-2015.html" aria-label="March 2015 Home">March
    …  2015 Home</a></li>
69805  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2015/small-cell-lung-cancer-studies-may-increase-
    …  treatment-options.html">Small Cell Lung Cancer Studies May Increase Treatment
    …  Options</a></li>
69806  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2015/improved-maintenance-therapy-promotes-myeloma-
    …  patients-quality-o.html">Improved Maintenance Therapy for Myeloma Patients</a></li>
69807  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2015/primary-tumor-resection-may-be-overused-in-
    …  patients-with-metasta.html">Primary Tumor Resection in Metastatic Colon
    …  Cancer</a></li>
69808  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/march-2015/house-call-how-hospital-chaplains-help.html">
    …  House Call: How Hospital Chaplains Help</a></li>
```

```
69809 </ul>
69810 </nav>
69811 </div>
69812 </section>
69813 </div>
69814 </div>
69815 </div></li>
69816 <li class="primary-nav-item has-subnav"><a
      href="/publications/oncolog/february-2015.html">February 2015</a>
69817 <div class="subnav-mask">
69818 <div class="subnav-wrapper">
69819 <div class="subnav col10 pad">
69820 <section class="nested">
69821 <div class="col4 main-column">
69822 <nav class="secondary">
69823 <ul>
69824 <li class="mobile-nav-back"><a href="/publications/oncolog/february-2015.html"
      aria-label="Back to February 2015">February 2015</a></li>
69825 <li class="primary-nav-item">
69826 <a href="/publications/oncolog/february-2015.html" aria-label="February 2015
      Home">February 2015 Home</a></li>
69827 <li class="primary-nav-item"><a
      href="/publications/oncolog/february-2015/mas-alla-de-la-diabetes-la-metformina-puede
      -ser-de-amplia-utilid.html">Más allá de la diabetes: la metformina puede ser de
      amplia
69828 utilidad en el cáncer</a></li>
69829 <li class="primary-nav-item"><a
      href="/publications/oncolog/february-2015/natural-killer-cell-therapy-may-augment-
      treatment-of-hematologic.html">Natural Killer Cell Therapy for Hematological
      Cancers</a></li>
69830 <li class="primary-nav-item"><a
      href="/publications/oncolog/february-2015/concurrent-treatment-of-hiv-and-cancer-
      improves-survival-outcome.html">Concurrent HIV, Cancer Treatment Improves Survival
      Outcomes</a></li>
69831 <li class="primary-nav-item"><a
      href="/publications/oncolog/february-2015/house-call-facts-about-radiation.html">
      House Call: Facts About Radiation</a></li>
69832 <li class="primary-nav-item"><a
      href="/publications/oncolog/february-2015/in-brief-sleeping-beauty-gene-therapy-shows
      -promise-against-b-ce.html">Sleeping Beauty Gene Therapy for B Cell
      Malignancies</a></li>
69833 </ul>
69834 </nav>
69835 </div>
69836 </section>
69837 </div>
69838 </div>
69839 </div></li>
69840 <li class="primary-nav-item has-subnav"><a
      href="/publications/oncolog/january-2015.html">January 2015</a>
69841 <div class="subnav-mask">
69842 <div class="subnav-wrapper">
69843 <div class="subnav col10 pad">
69844 <section class="nested">
69845 <div class="col4 main-column">
69846 <nav class="secondary">
69847 <ul>
69848 <li class="mobile-nav-back"><a href="/publications/oncolog/january-2015.html"
      aria-label="Back to January 2015">January 2015</a></li>
69849 <li class="primary-nav-item">
69850 <a href="/publications/oncolog/january-2015.html" aria-label="January 2015
      Home">January 2015 Home</a></li>
69851 <li class="primary-nav-item"><a
      href="/publications/oncolog/january-2015/simultaneous-resection-of-liver-and-lung-
      metastases-from-colorec.html">Simultaneous Resection of Liver, Lung
      Metastases</a></li>
69852 <li class="primary-nav-item"><a
      href="/publications/oncolog/january-2015/some-breast-cancer-patients-may-benefit-from
```

```
69852  -shorter-course-of-w.html">Shorter Course of Whole-Breast Irradiation for Breast
...    Cancer</a></li>
69853  <li class="primary-nav-item"><a
...    href="/publications/oncolog/january-2015/impact2-study-tests-benefits-of-personalized
...    -cancer-treatment-ba.html">Personalized Cancer Treatment Based on Molecular
...    Profiling</a></li>
69854  <li class="primary-nav-item"><a
...    href="/publications/oncolog/january-2015/house-call-telling-your-child-about-your-
...    cancer.html">House Call: Telling Your Child About Your Cancer</a></li>
69855  </ul>
69856  </nav>
69857  </div>
69858  </section>
69859  </div>
69860  </div>
69861  </div></li>
69862  <li class="primary-nav-item has-subnav"><a
...    href="/publications/oncolog/november-december-2014.html">November-December 2014</a>
69863  <div class="subnav-mask">
69864  <div class="subnav-wrapper">
69865  <div class="subnav col10 pad">
69866  <section class="nested">
69867  <div class="col4 main-column">
69868  <nav class="secondary">
69869  <ul>
69870  <li class="mobile-nav-back"><a
...    href="/publications/oncolog/november-december-2014.html" aria-label="Back to
...    November-December 2014">November-December 2014</a></li>
69871  <li class="primary-nav-item">
69872  <a href="/publications/oncolog/november-december-2014.html"
...    aria-label="November-December 2014 Home">November-December 2014 Home</a></li>
69873  <li class="primary-nav-item"><a
...    href="/publications/oncolog/november-december-2014/striving-to-improve-treatments-for
...    -uveal-melanoma.html">Striving to Improve Treatments for Uveal Melanoma</a></li>
69874  <li class="primary-nav-item"><a
...    href="/publications/oncolog/november-december-2014/beyond-diabetes-metformin-may-have
...    -broad-utility-in-cancer.html">Metformin May Have Broad Utility in Cancer</a></li>
69875  <li class="primary-nav-item"><a
...    href="/publications/oncolog/november-december-2014/house-call-smoking-cessation.html"
...    >House Call: Smoking Cessation</a></li>
69876  <li class="primary-nav-item"><a
...    href="/publications/oncolog/november-december-2014/in-brief-vaccine-explored-to-
...    reduce-risk-of-her2-positive-breast.html">Vaccine May Reduce HER2+ Breast Cancer
...    Recurrence Risk</a></li>
69877  </ul>
69878  </nav>
69879  </div>
69880  </section>
69881  </div>
69882  </div>
69883  </div></li>
69884  <li class="primary-nav-item has-subnav"><a
...    href="/publications/oncolog/october-2014.html">October 2014</a>
69885  <div class="subnav-mask">
69886  <div class="subnav-wrapper">
69887  <div class="subnav col10 pad">
69888  <section class="nested">
69889  <div class="col4 main-column">
69890  <nav class="secondary">
69891  <ul>
69892  <li class="mobile-nav-back"><a href="/publications/oncolog/october-2014.html"
...    aria-label="Back to October 2014">October 2014</a></li>
69893  <li class="primary-nav-item">
69894  <a href="/publications/oncolog/october-2014.html" aria-label="October 2014
...    Home">October 2014 Home</a></li>
69895  <li class="primary-nav-item"><a
...    href="/publications/oncolog/october-2014/new-drugs-for-myeloproliferative-neoplasms-
...    ease-suffering-and-ex.html">New Drugs for Myeloproliferative Neoplasms Extend
```

```
69895  Life</a></li>
69896  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2014/neoadjuvant-targeted-therapy-may-offer-
    …  multiple-benefits-for-pat.html">Neoadjuvant Targeted for Locally Advanced Renal
    …  Cancer</a></li>
69897  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2014/new-combination-therapy-offers-potential-to-
    …  cure-flt3-itd-acute-.html">New Therapy for FLT3-ITD Acute Myelogenous
    …  Leukemia</a></li>
69898  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/october-2014/house-call-symptoms-of-cancer.html">House
    …  Call: Symptoms of Cancer</a></li>
69899  </ul>
69900  </nav>
69901  </div>
69902  </section>
69903  </div>
69904  </div>
69905  </div></li>
69906  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/september-2014.html">September 2014</a>
69907  <div class="subnav-mask">
69908  <div class="subnav-wrapper">
69909  <div class="subnav col10 pad">
69910  <section class="nested">
69911  <div class="col4 main-column">
69912  <nav class="secondary">
69913  <ul>
69914  <li class="mobile-nav-back"><a href="/publications/oncolog/september-2014.html"
    …  aria-label="Back to September 2014">September 2014</a></li>
69915  <li class="primary-nav-item">
69916  <a href="/publications/oncolog/september-2014.html" aria-label="September 2014
    …  Home">September 2014 Home</a></li>
69917  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/biomarker-driven-clinical-trials-may-
    …  improve-personalized-treatm.html">Biomarker-Driven Clinical Trials for Lung
    …  Cancer</a></li>
69918  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/new-antibody-chemotherapy-combinations-
    …  show-promise-against-acut.html">New Antibody-Chemotherapy Combinations for
    …  ALL</a></li>
69919  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/deep-inspiration-breath-hold-protects-
    …  against-radiation-induced-.html">Reducing Cardiotoxicity in Left Breast
    …  Irradiation</a></li>
69920  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/house-call-books-can-help-patients-deal-
    …  with-cancer.html">House Call: Books Can Help Patients Deal With Cancer</a></li>
69921  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/in-brief-large-scale-molecular-data-
    …  analysis-yields-multiple-ben.html">Large-Scale Molecular Data Analysis Yields
    …  Multiple Benefits</a></li>
69922  </ul>
69923  </nav>
69924  </div>
69925  </section>
69926  </div>
69927  </div>
69928  </div></li>
69929  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/august-2014.html">August 2014</a>
69930  <div class="subnav-mask">
69931  <div class="subnav-wrapper">
69932  <div class="subnav col10 pad">
69933  <section class="nested">
69934  <div class="col4 main-column">
69935  <nav class="secondary">
69936  <ul>
```

```
69937  <li class="mobile-nav-back"><a href="/publications/oncolog/august-2014.html"
   …   aria-label="Back to August 2014">August 2014</a></li>
69938  <li class="primary-nav-item">
69939  <a href="/publications/oncolog/august-2014.html" aria-label="August 2014 Home">August
   …   2014 Home</a></li>
69940  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2014/immune-checkpoint-inhibitors-show-promise-
   …   against-metastatic-ren.html">Immunotherapy for Metastatic Renal Cell
   …   Carcinoma</a></li>
69941  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2014/clinical-study-offers-definitive-local-
   …   treatment-of-bone-metasta.html">Definitive Local Treatment of Breast Cancer Bone
   …   Metastases</a></li>
69942  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2014/new-scoring-system-for-hepatic-reserve-could-
   …   help-in-planning-tr.html">New Hepatic Reserve Scoring System in Liver Cancer
   …   Patients</a></li>
69943  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2014/house-call-managing-stress-after-cancer-
   …   treatment---oncolog---au.html">House Call: Managing Stress After Cancer
   …   Treatment</a></li>
69944  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/august-2014/in-brief-needle-biopsy-underused-in-breast-
   …   cancer-diagnosis---on.html">Needle Biopsy Underused in Breast Cancer
   …   Diagnosis</a></li>
69945  </ul>
69946  </nav>
69947  </div>
69948  </section>
69949  </div>
69950  </div>
69951  </div></li>
69952  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/july-2014.html">July 2014</a>
69953  <div class="subnav-mask">
69954  <div class="subnav-wrapper">
69955  <div class="subnav col10 pad">
69956  <section class="nested">
69957  <div class="col4 main-column">
69958  <nav class="secondary">
69959  <ul>
69960  <li class="mobile-nav-back"><a href="/publications/oncolog/july-2014.html"
   …   aria-label="Back to July 2014">July 2014</a></li>
69961  <li class="primary-nav-item">
69962  <a href="/publications/oncolog/july-2014.html" aria-label="July 2014 Home">July 2014
   …   Home</a></li>
69963  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/side-effects-of-targeted-molecular-agents-vary-
   …   according-to-mech.html">Side Effects of Targeted Molecular Agents</a></li>
69964  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/ras-mutation-status-may-predict-outcomes-after-
   …   surgery-for-color.html">RAS Mutation in Liver Metastases from Colorectal
   …   Cancer</a></li>
69965  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/hpv-test-does-not-replace-pap-test-for-cervical
   …   -cancer-screening.html">Cervical Cancer Screening</a></li>
69966  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/house-call-advance-directives-make-patients-
   …   wishes-known---oncol.html">House Call: Advance Directives</a></li>
69967  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/in-brief-study-finds-less-frequent-
   …   bisphosphonate-treatment-equi.html">Clinical Trial Tests Less Frequent Bisphosphonate
   …   Treatment</a></li>
69968  </ul>
69969  </nav>
69970  </div>
69971  </section>
69972  </div>
```

```
69973 </div>
69974 </div></li>
69975 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/june-2014.html">June 2014</a>
69976 <div class="subnav-mask">
69977 <div class="subnav-wrapper">
69978 <div class="subnav col10 pad">
69979 <section class="nested">
69980 <div class="col4 main-column">
69981 <nav class="secondary">
69982 <ul>
69983 <li class="mobile-nav-back"><a href="/publications/oncolog/june-2014.html"
    … aria-label="Back to June 2014">June 2014</a></li>
69984 <li class="primary-nav-item">
69985 <a href="/publications/oncolog/june-2014.html" aria-label="June 2014 Home">June 2014
    … Home</a></li>
69986 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/new-agents-hold-promise-for-patients-with-
    … advanced-thyroid-cance.html">New Agents for Advanced Thyroid Cancer</a></li>
69987 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/surgical-options-for-lymphedema-lymphedema---
    … oncolog---june-2014.html">Surgical Options for Lymphedema</a></li>
69988 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/house-call-sleep-problems-in-cancer-patients---
    … oncolog---june-20.html">House Call: Sleep Problems in Cancer Patients</a></li>
69989 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/in-brief-intensity-modulated-radiation-therapy-
    … improves-survival.html">Intensity-modulated radiation therapy in head, neck
    … cancer</a></li>
69990 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/in-brief-research-findings-could-lead-to-blood-
    … test-for-cancer-r.html">Research could lead to test for cancer-related gene
    … defects</a></li>
69991 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2014/in-brief-tumor-suppressing-protein-may-help-
    … predict-survival-in-.html">ZMYND11 protein may predict breast cancer patient
    … survival</a></li>
69992 </ul>
69993 </nav>
69994 </div>
69995 </section>
69996 </div>
69997 </div>
69998 </div></li>
69999 </ul>
70000 </nav>
70001 </div>
70002 </section>
70003 </div>
70004 </div>
70005 </div></li>
70006 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise.html">Promise</a>
70007 <div class="subnav-mask">
70008 <div class="subnav-wrapper">
70009 <div class="subnav col10 pad">
70010 <section class="nested">
70011 <div class="col4 main-column">
70012 <nav class="secondary">
70013 <ul>
70014 <li class="mobile-nav-back"><a href="/publications/promise.html" aria-label="Back to
    … Promise">Promise</a></li>
70015 <li class="primary-nav-item">
70016 <a href="/publications/promise.html" aria-label="Promise Home">Promise Home</a></li>
70017 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/summer-2016.html">Summer 2016</a>
70018 <div class="subnav-mask">
70019 <div class="subnav-wrapper">
```

```
70020  <div class="subnav col1id pad">
70021  <section class="nested">
70022  <div class="col4 main-column">
70023  <nav class="secondary">
70024  <ul>
70025  <li class="mobile-nav-back"><a href="/publications/promise/summer-2016.html"
    ...  aria-label="Back to Summer 2016">Summer 2016</a></li>
70026  <li class="primary-nav-item">
70027  <a href="/publications/promise/summer-2016.html" aria-label="Summer 2016 Home">Summer
    ...  2016 Home</a></li>
70028  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/Cosmetics-entrepreneur-focuses-on-cancers-
    ...  genetic-makeup.html">Cosmetics entrepreneur focuses on cancer's genetic
    ...  makeup</a></li>
70029  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/saks-fifth-avenue-reopening.html">Saks Fifth
    ...  Avenue reopening</a></li>
70030  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/got-hope.html">Got Hope?</a></li>
70031  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/about-the-HPV-related-cancers-moon-shot.html"
    ...  >About the HPV-related Cancers Moon Shot</a></li>
70032  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/moon-shots-program.html">Moon Shots
    ...  Program</a></li>
70033  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/my-moon-shot.html">My Moon Shot</a></li>
70034  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/vatican-meeting.html">Vatican
    ...  Meeting</a></li>
70035  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/a-win-win-win-situation.html">A win-win-win
    ...  situation</a></li>
70036  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/getting-to-know-kelli-kickerillo.html">
    ...  Getting to know: Kelli Kickerillo</a></li>
70037  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/survivors-say.html">Survivors Say</a></li>
70038  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/prom-party-palooza.html">Prom party
    ...  palooza</a></li>
70039  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/tradition-triumphs-in-west-texas.html">
    ...  Tradition triumphs in West Texas</a></li>
70040  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/cyclers-eye-the-finish-line.html">Cyclers eye
    ...  the finish line</a></li>
70041  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/the-secret-sauce.html">'The secret
    ...  sauce'</a></li>
70042  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/taking-a-swing-at-curing-brain-cancer.html">
    ...  Taking a swing at curing brain cancer</a></li>
70043  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/ipromise.html">iPromise</a></li>
70044  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/diamond-anniversary.html">Diamond
    ...  Anniversary</a></li>
70045  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/national-cancer-moonshot-summit.html">
    ...  National cancer moonshot summit</a></li>
70046  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/zayed-building-opens-doors-to-state-of-the-
    ...  art-research.html">Zayed building opens doors to state-of-the-art research</a></li>
70047  <li class="primary-nav-item"><a
    ...  href="/publications/promise/summer-2016/cancer-meet-your-match.html">Cancer, meet
    ...  your match</a></li>
70048  <li class="primary-nav-item"><a
```

```
70048… href="/publications/promise/summer-2016/MD-Anderson-experts-join-new-parker-institute
…     -for-cancer-immunotherapy.html">MD Anderson experts join new Parker Institute for
…     Cancer Immunotherapy</a></li>
70049  <li class="primary-nav-item"><a
…     href="/publications/promise/summer-2016/upcoming-events.html">Upcoming
…     events</a></li>
70050  </ul>
70051  </nav>
70052  </div>
70053  </section>
70054  </div>
70055  </div>
70056  </div></li>
70057  <li class="primary-nav-item has-subnav"><a
…     href="/publications/promise/Spring2016.html">Spring 2016</a>
70058  <div class="subnav-mask">
70059  <div class="subnav-wrapper">
70060  <div class="subnav col10 pad">
70061  <section class="nested">
70062  <div class="col4 main-column">
70063  <nav class="secondary">
70064  <ul>
70065  <li class="mobile-nav-back"><a href="/publications/promise/Spring2016.html"
…     aria-label="Back to Spring 2016">Spring 2016</a></li>
70066  <li class="primary-nav-item">
70067  <a href="/publications/promise/Spring2016.html" aria-label="Spring 2016 Home">Spring
…     2016 Home</a></li>
70068  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/until-20.html">Until 20</a></li>
70069  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/my-moon-shot.html">My Moon Shot</a></li>
70070  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/moon-shots-program.html">Moon Shots
…     Program</a></li>
70071  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/survivors-say.html">Survivors Say</a></li>
70072  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/ipromise.html">iPromise</a></li>
70073  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/among-friends.html">Among Friends</a></li>
70074  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/nations-cancer-research-budget-gets-5percent-
…     increase.html">Nation's cancer research budget gets 5% increase</a></li>
70075  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/color-me-pink-benefit-brings-in-the-green.html
…     ">Color Me Pink benefit brings in the green</a></li>
70076  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/the-fight-continues.html">The fight
…     continues</a></li>
70077  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/do-stuff-dont-wait.html">Do stuff. Don't
…     wait.</a></li>
70078  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/two-gifts-in-one.html">Two gifts in
…     one</a></li>
70079  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/shooting-for-a-cure-for-pancreatic-cancer.html
…     ">Shooting for a cure for pancreatic cancer</a></li>
70080  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/updating-the-patient-experience.html">Updating
…     the patient experience</a></li>
70081  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/targeting-tnbc.html">Targeting TNBC</a></li>
70082  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/making-cancer-history-in-florida.html">Making
…     Cancer History® in Florida</a></li>
70083  <li class="primary-nav-item"><a
…     href="/publications/promise/Spring2016/discoveries-developments.html">Discoveries,
```

```
70083… developments</a></li>
70084 <li class="primary-nav-item"><a
    … href="/publications/promise/Spring2016/philanthropy-recognizes-research-clinical-
    … excellence.html">Philanthropy recognizes research, clinical excellence</a></li>
70085 </ul>
70086 </nav>
70087 </div>
70088 </section>
70089 </div>
70090 </div>
70091 </div></li>
70092 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/winter-2016.html">Winter 2016</a>
70093 <div class="subnav-mask">
70094 <div class="subnav-wrapper">
70095 <div class="subnav col10 pad">
70096 <section class="nested">
70097 <div class="col4 main-column">
70098 <nav class="secondary">
70099 <ul>
70100 <li class="mobile-nav-back"><a href="/publications/promise/winter-2016.html"
    … aria-label="Back to Winter 2016">Winter 2016</a></li>
70101 <li class="primary-nav-item">
70102 <a href="/publications/promise/winter-2016.html" aria-label="Winter 2016 Home">Winter
    … 2016 Home</a></li>
70103 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/global-ambassadors-with-a-collective-goal.
    … html">Global ambassadors with a collective goal</a></li>
70104 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/my-moon-shot.html">My Moon Shot</a></li>
70105 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/about-the-pancreatic-cancer-moon-shot.html">
    … About the Pancreatic Cancer Moon Shot</a></li>
70106 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/the-moon-shots-program-overview.html">The
    … Moon Shots Program Overview</a></li>
70107 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/a-lasting-legacy.html">A lasting
    … legacy</a></li>
70108 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/a-conversation-with-a-living-legend.html">A
    … Conversation With a Living Legend®</a></li>
70109 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/ipromise.html">iPromise</a></li>
70110 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/survivors-say.html">Survivors Say</a></li>
70111 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/a-lifetime-commitment.html">A lifetime
    … commitment</a></li>
70112 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/among-friends.html">Among Friends</a></li>
70113 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/call-of-the-cattlemen.html">Call of the
    … Cattlemen</a></li>
70114 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/dancer-to-end-cancer.html">Dancer to end
    … cancer</a></li>
70115 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/from-football-to-philanthropy.html">From
    … football to philanthropy, she's &quot;TUFF&quot; enough</a></li>
70116 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/50000-boost-to-cancer-prevention-and-control.
    … html">$50,000 boost to Cancer Prevention and Control</a></li>
70117 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/pappas-serves-up-101500-to-endcancer.html">
    … Pappas serves up $101,500 to #endcancer</a></li>
70118 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/santas-elves-celebrate-the-season.html">Santa
```

```
70118… 's Ernies celebrate the season</a></li>
70119  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/thumbs-up-for-stripes.html">Thumbs up for
   …   Stripes</a></li>
70120  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/md-anderson-receives-22-million-in-cprit-
   …   grants.html">MD Anderson receives $22.2 million in CPRIT Grants</a></li>
70121  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/liquid-assets.html">Liquid assets</a></li>
70122  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/prestigious-honor-recognizes-outstanding-
   …   contributions-to-oncology.html">Prestigious honor recognizes outstanding
   …   contributions to oncology</a></li>
70123  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/mast-recon.html">Mast + Recon</a></li>
70124  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/why-some-colorectal-cancers-recur-after-
   …   treatment.html">Why some colorectal cancers recur after treatment</a></li>
70125  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/predictor-of-poor-survival-recurrence.html">
   …   Predictor of poor survival recurrence</a></li>
70126  <li class="primary-nav-item"><a
   …   href="/publications/promise/winter-2016/upcoming-events.html">Upcoming
   …   Events</a></li>
70127  </ul>
70128  </nav>
70129  </div>
70130  </section>
70131  </div>
70132  </div>
70133  </div></li>
70134  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/fall-2015.html">Fall 2015</a>
70135  <div class="subnav-mask">
70136  <div class="subnav-wrapper">
70137  <div class="subnav col10 pad">
70138  <section class="nested">
70139  <div class="col4 main-column">
70140  <nav class="secondary">
70141  <ul>
70142  <li class="mobile-nav-back"><a href="/publications/promise/fall-2015.html"
   …   aria-label="Back to Fall 2015">Fall 2015</a></li>
70143  <li class="primary-nav-item">
70144  <a href="/publications/promise/fall-2015.html" aria-label="Fall 2015 Home">Fall 2015
   …   Home</a></li>
70145  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/my-moon-shot.html">My Moon Shot</a></li>
70146  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/moon-shots-program-expands-reach.html">Moon
   …   Shots Program expands reach</a></li>
70147  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/25-years-holiday-giving-program.html">25 Years
   …   of Cheer</a></li>
70148  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/cancer-free-for-50-years.html">Cancer-free for
   …   50 years</a></li>
70149  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/among-friends-mel-klein.html">Among Friends:
   …   Getting to know Mel Klein</a></li>
70150  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/ipromise-estela-avery.html">iPromise: Estela
   …   Avery</a></li>
70151  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/survivors-say-rosemary-herron.html">Survivors
   …   Say: Rosemary Herron</a></li>
70152  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/a-journey-down-the-right-path.html">A journey
   …   down the right path</a></li>
```

```
70153  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/long-term-loyalty-colin-chopin.html">Long-term
   …   loyalty</a></li>
70154  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/rogers-award-michelle-barton.html">Rogers Award
   …   honors esteemed educator</a></li>
70155  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/seeking-a-cure-ivy-foundation.html">Seeking a
   …   cure</a></li>
70156  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/fishing-for-answers-reel-deel-foundation.html">
   …   Fishing for answers</a></li>
70157  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/hot-topics.html">Hot topics</a></li>
70158  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/hyundai-hope-on-wheels-research-grant.html">
   …   Every handprint tells a story</a></li>
70159  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/impact-award-tom-buchholz.html">Luncheon makes
   …   a lasting impact</a></li>
70160  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/biomarker-tied-to-poor-survival-for-colorectal-
   …   cancer-patients.html">Biomarker tied to poor survival for colorectal cancer
   …   patients</a></li>
70161  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/research-breakthrough-kidney-cancer.html">
   …   Research breakthrough: Immunotherapy for advanced kidney cancer</a></li>
70162  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/lasker-award-jim-allison.html">Jim Allison wins
   …   Lasker Award</a></li>
70163  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/depinho-top-100-influencers-in-health-care.html
   …   ">MD Anderson president among top 100 influencers in health care</a></li>
70164  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/less-may-be-more-breast-radiation.html">Less
   …   may be more</a></li>
70165  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/superpowers-against-sunburn.html">Superpowers
   …   against sunburn</a></li>
70166  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2015/joxel-garcia-moon-shots-program.html">Welcome,
   …   Joxel Garcia, M.D.</a></li>
70167  </ul>
70168  </nav>
70169  </div>
70170  </section>
70171  </div>
70172  </div>
70173  </div></li>
70174  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/summer-2015.html">Summer 2015</a>
70175  <div class="subnav-mask">
70176  <div class="subnav-wrapper">
70177  <div class="subnav col10 pad">
70178  <section class="nested">
70179  <div class="col4 main-column">
70180  <nav class="secondary">
70181  <ul>
70182  <li class="mobile-nav-back"><a href="/publications/promise/summer-2015.html"
   …   aria-label="Back to Summer 2015">Summer 2015</a></li>
70183  <li class="primary-nav-item">
70184  <a href="/publications/promise/summer-2015.html" aria-label="Summer 2015 Home">Summer
   …   2015 Home</a></li>
70185  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/message-from-dr-depinho.html">A Message from
   …   Dr. DePinho</a></li>
70186  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/putting-an-end-to-cancer-pga-tour.html">
```

```
70186… PUTTing an end to cancer</a></li>
70187  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/kenneth-woo.html">Home team
   …   advantage</a></li>
70188  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/moonshots-overview.html">Moon Shots Program
   …   Overview</a></li>
70189  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/ipromise-corky-hilliard.html">iPromise: Corky
   …   Hilliard</a></li>
70190  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/survivors-say-perry-rupp.html">Survivors Say:
   …   Perry Rupp</a></li>
70191  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/living-legend-bill-clinton-colin-powell.html"
   …   >D.C. Living Legend raises $5.2 million</a></li>
70192  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/memphis-event-raises-funds-for-cancer-
   …   research.html">MD Anderson visits the Bluff City</a></li>
70193  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/polo-on-the-prairie-robert-earl-keen.html">
   …   Despite drought, fans flock to prairie</a></li>
70194  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/chase-jones.html">Better together</a></li>
70195  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/among-friends-jaxons-frog.html">Don't give
   …   up, give out</a></li>
70196  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/brown-foundation-award-shelby-robin.html">
   …   Cancer survivor receives MD Anderson's highest nursing honor</a></li>
70197  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/koller-endowment.html">A special kind of
   …   doctor</a></li>
70198  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/colin-breiter-donates-allowance-to-md-
   …   anderson.html">Every penny helps</a></li>
70199  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/Sisterhood-fights-rare-forms-of-cervical-
   …   cancer.html">Putting it on the line</a></li>
70200  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/all-in-the-dna.html">All in the DNA</a></li>
70201  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/asco-award-ernest-t-hawk.html">American
   …   Society of Clinical Oncology (ASCO) honors MD Anderson leaders</a></li>
70202  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/blood-tests-for-lung-cancer.html">In the
   …   works: Blood tests for lung cancer</a></li>
70203  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/breast-conserving-therapy.html">Breast-
   …   conserving therapy for early-stage cancer has increased</a></li>
70204  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/jim-ray-neurodegeneration-consortium.html">
   …   Neurodegeneration research leader arrives</a></li>
70205  </ul>
70206  </nav>
70207  </div>
70208  </section>
70209  </div>
70210  </div>
70211  </div></li>
70212  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2015.html">Spring 2015</a>
70213  <div class="subnav-mask">
70214  <div class="subnav-wrapper">
70215  <div class="subnav col10 pad">
70216  <section class="nested">
70217  <div class="col4 main-column">
70218  <nav class="secondary">
```

```
70219  <ul
70220  <li class="mobile-nav-back"><a href="/publications/promise/spring-2015.html"
   …   aria-label="Back to Spring 2015">Spring 2015</a></li>
70221  <li class="primary-nav-item">
70222  <a href="/publications/promise/spring-2015.html" aria-label="Spring 2015 Home">Spring
   …   2015 Home</a></li>
70223  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/message-from-dr-depinho.html">A Message from
   …   Dr. DePinho</a></li>
70224  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/among-friends-delia-stroud.html">A good day
   …   in cancer land</a></li>
70225  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/ipromise-dave-bellows.html">iPromise: Dave
   …   Bellows</a></li>
70226  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/survivors-say-bob-kaufman.html">Survivors
   …   Say: Bob Kaufman</a></li>
70227  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/lung-cancer-survivor-finds-joy.html">Lung
   …   cancer survivor finds joy in everyday moments</a></li>
70228  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/moon-shots-program-overview.html">Moon Shots
   …   Program Overview</a></li>
70229  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/moon-shot-platforms-for-success.html">
   …   Platforms for success</a></li>
70230  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/moon-shot-platforms.html">Moon Shot
   …   Platforms</a></li>
70231  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/randall-prize-andrew-futreal.html">Big ideas
   …   reap big reward</a></li>
70232  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/finneran-family-prize-christopher-logothetis.
   …   html">"Treating the patient as well as the cancer"</a></li>
70233  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/stein-award-funds-research-projects.html">In
   …   Loving Memory</a></li>
70234  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/texas-legislators-search-for-answers-to-
   …   ovarian-cancer.html">Texas legislators search for answers to ovarian cancer</a></li>
70235  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/pediatric-cancer-foundation-continues-vision-
   …   of-its-late-co-founder.html">A worthwhile endeavor</a></li>
70236  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/10-years-of-making-cancer-history-in-west-
   …   palm-beach.html">A decade-long friendship</a></li>
70237  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/tri-deltas-shop-to-end-childhood-cancer.html"
   …   >Tri Deltas shop to end childhood cancer</a></li>
70238  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/bunny-hops-and-photo-ops.html">Bunny Hops and
   …   Photo Ops</a></li>
70239  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/md-anderson-is-cancer-center-of-pga-tour.html
   …   ">Fun in the Sun/PGA TOUR Wives Association hosts outing for pediatric
   …   patients</a></li>
70240  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/dna-can-impact-brain-cancer-progression.html"
   …   >It's all in the DNA</a></li>
70241  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/cprit-awards-major-allotment-to-md-anderson.
   …   html">CPRIT awards major allotment to MD Anderson</a></li>
70242  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2015/paul-ehrlich-ludwig-darmstaedter-prize-jim-
   …   allison.html">Jim Allison receives prestigious prize in Germany</a></li>
70243  <li class="primary-nav-item"><a
```

```
70243…  href="/publications/promise/spring-2015/algorithm-boosts-surgical-success-with-
  …    advanced-ovarian-cancer.html">Do the math</a></li>
70244   <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/advance-team-newsletter-jenee-bobbora.html">
  …    Advance Team Newsletter</a></li>
70245   </ul>
70246   </nav>
70247   </div>
70248   </section>
70249   </div>
70250   </div>
70251   </div></li>
70252   <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/winter-2015.html">Winter 2015</a>
70253   <div class="subnav-mask">
70254   <div class="subnav-wrapper">
70255   <div class="subnav col10 pad">
70256   <section class="nested">
70257   <div class="col4 main-column">
70258   <nav class="secondary">
70259   <ul>
70260   <li class="mobile-nav-back"><a href="/publications/promise/winter-2015.html"
  …    aria-label="Back to Winter 2015">Winter 2015</a></li>
70261   <li class="primary-nav-item">
70262   <a href="/publications/promise/winter-2015.html" aria-label="Winter 2015 Home">Winter
  …    2015 Home</a></li>
70263   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/message-from-dr-depinho.html">A Message from
  …    Dr. DePinho</a></li>
70264   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/energizing-the-effort-to-end-cancer.html">
  …    Energizing the effort to end cancer</a></li>
70265   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/moon-shots-program.html">Moon Shots
  …    Program</a></li>
70266   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/my-moon-shot-david-ekas.html">My Moon Shot:
  …    David Ekas</a></li>
70267   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/stripes-aligns-with-md-anderson.html">Stripes
  …    aligns with MD Anderson</a></li>
70268   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/among-friends-ted-nelson.html">Guided by a
  …    beacon of hope</a></li>
70269   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/ipromise-lawrence-and-alma-turner.html">
  …    iPromise: Lawrence and Alma Turner</a></li>
70270   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/survivors-say-sheryl-barnes.html">Survivors
  …    Say: Sheryl Barnes</a></li>
70271   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/living-legend-ben-crenshaw.html">A hole in
  …    one for cancer research</a></li>
70272   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/head-for-the-cure.html">Head for the
  …    Cure</a></li>
70273   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/living-legend-mack-brown-rc-slocum.html">
  …    Coaching greats leave it all on the stage</a></li>
70274   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/winter-bash-provides-fun-in-the-sun.html">
  …    Winter bash provides fun in the sun for patients</a></li>
70275   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/broach-foundation.html">The joke's on brain
  …    cancer</a></li>
70276   <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2015/cholangiocarcinoma-foundation.html">
  …    Compassion inspires cholangiocarcinoma support</a></li>
```

```
70277 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/sheila-and-jerry-reese.html">'Why not shoot
   … for the moon?'</a></li>
70278 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/susan-poorman-blackie-ovarian-cancer-
   … foundation.html">An inspired gift</a></li>
70279 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/chunlei-jin-honored-to-the-tune-of-100000.
   … html">Jin honored to the tune of $100,000</a></li>
70280 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/city-of-florence-prize-peter-friedl.html">MD
   … Anderson researcher receives top Italian science award</a></li>
70281 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/gardasil-9.html">Gardasil 9</a></li>
70282 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/igcs-award-david-gershenson.html">Noted
   … ovarian cancer expert receives prestigious award</a></li>
70283 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/memorial-hermann-breast-partnership.html">New
   … integrated breast screening, diagnostic programs available</a></li>
70284 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/aaas-fellows.html">A tribute to knowledge and
   … dedication</a></li>
70285 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/novel-regulatory-mechanism-for-cell-division.
   … html">Divide and conquer</a></li>
70286 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/hedgehog-gives-green-light-to-breast-cancer-
   … spread.html">A prickly pathway</a></li>
70287 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/findings-point-to-power-behind-master-cancer-
   … gene.html">One gene leads to another</a></li>
70288 <li class="primary-nav-item"><a
   … href="/publications/promise/winter-2015/drug-duo-shows-promise-for-mds-aml-patients.
   … html">Drug duo shows promise for MDS/AML patients</a></li>
70289 </ul>
70290 </nav>
70291 </div>
70292 </section>
70293 </div>
70294 </div>
70295 </div></li>
70296 <li class="primary-nav-item has-subnav"><a
   … href="/publications/promise/fall-2014.html">Fall 2014</a>
70297 <div class="subnav-mask">
70298 <div class="subnav-wrapper">
70299 <div class="subnav col10 pad">
70300 <section class="nested">
70301 <div class="col4 main-column">
70302 <nav class="secondary">
70303 <ul>
70304 <li class="mobile-nav-back"><a href="/publications/promise/fall-2014.html"
   … aria-label="Back to Fall 2014">Fall 2014</a></li>
70305 <li class="primary-nav-item">
70306 <a href="/publications/promise/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
   … Home</a></li>
70307 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2014/message-from-dr-depinho.html">A Message From
   … Ron DePinho, M.D.</a></li>
70308 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2014/driven-to-make-a-difference-terry-arnold.html">
   … Driven to make a difference</a></li>
70309 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2014/among-friends-terry-arnold.html">Can-do spirit
   … drives campaign to fight</a></li>
70310 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2014/end-tobacco.html">EndTobacco</a></li>
70311 <li class="primary-nav-item"><a
```

```
70311…    href="/publications/promise/fall-2014/promise-sandy-bobet.html">Promise: Sandy
   …      Bobet</a></li>
70312     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/survivors-say-andrew-davison.html">Survivors
   …      Say: Andrew Davison</a></li>
70313     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/holiday-card-program.html">A greeting that
   …      gives</a></li>
70314     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/stacking-the-deck-against-cancer.html">Stacking
   …      the deck against cancer</a></li>
70315     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/a-penny-raised-is-a-penny-saved.html">A penny
   …      raised is a penny saved</a></li>
70316     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/grand-prix-revving-up-the-race-to-end-cancer.
   …      html">Revving up the race to end cancer</a></li>
70317     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/pebble-beach-tournament-targets-brain-cancer.
   …      html">Head game</a></li>
70318     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/father-of-tamoxifen-craig-jordan.html">'Father
   …      of Tamoxifen'</a></li>
70319     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/khalifa-institute-for-personalized-cancer.html"
   …      >Khalifa Institute for Personalized Cancer Therapy</a></li>
70320     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/latin-american-link-hospital-israelita-albert-
   …      einstein.html">Latin American link</a></li>
70321     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/dominca-anderson-wins-rogers-award.html">
   …      Dominica Anderson wins Rogers Award</a></li>
70322     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/united-to-end-cancer.html">United to End
   …      Cancer</a></li>
70323     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/breast-cancer-research-breakthrough.html">
   …      Breast cancer research breakthrough</a></li>
70324     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/hepatitis-c.html">Hepatitis C</a></li>
70325     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/new-route-for-ovarian-cancer-spread.html">New
   …      route for ovarian cancer spread</a></li>
70326     <li class="primary-nav-item"><a
   …      href="/publications/promise/fall-2014/survival-instinct-pancreatic-cancer.html">
   …      Survival Instinct</a></li>
70327     </ul>
70328     </nav>
70329     </div>
70330     </section>
70331     </div>
70332     </div>
70333     </div></li>
70334     <li class="primary-nav-item has-subnav"><a
   …      href="/publications/promise/summer-2014.html">Summer 2014</a>
70335     <div class="subnav-mask">
70336     <div class="subnav-wrapper">
70337     <div class="subnav col10 pad">
70338     <section class="nested">
70339     <div class="col4 main-column">
70340     <nav class="secondary">
70341     <ul>
70342     <li class="mobile-nav-back"><a href="/publications/promise/summer-2014.html"
   …      aria-label="Back to Summer 2014">Summer 2014</a></li>
70343     <li class="primary-nav-item">
70344     <a href="/publications/promise/summer-2014.html" aria-label="Summer 2014 Home">Summer
   …      2014 Home</a></li>
70345     <li class="primary-nav-item"><a
```

```
70345  href="/publications/promise/summer-2014/message-from-dr-depinho.html">A message from
   …   Dr. DePinho</a></li>
70346  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/born-to-beat-cancer.html">Born to beat
   …   cancer</a></li>
70347  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/fueled-by-philanthropy.html">Fueled by
   …   philanthropy</a></li>
70348  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/putting-cancer-research-on-the-fast-track.
   …   html">Putting cancer research on the fast track</a></li>
70349  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/ipromise-jan-levit-silver.html">iPromise: Jan
   …   Levit</a></li>
70350  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/survivors-say-paula-schuetz.html">Survivors
   …   Say: Paula Schuetz</a></li>
70351  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/avon-foundation-breast-cancer-walk.html">Avon
   …   Foundation walks for a world without breast cancer</a></li>
70352  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/hope-is-in-sight.html">Hope is in
   …   sight</a></li>
70353  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/when-life-gives-you-lemons.html">When life
   …   gives you lemons</a></li>
70354  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/living-legend-condoleezza-rice.html">A
   …   Conversation With a Living Legend raises more than $1 million</a></li>
70355  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/insperity-invitational.html">Insperity
   …   Invitational</a></li>
70356  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/polo-on-the-prairie.html">Polo on the
   …   Prairie</a></li>
70357  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/asco-recognizes-md-anderson.html">American
   …   Society of Clinical Oncology recognizes MD Anderson's
70358  extraordinary contributions to cancer care</a></li>
70359  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/tang-prize-jim-allison.html">Allison shares
   …   inaugural Tang Prize for his cancer immunotherapy innovation</a></li>
70360  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/aaas-award-li-ma.html">Notable AAAS award
   …   goes to MD Anderson researcher</a></li>
70361  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/arceneaux-award-diane-barber.html">Diane
   …   Barber receives MD Anderson's highest nursing honor</a></li>
70362  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/colon-cancer-drug-combo.html">Patients with
   …   metastatic colon cancer respond to new combination therapy</a></li>
70363  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/biology-to-bedside.html">Biology to
   …   bedside</a></li>
70364  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2014/study-ties-obesity-to-higher-risk-of-breast-
   …   cancer-deaths.html">Study ties obesity to higher risk of breast cancer
   …   deaths</a></li>
70365  </ul>
70366  </nav>
70367  </div>
70368  </section>
70369  </div>
70370  </div>
70371  </div></li>
70372  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2014.html">Spring 2014</a>
70373  <div class="subnav-mask">
```

```
70374  <div class="subnav-wrapper">
70375  <div class="subnav col10 pad">
70376  <section class="nested">
70377  <div class="col4 main-column">
70378  <nav class="secondary">
70379  <ul>
70380  <li class="mobile-nav-back"><a href="/publications/promise/spring-2014.html"
    …  aria-label="Back to Spring 2014">Spring 2014</a></li>
70381  <li class="primary-nav-item">
70382  <a href="/publications/promise/spring-2014.html" aria-label="Spring 2014 Home">Spring
    …  2014 Home</a></li>
70383  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/message-from-dr-depinho.html">A Message From
    …  Dr. DePinho</a></li>
70384  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/ovarian-cancer-patient-thrives-on-hope.html">
    …  Ovarian cancer patient thrives on hope</a></li>
70385  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/moon-shots-program.html">Moon Shots
    …  Program</a></li>
70386  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/the-power-of-giving.html">The power of
    …  giving</a></li>
70387  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/philanthropy-101.html">Philanthropy
    …  101</a></li>
70388  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/sowing-success.html">Sowing success</a></li>
70389  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/ipromise-kimmie-rhodes.html">iPromise: Kimmie
    …  Rhodes</a></li>
70390  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/survivors-say-debbie-zelman.html">Survivors
    …  Say: Debbie Zelman</a></li>
70391  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/catwalk-for-a-cure-amschwand-foundation.html"
    …  >Catwalk for a Cure</a></li>
70392  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/across-the-spectrum-archer-foundation.html">
    …  Across the Spectrum</a></li>
70393  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/paying-it-forward-werner-haasch.html">Paying
    …  it forward</a></li>
70394  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/a-quarter-earned-anderson-assembly.html">A
    …  quarter earned</a></li>
70395  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/girls-in-pink-dancer-for-cancer.html">Girls
    …  in pink</a></li>
70396  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/its-a-dirty-job-wca.html">It's a dirty
    …  job</a></li>
70397  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/aacr-academy-welcomes-new-fellows.html">AACR
    …  Academy welcomes new fellows</a></li>
70398  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/kripke-award-laurie-glimcher.html">Margaret
    …  L. Kripke Legend Award</a></li>
70399  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/hagop-kantarjian-wins-national-award.html">
    …  Hagop Kantarjian wins national award</a></li>
70400  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/presidents-award-thomas-burke.html">President
    …  's Leadership Award for Advancing Women Faculty</a></li>
70401  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/predicting-pancreatic-tumor-response.html">
    …  Predicting pancreatic tumor response</a></li>
70402  <li class="primary-nav-item"><a
```

```
70402… href="/publications/promise/spring-2014/forcing-cancer-to-self-cannibalize.html">
…      Forcing cancer to self-cannibalize</a></li>
70403 </ul>
70404 </nav>
70405 </div>
70406 </section>
70407 </div>
70408 </div>
70409 </div></li>
70410 <li class="primary-nav-item has-subnav"><a
…      href="/publications/promise/winter-2014.html">Winter 2014</a>
70411 <div class="subnav-mask">
70412 <div class="subnav-wrapper">
70413 <div class="subnav col10 pad">
70414 <section class="nested">
70415 <div class="col4 main-column">
70416 <nav class="secondary">
70417 <ul>
70418 <li class="mobile-nav-back"><a href="/publications/promise/winter-2014.html"
…      aria-label="Back to Winter 2014">Winter 2014</a></li>
70419 <li class="primary-nav-item">
70420 <a href="/publications/promise/winter-2014.html" aria-label="Winter 2014 Home">Winter
…      2014 Home</a></li>
70421 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/message-from-dr-depinho.html">A Message From
…      Dr. DePinho</a></li>
70422 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/living-legend-james-a-baker-iii.html">
…      Washington, D.C. event honors James A. Baker, III</a></li>
70423 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/grand-prix-of-houston.html">Race to
…      accelerate an end to cancer</a></li>
70424 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/among-friends.html">Cancer in the rearview
…      mirror</a></li>
70425 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/ipromise-lyle-lovett.html">iPromise</a></li>
70426 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/survivors-say-angel-jimenez.html">Survivors
…      Say</a></li>
70427 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/moon-shot-overview.html">Moon Shots
…      Program</a></li>
70428 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/donald-lowd.html">Donald Lowd</a></li>
70429 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/living-legend-george-w-bush.html">A million
…      and more</a></li>
70430 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/living-legend-david-robinson.html">Basketball
…      greats star in San Antonio Living Legend</a></li>
70431 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/palm-beach-gala.html">Milestones met,
…      miracles celebrated</a></li>
70432 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/breakfast-with-santa.html">The Little
…      Galleria</a></li>
70433 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/cattlemen-for-cancer-research-hero-award.html
…      ">Cattlemen for Cancer Research Hero Award</a></li>
70434 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/kinder-foundation.html">Kinder Foundation
…      commits $1 million for MCL research</a></li>
70435 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/komen-award-gordon-mills.html">Susan G. Komen
…      bestows highest honor for breast cancer research</a></li>
70436 <li class="primary-nav-item"><a
…      href="/publications/promise/winter-2014/allison-accolades.html">Accolades for cancer
```

```
70436… immunotherapy and its masterminda</a></li>
70437  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/pat-mulvey-lifetime-achievement-award.html">A
    … round of applause</a></li>
70438  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/aaas-fellows.html">New AAAS Fellows</a></li>
70439  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/institute-of-medicine.html">Waun Ki Hong and
    … Helen Piwnica-Worms elected to Institute of Medicine</a></li>
70440  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/breast-cancer.html">Imaging concerns</a></li>
70441  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/surgeon-general-on-smoking-anniversary.html">
    … Up in smoke</a></li>
70442  <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2014/we-really-click-together.html">We really
    … click together</a></li>
70443  </ul>
70444  </nav>
70445  </div>
70446  </section>
70447  </div>
70448  </div>
70449  </div></li>
70450  <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2013.html">Fall 2013</a>
70451  <div class="subnav-mask">
70452  <div class="subnav-wrapper">
70453  <div class="subnav col10 pad">
70454  <section class="nested">
70455  <div class="col4 main-column">
70456  <nav class="secondary">
70457  <ul>
70458  <li class="mobile-nav-back"><a href="/publications/promise/fall-2013.html"
    … aria-label="Back to Fall 2013">Fall 2013</a></li>
70459  <li class="primary-nav-item">
70460  <a href="/publications/promise/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
    … Home</a></li>
70461  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/message-from-dr-depinho.html">A Message From
    … Dr. DePinho</a></li>
70462  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/gift-rings-hope-for-pediatric-patients.html">
    … Gift rings hope for pediatric patients</a></li>
70463  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/ray-floyds-1-million-hole-in-one.html">Ray
    … Floyd's $1 million hole in one</a></li>
70464  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/ipromise-joseph-jacobs.html">iPromise</a></li>
70465  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/survivors-say-leslie-schwartz.html">Survivors
    … Say</a></li>
70466  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/marion-meyer.html">Marion Meyer</a></li>
70467  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/moon-shots-program.html">Moon Shots
    … Program</a></li>
70468  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/a-fresh-approach-to-prevention.html">A fresh
    … approach to prevention</a></li>
70469  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/aspen-scene-lures-philanthropic-set.html">Aspen
    … scene lures philanthropic set</a></li>
70470  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/pedaling-for-a-cure.html">Pedaling for a
    … cure</a></li>
70471  <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2013/meeting-brain-cancer-head-on.html">Meeting
```

```
70471… brain cancer head-on</a></li>
70472 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/hope-through-h2o.html">Hope through
   … H2O</a></li>
70473 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/george-calin-celebrated-for-research-excellence
   … .html">George Calin celebrated for research excellence</a></li>
70474 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/anirban-maitra.html">Anirban Maitra</a></li>
70475 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/huffington-foundation-gives-5-million-to-
   … neurodegeneration-consortium.html">Huffington Foundation gives $5 million to
   … Neurodegeneration Consortium</a></li>
70476 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/stiefels-pledge-10-million-to-head-and-neck-
   … cancer-program.html">Stiefels pledge $10 million to head and neck cancer
   … program</a></li>
70477 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/no-butts-about-it.html">No butts about
   … it</a></li>
70478 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/possible-new-methods-for-increasing-radiation.
   … html">Researchers discover possible new methods for increasing radiation
70479 therapy effectiveness</a></li>
70480 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2013/new-targeted-therapy-identified.html">New
   … targeted therapy identified</a></li>
70481 </ul>
70482 </nav>
70483 </div>
70484 </section>
70485 </div>
70486 </div>
70487 </div></li>
70488 <li class="primary-nav-item has-subnav"><a
   … href="/publications/promise/summer-2013.html">Summer 2013</a>
70489 <div class="subnav-mask">
70490 <div class="subnav-wrapper">
70491 <div class="subnav col10 pad">
70492 <section class="nested">
70493 <div class="col4 main-column">
70494 <nav class="secondary">
70495 <ul>
70496 <li class="mobile-nav-back"><a href="/publications/promise/summer-2013.html"
   … aria-label="Back to Summer 2013">Summer 2013</a></li>
70497 <li class="primary-nav-item">
70498 <a href="/publications/promise/summer-2013.html" aria-label="Summer 2013 Home">Summer
   … 2013 Home</a></li>
70499 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/message-from-dr-depinho.html">A Message From
   … Dr. DePinho</a></li>
70500 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/lyda-hill-commits-50-million-to-moon-shots-
   … program.html">Lyda Hill commits $50 million to Moon Shots Program</a></li>
70501 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/moon-shots-program.html">Moon Shots
   … Program</a></li>
70502 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/private-philanthropy-boosts-md-andersons-moon
   … -shots-program.html">Private philanthropy boosts MD Anderson's Moon Shots
   … Program</a></li>
70503 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/the-medium-and-the-message.html">The medium
   … and the message</a></li>
70504 <li class="primary-nav-item"><a
   … href="/publications/promise/summer-2013/tonys-prostate-cancer-research-foundation.
   … html">Tony's Prostate Cancer Research Foundation</a></li>
70505 <li class="primary-nav-item"><a
```

```
70505…  href="/publications/promise/summer-2013/tom-bates.html">Tom Bates</a></li>
70506   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/ashley-loeffler.html">Ashley
   …    Loeffler</a></li>
70507   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/music-video-goes-viral.html">Music Video Goes
   …    Viral</a></li>
70508   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/a-rose-like-no-other.html">A rose like no
   …    other</a></li>
70509   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/no-lump-still-cancer.html">No lump, still
   …    cancer</a></li>
70510   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/under-the-palms-and-on-the-prairie.html">
   …    Under the Palms and on the Prairie</a></li>
70511   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/run-broadens-scope-of-awareness.html">Run
   …    broadens scope of awareness</a></li>
70512   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/md-andersons-top-nursing-honor.html">MD
   …    Anderson's top nursing honor</a></li>
70513   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/a-generational-thing.html">A generational
   …    thing</a></li>
70514   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/brothers-in-beards.html">Brothers in
   …    beards</a></li>
70515   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/kick-the-butts.html">Kick the Butts</a></li>
70516   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/childrens-cancer-hospital-reopening.html">
   …    Children's Cancer Hospital Re-opening</a></li>
70517   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/imaging-pioneer-takes-on-leadership-roles.
   …    html">Imaging pioneer takes on leadership roles</a></li>
70518   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/Helen-piwnica-worms-joins-md-anderson.html">
   …    MD Anderson welcomes new vice provost, science</a></li>
70519   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/ethan-dmitrovsky-joins-md-anderson.html">New
   …    provost, executive vice president arrives from Dartmouth</a></li>
70520   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/american-cancer-society-honors-isaiah-j-
   …    fidler.html">American Cancer Society honors Isaiah J. Fidler</a></li>
70521   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/mendelsohn-elected-to-american-academy-of-
   …    arts-and-sciences.html">Mendelsohn elected to American Academy of Arts and
   …    Sciences</a></li>
70522   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/met-protein-levels-potential-biomarker-for-
   …    aggressive-colon-cancer.html">MET protein levels potential biomarker for aggressive
   …    colon cancer</a></li>
70523   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/when-oxygen-is-short-egfr-thwarts-cancer-
   …    fighting-machinery.html">When oxygen is short, EGFR thwarts cancer-fighting
   …    machinery</a></li>
70524   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/ibrutinib-proves-strong-defense-against-
   …    mantle-cell-lymphoma.html">Ibrutinib proves strong defense against mantle cell
   …    lymphoma</a></li>
70525   <li class="primary-nav-item"><a
   …    href="/publications/promise/summer-2013/bevacizumab-offers-no-benefit-for-newly-
   …    diagnosed-glioblastoma.html">Bevacizumab offers no benefit for newly diagnosed
   …    glioblastoma</a></li>
70526   </ul>
70527   </nav>
70528   </div>
```

```
70529  </section>
70530  </div>
70531  </div>
70532  </div></li>
70533  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/spring-2013.html">Spring 2013</a>
70534  <div class="subnav-mask">
70535  <div class="subnav-wrapper">
70536  <div class="subnav col10 pad">
70537  <section class="nested">
70538  <div class="col4 main-column">
70539  <nav class="secondary">
70540  <ul>
70541  <li class="mobile-nav-back"><a href="/publications/promise/spring-2013.html"
    …  aria-label="Back to Spring 2013">Spring 2013</a></li>
70542  <li class="primary-nav-item">
70543  <a href="/publications/promise/spring-2013.html" aria-label="Spring 2013 Home">Spring
    …  2013 Home</a></li>
70544  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/message-from-ronald-depinho.html">A message
    …  from Ronald DePinho, M.D.</a></li>
70545  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/a-bright-future-for-philanthropy.html">A
    …  bright future for philanthropy</a></li>
70546  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/mexico-texas-institutions-wage-war-on-tobacco
    …  .html">Mexico, Texas institutions wage war on tobacco</a></li>
70547  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/seminar-offers-a-glimpse-at-the-moon-shot-
    …  play-book.html">Seminar offers a glimpse at the moon shot play book</a></li>
70548  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/leading-gifts-lay-groundwork-for-moon-shots-
    …  program.html">Leading gifts lay groundwork for Moon Shots Program</a></li>
70549  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/beating-the-odds.html">Beating the
    …  odds</a></li>
70550  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/triumph-over-kid-cancer-foundation.html">
    …  Triumph Over Kid Cancer Foundation</a></li>
70551  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/ipromise-lorie-and-tony-pistone.html">
    …  iPromise - Lorie and Tony Pistone</a></li>
70552  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/survivors-say-john-webb.html">Survivors Say:
    …  John Webb</a></li>
70553  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/att-donation-helps-teens-stay-connected.html"
    …  >AT&amp;T donation helps teens stay connected</a></li>
70554  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/blackjack-players-hit-it-big-in-fight-against
    …  -cancer.html">Blackjack players hit it big in fight against cancer</a></li>
70555  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/motorcycle-group-revs-up-brain-cancer-
    …  research.html">Motorcycle group revs up brain cancer research</a></li>
70556  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/unconventional-fundraising-idea-rocks.html">
    …  Unconventional fundraising idea rocks</a></li>
70557  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/living-legend-george-w-bush.html">San Antonio
    …  A Conversation With a Living Legend®</a></li>
70558  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/santas-elves-spread-holiday-joy.html">Santa's
    …  Elves spread holiday joy to pediatric programs</a></li>
70559  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/bish-foundation-creates-hope-from-loss.html">
    …  BISH Foundation creates hope from loss</a></li>
70560  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2013/mulvas-fund-lifesaving-melanoma-research.html
```

```
70560… ">McRaes fund lifesaving melanoma research</a></li>
70561 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/safeway-supports-breast-cancer-research.html"
    … >Safeway supports groundbreaking breast cancer research</a></li>
70562 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/a-new-approach-to-alzheimers.html">A new
    … approach to Alzheimer's</a></li>
70563 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-glaxosmithkline-working-on-cancer
    … -immune-therapy.html">MD Anderson, GlaxoSmithKline working on cancer immune therapy
    … in $335M deal</a></li>
70564 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-kudos-at-national-philanthropy-
    … day.html">MD Anderson kudos at National Philanthropy Day</a></li>
70565 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/depression-stress-key-factors-in-bladder-
    … cancer-outcomes.html">Depression, stress key factors in bladder cancer
    … outcomes</a></li>
70566 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/project-to-sort-cancer-causing-cellular-chaos
    … -wins-innovator-awa.html">Project to sort cancer-causing cellular chaos wins
    … innovator award</a></li>
70567 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/stress-triggers-signaling-pathway-that-leads-
    … to-spread-of-ovaria.html">Stress triggers signaling pathway that leads to spread of
    … ovarian cancer</a></li>
70568 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/breast-cancer-patients-benefit-from-qigong.
    … html">Breast cancer patients benefit from qigong</a></li>
70569 </ul>
70570 </nav>
70571 </div>
70572 </section>
70573 </div>
70574 </div>
70575 </div></li>
70576 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2012.html">Fall 2012</a>
70577 <div class="subnav-mask">
70578 <div class="subnav-wrapper">
70579 <div class="subnav col10 pad">
70580 <section class="nested">
70581 <div class="col4 main-column">
70582 <nav class="secondary">
70583 <ul>
70584 <li class="mobile-nav-back"><a href="/publications/promise/fall-2012.html"
    … aria-label="Back to Fall 2012">Fall 2012</a></li>
70585 <li class="primary-nav-item">
70586 <a href="/publications/promise/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
    … Home</a></li>
70587 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/message-from-ronald-depinho.html">A message
    … from Ronald DePinho, M.D.</a></li>
70588 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/moon-shots-program.html">The time is
    … now</a></li>
70589 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/md-anderson-foundation.html">Heirs
    … apparent</a></li>
70590 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/megan-leigh-brown-fellowship-for-ovarian-cancer
    … .html">iPromise - Marie and Kevin Brown</a></li>
70591 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/survivors-say-john-m-floyd.html">Survivors Say
    … - John M. Floyd</a></li>
70592 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/jamie-hopes-for-a-cure.html">Jamie hopes for a
    … cure</a></li>
```

```
70593  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/little-galleria-back-to-school-fashion-show.
  …    html">School is back in style</a></li>
70594  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/2012-rogers-award.html">Rogers Award recognizes
  …    Pam Redden</a></li>
70595  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/donors-make-a-difference-cj-johnson.html">CJ
  …    Foundation fights with faith</a></li>
70596  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/matching-gifts-program-dipardo-fund.html">
  …    Refusing to lose</a></li>
70597  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/md-andersons-holiday-giving-program.html">Greet
  …    the holiday with ease</a></li>
70598  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/cultivation-events.html">Hosts with the
  …    most</a></li>
70599  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/md-anderson-ranked-no-1.html">MD Anderson ranks
  …    No. 1 in cancer care</a></li>
70600  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/new-bov-members.html">New BOV officers,
  …    associate members</a></li>
70601  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/2012-arceneaux-award.html">Claudine Jreissaty
  …    claims 30th annual Arceneaux Award</a></li>
70602  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/depression-affects-cancer-survival.html">
  …    Depression affects cancer survival</a></li>
70603  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/dna-deletions-promote-cancer.html">An ironic
  …    twist</a></li>
70604  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2012/radiation-and-mastectomy.html">Radiation and
  …    mastectomy</a></li>
70605  </ul>
70606  </nav>
70607  </div>
70608  </section>
70609  </div>
70610  </div>
70611  </div></li>
70612  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/summer-2012.html">Summer 2012</a>
70613  <div class="subnav-mask">
70614  <div class="subnav-wrapper">
70615  <div class="subnav col10 pad">
70616  <section class="nested">
70617  <div class="col4 main-column">
70618  <nav class="secondary">
70619  <ul>
70620  <li class="mobile-nav-back"><a href="/publications/promise/summer-2012.html"
  …    aria-label="Back to Summer 2012">Summer 2012</a></li>
70621  <li class="primary-nav-item">
70622  <a href="/publications/promise/summer-2012.html" aria-label="Summer 2012 Home">Summer
  …    2012 Home</a></li>
70623  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/message-from-ronald-depinho.html">A message
  …    from Ronald DePinho, M.D.</a></li>
70624  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/telemedicine-att.html">A leap into the future
  …    with telemedicine</a></li>
70625  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/navigating-a-life-with-cancer.html">
  …    Navigating a life with cancer</a></li>
70626  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/ipromise-michael-c-linn.html">iPromise:
```

```
70626…  Michael C. Linn</a></li>
70627   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/survivors-say-wyatt-mcspadden.html">Survivors
  …     Say: Wyatt McSpadden</a></li>
70628   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/pediatric-cancer-research.html">Taking a shot
  …     at cancer</a></li>
70629   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/reliant-energy-blood-donors.html">Hope is in
  …     the bank</a></li>
70630   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/broach-foundation-for-brain-cancer.html">
  …     Attitude is everything</a></li>
70631   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/the-right-thing-to-do.html">The right thing
  …     to do</a></li>
70632   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/cancer-fun-runs.html">Making great
  …     strides</a></li>
70633   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/polo-fundraising-events.html">Donors pony up
  …     support for MD Anderson</a></li>
70634   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/living-legend-tony-blair.html">A second
  …     helping</a></li>
70635   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/hospital-israelita-albert-einstein.html">
  …     Alliance in Brazil</a></li>
70636   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/depinho-elected-to-nas.html">DePinho elected
  …     to National Academy of Sciences</a></li>
70637   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/frederick-becker-honor.html">Becker receives
  …     investigative pathology society's highest honor</a></li>
70638   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/kripke-award-nancy-hopkins.html">Kripke
  …     Legend Award salutes champion of gender equality</a></li>
70639   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/personalized-breast-cancer-medicine.html">A
  …     step toward personalized breast cancer medicine</a></li>
70640   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/kras-oncogene.html">Kras plays dual role in
  …     pancreatic cancer</a></li>
70641   <li class="primary-nav-item"><a
  …     href="/publications/promise/summer-2012/melanoma-brain-metastases.html">Drug shrinks
  …     melanoma brain metastases</a></li>
70642   </ul>
70643   </nav>
70644   </div>
70645   </section>
70646   </div>
70647   </div>
70648   </div></li>
70649   <li class="primary-nav-item has-subnav"><a
  …     href="/publications/promise/spring-2012.html">Spring 2012</a>
70650   <div class="subnav-mask">
70651   <div class="subnav-wrapper">
70652   <div class="subnav col10 pad">
70653   <section class="nested">
70654   <div class="col4 main-column">
70655   <nav class="secondary">
70656   <ul>
70657   <li class="mobile-nav-back"><a href="/publications/promise/spring-2012.html"
  …     aria-label="Back to Spring 2012">Spring 2012</a></li>
70658   <li class="primary-nav-item">
70659   <a href="/publications/promise/spring-2012.html" aria-label="Spring 2012 Home">Spring
  …     2012 Home</a></li>
70660   <li class="primary-nav-item"><a
```

```
70660 href="/publications/promise/spring-2012/message-from-dr-depinho.html">A Message From
   ⋯ Dr. DePinho</a></li>
70661 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/an-infinite-desire-to-help.html">An infinite
   ⋯ desire to help</a></li>
70662 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/academia-meets-biotech-in-new-institute.html"
   ⋯ >Academia meets biotech in new institute</a></li>
70663 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/friends-for-life-and-beyond.html">Friends for
   ⋯ life — and beyond</a></li>
70664 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/ipromise-demos-t-kyrazis.html">iPromise</a></
   ⋯ li>
70665 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/survivors-say-donna-mcnulty-reinbolt.html">
   ⋯ Survivors Say</a></li>
70666 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/centers-new-name-pays-tribute-to-institutions
   ⋯ -third-president.html">Center's new name pays tribute to institution's third
   ⋯ president</a></li>
70667 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/straight-to-the-heart-of-the-matter.html">
   ⋯ Straight to the heart of the matter</a></li>
70668 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/campaign-surpasses-1-2-billion-goal.html">
   ⋯ Campaign surpasses $1.2 billion goal</a></li>
70669 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/events-quadruple-success-of-md-anderson-
   ⋯ fundraiser.html">Events quadruple success of MD Anderson fundraiser</a></li>
70670 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/a-team-effort.html">A team effort</a></li>
70671 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/strength-in-numbers.html">Strength in
   ⋯ numbers</a></li>
70672 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/scientists-find-possible-colorectal-cancer-
   ⋯ connection.html">Scientists find possible colorectal cancer connection</a></li>
70673 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/pancreatic-cancer-study-finds-vicious-cycle.
   ⋯ html">Pancreatic cancer study finds 'vicious cycle'</a></li>
70674 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/study-blames-dna-damaging-agents-in-
   ⋯ testicular-cancer-risk.html">Study blames DNA-damaging agents in testicular cancer
   ⋯ risk</a></li>
70675 <li class="primary-nav-item"><a
   ⋯ href="/publications/promise/spring-2012/ovarian-cancer-breakthrough.html">Ovarian
   ⋯ cancer breakthrough</a></li>
70676 </ul>
70677 </nav>
70678 </div>
70679 </section>
70680 </div>
70681 </div>
70682 </div></li>
70683 <li class="primary-nav-item has-subnav"><a
   ⋯ href="/publications/promise/fall-2011.html">Fall 2011</a>
70684 <div class="subnav-mask">
70685 <div class="subnav-wrapper">
70686 <div class="subnav col10 pad">
70687 <section class="nested">
70688 <div class="col4 main-column">
70689 <nav class="secondary">
70690 <ul>
70691 <li class="mobile-nav-back"><a href="/publications/promise/fall-2011.html"
   ⋯ aria-label="Back to Fall 2011">Fall 2011</a></li>
70692 <li class="primary-nav-item">
70693 <a href="/publications/promise/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
```

```
70693 Home</a></li>
70694 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/data-deluge.html">Data Deluge</a></li>
70695 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/ronald-depinho-message.html">A Message From Dr.
   … DePinho</a></li>
70696 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/us-news-no-1.html">MD Anderson No. 1 in Cancer
   … Care Again</a></li>
70697 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/komen-grant-recipients.html">Arun, Nazario
   … Komen Grant Recipients</a></li>
70698 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/aspen-event-honors-mendelsohns.html">Aspen
   … Event Honors Mendelsohns</a></li>
70699 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/pasqualini-wins-research-award.html">Pasqualini
   … Wins Research Award</a></li>
70700 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/mcneill-receives-rogers-award.html">Passion +
   … Brains = Excellence in Prevention</a></li>
70701 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/survivors-say-hilton-w-graham-ii.html">
   … Survivors Say: Hilton W. Graham II</a></li>
70702 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/board-of-visitors.html">Time, Talents and
   … Treasures</a></li>
70703 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/lung-screening.html">Help for Heavy
   … Smokers</a></li>
70704 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/genetic-variations.html">It's in the
   … Genes</a></li>
70705 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/t-cell-off-switch.html">Regulatory T Cell
   … Off-Switch Plays Role in Immune System Response</a></li>
70706 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/colon-cancer-survivor.html">Suitable for
   … Framing</a></li>
70707 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/ipromise-michael-levy.html">iPromise: Michael
   … R. Levy</a></li>
70708 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/cattlemen-for-cancer-research.html">Cattlemen
   … for Cancer Research Lassos First Hero</a></li>
70709 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/osteosarcoma-research.html">A Festival That
   … Fights Back</a></li>
70710 <li class="primary-nav-item"><a
   … href="/publications/promise/fall-2011/childhood-cancer.html">Philanthropy
   … 101</a></li>
70711 </ul>
70712 </nav>
70713 </div>
70714 </section>
70715 </div>
70716 </div>
70717 </div></li>
70718 <li class="primary-nav-item has-subnav"><a
   … href="/publications/promise/Summer2011.html">Summer 2011</a>
70719 <div class="subnav-mask">
70720 <div class="subnav-wrapper">
70721 <div class="subnav col10 pad">
70722 <section class="nested">
70723 <div class="col4 main-column">
70724 <nav class="secondary">
70725 <ul>
70726 <li class="mobile-nav-back"><a href="/publications/promise/Summer2011.html"
```

```
70726  aria-label="Back to Summer 2011">Summer 2011</a></li>
70727  <li class="primary-nav-item">
70728  <a href="/publications/promise/Summer2011.html" aria-label="Summer 2011 Home">Summer
   …   2011 Home</a></li>
70729  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/message-from-john-mendelsohn2.html">A Message
   …   From John Mendelsohn, M.D.</a></li>
70730  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/introducing-polo-under-the-palms.html">
   …   Introducing: Polo Under the Palms</a></li>
70731  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/polo-on-the-prairie.html">Polo on the
   …   Prairie</a></li>
70732  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/taking-a-bite-out-of-cancer-crave-cupcakes-
   …   partners-with-arts-in.html">Taking a bite out of cancer: Crave Cupcakes partners with
   …   Arts in
70733  Medicine program</a></li>
70734  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/teamconnor-plays-to-win-against-childhood-
   …   cancer.html">TeamConnor plays to win against childhood cancer</a></li>
70735  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/research-highlights3.html">Research
   …   Highlights</a></li>
70736  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/ipromise-anne-mendelsohn.html">iPromise - Anne
   …   Mendelsohn</a></li>
70737  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/among-friends-finding-hope-in-everyday-heroes.
   …   html">Among Friends: Marvin Kimmel</a></li>
70738  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/planned-gift-provides-hope-for-others.html">
   …   Planned gift provides hope for others</a></li>
70739  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/faith-is-at-foundations-core.html">Faith is at
   …   foundation's core</a></li>
70740  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/a-promise-fulfilled-foundation-honors-farrah-
   …   fawcetts-memory.html">A promise fulfilled: Foundation honors Farrah Fawcett's
   …   memory</a></li>
70741  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/bov-member-repays-debt-of-gratitude-to-md-
   …   anderson.html">BOV member repays debt of gratitude to MD Anderson</a></li>
70742  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/benchmark-event.html">Benchmark event</a></li>
70743  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/patients-peers-laud-award-winner.html">
   …   Patients, peers laud award winner</a></li>
70744  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/mulvas-give-5-million-to-melanoma-research.
   …   html">Mulvas give $5 million to melanoma research</a></li>
70745  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/depinho-named-fourth-president-in-history-of-
   …   md-anderson.html">DePinho named fourth president in history of MD Anderson</a></li>
70746  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/dean-makes-presidents-list.html">Dean makes
   …   president's list</a></li>
70747  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/capitalizing-on-our-differences.html">
   …   Capitalizing on our differences</a></li>
70748  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/team-effort-makes-major-advances.html">Team
   …   effort makes major advances</a></li>
70749  </ul>
70750  </nav>
70751  </div>
70752  </section>
70753  </div>
```

```
70754  </div></li>
70755  </div></li>
70756  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/spring-2011.html">Spring 2011</a>
70757  <div class="subnav-mask">
70758  <div class="subnav-wrapper">
70759  <div class="subnav col10 pad">
70760  <section class="nested">
70761  <div class="col4 main-column">
70762  <nav class="secondary">
70763  <ul>
70764  <li class="mobile-nav-back"><a href="/publications/promise/spring-2011.html"
    …  aria-label="Back to Spring 2011">Spring 2011</a></li>
70765  <li class="primary-nav-item">
70766  <a href="/publications/promise/spring-2011.html" aria-label="Spring 2011 Home">Spring
    …  2011 Home</a></li>
70767  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/message-from-john-mendelsohn.html">A Message
    …  From John Mendelsohn, M.D.</a></li>
70768  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/milestones-with-mendelsohn.html">Milestones
    …  With Mendelsohn</a></li>
70769  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/meet-four-generous-md-anderson-donors.html">
    …  Meet Four Generous MD Anderson Donors</a></li>
70770  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/global-force-against-cancer-md-anderson.html"
    …  >A Global Force Against Cancer: MD Anderson Once Again Ranked No. 1</a></li>
70771  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/a-passion-for-making-cancer-history.html">A
    …  Passion for Making Cancer History®</a></li>
70772  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/dedication-spans-a-life-in-the-spotlight.html
    …  ">Among Friends</a></li>
70773  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/research-highlights2.html">Research
    …  Highlights</a></li>
70774  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/veps-reason-to-smile.html">VEPS: Reason to
    …  Smile</a></li>
70775  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/living-legend-jack-nicklaus.html">A
    …  Conversation With a Living Legend®</a></li>
70776  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/giving-back-is-job-one.html">Giving Back Is
    …  Job One</a></li>
70777  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/md-anderson-receives-largest-gift-in-its-
    …  history.html">MD Anderson Receives Largest Gift in Its History</a></li>
70778  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/great-expectations-inspire-couples-
    …  philanthropy.html">Great Expectations Inspire Couple's Philanthropy</a></li>
70779  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/mangurian-legacy-boosts-cutting-edge-leukemia
    …  -research.html">Mangurian Legacy Boosts Cutting-Edge Leukemia Research</a></li>
70780  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/ipromise-gibson-gayle-jr.html">iPromise -
    …  Gibson Gayle Jr.</a></li>
70781  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/doubleheader-at-minute-maid-park.html">
    …  Doubleheader at Minute Maid Park</a></li>
70782  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2011/how-you-can-help.html">How You Can
    …  Help</a></li>
70783  </ul>
70784  </nav>
70785  </div>
70786  </section>
```

```
70787  </div>
70788  </div>
70789  </div></li>
70790  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/fall-2010.html">Fall 2010</a>
70791  <div class="subnav-mask">
70792  <div class="subnav-wrapper">
70793  <div class="subnav col10 pad">
70794  <section class="nested">
70795  <div class="col4 main-column">
70796  <nav class="secondary">
70797  <ul>
70798  <li class="mobile-nav-back"><a href="/publications/promise/fall-2010.html"
  …    aria-label="Back to Fall 2010">Fall 2010</a></li>
70799  <li class="primary-nav-item">
70800  <a href="/publications/promise/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
  …    Home</a></li>
70801  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/measuring-value.html">Measuring Value</a></li>
70802  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/message-from-dr-mendelsohn.html">A Message From
  …    Dr. Mendelsohn</a></li>
70803  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/ipromise-jen-lowenstein.html">iPromise</a></li>
70804  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/the-power-of-the-third-party.html">The Power of
  …    the Third Party</a></li>
70805  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/young-bakers-discover-sweet-rewards-in-giving.
  …    html">Young Bakers Discover Sweet Rewards in Giving</a></li>
70806  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/audubon-country-club-members-show-cancer-
  …    patients-they-care.html">Audubon Country Club Members Show Cancer Patients They
  …    Care</a></li>
70807  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/team-sarcoma-spins-worldwide-impact.html">Team
  …    Sarcoma Spins Worldwide Impact</a></li>
70808  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/three-times-a-survivor.html">Three Times a
  …    Survivor</a></li>
70809  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/survivors-say-wayne-bray.html">Survivors Say:
  …    Wayne Bray</a></li>
70810  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/kiosks-recognize-generous-donors.html">Kiosks
  …    Recognize Generous Donors</a></li>
70811  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/ross-perot-commits-20-million-to-md-anderson.
  …    html">Ross Perot Commits $20 Million to MD Anderson</a></li>
70812  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/little-galleria-is-a-big-amenity-for-families.
  …    html">Little Galleria Is a Big Amenity for Families</a></li>
70813  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/research-highlights1.html">Research
  …    Highlights</a></li>
70814  <li class="primary-nav-item"><a
  …    href="/publications/promise/fall-2010/donors-make-a-difference.html">Donors Make a
  …    Difference</a></li>
70815  </ul>
70816  </nav>
70817  </div>
70818  </section>
70819  </div>
70820  </div>
70821  </div></li>
70822  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/summer-2010.html">Summer 2010</a>
70823  <div class="subnav-mask">
```

```
70824 <div class="subnav-wrapper">
70825 <div class="subnav col10 pad">
70826 <section class="nested">
70827 <div class="col4 main-column">
70828 <nav class="secondary">
70829 <ul>
70830 <li class="mobile-nav-back"><a href="/publications/promise/summer-2010.html"
      aria-label="Back to Summer 2010">Summer 2010</a></li>
70831 <li class="primary-nav-item">
70832 <a href="/publications/promise/summer-2010.html" aria-label="Summer 2010 Home">Summer
      2010 Home</a></li>
70833 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/message-from-dr-mendelsohn.html">A Message
      from Dr. Mendelsohn</a></li>
70834 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/survivors-say-mike-shad.html">Survivor's Say:
      Mike Shad</a></li>
70835 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/ipromise-kim-johnson.html">iPromise: Kim
      Johnson</a></li>
70836 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/avon-walk-in-houston-sets-new-standard.html">
      Avon Walk in Houston Sets New Standard</a></li>
70837 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/texas-business-women-honors-professors-
      outstanding-achievements.html">Texas Business Women Honors Professor's Outstanding
      Achievements</a></li>
70838 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/kripke-award-janet-davison-rowley.html">
      Cancer Genetics Pioneer Wins Margaret L. Kripke Legend Award</a></li>
70839 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/beating-cancer-with-a-stick.html">Beating
      Cancer With a Stick</a></li>
70840 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/living-legend-sam-nunn.html">Atlanta Legends
      Event Featuring Sam Nunn Exceeds Fundraising Goals</a></li>
70841 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/osteoporosis-group-honors-couple-for-
      strengthening-bone-health-awareness.html">Osteoporosis Group Honors Couple for
      Strengthening Bone Health Awareness</a></li>
70842 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/among-friends-lanie-rose.html">Among Friends:
      Lanie Rose</a></li>
70843 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/beauty-and-the-beast.html">Beauty and the
      Beast</a></li>
70844 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/discoveries-take-time.html">Discoveries Take
      Time</a></li>
70845 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/advanced-practice-nurse-peg-fields-receives-
      prestigious-arceneaux-award.html">Advanced Practice Nurse Peg Fields Receives
      Prestigious Arceneaux Award</a></li>
70846 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/ut-md-anderson-no-1-in-cancer-care.html">UT
      MD Anderson No. 1 in Cancer Care</a></li>
70847 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/research-highlights.html">Research
      Highlights</a></li>
70848 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2010/donors-make-a-difference.html">Donors Make a
      Difference</a></li>
70849 </ul>
70850 </nav>
70851 </div>
70852 </section>
70853 </div>
70854 </div>
```

```
70855  </div></li>
70856  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/spring-2010.html">Spring 2010</a>
70857  <div class="subnav-mask">
70858  <div class="subnav-wrapper">
70859  <div class="subnav col10 pad">
70860  <section class="nested">
70861  <div class="col4 main-column">
70862  <nav class="secondary">
70863  <ul>
70864  <li class="mobile-nav-back"><a href="/publications/promise/spring-2010.html"
  …    aria-label="Back to Spring 2010">Spring 2010</a></li>
70865  <li class="primary-nav-item">
70866  <a href="/publications/promise/spring-2010.html" aria-label="Spring 2010 Home">Spring
  …    2010 Home</a></li>
70867  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/message-from-john-mendelsohn.html">A Message
  …    from John Mendelsohn</a></li>
70868  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/making-cancer-history.html">Making Cancer
  …    History®:</a></li>
70869  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/philanthropic-goals-through-december-2011.
  …    html">Philanthropic Goals Through December 2011</a></li>
70870  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/transforming-cancer-care-through-research.
  …    html">Transforming Cancer Care Through Research</a></li>
70871  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-institute-for-cancer-care
  …    -excellence.html">Institute for Cancer Care Excellence</a></li>
70872  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-red-and-charline-mccombs-
  …    institute.html">Red and Charline McCombs Institute for the Early Detection and
  …    Treatment
70873  of Cancer</a></li>
70874  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-duncan-family-institute.
  …    html">Duncan Family Institute for Cancer Prevention and Risk Assessment</a></li>
70875  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-institute-for-basic-
  …    science.html">Institute for Basic Science</a></li>
70876  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-institute-for-
  …    personalized-cancer-therapy.html">Institute for Personalized Cancer Therapy</a></li>
70877  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-priority-programs.html">
  …    Priority Programs</a></li>
70878  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-an-endowment-for-md-
  …    anderson.html">An Endowment for MD Anderson</a></li>
70879  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/campaign-objectives-facilities.html">
  …    Facilities</a></li>
70880  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/an-evening-of-celebration-launches-1-billion-
  …    campaign.html">An Evening of Celebration Launches $1 Billion Campaign to Transform
  …    Cancer Care</a></li>
70881  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/among-friends-george-and-barbara-bush.html">
  …    Among Friends- George and Barbara Bush</a></li>
70882  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/research-highlights.html">Research
  …    Highlights</a></li>
70883  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/a-new-look-for-md-andersons-logo.html">A New
  …    Look for MD Anderson's Logo</a></li>
70884  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2010/donors-make-a-difference.html">Promise -
70885
```

```
70885  Spring 2010 - Donors Make a Difference</a></li>
70886  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2010/survivors-say-nancy-b-loeffler.html">
       Survivors Say - Nancy B. Loeffler</a></li>
70887  </ul>
70888  </nav>
70889  </div>
70890  </section>
70891  </div>
70892  </div>
70893  </div></li>
70894  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/fall-2009.html">Fall 2009</a>
70895  <div class="subnav-mask">
70896  <div class="subnav-wrapper">
70897  <div class="subnav col10 pad">
70898  <section class="nested">
70899  <div class="col4 main-column">
70900  <nav class="secondary">
70901  <ul>
70902  <li class="mobile-nav-back"><a href="/publications/promise/fall-2009.html"
    …  aria-label="Back to Fall 2009">Fall 2009</a></li>
70903  <li class="primary-nav-item">
70904  <a href="/publications/promise/fall-2009.html" aria-label="Fall 2009 Home">Fall 2009
    …  Home</a></li>
70905  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/a-message-from-dr-mendelsohn.html">A Message
    …  from Dr. Mendelsohn</a></li>
70906  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/practicing-the-art-of-the-possible.html">
       Practicing the Art of the Possible</a></li>
70907  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/philanthropy-fuels-innovative-research.html">
       Philanthropy Fuels Innovative Research</a></li>
70908  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/support-focuses-on-survivorship-issues.html">
       Support Focuses on Survivorship Issues</a></li>
70909  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/ipromise-jeff-b-love.html">iPromise - Jeff B.
       Love</a></li>
70910  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/survivors-say-hoda-kotb.html">Survivors Say -
       Hoda Kotb</a></li>
70911  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/among-friends-ruth-keller.html">Among Friends -
       Ruth Keller</a></li>
70912  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/run-for-the-rose-races-past-1-million-mark-for-
       brain-tumor-research.html">Run for the Rose Races Past $1 Million Mark for Brain
       Tumor Research</a></li>
70913  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/raam-team-brings-christmas-in-july-to-young-
       cancer-patients.html">RAAM Team Brings Christmas in July to Young Cancer
       Patients</a></li>
70914  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/mulligans-mean-melanoma-awareness-for-sun-savvy
       -fundraisers.html">Mulligans Mean Melanoma Awareness for Sun-savvy
       Fundraisers</a></li>
70915  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/santa-fe-symposium.html">Santa Fe
       Symposium</a></li>
70916  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/research-highlights.html">Research
       Highlights</a></li>
70917  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2009/news-makers.html">News Makers</a></li>
70918  </ul>
70919  </nav>
```

```
70920  </div>
70921  </section>
70922  </div>
70923  </div>
70924  </div></li>
70925  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/summer-2009.html">Summer 2009</a>
70926  <div class="subnav-mask">
70927  <div class="subnav-wrapper">
70928  <div class="subnav col10 pad">
70929  <section class="nested">
70930  <div class="col4 main-column">
70931  <nav class="secondary">
70932  <ul>
70933  <li class="mobile-nav-back"><a href="/publications/promise/summer-2009.html"
   …   aria-label="Back to Summer 2009">Summer 2009</a></li>
70934  <li class="primary-nav-item">
70935  <a href="/publications/promise/summer-2009.html" aria-label="Summer 2009 Home">Summer
   …   2009 Home</a></li>
70936  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/a-message-from-dr-mendelsohn.html">A Message
   …   From Dr. Mendelsohn</a></li>
70937  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/polo-on-the-prairie-brings-world-class-polo-
   …   to-west-texas.html">Polo on the Prairie Brings World-Class Polo to West
   …   Texas</a></li>
70938  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/milestones-and-a-mission.html">Milestones and
   …   a Mission</a></li>
70939  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/presidential-perspective-george-hw-bush.html"
   …   >Presidential Perspective</a></li>
70940  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/cyrus-scholar-award-presents-a-golden-
   …   opportunity.html">Cyrus Scholar Award Presents a Golden Opportunity</a></li>
70941  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/sprint-for-life-off-and-running-in-support-of
   …   -ovarian-cancer-research.html">Sprint for Life: Off and Running in Support of Ovarian
   …   Cancer Research</a></li>
70942  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/among-friends-jeff-wigbels.html">Among
   …   Friends</a></li>
70943  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/survivors-say-james-s-olson.html">Survivors
   …   Say: James S. Olson</a></li>
70944  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/research-highlights.html">Research
   …   Highlights</a></li>
70945  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/news-makers.html">News Makers</a></li>
70946  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/ipromise-andrew-mccullough-jr.html">iPromise<
   …   /a></li>
70947  </ul>
70948  </nav>
70949  </div>
70950  </section>
70951  </div>
70952  </div>
70953  </div></li>
70954  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2009.html">Spring 2009</a>
70955  <div class="subnav-mask">
70956  <div class="subnav-wrapper">
70957  <div class="subnav col10 pad">
70958  <section class="nested">
70959  <div class="col4 main-column">
70960  <nav class="secondary">
```

```
70961  <ul>
70962  <li class="mobile-nav-back"><a href="/publications/promise/spring-2009.html"
   …  aria-label="Back to Spring 2009">Spring 2009</a></li>
70963  <li class="primary-nav-item">
70964  <a href="/publications/promise/spring-2009.html" aria-label="Spring 2009 Home">Spring
   …  2009 Home</a></li>
70965  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/from-the-president.html">From the
   …  President</a></li>
70966  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/about-promise.html">About Promise</a></li>
70967  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/battle-toward-personalized-lung-cancer-
   …  therapy.html">The BATTLE Toward Personalized Lung Cancer Therapy</a></li>
70968  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/funding-for-the-best-and-brightest.html">
   …  Funding for the Best and Brightest</a></li>
70969  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/cancer-in-2009-what-needs-to-be-done.html">
   …  Cancer in 2009: What Needs to be Done</a></li>
70970  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/accolades-and-achievements.html">Accolades
   …  and Achievements</a></li>
70971  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/donors-make-a-difference.html">Donors Make a
   …  Difference</a></li>
70972  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/scientific-breakthroughs.html">Scientific
   …  Breakthroughs</a></li>
70973  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/events-and-fundraisers.html">Events and
   …  Fundraisers</a></li>
70974  <li class="primary-nav-item"><a
   …  href="/publications/promise/spring-2009/board-of-visitors-qa-ali-a-saberioon.html">
   …  Board of Visitors QA - Ali A. Saberioon</a></li>
70975  </ul>
70976  </nav>
70977  </div>
70978  </section>
70979  </div>
70980  </div>
70981  </div></li>
70982  </ul>
70983  </nav>
70984  </div>
70985  </section>
70986  </div>
70987  </div>
70988  </div></li>
70989  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/AdvanceTeam.html">Advance Team</a>
70990  <div class="subnav-mask">
70991  <div class="subnav-wrapper">
70992  <div class="subnav col10 pad">
70993  <section class="nested">
70994  <div class="col4 main-column">
70995  <nav class="secondary">
70996  <ul>
70997  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam.html" aria-label="Back
   …  to Advance Team">Advance Team</a></li>
70998  <li class="primary-nav-item">
70999  <a href="/publications/AdvanceTeam.html" aria-label="Advance Team Home">Advance Team
   …  Home</a></li>
71000  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/AdvanceTeam/Spring2016.html">Spring 2016</a>
71001  <div class="subnav-mask">
71002  <div class="subnav-wrapper">
71003  <div class="subnav col10 pad">
```

```
71004 <section class="nested">
71005 <div class="col4 main-column">
71006 <nav class="secondary">
71007 <ul>
71008 <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Spring2016.html"
 …  aria-label="Back to Spring 2016">Spring 2016</a></li>
71009 <li class="primary-nav-item">
71010 <a href="/publications/AdvanceTeam/Spring2016.html" aria-label="Spring 2016
 …  Home">Spring 2016 Home</a></li>
71011 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Spring2016/upcoming-meeting-details.html">Upcoming
 …  meeting details</a></li>
71012 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Spring2016/getting-to-know-kelli-kickerillo.html">
 …  Getting to know: Kelli Kickerillo</a></li>
71013 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Spring2016/moon-shots-program-update.html">Moon Shots
 …  Program update</a></li>
71014 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Spring2016/new-website-debuts.html">New website
 …  debuts</a></li>
71015 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Spring2016/upcoming-events.html">Upcoming
 …  events</a></li>
71016 </ul>
71017 </nav>
71018 </div>
71019 </section>
71020 </div>
71021 </div>
71022 </div></li>
71023 <li class="primary-nav-item has-subnav"><a
 …  href="/publications/AdvanceTeam/Summer2016.html">Summer 2016</a>
71024 <div class="subnav-mask">
71025 <div class="subnav-wrapper">
71026 <div class="subnav col10 pad">
71027 <section class="nested">
71028 <div class="col4 main-column">
71029 <nav class="secondary">
71030 <ul>
71031 <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Summer2016.html"
 …  aria-label="Back to Summer 2016">Summer 2016</a></li>
71032 <li class="primary-nav-item">
71033 <a href="/publications/AdvanceTeam/Summer2016.html" aria-label="Summer 2016
 …  Home">Summer 2016 Home</a></li>
71034 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Summer2016/upcoming-events.html">Upcoming
 …  Events</a></li>
71035 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Summer2016/meeting-recap.html">Meeting Recap</a></li>
71036 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Summer2016/getting-to-know-barry-kessler.html">
 …  Getting to know: Barry Kessler</a></li>
71037 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Summer2016/saks-fifth-avenue-reopening.html">Saks
 …  Fifth Avenue Reopening</a></li>
71038 <li class="primary-nav-item"><a
 …  href="/publications/AdvanceTeam/Summer2016/communications.html">Communications</a></
 …  li>
71039 </ul>
71040 </nav>
71041 </div>
71042 </section>
71043 </div>
71044 </div>
71045 </div></li>
71046 </ul>
71047 </nav>
```

```
71048  </div>
71049  </section>
71050  </div>
71051  </div>
71052  </div></li>
71053  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/publication-archives.html">Publication Archives</a>
71054  <div class="subnav-mask">
71055  <div class="subnav-wrapper">
71056  <div class="subnav col10 pad">
71057  <section class="nested">
71058  <div class="col4 main-column">
71059  <nav class="secondary">
71060  <ul>
71061  <li class="mobile-nav-back"><a href="/publications/publication-archives.html"
   …   aria-label="Back to Publication Archives">Publication Archives</a></li>
71062  <li class="primary-nav-item">
71063  <a href="/publications/publication-archives.html" aria-label="Publication Archives
   …   Home">Publication Archives Home</a></li>
71064  <li class="primary-nav-item"><a
   …   href="/publications/publication-archives/conquest-archive.html">Conquest
   …   Archive</a></li>
71065  <li class="primary-nav-item"><a
   …   href="/publications/publication-archives/promise-archive.html">Promise
   …   Archive</a></li>
71066  <li class="primary-nav-item"><a
   …   href="/publications/publication-archives/oncolog-archive.html">Oncolog
   …   Archive</a></li>
71067  <li class="primary-nav-item"><a
   …   href="/publications/publication-archives/focused-on-health-archive.html">Focused on
   …   Health Archive</a></li>
71068  <li class="primary-nav-item"><a
   …   href="/publications/publication-archives/annual-report-archive.html">Annual Report
   …   Archive</a></li>
71069  </ul>
71070  </nav>
71071  </div>
71072  </section>
71073  </div>
71074  </div>
71075  </div></li>
71076  </ul>
71077  </li>
71078  <li class="topnav-list-item"><a href="/newsroom.html"
   …   data-primary-nav="nav_newsroom">Newsroom</a>
71079  <ul class="primary-nav-list" id="nav-index">
71080  <li class="primary-nav-item"><a href="/newsroom.html">Newsroom Home</a></li>
71081  <li class="primary-nav-item"><a
   …   href="/newsroom/contact-a-media-specialist.html">Contact a Media Specialist</a></li>
71082  <li class="primary-nav-item"><a href="/newsroom/readycam-tv-studio.html">ReadyCam TV
   …   Studio</a></li>
71083  <li class="primary-nav-item"><a href="/newsroom/policy.html">Policy</a></li>
71084  <li class="primary-nav-item"><a href="/newsroom/broll-footage.html">B-roll
   …   Footage</a></li>
71085  <li class="primary-nav-item"><a href="/newsroom/embargo-policy.html">Embargo
   …   Policy</a></li>
71086  <li class="primary-nav-item"><a href="/newsroom/media-visitation-policy.html">Media
   …   Visitation Policy</a></li>
71087  <li class="primary-nav-item"><a href="/newsroom/style-guide.html">Style
   …   Guide</a></li>
71088  <li class="primary-nav-item"><a href="/newsroom/subscribe.html">Subscribe</a></li>
71089  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016.html">2016</a>
71090  <div class="subnav-mask">
71091  <div class="subnav-wrapper">
71092  <div class="subnav col10 pad">
71093  <section class="nested">
71094  <div class="col4 main-column">
71095  <nav class="secondary">
```

```
71096  <ul>
71097  <li class="mobile-nav-back"><a href="/newsroom/2016.html" aria-label="Back to
...    2016">2016</a></li>
71098  <li class="primary-nav-item">
71099  <a href="/newsroom/2016.html" aria-label="2016 Home">2016 Home</a></li>
71100  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/08.html">08</a>
71101  <div class="subnav-mask">
71102  <div class="subnav-wrapper">
71103  <div class="subnav col10 pad">
71104  <section class="nested">
71105  <div class="col4 main-column">
71106  <nav class="secondary">
71107  <ul>
71108  <li class="mobile-nav-back"><a href="/newsroom/2016/08.html" aria-label="Back to
...    08">08</a></li>
71109  <li class="primary-nav-item">
71110  <a href="/newsroom/2016/08.html" aria-label="08 Home">08 Home</a></li>
71111  <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-named-to.html">MD
...    Anderson named top-ranked cancer hospital in annual survey</a></li>
71112  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/living-legend-lunche.html">Living Legend luncheon to honor
...    Kenneth H. Cooper, M.D., M.P.H. in Dallas</a></li>
71113  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/immune-analysis-of-o.html">Immune analysis of on-treatment
...    longitudinal biopsies predicts response
71114  to melanoma immunotherapy</a></li>
71115  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/moon-shots-program-a0.html">Moon Shots Program APOLLO project
...    aims to expose cancer's evasive action</a></li>
71116  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/making-cancer-histor.html">Making Cancer History®: Free
...    seminar comes to Austin</a></li>
71117  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/_bursts_-of-chromoso.html">'Bursts' of chromosome changes
...    fuel breast cancer tumor growth</a></li>
71118  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/statement-from-ronald-a-depinho.html">Statement from Ronald
...    A. DePinho, M.D., president, The University of
71119  Texas MD Anderson Cancer Center</a></li>
71120  <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-receives.html">MD
...    Anderson receives $19.1 million in CPRIT awards for research and recruitment</a></li>
71121  <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-hosts-an.html">MD
...    Anderson hosts annual evening fun run benefiting melanoma research</a></li>
71122  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/making-cancer-histor0.html">Making Cancer History®: Free
...    seminar heads to San Antonio Sept. 13</a></li>
71123  <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-plans-fr.html">MD
...    Anderson plans free Making Cancer History® Seminar in Atlanta</a></li>
71124  <li class="primary-nav-item"><a
...    href="/newsroom/2016/08/scripps-health-and-m.html">Scripps Health and MD Anderson
...    Cancer Center Announce Partnership to
71125  Create Clinically Integrated Cancer Program</a></li>
71126  </ul>
71127  </nav>
71128  </div>
71129  </section>
71130  </div>
71131  </div>
71132  </div></li>
71133  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/07.html">07</a>
71134  <div class="subnav-mask">
71135  <div class="subnav-wrapper">
71136  <div class="subnav col10 pad">
71137  <section class="nested">
71138  <div class="col4 main-column">
71139  <nav class="secondary">
71140  <ul>
71141  <li class="mobile-nav-back"><a href="/newsroom/2016/07.html" aria-label="Back to
```

```
71141... 07"></a></li>
71142 <li class="primary-nav-item">
71143 <a href="/newsroom/2016/07.html" aria-label="07 Home">07 Home</a></li>
71144 <li class="primary-nav-item"><a href="/newsroom/2016/07/md-anderson--nasa-an.html">MD
...    Anderson, NASA and ILC Dover partner on Space Suit Art Project to
71145 increase childhood cancer awareness</a></li>
71146 <li class="primary-nav-item"><a
...    href="/newsroom/2016/07/genetic-cause-of-15-.html">Genetic cause of 15 percent of
...    colorectal cancer diagnoses identified</a></li>
71147 <li class="primary-nav-item"><a
...    href="/newsroom/2016/07/protein-zmynd8-tied-.html">Protein ZMYND8 tied to suppression
...    of prostate cancer tumor metastasis</a></li>
71148 </ul>
71149 </nav>
71150 </div>
71151 </section>
71152 </div>
71153 </div>
71154 </div></li>
71155 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/06.html">06</a>
71156 <div class="subnav-mask">
71157 <div class="subnav-wrapper">
71158 <div class="subnav col10 pad">
71159 <section class="nested">
71160 <div class="col4 main-column">
71161 <nav class="secondary">
71162 <ul>
71163 <li class="mobile-nav-back"><a href="/newsroom/2016/06.html" aria-label="Back to
...    06">06</a></li>
71164 <li class="primary-nav-item">
71165 <a href="/newsroom/2016/06.html" aria-label="06 Home">06 Home</a></li>
71166 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-study-id.html">MD
...    Anderson study identifies significant cost differences between breast
71167 cancer chemotherapy regimens</a></li>
71168 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/nivolumab-immunother.html">Nivolumab immunotherapy helps
...    patients with advanced bladder cancer</a></li>
71169 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/nivolumab-shows-prom.html">Nivolumab shows promise in
...    first-ever trial for patients with
71170 refractory, metastatic anal cancer</a></li>
71171 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-research.html">MD
...    Anderson researchers highlight advances in gynecologic cancer treatments</a></li>
71172 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/progression-free-sur.html">Progression-free survival triples
...    in select metastatic lung cancer
71173 patients with surgery or radiation after standard chemotherapy</a></li>
71174 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-and-bris.html">MD
...    Anderson and Bristol-Myers Squibb announce new research collaboration
71175 in immuno-oncology focused on lung cancer</a></li>
71176 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/antibody-based-drug-.html">Antibody-based drug helps "bridge"
...    leukemia patients to curative treatment</a></li>
71177 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/shorter-radiation-co.html">Shorter radiation course
...    recommended for early-stage breast cancer patients</a></li>
71178 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-to-host-.html">MD
...    Anderson to host a national Cancer Moonshot Summit event June 29</a></li>
71179 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/novel-gene-hunting-m.html">Novel gene-hunting method
...    implicates new culprit in pancreatic cancer</a></li>
71180 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/making-cancer-histor.html">Making Cancer History® Seminar
...    returns to Aspen July 22</a></li>
71181 <li class="primary-nav-item"><a
...    href="/newsroom/2016/06/hitachi-chemical-co-.html">Hitachi Chemical Co., Ltd. and MD
...    Anderson enter into strategic alliance</a></li>
71182 </ul>
```

```
71183  </nav>
71184  </div>
71185  </section>
71186  </div>
71187  </div>
71188  </div></li>
71189  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/05.html">05</a>
71190  <div class="subnav-mask">
71191  <div class="subnav-wrapper">
71192  <div class="subnav col10 pad">
71193  <section class="nested">
71194  <div class="col4 main-column">
71195  <nav class="secondary">
71196  <ul>
71197  <li class="mobile-nav-back"><a href="/newsroom/2016/05.html" aria-label="Back to
     05">05</a></li>
71198  <li class="primary-nav-item">
71199  <a href="/newsroom/2016/05.html" aria-label="05 Home">05 Home</a></li>
71200  <li class="primary-nav-item"><a href="/newsroom/2016/05/-study-points-to-the.html">
     Study points to therapeutic target for common and aggressive ovarian cancer</a></li>
71201  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/research-findings-re.html">Research findings reveal potential
     to reverse cancer-related nerve pain</a></li>
71202  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-applauds.html">MD
     Anderson applauds extension of FDA regulatory authority to all
71203  tobacco products</a></li>
71204  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/can-gender-play-a-ro.html">Can gender play a role in
     determining cancer treatment choices?</a></li>
71205  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/study-shows-possible.html">Study shows possible 'key' to
     improved therapy for adrenocortical carcinoma</a></li>
71206  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/strike-out-cancer-an.html">Strike out cancer and celebrate
     survivorship at the ballpark</a></li>
71207  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-receives.html">MD
     Anderson receives $10.6 million from CPRIT for lung cancer research</a></li>
71208  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-and-ioni.html">MD
     Anderson and Ionis Pharmaceuticals form strategic alliance to advance
71209  novel cancer therapeutics</a></li>
71210  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-study-un.html">MD
     Anderson study uncovers early genetic changes in premalignant
71211  colorectal tissue</a></li>
71212  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/morphosys--md-anders.html">MorphoSys, MD Anderson join forces
     to develop novel oncology therapeutics</a></li>
71213  <li class="primary-nav-item"><a
     href="/newsroom/2016/05/making-cancer-histor.html">Making Cancer History®: Free
     seminar comes to Raleigh</a></li>
71214  </ul>
71215  </nav>
71216  </div>
71217  </section>
71218  </div>
71219  </div>
71220  </div></li>
71221  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/04.html">04</a>
71222  <div class="subnav-mask">
71223  <div class="subnav-wrapper">
71224  <div class="subnav col10 pad">
71225  <section class="nested">
71226  <div class="col4 main-column">
71227  <nav class="secondary">
71228  <ul>
71229  <li class="mobile-nav-back"><a href="/newsroom/2016/04.html" aria-label="Back to
     04">04</a></li>
71230  <li class="primary-nav-item">
71231  <a href="/newsroom/2016/04.html" aria-label="04 Home">04 Home</a></li>
```

```
71232  <li class="primary-nav-item"><a href="/newsroom/2016/04/2-md-anderson-expert.html">2
    …  MD Anderson experts named to National Cancer Moonshot advisory panel</a></li>
71233  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/zayed-building-opens.html">Zayed Building opens doors to
    …  state-of-the-art personalized cancer research</a></li>
71234  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-experts-.html">MD
    …  Anderson experts join new Parker Institute for Cancer Immunotherapy</a></li>
71235  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/study-suggests-link-.html">Study suggests link between
    …  obesity and kidney cancer</a></li>
71236  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/people-with-hepatiti.html">People with hepatitis C are two to
    …  five times more likely to develop
71237  certain head and neck cancers</a></li>
71238  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/saks-fifth-avenue-to.html">Saks Fifth Avenue to host event
    …  benefiting MD Anderson</a></li>
71239  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson_s-keelin.html">MD
    …  Anderson's Keeling Center Open House Set for April 22</a></li>
71240  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-research.html">MD
    …  Anderson researcher named AACR's Margaret Foti Award recipient</a></li>
71241  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/study-drug-loxo-101-.html">Study drug LOXO-101 shows tumor
    …  regression in varied cancers</a></li>
71242  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/first-ever-nivolumab.html">First-ever nivolumab study to
    …  treat aggressive anal cancer appears promising</a></li>
71243  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/monitoring-sugar-met.html">Monitoring sugar metabolism in
    …  liver may be a key to cancer diagnosis</a></li>
71244  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/first-computer-progr.html">First computer program developed
    …  to detect DNA mutations in single
71245  cancer cells</a></li>
71246  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/cancer--meet-your-ma.html">Cancer, meet your match: Andrew
    …  Sabin Family Fellows announced</a></li>
71247  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/teen-cancer-patients.html">Teen cancer patients and their
    …  families get 'red carpet' ready for a
71248  special prom</a></li>
71249  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-and-hels.html">MD
    …  Anderson and Helsinn Healthcare SA enter strategic alliance to
71250  improve life of patients conducting clinical studies in cancer
71251  supportive and palliative care</a></li>
71252  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/breast-cancer-surviv.html">Breast cancer survivors share hope
    …  and help with new book</a></li>
71253  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/tjp1-protein-may-ide.html">TJP1 protein may identify multiple
    …  myeloma patients most likely to
71254  benefit from proteasome inhibitors</a></li>
71255  </ul>
71256  </nav>
71257  </div>
71258  </section>
71259  </div>
71260  </div>
71261  </div></li>
71262  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/03.html">03</a>
71263  <div class="subnav-mask">
71264  <div class="subnav-wrapper">
71265  <div class="subnav col10 pad">
71266  <section class="nested">
71267  <div class="col4 main-column">
71268  <nav class="secondary">
71269  <ul>
71270  <li class="mobile-nav-back"><a href="/newsroom/2016/03.html" aria-label="Back to
```

```
71270… 03"</a></li>
71271 <li class="primary-nav-item">
71272 <a href="/newsroom/2016/03.html" aria-label="03 Home">03 Home</a></li>
71273 <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-cancer-c.html">MD
    … Anderson Cancer Center plans free educational seminar in Indian Wells</a></li>
71274 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/pgk1-protein-promote.html">PGK1 protein promotes brain tumor
    … formation and cancer metabolism</a></li>
71275 <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-hosts-in.html">MD
    … Anderson hosts inaugural Boot Walk to End Cancer in November</a></li>
71276 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/dietary-glycemic-ind.html">Dietary glycemic index linked to
    … lung cancer risk in select populations</a></li>
71277 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/neurofeedback-reduce.html">Neurofeedback reduces pain,
    … increases quality of life for cancer
71278 patients suffering from chemotherapy-induced neuropathy</a></li>
71279 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/two-md-anderson-facu.html">Two MD Anderson faculty members
    … honored with highest distinctions from ASCO</a></li>
71280 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/making-cancer-histor.html">Making Cancer History®: Free
    … seminar comes to Midland</a></li>
71281 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/new-md-anderson-deve.html">New MD Anderson-developed breast
    … cancer staging system emphasizes
71282 importance of tumor biology as prognostic indicator</a></li>
71283 <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-submits-.html">MD
    … Anderson submits plan for Campus Carry</a></li>
71284 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/making-cancer-histor0.html">Making Cancer History®: Free
    … seminar comes to Austin</a></li>
71285 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/advances-in-endoscop.html">Advances in endoscopy field allows
    … most patients with complex colon
71286 polyps to avoid surgery, MD Anderson study finds</a></li>
71287 <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-patient-.html">MD
    … Anderson patient endowment marks Silver Anniversary</a></li>
71288 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/tesaro-and-md-anders.html">TESARO and MD Anderson announce
    … immuno-oncology collaboration and
71289 exclusive license</a></li>
71290 <li class="primary-nav-item"><a
    … href="/newsroom/2016/03/polo-returns-to-the-.html">Polo returns to the West Texas
    … prairie for 30th anniversary celebration</a></li>
71291 </ul>
71292 </nav>
71293 </div>
71294 </section>
71295 </div>
71296 </div>
71297 </div></li>
71298 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/02.html">02</a>
71299 <div class="subnav-mask">
71300 <div class="subnav-wrapper">
71301 <div class="subnav col10 pad">
71302 <section class="nested">
71303 <div class="col4 main-column">
71304 <nav class="secondary">
71305 <ul>
71306 <li class="mobile-nav-back"><a href="/newsroom/2016/02.html" aria-label="Back to
    … 02">02</a></li>
71307 <li class="primary-nav-item">
71308 <a href="/newsroom/2016/02.html" aria-label="02 Home">02 Home</a></li>
71309 <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-shares-i.html">MD
    … Anderson shares in $13.4 million award to study treatment for
71310 low-grade DCIS</a></li>
71311 <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson_s-making.html">MD
```

```
71311… Anderson's Making Cancer History® Seminar returns to Palm Beach</a></li>
71312  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/02/first-in-class-drug-.html">First-in-class drug ONC201shows
  …    potential for some blood cancers</a></li>
71313  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-research.html">MD
  …    Anderson researchers propose new staging for HPV-related
71314  oropharyngeal cancer</a></li>
71315  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-receives.html">MD
  …    Anderson receives $14 million in CPRIT research funding to recruit
71316  top talent</a></li>
71317  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/02/making-cancer-histor.html">Making Cancer History® in
  …    Sarasota</a></li>
71318  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/02/cancer-specialists-h.html">Cancer specialists honored for
  …    excellence in patient care and research</a></li>
71319  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/02/study-links-normal-s.html">Study links normal stem cells to
  …    aggressive prostate cancer</a></li>
71320  </ul>
71321  </nav>
71322  </div>
71323  </section>
71324  </div>
71325  </div>
71326  </div></li>
71327  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/01.html">01</a>
71328  <div class="subnav-mask">
71329  <div class="subnav-wrapper">
71330  <div class="subnav col10 pad">
71331  <section class="nested">
71332  <div class="col4 main-column">
71333  <nav class="secondary">
71334  <ul>
71335  <li class="mobile-nav-back"><a href="/newsroom/2016/01.html" aria-label="Back to
  …    01">01</a></li>
71336  <li class="primary-nav-item">
71337  <a href="/newsroom/2016/01.html" aria-label="01 Home">01 Home</a></li>
71338  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-kyma.html">MD
  …    Anderson and Kymab announce research and development strategic
71339  partnership in immuno-oncology</a></li>
71340  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/01/lymphoma-myeloma-sym.html">Lymphoma/Myeloma symposium for
  …    patients and caregivers set for Feb. 6</a></li>
71341  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/01/study-reveals-potent.html">Study reveals potential therapy
  …    targets for triple-negative breast
71342  cancer</a></li>
71343  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-enum.html">MD
  …    Anderson and Enumeral enter into collaborative research and
71344  development agreement</a></li>
71345  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-applauds.html">MD
  …    Anderson Applauds State of the Union Call to Cure Cancer</a></li>
71346  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/01/new-findings-may-enh.html">New findings may enhance PARP
  …    inhibitors therapy in breast cancer</a></li>
71347  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson--abbvie-.html">MD
  …    Anderson, AbbVie connect to advance cancer immunotherapy</a></li>
71348  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/01/potential-therapeuti.html">Potential therapeutic targets
  …    identified for multiple sclerosis</a></li>
71349  <li class="primary-nav-item"><a
  …    href="/newsroom/2016/01/targeted-axillary-di.html">Targeted Axillary Dissection of
  …    lymph nodes after chemotherapy improves
71350  staging accuracy of node-positive breast cancer patients</a></li>
71351  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-joins-na.html">MD
  …    Anderson joins nation's cancer centers in endorsement of HPV
71352  vaccination for cancer prevention</a></li>
```

```
71353  <li class="primary-nav-item"><a
   …   href="/newsroom/2016/01/multi-center-study-r.html">Multi-center study reveals unique
   …   subtypes of most common malignant
71354  brain cancer</a></li>
71355  </ul>
71356  </nav>
71357  </div>
71358  </section>
71359  </div>
71360  </div>
71361  </div></li>
71362  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/09.html">09</a>
71363  <div class="subnav-mask">
71364  <div class="subnav-wrapper">
71365  <div class="subnav col10 pad">
71366  <section class="nested">
71367  <div class="col4 main-column">
71368  <nav class="secondary">
71369  <ul>
71370  <li class="mobile-nav-back"><a href="/newsroom/2016/09.html" aria-label="Back to
   …   09">09</a></li>
71371  <li class="primary-nav-item">
71372  <a href="/newsroom/2016/09.html" aria-label="09 Home">09 Home</a></li>
71373  <li class="primary-nav-item"><a
   …   href="/newsroom/2016/09/combination-therapy-.html">Combination therapy shows promise
   …   for chronic myeloid leukemia</a></li>
71374  </ul>
71375  </nav>
71376  </div>
71377  </section>
71378  </div>
71379  </div>
71380  </div></li>
71381  </ul>
71382  </nav>
71383  </div>
71384  </section>
71385  </div>
71386  </div>
71387  </div></li>
71388  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015.html">2015</a>
71389  <div class="subnav-mask">
71390  <div class="subnav-wrapper">
71391  <div class="subnav col10 pad">
71392  <section class="nested">
71393  <div class="col4 main-column">
71394  <nav class="secondary">
71395  <ul>
71396  <li class="mobile-nav-back"><a href="/newsroom/2015.html" aria-label="Back to
   …   2015">2015</a></li>
71397  <li class="primary-nav-item">
71398  <a href="/newsroom/2015.html" aria-label="2015 Home">2015 Home</a></li>
71399  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/12.html">12</a>
71400  <div class="subnav-mask">
71401  <div class="subnav-wrapper">
71402  <div class="subnav col10 pad">
71403  <section class="nested">
71404  <div class="col4 main-column">
71405  <nav class="secondary">
71406  <ul>
71407  <li class="mobile-nav-back"><a href="/newsroom/2015/12.html" aria-label="Back to
   …   12">12</a></li>
71408  <li class="primary-nav-item">
71409  <a href="/newsroom/2015/12.html" aria-label="12 Home">12 Home</a></li>
71410  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/immune-suppressor-cells-identified-for-advanced-prostate-
   …   cancer.html">Immune suppressor cells identified for advanced prostate cancer</a></li>
71411  <li class="primary-nav-item"><a
```

```
71411 href="/newsroom/2015/12/pancreas-cancer-liquid-biopsy-flows-from-blood-borne-packets-
      of-.html">Pancreas cancer liquid biopsy flows from blood-borne packets of tumor
      genes</a></li>
71412 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/father-of-tamoxifen-receives-sir-james-black-award.html">'
      Father of Tamoxifen' receives Sir James Black Award</a></li>
71413 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/lymphomamyeloma-symposium-for-patients-and-caregivers-set-for
      -ja.html">Lymphoma/Myeloma symposium for patients and caregivers set for Jan.
      9</a></li>
71414 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/delaying-chemotherapy-in-breast-cancer-patients-reduces-
      overall-.html">Delaying chemotherapy in breast cancer patients reduces overall
71415 survival, especially for those with triple-negative breast cancer</a></li>
71416 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/mastectomy-plus-reconstruction-has-highest-rate-of-
      complication-.html">Mastectomy plus reconstruction has highest rate of complication,
71417 complication-related costs of guideline-concordant therapies for early
71418 breast cancer</a></li>
71419 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/multiple-myeloma-patient-study-shows-promise-for-natural-
      killer-.html">Multiple myeloma patient study shows promise for natural killer
      cells</a></li>
71420 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/loss-of-enzyme-promotes-tumor-progression-in-endometrial-
      cancer.html">Loss of enzyme promotes tumor progression in endometrial cancer</a></li>
71421 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/study-shows-ibrutinib-superior-to-traditional-chemotherapy-in
      -un.html">Study shows ibrutinib superior to traditional chemotherapy in untreated
71422 chronic leukemia patients</a></li>
71423 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/depressed-head-and-neck-cancer-patients-three-and-one-half-
      times.html">Depressed head and neck cancer patients three-and-one-half times less
71424 likely to survive, have higher recurrence risk</a></li>
71425 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/boehringer-ingelheim-and-md-anderson-join-forces-to-discover-
      new.html">Boehringer Ingelheim and MD Anderson join forces to discover new
71426 treatment approaches for pancreatic cancer</a></li>
71427 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/complete-surgical-excision-is-the-most-effective-treatment-
      for-b.html">Complete surgical excision is the most effective treatment for breast
71428 implant-associated anaplastic large-cell lymphoma</a></li>
71429 <li class="primary-nav-item"><a
      href="/newsroom/2015/12/sugar-in-western-diets.html">Sugar in Western diets increases
      risk for breast cancer tumors and metastasis</a></li>
71430 </ul>
71431 </nav>
71432 </div>
71433 </section>
71434 </div>
71435 </div>
71436 </div></li>
71437 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/11.html">11</a>
71438 <div class="subnav-mask"></div>
71439 <div class="subnav-wrapper">
71440 <div class="subnav col10 pad">
71441 <section class="nested">
71442 <div class="col4 main-column">
71443 <nav class="secondary">
71444 <ul>
71445 <li class="mobile-nav-back"><a href="/newsroom/2015/11.html" aria-label="Back to
      11">11</a></li>
71446 <li class="primary-nav-item">
71447 <a href="/newsroom/2015/11.html" aria-label="11 Home">11 Home</a></li>
71448 <li class="primary-nav-item"><a
      href="/newsroom/2015/11/two-md-anderson-faculty-named-as-prestigious-aaas-fellows.
      html">Two MD Anderson faculty named as prestigious AAAS Fellows</a></li>
71449 <li class="primary-nav-item"><a
```

```
71449  href="/newsroom/2015/11/tumor-suppressor-p53-regulates-protein-that-stifles-immune-
   …   attac.html">Tumor-suppressor p53 regulates protein that stifles immune attack on
   …   cancer</a></li>
71450  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/md-anderson-receives--22-2-million-in-cprit-research-funding.
   …   html">MD Anderson receives $22.2 million in CPRIT research funding</a></li>
71451  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/arch-venture-partners-flagship-ventures-and-md-anderson-
   …   collabor.html">ARCH Venture Partners, Flagship Ventures and MD Anderson collaborate
   …   to
71452  launch Codiak BioSciences</a></li>
71453  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/research-points-to-why-some-colorectal-cancers-recur-after-
   …   treat.html">Research points to why some colorectal cancers recur after
   …   treatment</a></li>
71454  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/new-york-businessman-philanthropist-gives--30-million-to-
   …   cancer-.html">New York businessman, philanthropist gives $30 million to cancer
   …   research</a></li>
71455  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/study-reveals-why-chemotherapy-may-be-compromised-in-patients
   …   -wi.html">Study reveals why chemotherapy may be compromised in patients with
71456  pancreatic cancer</a></li>
71457  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/dallas-a-conversation-with-a-living-legend--to-honor-dr--
   …   condole.html">Dallas A Conversation With a Living Legend® to honor Dr. Condoleezza
   …   Rice</a></li>
71458  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/increased-meat-consumption-especially-when-cooked-at-high-
   …   temper.html">Increased meat consumption, especially when cooked at high temperatures,
71459  linked to elevated kidney cancer risk</a></li>
71460  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/cytomx-and-md-anderson-cancer-center-enter-into-strategic-
   …   collab.html">CytomX and MD Anderson Cancer Center Enter Into Strategic Collaboration
71461  for Probody-Enabled CAR-NK Cell Therapies</a></li>
71462  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/11/first-precision-medicine-trial-in-cancer-prevention-
   …   identifies-m.html">First precision medicine trial in cancer prevention identifies
71463  molecular-based chemoprevention strategy</a></li>
71464  </ul>
71465  </nav>
71466  </div>
71467  </section>
71468  </div>
71469  </div>
71470  </div></li>
71471  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/10.html">10</a>
71472  <div class="subnav-mask">
71473  <div class="subnav-wrapper">
71474  <div class="subnav col10 pad">
71475  <section class="nested">
71476  <div class="col4 main-column">
71477  <nav class="secondary">
71478  <ul>
71479  <li class="mobile-nav-back"><a href="/newsroom/2015/10.html" aria-label="Back to
   …   10">10</a></li>
71480  <li class="primary-nav-item">
71481  <a href="/newsroom/2015/10.html" aria-label="10 Home">10 Home</a></li>
71482  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/10/md-anderson-s-moon-shots-mission-grows-to-confront-six-more-
   …   canc.html">MD Anderson's moon shots mission grows to confront six more cancer
   …   types</a></li>
71483  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/10/reversible-tumor-suppressor-loss-key-to-new-brain-cancer-
   …   thera.html">'Reversible' tumor suppressor loss: key to new brain cancer
   …   therapies?</a></li>
71484  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/10/for-lung-cancer-patients-imrt-associated-with-lesser-side-
```

```
71484… effect.html">For lung cancer patients, IMRT associated with lesser side effects,
71485 better tolerance of chemotherapy, compared to conventional
71486 radiation therapy</a></li>
71487 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/study-reveals-why-cancer-anemia-treatment-leads-to-tumor-
    … growth.html">Study reveals why cancer anemia treatment leads to tumor growth</a></li>
71488 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/md-anderson-to-honor-houston-texans-founder-bob-mcnair.html">
    … MD Anderson to honor Houston Texans founder Bob McNair</a></li>
71489 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/until-20-shares-courageous-story-challenges-all-to-lead-a-
    … givi.html">'Until 20' Shares Courageous Story, Challenges All to Lead a
71490 Giving Life</a></li>
71491 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/md-anderson-cancer-center-board-of-visitors-welcomes-14-new-
    … memb.html">MD Anderson Cancer Center Board of Visitors welcomes 14 new
    … members</a></li>
71492 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/md-anderson-theraclone-sciences-form-oncoresponse.html">MD
    … Anderson, Theraclone Sciences form OncoResponse</a></li>
71493 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/md-anderson-s-allison-wins-american-cancer-society-medal-of-
    … hono.html">MD Anderson's Allison wins American Cancer Society medal of honor</a></li>
71494 <li class="primary-nav-item"><a
    … href="/newsroom/2015/10/study-shows-new-driver-to-assess-cancer-patient-survival-and-
    … dru.html">Study shows new 'driver' to assess cancer patient survival and
71495 drug sensitivity</a></li>
71496 </ul>
71497 </nav>
71498 </div>
71499 </section>
71500 </div>
71501 </div>
71502 </div></li>
71503 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/09.html">09</a>
71504 <div class="subnav-mask">
71505 <div class="subnav-wrapper">
71506 <div class="subnav col10 pad">
71507 <section class="nested">
71508 <div class="col4 main-column">
71509 <nav class="secondary">
71510 <ul>
71511 <li class="mobile-nav-back"><a href="/newsroom/2015/09.html" aria-label="Back to
    … 09">09</a></li>
71512 <li class="primary-nav-item">
71513 <a href="/newsroom/2015/09.html" aria-label="09 Home">09 Home</a></li>
71514 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/everolimus-improves-progression-free-survival-for-patients-
    … with-.html">Everolimus improves progression-free survival for patients with
71515 advanced, nonfunctional neuroendocrine tumors of the lung,
71516 gastrointestinal tract</a></li>
71517 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/breakthrough-study-demonstrates-survival-advantage-with-
    … immune-c.html">Breakthrough study demonstrates survival advantage with immune
71518 checkpoint inhibitor for advanced kidney cancer patients</a></li>
71519 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/md-anderson-study-identifies-leukemia-tumor-suppressor.html">
    … MD Anderson study identifies leukemia tumor suppressor</a></li>
71520 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/conversation-with-a-living-legend-returns-to-san-antonio-to-
    … hono.html">A Conversation With a Living Legend® returns to San Antonio to honor
71521 Emmitt Smith</a></li>
71522 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/md-anderson-cayman-chemical-and-fannin-innovation-studio-form
    … -th.html">MD Anderson, Cayman Chemical, and Fannin Innovation Studio form
71523 therapeutics company</a></li>
71524 <li class="primary-nav-item"><a
    … href="/newsroom/2015/09/md-anderson-immunologist-jim-allison-wins-lasker-debakey-
```

```
71524… award.html">MD Anderson immunologist Jim Allison wins Lasker-DeBakey Award</a></li>
71525 <li class="primary-nav-item"><a
…    href="/newsroom/2015/09/md-anderson-brings-making-cancer-history-seminar-to-atlanta.
…    html">MD Anderson brings Making Cancer History® seminar to Atlanta</a></li>
71526 <li class="primary-nav-item"><a
…    href="/newsroom/2015/09/md-anderson-and-cellectis-announce-pre-clinical-and-clinical-
…    all.html">MD Anderson and Cellectis announce pre-clinical and clinical alliance in
71527 cancer immunotherapy</a></li>
71528 <li class="primary-nav-item"><a
…    href="/newsroom/2015/09/md-anderson-to-honor-houstonians-for-their-efforts-to-end-
…    cancer.html">MD Anderson to honor Houstonians for their efforts to end
…    cancer</a></li>
71529 <li class="primary-nav-item"><a
…    href="/newsroom/2015/09/michelle-barton-receives-rogers-award-for-excellence-in-
…    educatio.html">Michelle Barton receives Rogers Award for Excellence in
…    Education</a></li>
71530 </ul>
71531 </nav>
71532 </div>
71533 </section>
71534 </div>
71535 </div>
71536 </div></li>
71537 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/08.html">08</a>
71538 <div class="subnav-mask">
71539 <div class="subnav-wrapper">
71540 <div class="subnav col10 pad">
71541 <section class="nested">
71542 <div class="col4 main-column">
71543 <nav class="secondary">
71544 <ul>
71545 <li class="mobile-nav-back"><a href="/newsroom/2015/08.html" aria-label="Back to
…    08">08</a></li>
71546 <li class="primary-nav-item">
71547 <a href="/newsroom/2015/08.html" aria-label="08 Home">08 Home</a></li>
71548 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/internationally-recognized-health-care-leader-to-direct-md-
…    ander.html">Internationally recognized leader to direct Moon Shots Program
71549 prevention efforts</a></li>
71550 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/md-anderson-to-host-evening-fun-run-supporting-skin-cancer-
…    resea.html">MD Anderson to host evening fun run supporting skin cancer
…    research</a></li>
71551 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/immatics-and-md-anderson-announce-launch-of-immatics-us-inc-
…    to-d.html">Immatics and MD Anderson announce launch of Immatics US, Inc., to
71552 develop multiple T-cell and TCR-based adoptive cellular therapies</a></li>
71553 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/generic-heart-medication-shown-to-prolong-ovarian-cancer-
…    patient.html">Generic heart medication shown to prolong ovarian cancer patients'
…    survival</a></li>
71554 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/md-anderson-to-build-new-outpatient-center-in-west-houston.
…    html">MD Anderson to build new outpatient center in West Houston</a></li>
71555 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/utmb-md-anderson-to-collaborate-on-league-city-campus.html">
…    UTMB, MD Anderson to collaborate on League City campus</a></li>
71556 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-tumor-progression.
…    html">MD Anderson study reveals new insight into tumor progression</a></li>
71557 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/merck-and-md-anderson-announce-immuno-oncology-research-
…    collabor.html">Merck and MD Anderson announce immuno-oncology research collaboration
…    in
71558 solid tumors</a></li>
71559 <li class="primary-nav-item"><a
…    href="/newsroom/2015/08/helping-preschoolers-deploy-superpowers-against-sunburn.html"
…    >Helping preschoolers deploy 'superpowers' against sunburn</a></li>
```

```
71560  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/poor-survival-among-colorectal-cancer-patients-tied-to-
   …   biomarker.html">Poor survival among colorectal cancer patients tied to biomarker
   …   CSN6</a></li>
71561  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/md-anderson-names-valerae-o-lewis-md-chair-of-orthopaedic-
   …   oncolo.html">MD Anderson names Valerae O. Lewis, M.D., chair of Orthopaedic
   …   Oncology</a></li>
71562  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/shorter-course-of-radiation-therapy-associated-with-less-
   …   toxicit.html">Shorter course of radiation therapy associated with less toxicity,
71563  improved quality of life in women with early stage breast cancer</a></li>
71564  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/potential-new-therapy-approaches-to-reverse-kidney-damage-
   …   identi.html">Potential new therapy approaches to reverse kidney damage
   …   identified</a></li>
71565  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-dna-repair.html">
   …   MD Anderson study reveals new insight into DNA Repair</a></li>
71566  </ul>
71567  </nav>
71568  </div>
71569  </section>
71570  </div>
71571  </div>
71572  </li>
71573  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/07.html">07</a>
71574  <div class="subnav-mask">
71575  <div class="subnav-wrapper">
71576  <div class="subnav col10 pad">
71577  <section class="nested">
71578  <div class="col4 main-column">
71579  <nav class="secondary">
71580  <ul>
71581  <li class="mobile-nav-back"><a href="/newsroom/2015/07.html" aria-label="Back to
   …   07">07</a></li>
71582  <li class="primary-nav-item">
71583  <a href="/newsroom/2015/07.html" aria-label="07 Home">07 Home</a></li>
71584  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-named-as-one-of-two-genome-characterization-
   …   centers.html">MD Anderson named as one of two Genome Characterization
   …   Centers</a></li>
71585  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-presents-making-cancer-history-seminar-in-santa-
   …   fe.html">MD Anderson presents Making Cancer History® seminar in Santa Fe</a></li>
71586  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-named-top-ranked-hospital-for-cancer-care.html">
   …   MD Anderson named top-ranked hospital for cancer care</a></li>
71587  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-study-finds-one-third-of-colorectal-cancers-
   …   diagnose.html">MD Anderson study finds one-third of colorectal cancers diagnosed
   …   before
71588  age 35 are hereditary</a></li>
71589  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/can-protein-14-3-3-sigma-prevent-or-kill-breast-cancer-tumors
   …   .html">Can protein 14-3-3 sigma prevent or kill breast cancer tumors?</a></li>
71590  </ul>
71591  </nav>
71592  </div>
71593  </section>
71594  </div>
71595  </div>
71596  </li>
71597  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/06.html">06</a>
71598  <div class="subnav-mask">
71599  <div class="subnav-wrapper">
71600  <div class="subnav col10 pad">
71601  <section class="nested">
```

```
71602 <div class="col4 main-column">
71603 <nav class="secondary">
71604 <ul>
71605 <li class="mobile-nav-back"><a href="/newsroom/2015/06.html" aria-label="Back to
 …  06">06</a></li>
71606 <li class="primary-nav-item">
71607 <a href="/newsroom/2015/06.html" aria-label="06 Home">06 Home</a></li>
71608 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/similarities-between-embryos-and-breast-tumors-identified.
 …  html">Similarities between embryos and breast tumors identified</a></li>
71609 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/md-anderson-names-new-vice-provost-clinical-and-
 …  interdisciplinar.html">MD Anderson names new vice provost, clinical and
 …  interdisciplinary research</a></li>
71610 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/tiny-particles-in-blood-useful-for-early-diagnosis-of-
 …  pancreatic.html">Tiny particles in blood useful for early diagnosis of pancreatic
 …  cancer</a></li>
71611 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/keys-to-prevention-md-anderson-leaders-share-latest-news-in-
 …  figh.html">Keys to prevention: MD Anderson leaders share latest news in fight to
71612 end cancer</a></li>
71613 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/current-blood-cancer-drug-prices-not-justified-md-anderson-
 …  study.html">Current blood cancer drug prices not justified, MD Anderson study
 …  finds</a></li>
71614 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/genomic-discovery-of-skin-cancer-subtypes-provides-potential-
 …  sig.html">Genomic discovery of skin cancer subtypes provides potential
71615 'signpost' for drug targets</a></li>
71616 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/breast-conserving-therapy-for-early-stage-cancers-has-
 …  increased-.html">Breast-Conserving Therapy for Early-stage Cancers has Increased
71617 Substantially, Though Access Remains an Issue</a></li>
71618 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/whats-in-a-name-death-associated-protein-promotes-cancer-
 …  growth-.html">What's in a name? "Death-associated protein" promotes cancer
71619 growth in most aggressive breast cancers</a></li>
71620 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/adamts-family-of-genes-may-be-the-next-thing-in-ovarian-
 …  cancer-t.html">ADAMTS family of genes may be the next 'thing' in ovarian
71621 cancer treatment</a></li>
71622 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/md-anderson-study-finds-gene-mutations-sensitize-tumors-to-
 …  speci.html">MD Anderson study finds gene mutations sensitize tumors to specific
71623 cancer drugs</a></li>
71624 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/multi-center-study-redefines-brain-tumor-diagnosis-and-
 …  treatment.html">Multi-center study redefines brain tumor diagnosis and
 …  treatment</a></li>
71625 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/yin-and-yang-immune-signaling-protein-has-opposing-roles-in-
 …  brea.html">Yin and yang: Immune signaling protein has opposing roles in breast
71626 cancer development</a></li>
71627 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/houston-methodist-hospital-md-anderson-cancer-center-teams-
 …  perfo.html">Houston Methodist Hospital, MD Anderson Cancer Center teams perform
71628 first multi-organ transplant that includes skull and scalp</a></li>
71629 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/md-anderson-and-exact-sciences-announce-partnership-to-
 …  develop-s.html">MD Anderson and Exact Sciences announce partnership to develop
 …  screening
71630 and diagnostic tests for lung cancer</a></li>
71631 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/shelby-robin-receives-md-andersons-highest-nursing-honor.html
 …  ">Shelby Robin receives MD Anderson's highest nursing honor</a></li>
71632 <li class="primary-nav-item"><a
 …  href="/newsroom/2015/06/md-anderson-s-ernest-hawk-wins-asco-american-cancer-society-
```

```
71632… award.html">MD Anderson's Ernest Hawk wins ASCO-American Cancer Society Award</a></li>
71633 </ul>
71634 </nav>
71635 </div>
71636 </section>
71637 </div>
71638 </div>
71639 </div></li>
71640 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/05.html">05</a>
71641 <div class="subnav-mask">
71642 <div class="subnav-wrapper">
71643 <div class="subnav col10 pad">
71644 <section class="nested">
71645 <div class="col4 main-column">
71646 <nav class="secondary">
71647 <ul>
71648 <li class="mobile-nav-back"><a href="/newsroom/2015/05.html" aria-label="Back to
71648… 05">05</a></li>
71649 <li class="primary-nav-item">
71650 <a href="/newsroom/2015/05.html" aria-label="05 Home">05 Home</a></li>
71651 <li class="primary-nav-item"><a
71651… href="/newsroom/2015/05/risks-of-whole-brain-radiation-therapy-added-to-radiosurgery-
71651… out.html">Risks of whole brain radiation therapy added to radiosurgery outweigh
71652 benefits for patients with limited brain metastases</a></li>
71653 <li class="primary-nav-item"><a
71653… href="/newsroom/2015/05/study-identifies-possible-new-combination-chemotherapy-for-
71653… patie.html">Study identifies possible new combination chemotherapy for patients with
71654 advanced prostate cancer</a></li>
71655 <li class="primary-nav-item"><a
71655… href="/newsroom/2015/05/asco-honors-allison-for-achievements-in-cancer-immunotherapy.
71655… html">ASCO honors Allison for achievements in cancer immunotherapy</a></li>
71656 <li class="primary-nav-item"><a
71656… href="/newsroom/2015/05/md-anderson-receives--9-million-in-cprit-research-funding.
71656… html">MD Anderson receives $9 million in CPRIT research funding</a></li>
71657 <li class="primary-nav-item"><a
71657… href="/newsroom/2015/05/study-finds-biomarker-may-boost-ovarian-cancer-chemotherapy-
71657… resp.html">Study Finds Biomarker May Boost Ovarian Cancer Chemotherapy
71657… Response</a></li>
71658 <li class="primary-nav-item"><a
71658… href="/newsroom/2015/05/md-anderson-making-cancer-history--seminar-in-austin-
71658… rescheduled.html">MD Anderson Making Cancer History® Seminar in Austin rescheduled
71658… for
71659 June 16</a></li>
71660 <li class="primary-nav-item"><a
71660… href="/newsroom/2015/05/stereotactic-ablative-radiotherapy-achieves-better-overall-
71660… survi.html">Stereotactic Ablative Radiotherapy achieves better overall survival than
71661 surgery for early lung cancer</a></li>
71662 <li class="primary-nav-item"><a
71662… href="/newsroom/2015/05/variations-in-liver-cancer-attributable-to-hepatitis-virus-
71662… varia.html">Variations in liver cancer attributable to hepatitis virus
71662… variations</a></li>
71663 <li class="primary-nav-item"><a
71663… href="/newsroom/2015/05/tumor-sequencing-study-highlights-benefits-of-profiling-
71663… healthy-.html">Tumor sequencing study highlights benefits of profiling healthy tissue
71664 as well</a></li>
71665 <li class="primary-nav-item"><a
71665… href="/newsroom/2015/05/protein-fgl2-may-have-potential-as-therapy-target-for-brain-
71665… canc.html">Protein FGL2 May Have Potential as Therapy Target for Brain
71665… Cancer</a></li>
71666 <li class="primary-nav-item"><a
71666… href="/newsroom/2015/05/study-may-suggest-new-strategies-for-myelodysplastic-
71666… syndromes-t.html">Study May Suggest New Strategies for Myelodysplastic Syndromes
71666… Treatment</a></li>
71667 </ul>
71668 </nav>
71669 </div>
71670 </section>
71671 </div>
```

```
71672 </div>
71673 </div></li>
71674 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/04.html">04</a>
71675 <div class="subnav-mask">
71676 <div class="subnav-wrapper">
71677 <div class="subnav col10 pad">
71678 <section class="nested">
71679 <div class="col4 main-column">
71680 <nav class="secondary">
71681 <ul>
71682 <li class="mobile-nav-back"><a href="/newsroom/2015/04.html" aria-label="Back to
    … 04">04</a></li>
71683 <li class="primary-nav-item">
71684 <a href="/newsroom/2015/04.html" aria-label="04 Home">04 Home</a></li>
71685 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/a-conversation-with-a-living-legend--in-washington-d-c--
    … presente.html">A Conversation With a Living Legend® in Washington, D.C., presented by
71686 MD Anderson, raises $5.2 million</a></li>
71687 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/toxic-mushroom-based-drug-may-help-battle-colorectal-cancer.
    … html">Toxic Mushroom-Based Drug May Help Battle Colorectal Cancer</a></li>
71688 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-study-points-to-potential-new-lung-cancer-therapy
    … .html">MD Anderson Study Points to Potential New Lung Cancer Therapy</a></li>
71689 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-study-seeks-earlier-ovarian-cancer-detection.html
    … ">MD Anderson Study Seeks Earlier Ovarian Cancer Detection</a></li>
71690 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/long-non-coding-rna-modulates-colorectal-cancer-metabolism.
    … html">Long Non-Coding RNA Modulates Colorectal Cancer Metabolism</a></li>
71691 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/moon-shots-program-researchers-to-contribute-to-new-stand-up-
    … to-.html">Moon Shots Program researchers to contribute to new Stand Up to Cancer
71692 Dream Teams</a></li>
71693 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/new-subsets-of-lung-cancer-with-kras-gene-mutations-
    … identified.html">New Subsets of Lung Cancer with KRAS Gene Mutations
    … Identified</a></li>
71694 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-researcher-james-allison-ph-d--receives-pezcoller
    … -aw.html">MD Anderson Researcher James Allison, Ph.D., Receives Pezcoller
    … Award</a></li>
71695 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-s-keeling-center-open-house-set-for-april-24.html
    … ">MD Anderson's Keeling Center Open House Set for April 24</a></li>
71696 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/get-ready-to-two-step-polo-on-the-prairie-returns-april-25.
    … html">Get ready to two-step: Polo on the Prairie returns April 25</a></li>
71697 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/review-highlights-potential-of-cancer-immunotherapy-plus-
    … targete.html">Review highlights potential of cancer immunotherapy plus targeted
    … therapy</a></li>
71698 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-astellas-pharma-sign-option-agreement.html">MD
    … Anderson, Astellas Pharma Sign Option Agreement</a></li>
71699 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/strong-grasp-of-immune-response-dynamics-will-enhance-
    … checkpoint.html">Strong grasp of immune response dynamics will enhance checkpoint
    … blockade</a></li>
71700 <li class="primary-nav-item"><a
    … href="/newsroom/2015/04/md-anderson-and-nanostring-technologies-announce-multi-year-
    … coll.html">MD Anderson and NanoString Technologies Announce Multi-Year
    … Collaboration</a></li>
71701 </ul>
71702 </nav>
71703 </div>
71704 </section>
71705 </div>
```

```
71706  </div>
71707  </div></li>
71708  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/03.html">03</a>
71709  <div class="subnav-mask">
71710  <div class="subnav-wrapper">
71711  <div class="subnav col10 pad">
71712  <section class="nested">
71713  <div class="col4 main-column">
71714  <nav class="secondary">
71715  <ul>
71716  <li class="mobile-nav-back"><a href="/newsroom/2015/03.html" aria-label="Back to
   …  03">03</a></li>
71717  <li class="primary-nav-item">
71718  <a href="/newsroom/2015/03.html" aria-label="03 Home">03 Home</a></li>
71719  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/03/sentinel-lymph-node-mapping-identifies-positive-lymph-nodes-
   …  in-w.html">Sentinel lymph node mapping identifies positive lymph nodes in women
71720  with high-risk endometrial cancer, MD Anderson study finds</a></li>
71721  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/03/md-anderson-study-predicts-new-hepatitis-c-drugs-will-place-a
   …  -dr.html">MD Anderson study predicts new hepatitis C drugs will place a dramatic
71722  financial strain on the health care system</a></li>
71723  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/03/cancer-immunotherapy-innovator-jim-allison-wins-2015-paul-
   …  ehrlic.html">Cancer immunotherapy innovator Jim Allison wins 2015 Paul Ehrlich and
71724  Ludwig Darmstaedter Prize</a></li>
71725  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/03/hippo-crosstalk-may-be-vital-to-tumor-suppression.html">Hippo
   …  'Crosstalk' May Be Vital to Tumor Suppression</a></li>
71726  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/03/md-anderson-study-shows-why-some-brain-cancers-resist-
   …  treatment.html">MD Anderson Study Shows Why Some Brain Cancers Resist
   …  Treatment</a></li>
71727  </ul>
71728  </nav>
71729  </div>
71730  </section>
71731  </div>
71732  </div>
71733  </div></li>
71734  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/02.html">02</a>
71735  <div class="subnav-mask">
71736  <div class="subnav-wrapper">
71737  <div class="subnav col10 pad">
71738  <section class="nested">
71739  <div class="col4 main-column">
71740  <nav class="secondary">
71741  <ul>
71742  <li class="mobile-nav-back"><a href="/newsroom/2015/02.html" aria-label="Back to
   …  02">02</a></li>
71743  <li class="primary-nav-item">
71744  <a href="/newsroom/2015/02.html" aria-label="02 Home">02 Home</a></li>
71745  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/02/christopher-logothetis-honored-with-inaugural-finneran-family
   …  -pr.html">Christopher Logothetis honored with inaugural Finneran Family
   …  Prize</a></li>
71746  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/02/anderson-algorithm-increases-surgical-success-with-advanced-
   …  ovar.html">Anderson Algorithm increases surgical success with advanced ovarian
   …  cancer</a></li>
71747  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/02/andrew-futreal-ph-d--receives-jack-and-beverly-randall-prize.
   …  html">Andrew Futreal receives Jack and Beverly Randall Prize</a></li>
71748  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/02/alejandro-contreras-and-yun-wu-receive-shirley-stein-
   …  scientific-.html">Alejandro Contreras and Yun Wu receive Shirley Stein Scientific
   …  Endowed
71749  Research Award</a></li>
```

```
71750  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-names-hwu-as-head-of-cancer-medicine.html">MD
   …   Anderson Names Hwu as Head of Cancer Medicine</a></li>
71751  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-studies-skin-cancer-patients-resistant-to-leading
   …   -th.html">MD Anderson Studies Skin Cancer Patients Resistant to Leading
   …   Therapy</a></li>
71752  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-receives--22-3-million-in-cprit-research-funding.
   …   html">MD Anderson Receives $22.3 Million in CPRIT Research Funding</a></li>
71753  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/breast-cancer-spread-may-be-tied-to-cells-that-regulate-blood
   …   -fl.html">Breast Cancer Spread May Be Tied to Cells That Regulate Blood Flow</a></li>
71754  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-presents-second-annual-making-cancer-history--
   …   semina.html">MD Anderson presents second annual Making Cancer History® Seminar in
   …   Austin</a></li>
71755  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-joins-catch-global-foundation-to-boost-child-
   …   health-.html">MD Anderson joins CATCH Global Foundation to boost child health,
   …   prevent
71756  cancer in later years</a></li>
71757  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-president-named-as-fellow-of-top-cancer-research-
   …   gro.html">MD Anderson President Named as Fellow of Top Cancer Research Group</a></li>
71758  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/lack-of-rna-editing-leads-to-melanoma-growth-and-metastasis.
   …   html">Lack of RNA 'editing' leads to melanoma growth and metastasis</a></li>
71759  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-presents-fifth-annual-making-cancer-history--
   …   seminar.html">MD Anderson presents fifth annual Making Cancer History® seminar in
   …   Sarasota</a></li>
71760  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-to-host-childhood-cancer-awareness-event-let-the-
   …   gol.html">MD Anderson to host childhood cancer awareness event, "Let the golden
71761  times roll"</a></li>
71762  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-scientist-receives-top-german-award-in-physiology
   …   -an.html">Scientist Receives Top Award in Physiology and Medicine</a></li>
71763  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/lenvatinib-shows-promise-for-patients-with-radioiodine-
   …   refractor.html">Lenvatinib shows promise for patients with radioiodine-refractory
71764  thyroid cancer</a></li>
71765  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/cancer-s-ability-to-hijack-regulatory-mechanism-increases-
   …   metast.html">Cancer's ability to 'hijack' regulatory mechanism increases
   …   metastasis</a></li>
71766  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/jekyll-and-hyde-protein-both-prevents-and-spreads-cancer.html
   …   ">'Jekyll and Hyde' protein both prevents and spreads cancer</a></li>
71767  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/study-identifies-eight-signs-associated-with-impending-death-
   …   in-.html">Study identifies eight signs associated with impending death in cancer
   …   patients</a></li>
71768  </ul>
71769  </nav>
71770  </div>
71771  </section>
71772  </div>
71773  </div>
71774  </div></li>
71775  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/01.html">01</a>
71776  <div class="subnav-mask">
71777  <div class="subnav-wrapper">
71778  <div class="subnav col10 pad">
71779  <section class="nested">
71780  <div class="col4 main-column">
71781  <nav class="secondary">
```

```
71782  <ul
71783  <li class="mobile-nav-back"><a href="/newsroom/2015/01.html" aria-label="Back to
   …   01">01</a></li>
71784  <li class="primary-nav-item">
71785  <a href="/newsroom/2015/01.html" aria-label="01 Home">01 Home</a></li>
71786  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-astrazeneca-enter-collaboration-to-help-improve-
   …   pati.html">MD Anderson, AstraZeneca enter collaboration to help improve patient
71787  outcomes in ovarian and gynecologic cancers</a></li>
71788  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-and-bayer-announce-collaboration-to-create-
   …   symptom-a.html">MD Anderson and Bayer announce collaboration to create symptom
71789  assessment questionnaires in clinical trials</a></li>
71790  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-receives-top-chinese-science-and-technology-award
   …   .html">MD Anderson receives top Chinese science and technology award</a></li>
71791  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-presents-10th-making-cancer-history--seminar-in-
   …   west.html">MD Anderson presents 10th Making Cancer History® Seminar in West Palm
   …   Beach</a></li>
71792  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-study-finds-patients-with-metastatic-colorectal-
   …   canc.html">MD Anderson study finds patients with metastatic colorectal cancer
71793  having less surgery, yet survival rates improving</a></li>
71794  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/intrexon-ziopharm-and-md-anderson-in-exclusive-car-t-pact.
   …   html">Intrexon, ZIOPHARM and MD Anderson in Exclusive CAR T Pact</a></li>
71795  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/md-anderson-and-amgen-announce-develop-bite--therapies-for-
   …   myelo.html">MD Anderson and Amgen announce agreement to develop BiTE® therapies for
71796  myelodysplastic syndrome</a></li>
71797  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/01/novel-anti-cancer-drug-onc201-focus-of-alliance-between-
   …   oncoceut.html">Novel Anti-Cancer Drug, ONC201, Focus of Alliance Between Oncoceutics
71798  and MD Anderson</a></li>
71799  </ul>
71800  </nav>
71801  </div>
71802  </section>
71803  </div>
71804  </div>
71805  </div></li>
71806  </ul>
71807  </nav>
71808  </div>
71809  </section>
71810  </div>
71811  </div>
71812  </div></li>
71813  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014.html">2014</a>
71814  <div class="subnav-mask">
71815  <div class="subnav-wrapper">
71816  <div class="subnav col10 pad">
71817  <section class="nested">
71818  <div class="col4 main-column">
71819  <nav class="secondary">
71820  <ul>
71821  <li class="mobile-nav-back"><a href="/newsroom/2014.html" aria-label="Back to
   …   2014">2014</a></li>
71822  <li class="primary-nav-item">
71823  <a href="/newsroom/2014.html" aria-label="2014 Home">2014 Home</a></li>
71824  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/12.html">12</a>
71825  <div class="subnav-mask">
71826  <div class="subnav-wrapper">
71827  <div class="subnav col10 pad">
71828  <section class="nested">
71829  <div class="col4 main-column">
71830  <nav class="secondary">
```

```
71831 <ul
71832 <li class="mobile-nav-back"><a href="/newsroom/2014/12.html" aria-label="Back to
   …  12">12</a></li>
71833 <li class="primary-nav-item">
71834 <a href="/newsroom/2014/12.html" aria-label="12 Home">12 Home</a></li>
71835 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/md-anderson-unitedhealthcare-launch-new-cancer-care-payment-
   …  mode.html">MD Anderson, UnitedHealthcare Launch New Cancer Care Payment
   …  Model</a></li>
71836 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/texas-legislators-invest-in-ovarian-cancer-research-at-md-
   …  anders.html">Texas legislators Invest In Ovarian Cancer Research at MD
   …  Anderson</a></li>
71837 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/diagnostic-tool-reduces-chemotherapy-rates-post-surgery-in-
   …  women.html">Diagnostic Tool Reduces Chemotherapy Rates Post-Surgery In Women With
71838 Breast Cancer</a></li>
71839 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/md-anderson-applauds-fda-approval-of-hpv-vaccine.html">MD
   …  Anderson applauds FDA approval of HPV vaccine</a></li>
71840 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/prm-151-therapy-well-tolerated-in-patients-with-advanced-
   …  myelofi.html">PRM-151 Therapy Well Tolerated In Patients With Advanced
   …  Myelofibrosis</a></li>
71841 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/targeting-microrna-may-benefit-some-ovarian-and-breast-cancer
   …  -pa.html">Targeting MicroRNA May Benefit Some Ovarian And Breast Cancer
   …  Patients</a></li>
71842 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/experimental-gene-therapy-successful-in-certain-lymphomas-and
   …  -le.html">Experimental Gene Therapy Successful In Certain Lymphomas And
   …  Leukemia</a></li>
71843 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/combination-therapy-shown-as-effective-for-higher-risk-mdsaml
   …  -pa.html">Combination Therapy Shown As Effective For Higher-Risk MDS/AML
   …  Patients</a></li>
71844 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/study-shows-improved-survival-in-aggressive-acute-myeloid-
   …  leukem.html">Study Shows Improved Survival In Aggressive Acute Myeloid
   …  Leukemia</a></li>
71845 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/md-anderson-names-new-chief-financial-officer.html">MD
   …  Anderson Names New Chief Financial Officer</a></li>
71846 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/12/md-anderson-researcher-receives-top-italian-science-award.
   …  html">MD Anderson researcher receives top Italian science award</a></li>
71847 </ul>
71848 </nav>
71849 </div>
71850 </section>
71851 </div>
71852 </div>
71853 </div></li>
71854 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/11.html">11</a>
71855 <div class="subnav-mask">
71856 <div class="subnav-wrapper">
71857 <div class="subnav col10 pad">
71858 <section class="nested">
71859 <div class="col4 main-column">
71860 <nav class="secondary">
71861 <ul>
71862 <li class="mobile-nav-back"><a href="/newsroom/2014/11.html" aria-label="Back to
   …  11">11</a></li>
71863 <li class="primary-nav-item">
71864 <a href="/newsroom/2014/11.html" aria-label="11 Home">11 Home</a></li>
71865 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/11/eight-md-anderson-faculty-named-as-aaas-fellows.html">Eight
   …  MD Anderson faculty named as AAAS fellows</a></li>
```

```
71866 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/novel-regulatory-mechanism-for-cell-division-found.html">
   … Novel regulatory mechanism for cell division found</a></li>
71867 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/md-anderson-memorial-hermann-deliver-new-integrated-breast-
   … scree.html">MD Anderson, Memorial Hermann deliver new integrated breast screening
71868 and diagnostic programs</a></li>
71869 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/power-behind-master-gene-for-cancer-discovered.html">Power
   … behind 'master' gene for cancer discovered</a></li>
71870 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/metabolic-reprogramming-by-the-p53-gene-family-leads-to-tumor
   … -r.html">Metabolic 'reprogramming' by the p53 gene family leads to tumor
   … regression</a></li>
71871 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/hedgehog-signaling-pathway-for-breast-cancer-identified.html"
   … >Hedgehog signaling pathway for breast cancer identified</a></li>
71872 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/md-anderson-s-david-m--gershenson-md-receives-igcss-award-for
   … -ex.html">MD Anderson's David M. Gershenson, MD, Receives IGCS's Award
71873 for Excellence in Gynecologic Oncology</a></li>
71874 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/number-of-young-patients-with-newly-diagnosed-colorectal-
   … cancer-.html">Number of Young Patients with Newly Diagnosed Colorectal Cancer
71875 Anticipated to Double</a></li>
71876 <li class="primary-nav-item"><a
   … href="/newsroom/2014/11/former-big-12-rivals-go-head-to-head-in-exclusive-onstage-
   … interv.html">Former Big 12 Rivals Go Head To Head In Exclusive Onstage
   … Interview</a></li>
71877 </ul>
71878 </nav>
71879 </div>
71880 </section>
71881 </div>
71882 </div>
71883 </div></li>
71884 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/10.html">10</a>
71885 <div class="subnav-mask">
71886 <div class="subnav-wrapper">
71887 <div class="subnav col10 pad">
71888 <section class="nested">
71889 <div class="col4 main-column">
71890 <nav class="secondary">
71891 <ul>
71892 <li class="mobile-nav-back"><a href="/newsroom/2014/10.html" aria-label="Back to
   … 10">10</a></li>
71893 <li class="primary-nav-item">
71894 <a href="/newsroom/2014/10.html" aria-label="10 Home">10 Home</a></li>
71895 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/proton-therapy-shown-to-be-less-costly-than-some-alternative-
   … rad.html">Proton Therapy Shown to be Less Costly Than Some Alternative
71896 Radiotherapy Techniques For Early Stage Breast Cancer</a></li>
71897 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/in-year-two-md-anderson-moon-shots-program-begins-to-spin-off
   … -in.html">In year two, MD Anderson Moon Shots Program begins to spin off
   … innovation</a></li>
71898 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/oxygen-deprived-rna-molecules-lead-to-tumor-progression.html"
   … >Oxygen-deprived RNA molecules lead to tumor progression</a></li>
71899 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/yeats-protein-potential-therapeutic-target-for-cancer.html">
   … YEATS Protein Potential Therapeutic Target for Cancer</a></li>
71900 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/cancer-exosomes-are--micro-factories--that-aid-in-tumor-
   … growth.html">Cancer exosomes are 'micro factories' that aid in tumor growth</a></li>
71901 <li class="primary-nav-item"><a
   … href="/newsroom/2014/10/two-faculty-elected-to-institute-of-medicine.html">Two
   … faculty elected to Institute of Medicine</a></li>
```

```
71902 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/md-anderson-study-first-to-compare-treatments-survival-
    …  benefits-.html">MD Anderson study first to compare treatments, survival benefits for
71903 early-stage lung cancer</a></li>
71904 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/researchers-reveal-genomic-diversity-of-individual-lung-
    …  tumors.html">Researchers reveal genomic diversity of individual lung tumors</a></li>
71905 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/bristol-myers-squibb-and-md-anderson-cancer-center-announce-
    …  nove.html">Bristol-Myers Squibb and MD Anderson Cancer Center Announce Novel
71906 Research Collaboration</a></li>
71907 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/san-antonio-a-conversation-with-a-living-legend--slates-uts-
    …  mack.html">San Antonio A Conversation With a Living Legend® slates UT's
71908 Mack Brown, A&amp;M's R.C. Slocum</a></li>
71909 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/khalifa-institute-for-personalized-cancer-therapy-announces-
    …  fell.html">Khalifa Institute for Personalized Cancer Therapy announces fellowship
    …  program</a></li>
71910 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/md-anderson-teams-up-to-implement-tobacco-free-policies-in-
    …  menta.html">MD Anderson teams up to implement tobacco-free policies in mental health
    …  clinics</a></li>
71911 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/researchers-discover-gene-that-can-predict-aggressive-
    …  prostate-c.html">Researchers discover gene that can predict aggressive prostate
    …  cancer at diagnosis</a></li>
71912 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/exxonmobil-commits--10-million-to-md-andersons-cancer-
    …  prevention.html">ExxonMobil commits $10 million to MD Anderson's cancer prevention
    …  and
71913 control initiative</a></li>
71914 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/pik3r1-researched-in-new-treatment-for-colon-cancer.html">
    …  Study Indicates Possible New Way to Treat Endometrial, Colon Cancers</a></li>
71915 </ul>
71916 </nav>
71917 </div>
71918 </section>
71919 </div>
71920 </div>
71921 </div></li>
71922 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/09.html">09</a>
71923 <div class="subnav-mask">
71924 <div class="subnav-wrapper">
71925 <div class="subnav col10 pad">
71926 <section class="nested">
71927 <div class="col4 main-column">
71928 <nav class="secondary">
71929 <ul>
71930 <li class="mobile-nav-back"><a href="/newsroom/2014/09.html" aria-label="Back to
    …  09">09</a></li>
71931 <li class="primary-nav-item">
71932 <a href="/newsroom/2014/09.html" aria-label="09 Home">09 Home</a></li>
71933 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/09/golf-greats-take-a-swing-at-accelerating-the-effort-to-end-
    …  cance.html">Golf greats take a swing at accelerating the effort to end
    …  cancer</a></li>
71934 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/09/cattlemen-for-cancer-research-plans-oct--18-annual-auction.
    …  html">Cattlemen for Cancer Research plans Oct. 18 annual auction</a></li>
71935 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/09/md-anderson-welcomes-15-new-board-members.html">MD Anderson
    …  welcomes 15 new board members</a></li>
71936 <li class="primary-nav-item"><a
    …  href="/newsroom/2014/09/cancer-cells-adapt-energy-needs-to-spread-illness-to-other-
    …  organ.html">Cancer Cells Adapt Energy Needs to Spread Illness to Other
    …  Organs</a></li>
```

```
71937 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/dominica-anderson-receives-rogers-award-for-excellence-in-
   …  patien.html">Dominica Anderson receives Rogers Award for Excellence in Patient
   …  Care</a></li>
71938 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/noted-radiation-oncology-expert-to-join-md-anderson.html">
   …  Noted Radiation Oncology Expert to Join MD Anderson</a></li>
71939 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/broach-foundation-commits--5-million-to-brain-cancer-research
   …  .html">Broach Foundation commits $5 million to brain cancer research</a></li>
71940 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/efforts-to-end-melanoma-take-to-the-streets-as-evening-fun-
   …  run-r.html">Efforts to end melanoma take to the streets as evening fun-run returns
71941 to support skin cancer research at MD Anderson</a></li>
71942 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/immunotherapy-vaccine-inhibits-her2-breast-cancer.html">Novel
   …  Immunotherapy Vaccine Decreases Recurrence in HER2 Positive Breast
71943 Cancer Patients</a></li>
71944 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/disparities-persist-in-early-stage-breast-cancer-treatment-md
   …  -an.html">Disparities persist in early-stage breast cancer treatment, MD Anderson
71945 study finds</a></li>
71946 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/breast-conserving-therapy-shows-survival-benefit-compared-to-
   …  mas.html">Breast conserving therapy shows survival benefit compared to mastectomy
71947 in early-stage patients with hormone receptor positive disease</a></li>
71948 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/genetic-hotspot-linked-to-endometrial-cancer-aggressiveness.
   …  html">Genetic "Hotspot" Linked to Endometrial Cancer Aggressiveness</a></li>
71949 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/epilepsy--sudep---sudden-death-from-seizure.html">Seizures
   …  and Sudden Death: When SUMO 'Wrestles' Potassium Channels</a></li>
71950 </ul>
71951 </nav>
71952 </div>
71953 </section>
71954 </div>
71955 </div>
71956 </div></li>
71957 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/08.html">08</a>
71958 <div class="subnav-mask">
71959 <div class="subnav-wrapper">
71960 <div class="subnav col10 pad">
71961 <section class="nested">
71962 <div class="col4 main-column">
71963 <nav class="secondary">
71964 <ul>
71965 <li class="mobile-nav-back"><a href="/newsroom/2014/08.html" aria-label="Back to
   …  08">08</a></li>
71966 <li class="primary-nav-item">
71967 <a href="/newsroom/2014/08.html" aria-label="08 Home">08 Home</a></li>
71968 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/former-md-anderson-president-lemaistre-named-ut-system-
   …  chancello.html">Former MD Anderson President Named UT System Chancellor
   …  Emeritus</a></li>
71969 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/memorial-hermann-md-anderson-join-forces-to-provide-enhanced-
   …  bre.html">Memorial Hermann, MD Anderson join forces to provide enhanced breast
71970 imaging services throughout the Greater Houston Region</a></li>
71971 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/md-anderson-foundation-medicine-team-up-to-improve-targeted-
   …  ther.html">MD Anderson, Foundation Medicine, team up to improve targeted therapies
71972 in metastatic disease</a></li>
71973 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/prostate-cancer-prevention-trial-identifies-men-most-likely-
   …  to-u.html">Prostate Cancer Prevention Trial identifies men most likely to undergo
71974 challenging study procedures</a></li>
71975 <li class="primary-nav-item"><a
```

```
71975  href="/newsroom/2014/08/metabolic-mechanism-helps-pancreatic-cancer-survive.html">
 ...   Researchers discover a metabolic mechanism for resistant pancreatic cancer</a></li>
71976  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/08/west-houston-diagnostic-imaging-center-opens.html">MD
 ...   Anderson Opens Diagnostic Imaging Center in West Houston</a></li>
71977  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/08/study-predicts-hepatitis-c-will-become-a-rare-disease-in-22-
 ...   year.html">Study predicts hepatitis C will become a rare disease in 22 years</a></li>
71978  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/08/protein-zeb1-promotes-breast-tumor-resistance-to-radiation-
 ...   thera.html">Protein ZEB1 Promotes Breast Tumor Resistance to Radiation
 ...   Therapy</a></li>
71979  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/08/md-anderson-announces-first-latin-american-clinical-
 ...   partnership.html">MD Anderson Announces First Latin American Clinical
 ...   Partnership</a></li>
71980  </ul>
71981  </nav>
71982  </div>
71983  </section>
71984  </div>
71985  </div>
71986  </div></li>
71987  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/07.html">07</a>
71988  <div class="subnav-mask">
71989  <div class="subnav-wrapper">
71990  <div class="subnav col10 pad">
71991  <section class="nested">
71992  <div class="col4 main-column">
71993  <nav class="secondary">
71994  <ul>
71995  <li class="mobile-nav-back"><a href="/newsroom/2014/07.html" aria-label="Back to
 ...   07">07</a></li>
71996  <li class="primary-nav-item">
71997  <a href="/newsroom/2014/07.html" aria-label="07 Home">07 Home</a></li>
71998  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/same-cancer-different-time-zone.html">Same cancer, different
 ...   time zone</a></li>
71999  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/father-of-tamoxifen--breast-cancer-dr--v--craig-jordan.html">
 ...   "Father of Tamoxifen" to Join MD Anderson</a></li>
72000  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/md-anderson-ranked--2-in-annual-u-s--news--world-report-
 ...   survey.html">MD Anderson Ranked #2 in Annual U.S. News &amp; World Report
 ...   Survey</a></li>
72001  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/study-finds-diagnosing-physicians-influence-treatment-
 ...   decisions-.html">Study finds diagnosing physicians influence treatment decisions for
72002  prostate cancer patients</a></li>
72003  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/md-anderson-researchers-discover-new-route-for-ovarian-cancer
 ...   -sp.html">MD Anderson researchers discover new route for ovarian cancer
 ...   spread</a></li>
72004  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/study-shows-restored-immunity-for-cancer-related-fungal-
 ...   infectio.html">Study Shows Restored Immunity for Cancer-Related Fungal
 ...   Infections</a></li>
72005  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/pseudogenes-may-provide-clearer-understanding-of-biomarkers.
 ...   html">Pseudogenes May Provide Clearer Understanding of Biomarkers</a></li>
72006  <li class="primary-nav-item"><a
 ...   href="/newsroom/2014/07/ending-cancer-md-andersons-bold-moon-shots-program-aims-for-a
 ...   -cu.html">Ending Cancer: MD Anderson's bold Moon Shots Program aims for a
 ...   cure</a></li>
72007  </ul>
72008  </nav>
72009  </div>
72010  </section>
```

```
72011 </div>
72012 </div>
72013 </div></li>
72014 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/06.html">06</a>
72015 <div class="subnav-mask">
72016 <div class="subnav-wrapper">
72017 <div class="subnav col10 pad">
72018 <section class="nested">
72019 <div class="col4 main-column">
72020 <nav class="secondary">
72021 <ul>
72022 <li class="mobile-nav-back"><a href="/newsroom/2014/06.html" aria-label="Back to
  … 06">06</a></li>
72023 <li class="primary-nav-item">
72024 <a href="/newsroom/2014/06.html" aria-label="06 Home">06 Home</a></li>
72025 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/study-points-to-higher-risk-of-breast-cancer-progression-in-
  … obes.html">Study points to higher risk of breast cancer progression in obese
  … women</a></li>
72026 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/lynda-chin-selected-as-ut-system-chancellors-health-fellow.
  … html">Lynda Chin Selected as UT System Chancellor's Health Fellow</a></li>
72027 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/diane-barber-receives-md-andersons-highest-nursing-honor.html
  … ">Diane Barber receives MD Anderson's highest nursing honor</a></li>
72028 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/biology-to-bedside-mining-molecular-data-for-cancer-prognosis
  … .html">Biology to Bedside: Mining Molecular Data for Cancer Prognosis</a></li>
72029 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/allison-shares-inaugural-tang-prize-for-his-cancer-
  … immunotherapy.html">Allison shares inaugural Tang Prize for his cancer immunotherapy
  … innovation</a></li>
72030 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/md-anderson-professor-wins-notable-aaas-award.html">MD
  … Anderson professor wins notable AAAS award</a></li>
72031 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/statement-regarding-release-of-data-prior-to-study-conclusion
  … .html">Statement regarding release of data prior to study conclusion</a></li>
72032 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/african-american-women-with-breast-cancer-less-likely-to-have
  … -ne.html">African American women with breast cancer less likely to have newer,
72033 recommended surgical procedure, MD Anderson study finds</a></li>
72034 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/american-society-of-clinical-oncology-recognizes-md-anderson-
  … lea.html">American Society of Clinical Oncology recognizes MD Anderson leaders for
72035 their contributions to cancer care</a></li>
72036 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/needle-biopsy-underused-in-breast-cancer-diagnosis-negatively
  … -im.html">Needle biopsy underused in breast cancer diagnosis, negatively impacting
72037 diagnosis and care</a></li>
72038 <li class="primary-nav-item"><a
  … href="/newsroom/2014/06/new-target-researchers-identify-pancreatic-cancer-resistance-
  … mec.html">New target: Researchers identify pancreatic cancer resistance
  … mechanism</a></li>
72039 </ul>
72040 </nav>
72041 </div>
72042 </section>
72043 </div>
72044 </div>
72045 </div></li>
72046 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/05.html">05</a>
72047 <div class="subnav-mask">
72048 <div class="subnav-wrapper">
72049 <div class="subnav col10 pad">
72050 <section class="nested">
72051 <div class="col4 main-column">
72052 <nav class="secondary">
```

```
72053  <ul
72054  <li class="mobile-nav-back"><a href="/newsroom/2014/05.html" aria-label="Back to
   …   05">05</a></li>
72055  <li class="primary-nav-item">
72056  <a href="/newsroom/2014/05.html" aria-label="05 Home">05 Home</a></li>
72057  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/patients-with-metastatic-colon-cancer-respond-to-new-
   …   combination.html">Patients with metastatic colon cancer respond to new combination
   …   therapy</a></li>
72058  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/women-with-metastatic-breast-cancer-can-safely-receive-
   …   bisphosph.html">Women with metastatic breast cancer can safely receive
   …   bisphosphonates
72059  less frequently, without compromising care</a></li>
72060  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/new-software-tool-identifies-genetic-mutations-that-influence
   …   -di.html">New software tool identifies genetic mutations that influence disease
   …   risk</a></li>
72061  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/a-conversation-with-a-living-legend--raises-more-than--1-
   …   million.html">A Conversation With a Living Legend® raises more than $1
   …   million</a></li>
72062  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/study-identifies-risk-of-chemotherapy-related-hospitalization
   …   -fo.html">Study identifies risk of chemotherapy related hospitalization for
72063  early-stage breast cancer patients</a></li>
72064  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/intensity-modulated-proton-therapy-shows-benefit-for-head-and
   …   -ne.html">Intensity Modulated Proton Therapy Shows Benefit for Head and Neck
   …   Cancer</a></li>
72065  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/scientists-discover-potential-new-target-for-cancer-
   …   immunotherap.html">Scientists discover potential new target for cancer
   …   immunotherapy</a></li>
72066  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/fibrous-tissue-aids-in-pancreatic-cancer-treatment.html">
   …   Supportive tumor tissue surrounding cancer cells hinders, rather than
72067  helps, pancreatic cancer</a></li>
72068  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/ut-md-anderson-tobacco-free-hiring-policy.html">UT MD
   …   Anderson tobacco-free hiring policy</a></li>
72069  </ul>
72070  </nav>
72071  </div>
72072  </section>
72073  </div>
72074  </div>
72075  </div></li>
72076  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/04.html">04</a>
72077  <div class="subnav-mask">
72078  <div class="subnav-wrapper">
72079  <div class="subnav col10 pad">
72080  <section class="nested">
72081  <div class="col4 main-column">
72082  <nav class="secondary">
72083  <ul>
72084  <li class="mobile-nav-back"><a href="/newsroom/2014/04.html" aria-label="Back to
   …   04">04</a></li>
72085  <li class="primary-nav-item">
72086  <a href="/newsroom/2014/04.html" aria-label="04 Home">04 Home</a></li>
72087  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/polo-on-the-prairie-back-in-the-saddle-may-3.html">Polo on
   …   the Prairie: Back in the saddle May 3</a></li>
72088  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/a-conversation-with-a-living-legend--to-honor-condoleezza-
   …   rice.html">A Conversation With a Living Legend® to honor Condoleezza Rice</a></li>
72089  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/new-healthy-kids-cards.html">New Healthy Kids Cards in
```

```
72089  English, Spanish and Vietnamese</a></li>
72090  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/md-anderson-recognizes-tomorrow-s-cancer-leaders.html">MD
   …   Anderson Recognizes Tomorrow's Cancer Leaders</a></li>
72091  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/free-oral-cancer-screening-exams.html">Free Oral Cancer
   …   Screening Exams</a></li>
72092  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/tumor-suppressor-connects-with-histone-protein-to-hinder-gene
   …   -ex.html">Tumor-suppressor connects with histone protein to hinder gene
   …   expression</a></li>
72093  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/deep-integrated-genomic-analysis-re-classifies-lower-grade-
   …   brain.html">Deep, integrated genomic analysis re-classifies lower-grade brain
   …   tumors</a></li>
72094  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/md-anderson-announces-immunotherapy-collaboration-with-gsk.
   …   html">MD Anderson announces immunotherapy collaboration with GSK</a></li>
72095  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/study-shows-home-exercise-benefits-cancer-survivors-
   …   regardless-o.html">Study shows home exercise benefits cancer survivors regardless of
   …   BMI</a></li>
72096  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/jamming-a-protein-signal-forces-cancer-cells-to-devour-
   …   themselve.html">Jamming a protein signal forces cancer cells to devour
   …   themselves</a></li>
72097  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/md-anderson-s-freireich-allison-elected-fellows-of-the-aacr-
   …   acad.html">MD Anderson's Freireich, Allison elected fellows of the AACR
   …   Academy</a></li>
72098  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/free-skin-cancer-screening-exams.html">Free Skin Cancer
   …   Screening Exams</a></li>
72099  </ul>
72100  </nav>
72101  </div>
72102  </section>
72103  </div>
72104  </div>
72105  </div></li>
72106  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/03.html">03</a>
72107  <div class="subnav-mask">
72108  <div class="subnav-wrapper">
72109  <div class="subnav col10 pad">
72110  <section class="nested">
72111  <div class="col4 main-column">
72112  <nav class="secondary">
72113  <ul>
72114  <li class="mobile-nav-back"><a href="/newsroom/2014/03.html" aria-label="Back to
   …   03">03</a></li>
72115  <li class="primary-nav-item">
72116  <a href="/newsroom/2014/03.html" aria-label="03 Home">03 Home</a></li>
72117  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/03/making-cancer-history-seminar-heads-to-austin.html">Making
   …   Cancer History® Seminar heads to Austin</a></li>
72118  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/03/immunotherapy-innovator-wins-2014-canada-gairdner-
   …   international-.html">Immunotherapy innovator wins 2014 Canada Gairdner International
   …   Award</a></li>
72119  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/03/md-anderson-s-hagop-kantarjian-wins-national-award-for-work-
   …   in-l.html">MD Anderson's Hagop Kantarjian wins national award for work in
   …   leukemia</a></li>
72120  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/03/run-for-the-rose-returns-raising-funds-for-clinical-research-
   …   and.html">Run for the Rose returns, raising funds for clinical research and
72121  patient programs</a></li>
72122  <li class="primary-nav-item"><a
```

```
72122  href="/newsroom/2014/03/md-anderson-medimmune-join-forces-to-advance-cancer-
       immunotherap.html">MD Anderson, MedImmune join forces to advance cancer
       immunotherapy</a></li>
72123  <li class="primary-nav-item"><a
       href="/newsroom/2014/03/study-finds-ct-scans-predict-chemotherapy-response-in-
       pancreatic.html">Study finds CT scans predict chemotherapy response in pancreatic
       cancer</a></li>
72124  <li class="primary-nav-item"><a
       href="/newsroom/2014/03/cells-appearing-normal-may-actually-be-harbingers-of-lung-
       cancer.html">Cells appearing normal may actually be harbingers of lung
       cancer</a></li>
72125  <li class="primary-nav-item"><a
       href="/newsroom/2014/03/yoga-regulates-stress-hormones-and-improves-quality-of-life-
       for-.html">Yoga Regulates Stress Hormones and Improves Quality of Life for Women
72126  with Breast Cancer Undergoing Radiation Therapy</a></li>
72127  <li class="primary-nav-item"><a
       href="/newsroom/2014/03/md-anderson-honors-two-champions-for-women-in-medicine-and-
       resea.html">MD Anderson honors two champions for women in medicine and
       research</a></li>
72128  </ul>
72129  </nav>
72130  </div>
72131  </section>
72132  </div>
72133  </div>
72134  </div></li>
72135  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/02.html">02</a>
72136  <div class="subnav-mask">
72137  <div class="subnav-wrapper">
72138  <div class="subnav col10 pad">
72139  <section class="nested">
72140  <div class="col4 main-column">
72141  <nav class="secondary">
72142  <ul>
72143  <li class="mobile-nav-back"><a href="/newsroom/2014/02.html" aria-label="Back to
       02">02</a></li>
72144  <li class="primary-nav-item">
72145  <a href="/newsroom/2014/02.html" aria-label="02 Home">02 Home</a></li>
72146  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/md-anderson-researcher-uncovers-some-of-the-ancient-mysteries
       -of.html">MD Anderson Researcher Uncovers Some of the Ancient Mysteries of
       Leprosy</a></li>
72147  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/bevacizumab-offers-no-benefit-for-newly-diagnosed-
       glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed
       glioblastoma</a></li>
72148  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/molecular-profile-of-invasive-bladder-cancer-resembles-that-
       of-b.html">Molecular profile of invasive bladder cancer resembles that of breast
       cancer</a></li>
72149  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/a-new-complement-of-cancer-care.html">A New Complement of
       Cancer Care</a></li>
72150  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/america-s-no--1-cancer-center-making-cancer-history--in-
       sarasota.html">America's No. 1 cancer center: Making Cancer History® in
       Sarasota</a></li>
72151  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/cancer-immunotherapy-leader-allison-to-receive-2014-szent-
       gyorgy.html">Cancer immunotherapy leader Allison to receive 2014 Szent-Gyorgyi
       Prize</a></li>
72152  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/ut-md-anderson-cancer-center-responds-to-cvs-caremarks-
       decision-.html">UT MD Anderson Cancer Center Responds to CVS Caremark's Decision to
       Stop
72153  Selling Tobacco Products</a></li>
72154  <li class="primary-nav-item"><a
       href="/newsroom/2014/02/md-anderson-guides-intelligent-redesign-of-cancer-care-
```

```
72154…  delivery.html">MD Anderson Guides Intelligent Redesign of Cancer Care Delivery
    …   Model</a></li>
72155   </ul>
72156   </nav>
72157   </div>
72158   </section>
72159   </div>
72160   </div>
72161   </div></li>
72162   <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/01.html">01</a>
72163   <div class="subnav-mask">
72164   <div class="subnav-wrapper">
72165   <div class="subnav col10 pad">
72166   <section class="nested">
72167   <div class="col4 main-column">
72168   <nav class="secondary">
72169   <ul>
72170   <li class="mobile-nav-back"><a href="/newsroom/2014/01.html" aria-label="Back to
    …   01">01</a></li>
72171   <li class="primary-nav-item">
72172   <a href="/newsroom/2014/01.html" aria-label="01 Home">01 Home</a></li>
72173   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/study-finds-brachytherapy-offers-lower-rate-of-breast-
    …   preservati.html">Study finds brachytherapy offers lower rate of breast preservation
72174   compared to standard radiation for older women with breast cancer</a></li>
72175   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/study-uncovers-molecular-keys-to-invasive-bladder-cancer-
    …   points-.html">Study uncovers molecular keys to invasive bladder cancer, points to
72176   potential drug targets -- including some found in other cancers</a></li>
72177   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/two-proteins-compete-for-one-docking-station-on-a-growth-
    …   factor-.html">Two proteins compete for one docking station on a growth factor; one
72178   promotes metastasis, the other blocks it</a></li>
72179   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/md-anderson-joins-johnson--johnson--cancer-immunotherapy.html
    …   ">MD Anderson Announces Collaboration with Johnson &amp; Johnson
72180   Innovation on cancer immunotherapy</a></li>
72181   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/md-anderson-study-finds-sensor-based-monitoring-of-cancer-
    …   patien.html">MD Anderson study finds sensor-based monitoring of cancer patients at
72182   home during radiation treatment may identify problems in
72183   their early stages</a></li>
72184   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/md-anderson-cancer-experts-identify-five-critical-advances-to
    …   -co.html">MD Anderson cancer experts identify five critical advances to combat
72185   tobacco use as America observes a major anti-smoking milestone</a></li>
72186   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/study-finds-more-targeted-form-of-radiation-improves-survival
    …   -in.html">Study finds more targeted form of radiation improves survival in
72187   patients with head and neck cancers</a></li>
72188   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/palm-beach-community-honors-david-koch-and-maria-floyd.html">
    …   Palm Beach community honors David Koch and Maria Floyd</a></li>
72189   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/a-simple-blood-test-that-can-locate-gene-defects-associated-
    …   with.html">A simple blood test that can locate gene defects associated with cancer?
72190   New MD Anderson research suggests the technology may not be
72191   too far off</a></li>
72192   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/kinder-foundation-commits--1-million-for-mantle-cell-lymphoma
    …   -re.html">Kinder Foundation commits $1 million for mantle cell lymphoma
    …   research</a></li>
72193   <li class="primary-nav-item"><a
    …   href="/newsroom/2014/01/md-anderson-teams-up-with-pfizer-to-advance-cancer-
    …   immunotherapy.html">MD Anderson teams up with Pfizer to advance cancer
    …   immunotherapy</a></li>
72194   </ul>
72195   </nav>
```

```
72196  </div>
72197  </section>
72198  </div>
72199  </div>
72200  </div></li>
72201  </ul>
72202  </nav>
72203  </div>
72204  </section>
72205  </div>
72206  </div>
72207  </div></li>
72208  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013.html">2013</a>
72209  <div class="subnav-mask">
72210  <div class="subnav-wrapper">
72211  <div class="subnav col10 pad">
72212  <section class="nested">
72213  <div class="col4 main-column">
72214  <nav class="secondary">
72215  <ul>
72216  <li class="mobile-nav-back"><a href="/newsroom/2013.html" aria-label="Back to
   …  2013">2013</a></li>
72217  <li class="primary-nav-item">
72218  <a href="/newsroom/2013.html" aria-label="2013 Home">2013 Home</a></li>
72219  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/12.html">12</a>
72220  <div class="subnav-mask">
72221  <div class="subnav-wrapper">
72222  <div class="subnav col10 pad">
72223  <section class="nested">
72224  <div class="col4 main-column">
72225  <nav class="secondary">
72226  <ul>
72227  <li class="mobile-nav-back"><a href="/newsroom/2013/12.html" aria-label="Back to
   …  12">12</a></li>
72228  <li class="primary-nav-item">
72229  <a href="/newsroom/2013/12.html" aria-label="12 Home">12 Home</a></li>
72230  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/science-puts-cancer-immunotherapy-atop-2013-list.html">
   …  Science Names Cancer Immunotherapy its 2013 Breakthrough of the Year</a></li>
72231  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/affiliation-between-orlando-health-and-the-university-of-
   …  texas-m.html">Affiliation between Orlando Health and The University of Texas MD
72232  Anderson Cancer Center set to expire</a></li>
72233  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/jim-allison-s-cancer-immunology-research-wins-prize.html">MD
   …  Anderson researcher Jim Allison wins Breakthrough Prize for his
72234  innovative cancer immunology research</a></li>
72235  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/younger-early-breast-cancer-patients-often-undergo-
   …  unnecessary-s.html">Younger, early breast cancer patients often undergo unnecessary
   …  staging,
72236  imaging procedures at time of diagnosis</a></li>
72237  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/md-anderson-physician-receives-susan-g--komens-highest-honor-
   …  for.html">MD Anderson physician receives Susan G. Komen's highest honor for
72238  excellence in breast cancer research</a></li>
72239  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/targeted-antibody-immune-checkpoint-blocker-rein-in-
   …  follicular-l.html">Targeted antibody, immune checkpoint blocker rein in follicular
   …  lymphoma</a></li>
72240  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/ibrutinib-and-rituximab-trigger-95-percent-response-rate-
   …  among-c.html">Ibrutinib and rituximab trigger 95 percent response rate among CLL
   …  patients</a></li>
72241  <li class="primary-nav-item"><a
   …  href="/newsroom/2013/12/ibrutinib-suppression-of-chronic-lymphocytic-leukemia-endures
   …  -in.html">Ibrutinib suppression of chronic lymphocytic leukemia endures in second
   …  year</a></li>
```

```
72242 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/12/clinical-trials-use-sleeping-beauty-gene-transfer-to-create-
  …  car-.html">Clinical trials use Sleeping Beauty gene transfer to create CAR T
  …  cells</a></li>
72243 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/12/cancer-promoting-protein-is-vital-to-safe-division-of-tumor-
  …  cell.html">Cancer-promoting protein is vital to safe division of tumor cells</a></li>
72244 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/12/america-s-no--1-cancer-hospital-making-cancer-history--in-
  …  west-p.html">America's No. 1 cancer hospital: Making Cancer History® in West
72245 Palm Beach</a></li>
72246 </ul>
72247 </nav>
72248 </div>
72249 </section>
72250 </div>
72251 </div>
72252 </div></li>
72253 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/11.html">11</a>
72254 <div class="subnav-mask">
72255 <div class="subnav-wrapper">
72256 <div class="subnav col10 pad">
72257 <section class="nested">
72258 <div class="col4 main-column">
72259 <nav class="secondary">
72260 <ul>
72261 <li class="mobile-nav-back"><a href="/newsroom/2013/11.html" aria-label="Back to
  …  11">11</a></li>
72262 <li class="primary-nav-item">
72263 <a href="/newsroom/2013/11.html" aria-label="11 Home">11 Home</a></li>
72264 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/md-anderson-researchers-identify-a-rescuer-for-vital-tumor-
  …  suppr.html">MD Anderson researchers identify a rescuer for vital
  …  tumor-suppressor</a></li>
72265 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/four-from-md-anderson-named-fellows-in-aaas.html">Four from
  …  MD Anderson named Fellows in AAAS</a></li>
72266 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/combination-therapy-not-necessary-to-achieve-remission-in-
  …  breast.html">Combination therapy not necessary to achieve remission in breast cancer
72267 patients with HER-2-positive disease</a></li>
72268 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/tobacco-myths-persist-on-smoking-dangers.html">Tobacco Myths
  …  Persist 50 Years After the US Surgeon General First Warned
72269 Americans of the Dangers of Smoking</a></li>
72270 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/md-anderson-to-honor-former-secretary-of-state-james-a--baker
  …  -ii.html">MD Anderson to honor former Secretary of State James A. Baker, III
72271 during A Conversation With a Living Legend® at the Kennedy Center</a></li>
72272 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/11/the-economist-honors-cancer-immunotherapy-pioneer-james-
  …  allison.html">The Economist honors cancer immunotherapy pioneer James
  …  Allison</a></li>
72273 </ul>
72274 </nav>
72275 </div>
72276 </section>
72277 </div>
72278 </div>
72279 </div></li>
72280 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/10.html">10</a>
72281 <div class="subnav-mask">
72282 <div class="subnav-wrapper">
72283 <div class="subnav col10 pad">
72284 <section class="nested">
72285 <div class="col4 main-column">
72286 <nav class="secondary">
72287 <ul>
```

```
72288  <li class="mobile-nav-back"><a href="/newsroom/2013/10.html" aria-label="Back to
    …  10">10</a></li>
72289  <li class="primary-nav-item">
72290  <a href="/newsroom/2013/10.html" aria-label="10 Home">10 Home</a></li>
72291  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
    …  members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
    …  members</a></li>
72292  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/md-anderson-and-vanderbilt-university-join-forces-to-develop-
    …  epi.html">MD Anderson and Vanderbilt University join forces to develop
72293  epigenetic-based cancer therapies</a></li>
72294  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/waun-ki-hong-and-helen-piwnica-worms-elected-to-institute-of-
    …  med.html">Waun Ki Hong and Helen Piwnica-Worms elected to Institute of
    …  Medicine</a></li>
72295  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/md-anderson--ibm-watson-work-together-to-fight-cancer.html">
    …  MD Anderson Taps IBM Watson to Power &quot;Moon Shots&quot; Mission</a></li>
72296  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/ut-md-anderson-cancer-moon-shots-take-flight-during-year-1.
    …  html">UT MD Anderson cancer moon shots take flight during Year 1</a></li>
72297  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/the-cancer-genome-atlas-exposes-more-secrets-of-lethal-brain-
    …  tum.html">The Cancer Genome Atlas exposes more secrets of lethal brain tumor</a></li>
72298  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/10/study-shows-how-program-improves-sun-protection-practices-
    …  among-.html">Study shows how program improves sun protection practices among children
72299  of melanoma survivors</a></li>
72300  </ul>
72301  </nav>
72302  </div>
72303  </section>
72304  </div>
72305  </div>
72306  </div></li>
72307  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/09.html">09</a>
72308  <div class="subnav-mask">
72309  <div class="subnav-wrapper">
72310  <div class="subnav col10 pad">
72311  <section class="nested">
72312  <div class="col4 main-column">
72313  <nav class="secondary">
72314  <ul>
72315  <li class="mobile-nav-back"><a href="/newsroom/2013/09.html" aria-label="Back to
    …  09">09</a></li>
72316  <li class="primary-nav-item">
72317  <a href="/newsroom/2013/09.html" aria-label="09 Home">09 Home</a></li>
72318  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/asthma-attack-prevention-proposal-awarded-nih-new-innovator-
    …  gran.html">Asthma attack prevention proposal awarded NIH New Innovator grant</a></li>
72319  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/ut-md-anderson-and-cooper-university-health-care-unite.html">
    …  UT MD Anderson and Cooper University Health Care Unite</a></li>
72320  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/md-anderson-scientists-describe-cancer-genomics-project.html"
    …  >New TCGA project finds cancer-driving changes shared across tumor types</a></li>
72321  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/intensity-modulated-proton-therapy--impt--reduces-need-for-
    …  feedi.html">Intensity Modulated Proton Therapy (IMPT) Reduces Need for Feeding Tubes
72322  by 50 Percent in Head and Neck Cancer Patients</a></li>
72323  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/national-cancer-institute-awards--48-6-million-grant-to-md-
    …  ander.html">National Cancer Institute awards $48.6 million grant to MD
    …  Anderson</a></li>
72324  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/09/a-conversation-with-a-living-legend--slates-basketball-greats
    …  .html">A Conversation With a Living Legend® slates basketball greats</a></li>
```

```
72325  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/09/evening-race-against-melanoma-benefits-skin-cancer-research.
   …   html">Evening race against melanoma benefits skin cancer research</a></li>
72326  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/09/versatile-micrornas-choke-off-cancer-blood-supply-suppress-
   …   metas.html">Versatile microRNAs choke off cancer blood supply, suppress
   …   metastasis</a></li>
72327  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/09/george-calin-celebrated-for-excellence-in-research.html">
   …   George Calin celebrated for excellence in research</a></li>
72328  </ul>
72329  </nav>
72330  </div>
72331  </section>
72332  </div>
72333  </div>
72334  </div></li>
72335  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/08.html">08</a>
72336  <div class="subnav-mask">
72337  <div class="subnav-wrapper">
72338  <div class="subnav col10 pad">
72339  <section class="nested">
72340  <div class="col4 main-column">
72341  <nav class="secondary">
72342  <ul>
72343  <li class="mobile-nav-back"><a href="/newsroom/2013/08.html" aria-label="Back to
   …   08">08</a></li>
72344  <li class="primary-nav-item">
72345  <a href="/newsroom/2013/08.html" aria-label="08 Home">08 Home</a></li>
72346  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/inflammatory-protein-converts-glioblastoma-cells-into-most-
   …   aggre.html">Inflammatory protein converts glioblastoma cells into most aggressive
   …   version</a></li>
72347  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/promising-screening-tool-for-early-detection-of-ovarian-
   …   cancer.html">Promising screening tool for early detection of ovarian cancer</a></li>
72348  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/study-shows-counseling-via-cell-phone-helps-smokers-with-
   …   hivaids.html">Study shows counseling via cell phone helps smokers with HIV/AIDS
   …   quit</a></li>
72349  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/smoking-cessation-experts-weigh-in-on-e-cigarettes.html">
   …   Smoking cessation experts weigh in on e-cigarettes</a></li>
72350  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/huffington-foundation-gives--5-million-to-neurodegeneration-
   …   cons.html">Huffington Foundation gives $5 million to Neurodegeneration
   …   Consortium</a></li>
72351  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/couple-pledges--10-million-gift-to-head-and-neck-cancer-
   …   research.html">Couple pledges $10 million gift to head and neck cancer research,
   …   treatment</a></li>
72352  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/game-on-tobacco-free-teens-app-goes-live-on-itunes.html">Game
   …   on: Tobacco-Free Teens app goes live on iTunes</a></li>
72353  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/genes-that-make-immature-cells-grow-up-are-deleted-in-deadly-
   …   bra.html">Cell maturity pathway is deleted or weak in glioblastoma
   …   multiforme</a></li>
72354  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/08/first-targeted-therapy-discovered-against-cancer-promoting-
   …   prote.html">Targeted therapy identified for protein that protects and nourishes
   …   cancer</a></li>
72355  </ul>
72356  </nav>
72357  </div>
72358  </section>
72359  </div>
72360  </div>
```

```
72361  </div></li>
72362  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/07.html">07</a>
72363  <div class="subnav-mask">
72364  <div class="subnav-wrapper">
72365  <div class="subnav col10 pad">
72366  <section class="nested">
72367  <div class="col4 main-column">
72368  <nav class="secondary">
72369  <ul>
72370  <li class="mobile-nav-back"><a href="/newsroom/2013/07.html" aria-label="Back to
    …  07">07</a></li>
72371  <li class="primary-nav-item">
72372  <a href="/newsroom/2013/07.html" aria-label="07 Home">07 Home</a></li>
72373  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/07/company-launched-by-md-anderson-to-be-acquired-by-abbott.html
    …  ">Company launched by MD Anderson to be acquired by Abbott</a></li>
72374  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/07/ut-md-anderson-repeats-as-nations-top-hospital-for-cancer-in-
    …  ann.html">UT MD Anderson repeats as nation's top hospital for cancer in annual
    …  survey</a></li>
72375  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/07/study-shows-african-american-chronic-lymphocytic-leukemia-
    …  patien.html">Study shows African-American chronic lymphocytic leukemia patients don't
72376  survive as long as others who receive similar treatment</a></li>
72377  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/07/researchers-pinpoint-sources-of-fibrosis-promoting-cells-that
    …  -ra.html">Researchers pinpoint sources of fibrosis-promoting cells that ravage
    …  organs</a></li>
72378  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/07/md-anderson-addresses-obesity-cancer-challenge.html">From
    …  Prevention to Survivorship: The Obesity-Cancer Challenge</a></li>
72379  </ul>
72380  </nav>
72381  </div>
72382  </section>
72383  </div>
72384  </div>
72385  </div></li>
72386  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/06.html">06</a>
72387  <div class="subnav-mask">
72388  <div class="subnav-wrapper">
72389  <div class="subnav col10 pad">
72390  <section class="nested">
72391  <div class="col4 main-column">
72392  <nav class="secondary">
72393  <ul>
72394  <li class="mobile-nav-back"><a href="/newsroom/2013/06.html" aria-label="Back to
    …  06">06</a></li>
72395  <li class="primary-nav-item">
72396  <a href="/newsroom/2013/06.html" aria-label="06 Home">06 Home</a></li>
72397  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/06/making-cancer-history--seminar-returns-to-aspen-meadows-
    …  resort.html">Making Cancer History® Seminar returns to Aspen Meadows Resort</a></li>
72398  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/06/emperor-of-all-maladies-author-headlines-cancer-survivorship-
    …  co.html">'Emperor of All Maladies' Author Headlines Cancer Survivorship
72399  Conference Sept. 27-28</a></li>
72400  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/06/md-anderson-childrens-cancer-hospital-opens-family-designed-
    …  spac.html">Children's Cancer Hospital Opens New Combination Inpatient and
72401  Outpatient Unit</a></li>
72402  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/06/ibrutinib-continues-strong-showing-against-mantle-cell-
    …  lymphoma.html">Ibrutinib continues strong showing against mantle cell
    …  lymphoma</a></li>
72403  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/06/scientists-catch-egfr-passing-a-crucial-message-to-cancer-
    …  promot.html">Scientists catch EGFR passing a crucial message to cancer-promoting
```

```
72403… protein</a></li>
72404  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/tips-to-plan-a-healthy-barbecue-infographic.html">Infographic
   …   : How to fill a healthy barbecue plate</a></li>
72405  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/cooper-university-health-care-and-md-anderson-cancer-center-
   …   anno.html">Cooper University Health Care and MD Anderson Cancer Center Announce
   …   Partnership</a></li>
72406  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/met-protein-levels-show-promise-as-biomarker-for-aggressive-
   …   colo.html">MET protein levels show promise as biomarker for aggressive colon
   …   cancer</a></li>
72407  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/test-helps-target-glioblastoma-patients-most-likely-to-
   …   benefit-f.html">Test helps target glioblastoma patients most likely to benefit from
   …   bevacizumab</a></li>
72408  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/bevacizumab-offers-no-benefit-for-newly-diagnosed-
   …   glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed glioblastoma,
   …   MD
72409  Anderson-led study finds</a></li>
72410  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/study-finds-glioblastoma-patients-treated-with-bevacizumab-
   …   exper.html">Study finds glioblastoma patients treated with bevacizumab experience
72411  reduced cognitive function and quality of life</a></li>
72412  </ul>
72413  </nav>
72414  </div>
72415  </section>
72416  </div>
72417  </div>
72418  </div></li>
72419  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/05.html">05</a>
72420  <div class="subnav-mask">
72421  <div class="subnav-wrapper">
72422  <div class="subnav col10 pad">
72423  <section class="nested">
72424  <div class="col4 main-column">
72425  <nav class="secondary">
72426  <ul>
72427  <li class="mobile-nav-back"><a href="/newsroom/2013/05.html" aria-label="Back to
   …   05">05</a></li>
72428  <li class="primary-nav-item">
72429  <a href="/newsroom/2013/05.html" aria-label="05 Home">05 Home</a></li>
72430  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/american-cancer-society-honors-isaiah-j--fidler-for-
   …   outstanding-.html">American Cancer Society honors Isaiah J. Fidler for outstanding
   …   research</a></li>
72431  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/colleen-villamin-claims--15000-nurse-oncologist-prize.html">
   …   Colleen Villamin claims $15,000 nurse-oncologist prize</a></li>
72432  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/when-oxygen-is-short-egfr-prevents-maturation-of-cancer-
   …   fighting.html">When oxygen is short, EGFR prevents maturation of cancer-fighting
   …   miRNAs</a></li>
72433  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/lyda-hill-commits--50-million-to-moon-shots-program.html">
   …   Lyda Hill commits $50 million to Moon Shots Program</a></li>
72434  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/higher-bmi-in-african-americans-linked-to-proximity-density-
   …   of-f.html">Lower-income African-Americans living close to a fast food restaurant
72435  may have higher BMI</a></li>
72436  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/new-department-focuses-on-emerging-field-of-health-services-
   …   rese.html">New department focuses on emerging field of health services
   …   research</a></li>
72437  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/key-protein-fires-up-central-nervous-system-inflammation.html
```

```
72437…    ">Key protein fires up central nervous system inflammation</a></li>
72438    </ul>
72439    </nav>
72440    </div>
72441    </section>
72442    </div>
72443    </div>
72444    </div></li>
72445    <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/04.html">04</a>
72446    <div class="subnav-mask">
72447    <div class="subnav-wrapper">
72448    <div class="subnav col10 pad">
72449    <section class="nested">
72450    <div class="col4 main-column">
72451    <nav class="secondary">
72452    <ul>
72453    <li class="mobile-nav-back"><a href="/newsroom/2013/04.html" aria-label="Back to
    …    04">04</a></li>
72454    <li class="primary-nav-item">
72455    <a href="/newsroom/2013/04.html" aria-label="04 Home">04 Home</a></li>
72456    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/mendelsohn-elected-to-american-academy-of-arts-and-sciences.
    …    html">MD Anderson's Mendelsohn elected to American Academy of Arts and
    …    Sciences</a></li>
72457    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/same-protein-that-fires-up-cancer-promoting-erk-also-blocks-
    …    its-.html">Same protein that fires up cancer-promoting Erk also blocks its
    …    activation</a></li>
72458    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/morelli-receives-aacr-fellowship-for-research-in-metastatic-
    …    colo.html">Maria Morelli awarded AACR fellowship for colorectal cancer
    …    research</a></li>
72459    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/physician-scientist-ethan-dmitrovsky-named-provost-and-
    …    executive.html">Physician-scientist Ethan Dmitrovsky named provost and executive vice
    …    president</a></li>
72460    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/runwalk-and-sprint-for-sprouts-set-for-may-4.html">Run/Walk
    …    and Sprint for Sprouts Set for May 4</a></li>
72461    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/t-cell-biology-pioneer-allison-wins-first-aacr-honor-for-
    …    cancer-.html">T cell biology pioneer Allison wins first AACR honor for cancer
    …    immunology</a></li>
72462    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/md-anderson-s-hortobagyi-honored-by-aacr-for-mentoring-
    …    minority-.html">MD Anderson's Hortobagyi honored by AACR for mentoring minority
    …    researchers</a></li>
72463    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/aacr-calls-for-clinicians-to-pay-more-attention-to-patients-
    …    toba.html">AACR calls for clinicians to pay more attention to patients' tobacco
    …    use</a></li>
72464    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/study-finds-key-to-calling-back-up-help-when-tumor-fighter-
    …    p53-g.html">Study finds key to calling back-up help when tumor-fighter p53 goes
    …    down</a></li>
72465    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/aacr-honors-hagop-kantarjian-for-outstanding-clinical-
    …    research.html">AACR Honors Hagop Kantarjian for outstanding clinical
    …    research</a></li>
72466    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/ut-md-anderson-s-lozano-awarded-aacr-charlotte-friend-
    …    memorial-l.html">UT MD Anderson's Lozano awarded AACR Charlotte Friend Memorial
    …    Lectureship</a></li>
72467    <li class="primary-nav-item"><a
    …    href="/newsroom/2013/04/md-anderson-s-tsai-wins-aacr-innovator-award-for-plan-to-map-
    …    mol.html">MD Anderson's Tsai wins AACR innovator award for plan to map molecular
72468    path to skin cancer</a></li>
72469    <li class="primary-nav-item"><a
```

```
72469… href="/newsroom/2013/04/return-of-a-legend-polo-on-the-prairie-rides-again-april-27.
    … html">Return of a legend: Polo on the Prairie rides again April 27</a></li>
72470 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/low-levels-of-serum-bilirubin-spell-higher-lung-cancer-risk-
    … for-.html">Low levels of serum bilirubin spell higher lung cancer risk for male
    … smokers</a></li>
72471 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/physician-scientist-anirban-maitra-brings-leading-expertise-
    … and-.html">Physican-Scientist Anirban Maitra brings leading expertise and passion
72472 for results to pancreatic cancer research leadership role at
72473 UT MD Anderson</a></li>
72474 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/kprc-s-randy-mcilvoy-to-interview-emmitt-smith.html">Sports
    … talk: KPRC's Randy McIlvoy to interview Emmitt Smith, pro
72475 football veteran</a></li>
72476 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/run-for-the-rose-returns-to-inspire-brain-cancer-patients-and
    … -un.html">Run for the Rose returns to inspire brain cancer patients and unite
72477 survivors from across Texas</a></li>
72478 </ul>
72479 </nav>
72480 </div>
72481 </section>
72482 </div>
72483 </div>
72484 </div></li>
72485 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/03.html">03</a>
72486 <div class="subnav-mask">
72487 <div class="subnav-wrapper">
72488 <div class="subnav col10 pad">
72489 <section class="nested">
72490 <div class="col4 main-column">
72491 <nav class="secondary">
72492 <ul>
72493 <li class="mobile-nav-back"><a href="/newsroom/2013/03.html" aria-label="Back to
    … 03">03</a></li>
72494 <li class="primary-nav-item">
72495 <a href="/newsroom/2013/03.html" aria-label="03 Home">03 Home</a></li>
72496 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/ronald-depinho-m-d--selected-for-prestigious-agilent-
    … technologie.html">Ronald DePinho, M.D., selected for prestigious Agilent Technologies
72497 Thought Leader Award</a></li>
72498 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/study-finds-anti-smoking-drug-improves-smokers-chances-of-
    … stoppi.html">Study finds anti-smoking drug improves smokers' chances of
    … stopping</a></li>
72499 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/five-from-md-anderson-among-first-inaugurated-to-aacr-academy
    … .html">Five from MD Anderson among first inaugurated to AACR Academy</a></li>
72500 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/ut-md-anderson-scientists-uncover-the-nuclear-life-of-actin.
    … html">UT MD Anderson scientists uncover the nuclear life of actin</a></li>
72501 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/dual-awards-pay-tribute-to-gender-equity-trailblazers.html">
    … Dual awards pay tribute to gender equity trailblazers</a></li>
72502 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/confidence-builds-better-exercise-habits.html">Study shows
    … confidence builds better exercise habits for cancer survivors</a></li>
72503 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/infographic-whole-grains-food.html">Infographic: Easy Ways to
    … Add Whole Grains</a></li>
72504 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/game-on-md-anderson-to-honor-pro-football-hall-of-famer-
    … emmitt-s.html">Game on: MD Anderson to honor Pro Football Hall of Famer Emmitt
    … Smith</a></li>
72505 <li class="primary-nav-item"><a
    … href="/newsroom/2013/03/cancer-vaccines-self-sabotage-channel-immune-attack-to-
    … injection.html">Cancer vaccines self-sabotage, channel immune attack to injection
```

```
72505… site</a></li>
72506 </ul>
72507 </nav>
72508 </div>
72509 </section>
72510 </div>
72511 </div>
72512 </div></li>
72513 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/02.html">02</a>
72514 <div class="subnav-mask">
72515 <div class="subnav-wrapper">
72516 <div class="subnav col10 pad">
72517 <section class="nested">
72518 <div class="col4 main-column">
72519 <nav class="secondary">
72520 <ul>
72521 <li class="mobile-nav-back"><a href="/newsroom/2013/02.html" aria-label="Back to
    … 02">02</a></li>
72522 <li class="primary-nav-item">
72523 <a href="/newsroom/2013/02.html" aria-label="02 Home">02 Home</a></li>
72524 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/polo-under-the-palms-sarasota.html">Keeping cancer on the
    … run: Polo Under the Palms rides again March 23</a></li>
72525 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/ut-md-anderson-study-shows-new-approach-connecting-smokers-to
    … -qu.html">UT MD Anderson study shows new approach connecting smokers to quit lines
72526 increases smoking cessation treatment enrollment</a></li>
72527 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/picture-this-imaging-pioneer-brings-ut-md-anderson-an-
    … innovative.html">Picture this: Imaging pioneer brings UT MD Anderson an innovative,
72528 collaborative focus on capturing cancer as complex system at
72529 home in its host</a></li>
72530 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/versatile-bench-to-bedside-scientist-research-leader-helen-
    … piwni.html">Versatile bench-to-bedside scientist, research leader Helen
72531 Piwnica-Worms appointed vice provost, science, at UT MD
72532 Anderson Cancer Center</a></li>
72533 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/infographic-healthy-cancer-fighting-snack.html">Infographic:
    … How to Make a Cancer-Fighting Snack</a></li>
72534 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/protein-central-to-cancer-stem-cell-formation-provides-new-
    … poten.html">Protein central to cancer stem cell formation provides new potential
    … target</a></li>
72535 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/deep-genomic-analysis-identifies-a-micro-rna-opponent-for-
    … ovaria.html">Deep genomic analysis identifies a micro RNA opponent for ovarian
    … cancer</a></li>
72536 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/synthetic-circuit-allows-dialing-gene-expression-up-or-down-
    … in-h.html">Synthetic circuit allows dialing gene expression up or down in human
    … cells</a></li>
72537 <li class="primary-nav-item"><a
    … href="/newsroom/2013/02/study-drug-is-first-to-help-patients-with-recurrent-low-grade
    … -ov.html">Study drug is first to help patients with recurrent low-grade ovarian
    … cancer</a></li>
72538 </ul>
72539 </nav>
72540 </div>
72541 </section>
72542 </div>
72543 </div>
72544 </div></li>
72545 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/01.html">01</a>
72546 <div class="subnav-mask">
72547 <div class="subnav-wrapper">
72548 <div class="subnav col10 pad">
72549 <section class="nested">
```

```
72550  <div class="col4 main-column">
72551  <nav class="secondary">
72552  <ul>
72553  <li class="mobile-nav-back"><a href="/newsroom/2013/01.html" aria-label="Back to
   …   01">01</a></li>
72554  <li class="primary-nav-item">
72555  <a href="/newsroom/2013/01.html" aria-label="01 Home">01 Home</a></li>
72556  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/blood-vessel-cells-coax-colorectal-cancer-cells-into-more-
   …   danger.html">Blood vessel cells coax colorectal cancer cells into more dangerous
   …   state</a></li>
72557  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/preclinical-study-identifies--master--proto-oncogene-that-
   …   regula.html">Preclinical study identifies 'master' proto-oncogene that
72558  regulates stress-induced ovarian cancer metastasis</a></li>
72559  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/pivotal-protein-identified-in-fibrosis.html">Pivotal protein
   …   identified in 'endless wound-healing' that
72560  fatally scars kidneys</a></li>
72561  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/ut-md-anderson-study-finds-qigong-improves-quality-of-life-
   …   for-b.html">UT MD Anderson study finds qigong improves quality of life for breast
72562  cancer patients undergoing radiation therapy</a></li>
72563  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/synthetic-corkscrew-peptide-kills-antibiotic-resistant-gram-
   …   nega.html">Synthetic corkscrew peptide kills antibiotic-resistant Gram-negative
   …   bacteria</a></li>
72564  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/ut-md-anderson-scientists-find-protein-that-reins-in-runaway-
   …   net.html">UT MD Anderson scientists find protein that reins in runaway
   …   network</a></li>
72565  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/md-anderson-presents-making-cancer-history-.html">MD Anderson
   …   presents Making Cancer History®</a></li>
72566  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/project-to-capture-interrogate-single-cancer-cells-wins-
   …   innovato.html">Project to capture, interrogate single cancer cells wins innovator
   …   award</a></li>
72567  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/01/expanding-program-tackles-emerging-area-of-health-care-
   …   research.html">Expanding Program Tackles Emerging Area of Health Care
   …   Research</a></li>
72568  </ul>
72569  </nav>
72570  </div>
72571  </section>
72572  </div>
72573  </div>
72574  </div></li>
72575  </ul>
72576  </nav>
72577  </div>
72578  </section>
72579  </div>
72580  </div>
72581  </div></li>
72582  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012.html">2012</a>
72583  <div class="subnav-mask">
72584  <div class="subnav-wrapper">
72585  <div class="subnav col10 pad">
72586  <section class="nested">
72587  <div class="col4 main-column">
72588  <nav class="secondary">
72589  <ul>
72590  <li class="mobile-nav-back"><a href="/newsroom/2012.html" aria-label="Back to
   …   2012">2012</a></li>
72591  <li class="primary-nav-item">
72592  <a href="/newsroom/2012.html" aria-label="2012 Home">2012 Home</a></li>
```

```
72593 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/12.html">12</a>
72594 <div class="subnav-mask">
72595 <div class="subnav-wrapper">
72596 <div class="subnav col10 pad">
72597 <section class="nested">
72598 <div class="col4 main-column">
72599 <nav class="secondary">
72600 <ul>
72601 <li class="mobile-nav-back"><a href="/newsroom/2012/12.html" aria-label="Back to
    … 12">12</a></li>
72602 <li class="primary-nav-item">
72603 <a href="/newsroom/2012/12.html" aria-label="12 Home">12 Home</a></li>
72604 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/options-increase-for-cml-patients-failed-by-existing-drugs.
    … html">Options increase for CML patients failed by existing drugs</a></li>
72605 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/ibrutinib-has--unprecedented--impact-on-mantle-cell-lymphoma.
    … html">Ibrutinib has 'unprecedented' impact on mantle cell lymphoma</a></li>
72606 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/healthy-bites-nutrition-challenge.html">Resolve to take
    … Healthy Bites in 2013</a></li>
72607 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/pre-transplant-umbilical-cord-blood-expansion-in-lab-speeds-
    … esta.html">Pre-transplant umbilical cord blood expansion in lab speeds
72608 establishment of new blood supply in patients, reducing
72609 high-risk time to recovery</a></li>
72610 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/ut-md-anderson-researcher-slated-to-lead-immunology-
    … translationa.html">MD Anderson researcher slated to lead Immunology Translational
    … Research
72611 Dream Team</a></li>
72612 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/weekly-dose-reduces-targeted-drug-s-side-effects-but-not-its-
    … act.html">Weekly dose reduces targeted drug's side effects, but not its activity
72613 against acute lymphocytic leukemia</a></li>
72614 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/drug-combination-acts-against-aggressive-chronic-lymphocytic-
    … leu.html">Drug combination acts against aggressive chronic lymphocytic
    … leukemia</a></li>
72615 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/ut-md-anderson-glaxosmithkline-to-collaborate-on-new-approach
    … -to.html">UT MD Anderson, GlaxoSmithKline to collaborate on new approach to cancer
72616 immune therapy; success could earn cancer center $335
72617 million plus royalties</a></li>
72618 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/ut-md-anderson-study-finds-link-between-statins-and-improved-
    … sur.html">UT MD Anderson study finds link between statins and improved survival in
72619 inflammatory breast cancer</a></li>
72620 <li class="primary-nav-item"><a
    … href="/newsroom/2012/12/african-american-women-with-breast-cancer-less-likely-to-have
    … -ne.html">African American women with breast cancer less likely to have newer,
72621 recommended surgical procedure</a></li>
72622 </ul>
72623 </nav>
72624 </div>
72625 </section>
72626 </div>
72627 </div>
72628 </div></li>
72629 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/11.html">11</a>
72630 <div class="subnav-mask">
72631 <div class="subnav-wrapper">
72632 <div class="subnav col10 pad">
72633 <section class="nested">
72634 <div class="col4 main-column">
72635 <nav class="secondary">
72636 <ul>
72637 <li class="mobile-nav-back"><a href="/newsroom/2012/11.html" aria-label="Back to
```

```
72637…  11"></a></li>
72638  <li class="primary-nav-item">
72639  <a href="/newsroom/2012/11.html" aria-label="11 Home">11 Home</a></li>
72640  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/md-anderson-scientists-clinicians-elected-to-aaas.html">MD
    …  Anderson scientists, clinicians named to elite scientific group</a></li>
72641  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/patients-with-relapsed-or-resistant-cml-respond-to-ponatinib.
    …  html">Ponatinib acts against the most resistant types of chronic myeloid
    …  leukemia</a></li>
72642  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/mexico-texas-institutions-unite-to-wage-war-on-tobacco.html">
    …  Mexico, Texas institutions unite to wage war on tobacco</a></li>
72643  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/metabolic-protein-launches-sugar-feast-that-nurtures-brain-
    …  tumor.html">Metabolic protein launches sugar feast that nurtures brain
    …  tumors</a></li>
72644  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/american-cancer-society-honors-waun-ki-hong-for-outstanding-
    …  clin.html">American Cancer Society Honors Waun Ki Hong for outstanding clinical
    …  research</a></li>
72645  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/cancer-fighting-holiday-foods.html">Cancer-Fighting Holiday
    …  Foods</a></li>
72646  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/james-allison--immunotherapy--immune-system--cancer.html">
    …  Cancer Pioneer James Allison Leads MD Anderson Immunotherapy Efforts</a></li>
72647  </ul>
72648  </nav>
72649  </div>
72650  </section>
72651  </div>
72652  </div>
72653  </div></li>
72654  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/10.html">10</a>
72655  <div class="subnav-mask">
72656  <div class="subnav-wrapper">
72657  <div class="subnav col10 pad">
72658  <section class="nested">
72659  <div class="col4 main-column">
72660  <nav class="secondary">
72661  <ul>
72662  <li class="mobile-nav-back"><a href="/newsroom/2012/10.html" aria-label="Back to
    …  10">10</a></li>
72663  <li class="primary-nav-item">
72664  <a href="/newsroom/2012/10.html" aria-label="10 Home">10 Home</a></li>
72665  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/belfer-gift-creates-consortium-targeting-neurodegenerative-
    …  disea.html">Belfer gift creates consortium targeting neurodegenerative
    …  diseases</a></li>
72666  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/proton-therapy-treatment-preserves-quality-of-life-for-men-
    …  with-.html">Proton therapy treatment preserves quality of life for men with prostate
    …  cancer</a></li>
72667  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/chemotherapy-side-effects--chemotherapy--heart-failure.html">
    …  Key discovered to how chemotherapy drug causes heart failure</a></li>
72668  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
    …  members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
    …  members</a></li>
72669  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/depression-shortened-telomeres-increase-mortality-in-bladder-
    …  can.html">Depression, shortened telomeres increase mortality in bladder cancer
    …  patients</a></li>
72670  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/common-medical-screen-predicts-liver-cancer-risk-in-general-
    …  popu.html">Common medical screen predicts liver cancer risk in general
```

```
72670… population.</a></li>
72671  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/institute-of-medicine-elects-lynda-chin-to-membership.html">
    …  Institute of Medicine Elects Lynda Chin to Membership</a></li>
72672  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/md-anderson-launches-online-healthy-cookbook-for-families.
    …  html">MD Anderson launches online healthy cookbook for families</a></li>
72673  </ul>
72674  </nav>
72675  </div>
72676  </section>
72677  </div>
72678  </div>
72679  </div></li>
72680  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/09.html">09</a>
72681  <div class="subnav-mask">
72682  <div class="subnav-wrapper">
72683  <div class="subnav col10 pad">
72684  <section class="nested">
72685  <div class="col4 main-column">
72686  <nav class="secondary">
72687  <ul>
72688  <li class="mobile-nav-back"><a href="/newsroom/2012/09.html" aria-label="Back to
    …  09">09</a></li>
72689  <li class="primary-nav-item">
72690  <a href="/newsroom/2012/09.html" aria-label="09 Home">09 Home</a></li>
72691  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/ut-md-anderson-s-pam-redden-honored-for-excellence-in-
    …  administra.html">UT MD Anderson's Pam Redden honored for excellence in
    …  administration</a></li>
72692  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/lifr-protein-suppresses-breast-cancer-metastasis.html">LIFR
    …  protein suppresses breast cancer metastasis</a></li>
72693  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/ut-md-anderson-cancer-center-launches-unprecedented-moon-
    …  shots-p.html">UT MD Anderson Cancer Center Launches Unprecedented Moon Shots
    …  Program</a></li>
72694  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/drug-combination-against-nras-mutant-melanoma-discovered.html
    …  ">Drug combination against NRAS-mutant melanoma discovered</a></li>
72695  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/ut-md-anderson-fun-run-goes-dark-to-highlight-importance-of-
    …  skin.html">UT MD Anderson fun run goes dark to highlight importance of skin cancer
    …  prevention</a></li>
72696  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/md-anderson-hosts-free-prostate-health-conference-on-sept--22
    …  .html">MD Anderson Hosts Free Prostate Health Conference on Sept. 22</a></li>
72697  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/09/study-finds-biologic-therapies-for-rheumatoid-arthritis-not-
    …  asso.html">UT MD Anderson study finds biologic therapies for rheumatoid arthritis
72698  not associated with increased cancer risk</a></li>
72699  </ul>
72700  </nav>
72701  </div>
72702  </section>
72703  </div>
72704  </div>
72705  </div></li>
72706  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/08.html">08</a>
72707  <div class="subnav-mask">
72708  <div class="subnav-wrapper">
72709  <div class="subnav col10 pad">
72710  <section class="nested">
72711  <div class="col4 main-column">
72712  <nav class="secondary">
72713  <ul>
72714  <li class="mobile-nav-back"><a href="/newsroom/2012/08.html" aria-label="Back to
    …  08">08</a></li>
```

```
72715 <li class="primary-nav-item">
72716 <a href="/newsroom/2012/08.html" aria-label="08 Home">08 Home</a></li>
72717 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/08/metabolic-protein-wields-phosphate-group-to-activate-cancer-
  ... prom.html">Metabolic protein wields phosphate group to activate cancer-promoting
  ... genes</a></li>
72718 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/08/dna-deletions-promote-cancer-collateral-damage-makes-it-
  ... vulnerab.html">DNA deletions promote cancer, collateral damage makes it
  ... vulnerable</a></li>
72719 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/08/early-stage-breast-cancer-patients-may-benefit-from-radiation
  ... -af.html">UT MD Anderson study finds that majority of older, early-stage breast
72720 cancer patients may benefit from radiation after lumpectomy</a></li>
72721 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/08/study-finds-link-between-depressive-symptoms-and-cancer-
  ... survival.html">UT MD Anderson study finds link between depressive symptoms and cancer
  ... survival</a></li>
72722 </ul>
72723 </nav>
72724 </div>
72725 </section>
72726 </div>
72727 </div>
72728 </div></li>
72729 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/07.html">07</a>
72730 <div class="subnav-mask">
72731 <div class="subnav-wrapper">
72732 <div class="subnav col10 pad">
72733 <section class="nested">
72734 <div class="col4 main-column">
72735 <nav class="secondary">
72736 <ul>
72737 <li class="mobile-nav-back"><a href="/newsroom/2012/07.html" aria-label="Back to
  ... 07">07</a></li>
72738 <li class="primary-nav-item">
72739 <a href="/newsroom/2012/07.html" aria-label="07 Home">07 Home</a></li>
72740 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/07/scientists-discover-melanoma-driving-genetic-changes-caused-
  ... by-s.html">Scientists discover melanoma-driving genetic changes caused by sun
  ... damage</a></li>
72741 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/07/ut-md-anderson-named-nation-s-top-hospital-for-cancer-in-u-s-
  ... -ne.html">UT MD Anderson named nation's top hospital for cancer in U.S. News
72742 &amp; World Report survey</a></li>
72743 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/07/md-anderson-and-the-polish-center-of-translational-chemistry-
  ... bio.html">MD Anderson and the Polish Center of Translational Chemistry, Biology
72744 and Medicine become Sister Institutions</a></li>
72745 <li class="primary-nav-item"><a
  ... href="/newsroom/2012/07/nursing-leader-named-fellow-in-american-academy-of-nurse-
  ... practit.html">Nursing Leader Named Fellow in American Academy of Nurse
  ... Practitioners</a></li>
72746 </ul>
72747 </nav>
72748 </div>
72749 </section>
72750 </div>
72751 </div>
72752 </div></li>
72753 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/06.html">06</a>
72754 <div class="subnav-mask">
72755 <div class="subnav-wrapper">
72756 <div class="subnav col10 pad">
72757 <section class="nested">
72758 <div class="col4 main-column">
72759 <nav class="secondary">
72760 <ul>
```

```
72761 <li class="mobile-nav-back"><a href="/newsroom/2012/06.html" aria-label="Back to
   ⋯ 06">06</a></li>
72762 <li class="primary-nav-item">
72763 <a href="/newsroom/2012/06.html" aria-label="06 Home">06 Home</a></li>
72764 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/legacy-of-educator-activist-lives-on-at-health-disparities-
   ⋯ resea.html">Legacy of educator, activist lives on at health disparities research
   ⋯ center</a></li>
72765 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/ut-md-anderson-study-develops-clinical-tool-to-predict-
   ⋯ radiation.html">UT MD Anderson study develops clinical tool to predict radiation
   ⋯ benefit
72766 for older women with breast cancer</a></li>
72767 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/ut-md-anderson-cancer-center-signs-collaborative-agreement-
   ⋯ with-.html">UT MD Anderson Cancer Center signs collaborative agreement with Turkish
   ⋯ University</a></li>
72768 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/grb2-holds-powerful-molecular-signaling-pathway-in-check.html
   ⋯ ">Grb2 Holds Powerful Molecular Signaling Pathway in Check</a></li>
72769 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/author-activist-susan-garrett-baker-headlines-cancer-
   ⋯ survivorshi.html">Author, Activist Susan Garrett Baker Headlines Cancer Survivorship
72770 Conference Sept. 14-15</a></li>
72771 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/preclinical-research-shows-normal-gene-hinders-breast-cancer-
   ⋯ che.html">Preclinical research shows normal gene hinders breast cancer
   ⋯ chemotherapy</a></li>
72772 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/claudine-jreissaty-claims-ut-md-anderson-s-highest-nurse-
   ⋯ oncolog.html">Claudine Jreissaty claims UT MD Anderson's highest nurse-oncologist
   ⋯ honor</a></li>
72773 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/06/md-anderson-research-finds-predictive-value-of-circulating-
   ⋯ tumor.html">UT MD Anderson research finds predictive value of circulating tumor
72774 cells in early stage breast cancer</a></li>
72775 </ul>
72776 </nav>
72777 </div>
72778 </section>
72779 </div>
72780 </div>
72781 </div></li>
72782 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/05.html">05</a>
72783 <div class="subnav-mask">
72784 <div class="subnav-wrapper">
72785 <div class="subnav col10 pad">
72786 <section class="nested">
72787 <div class="col4 main-column">
72788 <nav class="secondary">
72789 <ul>
72790 <li class="mobile-nav-back"><a href="/newsroom/2012/05.html" aria-label="Back to
   ⋯ 05">05</a></li>
72791 <li class="primary-nav-item">
72792 <a href="/newsroom/2012/05.html" aria-label="05 Home">05 Home</a></li>
72793 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/05/media-statement-from-the-university-of-texas-md-anderson-
   ⋯ cancer-.html">MD Anderson Media Statement: CPRIT</a></li>
72794 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/05/skp2-activates-cancer-promoting-glucose-processing-akt.html">
   ⋯ Skp2 activates cancer-promoting, glucose-processing Akt</a></li>
72795 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/05/a-conversation-with-a-living-legend--sponsors-lead-23rd-
   ⋯ annual-f.html">A Conversation With A Living Legend® sponsors lead 23rd annual
72796 fundraising efforts for UT MD Anderson Cancer Center</a></li>
72797 <li class="primary-nav-item"><a
   ⋯ href="/newsroom/2012/05/phase-i-clinical-trial-shows-drug-shrinks-melanoma-brain-
   ⋯ metasta.html">Phase I Clinical Trial Shows Drug Shrinks Melanoma Brain
```

```
72797… Metastases</a></li>
72798 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/hybrid-vaccine-demonstrates-potential-to-prevent-breast-
    … cancer-r.html">Hybrid vaccine demonstrates potential to prevent breast cancer
    … recurrence</a></li>
72799 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/scientists-discover-marker-to-identify-attack-breast-cancer-
    … stem.html">Scientists Discover Marker to Identify, Attack Breast Cancer Stem
    … Cells</a></li>
72800 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/md-anderson-in-sugar-land-adds-specialist-in-prostate-
    … genitourin.html">MD Anderson in Sugar Land Adds Specialist in Prostate, Genitourinary
    … Cancers</a></li>
72801 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/md-anderson-in-katy-adds-specialist-in-prostate-genitourinary
    … -ca.html">MD Anderson in Katy Adds Specialist in Prostate, Genitourinary
    … Cancers</a></li>
72802 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/ut-md-anderson-cancer-center-hosts-annual-global-conference-
    … in-n.html">UT MD Anderson Cancer Center Hosts Annual Global Conference in
    … Norway</a></li>
72803 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/ut-md-anderson-cancer-center-and-norwegian-cancer-consortium-
    … ren.html">UT MD Anderson Cancer Center and Norwegian Cancer Consortium Renew
    … Collaboration</a></li>
72804 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/sunscreen-rules-changes-simplify-label-language.html">
    … Sunscreen Rules: Changes Simplify Label Language</a></li>
72805 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/scientists-identify-prostate-cancer-stem-cells-among-low-psa-
    … cel.html">Scientists Identify Prostate Cancer Stem Cells Among Low-PSA Cells</a></li>
72806 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/apbi-brachytherapy-associated-with-higher-rate-of-later-
    … mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
72807 Increased Toxicities, and Post-Operative Complications,
72808 Compared to Traditional Radiation Therapy in Women with
72809 Early Breast Cancer</a></li>
72810 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/greta-van-susteren-to-interview-former-british-prime-minister
    … -to.html">Greta Van Susteren to Interview Former British Prime Minister Tony Blair
72811 at UT MD Anderson Cancer Center Fundraiser in Dallas</a></li>
72812 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/ut-md-anderson-president-ronald-depinho-elected-to-national-
    … acad.html">UT MD Anderson President Ronald DePinho Elected to National Academy of
    … Sciences</a></li>
72813 </ul>
72814 </nav>
72815 </div>
72816 </section>
72817 </div>
72818 </div>
72819 </div></li>
72820 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/04.html">04</a>
72821 <div class="subnav-mask">
72822 <div class="subnav-wrapper">
72823 <div class="subnav col10 pad">
72824 <section class="nested">
72825 <div class="col4 main-column">
72826 <nav class="secondary">
72827 <ul>
72828 <li class="mobile-nav-back"><a href="/newsroom/2012/04.html" aria-label="Back to
    … 04">04</a></li>
72829 <li class="primary-nav-item">
72830 <a href="/newsroom/2012/04.html" aria-label="04 Home">04 Home</a></li>
72831 <li class="primary-nav-item"><a
    … href="/newsroom/2012/04/mutant-kras-drives-pancreatic-cancer-maintenance-via-
    … metabolic-p.html">Mutant Kras Drives Pancreatic Cancer Maintenance via Metabolic
    … Pathways</a></li>
```

```
72832  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/md-anderson-dermatologist-stays-close-to-home-to-see-patients
   …   .html">MD Anderson Dermatologist Stays Close to Home to See Patients</a></li>
72833  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/md-anderson-provides-free-skin-cancer-exams-may-5.html">MD
   …   Anderson Provides Free Skin Cancer Exams May 5</a></li>
72834  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/ut-md-anderson-cancer-center-announces-agreement-with-
   …   hospital-i.html">UT MD Anderson Cancer Center Announces Agreement with Hospital
   …   Israelita
   …   Albert Einstein</a></li>
72835  <li class="primary-nav-item"><a
72836  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/scientists-target-cell-organelles-with-iphage-technology.html
   …   ">Scientists target cell organelles with iPhage technology</a></li>
72837  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/new-nutrition-worksheets-for-african-american-hispanic-and-
   …   vietn.html">New Nutrition Worksheets for African American, Hispanic and Vietnamese
   …   Populations</a></li>
72838  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/ut-md-anderson-sprint-for-life-may-5-to-honor-ovarian-cancer-
   …   sur.html">UT MD Anderson Sprint for Life May 5 to Honor Ovarian Cancer
   …   Survivors</a></li>
72839  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/ut-md-anderson-study-finds-cancer-related-pain-often-
   …   undertreate.html">UT MD Anderson Study Finds Cancer Related Pain Often Undertreated;
72840  Minorities Twice as Likely Not To Receive Appropriate Analgesics</a></li>
72841  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/free-head-and-neck-cancer-screening-exams.html">Free Head and
   …   Neck Cancer Screening Exams</a></li>
72842  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/chukkers-against-cancer-polo-on-the-prairie-set-for-april-28.
   …   html">Chukkers Against Cancer: Polo on the Prairie Set for April 28</a></li>
72843  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/cancer-fighting-springtime-fruits-and-vegetables.html">5
   …   Cancer-Fighting Springtime Fruits and Veggies</a></li>
72844  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/04/pi3kmtor-pathway-proteins-tied-to-poor-prognosis-in-breast-
   …   cance.html">PI3K/mTOR Pathway Proteins Tied to Poor Prognosis in Breast
   …   Cancer</a></li>
72845  </ul>
72846  </nav>
72847  </div>
72848  </section>
72849  </div>
72850  </div>
72851  </div></li>
72852  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/03.html">03</a>
72853  <div class="subnav-mask">
72854  <div class="subnav-wrapper">
72855  <div class="subnav col10 pad">
72856  <section class="nested">
72857  <div class="col4 main-column">
72858  <nav class="secondary">
72859  <ul>
72860  <li class="mobile-nav-back"><a href="/newsroom/2012/03.html" aria-label="Back to
   …   03">03</a></li>
72861  <li class="primary-nav-item">
72862  <a href="/newsroom/2012/03.html" aria-label="03 Home">03 Home</a></li>
72863  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/two-targeted-therapies-act-against-ewing-s-sarcoma-tumors.
   …   html">Two Targeted Therapies Act Against Ewing's Sarcoma Tumors</a></li>
72864  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/ut-md-anderson-patient-colorectal-cancer-not-just-for-those-
   …   50-a.html">UT MD Anderson Patient: Colorectal Cancer Not Just For Those 50 and
   …   Older</a></li>
72865  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/att-s--1-million-contribution-to-seed-telesurgery-program.
   …   html">AT&amp;T's $1 Million Contribution to Seed Telesurgery Program</a></li>
```

```
72866  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/kripke-legend-award-salutes-nancy-hopkins-of-mit.html">Kripke
   …   Legend Award Salutes Nancy Hopkins of MIT</a></li>
72867  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/scientists-link-two-cancer-promoting-pathways-in-esophageal-
   …   canc.html">Scientists Link Two Cancer-Promoting Pathways in Esophageal
   …   Cancer</a>>li>
72868  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/breast-surgeon-brings-specialty-to-md-anderson-in-katy.html">
   …   Breast Surgeon Brings Specialty to MD Anderson in Katy</a></li>
72869  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/run-for-the-rose-celebrates-tenth-anniversary-of-supporting-
   …   canc.html">Run for the Rose Celebrates Tenth Anniversary of Supporting Cancer
72870  Research and Children's Health in Houston</a></li>
72871  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/03/back-in-the-saddle-polo-under-the-palms-returns-to-sarasota-
   …   marc.html">Back in the Saddle: Polo Under the Palms Returns to Sarasota March
   …   24</a></li>
72872  </ul>
72873  </nav>
72874  </div>
72875  </section>
72876  </div>
72877  </div>
72878  </div></li>
72879  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/02.html">02</a>
72880  <div class="subnav-mask">
72881  <div class="subnav-wrapper">
72882  <div class="subnav col10 pad">
72883  <section class="nested">
72884  <div class="col4 main-column">
72885  <nav class="secondary">
72886  <ul>
72887  <li class="mobile-nav-back"><a href="/newsroom/2012/02.html" aria-label="Back to
   …   02">02</a></li>
72888  <li class="primary-nav-item">
72889  <a href="/newsroom/2012/02.html" aria-label="02 Home">02 Home</a></li>
72890  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/drug-improves-survival-and-quality-of-life-for-people-with-
   …   myelo.html">Drug Improves Survival and Quality of Life for People with
   …   Myelofibrosis</a></li>
72891  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/aurora-a-hinders-tumor-suppressor-to-allow-chemotherapy-
   …   resistan.html">Aurora-A Hinders Tumor-Suppressor to Allow Chemotherapy
   …   Resistance</a></li>
72892  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/telomere-failure-telomerase-activation-drive-prostate-cancer-
   …   pro.html">Telomere Failure, Telomerase Activation Drive Prostate Cancer
   …   Progression</a></li>
72893  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/blocking-telomerase-kills-cancer-but-provokes-progression.
   …   html">Blocking Telomerase Kills Cancer Cells but Provokes Resistance,
   …   Progression</a></li>
72894  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/reformulated-imatinib-eliminates-morphine-tolerance-in-lab-
   …   studi.html">Reformulated Imatinib Eliminates Morphine Tolerance in Lab
   …   Studies</a></li>
72895  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/study-explains-high-platelets-in-ovarian-cancer-patients--
   …   surviv.html">Study Explains High Platelets in Ovarian Cancer Patients; Survival
   …   Reduced</a></li>
72896  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/fetal-exposure-to-radiation-increases-risk-of-testicular-
   …   cancer.html">Fetal Exposure to Radiation Increases Risk of Testicular Cancer</a></li>
72897  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/ut-md-anderson-facility-named-in-honor-of-john-mendelsohn-m-d
   …   -.html">John Mendelsohn Faculty Center Pays Tribute to Institution's Third
72898  Full-Time President</a></li>
```

```
72899  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/move-in-minutes---smart-tips-to-minimize-sitting.html">Move
   …   in Minutes: Smart Tips to Minimize Sitting</a></li>
72900  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/ut-md-anderson-texas-am-team-up-to-treat-canine-lymphoma.html
   …   ">UT MD Anderson, Texas A&amp;M Team Up to Treat Canine Lymphoma</a></li>
72901  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/ut-md-anderson-regional-care-center-in-the-bay-area-now-
   …   offers-s.html">UT MD Anderson Regional Care Center in the Bay Area Now Offers
   …   Surgery</a></li>
72902  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/susan-hoover-m-d--brings-breast-surgical-specialty-to-ut-md-
   …   ande.html">Susan Hoover, M.D., Brings Breast Surgical Specialty to UT MD Anderson
72903  Regional Care Center in Sugar Land</a></li>
72904  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/02/ut-md-anderson-article-offers-one-roadmap-for-defining-value-
   …   in-.html">UT MD Anderson Article Offers One Roadmap for Defining Value in Health
72905  Care, Earns National Award from Leading Journal</a></li>
72906  </ul>
72907  </nav>
72908  </div>
72909  </section>
72910  </div>
72911  </div>
72912  </div></li>
72913  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/01.html">01</a>
72914  <div class="subnav-mask">
72915  <div class="subnav-wrapper">
72916  <div class="subnav col10 pad">
72917  <section class="nested">
72918  <div class="col4 main-column">
72919  <nav class="secondary">
72920  <ul>
72921  <li class="mobile-nav-back"><a href="/newsroom/2012/01.html" aria-label="Back to
   …   01">01</a></li>
72922  <li class="primary-nav-item">
72923  <a href="/newsroom/2012/01.html" aria-label="01 Home">01 Home</a></li>
72924  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/01/sumo-snipping-protein-plays-crucial-role-in-t-and-b-cell-
   …   develop.html">SUMO-Snipping Protein Plays Crucial Role in T and B Cell
   …   Development</a></li>
72925  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/01/mutated-kras-spins-a-molecular-loop-that-launches-pancreatic-
   …   can.html">Mutated Kras Spins a Molecular Loop that Launches Pancreatic
   …   Cancer</a></li>
72926  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/01/inflammatory-mediator-promotes-colorectal-cancer-by-stifling-
   …   pro.html">Inflammatory Mediator Promotes Colorectal Cancer by Stifling Protective
   …   Genes</a></li>
72927  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/01/md-anderson-brings-free-making-cancer-history-seminar--to-
   …   west-p.html">MD Anderson Brings Free Making Cancer History Seminar® to West Palm
   …   Beach</a></li>
72928  <li class="primary-nav-item"><a
   …   href="/newsroom/2012/01/cancer-symptoms-in-women--gynecologic-cancer-symptoms.html">
   …   10 Gynecologic Cancer Symptoms Women Shouldn't Ignore</a></li>
72929  </ul>
72930  </nav>
72931  </div>
72932  </section>
72933  </div>
72934  </div>
72935  </div></li>
72936  </ul>
72937  </nav>
72938  </div>
72939  </section>
72940  </div>
```

```
72941  </div>
72942  </div></li>
72943  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011.html">2011</a>
72944  <div class="subnav-mask">
72945  <div class="subnav-wrapper">
72946  <div class="subnav col10 pad">
72947  <section class="nested">
72948  <div class="col4 main-column">
72949  <nav class="secondary">
72950  <ul>
72951  <li class="mobile-nav-back"><a href="/newsroom/2011.html" aria-label="Back to
    …  2011">2011</a></li>
72952  <li class="primary-nav-item">
72953  <a href="/newsroom/2011.html" aria-label="2011 Home">2011 Home</a></li>
72954  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/12.html">12</a>
72955  <div class="subnav-mask">
72956  <div class="subnav-wrapper">
72957  <div class="subnav col10 pad">
72958  <section class="nested">
72959  <div class="col4 main-column">
72960  <nav class="secondary">
72961  <ul>
72962  <li class="mobile-nav-back"><a href="/newsroom/2011/12.html" aria-label="Back to
    …  12">12</a></li>
72963  <li class="primary-nav-item">
72964  <a href="/newsroom/2011/12.html" aria-label="12 Home">12 Home</a></li>
72965  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/networks-conspire-to-promote-cancer.html">Previously
    …  Unconnected Molecular Networks Conspire to Promote Cancer</a></li>
72966  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/sir-richard-branson-miles-obrien-interview-to-benefit-ut-md-
    …  ande.html">Sir Richard Branson, Miles O'Brien Interview to Benefit UT MD
    …  Anderson</a></li>
72967  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/ut-md-anderson-releases-annual-holiday-artwork-created-by-
    …  young-.html">UT MD Anderson Releases Annual Holiday Artwork Created By Young Cancer
    …  Patients</a></li>
72968  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/prognostic-model-developed-for-mds-related-to-prior-cancer-
    …  thera.html">Prognostic Model Developed for MDS Related to Prior Cancer
    …  Therapy</a></li>
72969  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/aml-patients-have-high-response-rate-with-vorinostat-added-to
    …  -tr.html">AML Patients Have High Response Rate with Vorinostat Added to
    …  Treatment</a></li>
72970  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/b-cell-receptor-inhibitor-causes-chronic-lymphocytic-leukemia
    …  -re.html">B Cell Receptor Inhibitor Causes Chronic Lymphocytic Leukemia
    …  Remission</a></li>
72971  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/combination-of-everolimus-and-exemestane-improves-progression
    …  -fr.html">Combination of Everolimus and Exemestane Improves Progression-Free
72972  Survival for Women with Metastatic Breast Cancer</a></li>
72973  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/apbi-brachytherapy-associated-with-higher-rate-of-later-
    …  mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
72974  Increased Toxicities, and Post-Operative Complications,
72975  Compared to Traditional Radiation Therapy in Women with
72976  Early Breast Cancer</a></li>
72977  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/md-anderson-a-conversation-with-a-living-legend-in-dallas-
    …  honors.html">MD Anderson A Conversation With a Living Legend in Dallas Honors Sir
72978  Richard Branson</a></li>
72979  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/12/holiday-leftovers-tips-to-avoid-weight-gain.html">Holiday
    …  Leftovers: Smart Tips to Control Overeating</a></li>
72980  </ul>
72981  </nav>
```

```
72982 </div>
72983 </section>
72984 </div>
72985 </div>
72986 </div></li>
72987 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/11.html">11</a>
72988 <div class="subnav-mask">
72989 <div class="subnav-wrapper">
72990 <div class="subnav col10 pad">
72991 <section class="nested">
72992 <div class="col4 main-column">
72993 <nav class="secondary">
72994 <ul>
72995 <li class="mobile-nav-back"><a href="/newsroom/2011/11.html" aria-label="Back to
    … 11">11</a></li>
72996 <li class="primary-nav-item">
72997 <a href="/newsroom/2011/11.html" aria-label="11 Home">11 Home</a></li>
72998 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/everolimus-prolongs-progression.html">Everolimus Prolongs
    … Progression-Free Survival for Patients with
72999 Neuroendocrine Tumors</a></li>
73000 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/ut-md-anderson-creates-institute-to-accelerate-cancer-drug-
    … devel.html">UT MD Anderson Creates Institute to Accelerate Cancer Drug
    … Development</a></li>
73001 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/md-anderson-cancer-center-board-of-visitors-welcomes-new-
    … members.html">MD Anderson Cancer Center Board of Visitors Welcomes New
    … Members</a></li>
73002 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/tamoxifen-side-effects-in-male-breast-cancer-patients.html">
    … Tamoxifen Causes Significant Side Effects in Male Breast Cancer Patients</a></li>
73003 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/a-conversation-with-a-living-legend-.html">UT MD Anderson
    … Slates San Antonio A Conversation With a Living Legend®</a></li>
73004 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/ut-md-anderson-study-finds-acupuncture-can-prevent-radiation-
    … ind.html">UT MD Anderson Study Finds Acupuncture Can Prevent Radiation-Induced
73005 Chronic Dry Mouth</a></li>
73006 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/obese-monkeys-lose-weight-on-drug-that-attacks-blood-supply-
    … of-f.html">Obese Monkeys Lose Weight on Drug that Attacks Blood Supply of Fat
    … Cells</a></li>
73007 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/ut-md-anderson-study-finds-advances-in-breast-cancer-don-t-
    … exten.html">UT MD Anderson Study Finds Advances in Breast Cancer Don't Extend to
73008 Older Women</a></li>
73009 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/infographic-how-to-carve-up-thanksgiving-calories.html">
    … Infographic: How to Carve Up Thanksgiving Calories</a></li>
73010 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/metabolic-protein-plays-unexpected-role-in-tumor-cell-
    … formation-.html">Metabolic Protein Plays Unexpected Role in Tumor Cell Formation and
    … Growth</a></li>
73011 <li class="primary-nav-item"><a
    … href="/newsroom/2011/11/md-anderson-and-king-hussein-cancer-center-sign-sister-
    … instituti.html">MD Anderson and King Hussein Cancer Center Sign Sister Institution
    … Agreement</a></li>
73012 </ul>
73013 </nav>
73014 </div>
73015 </section>
73016 </div>
73017 </div>
73018 </div></li>
73019 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/10.html">10</a>
73020 <div class="subnav-mask">
73021 <div class="subnav-wrapper">
```

```
73022 <div class="subnav-col10 pad">
73023 <section class="nested">
73024 <div class="col4 main-column">
73025 <nav class="secondary">
73026 <ul>
73027 <li class="mobile-nav-back"><a href="/newsroom/2011/10.html" aria-label="Back to
    ⋯ 10">10</a></li>
73028 <li class="primary-nav-item">
73029 <a href="/newsroom/2011/10.html" aria-label="10 Home">10 Home</a></li>
73030 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/blood-vessel-mapping-reveals-four-new--zip-codes-.html">Blood
    ⋯ Vessel Mapping Reveals Four New &quot;ZIP Codes&quot;</a></li>
73031 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/researchers-find-coupling-of-proteins-promotes-glioblastoma-
    ⋯ deve.html">Researchers Find Coupling of Proteins Promotes Glioblastoma
    ⋯ Development</a></li>
73032 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/ut-md-anderson-cancer-center-campaign-surpasses--1-2-billion-
    ⋯ goa.html">UT MD Anderson Cancer Center Campaign Surpasses $1.2 Billion Goal</a></li>
73033 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/md-anderson-pairs-franco-harris-larry-king-in-las-vegas.html"
    ⋯ >UT MD Anderson Pairs Franco Harris, Larry King in Las Vegas 'Conversation'</a></li>
73034 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/md-anderson-honors-journalist-cancer-activist-katie-couric.
    ⋯ html">MD Anderson Honors Journalist, Cancer Activist Katie Couric</a></li>
73035 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/ovarian-cancer-patients-survive-longer-with-brca2-mutated-in-
    ⋯ tum.html">Ovarian Cancer Patients Survive Longer with BRCA2 Mutated in
    ⋯ Tumors</a></li>
73036 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/inaugural-cancer-fundraiser-welcomes-franco-harris-and-larry-
    ⋯ kin.html">Inaugural Cancer Fundraiser Welcomes Franco Harris and Larry King</a></li>
73037 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/ut-md-anderson-s-holly-green-wins-briscoe-physician-assistant
    ⋯ -aw.html">UT MD Anderson's Holly Green Wins Briscoe Physician Assistant
    ⋯ Award</a></li>
73038 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/10/testing-for-breast-cancer.html">Testing for Breast Cancer
    ⋯ Mutations: Not for Everyone</a></li>
73039 </ul>
73040 </nav>
73041 </div>
73042 </section>
73043 </div>
73044 </div>
73045 </div></li>
73046 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/09.html">09</a>
73047 <div class="subnav-mask">
73048 <div class="subnav-wrapper">
73049 <div class="subnav col10 pad">
73050 <section class="nested">
73051 <div class="col4 main-column">
73052 <nav class="secondary">
73053 <ul>
73054 <li class="mobile-nav-back"><a href="/newsroom/2011/09.html" aria-label="Back to
    ⋯ 09">09</a></li>
73055 <li class="primary-nav-item">
73056 <a href="/newsroom/2011/09.html" aria-label="09 Home">09 Home</a></li>
73057 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/09/-12-million-collaborative-grant-seeks-to-improve-cord-blood-
    ⋯ tran.html">$12 million Collaborative Grant Seeks To Improve Cord Blood Transplants
    ⋯ for Cancer Patients</a></li>
73059 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/09/md-anderson-in-the-bay-area-brightens-the-ballunar-festival-
    ⋯ with.html">MD Anderson in the Bay Area Brightens the Ballunar Festival with Pink
73060 Lighting in Honor of Breast Cancer Awareness Month</a></li>
73061 <li class="primary-nav-item"><a
    ⋯ href="/newsroom/2011/09/md-anderson-in-sugar-land-brightens-sugar-land-town-square-
```

```
73061  with.l.html">MD Anderson in Sugar Land Brightens Sugar Land Town Square with Pink
73062  Lighting in Honor of Breast Cancer Awareness Month</a></li>
73063  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/md-anderson-in-the-woodlands-brightens-market-street-with-
    …  pink-l.html">MD Anderson in The Woodlands Brightens Market Street with Pink Lighting
73064  in Honor of Breast Cancer Awareness Month</a></li>
73065  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/md-anderson-in-katy-brightens-lacenterra-at-cinco-ranch-with-
    …  pin.html">MD Anderson in Katy Brightens LaCenterra at Cinco Ranch with Pink
73066  Lighting in Honor of Breast Cancer Awareness Month</a></li>
73067  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/banner-md-anderson-cancer-center-opens.html">Banner MD
    …  Anderson Cancer Center Opens</a></li>
73068  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/couples-counseling-improves-sexual-intimacy-after-prostate-
    …  treat.html">Couples Counseling Improves Sexual Intimacy after Prostate
    …  Treatment</a></li>
73069  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/ut-md-anderson-s-lorna-mcneill-recognized-for-excellence-in-
    …  prev.html">UT MD Anderson's Lorna McNeill Recognized for Excellence in
    …  Prevention</a></li>
73070  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/running-for-a-cause-ut-md-anderson-to-host-fun-run-benefiting
    …  -me.html">Running for a Cause: UT MD Anderson to Host Fun Run Benefiting Melanoma
    …  Research</a></li>
73071  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/men-cancer-prevention-health-tips-by-age.html">Men: Cancer
    …  Prevention Tips by Age</a></li>
73072  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/gene-therapy-for-breast-cancer-boosts-chemotherapy.html">Gene
    …  Therapy Kills Breast Cancer Stem Cells, Boosts Chemotherapy</a></li>
73073  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/breast-cancer-patients-with-brca-gene-diagnosed-almost-eight-
    …  yea.html">Breast Cancer Patients With BRCA Gene Diagnosed Almost Eight Years
73074  Earlier Than Generation Before</a></li>
73075  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/chemotherapy-is-as-effective-before-breast-cancer-surgery-as-
    …  aft.html">Chemotherapy is as Effective Before Breast Cancer Surgery as After</a></li>
73076  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/brca1-gene-mutation-associated-with-neoadjuvant-chemotherapy.
    …  html">BRCA1 Gene Mutation Associated with Neoadjuvant Chemotherapy</a></li>
73077  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/barretos-and-md-anderson-sign-sister-institution-agreement.
    …  html">Barretos Cancer Hospital and MD Anderson Sign Sister Institution
    …  Agreement</a></li>
73078  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/09/scientists-discover-secret-life-of-chromatin.html">UT MD
    …  Anderson Scientists Discover Secret Life of Chromatin</a></li>
73079  </ul>
73080  </nav>
73081  </div>
73082  </section>
73083  </div>
73084  </div>
73085  </div></li>
73086  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/08.html">08</a>
73087  <div class="subnav-mask">
73088  <div class="subnav-wrapper">
73089  <div class="subnav col10 pad">
73090  <section class="nested">
73091  <div class="col4 main-column">
73092  <nav class="secondary">
73093  <ul>
73094  <li class="mobile-nav-back"><a href="/newsroom/2011/08.html" aria-label="Back to
    …  08">08</a></li>
73095  <li class="primary-nav-item">
73096  <a href="/newsroom/2011/08.html" aria-label="08 Home">08 Home</a></li>
73097  <li class="primary-nav-item"><a
```

```
73097 href="/newsroom/2011/08/barbara-padilla-at-cancer-survivorship-conference.html">
...    Soprano Barbara Padilla To Entertain at Cancer Survivorship Conference
73098 Sept. 16</a></li>
73099 <li class="primary-nav-item"><a
...    href="/newsroom/2011/08/study-finds-15-minutes-of-moderate-daily-exercise-lengthens-
...    life.html">Study Finds 15 Minutes of Moderate Daily Exercise Lengthens Life</a></li>
73100 <li class="primary-nav-item"><a
...    href="/newsroom/2011/08/free-workshop-focuses-on-the-needs-of-young-adult-cancer-
...    survivo.html">Free Workshop Focuses on the Needs of Young-Adult Cancer Survivors,
...    Patients</a></li>
73101 </ul>
73102 </nav>
73103 </div>
73104 </section>
73105 </div>
73106 </div>
73107 </div></li>
73108 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/07.html">07</a>
73109 <div class="subnav-mask">
73110 <div class="subnav-wrapper">
73111 <div class="subnav col10 pad">
73112 <section class="nested">
73113 <div class="col4 main-column">
73114 <nav class="secondary">
73115 <ul>
73116 <li class="mobile-nav-back"><a href="/newsroom/2011/07.html" aria-label="Back to
...    07">07</a></li>
73117 <li class="primary-nav-item">
73118 <a href="/newsroom/2011/07.html" aria-label=" 07 Home">07 Home</a></li>
73119 <li class="primary-nav-item"><a
...    href="/newsroom/2011/07/first-genetic-variations-pinpointed-in-head-and-neck-cancer.
...    html">First Genetic Variations Pinpointed in Head and Neck Cancer</a></li>
73120 <li class="primary-nav-item"><a
...    href="/newsroom/2011/07/specialized-regulatory-t-cell-stifles-antibody-production-
...    center.html">Specialized Regulatory T Cell Stifles Antibody Production
...    Centers</a></li>
73121 <li class="primary-nav-item"><a
...    href="/newsroom/2011/07/the-university-of-texas-md-anderson-cancer-center-retains-top
...    -ra.html">The University of Texas MD Anderson Cancer Center Retains Top Ranking In
73122 U.S. News &amp; World Report Annual Survey</a></li>
73123 <li class="primary-nav-item"><a
...    href="/newsroom/2011/07/get-better-health-apps.html">Get Better Health Apps</a></li>
73124 <li class="primary-nav-item"><a
...    href="/newsroom/2011/07/targeted-agent-addition-to-herceptin-has-positive-effect-on-
...    meta.html">Targeted Agent Addition to Herceptin Has Positive Effect on Metastatic
73125 HER-2 Breast Cancer</a></li>
73126 </ul>
73127 </nav>
73128 </div>
73129 </section>
73130 </div>
73131 </div>
73132 </div></li>
73133 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/06.html">06</a>
73134 <div class="subnav-mask">
73135 <div class="subnav-wrapper">
73136 <div class="subnav col10 pad">
73137 <section class="nested">
73138 <div class="col4 main-column">
73139 <nav class="secondary">
73140 <ul>
73141 <li class="mobile-nav-back"><a href="/newsroom/2011/06.html" aria-label="Back to
...    06">06</a></li>
73142 <li class="primary-nav-item">
73143 <a href="/newsroom/2011/06.html" aria-label=" 06 Home">06 Home</a></li>
73144 <li class="primary-nav-item"><a
...    href="/newsroom/2011/06/ut-md-anderson-debuts-lung-cancer-screening-program.html">UT
...    MD Anderson Debuts Lung Cancer Screening Program</a></li>
```

```
73145  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/nearly-half-women-with-advanced-breast-cancer-in-the-u-s--not
   …   -re.html">Nearly Half of Women with Advanced Breast Cancer in the U.S. not
73146  Receiving Lifesaving Treatment</a></li>
73147  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/cancer-survivorship-conference-sept--16-17.html">Former MLB
   …   player Dave Dravecky to Headline Cancer Survivorship
73148  Conference Sept. 16-17</a></li>
73149  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/arceneaux-award-recognizes-clinical-nurse-and-chair-of-the-
   …   nursi.html">UT MD Anderson's Highest Nurse-Oncologist Honor Goes to Nancy
   …   Tomczak</a></li>
73150  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/does-eating-meat-cause-cancer---meat--cancer.html">Keep
   …   Cancer Off the BBQ Grill</a></li>
73151  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/targeted-therapy-promising-for-cancer-patients.html">Targeted
   …   Therapy Promising For Cancer Patients</a></li>
73152  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/md-anderson-radiation-oncologist-brings-new-option-experience
   …   -to.html">MD Anderson Radiation Oncologist Brings New Option, Experience to
   …   Katy</a></li>
73153  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/06/therapeutic-melanoma-vaccine-improves-response-rate-
   …   progression-.html">Therapeutic Melanoma Vaccine Improves Response Rate,
   …   Progression-Free Survival</a></li>
73154  </ul>
73155  </nav>
73156  </div>
73157  </section>
73158  </div>
73159  </div>
73160  </div></li>
73161  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/05.html">05</a>
73162  <div class="subnav-mask">
73163  <div class="subnav-wrapper">
73164  <div class="subnav col10 pad">
73165  <section class="nested">
73166  <div class="col4 main-column">
73167  <nav class="secondary">
73168  <ul>
73169  <li class="mobile-nav-back"><a href="/newsroom/2011/05.html" aria-label="Back to
   …   05">05</a></li>
73170  <li class="primary-nav-item">
73171  <a href="/newsroom/2011/05.html" aria-label="05 Home">05 Home</a></li>
73172  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/vaccine-increases-disease-free-survival-for-follicular-
   …   lymphoma-.html">Vaccine Increases Disease-Free Survival for Follicular Lymphoma
   …   Patients</a></li>
73173  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/antibody-guided-drug-works-against-acute-lymphoblastic-
   …   leukemia.html">Antibody-Guided Drug Works Against Acute Lymphoblastic
   …   Leukemia</a></li>
73174  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/md-anderson-advisory-board-taps-melvyn-n--klein.html">MD
   …   Anderson Advisory Board Taps Melvyn N. Klein as Vice Chair</a></li>
73175  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/study-first-to-compare-benefits-of-mind-body-practices-to-
   …   simple.html">study first to compare benefits of mind-body practices to simple
73176  stretching exercises</a></li>
73177  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/healthy-sources-of-vitamin-d.html">Healthy Sources of Vitamin
   …   D</a></li>
73178  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/05/genomic-test-shows-promise-as-predictor-of-chemotherapy-
   …   response.html">Genomic Test Shows Promise as Predictor of Chemotherapy Response,
73179  Survival for Women With Invasive Breast Cancer</a></li>
73180  <li class="primary-nav-item"><a
```

```
73180…  href="/newsroom/2011/05/protein-identified-as-enemy-of-vital-tumor-suppressor-pten.
   …    html">Protein Identified as Enemy of Vital Tumor Suppressor PTEN</a></li>
73181   </ul>
73182   </nav>
73183   </div>
73184   </section>
73185   </div>
73186   </div>
73187   </div></li>
73188   <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/04.html">04</a>
73189   <div class="subnav-mask">
73190   <div class="subnav-wrapper">
73191   <div class="subnav col10 pad">
73192   <section class="nested">
73193   <div class="col4 main-column">
73194   <nav class="secondary">
73195   <ul>
73196   <li class="mobile-nav-back"><a href="/newsroom/2011/04.html" aria-label="Back to
   …    04">04</a></li>
73197   <li class="primary-nav-item">
73198   <a href="/newsroom/2011/04.html" aria-label="04 Home">04 Home</a></li>
73199   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/medicare-reimbursement-impacts-breast-cancer.html">Medicare
   …    Reimbursement Policies and Practice Settings Impact Access to
73200   Advanced Radiation for Breast Cancer Patients</a></li>
73201   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/health-literacy-tests-underutilized--may-improve-elderly-
   …    cancer-.html">Health Literacy Tests Underutilized; May Improve Elderly Cancer
73202   Patients' Care and Outcomes</a></li>
73203   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/sexuality-with-cancer-patients.html">Majority of Nurses
   …    Uncomfortable Talking About Sexuality with Cancer Patients</a></li>
73204   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/tender-age-of-giving-students-donate-to-polo-on-the-prairie.
   …    html">Tender Age of Giving: Students Donate to Polo on the Prairie</a></li>
73205   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/md-anderson-celebrates-70-years-of-making-cancer-history-.
   …    html">MD Anderson Celebrates 70 Years of Making Cancer History®</a></li>
73206   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/free-skin-screening-exams.html">MD Anderson Provides Free
   …    Skin Cancer Exams May 7</a></li>
73207   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/spring-has-sprung-children-s-art-project-releases-new-designs
   …    -cr.html">Spring Has Sprung: Children's Art Project Releases New Designs Created
73208   by Young Cancer Patients</a></li>
73209   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/popular-diets-health-nutrition.html">Popular Diets: Do They
   …    Prevent Cancer?</a></li>
73210   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/runwalk-and-sprint-for-sprouts-set-for-may-7.html">Run/Walk
   …    and Sprint for Sprouts Set for May 7</a></li>
73211   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/going-green-country-singer-pat-green-headlines-polo-on-the-
   …    prair.html">Going Green: Country Singer Pat Green Headlines Polo on the
   …    Prairie</a></li>
73212   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/genetic-variation-cuts-bladder-cancer-risk-protects-
   …    chromosome-t.html">Genetic Variation Cuts Bladder Cancer Risk, Protects Chromosome
   …    Tips</a></li>
73213   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/two-sets-of-genes-predict-response-to-lung-cancer-drug.html">
   …    Two Sets of Genes Predict Response to Lung Cancer Drug</a></li>
73214   <li class="primary-nav-item"><a
   …    href="/newsroom/2011/04/-good-cholesterol--nanoparticles-seek-and-destroy-cancer-
   …    cells.html">'Good Cholesterol' Nanoparticles Seek and Destroy Cancer Cells</a></li>
73215   </ul>
73216   </nav>
73217   </div>
```

```
73218 </section>
73219 </div>
73220 </div>
73221 </div></li>
73222 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/03.html">03</a>
73223 <div class="subnav-mask">
73224 <div class="subnav-wrapper">
73225 <div class="subnav col10 pad">
73226 <section class="nested">
73227 <div class="col4 main-column">
73228 <nav class="secondary">
73229 <ul>
73230 <li class="mobile-nav-back"><a href="/newsroom/2011/03.html" aria-label="Back to
    … 03">03</a></li>
73231 <li class="primary-nav-item">
73232 <a href="/newsroom/2011/03.html" aria-label="03 Home">03 Home</a></li>
73233 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/breast-cancer-family-matters.html">Breast Cancer: Family
    … Matters</a></li>
73234 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/michael-frick-receives-case-district-iv-distinguished-
    … achievemen.html">Michael Frick Receives CASE District IV Distinguished Achievement
    … Award</a></li>
73235 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/run-honoring-dr--marnie-rose-celebrates-ninth-anniversary.
    … html">Run Honoring Dr. Marnie Rose Celebrates Ninth Anniversary</a></li>
73236 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/a-not-so-secret-weapon-in-the-fight-against-colorectal-cancer
    … .html">A Not-So-Secret Weapon in the Fight Against Colorectal Cancer</a></li>
73237 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/benz-wins-kripke-award-for-promoting-women-in-science-medical
    … -ca.html">Benz Wins Kripke Award for Promoting Women in Science, Medical
    … Careers</a></li>
73238 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/ut-md-anderson-receives-grant-for-study-of-acupuncture-in-
    … cancer.html">UT MD Anderson Receives Grant for Study of Acupuncture in
    … Cancer</a></li>
73239 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/a-quarter-earned-polo-on-the-prairie-trots-into-albany-april-
    … 30.html">A Quarter Earned: Polo on the Prairie Trots into Albany April 30</a></li>
73240 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/md-anderson-and-the-national-cancer-institute-of-peru-and-
    … sign-s.html">MD Anderson and the National Cancer Institute of Peru and Sign Sister
73241 Institution Agreement in Cancer Treatment and Research</a></li>
73242 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/study-puts-notch-on-the-jagged-edge-of-lung-cancer-metastasis
    … .html">Study Puts Notch on the Jagged Edge of Lung Cancer Metastasis</a></li>
73243 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/combination-overcomes-breast-cancer-resistance-to-herceptin.
    … html">Combination Overcomes Breast Cancer Resistance to Herceptin</a></li>
73244 <li class="primary-nav-item"><a
    … href="/newsroom/2011/03/colonoscopy-resources-to-get-your-rear-in-gear.html">
    … Colonoscopy Resources to Get Your Rear in Gear</a></li>
73245 </ul>
73246 </nav>
73247 </div>
73248 </section>
73249 </div>
73250 </div>
73251 </div></li>
73252 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/02.html">02</a>
73253 <div class="subnav-mask">
73254 <div class="subnav-wrapper">
73255 <div class="subnav col10 pad">
73256 <section class="nested">
73257 <div class="col4 main-column">
73258 <nav class="secondary">
73259 <ul>
```

```
73260 <li class="mobile-nav-back"><a href="/newsroom/2011/02.html" aria-label="Back to
   …  02">02</a></li>
73261 <li class="primary-nav-item">
73262 <a href="/newsroom/2011/02.html" aria-label="02 Home">02 Home</a></li>
73263 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/protein-and-microrna-block-cellular-transition-vital-to-
   …  metastas.html">Protein and microRNA Block Cellular Transition Vital to
   …  Metastasis</a></li>
73264 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/ut-md-anderson-discovery-wins-2010-cozzarelli-prize.html">UT
   …  MD Anderson Discovery Wins 2010 Cozzarelli Prize</a></li>
73265 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/champlin-earns-transplant-society-s-lifetime-achievement-
   …  award.html">Champlin Earns Transplant Society's Lifetime Achievement Award</a></li>
73266 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/dance-your-way-to-cancer-prevention.html">Dance Your Way to
   …  Cancer Prevention</a></li>
73267 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/overabundance-of-protein-expands-breast-cancer-stem-cells.
   …  html">Overabundance of Protein Expands Breast Cancer Stem Cells</a></li>
73268 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/pulsed-xenon-ultraviolet-light-goes-where-housekeepers-can-t.
   …  html">Pulsed Xenon Ultraviolet Light Goes Where Housekeepers Can't</a></li>
73269 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/everolimus-improves-progression-free-survival-for-patients-
   …  with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
73270 Pancreatic Cancer</a></li>
73271 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/project-connects-researchers-latino-communities-to-prevent-
   …  cance.html">Project Connects Researchers, Latino Communities to Prevent
   …  Cancer</a></li>
73272 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/md-anderson-s-web-based-anti-smoking-program-targets-hispanic
   …  -yo.html">MD Anderson's Web-Based Anti-Smoking Program Targets Hispanic
   …  Youth</a></li>
73273 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/02/targeted-particle-fools-brain-s-guardian-to-reach-tumors.html
   …  ">Targeted Particle Fools Brain's Guardian to Reach Tumors</a></li>
73274 </ul>
73275 </nav>
73276 </div>
73277 </section>
73278 </div>
73279 </div>
73280 </div></li>
73281 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/01.html">01</a>
73282 <div class="subnav-mask">
73283 <div class="subnav-wrapper">
73284 <div class="subnav col10 pad">
73285 <section class="nested">
73286 <div class="col4 main-column">
73287 <nav class="secondary">
73288 <ul>
73289 <li class="mobile-nav-back"><a href="/newsroom/2011/01.html" aria-label="Back to
   …  01">01</a></li>
73290 <li class="primary-nav-item">
73291 <a href="/newsroom/2011/01.html" aria-label="01 Home">01 Home</a></li>
73292 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/pre-surgical-stress-management-boosts-immune-function-lowers-
   …  moo.html">Pre-Surgical Stress Management Boosts Immune Function, Lowers Mood
73293 Disturbance for Prostate Cancer Patients</a></li>
73294 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/pony-up-polo-under-the-palms-debuts-march-12-in-sarasota.html
   …  ">Pony Up: Polo Under the Palms Debuts March 12 in Sarasota</a></li>
73295 <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/ut-md-anderson-pediatric-patients-spread-early-valentine-s-
   …  day-1.html">UT MD Anderson Pediatric Patients Spread Early Valentine's Day Love at
73296 The Houston Zoo</a></li>
```

```
73297  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/khalifa-foundation-grants-md-anderson--150-million-for-cancer
   …   -re.html">Khalifa Foundation Grants MD Anderson $150 Million for Cancer
   …   Research</a></li>
73298  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/women-health-by-age.html">Women: Age-Proof Your
   …   Health</a></li>
73299  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/microrna-suppresses-prostate-cancer-stem-cells-and-metastasis
   …   .html">MicroRNA Suppresses Prostate Cancer Stem Cells and Metastasis</a></li>
73300  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/peers-elect-md-anderson-s-hung-and-lozano-as-fellows-of-aaas.
   …   html">Peers Elect MD Anderson's Hung and Lozano as Fellows of AAAS</a></li>
73301  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/microrna-tp53-circuit-connected-to-chronic-lymphocytic-
   …   leukemia.html">MicroRNA-TP53 Circuit Connected to Chronic Lymphocytic
   …   Leukemia</a></li>
73302  <li class="primary-nav-item"><a
   …   href="/newsroom/2011/01/protein-wields-phosphate-group-to-inhibit-cancer-metastasis.
   …   html">Protein Wields Phosphate Group to Inhibit Cancer Metastasis</a></li>
73303  </ul>
73304  </nav>
73305  </div>
73306  </section>
73307  </div>
73308  </div>
73309  </div></li>
73310  </ul>
73311  </nav>
73312  </div>
73313  </section>
73314  </div>
73315  </div>
73316  </div></li>
73317  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010.html">2010</a>
73318  <div class="subnav-mask">
73319  <div class="subnav-wrapper">
73320  <div class="subnav col10 pad">
73321  <section class="nested">
73322  <div class="col4 main-column">
73323  <nav class="secondary">
73324  <ul>
73325  <li class="mobile-nav-back"><a href="/newsroom/2010.html" aria-label="Back to
   …   2010">2010</a></li>
73326  <li class="primary-nav-item">
73327  <a href="/newsroom/2010.html" aria-label="2010 Home">2010 Home</a></li>
73328  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/12.html">12</a>
73329  <div class="subnav-mask">
73330  <div class="subnav-wrapper">
73331  <div class="subnav col10 pad">
73332  <section class="nested">
73333  <div class="col4 main-column">
73334  <nav class="secondary">
73335  <ul>
73336  <li class="mobile-nav-back"><a href="/newsroom/2010/12.html" aria-label="Back to
   …   12">12</a></li>
73337  <li class="primary-nav-item">
73338  <a href="/newsroom/2010/12.html" aria-label="12 Home">12 Home</a></li>
73339  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/red-blood-folate-linked-to-tumor-suppressors.html">High Red
   …   Blood Folate Levels Linked to Silenced Tumor-Suppressors</a></li>
73340  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/protein-disables-p53-drives-breast-cells-toward-cancer-
   …   transitio.html">Protein Disables p53, Drives Breast Cells Toward Cancer
   …   Transition</a></li>
73341  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/alcohol-and-cancer-holiday-partygoers-should-know-drink-limit
   …   .html">Alcohol and Cancer: Know Your Limit</a></li>
```

```
73342  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/poor-breast-cancer-prognosis-associated-with-presence-of-
   …   circula.html">Poor Breast Cancer Prognosis Associated With Presence of Circulating
73343  Tumor, Cancer Stem Cells</a></li>
73344  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/drugs-are-safe-active-in-patients-normally-ineligible-for-
   …   clinic.html">Drugs are Safe, Active in Patients Normally Ineligible for Clinical
   …   Trial</a></li>
73345  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/cancer-prevention-expert-honored-for-innovative-tobacco-
   …   research.html">Cancer Prevention Expert Honored for Innovative Tobacco
   …   Research</a></li>
73346  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/small-molecule-may-disarm-enemy-of-cancer-fighting-p53.html">
   …   Small Molecule May Disarm Enemy of Cancer-Fighting p53</a></li>
73347  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/after-15-years-mendelsohn-to-change-role.html">After 15
   …   Years, Mendelsohn to Change Role</a></li>
73348  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/phase-i-trial-indicates-ponatinib-may-thwart-most-resistant-
   …   cml.html">Phase I Trial Indicates Ponatinib May Thwart Most Resistant CML</a></li>
73349  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/12/ut-md-anderson-cancer-center-honors-legendary-journalist-bob-
   …   sch.html">UT MD Anderson Cancer Center Honors Legendary Journalist Bob
   …   Schieffer</a></li>
73350  </ul>
73351  </nav>
73352  </div>
73353  </section>
73354  </div>
73355  </div>
73356  </div></li>
73357  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/11.html">11</a>
73358  <div class="subnav-mask">
73359  <div class="subnav-wrapper">
73360  <div class="subnav col10 pad">
73361  <section class="nested">
73362  <div class="col4 main-column">
73363  <nav class="secondary">
73364  <ul>
73365  <li class="mobile-nav-back"><a href="/newsroom/2010/11.html" aria-label="Back to
   …   11">11</a></li>
73366  <li class="primary-nav-item">
73367  <a href="/newsroom/2010/11.html" aria-label="11 Home">11 Home</a></li>
73368  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/11/erythropoietin-counteracts-breast-cancer-treatment.html">
   …   Erythropoietin Counteracts Breast Cancer Treatment with Herceptin</a></li>
73369  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/11/ut-md-anderson-pediatric-cancer-patients-ring-in-the-holidays
   …   -wi.html">UT MD Anderson Pediatric Cancer Patients Ring in the Holidays with
   …   Artwork</a></li>
73370  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/11/holiday-exercise-no-gym-required.html">Holiday Exercise: No
   …   Gym Required</a></li>
73371  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/11/texas-center-for-cancer-nanomedicine-targets-two-tough-
   …   cancers.html">Texas Center for Cancer Nanomedicine Targets Two Tough Cancers</a></li>
73372  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/11/armed-antibody-triggers-remissions-for-hodgkin-lymphoma.html"
   …   >Armed Antibody Triggers Remissions for Hodgkin Lymphoma</a></li>
73373  </ul>
73374  </nav>
73375  </div>
73376  </section>
73377  </div>
73378  </div>
73379  </div></li>
73380  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/10.html">10</a>
```

Page 2294

```
73381 <div class="subnav-mask">
73382 <div class="subnav-wrapper">
73383 <div class="subnav col10 pad">
73384 <section class="nested">
73385 <div class="col4 main-column">
73386 <nav class="secondary">
73387 <ul>
73388 <li class="mobile-nav-back"><a href="/newsroom/2010/10.html" aria-label="Back to
    … 10">10</a></li>
73389 <li class="primary-nav-item">
73390 <a href="/newsroom/2010/10.html" aria-label="10 Home">10 Home</a></li>
73391 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/researchers-find-better-method-to-help-mothers-cope-with-
    … child-s.html">Researchers Find Better Method to Help Mothers Cope With Child's Cancer
    … and Related Stress</a></li>
73392 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates--conversation--with-
    … vicente-.html">UT MD Anderson Cancer Center Slates 'Conversation' With Vicente
    … Fox</a></li>
73393 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-scientists-show-tap63-suppresses-cancer-
    … metastasi.html">UT MD Anderson Scientists Show TAp63 Suppresses Cancer
    … Metastasis</a></li>
73394 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/demand-for-radiation-therapy-projected-to-outpace-supply-of-
    … radi.html">Demand for Radiation Therapy Projected to Outpace Supply of Radiation
    … Oncologists</a></li>
73395 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates-nicklaus-nantz--
    … conversation.html">UT MD Anderson Cancer Center Slates Nicklaus, Nantz
    … 'Conversation'</a></li>
73396 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-s-louise-a--villejo-recognized-for-excellence-
    … in-.html">UT MD Anderson's Louise A. Villejo Recognized for Excellence in
    … Education</a></li>
73397 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/everolimus-improves-progression-free-survival-for-patients-
    … with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
    … Pancreatic Cancer</a></li>
73398 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/md-anderson-launches-cancer-risk-check.html">MD Anderson
    … Launches Cancer Risk Check</a></li>
73399 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/vaccine-extends-glioblastoma-patients--survival-in-phase-ii-
    … tria.html">Vaccine Extends Glioblastoma Patients' Survival in Phase II Trial</a></li>
73400 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/nih-award-goes-to-ut-md-anderson-imaging-innovator-guerrero.
    … html">NIH Award Goes to UT MD Anderson Imaging Innovator Guerrero</a></li>
73401 </ul>
73402 </nav>
73403 </div>
73404 </section>
73405 </div>
73406 </div>
73407 </div></li>
73408 <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/09.html">09</a>
73409 <div class="subnav-mask">
73410 <div class="subnav-wrapper">
73411 <div class="subnav col10 pad">
73412 <section class="nested">
73413 <div class="col4 main-column">
73414 <nav class="secondary">
73415 <ul>
73416 <li class="mobile-nav-back"><a href="/newsroom/2010/09.html" aria-label="Back to
    … 09">09</a></li>
73417 <li class="primary-nav-item">
73418 <a href="/newsroom/2010/09.html" aria-label="09 Home">09 Home</a></li>
73419 <li class="primary-nav-item"><a
73420
73421
```

```
73381 <div class="subnav-mask">
73382 <div class="subnav-wrapper">
73383 <div class="subnav col10 pad">
73384 <section class="nested">
73385 <div class="col4 main-column">
73386 <nav class="secondary">
73387 <ul>
73388 <li class="mobile-nav-back"><a href="/newsroom/2010/10.html" aria-label="Back to
    … 10">10</a></li>
73389 <li class="primary-nav-item">
73390 <a href="/newsroom/2010/10.html" aria-label="10 Home">10 Home</a></li>
73391 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/researchers-find-better-method-to-help-mothers-cope-with-
    … child-s.html">Researchers Find Better Method to Help Mothers Cope With Child's Cancer
    … and Related Stress</a></li>
73392 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates--conversation--with-
    … vicente-.html">UT MD Anderson Cancer Center Slates 'Conversation' With Vicente
    … Fox</a></li>
73393 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-scientists-show-tap63-suppresses-cancer-
    … metastasi.html">UT MD Anderson Scientists Show TAp63 Suppresses Cancer
    … Metastasis</a></li>
73394 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/demand-for-radiation-therapy-projected-to-outpace-supply-of-
    … radi.html">Demand for Radiation Therapy Projected to Outpace Supply of Radiation
    … Oncologists</a></li>
73395 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates-nicklaus-nantz--
    … conversation.html">UT MD Anderson Cancer Center Slates Nicklaus, Nantz
    … 'Conversation'</a></li>
73396 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/ut-md-anderson-s-louise-a--villejo-recognized-for-excellence-
    … in-.html">UT MD Anderson's Louise A. Villejo Recognized for Excellence in
    … Education</a></li>
73397 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/everolimus-improves-progression-free-survival-for-patients-
    … with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
    … Pancreatic Cancer</a></li>
73398 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/md-anderson-launches-cancer-risk-check.html">MD Anderson
    … Launches Cancer Risk Check</a></li>
73399
73400 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/vaccine-extends-glioblastoma-patients--survival-in-phase-ii-
    … tria.html">Vaccine Extends Glioblastoma Patients' Survival in Phase II Trial</a></li>
73401 <li class="primary-nav-item"><a
    … href="/newsroom/2010/10/nih-award-goes-to-ut-md-anderson-imaging-innovator-guerrero.
    … html">NIH Award Goes to UT MD Anderson Imaging Innovator Guerrero</a></li>
73403 </ul>
73404 </nav>
73405 </div>
73406 </section>
73407 </div>
73408 </div>
73409 </div></li>
73410 <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/09.html">09</a>
73411 <div class="subnav-mask">
73412 <div class="subnav-wrapper">
73413 <div class="subnav col10 pad">
73414 <section class="nested">
73415 <div class="col4 main-column">
73416 <nav class="secondary">
73417 <ul>
73418 <li class="mobile-nav-back"><a href="/newsroom/2010/09.html" aria-label="Back to
    … 09">09</a></li>
73419 <li class="primary-nav-item">
73420 <a href="/newsroom/2010/09.html" aria-label="09 Home">09 Home</a></li>
73421 <li class="primary-nav-item"><a
```

```
73421... href="/newsroom/2010/09/ut-md-anderson-study-finds-women-treated-for-breast-cancer-
    ... while.html">UT MD Anderson Study Finds Women Treated for Breast Cancer While
73422 Pregnant Have Improved Survival</a></li>
73423 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/md-anderson-study-finds-increases-in-five-10-year-survival-at
    ... -ev.html">MD Anderson Study Finds Increases in Five, 10-year Survival at Every
73424 Stage of Breast Cancer Over Six Decades</a></li>
73425 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/md-anderson-now-offering-accelerated-partial-breast-
    ... irradiation-.html">MD Anderson Now Offering Accelerated Partial Breast Irradiation at
    ... Bay
73426 Area Regional Care Center</a></li>
73427 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/uthealthut-md-anderson-biomedical-sciences-doctoral-programs-
    ... ran.html">UTHealth/UT MD Anderson Biomedical Sciences Doctoral Programs Rank among
73428 Best in the Country</a></li>
73429 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/ut-md-anderson-brings-anti-smoking-message-to-se-texas-at-
    ... risk-y.html">UT MD Anderson Brings Anti-Smoking Message to SE Texas At-risk
    ... Youths</a></li>
73430 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/ut-md-anderson-announces-completion-of-pickens-research-
    ... endowmen.html">UT MD Anderson Announces Completion of Pickens Research
    ... Endowment</a></li>
73431 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/jak-inhibitor-provides-rapid-durable-relief-for-myelofibrosis
    ... -pa.html">JAK Inhibitor Provides Rapid, Durable Relief for Myelofibrosis
    ... Patients</a></li>
73432 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/psa-test---prostate-cancer.html">Tracking Your PSA: Be
    ... Proactive</a></li>
73433 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/09/study-indicates-targeted-strategies-needed-to-find-prevent-
    ... and-t.html">Study Indicates Targeted Strategies Needed to Find, Prevent and Treat
73434 Breast Cancer among Mexican-Origin Women</a></li>
73435 </ul>
73436 </nav>
73437 </div>
73438 </section>
73439 </div>
73440 </div>
73441 </div></li>
73442 <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/08.html">08</a>
73443 <div class="subnav-mask">
73444 <div class="subnav-wrapper">
73445 <div class="subnav col10 pad">
73446 <section class="nested">
73447 <div class="col4 main-column">
73448 <nav class="secondary">
73449 <ul>
73450 <li class="mobile-nav-back"><a href="/newsroom/2010/08.html" aria-label="Back to
    ... 08">08</a></li>
73451 <li class="primary-nav-item">
73452 <a href="/newsroom/2010/08.html" aria-label="08 Home">08 Home</a></li>
73453 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/08/ross-perot-commits--20-million-to-ut-md-anderson-cancer-
    ... center.html">Ross Perot Commits $20 Million to UT MD Anderson Cancer Center</a></li>
73454 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/08/media-visitation-terms-and-conditions.html">Media Visitation
    ... Terms and Conditions</a></li>
73455 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/08/novel-role-ezh2-boosts-creation-of-ovarian-cancer-blood-
    ... vessels.html">Novel Role: EZH2 Boosts Creation of Ovarian Cancer Blood
    ... Vessels</a></li>
73456 <li class="primary-nav-item"><a
    ... href="/newsroom/2010/08/researchers-identify-potential-new-target-for-ovarian-cancer.
    ... html">Researchers Identify Potential New Target for Ovarian Cancer</a></li>
73457 <li class="primary-nav-item"><a
```

```
73457…  href="/newsroom/2010/06/sumo-works-with-replication-protein-a-complex-to-repair-dna.
    …   html">SUMO Works with Replication Protein A Complex to Repair DNA</a></li>
73458  </ul>
73459  </nav>
73460  </div>
73461  </section>
73462  </div>
73463  </div>
73464  </div></li>
73465  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/07.html">07</a>
73466  <div class="subnav-mask">
73467  <div class="subnav-wrapper">
73468  <div class="subnav col10 pad">
73469  <section class="nested">
73470  <div class="col4 main-column">
73471  <nav class="secondary">
73472  <ul>
73473  <li class="mobile-nav-back"><a href="/newsroom/2010/07.html" aria-label="Back to
    …   07">07</a></li>
73474  <li class="primary-nav-item">
73475  <a href="/newsroom/2010/07.html" aria-label="07 Home">07 Home</a></li>
73476  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/07/researchers-identify-key-enzyme-in-dna-repair-pathway.html">
    …   Researchers Identify Key Enzyme in DNA Repair Pathway</a></li>
73477  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/07/surgeon-patient-survivorship-conference.html">She Said, He
    …   Said: Patient-Surgeon Duo Featured at Cancer Survivorship
73478  Conference Sept. 24-25</a></li>
73479  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/07/abnormal-blood-cells-tied-to-cancer.html">UT MD Anderson
    …   Study Ties Abnormal Cells in Blood to Lung Cancer</a></li>
73480  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/07/ut-md-anderson-keeps-number-one-cancer-ranking-in-u-s--news--
    …   wor.html">UT MD Anderson Keeps Number One Cancer Ranking in U.S. News &amp; World
73481  Report Annual Survey</a></li>
73482  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/07/patients-referring-physicians-using-new-tool-to-engage-in-
    …   care.html">Patients, Referring Physicians Using New Tool to Engage in Care</a></li>
73483  </ul>
73484  </nav>
73485  </div>
73486  </section>
73487  </div>
73488  </div>
73489  </div></li>
73490  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/06.html">06</a>
73491  <div class="subnav-mask">
73492  <div class="subnav-wrapper">
73493  <div class="subnav col10 pad">
73494  <section class="nested">
73495  <div class="col4 main-column">
73496  <nav class="secondary">
73497  <ul>
73498  <li class="mobile-nav-back"><a href="/newsroom/2010/06.html" aria-label="Back to
    …   06">06</a></li>
73499  <li class="primary-nav-item">
73500  <a href="/newsroom/2010/06.html" aria-label="06 Home">06 Home</a></li>
73501  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/peg-fields-to-receive-md-anderson-s-highest-nurse-oncologist-
    …   hon.html">Peg Fields to Receive MD Anderson's Highest Nurse-Oncologist Honor</a></li>
73502  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/research-alliance-aims-to-help-vulnerable-communities-cope-
    …   with-.html">Research Alliance Aims to Help Vulnerable Communities Cope with
    …   Disaster</a></li>
73503  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/hpv-positive-tumor-status-indicates-better-survival-in-
    …   patients-.html">HPV-Positive Tumor Status Indicates Better Survival in Patients with
73504  Oropharyngeal Cancer</a></li>
```

```
73505 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/keep-your-parents-cancer-free.html">Keep Parents
   …  Cancer-Free</a></li>
73506 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/second-line-cml-drug-evokes-faster-response-fewer-side-
   …  effects-p.html">Second-line CML Drug Evokes Faster Response, Fewer Side Effects,
   …  Pivotal
73507 Study Finds</a></li>
73508 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/second-line-cml-drugs-evoke-faster-better-front-line-
   …  remissions.html">Second-line CML Drugs Evoke Faster, Better Front-line
   …  Remissions</a></li>
73509 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/selenium-shows-no-benefit-in-prevention-of-lung-cancer.html">
   …  Selenium Shows No Benefit in Prevention of Lung Cancer</a></li>
73510 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/vandetanib-shows-clinical-benefit-when-combined-with-
   …  docetaxel-f.html">Vandetanib Shows Clinical Benefit When Combined With Docetaxel for
   …  Lung Cancer</a></li>
73511 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/06/bone-disease-program-of-texas-receives-national-recognition.
   …  html">Bone Disease Program of Texas Receives National Recognition</a></li>
73512 </ul>
73513 </nav>
73514 </div>
73515 </section>
73516 </div>
73517 </div>
73518 </div></li>
73519 <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/05.html">05</a>
73520 <div class="subnav-mask">
73521 <div class="subnav-wrapper">
73522 <div class="subnav col10 pad">
73523 <section class="nested">
73524 <div class="col4 main-column">
73525 <nav class="secondary">
73526 <ul>
73527 <li class="mobile-nav-back"><a href="/newsroom/2010/05.html" aria-label="Back to
   …  05">05</a></li>
73528 <li class="primary-nav-item">
73529 <a href="/newsroom/2010/05.html" aria-label="05 Home">05 Home</a></li>
73530 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/shark-cartilage-shows-no-benefit-as-a-therapeutic-agent-for-
   …  lung.html">Shark Cartilage Shows No Benefit as a Therapeutic Agent for Lung
   …  Cancer</a></li>
73531 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/ca-125-change-over-time-shows-promise-as-screening-tool-for-
   …  earl.html">CA-125 Change Over Time Shows Promise as Screening Tool for Early
73532 Detection of Ovarian Cancer</a></li>
73533 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/research-shows-surgical-procedure-offers-new-option-for-
   …  pediatri.html">Research Shows Surgical Procedure Offers New Option for Pediatric
73534 Patients with Rare Cancer in Abdomen</a></li>
73535 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/cancer-genetics-pioneer-wins-margaret-kripke-legend-
   …  awardcancer-.html">Cancer Genetics Pioneer Wins Margaret Kripke Legend Award</a></li>
73536 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/05-07-10---adult-stem-cells-help-injured-hearts.html">
   …  Transplanted Adult Stem Cells Provide Lasting Help to Injured Hearts</a></li>
73537 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/stylish-shade-on-summer-days.html">Stylish Shade on Summer
   …  Days</a></li>
73538 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/new-logo---aspires-for-world-without-cancer.html">New MD
   …  Anderson Logo Challenges Employees, Public to Aspire to a World
73539 Without Cancer</a></li>
73540 <li class="primary-nav-item"><a
   …  href="/newsroom/2010/05/melanoma-not-caused-by-early-uva.html">Researchers Find
```

```
73540…   Melanoma Not Caused by Early UVA Light Exposure</a></li>
73541   </ul>
73542   </nav>
73543   </div>
73544   </section>
73545   </div>
73546   </div>
73547   </div></li>
73548   </ul>
73549   </nav>
73550   </div>
73551   </section>
73552   </div>
73553   </div>
73554   </div></li>
73555   </ul>
73556   </li>
73557   <li class="topnav-list-item"><a href="/patient-education.html"
    …   data-primary-nav="nav_patient-education">Patient Education</a>
73558   </li>
73559   <li class="topnav-list-item"><a href="/research.html"
    …   data-primary-nav="nav_research">Research</a>
73560   <ul class="primary-nav-list" id="nav-index">
73561   <li class="primary-nav-item"><a href="/research.html">Research Home</a></li>
73562   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes.html">Departments, Labs and
    …   Institutes</a>
73563   <div class="subnav-mask">
73564   <div class="subnav-wrapper">
73565   <div class="subnav col10 pad">
73566   <section class="nested">
73567   <div class="col4 main-column">
73568   <nav class="secondary">
73569   <ul>
73570   <li class="mobile-nav-back"><a href="/research/departments-labs-institutes.html"
    …   aria-label="Back to Departments, Labs and Institutes">Departments, Labs and
    …   Institutes</a></li>
73571   <li class="primary-nav-item">
73572   <a href="/research/departments-labs-institutes.html" aria-label="Departments, Labs
    …   and Institutes Home">Departments, Labs and Institutes Home</a></li>
73573   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions.html">Departments
    …   and Divisions</a>
73574   <div class="subnav-mask">
73575   <div class="subnav-wrapper">
73576   <div class="subnav col10 pad">
73577   <section class="nested">
73578   <div class="col4 main-column">
73579   <nav class="secondary">
73580   <ul>
73581   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions.html"
    …   aria-label="Back to Departments and Divisions">Departments and Divisions</a></li>
73582   <li class="primary-nav-item">
73583   <a href="/research/departments-labs-institutes/departments-divisions.html"
    …   aria-label="Departments and Divisions Home">Departments and Divisions Home</a></li>
73584   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
    …   perioperative-medicine.html">Anesthesiology &amp; Perioperative Medicine</a>
73585   <div class="subnav-mask">
73586   <div class="subnav-wrapper">
73587   <div class="subnav col10 pad">
73588   <section class="nested">
73589   <div class="col4 main-column">
73590   <nav class="secondary">
73591   <ul>
73592   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
```

```
73592  perioperative-medicine.html" aria-label="Back to Anesthesiology &amp; Perioperative
   …   Medicine ">Anesthesiology &amp; Perioperative Medicine</a></li>
73593  <li class="primary-nav-item">
73594  <a
   …   href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
   …   perioperative-medicine.html" aria-label="Anesthesiology &amp; Perioperative Medicine
   …   Home">Anesthesiology &amp; Perioperative Medicine Home</a></li>
73595  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
   …   perioperative-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
73596  </ul>
73597  </nav>
73598  </div>
73599  </section>
73600  </div>
73601  </div>
73602  </div></li>
73603  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
   …   html">Behavioral Science</a>
73604  <div class="subnav-mask">
73605  <div class="subnav-wrapper">
73606  <div class="subnav col10 pad">
73607  <section class="nested">
73608  <div class="col4 main-column">
73609  <nav class="secondary">
73610  <ul>
73611  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
   …   html" aria-label="Back to Behavioral Science ">Behavioral Science</a></li>
73612  <li class="primary-nav-item">
73613  <a
   …   href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
   …   html" aria-label="Behavioral Science  Home">Behavioral Science Home</a></li>
73614  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/behavioral-science/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
73615  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/behavioral-science/
   …   research.html">Research</a></li>
73616  </ul>
73617  </nav>
73618  </div>
73619  </section>
73620  </div>
73621  </div>
73622  </div></li>
73623  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology.html">Bioinformatics and Computational Biology</a>
73624  <div class="subnav-mask">
73625  <div class="subnav-wrapper">
73626  <div class="subnav col10 pad">
73627  <section class="nested">
73628  <div class="col4 main-column">
73629  <nav class="secondary">
73630  <ul>
73631  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology.html" aria-label="Back to Bioinformatics and Computational
   …   Biology">Bioinformatics and Computational Biology</a></li>
73632  <li class="primary-nav-item">
73633  <a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology.html" aria-label="Bioinformatics and Computational Biology
   …   Home">Bioinformatics and Computational Biology Home</a></li>
73634  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
```

```
73634…  computational-biology/faculty-staff.html">Faculty &amp; Staff</a></li>
73635   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
    …   computational-biology/research.html">Research</a></li>
73636   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
    …   computational-biology/conferences-events.html">Conferences &amp; Events</a></li>
73637   </ul>
73638   </nav>
73639   </div>
73640   </section>
73641   </div>
73642   </div>
73643   </div></li>
73644   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
    …   >Biostatistics</a>
73645   <div class="subnav-mask">
73646   <div class="subnav-wrapper">
73647   <div class="subnav col10 pad">
73648   <section class="nested">
73649   <div class="col4 main-column">
73650   <nav class="secondary">
73651   <ul>
73652   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
    …   aria-label="Back to Biostatistics">Biostatistics</a></li>
73653   <li class="primary-nav-item">
73654   <a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
    …   aria-label="Biostatistics Home">Biostatistics Home</a></li>
73655   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
    …   faculty-staff.html">Faculty &amp; Staff</a></li>
73656   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
    …   research.html">Research</a></li>
73657   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
    …   conferences-events.html">Conferences &amp; Events</a></li>
73658   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/news.
    …   html">News</a></li>
73659   </ul>
73660   </nav>
73661   </div>
73662   </section>
73663   </div>
73664   </div>
73665   </div></li>
73666   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    …   oncology.html">Breast Medical Oncology</a>
73667   <div class="subnav-mask">
73668   <div class="subnav-wrapper">
73669   <div class="subnav col10 pad">
73670   <section class="nested">
73671   <div class="col4 main-column">
73672   <nav class="secondary">
73673   <ul>
73674   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    …   oncology.html" aria-label="Back to Breast Medical Oncology">Breast Medical
    …   Oncology</a></li>
73675   <li class="primary-nav-item">
73676   <a
    …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    …   oncology.html" aria-label="Breast Medical Oncology Home">Breast Medical Oncology
```

```
73676… Home</a></li>
73677  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
   …   oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
73678  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
   …   oncology/research.html">Research</a></li>
73679  </ul>
73680  </nav>
73681  </div>
73682  </section>
73683  </div>
73684  </div>
73685  </div></li>
73686  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
   …   ">Cancer Biology</a>
73687  <div class="subnav-mask">
73688  <div class="subnav-wrapper">
73689  <div class="subnav col10 pad">
73690  <section class="nested">
73691  <div class="col4 main-column">
73692  <nav class="secondary">
73693  <ul>
73694  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
   …   " aria-label="Back to Cancer Biology">Cancer Biology</a></li>
73695  <li class="primary-nav-item">
73696  <a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
   …   " aria-label="Cancer Biology Home">Cancer Biology Home</a></li>
73697  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-biology/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
73698  </ul>
73699  </nav>
73700  </div>
73701  </section>
73702  </div>
73703  </div>
73704  </div></li>
73705  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
   …   imaging.html">Cancer Systems Imaging</a>
73706  <div class="subnav-mask">
73707  <div class="subnav-wrapper">
73708  <div class="subnav col10 pad">
73709  <section class="nested">
73710  <div class="col4 main-column">
73711  <nav class="secondary">
73712  <ul>
73713  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
   …   imaging.html" aria-label="Back to Cancer Systems Imaging">Cancer Systems
   …   Imaging</a></li>
73714  <li class="primary-nav-item">
73715  <a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
   …   imaging.html" aria-label="Cancer Systems Imaging Home">Cancer Systems Imaging
   …   Home</a></li>
73716  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
   …   imaging/faculty-staff.html">Faculty &amp; Staff</a></li>
73717  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
   …   imaging/research.html">Research</a></li>
73718  </ul>
73719  </nav>
```

```
73720  </div>
73721  </section>
73722  </div>
73723  </div>
73724  </div></li>
73725  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology.html">
    …  Cardiology</a>
73726  <div class="subnav-mask">
73727  <div class="subnav-wrapper">
73728  <div class="subnav col10 pad">
73729  <section class="nested">
73730  <div class="col4 main-column">
73731  <nav class="secondary">
73732  <ul>
73733  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology.html"
    …  aria-label="Back to Cardiology">Cardiology</a></li>
73734  <li class="primary-nav-item">
73735  <a href="/research/departments-labs-institutes/departments-divisions/cardiology.html"
    …  aria-label="Cardiology Home">Cardiology Home</a></li>
73736  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/faculty-
    …  staff.html">Faculty &amp; Staff</a></li>
73737  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/research
    …  .html">Research</a></li>
73738  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/
    …  conferences-events.html">Conferences &amp; Events</a></li>
73739  </ul>
73740  </nav>
73741  </div>
73742  </section>
73743  </div>
73744  </div>
73745  </div></li>
73746  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html">Clinical Education</a>
73747  <div class="subnav-mask">
73748  <div class="subnav-wrapper">
73749  <div class="subnav col10 pad">
73750  <section class="nested">
73751  <div class="col4 main-column">
73752  <nav class="secondary">
73753  <ul>
73754  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html" aria-label="Back to Clinical Education">Clinical Education</a></li>
73755  <li class="primary-nav-item">
73756  <a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html" aria-label="Clinical Education Home">Clinical Education Home</a></li>
73757  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
73758  </ul>
73759  </nav>
73760  </div>
73761  </section>
73762  </div>
73763  </div>
73764  </div></li>
73765  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
    …  prevention.html">Clinical Cancer Prevention</a>
73766  <div class="subnav-mask">
```

```
73767  <div class="subnav-wrapper">
73768  <div class="subnav col10 pad">
73769  <section class="nested">
73770  <div class="col4 main-column">
73771  <nav class="secondary">
73772  <ul>
73773  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
    …  prevention.html" aria-label="Back to Clinical Cancer Prevention ">Clinical Cancer
    …  Prevention</a></li>
73774  <li class="primary-nav-item">
73775  <a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
    …  prevention.html" aria-label="Clinical Cancer Prevention  Home">Clinical Cancer
    …  Prevention Home</a></li>
73776  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
    …  prevention/faculty-staff.html">Faculty &amp; Staff</a></li>
73777  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
    …  prevention/clinical-trials.html">Clinical Trials</a></li>
73778  </ul>
73779  </nav>
73780  </div>
73781  </section>
73782  </div>
73783  </div>
73784  </div></li>
73785  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
    …  html">Clinical Nutrition</a>
73786  <div class="subnav-mask">
73787  <div class="subnav-wrapper">
73788  <div class="subnav col10 pad">
73789  <section class="nested">
73790  <div class="col4 main-column">
73791  <nav class="secondary">
73792  <ul>
73793  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
    …  html" aria-label="Back to Clinical Nutrition ">Clinical Nutrition</a></li>
73794  <li class="primary-nav-item">
73795  <a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
    …  html" aria-label="Clinical Nutrition  Home">Clinical Nutrition Home</a></li>
73796  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
73797  </ul>
73798  </nav>
73799  </div>
73800  </section>
73801  </div>
73802  </div>
73803  </div></li>
73804  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
    …  >Critical Care</a>
73805  <div class="subnav-mask">
73806  <div class="subnav-wrapper">
73807  <div class="subnav col10 pad">
73808  <section class="nested">
73809  <div class="col4 main-column">
73810  <nav class="secondary">
73811  <ul>
73812  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
    …  aria-label="Back to Critical Care">Critical Care</a></li>
```

```
73813 <li class="primary-nav-item"><a
73814 <a
   … href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
   … aria-label="Critical Care Home">Critical Care Home</a></li>
73815 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/critical-care/
   … faculty-staff.html">Faculty &amp; Staff</a></li>
73816 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/critical-care/
   … research.html">Research</a></li>
73817 </ul>
73818 </nav>
73819 </div>
73820 </section>
73821 </div>
73822 </div>
73823 </div></li>
73824 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/dermatology.html">
   … Dermatology</a>
73825 <div class="subnav-mask">
73826 <div class="subnav-wrapper">
73827 <div class="subnav col10 pad">
73828 <section class="nested">
73829 <div class="col4 main-column">
73830 <nav class="secondary">
73831 <ul>
73832 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/dermatology.html"
   … aria-label="Back to Dermatology">Dermatology</a></li>
73833 <li class="primary-nav-item">
73834 <a
   … href="/research/departments-labs-institutes/departments-divisions/dermatology.html"
   … aria-label="Dermatology Home">Dermatology Home</a></li>
73835 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/dermatology/faculty
   … -staff.html">Faculty &amp; Staff</a></li>
73836 </ul>
73837 </nav>
73838 </div>
73839 </section>
73840 </div>
73841 </div>
73842 </div></li>
73843 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/diagnostic-
   … radiology.html">Diagnostic Radiology</a>
73844 <div class="subnav-mask">
73845 <div class="subnav-wrapper">
73846 <div class="subnav col10 pad">
73847 <section class="nested">
73848 <div class="col4 main-column">
73849 <nav class="secondary">
73850 <ul>
73851 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/diagnostic-
   … radiology.html" aria-label="Back to Diagnostic Radiology">Diagnostic
   … Radiology</a></li>
73852 <li class="primary-nav-item">
73853 <a
   … href="/research/departments-labs-institutes/departments-divisions/diagnostic-
   … radiology.html" aria-label="Diagnostic Radiology Home">Diagnostic Radiology
   … Home</a></li>
73854 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/diagnostic-
   … radiology/faculty-staff.html">Faculty &amp; Staff</a></li>
73855 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/diagnostic-
```

```
73855…  radiology/sections.html">Sections</a></li>
73856   </ul>
73857   </nav>
73858   </div>
73859   </section>
73860   </div>
73861   </div>
73862   </div></li>
73863   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-
    …   anesthesiology-and-critical-care.html">Division of Anesthesiology &amp; Critical
    …   Care</a>
73864   <div class="subnav-mask">
73865   <div class="subnav-wrapper">
73866   <div class="subnav col10 pad">
73867   <section class="nested">
73868   <div class="col4 main-column">
73869   <nav class="secondary">
73870   <ul>
73871   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-
    …   anesthesiology-and-critical-care.html" aria-label="Back to Division of Anesthesiology
    …   &amp; Critical Care">Division of Anesthesiology &amp; Critical Care</a></li>
73872   <li class="primary-nav-item">
73873   <a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-
    …   anesthesiology-and-critical-care.html" aria-label="Division of Anesthesiology &amp;
    …   Critical Care Home">Division of Anesthesiology &amp; Critical Care Home</a></li>
73874   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-
    …   anesthesiology-and-critical-care/faculty-staff.html">Faculty &amp; Staff</a></li>
73875   </ul>
73876   </nav>
73877   </div>
73878   </section>
73879   </div>
73880   </div>
73881   </div></li>
73882   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …   medicine.html">Division of Cancer Medicine</a>
73883   <div class="subnav-mask">
73884   <div class="subnav-wrapper">
73885   <div class="subnav col10 pad">
73886   <section class="nested">
73887   <div class="col4 main-column">
73888   <nav class="secondary">
73889   <ul>
73890   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …   medicine.html" aria-label="Back to Division of Cancer Medicine">Division of Cancer
    …   Medicine</a></li>
73891   <li class="primary-nav-item">
73892   <a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …   medicine.html" aria-label="Division of Cancer Medicine Home">Division of Cancer
    …   Medicine Home</a></li>
73893   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …   medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
73894   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …   medicine/news.html">News</a></li>
73895   </ul>
73896   </nav>
73897   </div>
73898   </section>
73899   </div>
```

```
73900 </div>
73901 </div></li>
73902 <li class="primary-nav-item has-subnav"><a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences.html">Division of Cancer Prevention &amp;
 …    Population Sciences</a>
73903 <div class="subnav-mask">
73904 <div class="subnav-wrapper">
73905 <div class="subnav col10 pad">
73906 <section class="nested">
73907 <div class="col4 main-column">
73908 <nav class="secondary">
73909 <ul>
73910 <li class="mobile-nav-back"><a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences.html" aria-label="Back to Division of Cancer
 …    Prevention &amp; Population Sciences">Division of Cancer Prevention &amp; Population
 …    Sciences</a></li>
73911 <li class="primary-nav-item">
73912 <a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences.html" aria-label="Division of Cancer Prevention
 …    &amp; Population Sciences Home">Division of Cancer Prevention &amp; Population
 …    Sciences Home</a></li>
73913 <li class="primary-nav-item"><a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences/faculty-and-staff.html">Leadership</a></li>
73914 <li class="primary-nav-item"><a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences/conferences-and-events.html">Grand Rounds
 …    Presentations</a></li>
73915 <li class="primary-nav-item"><a
 …    href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
 …    prevention-and-population-sciences/cancer-prevention-control-platform.html">Cancer
 …    Prevention and Control Platform</a></li>
73916 </ul>
73917 </nav>
73918 </div>
73919 </section>
73920 </div>
73921 </div>
73922 </div></li>
73923 <li class="primary-nav-item has-subnav"><a
 …    href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
 …    html">Division of Diagnostic Imaging</a>
73924 <div class="subnav-mask">
73925 <div class="subnav-wrapper">
73926 <div class="subnav col10 pad">
73927 <section class="nested">
73928 <div class="col4 main-column">
73929 <nav class="secondary">
73930 <ul>
73931 <li class="mobile-nav-back"><a
 …    href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
 …    html" aria-label="Back to Division of Diagnostic Imaging">Division of Diagnostic
 …    Imaging</a></li>
73932 <li class="primary-nav-item">
73933 <a
 …    href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
 …    html" aria-label="Division of Diagnostic Imaging Home">Division of Diagnostic Imaging
 …    Home</a></li>
73934 <li class="primary-nav-item"><a
 …    href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging/
 …    research.html">Research</a></li>
73935 </ul>
73936 </nav>
73937 </div>
73938 </section>
```

```
73939  </div>
73940  </div>
73941  </div></li>
73942  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine.html">Division of Internal Medicine</a>
73943  <div class="subnav-mask">
73944  <div class="subnav-wrapper">
73945  <div class="subnav col10 pad">
73946  <section class="nested">
73947  <div class="col4 main-column">
73948  <nav class="secondary">
73949  <ul>
73950  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine.html" aria-label="Back to Division of Internal Medicine ">Division
    …  of Internal Medicine</a></li>
73951  <li class="primary-nav-item">
73952  <a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine.html" aria-label="Division of Internal Medicine  Home">Division of
    …  Internal Medicine Home</a></li>
73953  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
73954  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine/research.html">Research</a></li>
73955  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-
    …  internal-medicine/news.html">News</a></li>
73956  </ul>
73957  </nav>
73958  </div>
73959  </section>
73960  </div>
73961  </div>
73962  </div></li>
73963  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/pathology-and-
    …  laboratory-medicine.html">Division of Pathology &amp; Laboratory Medicine</a>
73964  <div class="subnav-mask">
73965  <div class="subnav-wrapper">
73966  <div class="subnav col10 pad">
73967  <section class="nested">
73968  <div class="col4 main-column">
73969  <nav class="secondary">
73970  <ul>
73971  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/pathology-and-
    …  laboratory-medicine.html" aria-label="Back to Division of Pathology &amp; Laboratory
    …  Medicine">Division of Pathology &amp; Laboratory Medicine</a></li>
73972  <li class="primary-nav-item">
73973  <a
    …  href="/research/departments-labs-institutes/departments-divisions/pathology-and-
    …  laboratory-medicine.html" aria-label="Division of Pathology &amp; Laboratory Medicine
    …  Home">Division of Pathology &amp; Laboratory Medicine Home</a></li>
73974  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/pathology-and-
    …  laboratory-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
73975  </ul>
73976  </nav>
73977  </div>
73978  </section>
73979  </div>
73980  </div>
73981  </div></li>
73982  <li class="primary-nav-item has-subnav"><a
```

```
73982… href="/research/departments-labs-institutes/departments-divisions/division-of-
…     pharmacy.html">Division of Pharmacy</a>
73983 <div class="subnav-mask">
73984 <div class="subnav-wrapper">
73985 <div class="subnav col10 pad">
73986 <section class="nested">
73987 <div class="col4 main-column">
73988 <nav class="secondary">
73989 <ul>
73990 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     pharmacy.html" aria-label="Back to Division of Pharmacy">Division of
…     Pharmacy</a></li>
73991 <li class="primary-nav-item">
73992 <a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     pharmacy.html" aria-label="Division of Pharmacy Home">Division of Pharmacy
…     Home</a></li>
73993 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     pharmacy/faculty-staff.html">Faculty &amp; Staff</a></li>
73994 </ul>
73995 </nav>
73996 </div>
73997 </section>
73998 </div>
73999 </div>
74000 </div></li>
74001 <li class="primary-nav-item has-subnav"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     radiation-oncology.html">Division of Radiation Oncology</a>
74002 <div class="subnav-mask">
74003 <div class="subnav-wrapper">
74004 <div class="subnav col10 pad">
74005 <section class="nested">
74006 <div class="col4 main-column">
74007 <nav class="secondary">
74008 <ul>
74009 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     radiation-oncology.html" aria-label="Back to Division of Radiation Oncology">Division
…     of Radiation Oncology</a></li>
74010 <li class="primary-nav-item">
74011 <a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     radiation-oncology.html" aria-label="Division of Radiation Oncology Home">Division of
…     Radiation Oncology Home</a></li>
74012 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     radiation-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74013 </ul>
74014 </nav>
74015 </div>
74016 </section>
74017 </div>
74018 </div>
74019 </div></li>
74020 <li class="primary-nav-item has-subnav"><a
…     href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
…     html">Emergency Medicine</a>
74021 <div class="subnav-mask">
74022 <div class="subnav-wrapper">
74023 <div class="subnav col10 pad">
74024 <section class="nested">
74025 <div class="col4 main-column">
74026 <nav class="secondary">
74027 <ul>
74028 <li class="mobile-nav-back"><a
```

```
74028  href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
   …   html" aria-label="Back to Emergency Medicine">Emergency Medicine</a></li>
74029  <li class="primary-nav-item">
74030  <a
   …   href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
   …   html" aria-label="Emergency Medicine Home">Emergency Medicine Home</a></li>
74031  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/emergency-medicine/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
74032  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/emergency-medicine/
   …   sections.html">Sections</a></li>
74033  </ul>
74034  </nav>
74035  </div>
74036  </section>
74037  </div>
74038  </div>
74039  </div></li>
74040  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders.html">Endocrine Neoplasia &amp; Hormonal Disorders</a>
74041  <div class="subnav-mask">
74042  <div class="subnav-wrapper">
74043  <div class="subnav col10 pad">
74044  <section class="nested">
74045  <div class="col4 main-column">
74046  <nav class="secondary">
74047  <ul>
74048  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders.html" aria-label="Back to Endocrine Neoplasia &amp; Hormonal
   …   Disorders">Endocrine Neoplasia &amp; Hormonal Disorders</a></li>
74049  <li class="primary-nav-item">
74050  <a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders.html" aria-label="Endocrine Neoplasia &amp; Hormonal
   …   Disorders Home">Endocrine Neoplasia &amp; Hormonal Disorders Home</a></li>
74051  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders/faculty-staff.html">Faculty &amp; Staff</a></li>
74052  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders/clinical-trials.html">Clinical Trials</a></li>
74053  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
   …   -and-hormonal-disorders/news.html">News</a></li>
74054  </ul>
74055  </nav>
74056  </div>
74057  </section>
74058  </div>
74059  </div>
74060  </div></li>
74061  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/epidemiology.html">
   …   Epidemiology</a>
74062  <div class="subnav-mask">
74063  <div class="subnav-wrapper">
74064  <div class="subnav col10 pad">
74065  <section class="nested">
74066  <div class="col4 main-column">
74067  <nav class="secondary">
74068  <ul>
74069  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/epidemiology.html"
   …   aria-label="Back to Epidemiology ">Epidemiology</a></li>
74070  <li class="primary-nav-item">
```

```
74071  <a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology.html"
  …   aria-label="Epidemiology  Home">Epidemiology Home</a></li>
74072  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   faculty-staff.html">Faculty &amp; Staff</a></li>
74073  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   conferences-events.html">Conferences &amp; Events</a></li>
74074  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   research.html">Research</a>
74075  <div class="subnav-mask">
74076  <div class="subnav-wrapper">
74077  <div class="subnav col10 pad">
74078  <section class="nested">
74079  <div class="col4 main-column">
74080  <nav class="secondary">
74081  <ul>
74082  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   research.html" aria-label="Back to Research">Research</a></li>
74083  <li class="primary-nav-item">
74084  <a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   research.html" aria-label="Research Home">Research Home</a></li>
74085  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/epidemiology/
  …   research/mano-a-mano.html">Mano a Mano</a></li>
74086  </ul>
74087  </nav>
74088  </div>
74089  </section>
74090  </div>
74091  </div>
74092  </div></li>
74093  </ul>
74094  </nav>
74095  </div>
74096  </section>
74097  </div>
74098  </div>
74099  </div></li>
74100  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/departments-divisions/experimental-
  …   radiation-oncology.html">Experimental Radiation Oncology</a>
74101  <div class="subnav-mask">
74102  <div class="subnav-wrapper">
74103  <div class="subnav col10 pad">
74104  <section class="nested">
74105  <div class="col4 main-column">
74106  <nav class="secondary">
74107  <ul>
74108  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/departments-divisions/experimental-
  …   radiation-oncology.html" aria-label="Back to Experimental Radiation Oncology
  …   ">Experimental Radiation Oncology</a></li>
74109  <li class="primary-nav-item">
74110  <a
  …   href="/research/departments-labs-institutes/departments-divisions/experimental-
  …   radiation-oncology.html" aria-label="Experimental Radiation Oncology
  …   Home">Experimental Radiation Oncology Home</a></li>
74111  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/experimental-
  …   radiation-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74112  </ul>
74113  </nav>
74114  </div>
```

```
74115  </section>
74116  </div>
74117  </div>
74118  </div></li>
74119  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/experimental-
    …  therapeutics.html">Experimental Therapeutics</a>
74120  <div class="subnav-mask">
74121  <div class="subnav-wrapper">
74122  <div class="subnav col10 pad">
74123  <section class="nested">
74124  <div class="col4 main-column">
74125  <nav class="secondary">
74126  <ul>
74127  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/experimental-
    …  therapeutics.html" aria-label="Back to Experimental Therapeutics">Experimental
    …  Therapeutics</a></li>
74128  <li class="primary-nav-item">
74129  <a
    …  href="/research/departments-labs-institutes/departments-divisions/experimental-
    …  therapeutics.html" aria-label="Experimental Therapeutics Home">Experimental
    …  Therapeutics Home</a></li>
74130  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/experimental-
    …  therapeutics/faculty-staff.html">Faculty &amp; Staff</a></li>
74131  </ul>
74132  </nav>
74133  </div>
74134  </section>
74135  </div>
74136  </div>
74137  </div></li>
74138  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
    …  hepatology-and-nutrition.html">Gastroenterology, Hepatology &amp; Nutrition</a>
74139  <div class="subnav-mask">
74140  <div class="subnav-wrapper">
74141  <div class="subnav col10 pad">
74142  <section class="nested">
74143  <div class="col4 main-column">
74144  <nav class="secondary">
74145  <ul>
74146  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
    …  hepatology-and-nutrition.html" aria-label="Back to Gastroenterology, Hepatology &amp;
    …  Nutrition ">Gastroenterology, Hepatology &amp; Nutrition</a></li>
74147  <li class="primary-nav-item">
74148  <a
    …  href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
    …  hepatology-and-nutrition.html" aria-label="Gastroenterology, Hepatology &amp;
    …  Nutrition  Home">Gastroenterology, Hepatology &amp; Nutrition Home</a></li>
74149  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
    …  hepatology-and-nutrition/faculty-staff.html">Faculty &amp; Staff</a></li>
74150  </ul>
74151  </nav>
74152  </div>
74153  </section>
74154  </div>
74155  </div>
74156  </div></li>
74157  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
    …  medical-oncology.html">Gastrointestinal Medical Oncology</a>
74158  <div class="subnav-mask">
74159  <div class="subnav-wrapper">
74160  <div class="subnav col10 pad">
```

```
74161 <section class="nested">
74162 <div class="col4 main-column">
74163 <nav class="secondary">
74164 <ul>
74165 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
    … medical-oncology.html" aria-label="Back to Gastrointestinal Medical
    … Oncology">Gastrointestinal Medical Oncology</a></li>
74166 <li class="primary-nav-item">
74167 <a
    … href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
    … medical-oncology.html" aria-label="Gastrointestinal Medical Oncology
    … Home">Gastrointestinal Medical Oncology Home</a></li>
74168 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
    … medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74169 </ul>
74170 </nav>
74171 </div>
74172 </section>
74173 </div>
74174 </div>
74175 </div></li>
74176 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine.html">General Internal Medicine</a>
74177 <div class="subnav-mask">
74178 <div class="subnav-wrapper">
74179 <div class="subnav col10 pad">
74180 <section class="nested">
74181 <div class="col4 main-column">
74182 <nav class="secondary">
74183 <ul>
74184 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine.html" aria-label="Back to General Internal Medicine">General Internal
    … Medicine</a></li>
74185 <li class="primary-nav-item">
74186 <a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine.html" aria-label="General Internal Medicine Home">General Internal Medicine
    … Home</a></li>
74187 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
74188 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine/research.html">Research</a></li>
74189 </ul>
74190 </nav>
74191 </div>
74192 </section>
74193 </div>
74194 </div>
74195 </div></li>
74196 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
    … html">General Oncology</a>
74197 <div class="subnav-mask">
74198 <div class="subnav-wrapper">
74199 <div class="subnav col10 pad">
74200 <section class="nested">
74201 <div class="col4 main-column">
74202 <nav class="secondary">
74203 <ul>
74204 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
    … html" aria-label="Back to General Oncology">General Oncology</a></li>
```

```
74205 <li class="primary-nav-item"><a
74206 <a
   … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
   … html" aria-label="General Oncology Home">General Oncology Home</a></li>
74207 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/general-oncology/
   … faculty-staff.html">Faculty &amp; Staff</a></li>
74208 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/general-oncology/
   … lbj-oncology-service.html">MD Anderson Oncology Program at Lyndon B. Johnson
   … Hospital</a></li>
74209 </ul>
74210 </nav>
74211 </div>
74212 </section>
74213 </div>
74214 </div>
74215 </div></li>
74216 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics.html">
   … Genetics</a>
74217 <div class="subnav-mask">
74218 <div class="subnav-wrapper">
74219 <div class="subnav col10 pad">
74220 <section class="nested">
74221 <div class="col4 main-column">
74222 <nav class="secondary">
74223 <ul>
74224 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics.html"
   … aria-label="Back to Genetics">Genetics</a></li>
74225 <li class="primary-nav-item">
74226 <a href="/research/departments-labs-institutes/departments-divisions/genetics.html"
   … aria-label="Genetics Home">Genetics Home</a></li>
74227 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics/faculty-
   … staff.html">Faculty &amp; Staff</a></li>
74228 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics/research.
   … html">Research</a></li>
74229 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics/
   … conferences-events.html">Conferences &amp; Events</a></li>
74230 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/genetics/news.html"
   … >News</a></li>
74231 </ul>
74232 </nav>
74233 </div>
74234 </section>
74235 </div>
74236 </div>
74237 </div></li>
74238 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
   … html">Genomic Medicine</a>
74239 <div class="subnav-mask">
74240 <div class="subnav-wrapper">
74241 <div class="subnav col10 pad">
74242 <section class="nested">
74243 <div class="col4 main-column">
74244 <nav class="secondary">
74245 <ul>
74246 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
   … html" aria-label="Back to Genomic Medicine">Genomic Medicine</a></li>
74247 <li class="primary-nav-item">
74248 <a
```

```
74248  href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
    …  html" aria-label="Genomic Medicine Home">Genomic Medicine Home</a></li>
74249  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genomic-medicine/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
74250  </ul>
74251  </nav>
74252  </div>
74253  </section>
74254  </div>
74255  </div>
74256  </div></li>
74257  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology.html">Genitourinary Medical Oncology</a>
74258  <div class="subnav-mask">
74259  <div class="subnav-wrapper">
74260  <div class="subnav col10 pad">
74261  <section class="nested">
74262  <div class="col4 main-column">
74263  <nav class="secondary">
74264  <ul>
74265  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology.html" aria-label="Back to Genitourinary Medical
    …  Oncology">Genitourinary Medical Oncology</a></li>
74266  <li class="primary-nav-item">
74267  <a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology.html" aria-label="Genitourinary Medical Oncology Home">Genitourinary
    …  Medical Oncology Home</a></li>
74268  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74269  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology/research.html">Research</a></li>
74270  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/genitourinary-
    …  medical-oncology/clinical-trials.html">Clinical Trials</a></li>
74271  </ul>
74272  </nav>
74273  </div>
74274  </section>
74275  </div>
74276  </div>
74277  </div></li>
74278  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gynecologic-
    …  oncology.html">Gynecologic Oncology and Reproductive Medicine</a>
74279  <div class="subnav-mask">
74280  <div class="subnav-wrapper">
74281  <div class="subnav col10 pad">
74282  <section class="nested">
74283  <div class="col4 main-column">
74284  <nav class="secondary">
74285  <ul>
74286  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gynecologic-
    …  oncology.html" aria-label="Back to Gynecologic Oncology and Reproductive
    …  Medicine">Gynecologic Oncology and Reproductive Medicine</a></li>
74287  <li class="primary-nav-item">
74288  <a
    …  href="/research/departments-labs-institutes/departments-divisions/gynecologic-
    …  oncology.html" aria-label="Gynecologic Oncology and Reproductive Medicine
    …  Home">Gynecologic Oncology and Reproductive Medicine Home</a></li>
74289  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/gynecologic-
```

```
74289… oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74290 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/gynecologic-
   … oncology/research.html">Research</a></li>
74291 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/gynecologic-
   … oncology/clinical-trials.html">Clinical Trials</a></li>
74292 </ul>
74293 </nav>
74294 </div>
74295 </section>
74296 </div>
74297 </div>
74298 </div></li>
74299 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery.html">Head &amp; Neck Surgery</a>
74300 <div class="subnav-mask">
74301 <div class="subnav-wrapper">
74302 <div class="subnav col10 pad">
74303 <section class="nested">
74304 <div class="col4 main-column">
74305 <nav class="secondary">
74306 <ul>
74307 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery.html" aria-label="Back to Head &amp; Neck Surgery">Head &amp; Neck
   … Surgery</a></li>
74308 <li class="primary-nav-item">
74309 <a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery.html" aria-label="Head &amp; Neck Surgery Home">Head &amp; Neck Surgery
   … Home</a></li>
74310 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
74311 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery/sections.html">Section of Oral Oncology and Maxillofacial
   … Prosthodontics</a></li>
74312 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
   … surgery/news.html">News</a></li>
74313 </ul>
74314 </nav>
74315 </div>
74316 </section>
74317 </div>
74318 </div>
74319 </div></li>
74320 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/health-disparities-
   … research.html">Health Disparities Research</a>
74321 <div class="subnav-mask">
74322 <div class="subnav-wrapper">
74323 <div class="subnav col10 pad">
74324 <section class="nested">
74325 <div class="col4 main-column">
74326 <nav class="secondary">
74327 <ul>
74328 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/health-disparities-
   … research.html" aria-label="Back to Health Disparities Research">Health Disparities
   … Research</a></li>
74329 <li class="primary-nav-item">
74330 <a
   … href="/research/departments-labs-institutes/departments-divisions/health-disparities-
   … research.html" aria-label="Health Disparities Research Home">Health Disparities
```

```
74330… Research Home</a></li>
74331  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/health-disparities-
   …   research/faculty-staff.html">Faculty &amp; Staff</a></li>
74332  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/health-disparities-
   …   research/research.html">Research</a></li>
74333  </ul>
74334  </nav>
74335  </div>
74336  </section>
74337  </div>
74338  </div>
74339  </div></li>
74340  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/health-services-
   …   research.html">Health Services Research</a>
74341  <div class="subnav-mask">
74342  <div class="subnav-wrapper">
74343  <div class="subnav col10 pad">
74344  <section class="nested">
74345  <div class="col4 main-column">
74346  <nav class="secondary">
74347  <ul>
74348  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/health-services-
   …   research.html" aria-label="Back to Health Services Research">Health Services
   …   Research</a></li>
74349  <li class="primary-nav-item">
74350  <a
   …   href="/research/departments-labs-institutes/departments-divisions/health-services-
   …   research.html" aria-label="Health Services Research Home">Health Services Research
   …   Home</a></li>
74351  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/health-services-
   …   research/faculty-staff.html">Faculty &amp; Staff</a></li>
74352  </ul>
74353  </nav>
74354  </div>
74355  </section>
74356  </div>
74357  </div>
74358  </div></li>
74359  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/hematopathology.
   …   html">Hematopathology</a>
74360  <div class="subnav-mask">
74361  <div class="subnav-wrapper">
74362  <div class="subnav col10 pad">
74363  <section class="nested">
74364  <div class="col4 main-column">
74365  <nav class="secondary">
74366  <ul>
74367  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/hematopathology.
   …   html" aria-label="Back to Hematopathology">Hematopathology</a></li>
74368  <li class="primary-nav-item">
74369  <a
   …   href="/research/departments-labs-institutes/departments-divisions/hematopathology.
   …   html" aria-label="Hematopathology Home">Hematopathology Home</a></li>
74370  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/hematopathology/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
74371  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/hematopathology/
   …   sections.html">Sections</a></li>
74372  </ul>
74373  </nav>
```

```
74374 </div>
74375 </section>
74376 </div>
74377 </div>
74378 </div></li>
74379 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
  …  html">Imaging Physics</a>
74380 <div class="subnav-mask">
74381 <div class="subnav-wrapper">
74382 <div class="subnav col10 pad">
74383 <section class="nested">
74384 <div class="col4 main-column">
74385 <nav class="secondary">
74386 <ul>
74387 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
  …  html" aria-label="Back to Imaging Physics">Imaging Physics</a></li>
74388 <li class="primary-nav-item">
74389 <a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
  …  html" aria-label="Imaging Physics Home">Imaging Physics Home</a></li>
74390 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
  …  faculty-staff.html">Faculty &amp; Staff</a></li>
74391 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
  …  research.html">Research</a></li>
74392 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
  …  news.html">News</a></li>
74393 </ul>
74394 </nav>
74395 </div>
74396 </section>
74397 </div>
74398 </div>
74399 </div></li>
74400 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/departments-divisions/immunology.html">
  …  Immunology</a>
74401 <div class="subnav-mask">
74402 <div class="subnav-wrapper">
74403 <div class="subnav col10 pad">
74404 <section class="nested">
74405 <div class="col4 main-column">
74406 <nav class="secondary">
74407 <ul>
74408 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/departments-divisions/immunology.html"
  …  aria-label="Back to Immunology">Immunology</a></li>
74409 <li class="primary-nav-item">
74410 <a href="/research/departments-labs-institutes/departments-divisions/immunology.html"
  …  aria-label="Immunology Home">Immunology Home</a></li>
74411 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/immunology/faculty-
  …  staff.html">Faculty &amp; Staff</a></li>
74412 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/immunology/research
  …  .html">Research</a></li>
74413 </ul>
74414 </nav>
74415 </div>
74416 </section>
74417 </div>
74418 </div>
74419 </div></li>
74420 <li class="primary-nav-item has-subnav"><a
```

```
74420 href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
      -infection-control-and-employee-health.html">Infectious Diseases, Infection Control
      &amp; Employee Health</a>
74421 <div class="subnav-mask">
74422 <div class="subnav-wrapper">
74423 <div class="subnav col10 pad">
74424 <section class="nested">
74425 <div class="col4 main-column">
74426 <nav class="secondary">
74427 <ul>
74428 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
      -infection-control-and-employee-health.html" aria-label="Back to Infectious Diseases,
      Infection Control &amp; Employee Health ">Infectious Diseases, Infection Control
      &amp; Employee Health</a></li>
74429 <li class="primary-nav-item">
74430 <a
      href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
      -infection-control-and-employee-health.html" aria-label="Infectious Diseases,
      Infection Control &amp; Employee Health  Home">Infectious Diseases, Infection Control
      &amp; Employee Health Home</a></li>
74431 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
      -infection-control-and-employee-health/faculty-staff.html">Faculty &amp;
      Staff</a></li>
74432 </ul>
74433 </nav>
74434 </div>
74435 </section>
74436 </div>
74437 </div>
74438 </div></li>
74439 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/departments-divisions/institutional-
      research.html">Institutional Research</a>
74440 <div class="subnav-mask">
74441 <div class="subnav-wrapper">
74442 <div class="subnav col10 pad">
74443 <section class="nested">
74444 <div class="col4 main-column">
74445 <nav class="secondary">
74446 <ul>
74447 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/departments-divisions/institutional-
      research.html" aria-label="Back to Institutional Research">Institutional
      Research</a></li>
74448 <li class="primary-nav-item">
74449 <a
      href="/research/departments-labs-institutes/departments-divisions/institutional-
      research.html" aria-label="Institutional Research Home">Institutional Research
      Home</a></li>
74450 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/institutional-
      research/faculty-staff.html">Faculty &amp; Staff</a></li>
74451 </ul>
74452 </nav>
74453 </div>
74454 </section>
74455 </div>
74456 </div>
74457 </div></li>
74458 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/departments-divisions/interventional-
      radiology.html">Interventional Radiology</a>
74459 <div class="subnav-mask">
74460 <div class="subnav-wrapper">
74461 <div class="subnav col10 pad">
74462 <section class="nested">
```

```
74463 <div class="col4 main-column">
74464 <nav class="secondary">
74465 <ul>
74466 <li class="mobile-nav-back"><a
   ... href="/research/departments-labs-institutes/departments-divisions/interventional-
   ... radiology.html" aria-label="Back to Interventional Radiology">Interventional
   ... Radiology</a></li>
74467 <li class="primary-nav-item">
74468 <a
   ... href="/research/departments-labs-institutes/departments-divisions/interventional-
   ... radiology.html" aria-label="Interventional Radiology Home">Interventional Radiology
   ... Home</a></li>
74469 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/departments-divisions/interventional-
   ... radiology/faculty-staff.html">Faculty &amp; Staff</a></li>
74470 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/departments-divisions/interventional-
   ... radiology/research.html">Research</a></li>
74471 </ul>
74472 </nav>
74473 </div>
74474 </section>
74475 </div>
74476 </div>
74477 </div></li>
74478 <li class="primary-nav-item has-subnav"><a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics.html">Investigational Cancer Therapeutics</a>
74479 <div class="subnav-mask">
74480 <div class="subnav-wrapper">
74481 <div class="subnav col10 pad">
74482 <section class="nested">
74483 <div class="col4 main-column">
74484 <nav class="secondary">
74485 <ul>
74486 <li class="mobile-nav-back"><a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics.html" aria-label="Back to Investigational Cancer
   ... Therapeutics">Investigational Cancer Therapeutics</a></li>
74487 <li class="primary-nav-item">
74488 <a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics.html" aria-label="Investigational Cancer Therapeutics
   ... Home">Investigational Cancer Therapeutics Home</a></li>
74489 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics/faculty.html">Faculty &amp; Staff</a></li>
74490 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics/research.html">Research</a></li>
74491 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/departments-divisions/investigational-
   ... cancer-therapeutics/news.html">Phase I Clinical Trials Newsletter</a></li>
74492 </ul>
74493 </nav>
74494 </div>
74495 </section>
74496 </div>
74497 </div>
74498 </div></li>
74499 <li class="primary-nav-item has-subnav"><a
   ... href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   ... .html">Laboratory Medicine</a>
74500 <div class="subnav-mask">
74501 <div class="subnav-wrapper">
74502 <div class="subnav col10 pad">
74503 <section class="nested">
74504 <div class="col4 main-column">
```

```
74505  <nav class="secondary">
74506  <ul>
74507  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   …   .html" aria-label="Back to Laboratory Medicine">Laboratory Medicine</a></li>
74508  <li class="primary-nav-item">
74509  <a
   …   href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   …   .html" aria-label="Laboratory Medicine Home">Laboratory Medicine Home</a></li>
74510  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   …   /faculty-staff.html">Faculty &amp; Staff</a></li>
74511  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   …   /sections.html">Sections</a></li>
74512  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
   …   /research.html">Research</a></li>
74513  </ul>
74514  </nav>
74515  </div>
74516  </section>
74517  </div>
74518  </div>
74519  </div></li>
74520  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia.html">
   …   Leukemia</a>
74521  <div class="subnav-mask">
74522  <div class="subnav-wrapper">
74523  <div class="subnav col10 pad">
74524  <section class="nested">
74525  <div class="col4 main-column">
74526  <nav class="secondary">
74527  <ul>
74528  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia.html"
   …   aria-label="Back to Leukemia">Leukemia</a></li>
74529  <li class="primary-nav-item">
74530  <a href="/research/departments-labs-institutes/departments-divisions/leukemia.html"
   …   aria-label="Leukemia Home">Leukemia Home</a></li>
74531  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia/faculty-
   …   staff.html">Faculty &amp; Staff</a></li>
74532  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia/sections.
   …   html">Sections</a></li>
74533  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia/clinical-
   …   trials.html">Clinical Trials</a></li>
74534  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/leukemia/leukemia-
   …   insights.html">Leukemia Insights</a></li>
74535  </ul>
74536  </nav>
74537  </div>
74538  </section>
74539  </div>
74540  </div>
74541  </div></li>
74542  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
   …   html">Lymphoma &amp; Myeloma</a>
74543  <div class="subnav-mask">
74544  <div class="subnav-wrapper">
74545  <div class="subnav col10 pad">
74546  <section class="nested">
74547  <div class="col4 main-column">
```

```
74548  <nav class="secondary">
74549  <ul>
74550  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
  …    html" aria-label="Back to Lymphoma &amp; Myeloma">Lymphoma &amp; Myeloma</a></li>
74551  <li class="primary-nav-item">
74552  <a
  …    href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
  …    html" aria-label="Lymphoma &amp; Myeloma Home">Lymphoma &amp; Myeloma Home</a></li>
74553  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
  …    faculty-staff.html">Faculty &amp; Staff</a></li>
74554  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
  …    research.html">Research</a></li>
74555  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
  …    clinical-trials.html">Clinical Trials</a></li>
74556  </ul>
74557  </nav>
74558  </div>
74559  </section>
74560  </div>
74561  </div>
74562  </div></li>
74563  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology.html">Melanoma Medical Oncology</a>
74564  <div class="subnav-mask">
74565  <div class="subnav-wrapper">
74566  <div class="subnav col10 pad">
74567  <section class="nested">
74568  <div class="col4 main-column">
74569  <nav class="secondary">
74570  <ul>
74571  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology.html" aria-label="Back to Melanoma Medical Oncology">Melanoma Medical
  …    Oncology</a></li>
74572  <li class="primary-nav-item">
74573  <a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology.html" aria-label="Melanoma Medical Oncology Home">Melanoma Medical Oncology
  …    Home</a></li>
74574  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74575  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology/research.html">Research</a></li>
74576  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology/clinical-trials.html">Clinical Trials</a></li>
74577  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
  …    oncology/news.html">News &amp; Media</a></li>
74578  </ul>
74579  </nav>
74580  </div>
74581  </section>
74582  </div>
74583  </div>
74584  </div></li>
74585  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/molecular-and-
  …    cellular-oncology.html">Molecular &amp; Cellular Oncology</a>
74586  <div class="subnav-mask">
74587  <div class="subnav-wrapper">
```

```
74588 <div class="subnav col10 pad">
74589 <section class="nested">
74590 <div class="col4 main-column">
74591 <nav class="secondary">
74592 <ul>
74593 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/molecular-and-
    … cellular-oncology.html" aria-label="Back to Molecular &amp; Cellular
    … Oncology">Molecular &amp; Cellular Oncology</a></li>
74594 <li class="primary-nav-item">
74595 <a
    … href="/research/departments-labs-institutes/departments-divisions/molecular-and-
    … cellular-oncology.html" aria-label="Molecular &amp; Cellular Oncology Home">Molecular
    … &amp; Cellular Oncology Home</a></li>
74596 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/molecular-and-
    … cellular-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74597 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/molecular-and-
    … cellular-oncology/research.html">Research</a></li>
74598 </ul>
74599 </nav>
74600 </div>
74601 </section>
74602 </div>
74603 </div>
74604 </div></li>
74605 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
    … ">Neuro-Oncology</a>
74606 <div class="subnav-mask">
74607 <div class="subnav-wrapper">
74608 <div class="subnav col10 pad">
74609 <section class="nested">
74610 <div class="col4 main-column">
74611 <nav class="secondary">
74612 <ul>
74613 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
    … " aria-label="Back to Neuro-Oncology">Neuro-Oncology</a></li>
74614 <li class="primary-nav-item">
74615 <a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
    … " aria-label="Neuro-Oncology Home">Neuro-Oncology Home</a></li>
74616 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
74617 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
    … research.html">Research</a></li>
74618 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
    … conferences-events.html">Conferences &amp; Events</a></li>
74619 </ul>
74620 </nav>
74621 </div>
74622 </section>
74623 </div>
74624 </div>
74625 </div></li>
74626 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html">
    … Neurosurgery</a>
74627 <div class="subnav-mask">
74628 <div class="subnav-wrapper">
74629 <div class="subnav col10 pad">
74630 <section class="nested">
74631 <div class="col4 main-column">
```

```
74632 <nav class="secondary">
74633 <ul>
74634 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html"
    … aria-label="Back to Neurosurgery">Neurosurgery</a></li>
74635 <li class="primary-nav-item">
74636 <a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html"
    … aria-label="Neurosurgery Home">Neurosurgery Home</a></li>
74637 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
74638 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
    … research.html">Research</a></li>
74639 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
    … conferences-events.html">Conferences &amp; Events</a></li>
74640 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/neurosurgery/news.
    … html">News</a></li>
74641 </ul>
74642 </nav>
74643 </div>
74644 </section>
74645 </div>
74646 </div>
74647 </div></li>
74648 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
    … html">Nuclear Medicine</a>
74649 <div class="subnav-mask">
74650 <div class="subnav-wrapper">
74651 <div class="subnav col10 pad">
74652 <section class="nested">
74653 <div class="col4 main-column">
74654 <nav class="secondary">
74655 <ul>
74656 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
    … html" aria-label="Back to Nuclear Medicine ">Nuclear Medicine</a></li>
74657 <li class="primary-nav-item">
74658 <a
    … href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
    … html" aria-label="Nuclear Medicine  Home">Nuclear Medicine Home</a></li>
74659 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
74660 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine/
    … research.html">Research</a></li>
74661 </ul>
74662 </nav>
74663 </div>
74664 </section>
74665 </div>
74666 </div>
74667 </div></li>
74668 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/nursing.html">
    … Nursing</a>
74669 <div class="subnav-mask">
74670 <div class="subnav-wrapper">
74671 <div class="subnav col10 pad">
74672 <section class="nested">
74673 <div class="col4 main-column">
74674 <nav class="secondary">
74675 <ul>
```

```
74676  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/nursing.html"
   …   aria-label="Back to Nursing">Nursing</a></li>
74677  <li class="primary-nav-item">
74678  <a href="/research/departments-labs-institutes/departments-divisions/nursing.html"
   …   aria-label="Nursing Home">Nursing Home</a></li>
74679  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/nursing/faculty-
   …   staff.html">Faculty &amp; Staff</a></li>
74680  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/nursing/research.
   …   html">Research</a></li>
74681  </ul>
74682  </nav>
74683  </div>
74684  </section>
74685  </div>
74686  </div>
74687  </div></li>
74688  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
   …   oncology.html">Orthopaedic Oncology</a>
74689  <div class="subnav-mask">
74690  <div class="subnav-wrapper">
74691  <div class="subnav col10 pad">
74692  <section class="nested">
74693  <div class="col4 main-column">
74694  <nav class="secondary">
74695  <ul>
74696  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
   …   oncology.html" aria-label="Back to Orthopaedic Oncology">Orthopaedic
   …   Oncology</a></li>
74697  <li class="primary-nav-item">
74698  <a
   …   href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
   …   oncology.html" aria-label="Orthopaedic Oncology Home">Orthopaedic Oncology
   …   Home</a></li>
74699  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
   …   oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74700  </ul>
74701  </nav>
74702  </div>
74703  </section>
74704  </div>
74705  </div>
74706  </div></li>
74707  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
   …   >Pain Medicine</a>
74708  <div class="subnav-mask">
74709  <div class="subnav-wrapper">
74710  <div class="subnav col10 pad">
74711  <section class="nested">
74712  <div class="col4 main-column">
74713  <nav class="secondary">
74714  <ul>
74715  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
   …   aria-label="Back to Pain Medicine ">Pain Medicine</a></li>
74716  <li class="primary-nav-item">
74717  <a
   …   href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
   …   aria-label="Pain Medicine  Home">Pain Medicine Home</a></li>
74718  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pain-medicine/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
```

```
74719 </ul>
74720 </nav>
74721 </div>
74722 </section>
74723 </div>
74724 </div>
74725 </div></li>
74726 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
      -rehabilitation-medicine.html">Palliative, Rehabilitation &amp; Integrative
      Medicine</a>
74727 <div class="subnav-mask">
74728 <div class="subnav-wrapper">
74729 <div class="subnav col10 pad">
74730 <section class="nested">
74731 <div class="col4 main-column">
74732 <nav class="secondary">
74733 <ul>
74734 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
      -rehabilitation-medicine.html" aria-label="Back to Palliative, Rehabilitation &amp;
      Integrative Medicine">Palliative, Rehabilitation &amp; Integrative Medicine</a></li>
74735 <li class="primary-nav-item">
74736 <a
      href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
      -rehabilitation-medicine.html" aria-label="Palliative, Rehabilitation &amp;
      Integrative Medicine Home">Palliative, Rehabilitation &amp; Integrative Medicine
      Home</a></li>
74737 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
      -rehabilitation-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
74738 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
      -rehabilitation-medicine/clinical-trials.html">Clinical Trials</a></li>
74739 </ul>
74740 </nav>
74741 </div>
74742 </section>
74743 </div>
74744 </div>
74745 </div></li>
74746 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/departments-divisions/pathology.html">
      Pathology</a>
74747 <div class="subnav-mask">
74748 <div class="subnav-wrapper">
74749 <div class="subnav col10 pad">
74750 <section class="nested">
74751 <div class="col4 main-column">
74752 <nav class="secondary">
74753 <ul>
74754 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/departments-divisions/pathology.html"
      aria-label="Back to Pathology">Pathology</a></li>
74755 <li class="primary-nav-item">
74756 <a href="/research/departments-labs-institutes/departments-divisions/pathology.html"
      aria-label="Pathology Home">Pathology Home</a></li>
74757 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/pathology/faculty-
      staff.html">Faculty &amp; Staff</a></li>
74758 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/departments-divisions/pathology/news.html
      ">News</a></li>
74759 </ul>
74760 </nav>
74761 </div>
74762 </section>
74763 </div>
```

```
74764  </div>
74765  </div></li>
74766  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
    …  html">Plastic Surgery</a>
74767  <div class="subnav-mask">
74768  <div class="subnav-wrapper">
74769  <div class="subnav col10 pad">
74770  <section class="nested">
74771  <div class="col4 main-column">
74772  <nav class="secondary">
74773  <ul>
74774  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
    …  html" aria-label="Back to Plastic Surgery">Plastic Surgery</a></li>
74775  <li class="primary-nav-item">
74776  <a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
    …  html" aria-label="Plastic Surgery Home">Plastic Surgery Home</a></li>
74777  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
74778  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
    …  sections.html">Sections</a></li>
74779  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
    …  research.html">Research</a></li>
74780  </ul>
74781  </nav>
74782  </div>
74783  </section>
74784  </div>
74785  </div>
74786  </div></li>
74787  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/psychiatry.html">
    …  Psychiatry</a>
74788  <div class="subnav-mask">
74789  <div class="subnav-wrapper">
74790  <div class="subnav col10 pad">
74791  <section class="nested">
74792  <div class="col4 main-column">
74793  <nav class="secondary">
74794  <ul>
74795  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/psychiatry.html"
    …  aria-label="Back to Psychiatry">Psychiatry</a></li>
74796  <li class="primary-nav-item">
74797  <a href="/research/departments-labs-institutes/departments-divisions/psychiatry.html"
    …  aria-label="Psychiatry Home">Psychiatry Home</a></li>
74798  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/psychiatry/faculty-
    …  staff.html">Faculty &amp; Staff</a></li>
74799  </ul>
74800  </nav>
74801  </div>
74802  </section>
74803  </div>
74804  </div>
74805  </div></li>
74806  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
    …  html">Pulmonary Medicine</a>
74807  <div class="subnav-mask">
74808  <div class="subnav-wrapper">
74809  <div class="subnav col10 pad">
74810  <section class="nested">
```

```
74811  <div class="col4 main-column">
74812  <nav class="secondary">
74813  <ul>
74814  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
   …   html" aria-label="Back to Pulmonary Medicine ">Pulmonary Medicine</a></li>
74815  <li class="primary-nav-item">
74816  <a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
   …   html" aria-label="Pulmonary Medicine  Home">Pulmonary Medicine Home</a></li>
74817  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
74818  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine/
   …   sections.html">Sections</a></li>
74819  </ul>
74820  </nav>
74821  </div>
74822  </section>
74823  </div>
74824  </div>
74825  </div></li>
74826  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
   …   html">Radiation Physics</a>
74827  <div class="subnav-mask">
74828  <div class="subnav-wrapper">
74829  <div class="subnav col10 pad">
74830  <section class="nested">
74831  <div class="col4 main-column">
74832  <nav class="secondary">
74833  <ul>
74834  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
   …   html" aria-label="Back to Radiation Physics">Radiation Physics</a></li>
74835  <li class="primary-nav-item">
74836  <a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
   …   html" aria-label="Radiation Physics Home">Radiation Physics Home</a></li>
74837  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
74838  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics/
   …   research.html">Research</a></li>
74839  </ul>
74840  </nav>
74841  </div>
74842  </section>
74843  </div>
74844  </div>
74845  </div></li>
74846  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
   …   html">Respiratory Care</a>
74847  <div class="subnav-mask">
74848  <div class="subnav-wrapper">
74849  <div class="subnav col10 pad">
74850  <section class="nested">
74851  <div class="col4 main-column">
74852  <nav class="secondary">
74853  <ul>
74854  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
   …   html" aria-label="Back to Respiratory Care ">Respiratory Care</a></li>
74855  <li class="primary-nav-item">
74856  <a
```

```
74856…  href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
…      html" aria-label="Respiratory Care  Home">Respiratory Care Home</a></li>
74857   <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/respiratory-care/
…      faculty-staff.html">Faculty &amp; Staff</a></li>
74858   </ul>
74859   </nav>
74860   </div>
74861   </section>
74862   </div>
74863   </div>
74864   </div></li>
74865   <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
…      oncology.html">Sarcoma Medical Oncology</a>
74866   <div class="subnav-mask">
74867   <div class="subnav-wrapper">
74868   <div class="subnav col10 pad">
74869   <section class="nested">
74870   <div class="col4 main-column">
74871   <nav class="secondary">
74872   <ul>
74873   <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
…      oncology.html" aria-label="Back to Sarcoma Medical Oncology">Sarcoma Medical
…      Oncology</a></li>
74874   <li class="primary-nav-item">
74875   <a
…      href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
…      oncology.html" aria-label="Sarcoma Medical Oncology Home">Sarcoma Medical Oncology
…      Home</a></li>
74876   <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
…      oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
74877   <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
…      oncology/sections.html">Cytokines &amp; Supportive Oncology</a></li>
74878   </ul>
74879   </nav>
74880   </div>
74881   </section>
74882   </div>
74883   </div>
74884   </div></li>
74885   <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/departments-divisions/science-park-
…      smithville.html">Science Park Smithville</a>
74886   <div class="subnav-mask">
74887   <div class="subnav-wrapper">
74888   <div class="subnav col10 pad">
74889   <section class="nested">
74890   <div class="col4 main-column">
74891   <nav class="secondary">
74892   <ul>
74893   <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/departments-divisions/science-park-
…      smithville.html" aria-label="Back to Science Park Smithville ">Science Park
…      Smithville</a></li>
74894   <li class="primary-nav-item">
74895   <a
…      href="/research/departments-labs-institutes/departments-divisions/science-park-
…      smithville.html" aria-label="Science Park Smithville  Home">Science Park Smithville
…      Home</a></li>
74896   <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/departments-divisions/science-park-
…      smithville/about-us.html">About Us - Smithville Science Park</a>
74897   <div class="subnav-mask">
74898   <div class="subnav-wrapper">
```

```
74899 <div class="subnav col10 pad">
74900 <section class="nested">
74901 <div class="col4 main-column">
74902 <nav class="secondary">
74903 <ul>
74904 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/about-us.html" aria-label="Back to About Us - Smithville Science
    … Park">About Us - Smithville Science Park</a></li>
74905 <li class="primary-nav-item">
74906 <a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/about-us.html" aria-label="About Us - Smithville Science Park Home">About
    … Us - Smithville Science Park Home</a></li>
74907 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/about-us/history.html">Science Park History</a></li>
74908 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/about-us/director.html">Director</a></li>
74909 </ul>
74910 </nav>
74911 </div>
74912 </section>
74913 </div>
74914 </div>
74915 </div></li>
74916 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/faculty.html">Faculty</a></li>
74917 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research.html">Research</a>
74918 <div class="subnav-mask">
74919 <div class="subnav-wrapper">
74920 <div class="subnav col10 pad">
74921 <section class="nested">
74922 <div class="col4 main-column">
74923 <nav class="secondary">
74924 <ul>
74925 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research.html" aria-label="Back to Research">Research</a></li>
74926 <li class="primary-nav-item">
74927 <a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research.html" aria-label="Research Home">Research Home</a></li>
74928 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research/cellular-and-molecular-mechanisms-of-carcinogenesis.html">
    … Cellular and Molecular Mechanisms of Carcinogenesis</a></li>
74929 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research/dna-replication-recombination-and-repair.html">Genome Integrity:
    … DNA Replication, Recombination and Repair</a></li>
74930 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research/cancer-genetics-and-epigenetics.html">Cancer Genetics and
    … Epigenetics</a></li>
74931 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research/cancer-stem-cells-and-programmed-cell-death.html">Cancer Stem
    … Cells and Programmed Cell Death</a></li>
74932 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/science-park-
    … smithville/research/publications.html">Publications</a></li>
74933 </ul>
74934 </nav>
```

```
74935  </div>
74936  </section>
74937  </div>
74938  </div>
74939  </div></li>
74940  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/resources.html">Resources</a></li>
74941  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/giving.html">Giving</a></li>
74942  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/community.html">Community</a>
74943  <div class="subnav-mask">
74944  <div class="subnav-wrapper">
74945  <div class="subnav col10 pad">
74946  <section class="nested">
74947  <div class="col4 main-column">
74948  <nav class="secondary">
74949  <ul>
74950  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/community.html" aria-label="Back to Community">Community</a></li>
74951  <li class="primary-nav-item">
74952  <a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/community.html" aria-label="Community Home">Community Home</a></li>
74953  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/community/friends-of-science-park.html">Friends of Science Park</a></li>
74954  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/community/community-outreach.html">Community Outreach</a></li>
74955  </ul>
74956  </nav>
74957  </div>
74958  </section>
74959  </div>
74960  </div>
74961  </div></li>
74962  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/news.html">News</a></li>
74963  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/events.html">Events</a>
74964  <div class="subnav-mask">
74965  <div class="subnav-wrapper">
74966  <div class="subnav col10 pad">
74967  <section class="nested">
74968  <div class="col4 main-column">
74969  <nav class="secondary">
74970  <ul>
74971  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/events.html" aria-label="Back to Events">Events</a></li>
74972  <li class="primary-nav-item">
74973  <a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/events.html" aria-label="Events Home">Events Home</a></li>
74974  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/science-park-
   …   smithville/events/seminar-calendar.html">Seminar Calendar</a></li>
74975  </ul>
74976  </nav>
74977  </div>
74978  </section>
```

```
74979 </div>
74980 </div>
74981 </div></li>
74982 </ul>
74983 </nav>
74984 </div>
74985 </section>
74986 </div>
74987 </div>
74988 </div></li>
74989 <li class="primary-nav-item has-subnav"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
 ⋯ education.html">Spiritual Care &amp; Education</a>
74990 <div class="subnav-mask">
74991 <div class="subnav-wrapper">
74992 <div class="subnav col10 pad">
74993 <section class="nested">
74994 <div class="col4 main-column">
74995 <nav class="secondary">
74996 <ul>
74997 <li class="mobile-nav-back"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
 ⋯ education.html" aria-label="Back to Spiritual Care &amp; Education">Spiritual Care
 ⋯ &amp; Education</a></li>
74998 <li class="primary-nav-item">
74999 <a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
 ⋯ education.html" aria-label="Spiritual Care &amp; Education Home">Spiritual Care &amp;
 ⋯ Education Home</a></li>
75000 <li class="primary-nav-item"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
 ⋯ education/faculty-staff.html">Faculty &amp; Staff</a></li>
75001 </ul>
75002 </nav>
75003 </div>
75004 </section>
75005 </div>
75006 </div>
75007 </div></li>
75008 <li class="primary-nav-item has-subnav"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/stem-cell-
 ⋯ transplantation.html">Stem Cell Transplantation &amp; Cellular Therapy</a>
75009 <div class="subnav-mask">
75010 <div class="subnav-wrapper">
75011 <div class="subnav col10 pad">
75012 <section class="nested">
75013 <div class="col4 main-column">
75014 <nav class="secondary">
75015 <ul>
75016 <li class="mobile-nav-back"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/stem-cell-
 ⋯ transplantation.html" aria-label="Back to Stem Cell Transplantation &amp; Cellular
 ⋯ Therapy">Stem Cell Transplantation &amp; Cellular Therapy</a></li>
75017 <li class="primary-nav-item">
75018 <a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/stem-cell-
 ⋯ transplantation.html" aria-label="Stem Cell Transplantation &amp; Cellular Therapy
 ⋯ Home">Stem Cell Transplantation &amp; Cellular Therapy Home</a></li>
75019 <li class="primary-nav-item"><a
 ⋯ href="/research/departments-labs-institutes/departments-divisions/stem-cell-
 ⋯ transplantation/faculty-staff.html">Faculty &amp; Staff</a></li>
75020 </ul>
75021 </nav>
75022 </div>
75023 </section>
75024 </div>
75025 </div>
75026 </div></li>
```

```
75027 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
   …  html">Surgical Oncology</a>
75028 <div class="subnav-mask">
75029 <div class="subnav-wrapper">
75030 <div class="subnav col10 pad">
75031 <section class="nested">
75032 <div class="col4 main-column">
75033 <nav class="secondary">
75034 <ul>
75035 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
   …  html" aria-label="Back to Surgical Oncology">Surgical Oncology</a></li>
75036 <li class="primary-nav-item">
75037 <a
   …  href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
   …  html" aria-label="Surgical Oncology Home">Surgical Oncology Home</a></li>
75038 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/surgical-oncology/
   …  faculty-staff.html">Faculty &amp; Staff</a></li>
75039 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/surgical-oncology/
   …  sections.html">Sections</a></li>
75040 </ul>
75041 </nav>
75042 </div>
75043 </section>
75044 </div>
75045 </div>
75046 </div></li>
75047 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research.
   …  html">Symptom Research</a>
75048 <div class="subnav-mask">
75049 <div class="subnav-wrapper">
75050 <div class="subnav col10 pad">
75051 <section class="nested">
75052 <div class="col4 main-column">
75053 <nav class="secondary">
75054 <ul>
75055 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research.
   …  html" aria-label="Back to Symptom Research">Symptom Research</a></li>
75056 <li class="primary-nav-item">
75057 <a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research.
   …  html" aria-label="Symptom Research Home">Symptom Research Home</a></li>
75058 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …  faculty-staff.html">Faculty &amp; Staff</a></li>
75059 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …  research.html">Research</a>
75060 <div class="subnav-mask">
75061 <div class="subnav-wrapper">
75062 <div class="subnav col10 pad">
75063 <section class="nested">
75064 <div class="col4 main-column">
75065 <nav class="secondary">
75066 <ul>
75067 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …  research.html" aria-label="Back to Research">Research</a></li>
75068 <li class="primary-nav-item">
75069 <a
   …  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …  research.html" aria-label="Research Home">Research Home</a></li>
75070 <li class="primary-nav-item"><a
```

```
75070… href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … research/clinical-trials.html">Clinical Trials</a></li>
75071 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … research/observational-studies.html">Observational Studies</a></li>
75072 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … research/instrument-development.html">Instrument Development</a></li>
75073 </ul>
75074 </nav>
75075 </div>
75076 </section>
75077 </div>
75078 </div>
75079 </div></li>
75080 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools.html">Symptom Assessment Tools</a>
75081 <div class="subnav-mask">
75082 <div class="subnav-wrapper">
75083 <div class="subnav col10 pad">
75084 <section class="nested">
75085 <div class="col4 main-column">
75086 <nav class="secondary">
75087 <ul>
75088 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools.html" aria-label="Back to Symptom Assessment Tools">Symptom
    … Assessment Tools</a></li>
75089 <li class="primary-nav-item">
75090 <a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools.html" aria-label="Symptom Assessment Tools Home">Symptom
    … Assessment Tools Home</a></li>
75091 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/brief-pain-inventory.html">Brief Pain Inventory
    … (BPI)</a></li>
75092 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/zoster-brief-pain-inventory.html">Zoster Brief Pain
    … Inventory (ZBPI)</a></li>
75093 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/brief-fatigue-inventory.html">Brief Fatigue Inventory
    … (BFI)</a></li>
75094 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/md-anderson-symptom-inventory-acute-myeloid-leukemia-
    … myelodysplastic-syndrome-module.html">MD Anderson Symptom Inventory Acute Myeloid
    … Leukemia/Myelodysplastic
75095 Syndrome Module (MDASI-AML/MDS)</a></li>
75096 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/md-anderson-symptom-inventory-bone-marrow-transplant-module.
    … html">MD Anderson Symptom Inventory Bone Marrow Transplant Module
    … (MDASI-BMT)</a></li>
75097 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/md-anderson-symptom-inventory-chronic-lymphocytic-leukemia-
    … module.html">MD Anderson Symptom Inventory Chronic Lymphocytic Leukemia Module
    … (MDASI-CLL)</a></li>
75098 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/symptom-research/
    … symptom-assessment-tools/md-anderson-symptom-inventory-gastrointestinal-stromal-tumor
    … -module.html">MD Anderson Symptom Inventory Gastrointestinal Stromal Tumor Module
    … (MDASI-GIST)</a></li>
75099 <li class="primary-nav-item"><a
```

```
75099  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-malignant-pleural-mesothelioma
   ..  -module.html">MD Anderson Symptom Inventory Malignant Pleural Mesothelioma Module
   ..  (MDASI-MPM)</a></li>
75100  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-ovarian-cancer-module.html">MD
   ..  Anderson Symptom Inventory Ovarian Cancer Module (MDASI-OC)</a></li>
75101  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-renal-cell-carcinoma-module.
   ..  html">MD Anderson Symptom Inventory Renal Cell Carcinoma Module (MDASI-RCC)</a></li>
75102  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-small-cell-lung-cancer-module.
   ..  html">MD Anderson Symptom Inventory Small Cell Lung Cancer Module
   ..  (MDASI-SCLC)</a></li>
75103  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-traditional-chinese-medicine-
   ..  module.html">MD Anderson Symptom Inventory Traditional Chinese Medicine Module
   ..  (MDASI-TCM)</a></li>
75104  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-gastrointestinal-cancer-module
   ..  .html">MD Anderson Symptom Inventory Gastrointestinal Cancer Module
   ..  (MDASI-GI)</a></li>
75105  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory.html">MD Anderson Symptom
   ..  Inventory (MDASI)</a></li>
75106  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-brain-tumor.html">MD Anderson
   ..  Symptom Inventory Brain Tumor (MDASI-BT)</a></li>
75107  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-chronic-graft-versus-host-
   ..  disease-module.html">MD Anderson Symptom Inventory Chronic Graft-versus-Host Disease
   ..  Module (MDASI-cGVHD)</a></li>
75108  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-chronic-myeloid-leukemia-
   ..  module.html">MD Anderson Symptom Inventory Chronic Myeloid Leukemia Module
   ..  (MDASI-CML)</a></li>
75109  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-heart-failure-module.html">MD
   ..  Anderson Symptom Inventory Heart Failure Module (MDASI-HF)</a></li>
75110  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-head-and-neck-cancer-module.
   ..  html">MD Anderson Symptom Inventory Head and Neck Cancer Module (MDASI-HN)</a></li>
75111  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-lung-cancer-module.html">MD
   ..  Anderson Symptom Inventory Lung Cancer Module (MDASI-LC)</a></li>
75112  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-multiple-myeloma-module.html">
   ..  MD Anderson Symptom Inventory Multiple Myeloma Module (MDASI-MM)</a></li>
75113  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-spine-tumor-module.html">MD
   ..  Anderson Symptom Inventory Spine Tumor Module (MDASI-SP)</a></li>
75114  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools/md-anderson-symptom-inventory-thyroid-cancer-module.html">MD
```

```
75114…  Anderson Symptom Inventory Thyroid Cancer Module (MDASI-Thy)</a></li>
75115   </ul>
75116   </nav>
75117   </div>
75118   </section>
75119   </div>
75120   </div>
75121   </div></li>
75122   </ul>
75123   </nav>
75124   </div>
75125   </section>
75126   </div>
75127   </div>
75128   </div></li>
75129   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
    …   html">Systems Biology</a>
75130   <div class="subnav-mask">
75131   <div class="subnav-wrapper">
75132   <div class="subnav col10 pad">
75133   <section class="nested">
75134   <div class="col4 main-column">
75135   <nav class="secondary">
75136   <ul>
75137   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
    …   html" aria-label="Back to Systems Biology">Systems Biology</a></li>
75138   <li class="primary-nav-item">
75139   <a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
    …   html" aria-label="Systems Biology Home">Systems Biology Home</a></li>
75140   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology/
    …   faculty-staff.html">Faculty &amp; Staff</a></li>
75141   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology/
    …   research.html">Research</a></li>
75142   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/departments-divisions/systems-biology/
    …   sections.html">Sections</a></li>
75143   </ul>
75144   </nav>
75145   </div>
75146   </section>
75147   </div>
75148   </div>
75149   </div></li>
75150   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …   cardiovascular-surgery.html">Thoracic &amp; Cardiovascular Surgery</a>
75151   <div class="subnav-mask">
75152   <div class="subnav-wrapper">
75153   <div class="subnav col10 pad">
75154   <section class="nested">
75155   <div class="col4 main-column">
75156   <nav class="secondary">
75157   <ul>
75158   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …   cardiovascular-surgery.html" aria-label="Back to Thoracic &amp; Cardiovascular
    …   Surgery">Thoracic &amp; Cardiovascular Surgery</a></li>
75159   <li class="primary-nav-item">
75160   <a
    …   href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …   cardiovascular-surgery.html" aria-label="Thoracic &amp; Cardiovascular Surgery
    …   Home">Thoracic &amp; Cardiovascular Surgery Home</a></li>
75161   <li class="primary-nav-item"><a
```

```
75161… href="/research/departments-labs-institutes/departments-divisions/thoracic-
  …   cardiovascular-surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
75162 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/thoracic-
  …   cardiovascular-surgery/research.html">Research</a></li>
75163 </ul>
75164 </nav>
75165 </div>
75166 </section>
75167 </div>
75168 </div>
75169 </div></li>
75170 <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
  …   medical-oncology.html">Thoracic/Head &amp; Neck Medical Oncology</a>
75171 <div class="subnav-mask">
75172 <div class="subnav-wrapper">
75173 <div class="subnav col10 pad">
75174 <section class="nested">
75175 <div class="col4 main-column">
75176 <nav class="secondary">
75177 <ul>
75178 <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
  …   medical-oncology.html" aria-label="Back to Thoracic/Head &amp; Neck Medical
  …   Oncology">Thoracic/Head &amp; Neck Medical Oncology</a></li>
75179 <li class="primary-nav-item">
75180 <a
  …   href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
  …   medical-oncology.html" aria-label="Thoracic/Head &amp; Neck Medical Oncology
  …   Home">Thoracic/Head &amp; Neck Medical Oncology Home</a></li>
75181 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
  …   medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
75182 </ul>
75183 </nav>
75184 </div>
75185 </section>
75186 </div>
75187 </div>
75188 </div></li>
75189 <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
  …   molecular-pathology.html">Translational Molecular Pathology</a>
75190 <div class="subnav-mask">
75191 <div class="subnav-wrapper">
75192 <div class="subnav col10 pad">
75193 <section class="nested">
75194 <div class="col4 main-column">
75195 <nav class="secondary">
75196 <ul>
75197 <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
  …   molecular-pathology.html" aria-label="Back to Translational Molecular Pathology
  …   ">Translational Molecular Pathology</a></li>
75198 <li class="primary-nav-item">
75199 <a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
  …   molecular-pathology.html" aria-label="Translational Molecular Pathology
  …   Home">Translational Molecular Pathology Home</a></li>
75200 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
  …   molecular-pathology/faculty-staff.html">Faculty &amp; Staff</a></li>
75201 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
  …   molecular-pathology/research.html">Research</a></li>
75202 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/departments-divisions/translational-
```

```
75202 molecular-pathology/conferences-events.html">Conferences &amp; Events</a></li>
75203 </ul>
75204 </nav>
75205 </div>
75206 </section>
75207 </div>
75208 </div>
75209 </div></li>
75210 <li class="primary-nav-item has-subnav"><a
...   href="/research/departments-labs-institutes/departments-divisions/urology.html">
...   Urology</a>
75211 <div class="subnav-mask">
75212 <div class="subnav-wrapper">
75213 <div class="subnav col10 pad">
75214 <section class="nested">
75215 <div class="col4 main-column">
75216 <nav class="secondary">
75217 <ul>
75218 <li class="mobile-nav-back"><a
...   href="/research/departments-labs-institutes/departments-divisions/urology.html"
...   aria-label="Back to Urology">Urology</a></li>
75219 <li class="primary-nav-item">
75220 <a href="/research/departments-labs-institutes/departments-divisions/urology.html"
...   aria-label="Urology Home">Urology Home</a></li>
75221 <li class="primary-nav-item"><a
...   href="/research/departments-labs-institutes/departments-divisions/urology/faculty-
...   staff.html">Faculty &amp; Staff</a></li>
75222 <li class="primary-nav-item"><a
...   href="/research/departments-labs-institutes/departments-divisions/urology/research.
...   html">Research</a></li>
75223 </ul>
75224 </nav>
75225 </div>
75226 </section>
75227 </div>
75228 </div>
75229 </div></li>
75230 <li class="primary-nav-item has-subnav"><a
...   href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
...   -and-surgery.html">Veterinary Medicine and Surgery</a>
75231 <div class="subnav-mask">
75232 <div class="subnav-wrapper">
75233 <div class="subnav col10 pad">
75234 <section class="nested">
75235 <div class="col4 main-column">
75236 <nav class="secondary">
75237 <ul>
75238 <li class="mobile-nav-back"><a
...   href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
...   -and-surgery.html" aria-label="Back to Veterinary Medicine and Surgery">Veterinary
...   Medicine and Surgery</a></li>
75239 <li class="primary-nav-item">
75240 <a
...   href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
...   -and-surgery.html" aria-label="Veterinary Medicine and Surgery Home">Veterinary
...   Medicine and Surgery Home</a></li>
75241 <li class="primary-nav-item"><a
...   href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
...   -and-surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
75242 </ul>
75243 </nav>
75244 </div>
75245 </section>
75246 </div>
75247 </div>
75248 </div></li>
75249 </ul>
75250 </nav>
```

```
75251 </div>
75252 </section>
75253 </div>
75254 </div>
75255 </div></li>
75256 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/labs.html">Labs</a>
75257 <div class="subnav-mask">
75258 <div class="subnav-wrapper">
75259 <div class="subnav col10 pad">
75260 <section class="nested">
75261 <div class="col4 main-column">
75262 <nav class="secondary">
75263 <ul>
75264 <li class="mobile-nav-back"><a href="/research/departments-labs-institutes/labs.html"
      aria-label="Back to Labs">Labs</a></li>
75265 <li class="primary-nav-item">
75266 <a href="/research/departments-labs-institutes/labs.html" aria-label="Labs Home">Labs
      Home</a></li>
75267 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/labs/abe-laboratory.html">Abe
      Laboratory</a>
75268 <div class="subnav-mask">
75269 <div class="subnav-wrapper">
75270 <div class="subnav col10 pad">
75271 <section class="nested">
75272 <div class="col4 main-column">
75273 <nav class="secondary">
75274 <ul>
75275 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/labs/abe-laboratory.html"
      aria-label="Back to Abe Laboratory">Abe Laboratory</a></li>
75276 <li class="primary-nav-item">
75277 <a href="/research/departments-labs-institutes/labs/abe-laboratory.html"
      aria-label="Abe Laboratory Home">Abe Laboratory Home</a></li>
75278 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/labs/abe-laboratory/research.html">
      Research</a></li>
75279 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/labs/abe-laboratory/lab-members.html">Lab
      Members</a></li>
75280 <li class="primary-nav-item"><a
      href="/research/departments-labs-institutes/labs/abe-laboratory/publications.html">
      Publications</a></li>
75281 </ul>
75282 </nav>
75283 </div>
75284 </section>
75285 </div>
75286 </div>
75287 </div></li>
75288 <li class="primary-nav-item has-subnav"><a
      href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
      laboratory.html">Addiction Psychophysiology Laboratory</a>
75289 <div class="subnav-mask">
75290 <div class="subnav-wrapper">
75291 <div class="subnav col10 pad">
75292 <section class="nested">
75293 <div class="col4 main-column">
75294 <nav class="secondary">
75295 <ul>
75296 <li class="mobile-nav-back"><a
      href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
      laboratory.html" aria-label="Back to Addiction Psychophysiology Laboratory">Addiction
      Psychophysiology Laboratory</a></li>
75297 <li class="primary-nav-item">
75298 <a
      href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
```

```
75298  laboratory.html" aria-label="Addiction Psychophysiology Laboratory Home">Addiction
   …   Psychophysiology Laboratory Home</a></li>
75299  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/lab-members.html">Lab Members</a></li>
75300  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/research.html">Research</a></li>
75301  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/publications.html">Publications</a></li>
75302  </ul>
75303  </nav>
75304  </div>
75305  </section>
75306  </div>
75307  </div>
75308  </div></li>
75309  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory.html">Arur
   …   Laboratory</a>
75310  <div class="subnav-mask">
75311  <div class="subnav-wrapper">
75312  <div class="subnav col10 pad">
75313  <section class="nested">
75314  <div class="col4 main-column">
75315  <nav class="secondary">
75316  <ul>
75317  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory.html"
   …   aria-label="Back to Arur Laboratory">Arur Laboratory</a></li>
75318  <li class="primary-nav-item">
75319  <a href="/research/departments-labs-institutes/labs/arur-laboratory.html"
   …   aria-label="Arur Laboratory Home">Arur Laboratory Home</a></li>
75320  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/lab-members.html">
   …   Lab Members</a></li>
75321  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/research.html">
   …   Research</a></li>
75322  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/publications.html">
   …   Publications</a></li>
75323  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/life-in-the-lab.html
   …   ">Life in the Lab</a></li>
75324  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/join-the-lab.html">
   …   Join the Lab</a></li>
75325  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/news-and-media.html"
   …   >News &amp; Media</a></li>
75326  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory/contact-us.html">
   …   Contact Us</a></li>
75327  </ul>
75328  </nav>
75329  </div>
75330  </section>
75331  </div>
75332  </div>
75333  </div></li>
75334  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html">
   …   Bartholomeusz Laboratory</a>
75335  <div class="subnav-mask">
75336  <div class="subnav-wrapper">
75337  <div class="subnav col10 pad">
```

```
75338  <section class="nested">
75339  <div class="col4 main-column">
75340  <nav class="secondary">
75341  <ul>
75342  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html"
    …  aria-label="Back to Bartholomeusz Laboratory">Bartholomeusz Laboratory</a></li>
75343  <li class="primary-nav-item">
75344  <a href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html"
    …  aria-label="Bartholomeusz Laboratory Home">Bartholomeusz Laboratory Home</a></li>
75345  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/research.
    …  html">Research</a></li>
75346  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/lab-members
    …  .html">Lab Members</a></li>
75347  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/
    …  publications.html">Publications</a></li>
75348  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/news-and-
    …  media.html">News &amp; Media</a></li>
75349  </ul>
75350  </nav>
75351  </div>
75352  </section>
75353  </div>
75354  </div>
75355  </div></li>
75356  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html">
    …  Bartholomew Laboratory</a>
75357  <div class="subnav-mask">
75358  <div class="subnav-wrapper">
75359  <div class="subnav col10 pad">
75360  <section class="nested">
75361  <div class="col4 main-column">
75362  <nav class="secondary">
75363  <ul>
75364  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html"
    …  aria-label="Back to Bartholomew Laboratory">Bartholomew Laboratory</a></li>
75365  <li class="primary-nav-item">
75366  <a href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html"
    …  aria-label="Bartholomew Laboratory Home">Bartholomew Laboratory Home</a></li>
75367  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory/lab-members.
    …  html">Lab Members</a></li>
75368  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory/research.html
    …  ">Research</a></li>
75369  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory/publications.
    …  html">Publications</a></li>
75370  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bartholomew-laboratory/contact-us.
    …  html">Contact Us</a></li>
75371  </ul>
75372  </nav>
75373  </div>
75374  </section>
75375  </div>
75376  </div>
75377  </div></li>
75378  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory.html">Barton
    …  Laboratory</a>
75379  <div class="subnav-mask">
```

```
75380  <div class="subnav-wrapper">
75381  <div class="subnav col10 pad">
75382  <section class="nested">
75383  <div class="col4 main-column">
75384  <nav class="secondary">
75385  <ul>
75386  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory.html"
    …  aria-label="Back to Barton Laboratory">Barton Laboratory</a></li>
75387  <li class="primary-nav-item">
75388  <a href="/research/departments-labs-institutes/labs/barton-laboratory.html"
    …  aria-label="Barton Laboratory Home">Barton Laboratory Home</a></li>
75389  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/research.html">
    …  Research</a></li>
75390  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/lab-members.html">
    …  Lab Members</a></li>
75391  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/life-in-the-lab.
    …  html">Life in the Lab</a></li>
75392  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/publications.html"
    …  >Publications</a></li>
75393  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/resources.html">
    …  Resources</a></li>
75394  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/barton-laboratory/contact-us.html">
    …  Contact Us</a></li>
75395  </ul>
75396  </nav>
75397  </div>
75398  </section>
75399  </div>
75400  </div>
75401  </div></li>
75402  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory.html">Beddar
    …  Laboratory</a>
75403  <div class="subnav-mask">
75404  <div class="subnav-wrapper">
75405  <div class="subnav col10 pad">
75406  <section class="nested">
75407  <div class="col4 main-column">
75408  <nav class="secondary">
75409  <ul>
75410  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory.html"
    …  aria-label="Back to Beddar Laboratory">Beddar Laboratory</a></li>
75411  <li class="primary-nav-item">
75412  <a href="/research/departments-labs-institutes/labs/beddar-laboratory.html"
    …  aria-label="Beddar Laboratory Home">Beddar Laboratory Home</a></li>
75413  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/lab-members.html">
    …  Lab Members</a></li>
75414  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/research.html">
    …  Research</a></li>
75415  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/resources.html">
    …  Resources</a></li>
75416  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/publications.html"
    …  >Publications</a></li>
75417  </ul>
75418  </nav>
75419  </div>
```

```
75420  </section>
75421  </div>
75422  </div>
75423  </div></li>
75424  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory.html">Bedford
    …  Laboratory</a>
75425  <div class="subnav-mask">
75426  <div class="subnav-wrapper">
75427  <div class="subnav col10 pad">
75428  <section class="nested">
75429  <div class="col4 main-column">
75430  <nav class="secondary">
75431  <ul>
75432  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory.html"
    …  aria-label="Back to Bedford Laboratory">Bedford Laboratory</a></li>
75433  <li class="primary-nav-item">
75434  <a href="/research/departments-labs-institutes/labs/bedford-laboratory.html"
    …  aria-label="Bedford Laboratory Home">Bedford Laboratory Home</a></li>
75435  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/research.html">
    …  Research</a></li>
75436  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/lab-members.html"
    …  >Lab Members</a></li>
75437  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/publications.html
    …  ">Publications</a></li>
75438  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/resources.html">
    …  Resources</a></li>
75439  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/contact-us.html">
    …  Contact Us</a></li>
75440  </ul>
75441  </nav>
75442  </div>
75443  </section>
75444  </div>
75445  </div>
75446  </div></li>
75447  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html">Biomedical Optics &amp; Nanodiagnostics (BOND)
    …  Laboratory</a>
75448  <div class="subnav-mask">
75449  <div class="subnav-wrapper">
75450  <div class="subnav col10 pad">
75451  <section class="nested">
75452  <div class="col4 main-column">
75453  <nav class="secondary">
75454  <ul>
75455  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html" aria-label="Back to Biomedical Optics &amp;
    …  Nanodiagnostics (BOND) Laboratory">Biomedical Optics &amp; Nanodiagnostics (BOND)
    …  Laboratory</a></li>
75456  <li class="primary-nav-item">
75457  <a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html" aria-label="Biomedical Optics &amp; Nanodiagnostics
    …  (BOND) Laboratory Home">Biomedical Optics &amp; Nanodiagnostics (BOND) Laboratory
    …  Home</a></li>
75458  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/lab-members.html">Lab Members</a></li>
75459  <li class="primary-nav-item"><a
```

```
75459…  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
  …      nanodiagnostics-laboratory/research.html">Research</a></li>
75460  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/biomedical-optics-and-
  …      nanodiagnostics-laboratory/publications.html">Publications</a></li>
75461  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/biomedical-optics-and-
  …      nanodiagnostics-laboratory/news-and-media.html">News and Media</a></li>
75462  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/biomedical-optics-and-
  …      nanodiagnostics-laboratory/join-our-lab.html">Join the Lab</a></li>
75463  </ul>
75464  </nav>
75465  </div>
75466  </section>
75467  </div>
75468  </div>
75469  </div></li>
75470  <li class="primary-nav-item has-subnav"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory.html">Brain Tumor Immunology and Immunotherapy
  …      Laboratory</a>
75471  <div class="subnav-mask">
75472  <div class="subnav-wrapper">
75473  <div class="subnav col10 pad">
75474  <section class="nested">
75475  <div class="col4 main-column">
75476  <nav class="secondary">
75477  <ul>
75478  <li class="mobile-nav-back"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory.html" aria-label="Back to Brain Tumor Immunology and
  …      Immunotherapy Laboratory">Brain Tumor Immunology and Immunotherapy
  …      Laboratory</a></li>
75479  <li class="primary-nav-item">
75480  <a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory.html" aria-label="Brain Tumor Immunology and Immunotherapy
  …      Laboratory Home">Brain Tumor Immunology and Immunotherapy Laboratory Home</a></li>
75481  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory/lab-members.html">Lab Members</a></li>
75482  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory/publications.html">Publications</a></li>
75483  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory/news-and-media.html">News &amp; Events</a></li>
75484  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory/life-in-the-lab.html">Life in the Lab</a></li>
75485  <li class="primary-nav-item"><a
  …      href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
  …      immunotherapy-laboratory/contact-us.html">Contact Us</a></li>
75486  </ul>
75487  </nav>
75488  </div>
75489  </section>
75490  </div>
75491  </div>
75492  </div></li>
75493  <li class="primary-nav-item has-subnav"><a
  …      href="/research/departments-labs-institutes/labs/bratton-laboratory.html">Bratton
  …      Laboratory</a>
75494  <div class="subnav-mask">
75495  <div class="subnav-wrapper">
75496  <div class="subnav col10 pad">
75497  <section class="nested">
```

```
75498  <div class="col4 main-column">
75499  <nav class="secondary">
75500  <ul>
75501  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory.html"
  …    aria-label="Back to Bratton Laboratory">Bratton Laboratory</a></li>
75502  <li class="primary-nav-item">
75503  <a href="/research/departments-labs-institutes/labs/bratton-laboratory.html"
  …    aria-label="Bratton Laboratory Home">Bratton Laboratory Home</a></li>
75504  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/research.html">
  …    Research</a></li>
75505  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/lab-members.html"
  …    >Lab Members</a></li>
75506  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/life-in-the-lab.
  …    html">Life in the Lab</a></li>
75507  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/publications.html
  …    ">Publications</a></li>
75508  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/join-the-lab.html
  …    ">Join the Lab</a></li>
75509  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/bratton-laboratory/contact-us.html">
  …    Contact Us</a></li>
75510  </ul>
75511  </nav>
75512  </div>
75513  </section>
75514  </div>
75515  </div>
75516  </div></li>
75517  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/brown-laboratory.html">Brown
  …    Laboratory</a>
75518  <div class="subnav-mask">
75519  <div class="subnav-wrapper">
75520  <div class="subnav col10 pad">
75521  <section class="nested">
75522  <div class="col4 main-column">
75523  <nav class="secondary">
75524  <ul>
75525  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/brown-laboratory.html"
  …    aria-label="Back to Brown Laboratory">Brown Laboratory</a></li>
75526  <li class="primary-nav-item">
75527  <a href="/research/departments-labs-institutes/labs/brown-laboratory.html"
  …    aria-label="Brown Laboratory Home">Brown Laboratory Home</a></li>
75528  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/brown-laboratory/lab-members.html">
  …    Lab Members</a></li>
75529  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/brown-laboratory/research.html">
  …    Research</a>
75530  <div class="subnav-mask">
75531  <div class="subnav-wrapper">
75532  <div class="subnav col10 pad">
75533  <section class="nested">
75534  <div class="col4 main-column">
75535  <nav class="secondary">
75536  <ul>
75537  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/brown-laboratory/research.html"
  …    aria-label="Back to Research">Research</a></li>
75538  <li class="primary-nav-item">
75539  <a href="/research/departments-labs-institutes/labs/brown-laboratory/research.html"
```

```
75539…  aria-label="Research Home">Research Home</a></li>
75540   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/
    …   phosphatases.html">Discovery of Phosphatases Critical for the Growth and
    …   Tumorigenicity of
75541   ER-negative Breast Cancers</a></li>
75542   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/
    …   inflammatory-genes.html">Inflammatory Genes Differentially Regulated in ER-negative
    …   Breast Cancer</a></li>
75543   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/death-
    …   pathways.html">Targeting Death Pathways for the Prevention of ER-negative Breast
    …   Tumors</a></li>
75544   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/
    …   transcription-factors.html">Identification of Transcription Factors Critical for the
    …   Growth and
75545   Treatment of Breast Cancer</a></li>
75546   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/rxr-
    …   specific-retinoids.html">Targeting Breast Cancer Using RXR-Specific
    …   Retinoids</a></li>
75547   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/signaling-
    …   pathways.html">Targeting Signaling Pathways for the Treatment and Prevention of
    …   Breast Cancer</a></li>
75548   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/rexinoids.
    …   html">Suppression of Growth and Transformation of Breast Cancer Stem Cells by
    …   Rexinoids</a></li>
75549   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/novel-
    …   targets.html">Defining Novel Targets for the Treatment of ER-negative Breast
    …   Cancers</a></li>
75550   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/targeting-
    …   transcription-factors.html">Targeting Transcription Factors for the Prevention and
    …   Treatment of
75551   Breast Cancer</a></li>
75552   </ul>
75553   </nav>
75554   </div>
75555   </section>
75556   </div>
75557   </div>
75558   </div></li>
75559   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/publications.html">
    …   Publications</a></li>
75560   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/resources.html">
    …   Resources</a></li>
75561   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/brown-laboratory/contact-us.html">
    …   Contact Us</a></li>
75562   </ul>
75563   </nav>
75564   </div>
75565   </section>
75566   </div>
75567   </div>
75568   </div></li>
75569   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/labs/byers-laboratory.html">Byers
    …   Laboratory</a>
75570   <div class="subnav-mask">
75571   <div class="subnav-wrapper">
```

```
75572  <div class="subnav col10 pad">
75573  <section class="nested">
75574  <div class="col4 main-column">
75575  <nav class="secondary">
75576  <ul>
75577  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/byers-laboratory.html"
    …  aria-label="Back to Byers Laboratory">Byers Laboratory</a></li>
75578  <li class="primary-nav-item">
75579  <a href="/research/departments-labs-institutes/labs/byers-laboratory.html"
    …  aria-label="Byers Laboratory Home">Byers Laboratory Home</a></li>
75580  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/byers-laboratory/lab-members.html">
    …  Lab Members</a></li>
75581  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/byers-laboratory/research.html">
    …  Research</a></li>
75582  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/byers-laboratory/publications.html">
    …  Publications</a></li>
75583  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/byers-laboratory/contact-us.html">
    …  Contact Us</a></li>
75584  </ul>
75585  </nav>
75586  </div>
75587  </section>
75588  </div>
75589  </div>
75590  </div></li>
75591  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory.html">Calin
    …  Laboratory</a>
75592  <div class="subnav-mask">
75593  <div class="subnav-wrapper">
75594  <div class="subnav col10 pad">
75595  <section class="nested">
75596  <div class="col4 main-column">
75597  <nav class="secondary">
75598  <ul>
75599  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory.html"
    …  aria-label="Back to Calin Laboratory">Calin Laboratory</a></li>
75600  <li class="primary-nav-item">
75601  <a href="/research/departments-labs-institutes/labs/calin-laboratory.html"
    …  aria-label="Calin Laboratory Home">Calin Laboratory Home</a></li>
75602  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/research.html">
    …  Research</a></li>
75603  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/lab-members.html">
    …  Lab Members</a></li>
75604  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/publications.html">
    …  Publications</a></li>
75605  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/resources.html">
    …  Resources</a></li>
75606  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/contact-us.html">
    …  Contact Information</a></li>
75607  </ul>
75608  </nav>
75609  </div>
75610  </section>
75611  </div>
75612  </div>
75613  </div></li>
```

```
75614  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory.html">Cancer Nanomedicine &amp; Biology Laboratory</a>
75615  <div class="subnav-mask">
75616  <div class="subnav-wrapper">
75617  <div class="subnav col10 pad">
75618  <section class="nested">
75619  <div class="col4 main-column">
75620  <nav class="secondary">
75621  <ul>
75622  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory.html" aria-label="Back to Cancer Nanomedicine &amp; Biology
   …   Laboratory">Cancer Nanomedicine &amp; Biology Laboratory</a></li>
75623  <li class="primary-nav-item">
75624  <a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory.html" aria-label="Cancer Nanomedicine &amp; Biology Laboratory
   …   Home">Cancer Nanomedicine &amp; Biology Laboratory Home</a></li>
75625  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory/lab-members.html">Lab Members</a></li>
75626  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory/research.html">Research</a></li>
75627  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory/resources.html">Resources</a></li>
75628  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
   …   laboratory/contact-us.html">Contact Us</a></li>
75629  </ul>
75630  </nav>
75631  </div>
75632  </section>
75633  </div>
75634  </div>
75635  </div></li>
75636  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory.html">Chandra
   …   Laboratory</a>
75637  <div class="subnav-mask">
75638  <div class="subnav-wrapper">
75639  <div class="subnav col10 pad">
75640  <section class="nested">
75641  <div class="col4 main-column">
75642  <nav class="secondary">
75643  <ul>
75644  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory.html"
   …   aria-label="Back to Chandra Laboratory">Chandra Laboratory</a></li>
75645  <li class="primary-nav-item">
75646  <a href="/research/departments-labs-institutes/labs/chandra-laboratory.html"
   …   aria-label="Chandra Laboratory Home">Chandra Laboratory Home</a></li>
75647  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory/lab-members.html"
   …   >Lab Members</a></li>
75648  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory/life-in-the-lab.
   …   html">Life in the Lab</a></li>
75649  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory/publications.html
   …   ">Publications</a></li>
75650  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chandra-laboratory/news-and-media.
   …   html">News &amp; Media</a></li>
75651  </ul>
75652  </nav>
```

```
75653  </div>
75654  </section>
75655  </div>
75656  </div>
75657  </div></li>
75658  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory.html">Taiping Chen
   …   Laboratory</a>
75659  <div class="subnav-mask">
75660  <div class="subnav-wrapper">
75661  <div class="subnav col10 pad">
75662  <section class="nested">
75663  <div class="col4 main-column">
75664  <nav class="secondary">
75665  <ul>
75666  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory.html"
   …   aria-label="Back to Taiping Chen Laboratory">Taiping Chen Laboratory</a></li>
75667  <li class="primary-nav-item">
75668  <a href="/research/departments-labs-institutes/labs/chen-laboratory.html"
   …   aria-label="Taiping Chen Laboratory Home">Taiping Chen Laboratory Home</a></li>
75669  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory/research.html">
   …   Research</a></li>
75670  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory/lab-members.html">
   …   Lab Members</a></li>
75671  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory/join-the-lab.html">
   …   Join the Lab</a></li>
75672  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory/publications.html">
   …   Publications</a></li>
75673  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/chen-laboratory/contact-us.html">
   …   Contact Us</a></li>
75674  </ul>
75675  </nav>
75676  </div>
75677  </section>
75678  </div>
75679  </div>
75680  </div></li>
75681  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/cole-laboratory.html">Cole
   …   Laboratory</a>
75682  <div class="subnav-mask">
75683  <div class="subnav-wrapper">
75684  <div class="subnav col10 pad">
75685  <section class="nested">
75686  <div class="col4 main-column">
75687  <nav class="secondary">
75688  <ul>
75689  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/cole-laboratory.html"
   …   aria-label="Back to Cole Laboratory">Cole Laboratory</a></li>
75690  <li class="primary-nav-item">
75691  <a href="/research/departments-labs-institutes/labs/cole-laboratory.html"
   …   aria-label="Cole Laboratory Home">Cole Laboratory Home</a></li>
75692  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cole-laboratory/lab-members.html">
   …   Lab Members</a></li>
75693  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cole-laboratory/research.html">
   …   Research</a></li>
75694  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cole-laboratory/publications.html">
   …   Publications</a></li>
```

```
75695  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cole-laboratory/life-in-the-lab.html
    …  ">Life in the Lab</a></li>
75696  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cole-laboratory/contact-us.html">
    …  Contact Us</a></li>
75697  </ul>
75698  </nav>
75699  </div>
75700  </section>
75701  </div>
75702  </div>
75703  </div></li>
75704  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory.
    …  html">Computational Research Laboratory</a>
75705  <div class="subnav-mask">
75706  <div class="subnav-wrapper">
75707  <div class="subnav col10 pad">
75708  <section class="nested">
75709  <div class="col4 main-column">
75710  <nav class="secondary">
75711  <ul>
75712  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory.
    …  html" aria-label="Back to Computational Research Laboratory">Computational Research
    …  Laboratory</a></li>
75713  <li class="primary-nav-item">
75714  <a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory.
    …  html" aria-label="Computational Research Laboratory Home">Computational Research
    …  Laboratory Home</a></li>
75715  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory/
    …  lab-members.html">Lab Members</a></li>
75716  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory/
    …  research.html">Research</a></li>
75717  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory/
    …  publications.html">Publications</a></li>
75718  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/computational-research-laboratory/
    …  join-our-lab.html">Join our Lab</a></li>
75719  </ul>
75720  </nav>
75721  </div>
75722  </section>
75723  </div>
75724  </div>
75725  </div></li>
75726  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/cote-laboratory.html">Cote
    …  Laboratory</a>
75727  <div class="subnav-mask">
75728  <div class="subnav-wrapper">
75729  <div class="subnav col10 pad">
75730  <section class="nested">
75731  <div class="col4 main-column">
75732  <nav class="secondary">
75733  <ul>
75734  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/cote-laboratory.html"
    …  aria-label="Back to Cote Laboratory">Cote Laboratory</a></li>
75735  <li class="primary-nav-item">
75736  <a href="/research/departments-labs-institutes/labs/cote-laboratory.html"
    …  aria-label="Cote Laboratory Home">Cote Laboratory Home</a></li>
75737  <li class="primary-nav-item"><a
```

```
75737  href="/research/departments-labs-institutes/labs/cote-laboratory/research.html">
  …    Research</a></li>
75738  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/cote-laboratory/lab-members.html">
  …    Lab Members</a></li>
75739  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/cote-laboratory/publications.html">
  …    Publications</a></li>
75740  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/cote-laboratory/contact-us.html">
  …    Contact Us</a></li>
75741  </ul>
75742  </nav>
75743  </div>
75744  </section>
75745  </div>
75746  </div>
75747  </div></li>
75748  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory.html">Court
  …    Laboratory</a>
75749  <div class="subnav-mask">
75750  <div class="subnav-wrapper">
75751  <div class="subnav col10 pad">
75752  <section class="nested">
75753  <div class="col4 main-column">
75754  <nav class="secondary">
75755  <ul>
75756  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory.html"
  …    aria-label="Back to Court Laboratory">Court Laboratory</a></li>
75757  <li class="primary-nav-item">
75758  <a href="/research/departments-labs-institutes/labs/court-laboratory.html"
  …    aria-label="Court Laboratory Home">Court Laboratory Home</a></li>
75759  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory/research.html">
  …    Research</a></li>
75760  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory/lab-members.html">
  …    Lab Members</a></li>
75761  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory/join-the-lab.html">
  …    Join the Lab</a></li>
75762  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/court-laboratory/publications.html">
  …    Publications</a></li>
75763  </ul>
75764  </nav>
75765  </div>
75766  </section>
75767  </div>
75768  </div>
75769  </div></li>
75770  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/danesh-laboratory.html">Danesh
  …    Laboratory</a>
75771  <div class="subnav-mask">
75772  <div class="subnav-wrapper">
75773  <div class="subnav col10 pad">
75774  <section class="nested">
75775  <div class="col4 main-column">
75776  <nav class="secondary">
75777  <ul>
75778  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/danesh-laboratory.html"
  …    aria-label="Back to Danesh Laboratory">Danesh Laboratory</a></li>
75779  <li class="primary-nav-item">
75780  <a href="/research/departments-labs-institutes/labs/danesh-laboratory.html"
```

```
75780… aria-label="Danesh Laboratory Home">Danesh Laboratory Home</a></li>
75781 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/danesh-laboratory/research.html">
      Research</a></li>
75782 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/danesh-laboratory/lab-members.html">
   …  Lab Members</a></li>
75783 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/danesh-laboratory/publications.html"
   …  >Publications</a></li>
75784 </ul>
75785 </nav>
75786 </div>
75787 </section>
75788 </div>
75789 </div>
75790 </div></li>
75791 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/davis-lab.html">Davis Laboratory</a>
75792 <div class="subnav-mask">
75793 <div class="subnav-wrapper">
75794 <div class="subnav col10 pad">
75795 <section class="nested">
75796 <div class="col4 main-column">
75797 <nav class="secondary">
75798 <ul>
75799 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/davis-lab.html" aria-label="Back to
   …  Davis Laboratory">Davis Laboratory</a></li>
75800 <li class="primary-nav-item">
75801 <a href="/research/departments-labs-institutes/labs/davis-lab.html" aria-label="Davis
   …  Laboratory Home">Davis Laboratory Home</a></li>
75802 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/davis-lab/lab-members.html">Lab
   …  Members</a></li>
75803 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/davis-lab/contact-us.html">Contact
   …  Us</a></li>
75804 </ul>
75805 </nav>
75806 </div>
75807 </section>
75808 </div>
75809 </div>
75810 </div></li>
75811 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/dent-laboratory.html">Dent
   …  Laboratory</a>
75812 <div class="subnav-mask">
75813 <div class="subnav-wrapper">
75814 <div class="subnav col10 pad">
75815 <section class="nested">
75816 <div class="col4 main-column">
75817 <nav class="secondary">
75818 <ul>
75819 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/dent-laboratory.html"
   …  aria-label="Back to Dent Laboratory">Dent Laboratory</a></li>
75820 <li class="primary-nav-item">
75821 <a href="/research/departments-labs-institutes/labs/dent-laboratory.html"
   …  aria-label="Dent Laboratory Home">Dent Laboratory Home</a></li>
75822 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/dent-laboratory/research.html">
      Research</a></li>
75823 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/dent-laboratory/lab-members.html">
   …  Lab Members</a></li>
75824 <li class="primary-nav-item"><a
```

```
75824  href="/research/departments-labs-institutes/labs/dent-laboratory/publications.html">
  …    Publications</a></li>
75825  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/dent-laboratory/resources.html">
  …    Resources</a></li>
75826  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/dent-laboratory/contact-us.html">
  …    Contact Information</a></li>
75827  </ul>
75828  </nav>
75829  </div>
75830  </section>
75831  </div>
75832  </div>
75833  </div></li>
75834  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory.html">DePinho
  …    Laboratory</a>
75835  <div class="subnav-mask">
75836  <div class="subnav-wrapper">
75837  <div class="subnav col10 pad">
75838  <section class="nested">
75839  <div class="col4 main-column">
75840  <nav class="secondary">
75841  <ul>
75842  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory.html"
  …    aria-label="Back to DePinho Laboratory ">DePinho Laboratory</a></li>
75843  <li class="primary-nav-item">
75844  <a href="/research/departments-labs-institutes/labs/depinho-laboratory.html"
  …    aria-label="DePinho Laboratory  Home">DePinho Laboratory Home</a></li>
75845  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
  …    >Lab Members</a>
75846  <div class="subnav-mask">
75847  <div class="subnav-wrapper">
75848  <div class="subnav col10 pad">
75849  <section class="nested">
75850  <div class="col4 main-column">
75851  <nav class="secondary">
75852  <ul>
75853  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
  …    aria-label="Back to Lab Members">Lab Members</a></li>
75854  <li class="primary-nav-item">
75855  <a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
  …    aria-label="Lab Members Home">Lab Members Home</a></li>
75856  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members/
  …    former-lab-members.html">Former Lab Members</a></li>
75857  </ul>
75858  </nav>
75859  </div>
75860  </section>
75861  </div>
75862  </div>
75863  </div></li>
75864  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/research.html">
  …    Research</a></li>
75865  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/publications.html
  …    ">Publications</a></li>
75866  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/depinho-laboratory/resources.html">
  …    Resources</a></li>
75867  </ul>
```

```
75868  </nav>
75869  </div>
75870  </section>
75871  </div>
75872  </div>
75873  </div></li>
75874  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html">
    …  Dmitrovsky Laboratory</a>
75875  <div class="subnav-mask">
75876  <div class="subnav-wrapper">
75877  <div class="subnav col10 pad">
75878  <section class="nested">
75879  <div class="col4 main-column">
75880  <nav class="secondary">
75881  <ul>
75882  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html"
    …  aria-label="Back to Dmitrovsky Laboratory">Dmitrovsky Laboratory</a></li>
75883  <li class="primary-nav-item">
75884  <a href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html"
    …  aria-label="Dmitrovsky Laboratory Home">Dmitrovsky Laboratory Home</a></li>
75885  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/research.html"
    …  >Research</a></li>
75886  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/lab-members.
    …  html">Lab Members</a></li>
75887  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/publications.
    …  html">Publications</a></li>
75888  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/contact-us.
    …  html">Contact Us</a></li>
75889  </ul>
75890  </nav>
75891  </div>
75892  </section>
75893  </div>
75894  </div>
75895  </div></li>
75896  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory.html">Duvic
    …  Laboratory</a>
75897  <div class="subnav-mask">
75898  <div class="subnav-wrapper">
75899  <div class="subnav col10 pad">
75900  <section class="nested">
75901  <div class="col4 main-column">
75902  <nav class="secondary">
75903  <ul>
75904  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory.html"
    …  aria-label="Back to Duvic Laboratory">Duvic Laboratory</a></li>
75905  <li class="primary-nav-item">
75906  <a href="/research/departments-labs-institutes/labs/duvic-laboratory.html"
    …  aria-label="Duvic Laboratory Home">Duvic Laboratory Home</a></li>
75907  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory/research.html">
    …  Research</a></li>
75908  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory/lab-members.html">
    …  Lab Members</a></li>
75909  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory/publications.html">
    …  Publications</a></li>
75910  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/duvic-laboratory/contact-us.html">
```

```
75910… Contact Us</a></li>
75911 </ul>
75912 </nav>
75913 </div>
75914 </section>
75915 </div>
75916 </div>
75917 </div></li>
75918 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html">
   … Eisenhoffer Laboratory</a>
75919 <div class="subnav-mask">
75920 <div class="subnav-wrapper">
75921 <div class="subnav col10 pad">
75922 <section class="nested">
75923 <div class="col4 main-column">
75924 <nav class="secondary">
75925 <ul>
75926 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html"
   … aria-label="Back to Eisenhoffer Laboratory">Eisenhoffer Laboratory</a></li>
75927 <li class="primary-nav-item">
75928 <a href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html"
   … aria-label="Eisenhoffer Laboratory Home">Eisenhoffer Laboratory Home</a></li>
75929 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/research.html
   … ">Research</a></li>
75930 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/lab-members.
   … html">Lab Members</a></li>
75931 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/news-and-
   … media.html">News &amp; Media</a></li>
75932 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/join-the-lab.
   … html">Join the Lab</a></li>
75933 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/publications.
   … html">Publications</a></li>
75934 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/contact-us.
   … html">Contact Us</a></li>
75935 </ul>
75936 </nav>
75937 </div>
75938 </section>
75939 </div>
75940 </div>
75941 </div></li>
75942 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/evans-laboratory.html">Evans
   … Laboratory</a>
75943 <div class="subnav-mask">
75944 <div class="subnav-wrapper">
75945 <div class="subnav col10 pad">
75946 <section class="nested">
75947 <div class="col4 main-column">
75948 <nav class="secondary">
75949 <ul>
75950 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/labs/evans-laboratory.html"
   … aria-label="Back to Evans Laboratory">Evans Laboratory</a></li>
75951 <li class="primary-nav-item">
75952 <a href="/research/departments-labs-institutes/labs/evans-laboratory.html"
   … aria-label="Evans Laboratory Home">Evans Laboratory Home</a></li>
75953 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/evans-laboratory/research.html">
   … Research</a></li>
```

Page 2355

```
75954  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/evans-laboratory/lab-members.html">
   …   Lab Members</a></li>
75955  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/evans-laboratory/publications.html">
   …   Publications</a></li>
75956  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/evans-laboratory/contact-us.html">
   …   Contact Us</a></li>
75957  </ul>
75958  </nav>
75959  </div>
75960  </section>
75961  </div>
75962  </div>
75963  </div></li>
75964  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory.html">Fagundes
   …   Laboratory</a>
75965  <div class="subnav-mask">
75966  <div class="subnav-wrapper">
75967  <div class="subnav col10 pad">
75968  <section class="nested">
75969  <div class="col4 main-column">
75970  <nav class="secondary">
75971  <ul>
75972  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory.html"
   …   aria-label="Back to Fagundes Laboratory">Fagundes Laboratory</a></li>
75973  <li class="primary-nav-item">
75974  <a href="/research/departments-labs-institutes/labs/fagundes-laboratory.html"
   …   aria-label="Fagundes Laboratory Home">Fagundes Laboratory Home</a></li>
75975  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory/research.html">
   …   Current Research</a></li>
75976  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory/publications.
   …   html">Publications</a></li>
75977  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory/lab-members.html
   …   ">Lab Members</a></li>
75978  </ul>
75979  </nav>
75980  </div>
75981  </section>
75982  </div>
75983  </div>
75984  </div></li>
75985  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html">
   …   Fleming-Koay Laboratory</a>
75986  <div class="subnav-mask">
75987  <div class="subnav-wrapper">
75988  <div class="subnav col10 pad">
75989  <section class="nested">
75990  <div class="col4 main-column">
75991  <nav class="secondary">
75992  <ul>
75993  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html"
   …   aria-label="Back to Fleming-Koay Laboratory">Fleming-Koay Laboratory</a></li>
75994  <li class="primary-nav-item">
75995  <a href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html"
   …   aria-label="Fleming-Koay Laboratory Home">Fleming-Koay Laboratory Home</a></li>
75996  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/publications
   …   .html">Publications</a></li>
75997  <li class="primary-nav-item"><a
```

```
75997… href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/lab-members.
   …  html">Lab Members</a></li>
75998 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/life-in-the-
   …  lab.html">Life in the Lab</a></li>
75999 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/join-our-lab
   …  .html">Join Our Lab</a></li>
76000 </ul>
76001 </nav>
76002 </div>
76003 </section>
76004 </div>
76005 </div>
76006 </div></li>
76007 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory.html">Flores
   …  Laboratory</a>
76008 <div class="subnav-mask">
76009 <div class="subnav-wrapper">
76010 <div class="subnav col10 pad">
76011 <section class="nested">
76012 <div class="col4 main-column">
76013 <nav class="secondary">
76014 <ul>
76015 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory.html"
   …  aria-label="Back to Flores Laboratory">Flores Laboratory</a></li>
76016 <li class="primary-nav-item">
76017 <a href="/research/departments-labs-institutes/labs/flores-laboratory.html"
   …  aria-label="Flores Laboratory Home">Flores Laboratory Home</a></li>
76018 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory/research.html">
   …  Research</a></li>
76019 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory/publications.html"
   …  >Publications</a></li>
76020 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory/news-and-media.
   …  html">News and Media</a></li>
76021 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory/lab-members.html">
   …  Lab Members</a></li>
76022 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/flores-laboratory/contact-us.html">
   …  Contact Us</a></li>
76023 </ul>
76024 </nav>
76025 </div>
76026 </section>
76027 </div>
76028 </div>
76029 </div></li>
76030 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/gagel-laboratory.html">Gagel
   …  Laboratory</a>
76031 <div class="subnav-mask">
76032 <div class="subnav-wrapper">
76033 <div class="subnav col10 pad">
76034 <section class="nested">
76035 <div class="col4 main-column">
76036 <nav class="secondary">
76037 <ul>
76038 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/gagel-laboratory.html"
   …  aria-label="Back to Gagel Laboratory">Gagel Laboratory</a></li>
76039 <li class="primary-nav-item">
76040 <a href="/research/departments-labs-institutes/labs/gagel-laboratory.html"
```

```
76040… aria-label="Gagel Laboratory Home">Gagel Laboratory Home</a></li>
76041 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gagel-laboratory/research.html">
   … Research</a></li>
76042 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gagel-laboratory/publications.html">
   … Publications</a></li>
76043 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gagel-laboratory/lab-members.html">
   … Lab Members</a></li>
76044 </ul>
76045 </nav>
76046 </div>
76047 </section>
76048 </div>
76049 </div>
76050 </div></li>
76051 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory.html">Galko
   … Laboratory</a>
76052 <div class="subnav-mask">
76053 <div class="subnav-wrapper">
76054 <div class="subnav col10 pad">
76055 <section class="nested">
76056 <div class="col4 main-column">
76057 <nav class="secondary">
76058 <ul>
76059 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory.html"
   … aria-label="Back to Galko Laboratory">Galko Laboratory</a></li>
76060 <li class="primary-nav-item">
76061 <a href="/research/departments-labs-institutes/labs/galko-laboratory.html"
   … aria-label="Galko Laboratory Home">Galko Laboratory Home</a></li>
76062 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/research.html">
   … Research</a></li>
76063 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/publications.html">
   … Publications</a></li>
76064 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/news-and-media.html
   … ">News and Media</a></li>
76065 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/lab-members.html">
   … Lab Members</a></li>
76066 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/join-the-lab.html">
   … Join Our Lab</a></li>
76067 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/contact-us.html">
   … Contact Us</a></li>
76068 </ul>
76069 </nav>
76070 </div>
76071 </section>
76072 </div>
76073 </div>
76074 </div></li>
76075 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory.html">Gibbons
   … Laboratory</a>
76076 <div class="subnav-mask">
76077 <div class="subnav-wrapper">
76078 <div class="subnav col10 pad">
76079 <section class="nested">
76080 <div class="col4 main-column">
76081 <nav class="secondary">
76082 <ul>
```

```
76083  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/gibbons-laboratory.html"
   …   aria-label="Back to Gibbons Laboratory">Gibbons Laboratory</a></li>
76084  <li class="primary-nav-item">
76085  <a href="/research/departments-labs-institutes/labs/gibbons-laboratory.html"
   …   aria-label="Gibbons Laboratory Home">Gibbons Laboratory Home</a></li>
76086  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gibbons-laboratory/research.html">
   …   Research</a></li>
76087  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gibbons-laboratory/publications.html
   …   ">Publications</a></li>
76088  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gibbons-laboratory/lab-members.html"
   …   >Lab Members</a></li>
76089  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gibbons-laboratory/contact-us.html">
   …   Contact Us</a></li>
76090  </ul>
76091  </nav>
76092  </div>
76093  </section>
76094  </div>
76095  </div>
76096  </div></li>
76097  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory.html">Gladden
   …   Laboratory</a>
76098  <div class="subnav-mask">
76099  <div class="subnav-wrapper">
76100  <div class="subnav col10 pad">
76101  <section class="nested">
76102  <div class="col4 main-column">
76103  <nav class="secondary">
76104  <ul>
76105  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory.html"
   …   aria-label="Back to Gladden Laboratory">Gladden Laboratory</a></li>
76106  <li class="primary-nav-item">
76107  <a href="/research/departments-labs-institutes/labs/gladden-laboratory.html"
   …   aria-label="Gladden Laboratory Home">Gladden Laboratory Home</a></li>
76108  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/research.html">
   …   Research</a></li>
76109  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/publications.html
   …   ">Publications</a></li>
76110  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/lab-members.html"
   …   >Lab Members</a></li>
76111  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/join-the-lab.html
   …   ">Join Our Lab</a></li>
76112  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/contact-us.html">
   …   Contact Us</a></li>
76113  </ul>
76114  </nav>
76115  </div>
76116  </section>
76117  </div>
76118  </div>
76119  </div></li>
76120  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory.html">Heymach
   …   Laboratory</a>
76121  <div class="subnav-mask">
76122  <div class="subnav-wrapper">
```

```
76123  <div class="subnav-solid pad">
76124  <section class="nested">
76125  <div class="col4 main-column">
76126  <nav class="secondary">
76127  <ul>
76128  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/heymach-laboratory.html"
    …  aria-label="Back to Heymach Laboratory">Heymach Laboratory</a></li>
76129  <li class="primary-nav-item">
76130  <a href="/research/departments-labs-institutes/labs/heymach-laboratory.html"
    …  aria-label="Heymach Laboratory Home">Heymach Laboratory Home</a></li>
76131  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/heymach-laboratory/research.html">
    …  Research</a></li>
76132  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/heymach-laboratory/publications.html
    …  ">Publications</a></li>
76133  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/heymach-laboratory/lab-members.html"
    …  >Lab Members</a></li>
76134  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/heymach-laboratory/contact-us.html">
    …  Contact Us</a></li>
76135  </ul>
76136  </nav>
76137  </div>
76138  </section>
76139  </div>
76140  </div>
76141  </div></li>
76142  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory.html">Hofmann
    …  Laboratory</a>
76143  <div class="subnav-mask">
76144  <div class="subnav-wrapper">
76145  <div class="subnav col10 pad">
76146  <section class="nested">
76147  <div class="col4 main-column">
76148  <nav class="secondary">
76149  <ul>
76150  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory.html"
    …  aria-label="Back to Hofmann Laboratory">Hofmann Laboratory</a></li>
76151  <li class="primary-nav-item">
76152  <a href="/research/departments-labs-institutes/labs/hofmann-laboratory.html"
    …  aria-label="Hofmann Laboratory Home">Hofmann Laboratory Home</a></li>
76153  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/research.html">
    …  Research</a></li>
76154  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/publications.html
    …  ">Publications</a></li>
76155  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/lab-members.html"
    …  >Lab Members</a></li>
76156  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/contact-us.html">
    …  Contact Us</a></li>
76157  </ul>
76158  </nav>
76159  </div>
76160  </section>
76161  </div>
76162  </div>
76163  </div></li>
76164  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html">Jichao
    …  Chen Laboratory</a>
```

```
76165  <div class="subnav-mask">
76166  <div class="subnav-wrapper">
76167  <div class="subnav col10 pad">
76168  <section class="nested">
76169  <div class="col4 main-column">
76170  <nav class="secondary">
76171  <ul>
76172  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html"
   …   aria-label="Back to Jichao Chen Laboratory">Jichao Chen Laboratory</a></li>
76173  <li class="primary-nav-item">
76174  <a href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html"
   …   aria-label="Jichao Chen Laboratory Home">Jichao Chen Laboratory Home</a></li>
76175  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/research.html
   …   ">Research</a></li>
76176  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/publications.
   …   html">Publications</a></li>
76177  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/lab-members.
   …   html">Lab Members</a></li>
76178  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/contact-us.
   …   html">Contact Us</a></li>
76179  </ul>
76180  </nav>
76181  </div>
76182  </section>
76183  </div>
76184  </div>
76185  </div></li>
76186  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory.html">David
   …   Johnson Laboratory</a>
76187  <div class="subnav-mask">
76188  <div class="subnav-wrapper">
76189  <div class="subnav col10 pad">
76190  <section class="nested">
76191  <div class="col4 main-column">
76192  <nav class="secondary">
76193  <ul>
76194  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory.html"
   …   aria-label="Back to David Johnson Laboratory">David Johnson Laboratory</a></li>
76195  <li class="primary-nav-item">
76196  <a href="/research/departments-labs-institutes/labs/johnson-laboratory.html"
   …   aria-label="David Johnson Laboratory Home">David Johnson Laboratory Home</a></li>
76197  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory/research.html">
   …   Research</a></li>
76198  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory/publications.html
   …   ">Publications</a></li>
76199  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory/lab-members.html"
   …   >Lab Members</a></li>
76200  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/johnson-laboratory/contact-us.html">
   …   Contact Us</a></li>
76201  </ul>
76202  </nav>
76203  </div>
76204  </section>
76205  </div>
76206  </div>
76207  </div></li>
76208  <li class="primary-nav-item has-subnav"><a
```

```
76208… href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html">Faye
   …  Johnson Laboratory</a>
76209 <div class="subnav-mask">
76210 <div class="subnav-wrapper">
76211 <div class="subnav col10 pad">
76212 <section class="nested">
76213 <div class="col4 main-column">
76214 <nav class="secondary">
76215 <ul>
76216 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html"
   …  aria-label="Back to Faye Johnson Laboratory">Faye Johnson Laboratory</a></li>
76217 <li class="primary-nav-item">
76218 <a href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html"
   …  aria-label="Faye Johnson Laboratory Home">Faye Johnson Laboratory Home</a></li>
76219 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/research.
   …  html">Research</a></li>
76220 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/publications
   …  .html">Publications</a></li>
76221 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/lab-members.
   …  html">Lab Members</a></li>
76222 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/contact-us.
   …  html">Contact Us</a></li>
76223 </ul>
76224 </nav>
76225 </div>
76226 </section>
76227 </div>
76228 </div>
76229 </div></li>
76230 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory.html">Kalluri
   …  Laboratory</a>
76231 <div class="subnav-mask">
76232 <div class="subnav-wrapper">
76233 <div class="subnav col10 pad">
76234 <section class="nested">
76235 <div class="col4 main-column">
76236 <nav class="secondary">
76237 <ul>
76238 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory.html"
   …  aria-label="Back to Kalluri Laboratory">Kalluri Laboratory</a></li>
76239 <li class="primary-nav-item">
76240 <a href="/research/departments-labs-institutes/labs/kalluri-laboratory.html"
   …  aria-label="Kalluri Laboratory Home">Kalluri Laboratory Home</a></li>
76241 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory/research.html">
   …  Research</a></li>
76242 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory/publications.html
   …  ">Publications</a></li>
76243 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory/lab-members.html
   …  ">Lab Members</a></li>
76244 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/kalluri-laboratory/contact-us.html">
   …  Contact Us</a></li>
76245 </ul>
76246 </nav>
76247 </div>
76248 </section>
76249 </div>
76250 </div>
```

```
76251  </div></li>
76252  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory.html">Kappadath
    …  Laboratory</a>
76253  <div class="subnav-mask">
76254  <div class="subnav-wrapper">
76255  <div class="subnav col10 pad">
76256  <section class="nested">
76257  <div class="col4 main-column">
76258  <nav class="secondary">
76259  <ul>
76260  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory.html"
    …  aria-label="Back to Kappadath Laboratory">Kappadath Laboratory</a></li>
76261  <li class="primary-nav-item">
76262  <a href="/research/departments-labs-institutes/labs/kappadath-laboratory.html"
    …  aria-label="Kappadath Laboratory Home">Kappadath Laboratory Home</a></li>
76263  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/research.html">
    …  Research</a></li>
76264  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/news-and-media.
    …  html">Grant Funding</a></li>
76265  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/publications.
    …  html">Publications</a></li>
76266  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/lab-members.
    …  html">Lab Members</a></li>
76267  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/join-the-lab.
    …  html">Join Our Lab</a></li>
76268  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kappadath-laboratory/contact-us.html
    …  ">Contact Us</a></li>
76269  </ul>
76270  </nav>
76271  </div>
76272  </section>
76273  </div>
76274  </div>
76275  </div></li>
76276  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html">
    …  Kontoyiannis Laboratory</a>
76277  <div class="subnav-mask">
76278  <div class="subnav-wrapper">
76279  <div class="subnav col10 pad">
76280  <section class="nested">
76281  <div class="col4 main-column">
76282  <nav class="secondary">
76283  <ul>
76284  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html"
    …  aria-label="Back to Kontoyiannis Laboratory">Kontoyiannis Laboratory</a></li>
76285  <li class="primary-nav-item">
76286  <a href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html"
    …  aria-label="Kontoyiannis Laboratory Home">Kontoyiannis Laboratory Home</a></li>
76287  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/research.
    …  html">Current Research</a></li>
76288  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/publications
    …  .html">Publications</a></li>
76289  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/lab-members.
    …  html">Lab Members</a></li>
76290  </ul>
```

```
76291 </nav>
76292 </div>
76293 </section>
76294 </div>
76295 </div>
76296 </div></li>
76297 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory.html">Krishnan
    … Laboratory</a>
76298 <div class="subnav-mask">
76299 <div class="subnav-wrapper">
76300 <div class="subnav col10 pad">
76301 <section class="nested">
76302 <div class="col4 main-column">
76303 <nav class="secondary">
76304 <ul>
76305 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory.html"
    … aria-label="Back to Krishnan Laboratory">Krishnan Laboratory</a></li>
76306 <li class="primary-nav-item">
76307 <a href="/research/departments-labs-institutes/labs/krishnan-laboratory.html"
    … aria-label="Krishnan Laboratory Home">Krishnan Laboratory Home</a></li>
76308 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory/research.html">
    … Research</a></li>
76309 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory/news-and-media.
    … html">News &amp; Media</a></li>
76310 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory/publications.
    … html">Publications</a></li>
76311 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory/lab-members.html
    … ">Lab Members</a></li>
76312 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/krishnan-laboratory/contact-us.html"
    … >Contact Us</a></li>
76313 </ul>
76314 </nav>
76315 </div>
76316 </section>
76317 </div>
76318 </div>
76319 </div></li>
76320 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/kurie-laboratory.html">Kurie
    … Laboratory</a>
76321 <div class="subnav-mask">
76322 <div class="subnav-wrapper">
76323 <div class="subnav col10 pad">
76324 <section class="nested">
76325 <div class="col4 main-column">
76326 <nav class="secondary">
76327 <ul>
76328 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/kurie-laboratory.html"
    … aria-label="Back to Kurie Laboratory">Kurie Laboratory</a></li>
76329 <li class="primary-nav-item">
76330 <a href="/research/departments-labs-institutes/labs/kurie-laboratory.html"
    … aria-label="Kurie Laboratory Home">Kurie Laboratory Home</a></li>
76331 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/kurie-laboratory/research.html">
    … Research</a></li>
76332 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/kurie-laboratory/publications.html">
    … Publications</a></li>
76333 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/kurie-laboratory/lab-members.html">
```

Page 2364

```
76333  Lab Members</a></li>
76334  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kurie-laboratory/resources.html">
    …  Resources</a></li>
76335  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/kurie-laboratory/contact-us.html">
    …  Contact Us</a></li>
76336  </ul>
76337  </nav>
76338  </div>
76339  </section>
76340  </div>
76341  </div>
76342  </div></li>
76343  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/lopez-laboratory.html">Lopez-
    …  Berestein Laboratory</a>
76344  <div class="subnav-mask">
76345  <div class="subnav-wrapper">
76346  <div class="subnav col10 pad">
76347  <section class="nested">
76348  <div class="col4 main-column">
76349  <nav class="secondary">
76350  <ul>
76351  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/lopez-laboratory.html"
    …  aria-label="Back to Lopez-Berestein Laboratory">Lopez-Berestein Laboratory</a></li>
76352  <li class="primary-nav-item">
76353  <a href="/research/departments-labs-institutes/labs/lopez-laboratory.html"
    …  aria-label="Lopez-Berestein Laboratory Home">Lopez-Berestein Laboratory Home</a></li>
76354  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/lopez-laboratory/lab-members.html">
    …  Lab Members</a></li>
76355  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/lopez-laboratory/publications.html">
    …  Publications</a></li>
76356  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/lopez-laboratory/contact-us.html">
    …  Contact Us</a></li>
76357  </ul>
76358  </nav>
76359  </div>
76360  </section>
76361  </div>
76362  </div>
76363  </div></li>
76364  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/lozano-laboratory.html">Lozano
    …  Laboratory</a>
76365  <div class="subnav-mask">
76366  <div class="subnav-wrapper">
76367  <div class="subnav col10 pad">
76368  <section class="nested">
76369  <div class="col4 main-column">
76370  <nav class="secondary">
76371  <ul>
76372  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/lozano-laboratory.html"
    …  aria-label="Back to Lozano Laboratory">Lozano Laboratory</a></li>
76373  <li class="primary-nav-item">
76374  <a href="/research/departments-labs-institutes/labs/lozano-laboratory.html"
    …  aria-label="Lozano Laboratory Home">Lozano Laboratory Home</a></li>
76375  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/lozano-laboratory/research.html">
    …  Research</a></li>
76376  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/lozano-laboratory/publications.html"
    …  >Publications</a></li>
```

```
76377  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/lozano-laboratory/lab-members.html">
  …    Lab Members</a></li>
76378  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/lozano-laboratory/join-the-lab.html"
  …    >Join Our Lab</a></li>
76379  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/lozano-laboratory/contact-us.html">
  …    Contact Us</a></li>
76380  </ul>
76381  </nav>
76382  </div>
76383  </section>
76384  </div>
76385  </div>
76386  </div></li>
76387  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory.html">Magnetic Relaxometry Research Laboratory</a>
76388  <div class="subnav-mask">
76389  <div class="subnav-wrapper">
76390  <div class="subnav col10 pad">
76391  <section class="nested">
76392  <div class="col4 main-column">
76393  <nav class="secondary">
76394  <ul>
76395  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory.html" aria-label="Back to Magnetic Relaxometry Research
  …    Laboratory">Magnetic Relaxometry Research Laboratory</a></li>
76396  <li class="primary-nav-item">
76397  <a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory.html" aria-label="Magnetic Relaxometry Research Laboratory Home">Magnetic
  …    Relaxometry Research Laboratory Home</a></li>
76398  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory/research.html">Research</a></li>
76399  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory/publications.html">Publications</a></li>
76400  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory/lab-members.html">Lab Members</a></li>
76401  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
  …    laboratory/contact-us.html">Contact Us</a></li>
76402  </ul>
76403  </nav>
76404  </div>
76405  </section>
76406  </div>
76407  </div>
76408  </div></li>
76409  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html">
  …    Magnetic Resonance Systems Laboratory</a>
76410  <div class="subnav-mask">
76411  <div class="subnav-wrapper">
76412  <div class="subnav col10 pad">
76413  <section class="nested">
76414  <div class="col4 main-column">
76415  <nav class="secondary">
76416  <ul>
76417  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html"
  …    aria-label="Back to Magnetic Resonance Systems Laboratory">Magnetic Resonance Systems
  …    Laboratory</a></li>
```

```
76418 <li class="primary-nav-item">
76419 <a href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html"
   …  aria-label="Magnetic Resonance Systems Laboratory Home">Magnetic Resonance Systems
   …  Laboratory Home</a></li>
76420 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/research.
   …  html">Research</a></li>
76421 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/
   …  publications.html">Publications</a></li>
76422 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/lab-
   …  members.html">Lab Members</a></li>
76423 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/contact-
   …  us.html">Contact Us</a></li>
76424 </ul>
76425 </nav>
76426 </div>
76427 </section>
76428 </div>
76429 </div>
76430 </div></li>
76431 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory.html">Maitra
   …  Laboratory</a>
76432 <div class="subnav-mask">
76433 <div class="subnav-wrapper">
76434 <div class="subnav col10 pad">
76435 <section class="nested">
76436 <div class="col4 main-column">
76437 <nav class="secondary">
76438 <ul>
76439 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory.html"
   …  aria-label="Back to Maitra Laboratory">Maitra Laboratory</a></li>
76440 <li class="primary-nav-item">
76441 <a href="/research/departments-labs-institutes/labs/maitra-laboratory.html"
   …  aria-label="Maitra Laboratory Home">Maitra Laboratory Home</a></li>
76442 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory/research.html">
   …  Research</a></li>
76443 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory/publications.html"
   …  >Publications</a></li>
76444 </ul>
76445 </nav>
76446 </div>
76447 </section>
76448 </div>
76449 </div>
76450 </div></li>
76451 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory.html">McBride
   …  Laboratory</a>
76452 <div class="subnav-mask">
76453 <div class="subnav-wrapper">
76454 <div class="subnav col10 pad">
76455 <section class="nested">
76456 <div class="col4 main-column">
76457 <nav class="secondary">
76458 <ul>
76459 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory.html"
   …  aria-label="Back to McBride Laboratory">McBride Laboratory</a></li>
76460 <li class="primary-nav-item">
76461 <a href="/research/departments-labs-institutes/labs/mcbride-laboratory.html"
   …  aria-label="McBride Laboratory Home">McBride Laboratory Home</a></li>
```

```
76462  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mcbride-laboratory/research.html">
   …   Research</a></li>
76463  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mcbride-laboratory/publications.html
   …   ">Publications</a></li>
76464  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mcbride-laboratory/lab-members.html"
   …   >Lab Members</a></li>
76465  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mcbride-laboratory/contact-us.html">
   …   Contact Us</a></li>
76466  </ul>
76467  </nav>
76468  </div>
76469  </section>
76470  </div>
76471  </div>
76472  </div></li>
76473  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory.html">McCarty
   …   Laboratory</a>
76474  <div class="subnav-mask">
76475  <div class="subnav-wrapper">
76476  <div class="subnav col10 pad">
76477  <section class="nested">
76478  <div class="col4 main-column">
76479  <nav class="secondary">
76480  <ul>
76481  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory.html"
   …   aria-label="Back to McCarty Laboratory">McCarty Laboratory</a></li>
76482  <li class="primary-nav-item">
76483  <a href="/research/departments-labs-institutes/labs/mccarty-laboratory.html"
   …   aria-label="McCarty Laboratory Home">McCarty Laboratory Home</a></li>
76484  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory/research.html">
   …   Research</a></li>
76485  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory/publications.html
   …   ">Publications</a></li>
76486  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory/lab-members.html"
   …   >Lab Members</a></li>
76487  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/mccarty-laboratory/contact-us.html">
   …   Contact Us</a></li>
76488  </ul>
76489  </nav>
76490  </div>
76491  </section>
76492  </div>
76493  </div>
76494  </div></li>
76495  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/mccrea-laboratory.html">McCrea
   …   Laboratory</a>
76496  <div class="subnav-mask">
76497  <div class="subnav-wrapper">
76498  <div class="subnav col10 pad">
76499  <section class="nested">
76500  <div class="col4 main-column">
76501  <nav class="secondary">
76502  <ul>
76503  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/mccrea-laboratory.html"
   …   aria-label="Back to McCrea Laboratory">McCrea Laboratory</a></li>
76504  <li class="primary-nav-item">
```

```
76505  <a href="/research/departments-labs-institutes/labs/mccrea-laboratory.html"
  …    aria-label="McCrea Laboratory Home">McCrea Laboratory Home</a></li>
76506  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mccrea-laboratory/research.html">
  …    Research</a></li>
76507  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mccrea-laboratory/publications.html"
  …    >Publications</a></li>
76508  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mccrea-laboratory/lab-members.html">
  …    Lab Members</a></li>
76509  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mccrea-laboratory/join-the-lab.html"
  …    >Join Our Lab</a></li>
76510  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mccrea-laboratory/contact-us.html">
  …    Contact Us</a></li>
76511  </ul>
76512  </nav>
76513  </div>
76514  </section>
76515  </div>
76516  </div>
76517  </div></li>
76518  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory.html">Microsurgical
  …    and Endoscopic Center for Clinical Applications (MECCA) Laboratory</a>
76519  <div class="subnav-mask">
76520  <div class="subnav-wrapper">
76521  <div class="subnav col10 pad">
76522  <section class="nested">
76523  <div class="col4 main-column">
76524  <nav class="secondary">
76525  <ul>
76526  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory.html"
  …    aria-label="Back to Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory">Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory</a></li>
76527  <li class="primary-nav-item">
76528  <a href="/research/departments-labs-institutes/labs/mecca-laboratory.html"
  …    aria-label="Microsurgical and Endoscopic Center for Clinical Applications (MECCA)
  …    Laboratory Home">Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory Home</a></li>
76529  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/lab-members.html">
  …    Lab Members</a></li>
76530  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/life-in-the-lab.
  …    html">Life in the Lab</a></li>
76531  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/resources.html">
  …    Resources</a></li>
76532  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/contact-us.html">
  …    Contact Us</a></li>
76533  </ul>
76534  </nav>
76535  </div>
76536  </section>
76537  </div>
76538  </div>
76539  </div></li>
76540  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html">Moghaddam
  …    Laboratory</a>
76541  <div class="subnav-mask">
76542  <div class="subnav-wrapper">
```

```
76543  <div class="subnav col10 pad">
76544  <section class="nested">
76545  <div class="col4 main-column">
76546  <nav class="secondary">
76547  <ul>
76548  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html"
    …  aria-label="Back to Moghaddam Laboratory">Moghaddam Laboratory</a></li>
76549  <li class="primary-nav-item">
76550  <a href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html"
    …  aria-label="Moghaddam Laboratory Home">Moghaddam Laboratory Home</a></li>
76551  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/moghaddam-laboratory/research.html">
    …  Research</a></li>
76552  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/moghaddam-laboratory/publications.
    …  html">Publications</a></li>
76553  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/moghaddam-laboratory/lab-members.
    …  html">Lab Members</a></li>
76554  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/moghaddam-laboratory/contact-us.html
    …  ">Contact Us</a></li>
76555  </ul>
76556  </nav>
76557  </div>
76558  </section>
76559  </div>
76560  </div>
76561  </div></li>
76562  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory.html">Navin
    …  Laboratory</a>
76563  <div class="subnav-mask">
76564  <div class="subnav-wrapper">
76565  <div class="subnav col10 pad">
76566  <section class="nested">
76567  <div class="col4 main-column">
76568  <nav class="secondary">
76569  <ul>
76570  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory.html"
    …  aria-label="Back to Navin Laboratory">Navin Laboratory</a></li>
76571  <li class="primary-nav-item">
76572  <a href="/research/departments-labs-institutes/labs/navin-laboratory.html"
    …  aria-label="Navin Laboratory Home">Navin Laboratory Home</a></li>
76573  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/research.html">
    …  Research</a></li>
76574  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/publications.html">
    …  Publications</a></li>
76575  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/news-and-media.html
    …  ">News &amp; Media</a></li>
76576  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/lab-members.html">
    …  Lab Members</a></li>
76577  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/join-the-lab.html">
    …  Join Our Lab</a></li>
76578  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/navin-laboratory/contact-us.html">
    …  Contact Us</a></li>
76579  </ul>
76580  </nav>
76581  </div>
76582  </section>
```

```
76583 </div>
76584 </div>
76585 </div></li>
76586 <li class="primary-nav-item has-subnav"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html">
 ... Neuroimmunology Laboratory</a>
76587 <div class="subnav-mask">
76588 <div class="subnav-wrapper">
76589 <div class="subnav col10 pad">
76590 <section class="nested">
76591 <div class="col4 main-column">
76592 <nav class="secondary">
76593 <ul>
76594 <li class="mobile-nav-back"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html"
 ... aria-label="Back to Neuroimmunology Laboratory">Neuroimmunology Laboratory</a></li>
76595 <li class="primary-nav-item">
76596 <a href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html"
 ... aria-label="Neuroimmunology Laboratory Home">Neuroimmunology Laboratory Home</a></li>
76597 <li class="primary-nav-item has-subnav"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
 ... html">Research</a>
76598 <div class="subnav-mask">
76599 <div class="subnav-wrapper">
76600 <div class="subnav col10 pad">
76601 <section class="nested">
76602 <div class="col4 main-column">
76603 <nav class="secondary">
76604 <ul>
76605 <li class="mobile-nav-back"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
 ... html" aria-label="Back to Research">Research</a></li>
76606 <li class="primary-nav-item">
76607 <a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
 ... html" aria-label="Research Home">Research Home</a></li>
76608 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
 ... prevention-and-treatment-of-chemobrain.html">Prevention and Treatment of
 ... Chemobrain</a></li>
76609 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
 ... mechanisms-of-sickness-fatigue-and-depression.html">Mechanisms of Sickness, Fatigue
 ... and Depression</a></li>
76610 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
 ... prevention-and-treatment-of-chemotherapy-induced-neuropathic-pain.html">Prevention
 ... and Treatment of Chemotherapy-Induced Neuropathic Pain</a></li>
76611 </ul>
76612 </nav>
76613 </div>
76614 </section>
76615 </div>
76616 </div>
76617 </div></li>
76618 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/
 ... publications.html">Publications</a></li>
76619 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/lab-
 ... members.html">Lab Members</a></li>
76620 <li class="primary-nav-item"><a
 ... href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/contact-
 ... us.html">Contact Us</a></li>
76621 </ul>
76622 </nav>
76623 </div>
76624 </section>
```

```
76625  </div>
76626  </div>
76627  </div></li>
76628  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html">Okhuysen
    …  Laboratory</a>
76629  <div class="subnav-mask">
76630  <div class="subnav-wrapper">
76631  <div class="subnav col10 pad">
76632  <section class="nested">
76633  <div class="col4 main-column">
76634  <nav class="secondary">
76635  <ul>
76636  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html"
    …  aria-label="Back to Okhuysen Laboratory">Okhuysen Laboratory</a></li>
76637  <li class="primary-nav-item">
76638  <a href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html"
    …  aria-label="Okhuysen Laboratory Home">Okhuysen Laboratory Home</a></li>
76639  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/research.html">
    …  Research</a></li>
76640  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/publications.
    …  html">Publications</a></li>
76641  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/lab-members.html
    …  ">Lab Members</a></li>
76642  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/contact-us.html"
    …  >Contact Us</a></li>
76643  </ul>
76644  </nav>
76645  </div>
76646  </section>
76647  </div>
76648  </div>
76649  </div></li>
76650  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html">Ovarian Cancer Research Laboratory</a>
76651  <div class="subnav-mask">
76652  <div class="subnav-wrapper">
76653  <div class="subnav col10 pad">
76654  <section class="nested">
76655  <div class="col4 main-column">
76656  <nav class="secondary">
76657  <ul>
76658  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html" aria-label="Back to Ovarian Cancer Research Laboratory">Ovarian Cancer Research
    …  Laboratory</a></li>
76659  <li class="primary-nav-item">
76660  <a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html" aria-label="Ovarian Cancer Research Laboratory Home">Ovarian Cancer Research
    …  Laboratory Home</a></li>
76661  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  research.html">Research</a></li>
76662  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  lab-members.html">Lab Members</a></li>
76663  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  contact-us.html">Contact Us</a></li>
76664  </ul>
76665  </nav>
```

```
76666  </div>
76667  </section>
76668  </div>
76669  </div>
76670  </div></li>
76671  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  >Helen Piwnica-Worms Laboratory</a>
76672  <div class="subnav-mask">
76673  <div class="subnav-wrapper">
76674  <div class="subnav col10 pad">
76675  <section class="nested">
76676  <div class="col4 main-column">
76677  <nav class="secondary">
76678  <ul>
76679  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  aria-label="Back to Helen Piwnica-Worms Laboratory">Helen Piwnica-Worms
    …  Laboratory</a></li>
76680  <li class="primary-nav-item">
76681  <a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  aria-label="Helen Piwnica-Worms Laboratory Home">Helen Piwnica-Worms Laboratory
    …  Home</a></li>
76682  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
    …  research.html">Research</a></li>
76683  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
    …  publications.html">Publications</a></li>
76684  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/lab-
    …  members.html">Lab Members</a></li>
76685  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/join-
    …  the-lab.html">Join Our Lab</a></li>
76686  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
    …  contact-us.html">Contact Us</a></li>
76687  </ul>
76688  </nav>
76689  </div>
76690  </section>
76691  </div>
76692  </div>
76693  </div></li>
76694  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
    …  laboratory.html">Photoacoustic Imaging Research Laboratory</a>
76695  <div class="subnav-mask">
76696  <div class="subnav-wrapper">
76697  <div class="subnav col10 pad">
76698  <section class="nested">
76699  <div class="col4 main-column">
76700  <nav class="secondary">
76701  <ul>
76702  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
    …  laboratory.html" aria-label="Back to Photoacoustic Imaging Research
    …  Laboratory">Photoacoustic Imaging Research Laboratory</a></li>
76703  <li class="primary-nav-item">
76704  <a
    …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
    …  laboratory.html" aria-label="Photoacoustic Imaging Research Laboratory
    …  Home">Photoacoustic Imaging Research Laboratory Home</a></li>
76705  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
    …  laboratory/research.html">Research</a></li>
```

```
76706  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
   …  laboratory/publications.html">Publications</a></li>
76707  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
   …  laboratory/lab-members.html">Lab Members</a></li>
76708  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
   …  laboratory/join-our-lab.html">Join our Lab</a></li>
76709  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
   …  laboratory/contact-us.html">Contact Us</a></li>
76710  </ul>
76711  </nav>
76712  </div>
76713  </section>
76714  </div>
76715  </div>
76716  </div></li>
76717  <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/raad-laboratory.html">Raad
   …  Laboratory</a>
76718  <div class="subnav-mask">
76719  <div class="subnav-wrapper">
76720  <div class="subnav col10 pad">
76721  <section class="nested">
76722  <div class="col4 main-column">
76723  <nav class="secondary">
76724  <ul>
76725  <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/raad-laboratory.html"
   …  aria-label="Back to Raad Laboratory">Raad Laboratory</a></li>
76726  <li class="primary-nav-item">
76727  <a href="/research/departments-labs-institutes/labs/raad-laboratory.html"
   …  aria-label="Raad Laboratory Home">Raad Laboratory Home</a></li>
76728  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/raad-laboratory/research.html">
   …  Research</a></li>
76729  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/raad-laboratory/publications.html">
   …  Publications</a></li>
76730  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/raad-laboratory/lab-members.html">
   …  Lab Members</a></li>
76731  </ul>
76732  </nav>
76733  </div>
76734  </section>
76735  </div>
76736  </div>
76737  </div></li>
76738  <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/rai-laboratory.html">Rai
   …  Laboratory</a>
76739  <div class="subnav-mask">
76740  <div class="subnav-wrapper">
76741  <div class="subnav col10 pad">
76742  <section class="nested">
76743  <div class="col4 main-column">
76744  <nav class="secondary">
76745  <ul>
76746  <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/rai-laboratory.html"
   …  aria-label="Back to Rai Laboratory">Rai Laboratory</a></li>
76747  <li class="primary-nav-item">
76748  <a href="/research/departments-labs-institutes/labs/rai-laboratory.html"
   …  aria-label="Rai Laboratory Home">Rai Laboratory Home</a></li>
76749  <li class="primary-nav-item"><a
```

```
76749  href="/research/departments-labs-institutes/labs/rai-laboratory/research.html">
    …  Research</a></li>
76750  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/rai-laboratory/publications.html">
    …  Publications</a></li>
76751  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/rai-laboratory/lab-members.html">Lab
    …  Members</a></li>
76752  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/rai-laboratory/join-the-lab.html">
    …  Join Our Lab</a></li>
76753  </ul>
76754  </nav>
76755  </div>
76756  </section>
76757  </div>
76758  </div>
76759  </div></li>
76760  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/rosenblum-lab.html">Rosenblum
    …  Lab</a>
76761  <div class="subnav-mask">
76762  <div class="subnav-wrapper">
76763  <div class="subnav col10 pad">
76764  <section class="nested">
76765  <div class="col4 main-column">
76766  <nav class="secondary">
76767  <ul>
76768  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/rosenblum-lab.html" aria-label="Back
    …  to Rosenblum Lab">Rosenblum Lab</a></li>
76769  <li class="primary-nav-item">
76770  <a href="/research/departments-labs-institutes/labs/rosenblum-lab.html"
    …  aria-label="Rosenblum Lab Home">Rosenblum Lab Home</a></li>
76771  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/rosenblum-lab/lab-members.html">Lab
    …  Members</a></li>
76772  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/rosenblum-lab/contact-us.html">
    …  Contact Us</a></li>
76773  </ul>
76774  </nav>
76775  </div>
76776  </section>
76777  </div>
76778  </div>
76779  </div></li>
76780  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/samaniego-laboratory.html">Samaniego
    …  Laboratory</a>
76781  <div class="subnav-mask">
76782  <div class="subnav-wrapper">
76783  <div class="subnav col10 pad">
76784  <section class="nested">
76785  <div class="col4 main-column">
76786  <nav class="secondary">
76787  <ul>
76788  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/samaniego-laboratory.html"
    …  aria-label="Back to Samaniego Laboratory">Samaniego Laboratory</a></li>
76789  <li class="primary-nav-item">
76790  <a href="/research/departments-labs-institutes/labs/samaniego-laboratory.html"
    …  aria-label="Samaniego Laboratory Home">Samaniego Laboratory Home</a></li>
76791  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/samaniego-laboratory/lab-members.
    …  html">Lab Members</a></li>
76792  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/samaniego-laboratory/contact-us.html"
```

```
76792… ">Contact Us</a></li>
76793 </ul>
76794 </nav>
76795 </div>
76796 </section>
76797 </div>
76798 </div>
76799 </div></li>
76800 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory.html">Santos
    … Laboratory</a>
76801 <div class="subnav-mask">
76802 <div class="subnav-wrapper">
76803 <div class="subnav col10 pad">
76804 <section class="nested">
76805 <div class="col4 main-column">
76806 <nav class="secondary">
76807 <ul>
76808 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory.html"
    … aria-label="Back to Santos Laboratory">Santos Laboratory</a></li>
76809 <li class="primary-nav-item">
76810 <a href="/research/departments-labs-institutes/labs/santos-laboratory.html"
    … aria-label="Santos Laboratory Home">Santos Laboratory Home</a></li>
76811 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory/current-research.
    … html">Research</a></li>
76812 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory/publications.html"
    … >Publications</a></li>
76813 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory/lab-members.html">
    … Lab Members</a></li>
76814 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/santos-laboratory/contact-
    … information.html">Contact Us</a></li>
76815 </ul>
76816 </nav>
76817 </div>
76818 </section>
76819 </div>
76820 </div>
76821 </div></li>
76822 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html">Sawakuchi
    … Laboratory</a>
76823 <div class="subnav-mask">
76824 <div class="subnav-wrapper">
76825 <div class="subnav col10 pad">
76826 <section class="nested">
76827 <div class="col4 main-column">
76828 <nav class="secondary">
76829 <ul>
76830 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html"
    … aria-label="Back to Sawakuchi Laboratory">Sawakuchi Laboratory</a></li>
76831 <li class="primary-nav-item">
76832 <a href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html"
    … aria-label="Sawakuchi Laboratory Home">Sawakuchi Laboratory Home</a></li>
76833 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/research.html">
    … Research</a></li>
76834 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/publications.
    … html">Publications</a></li>
76835 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/news-and-media.
    … html">News &amp; Media</a></li>
```

```
76836 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/lab-members.
  ... html">Lab Members</a></li>
76837 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/resources.html"
  ... >Resources</a></li>
76838 </ul>
76839 </nav>
76840 </div>
76841 </section>
76842 </div>
76843 </div>
76844 </div></li>
76845 <li class="primary-nav-item has-subnav"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory.html">Shelburne
  ... Laboratory</a>
76846 <div class="subnav-mask">
76847 <div class="subnav-wrapper">
76848 <div class="subnav col10 pad">
76849 <section class="nested">
76850 <div class="col4 main-column">
76851 <nav class="secondary">
76852 <ul>
76853 <li class="mobile-nav-back"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory.html"
  ... aria-label="Back to Shelburne Laboratory">Shelburne Laboratory</a></li>
76854 <li class="primary-nav-item">
76855 <a href="/research/departments-labs-institutes/labs/shelburne-laboratory.html"
  ... aria-label="Shelburne Laboratory Home">Shelburne Laboratory Home</a></li>
76856 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory/research.html">
  ... Research</a></li>
76857 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory/publications.
  ... html">Publications</a></li>
76858 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory/lab-members.
  ... html">Lab Members</a></li>
76859 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/shelburne-laboratory/contact-us.html
  ... ">Contact Us</a></li>
76860 </ul>
76861 </nav>
76862 </div>
76863 </section>
76864 </div>
76865 </div>
76866 </div></li>
76867 <li class="primary-nav-item has-subnav"><a
  ... href="/research/departments-labs-institutes/labs/shen-laboratory.html">Shen
  ... Laboratory</a>
76868 <div class="subnav-mask">
76869 <div class="subnav-wrapper">
76870 <div class="subnav col10 pad">
76871 <section class="nested">
76872 <div class="col4 main-column">
76873 <nav class="secondary">
76874 <ul>
76875 <li class="mobile-nav-back"><a
  ... href="/research/departments-labs-institutes/labs/shen-laboratory.html"
  ... aria-label="Back to Shen Laboratory">Shen Laboratory</a></li>
76876 <li class="primary-nav-item">
76877 <a href="/research/departments-labs-institutes/labs/shen-laboratory.html"
  ... aria-label="Shen Laboratory Home">Shen Laboratory Home</a></li>
76878 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/labs/shen-laboratory/research.html">
  ... Research</a></li>
76879 <li class="primary-nav-item"><a
```

```
76879…  href="/research/departments-labs-institutes/labs/shen-laboratory/publications.html">
  …  Publications</a></li>
76880  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shen-laboratory/news.html">News
  …  &amp; Media</a></li>
76881  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shen-laboratory/lab-members.html">
  …  Lab Members</a></li>
76882  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shen-laboratory/contact-us.html">
  …  Contact Us</a></li>
76883  </ul>
76884  </nav>
76885  </div>
76886  </section>
76887  </div>
76888  </div>
76889  </div></li>
76890  <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory.html">Shi
  …  Laboratory</a>
76891  <div class="subnav-mask">
76892  <div class="subnav-wrapper">
76893  <div class="subnav col10 pad">
76894  <section class="nested">
76895  <div class="col4 main-column">
76896  <nav class="secondary">
76897  <ul>
76898  <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory.html"
  …  aria-label="Back to Shi Laboratory">Shi Laboratory</a></li>
76899  <li class="primary-nav-item">
76900  <a href="/research/departments-labs-institutes/labs/shi-laboratory.html"
  …  aria-label="Shi Laboratory Home">Shi Laboratory Home</a></li>
76901  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory/research.html">
  …  Research</a></li>
76902  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory/publications.html">
  …  Publications</a></li>
76903  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory/lab-members.html">Lab
  …  Members</a></li>
76904  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory/resources.html">
  …  Resources</a></li>
76905  <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/shi-laboratory/contact-us.html">
  …  Contact Us</a></li>
76906  </ul>
76907  </nav>
76908  </div>
76909  </section>
76910  </div>
76911  </div>
76912  </div></li>
76913  <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/til-laboratory.html">TIL
  …  Laboratory</a>
76914  <div class="subnav-mask">
76915  <div class="subnav-wrapper">
76916  <div class="subnav col10 pad">
76917  <section class="nested">
76918  <div class="col4 main-column">
76919  <nav class="secondary">
76920  <ul>
76921  <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/til-laboratory.html"
```

```
76921… aria-label="Back to TIL Laboratory">TIL Laboratory</a></li>
76922 <li class="primary-nav-item">
76923 <a href="/research/departments-labs-institutes/labs/til-laboratory.html"
   …  aria-label="TIL Laboratory Home">TIL Laboratory Home</a></li>
76924 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/til-laboratory/research.html">
   …  Research</a></li>
76925 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/til-laboratory/lab-members.html">Lab
   …  Members</a></li>
76926 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/til-laboratory/contact-us.html">
   …  Contact Us</a></li>
76927 </ul>
76928 </nav>
76929 </div>
76930 </section>
76931 </div>
76932 </div>
76933 </div></li>
76934 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/tweardy-laboratory.html">Tweardy
   …  Laboratory</a>
76935 <div class="subnav-mask">
76936 <div class="subnav-wrapper">
76937 <div class="subnav col10 pad">
76938 <section class="nested">
76939 <div class="col4 main-column">
76940 <nav class="secondary">
76941 <ul>
76942 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/tweardy-laboratory.html"
   …  aria-label="Back to Tweardy Laboratory">Tweardy Laboratory</a></li>
76943 <li class="primary-nav-item">
76944 <a href="/research/departments-labs-institutes/labs/tweardy-laboratory.html"
   …  aria-label="Tweardy Laboratory Home">Tweardy Laboratory Home</a></li>
76945 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/research.html">
   …  Research</a></li>
76946 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/publications.html
   …  ">Publications</a></li>
76947 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/lab-members.html"
   …  >Lab Members</a></li>
76948 </ul>
76949 </nav>
76950 </div>
76951 </section>
76952 </div>
76953 </div>
76954 </div></li>
76955 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/vilar-laboratory.html">Vilar
   …  Laboratory</a>
76956 <div class="subnav-mask">
76957 <div class="subnav-wrapper">
76958 <div class="subnav col10 pad">
76959 <section class="nested">
76960 <div class="col4 main-column">
76961 <nav class="secondary">
76962 <ul>
76963 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/vilar-laboratory.html"
   …  aria-label="Back to Vilar Laboratory">Vilar Laboratory</a></li>
76964 <li class="primary-nav-item">
76965 <a href="/research/departments-labs-institutes/labs/vilar-laboratory.html"
   …  aria-label="Vilar Laboratory Home">Vilar Laboratory Home</a></li>
```

```
76966  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/vilar-laboratory/research.html">
   …   Research</a></li>
76967  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/vilar-laboratory/publications.html">
   …   Publications</a></li>
76968  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/vilar-laboratory/lab-members.html">
   …   Lab Members</a></li>
76969  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/vilar-laboratory/resources.html">
   …   Resources</a></li>
76970  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/vilar-laboratory/contact-us.html">
   …   Contact Us</a></li>
76971  </ul>
76972  </nav>
76973  </div>
76974  </section>
76975  </div>
76976  </div>
76977  </div></li>
76978  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory.html">Welsh
   …   Laboratory</a>
76979  <div class="subnav-mask">
76980  <div class="subnav-wrapper">
76981  <div class="subnav col10 pad">
76982  <section class="nested">
76983  <div class="col4 main-column">
76984  <nav class="secondary">
76985  <ul>
76986  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory.html"
   …   aria-label="Back to Welsh Laboratory">Welsh Laboratory</a></li>
76987  <li class="primary-nav-item">
76988  <a href="/research/departments-labs-institutes/labs/welsh-laboratory.html"
   …   aria-label="Welsh Laboratory Home">Welsh Laboratory Home</a></li>
76989  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/research.html">
   …   Research</a></li>
76990  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/publications.html">
   …   Publications</a></li>
76991  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/lab-members.html">
   …   Lab Members</a></li>
76992  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/contact-us.html">
   …   Contact Us</a></li>
76993  </ul>
76994  </nav>
76995  </div>
76996  </section>
76997  </div>
76998  </div>
76999  </div></li>
77000  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory.html">Wood
   …   Laboratory</a>
77001  <div class="subnav-mask">
77002  <div class="subnav-wrapper">
77003  <div class="subnav col10 pad">
77004  <section class="nested">
77005  <div class="col4 main-column">
77006  <nav class="secondary">
77007  <ul>
77008  <li class="mobile-nav-back"><a
```

```
77008…  href="/research/departments-labs-institutes/labs/wood-laboratory.html"
    …   aria-label="Back to Wood Laboratory">Wood Laboratory</a></li>
77009   <li class="primary-nav-item">
77010   <a href="/research/departments-labs-institutes/labs/wood-laboratory.html"
    …   aria-label="Wood Laboratory Home">Wood Laboratory Home</a></li>
77011   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/research.html">
    …   Research</a></li>
77012   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/publications.html">
    …   Publications</a></li>
77013   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/lab-members.html">
    …   Lab Members</a></li>
77014   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/life-in-the-lab.html
    …   ">Life in the Lab</a></li>
77015   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/resources.html">
    …   Resources</a></li>
77016   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/wood-laboratory/contact-us.html">
    …   Contact Us</a></li>
77017   </ul>
77018   </nav>
77019   </div>
77020   </section>
77021   </div>
77022   </div>
77023   </div></li>
77024   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory.html">Woodward
    …   Laboratory</a>
77025   <div class="subnav-mask">
77026   <div class="subnav-wrapper">
77027   <div class="subnav col10 pad">
77028   <section class="nested">
77029   <div class="col4 main-column">
77030   <nav class="secondary">
77031   <ul>
77032   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory.html"
    …   aria-label="Back to Woodward Laboratory">Woodward Laboratory</a></li>
77033   <li class="primary-nav-item">
77034   <a href="/research/departments-labs-institutes/labs/woodward-laboratory.html"
    …   aria-label="Woodward Laboratory Home">Woodward Laboratory Home</a></li>
77035   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory/research.html">
    …   Research</a></li>
77036   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory/publications.
    …   html">Publications</a></li>
77037   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory/news-and-media.
    …   html">News &amp; Media</a></li>
77038   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory/lab-members.html
    …   ">Lab Members</a></li>
77039   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/woodward-laboratory/contact-us.html"
    …   >Contact Us</a></li>
77040   </ul>
77041   </nav>
77042   </div>
77043   </section>
77044   </div>
77045   </div>
77046   </div></li>
```

```
77047 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/xie-laboratory.html">Xie
    … Laboratory</a>
77048 <div class="subnav-mask">
77049 <div class="subnav-wrapper">
77050 <div class="subnav col10 pad">
77051 <section class="nested">
77052 <div class="col4 main-column">
77053 <nav class="secondary">
77054 <ul>
77055 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/xie-laboratory.html"
    … aria-label="Back to Xie Laboratory">Xie Laboratory</a></li>
77056 <li class="primary-nav-item">
77057 <a href="/research/departments-labs-institutes/labs/xie-laboratory.html"
    … aria-label="Xie Laboratory Home">Xie Laboratory Home</a></li>
77058 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/xie-laboratory/research.html">
    … Research</a></li>
77059 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/xie-laboratory/publications.html">
    … Publications</a></li>
77060 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/xie-laboratory/lab-members.html">Lab
    … Members</a></li>
77061 </ul>
77062 </nav>
77063 </div>
77064 </section>
77065 </div>
77066 </div>
77067 </div></li>
77068 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory.html">Yan
    … Laboratory</a>
77069 <div class="subnav-mask">
77070 <div class="subnav-wrapper">
77071 <div class="subnav col10 pad">
77072 <section class="nested">
77073 <div class="col4 main-column">
77074 <nav class="secondary">
77075 <ul>
77076 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory.html"
    … aria-label="Back to Yan Laboratory">Yan Laboratory</a></li>
77077 <li class="primary-nav-item">
77078 <a href="/research/departments-labs-institutes/labs/yan-laboratory.html"
    … aria-label="Yan Laboratory Home">Yan Laboratory Home</a></li>
77079 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/research.html">
    … Research</a></li>
77080 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/publications.html">
    … Publications</a></li>
77081 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/lab-members.html">Lab
    … Members</a></li>
77082 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/join-the-lab.html">
    … Join Our Lab</a></li>
77083 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/contact-us.html">
    … Contact Us</a></li>
77084 </ul>
77085 </nav>
77086 </div>
77087 </section>
77088 </div>
```

```
77089  </div>
77090  </div></li>
77091  </ul>
77092  </nav>
77093  </div>
77094  </section>
77095  </div>
77096  </div>
77097  </div></li>
77098  <li class="primary-nav-item has-subnav"><a
  …    href="/departments-labs-institutes/programs-centers.html">Research Centers
  …    and Programs</a>
77099  <div class="subnav-mask">
77100  <div class="subnav-wrapper">
77101  <div class="subnav col10 pad">
77102  <section class="nested">
77103  <div class="col4 main-column">
77104  <nav class="secondary">
77105  <ul>
77106  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/programs-centers.html" aria-label="Back
  …    to Research Centers and Programs">Research Centers and Programs</a></li>
77107  <li class="primary-nav-item">
77108  <a href="/research/departments-labs-institutes/programs-centers.html"
  …    aria-label="Research Centers and Programs Home">Research Centers and Programs
  …    Home</a></li>
77109  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
  …    .html">Alopecia Areata Registry</a>
77110  <div class="subnav-mask">
77111  <div class="subnav-wrapper">
77112  <div class="subnav col10 pad">
77113  <section class="nested">
77114  <div class="col4 main-column">
77115  <nav class="secondary">
77116  <ul>
77117  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
  …    .html" aria-label="Back to Alopecia Areata Registry">Alopecia Areata
  …    Registry</a></li>
77118  <li class="primary-nav-item">
77119  <a
  …    href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
  …    .html" aria-label="Alopecia Areata Registry Home">Alopecia Areata Registry
  …    Home</a></li>
77120  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
  …    /eligibility-requirements.html">Eligibility Requirements</a></li>
77121  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
  …    /how-to-enroll.html">How to Enroll</a></li>
77122  </ul>
77123  </nav>
77124  </div>
77125  </section>
77126  </div>
77127  </div>
77128  </div></li>
77129  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
  …    treatment-center.html">Behavioral Research and Treatment Center</a>
77130  <div class="subnav-mask">
77131  <div class="subnav-wrapper">
77132  <div class="subnav col10 pad">
77133  <section class="nested">
77134  <div class="col4 main-column">
77135  <nav class="secondary">
77136  <ul>
```

```
77137  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
   …   treatment-center.html" aria-label="Back to Behavioral Research and Treatment
   …   Center">Behavioral Research and Treatment Center</a></li>
77138  <li class="primary-nav-item">
77139  <a
   …   href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
   …   treatment-center.html" aria-label="Behavioral Research and Treatment Center
   …   Home">Behavioral Research and Treatment Center Home</a></li>
77140  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
   …   treatment-center/investigators.html">Faculty and Staff</a></li>
77141  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
   …   treatment-center/cancer-patient-and-survivor-studies.html">Research</a></li>
77142  </ul>
77143  </nav>
77144  </div>
77145  </section>
77146  </div>
77147  </div>
77148  </div></li>
77149  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program.html">Blanton-Davis Ovarian Cancer Research Program</a>
77150  <div class="subnav-mask">
77151  <div class="subnav-wrapper">
77152  <div class="subnav col10 pad">
77153  <section class="nested">
77154  <div class="col4 main-column">
77155  <nav class="secondary">
77156  <ul>
77157  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program.html" aria-label="Back to Blanton-Davis Ovarian Cancer Research
   …   Program">Blanton-Davis Ovarian Cancer Research Program</a></li>
77158  <li class="primary-nav-item">
77159  <a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program.html" aria-label="Blanton-Davis Ovarian Cancer Research Program
   …   Home">Blanton-Davis Ovarian Cancer Research Program Home</a></li>
77160  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program/research-areas.html">Research Areas</a></li>
77161  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program/faculty-staff.html">Faculty &amp; Staff</a></li>
77162  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   …   program/apply-for-grants.html">Apply for Grants</a></li>
77163  </ul>
77164  </nav>
77165  </div>
77166  </section>
77167  </div>
77168  </div>
77169  </div></li>
77170  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas.html">Bone Disease Program of Texas</a>
77171  <div class="subnav-mask">
77172  <div class="subnav-wrapper">
77173  <div class="subnav col10 pad">
77174  <section class="nested">
77175  <div class="col4 main-column">
77176  <nav class="secondary">
77177  <ul>
77178  <li class="mobile-nav-back"><a
```

```
77178… href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas.html" aria-label="Back to Bone Disease Program of Texas">Bone Disease Program
   …   of Texas</a></li>
77179 <li class="primary-nav-item">
77180 <a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas.html" aria-label="Bone Disease Program of Texas Home">Bone Disease Program of
   …   Texas Home</a></li>
77181 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas/who-we-are.html">Faculty and Staff</a></li>
77182 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas/about-osteoporosis.html">About Bone Health</a></li>
77183 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas/awards.html">Awards</a></li>
77184 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas/how-you-can-help.html">How You Can Help</a></li>
77185 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   …   texas/request-an-appointment.html">Request an Appointment</a></li>
77186 </ul>
77187 </nav>
77188 </div>
77189 </section>
77190 </div>
77191 </div>
77192 </div></li>
77193 <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program.html">Brain Tumor Research Program</a>
77194 <div class="subnav-mask">
77195 <div class="subnav-wrapper">
77196 <div class="subnav col10 pad">
77197 <section class="nested">
77198 <div class="col4 main-column">
77199 <nav class="secondary">
77200 <ul>
77201 <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program.html" aria-label="Back to Brain Tumor Research Program">Brain Tumor Research
   …   Program</a></li>
77202 <li class="primary-nav-item">
77203 <a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program.html" aria-label="Brain Tumor Research Program Home">Brain Tumor Research
   …   Program Home</a></li>
77204 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program/members.html">Faculty and Staff</a></li>
77205 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program/lectures-and-seminars.html">Lectures and Seminars</a></li>
77206 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
   …   program/training.html">Training</a></li>
77207 </ul>
77208 </nav>
77209 </div>
77210 </section>
77211 </div>
77212 </div>
77213 </div></li>
77214 <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
   …   research-training-program.html">Cancer Prevention Research Training Program</a>
```

```
77215 <div class="subnav-mask">
77216 <div class="subnav-wrapper">
77217 <div class="subnav col10 pad">
77218 <section class="nested">
77219 <div class="col4 main-column">
77220 <nav class="secondary">
77221 <ul>
77222 <li class="mobile-nav-back"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program.html" aria-label="Back to Cancer Prevention Research
 …  Training Program">Cancer Prevention Research Training Program</a></li>
77223 <li class="primary-nav-item">
77224 <a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program.html" aria-label="Cancer Prevention Research Training
 …  Program Home">Cancer Prevention Research Training Program Home</a></li>
77225 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program/faculty-staff.html">Faculty &amp; Staff</a></li>
77226 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program/research.html">Research</a></li>
77227 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program/seminars-courses.html">Seminars &amp; Courses</a></li>
77228 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program/trainee-resources.html">Trainee Resources</a></li>
77229 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
 …  research-training-program/news.html">News</a></li>
77230 </ul>
77231 </nav>
77232 </div>
77233 </section>
77234 </div>
77235 </div>
77236 </div></li>
77237 <li class="primary-nav-item has-subnav"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways.html">Center for Biological Pathways</a>
77238 <div class="subnav-mask">
77239 <div class="subnav-wrapper">
77240 <div class="subnav col10 pad">
77241 <section class="nested">
77242 <div class="col4 main-column">
77243 <nav class="secondary">
77244 <ul>
77245 <li class="mobile-nav-back"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways.html" aria-label="Back to Center for Biological Pathways">Center for
 …  Biological Pathways</a></li>
77246 <li class="primary-nav-item">
77247 <a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways.html" aria-label="Center for Biological Pathways Home">Center for Biological
 …  Pathways Home</a></li>
77248 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways/members.html">Faculty and Staff</a></li>
77249 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways/multiphoton-microscopy-core.html">Multiphoton Microscopy Core</a></li>
77250 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
 …  pathways/shrna-and-orfeome-core.html">shRNA and ORFeome Core</a></li>
77251 <li class="primary-nav-item"><a
 …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
```

```
77251 | pathways/publications.html ">Publications</a></li>
77252 | </ul>
77253 | </nav>
77254 | </div>
77255 | </section>
77256 | </div>
77257 | </div>
77258 | </div></li>
77259 | <li class="primary-nav-item has-subnav"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
   …  | structure-and-function.html">Core for Biomolecular Structure and Function</a>
77260 | <div class="subnav-mask">
77261 | <div class="subnav-wrapper">
77262 | <div class="subnav col10 pad">
77263 | <section class="nested">
77264 | <div class="col4 main-column">
77265 | <nav class="secondary">
77266 | <ul>
77267 | <li class="mobile-nav-back"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
   …  | structure-and-function.html" aria-label="Back to Core for Biomolecular Structure and
   …  | Function">Core for Biomolecular Structure and Function</a></li>
77268 | <li class="primary-nav-item">
77269 | <a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
   …  | structure-and-function.html" aria-label="Core for Biomolecular Structure and Function
   …  | Home">Core for Biomolecular Structure and Function Home</a></li>
77270 | <li class="primary-nav-item"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
   …  | structure-and-function/instrumentation.html">Instrumentation</a></li>
77271 | <li class="primary-nav-item"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
   …  | structure-and-function/services-and-fees.html">Services and Fees</a></li>
77272 | </ul>
77273 | </nav>
77274 | </div>
77275 | </section>
77276 | </div>
77277 | </div>
77278 | </div></li>
77279 | <li class="primary-nav-item has-subnav"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
   …  | biomedical-imaging-research.html">Center for Advanced Biomedical Imaging (CABI)</a>
77280 | <div class="subnav-mask">
77281 | <div class="subnav-wrapper">
77282 | <div class="subnav col10 pad">
77283 | <section class="nested">
77284 | <div class="col4 main-column">
77285 | <nav class="secondary">
77286 | <ul>
77287 | <li class="mobile-nav-back"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
   …  | biomedical-imaging-research.html" aria-label="Back to Center for Advanced Biomedical
   …  | Imaging (CABI)">Center for Advanced Biomedical Imaging (CABI)</a></li>
77288 | <li class="primary-nav-item">
77289 | <a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
   …  | biomedical-imaging-research.html" aria-label="Center for Advanced Biomedical Imaging
   …  | (CABI) Home">Center for Advanced Biomedical Imaging (CABI) Home</a></li>
77290 | <li class="primary-nav-item"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
   …  | biomedical-imaging-research/cyclotron-and-radiochemistry.html">Cyclotron
   …  | Radiochemistry Facility</a></li>
77291 | <li class="primary-nav-item"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
   …  | biomedical-imaging-research/facility.html">Facility</a></li>
77292 | <li class="primary-nav-item"><a
   …  | href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
```

```
77292  biomedical-imaging-research/fees.html">Fees</a></li>
77293  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    …  biomedical-imaging-research/south-campus-imaging-facility.html">South Campus Imaging
    …  Facility</a></li>
77294  </ul>
77295  </nav>
77296  </div>
77297  </section>
77298  </div>
77299  </div>
77300  </div></li>
77301  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics.html">Center for Cancer Epigenetics</a>
77302  <div class="subnav-mask">
77303  <div class="subnav-wrapper">
77304  <div class="subnav col10 pad">
77305  <section class="nested">
77306  <div class="col4 main-column">
77307  <nav class="secondary">
77308  <ul>
77309  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics.html" aria-label="Back to Center for Cancer Epigenetics">Center for
    …  Cancer Epigenetics</a></li>
77310  <li class="primary-nav-item">
77311  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics.html" aria-label="Center for Cancer Epigenetics Home">Center for Cancer
    …  Epigenetics Home</a></li>
77312  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics/faculty.html">Faculty and Staff</a></li>
77313  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics/center-for-cancer-epigenetics-distinguished-lecture-series.html">
    …  Distinguished Lecture Series</a></li>
77314  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  epigenetics/publications.html">Selected CCE Faculty Publications</a></li>
77315  </ul>
77316  </nav>
77317  </div>
77318  </section>
77319  </div>
77320  </div>
77321  </div></li>
77322  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  immunology-research.html">Center for Cancer Immunology Research</a>
77323  <div class="subnav-mask">
77324  <div class="subnav-wrapper">
77325  <div class="subnav col10 pad">
77326  <section class="nested">
77327  <div class="col4 main-column">
77328  <nav class="secondary">
77329  <ul>
77330  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  immunology-research.html" aria-label="Back to Center for Cancer Immunology
    …  Research">Center for Cancer Immunology Research</a></li>
77331  <li class="primary-nav-item">
77332  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    …  immunology-research.html" aria-label="Center for Cancer Immunology Research
    …  Home">Center for Cancer Immunology Research Home</a></li>
77333  <li class="primary-nav-item"><a
```

```
77333   href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     immunology-research/faculty-and-staff.html">Faculty and Staff</a></li>
77334   <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     immunology-research/multidisciplinary-research-project.html">Research</a></li>
77335   <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     immunology-research/preclinical-studies-and-clinical-trials.html">Clinical
  …     Trials</a></li>
77336   </ul>
77337   </nav>
77338   </div>
77339   </section>
77340   </div>
77341   </div>
77342   </div></li>
77343   <li class="primary-nav-item has-subnav"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     prevention-by-dietary-botanicals.html">Center for Cancer Prevention by Dietary
  …     Botanicals</a>
77344   <div class="subnav-mask">
77345   <div class="subnav-wrapper">
77346   <div class="subnav col10 pad">
77347   <section class="nested">
77348   <div class="col4 main-column">
77349   <nav class="secondary">
77350   <ul>
77351   <li class="mobile-nav-back"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     prevention-by-dietary-botanicals.html" aria-label="Back to Center for Cancer
  …     Prevention by Dietary Botanicals">Center for Cancer Prevention by Dietary
  …     Botanicals</a></li>
77352   <li class="primary-nav-item">
77353   <a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     prevention-by-dietary-botanicals.html" aria-label="Center for Cancer Prevention by
  …     Dietary Botanicals Home">Center for Cancer Prevention by Dietary Botanicals
  …     Home</a></li>
77354   <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     prevention-by-dietary-botanicals/faculty.html">Faculty and Staff</a></li>
77355   <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
  …     prevention-by-dietary-botanicals/research.html">Research</a></li>
77356   </ul>
77357   </nav>
77358   </div>
77359   </section>
77360   </div>
77361   </div>
77362   </div></li>
77363   <li class="primary-nav-item has-subnav"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-energy-
  …     balance-in-cancer-prevention-and-survivorship.html">Center for Energy Balance in
  …     Cancer Prevention and Survivorship</a>
77364   <div class="subnav-mask">
77365   <div class="subnav-wrapper">
77366   <div class="subnav col10 pad">
77367   <section class="nested">
77368   <div class="col4 main-column">
77369   <nav class="secondary">
77370   <ul>
77371   <li class="mobile-nav-back"><a
  …     href="/research/departments-labs-institutes/programs-centers/center-for-energy-
  …     balance-in-cancer-prevention-and-survivorship.html" aria-label="Back to Center for
  …     Energy Balance in Cancer Prevention and Survivorship">Center for Energy Balance in
  …     Cancer Prevention and Survivorship</a></li>
77372   <li class="primary-nav-item">
```

```
77373  <a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship.html" aria-label="Center for Energy
   …   Balance in Cancer Prevention and Survivorship Home">Center for Energy Balance in
   …   Cancer Prevention and Survivorship Home</a></li>
77374  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/leadership.html">Faculty and
   …   Staff</a></li>
77375  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/conferences.html">Events</a></li>
77376  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/current-studies.html">Research</a></li>
77377  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/funding-opportunities.html">Funding
   …   Opportunities</a></li>
77378  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/journal-club.html">Center for Energy
   …   Balance Journal Club</a></li>
77379  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-energy-
   …   balance-in-cancer-prevention-and-survivorship/newsroom.html">News</a></li>
77380  </ul>
77381  </nav>
77382  </div>
77383  </section>
77384  </div>
77385  </div>
77386  </div></li>
77387  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
   …   -and-molecular-carcinogenesis.html">Center for Environmental and Molecular
   …   Carcinogenesis</a>
77388  <div class="subnav-mask">
77389  <div class="subnav-wrapper">
77390  <div class="subnav col10 pad">
77391  <section class="nested">
77392  <div class="col4 main-column">
77393  <nav class="secondary">
77394  <ul>
77395  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
   …   -and-molecular-carcinogenesis.html" aria-label="Back to Center for Environmental and
   …   Molecular Carcinogenesis">Center for Environmental and Molecular
   …   Carcinogenesis</a></li>
77396  <li class="primary-nav-item">
77397  <a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
   …   -and-molecular-carcinogenesis.html" aria-label="Center for Environmental and
   …   Molecular Carcinogenesis Home">Center for Environmental and Molecular Carcinogenesis
   …   Home</a></li>
77398  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
   …   -and-molecular-carcinogenesis/faculty.html">Faculty and Staff</a></li>
77399  </ul>
77400  </nav>
77401  </div>
77402  </section>
77403  </div>
77404  </div>
77405  </div></li>
77406  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
   …   genomics.html">Center for Genetics and Genomics</a>
```

```
77407  <div class="subnav-mask">
77408  <div class="subnav-wrapper">
77409  <div class="subnav col10 pad">
77410  <section class="nested">
77411  <div class="col4 main-column">
77412  <nav class="secondary">
77413  <ul>
77414  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …  genomics.html" aria-label="Back to Center for Genetics and Genomics">Center for
    …  Genetics and Genomics</a></li>
77415  <li class="primary-nav-item">
77416  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …  genomics.html" aria-label="Center for Genetics and Genomics Home">Center for Genetics
    …  and Genomics Home</a></li>
77417  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …  genomics/cgg-associated-departments.html">Faculty and Staff</a></li>
77418  </ul>
77419  </nav>
77420  </div>
77421  </section>
77422  </div>
77423  </div>
77424  </div></li>
77425  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    …  and-cancer.html">Center for Inflammation and Cancer</a>
77426  <div class="subnav-mask">
77427  <div class="subnav-wrapper">
77428  <div class="subnav col10 pad">
77429  <section class="nested">
77430  <div class="col4 main-column">
77431  <nav class="secondary">
77432  <ul>
77433  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    …  and-cancer.html" aria-label="Back to Center for Inflammation and Cancer">Center for
    …  Inflammation and Cancer</a></li>
77434  <li class="primary-nav-item">
77435  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    …  and-cancer.html" aria-label="Center for Inflammation and Cancer Home">Center for
    …  Inflammation and Cancer Home</a></li>
77436  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    …  and-cancer/faculty.html">Faculty and Staff</a></li>
77437  </ul>
77438  </nav>
77439  </div>
77440  </section>
77441  </div>
77442  </div>
77443  </div></li>
77444  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research.html">Center for Radiation Oncology Research</a>
77445  <div class="subnav-mask">
77446  <div class="subnav-wrapper">
77447  <div class="subnav col10 pad">
77448  <section class="nested">
77449  <div class="col4 main-column">
77450  <nav class="secondary">
77451  <ul>
77452  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research.html" aria-label="Back to Center for Radiation Oncology
```

```
77452  Research">Center for Radiation Oncology Research</a></li>
77453  <li class="primary-nav-item">
77454  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research.html" aria-label="Center for Radiation Oncology Research
    …  Home">Center for Radiation Oncology Research Home</a></li>
77455  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research/faculty-staff.html">Faculty &amp; Staff</a></li>
77456  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research/branches-research-themes.html">Research</a></li>
77457  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research/grants.html">Grants</a></li>
77458  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research/publications.html">Publications</a></li>
77459  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    …  oncology-research/seminars.html">Seminars</a></li>
77460  </ul>
77461  </nav>
77462  </div>
77463  </section>
77464  </div>
77465  </div>
77466  </div></li>
77467  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html">Center for RNA Interference and Non-Coding
    …  RNAs</a>
77468  <div class="subnav-mask">
77469  <div class="subnav-wrapper">
77470  <div class="subnav col10 pad">
77471  <section class="nested">
77472  <div class="col4 main-column">
77473  <nav class="secondary">
77474  <ul>
77475  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html" aria-label="Back to Center for RNA
    …  Interference and Non-Coding RNAs">Center for RNA Interference and Non-Coding
    …  RNAs</a></li>
77476  <li class="primary-nav-item">
77477  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html" aria-label="Center for RNA Interference and
    …  Non-Coding RNAs Home">Center for RNA Interference and Non-Coding RNAs Home</a></li>
77478  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/leadership-and-staff.html">Faculty and
    …  Staff</a></li>
77479  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/excellence-awards.html">Awards</a></li>
77480  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/publications.html">Publications</a></li>
77481  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/rna-center-seminars-events.html">Seminars &amp;
    …  Events</a></li>
77482  </ul>
77483  </nav>
77484  </div>
77485  </section>
77486  </div>
```

```
77487  </div>
77488  </div></li>
77489  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
   …   -developmental-biology.html">Center for Stem Cell and Developmental Biology</a>
77490  <div class="subnav-mask">
77491  <div class="subnav-wrapper">
77492  <div class="subnav col10 pad">
77493  <section class="nested">
77494  <div class="col4 main-column">
77495  <nav class="secondary">
77496  <ul>
77497  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
   …   -developmental-biology.html" aria-label="Back to Center for Stem Cell and
   …   Developmental Biology">Center for Stem Cell and Developmental Biology</a></li>
77498  <li class="primary-nav-item">
77499  <a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
   …   -developmental-biology.html" aria-label="Center for Stem Cell and Developmental
   …   Biology Home">Center for Stem Cell and Developmental Biology Home</a></li>
77500  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
   …   -developmental-biology/faculty.html">Faculty and Staff</a></li>
77501  </ul>
77502  </nav>
77503  </div>
77504  </section>
77505  </div>
77506  </div>
77507  </div></li>
77508  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy.html">Center for Targeted Therapy</a>
77509  <div class="subnav-mask">
77510  <div class="subnav-wrapper">
77511  <div class="subnav col10 pad">
77512  <section class="nested">
77513  <div class="col4 main-column">
77514  <nav class="secondary">
77515  <ul>
77516  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy.html" aria-label="Back to Center for Targeted Therapy">Center for Targeted
   …   Therapy</a></li>
77517  <li class="primary-nav-item">
77518  <a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy.html" aria-label="Center for Targeted Therapy Home">Center for Targeted
   …   Therapy Home</a></li>
77519  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy/faculty-and-staff.html">Faculty and Staff</a></li>
77520  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy/programs.html">Programs</a></li>
77521  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
   …   therapy/services.html">Services</a></li>
77522  </ul>
77523  </nav>
77524  </div>
77525  </section>
77526  </div>
77527  </div>
77528  </div></li>
77529  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
```

```
77529… -and-public-health-genomics.html">Center for Translational and Public Health
    …  Genomics</a>
77530 <div class="subnav-mask">
77531 <div class="subnav-wrapper">
77532 <div class="subnav col10 pad">
77533 <section class="nested">
77534 <div class="col4 main-column">
77535 <nav class="secondary">
77536 <ul>
77537 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics.html" aria-label="Back to Center for Translational and
    …  Public Health Genomics">Center for Translational and Public Health Genomics</a></li>
77538 <li class="primary-nav-item">
77539 <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics.html" aria-label="Center for Translational and Public
    …  Health Genomics Home">Center for Translational and Public Health Genomics
    …  Home</a></li>
77540 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics/leadership.html">Faculty and Staff</a></li>
77541 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics/research.html">Research</a></li>
77542 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics/resources.html">Resources</a></li>
77543 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics/seminars.html">Seminars</a></li>
77544 </ul>
77545 </nav>
77546 </div>
77547 </section>
77548 </div>
77549 </div>
77550 </div></li>
77551 <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html">Clinical Cancer Genetics Program</a>
77552 <div class="subnav-mask">
77553 <div class="subnav-wrapper">
77554 <div class="subnav col10 pad">
77555 <section class="nested">
77556 <div class="col4 main-column">
77557 <nav class="secondary">
77558 <ul>
77559 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html" aria-label="Back to Clinical Cancer Genetics Program">Clinical Cancer Genetics
    …  Program</a></li>
77560 <li class="primary-nav-item">
77561 <a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html" aria-label="Clinical Cancer Genetics Program Home">Clinical Cancer Genetics
    …  Program Home</a></li>
77562 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /hereditary-cancer-predisposition-symdromes.html">Hereditary Cancer Predisposition
    …  Syndromes</a></li>
77563 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /educational-resources.html">Educational Resources</a></li>
77564 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /faculty-and-staff.html">Faculty and Staff</a></li>
77565 <li class="primary-nav-item"><a
```

```
77565…  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
…       /services.html">Services</a></li>
77566   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
…       /your-first-visit.html">Your First Visit</a></li>
77567   </ul>
77568   </nav>
77569   </div>
77570   </section>
77571   </div>
77572   </div>
77573   </div></li>
77574   <li class="primary-nav-item has-subnav"><a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program.html">Colorectal Cancer Translational Research
…       Program</a></li>
77575   <div class="subnav-mask">
77576   <div class="subnav-wrapper">
77577   <div class="subnav col10 pad">
77578   <section class="nested">
77579   <div class="col4 main-column">
77580   <nav class="secondary">
77581   <ul>
77582   <li class="mobile-nav-back"><a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program.html" aria-label="Back to Colorectal Cancer
…       Translational Research Program">Colorectal Cancer Translational Research
…       Program</a></li>
77583   <li class="primary-nav-item">
77584   <a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program.html" aria-label="Colorectal Cancer Translational
…       Research Program Home">Colorectal Cancer Translational Research Program Home</a></li>
77585   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program/investigators.html">Faculty and Staff</a></li>
77586   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program/clinical-research-protocols.html">Clinical Research
…       Protocols</a></li>
77587   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
…       translational-research-program/publications.html">Publications</a></li>
77588   </ul>
77589   </nav>
77590   </div>
77591   </section>
77592   </div>
77593   </div>
77594   </div></li>
77595   <li class="primary-nav-item has-subnav"><a
…       href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
…       -center-for-radiological-sciences.html">Dunn Research Foundation Center For
…       Radiological Sciences</a></li>
77596   <div class="subnav-mask">
77597   <div class="subnav-wrapper">
77598   <div class="subnav col10 pad">
77599   <section class="nested">
77600   <div class="col4 main-column">
77601   <nav class="secondary">
77602   <ul>
77603   <li class="mobile-nav-back"><a
…       href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
…       -center-for-radiological-sciences.html" aria-label="Back to Dunn Research Foundation
…       Center For Radiological Sciences">Dunn Research Foundation Center For Radiological
…       Sciences</a></li>
77604   <li class="primary-nav-item">
77605   <a
```

```
77605…  href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
  …     -center-for-radiological-sciences.html" aria-label="Dunn Research Foundation Center
  …     For Radiological Sciences Home">Dunn Research Foundation Center For Radiological
  …     Sciences Home</a></li>
77606  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
  …     -center-for-radiological-sciences/faculty-and-staff.html">Faculty &amp;
  …     Staff</a></li>
77607  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
  …     -center-for-radiological-sciences/facilities.html">Facilities</a></li>
77608  </ul>
77609  </nav>
77610  </div>
77611  </section>
77612  </div>
77613  </div>
77614  </div></li>
77615  <li class="primary-nav-item has-subnav"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program.html">Inflammatory Breast Cancer Research Program</a>
77616  <div class="subnav-mask">
77617  <div class="subnav-wrapper">
77618  <div class="subnav col10 pad">
77619  <section class="nested">
77620  <div class="col4 main-column">
77621  <nav class="secondary">
77622  <ul>
77623  <li class="mobile-nav-back"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program.html" aria-label="Back to Inflammatory Breast Cancer Research
  …     Program">Inflammatory Breast Cancer Research Program</a></li>
77624  <li class="primary-nav-item">
77625  <a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program.html" aria-label="Inflammatory Breast Cancer Research Program
  …     Home">Inflammatory Breast Cancer Research Program Home</a></li>
77626  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program/history.html">Program History</a></li>
77627  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program/members.html">Faculty and Staff</a></li>
77628  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program/patient-education.html">Patient Education</a></li>
77629  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program/clinical-trials.html">Clinical Trials</a></li>
77630  <li class="primary-nav-item"><a
  …     href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
  …     cancer-research-program/publications.html">Publications</a></li>
77631  </ul>
77632  </nav>
77633  </div>
77634  </section>
77635  </div>
77636  </div>
77637  </div></li>
77638  <li class="primary-nav-item has-subnav"><a
  …     href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
  …     program.html">Integrative Medicine Program</a>
77639  <div class="subnav-mask">
77640  <div class="subnav-wrapper">
77641  <div class="subnav col10 pad">
77642  <section class="nested">
77643  <div class="col4 main-column">
77644  <nav class="secondary">
```

```
77645  <ul>
77646  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program.html" aria-label="Back to Integrative Medicine Program">Integrative Medicine
    …  Program</a></li>
77647  <li class="primary-nav-item">
77648  <a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program.html" aria-label="Integrative Medicine Program Home">Integrative Medicine
    …  Program Home</a></li>
77649  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/faculty.html">Faculty &amp; Staff</a></li>
77650  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/clinical-trials.html">Clinical Trials</a></li>
77651  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/research.html">Research</a></li>
77652  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/conferences-events.html">Conferences &amp; Events</a></li>
77653  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/friends-integrative-medicine.html">Friends of Integrative Medicine</a></li>
77654  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    …  program/news.html">News</a></li>
77655  </ul>
77656  </nav>
77657  </div>
77658  </section>
77659  </div>
77660  </div>
77661  </div></li>
77662  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/keck-center.html">W. M.
    …  Keck Center for Innovative Cancer Therapies</a>
77663  <div class="subnav-mask">
77664  <div class="subnav-wrapper">
77665  <div class="subnav col10 pad">
77666  <section class="nested">
77667  <div class="col4 main-column">
77668  <nav class="secondary">
77669  <ul>
77670  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/keck-center.html"
    …  aria-label="Back to W. M. Keck Center for Innovative Cancer Therapies">W. M. Keck
    …  Center for Innovative Cancer Therapies</a></li>
77671  <li class="primary-nav-item">
77672  <a href="/research/departments-labs-institutes/programs-centers/keck-center.html"
    …  aria-label="W. M. Keck Center for Innovative Cancer Therapies Home">W. M. Keck Center
    …  for Innovative Cancer Therapies Home</a></li>
77673  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/keck-center/program-
    …  members.html">Faculty and Staff</a></li>
77674  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/keck-center/resources-
    …  and-links.html">Resources</a></li>
77675  </ul>
77676  </nav>
77677  </div>
77678  </section>
77679  </div>
77680  </div>
77681  </div></li>
77682  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
```

```
77682 -for-comparative-medicine-and-research.html">Keeling Center for Comparative Medicine
   …   and Research</a>
77683 <div class="subnav-mask">
77684 <div class="subnav-wrapper">
77685 <div class="subnav col10 pad">
77686 <section class="nested">
77687 <div class="col4 main-column">
77688 <nav class="secondary">
77689 <ul>
77690 <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research.html" aria-label="Back to Keeling Center for
   …   Comparative Medicine and Research">Keeling Center for Comparative Medicine and
   …   Research</a></li>
77691 <li class="primary-nav-item">
77692 <a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research.html" aria-label="Keeling Center for
   …   Comparative Medicine and Research Home">Keeling Center for Comparative Medicine and
   …   Research Home</a></li>
77693 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/faculty-and-staff.html">Faculty and
   …   Staff</a></li>
77694 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/our-science.html">Our Science</a></li>
77695 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/our-services.html">Our Services</a></li>
77696 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/national-research-resources-program.html">
   …   National Research Resources Program</a></li>
77697 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/national-center-for-chimpanzee-care.html">
   …   National Center for Chimpanzee Care</a></li>
77698 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/education-and-training.html">Education and
   …   Training</a></li>
77699 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/primate-behavioral-management-conference.html"
   …   >Conferences and Events</a></li>
77700 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
   …   -for-comparative-medicine-and-research/cattlemen-for-cancer-research.html">Cattlemen
   …   for Cancer Research</a></li>
77701 </ul>
77702 </nav>
77703 </div>
77704 </section>
77705 </div>
77706 </div>
77707 </div></li>
77708 <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
   …   html">Li Fraumeni Syndrome Study Group</a>
77709 <div class="subnav-mask">
77710 <div class="subnav-wrapper">
77711 <div class="subnav col10 pad">
77712 <section class="nested">
77713 <div class="col4 main-column">
77714 <nav class="secondary">
77715 <ul>
77716 <li class="mobile-nav-back"><a
```

```
77716  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
  ...  html" aria-label="Back to Li Fraumeni Syndrome Study Group">Li Fraumeni Syndrome
  ...  Study Group</a></li>
77717  <li class="primary-nav-item">
77718  <a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
  ...  html" aria-label="Li Fraumeni Syndrome Study Group Home">Li Fraumeni Syndrome Study
  ...  Group Home</a></li>
77719  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  faculty-staff.html">Faculty &amp; Staff</a></li>
77720  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  faqs.html">Frequently Asked Questions</a></li>
77721  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  glossary.html">Glossary</a></li>
77722  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  how-to-participate.html">How to Participate</a></li>
77723  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  research.html">Research Significant Findings</a></li>
77724  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
  ...  study-plans-and-eligibility.html">Study Plans and Eligibility</a></li>
77725  </ul>
77726  </nav>
77727  </div>
77728  </section>
77729  </div>
77730  </div>
77731  </div></li>
77732  <li class="primary-nav-item has-subnav"><a
  ...  href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
  ...  technology-in-oncologic-surgery-mintos.html">Minimally Invasive New Technology in
  ...  Oncologic Surgery</a>
77733  <div class="subnav-mask">
77734  <div class="subnav-wrapper">
77735  <div class="subnav col10 pad">
77736  <section class="nested">
77737  <div class="col4 main-column">
77738  <nav class="secondary">
77739  <ul>
77740  <li class="mobile-nav-back"><a
  ...  href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
  ...  technology-in-oncologic-surgery-mintos.html" aria-label="Back to Minimally Invasive
  ...  New Technology in Oncologic Surgery">Minimally Invasive New Technology in Oncologic
  ...  Surgery</a></li>
77741  <li class="primary-nav-item">
77742  <a
  ...  href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
  ...  technology-in-oncologic-surgery-mintos.html" aria-label="Minimally Invasive New
  ...  Technology in Oncologic Surgery Home">Minimally Invasive New Technology in Oncologic
  ...  Surgery Home</a></li>
77743  <li class="primary-nav-item"><a
  ...  href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
  ...  technology-in-oncologic-surgery-mintos/faculty.html">Faculty &amp; Staff</a></li>
77744  </ul>
77745  </nav>
77746  </div>
77747  </section>
77748  </div>
77749  </div>
77750  </div></li>
77751  <li class="primary-nav-item has-subnav"><a
  ...  href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
  ...  .html">Nutrition Research Group</a>
```

```
77752  <div class="subnav-mask">
77753  <div class="subnav-wrapper">
77754  <div class="subnav col10 pad">
77755  <section class="nested">
77756  <div class="col4 main-column">
77757  <nav class="secondary">
77758  <ul>
77759  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …  .html" aria-label="Back to Nutrition Research Group">Nutrition Research
    …  Group</a></li>
77760  <li class="primary-nav-item">
77761  <a
    …  href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …  .html" aria-label="Nutrition Research Group Home">Nutrition Research Group
    …  Home</a></li>
77762  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …  /staff.html">Faculty &amp; Staff</a></li>
77763  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …  /core-resources.html">Resources</a></li>
77764  </ul>
77765  </nav>
77766  </div>
77767  </section>
77768  </div>
77769  </div>
77770  </div></li>
77771  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia.html">Hanns A. Pielenz Clinical Research Center for
    …  Myeloproliferative Neoplasia</a>
77772  <div class="subnav-mask">
77773  <div class="subnav-wrapper">
77774  <div class="subnav col10 pad">
77775  <section class="nested">
77776  <div class="col4 main-column">
77777  <nav class="secondary">
77778  <ul>
77779  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia.html" aria-label="Back to Hanns A. Pielenz Clinical
    …  Research Center for Myeloproliferative Neoplasia">Hanns A. Pielenz Clinical Research
    …  Center for Myeloproliferative Neoplasia</a></li>
77780  <li class="primary-nav-item">
77781  <a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia.html" aria-label="Hanns A. Pielenz Clinical
    …  Research Center for Myeloproliferative Neoplasia Home">Hanns A. Pielenz Clinical
    …  Research Center for Myeloproliferative Neoplasia Home</a></li>
77782  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia/mpn-team.html">Faculty &amp; Staff</a></li>
77783  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia/awareness-education.html">Awareness &amp;
    …  Education</a></li>
77784  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia/current-research.html">Current Research</a></li>
77785  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia/mission-goals.html"> Mission &amp;
    …  Objectives</a></li>
77786  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …  -for-myeloproliferative-neoplasia/tissue-bank.html">Tissue Bank</a></li>
```

```
77787  </ul>
77788  </nav>
77789  </div>
77790  </section>
77791  </div>
77792  </div>
77793  </div></li>
77794  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/partnership-for-
    …  excellence-in-cancer-research.html">Partnership for Excellence in Cancer
    …  Research</a></li>
77795  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  .html">Skull Base Tumor Program</a>
77796  <div class="subnav-mask">
77797  <div class="subnav-wrapper">
77798  <div class="subnav col10 pad">
77799  <section class="nested">
77800  <div class="col4 main-column">
77801  <nav class="secondary">
77802  <ul>
77803  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  .html" aria-label="Back to Skull Base Tumor Program">Skull Base Tumor
    …  Program</a></li>
77804  <li class="primary-nav-item">
77805  <a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  .html" aria-label="Skull Base Tumor Program Home">Skull Base Tumor Program
    …  Home</a></li>
77806  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  /faculty.html">Faculty &amp; Staff</a></li>
77807  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  /diagnosis-treatment.html">Diagnosis and Treatment</a></li>
77808  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  /tumor-types.html">Tumor Types and Sites</a></li>
77809  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …  /resources.html">Resources</a></li>
77810  </ul>
77811  </nav>
77812  </div>
77813  </section>
77814  </div>
77815  </div>
77816  </div></li>
77817  </ul>
77818  </nav>
77819  </div>
77820  </section>
77821  </div>
77822  </div>
77823  </div></li>
77824  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/institutes.html">Institutes</a>
77825  <div class="subnav-mask">
77826  <div class="subnav-wrapper">
77827  <div class="subnav col10 pad">
77828  <section class="nested">
77829  <div class="col4 main-column">
77830  <nav class="secondary">
77831  <ul>
77832  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/institutes.html" aria-label="Back to
    …  Institutes">Institutes</a></li>
```

```
77833  <li class="primary-nav-item"
77834  <a href="/research/departments-labs-institutes/institutes/institutes.html"
   …   aria-label="Institutes Home">Institutes Home</a></li>
77835  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-basic-science.
   …   html">Institute for Basic Science</a></li>
77836  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation.html">Institute for Cancer Care Innovation</a>
77837  <div class="subnav-mask">
77838  <div class="subnav-wrapper">
77839  <div class="subnav col10 pad">
77840  <section class="nested">
77841  <div class="col4 main-column">
77842  <nav class="secondary">
77843  <ul>
77844  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation.html" aria-label="Back to Institute for Cancer Care Innovation">Institute
   …   for Cancer Care Innovation</a></li>
77845  <li class="primary-nav-item">
77846  <a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation.html" aria-label="Institute for Cancer Care Innovation Home">Institute for
   …   Cancer Care Innovation Home</a></li>
77847  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation/about-us.html">Projects</a></li>
77848  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation/leadership.html">Leadership</a></li>
77849  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation/publications.html">Publications</a></li>
77850  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
   …   innovation/external-partners.html">External Partners</a></li>
77851  </ul>
77852  </nav>
77853  </div>
77854  </section>
77855  </div>
77856  </div>
77857  </div></li>
77858  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/institutes/duncan-family-institute.html">
   …   Duncan Family Institute</a>
77859  <div class="subnav-mask">
77860  <div class="subnav-wrapper">
77861  <div class="subnav col10 pad">
77862  <section class="nested">
77863  <div class="col4 main-column">
77864  <nav class="secondary">
77865  <ul>
77866  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/institutes/duncan-family-institute.html"
   …   aria-label="Back to Duncan Family Institute">Duncan Family Institute</a></li>
77867  <li class="primary-nav-item">
77868  <a
   …   href="/research/departments-labs-institutes/institutes/duncan-family-institute.html"
   …   aria-label="Duncan Family Institute Home">Duncan Family Institute Home</a></li>
77869  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/institutes/duncan-family-institute/about-
   …   us.html">About Us</a></li>
77870  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   …   research-programs.html">Research Programs</a>
77871  <div class="subnav-mask">
```

```
77872 <div class="subnav-wrapper">
77873 <div class="subnav col10 pad">
77874 <section class="nested">
77875 <div class="col4 main-column">
77876 <nav class="secondary">
77877 <ul>
77878 <li class="mobile-nav-back"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... research-programs.html" aria-label="Back to Research Programs">Research
   ... Programs</a></li>
77879 <li class="primary-nav-item">
77880 <a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... research-programs.html" aria-label="Research Programs Home">Research Programs
   ... Home</a></li>
77881 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... research-programs/duncan-family-institute-video-gallery.html">Duncan Family Institute
   ... Video Gallery</a></li>
77882 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... research-programs/research-highlights.html">Research Highlights</a></li>
77883 </ul>
77884 </nav>
77885 </div>
77886 </section>
77887 </div>
77888 </div>
77889 </div></li>
77890 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... prevention-resources.html">Prevention Resources</a></li>
77891 <li class="primary-nav-item has-subnav"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... educational-resources.html">Educational Resources</a>
77892 <div class="subnav-mask">
77893 <div class="subnav-wrapper">
77894 <div class="subnav col10 pad">
77895 <section class="nested">
77896 <div class="col4 main-column">
77897 <nav class="secondary">
77898 <ul>
77899 <li class="mobile-nav-back"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... educational-resources.html" aria-label="Back to Educational Resources">Educational
   ... Resources</a></li>
77900 <li class="primary-nav-item">
77901 <a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... educational-resources.html" aria-label="Educational Resources Home">Educational
   ... Resources Home</a></li>
77902 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/
   ... educational-resources/duncan-family-institute-lectureship.html">Duncan Family
   ... Institute - Lectureship</a></li>
77903 </ul>
77904 </nav>
77905 </div>
77906 </section>
77907 </div>
77908 </div>
77909 </div></li>
77910 <li class="primary-nav-item"><a
   ... href="/research/departments-labs-institutes/institutes/duncan-family-institute/annual
   ... -report.html">Annual Report</a></li>
77911 </ul>
77912 </nav>
77913 </div>
```

```
77914 </section>
77915 </div>
77916 </div>
77917 </div></li>
77918 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/institutes/mccombs-institute.html">
   …  McCombs Institute</a></li>
77919 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/institutes/zayed-institute-for-
   …  personalized-cancer-therapy.html">Zayed Institute for Personalized Cancer Therapy</a>
77920 <div class="subnav-mask">
77921 <div class="subnav-wrapper">
77922 <div class="subnav col10 pad">
77923 <section class="nested">
77924 <div class="col4 main-column">
77925 <nav class="secondary">
77926 <ul>
77927 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/institutes/zayed-institute-for-
   …  personalized-cancer-therapy.html" aria-label="Back to Zayed Institute for
   …  Personalized Cancer Therapy">Zayed Institute for Personalized Cancer Therapy</a></li>
77928 <li class="primary-nav-item">
77929 <a
   …  href="/research/departments-labs-institutes/institutes/zayed-institute-for-
   …  personalized-cancer-therapy.html" aria-label="Zayed Institute for Personalized Cancer
   …  Therapy Home">Zayed Institute for Personalized Cancer Therapy Home</a></li>
77930 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/institutes/zayed-institute-for-
   …  personalized-cancer-therapy/leadership.html">Leadership</a></li>
77931 </ul>
77932 </nav>
77933 </div>
77934 </section>
77935 </div>
77936 </div>
77937 </div></li>
77938 </ul>
77939 </nav>
77940 </div>
77941 </section>
77942 </div>
77943 </div>
77944 </div></li>
77945 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/spores.html">Specialized Programs of
   …  Research Excellence (SPORE) Grants</a>
77946 <div class="subnav-mask">
77947 <div class="subnav-wrapper">
77948 <div class="subnav col10 pad">
77949 <section class="nested">
77950 <div class="col4 main-column">
77951 <nav class="secondary">
77952 <ul>
77953 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/spores.html" aria-label="Back to
   …  Specialized Programs of Research Excellence (SPORE) Grants">Specialized Programs of
   …  Research Excellence (SPORE) Grants</a></li>
77954 <li class="primary-nav-item">
77955 <a href="/research/departments-labs-institutes/spores.html" aria-label="Specialized
   …  Programs of Research Excellence (SPORE) Grants Home">Specialized Programs of Research
   …  Excellence (SPORE) Grants Home</a></li>
77956 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html">Bladder
   …  Cancer SPORE</a>
77957 <div class="subnav-mask">
77958 <div class="subnav-wrapper">
77959 <div class="subnav col10 pad">
77960 <section class="nested">
```

```
77961  <div class="col4 main-column">
77962  <nav class="secondary">
77963  <ul>
77964  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html"
   …   aria-label="Back to Bladder Cancer SPORE">Bladder Cancer SPORE</a></li>
77965  <li class="primary-nav-item">
77966  <a href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html"
   …   aria-label="Bladder Cancer SPORE Home">Bladder Cancer SPORE Home</a></li>
77967  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/bladder-
   …   cancer-at-m-d-anderson.html">Bladder Cancer at MD Anderson</a></li>
77968  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/career-
   …   development-program.html">Career Development Program</a></li>
77969  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/clinical-
   …   trials.html">Clinical Trials</a></li>
77970  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/contact-
   …   information.html">Contact Information</a></li>
77971  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
   …   -tissue-array-study.html">International Tissue Array Study</a>
77972  <div class="subnav-mask">
77973  <div class="subnav-wrapper">
77974  <div class="subnav col10 pad">
77975  <section class="nested">
77976  <div class="col4 main-column">
77977  <nav class="secondary">
77978  <ul>
77979  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
   …   -tissue-array-study.html" aria-label="Back to International Tissue Array Study
   …   ">International Tissue Array Study</a></li>
77980  <li class="primary-nav-item">
77981  <a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
   …   -tissue-array-study.html" aria-label="International Tissue Array Study
   …   Home">International Tissue Array Study Home</a></li>
77982  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
   …   -tissue-array-study/experimental-design.html">Experimental Design</a></li>
77983  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
   …   -tissue-array-study/contact_.html">Contact Information</a></li>
77984  </ul>
77985  </nav>
77986  </div>
77987  </section>
77988  </div>
77989  </div>
77990  </div></li>
77991  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/investigators
   …   -and-staff.html">Investigators and Staff</a></li>
77992  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/news-and-
   …   publications.html">News and Publications</a></li>
77993  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/bladder-cancer-spore/research.html
   …   ">Research</a></li>
77994  </ul>
77995  </nav>
77996  </div>
77997  </section>
77998  </div>
77999  </div>
```

```
78000  </div></li>
78001  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/brain-cancer-spore.html">Brain
       Cancer SPORE</a>
78002  <div class="subnav-mask">
78003  <div class="subnav-wrapper">
78004  <div class="subnav col10 pad">
78005  <section class="nested">
78006  <div class="col4 main-column">
78007  <nav class="secondary">
78008  <ul>
78009  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/brain-cancer-spore.html"
   …   aria-label="Back to Brain Cancer SPORE">Brain Cancer SPORE</a></li>
78010  <li class="primary-nav-item">
78011  <a href="/research/departments-labs-institutes/spores/brain-cancer-spore.html"
   …   aria-label="Brain Cancer SPORE Home">Brain Cancer SPORE Home</a></li>
78012  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/brain-cancer-spore/research.html">
   …   Research</a></li>
78013  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/brain-cancer-spore/contact-
   …   information.html">Contact Information</a></li>
78014  </ul>
78015  </nav>
78016  </div>
78017  </section>
78018  </div>
78019  </div>
78020  </div></li>
78021  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore.html">The Joe
       Moakley Leukemia SPORE</a>
78022  <div class="subnav-mask">
78023  <div class="subnav-wrapper">
78024  <div class="subnav col10 pad">
78025  <section class="nested">
78026  <div class="col4 main-column">
78027  <nav class="secondary">
78028  <ul>
78029  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore.html"
   …   aria-label="Back to The Joe Moakley Leukemia SPORE">The Joe Moakley Leukemia
       SPORE</a></li>
78030  <li class="primary-nav-item">
78031  <a href="/research/departments-labs-institutes/spores/leukemia-spore.html"
   …   aria-label="The Joe Moakley Leukemia SPORE Home">The Joe Moakley Leukemia SPORE
       Home</a></li>
78032  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/career-development-
   …   program.html">Career Development Program</a></li>
78033  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/contact-information
   …   .html">Contact Information</a></li>
78034  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/developmental-
   …   research-program.html">Developmental Research Program</a></li>
78035  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/investigators-and-
   …   staff.html">Investigators and Staff</a></li>
78036  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/news-and-
   …   publications.html">News and Publications</a></li>
78037  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/patient-advocate.
   …   html">Patient Advocate Group</a></li>
78038  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/research.html">
```

```
78038  Research</a></li>
78039  </ul>
78040  </nav>
78041  </div>
78042  </section>
78043  </div>
78044  </div>
78045  </div></li>
78046  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/lung-cancer-spore.html">Lung
       Cancer SPORE</a></li>
78047  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html">
    …  Multiple Myeloma SPORE</a>
78048  <div class="subnav-mask">
78049  <div class="subnav-wrapper">
78050  <div class="subnav col10 pad">
78051  <section class="nested">
78052  <div class="col4 main-column">
78053  <nav class="secondary">
78054  <ul>
78055  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html"
    …  aria-label="Back to Multiple Myeloma SPORE">Multiple Myeloma SPORE</a></li>
78056  <li class="primary-nav-item">
78057  <a href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html"
    …  aria-label="Multiple Myeloma SPORE Home">Multiple Myeloma SPORE Home</a></li>
78058  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/career-
    …  development-program.html">Career Development Program</a></li>
78059  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/contact-
    …  information.html">Contact Information</a></li>
78060  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/core-
    …  facilities.html">Core Facilities</a></li>
78061  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/
    …  developmental-research-program.html">Developmental Research Program</a></li>
78062  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/research-
    …  projects.html">Research Projects</a></li>
78063  </ul>
78064  </nav>
78065  </div>
78066  </section>
78067  </div>
78068  </div>
78069  </div></li>
78070  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html">Ovarian
       Cancer SPORE</a>
78071  <div class="subnav-mask">
78072  <div class="subnav-wrapper">
78073  <div class="subnav col10 pad">
78074  <section class="nested">
78075  <div class="col4 main-column">
78076  <nav class="secondary">
78077  <ul>
78078  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html"
    …  aria-label="Back to Ovarian Cancer SPORE">Ovarian Cancer SPORE</a></li>
78079  <li class="primary-nav-item">
78080  <a href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html"
    …  aria-label="Ovarian Cancer SPORE Home">Ovarian Cancer SPORE Home</a></li>
78081  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/career-
    …  development-program.html">Career Development Program</a></li>
```

```
78082  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
  …    trials.html">Clinical Trials</a>
78083  <div class="subnav-mask">
78084  <div class="subnav-wrapper">
78085  <div class="subnav col10 pad">
78086  <section class="nested">
78087  <div class="col4 main-column">
78088  <nav class="secondary">
78089  <ul>
78090  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
  …    trials.html" aria-label="Back to Clinical Trials">Clinical Trials</a></li>
78091  <li class="primary-nav-item">
78092  <a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
  …    trials.html" aria-label="Clinical Trials Home">Clinical Trials Home</a></li>
78093  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
  …    trials/ovarian-cancer-low-risk-study.html">Ovarian Cancer Low Risk Study</a></li>
78094  </ul>
78095  </nav>
78096  </div>
78097  </section>
78098  </div>
78099  </div>
78100  </div></li>
78101  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/contact-
  …    information.html">Contact Information</a></li>
78102  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/developmental
  …    -research-program.html">Developmental Research Program</a></li>
78103  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/investigators
  …    -and-staff.html">Investigators and Staff</a></li>
78104  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/publications.
  …    html">Publications</a></li>
78105  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/research.html
  …    ">Research</a></li>
78106  </ul>
78107  </nav>
78108  </div>
78109  </section>
78110  </div>
78111  </div>
78112  </div></li>
78113  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html">
  …    Prostate Cancer SPORE</a>
78114  <div class="subnav-mask">
78115  <div class="subnav-wrapper">
78116  <div class="subnav col10 pad">
78117  <section class="nested">
78118  <div class="col4 main-column">
78119  <nav class="secondary">
78120  <ul>
78121  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html"
  …    aria-label="Back to Prostate Cancer SPORE">Prostate Cancer SPORE</a></li>
78122  <li class="primary-nav-item">
78123  <a href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html"
  …    aria-label="Prostate Cancer SPORE Home">Prostate Cancer SPORE Home</a></li>
78124  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/spores/prostate-cancer-spore/career-
  …    development-program.html">Career Development Program</a></li>
```

```
78125  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/contact-
   …   information.html">Contact Information</a></li>
78126  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/
   …   developmental-research-program.html">Developmental Research Program</a></li>
78127  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/
   …   investigators-and-staff.html">Investigators and Staff</a></li>
78128  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/research.
   …   html">Research</a></li>
78129  </ul>
78130  </nav>
78131  </div>
78132  </section>
78133  </div>
78134  </div>
78135  </div></li>
78136  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html">Thyroid
   …   Cancer SPORE</a>
78137  <div class="subnav-mask">
78138  <div class="subnav-wrapper">
78139  <div class="subnav col10 pad">
78140  <section class="nested">
78141  <div class="col4 main-column">
78142  <nav class="secondary">
78143  <ul>
78144  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html"
   …   aria-label="Back to Thyroid Cancer SPORE">Thyroid Cancer SPORE</a></li>
78145  <li class="primary-nav-item">
78146  <a href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html"
   …   aria-label="Thyroid Cancer SPORE Home">Thyroid Cancer SPORE Home</a></li>
78147  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/career-
   …   development-program.html">Career Development Program</a></li>
78148  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/contact-
   …   information.html">Contact Information</a></li>
78149  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/cores.html">
   …   Cores</a></li>
78150  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/developmental
   …   -research-program.html">Developmental Research Program</a></li>
78151  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/research.html
   …   ">Research</a></li>
78152  </ul>
78153  </nav>
78154  </div>
78155  </section>
78156  </div>
78157  </div>
78158  </div></li>
78159  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html">Uterine
   …   Cancer SPORE</a>
78160  <div class="subnav-mask">
78161  <div class="subnav-wrapper">
78162  <div class="subnav col10 pad">
78163  <section class="nested">
78164  <div class="col4 main-column">
78165  <nav class="secondary">
78166  <ul>
78167  <li class="mobile-nav-back"><a
```

```
78167…  href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html"
   …    aria-label="Back to Uterine Cancer SPORE">Uterine Cancer SPORE</a></li>
78168  <li class="primary-nav-item">
78169  <a href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html"
   …    aria-label="Uterine Cancer SPORE Home">Uterine Cancer SPORE Home</a></li>
78170  <li class="primary-nav-item"><a
   …    href="/research/departments-labs-institutes/spores/uterine-cancer-spore/career-
   …    development-program.html">Career Development Program</a></li>
78171  <li class="primary-nav-item"><a
   …    href="/research/departments-labs-institutes/spores/uterine-cancer-spore/contact-
   …    information.html">Contact Information</a></li>
78172  <li class="primary-nav-item"><a
   …    href="/research/departments-labs-institutes/spores/uterine-cancer-spore/developmental
   …    -research-program.html">Developmental Research Program</a></li>
78173  <li class="primary-nav-item"><a
   …    href="/research/departments-labs-institutes/spores/uterine-cancer-spore/investigators
   …    -and-staff.html">Investigators and Staff</a></li>
78174  <li class="primary-nav-item"><a
   …    href="/research/departments-labs-institutes/spores/uterine-cancer-spore/research.html
   …    ">Research</a></li>
78175  </ul>
78176  </nav>
78177  </div>
78178  </section>
78179  </div>
78180  </div>
78181  </div></li>
78182  </ul>
78183  </nav>
78184  </div>
78185  </section>
78186  </div>
78187  </div>
78188  </div></li>
78189  </ul>
78190  </nav>
78191  </div>
78192  </section>
78193  </div>
78194  </div>
78195  </div></li>
78196  <li class="primary-nav-item has-subnav"><a
   …    href="/research/research-areas.html">Research Areas</a>
78197  <div class="subnav-mask">
78198  <div class="subnav-wrapper">
78199  <div class="subnav col10 pad">
78200  <section class="nested">
78201  <div class="col4 main-column">
78202  <nav class="secondary">
78203  <ul>
78204  <li class="mobile-nav-back"><a href="/research/research-areas.html" aria-label="Back
   …    to Research Areas">Research Areas</a></li>
78205  <li class="primary-nav-item">
78206  <a href="/research/research-areas.html" aria-label="Research Areas Home">Research
   …    Areas Home</a></li>
78207  <li class="primary-nav-item"><a
   …    href="/research/research-areas/basic-science.html">Basic Science</a></li>
78208  <li class="primary-nav-item"><a
   …    href="/research/research-areas/clinical-research.html">Clinical Research</a></li>
78209  <li class="primary-nav-item"><a
   …    href="/research/research-areas/prevention-personalized-risk-assessment.html">
   …    Prevention &amp; Personalized Risk Assessment</a></li>
78210  <li class="primary-nav-item"><a
   …    href="/research/research-areas/translational-research.html">Translational
   …    Research</a></li>
78211  <li class="primary-nav-item has-subnav"><a
   …    href="/research/research-areas/sponsored-research.html">Office of Sponsored
   …    Programs</a>
```

```
78212  <div class="subnav-mask">
78213  <div class="subnav-wrapper">
78214  <div class="subnav col10 pad">
78215  <section class="nested">
78216  <div class="col4 main-column">
78217  <nav class="secondary">
78218  <ul>
78219  <li class="mobile-nav-back"><a
   …  href="/research/research-areas/sponsored-research.html" aria-label="Back to Office of
   …  Sponsored Programs">Office of Sponsored Programs</a></li>
78220  <li class="primary-nav-item">
78221  <a href="/research/research-areas/sponsored-research.html" aria-label="Office of
   …  Sponsored Programs Home">Office of Sponsored Programs Home</a></li>
78222  <li class="primary-nav-item"><a
   …  href="/research/research-areas/sponsored-research/institution-information.html">
   …  Institution Information</a></li>
78223  <li class="primary-nav-item"><a
   …  href="/research/research-areas/sponsored-research/forms.html">Forms</a></li>
78224  <li class="primary-nav-item"><a
   …  href="/research/research-areas/sponsored-research/contact-information.html">Contact
   …  Us</a></li>
78225  </ul>
78226  </nav>
78227  </div>
78228  </section>
78229  </div>
78230  </div>
78231  </div></li>
78232  </ul>
78233  </nav>
78234  </div>
78235  </section>
78236  </div>
78237  </div>
78238  </div></li>
78239  <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources.html">Research Resources</a>
78240  <div class="subnav-mask">
78241  <div class="subnav-wrapper">
78242  <div class="subnav col10 pad">
78243  <section class="nested">
78244  <div class="col4 main-column">
78245  <nav class="secondary">
78246  <ul>
78247  <li class="mobile-nav-back"><a href="/research/research-resources.html"
   …  aria-label="Back to Research Resources">Research Resources</a></li>
78248  <li class="primary-nav-item">
78249  <a href="/research/research-resources.html" aria-label="Research Resources
   …  Home">Research Resources Home</a></li>
78250  <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities.html">Core Facilities and
   …  Services</a>
78251  <div class="subnav-mask">
78252  <div class="subnav-wrapper">
78253  <div class="subnav col10 pad">
78254  <section class="nested">
78255  <div class="col4 main-column">
78256  <nav class="secondary">
78257  <ul>
78258  <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities.html" aria-label="Back to Core
   …  Facilities and Services">Core Facilities and Services</a></li>
78259  <li class="primary-nav-item">
78260  <a href="/research/research-resources/core-facilities.html" aria-label="Core
   …  Facilities and Services Home">Core Facilities and Services Home</a></li>
78261  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/bioinformatics-and-statistics.html
   …  ">Bioinformatics and Statistics - Smithville</a></li>
```

```
78262  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
   …   html">Biospecimen Extraction Facility</a>
78263  <div class="subnav-mask">
78264  <div class="subnav-wrapper">
78265  <div class="subnav col10 pad">
78266  <section class="nested">
78267  <div class="col4 main-column">
78268  <nav class="secondary">
78269  <ul>
78270  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
   …   html" aria-label="Back to Biospecimen Extraction Facility">Biospecimen Extraction
   …   Facility</a></li>
78271  <li class="primary-nav-item">
78272  <a
   …   href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
   …   html" aria-label="Biospecimen Extraction Facility Home">Biospecimen Extraction
   …   Facility Home</a></li>
78273  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/biospecimen-extraction-facility/
   …   contact-information.html">Contact Information</a></li>
78274  </ul>
78275  </nav>
78276  </div>
78277  </section>
78278  </div>
78279  </div>
78280  </div></li>
78281  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
   …   html">Bone Histomorphometry Core Laboratory</a>
78282  <div class="subnav-mask">
78283  <div class="subnav-wrapper">
78284  <div class="subnav col10 pad">
78285  <section class="nested">
78286  <div class="col4 main-column">
78287  <nav class="secondary">
78288  <ul>
78289  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
   …   html" aria-label="Back to Bone Histomorphometry Core Laboratory ">Bone
   …   Histomorphometry Core Laboratory</a></li>
78290  <li class="primary-nav-item">
78291  <a
   …   href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
   …   html" aria-label="Bone Histomorphometry Core Laboratory  Home">Bone Histomorphometry
   …   Core Laboratory Home</a></li>
78292  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab/
   …   histomorphometry.html">Histomorphometry</a></li>
78293  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab/
   …   methods-and-services.html">Methods and Services</a></li>
78294  </ul>
78295  </nav>
78296  </div>
78297  </section>
78298  </div>
78299  </div>
78300  </div></li>
78301  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/characterized-cell-line-core-
   …   facility.html">Characterized Cell Line Core Facility</a>
78302  <div class="subnav-mask">
78303  <div class="subnav-wrapper">
78304  <div class="subnav col10 pad">
78305  <section class="nested">
```

```
78306  <div class="col4 main-column">
78307  <nav class="secondary">
78308  <ul>
78309  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility.html" aria-label="Back to Characterized Cell Line Core
    …  Facility">Characterized Cell Line Core Facility</a></li>
78310  <li class="primary-nav-item">
78311  <a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility.html" aria-label="Characterized Cell Line Core Facility Home">Characterized
    …  Cell Line Core Facility Home</a></li>
78312  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility/services.html">Services</a></li>
78313  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility/equipment.html">Equipment</a></li>
78314  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility/getting-started.html">Getting Started</a></li>
78315  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …  facility/contact-information.html">Contact Information</a></li>
78316  </ul>
78317  </nav>
78318  </div>
78319  </section>
78320  </div>
78321  </div>
78322  </div></li>
78323  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/dna-methylation-analysis-core.html
    …  ">DNA Methylation Analysis Core</a></li>
78324  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/ehealth-technology.html">e-Health
    …  Technology</a></li>
78325  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility.html">Flow Cytometry and Cellular Imaging Core Facility</a>
78326  <div class="subnav-mask">
78327  <div class="subnav-wrapper">
78328  <div class="subnav col10 pad">
78329  <section class="nested">
78330  <div class="col4 main-column">
78331  <nav class="secondary">
78332  <ul>
78333  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility.html" aria-label="Back to Flow Cytometry and Cellular Imaging
    …  Core Facility">Flow Cytometry and Cellular Imaging Core Facility</a></li>
78334  <li class="primary-nav-item">
78335  <a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility.html" aria-label="Flow Cytometry and Cellular Imaging Core
    …  Facility Home">Flow Cytometry and Cellular Imaging Core Facility Home</a></li>
78336  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility/administration-and-policies.html">Administration and
    …  Policies</a></li>
78337  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility/services-and-fees-south-campus.html">Services and Fees - South
    …  Campus</a></li>
78338  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …  imaging-core-facility/services-and-fees-north-campus.html">Services and Fees - North
    …  Campus</a></li>
```

```
78339  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/education.html">Education</a></li>
78340  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment.html">Equipment</a>
78341  <div class="subnav-mask">
78342  <div class="subnav-wrapper">
78343  <div class="subnav col10 pad">
78344  <section class="nested">
78345  <div class="col4 main-column">
78346  <nav class="secondary">
78347  <ul>
78348  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility.html" aria-label="Back to
   …   Equipment">Equipment</a></li>
78349  <li class="primary-nav-item">
78350  <a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment.html" aria-label="Equipment Home">Equipment
   …   Home</a></li>
78351  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment/north-campus_.html">North Campus Equipment</a></li>
78352  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment/south-campus_.html">South Campus Equipment</a></li>
78353  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment/sorting-instruments.html">Sorting
   …   Instruments</a></li>
78354  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment/analysis-instruments.html">Analysis
   …   Instruments</a></li>
78355  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/equipment/imaging-instruments.html">Imaging
   …   Instruments</a></li>
78356  </ul>
78357  </nav>
78358  </div>
78359  </section>
78360  </div>
78361  </div>
78362  </div></li>
78363  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/faculty-and-staff.html">Faculty and Staff</a>
78364  <div class="subnav-mask">
78365  <div class="subnav-wrapper">
78366  <div class="subnav col10 pad">
78367  <section class="nested">
78368  <div class="col4 main-column">
78369  <nav class="secondary">
78370  <ul>
78371  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/faculty-and-staff.html" aria-label="Back to Faculty and
   …   Staff">Faculty and Staff</a></li>
78372  <li class="primary-nav-item">
78373  <a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
   …   imaging-core-facility/faculty-and-staff.html" aria-label="Faculty and Staff
   …   Home">Faculty and Staff Home</a></li>
78374  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
```

```
78374… imaging-core-facility/faculty-and-staff/north-campus_.html">North Campus Faculty and
  …  Staff</a></li>
78375  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
  …  imaging-core-facility/faculty-and-staff/south-campus_.html">South Campus Faculty and
  …  Staff</a></li>
78376  </ul>
78377  </nav>
78378  </div>
78379  </section>
78380  </div>
78381  </div>
78382  </div></li>
78383  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
  …  imaging-core-facility/standard-operating-procedures-north-campus.html">Standard
  …  Operating Procedures - North Campus</a></li>
78384  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
  …  imaging-core-facility/useful-links.html">Useful Links</a></li>
78385  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
  …  imaging-core-facility/contact-information.html">Contact Information</a></li>
78386  </ul>
78387  </nav>
78388  </div>
78389  </section>
78390  </div>
78391  </div>
78392  </div></li>
78393  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
  …  imaging-core-smithville.html">Flow Cytometry and Cellular Imaging Core -
  …  Smithville</a></li>
78394  <li class="primary-nav-item has-subnav"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
  …  html">Functional Proteomics RPPA Core Facility</a>
78395  <div class="subnav-mask">
78396  <div class="subnav-wrapper">
78397  <div class="subnav col10 pad">
78398  <section class="nested">
78399  <div class="col4 main-column">
78400  <nav class="secondary">
78401  <ul>
78402  <li class="mobile-nav-back"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
  …  html" aria-label="Back to Functional Proteomics RPPA Core Facility">Functional
  …  Proteomics RPPA Core Facility</a></li>
78403  <li class="primary-nav-item">
78404  <a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
  …  html" aria-label="Functional Proteomics RPPA Core Facility Home">Functional
  …  Proteomics RPPA Core Facility Home</a></li>
78405  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …  rppa-process.html">RPPA Process</a></li>
78406  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …  submission-services-and-pricing.html">Submission, Services and Pricing</a></li>
78407  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …  getting-started.html">Getting Started</a></li>
78408  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …  antibody-information-and-protocols.html">Antibody Information and Protocols</a></li>
78409  <li class="primary-nav-item"><a
  …  href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …  education-and-references.html">Education and References</a></li>
```

```
78410  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …    technical-information.html">Technical Information</a></li>
78411  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …    faq.html">Frequently Asked Questions</a></li>
78412  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
  …    contact-information-and-facility-location.html">Contact Information and Facility
  …    Location</a></li>
78413  </ul>
78414  </nav>
78415  </div>
78416  </section>
78417  </div>
78418  </div>
78419  </div></li>
78420  <li class="primary-nav-item has-subnav"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility.html">Genetically Engineered Mouse Facility</a>
78421  <div class="subnav-mask">
78422  <div class="subnav-wrapper">
78423  <div class="subnav col10 pad">
78424  <section class="nested">
78425  <div class="col4 main-column">
78426  <nav class="secondary">
78427  <ul>
78428  <li class="mobile-nav-back"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility.html" aria-label="Back to Genetically Engineered Mouse Facility">Genetically
  …    Engineered Mouse Facility</a></li>
78429  <li class="primary-nav-item">
78430  <a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility.html" aria-label="Genetically Engineered Mouse Facility Home">Genetically
  …    Engineered Mouse Facility Home</a></li>
78431  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/mouse-resource-facility.html">Mouse Resource Facility</a></li>
78432  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/policies-and-procedures.html">Policies and Procedures</a></li>
78433  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/protocols.html">Protocols</a></li>
78434  <li class="primary-nav-item has-subnav"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/services-and-fees.html">Services and Fees</a>
78435  <div class="subnav-mask">
78436  <div class="subnav-wrapper">
78437  <div class="subnav col10 pad">
78438  <section class="nested">
78439  <div class="col4 main-column">
78440  <nav class="secondary">
78441  <ul>
78442  <li class="mobile-nav-back"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/services-and-fees.html" aria-label="Back to Services and Fees">Services and
  …    Fees</a></li>
78443  <li class="primary-nav-item">
78444  <a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/services-and-fees.html" aria-label="Services and Fees Home">Services and
  …    Fees Home</a></li>
78445  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/genetically-engineered-mouse-
  …    facility/services-and-fees/electroporations.html">Gene Targeting via
  …    Electroporation</a></li>
```

```
78446  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/services-and-fees/blastocyst-injection.html">Blastocyst Injection (of
   …   Standard ES Cells from 129 or 129/B6 strains)</a></li>
78447  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/services-and-fees/pronuclear-injection.html">Standard Pronuclear
   …   Injections</a></li>
78448  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/services-and-fees/cryopreservation.html">Cryopreservation of Mouse
   …   Lines</a></li>
78449  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/services-and-fees/mouse-line-rederivation.html">Rederivation (Standard
   …   Procedure)</a></li>
78450  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/services-and-fees/es-cell-generation.html">Generation of ES Cells from
   …   Blastocysts</a></li>
78451  </ul>
78452  </nav>
78453  </div>
78454  </section>
78455  </div>
78456  </div>
78457  </div></li>
78458  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
   …   facility/contact-information.html">Contact Information</a></li>
78459  </ul>
78460  </nav>
78461  </div>
78462  </section>
78463  </div>
78464  </div>
78465  </div></li>
78466  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
   …   html">Gynecologic Cancer Tissue Bank</a>
78467  <div class="subnav-mask">
78468  <div class="subnav-wrapper">
78469  <div class="subnav col10 pad">
78470  <section class="nested">
78471  <div class="col14 main-column">
78472  <nav class="secondary">
78473  <ul>
78474  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
   …   html" aria-label="Back to Gynecologic Cancer Tissue Bank">Gynecologic Cancer Tissue
   …   Bank</a></li>
78475  <li class="primary-nav-item">
78476  <a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
   …   html" aria-label="Gynecologic Cancer Tissue Bank Home">Gynecologic Cancer Tissue Bank
   …   Home</a></li>
78477  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
   …   authorship.html">Authorship</a></li>
78478  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
   …   committees.html">Committees</a></li>
78479  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
   …   requesting-samples.html">Requesting Samples</a></li>
78480  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
   …   contact-information.html">Contact Information</a></li>
```

```
78481  </ul>
78482  </nav>
78483  </div>
78484  </section>
78485  </div>
78486  </div>
78487  </div></li>
78488  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility.html">High Resolution Electron Microscopy Facility</a>
78489  <div class="subnav-mask">
78490  <div class="subnav-wrapper">
78491  <div class="subnav col10 pad">
78492  <section class="nested">
78493  <div class="col4 main-column">
78494  <nav class="secondary">
78495  <ul>
78496  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility.html" aria-label="Back to High Resolution Electron Microscopy
    …  Facility ">High Resolution Electron Microscopy Facility</a></li>
78497  <li class="primary-nav-item">
78498  <a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility.html" aria-label="High Resolution Electron Microscopy Facility
    …  Home">High Resolution Electron Microscopy Facility Home</a></li>
78499  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility/equipment.html">Equipment</a></li>
78500  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility/services-and-pricing.html">Services and Pricing</a></li>
78501  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/high-resolution-electron-
    …  microscopy-facility/contact-information.html">Contact Information</a></li>
78502  </ul>
78503  </nav>
78504  </div>
78505  </section>
78506  </div>
78507  </div>
78508  </div></li>
78509  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
    …  laboratory.html">Immunology Optical Microscopy Laboratory</a>
78510  <div class="subnav-mask">
78511  <div class="subnav-wrapper">
78512  <div class="subnav col10 pad">
78513  <section class="nested">
78514  <div class="col4 main-column">
78515  <nav class="secondary">
78516  <ul>
78517  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
    …  laboratory.html" aria-label="Back to Immunology Optical Microscopy
    …  Laboratory">Immunology Optical Microscopy Laboratory</a></li>
78518  <li class="primary-nav-item">
78519  <a
    …  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
    …  laboratory.html" aria-label="Immunology Optical Microscopy Laboratory
    …  Home">Immunology Optical Microscopy Laboratory Home</a></li>
78520  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
    …  laboratory/equipment.html">Equipment</a></li>
78521  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
    …  laboratory/services.html">Services and Fees</a></li>
78522  <li class="primary-nav-item"><a
```

```
78522  href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …   laboratory/contact-information.html">Contact Information</a></li>
78523  </ul>
78524  </nav>
78525  </div>
78526  </section>
78527  </div>
78528  </div>
78529  </div></li>
78530  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …   .html">Laboratory Animal Genetic Services - Smithville</a>
78531  <div class="subnav-mask">
78532  <div class="subnav-wrapper">
78533  <div class="subnav col10 pad">
78534  <section class="nested">
78535  <div class="col4 main-column">
78536  <nav class="secondary">
78537  <ul>
78538  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …   .html" aria-label="Back to Laboratory Animal Genetic Services -
   …   Smithville">Laboratory Animal Genetic Services - Smithville</a></li>
78539  <li class="primary-nav-item">
78540  <a
   …   href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …   .html" aria-label="Laboratory Animal Genetic Services - Smithville Home">Laboratory
   …   Animal Genetic Services - Smithville Home</a></li>
78541  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …   /services.html">Services</a></li>
78542  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …   /staff.html">Staff</a></li>
78543  </ul>
78544  </nav>
78545  </div>
78546  </section>
78547  </div>
78548  </div>
78549  </div></li>
78550  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/molecular-biology-core.html">
   …   Molecular Biology Core - Smithville</a>
78551  <div class="subnav-mask">
78552  <div class="subnav-wrapper">
78553  <div class="subnav col10 pad">
78554  <section class="nested">
78555  <div class="col4 main-column">
78556  <nav class="secondary">
78557  <ul>
78558  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/molecular-biology-core.html"
   …   aria-label="Back to Molecular Biology Core - Smithville">Molecular Biology Core -
   …   Smithville</a></li>
78559  <li class="primary-nav-item">
78560  <a href="/research/research-resources/core-facilities/molecular-biology-core.html"
   …   aria-label="Molecular Biology Core - Smithville Home">Molecular Biology Core -
   …   Smithville Home</a></li>
78561  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-biology-core/services.
   …   html">Services</a></li>
78562  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-biology-core/
   …   instrumentation.html">Instrumentation</a></li>
78563  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-biology-core/service-
   …   request-forms.html">Service Requests</a></li>
```

```
78564 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-biology-core/pricing.
   …  html">Pricing</a></li>
78565 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-biology-core/sample-
   …  requirements.html">Sample Requirements</a></li>
78566 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-biology-core/
   …  publications.html">Publications</a></li>
78567 </ul>
78568 </nav>
78569 </div>
78570 </section>
78571 </div>
78572 </div>
78573 </div></li>
78574 <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility.html">Molecular Cytogenetics Facility</a>
78575 <div class="subnav-mask">
78576 <div class="subnav-wrapper">
78577 <div class="subnav col10 pad">
78578 <section class="nested">
78579 <div class="col4 main-column">
78580 <nav class="secondary">
78581 <ul>
78582 <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility.html" aria-label="Back to Molecular Cytogenetics Facility ">Molecular
   …  Cytogenetics Facility</a></li>
78583 <li class="primary-nav-item">
78584 <a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility.html" aria-label="Molecular Cytogenetics Facility  Home">Molecular
   …  Cytogenetics Facility Home</a></li>
78585 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility/equipment.html">Equipment</a></li>
78586 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility/services.html">Services</a></li>
78587 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
   …  facility/contact-information.html">Contact Information</a></li>
78588 </ul>
78589 </nav>
78590 </div>
78591 </section>
78592 </div>
78593 </div>
78594 </div></li>
78595 <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html">
   …  Molecular Diagnostics Laboratory</a>
78596 <div class="subnav-mask">
78597 <div class="subnav-wrapper">
78598 <div class="subnav col10 pad">
78599 <section class="nested">
78600 <div class="col4 main-column">
78601 <nav class="secondary">
78602 <ul>
78603 <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html"
   …  aria-label="Back to Molecular Diagnostics Laboratory">Molecular Diagnostics
   …  Laboratory</a></li>
78604 <li class="primary-nav-item">
78605 <a href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html"
   …  aria-label="Molecular Diagnostics Laboratory Home">Molecular Diagnostics Laboratory
```

```
78605… Home</a></li>
78606  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/how-to-
    …  submit-a-sample.html">How to Submit a Sample</a></li>
78607  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  .html">Services</a>
78608  <div class="subnav-mask">
78609  <div class="subnav-wrapper">
78610  <div class="subnav col10 pad">
78611  <section class="nested">
78612  <div class="col4 main-column">
78613  <nav class="secondary">
78614  <ul>
78615  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  .html" aria-label="Back to Services">Services</a></li>
78616  <li class="primary-nav-item">
78617  <a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  .html" aria-label="Services Home">Services Home</a></li>
78618  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /18q-loh_.html">18q Loss of Heterozygosity (LOH) (Colon Cancer)</a></li>
78619  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /aml1-eto-t-8-21-fusion-transcript-detection.html">RUNX1-RUNX1T1/t(8;21)(q22;q22)
    …  Fusion Transcript Detection</a></li>
78620  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /cyclin-d1-bcl1-t-11-14-gene-rearrangement.html">Cyclin D1/BCL1/t (11;14) Gene
    …  Rearrangement (PCR)</a></li>
78621  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /t-14-18-igh-bcl2-detection.html">t(14;18) IGH/BCL2 Fusion Detection (Quantitative
    …  PCR)</a></li>
78622  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /bcr-abl-quantitative-transcript-analysis.html">t(9;22)(q34;q11.2); BCR-ABL,
    …  Quantitative Transcript Analysis</a></li>
78623  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /bcr-abl-mutation-analysis.html">ABL1 Kinase Domain Mutation Analysis</a></li>
78624  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /braf-mutational-analysis.html">BRAF Mutational Analysis</a></li>
78625  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /cbfb-myh11.html">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript Detection</a>
78626  <div class="subnav-mask">
78627  <div class="subnav-wrapper">
78628  <div class="subnav col10 pad">
78629  <section class="nested">
78630  <div class="col4 main-column">
78631  <nav class="secondary">
78632  <ul>
78633  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /cbfb-myh11.html" aria-label="Back to Inv (16) (p13.1q22); CBFB-MYH11 Fusion
    …  Transcript Detection">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript
    …  Detection</a></li>
78634  <li class="primary-nav-item">
78635  <a
    …  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …  /cbfb-myh11.html" aria-label="Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript
    …  Detection Home">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript Detection
    …  Home</a></li>
78636  <li class="primary-nav-item"><a
```

```
78636…  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /cbfb-myh11/inv16-fusion-transcript-detection.html">Inv(16)(p13.1q22);CBFB-MYH11
…       Fusion Transcript Detection</a></li>
78637   </ul>
78638   </nav>
78639   </div>
78640   </section>
78641   </div>
78642   </div>
78643   </div></li>
78644   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /chimerism-assessment-by-polymorphic-microsatellite-markers.html">Chimerism
…       Assessment by Polymorphic Microsatellite Markers (Post-Transplant)</a></li>
78645   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /egfr-mutational-analysis.html">EGFR Mutational Analysis</a></li>
78646   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /ebv-quantitation-viral-load.html">Epstein-Barr Virus (EBV) Quantitation/Viral
…       Load</a></li>
78647   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /exon-17-kit-mutation-detection-in-aml.html">Exon 17 KIT Mutation Detection in
…       AML</a></li>
78648   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /fip1l1-pdgfra-fusion-transcript-detection.html">FIP1L1-PDGFRA Fusion Transcript
…       Detection</a></li>
78649   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /flt3-mutational-analysis.html">FLT3 Mutational Analysis (PCR)</a></li>
78650   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /b-cell-ig-heavy-chain-gene-rearrangement.html">Immunoglobulin Heavy Chain (IGH) Gene
…       Rearrangement, PCR</a></li>
78651   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /jak2-mutational-analysis.html">JAK2 p.V617F Mutational Analysis</a></li>
78652   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /jak2-exon-12-mutational-analysis.html">JAK2-Exon 12 Mutational Analysis</a></li>
78653   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /kit-mutation-detection-in-aml.html">KIT Mutation Detection in AML (Exon 17)</a></li>
78654   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /kit-mutation-detection-in-mast-cell-disease.html">KIT Mutation Detection in Mast
…       Cell Disease (Qualitative)</a></li>
78655   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /kit-mutation-detection-in-sarcomas.html">KIT Mutation Detection in Sarcomas
…       (Sequencing)</a></li>
78656   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /hmlh1-methylation-status.html">hMLH1 Methylation Status</a></li>
78657   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /mpl-mutational-analysis.html">MPL Mutational Analysis</a></li>
78658   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /microsatellite-instability-analysis-in-tumors.html">Microsatellite Instability
…       Analysis (Tumors), PCR</a></li>
78659   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
…       /npm1-mutational-anylysis.html">NPM1 Mutational Analysis (Exon 12), PCR</a></li>
78660   <li class="primary-nav-item"><a
…       href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
```

```
78660…  /ras-mutation-detection-in-tumors.html">RAS Mutation Detection in Tumors</a></li>
78661  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /somatic-hypermutation-analysis-igh.html">Somatic Hypermutation Analysis, IGH,
   …   Sequencing</a></li>
78662  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /t-cell-receptor-gamma-gene-rearrangement.html">T-cell Receptor Gamma (TCRG) Gene
   …   Rearrangement (PCR)</a></li>
78663  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /pml-rara-t-15-17-fusion-transcript-detection.html">PML-RARA/t(15;17) Fusion
   …   Transcript Detection (Quantitative RNA-PCR)</a></li>
78664  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /t315i-bcr-abl-mutation-analysis.html">T315I BCR-ABL Mutation Analysis
   …   (Quantitative)</a></li>
78665  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /t-cell-receptor-beta-gene-rearrangement.html">T-cell Receptor Beta (TCRB) Gene
   …   Rearrangement (PCR)</a></li>
78666  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /pik3ca-mutation-analysis.html">PIK3CA Mutation Analysis</a></li>
78667  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /tp53-mutation-analysis.html">TP53 Mutation Analysis</a></li>
78668  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /idh1-mutation-analysis.html">IDH1 Mutation Analysis</a></li>
78669  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /idh2-mutation-analysis.html">IDH2 Mutation Analysis</a></li>
78670  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-lab-tests-gnaq-mutational-analysis-html.html">GNAQ Mutational
   …   Analysis</a></li>
78671  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /pdgfra-mutation-analysis.html">PDGFRA Mutation Analysis</a></li>
78672  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /kras-codon-146-mutational-analysis.html">KRAS Codon 146 Mutational Analysis</a></li>
78673  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-laboratory-tests-ret-codon-918-mutation-an.html">RET Codon 918
   …   Mutational Analysis</a></li>
78674  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-laboratory-akt1-mutation-analysis.html">AKT1 Mutation
   …   Analysis</a></li>
78675  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-lab-tests-gnas-mutational-analysis.html">GNAS Mutation
   …   Analysis</a></li>
78676  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-lab-tests-dnmt3a-exon-23-mutational-analys.html">DNMT3A Exon
   …   23 Mutational Analysis</a></li>
78677  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-lab-tests-acute-leukemia-translocation-pan.html">Acute
   …   Leukemia Translocation Panel Screen By Nanofluidics</a></li>
78678  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …   /molecular-diagnostics-lab-tests-ctnnb1-mutational-analysis.html">CTNNB1 Mutational
   …   Analysis</a></li>
78679  <li class="primary-nav-item"><a
```

```
78679  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /molecular-diagnostics-lab-tests-hras-mutational-analysis.html">HRAS Mutational
  …    Analysis</a></li>
78680  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /molecular-diagnostics-lab-testsmyd88-codon-265-mutational-analys.html">MYD88 Codon
  …    265 Mutational Analysis</a></li>
78681  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /csf3r-618-mutational-analysis.html">CSF3R-618 Mutational Analysis</a></li>
78682  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /csf3r-mutational-analysis.html">CSF3R Mutational Analysis</a></li>
78683  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /gna11-mutational-analysis.html">GNA11 Mutation Analysis</a></li>
78684  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /map2k1-mutation-analysis.html">MAP2K1 Mutation Analysis</a></li>
78685  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /calr-mutation-analysis.html">CALR Mutation Analysis</a></li>
78686  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /cimp-methylation-analys.html">CIMP Methylation Analys</a></li>
78687  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /mgmt-promoter-methylation-status.html">MGMT Methylation Status</a></li>
78688  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /cxcr4-mutational-analysis.html">CXCR4 Mutational Analysis</a></li>
78689  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
  …    /cxcr4-338-mutational-analysis.html">CXCR4-338 Mutational Analysis</a></li>
78690  </ul>
78691  </nav>
78692  </div>
78693  </section>
78694  </div>
78695  </div>
78696  </div></li>
78697  <li class="primary-nav-item"><a
  …    href="/research/research-resources/core-facilities/molecular-diagnostics-lab/contact-
  …    information.html">Contact Information</a></li>
78698  </ul>
78699  </nav>
78700  </div>
78701  </section>
78702  </div>
78703  </div>
78704  </div></li>
78705  <li class="primary-nav-item has-subnav"><a
  …    href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
  …    html">Monoclonal Antibody Core Facility</a>
78706  <div class="subnav-mask">
78707  <div class="subnav-wrapper">
78708  <div class="subnav col10 pad">
78709  <section class="nested">
78710  <div class="col4 main-column">
78711  <nav class="secondary">
78712  <ul>
78713  <li class="mobile-nav-back"><a
  …    href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
  …    html" aria-label="Back to Monoclonal Antibody Core Facility">Monoclonal Antibody Core
  …    Facility</a></li>
78714  <li class="primary-nav-item">
78715  <a
  …    href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
```

```
78715… html" aria-label="Monoclonal Antibody Core Facility Home">Monoclonal Antibody Core
…      Facility Home</a></li>
78716  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
…      faculty-and-staff.html">Faculty and Staff</a></li>
78717  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
…      faqs.html">Frequently Asked Questions</a></li>
78718  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
…      price-structure.html">Price Structure*</a></li>
78719  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
…      references.html">References</a></li>
78720  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
…      services.html">Services</a></li>
78721  </ul>
78722  </nav>
78723  </div>
78724  </section>
78725  </div>
78726  </div>
78727  </div></li>
78728  <li class="primary-nav-item has-subnav"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core.
…      html">Next Generation Sequencing Core - Smithville</a>
78729  <div class="subnav-mask">
78730  <div class="subnav-wrapper">
78731  <div class="subnav col10 pad">
78732  <section class="nested">
78733  <div class="col4 main-column">
78734  <nav class="secondary">
78735  <ul>
78736  <li class="mobile-nav-back"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core.
…      html" aria-label="Back to Next Generation Sequencing Core - Smithville">Next
…      Generation Sequencing Core - Smithville</a></li>
78737  <li class="primary-nav-item">
78738  <a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core.
…      html" aria-label="Next Generation Sequencing Core - Smithville Home">Next Generation
…      Sequencing Core - Smithville Home</a></li>
78739  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      services.html">Services</a></li>
78740  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      instrumentation.html">Instrumentation</a></li>
78741  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      user-group.html">User Group</a></li>
78742  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      allocations.html">Allocations</a></li>
78743  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      how-to-submit-samples.html">How to Submit Samples</a></li>
78744  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      service-request-forms.html">Service Requests</a></li>
78745  <li class="primary-nav-item"><a
…      href="/research/research-resources/core-facilities/next-generation-sequencing-core/
…      publications.html">Publications</a></li>
78746  </ul>
78747  </nav>
78748  </div>
78749  </section>
```

```
78750  </div>
78751  </div>
78752  </div></li>
78753  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/nmr-facility.html">Nuclear
       Magnetic Resonance Facility</a>
78754  <div class="subnav-mask">
78755  <div class="subnav-wrapper">
78756  <div class="subnav col10 pad">
78757  <section class="nested">
78758  <div class="col4 main-column">
78759  <nav class="secondary">
78760  <ul>
78761  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/nmr-facility.html"
   …   aria-label="Back to Nuclear Magnetic Resonance Facility ">Nuclear Magnetic Resonance
   …   Facility</a></li>
78762  <li class="primary-nav-item">
78763  <a href="/research/research-resources/core-facilities/nmr-facility.html"
   …   aria-label="Nuclear Magnetic Resonance Facility  Home">Nuclear Magnetic Resonance
   …   Facility Home</a></li>
78764  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nmr-facility/equipment.html">
   …   Equipment</a></li>
78765  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nmr-facility/services.html">
   …   Services</a></li>
78766  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nmr-facility/contact-information.
   …   html">Contact Information</a></li>
78767  </ul>
78768  </nav>
78769  </div>
78770  </section>
78771  </div>
78772  </div>
78773  </div></li>
78774  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html">
   …   Nucleic Acid Core Facility</a>
78775  <div class="subnav-mask">
78776  <div class="subnav-wrapper">
78777  <div class="subnav col10 pad">
78778  <section class="nested">
78779  <div class="col4 main-column">
78780  <nav class="secondary">
78781  <ul>
78782  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html"
   …   aria-label="Back to Nucleic Acid Core Facility">Nucleic Acid Core Facility</a></li>
78783  <li class="primary-nav-item">
78784  <a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html"
   …   aria-label="Nucleic Acid Core Facility Home">Nucleic Acid Core Facility Home</a></li>
78785  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/pricing
   …   .html">Pricing</a></li>
78786  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/
   …   services-and-policies.html">Services and Policies</a></li>
78787  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/contact
   …   -us.html">Contact Information</a></li>
78788  </ul>
78789  </nav>
78790  </div>
78791  </section>
78792  </div>
```

```
78793  </div>
78794  </div></li>
78795  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/pathologic-diagnosis-and-
   …  laboratory-testing.html">Pathologic Diagnosis and Laboratory Testing</a></li>
78796  <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
   …  html">Pharmaceutical Science Facility</a>
78797  <div class="subnav-mask">
78798  <div class="subnav-wrapper">
78799  <div class="subnav col10 pad">
78800  <section class="nested">
78801  <div class="col4 main-column">
78802  <nav class="secondary">
78803  <ul>
78804  <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
   …  html" aria-label="Back to Pharmaceutical Science Facility">Pharmaceutical Science
   …  Facility</a></li>
78805  <li class="primary-nav-item">
78806  <a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
   …  html" aria-label="Pharmaceutical Science Facility Home">Pharmaceutical Science
   …  Facility Home</a></li>
78807  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
   …  fees.html">Fees</a></li>
78808  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
   …  recent_projects.html">Recent Projects</a></li>
78809  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
   …  contact-us.html">Contact Information</a></li>
78810  </ul>
78811  </nav>
78812  </div>
78813  </section>
78814  </div>
78815  </div>
78816  </div></li>
78817  <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities/prospr-shared-resource.html">
   …  PROSPR Shared Resource</a>
78818  <div class="subnav-mask">
78819  <div class="subnav-wrapper">
78820  <div class="subnav col10 pad">
78821  <section class="nested">
78822  <div class="col4 main-column">
78823  <nav class="secondary">
78824  <ul>
78825  <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities/prospr-shared-resource.html"
   …  aria-label="Back to PROSPR Shared Resource">PROSPR Shared Resource</a></li>
78826  <li class="primary-nav-item"><a
78827  <a href="/research/research-resources/core-facilities/prospr-shared-resource.html"
   …  aria-label="PROSPR Shared Resource Home">PROSPR Shared Resource Home</a></li>
78828  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/prospr-shared-resource/prospr-
   …  library.html">PROSPR Library</a></li>
78829  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/prospr-shared-resource/services.
   …  html">Services</a></li>
78830  <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/prospr-shared-resource/contact-
   …  information.html">Contact Information</a></li>
78831  </ul>
78832  </nav>
78833  </div>
```

```
78834  </section>
78835  </div>
78836  </div>
78837  </div></li>
78838  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    …  html">Protein Array and Analysis Core - Smithville</a>
78839  <div class="subnav-mask">
78840  <div class="subnav-wrapper">
78841  <div class="subnav col10 pad">
78842  <section class="nested">
78843  <div class="col4 main-column">
78844  <nav class="secondary">
78845  <ul>
78846  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    …  html" aria-label="Back to Protein Array and Analysis Core - Smithville">Protein Array
    …  and Analysis Core - Smithville</a></li>
78847  <li class="primary-nav-item">
78848  <a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    …  html" aria-label="Protein Array and Analysis Core - Smithville Home">Protein Array
    …  and Analysis Core - Smithville Home</a></li>
78849  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  services.html">Services</a></li>
78850  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  available-protein-domain-arrays.html">Available Protein Domain Arrays</a></li>
78851  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  instrumentation.html">Instrumentation</a></li>
78852  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  user-group.html">User Group</a></li>
78853  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  allocations.html">Allocations</a></li>
78854  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    …  service-request-forms.html">Service Request Forms</a></li>
78855  </ul>
78856  </nav>
78857  </div>
78858  </section>
78859  </div>
78860  </div>
78861  </div></li>
78862  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility.html">
    …  Proteomics and Metabolomics Facility</a>
78863  <div class="subnav-mask">
78864  <div class="subnav-wrapper">
78865  <div class="subnav col10 pad">
78866  <section class="nested">
78867  <div class="col4 main-column">
78868  <nav class="secondary">
78869  <ul>
78870  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility.html"
    …  aria-label="Back to Proteomics and Metabolomics Facility">Proteomics and Metabolomics
    …  Facility</a></li>
78871  <li class="primary-nav-item">
78872  <a href="/research/research-resources/core-facilities/proteomics-facility.html"
    …  aria-label="Proteomics and Metabolomics Facility Home">Proteomics and Metabolomics
    …  Facility Home</a></li>
78873  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/services-and-
```

```
78873  pricing.html">Services and Pricing</a></li>
78874  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/resources-and-
    …  tutorials.html">Resources and Tutorials</a></li>
78875  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/publications.
    …  html">Publications</a></li>
78876  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/equipment.html
    …  ">Equipment</a></li>
78877  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/faq.html">FAQ<
    …  /a></li>
78878  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/proteomics-facility/contact-
    …  information.html">Contact Information</a></li>
78879  </ul>
78880  </nav>
78881  </div>
78882  </section>
78883  </div>
78884  </div>
78885  </div></li>
78886  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  >Radiation Dosimetry Services</a>
78887  <div class="subnav-mask">
78888  <div class="subnav-wrapper">
78889  <div class="subnav col10 pad">
78890  <section class="nested">
78891  <div class="col4 main-column">
78892  <nav class="secondary">
78893  <ul>
78894  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  aria-label="Back to Radiation Dosimetry Services">Radiation Dosimetry
    …  Services</a></li>
78895  <li class="primary-nav-item">
78896  <a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  aria-label="Radiation Dosimetry Services Home">Radiation Dosimetry Services
    …  Home</a></li>
78897  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/
    …  pricing-and-ordering-information.html">Pricing and Ordering Information</a></li>
78898  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/team-
    …  and-history.html">Team and History</a></li>
78899  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/
    …  contact-information.html">Contact Information</a></li>
78900  </ul>
78901  </nav>
78902  </div>
78903  </section>
78904  </div>
78905  </div>
78906  </div></li>
78907  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/research-animal-support-facility.
    …  html">Research Animal Support Facility - Smithville</a></li>
78908  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html">Research Histology, Pathology and Imaging Core - Smithville</a>
78909  <div class="subnav-mask">
78910  <div class="subnav-wrapper">
78911  <div class="subnav col10 pad">
78912  <section class="nested">
```

```
78913  <div class="col4 main-column">
78914  <nav class="secondary">
78915  <ul>
78916  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html" aria-label="Back to Research Histology, Pathology and Imaging Core
    …  - Smithville">Research Histology, Pathology and Imaging Core - Smithville</a></li>
78917  <li class="primary-nav-item">
78918  <a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html" aria-label="Research Histology, Pathology and Imaging Core -
    …  Smithville Home">Research Histology, Pathology and Imaging Core - Smithville
    …  Home</a></li>
78919  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service.html">Research
    …  Pathology and Imaging Services - Pathology Service</a>
78920  <div class="subnav-mask">
78921  <div class="subnav-wrapper">
78922  <div class="subnav col10 pad">
78923  <section class="nested">
78924  <div class="col4 main-column">
78925  <nav class="secondary">
78926  <ul>
78927  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service.html"
    …  aria-label="Back to Research Pathology and Imaging Services - Pathology
    …  Service">Research Pathology and Imaging Services - Pathology Service</a></li>
78928  <li class="primary-nav-item">
78929  <a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service.html"
    …  aria-label="Research Pathology and Imaging Services - Pathology Service
    …  Home">Research Pathology and Imaging Services - Pathology Service Home</a></li>
78930  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service/services.html"
    …  >Services</a></li>
78931  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service/
    …  instrumentation.html">Instrumentation</a></li>
78932  <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service/staff.html">
    …  Staff</a></li>
78933  </ul>
78934  </nav>
78935  </div>
78936  </section>
78937  </div>
78938  </div>
78939  </div></li>
78940  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html">
    …  Research Histology, Pathology and Imaging Services - Histology Laboratory</a>
78941  <div class="subnav-mask">
78942  <div class="subnav-wrapper">
78943  <div class="subnav col10 pad">
78944  <section class="nested">
78945  <div class="col4 main-column">
78946  <nav class="secondary">
78947  <ul>
78948  <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html"
```

```
78948  aria-label="Back to Research Histology, Pathology and Imaging Services - Histology
   …   Laboratory">Research Histology, Pathology and Imaging Services - Histology
   …   Laboratory</a></li>
78949  <li class="primary-nav-item">
78950  <a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html"
   …   aria-label="Research Histology, Pathology and Imaging Services - Histology Laboratory
   …   Home">Research Histology, Pathology and Imaging Services - Histology Laboratory
   …   Home</a></li>
78951  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-histology-laboratory/services.
   …   html">Services</a></li>
78952  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-histology-laboratory/
   …   instrumentation.html">Instrumentation</a></li>
78953  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-histology-laboratory/staff.html"
   …   >Staff</a></li>
78954  </ul>
78955  </nav>
78956  </div>
78957  </section>
78958  </div>
78959  </div>
78960  </div></li>
78961  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services.html">Research
   …   Histology, Pathology and Imaging Services - Imaging Services</a>
78962  <div class="subnav-mask">
78963  <div class="subnav-wrapper">
78964  <div class="subnav col10 pad">
78965  <section class="nested">
78966  <div class="col4 main-column">
78967  <nav class="secondary">
78968  <ul>
78969  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services.html"
   …   aria-label="Back to Research Histology, Pathology and Imaging Services - Imaging
   …   Services">Research Histology, Pathology and Imaging Services - Imaging
   …   Services</a></li>
78970  <li class="primary-nav-item">
78971  <a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services.html"
   …   aria-label="Research Histology, Pathology and Imaging Services - Imaging Services
   …   Home">Research Histology, Pathology and Imaging Services - Imaging Services
   …   Home</a></li>
78972  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services/services.html">
   …   Services</a></li>
78973  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services/instrumentation
   …   .html">Instrumentation</a></li>
78974  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/research-histology-pathology-and-
   …   imaging-Core/research-pathology-and-imaging-services-imaging-services/staff.html">
   …   Staff</a></li>
78975  </ul>
78976  </nav>
78977  </div>
```

```
78978  </section>
78979  </div>
78980  </div>
78981  </div></li>
78982  </ul>
78983  </nav>
78984  </div>
78985  </section>
78986  </div>
78987  </div>
78988  </div></li>
78989  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf.html">Sequencing and Microarray Facility (SMF)</a>
78990  <div class="subnav-mask">
78991  <div class="subnav-wrapper">
78992  <div class="subnav col10 pad">
78993  <section class="nested">
78994  <div class="col4 main-column">
78995  <nav class="secondary">
78996  <ul>
78997  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf.html" aria-label="Back to Sequencing and Microarray Facility (SMF)">Sequencing
   …   and Microarray Facility (SMF)</a></li>
78998  <li class="primary-nav-item">
78999  <a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf.html" aria-label="Sequencing and Microarray Facility (SMF) Home">Sequencing and
   …   Microarray Facility (SMF) Home</a></li>
79000  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/equipment.html">Equipment</a></li>
79001  <li class="primary-nav-item has-subnav"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees.html">Services and Fees</a>
79002  <div class="subnav-mask">
79003  <div class="subnav-wrapper">
79004  <div class="subnav col10 pad">
79005  <section class="nested">
79006  <div class="col4 main-column">
79007  <nav class="secondary">
79008  <ul>
79009  <li class="mobile-nav-back"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees.html" aria-label="Back to Services and Fees">Services and
   …   Fees</a></li>
79010  <li class="primary-nav-item">
79011  <a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees.html" aria-label="Services and Fees Home">Services and Fees
   …   Home</a></li>
79012  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees/sanger-based-dna-sequencing.html">Sanger-based DNA
   …   Sequencing</a></li>
79013  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees/illumina-next-generation-sequencing.html">Illumina Next
   …   Generation Sequencing</a></li>
79014  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees/fluorescent-fragment-length-analysis.html">Fluorescent
   …   Fragment Length Analysis</a></li>
79015  <li class="primary-nav-item"><a
   …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …   -smf/services-and-fees/sanger-based-gene-resequencing.html">Sanger-based Gene
   …   Resequencing</a></li>
```

```
79016 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/taqman-based-gene-expression-analysis.html">TaqMan-based Gene
   …  Expression Analysis</a></li>
79017 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/microarray-services-overview.html">Microarray Services —
   …  Overview</a></li>
79018 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/microarray-services-support-and-pricing.html">Microarray
   …  Services - Support and Pricing</a></li>
79019 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/gene-expression-microarrays.html">Gene Expression
   …  Microarrays</a></li>
79020 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/snp-profiling-microarrays.html">SNP Profiling
   …  Microarrays</a></li>
79021 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/services-and-fees/methylation-arrays.html">Methylation Arrays</a></li>
79022 </ul>
79023 </nav>
79024 </div>
79025 </section>
79026 </div>
79027 </div>
79028 </div></li>
79029 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/faq.html">Solexa Sequencing Core FAQs</a></li>
79030 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
   …  -smf/contact-information.html">Contact Information</a></li>
79031 </ul>
79032 </nav>
79033 </div>
79034 </section>
79035 </div>
79036 </div>
79037 </div></li>
79038 <li class="primary-nav-item has-subnav"><a
   …  href="/research/research-resources/core-facilities/ncrna-program.html">Sequencing and
   …  Non-Coding RNA Program</a>
79039 <div class="subnav-mask">
79040 <div class="subnav-wrapper">
79041 <div class="subnav col10 pad">
79042 <section class="nested">
79043 <div class="col4 main-column">
79044 <nav class="secondary">
79045 <ul>
79046 <li class="mobile-nav-back"><a
   …  href="/research/research-resources/core-facilities/ncrna-program.html"
   …  aria-label="Back to Sequencing and Non-Coding RNA Program">Sequencing and Non-Coding
   …  RNA Program</a></li>
79047 <li class="primary-nav-item">
79048 <a href="/research/research-resources/core-facilities/ncrna-program.html"
   …  aria-label="Sequencing and Non-Coding RNA Program Home">Sequencing and Non-Coding RNA
   …  Program Home</a></li>
79049 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/ncrna-program/guidelines.html">
   …  Guidelines</a></li>
79050 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/ncrna-program/services.html">
   …  Services</a></li>
79051 <li class="primary-nav-item"><a
```

```
79051   href="/research/research-resources/core-facilities/ncrna-program/pricing-and-forms.
    …   html">Pricing and Forms</a></li>
79052   <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/faq.html">Frequently
    …   Asked Questions</a></li>
79053   <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/contact-information.
    …   html">Contact Information</a></li>
79054   </ul>
79055   </nav>
79056   </div>
79057   </section>
79058   </div>
79059   </div>
79060   </div></li>
79061   <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/sirna-core-facility.html">siRNA
    …   Screening Facility</a>
79062   <div class="subnav-mask">
79063   <div class="subnav-wrapper">
79064   <div class="subnav col10 pad">
79065   <section class="nested">
79066   <div class="col4 main-column">
79067   <nav class="secondary">
79068   <ul>
79069   <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/sirna-core-facility.html"
    …   aria-label="Back to siRNA Screening Facility">siRNA Screening Facility</a></li>
79070   <li class="primary-nav-item">
79071   <a href="/research/research-resources/core-facilities/sirna-core-facility.html"
    …   aria-label="siRNA Screening Facility Home">siRNA Screening Facility Home</a></li>
79072   <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sirna-core-facility/equipment.html
    …   ">Equipment</a></li>
79073   <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sirna-core-facility/services.html"
    …   >Services</a></li>
79074   </ul>
79075   </nav>
79076   </div>
79077   </section>
79078   </div>
79079   </div>
79080   </div></li>
79081   <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
    …   ">Small Animal Imaging Facility</a>
79082   <div class="subnav-mask">
79083   <div class="subnav-wrapper">
79084   <div class="subnav col10 pad">
79085   <section class="nested">
79086   <div class="col4 main-column">
79087   <nav class="secondary">
79088   <ul>
79089   <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
    …   " aria-label="Back to Small Animal Imaging Facility">Small Animal Imaging
    …   Facility</a></li>
79090   <li class="primary-nav-item">
79091   <a
    …   href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
    …   " aria-label="Small Animal Imaging Facility Home">Small Animal Imaging Facility
    …   Home</a></li>
79092   <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    …   equipment.html">Equipment</a>
79093   <div class="subnav-mask">
79094   <div class="subnav-wrapper">
```

```
79095 <div class="subnav-bottom-pad">
79096 <section class="nested">
79097 <div class="col4 main-column">
79098 <nav class="secondary">
79099 <ul>
79100 <li class="mobile-nav-back"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment.html" aria-label="Back to Equipment">Equipment</a></li>
79101 <li class="primary-nav-item">
79102 <a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment.html" aria-label="Equipment Home">Equipment Home</a></li>
79103 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/micro-ct_.html">Micro-CT</a></li>
79104 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/specimen-ct-scanner.html">Specimen CT Scanner</a></li>
79105 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/biospec-7t-mri_.html">Biospec 7T MRI</a></li>
79106 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/biospec-4-7t-mri.html">Biospec 4.7T MRI</a></li>
79107 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/m-cam-gamma-camera.html">m.CAM Gamma Camera</a></li>
79108 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/vevo-770-micro-ultrasound.html">Vevo 770 Micro-Ultrasound</a></li>
79109 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/vevo-lazr-high-frequency-ultrasonic-photoacoustic.html">Vevo LAZR
    ·· High-Frequency Ultrasonic-Photoacoustic Imager</a></li>
79110 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/ivis-100_.html">IVIS 100</a></li>
79111 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/ivis-lumina-xr_.html">IVIS Lumina XR</a></li>
79112 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/ivis-spectrum_.html">IVIS Spectrum</a></li>
79113 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· equipment/faxitron_.html">Faxitron X-ray Corporation MX-20</a></li>
79114 </ul>
79115 </nav>
79116 </div>
79117 </section>
79118 </div>
79119 </div>
79120 </div></li>
79121 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/fees
    ·· .html">Fees</a></li>
79122 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· scheduling-procedures.html">Scheduling Procedures</a></li>
79123 <li class="primary-nav-item"><a
    ·· href="/research/research-resources/core-facilities/small-animal-imaging-facility/
    ·· contact-information.html">Contact Information</a></li>
79124 </ul>
79125 </nav>
79126 </div>
79127 </section>
79128 </div>
79129 </div>
```

```
79130 </div></li>
79131 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/spore-tissue-resources-and-
      pathology-cores.html">SPORE Tissue Resources and Pathology Cores</a></li>
79132 <li class="primary-nav-item"><a
   …  href="/research/research-resources/core-facilities/transgenic-animal-core.html">
   …  Transgenic Animal Core - Smithville</a></li>
79133 </ul>
79134 </nav>
79135 </div>
79136 </section>
79137 </div>
79138 </div>
79139 </div></li>
79140 <li class="primary-nav-item has-subnav"><a
      href="/research/research-resources/scientific-publications.html">Scientific
      Publications</a>
79141 <div class="subnav-mask">
79142 <div class="subnav-wrapper">
79143 <div class="subnav col10 pad">
79144 <section class="nested">
79145 <div class="col4 main-column">
79146 <nav class="secondary">
79147 <ul>
79148 <li class="mobile-nav-back"><a
      href="/research/research-resources/scientific-publications.html" aria-label="Back to
      Scientific Publications">Scientific Publications</a></li>
79149 <li class="primary-nav-item">
79150 <a href="/research/research-resources/scientific-publications.html"
   …  aria-label="Scientific Publications Home">Scientific Publications Home</a></li>
79151 <li class="primary-nav-item"><a
      href="/research/research-resources/scientific-publications/publications.html">
   …  Department Publications</a></li>
79152 </ul>
79153 </nav>
79154 </div>
79155 </section>
79156 </div>
79157 </div>
79158 </div></li>
79159 </ul>
79160 </nav>
79161 </div>
79162 </section>
79163 </div>
79164 </div>
79165 </div></li>
79166 </ul>
79167 </li>
79168 <li class="topnav-list-item"><a href="/education-training.html"
      data-primary-nav="nav_education-training">Education &amp; Training</a>
79169 <ul class="primary-nav-list" id="nav-index">
79170 <li class="primary-nav-item"><a href="/education-training.html">Education &amp;
   …  Training Home</a></li>
79171 <li class="primary-nav-item has-subnav"><a
      href="/education-training/degrees-programs.html">Degrees &amp; Programs</a>
79172 <div class="subnav-mask">
79173 <div class="subnav-wrapper">
79174 <div class="subnav col10 pad">
79175 <section class="nested">
79176 <div class="col4 main-column">
79177 <nav class="secondary">
79178 <ul>
79179 <li class="mobile-nav-back"><a href="/education-training/degrees-programs.html"
   …  aria-label="Back to Degrees &amp; Programs">Degrees &amp; Programs</a></li>
79180 <li class="primary-nav-item">
79181 <a href="/education-training/degrees-programs.html" aria-label="Degrees &amp;
   …  Programs Home">Degrees &amp; Programs Home</a></li>
```

```
79182  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions.html">School
   …   of Health Professions</a>
79183  <div class="subnav-mask">
79184  <div class="subnav-wrapper">
79185  <div class="subnav col10 pad">
79186  <section class="nested">
79187  <div class="col4 main-column">
79188  <nav class="secondary">
79189  <ul>
79190  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions.html"
   …   aria-label="Back to School of Health Professions">School of Health
   …   Professions</a></li>
79191  <li class="primary-nav-item">
79192  <a href="/education-training/degrees-programs/school-of-health-professions.html"
   …   aria-label="School of Health Professions Home">School of Health Professions
   …   Home</a></li>
79193  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school.html">About the School</a>
79194  <div class="subnav-mask">
79195  <div class="subnav-wrapper">
79196  <div class="subnav col10 pad">
79197  <section class="nested">
79198  <div class="col4 main-column">
79199  <nav class="secondary">
79200  <ul>
79201  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school.html" aria-label="Back to About the School">About the School</a></li>
79202  <li class="primary-nav-item">
79203  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school.html" aria-label="About the School Home">About the School Home</a></li>
79204  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/accreditation.html">Accreditations</a></li>
79205  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/deans-office.html">Dean's Office</a></li>
79206  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/faculty-staff.html">Faculty &amp; Staff</a></li>
79207  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan.html">Quality Enhancement Plan</a>
79208  <div class="subnav-mask">
79209  <div class="subnav-wrapper">
79210  <div class="subnav col10 pad">
79211  <section class="nested">
79212  <div class="col4 main-column">
79213  <nav class="secondary">
79214  <ul>
79215  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan.html" aria-label="Back to Quality Enhancement
   …   Plan">Quality Enhancement Plan</a></li>
79216  <li class="primary-nav-item">
79217  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan.html" aria-label="Quality Enhancement Plan
   …   Home">Quality Enhancement Plan Home</a></li>
79218  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/history-and-process.html">QEP Development Process and
   …   History</a></li>
79219  <li class="primary-nav-item has-subnav"><a
```

```
79219… href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/program.html">Quality Enhancement Plan Program</a>
79220 <div class="subnav-mask">
79221 <div class="subnav-wrapper">
79222 <div class="subnav col10 pad">
79223 <section class="nested">
79224 <div class="col4 main-column">
79225 <nav class="secondary">
79226 <ul>
79227 <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/program.html" aria-label="Back to Quality Enhancement
    …  Plan Program">Quality Enhancement Plan Program</a></li>
79228 <li class="primary-nav-item">
79229 <a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/program.html" aria-label="Quality Enhancement Plan
    …  Program Home">Quality Enhancement Plan Program Home</a></li>
79230 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/program/qep-faculty-development-sessions.html">
    …  Faculty Development Sessions</a></li>
79231 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/program/qep-micro-teaching-lab.html">QEP -
    …  Micro-teaching Lab</a></li>
79232 </ul>
79233 </nav>
79234 </div>
79235 </section>
79236 </div>
79237 </div>
79238 </div></li>
79239 <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment.html">Assessment Strategies</a>
79240 <div class="subnav-mask">
79241 <div class="subnav-wrapper">
79242 <div class="subnav col10 pad">
79243 <section class="nested">
79244 <div class="col4 main-column">
79245 <nav class="secondary">
79246 <ul>
79247 <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment.html" aria-label="Back to Assessment
    …  Strategies">Assessment Strategies</a></li>
79248 <li class="primary-nav-item">
79249 <a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment.html" aria-label="Assessment Strategies
    …  Home">Assessment Strategies Home</a></li>
79250 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment/faculty-development-session-evaluations.
    …  html">Pre and Post Faculty Development Session Evaluations</a></li>
79251 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment/faculty-development-session-survey.html">
    …  Faculty Development Session Satisfaction Survey</a></li>
79252 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment/student-research-project-rubric.html">
    …  Student Research Project Rubric</a></li>
79253 <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/assessment/student-course-survey.html">Student Course
    …  Survey</a></li>
```

```
79254  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/assessment/curriculum-inventory.html">Curriculum
   …   Inventory</a></li>
79255  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/assessment/faculty-portfolio-assessment.html">Faculty
   …   Portfolio Assessment</a></li>
79256  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/assessment/faculty-instructional-observations.html">
   …   Faculty Instructional Observations</a></li>
79257  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/assessment/faculty-satisfaction-survey.html">Faculty
   …   Satisfaction Survey</a></li>
79258  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/assessment/standardized-assessment-cat-.html">
   …   Standardized Assessment (Critical Thinking Assessment Test or CAT)</a></li>
79259  </ul>
79260  </nav>
79261  </div>
79262  </section>
79263  </div>
79264  </div>
79265  </div></li>
79266  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/reports.html">Reports</a>
79267  <div class="subnav-mask">
79268  <div class="subnav-wrapper">
79269  <div class="subnav col10 pad">
79270  <section class="nested">
79271  <div class="col4 main-column">
79272  <nav class="secondary">
79273  <ul>
79274  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/reports.html" aria-label="Back to
   …   Reports">Reports</a></li>
79275  <li class="primary-nav-item">
79276  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/reports.html" aria-label="Reports Home">Reports
   …   Home</a></li>
79277  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/reports/newsletter.html">Quality Enhancement Plan
   …   Newsletter</a></li>
79278  </ul>
79279  </nav>
79280  </div>
79281  </section>
79282  </div>
79283  </div>
79284  </div></li>
79285  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/student-learning-outcomes.html">Student Learning
   …   Outcomes</a></li>
79286  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/faculty-outcomes.html">Faculty Outcomes</a></li>
79287  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …   school/quality-enhancement-plan/unintended-outcomes.html">Unintended Outcomes</a>
79288  <div class="subnav-mask">
```

```
79289  <div class="subnav-wrapper">
79290  <div class="subnav col10 pad">
79291  <section class="nested">
79292  <div class="col4 main-column">
79293  <nav class="secondary">
79294  <ul>
79295  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/unintended-outcomes.html" aria-label="Back to
    …  Unintended Outcomes">Unintended Outcomes</a></li>
79296  <li class="primary-nav-item">
79297  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/unintended-outcomes.html" aria-label="Unintended
    …  Outcomes Home">Unintended Outcomes Home</a></li>
79298  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/unintended-outcomes/publications.html">Publications
    …  and Presentations</a></li>
79299  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/unintended-outcomes/faculty-testimonials.html">
    …  Faculty Testimonials</a></li>
79300  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/unintended-outcomes/interdisciplinary-case-conference
    …  .html">Interdisciplinary Case Conference</a></li>
79301  </ul>
79302  </nav>
79303  </div>
79304  </section>
79305  </div>
79306  </div>
79307  </div></li>
79308  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …  school/quality-enhancement-plan/fifth-year-impact-report.html">Fifth-Year Interim
    …  Report</a></li>
79309  </ul>
79310  </nav>
79311  </div>
79312  </section>
79313  </div>
79314  </div>
79315  </div></li>
79316  </ul>
79317  </nav>
79318  </div>
79319  </section>
79320  </div>
79321  </div>
79322  </div></li>
79323  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …  students.html">Prospective Students</a>
79324  <div class="subnav-mask">
79325  <div class="subnav-wrapper">
79326  <div class="subnav col10 pad">
79327  <section class="nested">
79328  <div class="col4 main-column">
79329  <nav class="secondary">
79330  <ul>
79331  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …  students.html" aria-label="Back to Prospective Students">Prospective
    …  Students</a></li>
79332  <li class="primary-nav-item">
79333  <a
```

```
79333… href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students.html" aria-label="Prospective Students Home">Prospective Students
…     Home</a></li>
79334 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/tuition-fees.html">Tuition and Fees</a></li>
79335 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/scholarships-financial-aid.html">Scholarships and Financial Aid</a></li>
79336 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/undergrad-application.html">How to Apply for Undergraduate Programs</a></li>
79337 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/diagnostic-genetics-application.html">How to Apply for Diagnostic
…     Genetics</a></li>
79338 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/radiologic-sciences-application.html">How to Apply for Radiologic
…     Sciences</a></li>
79339 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/program-sessions.html">Program Information Sessions</a></li>
79340 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/prospective-
…     students/open-house.html">Open House</a></li>
79341 </ul>
79342 </nav>
79343 </div>
79344 </section>
79345 </div>
79346 </div>
79347 </div></li>
79348 <li class="primary-nav-item has-subnav"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students.html">Current Students</a>
79349 <div class="subnav-mask">
79350 <div class="subnav-wrapper">
79351 <div class="subnav col10 pad">
79352 <section class="nested">
79353 <div class="col4 main-column">
79354 <nav class="secondary">
79355 <ul>
79356 <li class="mobile-nav-back"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students.html" aria-label="Back to Current Students">Current Students</a></li>
79357 <li class="primary-nav-item">
79358 <a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students.html" aria-label="Current Students Home">Current Students Home</a></li>
79359 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/academic-advising.html">Academic Advising</a></li>
79360 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/admission.html">Admission</a></li>
79361 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/alcoholic-beverages.html">Alcoholic Beverages</a></li>
79362 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/appearance-demeanor.html">Appearance &amp; Demeanor</a></li>
79363 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/class-attendance.html">Class Attendance</a></li>
79364 <li class="primary-nav-item"><a
…     href="/education-training/degrees-programs/school-of-health-professions/current-
…     students/conduct-discipline.html">Conduct &amp; Discipline</a></li>
```

```
79365  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/confidentiality.html">Confidentiality</a></li>
79366  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/conflict-of-interest.html">Conflict of Interest</a></li>
79367  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/criminal-background-check.html">Criminal Background Check</a></li>
79368  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/curriculum-changes.html">Curriculum Changes</a></li>
79369  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/early-acceptance-track.html">Early Acceptance Track</a></li>
79370  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/examinations.html">Examinations</a></li>
79371  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/family-educational-rights-privacy-act.html">Family Educational Rights &amp;
   …   Privacy Act of 1974</a></li>
79372  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/financial-aid.html">Financial Aid</a></li>
79373  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/grades.html">Grades</a></li>
79374  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/graduation.html">Graduation</a></li>
79375  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/grievance-procedure.html">Grievance Procedure</a></li>
79376  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/hazing.html">Hazing</a></li>
79377  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/health-information-for-students.html">Health Information for
   …   Students</a></li>
79378  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/health-insurance-for-students.html">Health Insurance for Students</a></li>
79379  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/intellectual-property.html">Intellectual Property</a></li>
79380  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/observance-of-religious-holy-days.html">Observance of Religious Holy
   …   Days</a></li>
79381  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/personal-record-information.html">Personal Record Information</a></li>
79382  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/registration.html">Registration</a></li>
79383  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/scholarships.html">Scholarships</a></li>
79384  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/sexual-harassment.html">Sexual Harassment</a></li>
79385  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
   …   students/smoking.html">Smoking</a></li>
79386  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/current-
```

```
79386  students/statement-of-equal-educational-opportunity.html">Statement of Equal
  …    Educational Opportunity</a></li>
79387  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/student-congress.html">Student Congress</a></li>
79388  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/student-right-information-collected.html">Student Right to be Informed about
  …    Information Collected</a></li>
79389  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/student-right-campus-security.html">Student Right-to-Know &amp; Campus
  …    Security Act</a></li>
79390  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/student-travel.html">Student Travel</a></li>
79391  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/students-with-disabilities.html">Students with Disabilities</a></li>
79392  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/substance-abuse.html">Substance Abuse</a></li>
79393  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/summons-official-communications.html">Summons &amp; Official
  …    Communications</a></li>
79394  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/transcripts-diplomas.html">Transcripts &amp; Diplomas</a></li>
79395  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/tuition-fees.html">Tuition &amp; Fees</a></li>
79396  <li class="primary-nav-item"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/current-
  …    students/withdrawal-refund.html">Withdrawal &amp; Refund</a></li>
79397  </ul>
79398  </nav>
79399  </div>
79400  </section>
79401  </div>
79402  </div>
79403  </div></li>
79404  <li class="primary-nav-item has-subnav"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/academics.
  …    html">Academics</a>
79405  <div class="subnav-mask">
79406  <div class="subnav-wrapper">
79407  <div class="subnav col10 pad">
79408  <section class="nested">
79409  <div class="col4 main-column">
79410  <nav class="secondary">
79411  <ul>
79412  <li class="mobile-nav-back"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/academics.
  …    html" aria-label="Back to Academics">Academics</a></li>
79413  <li class="primary-nav-item">
79414  <a
  …    href="/education-training/degrees-programs/school-of-health-professions/academics.
  …    html" aria-label="Academics Home">Academics Home</a></li>
79415  <li class="primary-nav-item has-subnav"><a
  …    href="/education-training/degrees-programs/school-of-health-professions/academics/
  …    clinical-laboratory-science.html">Clinical Laboratory Science</a>
79416  <div class="subnav-mask">
79417  <div class="subnav-wrapper">
79418  <div class="subnav col10 pad">
79419  <section class="nested">
79420  <div class="col4 main-column">
79421  <nav class="secondary">
```

```
79422  <ul>
79423  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   clinical-laboratory-science.html" aria-label="Back to Clinical Laboratory Science
   …   ">Clinical Laboratory Science</a></li>
79424  <li class="primary-nav-item">
79425  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   clinical-laboratory-science.html" aria-label="Clinical Laboratory Science
   …   Home">Clinical Laboratory Science Home</a></li>
79426  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   clinical-laboratory-science/curriculum.html">Curriculum</a></li>
79427  </ul>
79428  </nav>
79429  </div>
79430  </section>
79431  </div>
79432  </div>
79433  </div></li>
79434  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytogenetic-technology.html">Cytogenetic Technology</a>
79435  <div class="subnav-mask">
79436  <div class="subnav-wrapper">
79437  <div class="subnav col10 pad">
79438  <section class="nested">
79439  <div class="col4 main-column">
79440  <nav class="secondary">
79441  <ul>
79442  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytogenetic-technology.html" aria-label="Back to Cytogenetic Technology">Cytogenetic
   …   Technology</a></li>
79443  <li class="primary-nav-item">
79444  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytogenetic-technology.html" aria-label="Cytogenetic Technology Home">Cytogenetic
   …   Technology Home</a></li>
79445  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytogenetic-technology/curriculum.html">Curriculum</a></li>
79446  </ul>
79447  </nav>
79448  </div>
79449  </section>
79450  </div>
79451  </div>
79452  </div></li>
79453  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytotechnology.html">Cytotechnology</a>
79454  <div class="subnav-mask">
79455  <div class="subnav-wrapper">
79456  <div class="subnav col10 pad">
79457  <section class="nested">
79458  <div class="col4 main-column">
79459  <nav class="secondary">
79460  <ul>
79461  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytotechnology.html" aria-label="Back to Cytotechnology ">Cytotechnology</a></li>
79462  <li class="primary-nav-item">
79463  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   cytotechnology.html" aria-label="Cytotechnology  Home">Cytotechnology Home</a></li>
79464  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
```

```
79464… cytotechnology/curriculum.html">Curriculum</a></li>
79465 </ul>
79466 </nav>
79467 </div>
79468 </section>
79469 </div>
79470 </div>
79471 </div></li>
79472 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-imaging.html">Diagnostic Imaging</a>
79473 <div class="subnav-mask">
79474 <div class="subnav-wrapper">
79475 <div class="subnav col10 pad">
79476 <section class="nested">
79477 <div class="col4 main-column">
79478 <nav class="secondary">
79479 <ul>
79480 <li class="mobile-nav-back"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-imaging.html" aria-label="Back to Diagnostic Imaging">Diagnostic
   … Imaging</a></li>
79481 <li class="primary-nav-item">
79482 <a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-imaging.html" aria-label="Diagnostic Imaging Home">Diagnostic Imaging
   … Home</a></li>
79483 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-imaging/curriculum.html">Curriculum</a></li>
79484 </ul>
79485 </nav>
79486 </div>
79487 </section>
79488 </div>
79489 </div>
79490 </div></li>
79491 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-medical-sonography.html">Diagnostic Medical Sonography</a>
79492 <div class="subnav-mask">
79493 <div class="subnav-wrapper">
79494 <div class="subnav col10 pad">
79495 <section class="nested">
79496 <div class="col4 main-column">
79497 <nav class="secondary">
79498 <ul>
79499 <li class="mobile-nav-back"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-medical-sonography.html" aria-label="Back to Diagnostic Medical
   … Sonography">Diagnostic Medical Sonography</a></li>
79500 <li class="primary-nav-item">
79501 <a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-medical-sonography.html" aria-label="Diagnostic Medical Sonography
   … Home">Diagnostic Medical Sonography Home</a></li>
79502 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-medical-sonography/curriculum.html">Curriculum</a></li>
79503 </ul>
79504 </nav>
79505 </div>
79506 </section>
79507 </div>
79508 </div>
79509 </div></li>
79510 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
```

```
79510…  health-care-disparities-diversity-advocacy.html">Health Care Disparities, Diversity
    …  &amp; Advocacy</a>
79511  <div class="subnav-mask">
79512  <div class="subnav-wrapper">
79513  <div class="subnav col10 pad">
79514  <section class="nested">
79515  <div class="col4 main-column">
79516  <nav class="secondary">
79517  <ul>
79518  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy.html" aria-label="Back to Health Care
    …  Disparities, Diversity &amp; Advocacy">Health Care Disparities, Diversity &amp;
    …  Advocacy</a></li>
79519  <li class="primary-nav-item">
79520  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy.html" aria-label="Health Care Disparities,
    …  Diversity &amp; Advocacy Home">Health Care Disparities, Diversity &amp; Advocacy
    …  Home</a></li>
79521  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy/curriculum.html">Curriculum</a></li>
79522  </ul>
79523  </nav>
79524  </div>
79525  </section>
79526  </div>
79527  </div>
79528  </div></li>
79529  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  histotechnology.html">Histotechnology</a>
79530  <div class="subnav-mask">
79531  <div class="subnav-wrapper">
79532  <div class="subnav col10 pad">
79533  <section class="nested">
79534  <div class="col4 main-column">
79535  <nav class="secondary">
79536  <ul>
79537  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  histotechnology.html" aria-label="Back to Histotechnology ">Histotechnology</a></li>
79538  <li class="primary-nav-item">
79539  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  histotechnology.html" aria-label="Histotechnology  Home">Histotechnology
    …  Home</a></li>
79540  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  histotechnology/curriculum.html">Curriculum</a></li>
79541  </ul>
79542  </nav>
79543  </div>
79544  </section>
79545  </div>
79546  </div>
79547  </div></li>
79548  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  medical-dosimetry.html">Medical Dosimetry</a>
79549  <div class="subnav-mask">
79550  <div class="subnav-wrapper">
79551  <div class="subnav col10 pad">
79552  <section class="nested">
79553  <div class="col4 main-column">
79554  <nav class="secondary">
79555  <ul>
```

```
79556  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   medical-dosimetry.html" aria-label="Back to Medical Dosimetry ">Medical
   …   Dosimetry</a></li>
79557  <li class="primary-nav-item">
79558  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   medical-dosimetry.html" aria-label="Medical Dosimetry  Home">Medical Dosimetry
   …   Home</a></li>
79559  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   medical-dosimetry/curriculum.html">Curriculum</a></li>
79560  </ul>
79561  </nav>
79562  </div>
79563  </section>
79564  </div>
79565  </div>
79566  </div></li>
79567  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   molecular-genetic-technology.html">Molecular Genetic Technology</a>
79568  <div class="subnav-mask">
79569  <div class="subnav-wrapper">
79570  <div class="subnav col10 pad">
79571  <section class="nested">
79572  <div class="col4 main-column">
79573  <nav class="secondary">
79574  <ul>
79575  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   molecular-genetic-technology.html" aria-label="Back to Molecular Genetic Technology
   …   ">Molecular Genetic Technology</a></li>
79576  <li class="primary-nav-item">
79577  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   molecular-genetic-technology.html" aria-label="Molecular Genetic Technology
   …   Home">Molecular Genetic Technology Home</a></li>
79578  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   molecular-genetic-technology/curriculum.html">Curriculum</a></li>
79579  </ul>
79580  </nav>
79581  </div>
79582  </section>
79583  </div>
79584  </div>
79585  </div></li>
79586  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   radiation-therapy.html">Radiation Therapy</a>
79587  <div class="subnav-mask">
79588  <div class="subnav-wrapper">
79589  <div class="subnav col10 pad">
79590  <section class="nested">
79591  <div class="col4 main-column">
79592  <nav class="secondary">
79593  <ul>
79594  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   radiation-therapy.html" aria-label="Back to Radiation Therapy ">Radiation
   …   Therapy</a></li>
79595  <li class="primary-nav-item">
79596  <a
   …   href="/education-training/degrees-programs/school-of-health-professions/academics/
   …   radiation-therapy.html" aria-label="Radiation Therapy  Home">Radiation Therapy
   …   Home</a></li>
79597  <li class="primary-nav-item"><a
```

```
79597  href="/education-training/degrees-programs/school-of-health-professions/academics/
     … radiation-therapy/curriculum.html">Curriculum</a></li>
79598  </ul>
79599  </nav>
79600  </div>
79601  </section>
79602  </div>
79603  </div>
79604  </div></li>
79605  <li class="primary-nav-item has-subnav"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … diagnostic-genetics.html">M.S. in Diagnostic Genetics</a>
79606  <div class="subnav-mask">
79607  <div class="subnav-wrapper">
79608  <div class="subnav col10 pad">
79609  <section class="nested">
79610  <div class="col4 main-column">
79611  <nav class="secondary">
79612  <ul>
79613  <li class="mobile-nav-back"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … diagnostic-genetics.html" aria-label="Back to M.S. in Diagnostic Genetics">M.S. in
     … Diagnostic Genetics</a></li>
79614  <li class="primary-nav-item">
79615  <a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … diagnostic-genetics.html" aria-label="M.S. in Diagnostic Genetics Home">M.S. in
     … Diagnostic Genetics Home</a></li>
79616  <li class="primary-nav-item"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … diagnostic-genetics/curriculum.html">Curriculum</a></li>
79617  </ul>
79618  </nav>
79619  </div>
79620  </section>
79621  </div>
79622  </div>
79623  </div></li>
79624  <li class="primary-nav-item has-subnav"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … radiologic-sciences.html">M.S. in Radiologic Sciences</a>
79625  <div class="subnav-mask">
79626  <div class="subnav-wrapper">
79627  <div class="subnav col10 pad">
79628  <section class="nested">
79629  <div class="col4 main-column">
79630  <nav class="secondary">
79631  <ul>
79632  <li class="mobile-nav-back"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … radiologic-sciences.html" aria-label="Back to M.S. in Radiologic Sciences">M.S. in
     … Radiologic Sciences</a></li>
79633  <li class="primary-nav-item">
79634  <a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … radiologic-sciences.html" aria-label="M.S. in Radiologic Sciences Home">M.S. in
     … Radiologic Sciences Home</a></li>
79635  <li class="primary-nav-item"><a
     … href="/education-training/degrees-programs/school-of-health-professions/academics/
     … radiologic-sciences/curriculum.html">Curriculum</a></li>
79636  </ul>
79637  </nav>
79638  </div>
79639  </section>
79640  </div>
79641  </div>
79642  </div></li>
79643  </ul>
```

```
79644  </nav>
79645  </div>
79646  </section>
79647  </div>
79648  </div>
79649  </div></li>
79650  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academic-
       calendar.html">Academic Calendar</a></li>
79651  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights.html">Program Spotlights</a>
79652  <div class="subnav-mask">
79653  <div class="subnav-wrapper">
79654  <div class="subnav col10 pad">
79655  <section class="nested">
79656  <div class="col4 main-column">
79657  <nav class="secondary">
79658  <ul>
79659  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights.html" aria-label="Back to Program Spotlights">Program Spotlights</a></li>
79660  <li class="primary-nav-item">
79661  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights.html" aria-label="Program Spotlights Home">Program Spotlights
       Home</a></li>
79662  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/banan-abuharb.html">Banan Abuharb</a></li>
79663  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/heather-aldis.html">Heather Aldis</a></li>
79664  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/lacey-berry.html">Lacey Berry</a></li>
79665  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/jamie-boehm.html">Jamie Boehm</a></li>
79666  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/randy-chu.html">Randy Chu</a></li>
79667  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/felipe-garcia-jr.html">Felipe Garcia Jr.</a></li>
79668  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/ryan-hickey.html">Ryan Hickey</a></li>
79669  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/bik-kafle.html">Bik Kafle</a></li>
79670  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/jennifer-kaittany.html">Jennifer Kaittany</a></li>
79671  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/brooks-kennedy.html">Brooks Kennedy</a></li>
79672  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/charlie-lo.html">Charlie Lo</a></li>
79673  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/elijah-lohman.html">Elijah Lohman</a></li>
79674  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
       spotlights/alex-luevano.html">Alex Luevano</a></li>
79675  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/program-
```

```
79675…  spotlights/rezwan-mallick.html">Rezwan Mallick</a></li>
79676   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/ryan-pepper.html">Ryan Pepper</a></li>
79677   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/cecelia-pham.html">Cecelia Pham</a></li>
79678   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/sadeem-qdaisat.html">Sadeem Qdaisat</a></li>
79679   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/jordan-sutton.html">Jordan Sutton</a></li>
79680   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/anusha-tejomurtula.html">Anusha Tejomurtula</a></li>
79681   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights/akhil-tiwari.html">Akhil Tiwari</a></li>
79682   </ul>
79683   </nav>
79684   </div>
79685   </section>
79686   </div>
79687   </div>
79688   </div></li>
79689   </ul>
79690   </nav>
79691   </div>
79692   </section>
79693   </div>
79694   </div>
79695   </div></li>
79696   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
   …    html">Graduate School of Biomedical Sciences</a>
79697   <div class="subnav-mask">
79698   <div class="subnav-wrapper">
79699   <div class="subnav col10 pad">
79700   <section class="nested">
79701   <div class="col4 main-column">
79702   <nav class="secondary">
79703   <ul>
79704   <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
   …    html" aria-label="Back to Graduate School of Biomedical Sciences">Graduate School of
   …    Biomedical Sciences</a></li>
79705   <li class="primary-nav-item">
79706   <a
   …    href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
   …    html" aria-label="Graduate School of Biomedical Sciences Home">Graduate School of
   …    Biomedical Sciences Home</a></li>
79707   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences/
   …    featured-student-drew-dolino.html">Featured Student - Drew Dolino</a></li>
79708   </ul>
79709   </nav>
79710   </div>
79711   </section>
79712   </div>
79713   </div>
79714   </div></li>
79715   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/summer-research-programs.html">Summer
   …    Research Programs</a>
79716   <div class="subnav-mask">
79717   <div class="subnav-wrapper">
79718   <div class="subnav col10 pad">
```

```
79719  <section class="nested">
79720  <div class="col4 main-column">
79721  <nav class="secondary">
79722  <ul>
79723  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/summer-research-programs.html"
   …   aria-label="Back to Summer Research Programs">Summer Research Programs</a></li>
79724  <li class="primary-nav-item">
79725  <a href="/education-training/degrees-programs/summer-research-programs.html"
   …   aria-label="Summer Research Programs Home">Summer Research Programs Home</a></li>
79726  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/cprit-cure.html">
   …   CPRIT-CURE Summer Undergraduate Program</a></li>
79727  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
   …   research-experience.html">CPRTP Summer Research Experience</a>
79728  <div class="subnav-mask">
79729  <div class="subnav-wrapper">
79730  <div class="subnav col10 pad">
79731  <section class="nested">
79732  <div class="col4 main-column">
79733  <nav class="secondary">
79734  <ul>
79735  <li class="mobile-nav-back"><a
   …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
   …   research-experience.html" aria-label="Back to CPRTP Summer Research Experience">CPRTP
   …   Summer Research Experience</a></li>
79736  <li class="primary-nav-item">
79737  <a
   …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
   …   research-experience.html" aria-label="CPRTP Summer Research Experience Home">CPRTP
   …   Summer Research Experience Home</a></li>
79738  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
   …   research-experience/mentors.html">How to Find a Mentor</a></li>
79739  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
   …   research-experience/summer-alumni.html">Summer Alumni</a></li>
79740  </ul>
79741  </nav>
79742  </div>
79743  </section>
79744  </div>
79745  </div>
79746  </div></li>
79747  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/first-year-
   …   medical-student-program.html">First-Year Medical Student Program</a></li>
79748  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/high-school-
   …   research-science-park.html">High School Research at Science Park</a></li>
79749  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/high-school-
   …   summer-program.html">High School Summer Program</a></li>
79750  <li class="primary-nav-item"><a
   …   href="/education-training/degrees-programs/summer-research-programs/partnership-
   …   summer-research-program.html">Partnership Summer Research Program</a></li>
79751  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/degrees-programs/summer-research-programs/summer-
   …   undergraduate-research-program.html">Summer Undergraduate Research Program</a>
79752  <div class="subnav-mask">
79753  <div class="subnav-wrapper">
79754  <div class="subnav col10 pad">
79755  <section class="nested">
79756  <div class="col4 main-column">
79757  <nav class="secondary">
79758  <ul>
79759  <li class="mobile-nav-back"><a
```

```
79759…  href="/education-training/degrees-programs/summer-research-programs/summer-
   …    undergraduate-research-program.html" aria-label="Back to Summer Undergraduate
   …    Research Program">Summer Undergraduate Research Program</a></li>
79760   <li class="primary-nav-item">
79761   <a
   …    href="/education-training/degrees-programs/summer-research-programs/summer-
   …    undergraduate-research-program.html" aria-label="Summer Undergraduate Research
   …    Program Home">Summer Undergraduate Research Program Home</a></li>
79762   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/summer-research-programs/summer-
   …    undergraduate-research-program/track-2-programs.html">UTHealth Summer Research
   …    Programs</a></li>
79763   </ul>
79764   </nav>
79765   </div>
79766   </section>
79767   </div>
79768   </div>
79769   </div></li>
79770   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/summer-research-programs/undergraduate-
   …    research-science-park.html">Undergraduate Research at Science Park</a></li>
79771   <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/summer-research-programs/information-for-
   …    summer-experience-applicants.html">Information for Summer Experience
   …    Applicants</a></li>
79772   </ul>
79773   </nav>
79774   </div>
79775   </section>
79776   </div>
79777   </div>
79778   </div></li>
79779   </ul>
79780   </nav>
79781   </div>
79782   </section>
79783   </div>
79784   </div>
79785   </div></li>
79786   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/clinical-research-training.html">Clinical &amp; Research
   …    Training</a>
79787   <div class="subnav-mask">
79788   <div class="subnav-wrapper">
79789   <div class="subnav col10 pad">
79790   <section class="nested">
79791   <div class="col4 main-column">
79792   <nav class="secondary">
79793   <ul>
79794   <li class="mobile-nav-back"><a
   …    href="/education-training/clinical-research-training.html" aria-label="Back to
   …    Clinical &amp; Research Training">Clinical &amp; Research Training</a></li>
79795   <li class="primary-nav-item">
79796   <a href="/education-training/clinical-research-training.html" aria-label="Clinical
   …    &amp; Research Training Home">Clinical &amp; Research Training Home</a></li>
79797   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/clinical-research-training/graduate-medical-education.html"
   …    >Graduate Medical Education</a>
79798   <div class="subnav-mask">
79799   <div class="subnav-wrapper">
79800   <div class="subnav col10 pad">
79801   <section class="nested">
79802   <div class="col4 main-column">
79803   <nav class="secondary">
79804   <ul>
79805   <li class="mobile-nav-back"><a
   …    href="/education-training/clinical-research-training/graduate-medical-education.html"
```

```
79805… aria-label="Back to Graduate Medical Education">Graduate Medical Education</a></li>
79806 <li class="primary-nav-item">
79807 <a
  … href="/education-training/clinical-research-training/graduate-medical-education.html"
  … aria-label="Graduate Medical Education Home">Graduate Medical Education Home</a></li>
79808 <li class="primary-nav-item has-subnav"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships.html">Residency and Fellowship Programs</a>
79809 <div class="subnav-mask">
79810 <div class="subnav-wrapper">
79811 <div class="subnav col10 pad">
79812 <section class="nested">
79813 <div class="col4 main-column">
79814 <nav class="secondary">
79815 <ul>
79816 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships.html" aria-label="Back to Residency and Fellowship
  … Programs">Residency and Fellowship Programs</a></li>
79817 <li class="primary-nav-item">
79818 <a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships.html" aria-label="Residency and Fellowship Programs
  … Home">Residency and Fellowship Programs Home</a></li>
79819 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/advanced-head-neck-surgical-oncology.html">Advanced Head and
  … Neck Surgical Oncology Fellowship</a></li>
79820 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/advanced-orbital-oncology.html">Advanced Orbital Oncology
  … Fellowship</a></li>
79821 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/advanced-radiation-oncology.html">Advanced Radiation Oncology
  … Fellowship</a></li>
79822 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/advanced-therapeutic-endoscopy.html">Advanced Therapeutic
  … Endoscopy Fellowship</a></li>
79823 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/blood-banking-transfusion-medicine.html">Blood Banking and
  … Transfusion Medicine Fellowship</a></li>
79824 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/body-imaging.html">Body Imaging Fellowship</a></li>
79825 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/breast-imaging.html">Breast Imaging Fellowship</a></li>
79826 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/breast-surgical-oncology.html">Breast Surgical Oncology
  … Fellowship</a></li>
79827 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/cancer-anesthesia.html">Cancer Anesthesia
  … Residency/Fellowship</a></li>
79828 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/cancer-rehabilitation.html">Cancer Rehabilitation
  … Fellowship</a></li>
79829 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
  … residencies-fellowships/chemical-pathology.html">Chemical Pathology
  … Fellowship</a></li>
79830 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/graduate-medical-education/
```

```
79830…  residencies-fellowships/surgical-oncology.html">Complex General Surgical Oncology
  …     Fellowship</a></li>
79831   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/critical-care-medicine.html">Critical Care Medicine
  …     Fellowship</a></li>
79832   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/cytopathology.html">Cytopathology Fellowship</a></li>
79833   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/procedural-dermatology.html">Procedural Dermatology
  …     Fellowship</a></li>
79834   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/dermatopathology.html">Dermatopathology Fellowship</a></li>
79835   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/felix-rutledge.html">Felix Rutledge Fellowship in Gynecologic
  …     Oncology</a></li>
79836   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/gynecologic-oncology.html">Gynecologic Oncology
  …     Fellowship</a></li>
79837   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/head-neck-surgical-oncology.html">Head and Neck Surgical
  …     Oncology and Reconstruction Fellowship</a></li>
79838   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/hematology-oncology.html">Hematology/Oncology
  …     Fellowship</a></li>
79839   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/hematopathology.html">Hematopathology Fellowship</a></li>
79840   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/hospice-palliative-medicine.html">Hospice and Palliative
  …     Medicine Fellowships</a></li>
79841   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/internal-medicine.html">Internal Medicine Residency
  …     Program</a></li>
79842   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/investigational-cancer-therapeutics.html">Investigational
  …     Cancer Therapeutics Fellowship</a></li>
79843   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/leukemia.html">Leukemia Fellowship</a></li>
79844   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/lymphoma-myeloma.html">Lymphoma/Myeloma Fellowship</a></li>
79845   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/microvascular-reconstructive-surgery.html">Microvascular
  …     Reconstructive Surgery</a></li>
79846   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/molecular-genetic-pathology.html">Molecular Genetic Pathology
  …     Fellowship</a></li>
79847   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/musculoskeletal-radiology.html">Musculoskeletal Radiology
  …     Fellowship</a></li>
79848   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     residencies-fellowships/neuro-oncology.html">Neuro-Oncology Fellowship</a></li>
```

```
79849  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/neurosurgical-oncology.html">Neurosurgical Oncology
    ... Fellowship</a></li>
79850  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/oncologic-emergency-medicine.html">Oncologic Emergency
    ... Medicine Fellowship</a></li>
79851  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/oncologic-endocrinology.html">Oncologic Endocrinology
    ... Fellowship</a></li>
79852  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/onco-nephrology.html">Onco-nephrology Fellowship</a></li>
79853  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/oncologic-neuroradiology.html">Oncologic
    ... Neuroradiology</a></li>
79854  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/ophthalmic-plastic-reconstructive-surgery.html">Ophthalmic
    ... Plastic and Reconstructive Surgery Fellowship (ASOPRS /ACGME)</a></li>
79855  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/oncologic-dentistry.html">Oral Oncology &amp; Maxillofacial
    ... Prosthetics</a></li>
79856  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/orthopedic-oncology.html">Orthopaedic Oncology
    ... Fellowship</a></li>
79857  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/pain-medicine.html">Pain Medicine Fellowship</a></li>
79858  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/radiation-oncology-residency.html">Radiation Oncology
    ... Residency</a></li>
79859  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/breast-pathology.html">Selective Breast Pathology
    ... Fellowship</a></li>
79860  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/cancer-biomarker-pathology.html">Selective Cancer Biomarker
    ... Pathology Fellowship</a></li>
79861  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/gastrointestinal-liver-pathology.html">Selective
    ... Gastrointestinal &amp; Liver Pathology Fellowship</a></li>
79862  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/genitourinary-pathology.html">Selective Genitourinary
    ... Pathology Fellowship</a></li>
79863  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/gynecologic-pathology.html">Selective Gynecologic Pathology
    ... Fellowship</a></li>
79864  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/head-neck-pathology.html">Selective Head &amp; Neck Pathology
    ... Fellowship</a></li>
79865  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
    ... residencies-fellowships/soft-tissue-pathology.html">Selective Soft Tissue Pathology
    ... Fellowship</a></li>
79866  <li class="primary-nav-item"><a
    ... href="/education-training/clinical-research-training/graduate-medical-education/
```

```
79866…  residencies-fellowships/surgical-pathology.html">Selective Surgical Pathology
    …   Fellowship</a></li>
79867   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/thoracic-pathology.html">Selective Thoracic Pathology
    …   Fellowship</a></li>
79868   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/stem-cell-transplantation-cellular-therapy.html">Stem Cell
    …   Transplantation and Cellular Therapy</a></li>
79869   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/surgical-endocrinology.html">Surgical Endocrinology
    …   Fellowship</a></li>
79870   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/thnmo-fellowship.html">Thoracic Head &amp; Neck Medical
    …   Oncology Fellowship</a></li>
79871   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/thoracic-radiology.html">Thoracic Radiology
    …   Fellowship</a></li>
79872   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/thoracic-surgery.html">Thoracic Surgery Fellowship</a></li>
79873   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/urinary-pelvic-reconstruction.html">Urinary Tract and Pelvic
    …   Reconstruction Fellowship</a></li>
79874   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/urologic-oncology.html">Urologic Oncology Fellowship</a></li>
79875   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/interventional-radiology.html">Vascular &amp; Interventional
    …   Radiology Fellowship</a></li>
79876   </ul>
79877   </nav>
79878   </div>
79879   </section>
79880   </div>
79881   </div>
79882   </div></li>
79883   <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   rotations-to-md-anderson.html">Rotations to MD Anderson</a>
79884   <div class="subnav-mask">
79885   <div class="subnav-wrapper">
79886   <div class="subnav col10 pad">
79887   <section class="nested">
79888   <div class="col4 main-column">
79889   <nav class="secondary">
79890   <ul>
79891   <li class="mobile-nav-back"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   rotations-to-md-anderson.html" aria-label="Back to Rotations to MD
    …   Anderson">Rotations to MD Anderson</a></li>
79892   <li class="primary-nav-item">
79893   <a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   rotations-to-md-anderson.html" aria-label="Rotations to MD Anderson Home">Rotations
    …   to MD Anderson Home</a></li>
79894   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   rotations-to-md-anderson/family-medicine-survivorship-rotation.html">Family Medicine
    …   Survivorship Rotation</a></li>
79895   <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
```

```
79895…  rotations-to-md-anderson/hematopathology-rotation.html">Hematopathology
  …     Rotation</a></li>
79896   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/
  …     rotations-to-md-anderson/radiation-oncology-elective-rotation.html">Radiation
  …     Oncology Elective Rotation</a></li>
79897   </ul>
79898   </nav>
79899   </div>
79900   </section>
79901   </div>
79902   </div>
79903   </div></li>
79904   <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources.html">Information for GME Applicants</a>
79905   <div class="subnav-mask">
79906   <div class="subnav-wrapper">
79907   <div class="subnav col10 pad">
79908   <section class="nested">
79909   <div class="col4 main-column">
79910   <nav class="secondary">
79911   <ul>
79912   <li class="mobile-nav-back"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources.html" aria-label="Back to Information for GME
  …     Applicants">Information for GME Applicants</a></li>
79913   <li class="primary-nav-item">
79914   <a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources.html" aria-label="Information for GME Applicants Home">Information
  …     for GME Applicants Home</a></li>
79915   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources/eligibility-requirements.html">Eligibility Requirements</a></li>
79916   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources/evaluation-of-education-obtained-outside-u-s.html">Evaluation of
  …     Education Obtained Outside the U.S.</a></li>
79917   <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/graduate-medical-education/gme-
  …     trainee-resources/verification-of-training.html">Verification of Training</a></li>
79918   </ul>
79919   </nav>
79920   </div>
79921   </section>
79922   </div>
79923   </div>
79924   </div></li>
79925   </ul>
79926   </nav>
79927   </div>
79928   </section>
79929   </div>
79930   </div>
79931   </div></li>
79932   <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/clinical-research-training/clinical-education-for-non-
  …     physicians.html">Clinical Education for Non-Physicians</a>
79933   <div class="subnav-mask">
79934   <div class="subnav-wrapper">
79935   <div class="subnav col10 pad">
79936   <section class="nested">
79937   <div class="col4 main-column">
79938   <nav class="secondary">
79939   <ul>
79940   <li class="mobile-nav-back"><a
  …     href="/education-training/clinical-research-training/clinical-education-for-non-
```

```
79940… physicians.html" aria-label="Back to Clinical Education for Non-Physicians">Clinical
…     Education for Non-Physicians</a></li>
79941 <li class="primary-nav-item">
79942 <a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians.html" aria-label="Clinical Education for Non-Physicians Home">Clinical
…     Education for Non-Physicians Home</a></li>
79943 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/bioethics-internship.html">Bioethics Internship</a></li>
79944 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/bioethics-fellowship.html">Bioethics Fellowship</a></li>
79945 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/clinical-chemistry-fellowship.html">Clinical Chemistry Fellowship</a></li>
79946 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/clinical-pastoral-education.html">Clinical Pastoral Education</a></li>
79947 <li class="primary-nav-item has-subnav"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program.html">Imaging Physics Residency
…     Program</a>
79948 <div class="subnav-mask">
79949 <div class="subnav-wrapper">
79950 <div class="subnav col10 pad">
79951 <section class="nested">
79952 <div class="col4 main-column">
79953 <nav class="secondary">
79954 <ul>
79955 <li class="mobile-nav-back"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program.html" aria-label="Back to Imaging
…     Physics Residency Program">Imaging Physics Residency Program</a></li>
79956 <li class="primary-nav-item">
79957 <a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program.html" aria-label="Imaging Physics
…     Residency Program Home">Imaging Physics Residency Program Home</a></li>
79958 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program/application-process.html">Application
…     Process</a></li>
79959 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program/faculty.html">Program Faculty</a></li>
79960 <li class="primary-nav-item"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/imaging-physics-residency-program/residents-alumni.html">Residents,
…     Fellows &amp; Alumni</a></li>
79961 </ul>
79962 </nav>
79963 </div>
79964 </section>
79965 </div>
79966 </div>
79967 </div></li>
79968 <li class="primary-nav-item has-subnav"><a
…     href="/education-training/clinical-research-training/clinical-education-for-non-
…     physicians/clinical-ethics-fellowship.html">Integrated Ethics Fellowship</a>
79969 <div class="subnav-mask">
79970 <div class="subnav-wrapper">
79971 <div class="subnav col10 pad">
79972 <section class="nested">
79973 <div class="col4 main-column">
79974 <nav class="secondary">
79975 <ul>
79976 <li class="mobile-nav-back"><a
```

```
79976…  href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/clinical-ethics-fellowship.html" aria-label="Back to Integrated Ethics
    …    Fellowship">Integrated Ethics Fellowship</a></li>
79977   <li class="primary-nav-item">
79978   <a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/clinical-ethics-fellowship.html" aria-label="Integrated Ethics Fellowship
    …    Home">Integrated Ethics Fellowship Home</a></li>
79979   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/clinical-ethics-fellowship/internship.html">Integrated Ethics
    …    Internship</a></li>
79980   </ul>
79981   </nav>
79982   </div>
79983   </section>
79984   </div>
79985   </div>
79986   </div></li>
79987   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/neuropsychology-fellowship.html">Neuropsychology Fellowship</a></li>
79988   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/pa-education-internship.html">Office of Physician Assistant Education
    …    Internship</a></li>
79989   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/pharmacy-administration-residency.html">Pharmacy Administration Residency
    …    Program</a></li>
79990   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/pgy1-pharmacy-residency.html">Pharmacy PGY1 Residency Program</a></li>
79991   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/pgy2-critical-care-pharmacy-residency.html">Pharmacy PGY2 Critical Care
    …    Residency</a></li>
79992   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/pgy2-oncology-pharmacy-residency.html">Pharmacy PGY2 Oncology
    …    Residency</a></li>
79993   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/physician-assistant-student-elective-rotation.html">Physician Assistant
    …    Student Elective Rotation</a></li>
79994   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/physician-assistant-program-in-oncology.html">Postgraduate Physician
    …    Assistant Program in Oncology</a></li>
79995   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/radiation-physics-residency.html">Radiation Physics Residency</a></li>
79996   <li class="primary-nav-item"><a
    …    href="/education-training/clinical-research-training/clinical-education-for-non-
    …    physicians/social-work-internship.html">Social Work Internship</a></li>
79997   </ul>
79998   </nav>
79999   </div>
80000   </section>
80001   </div>
80002   </div>
80003   </div></li>
80004   <li class="primary-nav-item has-subnav"><a
    …    href="/education-training/clinical-research-training/postdoctoral-training.html">
    …    Postdoctoral Training</a>
80005   <div class="subnav-mask">
80006   <div class="subnav-wrapper">
80007   <div class="subnav col10 pad">
```

```
80008 <section class="nested">
80009 <div class="col4 main-column">
80010 <nav class="secondary">
80011 <ul>
80012 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/postdoctoral-training.html"
  … aria-label="Back to Postdoctoral Training">Postdoctoral Training</a></li>
80013 <li class="primary-nav-item">
80014 <a href="/education-training/clinical-research-training/postdoctoral-training.html"
  … aria-label="Postdoctoral Training Home">Postdoctoral Training Home</a></li>
80015 <li class="primary-nav-item has-subnav"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships.html">Postdoctoral Fellowships</a>
80016 <div class="subnav-mask">
80017 <div class="subnav-wrapper">
80018 <div class="subnav col10 pad">
80019 <section class="nested">
80020 <div class="col4 main-column">
80021 <nav class="secondary">
80022 <ul>
80023 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships.html" aria-label="Back to Postdoctoral
  … Fellowships">Postdoctoral Fellowships</a></li>
80024 <li class="primary-nav-item">
80025 <a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships.html" aria-label="Postdoctoral Fellowships
  … Home">Postdoctoral Fellowships Home</a></li>
80026 <li class="primary-nav-item has-subnav"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar.html">CPRIT Graduate Scholar
  … Program</a>
80027 <div class="subnav-mask">
80028 <div class="subnav-wrapper">
80029 <div class="subnav col10 pad">
80030 <section class="nested">
80031 <div class="col4 main-column">
80032 <nav class="secondary">
80033 <ul>
80034 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar.html" aria-label="Back to CPRIT
  … Graduate Scholar Program">CPRIT Graduate Scholar Program</a></li>
80035 <li class="primary-nav-item">
80036 <a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar.html" aria-label="CPRIT Graduate
  … Scholar Program Home">CPRIT Graduate Scholar Program Home</a></li>
80037 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar/curriculum.html">Curriculum</a></li>
80038 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar/faculty-mentors.html">Faculty
  … Mentors</a></li>
80039 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar/apply.html">How to Apply</a></li>
80040 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-fellowships/cprit-graduate-scholar/steering-committee.html">Steering
  … Committee</a></li>
80041 </ul>
80042 </nav>
80043 </div>
80044 </section>
80045 </div>
```

```
80046  </div</li>
80047  </div></li>
80048  <li class="primary-nav-item has-subnav"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html">Duncan
  …    Family Institute Mentored Junior Faculty Fellowship</a>
80049  <div class="subnav-mask">
80050  <div class="subnav-wrapper">
80051  <div class="subnav col10 pad">
80052  <section class="nested">
80053  <div class="col4 main-column">
80054  <nav class="secondary">
80055  <ul>
80056  <li class="mobile-nav-back"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html"
  …    aria-label="Back to Duncan Family Institute Mentored Junior Faculty
  …    Fellowship">Duncan Family Institute Mentored Junior Faculty Fellowship</a></li>
80057  <li class="primary-nav-item">
80058  <a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html"
  …    aria-label="Duncan Family Institute Mentored Junior Faculty Fellowship Home">Duncan
  …    Family Institute Mentored Junior Faculty Fellowship Home</a></li>
80059  <li class="primary-nav-item"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty/fellows.html
  …    ">DFI Mentored Junior Faculty Fellows</a></li>
80060  </ul>
80061  </nav>
80062  </div>
80063  </section>
80064  </div>
80065  </div>
80066  </div></li>
80067  <li class="primary-nav-item"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/epigenetics-molecular-carcinogenesis-at-science-park.html">
  …    Epigenetics &amp; Molecular Carcinogenesis at Science Park</a></li>
80068  <li class="primary-nav-item"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/halliburton-foundation.html">Halliburton Foundation
  …    Postdoctoral Fellowship in Cancer Prevention</a></li>
80069  <li class="primary-nav-item"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/imaging-physics.html">Imaging Physics Postdoctoral
  …    Fellowships</a></li>
80070  <li class="primary-nav-item"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/janice-davis-gordon-memorial.html">Janice Davis Gordon
  …    Memorial Postdoctoral Fellowship in Colorectal
80071  Cancer Prevention</a></li>
80072  <li class="primary-nav-item has-subnav"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/cancer-nanotech-t32.html">MD Anderson/Rice Cancer Nanotech
  …    T32</a>
80073  <div class="subnav-mask">
80074  <div class="subnav-wrapper">
80075  <div class="subnav col10 pad">
80076  <section class="nested">
80077  <div class="col4 main-column">
80078  <nav class="secondary">
80079  <ul>
80080  <li class="mobile-nav-back"><a
  …    href="/education-training/clinical-research-training/postdoctoral-training/
  …    postdoctoral-fellowships/cancer-nanotech-t32.html" aria-label="Back to MD
  …    Anderson/Rice Cancer Nanotech T32">MD Anderson/Rice Cancer Nanotech T32</a></li>
80081  <li class="primary-nav-item">
```

```
80082  <a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/cancer-nanotech-t32.html" aria-label="MD Anderson/Rice
   ...  Cancer Nanotech T32 Home">MD Anderson/Rice Cancer Nanotech T32 Home</a></li>
80083  <li class="primary-nav-item"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/cancer-nanotech-t32/curriculum.html">Curriculum</a></li>
80084  <li class="primary-nav-item"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/cancer-nanotech-t32/departments-faculty.html">Departments
   ...  &amp; Faculty</a></li>
80085  <li class="primary-nav-item"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/cancer-nanotech-t32/research-resources-facilities.html">
   ...  Research Resources &amp; Facilities</a></li>
80086  <li class="primary-nav-item"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/cancer-nanotech-t32/current-fellows.html">Current
   ...  Fellows</a></li>
80087  </ul>
80088  </nav>
80089  </div>
80090  </section>
80091  </div>
80092  </div>
80093  </div></li>
80094  <li class="primary-nav-item has-subnav"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program.html">Odyssey Program</a>
80095  <div class="subnav-mask">
80096  <div class="subnav-wrapper">
80097  <div class="subnav col10 pad">
80098  <section class="nested">
80099  <div class="col4 main-column">
80100  <nav class="secondary">
80101  <ul>
80102  <li class="mobile-nav-back"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program.html" aria-label="Back to Odyssey
   ...  Program">Odyssey Program</a></li>
80103  <li class="primary-nav-item">
80104  <a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program.html" aria-label="Odyssey Program
   ...  Home">Odyssey Program Home</a></li>
80105  <li class="primary-nav-item has-subnav"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program/awards.html">Odyssey Program Outstanding
   ...  Research Publication Awards</a>
80106  <div class="subnav-mask">
80107  <div class="subnav-wrapper">
80108  <div class="subnav col10 pad">
80109  <section class="nested">
80110  <div class="col4 main-column">
80111  <nav class="secondary">
80112  <ul>
80113  <li class="mobile-nav-back"><a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program/awards.html" aria-label="Back to Odyssey
   ...  Program Outstanding Research Publication Awards">Odyssey Program Outstanding Research
   ...  Publication Awards</a></li>
80114  <li class="primary-nav-item">
80115  <a
   ...  href="/education-training/clinical-research-training/postdoctoral-training/
   ...  postdoctoral-fellowships/odyssey-program/awards.html" aria-label="Odyssey Program
   ...  Outstanding Research Publication Awards Home">Odyssey Program Outstanding Research
   ...  Publication Awards Home</a></li>
80116  <li class="primary-nav-item"><a
```

```
80116…  href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/odyssey-program/awards/award-recipients.html">Current &amp;
  …     Past Recipients</a></li>
80117  </ul>
80118  </nav>
80119  </div>
80120  </section>
80121  </div>
80122  </div>
80123  </div></li>
80124  </ul>
80125  </nav>
80126  </div>
80127  </section>
80128  </div>
80129  </div>
80130  </div></li>
80131  <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/physician-scientist-advanced-scholar-program.html">Physician
  …     -Scientist Advanced Scholar Program</a></li>
80132  <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/translational-molecular-patholoigy.html">Translational
  …     Molecular Pathology Fellowship</a></li>
80133  <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/cpirit-triumph-program.html">TRIUMPH Postdoctoral
  …     Fellowship</a>
80134  <div class="subnav-mask">
80135  <div class="subnav-wrapper">
80136  <div class="subnav col10 pad">
80137  <section class="nested">
80138  <div class="col4 main-column">
80139  <nav class="secondary">
80140  <ul>
80141  <li class="mobile-nav-back"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/cpirit-triumph-program.html" aria-label="Back to TRIUMPH
  …     Postdoctoral Fellowship">TRIUMPH Postdoctoral Fellowship</a></li>
80142  <li class="primary-nav-item">
80143  <a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/cpirit-triumph-program.html" aria-label="TRIUMPH
  …     Postdoctoral Fellowship Home">TRIUMPH Postdoctoral Fellowship Home</a></li>
80144  <li class="primary-nav-item"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-fellowships/cpirit-triumph-program/program-mentors.html">Program
  …     Mentors</a></li>
80145  </ul>
80146  </nav>
80147  </div>
80148  </section>
80149  </div>
80150  </div>
80151  </div></li>
80152  </ul>
80153  </nav>
80154  </div>
80155  </section>
80156  </div>
80157  </div>
80158  </div></li>
80159  <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/clinical-research-training/postdoctoral-training/
  …     postdoctoral-affairs-development.html">Office of Postdoctoral Affairs &amp;
  …     Development</a>
80160  <div class="subnav-mask">
```

```
80161  <div class="subnav-wrapper">
80162  <div class="subnav col10 pad">
80163  <section class="nested">
80164  <div class="col4 main-column">
80165  <nav class="secondary">
80166  <ul>
80167  <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development.html" aria-label="Back to Office of Postdoctoral
    …  Affairs &amp; Development">Office of Postdoctoral Affairs &amp; Development</a></li>
80168  <li class="primary-nav-item">
80169  <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development.html" aria-label="Office of Postdoctoral Affairs
    …  &amp; Development Home">Office of Postdoctoral Affairs &amp; Development
    …  Home</a></li>
80170  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/prospective-postdocs.html">Prospective
    …  Postdocs</a></li>
80171  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/current-postdocs.html">Current Postdocs</a></li>
80172  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/faculty-mentors.html">Faculty Mentors</a></li>
80173  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/about-us.html">About Us</a>
80174  <div class="subnav-mask">
80175  <div class="subnav-wrapper">
80176  <div class="subnav col10 pad">
80177  <section class="nested">
80178  <div class="col4 main-column">
80179  <nav class="secondary">
80180  <ul>
80181  <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/about-us.html" aria-label="Back to About
    …  Us">About Us</a></li>
80182  <li class="primary-nav-item">
80183  <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/about-us.html" aria-label="About Us Home">About Us
    …  Home</a></li>
80184  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/about-us/benefits.html">Benefits for MD Anderson
    …  Postdoctoral Fellows</a></li>
80185  </ul>
80186  </nav>
80187  </div>
80188  </section>
80189  </div>
80190  </div>
80191  </div></li>
80192  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development/programs-events.html">Programs &amp; Events</a>
80193  <div class="subnav-mask">
80194  <div class="subnav-wrapper">
80195  <div class="subnav col10 pad">
80196  <section class="nested">
80197  <div class="col4 main-column">
80198  <nav class="secondary">
80199  <ul>
80200  <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
```

```
80200… postdoctoral-affairs-development/programs-events.html" aria-label="Back to Programs
  …   &amp; Events">Programs &amp; Events</a></li>
80201 <li class="primary-nav-item">
80202 <a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-affairs-development/programs-events.html" aria-label="Programs &amp;
  …   Events Home">Programs &amp; Events Home</a></li>
80203 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-affairs-development/programs-events/fast-track-orientation.html">Fast
  …   Track Orientation</a></li>
80204 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-affairs-development/programs-events/rcr-series.html">RCR Series</a></li>
80205 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-affairs-development/programs-events/trainee-research-day.html">Trainee
  …   Research Day</a></li>
80206 </ul>
80207 </nav>
80208 </div>
80209 </section>
80210 </div>
80211 </div>
80212 </div></li>
80213 </ul>
80214 </nav>
80215 </div>
80216 </section>
80217 </div>
80218 </div>
80219 </div></li>
80220 <li class="primary-nav-item has-subnav"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association.html">Postdoctoral Association</a>
80221 <div class="subnav-mask">
80222 <div class="subnav-wrapper">
80223 <div class="subnav col10 pad">
80224 <section class="nested">
80225 <div class="col4 main-column">
80226 <nav class="secondary">
80227 <ul>
80228 <li class="mobile-nav-back"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association.html" aria-label="Back to Postdoctoral
  …   Association">Postdoctoral Association</a></li>
80229 <li class="primary-nav-item">
80230 <a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association.html" aria-label="Postdoctoral Association
  …   Home">Postdoctoral Association Home</a></li>
80231 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association/events.html">Events</a></li>
80232 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association/executive-committee.html">Executive Committee</a></li>
80233 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association/member-news.html">Postdoc and Alumni News</a></li>
80234 <li class="primary-nav-item"><a
  …   href="/education-training/clinical-research-training/postdoctoral-training/
  …   postdoctoral-association/resources.html">Resources</a></li>
80235 </ul>
80236 </nav>
80237 </div>
80238 </section>
80239 </div>
```

```
80240 </div>
80241 </div></li>
80242 </ul>
80243 </nav>
80244 </div>
80245 </section>
80246 </div>
80247 </div>
80248 </div></li>
80249 </ul>
80250 </nav>
80251 </div>
80252 </section>
80253 </div>
80254 </div>
80255 </div></li>
80256 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education.html">Professional Education</a>
80257 <div class="subnav-mask">
80258 <div class="subnav-wrapper">
80259 <div class="subnav col10 pad">
80260 <section class="nested">
80261 <div class="col4 main-column">
80262 <nav class="secondary">
80263 <ul>
80264 <li class="mobile-nav-back"><a href="/education-training/professional-education.html"
    … aria-label="Back to Professional Education">Professional Education</a></li>
80265 <li class="primary-nav-item">
80266 <a href="/education-training/professional-education.html" aria-label="Professional
    … Education Home">Professional Education Home</a></li>
80267 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education/cme-conference-management.html">CME/
    … Conference Management</a>
80268 <div class="subnav-mask">
80269 <div class="subnav-wrapper">
80270 <div class="subnav col10 pad">
80271 <section class="nested">
80272 <div class="col4 main-column">
80273 <nav class="secondary">
80274 <ul>
80275 <li class="mobile-nav-back"><a
    … href="/education-training/professional-education/cme-conference-management.html"
    … aria-label="Back to CME/Conference Management">CME/Conference Management</a></li>
80276 <li class="primary-nav-item">
80277 <a href="/education-training/professional-education/cme-conference-management.html"
    … aria-label="CME/Conference Management Home">CME/Conference Management Home</a></li>
80278 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html">Conferences</a>
80279 <div class="subnav-mask">
80280 <div class="subnav-wrapper">
80281 <div class="subnav col10 pad">
80282 <section class="nested">
80283 <div class="col4 main-column">
80284 <nav class="secondary">
80285 <ul>
80286 <li class="mobile-nav-back"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html" aria-label="Back to Conferences">Conferences</a></li>
80287 <li class="primary-nav-item">
80288 <a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html" aria-label="Conferences Home">Conferences Home</a></li>
80289 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conference-management-houston-information.html">Houston
    … Information</a></li>
80290 <li class="primary-nav-item"><a
```

```
80290… href="/education-training/professional-education/cme-conference-management/
    …   conferences/bd-rev-hem-med-onc-materials.html">The 2016 MD Anderson Cancer
    …   Center/Baylor College of Medicine Hematology
80291 and Medical Oncology Board Review Materials Information</a></li>
80292 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/proton-therapy-training.html">Proton Therapy Training</a></li>
80293 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/updates-in-hospice-and-palliative-medicine-and-intensive-board-r.html">
    …   Updates in Hospice &amp; Palliative Medicine &amp; Intensive Board Review</a></li>
80294 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/art-and-science-of-managing-the-new-melanoma-landscape.html">Art and
    …   Science of Managing the New Melanoma Landscape</a></li>
80295 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/20th-annual-interdisciplinary-conference-on-supportive-care--hos.html">
    …   20th Annual Interdisciplinary Conference on Supportive Care, Hospice and
80296 Palliative Medicine</a></li>
80297 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/comprehensive-board-review-in-hematology-and-medical-oncology-20.html">
    …   Comprehensive Board Review in Hematology and Medical Oncology 2016</a></li>
80298 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/cancer-evolution-mechanisms-of-vulnerability-and-resistance.html">
    …   Research Symposium: Cancer Evolution: Mechanisms of Vulnerability and
    …   Resistance</a></li>
80299 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/md-anderson-onco-nephrology-symposium-2016.html">MD Anderson
    …   Onco-Nephrology Symposium 2016</a></li>
80300 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/yoga-for-health--oncology-conference-for-yoga-and-mind-body-teac.html">
    …   Yoga for Health: Oncology Conference for Yoga and Mind-Body Teachers</a></li>
80301 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/value-based-head-and-neck-cancer-care.html">Value-Based Head &amp; Neck
    …   Cancer Care</a></li>
80302 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/fourth-international-conference-on-cancer-and-the-heart.html">Fourth
    …   International Conference on Cancer and the Heart</a></li>
80303 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/current-concepts-in-head-neck-surgery.html">Current Concepts in Head
    …   &amp; Neck Surgery</a></li>
80304 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/urologic-oncology-conference.html">Urologic Oncology Conference</a></li>
80305 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/management-of-thyroid-parathyroid-neoplasms.html">Current Concepts in the
    …   Mgmt of Thyroid &amp; Parathyroid Neoplasms</a></li>
80306 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/sawyer-biliary-pancreatic-symposium.html">Sawyer Biliary Pancreatic
    …   Symposium</a></li>
80307 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/diagnostic-pathology.html">Diagnostic Pathology</a></li>
80308 <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/orbital-oncology-oncologic-oculofacial-plastic-surgery.html">Orbital
    …   Oncology &amp; Oncologic Oculofacial Plastic Surgery</a></li>
80309 <li class="primary-nav-item"><a
```

```
80309…  href="/education-training/professional-education/cme-conference-management/
…       conferences/interventional-pulmonology-course.html">Interventional Pulmonology
…       Course</a></li>
80310   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       conferences/bioethical-challenges-in-neurogenomics-.html">Bioethical Challenges in
…       Neurogenomics</a></li>
80311   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       conferences/oncologic-emergency-medicine-conference.html">Oncologic Emergency
…       Medicine Conference</a></li>
80312   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       conferences/start-a-successful-breast-radioactive-seed-localization.html">How To
…       Start A Successful Breast Radioactive Seed Localization Program</a></li>
80313   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       conferences/interventional-pulmonology-online-education.html">Interventional
…       Pulmonology Online Education</a></li>
80314   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       conferences/mr-safety-workshop-2016.html">MR Safety Workshop 2016</a></li>
80315   </ul>
80316   </nav>
80317   </div>
80318   </section>
80319   </div>
80320   </div>
80321   </div></li>
80322   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/enduring-
…       materials.html">Online CME/Enduring Materials</a></li>
80323   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/
…       educational-partnership-opportunities.html">Educational Partnership
…       Opportunities</a></li>
80324   <li class="primary-nav-item"><a
…       href="/education-training/professional-education/cme-conference-management/contact-
…       information.html">Contact Information</a></li>
80325   </ul>
80326   </nav>
80327   </div>
80328   </section>
80329   </div>
80330   </div>
80331   </div></li>
80332   <li class="primary-nav-item has-subnav"><a
…       href="/education-training/professional-education/observer-programs.html">Observer
…       Programs</a>
80333   <div class="subnav-mask">
80334   <div class="subnav-wrapper">
80335   <div class="subnav col10 pad">
80336   <section class="nested">
80337   <div class="col4 main-column">
80338   <nav class="secondary">
80339   <ul>
80340   <li class="mobile-nav-back"><a
…       href="/education-training/professional-education/observer-programs.html"
…       aria-label="Back to Observer Programs">Observer Programs</a></li>
80341   <li class="primary-nav-item">
80342   <a href="/education-training/professional-education/observer-programs.html"
…       aria-label="Observer Programs Home">Observer Programs Home</a></li>
80343   <li class="primary-nav-item has-subnav"><a
…       href="/education-training/professional-education/observer-programs/administrative-
…       fellowship-program.html">Administrative Fellowship Program</a>
80344   <div class="subnav-mask">
80345   <div class="subnav-wrapper">
80346   <div class="subnav col10 pad">
```

```
80347 <section class="nested">
80348 <div class="col4 main-column">
80349 <nav class="secondary">
80350 <ul>
80351 <li class="mobile-nav-back"><a
  …  href="/education-training/professional-education/observer-programs/administrative-
  …  fellowship-program.html" aria-label="Back to Administrative Fellowship
  …  Program">Administrative Fellowship Program</a></li>
80352 <li class="primary-nav-item">
80353 <a
  …  href="/education-training/professional-education/observer-programs/administrative-
  …  fellowship-program.html" aria-label="Administrative Fellowship Program
  …  Home">Administrative Fellowship Program Home</a></li>
80354 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/administrative-
  …  fellowship-program/how-to-apply.html">How to Apply</a></li>
80355 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/administrative-
  …  fellowship-program/current-fellows.html">Current Fellows</a></li>
80356 </ul>
80357 </nav>
80358 </div>
80359 </section>
80360 </div>
80361 </div>
80362 </div></li>
80363 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/anesthesiology-
  …  critical-care.html">Anesthesiology &amp; Critical Care</a></li>
80364 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/diagnostic-
  …  radiology.html">Diagnostic Radiology</a></li>
80365 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/hematopathology.
  …  html">Hematopathology</a></li>
80366 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/integrative-
  …  medicine.html">Integrative Medicine Program</a></li>
80367 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/orthopaedic-
  …  oncology.html">Orthopaedic Oncology</a></li>
80368 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/palliative-
  …  rehabilitation-integrative.html">Palliative, Rehabilitation and Integrative
  …  Medicine</a></li>
80369 <li class="primary-nav-item"><a
  …  href="/education-training/professional-education/observer-programs/thoracic-
  …  cardiovascular-surgery.html">Thoracic &amp; Cardiovascular Surgery</a></li>
80370 </ul>
80371 </nav>
80372 </div>
80373 </section>
80374 </div>
80375 </div>
80376 </div></li>
80377 <li class="primary-nav-item has-subnav"><a
  …  href="/education-training/professional-education/professional-oncology-education.html
  …  ">Professional Oncology Education</a>
80378 <div class="subnav-mask">
80379 <div class="subnav-wrapper">
80380 <div class="subnav col10 pad">
80381 <section class="nested">
80382 <div class="col4 main-column">
80383 <nav class="secondary">
80384 <ul>
80385 <li class="mobile-nav-back"><a
  …  href="/education-training/professional-education/professional-oncology-education.html
  …  " aria-label="Back to Professional Oncology Education">Professional Oncology
```

```
80385… Education</a></li>
80386  <li class="primary-nav-item">
80387  <a
   …   href="/education-training/professional-education/professional-oncology-education.html
   …   " aria-label="Professional Oncology Education Home">Professional Oncology Education
   …   Home</a></li>
80388  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series.html">Cancer Care Series</a>
80389  <div class="subnav-mask">
80390  <div class="subnav-wrapper">
80391  <div class="subnav col10 pad">
80392  <section class="nested">
80393  <div class="col4 main-column">
80394  <nav class="secondary">
80395  <ul>
80396  <li class="mobile-nav-back"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series.html" aria-label="Back to Cancer Care Series ">Cancer Care
   …   Series</a></li>
80397  <li class="primary-nav-item">
80398  <a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series.html" aria-label="Cancer Care Series  Home">Cancer Care Series
   …   Home</a></li>
80399  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/bone-sarcoma.html">Bone Sarcoma</a></li>
80400  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/breast-cancer.html">Breast Cancer, Second Edition</a></li>
80401  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/gastrointestinal-cancer.html">Gastrointestinal Cancer</a></li>
80402  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/gynecologic-cancer.html">Gynecologic Cancer</a></li>
80403  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/lung-cancer.html">Lung Cancer</a></li>
80404  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/pediactric-oncology.html">Pediatric Oncology</a></li>
80405  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   cancer-care-series/tumors-of-the-brain-and-spine.html">Tumors of the Brain &amp;
   …   Spine</a></li>
80406  </ul>
80407  </nav>
80408  </div>
80409  </section>
80410  </div>
80411  </div>
80412  </div></li>
80413  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   survivorship.html">Cancer Survivorship Series</a>
80414  <div class="subnav-mask">
80415  <div class="subnav-wrapper">
80416  <div class="subnav col10 pad">
80417  <section class="nested">
80418  <div class="col4 main-column">
80419  <nav class="secondary">
80420  <ul>
80421  <li class="mobile-nav-back"><a
   …   href="/education-training/professional-education/professional-oncology-education/
   …   survivorship.html" aria-label="Back to Cancer Survivorship Series">Cancer
   …   Survivorship Series</a></li>
```

```
80422  <li class="primary-nav-item"><a
80423  <a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship.html" aria-label="Cancer Survivorship Series Home">Cancer Survivorship
    …  Series Home</a></li>
80424  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/introductory-lectures.html">Introduction to Cancer Survivorship</a></li>
80425  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/advances.html">Advances in Survivorship Care</a></li>
80426  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/fear-recurrence.html">Coping with Fear of Recurrence</a></li>
80427  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/bowel-function.html">Bowel Function in Cancer Survivors</a></li>
80428  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/breast.html">Breast Cancer Survivorship Course</a></li>
80429  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/colorectal.html">Colorectal Cancer Survivorship Course</a></li>
80430  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  survivorship/prostate.html">Prostate Cancer Survivorship Course</a></li>
80431  </ul>
80432  </nav>
80433  </div>
80434  </section>
80435  </div>
80436  </div>
80437  </div></li>
80438  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  inflammatory-breast-cancer.html">Inflammatory Breast Cancer Course</a></li>
80439  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  introduction-to-clinical-oncology.html">Introduction to Clinical Oncology</a></li>
80440  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/hpv-
    …  associated-cancers.html">HPV-associated Cancers</a></li>
80441  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/poe-
    …  cancer-moon-shots.html">Moon Shots</a></li>
80442  </ul>
80443  </nav>
80444  </div>
80445  </section>
80446  </div>
80447  </div>
80448  </div></li>
80449  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/professional-education/i-care.html">I*CARE (Communication
    …  Skills Education)</a>
80450  <div class="subnav-mask">
80451  <div class="subnav-wrapper">
80452  <div class="subnav col10 pad">
80453  <section class="nested">
80454  <div class="col4 main-column">
80455  <nav class="secondary">
80456  <ul>
80457  <li class="mobile-nav-back"><a
    …  href="/education-training/professional-education/i-care.html" aria-label="Back to
    …  I*CARE (Communication Skills Education)">I*CARE (Communication Skills
    …  Education)</a></li>
80458  <li class="primary-nav-item">
80459  <a href="/education-training/professional-education/i-care.html" aria-label="I*CARE
```

```
80459… (Communication Skills Education) Home">I*CARE (Communication Skills Education)
   …  Home</a></li>
80460 <li class="primary-nav-item has-subnav"><a
   …  href="/education-training/professional-education/i-care/for-health-care-professionals
   …  -educators.html">For Professionals and Educators</a>
80461 <div class="subnav-mask">
80462 <div class="subnav-wrapper">
80463 <div class="subnav col10 pad">
80464 <section class="nested">
80465 <div class="col4 main-column">
80466 <nav class="secondary">
80467 <ul>
80468 <li class="mobile-nav-back"><a
   …  href="/education-training/professional-education/i-care/for-health-care-professionals
   …  -educators.html" aria-label="Back to For Professionals and Educators">For
   …  Professionals and Educators</a></li>
80469 <li class="primary-nav-item">
80470 <a
   …  href="/education-training/professional-education/i-care/for-health-care-professionals
   …  -educators.html" aria-label="For Professionals and Educators Home">For Professionals
   …  and Educators Home</a></li>
80471 <li class="primary-nav-item"><a
   …  href="/education-training/professional-education/i-care/for-health-care-professionals
   …  -educators/e-learning-resources.html">E-learning Resources</a></li>
80472 <li class="primary-nav-item"><a
   …  href="/education-training/professional-education/i-care/for-health-care-professionals
   …  -educators/training-education-services.html">Training, Education &amp;
   …  Services</a></li>
80473 </ul>
80474 </nav>
80475 </div>
80476 </section>
80477 </div>
80478 </div>
80479 </div></li>
80480 <li class="primary-nav-item"><a
   …  href="/education-training/professional-education/i-care/for-patients-families.html">
   …  For Patients and Families</a></li>
80481 <li class="primary-nav-item"><a
   …  href="/education-training/professional-education/i-care/about-us.html">About
   …  Us</a></li>
80482 </ul>
80483 </nav>
80484 </div>
80485 </section>
80486 </div>
80487 </div>
80488 </div></li>
80489 <li class="primary-nav-item"><a
   …  href="/education-training/professional-education/tobacco-outreach-program.html">
   …  Tobacco Outreach Education Program</a></li>
80490 <li class="primary-nav-item has-subnav"><a
   …  href="/education-training/professional-education/continuing-education-review-courses.
   …  html">Continuing Education &amp; Review Courses</a>
80491 <div class="subnav-mask">
80492 <div class="subnav-wrapper">
80493 <div class="subnav col10 pad">
80494 <section class="nested">
80495 <div class="col4 main-column">
80496 <nav class="secondary">
80497 <ul>
80498 <li class="mobile-nav-back"><a
   …  href="/education-training/professional-education/continuing-education-review-courses.
   …  html" aria-label="Back to Continuing Education &amp; Review Courses ">Continuing
   …  Education &amp; Review Courses</a></li>
80499 <li class="primary-nav-item">
80500 <a
   …  href="/education-training/professional-education/continuing-education-review-courses.
```

```
80500  html" aria-label="Continuing Education &amp; Review Courses Home">Continuing
   …   Education &amp; Review Courses Home</a></li>
80501  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   cytogenetics-review.html">Review in Clinical Cytogenetics</a></li>
80502  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   clinical-lab-science-review.html">Review in Clinical Laboratory Science</a></li>
80503  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   medical-dosimetry-review.html">Medical Dosimetry Review Course</a></li>
80504  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   cytogenetics-onsite.html">A Comprehensive Review in Clinical Cytogenetics</a></li>
80505  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   symposium-on-advances-in-molecular-diagnostics.html">Symposium on Advances in
   …   Molecular Diagnostics</a></li>
80506  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   computed-tomography-registry-review.html">Diagnostic Imaging Program CTR
   …   Review</a></li>
80507  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   vascular-interventional-registry-review.html">Diagnostic Imaging Program VIR
   …   Review</a></li>
80508  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   magnetic-resonance-imaging-registry-review.html">Diagnostic Imaging Program MRI
   …   Review</a></li>
80509  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/continuing-education-review-courses/
   …   national-radiologic-technologist-week-conference.html">National Radiologic
   …   Technologist Week Conference</a></li>
80510  </ul>
80511  </nav>
80512  </div>
80513  </section>
80514  </div>
80515  </div>
80516  </div></li>
80517  <li class="primary-nav-item has-subnav"><a
   …   href="/education-training/professional-education/office-of-career-entrepreneurship-
   …   development.html">Office of Career &amp; Entrepreneurship Advancement</a>
80518  <div class="subnav-mask">
80519  <div class="subnav-wrapper">
80520  <div class="subnav col10 pad">
80521  <section class="nested">
80522  <div class="col4 main-column">
80523  <nav class="secondary">
80524  <ul>
80525  <li class="mobile-nav-back"><a
   …   href="/education-training/professional-education/office-of-career-entrepreneurship-
   …   development.html" aria-label="Back to Office of Career &amp; Entrepreneurship
   …   Advancement">Office of Career &amp; Entrepreneurship Advancement</a></li>
80526  <li class="primary-nav-item">
80527  <a
   …   href="/education-training/professional-education/office-of-career-entrepreneurship-
   …   development.html" aria-label="Office of Career &amp; Entrepreneurship Advancement
   …   Home">Office of Career &amp; Entrepreneurship Advancement Home</a></li>
80528  <li class="primary-nav-item"><a
   …   href="/education-training/professional-education/office-of-career-entrepreneurship-
   …   development/i-corps.html">I-Corps</a></li>
80529  </ul>
80530  </nav>
80531  </div>
80532  </section>
80533  </div>
```

```
80534 </div>
80535 </div></li>
80536 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education/comparative-effectiveness-research-
    … training.html">Comparative Effectiveness Training (CERTaIN)</a>
80537 <div class="subnav-mask">
80538 <div class="subnav-wrapper">
80539 <div class="subnav col10 pad">
80540 <section class="nested">
80541 <div class="col4 main-column">
80542 <nav class="secondary">
80543 <ul>
80544 <li class="mobile-nav-back"><a
    … href="/education-training/professional-education/comparative-effectiveness-research-
    … training.html" aria-label="Back to Comparative Effectiveness Training
    … (CERTaIN)">Comparative Effectiveness Training (CERTaIN)</a></li>
80545 <li class="primary-nav-item">
80546 <a
    … href="/education-training/professional-education/comparative-effectiveness-research-
    … training.html" aria-label="Comparative Effectiveness Training (CERTaIN)
    … Home">Comparative Effectiveness Training (CERTaIN) Home</a></li>
80547 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/comparative-effectiveness-research-
    … training/training-opportunities.html">Training Opportunities</a></li>
80548 </ul>
80549 </nav>
80550 </div>
80551 </section>
80552 </div>
80553 </div>
80554 </div></li>
80555 </ul>
80556 </nav>
80557 </div>
80558 </section>
80559 </div>
80560 </div>
80561 </div></li>
80562 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/nursing-education.html">Nursing Education &amp;
    … Training</a>
80563 <div class="subnav-mask">
80564 <div class="subnav-wrapper">
80565 <div class="subnav col10 pad">
80566 <section class="nested">
80567 <div class="col4 main-column">
80568 <nav class="secondary">
80569 <ul>
80570 <li class="mobile-nav-back"><a href="/education-training/nursing-education.html"
    … aria-label="Back to Nursing Education &amp; Training">Nursing Education &amp;
    … Training</a></li>
80571 <li class="primary-nav-item">
80572 <a href="/education-training/nursing-education.html" aria-label="Nursing Education
    … &amp; Training Home">Nursing Education &amp; Training Home</a></li>
80573 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/new-graduate-nurse-residency.html">New
    … Graduate Nurse Residency Program</a></li>
80574 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/post-graduate-fellowship-in-oncology-
    … nursing.html">Post Graduate Fellowship in Oncology Nursing</a></li>
80575 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/professional-student-nurse-extern.html">
    … Professional Student Nurse Extern Programs</a></li>
80576 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/academic-orientation.html">Nursing
    … Academic Online Orientation</a></li>
80577 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/nursing-education/trainee-spotlights.html">Trainee
```

```
80577… Spotlights</a>
80578 <div class="subnav-mask">
80579 <div class="subnav-wrapper">
80580 <div class="subnav col10 pad">
80581 <section class="nested">
80582 <div class="col4 main-column">
80583 <nav class="secondary">
80584 <ul>
80585 <li class="mobile-nav-back"><a
…    href="/education-training/nursing-education/trainee-spotlights.html" aria-label="Back
…    to Trainee Spotlights">Trainee Spotlights</a></li>
80586 <li class="primary-nav-item">
80587 <a href="/education-training/nursing-education/trainee-spotlights.html"
…    aria-label="Trainee Spotlights Home">Trainee Spotlights Home</a></li>
80588 <li class="primary-nav-item"><a
…    href="/education-training/nursing-education/trainee-spotlights/martin.html">Ashley
…    Martin</a></li>
80589 <li class="primary-nav-item"><a
…    href="/education-training/nursing-education/trainee-spotlights/pachella.html">Laura
…    Pachella</a></li>
80590 <li class="primary-nav-item"><a
…    href="/education-training/nursing-education/trainee-spotlights/wynn.html">Franklin
…    Wynn</a></li>
80591 </ul>
80592 </nav>
80593 </div>
80594 </section>
80595 </div>
80596 </div>
80597 </div></li>
80598 </ul>
80599 </nav>
80600 </div>
80601 </section>
80602 </div>
80603 </div>
80604 </div></li>
80605 <li class="primary-nav-item has-subnav"><a
…    href="/education-training/global-outreach.html">Global Outreach</a>
80606 <div class="subnav-mask">
80607 <div class="subnav-wrapper">
80608 <div class="subnav col10 pad">
80609 <section class="nested">
80610 <div class="col4 main-column">
80611 <nav class="secondary">
80612 <ul>
80613 <li class="mobile-nav-back"><a href="/education-training/global-outreach.html"
…    aria-label="Back to Global Outreach">Global Outreach</a></li>
80614 <li class="primary-nav-item">
80615 <a href="/education-training/global-outreach.html" aria-label="Global Outreach
…    Home">Global Outreach Home</a></li>
80616 <li class="primary-nav-item has-subnav"><a
…    href="/education-training/global-outreach/global-academic-programs.html">Global
…    Academic Programs</a>
80617 <div class="subnav-mask">
80618 <div class="subnav-wrapper">
80619 <div class="subnav col10 pad">
80620 <section class="nested">
80621 <div class="col4 main-column">
80622 <nav class="secondary">
80623 <ul>
80624 <li class="mobile-nav-back"><a
…    href="/education-training/global-outreach/global-academic-programs.html"
…    aria-label="Back to Global Academic Programs ">Global Academic Programs</a></li>
80625 <li class="primary-nav-item">
80626 <a href="/education-training/global-outreach/global-academic-programs.html"
…    aria-label="Global Academic Programs  Home">Global Academic Programs Home</a></li>
80627 <li class="primary-nav-item"><a
```

```
80627…  href="/education-training/global-outreach/global-academic-programs/gap-conference.
  …     html">Annual GAP Conference</a></li>
80628  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/sister-
  …     institutions.html">Global Map of Institutions</a></li>
80629  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/sinf.html">Sister
  …     Institution Network Fund (SINF)</a></li>
80630  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/influent-and-
  …     scival-funding.html">Influuent and SciVal Funding</a></li>
80631  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/lecture-series.
  …     html">Lecture Series in Global Oncology</a></li>
80632  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/africa-initiative.
  …     html">Africa Initiative</a></li>
80633  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/global-academic-programs/contact-
  …     information.html">Contact Information</a></li>
80634  </ul>
80635  </nav>
80636  </div>
80637  </section>
80638  </div>
80639  </div>
80640  </div></li>
80641  <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/global-outreach/project-echo.html">Project ECHO</a>
80642  <div class="subnav-mask">
80643  <div class="subnav-wrapper">
80644  <div class="subnav col10 pad">
80645  <section class="nested">
80646  <div class="col4 main-column">
80647  <nav class="secondary">
80648  <ul>
80649  <li class="mobile-nav-back"><a
  …     href="/education-training/global-outreach/project-echo.html" aria-label="Back to
  …     Project ECHO ">Project ECHO</a></li>
80650  <li class="primary-nav-item">
80651  <a href="/education-training/global-outreach/project-echo.html" aria-label="Project
  …     ECHO  Home">Project ECHO Home</a></li>
80652  <li class="primary-nav-item has-subnav"><a
  …     href="/education-training/global-outreach/project-echo/programs.html">Programs</a>
80653  <div class="subnav-mask">
80654  <div class="subnav-wrapper">
80655  <div class="subnav col10 pad">
80656  <section class="nested">
80657  <div class="col4 main-column">
80658  <nav class="secondary">
80659  <ul>
80660  <li class="mobile-nav-back"><a
  …     href="/education-training/global-outreach/project-echo/programs.html"
  …     aria-label="Back to Programs">Programs</a></li>
80661  <li class="primary-nav-item">
80662  <a href="/education-training/global-outreach/project-echo/programs.html"
  …     aria-label="Programs Home">Programs Home</a></li>
80663  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/project-echo/programs/cervical-cancer-
  …     prevention.html">Cervical Cancer Prevention</a></li>
80664  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/project-echo/programs/zambia.html">Zambia
  …     Partnership</a></li>
80665  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/project-echo/programs/survivorship.html">
  …     Survivorship</a></li>
80666  <li class="primary-nav-item"><a
  …     href="/education-training/global-outreach/project-echo/programs/tobacco-cessation-
```

```
80666… programs.html">Tobacco Cessation Programs</a></li>
80667 </ul>
80668 </nav>
80669 </div>
80670 </section>
80671 </div>
80672 </div>
80673 </div></li>
80674 <li class="primary-nav-item"><a
    … href="/education-training/global-outreach/project-echo/project-echo-news.html">News</
    … a></li>
80675 <li class="primary-nav-item"><a
    … href="/education-training/global-outreach/project-echo/events.html">Project ECHO -
    … Calendar of Events</a></li>
80676 </ul>
80677 </nav>
80678 </div>
80679 </section>
80680 </div>
80681 </div>
80682 </div></li>
80683 </ul>
80684 </nav>
80685 </div>
80686 </section>
80687 </div>
80688 </div>
80689 </div></li>
80690 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/education-resources.html">Education Resources</a>
80691 <div class="subnav-mask">
80692 <div class="subnav-wrapper">
80693 <div class="subnav col10 pad">
80694 <section class="nested">
80695 <div class="col4 main-column">
80696 <nav class="secondary">
80697 <ul>
80698 <li class="mobile-nav-back"><a href="/education-training/education-resources.html"
    … aria-label="Back to Education Resources">Education Resources</a></li>
80699 <li class="primary-nav-item">
80700 <a href="/education-training/education-resources.html" aria-label="Education
    … Resources Home">Education Resources Home</a></li>
80701 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/about-houston.html">About
    … Houston</a></li>
80702 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/why-train-at-md-anderson.html">Why
    … Train at MD Anderson</a></li>
80703 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/academic-visa-administration-trainee.
    … html">Academic &amp; Visa Administration-Trainee</a></li>
80704 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/education-resources/ut-television.html">UT Television</a>
80705 <div class="subnav-mask">
80706 <div class="subnav-wrapper">
80707 <div class="subnav col10 pad">
80708 <section class="nested">
80709 <div class="col4 main-column">
80710 <nav class="secondary">
80711 <ul>
80712 <li class="mobile-nav-back"><a
    … href="/education-training/education-resources/ut-television.html" aria-label="Back to
    … UT Television">UT Television</a></li>
80713 <li class="primary-nav-item">
80714 <a href="/education-training/education-resources/ut-television.html" aria-label="UT
    … Television Home">UT Television Home</a></li>
80715 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/ut-television/why-choose-video.html">
```

```
80715… Why choose video</a></li>
80716 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/ut-television/how-much-does-it-cost.
    … html">Cost</a></li>
80717 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/ut-television/service-request.html">
    … Service Request</a></li>
80718 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/ut-television/accolades.html">Accolades
    … </a></li>
80719 </ul>
80720 </nav>
80721 </div>
80722 </section>
80723 </div>
80724 </div>
80725 </div></li>
80726 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/education-resources/faculty-academic-development.html">
    … Faculty and Academic Development</a>
80727 <div class="subnav-mask">
80728 <div class="subnav-wrapper">
80729 <div class="subnav col10 pad">
80730 <section class="nested">
80731 <div class="col4 main-column">
80732 <nav class="secondary">
80733 <ul>
80734 <li class="mobile-nav-back"><a
    … href="/education-training/education-resources/faculty-academic-development.html"
    … aria-label="Back to Faculty and Academic Development">Faculty and Academic
    … Development</a></li>
80735 <li class="primary-nav-item">
80736 <a href="/education-training/education-resources/faculty-academic-development.html"
    … aria-label="Faculty and Academic Development Home">Faculty and Academic Development
    … Home</a></li>
80737 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/faculty-academic-development/leadership
    … .html">Leadership Development</a></li>
80738 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/faculty-academic-development/
    … professional-career-development.html">Professional &amp; Career Development</a></li>
80739 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/faculty-academic-development/faculty-
    … educator-of-the-month.html">Faculty Educator of the Month</a></li>
80740 </ul>
80741 </nav>
80742 </div>
80743 </section>
80744 </div>
80745 </div>
80746 </div></li>
80747 <li class="primary-nav-item"><a
    … href="/education-training/education-resources/simulation-center.html">Simulation
    … Center</a></li>
80748 </ul>
80749 </nav>
80750 </div>
80751 </section>
80752 </div>
80753 </div>
80754 </div></li>
80755 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/alumni.html">Alumni</a>
80756 <div class="subnav-mask">
80757 <div class="subnav-wrapper">
80758 <div class="subnav col10 pad">
80759 <section class="nested">
80760 <div class="col4 main-column">
```

```
80761  <nav class="secondary">
80762  <ul>
80763  <li class="mobile-nav-back"><a href="/education-training/alumni.html"
   …   aria-label="Back to Alumni">Alumni</a></li>
80764  <li class="primary-nav-item">
80765  <a href="/education-training/alumni.html" aria-label="Alumni Home">Alumni
   …   Home</a></li>
80766  <li class="primary-nav-item"><a
   …   href="/education-training/alumni/giving-to-education-fund.html">Giving to the
   …   Education Fund</a></li>
80767  <li class="primary-nav-item"><a
   …   href="/education-training/alumni/activities.html">Activities</a></li>
80768  </ul>
80769  </nav>
80770  </div>
80771  </section>
80772  </div>
80773  </div>
80774  </div></li>
80775  </ul>
80776  </li>
80777  </ul>
80778  </div>
80779  </div>
80780  </nav>
80781  </div>
80782  <div id="alert-url-data" class="hidden"
   …   data-alert-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.nocache.html
   …   "
   …   data-alert-device-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.
   …   mobile-nocache.html"></div>
80783  <!--/* data-sly-unwrap */ -->
80784  <div class="nav-content">
80785  <div></div>
80786  <a id="nav-logo" class="logo" href="https://www.mdanderson.org" target="_self"> <img
   …   src="/etc/designs/mda/mda-web/xmda-logo.png.pagespeed.ic.wI3LdrsTIB.png" alt="The
   …   University of Texas MD Anderson Cancer Center">
80787  </a>
80788  <div id="utilities-nav">
80789  <ul class="utilities-list">
80790  <li class="mda-hide-md"><a class="my-mda" href="//my.mdanderson.org/members/"
   …   aria-label=" Opens a new window" target="_blank">
80791  <div class="spacer">
80792  <span>my</span>MDAnderson
80793  </div>
80794  </a></li>
80795  <li> <a class="directions"
   …   href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
   …   target="_self">
80796  <div class="spacer">
80797  <i class="mdicon-pin"></i> <span>Locations</span>
80798  </div>
80799  </a></li>
80800  <li>
80801  <a class="call" href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
   …   target="_self">
80802  <div class="spacer">
80803  <i class="mda-icon-contact_us_fill"></i><span>Contact Us</span>
80804  </div>
80805  </a>
80806  </li>
80807  <li class="dropdown"><a href="#" class="topnav-sublist-toggle">
80808  <div class="spacer">
80809  <i class="mdicon-gear"></i><span>Languages</span>
80810  </div>
80811  </a>
80812  <div class="topnav-sublist-mask">
80813  <ul class="topnav-sublist">
```

```
80814  <li class="topnav-list-item grouped" data-group="Settings"><a
  …    href="/patients-family.html" target="_self">English</a>
80815  </li>
80816  <li class="topnav-list-item grouped" data-group="Settings"><a
  …    href="http://www.mdanderson.org/languages/spanish/index.html" aria-label=" Opens a
  …    new window" target="_blank">Spanish</a>
80817  </li>
80818  <li class="topnav-list-item grouped" data-group="Settings"><a
  …    href="http://www.mdanderson.org/languages/arabic/index.html" aria-label=" Opens a new
  …    window" target="_blank">Arabic</a>
80819  </li>
80820  <li class="topnav-list-item grouped" data-group="Settings"><a
  …    href="http://www.mdanderson.org/languages/chinese/index.html" aria-label=" Opens a
  …    new window" target="_blank">Chinese</a>
80821  </li>
80822  <li class="topnav-list-item grouped" data-group="Settings"><a
  …    href="http://www.mdanderson.org/languages/turkish/index.html" aria-label=" Opens a
  …    new window" target="_blank">Turkish</a>
80823  </li>
80824  </ul>
80825  </div></li>
80826  </ul>
80827  <div id="nav-search" class="search-wrapper"
  …    data-searchresultspageurl="/patients-family/search-results.html?q="
  …    data-predictiveurl="/suggest?max=4&amp;site=mda_aem_prod&amp;access=access&amp;format
  …    =rich&amp;client=mda_aem_fe&amp;q=" data-predictivetype="site">
80828  <form name="nav-search" id="nav-search-form" class="search-form">
80829  <i class="search-icon mda-icon-search"></i>
80830  <input type="text" class="search-field" size="1" placeholder="Search">
80831  <input type="submit" value="Go" class="form-search-submit mda-btn">
80832  </form>
80833  <ul class="search-results" role="listbox"></ul>
80834  <div class="search-options">
80835  <div class="search-clear"><a id="nav-search-clear" class="" href="#">Clear</a></div>
80836  </div>
80837  </div>
80838  <a href="#" id="nav-search-toggle" aria-label="close search">
80839  <span>close</span><i class="fa fa-2x mda-icon-X"></i>
80840  </a>
80841  <div id="give-now-btn" class="cta-wrapper cta-block-wrapper">
80842  <a
  …    href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&amp
  …    ;utm_source=hp_button&amp;utm_medium=website&amp;utm_campaign=HP_Button&amp;_ga=1.
  …    194667566.2041408923.1441219785" class="cta cta-block" aria-label=" Opens a new
  …    window" target="_blank"> Give Now </a>
80843  </div>
80844  </div>
80845  <script>var
  …    generalPredictiveSearchUrl="\/suggest?max=4\x26site=mda_aem_stage\x26access=access\
  …    x26format=rich\x26client=mda_aem_fe\x26q=";var
  …    searchResultsPageUrl="\/patients-family\/search\-results.html?q=";var
  …    searchResultClickAnalyticsUrl="\/click?site=mda_aem_prod\x26ct=c\x26s=0";</script>
80846  <a id="mobile-menu-toggle" aria-label="open menu" role="button" href="#">
80847  <div class="mobile-menu-container">
80848  <i class="fa mda-icon-menu fa-2x"></i>
80849  <span class="menu-title">MENU</span>
80850  </div>
80851  </a>
80852  <div id="primary-nav-wrapper">
80853  <nav id="primary-nav">
80854  <div class="primary-nav-item has-subnav">
80855  <a href="https://www.mdanderson.org/patients-family.html"><span>Patients &amp;
  …    Family</span></a>
80856  <div class="subnav-wrapper">
80857  <div class="subnav">
80858  <div class="subnav-section">
80859  <div class="subnav-subsection">
80860  <a href="/patients-family/becoming-our-patient.html">Becoming Our Patient</a>
```

```
80861  <ul>
80862  <li><a href="/patients-family/becoming-our-patient/why-md-anderson.html">Why MD
   …   Anderson</a></li>
80863  <li><a href="/patients-family/becoming-our-patient/planning-for-care.html">Planning
   …   for Care</a></li>
80864  <li><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson.html">Getting to
   …   MD Anderson</a></li>
80865  <li><a href="/patients-family/becoming-our-patient/while-youre-here.html">While
   …   You&#39;re Here</a></li>
80866  <li><a
   …   href="/patients-family/becoming-our-patient/international-center.html">International
   …   Center</a></li>
80867  <li><a href="/patients-family/becoming-our-patient/services-amenities.html">Services
   …   and Amenities</a></li>
80868  </ul>
80869  </div>
80870  </div>
80871  <div class="subnav-section">
80872  <div class="subnav-subsection">
80873  <a href="/patients-family/diagnosis-treatment.html">Diagnosis &amp; Treatment</a>
80874  <ul>
80875  <li><a href="/patients-family/diagnosis-treatment/a-new-diagnosis.html">A New
   …   Diagnosis</a></li>
80876  <li><a href="/cancer-types.html">Cancer Types</a></li>
80877  <li><a href="/treatment-options.html">Treatment Options</a></li>
80878  <li><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects.html">Emotional
   …   &amp; Physical Effects</a></li>
80879  <li><a href="/patients-family/diagnosis-treatment/patient-support.html">Patient
   …   Support</a></li>
80880  <li><a href="/patients-family/diagnosis-treatment/clinical-trials.html">Clinical
   …   Trials</a></li>
80881  <li><a href="/patients-family/diagnosis-treatment/care-centers-clinics.html">Care
   …   Centers &amp; Clinics</a></li>
80882  </ul>
80883  </div>
80884  </div>
80885  <div class="subnav-section">
80886  <div class="subnav-subsection">
80887  <a href="/patients-family/supporting-a-loved-one.html">Supporting a Loved One</a>
80888  <ul>
80889  <li><a
   …   href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html">
   …   Caregiver Roles &amp; Challenges</a></li>
80890  <li><a
   …   href="/patients-family/supporting-a-loved-one/supporting-children-teens.html">
   …   Children and Teens</a></li>
80891  <li><a
   …   href="/patients-family/supporting-a-loved-one/taking-care-of-yourself.html">Taking
   …   Care of Yourself</a></li>
80892  <li><a href="/patients-family/supporting-a-loved-one/dealing-with-loss.html">Dealing
   …   with Loss</a></li>
80893  </ul>
80894  </div>
80895  </div>
80896  <div class="subnav-section">
80897  <div class="subnav-subsection">
80898  <a href="/patients-family/life-after-cancer.html">Life After Cancer</a>
80899  <ul>
80900  <li><a href="/patients-family/life-after-cancer/legal-financial-impacts.html">Legal
   …   &amp; Financial Impacts of Cancer</a></li>
80901  <li><a href="/patients-family/life-after-cancer/social-emotional-impacts.html">Social
   …   &amp; Emotional Impacts of Cancer</a></li>
80902  <li><a href="/patients-family/life-after-cancer/followup-care.html">Follow-up
   …   Care</a></li>
80903  <li><a href="/patients-family/life-after-cancer/long-term-effects.html">Long-Term
   …   Effects of Cancer</a></li>
```

```
80904  <li><a href="/patients-family/life-after-cancer/survivorship-week.html">Survivorship
   …   Week</a></li>
80905  </ul>
80906  </div>
80907  </div>
80908  <div class="subnav-section promo">
80909  <div class="subnav-subsection">
80910  <div>
80911  <div class="promo-item icon">
80912  <a
   …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
   …   care/prepare-for-your-first-visit.html" aria-label="Link to information about your
   …   first visit." id="en_siteheader_content_mda_en" target="_self">
80913  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
80914  <source
   …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
   …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 2x,
   …   /content/dam/mdanderson/images/diseases/prostate-cancer/
   …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 1x" media="(min-width:
   …   993px)"/>
80915  <source
   …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
   …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg" media="(min-width:
   …   753px)"/>
80916  <!--[if IE 9]></video><![endif]-->
80917  <img
   …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
   …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg
   …   2x,/content/dam/mdanderson/images/diseases/prostate-cancer/
   …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 1x" alt=""
   …   src="/content/dam/mdanderson/images/diseases/prostate-cancer/
   …   xrccPhotos_220_Papadopoulos_102120.jpg.resize.jpg.pagespeed.ic.pkU8dsP0OD.jpg">
80918  </picture>
80919  <p class="title">
80920  <span>Your First Appointment</span> 
80921  <i class="mdicon-arrow"></i>
80922  </p>
80923  <p class="description">We&#39;ve created a list to make it easier for our patients to
   …   prepare for their first visit.</p>
80924  </a>
80925  </div>
80926  </div>
80927  </div>
80928  </div>
80929  </div>
80930  </div>
80931  </div>
80932  <div class="primary-nav-item has-subnav">
80933  <a href="https://www.mdanderson.org/prevention-screening.html"><span>Prevention &amp;
   …   Screening</span></a>
80934  <div class="subnav-wrapper">
80935  <div class="subnav">
80936  <div class="subnav-section">
80937  <div class="subnav-subsection">
80938  <a href="/prevention-screening/manage-your-risk.html">Manage Your Risk</a>
80939  <ul>
80940  <li><a href="/prevention-screening/manage-your-risk/smoking-tobacco.html">Smoking
   …   &amp; Tobacco</a></li>
80941  <li><a href="/prevention-screening/manage-your-risk/diet.html">Diet</a></li>
80942  <li><a href="/prevention-screening/manage-your-risk/physical-activity.html">Physical
   …   Activity</a></li>
80943  <li><a href="/prevention-screening/manage-your-risk/skin-safety.html">Skin
   …   Safety</a></li>
80944  <li><a href="/prevention-screening/manage-your-risk/hpv.html">HPV</a></li>
80945  </ul>
80946  </div>
80947  </div>
80948  <div class="subnav-section">
```

```
80949  <div class="subnav-subsection">
80950  <a href="/prevention-screening/family-history.html">Family History</a>
80951  <ul>
80952  <li><a href="/prevention-screening/family-history/genetic-testing.html">Genetic
    …  Testing</a></li>
80953  <li><a
    …  href="/prevention-screening/family-history/hereditary-cancer-syndromes.html">
    …  Hereditary Cancer Syndromes</a></li>
80954  </ul>
80955  </div>
80956  </div>
80957  <div class="subnav-section">
80958  <div class="subnav-subsection">
80959  <a href="/prevention-screening/get-screened.html">Get Screened</a>
80960  <ul>
80961  <li><a href="/prevention-screening/get-screened/breast-cancer-screening.html">Breast
    …  Cancer Screening</a></li>
80962  <li><a
    …  href="/prevention-screening/get-screened/cervical-cancer-screening.html">Cervical
    …  Cancer Screening</a></li>
80963  <li><a
    …  href="/prevention-screening/get-screened/colorectal-cancer-screening.html">Colorectal
    …  Cancer Screening Exams</a></li>
80964  <li><a
    …  href="/prevention-screening/get-screened/endometrial-cancer-screening.html">
    …  Endometrial Cancer Screening Exams</a></li>
80965  <li><a href="/prevention-screening/get-screened/liver-cancer-screening.html">Liver
    …  Cancer Screening Exams</a></li>
80966  <li><a href="/prevention-screening/get-screened/lung-cancer-screening.html">Lung
    …  Cancer Screening Exams</a></li>
80967  <li><a href="/prevention-screening/get-screened/mobile-mammography.html">Mobile
    …  Mammography</a></li>
80968  <li><a
    …  href="/prevention-screening/get-screened/ovarian-cancer-screening.html">Ovarian
    …  Cancer Screening Exams</a></li>
80969  <li><a
    …  href="/prevention-screening/get-screened/prostate-cancer-screening.html">Prostate
    …  Cancer Screening Exams</a></li>
80970  <li><a href="/prevention-screening/get-screened/skin-cancer-screening.html">Skin
    …  Cancer Screening Exams</a></li>
80971  <li><a
    …  href="/prevention-screening/get-screened/women-screening-exams.html">Women&#39;s
    …  Screening Exams</a></li>
80972  <li><a href="/prevention-screening/get-screened/men-screening-exams.html">Men&#39;s
    …  Screening Exams</a></li>
80973  </ul>
80974  </div>
80975  </div>
80976  <div class="subnav-section promo">
80977  <div class="subnav-subsection">
80978  <div>
80979  <div class="promo-item icon">
80980  <a href="https://www.mdanderson.org/publications/focused-on-health.html"
    …  aria-label="link to Focused on Health publication" id="en_siteheader_content_mda_en"
    …  target="_self">
80981  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
80982  <source
    …  srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
    …  iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 2x,
    …  /content/dam/mdanderson/images/publications/focused-on-health/2016/
    …  iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 1x" media="(min-width: 993px)"/>
80983  <source
    …  srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
    …  iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg" media="(min-width: 753px)"/>
80984  <!--[if IE 9]></video><![endif]-->
80985  <img
    …  srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
    …  iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg
```

```
80985…  2x, /content/dam/mdanderson/images/publications/focused-on-health/2016/
  …     iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 1x" alt=""
  …     src="/content/dam/mdanderson/images/publications/focused-on-health/2016/
  …     iStock_84265399_XLARGE.jpg.resize.jpg">
80986   </picture>
80987   <p class="title">
80988   <span>Focused on Health</span> 
80989   <i class="mdicon-arrow"></i>
80990   </p>
80991   <p class="description">Focused on Health provides information on making healthy
  …     lifestyle choices to reduce your risk for cancer.</p>
80992   </a>
80993   </div>
80994   </div>
80995   </div>
80996   </div>
80997   </div>
80998   </div>
80999   </div>
81000   <div class="primary-nav-item has-subnav">
81001   <a href="https://www.mdanderson.org/donors-volunteers.html"><span>Donors &amp;
  …     Volunteers</span></a>
81002   <div class="subnav-wrapper">
81003   <div class="subnav">
81004   <div class="subnav-section">
81005   <div class="subnav-subsection">
81006   <a href="/donors-volunteers/donate.html">Donate</a>
81007   <ul>
81008   <li><a href="/donors-volunteers/donate/raise-money.html">Raise Money</a></li>
81009   <li><a href="/donors-volunteers/donate/honor-loved-ones.html">Honor Loved
  …     Ones</a></li>
81010   <li><a href="/donors-volunteers/donate/planned-giving.html">Create Your
  …     Legacy</a></li>
81011   <li><a href="/donors-volunteers/donate/endowments.html">Endowments</a></li>
81012   </ul>
81013   </div>
81014   </div>
81015   <div class="subnav-section">
81016   <div class="subnav-subsection">
81017   <a href="/donors-volunteers/volunteer.html">Volunteer</a>
81018   <ul>
81019   <li><a href="/donors-volunteers/volunteer/why-volunteer.html">Why Volunteer</a></li>
81020   <li><a href="/donors-volunteers/volunteer/how-to-get-involved.html">How to Get
  …     Involved</a></li>
81021   <li><a href="/donors-volunteers/volunteer/volunteer-application.html">Volunteer
  …     Application</a></li>
81022   <li><a href="/donors-volunteers/volunteer/endowments.html">Volunteer
  …     Endowment</a></li>
81023   </ul>
81024   </div>
81025   </div>
81026   <div class="subnav-section">
81027   <div class="subnav-subsection">
81028   <a href="/donors-volunteers/other-ways-to-help.html">Other Ways to Help</a>
81029   <ul>
81030   <li><a href="/donors-volunteers/other-ways-to-help/give-blood.html">Give
  …     Blood</a></li>
81031   <li><a
  …     href="/donors-volunteers/other-ways-to-help/childrens-art-project.html">Children&#39;
  …     s Art Project</a></li>
81032   <li><a
  …     href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html">Donate
  …     Goods or Services</a></li>
81033   <li><a href="/donors-volunteers/other-ways-to-help/attend-events.html">Attend
  …     Events</a></li>
81034   <li><a href="/donors-volunteers/other-ways-to-help/cord-blood-bank.html">Cord Blood
  …     Bank</a></li>
81035   </ul>
```

```
81036 </div>
81037 </div>
81038 <div class="subnav-section">
81039 <div class="subnav-subsection">
81040 <a href="/donors-volunteers/corporate-alliances.html">Corporate Alliances</a>
81041 <ul>
81042 <li><a href="/donors-volunteers/corporate-alliances/current-alliances.html">Current
    … Alliances</a></li>
81043 </ul>
81044 </div>
81045 </div>
81046 <div class="subnav-section promo">
81047 <div class="subnav-subsection">
81048 <div>
81049 <div class="promo-item icon">
81050 <a
    … href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&
    … utm_source=navi_button&utm_medium=website&utm_campaign=Navi_Button&_ga=1.194667566.
    … 2041408923.1441219785" aria-label="link to donation form"
    … id="en_siteheader_https_gifts_mda" target="_self">
81051 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81052 <source
    … srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
    … 216.122.high.jpg 2x,
    … /content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.216.122.
    … high.jpg 1x" media="(min-width: 993px)"/>
81053 <source
    … srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
    … 216.122.high.jpg" media="(min-width: 753px)"/>
81054 <!--[if IE 9]></video><![endif]-->
81055 <img
    … srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
    … 216.122.high.jpg
    … 2x,/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.216.
    … 122.high.jpg 1x" alt=""
    … src="/content/dam/mdanderson/images/survivor-images/xnicholasHernandez.jpg.resize.jpg
    … .pagespeed.ic.iHXh-zOTxl.jpg">
81056 </picture>
81057 <p class="title">
81058 <span>Honor Someone Special</span> 
81059 <i class="mdicon-arrow"></i>
81060 </p>
81061 <p class="description">Donate in honor or memory of someone special and help
    … celebrate their legacy.</p>
81062 </a>
81063 </div>
81064 </div>
81065 </div>
81066 </div>
81067 </div>
81068 </div>
81069 </div>
81070 <div class="primary-nav-item has-subnav">
81071 <a href="https://www.mdanderson.org/for-physicians.html"><span>For
    … Physicians</span></a>
81072 <div class="subnav-wrapper">
81073 <div class="subnav">
81074 <div class="subnav-section">
81075 <div class="subnav-subsection">
81076 <a href="/for-physicians/refer-a-patient.html">Refer a Patient</a>
81077 <ul>
81078 <li><a
    … href="/for-physicians/refer-a-patient/mymdanderson-for-physicians.html">myMDAnderson
    … for Physicians</a></li>
81079 <li><a href="/for-physicians/refer-a-patient/insurance-information.html">Insurance
    … Information</a></li>
81080 <li><a
    … href="/for-physicians/refer-a-patient/international-referrals.html">International
```

```
81080… Referrals</a></li>
81081 <li><a href="/for-physicians/refer-a-patient/physician-access-center.html">Physician
    … Access Center</a></li>
81082 <li><a href="/for-physicians/refer-a-patient/second-opinion-pathology.html">Second
    … Opinion Pathology</a></li>
81083 </ul>
81084 </div>
81085 </div>
81086 <div class="subnav-section">
81087 <div class="subnav-subsection">
81088 <a href="/for-physicians/clinical-trials.html">Clinical Trials</a>
81089 <ul>
81090 </ul>
81091 </div>
81092 </div>
81093 <div class="subnav-section">
81094 <div class="subnav-subsection">
81095 <a href="/for-physicians/connect-with-us.html">Connect with Us</a>
81096 <ul>
81097 <li><a href="/for-physicians/connect-with-us/physician-advisory-board.html">Physician
    … Advisory Board</a></li>
81098 <li><a href="/for-physicians/connect-with-us/physician-liaisons.html">Physician
    … Liaison Program</a></li>
81099 </ul>
81100 </div>
81101 </div>
81102 <div class="subnav-section">
81103 <div class="subnav-subsection">
81104 <a href="/for-physicians/clinical-tools-resources.html">Clinical Tools &amp;
    … Resources</a>
81105 <ul>
81106 <li><a
    … href="/for-physicians/clinical-tools-resources/clinical-calculators.html">Clinical
    … Calculators</a></li>
81107 <li><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html">
    … Clinical Practice Algorithms </a></li>
81108 </ul>
81109 </div>
81110 </div>
81111 <div class="subnav-section">
81112 <div class="subnav-subsection">
81113 <a href="/for-physicians/physicians-network.html">Physicians Network</a>
81114 <ul>
81115 <li><a href="/for-physicians/physicians-network/products.html">Products</a></li>
81116 <li><a href="/for-physicians/physicians-network/leadership.html">Leadership</a></li>
81117 <li><a href="/for-physicians/physicians-network/employer-contracts.html">Employer
    … Contracts</a></li>
81118 <li><a href="/for-physicians/physicians-network/network-providers.html">Network
    … Providers</a></li>
81119 <li><a href="/for-physicians/physicians-network/education.html">Education</a></li>
81120 <li><a href="/for-physicians/physicians-network/for-professionals.html">For
    … Professionals</a></li>
81121 <li><a href="/for-physicians/physicians-network/prospective-members.html">Prospective
    … Members</a></li>
81122 <li><a href="/for-physicians/physicians-network/for-patients.html">For
    … Patients</a></li>
81123 <li><a
    … href="/for-physicians/physicians-network/peer-to-peer-consultation.html">Physicians
    … Peer-to-Peer Consultation Program</a></li>
81124 </ul>
81125 </div>
81126 </div>
81127 <div class="subnav-section promo">
81128 <div class="subnav-subsection">
81129 <div>
81130 <div class="promo-item icon">
81131 <a href="https://www.mdanderson.org/publications/oncolog.html" aria-label="link to
```

```
81131   OncoLog publication page id="en_siteheader_content_mda_en" target="_self">
81132   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81133   <source
  …     srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     Allison_Sharma_lab.jpg.resize.216.122.high.jpg 2x,
  …     /content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     Allison_Sharma_lab.jpg.resize.216.122.high.jpg 1x" media="(min-width: 993px)"/>
81134   <source
  …     srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     Allison_Sharma_lab.jpg.resize.216.122.high.jpg" media="(min-width: 753px)"/>
81135   <!--[if IE 9]></video><![endif]-->
81136   <img
  …     srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     Allison_Sharma_lab.jpg.resize.216.122.high.jpg
  …     2x,/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     Allison_Sharma_lab.jpg.resize.216.122.high.jpg 1x" alt=""
  …     src="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
  …     xAllison_Sharma_lab.jpg.resize.jpg.pagespeed.ic.XOw08i6Yxg.jpg">
81137   </picture>
81138   <p class="title">
81139   <span>OncoLog</span> 
81140   <i class="mdicon-arrow"></i>
81141   </p>
81142   <p class="description">Read MD Anderson&#39;s report to physicians about the latest
  …     advances in cancer care and research.</p>
81143   </a>
81144   </div>
81145   </div>
81146   </div>
81147   </div>
81148   </div>
81149   </div>
81150   </div>
81151   <div class="primary-nav-item has-subnav">
81152   <a href="https://www.mdanderson.org/research.html"><span>Research</span></a>
81153   <div class="subnav-wrapper">
81154   <div class="subnav">
81155   <div class="subnav-section">
81156   <div class="subnav-subsection">
81157   <a href="/research/departments-labs-institutes.html">Departments, Labs and
  …     Institutes</a>
81158   <ul>
81159   <li><a
  …     href="/research/departments-labs-institutes/departments-divisions.html">Departments
  …     and Divisions</a></li>
81160   <li><a href="/research/departments-labs-institutes/labs.html">Labs</a></li>
81161   <li><a href="/research/departments-labs-institutes/programs-centers.html">Research
  …     Centers and Programs</a></li>
81162   <li><a
  …     href="/research/departments-labs-institutes/institutes.html">Institutes</a></li>
81163   <li><a href="/research/departments-labs-institutes/spores.html">Specialized Programs
  …     of Research Excellence (SPORE) Grants</a></li>
81164   </ul>
81165   </div>
81166   </div>
81167   <div class="subnav-section">
81168   <div class="subnav-subsection">
81169   <a href="/research/research-areas.html">Research Areas</a>
81170   <ul>
81171   <li><a href="/research/research-areas/basic-science.html">Basic Science</a></li>
81172   <li><a href="/research/research-areas/clinical-research.html">Clinical
  …     Research</a></li>
81173   <li><a
  …     href="/research/research-areas/prevention-personalized-risk-assessment.html">
  …     Prevention &amp; Personalized Risk Assessment </a></li>
81174   <li><a href="/research/research-areas/translational-research.html">Translational
  …     Research</a></li>
81175   <li><a href="/research/research-areas/sponsored-research.html">Office of Sponsored
```

```
81175…  Programs</a></li>
81176  </ul>
81177  </div>
81178  </div>
81179  <div class="subnav-section">
81180  <div class="subnav-subsection">
81181  <a href="/research/research-resources.html">Research Resources</a>
81182  <ul>
81183  <li><a href="/research/research-resources/core-facilities.html">Core Facilities and
    …  Services</a></li>
81184  <li><a href="/research/research-resources/scientific-publications.html">Scientific
    …  Publications</a></li>
81185  </ul>
81186  </div>
81187  </div>
81188  <div class="subnav-section promo">
81189  <div class="subnav-subsection">
81190  <div>
81191  <div class="promo-item icon">
81192  <a
    …  href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
    …  html" aria-label="Link to moon shots website" id="en_siteheader_content_mda_en"
    …  target="_self">
81193  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81194  <source
    …  srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 2x,
    …  /content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 1x" media="(min-width:
    …  993px)"/>
81195  <source
    …  srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg" media="(min-width:
    …  753px)"/>
81196  <!--[if IE 9]></video><![endif]-->
81197  <img
    …  srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg
    …  2x,/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 1x" alt=""
    …  src="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …  CancerMoonshot_Summit_1347_master.JPG.resize.jpg">
81198  </picture>
81199  <p class="title">
81200  <span>Moon Shots Program</span> 
81201  <i class="mdicon-arrow"></i>
81202  </p>
81203  <p class="description">Learn about MD Anderson&#39;s ambitious plan to accelerate the
    …  end of cancer.</p>
81204  </a>
81205  </div>
81206  </div>
81207  </div>
81208  </div>
81209  </div>
81210  </div>
81211  </div>
81212  <div class="primary-nav-item has-subnav">
81213  <a href="https://www.mdanderson.org/education-training.html"><span>Education &amp;
    …  Training</span></a>
81214  <div class="subnav-wrapper">
81215  <div class="subnav">
81216  <div class="subnav-section">
81217  <div class="subnav-subsection">
81218  <a href="/education-training/degrees-programs.html">Degrees &amp; Programs</a>
81219  <ul>
81220  <li><a
    …  href="/education-training/degrees-programs/school-of-health-professions.html">School
```

```
81220…  of Health Professions</a></li>
81221   <li><a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
    …   html">Graduate School of Biomedical Sciences</a></li>
81222   <li><a
    …   href="/education-training/degrees-programs/summer-research-programs.html">Summer
    …   Research Programs</a></li>
81223   </ul>
81224   </div>
81225   </div>
81226   <div class="subnav-section">
81227   <div class="subnav-subsection">
81228   <a href="/education-training/clinical-research-training.html">Clinical &amp; Research
    …   Training</a>
81229   <ul>
81230   <li><a
    …   href="/education-training/clinical-research-training/graduate-medical-education.html"
    …   >Graduate Medical Education</a></li>
81231   <li><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians.html">Clinical Education for Non-Physicians</a></li>
81232   <li><a
    …   href="/education-training/clinical-research-training/postdoctoral-training.html">
    …   Postdoctoral Training</a></li>
81233   </ul>
81234   </div>
81235   </div>
81236   <div class="subnav-section">
81237   <div class="subnav-subsection">
81238   <a href="/education-training/professional-education.html">Professional Education</a>
81239   <ul>
81240   <li><a
    …   href="/education-training/professional-education/cme-conference-management.html">CME/
    …   Conference Management</a></li>
81241   <li><a
    …   href="/education-training/professional-education/observer-programs.html">Observer
    …   Programs</a></li>
81242   <li><a
    …   href="/education-training/professional-education/professional-oncology-education.html
    …   ">Professional Oncology Education</a></li>
81243   <li><a href="/education-training/professional-education/i-care.html">I*CARE
    …   (Communication Skills Education)</a></li>
81244   <li><a
    …   href="/education-training/professional-education/tobacco-outreach-program.html">
    …   Tobacco Outreach Education Program</a></li>
81245   <li><a
    …   href="/education-training/professional-education/continuing-education-review-courses.
    …   html">Continuing Education &amp; Review Courses </a></li>
81246   <li><a
    …   href="/education-training/professional-education/office-of-career-entrepreneurship-
    …   development.html">Office of Career &amp; Entrepreneurship Advancement</a></li>
81247   <li><a
    …   href="/education-training/professional-education/comparative-effectiveness-research-
    …   training.html">Comparative Effectiveness Training (CERTaIN)</a></li>
81248   </ul>
81249   </div>
81250   </div>
81251   <div class="subnav-section">
81252   <div class="subnav-subsection">
81253   <a href="/education-training/nursing-education.html">Nursing Education &amp;
    …   Training</a>
81254   <ul>
81255   <li><a
    …   href="/education-training/nursing-education/new-graduate-nurse-residency.html">New
    …   Graduate Nurse Residency Program</a></li>
81256   <li><a
    …   href="/education-training/nursing-education/post-graduate-fellowship-in-oncology-
    …   nursing.html">Post Graduate Fellowship in Oncology Nursing</a></li>
```

```
81257 <li><a
   …  href="/education-training/nursing-education/professional-student-nurse-extern.html">
   …  Professional Student Nurse Extern Programs</a></li>
81258 <li><a href="/education-training/nursing-education/academic-orientation.html">Nursing
   …  Academic Online Orientation</a></li>
81259 <li><a href="/education-training/nursing-education/trainee-spotlights.html">Trainee
   …  Spotlights</a></li>
81260 </ul>
81261 </div>
81262 </div>
81263 <div class="subnav-section">
81264 <div class="subnav-subsection">
81265 <a href="/education-training/global-outreach.html">Global Outreach</a>
81266 <ul>
81267 <li><a
   …  href="/education-training/global-outreach/global-academic-programs.html">Global
   …  Academic Programs </a></li>
81268 <li><a href="/education-training/global-outreach/project-echo.html">Project ECHO
   …  </a></li>
81269 </ul>
81270 </div>
81271 </div>
81272 <div class="subnav-section">
81273 <div class="subnav-subsection">
81274 <a href="/education-training/education-resources.html">Education Resources</a>
81275 <ul>
81276 <li><a href="/education-training/education-resources/about-houston.html">About
   …  Houston</a></li>
81277 <li><a
   …  href="/education-training/education-resources/why-train-at-md-anderson.html">Why
   …  Train at MD Anderson</a></li>
81278 <li><a
   …  href="/education-training/education-resources/academic-visa-administration-trainee.
   …  html">Academic &amp; Visa Administration-Trainee</a></li>
81279 <li><a href="/education-training/education-resources/ut-television.html">UT
   …  Television</a></li>
81280 <li><a
   …  href="/education-training/education-resources/faculty-academic-development.html">
   …  Faculty and Academic Development</a></li>
81281 <li><a
   …  href="/education-training/education-resources/simulation-center.html">Simulation
   …  Center</a></li>
81282 </ul>
81283 </div>
81284 </div>
81285 <div class="subnav-section">
81286 <div class="subnav-subsection">
81287 <a href="/education-training/alumni.html">Alumni</a>
81288 <ul>
81289 <li><a href="/education-training/alumni/giving-to-education-fund.html">Giving to the
   …  Education Fund</a></li>
81290 <li><a href="/education-training/alumni/activities.html">Activities</a></li>
81291 </ul>
81292 </div>
81293 </div>
81294 </div>
81295 </div>
81296 </div>
81297 <div class="primary-nav-item">
81298 <a
   …  href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
   …  html" target="_self">
81299 <span>Moon Shots Program</span>
81300 </a>
81301 <div class="subnav-wrapper">
81302 <div class="subnav small-breakpoint">
81303 </div>
81304 </div>
```

```
81305  </div>
81306  </nav>
81307  </div>
81308  </div>
81309  </section>
81310  <div id="skip" class="page" tabindex="-1">
81311  <!--googleon: all-->
81312  <div class="content">
81313  <section class="bleed-full">
81314  <div class="module m-bleed">
81315  <div class="flip-hero">
81316  <div class="flip-row">
81317  <div class="flip-tile patient">
81318  <a
   …   href="https://www.mdanderson.org/publications/cancerwise/2016/05/nivolumab-gives-rena
   …   .html?intcmp=HPFaces1_PhilipPrichard"
   …   id="patients_family_flipheroitem_philip_prichard" target="_self">
81319  <div class="flipper">
81320  <div class="front">
81321  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81322  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
   …   mainparsys/flipheroitem.resize.576.576.high.jpg/1471618491254.jpg 2x,
   …   /content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys/
   …   flipheroitem.resize.288.288.high.jpg/1471618491254.jpg 1x" media="(min-width:
   …   993px)"/>
81323  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
   …   mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81324  <!--[if IE 9]></video><![endif]-->
81325  <img
   …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
   …   mainparsys/flipheroitem.resize.640.640.high.jpg/1471618491254.jpg
   …   2x,/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys/
   …   flipheroitem.resize.320.320.high.jpg/1471618491254.jpg 1x" alt=""
   …   src="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys
   …   /xflipheroitem.resize.jpg.pagespeed.ic.v3JiFsAAxk.jpg">
81326  </picture>
81327  </div>
81328  <div class="back">
81329  <div class="inner">
81330  <div class="inner-body">
81331  <i class="mda-icon-support-favorite mda-2x icon"></i>
81332  <p class="title">Philip Prichard </p>
81333  <p class="subtitle">Survivor </p>
81334  </div>
81335  </div>
81336  </div>
81337  </div>
81338  </a>
81339  </div>
81340  <div class="flip-tile patient">
81341  <a
   …   href="https://www.mdanderson.org/publications/cancerwise/2016/04/surviving-hpv-relate
   …   .html?intcmp=HPFaces2_KaraMillion" id="patients_family_flipheroitem_kara_million"
   …   target="_self">
81342  <div class="flipper">
81343  <div class="front">
81344  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81345  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   flipheroitem.resize.576.576.high.jpg/1471617943356.jpg 2x,
   …   /content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   flipheroitem.resize.288.288.high.jpg/1471617943356.jpg 1x" alt="Kara Million"
   …   media="(min-width: 993px)"/>
81346  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   flipheroitem.resize.198.198.high.jpg" alt="Kara Million" media="(min-width: 753px)"/>
```

```
81347  <!--[if IE 9]></video><![endif]-->
81348  <img
   …   srcset="/content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   flipheroitem.resize.640.640.high.jpg/1471617943356.jpg
   …   2x,/content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   flipheroitem.resize.320.320.high.jpg/1471617943356.jpg 1x" alt="Kara Million"
   …   src="/content/mda/en/lookups/fliphero-lookup/kara-million/_jcr_content/mainparsys/
   …   xflipheroitem.resize.jpg.pagespeed.ic.aVCFMSKd69.jpg">
81349  </picture>
81350  </div>
81351  <div class="back">
81352  <div class="inner">
81353  <div class="inner-body">
81354  <i class="mda-icon-support-favorite mda-2x icon"></i>
81355  <p class="title">Kara Million </p>
81356  <p class="subtitle">Survivor </p>
81357  </div>
81358  </div>
81359  </div>
81360  </div>
81361  </a>
81362  </div>
81363  <div class="flip-tile patient">
81364  <a
   …   href="https://www.mdanderson.org/publications/cancerwise/2016/07/pediatric-cancer-pat
   …   .html?intcmp=HPFaces3_JacobBallard" id="patients_family_flipheroitem_jacob_ballard"
   …   target="_self">
81365  <div class="flipper">
81366  <div class="front">
81367  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81368  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys
   …   /flipheroitem.resize.576.576.high.jpg/1471618257235.jpg 2x,
   …   /content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
   …   flipheroitem.resize.288.288.high.jpg/1471618257235.jpg 1x" media="(min-width:
   …   993px)"/>
81369  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
   …   /flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81370  <!--[if IE 9]></video><![endif]-->
81371  <img
   …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys
   …   /flipheroitem.resize.640.640.high.jpg/1471618257235.jpg
   …   2x,/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
   …   flipheroitem.resize.320.320.high.jpg/1471618257235.jpg 1x" alt=""
   …   src="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
   …   xflipheroitem.resize.jpg.pagespeed.ic.FFx_cedauA.jpg">
81372  </picture>
81373  </div>
81374  <div class="back">
81375  <div class="inner">
81376  <div class="inner-body">
81377  <i class="mda-icon-support-favorite mda-2x icon"></i>
81378  <p class="title">Kara Million </p>
81379  <p class="subtitle">Survivor </p>
81380  </div>
81381  </div>
81382  </div>
81383  </div>
81384  </a>
81385  </div>
81386  <div class="flip-tile patient">
81387  <a
   …   href="https://www.mdanderson.org/publications/cancerwise/2016/03/li-fraumeni-syndrome
   …   .html?intcmp=HPFaces4_LainieJones" id="patients_family_flipheroitem_lainie_jones"
   …   target="_self">
81388  <div class="flipper">
81389  <div class="front">
```

```
81390  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81391  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   flipheroitem.resize.576.576.high.jpg/1471618410422.jpg 2x,
   …   /content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   flipheroitem.resize.288.288.high.jpg/1471618410422.jpg 1x" media="(min-width:
   …   993px)"/>
81392  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81393  <!--[if IE 9]></video><![endif]-->
81394  <img
   …   srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   flipheroitem.resize.640.640.high.jpg/1471618410422.jpg
   …   2x,/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   flipheroitem.resize.320.320.high.jpg/1471618410422.jpg 1x" alt=""
   …   src="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …   xflipheroitem.resize.jpg.pagespeed.ic.QFiSqJz4zq.jpg">
81395  </picture>
81396  </div>
81397  <div class="back">
81398  <div class="inner">
81399  <div class="inner-body">
81400  <i class="mda-icon-support-favorite mda-2x icon"></i>
81401  <p class="title">Lainie Jones </p>
81402  <p class="subtitle">Survivor </p>
81403  </div>
81404  </div>
81405  </div>
81406  </div>
81407  </a>
81408  </div>
81409  <div class="flip-tile patient">
81410  <a
   …   href="https://www.mdanderson.org/publications/conquest/fall-2014/the-giver.html?
   …   intcmp=HPFaces5_ErvinGrice" id="patients_family_flipheroitem_ervin_grice"
   …   target="_self">
81411  <div class="flipper">
81412  <div class="front">
81413  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81414  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   flipheroitem.resize.576.576.high.jpg/1471618330442.jpg 2x,
   …   /content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   flipheroitem.resize.288.288.high.jpg/1471618330442.jpg 1x" alt="Ervin Grice"
   …   media="(min-width: 993px)"/>
81415  <source
   …   srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   flipheroitem.resize.198.198.high.jpg" alt="Ervin Grice" media="(min-width: 753px)"/>
81416  <!--[if IE 9]></video><![endif]-->
81417  <img
   …   srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   flipheroitem.resize.640.640.high.jpg/1471618330442.jpg
   …   2x,/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   flipheroitem.resize.320.320.high.jpg/1471618330442.jpg 1x" alt="Ervin Grice"
   …   src="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …   xflipheroitem.resize.jpg.pagespeed.ic.rJuOr4IU75.jpg">
81418  </picture>
81419  </div>
81420  <div class="back">
81421  <div class="inner">
81422  <div class="inner-body">
81423  <i class="mda-icon-support-favorite mda-2x icon"></i>
81424  <p class="title">Jacob Ballard </p>
81425  <p class="subtitle">Survivor </p>
81426  </div>
81427  </div>
81428  </div>
```

```
81429  </div>
81430  </a>
81431  </div>
81432  </div>
81433  <div class="flip-row">
81434  <div class="flip-tile patient">
81435  <a
   ... href="https://www.mdanderson.org/publications/cancerwise/2016/04/fertility-and-cancer
   ... .html?intcmp=HPFaces6_TerriWoodard" id="patients_family_flipheroitem_terri_woodard"
   ... target="_self">
81436  <div class="flipper">
81437  <div class="front">
81438  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81439  <source
   ... srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
   ... /flipheroitem.resize.576.576.high.jpg/1471618175277.jpg 2x,
   ... /content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
   ... flipheroitem.resize.288.288.high.jpg/1471618175277.jpg 1x" media="(min-width:
   ... 993px)"/>
81440  <source
   ... srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
   ... /flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81441  <!--[if IE 9]></video><![endif]-->
81442  <img
   ... srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
   ... /flipheroitem.resize.640.640.high.jpg
   ... 2x,/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
   ... flipheroitem.resize.320.320.high.jpg/1471618175277.jpg 1x" alt=""
   ... src="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
   ... xflipheroitem.resize.jpg.pagespeed.ic.7RaySK514E.jpg">
81443  </picture>
81444  </div>
81445  <div class="back">
81446  <div class="inner">
81447  <div class="inner-body">
81448  <i class="mda-icon-support-favorite mda-2x icon"></i>
81449  <p class="title">Lainie Jones </p>
81450  <p class="subtitle">Survivor </p>
81451  </div>
81452  </div>
81453  </div>
81454  </div>
81455  </a>
81456  </div>
81457  <div class="flip-tile other">
81458  <a
   ... href="https://www.mdanderson.org/newsroom/2016/08/md-anderson-named-to.html?intcmp=
   ... HPFaces7_USNewsRanking" aria-label="link to full story"
   ... id="patients_family_flipheroitem_2016_17_ranking" target="_self">
81459  <div class="flipper">
81460  <div class="front">
81461  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81462  <source
   ... srcset="/content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/
   ... flipheroitem.resize.576.576.high.jpg/1470143228944.png 2x,
   ... /content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/flipheroitem.
   ... resize.288.288.high.jpg/1470143228944.png 1x" alt="U.S. News #1 Ranking"
   ... media="(min-width: 993px)"/>
81463  <source
   ... srcset="/content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/
   ... flipheroitem.resize.198.198.high.jpg" alt="U.S. News #1 Ranking" media="(min-width:
   ... 753px)"/>
81464  <!--[if IE 9]></video><![endif]-->
81465  <img
   ... srcset="/content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/
   ... flipheroitem.resize.640.640.high.jpg/1470143228944.png
   ... 2x,/content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/
   ... flipheroitem.resize.320.320.high.jpg/1470143228944.png 1x" alt="U.S. News #1 Ranking"
```

```
81465…  src="/content/mda/en/lookups/fliphero-lookup/us-news/_jcr_content/mainparsys/
   …    xflipheroitem.resize.jpg.pagespeed.ic.lFS-I7CpLD.jpg">
81466  </picture>
81467  </div>
81468  <div class="back">
81469  <div class="inner">
81470  <div class="inner-body">
81471  <i class="mda-icon-support-favorite mda-2x icon"></i>
81472  <p class="title">2016-17 Rankings </p>
81473  <p class="subtitle">#1 Cancer Hospital </p>
81474  </div>
81475  </div>
81476  </div>
81477  </div>
81478  </a>
81479  </div>
81480  <div class="flip-tile other">
81481  <a
   …    href="https://www.mdanderson.org/publications/cancerwise/2016/06/q-a--understanding-i
   …    .html?intcmp=HPFaces8_PadmaneeSharma"
   …    id="patients_family_flipheroitem_padmanee_sharma" target="_self">
81482  <div class="flipper">
81483  <div class="front">
81484  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81485  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
   …    mainparsys/flipheroitem.resize.576.576.high.jpg/1471638917330.jpg 2x,
   …    /content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
   …    flipheroitem.resize.288.288.high.jpg/1471638917330.jpg 1x" media="(min-width:
   …    993px)"/>
81486  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
   …    mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81487  <!--[if IE 9]></video><![endif]-->
81488  <img
   …    srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
   …    mainparsys/flipheroitem.resize.640.640.high.jpg/1471638917330.jpg
   …    2x,/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
   …    flipheroitem.resize.320.320.high.jpg/1471638917330.jpg 1x" alt=""
   …    src="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
   …    xflipheroitem.resize.jpg.pagespeed.ic.-SWxstM9d2.jpg">
81489  </picture>
81490  </div>
81491  <div class="back">
81492  <div class="inner">
81493  <div class="inner-body">
81494  <i class="mda-icon-support-favorite mda-2x icon"></i>
81495  <p class="title">Ervin Grice </p>
81496  <p class="subtitle">Volunteer &amp; Survivor </p>
81497  </div>
81498  </div>
81499  </div>
81500  </div>
81501  </a>
81502  </div>
81503  <div class="flip-tile patient video-hover">
81504  <a href="#flip-hero">
81505  <div class="flipper" id="OybDsj0I114_ref">
81506  <div class="front">
81507  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81508  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
   …    flipheroitem.resize.576.576.high.jpg/1468443735966.jpg 2x,
   …    /content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
   …    flipheroitem.resize.288.288.high.jpg/1468443735966.jpg 1x" media="(min-width:
   …    993px)"/>
81509  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
```

```
81509  flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81510  <!--[if IE 9]></video><![endif]-->
81511  <img
    …  srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    …  flipheroitem.resize.640.640.high.jpg/1468443735966.jpg
    …  2x,/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    …  flipheroitem.resize.320.320.high.jpg/1468443735966.jpg 1x" alt=""
    …  src="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    …  xflipheroitem.resize.jpg.pagespeed.ic.2EV0ODExPf.jpg">
81512  </picture>
81513  </div>
81514  <div class="back">
81515  <div class="inner">
81516  <div class="inner-body">
81517  <p class="title"></p>
81518  <p class="subtitle"></p>
81519  <div id="basic-video-container">
81520  <div class="display-video-content" id="OybDsj0I114">
81521  <!-- video player gets inserted here when media option is click -->
81522  </div>
81523  </div>
81524  <!-- htmlmin:ignore -->
81525  <div
    …  data-video-data="{&#34;id&#34;:&#34;OybDsj0I114&#34;,&#34;source&#34;:&#34;youtube&#34;,&#34;sourceJson&#34;:&#34;null&#34;}" data-video-div="#OybDsj0I114"
    …  rel="playContentInDiv" class="video-play-button">
81526  <!-- endhtmlmin -->
81527  <i class="mdicon-videoplay md-2x" aria-label="Play" role="button"></i>
81528  </div>
81529  </div>
81530  </div>
81531  </div>
81532  </div>
81533  </a>
81534  </div>
81535  <div class="flip-tile patient">
81536  <a
    …  href="https://www.mdanderson.org/publications/annual-report/annual-report-2015/big-
    …  data-interchange.html?intcmp=HPFaces10_AndrewFutreal"
    …  id="patients_family_flipheroitem_andrew_futreal" target="_self">
81537  <div class="flipper">
81538  <div class="front">
81539  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81540  <source
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.576.576.high.jpg/1468420288643.jpg 2x,
    …  /content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/mainparsys
    …  /flipheroitem.resize.288.288.high.jpg/1468420288643.jpg 1x" media="(min-width:
    …  993px)"/>
81541  <source
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
81542  <!--[if IE 9]></video><![endif]-->
81543  <img
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.640.640.high.jpg/1468420288643.jpg
    …  2x,/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.320.320.high.jpg/1468420288643.jpg 1x" alt=""
    …  src="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/xflipheroitem.resize.jpg.pagespeed.ic.7mVYWjKyM_.jpg">
81544  </picture>
81545  </div>
81546  <div class="back">
81547  <div class="inner">
81548  <div class="inner-body">
81549  <i class="mda-icon-support-favorite mda-2x icon"></i>
81550  <p class="title">Andrew Futreal </p>
81551  <p class="subtitle">Researcher </p>
```

Page 2496

```
81552  </div>
81553  </div>
81554  </div>
81555  </div>
81556  </a>
81557  </div>
81558  </div>
81559  </div>
81560  </div>
81561  </section>
81562  <!--googleoff: snippet-->
81563  <section class="appt-section bleed-full scroll-trans fade-in reveal"
   …   data-transition="fadeIn">
81564  <div class="module">
81565  <div class="appointment-bar">
81566  <div class="appointment-wrapper table">
81567  <div class="appointment-header cell-m m-pad middle">
81568  <a href="https://www4.mdanderson.org/contact/selfreferral/index.cfm"
   …   id="patients_family_appointmentbar_request_an_appo" target="_self">Request an
   …   Appointment
81569  </a>
81570  </div>
81571  <div class="text cell-l last m-pad middle">
81572  <p>Speak with a Health Information Specialist</p>
81573  <a class="action-main" href="tel:1%20877%20632%206789">Call
81574  1 877 632 6789</a>
81575  </div>
81576  </div>
81577  </div>
81578  </div>
81579  </section>
81580  <!--googleon: snippet-->
81581  <!-- ROW (2-COLUMN)-->
81582  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
81583  <div class="table  ">
81584  <div class="col-double cell-f middle  ">
81585  <div class="module">
81586  <div class="badge scroll-trans" data-transition="badgeCounter">
81587  <div class="badge-img-container">
81588  <img
   …   src="data:image/png;base64,
```

```
   …   iVBORw0KGgoAAAANSUhEUgAAAMMAAADOCAYAAACD4bZOAAAJSUlEQVR42u2daYhVZRjHp9JoUdqcmTuj5Yyza
   …   QtRFFEEEUURRItUEJUQ0UIfoijqUyt9EVsI2omghSCKdDR1xnWcxRnHLddMJLNENDXKpXAZT/
   …   937nu8557RcXTumXvOeX8X8ffgzcDyLnvL977vM/z/
   …   u8J7n7nlXTUZrbNqS7zGsGsO08qYBuEeP2FTiy9AsGbgo4ChHxOZeGbrqqKv6YP67Mm85FAQeZXjXqXH/
   …   l1tRQZAhqwMLcgAyJCVYVFAhnJJkAGTorMts5ckAyGDTpHnIAMiQlQlWEuMgAy8GQAZEAgG6wKwMe5ABABkA+
   …   pGBAhqqQQTIs5skAyMCTASBPhvbazHb2MwAySIa2mswOZABqQBABmQmA6SCtDLTIAMiADIAMyYABxbxBqJVQAaeDI
   …   AMARkW12TvbEYGQGAavpKWmfNfs61lJkAGTorqvVYsrCm3HziIxQG3JZdgwYYcza1Q2Vnhkw9MBnNJZh44Qxq4W3pmG
   …   0p59MCAFOMaOqdG8fGQzrxo/22moz/GQC12TYd0wZDD9LiMUS4seqUi4WuC2DYcP4MZ2Ka6+
   …   pGiHAcRkMv4jl9ZWe2QXHRQOnzfZCFWGWTJi4cOC2Dz2qSJkCGHGtJmgAZcqq9SdNNmkiZwXQY/aVpSV+
   …   HNJmkC12XwC+tl9RXeHE4JBJddl8PmpodJbQE8TIEMW09O0OqKbc/KNcXHBbBBr+nqQ2OWDkiBDGsHK4cN/
   …   FmIQQkWIYthZDBL6yX9vY9VViD4zL4r1LA9TRTW4LwMG21Pk0maKKxcBeRn8Fo7WmnIKa0CCG4tWjjAeRn8wtq
   …   0cJA0QQx12D+kMviYFg6SJkAGy8r6So9xloAMoaaqGY5Jb8BJ5jr+6789r9yr8IXq12D2kTHQHYjYjs5OROf2XvLLsorFOLvugO
   …   LvnSJoAGfLLfRaxkThMgQ/
   …   6cpgXMaQLXZQgmTa2cGQHIkEuaGIAMyBBKmhhLA87LEByAzFgacF6GYAsHR20BMgQK6xYKa0CCG/
   …   BYONguB8zIEC2tOFgLnZcgVlhXsjQBkCkM97pRUcnJeBwhoGKcN/
   …   qZLBL6wZSwPIEDhZqZIOkCZAhd7JQFy0cgAwkTYMTAAMHggHw0aUIIcF6GYNLEuwhwXoXoZoZ5+
   …   ITnbPATLkmvw4aguQITSWWZh5jaZDBdRl8IVY3VJVJIIQMyBI/
   …   aalMdQdKEDM7L4BfWi0makAEZGICMDMhw3AHJ1YdKVBBgjtnqOwRgYInGFNHHVYEMEGGjh4I01MoAtrLsorFOLvugO
   …   IMNJvqAzLRzNFbNbIAFlW2JOFKKyRAQInC/
   …   HGGhkgcIY1SRMygE2a2kmakAFyY2k662IkTCgcAftLUzZwmZIZAcZk5TM3OakAFyPU3U3J3ziV6RAZZjTlAYZ2/
   …   mYRR3PUFtErMgBjaZ2AB+jb5ddPkhwyQexexrJ4mP2SAo9tJTdLEnCZkgKNzmrI9TSRNyy0ACMpUEGYYCwNNNmKC/
   …   dcRyCmtkAAYgx0iGg8gQI18wA5IWcLIQMkJvTxGGYhZIBA0sRYGMMAQQGHNyUlIAHmbhSoZgIwMTmMkL9ZiDfWyAB5m
   …   4WmV7FwkQF6Nwu1kTQHA+
   …   RaOExP00yEQAbIJk3d3dJE3IAH2TJgprZIDAZiQEQAawwSRM9xWTcqAoaoSSzULIADZvmMypPBTOOhpQgYYIBRay
   …   ay27AhZAB/
   …   Ckf2qC0WOzKA3SzEWJoByAIGRw6l1J2kqqV8ZDiODODQ4Vl71gaThZCBmAsDTJAn8Rkph9MDNZ
   …   HZ9sxAyQF7S5PIZ1sgAeYWW1ObE0yAB9MD1NLiZNyYADHHYYDS2lgaZIB+
```

81588…
e5raaAkmpABEj5w0tb4tcgaAyqsxempUQjYmP4z1o51KgDbPde1pACB67Bqka6gt6epPN09tcgAg2rh6KpLT
08TMsCgk6alKelpkgw9yAAFGYCc9KQJGYAByMgAUe2eW5TQAcjIACRNyADRJ00ViUqakAEiHUuTpKQJGSDy6H
VFQg51D8vQww2EqOY0xX0AclgGbh5EnzRVIQPA0aQpjpuFkAGKMqfJJE1xO2oLGaB4SVN9vI7aQgYoetIU16O
2kAGKziqbNDUiA0AuaSpmCwcyQKySpo4iDkBGBohlT1MxWjiQAWJZWC8rwlFbyACxHksz1JuFkAESMZZmKApr
+
1YcGSDehbUZgBx1CwcyQCIwA5A7azORtnAgAyQKs1moKaIpHMgAiWNFRPNekQES28JR6KO2kAES3cKxsIBjaZ
ABEp80tdZkCrJ7DhkgHUlTAQYgIwOkpoUjmzSduhBWphZkAOfH0lgZ5iEDpGoszfxT2D1nk6l1vgxLxGEuKiR
dCL+nqfHka4Z2XwbD+eJe8b5Yz8WFJEevrf00+ZkEanZl6WH9rNoxd1xZh/6+rc/vD80QplJMEl+
IrVxkSOLuOV8Ic1RVc3XZNi38hU3VZVP02URx1agUI8XZ/
ckQpkE8LX4Qf3HBIeZsUFE9dVZV6Sot9N3iezFJNIgRYrjIW+MnI0OQM8Q14iUxR/zLxYcickgsE++
KiaLsFNb0KcsQ5ixxs3hTdNr/HDcJosJ8+baIN8RtYmQBlnDBZAhznrhLvCfWcvNgkJif5TPEi+
IGMTyCNRuZDGEy4mHxudjCzYUTYAKbb2yNerk4fQjW6JDJEKZOPCW+E7u4+
c5jovxPxSOiugjrsagyBDHWXy1eEE1iP4sj9cVut3hH3CNKi7z+
YiVDmDPFTeJ10UExnnjMl9sCez9vFSNitt5iLUMYkxTcaWOzVeIICyzW7BaN9kl/
fVTFrqsyhCkXD4rPxK8svqLzu/ja1oCm2D0tYesp0TKEGSeeEN+
KP1mckWKeyuvExzYdHJvwtZM6GYKYb6UrxfNiltjLAh50sds13hJ3i1FpWvxplyGM+b16o3hVtImDLPB+
2SfmidfELeLcNC9+12QIY5KMO+
w33UqK8TE7xTT7JL1ODHNp8bsuQxiTcT8gPhGbHFj8v4mvxJPi0iQXu8gQPVXiMdsKsD0Fxe4a8ZF4SFzM/
UWGwRTjV4hnbZPYnpgv/oO2Y3iKbZK8kHuIDFExzHZMvmzbhw8UefGbpGyueMW2z5/DPUKGYmEW3+
1islgueiJe/OYdy1TxnLjW9WIXGeLNReI+8aHYWIDFv1l8KR4XE7i+yJBkLhGP2vRm2wkWfo8tdj+
wrSajuX7IkGYuE8/YJradtiN3smlCvIDrExMZAMAr+R916+X4fqG7yAAAAABJRU5ErkJggg=="
alt="shield"/>
81589 &lt;div class="badge-text"&gt;
81590 &lt;p class="badge-countup" data-max-count="27"&gt;27&lt;/p&gt;
81591 &lt;p class="countup-label"&gt;Years&lt;/p&gt;
81592 &lt;/div&gt;
81593 &lt;/div&gt;
81594 &lt;div&gt;
81595 &lt;p class="badge-heading"&gt;Best Hospitals in Cancer Care&lt;/p&gt;
81596 &lt;p class="badge-subhead"&gt;U.S. News &amp;amp; World Report&lt;/p&gt;
81597 &lt;/div&gt;
81598 &lt;/div&gt;
81599 &lt;/div&gt;
81600 &lt;/div&gt;
81601 &lt;div class="col-double last cell-m middle  last"&gt;
81602 &lt;div class="rte-container basic-content"&gt;
81603 &lt;h2&gt;Why Choose MD Anderson&lt;/h2&gt;
81604 &lt;p&gt;Every day, people like you choose MD Anderson for cancer treatment. But it's more
… than our decades of experience, top national rankings and leadership in cancer
… prevention that set us apart. It goes beyond our groundbreaking research and
… innovative clinical care that provide new therapies years before they become standard
… in the community. It's because we put all of our focus on you.&lt;/p&gt;
81605 &lt;p&gt;&lt;span class="cta"&gt;&lt;a adhocenable="false"
… href="/patients-family/becoming-our-patient/why-md-anderson.html"&gt;Learn more about MD
… Anderson&lt;/a&gt;&lt;/span&gt;&lt;/p&gt;
81606 &lt;/div&gt;
81607 &lt;/div&gt;
81608 &lt;/div&gt;
81609 &lt;/section&gt;
81610 &lt;!-- /ROW --&gt;
81611 &lt;!-- ROW (2-COLUMN)--&gt;
81612 &lt;section class=" highlight scroll-trans fade-in" data-transition="fadeIn"&gt;
81613 &lt;div class="table  "&gt;
81614 &lt;div class="col-double cell-m   cell-border"&gt;
81615 &lt;div&gt;
81616 &lt;div class="module"&gt;
81617 &lt;div class="search-block"&gt;
81618 &lt;div class="search-block-header"&gt;
81619 &lt;div class="icon-circle"&gt;
81620 &lt;span class="fa-stack fa-3x purple"&gt;&lt;i class="fa mda-icon-cancertypes mda-stack-1x
… scroll-trans fade-in reveal" data-transition="fadeIn"
… data-transition-delay="300"&gt;&lt;/i&gt; &lt;/span&gt;
81621 &lt;/div&gt;
81622 &lt;h3&gt;Cancer Types&lt;/h3&gt;
81623 &lt;/div&gt;
81624 &lt;div class="search-wrapper purple"&gt;
81625 &lt;form name="search-cancer-types" id="search-cancer-types" class="search-form"
… data-searchurl="/etc/designs/mda/mda-web/cancertype-search.xml"&gt;

```
81626  <i class="search-icon fa fa-search"></i> <input class="search-field" size="1"
   …   placeholder="Search by type of cancer or condition"> <input type="submit"
   …   value="Search" class="form-search-submit mda-btn">
81627  </form>
81628  <ul class="search-results" role="listbox"></ul>
81629  </div>
81630  <div class="search-cta-wrapper">
81631  <a class="cta" href="https://www.mdanderson.org/cancer-types.html"
   …   target="_self">Browse cancer types <i class="teaser-more mdicon-arrow"></i></a>
81632  </div>
81633  </div>
81634  </div>
81635  </div>
81636  <div class="module ">
81637  <div class="search-block"
   …   data-predictiveurl="/search?sort=meta:NCT_Number:a&amp;num=4&amp;ud=1&amp;output=
   …   xml_no_dtd&amp;oe=UTF-8&amp;ie=UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;
   …   site=mda_aem_prod&amp;getfields=diseases.Treatment.Physician.NCT_Number&amp;start=0&
   …   amp;q="
   …   data-dropdownurl="/search?num=10&amp;ud=1&amp;output=xml_no_dtd&amp;oe=UTF-8&amp;ie=
   …   UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;site=mda_aem_prod"
   …   data-searchresultspageurl="/patients-family/search-results.html?q=">
81638  <div class="search-block-header">
81639  <div class="icon-circle">
81640  <span class="fa-stack fa-3x lightblue"> <i data-transition-delay="300"
   …   data-transition="fadeIn" class="mda-stack-1x mda-icon-clinical_trials_new
   …   scroll-trans fade-in reveal"></i>
81641  </span>
81642  </div>
81643  <h3>Clinical Trials</h3>
81644  </div>
81645  <div class="search-wrapper lightblue"
   …   data-searchurl="/search?sort=meta:NCT_Number:a&amp;num=4&amp;ud=1&amp;output=
   …   xml_no_dtd&amp;oe=UTF-8&amp;ie=UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;
   …   site=mda_aem_prod&amp;getfields=diseases.Treatment.Physician.NCT_Number&amp;start=0&
   …   amp;q=">
81646  <form class="search-form" id="search-clinical-trials" name="search-clinical-trials">
81647  <i class="search-icon fa fa-search"></i> <input type="text" size="1"
   …   class="search-field" placeholder="Search clinical trials">
81648  <input type="submit" class="form-search-submit mda-btn" value="Go">
81649  </form>
81650  <ul role="listbox" class="search-results"></ul>
81651  </div>
81652  <div class="search-cta-wrapper">
81653  <a class="cta"
   …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/clinical-trials/
   …   clinical-trials-index.html">Browse clinical trials<i class="teaser-more
   …   mdicon-arrow"></i>
81654  </a>
81655  </div>
81656  </div>
81657  </div>
81658  </div>
81659  <div class="col-double last cell-m   last">
81660  <div class="module">
81661  <!-- -----First and second VARIATION ------ -->
81662  <div class="link-list">
81663  <div class="related-posts">
81664  <div class="link-list-heading icon-heading">
81665  <div class="icon-circle">
81666  <span class="fa-stack fa-3x icon-red">
81667  <i class="mda-icon-planning mda-stack-1x mda-inverse"></i>
81668  </span>
81669  </div>
81670  <h3 class="icon-heading">Plan Your Care</h3>
81671  </div>
81672  </div>
81673  <div class="link-list-body">
```

```
81674  <ul>
81675  <!-- for-each linklist Item -->
81676  <li class="link top-border">
81677  <!-- WHEN TARGET IS CURRENT WINDOW -->
81678  <a class="mdicon-linklist"
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …  care/prepare-for-your-first-visit.html">
81679  <h4 class="link-title">Prepare for your first visit</h4>
81680  <p class="link-body mda-hide-sm">We know getting ready to visit MD Anderson may be
    …  stressful, so we&#39;ve created a list to make things easier for you.</p>
81681  </a>
81682  <!-- WHEN TARGET IS NEW WINDOW -->
81683  </li>
81684  <!-- for-each linklist Item -->
81685  <li class="link">
81686  <!-- WHEN TARGET IS CURRENT WINDOW -->
81687  <a class="mdicon-linklist"
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …  care/insurance-billing-financial-support/insurance-plans.html">
81688  <h4 class="link-title">Check Insurance Coverage</h4>
81689  <p class="link-body mda-hide-sm">View our list of accepted health insurance plans to
    …  determine if you are covered.</p>
81690  </a>
81691  <!-- WHEN TARGET IS NEW WINDOW -->
81692  </li>
81693  <!-- for-each linklist Item -->
81694  <li class="link">
81695  <!-- WHEN TARGET IS CURRENT WINDOW -->
81696  <a class="mdicon-linklist"
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/getting-to-md-
    …  anderson/traveling-to-houston.html">
81697  <h4 class="link-title">Plan Travel and Lodging</h4>
81698  <p class="link-body mda-hide-sm">We can arrange domestic and international travel to
    …  and from Houston and help you find nearby accommodations.</p>
81699  </a>
81700  <!-- WHEN TARGET IS NEW WINDOW -->
81701  </li>
81702  </ul>
81703  <div class="link-list-cta">
81704  <div class="cta">
81705  <a
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …  care.html" target="_self" aria-label="Text"
    …  id="patients_family_linklist_view_planning_r">View planning resources
81706  <i class="fa mdicon-arrow"></i>
81707  </a>
81708  </div>
81709  </div>
81710  </div>
81711  </div>
81712  <!-- -----END of First and second VARIATION ----- -->
81713  <!-- -----THIRD VARIATION ----- -->
81714  <!-- ----END - THIRD VARIATION ----- -->
81715  </div>
81716  <!-- end of module -->
81717  </div>
81718  </div>
81719  </section>
81720  <!-- /ROW -->
81721  <section class="bleed-full scroll-trans fade-in" data-transition="fadeIn">
81722  <div class="module m-bleed">
81723  <div id="nlN8ylVF4Og_ref" class="basic-content-media mda-survivor-media
    …  bcm-fullwidth-image">
81724  <div class="basic-content-media-wrapper">
81725  <div class="media-image grey"
    …  data-imagepath="/content/mda/en/patients-family/jcr:content/mainparsys/fullwidthvideo
    …  " data-imagealt="Kara Million" data-suffix="/1473187455934.jpg"></div>
81726  <div class="media-inner">
```

```
81727  <div class="media-body-text">
81728  <div class="media-body-text">
81729  <h1>HPV vaccination</h1>
81730  <div class="carousel-body-text"><p>Survivor shares why it's important to prevent
   …   cancer<br>
81731  </p>
81732  </div>
81733  <div id="basic-video-container">
81734  <div id="nlN8ylVF4Og" class="display-video-content">
81735  <!-- video player gets inserted here when media option is click -->
81736  </div>
81737  </div>
81738  <div tabindex="0" class="video-play-button" aria-label="Watch Video"
   …   rel="playContentinDiv" data-video-div="#nlN8ylVF4Og"
   …   data-video-data="{&#34;id&#34;:&#34;nlN8ylVF4Og&#34;,&#34;source&#34;:&#34;youtube&#
   …   34;,&#34;sourceJson&#34;:&#34;null&#34;}">
81739  <a class="mdicon-videoplay md-2x" href="#" title="Play Video"></a>
81740  </div>
81741  </div>
81742  </div>
81743  </div>
81744  </div>
81745  </div>
81746  </div>
81747  </section>
81748  <section class="highlight">
81749  <div class="col-single">
81750  <div class="module ">
81751  <div class="collection tabbed">
81752  <div class="section-title">
81753  <h2>Stay Informed</h2>
81754  </div>
81755  <div class="mda-tabs">
81756  <div class="tab-menu-mobile mda-show-sm">
81757  <a href="#">Becoming Our Patient</a>
81758  </div>
81759  <ul class="tab-menu">
81760  <li><h3>
81761  <a href="#tabs-0">Becoming Our Patient</a>
81762  </h3></li>
81763  <li><h3>
81764  <a href="#tabs-1">Manage Your Risk</a>
81765  </h3></li>
81766  <li><h3>
81767  <a href="#tabs-2">International Center</a>
81768  </h3></li>
81769  <li><h3>
81770  <a href="#tabs-3">Ways To Help</a>
81771  </h3></li>
81772  </ul>
81773  <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-0">
81774  <div class="collection-item">
81775  <a
   …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/getting-to-md-
   …   anderson.html?intcmp=StayInformed1_BecomingOurPatient_GettingToMDA" class="inner"
   …   id="patients_family_collectionitem_getting_to_md_a" target="_self">
81776  <div class="collection-image">
81777  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81778  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
   …   anderson/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1473443057767
   …   .jpg 2x,
   …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-anderson
   …   /_jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1473443057767.jpg 1x"
   …   alt="MD Anderson building" media="(min-width: 993px)"/>
81779  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
   …   anderson/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="MD
```

```
81779…  Anderson building" media="(min-width: 753px)"/>
81780   <!--[if IE 9]></video><![endif]-->
81781   <img
  …     srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
  …     anderson/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1473443057767
  …     .jpg
  …     2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
  …     anderson/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1473443057767
  …     .jpg 1x" alt="MD Anderson building"
  …     src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
  …     anderson/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.k0qteIo6F3.
  …     jpg">
81782   </picture>
81783   </div>
81784   <div class="collection-body">
81785   <div class="body-title">
81786   <p>
81787   Getting to MD Anderson
81788   </p>
81789   </div>
81790   <div class="body-text">
81791   <p>Learn how to navigate parking and our buildings, and get information
81792   about the shuttle system.</p>
81793   </div>
81794   </div>
81795   </a>
81796   </div>
81797   <div class="collection-item background-yellow">
81798   <a
  …     href="https://www.mdanderson.org/patients-family/becoming-our-patient/services-
  …     amenities.html?intcmp=StayInformed2_BecomingOurPatient_ServicesAmenities"
  …     class="inner" id="patients_family_collectionitem_services_amenit" target="_self">
81799   <div class="collection-body">
81800   <div class="body-title">
81801   <p>
81802   Services &amp; Amenities
81803   </p>
81804   </div>
81805   <div class="body-text">
81806   <p>We have barber and gift shops, postal and laundry services, child care,
81807   free Wi-Fi and more available for you.</p>
81808   </div>
81809   </div>
81810   </a>
81811   </div>
81812   <div class="collection-item">
81813   <a
  …     href="https://www.mdanderson.org/patients-family/becoming-our-patient/while-youre-
  …     here.html?intcmp=StayInformed3_BecomingOurPatient_WhileYoureHere" class="inner"
  …     id="patients_family_collectionitem_while_you_re_he" target="_self">
81814   <div class="collection-image">
81815   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81816   <source
  …     srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
  …     here/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1473443161073.jpg
  …     2x,
  …     /content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
  …     _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1473443161073.jpg 1x"
  …     alt="Garden" media="(min-width: 993px)"/>
81817   <source
  …     srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
  …     here/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Garden"
  …     media="(min-width: 753px)"/>
81818   <!--[if IE 9]></video><![endif]-->
81819   <img
  …     srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
  …     here/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1473443161073.jpg
  …     2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
```

```
81819 _jcr_content/mainparsys/xcollectionitem.resize.302.170.high.jpg/1473443161073.jpg 1x"
   … alt="Garden"
   … src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
   … _jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.wbmIQ0BrBM.jpg">
81820 </picture>
81821 </div>
81822 <div class="collection-body">
81823 <div class="body-title">
81824 <p>
81825 While You're Here
81826 </p>
81827 </div>
81828 <div class="body-text">
81829 <p>From gardens to libraries to worship spaces, we have many places for you
81830 and your family to relax, learn and reflect.</p>
81831 </div>
81832 </div>
81833 </a>
81834 </div>
81835 </div>
81836 <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-1">
81837 <div class="collection-item">
81838 <a
   … href="https://www.mdanderson.org/prevention-screening/manage-your-risk/diet.html?
   … intcmp=StayInformed4_ManageYourRisk_Diet" class="inner"
   … id="patients_family_collectionitem_diet" target="_self">
81839 <div class="collection-image">
81840 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81841 <source
   … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
   … _jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1473443212878.jpg 2x,
   … /content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content/
   … mainparsys/collectionitem.resize.372.209.high.jpg/1473443212878.jpg 1x" alt="Salmon,
   … eggs and nuts" media="(min-width: 993px)"/>
81842 <source
   … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
   … _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Salmon, eggs and
   … nuts" media="(min-width: 753px)"/>
81843 <!--[if IE 9]></video><![endif]-->
81844 <img
   … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
   … _jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1473443212878.jpg
   … 2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content/
   … mainparsys/collectionitem.resize.302.170.high.jpg/1473443212878.jpg 1x" alt="Salmon,
   … eggs and nuts"
   … src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content
   … /mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.AM8-BqiCPR.jpg">
81845 </picture>
81846 </div>
81847 <div class="collection-body">
81848 <div class="body-title">
81849 <p>
81850 Diet
81851 </p>
81852 </div>
81853 <div class="body-text">
81854 <p>Making the right food choices is a powerful cancer prevention tool. Find
81855 out how to fight cancer with proper nutrition.</p>
81856 </div>
81857 </div>
81858 </a>
81859 </div>
81860 <div class="collection-item background-red">
81861 <a
   … href="https://www.mdanderson.org/prevention-screening/manage-your-risk/physical-
   … activity.html?intcmp=StayInformed5_ManageYourRisk_PhysicalActivity" class="inner"
   … id="patients_family_collectionitem_physical_activi" target="_self">
81862 <div class="collection-body">
```

```
81863  <div class="body-title">
81864  <p>
81865  Physical Activity
81866  </p>
81867  </div>
81868  <div class="body-text">
81869  <p>Living an active lifestyle can help prevent obesity, which is a major
81870  risk factor for cancer.</p>
81871  </div>
81872  </div>
81873  </a>
81874  </div>
81875  <div class="collection-item">
81876  <a
  …    href="https://www.mdanderson.org/prevention-screening/manage-your-risk/smoking-
  …    tobacco.html?intcmp=StayInformed6_ManageYourRisk_SmokingTobacco" class="inner"
  …    id="patients_family_collectionitem_smoking_tobacco" target="_self">
81877  <div class="collection-image">
81878  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81879  <source
  …    srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
  …    tobacco/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1473443283376.
  …    jpg 2x,
  …    /content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-tobacco/
  …    _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1473443283376.jpg 1x"
  …    alt="Person breaking cigarettes" media="(min-width: 993px)"/>
81880  <source
  …    srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
  …    tobacco/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Person
  …    breaking cigarettes" media="(min-width: 753px)"/>
81881  <!--[if IE 9]></video><![endif]-->
81882  <img
  …    srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
  …    tobacco/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1473443283376.
  …    jpg
  …    2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-tobacco
  …    /_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1473443283376.jpg 1x"
  …    alt="Person breaking cigarettes"
  …    src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
  …    tobacco/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.VA2LZPfGAy.
  …    jpg">
81883  </picture>
81884  </div>
81885  <div class="collection-body">
81886  <div class="body-title">
81887  <p>
81888  Smoking &amp; Tobacco
81889  </p>
81890  </div>
81891  <div class="body-text">
81892  <p>Smoking and secondhand smoke can lead to lung cancer. Learn how to quit
81893  smoking and tips to prevent teens from starting.</p>
81894  </div>
81895  </div>
81896  </a>
81897  </div>
81898  </div>
81899  <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-2">
81900  <div class="collection-item">
81901  <a
  …    href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
  …    center/prepare-for-your-trip-international-patients.html?intcmp=
  …    StayInformed7_InternationalCenter_PrepareForYourTrip" class="inner"
  …    id="patients_family_collectionitem_prepare_for_you" target="_self">
81902  <div class="collection-image">
81903  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81904  <source
  …    srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
```

```
81904  your-trip/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/
    ..  1463065337746.png 2x,
    ..  /content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-trip/
    ..  _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065337746.png 1x"
    ..  alt="suitcase" media="(min-width: 993px)"/>
81905  <source
    ..  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
    ..  your-trip/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
    ..  alt="suitcase" media="(min-width: 753px)"/>
81906  <!--[if IE 9]></video><![endif]-->
81907  <img
    ..  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
    ..  your-trip/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/
    ..  1463065337746.png
    ..  2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-
    ..  trip/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065337746.png
    ..  1x" alt="suitcase"
    ..  src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-
    ..  trip/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.LWODX5VGwN.jpg">
81908  </picture>
81909  </div>
81910  <div class="collection-body">
81911  <div class="body-title">
81912  <p>
81913  Prepare for Your Trip
81914  </p>
81915  </div>
81916  <div class="body-text">
81917  <p>Find out which medical documents you'll need to bring, how we can help
81918  you with travel and lodging and more.</p>
81919  </div>
81920  </div>
81921  </a>
81922  </div>
81923  <div class="collection-item">
81924  <a
    ..  href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
    ..  center/frequently-asked-questions.html?intcmp=StayInformed8_InternationalCenter_FAQ"
    ..  class="inner" id="patients_family_collectionitem_frequently_aske" target="_self">
81925  <div class="collection-image">
81926  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81927  <source
    ..  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    ..  asked-questions/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/
    ..  1463065368629.jpg 2x,
    ..  /content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    ..  questions/_jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/
    ..  1463065368629.jpg 1x" alt="International Center representative talking to patient"
    ..  media="(min-width: 993px)"/>
81928  <source
    ..  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    ..  asked-questions/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
    ..  alt="International Center representative talking to patient" media="(min-width:
    ..  753px)"/>
81929  <!--[if IE 9]></video><![endif]-->
81930  <img
    ..  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    ..  asked-questions/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/
    ..  1463065368629.jpg
    ..  2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    ..  questions/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/
    ..  1463065368629.jpg 1x" alt="International Center representative talking to patient"
    ..  src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    ..  questions/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.FON9Pdd9nA.
    ..  jpg">
81931  </picture>
81932  </div>
81933  <div class="collection-body">
```

```
81934  <div class="body-title">
81935  <p>
81936  Frequently Asked Questions
81937  </p>
81938  </div>
81939  <div class="body-text">
81940  <p>Get answers to our international patients' most common questions about
81941  coming to Houston and MD Anderson.</p>
81942  </div>
81943  </div>
81944  </a>
81945  </div>
81946  <div class="collection-item background-orange">
81947  <a
   …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
   …   center/meet-our-staff.html?intcmp=StayInformed9_InternationalCenter_MeetOurStaff"
   …   class="inner" id="patients_family_collectionitem_meet_our_staff" target="_self">
81948  <div class="collection-body">
81949  <div class="body-title">
81950  <p>
81951  Meet Our Staff
81952  </p>
81953  </div>
81954  <div class="body-text">
81955  <p>Get to know the International Center team that is here to help you
81956  before and during your trip to MD Anderson.</p>
81957  </div>
81958  </div>
81959  </a>
81960  </div>
81961  </div>
81962  <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-3">
81963  <div class="collection-item background-red">
81964  <a
   …   href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/donate-goods-or
   …   -services.html?intcmp=StayInformed10_WaysToHelp_GoodsAndServices" class="inner"
   …   id="patients_family_collectionitem_goods_and_servi" target="_self">
81965  <div class="collection-body">
81966  <div class="body-title">
81967  <p>
81968  Goods and Services
81969  </p>
81970  </div>
81971  <div class="body-text">
81972  <p>Interested in donating something to our patients? Learn how.</p>
81973  </div>
81974  </div>
81975  </a>
81976  </div>
81977  <div class="collection-item">
81978  <a
   …   href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/childrens-art-
   …   project.html?intcmp=StayInformed11_WaysToHelp_CAP" class="inner"
   …   id="patients_family_collectionitem_children_s_art_" target="_self">
81979  <div class="collection-image">
81980  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
81981  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
   …   project/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065467004.
   …   jpg 2x,
   …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-project/
   …   _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065467004.jpg 1x"
   …   media="(min-width: 993px)"/>
81982  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
   …   project/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
   …   media="(min-width: 753px)"/>
81983  <!--[if IE 9]></video><![endif]-->
```

```
81984  <img
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
   …   project/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065467004.
   …   jpg
   …   2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
   …   project/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065467004.
   …   jpg 1x" alt=""
   …   src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
   …   project/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.yfvRS0rWKM.
   …   jpg">
81985  </picture>
81986  </div>
81987  <div class="collection-body">
81988  <div class="body-title">
81989  <p>
81990  Children's Art Project
81991  </p>
81992  </div>
81993  <div class="body-text">
81994  <p>Purchasing artwork designed by our pediatric patients helps fund
81995  educational programs, college scholarships and more.</p>
81996  </div>
81997  </div>
81998  </a>
81999  </div>
82000  <div class="collection-item">
82001  <a
   …   href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/give-blood.html
   …   ?intcmp=StayInformed12_WaysToHelp_DonateBlood" class="inner"
   …   id="patients_family_collectionitem_donate_blood" target="_self">
82002  <div class="collection-image">
82003  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82004  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065506749.jpg 2x,
   …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065506749.jpg 1x"
   …   alt="Blood bank" media="(min-width: 993px)"/>
82005  <source
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Blood bank"
   …   media="(min-width: 753px)"/>
82006  <!--[if IE 9]></video><![endif]-->
82007  <img
   …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065506749.jpg
   …   2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065506749.jpg 1x"
   …   alt="Blood bank"
   …   src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
   …   _jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.9SIpZn7BBE.jpg">
82008  </picture>
82009  </div>
82010  <div class="collection-body">
82011  <div class="body-title">
82012  <p>
82013  Donate Blood
82014  </p>
82015  </div>
82016  <div class="body-text">
82017  <p>MD Anderson cancer patients require approximately 200 units of red blood
82018  cells and 600 units of platelets every day.</p>
82019  </div>
82020  </div>
82021  </a>
82022  </div>
82023  </div>
82024  </div>
```

```
82025 </div>
82026 </div>
82027 </div>
82028 </section><section class="highlight">
82029 <div class="col-single">
82030 <div class="module ">
82031 <div class="carousel">
82032 <h2 class="section-title">
82033 MD Anderson Highlights
82034 <!-- /* data-sly-unwrap */ -->
82035 </h2>
82036 <div class="carousel-group default carousel-config-standard">
82037 <div class="carousel-item">
82038 <a
 …  href="https://www.mdanderson.org/newsroom/2016/08/md-anderson-named-to.html?intcmp=
 …  Highlights1_TopCancerHospital" class="carousel-item-link"
 …  id="patients_family_carouselitem_top_cancer_hosp" target="_self">
82039 <div class="carousel-image">
82040 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82041 <source
 …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/
 …  _jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1470143074953.png 2x,
 …  /content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/_jcr_content/
 …  mainparsys/carouselitem.resize.251.141.high.jpg/1470143074953.png 1x"
 …  media="(min-width: 993px)"/>
82042 <source
 …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/
 …  _jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" media="(min-width:
 …  753px)"/>
82043 <!--[if IE 9]></video><![endif]-->
82044 <img
 …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/
 …  _jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1470143074953.png
 …  2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/_jcr_content/
 …  mainparsys/carouselitem.resize.180.180.high.jpg/1470143074953.png 1x" alt=""
 …  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/us-news/
 …  _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.5uJYDkqB9H.jpg">
82045 </picture>
82046 </div>
82047 <div class="carousel-body">
82048 <h3 class="body-title">
82049 Top cancer hospital
82050 <!-- /* data-sly-unwrap */ -->
82051 </h3>
82052 </div>
82053 </a>
82054 <div class="body-text">
82055 U.S. News &amp; World Report awards MD Anderson No. 1 ranking
82056 <!-- /* data-sly-unwrap */ -->
82057 </div>
82058 </div>
82059 <!-- /* data-sly-unwrap */ -->
82060 <div class="carousel-item">
82061 <a
 …  href="https://www.mdanderson.org/publications/oncolog/august-2016/house-call-drug-
 …  advertisements.html?intcmp=Highlights2_DrugAdvertisements" class="carousel-item-link"
 …  id="patients_family_carouselitem_drug_advertisem" target="_self">
82062 <div class="carousel-image">
82063 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82064 <source
 …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-
 …  advertisements/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/
 …  1473179810710.jpg 2x,
 …  /content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-advertisements/
 …  _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473179810710.jpg 1x"
 …  alt="Prescription medicine" media="(min-width: 993px)"/>
82065 <source
 …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-
```

```
82065… advertisements/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
   …  alt="Prescription medicine" media="(min-width: 753px)"/>
82066  <!--[if IE 9]></video><![endif]-->
82067  <img
   …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-
   …  advertisements/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/
   …  1473179810710.jpg
   …  2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-advertisements/
   …  _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473179810710.jpg 1x"
   …  alt="Prescription medicine"
   …  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/drug-advertisements
   …  /_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.QRjBrt0ToY.jpg">
82068  </picture>
82069  </div>
82070  <div class="carousel-body">
82071  <h3 class="body-title">
82072  Drug advertisements
82073  <!-- /* data-sly-unwrap */ -->
82074  </h3>
82075  </div>
82076  </a>
82077  <div class="body-text">
82078  Things you should consider about TV &amp; magazine ads
82079  <!-- /* data-sly-unwrap */ -->
82080  </div>
82081  </div>
82082  <!-- /* data-sly-unwrap */ -->
82083  <div class="carousel-item">
82084  <a
   …  href="https://www.mdanderson.org/newsroom/2016/08/scripps-health-and-m.html?intcmp=
   …  Highlights3_ScrippsMDAnderson" class="carousel-item-link" aria-label="Scripps"
   …  id="patients_family_carouselitem_scripps_md_ande" target="_self">
82085  <div class="carousel-image">
82086  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82087  <source
   …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-
   …  anderson/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1473442695210.
   …  jpg 2x,
   …  /content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-anderson/
   …  _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473442695210.jpg 1x"
   …  media="(min-width: 993px)"/>
82088  <source
   …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-
   …  anderson/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
   …  media="(min-width: 753px)"/>
82089  <!--[if IE 9]></video><![endif]-->
82090  <img
   …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-
   …  anderson/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1473442695210.
   …  jpg
   …  2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-anderson/
   …  _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473442695210.jpg 1x"
   …  alt=""
   …  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/scripps-md-anderson
   …  /_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.LhXCCWro-u.jpg">
82091  </picture>
82092  </div>
82093  <div class="carousel-body">
82094  <h3 class="body-title">
82095  Scripps MD Anderson
82096  <!-- /* data-sly-unwrap */ -->
82097  </h3>
82098  </div>
82099  </a>
82100  <div class="body-text">
82101  Partnership gives more people easy access to our care
82102  <!-- /* data-sly-unwrap */ -->
82103  </div>
```

```
82104  </div>
82105  <!-- /* data-sly-unwrap */ -->
82106  <div class="carousel-item">
82107  <a href="http://www.cancermoonshots.org/?intcmp=Highlights4_MoonShotsProgram"
   …   class="carousel-item-link" aria-label=" Opens a new window"
   …   id="patients_family_carouselitem_moon_shots_prog" target="_blank">
82108  <div class="carousel-image">
82109  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82110  <source
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
   …   _jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1461858772194.jpg 2x,
   …   /content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/_jcr_content/
   …   mainparsys/carouselitem.resize.251.141.high.jpg/1461858772194.jpg 1x" alt="MD
   …   Anderson campus at night with moon in background" media="(min-width: 993px)"/>
82111  <source
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
   …   _jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" alt="MD Anderson campus
   …   at night with moon in background" media="(min-width: 753px)"/>
82112  <!--[if IE 9]></video><![endif]-->
82113  <img
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
   …   _jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1461858772194.jpg
   …   2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
   …   _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1461858772194.jpg 1x"
   …   alt="MD Anderson campus at night with moon in background"
   …   src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
   …   _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.wyb3PuIPGs.jpg">
82114  </picture>
82115  </div>
82116  <div class="carousel-body">
82117  <h3 class="body-title">
82118  Moon Shots Program <span class="mda-icon-linkout">
82119  </span>
82120  <!-- /* data-sly-unwrap */ -->
82121  </h3>
82122  </div>
82123  </a>
82124  <div class="body-text">
82125  Learn about our bold plan to end the threat of cancer.
82126  <!-- /* data-sly-unwrap */ -->
82127  </div>
82128  </div>
82129  <!-- /* data-sly-unwrap */ -->
82130  <div class="carousel-item">
82131  <a
   …   href="https://www.mdanderson.org/publications/cancerwise/2016/08/microbiome-cancer.
   …   html?intcmp=Highlights5_MicrobiomeCancer" class="carousel-item-link"
   …   id="patients_family_carouselitem_microbiome_canc" target="_self">
82132  <div class="carousel-image">
82133  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82134  <source
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-
   …   cancer/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1473182999382.jpg
   …   2x,
   …   /content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-cancer/
   …   _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473182999382.jpg 1x"
   …   media="(min-width: 993px)"/>
82135  <source
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-
   …   cancer/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
   …   media="(min-width: 753px)"/>
82136  <!--[if IE 9]></video><![endif]-->
82137  <img
   …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-
   …   cancer/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1473182999382.jpg
   …   2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-cancer/
   …   _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473182999382.jpg 1x"
   …   alt=""
```

```
82137  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/microbiome-cancer/
  …    _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.O-cpSX_Stt.jpg">
82138  </picture>
82139  </div>
82140  <div class="carousel-body">
82141  <h3 class="body-title">
82142  Microbiome &amp; cancer
82143  <!-- /* data-sly-unwrap */ -->
82144  </h3>
82145  </div>
82146  </a>
82147  <div class="body-text">
82148  Learn what a microbiome is &amp; how it affects your cancer risk
82149  <!-- /* data-sly-unwrap */ -->
82150  </div>
82151  </div>
82152  <!-- /* data-sly-unwrap */ -->
82153  <div class="carousel-item">
82154  <a
  …    href="https://www.mdanderson.org/publications/focused-on-health/August2016/foods-
  …    lower-cancerrisk.html?intcmp=Highlights6_LowerYourCancerRisk"
  …    class="carousel-item-link" id="patients_family_carouselitem_lower_your_canc"
  …    target="_self">
82155  <div class="carousel-image">
82156  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82157  <source
  …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-
  …    cancer-risk/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/
  …    1473179920750.jpg 2x,
  …    /content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-cancer-risk/
  …    _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473179920750.jpg 1x"
  …    alt="Berries" media="(min-width: 993px)"/>
82158  <source
  …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-
  …    cancer-risk/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
  …    alt="Berries" media="(min-width: 753px)"/>
82159  <!--[if IE 9]></video><![endif]-->
82160  <img
  …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-
  …    cancer-risk/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/
  …    1473179920750.jpg
  …    2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-cancer-
  …    risk/_jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473179920750.jpg
  …    1x" alt="Berries"
  …    src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/lower-your-cancer-
  …    risk/_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.bYvhwyx5Wk.jpg">
82161  </picture>
82162  </div>
82163  <div class="carousel-body">
82164  <h3 class="body-title">
82165  Lower your cancer risk
82166  <!-- /* data-sly-unwrap */ -->
82167  </h3>
82168  </div>
82169  </a>
82170  <div class="body-text">
82171  We recommend five foods beneficial to your overall health
82172  <!-- /* data-sly-unwrap */ -->
82173  </div>
82174  </div>
82175  <!-- /* data-sly-unwrap */ -->
82176  <div class="carousel-item">
82177  <a
  …    href="https://www.mdanderson.org/publications/promise/summer-2016/Cosmetics-
  …    entrepreneur-focuses-on-cancers-genetic-makeup.html?intcmp=
  …    Highlights7_SurvivorDonates1M" class="carousel-item-link"
  …    id="patients_family_carouselitem_survivor_donate" target="_self">
82178  <div class="carousel-image">
```

```
82179  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82180  <source
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates
    …  -1m/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1473180328697.jpg
    …  2x,
    …  /content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates-1m/
    …  _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473180328697.jpg 1x"
    …  alt="Jane Ford-Petrin and Chris Petrin" media="(min-width: 993px)"/>
82181  <source
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates
    …  -1m/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" alt="Jane
    …  Ford-Petrin and Chris Petrin" media="(min-width: 753px)"/>
82182  <!--[if IE 9]></video><![endif]-->
82183  <img
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates
    …  -1m/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1473180328697.jpg
    …  2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates-1m/
    …  _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473180328697.jpg 1x"
    …  alt="Jane Ford-Petrin and Chris Petrin"
    …  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/survivor-donates-1m
    …  /_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.vyJGHjTYXx.jpg">
82184  </picture>
82185  </div>
82186  <div class="carousel-body">
82187  <h3 class="body-title">
82188  Survivor donates $1M
82189  <!-- /* data-sly-unwrap */ -->
82190  </h3>
82191  </div>
82192  </a>
82193  <div class="body-text">
82194  Lung cancer patient makes big donation to support moon shot
82195  <!-- /* data-sly-unwrap */ -->
82196  </div>
82197  </div>
82198  <!-- /* data-sly-unwrap */ -->
82199  <div class="carousel-item">
82200  <a
    …  href="http://www.cancerfrontline.org/a-new-study-sheds-light-on-how-tumors-evolve/?
    …  intcmp=Highlights8_HowTumorsEvolve" class="carousel-item-link" aria-label=" Opens a
    …  new window" id="patients_family_carouselitem_how_tumors_evol" target="_blank">
82201  <div class="carousel-image">
82202  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
82203  <source
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-
    …  evolve/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1473180925483.jpg
    …  2x,
    …  /content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-evolve/_
    …  jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1473180925483.jpg 1x"
    …  media="(min-width: 993px)"/>
82204  <source
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-
    …  evolve/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    …  media="(min-width: 753px)"/>
82205  <!--[if IE 9]></video><![endif]-->
82206  <img
    …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-
    …  evolve/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1473180925483.jpg
    …  2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-evolve/
    …  _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1473180925483.jpg 1x"
    …  alt=""
    …  src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/how-tumors-evolve/
    …  _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.s_xYlA73pL.jpg">
82207  </picture>
82208  </div>
82209  <div class="carousel-body">
82210  <h3 class="body-title">
82211  How tumors evolve <span class="mda-icon-linkout">
```

```
82212 </span>
82213 <!-- /* data-sly-unwrap */ -->
82214 </h3>
82215 </div>
82216 </a>
82217 <div class="body-text">
82218 New study sheds light about tumor formation and growth
82219 <!-- /* data-sly-unwrap */ -->
82220 </div>
82221 </div>
82222 <!-- /* data-sly-unwrap */ -->
82223 </div>
82224 </div>
82225 </div>
82226 </div>
82227 </section>
82228 <!-- ROW (2-COLUMN)-->
82229 <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
82230 <div class="table  ">
82231 <div class="col-double cell-l  cell-full-height ">
82232 <div class="module">
82233 <div class="promo promo-background-red promo-with-background promo-icon-white
   ... promo-text-center">
82234 <div class="promo-icon icon-circle">
82235 <span class="fa-stack fa-3x"> <i class="fa mda-icon-myCancerConnection mda-stack-1x
   ... mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   ... data-transition-delay="300"></i>
82236 </span>
82237 </div>
82238 <div class="promo-text">
82239 <h3 class="title minion-heading heading-center">
82240 myCancerConnection
82241 </h3>
82242 <div class="body mda-hide-md normal">
82243 Talk to someone who shares your cancer diagnosis and be matched with a
82244 survivor.</div>
82245 <div class="cta-wrapper cta-block-wrapper">
82246 <a
   ... href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
   ... mycancerconnection.html" class="cta cta-block"
   ... id="patients_family_flexpromo_learn_more" target="_self">Learn more
82247 </a>
82248 </div>
82249 </div>
82250 </div>
82251 </div>
82252 </div>
82253 <div class="col-double last cell-r  cell-full-height last">
82254 <div class="module">
82255 <div class="promo promo-background-purple promo-with-background promo-icon-white
   ... promo-text-center">
82256 <div class="promo-icon icon-circle">
82257 <span class="fa-stack fa-3x"> <i class="fa mda-icon-1on1counseling mda-stack-1x
   ... mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   ... data-transition-delay="300"></i>
82258 </span>
82259 </div>
82260 <div class="promo-text">
82261 <h3 class="title minion-heading heading-center">
82262 One-on-One Counseling
82263 </h3>
82264 <div class="body mda-hide-md normal">
82265 <p>Take advantage of short-term counseling provided free of charge by
82266 our clinical social workers.</p></div>
82267 <div class="cta-wrapper cta-block-wrapper">
82268 <a
   ... href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
   ... social-work.html" class="cta cta-block">
```

```
82268… id="patients_family_flexpromo_Find_a_support_" target="_self">Find a support coach
82269 </a>
82270 </div>
82271 </div>
82272 </div>
82273 </div>
82274 </div>
82275 </div>
82276 </section>
82277 <!-- /ROW -->
82278 <!-- ROW (3-COLUMN) -->
82279 <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
82280 <div class="table table-3col ">
82281 <div class="col4    ">
82282 <div class="module">
82283 <a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
   … target="_self">
82284 <div class="promo promo-simple promo-icon-red promo-text-center">
82285 <div class="promo-icon icon-circle">
82286 <span class="fa-stack fa-3x"> <i class="fa mda-icon-directions-stroke mda-stack-1x
   … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   … data-transition-delay="300"></i>
82287 </span>
82288 </div>
82289 <div class="promo-text">
82290 <h3 class="title minion-heading heading-center">
82291 Find Our Locations
82292 </h3>
82293 <div class="cta-wrapper cta-entire-module-wrapper">
82294 </div>
82295 </div>
82296 </div>
82297 </a>
82298 </div>
82299 </div>
82300 <div class="col4    ">
82301 <div class="module">
82302 <a href="https://www.mdanderson.org/publications.html" target="_self">
82303 <div class="promo promo-simple promo-icon-lightblue promo-text-center">
82304 <div class="promo-icon icon-circle">
82305 <span class="fa-stack fa-3x"> <i class="fa mda-icon-publications mda-stack-1x
   … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   … data-transition-delay="300"></i>
82306 </span>
82307 </div>
82308 <div class="promo-text">
82309 <h3 class="title minion-heading heading-center">
82310 Subscribe to Our Publications
82311 </h3>
82312 <div class="cta-wrapper cta-entire-module-wrapper">
82313 </div>
82314 </div>
82315 </div>
82316 </a>
82317 </div>
82318 </div>
82319 <div class="col4 last    ">
82320 <div class="module">
82321 <a href="https://www4.mdanderson.org/contact/ask-a-question/index.cfm?intcmp=bb_aaq"
   … target="_self">
82322 <div class="promo promo-simple promo-icon-green promo-text-center">
82323 <div class="promo-icon icon-circle">
82324 <span class="fa-stack fa-3x"> <i class="fa mda-icon-knowledgecenter mda-stack-1x
   … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   … data-transition-delay="300"></i>
82325 </span>
82326 </div>
82327 <div class="promo-text">
```

```
82328  <h3 class="title minion-heading heading-center">
82329  Ask a Question
82330  </h3>
82331  <div class="cta-wrapper cta-entire-module-wrapper">
82332  </div>
82333  </div>
82334  </div>
82335  </a>
82336  </div>
82337  </div>
82338  </div>
82339  </section>
82340  <!-- /ROW -->
82341  </div>
82342  <!--googleoff: all-->
82343  <div class="pre-footer">
82344  <div class="section"></div><div class="iparys_inherited">
82345  <!-- ROW (3-COLUMN) -->
82346  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
82347  <div class="table table-3col ">
82348  <div class="cell-t  cell-full-height ">
82349  <div class="module">
82350  <div class="promo promo-no-icon promo-background-red promo-with-background
   …  promo-icon-white promo-text-center">
82351  <div class="promo-text">
82352  <h3 class="title minion-heading heading-center">
82353  Give Now
82354  </h3>
82355  <div class="body mda-hide-md normal">
82356  <p>Your gift will help make a tremendous difference.</p></div>
82357  <div class="cta-wrapper cta-block-wrapper">
82358  <a
   …  href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&
   …  utm_source=hp_button&utm_medium=website&utm_campaign=HP_Button" class="cta cta-block"
   …  id="patients_family_flexpromo_100" target="_self">$100
82359  </a>
82360  </div>
82361  </div>
82362  </div>
82363  </div>
82364  </div>
82365  <div class="cell-t  cell-full-height ">
82366  <div class="module">
82367  <a href="https://www.mdandersonbloodbank.org" target="_blank">
82368  <div class="promo promo-background-black promo-with-background promo-icon-white
   …  promo-text-center">
82369  <div class="promo-icon icon-circle">
82370  <span class="fa-stack fa-3x"> <i class="fa mda-icon-drop mda-stack-1x mda-inverse
   …  scroll-trans fade-in reveal" data-transition="fadeIn"
   …  data-transition-delay="300"></i>
82371  </span>
82372  </div>
82373  <div class="promo-text">
82374  <h3 class="title minion-heading heading-center">
82375  Donate Blood
82376  </h3>
82377  <div class="body mda-hide-md normal">
82378  Giving blood and platelets provides hope for cancer patients who depend
82379  on the generosity of donors like you.</div>
82380  <div class="cta-wrapper cta-entire-module-wrapper">
82381  </div>
82382  </div>
82383  </div>
82384  </a>
82385  </div>
82386  </div>
82387  <div class="cell-t last  cell-full-height ">
82388  <div class="module">
```

```
82389 <a href="https://www.mdanderson.org/labors-volunteers/volunteer.html" target="_self">
82390 <div class="promo promo-background-blue promo-with-background promo-icon-white
   …  promo-text-center">
82391 <div class="promo-icon icon-circle">
82392 <span class="fa-stack fa-3x"> <i class="fa mda-icon-volunteer mda-stack-1x
   …  mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   …  data-transition-delay="300"></i>
82393 </span>
82394 </div>
82395 <div class="promo-text">
82396 <h3 class="title minion-heading heading-center">
82397 Volunteer
82398 </h3>
82399 <div class="body mda-hide-md normal">
82400 <p>Change the lives of cancer patients by giving your time and talent. </p></div>
82401 <div class="cta-wrapper cta-entire-module-wrapper">
82402 </div>
82403 </div>
82404 </div>
82405 </a>
82406 </div>
82407 </div>
82408 </div>
82409 </section>
82410 <!-- /ROW -->
82411 </div>
82412 </div>
82413 <section class="global-footer bleed-full">
82414 <footer>
82415 <div class="stay-connected">
82416 <div class="col-single inner">
82417 <div class="footer-banner-text">Stay Connected</div>
82418 <div class="social-links-wrapper">
82419 <div class="social-links">
82420 <div class="social-links-carousel">
82421 <a aria-label="facebook" href="//facebook.com/MDAnderson" class="box"
   …  target="_blank"><i class="fa fa-facebook-square fa-2x"></i></a> <a
   …  aria-label="twitter" href="//twitter.com/mdandersonnews" class="box"
   …  target="_blank"><i class="fa fa-twitter-square fa-2x"></i></a> <a
   …  aria-label="youtube" href="//youtube.com/mdandersonorg" class="box"
   …  target="_blank"><i class="fa fa-youtube-square fa-2x"></i></a> <a
   …  aria-label="instagram" href="//instagram.com/mdandersoncancercenter" class="box"
   …  target="_blank"><i class="fa fa-instagram fa-2x"></i></a>
82422 <a aria-label="pinterest" href="//pinterest.com/mdandersoncc" class="box"
   …  target="_blank"><i class="fa fa-pinterest-square fa-2x"></i></a> <a
   …  aria-label="linkedIn" href="//linkedin.com/company/md-anderson-cancer-center"
   …  class="box" target="_blank"><i class="fa fa-linkedin-square fa-2x"></i></a> <a
   …  aria-label="google-plus" href="//plus.google.com/+mdanderson" class="box"
   …  target="_blank"><i class="fa fa-google-plus-square fa-2x"></i></a> <a
   …  aria-label="flickr" href="//flickr.com/photos/mdandersoncancercenter" class="box"
   …  target="_blank"><i class="fa fa-flickr fa-2x"></i></a>
82423 </div>
82424 </div>
82425 </div>
82426 <div class="footer-cta-wrapper">
82427 <div class="footer-cta">
82428 <a href="https://www.mdanderson.org/publications.html">Subscribe to Publications</a>
82429 </div>
82430 </div>
82431 </div>
82432 </div>
82433 <div class="footer-links">
82434 <div class="col2 mda-logo">
82435 <a href="/"><img class="desktop"
   …  src="/content/mda/en/_jcr_content/footer/desktoplogo.resize.png" alt="MD Anderson
   …  logo"><img class="mobile"
   …  src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
   …  j92o1m7p2y.png" alt="MD Anderson logo"></a>
```

```
82436 </div>
82437 <div class="col1"></div>
82438 <div class="col2">
82439 <ul>
82440 <li class="title">Explore
82441 <div class="toggle"></div>
82442 </li>
82443 <li><a href="https://www.mdanderson.org/patients-family.html" target="_self">Patients
    … &amp; Family <span>
82444 </span>
82445 </a></li>
82446 <li><a href="https://www.mdanderson.org/prevention-screening.html"
    … target="_self">Prevention &amp; Screening <span>
82447 </span>
82448 </a></li>
82449 <li><a href="https://www.mdanderson.org/donors-volunteers.html" target="_self">Donors
    … &amp; Volunteers <span>
82450 </span>
82451 </a></li>
82452 <li><a href="https://www.mdanderson.org/for-physicians.html" target="_self">For
    … Physicians <span>
82453 </span>
82454 </a></li>
82455 <li><a href="https://www.mdanderson.org/research.html" target="_self">Research <span>
82456 </span>
82457 </a></li>
82458 <li><a href="https://www.mdanderson.org/education-training.html"
    … target="_self">Education &amp; Training <span>
82459 </span>
82460 </a></li>
82461 <li><a href="https://www.mdanderson.org/knowledge-center.html"
    … target="_self">Knowledge Center <span>
82462 </span>
82463 </a></li>
82464 </ul>
82465 </div>
82466 <div class="col2">
82467 <ul>
82468 <li class="title">About
82469 <div class="toggle"></div>
82470 </li>
82471 <li><a href="https://www.mdanderson.org/about-md-anderson.html" target="_self">About
    … MD Anderson <span>
82472 </span>
82473 </a></li>
82474 <li><a href="https://www.mdanderson.org/about-md-anderson/careers.html"
    … target="_self">Careers <span>
82475 </span>
82476 </a></li>
82477 <li><a href="http://www3.mdanderson.org/calendar/" target="_self">Events <span>
82478 </span>
82479 </a></li>
82480 <li><a href="https://www.mdanderson.org/publications.html"
    … target="_self">Publications <span>
82481 </span>
82482 </a></li>
82483 <li><a href="https://www.mdanderson.org/newsroom.html" target="_self">Newsroom <span>
82484 </span>
82485 </a></li>
82486 <li><a href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"
    … target="_self">For Employees <span>
82487 </span>
82488 </a></li>
82489 </ul>
82490 </div>
82491 <div class="col2">
82492 <ul>
82493 <li class="title">Finding Your Way
```

```
82494 <div class="toggle"></div>
82495 </li>
82496 <li><a href="https://www4.mdanderson.org/peoplefinder/" target="_self">Directory
    … <span>
82497 </span>
82498 </a></li>
82499 <li><a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
    … target="_self">Locations <span>
82500 </span>
82501 </a></li>
82502 <li><a href="http://access.mdanderson.org/" aria-label=" Opens a new window"
    … target="_blank">Directions <span class="mda-icon-linkout">
82503 </span>
82504 </a></li>
82505 <li><a href="https://www.mdanderson.org/patients-family/html-sitemap.html"
    … target="_self">Sitemap <span>
82506 </span>
82507 </a></li>
82508 </ul>
82509 </div>
82510 <div class="col3 last">
82511 <ul id="get-in-touch">
82512 <li class="title">GET IN TOUCH
82513 <div class="toggle"></div>
82514 </li>
82515 <li class="footer-contact-item ">
82516 <a href="tel:18776326789">
82517 <div class="icon-circle">
82518 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
    … mda-icon-call-stroke mda-stack-1x mda-inverse"></i>
82519 </span>
82520 </div> Call
82521 <div class="footer-contact-bold">1 877 632 6789</div>
82522 </a>
82523 </li>
82524 <li class="footer-contact-item onlyLabel">
82525 <a href="https://www4.mdanderson.org/contact/ask-a-question/index.cfm"
    … id="patients_family_footer">
82526 <div class="icon-circle">
82527 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
    … mda-icon-knowledgecenter mda-stack-1x mda-inverse"></i>
82528 </span>
82529 </div>Ask a question
82530 <div class="footer-contact-bold"></div>
82531 </a>
82532 </li>
82533 </ul>
82534 </div>
82535 </div>
82536 <div class="footer-links sublink-container">
82537 <div class="footer-sublinks">
82538 <div class="sublinks-list-container">
82539 <ul class="">
82540 <li class="title">More
82541 <div class="toggle"></div>
82542 </li>
82543 <li><a
    … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
    … site-policies/privacy-policy.html" id="patients_family_footer_1" target="_self">
    … Privacy Policy <span>
82544 </span>
82545 </a></li>
82546 <li><a
    … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
    … legal-statements.html" id="patients_family_footer_2" target="_self"> Legal Statement
    … &amp; Policies <span>
82547 </span>
82548 </a></li>
```

```
82549  <li><a
   …   href="https://www.mdanderson.org/about-md-anderson/facts-history/u-t-system-reports.
   …   html" id="patients_family_footer_3" target="_self"> Reports to the State <span>
82550  </span>
82551  </a></li>
82552  <li><a href="http://www3.mdanderson.org/emergencyalert/"
   …   id="patients_family_footer_4" target="_self"> Emergency Alert Information <span>
82553  </span>
82554  </a></li>
82555  <li><a href="https://www.mdanderson.org/about-md-anderson/state-of-texas-links.html"
   …   id="patients_family_footer_5" target="_self"> State of Texas Links <span>
82556  </span>
82557  </a></li>
82558  <li><a
   …   href="https://www.mdanderson.org/about-md-anderson/our-locations/md-anderson-cancer-
   …   network.html" id="patients_family_footer_6" target="_self"> MD Anderson Cancer
   …   Network <span>
82559  </span>
82560  </a></li>
82561  <li><a
   …   href="https://www.mdanderson.org/about-md-anderson/business-legal/doing-business-
   …   vendors-and-suppliers.html" id="patients_family_footer_7" target="_self"> Vendors
   …   &amp; Suppliers <span>
82562  </span>
82563  </a></li>
82564  </ul>
82565  </div>
82566  </div>
82567  </div>
82568  <div class="bottom-footer-bar">
82569  <a href="/"><img class="logo"
   …   src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
   …   j92o1m7p2y.png" alt="MD Anderson logo"></a>
82570  <p class="copyright">© 2016 The University of Texas <span class="nowrap">MD
   …   Anderson</span> Cancer Center </p>
82571  </div>
82572  </footer>
82573  </section>
82574  </div>
82575  </main>
82576  <div id="l-modal">
82577  <a class="modal-close" href="#"><i class="fa fa-times"></i></a>
82578  <div class="l-modal-body"></div>
82579  </div>
82580  <div>
82581  <script
   …   src="/etc/designs/mda/mda-web/external.min.98e3ca0b8766be3e6ebd01327878078d.js"></
   …   script>
82582  <script
   …   src="/etc/designs/mda/mda-web/internal.min.b074b8d381d7b6126b1a65e946990ef9.js.
   …   pagespeed.jm.6mnMNGXUv4.js"></script>
82583  </div>
82584  <script>jwplayer.key="25N2ZOTmozz/3c1gpM+ktqtrPMfPodASwMaINdctO0Q="</script>
82585  <!--[if gt IE 8]>
82586  <script
   …   src="/etc/designs/mda/core-design/clientlib-external/js/picturefill/picturefill.js"><
   …   /script>
82587  <!--<![endif]-->
82588  <!--[if lt IE 9]>
82589  <script data-sly-test="/etc/designs/mda/mda-web"
   …   src="/etc/designs/mda/mda-web/clientlib-external/js/app.ie8fallback.js"></script>
82590  <![endif]-->
82591  <!--googleon: all-->
82592  </body>
82593  </html>
82594
82595  **************************************************
82596  The following data is from mdanderson_org-20160919-page_source.txt
```

```
82597   ***...***...***...***...***...***...***...***
82598
82599
82600   <!doctype html>
82601   <!--[if lt IE 7]>        <html class="no-js lt-ie9 lt-ie8 lt-ie7 " lang="en">
    …   <![endif]-->
82602   <!--[if IE 7]>           <html class="no-js lt-ie9 lt-ie8 " lang="en"> <![endif]-->
82603   <!--[if IE 8]>           <html class="no-js lt-ie9 " lang="en"> <![endif]-->
82604   <!--[if IE 9]>           <html class="no-js ie9 " lang="en"> <![endif]-->
82605   <!--[if gt IE 9 | !IE]><!-->
82606   <html class="no-js " lang="en">
82607   <!--<![endif]-->
82608   <!-- Server Name: dcprlaempub01 -->
82609   <head>
82610   <meta charset="utf-8">
82611   <meta http-equiv="X-UA-Compatible" content="IE=edge">
82612   <meta name="viewport" content="width=device-width, initial-scale=1, minimum-scale=1,
    …   maximum-scale=1">
82613   <meta name="description" content="At MD Anderson, your treatment for colon cancer is
    …   personalized to focusing on your quality of life. Learn more about our process
    …   today.">
82614   <link rel="shortcut icon" href="/etc/designs/mda/mda-web/favicon.ico"/>
82615   <title>Colon Cancer | MD Anderson Cancer Center</title>
82616   <meta name="og:image" content="https://www.mdanderson.org/mda-logo.png">
82617   <meta name="og:type" content="Website">
82618   <meta name="twitter:card" content="Summary Card">
82619   <meta name="og:site_name" content="MD Anderson Cancer Center">
82620   <meta name="twitter:url"
    …   content="https://www.mdanderson.org/cancer-types/colon-cancer.html">
82621   <meta name="og:title" content="Colon Cancer">
82622   <meta name="diseases" content="Colon Cancer">
82623   <meta name="sorting_date" content="2016-03-31">
82624   <meta name="twitter:image" content="https://www.mdanderson.org/mda-logo.png">
82625   <meta name="navurl"
    …   content="https://www.mdanderson.org/cancer-types/colon-cancer.html">
82626   <meta name="isPrimaryDiseasePage" content="true">
82627   <meta name="twitter:site" content="@MDAndersonNews">
82628   <meta name="og:url"
    …   content="https://www.mdanderson.org/cancer-types/colon-cancer.html">
82629   <!--[if lt IE 10]>
82630       <link rel="stylesheet"
    …   href="/etc/designs/mda/core-design/clientlib-internal.min.css" type="text/css">
82631
82632       <link rel="stylesheet"
    …   href="/etc/designs/mda/mda-web/clientlib-internal-a-to-b.min.css" type="text/css">
82633
82634       <link rel="stylesheet"
    …   href="/etc/designs/mda/mda-web/clientlib-internal-c-to-i.min.css" type="text/css">
82635
82636       <link rel="stylesheet"
    …   href="/etc/designs/mda/mda-web/clientlib-internal-l-to-r.min.css" type="text/css">
82637
82638       <link rel="stylesheet"
    …   href="/etc/designs/mda/mda-web/clientlib-internal-s-to-z.min.css" type="text/css">
82639
82640   <![endif]-->
82641   <!--[if !IE]><!-->
82642   <link rel="stylesheet"
    …   href="/etc/designs/mda/mda-web/A.clientlib-all.min.cd0fc30771d4664d5e47c47073302fd3.
    …   css.pagespeed.cf.XXGEszvgh_.css" type="text/css">
82643   <!--<![endif]-->
82644   <!--[if IE]>
82645       <script
    …   src="/etc/designs/mda/core-design/clientlib-external/js/html5shiv/html5shiv.js"></
    …   script>
82646   <![endif]-->
82647   <script
    …   src="//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.sync.js"></script>
```

```
82648 </head>
82649 <body>
82650 <!--googleoff: all-->
82651 <script>var utag_data={};var page_section='';var page_category='';var
   … pathName=window.location.pathname.replace('.html','');var
   … pathArray=pathName.trim().split('/');var categoryArray=[];var page_name='';var
   … delimiter=':';var subCategoryIndex=1;var language='en';var device='desktop';for(var
   … i=0;i<pathArray.length;i++){if(i===0||pathArray[i].length===0){delimiter='';}else{
   … delimiter=':';}
82652 if(pathArray[i].length>0){page_name=page_name+pathArray[i]+delimiter;categoryArray.
   … push(pathArray[i]);}}
82653 for(var i=0;i<categoryArray.length;i++){if(i===0){page_section=categoryArray[i];}else
   … if(i===1){page_category=categoryArray[i];}else{utag_data['page_subcategory'+
   … subCategoryIndex]=categoryArray[i];subCategoryIndex++;}}
82654 if(page_name.length>0){page_name=page_name.substring(0,page_name.length-1);}}
82655 if(navigator.userAgent.match(/Android/i)!=null||navigator.userAgent.match(/BlackBerry
   … /i)!=null||navigator.userAgent.match(/iPhone|iPad|iPod/i)!=null||navigator.userAgent.
   … match(/Opera
   … Mini/i)!=null||navigator.userAgent.match(/IEMobile/i)!=null){if(Math.max(document.
   … documentElement.clientWidth,window.innerWidth||0)>752){device='tablet';}else{device='
   … mobile';}}
82656 utag_data.page_name=page_name;utag_data.page_section=page_section;utag_data.
   … page_category=page_category;utag_data.Language=language;utag_data.Device=device;</
   … script>
82657 <!-- Loading script asynchronously -->
82658 <script>var
   … tealiumDev='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/dev/utag.js';var
   … tealiumQa='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/qa/utag.js';var
   … tealiumProd='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.js';var
   … currentTealium=tealiumDev;if(document.domain.indexOf('mdanderson.org')>-1){
   … currentTealium=tealiumProd;}else
   … if(document.domain.indexOf('aem-test.mdanderson')>-1){currentTealium=tealiumQa;}else{
   … currentTealium=tealiumDev;}
82659 (function(a,b,c,d){a=currentTealium;b=document;c='script';d=b.createElement(c);d.src=
   … a;d.type='text/java'+c;d.async=true;a=b.getElementsByTagName(c)[0];a.parentNode.
   … insertBefore(d,a);})();</script>
82660 <a id="content-skip-btn" href="#skip" class="offscreen">Skip to
82661 Content</a>
82662 <div id="video-overlay" class="media-overlay fade-out">
82663 <i class="fa fa-times overlay-close" id="video-overlay-close"></i>
82664 <div id="video-overlay-player" class="media-overlay-player"></div>
82665 </div>
82666 <div id="yt-overlay" class="media-overlay fade-out">
82667 <i class="fa fa-times overlay-close" id="yt-overlay-close"></i>
82668 <div id="yt-overlay-player" class="media-overlay-player"></div>
82669 </div>
82670 <main class="l-main"> <!-- Go To Top --> <a href="#" class="scrollToTop"> <span
   … class="cta_icon_top fa-angle-up"></span>
82671 <span class="cta_top_text">Top</span>
82672 </a>
82673 <section id="global-header" class="bleed-full">
82674 <!-- SSI of siteHeader.html -->
82675 <div id="mobile-menu">
82676 <nav id="utilities-nav">
82677 <ul class="utilities-list">
82678 <ul class="utilities-list">
82679 <li class="mda-hide-md"><a class="my-mda" href="//my.mdanderson.org/members/"
   … aria-label=" Opens a new window" target="_blank">
82680 <div class="spacer">
82681 <span>my</span>MDAnderson
82682 </div>
82683 </a></li>
82684 <li> <a class="directions"
   … href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
   … target="_self">
82685 <div class="spacer">
82686 <i class="mdicon-pin"></i> <span>Locations</span>
82687 </div>
```

```
82688  </a></li>
82689  <li>
82690  <a class="call" href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
    …  target="_self">
82691  <div class="spacer">
82692  <i class="mda-icon-contact_us_fill"></i><span>Contact Us</span>
82693  </div>
82694  </a>
82695  </li>
82696  <li class="dropdown"><a href="#" class="topnav-sublist-toggle">
82697  <div class="spacer">
82698  <i class="mdicon-gear"></i><span>Languages</span>
82699  </div>
82700  </a>
82701  <div class="topnav-sublist-mask">
82702  <ul class="topnav-sublist">
82703  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="/patients-family.html" target="_self">English</a>
82704  </li>
82705  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/spanish/index.html" aria-label=" Opens a
    …  new window" target="_blank">Spanish</a>
82706  </li>
82707  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/arabic/index.html" aria-label=" Opens a new
    …  window" target="_blank">Arabic</a>
82708  </li>
82709  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/chinese/index.html" aria-label=" Opens a
    …  new window" target="_blank">Chinese</a>
82710  </li>
82711  <li class="topnav-list-item grouped" data-group="Settings"><a
    …  href="http://www.mdanderson.org/languages/turkish/index.html" aria-label=" Opens a
    …  new window" target="_blank">Turkish</a>
82712  </li>
82713  </ul>
82714  </div></li>
82715  </ul>
82716  </ul>
82717  </nav>
82718  <div id="nav-search">
82719  <div class="search-wrapper"
    …  data-searchresultspageurl="/patients-family/search-results.html?q="
    …  data-predictiveurl="/suggest?max=4&amp;site=mda_aem_prod&amp;access=access&amp;format
    …  =rich&amp;client=mda_aem_fe&amp;q=">
82720  <form class="search-form" id="" name="">
82721  <span class="placeholder"></span> <i class="search-icon fa fa-search"></i> <input
    …  type="text" size="1" class="search-field" value="" placeholder="Search MD Anderson">
    …  <input type="submit" class="form-search-submit mda-btn" value="Go">
82722  </form>
82723  <ul role="listbox" class="search-results"></ul>
82724  </div>
82725  <span class="search-message">Search</span>
82726  <div class="search-options">
82727     
82728  <div class="search-clear">
82729  <a href="#" class="" id="nav-search-clear">Clear</a>
82730  </div>
82731  </div>
82732  </div>
82733  <nav id="topnav">
82734  <div class="topnav-scroll-container">
82735  <div>
82736  <ul class="topnav-list mobile">
82737  <li class="topnav-list-item"><a href="/patients-family.html"
    …  data-primary-nav="nav_patients-family">Patients &amp; Family</a>
82738  <ul class="primary-nav-list" id="nav-index">
82739  <li class="primary-nav-item"><a href="/patients-family.html">Patients &amp; Family
```

```
82739… Home</a></li>
82740 <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/becoming-our-patient.html">Becoming Our Patient</a>
82741 <div class="subnav-mask">
82742 <div class="subnav-wrapper">
82743 <div class="subnav col10 pad">
82744 <section class="nested">
82745 <div class="col4 main-column">
82746 <nav class="secondary">
82747 <ul>
82748 <li class="mobile-nav-back"><a href="/patients-family/becoming-our-patient.html"
  …    aria-label="Back to Becoming Our Patient">Becoming Our Patient</a></li>
82749 <li class="primary-nav-item">
82750 <a href="/patients-family/becoming-our-patient.html" aria-label="Becoming Our Patient
  …    Home">Becoming Our Patient Home</a></li>
82751 <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/becoming-our-patient/why-md-anderson.html">Why MD Anderson</a>
82752 <div class="subnav-mask">
82753 <div class="subnav-wrapper">
82754 <div class="subnav col10 pad">
82755 <section class="nested">
82756 <div class="col4 main-column">
82757 <nav class="secondary">
82758 <ul>
82759 <li class="mobile-nav-back"><a
  …    href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Back to
  …    Why MD Anderson">Why MD Anderson</a></li>
82760 <li class="primary-nav-item">
82761 <a href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Why
  …    MD Anderson Home">Why MD Anderson Home</a></li>
82762 <li class="primary-nav-item"><a
  …    href="/patients-family/becoming-our-patient/why-md-anderson/patient-satisfaction-
  …    survey.html">Patient Satisfaction Survey</a></li>
82763 </ul>
82764 </nav>
82765 </div>
82766 </section>
82767 </div>
82768 </div>
82769 </div></li>
82770 <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/becoming-our-patient/planning-for-care.html">Planning for
  …    Care</a>
82771 <div class="subnav-mask">
82772 <div class="subnav-wrapper">
82773 <div class="subnav col10 pad">
82774 <section class="nested">
82775 <div class="col4 main-column">
82776 <nav class="secondary">
82777 <ul>
82778 <li class="mobile-nav-back"><a
  …    href="/patients-family/becoming-our-patient/planning-for-care.html" aria-label="Back
  …    to Planning for Care">Planning for Care</a></li>
82779 <li class="primary-nav-item">
82780 <a href="/patients-family/becoming-our-patient/planning-for-care.html"
  …    aria-label="Planning for Care Home">Planning for Care Home</a></li>
82781 <li class="primary-nav-item"><a
  …    href="/patients-family/becoming-our-patient/planning-for-care/prepare-for-your-first-
  …    visit.html">Prepare for Your First Visit</a></li>
82782 <li class="primary-nav-item"><a
  …    href="/patients-family/becoming-our-patient/planning-for-care/returning-patients.html
  …    ">Returning Patients</a></li>
82783 <li class="primary-nav-item has-subnav"><a
  …    href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
  …    html">Advance Care Planning</a>
82784 <div class="subnav-mask">
82785 <div class="subnav-wrapper">
82786 <div class="subnav col10 pad">
```

```
82787 <section class="nested">
82788 <div class="col4 main-column">
82789 <nav class="secondary">
82790 <ul>
82791 <li class="mobile-nav-back"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
   ... html" aria-label="Back to Advance Care Planning">Advance Care Planning</a></li>
82792 <li class="primary-nav-item">
82793 <a
   ... href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
   ... html" aria-label="Advance Care Planning Home">Advance Care Planning Home</a></li>
82794 <li class="primary-nav-item"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
   ... medical-power-of-attorney.html">Medical Power of Attorney</a></li>
82795 <li class="primary-nav-item"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
   ... living-will.html">Living Will</a></li>
82796 </ul>
82797 </nav>
82798 </div>
82799 </section>
82800 </div>
82801 </div>
82802 </div></li>
82803 <li class="primary-nav-item has-subnav"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   ... financial-support.html">Insurance, Billing and Financial Support</a>
82804 <div class="subnav-mask">
82805 <div class="subnav-wrapper">
82806 <div class="subnav col10 pad">
82807 <section class="nested">
82808 <div class="col4 main-column">
82809 <nav class="secondary">
82810 <ul>
82811 <li class="mobile-nav-back"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   ... financial-support.html" aria-label="Back to Insurance, Billing and Financial
   ... Support">Insurance, Billing and Financial Support</a></li>
82812 <li class="primary-nav-item">
82813 <a
   ... href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   ... financial-support.html" aria-label="Insurance, Billing and Financial Support
   ... Home">Insurance, Billing and Financial Support Home</a></li>
82814 <li class="primary-nav-item"><a
   ... href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
   ... financial-support/insurance-plans.html">Insurance Plans</a></li>
82815 </ul>
82816 </nav>
82817 </div>
82818 </section>
82819 </div>
82820 </div>
82821 </div></li>
82822 </ul>
82823 </nav>
82824 </div>
82825 </section>
82826 </div>
82827 </div>
82828 </div></li>
82829 <li class="primary-nav-item has-subnav"><a
   ... href="/patients-family/becoming-our-patient/getting-to-md-anderson.html">Getting to
   ... MD Anderson</a>
82830 <div class="subnav-mask">
82831 <div class="subnav-wrapper">
82832 <div class="subnav col10 pad">
82833 <section class="nested">
82834 <div class="col4 main-column">
```

```
82835  <nav class="secondary">
82836  <ul>
82837  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
   …   aria-label="Back to Getting to MD Anderson">Getting to MD Anderson</a></li>
82838  <li class="primary-nav-item">
82839  <a href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
   …   aria-label="Getting to MD Anderson Home">Getting to MD Anderson Home</a></li>
82840  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/wayfinding.html">
   …   Wayfinding</a></li>
82841  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston.html">Traveling to Houston</a>
82842  <div class="subnav-mask">
82843  <div class="subnav-wrapper">
82844  <div class="subnav col10 pad">
82845  <section class="nested">
82846  <div class="col4 main-column">
82847  <nav class="secondary">
82848  <ul>
82849  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston.html" aria-label="Back to Traveling to Houston">Traveling to Houston</a></li>
82850  <li class="primary-nav-item">
82851  <a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston.html" aria-label="Traveling to Houston Home">Traveling to Houston
   …   Home</a></li>
82852  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston/rotary-house-international.html">Rotary House International</a>
82853  <div class="subnav-mask">
82854  <div class="subnav-wrapper">
82855  <div class="subnav col10 pad">
82856  <section class="nested">
82857  <div class="col4 main-column">
82858  <nav class="secondary">
82859  <ul>
82860  <li class="mobile-nav-back"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston/rotary-house-international.html" aria-label="Back to Rotary House
   …   International">Rotary House International</a></li>
82861  <li class="primary-nav-item">
82862  <a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston/rotary-house-international.html" aria-label="Rotary House International
   …   Home">Rotary House International Home</a></li>
82863  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston/rotary-house-international/guest-services.html">Guest Services</a></li>
82864  <li class="primary-nav-item"><a
   …   href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …   houston/rotary-house-international/restaurant-lounge-retail.html">Restaurant, Lounge
   …   &amp; Retail</a></li>
82865  </ul>
82866  </nav>
82867  </div>
82868  </section>
82869  </div>
82870  </div>
82871  </div></li>
82872  </ul>
82873  </nav>
82874  </div>
82875  </section>
82876  </div>
82877  </div>
```

```
82878 </div></li>
82879 </ul>
82880 </nav>
82881 </div>
82882 </section>
82883 </div>
82884 </div>
82885 </div></li>
82886 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/becoming-our-patient/while-youre-here.html">While You're
    … Here</a>
82887 <div class="subnav-mask">
82888 <div class="subnav-wrapper">
82889 <div class="subnav col10 pad">
82890 <section class="nested">
82891 <div class="col4 main-column">
82892 <nav class="secondary">
82893 <ul>
82894 <li class="mobile-nav-back"><a
    … href="/patients-family/becoming-our-patient/while-youre-here.html" aria-label="Back
    … to While You&#39;re Here">While You're Here</a></li>
82895 <li class="primary-nav-item">
82896 <a href="/patients-family/becoming-our-patient/while-youre-here.html"
    … aria-label="While You&#39;re Here Home">While You're Here Home</a></li>
82897 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/while-youre-here/the-learning-center.html
    … ">The Learning Center</a></li>
82898 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/while-youre-here/parks-gardens.html">
    … Parks and Gardens</a></li>
82899 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/while-youre-here/worship-services-
    … locations.html">Worship Services and Locations</a></li>
82900 </ul>
82901 </nav>
82902 </div>
82903 </section>
82904 </div>
82905 </div>
82906 </div></li>
82907 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/becoming-our-patient/international-center.html">International
    … Center</a>
82908 <div class="subnav-mask">
82909 <div class="subnav-wrapper">
82910 <div class="subnav col10 pad">
82911 <section class="nested">
82912 <div class="col4 main-column">
82913 <nav class="secondary">
82914 <ul>
82915 <li class="mobile-nav-back"><a
    … href="/patients-family/becoming-our-patient/international-center.html"
    … aria-label="Back to International Center">International Center</a></li>
82916 <li class="primary-nav-item">
82917 <a href="/patients-family/becoming-our-patient/international-center.html"
    … aria-label="International Center Home">International Center Home</a></li>
82918 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/international-center/prepare-for-your-
    … trip-international-patients.html">Prepare for your Trip (International
    … Patients)</a></li>
82919 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/international-center/financial-
    … information-for-international-patients.html">Financial Information for International
    … Patients</a></li>
82920 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/international-center/before-you-leave.
    … html">Before You Leave</a></li>
82921 <li class="primary-nav-item"><a
```

```
82921... href="/patients-family/becoming-our-patient/international-center/frequently-asked-
...     questions.html">Frequently Asked Questions (International Patients)</a></li>
82922  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/international-center/meet-our-staff.html"
...     >Meet Our Staff</a></li>
82923  </ul>
82924  </nav>
82925  </div>
82926  </section>
82927  </div>
82928  </div>
82929  </div></li>
82930  <li class="primary-nav-item has-subnav"><a
...     href="/patients-family/becoming-our-patient/services-amenities.html">Services and
...     Amenities</a>
82931  <div class="subnav-mask">
82932  <div class="subnav-wrapper">
82933  <div class="subnav col10 pad">
82934  <section class="nested">
82935  <div class="col4 main-column">
82936  <nav class="secondary">
82937  <ul>
82938  <li class="mobile-nav-back"><a
...     href="/patients-family/becoming-our-patient/services-amenities.html" aria-label="Back
...     to Services and Amenities">Services and Amenities</a></li>
82939  <li class="primary-nav-item">
82940  <a href="/patients-family/becoming-our-patient/services-amenities.html"
...     aria-label="Services and Amenities Home">Services and Amenities Home</a></li>
82941  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/services-amenities/banking-cashiers.html"
...     >Banking and Cashiers</a></li>
82942  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/services-amenities/dining-services.html">
...     Dining Services</a></li>
82943  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/services-amenities/flower-gift-shops.html
...     ">Flower and Gift Shops</a></li>
82944  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/services-amenities/outpatient-pharmacy.
...     html">Outpatient Pharmacy</a></li>
82945  <li class="primary-nav-item"><a
...     href="/patients-family/becoming-our-patient/services-amenities/md-anderson-mobile-app
...     .html">MD Anderson Mobile App</a></li>
82946  </ul>
82947  </nav>
82948  </div>
82949  </section>
82950  </div>
82951  </div>
82952  </div></li>
82953  </ul>
82954  </nav>
82955  </div>
82956  </section>
82957  </div>
82958  </div>
82959  </div></li>
82960  <li class="primary-nav-item has-subnav"><a
...     href="/patients-family/diagnosis-treatment.html">Diagnosis &amp; Treatment</a>
82961  <div class="subnav-mask">
82962  <div class="subnav-wrapper">
82963  <div class="subnav col10 pad">
82964  <section class="nested">
82965  <div class="col4 main-column">
82966  <nav class="secondary">
82967  <ul>
82968  <li class="mobile-nav-back"><a href="/patients-family/diagnosis-treatment.html"
...     aria-label="Back to Diagnosis &amp; Treatment">Diagnosis &amp; Treatment</a></li>
```

```
82969  <li class="primary-nav-item"
82970  <a href="/patients-family/diagnosis-treatment.html" aria-label="Diagnosis &amp;
   …   Treatment Home">Diagnosis &amp; Treatment Home</a></li>
82971  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis.html">A New Diagnosis</a>
82972  <div class="subnav-mask">
82973  <div class="subnav-wrapper">
82974  <div class="subnav col10 pad">
82975  <section class="nested">
82976  <div class="col4 main-column">
82977  <nav class="secondary">
82978  <ul>
82979  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="Back to
   …   A New Diagnosis">A New Diagnosis</a></li>
82980  <li class="primary-nav-item">
82981  <a href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="A New
   …   Diagnosis Home">A New Diagnosis Home</a></li>
82982  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html">
   …   Diagnostic Tests</a>
82983  <div class="subnav-mask">
82984  <div class="subnav-wrapper">
82985  <div class="subnav col10 pad">
82986  <section class="nested">
82987  <div class="col4 main-column">
82988  <nav class="secondary">
82989  <ul>
82990  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
   …   aria-label="Back to Diagnostic Tests">Diagnostic Tests</a></li>
82991  <li class="primary-nav-item">
82992  <a href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
   …   aria-label="Diagnostic Tests Home">Diagnostic Tests Home</a></li>
82993  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests/
   …   diagnostic-imaging-procedures.html">Diagnostic Imaging Procedures</a></li>
82994  </ul>
82995  </nav>
82996  </div>
82997  </section>
82998  </div>
82999  </div>
83000  </div></li>
83001  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/a-new-diagnosis/preserving-fertility-
   …   before-treatment.html">Preserving Fertility Before Treatment</a></li>
83002  </ul>
83003  </nav>
83004  </div>
83005  </section>
83006  </div>
83007  </div>
83008  </div></li>
83009  <li class="primary-nav-item has-subnav"><a href="/cancer-types.html">Cancer Types</a>
83010  <div class="subnav-mask">
83011  <div class="subnav-wrapper">
83012  <div class="subnav col10 pad">
83013  <section class="nested">
83014  <div class="col4 main-column">
83015  <nav class="secondary">
83016  <ul>
83017  <li class="mobile-nav-back"><a href="/cancer-types.html" aria-label="Back to Cancer
   …   Types">Cancer Types</a></li>
83018  <li class="primary-nav-item">
83019  <a href="/cancer-types.html" aria-label="Cancer Types Home">Cancer Types
   …   Home</a></li>
83020  <li class="primary-nav-item has-subnav"><a
```

```
83020  href="/cancer-types/acoustic-neuroma.html">Acoustic Neuroma</a>
83021  <div class="subnav-mask">
83022  <div class="subnav-wrapper">
83023  <div class="subnav col10 pad">
83024  <section class="nested">
83025  <div class="col4 main-column">
83026  <nav class="secondary">
83027  <ul>
83028  <li class="mobile-nav-back"><a href="/cancer-types/acoustic-neuroma.html"
   …  aria-label="Back to Acoustic Neuroma">Acoustic Neuroma</a></li>
83029  <li class="primary-nav-item">
83030  <a href="/cancer-types/acoustic-neuroma.html" aria-label="Acoustic Neuroma
   …  Home">Acoustic Neuroma Home</a></li>
83031  <li class="primary-nav-item"><a
   …  href="/cancer-types/acoustic-neuroma/acoustic-neuroma-facts.html">Acoustic Neuroma
   …  Facts</a></li>
83032  <li class="primary-nav-item"><a
   …  href="/cancer-types/acoustic-neuroma/acoustic-neuroma-symptoms.html">Acoustic Neuroma
   …  Symptoms</a></li>
83033  <li class="primary-nav-item"><a
   …  href="/cancer-types/acoustic-neuroma/acoustic-neuroma-diagnosis.html">Acoustic
   …  Neuroma Diagnosis</a></li>
83034  <li class="primary-nav-item"><a
   …  href="/cancer-types/acoustic-neuroma/acoustic-neuroma-treatment.html">Acoustic
   …  Neuroma Treatment</a></li>
83035  </ul>
83036  </nav>
83037  </div>
83038  </section>
83039  </div>
83040  </div>
83041  </div></li>
83042  <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/adrenal-tumors.html">Adrenal Tumors</a>
83043  <div class="subnav-mask">
83044  <div class="subnav-wrapper">
83045  <div class="subnav col10 pad">
83046  <section class="nested">
83047  <div class="col4 main-column">
83048  <nav class="secondary">
83049  <ul>
83050  <li class="mobile-nav-back"><a href="/cancer-types/adrenal-tumors.html"
   …  aria-label="Back to Adrenal Tumors">Adrenal Tumors</a></li>
83051  <li class="primary-nav-item">
83052  <a href="/cancer-types/adrenal-tumors.html" aria-label="Adrenal Tumors Home">Adrenal
   …  Tumors Home</a></li>
83053  <li class="primary-nav-item"><a
   …  href="/cancer-types/adrenal-tumors/adrenal-tumor-facts.html">Adrenal Gland Tumor
   …  Facts</a></li>
83054  <li class="primary-nav-item"><a
   …  href="/cancer-types/adrenal-tumors/adrenal-tumor-symptoms.html">Adrenal Gland Tumor
   …  Symptoms</a></li>
83055  <li class="primary-nav-item"><a
   …  href="/cancer-types/adrenal-tumors/adrenal-tumor-diagnosis.html">Adrenal Tumor
   …  Diagnosis</a></li>
83056  <li class="primary-nav-item"><a
   …  href="/cancer-types/adrenal-tumors/adrenal-tumor-treatment.html">Adrenal Tumor
   …  Treatment</a></li>
83057  </ul>
83058  </nav>
83059  </div>
83060  </section>
83061  </div>
83062  </div>
83063  </div></li>
83064  <li class="primary-nav-item has-subnav"><a href="/cancer-types/anal-cancer.html">Anal
   …  Cancer</a>
83065  <div class="subnav-mask">
```

```
83066  <div class="subnav-wrapper">
83067  <div class="subnav col10 pad">
83068  <section class="nested">
83069  <div class="col4 main-column">
83070  <nav class="secondary">
83071  <ul>
83072  <li class="mobile-nav-back"><a href="/cancer-types/anal-cancer.html" aria-label="Back
   …   to Anal Cancer">Anal Cancer</a></li>
83073  <li class="primary-nav-item">
83074  <a href="/cancer-types/anal-cancer.html" aria-label="Anal Cancer Home">Anal Cancer
   …   Home</a></li>
83075  <li class="primary-nav-item"><a
   …   href="/cancer-types/anal-cancer/anal-cancer-facts.html">Anal Cancer Facts</a></li>
83076  <li class="primary-nav-item"><a
   …   href="/cancer-types/anal-cancer/anal-cancer-symptoms.html">Anal Cancer
   …   Symptoms</a></li>
83077  <li class="primary-nav-item"><a
   …   href="/cancer-types/anal-cancer/anal-cancer-diagnosis.html">Anal Cancer
   …   Diagnosis</a></li>
83078  <li class="primary-nav-item"><a
   …   href="/cancer-types/anal-cancer/anal-cancer-treatment.html">Anal Cancer
   …   Treatment</a></li>
83079  </ul>
83080  </nav>
83081  </div>
83082  </section>
83083  </div>
83084  </div>
83085  </div></li>
83086  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/appendix-cancer.html">Appendix Cancer</a>
83087  <div class="subnav-mask">
83088  <div class="subnav-wrapper">
83089  <div class="subnav col10 pad">
83090  <section class="nested">
83091  <div class="col4 main-column">
83092  <nav class="secondary">
83093  <ul>
83094  <li class="mobile-nav-back"><a href="/cancer-types/appendix-cancer.html"
   …   aria-label="Back to Appendix Cancer">Appendix Cancer</a></li>
83095  <li class="primary-nav-item">
83096  <a href="/cancer-types/appendix-cancer.html" aria-label="Appendix Cancer
   …   Home">Appendix Cancer Home</a></li>
83097  <li class="primary-nav-item"><a
   …   href="/cancer-types/appendix-cancer/appendix-cancer-facts.html">Appendix Cancer
   …   Facts</a></li>
83098  <li class="primary-nav-item"><a
   …   href="/cancer-types/appendix-cancer/appendix-cancer-symptoms.html">Appendix Cancer
   …   Symptoms</a></li>
83099  <li class="primary-nav-item"><a
   …   href="/cancer-types/appendix-cancer/appendix-cancer-diagnosis.html">Appendix Cancer
   …   Diagnosis</a></li>
83100  <li class="primary-nav-item"><a
   …   href="/cancer-types/appendix-cancer/appendix-cancer-treatment.html">Appendix Cancer
   …   Treatment</a></li>
83101  </ul>
83102  </nav>
83103  </div>
83104  </section>
83105  </div>
83106  </div>
83107  </div></li>
83108  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/bile-duct-cancer.html">Bile Duct Cancer</a>
83109  <div class="subnav-mask">
83110  <div class="subnav-wrapper">
83111  <div class="subnav col10 pad">
83112  <section class="nested">
```

```
83113 <div class="col4 main-column">
83114 <nav class="secondary">
83115 <ul>
83116 <li class="mobile-nav-back"><a href="/cancer-types/bile-duct-cancer.html"
   … aria-label="Back to Bile Duct Cancer">Bile Duct Cancer</a></li>
83117 <li class="primary-nav-item">
83118 <a href="/cancer-types/bile-duct-cancer.html" aria-label="Bile Duct Cancer Home">Bile
   … Duct Cancer Home</a></li>
83119 <li class="primary-nav-item"><a
   … href="/cancer-types/bile-duct-cancer/bile-duct-cancer-facts.html">Bile Duct Cancer
   … Facts</a></li>
83120 <li class="primary-nav-item"><a
   … href="/cancer-types/bile-duct-cancer/bile-duct-cancer-symptoms.html">Bile Duct Cancer
   … Symptoms</a></li>
83121 <li class="primary-nav-item"><a
   … href="/cancer-types/bile-duct-cancer/bile-duct-cancer-diagnosis.html">Bile Duct
   … Cancer Diagnosis</a></li>
83122 <li class="primary-nav-item"><a
   … href="/cancer-types/bile-duct-cancer/bile-duct-cancer-treatment.html">Bile Duct
   … Cancer Treatment</a></li>
83123 </ul>
83124 </nav>
83125 </div>
83126 </section>
83127 </div>
83128 </div>
83129 </div></li>
83130 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/bladder-cancer.html">Bladder Cancer</a>
83131 <div class="subnav-mask">
83132 <div class="subnav-wrapper">
83133 <div class="subnav col10 pad">
83134 <section class="nested">
83135 <div class="col4 main-column">
83136 <nav class="secondary">
83137 <ul>
83138 <li class="mobile-nav-back"><a href="/cancer-types/bladder-cancer.html"
   … aria-label="Back to Bladder Cancer">Bladder Cancer</a></li>
83139 <li class="primary-nav-item">
83140 <a href="/cancer-types/bladder-cancer.html" aria-label="Bladder Cancer Home">Bladder
   … Cancer Home</a></li>
83141 <li class="primary-nav-item"><a
   … href="/cancer-types/bladder-cancer/bladder-cancer-facts.html">Bladder Cancer
   … Facts</a></li>
83142 <li class="primary-nav-item"><a
   … href="/cancer-types/bladder-cancer/bladder-cancer-symptoms.html">Bladder Cancer
   … Symptoms</a></li>
83143 <li class="primary-nav-item"><a
   … href="/cancer-types/bladder-cancer/bladder-cancer-diagnosis.html">Bladder Cancer
   … Diagnosis</a></li>
83144 <li class="primary-nav-item"><a
   … href="/cancer-types/bladder-cancer/bladder-cancer-treatment.html">Bladder Cancer
   … Treatment</a></li>
83145 </ul>
83146 </nav>
83147 </div>
83148 </section>
83149 </div>
83150 </div>
83151 </div></li>
83152 <li class="primary-nav-item has-subnav"><a href="/cancer-types/bone-cancer.html">Bone
   … Cancer</a>
83153 <div class="subnav-mask">
83154 <div class="subnav-wrapper">
83155 <div class="subnav col10 pad">
83156 <section class="nested">
83157 <div class="col4 main-column">
83158 <nav class="secondary">
```

```
83159  <ul>
83160  <li class="mobile-nav-back"><a href="/cancer-types/bone-cancer.html" aria-label="Back
   …   to Bone Cancer">Bone Cancer</a></li>
83161  <li class="primary-nav-item">
83162  <a href="/cancer-types/bone-cancer.html" aria-label="Bone Cancer Home">Bone Cancer
   …   Home</a></li>
83163  <li class="primary-nav-item"><a
   …   href="/cancer-types/bone-cancer/bone-cancer-facts.html">Bone Cancer Facts</a></li>
83164  <li class="primary-nav-item"><a
   …   href="/cancer-types/bone-cancer/bone-cancer-symptoms.html">Bone Cancer
   …   Symptoms</a></li>
83165  <li class="primary-nav-item"><a
   …   href="/cancer-types/bone-cancer/bone-cancer-diagnosis.html">Bone Cancer
   …   Diagnosis</a></li>
83166  <li class="primary-nav-item"><a
   …   href="/cancer-types/bone-cancer/bone-cancer-treatment.html">Bone Cancer
   …   Treatment</a></li>
83167  </ul>
83168  </nav>
83169  </div>
83170  </section>
83171  </div>
83172  </div>
83173  </div></li>
83174  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/brain-tumor.html">Brain Tumors</a>
83175  <div class="subnav-mask">
83176  <div class="subnav-wrapper">
83177  <div class="subnav col10 pad">
83178  <section class="nested">
83179  <div class="col4 main-column">
83180  <nav class="secondary">
83181  <ul>
83182  <li class="mobile-nav-back"><a href="/cancer-types/brain-tumor.html" aria-label="Back
   …   to Brain Tumors">Brain Tumors</a></li>
83183  <li class="primary-nav-item">
83184  <a href="/cancer-types/brain-tumor.html" aria-label="Brain Tumors Home">Brain Tumors
   …   Home</a></li>
83185  <li class="primary-nav-item"><a
   …   href="/cancer-types/brain-tumor/brain-tumor-facts.html">Brain Tumor Facts</a></li>
83186  <li class="primary-nav-item"><a
   …   href="/cancer-types/brain-tumor/brain-tumor-symptoms.html">Brain Tumor
   …   Symptoms</a></li>
83187  <li class="primary-nav-item"><a
   …   href="/cancer-types/brain-tumor/brain-tumor-diagnosis.html">Brain Tumor
   …   Diagnosis</a></li>
83188  <li class="primary-nav-item"><a
   …   href="/cancer-types/brain-tumor/brain-tumor-treatment.html">Brain Tumor
   …   Treatment</a></li>
83189  </ul>
83190  </nav>
83191  </div>
83192  </section>
83193  </div>
83194  </div>
83195  </div></li>
83196  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/breast-cancer.html">Breast Cancer</a>
83197  <div class="subnav-mask">
83198  <div class="subnav-wrapper">
83199  <div class="subnav col10 pad">
83200  <section class="nested">
83201  <div class="col4 main-column">
83202  <nav class="secondary">
83203  <ul>
83204  <li class="mobile-nav-back"><a href="/cancer-types/breast-cancer.html"
   …   aria-label="Back to Breast Cancer">Breast Cancer</a></li>
83205  <li class="primary-nav-item">
```

```
83206  <a href="/cancer-types/breast-cancer.html" aria-label="Breast Cancer Home">Breast
   …   Cancer Home</a></li>
83207  <li class="primary-nav-item"><a
   …   href="/cancer-types/breast-cancer/breast-cancer-facts.html">Breast Cancer
   …   Facts</a></li>
83208  <li class="primary-nav-item"><a
   …   href="/cancer-types/breast-cancer/breast-cancer-symptoms.html">Breast Cancer
   …   Symptoms</a></li>
83209  <li class="primary-nav-item"><a
   …   href="/cancer-types/breast-cancer/breast-cancer-diagnosis.html">Breast Cancer
   …   Diagnosis</a></li>
83210  <li class="primary-nav-item"><a
   …   href="/cancer-types/breast-cancer/breast-cancer-treatment.html">Breast Cancer
   …   Treatment</a></li>
83211  </ul>
83212  </nav>
83213  </div>
83214  </section>
83215  </div>
83216  </div>
83217  </li>
83218  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/cancer-of-unknown-primary.html">Cancer of Unknown Primary
   …   (CUP)</a>
83219  <div class="subnav-mask">
83220  <div class="subnav-wrapper">
83221  <div class="subnav col10 pad">
83222  <section class="nested">
83223  <div class="col4 main-column">
83224  <nav class="secondary">
83225  <ul>
83226  <li class="mobile-nav-back"><a href="/cancer-types/cancer-of-unknown-primary.html"
   …   aria-label="Back to Cancer of Unknown Primary (CUP)">Cancer of Unknown Primary
   …   (CUP)</a></li>
83227  <li class="primary-nav-item">
83228  <a href="/cancer-types/cancer-of-unknown-primary.html" aria-label="Cancer of Unknown
   …   Primary (CUP) Home">Cancer of Unknown Primary (CUP) Home</a></li>
83229  <li class="primary-nav-item"><a
   …   href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-facts.html">
   …   Cancer of Unknown Primary Facts</a></li>
83230  <li class="primary-nav-item"><a
   …   href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-symptoms.html
   …   ">Cancer of Unknown Primary Symptoms</a></li>
83231  <li class="primary-nav-item"><a
   …   href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-diagnosis.
   …   html">Cancer of Unknown Primary Diagnosis</a></li>
83232  <li class="primary-nav-item"><a
   …   href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-treatment.
   …   html">Cancer of Unknown Primary Treatment</a></li>
83233  </ul>
83234  </nav>
83235  </div>
83236  </section>
83237  </div>
83238  </div>
83239  </li>
83240  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/carcinoid-tumors.html">Carcinoid Tumors</a>
83241  <div class="subnav-mask">
83242  <div class="subnav-wrapper">
83243  <div class="subnav col10 pad">
83244  <section class="nested">
83245  <div class="col4 main-column">
83246  <nav class="secondary">
83247  <ul>
83248  <li class="mobile-nav-back"><a href="/cancer-types/carcinoid-tumors.html"
   …   aria-label="Back to Carcinoid Tumors">Carcinoid Tumors</a></li>
83249  <li class="primary-nav-item">
```

```
83250 <a href="/cancer-types/carcinoid-tumors.html" aria-label="Carcinoid Tumors
  …   Home">Carcinoid Tumors Home</a></li>
83251 <li class="primary-nav-item"><a
  …   href="/cancer-types/carcinoid-tumors/carcinoid-tumor-facts.html">Carcinoid Tumor
  …   Facts</a></li>
83252 <li class="primary-nav-item"><a
  …   href="/cancer-types/carcinoid-tumors/carcinoid-tumor-symptoms.html">Carcinoid Tumor
  …   Symptoms</a></li>
83253 <li class="primary-nav-item"><a
  …   href="/cancer-types/carcinoid-tumors/carcinoid-tumor-diagnosis.html">Carcinoid Tumor
  …   Diagnosis</a></li>
83254 <li class="primary-nav-item"><a
  …   href="/cancer-types/carcinoid-tumors/carcinoid-tumor-treatment.html">Carcinoid Tumor
  …   Treatment</a></li>
83255 </ul>
83256 </nav>
83257 </div>
83258 </section>
83259 </div>
83260 </div>
83261 </div></li>
83262 <li class="primary-nav-item has-subnav"><a
  …   href="/cancer-types/cervical-cancer.html">Cervical Cancer</a>
83263 <div class="subnav-mask">
83264 <div class="subnav-wrapper">
83265 <div class="subnav col10 pad">
83266 <section class="nested">
83267 <div class="col4 main-column">
83268 <nav class="secondary">
83269 <ul>
83270 <li class="mobile-nav-back"><a href="/cancer-types/cervical-cancer.html"
  …   aria-label="Back to Cervical Cancer">Cervical Cancer</a></li>
83271 <li class="primary-nav-item">
83272 <a href="/cancer-types/cervical-cancer.html" aria-label="Cervical Cancer
  …   Home">Cervical Cancer Home</a></li>
83273 <li class="primary-nav-item"><a
  …   href="/cancer-types/cervical-cancer/cervical-cancer-facts.html">Cervical Cancer
  …   Facts</a></li>
83274 <li class="primary-nav-item"><a
  …   href="/cancer-types/cervical-cancer/cervical-cancer-symptoms.html">Cervical Cancer
  …   Symptoms</a></li>
83275 <li class="primary-nav-item"><a
  …   href="/cancer-types/cervical-cancer/cervical-cancer-diagnosis.html">Cervical Cancer
  …   Diagnosis</a></li>
83276 <li class="primary-nav-item"><a
  …   href="/cancer-types/cervical-cancer/cervical-cancer-treatment.html">Cervical Cancer
  …   Treatment</a></li>
83277 <li class="primary-nav-item"><a
  …   href="/cancer-types/cervical-cancer/small-and-large-cell-cervical-cancer.html">Small
  …   and Large Cell Cervical Cancer</a></li>
83278 </ul>
83279 </nav>
83280 </div>
83281 </section>
83282 </div>
83283 </div>
83284 </div></li>
83285 <li class="primary-nav-item has-subnav"><a
  …   href="/cancer-types/childhood-brain-tumors.html">Childhood Brain Tumors</a>
83286 <div class="subnav-mask">
83287 <div class="subnav-wrapper">
83288 <div class="subnav col10 pad">
83289 <section class="nested">
83290 <div class="col4 main-column">
83291 <nav class="secondary">
83292 <ul>
83293 <li class="mobile-nav-back"><a href="/cancer-types/childhood-brain-tumors.html"
  …   aria-label="Back to Childhood Brain Tumors">Childhood Brain Tumors</a></li>
```

```
83294  <li class="primary-nav-item">
83295  <a href="/cancer-types/childhood-brain-tumors.html" aria-label="Childhood Brain
...    Tumors Home">Childhood Brain Tumors Home</a></li>
83296  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-facts.html">
...    Childhood Brain Tumor Facts</a></li>
83297  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-symptoms.html">
...    Childhood Brain Tumor Symptoms</a></li>
83298  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-diagnosis.html">
...    Childhood Brain Tumor Diagnosis</a></li>
83299  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-treatment.html">
...    Childhood Brain Tumor Treatment</a></li>
83300  </ul>
83301  </nav>
83302  </div>
83303  </section>
83304  </div>
83305  </div>
83306  </div></li>
83307  <li class="primary-nav-item has-subnav"><a
...    href="/cancer-types/childhood-germ-cell-tumors.html">Childhood Germ Cell Tumors</a>
83308  <div class="subnav-mask">
83309  <div class="subnav-wrapper">
83310  <div class="subnav col10 pad">
83311  <section class="nested">
83312  <div class="col4 main-column">
83313  <nav class="secondary">
83314  <ul>
83315  <li class="mobile-nav-back"><a href="/cancer-types/childhood-germ-cell-tumors.html"
...    aria-label="Back to Childhood Germ Cell Tumors">Childhood Germ Cell Tumors</a></li>
83316  <li class="primary-nav-item">
83317  <a href="/cancer-types/childhood-germ-cell-tumors.html" aria-label="Childhood Germ
...    Cell Tumors Home">Childhood Germ Cell Tumors Home</a></li>
83318  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-facts.html"
...    >Childhood Germ Cell Tumors Facts</a></li>
83319  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-symptoms.
...    html">Childhood Germ Cell Tumors Symptoms</a></li>
83320  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-diagnosis.
...    html">Childhood Germ Cell Tumors Diagnosis</a></li>
83321  <li class="primary-nav-item"><a
...    href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-treatment.
...    html">Childhood Germ Cell Tumors Treatment</a></li>
83322  </ul>
83323  </nav>
83324  </div>
83325  </section>
83326  </div>
83327  </div>
83328  </div></li>
83329  <li class="primary-nav-item has-subnav"><a
...    href="/cancer-types/childhood-hematology-disorders.html">Childhood Hematology
...    Disorders</a>
83330  <div class="subnav-mask">
83331  <div class="subnav-wrapper">
83332  <div class="subnav col10 pad">
83333  <section class="nested">
83334  <div class="col4 main-column">
83335  <nav class="secondary">
83336  <ul>
83337  <li class="mobile-nav-back"><a
...    href="/cancer-types/childhood-hematology-disorders.html" aria-label="Back to
...    Childhood Hematology Disorders">Childhood Hematology Disorders</a></li>
```

```
83338  <li class="primary-nav-item">
83339  <a href="/cancer-types/childhood-hematology-disorders.html" aria-label="Childhood
   …   Hematology Disorders Home">Childhood Hematology Disorders Home</a></li>
83340  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
   …   facts.html">Childhood Hematology Disorders Facts</a></li>
83341  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
   …   symptoms.html">Childhood Hematology Disorders Symptoms</a></li>
83342  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
   …   diagnosis.html">Childhood Hematology Disorders Diagnosis</a></li>
83343  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
   …   treatment.html">Childhood Hematology Disorders Treatment</a></li>
83344  </ul>
83345  </nav>
83346  </div>
83347  </section>
83348  </div>
83349  </div>
83350  </div></li>
83351  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/childhood-leukemia.html">Childhood Leukemia</a>
83352  <div class="subnav-mask">
83353  <div class="subnav-wrapper">
83354  <div class="subnav col10 pad">
83355  <section class="nested">
83356  <div class="col4 main-column">
83357  <nav class="secondary">
83358  <ul>
83359  <li class="mobile-nav-back"><a href="/cancer-types/childhood-leukemia.html"
   …   aria-label="Back to Childhood Leukemia">Childhood Leukemia</a></li>
83360  <li class="primary-nav-item">
83361  <a href="/cancer-types/childhood-leukemia.html" aria-label="Childhood Leukemia
   …   Home">Childhood Leukemia Home</a></li>
83362  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-leukemia/childhood-leukemia-facts.html">Childhood
   …   Leukemia Facts</a></li>
83363  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-leukemia/childhood-leukemia-symptoms.html">Childhood
   …   Leukemia Symptoms</a></li>
83364  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-leukemia/childhood-leukemia-diagnosis.html">Childhood
   …   Leukemia Diagnosis</a></li>
83365  <li class="primary-nav-item"><a
   …   href="/cancer-types/childhood-leukemia/childhood-leukemia-treatment.html">Childhood
   …   Leukemia Treatment</a></li>
83366  </ul>
83367  </nav>
83368  </div>
83369  </section>
83370  </div>
83371  </div>
83372  </div></li>
83373  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/childhood-lymphoma.html">Childhood Lymphoma</a>
83374  <div class="subnav-mask">
83375  <div class="subnav-wrapper">
83376  <div class="subnav col10 pad">
83377  <section class="nested">
83378  <div class="col4 main-column">
83379  <nav class="secondary">
83380  <ul>
83381  <li class="mobile-nav-back"><a href="/cancer-types/childhood-lymphoma.html"
   …   aria-label="Back to Childhood Lymphoma">Childhood Lymphoma</a></li>
83382  <li class="primary-nav-item">
83383  <a href="/cancer-types/childhood-lymphoma.html" aria-label="Childhood Lymphoma
```

```
83383…  Home Childhood Lymphoma Home</a></li>
83384   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-facts.html">Childhood
   …    Lymphoma Facts</a></li>
83385   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-symptoms.html">Childhood
   …    Lymphoma Symptoms</a></li>
83386   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-diagnosis.html">Childhood
   …    Lymphoma Diagnosis</a></li>
83387   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-treatment.html">Childhood
   …    Lymphoma Treatment</a></li>
83388   </ul>
83389   </nav>
83390   </div>
83391   </section>
83392   </div>
83393   </div>
83394   </div></li>
83395   <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/childhood-liver-cancer.html">Childhood Liver Cancer</a>
83396   <div class="subnav-mask">
83397   <div class="subnav-wrapper">
83398   <div class="subnav col10 pad">
83399   <section class="nested">
83400   <div class="col4 main-column">
83401   <nav class="secondary">
83402   <ul>
83403   <li class="mobile-nav-back"><a href="/cancer-types/childhood-liver-cancer.html"
   …    aria-label="Back to Childhood Liver Cancer">Childhood Liver Cancer</a></li>
83404   <li class="primary-nav-item">
83405   <a href="/cancer-types/childhood-liver-cancer.html" aria-label="Childhood Liver
   …    Cancer Home">Childhood Liver Cancer Home</a></li>
83406   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-facts.html">
   …    Childhood Liver Cancer Facts</a></li>
83407   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-symptoms.html">
   …    Childhood Liver Cancer Symptoms</a></li>
83408   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-diagnosis.html">
   …    Childhood Liver Cancer Diagnosis</a></li>
83409   <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-treatment.html">
   …    Childhood Liver Cancer Treatment</a></li>
83410   </ul>
83411   </nav>
83412   </div>
83413   </section>
83414   </div>
83415   </div>
83416   </div></li>
83417   <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/childhood-melanoma.html">Childhood Melanoma</a>
83418   <div class="subnav-mask">
83419   <div class="subnav-wrapper">
83420   <div class="subnav col10 pad">
83421   <section class="nested">
83422   <div class="col4 main-column">
83423   <nav class="secondary">
83424   <ul>
83425   <li class="mobile-nav-back"><a href="/cancer-types/childhood-melanoma.html"
   …    aria-label="Back to Childhood Melanoma">Childhood Melanoma</a></li>
83426   <li class="primary-nav-item">
83427   <a href="/cancer-types/childhood-melanoma.html" aria-label="Childhood Melanoma
   …    Home">Childhood Melanoma Home</a></li>
83428   <li class="primary-nav-item"><a
```

```
83428  href="/cancer-types/childhood-melanoma/childhood-melanoma-facts.html">Childhood
  …    Melanoma Facts</a></li>
83429  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-melanoma/childhood-melanoma-symptoms.html">Childhood
  …    Melanoma Symptoms</a></li>
83430  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-melanoma/childhood-melanoma-diagnosis.html">Childhood
  …    Melanoma Diagnosis</a></li>
83431  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-melanoma/childhood-melanoma-treatment.html">Childhood
  …    Melanoma Treatment</a></li>
83432  </ul>
83433  </nav>
83434  </div>
83435  </section>
83436  </div>
83437  </div>
83438  </div></li>
83439  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/childhood-osteosarcoma.html">Childhood Osteosarcoma</a>
83440  <div class="subnav-mask">
83441  <div class="subnav-wrapper">
83442  <div class="subnav col10 pad">
83443  <section class="nested">
83444  <div class="col4 main-column">
83445  <nav class="secondary">
83446  <ul>
83447  <li class="mobile-nav-back"><a href="/cancer-types/childhood-osteosarcoma.html"
  …    aria-label="Back to Childhood Osteosarcoma">Childhood Osteosarcoma</a></li>
83448  <li class="primary-nav-item">
83449  <a href="/cancer-types/childhood-osteosarcoma.html" aria-label="Childhood
  …    Osteosarcoma Home">Childhood Osteosarcoma Home</a></li>
83450  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-facts.html">
  …    Childhood Osteosarcoma Facts</a></li>
83451  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-symptoms.html">
  …    Childhood Osteosarcoma Symptoms</a></li>
83452  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-diagnosis.html">
  …    Childhood Osteosarcoma Diagnosis</a></li>
83453  <li class="primary-nav-item"><a
  …    href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-treatment.html">
  …    Childhood Osteosarcoma Treatment</a></li>
83454  </ul>
83455  </nav>
83456  </div>
83457  </section>
83458  </div>
83459  </div>
83460  </div></li>
83461  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/childhood-soft-tissue-sarcoma.html">Childhood Soft Tissue
  …    Sarcoma</a>
83462  <div class="subnav-mask">
83463  <div class="subnav-wrapper">
83464  <div class="subnav col10 pad">
83465  <section class="nested">
83466  <div class="col4 main-column">
83467  <nav class="secondary">
83468  <ul>
83469  <li class="mobile-nav-back"><a
  …    href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Back to Childhood
  …    Soft Tissue Sarcoma">Childhood Soft Tissue Sarcoma</a></li>
83470  <li class="primary-nav-item">
83471  <a href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Childhood Soft
  …    Tissue Sarcoma Home">Childhood Soft Tissue Sarcoma Home</a></li>
83472  <li class="primary-nav-item"><a
```

```
83472… href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-facts
   …  .html">Childhood Soft Tissue Sarcoma Facts</a></li>
83473  <li class="primary-nav-item"><a
   …  href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
   …  symptoms.html">Childhood Soft Tissue Sarcoma Symptoms</a></li>
83474  <li class="primary-nav-item"><a
   …  href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
   …  diagnosis.html">Childhood Soft Tissue Sarcoma Diagnosis</a></li>
83475  <li class="primary-nav-item"><a
   …  href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
   …  treatment.html">Childhood Soft Tissue Sarcoma Treatment</a></li>
83476  </ul>
83477  </nav>
83478  </div>
83479  </section>
83480  </div>
83481  </div>
83482  </div></li>
83483  <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/colon-cancer.html">Colon Cancer</a>
83484  <div class="subnav-mask">
83485  <div class="subnav-wrapper">
83486  <div class="subnav col10 pad">
83487  <section class="nested">
83488  <div class="col4 main-column">
83489  <nav class="secondary">
83490  <ul>
83491  <li class="mobile-nav-back"><a href="/cancer-types/colon-cancer.html"
   …  aria-label="Back to Colon Cancer">Colon Cancer</a></li>
83492  <li class="primary-nav-item">
83493  <a href="/cancer-types/colon-cancer.html" aria-label="Colon Cancer Home">Colon Cancer
   …  Home</a></li>
83494  <li class="primary-nav-item"><a
   …  href="/cancer-types/colon-cancer/colon-cancer-facts.html">Colon Cancer Facts</a></li>
83495  <li class="primary-nav-item"><a
   …  href="/cancer-types/colon-cancer/colon-cancer-symptoms.html">Colon Cancer
   …  Symptoms</a></li>
83496  <li class="primary-nav-item"><a
   …  href="/cancer-types/colon-cancer/colon-cancer-diagnosis.html">Colon Cancer
   …  Diagnosis</a></li>
83497  <li class="primary-nav-item"><a
   …  href="/cancer-types/colon-cancer/colon-cancer-treatment.html">Colon Cancer
   …  Treatment</a></li>
83498  </ul>
83499  </nav>
83500  </div>
83501  </section>
83502  </div>
83503  </div>
83504  </div></li>
83505  <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/desmoplastic-small-round-cell-tumors.html">Desmoplastic Small
   …  Round Cell Tumors (DSRCT)</a>
83506  <div class="subnav-mask">
83507  <div class="subnav-wrapper">
83508  <div class="subnav col10 pad">
83509  <section class="nested">
83510  <div class="col4 main-column">
83511  <nav class="secondary">
83512  <ul>
83513  <li class="mobile-nav-back"><a
   …  href="/cancer-types/desmoplastic-small-round-cell-tumors.html" aria-label="Back to
   …  Desmoplastic Small Round Cell Tumors (DSRCT)">Desmoplastic Small Round Cell Tumors
   …  (DSRCT)</a></li>
83514  <li class="primary-nav-item">
83515  <a href="/cancer-types/desmoplastic-small-round-cell-tumors.html"
   …  aria-label="Desmoplastic Small Round Cell Tumors (DSRCT) Home">Desmoplastic Small
   …  Round Cell Tumors (DSRCT) Home</a></li>
```

```
83516  <li class="primary-nav-item"><a
   …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …   cell-tumors-facts.html">Desmoplastic Small Round Cell Tumors (DSRCT) Facts</a></li>
83517  <li class="primary-nav-item"><a
   …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …   cell-tumors-symptoms.html">Desmoplastic Small Round Cell Tumors (DSRCT)
   …   Symptoms</a></li>
83518  <li class="primary-nav-item"><a
   …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …   cell-tumors-diagnosis.html">Desmoplastic Small Round Cell Tumors (DSRCT)
   …   Diagnosis</a></li>
83519  <li class="primary-nav-item"><a
   …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
   …   cell-tumors-treatment.html">Desmoplastic Small Round Cell Tumors (DSRCT)
   …   Treatment</a></li>
83520  </ul>
83521  </nav>
83522  </div>
83523  </section>
83524  </div>
83525  </div>
83526  </div></li>
83527  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/esophageal-cancer.html">Esophageal Cancer</a>
83528  <div class="subnav-mask">
83529  <div class="subnav-wrapper">
83530  <div class="subnav col10 pad">
83531  <section class="nested">
83532  <div class="col4 main-column">
83533  <nav class="secondary">
83534  <ul>
83535  <li class="mobile-nav-back"><a href="/cancer-types/esophageal-cancer.html"
   …   aria-label="Back to Esophageal Cancer">Esophageal Cancer</a></li>
83536  <li class="primary-nav-item">
83537  <a href="/cancer-types/esophageal-cancer.html" aria-label="Esophageal Cancer
   …   Home">Esophageal Cancer Home</a></li>
83538  <li class="primary-nav-item"><a
   …   href="/cancer-types/esophageal-cancer/esophageal-cancer-facts.html">Esophageal Cancer
   …   Facts</a></li>
83539  <li class="primary-nav-item"><a
   …   href="/cancer-types/esophageal-cancer/esophageal-cancer-symptoms.html">Esophageal
   …   Cancer Symptoms</a></li>
83540  <li class="primary-nav-item"><a
   …   href="/cancer-types/esophageal-cancer/esophageal-cancer-diagnosis.html">Esophageal
   …   Cancer Diagnosis</a></li>
83541  <li class="primary-nav-item"><a
   …   href="/cancer-types/esophageal-cancer/esophageal-cancer-treatment.html">Esophageal
   …   Cancer Treatment</a></li>
83542  </ul>
83543  </nav>
83544  </div>
83545  </section>
83546  </div>
83547  </div>
83548  </div></li>
83549  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/ewings-sarcoma.html">Ewing's Sarcoma</a>
83550  <div class="subnav-mask">
83551  <div class="subnav-wrapper">
83552  <div class="subnav col10 pad">
83553  <section class="nested">
83554  <div class="col4 main-column">
83555  <nav class="secondary">
83556  <ul>
83557  <li class="mobile-nav-back"><a href="/cancer-types/ewings-sarcoma.html"
   …   aria-label="Back to Ewing&#39;s Sarcoma">Ewing's Sarcoma</a></li>
83558  <li class="primary-nav-item">
83559  <a href="/cancer-types/ewings-sarcoma.html" aria-label="Ewing&#39;s Sarcoma
```

```
83559…  Home">Ewing's Sarcoma Home</a></li>
83560   <li class="primary-nav-item"><a
   …    href="/cancer-types/ewings-sarcoma/ewings-sarcoma-facts.html">Ewing's Sarcoma
   …    Facts</a></li>
83561   <li class="primary-nav-item"><a
   …    href="/cancer-types/ewings-sarcoma/ewings-sarcoma-symptoms.html">Ewing's Sarcoma
   …    Symptoms</a></li>
83562   <li class="primary-nav-item"><a
   …    href="/cancer-types/ewings-sarcoma/ewings-sarcoma-diagnosis.html">Ewing's Sarcoma
   …    Diagnosis</a></li>
83563   <li class="primary-nav-item"><a
   …    href="/cancer-types/ewings-sarcoma/ewings-sarcoma-treatment.html">Ewing's Sarcoma
   …    Treatment</a></li>
83564   </ul>
83565   </nav>
83566   </div>
83567   </section>
83568   </div>
83569   </div>
83570   </div></li>
83571   <li class="primary-nav-item has-subnav"><a href="/cancer-types/eye-cancer.html">Eye
   …    Cancer</a>
83572   <div class="subnav-mask">
83573   <div class="subnav-wrapper">
83574   <div class="subnav col10 pad">
83575   <section class="nested">
83576   <div class="col4 main-column">
83577   <nav class="secondary">
83578   <ul>
83579   <li class="mobile-nav-back"><a href="/cancer-types/eye-cancer.html" aria-label="Back
   …    to Eye Cancer">Eye Cancer</a></li>
83580   <li class="primary-nav-item">
83581   <a href="/cancer-types/eye-cancer.html" aria-label="Eye Cancer Home">Eye Cancer
   …    Home</a></li>
83582   <li class="primary-nav-item"><a
   …    href="/cancer-types/eye-cancer/eye-cancer-facts.html">Eye Cancer Facts</a></li>
83583   <li class="primary-nav-item"><a
   …    href="/cancer-types/eye-cancer/eye-cancer-symptoms.html">Eye Cancer Symptoms</a></li>
83584   <li class="primary-nav-item"><a
   …    href="/cancer-types/eye-cancer/eye-cancer-diagnosis.html">Eye Cancer
   …    Diagnosis</a></li>
83585   <li class="primary-nav-item"><a
   …    href="/cancer-types/eye-cancer/eye-cancer-treatment.html">Eye Cancer
   …    Treatment</a></li>
83586   </ul>
83587   </nav>
83588   </div>
83589   </section>
83590   </div>
83591   </div>
83592   </div></li>
83593   <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/fallopian-tube-cancer.html">Fallopian Tube Cancer</a>
83594   <div class="subnav-mask">
83595   <div class="subnav-wrapper">
83596   <div class="subnav col10 pad">
83597   <section class="nested">
83598   <div class="col4 main-column">
83599   <nav class="secondary">
83600   <ul>
83601   <li class="mobile-nav-back"><a href="/cancer-types/fallopian-tube-cancer.html"
   …    aria-label="Back to Fallopian Tube Cancer">Fallopian Tube Cancer</a></li>
83602   <li class="primary-nav-item">
83603   <a href="/cancer-types/fallopian-tube-cancer.html" aria-label="Fallopian Tube Cancer
   …    Home">Fallopian Tube Cancer Home</a></li>
83604   <li class="primary-nav-item"><a
   …    href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-facts.html">Fallopian
   …    Tube Cancer Facts</a></li>
```

```
83605 <li class="primary-nav-item"><a
   … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-symptoms.html">
   … Fallopian Tube Cancer Symptoms</a></li>
83606 <li class="primary-nav-item"><a
   … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-diagnosis.html">
   … Fallopian Tube Cancer Diagnosis</a></li>
83607 <li class="primary-nav-item"><a
   … href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-treatment.html">
   … Fallopian Tube Cancer Treatment</a></li>
83608 </ul>
83609 </nav>
83610 </div>
83611 </section>
83612 </div>
83613 </div>
83614 </div></li>
83615 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/hodgkins-lymphoma.html">Hodgkin's Lymphoma</a>
83616 <div class="subnav-mask">
83617 <div class="subnav-wrapper">
83618 <div class="subnav col10 pad">
83619 <section class="nested">
83620 <div class="col4 main-column">
83621 <nav class="secondary">
83622 <ul>
83623 <li class="mobile-nav-back"><a href="/cancer-types/hodgkins-lymphoma.html"
   … aria-label="Back to Hodgkin&#39;s Lymphoma">Hodgkin's Lymphoma</a></li>
83624 <li class="primary-nav-item">
83625 <a href="/cancer-types/hodgkins-lymphoma.html" aria-label="Hodgkin&#39;s Lymphoma
   … Home">Hodgkin's Lymphoma Home</a></li>
83626 <li class="primary-nav-item"><a
   … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-facts.html">Hodgkin's
   … Lymphoma Facts</a></li>
83627 <li class="primary-nav-item"><a
   … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-symptoms.html">Hodgkin's
   … Lymphoma Symptoms</a></li>
83628 <li class="primary-nav-item"><a
   … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-diagnosis.html">Hodgkin's
   … Lymphoma Diagnosis</a></li>
83629 <li class="primary-nav-item"><a
   … href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-treatment.html">Hodgkin's
   … Lymphoma Treatment</a></li>
83630 </ul>
83631 </nav>
83632 </div>
83633 </section>
83634 </div>
83635 </div>
83636 </div></li>
83637 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html">Implant-
   … Associated Anaplastic Large Cell Lymphoma (ALCL)</a>
83638 <div class="subnav-mask">
83639 <div class="subnav-wrapper">
83640 <div class="subnav col10 pad">
83641 <section class="nested">
83642 <div class="col4 main-column">
83643 <nav class="secondary">
83644 <ul>
83645 <li class="mobile-nav-back"><a
   … href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
   … aria-label="Back to Implant-Associated Anaplastic Large Cell Lymphoma
   … (ALCL)">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)</a></li>
83646 <li class="primary-nav-item">
83647 <a href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
   … aria-label="Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)
   … Home">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL) Home</a></li>
83648 <li class="primary-nav-item"><a
```

```
83648…   href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
…        associated-anaplastic-large-cell-lymphoma-facts.html">Implant-Associated Anaplastic
…        Large Cell Lymphoma (ALCL) Facts</a></li>
83649    <li class="primary-nav-item"><a
…        href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
…        associated-anaplastic-large-cell-lymphoma-symptoms.html">Implant-Associated
…        Anaplastic Large Cell Lymphoma (ALCL) Symptoms</a></li>
83650    <li class="primary-nav-item"><a
…        href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
…        associated-anaplastic-large-cell-lymphoma-diagnosis.html">Implant-Associated
…        Anaplastic Large Cell Lymphoma (ALCL) Diagnosis</a></li>
83651    <li class="primary-nav-item"><a
…        href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
…        associated-anaplastic-large-cell-lymphoma-treatment.html">Implant-Associated
…        Anaplastic Large Cell Lymphoma (ALCL) Treatment</a></li>
83652    </ul>
83653    </nav>
83654    </div>
83655    </section>
83656    </div>
83657    </div>
83658    </div></li>
83659    <li class="primary-nav-item has-subnav"><a
…        href="/cancer-types/inflammatory-breast-cancer.html">Inflammatory Breast Cancer
…        (IBC)</a>
83660    <div class="subnav-mask">
83661    <div class="subnav-wrapper">
83662    <div class="subnav col10 pad">
83663    <section class="nested">
83664    <div class="col4 main-column">
83665    <nav class="secondary">
83666    <ul>
83667    <li class="mobile-nav-back"><a href="/cancer-types/inflammatory-breast-cancer.html"
…        aria-label="Back to Inflammatory Breast Cancer (IBC)">Inflammatory Breast Cancer
…        (IBC)</a></li>
83668    <li class="primary-nav-item">
83669    <a href="/cancer-types/inflammatory-breast-cancer.html" aria-label="Inflammatory
…        Breast Cancer (IBC) Home">Inflammatory Breast Cancer (IBC) Home</a></li>
83670    <li class="primary-nav-item"><a
…        href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-facts.html"
…        >Inflammatory Breast Cancer (IBC) Facts</a></li>
83671    <li class="primary-nav-item"><a
…        href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-symptoms.
…        html">Inflammatory Breast Cancer (IBC) Symptoms</a></li>
83672    <li class="primary-nav-item"><a
…        href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-diagnosis.
…        html">Inflammatory Breast Cancer (IBC) Diagnosis</a></li>
83673    <li class="primary-nav-item"><a
…        href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-treatment.
…        html">Inflammatory Breast Cancer (IBC) Treatment</a></li>
83674    </ul>
83675    </nav>
83676    </div>
83677    </section>
83678    </div>
83679    </div>
83680    </div></li>
83681    <li class="primary-nav-item has-subnav"><a
…        href="/cancer-types/kidney-cancer.html">Kidney Cancer</a>
83682    <div class="subnav-mask">
83683    <div class="subnav-wrapper">
83684    <div class="subnav col10 pad">
83685    <section class="nested">
83686    <div class="col4 main-column">
83687    <nav class="secondary">
83688    <ul>
83689    <li class="mobile-nav-back"><a href="/cancer-types/kidney-cancer.html"
…        aria-label="Back to Kidney Cancer">Kidney Cancer</a></li>
```

```
83690 <li class="primary-nav-item">
83691 <a href="/cancer-types/kidney-cancer.html" aria-label="Kidney Cancer Home">Kidney
  …  Cancer Home</a></li>
83692 <li class="primary-nav-item"><a
  …  href="/cancer-types/kidney-cancer/kidney-cancer-facts.html">Kidney Cancer
  …  Facts</a></li>
83693 <li class="primary-nav-item"><a
  …  href="/cancer-types/kidney-cancer/kidney-cancer-symptoms.html">Kidney Cancer
  …  Symptoms</a></li>
83694 <li class="primary-nav-item"><a
  …  href="/cancer-types/kidney-cancer/kidney-cancer-diagnosis.html">Kidney Cancer
  …  Diagnosis</a></li>
83695 <li class="primary-nav-item"><a
  …  href="/cancer-types/kidney-cancer/kidney-cancer-treatment.html">Kidney Cancer
  …  Treatment</a></li>
83696 </ul>
83697 </nav>
83698 </div>
83699 </section>
83700 </div>
83701 </div>
83702 </div></li>
83703 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/leukemia.html">Leukemia</a>
83704 <div class="subnav-mask">
83705 <div class="subnav-wrapper">
83706 <div class="subnav col10 pad">
83707 <section class="nested">
83708 <div class="col4 main-column">
83709 <nav class="secondary">
83710 <ul>
83711 <li class="mobile-nav-back"><a href="/cancer-types/leukemia.html" aria-label="Back to
  …  Leukemia">Leukemia</a></li>
83712 <li class="primary-nav-item">
83713 <a href="/cancer-types/leukemia.html" aria-label="Leukemia Home">Leukemia
  …  Home</a></li>
83714 <li class="primary-nav-item"><a
  …  href="/cancer-types/leukemia/leukemia-facts.html">Leukemia Facts</a></li>
83715 <li class="primary-nav-item"><a
  …  href="/cancer-types/leukemia/leukemia-symptoms.html">Leukemia Symptoms</a></li>
83716 <li class="primary-nav-item"><a
  …  href="/cancer-types/leukemia/leukemia-diagnosis.html">Leukemia Diagnosis</a></li>
83717 <li class="primary-nav-item"><a
  …  href="/cancer-types/leukemia/leukemia-treatment.html">Leukemia Treatment</a></li>
83718 </ul>
83719 </nav>
83720 </div>
83721 </section>
83722 </div>
83723 </div>
83724 </div></li>
83725 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/liver-cancer.html">Liver Cancer</a>
83726 <div class="subnav-mask">
83727 <div class="subnav-wrapper">
83728 <div class="subnav col10 pad">
83729 <section class="nested">
83730 <div class="col4 main-column">
83731 <nav class="secondary">
83732 <ul>
83733 <li class="mobile-nav-back"><a href="/cancer-types/liver-cancer.html"
  …  aria-label="Back to Liver Cancer">Liver Cancer</a></li>
83734 <li class="primary-nav-item">
83735 <a href="/cancer-types/liver-cancer.html" aria-label="Liver Cancer Home">Liver Cancer
  …  Home</a></li>
83736 <li class="primary-nav-item"><a
  …  href="/cancer-types/liver-cancer/liver-cancer-facts.html">Liver Cancer Facts</a></li>
83737 <li class="primary-nav-item"><a
```

```
83737  href="/cancer-types/liver-cancer/liver-cancer-symptoms.html">Liver Cancer
    …  Symptoms</a></li>
83738  <li class="primary-nav-item"><a
    …  href="/cancer-types/liver-cancer/liver-cancer-diagnosis.html">Liver Cancer
    …  Diagnosis</a></li>
83739  <li class="primary-nav-item"><a
    …  href="/cancer-types/liver-cancer/liver-cancer-treatment.html">Liver Cancer
    …  Treatment</a></li>
83740  </ul>
83741  </nav>
83742  </div>
83743  </section>
83744  </div>
83745  </div>
83746  </div></li>
83747  <li class="primary-nav-item has-subnav"><a href="/cancer-types/lung-cancer.html">Lung
    …  Cancer</a>
83748  <div class="subnav-mask">
83749  <div class="subnav-wrapper">
83750  <div class="subnav col10 pad">
83751  <section class="nested">
83752  <div class="col4 main-column">
83753  <nav class="secondary">
83754  <ul>
83755  <li class="mobile-nav-back"><a href="/cancer-types/lung-cancer.html" aria-label="Back
    …  to Lung Cancer">Lung Cancer</a></li>
83756  <li class="primary-nav-item">
83757  <a href="/cancer-types/lung-cancer.html" aria-label="Lung Cancer Home">Lung Cancer
    …  Home</a></li>
83758  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-facts.html">Lung Cancer Facts</a></li>
83759  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-symptoms.html">Lung Cancer
    …  Symptoms</a></li>
83760  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-diagnosis.html">Lung Cancer
    …  Diagnosis</a></li>
83761  <li class="primary-nav-item"><a
    …  href="/cancer-types/lung-cancer/lung-cancer-treatment.html">Lung Cancer
    …  Treatment</a></li>
83762  </ul>
83763  </nav>
83764  </div>
83765  </section>
83766  </div>
83767  </div>
83768  </div></li>
83769  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/medulloblastoma.html">Medulloblastoma</a>
83770  <div class="subnav-mask">
83771  <div class="subnav-wrapper">
83772  <div class="subnav col10 pad">
83773  <section class="nested">
83774  <div class="col4 main-column">
83775  <nav class="secondary">
83776  <ul>
83777  <li class="mobile-nav-back"><a href="/cancer-types/medulloblastoma.html"
    …  aria-label="Back to Medulloblastoma">Medulloblastoma</a></li>
83778  <li class="primary-nav-item">
83779  <a href="/cancer-types/medulloblastoma.html" aria-label="Medulloblastoma
    …  Home">Medulloblastoma Home</a></li>
83780  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-facts.html">Medulloblastoma
    …  Facts</a></li>
83781  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-symptoms.html">Medulloblastoma
    …  Symptoms</a></li>
83782  <li class="primary-nav-item"><a
```

```
83782… href="/cancer-types/medulloblastoma/medulloblastoma-diagnosis.html">Medulloblastoma
    …  Diagnosis</a></li>
83783  <li class="primary-nav-item"><a
    …  href="/cancer-types/medulloblastoma/medulloblastoma-treatment.html">Medulloblastoma
    …  Treatment</a></li>
83784  </ul>
83785  </nav>
83786  </div>
83787  </section>
83788  </div>
83789  </div>
83790  </div></li>
83791  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/melanoma.html">Melanoma</a>
83792  <div class="subnav-mask">
83793  <div class="subnav-wrapper">
83794  <div class="subnav col10 pad">
83795  <section class="nested">
83796  <div class="col4 main-column">
83797  <nav class="secondary">
83798  <ul>
83799  <li class="mobile-nav-back"><a href="/cancer-types/melanoma.html" aria-label="Back to
    …  Melanoma">Melanoma</a></li>
83800  <li class="primary-nav-item">
83801  <a href="/cancer-types/melanoma.html" aria-label="Melanoma Home">Melanoma
    …  Home</a></li>
83802  <li class="primary-nav-item"><a
    …  href="/cancer-types/melanoma/melanoma-facts.html">Melanoma Facts</a></li>
83803  <li class="primary-nav-item"><a
    …  href="/cancer-types/melanoma/melanoma-symptoms.html">Melanoma Symptoms</a></li>
83804  <li class="primary-nav-item"><a
    …  href="/cancer-types/melanoma/melanoma-diagnosis.html">Melanoma Diagnosis</a></li>
83805  <li class="primary-nav-item"><a
    …  href="/cancer-types/melanoma/melanoma-treatment.html">Melanoma Treatment</a></li>
83806  </ul>
83807  </nav>
83808  </div>
83809  </section>
83810  </div>
83811  </div>
83812  </div></li>
83813  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/mesothelioma.html">Mesothelioma</a>
83814  <div class="subnav-mask">
83815  <div class="subnav-wrapper">
83816  <div class="subnav col10 pad">
83817  <section class="nested">
83818  <div class="col4 main-column">
83819  <nav class="secondary">
83820  <ul>
83821  <li class="mobile-nav-back"><a href="/cancer-types/mesothelioma.html"
    …  aria-label="Back to Mesothelioma">Mesothelioma</a></li>
83822  <li class="primary-nav-item">
83823  <a href="/cancer-types/mesothelioma.html" aria-label="Mesothelioma Home">Mesothelioma
    …  Home</a></li>
83824  <li class="primary-nav-item"><a
    …  href="/cancer-types/mesothelioma/mesothelioma-facts.html">Mesothelioma Facts</a></li>
83825  <li class="primary-nav-item"><a
    …  href="/cancer-types/mesothelioma/mesothelioma-symptoms.html">Mesothelioma
    …  Symptoms</a></li>
83826  <li class="primary-nav-item"><a
    …  href="/cancer-types/mesothelioma/mesothelioma-diagnosis.html">Mesothelioma
    …  Diagnosis</a></li>
83827  <li class="primary-nav-item"><a
    …  href="/cancer-types/mesothelioma/mesothelioma-treatment.html">Mesothelioma
    …  Treatment</a></li>
83828  </ul>
83829  </nav>
```

```
83830 </div>
83831 </section>
83832 </div>
83833 </div>
83834 </div></li>
83835 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/multiple-endocrine-neoplasia.html">Multiple Endocrine Neoplasia
  …  (MEN)</a>
83836 <div class="subnav-mask">
83837 <div class="subnav-wrapper">
83838 <div class="subnav col10 pad">
83839 <section class="nested">
83840 <div class="col4 main-column">
83841 <nav class="secondary">
83842 <ul>
83843 <li class="mobile-nav-back"><a href="/cancer-types/multiple-endocrine-neoplasia.html"
  …  aria-label="Back to Multiple Endocrine Neoplasia (MEN)">Multiple Endocrine Neoplasia
  …  (MEN)</a></li>
83844 <li class="primary-nav-item">
83845 <a href="/cancer-types/multiple-endocrine-neoplasia.html" aria-label="Multiple
  …  Endocrine Neoplasia (MEN) Home">Multiple Endocrine Neoplasia (MEN) Home</a></li>
83846 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-facts.
  …  html">Multiple Endocrine Neoplasia Facts</a></li>
83847 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
  …  symptoms.html">Multiple Endocrine Neoplasia Symptoms</a></li>
83848 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
  …  diagnosis.html">Multiple Endocrine Neoplasia Diagnosis</a></li>
83849 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
  …  treatment.html">Multiple Endocrine Neoplasia Treatment</a></li>
83850 </ul>
83851 </nav>
83852 </div>
83853 </section>
83854 </div>
83855 </div>
83856 </div></li>
83857 <li class="primary-nav-item has-subnav"><a
  …  href="/cancer-types/multiple-myeloma.html">Multiple Myeloma</a>
83858 <div class="subnav-mask">
83859 <div class="subnav-wrapper">
83860 <div class="subnav col10 pad">
83861 <section class="nested">
83862 <div class="col4 main-column">
83863 <nav class="secondary">
83864 <ul>
83865 <li class="mobile-nav-back"><a href="/cancer-types/multiple-myeloma.html"
  …  aria-label="Back to Multiple Myeloma">Multiple Myeloma</a></li>
83866 <li class="primary-nav-item">
83867 <a href="/cancer-types/multiple-myeloma.html" aria-label="Multiple Myeloma
  …  Home">Multiple Myeloma Home</a></li>
83868 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-myeloma/multiple-myeloma-facts.html">Multiple Myeloma
  …  Facts</a></li>
83869 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-myeloma/multiple-myeloma-symptoms.html">Multiple Myeloma
  …  Symptoms</a></li>
83870 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-myeloma/multiple-myeloma-diagnosis.html">Multiple
  …  Myeloma Diagnosis</a></li>
83871 <li class="primary-nav-item"><a
  …  href="/cancer-types/multiple-myeloma/multiple-myeloma-treatment.html">Multiple
  …  Myeloma Treatment</a></li>
83872 </ul>
83873 </nav>
```

```
83874 </div>
83875 </section>
83876 </div>
83877 </div>
83878 </div></li>
83879 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/myelodysplastic-syndrome.html">Myelodysplastic Syndrome (MDS)</a>
83880 <div class="subnav-mask">
83881 <div class="subnav-wrapper">
83882 <div class="subnav col10 pad">
83883 <section class="nested">
83884 <div class="col4 main-column">
83885 <nav class="secondary">
83886 <ul>
83887 <li class="mobile-nav-back"><a href="/cancer-types/myelodysplastic-syndrome.html"
   … aria-label="Back to Myelodysplastic Syndrome (MDS)">Myelodysplastic Syndrome
   … (MDS)</a></li>
83888 <li class="primary-nav-item">
83889 <a href="/cancer-types/myelodysplastic-syndrome.html" aria-label="Myelodysplastic
   … Syndrome (MDS) Home">Myelodysplastic Syndrome (MDS) Home</a></li>
83890 <li class="primary-nav-item"><a
   … href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-facts.html">
   … Myelodysplastic Syndrome Facts</a></li>
83891 <li class="primary-nav-item"><a
   … href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-symptoms.html">
   … Myelodysplastic Syndrome Symptoms</a></li>
83892 <li class="primary-nav-item"><a
   … href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-diagnosis.html"
   … >Myelodysplastic Syndrome Diagnosis</a></li>
83893 <li class="primary-nav-item"><a
   … href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-treatment.html"
   … >Myelodysplastic Syndrome Treatment</a></li>
83894 </ul>
83895 </nav>
83896 </div>
83897 </section>
83898 </div>
83899 </div>
83900 </div></li>
83901 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/myeloproliferative-disorder.html">Myeloproliferative Disorder
   … (MPD)</a>
83902 <div class="subnav-mask">
83903 <div class="subnav-wrapper">
83904 <div class="subnav col10 pad">
83905 <section class="nested">
83906 <div class="col4 main-column">
83907 <nav class="secondary">
83908 <ul>
83909 <li class="mobile-nav-back"><a href="/cancer-types/myeloproliferative-disorder.html"
   … aria-label="Back to Myeloproliferative Disorder (MPD)">Myeloproliferative Disorder
   … (MPD)</a></li>
83910 <li class="primary-nav-item">
83911 <a href="/cancer-types/myeloproliferative-disorder.html"
   … aria-label="Myeloproliferative Disorder (MPD) Home">Myeloproliferative Disorder (MPD)
   … Home</a></li>
83912 <li class="primary-nav-item"><a
   … href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-facts.
   … html">Myeloproliferative Disorder Facts</a></li>
83913 <li class="primary-nav-item"><a
   … href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-symptoms.
   … html">Myeloproliferative Disorder Symptoms</a></li>
83914 <li class="primary-nav-item"><a
   … href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-diagnosis
   … .html">Myeloproliferative Disorder Diagnosis</a></li>
83915 <li class="primary-nav-item"><a
   … href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-treatment
   … .html">Myeloproliferative Disorder Treatment</a></li>
```

```
83916 </ul>
83917 </nav>
83918 </div>
83919 </section>
83920 </div>
83921 </div>
83922 </div></li>
83923 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/neuroblastoma.html">Neuroblastoma</a>
83924 <div class="subnav-mask">
83925 <div class="subnav-wrapper">
83926 <div class="subnav col10 pad">
83927 <section class="nested">
83928 <div class="col4 main-column">
83929 <nav class="secondary">
83930 <ul>
83931 <li class="mobile-nav-back"><a href="/cancer-types/neuroblastoma.html"
   … aria-label="Back to Neuroblastoma">Neuroblastoma</a></li>
83932 <li class="primary-nav-item">
83933 <a href="/cancer-types/neuroblastoma.html" aria-label="Neuroblastoma
   … Home">Neuroblastoma Home</a></li>
83934 <li class="primary-nav-item"><a
   … href="/cancer-types/neuroblastoma/neuroblastoma-facts.html">Neuroblastoma
   … Facts</a></li>
83935 <li class="primary-nav-item"><a
   … href="/cancer-types/neuroblastoma/neuroblastoma-symptoms.html">Neuroblastoma
   … Symptoms</a></li>
83936 <li class="primary-nav-item"><a
   … href="/cancer-types/neuroblastoma/neuroblastoma-diagnosis.html">Neuroblastoma
   … Diagnosis</a></li>
83937 <li class="primary-nav-item"><a
   … href="/cancer-types/neuroblastoma/neuroblastoma-treatment.html">Neuroblastoma
   … Treatment</a></li>
83938 </ul>
83939 </nav>
83940 </div>
83941 </section>
83942 </div>
83943 </div>
83944 </div></li>
83945 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/neurofibromatosis.html">Neurofibromatosis</a>
83946 <div class="subnav-mask">
83947 <div class="subnav-wrapper">
83948 <div class="subnav col10 pad">
83949 <section class="nested">
83950 <div class="col4 main-column">
83951 <nav class="secondary">
83952 <ul>
83953 <li class="mobile-nav-back"><a href="/cancer-types/neurofibromatosis.html"
   … aria-label="Back to Neurofibromatosis">Neurofibromatosis</a></li>
83954 <li class="primary-nav-item">
83955 <a href="/cancer-types/neurofibromatosis.html" aria-label="Neurofibromatosis
   … Home">Neurofibromatosis Home</a></li>
83956 <li class="primary-nav-item"><a
   … href="/cancer-types/neurofibromatosis/neurofibromatosis-facts.html">Neurofibromatosis
   … Facts</a></li>
83957 <li class="primary-nav-item"><a
   … href="/cancer-types/neurofibromatosis/neurofibromatosis-symptoms.html">
   … Neurofibromatosis Symptoms</a></li>
83958 <li class="primary-nav-item"><a
   … href="/cancer-types/neurofibromatosis/neurofibromatosis-diagnosis.html">
   … Neurofibromatosis Diagnosis</a></li>
83959 <li class="primary-nav-item"><a
   … href="/cancer-types/neurofibromatosis/neurofibromatosis-treatment.html">
   … Neurofibromatosis Treatment</a></li>
83960 </ul>
83961 </nav>
```

```
83962 </div>
83963 </section>
83964 </div>
83965 </div>
83966 </div></li>
83967 <li class="primary-nav-item has-subnav"><a
 … href="/cancer-types/non-hodgkins-lymphoma.html">Non-Hodgkin's Lymphoma (NHL)</a>
83968 <div class="subnav-mask">
83969 <div class="subnav-wrapper">
83970 <div class="subnav col10 pad">
83971 <section class="nested">
83972 <div class="col4 main-column">
83973 <nav class="secondary">
83974 <ul>
83975 <li class="mobile-nav-back"><a href="/cancer-types/non-hodgkins-lymphoma.html"
 … aria-label="Back to Non-Hodgkin&#39;s Lymphoma (NHL)">Non-Hodgkin's Lymphoma
 … (NHL)</a></li>
83976 <li class="primary-nav-item">
83977 <a href="/cancer-types/non-hodgkins-lymphoma.html" aria-label="Non-Hodgkin&#39;s
 … Lymphoma (NHL) Home">Non-Hodgkin's Lymphoma (NHL) Home</a></li>
83978 <li class="primary-nav-item"><a
 … href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-facts.html">Non-
 … Hodgkin's Lymphoma Facts</a></li>
83979 <li class="primary-nav-item"><a
 … href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-symptoms.html">Non-
 … Hodgkin's Lymphoma Symptoms</a></li>
83980 <li class="primary-nav-item"><a
 … href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-diagnosis.html">Non-
 … Hodgkin's Lymphoma Diagnosis</a></li>
83981 <li class="primary-nav-item"><a
 … href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-treatment.html">Non-
 … Hodgkin's Lymphoma Treatment</a></li>
83982 </ul>
83983 </nav>
83984 </div>
83985 </section>
83986 </div>
83987 </div>
83988 </div></li>
83989 <li class="primary-nav-item has-subnav"><a href="/cancer-types/oral-cancer.html">Oral
 … Cancer</a>
83990 <div class="subnav-mask">
83991 <div class="subnav-wrapper">
83992 <div class="subnav col10 pad">
83993 <section class="nested">
83994 <div class="col4 main-column">
83995 <nav class="secondary">
83996 <ul>
83997 <li class="mobile-nav-back"><a href="/cancer-types/oral-cancer.html" aria-label="Back
 … to Oral Cancer">Oral Cancer</a></li>
83998 <li class="primary-nav-item">
83999 <a href="/cancer-types/oral-cancer.html" aria-label="Oral Cancer Home">Oral Cancer
 … Home</a></li>
84000 <li class="primary-nav-item"><a
 … href="/cancer-types/oral-cancer/oral-cancer-facts.html">Oral Cancer Facts</a></li>
84001 <li class="primary-nav-item"><a
 … href="/cancer-types/oral-cancer/oral-cancer-symptoms.html">Oral Cancer
 … Symptoms</a></li>
84002 <li class="primary-nav-item"><a
 … href="/cancer-types/oral-cancer/oral-cancer-diagnosis.html">Oral Cancer
 … Diagnosis</a></li>
84003 <li class="primary-nav-item"><a
 … href="/cancer-types/oral-cancer/oral-cancer-treatment.html">Oral Cancer
 … Treatment</a></li>
84004 </ul>
84005 </nav>
84006 </div>
84007 </section>
```

```
84008 </div>
84009 </div>
84010 </div></li>
84011 <li class="primary-nav-item has-subnav"><a
    ... href="/cancer-types/ovarian-cancer.html">Ovarian Cancer</a>
84012 <div class="subnav-mask">
84013 <div class="subnav-wrapper">
84014 <div class="subnav col10 pad">
84015 <section class="nested">
84016 <div class="col4 main-column">
84017 <nav class="secondary">
84018 <ul>
84019 <li class="mobile-nav-back"><a href="/cancer-types/ovarian-cancer.html"
    ... aria-label="Back to Ovarian Cancer">Ovarian Cancer</a></li>
84020 <li class="primary-nav-item">
84021 <a href="/cancer-types/ovarian-cancer.html" aria-label="Ovarian Cancer Home">Ovarian
    ... Cancer Home</a></li>
84022 <li class="primary-nav-item"><a
    ... href="/cancer-types/ovarian-cancer/rare-ovarian-tumors.html">Rare Ovarian
    ... Tumors</a></li>
84023 <li class="primary-nav-item"><a
    ... href="/cancer-types/ovarian-cancer/ovarian-cancer-facts.html">Ovarian Cancer
    ... Facts</a></li>
84024 <li class="primary-nav-item"><a
    ... href="/cancer-types/ovarian-cancer/ovarian-cancer-symptoms.html">Ovarian Cancer
    ... Symptoms</a></li>
84025 <li class="primary-nav-item"><a
    ... href="/cancer-types/ovarian-cancer/ovarian-cancer-diagnosis.html">Ovarian Cancer
    ... Diagnosis</a></li>
84026 <li class="primary-nav-item"><a
    ... href="/cancer-types/ovarian-cancer/ovarian-cancer-treatment.html">Ovarian Cancer
    ... Treatment</a></li>
84027 </ul>
84028 </nav>
84029 </div>
84030 </section>
84031 </div>
84032 </div>
84033 </div></li>
84034 <li class="primary-nav-item has-subnav"><a
    ... href="/cancer-types/pancreatic-cancer.html">Pancreatic Cancer</a>
84035 <div class="subnav-mask">
84036 <div class="subnav-wrapper">
84037 <div class="subnav col10 pad">
84038 <section class="nested">
84039 <div class="col4 main-column">
84040 <nav class="secondary">
84041 <ul>
84042 <li class="mobile-nav-back"><a href="/cancer-types/pancreatic-cancer.html"
    ... aria-label="Back to Pancreatic Cancer">Pancreatic Cancer</a></li>
84043 <li class="primary-nav-item">
84044 <a href="/cancer-types/pancreatic-cancer.html" aria-label="Pancreatic Cancer
    ... Home">Pancreatic Cancer Home</a></li>
84045 <li class="primary-nav-item"><a
    ... href="/cancer-types/pancreatic-cancer/pancreatic-cancer-facts.html">Pancreatic Cancer
    ... Facts</a></li>
84046 <li class="primary-nav-item"><a
    ... href="/cancer-types/pancreatic-cancer/pancreatic-cancer-symptoms.html">Pancreatic
    ... Cancer Symptoms</a></li>
84047 <li class="primary-nav-item"><a
    ... href="/cancer-types/pancreatic-cancer/pancreatic-cancer-diagnosis.html">Pancreatic
    ... Cancer Diagnosis</a></li>
84048 <li class="primary-nav-item"><a
    ... href="/cancer-types/pancreatic-cancer/pancreatic-cancer-treatment.html">Pancreatic
    ... Cancer Treatment</a></li>
84049 </ul>
84050 </nav>
84051 </div>
```

```
84052  </section>
84053  </div>
84054  </div>
84055  </div></li>
84056  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/parathyroid-disease.html">Parathyroid Disease</a>
84057  <div class="subnav-mask">
84058  <div class="subnav-wrapper">
84059  <div class="subnav col10 pad">
84060  <section class="nested">
84061  <div class="col4 main-column">
84062  <nav class="secondary">
84063  <ul>
84064  <li class="mobile-nav-back"><a href="/cancer-types/parathyroid-disease.html"
    …  aria-label="Back to Parathyroid Disease">Parathyroid Disease</a></li>
84065  <li class="primary-nav-item">
84066  <a href="/cancer-types/parathyroid-disease.html" aria-label="Parathyroid Disease
    …  Home">Parathyroid Disease Home</a></li>
84067  <li class="primary-nav-item"><a
    …  href="/cancer-types/parathyroid-disease/parathyroid-disease-facts.html">Parathyroid
    …  Disease Facts</a></li>
84068  <li class="primary-nav-item"><a
    …  href="/cancer-types/parathyroid-disease/parathyroid-disease-symptoms.html">
    …  Parathyroid Disease Symptoms</a></li>
84069  <li class="primary-nav-item"><a
    …  href="/cancer-types/parathyroid-disease/parathyroid-disease-diagnosis.html">
    …  Parathyroid Disease Diagnosis</a></li>
84070  <li class="primary-nav-item"><a
    …  href="/cancer-types/parathyroid-disease/parathyroid-disease-treatment.html">
    …  Parathyroid Disease Treatment</a></li>
84071  </ul>
84072  </nav>
84073  </div>
84074  </section>
84075  </div>
84076  </div>
84077  </div></li>
84078  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/penile-cancer.html">Penile Cancer</a>
84079  <div class="subnav-mask">
84080  <div class="subnav-wrapper">
84081  <div class="subnav col10 pad">
84082  <section class="nested">
84083  <div class="col4 main-column">
84084  <nav class="secondary">
84085  <ul>
84086  <li class="mobile-nav-back"><a href="/cancer-types/penile-cancer.html"
    …  aria-label="Back to Penile Cancer">Penile Cancer</a></li>
84087  <li class="primary-nav-item">
84088  <a href="/cancer-types/penile-cancer.html" aria-label="Penile Cancer Home">Penile
    …  Cancer Home</a></li>
84089  <li class="primary-nav-item"><a
    …  href="/cancer-types/penile-cancer/penile-cancer-facts.html">Penile Cancer
    …  Facts</a></li>
84090  <li class="primary-nav-item"><a
    …  href="/cancer-types/penile-cancer/penile-cancer-symptoms.html">Penile Cancer
    …  Symptoms</a></li>
84091  <li class="primary-nav-item"><a
    …  href="/cancer-types/penile-cancer/penile-cancer-diagnosis.html">Penile Cancer
    …  Diagnosis</a></li>
84092  <li class="primary-nav-item"><a
    …  href="/cancer-types/penile-cancer/penile-cancer-treatment.html">Penile Cancer
    …  Treatment</a></li>
84093  </ul>
84094  </nav>
84095  </div>
84096  </section>
84097  </div>
```

```
84098  </div>
84099  </div></li>
84100  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/pituitary-tumors.html">Pituitary Tumors</a>
84101  <div class="subnav-mask">
84102  <div class="subnav-wrapper">
84103  <div class="subnav col10 pad">
84104  <section class="nested">
84105  <div class="col4 main-column">
84106  <nav class="secondary">
84107  <ul>
84108  <li class="mobile-nav-back"><a href="/cancer-types/pituitary-tumors.html"
   …   aria-label="Back to Pituitary Tumors">Pituitary Tumors</a></li>
84109  <li class="primary-nav-item">
84110  <a href="/cancer-types/pituitary-tumors.html" aria-label="Pituitary Tumors
   …   Home">Pituitary Tumors Home</a></li>
84111  <li class="primary-nav-item"><a
   …   href="/cancer-types/pituitary-tumors/pituitary-tumor-facts.html">Pituitary Tumor
   …   Facts</a></li>
84112  <li class="primary-nav-item"><a
   …   href="/cancer-types/pituitary-tumors/pituitary-tumor-symptoms.html">Pituitary Tumor
   …   Symptoms</a></li>
84113  <li class="primary-nav-item"><a
   …   href="/cancer-types/pituitary-tumors/pituitary-tumor-diagnosis.html">Pituitary Tumor
   …   Diagnosis</a></li>
84114  <li class="primary-nav-item"><a
   …   href="/cancer-types/pituitary-tumors/pituitary-tumor-treatment.html">Pituitary Tumor
   …   Treatment</a></li>
84115  </ul>
84116  </nav>
84117  </div>
84118  </section>
84119  </div>
84120  </div>
84121  </div></li>
84122  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/prostate-cancer.html">Prostate Cancer</a>
84123  <div class="subnav-mask">
84124  <div class="subnav-wrapper">
84125  <div class="subnav col10 pad">
84126  <section class="nested">
84127  <div class="col4 main-column">
84128  <nav class="secondary">
84129  <ul>
84130  <li class="mobile-nav-back"><a href="/cancer-types/prostate-cancer.html"
   …   aria-label="Back to Prostate Cancer">Prostate Cancer</a></li>
84131  <li class="primary-nav-item">
84132  <a href="/cancer-types/prostate-cancer.html" aria-label="Prostate Cancer
   …   Home">Prostate Cancer Home</a></li>
84133  <li class="primary-nav-item"><a
   …   href="/cancer-types/prostate-cancer/prostate-cancer-facts.html">Prostate Cancer
   …   Facts</a></li>
84134  <li class="primary-nav-item"><a
   …   href="/cancer-types/prostate-cancer/prostate-cancer-symptoms.html">Prostate Cancer
   …   Symptoms</a></li>
84135  <li class="primary-nav-item"><a
   …   href="/cancer-types/prostate-cancer/prostate-cancer-diagnosis.html">Prostate Cancer
   …   Diagnosis</a></li>
84136  <li class="primary-nav-item"><a
   …   href="/cancer-types/prostate-cancer/prostate-cancer-treatment.html">Prostate Cancer
   …   Treatment</a></li>
84137  </ul>
84138  </nav>
84139  </div>
84140  </section>
84141  </div>
84142  </div>
84143  </div></li>
```

```
84144 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/rectal-cancer.html">Rectal Cancer</a>
84145 <div class="subnav-mask">
84146 <div class="subnav-wrapper">
84147 <div class="subnav col10 pad">
84148 <section class="nested">
84149 <div class="col4 main-column">
84150 <nav class="secondary">
84151 <ul>
84152 <li class="mobile-nav-back"><a href="/cancer-types/rectal-cancer.html"
    … aria-label="Back to Rectal Cancer">Rectal Cancer</a></li>
84153 <li class="primary-nav-item">
84154 <a href="/cancer-types/rectal-cancer.html" aria-label="Rectal Cancer Home">Rectal
    … Cancer Home</a></li>
84155 <li class="primary-nav-item"><a
    … href="/cancer-types/rectal-cancer/rectal-cancer-facts.html">Rectal Cancer
    … Facts</a></li>
84156 <li class="primary-nav-item"><a
    … href="/cancer-types/rectal-cancer/rectal-cancer-symptoms.html">Rectal Cancer
    … Symptoms</a></li>
84157 <li class="primary-nav-item"><a
    … href="/cancer-types/rectal-cancer/rectal-cancer-diagnosis.html">Rectal Cancer
    … Diagnosis</a></li>
84158 <li class="primary-nav-item"><a
    … href="/cancer-types/rectal-cancer/rectal-cancer-treatment.html">Rectal Cancer
    … Treatment</a></li>
84159 </ul>
84160 </nav>
84161 </div>
84162 </section>
84163 </div>
84164 </div>
84165 </div></li>
84166 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/retinoblastoma.html">Retinoblastoma</a>
84167 <div class="subnav-mask">
84168 <div class="subnav-wrapper">
84169 <div class="subnav col10 pad">
84170 <section class="nested">
84171 <div class="col4 main-column">
84172 <nav class="secondary">
84173 <ul>
84174 <li class="mobile-nav-back"><a href="/cancer-types/retinoblastoma.html"
    … aria-label="Back to Retinoblastoma">Retinoblastoma</a></li>
84175 <li class="primary-nav-item">
84176 <a href="/cancer-types/retinoblastoma.html" aria-label="Retinoblastoma
    … Home">Retinoblastoma Home</a></li>
84177 <li class="primary-nav-item"><a
    … href="/cancer-types/retinoblastoma/retinoblastoma-facts.html">Retinoblastoma
    … Facts</a></li>
84178 <li class="primary-nav-item"><a
    … href="/cancer-types/retinoblastoma/retinoblastoma-symptoms.html">Retinoblastoma
    … Symptoms</a></li>
84179 <li class="primary-nav-item"><a
    … href="/cancer-types/retinoblastoma/retinoblastoma-diagnosis.html">Retinoblastoma
    … Diagnosis</a></li>
84180 <li class="primary-nav-item"><a
    … href="/cancer-types/retinoblastoma/retinoblastoma-treatment.html">Retinoblastoma
    … Treatment</a></li>
84181 </ul>
84182 </nav>
84183 </div>
84184 </section>
84185 </div>
84186 </div>
84187 </div></li>
84188 <li class="primary-nav-item has-subnav"><a href="/cancer-types/skin-cancer.html">Skin
    … Cancer</a>
```

```
84189 <div class="subnav-mask">
84190 <div class="subnav-wrapper">
84191 <div class="subnav col10 pad">
84192 <section class="nested">
84193 <div class="col4 main-column">
84194 <nav class="secondary">
84195 <ul>
84196 <li class="mobile-nav-back"><a href="/cancer-types/skin-cancer.html" aria-label="Back
    … to Skin Cancer">Skin Cancer</a></li>
84197 <li class="primary-nav-item">
84198 <a href="/cancer-types/skin-cancer.html" aria-label="Skin Cancer Home">Skin Cancer
    … Home</a></li>
84199 <li class="primary-nav-item"><a
    … href="/cancer-types/skin-cancer/skin-cancer-facts.html">Skin Cancer Facts</a></li>
84200 <li class="primary-nav-item"><a
    … href="/cancer-types/skin-cancer/skin-cancer-symptoms.html">Skin Cancer
    … Symptoms</a></li>
84201 <li class="primary-nav-item"><a
    … href="/cancer-types/skin-cancer/skin-cancer-diagnosis.html">Skin Cancer
    … Diagnosis</a></li>
84202 <li class="primary-nav-item"><a
    … href="/cancer-types/skin-cancer/skin-cancer-treatment.html">Skin Cancer
    … Treatment</a></li>
84203 </ul>
84204 </nav>
84205 </div>
84206 </section>
84207 </div>
84208 </div>
84209 </div></li>
84210 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/skull-base-tumors.html">Skull Base Tumors</a>
84211 <div class="subnav-mask">
84212 <div class="subnav-wrapper">
84213 <div class="subnav col10 pad">
84214 <section class="nested">
84215 <div class="col4 main-column">
84216 <nav class="secondary">
84217 <ul>
84218 <li class="mobile-nav-back"><a href="/cancer-types/skull-base-tumors.html"
    … aria-label="Back to Skull Base Tumors">Skull Base Tumors</a></li>
84219 <li class="primary-nav-item">
84220 <a href="/cancer-types/skull-base-tumors.html" aria-label="Skull Base Tumors
    … Home">Skull Base Tumors Home</a></li>
84221 <li class="primary-nav-item"><a
    … href="/cancer-types/skull-base-tumors/skull-base-tumor-facts.html">Skull Base Tumor
    … Facts</a></li>
84222 <li class="primary-nav-item"><a
    … href="/cancer-types/skull-base-tumors/skull-base-tumor-symptoms.html">Skull Base
    … Tumor Symptoms</a></li>
84223 <li class="primary-nav-item"><a
    … href="/cancer-types/skull-base-tumors/skull-base-tumor-diagnosis.html">Skull Base
    … Tumor Diagnosis</a></li>
84224 <li class="primary-nav-item"><a
    … href="/cancer-types/skull-base-tumors/skull-base-tumor-treatment.html">Skull Base
    … Tumor Treatment</a></li>
84225 </ul>
84226 </nav>
84227 </div>
84228 </section>
84229 </div>
84230 </div>
84231 </div></li>
84232 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/soft-tissue-sarcoma.html">Soft Tissue Sarcoma</a>
84233 <div class="subnav-mask">
84234 <div class="subnav-wrapper">
84235 <div class="subnav col10 pad">
```

```
84236  <section class="nested">
84237  <div class="col4 main-column">
84238  <nav class="secondary">
84239  <ul>
84240  <li class="mobile-nav-back"><a href="/cancer-types/soft-tissue-sarcoma.html"
    …  aria-label="Back to Soft Tissue Sarcoma">Soft Tissue Sarcoma</a></li>
84241  <li class="primary-nav-item">
84242  <a href="/cancer-types/soft-tissue-sarcoma.html" aria-label="Soft Tissue Sarcoma
    …  Home">Soft Tissue Sarcoma Home</a></li>
84243  <li class="primary-nav-item"><a
    …  href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-facts.html">Soft Tissue
    …  Sarcoma Facts</a></li>
84244  <li class="primary-nav-item"><a
    …  href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-symptoms.html">Soft
    …  Tissue Sarcoma Symptoms</a></li>
84245  <li class="primary-nav-item"><a
    …  href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-diagnosis.html">Soft
    …  Tissue Sarcoma Diagnosis</a></li>
84246  <li class="primary-nav-item"><a
    …  href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-treatment.html">Soft
    …  Tissue Sarcoma Treatment</a></li>
84247  </ul>
84248  </nav>
84249  </div>
84250  </section>
84251  </div>
84252  </div>
84253  </div></li>
84254  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/spinal-tumors.html">Spinal Tumors</a>
84255  <div class="subnav-mask">
84256  <div class="subnav-wrapper">
84257  <div class="subnav col10 pad">
84258  <section class="nested">
84259  <div class="col4 main-column">
84260  <nav class="secondary">
84261  <ul>
84262  <li class="mobile-nav-back"><a href="/cancer-types/spinal-tumors.html"
    …  aria-label="Back to Spinal Tumors">Spinal Tumors</a></li>
84263  <li class="primary-nav-item">
84264  <a href="/cancer-types/spinal-tumors.html" aria-label="Spinal Tumors Home">Spinal
    …  Tumors Home</a></li>
84265  <li class="primary-nav-item"><a
    …  href="/cancer-types/spinal-tumors/spinal-tumor-facts.html">Spinal Tumor
    …  Facts</a></li>
84266  <li class="primary-nav-item"><a
    …  href="/cancer-types/spinal-tumors/spinal-tumor-symptoms.html">Spinal Tumor
    …  Symptoms</a></li>
84267  <li class="primary-nav-item"><a
    …  href="/cancer-types/spinal-tumors/spinal-tumor-diagnosis.html">Spinal Tumor
    …  Diagnosis</a></li>
84268  <li class="primary-nav-item"><a
    …  href="/cancer-types/spinal-tumors/spinal-tumor-treatment.html">Spinal Tumor
    …  Treatment</a></li>
84269  </ul>
84270  </nav>
84271  </div>
84272  </section>
84273  </div>
84274  </div>
84275  </div></li>
84276  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/stomach-cancer.html">Stomach Cancer</a>
84277  <div class="subnav-mask">
84278  <div class="subnav-wrapper">
84279  <div class="subnav col10 pad">
84280  <section class="nested">
84281  <div class="col4 main-column">
```

```
84282  <nav class="secondary">
84283  <ul>
84284  <li class="mobile-nav-back"><a href="/cancer-types/stomach-cancer.html"
   …   aria-label="Back to Stomach Cancer">Stomach Cancer</a></li>
84285  <li class="primary-nav-item">
84286  <a href="/cancer-types/stomach-cancer.html" aria-label="Stomach Cancer Home">Stomach
   …   Cancer Home</a></li>
84287  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-facts.html">Stomach Cancer
   …   Facts</a></li>
84288  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-symptoms.html">Stomach Cancer
   …   Symptoms</a></li>
84289  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-diagnosis.html">Stomach Cancer
   …   Diagnosis</a></li>
84290  <li class="primary-nav-item"><a
   …   href="/cancer-types/stomach-cancer/stomach-cancer-treatment.html">Stomach Cancer
   …   Treatment</a></li>
84291  </ul>
84292  </nav>
84293  </div>
84294  </section>
84295  </div>
84296  </div>
84297  </div></li>
84298  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/testicular-cancer.html">Testicular Cancer</a>
84299  <div class="subnav-mask">
84300  <div class="subnav-wrapper">
84301  <div class="subnav col10 pad">
84302  <section class="nested">
84303  <div class="col4 main-column">
84304  <nav class="secondary">
84305  <ul>
84306  <li class="mobile-nav-back"><a href="/cancer-types/testicular-cancer.html"
   …   aria-label="Back to Testicular Cancer">Testicular Cancer</a></li>
84307  <li class="primary-nav-item">
84308  <a href="/cancer-types/testicular-cancer.html" aria-label="Testicular Cancer
   …   Home">Testicular Cancer Home</a></li>
84309  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-facts.html">Testicular Cancer
   …   Facts</a></li>
84310  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-symptoms.html">Testicular
   …   Cancer Symptoms</a></li>
84311  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-diagnosis.html">Testicular
   …   Cancer Diagnosis</a></li>
84312  <li class="primary-nav-item"><a
   …   href="/cancer-types/testicular-cancer/testicular-cancer-treatment.html">Testicular
   …   Cancer Treatment</a></li>
84313  </ul>
84314  </nav>
84315  </div>
84316  </section>
84317  </div>
84318  </div>
84319  </div></li>
84320  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/throat-cancer.html">Throat Cancer</a>
84321  <div class="subnav-mask">
84322  <div class="subnav-wrapper">
84323  <div class="subnav col10 pad">
84324  <section class="nested">
84325  <div class="col4 main-column">
84326  <nav class="secondary">
84327  <ul>
```

```
84328  <li class="mobile-nav-back"><a href="/cancer-types/throat-cancer.html"
   …   aria-label="Back to Throat Cancer">Throat Cancer</a></li>
84329  <li class="primary-nav-item">
84330  <a href="/cancer-types/throat-cancer.html" aria-label="Throat Cancer Home">Throat
   …   Cancer Home</a></li>
84331  <li class="primary-nav-item"><a
   …   href="/cancer-types/throat-cancer/throat-cancer-facts.html">Throat Cancer
   …   Facts</a></li>
84332  <li class="primary-nav-item"><a
   …   href="/cancer-types/throat-cancer/throat-cancer-symptoms.html">Throat Cancer
   …   Symptoms</a></li>
84333  <li class="primary-nav-item"><a
   …   href="/cancer-types/throat-cancer/throat-cancer-diagnosis.html">Throat Cancer
   …   Diagnosis</a></li>
84334  <li class="primary-nav-item"><a
   …   href="/cancer-types/throat-cancer/throat-cancer-treatment.html">Throat Cancer
   …   Treatment</a></li>
84335  </ul>
84336  </nav>
84337  </div>
84338  </section>
84339  </div>
84340  </div>
84341  </div></li>
84342  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/thyroid-cancer.html">Thyroid Cancer</a>
84343  <div class="subnav-mask">
84344  <div class="subnav-wrapper">
84345  <div class="subnav col10 pad">
84346  <section class="nested">
84347  <div class="col4 main-column">
84348  <nav class="secondary">
84349  <ul>
84350  <li class="mobile-nav-back"><a href="/cancer-types/thyroid-cancer.html"
   …   aria-label="Back to Thyroid Cancer">Thyroid Cancer</a></li>
84351  <li class="primary-nav-item">
84352  <a href="/cancer-types/thyroid-cancer.html" aria-label="Thyroid Cancer Home">Thyroid
   …   Cancer Home</a></li>
84353  <li class="primary-nav-item"><a
   …   href="/cancer-types/thyroid-cancer/thyroid-cancer-facts.html">Thyroid Cancer
   …   Facts</a></li>
84354  <li class="primary-nav-item"><a
   …   href="/cancer-types/thyroid-cancer/thyroid-cancer-symptoms.html">Thyroid Cancer
   …   Symptoms</a></li>
84355  <li class="primary-nav-item"><a
   …   href="/cancer-types/thyroid-cancer/thyroid-cancer-diagnosis.html">Thyroid Cancer
   …   Diagnosis</a></li>
84356  <li class="primary-nav-item"><a
   …   href="/cancer-types/thyroid-cancer/thyroid-cancer-treatment.html">Thyroid Cancer
   …   Treatment</a></li>
84357  </ul>
84358  </nav>
84359  </div>
84360  </section>
84361  </div>
84362  </div>
84363  </div></li>
84364  <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/uterine-cancer.html">Uterine Cancer</a>
84365  <div class="subnav-mask">
84366  <div class="subnav-wrapper">
84367  <div class="subnav col10 pad">
84368  <section class="nested">
84369  <div class="col4 main-column">
84370  <nav class="secondary">
84371  <ul>
84372  <li class="mobile-nav-back"><a href="/cancer-types/uterine-cancer.html"
   …   aria-label="Back to Uterine Cancer">Uterine Cancer</a></li>
```

```
84373  <li class="primary-nav-item">
84374  <a href="/cancer-types/uterine-cancer.html" aria-label="Uterine Cancer Home">Uterine
  …    Cancer Home</a></li>
84375  <li class="primary-nav-item"><a
  …    href="/cancer-types/uterine-cancer/uterine-cancer-facts.html">Uterine Cancer
  …    Facts</a></li>
84376  <li class="primary-nav-item"><a
  …    href="/cancer-types/uterine-cancer/uterine-cancer-symptoms.html">Uterine Cancer
  …    Symptoms</a></li>
84377  <li class="primary-nav-item"><a
  …    href="/cancer-types/uterine-cancer/uterine-cancer-diagnosis.html">Uterine Cancer
  …    Diagnosis</a></li>
84378  <li class="primary-nav-item"><a
  …    href="/cancer-types/uterine-cancer/uterine-cancer-treatment.html">Uterine Cancer
  …    Treatment</a></li>
84379  </ul>
84380  </nav>
84381  </div>
84382  </section>
84383  </div>
84384  </div>
84385  </div></li>
84386  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/vaginal-cancer.html">Vaginal Cancer</a>
84387  <div class="subnav-mask">
84388  <div class="subnav-wrapper">
84389  <div class="subnav col10 pad">
84390  <section class="nested">
84391  <div class="col4 main-column">
84392  <nav class="secondary">
84393  <ul>
84394  <li class="mobile-nav-back"><a href="/cancer-types/vaginal-cancer.html"
  …    aria-label="Back to Vaginal Cancer">Vaginal Cancer</a></li>
84395  <li class="primary-nav-item">
84396  <a href="/cancer-types/vaginal-cancer.html" aria-label="Vaginal Cancer Home">Vaginal
  …    Cancer Home</a></li>
84397  <li class="primary-nav-item"><a
  …    href="/cancer-types/vaginal-cancer/vaginal-cancer-facts.html">Vaginal Cancer
  …    Facts</a></li>
84398  <li class="primary-nav-item"><a
  …    href="/cancer-types/vaginal-cancer/vaginal-cancer-symptoms.html">Vaginal Cancer
  …    Symptoms</a></li>
84399  <li class="primary-nav-item"><a
  …    href="/cancer-types/vaginal-cancer/vaginal-cancer-diagnosis.html">Vaginal Cancer
  …    Diagnosis</a></li>
84400  <li class="primary-nav-item"><a
  …    href="/cancer-types/vaginal-cancer/vaginal-cancer-treatment.html">Vaginal Cancer
  …    Treatment</a></li>
84401  </ul>
84402  </nav>
84403  </div>
84404  </section>
84405  </div>
84406  </div>
84407  </div></li>
84408  <li class="primary-nav-item has-subnav"><a
  …    href="/cancer-types/von-hippel-lindau-disease.html">von Hippel Lindau Disease</a>
84409  <div class="subnav-mask">
84410  <div class="subnav-wrapper">
84411  <div class="subnav col10 pad">
84412  <section class="nested">
84413  <div class="col4 main-column">
84414  <nav class="secondary">
84415  <ul>
84416  <li class="mobile-nav-back"><a href="/cancer-types/von-hippel-lindau-disease.html"
  …    aria-label="Back to von Hippel Lindau Disease">von Hippel Lindau Disease</a></li>
84417  <li class="primary-nav-item">
84418  <a href="/cancer-types/von-hippel-lindau-disease.html" aria-label="von Hippel Lindau
```

```
84418… Disease Home">von Hippel Lindau Disease Home</a></li>
84419 <li class="primary-nav-item"><a
  … href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-facts.html">
  … von Hippel Lindau Disease Facts</a></li>
84420 <li class="primary-nav-item"><a
  … href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-symptoms.html
  … ">von Hippel Lindau Disease Symptoms</a></li>
84421 <li class="primary-nav-item"><a
  … href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-diagnosis.
  … html">von Hippel Lindau Disease Diagnosis</a></li>
84422 <li class="primary-nav-item"><a
  … href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-treatment.
  … html">von Hippel Lindau Disease Treatment</a></li>
84423 </ul>
84424 </nav>
84425 </div>
84426 </section>
84427 </div>
84428 </div>
84429 </div></li>
84430 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/vulvar-cancer.html">Vulvar Cancer</a>
84431 <div class="subnav-mask">
84432 <div class="subnav-wrapper">
84433 <div class="subnav col10 pad">
84434 <section class="nested">
84435 <div class="col4 main-column">
84436 <nav class="secondary">
84437 <ul>
84438 <li class="mobile-nav-back"><a href="/cancer-types/vulvar-cancer.html"
  … aria-label="Back to Vulvar Cancer">Vulvar Cancer</a></li>
84439 <li class="primary-nav-item">
84440 <a href="/cancer-types/vulvar-cancer.html" aria-label="Vulvar Cancer Home">Vulvar
  … Cancer Home</a></li>
84441 <li class="primary-nav-item"><a
  … href="/cancer-types/vulvar-cancer/vulvar-cancer-facts.html">Vulvar Cancer
  … Facts</a></li>
84442 <li class="primary-nav-item"><a
  … href="/cancer-types/vulvar-cancer/vulvar-cancer-symptoms.html">Vulvar Cancer
  … Symptoms</a></li>
84443 <li class="primary-nav-item"><a
  … href="/cancer-types/vulvar-cancer/vulvar-cancer-diagnosis.html">Vulvar Cancer
  … Diagnosis</a></li>
84444 <li class="primary-nav-item"><a
  … href="/cancer-types/vulvar-cancer/vulvar-cancer-treatment.html">Vulvar Cancer
  … Treatment</a></li>
84445 </ul>
84446 </nav>
84447 </div>
84448 </section>
84449 </div>
84450 </div>
84451 </div></li>
84452 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/waldenstroms-macroglobulinemia.html">Waldenström's
  … Macroglobulinemia</a>
84453 <div class="subnav-mask">
84454 <div class="subnav-wrapper">
84455 <div class="subnav col10 pad">
84456 <section class="nested">
84457 <div class="col4 main-column">
84458 <nav class="secondary">
84459 <ul>
84460 <li class="mobile-nav-back"><a
  … href="/cancer-types/waldenstroms-macroglobulinemia.html" aria-label="Back to
  … Waldenström&#39;s Macroglobulinemia ">Waldenström's Macroglobulinemia</a></li>
84461 <li class="primary-nav-item">
84462 <a href="/cancer-types/waldenstroms-macroglobulinemia.html"
```

```
84462…  aria-label="Waldenström&#39;s Macroglobulinemia Home">Waldenström's
    …  Macroglobulinemia Home</a></li>
84463  <li class="primary-nav-item"><a
    …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …  facts.html">Waldenström's Macroglobulinemia Facts</a></li>
84464  <li class="primary-nav-item"><a
    …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …  symptoms.html">Waldenström's Macroglobulinemia Symptoms</a></li>
84465  <li class="primary-nav-item"><a
    …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …  diagnosis.html">Waldenström's Macroglobulinemia Diagnosis</a></li>
84466  <li class="primary-nav-item"><a
    …  href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …  treatment.html">Waldenström's Macroglobulinemia Treatment</a></li>
84467  </ul>
84468  </nav>
84469  </div>
84470  </section>
84471  </div>
84472  </div>
84473  </div></li>
84474  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/wilms-tumor.html">Wilms' Tumor</a>
84475  <div class="subnav-mask">
84476  <div class="subnav-wrapper">
84477  <div class="subnav col10 pad">
84478  <section class="nested">
84479  <div class="col4 main-column">
84480  <nav class="secondary">
84481  <ul>
84482  <li class="mobile-nav-back"><a href="/cancer-types/wilms-tumor.html" aria-label="Back
    …  to Wilms&#39; Tumor">Wilms' Tumor</a></li>
84483  <li class="primary-nav-item">
84484  <a href="/cancer-types/wilms-tumor.html" aria-label="Wilms&#39; Tumor Home">Wilms'
    …  Tumor Home</a></li>
84485  <li class="primary-nav-item"><a
    …  href="/cancer-types/wilms-tumor/wilms-tumor-facts.html">Wilms' Tumor Facts</a></li>
84486  <li class="primary-nav-item"><a
    …  href="/cancer-types/wilms-tumor/wilms-tumor-symptoms.html">Wilms' Tumor
    …  Symptoms</a></li>
84487  <li class="primary-nav-item"><a
    …  href="/cancer-types/wilms-tumor/wilms-tumor-diagnosis.html">Wilms' Tumor
    …  Diagnosis</a></li>
84488  <li class="primary-nav-item"><a
    …  href="/cancer-types/wilms-tumor/wilms-tumor-treatment.html">Wilms' Tumor
    …  Treatment</a></li>
84489  </ul>
84490  </nav>
84491  </div>
84492  </section>
84493  </div>
84494  </div>
84495  </div></li>
84496  </ul>
84497  </nav>
84498  </div>
84499  </section>
84500  </div>
84501  </div>
84502  </div></li>
84503  <li class="primary-nav-item has-subnav"><a href="/treatment-options.html">Treatment
    …  Options</a>
84504  <div class="subnav-mask">
84505  <div class="subnav-wrapper">
84506  <div class="subnav col10 pad">
84507  <section class="nested">
84508  <div class="col4 main-column">
84509  <nav class="secondary">
```

```
84510  <ul>
84511  <li class="mobile-nav-back"><a href="/treatment-options.html" aria-label="Back to
   …   Treatment Options">Treatment Options</a></li>
84512  <li class="primary-nav-item">
84513  <a href="/treatment-options.html" aria-label="Treatment Options Home">Treatment
   …   Options Home</a></li>
84514  <li class="primary-nav-item"><a
   …   href="/treatment-options/ablation-therapy.html">Ablation Therapy</a></li>
84515  <li class="primary-nav-item"><a
   …   href="/treatment-options/accelerated-partial-breast-irradiation.html">Accelerated
   …   Partial Breast Irradiation (APBI)</a></li>
84516  <li class="primary-nav-item"><a
   …   href="/treatment-options/angiogenesis-inhibitors.html">Angiogenesis
   …   Inhibitors</a></li>
84517  <li class="primary-nav-item has-subnav"><a
   …   href="/treatment-options/breast-reconstruction.html">Breast Reconstruction</a>
84518  <div class="subnav-mask">
84519  <div class="subnav-wrapper">
84520  <div class="subnav col10 pad">
84521  <section class="nested">
84522  <div class="col4 main-column">
84523  <nav class="secondary">
84524  <ul>
84525  <li class="mobile-nav-back"><a href="/treatment-options/breast-reconstruction.html"
   …   aria-label="Back to Breast Reconstruction">Breast Reconstruction</a></li>
84526  <li class="primary-nav-item">
84527  <a href="/treatment-options/breast-reconstruction.html" aria-label="Breast
   …   Reconstruction Home">Breast Reconstruction Home</a></li>
84528  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/breast-reconstruction-faqs.html">
   …   Breast Reconstruction FAQs</a></li>
84529  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/immediate-vs--delayed-reconstruction.
   …   html">Immediate vs. Delayed Reconstruction</a></li>
84530  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/implant-reconstruction.html">Implant
   …   Reconstruction</a></li>
84531  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/reconstruction-using-back-tissue.html"
   …   >Reconstruction Using Back Tissue</a></li>
84532  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/reconstruction-using-abdominal-tissue.
   …   html">Reconstruction Using Abdominal Tissue</a></li>
84533  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/reconstruction-using-buttock-tissue.
   …   html">Reconstruction Using Buttock Tissue</a></li>
84534  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/nipple-and-areola-reconstruction.html"
   …   >Nipple and Areola Reconstruction</a></li>
84535  <li class="primary-nav-item"><a
   …   href="/treatment-options/breast-reconstruction/making-a-decision.html">Making a
   …   Decision</a></li>
84536  </ul>
84537  </nav>
84538  </div>
84539  </section>
84540  </div>
84541  </div>
84542  </div></li>
84543  <li class="primary-nav-item"><a
   …   href="/treatment-options/chemotherapy.html">Chemotherapy</a></li>
84544  <li class="primary-nav-item"><a
   …   href="/treatment-options/hyperthermic-intraperitoneal-chemotherapy.html">Hyperthermic
   …   Intraperitoneal Chemotherapy</a></li>
84545  <li class="primary-nav-item"><a
   …   href="/treatment-options/immunotherapy.html">Immunotherapy</a></li>
84546  <li class="primary-nav-item"><a
   …   href="/treatment-options/complementary-and-integrative-medicine.html">Integrative
```

```
84546…  Medicine/19</li>
84547   <li class="primary-nav-item"><a
    …   href="/treatment-options/laser-interstitial-thermal-therapy.html">Laser Interstitial
    …   Thermal Therapy (LITT)</a></li>
84548   <li class="primary-nav-item"><a
    …   href="/treatment-options/minimally-invasive-surgery.html">Minimally Invasive
    …   Surgery</a></li>
84549   <li class="primary-nav-item"><a
    …   href="/treatment-options/palliative-care.html">Palliative Care</a></li>
84550   <li class="primary-nav-item"><a href="/treatment-options/proton-therapy.html">Proton
    …   Therapy</a></li>
84551   <li class="primary-nav-item"><a
    …   href="/treatment-options/radiation-therapy.html">Radiation Therapy</a></li>
84552   <li class="primary-nav-item"><a
    …   href="/treatment-options/stem-cell-transplantation.html">Stem Cell
    …   Transplantation</a></li>
84553   <li class="primary-nav-item"><a
    …   href="/treatment-options/stereotactic-body-radiation-therapy.html">Stereotactic Body
    …   Radiation Therapy</a></li>
84554   <li class="primary-nav-item"><a
    …   href="/treatment-options/stereotactic-radiosurgery.html">Stereotactic
    …   Radiosurgery</a></li>
84555   <li class="primary-nav-item"><a
    …   href="/treatment-options/surgery.html">Surgery</a></li>
84556   <li class="primary-nav-item"><a
    …   href="/treatment-options/targeted-therapy.html">Targeted Therapy</a></li>
84557   </ul>
84558   </nav>
84559   </div>
84560   </section>
84561   </div>
84562   </div>
84563   </div></li>
84564   <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects.html">Emotional
    …   &amp; Physical Effects</a>
84565   <div class="subnav-mask">
84566   <div class="subnav-wrapper">
84567   <div class="subnav col10 pad">
84568   <section class="nested">
84569   <div class="col4 main-column">
84570   <nav class="secondary">
84571   <ul>
84572   <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    …   aria-label="Back to Emotional &amp; Physical Effects">Emotional &amp; Physical
    …   Effects</a></li>
84573   <li class="primary-nav-item">
84574   <a href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    …   aria-label="Emotional &amp; Physical Effects Home">Emotional &amp; Physical Effects
    …   Home</a></li>
84575   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/body-image.html
    …   ">Body Image</a></li>
84576   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/bone-health.
    …   html">Bone Health</a></li>
84577   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/bowel-
    …   management.html">Bowel Management</a></li>
84578   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/chemobrain.html
    …   ">Chemobrain</a></li>
84579   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/diabetes-
    …   management.html">Diabetes Management</a></li>
84580   <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/fatigue.html">
```

```
84580… Fatigue</a></li>
84581  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/hair-loss.html"
   …   >Hair Loss</a></li>
84582  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/heart-health.
   …   html">Heart Health</a></li>
84583  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/infections.html
   …   ">Infections</a></li>
84584  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/lymphedema.html
   …   ">Lymphedema</a></li>
84585  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/managing-
   …   medications.html">Managing Medications</a></li>
84586  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/nausea.html">
   …   Nausea</a></li>
84587  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/peripheral-
   …   neuropathy.html">Peripheral Neuropathy</a></li>
84588  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/nutrition.html
   …   ">Nutrition</a></li>
84589  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/oral-care.html"
   …   >Oral Care</a></li>
84590  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/cancer-pain-
   …   management.html">Cancer Pain Management</a></li>
84591  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/sexuality-
   …   cancer.html">Sexuality and Cancer</a></li>
84592  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/sleep-loss.html
   …   ">Sleep Loss</a></li>
84593  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/emotional-physical-effects/stress-
   …   reduction.html">Stress Reduction</a></li>
84594  </ul>
84595  </nav>
84596  </div>
84597  </section>
84598  </div>
84599  </div>
84600  </div></li>
84601  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/patient-support.html">Patient Support</a>
84602  <div class="subnav-mask">
84603  <div class="subnav-wrapper">
84604  <div class="subnav col10 pad">
84605  <section class="nested">
84606  <div class="col4 main-column">
84607  <nav class="secondary">
84608  <ul>
84609  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/patient-support.html" aria-label="Back to
   …   Patient Support">Patient Support</a></li>
84610  <li class="primary-nav-item">
84611  <a href="/patients-family/diagnosis-treatment/patient-support.html"
   …   aria-label="Patient Support Home">Patient Support Home</a></li>
84612  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/cancer180.html">Cancer180<
   …   /a></li>
84613  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/cancer-survivorship-
   …   conference.html">Cancer Survivorship Conference</a></li>
```

```
84614  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/climb-support-program.html
    …  ">CLIMB Support Program</a></li>
84615  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
    …  service.html">Ethics Consultation Service</a>
84616  <div class="subnav-mask">
84617  <div class="subnav-wrapper">
84618  <div class="subnav col10 pad">
84619  <section class="nested">
84620  <div class="col4 main-column">
84621  <nav class="secondary">
84622  <ul>
84623  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
    …  service.html" aria-label="Back to Ethics Consultation Service">Ethics Consultation
    …  Service</a></li>
84624  <li class="primary-nav-item">
84625  <a
    …  href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
    …  service.html" aria-label="Ethics Consultation Service Home">Ethics Consultation
    …  Service Home</a></li>
84626  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
    …  service/code-of-ethics.html">Code of Ethics</a></li>
84627  </ul>
84628  </nav>
84629  </div>
84630  </section>
84631  </div>
84632  </div>
84633  </div></li>
84634  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/kids-inquire-we-inform.
    …  html">KIWI: Kids Inquire, We Inform</a></li>
84635  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html">
    …  myCancerConnection</a>
84636  <div class="subnav-mask">
84637  <div class="subnav-wrapper">
84638  <div class="subnav col10 pad">
84639  <section class="nested">
84640  <div class="col4 main-column">
84641  <nav class="secondary">
84642  <ul>
84643  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
    …  aria-label="Back to myCancerConnection">myCancerConnection</a></li>
84644  <li class="primary-nav-item">
84645  <a
    …  href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
    …  aria-label="myCancerConnection Home">myCancerConnection Home</a></li>
84646  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection/events.
    …  html">Events</a></li>
84647  </ul>
84648  </nav>
84649  </div>
84650  </section>
84651  </div>
84652  </div>
84653  </div></li>
84654  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/online-support.html">
    …  Online Support</a></li>
84655  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/patient-support/patient-education-office.
    …  html">Patient Education Office</a></li>
```

```
84656  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/patient-advocacy.html">
   …   Patient Advocacy</a></li>
84657  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/patient-visitation-
   …   policies.html">Patient Visitation Policies</a></li>
84658  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/piknic.html">PIKNIC</a></
   …   li>
84659  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/social-work.html">Social
   …   Work</a></li>
84660  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/support-groups.html">
   …   Support Groups</a></li>
84661  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/patient-support/spiritual-support.html">
   …   Spiritual Support</a></li>
84662  </ul>
84663  </nav>
84664  </div>
84665  </section>
84666  </div>
84667  </div>
84668  </div></li>
84669  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials.html">Clinical Trials</a>
84670  <div class="subnav-mask">
84671  <div class="subnav-wrapper">
84672  <div class="subnav col10 pad">
84673  <section class="nested">
84674  <div class="col4 main-column">
84675  <nav class="secondary">
84676  <ul>
84677  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials.html" aria-label="Back to
   …   Clinical Trials">Clinical Trials</a></li>
84678  <li class="primary-nav-item">
84679  <a href="/patients-family/diagnosis-treatment/clinical-trials.html"
   …   aria-label="Clinical Trials Home">Clinical Trials Home</a></li>
84680  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/phases-of-clinical-trials.
   …   html">Phases of Clinical Trials</a></li>
84681  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/joining-a-clinical-trial.
   …   html">Joining a Clinical Trial</a></li>
84682  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/deciding-to-join-a-
   …   clinical-trial.html">Making a Decision</a></li>
84683  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
   …   ">Clinical Trials Search</a>
84684  <div class="subnav-mask">
84685  <div class="subnav-wrapper">
84686  <div class="subnav col10 pad">
84687  <section class="nested">
84688  <div class="col4 main-column">
84689  <nav class="secondary">
84690  <ul>
84691  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
   …   " aria-label="Back to Clinical Trials Search">Clinical Trials Search</a></li>
84692  <li class="primary-nav-item">
84693  <a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
   …   " aria-label="Clinical Trials Search Home">Clinical Trials Search Home</a></li>
84694  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index/
```

```
84694… clinical-trials-detail.html">Clinical Trials Detail</a></li>
84695 </ul>
84696 </nav>
84697 </div>
84698 </section>
84699 </div>
84700 </div>
84701 </div></li>
84702 </ul>
84703 </nav>
84704 </div>
84705 </section>
84706 </div>
84707 </div>
84708 </div></li>
84709 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics.html">Care Centers
    … &amp; Clinics</a>
84710 <div class="subnav-mask">
84711 <div class="subnav-wrapper">
84712 <div class="subnav col10 pad">
84713 <section class="nested">
84714 <div class="col4 main-column">
84715 <nav class="secondary">
84716 <ul>
84717 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
    … aria-label="Back to Care Centers &amp; Clinics">Care Centers &amp; Clinics</a></li>
84718 <li class="primary-nav-item">
84719 <a href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
    … aria-label="Care Centers &amp; Clinics Home">Care Centers &amp; Clinics Home</a></li>
84720 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    … center.html">Brain and Spine Center</a>
84721 <div class="subnav-mask">
84722 <div class="subnav-wrapper">
84723 <div class="subnav col10 pad">
84724 <section class="nested">
84725 <div class="col4 main-column">
84726 <nav class="secondary">
84727 <ul>
84728 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    … center.html" aria-label="Back to Brain and Spine Center">Brain and Spine
    … Center</a></li>
84729 <li class="primary-nav-item">
84730 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    … center.html" aria-label="Brain and Spine Center Home">Brain and Spine Center
    … Home</a></li>
84731 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    … center/doctors-and-staff.html">Doctors and Staff</a></li>
84732 </ul>
84733 </nav>
84734 </div>
84735 </section>
84736 </div>
84737 </div>
84738 </div></li>
84739 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html">
    … Breast Center</a>
84740 <div class="subnav-mask">
84741 <div class="subnav-wrapper">
84742 <div class="subnav col10 pad">
84743 <section class="nested">
84744 <div class="col4 main-column">
```

```
84745  <nav class="secondary">
84746  <ul>
84747  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
    …  aria-label="Back to Breast Center">Breast Center</a></li>
84748  <li class="primary-nav-item">
84749  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
    …  aria-label="Breast Center Home">Breast Center Home</a></li>
84750  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/meet-
    …  our-team.html">Meet our Team</a></li>
84751  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/
    …  inflammatory-breast-cancer-clinic.html">Inflammatory Breast Cancer Clinic</a></li>
84752  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/high-
    …  risk-screening-and-genetics-clinic.html">High Risk Screening and Genetics
    …  Clinic</a></li>
84753  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/breast-
    …  multi-team-clinic.html">Breast Multi-Team Clinic</a></li>
84754  </ul>
84755  </nav>
84756  </div>
84757  </section>
84758  </div>
84759  </div>
84760  </div></li>
84761  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center.html">Cancer Prevention Center</a>
84762  <div class="subnav-mask">
84763  <div class="subnav-wrapper">
84764  <div class="subnav col10 pad">
84765  <section class="nested">
84766  <div class="col4 main-column">
84767  <nav class="secondary">
84768  <ul>
84769  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center.html" aria-label="Back to Cancer Prevention Center">Cancer Prevention
    …  Center</a></li>
84770  <li class="primary-nav-item">
84771  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center.html" aria-label="Cancer Prevention Center Home">Cancer Prevention Center
    …  Home</a></li>
84772  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center/clinics-and-programs.html">Clinics and Programs</a></li>
84773  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center/meet-our-team.html">Meet Our Team</a></li>
84774  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center/lung-screening-clinic.html">Lung Screening Clinic</a></li>
84775  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …  center/tobacco-treatment-program.html">Tobacco Treatment Program</a></li>
84776  </ul>
84777  </nav>
84778  </div>
84779  </section>
84780  </div>
84781  </div>
84782  </div></li>
84783  <li class="primary-nav-item has-subnav"><a
```

```
84783… href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
  … center.html">Cardiopulmonary Center</a>
84784 <div class="subnav-mask">
84785 <div class="subnav-wrapper">
84786 <div class="subnav col10 pad">
84787 <section class="nested">
84788 <div class="col4 main-column">
84789 <nav class="secondary">
84790 <ul>
84791 <li class="mobile-nav-back"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
  … center.html" aria-label="Back to Cardiopulmonary Center">Cardiopulmonary
  … Center</a></li>
84792 <li class="primary-nav-item">
84793 <a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
  … center.html" aria-label="Cardiopulmonary Center Home">Cardiopulmonary Center
  … Home</a></li>
84794 <li class="primary-nav-item"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
  … center/meet-our-team.html">Meet Our Team</a></li>
84795 <li class="primary-nav-item"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
  … center/sleep-center.html">Sleep Center</a></li>
84796 </ul>
84797 </nav>
84798 </div>
84799 </section>
84800 </div>
84801 </div>
84802 </div></li>
84803 <li class="primary-nav-item has-subnav"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital.html">Children's Cancer Hospital</a>
84804 <div class="subnav-mask">
84805 <div class="subnav-wrapper">
84806 <div class="subnav col10 pad">
84807 <section class="nested">
84808 <div class="col4 main-column">
84809 <nav class="secondary">
84810 <ul>
84811 <li class="mobile-nav-back"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital.html" aria-label="Back to Children&#39;s Cancer Hospital">Children's Cancer
  … Hospital</a></li>
84812 <li class="primary-nav-item">
84813 <a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital.html" aria-label="Children&#39;s Cancer Hospital Home">Children's Cancer
  … Hospital Home</a></li>
84814 <li class="primary-nav-item"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital/meet-our-team.html">Meet Our Team</a></li>
84815 <li class="primary-nav-item"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital/appointments-and-referrals.html">Appointments and Referrals</a></li>
84816 <li class="primary-nav-item"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital/our-facilities.html">Our Facilities</a></li>
84817 <li class="primary-nav-item has-subnav"><a
  … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
  … hospital/treatment-highlights.html">Treatment Highlights</a>
84818 <div class="subnav-mask">
84819 <div class="subnav-wrapper">
84820 <div class="subnav col10 pad">
84821 <section class="nested">
84822 <div class="col4 main-column">
84823 <nav class="secondary">
```

```
84824  <ul
84825  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights.html" aria-label="Back to Treatment
    …  Highlights">Treatment Highlights</a></li>
84826  <li class="primary-nav-item">
84827  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights.html" aria-label="Treatment Highlights Home">Treatment
    …  Highlights Home</a></li>
84828  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights/childhood-cancer-survivors-clinic.html">Childhood
    …  Cancer Survivors Clinic</a></li>
84829  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights/pediatric-brain-tumor-program.html">Pediatric Brain
    …  Tumor Program</a>
84830  <div class="subnav-mask">
84831  <div class="subnav-wrapper">
84832  <div class="subnav col10 pad">
84833  <section class="nested">
84834  <div class="col4 main-column">
84835  <nav class="secondary">
84836  <ul>
84837  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights/pediatric-brain-tumor-program.html" aria-label="Back to
    …  Pediatric Brain Tumor Program">Pediatric Brain Tumor Program</a></li>
84838  <li class="primary-nav-item">
84839  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights/pediatric-brain-tumor-program.html"
    …  aria-label="Pediatric Brain Tumor Program Home">Pediatric Brain Tumor Program
    …  Home</a></li>
84840  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/treatment-highlights/pediatric-brain-tumor-program/pediatric-brain-tumor-
    …  teawm.html">Pediatric Brain Tumor Team</a></li>
84841  </ul>
84842  </nav>
84843  </div>
84844  </section>
84845  </div>
84846  </div>
84847  </div></li>
84848  </ul>
84849  </nav>
84850  </div>
84851  </section>
84852  </div>
84853  </div>
84854  </div></li>
84855  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/support-programs.html">Support Programs</a>
84856  <div class="subnav-mask">
84857  <div class="subnav-wrapper">
84858  <div class="subnav col10 pad">
84859  <section class="nested">
84860  <div class="col4 main-column">
84861  <nav class="secondary">
84862  <ul>
84863  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    …  hospital/support-programs.html" aria-label="Back to Support Programs">Support
    …  Programs</a></li>
84864  <li class="primary-nav-item">
```

```
84865  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
       hospital/support-programs.html" aria-label="Support Programs Home">Support Programs
       Home</a></li>
84866  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
       hospital/support-programs/pediatric-college-scholarship-program.html">Pediatric
       College Scholarship Program</a></li>
84867  </ul>
84868  </nav>
84869  </div>
84870  </section>
84871  </div>
84872  </div>
84873  </div></li>
84874  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
       hospital/pediatric-clinical-trials.html">Pediatric Clinical Trials</a></li>
84875  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
       hospital/how-to-help.html">How to Help</a></li>
84876  </ul>
84877  </nav>
84878  </div>
84879  </section>
84880  </div>
84881  </div>
84882  </div></li>
84883  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/clinical-center-for-
       targeted-therapy.html">Clinical Center for Targeted Therapy</a></li>
84884  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
       html">Colorectal Center</a>
84885  <div class="subnav-mask">
84886  <div class="subnav-wrapper">
84887  <div class="subnav col10 pad">
84888  <section class="nested">
84889  <div class="col4 main-column">
84890  <nav class="secondary">
84891  <ul>
84892  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
       html" aria-label="Back to Colorectal Center">Colorectal Center</a></li>
84893  <li class="primary-nav-item">
84894  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
       html" aria-label="Colorectal Center Home">Colorectal Center Home</a></li>
84895  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
       meet-our-team.html">Meet our Team</a></li>
84896  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
       colorectal-cancer-genetics-clinic.html">Colorectal Cancer Genetics Clinic</a></li>
84897  </ul>
84898  </nav>
84899  </div>
84900  </section>
84901  </div>
84902  </div>
84903  </div></li>
84904  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
       ">Endocrine Center</a>
84905  <div class="subnav-mask">
84906  <div class="subnav-wrapper">
84907  <div class="subnav col10 pad">
84908  <section class="nested">
```

```
84909  <div class="col4 main-column">
84910  <nav class="secondary">
84911  <ul>
84912  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
    …  " aria-label="Back to Endocrine Center">Endocrine Center</a></li>
84913  <li class="primary-nav-item">
84914  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
    …  " aria-label="Endocrine Center Home">Endocrine Center Home</a></li>
84915  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/meet
    …  -our-team.html">Meet our Team</a></li>
84916  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
    …  thyroid-nodule-clinic.html">Thyroid Nodule Clinic</a></li>
84917  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
    …  endocrine-neoplasia-registry.html">Endocrine Neoplasia Registry</a></li>
84918  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/fast
    …  -clinic.html">FAST Clinic</a></li>
84919  </ul>
84920  </nav>
84921  </div>
84922  </section>
84923  </div>
84924  </div>
84925  </div></li>
84926  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
    …  cancer-center.html">Gastrointestinal Cancer Center</a>
84927  <div class="subnav-mask">
84928  <div class="subnav-wrapper">
84929  <div class="subnav col10 pad">
84930  <section class="nested">
84931  <div class="col4 main-column">
84932  <nav class="secondary">
84933  <ul>
84934  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
    …  cancer-center.html" aria-label="Back to Gastrointestinal Cancer
    …  Center">Gastrointestinal Cancer Center</a></li>
84935  <li class="primary-nav-item">
84936  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
    …  cancer-center.html" aria-label="Gastrointestinal Cancer Center Home">Gastrointestinal
    …  Cancer Center Home</a></li>
84937  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
    …  cancer-center/meet-our-team.html">Meet our Team</a></li>
84938  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
    …  cancer-center/pancreatic-cyst-clinic.html">Pancreatic Cyst Clinic</a></li>
84939  </ul>
84940  </nav>
84941  </div>
84942  </section>
84943  </div>
84944  </div>
84945  </div></li>
84946  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    …  center.html">Genitourinary Cancer Center</a>
84947  <div class="subnav-mask">
84948  <div class="subnav-wrapper">
84949  <div class="subnav col10 pad">
84950  <section class="nested">
```

```
84951  <div class="col4 main-column">
84952  <nav class="secondary">
84953  <ul>
84954  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center.html" aria-label="Back to Genitourinary Cancer Center">Genitourinary Cancer
   …   Center</a></li>
84955  <li class="primary-nav-item">
84956  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center.html" aria-label="Genitourinary Cancer Center Home">Genitourinary Cancer
   …   Center Home</a></li>
84957  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center/meet-our-team.html">Meet our Team</a></li>
84958  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center/multidisciplinary-prostate-clinic.html">Multidisciplinary Prostate
   …   Clinic</a></li>
84959  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
   …   center/vhl-clinic.html">von Hippel Lindau Clinic</a></li>
84960  </ul>
84961  </nav>
84962  </div>
84963  </section>
84964  </div>
84965  </div>
84966  </div></li>
84967  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center.html">Gynecologic Oncology Center</a>
84968  <div class="subnav-mask">
84969  <div class="subnav-wrapper">
84970  <div class="subnav col10 pad">
84971  <section class="nested">
84972  <div class="col4 main-column">
84973  <nav class="secondary">
84974  <ul>
84975  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center.html" aria-label="Back to Gynecologic Oncology Center">Gynecologic Oncology
   …   Center</a></li>
84976  <li class="primary-nav-item">
84977  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center.html" aria-label="Gynecologic Oncology Center Home">Gynecologic Oncology
   …   Center Home</a></li>
84978  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center/meet-our-team.html">Meet our Team</a></li>
84979  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center/colposcopy-clinic.html">Colposcopy Clinic</a></li>
84980  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center/gynecologic-genetics-clinic.html">Gynecologic Cancer Genetics Clinic</a></li>
84981  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
   …   center/ovarian-screening-clinic.html">Ovarian Screening Clinic</a></li>
84982  </ul>
84983  </nav>
84984  </div>
84985  </section>
84986  </div>
84987  </div>
84988  </div></li>
84989  <li class="primary-nav-item has-subnav"><a
```

```
84989…   href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
  …      ">Head &amp; Neck Center</a>
84990    <div class="subnav-mask">
84991    <div class="subnav-wrapper">
84992    <div class="subnav col10 pad">
84993    <section class="nested">
84994    <div class="col4 main-column">
84995    <nav class="secondary">
84996    <ul>
84997    <li class="mobile-nav-back"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
  …      " aria-label="Back to Head &amp; Neck Center">Head &amp; Neck Center</a></li>
84998    <li class="primary-nav-item">
84999    <a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
  …      " aria-label="Head &amp; Neck Center Home">Head &amp; Neck Center Home</a></li>
85000    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/meet
  …      -our-team.html">Meet Our Team</a></li>
85001    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/
  …      ophthalmology-clinic.html">Ophthalmology Clinic</a></li>
85002    </ul>
85003    </nav>
85004    </div>
85005    </section>
85006    </div>
85007    </div>
85008    </div></li>
85009    <li class="primary-nav-item has-subnav"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center.html">Integrative Medicine Center</a>
85010    <div class="subnav-mask">
85011    <div class="subnav-wrapper">
85012    <div class="subnav col10 pad">
85013    <section class="nested">
85014    <div class="col4 main-column">
85015    <nav class="secondary">
85016    <ul>
85017    <li class="mobile-nav-back"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center.html" aria-label="Back to Integrative Medicine Center">Integrative Medicine
  …      Center</a></li>
85018    <li class="primary-nav-item">
85019    <a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center.html" aria-label="Integrative Medicine Center Home">Integrative Medicine
  …      Center Home</a></li>
85020    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center/clinical-services.html">Clinical Services</a></li>
85021    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center/meet-our-team.html">Meet Our Team</a></li>
85022    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center/group-classes.html">Group Classes</a></li>
85023    <li class="primary-nav-item"><a
  …      href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
  …      center/audio_and_video.html">Audios and Videos</a></li>
85024    </ul>
85025    </nav>
85026    </div>
85027    </section>
85028    </div>
85029    </div>
85030    </div></li>
85031    <li class="primary-nav-item has-subnav"><a
```

```
85031… href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
…     center.html">Internal Medicine Center</a>
85032 <div class="subnav-mask">
85033 <div class="subnav-wrapper">
85034 <div class="subnav col10 pad">
85035 <section class="nested">
85036 <div class="col4 main-column">
85037 <nav class="secondary">
85038 <ul>
85039 <li class="mobile-nav-back"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
…     center.html" aria-label="Back to Internal Medicine Center">Internal Medicine
…     Center</a></li>
85040 <li class="primary-nav-item">
85041 <a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
…     center.html" aria-label="Internal Medicine Center Home">Internal Medicine Center
…     Home</a></li>
85042 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
…     center/meet-our-team.html">Meet Our Team</a></li>
85043 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
…     center/specialty-clinics.html">Specialty Clinics</a></li>
85044 </ul>
85045 </nav>
85046 </div>
85047 </section>
85048 </div>
85049 </div>
85050 </div></li>
85051 <li class="primary-nav-item has-subnav"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
…     >Leukemia Center</a>
85052 <div class="subnav-mask">
85053 <div class="subnav-wrapper">
85054 <div class="subnav col10 pad">
85055 <section class="nested">
85056 <div class="col4 main-column">
85057 <nav class="secondary">
85058 <ul>
85059 <li class="mobile-nav-back"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
…     aria-label="Back to Leukemia Center">Leukemia Center</a></li>
85060 <li class="primary-nav-item">
85061 <a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
…     aria-label="Leukemia Center Home">Leukemia Center Home</a></li>
85062 <li class="primary-nav-item"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/meet-
…     our-team.html">Meet Our Team</a></li>
85063 <li class="primary-nav-item has-subnav"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
…     patient-corner.html">Patient Corner</a>
85064 <div class="subnav-mask">
85065 <div class="subnav-wrapper">
85066 <div class="subnav col10 pad">
85067 <section class="nested">
85068 <div class="col4 main-column">
85069 <nav class="secondary">
85070 <ul>
85071 <li class="mobile-nav-back"><a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
…     patient-corner.html" aria-label="Back to Patient Corner">Patient Corner</a></li>
85072 <li class="primary-nav-item">
85073 <a
…     href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
…     patient-corner.html" aria-label="Patient Corner Home">Patient Corner Home</a></li>
```

```
85074 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
  …  patient-corner/nate-hawkins.html">Nate Hawkins</a></li>
85075 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
  …  patient-corner/monica-scandlen.html">Monica Scandlen</a></li>
85076 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
  …  patient-corner/jodi-oliver.html">Jodi Oliver</a></li>
85077 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
  …  patient-corner/sue-miller.html">Sue Miller</a></li>
85078 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
  …  patient-corner/charles-friedman.html">Charles Friedman</a></li>
85079 </ul>
85080 </nav>
85081 </div>
85082 </section>
85083 </div>
85084 </div>
85085 </div></li>
85086 </ul>
85087 </nav>
85088 </div>
85089 </section>
85090 </div>
85091 </div>
85092 </div></li>
85093 <li class="primary-nav-item has-subnav"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
  …  center.html">Lymphoma &amp; Myeloma Center</a>
85094 <div class="subnav-mask">
85095 <div class="subnav-wrapper">
85096 <div class="subnav col10 pad">
85097 <section class="nested">
85098 <div class="col4 main-column">
85099 <nav class="secondary">
85100 <ul>
85101 <li class="mobile-nav-back"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
  …  center.html" aria-label="Back to Lymphoma &amp; Myeloma Center">Lymphoma &amp;
  …  Myeloma Center</a></li>
85102 <li class="primary-nav-item">
85103 <a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
  …  center.html" aria-label="Lymphoma &amp; Myeloma Center Home">Lymphoma &amp; Myeloma
  …  Center Home</a></li>
85104 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
  …  center/meet-our-team.html">Meet Our Team</a></li>
85105 </ul>
85106 </nav>
85107 </div>
85108 </section>
85109 </div>
85110 </div>
85111 </div></li>
85112 <li class="primary-nav-item has-subnav"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
  …  html">Melanoma &amp; Skin Center</a>
85113 <div class="subnav-mask">
85114 <div class="subnav-wrapper">
85115 <div class="subnav col10 pad">
85116 <section class="nested">
85117 <div class="col4 main-column">
85118 <nav class="secondary">
85119 <ul>
```

```
85120 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    … html" aria-label="Back to Melanoma &amp; Skin Center">Melanoma &amp; Skin
    … Center</a></li>
85121 <li class="primary-nav-item">
85122 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    … html" aria-label="Melanoma &amp; Skin Center Home">Melanoma &amp; Skin Center
    … Home</a></li>
85123 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    … meet-our-team.html">Meet Our Team</a></li>
85124 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    … cutaneous-tcell-lymphoma-clinic.html">Cutaneous T-Cell Lymphoma Clinic</a></li>
85125 </ul>
85126 </nav>
85127 </div>
85128 </section>
85129 </div>
85130 </div>
85131 </div></li>
85132 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/mohs-and-dermasurgery
    … .html">Mohs and Dermasurgery</a></li>
85133 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html">Orthopaedic Center</a>
85134 <div class="subnav-mask">
85135 <div class="subnav-wrapper">
85136 <div class="subnav col10 pad">
85137 <section class="nested">
85138 <div class="col4 main-column">
85139 <nav class="secondary">
85140 <ul>
85141 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html" aria-label="Back to Orthopaedic Center">Orthopaedic Center</a></li>
85142 <li class="primary-nav-item">
85143 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html" aria-label="Orthopaedic Center Home">Orthopaedic Center Home</a></li>
85144 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center/
    … meet-our-team.html">Meet Our Team</a></li>
85145 </ul>
85146 </nav>
85147 </div>
85148 </section>
85149 </div>
85150 </div>
85151 </div></li>
85152 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    … center.html">Pain Management Center</a>
85153 <div class="subnav-mask">
85154 <div class="subnav-wrapper">
85155 <div class="subnav col10 pad">
85156 <section class="nested">
85157 <div class="col4 main-column">
85158 <nav class="secondary">
85159 <ul>
85160 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    … center.html" aria-label="Back to Pain Management Center">Pain Management
    … Center</a></li>
85161 <li class="primary-nav-item">
85162 <a
```

```
85162… href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
  …   center.html" aria-label="Pain Management Center Home">Pain Management Center
  …   Home</a></li>
85163 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
  …   center/meet-our-team.html">Meet Our Team</a></li>
85164 </ul>
85165 </nav>
85166 </div>
85167 </section>
85168 </div>
85169 </div>
85170 </div></li>
85171 <li class="primary-nav-item has-subnav"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   .html">Proton Therapy Center</a>
85172 <div class="subnav-mask">
85173 <div class="subnav-wrapper">
85174 <div class="subnav col10 pad">
85175 <section class="nested">
85176 <div class="col4 main-column">
85177 <nav class="secondary">
85178 <ul>
85179 <li class="mobile-nav-back"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   .html" aria-label="Back to Proton Therapy Center">Proton Therapy Center</a></li>
85180 <li class="primary-nav-item">
85181 <a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   .html" aria-label="Proton Therapy Center Home">Proton Therapy Center Home</a></li>
85182 <li class="primary-nav-item has-subnav"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /what-is-proton-therapy.html">What is Proton Therapy?</a>
85183 <div class="subnav-mask">
85184 <div class="subnav-wrapper">
85185 <div class="subnav col10 pad">
85186 <section class="nested">
85187 <div class="col4 main-column">
85188 <nav class="secondary">
85189 <ul>
85190 <li class="mobile-nav-back"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /what-is-proton-therapy.html" aria-label="Back to What is Proton Therapy?">What is
  …   Proton Therapy?</a></li>
85191 <li class="primary-nav-item">
85192 <a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /what-is-proton-therapy.html" aria-label="What is Proton Therapy? Home">What is
  …   Proton Therapy? Home</a></li>
85193 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /what-is-proton-therapy/benefits-of-proton-therapy.html">Benefits of Proton
  …   Therapy</a></li>
85194 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /what-is-proton-therapy/history-of-proton-therapy.html">History of Proton
  …   Therapy</a></li>
85195 </ul>
85196 </nav>
85197 </div>
85198 </section>
85199 </div>
85200 </div>
85201 </div></li>
85202 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …   /why-choose-md-anderson-proton-therapy.html">Why Choose MD Anderson Proton
  …   Therapy?</a></li>
```

```
85203 <li class="primary-nav-item has-subnav"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat.html">Conditions We Treat</a>
85204 <div class="subnav-mask">
85205 <div class="subnav-wrapper">
85206 <div class="subnav col10 pad">
85207 <section class="nested">
85208 <div class="col4 main-column">
85209 <nav class="secondary">
85210 <ul>
85211 <li class="mobile-nav-back"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat.html" aria-label="Back to Conditions We Treat">Conditions We
   ... Treat</a></li>
85212 <li class="primary-nav-item">
85213 <a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat.html" aria-label="Conditions We Treat Home">Conditions We Treat
   ... Home</a></li>
85214 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/esophageal-cancer.html">Esophageal Cancer</a></li>
85215 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/head-and-neck-cancers.html">Head and Neck Cancers</a></li>
85216 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/lung-cancer.html">Lung Cancer</a></li>
85217 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/lymphomas.html">Lymphomas</a></li>
85218 <li class="primary-nav-item has-subnav"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/pediatric-cancer.html">Pediatric Cancer</a>
85219 <div class="subnav-mask">
85220 <div class="subnav-wrapper">
85221 <div class="subnav col10 pad">
85222 <section class="nested">
85223 <div class="col4 main-column">
85224 <nav class="secondary">
85225 <ul>
85226 <li class="mobile-nav-back"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/pediatric-cancer.html" aria-label="Back to Pediatric
   ... Cancer">Pediatric Cancer</a></li>
85227 <li class="primary-nav-item">
85228 <a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/pediatric-cancer.html" aria-label="Pediatric Cancer
   ... Home">Pediatric Cancer Home</a></li>
85229 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/pediatric-cancer/child-life.html">Child Life</a></li>
85230 </ul>
85231 </nav>
85232 </div>
85233 </section>
85234 </div>
85235 </div>
85236 </div></li>
85237 <li class="primary-nav-item"><a
   ... href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   ... /conditions-we-treat/prostate-cancer.html">Prostate Cancer</a></li>
85238 </ul>
85239 </nav>
85240 </div>
85241 </section>
85242 </div>
```

```
85243  </div></li>
85244  </div></li>
85245  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /what-to-expect.html">What to Expect</a></li>
85246  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /our-team-of-experts.html">Our Team of Experts</a></li>
85247  <li class="primary-nav-item has-subnav"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html">Meet our Survivors</a>
85248  <div class="subnav-mask">
85249  <div class="subnav-wrapper">
85250  <div class="subnav col10 pad">
85251  <section class="nested">
85252  <div class="col4 main-column">
85253  <nav class="secondary">
85254  <ul>
85255  <li class="mobile-nav-back"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html" aria-label="Back to Meet our Survivors">Meet our
   …   Survivors</a></li>
85256  <li class="primary-nav-item">
85257  <a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors.html" aria-label="Meet our Survivors Home">Meet our Survivors
   …   Home</a></li>
85258  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/stephanie-mullins.html">Stephanie Mullins</a></li>
85259  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/caitlin-acree.html">Caitlin Acree</a></li>
85260  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/joseph-campione.html">Joseph Campione</a></li>
85261  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/max-daniel.html">Max Daniel</a></li>
85262  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/ava-jacobs.html">Ava Jacobs</a></li>
85263  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/ana-kate-partridge.html">Ana Kate Partridge</a></li>
85264  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/matthew-rager.html">Matthew Rager</a></li>
85265  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/hailey-strole.html">Hailey Strole</a></li>
85266  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/coleson-young.html">Coleson Young</a></li>
85267  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/roberto-olivares.html">Roberto Olivares</a></li>
85268  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/eric-oldre.html">Eric Oldre</a></li>
85269  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/carol-monroe.html">Carol Monroe</a></li>
85270  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …   /meet-our-survivors/vaughn-bradley.html">Vaughn Bradley</a></li>
85271  <li class="primary-nav-item"><a
   …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
```

```
85271  /meet-our-survivors/louise-chaung.html">Louise Chaung</a></li>
85272  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/shane-leonard.html">Shane Leonard</a></li>
85273  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/mary-lott.html">Mary Lott</a></li>
85274  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/gerry-mckim.html">Gerry McKim</a></li>
85275  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/helen-schmidt.html">Helen Schmidt</a></li>
85276  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/chuck-martinez.html">Chuck Martinez</a></li>
85277  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/jose-rovira.html">Jose Rovira</a></li>
85278  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/suzan-shughart.html">Suzan Shughart</a></li>
85279  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/billy-walls.html">Billy Walls</a></li>
85280  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/molly-allen.html">Molly Allen</a></li>
85281  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/katie-meacham.html">Katie Meacham</a></li>
85282  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/lorenzo-abundiz.html">Lorenzo Abundiz</a></li>
85283  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/walter-atkinson.html">Walter Atkinson</a></li>
85284  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/drew-cox.html">Drew Cox</a></li>
85285  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/khalid-al-failakawi.html">Khalid Al Failakawi</a></li>
85286  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/ahmed-fakhri.html">Ahmed Fakhri</a></li>
85287  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/gerard-first.html">Gerard First</a></li>
85288  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/john-floyd.html">John Floyd</a></li>
85289  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/jack-holloway.html">Jack Holloway</a></li>
85290  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/harvey-house.html">Harvey House</a></li>
85291  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/rick-keller.html">Rick Keller</a></li>
85292  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/joe-landry.html">Joe Landry</a></li>
85293  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /meet-our-survivors/terry-lavy.html">Terry Lavy</a></li>
85294  <li class="primary-nav-item"><a
```

```
85294… href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /meet-our-survivors/peter-taaffe.html">Peter Taaffe</a></li>
85295 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /meet-our-survivors/richard-trevino.html">Richard Trevino</a></li>
85296 </ul>
85297 </nav>
85298 </div>
85299 </section>
85300 </div>
85301 </div>
85302 </div></li>
85303 <li class="primary-nav-item has-subnav"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients.html">For Patients</a>
85304 <div class="subnav-mask">
85305 <div class="subnav-wrapper">
85306 <div class="subnav col10 pad">
85307 <section class="nested">
85308 <div class="col4 main-column">
85309 <nav class="secondary">
85310 <ul>
85311 <li class="mobile-nav-back"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients.html" aria-label="Back to For Patients">For Patients</a></li>
85312 <li class="primary-nav-item">
85313 <a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients.html" aria-label="For Patients Home">For Patients Home</a></li>
85314 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients/visiting-houston.html">Visiting Houston</a></li>
85315 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients/videos-articles-and-podcasts.html">Videos, Articles and
…    Podcasts</a></li>
85316 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-patients/glossary-of-proton-therapy-terms.html">Glossary</a></li>
85317 </ul>
85318 </nav>
85319 </div>
85320 </section>
85321 </div>
85322 </div>
85323 </div></li>
85324 <li class="primary-nav-item has-subnav"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-physicians.html">For Physicians</a>
85325 <div class="subnav-mask">
85326 <div class="subnav-wrapper">
85327 <div class="subnav col10 pad">
85328 <section class="nested">
85329 <div class="col4 main-column">
85330 <nav class="secondary">
85331 <ul>
85332 <li class="mobile-nav-back"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-physicians.html" aria-label="Back to For Physicians">For Physicians</a></li>
85333 <li class="primary-nav-item">
85334 <a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-physicians.html" aria-label="For Physicians Home">For Physicians Home</a></li>
85335 <li class="primary-nav-item"><a
…    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
…    /for-physicians/proton-therapy-training-program.html">Proton Therapy Training
…    Program</a></li>
85336 </ul>
```

```
85337  </nav>
85338  </div>
85339  </section>
85340  </div>
85341  </div>
85342  </div></li>
85343  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /clinical-trials.html">Clinical Trials</a></li>
85344  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /frequently-asked-questions.html">Frequently Asked Questions</a></li>
85345  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /parking-and-directions.html">Parking and Directions</a></li>
85346  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /contact-us.html">Contact Us</a></li>
85347  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html">Chinese: Proton Therapy
    …  Center</a>
85348  <div class="subnav-mask">
85349  <div class="subnav-wrapper">
85350  <div class="subnav col10 pad">
85351  <section class="nested">
85352  <div class="col4 main-column">
85353  <nav class="secondary">
85354  <ul>
85355  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Back to
    …  Chinese: Proton Therapy Center">Chinese: Proton Therapy Center</a></li>
85356  <li class="primary-nav-item">
85357  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Chinese:
    …  Proton Therapy Center Home">Chinese: Proton Therapy Center Home</a></li>
85358  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html">Chinese: What is Proton Therapy?</a>
85359  <div class="subnav-mask">
85360  <div class="subnav-wrapper">
85361  <div class="subnav col10 pad">
85362  <section class="nested">
85363  <div class="col4 main-column">
85364  <nav class="secondary">
85365  <ul>
85366  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Back to Chinese: What is Proton
    …  Therapy?">Chinese: What is Proton Therapy?</a></li>
85367  <li class="primary-nav-item">
85368  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Chinese: What is Proton
    …  Therapy? Home">Chinese: What is Proton Therapy? Home</a></li>
85369  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E4%
    …  BC%98%E5%8A%BF.html">Chinese: Benefits of Proton Therapy</a></li>
85370  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
```

```
85370… E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E5%
  …  8F%91%E5%B1%95%E5%8F%B2.html">Chinese: History of Proton Therapy</a></li>
85371 </ul>
85372 </nav>
85373 </div>
85374 </section>
85375 </div>
85376 </div>
85377 </div></li>
85378 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E6%B2%BB%E7%96%97%E9%80%82%
  …  E5%BA%94%E7%97%87.html">Chinese: Conditions We Treat</a></li>
85379 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E8%B4%A8%E5%AD%90%E4%B8%AD%
  …  E5%BF%83%E4%BB%8E%E9%A2%84%E7%BA%A6%E5%88%B0%E6%B2%BB%E7%96%97%E6%95%B4%E4%B8%AA%E6%
  …  B5%81%E7%A8%8B%E8%AE%B2%E8%A7%A3.html">Chinese: What to Expect</a></li>
85380 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E5%B9%B8%E5%AD%98%E8%80%85%
  …  E6%95%85%E4%BA%8B.html">Chinese: Meet our Survivors</a></li>
85381 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
  …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E5%B9%B8%E5%AD%98%E8%80%85%
  …  E4%BB%AC.html">Chinese: Contact Us</a></li>
85382 </ul>
85383 </nav>
85384 </div>
85385 </section>
85386 </div>
85387 </div>
85388 </div></li>
85389 </ul>
85390 </nav>
85391 </div>
85392 </section>
85393 </div>
85394 </div>
85395 </div></li>
85396 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/psychiatric-oncology-
  …  center.html">Psychiatric Oncology Center</a></li>
85397 <li class="primary-nav-item has-subnav"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …  center.html">Radiation Treatment Center</a>
85398 <div class="subnav-mask">
85399 <div class="subnav-wrapper">
85400 <div class="subnav col10 pad">
85401 <section class="nested">
85402 <div class="col4 main-column">
85403 <nav class="secondary">
85404 <ul>
85405 <li class="mobile-nav-back"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …  center.html" aria-label="Back to Radiation Treatment Center">Radiation Treatment
  …  Center</a></li>
85406 <li class="primary-nav-item">
85407 <a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …  center.html" aria-label="Radiation Treatment Center Home">Radiation Treatment Center
  …  Home</a></li>
85408 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …  center/meet-our-team.html">Meet Our Team</a></li>
85409 <li class="primary-nav-item"><a
  …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …  center/frequently-asked-questions.html">Frequently Asked Questions</a></li>
```

```
85410 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
  …   center/treatment-locations.html">Treatment Locations</a></li>
85411 </ul>
85412 </nav>
85413 </div>
85414 </section>
85415 </div>
85416 </div>
85417 </div></li>
85418 <li class="primary-nav-item has-subnav"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
  …   reconstructive-surgery.html">Center for Reconstructive Surgery</a>
85419 <div class="subnav-mask">
85420 <div class="subnav-wrapper">
85421 <div class="subnav col10 pad">
85422 <section class="nested">
85423 <div class="col4 main-column">
85424 <nav class="secondary">
85425 <ul>
85426 <li class="mobile-nav-back"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
  …   reconstructive-surgery.html" aria-label="Back to Center for Reconstructive
  …   Surgery">Center for Reconstructive Surgery</a></li>
85427 <li class="primary-nav-item">
85428 <a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
  …   reconstructive-surgery.html" aria-label="Center for Reconstructive Surgery
  …   Home">Center for Reconstructive Surgery Home</a></li>
85429 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
  …   reconstructive-surgery/meet-our-team.html">Meet Our Team</a></li>
85430 </ul>
85431 </nav>
85432 </div>
85433 </section>
85434 </div>
85435 </div>
85436 </div></li>
85437 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/rehabilitation-
  …   services.html">Rehabilitation Services</a></li>
85438 <li class="primary-nav-item has-subnav"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html">
  …   Sarcoma Center</a>
85439 <div class="subnav-mask">
85440 <div class="subnav-wrapper">
85441 <div class="subnav col10 pad">
85442 <section class="nested">
85443 <div class="col4 main-column">
85444 <nav class="secondary">
85445 <ul>
85446 <li class="mobile-nav-back"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
  …   aria-label="Back to Sarcoma Center">Sarcoma Center</a></li>
85447 <li class="primary-nav-item">
85448 <a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
  …   aria-label="Sarcoma Center Home">Sarcoma Center Home</a></li>
85449 <li class="primary-nav-item"><a
  …   href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center/meet-
  …   our-team.html">Meet Our Team</a></li>
85450 </ul>
85451 </nav>
85452 </div>
85453 </section>
85454 </div>
85455 </div>
```

```
85456  </div></li>
85457  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center.html">Stem Cell Transplantation and
    …  Cellular Therapy Center</a>
85458  <div class="subnav-mask">
85459  <div class="subnav-wrapper">
85460  <div class="subnav col10 pad">
85461  <section class="nested">
85462  <div class="col4 main-column">
85463  <nav class="secondary">
85464  <ul>
85465  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center.html" aria-label="Back to Stem Cell
    …  Transplantation and Cellular Therapy Center">Stem Cell Transplantation and Cellular
    …  Therapy Center</a></li>
85466  <li class="primary-nav-item">
85467  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center.html" aria-label="Stem Cell
    …  Transplantation and Cellular Therapy Center Home">Stem Cell Transplantation and
    …  Cellular Therapy Center Home</a></li>
85468  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center/meet-our-team.html">Meet Our
    …  Team</a></li>
85469  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center/mud-program.html">Matched Unrelated Donor
    …  Program</a></li>
85470  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …  transplantation-and-cellular-therapy-center/haploidentical-transplant.html">
    …  Haploidentical Transplant Program</a></li>
85471  </ul>
85472  </nav>
85473  </div>
85474  </section>
85475  </div>
85476  </div>
85477  </div></li>
85478  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …  center.html">Supportive Care Center</a>
85479  <div class="subnav-mask">
85480  <div class="subnav-wrapper">
85481  <div class="subnav col10 pad">
85482  <section class="nested">
85483  <div class="col4 main-column">
85484  <nav class="secondary">
85485  <ul>
85486  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …  center.html" aria-label="Back to Supportive Care Center">Supportive Care
    …  Center</a></li>
85487  <li class="primary-nav-item">
85488  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …  center.html" aria-label="Supportive Care Center Home">Supportive Care Center
    …  Home</a></li>
85489  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …  center/meet-our-team.html">Meet Our Team</a></li>
85490  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …  center/clinics.html">Clinics</a></li>
85491  </ul>
```

```
85492  </nav>
85493  </div>
85494  </section>
85495  </div>
85496  </div>
85497  </div></li>
85498  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    …  >Thoracic Center</a>
85499  <div class="subnav-mask">
85500  <div class="subnav-wrapper">
85501  <div class="subnav col10 pad">
85502  <section class="nested">
85503  <div class="col4 main-column">
85504  <nav class="secondary">
85505  <ul>
85506  <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    …  aria-label="Back to Thoracic Center">Thoracic Center</a></li>
85507  <li class="primary-nav-item">
85508  <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    …  aria-label="Thoracic Center Home">Thoracic Center Home</a></li>
85509  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/meet-
    …  our-team.html">Meet Our Team</a></li>
85510  <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/lung-
    …  screening-study.html">Lung Cancer Early Detection</a></li>
85511  </ul>
85512  </nav>
85513  </div>
85514  </section>
85515  </div>
85516  </div>
85517  </div></li>
85518  </ul>
85519  </nav>
85520  </div>
85521  </section>
85522  </div>
85523  </div>
85524  </div></li>
85525  </ul>
85526  </nav>
85527  </div>
85528  </section>
85529  </div>
85530  </div>
85531  </div></li>
85532  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/supporting-a-loved-one.html">Supporting a Loved One</a>
85533  <div class="subnav-mask">
85534  <div class="subnav-wrapper">
85535  <div class="subnav col10 pad">
85536  <section class="nested">
85537  <div class="col4 main-column">
85538  <nav class="secondary">
85539  <ul>
85540  <li class="mobile-nav-back"><a href="/patients-family/supporting-a-loved-one.html"
    …  aria-label="Back to Supporting a Loved One">Supporting a Loved One</a></li>
85541  <li class="primary-nav-item">
85542  <a href="/patients-family/supporting-a-loved-one.html" aria-label="Supporting a Loved
    …  One Home">Supporting a Loved One Home</a></li>
85543  <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html">
    …  Caregiver Roles &amp; Challenges</a>
85544  <div class="subnav-mask">
```

```
85545 <div class="subnav-wrapper">
85546 <div class="subnav col10 pad">
85547 <section class="nested">
85548 <div class="col4 main-column">
85549 <nav class="secondary">
85550 <ul>
85551 <li class="mobile-nav-back"><a
   …  href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
   …  aria-label="Back to Caregiver Roles &amp; Challenges">Caregiver Roles &amp;
   …  Challenges</a></li>
85552 <li class="primary-nav-item">
85553 <a href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
   …  aria-label="Caregiver Roles &amp; Challenges Home">Caregiver Roles &amp; Challenges
   …  Home</a></li>
85554 <li class="primary-nav-item"><a
   …  href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges/caregiver-
   …  legal-issues.html">Caregiver Legal Issues</a></li>
85555 </ul>
85556 </nav>
85557 </div>
85558 </section>
85559 </div>
85560 </div>
85561 </div></li>
85562 <li class="primary-nav-item"><a
   …  href="/patients-family/supporting-a-loved-one/supporting-children-teens.html">
   …  Children and Teens</a></li>
85563 <li class="primary-nav-item"><a
   …  href="/patients-family/supporting-a-loved-one/taking-care-of-yourself.html">Taking
   …  Care of Yourself</a></li>
85564 <li class="primary-nav-item has-subnav"><a
   …  href="/patients-family/supporting-a-loved-one/dealing-with-loss.html">Dealing with
   …  Loss</a>
85565 <div class="subnav-mask">
85566 <div class="subnav-wrapper">
85567 <div class="subnav col10 pad">
85568 <section class="nested">
85569 <div class="col4 main-column">
85570 <nav class="secondary">
85571 <ul>
85572 <li class="mobile-nav-back"><a
   …  href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
   …  aria-label="Back to Dealing with Loss">Dealing with Loss</a></li>
85573 <li class="primary-nav-item">
85574 <a href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
   …  aria-label="Dealing with Loss Home">Dealing with Loss Home</a></li>
85575 <li class="primary-nav-item"><a
   …  href="/patients-family/supporting-a-loved-one/dealing-with-loss/children-and-grief.
   …  html">Children and Grief</a></li>
85576 </ul>
85577 </nav>
85578 </div>
85579 </section>
85580 </div>
85581 </div>
85582 </div></li>
85583 </ul>
85584 </nav>
85585 </div>
85586 </section>
85587 </div>
85588 </div>
85589 </div></li>
85590 <li class="primary-nav-item has-subnav"><a
   …  href="/patients-family/life-after-cancer.html">Life After Cancer</a>
85591 <div class="subnav-mask">
85592 <div class="subnav-wrapper">
85593 <div class="subnav col10 pad">
```

```
85594 <section class="nested">
85595 <div class="col4 main-column">
85596 <nav class="secondary">
85597 <ul>
85598 <li class="mobile-nav-back"><a href="/patients-family/life-after-cancer.html"
    … aria-label="Back to Life After Cancer">Life After Cancer</a></li>
85599 <li class="primary-nav-item">
85600 <a href="/patients-family/life-after-cancer.html" aria-label="Life After Cancer
    … Home">Life After Cancer Home</a></li>
85601 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/legal-financial-impacts.html">Legal &amp;
    … Financial Impacts of Cancer</a></li>
85602 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/social-emotional-impacts.html">Social &amp;
    … Emotional Impacts of Cancer</a></li>
85603 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/followup-care.html">Follow-up Care</a></li>
85604 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/long-term-effects.html">Long-Term Effects of
    … Cancer</a></li>
85605 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/survivorship-week.html">Survivorship
    … Week</a></li>
85606 </ul>
85607 </nav>
85608 </div>
85609 </section>
85610 </div>
85611 </div>
85612 </div></li>
85613 </ul>
85614 </li>
85615 <li class="topnav-list-item"><a href="/prevention-screening.html"
    … data-primary-nav="nav_prevention-screening">Prevention &amp; Screening</a>
85616 <ul class="primary-nav-list" id="nav-index">
85617 <li class="primary-nav-item"><a href="/prevention-screening.html">Prevention &amp;
    … Screening Home</a></li>
85618 <li class="primary-nav-item has-subnav"><a
    … href="/prevention-screening/manage-your-risk.html">Manage Your Risk</a>
85619 <div class="subnav-mask">
85620 <div class="subnav-wrapper">
85621 <div class="subnav col10 pad">
85622 <section class="nested">
85623 <div class="col4 main-column">
85624 <nav class="secondary">
85625 <ul>
85626 <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk.html"
    … aria-label="Back to Manage Your Risk">Manage Your Risk</a></li>
85627 <li class="primary-nav-item">
85628 <a href="/prevention-screening/manage-your-risk.html" aria-label="Manage Your Risk
    … Home">Manage Your Risk Home</a></li>
85629 <li class="primary-nav-item has-subnav"><a
    … href="/prevention-screening/manage-your-risk/smoking-tobacco.html">Smoking &amp;
    … Tobacco</a>
85630 <div class="subnav-mask">
85631 <div class="subnav-wrapper">
85632 <div class="subnav col10 pad">
85633 <section class="nested">
85634 <div class="col4 main-column">
85635 <nav class="secondary">
85636 <ul>
85637 <li class="mobile-nav-back"><a
    … href="/prevention-screening/manage-your-risk/smoking-tobacco.html" aria-label="Back
    … to Smoking &amp; Tobacco">Smoking &amp; Tobacco</a></li>
85638 <li class="primary-nav-item">
85639 <a href="/prevention-screening/manage-your-risk/smoking-tobacco.html"
    … aria-label="Smoking &amp; Tobacco Home">Smoking &amp; Tobacco Home</a></li>
85640 <li class="primary-nav-item"><a
```

```
85640… href="/prevention-screening/manage-your-risk/smoking-tobacco/teens-and-tobacco.html">
   …  Teens &amp; Tobacco</a></li>
85641  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/smoking-tobacco/how-to-quit.html">How to
   …  Quit Smoking</a></li>
85642  </ul>
85643  </nav>
85644  </div>
85645  </section>
85646  </div>
85647  </div>
85648  </div></li>
85649  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/diet.html">Diet</a></li>
85650  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/physical-activity.html">Physical
   …  Activity</a></li>
85651  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/skin-safety.html">Skin Safety</a></li>
85652  <li class="primary-nav-item has-subnav"><a
   …  href="/prevention-screening/manage-your-risk/hpv.html">HPV</a>
85653  <div class="subnav-mask">
85654  <div class="subnav-wrapper">
85655  <div class="subnav col10 pad">
85656  <section class="nested">
85657  <div class="col4 main-column">
85658  <nav class="secondary">
85659  <ul>
85660  <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk/hpv.html"
   …  aria-label="Back to HPV">HPV</a></li>
85661  <li class="primary-nav-item">
85662  <a href="/prevention-screening/manage-your-risk/hpv.html" aria-label="HPV Home">HPV
   …  Home</a></li>
85663  <li class="primary-nav-item"><a
   …  href="/prevention-screening/manage-your-risk/hpv/hpv-vaccine.html">HPV
   …  Vaccine</a></li>
85664  </ul>
85665  </nav>
85666  </div>
85667  </section>
85668  </div>
85669  </div>
85670  </div></li>
85671  </ul>
85672  </nav>
85673  </div>
85674  </section>
85675  </div>
85676  </div>
85677  </div></li>
85678  <li class="primary-nav-item has-subnav"><a
   …  href="/prevention-screening/family-history.html">Family History</a>
85679  <div class="subnav-mask">
85680  <div class="subnav-wrapper">
85681  <div class="subnav col10 pad">
85682  <section class="nested">
85683  <div class="col4 main-column">
85684  <nav class="secondary">
85685  <ul>
85686  <li class="mobile-nav-back"><a href="/prevention-screening/family-history.html"
   …  aria-label="Back to Family History">Family History</a></li>
85687  <li class="primary-nav-item">
85688  <a href="/prevention-screening/family-history.html" aria-label="Family History
   …  Home">Family History Home</a></li>
85689  <li class="primary-nav-item"><a
   …  href="/prevention-screening/family-history/genetic-testing.html">Genetic
   …  Testing</a></li>
85690  <li class="primary-nav-item"><a
```

```
85690  href="/prevention-screening/family-history/hereditary-cancer-syndromes.html">
       Hereditary Cancer Syndromes</a></li>
85691  </ul>
85692  </nav>
85693  </div>
85694  </section>
85695  </div>
85696  </div>
85697  </div></li>
85698  <li class="primary-nav-item has-subnav"><a
       href="/prevention-screening/get-screened.html">Get Screened</a>
85699  <div class="subnav-mask">
85700  <div class="subnav-wrapper">
85701  <div class="subnav col10 pad">
85702  <section class="nested">
85703  <div class="col4 main-column">
85704  <nav class="secondary">
85705  <ul>
85706  <li class="mobile-nav-back"><a href="/prevention-screening/get-screened.html"
       aria-label="Back to Get Screened">Get Screened</a></li>
85707  <li class="primary-nav-item">
85708  <a href="/prevention-screening/get-screened.html" aria-label="Get Screened Home">Get
       Screened Home</a></li>
85709  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/breast-cancer-screening.html">Breast Cancer
       Screening</a></li>
85710  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/cervical-cancer-screening.html">Cervical
       Cancer Screening</a></li>
85711  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/colorectal-cancer-screening.html">Colorectal
       Cancer Screening Exams</a></li>
85712  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/endometrial-cancer-screening.html">
       Endometrial Cancer Screening Exams</a></li>
85713  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/liver-cancer-screening.html">Liver Cancer
       Screening Exams</a></li>
85714  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/lung-cancer-screening.html">Lung Cancer
       Screening Exams</a></li>
85715  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/mobile-mammography.html">Mobile
       Mammography</a></li>
85716  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/ovarian-cancer-screening.html">Ovarian
       Cancer Screening Exams</a></li>
85717  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/prostate-cancer-screening.html">Prostate
       Cancer Screening Exams</a></li>
85718  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/skin-cancer-screening.html">Skin Cancer
       Screening Exams</a></li>
85719  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/women-screening-exams.html">Women's
       Screening Exams</a></li>
85720  <li class="primary-nav-item"><a
       href="/prevention-screening/get-screened/men-screening-exams.html">Men's Screening
       Exams</a></li>
85721  </ul>
85722  </nav>
85723  </div>
85724  </section>
85725  </div>
85726  </div>
85727  </div></li>
85728  </ul>
85729  </li>
```

```
85730  <li class="tophav-list-item"><a href="/donors-volunteers.html"
   …   data-primary-nav="nav_donors-volunteers">Donors &amp; Volunteers</a>
85731  <ul class="primary-nav-list" id="nav-index">
85732  <li class="primary-nav-item"><a href="/donors-volunteers.html">Donors &amp;
   …   Volunteers Home</a></li>
85733  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/donate.html">Donate</a>
85734  <div class="subnav-mask">
85735  <div class="subnav-wrapper">
85736  <div class="subnav col10 pad">
85737  <section class="nested">
85738  <div class="col4 main-column">
85739  <nav class="secondary">
85740  <ul>
85741  <li class="mobile-nav-back"><a href="/donors-volunteers/donate.html" aria-label="Back
   …   to Donate">Donate</a></li>
85742  <li class="primary-nav-item">
85743  <a href="/donors-volunteers/donate.html" aria-label="Donate Home">Donate
   …   Home</a></li>
85744  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/raise-money.html">Raise Money</a></li>
85745  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/honor-loved-ones.html">Honor Loved Ones</a></li>
85746  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/planned-giving.html">Create Your Legacy</a></li>
85747  <li class="primary-nav-item has-subnav"><a
   …   href="/donors-volunteers/donate/endowments.html">Endowments</a>
85748  <div class="subnav-mask">
85749  <div class="subnav-wrapper">
85750  <div class="subnav col10 pad">
85751  <section class="nested">
85752  <div class="col4 main-column">
85753  <nav class="secondary">
85754  <ul>
85755  <li class="mobile-nav-back"><a href="/donors-volunteers/donate/endowments.html"
   …   aria-label="Back to Endowments">Endowments</a></li>
85756  <li class="primary-nav-item">
85757  <a href="/donors-volunteers/donate/endowments.html" aria-label="Endowments
   …   Home">Endowments Home</a></li>
85758  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/harry-carothers-wiess-distinguished-
   …   university-chair-for-cancer-.html">Harry Carothers Wiess Distinguished University
   …   Chair for Cancer Research</a></li>
85759  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/ann-rife-cox-chair-in-gynecology.html">Ann
   …   Rife Cox Chair in Gynecology</a></li>
85760  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/murray-distinguished-professorship-in-
   …   ovarian-cancer-research.html">Murray Distinguished Professorship in Ovarian Cancer
   …   Research</a></li>
85761  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/texas-4000-distinguished-professorship.
   …   html">Texas 4000 Distinguished Professorship</a></li>
85762  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/kinder-foundation-endowed-scholarships.
   …   html">Kinder Foundation Endowed Scholarships</a></li>
85763  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/sister-alice-potts-endowed-lecture-series-
   …   for-pastoral-education.html">Sister Alice Potts Endowed Lecture Series for Pastoral
   …   Education</a></li>
85764  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/william-o-russell-lectureship-and-joanne-
   …   vandenberge-hill-award.html">William O. Russell Lectureship and Joanne Vandenberge
   …   Hill Award in
85765  Anatomical Pathology</a></li>
85766  <li class="primary-nav-item"><a
   …   href="/donors-volunteers/donate/endowments/heb-fellowship-in-cancer-research.html">
   …   HEB Fellowship in Cancer Research</a></li>
```

```
85767  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/donate/endowments/megan-leigh-brown-fellowship-for-ovarian-
  …    cancer.html">Megan Leigh Brown Fellowship for Ovarian Cancer</a></li>
85768  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/donate/endowments/kimberly-patterson-endowment.html">
  …    Kimberly Patterson Endowment for Patient Assistance</a></li>
85769  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/donate/endowments/laurie-mcknight-schlattman-and-bonnie-
  …    mcknight-endowment-fund-fo.html">Laurie McKnight Schlattman and Bonnie McKnight
  …    Endowment Fund for
85770  Supportive Care for Children Affected by Cancer</a></li>
85771  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/donate/endowments/karen-e-hoffman-radiation-therapy-
  …    scholarship.html">Karen E Hoffman Radiation Therapy Scholarship</a></li>
85772  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/donate/endowments/jack-and-beverly-randall-endowment.html">
  …    Jack and Beverly Randall Endowment</a></li>
85773  </ul>
85774  </nav>
85775  </div>
85776  </section>
85777  </div>
85778  </div>
85779  </div></li>
85780  </ul>
85781  </nav>
85782  </div>
85783  </section>
85784  </div>
85785  </div>
85786  </div></li>
85787  <li class="primary-nav-item has-subnav"><a
  …    href="/donors-volunteers/volunteer.html">Volunteer</a>
85788  <div class="subnav-mask">
85789  <div class="subnav-wrapper">
85790  <div class="subnav col10 pad">
85791  <section class="nested">
85792  <div class="col4 main-column">
85793  <nav class="secondary">
85794  <ul>
85795  <li class="mobile-nav-back"><a href="/donors-volunteers/volunteer.html"
  …    aria-label="Back to Volunteer">Volunteer</a></li>
85796  <li class="primary-nav-item">
85797  <a href="/donors-volunteers/volunteer.html" aria-label="Volunteer Home">Volunteer
  …    Home</a></li>
85798  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/volunteer/why-volunteer.html">Why Volunteer</a></li>
85799  <li class="primary-nav-item has-subnav"><a
  …    href="/donors-volunteers/volunteer/how-to-get-involved.html">How to Get Involved</a>
85800  <div class="subnav-mask">
85801  <div class="subnav-wrapper">
85802  <div class="subnav col10 pad">
85803  <section class="nested">
85804  <div class="col4 main-column">
85805  <nav class="secondary">
85806  <ul>
85807  <li class="mobile-nav-back"><a
  …    href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="Back to How
  …    to Get Involved">How to Get Involved</a></li>
85808  <li class="primary-nav-item">
85809  <a href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="How to
  …    Get Involved Home">How to Get Involved Home</a></li>
85810  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/volunteer/how-to-get-involved/patient-experience.html">
  …    Patient Experience</a></li>
85811  <li class="primary-nav-item"><a
  …    href="/donors-volunteers/volunteer/how-to-get-involved/childrens-cancer-hospital-
  …    councils.html">Children's Cancer Hospital Councils</a></li>
```

```
85812  </ul>
85813  </nav>
85814  </div>
85815  </section>
85816  </div>
85817  </div>
85818  </div></li>
85819  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/volunteer/volunteer-application.html">Volunteer
    …  Application</a></li>
85820  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/volunteer/endowments.html">Volunteer Endowment</a></li>
85821  </ul>
85822  </nav>
85823  </div>
85824  </section>
85825  </div>
85826  </div>
85827  </div></li>
85828  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/other-ways-to-help.html">Other Ways to Help</a>
85829  <div class="subnav-mask">
85830  <div class="subnav-wrapper">
85831  <div class="subnav col10 pad">
85832  <section class="nested">
85833  <div class="col4 main-column">
85834  <nav class="secondary">
85835  <ul>
85836  <li class="mobile-nav-back"><a href="/donors-volunteers/other-ways-to-help.html"
    …  aria-label="Back to Other Ways to Help">Other Ways to Help</a></li>
85837  <li class="primary-nav-item">
85838  <a href="/donors-volunteers/other-ways-to-help.html" aria-label="Other Ways to Help
    …  Home">Other Ways to Help Home</a></li>
85839  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood.html">Give Blood</a>
85840  <div class="subnav-mask">
85841  <div class="subnav-wrapper">
85842  <div class="subnav col10 pad">
85843  <section class="nested">
85844  <div class="col4 main-column">
85845  <nav class="secondary">
85846  <ul>
85847  <li class="mobile-nav-back"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Back to Give
    …  Blood">Give Blood</a></li>
85848  <li class="primary-nav-item">
85849  <a href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Give
    …  Blood Home">Give Blood Home</a></li>
85850  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/donation-instructions.html">
    …  Donation Instructions</a></li>
85851  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/blood-donation-faqs.html">
    …  Blood Donation FAQs</a></li>
85852  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/types-of-donations.html">Types
    …  of Donations</a></li>
85853  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/where-to-donate-blood.html">
    …  Where to Donate Blood</a></li>
85854  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/high-school-donor-program.html
    …  ">High School Donor Program</a></li>
85855  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/give-blood/contact-us.html">Contact
    …  Us</a></li>
85856  </ul>
85857  </nav>
```

```
85858  </div>
85859  </section>
85860  </div>
85861  </div>
85862  </div></li>
85863  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/childrens-art-project.html">Children's
       Art Project</a></li>
85864  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html">Donate
    …  Goods or Services</a>
85865  <div class="subnav-mask">
85866  <div class="subnav-wrapper">
85867  <div class="subnav col10 pad">
85868  <section class="nested">
85869  <div class="col4 main-column">
85870  <nav class="secondary">
85871  <ul>
85872  <li class="mobile-nav-back"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
    …  aria-label="Back to Donate Goods or Services">Donate Goods or Services</a></li>
85873  <li class="primary-nav-item">
85874  <a href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
    …  aria-label="Donate Goods or Services Home">Donate Goods or Services Home</a></li>
85875  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
    …  project.html">Ovarian Quilt Project</a>
85876  <div class="subnav-mask">
85877  <div class="subnav-wrapper">
85878  <div class="subnav col10 pad">
85879  <section class="nested">
85880  <div class="col4 main-column">
85881  <nav class="secondary">
85882  <ul>
85883  <li class="mobile-nav-back"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
    …  project.html" aria-label="Back to Ovarian Quilt Project">Ovarian Quilt
    …  Project</a></li>
85884  <li class="primary-nav-item">
85885  <a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
    …  project.html" aria-label="Ovarian Quilt Project Home">Ovarian Quilt Project
    …  Home</a></li>
85886  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
    …  project/create-a-quilt.html">Create a Quilt</a></li>
85887  <li class="primary-nav-item"><a
    …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
    …  project/partnering-shops.html">Partnering Shops</a></li>
85888  </ul>
85889  </nav>
85890  </div>
85891  </section>
85892  </div>
85893  </div>
85894  </div></li>
85895  </ul>
85896  </nav>
85897  </div>
85898  </section>
85899  </div>
85900  </div>
85901  </div></li>
85902  <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/other-ways-to-help/attend-events.html">Attend Events</a>
85903  <div class="subnav-mask">
85904  <div class="subnav-wrapper">
85905  <div class="subnav col10 pad">
```

```
85906 <section class="nested">
85907 <div class="col4 main-column">
85908 <nav class="secondary">
85909 <ul>
85910 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Back to
    … Attend Events">Attend Events</a></li>
85911 <li class="primary-nav-item">
85912 <a href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Attend
    … Events Home">Attend Events Home</a></li>
85913 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/polo-on-the-prairie.html">
    … Polo on the Prairie</a></li>
85914 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html">SCOPE Run for Colorectal Cancer</a>
85915 <div class="subnav-mask">
85916 <div class="subnav-wrapper">
85917 <div class="subnav col10 pad">
85918 <section class="nested">
85919 <div class="col4 main-column">
85920 <nav class="secondary">
85921 <ul>
85922 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html" aria-label="Back to SCOPE Run for Colorectal Cancer">SCOPE Run for
    … Colorectal Cancer</a></li>
85923 <li class="primary-nav-item">
85924 <a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html" aria-label="SCOPE Run for Colorectal Cancer Home">SCOPE Run for
    … Colorectal Cancer Home</a></li>
85925 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer/race-day.html">Race Day</a></li>
85926 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer/donate-to-scope.html">Donate to SCOPE</a></li>
85927 </ul>
85928 </nav>
85929 </div>
85930 </section>
85931 </div>
85932 </div>
85933 </div></li>
85934 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html">
    … Sprint for Life</a>
85935 <div class="subnav-mask">
85936 <div class="subnav-wrapper">
85937 <div class="subnav col10 pad">
85938 <section class="nested">
85939 <div class="col4 main-column">
85940 <nav class="secondary">
85941 <ul>
85942 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
    … aria-label="Back to Sprint for Life">Sprint for Life</a></li>
85943 <li class="primary-nav-item">
85944 <a href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
    … aria-label="Sprint for Life Home">Sprint for Life Home</a></li>
85945 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
    … registration.html">Registration</a></li>
85946 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/be-a-
    … sponsor.html">Be a Sponsor</a></li>
85947 <li class="primary-nav-item"><a
```

```
85947…  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
  …     volunteering.html">Volunteering</a></li>
85948  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/awardees.
  …     html">Awardees</a></li>
85949  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
  …     awards.html">Race Day Awards</a></li>
85950  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/donate.html
  …     ">Donate</a></li>
85951  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
  …     instructions.html">Race Day Instructions</a></li>
85952  </ul>
85953  </nav>
85954  </div>
85955  </section>
85956  </div>
85957  </div>
85958  </div></li>
85959  </ul>
85960  </nav>
85961  </div>
85962  </section>
85963  </div>
85964  </div>
85965  </div></li>
85966  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/other-ways-to-help/cord-blood-bank.html">Cord Blood
  …     Bank</a></li>
85967  </ul>
85968  </nav>
85969  </div>
85970  </section>
85971  </div>
85972  </div>
85973  </div></li>
85974  <li class="primary-nav-item has-subnav"><a
  …     href="/donors-volunteers/corporate-alliances.html">Corporate Alliances</a>
85975  <div class="subnav-mask">
85976  <div class="subnav-wrapper">
85977  <div class="subnav col10 pad">
85978  <section class="nested">
85979  <div class="col4 main-column">
85980  <nav class="secondary">
85981  <ul>
85982  <li class="mobile-nav-back"><a href="/donors-volunteers/corporate-alliances.html"
  …     aria-label="Back to Corporate Alliances">Corporate Alliances</a></li>
85983  <li class="primary-nav-item">
85984  <a href="/donors-volunteers/corporate-alliances.html" aria-label="Corporate Alliances
  …     Home">Corporate Alliances Home</a></li>
85985  <li class="primary-nav-item"><a
  …     href="/donors-volunteers/corporate-alliances/current-alliances.html">Current
  …     Alliances</a></li>
85986  </ul>
85987  </nav>
85988  </div>
85989  </section>
85990  </div>
85991  </div>
85992  </div></li>
85993  </ul>
85994  </li>
85995  <li class="topnav-list-item"><a href="/for-physicians.html"
  …     data-primary-nav="nav_for_physicians">For Physicians</a>
85996  <ul class="primary-nav-list" id="nav-index">
85997  <li class="primary-nav-item"><a href="/for-physicians.html">For Physicians
```

Page 2597

```
85997… Home</a></li>
85998 <li class="primary-nav-item has-subnav"><a
…     href="/for-physicians/refer-a-patient.html">Refer a Patient</a>
85999 <div class="subnav-mask">
86000 <div class="subnav-wrapper">
86001 <div class="subnav col10 pad">
86002 <section class="nested">
86003 <div class="col4 main-column">
86004 <nav class="secondary">
86005 <ul>
86006 <li class="mobile-nav-back"><a href="/for-physicians/refer-a-patient.html"
…     aria-label="Back to Refer a Patient">Refer a Patient</a></li>
86007 <li class="primary-nav-item">
86008 <a href="/for-physicians/refer-a-patient.html" aria-label="Refer a Patient
…     Home">Refer a Patient Home</a></li>
86009 <li class="primary-nav-item"><a
…     href="/for-physicians/refer-a-patient/mymdanderson-for-physicians.html">myMDAnderson
…     for Physicians</a></li>
86010 <li class="primary-nav-item"><a
…     href="/for-physicians/refer-a-patient/insurance-information.html">Insurance
…     Information</a></li>
86011 <li class="primary-nav-item"><a
…     href="/for-physicians/refer-a-patient/international-referrals.html">International
…     Referrals</a></li>
86012 <li class="primary-nav-item"><a
…     href="/for-physicians/refer-a-patient/physician-access-center.html">Physician Access
…     Center</a></li>
86013 <li class="primary-nav-item"><a
…     href="/for-physicians/refer-a-patient/second-opinion-pathology.html">Second Opinion
…     Pathology</a></li>
86014 </ul>
86015 </nav>
86016 </div>
86017 </section>
86018 </div>
86019 </div>
86020 </div></li>
86021 <li class="primary-nav-item"><a href="/for-physicians/clinical-trials.html">Clinical
…     Trials</a></li>
86022 <li class="primary-nav-item has-subnav"><a
…     href="/for-physicians/connect-with-us.html">Connect with Us</a>
86023 <div class="subnav-mask">
86024 <div class="subnav-wrapper">
86025 <div class="subnav col10 pad">
86026 <section class="nested">
86027 <div class="col4 main-column">
86028 <nav class="secondary">
86029 <ul>
86030 <li class="mobile-nav-back"><a href="/for-physicians/connect-with-us.html"
…     aria-label="Back to Connect with Us">Connect with Us</a></li>
86031 <li class="primary-nav-item">
86032 <a href="/for-physicians/connect-with-us.html" aria-label="Connect with Us
…     Home">Connect with Us Home</a></li>
86033 <li class="primary-nav-item"><a
…     href="/for-physicians/connect-with-us/physician-advisory-board.html">Physician
…     Advisory Board</a></li>
86034 <li class="primary-nav-item"><a
…     href="/for-physicians/connect-with-us/physician-liaisons.html">Physician Liaison
…     Program</a></li>
86035 </ul>
86036 </nav>
86037 </div>
86038 </section>
86039 </div>
86040 </div>
86041 </div></li>
86042 <li class="primary-nav-item has-subnav"><a
…     href="/for-physicians/clinical-tools-resources.html">Clinical Tools &amp;
```

```
86042… Resources</a>
86043 <div class="subnav-mask">
86044 <div class="subnav-wrapper">
86045 <div class="subnav col10 pad">
86046 <section class="nested">
86047 <div class="col4 main-column">
86048 <nav class="secondary">
86049 <ul>
86050 <li class="mobile-nav-back"><a href="/for-physicians/clinical-tools-resources.html"
    … aria-label="Back to Clinical Tools &amp; Resources">Clinical Tools &amp;
    … Resources</a></li>
86051 <li class="primary-nav-item">
86052 <a href="/for-physicians/clinical-tools-resources.html" aria-label="Clinical Tools
    … &amp; Resources Home">Clinical Tools &amp; Resources Home</a></li>
86053 <li class="primary-nav-item has-subnav"><a
    … href="/for-physicians/clinical-tools-resources/clinical-calculators.html">Clinical
    … Calculators</a>
86054 <div class="subnav-mask">
86055 <div class="subnav-wrapper">
86056 <div class="subnav col10 pad">
86057 <section class="nested">
86058 <div class="col4 main-column">
86059 <nav class="secondary">
86060 <ul>
86061 <li class="mobile-nav-back"><a
    … href="/for-physicians/clinical-tools-resources/clinical-calculators.html"
    … aria-label="Back to Clinical Calculators">Clinical Calculators</a></li>
86062 <li class="primary-nav-item">
86063 <a href="/for-physicians/clinical-tools-resources/clinical-calculators.html"
    … aria-label="Clinical Calculators Home">Clinical Calculators Home</a></li>
86064 <li class="primary-nav-item"><a
    … href="/for-physicians/clinical-tools-resources/clinical-calculators/residual-cancer-
    … burden.html">Residual Cancer Burden</a></li>
86065 </ul>
86066 </nav>
86067 </div>
86068 </section>
86069 </div>
86070 </div>
86071 </div></li>
86072 <li class="primary-nav-item has-subnav"><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html">
    … Clinical Practice Algorithms</a>
86073 <div class="subnav-mask">
86074 <div class="subnav-wrapper">
86075 <div class="subnav col10 pad">
86076 <section class="nested">
86077 <div class="col4 main-column">
86078 <nav class="secondary">
86079 <ul>
86080 <li class="mobile-nav-back"><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html"
    … aria-label="Back to Clinical Practice Algorithms ">Clinical Practice
    … Algorithms</a></li>
86081 <li class="primary-nav-item">
86082 <a href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html"
    … aria-label="Clinical Practice Algorithms  Home">Clinical Practice Algorithms
    … Home</a></li>
86083 <li class="primary-nav-item"><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/
    … survivorship-algorithms.html">Cancer Survivorship Algorithms</a></li>
86084 <li class="primary-nav-item"><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/clinical-
    … management-algorithms.html">Clinical Management Algorithms</a></li>
86085 <li class="primary-nav-item"><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/cancer-
    … screening-algorithms.html">Cancer Screening Algorithms</a></li>
86086 <li class="primary-nav-item"><a
```

```
86086… href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms/cancer-
…     treatment-algorithms.html">Cancer Treatment Algorithms</a></li>
86087 </ul>
86088 </nav>
86089 </div>
86090 </section>
86091 </div>
86092 </div>
86093 </div></li>
86094 </ul>
86095 </nav>
86096 </div>
86097 </section>
86098 </div>
86099 </div>
86100 </div></li>
86101 <li class="primary-nav-item has-subnav"><a
…     href="/for-physicians/physicians-network.html">Physicians Network</a>
86102 <div class="subnav-mask">
86103 <div class="subnav-wrapper">
86104 <div class="subnav col10 pad">
86105 <section class="nested">
86106 <div class="col4 main-column">
86107 <nav class="secondary">
86108 <ul>
86109 <li class="mobile-nav-back"><a href="/for-physicians/physicians-network.html"
…     aria-label="Back to Physicians Network">Physicians Network</a></li>
86110 <li class="primary-nav-item">
86111 <a href="/for-physicians/physicians-network.html" aria-label="Physicians Network
…     Home">Physicians Network Home</a></li>
86112 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/products.html">Products</a></li>
86113 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/leadership.html">Leadership</a></li>
86114 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/employer-contracts.html">Employer
…     Contracts</a></li>
86115 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/network-providers.html">Network
…     Providers</a></li>
86116 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/education.html">Education</a></li>
86117 <li class="primary-nav-item has-subnav"><a
…     href="/for-physicians/physicians-network/for-professionals.html">For
…     Professionals</a>
86118 <div class="subnav-mask">
86119 <div class="subnav-wrapper">
86120 <div class="subnav col10 pad">
86121 <section class="nested">
86122 <div class="col4 main-column">
86123 <nav class="secondary">
86124 <ul>
86125 <li class="mobile-nav-back"><a
…     href="/for-physicians/physicians-network/for-professionals.html" aria-label="Back to
…     For Professionals">For Professionals</a></li>
86126 <li class="primary-nav-item">
86127 <a href="/for-physicians/physicians-network/for-professionals.html" aria-label="For
…     Professionals Home">For Professionals Home</a></li>
86128 <li class="primary-nav-item"><a
…     href="/for-physicians/physicians-network/for-professionals/observations.html">
…     Observation</a></li>
86129 </ul>
86130 </nav>
86131 </div>
86132 </section>
86133 </div>
86134 </div>
86135 </div></li>
```

```
86136  <li class="primary-nav-item"><a
   …   href="/for-physicians/physicians-network/prospective-members.html">Prospective
   …   Members</a></li>
86137  <li class="primary-nav-item"><a
   …   href="/for-physicians/physicians-network/for-patients.html">For Patients</a></li>
86138  <li class="primary-nav-item"><a
   …   href="/for-physicians/physicians-network/peer-to-peer-consultation.html">Physicians
   …   Peer-to-Peer Consultation Program</a></li>
86139  </ul>
86140  </nav>
86141  </div>
86142  </section>
86143  </div>
86144  </div>
86145  </div></li>
86146  </ul>
86147  </li>
86148  <li class="topnav-list-item"><a href="/about-md-anderson.html"
   …   data-primary-nav="nav_about-md-anderson">About MD Anderson</a>
86149  <ul class="primary-nav-list" id="nav-index">
86150  <li class="primary-nav-item"><a href="/about-md-anderson.html">About MD Anderson
   …   Home</a></li>
86151  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/facts-history.html">Facts &amp; History</a>
86152  <div class="subnav-mask">
86153  <div class="subnav-wrapper">
86154  <div class="subnav col10 pad">
86155  <section class="nested">
86156  <div class="col4 main-column">
86157  <nav class="secondary">
86158  <ul>
86159  <li class="mobile-nav-back"><a href="/about-md-anderson/facts-history.html"
   …   aria-label="Back to Facts &amp; History">Facts &amp; History</a></li>
86160  <li class="primary-nav-item">
86161  <a href="/about-md-anderson/facts-history.html" aria-label="Facts &amp; History
   …   Home">Facts &amp; History Home</a></li>
86162  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/shared-governance-committee.html">Shared
   …   Governance Committee</a></li>
86163  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/president-ronald-depinho.html">President
   …   Ronald DePinho, M.D.</a></li>
86164  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/facts-history/institutional-profile.html">Institutional
   …   Profile</a>
86165  <div class="subnav-mask">
86166  <div class="subnav-wrapper">
86167  <div class="subnav col10 pad">
86168  <section class="nested">
86169  <div class="col4 main-column">
86170  <nav class="secondary">
86171  <ul>
86172  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/facts-history/institutional-profile.html" aria-label="Back
   …   to Institutional Profile">Institutional Profile</a></li>
86173  <li class="primary-nav-item">
86174  <a href="/about-md-anderson/facts-history/institutional-profile.html"
   …   aria-label="Institutional Profile Home">Institutional Profile Home</a></li>
86175  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/facts-history/institutional-profile/us-news-and-world-report
   …   -best-hospitals.html">U.S. News &amp; World Report's Best Hospitals</a></li>
86176  </ul>
86177  </nav>
86178  </div>
86179  </section>
86180  </div>
86181  </div>
86182  </div></li>
```

```
86183  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/moon-shots-program.html">Moon Shots
  …    Program</a></li>
86184  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/joint-commission-survey.html">Joint Commission
  …    Survey</a></li>
86185  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/who-was-md-anderson.html">Who Was MD
  …    Anderson</a></li>
86186  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/past-presidents.html">Past Presidents</a></li>
86187  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/u-t-system-reports.html">Reports to the
  …    State</a></li>
86188  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/facts-history/emergency-alert.html">Emergency Alert</a>
86189  <div class="subnav-mask">
86190  <div class="subnav-wrapper">
86191  <div class="subnav col10 pad">
86192  <section class="nested">
86193  <div class="col4 main-column">
86194  <nav class="secondary">
86195  <ul>
86196  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Back to
  …    Emergency Alert">Emergency Alert</a></li>
86197  <li class="primary-nav-item">
86198  <a href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Emergency
  …    Alert Home">Emergency Alert Home</a></li>
86199  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/facts-history/emergency-alert/operational-status-indicators.
  …    html">Operational Status Indicators</a></li>
86200  </ul>
86201  </nav>
86202  </div>
86203  </section>
86204  </div>
86205  </div>
86206  </div></li>
86207  </ul>
86208  </nav>
86209  </div>
86210  </section>
86211  </div>
86212  </div>
86213  </div></li>
86214  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/our-locations.html">Our Locations</a>
86215  <div class="subnav-mask">
86216  <div class="subnav-wrapper">
86217  <div class="subnav col10 pad">
86218  <section class="nested">
86219  <div class="col4 main-column">
86220  <nav class="secondary">
86221  <ul>
86222  <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations.html"
  …    aria-label="Back to Our Locations">Our Locations</a></li>
86223  <li class="primary-nav-item">
86224  <a href="/about-md-anderson/our-locations.html" aria-label="Our Locations Home">Our
  …    Locations Home</a></li>
86225  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/our-locations/texas-medical-center.html">Texas Medical
  …    Center</a>
86226  <div class="subnav-mask">
86227  <div class="subnav-wrapper">
86228  <div class="subnav col10 pad">
86229  <section class="nested">
86230  <div class="col4 main-column">
```

```
86231 <nav class="secondary">
86232 <ul>
86233 <li class="mobile-nav-back"><a
  … href="/about-md-anderson/our-locations/texas-medical-center.html" aria-label="Back to
  … Texas Medical Center">Texas Medical Center</a></li>
86234 <li class="primary-nav-item">
86235 <a href="/about-md-anderson/our-locations/texas-medical-center.html"
  … aria-label="Texas Medical Center Home">Texas Medical Center Home</a></li>
86236 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/driving-directions.html">
  … Driving Directions to MD Anderson</a></li>
86237 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/parking.html">Parking</a>
  … </li>
86238 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/maps-wayfinding.html">
  … Maps &amp; Wayfinding</a></li>
86239 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/texas-medical-center/transportation.html">
  … Transportation</a></li>
86240 </ul>
86241 </nav>
86242 </div>
86243 </section>
86244 </div>
86245 </div>
86246 </div></li>
86247 <li class="primary-nav-item has-subnav"><a
  … href="/about-md-anderson/our-locations/bay-area.html">MD Anderson in Bay Area</a>
86248 <div class="subnav-mask">
86249 <div class="subnav-wrapper">
86250 <div class="subnav col10 pad">
86251 <section class="nested">
86252 <div class="col4 main-column">
86253 <nav class="secondary">
86254 <ul>
86255 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/bay-area.html"
  … aria-label="Back to MD Anderson in Bay Area">MD Anderson in Bay Area</a></li>
86256 <li class="primary-nav-item">
86257 <a href="/about-md-anderson/our-locations/bay-area.html" aria-label="MD Anderson in
  … Bay Area Home">MD Anderson in Bay Area Home</a></li>
86258 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/bay-area/meet-our-team.html">Meet Our
  … Team</a></li>
86259 </ul>
86260 </nav>
86261 </div>
86262 </section>
86263 </div>
86264 </div>
86265 </div></li>
86266 <li class="primary-nav-item has-subnav"><a
  … href="/about-md-anderson/our-locations/katy.html">MD Anderson in Katy</a>
86267 <div class="subnav-mask">
86268 <div class="subnav-wrapper">
86269 <div class="subnav col10 pad">
86270 <section class="nested">
86271 <div class="col4 main-column">
86272 <nav class="secondary">
86273 <ul>
86274 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/katy.html"
  … aria-label="Back to MD Anderson in Katy">MD Anderson in Katy</a></li>
86275 <li class="primary-nav-item">
86276 <a href="/about-md-anderson/our-locations/katy.html" aria-label="MD Anderson in Katy
  … Home">MD Anderson in Katy Home</a></li>
86277 <li class="primary-nav-item"><a
  … href="/about-md-anderson/our-locations/katy/meet-our-team.html">Meet Our
  … Team</a></li>
```

```
86278 </ul>
86279 </nav>
86280 </div>
86281 </section>
86282 </div>
86283 </div>
86284 </div></li>
86285 <li class="primary-nav-item has-subnav"><a
   ... href="/about-md-anderson/our-locations/memorial-city.html">MD Anderson in Memorial
   ... City</a>
86286 <div class="subnav-mask">
86287 <div class="subnav-wrapper">
86288 <div class="subnav col10 pad">
86289 <section class="nested">
86290 <div class="col4 main-column">
86291 <nav class="secondary">
86292 <ul>
86293 <li class="mobile-nav-back"><a
   ... href="/about-md-anderson/our-locations/memorial-city.html" aria-label="Back to MD
   ... Anderson in Memorial City">MD Anderson in Memorial City</a></li>
86294 <li class="primary-nav-item">
86295 <a href="/about-md-anderson/our-locations/memorial-city.html" aria-label="MD Anderson
   ... in Memorial City Home">MD Anderson in Memorial City Home</a></li>
86296 <li class="primary-nav-item"><a
   ... href="/about-md-anderson/our-locations/memorial-city/meet-our-team.html">Meet Our
   ... Team</a></li>
86297 </ul>
86298 </nav>
86299 </div>
86300 </section>
86301 </div>
86302 </div>
86303 </div></li>
86304 <li class="primary-nav-item has-subnav"><a
   ... href="/about-md-anderson/our-locations/sugar-land.html">MD Anderson in Sugar Land</a>
86305 <div class="subnav-mask">
86306 <div class="subnav-wrapper">
86307 <div class="subnav col10 pad">
86308 <section class="nested">
86309 <div class="col4 main-column">
86310 <nav class="secondary">
86311 <ul>
86312 <li class="mobile-nav-back"><a
   ... href="/about-md-anderson/our-locations/sugar-land.html" aria-label="Back to MD
   ... Anderson in Sugar Land">MD Anderson in Sugar Land</a></li>
86313 <li class="primary-nav-item">
86314 <a href="/about-md-anderson/our-locations/sugar-land.html" aria-label="MD Anderson in
   ... Sugar Land Home">MD Anderson in Sugar Land Home</a></li>
86315 <li class="primary-nav-item"><a
   ... href="/about-md-anderson/our-locations/sugar-land/meet-our-team.html">Meet Our
   ... Team</a></li>
86316 </ul>
86317 </nav>
86318 </div>
86319 </section>
86320 </div>
86321 </div>
86322 </div></li>
86323 <li class="primary-nav-item has-subnav"><a
   ... href="/about-md-anderson/our-locations/the-woodlands.html">MD Anderson in The
   ... Woodlands</a>
86324 <div class="subnav-mask">
86325 <div class="subnav-wrapper">
86326 <div class="subnav col10 pad">
86327 <section class="nested">
86328 <div class="col4 main-column">
86329 <nav class="secondary">
86330 <ul>
```

```
86331  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="Back to MD
   …   Anderson in The Woodlands">MD Anderson in The Woodlands</a></li>
86332  <li class="primary-nav-item">
86333  <a href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="MD Anderson
   …   in The Woodlands Home">MD Anderson in The Woodlands Home</a></li>
86334  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/the-woodlands/meet-our-team.html">Meet Our
   …   Team</a></li>
86335  </ul>
86336  </nav>
86337  </div>
86338  </section>
86339  </div>
86340  </div>
86341  </div></li>
86342  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/md-anderson-at-cooper.html">MD Anderson at
   …   Cooper</a></li>
86343  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/diagnostic-imaging-clinics.html">Diagnostic
   …   Imaging</a></li>
86344  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/our-locations/md-anderson-cancer-network.html">MD Anderson
   …   Cancer Network</a>
86345  <div class="subnav-mask">
86346  <div class="subnav-wrapper">
86347  <div class="subnav col10 pad">
86348  <section class="nested">
86349  <div class="col4 main-column">
86350  <nav class="secondary">
86351  <ul>
86352  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
   …   aria-label="Back to MD Anderson Cancer Network">MD Anderson Cancer Network</a></li>
86353  <li class="primary-nav-item">
86354  <a href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
   …   aria-label="MD Anderson Cancer Network Home">MD Anderson Cancer Network Home</a></li>
86355  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/md-anderson-cancer-network/network-members.
   …   html">Network Members</a></li>
86356  </ul>
86357  </nav>
86358  </div>
86359  </section>
86360  </div>
86361  </div>
86362  </div></li>
86363  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/our-locations/etour.html">eTour</a></li>
86364  </ul>
86365  </nav>
86366  </div>
86367  </section>
86368  </div>
86369  </div>
86370  </div></li>
86371  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/contact-us.html">Contact Us</a>
86372  <div class="subnav-mask">
86373  <div class="subnav-wrapper">
86374  <div class="subnav col10 pad">
86375  <section class="nested">
86376  <div class="col4 main-column">
86377  <nav class="secondary">
86378  <ul>
86379  <li class="mobile-nav-back"><a href="/about-md-anderson/contact-us.html"
   …   aria-label="Back to Contact Us">Contact Us</a></li>
```

```
86380  <li class="primary-nav-item">
86381  <a href="/about-md-anderson/contact-us.html" aria-label="Contact Us Home">Contact Us
   …   Home</a></li>
86382  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/contact-us/askmdanderson.html">askMDAnderson</a></li>
86383  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/contact-us/social-media.html">Social Media</a></li>
86384  </ul>
86385  </nav>
86386  </div>
86387  </section>
86388  </div>
86389  </div>
86390  </div></li>
86391  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers.html">Careers</a>
86392  <div class="subnav-mask">
86393  <div class="subnav-wrapper">
86394  <div class="subnav col10 pad">
86395  <section class="nested">
86396  <div class="col4 main-column">
86397  <nav class="secondary">
86398  <ul>
86399  <li class="mobile-nav-back"><a href="/about-md-anderson/careers.html"
   …   aria-label="Back to Careers">Careers</a></li>
86400  <li class="primary-nav-item">
86401  <a href="/about-md-anderson/careers.html" aria-label="Careers Home">Careers
   …   Home</a></li>
86402  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/career-opportunities.html">Career
   …   Opportunities</a></li>
86403  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html">Faculty Careers
   …   at MD Anderson</a>
86404  <div class="subnav-mask">
86405  <div class="subnav-wrapper">
86406  <div class="subnav col10 pad">
86407  <section class="nested">
86408  <div class="col4 main-column">
86409  <nav class="secondary">
86410  <ul>
86411  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
   …   aria-label="Back to Faculty Careers at MD Anderson">Faculty Careers at MD
   …   Anderson</a></li>
86412  <li class="primary-nav-item">
86413  <a href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
   …   aria-label="Faculty Careers at MD Anderson Home">Faculty Careers at MD Anderson
   …   Home</a></li>
86414  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/clinical-faculty-
   …   positions.html">Clinical Faculty Positions</a></li>
86415  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/research-faculty-
   …   positions.html">Research Faculty Positions</a></li>
86416  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-leadership-
   …   positions.html">Faculty Leadership Positions</a></li>
86417  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services.html">Faculty Support Services</a>
86418  <div class="subnav-mask">
86419  <div class="subnav-wrapper">
86420  <div class="subnav col10 pad">
86421  <section class="nested">
86422  <div class="col4 main-column">
86423  <nav class="secondary">
86424  <ul>
```

```
86425  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services.html" aria-label="Back to Faculty Support Services">Faculty Support
   …   Services</a></li>
86426  <li class="primary-nav-item">
86427  <a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services.html" aria-label="Faculty Support Services Home">Faculty Support Services
   …   Home</a></li>
86428  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/faculty-assistance-program.html">Faculty Assistance Program</a></li>
86429  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/faculty-health-well-being.html">Faculty Health &amp; Well-Being</a></li>
86430  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html">Women &amp; Minority Faculty
   …   Inclusion</a>
86431  <div class="subnav-mask">
86432  <div class="subnav-wrapper">
86433  <div class="subnav col10 pad">
86434  <section class="nested">
86435  <div class="col4 main-column">
86436  <nav class="secondary">
86437  <ul>
86438  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html" aria-label="Back to Women &amp;
   …   Minority Faculty Inclusion">Women &amp; Minority Faculty Inclusion</a></li>
86439  <li class="primary-nav-item">
86440  <a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion.html" aria-label="Women &amp; Minority
   …   Faculty Inclusion Home">Women &amp; Minority Faculty Inclusion Home</a></li>
86441  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/provost-protege-program.html">Provost
   …   Protege Program</a></li>
86442  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/programs-events.html">Programs &amp;
   …   Events</a></li>
86443  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/resources.html">Resources</a></li>
86444  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/contact-us.html">Contact Us</a></li>
86445  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services/women-minority-faculty-inclusion/spotlight.html">Spotlight</a></li>
86446  </ul>
86447  </nav>
86448  </div>
86449  </section>
86450  </div>
86451  </div>
86452  </div></li>
86453  </ul>
86454  </nav>
86455  </div>
86456  </section>
86457  </div>
86458  </div>
86459  </div></li>
86460  </ul>
86461  </nav>
```

```
86462  </div>
86463  </section>
86464  </div>
86465  </div>
86466  </div></li>
86467  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/executive-administration.html">Executive
   …   Administration</a></li>
86468  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/professional-student-nurse-extern-program.html">
   …   Professional Student Nurse Extern Program</a></li>
86469  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/how-to-apply.html">How to Apply</a></li>
86470  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/benefits.html">Benefits</a></li>
86471  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/diversity-and-inclusion.html">Diversity and
   …   Inclusion</a></li>
86472  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/living-and-working-in-houston.html">Living and
   …   Working in Houston</a></li>
86473  </ul>
86474  </nav>
86475  </div>
86476  </section>
86477  </div>
86478  </div>
86479  </div></li>
86480  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/finding-your-way-around.html">Finding Your Way
   …   Around</a></li>
86481  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal.html">Business &amp; Legal</a>
86482  <div class="subnav-mask">
86483  <div class="subnav-wrapper">
86484  <div class="subnav col10 pad">
86485  <section class="nested">
86486  <div class="col4 main-column">
86487  <nav class="secondary">
86488  <ul>
86489  <li class="mobile-nav-back"><a href="/about-md-anderson/business-legal.html"
   …   aria-label="Back to Business &amp; Legal">Business &amp; Legal</a></li>
86490  <li class="primary-nav-item">
86491  <a href="/about-md-anderson/business-legal.html" aria-label="Business &amp; Legal
   …   Home">Business &amp; Legal Home</a></li>
86492  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/legal-and-policy.html">Legal and Policy</a>
86493  <div class="subnav-mask">
86494  <div class="subnav-wrapper">
86495  <div class="subnav col10 pad">
86496  <section class="nested">
86497  <div class="col4 main-column">
86498  <nav class="secondary">
86499  <ul>
86500  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Back to
   …   Legal and Policy">Legal and Policy</a></li>
86501  <li class="primary-nav-item">
86502  <a href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Legal
   …   and Policy Home">Legal and Policy Home</a></li>
86503  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html">Legal
   …   Statements</a>
86504  <div class="subnav-mask">
86505  <div class="subnav-wrapper">
86506  <div class="subnav col10 pad">
86507  <section class="nested">
86508  <div class="col4 main-column">
```

```
86509  <nav class="secondary">
86510  <ul>
86511  <li class="mobile-nav-back"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
    …  aria-label="Back to Legal Statements">Legal Statements</a></li>
86512  <li class="primary-nav-item">
86513  <a href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
    …  aria-label="Legal Statements Home">Legal Statements Home</a></li>
86514  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/public-
    …  information-act.html">Public Information Act</a></li>
86515  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/notice-of-
    …  privacy-practices.html">Notice of Privacy Practices</a></li>
86516  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/aviso-
    …  conjunto-de-practicas-de-privacidad.html">Aviso Conjunto de Prácticas de
    …  Privacidad</a></li>
86517  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/electronic-
    …  disclosure-of-phi.html">Electronic Disclosure of PHI</a></li>
86518  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/digital-
    …  millennium-copyright-act.html">Digital Millennium Copyright Act</a></li>
86519  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/equal-
    …  employment-opportunity.html">Equal Employment Opportunity</a></li>
86520  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/contacting-
    …  an-employee.html">Personal Contracts with MD Anderson Employees</a></li>
86521  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/concealed-
    …  handguns-on-campus.html">Concealed Handguns on Campus</a></li>
86522  </ul>
86523  </nav>
86524  </div>
86525  </section>
86526  </div>
86527  </div>
86528  </div></li>
86529  <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html">Site
    …  Policies</a>
86530  <div class="subnav-mask">
86531  <div class="subnav-wrapper">
86532  <div class="subnav col10 pad">
86533  <section class="nested">
86534  <div class="col4 main-column">
86535  <nav class="secondary">
86536  <ul>
86537  <li class="mobile-nav-back"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
    …  aria-label="Back to Site Policies">Site Policies</a></li>
86538  <li class="primary-nav-item">
86539  <a href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
    …  aria-label="Site Policies Home">Site Policies Home</a></li>
86540  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/privacy-policy
    …  .html">Privacy Policy</a></li>
86541  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/accessibility-
    …  policy.html">Accessibility Policy</a></li>
86542  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/link-policy.
    …  html">Link Policy</a></li>
86543  <li class="primary-nav-item"><a
    …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/blog-terms-of-
    …  use.html">Blog Terms of Use</a></li>
```

```
86544  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/legal-and-policy/site-policies/community-
  …    guidelines.html">Community Guidelines</a></li>
86545  </ul>
86546  </nav>
86547  </div>
86548  </section>
86549  </div>
86550  </div>
86551  </div></li>
86552  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/legal-and-policy/reporting-fraud-waste-abuse.
  …    html">Reporting Fraud Waste &amp; Abuse</a></li>
86553  </ul>
86554  </nav>
86555  </div>
86556  </section>
86557  </div>
86558  </div>
86559  </div></li>
86560  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/conflict-of-interest.html">Conflict of
  …    Interest</a>
86561  <div class="subnav-mask">
86562  <div class="subnav-wrapper">
86563  <div class="subnav col10 pad">
86564  <section class="nested">
86565  <div class="col4 main-column">
86566  <nav class="secondary">
86567  <ul>
86568  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/business-legal/conflict-of-interest.html" aria-label="Back
  …    to Conflict of Interest">Conflict of Interest</a></li>
86569  <li class="primary-nav-item"><a
86570  <a href="/about-md-anderson/business-legal/conflict-of-interest.html"
  …    aria-label="Conflict of Interest Home">Conflict of Interest Home</a></li>
86571  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/conflict-of-interest/faculty-with-outside-
  …    business-interests.html">Faculty with Outside Business Interests</a></li>
86572  </ul>
86573  </nav>
86574  </div>
86575  </section>
86576  </div>
86577  </div>
86578  </div></li>
86579  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/business-legal/compliance-program.html">Compliance
  …    Program</a>
86580  <div class="subnav-mask">
86581  <div class="subnav-wrapper">
86582  <div class="subnav col10 pad">
86583  <section class="nested">
86584  <div class="col4 main-column">
86585  <nav class="secondary">
86586  <ul>
86587  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/business-legal/compliance-program.html" aria-label="Back to
  …    Compliance Program">Compliance Program</a></li>
86588  <li class="primary-nav-item">
86589  <a href="/about-md-anderson/business-legal/compliance-program.html"
  …    aria-label="Compliance Program Home">Compliance Program Home</a></li>
86590  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/compliance-program/compliance-officer-and-
  …    committees.html">Compliance Officer and Committees</a></li>
86591  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/compliance-program/detecting-and-addressing-
  …    compliance-concerns.html">Detecting and Addressing Compliance Concerns</a></li>
```

```
86592  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/compliance-program/handbook-of-operating-
   …   procedures.html">Handbook of Operating Procedures</a></li>
86593  </ul>
86594  </nav>
86595  </div>
86596  </section>
86597  </div>
86598  </div>
86599  </div></li>
86600  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/doing-business.html">Doing Business</a>
86601  <div class="subnav-mask">
86602  <div class="subnav-wrapper">
86603  <div class="subnav col10 pad">
86604  <section class="nested">
86605  <div class="col4 main-column">
86606  <nav class="secondary">
86607  <ul>
86608  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/business-legal/doing-business.html" aria-label="Back to
   …   Doing Business">Doing Business</a></li>
86609  <li class="primary-nav-item">
86610  <a href="/about-md-anderson/business-legal/doing-business.html" aria-label="Doing
   …   Business Home">Doing Business Home</a></li>
86611  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …   html">Strategic Industry Ventures</a>
86612  <div class="subnav-mask">
86613  <div class="subnav-wrapper">
86614  <div class="subnav col10 pad">
86615  <section class="nested">
86616  <div class="col4 main-column">
86617  <nav class="secondary">
86618  <ul>
86619  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …   html" aria-label="Back to Strategic Industry Ventures">Strategic Industry
   …   Ventures</a></li>
86620  <li class="primary-nav-item">
86621  <a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …   html" aria-label="Strategic Industry Ventures Home">Strategic Industry Ventures
   …   Home</a></li>
86622  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …   about-us.html">About Us</a></li>
86623  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …   alliances-and-partnerships1.html">Alliances and Partnerships</a></li>
86624  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …   start-up-companies.html">Start-up Companies</a></li>
86625  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …   office-of-technology-and-commercialization.html">Office of Technology
   …   Commercialization</a></li>
86626  </ul>
86627  </nav>
86628  </div>
86629  </section>
86630  </div>
86631  </div>
86632  </div></li>
86633  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html">
   …   Vendors and Suppliers</a>
86634  <div class="subnav-mask">
```

```
86635  <div class="subnav-wrapper">
86636  <div class="subnav col10 pad">
86637  <section class="nested">
86638  <div class="col4 main-column">
86639  <nav class="secondary">
86640  <ul>
86641  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
   …   aria-label="Back to Vendors and Suppliers">Vendors and Suppliers</a></li>
86642  <li class="primary-nav-item">
86643  <a href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
   …   aria-label="Vendors and Suppliers Home">Vendors and Suppliers Home</a></li>
86644  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/terms-
   …   and-conditions.html">Terms and Conditions</a></li>
86645  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/current-
   …   bids.html">Current Bids</a></li>
86646  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/contact-
   …   information.html">Contact Information</a></li>
86647  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/hub-
   …   small-business-program.html">HUB &amp; Small Business Program</a></li>
86648  </ul>
86649  </nav>
86650  </div>
86651  </section>
86652  </div>
86653  </div>
86654  </div></li>
86655  </ul>
86656  </nav>
86657  </div>
86658  </section>
86659  </div>
86660  </div>
86661  </div></li>
86662  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/code-of-ethics.html">Code of Ethics</a></li>
86663  <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy.html">Office of
   …   Health Policy</a>
86664  <div class="subnav-mask">
86665  <div class="subnav-wrapper">
86666  <div class="subnav col10 pad">
86667  <section class="nested">
86668  <div class="col4 main-column">
86669  <nav class="secondary">
86670  <ul>
86671  <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy.html"
   …   aria-label="Back to Office of Health Policy">Office of Health Policy</a></li>
86672  <li class="primary-nav-item">
86673  <a href="/about-md-anderson/business-legal/office-of-health-policy.html"
   …   aria-label="Office of Health Policy Home">Office of Health Policy Home</a></li>
86674  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy/fit-flu-program.html"
   …   >FIT-Flu Program</a></li>
86675  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy/project-valet.html">
   …   Project VALET</a></li>
86676  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy/medicaid-1115-waiver.
   …   html">Medicaid 1115 Waiver</a></li>
86677  <li class="primary-nav-item"><a
   …   href="/about-md-anderson/business-legal/office-of-health-policy/uncompensated-care-
   …   program.html">Uncompensated Care Program</a></li>
```

```
86678  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/grant-opportunities.
  …    html">Grant Opportunities</a></li>
86679  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/business-legal/office-of-health-policy/contact-information.
  …    html">Contact Information</a></li>
86680  </ul>
86681  </nav>
86682  </div>
86683  </section>
86684  </div>
86685  </div>
86686  </div></li>
86687  </ul>
86688  </nav>
86689  </div>
86690  </section>
86691  </div>
86692  </div>
86693  </div></li>
86694  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/employee-resources.html">Employee Resources</a>
86695  <div class="subnav-mask">
86696  <div class="subnav-wrapper">
86697  <div class="subnav col10 pad">
86698  <section class="nested">
86699  <div class="col4 main-column">
86700  <nav class="secondary">
86701  <ul>
86702  <li class="mobile-nav-back"><a href="/about-md-anderson/employee-resources.html"
  …    aria-label="Back to Employee Resources">Employee Resources</a></li>
86703  <li class="primary-nav-item">
86704  <a href="/about-md-anderson/employee-resources.html" aria-label="Employee Resources
  …    Home">Employee Resources Home</a></li>
86705  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/anti-virus-software.html">Antivirus
  …    Software</a></li>
86706  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/box-cloud-storage.html">Box Cloud
  …    Storage</a></li>
86707  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/employee-benefits.html">Employee
  …    Benefits</a></li>
86708  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/employee-discounts.html">Employee
  …    Discounts</a></li>
86709  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/ombuds-office.html">Ombuds
  …    Office</a></li>
86710  <li class="primary-nav-item has-subnav"><a
  …    href="/about-md-anderson/employee-resources/retirement.html">Retirement</a>
86711  <div class="subnav-mask">
86712  <div class="subnav-wrapper">
86713  <div class="subnav col10 pad">
86714  <section class="nested">
86715  <div class="col4 main-column">
86716  <nav class="secondary">
86717  <ul>
86718  <li class="mobile-nav-back"><a
  …    href="/about-md-anderson/employee-resources/retirement.html" aria-label="Back to
  …    Retirement">Retirement</a></li>
86719  <li class="primary-nav-item">
86720  <a href="/about-md-anderson/employee-resources/retirement.html"
  …    aria-label="Retirement Home">Retirement Home</a></li>
86721  <li class="primary-nav-item"><a
  …    href="/about-md-anderson/employee-resources/retirement/retiree-insurance-benefits.
  …    html">Retiree Insurance Benefits</a></li>
86722  <li class="primary-nav-item"><a
```

```
86722… href="/about-md-anderson/employee-resources/retirement/retirees-association.html">
  …   Retirees Association</a></li>
86723  </ul>
86724  </nav>
86725  </div>
86726  </section>
86727  </div>
86728  </div>
86729  </div></li>
86730  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/employee-resources/web-access.html">Web Access</a></li>
86731  </ul>
86732  </nav>
86733  </div>
86734  </section>
86735  </div>
86736  </div>
86737  </div></li>
86738  <li class="primary-nav-item has-subnav"><a
  …   href="/about-md-anderson/community-services.html">Community Services</a>
86739  <div class="subnav-mask">
86740  <div class="subnav-wrapper">
86741  <div class="subnav col10 pad">
86742  <section class="nested">
86743  <div class="col4 main-column">
86744  <nav class="secondary">
86745  <ul>
86746  <li class="mobile-nav-back"><a href="/about-md-anderson/community-services.html"
  …   aria-label="Back to Community Services">Community Services</a></li>
86747  <li class="primary-nav-item">
86748  <a href="/about-md-anderson/community-services.html" aria-label="Community Services
  …   Home">Community Services Home</a></li>
86749  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/community-services/print-materials.html">Print
  …   Materials</a></li>
86750  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/community-services/details-on-becoming-a-puppeteer.html">
  …   Details on Becoming a Puppeteer</a></li>
86751  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/community-services/charitable-sponsorships.html">Charitable
  …   Sponsorships</a></li>
86752  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/community-services/sunbeatables.html">Sunbeatables™
  …   Program</a></li>
86753  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/community-services/aspire.html">ASPIRE</a></li>
86754  </ul>
86755  </nav>
86756  </div>
86757  </section>
86758  </div>
86759  </div>
86760  </div></li>
86761  <li class="primary-nav-item"><a
  …   href="/about-md-anderson/state-of-texas-links.html">State of Texas Links</a></li>
86762  </ul>
86763  </li>
86764  <li class="topnav-list-item"><a href="/publications.html"
  …   data-primary-nav="nav_publications">Publications</a>
86765  <ul class="primary-nav-list" id="nav-index">
86766  <li class="primary-nav-item"><a href="/publications.html">Publications Home</a></li>
86767  <li class="primary-nav-item has-subnav"><a
  …   href="/publications/annual-report.html">Annual Report</a>
86768  <div class="subnav-mask">
86769  <div class="subnav-wrapper">
86770  <div class="subnav col10 pad">
86771  <section class="nested">
86772  <div class="col4 main-column">
```

```
86773  <nav class="secondary">
86774  <ul>
86775  <li class="mobile-nav-back"><a href="/publications/annual-report.html"
       aria-label="Back to Annual Report">Annual Report</a></li>
86776  <li class="primary-nav-item">
86777  <a href="/publications/annual-report.html" aria-label="Annual Report Home">Annual
       Report Home</a></li>
86778  <li class="primary-nav-item has-subnav"><a
       href="/publications/annual-report/annual-report-2015.html">Annual Report 2015</a>
86779  <div class="subnav-mask">
86780  <div class="subnav-wrapper">
86781  <div class="subnav col10 pad">
86782  <section class="nested">
86783  <div class="col4 main-column">
86784  <nav class="secondary">
86785  <ul>
86786  <li class="mobile-nav-back"><a
   …   href="/publications/annual-report/annual-report-2015.html" aria-label="Back to Annual
       Report 2015">Annual Report 2015</a></li>
86787  <li class="primary-nav-item">
86788  <a href="/publications/annual-report/annual-report-2015.html" aria-label="Annual
   …   Report 2015 Home">Annual Report 2015 Home</a></li>
86789  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/From-our-president.html">From
   …   our president</a></li>
86790  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/surgical-history-was-made.html">
   …   Patient care</a></li>
86791  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/no1-cancer-hospital.html">
   …   Patient care</a></li>
86792  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/curing-leukemia.html">Patient
   …   care</a></li>
86793  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/cancer-network.html">Patient
   …   care</a></li>
86794  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/Sabin-gift.html">Patient
   …   care</a></li>
86795  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/immunotherapy-drug.html">Patient
   …   care</a></li>
86796  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/diagnostic-and-support-services.
   …   html">Patient care</a></li>
86797  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/In-the-face-of-cancer.html">
   …   Research</a></li>
86798  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/Fidler-and-brain-cancer.html">
   …   Research</a></li>
86799  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/degrees.html">Research</a></li>
86800  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/the-man-who-helped-cure-
   …   childhood-leukemia.html">Research</a></li>
86801  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/Federal-funding-for-research.
   …   html">Research</a></li>
86802  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/big-data-interchange.html">
   …   Research</a></li>
86803  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/School-of-Health-Professions.
   …   html">Research</a></li>
86804  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2015/new-breast-cancer-drug.html">
```

```
86804… Research</a></li>
86805 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/labs-collaboration.html">
   … Research</a></li>
86806 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/outsmarting-cancer-with-genetic-
   … testing.html">Prevention</a></li>
86807 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/pancreatic-cancer.html">
   … Prevention</a></li>
86808 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/creating-partnerships-to-detect-
   … cancer.html">Prevention</a></li>
86809 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/HPV-cancer-vaccine.html">
   … Prevention</a></li>
86810 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/breast-cancer-screening.html">
   … Prevention</a></li>
86811 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/leaders-prevent-disease.html">
   … Prevention</a></li>
86812 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2015/spreading-the-word.html">
   … Spreading the word</a></li>
86813 </ul>
86814 </nav>
86815 </div>
86816 </section>
86817 </div>
86818 </div>
86819 </div></li>
86820 <li class="primary-nav-item has-subnav"><a
   … href="/publications/annual-report/annual-report-2014.html">Annual Report 2014</a>
86821 <div class="subnav-mask">
86822 <div class="subnav-wrapper">
86823 <div class="subnav col10 pad">
86824 <section class="nested">
86825 <div class="col4 main-column">
86826 <nav class="secondary">
86827 <ul>
86828 <li class="mobile-nav-back"><a
   … href="/publications/annual-report/annual-report-2014.html" aria-label="Back to Annual
   … Report 2014">Annual Report 2014</a></li>
86829 <li class="primary-nav-item">
86830 <a href="/publications/annual-report/annual-report-2014.html" aria-label="Annual
   … Report 2014 Home">Annual Report 2014 Home</a></li>
86831 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/cancer-cant-we-can.html">From
   … our president</a></li>
86832 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/new-surgical-protocol-for-
   … ovarian-cancer.html">Cancer can't match our resolve</a></li>
86833 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/could-proton-therapy-be-holy-
   … grail-for-head-and-neck-cancer.html">Cancer can't match our resolve</a></li>
86834 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/designed-to-improve-patients-
   … wait-experience.html">Cancer can't match our resolve</a></li>
86835 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/finding-solution-to-get-patients
   … -back-on-their-feet.html">Cancer can't match our resolve</a></li>
86836 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/early-stage-breast-cancer-less-
   … aggressive-approach-can-be-effective.html">Cancer can't match our resolve</a></li>
86837 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2014/anxieties-eased-by-talking-to-
   … someone-whos-been-there.html">Cancer can't match our resolve</a></li>
```

```
86838  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/patients-given-a-voice-so-they-
       can-be-heard.html">Cancer can't match our resolve</a></li>
86839  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/childhood-cancer-survivors-
       teenage-worries-college-and-boys.html">Cancer can't match our resolve</a></li>
86840  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/tiny-clues-may-help-scientists-
       solve-its-mystery.html">Cancer can't outrun us</a></li>
86841  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/grants-fuel-tomorrows-cancer-
       breakthroughs.html">Cancer can't outrun us</a></li>
86842  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/industry-collaborations-boost-
       immune-systems-cancer-fighting-abilities.html">Cancer can't outrun us</a></li>
86843  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/developing-a-drug-to-starve-
       cancer-cells.html">Cancer can't outrun us</a></li>
86844  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/moon-shots-program-tracking-the-
       trajectory-2014.html">Cancer can't outrun us</a></li>
86845  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/uncovering-a-proteins-key-role-
       in-spread-of-ovarian-cancer.html">Cancer can't outrun us</a></li>
86846  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/the-road-to-recovery-minus-the-
       traffic.html">Cancer can't escape our reach</a></li>
86847  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/13-hospital-systems-in-11-states
       -----and-counting.html">Cancer can't escape our reach</a></li>
86848  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/an-exchange-program-brings-the-
       best-to-brazil.html">Cancer can't escape our reach</a></li>
86849  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/a-call-to-action-in-south-texas.
       html">Cancer can't escape our reach</a></li>
86850  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/the-physician-assistant-will-see
       -you-now.html">Cancer can't escape our reach</a></li>
86851  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/degrees-of-separation-science-
       stars-are-born-at-graduate-school.html">Cancer can't escape our reach</a></li>
86852  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/the-angelic-side-of-austins-
       devilish-taco-king.html">Cancer can't escape our reach</a></li>
86853  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/achieving-a-win-win-win.html">
       Cancer can't escape our reach</a></li>
86854  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/with-elevated-risks-these-
       survivors-and-previvors-arent-taking-a.html">Cancer can't surprise us</a></li>
86855  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/endtobacco-begins-at-md-anderson
       .html">Cancer can't surprise us</a></li>
86856  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/solving-baby-boomers-problem-
       with-hepatitis-c.html">Cancer can't surprise us</a></li>
86857  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/should-you-be-screened-for-liver
       -cancer.html">Cancer can't surprise us</a></li>
86858  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/outreach-delivers-screening-and-
       hope-to-communities-in-need.html">Cancer can't surprise us</a></li>
86859  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/a-survivor-is-saving-lives-
       through-early-detection.html">Cancer can't surprise us</a></li>
86860  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2014/4000-miles-in-70-days--and-the-
```

```
86860.  ride-of-her-life-is-just-beginnin.html">Cancer can't surprise us</a></li>
86861   </ul>
86862   </nav>
86863   </div>
86864   </section>
86865   </div>
86866   </div>
86867   </div></li>
86868   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/annual-report/annual-report-2013.html">Annual Report 2013</a>
86869   <div class="subnav-mask">
86870   <div class="subnav-wrapper">
86871   <div class="subnav col10 pad">
86872   <section class="nested">
86873   <div class="col4 main-column">
86874   <nav class="secondary">
86875   <ul>
86876   <li class="mobile-nav-back"><a
    …   href="/publications/annual-report/annual-report-2013.html" aria-label="Back to Annual
    …   Report 2013">Annual Report 2013</a></li>
86877   <li class="primary-nav-item">
86878   <a href="/publications/annual-report/annual-report-2013.html" aria-label="Annual
    …   Report 2013 Home">Annual Report 2013 Home</a></li>
86879   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/from-our-president.html">Open
    …   minds, new frontiers</a></li>
86880   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/going-beyond-skin-deep.html">
    …   track the journey, lower the risk</a></li>
86881   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/working-for-inheritors-of-higher
    …   -risk.html">track the journey, lower the risk</a></li>
86882   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/improving-odds-by-making-cancer-
    …   more-predictable.html">track the journey, lower the risk</a></li>
86883   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/paving-the-way-for-trailblazers.
    …   html">track the journey, lower the risk</a></li>
86884   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/innovation-grows-from-seed-money
    …   .html">track the journey, lower the risk</a></li>
86885   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/tanning-bed-ban-for-minors-is-a-
    …   major-step.html">track the journey, lower the risk</a></li>
86886   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/ovarian-cancer-screening-is-put-
    …   to-the-test-with-encouraging-res.html">track the journey, lower the risk</a></li>
86887   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/md-andersons-protein-pioneer.
    …   html">track the journey, lower the risk</a></li>
86888   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/a-revolutionary-war-against-
    …   cancer.html">seminal discoveries, seismic changes</a></li>
86889   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-resistance-fighter.html">
    …   seminal discoveries, seismic changes</a></li>
86890   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/triumph-after-a-trial-and-
    …   tribulations.html">seminal discoveries, seismic changes</a></li>
86891   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/cracking-the-cancer-code.html">
    …   seminal discoveries, seismic changes</a></li>
86892   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-oncology-expert-advisor.html
    …   ">seminal discoveries, seismic changes</a></li>
86893   <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/training-days.html">seminal
    …   discoveries, seismic changes</a></li>
```

```
86894 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/with-two-theyve-won.html">
   ⋯ seminal discoveries, seismic changes</a></li>
86895 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/unleashing-the-immune-systems-
   ⋯ attack-dogs.html">treat the immune system, attack the cancer</a></li>
86896 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/trial-fits-attack-on-melanoma-to
   ⋯ -a-t.html">treat the immune system, attack the cancer</a></li>
86897 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/the-clone-wars.html">treat the
   ⋯ immune system, attack the cancer</a></li>
86898 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/born-to-beat-cancer.html">treat
   ⋯ the immune system, attack the cancer</a></li>
86899 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/strength-in-numbers.html">treat
   ⋯ the immune system, attack the cancer</a></li>
86900 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/the-cancer-center-support-grant.
   ⋯ html">treat the immune system, attack the cancer</a></li>
86901 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/building-a-better-t-cell.html">
   ⋯ treat the immune system, attack the cancer</a></li>
86902 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/when-good-genetic-mutation-goes-
   ⋯ bad.html">treat the immune system, attack the cancer</a></li>
86903 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/the-nocturnal-program-care-
   ⋯ uninterrupted.html">enhance patient experience, build networks</a></li>
86904 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/nights-are-a-good-fit-for-day.
   ⋯ html">enhance patient experience, build networks</a></li>
86905 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/acts-of-kindness-are-completely-
   ⋯ voluntary.html">enhance patient experience, build networks</a></li>
86906 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/getting-a-lot-out-of-giving.html
   ⋯ ">enhance patient experience, build networks</a></li>
86907 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/a-convenient-truth.html">enhance
   ⋯ patient experience, build networks</a></li>
86908 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/nowhere-to-hide.html">enhance
   ⋯ patient experience, build networks</a></li>
86909 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/team-is-the-heart-of-the-head-
   ⋯ and-neck-center.html">Team is the heart of the Head and Neck Center</a></li>
86910 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/free-of-cancer-and-full-of-
   ⋯ thanks.html">enhance patient experience, build networks</a></li>
86911 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/areas-of-expertise.html">enhance
   ⋯ patient experience, build networks</a></li>
86912 <li class="primary-nav-item"><a
   ⋯ href="/publications/annual-report/annual-report-2013/navigating-md-anderson.html">
   ⋯ enhance patient experience, build networks</a></li>
86913 </ul>
86914 </nav>
86915 </div>
86916 </section>
86917 </div>
86918 </div>
86919 </div></li>
86920 <li class="primary-nav-item has-subnav"><a
   ⋯ href="/publications/annual-report/annual-report-2012.html">Annual Report 2012</a>
86921 <div class="subnav-mask">
86922 <div class="subnav-wrapper">
```

```
86923  <div class="subnav-bolted-pad">
86924  <section class="nested">
86925  <div class="col4 main-column">
86926  <nav class="secondary">
86927  <ul>
86928  <li class="mobile-nav-back"><a
    …  href="/publications/annual-report/annual-report-2012.html" aria-label="Back to Annual
    …  Report 2012">Annual Report 2012</a></li>
86929  <li class="primary-nav-item">
86930  <a href="/publications/annual-report/annual-report-2012.html" aria-label="Annual
    …  Report 2012 Home">Annual Report 2012 Home</a></li>
86931  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/from-our-president.html">The
    …  time is now</a></li>
86932  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-excel.html">
    …  The time is now to excel</a></li>
86933  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/advancing-quality-surgical-care.
    …  html">How the best get better</a></li>
86934  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/infographic-cancer-screenings.
    …  html">Screenings: Key to catching cancer early</a></li>
86935  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/doubling-down-on-doctoral-
    …  nursing-degrees.html">Change champions</a></li>
86936  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/vaccines-promising-for-breast-
    …  cancer-patients.html">A love of the surgeon's knowledge</a></li>
86937  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/infographic-institute-for-
    …  applied-cancer-science.html">Institute for Applied Cancer Science</a></li>
86938  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/volunteer-helps-patients-find-
    …  their-way.html">Follow the leader</a></li>
86939  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-collaborate.
    …  html">The time is now to collaborate</a></li>
86940  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/body-image-concerns.html">Beyond
    …  the visible</a></li>
86941  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/video-games-a-bridge-to-normalcy
    …  .html">Gaming up against cancer</a></li>
86942  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/moon-shots-program-to-benefit-
    …  all.html">Begin with some, benefit all</a></li>
86943  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/innovation-in-imaging.html">
    …  Spying on the body</a></li>
86944  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/md-anderson-locations.html">
    …  Where in the world is MD Anderson?</a></li>
86945  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-impact.html">
    …  The time is now to impact</a></li>
86946  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/behavioral-scientist-models-
    …  healthy-lifestyle.html">Walking the walk</a></li>
86947  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/unusual-responder-helps-others.
    …  html">Unusual responder to therapy</a></li>
86948  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/physical-inactivity.html">
    …  Turning the question upside down</a></li>
86949  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2012/neighborhood-and-outcomes.html">
    …  An inquiring mind</a></li>
```

```
86950 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/infographic-survivorship.html">
  ...  Infographic:</a></li>
86951 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/emotional-cues-play-role-in-
  ...  addiction.html">Behind addiction</a></li>
86952 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/initiatives-drive-personalized-
  ...  cancer-care.html">Sequencing the genes</a></li>
86953 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-educate.html"
  ...  >The time is now to educate</a></li>
86954 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/student-broadens-scientific-
  ...  knowledge.html">A passion for research</a></li>
86955 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/health-adventures-creates-
  ...  interest-early.html">Behind the fun and games</a></li>
86956 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/md-anderson-trainees.html">MD
  ...  Anderson trainees: The next generation</a></li>
86957 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/physician-assistants-in-high-
  ...  demand.html">Staying ahead of the curve</a></li>
86958 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/hands-on-environment-to-test-
  ...  surgical-skills.html">Surgical training goes modular</a></li>
86959 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/dynamic-duo-co-leads-graduate-
  ...  school.html">Two as good as one</a></li>
86960 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/summit-on-cervical-cancer.html">
  ...  A patchwork of partners</a></li>
86961 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-support.html"
  ...  >The time is now to support</a></li>
86962 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/bov-member-grateful-for-patient-
  ...  experience.html">True grit</a></li>
86963 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/creative-fundraiser-finds-
  ...  himself-a-patient.html">Coming full circle</a></li>
86964 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/family-s-inspiring-legacy-
  ...  continues.html">Humanitarian with a heart</a></li>
86965 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/students-learn-dangers-of-
  ...  smoking.html">'Too Cool to Smoke'</a></li>
86966 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/halliburton-employees-fellowship
  ...  .html">Halliburton fellowship aids prevention efforts</a></li>
86967 <li class="primary-nav-item"><a
  ...  href="/publications/annual-report/annual-report-2012/epigenetics-righting-the-course-
  ...  of-disease.html">Epigenetics:</a></li>
86968 </ul>
86969 </nav>
86970 </div>
86971 </section>
86972 </div>
86973 </div>
86974 </div></li>
86975 <li class="primary-nav-item has-subnav"><a
  ...  href="/publications/annual-report/annual-report-2011.html">Annual Report 2011</a>
86976 <div class="subnav-mask">
86977 <div class="subnav-wrapper">
86978 <div class="subnav col10 pad">
86979 <section class="nested">
86980 <div class="col4 main-column">
```

```
86981 <nav class="secondary">
86982 <ul>
86983 <li class="mobile-nav-back"><a
... href="/publications/annual-report/annual-report-2011.html" aria-label="Back to Annual
... Report 2011">Annual Report 2011</a></li>
86984 <li class="primary-nav-item">
86985 <a href="/publications/annual-report/annual-report-2011.html" aria-label="Annual
... Report 2011 Home">Annual Report 2011 Home</a></li>
86986 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/enhancing-quality.html">From our
... president</a></li>
86987 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/quality-health-care.html">
... Preparing for the Future of Health Care</a></li>
86988 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/cancer-care.html">Teams work to
... enhance care, reduce costs and define quality</a></li>
86989 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/quality-improvement-in-
... healthcare.html">Grass-Roots Effort Solves Bottleneck</a></li>
86990 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/perioperative%20enterprise.html"
... >Infographic: Perioperative Enterprise</a></li>
86991 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/quality-cancer-care.html">MD
... Anderson standard of care</a></li>
86992 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/smoking-cessation.html">What We
... Don't Ask Might Hurt</a></li>
86993 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/proton-therapy.html">Knowledge
... Is Power</a></li>
86994 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/patient-safety.html">Quality
... Drives Patient Care</a></li>
86995 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/clinical-trials.html">The Saga
... of a Protocol</a></li>
86996 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/pneumonia.html">Saving Lives by
... VAP-orizing Pneumonia</a></li>
86997 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/cancer-survivor.html">
... Infographic:</a></li>
86998 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/cancer-surgery.html">On the
... Cutting Edge</a></li>
86999 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/lung-cancer.html">A Bright Light
... for Smokers</a></li>
87000 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/rhabdomyosarcoma.html">Cancer in
... the Rearview Mirror</a></li>
87001 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/health-care-jobs.html">Educating
... Professionals and the Public</a></li>
87002 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/cancer-careers.html">Casting Net
... for Talented, Committed Trainees</a></li>
87003 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/pathology.html">A Dedication to
... Education</a></li>
87004 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/ASPIRE.html">Infographic:</a></
... li>
87005 <li class="primary-nav-item"><a
... href="/publications/annual-report/annual-report-2011/cancer-research.html">Pioneers
... Explore New Frontiers</a></li>
```

```
87006  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/education-and-healthcare.html">
   …   From the Lab to the Sanctuary</a></li>
87007  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/leukemia-research.html">From
   …   Marine to Molecular Biology</a></li>
87008  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/facilities.html">Quality in our
   …   facilities</a></li>
87009  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/health-care-buildings.html">
   …   Quality in our facilities</a></li>
87010  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/office-building.html">Planned
   …   Migration</a></li>
87011  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/cancer-hospital.html">
   …   Infographic: Facilities</a></li>
87012  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/alkek-hospital.html">Going
   …   Up</a></li>
87013  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/research-lab.html">A Testing
   …   Ground for Great Ideas</a></li>
87014  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/childhood-cancer.html">From
   …   Patient to Blueprint</a></li>
87015  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/philanthropy.html">Philanthropy
   …   Ensures Quality</a></li>
87016  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/parent-with-cancer.html">The
   …   Heart of Giving</a></li>
87017  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/volunteer.html">Side by
   …   Side</a></li>
87018  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/holiday-cards.html">Infographic:
   …   </a></li>
87019  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/fundraising.html">630,000
   …   Gifts</a></li>
87020  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/lymphoma-research.html">Counting
   …   for a Cure</a></li>
87021  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/texas-4000.html">College
   …   Students With a Cause</a></li>
87022  <li class="primary-nav-item"><a
   …   href="/publications/annual-report/annual-report-2011/annual-report-audio-2011.html">
   …   Audio: Annual Report 2011</a></li>
87023  </ul>
87024  </nav>
87025  </div>
87026  </section>
87027  </div>
87028  </div>
87029  </div></li>
87030  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/annual-report/annual-report-2010.html">Annual Report 2010</a>
87031  <div class="subnav-mask">
87032  <div class="subnav-wrapper">
87033  <div class="subnav col10 pad">
87034  <section class="nested">
87035  <div class="col4 main-column">
87036  <nav class="secondary">
87037  <ul>
87038  <li class="mobile-nav-back"><a
```

```
87038  href="/publications/annual-report/annual-report-2010.html" aria-label="Back to Annual
...    Report 2010">Annual Report 2010</a></li>
87039  <li class="primary-nav-item">
87040  <a href="/publications/annual-report/annual-report-2010.html" aria-label="Annual
...    Report 2010 Home">Annual Report 2010 Home</a></li>
87041  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/voices.html">Many voices help
...    tell the story</a></li>
87042  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/president-s-letter.html">
...    Mendelsohn leading voice for 15 years</a></li>
87043  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/research.html">Research</a></li>
87044  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/cancer-switches.html">The voice
...    of research</a></li>
87045  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/cancer-vaccine.html">Voices of
...    perseverance and innovation</a></li>
87046  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/melanoma.html">Focus is on
...    impact of ultraviolet rays</a></li>
87047  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/cord-blood-transplant.html">Cord
...    blood provides lifeline for patient</a></li>
87048  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/genes-cells.html">Research</a></
...    li>
87049  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/research-briefs.html">Research
...    briefs</a></li>
87050  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/patient-care.html">Patient
...    care</a></li>
87051  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/regional-care-centers.html">The
...    voices of patient care</a></li>
87052  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/head-neck-cancer.html">Voices of
...    dedication and caring</a></li>
87053  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/non-hodgkin-s-lymphoma.html">
...    Chase draws on experience to help others</a></li>
87054  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/patient-caregivers.html">Fister
...    a fixture in surgery waiting area</a></li>
87055  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/liver-cancer.html">Vauthey, Wei
...    focus on each patient</a></li>
87056  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/cardiotoxicity-heart-disease.
...    html">Patient care</a></li>
87057  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/breast-cancer.html">A mother's
...    instinct</a></li>
87058  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/brca-breast-cancer.html">Litton
...    heads down the path of learning</a></li>
87059  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/alkek-hospital-expansion.html">
...    Designing nurses</a></li>
87060  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/ovarian-cancer.html">Patient
...    care briefs</a></li>
87061  <li class="primary-nav-item"><a
...    href="/publications/annual-report/annual-report-2010/cancer-prevention.html">
...    Prevention</a></li>
87062  <li class="primary-nav-item"><a
```

```
87062…  href="/publications/annual-report/annual-report-2010/project-church.html">The voices
    …  of prevention</a></li>
87063  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/e-health-technology.html">
    …  Technology meets cancer prevention</a></li>
87064  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/statistical-models.html">
    …  Building models helps find answers</a></li>
87065  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/select-study.html">Stith tackles
    …  cancer through prevention</a></li>
87066  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/cancer-screening.html">Cancer
    …  prevention</a></li>
87067  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/healthy-lifestyle.html">Cancer
    …  prevention</a></li>
87068  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/health-services-research.html">
    …  Prevention briefs</a></li>
87069  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/education.html">Education</a></
    …  li>
87070  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/medical-science-education.html">
    …  Educator passes on her love of science</a></li>
87071  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/cancer-research-education.html">
    …  Education</a></li>
87072  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/childhood-cancer-education.html"
    …  >Family helps educate a community</a></li>
87073  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/fellowship-training.html">
    …  Bodurka energized by work, family life</a></li>
87074  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/teaching-scientist.html">'
    …  Incredible opportunities' lead to success</a></li>
87075  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/development.html">Development</a
    …  ></li>
87076  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/supporting-md-anderson.html">
    …  Goals align for support of MD Anderson</a></li>
87077  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/board-of-visitors.html">Good
    …  friends do some good together</a></li>
87078  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/childhood-cancer.html">Give her
    …  a cheer for giving back</a></li>
87079  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/ross-perot.html">Perot invests
    …  in personalized cancer therapy</a></li>
87080  <li class="primary-nav-item"><a
    …  href="/publications/annual-report/annual-report-2010/matching-planned-gifts.html">No
    …  matter the type, gifts pay off</a></li>
87081  </ul>
87082  </nav>
87083  </div>
87084  </section>
87085  </div>
87086  </div>
87087  </div></li>
87088  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/annual-report/annual-report-2009.html">Annual Report 2009</a>
87089  <div class="subnav-mask">
87090  <div class="subnav-wrapper">
87091  <div class="subnav col10 pad">
```

```
87092 <section class="nested">
87093 <div class="col4 main-column">
87094 <nav class="secondary">
87095 <ul>
87096 <li class="mobile-nav-back"><a
    href="/publications/annual-report/annual-report-2009.html" aria-label="Back to Annual
    Report 2009">Annual Report 2009</a></li>
87097 <li class="primary-nav-item">
87098 <a href="/publications/annual-report/annual-report-2009.html" aria-label="Annual
    Report 2009 Home">Annual Report 2009 Home</a></li>
87099 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/from-the-president.html">From
    the President</a></li>
87100 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/research-transformations.html">
    Transforming through research</a></li>
87101 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/clinical-trials-process.html">
    Transforming through research</a></li>
87102 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/cancer-research-highlights.html"
    >Research highlights</a></li>
87103 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/scientists-explore-rnas.html">
    Scientists explore RNAS</a></li>
87104 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/grand-opportunity-grant.html">
    Researchers</a></li>
87105 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/retinoblastoma-experts.html">
    Transforming through patient care</a></li>
87106 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/md-anderson-patient-access.html"
    >Transforming through patient care</a></li>
87107 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/nursing-innovations.html">
    Nursing innovations</a></li>
87108 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/emr-connects-patients-physicians
    -to-data.html">Transforming through patient care</a></li>
87109 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/cancer-patient-care.html">
    Patient care highlights</a></li>
87110 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/satellite-centers.html">
    Transforming through patient care</a></li>
87111 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/prevention-transformations.html"
    >Transforming through prevention</a></li>
87112 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/genetic-clues-to-cancer.html">
    Transforming through prevention</a></li>
87113 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/cancer-prevention-highlights.
    html">Prevention highlights</a></li>
87114 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/elderly-cancer-survivors.html">
    Transforming through prevention</a></li>
87115 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/smoking-cessation-treatment.html
    ">Ask-Advise-Connect:</a></li>
87116 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/faros-encourages-cancer-
    prevention.html">Transforming through prevention</a></li>
87117 <li class="primary-nav-item"><a
    href="/publications/annual-report/annual-report-2009/cancer-support-via-social-media.
    html">Transforming through education</a></li>
87118 <li class="primary-nav-item"><a
```

```
87118  href="/publications/annual-report/annual-report-2009/mentoring-cancer-faculty.html">
       Transforming through education</a></li>
87119  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/symptom-research-training.html">
       Researchers</a></li>
87120  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/community-physician-
       communications.html">Social media</a></li>
87121  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/triumph-fellowship-program.html"
       >Fellowship program</a></li>
87122  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/odyssey-program.html">Odysseys
       program</a></li>
87123  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/cancer-education.html">Education
       highlights</a></li>
87124  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/philanthropic-support.html">
       Transforming through development</a></li>
87125  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/planned-giving.html">Planned
       giving</a></li>
87126  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/annual-fund.html">Transforming
       through development</a></li>
87127  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/scott-and-soraya-mcclelland.html
       ">Philanthropy</a></li>
87128  <li class="primary-nav-item"><a
       href="/publications/annual-report/annual-report-2009/board-of-visitors.html">
       Development Highlights</a></li>
87129  </ul>
87130  </nav>
87131  </div>
87132  </section>
87133  </div>
87134  </div>
87135  </div></li>
87136  </ul>
87137  </nav>
87138  </div>
87139  </section>
87140  </div>
87141  </div>
87142  </div></li>
87143  <li class="primary-nav-item"><a href="/publications/cancer-frontline.html">Cancer
       Frontline</a></li>
87144  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancer-newsline.html">Cancer Newsline</a>
87145  <div class="subnav-mask">
87146  <div class="subnav-wrapper">
87147  <div class="subnav col10 pad">
87148  <section class="nested">
87149  <div class="col4 main-column">
87150  <nav class="secondary">
87151  <ul>
87152  <li class="mobile-nav-back"><a href="/publications/cancer-newsline.html"
       aria-label="Back to Cancer Newsline">Cancer Newsline</a></li>
87153  <li class="primary-nav-item">
87154  <a href="/publications/cancer-newsline.html" aria-label="Cancer Newsline Home">Cancer
       Newsline Home</a></li>
87155  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancer-newsline/fall-2015.html">Fall 2015</a>
87156  <div class="subnav-mask">
87157  <div class="subnav-wrapper">
87158  <div class="subnav col10 pad">
87159  <section class="nested">
```

```
87160  <div class="col4 main-column">
87161  <nav class="secondary">
87162  <ul>
87163  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2015.html"
   …   aria-label="Back to Fall 2015">Fall 2015</a></li>
87164  <li class="primary-nav-item">
87165  <a href="/publications/cancer-newsline/fall-2015.html" aria-label="Fall 2015
   …   Home">Fall 2015 Home</a></li>
87166  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/tools-to-help-you-quit-smoking.html">
   …   Tools to Help You Quit Smoking</a></li>
87167  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/genetic-factors-raise-risk-of-colon-
   …   cancer.html">Genetic Factors Raise Risk of Colon Cancer</a></li>
87168  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/colorectal-cancer-moon-shot-to-develop-
   …   personalized-treatments.html">Colorectal cancer Moon Shot to develop personalized
   …   treatments</a></li>
87169  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/pancreatic-moonshot.html">Moon Shot
   …   aims to increase pancreatic cancer survival rate</a></li>
87170  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/hpv-moonshot.html">HPV Moon Shot to
   …   increase vaccination, screening for related cancers</a></li>
87171  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/multiple-myeloma-moonshot.html">High-
   …   risk multiple myeloma chosen for Moon Shot</a></li>
87172  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/bcell-lymphoma-moonshot.html">Moon Shot
   …   to increase cure rates for B-cell lymphoma</a></li>
87173  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/glioblastoma-moonshot.html">
   …   Immunotherapies and cancer vaccines explored in glioblastoma Moon Shot</a></li>
87174  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/anaplastic-thyroid-cancer.html">Rare
   …   anaplastic thyroid cancer needs immediate treatment</a></li>
87175  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/fall-2015/stem-cell-transplant-to-treat-cancer.
   …   html">Stem cell transplant as a cancer treatment option</a></li>
87176  </ul>
87177  </nav>
87178  </div>
87179  </section>
87180  </div>
87181  </div>
87182  </div></li>
87183  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancer-newsline/summer-2015.html">Summer 2015</a>
87184  <div class="subnav-mask">
87185  <div class="subnav-wrapper">
87186  <div class="subnav col10 pad">
87187  <section class="nested">
87188  <div class="col4 main-column">
87189  <nav class="secondary">
87190  <ul>
87191  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2015.html"
   …   aria-label="Back to Summer 2015">Summer 2015</a></li>
87192  <li class="primary-nav-item">
87193  <a href="/publications/cancer-newsline/summer-2015.html" aria-label="Summer 2015
   …   Home">Summer 2015 Home</a></li>
87194  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2015/neurofibromatosis-requires-lifelong-
   …   monitoring.html">Neurofibromatosis requires lifelong monitoring</a></li>
87195  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2015/how-to-talk-to-children-about-having-
   …   cancer.html">How to talk to children about having cancer</a></li>
87196  <li class="primary-nav-item"><a
   …   href="/publications/cancer-newsline/summer-2015/shorter-radiation-therapy-better-for-
```

```
87196  early-stage-breast-cancer.html">Shorter radiation therapy better for early stage
       breast cancer</a></li>
87197  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/summer-2015/the-dangers-of-third-hand-smoke.html"
       >The dangers of third hand smoke</a></li>
87198  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/summer-2015/body-image-an-issue-for-teens-with-
       cancer.html">Body image an issue for teens with cancer</a></li>
87199  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/summer-2015/new-approaches-to-preserving-
       fertility-before-cancer-treatment.html">New approaches to preserving fertility before
       cancer treatment</a></li>
87200  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/summer-2015/whole-brain-radiation-for-metastases-
       poor-cognitive-function.html">Whole Brain Radiation for Brain Metastases Associated
       with Poor
87201  Cognitive Function</a></li>
87202  </ul>
87203  </nav>
87204  </div>
87205  </section>
87206  </div>
87207  </div>
87208  </div></li>
87209  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancer-newsline/spring-2015.html">Spring 2015</a>
87210  <div class="subnav-mask">
87211  <div class="subnav-wrapper">
87212  <div class="subnav col10 pad">
87213  <section class="nested">
87214  <div class="col4 main-column">
87215  <nav class="secondary">
87216  <ul>
87217  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2015.html"
       aria-label="Back to Spring 2015">Spring 2015</a></li>
87218  <li class="primary-nav-item">
87219  <a href="/publications/cancer-newsline/spring-2015.html" aria-label="Spring 2015
       Home">Spring 2015 Home</a></li>
87220  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/spring-2015/preventive-gynecologic-surgery-for-
       women-with-brca-mutations.html">Preventive gynecologic surgery an option for women
       with BRCA mutations</a></li>
87221  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/spring-2015/genetic-mutations-can-cause-lung-
       cancer-among-non-smoking-women.html">Genetic mutations can cause lung cancer among
       non-smoking women</a></li>
87222  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/spring-2015/cancer-prevention-benefits-of-hpv-
       vaccine.html">Cancer Prevention Benefits of HPV Vaccine</a></li>
87223  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/spring-2015/new-mantle-cell-lymphoma-treatments-
       improving-survival.html">New Mantle Cell Lymphoma treatments improving survival and
       response rates</a></li>
87224  <li class="primary-nav-item"><a
       href="/publications/cancer-newsline/spring-2015/sleep-yoga-between-relaxation-and-
       meditation.html">Sleep yoga: between relaxation and meditation</a></li>
87225  </ul>
87226  </nav>
87227  </div>
87228  </section>
87229  </div>
87230  </div>
87231  </div></li>
87232  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancer-newsline/winter-2015.html">Winter 2015</a>
87233  <div class="subnav-mask">
87234  <div class="subnav-wrapper">
87235  <div class="subnav col10 pad">
```

```
87236 <section class="nested">
87237 <div class="col4 main-column">
87238 <nav class="secondary">
87239 <ul>
87240 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2015.html"
      aria-label="Back to Winter 2015">Winter 2015</a></li>
87241 <li class="primary-nav-item">
87242 <a href="/publications/cancer-newsline/winter-2015.html" aria-label="Winter 2015
      Home">Winter 2015 Home</a></li>
87243 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2015/treating-cancer-with-minimally-
      invasive-surgery.html">Treating cancer with minimally invasive surgery</a></li>
87244 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2015/medical-advances-improve-bile-duct-
      cancer-outcomes.html">Medical advances improve bile duct cancer outcomes</a></li>
87245 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2015/neuropathy-and-other-nerve-problems-
      during-cancer-treatment.html">Neuropathy and other nerve problems during cancer
      treatment</a></li>
87246 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2015/gallbladder-cancer-rare-and-often-
      misdiagnosed.html">Gallbladder cancer: rare and often misdiagnosed</a></li>
87247 </ul>
87248 </nav>
87249 </div>
87250 </section>
87251 </div>
87252 </div>
87253 </div></li>
87254 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancer-newsline/fall-2014.html">Fall 2014</a>
87255 <div class="subnav-mask">
87256 <div class="subnav-wrapper">
87257 <div class="subnav col10 pad">
87258 <section class="nested">
87259 <div class="col4 main-column">
87260 <nav class="secondary">
87261 <ul>
87262 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2014.html"
      aria-label="Back to Fall 2014">Fall 2014</a></li>
87263 <li class="primary-nav-item">
87264 <a href="/publications/cancer-newsline/fall-2014.html" aria-label="Fall 2014
      Home">Fall 2014 Home</a></li>
87265 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/top-five-ways-to-reduce-cancer-risk.
      html">Top five ways to reduce cancer risk</a></li>
87266 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/personalized-treatment-for-ovarian-
      cancer.html">Personalized treatment for ovarian cancer</a></li>
87267 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/wilms-tumor-childhood-kidney-cancer.
      html">Wilms' tumor: childhood kidney cancer</a></li>
87268 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/prostate-cancer-moon-shot-update.html">
      Prostate Cancer Moon Shot update</a></li>
87269 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/lung-cancer-moon-shot-update.html">Lung
      Cancer Moon Shot update</a></li>
87270 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/fall-2014/improved-chemotherapy-administration-
      reduces-medication-error.html">Improved chemotherapy administration reduces chance
      for medication errors</a></li>
87271 </ul>
87272 </nav>
87273 </div>
87274 </section>
87275 </div>
87276 </div>
```

```
87277  </div></li>
87278  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/summer-2014.html">Summer 2014</a>
87279  <div class="subnav-mask">
87280  <div class="subnav-wrapper">
87281  <div class="subnav col10 pad">
87282  <section class="nested">
87283  <div class="col4 main-column">
87284  <nav class="secondary">
87285  <ul>
87286  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2014.html"
    …  aria-label="Back to Summer 2014">Summer 2014</a></li>
87287  <li class="primary-nav-item">
87288  <a href="/publications/cancer-newsline/summer-2014.html" aria-label="Summer 2014
    …  Home">Summer 2014 Home</a></li>
87289  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/melanoma-moon-shot-update-2014.html">
    …  Melanoma Moon Shot update 2014</a></li>
87290  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/chronic-lymphocytic-leukemia-moon-
    …  shot-update.html">Chronic Lymphocytic Leukemia Moon Shot CLL update</a></li>
87291  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/best-therapies-for-relapsed-diffuse-
    …  large-b-cell-lymphoma.html">Best therapies for relapsed diffuse large b-cell
    …  lymphoma</a></li>
87292  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/immunotherapy-unleashing-immune-
    …  system-to-attack-cancer.html">Immunotherapy: unleashing immune system to attack
    …  cancer</a></li>
87293  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/aml-mds-moonshots-update.html">
    …  Leukemia (AML/MDS) Moon Shots update</a></li>
87294  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/summer-2014/thyroid-cancer-is-on-the-rise.html">
    …  Thyroid cancer is on the rise</a></li>
87295  </ul>
87296  </nav>
87297  </div>
87298  </section>
87299  </div>
87300  </div>
87301  </div></li>
87302  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancer-newsline/spring-2014.html">Spring 2014</a>
87303  <div class="subnav-mask">
87304  <div class="subnav-wrapper">
87305  <div class="subnav col10 pad">
87306  <section class="nested">
87307  <div class="col4 main-column">
87308  <nav class="secondary">
87309  <ul>
87310  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2014.html"
    …  aria-label="Back to Spring 2014">Spring 2014</a></li>
87311  <li class="primary-nav-item">
87312  <a href="/publications/cancer-newsline/spring-2014.html" aria-label="Spring 2014
    …  Home">Spring 2014 Home</a></li>
87313  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2014/breast-and-ovarian-cancers-moon-shot-
    …  update.html">Breast and Ovarian Cancers Moon Shot update</a></li>
87314  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2014/hepatoblastoma-rare-liver-cancer-in-
    …  children.html">Hepatoblastoma — a rare liver cancer in children</a></li>
87315  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2014/cancer-screening-what-you-should-know
    …  .html">Cancer screening — what you should know</a></li>
87316  <li class="primary-nav-item"><a
    …  href="/publications/cancer-newsline/spring-2014/proton-therapy-treatment-for-throat-
    …  cancer.html">Proton therapy treatment for throat cancer</a></li>
```

```
87317  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2014/exercise-when-you-have-cancer.html">
  …    Can you still exercise when you have cancer?</a></li>
87318  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2014/genetic-testing.html">Cancer early
  …    detection — genetic testing</a></li>
87319  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/spring-2014/breast-reconstruction-rates-rising-
  …    after-mastectomy.html">Breast reconstruction rates rising after mastectomy</a></li>
87320  </ul>
87321  </nav>
87322  </div>
87323  </section>
87324  </div>
87325  </div>
87326  </div></li>
87327  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/winter-2014.html">Winter 2014</a>
87328  <div class="subnav-mask">
87329  <div class="subnav-wrapper">
87330  <div class="subnav col10 pad">
87331  <section class="nested">
87332  <div class="col4 main-column">
87333  <nav class="secondary">
87334  <ul>
87335  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2014.html"
  …    aria-label="Back to Winter 2014">Winter 2014</a></li>
87336  <li class="primary-nav-item">
87337  <a href="/publications/cancer-newsline/winter-2014.html" aria-label="Winter 2014
  …    Home">Winter 2014 Home</a></li>
87338  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/telemedicine-extends-minimally-
  …    invasive-surgerys-benefits.html">Telemedicine extends minimally invasive surgery's
  …    benefits</a></li>
87339  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/acoustic-neuroma-advances-in-
  …    treatment-and-detection.html">Acoustic neuroma: advances in treatment and
  …    detection</a></li>
87340  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/proton-therapy-for-glioblastoma.html"
  …    >Proton therapy treatment for glioblastoma</a></li>
87341  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/integrative-treatment-for-cancer-and-
  …    heart-disease.html">Integrative treatment for cancer and heart disease</a></li>
87342  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/sexual-dysfunction-help-for-male-
  …    cancer-patients.html">Sexual dysfunction help for male cancer patients</a></li>
87343  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2014/smokers-with-hiv-quit-easier-with-
  …    phone-counseling.html">Smokers with HIV/AIDS find quitting easier with cell phone
  …    counseling</a></li>
87344  </ul>
87345  </nav>
87346  </div>
87347  </section>
87348  </div>
87349  </div>
87350  </div></li>
87351  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancer-newsline/fall-2013.html">Fall 2013</a>
87352  <div class="subnav-mask">
87353  <div class="subnav-wrapper">
87354  <div class="subnav col10 pad">
87355  <section class="nested">
87356  <div class="col4 main-column">
87357  <nav class="secondary">
87358  <ul>
87359  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2013.html"
```

```
87359…  aria-label="Back to Fall 2013">Fall 2013</a></li>
87360   <li class="primary-nav-item">
87361   <a href="/publications/cancer-newsline/fall-2013.html" aria-label="Fall 2013
    …   Home">Fall 2013 Home</a></li>
87362   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/central-nervous-system-tumors.html">
    …   Central nervous system tumors symptoms and treatment</a></li>
87363   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/alternatives-to-appendix-cancer-surgery
    …   .html">Alternatives to appendix cancer surgery</a></li>
87364   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/first-year-progress-in-moon-shots-
    …   program.html">First-year progress in MD Anderson's Moon Shots Program</a></li>
87365   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/when-cancer-spreads-to-the-brain.html">
    …   When cancer spreads to the brain</a></li>
87366   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/diffuse-large-b-cell-lymphoma.html">
    …   Diffuse large b-cell lymphoma</a></li>
87367   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2013/ovarian-cancer-screening-with-simple-
    …   blood-test.html">Ovarian cancer screening with simple blood test</a></li>
87368   </ul>
87369   </nav>
87370   </div>
87371   </section>
87372   </div>
87373   </div>
87374   </div></li>
87375   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancer-newsline/summer-2013.html">Summer 2013</a>
87376   <div class="subnav-mask">
87377   <div class="subnav-wrapper">
87378   <div class="subnav col10 pad">
87379   <section class="nested">
87380   <div class="col4 main-column">
87381   <nav class="secondary">
87382   <ul>
87383   <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2013.html"
    …   aria-label="Back to Summer 2013">Summer 2013</a></li>
87384   <li class="primary-nav-item">
87385   <a href="/publications/cancer-newsline/summer-2013.html" aria-label="Summer 2013
    …   Home">Summer 2013 Home</a></li>
87386   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/penile-cancer-basics.html">Penile
    …   cancer basics</a></li>
87387   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/diet-and-exercise-advice-to-reduce-
    …   your-cancer-risk.html">Diet and exercise advice to reduce your cancer risk</a></li>
87388   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/testicular-cancer-basics.html">
    …   Testicular cancer basics</a></li>
87389   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/non-hodgkins-lymphoma-basics.html">
    …   Non-Hodgkin's lymphoma basics</a></li>
87390   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/bladder-cancer-screening-tool-detects
    …   -early-stage-tumors.html">New bladder cancer screening tool detects more tumors in
    …   early stages</a></li>
87391   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/drug-study-shows-no-benefit-for-newly
    …   -diagnosed-glioblastoma.html"> Drug study shows no benefit for newly diagnosed
    …   glioblastoma</a></li>
87392   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2013/how-to-tell-children-their-sibling-
    …   has-cancer.html">How to tell children their sibling has cancer</a></li>
87393   </ul>
87394   </nav>
```

```
87395 </div>
87396 </section>
87397 </div>
87398 </div>
87399 </div></li>
87400 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancer-newsline/spring-2013.html">Spring 2013</a>
87401 <div class="subnav-mask">
87402 <div class="subnav-wrapper">
87403 <div class="subnav col10 pad">
87404 <section class="nested">
87405 <div class="col4 main-column">
87406 <nav class="secondary">
87407 <ul>
87408 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2013.html"
      aria-label="Back to Spring 2013">Spring 2013</a></li>
87409 <li class="primary-nav-item">
87410 <a href="/publications/cancer-newsline/spring-2013.html" aria-label="Spring 2013
      Home">Spring 2013 Home</a></li>
87411 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/spring-2013/healthy-aging-for-the-cancer-patient.
      html">Healthy aging for the cancer patient</a></li>
87412 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/spring-2013/doctors-and-veterinarians-work-
      together-to-cure-cancer.html">Doctors and veterinarians work together to cure
      cancer</a></li>
87413 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/spring-2013/cancer-and-teeth.html">Cancer and
      dental health</a></li>
87414 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/spring-2013/hospitalists-treat-acutely-ill-
      patients.html">Hospitalists treat acutely ill patients</a></li>
87415 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/spring-2013/male-breast-cancer-experience.html">
      Male breast cancer: patient and doctor discuss experience and treatment</a></li>
87416 </ul>
87417 </nav>
87418 </div>
87419 </section>
87420 </div>
87421 </div>
87422 </div></li>
87423 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancer-newsline/winter-2013.html">Winter 2013</a>
87424 <div class="subnav-mask">
87425 <div class="subnav-wrapper">
87426 <div class="subnav col10 pad">
87427 <section class="nested">
87428 <div class="col4 main-column">
87429 <nav class="secondary">
87430 <ul>
87431 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2013.html"
      aria-label="Back to Winter 2013">Winter 2013</a></li>
87432 <li class="primary-nav-item">
87433 <a href="/publications/cancer-newsline/winter-2013.html" aria-label="Winter 2013
      Home">Winter 2013 Home</a></li>
87434 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2013/breast-cancer-is-most-common-cancer-
      in-women.html">Breast cancer — most common cancer in women</a></li>
87435 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2013/desmoid-tumors.html">Desmoid tumors —
      dangerous when not treated as cancer</a></li>
87436 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2013/medical-hypnosis-assists-with-medical
      -procedures.html">Medical hypnosis assists with surgery and medical
      procedures</a></li>
87437 <li class="primary-nav-item"><a
      href="/publications/cancer-newsline/winter-2013/facts-about-uterine-cancer.html">
```

```
87437…  Facts about uterine cancer</a></li>
87438   </ul>
87439   </nav>
87440   </div>
87441   </section>
87442   </div>
87443   </div>
87444   </div></li>
87445   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancer-newsline/fall-2012.html">Fall 2012</a>
87446   <div class="subnav-mask">
87447   <div class="subnav-wrapper">
87448   <div class="subnav col10 pad">
87449   <section class="nested">
87450   <div class="col4 main-column">
87451   <nav class="secondary">
87452   <ul>
87453   <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2012.html"
    …   aria-label="Back to Fall 2012">Fall 2012</a></li>
87454   <li class="primary-nav-item">
87455   <a href="/publications/cancer-newsline/fall-2012.html" aria-label="Fall 2012
    …   Home">Fall 2012 Home</a></li>
87456   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2012/acute-myeloid-leukemia-aml.html">Acute
    …   myeloid leukemia (AML) basics</a></li>
87457   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2012/md-anderson-launches-moon-shots-program
    …   .html">MD Anderson launches Moon Shots Program</a></li>
87458   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/fall-2012/when-constipation-becomes-an-emergency-
    …   for-cancer-patients.html">When constipation becomes an emergency for cancer
    …   patients</a></li>
87459   </ul>
87460   </nav>
87461   </div>
87462   </section>
87463   </div>
87464   </div>
87465   </div></li>
87466   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancer-newsline/summer-2012.html">Summer 2012</a>
87467   <div class="subnav-mask">
87468   <div class="subnav-wrapper">
87469   <div class="subnav col10 pad">
87470   <section class="nested">
87471   <div class="col4 main-column">
87472   <nav class="secondary">
87473   <ul>
87474   <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2012.html"
    …   aria-label="Back to Summer 2012">Summer 2012</a></li>
87475   <li class="primary-nav-item">
87476   <a href="/publications/cancer-newsline/summer-2012.html" aria-label="Summer 2012
    …   Home">Summer 2012 Home</a></li>
87477   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2012/physicist-mentors-young-cancer-
    …   patient-in-medical-career.html">Physicist mentors young cancer patient in medical
    …   career</a></li>
87478   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2012/multiple-myeloma-basics.html">
    …   Multiple myeloma basics</a></li>
87479   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2012/mantle-cell-lymphoma-basics.html">
    …   Mantle cell lymphoma basics</a></li>
87480   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2012/learn-the-facts-about-melanoma.html">
    …   Learn the facts about melanoma</a></li>
87481   <li class="primary-nav-item"><a
    …   href="/publications/cancer-newsline/summer-2012/circulating-tumor-cells-early-breast-
```

```
87481… cancer-prognosis.html">Circulating tumor cells may predict prognosis in early breast
   …  cancer</a></li>
87482 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/stereotactic-body-radiation-therapy.
   …  html">Stereotactic body radiation therapy</a></li>
87483 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/summer-2012/cancer-vaccine-to-prevent-breast-
   …  cancer-recurrence.html">Cancer vaccine to prevent breast cancer recurrence</a></li>
87484 </ul>
87485 </nav>
87486 </div>
87487 </section>
87488 </div>
87489 </div>
87490 </div></li>
87491 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancer-newsline/spring-2012.html">Spring 2012</a>
87492 <div class="subnav-mask">
87493 <div class="subnav-wrapper">
87494 <div class="subnav col10 pad">
87495 <section class="nested">
87496 <div class="col4 main-column">
87497 <nav class="secondary">
87498 <ul>
87499 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2012.html"
   …  aria-label="Back to Spring 2012">Spring 2012</a></li>
87500 <li class="primary-nav-item">
87501 <a href="/publications/cancer-newsline/spring-2012.html" aria-label="Spring 2012
   …  Home">Spring 2012 Home</a></li>
87502 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/health-care-reform-effect-on-cancer-
   …  prevention-services.html">Health care reform and the effect on cancer prevention
   …  services</a></li>
87503 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/the-connection-between-genes-and-
   …  colon-cancer.html">The connection between genes and colon cancer</a></li>
87504 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/tips-to-help-kids-avoid-adult-cancers
   …  .html">Tips to Help Kids Avoid Adult Cancers</a></li>
87505 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/bone-cancer-surgery-options-for-
   …  adults.html">Bone Cancer Surgery Options for Adults</a></li>
87506 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/brain-cancer-basics-and-hope-through-
   …  research.html">Brain Cancer Basics and Hope through Research</a></li>
87507 <li class="primary-nav-item"><a
   …  href="/publications/cancer-newsline/spring-2012/bile-duct-cancer-numbers-are-rising.
   …  html">Bile Duct Cancer Numbers are Rising</a></li>
87508 </ul>
87509 </nav>
87510 </div>
87511 </section>
87512 </div>
87513 </div>
87514 </div></li>
87515 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancer-newsline/winter-2012.html">Winter 2012</a>
87516 <div class="subnav-mask">
87517 <div class="subnav-wrapper">
87518 <div class="subnav col10 pad">
87519 <section class="nested">
87520 <div class="col4 main-column">
87521 <nav class="secondary">
87522 <ul>
87523 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2012.html"
   …  aria-label="Back to Winter 2012">Winter 2012</a></li>
87524 <li class="primary-nav-item">
87525 <a href="/publications/cancer-newsline/winter-2012.html" aria-label="Winter 2012
```

```
87525  Home">Winter 2012 Home</a></li>
87526  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/winter-2012/research-for-stage-1-lung-cancer.html
    ..  ">Research for Stage 1 Lung Cancer</a></li>
87527  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/winter-2012/uveal-melanoma.html"> Uveal Melanoma:
    ..  Skin cancer of the eye</a></li>
87528  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/winter-2012/fertility-issues-to-consider-before-
    ..  childs-cancer-treatment.html">Fertility Issues to Consider before your child's Cancer
    ..  Treatment</a></li>
87529  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/winter-2012/proton-therapy-for-liver-cancer.html"
    ..  >Proton Therapy Treatment for Liver Cancer</a></li>
87530  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/winter-2012/information-technology-helping-cancer
    ..  -clinical-trials.html">Information Technology Tools Helping With Clinical
    ..  Trials</a></li>
87531  </ul>
87532  </nav>
87533  </div>
87534  </section>
87535  </div>
87536  </div>
87537  </div></li>
87538  <li class="primary-nav-item has-subnav"><a
    ..  href="/publications/cancer-newsline/fall-2011.html">Fall 2011</a>
87539  <div class="subnav-mask">
87540  <div class="subnav-wrapper">
87541  <div class="subnav col10 pad">
87542  <section class="nested">
87543  <div class="col4 main-column">
87544  <nav class="secondary">
87545  <ul>
87546  <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2011.html"
    ..  aria-label="Back to Fall 2011">Fall 2011</a></li>
87547  <li class="primary-nav-item">
87548  <a href="/publications/cancer-newsline/fall-2011.html" aria-label="Fall 2011
    ..  Home">Fall 2011 Home</a></li>
87549  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/alarming-increase-in-hpv-related-throat
    ..  -cancer.html">Alarming increase in HPV-related throat cancer</a></li>
87550  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/proton-therapy-treatment-for-brain-
    ..  tumors.html">Proton Therapy Treatment for Brain Tumors</a></li>
87551  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/bone-cancer-surgery-for-pediatric-
    ..  patients.html">Bone cancer surgery for pediatric patients</a></li>
87552  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/sexual-pleasure-after-prostate-cancer-
    ..  treatment.html">Sexual Pleasure after prostate cancer treatment</a></li>
87553  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/vulvar-cancer.html">Vulvar Cancer
    ..  Basics</a></li>
87554  <li class="primary-nav-item"><a
    ..  href="/publications/cancer-newsline/fall-2011/vaginal-cancer.html">Vaginal Cancer
    ..  Basics</a></li>
87555  </ul>
87556  </nav>
87557  </div>
87558  </section>
87559  </div>
87560  </div>
87561  </div></li>
87562  <li class="primary-nav-item has-subnav"><a
    ..  href="/publications/cancer-newsline/summer-2011.html">Summer 2011</a>
87563  <div class="subnav-mask">
87564  <div class="subnav-wrapper">
```

```
87565 <div class="subnav-col10 pad">
87566 <section class="nested">
87567 <div class="col4 main-column">
87568 <nav class="secondary">
87569 <ul>
87570 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2011.html"
   … aria-label="Back to Summer 2011">Summer 2011</a></li>
87571 <li class="primary-nav-item">
87572 <a href="/publications/cancer-newsline/summer-2011.html" aria-label="Summer 2011
   … Home">Summer 2011 Home</a></li>
87573 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/darker-skin-also-susceptible-to-skin-
   … cancer.html">Darker Skin Also Susceptible to Skin Cancer</a></li>
87574 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/childhood-endocrine-tumors.html">
   … Childhood Endocrine Tumors</a></li>
87575 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/tongue-cancer.html">Tongue Cancer:
   … The Basics</a></li>
87576 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/white-blood-cell-donations-for-cancer
   … -patients.html">White Blood Cell Donations for Cancer Patients</a></li>
87577 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/proton-therapy-for-esophageal-cancer.
   … html">Proton Therapy for Esophageal Cancer</a></li>
87578 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/mohs-surgery-for-skin-cancer.html">
   … Mohs Surgery for Skin Cancer</a></li>
87579 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/ct-scan-for-lung-cancer-screening.
   … html">CT Scan for Lung Cancer Screening</a></li>
87580 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/radiation-therapy-outpacing-radiation
   … -oncologist-supply.html">Radiation Therapy Outpacing Radiation Oncologist
   … Supply</a></li>
87581 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/treatment-for-skull-base-tumors.html"
   … >Treatment for Rare Skull Base Tumors</a></li>
87582 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/proton-therapy-for-childhood-cancers.
   … html">Proton Therapy For Childhood Cancers</a></li>
87583 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/summer-2011/study-details-first-melanoma-vaccine.
   … html">Study Details First Therapeutic Melanoma Vaccine</a></li>
87584 </ul>
87585 </nav>
87586 </div>
87587 </section>
87588 </div>
87589 </div>
87590 </div></li>
87591 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/spring-2011.html">Spring 2011</a>
87592 <div class="subnav-mask"></div>
87593 <div class="subnav-wrapper">
87594 <div class="subnav col10 pad">
87595 <section class="nested">
87596 <div class="col4 main-column">
87597 <nav class="secondary">
87598 <ul>
87599 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2011.html"
   … aria-label="Back to Spring 2011">Spring 2011</a></li>
87600 <li class="primary-nav-item">
87601 <a href="/publications/cancer-newsline/spring-2011.html" aria-label="Spring 2011
   … Home">Spring 2011 Home</a></li>
87602 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/spring-2011/will-japan-nuclear-accident-effect-
   … global-cancer-rates.html">Will Japan's Nuclear Accident Effect Global Cancer
```

```
87602… Risk</a></li>
87603 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/lymphedema-management.html">
  … Lymphedema: Basics, Management and New Research</a></li>
87604 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/kidney-cancer-basics.html">Kidney
  … Cancer Basics</a></li>
87605 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/salivary-gland-cancer.html">Salivary
  … Gland Cancer is Rare</a></li>
87606 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/humanitarian-medical-work.html">The
  … Human Touch in Humanitarian Medical Work</a></li>
87607 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/the-gps-of-brain-surgery.html">The
  … GPS of Brain Surgery</a></li>
87608 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/cancer-drug-shortage-is-costing-lives
  … .html">Cancer Drug Shortage Is Costing Lives</a></li>
87609 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/bladder-cancer.html">Bladder Cancer
  … Basics</a></li>
87610 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/cancer-and-depression.html">Cancer
  … and Depression</a></li>
87611 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/dont-let-stress-get-under-your-skin.
  … html">Don't Let Stress Get Under Your Skin</a></li>
87612 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/spring-2011/breast-cancer-doesnt-just-strike-
  … women.html">Breast Cancer Doesn't Just Strike Women</a></li>
87613 </ul>
87614 </nav>
87615 </div>
87616 </section>
87617 </div>
87618 </div>
87619 </div></li>
87620 <li class="primary-nav-item has-subnav"><a
  … href="/publications/cancer-newsline/winter-2011.html">Winter 2011</a>
87621 <div class="subnav-mask">
87622 <div class="subnav-wrapper">
87623 <div class="subnav col10 pad">
87624 <section class="nested">
87625 <div class="col4 main-column">
87626 <nav class="secondary">
87627 <ul>
87628 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2011.html"
  … aria-label="Back to Winter 2011">Winter 2011</a></li>
87629 <li class="primary-nav-item">
87630 <a href="/publications/cancer-newsline/winter-2011.html" aria-label="Winter 2011
  … Home">Winter 2011 Home</a></li>
87631 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/winter-2011/childhood-leukemia.html">Childhood
  … Leukemia</a></li>
87632 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/winter-2011/cushings-syndrome-and-cushings-
  … disease.html">Cushing's Syndrome and Disease often go undiagnosed</a></li>
87633 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/winter-2011/patient-education-fills-information-
  … gap.html">Patient Education Fills the Information Gap for Cancer Patients and
  … Caregivers</a></li>
87634 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/winter-2011/vitamin-supplements-for-cancer-
  … patients.html">The Benefits and Dangers of Vitamin Supplements for Cancer
  … Patients</a></li>
87635 <li class="primary-nav-item"><a
  … href="/publications/cancer-newsline/winter-2011/cancer-affects-caregivers-too.html">
```

```
87635… Cancer affects Caregivers Too</a></li>
87636 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/winter-2011/can-stress-cause-cancer.html">Can
   … Stress Cause Cancer?</a></li>
87637 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/winter-2011/sexual-renewal-program-for-women-
   … cancer-survivors.html">Sexual Renewal Program for Women Cancer Survivors</a></li>
87638 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/winter-2011/ablation-therapy-for-prostate-cancer.
   … html">Ablation Therapy for Prostate Cancer</a></li>
87639 </ul>
87640 </nav>
87641 </div>
87642 </section>
87643 </div>
87644 </div>
87645 </div></li>
87646 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancer-newsline/fall-2010.html">Fall 2010</a>
87647 <div class="subnav-mask">
87648 <div class="subnav-wrapper">
87649 <div class="subnav col10 pad">
87650 <section class="nested">
87651 <div class="col4 main-column">
87652 <nav class="secondary">
87653 <ul>
87654 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/fall-2010.html"
   … aria-label="Back to Fall 2010">Fall 2010</a></li>
87655 <li class="primary-nav-item">
87656 <a href="/publications/cancer-newsline/fall-2010.html" aria-label="Fall 2010
   … Home">Fall 2010 Home</a></li>
87657 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/hepatocellular-carcinoma-liver-cancer.
   … html">Liver Cancer Basics</a></li>
87658 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/proton-therapy-for-lung-cancer.html">
   … Proton Therapy for Lung Cancer</a></li>
87659 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/ct-scans-reduce-lung-cancer-death-rates
   … .html">CT Scans Reduce Death Rates From Lung Cancer</a></li>
87660 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/iressa-effective-for-lung-cancer.html">
   … Iressa As Effective As Chemotherapy for Lung Cancer Treatment</a></li>
87661 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/appendix-cancer.html">Appendix Cancer
   … Basics</a></li>
87662 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/hope-for-triple-negative-metastatic-
   … breast-cancer.html">Hope for Women with Triple-Negative Metastatic Breast
   … Cancer</a></li>
87663 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/pancreatic-cancer.html">Pancreatic
   … Cancer</a></li>
87664 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/understanding-sarcoma-tumors.html">
   … Understanding Sarcoma Tumors</a></li>
87665 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/acoustic-neuroma.html">Acoustic
   … Neuroma</a></li>
87666 <li class="primary-nav-item"><a
   … href="/publications/cancer-newsline/fall-2010/chemobrain.html">Chemobrain ... Is It
   … Real?</a></li>
87667 </ul>
87668 </nav>
87669 </div>
87670 </section>
87671 </div>
87672 </div>
```

```
87673 </div></li>
87674 <li class="primary-nav-item has-subnav"><a
  ... href="/publications/cancer-newsline/summer-2010.html">Summer 2010</a>
87675 <div class="subnav-mask">
87676 <div class="subnav-wrapper">
87677 <div class="subnav col10 pad">
87678 <section class="nested">
87679 <div class="col4 main-column">
87680 <nav class="secondary">
87681 <ul>
87682 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/summer-2010.html"
  ... aria-label="Back to Summer 2010">Summer 2010</a></li>
87683 <li class="primary-nav-item">
87684 <a href="/publications/cancer-newsline/summer-2010.html" aria-label="Summer 2010
  ... Home">Summer 2010 Home</a></li>
87685 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/cancers-caused-by-hpv.html">Cancers
  ... Caused by HPV</a></li>
87686 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/cancer-related-fatigue.html">Cancer-
  ... Related Fatigue</a></li>
87687 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/what-is-peritoneal-cancer.html">What
  ... is Peritoneal Cancer?</a></li>
87688 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/can-cancer-be-inherited.html">Can
  ... Cancer Be Inherited?</a></li>
87689 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/metastatic-eye-cancer.html">
  ... Metastatic Eye Cancer</a></li>
87690 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/fallopian-tube-cancer.html">Fallopian
  ... Tube Cancer</a></li>
87691 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/laryngeal-cancer.html">Laryngeal
  ... Cancer</a></li>
87692 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/hurricane-preparation-for-cancer-
  ... patients.html">Hurricane Preparation for Cancer Patients</a></li>
87693 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/proton-therapy-to-treat-prostate-
  ... cancer.html">Proton Therapy for Prostate Cancer</a></li>
87694 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/massage-therapy-benefits-for-cancer-
  ... patients.html">Benefits of Massage Therapy for Cancer Patients</a></li>
87695 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/skin-cancer-and-melanoma-basics.html"
  ... > Melanoma, Basal and Squamous Cell Carcinoma</a></li>
87696 <li class="primary-nav-item"><a
  ... href="/publications/cancer-newsline/summer-2010/managing-health-care-insurance.html">
  ... Managing Health Care Insurance</a></li>
87697 </ul>
87698 </nav>
87699 </div>
87700 </section>
87701 </div>
87702 </div>
87703 </div></li>
87704 <li class="primary-nav-item has-subnav"><a
  ... href="/publications/cancer-newsline/spring-2010.html">Spring 2010</a>
87705 <div class="subnav-mask">
87706 <div class="subnav-wrapper">
87707 <div class="subnav col10 pad">
87708 <section class="nested">
87709 <div class="col4 main-column">
87710 <nav class="secondary">
87711 <ul>
87712 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/spring-2010.html"
```

```
87712… aria-label="Back to Spring 2010">Spring 2010</a></li>
87713 <li class="primary-nav-item">
87714 <a href="/publications/cancer-newsline/spring-2010.html" aria-label="Spring 2010
    … Home">Spring 2010 Home</a></li>
87715 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/ca125-changes-promising-for-early-
    … ovarian-cancer-diagnosis.html">CA-125 Change Over Time Shows Promise for Early
    … Detection of Ovarian Cancer</a></li>
87716 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/eye-cancer.html">Eye Cancer Diagnosis
    … and Research</a></li>
87717 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/glioblastoma-multiforme-treatment-
    … options.html">Glioblastoma Multiforme Treatment Options</a></li>
87718 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/mind-body-practices-benefit-cancer-
    … patients.html">Mind Body Practices Benefit Cancer Patients</a></li>
87719 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/international-center-how-we-can-help.
    … html">International Center: How We Can Help</a></li>
87720 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/young-adult-cancer-patient-issues.
    … html">Issues Faced by Young Adult Cancer Patients</a></li>
87721 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/multidisciplinary-prostate-cancer-
    … clinic.html">Multidisciplinary Prostate Cancer Clinic</a></li>
87722 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/spring-2010/contralateral-prophylactic-mastectomy
    … -and-survival.html">Contralateral Prophylactic Mastectomy and Survival</a></li>
87723 </ul>
87724 </nav>
87725 </div>
87726 </section>
87727 </div>
87728 </div>
87729 </div></li>
87730 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancer-newsline/winter-2010.html">Winter 2010</a>
87731 <div class="subnav-mask">
87732 <div class="subnav-wrapper">
87733 <div class="subnav col10 pad">
87734 <section class="nested">
87735 <div class="col4 main-column">
87736 <nav class="secondary">
87737 <ul>
87738 <li class="mobile-nav-back"><a href="/publications/cancer-newsline/winter-2010.html"
    … aria-label="Back to Winter 2010">Winter 2010</a></li>
87739 <li class="primary-nav-item">
87740 <a href="/publications/cancer-newsline/winter-2010.html" aria-label="Winter 2010
    … Home">Winter 2010 Home</a></li>
87741 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/heated-chemotherapy-for-pediatric-
    … patients.html">Heated Chemotherapy Offers Hope for Pediatric Patients</a></li>
87742 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/von-hippel-lindau-disease.html">Von
    … Hippel Lindau Disease</a></li>
87743 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/cryoablation-treatment-for-breast-
    … cancer.html">Cryoablation Treatment for Breast Cancer</a></li>
87744 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/accelerated-partial-breast-
    … irradiation.html">Accelerated Partial Breast Irradiation (APBI)</a></li>
87745 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/physical-therapy-for-cancer-patients.
    … html">Physical Therapy for Cancer Patients</a></li>
87746 <li class="primary-nav-item"><a
    … href="/publications/cancer-newsline/winter-2010/gamma-knife-surgery-for-brain-cancer.
    … html">Gamma Knife Surgery for Brain Cancer</a></li>
```

```
87747  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2010/minimally-invasive-robotic-
  …    thyroidectomy.html">Minimally Invasive Robotic Thyroidectomy</a></li>
87748  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2010/body-image-issues-for-cancer-patients
  …    .html">Body Image Issues for Cancer Patients</a></li>
87749  <li class="primary-nav-item"><a
  …    href="/publications/cancer-newsline/winter-2010/acupuncture-for-cancer-patients.html"
  …    >Acupuncture for Cancer Patients</a></li>
87750  </ul>
87751  </nav>
87752  </div>
87753  </section>
87754  </div>
87755  </div>
87756  </div></li>
87757  </ul>
87758  </nav>
87759  </div>
87760  </section>
87761  </div>
87762  </div>
87763  </div></li>
87764  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise.html">Cancerwise</a>
87765  <div class="subnav-mask">
87766  <div class="subnav-wrapper">
87767  <div class="subnav col10 pad">
87768  <section class="nested">
87769  <div class="col4 main-column">
87770  <nav class="secondary">
87771  <ul>
87772  <li class="mobile-nav-back"><a href="/publications/cancerwise.html" aria-label="Back
  …    to Cancerwise">Cancerwise</a></li>
87773  <li class="primary-nav-item">
87774  <a href="/publications/cancerwise.html" aria-label="Cancerwise Home">Cancerwise
  …    Home</a></li>
87775  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2016.html">2016</a>
87776  <div class="subnav-mask">
87777  <div class="subnav-wrapper">
87778  <div class="subnav col10 pad">
87779  <section class="nested">
87780  <div class="col4 main-column">
87781  <nav class="secondary">
87782  <ul>
87783  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016.html"
  …    aria-label="Back to 2016">2016</a></li>
87784  <li class="primary-nav-item">
87785  <a href="/publications/cancerwise/2016.html" aria-label="2016 Home">2016
  …    Home</a></li>
87786  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2016/01.html">01</a>
87787  <div class="subnav-mask">
87788  <div class="subnav-wrapper">
87789  <div class="subnav col10 pad">
87790  <section class="nested">
87791  <div class="col4 main-column">
87792  <nav class="secondary">
87793  <ul>
87794  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/01.html"
  …    aria-label="Back to 01">01</a></li>
87795  <li class="primary-nav-item">
87796  <a href="/publications/cancerwise/2016/01.html" aria-label="01 Home">01 Home</a></li>
87797  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2016/01/my-cancer-scars--wha.html">My cancer scars:
  …    What I tell my kids</a></li>
87798  <li class="primary-nav-item"><a
```

```
87798… href="/publications/cancerwise/2016/01/renal-medullary-carci.html">Renal medullary
   … carcinoma caregiver: Be your own cancer advocate</a></li>
87799 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/stomach-cancer-survi.html">Stomach cancer
   … survivor: "You don't have to go through this alone"</a></li>
87800 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/schooling-triple-neg.html">Schooling
   … triple-negative breast cancer</a></li>
87801 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/my-eye-cancer-story-.html">My eye cancer
   … story: Finding hope and life</a></li>
87802 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/making-art-matter.html">Making art
   … matter</a></li>
87803 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/coping-with-gvhd-aft.html">Coping with GVHD
   … after ALCL</a></li>
87804 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/personalized-chemoth.html">Personalized
   … chemotherapy dosing treatment improves responses, minimizes
87805 side effects</a></li>
87806 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/01/a-link-between-music.html">A link between
   … music and medicine</a></li>
87807 </ul>
87808 </nav>
87809 </div>
87810 </section>
87811 </div>
87812 </div>
87813 </div></li>
87814 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2016/02.html">02</a>
87815 <div class="subnav-mask">
87816 <div class="subnav-wrapper">
87817 <div class="subnav col10 pad">
87818 <section class="nested">
87819 <div class="col4 main-column">
87820 <nav class="secondary">
87821 <ul>
87822 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/02.html"
   … aria-label="Back to 02">02</a></li>
87823 <li class="primary-nav-item">
87824 <a href="/publications/cancerwise/2016/02.html" aria-label="02 Home">02 Home</a></li>
87825 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/genetics-expertise-h.html">Genetics expertise
   … helps make precision medicine a reality</a></li>
87826 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/squamous-cell-carcin.html">Squamous cell
   … carcinoma caregiver gives back</a></li>
87827 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/my-chondrosarcoma-jo.html">My chondrosarcoma
   … journey: It takes a team</a></li>
87828 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/angiosarcoma-survivo.html">Angiosarcoma
   … survivor: 3 ways to support a friend with cancer</a></li>
87829 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/where-md-anderson-pa.html">Where MD Anderson
   … patients made important connections</a></li>
87830 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/life-lessons-from-br.html">Life lessons from
   … breast cancer</a></li>
87831 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/how-a-nurse-practiti.html">How a nurse
   … practitioner made me feel like family</a></li>
87832 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2016/02/nurse--_having-thyro.html">Nurse: 'Having
   … thyroid cancer made me a better caregiver'</a></li>
```

```
87833 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/pediatric-rhabdomyos.html">Pediatric
   …  rhabdomyosarcoma patient spreads hope</a></li>
87834 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/aml-survivor--where-.html">AML survivor: Where
   …  to relax at MD Anderson</a></li>
87835 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/q-a--understanding-a.html">Q&amp;A:
   …  Understanding acoustic neuroma</a></li>
87836 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/from-ewing-s-sarcoma.html">From Ewing's
   …  sarcoma patient to nurse</a></li>
87837 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/two-time-lymphoma-su.html">Two-time lymphoma
   …  survivor: 'I'm alive to try'</a></li>
87838 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/synovial-sarcoma-pre.html">Synovial sarcoma
   …  prepared me for my next big adventure</a></li>
87839 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/celebrating-life-aft.html">Thriving after my
   …  bone marrow transplant</a></li>
87840 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/surviving-stage-iv-c.html">Surviving stage IV
   …  colorectal cancer</a></li>
87841 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/02/my-stage-iv-colon-ca.html">My stage IV colon
   …  cancer odyssey</a></li>
87842 </ul>
87843 </nav>
87844 </div>
87845 </section>
87846 </div>
87847 </div>
87848 </div></li>
87849 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2016/03.html">03</a>
87850 <div class="subnav-mask">
87851 <div class="subnav-wrapper">
87852 <div class="subnav col10 pad">
87853 <section class="nested">
87854 <div class="col4 main-column">
87855 <nav class="secondary">
87856 <ul>
87857 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/03.html"
   …  aria-label="Back to 03">03</a></li>
87858 <li class="primary-nav-item">
87859 <a href="/publications/cancerwise/2016/03.html" aria-label="03 Home">03 Home</a></li>
87860 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/appendix-cancer-surv.html">Appendix cancer
   …  survivor: Take an active role in your treatment</a></li>
87861 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/diet-and-your-lung-c.html">Diet and your lung
   …  cancer risk</a></li>
87862 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/daily-aspirin-and-co.html">Daily aspirin and
   …  colon cancer risk</a></li>
87863 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/the-perfect-gift-for.html">The perfect gift
   …  for your friend with cancer</a></li>
87864 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/confronting-ocular-m.html">Confronting ocular
   …  melanoma</a></li>
87865 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/li-fraumeni-syndrome.html">Li-Fraumeni
   …  syndrome survivor: 'Don't let cancer define you'</a></li>
87866 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/03/my-kidney-cancer-jou.html">My kidney cancer
   …  journey</a></li>
```

```
87867 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/pregnant-with-inflam.html">Pregnant with
    … inflammatory breast cancer</a></li>
87868 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/q-a--eyelid-cancer-.html">Q&amp;A: Eyelid
    … cancer</a></li>
87869 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/exercise-to-ease-per.html">Exercise to ease
    … peripheral neuropathy symptoms</a></li>
87870 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/facing-follow-up-tes.html">Facing follow-up
    … tests with a positive attitude</a></li>
87871 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/how-a-fatigue-journa.html">How a fatigue
    … journal can help cancer patients</a></li>
87872 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/what-to-pack-for-you.html">What to pack for
    … your hospital stay</a></li>
87873 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/my-non-small-cell-lu.html">My non-small cell
    … lung cancer story</a></li>
87874 </ul>
87875 </nav>
87876 </div>
87877 </section>
87878 </div>
87879 </div>
87880 </div></li>
87881 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2016/04.html">04</a>
87882 <div class="subnav-mask">
87883 <div class="subnav-wrapper">
87884 <div class="subnav col10 pad">
87885 <section class="nested">
87886 <div class="col4 main-column">
87887 <nav class="secondary">
87888 <ul>
87889 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/04.html"
    … aria-label="Back to 04">04</a></li>
87890 <li class="primary-nav-item">
87891 <a href="/publications/cancerwise/2016/04.html" aria-label="04 Home">04 Home</a></li>
87892 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/putting-my-thyroid-c.html">Putting my thyroid
    … cancer diagnosis in the rearview mirror</a></li>
87893 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/how-art-helped-my-da.html">How art helped my
    … daughter cope with MDS treatment</a></li>
87894 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/understanding-neurop.html">Understanding
    … neuropsychology and chemobrain</a></li>
87895 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/building-a-nursing-p.html">Building a nursing
    … pipeline</a></li>
87896 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/surviving-hpv-relate.html">Surviving
    … HPV-related cervical cancer twice</a></li>
87897 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/it-takes-a-village-t.html">It takes a village
    … to get through cancer</a></li>
87898 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/a-makeover-for-the-r.html">A makeover for the
    … Rotary House</a></li>
87899 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/my-non-hodgkin_s-lym.html">Non-Hodgkin's
    … lymphoma: Just another adventure</a></li>
87900 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/04/a-cancer-survivors-.html">A cancer survivor's
    … gift of gab</a></li>
```

```
87901  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/04/fertility-and-cancer.html">Fertility and
   …   cancer: 10 things to know</a></li>
87902  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/04/surgical-relief-from.html">Surgical relief
   …   from lymphedema</a></li>
87903  </ul>
87904  </nav>
87905  </div>
87906  </section>
87907  </div>
87908  </div>
87909  </div></li>
87910  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2016/05.html">05</a>
87911  <div class="subnav-mask">
87912  <div class="subnav-wrapper">
87913  <div class="subnav col10 pad">
87914  <section class="nested">
87915  <div class="col4 main-column">
87916  <nav class="secondary">
87917  <ul>
87918  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/05.html"
   …   aria-label="Back to 05">05</a></li>
87919  <li class="primary-nav-item">
87920  <a href="/publications/cancerwise/2016/05.html" aria-label="05 Home">05 Home</a></li>
87921  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/how-to-support-a-fri.html">How to support a
   …   friend through hair loss</a></li>
87922  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/living-with-oligoden.html">Living with
   …   oligodendroglioma</a></li>
87923  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/my-male-breast-cance.html">My male breast
   …   cancer story continues: The recurrence</a></li>
87924  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/advice-for-coping-wi.html">Stressed out?
   …   Advice for coping</a></li>
87925  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/cancer--i-beat-you.html">Cancer, I beat
   …   you</a></li>
87926  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/life-with-a-benign-b.html">Life with a benign
   …   brain tumor</a></li>
87927  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/5-time-adrenal-gland.html">5-time adrenal
   …   gland tumor survivor beats weight gain</a></li>
87928  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/medulloblastoma-pati.html">Medulloblastoma
   …   patient marks a decade cancer-free</a></li>
87929  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/gratitude-for-my-son.html">Gratitude for my
   …   sons after breast cancer</a></li>
87930  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/surviving-a-total-pe.html">Surviving a total
   …   pelvic exenteration</a></li>
87931  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/nivolumab-gives-rena.html">Nivolumab gives
   …   renal cancer survivor a second chance</a></li>
87932  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/coping-with-a-brain-.html">Coping with a brain
   …   tumor</a></li>
87933  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/how-nutrition-label-.html">Nutrition Facts
   …   label changes may help lower cancer risk</a></li>
87934  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/sunscreen--what-spf-.html">Sunscreen: What SPF
   …   should you choose?</a></li>
```

```
87935  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/inflammatory-breast-.html">Inflammatory breast
   …   cancer patient empowers herself with research</a></li>
87936  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/05/life-after-a-globla.html">Life after a
   …   glioblastoma diagnosis</a></li>
87937  </ul>
87938  </nav>
87939  </div>
87940  </section>
87941  </div>
87942  </div>
87943  </div></li>
87944  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2016/06.html">06</a>
87945  <div class="subnav-mask">
87946  <div class="subnav-wrapper">
87947  <div class="subnav col10 pad">
87948  <section class="nested">
87949  <div class="col4 main-column">
87950  <nav class="secondary">
87951  <ul>
87952  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/06.html"
   …   aria-label="Back to 06">06</a></li>
87953  <li class="primary-nav-item">
87954  <a href="/publications/cancerwise/2016/06.html" aria-label="06 Home">06 Home</a></li>
87955  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/facing-chemotherapy-.html">Facing chemotherapy
   …   with a newborn</a></li>
87956  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/q-a--understanding-i.html">Q&amp;A:
   …   Understanding immunotherapy</a></li>
87957  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/a-flight-attendant-f.html">A flight attendant
   …   finds her footing with melanoma treatment</a></li>
87958  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/professional-drummer.html">Drummer back in the
   …   groove after cancer</a></li>
87959  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/tonsil-cancer-surviv.html">Tonsil cancer
   …   survivor resolves to win</a></li>
87960  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/how-yoga-helped-an-a.html">How yoga helped an
   …   AML survivor recover</a></li>
87961  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/celebrating-life-dur.html">Celebrating life
   …   during Survivorship Week and year-round</a></li>
87962  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/after-appendix-cance.html">After appendix
   …   cancer, celebrating the little things</a></li>
87963  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/oligodendroglioma-su.html">Oligodendroglioma
   …   survivor: Doctor, consider it done</a></li>
87964  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/meditation--the-anti.html">Meditation: The
   …   antidote for stress</a></li>
87965  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/throat-cancer-surviv.html">Throat cancer
   …   survivor encourages HPV vaccination</a></li>
87966  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/nursing-assistant-do.html">Nursing assistant
   …   doubles as daughter's caregiver</a></li>
87967  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/less-invasive-surger.html">Less invasive
   …   surgery gets a triathlete back on track</a></li>
87968  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/06/li-fraumeni-syndrome.html">Li-Fraumeni
   …   syndrome caregiver: "Cancer can't have every day"</a></li>
```

```
87969  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/how-_hope_-brought-a.html">A non-Hodgkin's
    …  diagnosis, then 'Hope'</a></li>
87970  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/ewing_s-sarcoma-does.html">Ewing's sarcoma
    …  doesn't keep teen from walking life's road</a></li>
87971  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/06/sarcoma-survivor-thr.html">Sarcoma survivor
    …  finds hope in multidisciplinary care</a></li>
87972  </ul>
87973  </nav>
87974  </div>
87975  </section>
87976  </div>
87977  </div>
87978  </div></li>
87979  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/07.html">07</a>
87980  <div class="subnav-mask">
87981  <div class="subnav-wrapper">
87982  <div class="subnav col10 pad">
87983  <section class="nested">
87984  <div class="col4 main-column">
87985  <nav class="secondary">
87986  <ul>
87987  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/07.html"
    …  aria-label="Back to 07">07</a></li>
87988  <li class="primary-nav-item">
87989  <a href="/publications/cancerwise/2016/07.html" aria-label="07 Home">07 Home</a></li>
87990  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/caregiver-prepares-f.html">Caregiver prepares
    …  for daughter to leave the nest after cancer</a></li>
87991  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/pediatric-cancer-pat.html">Pediatric cancer
    …  patients' dreams take flight</a></li>
87992  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/hodgkins-lymphoma-spacesuit-art-project-arts-
    …  in-medicine.html">Hodgkin's lymphoma survivor helps create history</a></li>
87993  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/clinical-trial-uterine-cancer.html">Clinical
    …  trial gives uterine cancer survivor hope</a></li>
87994  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/arts-in-medicine-spacesuit-art-project.html">
    …  Creating hope through spacesuit art</a></li>
87995  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/acute-myeloid-leukem.html">Acute myeloid
    …  leukemia: What to know</a></li>
87996  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/glioblastoma-survivor-glioblastoma-treatment.
    …  html">Glioblastoma survivor: Game on</a></li>
87997  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/melanoma-in-high-school.html">Facing melanoma
    …  in high school</a></li>
87998  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/glioblastoma-survivor-second-opinion.html">
    …  Glioblastoma survivor: A second opinion gave me hope</a></li>
87999  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/blastic-plasmacytoid-dendritic.html">Blastic
    …  Plasmacytoid Dendritic Cell Neoplasm patient finds hope</a></li>
88000  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/non-Hodgkins-lymphoma-bike-lessons.html">
    …  Lessons learned from the bike trail</a></li>
88001  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/07/a-librarian-who_s-do.html">A librarian who's
    …  done it all</a></li>
88002  </ul>
88003  </nav>
88004  </div>
```

```
88005  </section>
88006  </div>
88007  </div>
88008  </div></li>
88009  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2016/08.html">08</a>
88010  <div class="subnav-mask">
88011  <div class="subnav-wrapper">
88012  <div class="subnav col10 pad">
88013  <section class="nested">
88014  <div class="col4 main-column">
88015  <nav class="secondary">
88016  <ul>
88017  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/08.html"
    …  aria-label="Back to 08">08</a></li>
88018  <li class="primary-nav-item">
88019  <a href="/publications/cancerwise/2016/08.html" aria-label="08 Home">08 Home</a></li>
88020  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/nurse-nursing-research.html">How our nurses
    …  are using research to transform patient care</a></li>
88021  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/spine-surgery-spinal-metastases.html">Spine
    …  surgery innovations stem from new technology</a></li>
88022  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/Nivolumab-Bevacizumab-clinical-trial.html">How
    …  Nivolumab and Bevacizumab gave us hope</a></li>
88023  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/adenoid-cystic-carcinoma.html">Adenoid cystic
    …  carcinoma survivor: Be your own advocate</a></li>
88024  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/prostate-cancer-mycancerconnection.html">
    …  Prostate cancer survivor gives back</a></li>
88025  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/radiation-exposure.html">Radiation exposure:
    …  What to know</a></li>
88026  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/teens-with-cancer.html">A survivor's advice
    …  for helping teens with cancer</a></li>
88027  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/oral-cancer.html">Oral cancer: What you should
    …  know</a></li>
88028  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/cervical-cancer-battle.html">My cancer was a
    …  battle</a></li>
88029  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/melanoma-pregnant-pregnancy.html">Facing
    …  melanoma while pregnant</a></li>
88030  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/microbiome-cancer.html">Q&amp;A: The
    …  microbiome and cancer</a></li>
88031  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/synovial-sarcoma.html">9 synovial sarcoma
    …  questions, answered</a></li>
88032  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/pediatric-melanoma.html">Pediatric melanoma
    …  survivor gets back in the game</a></li>
88033  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/aml-survivor-skyjumping.html">AML survivor
    …  celebrates at great heights</a></li>
88034  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/CML-allogenic-stem-cell-transplant.html">Stem
    …  cell transplant gives CML survivor second chance</a></li>
88035  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/esophageal-surgery-endoscopic-mucosal-
    …  resection.html">Surgery gives two-time survivor new life</a></li>
88036  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2016/08/squamous-cell-carcinoma-of-the-glottis-throat-
    …  cancer.html">Confronting my squamous cell carcinoma diagnosis</a></li>
```

```
88037  </ul>
88038  </nav>
88039  </div>
88040  </section>
88041  </div>
88042  </div>
88043  </div></li>
88044  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2016/09.html">09</a>
88045  <div class="subnav-mask">
88046  <div class="subnav-wrapper">
88047  <div class="subnav col10 pad">
88048  <section class="nested">
88049  <div class="col4 main-column">
88050  <nav class="secondary">
88051  <ul>
88052  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/09.html"
   …   aria-label="Back to 09">09</a></li>
88053  <li class="primary-nav-item">
88054  <a href="/publications/cancerwise/2016/09.html" aria-label="09 Home">09 Home</a></li>
88055  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/aml-survivor-find-cancer-information.html">AML
   …   survivor: Where to find good information</a></li>
88056  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/kendra-scott-childhood-cancer-awareness.html">
   …   Kendra Scott, pediatric patients team up to raise childhood cancer awareness</a></li>
88057  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/aml-craig-sager.html">AML won't sideline Craig
   …   Sager</a></li>
88058  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/aml-craig-sager-advice.html">Craig Sager's
   …   advice for cancer patients</a></li>
88059  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/melanoma-moonshot.html">How we're outsmarting
   …   melanoma</a></li>
88060  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/Waldenstroms-macrobulinemia-Pappas.html">
   …   Waldenström's macrobulinemia diagnosis, Pappas Restaurants redefine
88061  'family' for patient</a></li>
88062  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/glioblastoma-caregiver-humor.html">Caregiver:
   …   We faced glioblastoma with humor</a></li>
88063  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/pga-golf-randy-jones-melanoma.html">Golf
   …   professional Randy Jones' melanoma story</a></li>
88064  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/oncologist-question.html">Advice for
   …   communicating with your oncologist</a></li>
88065  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/cancer-in-the-periphery.html">Cancer lives in
   …   the periphery</a></li>
88066  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/09/metastatic-brain-cancer-renal-cell-carcinoma.
   …   html">How I've survived metastatic brain cancer</a></li>
88067  </ul>
88068  </nav>
88069  </div>
88070  </section>
88071  </div>
88072  </div>
88073  </div></li>
88074  </ul>
88075  </nav>
88076  </div>
88077  </section>
88078  </div>
88079  </div>
88080  </div></li>
```

```
88081  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015.html">2015</a>
88082  <div class="subnav-mask">
88083  <div class="subnav-wrapper">
88084  <div class="subnav col10 pad">
88085  <section class="nested">
88086  <div class="col4 main-column">
88087  <nav class="secondary">
88088  <ul>
88089  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015.html"
   …   aria-label="Back to 2015">2015</a></li>
88090  <li class="primary-nav-item">
88091  <a href="/publications/cancerwise/2015.html" aria-label="2015 Home">2015
   …   Home</a></li>
88092  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/01.html">01</a>
88093  <div class="subnav-mask">
88094  <div class="subnav-wrapper">
88095  <div class="subnav col10 pad">
88096  <section class="nested">
88097  <div class="col4 main-column">
88098  <nav class="secondary">
88099  <ul>
88100  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/01.html"
   …   aria-label="Back to 01">01</a></li>
88101  <li class="primary-nav-item">
88102  <a href="/publications/cancerwise/2015/01.html" aria-label="01 Home">01 Home</a></li>
88103  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/could-home-based-monitoring-enhance-your-
   …   cancer-care.html">Could home-based monitoring enhance your cancer care?</a></li>
88104  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/how-our-pathologists-help-our-patients.html">
   …   How our pathologists help our patients</a></li>
88105  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/putting-family-first-after-my-dads-melanoma-
   …   recurrence.html">Putting family first after my dad's melanoma recurrence</a></li>
88106  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/how-prostate-cancer-brought-my-husband-and-i-
   …   closer-together.html">How prostate cancer brought my husband and I closer
   …   together</a></li>
88107  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/what-you-should-know-about-multiple-myeloma.
   …   html">What you should know about multiple myeloma</a></li>
88108  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/wearing-my-chemo-cut-as-a-badge-of-honor.html"
   …   >Wearing my chemo-cut as a badge of honor</a></li>
88109  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/after-squamous-cell-carcinoma-appreciating-the
   …   -little-things.html">After squamous cell carcinoma, appreciating the little
   …   things</a></li>
88110  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/a-large-cell-cervical-cancer-patients-first-
   …   visit-to-md-anderson.html">A large cell cervical cancer patient's first visit to MD
   …   Anderson</a></li>
88111  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/opening-up-about-my-breast-cancer-journey.html
   …   ">Opening up about my breast cancer journey</a></li>
88112  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/looking-back-on-a-life-changing-year.html">
   …   Looking back on a life-changing year</a></li>
88113  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/how-young-adult-cancer-patients-can-find-
   …   social-support.html">How young adult cancer patients can find social support</a></li>
88114  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/how-nurses-help-me-through-my-ovarian-cancer-
   …   recurrence.html">How nurses helped me through my ovarian cancer recurrence</a></li>
88115  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/facing-infertility-after-testicular-cancer-
```

```
88115… treatment.html">Facing infertility after testicular cancer treatment</a></li>
88116  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/advice-from-four-cancer-survivors.html">Advice
   …   from four cancer survivors</a></li>
88117  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/01/how-md-anderson-made-my-breast-cancer-
   …   treatment-journey-quick.html">How MD Anderson made my breast cancer treatment journey
   …   quick</a></li>
88118  </ul>
88119  </nav>
88120  </div>
88121  </section>
88122  </div>
88123  </div>
88124  </div></li>
88125  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/02.html">02</a>
88126  <div class="subnav-mask">
88127  <div class="subnav-wrapper">
88128  <div class="subnav col10 pad">
88129  <section class="nested">
88130  <div class="col4 main-column">
88131  <nav class="secondary">
88132  <ul>
88133  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/02.html"
   …   aria-label="Back to 02">02</a></li>
88134  <li class="primary-nav-item">
88135  <a href="/publications/cancerwise/2015/02.html" aria-label="02 Home">02 Home</a></li>
88136  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/pediatric-follicular-thyroid-cancer-survivor-
   …   celebrates-opportun.html">Pediatric follicular thyroid cancer survivor celebrates
   …   opportunity to
88137  give back</a></li>
88138  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/finding-strength-after-my-ependymoma-diagnosis
   …   .html">Finding strength after my ependymoma diagnosis</a></li>
88139  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/finding-peace-and-joy-in-spreading-melanoma-
   …   awareness.html">Finding peace and joy in spreading melanoma awareness</a></li>
88140  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/why-i-support-the-hpv-vaccine.html">Why I
   …   support the HPV vaccine</a></li>
88141  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/what-to-know-about-kidney-cancer.html">What to
   …   know about kidney cancer</a></li>
88142  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/a-melanoma-survivor-shares-what-you-should-
   …   know-about-pregnancy-.html">Melanoma survivor: What you should know about pregnancy
   …   and skin cancer</a></li>
88143  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/20-ways-to-feel-closer-to-loved-ones-during-
   …   cancer-treatment.html">20 ways to feel closer to loved ones during cancer
   …   treatment</a></li>
88144  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/what-id-like-to-tell-my-pre-cancer-self.html">
   …   What I'd like to tell my pre-cancer self</a></li>
88145  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/what-does-a-patient-services-coordinator-do.
   …   html">What does a patient services coordinator do?</a></li>
88146  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/what-a-houston-breast-cancer-survivor-learned-
   …   from-her-family.html">What a Houston breast cancer survivor learned from her
   …   family</a></li>
88147  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/how-were-changing-with-help-from-our-patients.
   …   html">How we're changing - with help from our patients</a></li>
88148  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/02/seizing-the-moment-after-my-melanoma-
```

```
88148…   recurrence.html">Seizing the moment after my melanoma recurrence</a></li>
88149   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/getting-to-know-our-head-of-clinical-
 …   operations-bob-brigham.html">Getting to know our head of clinical operations, Bob
 …   Brigham</a></li>
88150   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/physical-therapist-brings-songs-and-dance-to-
 …   cancer-patients.html">Physical therapist brings songs and dance to cancer
 …   patients</a></li>
88151   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/why-i-vaccinate-my-sons-against-hpv.html">Why
 …   I vaccinate my sons against HPV</a></li>
88152   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/how-our-suspicion-of-cancer-clinic-helps-
 …   patients.html">How our Suspicion of Cancer Clinic helps patients</a></li>
88153   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/how-my-cancer-journey-became-my-family-cancer-
 …   journey.html">How my cancer journey became my family's cancer journey</a></li>
88154   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/why-i-celebrate-cancerversaries-after-tnbc.
 …   html">Why I celebrate 'cancerversaries' after TNBC</a></li>
88155   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/02/10-ways-to-ease-stress-and-anxiety-during-
 …   cancer-treatment.html">10 ways to ease stress and anxiety during cancer
 …   treatment</a></li>
88156   </ul>
88157   </nav>
88158   </div>
88159   </section>
88160   </div>
88161   </div>
88162   </div></li>
88163   <li class="primary-nav-item has-subnav"><a
 …   href="/publications/cancerwise/2015/03.html">03</a>
88164   <div class="subnav-mask">
88165   <div class="subnav-wrapper">
88166   <div class="subnav col10 pad">
88167   <section class="nested">
88168   <div class="col4 main-column">
88169   <nav class="secondary">
88170   <ul>
88171   <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/03.html"
 …   aria-label="Back to 03">03</a></li>
88172   <li class="primary-nav-item">
88173   <a href="/publications/cancerwise/2015/03.html" aria-label="03 Home">03 Home</a></li>
88174   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/how-crossfit-helped-me-get-in-shape-after-
 …   testicular-cancer.html">How CrossFit helped me get in shape after testicular
 …   cancer</a></li>
88175   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/motivating-awareness-after-a-germinoma-
 …   diagnosis.html">Motivating awareness after a germinoma diagnosis</a></li>
88176   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/how-a-colon-cancer-diagnosis-helped-forge-a-
 …   new-career-path.html">How a colon cancer diagnosis helped forge a new career
 …   path</a></li>
88177   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/how-my-melanoma-was-spotted-from-the-sidelines
 …   .html">How my melanoma was spotted from the sidelines</a></li>
88178   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/maintaining-hope-during-cml-clinical-trials.
 …   html">Maintaining hope during CML clinical trials</a></li>
88179   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/how-mindfulness-can-help-cancer-patients-find-
 …   happiness.html">How mindfulness can help cancer patients find happiness</a></li>
88180   <li class="primary-nav-item"><a
 …   href="/publications/cancerwise/2015/03/what-to-know-about-general-anesthesia.html">
 …   What to know about general anesthesia</a></li>
```

```
88181 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/a-melanoma-survivors-tips-for-finding-a-
  … dermatologist.html">A melanoma survivor's tips for finding a dermatologist</a></li>
88182 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/adopting-a-healthy-lifestyle-after-cancer.html
  … ">Adopting a healthy lifestyle after cancer</a></li>
88183 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/why-i-did-advance-care-planning-at-age-23.html
  … ">Why I did advance care planning at age 23</a></li>
88184 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/how-to-cope-with-insomnia-during-cancer-
  … treatment.html">How to cope with insomnia during cancer treatment</a></li>
88185 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/helping-cancer-patients-with-one-on-one-
  … support.html">Helping cancer patients and caregivers with one-on-one support</a></li>
88186 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/facing-the-adoption-process-after-cancer-
  … recurrence.html">Facing the adoption process after cancer recurrence</a></li>
88187 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/rectal-cancer-survivor-celebrates-life-with-5k
  … -race.html">Rectal cancer survivor celebrates life with 5K race</a></li>
88188 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/become-a-bone-marrow-donor-save-a-life.html">
  … Become a bone marrow donor, save a life</a></li>
88189 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/triple-negative-ibc-patient-finds-hope-in-her-
  … vision-for-the-fut.html">Triple-negative IBC patient finds hope in her vision for the
  … future</a></li>
88190 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/hope-and-healing-after-a-bladder-cancer-
  … diagnosis.html">Hope and healing after a bladder cancer diagnosis</a></li>
88191 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/03/6-things-to-know-before-radiation-therapy.html
  … ">6 things to know before radiation therapy</a></li>
88192 </ul>
88193 </nav>
88194 </div>
88195 </section>
88196 </div>
88197 </div>
88198 </div></li>
88199 <li class="primary-nav-item has-subnav"><a
  … href="/publications/cancerwise/2015/04.html">04</a>
88200 <div class="subnav-mask">
88201 <div class="subnav-wrapper">
88202 <div class="subnav col10 pad">
88203 <section class="nested">
88204 <div class="col4 main-column">
88205 <nav class="secondary">
88206 <ul>
88207 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/04.html"
  … aria-label="Back to 04">04</a></li>
88208 <li class="primary-nav-item">
88209 <a href="/publications/cancerwise/2015/04.html" aria-label="04 Home">04 Home</a></li>
88210 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/04/finding-my-identity-as-a-cancer-spouse.html">
  … Finding my identity as a cancer spouse</a></li>
88211 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/04/how-my-coworkers-helped-me-through-chemo.html"
  … >How my coworkers helped me through chemo</a></li>
88212 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/04/finding-hope-after-triple-negative-breast-
  … cancer.html">Finding hope after triple-negative breast cancer</a></li>
88213 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2015/04/-houston-breast-cancer-survivor-you-dont-have-
  … to-be-brave-and-st.html">Houston breast cancer survivor: 'You don't have to be brave
  … and strong
88214 all the time'</a></li>
```

```
88215 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/how-patient-services-representatives-help-our-
   …  patients.html">How patient services representatives help our patients</a></li>
88216 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/how-a-basketball-coach-beat-colon-cancer.html"
   …  >How a basketball coach beat colorectal cancer</a></li>
88217 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/a-survivors-advice-for-single-parents-facing-
   …  cancer.html">A survivor's advice for single parents facing cancer</a></li>
88218 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/do-women-with-dense-breasts-need-extra-cancer-
   …  screenings.html">Do women with dense breasts need extra cancer screenings?</a></li>
88219 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/4-questions-about-advance-care-planning-
   …  answered.html">4 questions about advance care planning, answered</a></li>
88220 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/how-we-work-to-prevent-infections.html">How we
   …  work to prevent infections</a></li>
88221 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/how-im-coping-with-thyroid-cancer-as-a-
   …  photographer-and-a-mom.html">How I'm coping with thyroid cancer as a photographer and
   …  a mom</a></li>
88222 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/first-person-getting-to-know-ferran-prat.html"
   …  >First person: Getting to know Ferran Prat</a></li>
88223 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/get-to-know-nova-sprague-cardiac-ultrasound-
   …  technologist.html">Get to know Nova Sprague, cardiac ultrasound technologist</a></li>
88224 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/coping-with-lymphedema-after-sarcoma-treatment
   …  .html">Coping with lymphedema after sarcoma treatment</a></li>
88225 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/facing-pancreatic-cancer-and-the-whipple-
   …  procedure-head-on.html">Facing pancreatic cancer and the Whipple procedure head
   …  on</a></li>
88226 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/getting-a-pet-scan-what-to-expect.html">
   …  Getting a PET scan? What to expect</a></li>
88227 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/coping-with-diffuse-large-b-cell-lymphoma.html
   …  ">Coping with diffuse large b-cell lymphoma</a></li>
88228 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/giving-others-hope-after-hepatocellular-
   …  carcinoma.html">Giving others hope after hepatocellular carcinoma</a></li>
88229 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2015/04/triple-negative-breast-cancer-5-things-you-
   …  should-know.html">Triple-negative breast cancer: 5 things you should know</a></li>
88230 </ul>
88231 </nav>
88232 </div>
88233 </section>
88234 </div>
88235 </div>
88236 </div></li>
88237 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2015/05.html">05</a>
88238 <div class="subnav-mask">
88239 <div class="subnav-wrapper">
88240 <div class="subnav col10 pad">
88241 <section class="nested">
88242 <div class="col4 main-column">
88243 <nav class="secondary">
88244 <ul>
88245 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/05.html"
   …  aria-label="Back to 05">05</a></li>
88246 <li class="primary-nav-item">
88247 <a href="/publications/cancerwise/2015/05.html" aria-label="05 Home">05 Home</a></li>
88248 <li class="primary-nav-item"><a
```

```
88248   href="/publications/cancerwise/2015/05/why-i-dont-feel-offended-when-people-say-the-
   …    wrong-things-about-.html">Why I don't feel offended when people say the wrong things
   …    about my
88249   cancer diagnosis</a></li>
88250   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/how-our-nurses-help-our-patients.html">How our
   …    nurses help our patients</a></li>
88251   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/meet-md-anderson-proton-therapy-centers-first-
   …    patient.html">Meet MD Anderson Proton Therapy Center's first patient</a></li>
88252   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/coping-with-infertility-during-breast-cancer-
   …    treatment.html">Coping with infertility during breast cancer treatment</a></li>
88253   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/esophageal-cancer-what-you-should-know.html">
   …    Esophageal cancer: What you should know</a></li>
88254   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/choosing-to-be-thankful-during-thymoma-
   …    treatment.html">Choosing to be thankful during thymoma treatment</a></li>
88255   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/learning-to-love-myself-during-medulloblastoma
   …    -treatment.html">Learning to love myself during medulloblastoma treatment</a></li>
88256   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/fighting-renal-medullary-carcinoma-with-my-
   …    brother.html">Fighting renal medullary carcinoma with my brother</a></li>
88257   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/life-as-a-young-adult-cancer-survivor-an-
   …    awkward-age.html">Life as a young adult cancer survivor: An awkward age</a></li>
88258   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/what-people-ask-me-about-colorectal-cancer.
   …    html">What people ask me about colorectal cancer</a></li>
88259   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/how-to-cope-with-loss-of-control-as-a-cancer-
   …    patient.html">How to cope with loss of control as a cancer patient</a></li>
88260   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/six-ways-to-help-a-cancer-patient-when-youre-
   …    far-away.html">6 ways to help a cancer patient when you're far away</a></li>
88261   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/e-cigarette-legislation-offers-new-promise-for
   …    -texas-youth.html">E-cigarette legislation offers new promise for Texas
   …    youth</a></li>
88262   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/what-ill-miss-after-melanoma-treatment.html">
   …    What I'll miss after melanoma treatment</a></li>
88263   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/we-had-life-and-it-was-beautiful.html">'We had
   …    life and it was beautiful'</a></li>
88264   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/coping-and-hoping-during-pancreatic-cancer-
   …    treatment.html">Coping and hoping during pancreatic cancer treatment</a></li>
88265   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2015/05/celebrate-yourself-during-survivorship-week.
   …    html">Celebrate yourself during Survivorship Week</a></li>
88266   </ul>
88267   </nav>
88268   </div>
88269   </section>
88270   </div>
88271   </div>
88272   </div></li>
88273   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2015/06.html">06</a>
88274   <div class="subnav-mask">
88275   <div class="subnav-wrapper">
88276   <div class="subnav col10 pad">
88277   <section class="nested">
88278   <div class="col4 main-column">
88279   <nav class="secondary">
```

```
88280  <ul
88281  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/06.html"
    …  aria-label="Back to 06">06</a></li>
88282  <li class="primary-nav-item">
88283  <a href="/publications/cancerwise/2015/06.html" aria-label="06 Home">06 Home</a></li>
88284  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/-5-ways-our-social-work-counselors-can-help-
    …  during-cancer-treatm.html">5 ways our social work counselors can help during cancer
    …  treatment</a></li>
88285  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/my-meningioma-surgery-appreciating-the-gift-of
    …  -sight.html">My meningioma surgery: Appreciating the gift of sight</a></li>
88286  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/coping-during-gamma-knife-surgery.html">Coping
    …  during gamma knife surgery</a></li>
88287  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/first-scalp-and-skull-transplant-completed-
    …  simultaneously-with-k.html">First scalp and skull transplant completed simultaneously
    …  with kidney
88288  and pancreas transplant</a></li>
88289  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/how-a-houston-trainer-is-showing-what-a-cancer
    …  -survivor-looks-li.html">How a Houston trainer is showing what a cancer survivor
    …  looks like</a></li>
88290  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/traveling-with-my-sons-to-md-anderson.html">
    …  Traveling with my sons to MD Anderson</a></li>
88291  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/after-stage-4-lymphoma-a-new-lease-on-life.
    …  html">After stage IV lymphoma, a new lease on life</a></li>
88292  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/large-cell-cervical-cancer-survivor-thoughts-
    …  on-my-annual-scans.html">Large cell cervical cancer survivor: Thoughts on my annual
    …  scans</a></li>
88293  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/new-training-for-nurses-bridges-books-and-
    …  bedside.html">New training for nurses bridges books and bedside</a></li>
88294  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/an-md-anderson-time-capsule.html">An MD
    …  Anderson time capsule</a></li>
88295  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/after-a-terminal-metastatic-diagnosis-planning
    …  -a-longer-life.html">After a terminal, metastatic diagnosis, planning a longer
    …  life</a></li>
88296  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/how-mind-body-intervention-specialists-help-
    …  our-cancer-patients.html">How mind-body intervention specialists help our cancer
    …  patients</a></li>
88297  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/why-i-love-working-to-end-cancer.html">Why I
    …  love working to end cancer</a></li>
88298  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/lenvatinib-brings-thyroid-cancer-patient-hope.
    …  html">Lenvatinib brings thyroid cancer patient hope</a></li>
88299  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/from-dietitian-to-cancer-caregiver-my-husbands
    …  -lymphoma-journey.html">My journey from MD Anderson dietitian to caregiver</a></li>
88300  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/06/finding-meaning-in-my-life-after-my-husbands-
    …  death.html">Finding meaning in my life after my husband's death</a></li>
88301  </ul>
88302  </nav>
88303  </div>
88304  </section>
88305  </div>
88306  </div>
88307  </div></li>
88308  <li class="primary-nav-item has-subnav"><a
```

```
88308…  href="/publications/cancerwise/2015/07.html">07</a>
88309  <div class="subnav-mask">
88310  <div class="subnav-wrapper">
88311  <div class="subnav col10 pad">
88312  <section class="nested">
88313  <div class="col4 main-column">
88314  <nav class="secondary">
88315  <ul>
88316  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/07.html"
  …   aria-label="Back to 07">07</a></li>
88317  <li class="primary-nav-item">
88318  <a href="/publications/cancerwise/2015/07.html" aria-label="07 Home">07 Home</a></li>
88319  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/aml-survivor-dont-put-off-your-physical-exam.
  …   html">AML survivor: Don't put off your physical exam</a></li>
88320  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/sarcoma-survivor-dont-wait-to-live.html">
  …   Sarcoma survivor: &quot;Don't wait to live&quot;</a></li>
88321  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/winning-my-battle-against-multiple-myeloma.
  …   html">Winning my battle against multiple myeloma</a></li>
88322  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/gratitude-for-mammograms-and-the-cyberknife.
  …   html">Gratitude for mammograms and stereotactic ablative radiosurgery</a></li>
88323  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/what-to-say-to-someone-with-cancer.html">What
  …   to say to someone with cancer</a></li>
88324  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/autologous-stem-cell-transplant-survivor-what-
  …   to-expect.html">Autologous stem cell transplant survivor: What to expect</a></li>
88325  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/16-things-cancer-patients-and-survivors-want-
  …   newly-diagnosed-pat.html">16 things cancer patients and survivors want newly
  …   diagnosed patients to know</a></li>
88326  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/sacred-circles-and-holy-images-helping-cancer-
  …   patients-and-careg.html">Sacred circles and holy images: Helping cancer patients and
  …   caregivers
88327  heal through art</a></li>
88328  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/broken-back-to-camelback-survival-from-a-
  …   different-point-of-view.html">Broken back to Camelback: Survival from a different
  …   point of view</a></li>
88329  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/my-male-breast-cancer-story.html">My male
  …   breast cancer story</a></li>
88330  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/how-caregivers-can-get-exercise-at-md-anderson
  …   .html">How caregivers can get exercise at MD Anderson</a></li>
88331  <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2015/07/facing-a-brca1-mutation-at-age-30.html">Facing
  …   a BRCA1 mutation and breast cancer at age 30</a></li>
88332  </ul>
88333  </nav>
88334  </div>
88335  </section>
88336  </div>
88337  </div>
88338  </div></li>
88339  <li class="primary-nav-item has-subnav"><a
  …   href="/publications/cancerwise/2015/08.html">08</a>
88340  <div class="subnav-mask">
88341  <div class="subnav-wrapper">
88342  <div class="subnav col10 pad">
88343  <section class="nested">
88344  <div class="col4 main-column">
88345  <nav class="secondary">
88346  <ul>
```

```
88347  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/08.html"
   …   aria-label="Back to 08">08</a></li>
88348  <li class="primary-nav-item">
88349  <a href="/publications/cancerwise/2015/08.html" aria-label="08 Home">08 Home</a></li>
88350  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/first-person-getting-to-know-patrick-hwu-md.
   …   html">First person: Getting to know Patrick Hwu, M.D.</a></li>
88351  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/physician-assistant-by-day-aerial-dancer-by-
   …   night.html">Physician assistant by day, aerial dancer by night</a></li>
88352  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/working-and-parenting-through-chemo-and-
   …   radiation.html">Working and parenting through chemo and radiation</a></li>
88353  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/what-i-pack-for-chemo.html">What I pack for
   …   chemo</a></li>
88354  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/room-service-offers-culinary-creations-and-
   …   care.html">Room Service offers our cancer patients culinary creations and
   …   care</a></li>
88355  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/caregiverdietitian-helping-my-husband-gain-
   …   weight-after-chemo.html">Caregiver/dietitian: Helping my husband gain weight after
   …   chemo</a></li>
88356  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/how-our-investigational-pharmacy-services-team
   …   -gives-cancer-pati.html">How our Investigational Pharmacy Services team gives cancer
   …   patients hope</a></li>
88357  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/my-metastatic-melanoma-story.html">My
   …   metastatic melanoma story</a></li>
88358  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/how-surviving-cll-and-b-cell-lymphoma-has-
   …   pushed-me-to-new-heigh.html">How surviving CLL and b-cell lymphoma pushed me to new
   …   heights</a></li>
88359  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/how-seven-cancer-patients-celebrated-the-end-
   …   of-cancer-treatment.html">How seven cancer patients celebrated the end of cancer
   …   treatment</a></li>
88360  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/qa-sexual-intimacy-problems-in-cancer-patients
   …   .html">Q&amp;A: Sexual intimacy problems in cancer patients</a></li>
88361  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/08/rhabdomyosarcoma-and-osteoblastic-osteosarcoma
   …   -survivor-dont-let.html">Rhabdomyosarcoma and osteoblastic osteosarcoma survivor:
   …   &quot;Don't let
88362  cancer shut you down&quot;</a></li>
88363  </ul>
88364  </nav>
88365  </div>
88366  </section>
88367  </div>
88368  </div>
88369  </div></li>
88370  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/09.html">09</a>
88371  <div class="subnav-mask">
88372  <div class="subnav-wrapper">
88373  <div class="subnav col10 pad">
88374  <section class="nested">
88375  <div class="col4 main-column">
88376  <nav class="secondary">
88377  <ul>
88378  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/09.html"
   …   aria-label="Back to 09">09</a></li>
88379  <li class="primary-nav-item">
88380  <a href="/publications/cancerwise/2015/09.html" aria-label="09 Home">09 Home</a></li>
88381  <li class="primary-nav-item"><a
```

```
88381  href="/publications/cancerwise/2015/09/keeping-intimacy-alive-advice-for-cancer-
   …   patients.html">Keeping intimacy alive: Advice for cancer patients</a></li>
88382  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/brain-stem-tumor-survivor-take-it-one-day-at-a
   …   -time.html">Brain stem tumor survivor: &quot;Take it one day at a time&quot;</a></li>
88383  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/facing-my-second-squamous-cell-carcinoma-
   …   diagnosis.html">Facing my second squamous cell carcinoma diagnosis</a></li>
88384  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/now-is-always-a-good-time-to-quit-smoking.html
   …   ">&quot;Now&quot; is always a good time to quit smoking</a></li>
88385  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/camp-prom-gives-teen-cancer-patients-a-taste-
   …   of-normalcy.html">Camp prom gives teen cancer patients a taste of normalcy</a></li>
88386  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/melanoma-survivor-dont-live-like-a-patient.
   …   html">Melanoma survivor: &quot;Don't live like a patient&quot;</a></li>
88387  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/acute-lymphoblastic-leukemia-patient-gets-the-
   …   chance-to-be-a-kid.html">Acute lymphoblastic leukemia patient gets the chance to be a
   …   kid</a></li>
88388  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/four-time-cancer-survivor-its-never-too-late-
   …   to-quit-smoking.html">Four-time cancer survivor: &quot;It's never too late to quit
   …   smoking&quot;</a></li>
88389  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/using-hypnosis-to-cope-with-cancer.html">Using
   …   hypnosis to cope with cancer</a></li>
88390  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/how-i-knocked-out-acoustic-neuroma.html">How I
   …   knocked out acoustic neuroma</a></li>
88391  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/undergoing-genetic-counseling-and-testing-for-
   …   a-brca-mutation.html">Undergoing genetic counseling and testing for a BRCA
   …   mutation</a></li>
88392  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/09/young-rhabdomyosarcoma-patient-polishes-his-
   …   superpowers.html">Young rhabdomyosarcoma patient polishes his superpowers</a></li>
88393  </ul>
88394  </nav>
88395  </div>
88396  </section>
88397  </div>
88398  </div>
88399  </div></li>
88400  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/10.html">10</a>
88401  <div class="subnav-mask">
88402  <div class="subnav-wrapper">
88403  <div class="subnav col10 pad">
88404  <section class="nested">
88405  <div class="col4 main-column">
88406  <nav class="secondary">
88407  <ul>
88408  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/10.html"
   …   aria-label="Back to 10">10</a></li>
88409  <li class="primary-nav-item">
88410  <a href="/publications/cancerwise/2015/10.html" aria-label="10 Home">10 Home</a></li>
88411  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/getting-through-liver-cancer-with-family-and-a
   …   -positive-attitude.html">Getting through liver cancer with family and a positive
   …   attitude</a></li>
88412  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/young-adults-genetic-counseling-and-testing-
   …   for-colorectal-cance.html">Young adults: Genetic counseling and testing for
   …   colorectal cancer</a></li>
88413  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/10/neurocytoma-couldnt-keep-me-off-the-stage.html
```

```
88413… ">Neuroblytoma couldn't keep me off the stage</a></li>
88414… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/what-you-should-know-about-sinus-cancer-and-
   … nose-cancer.html">What you should know about sinus cancer and nose cancer</a></li>
88415… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/how-my-husband-beat-colon-cancer-with-humor-
   … and-a-positive-attit.html">How my husband beat colon cancer with humor and a positive
   … attitude</a></li>
88416… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/inflammatory-breast-cancer-survivor-how-i-kept
   … -faith-and-beat-th.html">Inflammatory breast cancer survivor: How I kept faith and
   … beat the odds</a></li>
88417… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/doctors-play-how-patricia-eifel-md-balances-
   … miniature-houses-and.html">Doctor's play: Balancing miniature houses and
   … medicine</a></li>
88418… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/the-people-who-plan-our-research-labs.html">
   … The people who plan our research labs</a></li>
88419… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/elaine-turner-3-ways-my-moms-breast-cancer-
   … diagnosis-has-changed.html">Elaine Turner: 3 ways my mom's breast cancer diagnosis
   … has changed me</a></li>
88420… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/my-squamous-cell-carcinoma-journey.html">My
   … squamous cell carcinoma journey</a></li>
88421… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/new-breast-cancer-screening-guidelines-what-
   … women-should-know.html">New breast cancer screening guidelines: What women should
   … know</a></li>
88422… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/triple-negative-inflammatory-breast-cancer-
   … survivor-cancer-is-a-.html">Triple-negative inflammatory breast cancer survivor:
   … Cancer is a war</a></li>
88423… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/processed-meat-and-colorectal-cancer-is-there-
   … a-link.html">Processed meat and colorectal cancer: Is there a link?</a></li>
88424… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/10/remembering-my-brother-james-ragan.html">
   … Remembering my brother, James Ragan</a></li>
88425… </ul>
88426… </nav>
88427… </div>
88428… </section>
88429… </div>
88430… </div>
88431… </div></li>
88432… <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2015/11.html">11</a>
88433… <div class="subnav-mask">
88434… <div class="subnav-wrapper">
88435… <div class="subnav col10 pad">
88436… <section class="nested">
88437… <div class="col4 main-column">
88438… <nav class="secondary">
88439… <ul>
88440… <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/11.html"
   … aria-label="Back to 11">11</a></li>
88441… <li class="primary-nav-item">
88442… <a href="/publications/cancerwise/2015/11.html" aria-label="11 Home">11 Home</a></li>
88443… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/11/my-life-with-an-ileal-conduit.html">My life
   … with an ileal conduit</a></li>
88444… <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2015/11/rebuilding-my-body-image-after-a-mastectomy-
   … and-breast-reconstru.html">Rebuilding my body image after a mastectomy and breast
   … reconstruction</a></li>
88445… <li class="primary-nav-item"><a
```

```
88445  href="/publications/cancerwise/2015/11/completing-an-ironman-triathlon-after-a-
   …   partial-nephrectomy.html">Completing an Ironman triathlon after a partial
   …   nephrectomy</a></li>
88446  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/study-how-you-cook-meat-can-affect-your-kidney
   …   -cancer-risk.html">Study: How you cook meat can affect your kidney cancer
   …   risk</a></li>
88447  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/how-to-encourage-loved-ones-to-get-spiral-ct-
   …   lung-cancer-screening.html">How to encourage loved ones to get spiral CT lung cancer
   …   screening</a></li>
88448  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/how-staying-optimistic-helped-my-cancer-
   …   recovery.html">How staying optimistic helped my cancer recovery</a></li>
88449  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/diffuse-large-b-cell-lymphoma-patient-how-im-
   …   teaming-up-to-overcome-my-diagnosis.html">Diffuse large b-cell lymphoma patient: How
   …   I'm teaming up to overcome my diagnosis</a></li>
88450  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/undergoing-a-lumpectomy-and-lobectomy-in-one-
   …   year.html">Undergoing a lumpectomy and lobectomy in one year</a></li>
88451  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/what-to-expect-during-a-skin-exam.html">What
   …   to expect during a skin exam</a></li>
88452  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/gratitude-bracelets-a-new-thanksgiving-
   …   tradition.html">Gratitude bracelets: A new Thanksgiving tradition</a></li>
88453  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/desmoplastic-small-round-cell-tumor-caregiver-
   …   how-my-husband-and-i-confronted-sarcoma-together-1.html">Desmoplastic small round
   …   cell tumor caregiver: How my husband and I
88454  confronted sarcoma together</a></li>
88455  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/11/receiving-an-abdominal-hysterectomy-at-md-
   …   anderson-employee-volunteer-and-survivor-shares-her-story.html">Receiving an
   …   abdominal hysterectomy</a></li>
88456  </ul>
88457  </nav>
88458  </div>
88459  </section>
88460  </div>
88461  </div>
88462  </div></li>
88463  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2015/12.html">12</a>
88464  <div class="subnav-mask">
88465  <div class="subnav-wrapper">
88466  <div class="subnav col10 pad">
88467  <section class="nested">
88468  <div class="col4 main-column">
88469  <nav class="secondary">
88470  <ul>
88471  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/12.html"
   …   aria-label="Back to 12">12</a></li>
88472  <li class="primary-nav-item">
88473  <a href="/publications/cancerwise/2015/12.html" aria-label="12 Home">12 Home</a></li>
88474  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/12/cancer-survivors-what-to-know-about-breast-
   …   cancer-screening.html">Cancer survivors: What to know about breast cancer
   …   screening</a></li>
88475  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/12/living---and-thriving---after-my-colostomy.
   …   html">Thriving after my colostomy</a></li>
88476  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/12/embracing-life-after-adenoid-cystic-carcinoma.
   …   html">Embracing life after adenoid cystic carcinoma</a></li>
88477  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2015/12/advice-for-moms-with-cancer.html">Advice for
```

```
88477…  moms with cancer</a></li>
88478   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/aml-survivor-what-i-wish-id-known.html">AML
    …   survivor: What I wish I'd known</a></li>
88479   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/ca-125-screening-for-ovarian-cancer-may-save-
    …   lives.html">CA-125 screening for ovarian cancer may save lives</a></li>
88480   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/facing-chemo-in-costume.html">Facing chemo in
    …   costume</a></li>
88481   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-stories-for-cancer-
    …   caregivers.html">Best of Cancerwise 2015: Stories for cancer caregivers</a></li>
88482   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-advice-from-our-cancer
    …   -patients.html">Best of Cancerwise 2015: Advice from our cancer patients</a></li>
88483   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/11-inspiring-mantras-from-our-patients-and-
    …   caregivers.html">11 inspiring mantras from our patients and caregivers</a></li>
88484   </ul>
88485   </nav>
88486   </div>
88487   </section>
88488   </div>
88489   </div>
88490   </div></li>
88491   </ul>
88492   </nav>
88493   </div>
88494   </section>
88495   </div>
88496   </div>
88497   </div></li>
88498   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014.html">2014</a>
88499   <div class="subnav-mask">
88500   <div class="subnav-wrapper">
88501   <div class="subnav col10 pad">
88502   <section class="nested">
88503   <div class="col4 main-column">
88504   <nav class="secondary">
88505   <ul>
88506   <li class="mobile-nav-back"><a href="/publications/cancerwise/2014.html"
    …   aria-label="Back to 2014">2014</a></li>
88507   <li class="primary-nav-item">
88508   <a href="/publications/cancerwise/2014.html" aria-label="2014 Home">2014
    …   Home</a></li>
88509   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/01.html">01</a>
88510   <div class="subnav-mask">
88511   <div class="subnav-wrapper">
88512   <div class="subnav col10 pad">
88513   <section class="nested">
88514   <div class="col4 main-column">
88515   <nav class="secondary">
88516   <ul>
88517   <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/01.html"
    …   aria-label="Back to 01">01</a></li>
88518   <li class="primary-nav-item">
88519   <a href="/publications/cancerwise/2014/01.html" aria-label="01 Home">01 Home</a></li>
88520   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/01/cultivating-gratitude-and-hope.html">
    …   Cultivating gratitude and hope during cancer treatment</a></li>
88521   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/01/unexpected-blessings-after-breast-cancer-
    …   treatment.html">Unexpected blessings after breast cancer treatment</a></li>
88522   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/01/triple-negative-breast-cancer-survivor-looking
```

```
88522  -bad-.html">Triple-negative breast cancer survivor: Looking back</a></li>
88523  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/from-cancer-researcher-to-stomach-cancer-
   …   survivor.html">From cancer researcher to stomach cancer survivor</a></li>
88524  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/melanoma-and-lung-cancer-survivor-i-can-i-am-
   …   and-i-will-survive-.html">Melanoma and lung cancer survivor: 'I can, I am and I will
   …   survive cancer'</a></li>
88525  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/how-cancer-has-helped-me-cope-with-aging.html"
   …   >How cancer has helped me cope with aging</a></li>
88526  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/aml-survivor-life-after-my-stem-cell-
   …   transplant.html">AML survivor: Life after my stem cell transplant</a></li>
88527  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/how-our-chaplains-make-a-difference.html">How
   …   our chaplains make a difference</a></li>
88528  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/melanoma-caregiver-three-month-check-up.html">
   …   Melanoma caregiver: The three-month check-up</a></li>
88529  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/turning-resolutions-into-actions-three-tips-
   …   for-a-healtheir-new-.html">Turning resolutions into action: Three tips for a
   …   healthier new year</a></li>
88530  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/highlighting-hope-for-bladder-cancer-cervical-
   …   cancer-and-endomet.html">Highlighting hope for bladder cancer, cervical cancer and
   …   endometrial
88531  cancer with fluorescence</a></li>
88532  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/4-ways-the-surgeon-general-report-on-smoking-
   …   and-health-impacts-.html">4 ways the Surgeon General's Report on Smoking and Health
   …   impacts our work</a></li>
88533  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/md-anderson-volunteers-unsung-heroes.html">MD
   …   Anderson volunteers: Unsung heroes</a></li>
88534  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/my-uveal-melanoma-journey.html">My uveal
   …   melanoma journey</a></li>
88535  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/esophageal-cancer-patient-why-i-relocated-for-
   …   cancer-treatment.html">Esophageal cancer patient: Why I relocated for cancer
   …   treatment</a></li>
88536  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/copin-with-cancer-as-acouple.html">Coping with
   …   cancer as a couple: 5 tips for addressing body image issues
88537  and sexual health</a></li>
88538  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/cervical-cancer-survivor-how-i-find-motivation
   …   .html">Cervical cancer survivor: How I find motivation</a></li>
88539  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/how-cancer-caregivers-can-get-better-sleep.
   …   html">Q&amp;A: How cancer caregivers can get better sleep</a></li>
88540  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/cancer-survivor-doesnt-let-amputation-stop-her
   …   -from-running-mara.html">Cancer survivor doesn't let amputation stop her from running
   …   marathon</a></li>
88541  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/colon-cancer-caregiver-we-have-hope.html">
   …   Colon cancer caregiver: We have hope</a></li>
88542  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/01/finding-joy-between-cancer-follow-up-
   …   appointments.html">Finding joy between cancer follow-up appointments</a></li>
88543  </ul>
88544  </nav>
88545  </div>
88546  </section>
88547  </div>
```

```
88548  </div></li>
88549  </div></li>
88550  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2014/02.html">02</a>
88551  <div class="subnav-mask">
88552  <div class="subnav-wrapper">
88553  <div class="subnav col10 pad">
88554  <section class="nested">
88555  <div class="col4 main-column">
88556  <nav class="secondary">
88557  <ul>
88558  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/02.html"
    …  aria-label="Back to 02">02</a></li>
88559  <li class="primary-nav-item">
88560  <a href="/publications/cancerwise/2014/02.html" aria-label="02 Home">02 Home</a></li>
88561  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/despite-uveal-melanoma-recureences-survivor-
    …  lives-beautiful-life.html">Despite uveal melanoma recurrences, survivor lives 'a
    …  beautiful life'</a></li>
88562  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/triple-negative-inflammatory-breast-cancer-
    …  survivor-facing-new-q.html">Triple-negative inflammatory breast cancer survivor:
    …  Facing new
88563  questions with genetic testing</a></li>
88564  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/advice-from-patients-on-preparing-for-
    …  chemotherapy.html">Advice from other patients on preparing for chemotherapy</a></li>
88565  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/how-kyssi-kicked-cancers-butt-again.html">How
    …  Kyssi kicked cancer's but ... again</a></li>
88566  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/thymoma-patient-how-the-power-of-words-helped-
    …  me-take-back-contr.html">Thymoma patient: How the power of words helped me take back
    …  control</a></li>
88567  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/but-you-dont-look-sick.html">&quot;But you
    …  don't look sick&quot;</a></li>
88568  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/advice-for-couples-from-cancer-caregivers-
    …  andsurvivors.html">Advice for couples from cancer caregivers and survivors</a></li>
88569  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/aml-survivor-how-running-a-half-marathon-
    …  helped-me-cope-with-can.html">AML survivor: How running a half-marathon helped me
    …  cope with cancer recovery</a></li>
88570  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/esophageal-cancer-patient-why-me.html">
    …  Esophageal cancer patient: Why me?</a></li>
88571  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/aml-survivor-what-i-wish-i-would-have-known-
    …  before-my-stem-cell-.html">AML survivor: What I wish I would have known before my
    …  stem cell transplant</a></li>
88572  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/when-should-women-get-mammograms.html">When
    …  should women get mammograms?</a></li>
88573  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/how-a-dog-helped-me-through-my-melanoma-
    …  treatment.html">How a dog helped me through my melanoma treatment</a></li>
88574  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/finding-the-silver-lining-after-my-dads-aml-
    …  diagnosis.html">Finding the silver lining after my dad's AML diagnosis</a></li>
88575  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/why-one-prostate-cancer-patient-traveled-
    …  across-country-for-prot.html">Why one prostate cancer patient traveled across the
    …  country for proton therapy</a></li>
88576  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/02/six-things-caregivers-can-do-while-visiting-md
    …  -anderson.html">Six things caregivers can do while visiting MD Anderson</a></li>
88577  <li class="primary-nav-item"><a
```

```
88577  href="/publications/cancerwise/2014/02/6-ways-to-cope-with-chemobrain.html">6 ways to
       cope with chemobrain</a></li>
88578  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/choosing-to-live-in-hope-watching-my-dad-
       battle-oral-cancer-twic.html">Choosing to live in hope: Watching my dad battle oral
       cancer twice</a></li>
88579  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/how-my-ovarian-cancer-diagnosis-strengthened-
       my-marriage.html">How my ovarian cancer diagnosis strengthened my marriage</a></li>
88580  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/tips-for-traveling-to-md-anderson-for-cancer-
       treatment.html">Tips for traveling to MD Anderson for cancer treatment</a></li>
88581  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/02/cll-patient-observations-from-an-mdanderson-
       waiting-area.html">CLL patient: Observations from an MD Anderson waiting
       area</a></li>
88582  </ul>
88583  </nav>
88584  </div>
88585  </section>
88586  </div>
88587  </div>
88588  </div></li>
88589  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2014/03.html">03</a>
88590  <div class="subnav-mask">
88591  <div class="subnav-wrapper">
88592  <div class="subnav col10 pad">
88593  <section class="nested">
88594  <div class="col4 main-column">
88595  <nav class="secondary">
88596  <ul>
88597  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/03.html"
       aria-label="Back to 03">03</a></li>
88598  <li class="primary-nav-item">
88599  <a href="/publications/cancerwise/2014/03.html" aria-label="03 Home">03 Home</a></li>
88600  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/4-tips-to-protect-your-colon.html">4 tips to
       protect your colon</a></li>
88601  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/colon-cancer-survivor-this-could-have-been-
       avoided-if-id-been-ge.html">Colon cancer survivor: &quot;This could have been avoided
       if I'd been
88602  getting my colonoscopies&quot;</a></li>
88603  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/my-ovarian-cancer-journey.html">My ovarian
       cancer journey</a></li>
88604  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/how-our-mom-chose-joy-during-cancer-treatment.
       html">How our mom chose joy during cancer treatment</a></li>
88605  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/what-does-a-research-nurse-do.html">What does
       a research nurse do?</a></li>
88606  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/mdandventures-my-husband-testicular-cancer-
       journey.html">#MDAadventures: My husband's testicular cancer journey</a></li>
88607  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/my-cancer-journey-receiving-a-breast-cancer-
       diagnosis-during-pre.html">My cancer journey: Receiving a breast cancer diagnosis
       during pregnancy</a></li>
88608  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/how-one-patients-colon-cancer-journey-changed-
       her-outlook.html">How one patient's colon cancer journey changed her outlook</a></li>
88609  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2014/03/esophageal-cancer-patient-what-i-learned-from-
       losing-my-hair.html">Esophageal cancer patient: What I learned from losing my
       hair</a></li>
88610  <li class="primary-nav-item"><a
```

```
88610  href="/publications/cancerwise/2014/03/melanoma-survivor-pale-is-always-in.html">
   …   Melanoma survivor: Pale is always in</a></li>
88611  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/colon-cancer-patient-cancer-doesnt-have-to-be-
   …   a-death-sentence.html">Colon cancer patient: 'Cancer doesn't have to be a death
   …   sentence'</a></li>
88612  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/the-patient-paradox-planning-for-the-future-
   …   while-living-in-the-.html">The patient paradox: Planning for the future, while living
   …   in the moment</a></li>
88613  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/prostate-cancer-patient-gives-back-and-fights-
   …   back.html">Prostate cancer patient fights back and gives back</a></li>
88614  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/6-tips-for-coping-with-cancer-related-
   …   lymphedema.html">8 tips for coping with cancer-related lymphedema</a></li>
88615  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/cll-patient-on-cancer-treatment-it-takes-a-
   …   team.html">CLL patient on cancer treatment: It takes a team</a></li>
88616  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/brca-genetic-testing-for-breast-and-ovarian-
   …   cancers-easier-than-.html">BRCA genetic testing for breast and ovarian cancers: It's
   …   easier than
88617  you think</a></li>
88618  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/head-and-neck-cancer-patient-why-i-chose-
   …   mdanderson.html">Head and neck cancer patient: Why I chose MD Anderson</a></li>
88619  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/young-eye-cancer-patient-learns-about-the-
   …   science-behind-proton-.html">Young eye cancer patient learns about the science behind
   …   proton therapy</a></li>
88620  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/93-year-old-esophageal-cancer-survivor-makes-
   …   the-most-of-every-d.html">93-year-old esophageal cancer survivor makes the most of
   …   every day</a></li>
88621  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/03/chrondosarcoma-patient-when-there-isnt-
   …   anything-else-the-doctors.html">Chrondosarcoma patient: When there isn't anything
   …   else the doctors can do</a></li>
88622  </ul>
88623  </nav>
88624  </div>
88625  </section>
88626  </div>
88627  </div>
88628  </div></li>
88629  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2014/04.html">04</a>
88630  <div class="subnav-mask">
88631  <div class="subnav-wrapper">
88632  <div class="subnav col10 pad">
88633  <section class="nested">
88634  <div class="col4 main-column">
88635  <nav class="secondary">
88636  <ul>
88637  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/04.html"
   …   aria-label="Back to 04">04</a></li>
88638  <li class="primary-nav-item">
88639  <a href="/publications/cancerwise/2014/04.html" aria-label="04 Home">04 Home</a></li>
88640  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/04/hair-today-gone-tomorrow-losing-my-hair-during
   …   -thymoma-treatment.html">Hair today, gone tomorrow: Losing my hair during thymoma
   …   treatment</a></li>
88641  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/04/coping-with-anxiety-and-depression-during-and-
   …   after-my-cancer-tr.html">Coping with anxiety and depression during and after my
   …   melanoma treatment</a></li>
88642  <li class="primary-nav-item"><a
```

```
88642  href="/publications/cancerwise/2014/04/ovarian-cancer-patient-how-i-turned-treatment-
  …    trip-into-girls-weekend.html">Ovarian cancer survivor: How I turned a trip to MD
  …    Anderson for cancer
88643  treatment into a girls' weekend</a></li>
88644  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/testicular-cancer-caregiver-how-planning-a-
  …    wedding-during-cancer.html">Testicular cancer caregiver: How planning a wedding
  …    during cancer
88645  treatment made us stronger</a></li>
88646  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/pancreatic-cancer-survivor-im-going-to-enjoy-
  …    the-very-best-life-.html">Pancreatic cancer survivor: 'I'm going to enjoy the very
  …    best life I can'</a></li>
88647  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/pain-during-cancer-treatment-6-strategies-for-
  …    coping.html">Pain during cancer treatment: 6 strategies for coping</a></li>
88648  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/super-bowl-of-life-a-prostate-cancer-patient-
  …    gets-the-gift-of-mo.html">'Super Bowl of life': Prostate cancer patient gets the gift
  …    of more time</a></li>
88649  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/ovarian-cancer-patient-there-always-hope.html"
  …    >Ovarian cancer patient: 'There's always hope'</a></li>
88650  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/lung-cancer-survivor-everything-changes-after-
  …    cancer.html">Lung cancer survivor: 'Everything changes after cancer'</a></li>
88651  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/science-teacher-and-hodgkins-lymphoma-survivor
  …    -receives-support-fr.html">8th grade science teacher and Hodgkin's lymphoma patient
  …    receives
88652  support from students</a></li>
88653  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/non-hodgkin-lymphoma-survivor-life-is-precious
  …    .html">Non-Hodgkin lymphoma survivor: 'Life is precious, and I'm living it'</a></li>
88654  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/more-than-a-thoracic-surgeon-reza-mehran-
  …    cancer-survivor-adventure.html">More than a thoracic surgeon: Reza Mehran, M.D.,
  …    cancer survivor and
88655  old-fashioned adventurer</a></li>
88656  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/how-an-oligodendroglioma-survivor-is-giving-
  …    back.html">How an oligodendroglioma survivor is giving back</a></li>
88657  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/how-a-myelodysplastic-syndrome-survivor-found-
  …    strength.html">How a myelodysplastic syndrome survivor found strength</a></li>
88658  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/cll-patient-my-spouse-my-caregiver.html">CLL
  …    patient: My spouse, my caregiver</a></li>
88659  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/aspire-ing-for-a-tobacco-free-world.html">
  …    ASPIRE-ing for a tobacco-free world</a></li>
88660  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/what-we-learned-from-hodgkins-lymphoma-journey
  …    .html">What one couple learned from their Hodgkin's lymphoma journey</a></li>
88661  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/fda-tackles-ecigarettes-an-important-first-
  …    step.html">FDA tackles e-cigarettes: An important first step</a></li>
88662  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/04/thymoma-patient-advice-for-cancer-patients-who
  …    -feel-discouraged.html">Thymoma patient: Advice for cancer patients who feel
  …    discouraged</a></li>
88663  </ul>
88664  </nav>
88665  </div>
88666  </section>
88667  </div>
88668  </div>
88669  </div></li>
```

```
88670  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2014/05.html">05</a>
88671  <div class="subnav-mask">
88672  <div class="subnav-wrapper">
88673  <div class="subnav col10 pad">
88674  <section class="nested">
88675  <div class="col4 main-column">
88676  <nav class="secondary">
88677  <ul>
88678  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/05.html"
    …  aria-label="Back to 05">05</a></li>
88679  <li class="primary-nav-item">
88680  <a href="/publications/cancerwise/2014/05.html" aria-label="05 Home">05 Home</a></li>
88681  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/seven-ways-to-fight-cancer-related-fatigue.
    …  html">7 ways to fight cancer-related fatigue</a></li>
88682  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/five-tips-from-my-mastectomy-experience.html">
    …  5 tips from my mastectomy experience</a></li>
88683  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/proton-therapy-center-eight-years-ofprogress-
    …  and-promise-for-can.html">Proton Therapy Center: Eight years of progress and promise
    …  for cancer treatment</a></li>
88684  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/small-lymphocytic-lymphoma-survivor-theres-so-
    …  much-hope-out-ther.html">Small lymphocytic lymphoma survivor: 'There's so much hope
    …  out there'</a></li>
88685  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/squamous-cell-carcinoma-patient-runs-28th-
    …  boston-marathon.html">Squamous cell carcinoma patient runs 28th Boston
    …  Marathon</a></li>
88686  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/how-a-melanoma-survivor-built-a-new-foundation
    …  -after-cancer.html">How a melanoma survivor built a new foundation after
    …  cancer</a></li>
88687  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/a-breast-cancer-survivor-reflects-on-the-
    …  meaning-of-mothers-day.html">A breast cancer survivor reflects on the meaning of
    …  Mother's Day</a></li>
88688  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/bile-duct-cancer-paitent-it-feels-like-hope.
    …  html">Bile duct cancer patient: 'It feels like hope'</a></li>
88689  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/melanoma-survivor-being-tan-is-not-worth-my-
    …  life.html">Melanoma survivor: 'Being tan is not worth my life'</a></li>
88690  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/ependymoma-survivor-overcomes-vision-loss-
    …  starts-career-in-music.html">Ependymoma survivor overcomes vision loss, making music
    …  career 'a real possibility'</a></li>
88691  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/glioblastoma-survivor-dont-ignore-the-symptoms
    …  .html">Glioblastoma survivor: Don't ignore the symptoms</a></li>
88692  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/small-cell-cervical-cancer-survivor-finds-
    …  support-online.html">Small cell cervical cancer (SCCC) survivor finds support
    …  online</a></li>
88693  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/how-an-anaplastic-astrocytoma-diagnosis-made-
    …  our-family-closer.html">How an anaplastic astrocytoma diagnosis made our family
    …  closer</a></li>
88694  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/receiving-an-aml-diagnosis-while-pregnant.html
    …  ">Receiving an AML diagnosis while pregnant: A survivor looks back</a></li>
88695  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2014/05/pediatric-osteosarcoma-survivor-prepares-for-
    …  us-paralympics-nati.html">Pediatric osteosarcoma survivor prepares for U.S.
    …  Paralympics</a></li>
88696  <li class="primary-nav-item"><a
```

```
88696 … href="/publications/cancerwise/2014/05/how-a-nurse-helped-me-through-my-sarcoma-
    … treatment.html">How a nurse helped me through my sarcoma treatment</a></li>
88697 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/05/stepping-past-the-anal-cancer-stigma.html">
    … Stepping past the anal cancer stigma</a></li>
88698 </ul>
88699 </nav>
88700 </div>
88701 </section>
88702 </div>
88703 </div>
88704 </div></li>
88705 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2014/06.html">06</a>
88706 <div class="subnav-mask">
88707 <div class="subnav-wrapper">
88708 <div class="subnav col10 pad">
88709 <section class="nested">
88710 <div class="col4 main-column">
88711 <nav class="secondary">
88712 <ul>
88713 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/06.html"
    … aria-label="Back to 06">06</a></li>
88714 <li class="primary-nav-item">
88715 <a href="/publications/cancerwise/2014/06.html" aria-label="06 Home">06 Home</a></li>
88716 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-to-make-chemotherapy-less-miserable.html">
    … How to make chemotherapy less miserable</a></li>
88717 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/celebrating-life-with-the-joy-diet.html">
    … Celebrating life with the Joy Diet</a></li>
88718 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-our-healthy-living-garden-helps-cancer-
    … patients-and-survivor.html">How our Healthy Living Garden helps cancer patients and
    … survivors</a></li>
88719 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-the-fault-is-in-our-stars-helped-me-
    … through-medulloblastoma-.html">How 'The Fault in our Stars' helped me through
    … medulloblastoma treatment</a></li>
88720 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-i-beat-cervical-cancer.html">How I beat
    … cervical cancer</a></li>
88721 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/a-cancer-survivor-guide-to-sun-safety.html">A
    … cancer survivor's guide to sun safety</a></li>
88722 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-my-terminal-prostate-cancer-diagnosis-
    … changed-me.html">How my terminal prostate cancer diagnosis changed me</a></li>
88723 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/lymphoma-survivor-becomes-mother-again-five-
    … years-after-cancer-t.html">Lymphoma survivor becomes mother again five years after
    … cancer treatment</a></li>
88724 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-i-coped-with-lymphedema.html">How I coped
    … with lymphedema</a></li>
88725 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/how-our-skjybridge-cart-drivers-build-
    … connections.html">How our skybridge cart drivers build connections</a></li>
88726 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/dance-like-nobodys-watching-and-other-advice-
    … from-a-bile-duct-ca.html">Dance like nobody's watching and other advice from a bile
    … duct cancer patient</a></li>
88727 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/peripheral-neuropathy-in-cancer-patients.html"
    … >Peripheral neuropathy in cancer patients</a></li>
88728 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/06/giving-back-to-support-glioblastoma-research.
    … html">Giving back to support glioblastoma research</a></li>
```

```
88729  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/how-rehabilitation-services-helps-our-cancer-
  …    patients.html">How Rehabilitation Services helps our cancer patients</a></li>
88730  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/cancer-researcher-by-day-lego-designer-by-
  …    night.html">Leukemia researcher by day, LEGO designer by night</a></li>
88731  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/thymoma-patient-on-having-a-rare-cancer.html">
  …    Thymoma patient on having a rare cancer</a></li>
88732  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/how-were-helping-stem-cell-transplant-patients
  …    -stay-alive.html">How we're helping stem cell transplant patients stay
  …    active</a></li>
88733  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/what-to-expect-during-a-clinical-trial.html">
  …    What to expect during a clinical trial</a></li>
88734  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/uterine-cancer-survivor-how-yoga-helped-save-
  …    my-life.html">Uterine cancer survivor: How yoga helped save my life</a></li>
88735  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/06/night-watch-our-nocturnal-program-teams-work-
  …    dust-til-dawn.html">Night watch: Our Nocturnal Program teams work dusk 'til
  …    dawn</a></li>
88736  </ul>
88737  </nav>
88738  </div>
88739  </section>
88740  </div>
88741  </div>
88742  </div></li>
88743  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2014/07.html">07</a>
88744  <div class="subnav-mask">
88745  <div class="subnav-wrapper">
88746  <div class="subnav col10 pad">
88747  <section class="nested">
88748  <div class="col4 main-column">
88749  <nav class="secondary">
88750  <ul>
88751  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/07.html"
  …    aria-label="Back to 07">07</a></li>
88752  <li class="primary-nav-item">
88753  <a href="/publications/cancerwise/2014/07.html" aria-label="07 Home">07 Home</a></li>
88754  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/how-cancer-changed-the-way-i-use-my-time.html"
  …    >How cancer changed the way I use my time</a></li>
88755  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/advice-from-a-breast-cancer-survivor.html">
  …    Advice from a breast cancer survivor</a></li>
88756  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/breast-cancer-survivor-celebrates-second-
  …    chance-with-537-mile-bi.html">Breast cancer survivor celebrates second chance with
  …    537-mile bike ride</a></li>
88757  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/five-common-breast-reconstruction-myths.html">
  …    5 common breast reconstruction myths</a></li>
88758  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/facing-breast-cancer-treatment-without-fear.
  …    html">Facing breast cancer treatment without fear</a></li>
88759  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/facing-melanoma-as-a-teenager.html">Facing
  …    melanoma as a teenager</a></li>
88760  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/my-colon-cancer-journey.html">My colon cancer
  …    journey</a></li>
88761  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2014/07/four-tips-for-exercising-during-cancer-
  …    treatment.html">4 tips for exercising during cancer treatment</a></li>
```

```
88762  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/medulloblastoma-cancer-patient-camp-star-
   …   trails.html">How a week at camp made a difference for a young medulloblastoma
   …   patient</a></li>
88763  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/why-i-chose-md-anderson-for-breast-cancer-
   …   treatment.html">Why I chose MD Anderson for breast cancer treatment</a></li>
88764  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/how-social-work-counselors-help-our-cancer-
   …   paitents.html">How social work counselors help our cancer patients</a></li>
88765  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/how-our-childrens-cancer-hospital-school-helps
   …   -our-pediatric-pat.html">How our Children's Cancer Hospital school helps our
   …   pediatric patients</a></li>
88766  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/honoring-a-brothers-legacy-by-supporting-brain
   …   -cancer-research.html">Honoring a brother's legacy by supporting brain cancer
   …   research</a></li>
88767  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/my-husbands-courageous-hemangiopericytoma-
   …   journey.html">My husband's courageous hemangiopericytoma journey</a></li>
88768  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/five-ways-to-make-cancer-treatment-more-fun.
   …   html">5 ways to make cancer treatment more fun</a></li>
88769  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/young-proton-therapy-warrior-legacy-of-giving-
   …   continues.html">Young proton therapy warrior's legacy of giving continues</a></li>
88770  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/07/my-stem-cell-transplant-my-rebirth.html">My
   …   stem cell transplant, my rebirth</a></li>
88771  </ul>
88772  </nav>
88773  </div>
88774  </section>
88775  </div>
88776  </div>
88777  </div></li>
88778  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2014/08.html">08</a>
88779  <div class="subnav-mask">
88780  <div class="subnav-wrapper">
88781  <div class="subnav col10 pad">
88782  <section class="nested">
88783  <div class="col4 main-column">
88784  <nav class="secondary">
88785  <ul>
88786  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/08.html"
   …   aria-label="Back to 08">08</a></li>
88787  <li class="primary-nav-item"><a
88788  <a href="/publications/cancerwise/2014/08.html" aria-label="08 Home">08 Home</a></li>
88789  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/how-i-learned-to-find-peace-in-times-of-
   …   uncertainty.html">How I learned to find peace in times of uncertainty</a></li>
88790  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/survivor-raises-awareness-for-breast-implant-
   …   associated-anaplast.html">Raising awareness for breast implant-associated anaplastic
   …   large cell lymphoma</a></li>
88791  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/my-sarcoma-journey.html">My sarcoma
   …   journey</a></li>
88792  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/waiting-for-my-anal-cancer-scan-results.html">
   …   Waiting for my anal cancer scan results</a></li>
88793  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/appendix-cancer-caregiver-on-learning-to-open-
   …   up.html">Appendix cancer caregiver on learning to open up</a></li>
88794  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/surviving-melanoma-in-high-school.html">
```

```
88794… surviving melanoma during high school</a></li>
88795  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/i-just-found-out-i-carry-the-brca1-genetic-
   …   mutation-and-im-not-f.html">I just found out I carry the BRCA 1 genetic mutation, and
   …   I'm not
88796  freaking out</a></li>
88797  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/the-silver-lining-in-a-pediatric-osteosarcoma-
   …   diagnosis.html">The silver lining in a pediatric osteosarcoma diagnosis</a></li>
88798  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/a-day-in-the-life-of-a-stem-cell-transplant-
   …   patient.html">A day in the life of a stem cell transplant patient</a></li>
88799  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/learning-to-let-others-help-me-through-a-
   …   mastectomy.html">Learning to let others help me through a mastectomy</a></li>
88800  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/what-happens-when-you-send-a-letter-to-patient
   …   -care-team.html">What happens when you send a letter to a patient or your care
   …   team?</a></li>
88801  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/how-a-pacu-nurse-helps-our-patients-one-smile-
   …   at-a-time.html">How a PACU nurse helps our patients, one smile at a time</a></li>
88802  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/patients-strut-their-stuff-during-holiday-
   …   parades.html">Patients strut their stuff during holiday parades</a></li>
88803  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/how-we-help-cancer-caregivers.html">How we
   …   help cancer caregivers</a></li>
88804  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/-what-you-should-know-about-bladder-cancer.
   …   html">What you should know about bladder cancer</a></li>
88805  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/08/kyssi-andrews-three-lessons-on-coping-with-
   …   hair-loss.html">Kyssi Andrews' three lessons on coping with hair loss</a></li>
88806  </ul>
88807  </nav>
88808  </div>
88809  </section>
88810  </div>
88811  </div>
88812  </div></li>
88813  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2014/09.html">09</a>
88814  <div class="subnav-mask">
88815  <div class="subnav-wrapper">
88816  <div class="subnav col10 pad">
88817  <section class="nested">
88818  <div class="col4 main-column">
88819  <nav class="secondary">
88820  <ul>
88821  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/09.html"
   …   aria-label="Back to 09">09</a></li>
88822  <li class="primary-nav-item">
88823  <a href="/publications/cancerwise/2014/09.html" aria-label="09 Home">09 Home</a></li>
88824  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/09/how-mdanderson-clinical-trials-are-helping-
   …   cancer-patients.html">How MD Anderson clinical trials are helping cancer
   …   patients</a></li>
88825  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/09/how-an-art-project-gave-our-patients-hope-and-
   …   community.html">How a dragon sculpture fueled hope and community for our
   …   patients</a></li>
88826  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/09/-how-my-daughters-childhood-cancer-
   …   medulloblastoma-diagnosis-cha.html">How my daughter's childhood cancer diagnosis
   …   changed our lives</a></li>
88827  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2014/09/what-does-a-physician-assistant-do.html">What
```

```
88827…  does a physician assistant do?</a></li>
88828   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-cancer-survivorship-means-to-me.html">
    …   What cancer survivorship means to me</a></li>
88829   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/my-bladder-cancer-journey.html">My bladder
    …   cancer journey</a></li>
88830   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/the-questions-people-ask-about-my-thymoma.html
    …   ">Questions people ask about my thymoma</a></li>
88831   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/wisdom-from-a-5-time-cancer-survivor.html">
    …   Wisdom from a 5-time cancer survivor</a></li>
88832   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/losing-my-hair-during-ovarian-cancer-treatment
    …   .html">Losing my hair during ovarian cancer treatment</a></li>
88833   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-to-say-to-someone-with-cancer.html">What
    …   to say to someone with cancer</a></li>
88834   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/a-stem-cell-transplant-patients-tips-for-
    …   recovery.html">A stem cell transplant patient's tips for recovery</a></li>
88835   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/19-ways-to-help-someone-with-cancer.html">19
    …   ways to help someone with cancer</a></li>
88836   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-my-family-learned-from-life-after-
    …   melanoma-treatment.html">What my family learned from life after melanoma
    …   treatment</a></li>
88837   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/5-tips-for-dealing-with-chemotherapy.html">5
    …   tips for dealing with chemotherapy</a></li>
88838   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-should-you-pack-for-cancer-treatment.html
    …   ">What should you pack for cancer treatment?</a></li>
88839   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/why-i-chose-mdanderson-for-my-mastectomy.html"
    …   >Why I chose MD Anderson for my mastectomy</a></li>
88840   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/coping-with-physical-changes-after-sarcoma-
    …   surgery.html">Coping with physical changes after sarcoma surgery</a></li>
88841   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/an-insiders-guide-to-md-anderson.html">An
    …   insider's guide to MD Anderson</a></li>
88842   </ul>
88843   </nav>
88844   </div>
88845   </section>
88846   </div>
88847   </div>
88848   </div></li>
88849   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/10.html">10</a>
88850   <div class="subnav-mask">
88851   <div class="subnav-wrapper">
88852   <div class="subnav col10 pad">
88853   <section class="nested">
88854   <div class="col4 main-column">
88855   <nav class="secondary">
88856   <ul>
88857   <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/10.html"
    …   aria-label="Back to 10">10</a></li>
88858   <li class="primary-nav-item">
88859   <a href="/publications/cancerwise/2014/10.html" aria-label="10 Home">10 Home</a></li>
88860   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/finding-life-and-hope-at-md-anderson.html">
    …   Finding life and hope at MD Anderson</a></li>
88861   <li class="primary-nav-item"><a
```

```
88861  href="/publications/cancerwise/2014/10/how-a-cml-clinical-trial-and-gleevec-saved-my-
 …     life.html">How a CML clinical trial and Gleevec saved my life</a></li>
88862  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/how-connecting-with-another-vulvar-cancer-
 …     patient-helped-med.html">How connecting with another vulvar cancer patient helped
 …     me</a></li>
88863  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/my-letter-to-cancer.html">My letter to
 …     cancer</a></li>
88864  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/how-i-recovered-from-esophageal-cancer-surgery
 …     .html">How I recovered from esophageal cancer surgery</a></li>
88865  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/choosing-how-to-share-your-cancer-journey.html
 …     ">Choosing how to share your cancer journey</a></li>
88866  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/maintaining-optimism-during-kidney-cancer.html
 …     ">Maintaining optimism during kidney cancer</a></li>
88867  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/staying-healthy-after-cancer.html">Staying
 …     healthy after cancer</a></li>
88868  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/from-pediatric-burkitts-lymphoma-patient-to-
 …     cancer-researcher.html">From pediatric Burkitt's lymphoma patient to cancer
 …     researcher</a></li>
88869  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/hidden-history-in-md-andersons-main-building.
 …     html">Hidden history in MD Anderson's Main Building</a></li>
88870  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/first-person-getting-to-know-cardiothoracic-
 …     surgeon-stephen-swis.html">First person: Getting to know cardiothoracic surgeon
 …     Stephen Swisher, M.D.</a></li>
88871  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/coping-with-gvhd-after-my-stem-cell-transplant
 …     .html">Coping with GVHD after my stem cell transplant</a></li>
88872  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/coping-with-leukemia-and-lymphoma-in-my-20s.
 …     html">Coping with leukemia and lymphoma in my 20s</a></li>
88873  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/how-our-research-helps-cancer-patients.html">
 …     How our research helps cancer patients</a></li>
88874  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/aml-survivor-discovers-life-after-cancer.html"
 …     >AML survivor discovers life after cancer</a></li>
88875  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/what-to-know-about-lung-cancer-screening-
 …     treatment-and-research.html">What to know about lung cancer screening, treatment and
 …     research</a></li>
88876  <li class="primary-nav-item"><a
 …     href="/publications/cancerwise/2014/10/what-to-expect-during-a-ct-scan.html">What to
 …     expect during a CT scan</a></li>
88877  </ul>
88878  </nav>
88879  </div>
88880  </section>
88881  </div>
88882  </div>
88883  </div></li>
88884  <li class="primary-nav-item has-subnav"><a
 …     href="/publications/cancerwise/2014/11.html">11</a>
88885  <div class="subnav-mask">
88886  <div class="subnav-wrapper">
88887  <div class="subnav col10 pad">
88888  <section class="nested">
88889  <div class="col4 main-column">
88890  <nav class="secondary">
88891  <ul>
88892  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/11.html"
```

```
88892 ... aria-label="Back to 11">11</a></li>
88893 <li class="primary-nav-item">
88894 <a href="/publications/cancerwise/2014/11.html" aria-label="11 Home">11 Home</a></li>
88895 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/my-colon-cancer-journey.html">My colon cancer
   ... journey</a></li>
88896 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/17-things-that-make-md-anderson-unique.html">
   ... 17 things that set MD Anderson apart</a></li>
88897 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/how-a-houston-breast-cancer-patient-chose-to-
   ... stay-positive-durin.html">How a Houston breast cancer patient chose to stay positive
   ... during cancer treatment</a></li>
88898 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/the-faces-of-cancer.html">The faces of
   ... cancer</a></li>
88899 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/infant-leukemia-survivor-reflects-on-the-
   ... hospital-that-raised-me.html">Infant leukemia survivor reflects on 'the hospital that
   ... raised me'</a></li>
88900 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/facing-uncertainty-after-thymoma-treatment.
   ... html">Facing uncertainty after thymoma treatment</a></li>
88901 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/making-peace-with-vulvar-cancer-diagnosis.html
   ... ">Making peace with my vulvar cancer diagnosis</a></li>
88902 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/dating-after-tongue-cancer.html">Dating after
   ... tongue cancer</a></li>
88903 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/a-stem-cell-transplant-patient-looks-to-
   ... returning-home.html">A stem cell transplant patient looks to returning home</a></li>
88904 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/what-my-kids-should-know-about-sun-safety.html
   ... ">What my kids should know about sun safety</a></li>
88905 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/why-im-thankful-after-my-esophageal-cancer-
   ... diagnosis.html">Why I'm thankful after my esophageal cancer diagnosis</a></li>
88906 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/4-holiday-party-tips-for-cancer-patients.html"
   ... >4 holiday party tips for cancer patients</a></li>
88907 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/11/11-tips-for-cancer-caregivers-from-our-
   ... facebook-community.html">11 tips for cancer caregivers from our Facebook
   ... community</a></li>
88908 </ul>
88909 </nav>
88910 </div>
88911 </section>
88912 </div>
88913 </div>
88914 </div></li>
88915 <li class="primary-nav-item has-subnav"><a
   ... href="/publications/cancerwise/2014/12.html">12</a>
88916 <div class="subnav-mask">
88917 <div class="subnav-wrapper">
88918 <div class="subnav col10 pad">
88919 <section class="nested">
88920 <div class="col4 main-column">
88921 <nav class="secondary">
88922 <ul>
88923 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/12.html"
   ... aria-label="Back to 12">12</a></li>
88924 <li class="primary-nav-item">
88925 <a href="/publications/cancerwise/2014/12.html" aria-label="12 Home">12 Home</a></li>
88926 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2014/12/why-a-sarcoma-patient-loved-celebrating-the-
   ... holidays-at-md-ander.html">Why a sarcoma patient loved celebrating the holidays at MD
```

```
88926… Anderson/13</li>
88927 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/what-to-expect-when-you-get-an-ultrasound.html
    … ">What to expect when you get an ultrasound</a></li>
88928 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/how-ive-made-traveling-for-cancer-treatment-
    … easier.html">How I've made traveling for cancer treatment easier</a></li>
88929 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/beating-cancer-related-fatigue-with-
    … progressive-muscle-relaxatio.html">Beating cancer-related fatigue with progressive
    … muscle relaxation</a></li>
88930 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/whats-the-best-gift-for-a-cancer-patient-or-
    … caregiver.html">What's the best gift for a cancer patient or caregiver?</a></li>
88931 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/getting-to-know-margaret-row-md.html">Getting
    … to know Margaret Row, M.D.</a></li>
88932 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/how-martial-arts-became-a-way-of-life-for-
    … thomas-rahlfs-md.html">How martial arts became a way of life for Thomas Rahlfs,
    … M.D.</a></li>
88933 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/how-our-busy-employees-get-exercise.html">How
    … our busy employees get exercise</a></li>
88934 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/understanding-the-new-hpv-vaccine.html">
    … Understanding the new HPV vaccine</a></li>
88935 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-of-hope.html">
    … Best of Cancerwise 2014: Stories of hope</a></li>
88936 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/remembering-my-first-christmas-with-aml.html">
    … Remembering my first Christmas with AML</a></li>
88937 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-30-ways-to-make-life-
    … better-for-someone-.html">Best of Cancerwise 2014: 30 ways to make life better for
    … someone with cancer</a></li>
88938 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/our-experts-most-helpful-insight-from-2014.
    … html">Our experts' most helpful insight from 2014</a></li>
88939 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-advice-from-our-cancer
    … -patients.html">Best of Cancerwise 2014: Advice from our cancer patients</a></li>
88940 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-for-cancer-
    … caregivers.html">Best of Cancerwise 2014: Stories for cancer caregivers</a></li>
88941 </ul>
88942 </nav>
88943 </div>
88944 </section>
88945 </div>
88946 </div>
88947 </div></li>
88948 </ul>
88949 </nav>
88950 </div>
88951 </section>
88952 </div>
88953 </div>
88954 </div></li>
88955 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2013.html">2013</a>
88956 <div class="subnav-mask">
88957 <div class="subnav-wrapper">
88958 <div class="subnav col10 pad">
88959 <section class="nested">
88960 <div class="col4 main-column">
88961 <nav class="secondary">
```

```
88962  <ul>
88963  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013.html"
    …  aria-label="Back to 2013">2013</a></li>
88964  <li class="primary-nav-item">
88965  <a href="/publications/cancerwise/2013.html" aria-label="2013 Home">2013
    …  Home</a></li>
88966  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/01.html">01</a>
88967  <div class="subnav-mask">
88968  <div class="subnav-wrapper">
88969  <div class="subnav col10 pad">
88970  <section class="nested">
88971  <div class="col4 main-column">
88972  <nav class="secondary">
88973  <ul>
88974  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/01.html"
    …  aria-label="Back to 01">01</a></li>
88975  <li class="primary-nav-item">
88976  <a href="/publications/cancerwise/2013/01.html" aria-label="01 Home">01 Home</a></li>
88977  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/cervical-cancer-patient-gets-inspired-after-
    …  cervix-cancer.html">Inspiration from an unexpected detour</a></li>
88978  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/having-cancer-and-young-children-a-mothers-
    …  advice.html">Having cancer and young children: A mother's advice</a></li>
88979  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/family-gets-screened-for-esophageal-cancer.
    …  html">Family gets screened for esophageal cancer for mother's 90th birthday</a></li>
88980  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/young-cancer-patients-positive-impact-on-
    …  childhood-cancer.html">Young cancer patients' positive imPACT</a></li>
88981  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/my-male-breast-cancer-gave-me-a-new-
    …  appreciation-for-md-anderson.html">Man in pink: How my male breast cancer helped me
    …  appreciate MD Anderson</a></li>
88982  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/male-breast-cancer-what-men-should-know.html">
    …  Male breast cancer: What men should know</a></li>
88983  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/how-to-improve-your-diet-and-take-healthy-
    …  bites-in-2013.html">Q&amp;A: How to improve your diet and take Healthy Bites in
    …  2013</a></li>
88984  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/support-groups-a-cancer-patients-best-friend-
    …  and-best-weapon.html">Support groups: A cancer patient's best friend and best
    …  weapon</a></li>
88985  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/after-my-stem-cell-transplant-becoming-myself-
    …  again.html">After my stem cell transplant: Becoming myself again</a></li>
88986  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/cervical-cancer-what-you-need-to-know.html">
    …  Cervical cancer: What you need to know</a></li>
88987  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/the-cancer-experience-finding-similarities.
    …  html">The cancer experience: Finding similarities in our unique experiences</a></li>
88988  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/studies-aim-to-improve-quality-of-life-for-
    …  lung-cancer-patients.html">Studies aim to improve quality of life for lung cancer
    …  patients</a></li>
88989  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/counseling-provides-comfort-for-mother.html">
    …  Counseling provides comfort for mother grieving son's death</a></li>
88990  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/uterine-cancer-survivor-reflects-on-her-
    …  journey.html">Falling off the edge of a cliff</a></li>
88991  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/01/getting-married-after-cancer-leukemia-patient-
    …  deals-with-guilt.html">Getting married after cancer: Guilt is part of the
```

```
88991 diagnosis</a></li>
88992 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/01/how-t-cell-therapy-helped-melanoma-patient.
   html">How T-cell therapy helped my son enjoy a normal college life</a></li>
88993 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/01/cancer-treatment-setting-priorities.html">
   Setting priorities during cancer treatment</a></li>
88994 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/01/how-to-quit-smoking.html">How to quit
   smoking</a></li>
88995 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/01/brain-tumor-navigating-a-glioblastoma-
   multiforme-brain-cancer-su.html">Navigating a brain tumor: Cry, love and
   share</a></li>
88996 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/01/patient-and-volunteer-dedicates-his.html">
   Cancer patient and volunteer dedicates his time to help others</a></li>
88997 </ul>
88998 </nav>
88999 </div>
89000 </section>
89001 </div>
89002 </div>
89003 </div></li>
89004 <li class="primary-nav-item has-subnav"><a
   href="/publications/cancerwise/2013/02.html">02</a>
89005 <div class="subnav-mask">
89006 <div class="subnav-wrapper">
89007 <div class="subnav col10 pad">
89008 <section class="nested">
89009 <div class="col4 main-column">
89010 <nav class="secondary">
89011 <ul>
89012 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/02.html"
   aria-label="Back to 02">02</a></li>
89013 <li class="primary-nav-item">
89014 <a href="/publications/cancerwise/2013/02.html" aria-label="02 Home">02 Home</a></li>
89015 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/proton-therapy-child-life-specialist-makes-a-
   big-difference-for-.html">Child life specialist makes a big difference for one young
   patient</a></li>
89016 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/triple-negative-breast-cancer-second-opinion-
   why-it-matters.html">Getting a second opinion: Why it matters</a></li>
89017 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/massage-for-cancer-patients-cancer-massage.
   html">Massage for cancer patients: 4 tips to find a qualified therapist</a></li>
89018 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/couple-fights-leukemia-together.html">Couple
   fights leukemia together as they celebrate their first anniversary</a></li>
89019 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/heart-disease-and-cancer-get-the-facts.html">
   Heart disease and cancer: Get the facts</a></li>
89020 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/strengthening-relationships-during-the-cancer-
   journey.html">Strengthening relationships during the cancer journey</a></li>
89021 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/your-diet-taking-small-steps-to-improve-your-
   health.html">Your diet: When small steps equal big change</a></li>
89022 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/ependymoma-patient-no-longer-takes-anything-
   for-granted.html">Ependymoma patient no longer takes anything for granted</a></li>
89023 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/adoption-after-cancer.html">Adoption after
   cancer</a></li>
89024 <li class="primary-nav-item"><a
   href="/publications/cancerwise/2013/02/a-trusted-resource-the-learning-center-helps-
   patients-stay-infor.html">A trusted resource: The Learning Center helps patients stay
```

```
89024…  informed/19</li>
89025   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/program-addresses-body-image-concerns.html">
  …     Program addresses body image concerns</a></li>
89026   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/male-breast-cancer-my-last-chemotherapy-
  …     treatment.html">Man in Pink: My last chemotherapy treatment</a></li>
89027   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/preparing-for-your-first-visit-at-md-anderson-
  …     a-patients-advice.html">Preparing for your first visit at MD Anderson: A patient's
  …     advice</a></li>
89028   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/top-spots-and-tips-for-teens-and-young-adults-
  …     at-md-anderson.html">Top spots and tips for teens and young adults at MD
  …     Anderson</a></li>
89029   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/how-staying-active-and-t-cell-treatment-have-
  …     helped-me-overcome-.html">How staying active and T-cell treatment have helped me
  …     overcome
89030   metastatic melanoma</a></li>
89031   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/ct-and-mri-scans-tips.html">CT and MRI scans:
  …     Tips for coping with stress</a></li>
89032   </ul>
89033   </nav>
89034   </div>
89035   </section>
89036   </div>
89037   </div>
89038   </div></li>
89039   <li class="primary-nav-item has-subnav"><a
  …     href="/publications/cancerwise/2013/03.html">03</a>
89040   <div class="subnav-mask">
89041   <div class="subnav-wrapper">
89042   <div class="subnav col10 pad">
89043   <section class="nested">
89044   <div class="col4 main-column">
89045   <nav class="secondary">
89046   <ul>
89047   <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/03.html"
  …     aria-label="Back to 03">03</a></li>
89048   <li class="primary-nav-item">
89049   <a href="/publications/cancerwise/2013/03.html" aria-label="03 Home">03 Home</a></li>
89050   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/common-myths-about-cancer-doctors.html">4
  …     common myths about cancer doctors</a></li>
89051   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/know-your-colon-cancer-risks-get-screened.html
  …     ">Know your colon cancer risks: Get screened</a></li>
89052   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me.html">
  …     How pre-surgery visualization helped me</a></li>
89053   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me-part-
  …     ii.html">How pre-surgery visualization helped me: Part II</a></li>
89054   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/brain-tumor-a-musician-writes-his-first-song-
  …     before-brain-surger.html">A musician writes his first song before brain
  …     surgery</a></li>
89055   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/stem-cell-transplant-survivor-life-after-
  …     myelodysplastic-syndrom.html">My new normal: Life after myelodysplastic
  …     syndrome</a></li>
89056   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/what-to-expect-on-your-first-day-of-
  …     chemotherapy.html">What to expect on your first day of chemotherapy</a></li>
89057   <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/melanoma-skin-cancer-what-you-need-to-know.
```

```
89057…  html"&amp;A: Focus on skin melanoma</a></li>
89058   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/from-employee-to-caregiver-my-new-perspective-
   …    on-md-anderson.html">From employee to caregiver: My new perspective on MD
   …    Anderson</a></li>
89059   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/anxiety-and-cancer-my-fear-of-upcoming-scans.
   …    html">Anxiety and cancer: My fear of upcoming scans</a></li>
89060   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/6-tips-to-cope-with-a-cancer-diagnosis.html">6
   …    tips to cope with a cancer diagnosis</a></li>
89061   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/multiple-myeloma-patient-cancer-wont-slow-me-
   …    down.html">Multiple myeloma patient: Cancer won't slow me down</a></li>
89062   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/cancer-we-didnt-deserve-this.html">Cancer: We
   …    didn't deserve this</a></li>
89063   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/pancreatic-cancer-patient-traveling-to-md-
   …    anderson-for-treatment.html">Pancreatic cancer patient: Traveling to MD Anderson for
   …    treatment</a></li>
89064   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/traveling-and-staying-connecting-during-cancer
   …    -treatment.html">Traveling and staying connected during cancer treatment</a></li>
89065   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/4-myths-about-chemotherapy.html">4 myths about
   …    chemotherapy</a></li>
89066   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/colon-cancer-remembering-my-father-as-mother-
   …    battles-breast-canc.html">Losing my father to cancer: Angels watching over
   …    us</a></li>
89067   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/03/brain-cancer-a-dream-come-true.html">Brain
   …    cancer: A dream come true</a></li>
89068   </ul>
89069   </nav>
89070   </div>
89071   </section>
89072   </div>
89073   </div>
89074   </div></li>
89075   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2013/04.html">04</a>
89076   <div class="subnav-mask">
89077   <div class="subnav-wrapper">
89078   <div class="subnav col10 pad">
89079   <section class="nested">
89080   <div class="col4 main-column">
89081   <nav class="secondary">
89082   <ul>
89083   <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/04.html"
   …    aria-label="Back to 04">04</a></li>
89084   <li class="primary-nav-item">
89085   <a href="/publications/cancerwise/2013/04.html" aria-label="04 Home">04 Home</a></li>
89086   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/04/t-cell-therapy-helps-father-overcome-
   …    metastatic-melanoma.html">T-cell therapy helps father overcome metastatic
   …    melanoma</a></li>
89087   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/04/cord-blood-donation-provides-a-life-saving-
   …    option.html">Cord blood provides a life-saving option</a></li>
89088   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/04/understanding-glioblastoma.html">Q&amp;A:
   …    Understanding glioblastoma</a></li>
89089   <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2013/04/support-for-breast-cancer-patients-with-body-
   …    image-concerns.html">Support for breast cancer patients with body image
   …    concerns</a></li>
```

```
89090  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/cancer-patient-how-exercise-makes-a-difference
   …  .html">Cancer patient: How exercise makes a difference</a></li>
89091  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/lung-cancer-survivor-hopes-to-inspire-others.
   …  html">Lung cancer survivor trains for triathlon</a></li>
89092  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/practicing-self-care-through-journaling.html">
   …  Journaling your way through cancer</a></li>
89093  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/a-caregivers-advice-how-to-help-a-dying-
   …  patients-family.html">A caregiver's advice: How to help a dying patient's
   …  family</a></li>
89094  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/your-first-mammogram-10-things-to-expect.html"
   …  >Your first mammogram: 10 things to expect</a></li>
89095  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/cancer-patients-get-genetic-counseling-before-
   …  testing.html">Cancer patients: Get genetic counseling before testing</a></li>
89096  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/advance-care-planning-4-steps-for-planning-
   …  your-future.html">Advance care planning: 6 steps for planning your future</a></li>
89097  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/when-a-parent-has-cancer-helping-teens-and-
   …  kids-cope.html">When a parent has cancer: Helping teens and kids cope</a></li>
89098  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/sexual-problems-and-cancer-dont-ignore-it.html
   …  ">Sexual problems and cancer: Don't ignore it</a></li>
89099  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/radiation-therapy-for-cancer-treatment.html">
   …  Cancer treatment: Radiation therapy explained</a></li>
89100  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/international-gastroesophageal-cancer-patient-
   …  fights-cancer-with.html">International gastroesophageal cancer patient fights cancer
   …  with a smile</a></li>
89101  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/healthy-dining-options-at-md-anderson.html">
   …  Healthy dining options at MD Anderson</a></li>
89102  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/04/brain-tumor-focus-on-brain-surgery.html">Q&amp
   …  ;A: Focus on brain surgery</a></li>
89103  </ul>
89104  </nav>
89105  </div>
89106  </section>
89107  </div>
89108  </div>
89109  </div></li>
89110  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/05.html">05</a>
89111  <div class="subnav-mask">
89112  <div class="subnav-wrapper">
89113  <div class="subnav col10 pad">
89114  <section class="nested">
89115  <div class="col4 main-column">
89116  <nav class="secondary">
89117  <ul>
89118  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/05.html"
   …  aria-label="Back to 05">05</a></li>
89119  <li class="primary-nav-item">
89120  <a href="/publications/cancerwise/2013/05.html" aria-label="05 Home">05 Home</a></li>
89121  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/moms-with-cancer-making-mothers.html">Moms
   …  with cancer: Making Mother's Day memories</a></li>
89122  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/05/cancer-survivor-at-the-boston-marathon.html">
   …  Cancer survivor: What I learned about myself at the Boston Marathon</a></li>
89123  <li class="primary-nav-item"><a
```

```
89123  href="/publications/cancerwise/2013/05/inflammatory-breast-cancer-how-md-anderson-is-
   …   leading-in-breast-.html">Inflammatory Breast Cancer: How MD Anderson is leading the
   …   fight</a></li>
89124  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/meeting-the-geriatrician-a-cancer.html">
   …   Meeting the geriatrician: A cancer diagnosis' silver lining</a></li>
89125  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/md-anderson-nurses-the-heart-of-the-hospital.
   …   html">MD Anderson nurses: The heart of the hospital</a></li>
89126  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/my-ovarian-cancer-diagnosis-my-journey-to-heal
   …   .html">My ovarian cancer diagnosis: My journey to heal</a></li>
89127  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/teacher-goes-through-cancer-treatment-with-
   …   students-by-her-side.html">Teacher copes with cancer with students' support</a></li>
89128  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/celebrating-my-mom-after-her-cancer-diagnosis.
   …   html">Celebrating my mom after her cancer diagnosis</a></li>
89129  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/how-a-colon-cancer-caregiver-learned-to-live-
   …   in-the-moment.html">How a colon cancer caregiver learned to live in the
   …   moment</a></li>
89130  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/cervical-cancer-patient-my-journey-from-
   …   diagnosis-to-recurrence.html">Cervical cancer patient: My journey from diagnosis to
   …   recurrence</a></li>
89131  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/md-anderson-childrens-cancer-hospital-comes-of
   …   -age.html">MD Anderson Children's Cancer Hospital comes of age</a></li>
89132  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/donate-blood-and-give-blood-donation-make-
   …   yourself-proud.html">Donate blood and make yourself proud</a></li>
89133  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/preventive-double-mastectomy-a-breast-cancer-
   …   survivors-take.html">Preventive double mastectomy: A breast cancer survivor's
   …   take</a></li>
89134  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/new-patient-advice-for-first-visit-to-md-
   …   anderson.html">New patient advice from veteran MD Anderson patients and
   …   caregivers</a></li>
89135  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/my-husbands-pancreatic-cancer-treatment-a-
   …   cancer-caregivers-story.html">My husband's pancreatic cancer treatment: A cancer
   …   caregiver's story</a></li>
89136  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/4-ways-to-celebrate-a-healthy-memorial-day.
   …   html">4 ways to celebrate a healthy Memorial Day</a></li>
89137  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/triple-negative-inflammatory-breast-cancer-
   …   treatment-my-journey.html">Triple-negative inflammatory breast cancer treatment: My
   …   journey</a></li>
89138  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/hold-on-how-a-cancer-doctors-song-hopes-to-
   …   inspire-others.html">&quot;Hold On&quot; - a song of hope for cancer
   …   patients</a></li>
89139  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/treating-head-and-neck-lymphedema-in-cancer-
   …   patients.html">Treating head and neck lymphedema in cancer patients</a></li>
89140  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/05/cancer-survivorship-week-at-md-anderson-save-
   …   the-date.html">Cancer Survivorship Week at MD Anderson: Save the date</a></li>
89141  </ul>
89142  </nav>
89143  </div>
89144  </section>
89145  </div>
89146  </div>
89147  </div></li>
```

```
89148  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/06.html">06</a>
89149  <div class="subnav-mask">
89150  <div class="subnav-wrapper">
89151  <div class="subnav col10 pad">
89152  <section class="nested">
89153  <div class="col4 main-column">
89154  <nav class="secondary">
89155  <ul>
89156  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/06.html"
    …  aria-label="Back to 06">06</a></li>
89157  <li class="primary-nav-item">
89158  <a href="/publications/cancerwise/2013/06.html" aria-label="06 Home">06 Home</a></li>
89159  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/melanoma-patient-reflects-on-benefits-of-
    …  tanning-bed-legislation.html">Texas tanning bed law: A melanoma survivor's
    …  take</a></li>
89160  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/cancer-patient-celebrates-no-evidence-of-
    …  disease-with-headstands.html">Cancer patient celebrates no evidence of disease with
    …  headstands</a></li>
89161  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/men-who-suspect-they-have-cancer-a-cancer-
    …  survivors-advice.html">Men who suspect they have cancer: A cancer survivor's
    …  advice</a></li>
89162  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/support-groups-a-patients-perspective.html">
    …  Cancer support groups: A cancer patient's perspective</a></li>
89163  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/caring-for-my-husband-with-stage-iv-lung-
    …  cancer-finding-purpose.html">Caring for my husband with stage IV lung cancer:
    …  Finding purpose and meaning</a></li>
89164  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/md-anderson-resources-for-cancer-caregivers-
    …  and-family-members.html">MD Anderson resources for cancer caregivers and family
    …  members</a></li>
89165  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/life-as-a-myelodysplastic-syndrome-survivor-
    …  new-beginnings.html">Life as a myelodysplastic syndrome survivor: New
    …  beginnings</a></li>
89166  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/winning-my-war-with-the-help-of-a-new-drug-
    …  breast-cancer-patient.html">Help from a new drug: Treating my breast cancer
    …  recurrence</a></li>
89167  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/lung-cancer-survivor-completes-triathlon.html"
    …  >Lung cancer survivor completes triathlon</a></li>
89168  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/from-male-breast-cancer-patient-to-survivor-
    …  reflections-on-compl.html">From male breast cancer patient to survivor: Life after
    …  radiation treatment</a></li>
89169  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/neuropsychology-and-its-role-in-cancer-care.
    …  html">Q&amp;A: Neuropsychology and its role in cancer care</a></li>
89170  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/how-my-second-cancer-diagnosis-changed-me.html
    …  ">How my second cancer diagnosis changed me</a></li>
89171  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/newly-diagnosed-cancer-patients-questions-to-
    …  ask-your-health-car.html">Newly diagnosed cancer patients: Questions to ask your
    …  health care team</a></li>
89172  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/hpv-vaccine-a-smart-way-to-protect-kids-from-
    …  cancer.html">HPV vaccine: A smart way to protect kids from cancer</a></li>
89173  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/exercise-for-cancer-survivors-a-great-way-to-
    …  boost-your-health.html">Exercise for cancer survivors: A great way to boost your
    …  health</a></li>
```

```
89174  </ul>
89175  </nav>
89176  </div>
89177  </section>
89178  </div>
89179  </div>
89180  </div></li>
89181  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2013/07.html">07</a>
89182  <div class="subnav-mask">
89183  <div class="subnav-wrapper">
89184  <div class="subnav col10 pad">
89185  <section class="nested">
89186  <div class="col4 main-column">
89187  <nav class="secondary">
89188  <ul>
89189  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/07.html"
   …   aria-label="Back to 07">07</a></li>
89190  <li class="primary-nav-item">
89191  <a href="/publications/cancerwise/2013/07.html" aria-label="07 Home">07 Home</a></li>
89192  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/sharing-cancer-information-why-i-volunteer-in-
   …   the-learning-center.html">Sharing cancer information: Why I volunteer in The Learning
   …   Center</a></li>
89193  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/appendix-cancer-what-you-should-know.html">
   …   Appendix cancer: What you should know</a></li>
89194  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/chemotherapy-side-effects-helping-my-mom-cope.
   …   html">Chemotherapy side effects: Helping my mom cope</a></li>
89195  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-survivor-learning-to-receive-a-
   …   compliment-gracefully.html">Cancer survivor: Learning to receive a compliment
   …   gracefully</a></li>
89196  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-in-men-what-you-should-know.html">
   …   Cancer in men: What you should know</a></li>
89197  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/acute-myeloid-leukemia-from-diagnosis-to-stem-
   …   cell-transplant-to.html">Acute myeloid leukemia: From diagnosis to stem cell
   …   transplant to survivor</a></li>
89198  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/the-waiting-game-a-cancer-survivors-story.html
   …   ">The waiting game: A cancer survivor's story</a></li>
89199  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/from-medulloblastoma-patient-to-triathlete.
   …   html">From medulloblastoma patient to triathlete</a></li>
89200  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/sunscreen-for-your-family-what-parents-should-
   …   know.html">Sunscreen and skin cancer prevention: 9 common mistakes</a></li>
89201  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/bodybuilding-how-a-breast-cancer-survivor-
   …   regained-confidence.html">Bodybuilding: How a breast cancer survivor regained
   …   confidence</a></li>
89202  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/new-metastatic-medullary-thyroid-cancer-
   …   treatment-options.html">New metastatic medullary thyroid cancer treatment
   …   options</a></li>
89203  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/after-a-brain-tumor-diagnosis-establishing-a-
   …   new-normal.html">After a brain tumor diagnosis: Establishing a &quot;new
   …   normal&quot;</a></li>
89204  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/cancer-related-fatigue-tips-for-cancer-
   …   patients-and-survivors.html">Cancer-related fatigue: Tips for cancer patients and
   …   survivors</a></li>
89205  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/07/packing-for-your-first-visit-advice-from-
```

```
89205  veteran-md-anderson-pat.html">Packing for your first visit: Advice from veteran MD
    …  Anderson patients
89206  and caregivers</a></li>
89207  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/07/cancer-survivor-when-a-friend-receives-a-
    …  cancer-diagnosis.html">Cancer survivor: When a friend receives a cancer
    …  diagnosis</a></li>
89208  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/07/cancer-heart-problems-and-kidney-issues-
    …  balancing-my-moms-treatm.html">Cancer, heart problems and kidney issues: Balancing my
    …  mom's treatments</a></li>
89209  </ul>
89210  </nav>
89211  </div>
89212  </section>
89213  </div>
89214  </div>
89215  </div></li>
89216  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/08.html">08</a>
89217  <div class="subnav-mask">
89218  <div class="subnav-wrapper">
89219  <div class="subnav col10 pad">
89220  <section class="nested">
89221  <div class="col4 main-column">
89222  <nav class="secondary">
89223  <ul>
89224  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/08.html"
    …  aria-label="Back to 08">08</a></li>
89225  <li class="primary-nav-item">
89226  <a href="/publications/cancerwise/2013/08.html" aria-label="08 Home">08 Home</a></li>
89227  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/cancer-survivor-on-follow-up-appointments.html
    …  ">Cancer survivor on follow-up appointments</a></li>
89228  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/lung-cancer-screening-for-smokers-moves-toward
    …  -standard-of-care.html">Lung cancer screening for smokers moves toward standard of
    …  care</a></li>
89229  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/my-acute-myeloid-leukemia-aml-journey-the-
    …  people-who-helped.html">My acute myeloid leukemia journey: The people who
    …  helped</a></li>
89230  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/saying-goodbye-what-ive-learned-as-a-cancer-
    …  patient-and-caregiver.html">Saying goodbye: What I've learned as a cancer patient and
    …  caregiver</a></li>
89231  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/carepages-an-easier-way-for-cancer-patients-to
    …  -share-updates.html">CarePages: An easier way for cancer patients to share
    …  updates</a></li>
89232  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/changing-clinical-trials-for-cancer-treatment-
    …  a-cancer-patients-.html">Changing clinical trials for cancer treatment: A cancer
    …  patient's perspective</a></li>
89233  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/tobacco-free-teens-app-helps-youth-quit-
    …  smoking.html">Tobacco-Free Teens app helps youth quit smoking</a></li>
89234  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/hpv-and-throat-cancer.html">Q&amp;A: HPV and
    …  throat cancer</a></li>
89235  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/anaplastic-astrocytoma-my-husbands-brain-tumor
    …  -story.html">Anaplastic astrocytoma: My husband's brain tumor story</a></li>
89236  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/08/what-i-learned-about-cancer-research-advances.
    …  html">What I learned about cancer research advances during my tour of MD
    …  Anderson</a></li>
89237  <li class="primary-nav-item"><a
```

```
89237  href="/publications/cancerwise/2013/08/lung-cancer-survivor-on-being-a-caregiver.html
   …  ">Lung cancer patient on being a cancer caregiver: Looking in the mirror</a></li>
89238  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/from-stem-cell-donor-to-carcinoid-tumor-
   …  patient.html">From stem cell donor to carcinoid tumor patient: My unexpected
   …  detour</a></li>
89239  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/tips-for-a-cancer-caregiver-to-stay-healthy.
   …  html">5 health tips for cancer caregivers</a></li>
89240  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/healthier-diet-for-cancer-survivors.html">A
   …  healthier diet for cancer survivors</a></li>
89241  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/chordoma-copingwithangerandchange.html">After
   …  chordoma: Coping with anger and change</a></li>
89242  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/the-dangers-and-risks-of-e-cigarettes.html">
   …  The dangers and risks of e-cigarettes</a></li>
89243  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/08/melanoma-diagnosis-what-a-caregiver-learned.
   …  html">My mother's melanoma diagnosis: What a caregiver learned</a></li>
89244  </ul>
89245  </nav>
89246  </div>
89247  </section>
89248  </div>
89249  </div>
89250  </div></li>
89251  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2013/09.html">09</a>
89252  <div class="subnav-mask">
89253  <div class="subnav-wrapper">
89254  <div class="subnav col10 pad">
89255  <section class="nested">
89256  <div class="col4 main-column">
89257  <nav class="secondary">
89258  <ul>
89259  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/09.html"
   …  aria-label="Back to 09">09</a></li>
89260  <li class="primary-nav-item">
89261  <a href="/publications/cancerwise/2013/09.html" aria-label="09 Home">09 Home</a></li>
89262  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/how-phlebotomists-help-our-cancer-patients.
   …  html">How phlebotomists help our cancer patients</a></li>
89263  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/fertility-sexual-function-and-cancer-treatment
   …  .html">Fertility, sexual function and cancer treatment: Help for cancer
89264  patients and survivors</a></li>
89265  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/obesity-and-cancer-prevention.html">Obesity
   …  and cancer prevention: What you should know</a></li>
89266  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/sleep-cancer-and-cancer-treatment-
   …  understanding-the-link.html">Sleep, cancer and cancer treatment: Understanding the
   …  link</a></li>
89267  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/ovarian-cancer-patient--ovarian-cancer-
   …  symptoms.html">Cancer patient: Don't ignore ovarian cancer symptoms</a></li>
89268  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/wedding-planning-with-cancer-a-cancer-fighting
   …  -brides-perspectiv.html">Wedding planning with cancer: A cancer-fighting bride's
   …  perspective</a></li>
89269  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/cancer-survivor-leaving-cancer-behind.html">
   …  Cancer survivor: Leaving cancer behind</a></li>
89270  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2013/09/my-husbands-courageous-battle-with-
   …  glioblastoma.html">My husband's courageous battle with glioblastoma</a></li>
```

```
89271  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/loss-inspires-melanoma-caregiver.html">Loss
   …   inspires melanoma caregiver to help others</a></li>
89272  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/5-exercise-truths-for-cancer-survivors.html">5
   …   exercise truths for cancer survivors</a></li>
89273  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/prostate-cancer-survivor-spreads-positive-
   …   outlook.html">Prostate cancer survivor spreads his positive outlook</a></li>
89274  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/salivary-gland-cancer-patient-on-having-a-rare
   …   -head-and-neck-cancer.html">Salivary gland cancer patient on having a rare
   …   cancer</a></li>
89275  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/what-makes-cancer-patients-and-caregivers-
   …   smile.html">What makes cancer patients and caregivers smile on their toughest
   …   days</a></li>
89276  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/inflammatory-breast-cancer-survivor-living-
   …   life-fully-after-cancer.html">Inflammatory breast cancer patient: Living life fully
   …   after cancer treatment</a></li>
89277  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/chrondrosarcoma-patient-thank-you-cancer.html"
   …   >Chondrosarcoma patient: Thank you, cancer</a></li>
89278  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/my-dance-with-chronic-lymphocytic-leukemia.
   …   html">My dance with chronic lymphocytic leukemia</a></li>
89279  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/pediatric-cancer-parent-childhood-cancer-
   …   awareness-month.html">Pediatric cancer parent: Honor Childhood Cancer Awareness
   …   Month</a></li>
89280  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/lung-cancer-survivor-learns-about-strength.
   …   html">Lung cancer survivor learns about strength</a></li>
89281  </ul>
89282  </nav>
89283  </div>
89284  </section>
89285  </div>
89286  </div>
89287  </div></li>
89288  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2013/10.html">10</a>
89289  <div class="subnav-mask">
89290  <div class="subnav-wrapper">
89291  <div class="subnav col10 pad">
89292  <section class="nested">
89293  <div class="col4 main-column">
89294  <nav class="secondary">
89295  <ul>
89296  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/10.html"
   …   aria-label="Back to 10">10</a></li>
89297  <li class="primary-nav-item">
89298  <a href="/publications/cancerwise/2013/10.html" aria-label="10 Home">10 Home</a></li>
89299  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/10/breast-cancer-survivor-finding-my-cancer-posse
   …   .html">Breast cancer survivor: Finding my cancer posse</a></li>
89300  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/10/depression-in-cancer-patients-what-you-should-
   …   know.html">Depression in cancer patients: What you should know</a></li>
89301  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/10/cancer-patients-tips-for-organizing-medical-
   …   records.html">Cancer patients: Tips for organizing your medical records</a></li>
89302  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/10/melanoma-caregiver-changing-roles-with-mom.
   …   html">Melanoma caregiver: Changing roles with my mom</a></li>
89303  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/10/bone-marrow-transplant-patient-meets-his-donor
```

```
89303… .html">Bone marrow transplant patient meets his donor</a></li>
89304  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/aml-patient-remembers-cancer-treatment-fondly.
  …    html">AML patient remembers cancer treatment fondly</a></li>
89305  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/throat-cancer-patient-provides-encouragement-
  …    with-guitar-picks.html">Throat cancer patient provides encouragement with guitar
  …    picks</a></li>
89306  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/words-of-wisdom-about-cancer-from-md-anderson-
  …    patients-and-careg.html">Words of wisdom about cancer from MD Anderson patients and
  …    caregivers</a></li>
89307  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/for-cancer-survivors-the-road-to-wellness-is-
  …    just-the-beginning.html">Healthier living for cancer patients: Embarking on The Road
  …    to Wellness</a></li>
89308  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/throid-cancer-diagnosis-and-treatment-what-you
  …    -should-know.html">Thyroid cancer diagnosis and treatment: What you should
  …    know</a></li>
89309  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/chordoma-survivor-on-gratitude-after-cancer-
  …    treatment.html">Chordoma survivor on gratitude after cancer treatment</a></li>
89310  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/breast-cancer-survivor-becomes-face-of-new-
  …    fundraising-campaign.html">Breast cancer survivor becomes face of new fundraising
  …    campaign</a></li>
89311  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/oncology-nurse-how-my-familys-cancer-journey-
  …    changed-me.html">Oncology nurse: How my family's cancer journey changed me</a></li>
89312  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/aml-survivor-gives-back-after-aml-treatment.
  …    html">After AML, survivor continues to be a channel of blessings</a></li>
89313  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/ovarian-cancer-survivor-offers-hope-for-new-
  …    patients.html">Ovarian cancer survivor offers hope for new patients</a></li>
89314  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/lung-cancer-survivor-reflects-on-a-whole-new-
  …    life.html">Lung cancer survivor reflects on &quot;a whole new life&quot;</a></li>
89315  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/cll-patient-experiences-life-the-wayits-
  …    supposed-tobe.html">CLL patient experiences &quot;life the way it's supposed to
  …    be&quot;</a></li>
89316  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/a-year-of-progress-for-our-moon-shots-program.
  …    html">A year of progress for our Moon Shots Program</a></li>
89317  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/3-nutrition-tips-for-cancer-caregivers.html">3
  …    nutrition tips for cancer caregivers</a></li>
89318  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/love-interrupted-how-mantle-cell-lymphoma-
  …    affected-30-year-reuni.html">Love, interrupted: How mantle cell lymphoma affected a
  …    30-year reunion</a></li>
89319  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2013/10/my-metastatic-breast-cancer-recurrence-you-
  …    first-and-other-lesso.html">My metastatic breast cancer recurrence: &quot;You
  …    first&quot; and other lessons</a></li>
89320  </ul>
89321  </nav>
89322  </div>
89323  </section>
89324  </div>
89325  </div>
89326  </div></li>
89327  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2013/11.html">11</a>
89328  <div class="subnav-mask">
89329  <div class="subnav-wrapper">
```

```
89330  <div class="subnav-scroll-pad">
89331  <section class="nested">
89332  <div class="col4 main-column">
89333  <nav class="secondary">
89334  <ul>
89335  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/11.html"
    …  aria-label="Back to 11">11</a></li>
89336  <li class="primary-nav-item">
89337  <a href="/publications/cancerwise/2013/11.html" aria-label="11 Home">11 Home</a></li>
89338  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/participating-in-a-clinical-trial-for-cll-
    …  treatment.html">Participating in a clinical trial for CLL treatment: What it's really
    …  like</a></li>
89339  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/parents-helping-kids-cope-with-your-physical-
    …  changes-from-cancer.html">Parents: Helping kids cope with your physical changes from
    …  cancer treatment</a></li>
89340  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/adenoid-cystic-carcinoma-caregiver-learning-to
    …  -let-go.html">Adenoid cystic carcinoma caregiver: Letting go as pediatric patients
89341  grow up</a></li>
89342  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/lung-cancer-survivor-i-have-a-lot-of-living-
    …  left-to-do.html">Lung cancer survivor: 'I have a lot of living left to do'</a></li>
89343  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/prostate-cancer-an-air-force-officers-latest-
    …  battle.html">Prostate cancer: An Air Force officer's latest battle</a></li>
89344  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/cancer-caregivers-4-tips-to-reduce-stress.html
    …  ">Cancer caregivers: 4 tips to reduce stress</a></li>
89345  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-ibm-watson-means-for-our-patients.html">
    …  The future of cancer treatment and research: What IBM Watson means for
89346  our patients</a></li>
89347  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/latest-tobacco-trends-target-youth.html">E-
    …  cigarettes, cigarillos and hookahs: Latest tobacco trends target youth</a></li>
89348  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-patient-my-stem-cell-transplant-a-
    …  lifesaving-decision.html">AML patient: My stem cell transplant, a life-saving
    …  decision</a></li>
89349  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-cancer-caregivers-wish-they-would-have-
    …  known.html">What cancer caregivers wish they would have known</a></li>
89350  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-survivor-my-road-to-recovery.html">AML
    …  survivor: My road to recovery</a></li>
89351  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/medulloblastoma-patient-on-her-cancer-journey.
    …  html">Medulloblastoma patient: I don't see my disease as something terrible</a></li>
89352  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/my-cll-clinical-trial.html">My CLL clinical
    …  trial: The end of the beginning</a></li>
89353  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/overcoming-ptsd-after-losing-my-mom-to-
    …  melanoma.html">Overcoming PTSD after losing my mom to melanoma</a></li>
89354  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/cancer-doesnt-mean-you-have-to-stop-living.
    …  html">Prostate cancer survivor: Cancer doesn't mean you have to stop living</a></li>
89355  </ul>
89356  </nav>
89357  </div>
89358  </section>
89359  </div>
89360  </div>
89361  </div></li>
89362  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/12.html">12</a>
```

```
89363 <div class="subnav-mask">
89364 <div class="subnav-wrapper">
89365 <div class="subnav col10 pad">
89366 <section class="nested">
89367 <div class="col4 main-column">
89368 <nav class="secondary">
89369 <ul>
89370 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/12.html"
   … aria-label="Back to 12">12</a></li>
89371 <li class="primary-nav-item">
89372 <a href="/publications/cancerwise/2013/12.html" aria-label="12 Home">12 Home</a></li>
89373 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/confronting-lung-cancer-stigma.html">
   … Confronting the lung cancer stigma</a></li>
89374 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/how-breast-cancer-brought-me-closer-to-my-
   … brother.html">How breast cancer brought me closer to my brother</a></li>
89375 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/melanoma-patient-my-second-cancer-journey.html
   … ">Melanoma patient: My second cancer journey</a></li>
89376 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/celebrating-the-holidays-with-ned.html">
   … Celebrating the holidays with NED</a></li>
89377 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/learning-to-laugh-through-my-chordoma-
   … treatment.html">Learning to laugh through my chordoma treatment</a></li>
89378 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/pancreatic-cancer-patient-i-try-to-enjoy-
   … everything-i-can.html">Pancreatic cancer patient: 'I try to enjoy everything I can,
   … when I can'</a></li>
89379 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/chondrosarcoma-patient-dealing-with-pre-
   … appointment-anxiety-and-.html">Chondrosarcoma patient: Dealing with pre-appointment
   … anxiety and doubt</a></li>
89380 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/exploring-your-options-why-a-myelodysplastic-
   … syndrome-patient-di.html">Exploring your options: Why a myelodysplastic syndrome
   … patient didn't settle</a></li>
89381 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/cervical-cancer-survivor-7-ways-cancer-
   … patients-can-stay-mentally.html">Cervical cancer survivor: 7 ways cancer patients can
   … stay mentally strong</a></li>
89382 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/cancer-patients-how-to-help-your-kids-
   … throughout-the-holidays.html">Cancer patients: How to help your kids during the
   … holidays</a></li>
89383 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/best-of-cancerwise-2013.html">Best of
   … Cancerwise 2013: Our experts' most helpful insight</a></li>
89384 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/our-5-most-popular-videos-from-2013.html">Our
   … 5 most-watched videos from 2013</a></li>
89385 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/cancer-patient-and-cancer-survivor-stories.
   … html">Best of Cancerwise 2013: Cancer patient and survivor stories</a></li>
89386 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/advice-for-cancer-caregivers.html">Best of
   … Cancerwise 2013: Advice for cancer caregivers</a></li>
89387 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2013/12/cancer-patients-5-ways-to-maintain-holiday-
   … cheer.html">Cancer patients: 5 ways to maintain holiday cheer</a></li>
89388 </ul>
89389 </nav>
89390 </div>
89391 </section>
89392 </div>
89393 </div>
89394 </div></li>
```

```
89395  </ul>
89396  </nav>
89397  </div>
89398  </section>
89399  </div>
89400  </div>
89401  </div></li>
89402  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012.html">2012</a>
89403  <div class="subnav-mask">
89404  <div class="subnav-wrapper">
89405  <div class="subnav col10 pad">
89406  <section class="nested">
89407  <div class="col4 main-column">
89408  <nav class="secondary">
89409  <ul>
89410  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012.html"
   …   aria-label="Back to 2012">2012</a></li>
89411  <li class="primary-nav-item">
89412  <a href="/publications/cancerwise/2012.html" aria-label="2012 Home">2012
   …   Home</a></li>
89413  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012/06.html">06</a>
89414  <div class="subnav-mask">
89415  <div class="subnav-wrapper">
89416  <div class="subnav col10 pad">
89417  <section class="nested">
89418  <div class="col4 main-column">
89419  <nav class="secondary">
89420  <ul>
89421  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/06.html"
   …   aria-label="Back to 06">06</a></li>
89422  <li class="primary-nav-item">
89423  <a href="/publications/cancerwise/2012/06.html" aria-label="06 Home">06 Home</a></li>
89424  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/early-detection-and-swift-treatment-help-young
   …   -man-beat-testicul.html">Early detection and swift treatment help young man beat
   …   testicular cancer</a></li>
89425  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/motivating-yourself-beyond-fear-of-cancer-
   …   recurrence.html">Motivating yourself beyond fear of cancer recurrence</a></li>
89426  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/celebrating-cancer-survivorship-all-week.html"
   …   >Celebrating cancer survivorship all week long</a></li>
89427  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/got-a-brain-tumor-get-to-md-anderson-quickly.
   …   html">Got a brain tumor? Get to MD Anderson, quickly</a></li>
89428  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/celebration-singers-share-notes-during-
   …   survivorship-week.html">Celebration Singers share notes during Survivorship
   …   Week</a></li>
89429  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/the-evidence-of-my-disease.html">The evidence
   …   of my disease</a></li>
89430  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/uterus-isnt-a-four-letter-word.html">Uterus
   …   isn't a four-letter word</a></li>
89431  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/cancer-nurse-cancer-caregiver.html">Cancer
   …   nurse, cancer caregiver</a></li>
89432  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/8-tips-for-a-healthier-barbecue.html">8 tips
   …   for a healthier barbecue</a></li>
89433  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/my-psa-is-elevated-now-what-should-i-do.html">
   …   My PSA is elevated. Now What Should I Do?</a></li>
89434  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/06/what-to-do-if-you-or-a-loved-one-is-diagnosed-
```

```
89434…  with-a-brain-tumor.html">What to do if you or a loved one is diagnosed with a brain
     …  tumor</a></li>
89435   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/health-equality-in-houston.html">Health
     …  equality in Houston</a></li>
89436   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/considering-the-needs-of-pediatric-cancer-
     …  patients-siblings.html">Considering the needs of pediatric cancer patients'
     …  siblings</a></li>
89437   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/starting-over-after-cancer-misdiagnosis.html">
     …  Starting over after cancer misdiagnosis</a></li>
89438   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/examining-barriers-to-health-care.html">
     …  Examining barriers to health care access and equity</a></li>
89439   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/my-donor-and-life-saver.html">My donor and
     …  life saver</a></li>
89440   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/metastatic-melanoma-a-wife-reflects-on-
     …  husbands-shocking-diagnos.html">Metastatic melanoma: A wife reflects on husband's
     …  shocking diagnosis</a></li>
89441   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/06/doctor-says-stop-whining.html">Doctor says,
     …  &quot;stop whining&quot;</a></li>
89442   </ul>
89443   </nav>
89444   </div>
89445   </section>
89446   </div>
89447   </div>
89448   </div></li>
89449   <li class="primary-nav-item has-subnav"><a
     …  href="/publications/cancerwise/2012/11.html">11</a>
89450   <div class="subnav-mask">
89451   <div class="subnav-wrapper">
89452   <div class="subnav col10 pad">
89453   <section class="nested">
89454   <div class="col4 main-column">
89455   <nav class="secondary">
89456   <ul>
89457   <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/11.html"
     …  aria-label="Back to 11">11</a></li>
89458   <li class="primary-nav-item">
89459   <a href="/publications/cancerwise/2012/11.html" aria-label="11 Home">11 Home</a></li>
89460   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/caregiver-tips-from-chaplain.html">Caregiver
     …  tips: 'Don't just do something, stand there'</a></li>
89461   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/caregiver-how-i-put-on-a-brave-face.html">How
     …  I put on a brave face as a caregiver</a></li>
89462   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/what-it-means-to-take-care-of-yourself-from-
     …  one-caregiver-to-ano.html">What it means to take care of yourself, from one caregiver
     …  to another</a></li>
89463   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/caregiver-chronicles-caregivers-needs-evolve-
     …  along-with-treatmen.html">Caregiver chronicles: Caregiver's needs evolve along with
     …  treatment</a></li>
89464   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/how-to-navigate-cancer-as-a-young-adult-
     …  melanoma-patient.html">How to navigate cancer as a young adult</a></li>
89465   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/protecting-your-eyes-during-cancer-treatment.
     …  html">Protecting your eyes during cancer treatment</a></li>
89466   <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2012/11/the-young-and-the-widowed-finding-life-in-a-
     …  support-group.html">Life after cancer: Finding life in a support group</a></li>
```

```
89467  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/help-patients-in-need-and-donate-blood.html">
  …    Help patients in need at MD Anderson, in the Northeast</a></li>
89468  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/helping-my-mothers-spirit-live-on.html">
  …    Helping my mother's spirit live on</a></li>
89469  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/my-brain-tumor-meningioma-taught-me-to-see-
  …    lifes-blessings.html">My brain tumor taught me to see life's blessings</a></li>
89470  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/my-stem-cell-transplant-myelodysplastic-
  …    syndrome-mds.html">Countdown to my stem cell transplant</a></li>
89471  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/diary-of-a-stem-cell-transplant.html">Diary of
  …    a stem cell transplant</a></li>
89472  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/my-male-breast-cancer-journey-man-in-pink.html
  …    ">Man in pink: My male breast cancer journey</a></li>
89473  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/quit-smoking-how-to-curb-the-urge.html">Quit
  …    smoking: How to curb the urge</a></li>
89474  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/celebrating-caregiver-5-tips-to-help-manage-
  …    the-caregiving-role.html">Celebrating caregivers: 5 tips to help manage the
  …    caregiving role</a></li>
89475  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/young-patients-channel-their-inner-mad-
  …    scientist.html">Young patients channel their inner mad scientist</a></li>
89476  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/cervical-cancer-patient-how-do-you-say-thank-
  …    you.html">How do you say thank you?</a></li>
89477  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/why-not-me-breast-cancer-patient.html">Why not
  …    me?</a></li>
89478  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/how-to-build-your-legacy-and-make-memories-
  …    that-last-acy.html">How to build your legacy and make memories that last</a></li>
89479  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/mastectomy-hysterectomy-breast-reconstruction.
  …    html">Life after a mastectomy: I'm more than my body parts</a></li>
89480  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/11/metastatic-melanoma-patient-how-t-cell-therapy
  …    -saved-my-life.html">Doing cartwheels: How T-cell therapy saved my life</a></li>
89481  </ul>
89482  </nav>
89483  </div>
89484  </section>
89485  </div>
89486  </div>
89487  </div></li>
89488  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2012/01.html">01</a>
89489  <div class="subnav-mask">
89490  <div class="subnav-wrapper">
89491  <div class="subnav col10 pad">
89492  <section class="nested">
89493  <div class="col4 main-column">
89494  <nav class="secondary">
89495  <ul>
89496  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/01.html"
  …    aria-label="Back to 01">Back to 01</a></li>
89497  <li class="primary-nav-item">
89498  <a href="/publications/cancerwise/2012/01.html" aria-label="01 Home">01 Home</a></li>
89499  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/01/mesothelioma-survivor-finds-hope-appreciation-
  …    for-aging.html">Mesothelioma Survivor Finds Hope, Appreciation for Aging</a></li>
89500  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2012/01/diet-and-cancer.html">Diet and Cancer</a></li>
```

```
89501  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/qa-focus-on-mesothelioma.html">Q&amp;A: Focus
    …  on Mesothelioma</a></li>
89502  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/novel-technology-undermines-infection.html">
    …  Novel technology undermines infection</a></li>
89503  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/grace-saves-a-life.html">Grace Saves a
    …  Life</a></li>
89504  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/the-importance-of-genetic-testing-1.html">The
    …  Importance of Genetic Testing</a></li>
89505  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/advance-care-planning-a-patient-and-provider-
    …  partnership.html">Advance Care Planning: A Patient and Provider Partnership</a></li>
89506  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/exercise-benefits-lung-cancer-patients-study-
    …  shows.html">You Want Me to Do What?</a></li>
89507  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/conversation-starters-for-your-next-trip-to-
    …  the-gynecologist.html">Conversation Starters for Your Next Trip to the
    …  Gynecologist</a></li>
89508  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/look-at-the-strings.html">Look at the
    …  Strings</a></li>
89509  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/treating-uveal-melanoma.html">Treating Uveal
    …  Melanoma</a></li>
89510  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/learning-to-cope-with-leukemia.html">Learning
    …  to Cope With Leukemia</a></li>
89511  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/happy-to-say-ta-ta-to-2011.html">Happy to Say
    …  Ta-Ta to 2011</a></li>
89512  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/tips-for-newcomers-at-md-anderson.html">Tips
    …  for Newcomers at MD Anderson</a></li>
89513  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/strength-in-weakness.html">Strength in
    …  Weakness</a></li>
89514  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
    …  safety-in-the-21st-cent.html">Short Circuit: MD Anderson Robots Provide Safety in the
    …  21st Century</a></li>
89515  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
    …  safety-in-the-21st-cent1.html">Short Circuit: MD Anderson Robots Provide Safety in
    …  the 21st Century
89516  Part II</a></li>
89517  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/01/a-call-for-change-to-help-cancer-survivors-
    …  others-with-chronic-d.html">A Call for Change To Help Cancer Survivors, Others With
    …  Chronic Disease</a></li>
89518  </ul>
89519  </nav>
89520  </div>
89521  </section>
89522  </div>
89523  </div>
89524  </div></li>
89525  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/12.html">12</a>
89526  <div class="subnav-mask">
89527  <div class="subnav-wrapper">
89528  <div class="subnav col10 pad">
89529  <section class="nested">
89530  <div class="col4 main-column">
89531  <nav class="secondary">
```

```
89532  <ul>
89533  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/12.html"
   …  aria-label="Back to 12">12</a></li>
89534  <li class="primary-nav-item">
89535  <a href="/publications/cancerwise/2012/12.html" aria-label="12 Home">12 Home</a></li>
89536  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/the-guilt-free-goodwin-christmas.html">The
   …  guilt-free Goodwin Christmas</a></li>
89537  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/5-tips-for-eating-healthy-during-the-holidays.
   …  html">5 tips for eating healthy during the holidays</a></li>
89538  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/cancer-caregiver-do-what-you-can-do-and-thats-
   …  all-you-can-do.html">Cancer caregivers: &quot;Do what you can do and that's all you
   …  can do ...&quot;</a></li>
89539  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/non-hodgkins-lymphoma-bone-marrow-transplant-
   …  patient-cr.html">I've got cancer: Who or what's to blame?</a></li>
89540  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/dysphagia-swallow-disorders-swallowing-
   …  problems.html">Dysphagia: What's food got to do with it?</a></li>
89541  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/cancer-survivor-surprising-strength-
   …  survivorship-cancer.html">Surprising strength: Insight from a five-time cancer
   …  survivor</a></li>
89542  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/5-healthier-holiday-dessert-recipes.html">5
   …  healthier holiday dessert recipes</a></li>
89543  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/wilms-tumor-little-miss-sunshine-how-kyssi-
   …  kicked-cancers-butt.html">Little miss sunshine: How Kyssi kicked cancer's
   …  butt</a></li>
89544  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/a-father-and-a-son.html">A father and a
   …  son</a></li>
89545  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/ringing-in-the-end-of-radiation-treatment.html
   …  ">From hospital gown to evening gown: Ringing in the end of radiation
   …  treatment</a></li>
89546  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/blood-donation-donate-blood-why-i-donate.html"
   …  >Donating blood for my cancer-fighting superhero</a></li>
89547  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-cancer-patient-stories
   …  -of-triumph.html">Best of Cancerwise 2012: Cancer patient stories of triumph</a></li>
89548  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/wisdom-from-cancer-caregivers.html">Best of
   …  Cancerwise 2012: Wisdom from cancer caregivers</a></li>
89549  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/cancer-survivor-cancer-survivorship.html">Best
   …  of Cancerwise 2012: Surviving Cancer</a></li>
89550  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/gifts-that-give-back-inspired-by-young-cancer-
   …  patients.html">Gifts that give back: Inspired by young cancer patients</a></li>
89551  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/a-bittersweet-anniversary.html">A bittersweet
   …  anniversary</a></li>
89552  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-food-for-thought.html"
   …  >Best of Cancerwise 2012: Food for thought</a></li>
89553  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/opera-singer-pablo-romero-sings-with-the-md-
   …  anderson-employee-ch.html">Opera singer Pablo Romero sings with the MD Anderson
   …  employee choir</a></li>
89554  <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/12/cancer-treatment-our-doctors-best-tips.html">
   …  Best of Cancerwise 2012: Our doctors' best tips</a></li>
89555  </ul>
```

```
89556  </nav>
89557  </div>
89558  </section>
89559  </div>
89560  </div>
89561  </div></li>
89562  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/02.html">02</a>
89563  <div class="subnav-mask">
89564  <div class="subnav-wrapper">
89565  <div class="subnav col10 pad">
89566  <section class="nested">
89567  <div class="col4 main-column">
89568  <nav class="secondary">
89569  <ul>
89570  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/02.html"
    …  aria-label="Back to 02">02</a></li>
89571  <li class="primary-nav-item">
89572  <a href="/publications/cancerwise/2012/02.html" aria-label="02 Home">02 Home</a></li>
89573  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/technology-helping-kids-with-cancer.html">
    …  Technology Helping Kids With Cancer</a></li>
89574  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/going-deep-into-the-science-of-improvement.
    …  html">Going Deep Into the Science of Improvement</a></li>
89575  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/been-there-done-that-tips-on-how-to-do-it-
    …  again.html">Been There, Done That ... Tips on How to Do It Again</a></li>
89576  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/saving-lives-by-vap-orizing-pneumonia.html">
    …  Saving Lives by VAP-orizing Pneumonia</a></li>
89577  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/volunteer-mary-belle-wooddy.html">Volunteer
    …  Mary Belle Wooddy -- 'It's been a wonderful ride'</a></li>
89578  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/be-fit-to-beat-cancer.html">Be Fit to Beat
    …  Cancer</a></li>
89579  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/heart-of-hearts.html">Heart of Hearts</a></li>
89580  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/sweetness-in-the-air-at-the-childrens-art-
    …  project.html">Sweetness in the Air at the Children's Art Project</a></li>
89581  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/when-harry-met-marie.html">When Harry Met
    …  Marie</a></li>
89582  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/from-marine-to-molecular-biology----student-
    …  benefits-from-mentor.html">From Marine to Molecular Biology -- Student Benefits From
    …  Mentoring</a></li>
89583  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/young-patients-sense-of-humor-shines-in-book-1
    …  .html">'America the Funny' -- Young Patient's Sense of Humor Shines in Book</a></li>
89584  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/methotrexate-shortages-not-currently-affecting
    …  -md-anderson-pedia.html">Methotrexate Shortages Not Currently Affecting MD Anderson
    …  Pediatric Patients</a></li>
89585  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/veps-returns-the-love-to-md-anderson.html">
    …  VEPS Returns the Love to MD Anderson</a></li>
89586  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/helping-my-dad-get-through-cancer-treatment.
    …  html">Helping My Dad Get Through Cancer Treatment</a></li>
89587  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/i-have-cervical-cancer-and-im-going-to-fight.
    …  html">I Have Cervical Cancer and I'm Going to Fight</a></li>
89588  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/02/from-patient-to-blueprint-designers-listen-to-
    …  end-users.html">From Patient to Blueprint: Designers Listen to End Users</a></li>
```

```
89589  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/02/pharmacy-staff-confirm-avastin-supply-is-safe.
   …   html">Pharmacy Staff Confirm Avastin Supply Is Safe</a></li>
89590  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/02/advice-on-avoiding-cancer-or-a-recurrence.html
   …   ">Advice on Avoiding Cancer or a Recurrence</a></li>
89591  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/02/meditation-reduces-stress-and-cultivates-inner
   …   -peace-and-well-be.html">Meditation Reduces Stress and Cultivates Inner Peace and
   …   Well-being</a></li>
89592  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/02/thrown-poems-shock-the-mind.html">Thrown Poems
   …   'Shock the Mind'</a></li>
89593  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/02/counting-for-a-cure.html">Counting for a
   …   Cure</a></li>
89594  </ul>
89595  </nav>
89596  </div>
89597  </section>
89598  </div>
89599  </div>
89600  </div></li>
89601  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2012/03.html">03</a>
89602  <div class="subnav-mask">
89603  <div class="subnav-wrapper">
89604  <div class="subnav col10 pad">
89605  <section class="nested">
89606  <div class="col4 main-column">
89607  <nav class="secondary">
89608  <ul>
89609  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/03.html"
   …   aria-label="Back to 03">03</a></li>
89610  <li class="primary-nav-item">
89611  <a href="/publications/cancerwise/2012/03.html" aria-label="03 Home">03 Home</a></li>
89612  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/ground-angels-drive-to-help-patients-pays-off.
   …   html">Ground Angels' Drive to Help Patients Pays Off</a></li>
89613  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/acts-of-kindness.html">Acts of
   …   Kindness</a></li>
89614  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/anderson-network-provides-high-return-of-
   …   investment.html">Anderson Network Provides High Return of Investment</a></li>
89615  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/ask-the-right-questions-get-the-most-out-of-
   …   your-oncology-appoin.html">Ask the right questions: Get the most out of your oncology
   …   appointments</a></li>
89616  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/tips-for-living-from-a-cancer-survivor.html">
   …   Tips for Living From a Cancer Survivor</a></li>
89617  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/celebrating-social-work-month-coping-with-the-
   …   day-to-day.html">Celebrating Social Work Month: Coping With the Day to Day</a></li>
89618  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/imove-and-so-should-you-1.html">iMove and So
   …   Should You</a></li>
89619  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/colorectal-cancer-5k-drives-home-importance-of
   …   -education-and-scr.html">Colorectal Cancer 5K Drives Home Importance of Education and
   …   Screening</a></li>
89620  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/the-road-to-becoming-a-cancer-survivor.html">
   …   The Road to Becoming a Cancer Survivor</a></li>
89621  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2012/03/stop-the-multivitamin-madness.html">Stop the
   …   Multivitamin Madness</a></li>
```

```
89622  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/life-through-headphones.html">Life Through
    …  Headphones</a></li>
89623  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/mason-family-knows-all-about-fighting-colon-
    …  cancer.html">Moore Family Knows All About Fighting Colon Cancer</a></li>
89624  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/run-honoring-brain-tumor-patients-celebrates-
    …  10th-anniversary.html">Run Honoring Brain Tumor Patients Celebrates 10th
    …  Anniversary</a></li>
89625  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/tims-triumph-with-metastatic-melanoma.html">
    …  Tim's Triumph With Metastatic Melanoma</a></li>
89626  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/whole-foods-or-supplements.html">Whole Foods
    …  or Supplements?</a></li>
89627  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/can-aspirin-reduce-risk-for-cancer-metastasis-
    …  1.html">Can Aspirin Reduce Risk for Cancer Metastasis?</a></li>
89628  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/running-for-jennie.html">Running for
    …  Jennie</a></li>
89629  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/colorectal-cancer-screening-saves-lives.html">
    …  Colorectal Cancer Screening Saves Lives</a></li>
89630  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/-brain-and-spine-supports-run-for-the-rose.
    …  html">Brain and Spine Supports Run for the Rose</a></li>
89631  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/education-for-pediatric-patients-no-textbook-
    …  or-classroom-requir.html">Education for Pediatric Patients: No Textbook or Classroom
    …  Required</a></li>
89632  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/everything-happens-for-a-reason.html">
    …  Everything Happens for a Reason</a></li>
89633  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/everything-happens-for-a-reason-part-ii.html">
    …  Everything Happens for a Reason: Part II</a></li>
89634  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/hollys-hair.html">Holly's Hair</a></li>
89635  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/obesity-and-cancer-risk-our-expert-weighs-in.
    …  html">Obesity and Cancer Risk: Our Expert Weighs In</a></li>
89636  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/03/using-the-internet-to-help-men-with-cancer-
    …  related-sexual-proble.html">Using the Internet to Help Men With Cancer-Related Sexual
    …  Problems</a></li>
89637  </ul>
89638  </nav>
89639  </div>
89640  </section>
89641  </div>
89642  </div>
89643  </div></li>
89644  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/04.html">04</a>
89645  <div class="subnav-mask">
89646  <div class="subnav-wrapper">
89647  <div class="subnav col10 pad">
89648  <section class="nested">
89649  <div class="col4 main-column">
89650  <nav class="secondary">
89651  <ul>
89652  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/04.html"
    …  aria-label="Back to 04">04</a></li>
89653  <li class="primary-nav-item">
89654  <a href="/publications/cancerwise/2012/04.html" aria-label="04 Home">04 Home</a></li>
89655  <li class="primary-nav-item"><a
```

```
89655  href="/publications/cancerwise/2012/04/unmasking-a-history-of-non-compliance.html">
    Unmasking a History of Non-Compliance</a></li>
89656  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/cancer-in-the-rearview-mirror-how-one-survivor
    -copes-with-side-e.html">Cancer in the Rearview Mirror: How One Survivor Copes With
    Side Effects</a></li>
89657  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/talking-to-your-child-about-cancer.html">
    Talking to Your Child About Cancer</a></li>
89658  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/i-heart-md-anderson.html">I Heart MD
    Anderson</a></li>
89659  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/low-t-in-lung-cancer-treatment.html">Low T in
    Lung Cancer: Treatment Toxicity, Tumor-Related or Things otherwise</a></li>
89660  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/keep-it-to-yourself.html">Keep it to
    Yourself</a></li>
89661  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/attitude-of-gratitude-two-patients-reflect-on-
    their-cancer-journ.html">Attitude of Gratitude: Two Patients Reflect on Their Cancer
    Journeys</a></li>
89662  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/too-soon.html">Too Soon</a></li>
89663  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/md-andersons-top-spots.html">MD Anderson's top
    spots</a></li>
89664  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/calm-and-coping-through-mindful-meditation.
    html">Calm and Coping Through Mindful Meditation</a></li>
89665  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/my-hysterectomy.html">My Hysterectomy</a></li>
89666  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/what-do-dietitians-eat.html">What do MD
    Anderson Dietitians Eat?</a></li>
89667  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/early-stage-prostate-cancer-options.html">
    Early Stage Prostate Cancer--What Are Your Options?</a></li>
89668  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/patient-advocacy-how-we-work-to-improve-the-
    patient-experience.html">Patient Advocacy: How We Work to Improve the Patient
    Experience</a></li>
89669  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/managing-menopausal-symptoms-without-hormones.
    html">Managing Menopausal Symptoms without Hormones</a></li>
89670  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/medical-hypnosis-demystified.html">Medical
    Hypnosis Demystified</a></li>
89671  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/a-second-chance-at-life.html">A Second Chance
    at Life</a></li>
89672  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/a-second-chance-at-life-part-ii.html">A Second
    Chance at Life Part II</a></li>
89673  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/brain-surgery-patient-plays-crucial-role.html"
    >Brain Surgery: Patient Plays Crucial Role</a></li>
89674  <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/04/prostate-cancer-doesnt-hold-life-long-
    adventurer-back.html">Prostate Cancer Doesn't Hold Life-Long Adventurer Back</a></li>
89675  </ul>
89676  </nav>
89677  </div>
89678  </section>
89679  </div>
89680  </div>
89681  </div></li>
89682  <li class="primary-nav-item has-subnav"><a
```

```
89682… href="/publications/cancerwise/2012/05.html">05</a>
89683 <div class="subnav-mask">
89684 <div class="subnav-wrapper">
89685 <div class="subnav col10 pad">
89686 <section class="nested">
89687 <div class="col4 main-column">
89688 <nav class="secondary">
89689 <ul>
89690 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/05.html"
  … aria-label="Back to 05">05</a></li>
89691 <li class="primary-nav-item">
89692 <a href="/publications/cancerwise/2012/05.html" aria-label="05 Home">05 Home</a></li>
89693 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/shedding-light-on-the-ependymoma-fight.html">
  … Shedding Light on the Ependymoma Fight</a></li>
89694 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/seeing-past-the-smoke-screen.html">Seeing Past
  … the Smoke Screen</a></li>
89695 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/patient-and-caregiver-heal-thyself.html">
  … Patient and caregiver, heal thyself</a></li>
89696 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/the-restorative-effect-of-gardens-at-md-
  … anderson.html">The Restorative Effect of Gardens at MD Anderson</a></li>
89697 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/tuned-for-healing.html">'Tuned' for
  … healing</a></li>
89698 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee.html">Chordoma,
  … caring and coffee part I</a></li>
89699 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee-part-ii-1.html">
  … Chordoma, caring and coffee part II</a></li>
89700 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/my-stem-cell-transplant-hospital-admission.
  … html">My stem cell transplant hospital admission</a></li>
89701 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/this-is-my-md-anderson.html">This is my MD
  … Anderson</a></li>
89702 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-life-is-a-marathon.
  … html">What cancer has taught me: life is a marathon</a></li>
89703 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/lets-get-cookinglura-lumsden-health.html">Let'
  … s get cooking</a></li>
89704 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/transplant-101.html">Transplant 101</a></li>
89705 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/patients-turned-advocates-staying-involved-to-
  … help-others.html">Patients turned advocates: Staying involved to help others</a></li>
89706 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/when-good-tans-go-bad-confessions-of-a-
  … tanaholic.html">When 'good' tans go bad: confessions of a tanaholic</a></li>
89707 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/final-recommendation-on-psa-screening-
  … guidelines.html">Panel Introduces Final Recommendation on PSA Screening
  … Guidelines</a></li>
89708 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/combining-art-forms-spirit-masks-and-poems.
  … html">Combining art forms: spirit masks and poems</a></li>
89709 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/metastatic-breast-cancer-patient-has-it-all.
  … html">The girl who has it all</a></li>
89710 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/inflammatory-breast-cancer-ibc-survivor-why-me
  … .html">Why me?</a></li>
89711 <li class="primary-nav-item"><a
  … href="/publications/cancerwise/2012/05/tumor-tissue-donation-should-you-consent.html"
```

```
89711… >Tumor tissue donation: Should you consent?</a></li>
89712… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-emotional-health-
    … begins-with-communica.html">What cancer has taught me: emotional health begins with
    … communication</a></li>
89713… </ul>
89714… </nav>
89715… </div>
89716… </section>
89717… </div>
89718… </div>
89719… </div></li>
89720… <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2012/07.html">07</a>
89721… <div class="subnav-mask">
89722… <div class="subnav-wrapper">
89723… <div class="subnav col10 pad">
89724… <section class="nested">
89725… <div class="col4 main-column">
89726… <nav class="secondary">
89727… <ul>
89728… <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/07.html"
    … aria-label="Back to 07">07</a></li>
89729… <li class="primary-nav-item">
89730… <a href="/publications/cancerwise/2012/07.html" aria-label="07 Home">07 Home</a></li>
89731… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/bright-and-beautifully-tied-scarves-boost-
    … cancer-survivors-confi.html">Bright and beautifully tied scarves boost cancer
    … survivor's confidence</a></li>
89732… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/parenting-with-cancer.html">When a parent has
    … cancer</a></li>
89733… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/my-brain-tumor-a-headache-that-wont-go-away.
    … html">My brain tumor: A headache that won't go away</a></li>
89734… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/medical-assistant-shaves-head-for-locks-of-
    … love.html">Medical assistant shaves head for Locks of Love</a></li>
89735… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/rebas-lungs-are-worth-fighting-for.html">Reba'
    … s lungs are worth fighting for</a></li>
89736… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/even-through-brain-cancer-treatment-md-
    … anderson-employee-keeps-s.html">Even through brain cancer treatment, MD Anderson
    … employee keeps smiling</a></li>
89737… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/from-the-research-lab-to-the-table-nutritional
    … -groundwork-in-wes.html">Nutritional underpinnings of cancer in Western and
    … Westernizing nations</a></li>
89738… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/patient-enjoys-life-thanks-to-right-drug-for-
    … his-rare-cancer.html">Patient enjoys life, thanks to right drug for his rare
    … cancer</a></li>
89739… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/chondrosarcoma-how-my-journey-started.html">
    … Chondrosarcoma: How my journey started</a></li>
89740… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/breast-cancer-took-my-twin-too-soon.html">
    … Breast cancer took my twin too soon</a></li>
89741… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/overcoming-the-numbness-of-a-spinal-cord-tumor
    … .html">Overcoming the numbness of a spinal cord tumor</a></li>
89742… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/austin-singer-back-at-the-mike-after-brain-
    … cancer.html">Life after brain cancer: Austin singer back at the mic</a></li>
89743… <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/07/testicular-cancer-a-familys-fight-to-honor-
    … their-son.html">Testicular cancer: A family's fight to honor their son</a></li>
```

```
89744 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/and-then-the-prince-hopped-back-to-his-lily-
  …  pad----a-true-story-.html">And then the prince hopped back to his lily pad -- A true
  …  story of gratitude</a></li>
89745 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/second-time-around-metastatic-breast-cancer-is
  …  -no-match-for-skil.html">Second time around: Metastatic breast cancer is no match for
  …  skilled
89746 surgeons, positive approach</a></li>
89747 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/-my-sisters-treatment-at-md-anderson.html">My
  …  sister's treatment at MD Anderson</a></li>
89748 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/camp-star-trails-where-memories-are-made-and-
  …  stars-shine.html">Camp Star Trails: Where memories are made and stars shine</a></li>
89749 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/make-up-artist-teaches-patients-how-to-look-
  …  good-and-feel-better.html">Make-up artist teaches patients how to look good and feel
  …  better</a></li>
89750 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/a-lasting-legacy.html">A lasting
  …  legacy</a></li>
89751 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/childhood-cancer-survivor----now-clinical-
  …  nurse----helps-encoura.html">Childhood cancer survivor -- now clinical nurse --
  …  helps, encourages
89752 kids with cancer</a></li>
89753 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/clinical-trials-give-treatment-options.html">
  …  Clinical trials give treatment options for rare cancer patients</a></li>
89754 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/07/from-patient-to-practitioner-a-survivors-story
  …  .html">From patient to practitioner: a survivor's story</a></li>
89755 </ul>
89756 </nav>
89757 </div>
89758 </section>
89759 </div>
89760 </div>
89761 </div></li>
89762 <li class="primary-nav-item has-subnav"><a
  …  href="/publications/cancerwise/2012/08.html">08</a>
89763 <div class="subnav-mask">
89764 <div class="subnav-wrapper">
89765 <div class="subnav col10 pad">
89766 <section class="nested">
89767 <div class="col4 main-column">
89768 <nav class="secondary">
89769 <ul>
89770 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/08.html"
  …  aria-label="Back to 08">08</a></li>
89771 <li class="primary-nav-item">
89772 <a href="/publications/cancerwise/2012/08.html" aria-label="08 Home">08 Home</a></li>
89773 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/08/reflections-of-a-grateful-mother.html">
  …  Reflections of a grateful mother</a></li>
89774 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/08/spine-tumor-support-group-who.html">Spine
  …  tumor support group: Who we are</a></li>
89775 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/08/giving-platelets-a-caregiver-and-donor-
  …  explains-the-surprisingly.html">Giving platelets: A caregiver and donor explains the
  …  surprisingly easy process</a></li>
89776 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/08/myelodysplastic-syndrome-what-you-need-to-know
  …  .html">Myelodysplastic syndrome: What you need to know</a></li>
89777 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2012/08/thanks-to-dr-garcia-manero-i-no-longer-have-
```

```
89777… myelodysplastic-synd…html">Thanks to Dr. Garcia-Manero, I no longer have
…     myelodysplastic syndrome</a></li>
89778 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/fight-the-fight-surviving-a-deadly-brain-
…     cancer-prognosis-as-a-m.html">Fight the fight: Surviving a deadly brain cancer
…     prognosis as a mom-to-be</a></li>
89779 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/truth-or-lies.html">Truth or lies</a></li>
89780 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/what-to-do-if-you-are-diagnosed-with-mantle-
…     cell-lymphoma.html">What to do if you are diagnosed with mantle cell
…     lymphoma</a></li>
89781 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/everyone-can-sing.html">Everyone can
…     sing!</a></li>
89782 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/waiting-room-wisdom-the-power-of-shared-
…     experience.html">Waiting room wisdom: The power of shared experience</a></li>
89783 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/an-army-of-volunteers-help.html">An army of
…     volunteers help the Children's Art Project retail team</a></li>
89784 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/new-form-of-radiation-therapy-cuts-treatment-
…     time.html">New form of radiation therapy cuts treatment time</a></li>
89785 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/active-kids-active-adults.html">Eight ways to
…     turn active kids into active adults</a></li>
89786 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/another-great-reason-to-exercise-your-sex-life
…     .html">Another great reason to exercise - your sex life</a></li>
89787 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/setting-the-record-straight-about-md-anderson-
…     and-nerium.html">Setting the record straight about MD Anderson and Nerium</a></li>
89788 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/big-top-event-celebrates-new-patient-created-
…     mural.html">'Big Top' event celebrates new patient-created mural</a></li>
89789 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/adjusting-to-the-new-normal.html">Adjusting to
…     the new normal</a></li>
89790 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/after-a-wild-ride-proton-therapy-pays-off-for-
…     hodgkin-survivor.html">After a wild ride, proton therapy pays off for Hodgkin
…     survivor</a></li>
89791 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/the-fruit-of-leukemia-life-changing-
…     perspectives.html">The fruit of leukemia: Life-changing perspectives</a></li>
89792 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/fluent-in-the-language-of-caring.html">Fluent
…     in the language of caring</a></li>
89793 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/a-day-on-hospital-rounds.html">A day on
…     hospital rounds</a></li>
89794 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/hope-restored-for-rare-liver-cancer-patient.
…     html">Hope restored for rare liver cancer patient</a></li>
89795 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/young-adult-caregiving-the-parent-perspective.
…     html">Young adult caregiving: The parent perspective</a></li>
89796 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/md-anderson-mom-tells-what-family-centered-
…     care-means-to-her.html">MD Anderson mom tells what family-centered care means to
…     her</a></li>
89797 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/if-my-brain-tumor-comes-back-ill-beat-it-again
…     .html">If my brain tumor comes back, I'll beat it again</a></li>
89798 <li class="primary-nav-item"><a
…     href="/publications/cancerwise/2012/08/photographers-vision-intact-after-thyroid-
…     cancer.html">Photographer's vision intact after thyroid cancer</a></li>
```

```
89799  </ul>
89800  </nav>
89801  </div>
89802  </section>
89803  </div>
89804  </div>
89805  </div></li>
89806  <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2012/09.html">09</a>
89807  <div class="subnav-mask">
89808  <div class="subnav-wrapper">
89809  <div class="subnav col10 pad">
89810  <section class="nested">
89811  <div class="col4 main-column">
89812  <nav class="secondary">
89813  <ul>
89814  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/09.html"
       aria-label="Back to 09">09</a></li>
89815  <li class="primary-nav-item">
89816  <a href="/publications/cancerwise/2012/09.html" aria-label="09 Home">09 Home</a></li>
89817  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/hope-and-second-chances.html">Hope and second
       chances</a></li>
89818  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/melanoma-caregiver-aims-to-give-back.html">
       Melanoma caregiver aims to give back</a></li>
89819  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/medical-standard-time.html">Medical Standard
       Time</a></li>
89820  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/medical-standard-time-part-ii.html">Medical
       Standard Time part II</a></li>
89821  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/killing-my-brain-tumor-one-surgery-at-a-time.
       html">Killing my brain tumor: One surgery at a time</a></li>
89822  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/unexpected-reunion-rekindles-friendship-call.
       html">Unexpected reunion rekindles friendship</a></li>
89823  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/a-legacy-of-hope-after-rare-pseudopapillary-
       tumor.html">A legacy of hope after rare pseudopapillary tumor</a></li>
89824  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/shifting-opponents-from-fighting-cancer-to-
       fighting-sepsis.html">Shifting opponents: From fighting cancer to fighting
       sepsis</a></li>
89825  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/holding-onto-hope-through-the-helping-hand-of-
       a-melanoma-researc.html">Holding onto hope through the helping hand of a melanoma
       research nurse</a></li>
89826  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/how-to-score-prostate-health.html">How to
       score prostate health</a></li>
89827  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/discovering-the-nature-of-hope.html">
       Discovering the nature of hope</a></li>
89828  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/mothers-give-the-gift-of-life-twice-with-cord-
       blood-donation.html">Mothers give the gift of life twice with cord blood
       donation</a></li>
89829  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/chutes-and-ladders-a-cancer-survivor-offers-
       advice-for-the-ups-a.html">Chutes and ladders: A cancer survivor offers advice for
       the ups and downs</a></li>
89830  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/a-new-challenge-a-new-chapter.html">A new
       challenge, a new chapter</a></li>
89831  <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/09/the-other-side-of-the-ribbon.html">The other
```

```
89831… side of the ribbon</a></li>
89832 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/09/battling-advanced-melanoma-one-smile-at-a-time
…    .html">Battling advanced melanoma, one smile at a time</a></li>
89833 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/09/young-adult-caregiving-the-partner-perspective
…    .html">Young adult caregiving: The partner perspective</a></li>
89834 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/09/a-positive-twist-confronting-my-cancer-
…    heritage.html">A positive twist: Confronting my cancer heritage</a></li>
89835 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/09/a-mothers-wisdom-be-your-best-advocate.html">A
…    mother's wisdom: Be your best advocate</a></li>
89836 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/09/the-importance-of-creative-expression.html">
…    The importance of creative expression</a></li>
89837 </ul>
89838 </nav>
89839 </div>
89840 </section>
89841 </div>
89842 </div>
89843 </div></li>
89844 <li class="primary-nav-item has-subnav"><a
…    href="/publications/cancerwise/2012/10.html">10</a>
89845 <div class="subnav-mask">
89846 <div class="subnav-wrapper">
89847 <div class="subnav col10 pad">
89848 <section class="nested">
89849 <div class="col4 main-column">
89850 <nav class="secondary">
89851 <ul>
89852 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/10.html"
…    aria-label="Back to 10">10</a></li>
89853 <li class="primary-nav-item">
89854 <a href="/publications/cancerwise/2012/10.html" aria-label="10 Home">10 Home</a></li>
89855 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/cancer-survivorship-my-paradigm-shift.html">
…    Cancer survivorship: My paradigm shift</a></li>
89856 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/remembering-my-mother-after-renal-cell-
…    carcinoma.html">Remembering my mother after renal cell carcinoma</a></li>
89857 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/how-i-talk-to-my-kids-about-breast-cancer.html
…    ">How I talk to my kids about cancer</a></li>
89858 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/brain-cancer-couldnt-stop-me-from-dancing.html
…    ">Brain cancer couldn't stop me from dancing</a></li>
89859 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/new-cookbook-offers-nutritious-recipes-for-
…    healthy-living.html">New cookbook offers nutritious recipes for healthy
…    living</a></li>
89860 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/clinical-trial-aims-to-reduce-fatigue-after-
…    radiation-therapy.html">Clinical trial aims to reduce fatigue after radiation
…    therapy</a></li>
89861 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/talking-to-your-health-care-team.html">Can we
…    talk?</a></li>
89862 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/make-a-plan-know-your-rights-to-get-through-
…    cancer-treatment-wit.html">When healing is job one</a></li>
89863 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/take-this-breast-test.html">Take This Breast
…    Test</a></li>
89864 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/10/honoring-my-wife-by-continuing-to-fight-brain-
…    cancer.html">Honoring my wife by continuing to fight brain cancer</a></li>
```

```
89865 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/chronic-myeloid-leukemia-survivor-life-after.
   …  html">Chronic myeloid leukemia survivor: Life after the finish line</a></li>
89866 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/all-on-board-for-the-moon-shots-program.html">
   …  All on board for the Moon Shots Program</a></li>
89867 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/body-image-therapy-service-md-anderson.html">
   …  Celebrate Love Your Body Day with MD Anderson</a></li>
89868 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/tips-to-improve-your-body-image.html">Bathing
   …  suits and beyond: 7 tips to improve your body image</a></li>
89869 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-apostolia-tsimberidou.
   …  html">Q&amp;A: Acinic cell carcinoma of the parotid</a></li>
89870 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-patient-jamie.html">
   …  Fighting cancer with hope</a></li>
89871 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/glioblastoma-multiforme-patient-surgery-doug.
   …  html">Building a new normal life after brain surgery</a></li>
89872 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/robotics-could-take-reconstructive-plastic-
   …  surgery-to-new-height.html">Robotics could take reconstructive plastic surgery to new
   …  heights</a></li>
89873 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/the-effect-of-domestic-violence-on-cancer-
   …  patients-children.html">The effect of domestic violence on cancer patients'
   …  children</a></li>
89874 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/what-cancer-awareness-really-looks.html">What
   …  cancer awareness really looks like</a></li>
89875 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/second-chances-give-it-a-try.html">Second
   …  chances: Give it a try</a></li>
89876 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/a-message-to-my-breast-cancer-sisters.html">A
   …  message to my breast cancer sisters</a></li>
89877 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/breast-cancer-patient-brachytherapy-radiation-
   …  treatment.html">Breast cancer patient's minor thought turns into major
   …  triumph</a></li>
89878 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/accelerated-partial-breast-irradiation-breast-
   …  cancer-treatment.html">Accelerated partial breast irradiation treatment: Who needs
   …  it?</a></li>
89879 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2012/10/cervical-cancer-survivor-beats-cancer-three-
   …  times.html">Three-time cancer survivor takes friendship to finish line</a></li>
89880 </ul>
89881 </nav>
89882 </div>
89883 </section>
89884 </div>
89885 </div>
89886 </div></li>
89887 </ul>
89888 </nav>
89889 </div>
89890 </section>
89891 </div>
89892 </div>
89893 </div></li>
89894 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2011.html">2011</a>
89895 <div class="subnav-mask">
89896 <div class="subnav-wrapper">
89897 <div class="subnav col10 pad">
```

```
89898 <section class="nested">
89899 <div class="col4 main-column">
89900 <nav class="secondary">
89901 <ul>
89902 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011.html"
    … aria-label="Back to 2011">2011</a></li>
89903 <li class="primary-nav-item">
89904 <a href="/publications/cancerwise/2011.html" aria-label="2011 Home">2011
    … Home</a></li>
89905 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/01.html">01</a>
89906 <div class="subnav-mask">
89907 <div class="subnav-wrapper">
89908 <div class="subnav col10 pad">
89909 <section class="nested">
89910 <div class="col4 main-column">
89911 <nav class="secondary">
89912 <ul>
89913 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/01.html"
    … aria-label="Back to 01">01</a></li>
89914 <li class="primary-nav-item">
89915 <a href="/publications/cancerwise/2011/01.html" aria-label="01 Home">01 Home</a></li>
89916 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/01/caregiver-chronicles-let-the-treatment-begin.
    … html">Caregiver Chronicles: Let The Treatment Begin</a></li>
89917 </ul>
89918 </nav>
89919 </div>
89920 </section>
89921 </div>
89922 </div>
89923 </div></li>
89924 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/02.html">02</a>
89925 <div class="subnav-mask">
89926 <div class="subnav-wrapper">
89927 <div class="subnav col10 pad">
89928 <section class="nested">
89929 <div class="col4 main-column">
89930 <nav class="secondary">
89931 <ul>
89932 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/02.html"
    … aria-label="Back to 02">02</a></li>
89933 <li class="primary-nav-item">
89934 <a href="/publications/cancerwise/2011/02.html" aria-label="02 Home">02 Home</a></li>
89935 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/02/neurofibromatosis-patient-invites-questions.
    … html">Go ahead, ask: Neurofibromatosis patient invites questions, makes
    … friends</a></li>
89936 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/02/qa-neurofibromatosis-and-its-relationship-to-
    … cancer.html">Q&amp;A: Neurofibromatosis and Its Relationship to Cancer</a></li>
89937 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/02/caregiver-chronicles-part-nine.html">Caregiver
    … Chronicles: Tom's Creative Genius Steps in</a></li>
89938 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/02/an-unexpected-love-story.html">An Unexpected
    … Love Story</a></li>
89939 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/02/cancer-and-cord-blood-donation-how-new-life-
    … brings-new-hope.html">Cancer and Cord Blood Donation: How New Life Brings New
    … Hope</a></li>
89940 </ul>
89941 </nav>
89942 </div>
89943 </section>
89944 </div>
89945 </div>
```

```
89946 </div></li>
89947 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/03.html">03</a>
89948 <div class="subnav-mask">
89949 <div class="subnav-wrapper">
89950 <div class="subnav col10 pad">
89951 <section class="nested">
89952 <div class="col4 main-column">
89953 <nav class="secondary">
89954 <ul>
89955 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/03.html"
    … aria-label="Back to 03">03</a></li>
89956 <li class="primary-nav-item">
89957 <a href="/publications/cancerwise/2011/03.html" aria-label="03 Home">03 Home</a></li>
89958 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/qa-focus-on-virtual-colonoscopy.html">Q&amp;A:
    … Focus on Virtual Colonoscopy</a></li>
89959 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/wc-328should-you-consider-genetic.html">Should
    … You Consider Genetic Testing?</a></li>
89960 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/colonoscopy-colon-cancer-history-colon-
    … prevention.html">Bugging my dad to save his life</a></li>
89961 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/music-therapy-helps-people-with-cancer.html">
    … Music Therapy Helps People With Cancer</a></li>
89962 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/diary-of-a-colon-screening-prep.html">Diary of
    … a colon screening prep</a></li>
89963 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/the-pros-and-cons-of-soy.html">The Pros and
    … Cons of Soy: More Study Needed</a></li>
89964 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/03/qa-ear-and-temporal-bone-cancer.html">Q&amp;A:
    … Ear and Temporal Bone Cancer</a></li>
89965 </ul>
89966 </nav>
89967 </div>
89968 </section>
89969 </div>
89970 </div>
89971 </div></li>
89972 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2011/04.html">04</a>
89973 <div class="subnav-mask">
89974 <div class="subnav-wrapper">
89975 <div class="subnav col10 pad">
89976 <section class="nested">
89977 <div class="col4 main-column">
89978 <nav class="secondary">
89979 <ul>
89980 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/04.html"
    … aria-label="Back to 04">04</a></li>
89981 <li class="primary-nav-item">
89982 <a href="/publications/cancerwise/2011/04.html" aria-label="04 Home">04 Home</a></li>
89983 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/what-cancer-has-taught-me.html">What Cancer
    … Has Taught Me</a></li>
89984 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
    … treatment.html">Sisters Support Each Other Through Cancer Treatment</a></li>
89985 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
    … treatment-part-ii.html">Sisters Support Each Other Through Cancer Treatment, Part
    … II</a></li>
89986 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2011/04/an-awkward-phase-adolescents-and-young-adults-
    … with-cancer.html">An Awkward Phase: Adolescents and Young Adults With Cancer</a></li>
```

```
89987  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/exercise-for-cancer-survivors-moving-forward.
   …   html">Exercise for Cancer Survivors: Moving Forward!</a></li>
89988  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/our-interesting-summer-vacation.html">Our
   …   Interesting Summer Vacation</a></li>
89989  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/coping-with-a-brain-tumor-diagnosis.html">
   …   Coping With a Brain Tumor Diagnosis</a></li>
89990  <li class="primary-nav-item"><a href="/publications/cancerwise/2011/04/post.html">The
   …   Cancer Problem: What Needs to Be Done</a></li>
89991  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/mendelsohn-early-detection.html">Taking Steps
   …   to Address Cancer: Early Detection</a></li>
89992  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/taking-steps-to-address-cancer-prevention.html
   …   ">Taking Steps to Address Cancer: Prevention</a></li>
89993  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/post-5.html">Seven Months Feels Like a
   …   Lifetime When Your Child is Fighting Cancer</a></li>
89994  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/why-i-chose-to-share-my-familys-story.html">
   …   Why I Chose to Share My Family's Story</a></li>
89995  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/lungs-that-function-not-taken-for-granted.html
   …   ">Lungs That Function Not Taken for Granted</a></li>
89996  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/spring-fever-collides-with-chemotherapy.html">
   …   Spring Fever Collides With Chemotherapy</a></li>
89997  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/04/april-fools-prom-and-cancer.html">April Fools,
   …   Prom and Cancer</a></li>
89998  </ul>
89999  </nav>
90000  </div>
90001  </section>
90002  </div>
90003  </div>
90004  </div></li>
90005  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2011/05.html">05</a>
90006  <div class="subnav-mask">
90007  <div class="subnav-wrapper">
90008  <div class="subnav col10 pad">
90009  <section class="nested">
90010  <div class="col4 main-column">
90011  <nav class="secondary">
90012  <ul>
90013  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/05.html"
   …   aria-label="Back to 05">05</a></li>
90014  <li class="primary-nav-item">
90015  <a href="/publications/cancerwise/2011/05.html" aria-label="05 Home">05 Home</a></li>
90016  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-cancer-
   …   survivors.html">Taking Steps to Address Cancer: Cancer Survivors</a></li>
90017  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-training.html">
   …   Taking Steps to Address Cancer: Training</a></li>
90018  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/mendelsohn-clinical-research.html">Taking
   …   Steps to Address Cancer: Clinical Research</a></li>
90019  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-research-
   …   funding.html">Taking Steps to Address Cancer: Research Funding</a></li>
90020  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/how-are-you.html">How Are You?</a></li>
90021  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/05/mohs-procedure-is-a-winning-hand-for-skin-
```

```
90021… cancer-survivor.html">Mohs Procedure is a Winning Hand for Skin Cancer
  …  Survivor</a></li>
90022 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/mohs-surgery-for-some-skin-cancers.html">Q&amp
  …  ;A: Mohs Surgery for Some Skin Cancers</a></li>
90023 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/caregivers-chronicles-prickled-skin-prickled-
  …  nerves.html">Caregivers Chronicles: Prickled Skin, Prickled Nerves</a></li>
90024 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/mother-and-daughter-fight-cancer-together.html
  …  ">Mother and Daughter Fight Cancer Together</a></li>
90025 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/depinho-named-sole-finalist-for-president-of-
  …  md-anderson.html">DePinho Named Sole Finalist for President of MD Anderson</a></li>
90026 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/reclaiming-her-life-a-cancer-survivor-faces-
  …  body-image-issues.html">Reclaiming Her Life: A Cancer Survivor Faces Body Image
  …  Issues</a></li>
90027 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/qa-body-image-therapy-service.html">Q&amp;A:
  …  Body Image Therapy Service</a></li>
90028 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/management-and-treatment-of-cancer-related-
  …  lymphedema.html">Management and Treatment of Cancer-Related Lymphedema</a></li>
90029 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/05/milestones-signs-and-moving-forward.html">
  …  Milestones, Signs and Moving Forward</a></li>
90030 </ul>
90031 </nav>
90032 </div>
90033 </section>
90034 </div>
90035 </div>
90036 </div></li>
90037 <li class="primary-nav-item has-subnav"><a
  …  href="/publications/cancerwise/2011/06.html">06</a>
90038 <div class="subnav-mask">
90039 <div class="subnav-wrapper">
90040 <div class="subnav col10 pad">
90041 <section class="nested">
90042 <div class="col4 main-column">
90043 <nav class="secondary">
90044 <ul>
90045 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/06.html"
  …  aria-label="Back to 06">06</a></li>
90046 <li class="primary-nav-item"><a
90047 <a href="/publications/cancerwise/2011/06.html" aria-label="06 Home">06 Home</a></li>
90048 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-drug-and-device
  …  -development.html">Taking Steps to Address Cancer: Drug and Device
  …  Development</a></li>
90049 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/taking-steps-against-cancer-access-to-care.
  …  html">Taking Steps Against Cancer: Access to Care</a></li>
90050 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-enhance-value-
  …  reduce-costs.html">Taking Steps to Address Cancer: Enhance Value, Reduce
  …  Costs</a></li>
90051 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/modern-day-aphrodisiacs-hype-versus-reality.
  …  html">Modern Day Aphrodisiacs: Hype Versus Reality</a></li>
90052 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/heads-up-head-and-neck-cancer-patients-and-
  …  their-caregivers.html">Heads Up: Head and Neck Cancer Patients and Their
  …  Caregivers</a></li>
90053 <li class="primary-nav-item"><a
  …  href="/publications/cancerwise/2011/06/taking-the-next-steps.html">Taking the Next
  …  Steps</a></li>
```

```
90054  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/a-channel-of-blessings.html">A Channel of
   …   Blessings</a></li>
90055  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/having-faith-and-giving-thanks.html">Having
   …   Faith and Giving Thanks</a></li>
90056  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/hope-in-an-infertile-world.html">Hope in an
   …   Infertile World</a></li>
90057  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/setting-no-limits.html">Setting No
   …   Limits</a></li>
90058  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/the-caregiver-chronicles-angels-surround-us.
   …   html">The Caregiver Chronicles: Angels Surround Us</a></li>
90059  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/depinho-formally-named-next-md-anderson-
   …   president-2.html">DePinho Formally Named Next MD Anderson President</a></li>
90060  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/cancer-related-fatigue-integrative-therapies-
   …   can-help.html">Cancer-Related Fatigue: Integrative Therapies Can Help</a></li>
90061  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/arizona-welcomes-banner-md-anderson-cancer-
   …   center.html">Arizona Welcomes Banner MD Anderson Cancer Center</a></li>
90062  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/qa-testicular-cancer-survivorship.html">Q&amp;
   …   A: Testicular Cancer Survivorship</a></li>
90063  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/06/new-screening-tool-for-lung-cancer-brings-hope
   …   .html">New Screening Tool for Lung Cancer Brings Hope</a></li>
90064  </ul>
90065  </nav>
90066  </div>
90067  </section>
90068  </div>
90069  </div>
90070  </div></li>
90071  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2011/07.html">07</a>
90072  <div class="subnav-mask">
90073  <div class="subnav-wrapper">
90074  <div class="subnav col10 pad">
90075  <section class="nested">
90076  <div class="col4 main-column">
90077  <nav class="secondary">
90078  <ul>
90079  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/07.html"
   …   aria-label="Back to 07">07</a></li>
90080  <li class="primary-nav-item"><a
90081  <a href="/publications/cancerwise/2011/07.html" aria-label="07 Home">07 Home</a></li>
90082  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/qa-testicular-cancer-diagnosis-and-treatment.
   …   html">Q&amp;A: Testicular Cancer Diagnosis and Treatment</a></li>
90083  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/spending-time-as-a-volunteer-makes-a-
   …   difference-for-one-patient.html">Spending Time As A Volunteer Makes A Difference For
   …   One Patient</a></li>
90084  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/re-defining-normal.html">Re-Defining
   …   Normal</a></li>
90085  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/sunshine-and-rain---cartwheels-and-pain.html">
   …   Sunshine and Rain - Cartwheels and Pain</a></li>
90086  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/sexual-healing-md-anderson-style.html">Sexual
   …   Healing, MD Anderson Style</a></li>
90087  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2011/07/flat-colon-polyps-and-endoscopic-mucosal-
```

```
90087… resection.html">Flat Colon Polyps and Endoscopic Mucosal Resection</a></li>
90088 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/07/family-pulls-together-for-medical-journey.html
 …  ">Family Pulls Together for Medical Journey</a></li>
90089 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/07/like-no-other-hospital.html">Like No Other
 …  Hospital</a></li>
90090 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/07/making-memories-last-the-art-of-legacy-work.
 …  html">Making Memories Last: The Art of Legacy Work</a></li>
90091 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/07/bang-that-gong-softly.html">Bang That Gong ...
 …  Softly</a></li>
90092 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/07/care-for-the-caregiver.html">Care for the
 …  Caregiver</a></li>
90093 </ul>
90094 </nav>
90095 </div>
90096 </section>
90097 </div>
90098 </div>
90099 </div></li>
90100 <li class="primary-nav-item has-subnav"><a
 …  href="/publications/cancerwise/2011/08.html">08</a>
90101 <div class="subnav-mask">
90102 <div class="subnav-wrapper">
90103 <div class="subnav col10 pad">
90104 <section class="nested">
90105 <div class="col4 main-column">
90106 <nav class="secondary">
90107 <ul>
90108 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/08.html"
 …  aria-label="Back to 08">08</a></li>
90109 <li class="primary-nav-item">
90110 <a href="/publications/cancerwise/2011/08.html" aria-label="08 Home">08 Home</a></li>
90111 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/glioblastoma-a-bolt-out-of-the-blue.html">
 …  Glioblastoma: A Bolt Out of the Blue</a></li>
90112 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/follow-the-yellow-brick-road.html">Follow the
 …  Yellow Brick Road</a></li>
90113 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/sleep-center-offers-patient-good-nights-rest.
 …  html">Sleep Center Offers Patient Good Night's Rest</a></li>
90114 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/when-cancer-strikes-young-patients-life-does-a
 …  -180.html">When Cancer Strikes Young Patients, Life Does A 180</a></li>
90115 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/cell-phone-use-and-brain-tumors-in-children.
 …  html">Cell Phone Use and Brain Tumors in Children</a></li>
90116 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/hurricane-preparedness-at-md-anderson.html">
 …  Hurricane Preparedness at MD Anderson</a></li>
90117 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/from-cancer-to-kindergarten.html">From Cancer
 …  to Kindergarten</a></li>
90118 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/caregivers-chronicles-marks-time-and-move-
 …  forward.html">Caregivers Chronicles: Marking Time and Moving Forward</a></li>
90119 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/how-i-spent-my-summer-vacation.html">How I
 …  Spent My Summer Vacation: Children's Cancer Hospital Edition</a></li>
90120 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/best-friends-meet-in-the-most-unlikely-places.
 …  html">Best friends Meet in the Most Unlikely Places</a></li>
90121 <li class="primary-nav-item"><a
 …  href="/publications/cancerwise/2011/08/the-ultimate-change-up.html">The Ultimate
```

```
90121…  Change Up</a></li>
90122   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/tongue-cancer-pregnancy-and-luck.html">Tongue
    …   Cancer, Pregnancy and Luck</a></li>
90123   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/a-pediatric-cancer-survivor-on-her-toes.html">
    …   Megan Evans: A Pediatric Cancer Survivor on Her Toes</a></li>
90124   </ul>
90125   </nav>
90126   </div>
90127   </section>
90128   </div>
90129   </div>
90130   </a></li>
90131   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/09.html">09</a>
90132   <div class="subnav-mask">
90133   <div class="subnav-wrapper">
90134   <div class="subnav col10 pad">
90135   <section class="nested">
90136   <div class="col4 main-column">
90137   <nav class="secondary">
90138   <ul>
90139   <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/09.html"
    …   aria-label="Back to 09">09</a></li>
90140   <li class="primary-nav-item">
90141   <a href="/publications/cancerwise/2011/09.html" aria-label="09 Home">09 Home</a></li>
90142   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/depinho-starts-as-md-anderson-president.html">
    …   DePinho Starts as MD Anderson President</a></li>
90143   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/with-faith-family-and-a-plan-man-beats-
    …   prostate-cancer.html">With faith, family and a plan, man beats prostate
    …   cancer</a></li>
90144   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/qa-choosing-the-best-prostate-cancer-treatment
    …   .html">Q&amp;A: Choosing the Best Prostate Cancer Treatment</a></li>
90145   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/uterine-cancer-is-hysterectomy-the-only-option
    …   .html">Uterine Cancer: Is Hysterectomy the Only Option?</a></li>
90146   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/tis-the-season-for-silly-breast-cancer-games.
    …   html">Tis the Season for Silly Breast Cancer Games</a></li>
90147   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/the-cancer-survivorship-conference-why-i-go-
    …   what-ive-learned.html">The Cancer Survivorship Conference: Why I Go, What I've
    …   Learned</a></li>
90148   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/community-of-hope.html">'Community of
    …   Hope'</a></li>
90149   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/why-i-volunteer-at-md-anderson.html">Why I
    …   Volunteer at MD Anderson</a></li>
90150   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/newly-renovated-integrative-medicine-center-
    …   reopens.html">Newly Renovated Integrative Medicine Center Reopens</a></li>
90151   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/youre-not-alone-finding-support-and-
    …   encouragemen.html">You're Not Alone: Finding Support and Encouragement</a></li>
90152   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/i-will-survive.html">I Will Survive!</a></li>
90153   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/putting-my-guard-up.html">Putting My Guard
    …   Up</a></li>
90154   <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/our-first-full-clinical-extension.html">Our
    …   First Full Clinical Extension Opens</a></li>
90155   <li class="primary-nav-item"><a
```

```
90155…  href="/publications/cancerwise/2011/09/counseling-improves-sex-for-prostate-cancer-
…       survivors-and-partne.html">Counseling Improves Sex for Prostate Cancer Survivors and
…       Partners</a></li>
90156   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/09/tree-of-life-reflects-young-patients-journeys.
…       html">Tree of Life Reflects Young Patients' Journeys</a></li>
90157   </ul>
90158   </nav>
90159   </div>
90160   </section>
90161   </div>
90162   </div>
90163   </div></li>
90164   <li class="primary-nav-item has-subnav"><a
…       href="/publications/cancerwise/2011/10.html">10</a>
90165   <div class="subnav-mask">
90166   <div class="subnav-wrapper">
90167   <div class="subnav col10 pad">
90168   <section class="nested">
90169   <div class="col4 main-column">
90170   <nav class="secondary">
90171   <ul>
90172   <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/10.html"
…       aria-label="Back to 10">10</a></li>
90173   <li class="primary-nav-item">
90174   <a href="/publications/cancerwise/2011/10.html" aria-label="10 Home">10 Home</a></li>
90175   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/are-you-affiliated.html">Are You
…       Affiliated?</a></li>
90176   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/tips-for-coping-through-a-long-hospital-stay.
…       html">Tips for Coping Through a Long Hospital Stay</a></li>
90177   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/difficult-communications-the-end-of-life-
…       discussion.html">Difficult Communications: The End-of-Life Discussion</a></li>
90178   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/idea-turns-into-new-pancreatic-cancer-
…       treatment.html">Idea Turns Into New Pancreatic Cancer Treatment</a></li>
90179   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/finding-patience-peace-and-perspective-in-
…       cancer.html">Finding patience, peace and perspective in cancer</a></li>
90180   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/depinho-intent-on-changing-the-stories-we-tell
…       .html">DePinho Intent on Changing the Stories We Tell</a></li>
90181   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/acupuncture-for-symptom-management.html">
…       Acupuncture for Symptom Management</a></li>
90182   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/ors-focus-on-fire-prevention-year-round.html">
…       ORs Focus on Fire Prevention Year 'Round</a></li>
90183   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/fatigue-how-to-tackle-the-pesky-side-effect.
…       html">Fatigue: How to Tackle the Pesky Side Effect</a></li>
90184   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/radiation-therapy-in-3-d-students-polish-
…       skills-on-virtual-reali.html">Radiation Therapy in 3-D: Students Polish Skills on
…       Virtual Reality
90185   Training Tool</a></li>
90186   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/more-than-you-might-think-cancer-victims-and-
…       domestic-violence.html">Cancer patients and domestic violence: More common than you
…       might think</a></li>
90187   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/the-art-of-pathology.html">From Microscope to
…       Canvas: The Art of Pathology</a></li>
90188   <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2011/10/cancer-patients-and-stress.html">Cancer
…       Patients and Stress: How to Cope</a></li>
```

```
90189  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/10/neuroendocrine-carcinoma-patient-inspires-
    …  fellow-patients-staff.html">Neuroendocrine Carcinoma Patient Inspires Fellow
    …  Patients, Staff</a></li>
90190  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/10/radiation-therapy-for-inflammatory-breast-
    …  cancer-one-size-fits-a.html">Radiation Therapy for Inflammatory Breast Cancer: One
    …  Size Fits All?</a></li>
90191  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/10/ivf-and-breast-cancer-is-there-a-link.html">
    …  IVF and Breast Cancer: Setting the Record Straight</a></li>
90192  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/10/woman-beats-rare-form-of-cervical-cancer-with-
    …  help-of-faith-and-.html">Woman Beats Rare Form of Cervical Cancer With Help of Faith
    …  and Family</a></li>
90193  </ul>
90194  </nav>
90195  </div>
90196  </section>
90197  </div>
90198  </div>
90199  </div></li>
90200  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/11.html">11</a>
90201  <div class="subnav-mask">
90202  <div class="subnav-wrapper">
90203  <div class="subnav col10 pad">
90204  <section class="nested">
90205  <div class="col4 main-column">
90206  <nav class="secondary">
90207  <ul>
90208  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/11.html"
    …  aria-label="Back to 11">11</a></li>
90209  <li class="primary-nav-item">
90210  <a href="/publications/cancerwise/2011/11.html" aria-label="11 Home">11 Home</a></li>
90211  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/qa-focus-on-small-cell-cervical-cancer.html">Q
    …  &amp;A: Focus on Small Cell Cervical Cancer</a></li>
90212  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-unexpected-gift.html">The Unexpected
    …  Gift</a></li>
90213  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/from-relapse-to-rudy-award.html">From Relapse
    …  to Rudy Award</a></li>
90214  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/donate-blood-save-lives.html">Donate Blood,
    …  Save Lives</a></li>
90215  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/cant-run-fast-enough.html">Can't Run Fast
    …  Enough</a></li>
90216  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/-aging-with-cancer-strategies-to-help-you-cope
    …  .html">Aging With Cancer: Strategies to Help You Cope</a></li>
90217  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/bracelets-manicures-and-mammograms-one-
    …  survivors-tales.html">Bracelets, Manicures and Mammograms: One Survivor's
    …  Tales</a></li>
90218  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/reflections-of-a-caregiver-what-is-my-purpose.
    …  html">Reflections of a Caregiver: What is My Purpose?</a></li>
90219  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-toll-of-brain-cancer-and-treatment-a-
    …  caregiver-grieves-losse.html">The Toll of Brain Cancer and Treatment: A Caregiver
    …  Grieves Losses</a></li>
90220  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/caregiver-chronicles-the-art-of-gratefulness.
    …  html">Caregiver Chronicles: The Art of Gratefulness</a></li>
90221  <li class="primary-nav-item"><a
```

```
90221 href="/publications/cancerwise/2011/11/breast-cancer-patient-pain-calls-for-
      resourcefulness.html">Breast Cancer Patient: Pain Calls for Resourcefulness</a></li>
90222 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/11/tis-the-season-for-coping-with-cancer.html">'
      Tis the Season for Coping with Cancer</a></li>
90223 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/11/moonstruck-at-md-anderson.html">Moonstruck at
      MD Anderson</a></li>
90224 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/11/institute-to-bring-new-hope-for-better-cancer-
      drugs.html">Institute to Bring New Hope for Better Cancer Drugs</a></li>
90225 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/11/the-gift-of-strength.html">The Gift of
      Strength</a></li>
90226 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/11/why-cancer-patients-should-get-organized.html"
      >Why Cancer Patients Should Get Organized</a></li>
90227 </ul>
90228 </nav>
90229 </div>
90230 </section>
90231 </div>
90232 </div>
90233 </div></li>
90234 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancerwise/2011/12.html">12</a>
90235 <div class="subnav-mask">
90236 <div class="subnav-wrapper">
90237 <div class="subnav col10 pad">
90238 <section class="nested">
90239 <div class="col4 main-column">
90240 <nav class="secondary">
90241 <ul>
90242 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/12.html"
      aria-label="Back to 12">12</a></li>
90243 <li class="primary-nav-item">
90244 <a href="/publications/cancerwise/2011/12.html" aria-label="12 Home">12 Home</a></li>
90245 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/uveal-melanoma-what-is-it.html">Uveal
      Melanoma: What is it?</a></li>
90246 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/a-10-year-triumph.html">A 10-Year
      Triumph</a></li>
90247 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/license-to-win-proton-therapy-drives-
      successful-treatment-for-pr.html">Proton Therapy Drives Successful Treatment for
      Prostate Cancer</a></li>
90248 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/a-10-year-triumph-part-ii.html">A 10-Year
      Triumph: Part II</a></li>
90249 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/bolero-2-trial-offers-hope-to-patients-with-
      advanced-breast-canc.html">BOLERO-2 Trial Offers Hope to Patients With Advanced
      Breast Cancer</a></li>
90250 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/the-role-of-the-modern-patient-always-learning
      .html">The Role of the Modern Patient: Always Learning</a></li>
90251 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/its-holiday-time-the-gift-of-life.html">It's
      Holiday Time: The Gift of Life</a></li>
90252 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/providing-information-counseling-at-the-end-of
      -life.html">Providing Information, Counseling at the End of Life</a></li>
90253 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/thank-you-md-anderson.html">Thank You, MD
      Anderson</a></li>
90254 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/the-holidays-are-merry-and-bright-for-md-
```

```
90254 anderson-pediatric-pati.html">The Holidays are Merry and Bright for MD Anderson
      Pediatric Patients</a></li>
90255 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/-uterine-cancer-strikes-suddenly.html">Uterine
      Cancer Strikes Suddenly</a></li>
90256 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/a-decision-aid-for-men-with-clinically-
      localized-prostate-cancer.html">A Decision Aid for Men With Clinically Localized
      Prostate Cancer</a></li>
90257 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/santa-gives----and-receives----the-gift-of-joy
      .html">Santa Gives -- and Receives -- the Gift of Joy</a></li>
90258 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-new-cancer-treatments.
      html">Best of Cancerwise 2011: New Cancer Treatments</a></li>
90259 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-surviving-cancer.html"
      >Best of Cancerwise 2011: Surviving Cancer</a></li>
90260 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-cancer-patient-stories
      -of-triumph.html">Best of Cancerwise 2011: Cancer Patient Stories of Triumph</a></li>
90261 </ul>
90262 </nav>
90263 </div>
90264 </section>
90265 </div>
90266 </div>
90267 </div></li>
90268 </ul>
90269 </nav>
90270 </div>
90271 </section>
90272 </div>
90273 </div>
90274 </div></li>
90275 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancerwise/2010.html">2010</a>
90276 <div class="subnav-mask">
90277 <div class="subnav-wrapper">
90278 <div class="subnav col10 pad">
90279 <section class="nested">
90280 <div class="col4 main-column">
90281 <nav class="secondary">
90282 <ul>
90283 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010.html"
      aria-label="Back to 2010">2010</a></li>
90284 <li class="primary-nav-item">
90285 <a href="/publications/cancerwise/2010.html" aria-label="2010 Home">2010
      Home</a></li>
90286 <li class="primary-nav-item has-subnav"><a
      href="/publications/cancerwise/2010/01.html">01</a>
90287 <div class="subnav-mask">
90288 <div class="subnav-wrapper">
90289 <div class="subnav col10 pad">
90290 <section class="nested">
90291 <div class="col4 main-column">
90292 <nav class="secondary">
90293 <ul>
90294 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/01.html"
      aria-label="Back to 01">01</a></li>
90295 <li class="primary-nav-item">
90296 <a href="/publications/cancerwise/2010/01.html" aria-label="01 Home">01 Home</a></li>
90297 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2010/01/lynch-syndrome-diagnosis-leads-to-prevention.
      html">Lynch syndrome diagnosis leads to prevention</a></li>
90298 <li class="primary-nav-item"><a
      href="/publications/cancerwise/2010/01/qa-understanding-and-managing-lynch-syndrome.
      html">Q&amp;A: Understanding and managing Lynch syndrome</a></li>
```

```
90299  </ul>
90300  </nav>
90301  </div>
90302  </section>
90303  </div>
90304  </div>
90305  </div></li>
90306  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/02.html">02</a>
90307  <div class="subnav-mask">
90308  <div class="subnav-wrapper">
90309  <div class="subnav col10 pad">
90310  <section class="nested">
90311  <div class="col4 main-column">
90312  <nav class="secondary">
90313  <ul>
90314  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/02.html"
    …  aria-label="Back to 02">02</a></li>
90315  <li class="primary-nav-item">
90316  <a href="/publications/cancerwise/2010/02.html" aria-label="02 Home">02 Home</a></li>
90317  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/what-not-to-say-to-people-with-cancer.html">
    …  What not to say to people with cancer</a></li>
90318  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/a-new-outlook-after-osteosarcoma.html">A new
    …  outlook after osteosarcoma</a></li>
90319  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/m-d-anderson-in-istanbul-turkey.html">MD
    …  Anderson in Istanbul, Turkey</a></li>
90320  </ul>
90321  </nav>
90322  </div>
90323  </section>
90324  </div>
90325  </div>
90326  </div></li>
90327  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/03.html">03</a>
90328  <div class="subnav-mask">
90329  <div class="subnav-wrapper">
90330  <div class="subnav col10 pad">
90331  <section class="nested">
90332  <div class="col4 main-column">
90333  <nav class="secondary">
90334  <ul>
90335  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/03.html"
    …  aria-label="Back to 03">03</a></li>
90336  <li class="primary-nav-item">
90337  <a href="/publications/cancerwise/2010/03.html" aria-label="03 Home">03 Home</a></li>
90338  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/qa-thyroid-cancer.html">Q&amp;A: Thyroid
    …  cancer</a></li>
90339  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/patient-deals-with-ovarian-then-papillary-
    …  thyroid-cancer.html">Patient deals with ovarian, then papillary thyroid
    …  cancer</a></li>
90340  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/is-proton-therapy-right-for-you.html">Is
    …  proton therapy right for you?</a></li>
90341  </ul>
90342  </nav>
90343  </div>
90344  </section>
90345  </div>
90346  </div>
90347  </div></li>
90348  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/04.html">04</a>
```

```
90349 <div class="subnav-mask">
90350 <div class="subnav-wrapper">
90351 <div class="subnav col10 pad">
90352 <section class="nested">
90353 <div class="col4 main-column">
90354 <nav class="secondary">
90355 <ul>
90356 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/04.html"
    … aria-label="Back to 04">04</a></li>
90357 <li class="primary-nav-item">
90358 <a href="/publications/cancerwise/2010/04.html" aria-label="04 Home">04 Home</a></li>
90359 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/04/race-and-ethnicity-as-cancer-risk-factors.html
    … ">Race and ethnicity as cancer risk factors</a></li>
90360 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/04/qa-proton-therapy-for-pediatric-patients.html"
    … >Q&amp;A: Proton therapy for pediatric patients</a></li>
90361 </ul>
90362 </nav>
90363 </div>
90364 </section>
90365 </div>
90366 </div>
90367 </div></li>
90368 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/05.html">05</a>
90369 <div class="subnav-mask">
90370 <div class="subnav-wrapper">
90371 <div class="subnav col10 pad">
90372 <section class="nested">
90373 <div class="col4 main-column">
90374 <nav class="secondary">
90375 <ul>
90376 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/05.html"
    … aria-label="Back to 05">05</a></li>
90377 <li class="primary-nav-item">
90378 <a href="/publications/cancerwise/2010/05.html" aria-label="05 Home">05 Home</a></li>
90379 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/new-logo.html">New logo has MD Anderson
    … feeling 'brand' new</a></li>
90380 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/choosing-the-right-treatment-for-prostate-
    … cancer.html">Choosing the right treatment for prostate cancer</a></li>
90381 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/qa-intravenous-busulfan-before-stem-cell-
    … transplant.html">Q&amp;A: Intravenous busulfan before stem cell transplant</a></li>
90382 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/05/beating-the-odds-of-acute-myelogenous-leukemia
    … .html">Beating the odds of acute myeloid leukemia</a></li>
90383 </ul>
90384 </nav>
90385 </div>
90386 </section>
90387 </div>
90388 </div>
90389 </div></li>
90390 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/06.html">06</a>
90391 <div class="subnav-mask">
90392 <div class="subnav-wrapper">
90393 <div class="subnav col10 pad">
90394 <section class="nested">
90395 <div class="col4 main-column">
90396 <nav class="secondary">
90397 <ul>
90398 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/06.html"
    … aria-label="Back to 06">06</a></li>
90399 <li class="primary-nav-item">
```

```
90400  <a href="/publications/cancerwise/2010/06.html" aria-label="06 Home">06 Home</a></li>
90401  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/06/qa-cardiac-catheterization-for-cancer.html">Q&
   …   amp;A: Cardiac catheterization for cancer patients</a></li>
90402  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/06/miracle-patient-beats-two-deadly-diseases.html
   …   ">Patient beats two deadly diseases</a></li>
90403  </ul>
90404  </nav>
90405  </div>
90406  </section>
90407  </div>
90408  </div>
90409  </div></li>
90410  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/07.html">07</a>
90411  <div class="subnav-mask">
90412  <div class="subnav-wrapper">
90413  <div class="subnav col10 pad">
90414  <section class="nested">
90415  <div class="col4 main-column">
90416  <nav class="secondary">
90417  <ul>
90418  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/07.html"
   …   aria-label="Back to 07">07</a></li>
90419  <li class="primary-nav-item">
90420  <a href="/publications/cancerwise/2010/07.html" aria-label="07 Home">07 Home</a></li>
90421  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/07/the-benefits-of-oncology-massage-1.html">The
   …   benefits of oncology massage</a></li>
90422  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/07/minimally-invasive-surgery-for-cancer-patients
   …   .html">Q&amp;A: Minimally invasive surgery for cancer patients</a></li>
90423  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/07/bladder-patient-chooses-minimally-invasive-
   …   surgery.html">Bladder cancer patient chooses minimally invasive surgery</a></li>
90424  </ul>
90425  </nav>
90426  </div>
90427  </section>
90428  </div>
90429  </div>
90430  </div></li>
90431  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/08.html">08</a>
90432  <div class="subnav-mask">
90433  <div class="subnav-wrapper">
90434  <div class="subnav col10 pad">
90435  <section class="nested">
90436  <div class="col4 main-column">
90437  <nav class="secondary">
90438  <ul>
90439  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/08.html"
   …   aria-label="Back to 08">08</a></li>
90440  <li class="primary-nav-item">
90441  <a href="/publications/cancerwise/2010/08.html" aria-label="08 Home">08 Home</a></li>
90442  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/08/flight-for-his-life.html">The caregiver
   …   chronicles: Flight for his life</a></li>
90443  </ul>
90444  </nav>
90445  </div>
90446  </section>
90447  </div>
90448  </div>
90449  </div></li>
90450  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/09.html">09</a>
```

```
90451  <div class="subnav-mask">
90452  <div class="subnav-wrapper">
90453  <div class="subnav col10 pad">
90454  <section class="nested">
90455  <div class="col4 main-column">
90456  <nav class="secondary">
90457  <ul>
90458  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/09.html"
   …   aria-label="Back to 09">09</a></li>
90459  <li class="primary-nav-item">
90460  <a href="/publications/cancerwise/2010/09.html" aria-label="09 Home">09 Home</a></li>
90461  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/the-caregiver-chronicles-the-red-flags.html">
   …   The caregiver chronicles: The red flags</a></li>
90462  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/integrative-medicine-versus-alternative-
   …   medicine-why-its-importa.html">Integrative medicine vs. alternative medicine: Why
   …   it's important to
90463  know the difference</a></li>
90464  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/ours-is-not-to-question-why.html">The
   …   caregiver chronicles: Ours is not to question why</a></li>
90465  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/09/new-treatment-for-triple-negative-breast-
   …   cancer.html">Q&amp;A: New treatment for triple-negative breast cancer</a></li>
90466  </ul>
90467  </nav>
90468  </div>
90469  </section>
90470  </div>
90471  </div>
90472  </div></li>
90473  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/10.html">10</a>
90474  <div class="subnav-mask">
90475  <div class="subnav-wrapper">
90476  <div class="subnav col10 pad">
90477  <section class="nested">
90478  <div class="col4 main-column">
90479  <nav class="secondary">
90480  <ul>
90481  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/10.html"
   …   aria-label="Back to 10">10</a></li>
90482  <li class="primary-nav-item">
90483  <a href="/publications/cancerwise/2010/10.html" aria-label="10 Home">10 Home</a></li>
90484  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2010/10/the-caregiver-chronicles-our-journey.html">The
   …   caregiver chronicles: It became our journey</a></li>
90485  </ul>
90486  </nav>
90487  </div>
90488  </section>
90489  </div>
90490  </div>
90491  </div></li>
90492  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2010/11.html">11</a>
90493  <div class="subnav-mask">
90494  <div class="subnav-wrapper">
90495  <div class="subnav col10 pad">
90496  <section class="nested">
90497  <div class="col4 main-column">
90498  <nav class="secondary">
90499  <ul>
90500  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/11.html"
   …   aria-label="Back to 11">11</a></li>
90501  <li class="primary-nav-item">
90502  <a href="/publications/cancerwise/2010/11.html" aria-label="11 Home">11 Home</a></li>
```

```
90503  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/11/the-caregiver-chronicles-its-always-something.
  …    html">The caregiver chronicles: It's always something</a></li>
90504  </a>
90505  </nav>
90506  </div>
90507  </section>
90508  </div>
90509  </div>
90510  </div></li>
90511  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2010/12.html">12</a>
90512  <div class="subnav-mask">
90513  <div class="subnav-wrapper">
90514  <div class="subnav col10 pad">
90515  <section class="nested">
90516  <div class="col4 main-column">
90517  <nav class="secondary">
90518  <ul>
90519  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/12.html"
  …    aria-label="Back to 12">12</a></li>
90520  <li class="primary-nav-item">
90521  <a href="/publications/cancerwise/2010/12.html" aria-label="12 Home">12 Home</a></li>
90522  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/12/qa-myelodysplastic-syndromes-mds.html">Q&amp;A
  …    : Focus on myelodysplastic syndromes</a></li>
90523  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/12/mds-patient-looks-like-a-million-bucks.html">
  …    MDS patient 'looks like a million bucks'</a></li>
90524  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/12/caregiver-chronicles-the-luxury-of-time.html">
  …    The caregiver chronicles: The luxury of time</a></li>
90525  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/12/high-red-blood-folate-levels-linked-to-
  …    silenced-tumor-suppressor.html">High red blood folate levels linked to silenced
  …    tumor-suppressors</a></li>
90526  <li class="primary-nav-item"><a
  …    href="/publications/cancerwise/2010/12/tai-chi-healing-from-the-inside-out.html">Tai
  …    chi: Healing from the inside out</a></li>
90527  </ul>
90528  </nav>
90529  </div>
90530  </section>
90531  </div>
90532  </div>
90533  </div></li>
90534  </ul>
90535  </nav>
90536  </div>
90537  </section>
90538  </div>
90539  </div>
90540  </div></li>
90541  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/cancerwise/2009.html">2009</a>
90542  <div class="subnav-mask">
90543  <div class="subnav-wrapper">
90544  <div class="subnav col10 pad">
90545  <section class="nested">
90546  <div class="col4 main-column">
90547  <nav class="secondary">
90548  <ul>
90549  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009.html"
  …    aria-label="Back to 2009">2009</a></li>
90550  <li class="primary-nav-item">
90551  <a href="/publications/cancerwise/2009.html" aria-label="2009 Home">2009
  …    Home</a></li>
90552  <li class="primary-nav-item has-subnav"><a
```

```
90552  href="/publications/cancerwise/2009/03.html">03</a>
90553  <div class="subnav-mask">
90554  <div class="subnav-wrapper">
90555  <div class="subnav col10 pad">
90556  <section class="nested">
90557  <div class="col4 main-column">
90558  <nav class="secondary">
90559  <ul>
90560  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/03.html"
   …   aria-label="Back to 03">03</a></li>
90561  <li class="primary-nav-item">
90562  <a href="/publications/cancerwise/2009/03.html" aria-label="03 Home">03 Home</a></li>
90563  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/03/q-a--what-you-should.html">Q&amp;A: What you
   …   should know about tonsil cancer</a></li>
90564  </ul>
90565  </nav>
90566  </div>
90567  </section>
90568  </div>
90569  </div>
90570  </div></li>
90571  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/05.html">05</a>
90572  <div class="subnav-mask">
90573  <div class="subnav-wrapper">
90574  <div class="subnav col10 pad">
90575  <section class="nested">
90576  <div class="col4 main-column">
90577  <nav class="secondary">
90578  <ul>
90579  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/05.html"
   …   aria-label="Back to 05">05</a></li>
90580  <li class="primary-nav-item">
90581  <a href="/publications/cancerwise/2009/05.html" aria-label="05 Home">05 Home</a></li>
90582  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/05/new-m-d-anderson-banner-cancer-center-in-
   …   arizona.html">New MD Anderson Banner Cancer Center in Arizona</a></li>
90583  </ul>
90584  </nav>
90585  </div>
90586  </section>
90587  </div>
90588  </div>
90589  </div></li>
90590  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/06.html">06</a>
90591  <div class="subnav-mask">
90592  <div class="subnav-wrapper">
90593  <div class="subnav col10 pad">
90594  <section class="nested">
90595  <div class="col4 main-column">
90596  <nav class="secondary">
90597  <ul>
90598  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/06.html"
   …   aria-label="Back to 06">06</a></li>
90599  <li class="primary-nav-item">
90600  <a href="/publications/cancerwise/2009/06.html" aria-label="06 Home">06 Home</a></li>
90601  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/06/-emergency-room-and-cancer.html">When Problems
   …   Can't Wait: the Emergency Room and Cancer</a></li>
90602  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/06/qa-non-skin-melanomas.html">Q&amp;A: Non-skin
   …   melanomas</a></li>
90603  </ul>
90604  </nav>
90605  </div>
90606  </section>
```

```
90607  </div>
90608  </div>
90609  </div></li>
90610  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/07.html">07</a>
90611  <div class="subnav-mask">
90612  <div class="subnav-wrapper">
90613  <div class="subnav col10 pad">
90614  <section class="nested">
90615  <div class="col4 main-column">
90616  <nav class="secondary">
90617  <ul>
90618  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/07.html"
   …   aria-label="Back to 07">07</a></li>
90619  <li class="primary-nav-item">
90620  <a href="/publications/cancerwise/2009/07.html" aria-label="07 Home">07 Home</a></li>
90621  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/07/ibc-breast-cancer-without-a-lump.html">Is
   …   there really a breast cancer without a lump?</a></li>
90622  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/07/the-acai-berry.html">Health benefits of the
   …   acai berry</a></li>
90623  </ul>
90624  </nav>
90625  </div>
90626  </section>
90627  </div>
90628  </div>
90629  </div></li>
90630  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/08.html">08</a>
90631  <div class="subnav-mask">
90632  <div class="subnav-wrapper">
90633  <div class="subnav col10 pad">
90634  <section class="nested">
90635  <div class="col4 main-column">
90636  <nav class="secondary">
90637  <ul>
90638  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/08.html"
   …   aria-label="Back to 08">08</a></li>
90639  <li class="primary-nav-item">
90640  <a href="/publications/cancerwise/2009/08.html" aria-label="08 Home">08 Home</a></li>
90641  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/08/help-fight-cancer-despite-difficult-times.html
   …   ">Help fight cancer despite difficult times</a></li>
90642  </ul>
90643  </nav>
90644  </div>
90645  </section>
90646  </div>
90647  </div>
90648  </div></li>
90649  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2009/09.html">09</a>
90650  <div class="subnav-mask">
90651  <div class="subnav-wrapper">
90652  <div class="subnav col10 pad">
90653  <section class="nested">
90654  <div class="col4 main-column">
90655  <nav class="secondary">
90656  <ul>
90657  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/09.html"
   …   aria-label="Back to 09">09</a></li>
90658  <li class="primary-nav-item">
90659  <a href="/publications/cancerwise/2009/09.html" aria-label="09 Home">09 Home</a></li>
90660  <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2009/09/colorectal-cancer-survivors-stories-become-
   …   more-common.html">Colorectal cancer survivors' stories become more common</a></li>
```

```
90661 </ul>
90662 </nav>
90663 </div>
90664 </section>
90665 </div>
90666 </div>
90667 </div></li>
90668 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2009/10.html">10</a>
90669 <div class="subnav-mask">
90670 <div class="subnav-wrapper">
90671 <div class="subnav col10 pad">
90672 <section class="nested">
90673 <div class="col4 main-column">
90674 <nav class="secondary">
90675 <ul>
90676 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/10.html"
    … aria-label="Back to 10">10</a></li>
90677 <li class="primary-nav-item">
90678 <a href="/publications/cancerwise/2009/10.html" aria-label="10 Home">10 Home</a></li>
90679 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2009/10/qa-gamma-knife-radiosurgery-for-brain-tumors.
    … html">Q&amp;A: Gamma Knife® Radiosurgery for Brain Tumors</a></li>
90680 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2009/10/identifying-the-silent-killer.html">
    … Identifying the silent killer: Inflammatory breast cancer</a></li>
90681 </ul>
90682 </nav>
90683 </div>
90684 </section>
90685 </div>
90686 </div>
90687 </div></li>
90688 </ul>
90689 </nav>
90690 </div>
90691 </section>
90692 </div>
90693 </div>
90694 </div></li>
90695 </ul>
90696 </nav>
90697 </div>
90698 </section>
90699 </div>
90700 </div>
90701 </div></li>
90702 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest.html">Conquest</a>
90703 <div class="subnav-mask">
90704 <div class="subnav-wrapper">
90705 <div class="subnav col10 pad">
90706 <section class="nested">
90707 <div class="col4 main-column">
90708 <nav class="secondary">
90709 <ul>
90710 <li class="mobile-nav-back"><a href="/publications/conquest.html" aria-label="Back to
    … Conquest">Conquest</a></li>
90711 <li class="primary-nav-item">
90712 <a href="/publications/conquest.html" aria-label="Conquest Home">Conquest
    … Home</a></li>
90713 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest/Summer-2016.html">Summer 2016</a>
90714 <div class="subnav-mask">
90715 <div class="subnav-wrapper">
90716 <div class="subnav col10 pad">
90717 <section class="nested">
90718 <div class="col4 main-column">
```

Page 2727

```
90719  <nav class="secondary">
90720  <ul>
90721  <li class="mobile-nav-back"><a href="/publications/conquest/Summer-2016.html"
   …   aria-label="Back to Summer 2016">Summer 2016</a></li>
90722  <li class="primary-nav-item">
90723  <a href="/publications/conquest/Summer-2016.html" aria-label="Summer 2016
   …   Home">Summer 2016 Home</a></li>
90724  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/space-suit-art-project.html">Space Suit Art
   …   Project lifts off</a></li>
90725  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/surgeon-astronaut.html">Reaching for the
   …   stars</a></li>
90726  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/Meet-Sabin-family-fellows.html">Meet Sabin
   …   family fellows</a></li>
90727  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/broadening-the-immunotherapy-attack.html">
   …   Building on success</a></li>
90728  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/brain-cancer-survivor.html">The
   …   profile</a></li>
90729  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/the-AGGTs-of-cancer.html">Unraveling the
   …   mystery</a></li>
90730  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/cancer-inheriting-risk.html">What's in your
   …   genes?</a></li>
90731  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/healing-light.html">A healing light</a></li>
90732  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/jaw-with-3-D-printer.html">3-D
   …   printer</a></li>
90733  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/Teens-going-to-prom.html">Prom
   …   night</a></li>
90734  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/tobacco-cessation-services.html">End
   …   Tobacco</a></li>
90735  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/shorter-radiation-course.html">Cancer
   …   Frontline</a></li>
90736  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/aggressive-anal-cancer-responds-to-
   …   immunotherapy-drug.html">Cancer Frontline</a></li>
90737  <li class="primary-nav-item"><a
   …   href="/publications/conquest/Summer-2016/Cost-of-chemo-for-breast-cancer.html">Cancer
   …   Frontline</a></li>
90738  </ul>
90739  </nav>
90740  </div>
90741  </section>
90742  </div>
90743  </div>
90744  </div></li>
90745  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/conquest-spring-2016.html">Spring 2016</a>
90746  <div class="subnav-mask">
90747  <div class="subnav-wrapper">
90748  <div class="subnav col10 pad">
90749  <section class="nested">
90750  <div class="col4 main-column">
90751  <nav class="secondary">
90752  <ul>
90753  <li class="mobile-nav-back"><a
   …   href="/publications/conquest/conquest-spring-2016.html" aria-label="Back to Spring
   …   2016">Spring 2016</a></li>
90754  <li class="primary-nav-item">
```

```
90755  <a href="/publications/conquest/conquest-spring-2016.html" aria-label="Spring 2016
   …  Home">Spring 2016 Home</a></li>
90756  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/enhanced-recovery-surgery.html">The
   …  benefits of enhanced recovery</a></li>
90757  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/therapy-for-triple-negative-breast-
   …  cancer.html">Moon shot</a></li>
90758  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/treating-childhood-cancer.html">The
   …  profile</a></li>
90759  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/preserving-fertility.html">Family
   …  planning</a></li>
90760  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/courage-under-fire.html">Fire
   …  tested</a></li>
90761  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/rare-heart-cancer.html">Common
   …  enemy is uncommon</a></li>
90762  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/career-built-with-Tcells.html">The
   …  profile</a></li>
90763  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/connections-between-cancer-and-
   …  other-diseases.html">Common threads of disease</a></li>
90764  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/matching-bone-marrow-transplants.
   …  html">No need for perfect match</a></li>
90765  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/tips-for-cancer-prevention.html">
   …  Prevention, one day at a time</a></li>
90766  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/eating-cancer.html">Prevention, one
   …  day at a time</a></li>
90767  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/Parker-foundation-immunotherapy-
   …  alliance.html">Cancer frontline</a></li>
90768  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-spring-2016/categorizing-colorectal-cancer.html
   …  ">Cancer frontline</a></li>
90769  </ul>
90770  </nav>
90771  </div>
90772  </section>
90773  </div>
90774  </div>
90775  </div></li>
90776  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/conquest/conquest-fall-2015.html">Fall 2015</a>
90777  <div class="subnav-mask">
90778  <div class="subnav-wrapper">
90779  <div class="subnav col10 pad">
90780  <section class="nested">
90781  <div class="col4 main-column">
90782  <nav class="secondary">
90783  <ul>
90784  <li class="mobile-nav-back"><a href="/publications/conquest/conquest-fall-2015.html"
   …  aria-label="Back to Fall 2015">Fall 2015</a></li>
90785  <li class="primary-nav-item">
90786  <a href="/publications/conquest/conquest-fall-2015.html" aria-label="Fall 2015
   …  Home">Fall 2015 Home</a></li>
90787  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-fall-2015/jim-allison-wins-lasker-award.html">
   …  Cancer Frontline</a></li>
90788  <li class="primary-nav-item"><a
   …  href="/publications/conquest/conquest-fall-2015/former-four-star-admiral-tapped-as-
   …  moon-shot.html">Cancer Frontline</a></li>
```

```
90789 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/generic-heart-medication-may-improve-
  …   outcome.html">Cancer Frontline</a></li>
90790 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/immunotherapy-drug-extends-survival.
  …   html">Cancer Frontline</a></li>
90791 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/rethinking-radiation-treatment.html">
  …   Less is more</a></li>
90792 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/thinking-outside-the-silo.html">
  …   Thinking outside the silo</a></li>
90793 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/quitters-never-win-sometimes-they-do.
  …   html">Kicking the habit</a></li>
90794 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/all-over-the-map.html">Seeking the
  …   best care</a></li>
90795 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/innovations-in-the-or.html">Surgical
  …   strikes on cancer</a></li>
90796 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/unleashing-the-cold-virus-to-kill-
  …   cancer.html">The cold virus versus cancer</a></li>
90797 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/moon-shots-mission-to-confront-six-
  …   new-cancers.html">Moon Shots mission escalates to confront six more cancer
  …   types</a></li>
90798 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/they-are-survivors-they-are-still-
  …   fighting.html">Support for survivors</a></li>
90799 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/the-veteran-volunteer.html">Giving
  …   her all</a></li>
90800 <li class="primary-nav-item"><a
  …   href="/publications/conquest/conquest-fall-2015/beyond-the-fork-in-the-road.html">
  …   Beyond &quot;the fork in the road&quot;</a></li>
90801 </ul>
90802 </nav>
90803 </div>
90804 </section>
90805 </div>
90806 </div>
90807 </div></li>
90808 <li class="primary-nav-item has-subnav"><a
  …   href="/publications/conquest/summer-2015.html">Summer 2015</a>
90809 <div class="subnav-mask">
90810 <div class="subnav-wrapper">
90811 <div class="subnav col10 pad">
90812 <section class="nested">
90813 <div class="col4 main-column">
90814 <nav class="secondary">
90815 <ul>
90816 <li class="mobile-nav-back"><a href="/publications/conquest/summer-2015.html"
  …   aria-label="Back to Summer 2015">Summer 2015</a></li>
90817 <li class="primary-nav-item">
90818 <a href="/publications/conquest/summer-2015.html" aria-label="Summer 2015
  …   Home">Summer 2015 Home</a></li>
90819 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2015/blood-test-could-reveal-pancreatic-cancer.
  …   html">Cancer Frontline</a></li>
90820 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2015/md-anderson-named-top-cancer-hospital.html">
  …   Cancer Frontline</a></li>
90821 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2015/dont-let-the-sun-catch-you-unprepared.html">
  …   Cancer Frontline</a></li>
90822 <li class="primary-nav-item"><a
```

```
90822…  href="/publications/conquest/summer-2015/ecigarettes-popularity-underscores-need-for-
    …   regulation.html">Cancer Frontline</a></li>
90823   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/harnessing-a-mushroom-toxin-to-kill-cancer.
    …   html">Cancer Frontline</a></li>
90824   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/md-anderson-collaborates-on-worlds-first-
    …   skull-scalp-transplant.html">Cancer Frontline</a></li>
90825   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/treating-the-patient-not-just-the-cancer.
    …   html">Caring for quality of life</a></li>
90826   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-engines-powering-the-moon-shots.html">
    …   Moon Shots Program</a></li>
90827   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/reducing-risk-while-leaving-menopause-for-
    …   later.html">Empowered Prevention</a></li>
90828   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/md-andersons-got-talent.html">Gifted
    …   group</a></li>
90829   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/where-in-the-world-is-md-anderson.html">
    …   Where in the world is MD Anderson?</a></li>
90830   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-gift-thats-giving-life-to-discoveries.
    …   html">Generosity generates results</a></li>
90831   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/on-track-for-success.html">On track for
    …   success</a></li>
90832   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-survivor-and-the-summit.html">The
    …   climb</a></li>
90833   <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/a-new-drug-delivers-renewed-optimism.html">A
    …   prescription for hope</a></li>
90834   </ul>
90835   </nav>
90836   </div>
90837   </section>
90838   </div>
90839   </div>
90840   </div></li>
90841   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/spring-2015.html">Spring 2015</a>
90842   <div class="subnav-mask">
90843   <div class="subnav-wrapper">
90844   <div class="subnav col10 pad">
90845   <section class="nested">
90846   <div class="col4 main-column">
90847   <nav class="secondary">
90848   <ul>
90849   <li class="mobile-nav-back"><a href="/publications/conquest/spring-2015.html"
    …   aria-label="Back to Spring 2015">Spring 2015</a></li>
90850   <li class="primary-nav-item">
90851   <a href="/publications/conquest/spring-2015.html" aria-label="Spring 2015
    …   Home">Spring 2015 Home</a></li>
90852   <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2015/mental-health-clinics-go-tobacco-free.html">
    …   Cancer Frontline</a></li>
90853   <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2015/md-anderson-receives-22-million-in-cprit-
    …   research-funding.html">Cancer Frontline</a></li>
90854   <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2015/hwu-named-head-of-cancer-medicine.html">
    …   Cancer Frontline</a></li>
90855   <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2015/depinho-elected-to-top-cancer-research-
    …   academy.html">Cancer Frontline</a></li>
```

```
90856  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/lenvatinib-improves-survival-for-thyroid-
   …   cancer-patients.html">Cancer Frontline</a></li>
90857  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/continuing-education.html">No patient left
   …   behind</a></li>
90858  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/the-warrior-pose.html">Alternative
   …   benefits</a></li>
90859  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/living-a-long-life-starts-early.html">
   …   Prepared for prevention</a></li>
90860  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/the-unstoppable-meisha-brown.html">The
   …   unstoppable Meisha Brown</a></li>
90861  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/colorectal-cancer-doesnt-care-how-old-you-
   …   are.html">Rising among the young</a></li>
90862  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/getting-the-drop-on-lung-cancer.html">Detect
   …   and Cure</a></li>
90863  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/md-anderson-puts-the-lab-in-collaboration.
   …   html">Teaming up on cancer</a></li>
90864  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/suite-relief.html">Staying power</a></li>
90865  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/cooperating-with-cooper-to-make-great-care-
   …   better.html">Cooperating with Cooper to make great care even better</a></li>
90866  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2015/lessons-to-learn-from-a-teachers-cancer-
   …   experience.html">Lessons we can learn from a teacher's cancer experience</a></li>
90867  </ul>
90868  </nav>
90869  </div>
90870  </section>
90871  </div>
90872  </div>
90873  </div></li>
90874  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/fall-2014.html">Fall 2014</a>
90875  <div class="subnav-mask">
90876  <div class="subnav-wrapper">
90877  <div class="subnav col10 pad">
90878  <section class="nested">
90879  <div class="col4 main-column">
90880  <nav class="secondary">
90881  <ul>
90882  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2014.html"
   …   aria-label="Back to Fall 2014">Fall 2014</a></li>
90883  <li class="primary-nav-item">
90884  <a href="/publications/conquest/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
   …   Home</a></li>
90885  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/big-plans-for-md-andersons-breast-cancer-
   …   program.html">Cancer Frontline</a></li>
90886  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/expanding-access-to-md-anderson-care.html">
   …   Cancer Frontline</a></li>
90887  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/making-imaging-more-accessible-to-west-houston
   …   .html">Cancer Frontline</a></li>
90888  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/reaping-the-benefits-of-gardening.html">Cancer
   …   Frontline</a></li>
90889  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/forgetting-cancer-on-night-to-remember.html">
   …   No silent night</a></li>
```

```
90890  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/the-cancer-prevention-vaccine.html">The cancer
   …   vaccine</a></li>
90891  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/serving-the-underserved.html">The cancer
   …   vaccine</a></li>
90892  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/tracking-the-trajectory.html">Moon shots
   …   progress</a></li>
90893  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/ovarian-and-breast-cancer.html">Moon shots
   …   progress</a></li>
90894  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/aml-mds.html">Moon shots progress</a></li>
90895  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/chronic-lymphocytic-leukemia.html">Moon shots
   …   progress</a></li>
90896  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/melanoma.html">Moon shots progress</a></li>
90897  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/prostate-cancer.html">Moon shots
   …   progress</a></li>
90898  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/lung-cancer.html">Moon shots progress</a></li>
90899  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/beating-lymphoma-into-remission-with-one-two-
   …   punch.html">Without warning</a></li>
90900  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/big-data-big-gains-for-cancer-research.html">
   …   Molecular profiling</a></li>
90901  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/braving-a-surgical-no-mans-land.html">Skull
   …   base surgery</a></li>
90902  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/the-giver.html">Giving his time and his
   …   all</a></li>
90903  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2014/taking-care-of-the-nurses.html">Arceneaux
   …   award winners</a></li>
90904  </ul>
90905  </nav>
90906  </div>
90907  </section>
90908  </div>
90909  </div>
90910  </div></li>
90911  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/summer-2014.html">Summer 2014</a>
90912  <div class="subnav-mask">
90913  <div class="subnav-wrapper">
90914  <div class="subnav col10 pad">
90915  <section class="nested">
90916  <div class="col4 main-column">
90917  <nav class="secondary">
90918  <ul>
90919  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2014.html"
   …   aria-label="Back to Summer 2014">Summer 2014</a></li>
90920  <li class="primary-nav-item">
90921  <a href="/publications/conquest/summer-2014.html" aria-label="Summer 2014
   …   Home">Summer 2014 Home</a></li>
90922  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2014/building-a-personalized-approach-to-cancer-
   …   therapy.html">Cancer Frontline</a></li>
90923  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2014/the-beginning-of-end-tobacco.html">Cancer
   …   Frontline</a></li>
90924  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2014/get-more-out-of-conquest-with-the-ipad-app.
```

```
90924… html">Cancer Frontline</a></li>
90925 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/fibrous-tissue-believed-to-block-therapy-
  …   actually-slows-cancers-spread.html">Cancer Frontline</a></li>
90926 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/the-game-changer.html">The game
  …   changer</a></li>
90927 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/first-stop-research-park-in-smithville.html"
  …   >The game changer</a></li>
90928 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/the-t-cell-ignition-switch.html">The game
  …   changer</a></li>
90929 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/cd28-the-gas-pedal.html">The game
  …   changer</a></li>
90930 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/ctla-4-the-brakes.html">The game
  …   changer</a></li>
90931 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/the-slow-road-to-drug-approval.html">The
  …   game changer</a></li>
90932 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/improving-overall-survival.html">The game
  …   changer</a></li>
90933 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/stressing-out.html">Links to cancer</a></li>
90934 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/betting-on-beta-blockers.html">Links to
  …   cancer</a></li>
90935 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/not-overlooking-how-patients-see-themselves.
  …   html">Links to cancer</a></li>
90936 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/more-to-worry-about-than-cancer.html">Links
  …   to cancer</a></li>
90937 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/from-patent-to-patients.html">From patent to
  …   patients</a></li>
90938 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/surgically-removing-cancer-risk.html">
  …   Surgically removing cancer risk</a></li>
90939 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/99-problems-but-cancer-aint-one.html">99
  …   problems but cancer ain't one</a></li>
90940 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/the-adrenaline-fueled-life.html">The
  …   adrenaline-fueled life</a></li>
90941 <li class="primary-nav-item"><a
  …   href="/publications/conquest/summer-2014/prevention-the-ultimate-cure-for-cancer.html
  …   ">Prevention:</a></li>
90942 </ul>
90943 </nav>
90944 </div>
90945 </section>
90946 </div>
90947 </div>
90948 </div></li>
90949 <li class="primary-nav-item has-subnav"><a
  …   href="/publications/conquest/spring-2014.html">Spring 2014</a>
90950 <div class="subnav-mask">
90951 <div class="subnav-wrapper">
90952 <div class="subnav col10 pad">
90953 <section class="nested">
90954 <div class="col4 main-column">
90955 <nav class="secondary">
90956 <ul>
90957 <li class="mobile-nav-back"><a href="/publications/conquest/spring-2014.html"
```

```
90957  aria-label="Back to Spring 2014">Spring 2014</a></li>
90958  <li class="primary-nav-item">
90959  <a href="/publications/conquest/spring-2014.html" aria-label="Spring 2014
    …  Home">Spring 2014 Home</a></li>
90960  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/a-tale-of-two-proteins.html">Frontline</a></
    …  li>
90961  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/invasive-bladder-and-breast-cancers-bear-a-
    …  molecular-resemblance.html">Frontline</a></li>
90962  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/sensor-based-technology-benefits-both-
    …  patients-and-clinicians.html">Frontline</a></li>
90963  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/the-write-stuff-improves-outcomes.html">
    …  Frontline</a></li>
90964  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/drugs-team-up-to-hit-tumors-boost-immune-
    …  system-attacks.html">Frontline</a></li>
90965  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/blood-test-may-one-day-reveal-cancer.html">
    …  Frontline</a></li>
90966  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/going-toe-to-toe-with-tobacco.html">Plans to
    …  knock out tobacco</a></li>
90967  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/its-quitting-time-heres-some-help.html">
    …  Sounding the smoke alarm</a></li>
90968  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/clearing-the-air-about-e-cigarettes.html">
    …  Sounding the smoke alarm</a></li>
90969  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/whats-next-in-the-fight-against-tobacco.html
    …  ">Sounding the smoke alarm</a></li>
90970  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/saying-thank-you-to-a-champion-of-the-
    …  tobacco-control-struggle.html">Saying 'thank you' to a champion of the tobacco
    …  control struggle</a></li>
90971  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/the-pain-wont-stop-but-it-wont-stop-her.html
    …  ">Healed, but hurting</a></li>
90972  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/the-drug-that-may-make-chemo-a-thing-of-the-
    …  past.html">Breakthrough</a></li>
90973  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/understanding-over-imaging.html">Too much of
    …  a good thing:</a></li>
90974  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/close-quarters.html">Close quarters</a></li>
90975  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/casting-a-wide-network.html">Making Cancer
    …  History®</a></li>
90976  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/The-doctor-will-see-you-now-close-to-home.
    …  html">The doctor will see you now…close to home</a></li>
90977  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/md-anderson-immunotherapy-pioneers-list-of-
    …  awards-keeps-growing.html">Cancer briefings</a></li>
90978  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/screening-tool-targets-body-image-concerns.
    …  html">Cancer Briefings</a></li>
90979  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/md-anderson-establishes-immunotherapy-
    …  partnerships.html">Cancer Briefings</a></li>
90980  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2014/leukemia-chair-picks-up-lifetime-achievement
    …  -honor.html">Cancer Briefings</a></li>
90981  <li class="primary-nav-item"><a
```

```
90981…  href="/publications/conquest/spring-2014/in-treatment-but-never-out-of-touch.html">
…       Staying connected</a></li>
90982   </ul>
90983   </nav>
90984   </div>
90985   </section>
90986   </div>
90987   </div>
90988   </div></li>
90989   <li class="primary-nav-item has-subnav"><a
…       href="/publications/conquest/fall-2013.html">Fall 2013</a>
90990   <div class="subnav-mask">
90991   <div class="subnav-wrapper">
90992   <div class="subnav col10 pad">
90993   <section class="nested">
90994   <div class="col4 main-column">
90995   <nav class="secondary">
90996   <ul>
90997   <li class="mobile-nav-back"><a href="/publications/conquest/fall-2013.html"
…       aria-label="Back to Fall 2013">Fall 2013</a></li>
90998   <li class="primary-nav-item">
90999   <a href="/publications/conquest/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
…       Home</a></li>
91000   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/how-md-anderson-is-preparing-for-health-reform
…       .html">Commentary</a></li>
91001   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/a-drug-a-disease-three-studies-four-
…       investigators.html">Frontline</a></li>
91002   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/bevacizumab-fails-newly-diagnosed-glioblastoma
…       -patients.html">STUDY NO. 1</a></li>
91003   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/diagnostic-tool-may-help-predict-right-
…       patients-for-bevacizumab.html">STUDY NO. 2</a></li>
91004   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/bevacizumab-reduces-cognitive-function-and-
…       quality-of-life.html">STUDY NO. 3</a></li>
91005   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/creating-an-umbrella-of-care.html">General
…       Internal Medicine</a></li>
91006   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/a-front-door-to-answers.html">Mary Ann Weiser
…       Suspicion of Cancer Clinic</a></li>
91007   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/with-longer-lives-come-complications.html">
…       Hospitalist Care Service</a></li>
91008   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/understanding-complications-in-the-midst-of-
…       complexity.html">Internal Medicine Perioperative Assessment Center</a></li>
91009   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/the-tiredness-that-doesnt-take-a-break.html">
…       Cancer-Related Fatigue Clinic</a></li>
91010   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/tailored-care-for-older-patients.html">
…       Geriatrics Clinic</a></li>
91011   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/when-joints-tendons-and-bones-creak.html">
…       Rheumatology and Clinical Immunology</a></li>
91012   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/seed-soil-and-metastasis.html">Looking beyond
…       the cancer cell</a></li>
91013   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/delving-further-into-the-soil.html">Looking
…       beyond the cancer cell</a></li>
91014   <li class="primary-nav-item"><a
…       href="/publications/conquest/fall-2013/childrens-art-project-celebrates-40th-
…       anniversary.html">Picture this</a></li>
```

```
91015  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/brain-waves-eating-habits-and-lipids.html">
   …   Brain waves, eating habits and lipids</a></li>
91016  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/lipidomics-an-emerging-field-where-obesity-
   …   diabetes-and-cancer-meet.html">Brain waves, eating habits and lipids</a></li>
91017  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/no-magic-food-understanding-nutrition-and-the-
   …   causes-of-cancer.html">Brain waves, eating habits and lipids</a></li>
91018  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/50-years-of-educating-scientists.html">The
   …   GSBS story</a></li>
91019  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/understanding-epigenetics-to-develop-new-
   …   therapies.html">Epigenetics</a></li>
91020  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/building-a-community.html">Understanding
   …   epigenetics to develop new therapies</a></li>
91021  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/expanding-the-search.html">Understanding
   …   epigenetics to develop new therapies</a></li>
91022  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/epigenetic-based-cancer-therapies.html">
   …   Understanding epigenetics to develop new therapies</a></li>
91023  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/revealing-structural-insights.html">
   …   Understanding epigenetics to develop new therapies</a></li>
91024  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/no-1-again-for-md-anderson.html">CANCER
   …   BRIEFINGS</a></li>
91025  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/where-you-live-may-raise-your-risk-of-obesity.
   …   html">CANCER BRIEFINGS</a></li>
91026  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/read-conquest-on-your-ipad.html">CANCER
   …   BRIEFINGS</a></li>
91027  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/abbott-acquires-md-anderson-technology-company
   …   .html">CANCER BRIEFINGS</a></li>
91028  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/specialty-shop-caters-to-cancer-patients.html"
   …   >Sign of hope: Appearances count</a></li>
91029  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2013/wyatt-mcspadden-behind-the-lens-again.html">
   …   Moving forward</a></li>
91030  </ul>
91031  </nav>
91032  </div>
91033  </section>
91034  </div>
91035  </div>
91036  </div></li>
91037  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/summer-2013.html">Summer 2013</a>
91038  <div class="subnav-mask">
91039  <div class="subnav-wrapper">
91040  <div class="subnav col10 pad">
91041  <section class="nested">
91042  <div class="col4 main-column">
91043  <nav class="secondary">
91044  <ul>
91045  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2013.html"
   …   aria-label="Back to Summer 2013">Summer 2013</a></li>
91046  <li class="primary-nav-item"><a
91047  <a href="/publications/conquest/summer-2013.html" aria-label="Summer 2013
   …   Home">Summer 2013 Home</a></li>
91048  <li class="primary-nav-item"><a
   …   href="/publications/conquest/summer-2013/moon-shots-program-update.html">FRONTLINE</a
```

```
91048… ></li>
91049  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/why-cancer-vaccines-haven-t-worked.html">
    …  Self-sabotage</a></li>
91050  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/continuing-to-tackle-lung-cancer-prevention.
    …  html">Practice, patterns and perceptions</a></li>
91051  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/neurodegenerative-consortium.html">New
    …  therapeutic strategies for protecting the nervous system</a></li>
91052  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/magnificent-seven.html">A magnificent
    …  seven</a></li>
91053  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/mantle-cell-lymphoma.html">Mantle cell
    …  lymphoma</a></li>
91054  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/low-grade-serous-ovarian-cancer.html">Low-
    …  grade serous ovarian cancer</a></li>
91055  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/head-and-neck-cancers.html">Head and neck
    …  cancers</a></li>
91056  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/rhabdomyosarcoma.html">Rhabdomyosarcoma</a><
    …  /li>
91057  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/chronic-myeloid-leukemia.html">Chronic
    …  myeloid leukemia</a></li>
91058  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/advanced-thyroid-cancer.html">Advanced
    …  thyroid cancer</a></li>
91059  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/pancreatic-neuroendocrine-tumor.html">
    …  Pancreatic neuroendocrine tumor</a></li>
91060  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/picture-this-chaplaincy.html">Picture This:
    …  Chaplaincy</a></li>
91061  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/patients-of-all-ages.html">Patients of all
    …  ages</a></li>
91062  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/new-space-new-services.html">New space, new
    …  services</a></li>
91063  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/a-change-in-the-trend.html">A change in the
    …  trend</a></li>
91064  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/kids-are-still-kids.html">Kids are still
    …  kids</a></li>
91065  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/different-strokes-for-younger-folks.html">
    …  Different strokes for younger folks</a></li>
91066  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/teens-make-an-impact.html">Teens make an
    …  imPACT</a></li>
91067  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/thinking-ahead.html">Thinking ahead</a></li>
91068  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/bam-bam-goes-the-mri.html">Bam, bam goes the
    …  MRI</a></li>
91069  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/leveraging-a--village-.html">Leveraging a
    …  'village'</a></li>
91070  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/clinical-trials-on-a-patient-s-doorstep.html
    …  ">Clinical trials on a patient's doorstep</a></li>
91071  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2013/why-lifestyle-choices-matter.html">Why
```

```
91071… lifestyle choices matter</a></li>
91072 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2013/eliminating-barriers.html">Eliminating
    barriers</a></li>
91073 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2013/future-of-health-care-in-good-hands.html">
    Future of health care in good hands</a></li>
91074 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2013/signs-of-hope-hitting-the-high-notes.html">
    Signs of Hope: Hitting the high notes</a></li>
91075 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2013/moving-forward.html">Moving Forward</a></li>
91076 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2013/conquest-audio-summer-2013.html">Audio:
    Conquest summer 2013</a></li>
91077 </ul>
91078 </nav>
91079 </div>
91080 </section>
91081 </div>
91082 </div>
91083 </div></li>
91084 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest/spring-2013.html">Spring 2013</a>
91085 <div class="subnav-mask">
91086 <div class="subnav-wrapper">
91087 <div class="subnav col10 pad">
91088 <section class="nested">
91089 <div class="col4 main-column">
91090 <nav class="secondary">
91091 <ul>
91092 <li class="mobile-nav-back"><a href="/publications/conquest/spring-2013.html"
    … aria-label="Back to Spring 2013">Spring 2013</a></li>
91093 <li class="primary-nav-item"><a
91094 <a href="/publications/conquest/spring-2013.html" aria-label="Spring 2013
    Home">Spring 2013 Home</a></li>
91095 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/frontline-cancer-research.html">Frontline</a
    ></li>
91096 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/stem-cell-transplant.html">A most personal
    gift</a></li>
91097 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/infographic-cord-blood-bank.html">
    Infographic:</a></li>
91098 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/transplantation.html">Transplantation</a></
    li>
91099 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/picture-this-the-learning-center.html">
    Picture This: The Learning Center</a></li>
91100 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/big-data-analytics.html">Demystifying big
    data</a></li>
91101 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/collaboration-speeds-drug-discovery.html">
    Moon shots program update</a></li>
91102 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/parks-and-gardens.html">Gardens</a></li>
91103 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/cancer-prevention-studies.html">Prevention</
    a></li>
91104 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/military-service.html">Prevention</a></li>
91105 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2013/second-hand-smoke.html">Cancer
    Briefings</a></li>
91106 <li class="primary-nav-item"><a
```

```
91106  href="/publications/conquest/spring-2013/social-media.html">Cancer Briefings</a></li>
91107  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2013/mexico-and-texas-fight-tobacco-use.html">
   …   Cancer Briefings</a></li>
91108  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2013/quit-smoking-support.html">Quit
   …   smoking</a></li>
91109  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2013/cancer-and-exercise.html">Moving
   …   Forward:</a></li>
91110  <li class="primary-nav-item"><a
   …   href="/publications/conquest/spring-2013/volunteer-endowment-for-patient-support.html
   …   ">Signs of Hope:</a></li>
91111  </ul>
91112  </nav>
91113  </div>
91114  </section>
91115  </div>
91116  </div>
91117  </div></li>
91118  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/conquest/fall-2012.html">Fall 2012</a>
91119  <div class="subnav-mask">
91120  <div class="subnav-wrapper">
91121  <div class="subnav col10 pad">
91122  <section class="nested">
91123  <div class="col4 main-column">
91124  <nav class="secondary">
91125  <ul>
91126  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2012.html"
   …   aria-label="Back to Fall 2012">Fall 2012</a></li>
91127  <li class="primary-nav-item">
91128  <a href="/publications/conquest/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
   …   Home</a></li>
91129  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/moon-shots-program.html">MD Anderson's Moon
   …   Shots Program</a></li>
91130  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/initial-moon-shots.html">Quick look:</a></li>
91131  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/frontline-lastest-research.html">Frontline</a>
   …   </li>
91132  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/reconstructive-plastic-surgery.html">Restoring
   …   the body, renewing the spirit</a></li>
91133  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/robotic-surgery.html">Plastic Surgery</a></li>
91134  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/relieving-lymphedema-symptoms.html">Plastic
   …   surgery</a></li>
91135  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/facial-reconstruction.html">Plastic
   …   surgery</a></li>
91136  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/medical-dosimetry.html">Picture This: Medical
   …   Dosimetry Program</a></li>
91137  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/symptom-research.html">'The final marker is
   …   the patient'</a></li>
91138  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/healthy-recipe-cookbook.html">Food for
   …   thought</a></li>
91139  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/graduate-school-commencement.html">
   …   Opportunities knock</a></li>
91140  <li class="primary-nav-item"><a
   …   href="/publications/conquest/fall-2012/palliative-care.html">A 'good death'</a></li>
91141  <li class="primary-nav-item"><a
```

```
91141    href="/publications/conquest/fall-2012/t-cell-lymphoma-in-dogs.html">A new twist on
     …   an old partnership</a></li>
91142    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/sexual-intimacy.html">When the thrill is
     …   gone</a></li>
91143    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/best-hospitals.html">MD Anderson No. 1 in
     …   cancer care again</a></li>
91144    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/childhood-cancer-survivors.html">Moving
     …   Forward: Nurses who know</a></li>
91145    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/childhood-cancer-research-interns.html">Moving
     …   Forward: Through the microscope</a></li>
91146    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/stem-cell-transplant.html">Signs of Hope:
     …   Transplanted blessings</a></li>
91147    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/conquest-survey.html">Readers seek research,
     …   treatment news</a></li>
91148    <li class="primary-nav-item"><a
     …   href="/publications/conquest/fall-2012/audio-conquest-fall-2012.html">Audio: Conquest
     …   fall 2012</a></li>
91149    </ul>
91150    </nav>
91151    </div>
91152    </section>
91153    </div>
91154    </div>
91155    </div></li>
91156    <li class="primary-nav-item has-subnav"><a
     …   href="/publications/conquest/summer-2012.html">Summer 2012</a>
91157    <div class="subnav-mask">
91158    <div class="subnav-wrapper">
91159    <div class="subnav col10 pad">
91160    <section class="nested">
91161    <div class="col4 main-column">
91162    <nav class="secondary">
91163    <ul>
91164    <li class="mobile-nav-back"><a href="/publications/conquest/summer-2012.html"
     …   aria-label="Back to Summer 2012">Summer 2012</a></li>
91165    <li class="primary-nav-item">
91166    <a href="/publications/conquest/summer-2012.html" aria-label="Summer 2012
     …   Home">Summer 2012 Home</a></li>
91167    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/research-advances.html">Frontline</a></li>
91168    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/pain-management.html">Frontline</a></li>
91169    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/telomeres-telomerase.html">Telomeres,
     …   telomerase play key roles</a></li>
91170    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/breast-cancer-endocrine-therapy.html">
     …   Seeking more accurate predictors, treatment</a></li>
91171    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/breast-cancer-vaccine.html">Hybrid vaccine
     …   shows promise</a></li>
91172    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/investigational-drugs-ewings-sarcoma.html">
     …   COMBINATION MAY UNLOCK TREATMENT RESISTANCE</a></li>
91173    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/platelets-ovarian-cancer.html">Historical
     …   marker</a></li>
91174    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/melanoma-brain-metastases.html">Drug shrinks
     …   melanoma brain metastases</a></li>
91175    <li class="primary-nav-item"><a
     …   href="/publications/conquest/summer-2012/Where-change-begins.html">Where change
```

```
91175… begins</a></li>
91176  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/quality-engineers.html">Quality
    …  improvement</a></li>
91177  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/environment-recycle.html">Green
    …  medicine</a></li>
91178  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/regional-care-centers.html">Going the
    …  distance</a></li>
91179  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/myelofibrosis.html">When life is
    …  good</a></li>
91180  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/beauty-barber-shop.html">Picture This:
    …  Beauty/Barber Shop</a></li>
91181  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/medical-training-simulation.html">Practice
    …  makes perfect</a></li>
91182  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/integrative-medicine.html">A 'whole' in one
    …  center</a></li>
91183  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/pharmacy-drug-shortage.html">When the
    …  pipeline dries up</a></li>
91184  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/cancer-briefings.html">Cancer
    …  Briefings</a></li>
91185  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/telesurgery-att.html">Planting seeds to
    …  shape the future</a></li>
91186  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/xerostomia-acupuncture.html">When it's hard
    …  to swallow</a></li>
91187  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/collage-patient-art.html">Signs of Hope:
    …  COLLAGE</a></li>
91188  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/moving-forward-burkitt-s-lymphoma.html">
    …  Moving Forward: Jameisha Brown</a></li>
91189  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2012/conquest-audio-summer-2012.html">Audio</a></
    …  li>
91190  </ul>
91191  </nav>
91192  </div>
91193  </section>
91194  </div>
91195  </div>
91196  </div></li>
91197  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/spring-2012.html">Spring 2012</a>
91198  <div class="subnav-mask">
91199  <div class="subnav-wrapper">
91200  <div class="subnav col10 pad">
91201  <section class="nested">
91202  <div class="col4 main-column">
91203  <nav class="secondary">
91204  <ul>
91205  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2012.html"
    …  aria-label="Back to Spring 2012">Spring 2012</a></li>
91206  <li class="primary-nav-item">
91207  <a href="/publications/conquest/spring-2012.html" aria-label="Spring 2012
    …  Home">Spring 2012 Home</a></li>
91208  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2012/cancer-research.html">Frontline</a></li>
91209  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2012/drug-development-cancer-research.html">
```

```
91209 ... Academic Insight, Industrial Execution</a></li>
91210 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/weight-loss-obese-monkeys.html">Drug Leads
   ... to Weight Loss in Obese Monkeys</a></li>
91211 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/chronic-lymphocytic-leukemia.html">New Drug
   ... Controls CLL in Clinical Trials</a></li>
91212 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/acute-myeloid-leukemia.html">Vorinostat
   ... Enhances Treatment for AML</a></li>
91213 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/myelodysplastic-syndromes.html">Guidance for
   ... Myelodysplastic Syndrome</a></li>
91214 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/metastatic-breast-cancer.html">Frontline</a>
   ... </li>
91215 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/partial-breast-irradiation-brachytherapy.
   ... html">Frontline</a></li>
91216 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/anesthesiology-awake-craniotomy.html">The
   ... Pilots of the OR</a></li>
91217 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/anesthesiology-technologists.html">
   ... Cultivating a New Field</a></li>
91218 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/cancer-treatment-cancer-drug-targeted-
   ... therapy.html">Picture This:</a></li>
91219 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/underserved-minority-health.html">The
   ... Privilege Is in the Service</a></li>
91220 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/faces-of-care.html">MDA at LBJ</a></li>
91221 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/cancer-screenings.html">Behind the
   ... Scenes</a></li>
91222 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/nutrition-diet-and-cancer.html">Clinical
   ... Nutrition</a></li>
91223 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/md-anderson-news.html">Cancer
   ... Briefings</a></li>
91224 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/john-mendelsohn.html">Cancer
   ... briefings</a></li>
91225 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/exercise-and-cancer.html">15-minute
   ... Investment in a Longer Life</a></li>
91226 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/conquest-annual-report-survey.html">Conquest
   ... , Annual Report Survey</a></li>
91227 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/bladder-cancer.html">Moving Forward: Gus,
   ... Bob and Larry</a></li>
91228 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/voice-box-damage.html">Signs of
   ... Hope:</a></li>
91229 <li class="primary-nav-item"><a
   ... href="/publications/conquest/spring-2012/conquest-spring-2012-audio.html">Audio:
   ... Conquest spring 2012</a></li>
91230 </ul>
91231 </nav>
91232 </div>
91233 </section>
91234 </div>
91235 </div>
91236 </div></li>
91237 <li class="primary-nav-item has-subnav"><a
```

```
91237…  href="/publications/conquest/fall-2011.html">Fall 2011</a>
91238  <div class="subnav-mask">
91239  <div class="subnav-wrapper">
91240  <div class="subnav col10 pad">
91241  <section class="nested">
91242  <div class="col4 main-column">
91243  <nav class="secondary">
91244  <ul>
91245  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2011.html"
   …  aria-label="Back to Fall 2011">Fall 2011</a></li>
91246  <li class="primary-nav-item">
91247  <a href="/publications/conquest/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
   …  Home</a></li>
91248  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/frontline-cancer-research.html">Frontline</a><
   …  /li>
91249  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/smokers-lung-cancer-screening.html">Answers
   …  for Long-Term Smokers</a></li>
91250  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/cytarabine-for-aml-shortage.html">Doctor steps
   …  to the fore</a></li>
91251  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/acute-lymphoblastic-leukemia-all.html">First
   …  of its kind for all</a></li>
91252  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/melanoma-vaccine.html">A Changing Landscape
   …  for Melanoma</a></li>
91253  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/yoga.html">Yoga Better Than Simple
   …  Stretching</a></li>
91254  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/squamous-cell-cancer.html">Genetic Variations
   …  May Aid Certain Patients</a></li>
91255  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/breast-cancer-test.html">Test Helps Predict
   …  Chemotherapy Response</a></li>
91256  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/ronald-depinho-president.html">Changing the
   …  Stories We Tell</a></li>
91257  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/lynda-chin.html">Lynda Chin 'Powerful Force in
   …  Science'</a></li>
91258  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/aging-and-cancer.html">Aging and Cancer: Two
   …  Sides of Same Coin</a></li>
91259  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/depinho-martial-arts.html">From Martial Arts
   …  to Cloning Oncogenes</a></li>
91260  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/depinho-colbert-report.html">Having Fun, While
   …  Staying on Message</a></li>
91261  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/blood-bank.html">Picture This: Blood
   …  Bank</a></li>
91262  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/bus-rounds-home-hospice.html">Journey Into
   …  Reality</a></li>
91263  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/geriatric-oncology.html">A Quiet
   …  Crisis</a></li>
91264  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/aging-support-for-cancer-patients.html">
   …  Support for Those Aging With Cancer</a></li>
91265  <li class="primary-nav-item"><a
   …  href="/publications/conquest/fall-2011/seer-database.html">SEER Database 'Exceptional
   …  Resource'</a></li>
91266  <li class="primary-nav-item"><a
```

```
91266… href="/publications/conquest/fall-2011/education-training.html">A Firm
    …   Foundation</a></li>
91267  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/3-d-virtual-radiotherapy-training.html">3-D
    …   Isn't Just for the Movies</a></li>
91268  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/school-of-health-professions.html">Memorable
    …   Day, Rewarding Career</a></li>
91269  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/khalifa-bin-zayed-al-nahyan-foundation.html">
    …   Largest-Ever Donation</a></li>
91270  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/nasa-banner-mid-campus-us-news.html">Cancer
    …   Briefings</a></li>
91271  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/marble-in-space.html">Cancer
    …   Briefings</a></li>
91272  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/banner-md-anderson.html">'Lantern of Hope'
    …   Shines in Arizona</a></li>
91273  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/mid-campus-building.html">Mid Campus Building
    …   Has Intelligent Design</a></li>
91274  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/us-news-ranking.html">MD Anderson Retains Top
    …   Cancer Ranking</a></li>
91275  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/children-s-art-project.html">Signs of
    …   Hope:</a></li>
91276  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/karissa-ma-breast-cancer.html">Moving
    …   Forward:</a></li>
91277  </ul>
91278  </nav>
91279  </div>
91280  </section>
91281  </div>
91282  </div>
91283  </div></li>
91284  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/summer-2011.html">Summer 2011</a>
91285  <div class="subnav-mask">
91286  <div class="subnav-wrapper">
91287  <div class="subnav col10 pad">
91288  <section class="nested">
91289  <div class="col4 main-column">
91290  <nav class="secondary">
91291  <ul>
91292  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2011.html"
    …   aria-label="Back to Summer 2011">Summer 2011</a></li>
91293  <li class="primary-nav-item"><a
91294  <a href="/publications/conquest/summer-2011.html" aria-label="Summer 2011
    …   Home">Summer 2011 Home</a></li>
91295  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2011/depinho-md-anderson-president.html">DePinho
    …   next MD Anderson president</a></li>
91296  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2011/herceptin-for-breast-cancer.html">Roadblock
    …   Clears Path for Herceptin</a></li>
91297  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2011/cancer-research-news.html">Also in the
    …   News:</a></li>
91298  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2011/lung-cancer-protein-inhibited.html">Lung
    …   Cancer</a></li>
91299  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2011/genes-predict-response-to-tarceva.html">Lung
    …   Cancer</a></li>
```

```
91300 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/bladder-cancer-risk.html">Another Key to
   …  Bladder Cancer Risk</a></li>
91301 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/john-mendelsohn-office.html">Picture
   …  This:</a></li>
91302 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/john-mendelsohn.html">Legacy of a
   …  President:</a></li>
91303 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/john-and-anne-mendelsohn.html">Through
   …  Whirlwind and Calm</a></li>
91304 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/visionary.html">Visionary:</a></li>
91305 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/researcher.html">Researcher:</a></li>
91306 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/pioneer-cancer-treatment.html">Pioneer:</a><
   …  /li>
91307 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/leader-growth.html">Leader:</a></li>
91308 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/ambassador.html">Ambassador:</a></li>
91309 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/educator.html">Educator:</a></li>
91310 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/architect-global.html">Architect:
   …  Structured, Global Relationships</a></li>
91311 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/fundraiser-philanthropy.html">Fundraiser: On
   …  the Money</a></li>
91312 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/nurses-caring-for-cancer-patients.html">
   …  Questioning Traditions, Standards, Basics</a></li>
91313 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/compression-stockings-for-vte.html">Thigh-
   …  High Versus Knee-High</a></li>
91314 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/blood-pressure-machines.html">The Undeniable
   …  Pressure of Evidence</a></li>
91315 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/child-visitation-policy.html">Together When
   …  They Need Each Other Most</a></li>
91316 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/cancer-survivor-john-holland.html">Moving
   …  Forward: John Holland</a></li>
91317 <li class="primary-nav-item"><a
   …  href="/publications/conquest/summer-2011/conquest-audio-summer-2011.html">Conquest
   …  Audio - Summer 2011</a></li>
91318 </ul>
91319 </nav>
91320 </div>
91321 </section>
91322 </div>
91323 </div>
91324 </div></li>
91325 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/conquest/spring-2011.html">Spring 2011</a>
91326 <div class="subnav-mask">
91327 <div class="subnav-wrapper">
91328 <div class="subnav col10 pad">
91329 <section class="nested">
91330 <div class="col4 main-column">
91331 <nav class="secondary">
91332 <ul>
91333 <li class="mobile-nav-back"><a href="/publications/conquest/spring-2011.html"
   …  aria-label="Back to Spring 2011">Spring 2011</a></li>
91334 <li class="primary-nav-item">
```

```
91335 <a href="/publications/conquest/spring-2011.html" aria-label="Spring 2011
   … Home">Spring 2011 Home</a></li>
91336 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/mendelsohn-to-leave-presidency.html">
   … Mendelsohn to Leave the 'Best Job'</a></li>
91337 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/also-in-the-news.html">Also in the
   … News</a></li>
91338 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/breast-cancer-survival.html">Breast Cancer
   … Survival on the Rise</a></li>
91339 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/lungs-that-function.html">Lungs That
   … Function Not Taken for Granted</a></li>
91340 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/pulmonary-rehabilitation.html">Pulmonary
   … Rehabilitation Empowers Patients</a></li>
91341 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/airway-inflammation.html">Keeping an Eye on
   … Airway Inflammation</a></li>
91342 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/sleep-disorders.html">Sleep Disorders Can Be
   … Major Burden</a></li>
91343 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/cancer-rehabilitation.html">Picture
   … This:</a></li>
91344 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nursing-innovations.html">A formidable
   … force</a></li>
91345 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nursing-congress.html">Nurses Find Ways to
   … Own Their Practice</a></li>
91346 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/good-catch-program.html">Good Catch Program
   … Eyes Potential Errors</a></li>
91347 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/physician-communication-skills.html">The
   … Patient-Physician Relationship</a></li>
91348 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/adolescents-young-adults.html">Focus on
   … Adolescent, Young Adult Age Gap</a></li>
91349 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/cancer-prevention-studies.html">The best
   … line of defense</a></li>
91350 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/pickens-gift.html">MD Anderson Leverages
   … Pickens' Gift</a></li>
91351 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/fundraising-campaign.html">MD Anderson Meets
   … $1 Billion Goal</a></li>
91352 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nanotechnologies.html">Cancer
   … briefings</a></li>
91353 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/ventilator-associated-pneumonia.html">MD
   … Anderson Honored for Efforts in ICU</a></li>
91354 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/italian-patient.html">Italian Patient Now
   … Triathlete</a></li>
91355 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/radiation-bells.html">Signs of hope</a></li>
91356 </ul>
91357 </nav>
91358 </div>
91359 </section>
91360 </div>
91361 </div>
91362 </div></li>
```

```
91363 <li class="primary-nav-item has-subnav"><a
  …   href="/publications/conquest/fall-2010.html">Fall 2010</a>
91364 <div class="subnav-mask">
91365 <div class="subnav-wrapper">
91366 <div class="subnav col10 pad">
91367 <section class="nested">
91368 <div class="col4 main-column">
91369 <nav class="secondary">
91370 <ul>
91371 <li class="mobile-nav-back"><a href="/publications/conquest/fall-2010.html"
  …   aria-label="Back to Fall 2010">Fall 2010</a></li>
91372 <li class="primary-nav-item">
91373 <a href="/publications/conquest/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
  …   Home</a></li>
91374 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/global-cancer-programs.html">Branching Out to
  …   Conquer Cancer</a></li>
91375 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/health-disparities.html">Frontline</a></li>
91376 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/ovarian-cancer.html">Frontline</a></li>
91377 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/lung-cancer.html">Selenium Not Useful Against
  …   Lung Cancer</a></li>
91378 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/shark-cartilage.html">Shark Cartilage Extract
  …   Shows No Benefit</a></li>
91379 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/cml-drugs.html">New Generation of Drugs for
  …   CML</a></li>
91380 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/cancer-care-in-japan.html">Cultural Shift in
  …   Cancer Care</a></li>
91381 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/international-patients.html">Paving Way for
  …   International Patients</a></li>
91382 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/ovarian-cancer-study.html">Ovarian Cancer
  …   Study a Life-Saver</a></li>
91383 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/cancer-nursing-development.html">Programs
  …   Nurture Nursing Legacy</a></li>
91384 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/nursing-externs.html">Externs Develop
  …   Confidence, Love of Nursing</a></li>
91385 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/oncology-nursing.html">Nursing Fellowship
  …   Highly Sought After</a></li>
91386 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/mohs-surgery.html">Mohs Surgery Is 'Gold
  …   Standard'</a></li>
91387 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/stem-cell-transplant.html">Sign of
  …   hope</a></li>
91388 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/bone-disease.html">Bone Disease Program of
  …   Texas Meets Goal</a></li>
91389 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/cancer-vaccine.html">Cancer Vaccine Efforts
  …   Get Boost</a></li>
91390 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/us-news.html">MD Anderson Maintains No. 1
  …   Ranking</a></li>
91391 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/magnet-nursing.html">Nursing Earns Magnet for
  …   Third Time</a></li>
91392 <li class="primary-nav-item"><a
  …   href="/publications/conquest/fall-2010/adrenocortical-carcinoma.html">Moving
```

```
91392… forward</a></li>
91393 <li class="primary-nav-item"><a
   … href="/publications/conquest/fall-2010/cancer-news.html">Also in the News</a></li>
91394 </ul>
91395 </nav>
91396 </div>
91397 </section>
91398 </div>
91399 </div>
91400 </div></li>
91401 <li class="primary-nav-item has-subnav"><a
   … href="/publications/conquest/summer-2010.html">Summer 2010</a>
91402 <div class="subnav-mask">
91403 <div class="subnav-wrapper">
91404 <div class="subnav col10 pad">
91405 <section class="nested">
91406 <div class="col4 main-column">
91407 <nav class="secondary">
91408 <ul>
91409 <li class="mobile-nav-back"><a href="/publications/conquest/summer-2010.html"
   … aria-label="Back to Summer 2010">Summer 2010</a></li>
91410 <li class="primary-nav-item">
91411 <a href="/publications/conquest/summer-2010.html" aria-label="Summer 2010
   … Home">Summer 2010 Home</a></li>
91412 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/chemo-combo-for-endometrial-patients.html">
   … Chemo Combo Shows Promise for Endometrial Cancer Patients</a></li>
91413 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/battle-against-lung-cancer.html">Frontline</
   … a></li>
91414 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/chemoprevention-for-colon-cancer.html">
   … Chemoprevention for Colon Cancer</a></li>
91415 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/busulfan-improves-transplant-outcomes.html">
   … Busulfan Improves Outcomes for Stem Cell Transplant Patients</a></li>
91416 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/bladder-cancer-well-done-meat.html">Bladder
   … Cancer Risk Higher for Those Who Eat Well-Done Meat</a></li>
91417 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/ovarian-cancer-stress.html">Stress Helps
   … Ovarian Cancer Cells Escape</a></li>
91418 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/leukemia-treatment-outcomes-blood-count-test
   … .html">Blood Count Test Helps Predict Leukemia Treatment Outcomes</a></li>
91419 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/genes-help-identify-glioblastomas.html">
   … Genes Help Identify Some Glioblastomas</a></li>
91420 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/symptoms-stem-cell-transplants.html">Tool
   … Measures Severity of Transplant-Related Symptoms</a></li>
91421 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/preventive-breast-surgery.html">New Guidance
   … for Decisions on Preventive Breast Surgery</a></li>
91422 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/also-in-the-news.html">Also in the
   … News</a></li>
91423 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/survivorship.html">Survivorship:</a></li>
91424 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/stem-cell-transplant-survivors.html">Stem
   … Cell Transplant</a></li>
91425 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/ovarian-cancer-survivor.html">Survivorship</
   … a></li>
91426 <li class="primary-nav-item"><a
   … href="/publications/conquest/summer-2010/radiological-physics-clinical-trials.html">
   … Radiological Physics Center</a></li>
```

```
91427  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/childrens-cancer-hospital.html">Pediatrics</
    …  a></li>
91428  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/cancer-prevention-research-training-program.
    …  html">Education</a></li>
91429  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/volunteer-pilots-grace-flight.html">A
    …  graceful way to fly</a></li>
91430  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/cancer-survivors-stories.html">Cancer
    …  Survivors' Stories:</a></li>
91431  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/baseline-pet-scans.html">Baseline PET Scans
    …  Becoming More Routine</a></li>
91432  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/yoga-get-nci-support.html">Yoga Gets
    …  Resounding Support From NCI</a></li>
91433  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/depression-and-smoking-project-soar.html">
    …  Project SOAR: Depression, Smoking Collide</a></li>
91434  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/living-legend-sam-nunn.html">Nunn Highlights
    …  'Living Legend' Event</a></li>
91435  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/moving-forward-lisa-richardson.html">Moving
    …  Forward:</a></li>
91436  <li class="primary-nav-item"><a
    …  href="/publications/conquest/summer-2010/beads-of-courage.html">Signs of
    …  Hope:</a></li>
91437  </ul>
91438  </nav>
91439  </div>
91440  </section>
91441  </div>
91442  </div>
91443  </div></li>
91444  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/conquest/spring-2010.html">Spring 2010</a>
91445  <div class="subnav-mask">
91446  <div class="subnav-wrapper">
91447  <div class="subnav col10 pad">
91448  <section class="nested">
91449  <div class="col4 main-column">
91450  <nav class="secondary">
91451  <ul>
91452  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2010.html"
    …  aria-label="Back to Spring 2010">Spring 2010</a></li>
91453  <li class="primary-nav-item"><a
91454  <a href="/publications/conquest/spring-2010.html" aria-label="Spring 2010
    …  Home">Spring 2010 Home</a></li>
91455  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/making-cancer-history-.html">What's in a
    …  Name?</a></li>
91456  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/multiple-myeloma.html">An Advance for
    …  Multiple Myeloma Patients</a></li>
91457  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/metastasis.html">Team of Two Oncoproteins
    …  Crucial Step in Metastasis</a></li>
91458  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/pancreatic-cancer.html">Blood Test May
    …  Detect Pancreatic Cancer</a></li>
91459  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/small-cell-lung-cancer.html">Combined
    …  Therapies Show Promise in Small Cell Lung Cancer</a></li>
91460  <li class="primary-nav-item"><a
    …  href="/publications/conquest/spring-2010/smoking-among-mexican-americans.html">What
```

```
91460… Predicts Smoking Risk for Mexican-American Youth?</a></li>
91461 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/racial-disparities-in-radiation-therapy.html
   … ">Racial Disparities in Radiation Therapy for Early-Stage Breast Cancer</a></li>
91462 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/pathology.html">Pathology:</a></li>
91463 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/spore-grants.html">Found in
   … Translation:</a></li>
91464 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/prostate-cancer.html">Enlightened
   … Choices:</a></li>
91465 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/transform-cancer-care.html">Transforming
   … Cancer Care:</a></li>
91466 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/symptom-management.html">Supportive Care
   … Center</a></li>
91467 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/living-legend.html">Cancer
   … briefings</a></li>
91468 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/radiation-treatment-in-turkey.html">Cancer
   … briefings</a></li>
91469 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/childhood-obesity.html">Attacking Childhood
   … Obesity With 'CAN DO' Attitude</a></li>
91470 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/regional-care-katy.html">Katy Center Adds
   … Medical Oncology Services</a></li>
91471 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2010/kevin-olson.html">Moving Forward:</a></li>
91472 </ul>
91473 </nav>
91474 </div>
91475 </section>
91476 </div>
91477 </div>
91478 </div></li>
91479 </ul>
91480 </nav>
91481 </div>
91482 </section>
91483 </div>
91484 </div>
91485 </div></li>
91486 <li class="primary-nav-item has-subnav"><a
   … href="/publications/focused-on-health.html">Focused on Health</a>
91487 <div class="subnav-mask">
91488 <div class="subnav-wrapper">
91489 <div class="subnav col10 pad">
91490 <section class="nested">
91491 <div class="col4 main-column">
91492 <nav class="secondary">
91493 <ul>
91494 <li class="mobile-nav-back"><a href="/publications/focused-on-health.html"
   … aria-label="Back to Focused on Health">Focused on Health</a></li>
91495 <li class="primary-nav-item">
91496 <a href="/publications/focused-on-health.html" aria-label="Focused on Health
   … Home">Focused on Health Home</a></li>
91497 <li class="primary-nav-item has-subnav"><a
   … href="/publications/focused-on-health/September2016.html">September 2016</a>
91498 <div class="subnav-mask">
91499 <div class="subnav-wrapper">
91500 <div class="subnav col10 pad">
91501 <section class="nested">
91502 <div class="col4 main-column">
91503 <nav class="secondary">
```

```
91504  <ul>
91505  <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/September2016.html" aria-label="Back to
    …  September 2016">September 2016</a></li>
91506  <li class="primary-nav-item">
91507  <a href="/publications/focused-on-health/September2016.html" aria-label="September
    …  2016 Home">September 2016 Home</a></li>
91508  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/September2016/Waterdrinks.html">Water drinks:
    …  How to spot imposters</a></li>
91509  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/September2016/Prostate-cancer-screening.html">Q
    …  &amp; A: Prostate cancer screening</a></li>
91510  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/September2016/healthy-smoker-myth.html">The
    …  truth behind the "healthy smoker" myth</a></li>
91511  </ul>
91512  </nav>
91513  </div>
91514  </section>
91515  </div>
91516  </div>
91517  </div></li>
91518  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/August2016.html">August 2016</a>
91519  <div class="subnav-mask">
91520  <div class="subnav-wrapper">
91521  <div class="subnav col10 pad">
91522  <section class="nested">
91523  <div class="col4 main-column">
91524  <nav class="secondary">
91525  <ul>
91526  <li class="mobile-nav-back"><a href="/publications/focused-on-health/August2016.html"
    …  aria-label="Back to August 2016">August 2016</a></li>
91527  <li class="primary-nav-item">
91528  <a href="/publications/focused-on-health/August2016.html" aria-label="August 2016
    …  Home">August 2016 Home</a></li>
91529  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/August2016/foods-lower-cancerrisk.html">Try
    …  these foods to help lower your cancer risk</a></li>
91530  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/August2016/Protect-kids-from-tanning.html">How
    …  to protect kids from the tanning bed trap</a></li>
91531  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/August2016/build-a-healthy-plate.html">Building
    …  a healthy plate</a></li>
91532  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/August2016/questions-to-ask-doctor-cancer-
    …  prevention.html">Questions to ask your doctor about cancer prevention</a></li>
91533  </ul>
91534  </nav>
91535  </div>
91536  </section>
91537  </div>
91538  </div>
91539  </div></li>
91540  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/July2016.html">July 2016</a>
91541  <div class="subnav-mask">
91542  <div class="subnav-wrapper">
91543  <div class="subnav col10 pad">
91544  <section class="nested">
91545  <div class="col4 main-column">
91546  <nav class="secondary">
91547  <ul>
91548  <li class="mobile-nav-back"><a href="/publications/focused-on-health/July2016.html"
    …  aria-label="Back to July 2016">July 2016</a></li>
91549  <li class="primary-nav-item">
```

```
91550  <a href="/publications/focused-on-health/July2016.html" aria-label="July 2016
    …  Home">July 2016 Home</a></li>
91551  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/July2016/BMI-four-things-you-should-know.html">
    …  BMI: 4 things you should know</a></li>
91552  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/July2016/carbs-101.html">Carbs 101</a></li>
91553  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/July2016/birth-control-pill-and-cancer-risk.
    …  html">The pill and cancer: Is there a link?</a></li>
91554  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/July2016/lower-eyelid-cancer-risk.html">How to
    …  help lower your eyelid cancer risk</a></li>
91555  </ul>
91556  </nav>
91557  </div>
91558  </section>
91559  </div>
91560  </div>
91561  </div></li>
91562  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/June2016.html">June 2016</a>
91563  <div class="subnav-mask">
91564  <div class="subnav-wrapper">
91565  <div class="subnav col10 pad">
91566  <section class="nested">
91567  <div class="col4 main-column">
91568  <nav class="secondary">
91569  <ul>
91570  <li class="mobile-nav-back"><a href="/publications/focused-on-health/June2016.html"
    …  aria-label="Back to June 2016">June 2016</a></li>
91571  <li class="primary-nav-item">
91572  <a href="/publications/focused-on-health/June2016.html" aria-label="June 2016
    …  Home">June 2016 Home</a></li>
91573  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/June2016/how-sunscreen-works.html">How
    …  sunscreen works</a></li>
91574  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/June2016/eating-healthy-tips.html">Eating
    …  healthy in an unhealthy world</a></li>
91575  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/June2016/add-more-activity-workday.html">How to
    …  add more activity to your workday</a></li>
91576  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/June2016/vitamin-d-and-skin-cancer.html">
    …  Vitamin D: What you should know</a></li>
91577  </ul>
91578  </nav>
91579  </div>
91580  </section>
91581  </div>
91582  </div>
91583  </div></li>
91584  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/May2016.html">May 2016</a>
91585  <div class="subnav-mask">
91586  <div class="subnav-wrapper">
91587  <div class="subnav col10 pad">
91588  <section class="nested">
91589  <div class="col4 main-column">
91590  <nav class="secondary">
91591  <ul>
91592  <li class="mobile-nav-back"><a href="/publications/focused-on-health/May2016.html"
    …  aria-label="Back to May 2016">May 2016</a></li>
91593  <li class="primary-nav-item">
91594  <a href="/publications/focused-on-health/May2016.html" aria-label="May 2016 Home">May
    …  2016 Home</a></li>
91595  <li class="primary-nav-item"><a
```

```
91595… href="/publications/focused-on-health/May2016/health-benefits-cycling.html">5 Health
…     benefits of cycling</a></li>
91596 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/May2016/cycling-for-beginners.html">Cycling for
…     beginners</a></li>
91597 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/May2016/skin-screening-what-to-expect.html">
…     Skin screening: What to expect</a></li>
91598 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/May2016/lawncare-cancer-risk.html">Lawn care
…     and your cancer risk</a></li>
91599 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/May2016/eat-less-red-meat.html">Challenge: Eat
…     less red meat</a></li>
91600 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/May2016/your-guide-to-eating-less-red-meat.html
…     ">Guide: Eat less red meat</a></li>
91601 </ul>
91602 </nav>
91603 </div>
91604 </section>
91605 </div>
91606 </div>
91607 </div></li>
91608 <li class="primary-nav-item has-subnav"><a
…     href="/publications/focused-on-health/April2016.html">April 2016</a>
91609 <div class="subnav-mask">
91610 <div class="subnav-wrapper">
91611 <div class="subnav col10 pad">
91612 <section class="nested">
91613 <div class="col4 main-column">
91614 <nav class="secondary">
91615 <ul>
91616 <li class="mobile-nav-back"><a href="/publications/focused-on-health/April2016.html"
…     aria-label="Back to April 2016">April 2016</a></li>
91617 <li class="primary-nav-item">
91618 <a href="/publications/focused-on-health/April2016.html" aria-label="April 2016
…     Home">April 2016 Home</a></li>
91619 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/April2016/Get-more-energy.html">Healthy ways to
…     get more energy</a></li>
91620 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/April2016/best-health-information-online.html">
…     How to find the best health information online</a></li>
91621 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/April2016/exercise-shoe-guide.html">Which
…     exercise shoe is right for you?</a></li>
91622 <li class="primary-nav-item"><a
…     href="/publications/focused-on-health/April2016/colon-cancer-screening--colonoscopy-
…     vs-virtual-colonoscopy.html">Get the Facts: Colonoscopy vs. Virtual
…     Colonoscopy</a></li>
91623 </ul>
91624 </nav>
91625 </div>
91626 </section>
91627 </div>
91628 </div>
91629 </div></li>
91630 <li class="primary-nav-item has-subnav"><a
…     href="/publications/focused-on-health/march-2016.html">March 2016</a>
91631 <div class="subnav-mask">
91632 <div class="subnav-wrapper">
91633 <div class="subnav col10 pad">
91634 <section class="nested">
91635 <div class="col4 main-column">
91636 <nav class="secondary">
91637 <ul>
91638 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2016.html"
```

```
91638…   aria-label="Back to March 2016">March 2016</a></li>
91639   <li class="primary-nav-item">
91640   <a href="/publications/focused-on-health/march-2016.html" aria-label="March 2016
  …   Home">March 2016 Home</a></li>
91641   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/march-2016/Howtoreadanutrtionlabel.html">How to
  …   read a nutrition label</a></li>
91642   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/march-2016/Howadermatologistprotectsfherskin.
  …   html">How a dermatologist protects her skin</a></li>
91643   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/march-2016/kidstoughsmokingquestions.html">Kids
  …   tough smoking questions</a></li>
91644   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/march-2016/
  …   thetruthbehindsixstrengthtrainingmyths.html">The truth behind six strength training
  …   myths</a></li>
91645   </ul>
91646   </nav>
91647   </div>
91648   </section>
91649   </div>
91650   </div>
91651   </div></li>
91652   <li class="primary-nav-item has-subnav"><a
  …   href="/publications/focused-on-health/february-2016.html">February 2016</a>
91653   <div class="subnav-mask">
91654   <div class="subnav-wrapper">
91655   <div class="subnav col10 pad">
91656   <section class="nested">
91657   <div class="col4 main-column">
91658   <nav class="secondary">
91659   <ul>
91660   <li class="mobile-nav-back"><a
  …   href="/publications/focused-on-health/february-2016.html" aria-label="Back to
  …   February 2016">February 2016</a></li>
91661   <li class="primary-nav-item">
91662   <a href="/publications/focused-on-health/february-2016.html" aria-label="February
  …   2016 Home">February 2016 Home</a></li>
91663   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/why-one-woman-decided-to-have-
  …   genetic-testing-for-the-brca-mutat.html">Why one woman decided to have genetic
  …   testing for the BRCA mutation</a></li>
91664   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/8-ways-to-help-your-kids-get-
  …   exercise-indoors.html">8 ways to help your kids get exercise indoors</a></li>
91665   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/is-your-manicure-safe-.html">Is
  …   your manicure safe?</a></li>
91666   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/how-fiber-helps-lower-your-cancer
  …   -risk.html">How fiber helps lower your cancer risk</a></li>
91667   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/eat-less-processed-meat.html">
  …   Guide: Eat less processed meat</a></li>
91668   <li class="primary-nav-item"><a
  …   href="/publications/focused-on-health/february-2016/processed-meat-challenge.html">
  …   Challenge: Eat less processed meat</a></li>
91669   </ul>
91670   </nav>
91671   </div>
91672   </section>
91673   </div>
91674   </div>
91675   </div></li>
91676   <li class="primary-nav-item has-subnav"><a
  …   href="/publications/focused-on-health/january-2016.html">January 2016</a>
91677   <div class="subnav-mask">
```

```
91678 <div class="subnav-wrapper">
91679 <div class="subnav col10 pad">
91680 <section class="nested">
91681 <div class="col4 main-column">
91682 <nav class="secondary">
91683 <ul>
91684 <li class="mobile-nav-back"><a
  … href="/publications/focused-on-health/january-2016.html" aria-label="Back to January
  … 2016">January 2016</a></li>
91685 <li class="primary-nav-item">
91686 <a href="/publications/focused-on-health/january-2016.html" aria-label="January 2016
  … Home">January 2016 Home</a></li>
91687 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/january-2016/FOH-healthy-habit.html">How to
  … make a change for good</a></li>
91688 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/january-2016/FOH-cleanses-detox-fasts.html">4
  … things you should know about cleanses, detoxes and fasts</a></li>
91689 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/january-2016/FOH-smoking-testimonial.html">'It
  … just feels wonderful not to smoke anymore'</a></li>
91690 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/january-2016/fruits-and-vegetables-guide.html">
  … Guide: Eat more fruits and vegetables</a></li>
91691 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/january-2016/eat-more-fruits-and-vegetables.
  … html">Challenge: Eat more fruits and vegetables</a></li>
91692 </ul>
91693 </nav>
91694 </div>
91695 </section>
91696 </div>
91697 </div>
91698 </div></li>
91699 <li class="primary-nav-item has-subnav"><a
  … href="/publications/focused-on-health/december-2015.html">December 2015</a>
91700 <div class="subnav-mask">
91701 <div class="subnav-wrapper">
91702 <div class="subnav col10 pad">
91703 <section class="nested">
91704 <div class="col4 main-column">
91705 <nav class="secondary">
91706 <ul>
91707 <li class="mobile-nav-back"><a
  … href="/publications/focused-on-health/december-2015.html" aria-label="Back to
  … December 2015">December 2015</a></li>
91708 <li class="primary-nav-item">
91709 <a href="/publications/focused-on-health/december-2015.html" aria-label="December
  … 2015 Home">December 2015 Home</a></li>
91710 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/FOH-2015-prevention-news.html">
  … The year in cancer prevention: 5 things you need to know</a></li>
91711 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/FOH-2015-prevention-stories.html"
  … >Our most popular cancer prevention stories in 2015</a></li>
91712 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/FOH-energy-balance.html">Energy
  … balance: What is it, and how can you achieve it?</a></li>
91713 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/FOH-colon-polyps.html">Colon
  … polyps: What to ask your doctor</a></li>
91714 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/whole-grains-guide.html">Guide:
  … How to spot real whole grains</a></li>
91715 <li class="primary-nav-item"><a
  … href="/publications/focused-on-health/december-2015/whole-grains-challenge.html">
  … Challenge: Eat more whole grains</a></li>
91716 </ul>
```

```
91717 </nav>
91718 </div>
91719 </section>
91720 </div>
91721 </div>
91722 </div></li>
91723 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/november-2015.html">November 2015</a>
91724 <div class="subnav-mask">
91725 <div class="subnav-wrapper">
91726 <div class="subnav col10 pad">
91727 <section class="nested">
91728 <div class="col4 main-column">
91729 <nav class="secondary">
91730 <ul>
91731 <li class="mobile-nav-back"><a
   …  href="/publications/focused-on-health/november-2015.html" aria-label="Back to
   …  November 2015">November 2015</a></li>
91732 <li class="primary-nav-item">
91733 <a href="/publications/focused-on-health/november-2015.html" aria-label="November
   …  2015 Home">November 2015 Home</a></li>
91734 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/FOH-HPV-numbers.html">HPV by the
   …  numbers</a></li>
91735 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/FOH-healthy-Thanksgiving.html">
   …  How to make your Thanksgiving a little healthier</a></li>
91736 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/FOH-lung-screening.html">Q&amp;A:
   …  Lung cancer screening</a></li>
91737 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/FOH-menopause-cancer.html">
   …  Menopause and cancer risk: Get answers</a></li>
91738 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/dine-out-less-guide.html">Guide:
   …  Dine out less</a></li>
91739 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/november-2015/dine-out-less-challenge.html">
   …  Challenge: Dine out less</a></li>
91740 </ul>
91741 </nav>
91742 </div>
91743 </section>
91744 </div>
91745 </div>
91746 </div></li>
91747 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/october-2015.html">October 2015</a>
91748 <div class="subnav-mask">
91749 <div class="subnav-wrapper">
91750 <div class="subnav col10 pad">
91751 <section class="nested">
91752 <div class="col4 main-column">
91753 <nav class="secondary">
91754 <ul>
91755 <li class="mobile-nav-back"><a
   …  href="/publications/focused-on-health/october-2015.html" aria-label="Back to October
   …  2015">October 2015</a></li>
91756 <li class="primary-nav-item">
91757 <a href="/publications/focused-on-health/october-2015.html" aria-label="October 2015
   …  Home">October 2015 Home</a></li>
91758 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/october-2015/FOH-3D-mammography.html">What you
   …  should know about 3-D mammography</a></li>
91759 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/october-2015/FOH-carcinogens.html">Is it a
   …  carcinogen?</a></li>
91760 <li class="primary-nav-item"><a
```

```
91760…  href="/publications/focused-on-health/october-2015/FOH-metabolism-myths.html">The
  …    truth behind 5 metabolism myths</a></li>
91761  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/october-2015/FOH-apples-pumpkins.html">Apples
  …    and pumpkins: Tips to pick, store and prepare</a></li>
91762  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/october-2015/alishias-challenge-eat-more-plant-
  …    proteins.html">Challenge: Eat more plant proteins</a></li>
91763  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/october-2015/a-healthy-guide-to-plant-protein.
  …    html">Guide: Eat more plant protein</a></li>
91764  </ul>
91765  </nav>
91766  </div>
91767  </section>
91768  </div>
91769  </div>
91770  </div></li>
91771  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/focused-on-health/september-2015.html">September 2015</a>
91772  <div class="subnav-mask">
91773  <div class="subnav-wrapper">
91774  <div class="subnav col10 pad">
91775  <section class="nested">
91776  <div class="col4 main-column">
91777  <nav class="secondary">
91778  <ul>
91779  <li class="mobile-nav-back"><a
  …    href="/publications/focused-on-health/september-2015.html" aria-label="Back to
  …    September 2015">September 2015</a></li>
91780  <li class="primary-nav-item">
91781  <a href="/publications/focused-on-health/september-2015.html" aria-label="September
  …    2015 Home">September 2015 Home</a></li>
91782  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/FOH-colorectal-cancer-under-50.
  …    html">What you should know about colorectal cancer if you're under 50</a></li>
91783  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/FOH-teen-smoking-risk-factors.
  …    html">Teen smoking: 4 risk factors to watch for</a></li>
91784  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/FOH-protein-101.html">Protein
  …    101</a></li>
91785  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/FOH-prevention-groceries.html">
  …    41 foods that may reduce your cancer risk</a></li>
91786  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/alcohol-cancer.html">Guide:
  …    Alcohol and cancer</a></li>
91787  <li class="primary-nav-item"><a
  …    href="/publications/focused-on-health/september-2015/robs-challenge-to-drink-less-
  …    alcohol.html">Challenge: Drink less alcohol</a></li>
91788  </ul>
91789  </nav>
91790  </div>
91791  </section>
91792  </div>
91793  </div>
91794  </div></li>
91795  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/focused-on-health/august-2015.html">August 2015</a>
91796  <div class="subnav-mask">
91797  <div class="subnav-wrapper">
91798  <div class="subnav col10 pad">
91799  <section class="nested">
91800  <div class="col4 main-column">
91801  <nav class="secondary">
91802  <ul>
91803  <li class="mobile-nav-back"><a
```

```
91803   href="/publications/focused-on-health/august-2015.html" aria-label="Back to August
   …    2015">August 2015</a></li>
91804   <li class="primary-nav-item">
91805   <a href="/publications/focused-on-health/august-2015.html" aria-label="August 2015
   …    Home">August 2015 Home</a></li>
91806   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/FOH-activity-trackers.html">
   …    Activity Trackers: Move More and Lower Your Cancer Risk</a></li>
91807   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/FOH-add-exercise.html">How to add
   …    more exercise and activity to your day</a></li>
91808   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/FOH-skin-cancer-risk.html">What's
   …    your skin cancer risk?</a></li>
91809   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/FOH-sunscreen-rules.html">Sunscreen
   …    : New rules for your protection</a></li>
91810   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/eat-breakfast-daily.html">Challenge
   …    : Eat breakfast daily</a></li>
91811   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/august-2015/guide-eat-breakfast-daily.html">
   …    Guide: Eat breakfast daily</a></li>
91812   </ul>
91813   </nav>
91814   </div>
91815   </section>
91816   </div>
91817   </div>
91818   </div></li>
91819   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/july-2015.html">July 2015</a>
91820   <div class="subnav-mask">
91821   <div class="subnav-wrapper">
91822   <div class="subnav col10 pad">
91823   <section class="nested">
91824   <div class="col4 main-column">
91825   <nav class="secondary">
91826   <ul>
91827   <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2015.html"
   …    aria-label="Back to July 2015">July 2015</a></li>
91828   <li class="primary-nav-item">
91829   <a href="/publications/focused-on-health/july-2015.html" aria-label="July 2015
   …    Home">July 2015 Home</a></li>
91830   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/FOH-healthy-lunch-kids.html">Healthy
   …    lunch ideas for kids</a></li>
91831   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/FOH-stress-meditation.html">Lower
   …    your stress with beginner meditation techniques</a></li>
91832   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/FOH-portion-sizes.html">Portion sizes
   …    and your cancer risk</a></li>
91833   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/FOH-first-mammogram.html">Your First
   …    Mammogram: What to Expect</a></li>
91834   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/eat-a-balanced-snack.html">Challenge:
   …    Eat a balanced snack every few hours</a></li>
91835   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2015/your-guide-for-a-healthy-snack.html">
   …    Guide: How to make a healthy snack</a></li>
91836   </ul>
91837   </nav>
91838   </div>
91839   </section>
91840   </div>
91841   </div>
```

```
91842 </div></li>
91843 <li class="primary-nav-item has-subnav"><a
 …    href="/publications/focused-on-health/june-2015.html">June 2015</a>
91844 <div class="subnav-mask">
91845 <div class="subnav-wrapper">
91846 <div class="subnav col10 pad">
91847 <section class="nested">
91848 <div class="col4 main-column">
91849 <nav class="secondary">
91850 <ul>
91851 <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2015.html"
 …    aria-label="Back to June 2015">June 2015</a></li>
91852 <li class="primary-nav-item">
91853 <a href="/publications/focused-on-health/june-2015.html" aria-label="June 2015
 …    Home">June 2015 Home</a></li>
91854 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/FOH-dietary-fats.html">Protect your
 …    health with the right dietary fats</a></li>
91855 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/FOH-secondhand-smoke.html">Secondhand
 …    smoke: Avoid the health risks</a></li>
91856 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/FOH-walking-schedule.html">Take the
 …    first step: Walking for beginners</a></li>
91857 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/FOH-exercise-fast.html">Exercise: Get
 …    it done in minutes</a></li>
91858 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/drink-more-water-less-soda-challenge.
 …    html">Challenge: Drink more water</a></li>
91859 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/june-2015/water-tips-for-better-nutrition.html"
 …    >Guide: Drink more water</a></li>
91860 </ul>
91861 </nav>
91862 </div>
91863 </section>
91864 </div>
91865 </div>
91866 </div></li>
91867 <li class="primary-nav-item has-subnav"><a
 …    href="/publications/focused-on-health/may-2015.html">May 2015</a>
91868 <div class="subnav-mask">
91869 <div class="subnav-wrapper">
91870 <div class="subnav col10 pad">
91871 <section class="nested">
91872 <div class="col4 main-column">
91873 <nav class="secondary">
91874 <ul>
91875 <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2015.html"
 …    aria-label="Back to May 2015">May 2015</a></li>
91876 <li class="primary-nav-item">
91877 <a href="/publications/focused-on-health/may-2015.html" aria-label="May 2015
 …    Home">May 2015 Home</a></li>
91878 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/may-2015/FOH-probiotics.html">Probiotics:
 …    Healthy bacteria for your gut</a></li>
91879 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/may-2015/FOH-HPV-myths.html">HPV and cancer: 10
 …    myths busted</a></li>
91880 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/may-2015/FOH-cancer-love-sugar.html">Does
 …    cancer love sugar?</a></li>
91881 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/may-2015/FOH-exercise-video-games.html">Video
 …    games: Exercise for kids?</a></li>
91882 <li class="primary-nav-item"><a
 …    href="/publications/focused-on-health/may-2015/lyles-challenge-to-eat-less-salt.html"
```

```
91882… >Challenge: Eat less salt</a></li>
91883 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/may-2015/ways-to-flavor-food-without-salt.html"
    … >Guide: Eat less salt</a></li>
91884 </ul>
91885 </nav>
91886 </div>
91887 </section>
91888 </div>
91889 </div>
91890 </div></li>
91891 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/april-2015.html">April 2015</a>
91892 <div class="subnav-mask">
91893 <div class="subnav-wrapper">
91894 <div class="subnav col10 pad">
91895 <section class="nested">
91896 <div class="col4 main-column">
91897 <nav class="secondary">
91898 <ul>
91899 <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2015.html"
    … aria-label="Back to April 2015">April 2015</a></li>
91900 <li class="primary-nav-item">
91901 <a href="/publications/focused-on-health/april-2015.html" aria-label="April 2015
    … Home">April 2015 Home</a></li>
91902 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/april-2015/FOH-sugar-cancer-link.html">Sugar
    … and cancer: What's the link?</a></li>
91903 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/april-2015/FOH-interval-training.html">Exercise
    … : Interval training to build a lean body</a></li>
91904 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/april-2015/FOH-home-safe.html">Keep your home
    … safe to lower your cancer risk</a></li>
91905 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/april-2015/FOH-sunless-tanning.html">Tanning
    … products offer safe alternative to the sun</a></li>
91906 </ul>
91907 </nav>
91908 </div>
91909 </section>
91910 </div>
91911 </div>
91912 </div></li>
91913 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/march-2015.html">March 2015</a>
91914 <div class="subnav-mask">
91915 <div class="subnav-wrapper">
91916 <div class="subnav col10 pad">
91917 <section class="nested">
91918 <div class="col4 main-column">
91919 <nav class="secondary">
91920 <ul>
91921 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2015.html"
    … aria-label="Back to March 2015">March 2015</a></li>
91922 <li class="primary-nav-item">
91923 <a href="/publications/focused-on-health/march-2015.html" aria-label="March 2015
    … Home">March 2015 Home</a></li>
91924 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2015/FOH-colon-cleansing.html">Colon
    … cleansing: Health or hype?</a></li>
91925 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2015/FOH-products-quit-nicotine.html">
    … Quit smoking: 7 products to strike out nicotine cravings</a></li>
91926 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2015/FOH-mole-check.html">Skin cancer:
    … Uncover that mole</a></li>
91927 <li class="primary-nav-item"><a
```

```
91927  href="/publications/focused-on-health/march-2015/FOH-yoga.html">Yoga: Build a strong
   …   body and mind</a></li>
91928  </ul>
91929  </nav>
91930  </div>
91931  </section>
91932  </div>
91933  </div>
91934  </div></li>
91935  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/february-2015.html">February 2015</a>
91936  <div class="subnav-mask">
91937  <div class="subnav-wrapper">
91938  <div class="subnav col10 pad">
91939  <section class="nested">
91940  <div class="col4 main-column">
91941  <nav class="secondary">
91942  <ul>
91943  <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/february-2015.html" aria-label="Back to
   …   February 2015">February 2015</a></li>
91944  <li class="primary-nav-item">
91945  <a href="/publications/focused-on-health/february-2015.html" aria-label="February
   …   2015 Home">February 2015 Home</a></li>
91946  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2015/FOH-winter-skin-cancer.html">
   …   Winter sun and your skin cancer risk</a></li>
91947  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2015/FOH-caffeine-health.html">
   …   Caffeine: Health perks and pitfalls</a></li>
91948  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2015/FOH-healthy-lifestyle.html">6
   …   ways to live a healthy lifestyle</a></li>
91949  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2015/FOH-genetic-testing.html">Who
   …   Needs Genetic Testing for Cancer?</a></li>
91950  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2015/FOH-women-screening-exams.html">
   …   Women: Screening exams by age</a></li>
91951  </ul>
91952  </nav>
91953  </div>
91954  </section>
91955  </div>
91956  </div>
91957  </div></li>
91958  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/january-2015.html">January 2015</a>
91959  <div class="subnav-mask">
91960  <div class="subnav-wrapper">
91961  <div class="subnav col10 pad">
91962  <section class="nested">
91963  <div class="col4 main-column">
91964  <nav class="secondary">
91965  <ul>
91966  <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/january-2015.html" aria-label="Back to January
   …   2015">January 2015</a></li>
91967  <li class="primary-nav-item">
91968  <a href="/publications/focused-on-health/january-2015.html" aria-label="January 2015
   …   Home">January 2015 Home</a></li>
91969  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/january-2015/FOH-strength-training.html">How
   …   strength training pumps up your health</a></li>
91970  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/january-2015/FOH-healthy-weight-loss.html">
   …   Resolve to lose weight the healthy way</a></li>
91971  <li class="primary-nav-item"><a
```

```
91971  href="/publications/focused-on-health/january-2015/FOH-hpv-cancer-risks.html">HPV and
 …     cancer: The lesser-known risks</a></li>
91972  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/january-2015/FOH-walking-workout.html">Boost
 …     your walking workout to prevent cancer</a></li>
91973  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/january-2015/FOH-men-screening-exams.html">Men:
 …     Cancer screening exams by age</a></li>
91974  </ul>
91975  </nav>
91976  </div>
91977  </section>
91978  </div>
91979  </div>
91980  </div></li>
91981  <li class="primary-nav-item has-subnav"><a
 …     href="/publications/focused-on-health/december-2014.html">December 2014</a>
91982  <div class="subnav-mask">
91983  <div class="subnav-wrapper">
91984  <div class="subnav col10 pad">
91985  <section class="nested">
91986  <div class="col4 main-column">
91987  <nav class="secondary">
91988  <ul>
91989  <li class="mobile-nav-back"><a
 …     href="/publications/focused-on-health/december-2014.html" aria-label="Back to
 …     December 2014">December 2014</a></li>
91990  <li class="primary-nav-item">
91991  <a href="/publications/focused-on-health/december-2014.html" aria-label="December
 …     2014 Home">December 2014 Home</a></li>
91992  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/december-2014/how-stress-affects-cancer-risk.
 …     html">How stress affects cancer risk</a></li>
91993  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/december-2014/holiday-exercise.html">Holiday
 …     exercise: No gym required</a></li>
91994  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/december-2014/holiday-baking-subs.html">15
 …     healthy holiday baking substitutes</a></li>
91995  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/december-2014/breast-implant-cancer.html">Women
 …     : Breast implants and cancer risk</a></li>
91996  </ul>
91997  </nav>
91998  </div>
91999  </section>
92000  </div>
92001  </div>
92002  </div></li>
92003  <li class="primary-nav-item has-subnav"><a
 …     href="/publications/focused-on-health/november-2014.html">November 2014</a>
92004  <div class="subnav-mask">
92005  <div class="subnav-wrapper">
92006  <div class="subnav col10 pad">
92007  <section class="nested">
92008  <div class="col4 main-column">
92009  <nav class="secondary">
92010  <ul>
92011  <li class="mobile-nav-back"><a
 …     href="/publications/focused-on-health/november-2014.html" aria-label="Back to
 …     November 2014">November 2014</a></li>
92012  <li class="primary-nav-item">
92013  <a href="/publications/focused-on-health/november-2014.html" aria-label="November
 …     2014 Home">November 2014 Home</a></li>
92014  <li class="primary-nav-item"><a
 …     href="/publications/focused-on-health/november-2014/low-dose-aspirin-cancer-
 …     prevention.html">Can a daily aspirin lower your cancer risk?</a></li>
92015  <li class="primary-nav-item"><a
```

```
92015  href="/publications/focused-on-health/november-2014/tobacco-truths-to-help-smokers-
       quit.html">8 tobacco truths to help you quit smoking</a></li>
92016  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/november-2014/healthy-serving-sizes-for-
       thanksgiving-dinner.html">Healthy serving sizes for your Thanksgiving dinner</a></li>
92017  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/november-2014/cut-stress.html">5 ways to cut
       stress</a></li>
92018  </ul>
92019  </nav>
92020  </div>
92021  </section>
92022  </div>
92023  </div>
92024  </div></li>
92025  <li class="primary-nav-item has-subnav"><a
       href="/publications/focused-on-health/october-2014.html">October 2014</a>
92026  <div class="subnav-mask">
92027  <div class="subnav-wrapper">
92028  <div class="subnav col10 pad">
92029  <section class="nested">
92030  <div class="col4 main-column">
92031  <nav class="secondary">
92032  <ul>
92033  <li class="mobile-nav-back"><a
       href="/publications/focused-on-health/october-2014.html" aria-label="Back to October
       2014">October 2014</a></li>
92034  <li class="primary-nav-item">
92035  <a href="/publications/focused-on-health/october-2014.html" aria-label="October 2014
       Home">October 2014 Home</a></li>
92036  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/october-2014/breastfeeding-breast-cancer-
       prevention.html">Breastfeeding lowers your breast cancer risk</a></li>
92037  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/october-2014/does-diet-soda-cause-cancer.html">
       Diet soda and cancer: What you should know</a></li>
92038  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/october-2014/genetic-testing-for-breast-cancer.
       html">Do you need genetic testing for breast cancer?</a></li>
92039  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/october-2014/avoid-secondhand-smoke.html">9
       ways to say, &quot;Don't smoke around me.&quot;</a></li>
92040  </ul>
92041  </nav>
92042  </div>
92043  </section>
92044  </div>
92045  </div>
92046  </div></li>
92047  <li class="primary-nav-item has-subnav"><a
       href="/publications/focused-on-health/september-2014.html">September 2014</a>
92048  <div class="subnav-mask">
92049  <div class="subnav-wrapper">
92050  <div class="subnav col10 pad">
92051  <section class="nested">
92052  <div class="col4 main-column">
92053  <nav class="secondary">
92054  <ul>
92055  <li class="mobile-nav-back"><a
       href="/publications/focused-on-health/september-2014.html" aria-label="Back to
       September 2014">September 2014</a></li>
92056  <li class="primary-nav-item">
92057  <a href="/publications/focused-on-health/september-2014.html" aria-label="September
       2014 Home">September 2014 Home</a></li>
92058  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/september-2014/food-truths-to-lower-cancer-risk
       .html">Food and cancer: 8 truths to help lower risk</a></li>
92059  <li class="primary-nav-item"><a
```

```
92059  href="/publications/focused-on-health/september-2014/quit-social-smoking.html">Quit
   …   social smoking to reduce cancer risk</a></li>
92060  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/track-your-psa-test-scores.html"
   …   >Your PSA test: Keep score to help find cancer</a></li>
92061  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/september-2014/soy-cancer.html">Do soy foods
   …   increase cancer risk?</a></li>
92062  </ul>
92063  </nav>
92064  </div>
92065  </section>
92066  </div>
92067  </div>
92068  </div></li>
92069  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/august-2014.html">August 2014</a>
92070  <div class="subnav-mask">
92071  <div class="subnav-wrapper">
92072  <div class="subnav col10 pad">
92073  <section class="nested">
92074  <div class="col4 main-column">
92075  <nav class="secondary">
92076  <ul>
92077  <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/august-2014.html" aria-label="Back to August
   …   2014">August 2014</a></li>
92078  <li class="primary-nav-item">
92079  <a href="/publications/focused-on-health/august-2014.html" aria-label="August 2014
   …   Home">August 2014 Home</a></li>
92080  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/your-body-weight-and-cancer-risk.
   …   html">How your weight affects your cancer risk</a></li>
92081  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/cancer-prevention-cosmetic-beauty-
   …   tips.html">Beauty products and cancer: Are you at risk?</a></li>
92082  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/tips-to-get-kids-to-exercise.html">
   …   10 tips to get kids to exercise</a></li>
92083  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/august-2014/cancer-symptoms-women.html">10
   …   cancer Symptoms Women Shouldn't Ignore</a></li>
92084  </ul>
92085  </nav>
92086  </div>
92087  </section>
92088  </div>
92089  </div>
92090  </div></li>
92091  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/july-2014.html">July 2014</a>
92092  <div class="subnav-mask">
92093  <div class="subnav-wrapper">
92094  <div class="subnav col10 pad">
92095  <section class="nested">
92096  <div class="col4 main-column">
92097  <nav class="secondary">
92098  <ul>
92099  <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2014.html"
   …   aria-label="Back to July 2014">July 2014</a></li>
92100  <li class="primary-nav-item">
92101  <a href="/publications/focused-on-health/july-2014.html" aria-label="July 2014
   …   Home">July 2014 Home</a></li>
92102  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/july-2014/cancer-fighting-foods-women.html">7
   …   foods that lower women's cancer risk</a></li>
92103  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/july-2014/quit-smoking-benefits.html">Benefits
```

```
92103…  of quitting smoking</a></li
92104   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2014/barbecue-cancer.html">Barbecue and
   …    cancer: Make a healthy plate</a></li>
92105   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/july-2014/kids-sun-protection.html">5 Tips for
   …    kids sun protection</a></li>
92106   </ul>
92107   </nav>
92108   </div>
92109   </section>
92110   </div>
92111   </div>
92112   </div></li>
92113   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/june-2014.html">June 2014</a>
92114   <div class="subnav-mask">
92115   <div class="subnav-wrapper">
92116   <div class="subnav col10 pad">
92117   <section class="nested">
92118   <div class="col4 main-column">
92119   <nav class="secondary">
92120   <ul>
92121   <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2014.html"
   …    aria-label="Back to June 2014">June 2014</a></li>
92122   <li class="primary-nav-item">
92123   <a href="/publications/focused-on-health/june-2014.html" aria-label="June 2014
   …    Home">June 2014 Home</a></li>
92124   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/june-2014/exercise-and-cancer-training-guide.
   …    html">Exercise and cancer: Your training guide</a></li>
92125   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/june-2014/herbal-supplements.html">Herbal
   …    supplements: Health or hype?</a></li>
92126   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/june-2014/hpv-vaccine-kids.html">HPV vaccine:
   …    Help your kids prevent cancer</a></li>
92127   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/june-2014/gmos-cancer.html">Do GMOs cause
   …    cancer?</a></li>
92128   </ul>
92129   </nav>
92130   </div>
92131   </section>
92132   </div>
92133   </div>
92134   </div></li>
92135   <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/may-2014.html">May 2014</a>
92136   <div class="subnav-mask">
92137   <div class="subnav-wrapper">
92138   <div class="subnav col10 pad">
92139   <section class="nested">
92140   <div class="col4 main-column">
92141   <nav class="secondary">
92142   <ul>
92143   <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2014.html"
   …    aria-label="Back to May 2014">May 2014</a></li>
92144   <li class="primary-nav-item">
92145   <a href="/publications/focused-on-health/may-2014.html" aria-label="May 2014
   …    Home">May 2014 Home</a></li>
92146   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2014/inflamation-cancer-diet.html">
   …    Inflammation and cancer: Why your diet is important</a></li>
92147   <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/may-2014/cancer-prevention-diet-exercise-tips.
   …    html">Drop belly fat, drop cancer risks</a></li>
92148   <li class="primary-nav-item"><a
```

```
92148  href="/publications/focused-on-health/may-2014/cigars-ecigarettes-hookahs.html">
       Tobacco targets kids: Cigars, e-cigarettes and hookahs</a></li>
92149  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/may-2014/organic-food-cancer-prevention.html">
       Organic foods: A healthier option to avoid cancer?</a></li>
92150  </ul>
92151  </nav>
92152  </div>
92153  </section>
92154  </div>
92155  </div>
92156  </div></li>
92157  <li class="primary-nav-item has-subnav"><a
       href="/publications/focused-on-health/april-2014.html">April 2014</a>
92158  <div class="subnav-mask">
92159  <div class="subnav-wrapper">
92160  <div class="subnav col10 pad">
92161  <section class="nested">
92162  <div class="col4 main-column">
92163  <nav class="secondary">
92164  <ul>
92165  <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2014.html"
       aria-label="Back to April 2014">April 2014</a></li>
92166  <li class="primary-nav-item">
92167  <a href="/publications/focused-on-health/april-2014.html" aria-label="April 2014
       Home">April 2014 Home</a></li>
92168  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/april-2014/juicing-cancer.html">Should you
       juice your fruits and vegetables?</a></li>
92169  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/april-2014/how-to-start-a-healthy-garden.html">
       How to start a healthy garden</a></li>
92170  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/april-2014/garden-your-way-to-health.html">
       Garden your way to health</a></li>
92171  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/april-2014/healthy-sleep-habits.html">8 Healthy
       sleep habits</a></li>
92172  </ul>
92173  </nav>
92174  </div>
92175  </section>
92176  </div>
92177  </div>
92178  </div></li>
92179  <li class="primary-nav-item has-subnav"><a
       href="/publications/focused-on-health/march-2014.html">March 2014</a>
92180  <div class="subnav-mask">
92181  <div class="subnav-wrapper">
92182  <div class="subnav col10 pad">
92183  <section class="nested">
92184  <div class="col4 main-column">
92185  <nav class="secondary">
92186  <ul>
92187  <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2014.html"
       aria-label="Back to March 2014">March 2014</a></li>
92188  <li class="primary-nav-item">
92189  <a href="/publications/focused-on-health/march-2014.html" aria-label="March 2014
       Home">March 2014 Home</a></li>
92190  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/march-2014/microbiome-cancer.html">Bacteria and
       cancer: Feeding your microbiome</a></li>
92191  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/march-2014/cancer-symptoms-men.html">10 Cancer
       symptoms men shouldn't ignore</a></li>
92192  <li class="primary-nav-item"><a
       href="/publications/focused-on-health/march-2014/colonoscopy-preparation.html">Ensure
       success with colonoscopy prep</a></li>
```

```
92193  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/march-2014/exercise-myths.html">7 Exercise
   …   myths debunked</a></li>
92194  </ul>
92195  </nav>
92196  </div>
92197  </section>
92198  </div>
92199  </div>
92200  </div></li>
92201  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/february-2014.html">February 2014</a>
92202  <div class="subnav-mask">
92203  <div class="subnav-wrapper">
92204  <div class="subnav col10 pad">
92205  <section class="nested">
92206  <div class="col4 main-column">
92207  <nav class="secondary">
92208  <ul>
92209  <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/february-2014.html" aria-label="Back to
   …   February 2014">February 2014</a></li>
92210  <li class="primary-nav-item">
92211  <a href="/publications/focused-on-health/february-2014.html" aria-label="February
   …   2014 Home">February 2014 Home</a></li>
92212  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2014/cancer-risk-sitting.html">Hours
   …   of sitting: What's your cancer risk?</a></li>
92213  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2014/cancer-prevention-apps.html">41
   …   Apps to help prevent cancer</a></li>
92214  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2014/health-app-choices.html">How to
   …   choose a good health app</a></li>
92215  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/february-2014/exams-insurance-coverage.html">
   …   Cancer preventive versus diagnostic exams: What to know about insurance
   …   coverage</a></li>
92216  </ul>
92217  </nav>
92218  </div>
92219  </section>
92220  </div>
92221  </div>
92222  </div></li>
92223  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/focused-on-health/january-2014.html">January 2014</a>
92224  <div class="subnav-mask">
92225  <div class="subnav-wrapper">
92226  <div class="subnav col10 pad">
92227  <section class="nested">
92228  <div class="col4 main-column">
92229  <nav class="secondary">
92230  <ul>
92231  <li class="mobile-nav-back"><a
   …   href="/publications/focused-on-health/january-2014.html" aria-label="Back to January
   …   2014">January 2014</a></li>
92232  <li class="primary-nav-item">
92233  <a href="/publications/focused-on-health/january-2014.html" aria-label="January 2014
   …   Home">January 2014 Home</a></li>
92234  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/january-2014/exercise-tips.html">Exercise tips
   …   for a better body</a></li>
92235  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/january-2014/healthy-snacks.html">Healthy
   …   snacks can help reduce cancer risk</a></li>
92236  <li class="primary-nav-item"><a
   …   href="/publications/focused-on-health/january-2014/diet-review.html">Food for
```

```
92236…  thoughts: A diet review</a></li>
92237   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/pap-test-facts.html">5 Pap test
        facts women should know</a></li>
92238   <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2014/fight-winter-depression.html">
        Winter blues? 6 ways to improve mood and energy</a></li>
92239   </ul>
92240   </nav>
92241   </div>
92242   </section>
92243   </div>
92244   </div>
92245   </div></li>
92246   </ul>
92247   </nav>
92248   </div>
92249   </section>
92250   </div>
92251   </div>
92252   </div></li>
92253   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog.html">OncoLog</a>
92254   <div class="subnav-mask">
92255   <div class="subnav-wrapper">
92256   <div class="subnav col10 pad">
92257   <section class="nested">
92258   <div class="col4 main-column">
92259   <nav class="secondary">
92260   <ul>
92261   <li class="mobile-nav-back"><a href="/publications/oncolog.html" aria-label="Back to
    …   OncoLog">OncoLog</a></li>
92262   <li class="primary-nav-item">
92263   <a href="/publications/oncolog.html" aria-label="OncoLog Home">OncoLog Home</a></li>
92264   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog/august-2016.html">August 2016</a>
92265   <div class="subnav-mask">
92266   <div class="subnav-wrapper">
92267   <div class="subnav col10 pad">
92268   <section class="nested">
92269   <div class="col4 main-column">
92270   <nav class="secondary">
92271   <ul>
92272   <li class="mobile-nav-back"><a href="/publications/oncolog/august-2016.html"
    …   aria-label="Back to August 2016">August 2016</a></li>
92273   <li class="primary-nav-item">
92274   <a href="/publications/oncolog/august-2016.html" aria-label="August 2016 Home">August
    …   2016 Home</a></li>
92275   <li class="primary-nav-item"><a
    …   href="/publications/oncolog/august-2016/parathyroid-carcinoma.html">Parathyroid
        Carcinoma</a></li>
92276   <li class="primary-nav-item"><a
    …   href="/publications/oncolog/august-2016/screening-for-hpv-related-cancers.html">
        Screening for HPV-Related Cancers</a></li>
92277   <li class="primary-nav-item"><a
    …   href="/publications/oncolog/august-2016/house-call-drug-advertisements.html">House
        Call: Drug Advertisements</a></li>
92278   </ul>
92279   </nav>
92280   </div>
92281   </section>
92282   </div>
92283   </div>
92284   </div></li>
92285   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog/july-2016.html">July 2016</a>
92286   <div class="subnav-mask">
92287   <div class="subnav-wrapper">
```

```
92288 <div class="subnav-solid pad">
92289 <section class="nested">
92290 <div class="col4 main-column">
92291 <nav class="secondary">
92292 <ul>
92293 <li class="mobile-nav-back"><a href="/publications/oncolog/july-2016.html"
   … aria-label="Back to July 2016">July 2016</a></li>
92294 <li class="primary-nav-item">
92295 <a href="/publications/oncolog/july-2016.html" aria-label="July 2016 Home">July 2016
   … Home</a></li>
92296 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/vaccination-after-stem-cell-transplant.html">
   … Vaccination after Stem Cell Transplant</a></li>
92297 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/bone-loss-prevention-in-cancer-patients-.html">
   … Bone Loss Prevention in Cancer Patients</a></li>
92298 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/experimental-drug-loxo-101-shrinks-tumors-with-
   … ntrk-fusions.html">Experimental Drug LOXO-101 Shrinks Tumors with NTRK
   … Fusions</a></li>
92299 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/local-consolidative-therapy-for-oligometastatic
   … -nonsmall-cell-lu.html">Local Consolidative Therapy for Oligometastatic Non—Small
   … Cell Lung Cancer</a></li>
92300 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/immunotherapy-drug-nivolumab-reduces-tumor-
   … burden-in-patients-wi.html">Nivolumab Reduces Tumor Burden in Patients with
   … Metastatic Bladder Cancer</a></li>
92301 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/house-call--cancer-surgery-terms.html">House
   … Call: Cancer Surgery Terms</a></li>
92302 <li class="primary-nav-item"><a
   … href="/publications/oncolog/july-2016/useful-resources--cancer-treatment-algorithms.
   … html">Useful Resources: Cancer Treatment Algorithms</a></li>
92303 </ul>
92304 </nav>
92305 </div>
92306 </section>
92307 </div>
92308 </div>
92309 </div></li>
92310 <li class="primary-nav-item has-subnav"><a
   … href="/publications/oncolog/june-2016.html">June 2016</a>
92311 <div class="subnav-mask">
92312 <div class="subnav-wrapper">
92313 <div class="subnav col10 pad">
92314 <section class="nested">
92315 <div class="col4 main-column">
92316 <nav class="secondary">
92317 <ul>
92318 <li class="mobile-nav-back"><a href="/publications/oncolog/june-2016.html"
   … aria-label="Back to June 2016">June 2016</a></li>
92319 <li class="primary-nav-item">
92320 <a href="/publications/oncolog/june-2016.html" aria-label="June 2016 Home">June 2016
   … Home</a></li>
92321 <li class="primary-nav-item"><a
   … href="/publications/oncolog/june-2016/proton-therapy-for-nonsmall-cell-lung-cancer-.
   … html">Proton Therapy for Non—Small Cell Lung Cancer</a></li>
92322 <li class="primary-nav-item"><a
   … href="/publications/oncolog/june-2016/braf-inhibitor-shows-promise-against-multiple-
   … cancer-types.html">BRAF Inhibitor Shows Promise against Multiple Cancer
   … Types</a></li>
92323 <li class="primary-nav-item"><a
   … href="/publications/oncolog/june-2016/second-primary-cancers-in-cancer-survivors.html
   … ">Second Primary Cancers in Cancer Survivors</a></li>
92324 <li class="primary-nav-item"><a
   … href="/publications/oncolog/june-2016/house-call--types-of-radiation-therapy.html">
   … House Call: Types of Radiation Therapy</a></li>
```

```
92325  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/june-2016/useful-resources--breast-cancer-survivorship-
   ...  course.html">Useful Resources: Breast Cancer Survivorship Course</a></li>
92326  </ul>
92327  </nav>
92328  </div>
92329  </section>
92330  </div>
92331  </div>
92332  </div></li>
92333  <li class="primary-nav-item has-subnav"><a
   ...  href="/publications/oncolog/may-2016.html">May 2016</a>
92334  <div class="subnav-mask">
92335  <div class="subnav-wrapper">
92336  <div class="subnav col10 pad">
92337  <section class="nested">
92338  <div class="col4 main-column">
92339  <nav class="secondary">
92340  <ul>
92341  <li class="mobile-nav-back"><a href="/publications/oncolog/may-2016.html"
   ...  aria-label="Back to May 2016">May 2016</a></li>
92342  <li class="primary-nav-item">
92343  <a href="/publications/oncolog/may-2016.html" aria-label="May 2016 Home">May 2016
   ...  Home</a></li>
92344  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/may-2016/intratumoral-therapies-offer-novel-cancer-
   ...  treatment-approach.html">Intratumoral Therapies</a></li>
92345  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/may-2016/high-risk-acute-lymphoblastic-leukemia-subtype-
   ...  targeted-in-upcom.html">High-Risk Acute Lymphoblastic Leukemia Subtype Targeted in
   ...  Upcoming
92346  Clinical Trial</a></li>
92347  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/may-2016/house-call--what-is-metastasis-.html">House
   ...  Call: What Is Metastasis?</a></li>
92348  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/may-2016/in-brief--new-staging-system-proposed-for-hpv-
   ...  related-oropharyng.html">New Staging System Proposed for HPV-Related Oropharyngeal
   ...  Cancer</a></li>
92349  </ul>
92350  </nav>
92351  </div>
92352  </section>
92353  </div>
92354  </div>
92355  </div></li>
92356  <li class="primary-nav-item has-subnav"><a
   ...  href="/publications/oncolog/april-2016.html">April 2016</a>
92357  <div class="subnav-mask">
92358  <div class="subnav-wrapper">
92359  <div class="subnav col10 pad">
92360  <section class="nested">
92361  <div class="col4 main-column">
92362  <nav class="secondary">
92363  <ul>
92364  <li class="mobile-nav-back"><a href="/publications/oncolog/april-2016.html"
   ...  aria-label="Back to April 2016">April 2016</a></li>
92365  <li class="primary-nav-item">
92366  <a href="/publications/oncolog/april-2016.html" aria-label="April 2016 Home">April
   ...  2016 Home</a></li>
92367  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/april-2016/aggressive-multimodality-salvage-therapy-for-
   ...  locally-recurrent-r.html">Locally Recurrent Rectal Cancer</a></li>
92368  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/april-2016/rapid-assessment--clinical-trials-could-
   ...  improve-outcomes-for-ana.html">Anaplastic Thyroid Cancer</a></li>
92369  <li class="primary-nav-item"><a
   ...  href="/publications/oncolog/april-2016/house-call--skin-cancer-prevention.html">House
```

```
92369...  Calf Skin Cancer Prevention</a></li>
92370    </ul>
92371    </nav>
92372    </div>
92373    </section>
92374    </div>
92375    </div>
92376    </div></li>
92377    <li class="primary-nav-item has-subnav"><a
    ...  href="/publications/oncolog/march-2016.html">March 2016</a>
92378    <div class="subnav-mask">
92379    <div class="subnav-wrapper">
92380    <div class="subnav col10 pad">
92381    <section class="nested">
92382    <div class="col4 main-column">
92383    <nav class="secondary">
92384    <ul>
92385    <li class="mobile-nav-back"><a href="/publications/oncolog/march-2016.html"
    ...  aria-label="Back to March 2016">March 2016</a></li>
92386    <li class="primary-nav-item">
92387    <a href="/publications/oncolog/march-2016.html" aria-label="March 2016 Home">March
    ...  2016 Home</a></li>
92388    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/march-2016/innovations-decrease-toxic-effects-of-
    ...  radiation-therapy-for-medi.html">Innovations Decrease Toxic Effects of Radiation
    ...  Therapy for Mediastinal
92389    Tumors from Hematological Malignancies</a></li>
92390    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/march-2016/transoral-robotic-surgery-enables-less-toxic-
    ...  treatment-of-early-.html">Transoral Robotic Surgery Enables Less Toxic Treatment of
    ...  Early Throat Cancers</a></li>
92391    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/march-2016/implantable-devices-monitor-for-cardiac-events
    ...  -in-cancer-survivo.html">Implantable Devices Monitor for Cardiac Events in Cancer
    ...  Survivors and
92392    Patients on Chemotherapy</a></li>
92393    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/march-2016/house-call--colorectal-cancer-screening.html">
    ...  House Call: Colorectal Cancer Screening</a></li>
92394    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/march-2016/useful-resources--clinical-trials-information.
    ...  html">Useful Resources: Clinical Trials Information</a></li>
92395    </ul>
92396    </nav>
92397    </div>
92398    </section>
92399    </div>
92400    </div>
92401    </div></li>
92402    <li class="primary-nav-item has-subnav"><a
    ...  href="/publications/oncolog/february-2016.html">February 2016</a>
92403    <div class="subnav-mask">
92404    <div class="subnav-wrapper">
92405    <div class="subnav col10 pad">
92406    <section class="nested">
92407    <div class="col4 main-column">
92408    <nav class="secondary">
92409    <ul>
92410    <li class="mobile-nav-back"><a href="/publications/oncolog/february-2016.html"
    ...  aria-label="Back to February 2016">February 2016</a></li>
92411    <li class="primary-nav-item">
92412    <a href="/publications/oncolog/february-2016.html" aria-label="February 2016
    ...  Home">February 2016 Home</a></li>
92413    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/february-2016/overcoming-challenges-in-cutaneous-t-cell-
    ...  lymphomas-.html">Cutaneous T Cell Lymphomas</a></li>
92414    <li class="primary-nav-item"><a
    ...  href="/publications/oncolog/february-2016/swallowing-therapy-improves-function-and-
```

```
92414  quality-of-life-for-pat.html">Swallowing Therapy for Head and Neck Cancer
   …   Patients</a></li>
92415  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2016/house-call--common-cancer-terms-.html">
   …   House Call: Common Cancer Terms</a></li>
92416  </ul>
92417  </nav>
92418  </div>
92419  </section>
92420  </div>
92421  </div>
92422  </div></li>
92423  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/january-2016.html">January 2016</a>
92424  <div class="subnav-mask">
92425  <div class="subnav-wrapper">
92426  <div class="subnav col10 pad">
92427  <section class="nested">
92428  <div class="col4 main-column">
92429  <nav class="secondary">
92430  <ul>
92431  <li class="mobile-nav-back"><a href="/publications/oncolog/january-2016.html"
   …   aria-label="Back to January 2016">January 2016</a></li>
92432  <li class="primary-nav-item">
92433  <a href="/publications/oncolog/january-2016.html" aria-label="January 2016
   …   Home">January 2016 Home</a></li>
92434  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/january-2016/proactive-management-of-li-fraumeni-syndrome
   …   -benefits-patients.html">Li-Fraumeni Syndrome</a></li>
92435  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/january-2016/clinical-trial-tests-high-dose-radiation-
   …   therapy-for-limited-sta.html">High-Dose Radiation Therapy for Small Cell Lung
   …   Cancer</a></li>
92436  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/january-2016/reducing-complications-and-hospital-
   …   readmissions-after-liver-sur.html">Reducing Complications after Liver
   …   Surgery</a></li>
92437  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/january-2016/house-call--when-should-women-begin-breast-
   …   cancer-screening-.html">House Call: Breast Cancer Screening</a></li>
92438  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/january-2016/useful-resources--cancer-screening-and-risk-
   …   reduction-algorithms.html">Useful Resources: Cancer Screening, Risk Reduction
   …   Algorithms</a></li>
92439  </ul>
92440  </nav>
92441  </div>
92442  </section>
92443  </div>
92444  </div>
92445  </div></li>
92446  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/november-december-2015.html">November-December 2015</a>
92447  <div class="subnav-mask">
92448  <div class="subnav-wrapper">
92449  <div class="subnav col10 pad">
92450  <section class="nested">
92451  <div class="col4 main-column">
92452  <nav class="secondary">
92453  <ul>
92454  <li class="mobile-nav-back"><a
   …   href="/publications/oncolog/november-december-2015.html" aria-label="Back to
   …   November-December 2015">November-December 2015</a></li>
92455  <li class="primary-nav-item">
92456  <a href="/publications/oncolog/november-december-2015.html"
   …   aria-label="November-December 2015 Home">November-December 2015 Home</a></li>
92457  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/november-december-2015/multidisciplinary-treatment-
```

```
92457… maximizes-outcomes-for-malignant-tum.html">Malignant Tumors of the Anterior Skull
   …  Base</a></li>
92458 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/november-december-2015/management-of-eyelid-and-
   …  conjunctival-tumors-with-preservation-o.html">Eyelid and Conjunctival Tumors</a></li>
92459 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/november-december-2015/house-call-other-health-risks-from
   …  -smoking.html">House Call: "Other" Health Risks from Smoking</a></li>
92460 </ul>
92461 </nav>
92462 </div>
92463 </section>
92464 </div>
92465 </div>
92466 </div></li>
92467 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/october-2015.html">October 2015</a>
92468 <div class="subnav-mask">
92469 <div class="subnav-wrapper">
92470 <div class="subnav col10 pad">
92471 <section class="nested">
92472 <div class="col4 main-column">
92473 <nav class="secondary">
92474 <ul>
92475 <li class="mobile-nav-back"><a href="/publications/oncolog/october-2015.html"
   …  aria-label="Back to October 2015">October 2015</a></li>
92476 <li class="primary-nav-item">
92477 <a href="/publications/oncolog/october-2015.html" aria-label="October 2015
   …  Home">October 2015 Home</a></li>
92478 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/october-2015/new-targeted-therapy-offers-hope-to-patients
   …  -with-blastic-plasma.html">Blastic Plasmacytoid Dendritic Cell Neoplasm</a></li>
92479 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/october-2015/laparoscopic-free-omental-lymphatic-flap-
   …  transfers-offer-a-power.html">Laparoscopic Free Omental Lymphatic Flap
   …  Transfers</a></li>
92480 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/october-2015/naproxen-shows-potential-for-chemoprevention
   …  -in-patients-with-ly.html">Naproxen for Chemoprevention in Lynch Syndrome</a></li>
92481 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/october-2015/house-call-preparing-for-a-hospital-stay.
   …  html">House Call: Preparing for a Hospital Stay</a></li>
92482 <li class="primary-nav-item"><a
   …  href="/publications/oncolog/october-2015/in-brief-beta-blockers-may-prolong-ovarian-
   …  cancer-patients-survi.html">Beta-Blockers May Prolong Ovarian Cancer Patients'
   …  Survival</a></li>
92483 </ul>
92484 </nav>
92485 </div>
92486 </section>
92487 </div>
92488 </div>
92489 </div></li>
92490 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/oncolog/september-2015.html">September 2015</a>
92491 <div class="subnav-mask">
92492 <div class="subnav-wrapper">
92493 <div class="subnav col10 pad">
92494 <section class="nested">
92495 <div class="col4 main-column">
92496 <nav class="secondary">
92497 <ul>
92498 <li class="mobile-nav-back"><a href="/publications/oncolog/september-2015.html"
   …  aria-label="Back to September 2015">September 2015</a></li>
92499 <li class="primary-nav-item">
92500 <a href="/publications/oncolog/september-2015.html" aria-label="September 2015
   …  Home">September 2015 Home</a></li>
92501 <li class="primary-nav-item"><a
```

```
92501  href="/publications/oncolog/september-2015/enhanced-surgical-recovery-programs-
  …    improve-perioperative-outcom.html">Enhanced Surgical Recovery Programs for Cancer
  …    Patients</a></li>
92502  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/september-2015/new-treatments-for-respiratory-viruses-in-
  …    immunocompromised-pati.html">Respiratory Viruses in Immunocompromised
  …    Patients</a></li>
92503  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/september-2015/house-call-types-of-drugs-used-to-treat-
  …    cancer.html">House Call: Types of Drugs Used to Treat Cancer</a></li>
92504  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/september-2015/in-brief-14-3-3--protein-prevents-tumor-
  …    promoting-metabolic-repr.html">14-3-3σ Protein Stops Tumor-Promoting Metabolic
  …    Reprogramming</a></li>
92505  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/september-2015/in-brief-mir-506-microrna-may-help-
  …    overcome-chemotherapy-resista.html">miR-506 MicroRNA and Ovarian Cancer
  …    Chemoresistance</a></li>
92506  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/september-2015/useful-resources-clinical-calculators.html
  …    ">Useful Resources: Clinical Calculators</a></li>
92507  </ul>
92508  </nav>
92509  </div>
92510  </section>
92511  </div>
92512  </div>
92513  </div></li>
92514  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/oncolog/august-2015.html">August 2015</a>
92515  <div class="subnav-mask">
92516  <div class="subnav-wrapper">
92517  <div class="subnav col10 pad">
92518  <section class="nested">
92519  <div class="col4 main-column">
92520  <nav class="secondary">
92521  <ul>
92522  <li class="mobile-nav-back"><a href="/publications/oncolog/august-2015.html"
  …    aria-label="Back to August 2015">August 2015</a></li>
92523  <li class="primary-nav-item">
92524  <a href="/publications/oncolog/august-2015.html" aria-label="August 2015 Home">August
  …    2015 Home</a></li>
92525  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/new-gene-therapy-for-bladder-cancer-shows-
  …    promise.html">New Gene Therapy for Bladder Cancer Shows Promise</a></li>
92526  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/vaccine-helps-t-cells-target-sarcomas-
  …    melanomas-and-other-tumors.html">Vaccine Helps T Cells Target Sarcomas, Melanomas,
  …    and Other Tumors</a></li>
92527  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/house-call-prostate-cancer-screening.html">
  …    House Call: Prostate Cancer Screening</a></li>
92528  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/in-brief-glypican-1-shows-promise-as-a-
  …    biomarker-for-pancreatic-.html">Glypican-1 Shows Promise as a Biomarker for
  …    Pancreatic Cancer</a></li>
92529  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/in-brief-stereotactic-ablative-radiation-
  …    therapy-for-stage-i-non.html">Stereotactic Ablative Radiation Therapy for Non—Small
  …    Cell Lung Cancer</a></li>
92530  <li class="primary-nav-item"><a
  …    href="/publications/oncolog/august-2015/useful-resources-cancer-survivorship-
  …    algorithms.html">Useful Resources: Cancer Survivorship Algorithms</a></li>
92531  </ul>
92532  </nav>
92533  </div>
92534  </section>
92535  </div>
```

```
92536 </div>
92537 </div></li>
92538 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/july-2015.html">July 2015</a>
92539 <div class="subnav-mask">
92540 <div class="subnav-wrapper">
92541 <div class="subnav col10 pad">
92542 <section class="nested">
92543 <div class="col4 main-column">
92544 <nav class="secondary">
92545 <ul>
92546 <li class="mobile-nav-back"><a href="/publications/oncolog/july-2015.html"
    … aria-label="Back to July 2015">July 2015</a></li>
92547 <li class="primary-nav-item">
92548 <a href="/publications/oncolog/july-2015.html" aria-label="July 2015 Home">July 2015
    … Home</a></li>
92549 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2015/emergency-care-for-cancer-patients.html">
    … Emergency Care for Cancer Patients</a></li>
92550 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2015/immunotherapy-trials-offer-hope-to-patients-
    … with-high-risk-or-me.html">Immunotherapy for High-Risk or Metastatic Breast
    … Cancer</a></li>
92551 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2015/house-call-hospital-patient-advocates-provide-
    … support.html">House Call: Hospital Patient Advocates</a></li>
92552 </ul>
92553 </nav>
92554 </div>
92555 </section>
92556 </div>
92557 </div>
92558 </div></li>
92559 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/june-2015.html">June 2015</a>
92560 <div class="subnav-mask">
92561 <div class="subnav-wrapper">
92562 <div class="subnav col10 pad">
92563 <section class="nested">
92564 <div class="col4 main-column">
92565 <nav class="secondary">
92566 <ul>
92567 <li class="mobile-nav-back"><a href="/publications/oncolog/june-2015.html"
    … aria-label="Back to June 2015">June 2015</a></li>
92568 <li class="primary-nav-item">
92569 <a href="/publications/oncolog/june-2015.html" aria-label="June 2015 Home">June 2015
    … Home</a></li>
92570 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2015/new-breast-imaging-modalities-show-promise-for-
    … cancer-screening-.html">New Breast Imaging Modalities for Cancer Screening,
    … Staging</a></li>
92571 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2015/addressing-sexual-dysfunction-in-cancer-
    … survivors.html">Sexual Dysfunction in Cancer Survivors</a></li>
92572 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2015/house-call-dental-hygiene-and-care-before-
    … during-and-after-cance.html">House Call: Dental Care and Cancer Treatment</a></li>
92573 <li class="primary-nav-item"><a
    … href="/publications/oncolog/june-2015/in-brief-new-assay-could-lead-to-earlier-
    … ovarian-cancer-detectio.html">New Assay Could Lead to Earlier Ovarian Cancer
    … Detection</a></li>
92574 </ul>
92575 </nav>
92576 </div>
92577 </section>
92578 </div>
92579 </div>
92580 </div></li>
```

```
92581  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/may-2015.html">May 2015</a>
92582  <div class="subnav-mask">
92583  <div class="subnav-wrapper">
92584  <div class="subnav col10 pad">
92585  <section class="nested">
92586  <div class="col4 main-column">
92587  <nav class="secondary">
92588  <ul>
92589  <li class="mobile-nav-back"><a href="/publications/oncolog/may-2015.html"
   …   aria-label="Back to May 2015">May 2015</a></li>
92590  <li class="primary-nav-item">
92591  <a href="/publications/oncolog/may-2015.html" aria-label="May 2015 Home">May 2015
   …   Home</a></li>
92592  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/may-2015/algorithm-for-treating-advanced-ovarian-cancer-
   …   increases-complet.html">Algorithm for Treating Advanced Ovarian Cancer</a></li>
92593  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/may-2015/clinical-trials-explore-systemic-treatments-for-
   …   brain-metastases.html">Systemic Treatments for Brain Metastases from Breast
   …   Cancer</a></li>
92594  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/may-2015/house-call-tips-for-communicating-with-health-
   …   care-providers.html">House Call: Communicating with Health Care Providers</a></li>
92595  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/may-2015/in-brief-sentinel-lymph-node-mapping-identifies-
   …   node-positive-hi.html">Sentinel Lymph Node Mapping in Endometrial Cancer</a></li>
92596  </ul>
92597  </nav>
92598  </div>
92599  </section>
92600  </div>
92601  </div>
92602  </div></li>
92603  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/april-2015.html">April 2015</a>
92604  <div class="subnav-mask">
92605  <div class="subnav-wrapper">
92606  <div class="subnav col10 pad">
92607  <section class="nested">
92608  <div class="col4 main-column">
92609  <nav class="secondary">
92610  <ul>
92611  <li class="mobile-nav-back"><a href="/publications/oncolog/april-2015.html"
   …   aria-label="Back to April 2015">April 2015</a></li>
92612  <li class="primary-nav-item">
92613  <a href="/publications/oncolog/april-2015.html" aria-label="April 2015 Home">April
   …   2015 Home</a></li>
92614  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/april-2015/multidisciplinary-globe-sparing-treatment-for-
   …   lacrimal-gland-car.html">Globe-Sparing Treatment for Lacrimal Gland
   …   Carcinoma</a></li>
92615  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/april-2015/novel-trial-design-streamlines-development-of-
   …   breast-cancer-ther.html">Novel Trial Design for Breast Cancer Therapies</a></li>
92616  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/april-2015/targeted-therapy-for-high-risk-melanoma-may-
   …   forestall-recurrence.html">Targeted Therapy for High-Risk Melanoma</a></li>
92617  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/april-2015/house-call-interpreting-health-news.html">
   …   House Call: Interpreting Health News</a></li>
92618  </ul>
92619  </nav>
92620  </div>
92621  </section>
92622  </div>
92623  </div>
92624  </div></li>
```

```
92625  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/march-2015.html">March 2015</a>
92626  <div class="subnav-mask">
92627  <div class="subnav-wrapper">
92628  <div class="subnav col10 pad">
92629  <section class="nested">
92630  <div class="col4 main-column">
92631  <nav class="secondary">
92632  <ul>
92633  <li class="mobile-nav-back"><a href="/publications/oncolog/march-2015.html"
   …   aria-label="Back to March 2015">March 2015</a></li>
92634  <li class="primary-nav-item">
92635  <a href="/publications/oncolog/march-2015.html" aria-label="March 2015 Home">March
   …   2015 Home</a></li>
92636  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/march-2015/small-cell-lung-cancer-studies-may-increase-
   …   treatment-options.html">Small Cell Lung Cancer Studies May Increase Treatment
   …   Options</a></li>
92637  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/march-2015/improved-maintenance-therapy-promotes-myeloma-
   …   patients-quality-o.html">Improved Maintenance Therapy for Myeloma Patients</a></li>
92638  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/march-2015/primary-tumor-resection-may-be-overused-in-
   …   patients-with-metasta.html">Primary Tumor Resection in Metastatic Colon
   …   Cancer</a></li>
92639  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/march-2015/house-call-how-hospital-chaplains-help.html">
   …   House Call: How Hospital Chaplains Help</a></li>
92640  </ul>
92641  </nav>
92642  </div>
92643  </section>
92644  </div>
92645  </div>
92646  </div></li>
92647  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/february-2015.html">February 2015</a>
92648  <div class="subnav-mask">
92649  <div class="subnav-wrapper">
92650  <div class="subnav col10 pad">
92651  <section class="nested">
92652  <div class="col4 main-column">
92653  <nav class="secondary">
92654  <ul>
92655  <li class="mobile-nav-back"><a href="/publications/oncolog/february-2015.html"
   …   aria-label="Back to February 2015">February 2015</a></li>
92656  <li class="primary-nav-item">
92657  <a href="/publications/oncolog/february-2015.html" aria-label="February 2015
   …   Home">February 2015 Home</a></li>
92658  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2015/mas-alla-de-la-diabetes-la-metformina-puede
   …   -ser-de-amplia-utilid.html">Más allá de la diabetes: la metformina puede ser de
   …   amplia
92659  utilidad en el cáncer</a></li>
92660  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2015/natural-killer-cell-therapy-may-augment-
   …   treatment-of-hematologic.html">Natural Killer Cell Therapy for Hematological
   …   Cancers</a></li>
92661  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2015/concurrent-treatment-of-hiv-and-cancer-
   …   improves-survival-outcome.html">Concurrent HIV, Cancer Treatment Improves Survival
   …   Outcomes</a></li>
92662  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2015/house-call-facts-about-radiation.html">
   …   House Call: Facts About Radiation</a></li>
92663  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/february-2015/in-brief-sleeping-beauty-gene-therapy-shows
   …   -promise-against-b-ce.html">Sleeping Beauty Gene Therapy for B Cell
```

```
92663… | Malignancies</a></li>
92664 | </ul>
92665 | </nav>
92666 | </div>
92667 | </section>
92668 | </div>
92669 | </div>
92670 | </div></li>
92671 | <li class="primary-nav-item has-subnav"><a
   …  | href="/publications/oncolog/january-2015.html">January 2015</a>
92672 | <div class="subnav-mask">
92673 | <div class="subnav-wrapper">
92674 | <div class="subnav col10 pad">
92675 | <section class="nested">
92676 | <div class="col4 main-column">
92677 | <nav class="secondary">
92678 | <ul>
92679 | <li class="mobile-nav-back"><a href="/publications/oncolog/january-2015.html"
   …  | aria-label="Back to January 2015">January 2015</a></li>
92680 | <li class="primary-nav-item">
92681 | <a href="/publications/oncolog/january-2015.html" aria-label="January 2015
   …  | Home">January 2015 Home</a></li>
92682 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/january-2015/simultaneous-resection-of-liver-and-lung-
   …  | metastases-from-colorec.html">Simultaneous Resection of Liver, Lung
   …  | Metastases</a></li>
92683 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/january-2015/some-breast-cancer-patients-may-benefit-from
   …  | -shorter-course-of-w.html">Shorter Course of Whole-Breast Irradiation for Breast
   …  | Cancer</a></li>
92684 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/january-2015/impact2-study-tests-benefits-of-personalized
   …  | -cancer-treatment-ba.html">Personalized Cancer Treatment Based on Molecular
   …  | Profiling</a></li>
92685 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/january-2015/house-call-telling-your-child-about-your-
   …  | cancer.html">House Call: Telling Your Child About Your Cancer</a></li>
92686 | </ul>
92687 | </nav>
92688 | </div>
92689 | </section>
92690 | </div>
92691 | </div>
92692 | </div></li>
92693 | <li class="primary-nav-item has-subnav"><a
   …  | href="/publications/oncolog/november-december-2014.html">November-December 2014</a>
92694 | <div class="subnav-mask">
92695 | <div class="subnav-wrapper">
92696 | <div class="subnav col10 pad">
92697 | <section class="nested">
92698 | <div class="col4 main-column">
92699 | <nav class="secondary">
92700 | <ul>
92701 | <li class="mobile-nav-back"><a
   …  | href="/publications/oncolog/november-december-2014.html" aria-label="Back to
   …  | November-December 2014">November-December 2014</a></li>
92702 | <li class="primary-nav-item">
92703 | <a href="/publications/oncolog/november-december-2014.html"
   …  | aria-label="November-December 2014 Home">November-December 2014 Home</a></li>
92704 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/november-december-2014/striving-to-improve-treatments-for
   …  | -uveal-melanoma.html">Striving to Improve Treatments for Uveal Melanoma</a></li>
92705 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/november-december-2014/beyond-diabetes-metformin-may-have
   …  | -broad-utility-in-cancer.html">Metformin May Have Broad Utility in Cancer</a></li>
92706 | <li class="primary-nav-item"><a
   …  | href="/publications/oncolog/november-december-2014/house-call-smoking-cessation.html"
   …  | >House Call: Smoking Cessation</a></li>
```

```
92707 <li class="primary-nav-item"><a
  … href="/publications/oncolog/november-december-2014/in-brief-vaccine-explored-to-
  … reduce-risk-of-her2-positive-breast.html">Vaccine May Reduce HER2+ Breast Cancer
  … Recurrence Risk</a></li>
92708 </ul>
92709 </nav>
92710 </div>
92711 </section>
92712 </div>
92713 </div>
92714 </div></li>
92715 <li class="primary-nav-item has-subnav"><a
  … href="/publications/oncolog/october-2014.html">October 2014</a>
92716 <div class="subnav-mask">
92717 <div class="subnav-wrapper">
92718 <div class="subnav col10 pad">
92719 <section class="nested">
92720 <div class="col4 main-column">
92721 <nav class="secondary">
92722 <ul>
92723 <li class="mobile-nav-back"><a href="/publications/oncolog/october-2014.html"
  … aria-label="Back to October 2014">October 2014</a></li>
92724 <li class="primary-nav-item">
92725 <a href="/publications/oncolog/october-2014.html" aria-label="October 2014
  … Home">October 2014 Home</a></li>
92726 <li class="primary-nav-item"><a
  … href="/publications/oncolog/october-2014/new-drugs-for-myeloproliferative-neoplasms-
  … ease-suffering-and-ex.html">New Drugs for Myeloproliferative Neoplasms Extend
  … Life</a></li>
92727 <li class="primary-nav-item"><a
  … href="/publications/oncolog/october-2014/neoadjuvant-targeted-therapy-may-offer-
  … multiple-benefits-for-pat.html">Neoadjuvant Targeted for Locally Advanced Renal
  … Cancer</a></li>
92728 <li class="primary-nav-item"><a
  … href="/publications/oncolog/october-2014/new-combination-therapy-offers-potential-to-
  … cure-flt3-itd-acute-.html">New Therapy for FLT3-ITD Acute Myelogenous
  … Leukemia</a></li>
92729 <li class="primary-nav-item"><a
  … href="/publications/oncolog/october-2014/house-call-symptoms-of-cancer.html">House
  … Call: Symptoms of Cancer</a></li>
92730 </ul>
92731 </nav>
92732 </div>
92733 </section>
92734 </div>
92735 </div>
92736 </div></li>
92737 <li class="primary-nav-item has-subnav"><a
  … href="/publications/oncolog/september-2014.html">September 2014</a>
92738 <div class="subnav-mask">
92739 <div class="subnav-wrapper">
92740 <div class="subnav col10 pad">
92741 <section class="nested">
92742 <div class="col4 main-column">
92743 <nav class="secondary">
92744 <ul>
92745 <li class="mobile-nav-back"><a href="/publications/oncolog/september-2014.html"
  … aria-label="Back to September 2014">September 2014</a></li>
92746 <li class="primary-nav-item">
92747 <a href="/publications/oncolog/september-2014.html" aria-label="September 2014
  … Home">September 2014 Home</a></li>
92748 <li class="primary-nav-item"><a
  … href="/publications/oncolog/september-2014/biomarker-driven-clinical-trials-may-
  … improve-personalized-treatm.html">Biomarker-Driven Clinical Trials for Lung
  … Cancer</a></li>
92749 <li class="primary-nav-item"><a
  … href="/publications/oncolog/september-2014/new-antibody-chemotherapy-combinations-
  … show-promise-against-acut.html">New Antibody-Chemotherapy Combinations for
```

```
92749… ALL 2014</li>
92750  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/deep-inspiration-breath-hold-protects-
    …  against-radiation-induced-.html">Reducing Cardiotoxicity in Left Breast
    …  Irradiation</a></li>
92751  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/house-call-books-can-help-patients-deal-
    …  with-cancer.html">House Call: Books Can Help Patients Deal With Cancer</a></li>
92752  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2014/in-brief-large-scale-molecular-data-
    …  analysis-yields-multiple-ben.html">Large-Scale Molecular Data Analysis Yields
    …  Multiple Benefits</a></li>
92753  </ul>
92754  </nav>
92755  </div>
92756  </section>
92757  </div>
92758  </div>
92759  </div></li>
92760  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/august-2014.html">August 2014</a>
92761  <div class="subnav-mask">
92762  <div class="subnav-wrapper">
92763  <div class="subnav col10 pad">
92764  <section class="nested">
92765  <div class="col4 main-column">
92766  <nav class="secondary">
92767  <ul>
92768  <li class="mobile-nav-back"><a href="/publications/oncolog/august-2014.html"
    …  aria-label="Back to August 2014">August 2014</a></li>
92769  <li class="primary-nav-item">
92770  <a href="/publications/oncolog/august-2014.html" aria-label="August 2014 Home">August
    …  2014 Home</a></li>
92771  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/august-2014/immune-checkpoint-inhibitors-show-promise-
    …  against-metastatic-ren.html">Immunotherapy for Metastatic Renal Cell
    …  Carcinoma</a></li>
92772  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/august-2014/clinical-study-offers-definitive-local-
    …  treatment-of-bone-metasta.html">Definitive Local Treatment of Breast Cancer Bone
    …  Metastases</a></li>
92773  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/august-2014/new-scoring-system-for-hepatic-reserve-could-
    …  help-in-planning-tr.html">New Hepatic Reserve Scoring System in Liver Cancer
    …  Patients</a></li>
92774  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/august-2014/house-call-managing-stress-after-cancer-
    …  treatment---oncolog---au.html">House Call: Managing Stress After Cancer
    …  Treatment</a></li>
92775  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/august-2014/in-brief-needle-biopsy-underused-in-breast-
    …  cancer-diagnosis---on.html">Needle Biopsy Underused in Breast Cancer
    …  Diagnosis</a></li>
92776  </ul>
92777  </nav>
92778  </div>
92779  </section>
92780  </div>
92781  </div>
92782  </div></li>
92783  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/july-2014.html">July 2014</a>
92784  <div class="subnav-mask">
92785  <div class="subnav-wrapper">
92786  <div class="subnav col10 pad">
92787  <section class="nested">
92788  <div class="col4 main-column">
92789  <nav class="secondary">
```

```
92790  <ul
92791  <li class="mobile-nav-back"><a href="/publications/oncolog/july-2014.html"
   …   aria-label="Back to July 2014">July 2014</a></li>
92792  <li class="primary-nav-item">
92793  <a href="/publications/oncolog/july-2014.html" aria-label="July 2014 Home">July 2014
   …   Home</a></li>
92794  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/side-effects-of-targeted-molecular-agents-vary-
   …   according-to-mech.html">Side Effects of Targeted Molecular Agents</a></li>
92795  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/ras-mutation-status-may-predict-outcomes-after-
   …   surgery-for-color.html">RAS Mutation in Liver Metastases from Colorectal
   …   Cancer</a></li>
92796  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/hpv-test-does-not-replace-pap-test-for-cervical
   …   -cancer-screening.html">Cervical Cancer Screening</a></li>
92797  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/house-call-advance-directives-make-patients-
   …   wishes-known---oncol.html">House Call: Advance Directives</a></li>
92798  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/july-2014/in-brief-study-finds-less-frequent-
   …   bisphosphonate-treatment-equi.html">Clinical Trial Tests Less Frequent Bisphosphonate
   …   Treatment</a></li>
92799  </ul>
92800  </nav>
92801  </div>
92802  </section>
92803  </div>
92804  </div>
92805  </div></li>
92806  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/oncolog/june-2014.html">June 2014</a>
92807  <div class="subnav-mask">
92808  <div class="subnav-wrapper">
92809  <div class="subnav col10 pad">
92810  <section class="nested">
92811  <div class="col4 main-column">
92812  <nav class="secondary">
92813  <ul>
92814  <li class="mobile-nav-back"><a href="/publications/oncolog/june-2014.html"
   …   aria-label="Back to June 2014">June 2014</a></li>
92815  <li class="primary-nav-item">
92816  <a href="/publications/oncolog/june-2014.html" aria-label="June 2014 Home">June 2014
   …   Home</a></li>
92817  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/new-agents-hold-promise-for-patients-with-
   …   advanced-thyroid-cance.html">New Agents for Advanced Thyroid Cancer</a></li>
92818  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/surgical-options-for-lymphedema-lymphedema---
   …   oncolog---june-2014.html">Surgical Options for Lymphedema</a></li>
92819  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/house-call-sleep-problems-in-cancer-patients---
   …   oncolog---june-20.html">House Call: Sleep Problems in Cancer Patients</a></li>
92820  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/in-brief-intensity-modulated-radiation-therapy-
   …   improves-survival.html">Intensity-modulated radiation therapy in head, neck
   …   cancer</a></li>
92821  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/in-brief-research-findings-could-lead-to-blood-
   …   test-for-cancer-r.html">Research could lead to test for cancer-related gene
   …   defects</a></li>
92822  <li class="primary-nav-item"><a
   …   href="/publications/oncolog/june-2014/in-brief-tumor-suppressing-protein-may-help-
   …   predict-survival-in-..html">ZMYND11 protein may predict breast cancer patient
   …   survival</a></li>
92823  </ul>
92824  </nav>
92825  </div>
```

```
92826  </section>
92827  </div>
92828  </div>
92829  </div></li>
92830  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/september-2016.html">September 2016</a>
92831  <div class="subnav-mask">
92832  <div class="subnav-wrapper">
92833  <div class="subnav col10 pad">
92834  <section class="nested">
92835  <div class="col4 main-column">
92836  <nav class="secondary">
92837  <ul>
92838  <li class="mobile-nav-back"><a href="/publications/oncolog/september-2016.html"
    …  aria-label="Back to September 2016">September 2016</a></li>
92839  <li class="primary-nav-item">
92840  <a href="/publications/oncolog/september-2016.html" aria-label="September 2016
    …  Home">September 2016 Home</a></li>
92841  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2016/transport-oncophysics-and-pancreatic-
    …  cancer-.html">Transport Oncophysics and Pancreatic Cancer</a></li>
92842  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2016/nivolumab-for-anal-cancer-treatment-.html"
    …  >Nivolumab for Anal Cancer Treatment</a></li>
92843  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2016/lymphedema-screening-for-breast-cancer-
    …  survivors-.html">Lymphedema Screening for Breast Cancer Survivors</a></li>
92844  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2016/house-call--health-and-fitness-apps.html">
    …  House Call: Health and Fitness Apps</a></li>
92845  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/september-2016/useful-resources--hpv-associated-cancers-
    …  course.html">Useful Resources: HPV-Associated Cancers Course</a></li>
92846  </ul>
92847  </nav>
92848  </div>
92849  </section>
92850  </div>
92851  </div>
92852  </div></li>
92853  </ul>
92854  </nav>
92855  </div>
92856  </section>
92857  </div>
92858  </div>
92859  </div></li>
92860  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise.html">Promise</a>
92861  <div class="subnav-mask">
92862  <div class="subnav-wrapper">
92863  <div class="subnav col10 pad">
92864  <section class="nested">
92865  <div class="col4 main-column">
92866  <nav class="secondary">
92867  <ul>
92868  <li class="mobile-nav-back"><a href="/publications/promise.html" aria-label="Back to
    …  Promise">Promise</a></li>
92869  <li class="primary-nav-item">
92870  <a href="/publications/promise.html" aria-label="Promise Home">Promise Home</a></li>
92871  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/summer-2016.html">Summer 2016</a>
92872  <div class="subnav-mask">
92873  <div class="subnav-wrapper">
92874  <div class="subnav col10 pad">
92875  <section class="nested">
92876  <div class="col4 main-column">
92877  <nav class="secondary">
```

```
92878  <ul>
92879  <li class="mobile-nav-back"><a href="/publications/promise/summer-2016.html"
   …   aria-label="Back to Summer 2016">Summer 2016</a></li>
92880  <li class="primary-nav-item">
92881  <a href="/publications/promise/summer-2016.html" aria-label="Summer 2016 Home">Summer
   …   2016 Home</a></li>
92882  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/Cosmetics-entrepreneur-focuses-on-cancers-
   …   genetic-makeup.html">Cosmetics entrepreneur focuses on cancer's genetic
   …   makeup</a></li>
92883  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/saks-fifth-avenue-reopening.html">Saks Fifth
   …   Avenue reopening</a></li>
92884  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/got-hope.html">Got Hope?</a></li>
92885  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/about-the-HPV-related-cancers-moon-shot.html"
   …   >About the HPV-related Cancers Moon Shot</a></li>
92886  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/moon-shots-program.html">Moon Shots
   …   Program</a></li>
92887  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/my-moon-shot.html">My Moon Shot</a></li>
92888  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/vatican-meeting.html">Vatican
   …   Meeting</a></li>
92889  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/a-win-win-win-situation.html">A win-win-win
   …   situation</a></li>
92890  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/getting-to-know-kelli-kickerillo.html">
   …   Getting to know: Kelli Kickerillo</a></li>
92891  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/survivors-say.html">Survivors Say</a></li>
92892  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/prom-party-palooza.html">Prom party
   …   palooza</a></li>
92893  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/tradition-triumphs-in-west-texas.html">
   …   Tradition triumphs in West Texas</a></li>
92894  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/cyclers-eye-the-finish-line.html">Cyclers eye
   …   the finish line</a></li>
92895  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/the-secret-sauce.html">'The secret
   …   sauce'</a></li>
92896  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/taking-a-swing-at-curing-brain-cancer.html">
   …   Taking a swing at curing brain cancer</a></li>
92897  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/ipromise.html">iPromise</a></li>
92898  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/diamond-anniversary.html">Diamond
   …   Anniversary</a></li>
92899  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/national-cancer-moonshot-summit.html">
   …   National cancer moonshot summit</a></li>
92900  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/zayed-building-opens-doors-to-state-of-the-
   …   art-research.html">Zayed building opens doors to state-of-the-art research</a></li>
92901  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/cancer-meet-your-match.html">Cancer, meet
   …   your match</a></li>
92902  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2016/MD-Anderson-experts-join-new-parker-institute
   …   -for-cancer-immunotherapy.html">MD Anderson experts join new Parker Institute for
   …   Cancer Immunotherapy</a></li>
92903  <li class="primary-nav-item"><a
```

```
92903  href="/publications/promise/summer-2016/upcoming-events.html">Upcoming
...    events</a></li>
92904  </ul>
92905  </nav>
92906  </div>
92907  </section>
92908  </div>
92909  </div>
92910  </div></li>
92911  <li class="primary-nav-item has-subnav"><a
...    href="/publications/promise/Spring2016.html">Spring 2016</a>
92912  <div class="subnav-mask">
92913  <div class="subnav-wrapper">
92914  <div class="subnav col10 pad">
92915  <section class="nested">
92916  <div class="col4 main-column">
92917  <nav class="secondary">
92918  <ul>
92919  <li class="mobile-nav-back"><a href="/publications/promise/Spring2016.html"
...    aria-label="Back to Spring 2016">Spring 2016</a></li>
92920  <li class="primary-nav-item">
92921  <a href="/publications/promise/Spring2016.html" aria-label="Spring 2016 Home">Spring
...    2016 Home</a></li>
92922  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/until-20.html">Until 20</a></li>
92923  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/my-moon-shot.html">My Moon Shot</a></li>
92924  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/moon-shots-program.html">Moon Shots
...    Program</a></li>
92925  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/survivors-say.html">Survivors Say</a></li>
92926  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/ipromise.html">iPromise</a></li>
92927  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/among-friends.html">Among Friends</a></li>
92928  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/nations-cancer-research-budget-gets-5percent-
...    increase.html">Nation's cancer research budget gets 5% increase</a></li>
92929  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/color-me-pink-benefit-brings-in-the-green.html
...    ">Color Me Pink benefit brings in the green</a></li>
92930  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/the-fight-continues.html">The fight
...    continues</a></li>
92931  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/do-stuff-dont-wait.html">Do stuff. Don't
...    wait.</a></li>
92932  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/two-gifts-in-one.html">Two gifts in
...    one</a></li>
92933  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/shooting-for-a-cure-for-pancreatic-cancer.html
...    ">Shooting for a cure for pancreatic cancer</a></li>
92934  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/updating-the-patient-experience.html">Updating
...    the patient experience</a></li>
92935  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/targeting-tnbc.html">Targeting TNBC</a></li>
92936  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/making-cancer-history-in-florida.html">Making
...    Cancer History® in Florida</a></li>
92937  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/discoveries-developments.html">Discoveries,
...    developments</a></li>
92938  <li class="primary-nav-item"><a
...    href="/publications/promise/Spring2016/philanthropy-recognizes-research-clinical-
...    excellence.html">Philanthropy recognizes research, clinical excellence</a></li>
```

```
92939  </ul>
92940  </nav>
92941  </div>
92942  </section>
92943  </div>
92944  </div>
92945  </div></li>
92946  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/winter-2016.html">Winter 2016</a>
92947  <div class="subnav-mask">
92948  <div class="subnav-wrapper">
92949  <div class="subnav col10 pad">
92950  <section class="nested">
92951  <div class="col4 main-column">
92952  <nav class="secondary">
92953  <ul>
92954  <li class="mobile-nav-back"><a href="/publications/promise/winter-2016.html"
  …    aria-label="Back to Winter 2016">Winter 2016</a></li>
92955  <li class="primary-nav-item">
92956  <a href="/publications/promise/winter-2016.html" aria-label="Winter 2016 Home">Winter
  …    2016 Home</a></li>
92957  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/global-ambassadors-with-a-collective-goal.
  …    html">Global ambassadors with a collective goal</a></li>
92958  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/my-moon-shot.html">My Moon Shot</a></li>
92959  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/about-the-pancreatic-cancer-moon-shot.html">
  …    About the Pancreatic Cancer Moon Shot</a></li>
92960  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/the-moon-shots-program-overview.html">The
  …    Moon Shots Program Overview</a></li>
92961  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/a-lasting-legacy.html">A lasting
  …    legacy</a></li>
92962  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/a-conversation-with-a-living-legend.html">A
  …    Conversation With a Living Legend®</a></li>
92963  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/ipromise.html">iPromise</a></li>
92964  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/survivors-say.html">Survivors Say</a></li>
92965  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/a-lifetime-commitment.html">A lifetime
  …    commitment</a></li>
92966  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/among-friends.html">Among Friends</a></li>
92967  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/call-of-the-cattlemen.html">Call of the
  …    Cattlemen</a></li>
92968  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/dancer-to-end-cancer.html">Dancer to end
  …    cancer</a></li>
92969  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/from-football-to-philanthropy.html">From
  …    football to philanthropy, she's &quot;TUFF&quot; enough</a></li>
92970  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/50000-boost-to-cancer-prevention-and-control.
  …    html">$50,000 boost to Cancer Prevention and Control</a></li>
92971  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/pappas-serves-up-101500-to-endcancer.html">
  …    Pappas serves up $101,500 to #endcancer</a></li>
92972  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/santas-elves-celebrate-the-season.html">Santa
  …    's Elves celebrate the season</a></li>
92973  <li class="primary-nav-item"><a
  …    href="/publications/promise/winter-2016/thumbs-up-for-stripes.html">Thumbs up for
  …    Stripes</a></li>
```

```
92974 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/md-anderson-receives-22-million-in-cprit-
    … grants.html">MD Anderson receives $22.2 million in CPRIT Grants</a></li>
92975 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/liquid-assets.html">Liquid assets</a></li>
92976 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/prestigious-honor-recognizes-outstanding-
    … contributions-to-oncology.html">Prestigious honor recognizes outstanding
    … contributions to oncology</a></li>
92977 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/mast-recon.html">Mast + Recon</a></li>
92978 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/why-some-colorectal-cancers-recur-after-
    … treatment.html">Why some colorectal cancers recur after treatment</a></li>
92979 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/predictor-of-poor-survival-recurrence.html">
    … Predictor of poor survival recurrence</a></li>
92980 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2016/upcoming-events.html">Upcoming
    … Events</a></li>
92981 </ul>
92982 </nav>
92983 </div>
92984 </section>
92985 </div>
92986 </div>
92987 </div></li>
92988 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2015.html">Fall 2015</a>
92989 <div class="subnav-mask">
92990 <div class="subnav-wrapper">
92991 <div class="subnav col10 pad">
92992 <section class="nested">
92993 <div class="col4 main-column">
92994 <nav class="secondary">
92995 <ul>
92996 <li class="mobile-nav-back"><a href="/publications/promise/fall-2015.html"
    … aria-label="Back to Fall 2015">Fall 2015</a></li>
92997 <li class="primary-nav-item">
92998 <a href="/publications/promise/fall-2015.html" aria-label="Fall 2015 Home">Fall 2015
    … Home</a></li>
92999 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/my-moon-shot.html">My Moon Shot</a></li>
93000 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/moon-shots-program-expands-reach.html">Moon
    … Shots Program expands reach</a></li>
93001 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/25-years-holiday-giving-program.html">25 Years
    … of Cheer</a></li>
93002 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/cancer-free-for-50-years.html">Cancer-free for
    … 50 years</a></li>
93003 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/among-friends-mel-klein.html">Among Friends:
    … Getting to know Mel Klein</a></li>
93004 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/ipromise-estela-avery.html">iPromise: Estela
    … Avery</a></li>
93005 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/survivors-say-rosemary-herron.html">Survivors
    … Say: Rosemary Herron</a></li>
93006 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/a-journey-down-the-right-path.html">A journey
    … down the right path</a></li>
93007 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2015/long-term-loyalty-colin-chopin.html">Long-term
    … loyalty</a></li>
93008 <li class="primary-nav-item"><a
```

```
93008 href="/publications/promise/fall-2015/rogers-award-michelle-barton.html">Rogers Award
      honors esteemed educator</a></li>
93009 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/seeking-a-cure-ivy-foundation.html">Seeking a
      cure</a></li>
93010 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/fishing-for-answers-reel-deel-foundation.html">
      Fishing for answers</a></li>
93011 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/hot-topics.html">Hot topics</a></li>
93012 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/hyundai-hope-on-wheels-research-grant.html">
      Every handprint tells a story</a></li>
93013 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/impact-award-tom-buchholz.html">Luncheon makes
      a lasting impact</a></li>
93014 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/biomarker-tied-to-poor-survival-for-colorectal-
      cancer-patients.html">Biomarker tied to poor survival for colorectal cancer
      patients</a></li>
93015 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/research-breakthrough-kidney-cancer.html">
      Research breakthrough: Immunotherapy for advanced kidney cancer</a></li>
93016 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/lasker-award-jim-allison.html">Jim Allison wins
      Lasker Award</a></li>
93017 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/depinho-top-100-influencers-in-health-care.html
      ">MD Anderson president among top 100 influencers in health care</a></li>
93018 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/less-may-be-more-breast-radiation.html">Less
      may be more</a></li>
93019 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/superpowers-against-sunburn.html">Superpowers
      against sunburn</a></li>
93020 <li class="primary-nav-item"><a
      href="/publications/promise/fall-2015/joxel-garcia-moon-shots-program.html">Welcome,
      Joxel Garcia, M.D.</a></li>
93021 </ul>
93022 </nav>
93023 </div>
93024 </section>
93025 </div>
93026 </div>
93027 </div></li>
93028 <li class="primary-nav-item has-subnav"><a
      href="/publications/promise/summer-2015.html">Summer 2015</a>
93029 <div class="subnav-mask">
93030 <div class="subnav-wrapper">
93031 <div class="subnav col10 pad">
93032 <section class="nested">
93033 <div class="col4 main-column">
93034 <nav class="secondary">
93035 <ul>
93036 <li class="mobile-nav-back"><a href="/publications/promise/summer-2015.html"
      aria-label="Back to Summer 2015">Summer 2015</a></li>
93037 <li class="primary-nav-item">
93038 <a href="/publications/promise/summer-2015.html" aria-label="Summer 2015 Home">Summer
      2015 Home</a></li>
93039 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2015/message-from-dr-depinho.html">A Message from
      Dr. DePinho</a></li>
93040 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2015/putting-an-end-to-cancer-pga-tour.html">
      PUTTing an end to cancer</a></li>
93041 <li class="primary-nav-item"><a
      href="/publications/promise/summer-2015/kenneth-woo.html">Home team
      advantage</a></li>
```

```
93042  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/moonshots-overview.html">Moon Shots Program
   …   Overview</a></li>
93043  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/ipromise-corky-hilliard.html">iPromise: Corky
   …   Hilliard</a></li>
93044  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/survivors-say-perry-rupp.html">Survivors Say:
   …   Perry Rupp</a></li>
93045  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/living-legend-bill-clinton-colin-powell.html"
   …   >D.C. Living Legend raises $5.2 million</a></li>
93046  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/memphis-event-raises-funds-for-cancer-
   …   research.html">MD Anderson visits the Bluff City</a></li>
93047  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/polo-on-the-prairie-robert-earl-keen.html">
   …   Despite drought, fans flock to prairie</a></li>
93048  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/chase-jones.html">Better together</a></li>
93049  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/among-friends-jaxons-frog.html">Don't give
   …   up, give out</a></li>
93050  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/brown-foundation-award-shelby-robin.html">
   …   Cancer survivor receives MD Anderson's highest nursing honor</a></li>
93051  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/koller-endowment.html">A special kind of
   …   doctor</a></li>
93052  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/colin-breiter-donates-allowance-to-md-
   …   anderson.html">Every penny helps</a></li>
93053  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/Sisterhood-fights-rare-forms-of-cervical-
   …   cancer.html">Putting it on the line</a></li>
93054  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/all-in-the-dna.html">All in the DNA</a></li>
93055  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/asco-award-ernest-t-hawk.html">American
   …   Society of Clinical Oncology (ASCO) honors MD Anderson leaders</a></li>
93056  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/blood-tests-for-lung-cancer.html">In the
   …   works: Blood tests for lung cancer</a></li>
93057  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/breast-conserving-therapy.html">Breast-
   …   conserving therapy for early-stage cancer has increased</a></li>
93058  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2015/jim-ray-neurodegeneration-consortium.html">
   …   Neurodegeneration research leader arrives</a></li>
93059  </ul>
93060  </nav>
93061  </div>
93062  </section>
93063  </div>
93064  </div>
93065  </div></li>
93066  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2015.html">Spring 2015</a>
93067  <div class="subnav-mask">
93068  <div class="subnav-wrapper">
93069  <div class="subnav col10 pad">
93070  <section class="nested">
93071  <div class="col4 main-column">
93072  <nav class="secondary">
93073  <ul>
93074  <li class="mobile-nav-back"><a href="/publications/promise/spring-2015.html"
   …   aria-label="Back to Spring 2015">Spring 2015</a></li>
93075  <li class="primary-nav-item">
```

```
93076  <a href="/publications/promise/spring-2015.html" aria-label="Spring 2015 Home">Spring
  …    2015 Home</a></li>
93077  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/message-from-dr-depinho.html">A Message from
  …    Dr. DePinho</a></li>
93078  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/among-friends-delia-stroud.html">A good day
  …    in cancer land</a></li>
93079  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/ipromise-dave-bellows.html">iPromise: Dave
  …    Bellows</a></li>
93080  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/survivors-say-bob-kaufman.html">Survivors
  …    Say: Bob Kaufman</a></li>
93081  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/lung-cancer-survivor-finds-joy.html">Lung
  …    cancer survivor finds joy in everyday moments</a></li>
93082  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/moon-shots-program-overview.html">Moon Shots
  …    Program Overview</a></li>
93083  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/moon-shot-platforms-for-success.html">
  …    Platforms for success</a></li>
93084  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/moon-shot-platforms.html">Moon Shot
  …    Platforms</a></li>
93085  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/randall-prize-andrew-futreal.html">Big ideas
  …    reap big reward</a></li>
93086  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/finneran-family-prize-christopher-logothetis.
  …    html">"Treating the patient as well as the cancer"</a></li>
93087  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/stein-award-funds-research-projects.html">In
  …    Loving Memory</a></li>
93088  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/texas-legislators-search-for-answers-to-
  …    ovarian-cancer.html">Texas legislators search for answers to ovarian cancer</a></li>
93089  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/pediatric-cancer-foundation-continues-vision-
  …    of-its-late-co-founder.html">A worthwhile endeavor</a></li>
93090  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/10-years-of-making-cancer-history-in-west-
  …    palm-beach.html">A decade-long friendship</a></li>
93091  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/tri-deltas-shop-to-end-childhood-cancer.html"
  …    >Tri Deltas shop to end childhood cancer</a></li>
93092  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/bunny-hops-and-photo-ops.html">Bunny Hops and
  …    Photo Ops</a></li>
93093  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/md-anderson-is-cancer-center-of-pga-tour.html
  …    ">Fun in the Sun/PGA TOUR Wives Association hosts outing for pediatric
  …    patients</a></li>
93094  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/dna-can-impact-brain-cancer-progression.html"
  …    >It's all in the DNA</a></li>
93095  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/cprit-awards-major-allotment-to-md-anderson.
  …    html">CPRIT awards major allotment to MD Anderson</a></li>
93096  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/paul-ehrlich-ludwig-darmstaedter-prize-jim-
  …    allison.html">Jim Allison receives prestigious prize in Germany</a></li>
93097  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/algorithm-boosts-surgical-success-with-
  …    advanced-ovarian-cancer.html">Do the math</a></li>
93098  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2015/advance-team-newsletter-jenee-bobbora.html">
```

```
93098… Advance Team Newsletter</a></li>
93099 </ul>
93100 </nav>
93101 </div>
93102 </section>
93103 </div>
93104 </div>
93105 </div></li>
93106 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/winter-2015.html">Winter 2015</a>
93107 <div class="subnav-mask">
93108 <div class="subnav-wrapper">
93109 <div class="subnav col10 pad">
93110 <section class="nested">
93111 <div class="col4 main-column">
93112 <nav class="secondary">
93113 <ul>
93114 <li class="mobile-nav-back"><a href="/publications/promise/winter-2015.html"
    … aria-label="Back to Winter 2015">Winter 2015</a></li>
93115 <li class="primary-nav-item">
93116 <a href="/publications/promise/winter-2015.html" aria-label="Winter 2015 Home">Winter
    … 2015 Home</a></li>
93117 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/message-from-dr-depinho.html">A Message from
    … Dr. DePinho</a></li>
93118 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/energizing-the-effort-to-end-cancer.html">
    … Energizing the effort to end cancer</a></li>
93119 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/moon-shots-program.html">Moon Shots
    … Program</a></li>
93120 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/my-moon-shot-david-ekas.html">My Moon Shot:
    … David Ekas</a></li>
93121 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/stripes-aligns-with-md-anderson.html">Stripes
    … aligns with MD Anderson</a></li>
93122 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/among-friends-ted-nelson.html">Guided by a
    … beacon of hope</a></li>
93123 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/ipromise-lawrence-and-alma-turner.html">
    … iPromise: Lawrence and Alma Turner</a></li>
93124 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/survivors-say-sheryl-barnes.html">Survivors
    … Say: Sheryl Barnes</a></li>
93125 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/living-legend-ben-crenshaw.html">A hole in
    … one for cancer research</a></li>
93126 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/head-for-the-cure.html">Head for the
    … Cure</a></li>
93127 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/living-legend-mack-brown-rc-slocum.html">
    … Coaching greats leave it all on the stage</a></li>
93128 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/winter-bash-provides-fun-in-the-sun.html">
    … Winter bash provides fun in the sun for patients</a></li>
93129 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/broach-foundation.html">The joke's on brain
    … cancer</a></li>
93130 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/cholangiocarcinoma-foundation.html">
    … Compassion inspires cholangiocarcinoma support</a></li>
93131 <li class="primary-nav-item"><a
    … href="/publications/promise/winter-2015/sheila-and-jerry-reese.html">'Why not shoot
    … for the moon?'</a></li>
93132 <li class="primary-nav-item"><a
```

```
93132  href="/publications/promise/winter-2015/susan-poorman-blackie-ovarian-cancer-
    …  foundation.html">An inspired gift</a></li>
93133  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/chunlei-jin-honored-to-the-tune-of-100000.
    …  html">Jin honored to the tune of $100,000</a></li>
93134  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/city-of-florence-prize-peter-friedl.html">MD
    …  Anderson researcher receives top Italian science award</a></li>
93135  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/gardasil-9.html">Gardasil 9</a></li>
93136  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/igcs-award-david-gershenson.html">Noted
    …  ovarian cancer expert receives prestigious award</a></li>
93137  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/memorial-hermann-breast-partnership.html">New
    …  integrated breast screening, diagnostic programs available</a></li>
93138  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/aaas-fellows.html">A tribute to knowledge and
    …  dedication</a></li>
93139  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/novel-regulatory-mechanism-for-cell-division.
    …  html">Divide and conquer</a></li>
93140  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/hedgehog-gives-green-light-to-breast-cancer-
    …  spread.html">A prickly pathway</a></li>
93141  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/findings-point-to-power-behind-master-cancer-
    …  gene.html">One gene leads to another</a></li>
93142  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/drug-duo-shows-promise-for-mds-aml-patients.
    …  html">Drug duo shows promise for MDS/AML patients</a></li>
93143  </ul>
93144  </nav>
93145  </div>
93146  </section>
93147  </div>
93148  </div>
93149  </div></li>
93150  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/fall-2014.html">Fall 2014</a>
93151  <div class="subnav-mask">
93152  <div class="subnav-wrapper">
93153  <div class="subnav col10 pad">
93154  <section class="nested">
93155  <div class="col4 main-column">
93156  <nav class="secondary">
93157  <ul>
93158  <li class="mobile-nav-back"><a href="/publications/promise/fall-2014.html"
    …  aria-label="Back to Fall 2014">Fall 2014</a></li>
93159  <li class="primary-nav-item">
93160  <a href="/publications/promise/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
    …  Home</a></li>
93161  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/message-from-dr-depinho.html">A Message From
    …  Ron DePinho, M.D.</a></li>
93162  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/driven-to-make-a-difference-terry-arnold.html">
    …  Driven to make a difference</a></li>
93163  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/among-friends-terry-arnold.html">Can-do spirit
    …  drives campaign to fight</a></li>
93164  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/end-tobacco.html">EndTobacco</a></li>
93165  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/ipromise-sandy-bobet.html">iPromise: Sandy
    …  Bobet</a></li>
93166  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/survivors-say-andrew-davison.html">Survivors
```

```
93166…  Say Andrew Davidson?</a></li>
93167   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/holiday-card-program.html">A greeting that
    …   gives</a></li>
93168   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/stacking-the-deck-against-cancer.html">Stacking
    …   the deck against cancer</a></li>
93169   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/a-penny-raised-is-a-penny-saved.html">A penny
    …   raised is a penny saved</a></li>
93170   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/grand-prix-revving-up-the-race-to-end-cancer.
    …   html">Revving up the race to end cancer</a></li>
93171   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/pebble-beach-tournament-targets-brain-cancer.
    …   html">Head game</a></li>
93172   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/father-of-tamoxifen-craig-jordan.html">'Father
    …   of Tamoxifen'</a></li>
93173   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/khalifa-institute-for-personalized-cancer.html"
    …   >Khalifa Institute for Personalized Cancer Therapy</a></li>
93174   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/latin-american-link-hospital-israelita-albert-
    …   einstein.html">Latin American link</a></li>
93175   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/dominca-anderson-wins-rogers-award.html">
    …   Dominica Anderson wins Rogers Award</a></li>
93176   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/united-to-end-cancer.html">United to End
    …   Cancer</a></li>
93177   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/breast-cancer-research-breakthrough.html">
    …   Breast cancer research breakthrough</a></li>
93178   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/hepatitis-c.html">Hepatitis C</a></li>
93179   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/new-route-for-ovarian-cancer-spread.html">New
    …   route for ovarian cancer spread</a></li>
93180   <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/survival-instinct-pancreatic-cancer.html">
    …   Survival Instinct</a></li>
93181   </ul>
93182   </nav>
93183   </div>
93184   </section>
93185   </div>
93186   </div>
93187   </div></li>
93188   <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/summer-2014.html">Summer 2014</a>
93189   <div class="subnav-mask">
93190   <div class="subnav-wrapper">
93191   <div class="subnav col10 pad">
93192   <section class="nested">
93193   <div class="col4 main-column">
93194   <nav class="secondary">
93195   <ul>
93196   <li class="mobile-nav-back"><a href="/publications/promise/summer-2014.html"
    …   aria-label="Back to Summer 2014">Summer 2014</a></li>
93197   <li class="primary-nav-item">
93198   <a href="/publications/promise/summer-2014.html" aria-label="Summer 2014 Home">Summer
    …   2014 Home</a></li>
93199   <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2014/message-from-dr-depinho.html">A Message from
    …   Dr. DePinho</a></li>
93200   <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2014/born-to-beat-cancer.html">Born to beat
```

```
93200… cancer</a></li>
93201 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/fueled-by-philanthropy.html">Fueled by
    … philanthropy</a></li>
93202 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/putting-cancer-research-on-the-fast-track.
    … html">Putting cancer research on the fast track</a></li>
93203 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/ipromise-jan-levit-silver.html">iPromise: Jan
    … Levit</a></li>
93204 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/survivors-say-paula-schuetz.html">Survivors
    … Say: Paula Schuetz</a></li>
93205 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/avon-foundation-breast-cancer-walk.html">Avon
    … Foundation walks for a world without breast cancer</a></li>
93206 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/hope-is-in-sight.html">Hope is in
    … sight</a></li>
93207 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/when-life-gives-you-lemons.html">When life
    … gives you lemons</a></li>
93208 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/living-legend-condoleezza-rice.html">A
    … Conversation With a Living Legend raises more than $1 million</a></li>
93209 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/insperity-invitational.html">Insperity
    … Invitational</a></li>
93210 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/polo-on-the-prairie.html">Polo on the
    … Prairie</a></li>
93211 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/asco-recognizes-md-anderson.html">American
    … Society of Clinical Oncology recognizes MD Anderson's
93212 extraordinary contributions to cancer care</a></li>
93213 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/tang-prize-jim-allison.html">Allison shares
    … inaugural Tang Prize for his cancer immunotherapy innovation</a></li>
93214 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/aaas-award-li-ma.html">Notable AAAS award
    … goes to MD Anderson researcher</a></li>
93215 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/arceneaux-award-diane-barber.html">Diane
    … Barber receives MD Anderson's highest nursing honor</a></li>
93216 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/colon-cancer-drug-combo.html">Patients with
    … metastatic colon cancer respond to new combination therapy</a></li>
93217 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/biology-to-bedside.html">Biology to
    … bedside</a></li>
93218 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2014/study-ties-obesity-to-higher-risk-of-breast-
    … cancer-deaths.html">Study ties obesity to higher risk of breast cancer
    … deaths</a></li>
93219 </ul>
93220 </nav>
93221 </div>
93222 </section>
93223 </div>
93224 </div>
93225 </div></li>
93226 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/spring-2014.html">Spring 2014</a>
93227 <div class="subnav-mask">
93228 <div class="subnav-wrapper">
93229 <div class="subnav col10 pad">
93230 <section class="nested">
93231 <div class="col4 main-column">
```

```
93232  <nav class="secondary">
93233  <ul>
93234  <li class="mobile-nav-back"><a href="/publications/promise/spring-2014.html"
    …  aria-label="Back to Spring 2014">Spring 2014</a></li>
93235  <li class="primary-nav-item">
93236  <a href="/publications/promise/spring-2014.html" aria-label="Spring 2014 Home">Spring
    …  2014 Home</a></li>
93237  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/message-from-dr-depinho.html">A Message From
    …  Dr. DePinho</a></li>
93238  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/ovarian-cancer-patient-thrives-on-hope.html">
    …  Ovarian cancer patient thrives on hope</a></li>
93239  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/moon-shots-program.html">Moon Shots
    …  Program</a></li>
93240  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/the-power-of-giving.html">The power of
    …  giving</a></li>
93241  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/philanthropy-101.html">Philanthropy
    …  101</a></li>
93242  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/sowing-success.html">Sowing success</a></li>
93243  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/ipromise-kimmie-rhodes.html">iPromise: Kimmie
    …  Rhodes</a></li>
93244  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/survivors-say-debbie-zelman.html">Survivors
    …  Say: Debbie Zelman</a></li>
93245  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/catwalk-for-a-cure-amschwand-foundation.html"
    …  >Catwalk for a Cure</a></li>
93246  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/across-the-spectrum-archer-foundation.html">
    …  Across the Spectrum</a></li>
93247  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/paying-it-forward-werner-haasch.html">Paying
    …  it forward</a></li>
93248  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/a-quarter-earned-anderson-assembly.html">A
    …  quarter earned</a></li>
93249  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/girls-in-pink-dancer-for-cancer.html">Girls
    …  in pink</a></li>
93250  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/its-a-dirty-job-wca.html">It's a dirty
    …  job</a></li>
93251  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/aacr-academy-welcomes-new-fellows.html">AACR
    …  Academy welcomes new fellows</a></li>
93252  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/kripke-award-laurie-glimcher.html">Margaret
    …  L. Kripke Legend Award</a></li>
93253  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/hagop-kantarjian-wins-national-award.html">
    …  Hagop Kantarjian wins national award</a></li>
93254  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/presidents-award-thomas-burke.html">President
    …  's Leadership Award for Advancing Women Faculty</a></li>
93255  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/predicting-pancreatic-tumor-response.html">
    …  Predicting pancreatic tumor response</a></li>
93256  <li class="primary-nav-item"><a
    …  href="/publications/promise/spring-2014/forcing-cancer-to-self-cannibalize.html">
    …  Forcing cancer to self-cannibalize</a></li>
93257  </ul>
93258  </nav>
```

```
93259 </div>
93260 </section>
93261 </div>
93262 </div>
93263 </div></li>
93264 <li class="primary-nav-item has-subnav"><a
      href="/publications/promise/winter-2014.html">Winter 2014</a>
93265 <div class="subnav-mask">
93266 <div class="subnav-wrapper">
93267 <div class="subnav col10 pad">
93268 <section class="nested">
93269 <div class="col4 main-column">
93270 <nav class="secondary">
93271 <ul>
93272 <li class="mobile-nav-back"><a href="/publications/promise/winter-2014.html"
      aria-label="Back to Winter 2014">Winter 2014</a></li>
93273 <li class="primary-nav-item">
93274 <a href="/publications/promise/winter-2014.html" aria-label="Winter 2014 Home">Winter
      2014 Home</a></li>
93275 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/message-from-dr-depinho.html">A Message From
      Dr. DePinho</a></li>
93276 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/living-legend-james-a-baker-iii.html">
      Washington, D.C. event honors James A. Baker, III</a></li>
93277 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/grand-prix-of-houston.html">Race to
      accelerate an end to cancer</a></li>
93278 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/among-friends.html">Cancer in the rearview
      mirror</a></li>
93279 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/ipromise-lyle-lovett.html">iPromise</a></li>
93280 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/survivors-say-angel-jimenez.html">Survivors
      Say</a></li>
93281 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/moon-shot-overview.html">Moon Shots
      Program</a></li>
93282 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/donald-lowd.html">Donald Lowd</a></li>
93283 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/living-legend-george-w-bush.html">A million
      and more</a></li>
93284 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/living-legend-david-robinson.html">Basketball
      greats star in San Antonio Living Legend</a></li>
93285 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/palm-beach-gala.html">Milestones met,
      miracles celebrated</a></li>
93286 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/breakfast-with-santa.html">The Little
      Galleria</a></li>
93287 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/cattlemen-for-cancer-research-hero-award.html
      ">Cattlemen for Cancer Research Hero Award</a></li>
93288 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/kinder-foundation.html">Kinder Foundation
      commits $1 million for MCL research</a></li>
93289 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/komen-award-gordon-mills.html">Susan G. Komen
      bestows highest honor for breast cancer research</a></li>
93290 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/allison-accolades.html">Accolades for cancer
      immunotherapy and its mastermind</a></li>
93291 <li class="primary-nav-item"><a
      href="/publications/promise/winter-2014/pat-mulvey-lifetime-achievement-award.html">A
      round of applause</a></li>
```

```
93292  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2014/aaas-fellows.html">New AAAS Fellows</a></li>
93293  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2014/institute-of-medicine.html">Waun Ki Hong and
    …  Helen Piwnica-Worms elected to Institute of Medicine</a></li>
93294  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2014/breast-cancer.html">Imaging concerns</a></li>
93295  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2014/surgeon-general-on-smoking-anniversary.html">
    …  Up in smoke</a></li>
93296  <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2014/we-really-click-together.html">We really
    …  click together</a></li>
93297  </ul>
93298  </nav>
93299  </div>
93300  </section>
93301  </div>
93302  </div>
93303  </div></li>
93304  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/fall-2013.html">Fall 2013</a>
93305  <div class="subnav-mask">
93306  <div class="subnav-wrapper">
93307  <div class="subnav col10 pad">
93308  <section class="nested">
93309  <div class="col4 main-column">
93310  <nav class="secondary">
93311  <ul>
93312  <li class="mobile-nav-back"><a href="/publications/promise/fall-2013.html"
    …  aria-label="Back to Fall 2013">Fall 2013</a></li>
93313  <li class="primary-nav-item">
93314  <a href="/publications/promise/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
    …  Home</a></li>
93315  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/message-from-dr-depinho.html">A Message From
    …  Dr. DePinho</a></li>
93316  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/gift-rings-hope-for-pediatric-patients.html">
    …  Gift rings hope for pediatric patients</a></li>
93317  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/ray-floyds-1-million-hole-in-one.html">Ray
    …  Floyd's $1 million hole in one</a></li>
93318  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/ipromise-joseph-jacobs.html">iPromise</a></li>
93319  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/survivors-say-leslie-schwartz.html">Survivors
    …  Say</a></li>
93320  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/marion-meyer.html">Marion Meyer</a></li>
93321  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/moon-shots-program.html">Moon Shots
    …  Program</a></li>
93322  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/a-fresh-approach-to-prevention.html">A fresh
    …  approach to prevention</a></li>
93323  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/aspen-scene-lures-philanthropic-set.html">Aspen
    …  scene lures philanthropic set</a></li>
93324  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/pedaling-for-a-cure.html">Pedaling for a
    …  cure</a></li>
93325  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/meeting-brain-cancer-head-on.html">Meeting
    …  brain cancer head-on</a></li>
93326  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2013/hope-through-h2o.html">Hope through
    …  H2O</a></li>
```

```
93327  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/george-calin-celebrated-for-research-excellence
   …   .html">George Calin celebrated for research excellence</a></li>
93328  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/anirban-maitra.html">Anirban Maitra</a></li>
93329  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/huffington-foundation-gives-5-million-to-
   …   neurodegeneration-consortium.html">Huffington Foundation gives $5 million to
   …   Neurodegeneration Consortium</a></li>
93330  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/stiefels-pledge-10-million-to-head-and-neck-
   …   cancer-program.html">Stiefels pledge $10 million to head and neck cancer
   …   program</a></li>
93331  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/no-butts-about-it.html">No butts about
   …   it</a></li>
93332  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/possible-new-methods-for-increasing-radiation.
   …   html">Researchers discover possible new methods for increasing radiation
93333  therapy effectiveness</a></li>
93334  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2013/new-targeted-therapy-identified.html">New
   …   targeted therapy identified</a></li>
93335  </ul>
93336  </nav>
93337  </div>
93338  </section>
93339  </div>
93340  </div>
93341  </div></li>
93342  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/summer-2013.html">Summer 2013</a>
93343  <div class="subnav-mask">
93344  <div class="subnav-wrapper">
93345  <div class="subnav col10 pad">
93346  <section class="nested">
93347  <div class="col4 main-column">
93348  <nav class="secondary">
93349  <ul>
93350  <li class="mobile-nav-back"><a href="/publications/promise/summer-2013.html"
   …   aria-label="Back to Summer 2013">Summer 2013</a></li>
93351  <li class="primary-nav-item">
93352  <a href="/publications/promise/summer-2013.html" aria-label="Summer 2013 Home">Summer
   …   2013 Home</a></li>
93353  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/message-from-dr-depinho.html">A Message From
   …   Dr. DePinho</a></li>
93354  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/lyda-hill-commits-50-million-to-moon-shots-
   …   program.html">Lyda Hill commits $50 million to Moon Shots Program</a></li>
93355  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/moon-shots-program.html">Moon Shots
   …   Program</a></li>
93356  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/private-philanthropy-boosts-md-andersons-moon
   …   -shots-program.html">Private philanthropy boosts MD Anderson's Moon Shots
   …   Program</a></li>
93357  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/the-medium-and-the-message.html">The medium
   …   and the message</a></li>
93358  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/tonys-prostate-cancer-research-foundation.
   …   html">Tony's Prostate Cancer Research Foundation</a></li>
93359  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/tom-bates.html">Tom Bates</a></li>
93360  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/ashley-loeffler.html">Ashley
   …   Loeffler</a></li>
```

```
93361  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/music-video-goes-viral.html">Music Video Goes
   …   Viral</a></li>
93362  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/a-rose-like-no-other.html">A rose like no
   …   other</a></li>
93363  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/no-lump-still-cancer.html">No lump, still
   …   cancer</a></li>
93364  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/under-the-palms-and-on-the-prairie.html">
   …   Under the Palms and on the Prairie</a></li>
93365  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/run-broadens-scope-of-awareness.html">Run
   …   broadens scope of awareness</a></li>
93366  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/md-andersons-top-nursing-honor.html">MD
   …   Anderson's top nursing honor</a></li>
93367  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/a-generational-thing.html">A generational
   …   thing</a></li>
93368  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/brothers-in-beards.html">Brothers in
   …   beards</a></li>
93369  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/kick-the-butts.html">Kick the Butts</a></li>
93370  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/childrens-cancer-hospital-reopening.html">
   …   Children's Cancer Hospital Re-opening</a></li>
93371  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/imaging-pioneer-takes-on-leadership-roles.
   …   html">Imaging pioneer takes on leadership roles</a></li>
93372  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/Helen-piwnica-worms-joins-md-anderson.html">
   …   MD Anderson welcomes new vice provost, science</a></li>
93373  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/ethan-dmitrovsky-joins-md-anderson.html">New
   …   provost, executive vice president arrives from Dartmouth</a></li>
93374  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/american-cancer-society-honors-isaiah-j-
   …   fidler.html">American Cancer Society honors Isaiah J. Fidler</a></li>
93375  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/mendelsohn-elected-to-american-academy-of-
   …   arts-and-sciences.html">Mendelsohn elected to American Academy of Arts and
   …   Sciences</a></li>
93376  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/met-protein-levels-potential-biomarker-for-
   …   aggressive-colon-cancer.html">MET protein levels potential biomarker for aggressive
   …   colon cancer</a></li>
93377  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/when-oxygen-is-short-egfr-thwarts-cancer-
   …   fighting-machinery.html">When oxygen is short, EGFR thwarts cancer-fighting
   …   machinery</a></li>
93378  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/ibrutinib-proves-strong-defense-against-
   …   mantle-cell-lymphoma.html">Ibrutinib proves strong defense against mantle cell
   …   lymphoma</a></li>
93379  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2013/bevacizumab-offers-no-benefit-for-newly-
   …   diagnosed-glioblastoma.html">Bevacizumab offers no benefit for newly diagnosed
   …   glioblastoma</a></li>
93380  </ul>
93381  </nav>
93382  </div>
93383  </section>
93384  </div>
93385  </div>
93386  </div></li>
```

```
93387  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2013.html">Spring 2013</a>
93388  <div class="subnav-mask">
93389  <div class="subnav-wrapper">
93390  <div class="subnav col10 pad">
93391  <section class="nested">
93392  <div class="col4 main-column">
93393  <nav class="secondary">
93394  <ul>
93395  <li class="mobile-nav-back"><a href="/publications/promise/spring-2013.html"
   …   aria-label="Back to Spring 2013">Spring 2013</a></li>
93396  <li class="primary-nav-item">
93397  <a href="/publications/promise/spring-2013.html" aria-label="Spring 2013 Home">Spring
   …   2013 Home</a></li>
93398  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/message-from-ronald-depinho.html">A message
   …   from Ronald DePinho, M.D.</a></li>
93399  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/a-bright-future-for-philanthropy.html">A
   …   bright future for philanthropy</a></li>
93400  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/mexico-texas-institutions-wage-war-on-tobacco
   …   .html">Mexico, Texas institutions wage war on tobacco</a></li>
93401  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/seminar-offers-a-glimpse-at-the-moon-shot-
   …   play-book.html">Seminar offers a glimpse at the moon shot play book</a></li>
93402  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/leading-gifts-lay-groundwork-for-moon-shots-
   …   program.html">Leading gifts lay groundwork for Moon Shots Program</a></li>
93403  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/beating-the-odds.html">Beating the
   …   odds</a></li>
93404  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/triumph-over-kid-cancer-foundation.html">
   …   Triumph Over Kid Cancer Foundation</a></li>
93405  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/ipromise-lorie-and-tony-pistone.html">
   …   iPromise - Lorie and Tony Pistone</a></li>
93406  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/survivors-say-john-webb.html">Survivors Say:
   …   John Webb</a></li>
93407  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/att-donation-helps-teens-stay-connected.html"
   …   >AT&amp;T donation helps teens stay connected</a></li>
93408  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/blackjack-players-hit-it-big-in-fight-against
   …   -cancer.html">Blackjack players hit it big in fight against cancer</a></li>
93409  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/motorcycle-group-revs-up-brain-cancer-
   …   research.html">Motorcycle group revs up brain cancer research</a></li>
93410  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/unconventional-fundraising-idea-rocks.html">
   …   Unconventional fundraising idea rocks</a></li>
93411  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/living-legend-george-w-bush.html">San Antonio
   …   A Conversation With a Living Legend®</a></li>
93412  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/santas-elves-spread-holiday-joy.html">Santa's
   …   Elves spread holiday joy to pediatric programs</a></li>
93413  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/bish-foundation-creates-hope-from-loss.html">
   …   BISH Foundation creates hope from loss</a></li>
93414  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/mulvas-fund-lifesaving-melanoma-research.html
   …   ">Mulvas fund lifesaving melanoma research</a></li>
93415  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2013/safeway-supports-breast-cancer-research.html"
   …   >Safeway supports groundbreaking breast cancer research</a></li>
```

```
93416 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/a-new-approach-to-alzheimers.html">A new
    … approach to Alzheimer's</a></li>
93417 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-glaxosmithkline-working-on-cancer
    … -immune-therapy.html">MD Anderson, GlaxoSmithKline working on cancer immune therapy
    … in $335M deal</a></li>
93418 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-kudos-at-national-philanthropy-
    … day.html">MD Anderson kudos at National Philanthropy Day</a></li>
93419 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/depression-stress-key-factors-in-bladder-
    … cancer-outcomes.html">Depression, stress key factors in bladder cancer
    … outcomes</a></li>
93420 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/project-to-sort-cancer-causing-cellular-chaos
    … -wins-innovator-awa.html">Project to sort cancer-causing cellular chaos wins
    … innovator award</a></li>
93421 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/stress-triggers-signaling-pathway-that-leads-
    … to-spread-of-ovaria.html">Stress triggers signaling pathway that leads to spread of
    … ovarian cancer</a></li>
93422 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/breast-cancer-patients-benefit-from-qigong.
    … html">Breast cancer patients benefit from qigong</a></li>
93423 </ul>
93424 </nav>
93425 </div>
93426 </section>
93427 </div>
93428 </div>
93429 </div></li>
93430 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2012.html">Fall 2012</a>
93431 <div class="subnav-mask">
93432 <div class="subnav-wrapper">
93433 <div class="subnav col10 pad">
93434 <section class="nested">
93435 <div class="col4 main-column">
93436 <nav class="secondary">
93437 <ul>
93438 <li class="mobile-nav-back"><a href="/publications/promise/fall-2012.html"
    … aria-label="Back to Fall 2012">Fall 2012</a></li>
93439 <li class="primary-nav-item">
93440 <a href="/publications/promise/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
    … Home</a></li>
93441 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/message-from-ronald-depinho.html">A message
    … from Ronald DePinho, M.D.</a></li>
93442 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/moon-shots-program.html">The time is
    … now</a></li>
93443 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/md-anderson-foundation.html">Heirs
    … apparent</a></li>
93444 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/megan-leigh-brown-fellowship-for-ovarian-cancer
    … .html">iPromise - Marie and Kevin Brown</a></li>
93445 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/survivors-say-john-m-floyd.html">Survivors Say
    … - John M. Floyd</a></li>
93446 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/jamie-hopes-for-a-cure.html">Jamie hopes for a
    … cure</a></li>
93447 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/little-galleria-back-to-school-fashion-show.
    … html">School is back in style</a></li>
93448 <li class="primary-nav-item"><a
```

```
93448  href="/publications/promise/fall-2012/2012-rogers-award.html">Rogers Award recognizes
   …   Pam Redden</a></li>
93449  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/donors-make-a-difference-cj-johnson.html">CJ
   …   Foundation fights with faith</a></li>
93450  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/matching-gifts-program-dipardo-fund.html">
   …   Refusing to lose</a></li>
93451  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/md-andersons-holiday-giving-program.html">Greet
   …   the holiday with ease</a></li>
93452  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/cultivation-events.html">Hosts with the
   …   most</a></li>
93453  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/md-anderson-ranked-no-1.html">MD Anderson ranks
   …   No. 1 in cancer care</a></li>
93454  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/new-bov-members.html">New BOV officers,
   …   associate members</a></li>
93455  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/2012-arceneaux-award.html">Claudine Jreissaty
   …   claims 30th annual Arceneaux Award</a></li>
93456  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/depression-affects-cancer-survival.html">
   …   Depression affects cancer survival</a></li>
93457  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/dna-deletions-promote-cancer.html">An ironic
   …   twist</a></li>
93458  <li class="primary-nav-item"><a
   …   href="/publications/promise/fall-2012/radiation-and-mastectomy.html">Radiation and
   …   mastectomy</a></li>
93459  </ul>
93460  </nav>
93461  </div>
93462  </section>
93463  </div>
93464  </div>
93465  </div></li>
93466  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/summer-2012.html">Summer 2012</a>
93467  <div class="subnav-mask">
93468  <div class="subnav-wrapper">
93469  <div class="subnav col10 pad">
93470  <section class="nested">
93471  <div class="col4 main-column">
93472  <nav class="secondary">
93473  <ul>
93474  <li class="mobile-nav-back"><a href="/publications/promise/summer-2012.html"
   …   aria-label="Back to Summer 2012">Summer 2012</a></li>
93475  <li class="primary-nav-item">
93476  <a href="/publications/promise/summer-2012.html" aria-label="Summer 2012 Home">Summer
   …   2012 Home</a></li>
93477  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2012/message-from-ronald-depinho.html">A message
   …   from Ronald DePinho, M.D.</a></li>
93478  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2012/telemedicine-att.html">A leap into the future
   …   with telemedicine</a></li>
93479  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2012/navigating-a-life-with-cancer.html">
   …   Navigating a life with cancer</a></li>
93480  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2012/ipromise-michael-c-linn.html">iPromise:
   …   Michael C. Linn</a></li>
93481  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2012/survivors-say-wyatt-mcspadden.html">Survivors
   …   Say: Wyatt McSpadden</a></li>
```

```
93482  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/pediatric-cancer-research.html">Taking a shot
  …    at cancer</a></li>
93483  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/reliant-energy-blood-donors.html">Hope is in
  …    the bank</a></li>
93484  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/broach-foundation-for-brain-cancer.html">
  …    Attitude is everything</a></li>
93485  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/the-right-thing-to-do.html">The right thing
  …    to do</a></li>
93486  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/cancer-fun-runs.html">Making great
  …    strides</a></li>
93487  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/polo-fundraising-events.html">Donors pony up
  …    support for MD Anderson</a></li>
93488  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/living-legend-tony-blair.html">A second
  …    helping</a></li>
93489  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/hospital-israelita-albert-einstein.html">
  …    Alliance in Brazil</a></li>
93490  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/depinho-elected-to-nas.html">DePinho elected
  …    to National Academy of Sciences</a></li>
93491  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/frederick-becker-honor.html">Becker receives
  …    investigative pathology society's highest honor</a></li>
93492  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/kripke-award-nancy-hopkins.html">Kripke
  …    Legend Award salutes champion of gender equality</a></li>
93493  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/personalized-breast-cancer-medicine.html">A
  …    step toward personalized breast cancer medicine</a></li>
93494  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/kras-oncogene.html">Kras plays dual role in
  …    pancreatic cancer</a></li>
93495  <li class="primary-nav-item"><a
  …    href="/publications/promise/summer-2012/melanoma-brain-metastases.html">Drug shrinks
  …    melanoma brain metastases</a></li>
93496  </ul>
93497  </nav>
93498  </div>
93499  </section>
93500  </div>
93501  </div>
93502  </div></li>
93503  <li class="primary-nav-item has-subnav"><a
  …    href="/publications/promise/spring-2012.html">Spring 2012</a>
93504  <div class="subnav-mask">
93505  <div class="subnav-wrapper">
93506  <div class="subnav col10 pad">
93507  <section class="nested">
93508  <div class="col4 main-column">
93509  <nav class="secondary">
93510  <ul>
93511  <li class="mobile-nav-back"><a href="/publications/promise/spring-2012.html"
  …    aria-label="Back to Spring 2012">Spring 2012</a></li>
93512  <li class="primary-nav-item">
93513  <a href="/publications/promise/spring-2012.html" aria-label="Spring 2012 Home">Spring
  …    2012 Home</a></li>
93514  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2012/message-from-dr-depinho.html">A Message From
  …    Dr. DePinho</a></li>
93515  <li class="primary-nav-item"><a
  …    href="/publications/promise/spring-2012/an-infinite-desire-to-help.html">An infinite
```

```
93515… destroy http://a.html">
93516 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/academia-meets-biotech-in-new-institute.html"
    … >Academia meets biotech in new institute</a></li>
93517 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/friends-for-life-and-beyond.html">Friends for
    … life — and beyond</a></li>
93518 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/ipromise-demos-t-kyrazis.html">iPromise</a></
    … li>
93519 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/survivors-say-donna-mcnulty-reinbolt.html">
    … Survivors Say</a></li>
93520 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/centers-new-name-pays-tribute-to-institutions
    … -third-president.html">Center's new name pays tribute to institution's third
    … president</a></li>
93521 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/straight-to-the-heart-of-the-matter.html">
    … Straight to the heart of the matter</a></li>
93522 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/campaign-surpasses-1-2-billion-goal.html">
    … Campaign surpasses $1.2 billion goal</a></li>
93523 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/events-quadruple-success-of-md-anderson-
    … fundraiser.html">Events quadruple success of MD Anderson fundraiser</a></li>
93524 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/a-team-effort.html">A team effort</a></li>
93525 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/strength-in-numbers.html">Strength in
    … numbers</a></li>
93526 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/scientists-find-possible-colorectal-cancer-
    … connection.html">Scientists find possible colorectal cancer connection</a></li>
93527 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/pancreatic-cancer-study-finds-vicious-cycle.
    … html">Pancreatic cancer study finds 'vicious cycle'</a></li>
93528 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/study-blames-dna-damaging-agents-in-
    … testicular-cancer-risk.html">Study blames DNA-damaging agents in testicular cancer
    … risk</a></li>
93529 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2012/ovarian-cancer-breakthrough.html">Ovarian
    … cancer breakthrough</a></li>
93530 </ul>
93531 </nav>
93532 </div>
93533 </section>
93534 </div>
93535 </div>
93536 </div></li>
93537 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2011.html">Fall 2011</a>
93538 <div class="subnav-mask">
93539 <div class="subnav-wrapper">
93540 <div class="subnav col10 pad">
93541 <section class="nested">
93542 <div class="col4 main-column">
93543 <nav class="secondary">
93544 <ul>
93545 <li class="mobile-nav-back"><a href="/publications/promise/fall-2011.html"
    … aria-label="Back to Fall 2011">Fall 2011</a></li>
93546 <li class="primary-nav-item">
93547 <a href="/publications/promise/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
    … Home</a></li>
93548 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2011/data-deluge.html">Data Deluge</a></li>
93549 <li class="primary-nav-item"><a
```

```
93549  href="/publications/promise/fall-2011/ronald-depinho-message.html">A Message From Dr.
       DePinho</a></li>
93550  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/us-news-no-1.html">MD Anderson No. 1 in Cancer
       Care Again</a></li>
93551  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/komen-grant-recipients.html">Arun, Nazario
       Komen Grant Recipients</a></li>
93552  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/aspen-event-honors-mendelsohns.html">Aspen
       Event Honors Mendelsohns</a></li>
93553  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/pasqualini-wins-research-award.html">Pasqualini
       Wins Research Award</a></li>
93554  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/mcneill-receives-rogers-award.html">Passion +
       Brains = Excellence in Prevention</a></li>
93555  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/survivors-say-hilton-w-graham-ii.html">
       Survivors Say: Hilton W. Graham II</a></li>
93556  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/board-of-visitors.html">Time, Talents and
       Treasures</a></li>
93557  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/lung-screening.html">Help for Heavy
       Smokers</a></li>
93558  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/genetic-variations.html">It's in the
       Genes</a></li>
93559  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/t-cell-off-switch.html">Regulatory T Cell
       Off-Switch Plays Role in Immune System Response</a></li>
93560  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/colon-cancer-survivor.html">Suitable for
       Framing</a></li>
93561  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/ipromise-michael-levy.html">iPromise: Michael
       R. Levy</a></li>
93562  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/cattlemen-for-cancer-research.html">Cattlemen
       for Cancer Research Lassos First Hero</a></li>
93563  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/osteosarcoma-research.html">A Festival That
       Fights Back</a></li>
93564  <li class="primary-nav-item"><a
       href="/publications/promise/fall-2011/childhood-cancer.html">Philanthropy
       101</a></li>
93565  </ul>
93566  </nav>
93567  </div>
93568  </section>
93569  </div>
93570  </div>
93571  </a></li>
93572  <li class="primary-nav-item has-subnav"><a
       href="/publications/promise/Summer2011.html">Summer 2011</a>
93573  <div class="subnav-mask">
93574  <div class="subnav-wrapper">
93575  <div class="subnav col10 pad">
93576  <section class="nested">
93577  <div class="col4 main-column">
93578  <nav class="secondary">
93579  <ul>
93580  <li class="mobile-nav-back"><a href="/publications/promise/Summer2011.html"
       aria-label="Back to Summer 2011">Summer 2011</a></li>
93581  <li class="primary-nav-item">
93582  <a href="/publications/promise/Summer2011.html" aria-label="Summer 2011 Home">Summer
       2011 Home</a></li>
```

```
93583  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/message-from-john-mendelsohn2.html">A Message
   …   From John Mendelsohn, M.D.</a></li>
93584  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/introducing-polo-under-the-palms.html">
   …   Introducing: Polo Under the Palms</a></li>
93585  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/polo-on-the-prairie.html">Polo on the
   …   Prairie</a></li>
93586  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/taking-a-bite-out-of-cancer-crave-cupcakes-
   …   partners-with-arts-in.html">Taking a bite out of cancer: Crave Cupcakes partners with
   …   Arts in
93587  Medicine program</a></li>
93588  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/teamconnor-plays-to-win-against-childhood-
   …   cancer.html">TeamConnor plays to win against childhood cancer</a></li>
93589  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/research-highlights3.html">Research
   …   Highlights</a></li>
93590  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/ipromise-anne-mendelsohn.html">iPromise - Anne
   …   Mendelsohn</a></li>
93591  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/among-friends-finding-hope-in-everyday-heroes.
   …   html">Among Friends: Marvin Kimmel</a></li>
93592  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/planned-gift-provides-hope-for-others.html">
   …   Planned gift provides hope for others</a></li>
93593  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/faith-is-at-foundations-core.html">Faith is at
   …   foundation's core</a></li>
93594  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/a-promise-fulfilled-foundation-honors-farrah-
   …   fawcetts-memory.html">A promise fulfilled: Foundation honors Farrah Fawcett's
   …   memory</a></li>
93595  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/bov-member-repays-debt-of-gratitude-to-md-
   …   anderson.html">BOV member repays debt of gratitude to MD Anderson</a></li>
93596  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/benchmark-event.html">Benchmark event</a></li>
93597  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/patients-peers-laud-award-winner.html">
   …   Patients, peers laud award winner</a></li>
93598  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/mulvas-give-5-million-to-melanoma-research.
   …   html">Mulvas give $5 million to melanoma research</a></li>
93599  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/depinho-named-fourth-president-in-history-of-
   …   md-anderson.html">DePinho named fourth president in history of MD Anderson</a></li>
93600  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/dean-makes-presidents-list.html">Dean makes
   …   president's list</a></li>
93601  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/capitalizing-on-our-differences.html">
   …   Capitalizing on our differences</a></li>
93602  <li class="primary-nav-item"><a
   …   href="/publications/promise/Summer2011/team-effort-makes-major-advances.html">Team
   …   effort makes major advances</a></li>
93603  </ul>
93604  </nav>
93605  </div>
93606  </section>
93607  </div>
93608  </div>
93609  </div></li>
93610  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2011.html">Spring 2011</a>
```

```
93611 <div class="subnav-mask">
93612 <div class="subnav-wrapper">
93613 <div class="subnav col10 pad">
93614 <section class="nested">
93615 <div class="col4 main-column">
93616 <nav class="secondary">
93617 <ul>
93618 <li class="mobile-nav-back"><a href="/publications/promise/spring-2011.html"
   ... aria-label="Back to Spring 2011">Spring 2011</a></li>
93619 <li class="primary-nav-item">
93620 <a href="/publications/promise/spring-2011.html" aria-label="Spring 2011 Home">Spring
   ... 2011 Home</a></li>
93621 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/message-from-john-mendelsohn.html">A Message
   ... From John Mendelsohn, M.D.</a></li>
93622 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/milestones-with-mendelsohn.html">Milestones
   ... With Mendelsohn</a></li>
93623 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/meet-four-generous-md-anderson-donors.html">
   ... Meet Four Generous MD Anderson Donors</a></li>
93624 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/global-force-against-cancer-md-anderson.html"
   ... >A Global Force Against Cancer: MD Anderson Once Again Ranked No. 1</a></li>
93625 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/a-passion-for-making-cancer-history.html">A
   ... Passion for Making Cancer History®</a></li>
93626 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/dedication-spans-a-life-in-the-spotlight.html
   ... ">Among Friends</a></li>
93627 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/research-highlights2.html">Research
   ... Highlights</a></li>
93628 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/veps-reason-to-smile.html">VEPS: Reason to
   ... Smile</a></li>
93629 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/living-legend-jack-nicklaus.html">A
   ... Conversation With a Living Legend®</a></li>
93630 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/giving-back-is-job-one.html">Giving Back Is
   ... Job One</a></li>
93631 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/md-anderson-receives-largest-gift-in-its-
   ... history.html">MD Anderson Receives Largest Gift in Its History</a></li>
93632 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/great-expectations-inspire-couples-
   ... philanthropy.html">Great Expectations Inspire Couple's Philanthropy</a></li>
93633 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/mangurian-legacy-boosts-cutting-edge-leukemia
   ... -research.html">Mangurian Legacy Boosts Cutting-Edge Leukemia Research</a></li>
93634 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/ipromise-gibson-gayle-jr.html">iPromise -
   ... Gibson Gayle Jr.</a></li>
93635 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/doubleheader-at-minute-maid-park.html">
   ... Doubleheader at Minute Maid Park</a></li>
93636 <li class="primary-nav-item"><a
   ... href="/publications/promise/spring-2011/how-you-can-help.html">How You Can
   ... Help</a></li>
93637 </ul>
93638 </nav>
93639 </div>
93640 </section>
93641 </div>
93642 </div>
93643 </div></li>
93644 <li class="primary-nav-item has-subnav"><a
```

```
93644  href="/publications/promise/fall-2010.html">Fall 2010</a>
93645  <div class="subnav-mask">
93646  <div class="subnav-wrapper">
93647  <div class="subnav col10 pad">
93648  <section class="nested">
93649  <div class="col4 main-column">
93650  <nav class="secondary">
93651  <ul>
93652  <li class="mobile-nav-back"><a href="/publications/promise/fall-2010.html"
    …  aria-label="Back to Fall 2010">Fall 2010</a></li>
93653  <li class="primary-nav-item">
93654  <a href="/publications/promise/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
    …  Home</a></li>
93655  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/measuring-value.html">Measuring Value</a></li>
93656  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/message-from-dr-mendelsohn.html">A Message From
    …  Dr. Mendelsohn</a></li>
93657  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/ipromise-jen-lowenstein.html">iPromise</a></li>
93658  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/the-power-of-the-third-party.html">The Power of
    …  the Third Party</a></li>
93659  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/young-bakers-discover-sweet-rewards-in-giving.
    …  html">Young Bakers Discover Sweet Rewards in Giving</a></li>
93660  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/audubon-country-club-members-show-cancer-
    …  patients-they-care.html">Audubon Country Club Members Show Cancer Patients They
    …  Care</a></li>
93661  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/team-sarcoma-spins-worldwide-impact.html">Team
    …  Sarcoma Spins Worldwide Impact</a></li>
93662  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/three-times-a-survivor.html">Three Times a
    …  Survivor</a></li>
93663  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/survivors-say-wayne-bray.html">Survivors Say:
    …  Wayne Bray</a></li>
93664  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/kiosks-recognize-generous-donors.html">Kiosks
    …  Recognize Generous Donors</a></li>
93665  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/ross-perot-commits-20-million-to-md-anderson.
    …  html">Ross Perot Commits $20 Million to MD Anderson</a></li>
93666  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/little-galleria-is-a-big-amenity-for-families.
    …  html">Little Galleria Is a Big Amenity for Families</a></li>
93667  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/research-highlights1.html">Research
    …  Highlights</a></li>
93668  <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2010/donors-make-a-difference.html">Donors Make a
    …  Difference</a></li>
93669  </ul>
93670  </nav>
93671  </div>
93672  </section>
93673  </div>
93674  </div>
93675  </div></li>
93676  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/summer-2010.html">Summer 2010</a>
93677  <div class="subnav-mask">
93678  <div class="subnav-wrapper">
93679  <div class="subnav col10 pad">
93680  <section class="nested">
93681  <div class="col4 main-column">
```

```
93682  <nav class="secondary">
93683  <ul>
93684  <li class="mobile-nav-back"><a href="/publications/promise/summer-2010.html"
   ··  aria-label="Back to Summer 2010">Summer 2010</a></li>
93685  <li class="primary-nav-item">
93686  <a href="/publications/promise/summer-2010.html" aria-label="Summer 2010 Home">Summer
   ··  2010 Home</a></li>
93687  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/message-from-dr-mendelsohn.html">A Message
   ··  from Dr. Mendelsohn</a></li>
93688  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/survivors-say-mike-shad.html">Survivor's Say:
   ··  Mike Shad</a></li>
93689  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/ipromise-kim-johnson.html">iPromise: Kim
   ··  Johnson</a></li>
93690  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/avon-walk-in-houston-sets-new-standard.html">
   ··  Avon Walk in Houston Sets New Standard</a></li>
93691  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/texas-business-women-honors-professors-
   ··  outstanding-achievements.html">Texas Business Women Honors Professor's Outstanding
   ··  Achievements</a></li>
93692  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/kripke-award-janet-davison-rowley.html">
   ··  Cancer Genetics Pioneer Wins Margaret L. Kripke Legend Award</a></li>
93693  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/beating-cancer-with-a-stick.html">Beating
   ··  Cancer With a Stick</a></li>
93694  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/living-legend-sam-nunn.html">Atlanta Legends
   ··  Event Featuring Sam Nunn Exceeds Fundraising Goals</a></li>
93695  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/osteoporosis-group-honors-couple-for-
   ··  strengthening-bone-health-awareness.html">Osteoporosis Group Honors Couple for
   ··  Strengthening Bone Health Awareness</a></li>
93696  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/among-friends-lanie-rose.html">Among Friends:
   ··  Lanie Rose</a></li>
93697  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/beauty-and-the-beast.html">Beauty and the
   ··  Beast</a></li>
93698  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/discoveries-take-time.html">Discoveries Take
   ··  Time</a></li>
93699  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/advanced-practice-nurse-peg-fields-receives-
   ··  prestigious-arceneaux-award.html">Advanced Practice Nurse Peg Fields Receives
   ··  Prestigious Arceneaux Award</a></li>
93700  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/ut-md-anderson-no-1-in-cancer-care.html">UT
   ··  MD Anderson No. 1 in Cancer Care</a></li>
93701  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/research-highlights.html">Research
   ··  Highlights</a></li>
93702  <li class="primary-nav-item"><a
   ··  href="/publications/promise/summer-2010/donors-make-a-difference.html">Donors Make a
   ··  Difference</a></li>
93703  </ul>
93704  </nav>
93705  </div>
93706  </section>
93707  </div>
93708  </div>
93709  </div></li>
93710  <li class="primary-nav-item has-subnav"><a
   ··  href="/publications/promise/spring-2010.html">Spring 2010</a>
93711  <div class="subnav-mask">
```

```
93712  <div class="subnav-wrapper">
93713  <div class="subnav col10 pad">
93714  <section class="nested">
93715  <div class="col4 main-column">
93716  <nav class="secondary">
93717  <ul>
93718  <li class="mobile-nav-back"><a href="/publications/promise/spring-2010.html"
   …   aria-label="Back to Spring 2010">Spring 2010</a></li>
93719  <li class="primary-nav-item">
93720  <a href="/publications/promise/spring-2010.html" aria-label="Spring 2010 Home">Spring
   …   2010 Home</a></li>
93721  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/message-from-john-mendelsohn.html">A Message
   …   from John Mendelsohn</a></li>
93722  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/making-cancer-history.html">Making Cancer
   …   History®:</a></li>
93723  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/philanthropic-goals-through-december-2011.
   …   html">Philanthropic Goals Through December 2011</a></li>
93724  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/transforming-cancer-care-through-research.
   …   html">Transforming Cancer Care Through Research</a></li>
93725  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-institute-for-cancer-care
   …   -excellence.html">Institute for Cancer Care Excellence</a></li>
93726  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-red-and-charline-mccombs-
   …   institute.html">Red and Charline McCombs Institute for the Early Detection and
   …   Treatment
93727  of Cancer</a></li>
93728  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-duncan-family-institute.
   …   html">Duncan Family Institute for Cancer Prevention and Risk Assessment</a></li>
93729  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-institute-for-basic-
   …   science.html">Institute for Basic Science</a></li>
93730  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-institute-for-
   …   personalized-cancer-therapy.html">Institute for Personalized Cancer Therapy</a></li>
93731  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-priority-programs.html">
   …   Priority Programs</a></li>
93732  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-an-endowment-for-md-
   …   anderson.html">An Endowment for MD Anderson</a></li>
93733  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/campaign-objectives-facilities.html">
   …   Facilities</a></li>
93734  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/an-evening-of-celebration-launches-1-billion-
   …   campaign.html">An Evening of Celebration Launches $1 Billion Campaign to Transform
93735  Cancer Care</a></li>
93736  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/among-friends-george-and-barbara-bush.html">
   …   Among Friends- George and Barbara Bush</a></li>
93737  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/research-highlights.html">Research
   …   Highlights</a></li>
93738  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/a-new-look-for-md-andersons-logo.html">A New
   …   Look for MD Anderson's Logo</a></li>
93739  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/donors-make-a-difference.html">Promise -
   …   Spring 2010 - Donors Make a Difference</a></li>
93740  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2010/survivors-say-nancy-b-loeffler.html">
   …   Survivors Say - Nancy B. Loeffler</a></li>
```

```
93741 </ul>
93742 </nav>
93743 </div>
93744 </section>
93745 </div>
93746 </div>
93747 </div></li>
93748 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/promise/fall-2009.html">Fall 2009</a>
93749 <div class="subnav-mask">
93750 <div class="subnav-wrapper">
93751 <div class="subnav col10 pad">
93752 <section class="nested">
93753 <div class="col4 main-column">
93754 <nav class="secondary">
93755 <ul>
93756 <li class="mobile-nav-back"><a href="/publications/promise/fall-2009.html"
   …  aria-label="Back to Fall 2009">Fall 2009</a></li>
93757 <li class="primary-nav-item">
93758 <a href="/publications/promise/fall-2009.html" aria-label="Fall 2009 Home">Fall 2009
   …  Home</a></li>
93759 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/a-message-from-dr-mendelsohn.html">A Message
   …  from Dr. Mendelsohn</a></li>
93760 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/practicing-the-art-of-the-possible.html">
   …  Practicing the Art of the Possible</a></li>
93761 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/philanthropy-fuels-innovative-research.html">
   …  Philanthropy Fuels Innovative Research</a></li>
93762 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/support-focuses-on-survivorship-issues.html">
   …  Support Focuses on Survivorship Issues</a></li>
93763 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/ipromise-jeff-b-love.html">iPromise - Jeff B.
   …  Love</a></li>
93764 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/survivors-say-hoda-kotb.html">Survivors Say -
   …  Hoda Kotb</a></li>
93765 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/among-friends-ruth-keller.html">Among Friends -
   …  Ruth Keller</a></li>
93766 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/run-for-the-rose-races-past-1-million-mark-for-
   …  brain-tumor-research.html">Run for the Rose Races Past $1 Million Mark for Brain
   …  Tumor Research</a></li>
93767 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/raam-team-brings-christmas-in-july-to-young-
   …  cancer-patients.html">RAAM Team Brings Christmas in July to Young Cancer
   …  Patients</a></li>
93768 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/mulligans-mean-melanoma-awareness-for-sun-savvy
   …  -fundraisers.html">Mulligans Mean Melanoma Awareness for Sun-savvy
   …  Fundraisers</a></li>
93769 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/santa-fe-symposium.html">Santa Fe
   …  Symposium</a></li>
93770 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/research-highlights.html">Research
   …  Highlights</a></li>
93771 <li class="primary-nav-item"><a
   …  href="/publications/promise/fall-2009/news-makers.html">News Makers</a></li>
93772 </ul>
93773 </nav>
93774 </div>
93775 </section>
93776 </div>
93777 </div>
```

```
93778  </div></li>
93779  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/summer-2009.html">Summer 2009</a>
93780  <div class="subnav-mask">
93781  <div class="subnav-wrapper">
93782  <div class="subnav col10 pad">
93783  <section class="nested">
93784  <div class="col4 main-column">
93785  <nav class="secondary">
93786  <ul>
93787  <li class="mobile-nav-back"><a href="/publications/promise/summer-2009.html"
   …   aria-label="Back to Summer 2009">Summer 2009</a></li>
93788  <li class="primary-nav-item">
93789  <a href="/publications/promise/summer-2009.html" aria-label="Summer 2009 Home">Summer
   …   2009 Home</a></li>
93790  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/a-message-from-dr-mendelsohn.html">A Message
   …   From Dr. Mendelsohn</a></li>
93791  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/polo-on-the-prairie-brings-world-class-polo-
   …   to-west-texas.html">Polo on the Prairie Brings World-Class Polo to West
   …   Texas</a></li>
93792  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/milestones-and-a-mission.html">Milestones and
   …   a Mission</a></li>
93793  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/presidential-perspective-george-hw-bush.html"
   …   >Presidential Perspective</a></li>
93794  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/cyrus-scholar-award-presents-a-golden-
   …   opportunity.html">Cyrus Scholar Award Presents a Golden Opportunity</a></li>
93795  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/sprint-for-life-off-and-running-in-support-of
   …   -ovarian-cancer-research.html">Sprint for Life: Off and Running in Support of Ovarian
   …   Cancer Research</a></li>
93796  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/among-friends-jeff-wigbels.html">Among
   …   Friends</a></li>
93797  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/survivors-say-james-s-olson.html">Survivors
   …   Say: James S. Olson</a></li>
93798  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/research-highlights.html">Research
   …   Highlights</a></li>
93799  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/news-makers.html">News Makers</a></li>
93800  <li class="primary-nav-item"><a
   …   href="/publications/promise/summer-2009/ipromise-andrew-mccullough-jr.html">iPromise<
   …   /a></li>
93801  </ul>
93802  </nav>
93803  </div>
93804  </section>
93805  </div>
93806  </div>
93807  </div></li>
93808  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/promise/spring-2009.html">Spring 2009</a>
93809  <div class="subnav-mask">
93810  <div class="subnav-wrapper">
93811  <div class="subnav col10 pad">
93812  <section class="nested">
93813  <div class="col4 main-column">
93814  <nav class="secondary">
93815  <ul>
93816  <li class="mobile-nav-back"><a href="/publications/promise/spring-2009.html"
   …   aria-label="Back to Spring 2009">Spring 2009</a></li>
93817  <li class="primary-nav-item">
```

```
93818  <a href="/publications/promise/spring-2009.html" aria-label="Spring 2009 Home">Spring
   …   2009 Home</a></li>
93819  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/from-the-president.html">From the
   …   President</a></li>
93820  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/about-promise.html">About Promise</a></li>
93821  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/battle-toward-personalized-lung-cancer-
   …   therapy.html">The BATTLE Toward Personalized Lung Cancer Therapy</a></li>
93822  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/funding-for-the-best-and-brightest.html">
   …   Funding for the Best and Brightest</a></li>
93823  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/cancer-in-2009-what-needs-to-be-done.html">
   …   Cancer in 2009: What Needs to be Done</a></li>
93824  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/accolades-and-achievements.html">Accolades
   …   and Achievements</a></li>
93825  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/donors-make-a-difference.html">Donors Make a
   …   Difference</a></li>
93826  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/scientific-breakthroughs.html">Scientific
   …   Breakthroughs</a></li>
93827  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/events-and-fundraisers.html">Events and
   …   Fundraisers</a></li>
93828  <li class="primary-nav-item"><a
   …   href="/publications/promise/spring-2009/board-of-visitors-qa-ali-a-saberioon.html">
   …   Board of Visitors QA - Ali A. Saberioon</a></li>
93829  </ul>
93830  </nav>
93831  </div>
93832  </section>
93833  </div>
93834  </div>
93835  </div></li>
93836  </ul>
93837  </nav>
93838  </div>
93839  </section>
93840  </div>
93841  </div>
93842  </div></li>
93843  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/AdvanceTeam.html">Advance Team</a>
93844  <div class="subnav-mask">
93845  <div class="subnav-wrapper">
93846  <div class="subnav col10 pad">
93847  <section class="nested">
93848  <div class="col4 main-column">
93849  <nav class="secondary">
93850  <ul>
93851  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam.html" aria-label="Back
   …   to Advance Team">Advance Team</a></li>
93852  <li class="primary-nav-item">
93853  <a href="/publications/AdvanceTeam.html" aria-label="Advance Team Home">Advance Team
   …   Home</a></li>
93854  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/AdvanceTeam/Spring2016.html">Spring 2016</a>
93855  <div class="subnav-mask">
93856  <div class="subnav-wrapper">
93857  <div class="subnav col10 pad">
93858  <section class="nested">
93859  <div class="col4 main-column">
93860  <nav class="secondary">
93861  <ul>
```

```
93862  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Spring2016.html"
   …   aria-label="Back to Spring 2016">Spring 2016</a></li>
93863  <li class="primary-nav-item">
93864  <a href="/publications/AdvanceTeam/Spring2016.html" aria-label="Spring 2016
   …   Home">Spring 2016 Home</a></li>
93865  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Spring2016/upcoming-meeting-details.html">Upcoming
   …   meeting details</a></li>
93866  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Spring2016/getting-to-know-kelli-kickerillo.html">
   …   Getting to know: Kelli Kickerillo</a></li>
93867  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Spring2016/moon-shots-program-update.html">Moon Shots
   …   Program update</a></li>
93868  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Spring2016/new-website-debuts.html">New website
   …   debuts</a></li>
93869  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Spring2016/upcoming-events.html">Upcoming
   …   events</a></li>
93870  </ul>
93871  </nav>
93872  </div>
93873  </section>
93874  </div>
93875  </div>
93876  </div></li>
93877  <li class="primary-nav-item has-subnav"><a
   …   href="/publications/AdvanceTeam/Summer2016.html">Summer 2016</a>
93878  <div class="subnav-mask">
93879  <div class="subnav-wrapper">
93880  <div class="subnav col10 pad">
93881  <section class="nested">
93882  <div class="col4 main-column">
93883  <nav class="secondary">
93884  <ul>
93885  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Summer2016.html"
   …   aria-label="Back to Summer 2016">Summer 2016</a></li>
93886  <li class="primary-nav-item">
93887  <a href="/publications/AdvanceTeam/Summer2016.html" aria-label="Summer 2016
   …   Home">Summer 2016 Home</a></li>
93888  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Summer2016/upcoming-events.html">Upcoming
   …   Events</a></li>
93889  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Summer2016/meeting-recap.html">Meeting Recap</a></li>
93890  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Summer2016/getting-to-know-barry-kessler.html">
   …   Getting to know: Barry Kessler</a></li>
93891  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Summer2016/saks-fifth-avenue-reopening.html">Saks
   …   Fifth Avenue Reopening</a></li>
93892  <li class="primary-nav-item"><a
   …   href="/publications/AdvanceTeam/Summer2016/communications.html">Communications</a></
   …   li>
93893  </ul>
93894  </nav>
93895  </div>
93896  </section>
93897  </div>
93898  </div>
93899  </div></li>
93900  </ul>
93901  </nav>
93902  </div>
93903  </section>
93904  </div>
93905  </div>
```

```
93906  </div></li>
93907  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/publication-archives.html">Publication Archives</a>
93908  <div class="subnav-mask">
93909  <div class="subnav-wrapper">
93910  <div class="subnav col10 pad">
93911  <section class="nested">
93912  <div class="col4 main-column">
93913  <nav class="secondary">
93914  <ul>
93915  <li class="mobile-nav-back"><a href="/publications/publication-archives.html"
    …  aria-label="Back to Publication Archives">Publication Archives</a></li>
93916  <li class="primary-nav-item">
93917  <a href="/publications/publication-archives.html" aria-label="Publication Archives
    …  Home">Publication Archives Home</a></li>
93918  <li class="primary-nav-item"><a
    …  href="/publications/publication-archives/conquest-archive.html">Conquest
    …  Archive</a></li>
93919  <li class="primary-nav-item"><a
    …  href="/publications/publication-archives/promise-archive.html">Promise
    …  Archive</a></li>
93920  <li class="primary-nav-item"><a
    …  href="/publications/publication-archives/oncolog-archive.html">Oncolog
    …  Archive</a></li>
93921  <li class="primary-nav-item"><a
    …  href="/publications/publication-archives/focused-on-health-archive.html">Focused on
    …  Health Archive</a></li>
93922  <li class="primary-nav-item"><a
    …  href="/publications/publication-archives/annual-report-archive.html">Annual Report
    …  Archive</a></li>
93923  </ul>
93924  </nav>
93925  </div>
93926  </section>
93927  </div>
93928  </div>
93929  </div></li>
93930  </ul>
93931  </li>
93932  <li class="topnav-list-item"><a href="/newsroom.html"
    …  data-primary-nav="nav_newsroom">Newsroom</a>
93933  <ul class="primary-nav-list" id="nav-index">
93934  <li class="primary-nav-item"><a href="/newsroom.html">Newsroom Home</a></li>
93935  <li class="primary-nav-item"><a
    …  href="/newsroom/contact-a-media-specialist.html">Contact a Media Specialist</a></li>
93936  <li class="primary-nav-item"><a href="/newsroom/readycam-tv-studio.html">ReadyCam TV
    …  Studio</a></li>
93937  <li class="primary-nav-item"><a href="/newsroom/policy.html">Policy</a></li>
93938  <li class="primary-nav-item"><a href="/newsroom/broll-footage.html">B-roll
    …  Footage</a></li>
93939  <li class="primary-nav-item"><a href="/newsroom/embargo-policy.html">Embargo
    …  Policy</a></li>
93940  <li class="primary-nav-item"><a href="/newsroom/media-visitation-policy.html">Media
    …  Visitation Policy</a></li>
93941  <li class="primary-nav-item"><a href="/newsroom/style-guide.html">Style
    …  Guide</a></li>
93942  <li class="primary-nav-item"><a href="/newsroom/subscribe.html">Subscribe</a></li>
93943  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016.html">2016</a>
93944  <div class="subnav-mask">
93945  <div class="subnav-wrapper">
93946  <div class="subnav col10 pad">
93947  <section class="nested">
93948  <div class="col4 main-column">
93949  <nav class="secondary">
93950  <ul>
93951  <li class="mobile-nav-back"><a href="/newsroom/2016.html" aria-label="Back to
    …  2016">2016</a></li>
93952  <li class="primary-nav-item">
```

```
93953 <a href="/newsroom/2015.html" aria-label="2016 Home">2016 Home</a></li>
93954 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/08.html">08</a>
93955 <div class="subnav-mask">
93956 <div class="subnav-wrapper">
93957 <div class="subnav col10 pad">
93958 <section class="nested">
93959 <div class="col4 main-column">
93960 <nav class="secondary">
93961 <ul>
93962 <li class="mobile-nav-back"><a href="/newsroom/2016/08.html" aria-label="Back to
    … 08">08</a></li>
93963 <li class="primary-nav-item">
93964 <a href="/newsroom/2016/08.html" aria-label="08 Home">08 Home</a></li>
93965 <li class="primary-nav-item"><a href="/newsroom/2016/md-anderson-named-to.html">MD
    … Anderson named top-ranked cancer hospital in annual survey</a></li>
93966 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/living-legend-lunche.html">Living Legend luncheon to honor
    … Kenneth H. Cooper, M.D., M.P.H. in Dallas</a></li>
93967 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/immune-analysis-of-o.html">Immune analysis of on-treatment
    … longitudinal biopsies predicts response
93968 to melanoma immunotherapy</a></li>
93969 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/moon-shots-program-a0.html">Moon Shots Program APOLLO project
    … aims to expose cancer's evasive action</a></li>
93970 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/making-cancer-histor.html">Making Cancer History®: Free
    … seminar comes to Austin</a></li>
93971 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/_bursts_-of-chromoso.html">'Bursts' of chromosome changes
    … fuel breast cancer tumor growth</a></li>
93972 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/statement-from-ronald-a-depinho.html">Statement from Ronald
    … A. DePinho, M.D., president, The University of
93973 Texas MD Anderson Cancer Center</a></li>
93974 <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-receives.html">MD
    … Anderson receives $19.1 million in CPRIT awards for research and recruitment</a></li>
93975 <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-hosts-an.html">MD
    … Anderson hosts annual evening fun run benefiting melanoma research</a></li>
93976 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/making-cancer-histor0.html">Making Cancer History®: Free
    … seminar heads to San Antonio Sept. 13</a></li>
93977 <li class="primary-nav-item"><a href="/newsroom/2016/08/md-anderson-plans-fr.html">MD
    … Anderson plans free Making Cancer History® Seminar in Atlanta</a></li>
93978 <li class="primary-nav-item"><a
    … href="/newsroom/2016/08/scripps-health-and-m.html">Scripps Health and MD Anderson
    … Cancer Center Announce Partnership to
93979 Create Clinically Integrated Cancer Program</a></li>
93980 </ul>
93981 </nav>
93982 </div>
93983 </section>
93984 </div>
93985 </div>
93986 </div></li>
93987 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/07.html">07</a>
93988 <div class="subnav-mask">
93989 <div class="subnav-wrapper">
93990 <div class="subnav col10 pad">
93991 <section class="nested">
93992 <div class="col4 main-column">
93993 <nav class="secondary">
93994 <ul>
93995 <li class="mobile-nav-back"><a href="/newsroom/2016/07.html" aria-label="Back to
    … 07">07</a></li>
93996 <li class="primary-nav-item">
93997 <a href="/newsroom/2016/07.html" aria-label="07 Home">07 Home</a></li>
93998 <li class="primary-nav-item"><a href="/newsroom/2016/07/md-anderson--nasa-an.html">MD
```

```
93998 Anderson, NASA and ILC Dover partner on Space Suit Art Project to
93999 increase childhood cancer awareness</a></li>
94000 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/07/genetic-cause-of-15-.html">Genetic cause of 15 percent of
  …  colorectal cancer diagnoses identified</a></li>
94001 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/07/protein-zmynd8-tied-.html">Protein ZMYND8 tied to suppression
  …  of prostate cancer tumor metastasis</a></li>
94002 </ul>
94003 </nav>
94004 </div>
94005 </section>
94006 </div>
94007 </div>
94008 </div></li>
94009 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/06.html">06</a>
94010 <div class="subnav-mask">
94011 <div class="subnav-wrapper">
94012 <div class="subnav col10 pad">
94013 <section class="nested">
94014 <div class="col4 main-column">
94015 <nav class="secondary">
94016 <ul>
94017 <li class="mobile-nav-back"><a href="/newsroom/2016/06.html" aria-label="Back to
  …  06">06</a></li>
94018 <li class="primary-nav-item">
94019 <a href="/newsroom/2016/06.html" aria-label="06 Home">06 Home</a></li>
94020 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-study-id.html">MD
  …  Anderson study identifies significant cost differences between breast
94021 cancer chemotherapy regimens</a></li>
94022 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/nivolumab-immunother.html">Nivolumab immunotherapy helps
  …  patients with advanced bladder cancer</a></li>
94023 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/nivolumab-shows-prom.html">Nivolumab shows promise in
  …  first-ever trial for patients with
94024 refractory, metastatic anal cancer</a></li>
94025 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-research.html">MD
  …  Anderson researchers highlight advances in gynecologic cancer treatments</a></li>
94026 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/progression-free-sur.html">Progression-free survival triples
  …  in select metastatic lung cancer
94027 patients with surgery or radiation after standard chemotherapy</a></li>
94028 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-and-bris.html">MD
  …  Anderson and Bristol-Myers Squibb announce new research collaboration
94029 in immuno-oncology focused on lung cancer</a></li>
94030 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/antibody-based-drug-.html">Antibody-based drug helps "bridge"
  …  leukemia patients to curative treatment</a></li>
94031 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/shorter-radiation-co.html">Shorter radiation course
  …  recommended for early-stage breast cancer patients</a></li>
94032 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-to-host-.html">MD
  …  Anderson to host a national Cancer Moonshot Summit event June 29</a></li>
94033 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/novel-gene-hunting-m.html">Novel gene-hunting method
  …  implicates new culprit in pancreatic cancer</a></li>
94034 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/making-cancer-histor.html">Making Cancer History® Seminar
  …  returns to Aspen July 22</a></li>
94035 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/hitachi-chemical-co-.html">Hitachi Chemical Co., Ltd. and MD
  …  Anderson enter into strategic alliance</a></li>
94036 </ul>
94037 </nav>
94038 </div>
94039 </section>
94040 </div>
```

```
94041  </div>
94042  </div></li>
94043  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/05.html">05</a>
94044  <div class="subnav-mask">
94045  <div class="subnav-wrapper">
94046  <div class="subnav col10 pad">
94047  <section class="nested">
94048  <div class="col4 main-column">
94049  <nav class="secondary">
94050  <ul>
94051  <li class="mobile-nav-back"><a href="/newsroom/2016/05.html" aria-label="Back to
    …  05">05</a></li>
94052  <li class="primary-nav-item">
94053  <a href="/newsroom/2016/05.html" aria-label="05 Home">05 Home</a></li>
94054  <li class="primary-nav-item"><a href="/newsroom/2016/05/-study-points-to-the.html">
    …  Study points to therapeutic target for common and aggressive ovarian cancer</a></li>
94055  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/research-findings-re.html">Research findings reveal potential
    …  to reverse cancer-related nerve pain</a></li>
94056  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-applauds.html">MD
    …  Anderson applauds extension of FDA regulatory authority to all
94057  tobacco products</a></li>
94058  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/can-gender-play-a-ro.html">Can gender play a role in
    …  determining cancer treatment choices?</a></li>
94059  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/study-shows-possible.html">Study shows possible 'key' to
    …  improved therapy for adrenocortical carcinoma</a></li>
94060  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/strike-out-cancer-an.html">Strike out cancer and celebrate
    …  survivorship at the ballpark</a></li>
94061  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-receives.html">MD
    …  Anderson receives $10.6 million from CPRIT for lung cancer research</a></li>
94062  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-and-ioni.html">MD
    …  Anderson and Ionis Pharmaceuticals form strategic alliance to advance
94063  novel cancer therapeutics</a></li>
94064  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-study-un.html">MD
    …  Anderson study uncovers early genetic changes in premalignant
94065  colorectal tissue</a></li>
94066  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/morphosys--md-anders.html">MorphoSys, MD Anderson join forces
    …  to develop novel oncology therapeutics</a></li>
94067  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/05/making-cancer-histor.html">Making Cancer History®: Free
    …  seminar comes to Raleigh</a></li>
94068  </ul>
94069  </nav>
94070  </div>
94071  </section>
94072  </div>
94073  </div>
94074  </div></li>
94075  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/04.html">04</a>
94076  <div class="subnav-mask">
94077  <div class="subnav-wrapper">
94078  <div class="subnav col10 pad">
94079  <section class="nested">
94080  <div class="col4 main-column">
94081  <nav class="secondary">
94082  <ul>
94083  <li class="mobile-nav-back"><a href="/newsroom/2016/04.html" aria-label="Back to
    …  04">04</a></li>
94084  <li class="primary-nav-item">
94085  <a href="/newsroom/2016/04.html" aria-label="04 Home">04 Home</a></li>
94086  <li class="primary-nav-item"><a href="/newsroom/2016/04/2-md-anderson-expert.html">2
    …  MD Anderson experts named to National Cancer Moonshot advisory panel</a></li>
94087  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/04/zayed-building-opens.html">Zayed Building opens doors to
```

```
94087… state-of-the-art personalized cancer research</a></li>
94088 <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-experts-.html">MD
…     Anderson experts join new Parker Institute for Cancer Immunotherapy</a></li>
94089 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/study-suggests-link-.html">Study suggests link between
…     obesity and kidney cancer</a></li>
94090 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/people-with-hepatiti.html">People with hepatitis C are two to
…     five times more likely to develop
94091 certain head and neck cancers</a></li>
94092 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/saks-fifth-avenue-to.html">Saks Fifth Avenue to host event
…     benefiting MD Anderson</a></li>
94093 <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson_s-keelin.html">MD
…     Anderson's Keeling Center Open House Set for April 22</a></li>
94094 <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-research.html">MD
…     Anderson researcher named AACR's Margaret Foti Award recipient</a></li>
94095 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/study-drug-loxo-101-.html">Study drug LOXO-101 shows tumor
…     regression in varied cancers</a></li>
94096 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/first-ever-nivolumab.html">First-ever nivolumab study to
…     treat aggressive anal cancer appears promising</a></li>
94097 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/monitoring-sugar-met.html">Monitoring sugar metabolism in
…     liver may be a key to cancer diagnosis</a></li>
94098 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/first-computer-progr.html">First computer program developed
…     to detect DNA mutations in single
94099 cancer cells</a></li>
94100 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/cancer--meet-your-ma.html">Cancer, meet your match: Andrew
…     Sabin Family Fellows announced</a></li>
94101 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/teen-cancer-patients.html">Teen cancer patients and their
…     families get 'red carpet' ready for a
94102 special prom</a></li>
94103 <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-and-hels.html">MD
…     Anderson and Helsinn Healthcare SA enter strategic alliance to
94104 improve life of patients conducting clinical studies in cancer
94105 supportive and palliative care</a></li>
94106 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/breast-cancer-surviv.html">Breast cancer survivors share hope
…     and help with new book</a></li>
94107 <li class="primary-nav-item"><a
…     href="/newsroom/2016/04/tjp1-protein-may-ide.html">TJP1 protein may identify multiple
…     myeloma patients most likely to
94108 benefit from proteasome inhibitors</a></li>
94109 </ul>
94110 </nav>
94111 </div>
94112 </section>
94113 </div>
94114 </div>
94115 </div></li>
94116 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/03.html">03</a>
94117 <div class="subnav-mask">
94118 <div class="subnav-wrapper">
94119 <div class="subnav col10 pad">
94120 <section class="nested">
94121 <div class="col4 main-column">
94122 <nav class="secondary">
94123 <ul>
94124 <li class="mobile-nav-back"><a href="/newsroom/2016/03.html" aria-label="Back to
…     03">03</a></li>
94125 <li class="primary-nav-item">
94126 <a href="/newsroom/2016/03.html" aria-label="03 Home">03 Home</a></li>
94127 <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-cancer-c.html">MD
```

```
94127…  Anderson Cancer Center plans free educational seminar in Indian Wells</a></li>
94128   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/pgk1-protein-promote.html">PGK1 protein promotes brain tumor
…       formation and cancer metabolism</a></li>
94129   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-hosts-in.html">MD
…       Anderson hosts inaugural Boot Walk to End Cancer in November</a></li>
94130   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/dietary-glycemic-ind.html">Dietary glycemic index linked to
…       lung cancer risk in select populations</a></li>
94131   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/neurofeedback-reduce.html">Neurofeedback reduces pain,
…       increases quality of life for cancer
94132   patients suffering from chemotherapy-induced neuropathy</a></li>
94133   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/two-md-anderson-facu.html">Two MD Anderson faculty members
…       honored with highest distinctions from ASCO</a></li>
94134   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/making-cancer-histor.html">Making Cancer History®: Free
…       seminar comes to Midland</a></li>
94135   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/new-md-anderson-deve.html">New MD Anderson-developed breast
…       cancer staging system emphasizes
94136   importance of tumor biology as prognostic indicator</a></li>
94137   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-submits-.html">MD
…       Anderson submits plan for Campus Carry</a></li>
94138   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/making-cancer-histor0.html">Making Cancer History®: Free
…       seminar comes to Austin</a></li>
94139   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/advances-in-endoscop.html">Advances in endoscopy field allows
…       most patients with complex colon
94140   polyps to avoid surgery, MD Anderson study finds</a></li>
94141   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-patient-.html">MD
…       Anderson patient endowment marks Silver Anniversary</a></li>
94142   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/tesaro-and-md-anders.html">TESARO and MD Anderson announce
…       immuno-oncology collaboration and
94143   exclusive license</a></li>
94144   <li class="primary-nav-item"><a
…       href="/newsroom/2016/03/polo-returns-to-the-.html">Polo returns to the West Texas
…       prairie for 30th anniversary celebration</a></li>
94145   </ul>
94146   </nav>
94147   </div>
94148   </section>
94149   </div>
94150   </div>
94151   </div></li>
94152   <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/02.html">02</a>
94153   <div class="subnav-mask">
94154   <div class="subnav-wrapper">
94155   <div class="subnav col10 pad">
94156   <section class="nested">
94157   <div class="col4 main-column">
94158   <nav class="secondary">
94159   <ul>
94160   <li class="mobile-nav-back"><a href="/newsroom/2016/02.html" aria-label="Back to
…       02">02</a></li>
94161   <li class="primary-nav-item">
94162   <a href="/newsroom/2016/02.html" aria-label="02 Home">02 Home</a></li>
94163   <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-shares-i.html">MD
…       Anderson shares in $13.4 million award to study treatment for
94164   low-grade DCIS</a></li>
94165   <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson_s-making.html">MD
…       Anderson's Making Cancer History® Seminar returns to Palm Beach</a></li>
94166   <li class="primary-nav-item"><a
…       href="/newsroom/2016/02/first-in-class-drug-.html">First-in-class drug ONC201shows
…       potential for some blood cancers</a></li>
```

```
94167  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-research.html">MD
 …     Anderson researchers propose new staging for HPV-related
94168  oropharyngeal cancer</a></li>
94169  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-receives.html">MD
 …     Anderson receives $14 million in CPRIT research funding to recruit
94170  top talent</a></li>
94171  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/02/making-cancer-histor.html">Making Cancer History® in
 …     Sarasota</a></li>
94172  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/02/cancer-specialists-h.html">Cancer specialists honored for
 …     excellence in patient care and research</a></li>
94173  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/02/study-links-normal-s.html">Study links normal stem cells to
 …     aggressive prostate cancer</a></li>
94174  </ul>
94175  </nav>
94176  </div>
94177  </section>
94178  </div>
94179  </div>
94180  </div></li>
94181  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/01.html">01</a>
94182  <div class="subnav-mask">
94183  <div class="subnav-wrapper">
94184  <div class="subnav col10 pad">
94185  <section class="nested">
94186  <div class="col4 main-column">
94187  <nav class="secondary">
94188  <ul>
94189  <li class="mobile-nav-back"><a href="/newsroom/2016/01.html" aria-label="Back to
 …     01">01</a></li>
94190  <li class="primary-nav-item">
94191  <a href="/newsroom/2016/01.html" aria-label="01 Home">01 Home</a></li>
94192  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-kyma.html">MD
 …     Anderson and Kymab announce research and development strategic
94193  partnership in immuno-oncology</a></li>
94194  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/lymphoma-myeloma-sym.html">Lymphoma/Myeloma symposium for
 …     patients and caregivers set for Feb. 6</a></li>
94195  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/study-reveals-potent.html">Study reveals potential therapy
 …     targets for triple-negative breast
94196  cancer</a></li>
94197  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-enum.html">MD
 …     Anderson and Enumeral enter into collaborative research and
94198  development agreement</a></li>
94199  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-applauds.html">MD
 …     Anderson Applauds State of the Union Call to Cure Cancer</a></li>
94200  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/new-findings-may-enh.html">New findings may enhance PARP
 …     inhibitors therapy in breast cancer</a></li>
94201  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson--abbvie-.html">MD
 …     Anderson, AbbVie connect to advance cancer immunotherapy</a></li>
94202  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/potential-therapeuti.html">Potential therapeutic targets
 …     identified for multiple sclerosis</a></li>
94203  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/targeted-axillary-di.html">Targeted Axillary Dissection of
 …     lymph nodes after chemotherapy improves
94204  staging accuracy of node-positive breast cancer patients</a></li>
94205  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-joins-na.html">MD
 …     Anderson joins nation's cancer centers in endorsement of HPV
94206  vaccination for cancer prevention</a></li>
94207  <li class="primary-nav-item"><a
 …     href="/newsroom/2016/01/multi-center-study-r.html">Multi-center study reveals unique
 …     subtypes of most common malignant
94208  brain cancer</a></li>
```

```
94209 </ul>
94210 </nav>
94211 </div>
94212 </section>
94213 </div>
94214 </div>
94215 </div></li>
94216 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/09.html">09</a>
94217 <div class="subnav-mask">
94218 <div class="subnav-wrapper">
94219 <div class="subnav col10 pad">
94220 <section class="nested">
94221 <div class="col4 main-column">
94222 <nav class="secondary">
94223 <ul>
94224 <li class="mobile-nav-back"><a href="/newsroom/2016/09.html" aria-label="Back to
    … 09">09</a></li>
94225 <li class="primary-nav-item">
94226 <a href="/newsroom/09.html" aria-label="09 Home">09 Home</a></li>
94227 <li class="primary-nav-item"><a
    … href="/newsroom/2016/09/combination-therapy-.html">Combination therapy shows promise
    … for chronic myeloid leukemia</a></li>
94228 <li class="primary-nav-item"><a href="/newsroom/2016/09/md-anderson-receives.html">MD
    … Anderson receives $19 million in CPRIT funding for recruitment and research</a></li>
94229 <li class="primary-nav-item"><a href="/newsroom/2016/09/md-anderson-and-rice.html">MD
    … Anderson and Rice University welcome Vice President Biden to Houston
94230 for 54th Anniversary of President Kennedy Moonshot Speech</a></li>
94231 <li class="primary-nav-item"><a
    … href="/newsroom/2016/09/rogers-award-for-exc.html">Rogers Award for Excellence in
    … Prevention awarded to Maher Karam-Hage, M.D.</a></li>
94232 </ul>
94233 </nav>
94234 </div>
94235 </section>
94236 </div>
94237 </div>
94238 </div></li>
94239 </ul>
94240 </nav>
94241 </div>
94242 </section>
94243 </div>
94244 </div>
94245 </div></li>
94246 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015.html">2015</a>
94247 <div class="subnav-mask">
94248 <div class="subnav-wrapper">
94249 <div class="subnav col10 pad">
94250 <section class="nested">
94251 <div class="col4 main-column">
94252 <nav class="secondary">
94253 <ul>
94254 <li class="mobile-nav-back"><a href="/newsroom/2015.html" aria-label="Back to
    … 2015">2015</a></li>
94255 <li class="primary-nav-item">
94256 <a href="/newsroom/2015.html" aria-label="2015 Home">2015 Home</a></li>
94257 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/12.html">12</a>
94258 <div class="subnav-mask">
94259 <div class="subnav-wrapper">
94260 <div class="subnav col10 pad">
94261 <section class="nested">
94262 <div class="col4 main-column">
94263 <nav class="secondary">
94264 <ul>
94265 <li class="mobile-nav-back"><a href="/newsroom/2015/12.html" aria-label="Back to
    … 12">12</a></li>
94266 <li class="primary-nav-item">
94267 <a href="/newsroom/2015/12.html" aria-label="12 Home">12 Home</a></li>
```

```
94268  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/immune-suppressor-cells-identified-for-advanced-prostate-
   …   cancer.html">Immune suppressor cells identified for advanced prostate cancer</a></li>
94269  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/pancreas-cancer-liquid-biopsy-flows-from-blood-borne-packets-
   …   of-.html">Pancreas cancer liquid biopsy flows from blood-borne packets of tumor
   …   genes</a></li>
94270  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/father-of-tamoxifen-receives-sir-james-black-award.html">'
   …   Father of Tamoxifen' receives Sir James Black Award</a></li>
94271  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/lymphomamyeloma-symposium-for-patients-and-caregivers-set-for
   …   -ja.html">Lymphoma/Myeloma symposium for patients and caregivers set for Jan.
   …   9</a></li>
94272  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/delaying-chemotherapy-in-breast-cancer-patients-reduces-
   …   overall-.html">Delaying chemotherapy in breast cancer patients reduces overall
94273  survival, especially for those with triple-negative breast cancer</a></li>
94274  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/mastectomy-plus-reconstruction-has-highest-rate-of-
   …   complication-.html">Mastectomy plus reconstruction has highest rate of complication,
94275  complication-related costs of guideline-concordant therapies for early
94276  breast cancer</a></li>
94277  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/multiple-myeloma-patient-study-shows-promise-for-natural-
   …   killer-.html">Multiple myeloma patient study shows promise for natural killer
   …   cells</a></li>
94278  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/loss-of-enzyme-promotes-tumor-progression-in-endometrial-
   …   cancer.html">Loss of enzyme promotes tumor progression in endometrial cancer</a></li>
94279  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/study-shows-ibrutinib-superior-to-traditional-chemotherapy-in
   …   -un.html">Study shows ibrutinib superior to traditional chemotherapy in untreated
94280  chronic leukemia patients</a></li>
94281  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/depressed-head-and-neck-cancer-patients-three-and-one-half-
   …   times.html">Depressed head and neck cancer patients three-and-one-half times less
94282  likely to survive, have higher recurrence risk</a></li>
94283  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/boehringer-ingelheim-and-md-anderson-join-forces-to-discover-
   …   new.html">Boehringer Ingelheim and MD Anderson join forces to discover new
94284  treatment approaches for pancreatic cancer</a></li>
94285  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/complete-surgical-excision-is-the-most-effective-treatment-
   …   for-b.html">Complete surgical excision is the most effective treatment for breast
94286  implant-associated anaplastic large-cell lymphoma</a></li>
94287  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/12/sugar-in-western-diets.html">Sugar in Western diets increases
   …   risk for breast cancer tumors and metastasis</a></li>
94288  </ul>
94289  </nav>
94290  </div>
94291  </section>
94292  </div>
94293  </div>
94294  </div></li>
94295  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/11.html">11</a>
94296  <div class="subnav-mask">
94297  <div class="subnav-wrapper">
94298  <div class="subnav col10 pad">
94299  <section class="nested">
94300  <div class="col4 main-column">
94301  <nav class="secondary">
94302  <ul>
94303  <li class="mobile-nav-back"><a href="/newsroom/2015/11.html" aria-label="Back to
   …   11">11</a></li>
94304  <li class="primary-nav-item">
94305  <a href="/newsroom/2015/11.html" aria-label="11 Home">11 Home</a></li>
```

```
94306  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/two-md-anderson-faculty-named-as-prestigious-aaas-fellows.
  …    html">Two MD Anderson faculty named as prestigious AAAS Fellows</a></li>
94307  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/tumor-suppressor-p53-regulates-protein-that-stifles-immune-
  …    attac.html">Tumor-suppressor p53 regulates protein that stifles immune attack on
  …    cancer</a></li>
94308  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/md-anderson-receives--22-2-million-in-cprit-research-funding.
  …    html">MD Anderson receives $22.2 million in CPRIT research funding</a></li>
94309  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/arch-venture-partners-flagship-ventures-and-md-anderson-
  …    collabor.html">ARCH Venture Partners, Flagship Ventures and MD Anderson collaborate
  …    to
94310  launch Codiak BioSciences</a></li>
94311  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/research-points-to-why-some-colorectal-cancers-recur-after-
  …    treat.html">Research points to why some colorectal cancers recur after
  …    treatment</a></li>
94312  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/new-york-businessman-philanthropist-gives--30-million-to-
  …    cancer-.html">New York businessman, philanthropist gives $30 million to cancer
  …    research</a></li>
94313  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/study-reveals-why-chemotherapy-may-be-compromised-in-patients
  …    -wi.html">Study reveals why chemotherapy may be compromised in patients with
94314  pancreatic cancer</a></li>
94315  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/dallas-a-conversation-with-a-living-legend--to-honor-dr--
  …    condole.html">Dallas A Conversation With a Living Legend® to honor Dr. Condoleezza
  …    Rice</a></li>
94316  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/increased-meat-consumption-especially-when-cooked-at-high-
  …    temper.html">Increased meat consumption, especially when cooked at high temperatures,
94317  linked to elevated kidney cancer risk</a></li>
94318  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/cytomx-and-md-anderson-cancer-center-enter-into-strategic-
  …    collab.html">CytomX and MD Anderson Cancer Center Enter Into Strategic Collaboration
94319  for Probody-Enabled CAR-NK Cell Therapies</a></li>
94320  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/11/first-precision-medicine-trial-in-cancer-prevention-
  …    identifies-m.html">First precision medicine trial in cancer prevention identifies
94321  molecular-based chemoprevention strategy</a></li>
94322  </ul>
94323  </nav>
94324  </div>
94325  </section>
94326  </div>
94327  </div>
94328  </div></li>
94329  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/10.html">10</a>
94330  <div class="subnav-mask">
94331  <div class="subnav-wrapper">
94332  <div class="subnav col10 pad">
94333  <section class="nested">
94334  <div class="col4 main-column">
94335  <nav class="secondary">
94336  <ul>
94337  <li class="mobile-nav-back"><a href="/newsroom/2015/10.html" aria-label="Back to
  …    10">10</a></li>
94338  <li class="primary-nav-item">
94339  <a href="/newsroom/2015/10.html" aria-label="10 Home">10 Home</a></li>
94340  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/10/md-anderson-s-moon-shots-mission-grows-to-confront-six-more-
  …    canc.html">MD Anderson's moon shots mission grows to confront six more cancer
  …    types</a></li>
94341  <li class="primary-nav-item"><a
  …    href="/newsroom/2015/10/reversible-tumor-suppressor-loss-key-to-new-brain-cancer-
```

```
94341… therarm…19 reversible  tumor  suppressor  loss:  key  to  new  brain  cancer
  …  therapies?</a></li>
94342  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/for-lung-cancer-patients-imrt-associated-with-lesser-side-
  …  effect.html">For lung cancer patients, IMRT associated with lesser side effects,
94343  better tolerance of chemotherapy, compared to conventional
94344  radiation therapy</a></li>
94345  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/study-reveals-why-cancer-anemia-treatment-leads-to-tumor-
  …  growth.html">Study reveals why cancer anemia treatment leads to tumor growth</a></li>
94346  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/md-anderson-to-honor-houston-texans-founder-bob-mcnair.html">
  …  MD Anderson to honor Houston Texans founder Bob McNair</a></li>
94347  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/until-20-shares-courageous-story-challenges-all-to-lead-a-
  …  givi.html">'Until 20' Shares Courageous Story, Challenges All to Lead a
94348  Giving Life</a></li>
94349  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/md-anderson-cancer-center-board-of-visitors-welcomes-14-new-
  …  memb.html">MD Anderson Cancer Center Board of Visitors welcomes 14 new
  …  members</a></li>
94350  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/md-anderson-theraclone-sciences-form-oncoresponse.html">MD
  …  Anderson, Theraclone Sciences form OncoResponse</a></li>
94351  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/md-anderson-s-allison-wins-american-cancer-society-medal-of-
  …  hono.html">MD Anderson's Allison wins American Cancer Society medal of honor</a></li>
94352  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/10/study-shows-new-driver-to-assess-cancer-patient-survival-and-
  …  dru.html">Study shows new 'driver' to assess cancer patient survival and
94353  drug sensitivity</a></li>
94354  </ul>
94355  </nav>
94356  </div>
94357  </section>
94358  </div>
94359  </div>
94360  </div></li>
94361  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/09.html">09</a>
94362  <div class="subnav-mask">
94363  <div class="subnav-wrapper">
94364  <div class="subnav col10 pad">
94365  <section class="nested">
94366  <div class="col4 main-column">
94367  <nav class="secondary">
94368  <ul>
94369  <li class="mobile-nav-back"><a href="/newsroom/2015/09.html" aria-label="Back to
  …  09">09</a></li>
94370  <li class="primary-nav-item">
94371  <a href="/newsroom/2015/09.html" aria-label="09 Home">09 Home</a></li>
94372  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/09/everolimus-improves-progression-free-survival-for-patients-
  …  with-.html">Everolimus improves progression-free survival for patients with
94373  advanced, nonfunctional neuroendocrine tumors of the lung,
94374  gastrointestinal tract</a></li>
94375  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/09/breakthrough-study-demonstrates-survival-advantage-with-
  …  immune-c.html">Breakthrough study demonstrates survival advantage with immune
94376  checkpoint inhibitor for advanced kidney cancer patients</a></li>
94377  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/09/md-anderson-study-identifies-leukemia-tumor-suppressor.html">
  …  MD Anderson study identifies leukemia tumor suppressor</a></li>
94378  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/09/conversation-with-a-living-legend-returns-to-san-antonio-to-
  …  hono.html">A Conversation With a Living Legend® returns to San Antonio to honor
94379  Emmitt Smith</a></li>
94380  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/09/md-anderson-cayman-chemical-and-fannin-innovation-studio-form
```

```
94380…  ─th.html">MD Anderson, Cayman Chemical, and Fannin Innovation Studio form
94381   therapeutics company</a></li>
94382   <li class="primary-nav-item"><a
        href="/newsroom/2015/09/md-anderson-immunologist-jim-allison-wins-lasker-debakey-
…       award.html">MD Anderson immunologist Jim Allison wins Lasker-DeBakey Award</a></li>
94383   <li class="primary-nav-item"><a
        href="/newsroom/2015/09/md-anderson-brings-making-cancer-history-seminar-to-atlanta.
…       html">MD Anderson brings Making Cancer History® seminar to Atlanta</a></li>
94384   <li class="primary-nav-item"><a
        href="/newsroom/2015/09/md-anderson-and-cellectis-announce-pre-clinical-and-clinical-
…       all.html">MD Anderson and Cellectis announce pre-clinical and clinical alliance in
94385   cancer immunotherapy</a></li>
94386   <li class="primary-nav-item"><a
        href="/newsroom/2015/09/md-anderson-to-honor-houstonians-for-their-efforts-to-end-
…       cancer.html">MD Anderson to honor Houstonians for their efforts to end
…       cancer</a></li>
94387   <li class="primary-nav-item"><a
        href="/newsroom/2015/09/michelle-barton-receives-rogers-award-for-excellence-in-
…       educatio.html">Michelle Barton receives Rogers Award for Excellence in
…       Education</a></li>
94388   </ul>
94389   </nav>
94390   </div>
94391   </section>
94392   </div>
94393   </div>
94394   </div></li>
94395   <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/08.html">08</a>
94396   <div class="subnav-mask">
94397   <div class="subnav-wrapper">
94398   <div class="subnav col10 pad">
94399   <section class="nested">
94400   <div class="col4 main-column">
94401   <nav class="secondary">
94402   <ul>
94403   <li class="mobile-nav-back"><a href="/newsroom/2015/08.html" aria-label="Back to
…       08">08</a></li>
94404   <li class="primary-nav-item">
94405   <a href="/newsroom/2015/08.html" aria-label="08 Home">08 Home</a></li>
94406   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/internationally-recognized-health-care-leader-to-direct-md-
…       ander.html">Internationally recognized leader to direct Moon Shots Program
94407   prevention efforts</a></li>
94408   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/md-anderson-to-host-evening-fun-run-supporting-skin-cancer-
…       resea.html">MD Anderson to host evening fun run supporting skin cancer
…       research</a></li>
94409   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/immatics-and-md-anderson-announce-launch-of-immatics-us-inc-
…       to-d.html">Immatics and MD Anderson announce launch of Immatics US, Inc., to
94410   develop multiple T-cell and TCR-based adoptive cellular therapies</a></li>
94411   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/generic-heart-medication-shown-to-prolong-ovarian-cancer-
…       patient.html">Generic heart medication shown to prolong ovarian cancer patients'
…       survival</a></li>
94412   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/md-anderson-to-build-new-outpatient-center-in-west-houston.
…       html">MD Anderson to build new outpatient center in West Houston</a></li>
94413   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/utmb-md-anderson-to-collaborate-on-league-city-campus.html">
…       UTMB, MD Anderson to collaborate on League City campus</a></li>
94414   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-tumor-progression.
…       html">MD Anderson study reveals new insight into tumor progression</a></li>
94415   <li class="primary-nav-item"><a
        href="/newsroom/2015/08/merck-and-md-anderson-announce-immuno-oncology-research-
…       collabor.html">Merck and MD Anderson announce immuno-oncology research collaboration
…       in
```

```
94416  solid tumors</a></li>
94417  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/helping-preschoolers-deploy-superpowers-against-sunburn.html"
   …   >Helping preschoolers deploy 'superpowers' against sunburn</a></li>
94418  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/poor-survival-among-colorectal-cancer-patients-tied-to-
   …   biomarker.html">Poor survival among colorectal cancer patients tied to biomarker
   …   CSN6</a></li>
94419  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/md-anderson-names-valerae-o-lewis-md-chair-of-orthopaedic-
   …   oncolo.html">MD Anderson names Valerae O. Lewis, M.D., chair of Orthopaedic
   …   Oncology</a></li>
94420  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/shorter-course-of-radiation-therapy-associated-with-less-
   …   toxicit.html">Shorter course of radiation therapy associated with less toxicity,
94421  improved quality of life in women with early stage breast cancer</a></li>
94422  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/potential-new-therapy-approaches-to-reverse-kidney-damage-
   …   identi.html">Potential new therapy approaches to reverse kidney damage
   …   identified</a></li>
94423  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-dna-repair.html">
   …   MD Anderson study reveals new insight into DNA Repair</a></li>
94424  </ul>
94425  </nav>
94426  </div>
94427  </section>
94428  </div>
94429  </div>
94430  </div></li>
94431  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/07.html">07</a>
94432  <div class="subnav-mask">
94433  <div class="subnav-wrapper">
94434  <div class="subnav col10 pad">
94435  <section class="nested">
94436  <div class="col4 main-column">
94437  <nav class="secondary">
94438  <ul>
94439  <li class="mobile-nav-back"><a href="/newsroom/2015/07.html" aria-label="Back to
   …   07">07</a></li>
94440  <li class="primary-nav-item">
94441  <a href="/newsroom/2015/07.html" aria-label="07 Home">07 Home</a></li>
94442  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-named-as-one-of-two-genome-characterization-
   …   centers.html">MD Anderson named as one of two Genome Characterization
   …   Centers</a></li>
94443  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-presents-making-cancer-history-seminar-in-santa-
   …   fe.html">MD Anderson presents Making Cancer History® seminar in Santa Fe</a></li>
94444  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-named-top-ranked-hospital-for-cancer-care.html">
   …   MD Anderson named top-ranked hospital for cancer care</a></li>
94445  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/md-anderson-study-finds-one-third-of-colorectal-cancers-
   …   diagnose.html">MD Anderson study finds one-third of colorectal cancers diagnosed
   …   before
94446  age 35 are hereditary</a></li>
94447  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/07/can-protein-14-3-3-sigma-prevent-or-kill-breast-cancer-tumors
   …   .html">Can protein 14-3-3 sigma prevent or kill breast cancer tumors?</a></li>
94448  </ul>
94449  </nav>
94450  </div>
94451  </section>
94452  </div>
94453  </div>
94454  </div></li>
94455  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/06.html">06</a>
```

```
94456  <div class="subnav-mask">
94457  <div class="subnav-wrapper">
94458  <div class="subnav col10 pad">
94459  <section class="nested">
94460  <div class="col4 main-column">
94461  <nav class="secondary">
94462  <ul>
94463  <li class="mobile-nav-back"><a href="/newsroom/2015/06.html" aria-label="Back to
  …  06">06</a></li>
94464  <li class="primary-nav-item">
94465  <a href="/newsroom/2015/06.html" aria-label="06 Home">06 Home</a></li>
94466  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/similarities-between-embryos-and-breast-tumors-identified.
  …  html">Similarities between embryos and breast tumors identified</a></li>
94467  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/md-anderson-names-new-vice-provost-clinical-and-
  …  interdisciplinar.html">MD Anderson names new vice provost, clinical and
  …  interdisciplinary research</a></li>
94468  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/tiny-particles-in-blood-useful-for-early-diagnosis-of-
  …  pancreatic.html">Tiny particles in blood useful for early diagnosis of pancreatic
  …  cancer</a></li>
94469  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/keys-to-prevention-md-anderson-leaders-share-latest-news-in-
  …  figh.html">Keys to prevention: MD Anderson leaders share latest news in fight to
94470  end cancer</a></li>
94471  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/current-blood-cancer-drug-prices-not-justified-md-anderson-
  …  study.html">Current blood cancer drug prices not justified, MD Anderson study
  …  finds</a></li>
94472  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/genomic-discovery-of-skin-cancer-subtypes-provides-potential-
  …  sig.html">Genomic discovery of skin cancer subtypes provides potential
94473  'signpost' for drug targets</a></li>
94474  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/breast-conserving-therapy-for-early-stage-cancers-has-
  …  increased-.html">Breast-Conserving Therapy for Early-stage Cancers has Increased
94475  Substantially, Though Access Remains an Issue</a></li>
94476  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/whats-in-a-name-death-associated-protein-promotes-cancer-
  …  growth-.html">What's in a name? "Death-associated protein" promotes cancer
94477  growth in most aggressive breast cancers</a></li>
94478  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/adamts-family-of-genes-may-be-the-next-thing-in-ovarian-
  …  cancer-t.html">ADAMTS family of genes may be the next 'thing' in ovarian
94479  cancer treatment</a></li>
94480  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/md-anderson-study-finds-gene-mutations-sensitize-tumors-to-
  …  speci.html">MD Anderson study finds gene mutations sensitize tumors to specific
94481  cancer drugs</a></li>
94482  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/multi-center-study-redefines-brain-tumor-diagnosis-and-
  …  treatment.html">Multi-center study redefines brain tumor diagnosis and
  …  treatment</a></li>
94483  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/yin-and-yang-immune-signaling-protein-has-opposing-roles-in-
  …  brea.html">Yin and yang: Immune signaling protein has opposing roles in breast
94484  cancer development</a></li>
94485  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/houston-methodist-hospital-md-anderson-cancer-center-teams-
  …  perfo.html">Houston Methodist Hospital, MD Anderson Cancer Center teams perform
94486  first multi-organ transplant that includes skull and scalp</a></li>
94487  <li class="primary-nav-item"><a
  …  href="/newsroom/2015/06/md-anderson-and-exact-sciences-announce-partnership-to-
  …  develop-s.html">MD Anderson and Exact Sciences announce partnership to develop
  …  screening
94488  and diagnostic tests for lung cancer</a></li>
94489  <li class="primary-nav-item"><a
```

```
94489  href="/newsroom/2015/06/shelby-robin-receives-md-andersons-highest-nursing-honor.html
   …   ">Shelby Robin receives MD Anderson's highest nursing honor</a></li>
94490  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/06/md-anderson-s-ernest-hawk-wins-asco-american-cancer-society-
   …   awar.html">MD Anderson's Ernest Hawk wins ASCO-American Cancer Society Award</a></li>
94491  </ul>
94492  </nav>
94493  </div>
94494  </section>
94495  </div>
94496  </div>
94497  </div></li>
94498  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/05.html">05</a>
94499  <div class="subnav-mask">
94500  <div class="subnav-wrapper">
94501  <div class="subnav col10 pad">
94502  <section class="nested">
94503  <div class="col4 main-column">
94504  <nav class="secondary">
94505  <ul>
94506  <li class="mobile-nav-back"><a href="/newsroom/2015/05.html" aria-label="Back to
   …   05">05</a></li>
94507  <li class="primary-nav-item">
94508  <a href="/newsroom/2015/05.html" aria-label="05 Home">05 Home</a></li>
94509  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/risks-of-whole-brain-radiation-therapy-added-to-radiosurgery-
   …   out.html">Risks of whole brain radiation therapy added to radiosurgery outweigh
94510  benefits for patients with limited brain metastases</a></li>
94511  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/study-identifies-possible-new-combination-chemotherapy-for-
   …   patie.html">Study identifies possible new combination chemotherapy for patients with
94512  advanced prostate cancer</a></li>
94513  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/asco-honors-allison-for-achievements-in-cancer-immunotherapy.
   …   html">ASCO honors Allison for achievements in cancer immunotherapy</a></li>
94514  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/md-anderson-receives--9-million-in-cprit-research-funding.
   …   html">MD Anderson receives $9 million in CPRIT research funding</a></li>
94515  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/study-finds-biomarker-may-boost-ovarian-cancer-chemotherapy-
   …   resp.html">Study Finds Biomarker May Boost Ovarian Cancer Chemotherapy
   …   Response</a></li>
94516  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/md-anderson-making-cancer-history--seminar-in-austin-
   …   rescheduled.html">MD Anderson Making Cancer History® Seminar in Austin rescheduled
   …   for
94517  June 16</a></li>
94518  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/stereotactic-ablative-radiotherapy-achieves-better-overall-
   …   survi.html">Stereotactic Ablative Radiotherapy achieves better overall survival than
94519  surgery for early lung cancer</a></li>
94520  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/variations-in-liver-cancer-attributable-to-hepatitis-virus-
   …   varia.html">Variations in liver cancer attributable to hepatitis virus
   …   variations</a></li>
94521  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/tumor-sequencing-study-highlights-benefits-of-profiling-
   …   healthy-.html">Tumor sequencing study highlights benefits of profiling healthy tissue
94522  as well</a></li>
94523  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/protein-fgl2-may-have-potential-as-therapy-target-for-brain-
   …   canc.html">Protein FGL2 May Have Potential as Therapy Target for Brain
   …   Cancer</a></li>
94524  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/05/study-may-suggest-new-strategies-for-myelodysplastic-
   …   syndromes-t.html">Study May Suggest New Strategies for Myelodysplastic Syndromes
   …   Treatment</a></li>
94525  </ul>
```

```
94526  </nav>
94527  </div>
94528  </section>
94529  </div>
94530  </div>
94531  </div></li>
94532  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/04.html">04</a>
94533  <div class="subnav-mask">
94534  <div class="subnav-wrapper">
94535  <div class="subnav col10 pad">
94536  <section class="nested">
94537  <div class="col4 main-column">
94538  <nav class="secondary">
94539  <ul>
94540  <li class="mobile-nav-back"><a href="/newsroom/2015/04.html" aria-label="Back to
   …  04">04</a></li>
94541  <li class="primary-nav-item">
94542  <a href="/newsroom/2015/04.html" aria-label="04 Home">04 Home</a></li>
94543  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/a-conversation-with-a-living-legend--in-washington-d-c--
   …  presente.html">A Conversation With a Living Legend® in Washington, D.C., presented by
94544  MD Anderson, raises $5.2 million</a></li>
94545  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/toxic-mushroom-based-drug-may-help-battle-colorectal-cancer.
   …  html">Toxic Mushroom-Based Drug May Help Battle Colorectal Cancer</a></li>
94546  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-study-points-to-potential-new-lung-cancer-therapy
   …  .html">MD Anderson Study Points to Potential New Lung Cancer Therapy</a></li>
94547  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-study-seeks-earlier-ovarian-cancer-detection.html
   …  ">MD Anderson Study Seeks Earlier Ovarian Cancer Detection</a></li>
94548  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/long-non-coding-rna-modulates-colorectal-cancer-metabolism.
   …  html">Long Non-Coding RNA Modulates Colorectal Cancer Metabolism</a></li>
94549  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/moon-shots-program-researchers-to-contribute-to-new-stand-up-
   …  to-.html">Moon Shots Program researchers to contribute to new Stand Up to Cancer
94550  Dream Teams</a></li>
94551  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/new-subsets-of-lung-cancer-with-kras-gene-mutations-
   …  identified.html">New Subsets of Lung Cancer with KRAS Gene Mutations
   …  Identified</a></li>
94552  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-researcher-james-allison-ph-d--receives-pezcoller
   …  -aw.html">MD Anderson Researcher James Allison, Ph.D., Receives Pezcoller
   …  Award</a></li>
94553  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-s-keeling-center-open-house-set-for-april-24.html
   …  ">MD Anderson's Keeling Center Open House Set for April 24</a></li>
94554  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/get-ready-to-two-step-polo-on-the-prairie-returns-april-25.
   …  html">Get ready to two-step: Polo on the Prairie returns April 25</a></li>
94555  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/review-highlights-potential-of-cancer-immunotherapy-plus-
   …  targete.html">Review highlights potential of cancer immunotherapy plus targeted
   …  therapy</a></li>
94556  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-astellas-pharma-sign-option-agreement.html">MD
   …  Anderson, Astellas Pharma Sign Option Agreement</a></li>
94557  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/strong-grasp-of-immune-response-dynamics-will-enhance-
   …  checkpoint.html">Strong grasp of immune response dynamics will enhance checkpoint
   …  blockade</a></li>
94558  <li class="primary-nav-item"><a
   …  href="/newsroom/2015/04/md-anderson-and-nanostring-technologies-announce-multi-year-
   …  coll.html">MD Anderson and NanoString Technologies Announce Multi-Year
   …  Collaboration</a></li>
94559  </ul>
```

```
94560  </nav>
94561  </div>
94562  </section>
94563  </div>
94564  </div>
94565  </div></li>
94566  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/03.html">03</a>
94567  <div class="subnav-mask">
94568  <div class="subnav-wrapper">
94569  <div class="subnav col10 pad">
94570  <section class="nested">
94571  <div class="col4 main-column">
94572  <nav class="secondary">
94573  <ul>
94574  <li class="mobile-nav-back"><a href="/newsroom/2015/03.html" aria-label="Back to
    …  03">03</a></li>
94575  <li class="primary-nav-item">
94576  <a href="/newsroom/2015/03.html" aria-label="03 Home">03 Home</a></li>
94577  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/03/sentinel-lymph-node-mapping-identifies-positive-lymph-nodes-
    …  in-w.html">Sentinel lymph node mapping identifies positive lymph nodes in women
94578  with high-risk endometrial cancer, MD Anderson study finds</a></li>
94579  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/03/md-anderson-study-predicts-new-hepatitis-c-drugs-will-place-a
    …  -dr.html">MD Anderson study predicts new hepatitis C drugs will place a dramatic
94580  financial strain on the health care system</a></li>
94581  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/03/cancer-immunotherapy-innovator-jim-allison-wins-2015-paul-
    …  ehrlic.html">Cancer immunotherapy innovator Jim Allison wins 2015 Paul Ehrlich and
94582  Ludwig Darmstaedter Prize</a></li>
94583  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/03/hippo-crosstalk-may-be-vital-to-tumor-suppression.html">Hippo
    …  'Crosstalk' May Be Vital to Tumor Suppression</a></li>
94584  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/03/md-anderson-study-shows-why-some-brain-cancers-resist-
    …  treatment.html">MD Anderson Study Shows Why Some Brain Cancers Resist
    …  Treatment</a></li>
94585  </ul>
94586  </nav>
94587  </div>
94588  </section>
94589  </div>
94590  </div>
94591  </div></li>
94592  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/02.html">02</a>
94593  <div class="subnav-mask">
94594  <div class="subnav-wrapper">
94595  <div class="subnav col10 pad">
94596  <section class="nested">
94597  <div class="col4 main-column">
94598  <nav class="secondary">
94599  <ul>
94600  <li class="mobile-nav-back"><a href="/newsroom/2015/02.html" aria-label="Back to
    …  02">02</a></li>
94601  <li class="primary-nav-item">
94602  <a href="/newsroom/2015/02.html" aria-label="02 Home">02 Home</a></li>
94603  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/02/christopher-logothetis-honored-with-inaugural-finneran-family
    …  -pr.html">Christopher Logothetis honored with inaugural Finneran Family
    …  Prize</a></li>
94604  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/02/anderson-algorithm-increases-surgical-success-with-advanced-
    …  ovar.html">Anderson Algorithm increases surgical success with advanced ovarian
    …  cancer</a></li>
94605  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/02/andrew-futreal-ph-d--receives-jack-and-beverly-randall-prize.
    …  html">Andrew Futreal receives Jack and Beverly Randall Prize</a></li>
94606  <li class="primary-nav-item"><a
```

```
94606  href="/newsroom/2015/02/alejandro-contreras-and-yun-wu-receive-shirley-stein-
   …   scientific-.html">Alejandro Contreras and Yun Wu receive Shirley Stein Scientific
   …   Endowed
94607  Research Award</a></li>
94608  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-names-hwu-as-head-of-cancer-medicine.html">MD
   …   Anderson Names Hwu as Head of Cancer Medicine</a></li>
94609  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-studies-skin-cancer-patients-resistant-to-leading
   …   -th.html">MD Anderson Studies Skin Cancer Patients Resistant to Leading
   …   Therapy</a></li>
94610  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-receives--22-3-million-in-cprit-research-funding.
   …   html">MD Anderson Receives $22.3 Million in CPRIT Research Funding</a></li>
94611  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/breast-cancer-spread-may-be-tied-to-cells-that-regulate-blood
   …   -fl.html">Breast Cancer Spread May Be Tied to Cells That Regulate Blood Flow</a></li>
94612  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-presents-second-annual-making-cancer-history--
   …   semina.html">MD Anderson presents second annual Making Cancer History® Seminar in
   …   Austin</a></li>
94613  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-joins-catch-global-foundation-to-boost-child-
   …   health-.html">MD Anderson joins CATCH Global Foundation to boost child health,
   …   prevent
94614  cancer in later years</a></li>
94615  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-president-named-as-fellow-of-top-cancer-research-
   …   gro.html">MD Anderson President Named as Fellow of Top Cancer Research Group</a></li>
94616  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/lack-of-rna-editing-leads-to-melanoma-growth-and-metastasis.
   …   html">Lack of RNA 'editing' leads to melanoma growth and metastasis</a></li>
94617  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-presents-fifth-annual-making-cancer-history--
   …   seminar.html">MD Anderson presents fifth annual Making Cancer History® seminar in
   …   Sarasota</a></li>
94618  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-to-host-childhood-cancer-awareness-event-let-the-
   …   gol.html">MD Anderson to host childhood cancer awareness event, "Let the golden
94619  times roll"</a></li>
94620  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/md-anderson-scientist-receives-top-german-award-in-physiology
   …   -an.html">Scientist Receives Top Award in Physiology and Medicine</a></li>
94621  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/lenvatinib-shows-promise-for-patients-with-radioiodine-
   …   refractor.html">Lenvatinib shows promise for patients with radioiodine-refractory
94622  thyroid cancer</a></li>
94623  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/cancer-s-ability-to-hijack-regulatory-mechanism-increases-
   …   metast.html">Cancer's ability to 'hijack' regulatory mechanism increases
   …   metastasis</a></li>
94624  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/jekyll-and-hyde-protein-both-prevents-and-spreads-cancer.html
   …   ">'Jekyll and Hyde' protein both prevents and spreads cancer</a></li>
94625  <li class="primary-nav-item"><a
   …   href="/newsroom/2015/02/study-identifies-eight-signs-associated-with-impending-death-
   …   in-.html">Study identifies eight signs associated with impending death in cancer
   …   patients</a></li>
94626  </ul>
94627  </nav>
94628  </div>
94629  </section>
94630  </div>
94631  </div>
94632  </div></li>
94633  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/01.html">01</a>
94634  <div class="subnav-mask">
94635  <div class="subnav-wrapper">
```

```
94636  <div class="subnav col10 pad">
94637  <section class="nested">
94638  <div class="col4 main-column">
94639  <nav class="secondary">
94640  <ul>
94641  <li class="mobile-nav-back"><a href="/newsroom/2015/01.html" aria-label="Back to
    …  01">01</a></li>
94642  <li class="primary-nav-item">
94643  <a href="/newsroom/2015/01.html" aria-label="01 Home">01 Home</a></li>
94644  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-astrazeneca-enter-collaboration-to-help-improve-
    …  pati.html">MD Anderson, AstraZeneca enter collaboration to help improve patient
94645  outcomes in ovarian and gynecologic cancers</a></li>
94646  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-and-bayer-announce-collaboration-to-create-
    …  symptom-a.html">MD Anderson and Bayer announce collaboration to create symptom
94647  assessment questionnaires in clinical trials</a></li>
94648  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-receives-top-chinese-science-and-technology-award
    …  .html">MD Anderson receives top Chinese science and technology award</a></li>
94649  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-presents-10th-making-cancer-history--seminar-in-
    …  west.html">MD Anderson presents 10th Making Cancer History® Seminar in West Palm
    …  Beach</a></li>
94650  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-study-finds-patients-with-metastatic-colorectal-
    …  canc.html">MD Anderson study finds patients with metastatic colorectal cancer
94651  having less surgery, yet survival rates improving</a></li>
94652  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/intrexon-ziopharm-and-md-anderson-in-exclusive-car-t-pact.
    …  html">Intrexon, ZIOPHARM and MD Anderson in Exclusive CAR T Pact</a></li>
94653  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/md-anderson-and-amgen-announce-develop-bite--therapies-for-
    …  myelo.html">MD Anderson and Amgen announce agreement to develop BiTE® therapies for
94654  myelodysplastic syndrome</a></li>
94655  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/01/novel-anti-cancer-drug-onc201-focus-of-alliance-between-
    …  oncoceut.html">Novel Anti-Cancer Drug, ONC201, Focus of Alliance Between Oncoceutics
94656  and MD Anderson</a></li>
94657  </ul>
94658  </nav>
94659  </div>
94660  </section>
94661  </div>
94662  </div>
94663  </div></li>
94664  </ul>
94665  </nav>
94666  </div>
94667  </section>
94668  </div>
94669  </div>
94670  </div></li>
94671  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014.html">2014</a>
94672  <div class="subnav-mask">
94673  <div class="subnav-wrapper">
94674  <div class="subnav col10 pad">
94675  <section class="nested">
94676  <div class="col4 main-column">
94677  <nav class="secondary">
94678  <ul>
94679  <li class="mobile-nav-back"><a href="/newsroom/2014.html" aria-label="Back to
    …  2014">2014</a></li>
94680  <li class="primary-nav-item">
94681  <a href="/newsroom/2014.html" aria-label="2014 Home">2014 Home</a></li>
94682  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/12.html">12</a>
94683  <div class="subnav-mask">
94684  <div class="subnav-wrapper">
```

```
94685 <div class="subnav-solid pad">
94686 <section class="nested">
94687 <div class="col4 main-column">
94688 <nav class="secondary">
94689 <ul>
94690 <li class="mobile-nav-back"><a href="/newsroom/2014/12.html" aria-label="Back to
    … 12">12</a></li>
94691 <li class="primary-nav-item">
94692 <a href="/newsroom/2014/12.html" aria-label="12 Home">12 Home</a></li>
94693 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/md-anderson-unitedhealthcare-launch-new-cancer-care-payment-
    … mode.html">MD Anderson, UnitedHealthcare Launch New Cancer Care Payment
    … Model</a></li>
94694 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/texas-legislators-invest-in-ovarian-cancer-research-at-md-
    … anders.html">Texas legislators Invest In Ovarian Cancer Research at MD
    … Anderson</a></li>
94695 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/diagnostic-tool-reduces-chemotherapy-rates-post-surgery-in-
    … women.html">Diagnostic Tool Reduces Chemotherapy Rates Post-Surgery In Women With
94696 Breast Cancer</a></li>
94697 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/md-anderson-applauds-fda-approval-of-hpv-vaccine.html">MD
    … Anderson applauds FDA approval of HPV vaccine</a></li>
94698 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/prm-151-therapy-well-tolerated-in-patients-with-advanced-
    … myelofi.html">PRM-151 Therapy Well Tolerated In Patients With Advanced
    … Myelofibrosis</a></li>
94699 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/targeting-microrna-may-benefit-some-ovarian-and-breast-cancer
    … -pa.html">Targeting MicroRNA May Benefit Some Ovarian And Breast Cancer
    … Patients</a></li>
94700 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/experimental-gene-therapy-successful-in-certain-lymphomas-and
    … -le.html">Experimental Gene Therapy Successful In Certain Lymphomas And
    … Leukemia</a></li>
94701 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/combination-therapy-shown-as-effective-for-higher-risk-mdsaml
    … -pa.html">Combination Therapy Shown As Effective For Higher-Risk MDS/AML
    … Patients</a></li>
94702 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/study-shows-improved-survival-in-aggressive-acute-myeloid-
    … leukem.html">Study Shows Improved Survival In Aggressive Acute Myeloid
    … Leukemia</a></li>
94703 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/md-anderson-names-new-chief-financial-officer.html">MD
    … Anderson Names New Chief Financial Officer</a></li>
94704 <li class="primary-nav-item"><a
    … href="/newsroom/2014/12/md-anderson-researcher-receives-top-italian-science-award.
    … html">MD Anderson researcher receives top Italian science award</a></li>
94705 </ul>
94706 </nav>
94707 </div>
94708 </section>
94709 </div>
94710 </div>
94711 </div></li>
94712 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/11.html">11</a>
94713 <div class="subnav-mask">
94714 <div class="subnav-wrapper">
94715 <div class="subnav col10 pad">
94716 <section class="nested">
94717 <div class="col4 main-column">
94718 <nav class="secondary">
94719 <ul>
94720 <li class="mobile-nav-back"><a href="/newsroom/2014/11.html" aria-label="Back to
    … 11">11</a></li>
94721 <li class="primary-nav-item">
```

```
94722  <a href="/newsroom/2014/11.html" aria-label="11 Home">11 Home</a></li>
94723  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/eight-md-anderson-faculty-named-as-aaas-fellows.html">Eight
    …  MD Anderson faculty named as AAAS fellows</a></li>
94724  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/novel-regulatory-mechanism-for-cell-division-found.html">
    …  Novel regulatory mechanism for cell division found</a></li>
94725  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/md-anderson-memorial-hermann-deliver-new-integrated-breast-
    …  scree.html">MD Anderson, Memorial Hermann deliver new integrated breast screening
94726  and diagnostic programs</a></li>
94727  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/power-behind-master-gene-for-cancer-discovered.html">Power
    …  behind 'master' gene for cancer discovered</a></li>
94728  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/metabolic-reprogramming-by-the-p53-gene-family-leads-to-tumor
    …  -r.html">Metabolic 'reprogramming' by the p53 gene family leads to tumor
    …  regression</a></li>
94729  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/hedgehog-signaling-pathway-for-breast-cancer-identified.html"
    …  >Hedgehog signaling pathway for breast cancer identified</a></li>
94730  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/md-anderson-s-david-m--gershenson-md-receives-igcss-award-for
    …  -ex.html">MD Anderson's David M. Gershenson, MD, Receives IGCS's Award
94731  for Excellence in Gynecologic Oncology</a></li>
94732  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/number-of-young-patients-with-newly-diagnosed-colorectal-
    …  cancer-.html">Number of Young Patients with Newly Diagnosed Colorectal Cancer
94733  Anticipated to Double</a></li>
94734  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/11/former-big-12-rivals-go-head-to-head-in-exclusive-onstage-
    …  interv.html">Former Big 12 Rivals Go Head To Head In Exclusive Onstage
    …  Interview</a></li>
94735  </ul>
94736  </nav>
94737  </div>
94738  </section>
94739  </div>
94740  </div>
94741  </div></li>
94742  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/10.html">10</a>
94743  <div class="subnav-mask">
94744  <div class="subnav-wrapper">
94745  <div class="subnav col10 pad">
94746  <section class="nested">
94747  <div class="col4 main-column">
94748  <nav class="secondary">
94749  <ul>
94750  <li class="mobile-nav-back"><a href="/newsroom/2014/10.html" aria-label="Back to
    …  10">10</a></li>
94751  <li class="primary-nav-item">
94752  <a href="/newsroom/2014/10.html" aria-label="10 Home">10 Home</a></li>
94753  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/proton-therapy-shown-to-be-less-costly-than-some-alternative-
    …  rad.html">Proton Therapy Shown to be Less Costly Than Some Alternative
94754  Radiotherapy Techniques For Early Stage Breast Cancer</a></li>
94755  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/in-year-two-md-anderson-moon-shots-program-begins-to-spin-off
    …  -in.html">In year two, MD Anderson Moon Shots Program begins to spin off
    …  innovation</a></li>
94756  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/oxygen-deprived-rna-molecules-lead-to-tumor-progression.html"
    …  >Oxygen-deprived RNA molecules lead to tumor progression</a></li>
94757  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/yeats-protein-potential-therapeutic-target-for-cancer.html">
    …  YEATS Protein Potential Therapeutic Target for Cancer</a></li>
94758  <li class="primary-nav-item"><a
    …  href="/newsroom/2014/10/cancer-exosomes-are--micro-factories--that-aid-in-tumor-
```

```
94758    growth.html">Cancer exosomes are "micro-factories" that aid in tumor growth</a></li>
94759    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/two-faculty-elected-to-institute-of-medicine.html">Two
     ..  faculty elected to Institute of Medicine</a></li>
94760    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/md-anderson-study-first-to-compare-treatments-survival-
     ..  benefits-.html">MD Anderson study first to compare treatments, survival benefits for
94761    early-stage lung cancer</a></li>
94762    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/researchers-reveal-genomic-diversity-of-individual-lung-
     ..  tumors.html">Researchers reveal genomic diversity of individual lung tumors</a></li>
94763    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/bristol-myers-squibb-and-md-anderson-cancer-center-announce-
     ..  nove.html">Bristol-Myers Squibb and MD Anderson Cancer Center Announce Novel
94764    Research Collaboration</a></li>
94765    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/san-antonio-a-conversation-with-a-living-legend--slates-uts-
     ..  mack.html">San Antonio A Conversation With a Living Legend® slates UT's
94766    Mack Brown, A&amp;M's R.C. Slocum</a></li>
94767    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/khalifa-institute-for-personalized-cancer-therapy-announces-
     ..  fell.html">Khalifa Institute for Personalized Cancer Therapy announces fellowship
     ..  program</a></li>
94768    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/md-anderson-teams-up-to-implement-tobacco-free-policies-in-
     ..  menta.html">MD Anderson teams up to implement tobacco-free policies in mental health
     ..  clinics</a></li>
94769    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/researchers-discover-gene-that-can-predict-aggressive-
     ..  prostate-c.html">Researchers discover gene that can predict aggressive prostate
     ..  cancer at diagnosis</a></li>
94770    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/exxonmobil-commits--10-million-to-md-andersons-cancer-
     ..  prevention.html">ExxonMobil commits $10 million to MD Anderson's cancer prevention
     ..  and
94771    control initiative</a></li>
94772    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/10/pik3r1-researched-in-new-treatment-for-colon-cancer.html">
     ..  Study Indicates Possible New Way to Treat Endometrial, Colon Cancers</a></li>
94773    </ul>
94774    </nav>
94775    </div>
94776    </section>
94777    </div>
94778    </div>
94779    </div></li>
94780    <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/09.html">09</a>
94781    <div class="subnav-mask">
94782    <div class="subnav-wrapper">
94783    <div class="subnav col10 pad">
94784    <section class="nested">
94785    <div class="col4 main-column">
94786    <nav class="secondary">
94787    <ul>
94788    <li class="mobile-nav-back"><a href="/newsroom/2014/09.html" aria-label="Back to
     ..  09">09</a></li>
94789    <li class="primary-nav-item">
94790    <a href="/newsroom/2014/09.html" aria-label="09 Home">09 Home</a></li>
94791    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/09/golf-greats-take-a-swing-at-accelerating-the-effort-to-end-
     ..  cance.html">Golf greats take a swing at accelerating the effort to end
     ..  cancer</a></li>
94792    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/09/cattlemen-for-cancer-research-plans-oct--18-annual-auction.
     ..  html">Cattlemen for Cancer Research plans Oct. 18 annual auction</a></li>
94793    <li class="primary-nav-item"><a
     ..  href="/newsroom/2014/09/md-anderson-welcomes-15-new-board-members.html">MD Anderson
     ..  welcomes 15 new board members</a></li>
```

```
94794 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/cancer-cells-adapt-energy-needs-to-spread-illness-to-other-
   …  organ.html">Cancer Cells Adapt Energy Needs to Spread Illness to Other
   …  Organs</a></li>
94795 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/dominica-anderson-receives-rogers-award-for-excellence-in-
   …  patien.html">Dominica Anderson receives Rogers Award for Excellence in Patient
   …  Care</a></li>
94796 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/noted-radiation-oncology-expert-to-join-md-anderson.html">
      Noted Radiation Oncology Expert to Join MD Anderson</a></li>
94797 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/broach-foundation-commits--5-million-to-brain-cancer-research
   …  .html">Broach Foundation commits $5 million to brain cancer research</a></li>
94798 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/efforts-to-end-melanoma-take-to-the-streets-as-evening-fun-
   …  run-r.html">Efforts to end melanoma take to the streets as evening fun-run returns
94799 to support skin cancer research at MD Anderson</a></li>
94800 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/immunotherapy-vaccine-inhibits-her2-breast-cancer.html">Novel
   …  Immunotherapy Vaccine Decreases Recurrence in HER2 Positive Breast
94801 Cancer Patients</a></li>
94802 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/disparities-persist-in-early-stage-breast-cancer-treatment-md
   …  -an.html">Disparities persist in early-stage breast cancer treatment, MD Anderson
94803 study finds</a></li>
94804 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/breast-conserving-therapy-shows-survival-benefit-compared-to-
   …  mas.html">Breast conserving therapy shows survival benefit compared to mastectomy
94805 in early-stage patients with hormone receptor positive disease</a></li>
94806 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/genetic-hotspot-linked-to-endometrial-cancer-aggressiveness.
   …  html">Genetic "Hotspot" Linked to Endometrial Cancer Aggressiveness</a></li>
94807 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/09/epilepsy--sudep---sudden-death-from-seizure.html">Seizures
   …  and Sudden Death: When SUMO 'Wrestles' Potassium Channels</a></li>
94808 </ul>
94809 </nav>
94810 </div>
94811 </section>
94812 </div>
94813 </div>
94814 </div></li>
94815 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/08.html">08</a>
94816 <div class="subnav-mask">
94817 <div class="subnav-wrapper">
94818 <div class="subnav col10 pad">
94819 <section class="nested">
94820 <div class="col4 main-column">
94821 <nav class="secondary">
94822 <ul>
94823 <li class="mobile-nav-back"><a href="/newsroom/2014/08.html" aria-label="Back to
   …  08">08</a></li>
94824 <li class="primary-nav-item">
94825 <a href="/newsroom/2014/08.html" aria-label="08 Home">08 Home</a></li>
94826 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/former-md-anderson-president-lemaistre-named-ut-system-
   …  chancello.html">Former MD Anderson President Named UT System Chancellor
   …  Emeritus</a></li>
94827 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/memorial-hermann-md-anderson-join-forces-to-provide-enhanced-
   …  bre.html">Memorial Hermann, MD Anderson join forces to provide enhanced breast
94828 imaging services throughout the Greater Houston Region</a></li>
94829 <li class="primary-nav-item"><a
   …  href="/newsroom/2014/08/md-anderson-foundation-medicine-team-up-to-improve-targeted-
   …  ther.html">MD Anderson, Foundation Medicine, team up to improve targeted therapies
94830 in metastatic disease</a></li>
94831 <li class="primary-nav-item"><a
```

```
94831… href="/newsroom/2014/08/prostate-cancer-prevention-trial-identifies-men-most-likely-
  …  to-u.html">Prostate Cancer Prevention Trial identifies men most likely to undergo
     challenging study procedures</a></li>
94832 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/08/metabolic-mechanism-helps-pancreatic-cancer-survive.html">
     Researchers discover a metabolic mechanism for resistant pancreatic cancer</a></li>
94833 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/08/west-houston-diagnostic-imaging-center-opens.html">MD
     Anderson Opens Diagnostic Imaging Center in West Houston</a></li>
94834 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/08/study-predicts-hepatitis-c-will-become-a-rare-disease-in-22-
  …  year.html">Study predicts hepatitis C will become a rare disease in 22 years</a></li>
94835 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/08/protein-zeb1-promotes-breast-tumor-resistance-to-radiation-
  …  thera.html">Protein ZEB1 Promotes Breast Tumor Resistance to Radiation
     Therapy</a></li>
94836 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/08/md-anderson-announces-first-latin-american-clinical-
  …  partnership.html">MD Anderson Announces First Latin American Clinical
  …  Partnership</a></li>
94837 </ul>
94838 </nav>
94839 </div>
94840 </section>
94841 </div>
94842 </div>
94843 </div></li>
94844 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/07.html">07</a>
94845 <div class="subnav-mask">
94846 <div class="subnav-wrapper">
94847 <div class="subnav col10 pad">
94848 <section class="nested">
94849 <div class="col4 main-column">
94850 <nav class="secondary">
94851 <ul>
94852 <li class="mobile-nav-back"><a href="/newsroom/2014/07.html" aria-label="Back to
  …  07">07</a></li>
94853 <li class="primary-nav-item">
94854 <a href="/newsroom/2014/07.html" aria-label="07 Home">07 Home</a></li>
94855 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/same-cancer-different-time-zone.html">Same cancer, different
  …  time zone</a></li>
94856 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/father-of-tamoxifen--breast-cancer-dr--v--craig-jordan.html">
  …  "Father of Tamoxifen" to Join MD Anderson</a></li>
94857 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/md-anderson-ranked--2-in-annual-u-s--news--world-report-
  …  survey.html">MD Anderson Ranked #2 in Annual U.S. News &amp; World Report
  …  Survey</a></li>
94858 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/study-finds-diagnosing-physicians-influence-treatment-
  …  decisions-.html">Study finds diagnosing physicians influence treatment decisions for
94859 prostate cancer patients</a></li>
94860 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/md-anderson-researchers-discover-new-route-for-ovarian-cancer
  …  -sp.html">MD Anderson researchers discover new route for ovarian cancer
  …  spread</a></li>
94861 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/study-shows-restored-immunity-for-cancer-related-fungal-
  …  infectio.html">Study Shows Restored Immunity for Cancer-Related Fungal
  …  Infections</a></li>
94862 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/pseudogenes-may-provide-clearer-understanding-of-biomarkers.
  …  html">Pseudogenes May Provide Clearer Understanding of Biomarkers</a></li>
94863 <li class="primary-nav-item"><a
  …  href="/newsroom/2014/07/ending-cancer-md-andersons-bold-moon-shots-program-aims-for-a
  …  -cu.html">Ending Cancer: MD Anderson's bold Moon Shots Program aims for a
  …  cure</a></li>
```

```
94865 </ul>
94866 </nav>
94867 </div>
94868 </section>
94869 </div>
94870 </div>
94871 </div></li>
94872 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/06.html">06</a>
94873 <div class="subnav-mask">
94874 <div class="subnav-wrapper">
94875 <div class="subnav col10 pad">
94876 <section class="nested">
94877 <div class="col4 main-column">
94878 <nav class="secondary">
94879 <ul>
94880 <li class="mobile-nav-back"><a href="/newsroom/2014/06.html" aria-label="Back to
    … 06">06</a></li>
94881 <li class="primary-nav-item">
94882 <a href="/newsroom/2014/06.html" aria-label="06 Home">06 Home</a></li>
94883 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/study-points-to-higher-risk-of-breast-cancer-progression-in-
    … obes.html">Study points to higher risk of breast cancer progression in obese
    … women</a></li>
94884 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/lynda-chin-selected-as-ut-system-chancellors-health-fellow.
    … html">Lynda Chin Selected as UT System Chancellor's Health Fellow</a></li>
94885 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/diane-barber-receives-md-andersons-highest-nursing-honor.html
    … ">Diane Barber receives MD Anderson's highest nursing honor</a></li>
94886 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/biology-to-bedside-mining-molecular-data-for-cancer-prognosis
    … .html">Biology to Bedside: Mining Molecular Data for Cancer Prognosis</a></li>
94887 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/allison-shares-inaugural-tang-prize-for-his-cancer-
    … immunotherapy.html">Allison shares inaugural Tang Prize for his cancer immunotherapy
    … innovation</a></li>
94888 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/md-anderson-professor-wins-notable-aaas-award.html">MD
    … Anderson professor wins notable AAAS award</a></li>
94889 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/statement-regarding-release-of-data-prior-to-study-conclusion
    … .html">Statement regarding release of data prior to study conclusion</a></li>
94890 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/african-american-women-with-breast-cancer-less-likely-to-have
    … -ne.html">African American women with breast cancer less likely to have newer,
94891 recommended surgical procedure, MD Anderson study finds</a></li>
94892 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/american-society-of-clinical-oncology-recognizes-md-anderson-
    … lea.html">American Society of Clinical Oncology recognizes MD Anderson leaders for
94893 their contributions to cancer care</a></li>
94894 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/needle-biopsy-underused-in-breast-cancer-diagnosis-negatively
    … -im.html">Needle biopsy underused in breast cancer diagnosis, negatively impacting
94895 diagnosis and care</a></li>
94896 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/new-target-researchers-identify-pancreatic-cancer-resistance-
    … mec.html">New target: Researchers identify pancreatic cancer resistance
    … mechanism</a></li>
94897 </ul>
94898 </nav>
94899 </div>
94900 </section>
94901 </div>
94902 </div>
94903 </div></li>
94904 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/05.html">05</a>
94905 <div class="subnav-mask">
94906 <div class="subnav-wrapper">
```

```
94907  <div class="subnav-col10 pad">
94908  <section class="nested">
94909  <div class="col4 main-column">
94910  <nav class="secondary">
94911  <ul>
94912  <li class="mobile-nav-back"><a href="/newsroom/2014/05.html" aria-label="Back to
   …   05">05</a></li>
94913  <li class="primary-nav-item">
94914  <a href="/newsroom/2014/05.html" aria-label="05 Home">05 Home</a></li>
94915  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/patients-with-metastatic-colon-cancer-respond-to-new-
   …   combination.html">Patients with metastatic colon cancer respond to new combination
   …   therapy</a></li>
94916  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/women-with-metastatic-breast-cancer-can-safely-receive-
   …   bisphosph.html">Women with metastatic breast cancer can safely receive
   …   bisphosphonates
94917  less frequently, without compromising care</a></li>
94918  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/new-software-tool-identifies-genetic-mutations-that-influence
   …   -di.html">New software tool identifies genetic mutations that influence disease
   …   risk</a></li>
94919  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/a-conversation-with-a-living-legend--raises-more-than--1-
   …   million.html">A Conversation With a Living Legend® raises more than $1
   …   million</a></li>
94920  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/study-identifies-risk-of-chemotherapy-related-hospitalization
   …   -fo.html">Study identifies risk of chemotherapy related hospitalization for
94921  early-stage breast cancer patients</a></li>
94922  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/intensity-modulated-proton-therapy-shows-benefit-for-head-and
   …   -ne.html">Intensity Modulated Proton Therapy Shows Benefit for Head and Neck
   …   Cancer</a></li>
94923  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/scientists-discover-potential-new-target-for-cancer-
   …   immunotherap.html">Scientists discover potential new target for cancer
   …   immunotherapy</a></li>
94924  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/fibrous-tissue-aids-in-pancreatic-cancer-treatment.html">
   …   Supportive tumor tissue surrounding cancer cells hinders, rather than
94925  helps, pancreatic cancer</a></li>
94926  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/05/ut-md-anderson-tobacco-free-hiring-policy.html">UT MD
   …   Anderson tobacco-free hiring policy</a></li>
94927  </ul>
94928  </nav>
94929  </div>
94930  </section>
94931  </div>
94932  </div>
94933  </div></li>
94934  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/04.html">04</a>
94935  <div class="subnav-mask">
94936  <div class="subnav-wrapper">
94937  <div class="subnav col10 pad">
94938  <section class="nested">
94939  <div class="col4 main-column">
94940  <nav class="secondary">
94941  <ul>
94942  <li class="mobile-nav-back"><a href="/newsroom/2014/04.html" aria-label="Back to
   …   04">04</a></li>
94943  <li class="primary-nav-item">
94944  <a href="/newsroom/2014/04.html" aria-label="04 Home">04 Home</a></li>
94945  <li class="primary-nav-item"><a
   …   href="/newsroom/2014/04/polo-on-the-prairie-back-in-the-saddle-may-3.html">Polo on
   …   the Prairie: Back in the saddle May 3</a></li>
94946  <li class="primary-nav-item"><a
```

```
94946… href="/newsroom/2014/04/a-conversation-with-a-living-legend-to-honor-condoleezza-
    … rice.html">A Conversation With a Living Legend® to honor Condoleezza Rice</a></li>
94947 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/new-healthy-kids-cards.html">New Healthy Kids Cards in
    … English, Spanish and Vietnamese</a></li>
94948 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/md-anderson-recognizes-tomorrow-s-cancer-leaders.html">MD
    … Anderson Recognizes Tomorrow's Cancer Leaders</a></li>
94949 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/free-oral-cancer-screening-exams.html">Free Oral Cancer
    … Screening Exams</a></li>
94950 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/tumor-suppressor-connects-with-histone-protein-to-hinder-gene
    … -ex.html">Tumor-suppressor connects with histone protein to hinder gene
    … expression</a></li>
94951 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/deep-integrated-genomic-analysis-re-classifies-lower-grade-
    … brain.html">Deep, integrated genomic analysis re-classifies lower-grade brain
    … tumors</a></li>
94952 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/md-anderson-announces-immunotherapy-collaboration-with-gsk.
    … html">MD Anderson announces immunotherapy collaboration with GSK</a></li>
94953 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/study-shows-home-exercise-benefits-cancer-survivors-
    … regardless-o.html">Study shows home exercise benefits cancer survivors regardless of
    … BMI</a></li>
94954 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/jamming-a-protein-signal-forces-cancer-cells-to-devour-
    … themselve.html">Jamming a protein signal forces cancer cells to devour
    … themselves</a></li>
94955 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/md-anderson-s-freireich-allison-elected-fellows-of-the-aacr-
    … acad.html">MD Anderson's Freireich, Allison elected fellows of the AACR
    … Academy</a></li>
94956 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/free-skin-cancer-screening-exams.html">Free Skin Cancer
    … Screening Exams</a></li>
94957 </ul>
94958 </nav>
94959 </div>
94960 </section>
94961 </div>
94962 </div>
94963 </div></li>
94964 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/03.html">03</a>
94965 <div class="subnav-mask">
94966 <div class="subnav-wrapper">
94967 <div class="subnav col10 pad">
94968 <section class="nested">
94969 <div class="col4 main-column">
94970 <nav class="secondary">
94971 <ul>
94972 <li class="mobile-nav-back"><a href="/newsroom/2014/03.html" aria-label="Back to
    … 03">03</a></li>
94973 <li class="primary-nav-item">
94974 <a href="/newsroom/2014/03.html" aria-label="03 Home">03 Home</a></li>
94975 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/making-cancer-history-seminar-heads-to-austin.html">Making
    … Cancer History® Seminar heads to Austin</a></li>
94976 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/immunotherapy-innovator-wins-2014-canada-gairdner-
    … international-.html">Immunotherapy innovator wins 2014 Canada Gairdner International
    … Award</a></li>
94977 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/md-anderson-s-hagop-kantarjian-wins-national-award-for-work-
    … in-l.html">MD Anderson's Hagop Kantarjian wins national award for work in
    … leukemia</a></li>
94978 <li class="primary-nav-item"><a
```

```
94978  href="/newsroom/2014/03/run-for-the-rose-returns-raising-funds-for-clinical-research-
  …    and.html">Run for the Rose returns, raising funds for clinical research and
94979  patient programs</a></li>
94980  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/03/md-anderson-medimmune-join-forces-to-advance-cancer-
  …    immunotherap.html">MD Anderson, MedImmune join forces to advance cancer
  …    immunotherapy</a></li>
94981  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/03/study-finds-ct-scans-predict-chemotherapy-response-in-
  …    pancreatic.html">Study finds CT scans predict chemotherapy response in pancreatic
  …    cancer</a></li>
94982  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/03/cells-appearing-normal-may-actually-be-harbingers-of-lung-
  …    cancer.html">Cells appearing normal may actually be harbingers of lung
  …    cancer</a></li>
94983  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/03/yoga-regulates-stress-hormones-and-improves-quality-of-life-
  …    for-.html">Yoga Regulates Stress Hormones and Improves Quality of Life for Women
94984  with Breast Cancer Undergoing Radiation Therapy</a></li>
94985  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/03/md-anderson-honors-two-champions-for-women-in-medicine-and-
  …    resea.html">MD Anderson honors two champions for women in medicine and
  …    research</a></li>
94986  </ul>
94987  </nav>
94988  </div>
94989  </section>
94990  </div>
94991  </div>
94992  </div></li>
94993  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/02.html">02</a>
94994  <div class="subnav-mask">
94995  <div class="subnav-wrapper">
94996  <div class="subnav col10 pad">
94997  <section class="nested">
94998  <div class="col4 main-column">
94999  <nav class="secondary">
95000  <ul>
95001  <li class="mobile-nav-back"><a href="/newsroom/2014/02.html" aria-label="Back to
  …    02">02</a></li>
95002  <li class="primary-nav-item">
95003  <a href="/newsroom/2014/02.html" aria-label="02 Home">02 Home</a></li>
95004  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/md-anderson-researcher-uncovers-some-of-the-ancient-mysteries
  …    -of.html">MD Anderson Researcher Uncovers Some of the Ancient Mysteries of
  …    Leprosy</a></li>
95005  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/bevacizumab-offers-no-benefit-for-newly-diagnosed-
  …    glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed
  …    glioblastoma</a></li>
95006  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/molecular-profile-of-invasive-bladder-cancer-resembles-that-
  …    of-b.html">Molecular profile of invasive bladder cancer resembles that of breast
  …    cancer</a></li>
95007  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/a-new-complement-of-cancer-care.html">A New Complement of
  …    Cancer Care</a></li>
95008  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/america-s-no--1-cancer-center-making-cancer-history--in-
  …    sarasota.html">America's No. 1 cancer center: Making Cancer History® in
  …    Sarasota</a></li>
95009  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/cancer-immunotherapy-leader-allison-to-receive-2014-szent-
  …    gyorgy.html">Cancer immunotherapy leader Allison to receive 2014 Szent-Gyorgyi
  …    Prize</a></li>
95010  <li class="primary-nav-item"><a
  …    href="/newsroom/2014/02/ut-md-anderson-cancer-center-responds-to-cvs-caremarks-
  …    decision-.html">UT MD Anderson Cancer Center Responds to CVS Caremark's Decision to
```

```
95010… Stop
95011 Selling Tobacco Products</a></li>
95012 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/md-anderson-guides-intelligent-redesign-of-cancer-care-
    … delivery-.html">MD Anderson Guides Intelligent Redesign of Cancer Care Delivery
    … Model</a></li>
95013 </ul>
95014 </nav>
95015 </div>
95016 </section>
95017 </div>
95018 </div>
95019 </div></li>
95020 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/01.html">01</a>
95021 <div class="subnav-mask">
95022 <div class="subnav-wrapper">
95023 <div class="subnav col10 pad">
95024 <section class="nested">
95025 <div class="col4 main-column">
95026 <nav class="secondary">
95027 <ul>
95028 <li class="mobile-nav-back"><a href="/newsroom/2014/01.html" aria-label="Back to
    … 01">01</a></li>
95029 <li class="primary-nav-item">
95030 <a href="/newsroom/2014/01.html" aria-label="01 Home">01 Home</a></li>
95031 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/study-finds-brachytherapy-offers-lower-rate-of-breast-
    … preservati.html">Study finds brachytherapy offers lower rate of breast preservation
95032 compared to standard radiation for older women with breast cancer</a></li>
95033 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/study-uncovers-molecular-keys-to-invasive-bladder-cancer-
    … points-.html">Study uncovers molecular keys to invasive bladder cancer, points to
95034 potential drug targets -- including some found in other cancers</a></li>
95035 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/two-proteins-compete-for-one-docking-station-on-a-growth-
    … factor-.html">Two proteins compete for one docking station on a growth factor; one
95036 promotes metastasis, the other blocks it</a></li>
95037 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/md-anderson-joins-johnson--johnson--cancer-immunotherapy.html
    … ">MD Anderson Announces Collaboration with Johnson &amp; Johnson
95038 Innovation on cancer immunotherapy</a></li>
95039 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/md-anderson-study-finds-sensor-based-monitoring-of-cancer-
    … patien.html">MD Anderson study finds sensor-based monitoring of cancer patients at
95040 home during radiation treatment may identify problems in
95041 their early stages</a></li>
95042 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/md-anderson-cancer-experts-identify-five-critical-advances-to
    … -co.html">MD Anderson cancer experts identify five critical advances to combat
95043 tobacco use as America observes a major anti-smoking milestone</a></li>
95044 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/study-finds-more-targeted-form-of-radiation-improves-survival
    … -in.html">Study finds more targeted form of radiation improves survival in
95045 patients with head and neck cancers</a></li>
95046 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/palm-beach-community-honors-david-koch-and-maria-floyd.html">
    … Palm Beach community honors David Koch and Maria Floyd</a></li>
95047 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/a-simple-blood-test-that-can-locate-gene-defects-associated-
    … with.html">A simple blood test that can locate gene defects associated with cancer?
95048 New MD Anderson research suggests the technology may not be
95049 too far off</a></li>
95050 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/kinder-foundation-commits--1-million-for-mantle-cell-lymphoma
    … -re.html">Kinder Foundation commits $1 million for mantle cell lymphoma
    … research</a></li>
95051 <li class="primary-nav-item"><a
    … href="/newsroom/2014/01/md-anderson-teams-up-with-pfizer-to-advance-cancer-
```

```
95051… immunotherapy.html">MD Anderson teams up with Pfizer to advance cancer
…     immunotherapy</a></li>
95052 </ul>
95053 </nav>
95054 </div>
95055 </section>
95056 </div>
95057 </div>
95058 </div></li>
95059 </ul>
95060 </nav>
95061 </div>
95062 </section>
95063 </div>
95064 </div>
95065 </div></li>
95066 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013.html">2013</a>
95067 <div class="subnav-mask">
95068 <div class="subnav-wrapper">
95069 <div class="subnav col10 pad">
95070 <section class="nested">
95071 <div class="col4 main-column">
95072 <nav class="secondary">
95073 <ul>
95074 <li class="mobile-nav-back"><a href="/newsroom/2013.html" aria-label="Back to
…     2013">2013</a></li>
95075 <li class="primary-nav-item">
95076 <a href="/newsroom/2013.html" aria-label="2013 Home">2013 Home</a></li>
95077 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/12.html">12</a>
95078 <div class="subnav-mask">
95079 <div class="subnav-wrapper">
95080 <div class="subnav col10 pad">
95081 <section class="nested">
95082 <div class="col4 main-column">
95083 <nav class="secondary">
95084 <ul>
95085 <li class="mobile-nav-back"><a href="/newsroom/2013/12.html" aria-label="Back to
…     12">12</a></li>
95086 <li class="primary-nav-item">
95087 <a href="/newsroom/2013/12.html" aria-label="12 Home">12 Home</a></li>
95088 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/science-puts-cancer-immunotherapy-atop-2013-list.html">
…     Science Names Cancer Immunotherapy its 2013 Breakthrough of the Year</a></li>
95089 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/affiliation-between-orlando-health-and-the-university-of-
…     texas-m.html">Affiliation between Orlando Health and The University of Texas MD
95090 Anderson Cancer Center set to expire</a></li>
95091 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/jim-allison-s-cancer-immunology-research-wins-prize.html">MD
…     Anderson researcher Jim Allison wins Breakthrough Prize for his
95092 innovative cancer immunology research</a></li>
95093 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/younger-early-breast-cancer-patients-often-undergo-
…     unnecessary-s.html">Younger, early breast cancer patients often undergo unnecessary
…     staging,
95094 imaging procedures at time of diagnosis</a></li>
95095 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/md-anderson-physician-receives-susan-g--komens-highest-honor-
…     for.html">MD Anderson physician receives Susan G. Komen's highest honor for
95096 excellence in breast cancer research</a></li>
95097 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/targeted-antibody-immune-checkpoint-blocker-rein-in-
…     follicular-l.html">Targeted antibody, immune checkpoint blocker rein in follicular
…     lymphoma</a></li>
95098 <li class="primary-nav-item"><a
…     href="/newsroom/2013/12/ibrutinib-and-rituximab-trigger-95-percent-response-rate-
…     among-c.html">Ibrutinib and rituximab trigger 95 percent response rate among CLL
…     patients</a></li>
```

```
95099  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/12/ibrutinib-suppression-of-chronic-lymphocytic-leukemia-endures
   …   -in.html">Ibrutinib suppression of chronic lymphocytic leukemia endures in second
   …   year</a></li>
95100  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/12/clinical-trials-use-sleeping-beauty-gene-transfer-to-create-
   …   car-.html">Clinical trials use Sleeping Beauty gene transfer to create CAR T
   …   cells</a></li>
95101  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/12/cancer-promoting-protein-is-vital-to-safe-division-of-tumor-
   …   cell.html">Cancer-promoting protein is vital to safe division of tumor cells</a></li>
95102  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/12/america-s-no--1-cancer-hospital-making-cancer-history--in-
   …   west-p.html">America's No. 1 cancer hospital: Making Cancer History® in West
95103  Palm Beach</a></li>
95104  </ul>
95105  </nav>
95106  </div>
95107  </section>
95108  </div>
95109  </div>
95110  </div></li>
95111  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/11.html">11</a>
95112  <div class="subnav-mask">
95113  <div class="subnav-wrapper">
95114  <div class="subnav col10 pad">
95115  <section class="nested">
95116  <div class="col4 main-column">
95117  <nav class="secondary">
95118  <ul>
95119  <li class="mobile-nav-back"><a href="/newsroom/2013/11.html" aria-label="Back to
   …   11">11</a></li>
95120  <li class="primary-nav-item">
95121  <a href="/newsroom/2013/11.html" aria-label="11 Home">11 Home</a></li>
95122  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/md-anderson-researchers-identify-a-rescuer-for-vital-tumor-
   …   suppr.html">MD Anderson researchers identify a rescuer for vital
   …   tumor-suppressor</a></li>
95123  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/four-from-md-anderson-named-fellows-in-aaas.html">Four from
   …   MD Anderson named Fellows in AAAS</a></li>
95124  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/combination-therapy-not-necessary-to-achieve-remission-in-
   …   breast.html">Combination therapy not necessary to achieve remission in breast cancer
95125  patients with HER-2-positive disease</a></li>
95126  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/tobacco-myths-persist-on-smoking-dangers.html">Tobacco Myths
   …   Persist 50 Years After the US Surgeon General First Warned
95127  Americans of the Dangers of Smoking</a></li>
95128  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/md-anderson-to-honor-former-secretary-of-state-james-a--baker
   …   -ii.html">MD Anderson to honor former Secretary of State James A. Baker, III
95129  during A Conversation With a Living Legend® at the Kennedy Center</a></li>
95130  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/11/the-economist-honors-cancer-immunotherapy-pioneer-james-
   …   allison.html">The Economist honors cancer immunotherapy pioneer James
   …   Allison</a></li>
95131  </ul>
95132  </nav>
95133  </div>
95134  </section>
95135  </div>
95136  </div>
95137  </div></li>
95138  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/10.html">10</a>
95139  <div class="subnav-mask">
95140  <div class="subnav-wrapper">
95141  <div class="subnav col10 pad">
```

```
95142 <section class="nested">
95143 <div class="col4 main-column">
95144 <nav class="secondary">
95145 <ul>
95146 <li class="mobile-nav-back"><a href="/newsroom/2013/10.html" aria-label="Back to
   …  10">10</a></li>
95147 <li class="primary-nav-item">
95148 <a href="/newsroom/2013/10.html" aria-label="10 Home">10 Home</a></li>
95149 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
   …  members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
   …  members</a></li>
95150 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/md-anderson-and-vanderbilt-university-join-forces-to-develop-
   …  epi.html">MD Anderson and Vanderbilt University join forces to develop
95151 epigenetic-based cancer therapies</a></li>
95152 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/waun-ki-hong-and-helen-piwnica-worms-elected-to-institute-of-
   …  med.html">Waun Ki Hong and Helen Piwnica-Worms elected to Institute of
   …  Medicine</a></li>
95153 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/md-anderson--ibm-watson-work-together-to-fight-cancer.html">
   …  MD Anderson Taps IBM Watson to Power &quot;Moon Shots&quot; Mission</a></li>
95154 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/ut-md-anderson-cancer-moon-shots-take-flight-during-year-1.
   …  html">UT MD Anderson cancer moon shots take flight during Year 1</a></li>
95155 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/the-cancer-genome-atlas-exposes-more-secrets-of-lethal-brain-
   …  tum.html">The Cancer Genome Atlas exposes more secrets of lethal brain tumor</a></li>
95156 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/10/study-shows-how-program-improves-sun-protection-practices-
   …  among-.html">Study shows how program improves sun protection practices among children
95157 of melanoma survivors</a></li>
95158 </ul>
95159 </nav>
95160 </div>
95161 </section>
95162 </div>
95163 </div>
95164 </div></li>
95165 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/09.html">09</a>
95166 <div class="subnav-mask">
95167 <div class="subnav-wrapper">
95168 <div class="subnav col10 pad">
95169 <section class="nested">
95170 <div class="col4 main-column">
95171 <nav class="secondary">
95172 <ul>
95173 <li class="mobile-nav-back"><a href="/newsroom/2013/09.html" aria-label="Back to
   …  09">09</a></li>
95174 <li class="primary-nav-item">
95175 <a href="/newsroom/2013/09.html" aria-label="09 Home">09 Home</a></li>
95176 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/09/asthma-attack-prevention-proposal-awarded-nih-new-innovator-
   …  gran.html">Asthma attack prevention proposal awarded NIH New Innovator grant</a></li>
95177 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/09/ut-md-anderson-and-cooper-university-health-care-unite.html">
   …  UT MD Anderson and Cooper University Health Care Unite</a></li>
95178 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/09/md-anderson-scientists-describe-cancer-genomics-project.html"
   …  >New TCGA project finds cancer-driving changes shared across tumor types</a></li>
95179 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/09/intensity-modulated-proton-therapy--impt--reduces-need-for-
   …  feedi.html">Intensity Modulated Proton Therapy (IMPT) Reduces Need for Feeding Tubes
95180 by 50 Percent in Head and Neck Cancer Patients</a></li>
95181 <li class="primary-nav-item"><a
   …  href="/newsroom/2013/09/national-cancer-institute-awards--48-6-million-grant-to-md-
   …  ander.html">National Cancer Institute awards $48.6 million grant to MD
```

```
95181…  Anderson</a></li>
95182   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/09/a-conversation-with-a-living-legend--slates-basketball-greats
  …     .html">A Conversation With a Living Legend® slates basketball greats</a></li>
95183   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/09/evening-race-against-melanoma-benefits-skin-cancer-research.
  …     html">Evening race against melanoma benefits skin cancer research</a></li>
95184   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/09/versatile-micrornas-choke-off-cancer-blood-supply-suppress-
  …     metas.html">Versatile microRNAs choke off cancer blood supply, suppress
  …     metastasis</a></li>
95185   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/09/george-calin-celebrated-for-excellence-in-research.html">
  …     George Calin celebrated for excellence in research</a></li>
95186   </ul>
95187   </nav>
95188   </div>
95189   </section>
95190   </div>
95191   </div>
95192   </div></li>
95193   <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/08.html">08</a>
95194   <div class="subnav-mask">
95195   <div class="subnav-wrapper">
95196   <div class="subnav col10 pad">
95197   <section class="nested">
95198   <div class="col4 main-column">
95199   <nav class="secondary">
95200   <ul>
95201   <li class="mobile-nav-back"><a href="/newsroom/2013/08.html" aria-label="Back to
  …     08">08</a></li>
95202   <li class="primary-nav-item">
95203   <a href="/newsroom/2013/08.html" aria-label="08 Home">08 Home</a></li>
95204   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/inflammatory-protein-converts-glioblastoma-cells-into-most-
  …     aggre.html">Inflammatory protein converts glioblastoma cells into most aggressive
  …     version</a></li>
95205   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/promising-screening-tool-for-early-detection-of-ovarian-
  …     cancer.html">Promising screening tool for early detection of ovarian cancer</a></li>
95206   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/study-shows-counseling-via-cell-phone-helps-smokers-with-
  …     hivaids.html">Study shows counseling via cell phone helps smokers with HIV/AIDS
  …     quit</a></li>
95207   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/smoking-cessation-experts-weigh-in-on-e-cigarettes.html">
  …     Smoking cessation experts weigh in on e-cigarettes</a></li>
95208   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/huffington-foundation-gives--5-million-to-neurodegeneration-
  …     cons.html">Huffington Foundation gives $5 million to Neurodegeneration
  …     Consortium</a></li>
95209   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/couple-pledges--10-million-gift-to-head-and-neck-cancer-
  …     research.html">Couple pledges $10 million gift to head and neck cancer research,
  …     treatment</a></li>
95210   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/game-on-tobacco-free-teens-app-goes-live-on-itunes.html">Game
  …     on: Tobacco-Free Teens app goes live on iTunes</a></li>
95211   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/genes-that-make-immature-cells-grow-up-are-deleted-in-deadly-
  …     bra.html">Cell maturity pathway is deleted or weak in glioblastoma
  …     multiforme</a></li>
95212   <li class="primary-nav-item"><a
  …     href="/newsroom/2013/08/first-targeted-therapy-discovered-against-cancer-promoting-
  …     prote.html">Targeted therapy identified for protein that protects and nourishes
  …     cancer</a></li>
95213   </ul>
95214   </nav>
```

```
95215 </div>
95216 </section>
95217 </div>
95218 </div>
95219 </div></li>
95220 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/07.html">07</a>
95221 <div class="subnav-mask">
95222 <div class="subnav-wrapper">
95223 <div class="subnav col10 pad">
95224 <section class="nested">
95225 <div class="col4 main-column">
95226 <nav class="secondary">
95227 <ul>
95228 <li class="mobile-nav-back"><a href="/newsroom/2013/07.html" aria-label="Back to
    … 07">07</a></li>
95229 <li class="primary-nav-item">
95230 <a href="/newsroom/2013/07.html" aria-label="07 Home">07 Home</a></li>
95231 <li class="primary-nav-item"><a
    … href="/newsroom/2013/07/company-launched-by-md-anderson-to-be-acquired-by-abbott.html
    … ">Company launched by MD Anderson to be acquired by Abbott</a></li>
95232 <li class="primary-nav-item"><a
    … href="/newsroom/2013/07/ut-md-anderson-repeats-as-nations-top-hospital-for-cancer-in-
    … ann.html">UT MD Anderson repeats as nation's top hospital for cancer in annual
    … survey</a></li>
95233 <li class="primary-nav-item"><a
    … href="/newsroom/2013/07/study-shows-african-american-chronic-lymphocytic-leukemia-
    … patien.html">Study shows African-American chronic lymphocytic leukemia patients don't
95234 survive as long as others who receive similar treatment</a></li>
95235 <li class="primary-nav-item"><a
    … href="/newsroom/2013/07/researchers-pinpoint-sources-of-fibrosis-promoting-cells-that
    … -ra.html">Researchers pinpoint sources of fibrosis-promoting cells that ravage
    … organs</a></li>
95236 <li class="primary-nav-item"><a
    … href="/newsroom/2013/07/md-anderson-addresses-obesity-cancer-challenge.html">From
    … Prevention to Survivorship: The Obesity-Cancer Challenge</a></li>
95237 </ul>
95238 </nav>
95239 </div>
95240 </section>
95241 </div>
95242 </div>
95243 </div></li>
95244 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/06.html">06</a>
95245 <div class="subnav-mask">
95246 <div class="subnav-wrapper">
95247 <div class="subnav col10 pad">
95248 <section class="nested">
95249 <div class="col4 main-column">
95250 <nav class="secondary">
95251 <ul>
95252 <li class="mobile-nav-back"><a href="/newsroom/2013/06.html" aria-label="Back to
    … 06">06</a></li>
95253 <li class="primary-nav-item">
95254 <a href="/newsroom/2013/06.html" aria-label="06 Home">06 Home</a></li>
95255 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/making-cancer-history--seminar-returns-to-aspen-meadows-
    … resort.html">Making Cancer History® Seminar returns to Aspen Meadows Resort</a></li>
95256 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/emperor-of-all-maladies-author-headlines-cancer-survivorship-
    … co.html">'Emperor of All Maladies' Author Headlines Cancer Survivorship
95257 Conference Sept. 27-28</a></li>
95258 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/md-anderson-childrens-cancer-hospital-opens-family-designed-
    … spac.html">Children's Cancer Hospital Opens New Combination Inpatient and
95259 Outpatient Unit</a></li>
95260 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/ibrutinib-continues-strong-showing-against-mantle-cell-
    … lymphoma.html">Ibrutinib continues strong showing against mantle cell
```

```
95260… lymphoma</a></li>
95261  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/scientists-catch-egfr-passing-a-crucial-message-to-cancer-
   …   promot.html">Scientists catch EGFR passing a crucial message to cancer-promoting
   …   protein</a></li>
95262  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/tips-to-plan-a-healthy-barbecue-infographic.html">Infographic
   …   : How to fill a healthy barbecue plate</a></li>
95263  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/cooper-university-health-care-and-md-anderson-cancer-center-
   …   anno.html">Cooper University Health Care and MD Anderson Cancer Center Announce
   …   Partnership</a></li>
95264  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/met-protein-levels-show-promise-as-biomarker-for-aggressive-
   …   colo.html">MET protein levels show promise as biomarker for aggressive colon
   …   cancer</a></li>
95265  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/test-helps-target-glioblastoma-patients-most-likely-to-
   …   benefit-f.html">Test helps target glioblastoma patients most likely to benefit from
   …   bevacizumab</a></li>
95266  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/bevacizumab-offers-no-benefit-for-newly-diagnosed-
   …   glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed glioblastoma,
   …   MD
95267  Anderson-led study finds</a></li>
95268  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/06/study-finds-glioblastoma-patients-treated-with-bevacizumab-
   …   exper.html">Study finds glioblastoma patients treated with bevacizumab experience
95269  reduced cognitive function and quality of life</a></li>
95270  </ul>
95271  </nav>
95272  </div>
95273  </section>
95274  </div>
95275  </div>
95276  </div></li>
95277  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/05.html">05</a>
95278  <div class="subnav-mask">
95279  <div class="subnav-wrapper">
95280  <div class="subnav col10 pad">
95281  <section class="nested">
95282  <div class="col4 main-column">
95283  <nav class="secondary">
95284  <ul>
95285  <li class="mobile-nav-back"><a href="/newsroom/2013/05.html" aria-label="Back to
   …   05">05</a></li>
95286  <li class="primary-nav-item">
95287  <a href="/newsroom/2013/05.html" aria-label="05 Home">05 Home</a></li>
95288  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/american-cancer-society-honors-isaiah-j--fidler-for-
   …   outstanding-.html">American Cancer Society honors Isaiah J. Fidler for outstanding
   …   research</a></li>
95289  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/colleen-villamin-claims--15000-nurse-oncologist-prize.html">
   …   Colleen Villamin claims $15,000 nurse-oncologist prize</a></li>
95290  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/when-oxygen-is-short-egfr-prevents-maturation-of-cancer-
   …   fighting.html">When oxygen is short, EGFR prevents maturation of cancer-fighting
   …   miRNAs</a></li>
95291  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/lyda-hill-commits--50-million-to-moon-shots-program.html">
   …   Lyda Hill commits $50 million to Moon Shots Program</a></li>
95292  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/higher-bmi-in-african-americans-linked-to-proximity-density-
   …   of-f.html">Lower-income African-Americans living close to a fast food restaurant
95293  may have higher BMI</a></li>
95294  <li class="primary-nav-item"><a
   …   href="/newsroom/2013/05/new-department-focuses-on-emerging-field-of-health-services-
```

```
95294… rese.html">New department focuses on emerging field of health services
  …  research</a></li>
95295 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/05/key-protein-fires-up-central-nervous-system-inflammation.html
  …  ">Key protein fires up central nervous system inflammation</a></li>
95296 </ul>
95297 </nav>
95298 </div>
95299 </section>
95300 </div>
95301 </div>
95302 </div></li>
95303 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/04.html">04</a>
95304 <div class="subnav-mask">
95305 <div class="subnav-wrapper">
95306 <div class="subnav coll0 pad">
95307 <section class="nested">
95308 <div class="col4 main-column">
95309 <nav class="secondary">
95310 <ul>
95311 <li class="mobile-nav-back"><a href="/newsroom/2013/04.html" aria-label="Back to
  …  04">04</a></li>
95312 <li class="primary-nav-item">
95313 <a href="/newsroom/2013/04.html" aria-label="04 Home">04 Home</a></li>
95314 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/mendelsohn-elected-to-american-academy-of-arts-and-sciences.
  …  html">MD Anderson's Mendelsohn elected to American Academy of Arts and
  …  Sciences</a></li>
95315 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/same-protein-that-fires-up-cancer-promoting-erk-also-blocks-
  …  its-.html">Same protein that fires up cancer-promoting Erk also blocks its
  …  activation</a></li>
95316 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/morelli-receives-aacr-fellowship-for-research-in-metastatic-
  …  colo.html">Maria Morelli awarded AACR fellowship for colorectal cancer
  …  research</a></li>
95317 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/physician-scientist-ethan-dmitrovsky-named-provost-and-
  …  executive.html">Physician-scientist Ethan Dmitrovsky named provost and executive vice
  …  president</a></li>
95318 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/runwalk-and-sprint-for-sprouts-set-for-may-4.html">Run/Walk
  …  and Sprint for Sprouts Set for May 4</a></li>
95319 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/t-cell-biology-pioneer-allison-wins-first-aacr-honor-for-
  …  cancer-.html">T cell biology pioneer Allison wins first AACR honor for cancer
  …  immunology</a></li>
95320 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/md-anderson-s-hortobagyi-honored-by-aacr-for-mentoring-
  …  minority-.html">MD Anderson's Hortobagyi honored by AACR for mentoring minority
  …  researchers</a></li>
95321 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/aacr-calls-for-clinicians-to-pay-more-attention-to-patients-
  …  toba.html">AACR calls for clinicians to pay more attention to patients' tobacco
  …  use</a></li>
95322 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/study-finds-key-to-calling-back-up-help-when-tumor-fighter-
  …  p53-g.html">Study finds key to calling back-up help when tumor-fighter p53 goes
  …  down</a></li>
95323 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/aacr-honors-hagop-kantarjian-for-outstanding-clinical-
  …  research.html">AACR Honors Hagop Kantarjian for outstanding clinical
  …  research</a></li>
95324 <li class="primary-nav-item"><a
  …  href="/newsroom/2013/04/ut-md-anderson-s-lozano-awarded-aacr-charlotte-friend-
  …  memorial-l.html">UT MD Anderson's Lozano awarded AACR Charlotte Friend Memorial
  …  Lectureship</a></li>
95325 <li class="primary-nav-item"><a
```

```
95325  href="/newsroom/2013/04/md-anderson-s-tsai-wins-aacr-innovator-award-for-plan-to-map-
    …  mol.html">MD Anderson's Tsai wins AACR innovator award for plan to map molecular
       path to skin cancer</a></li>
95326
95327  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/04/return-of-a-legend-polo-on-the-prairie-rides-again-april-27.
    …  html">Return of a legend: Polo on the Prairie rides again April 27</a></li>
95328  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/04/low-levels-of-serum-bilirubin-spell-higher-lung-cancer-risk-
    …  for-.html">Low levels of serum bilirubin spell higher lung cancer risk for male
    …  smokers</a></li>
95329  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/04/physician-scientist-anirban-maitra-brings-leading-expertise-
    …  and-.html">Physican-Scientist Anirban Maitra brings leading expertise and passion
95330  for results to pancreatic cancer research leadership role at
95331  UT MD Anderson</a></li>
95332  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/04/kprc-s-randy-mcilvoy-to-interview-emmitt-smith.html">Sports
    …  talk: KPRC's Randy McIlvoy to interview Emmitt Smith, pro
95333  football veteran</a></li>
95334  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/04/run-for-the-rose-returns-to-inspire-brain-cancer-patients-and
    …  -un.html">Run for the Rose returns to inspire brain cancer patients and unite
95335  survivors from across Texas</a></li>
95336  </ul>
95337  </nav>
95338  </div>
95339  </section>
95340  </div>
95341  </div>
95342  </div></li>
95343  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/03.html">03</a>
95344  <div class="subnav-mask">
95345  <div class="subnav-wrapper">
95346  <div class="subnav col10 pad">
95347  <section class="nested">
95348  <div class="col4 main-column">
95349  <nav class="secondary">
95350  <ul>
95351  <li class="mobile-nav-back"><a href="/newsroom/2013/03.html" aria-label="Back to
    …  03">03</a></li>
95352  <li class="primary-nav-item">
95353  <a href="/newsroom/2013/03.html" aria-label="03 Home">03 Home</a></li>
95354  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/ronald-depinho-m-d--selected-for-prestigious-agilent-
    …  technologie.html">Ronald DePinho, M.D., selected for prestigious Agilent Technologies
95355  Thought Leader Award</a></li>
95356  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/study-finds-anti-smoking-drug-improves-smokers-chances-of-
    …  stoppi.html">Study finds anti-smoking drug improves smokers' chances of
    …  stopping</a></li>
95357  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/five-from-md-anderson-among-first-inaugurated-to-aacr-academy
    …  .html">Five from MD Anderson among first inaugurated to AACR Academy</a></li>
95358  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/ut-md-anderson-scientists-uncover-the-nuclear-life-of-actin.
    …  html">UT MD Anderson scientists uncover the nuclear life of actin</a></li>
95359  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/dual-awards-pay-tribute-to-gender-equity-trailblazers.html">
    …  Dual awards pay tribute to gender equity trailblazers</a></li>
95360  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/confidence-builds-better-exercise-habits.html">Study shows
    …  confidence builds better exercise habits for cancer survivors</a></li>
95361  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/infographic-whole-grains-food.html">Infographic: Easy Ways to
    …  Add Whole Grains</a></li>
95362  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/03/game-on-md-anderson-to-honor-pro-football-hall-of-famer-
    …  emmitt-s.html">Game on: MD Anderson to honor Pro Football Hall of Famer Emmitt
```

```
95362... Smith, a ...li>
95363 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/03/cancer-vaccines-self-sabotage-channel-immune-attack-to-
  ...  injection.html">Cancer vaccines self-sabotage, channel immune attack to injection
  ...  site</a></li>
95364 </ul>
95365 </nav>
95366 </div>
95367 </section>
95368 </div>
95369 </div>
95370 </div></li>
95371 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/02.html">02</a>
95372 <div class="subnav-mask">
95373 <div class="subnav-wrapper">
95374 <div class="subnav col10 pad">
95375 <section class="nested">
95376 <div class="col4 main-column">
95377 <nav class="secondary">
95378 <ul>
95379 <li class="mobile-nav-back"><a href="/newsroom/2013/02.html" aria-label="Back to
  ...  02">02</a></li>
95380 <li class="primary-nav-item">
95381 <a href="/newsroom/2013/02.html" aria-label="02 Home">02 Home</a></li>
95382 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/polo-under-the-palms-sarasota.html">Keeping cancer on the
  ...  run: Polo Under the Palms rides again March 23</a></li>
95383 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/ut-md-anderson-study-shows-new-approach-connecting-smokers-to
  ...  -qu.html">UT MD Anderson study shows new approach connecting smokers to quit lines
95384 increases smoking cessation treatment enrollment</a></li>
95385 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/picture-this-imaging-pioneer-brings-ut-md-anderson-an-
  ...  innovative.html">Picture this: Imaging pioneer brings UT MD Anderson an innovative,
95386 collaborative focus on capturing cancer as complex system at
95387 home in its host</a></li>
95388 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/versatile-bench-to-bedside-scientist-research-leader-helen-
  ...  piwni.html">Versatile bench-to-bedside scientist, research leader Helen
95389 Piwnica-Worms appointed vice provost, science, at UT MD
95390 Anderson Cancer Center</a></li>
95391 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/infographic-healthy-cancer-fighting-snack.html">Infographic:
  ...  How to Make a Cancer-Fighting Snack</a></li>
95392 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/protein-central-to-cancer-stem-cell-formation-provides-new-
  ...  poten.html">Protein central to cancer stem cell formation provides new potential
  ...  target</a></li>
95393 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/deep-genomic-analysis-identifies-a-micro-rna-opponent-for-
  ...  ovaria.html">Deep genomic analysis identifies a micro RNA opponent for ovarian
  ...  cancer</a></li>
95394 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/synthetic-circuit-allows-dialing-gene-expression-up-or-down-
  ...  in-h.html">Synthetic circuit allows dialing gene expression up or down in human
  ...  cells</a></li>
95395 <li class="primary-nav-item"><a
  ...  href="/newsroom/2013/02/study-drug-is-first-to-help-patients-with-recurrent-low-grade
  ...  -ov.html">Study drug is first to help patients with recurrent low-grade ovarian
  ...  cancer</a></li>
95396 </ul>
95397 </nav>
95398 </div>
95399 </section>
95400 </div>
95401 </div>
95402 </div></li>
95403 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/01.html">01</a>
```

```
95404  <div class="subnav-mask">
95405  <div class="subnav-wrapper">
95406  <div class="subnav col10 pad">
95407  <section class="nested">
95408  <div class="col4 main-column">
95409  <nav class="secondary">
95410  <ul>
95411  <li class="mobile-nav-back"><a href="/newsroom/2013/01.html" aria-label="Back to
    …  01">01</a></li>
95412  <li class="primary-nav-item">
95413  <a href="/newsroom/2013/01.html" aria-label="01 Home">01 Home</a></li>
95414  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/blood-vessel-cells-coax-colorectal-cancer-cells-into-more-
    …  danger.html">Blood vessel cells coax colorectal cancer cells into more dangerous
    …  state</a></li>
95415  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/preclinical-study-identifies--master--proto-oncogene-that-
    …  regula.html">Preclinical study identifies 'master' proto-oncogene that
95416  regulates stress-induced ovarian cancer metastasis</a></li>
95417  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/pivotal-protein-identified-in-fibrosis.html">Pivotal protein
    …  identified in 'endless wound-healing' that
95418  fatally scars kidneys</a></li>
95419  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/ut-md-anderson-study-finds-qigong-improves-quality-of-life-
    …  for-b.html">UT MD Anderson study finds qigong improves quality of life for breast
95420  cancer patients undergoing radiation therapy</a></li>
95421  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/synthetic-corkscrew-peptide-kills-antibiotic-resistant-gram-
    …  nega.html">Synthetic corkscrew peptide kills antibiotic-resistant Gram-negative
    …  bacteria</a></li>
95422  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/ut-md-anderson-scientists-find-protein-that-reins-in-runaway-
    …  net.html">UT MD Anderson scientists find protein that reins in runaway
    …  network</a></li>
95423  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/md-anderson-presents-making-cancer-history-.html">MD Anderson
    …  presents Making Cancer History®</a></li>
95424  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/project-to-capture-interrogate-single-cancer-cells-wins-
    …  innovato.html">Project to capture, interrogate single cancer cells wins innovator
    …  award</a></li>
95425  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/expanding-program-tackles-emerging-area-of-health-care-
    …  research.html">Expanding Program Tackles Emerging Area of Health Care
    …  Research</a></li>
95426  </ul>
95427  </nav>
95428  </div>
95429  </section>
95430  </div>
95431  </div>
95432  </div></li>
95433  </ul>
95434  </nav>
95435  </div>
95436  </section>
95437  </div>
95438  </div>
95439  </div></li>
95440  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012.html">2012</a>
95441  <div class="subnav-mask">
95442  <div class="subnav-wrapper">
95443  <div class="subnav col10 pad">
95444  <section class="nested">
95445  <div class="col4 main-column">
95446  <nav class="secondary">
95447  <ul>
```

```
95448  <li class="mobile-nav-back"><a href="/newsroom/2012.html" aria-label="Back to
    …  2012">2012</a></li>
95449  <li class="primary-nav-item">
95450  <a href="/newsroom/2012.html" aria-label="2012 Home">2012 Home</a></li>
95451  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/12.html">12</a>
95452  <div class="subnav-mask">
95453  <div class="subnav-wrapper">
95454  <div class="subnav col10 pad">
95455  <section class="nested">
95456  <div class="col4 main-column">
95457  <nav class="secondary">
95458  <ul>
95459  <li class="mobile-nav-back"><a href="/newsroom/2012/12.html" aria-label="Back to
    …  12">12</a></li>
95460  <li class="primary-nav-item">
95461  <a href="/newsroom/2012/12.html" aria-label="12 Home">12 Home</a></li>
95462  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/options-increase-for-cml-patients-failed-by-existing-drugs.
    …  html">Options increase for CML patients failed by existing drugs</a></li>
95463  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/ibrutinib-has--unprecedented--impact-on-mantle-cell-lymphoma.
    …  html">Ibrutinib has 'unprecedented' impact on mantle cell lymphoma</a></li>
95464  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/healthy-bites-nutrition-challenge.html">Resolve to take
    …  Healthy Bites in 2013</a></li>
95465  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/pre-transplant-umbilical-cord-blood-expansion-in-lab-speeds-
    …  esta.html">Pre-transplant umbilical cord blood expansion in lab speeds
95466  establishment of new blood supply in patients, reducing
95467  high-risk time to recovery</a></li>
95468  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/ut-md-anderson-researcher-slated-to-lead-immunology-
    …  translationa.html">MD Anderson researcher slated to lead Immunology Translational
    …  Research
95469  Dream Team</a></li>
95470  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/weekly-dose-reduces-targeted-drug-s-side-effects-but-not-its-
    …  act.html">Weekly dose reduces targeted drug's side effects, but not its activity
95471  against acute lymphocytic leukemia</a></li>
95472  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/drug-combination-acts-against-aggressive-chronic-lymphocytic-
    …  leu.html">Drug combination acts against aggressive chronic lymphocytic
    …  leukemia</a></li>
95473  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/ut-md-anderson-glaxosmithkline-to-collaborate-on-new-approach
    …  -to.html">UT MD Anderson, GlaxoSmithKline to collaborate on new approach to cancer
95474  immune therapy; success could earn cancer center $335
95475  million plus royalties</a></li>
95476  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/ut-md-anderson-study-finds-link-between-statins-and-improved-
    …  sur.html">UT MD Anderson study finds link between statins and improved survival in
95477  inflammatory breast cancer</a></li>
95478  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/12/african-american-women-with-breast-cancer-less-likely-to-have
    …  -ne.html">African American women with breast cancer less likely to have newer,
95479  recommended surgical procedure</a></li>
95480  </ul>
95481  </nav>
95482  </div>
95483  </section>
95484  </div>
95485  </div>
95486  </div></li>
95487  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/11.html">11</a>
95488  <div class="subnav-mask">
95489  <div class="subnav-wrapper">
95490  <div class="subnav col10 pad">
95491  <section class="nested">
```

```
95492  <div class="col4 main-column">
95493  <nav class="secondary">
95494  <ul>
95495  <li class="mobile-nav-back"><a href="/newsroom/2012/11.html" aria-label="Back to
    …  11">11</a></li>
95496  <li class="primary-nav-item">
95497  <a href="/newsroom/2012/11.html" aria-label="11 Home">11 Home</a></li>
95498  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/md-anderson-scientists-clinicians-elected-to-aaas.html">MD
    …  Anderson scientists, clinicians named to elite scientific group</a></li>
95499  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/patients-with-relapsed-or-resistant-cml-respond-to-ponatinib.
    …  html">Ponatinib acts against the most resistant types of chronic myeloid
    …  leukemia</a></li>
95500  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/mexico-texas-institutions-unite-to-wage-war-on-tobacco.html">
    …  Mexico, Texas institutions unite to wage war on tobacco</a></li>
95501  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/metabolic-protein-launches-sugar-feast-that-nurtures-brain-
    …  tumor.html">Metabolic protein launches sugar feast that nurtures brain
    …  tumors</a></li>
95502  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/american-cancer-society-honors-waun-ki-hong-for-outstanding-
    …  clin.html">American Cancer Society Honors Waun Ki Hong for outstanding clinical
    …  research</a></li>
95503  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/cancer-fighting-holiday-foods.html">Cancer-Fighting Holiday
    …  Foods</a></li>
95504  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/11/james-allison--immunotherapy--immune-system--cancer.html">
    …  Cancer Pioneer James Allison Leads MD Anderson Immunotherapy Efforts</a></li>
95505  </ul>
95506  </nav>
95507  </div>
95508  </section>
95509  </div>
95510  </div>
95511  </div></li>
95512  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/10.html">10</a>
95513  <div class="subnav-mask">
95514  <div class="subnav-wrapper">
95515  <div class="subnav col10 pad">
95516  <section class="nested">
95517  <div class="col4 main-column">
95518  <nav class="secondary">
95519  <ul>
95520  <li class="mobile-nav-back"><a href="/newsroom/2012/10.html" aria-label="Back to
    …  10">10</a></li>
95521  <li class="primary-nav-item">
95522  <a href="/newsroom/2012/10.html" aria-label="10 Home">10 Home</a></li>
95523  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/belfer-gift-creates-consortium-targeting-neurodegenerative-
    …  disea.html">Belfer gift creates consortium targeting neurodegenerative
    …  diseases</a></li>
95524  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/proton-therapy-treatment-preserves-quality-of-life-for-men-
    …  with-.html">Proton therapy treatment preserves quality of life for men with prostate
    …  cancer</a></li>
95525  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/chemotherapy-side-effects--chemotherapy--heart-failure.html">
    …  Key discovered to how chemotherapy drug causes heart failure</a></li>
95526  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
    …  members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
    …  members</a></li>
95527  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/10/depression-shortened-telomeres-increase-mortality-in-bladder-
    …  can.html">Depression, shortened telomeres increase mortality in bladder cancer
```

```
95527…   patients/13</li>
95528    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/10/common-medical-screen-predicts-liver-cancer-risk-in-general-
  …      popu.html">Common medical screen predicts liver cancer risk in general
  …      population</a></li>
95529    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/10/institute-of-medicine-elects-lynda-chin-to-membership.html">
  …      Institute of Medicine Elects Lynda Chin to Membership</a></li>
95530    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/10/md-anderson-launches-online-healthy-cookbook-for-families.
  …      html">MD Anderson launches online healthy cookbook for families</a></li>
95531    </ul>
95532    </nav>
95533    </div>
95534    </section>
95535    </div>
95536    </div>
95537    </div></li>
95538    <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/09.html">09</a>
95539    <div class="subnav-mask">
95540    <div class="subnav-wrapper">
95541    <div class="subnav col10 pad">
95542    <section class="nested">
95543    <div class="col4 main-column">
95544    <nav class="secondary">
95545    <ul>
95546    <li class="mobile-nav-back"><a href="/newsroom/2012/09.html" aria-label="Back to
  …      09">09</a></li>
95547    <li class="primary-nav-item">
95548    <a href="/newsroom/2012/09.html" aria-label="09 Home">09 Home</a></li>
95549    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/ut-md-anderson-s-pam-redden-honored-for-excellence-in-
  …      administra.html">UT MD Anderson's Pam Redden honored for excellence in
  …      administration</a></li>
95550    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/lifr-protein-suppresses-breast-cancer-metastasis.html">LIFR
  …      protein suppresses breast cancer metastasis</a></li>
95551    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/ut-md-anderson-cancer-center-launches-unprecedented-moon-
  …      shots-p.html">UT MD Anderson Cancer Center Launches Unprecedented Moon Shots
  …      Program</a></li>
95552    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/drug-combination-against-nras-mutant-melanoma-discovered.html
  …      ">Drug combination against NRAS-mutant melanoma discovered</a></li>
95553    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/ut-md-anderson-fun-run-goes-dark-to-highlight-importance-of-
  …      skin.html">UT MD Anderson fun run goes dark to highlight importance of skin cancer
  …      prevention</a></li>
95554    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/md-anderson-hosts-free-prostate-health-conference-on-sept--22
  …      .html">MD Anderson Hosts Free Prostate Health Conference on Sept. 22</a></li>
95555    <li class="primary-nav-item"><a
  …      href="/newsroom/2012/09/study-finds-biologic-therapies-for-rheumatoid-arthritis-not-
  …      asso.html">UT MD Anderson study finds biologic therapies for rheumatoid arthritis
95556    not associated with increased cancer risk</a></li>
95557    </ul>
95558    </nav>
95559    </div>
95560    </section>
95561    </div>
95562    </div>
95563    </div></li>
95564    <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/08.html">08</a>
95565    <div class="subnav-mask">
95566    <div class="subnav-wrapper">
95567    <div class="subnav col10 pad">
95568    <section class="nested">
95569    <div class="col4 main-column">
```

```
95570  <nav class="secondary">
95571  <ul>
95572  <li class="mobile-nav-back"><a href="/newsroom/2012/08.html" aria-label="Back to
    …  08">08</a></li>
95573  <li class="primary-nav-item">
95574  <a href="/newsroom/2012/08.html" aria-label="08 Home">08 Home</a></li>
95575  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/metabolic-protein-wields-phosphate-group-to-activate-cancer-
    …  prom.html">Metabolic protein wields phosphate group to activate cancer-promoting
    …  genes</a></li>
95576  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/dna-deletions-promote-cancer-collateral-damage-makes-it-
    …  vulnerab.html">DNA deletions promote cancer, collateral damage makes it
    …  vulnerable</a></li>
95577  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/early-stage-breast-cancer-patients-may-benefit-from-radiation
    …  -af.html">UT MD Anderson study finds that majority of older, early-stage breast
95578  cancer patients may benefit from radiation after lumpectomy</a></li>
95579  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/study-finds-link-between-depressive-symptoms-and-cancer-
    …  survival.html">UT MD Anderson study finds link between depressive symptoms and cancer
    …  survival</a></li>
95580  </ul>
95581  </nav>
95582  </div>
95583  </section>
95584  </div>
95585  </div>
95586  </div></li>
95587  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/07.html">07</a>
95588  <div class="subnav-mask">
95589  <div class="subnav-wrapper">
95590  <div class="subnav col10 pad">
95591  <section class="nested">
95592  <div class="col4 main-column">
95593  <nav class="secondary">
95594  <ul>
95595  <li class="mobile-nav-back"><a href="/newsroom/2012/07.html" aria-label="Back to
    …  07">07</a></li>
95596  <li class="primary-nav-item">
95597  <a href="/newsroom/2012/07.html" aria-label="07 Home">07 Home</a></li>
95598  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/scientists-discover-melanoma-driving-genetic-changes-caused-
    …  by-s.html">Scientists discover melanoma-driving genetic changes caused by sun
    …  damage</a></li>
95599  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/ut-md-anderson-named-nation-s-top-hospital-for-cancer-in-u-s-
    …  -ne.html">UT MD Anderson named nation's top hospital for cancer in U.S. News
95600  &amp; World Report survey</a></li>
95601  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/md-anderson-and-the-polish-center-of-translational-chemistry-
    …  bio.html">MD Anderson and the Polish Center of Translational Chemistry, Biology
95602  and Medicine become Sister Institutions</a></li>
95603  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/nursing-leader-named-fellow-in-american-academy-of-nurse-
    …  practit.html">Nursing Leader Named Fellow in American Academy of Nurse
    …  Practitioners</a></li>
95604  </ul>
95605  </nav>
95606  </div>
95607  </section>
95608  </div>
95609  </div>
95610  </div></li>
95611  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/06.html">06</a>
95612  <div class="subnav-mask">
95613  <div class="subnav-wrapper">
95614  <div class="subnav col10 pad">
```

```
95615  <section class="nested">
95616  <div class="col4 main-column">
95617  <nav class="secondary">
95618  <ul>
95619  <li class="mobile-nav-back"><a href="/newsroom/2012/06.html" aria-label="Back to
    …  06">06</a></li>
95620  <li class="primary-nav-item">
95621  <a href="/newsroom/2012/06.html" aria-label="06 Home">06 Home</a></li>
95622  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/legacy-of-educator-activist-lives-on-at-health-disparities-
    …  resea.html">Legacy of educator, activist lives on at health disparities research
    …  center</a></li>
95623  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/ut-md-anderson-study-develops-clinical-tool-to-predict-
    …  radiation.html">UT MD Anderson study develops clinical tool to predict radiation
    …  benefit
95624  for older women with breast cancer</a></li>
95625  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/ut-md-anderson-cancer-center-signs-collaborative-agreement-
    …  with-.html">UT MD Anderson Cancer Center signs collaborative agreement with Turkish
    …  University</a></li>
95626  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/grb2-holds-powerful-molecular-signaling-pathway-in-check.html
    …  ">Grb2 Holds Powerful Molecular Signaling Pathway in Check</a></li>
95627  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/author-activist-susan-garrett-baker-headlines-cancer-
    …  survivorshi.html">Author, Activist Susan Garrett Baker Headlines Cancer Survivorship
95628  Conference Sept. 14-15</a></li>
95629  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/preclinical-research-shows-normal-gene-hinders-breast-cancer-
    …  che.html">Preclinical research shows normal gene hinders breast cancer
    …  chemotherapy</a></li>
95630  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/claudine-jreissaty-claims-ut-md-anderson-s-highest-nurse-
    …  oncolog.html">Claudine Jreissaty claims UT MD Anderson's highest nurse-oncologist
    …  honor</a></li>
95631  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/06/md-anderson-research-finds-predictive-value-of-circulating-
    …  tumor.html">UT MD Anderson research finds predictive value of circulating tumor
95632  cells in early stage breast cancer</a></li>
95633  </ul>
95634  </nav>
95635  </div>
95636  </section>
95637  </div>
95638  </div>
95639  </div></li>
95640  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/05.html">05</a>
95641  <div class="subnav-mask">
95642  <div class="subnav-wrapper">
95643  <div class="subnav col10 pad">
95644  <section class="nested">
95645  <div class="col4 main-column">
95646  <nav class="secondary">
95647  <ul>
95648  <li class="mobile-nav-back"><a href="/newsroom/2012/05.html" aria-label="Back to
    …  05">05</a></li>
95649  <li class="primary-nav-item">
95650  <a href="/newsroom/2012/05.html" aria-label="05 Home">05 Home</a></li>
95651  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/media-statement-from-the-university-of-texas-md-anderson-
    …  cancer-.html">MD Anderson Media Statement: CPRIT</a></li>
95652  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/skp2-activates-cancer-promoting-glucose-processing-akt.html">
    …  Skp2 activates cancer-promoting, glucose-processing Akt</a></li>
95653  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/a-conversation-with-a-living-legend--sponsors-lead-23rd-
    …  annual-f.html">A Conversation With A Living Legend® sponsors lead 23rd annual
```

```
95654  fundraising efforts for UT MD Anderson Cancer Center</a></li>
95655  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/phase-i-clinical-trial-shows-drug-shrinks-melanoma-brain-
    …  metasta.html">Phase I Clinical Trial Shows Drug Shrinks Melanoma Brain
    …  Metastases</a></li>
95656  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/hybrid-vaccine-demonstrates-potential-to-prevent-breast-
    …  cancer-r.html">Hybrid vaccine demonstrates potential to prevent breast cancer
    …  recurrence</a></li>
95657  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/scientists-discover-marker-to-identify-attack-breast-cancer-
    …  stem.html">Scientists Discover Marker to Identify, Attack Breast Cancer Stem
    …  Cells</a></li>
95658  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/md-anderson-in-sugar-land-adds-specialist-in-prostate-
    …  genitourin.html">MD Anderson in Sugar Land Adds Specialist in Prostate, Genitourinary
    …  Cancers</a></li>
95659  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/md-anderson-in-katy-adds-specialist-in-prostate-genitourinary
    …  -ca.html">MD Anderson in Katy Adds Specialist in Prostate, Genitourinary
    …  Cancers</a></li>
95660  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-cancer-center-hosts-annual-global-conference-
    …  in-n.html">UT MD Anderson Cancer Center Hosts Annual Global Conference in
    …  Norway</a></li>
95661  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-cancer-center-and-norwegian-cancer-consortium-
    …  ren.html">UT MD Anderson Cancer Center and Norwegian Cancer Consortium Renew
    …  Collaboration</a></li>
95662  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/sunscreen-rules-changes-simplify-label-language.html">
    …  Sunscreen Rules: Changes Simplify Label Language</a></li>
95663  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/scientists-identify-prostate-cancer-stem-cells-among-low-psa-
    …  cel.html">Scientists Identify Prostate Cancer Stem Cells Among Low-PSA Cells</a></li>
95664  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/apbi-brachytherapy-associated-with-higher-rate-of-later-
    …  mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
95665  Increased Toxicities, and Post-Operative Complications,
95666  Compared to Traditional Radiation Therapy in Women with
95667  Early Breast Cancer</a></li>
95668  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/greta-van-susteren-to-interview-former-british-prime-minister
    …  -to.html">Greta Van Susteren to Interview Former British Prime Minister Tony Blair
95669  at UT MD Anderson Cancer Center Fundraiser in Dallas</a></li>
95670  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-president-ronald-depinho-elected-to-national-
    …  acad.html">UT MD Anderson President Ronald DePinho Elected to National Academy of
    …  Sciences</a></li>
95671  </ul>
95672  </nav>
95673  </div>
95674  </section>
95675  </div>
95676  </div>
95677  </div></li>
95678  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/04.html">04</a>
95679  <div class="subnav-mask">
95680  <div class="subnav-wrapper">
95681  <div class="subnav col10 pad">
95682  <section class="nested">
95683  <div class="col4 main-column">
95684  <nav class="secondary">
95685  <ul>
95686  <li class="mobile-nav-back"><a href="/newsroom/2012/04.html" aria-label="Back to
    …  04">04</a></li>
95687  <li class="primary-nav-item">
95688  <a href="/newsroom/2012/04.html" aria-label="04 Home">04 Home</a></li>
```

```
95689 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/mutant-kras-drives-pancreatic-cancer-maintenance-via-
   ‥ metabolic-p.html">Mutant Kras Drives Pancreatic Cancer Maintenance via Metabolic
   ‥ Pathways</a></li>
95690 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/md-anderson-dermatologist-stays-close-to-home-to-see-patients
   ‥ .html">MD Anderson Dermatologist Stays Close to Home to See Patients</a></li>
95691 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/md-anderson-provides-free-skin-cancer-exams-may-5.html">MD
   ‥ Anderson Provides Free Skin Cancer Exams May 5</a></li>
95692 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/ut-md-anderson-cancer-center-announces-agreement-with-
   ‥ hospital-i.html">UT MD Anderson Cancer Center Announces Agreement with Hospital
   ‥ Israelita
95693 Albert Einstein</a></li>
95694 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/scientists-target-cell-organelles-with-iphage-technology.html
   ‥ ">Scientists target cell organelles with iPhage technology</a></li>
95695 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/new-nutrition-worksheets-for-african-american-hispanic-and-
   ‥ vietn.html">New Nutrition Worksheets for African American, Hispanic and Vietnamese
   ‥ Populations</a></li>
95696 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/ut-md-anderson-sprint-for-life-may-5-to-honor-ovarian-cancer-
   ‥ sur.html">UT MD Anderson Sprint for Life May 5 to Honor Ovarian Cancer
   ‥ Survivors</a></li>
95697 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/ut-md-anderson-study-finds-cancer-related-pain-often-
   ‥ undertreate.html">UT MD Anderson Study Finds Cancer Related Pain Often Undertreated;
95698 Minorities Twice as Likely Not To Receive Appropriate Analgesics</a></li>
95699 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/free-head-and-neck-cancer-screening-exams.html">Free Head and
   ‥ Neck Cancer Screening Exams</a></li>
95700 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/chukkers-against-cancer-polo-on-the-prairie-set-for-april-28.
   ‥ html">Chukkers Against Cancer: Polo on the Prairie Set for April 28</a></li>
95701 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/cancer-fighting-springtime-fruits-and-vegetables.html">5
   ‥ Cancer-Fighting Springtime Fruits and Veggies</a></li>
95702 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/04/pi3kmtor-pathway-proteins-tied-to-poor-prognosis-in-breast-
   ‥ cance.html">PI3K/mTOR Pathway Proteins Tied to Poor Prognosis in Breast
   ‥ Cancer</a></li>
95703 </ul>
95704 </nav>
95705 </div>
95706 </section>
95707 </div>
95708 </div>
95709 </div></li>
95710 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/03.html">03</a>
95711 <div class="subnav-mask">
95712 <div class="subnav-wrapper">
95713 <div class="subnav col10 pad">
95714 <section class="nested">
95715 <div class="col4 main-column">
95716 <nav class="secondary">
95717 <ul>
95718 <li class="mobile-nav-back"><a href="/newsroom/2012/03.html" aria-label="Back to
   ‥ 03">03</a></li>
95719 <li class="primary-nav-item">
95720 <a href="/newsroom/2012/03.html" aria-label="03 Home">03 Home</a></li>
95721 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/03/two-targeted-therapies-act-against-ewing-s-sarcoma-tumors.
   ‥ html">Two Targeted Therapies Act Against Ewing's Sarcoma Tumors</a></li>
95722 <li class="primary-nav-item"><a
   ‥ href="/newsroom/2012/03/ut-md-anderson-patient-colorectal-cancer-not-just-for-those-
   ‥ 50-a.html">UT MD Anderson Patient: Colorectal Cancer Not Just For Those 50 and
```

```
95722…  Older</a></li>
95723   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/att-s--1-million-contribution-to-seed-telesurgery-program.
  …     html">AT&amp;T's $1 Million Contribution to Seed Telesurgery Program</a></li>
95724   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/kripke-legend-award-salutes-nancy-hopkins-of-mit.html">Kripke
  …     Legend Award Salutes Nancy Hopkins of MIT</a></li>
95725   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/scientists-link-two-cancer-promoting-pathways-in-esophageal-
  …     canc.html">Scientists Link Two Cancer-Promoting Pathways in Esophageal
  …     Cancer</a></li>
95726   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/breast-surgeon-brings-specialty-to-md-anderson-in-katy.html">
  …     Breast Surgeon Brings Specialty to MD Anderson in Katy</a></li>
95727   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/run-for-the-rose-celebrates-tenth-anniversary-of-supporting-
  …     canc.html">Run for the Rose Celebrates Tenth Anniversary of Supporting Cancer
95728   Research and Children's Health in Houston</a></li>
95729   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/03/back-in-the-saddle-polo-under-the-palms-returns-to-sarasota-
  …     marc.html">Back in the Saddle: Polo Under the Palms Returns to Sarasota March
  …     24</a></li>
95730   </ul>
95731   </nav>
95732   </div>
95733   </section>
95734   </div>
95735   </div>
95736   </div></li>
95737   <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/02.html">02</a>
95738   <div class="subnav-mask">
95739   <div class="subnav-wrapper">
95740   <div class="subnav col10 pad">
95741   <section class="nested">
95742   <div class="col4 main-column">
95743   <nav class="secondary">
95744   <ul>
95745   <li class="mobile-nav-back"><a href="/newsroom/2012/02.html" aria-label="Back to
  …     02">02</a></li>
95746   <li class="primary-nav-item">
95747   <a href="/newsroom/2012/02.html" aria-label="02 Home">02 Home</a></li>
95748   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/drug-improves-survival-and-quality-of-life-for-people-with-
  …     myelo.html">Drug Improves Survival and Quality of Life for People with
  …     Myelofibrosis</a></li>
95749   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/aurora-a-hinders-tumor-suppressor-to-allow-chemotherapy-
  …     resistan.html">Aurora-A Hinders Tumor-Suppressor to Allow Chemotherapy
  …     Resistance</a></li>
95750   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/telomere-failure-telomerase-activation-drive-prostate-cancer-
  …     pro.html">Telomere Failure, Telomerase Activation Drive Prostate Cancer
  …     Progression</a></li>
95751   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/blocking-telomerase-kills-cancer-but-provokes-progression.
  …     html">Blocking Telomerase Kills Cancer Cells but Provokes Resistance,
  …     Progression</a></li>
95752   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/reformulated-imatinib-eliminates-morphine-tolerance-in-lab-
  …     studi.html">Reformulated Imatinib Eliminates Morphine Tolerance in Lab
  …     Studies</a></li>
95753   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/study-explains-high-platelets-in-ovarian-cancer-patients--
  …     surviv.html">Study Explains High Platelets in Ovarian Cancer Patients; Survival
  …     Reduced</a></li>
95754   <li class="primary-nav-item"><a
  …     href="/newsroom/2012/02/fetal-exposure-to-radiation-increases-risk-of-testicular-
  …     cancer.html">Fetal Exposure to Radiation Increases Risk of Testicular Cancer</a></li>
```

Page 2861

```
95755 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/ut-md-anderson-facility-named-in-honor-of-john-mendelsohn-m-d
    -.html">John Mendelsohn Faculty Center Pays Tribute to Institution's Third
95756 Full-Time President</a></li>
95757 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/move-in-minutes---smart-tips-to-minimize-sitting.html">Move
    in Minutes: Smart Tips to Minimize Sitting</a></li>
95758 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/ut-md-anderson-texas-am-team-up-to-treat-canine-lymphoma.html
    ">UT MD Anderson, Texas A&amp;M Team Up to Treat Canine Lymphoma</a></li>
95759 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/ut-md-anderson-regional-care-center-in-the-bay-area-now-
    offers-s.html">UT MD Anderson Regional Care Center in the Bay Area Now Offers
    Surgery</a></li>
95760 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/susan-hoover-m-d--brings-breast-surgical-specialty-to-ut-md-
    ande.html">Susan Hoover, M.D., Brings Breast Surgical Specialty to UT MD Anderson
95761 Regional Care Center in Sugar Land</a></li>
95762 <li class="primary-nav-item"><a
    href="/newsroom/2012/02/ut-md-anderson-article-offers-one-roadmap-for-defining-value-
    in-.html">UT MD Anderson Article Offers One Roadmap for Defining Value in Health
95763 Care, Earns National Award from Leading Journal</a></li>
95764 </ul>
95765 </nav>
95766 </div>
95767 </section>
95768 </div>
95769 </div>
95770 </div></li>
95771 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/01.html">01</a>
95772 <div class="subnav-mask">
95773 <div class="subnav-wrapper">
95774 <div class="subnav col10 pad">
95775 <section class="nested">
95776 <div class="col4 main-column">
95777 <nav class="secondary">
95778 <ul>
95779 <li class="mobile-nav-back"><a href="/newsroom/2012/01.html" aria-label="Back to
    01">01</a></li>
95780 <li class="primary-nav-item">
95781 <a href="/newsroom/2012/01.html" aria-label="01 Home">01 Home</a></li>
95782 <li class="primary-nav-item"><a
    href="/newsroom/2012/01/sumo-snipping-protein-plays-crucial-role-in-t-and-b-cell-
    develop.html">SUMO-Snipping Protein Plays Crucial Role in T and B Cell
    Development</a></li>
95783 <li class="primary-nav-item"><a
    href="/newsroom/2012/01/mutated-kras-spins-a-molecular-loop-that-launches-pancreatic-
    can.html">Mutated Kras Spins a Molecular Loop that Launches Pancreatic
    Cancer</a></li>
95784 <li class="primary-nav-item"><a
    href="/newsroom/2012/01/inflammatory-mediator-promotes-colorectal-cancer-by-stifling-
    pro.html">Inflammatory Mediator Promotes Colorectal Cancer by Stifling Protective
    Genes</a></li>
95785 <li class="primary-nav-item"><a
    href="/newsroom/2012/01/md-anderson-brings-free-making-cancer-history-seminar--to-
    west-p.html">MD Anderson Brings Free Making Cancer History Seminar® to West Palm
    Beach</a></li>
95786 <li class="primary-nav-item"><a
    href="/newsroom/2012/01/cancer-symptoms-in-women--gynecologic-cancer-symptoms.html">
    10 Gynecologic Cancer Symptoms Women Shouldn't Ignore</a></li>
95787 </ul>
95788 </nav>
95789 </div>
95790 </section>
95791 </div>
95792 </div>
95793 </div></li>
95794 </ul>
```

```
95795  </nav>
95796  </div>
95797  </section>
95798  </div>
95799  </div>
95800  </div></li>
95801  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011.html">2011</a>
95802  <div class="subnav-mask">
95803  <div class="subnav-wrapper">
95804  <div class="subnav col10 pad">
95805  <section class="nested">
95806  <div class="col4 main-column">
95807  <nav class="secondary">
95808  <ul>
95809  <li class="mobile-nav-back"><a href="/newsroom/2011.html" aria-label="Back to
   …  2011">2011</a></li>
95810  <li class="primary-nav-item">
95811  <a href="/newsroom/2011.html" aria-label="2011 Home">2011 Home</a></li>
95812  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/12.html">12</a>
95813  <div class="subnav-mask">
95814  <div class="subnav-wrapper">
95815  <div class="subnav col10 pad">
95816  <section class="nested">
95817  <div class="col4 main-column">
95818  <nav class="secondary">
95819  <ul>
95820  <li class="mobile-nav-back"><a href="/newsroom/2011/12.html" aria-label="Back to
   …  12">12</a></li>
95821  <li class="primary-nav-item">
95822  <a href="/newsroom/2011/12.html" aria-label="12 Home">12 Home</a></li>
95823  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/networks-conspire-to-promote-cancer.html">Previously
   …  Unconnected Molecular Networks Conspire to Promote Cancer</a></li>
95824  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/sir-richard-branson-miles-obrien-interview-to-benefit-ut-md-
   …  ande.html">Sir Richard Branson, Miles O'Brien Interview to Benefit UT MD
   …  Anderson</a></li>
95825  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/ut-md-anderson-releases-annual-holiday-artwork-created-by-
   …  young-.html">UT MD Anderson Releases Annual Holiday Artwork Created By Young Cancer
   …  Patients</a></li>
95826  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/prognostic-model-developed-for-mds-related-to-prior-cancer-
   …  thera.html">Prognostic Model Developed for MDS Related to Prior Cancer
   …  Therapy</a></li>
95827  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/aml-patients-have-high-response-rate-with-vorinostat-added-to
   …  -tr.html">AML Patients Have High Response Rate with Vorinostat Added to
   …  Treatment</a></li>
95828  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/b-cell-receptor-inhibitor-causes-chronic-lymphocytic-leukemia
   …  -re.html">B Cell Receptor Inhibitor Causes Chronic Lymphocytic Leukemia
   …  Remission</a></li>
95829  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/combination-of-everolimus-and-exemestane-improves-progression
   …  -fr.html">Combination of Everolimus and Exemestane Improves Progression-Free
95830  Survival for Women with Metastatic Breast Cancer</a></li>
95831  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/apbi-brachytherapy-associated-with-higher-rate-of-later-
   …  mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
95832  Increased Toxicities, and Post-Operative Complications,
95833  Compared to Traditional Radiation Therapy in Women with
95834  Early Breast Cancer</a></li>
95835  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/12/md-anderson-a-conversation-with-a-living-legend-in-dallas-
   …  honors.html">MD Anderson A Conversation With a Living Legend in Dallas Honors Sir
95836  Richard Branson</a></li>
95837  <li class="primary-nav-item"><a
```

```
95837… href="/newsroom/2011/12/holiday-leftovers-tips-to-avoid-weight-gain.html">Holiday
…     Leftovers: Smart Tips to Control Overeating</a></li>
95838 </ul>
95839 </nav>
95840 </div>
95841 </section>
95842 </div>
95843 </div>
95844 </div></li>
95845 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/11.html">11</a>
95846 <div class="subnav-mask">
95847 <div class="subnav-wrapper">
95848 <div class="subnav col10 pad">
95849 <section class="nested">
95850 <div class="col4 main-column">
95851 <nav class="secondary">
95852 <ul>
95853 <li class="mobile-nav-back"><a href="/newsroom/2011/11.html" aria-label="Back to
…     11">11</a></li>
95854 <li class="primary-nav-item">
95855 <a href="/newsroom/2011/11.html" aria-label="11 Home">11 Home</a></li>
95856 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/everolimus-prolongs-progression.html">Everolimus Prolongs
…     Progression-Free Survival for Patients with
95857 Neuroendocrine Tumors</a></li>
95858 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/ut-md-anderson-creates-institute-to-accelerate-cancer-drug-
…     devel.html">UT MD Anderson Creates Institute to Accelerate Cancer Drug
…     Development</a></li>
95859 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/md-anderson-cancer-center-board-of-visitors-welcomes-new-
…     members.html">MD Anderson Cancer Center Board of Visitors Welcomes New
…     Members</a></li>
95860 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/tamoxifen-side-effects-in-male-breast-cancer-patients.html">
…     Tamoxifen Causes Significant Side Effects in Male Breast Cancer Patients</a></li>
95861 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/a-conversation-with-a-living-legend-.html">UT MD Anderson
…     Slates San Antonio A Conversation With a Living Legend®</a></li>
95862 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/ut-md-anderson-study-finds-acupuncture-can-prevent-radiation-
…     ind.html">UT MD Anderson Study Finds Acupuncture Can Prevent Radiation-Induced
95863 Chronic Dry Mouth</a></li>
95864 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/obese-monkeys-lose-weight-on-drug-that-attacks-blood-supply-
…     of-f.html">Obese Monkeys Lose Weight on Drug that Attacks Blood Supply of Fat
…     Cells</a></li>
95865 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/ut-md-anderson-study-finds-advances-in-breast-cancer-don-t-
…     exten.html">UT MD Anderson Study Finds Advances in Breast Cancer Don't Extend to
95866 Older Women</a></li>
95867 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/infographic-how-to-carve-up-thanksgiving-calories.html">
…     Infographic: How to Carve Up Thanksgiving Calories</a></li>
95868 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/metabolic-protein-plays-unexpected-role-in-tumor-cell-
…     formation-.html">Metabolic Protein Plays Unexpected Role in Tumor Cell Formation and
…     Growth</a></li>
95869 <li class="primary-nav-item"><a
…     href="/newsroom/2011/11/md-anderson-and-king-hussein-cancer-center-sign-sister-
…     instituti.html">MD Anderson and King Hussein Cancer Center Sign Sister Institution
…     Agreement</a></li>
95870 </ul>
95871 </nav>
95872 </div>
95873 </section>
95874 </div>
95875 </div>
```

```
95876 </div></li>
95877 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/10.html">10</a>
95878 <div class="subnav-mask">
95879 <div class="subnav-wrapper">
95880 <div class="subnav col10 pad">
95881 <section class="nested">
95882 <div class="col4 main-column">
95883 <nav class="secondary">
95884 <ul>
95885 <li class="mobile-nav-back"><a href="/newsroom/2011/10.html" aria-label="Back to
    … 10">10</a></li>
95886 <li class="primary-nav-item">
95887 <a href="/newsroom/2011/10.html" aria-label="10 Home">10 Home</a></li>
95888 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/blood-vessel-mapping-reveals-four-new--zip-codes-.html">Blood
    … Vessel Mapping Reveals Four New &quot;ZIP Codes&quot;</a></li>
95889 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/researchers-find-coupling-of-proteins-promotes-glioblastoma-
    … deve.html">Researchers Find Coupling of Proteins Promotes Glioblastoma
    … Development</a></li>
95890 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/ut-md-anderson-cancer-center-campaign-surpasses--1-2-billion-
    … goa.html">UT MD Anderson Cancer Center Campaign Surpasses $1.2 Billion Goal</a></li>
95891 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/md-anderson-pairs-franco-harris-larry-king-in-las-vegas.html"
    … >UT MD Anderson Pairs Franco Harris, Larry King in Las Vegas 'Conversation'</a></li>
95892 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/md-anderson-honors-journalist-cancer-activist-katie-couric.
    … html">MD Anderson Honors Journalist, Cancer Activist Katie Couric</a></li>
95893 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/ovarian-cancer-patients-survive-longer-with-brca2-mutated-in-
    … tum.html">Ovarian Cancer Patients Survive Longer with BRCA2 Mutated in
    … Tumors</a></li>
95894 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/inaugural-cancer-fundraiser-welcomes-franco-harris-and-larry-
    … kin.html">Inaugural Cancer Fundraiser Welcomes Franco Harris and Larry King</a></li>
95895 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/ut-md-anderson-s-holly-green-wins-briscoe-physician-assistant
    … -aw.html">UT MD Anderson's Holly Green Wins Briscoe Physician Assistant
    … Award</a></li>
95896 <li class="primary-nav-item"><a
    … href="/newsroom/2011/10/testing-for-breast-cancer.html">Testing for Breast Cancer
    … Mutations: Not for Everyone</a></li>
95897 </ul>
95898 </nav>
95899 </div>
95900 </section>
95901 </div>
95902 </div>
95903 </div></li>
95904 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/09.html">09</a>
95905 <div class="subnav-mask">
95906 <div class="subnav-wrapper">
95907 <div class="subnav col10 pad">
95908 <section class="nested">
95909 <div class="col4 main-column">
95910 <nav class="secondary">
95911 <ul>
95912 <li class="mobile-nav-back"><a href="/newsroom/2011/09.html" aria-label="Back to
    … 09">09</a></li>
95913 <li class="primary-nav-item">
95914 <a href="/newsroom/2011/09.html" aria-label="09 Home">09 Home</a></li>
95915 <li class="primary-nav-item"><a
    … href="/newsroom/2011/-12-million-collaborative-grant-seeks-to-improve-cord-blood-
    … tran.html">$12 million Collaborative Grant Seeks To Improve Cord Blood Transplants
95916 for Cancer Patients</a></li>
95917 <li class="primary-nav-item"><a
    … href="/newsroom/2011/09/md-anderson-in-the-bay-area-brightens-the-ballunar-festival-
```

```
95917...  with.html">MD Anderson in the Bay Area Brightens the Balinear Festival with Pink
95918     Lighting in Honor of Breast Cancer Awareness Month</a></li>
95919     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/md-anderson-in-sugar-land-brightens-sugar-land-town-square-
  ...     with-.html">MD Anderson in Sugar Land Brightens Sugar Land Town Square with Pink
95920     Lighting in Honor of Breast Cancer Awareness Month</a></li>
95921     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/md-anderson-in-the-woodlands-brightens-market-street-with-
  ...     pink-l.html">MD Anderson in The Woodlands Brightens Market Street with Pink Lighting
95922     in Honor of Breast Cancer Awareness Month</a></li>
95923     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/md-anderson-in-katy-brightens-lacenterra-at-cinco-ranch-with-
  ...     pin.html">MD Anderson in Katy Brightens LaCenterra at Cinco Ranch with Pink
95924     Lighting in Honor of Breast Cancer Awareness Month</a></li>
95925     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/banner-md-anderson-cancer-center-opens.html">Banner MD
  ...     Anderson Cancer Center Opens</a></li>
95926     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/couples-counseling-improves-sexual-intimacy-after-prostate-
  ...     treat.html">Couples Counseling Improves Sexual Intimacy after Prostate
  ...     Treatment</a></li>
95927     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/ut-md-anderson-s-lorna-mcneill-recognized-for-excellence-in-
  ...     prev.html">UT MD Anderson's Lorna McNeill Recognized for Excellence in
  ...     Prevention</a></li>
95928     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/running-for-a-cause-ut-md-anderson-to-host-fun-run-benefiting
  ...     -me.html">Running for a Cause: UT MD Anderson to Host Fun Run Benefiting Melanoma
  ...     Research</a></li>
95929     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/men-cancer-prevention-health-tips-by-age.html">Men: Cancer
  ...     Prevention Tips by Age</a></li>
95930     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/gene-therapy-for-breast-cancer-boosts-chemotherapy.html">Gene
  ...     Therapy Kills Breast Cancer Stem Cells, Boosts Chemotherapy</a></li>
95931     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/breast-cancer-patients-with-brca-gene-diagnosed-almost-eight-
  ...     yea.html">Breast Cancer Patients With BRCA Gene Diagnosed Almost Eight Years
95932     Earlier Than Generation Before</a></li>
95933     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/chemotherapy-is-as-effective-before-breast-cancer-surgery-as-
  ...     aft.html">Chemotherapy is as Effective Before Breast Cancer Surgery as After</a></li>
95934     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/brca1-gene-mutation-associated-with-neoadjuvant-chemotherapy.
  ...     html">BRCA1 Gene Mutation Associated with Neoadjuvant Chemotherapy</a></li>
95935     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/barretos-and-md-anderson-sign-sister-institution-agreement.
  ...     html">Barretos Cancer Hospital and MD Anderson Sign Sister Institution
  ...     Agreement</a></li>
95936     <li class="primary-nav-item"><a
  ...     href="/newsroom/2011/09/scientists-discover-secret-life-of-chromatin.html">UT MD
  ...     Anderson Scientists Discover Secret Life of Chromatin</a></li>
95937     </ul>
95938     </nav>
95939     </div>
95940     </section>
95941     </div>
95942     </div>
95943     </div></li>
95944     <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/08.html">08</a>
95945     <div class="subnav-mask">
95946     <div class="subnav-wrapper">
95947     <div class="subnav col10 pad">
95948     <section class="nested">
95949     <div class="col4 main-column">
95950     <nav class="secondary">
95951     <ul>
95952     <li class="mobile-nav-back"><a href="/newsroom/2011/08.html" aria-label="Back to
```

```
95952… 08">08</a></li>
95953 <li class="primary-nav-item">
95954 <a href="/newsroom/2011/08.html" aria-label="08 Home">08 Home</a></li>
95955 <li class="primary-nav-item"><a
   … href="/newsroom/2011/08/barbara-padilla-at-cancer-survivorship-conference.html">
   … Soprano Barbara Padilla To Entertain at Cancer Survivorship Conference
95956 Sept. 16</a></li>
95957 <li class="primary-nav-item"><a
   … href="/newsroom/2011/08/study-finds-15-minutes-of-moderate-daily-exercise-lengthens-
   … life.html">Study Finds 15 Minutes of Moderate Daily Exercise Lengthens Life</a></li>
95958 <li class="primary-nav-item"><a
   … href="/newsroom/2011/08/free-workshop-focuses-on-the-needs-of-young-adult-cancer-
   … survivo.html">Free Workshop Focuses on the Needs of Young-Adult Cancer Survivors,
   … Patients</a></li>
95959 </ul>
95960 </nav>
95961 </div>
95962 </section>
95963 </div>
95964 </div>
95965 </div></li>
95966 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/07.html">07</a>
95967 <div class="subnav-mask">
95968 <div class="subnav-wrapper">
95969 <div class="subnav col10 pad">
95970 <section class="nested">
95971 <div class="col4 main-column">
95972 <nav class="secondary">
95973 <ul>
95974 <li class="mobile-nav-back"><a href="/newsroom/2011/07.html" aria-label="Back to
   … 07">07</a></li>
95975 <li class="primary-nav-item">
95976 <a href="/newsroom/2011/07.html" aria-label="07 Home">07 Home</a></li>
95977 <li class="primary-nav-item"><a
   … href="/newsroom/2011/07/first-genetic-variations-pinpointed-in-head-and-neck-cancer.
   … html">First Genetic Variations Pinpointed in Head and Neck Cancer</a></li>
95978 <li class="primary-nav-item"><a
   … href="/newsroom/2011/07/specialized-regulatory-t-cell-stifles-antibody-production-
   … center.html">Specialized Regulatory T Cell Stifles Antibody Production
   … Centers</a></li>
95979 <li class="primary-nav-item"><a
   … href="/newsroom/2011/07/the-university-of-texas-md-anderson-cancer-center-retains-top
   … -ra.html">The University of Texas MD Anderson Cancer Center Retains Top Ranking In
95980 U.S. News &amp; World Report Annual Survey</a></li>
95981 <li class="primary-nav-item"><a
   … href="/newsroom/2011/07/get-better-health-apps.html">Get Better Health Apps</a></li>
95982 <li class="primary-nav-item"><a
   … href="/newsroom/2011/07/targeted-agent-addition-to-herceptin-has-positive-effect-on-
   … meta.html">Targeted Agent Addition to Herceptin Has Positive Effect on Metastatic
95983 HER-2 Breast Cancer</a></li>
95984 </ul>
95985 </nav>
95986 </div>
95987 </section>
95988 </div>
95989 </div>
95990 </div></li>
95991 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/06.html">06</a>
95992 <div class="subnav-mask">
95993 <div class="subnav-wrapper">
95994 <div class="subnav col10 pad">
95995 <section class="nested">
95996 <div class="col4 main-column">
95997 <nav class="secondary">
95998 <ul>
95999 <li class="mobile-nav-back"><a href="/newsroom/2011/06.html" aria-label="Back to
   … 06">06</a></li>
96000 <li class="primary-nav-item">
```

```
96001 <a href="/newsroom/2011/06.html" aria-label="06 Home">06 Home</a></li>
96002 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/ut-md-anderson-debuts-lung-cancer-screening-program.html">UT
   … MD Anderson Debuts Lung Cancer Screening Program</a></li>
96003 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/nearly-half-women-with-advanced-breast-cancer-in-the-u-s--not
   … -re.html">Nearly Half of Women with Advanced Breast Cancer in the U.S. not
96004 Receiving Lifesaving Treatment</a></li>
96005 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/cancer-survivorship-conference-sept--16-17.html">Former MLB
   … player Dave Dravecky to Headline Cancer Survivorship
96006 Conference Sept. 16-17</a></li>
96007 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/arceneaux-award-recognizes-clinical-nurse-and-chair-of-the-
   … nursi.html">UT MD Anderson's Highest Nurse-Oncologist Honor Goes to Nancy
   … Tomczak</a></li>
96008 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/does-eating-meat-cause-cancer---meat--cancer.html">Keep
   … Cancer Off the BBQ Grill</a></li>
96009 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/targeted-therapy-promising-for-cancer-patients.html">Targeted
   … Therapy Promising For Cancer Patients</a></li>
96010 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/md-anderson-radiation-oncologist-brings-new-option-experience
   … -to.html">MD Anderson Radiation Oncologist Brings New Option, Experience to
   … Katy</a></li>
96011 <li class="primary-nav-item"><a
   … href="/newsroom/2011/06/therapeutic-melanoma-vaccine-improves-response-rate-
   … progression-.html">Therapeutic Melanoma Vaccine Improves Response Rate,
   … Progression-Free Survival</a></li>
96012 </ul>
96013 </nav>
96014 </div>
96015 </section>
96016 </div>
96017 </div>
96018 </div></li>
96019 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/05.html">05</a>
96020 <div class="subnav-mask"></div>
96021 <div class="subnav-wrapper">
96022 <div class="subnav col10 pad">
96023 <section class="nested">
96024 <div class="col4 main-column">
96025 <nav class="secondary">
96026 <ul>
96027 <li class="mobile-nav-back"><a href="/newsroom/2011/05.html" aria-label="Back to
   … 05">05</a></li>
96028 <li class="primary-nav-item">
96029 <a href="/newsroom/2011/05.html" aria-label="05 Home">05 Home</a></li>
96030 <li class="primary-nav-item"><a
   … href="/newsroom/2011/05/vaccine-increases-disease-free-survival-for-follicular-
   … lymphoma-.html">Vaccine Increases Disease-Free Survival for Follicular Lymphoma
   … Patients</a></li>
96031 <li class="primary-nav-item"><a
   … href="/newsroom/2011/05/antibody-guided-drug-works-against-acute-lymphoblastic-
   … leukemia.html">Antibody-Guided Drug Works Against Acute Lymphoblastic
   … Leukemia</a></li>
96032 <li class="primary-nav-item"><a
   … href="/newsroom/2011/05/md-anderson-advisory-board-taps-melvyn-n--klein.html">MD
   … Anderson Advisory Board Taps Melvyn N. Klein as Vice Chair</a></li>
96033 <li class="primary-nav-item"><a
   … href="/newsroom/2011/05/study-first-to-compare-benefits-of-mind-body-practices-to-
   … simple.html">study first to compare benefits of mind-body practices to simple
96034 stretching exercises</a></li>
96035 <li class="primary-nav-item"><a
   … href="/newsroom/2011/05/healthy-sources-of-vitamin-d.html">Healthy Sources of Vitamin
   … D</a></li>
96036 <li class="primary-nav-item"><a
```

```
96036… href="/newsroom/2011/05/genomic-test-shows-promise-as-predictor-of-chemotherapy-
    …   response.html">Genomic Test Shows Promise as Predictor of Chemotherapy Response,
96037   Survival for Women With Invasive Breast Cancer</a></li>
96038   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/protein-identified-as-enemy-of-vital-tumor-suppressor-pten.
    …   html">Protein Identified as Enemy of Vital Tumor Suppressor PTEN</a></li>
96039   </ul>
96040   </nav>
96041   </div>
96042   </section>
96043   </div>
96044   </div>
96045   </div></li>
96046   <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/04.html">04</a>
96047   <div class="subnav-mask">
96048   <div class="subnav-wrapper">
96049   <div class="subnav col10 pad">
96050   <section class="nested">
96051   <div class="col4 main-column">
96052   <nav class="secondary">
96053   <ul>
96054   <li class="mobile-nav-back"><a href="/newsroom/2011/04.html" aria-label="Back to
    …   04">04</a></li>
96055   <li class="primary-nav-item">
96056   <a href="/newsroom/2011/04.html" aria-label="04 Home">04 Home</a></li>
96057   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/medicare-reimbursement-impacts-breast-cancer.html">Medicare
    …   Reimbursement Policies and Practice Settings Impact Access to
96058   Advanced Radiation for Breast Cancer Patients</a></li>
96059   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/health-literacy-tests-underutilized--may-improve-elderly-
    …   cancer-.html">Health Literacy Tests Underutilized; May Improve Elderly Cancer
96060   Patients' Care and Outcomes</a></li>
96061   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/sexuality-with-cancer-patients.html">Majority of Nurses
    …   Uncomfortable Talking About Sexuality with Cancer Patients</a></li>
96062   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/tender-age-of-giving-students-donate-to-polo-on-the-prairie.
    …   html">Tender Age of Giving: Students Donate to Polo on the Prairie</a></li>
96063   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/md-anderson-celebrates-70-years-of-making-cancer-history-.
    …   html">MD Anderson Celebrates 70 Years of Making Cancer History®</a></li>
96064   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/free-skin-screening-exams.html">MD Anderson Provides Free
    …   Skin Cancer Exams May 7</a></li>
96065   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/spring-has-sprung-children-s-art-project-releases-new-designs
    …   -cr.html">Spring Has Sprung: Children's Art Project Releases New Designs Created
96066   by Young Cancer Patients</a></li>
96067   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/popular-diets-health-nutrition.html">Popular Diets: Do They
    …   Prevent Cancer?</a></li>
96068   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/runwalk-and-sprint-for-sprouts-set-for-may-7.html">Run/Walk
    …   and Sprint for Sprouts Set for May 7</a></li>
96069   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/going-green-country-singer-pat-green-headlines-polo-on-the-
    …   prair.html">Going Green: Country Singer Pat Green Headlines Polo on the
    …   Prairie</a></li>
96070   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/genetic-variation-cuts-bladder-cancer-risk-protects-
    …   chromosome-t.html">Genetic Variation Cuts Bladder Cancer Risk, Protects Chromosome
    …   Tips</a></li>
96071   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/two-sets-of-genes-predict-response-to-lung-cancer-drug.html">
    …   Two Sets of Genes Predict Response to Lung Cancer Drug</a></li>
96072   <li class="primary-nav-item"><a
    …   href="/newsroom/2011/04/-good-cholesterol--nanoparticles-seek-and-destroy-cancer-
```

```
96072…  cells.html">Good Cholesterol' Nanoparticles Seek and Destroy Cancer Cells</a></li>
96073  </ul>
96074  </nav>
96075  </div>
96076  </section>
96077  </div>
96078  </div>
96079  </div></li>
96080  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/03.html">03</a>
96081  <div class="subnav-mask">
96082  <div class="subnav-wrapper">
96083  <div class="subnav col10 pad">
96084  <section class="nested">
96085  <div class="col4 main-column">
96086  <nav class="secondary">
96087  <ul>
96088  <li class="mobile-nav-back"><a href="/newsroom/2011/03.html" aria-label="Back to
    …  03">03</a></li>
96089  <li class="primary-nav-item">
96090  <a href="/newsroom/2011/03.html" aria-label="03 Home">03 Home</a></li>
96091  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/breast-cancer-family-matters.html">Breast Cancer: Family
    …  Matters</a></li>
96092  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/michael-frick-receives-case-district-iv-distinguished-
    …  achievemen.html">Michael Frick Receives CASE District IV Distinguished Achievement
    …  Award</a></li>
96093  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/run-honoring-dr--marnie-rose-celebrates-ninth-anniversary.
    …  html">Run Honoring Dr. Marnie Rose Celebrates Ninth Anniversary</a></li>
96094  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/a-not-so-secret-weapon-in-the-fight-against-colorectal-cancer
    …  .html">A Not-So-Secret Weapon in the Fight Against Colorectal Cancer</a></li>
96095  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/benz-wins-kripke-award-for-promoting-women-in-science-medical
    …  -ca.html">Benz Wins Kripke Award for Promoting Women in Science, Medical
    …  Careers</a></li>
96096  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/ut-md-anderson-receives-grant-for-study-of-acupuncture-in-
    …  cancer.html">UT MD Anderson Receives Grant for Study of Acupuncture in
    …  Cancer</a></li>
96097  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/a-quarter-earned-polo-on-the-prairie-trots-into-albany-april-
    …  30.html">A Quarter Earned: Polo on the Prairie Trots into Albany April 30</a></li>
96098  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/md-anderson-and-the-national-cancer-institute-of-peru-and-
    …  sign-s.html">MD Anderson and the National Cancer Institute of Peru and Sign Sister
96099  Institution Agreement in Cancer Treatment and Research</a></li>
96100  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/study-puts-notch-on-the-jagged-edge-of-lung-cancer-metastasis
    …  .html">Study Puts Notch on the Jagged Edge of Lung Cancer Metastasis</a></li>
96101  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/combination-overcomes-breast-cancer-resistance-to-herceptin.
    …  html">Combination Overcomes Breast Cancer Resistance to Herceptin</a></li>
96102  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/03/colonoscopy-resources-to-get-your-rear-in-gear.html">
    …  Colonoscopy Resources to Get Your Rear in Gear</a></li>
96103  </ul>
96104  </nav>
96105  </div>
96106  </section>
96107  </div>
96108  </div>
96109  </div></li>
96110  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/02.html">02</a>
96111  <div class="subnav-mask">
96112  <div class="subnav-wrapper">
96113  <div class="subnav col10 pad">
```

```
96114 <section class="nested">
96115 <div class="col4 main-column">
96116 <nav class="secondary">
96117 <ul>
96118 <li class="mobile-nav-back"><a href="/newsroom/2011/02.html" aria-label="Back to
   ... 02">02</a></li>
96119 <li class="primary-nav-item">
96120 <a href="/newsroom/2011/02.html" aria-label="02 Home">02 Home</a></li>
96121 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/protein-and-microrna-block-cellular-transition-vital-to-
   ... metastas.html">Protein and microRNA Block Cellular Transition Vital to
   ... Metastasis</a></li>
96122 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/ut-md-anderson-discovery-wins-2010-cozzarelli-prize.html">UT
   ... MD Anderson Discovery Wins 2010 Cozzarelli Prize</a></li>
96123 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/champlin-earns-transplant-society-s-lifetime-achievement-
   ... award.html">Champlin Earns Transplant Society's Lifetime Achievement Award</a></li>
96124 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/dance-your-way-to-cancer-prevention.html">Dance Your Way to
   ... Cancer Prevention</a></li>
96125 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/overabundance-of-protein-expands-breast-cancer-stem-cells.
   ... html">Overabundance of Protein Expands Breast Cancer Stem Cells</a></li>
96126 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/pulsed-xenon-ultraviolet-light-goes-where-housekeepers-can-t.
   ... html">Pulsed Xenon Ultraviolet Light Goes Where Housekeepers Can't</a></li>
96127 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/everolimus-improves-progression-free-survival-for-patients-
   ... with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
96128 Pancreatic Cancer</a></li>
96129 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/project-connects-researchers-latino-communities-to-prevent-
   ... cance.html">Project Connects Researchers, Latino Communities to Prevent
   ... Cancer</a></li>
96130 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/md-anderson-s-web-based-anti-smoking-program-targets-hispanic
   ... -yo.html">MD Anderson's Web-Based Anti-Smoking Program Targets Hispanic
   ... Youth</a></li>
96131 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/02/targeted-particle-fools-brain-s-guardian-to-reach-tumors.html
   ... ">Targeted Particle Fools Brain's Guardian to Reach Tumors</a></li>
96132 </ul>
96133 </nav>
96134 </div>
96135 </section>
96136 </div>
96137 </div>
96138 </div></li>
96139 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/01.html">01</a>
96140 <div class="subnav-mask">
96141 <div class="subnav-wrapper">
96142 <div class="subnav col10 pad">
96143 <section class="nested">
96144 <div class="col4 main-column">
96145 <nav class="secondary">
96146 <ul>
96147 <li class="mobile-nav-back"><a href="/newsroom/2011/01.html" aria-label="Back to
   ... 01">01</a></li>
96148 <li class="primary-nav-item">
96149 <a href="/newsroom/2011/01.html" aria-label="01 Home">01 Home</a></li>
96150 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/01/pre-surgical-stress-management-boosts-immune-function-lowers-
   ... moo.html">Pre-Surgical Stress Management Boosts Immune Function, Lowers Mood
96151 Disturbance for Prostate Cancer Patients</a></li>
96152 <li class="primary-nav-item"><a
   ... href="/newsroom/2011/01/pony-up-polo-under-the-palms-debuts-march-12-in-sarasota.html
   ... ">Pony Up: Polo Under the Palms Debuts March 12 in Sarasota</a></li>
```

```
96153  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/ut-md-anderson-pediatric-patients-spread-early-valentine-s-
    …  day-1.html">UT MD Anderson Pediatric Patients Spread Early Valentine's Day Love at
96154  The Houston Zoo</a></li>
96155  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/khalifa-foundation-grants-md-anderson--150-million-for-cancer
    …  -re.html">Khalifa Foundation Grants MD Anderson $150 Million for Cancer
    …  Research</a></li>
96156  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/women-health-by-age.html">Women: Age-Proof Your
    …  Health</a></li>
96157  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/microrna-suppresses-prostate-cancer-stem-cells-and-metastasis
    …  .html">MicroRNA Suppresses Prostate Cancer Stem Cells and Metastasis</a></li>
96158  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/peers-elect-md-anderson-s-hung-and-lozano-as-fellows-of-aaas.
    …  html">Peers Elect MD Anderson's Hung and Lozano as Fellows of AAAS</a></li>
96159  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/microrna-tp53-circuit-connected-to-chronic-lymphocytic-
    …  leukemia.html">MicroRNA-TP53 Circuit Connected to Chronic Lymphocytic
    …  Leukemia</a></li>
96160  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/01/protein-wields-phosphate-group-to-inhibit-cancer-metastasis.
    …  html">Protein Wields Phosphate Group to Inhibit Cancer Metastasis</a></li>
96161  </ul>
96162  </nav>
96163  </div>
96164  </section>
96165  </div>
96166  </div>
96167  </div></li>
96168  </ul>
96169  </nav>
96170  </div>
96171  </section>
96172  </div>
96173  </div>
96174  </div></li>
96175  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010.html">2010</a>
96176  <div class="subnav-mask">
96177  <div class="subnav-wrapper">
96178  <div class="subnav col10 pad">
96179  <section class="nested">
96180  <div class="col4 main-column">
96181  <nav class="secondary">
96182  <ul>
96183  <li class="mobile-nav-back"><a href="/newsroom/2010.html" aria-label="Back to
    …  2010">2010</a></li>
96184  <li class="primary-nav-item">
96185  <a href="/newsroom/2010.html" aria-label="2010 Home">2010 Home</a></li>
96186  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/12.html">12</a>
96187  <div class="subnav-mask">
96188  <div class="subnav-wrapper">
96189  <div class="subnav col10 pad">
96190  <section class="nested">
96191  <div class="col4 main-column">
96192  <nav class="secondary">
96193  <ul>
96194  <li class="mobile-nav-back"><a href="/newsroom/2010/12.html" aria-label="Back to
    …  12">12</a></li>
96195  <li class="primary-nav-item">
96196  <a href="/newsroom/2010/12.html" aria-label="12 Home">12 Home</a></li>
96197  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/12/red-blood-folate-linked-to-tumor-suppressors.html">High Red
    …  Blood Folate Levels Linked to Silenced Tumor-Suppressors</a></li>
96198  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/12/protein-disables-p53-drives-breast-cells-toward-cancer-
    …  transitio.html">Protein Disables p53, Drives Breast Cells Toward Cancer
```

```
96198…  Transition?a</li>
96199   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/alcohol-and-cancer-holiday-partygoers-should-know-drink-limit
    …   .html">Alcohol and Cancer: Know Your Limit</a></li>
96200   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/poor-breast-cancer-prognosis-associated-with-presence-of-
    …   circula.html">Poor Breast Cancer Prognosis Associated With Presence of Circulating
96201   Tumor, Cancer Stem Cells</a></li>
96202   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/drugs-are-safe-active-in-patients-normally-ineligible-for-
    …   clinic.html">Drugs are Safe, Active in Patients Normally Ineligible for Clinical
    …   Trial</a></li>
96203   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/cancer-prevention-expert-honored-for-innovative-tobacco-
    …   research.html">Cancer Prevention Expert Honored for Innovative Tobacco
    …   Research</a></li>
96204   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/small-molecule-may-disarm-enemy-of-cancer-fighting-p53.html">
    …   Small Molecule May Disarm Enemy of Cancer-Fighting p53</a></li>
96205   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/after-15-years-mendelsohn-to-change-role.html">After 15
    …   Years, Mendelsohn to Change Role</a></li>
96206   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/phase-i-trial-indicates-ponatinib-may-thwart-most-resistant-
    …   cml.html">Phase I Trial Indicates Ponatinib May Thwart Most Resistant CML</a></li>
96207   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/ut-md-anderson-cancer-center-honors-legendary-journalist-bob-
    …   sch.html">UT MD Anderson Cancer Center Honors Legendary Journalist Bob
    …   Schieffer</a></li>
96208   </ul>
96209   </nav>
96210   </div>
96211   </section>
96212   </div>
96213   </div>
96214   </div></li>
96215   <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/11.html">11</a>
96216   <div class="subnav-mask">
96217   <div class="subnav-wrapper">
96218   <div class="subnav col10 pad">
96219   <section class="nested">
96220   <div class="col4 main-column">
96221   <nav class="secondary">
96222   <ul>
96223   <li class="mobile-nav-back"><a href="/newsroom/2010/11.html" aria-label="Back to
    …   11">11</a></li>
96224   <li class="primary-nav-item">
96225   <a href="/newsroom/2010/11.html" aria-label="11 Home">11 Home</a></li>
96226   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/erythropoietin-counteracts-breast-cancer-treatment.html">
    …   Erythropoietin Counteracts Breast Cancer Treatment with Herceptin</a></li>
96227   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/ut-md-anderson-pediatric-cancer-patients-ring-in-the-holidays
    …   -wi.html">UT MD Anderson Pediatric Cancer Patients Ring in the Holidays with
    …   Artwork</a></li>
96228   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/holiday-exercise-no-gym-required.html">Holiday Exercise: No
    …   Gym Required</a></li>
96229   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/texas-center-for-cancer-nanomedicine-targets-two-tough-
    …   cancers.html">Texas Center for Cancer Nanomedicine Targets Two Tough Cancers</a></li>
96230   <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/armed-antibody-triggers-remissions-for-hodgkin-lymphoma.html"
    …   >Armed Antibody Triggers Remissions for Hodgkin Lymphoma</a></li>
96231   </ul>
96232   </nav>
96233   </div>
96234   </section>
```

```
96235  </div>
96236  </div>
96237  </div></li>
96238  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/10.html">10</a>
96239  <div class="subnav-mask">
96240  <div class="subnav-wrapper">
96241  <div class="subnav col10 pad">
96242  <section class="nested">
96243  <div class="col4 main-column">
96244  <nav class="secondary">
96245  <ul>
96246  <li class="mobile-nav-back"><a href="/newsroom/2010/10.html" aria-label="Back to
   …  10">10</a></li>
96247  <li class="primary-nav-item">
96248  <a href="/newsroom/2010/10.html" aria-label="10 Home">10 Home</a></li>
96249  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/researchers-find-better-method-to-help-mothers-cope-with-
   …  child-s.html">Researchers Find Better Method to Help Mothers Cope With Child's Cancer
96250  and Related Stress</a></li>
96251  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates--conversation--with-
   …  vicente-.html">UT MD Anderson Cancer Center Slates 'Conversation' With Vicente
   …  Fox</a></li>
96252  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/ut-md-anderson-scientists-show-tap63-suppresses-cancer-
   …  metastasi.html">UT MD Anderson Scientists Show TAp63 Suppresses Cancer
   …  Metastasis</a></li>
96253  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/demand-for-radiation-therapy-projected-to-outpace-supply-of-
   …  radi.html">Demand for Radiation Therapy Projected to Outpace Supply of Radiation
   …  Oncologists</a></li>
96254  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates-nicklaus-nantz--
   …  conversation.html">UT MD Anderson Cancer Center Slates Nicklaus, Nantz
   …  'Conversation'</a></li>
96255  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/ut-md-anderson-s-louise-a--villejo-recognized-for-excellence-
   …  in-.html">UT MD Anderson's Louise A. Villejo Recognized for Excellence in
   …  Education</a></li>
96256  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/everolimus-improves-progression-free-survival-for-patients-
   …  with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
96257  Pancreatic Cancer</a></li>
96258  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/md-anderson-launches-cancer-risk-check.html">MD Anderson
   …  Launches Cancer Risk Check</a></li>
96259  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/vaccine-extends-glioblastoma-patients--survival-in-phase-ii-
   …  tria.html">Vaccine Extends Glioblastoma Patients' Survival in Phase II Trial</a></li>
96260  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/10/nih-award-goes-to-ut-md-anderson-imaging-innovator-guerrero.
   …  html">NIH Award Goes to UT MD Anderson Imaging Innovator Guerrero</a></li>
96261  </ul>
96262  </nav>
96263  </div>
96264  </section>
96265  </div>
96266  </div>
96267  </div></li>
96268  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/09.html">09</a>
96269  <div class="subnav-mask">
96270  <div class="subnav-wrapper">
96271  <div class="subnav col10 pad">
96272  <section class="nested">
96273  <div class="col4 main-column">
96274  <nav class="secondary">
96275  <ul>
96276  <li class="mobile-nav-back"><a href="/newsroom/2010/09.html" aria-label="Back to
```

```
96276…  09"09 Home</li>
96277  <li class="primary-nav-item">
96278  <a href="/newsroom/2010/09.html" aria-label="09 Home">09 Home</a></li>
96279  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/ut-md-anderson-study-finds-women-treated-for-breast-cancer-
    …  while.html">UT MD Anderson Study Finds Women Treated for Breast Cancer While
96280  Pregnant Have Improved Survival</a></li>
96281  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/md-anderson-study-finds-increases-in-five-10-year-survival-at
    …  -ev.html">MD Anderson Study Finds Increases in Five, 10-year Survival at Every
96282  Stage of Breast Cancer Over Six Decades</a></li>
96283  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/md-anderson-now-offering-accelerated-partial-breast-
    …  irradiation-.html">MD Anderson Now Offering Accelerated Partial Breast Irradiation at
    …  Bay
96284  Area Regional Care Center</a></li>
96285  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/uthealthut-md-anderson-biomedical-sciences-doctoral-programs-
    …  ran.html">UTHealth/UT MD Anderson Biomedical Sciences Doctoral Programs Rank among
96286  Best in the Country</a></li>
96287  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/ut-md-anderson-brings-anti-smoking-message-to-se-texas-at-
    …  risk-y.html">UT MD Anderson Brings Anti-Smoking Message to SE Texas At-risk
    …  Youths</a></li>
96288  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/ut-md-anderson-announces-completion-of-pickens-research-
    …  endowmen.html">UT MD Anderson Announces Completion of Pickens Research
    …  Endowment</a></li>
96289  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/jak-inhibitor-provides-rapid-durable-relief-for-myelofibrosis
    …  -pa.html">JAK Inhibitor Provides Rapid, Durable Relief for Myelofibrosis
    …  Patients</a></li>
96290  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/psa-test---prostate-cancer.html">Tracking Your PSA: Be
    …  Proactive</a></li>
96291  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/09/study-indicates-targeted-strategies-needed-to-find-prevent-
    …  and-t.html">Study Indicates Targeted Strategies Needed to Find, Prevent and Treat
96292  Breast Cancer among Mexican-Origin Women</a></li>
96293  </ul>
96294  </nav>
96295  </div>
96296  </section>
96297  </div>
96298  </div>
96299  </div></li>
96300  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/08.html">08</a>
96301  <div class="subnav-mask">
96302  <div class="subnav-wrapper">
96303  <div class="subnav col10 pad">
96304  <section class="nested">
96305  <div class="col4 main-column">
96306  <nav class="secondary">
96307  <ul>
96308  <li class="mobile-nav-back"><a href="/newsroom/2010/08.html" aria-label="Back to
    …  08">08</a></li>
96309  <li class="primary-nav-item">
96310  <a href="/newsroom/2010/08.html" aria-label="08 Home">08 Home</a></li>
96311  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/08/ross-perot-commits--20-million-to-ut-md-anderson-cancer-
    …  center.html">Ross Perot Commits $20 Million to UT MD Anderson Cancer Center</a></li>
96312  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/08/media-visitation-terms-and-conditions.html">Media Visitation
    …  Terms and Conditions</a></li>
96313  <li class="primary-nav-item"><a
    …  href="/newsroom/2010/08/novel-role-ezh2-boosts-creation-of-ovarian-cancer-blood-
    …  vessels.html">Novel Role: EZH2 Boosts Creation of Ovarian Cancer Blood
    …  Vessels</a></li>
```

```
96314  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/08/researchers-identify-potential-new-target-for-ovarian-cancer.
   …   html">Researchers Identify Potential New Target for Ovarian Cancer</a></li>
96315  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/08/sumo-works-with-replication-protein-a-complex-to-repair-dna.
   …   html">SUMO Works with Replication Protein A Complex to Repair DNA</a></li>
96316  </ul>
96317  </nav>
96318  </div>
96319  </section>
96320  </div>
96321  </div>
96322  </div></li>
96323  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/07.html">07</a>
96324  <div class="subnav-mask">
96325  <div class="subnav-wrapper">
96326  <div class="subnav col10 pad">
96327  <section class="nested">
96328  <div class="col4 main-column">
96329  <nav class="secondary">
96330  <ul>
96331  <li class="mobile-nav-back"><a href="/newsroom/2010/07.html" aria-label="Back to
   …   07">07</a></li>
96332  <li class="primary-nav-item">
96333  <a href="/newsroom/2010/07.html" aria-label="07 Home">07 Home</a></li>
96334  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/07/researchers-identify-key-enzyme-in-dna-repair-pathway.html">
   …   Researchers Identify Key Enzyme in DNA Repair Pathway</a></li>
96335  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/07/surgeon-patient-survivorship-conference.html">She Said, He
   …   Said: Patient-Surgeon Duo Featured at Cancer Survivorship
96336  Conference Sept. 24-25</a></li>
96337  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/07/abnormal-blood-cells-tied-to-cancer.html">UT MD Anderson
   …   Study Ties Abnormal Cells in Blood to Lung Cancer</a></li>
96338  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/07/ut-md-anderson-keeps-number-one-cancer-ranking-in-u-s--news--
   …   wor.html">UT MD Anderson Keeps Number One Cancer Ranking in U.S. News &amp; World
96339  Report Annual Survey</a></li>
96340  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/07/patients-referring-physicians-using-new-tool-to-engage-in-
   …   care.html">Patients, Referring Physicians Using New Tool to Engage in Care</a></li>
96341  </ul>
96342  </nav>
96343  </div>
96344  </section>
96345  </div>
96346  </div>
96347  </div></li>
96348  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/06.html">06</a>
96349  <div class="subnav-mask">
96350  <div class="subnav-wrapper">
96351  <div class="subnav col10 pad">
96352  <section class="nested">
96353  <div class="col4 main-column">
96354  <nav class="secondary">
96355  <ul>
96356  <li class="mobile-nav-back"><a href="/newsroom/2010/06.html" aria-label="Back to
   …   06">06</a></li>
96357  <li class="primary-nav-item">
96358  <a href="/newsroom/2010/06.html" aria-label="06 Home">06 Home</a></li>
96359  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/06/peg-fields-to-receive-md-anderson-s-highest-nurse-oncologist-
   …   hon.html">Peg Fields to Receive MD Anderson's Highest Nurse-Oncologist Honor</a></li>
96360  <li class="primary-nav-item"><a
   …   href="/newsroom/2010/06/research-alliance-aims-to-help-vulnerable-communities-cope-
   …   with-.html">Research Alliance Aims to Help Vulnerable Communities Cope with
   …   Disaster</a></li>
```

```
96361 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/hpv-positive-tumor-status-indicates-better-survival-in-
  …  patients-.html">HPV-Positive Tumor Status Indicates Better Survival in Patients with
96362 Oropharyngeal Cancer</a></li>
96363 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/keep-your-parents-cancer-free.html">Keep Parents
  …  Cancer-Free</a></li>
96364 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/second-line-cml-drug-evokes-faster-response-fewer-side-
  …  effects-p.html">Second-line CML Drug Evokes Faster Response, Fewer Side Effects,
  …  Pivotal
96365 Study Finds</a></li>
96366 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/second-line-cml-drugs-evoke-faster-better-front-line-
  …  remissions.html">Second-line CML Drugs Evoke Faster, Better Front-line
  …  Remissions</a></li>
96367 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/selenium-shows-no-benefit-in-prevention-of-lung-cancer.html">
  …  Selenium Shows No Benefit in Prevention of Lung Cancer</a></li>
96368 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/vandetanib-shows-clinical-benefit-when-combined-with-
  …  docetaxel-f.html">Vandetanib Shows Clinical Benefit When Combined With Docetaxel for
  …  Lung Cancer</a></li>
96369 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/06/bone-disease-program-of-texas-receives-national-recognition.
  …  html">Bone Disease Program of Texas Receives National Recognition</a></li>
96370 </ul>
96371 </nav>
96372 </div>
96373 </section>
96374 </div>
96375 </div>
96376 </div></li>
96377 <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/05.html">05</a>
96378 <div class="subnav-mask">
96379 <div class="subnav-wrapper">
96380 <div class="subnav col10 pad">
96381 <section class="nested">
96382 <div class="col4 main-column">
96383 <nav class="secondary">
96384 <ul>
96385 <li class="mobile-nav-back"><a href="/newsroom/2010/05.html" aria-label="Back to
  …  05">05</a></li>
96386 <li class="primary-nav-item">
96387 <a href="/newsroom/2010/05.html" aria-label="05 Home">05 Home</a></li>
96388 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/shark-cartilage-shows-no-benefit-as-a-therapeutic-agent-for-
  …  lung.html">Shark Cartilage Shows No Benefit as a Therapeutic Agent for Lung
  …  Cancer</a></li>
96389 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/ca-125-change-over-time-shows-promise-as-screening-tool-for-
  …  earl.html">CA-125 Change Over Time Shows Promise as Screening Tool for Early
96390 Detection of Ovarian Cancer</a></li>
96391 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/research-shows-surgical-procedure-offers-new-option-for-
  …  pediatri.html">Research Shows Surgical Procedure Offers New Option for Pediatric
96392 Patients with Rare Cancer in Abdomen</a></li>
96393 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/cancer-genetics-pioneer-wins-margaret-kripke-legend-
  …  awardcancer-.html">Cancer Genetics Pioneer Wins Margaret Kripke Legend Award</a></li>
96394 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/05-07-10---adult-stem-cells-help-injured-hearts.html">
  …  Transplanted Adult Stem Cells Provide Lasting Help to Injured Hearts</a></li>
96395 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/stylish-shade-on-summer-days.html">Stylish Shade on Summer
  …  Days</a></li>
96396 <li class="primary-nav-item"><a
  …  href="/newsroom/2010/05/new-logo---aspires-for-world-without-cancer.html">New MD
```

```
96396… Anderson Logo Challenges Employees, Public to Aspire to a World
96397 Without Cancer</a></li>
96398 <li class="primary-nav-item"><a
  … href="/newsroom/2010/05/melanoma-not-caused-by-early-uva.html">Researchers Find
  … Melanoma Not Caused by Early UVA Light Exposure</a></li>
96399 </ul>
96400 </nav>
96401 </div>
96402 </section>
96403 </div>
96404 </div>
96405 </div></li>
96406 </ul>
96407 </nav>
96408 </div>
96409 </section>
96410 </div>
96411 </div>
96412 </div></li>
96413 </ul>
96414 </li>
96415 <li class="topnav-list-item"><a href="/patient-education.html"
  … data-primary-nav="nav_patient-education">Patient Education</a>
96416 </li>
96417 <li class="topnav-list-item"><a href="/research.html"
  … data-primary-nav="nav_research">Research</a>
96418 <ul class="primary-nav-list" id="nav-index">
96419 <li class="primary-nav-item"><a href="/research.html">Research Home</a></li>
96420 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes.html">Departments, Labs and
  … Institutes</a>
96421 <div class="subnav-mask">
96422 <div class="subnav-wrapper">
96423 <div class="subnav col10 pad">
96424 <section class="nested">
96425 <div class="col4 main-column">
96426 <nav class="secondary">
96427 <ul>
96428 <li class="mobile-nav-back"><a href="/research/departments-labs-institutes.html"
  … aria-label="Back to Departments, Labs and Institutes">Departments, Labs and
  … Institutes</a></li>
96429 <li class="primary-nav-item">
96430 <a href="/research/departments-labs-institutes.html" aria-label="Departments, Labs
  … and Institutes Home">Departments, Labs and Institutes Home</a></li>
96431 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions.html">Departments
  … and Divisions</a>
96432 <div class="subnav-mask">
96433 <div class="subnav-wrapper">
96434 <div class="subnav col10 pad">
96435 <section class="nested">
96436 <div class="col4 main-column">
96437 <nav class="secondary">
96438 <ul>
96439 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/departments-divisions.html"
  … aria-label="Back to Departments and Divisions">Departments and Divisions</a></li>
96440 <li class="primary-nav-item">
96441 <a href="/research/departments-labs-institutes/departments-divisions.html"
  … aria-label="Departments and Divisions Home">Departments and Divisions Home</a></li>
96442 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
  … perioperative-medicine.html">Anesthesiology &amp; Perioperative Medicine</a>
96443 <div class="subnav-mask">
96444 <div class="subnav-wrapper">
96445 <div class="subnav col10 pad">
96446 <section class="nested">
96447 <div class="col4 main-column">
```

```
96448  <nav class="secondary">
96449  <ul>
96450  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
    …  perioperative-medicine.html" aria-label="Back to Anesthesiology &amp; Perioperative
    …  Medicine ">Anesthesiology &amp; Perioperative Medicine</a></li>
96451  <li class="primary-nav-item">
96452  <a
    …  href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
    …  perioperative-medicine.html" aria-label="Anesthesiology &amp; Perioperative Medicine
    …  Home">Anesthesiology &amp; Perioperative Medicine Home</a></li>
96453  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/anesthesiology-and-
    …  perioperative-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
96454  </ul>
96455  </nav>
96456  </div>
96457  </section>
96458  </div>
96459  </div>
96460  </div></li>
96461  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
    …  html">Behavioral Science</a>
96462  <div class="subnav-mask">
96463  <div class="subnav-wrapper">
96464  <div class="subnav col10 pad">
96465  <section class="nested">
96466  <div class="col4 main-column">
96467  <nav class="secondary">
96468  <ul>
96469  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
    …  html" aria-label="Back to Behavioral Science ">Behavioral Science</a></li>
96470  <li class="primary-nav-item">
96471  <a
    …  href="/research/departments-labs-institutes/departments-divisions/behavioral-science.
    …  html" aria-label="Behavioral Science  Home">Behavioral Science Home</a></li>
96472  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/behavioral-science/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
96473  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/behavioral-science/
    …  research.html">Research</a></li>
96474  </ul>
96475  </nav>
96476  </div>
96477  </section>
96478  </div>
96479  </div>
96480  </div></li>
96481  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
    …  computational-biology.html">Bioinformatics and Computational Biology</a>
96482  <div class="subnav-mask">
96483  <div class="subnav-wrapper">
96484  <div class="subnav col10 pad">
96485  <section class="nested">
96486  <div class="col4 main-column">
96487  <nav class="secondary">
96488  <ul>
96489  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
    …  computational-biology.html" aria-label="Back to Bioinformatics and Computational
    …  Biology">Bioinformatics and Computational Biology</a></li>
96490  <li class="primary-nav-item">
96491  <a
    …  href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
```

```
96491  computational-biology.html" aria-label="Bioinformatics and Computational Biology
   …   Home">Bioinformatics and Computational Biology Home</a></li>
96492  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology/faculty-staff.html">Faculty &amp; Staff</a></li>
96493  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology/research.html">Research</a></li>
96494  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/bioinformatics-and-
   …   computational-biology/conferences-events.html">Conferences &amp; Events</a></li>
96495  </ul>
96496  </nav>
96497  </div>
96498  </section>
96499  </div>
96500  </div>
96501  </div></li>
96502  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
   …   >Biostatistics</a>
96503  <div class="subnav-mask">
96504  <div class="subnav-wrapper">
96505  <div class="subnav col10 pad">
96506  <section class="nested">
96507  <div class="col4 main-column">
96508  <nav class="secondary">
96509  <ul>
96510  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
   …   aria-label="Back to Biostatistics">Biostatistics</a></li>
96511  <li class="primary-nav-item">
96512  <a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics.html"
   …   aria-label="Biostatistics Home">Biostatistics Home</a></li>
96513  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
96514  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
   …   research.html">Research</a></li>
96515  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/
   …   conferences-events.html">Conferences &amp; Events</a></li>
96516  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/biostatistics/news.
   …   html">News</a></li>
96517  </ul>
96518  </nav>
96519  </div>
96520  </section>
96521  </div>
96522  </div>
96523  </div></li>
96524  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
   …   oncology.html">Breast Medical Oncology</a>
96525  <div class="subnav-mask">
96526  <div class="subnav-wrapper">
96527  <div class="subnav col10 pad">
96528  <section class="nested">
96529  <div class="col4 main-column">
96530  <nav class="secondary">
96531  <ul>
96532  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/breast-medical-
   …   oncology.html" aria-label="Back to Breast Medical Oncology">Breast Medical
   …   Oncology</a></li>
```

```
96533 <li class="primary-nav-item">
96534 <a
    … href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    … oncology.html" aria-label="Breast Medical Oncology Home">Breast Medical Oncology
    … Home</a></li>
96535 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    … oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
96536 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/breast-medical-
    … oncology/research.html">Research</a></li>
96537 </ul>
96538 </nav>
96539 </div>
96540 </section>
96541 </div>
96542 </div>
96543 </div></li>
96544 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
    … ">Cancer Biology</a>
96545 <div class="subnav-mask">
96546 <div class="subnav-wrapper">
96547 <div class="subnav col10 pad">
96548 <section class="nested">
96549 <div class="col4 main-column">
96550 <nav class="secondary">
96551 <ul>
96552 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
    … " aria-label="Back to Cancer Biology">Cancer Biology</a></li>
96553 <li class="primary-nav-item">
96554 <a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-biology.html
    … " aria-label="Cancer Biology Home">Cancer Biology Home</a></li>
96555 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-biology/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
96556 </ul>
96557 </nav>
96558 </div>
96559 </section>
96560 </div>
96561 </div>
96562 </div></li>
96563 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
    … imaging.html">Cancer Systems Imaging</a>
96564 <div class="subnav-mask">
96565 <div class="subnav-wrapper">
96566 <div class="subnav col10 pad">
96567 <section class="nested">
96568 <div class="col4 main-column">
96569 <nav class="secondary">
96570 <ul>
96571 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
    … imaging.html" aria-label="Back to Cancer Systems Imaging">Cancer Systems
    … Imaging</a></li>
96572 <li class="primary-nav-item">
96573 <a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
    … imaging.html" aria-label="Cancer Systems Imaging Home">Cancer Systems Imaging
    … Home</a></li>
96574 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
    … imaging/faculty-staff.html">Faculty &amp; Staff</a></li>
96575 <li class="primary-nav-item"><a
```

```
96575…  href="/research/departments-labs-institutes/departments-divisions/cancer-systems-
    …  imaging/research.html">Research</a></li>
96576  </ul>
96577  </nav>
96578  </div>
96579  </section>
96580  </div>
96581  </div>
96582  </div></li>
96583  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology.html">
    …  Cardiology</a>
96584  <div class="subnav-mask">
96585  <div class="subnav-wrapper">
96586  <div class="subnav col10 pad">
96587  <section class="nested">
96588  <div class="col4 main-column">
96589  <nav class="secondary">
96590  <ul>
96591  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology.html"
    …  aria-label="Back to Cardiology">Cardiology</a></li>
96592  <li class="primary-nav-item">
96593  <a href="/research/departments-labs-institutes/departments-divisions/cardiology.html"
    …  aria-label="Cardiology Home">Cardiology Home</a></li>
96594  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/faculty-
    …  staff.html">Faculty &amp; Staff</a></li>
96595  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/research
    …  .html">Research</a></li>
96596  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/cardiology/
    …  conferences-events.html">Conferences &amp; Events</a></li>
96597  </ul>
96598  </nav>
96599  </div>
96600  </section>
96601  </div>
96602  </div>
96603  </div></li>
96604  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html">Clinical Education</a>
96605  <div class="subnav-mask">
96606  <div class="subnav-wrapper">
96607  <div class="subnav col10 pad">
96608  <section class="nested">
96609  <div class="col4 main-column">
96610  <nav class="secondary">
96611  <ul>
96612  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html" aria-label="Back to Clinical Education">Clinical Education</a></li>
96613  <li class="primary-nav-item">
96614  <a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education.
    …  html" aria-label="Clinical Education Home">Clinical Education Home</a></li>
96615  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/clinical-education/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
96616  </ul>
96617  </nav>
96618  </div>
96619  </section>
96620  </div>
96621  </div>
96622  </div></li>
```

```
96623  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
  …    prevention.html">Clinical Cancer Prevention</a>
96624  <div class="subnav-mask">
96625  <div class="subnav-wrapper">
96626  <div class="subnav col10 pad">
96627  <section class="nested">
96628  <div class="col4 main-column">
96629  <nav class="secondary">
96630  <ul>
96631  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
  …    prevention.html" aria-label="Back to Clinical Cancer Prevention ">Clinical Cancer
  …    Prevention</a></li>
96632  <li class="primary-nav-item">
96633  <a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
  …    prevention.html" aria-label="Clinical Cancer Prevention  Home">Clinical Cancer
  …    Prevention Home</a></li>
96634  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
  …    prevention/faculty-staff.html">Faculty &amp; Staff</a></li>
96635  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-cancer-
  …    prevention/clinical-trials.html">Clinical Trials</a></li>
96636  </ul>
96637  </nav>
96638  </div>
96639  </section>
96640  </div>
96641  </div>
96642  </div></li>
96643  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
  …    html">Clinical Nutrition</a>
96644  <div class="subnav-mask">
96645  <div class="subnav-wrapper">
96646  <div class="subnav col10 pad">
96647  <section class="nested">
96648  <div class="col4 main-column">
96649  <nav class="secondary">
96650  <ul>
96651  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
  …    html" aria-label="Back to Clinical Nutrition ">Clinical Nutrition</a></li>
96652  <li class="primary-nav-item">
96653  <a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition.
  …    html" aria-label="Clinical Nutrition  Home">Clinical Nutrition Home</a></li>
96654  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/clinical-nutrition/
  …    faculty-staff.html">Faculty &amp; Staff</a></li>
96655  </ul>
96656  </nav>
96657  </div>
96658  </section>
96659  </div>
96660  </div>
96661  </div></li>
96662  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
  …    >Critical Care</a>
96663  <div class="subnav-mask">
96664  <div class="subnav-wrapper">
96665  <div class="subnav col10 pad">
96666  <section class="nested">
96667  <div class="col4 main-column">
96668  <nav class="secondary">
```

```
96669  <ul
96670  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
    …  aria-label="Back to Critical Care">Critical Care</a></li>
96671  <li class="primary-nav-item">
96672  <a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care.html"
    …  aria-label="Critical Care Home">Critical Care Home</a></li>
96673  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
96674  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/critical-care/
    …  research.html">Research</a></li>
96675  </ul>
96676  </nav>
96677  </div>
96678  </section>
96679  </div>
96680  </div>
96681  </div></li>
96682  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/dermatology.html">
    …  Dermatology</a>
96683  <div class="subnav-mask">
96684  <div class="subnav-wrapper">
96685  <div class="subnav col10 pad">
96686  <section class="nested">
96687  <div class="col4 main-column">
96688  <nav class="secondary">
96689  <ul>
96690  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/dermatology.html"
    …  aria-label="Back to Dermatology">Dermatology</a></li>
96691  <li class="primary-nav-item">
96692  <a
    …  href="/research/departments-labs-institutes/departments-divisions/dermatology.html"
    …  aria-label="Dermatology Home">Dermatology Home</a></li>
96693  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/dermatology/faculty
    …  -staff.html">Faculty &amp; Staff</a></li>
96694  </ul>
96695  </nav>
96696  </div>
96697  </section>
96698  </div>
96699  </div>
96700  </div></li>
96701  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-
    …  radiology.html">Diagnostic Radiology</a>
96702  <div class="subnav-mask">
96703  <div class="subnav-wrapper">
96704  <div class="subnav col10 pad">
96705  <section class="nested">
96706  <div class="col4 main-column">
96707  <nav class="secondary">
96708  <ul>
96709  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-
    …  radiology.html" aria-label="Back to Diagnostic Radiology">Diagnostic
    …  Radiology</a></li>
96710  <li class="primary-nav-item">
96711  <a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-
    …  radiology.html" aria-label="Diagnostic Radiology Home">Diagnostic Radiology
    …  Home</a></li>
96712  <li class="primary-nav-item"><a
```

```
96712… href="/research/departments-labs-institutes/departments-divisions/diagnostic-
…     radiology/faculty-staff.html">Faculty &amp; Staff</a></li>
96713 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/diagnostic-
…     radiology/sections.html">Sections</a></li>
96714 </ul>
96715 </nav>
96716 </div>
96717 </section>
96718 </div>
96719 </div>
96720 </div></li>
96721 <li class="primary-nav-item has-subnav"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     anesthesiology-and-critical-care.html">Division of Anesthesiology &amp; Critical
…     Care</a>
96722 <div class="subnav-mask">
96723 <div class="subnav-wrapper">
96724 <div class="subnav col10 pad">
96725 <section class="nested">
96726 <div class="col4 main-column">
96727 <nav class="secondary">
96728 <ul>
96729 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     anesthesiology-and-critical-care.html" aria-label="Back to Division of Anesthesiology
…     &amp; Critical Care">Division of Anesthesiology &amp; Critical Care</a></li>
96730 <li class="primary-nav-item">
96731 <a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     anesthesiology-and-critical-care.html" aria-label="Division of Anesthesiology &amp;
…     Critical Care Home">Division of Anesthesiology &amp; Critical Care Home</a></li>
96732 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-
…     anesthesiology-and-critical-care/faculty-staff.html">Faculty &amp; Staff</a></li>
96733 </ul>
96734 </nav>
96735 </div>
96736 </section>
96737 </div>
96738 </div>
96739 </div></li>
96740 <li class="primary-nav-item has-subnav"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
…     medicine.html">Division of Cancer Medicine</a>
96741 <div class="subnav-mask">
96742 <div class="subnav-wrapper">
96743 <div class="subnav col10 pad">
96744 <section class="nested">
96745 <div class="col4 main-column">
96746 <nav class="secondary">
96747 <ul>
96748 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
…     medicine.html" aria-label="Back to Division of Cancer Medicine">Division of Cancer
…     Medicine</a></li>
96749 <li class="primary-nav-item">
96750 <a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
…     medicine.html" aria-label="Division of Cancer Medicine Home">Division of Cancer
…     Medicine Home</a></li>
96751 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
…     medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
96752 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
…     medicine/news.html">News</a></li>
96753 </ul>
```

```
96754  </nav>
96755  </div>
96756  </section>
96757  </div>
96758  </div>
96759  </div></li>
96760  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences.html">Division of Cancer Prevention &amp;
    …  Population Sciences</a>
96761  <div class="subnav-mask">
96762  <div class="subnav-wrapper">
96763  <div class="subnav col10 pad">
96764  <section class="nested">
96765  <div class="col4 main-column">
96766  <nav class="secondary">
96767  <ul>
96768  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences.html" aria-label="Back to Division of Cancer
    …  Prevention &amp; Population Sciences">Division of Cancer Prevention &amp; Population
    …  Sciences</a></li>
96769  <li class="primary-nav-item">
96770  <a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences.html" aria-label="Division of Cancer Prevention
    …  &amp; Population Sciences Home">Division of Cancer Prevention &amp; Population
    …  Sciences Home</a></li>
96771  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences/faculty-and-staff.html">Leadership</a></li>
96772  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences/conferences-and-events.html">Grand Rounds
    …  Presentations</a></li>
96773  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/division-of-cancer-
    …  prevention-and-population-sciences/cancer-prevention-control-platform.html">Cancer
    …  Prevention and Control Platform</a></li>
96774  </ul>
96775  </nav>
96776  </div>
96777  </section>
96778  </div>
96779  </div>
96780  </div></li>
96781  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
    …  html">Division of Diagnostic Imaging</a>
96782  <div class="subnav-mask">
96783  <div class="subnav-wrapper">
96784  <div class="subnav col10 pad">
96785  <section class="nested">
96786  <div class="col4 main-column">
96787  <nav class="secondary">
96788  <ul>
96789  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
    …  html" aria-label="Back to Division of Diagnostic Imaging">Division of Diagnostic
    …  Imaging</a></li>
96790  <li class="primary-nav-item">
96791  <a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging.
    …  html" aria-label="Division of Diagnostic Imaging Home">Division of Diagnostic Imaging
    …  Home</a></li>
96792  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/diagnostic-imaging/
    …  research.html">Research</a></li>
```

```
96793  </ul>
96794  </nav>
96795  </div>
96796  </section>
96797  </div>
96798  </div>
96799  </div></li>
96800  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine.html">Division of Internal Medicine</a>
96801  <div class="subnav-mask">
96802  <div class="subnav-wrapper">
96803  <div class="subnav col10 pad">
96804  <section class="nested">
96805  <div class="col4 main-column">
96806  <nav class="secondary">
96807  <ul>
96808  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine.html" aria-label="Back to Division of Internal Medicine ">Division
   …   of Internal Medicine</a></li>
96809  <li class="primary-nav-item">
96810  <a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine.html" aria-label="Division of Internal Medicine  Home">Division of
   …   Internal Medicine Home</a>
96811  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
96812  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine/research.html">Research</a></li>
96813  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/division-of-
   …   internal-medicine/news.html">News</a></li>
96814  </ul>
96815  </nav>
96816  </div>
96817  </section>
96818  </div>
96819  </div>
96820  </div></li>
96821  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology-and-
   …   laboratory-medicine.html">Division of Pathology &amp; Laboratory Medicine</a>
96822  <div class="subnav-mask">
96823  <div class="subnav-wrapper">
96824  <div class="subnav col10 pad">
96825  <section class="nested">
96826  <div class="col4 main-column">
96827  <nav class="secondary">
96828  <ul>
96829  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology-and-
   …   laboratory-medicine.html" aria-label="Back to Division of Pathology &amp; Laboratory
   …   Medicine">Division of Pathology &amp; Laboratory Medicine</a></li>
96830  <li class="primary-nav-item">
96831  <a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology-and-
   …   laboratory-medicine.html" aria-label="Division of Pathology &amp; Laboratory Medicine
   …   Home">Division of Pathology &amp; Laboratory Medicine Home</a></li>
96832  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology-and-
   …   laboratory-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
96833  </ul>
96834  </nav>
96835  </div>
96836  </section>
```

```
96837 </div>
96838 </div>
96839 </div></li>
96840 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … pharmacy.html">Division of Pharmacy</a>
96841 <div class="subnav-mask">
96842 <div class="subnav-wrapper">
96843 <div class="subnav col10 pad">
96844 <section class="nested">
96845 <div class="col4 main-column">
96846 <nav class="secondary">
96847 <ul>
96848 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … pharmacy.html" aria-label="Back to Division of Pharmacy">Division of
   … Pharmacy</a></li>
96849 <li class="primary-nav-item">
96850 <a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … pharmacy.html" aria-label="Division of Pharmacy Home">Division of Pharmacy
   … Home</a></li>
96851 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … pharmacy/faculty-staff.html">Faculty &amp; Staff</a></li>
96852 </ul>
96853 </nav>
96854 </div>
96855 </section>
96856 </div>
96857 </div>
96858 </div></li>
96859 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … radiation-oncology.html">Division of Radiation Oncology</a>
96860 <div class="subnav-mask">
96861 <div class="subnav-wrapper">
96862 <div class="subnav col10 pad">
96863 <section class="nested">
96864 <div class="col4 main-column">
96865 <nav class="secondary">
96866 <ul>
96867 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … radiation-oncology.html" aria-label="Back to Division of Radiation Oncology">Division
   … of Radiation Oncology</a></li>
96868 <li class="primary-nav-item">
96869 <a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … radiation-oncology.html" aria-label="Division of Radiation Oncology Home">Division of
   … Radiation Oncology Home</a></li>
96870 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/division-of-
   … radiation-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
96871 </ul>
96872 </nav>
96873 </div>
96874 </section>
96875 </div>
96876 </div>
96877 </div></li>
96878 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
   … html">Emergency Medicine</a>
96879 <div class="subnav-mask">
96880 <div class="subnav-wrapper">
96881 <div class="subnav col10 pad">
96882 <section class="nested">
```

```
96883 <div class="col4 main-column">
96884 <nav class="secondary">
96885 <ul>
96886 <li class="mobile-nav-back"><a
    ... href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
    ... html" aria-label="Back to Emergency Medicine">Emergency Medicine</a></li>
96887 <li class="primary-nav-item">
96888 <a
    ... href="/research/departments-labs-institutes/departments-divisions/emergency-medicine.
    ... html" aria-label="Emergency Medicine Home">Emergency Medicine Home</a></li>
96889 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/departments-divisions/emergency-medicine/
    ... faculty-staff.html">Faculty &amp; Staff</a></li>
96890 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/departments-divisions/emergency-medicine/
    ... sections.html">Sections</a></li>
96891 </ul>
96892 </nav>
96893 </div>
96894 </section>
96895 </div>
96896 </div>
96897 </div></li>
96898 <li class="primary-nav-item has-subnav"><a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders.html">Endocrine Neoplasia &amp; Hormonal Disorders</a>
96899 <div class="subnav-mask">
96900 <div class="subnav-wrapper">
96901 <div class="subnav col10 pad">
96902 <section class="nested">
96903 <div class="col4 main-column">
96904 <nav class="secondary">
96905 <ul>
96906 <li class="mobile-nav-back"><a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders.html" aria-label="Back to Endocrine Neoplasia &amp; Hormonal
    ... Disorders">Endocrine Neoplasia &amp; Hormonal Disorders</a></li>
96907 <li class="primary-nav-item">
96908 <a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders.html" aria-label="Endocrine Neoplasia &amp; Hormonal
    ... Disorders Home">Endocrine Neoplasia &amp; Hormonal Disorders Home</a></li>
96909 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders/faculty-staff.html">Faculty &amp; Staff</a></li>
96910 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders/clinical-trials.html">Clinical Trials</a></li>
96911 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/departments-divisions/endocrine-neoplasia
    ... -and-hormonal-disorders/news.html">News</a></li>
96912 </ul>
96913 </nav>
96914 </div>
96915 </section>
96916 </div>
96917 </div>
96918 </div></li>
96919 <li class="primary-nav-item has-subnav"><a
    ... href="/research/departments-labs-institutes/departments-divisions/epidemiology.html">
    ... Epidemiology</a>
96920 <div class="subnav-mask">
96921 <div class="subnav-wrapper">
96922 <div class="subnav col10 pad">
96923 <section class="nested">
96924 <div class="col4 main-column">
96925 <nav class="secondary">
96926 <ul>
```

```
96927 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology.html"
   …  aria-label="Back to Epidemiology ">Epidemiology</a></li>
96928 <li class="primary-nav-item">
96929 <a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology.html"
   …  aria-label="Epidemiology  Home">Epidemiology Home</a></li>
96930 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  faculty-staff.html">Faculty &amp; Staff</a></li>
96931 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  conferences-events.html">Conferences &amp; Events</a></li>
96932 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  research.html">Research</a>
96933 <div class="subnav-mask">
96934 <div class="subnav-wrapper">
96935 <div class="subnav col10 pad">
96936 <section class="nested">
96937 <div class="col4 main-column">
96938 <nav class="secondary">
96939 <ul>
96940 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  research.html" aria-label="Back to Research">Research</a></li>
96941 <li class="primary-nav-item">
96942 <a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  research.html" aria-label="Research Home">Research Home</a></li>
96943 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epidemiology/
   …  research/mano-a-mano.html">Mano a Mano</a></li>
96944 </ul>
96945 </nav>
96946 </div>
96947 </section>
96948 </div>
96949 </div>
96950 </div></li>
96951 </ul>
96952 </nav>
96953 </div>
96954 </section>
96955 </div>
96956 </div>
96957 </div></li>
96958 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epigenetics-and-
   …  molecular-carcinogenesis.html">Epigenetics and Molecular Carcinogenesis</a>
96959 <div class="subnav-mask">
96960 <div class="subnav-wrapper">
96961 <div class="subnav col10 pad">
96962 <section class="nested">
96963 <div class="col4 main-column">
96964 <nav class="secondary">
96965 <ul>
96966 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epigenetics-and-
   …  molecular-carcinogenesis.html" aria-label="Back to Epigenetics and Molecular
   …  Carcinogenesis">Epigenetics and Molecular Carcinogenesis</a></li>
96967 <li class="primary-nav-item">
96968 <a
   …  href="/research/departments-labs-institutes/departments-divisions/epigenetics-and-
   …  molecular-carcinogenesis.html" aria-label="Epigenetics and Molecular Carcinogenesis
   …  Home">Epigenetics and Molecular Carcinogenesis Home</a></li>
96969 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/epigenetics-and-
```

```
96969… molecular-carcinogenesis/faculty.html">Faculty</a></li>
96970 </ul>
96971 </nav>
96972 </div>
96973 </section>
96974 </div>
96975 </div>
96976 </div></li>
96977 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … radiation-oncology.html">Experimental Radiation Oncology</a>
96978 <div class="subnav-mask">
96979 <div class="subnav-wrapper">
96980 <div class="subnav col10 pad">
96981 <section class="nested">
96982 <div class="col4 main-column">
96983 <nav class="secondary">
96984 <ul>
96985 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … radiation-oncology.html" aria-label="Back to Experimental Radiation Oncology
   … ">Experimental Radiation Oncology</a></li>
96986 <li class="primary-nav-item">
96987 <a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … radiation-oncology.html" aria-label="Experimental Radiation Oncology
   … Home">Experimental Radiation Oncology Home</a></li>
96988 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … radiation-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
96989 </ul>
96990 </nav>
96991 </div>
96992 </section>
96993 </div>
96994 </div>
96995 </div></li>
96996 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … therapeutics.html">Experimental Therapeutics</a>
96997 <div class="subnav-mask">
96998 <div class="subnav-wrapper">
96999 <div class="subnav col10 pad">
97000 <section class="nested">
97001 <div class="col4 main-column">
97002 <nav class="secondary">
97003 <ul>
97004 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … therapeutics.html" aria-label="Back to Experimental Therapeutics">Experimental
   … Therapeutics</a></li>
97005 <li class="primary-nav-item">
97006 <a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … therapeutics.html" aria-label="Experimental Therapeutics Home">Experimental
   … Therapeutics Home</a></li>
97007 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/departments-divisions/experimental-
   … therapeutics/faculty-staff.html">Faculty &amp; Staff</a></li>
97008 </ul>
97009 </nav>
97010 </div>
97011 </section>
97012 </div>
97013 </div>
97014 </div></li>
97015 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
```

```
97015... hepatology-and-nutrition.html">Gastroenterology, Hepatology &amp; Nutrition</a>
97016 <div class="subnav-mask">
97017 <div class="subnav-wrapper">
97018 <div class="subnav col10 pad">
97019 <section class="nested">
97020 <div class="col4 main-column">
97021 <nav class="secondary">
97022 <ul>
97023 <li class="mobile-nav-back"><a
  ... href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
  ... hepatology-and-nutrition.html" aria-label="Back to Gastroenterology, Hepatology &amp;
  ... Nutrition ">Gastroenterology, Hepatology &amp; Nutrition</a></li>
97024 <li class="primary-nav-item">
97025 <a
  ... href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
  ... hepatology-and-nutrition.html" aria-label="Gastroenterology, Hepatology &amp;
  ... Nutrition  Home">Gastroenterology, Hepatology &amp; Nutrition Home</a></li>
97026 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/departments-divisions/gastroenterology-
  ... hepatology-and-nutrition/faculty-staff.html">Faculty &amp; Staff</a></li>
97027 </ul>
97028 </nav>
97029 </div>
97030 </section>
97031 </div>
97032 </div>
97033 </div></li>
97034 <li class="primary-nav-item has-subnav"><a
  ... href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
  ... medical-oncology.html">Gastrointestinal Medical Oncology</a>
97035 <div class="subnav-mask">
97036 <div class="subnav-wrapper">
97037 <div class="subnav col10 pad">
97038 <section class="nested">
97039 <div class="col4 main-column">
97040 <nav class="secondary">
97041 <ul>
97042 <li class="mobile-nav-back"><a
  ... href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
  ... medical-oncology.html" aria-label="Back to Gastrointestinal Medical
  ... Oncology">Gastrointestinal Medical Oncology</a></li>
97043 <li class="primary-nav-item">
97044 <a
  ... href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
  ... medical-oncology.html" aria-label="Gastrointestinal Medical Oncology
  ... Home">Gastrointestinal Medical Oncology Home</a></li>
97045 <li class="primary-nav-item"><a
  ... href="/research/departments-labs-institutes/departments-divisions/gastrointestinal-
  ... medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97046 </ul>
97047 </nav>
97048 </div>
97049 </section>
97050 </div>
97051 </div>
97052 </div></li>
97053 <li class="primary-nav-item has-subnav"><a
  ... href="/research/departments-labs-institutes/departments-divisions/general-internal-
  ... medicine.html">General Internal Medicine</a>
97054 <div class="subnav-mask">
97055 <div class="subnav-wrapper">
97056 <div class="subnav col10 pad">
97057 <section class="nested">
97058 <div class="col4 main-column">
97059 <nav class="secondary">
97060 <ul>
97061 <li class="mobile-nav-back"><a
  ... href="/research/departments-labs-institutes/departments-divisions/general-internal-
```

```
97061… medicine.html" aria-label="Back to General Internal Medicine">General Internal
    …  Medicine</a></li>
97062 <li class="primary-nav-item">
97063 <a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine.html" aria-label="General Internal Medicine Home">General Internal Medicine
    … Home</a></li>
97064 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
97065 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-internal-
    … medicine/research.html">Research</a></li>
97066 </ul>
97067 </nav>
97068 </div>
97069 </section>
97070 </div>
97071 </div>
97072 </div></li>
97073 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
    … html">General Oncology</a>
97074 <div class="subnav-mask">
97075 <div class="subnav-wrapper">
97076 <div class="subnav col10 pad">
97077 <section class="nested">
97078 <div class="col4 main-column">
97079 <nav class="secondary">
97080 <ul>
97081 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
    … html" aria-label="Back to General Oncology">General Oncology</a></li>
97082 <li class="primary-nav-item">
97083 <a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology.
    … html" aria-label="General Oncology Home">General Oncology Home</a></li>
97084 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
97085 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/general-oncology/
    … lbj-oncology-service.html">MD Anderson Oncology Program at Lyndon B. Johnson
    … Hospital</a></li>
97086 </ul>
97087 </nav>
97088 </div>
97089 </section>
97090 </div>
97091 </div>
97092 </div></li>
97093 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/genetics.html">
    … Genetics</a>
97094 <div class="subnav-mask">
97095 <div class="subnav-wrapper">
97096 <div class="subnav col10 pad">
97097 <section class="nested">
97098 <div class="col4 main-column">
97099 <nav class="secondary">
97100 <ul>
97101 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/genetics.html"
    … aria-label="Back to Genetics">Genetics</a></li>
97102 <li class="primary-nav-item">
97103 <a href="/research/departments-labs-institutes/departments-divisions/genetics.html"
    … aria-label="Genetics Home">Genetics Home</a></li>
97104 <li class="primary-nav-item"><a
```

```
97104…  href="/research/departments-labs-institutes/departments-divisions/genetics/faculty-
…      staff.html">Faculty &amp; Staff</a></li>
97105  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/genetics/research.
…      html">Research</a></li>
97106  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/genetics/
…      conferences-events.html">Conferences &amp; Events</a></li>
97107  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/genetics/news.html"
…      >News</a></li>
97108  </ul>
97109  </nav>
97110  </div>
97111  </section>
97112  </div>
97113  </div>
97114  </div></li>
97115  <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
…      html">Genomic Medicine</a>
97116  <div class="subnav-mask">
97117  <div class="subnav-wrapper">
97118  <div class="subnav col10 pad">
97119  <section class="nested">
97120  <div class="col4 main-column">
97121  <nav class="secondary">
97122  <ul>
97123  <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
…      html" aria-label="Back to Genomic Medicine">Genomic Medicine</a></li>
97124  <li class="primary-nav-item">
97125  <a
…      href="/research/departments-labs-institutes/departments-divisions/genomic-medicine.
…      html" aria-label="Genomic Medicine Home">Genomic Medicine Home</a></li>
97126  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/genomic-medicine/
…      faculty-staff.html">Faculty &amp; Staff</a></li>
97127  </ul>
97128  </nav>
97129  </div>
97130  </section>
97131  </div>
97132  </div>
97133  </div></li>
97134  <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…      medical-oncology.html">Genitourinary Medical Oncology</a>
97135  <div class="subnav-mask">
97136  <div class="subnav-wrapper">
97137  <div class="subnav col10 pad">
97138  <section class="nested">
97139  <div class="col4 main-column">
97140  <nav class="secondary">
97141  <ul>
97142  <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…      medical-oncology.html" aria-label="Back to Genitourinary Medical
…      Oncology">Genitourinary Medical Oncology</a></li>
97143  <li class="primary-nav-item">
97144  <a
…      href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…      medical-oncology.html" aria-label="Genitourinary Medical Oncology Home">Genitourinary
…      Medical Oncology Home</a></li>
97145  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…      medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97146  <li class="primary-nav-item"><a
```

```
97146… href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…    medical-oncology/research.html">Research</a></li>
97147 <li class="primary-nav-item"><a
…    href="/research/departments-labs-institutes/departments-divisions/genitourinary-
…    medical-oncology/clinical-trials.html">Clinical Trials</a></li>
97148 </ul>
97149 </nav>
97150 </div>
97151 </section>
97152 </div>
97153 </div>
97154 </div></li>
97155 <li class="primary-nav-item has-subnav"><a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology.html">Gynecologic Oncology and Reproductive Medicine</a>
97156 <div class="subnav-mask">
97157 <div class="subnav-wrapper">
97158 <div class="subnav col10 pad">
97159 <section class="nested">
97160 <div class="col4 main-column">
97161 <nav class="secondary">
97162 <ul>
97163 <li class="mobile-nav-back"><a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology.html" aria-label="Back to Gynecologic Oncology and Reproductive
…    Medicine">Gynecologic Oncology and Reproductive Medicine</a></li>
97164 <li class="primary-nav-item">
97165 <a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology.html" aria-label="Gynecologic Oncology and Reproductive Medicine
…    Home">Gynecologic Oncology and Reproductive Medicine Home</a></li>
97166 <li class="primary-nav-item"><a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97167 <li class="primary-nav-item"><a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology/research.html">Research</a></li>
97168 <li class="primary-nav-item"><a
…    href="/research/departments-labs-institutes/departments-divisions/gynecologic-
…    oncology/clinical-trials.html">Clinical Trials</a></li>
97169 </ul>
97170 </nav>
97171 </div>
97172 </section>
97173 </div>
97174 </div>
97175 </div></li>
97176 <li class="primary-nav-item has-subnav"><a
…    href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
…    surgery.html">Head &amp; Neck Surgery</a>
97177 <div class="subnav-mask">
97178 <div class="subnav-wrapper">
97179 <div class="subnav col10 pad">
97180 <section class="nested">
97181 <div class="col4 main-column">
97182 <nav class="secondary">
97183 <ul>
97184 <li class="mobile-nav-back"><a
…    href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
…    surgery.html" aria-label="Back to Head &amp; Neck Surgery">Head &amp; Neck
…    Surgery</a></li>
97185 <li class="primary-nav-item">
97186 <a
…    href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
…    surgery.html" aria-label="Head &amp; Neck Surgery Home">Head &amp; Neck Surgery
…    Home</a></li>
97187 <li class="primary-nav-item"><a
…    href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
```

```
97187… surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
97188  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
    …  surgery/sections.html">Section of Oral Oncology and Maxillofacial
    …  Prosthodontics</a></li>
97189  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/head-and-neck-
    …  surgery/news.html">News</a></li>
97190  </ul>
97191  </nav>
97192  </div>
97193  </section>
97194  </div>
97195  </div>
97196  </div></li>
97197  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-disparities-
    …  research.html">Health Disparities Research</a>
97198  <div class="subnav-mask">
97199  <div class="subnav-wrapper">
97200  <div class="subnav col10 pad">
97201  <section class="nested">
97202  <div class="col4 main-column">
97203  <nav class="secondary">
97204  <ul>
97205  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-disparities-
    …  research.html" aria-label="Back to Health Disparities Research">Health Disparities
    …  Research</a></li>
97206  <li class="primary-nav-item">
97207  <a
    …  href="/research/departments-labs-institutes/departments-divisions/health-disparities-
    …  research.html" aria-label="Health Disparities Research Home">Health Disparities
    …  Research Home</a></li>
97208  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-disparities-
    …  research/faculty-staff.html">Faculty &amp; Staff</a></li>
97209  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-disparities-
    …  research/research.html">Research</a></li>
97210  </ul>
97211  </nav>
97212  </div>
97213  </section>
97214  </div>
97215  </div>
97216  </div></li>
97217  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-services-
    …  research.html">Health Services Research</a>
97218  <div class="subnav-mask">
97219  <div class="subnav-wrapper">
97220  <div class="subnav col10 pad">
97221  <section class="nested">
97222  <div class="col4 main-column">
97223  <nav class="secondary">
97224  <ul>
97225  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-services-
    …  research.html" aria-label="Back to Health Services Research">Health Services
    …  Research</a></li>
97226  <li class="primary-nav-item">
97227  <a
    …  href="/research/departments-labs-institutes/departments-divisions/health-services-
    …  research.html" aria-label="Health Services Research Home">Health Services Research
    …  Home</a></li>
97228  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/health-services-
```

```
97228… research/faculty-staff.html">Faculty &amp; Staff</a></li>
97229 </ul>
97230 </nav>
97231 </div>
97232 </section>
97233 </div>
97234 </div>
97235 </div></li>
97236 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/hematopathology.
    … html">Hematopathology</a>
97237 <div class="subnav-mask">
97238 <div class="subnav-wrapper">
97239 <div class="subnav col10 pad">
97240 <section class="nested">
97241 <div class="col4 main-column">
97242 <nav class="secondary">
97243 <ul>
97244 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/hematopathology.
    … html" aria-label="Back to Hematopathology">Hematopathology</a></li>
97245 <li class="primary-nav-item">
97246 <a
    … href="/research/departments-labs-institutes/departments-divisions/hematopathology.
    … html" aria-label="Hematopathology Home">Hematopathology Home</a></li>
97247 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/hematopathology/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
97248 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/hematopathology/
    … sections.html">Sections</a></li>
97249 </ul>
97250 </nav>
97251 </div>
97252 </section>
97253 </div>
97254 </div>
97255 </div></li>
97256 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
    … html">Imaging Physics</a>
97257 <div class="subnav-mask">
97258 <div class="subnav-wrapper">
97259 <div class="subnav col10 pad">
97260 <section class="nested">
97261 <div class="col4 main-column">
97262 <nav class="secondary">
97263 <ul>
97264 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
    … html" aria-label="Back to Imaging Physics">Imaging Physics</a></li>
97265 <li class="primary-nav-item">
97266 <a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics.
    … html" aria-label="Imaging Physics Home">Imaging Physics Home</a></li>
97267 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
    … faculty-staff.html">Faculty &amp; Staff</a></li>
97268 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
    … research.html">Research</a></li>
97269 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/imaging-physics/
    … news.html">News</a></li>
97270 </ul>
97271 </nav>
97272 </div>
97273 </section>
```

```
97274  </div>
97275  </div>
97276  </div></li>
97277  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/immunology.html">
    …  Immunology</a>
97278  <div class="subnav-mask">
97279  <div class="subnav-wrapper">
97280  <div class="subnav col10 pad">
97281  <section class="nested">
97282  <div class="col4 main-column">
97283  <nav class="secondary">
97284  <ul>
97285  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/immunology.html"
    …  aria-label="Back to Immunology">Immunology</a></li>
97286  <li class="primary-nav-item">
97287  <a href="/research/departments-labs-institutes/departments-divisions/immunology.html"
    …  aria-label="Immunology Home">Immunology Home</a></li>
97288  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/immunology/faculty-
    …  staff.html">Faculty &amp; Staff</a></li>
97289  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/immunology/research
    …  .html">Research</a></li>
97290  </ul>
97291  </nav>
97292  </div>
97293  </section>
97294  </div>
97295  </div>
97296  </div></li>
97297  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
    …  -infection-control-and-employee-health.html">Infectious Diseases, Infection Control
    …  &amp; Employee Health</a>
97298  <div class="subnav-mask">
97299  <div class="subnav-wrapper">
97300  <div class="subnav col10 pad">
97301  <section class="nested">
97302  <div class="col4 main-column">
97303  <nav class="secondary">
97304  <ul>
97305  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
    …  -infection-control-and-employee-health.html" aria-label="Back to Infectious Diseases,
    …  Infection Control &amp; Employee Health ">Infectious Diseases, Infection Control
    …  &amp; Employee Health</a></li>
97306  <li class="primary-nav-item">
97307  <a
    …  href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
    …  -infection-control-and-employee-health.html" aria-label="Infectious Diseases,
    …  Infection Control &amp; Employee Health  Home">Infectious Diseases, Infection Control
    …  &amp; Employee Health Home</a></li>
97308  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/infectious-diseases
    …  -infection-control-and-employee-health/faculty-staff.html">Faculty &amp;
    …  Staff</a></li>
97309  </ul>
97310  </nav>
97311  </div>
97312  </section>
97313  </div>
97314  </div>
97315  </div></li>
97316  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/institutional-
    …  research.html">Institutional Research</a>
```

```
97317 <div class="subnav-mask">
97318 <div class="subnav-wrapper">
97319 <div class="subnav col10 pad">
97320 <section class="nested">
97321 <div class="col4 main-column">
97322 <nav class="secondary">
97323 <ul>
97324 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/departments-divisions/institutional-
  … research.html" aria-label="Back to Institutional Research">Institutional
  … Research</a></li>
97325 <li class="primary-nav-item">
97326 <a
  … href="/research/departments-labs-institutes/departments-divisions/institutional-
  … research.html" aria-label="Institutional Research Home">Institutional Research
  … Home</a></li>
97327 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/institutional-
  … research/faculty-staff.html">Faculty &amp; Staff</a></li>
97328 </ul>
97329 </nav>
97330 </div>
97331 </section>
97332 </div>
97333 </div>
97334 </div></li>
97335 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions/interventional-
  … radiology.html">Interventional Radiology</a>
97336 <div class="subnav-mask">
97337 <div class="subnav-wrapper">
97338 <div class="subnav col10 pad">
97339 <section class="nested">
97340 <div class="col4 main-column">
97341 <nav class="secondary">
97342 <ul>
97343 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/departments-divisions/interventional-
  … radiology.html" aria-label="Back to Interventional Radiology">Interventional
  … Radiology</a></li>
97344 <li class="primary-nav-item">
97345 <a
  … href="/research/departments-labs-institutes/departments-divisions/interventional-
  … radiology.html" aria-label="Interventional Radiology Home">Interventional Radiology
  … Home</a></li>
97346 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/interventional-
  … radiology/faculty-staff.html">Faculty &amp; Staff</a></li>
97347 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/interventional-
  … radiology/research.html">Research</a></li>
97348 </ul>
97349 </nav>
97350 </div>
97351 </section>
97352 </div>
97353 </div>
97354 </div></li>
97355 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions/investigational-
  … cancer-therapeutics.html">Investigational Cancer Therapeutics</a>
97356 <div class="subnav-mask">
97357 <div class="subnav-wrapper">
97358 <div class="subnav col10 pad">
97359 <section class="nested">
97360 <div class="col4 main-column">
97361 <nav class="secondary">
97362 <ul>
```

```
97363 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/departments-divisions/investigational-
  …  cancer-therapeutics.html" aria-label="Back to Investigational Cancer
  …  Therapeutics">Investigational Cancer Therapeutics</a></li>
97364 <li class="primary-nav-item">
97365 <a
  …  href="/research/departments-labs-institutes/departments-divisions/investigational-
  …  cancer-therapeutics.html" aria-label="Investigational Cancer Therapeutics
  …  Home">Investigational Cancer Therapeutics Home</a></li>
97366 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/investigational-
  …  cancer-therapeutics/faculty.html">Faculty &amp; Staff</a></li>
97367 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/investigational-
  …  cancer-therapeutics/research.html">Research</a></li>
97368 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/investigational-
  …  cancer-therapeutics/news.html">Phase I Clinical Trials Newsletter</a></li>
97369 </ul>
97370 </nav>
97371 </div>
97372 </section>
97373 </div>
97374 </div>
97375 </div></li>
97376 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  .html">Laboratory Medicine</a>
97377 <div class="subnav-mask">
97378 <div class="subnav-wrapper">
97379 <div class="subnav col10 pad">
97380 <section class="nested">
97381 <div class="col4 main-column">
97382 <nav class="secondary">
97383 <ul>
97384 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  .html" aria-label="Back to Laboratory Medicine">Laboratory Medicine</a></li>
97385 <li class="primary-nav-item">
97386 <a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  .html" aria-label="Laboratory Medicine Home">Laboratory Medicine Home</a></li>
97387 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  /faculty-staff.html">Faculty &amp; Staff</a></li>
97388 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  /sections.html">Sections</a></li>
97389 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/departments-divisions/laboratory-medicine
  …  /research.html">Research</a></li>
97390 </ul>
97391 </nav>
97392 </div>
97393 </section>
97394 </div>
97395 </div>
97396 </div></li>
97397 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/departments-divisions/leukemia.html">
  …  Leukemia</a>
97398 <div class="subnav-mask">
97399 <div class="subnav-wrapper">
97400 <div class="subnav col10 pad">
97401 <section class="nested">
97402 <div class="col4 main-column">
97403 <nav class="secondary">
97404 <ul>
```

```
97405 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/leukemia.html"
   …  aria-label="Back to Leukemia">Leukemia</a></li>
97406 <li class="primary-nav-item">
97407 <a href="/research/departments-labs-institutes/departments-divisions/leukemia.html"
   …  aria-label="Leukemia Home">Leukemia Home</a></li>
97408 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/leukemia/faculty-
   …  staff.html">Faculty &amp; Staff</a></li>
97409 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/leukemia/sections.
   …  html">Sections</a></li>
97410 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/leukemia/clinical-
   …  trials.html">Clinical Trials</a></li>
97411 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/leukemia/leukemia-
   …  insights.html">Leukemia Insights</a></li>
97412 </ul>
97413 </nav>
97414 </div>
97415 </section>
97416 </div>
97417 </div>
97418 </div></li>
97419 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
   …  html">Lymphoma &amp; Myeloma</a>
97420 <div class="subnav-mask">
97421 <div class="subnav-wrapper">
97422 <div class="subnav col10 pad">
97423 <section class="nested">
97424 <div class="col4 main-column">
97425 <nav class="secondary">
97426 <ul>
97427 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
   …  html" aria-label="Back to Lymphoma &amp; Myeloma">Lymphoma &amp; Myeloma</a></li>
97428 <li class="primary-nav-item">
97429 <a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma.
   …  html" aria-label="Lymphoma &amp; Myeloma Home">Lymphoma &amp; Myeloma Home</a></li>
97430 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
   …  faculty-staff.html">Faculty &amp; Staff</a></li>
97431 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
   …  research.html">Research</a></li>
97432 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/departments-divisions/lymphoma-myeloma/
   …  clinical-trials.html">Clinical Trials</a></li>
97433 </ul>
97434 </nav>
97435 </div>
97436 </section>
97437 </div>
97438 </div>
97439 </div></li>
97440 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …  oncology.html">Melanoma Medical Oncology</a>
97441 <div class="subnav-mask">
97442 <div class="subnav-wrapper">
97443 <div class="subnav col10 pad">
97444 <section class="nested">
97445 <div class="col4 main-column">
97446 <nav class="secondary">
97447 <ul>
```

```
97448  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology.html" aria-label="Back to Melanoma Medical Oncology">Melanoma Medical
   …   Oncology</a></li>
97449  <li class="primary-nav-item">
97450  <a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology.html" aria-label="Melanoma Medical Oncology Home">Melanoma Medical Oncology
   …   Home</a></li>
97451  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97452  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology/research.html">Research</a></li>
97453  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology/clinical-trials.html">Clinical Trials</a></li>
97454  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/melanoma-medical-
   …   oncology/news.html">News &amp; Media</a></li>
97455  </ul>
97456  </nav>
97457  </div>
97458  </section>
97459  </div>
97460  </div>
97461  </div></li>
97462  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/molecular-and-
   …   cellular-oncology.html">Molecular &amp; Cellular Oncology</a>
97463  <div class="subnav-mask">
97464  <div class="subnav-wrapper">
97465  <div class="subnav col10 pad">
97466  <section class="nested">
97467  <div class="col4 main-column">
97468  <nav class="secondary">
97469  <ul>
97470  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/molecular-and-
   …   cellular-oncology.html" aria-label="Back to Molecular &amp; Cellular
   …   Oncology">Molecular &amp; Cellular Oncology</a></li>
97471  <li class="primary-nav-item">
97472  <a
   …   href="/research/departments-labs-institutes/departments-divisions/molecular-and-
   …   cellular-oncology.html" aria-label="Molecular &amp; Cellular Oncology Home">Molecular
   …   &amp; Cellular Oncology Home</a></li>
97473  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/molecular-and-
   …   cellular-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97474  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/molecular-and-
   …   cellular-oncology/research.html">Research</a></li>
97475  </ul>
97476  </nav>
97477  </div>
97478  </section>
97479  </div>
97480  </div>
97481  </div></li>
97482  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
   …   ">Neuro-Oncology</a>
97483  <div class="subnav-mask">
97484  <div class="subnav-wrapper">
97485  <div class="subnav col10 pad">
97486  <section class="nested">
97487  <div class="col4 main-column">
```

```
97488  <nav class="secondary">
97489  <ul>
97490  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
   …   " aria-label="Back to Neuro-Oncology">Neuro-Oncology</a></li>
97491  <li class="primary-nav-item">
97492  <a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology.html
   …   " aria-label="Neuro-Oncology Home">Neuro-Oncology Home</a></li>
97493  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
97494  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
   …   research.html">Research</a></li>
97495  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neuro-oncology/
   …   conferences-events.html">Conferences &amp; Events</a></li>
97496  </ul>
97497  </nav>
97498  </div>
97499  </section>
97500  </div>
97501  </div>
97502  </div></li>
97503  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html">
   …   Neurosurgery</a>
97504  <div class="subnav-mask">
97505  <div class="subnav-wrapper">
97506  <div class="subnav col10 pad">
97507  <section class="nested">
97508  <div class="col4 main-column">
97509  <nav class="secondary">
97510  <ul>
97511  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html"
   …   aria-label="Back to Neurosurgery">Neurosurgery</a></li>
97512  <li class="primary-nav-item">
97513  <a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery.html"
   …   aria-label="Neurosurgery Home">Neurosurgery Home</a></li>
97514  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
97515  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
   …   research.html">Research</a></li>
97516  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery/
   …   conferences-events.html">Conferences &amp; Events</a></li>
97517  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/neurosurgery/news.
   …   html">News</a></li>
97518  </ul>
97519  </nav>
97520  </div>
97521  </section>
97522  </div>
97523  </div>
97524  </div></li>
97525  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
   …   html">Nuclear Medicine</a>
97526  <div class="subnav-mask">
97527  <div class="subnav-wrapper">
97528  <div class="subnav col10 pad">
97529  <section class="nested">
```

```
97530  <div class="col4 main-column">
97531  <nav class="secondary">
97532  <ul>
97533  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
    …  html" aria-label="Back to Nuclear Medicine ">Nuclear Medicine</a></li>
97534  <li class="primary-nav-item">
97535  <a
    …  href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine.
    …  html" aria-label="Nuclear Medicine  Home">Nuclear Medicine Home</a></li>
97536  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
97537  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nuclear-medicine/
    …  research.html">Research</a></li>
97538  </ul>
97539  </nav>
97540  </div>
97541  </section>
97542  </div>
97543  </div>
97544  </div></li>
97545  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nursing.html">
    …  Nursing</a>
97546  <div class="subnav-mask">
97547  <div class="subnav-wrapper">
97548  <div class="subnav col10 pad">
97549  <section class="nested">
97550  <div class="col4 main-column">
97551  <nav class="secondary">
97552  <ul>
97553  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nursing.html"
    …  aria-label="Back to Nursing">Nursing</a></li>
97554  <li class="primary-nav-item">
97555  <a href="/research/departments-labs-institutes/departments-divisions/nursing.html"
    …  aria-label="Nursing Home">Nursing Home</a></li>
97556  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nursing/faculty-
    …  staff.html">Faculty &amp; Staff</a></li>
97557  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/nursing/research.
    …  html">Research</a></li>
97558  </ul>
97559  </nav>
97560  </div>
97561  </section>
97562  </div>
97563  </div>
97564  </div></li>
97565  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
    …  oncology.html">Orthopaedic Oncology</a>
97566  <div class="subnav-mask">
97567  <div class="subnav-wrapper">
97568  <div class="subnav col10 pad">
97569  <section class="nested">
97570  <div class="col4 main-column">
97571  <nav class="secondary">
97572  <ul>
97573  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
    …  oncology.html" aria-label="Back to Orthopaedic Oncology">Orthopaedic
    …  Oncology</a></li>
97574  <li class="primary-nav-item">
97575  <a
```

```
97575…  href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
…       oncology.html" aria-label="Orthopaedic Oncology Home">Orthopaedic Oncology
…       Home</a></li>
97576   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/departments-divisions/orthopaedic-
…       oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97577   </ul>
97578   </nav>
97579   </div>
97580   </section>
97581   </div>
97582   </div>
97583   </div></li>
97584   <li class="primary-nav-item has-subnav"><a
…       href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
…       >Pain Medicine</a>
97585   <div class="subnav-mask">
97586   <div class="subnav-wrapper">
97587   <div class="subnav col10 pad">
97588   <section class="nested">
97589   <div class="col4 main-column">
97590   <nav class="secondary">
97591   <ul>
97592   <li class="mobile-nav-back"><a
…       href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
…       aria-label="Back to Pain Medicine ">Pain Medicine</a></li>
97593   <li class="primary-nav-item">
97594   <a
…       href="/research/departments-labs-institutes/departments-divisions/pain-medicine.html"
…       aria-label="Pain Medicine  Home">Pain Medicine Home</a></li>
97595   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/departments-divisions/pain-medicine/
…       faculty-staff.html">Faculty &amp; Staff</a></li>
97596   </ul>
97597   </nav>
97598   </div>
97599   </section>
97600   </div>
97601   </div>
97602   </div></li>
97603   <li class="primary-nav-item has-subnav"><a
…       href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
…       -rehabilitation-medicine.html">Palliative, Rehabilitation &amp; Integrative
…       Medicine</a>
97604   <div class="subnav-mask">
97605   <div class="subnav-wrapper">
97606   <div class="subnav col10 pad">
97607   <section class="nested">
97608   <div class="col4 main-column">
97609   <nav class="secondary">
97610   <ul>
97611   <li class="mobile-nav-back"><a
…       href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
…       -rehabilitation-medicine.html" aria-label="Back to Palliative, Rehabilitation &amp;
…       Integrative Medicine">Palliative, Rehabilitation &amp; Integrative Medicine</a></li>
97612   <li class="primary-nav-item">
97613   <a
…       href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
…       -rehabilitation-medicine.html" aria-label="Palliative, Rehabilitation &amp;
…       Integrative Medicine Home">Palliative, Rehabilitation &amp; Integrative Medicine
…       Home</a></li>
97614   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
…       -rehabilitation-medicine/faculty-staff.html">Faculty &amp; Staff</a></li>
97615   <li class="primary-nav-item"><a
…       href="/research/departments-labs-institutes/departments-divisions/palliative-care-and
…       -rehabilitation-medicine/clinical-trials.html">Clinical Trials</a></li>
97616   </ul>
```

```
97617  </nav>
97618  </div>
97619  </section>
97620  </div>
97621  </div>
97622  </div></li>
97623  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology.html">
   …   Pathology</a>
97624  <div class="subnav-mask">
97625  <div class="subnav-wrapper">
97626  <div class="subnav col10 pad">
97627  <section class="nested">
97628  <div class="col4 main-column">
97629  <nav class="secondary">
97630  <ul>
97631  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology.html"
   …   aria-label="Back to Pathology">Pathology</a></li>
97632  <li class="primary-nav-item">
97633  <a href="/research/departments-labs-institutes/departments-divisions/pathology.html"
   …   aria-label="Pathology Home">Pathology Home</a></li>
97634  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology/faculty-
   …   staff.html">Faculty &amp; Staff</a></li>
97635  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pathology/news.html
   …   ">News</a></li>
97636  </ul>
97637  </nav>
97638  </div>
97639  </section>
97640  </div>
97641  </div>
97642  </div></li>
97643  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
   …   html">Plastic Surgery</a>
97644  <div class="subnav-mask">
97645  <div class="subnav-wrapper">
97646  <div class="subnav col10 pad">
97647  <section class="nested">
97648  <div class="col4 main-column">
97649  <nav class="secondary">
97650  <ul>
97651  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
   …   html" aria-label="Back to Plastic Surgery">Plastic Surgery</a></li>
97652  <li class="primary-nav-item">
97653  <a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery.
   …   html" aria-label="Plastic Surgery Home">Plastic Surgery Home</a></li>
97654  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
97655  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
   …   sections.html">Sections</a></li>
97656  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/plastic-surgery/
   …   research.html">Research</a></li>
97657  </ul>
97658  </nav>
97659  </div>
97660  </section>
97661  </div>
97662  </div>
97663  </div></li>
```

```
97664  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/psychiatry.html">
   …   Psychiatry</a>
97665  <div class="subnav-mask">
97666  <div class="subnav-wrapper">
97667  <div class="subnav col10 pad">
97668  <section class="nested">
97669  <div class="col4 main-column">
97670  <nav class="secondary">
97671  <ul>
97672  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/psychiatry.html"
   …   aria-label="Back to Psychiatry">Psychiatry</a></li>
97673  <li class="primary-nav-item">
97674  <a href="/research/departments-labs-institutes/departments-divisions/psychiatry.html"
   …   aria-label="Psychiatry Home">Psychiatry Home</a></li>
97675  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/psychiatry/faculty-
   …   staff.html">Faculty &amp; Staff</a></li>
97676  </ul>
97677  </nav>
97678  </div>
97679  </section>
97680  </div>
97681  </div>
97682  </div></li>
97683  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
   …   html">Pulmonary Medicine</a>
97684  <div class="subnav-mask">
97685  <div class="subnav-wrapper">
97686  <div class="subnav col10 pad">
97687  <section class="nested">
97688  <div class="col4 main-column">
97689  <nav class="secondary">
97690  <ul>
97691  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
   …   html" aria-label="Back to Pulmonary Medicine ">Pulmonary Medicine</a></li>
97692  <li class="primary-nav-item">
97693  <a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine.
   …   html" aria-label="Pulmonary Medicine  Home">Pulmonary Medicine Home</a></li>
97694  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
97695  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/pulmonary-medicine/
   …   sections.html">Sections</a></li>
97696  </ul>
97697  </nav>
97698  </div>
97699  </section>
97700  </div>
97701  </div>
97702  </div></li>
97703  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
   …   html">Radiation Physics</a>
97704  <div class="subnav-mask">
97705  <div class="subnav-wrapper">
97706  <div class="subnav col10 pad">
97707  <section class="nested">
97708  <div class="col4 main-column">
97709  <nav class="secondary">
97710  <ul>
97711  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
```

```
97711… html" aria-label="Back to Radiation Physics ">Radiation Physics</a></li>
97712 <li class="primary-nav-item">
97713 <a
  … href="/research/departments-labs-institutes/departments-divisions/radiation-physics.
  … html" aria-label="Radiation Physics Home">Radiation Physics Home</a></li>
97714 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/radiation-physics/
  … faculty-staff.html">Faculty &amp; Staff</a></li>
97715 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/radiation-physics/
  … research.html">Research</a></li>
97716 </ul>
97717 </nav>
97718 </div>
97719 </section>
97720 </div>
97721 </div>
97722 </div></li>
97723 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
  … html">Respiratory Care</a>
97724 <div class="subnav-mask">
97725 <div class="subnav-wrapper">
97726 <div class="subnav col10 pad">
97727 <section class="nested">
97728 <div class="col4 main-column">
97729 <nav class="secondary">
97730 <ul>
97731 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
  … html" aria-label="Back to Respiratory Care ">Respiratory Care</a></li>
97732 <li class="primary-nav-item">
97733 <a
  … href="/research/departments-labs-institutes/departments-divisions/respiratory-care.
  … html" aria-label="Respiratory Care  Home">Respiratory Care Home</a></li>
97734 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/respiratory-care/
  … faculty-staff.html">Faculty &amp; Staff</a></li>
97735 </ul>
97736 </nav>
97737 </div>
97738 </section>
97739 </div>
97740 </div>
97741 </div></li>
97742 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
  … oncology.html">Sarcoma Medical Oncology</a>
97743 <div class="subnav-mask">
97744 <div class="subnav-wrapper">
97745 <div class="subnav col10 pad">
97746 <section class="nested">
97747 <div class="col4 main-column">
97748 <nav class="secondary">
97749 <ul>
97750 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
  … oncology.html" aria-label="Back to Sarcoma Medical Oncology">Sarcoma Medical
  … Oncology</a></li>
97751 <li class="primary-nav-item">
97752 <a
  … href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
  … oncology.html" aria-label="Sarcoma Medical Oncology Home">Sarcoma Medical Oncology
  … Home</a></li>
97753 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
  … oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
97754 <li class="primary-nav-item"><a
```

```
97754   href="/research/departments-labs-institutes/departments-divisions/sarcoma-medical-
...     oncology/sections.html">Cytokines &amp; Supportive Oncology</a></li>
97755   </ul>
97756   </nav>
97757   </div>
97758   </section>
97759   </div>
97760   </div>
97761   </div></li>
97762   <li class="primary-nav-item has-subnav"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville.html">Science Park Smithville</a>
97763   <div class="subnav-mask">
97764   <div class="subnav-wrapper">
97765   <div class="subnav col10 pad">
97766   <section class="nested">
97767   <div class="col4 main-column">
97768   <nav class="secondary">
97769   <ul>
97770   <li class="mobile-nav-back"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville.html" aria-label="Back to Science Park Smithville ">Science Park
...     Smithville</a></li>
97771   <li class="primary-nav-item">
97772   <a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville.html" aria-label="Science Park Smithville  Home">Science Park Smithville
...     Home</a></li>
97773   <li class="primary-nav-item has-subnav"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/about-us.html">About Us - Smithville Science Park</a>
97774   <div class="subnav-mask">
97775   <div class="subnav-wrapper">
97776   <div class="subnav col10 pad">
97777   <section class="nested">
97778   <div class="col4 main-column">
97779   <nav class="secondary">
97780   <ul>
97781   <li class="mobile-nav-back"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/about-us.html" aria-label="Back to About Us - Smithville Science
...     Park">About Us - Smithville Science Park</a></li>
97782   <li class="primary-nav-item">
97783   <a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/about-us.html" aria-label="About Us - Smithville Science Park Home">About
...     Us - Smithville Science Park Home</a></li>
97784   <li class="primary-nav-item"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/about-us/history.html">Science Park History</a></li>
97785   <li class="primary-nav-item"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/about-us/director.html">Director</a></li>
97786   </ul>
97787   </nav>
97788   </div>
97789   </section>
97790   </div>
97791   </div>
97792   </div></li>
97793   <li class="primary-nav-item"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/faculty.html">Faculty</a></li>
97794   <li class="primary-nav-item has-subnav"><a
...     href="/research/departments-labs-institutes/departments-divisions/science-park-
...     smithville/research.html">Research</a>
97795   <div class="subnav-mask">
97796   <div class="subnav-wrapper">
```

```
97797  <div class="subnav col10 pad">
97798  <section class="nested">
97799  <div class="col4 main-column">
97800  <nav class="secondary">
97801  <ul>
97802  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research.html" aria-label="Back to Research">Research</a></li>
97803  <li class="primary-nav-item">
97804  <a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research.html" aria-label="Research Home">Research Home</a></li>
97805  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research/cellular-and-molecular-mechanisms-of-carcinogenesis.html">
    …  Cellular and Molecular Mechanisms of Carcinogenesis</a></li>
97806  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research/dna-replication-recombination-and-repair.html">Genome Integrity:
    …  DNA Replication, Recombination and Repair</a></li>
97807  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research/cancer-genetics-and-epigenetics.html">Cancer Genetics and
    …  Epigenetics</a></li>
97808  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research/cancer-stem-cells-and-programmed-cell-death.html">Cancer Stem
    …  Cells and Programmed Cell Death</a></li>
97809  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/research/publications.html">Publications</a></li>
97810  </ul>
97811  </nav>
97812  </div>
97813  </section>
97814  </div>
97815  </div>
97816  </div></li>
97817  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/resources.html">Resources</a></li>
97818  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/giving.html">Giving</a></li>
97819  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/community.html">Community</a>
97820  <div class="subnav-mask">
97821  <div class="subnav-wrapper">
97822  <div class="subnav col10 pad">
97823  <section class="nested">
97824  <div class="col4 main-column">
97825  <nav class="secondary">
97826  <ul>
97827  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/community.html" aria-label="Back to Community">Community</a></li>
97828  <li class="primary-nav-item">
97829  <a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/community.html" aria-label="Community Home">Community Home</a></li>
97830  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/community/friends-of-science-park.html">Friends of Science Park</a></li>
97831  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/community/community-outreach.html">Community Outreach</a></li>
97832  </ul>
```

```
97833  </nav>
97834  </div>
97835  </section>
97836  </div>
97837  </div>
97838  </div></li>
97839  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/news.html">News</a></li>
97840  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/events.html">Events</a>
97841  <div class="subnav-mask">
97842  <div class="subnav-wrapper">
97843  <div class="subnav col10 pad">
97844  <section class="nested">
97845  <div class="col4 main-column">
97846  <nav class="secondary">
97847  <ul>
97848  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/events.html" aria-label="Back to Events">Events</a></li>
97849  <li class="primary-nav-item">
97850  <a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/events.html" aria-label="Events Home">Events Home</a></li>
97851  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/science-park-
    …  smithville/events/seminar-calendar.html">Seminar Calendar</a></li>
97852  </ul>
97853  </nav>
97854  </div>
97855  </section>
97856  </div>
97857  </div>
97858  </div></li>
97859  </ul>
97860  </nav>
97861  </div>
97862  </section>
97863  </div>
97864  </div>
97865  </div></li>
97866  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
    …  education.html">Spiritual Care &amp; Education</a>
97867  <div class="subnav-mask">
97868  <div class="subnav-wrapper">
97869  <div class="subnav col10 pad">
97870  <section class="nested">
97871  <div class="col4 main-column">
97872  <nav class="secondary">
97873  <ul>
97874  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
    …  education.html" aria-label="Back to Spiritual Care &amp; Education">Spiritual Care
    …  &amp; Education</a></li>
97875  <li class="primary-nav-item">
97876  <a
    …  href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
    …  education.html" aria-label="Spiritual Care &amp; Education Home">Spiritual Care &amp;
    …  Education Home</a></li>
97877  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/spiritual-care-and-
    …  education/faculty-staff.html">Faculty &amp; Staff</a></li>
97878  </ul>
97879  </nav>
97880  </div>
```

```
97881  </section>
97882  </div>
97883  </div>
97884  </div></li>
97885  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/stem-cell-
       transplantation.html">Stem Cell Transplantation &amp; Cellular Therapy</a>
97886  <div class="subnav-mask">
97887  <div class="subnav-wrapper">
97888  <div class="subnav col10 pad">
97889  <section class="nested">
97890  <div class="col4 main-column">
97891  <nav class="secondary">
97892  <ul>
97893  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/stem-cell-
       transplantation.html" aria-label="Back to Stem Cell Transplantation &amp; Cellular
       Therapy">Stem Cell Transplantation &amp; Cellular Therapy</a></li>
97894  <li class="primary-nav-item">
97895  <a
  …    href="/research/departments-labs-institutes/departments-divisions/stem-cell-
       transplantation.html" aria-label="Stem Cell Transplantation &amp; Cellular Therapy
       Home">Stem Cell Transplantation &amp; Cellular Therapy Home</a></li>
97896  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/stem-cell-
       transplantation/faculty-staff.html">Faculty &amp; Staff</a></li>
97897  </ul>
97898  </nav>
97899  </div>
97900  </section>
97901  </div>
97902  </div>
97903  </div></li>
97904  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
       html">Surgical Oncology</a>
97905  <div class="subnav-mask">
97906  <div class="subnav-wrapper">
97907  <div class="subnav col10 pad">
97908  <section class="nested">
97909  <div class="col4 main-column">
97910  <nav class="secondary">
97911  <ul>
97912  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
       html" aria-label="Back to Surgical Oncology">Surgical Oncology</a></li>
97913  <li class="primary-nav-item">
97914  <a
  …    href="/research/departments-labs-institutes/departments-divisions/surgical-oncology.
       html" aria-label="Surgical Oncology Home">Surgical Oncology Home</a></li>
97915  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/surgical-oncology/
       faculty-staff.html">Faculty &amp; Staff</a></li>
97916  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/departments-divisions/surgical-oncology/
       sections.html">Sections</a></li>
97917  </ul>
97918  </nav>
97919  </div>
97920  </section>
97921  </div>
97922  </div>
97923  </div></li>
97924  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/departments-divisions/symptom-research.
       html">Symptom Research</a>
97925  <div class="subnav-mask">
97926  <div class="subnav-wrapper">
```

```
97927  <div class="subnav col10 pad">
97928  <section class="nested">
97929  <div class="col4 main-column">
97930  <nav class="secondary">
97931  <ul>
97932  <li class="mobile-nav-back"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research.
   ..  html" aria-label="Back to Symptom Research">Symptom Research</a></li>
97933  <li class="primary-nav-item">
97934  <a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research.
   ..  html" aria-label="Symptom Research Home">Symptom Research Home</a></li>
97935  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  faculty-staff.html">Faculty &amp; Staff</a></li>
97936  <li class="primary-nav-item has-subnav"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research.html">Research</a>
97937  <div class="subnav-mask">
97938  <div class="subnav-wrapper">
97939  <div class="subnav col10 pad">
97940  <section class="nested">
97941  <div class="col4 main-column">
97942  <nav class="secondary">
97943  <ul>
97944  <li class="mobile-nav-back"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research.html" aria-label="Back to Research">Research</a></li>
97945  <li class="primary-nav-item">
97946  <a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research.html" aria-label="Research Home">Research Home</a></li>
97947  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research/clinical-trials.html">Clinical Trials</a></li>
97948  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research/observational-studies.html">Observational Studies</a></li>
97949  <li class="primary-nav-item"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  research/instrument-development.html">Instrument Development</a></li>
97950  </ul>
97951  </nav>
97952  </div>
97953  </section>
97954  </div>
97955  </div>
97956  </div></li>
97957  <li class="primary-nav-item has-subnav"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools.html">Symptom Assessment Tools</a>
97958  <div class="subnav-mask">
97959  <div class="subnav-wrapper">
97960  <div class="subnav col10 pad">
97961  <section class="nested">
97962  <div class="col4 main-column">
97963  <nav class="secondary">
97964  <ul>
97965  <li class="mobile-nav-back"><a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools.html" aria-label="Back to Symptom Assessment Tools">Symptom
   ..  Assessment Tools</a></li>
97966  <li class="primary-nav-item">
97967  <a
   ..  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   ..  symptom-assessment-tools.html" aria-label="Symptom Assessment Tools Home">Symptom
   ..  Assessment Tools Home</a></li>
97968  <li class="primary-nav-item"><a
```

```
97968…  href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/brief-pain-inventory.html">Brief Pain Inventory
…      (BPI)</a></li>
97969  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/zoster-brief-pain-inventory.html">Zoster Brief Pain
…      Inventory (ZBPI)</a></li>
97970  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/brief-fatigue-inventory.html">Brief Fatigue Inventory
…      (BFI)</a></li>
97971  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-acute-myeloid-leukemia-
…      myelodysplastic-syndrome-module.html">MD Anderson Symptom Inventory Acute Myeloid
…      Leukemia/Myelodysplastic
97972  Syndrome Module (MDASI-AML/MDS)</a></li>
97973  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-bone-marrow-transplant-module.
…      html">MD Anderson Symptom Inventory Bone Marrow Transplant Module
…      (MDASI-BMT)</a></li>
97974  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-chronic-lymphocytic-leukemia-
…      module.html">MD Anderson Symptom Inventory Chronic Lymphocytic Leukemia Module
…      (MDASI-CLL)</a></li>
97975  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-gastrointestinal-stromal-tumor
…      -module.html">MD Anderson Symptom Inventory Gastrointestinal Stromal Tumor Module
…      (MDASI-GIST)</a></li>
97976  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-malignant-pleural-mesothelioma
…      -module.html">MD Anderson Symptom Inventory Malignant Pleural Mesothelioma Module
…      (MDASI-MPM)</a></li>
97977  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-ovarian-cancer-module.html">MD
…      Anderson Symptom Inventory Ovarian Cancer Module (MDASI-OC)</a></li>
97978  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-renal-cell-carcinoma-module.
…      html">MD Anderson Symptom Inventory Renal Cell Carcinoma Module (MDASI-RCC)</a></li>
97979  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-small-cell-lung-cancer-module.
…      html">MD Anderson Symptom Inventory Small Cell Lung Cancer Module
…      (MDASI-SCLC)</a></li>
97980  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-traditional-chinese-medicine-
…      module.html">MD Anderson Symptom Inventory Traditional Chinese Medicine Module
…      (MDASI-TCM)</a></li>
97981  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-gastrointestinal-cancer-module
…      .html">MD Anderson Symptom Inventory Gastrointestinal Cancer Module
…      (MDASI-GI)</a></li>
97982  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory.html">MD Anderson Symptom
…      Inventory (MDASI)</a></li>
97983  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/departments-divisions/symptom-research/
…      symptom-assessment-tools/md-anderson-symptom-inventory-brain-tumor.html">MD Anderson
…      Symptom Inventory Brain Tumor (MDASI-BT)</a></li>
```

```
97984  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-chronic-graft-versus-host-
   …   disease-module.html">MD Anderson Symptom Inventory Chronic Graft-versus-Host Disease
   …   Module (MDASI-cGVHD)</a></li>
97985  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-chronic-myeloid-leukemia-
   …   module.html">MD Anderson Symptom Inventory Chronic Myeloid Leukemia Module
   …   (MDASI-CML)</a></li>
97986  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-heart-failure-module.html">MD
   …   Anderson Symptom Inventory Heart Failure Module (MDASI-HF)</a></li>
97987  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-head-and-neck-cancer-module.
   …   html">MD Anderson Symptom Inventory Head and Neck Cancer Module (MDASI-HN)</a></li>
97988  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-lung-cancer-module.html">MD
   …   Anderson Symptom Inventory Lung Cancer Module (MDASI-LC)</a></li>
97989  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-multiple-myeloma-module.html">
   …   MD Anderson Symptom Inventory Multiple Myeloma Module (MDASI-MM)</a></li>
97990  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-spine-tumor-module.html">MD
   …   Anderson Symptom Inventory Spine Tumor Module (MDASI-SP)</a></li>
97991  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/symptom-research/
   …   symptom-assessment-tools/md-anderson-symptom-inventory-thyroid-cancer-module.html">MD
   …   Anderson Symptom Inventory Thyroid Cancer Module (MDASI-Thy)</a></li>
97992  </ul>
97993  </nav>
97994  </div>
97995  </section>
97996  </div>
97997  </div>
97998  </div></li>
97999  </ul>
98000  </nav>
98001  </div>
98002  </section>
98003  </div>
98004  </div>
98005  </div></li>
98006  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
   …   html">Systems Biology</a>
98007  <div class="subnav-mask">
98008  <div class="subnav-wrapper">
98009  <div class="subnav col10 pad">
98010  <section class="nested">
98011  <div class="col4 main-column">
98012  <nav class="secondary">
98013  <ul>
98014  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
   …   html" aria-label="Back to Systems Biology">Systems Biology</a></li>
98015  <li class="primary-nav-item">
98016  <a
   …   href="/research/departments-labs-institutes/departments-divisions/systems-biology.
   …   html" aria-label="Systems Biology Home">Systems Biology Home</a></li>
98017  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/departments-divisions/systems-biology/
   …   faculty-staff.html">Faculty &amp; Staff</a></li>
```

```
98018  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/systems-biology/
    …  research.html">Research</a></li>
98019  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/systems-biology/
    …  sections.html">Sections</a></li>
98020  </ul>
98021  </nav>
98022  </div>
98023  </section>
98024  </div>
98025  </div>
98026  </div></li>
98027  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …  cardiovascular-surgery.html">Thoracic &amp; Cardiovascular Surgery</a>
98028  <div class="subnav-mask">
98029  <div class="subnav-wrapper">
98030  <div class="subnav col10 pad">
98031  <section class="nested">
98032  <div class="col4 main-column">
98033  <nav class="secondary">
98034  <ul>
98035  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …  cardiovascular-surgery.html" aria-label="Back to Thoracic &amp; Cardiovascular
    …  Surgery">Thoracic &amp; Cardiovascular Surgery</a></li>
98036  <li class="primary-nav-item">
98037  <a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …  cardiovascular-surgery.html" aria-label="Thoracic &amp; Cardiovascular Surgery
    …  Home">Thoracic &amp; Cardiovascular Surgery Home</a></li>
98038  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …  cardiovascular-surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
98039  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-
    …  cardiovascular-surgery/research.html">Research</a></li>
98040  </ul>
98041  </nav>
98042  </div>
98043  </section>
98044  </div>
98045  </div>
98046  </div></li>
98047  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
    …  medical-oncology.html">Thoracic/Head &amp; Neck Medical Oncology</a>
98048  <div class="subnav-mask">
98049  <div class="subnav-wrapper">
98050  <div class="subnav col10 pad">
98051  <section class="nested">
98052  <div class="col4 main-column">
98053  <nav class="secondary">
98054  <ul>
98055  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
    …  medical-oncology.html" aria-label="Back to Thoracic/Head &amp; Neck Medical
    …  Oncology">Thoracic/Head &amp; Neck Medical Oncology</a></li>
98056  <li class="primary-nav-item"><a
98057  <a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
    …  medical-oncology.html" aria-label="Thoracic/Head &amp; Neck Medical Oncology
    …  Home">Thoracic/Head &amp; Neck Medical Oncology Home</a></li>
98058  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/thoracic-head-neck-
    …  medical-oncology/faculty-staff.html">Faculty &amp; Staff</a></li>
98059  </ul>
```

```
98060 </nav>
98061 </div>
98062 </section>
98063 </div>
98064 </div>
98065 </div></li>
98066 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology.html">Translational Molecular Pathology</a>
98067 <div class="subnav-mask">
98068 <div class="subnav-wrapper">
98069 <div class="subnav col10 pad">
98070 <section class="nested">
98071 <div class="col4 main-column">
98072 <nav class="secondary">
98073 <ul>
98074 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology.html" aria-label="Back to Translational Molecular Pathology
    … ">Translational Molecular Pathology</a></li>
98075 <li class="primary-nav-item">
98076 <a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology.html" aria-label="Translational Molecular Pathology
    … Home">Translational Molecular Pathology Home</a></li>
98077 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology/faculty-staff.html">Faculty &amp; Staff</a></li>
98078 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology/research.html">Research</a></li>
98079 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/translational-
    … molecular-pathology/conferences-events.html">Conferences &amp; Events</a></li>
98080 </ul>
98081 </nav>
98082 </div>
98083 </section>
98084 </div>
98085 </div>
98086 </div></li>
98087 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/departments-divisions/urology.html">
    … Urology</a>
98088 <div class="subnav-mask">
98089 <div class="subnav-wrapper">
98090 <div class="subnav col10 pad">
98091 <section class="nested">
98092 <div class="col4 main-column">
98093 <nav class="secondary">
98094 <ul>
98095 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/departments-divisions/urology.html"
    … aria-label="Back to Urology">Urology</a></li>
98096 <li class="primary-nav-item">
98097 <a href="/research/departments-labs-institutes/departments-divisions/urology.html"
    … aria-label="Urology Home">Urology Home</a></li>
98098 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/urology/faculty-
    … staff.html">Faculty &amp; Staff</a></li>
98099 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/departments-divisions/urology/research.
    … html">Research</a></li>
98100 </ul>
98101 </nav>
98102 </div>
98103 </section>
98104 </div>
```

```
98105  </div>
98106  </div></li>
98107  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
    …  -and-surgery.html">Veterinary Medicine and Surgery</a>
98108  <div class="subnav-mask">
98109  <div class="subnav-wrapper">
98110  <div class="subnav col10 pad">
98111  <section class="nested">
98112  <div class="col4 main-column">
98113  <nav class="secondary">
98114  <ul>
98115  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
    …  -and-surgery.html" aria-label="Back to Veterinary Medicine and Surgery">Veterinary
    …  Medicine and Surgery</a></li>
98116  <li class="primary-nav-item">
98117  <a
    …  href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
    …  -and-surgery.html" aria-label="Veterinary Medicine and Surgery Home">Veterinary
    …  Medicine and Surgery Home</a></li>
98118  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/departments-divisions/veterinary-medicine
    …  -and-surgery/faculty-staff.html">Faculty &amp; Staff</a></li>
98119  </ul>
98120  </nav>
98121  </div>
98122  </section>
98123  </div>
98124  </div>
98125  </div></li>
98126  </ul>
98127  </nav>
98128  </div>
98129  </section>
98130  </div>
98131  </div>
98132  </div></li>
98133  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs.html">Labs</a>
98134  <div class="subnav-mask">
98135  <div class="subnav-wrapper">
98136  <div class="subnav col10 pad">
98137  <section class="nested">
98138  <div class="col4 main-column">
98139  <nav class="secondary">
98140  <ul>
98141  <li class="mobile-nav-back"><a href="/research/departments-labs-institutes/labs.html"
    …  aria-label="Back to Labs">Labs</a></li>
98142  <li class="primary-nav-item">
98143  <a href="/research/departments-labs-institutes/labs.html" aria-label="Labs Home">Labs
    …  Home</a></li>
98144  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/abe-laboratory.html">Abe
    …  Laboratory</a>
98145  <div class="subnav-mask">
98146  <div class="subnav-wrapper">
98147  <div class="subnav col10 pad">
98148  <section class="nested">
98149  <div class="col4 main-column">
98150  <nav class="secondary">
98151  <ul>
98152  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/abe-laboratory.html"
    …  aria-label="Back to Abe Laboratory">Abe Laboratory</a></li>
98153  <li class="primary-nav-item">
98154  <a href="/research/departments-labs-institutes/labs/abe-laboratory.html"
    …  aria-label="Abe Laboratory Home">Abe Laboratory Home</a></li>
```

```
98155  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/abe-laboratory/research.html">
   …   Research</a></li>
98156  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/abe-laboratory/lab-members.html">Lab
   …   Members</a></li>
98157  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/abe-laboratory/publications.html">
   …   Publications</a></li>
98158  </ul>
98159  </nav>
98160  </div>
98161  </section>
98162  </div>
98163  </div>
98164  </div></li>
98165  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory.html">Addiction Psychophysiology Laboratory</a>
98166  <div class="subnav-mask">
98167  <div class="subnav-wrapper">
98168  <div class="subnav col10 pad">
98169  <section class="nested">
98170  <div class="col4 main-column">
98171  <nav class="secondary">
98172  <ul>
98173  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory.html" aria-label="Back to Addiction Psychophysiology Laboratory">Addiction
   …   Psychophysiology Laboratory</a></li>
98174  <li class="primary-nav-item">
98175  <a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory.html" aria-label="Addiction Psychophysiology Laboratory Home">Addiction
   …   Psychophysiology Laboratory Home</a></li>
98176  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/lab-members.html">Lab Members</a></li>
98177  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/research.html">Research</a></li>
98178  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/addiction-psychophysiology-
   …   laboratory/publications.html">Publications</a></li>
98179  </ul>
98180  </nav>
98181  </div>
98182  </section>
98183  </div>
98184  </div>
98185  </div></li>
98186  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory.html">Arur
   …   Laboratory</a>
98187  <div class="subnav-mask">
98188  <div class="subnav-wrapper">
98189  <div class="subnav col10 pad">
98190  <section class="nested">
98191  <div class="col4 main-column">
98192  <nav class="secondary">
98193  <ul>
98194  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/arur-laboratory.html"
   …   aria-label="Back to Arur Laboratory">Arur Laboratory</a></li>
98195  <li class="primary-nav-item">
98196  <a href="/research/departments-labs-institutes/labs/arur-laboratory.html"
   …   aria-label="Arur Laboratory Home">Arur Laboratory Home</a></li>
98197  <li class="primary-nav-item"><a
```

```
98197   href="/research/departments-labs-institutes/labs/arur-laboratory/lab-members.html">
    …   Lab Members</a></li>
98198   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/research.html">
    …   Research</a></li>
98199   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/publications.html">
    …   Publications</a></li>
98200   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/life-in-the-lab.html
    …   ">Life in the Lab</a></li>
98201   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/join-the-lab.html">
    …   Join the Lab</a></li>
98202   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/news-and-media.html"
    …   >News &amp; Media</a></li>
98203   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/arur-laboratory/contact-us.html">
    …   Contact Us</a></li>
98204   </ul>
98205   </nav>
98206   </div>
98207   </section>
98208   </div>
98209   </div>
98210   </div></li>
98211   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html">
    …   Bartholomeusz Laboratory</a>
98212   <div class="subnav-mask">
98213   <div class="subnav-wrapper">
98214   <div class="subnav col10 pad">
98215   <section class="nested">
98216   <div class="col4 main-column">
98217   <nav class="secondary">
98218   <ul>
98219   <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html"
    …   aria-label="Back to Bartholomeusz Laboratory">Bartholomeusz Laboratory</a></li>
98220   <li class="primary-nav-item">
98221   <a href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory.html"
    …   aria-label="Bartholomeusz Laboratory Home">Bartholomeusz Laboratory Home</a></li>
98222   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/research.
    …   html">Research</a></li>
98223   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/lab-members
    …   .html">Lab Members</a></li>
98224   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/
    …   publications.html">Publications</a></li>
98225   <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/labs/bartholomeusz-laboratory/news-and-
    …   media.html">News &amp; Media</a></li>
98226   </ul>
98227   </nav>
98228   </div>
98229   </section>
98230   </div>
98231   </div>
98232   </div></li>
98233   <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html">
    …   Bartholomew Laboratory</a>
98234   <div class="subnav-mask">
98235   <div class="subnav-wrapper">
98236   <div class="subnav col10 pad">
```

```
98237  <section class="nested">
98238  <div class="col4 main-column">
98239  <nav class="secondary">
98240  <ul>
98241  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html"
   …   aria-label="Back to Bartholomew Laboratory">Bartholomew Laboratory</a></li>
98242  <li class="primary-nav-item">
98243  <a href="/research/departments-labs-institutes/labs/bartholomew-laboratory.html"
   …   aria-label="Bartholomew Laboratory Home">Bartholomew Laboratory Home</a></li>
98244  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory/lab-members.
   …   html">Lab Members</a></li>
98245  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory/research.html
   …   ">Research</a></li>
98246  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory/publications.
   …   html">Publications</a></li>
98247  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/bartholomew-laboratory/contact-us.
   …   html">Contact Us</a></li>
98248  </ul>
98249  </nav>
98250  </div>
98251  </section>
98252  </div>
98253  </div>
98254  </div></li>
98255  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory.html">Barton
   …   Laboratory</a>
98256  <div class="subnav-mask">
98257  <div class="subnav-wrapper">
98258  <div class="subnav col10 pad">
98259  <section class="nested">
98260  <div class="col4 main-column">
98261  <nav class="secondary">
98262  <ul>
98263  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory.html"
   …   aria-label="Back to Barton Laboratory">Barton Laboratory</a></li>
98264  <li class="primary-nav-item">
98265  <a href="/research/departments-labs-institutes/labs/barton-laboratory.html"
   …   aria-label="Barton Laboratory Home">Barton Laboratory Home</a></li>
98266  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/research.html">
   …   Research</a></li>
98267  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/lab-members.html">
   …   Lab Members</a></li>
98268  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/life-in-the-lab.
   …   html">Life in the Lab</a></li>
98269  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/publications.html"
   …   >Publications</a></li>
98270  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/resources.html">
   …   Resources</a></li>
98271  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/barton-laboratory/contact-us.html">
   …   Contact Us</a></li>
98272  </ul>
98273  </nav>
98274  </div>
98275  </section>
98276  </div>
```

```
98277  </div>
98278  </div></li>
98279  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory.html">Beddar
    …  Laboratory</a>
98280  <div class="subnav-mask">
98281  <div class="subnav-wrapper">
98282  <div class="subnav col10 pad">
98283  <section class="nested">
98284  <div class="col4 main-column">
98285  <nav class="secondary">
98286  <ul>
98287  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory.html"
    …  aria-label="Back to Beddar Laboratory">Beddar Laboratory</a></li>
98288  <li class="primary-nav-item">
98289  <a href="/research/departments-labs-institutes/labs/beddar-laboratory.html"
    …  aria-label="Beddar Laboratory Home">Beddar Laboratory Home</a></li>
98290  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/lab-members.html">
    …  Lab Members</a></li>
98291  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/research.html">
    …  Research</a></li>
98292  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/resources.html">
    …  Resources</a></li>
98293  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/beddar-laboratory/publications.html"
    …  >Publications</a></li>
98294  </ul>
98295  </nav>
98296  </div>
98297  </section>
98298  </div>
98299  </div>
98300  </div></li>
98301  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory.html">Bedford
    …  Laboratory</a>
98302  <div class="subnav-mask">
98303  <div class="subnav-wrapper">
98304  <div class="subnav col10 pad">
98305  <section class="nested">
98306  <div class="col4 main-column">
98307  <nav class="secondary">
98308  <ul>
98309  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory.html"
    …  aria-label="Back to Bedford Laboratory">Bedford Laboratory</a></li>
98310  <li class="primary-nav-item">
98311  <a href="/research/departments-labs-institutes/labs/bedford-laboratory.html"
    …  aria-label="Bedford Laboratory Home">Bedford Laboratory Home</a></li>
98312  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/research.html">
    …  Research</a></li>
98313  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/lab-members.html"
    …  >Lab Members</a></li>
98314  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/publications.html"
    …  >Publications</a></li>
98315  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/resources.html">
    …  Resources</a></li>
98316  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bedford-laboratory/contact-us.html">
    …  Contact Us</a></li>
```

```
98317  </ul>
98318  </nav>
98319  </div>
98320  </section>
98321  </div>
98322  </div>
98323  </div></li>
98324  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html">Biomedical Optics &amp; Nanodiagnostics (BOND)
    …  Laboratory</a>
98325  <div class="subnav-mask">
98326  <div class="subnav-wrapper">
98327  <div class="subnav col10 pad">
98328  <section class="nested">
98329  <div class="col4 main-column">
98330  <nav class="secondary">
98331  <ul>
98332  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html" aria-label="Back to Biomedical Optics &amp;
    …  Nanodiagnostics (BOND) Laboratory">Biomedical Optics &amp; Nanodiagnostics (BOND)
    …  Laboratory</a></li>
98333  <li class="primary-nav-item">
98334  <a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory.html" aria-label="Biomedical Optics &amp; Nanodiagnostics
    …  (BOND) Laboratory Home">Biomedical Optics &amp; Nanodiagnostics (BOND) Laboratory
    …  Home</a></li>
98335  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/lab-members.html">Lab Members</a></li>
98336  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/research.html">Research</a></li>
98337  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/publications.html">Publications</a></li>
98338  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/news-and-media.html">News and Media</a></li>
98339  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/biomedical-optics-and-
    …  nanodiagnostics-laboratory/join-our-lab.html">Join the Lab</a></li>
98340  </ul>
98341  </nav>
98342  </div>
98343  </section>
98344  </div>
98345  </div>
98346  </div></li>
98347  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory.html">Brain Tumor Immunology and Immunotherapy
    …  Laboratory</a>
98348  <div class="subnav-mask">
98349  <div class="subnav-wrapper">
98350  <div class="subnav col10 pad">
98351  <section class="nested">
98352  <div class="col4 main-column">
98353  <nav class="secondary">
98354  <ul>
98355  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory.html" aria-label="Back to Brain Tumor Immunology and
    …  Immunotherapy Laboratory">Brain Tumor Immunology and Immunotherapy
    …  Laboratory</a></li>
98356  <li class="primary-nav-item">
```

```
98357  <a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory.html" aria-label="Brain Tumor Immunology and Immunotherapy
    …  Laboratory Home">Brain Tumor Immunology and Immunotherapy Laboratory Home</a></li>
98358  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory/lab-members.html">Lab Members</a></li>
98359  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory/publications.html">Publications</a></li>
98360  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory/news-and-media.html">News &amp; Events</a></li>
98361  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory/life-in-the-lab.html">Life in the Lab</a></li>
98362  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/brain-tumor-immunology-and-
    …  immunotherapy-laboratory/contact-us.html">Contact Us</a></li>
98363  </ul>
98364  </nav>
98365  </div>
98366  </section>
98367  </div>
98368  </div>
98369  </div></li>
98370  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory.html">Bratton
    …  Laboratory</a>
98371  <div class="subnav-mask">
98372  <div class="subnav-wrapper">
98373  <div class="subnav col10 pad">
98374  <section class="nested">
98375  <div class="col4 main-column">
98376  <nav class="secondary">
98377  <ul>
98378  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory.html"
    …  aria-label="Back to Bratton Laboratory">Bratton Laboratory</a></li>
98379  <li class="primary-nav-item">
98380  <a href="/research/departments-labs-institutes/labs/bratton-laboratory.html"
    …  aria-label="Bratton Laboratory Home">Bratton Laboratory Home</a></li>
98381  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/research.html">
    …  Research</a></li>
98382  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/lab-members.html"
    …  >Lab Members</a></li>
98383  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/life-in-the-lab.
    …  html">Life in the Lab</a></li>
98384  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/publications.html
    …  ">Publications</a></li>
98385  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/join-the-lab.html
    …  ">Join the Lab</a></li>
98386  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/bratton-laboratory/contact-us.html">
    …  Contact Us</a></li>
98387  </ul>
98388  </nav>
98389  </div>
98390  </section>
98391  </div>
98392  </div>
98393  </div></li>
98394  <li class="primary-nav-item has-subnav"><a
```

```
98394  href="/research/departments-labs-institutes/labs/brown-laboratory.html">Brown
       Laboratory</a>
98395  <div class="subnav-mask">
98396  <div class="subnav-wrapper">
98397  <div class="subnav col10 pad">
98398  <section class="nested">
98399  <div class="col4 main-column">
98400  <nav class="secondary">
98401  <ul>
98402  <li class="mobile-nav-back"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory.html"
       aria-label="Back to Brown Laboratory">Brown Laboratory</a></li>
98403  <li class="primary-nav-item">
98404  <a href="/research/departments-labs-institutes/labs/brown-laboratory.html"
       aria-label="Brown Laboratory Home">Brown Laboratory Home</a></li>
98405  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/lab-members.html">
       Lab Members</a></li>
98406  <li class="primary-nav-item has-subnav"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research.html">
       Research</a>
98407  <div class="subnav-mask">
98408  <div class="subnav-wrapper">
98409  <div class="subnav col10 pad">
98410  <section class="nested">
98411  <div class="col4 main-column">
98412  <nav class="secondary">
98413  <ul>
98414  <li class="mobile-nav-back"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research.html"
       aria-label="Back to Research">Research</a></li>
98415  <li class="primary-nav-item">
98416  <a href="/research/departments-labs-institutes/labs/brown-laboratory/research.html"
       aria-label="Research Home">Research Home</a></li>
98417  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/
       phosphatases.html">Discovery of Phosphatases Critical for the Growth and
       Tumorigenicity of
98418  ER-negative Breast Cancers</a></li>
98419  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/
       inflammatory-genes.html">Inflammatory Genes Differentially Regulated in ER-negative
       Breast Cancer</a></li>
98420  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/death-
       pathways.html">Targeting Death Pathways for the Prevention of ER-negative Breast
       Tumors</a></li>
98421  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/
       transcription-factors.html">Identification of Transcription Factors Critical for the
       Growth and
98422  Treatment of Breast Cancer</a></li>
98423  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/rxr-
       specific-retinoids.html">Targeting Breast Cancer Using RXR-Specific
       Retinoids</a></li>
98424  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/signaling-
       pathways.html">Targeting Signaling Pathways for the Treatment and Prevention of
       Breast Cancer</a></li>
98425  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/rexinoids.
       html">Suppression of Growth and Transformation of Breast Cancer Stem Cells by
       Rexinoids</a></li>
98426  <li class="primary-nav-item"><a
       href="/research/departments-labs-institutes/labs/brown-laboratory/research/novel-
       targets.html">Defining Novel Targets for the Treatment of ER-negative Breast
       Cancers</a></li>
```

```
98427  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/brown-laboratory/research/targeting-
       transcription-factors.html">Targeting Transcription Factors for the Prevention and
       Treatment of
98428  Breast Cancer</a></li>
98429  </ul>
98430  </nav>
98431  </div>
98432  </section>
98433  </div>
98434  </div>
98435  </div></li>
98436  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/brown-laboratory/publications.html">
   …   Publications</a></li>
98437  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/brown-laboratory/resources.html">
   …   Resources</a></li>
98438  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/brown-laboratory/contact-us.html">
       Contact Us</a></li>
98439  </ul>
98440  </nav>
98441  </div>
98442  </section>
98443  </div>
98444  </div>
98445  </div></li>
98446  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory.html">Byers
       Laboratory</a>
98447  <div class="subnav-mask">
98448  <div class="subnav-wrapper">
98449  <div class="subnav col10 pad">
98450  <section class="nested">
98451  <div class="col4 main-column">
98452  <nav class="secondary">
98453  <ul>
98454  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory.html"
       aria-label="Back to Byers Laboratory">Byers Laboratory</a></li>
98455  <li class="primary-nav-item">
98456  <a href="/research/departments-labs-institutes/labs/byers-laboratory.html"
       aria-label="Byers Laboratory Home">Byers Laboratory Home</a></li>
98457  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory/lab-members.html">
   …   Lab Members</a></li>
98458  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory/research.html">
   …   Research</a></li>
98459  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory/publications.html">
   …   Publications</a></li>
98460  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/byers-laboratory/contact-us.html">
       Contact Us</a></li>
98461  </ul>
98462  </nav>
98463  </div>
98464  </section>
98465  </div>
98466  </div>
98467  </div></li>
98468  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/calin-laboratory.html">Calin
       Laboratory</a>
98469  <div class="subnav-mask">
98470  <div class="subnav-wrapper">
```

```
98471 <div class="subnav-solid pad">
98472 <section class="nested">
98473 <div class="col4 main-column">
98474 <nav class="secondary">
98475 <ul>
98476 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory.html"
    …  aria-label="Back to Calin Laboratory">Calin Laboratory</a></li>
98477 <li class="primary-nav-item">
98478 <a href="/research/departments-labs-institutes/labs/calin-laboratory.html"
    …  aria-label="Calin Laboratory Home">Calin Laboratory Home</a></li>
98479 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/research.html">
    …  Research</a></li>
98480 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/lab-members.html">
    …  Lab Members</a></li>
98481 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/publications.html">
    …  Publications</a></li>
98482 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/resources.html">
    …  Resources</a></li>
98483 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/calin-laboratory/contact-us.html">
    …  Contact Information</a></li>
98484 </ul>
98485 </nav>
98486 </div>
98487 </section>
98488 </div>
98489 </div>
98490 </div></li>
98491 <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory.html">Cancer Nanomedicine &amp; Biology Laboratory</a>
98492 <div class="subnav-mask">
98493 <div class="subnav-wrapper">
98494 <div class="subnav col10 pad">
98495 <section class="nested">
98496 <div class="col4 main-column">
98497 <nav class="secondary">
98498 <ul>
98499 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory.html" aria-label="Back to Cancer Nanomedicine &amp; Biology
    …  Laboratory">Cancer Nanomedicine &amp; Biology Laboratory</a></li>
98500 <li class="primary-nav-item">
98501 <a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory.html" aria-label="Cancer Nanomedicine &amp; Biology Laboratory
    …  Home">Cancer Nanomedicine &amp; Biology Laboratory Home</a></li>
98502 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory/lab-members.html">Lab Members</a></li>
98503 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory/research.html">Research</a></li>
98504 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory/resources.html">Resources</a></li>
98505 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/cancer-nanomedicine-and-biology-
    …  laboratory/contact-us.html">Contact Us</a></li>
98506 </ul>
98507 </nav>
98508 </div>
98509 </section>
```

```
98510  </div>
98511  </div>
98512  </div></li>
98513  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory.html">Chandra
  …    Laboratory</a>
98514  <div class="subnav-mask">
98515  <div class="subnav-wrapper">
98516  <div class="subnav col10 pad">
98517  <section class="nested">
98518  <div class="col4 main-column">
98519  <nav class="secondary">
98520  <ul>
98521  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory.html"
  …    aria-label="Back to Chandra Laboratory">Chandra Laboratory</a></li>
98522  <li class="primary-nav-item">
98523  <a href="/research/departments-labs-institutes/labs/chandra-laboratory.html"
  …    aria-label="Chandra Laboratory Home">Chandra Laboratory Home</a></li>
98524  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory/lab-members.html"
  …    >Lab Members</a></li>
98525  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory/life-in-the-lab.
  …    html">Life in the Lab</a></li>
98526  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory/publications.html
  …    ">Publications</a></li>
98527  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chandra-laboratory/news-and-media.
  …    html">News &amp; Media</a></li>
98528  </ul>
98529  </nav>
98530  </div>
98531  </section>
98532  </div>
98533  </div>
98534  </div></li>
98535  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory.html">Taiping Chen
  …    Laboratory</a>
98536  <div class="subnav-mask">
98537  <div class="subnav-wrapper">
98538  <div class="subnav col10 pad">
98539  <section class="nested">
98540  <div class="col4 main-column">
98541  <nav class="secondary">
98542  <ul>
98543  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory.html"
  …    aria-label="Back to Taiping Chen Laboratory">Taiping Chen Laboratory</a></li>
98544  <li class="primary-nav-item">
98545  <a href="/research/departments-labs-institutes/labs/chen-laboratory.html"
  …    aria-label="Taiping Chen Laboratory Home">Taiping Chen Laboratory Home</a></li>
98546  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory/research.html">
  …    Research</a></li>
98547  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory/lab-members.html">
  …    Lab Members</a></li>
98548  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory/join-the-lab.html">
  …    Join the Lab</a></li>
98549  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory/publications.html">
  …    Publications</a></li>
98550  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/chen-laboratory/contact-us.html">
```

```
98550… Contact Us</a></li>
98551 </ul>
98552 </nav>
98553 </div>
98554 </section>
98555 </div>
98556 </div>
98557 </div></li>
98558 <li class="primary-nav-item has-subnav"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory.html">Cole
 …   Laboratory</a>
98559 <div class="subnav-mask">
98560 <div class="subnav-wrapper">
98561 <div class="subnav col10 pad">
98562 <section class="nested">
98563 <div class="col4 main-column">
98564 <nav class="secondary">
98565 <ul>
98566 <li class="mobile-nav-back"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory.html"
 …   aria-label="Back to Cole Laboratory">Cole Laboratory</a></li>
98567 <li class="primary-nav-item">
98568 <a href="/research/departments-labs-institutes/labs/cole-laboratory.html"
 …   aria-label="Cole Laboratory Home">Cole Laboratory Home</a></li>
98569 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory/lab-members.html">
 …   Lab Members</a></li>
98570 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory/research.html">
 …   Research</a></li>
98571 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory/publications.html">
 …   Publications</a></li>
98572 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory/life-in-the-lab.html
 …   ">Life in the Lab</a></li>
98573 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/cole-laboratory/contact-us.html">
 …   Contact Us</a></li>
98574 </ul>
98575 </nav>
98576 </div>
98577 </section>
98578 </div>
98579 </div>
98580 </div></li>
98581 <li class="primary-nav-item has-subnav"><a
 …   href="/research/departments-labs-institutes/labs/computational-research-laboratory.
 …   html">Computational Research Laboratory</a>
98582 <div class="subnav-mask">
98583 <div class="subnav-wrapper">
98584 <div class="subnav col10 pad">
98585 <section class="nested">
98586 <div class="col4 main-column">
98587 <nav class="secondary">
98588 <ul>
98589 <li class="mobile-nav-back"><a
 …   href="/research/departments-labs-institutes/labs/computational-research-laboratory.
 …   html" aria-label="Back to Computational Research Laboratory">Computational Research
 …   Laboratory</a></li>
98590 <li class="primary-nav-item">
98591 <a
 …   href="/research/departments-labs-institutes/labs/computational-research-laboratory.
 …   html" aria-label="Computational Research Laboratory Home">Computational Research
 …   Laboratory Home</a></li>
98592 <li class="primary-nav-item"><a
 …   href="/research/departments-labs-institutes/labs/computational-research-laboratory/
 …   lab-members.html">Lab Members</a></li>
```

```
98593  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/computational-research-laboratory/
   …   research.html">Research</a></li>
98594  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/computational-research-laboratory/
   …   publications.html">Publications</a></li>
98595  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/computational-research-laboratory/
   …   join-our-lab.html">Join our Lab</a></li>
98596  </ul>
98597  </nav>
98598  </div>
98599  </section>
98600  </div>
98601  </div>
98602  </div></li>
98603  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory.html">Cote
   …   Laboratory</a>
98604  <div class="subnav-mask">
98605  <div class="subnav-wrapper">
98606  <div class="subnav col10 pad">
98607  <section class="nested">
98608  <div class="col4 main-column">
98609  <nav class="secondary">
98610  <ul>
98611  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory.html"
   …   aria-label="Back to Cote Laboratory">Cote Laboratory</a></li>
98612  <li class="primary-nav-item">
98613  <a href="/research/departments-labs-institutes/labs/cote-laboratory.html"
   …   aria-label="Cote Laboratory Home">Cote Laboratory Home</a></li>
98614  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory/research.html">
   …   Research</a></li>
98615  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory/lab-members.html">
   …   Lab Members</a></li>
98616  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory/publications.html">
   …   Publications</a></li>
98617  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/cote-laboratory/contact-us.html">
   …   Contact Us</a></li>
98618  </ul>
98619  </nav>
98620  </div>
98621  </section>
98622  </div>
98623  </div>
98624  </div></li>
98625  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/court-laboratory.html">Court
   …   Laboratory</a>
98626  <div class="subnav-mask">
98627  <div class="subnav-wrapper">
98628  <div class="subnav col10 pad">
98629  <section class="nested">
98630  <div class="col4 main-column">
98631  <nav class="secondary">
98632  <ul>
98633  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/court-laboratory.html"
   …   aria-label="Back to Court Laboratory">Court Laboratory</a></li>
98634  <li class="primary-nav-item">
98635  <a href="/research/departments-labs-institutes/labs/court-laboratory.html"
   …   aria-label="Court Laboratory Home">Court Laboratory Home</a></li>
98636  <li class="primary-nav-item"><a
```

```
98636… href="/research/departments-labs-institutes/labs/court-laboratory/research.html">
…      Research</a></li>
98637  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/court-laboratory/lab-members.html">
…      Lab Members</a></li>
98638  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/court-laboratory/join-the-lab.html">
…      Join the Lab</a></li>
98639  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/court-laboratory/publications.html">
…      Publications</a></li>
98640  </ul>
98641  </nav>
98642  </div>
98643  </section>
98644  </div>
98645  </div>
98646  </div></li>
98647  <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/labs/danesh-laboratory.html">Danesh
…      Laboratory</a>
98648  <div class="subnav-mask">
98649  <div class="subnav-wrapper">
98650  <div class="subnav col10 pad">
98651  <section class="nested">
98652  <div class="col4 main-column">
98653  <nav class="secondary">
98654  <ul>
98655  <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/labs/danesh-laboratory.html"
…      aria-label="Back to Danesh Laboratory">Danesh Laboratory</a></li>
98656  <li class="primary-nav-item">
98657  <a href="/research/departments-labs-institutes/labs/danesh-laboratory.html"
…      aria-label="Danesh Laboratory Home">Danesh Laboratory Home</a></li>
98658  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/danesh-laboratory/research.html">
…      Research</a></li>
98659  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/danesh-laboratory/lab-members.html">
…      Lab Members</a></li>
98660  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/danesh-laboratory/publications.html"
…      >Publications</a></li>
98661  </ul>
98662  </nav>
98663  </div>
98664  </section>
98665  </div>
98666  </div>
98667  </div></li>
98668  <li class="primary-nav-item has-subnav"><a
…      href="/research/departments-labs-institutes/labs/davis-lab.html">Davis Laboratory</a>
98669  <div class="subnav-mask">
98670  <div class="subnav-wrapper">
98671  <div class="subnav col10 pad">
98672  <section class="nested">
98673  <div class="col4 main-column">
98674  <nav class="secondary">
98675  <ul>
98676  <li class="mobile-nav-back"><a
…      href="/research/departments-labs-institutes/labs/davis-lab.html" aria-label="Back to
…      Davis Laboratory">Davis Laboratory</a></li>
98677  <li class="primary-nav-item">
98678  <a href="/research/departments-labs-institutes/labs/davis-lab.html" aria-label="Davis
…      Laboratory Home">Davis Laboratory Home</a></li>
98679  <li class="primary-nav-item"><a
…      href="/research/departments-labs-institutes/labs/davis-lab/lab-members.html">Lab
…      Members</a></li>
```

```
98680  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/davis-lab/contact-us.html">Contact
   …   Us</a></li>
98681  </ul>
98682  </nav>
98683  </div>
98684  </section>
98685  </div>
98686  </div>
98687  </div></li>
98688  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory.html">Dent
   …   Laboratory</a>
98689  <div class="subnav-mask">
98690  <div class="subnav-wrapper">
98691  <div class="subnav col10 pad">
98692  <section class="nested">
98693  <div class="col4 main-column">
98694  <nav class="secondary">
98695  <ul>
98696  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory.html"
   …   aria-label="Back to Dent Laboratory">Dent Laboratory</a></li>
98697  <li class="primary-nav-item">
98698  <a href="/research/departments-labs-institutes/labs/dent-laboratory.html"
   …   aria-label="Dent Laboratory Home">Dent Laboratory Home</a></li>
98699  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory/research.html">
   …   Research</a></li>
98700  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory/lab-members.html">
   …   Lab Members</a></li>
98701  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory/publications.html">
   …   Publications</a></li>
98702  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory/resources.html">
   …   Resources</a></li>
98703  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/dent-laboratory/contact-us.html">
   …   Contact Information</a></li>
98704  </ul>
98705  </nav>
98706  </div>
98707  </section>
98708  </div>
98709  </div>
98710  </div></li>
98711  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/depinho-laboratory.html">DePinho
   …   Laboratory</a>
98712  <div class="subnav-mask">
98713  <div class="subnav-wrapper">
98714  <div class="subnav col10 pad">
98715  <section class="nested">
98716  <div class="col4 main-column">
98717  <nav class="secondary">
98718  <ul>
98719  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/depinho-laboratory.html"
   …   aria-label="Back to DePinho Laboratory ">DePinho Laboratory</a></li>
98720  <li class="primary-nav-item">
98721  <a href="/research/departments-labs-institutes/labs/depinho-laboratory.html"
   …   aria-label="DePinho Laboratory  Home">DePinho Laboratory Home</a></li>
98722  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
   …   >Lab Members</a>
98723  <div class="subnav-mask">
```

```
98724 <div class="subnav-wrapper">
98725 <div class="subnav col10 pad">
98726 <section class="nested">
98727 <div class="col4 main-column">
98728 <nav class="secondary">
98729 <ul>
98730 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
    … aria-label="Back to Lab Members">Lab Members</a></li>
98731 <li class="primary-nav-item">
98732 <a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members.html"
    … aria-label="Lab Members Home">Lab Members Home</a></li>
98733 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/lab-members/
    … former-lab-members.html">Former Lab Members</a></li>
98734 </ul>
98735 </nav>
98736 </div>
98737 </section>
98738 </div>
98739 </div>
98740 </div></li>
98741 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/research.html">
    … Research</a></li>
98742 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/publications.html
    … ">Publications</a></li>
98743 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/depinho-laboratory/resources.html">
    … Resources</a></li>
98744 </ul>
98745 </nav>
98746 </div>
98747 </section>
98748 </div>
98749 </div>
98750 </div></li>
98751 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html">
    … Dmitrovsky Laboratory</a>
98752 <div class="subnav-mask">
98753 <div class="subnav-wrapper">
98754 <div class="subnav col10 pad">
98755 <section class="nested">
98756 <div class="col4 main-column">
98757 <nav class="secondary">
98758 <ul>
98759 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html"
    … aria-label="Back to Dmitrovsky Laboratory">Dmitrovsky Laboratory</a></li>
98760 <li class="primary-nav-item">
98761 <a href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory.html"
    … aria-label="Dmitrovsky Laboratory Home">Dmitrovsky Laboratory Home</a></li>
98762 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/research.html"
    … >Research</a></li>
98763 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/lab-members.
    … html">Lab Members</a></li>
98764 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/publications.
    … html">Publications</a></li>
98765 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/dmitrovsky-laboratory/contact-us.
    … html">Contact Us</a></li>
98766 </ul>
```

```
98767 </nav>
98768 </div>
98769 </section>
98770 </div>
98771 </div>
98772 </div></li>
98773 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory.html">Duvic
      Laboratory</a>
98774 <div class="subnav-mask">
98775 <div class="subnav-wrapper">
98776 <div class="subnav col10 pad">
98777 <section class="nested">
98778 <div class="col4 main-column">
98779 <nav class="secondary">
98780 <ul>
98781 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory.html"
   …  aria-label="Back to Duvic Laboratory">Duvic Laboratory</a></li>
98782 <li class="primary-nav-item">
98783 <a href="/research/departments-labs-institutes/labs/duvic-laboratory.html"
   …  aria-label="Duvic Laboratory Home">Duvic Laboratory Home</a></li>
98784 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory/research.html">
   …  Research</a></li>
98785 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory/lab-members.html">
   …  Lab Members</a></li>
98786 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory/publications.html">
   …  Publications</a></li>
98787 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/duvic-laboratory/contact-us.html">
   …  Contact Us</a></li>
98788 </ul>
98789 </nav>
98790 </div>
98791 </section>
98792 </div>
98793 </div>
98794 </div></li>
98795 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html">
   …  Eisenhoffer Laboratory</a>
98796 <div class="subnav-mask">
98797 <div class="subnav-wrapper">
98798 <div class="subnav col10 pad">
98799 <section class="nested">
98800 <div class="col4 main-column">
98801 <nav class="secondary">
98802 <ul>
98803 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html"
   …  aria-label="Back to Eisenhoffer Laboratory">Eisenhoffer Laboratory</a></li>
98804 <li class="primary-nav-item">
98805 <a href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory.html"
   …  aria-label="Eisenhoffer Laboratory Home">Eisenhoffer Laboratory Home</a></li>
98806 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/research.html
   …  ">Research</a></li>
98807 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/lab-members.
   …  html">Lab Members</a></li>
98808 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/news-and-
   …  media.html">News &amp; Media</a></li>
98809 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/join-the-lab.
```

```
98809… html">Join the Lab</a></li>
98810 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/publications.
  … html">Publications</a></li>
98811 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/eisenhoffer-laboratory/contact-us.
  … html">Contact Us</a></li>
98812 </ul>
98813 </nav>
98814 </div>
98815 </section>
98816 </div>
98817 </div>
98818 </div></li>
98819 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory.html">Evans
  … Laboratory</a>
98820 <div class="subnav-mask">
98821 <div class="subnav-wrapper">
98822 <div class="subnav col10 pad">
98823 <section class="nested">
98824 <div class="col4 main-column">
98825 <nav class="secondary">
98826 <ul>
98827 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory.html"
  … aria-label="Back to Evans Laboratory">Evans Laboratory</a></li>
98828 <li class="primary-nav-item">
98829 <a href="/research/departments-labs-institutes/labs/evans-laboratory.html"
  … aria-label="Evans Laboratory Home">Evans Laboratory Home</a></li>
98830 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory/research.html">
  … Research</a></li>
98831 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory/lab-members.html">
  … Lab Members</a></li>
98832 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory/publications.html">
  … Publications</a></li>
98833 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/evans-laboratory/contact-us.html">
  … Contact Us</a></li>
98834 </ul>
98835 </nav>
98836 </div>
98837 </section>
98838 </div>
98839 </div>
98840 </div></li>
98841 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/labs/fagundes-laboratory.html">Fagundes
  … Laboratory</a>
98842 <div class="subnav-mask">
98843 <div class="subnav-wrapper">
98844 <div class="subnav col10 pad">
98845 <section class="nested">
98846 <div class="col4 main-column">
98847 <nav class="secondary">
98848 <ul>
98849 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/labs/fagundes-laboratory.html"
  … aria-label="Back to Fagundes Laboratory">Fagundes Laboratory</a></li>
98850 <li class="primary-nav-item">
98851 <a href="/research/departments-labs-institutes/labs/fagundes-laboratory.html"
  … aria-label="Fagundes Laboratory Home">Fagundes Laboratory Home</a></li>
98852 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/fagundes-laboratory/research.html">
  … Current Research</a></li>
```

```
98853  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory/publications.
   …   html">Publications</a></li>
98854  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fagundes-laboratory/lab-members.html
   …   ">Lab Members</a></li>
98855  </ul>
98856  </nav>
98857  </div>
98858  </section>
98859  </div>
98860  </div>
98861  </div></li>
98862  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html">
   …   Fleming-Koay Laboratory</a>
98863  <div class="subnav-mask">
98864  <div class="subnav-wrapper">
98865  <div class="subnav col10 pad">
98866  <section class="nested">
98867  <div class="col4 main-column">
98868  <nav class="secondary">
98869  <ul>
98870  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html"
   …   aria-label="Back to Fleming-Koay Laboratory">Fleming-Koay Laboratory</a></li>
98871  <li class="primary-nav-item">
98872  <a href="/research/departments-labs-institutes/labs/fleming-koay-laboratory.html"
   …   aria-label="Fleming-Koay Laboratory Home">Fleming-Koay Laboratory Home</a></li>
98873  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/publications
   …   .html">Publications</a></li>
98874  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/lab-members.
   …   html">Lab Members</a></li>
98875  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/life-in-the-
   …   lab.html">Life in the Lab</a></li>
98876  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/fleming-koay-laboratory/join-our-lab
   …   .html">Join Our Lab</a></li>
98877  </ul>
98878  </nav>
98879  </div>
98880  </section>
98881  </div>
98882  </div>
98883  </div></li>
98884  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/flores-laboratory.html">Flores
   …   Laboratory</a>
98885  <div class="subnav-mask">
98886  <div class="subnav-wrapper">
98887  <div class="subnav col10 pad">
98888  <section class="nested">
98889  <div class="col4 main-column">
98890  <nav class="secondary">
98891  <ul>
98892  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/flores-laboratory.html"
   …   aria-label="Back to Flores Laboratory">Flores Laboratory</a></li>
98893  <li class="primary-nav-item">
98894  <a href="/research/departments-labs-institutes/labs/flores-laboratory.html"
   …   aria-label="Flores Laboratory Home">Flores Laboratory Home</a></li>
98895  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/flores-laboratory/research.html">
   …   Research</a></li>
98896  <li class="primary-nav-item"><a
```

```
98896  href="/research/departments-labs-institutes/labs/flores-laboratory/publications.html"
  …   >Publications</a></li>
98897  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/flores-laboratory/news-and-media.
  …   html">News and Media</a></li>
98898  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/flores-laboratory/lab-members.html">
  …   Lab Members</a></li>
98899  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/flores-laboratory/contact-us.html">
  …   Contact Us</a></li>
98900  </ul>
98901  </nav>
98902  </div>
98903  </section>
98904  </div>
98905  </div>
98906  </div></li>
98907  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/gagel-laboratory.html">Gagel
  …   Laboratory</a>
98908  <div class="subnav-mask">
98909  <div class="subnav-wrapper">
98910  <div class="subnav col10 pad">
98911  <section class="nested">
98912  <div class="col4 main-column">
98913  <nav class="secondary">
98914  <ul>
98915  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/gagel-laboratory.html"
  …   aria-label="Back to Gagel Laboratory">Gagel Laboratory</a></li>
98916  <li class="primary-nav-item">
98917  <a href="/research/departments-labs-institutes/labs/gagel-laboratory.html"
  …   aria-label="Gagel Laboratory Home">Gagel Laboratory Home</a></li>
98918  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/gagel-laboratory/research.html">
  …   Research</a></li>
98919  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/gagel-laboratory/publications.html">
  …   Publications</a></li>
98920  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/gagel-laboratory/lab-members.html">
  …   Lab Members</a></li>
98921  </ul>
98922  </nav>
98923  </div>
98924  </section>
98925  </div>
98926  </div>
98927  </div></li>
98928  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/galko-laboratory.html">Galko
  …   Laboratory</a>
98929  <div class="subnav-mask">
98930  <div class="subnav-wrapper">
98931  <div class="subnav col10 pad">
98932  <section class="nested">
98933  <div class="col4 main-column">
98934  <nav class="secondary">
98935  <ul>
98936  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/galko-laboratory.html"
  …   aria-label="Back to Galko Laboratory">Galko Laboratory</a></li>
98937  <li class="primary-nav-item">
98938  <a href="/research/departments-labs-institutes/labs/galko-laboratory.html"
  …   aria-label="Galko Laboratory Home">Galko Laboratory Home</a></li>
98939  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/galko-laboratory/research.html">
```

```
98939… Research</a></li>
98940 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/publications.html">
   … Publications</a></li>
98941 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/news-and-media.html
   … ">News and Media</a></li>
98942 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/lab-members.html">
   … Lab Members</a></li>
98943 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/join-the-lab.html">
   … Join Our Lab</a></li>
98944 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/galko-laboratory/contact-us.html">
   … Contact Us</a></li>
98945 </ul>
98946 </nav>
98947 </div>
98948 </section>
98949 </div>
98950 </div>
98951 </div></li>
98952 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory.html">Gibbons
   … Laboratory</a>
98953 <div class="subnav-mask">
98954 <div class="subnav-wrapper">
98955 <div class="subnav col10 pad">
98956 <section class="nested">
98957 <div class="col4 main-column">
98958 <nav class="secondary">
98959 <ul>
98960 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory.html"
   … aria-label="Back to Gibbons Laboratory">Gibbons Laboratory</a></li>
98961 <li class="primary-nav-item">
98962 <a href="/research/departments-labs-institutes/labs/gibbons-laboratory.html"
   … aria-label="Gibbons Laboratory Home">Gibbons Laboratory Home</a></li>
98963 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory/research.html">
   … Research</a></li>
98964 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory/publications.html
   … ">Publications</a></li>
98965 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory/lab-members.html"
   … >Lab Members</a></li>
98966 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/labs/gibbons-laboratory/contact-us.html">
   … Contact Us</a></li>
98967 </ul>
98968 </nav>
98969 </div>
98970 </section>
98971 </div>
98972 </div>
98973 </div></li>
98974 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/labs/gladden-laboratory.html">Gladden
   … Laboratory</a>
98975 <div class="subnav-mask">
98976 <div class="subnav-wrapper">
98977 <div class="subnav col10 pad">
98978 <section class="nested">
98979 <div class="col4 main-column">
98980 <nav class="secondary">
98981 <ul>
```

```
98982  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory.html"
   …   aria-label="Back to Gladden Laboratory">Gladden Laboratory</a></li>
98983  <li class="primary-nav-item">
98984  <a href="/research/departments-labs-institutes/labs/gladden-laboratory.html"
   …   aria-label="Gladden Laboratory Home">Gladden Laboratory Home</a></li>
98985  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/research.html">
   …   Research</a></li>
98986  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/publications.html
   …   ">Publications</a></li>
98987  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/lab-members.html
   …   >Lab Members</a></li>
98988  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/join-the-lab.html
   …   ">Join Our Lab</a></li>
98989  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/gladden-laboratory/contact-us.html">
   …   Contact Us</a></li>
98990  </ul>
98991  </nav>
98992  </div>
98993  </section>
98994  </div>
98995  </div>
98996  </div></li>
98997  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory.html">Heymach
   …   Laboratory</a>
98998  <div class="subnav-mask">
98999  <div class="subnav-wrapper">
99000  <div class="subnav col10 pad">
99001  <section class="nested">
99002  <div class="col4 main-column">
99003  <nav class="secondary">
99004  <ul>
99005  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory.html"
   …   aria-label="Back to Heymach Laboratory">Heymach Laboratory</a></li>
99006  <li class="primary-nav-item">
99007  <a href="/research/departments-labs-institutes/labs/heymach-laboratory.html"
   …   aria-label="Heymach Laboratory Home">Heymach Laboratory Home</a></li>
99008  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory/research.html">
   …   Research</a></li>
99009  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory/publications.html
   …   ">Publications</a></li>
99010  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory/lab-members.html
   …   >Lab Members</a></li>
99011  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/heymach-laboratory/contact-us.html">
   …   Contact Us</a></li>
99012  </ul>
99013  </nav>
99014  </div>
99015  </section>
99016  </div>
99017  </div>
99018  </div></li>
99019  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/hofmann-laboratory.html">Hofmann
   …   Laboratory</a>
99020  <div class="subnav-mask">
99021  <div class="subnav-wrapper">
```

```
99022 <div class="subnav solid pad">
99023 <section class="nested">
99024 <div class="col4 main-column">
99025 <nav class="secondary">
99026 <ul>
99027 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/hofmann-laboratory.html"
   …  aria-label="Back to Hofmann Laboratory">Hofmann Laboratory</a></li>
99028 <li class="primary-nav-item">
99029 <a href="/research/departments-labs-institutes/labs/hofmann-laboratory.html"
   …  aria-label="Hofmann Laboratory Home">Hofmann Laboratory Home</a></li>
99030 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/research.html">
   …  Research</a></li>
99031 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/publications.html
   …  ">Publications</a></li>
99032 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/lab-members.html"
   …  >Lab Members</a></li>
99033 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/hofmann-laboratory/contact-us.html">
   …  Contact Us</a></li>
99034 </ul>
99035 </nav>
99036 </div>
99037 </section>
99038 </div>
99039 </div>
99040 </div></li>
99041 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html">Jichao
   …  Chen Laboratory</a>
99042 <div class="subnav-mask">
99043 <div class="subnav-wrapper">
99044 <div class="subnav col10 pad">
99045 <section class="nested">
99046 <div class="col4 main-column">
99047 <nav class="secondary">
99048 <ul>
99049 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html"
   …  aria-label="Back to Jichao Chen Laboratory">Jichao Chen Laboratory</a></li>
99050 <li class="primary-nav-item">
99051 <a href="/research/departments-labs-institutes/labs/jichao-chen-laboratory.html"
   …  aria-label="Jichao Chen Laboratory Home">Jichao Chen Laboratory Home</a></li>
99052 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/research.html
   …  ">Research</a></li>
99053 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/publications.
   …  html">Publications</a></li>
99054 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/lab-members.
   …  html">Lab Members</a></li>
99055 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/jichao-chen-laboratory/contact-us.
   …  html">Contact Us</a></li>
99056 </ul>
99057 </nav>
99058 </div>
99059 </section>
99060 </div>
99061 </div>
99062 </div></li>
99063 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/johnson-laboratory.html">David
   …  Johnson Laboratory</a>
```

```
99064 <div class="subnav-mask">
99065 <div class="subnav-wrapper">
99066 <div class="subnav col10 pad">
99067 <section class="nested">
99068 <div class="col4 main-column">
99069 <nav class="secondary">
99070 <ul>
99071 <li class="mobile-nav-back"><a
   .. href="/research/departments-labs-institutes/labs/johnson-laboratory.html"
   .. aria-label="Back to David Johnson Laboratory">David Johnson Laboratory</a></li>
99072 <li class="primary-nav-item">
99073 <a href="/research/departments-labs-institutes/labs/johnson-laboratory.html"
   .. aria-label="David Johnson Laboratory Home">David Johnson Laboratory Home</a></li>
99074 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/johnson-laboratory/research.html">
   .. Research</a></li>
99075 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/johnson-laboratory/publications.html
   .. ">Publications</a></li>
99076 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/johnson-laboratory/lab-members.html"
   .. >Lab Members</a></li>
99077 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/johnson-laboratory/contact-us.html">
   .. Contact Us</a></li>
99078 </ul>
99079 </nav>
99080 </div>
99081 </section>
99082 </div>
99083 </div>
99084 </div></li>
99085 <li class="primary-nav-item has-subnav"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html">Faye
   .. Johnson Laboratory</a>
99086 <div class="subnav-mask">
99087 <div class="subnav-wrapper">
99088 <div class="subnav col10 pad">
99089 <section class="nested">
99090 <div class="col4 main-column">
99091 <nav class="secondary">
99092 <ul>
99093 <li class="mobile-nav-back"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html"
   .. aria-label="Back to Faye Johnson Laboratory">Faye Johnson Laboratory</a></li>
99094 <li class="primary-nav-item">
99095 <a href="/research/departments-labs-institutes/labs/faye-johnson-laboratory.html"
   .. aria-label="Faye Johnson Laboratory Home">Faye Johnson Laboratory Home</a></li>
99096 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/research.
   .. html">Research</a></li>
99097 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/publications
   .. .html">Publications</a></li>
99098 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/lab-members.
   .. html">Lab Members</a></li>
99099 <li class="primary-nav-item"><a
   .. href="/research/departments-labs-institutes/labs/faye-johnson-laboratory/contact-us.
   .. html">Contact Us</a></li>
99100 </ul>
99101 </nav>
99102 </div>
99103 </section>
99104 </div>
99105 </div>
99106 </div></li>
99107 <li class="primary-nav-item has-subnav"><a
```

```
99107 href="/research/departments-labs-institutes/labs/kalluri-laboratory.html">Kalluri
…     Laboratory</a>
99108 <div class="subnav-mask">
99109 <div class="subnav-wrapper">
99110 <div class="subnav col10 pad">
99111 <section class="nested">
99112 <div class="col4 main-column">
99113 <nav class="secondary">
99114 <ul>
99115 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/labs/kalluri-laboratory.html"
…     aria-label="Back to Kalluri Laboratory">Kalluri Laboratory</a></li>
99116 <li class="primary-nav-item">
99117 <a href="/research/departments-labs-institutes/labs/kalluri-laboratory.html"
…     aria-label="Kalluri Laboratory Home">Kalluri Laboratory Home</a></li>
99118 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kalluri-laboratory/research.html">
…     Research</a></li>
99119 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kalluri-laboratory/publications.html
…     ">Publications</a></li>
99120 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kalluri-laboratory/lab-members.html"
…     >Lab Members</a></li>
99121 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kalluri-laboratory/contact-us.html">
…     Contact Us</a></li>
99122 </ul>
99123 </nav>
99124 </div>
99125 </section>
99126 </div>
99127 </div>
99128 </div></li>
99129 <li class="primary-nav-item has-subnav"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory.html">Kappadath
…     Laboratory</a>
99130 <div class="subnav-mask">
99131 <div class="subnav-wrapper">
99132 <div class="subnav col10 pad">
99133 <section class="nested">
99134 <div class="col4 main-column">
99135 <nav class="secondary">
99136 <ul>
99137 <li class="mobile-nav-back"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory.html"
…     aria-label="Back to Kappadath Laboratory">Kappadath Laboratory</a></li>
99138 <li class="primary-nav-item">
99139 <a href="/research/departments-labs-institutes/labs/kappadath-laboratory.html"
…     aria-label="Kappadath Laboratory Home">Kappadath Laboratory Home</a></li>
99140 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/research.html">
…     Research</a></li>
99141 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/news-and-media.
…     html">Grant Funding</a></li>
99142 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/publications.
…     html">Publications</a></li>
99143 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/lab-members.
…     html">Lab Members</a></li>
99144 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/join-the-lab.
…     html">Join Our Lab</a></li>
99145 <li class="primary-nav-item"><a
…     href="/research/departments-labs-institutes/labs/kappadath-laboratory/contact-us.html
…     ">Contact Us</a></li>
```

```
99146  </ul>
99147  </nav>
99148  </div>
99149  </section>
99150  </div>
99151  </div>
99152  </div></li>
99153  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html">
  …   Kontoyiannis Laboratory</a>
99154  <div class="subnav-mask">
99155  <div class="subnav-wrapper">
99156  <div class="subnav col10 pad">
99157  <section class="nested">
99158  <div class="col4 main-column">
99159  <nav class="secondary">
99160  <ul>
99161  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html"
  …   aria-label="Back to Kontoyiannis Laboratory">Kontoyiannis Laboratory</a></li>
99162  <li class="primary-nav-item">
99163  <a href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory.html"
  …   aria-label="Kontoyiannis Laboratory Home">Kontoyiannis Laboratory Home</a></li>
99164  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/research.
  …   html">Current Research</a></li>
99165  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/publications
  …   .html">Publications</a></li>
99166  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/kontoyiannis-laboratory/lab-members.
  …   html">Lab Members</a></li>
99167  </ul>
99168  </nav>
99169  </div>
99170  </section>
99171  </div>
99172  </div>
99173  </div></li>
99174  <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory.html">Krishnan
  …   Laboratory</a>
99175  <div class="subnav-mask">
99176  <div class="subnav-wrapper">
99177  <div class="subnav col10 pad">
99178  <section class="nested">
99179  <div class="col4 main-column">
99180  <nav class="secondary">
99181  <ul>
99182  <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory.html"
  …   aria-label="Back to Krishnan Laboratory">Krishnan Laboratory</a></li>
99183  <li class="primary-nav-item">
99184  <a href="/research/departments-labs-institutes/labs/krishnan-laboratory.html"
  …   aria-label="Krishnan Laboratory Home">Krishnan Laboratory Home</a></li>
99185  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory/research.html">
  …   Research</a></li>
99186  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory/news-and-media.
  …   html">News &amp; Media</a></li>
99187  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory/publications.
  …   html">Publications</a></li>
99188  <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/krishnan-laboratory/lab-members.html
  …   ">Lab Members</a></li>
99189  <li class="primary-nav-item"><a
```

```
99189… href="/research/departments-labs-institutes/labs/krishnan-laboratory/contact-us.html"
  …  >Contact Us</a></li>
99190 </ul>
99191 </nav>
99192 </div>
99193 </section>
99194 </div>
99195 </div>
99196 </div></li>
99197 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory.html">Kurie
  …  Laboratory</a>
99198 <div class="subnav-mask">
99199 <div class="subnav-wrapper">
99200 <div class="subnav col10 pad">
99201 <section class="nested">
99202 <div class="col4 main-column">
99203 <nav class="secondary">
99204 <ul>
99205 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory.html"
  …  aria-label="Back to Kurie Laboratory">Kurie Laboratory</a></li>
99206 <li class="primary-nav-item">
99207 <a href="/research/departments-labs-institutes/labs/kurie-laboratory.html"
  …  aria-label="Kurie Laboratory Home">Kurie Laboratory Home</a></li>
99208 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory/research.html">
  …  Research</a></li>
99209 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory/publications.html">
  …  Publications</a></li>
99210 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory/lab-members.html">
  …  Lab Members</a></li>
99211 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory/resources.html">
  …  Resources</a></li>
99212 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/kurie-laboratory/contact-us.html">
  …  Contact Us</a></li>
99213 </ul>
99214 </nav>
99215 </div>
99216 </section>
99217 </div>
99218 </div>
99219 </div></li>
99220 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/lopez-laboratory.html">Lopez-
  …  Berestein Laboratory</a>
99221 <div class="subnav-mask">
99222 <div class="subnav-wrapper">
99223 <div class="subnav col10 pad">
99224 <section class="nested">
99225 <div class="col4 main-column">
99226 <nav class="secondary">
99227 <ul>
99228 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/lopez-laboratory.html"
  …  aria-label="Back to Lopez-Berestein Laboratory">Lopez-Berestein Laboratory</a></li>
99229 <li class="primary-nav-item">
99230 <a href="/research/departments-labs-institutes/labs/lopez-laboratory.html"
  …  aria-label="Lopez-Berestein Laboratory Home">Lopez-Berestein Laboratory Home</a></li>
99231 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/lopez-laboratory/lab-members.html">
  …  Lab Members</a></li>
99232 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/lopez-laboratory/publications.html">
```

```
99232… Publications</a></li>
99233 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lopez-laboratory/contact-us.html">
    … Contact Us</a></li>
99234 </ul>
99235 </nav>
99236 </div>
99237 </section>
99238 </div>
99239 </div>
99240 </div></li>
99241 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory.html">Lozano
    … Laboratory</a>
99242 <div class="subnav-mask">
99243 <div class="subnav-wrapper">
99244 <div class="subnav col10 pad">
99245 <section class="nested">
99246 <div class="col4 main-column">
99247 <nav class="secondary">
99248 <ul>
99249 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory.html"
    … aria-label="Back to Lozano Laboratory">Lozano Laboratory</a></li>
99250 <li class="primary-nav-item">
99251 <a href="/research/departments-labs-institutes/labs/lozano-laboratory.html"
    … aria-label="Lozano Laboratory Home">Lozano Laboratory Home</a></li>
99252 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory/research.html">
    … Research</a></li>
99253 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory/publications.html"
    … >Publications</a></li>
99254 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory/lab-members.html">
    … Lab Members</a></li>
99255 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory/join-the-lab.html"
    … >Join Our Lab</a></li>
99256 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/lozano-laboratory/contact-us.html">
    … Contact Us</a></li>
99257 </ul>
99258 </nav>
99259 </div>
99260 </section>
99261 </div>
99262 </div>
99263 </div></li>
99264 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
    … laboratory.html">Magnetic Relaxometry Research Laboratory</a>
99265 <div class="subnav-mask">
99266 <div class="subnav-wrapper">
99267 <div class="subnav col10 pad">
99268 <section class="nested">
99269 <div class="col4 main-column">
99270 <nav class="secondary">
99271 <ul>
99272 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
    … laboratory.html" aria-label="Back to Magnetic Relaxometry Research
    … Laboratory">Magnetic Relaxometry Research Laboratory</a></li>
99273 <li class="primary-nav-item">
99274 <a
    … href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
    … laboratory.html" aria-label="Magnetic Relaxometry Research Laboratory Home">Magnetic
    … Relaxometry Research Laboratory Home</a></li>
```

```
99275  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
       laboratory/research.html">Research</a></li>
99276  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
       laboratory/publications.html">Publications</a></li>
99277  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
       laboratory/lab-members.html">Lab Members</a></li>
99278  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-relaxometry-research-
       laboratory/contact-us.html">Contact Us</a></li>
99279  </ul>
99280  </nav>
99281  </div>
99282  </section>
99283  </div>
99284  </div>
99285  </div></li>
99286  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html">
  …    Magnetic Resonance Systems Laboratory</a>
99287  <div class="subnav-mask">
99288  <div class="subnav-wrapper">
99289  <div class="subnav col10 pad">
99290  <section class="nested">
99291  <div class="col4 main-column">
99292  <nav class="secondary">
99293  <ul>
99294  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html"
  …    aria-label="Back to Magnetic Resonance Systems Laboratory">Magnetic Resonance Systems
  …    Laboratory</a></li>
99295  <li class="primary-nav-item">
99296  <a href="/research/departments-labs-institutes/labs/magnetic-resonance-systems.html"
  …    aria-label="Magnetic Resonance Systems Laboratory Home">Magnetic Resonance Systems
  …    Laboratory Home</a></li>
99297  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/research.
  …    html">Research</a></li>
99298  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/
  …    publications.html">Publications</a></li>
99299  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/lab-
  …    members.html">Lab Members</a></li>
99300  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/magnetic-resonance-systems/contact-
  …    us.html">Contact Us</a></li>
99301  </ul>
99302  </nav>
99303  </div>
99304  </section>
99305  </div>
99306  </div>
99307  </div></li>
99308  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/maitra-laboratory.html">Maitra
  …    Laboratory</a>
99309  <div class="subnav-mask">
99310  <div class="subnav-wrapper">
99311  <div class="subnav col10 pad">
99312  <section class="nested">
99313  <div class="col4 main-column">
99314  <nav class="secondary">
99315  <ul>
99316  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/maitra-laboratory.html"
```

```
99316… aria-label="Back to Maitra Laboratory">Maitra Laboratory</a></li>
99317 <li class="primary-nav-item">
99318 <a href="/research/departments-labs-institutes/labs/maitra-laboratory.html"
   …  aria-label="Maitra Laboratory Home">Maitra Laboratory Home</a></li>
99319 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory/research.html">
   …  Research</a></li>
99320 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/maitra-laboratory/publications.html"
   …  >Publications</a></li>
99321 </ul>
99322 </nav>
99323 </div>
99324 </section>
99325 </div>
99326 </div>
99327 </div></li>
99328 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory.html">McBride
   …  Laboratory</a>
99329 <div class="subnav-mask">
99330 <div class="subnav-wrapper">
99331 <div class="subnav col10 pad">
99332 <section class="nested">
99333 <div class="col4 main-column">
99334 <nav class="secondary">
99335 <ul>
99336 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory.html"
   …  aria-label="Back to McBride Laboratory">McBride Laboratory</a></li>
99337 <li class="primary-nav-item">
99338 <a href="/research/departments-labs-institutes/labs/mcbride-laboratory.html"
   …  aria-label="McBride Laboratory Home">McBride Laboratory Home</a></li>
99339 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory/research.html">
   …  Research</a></li>
99340 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory/publications.html
   …  ">Publications</a></li>
99341 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory/lab-members.html"
   …  >Lab Members</a></li>
99342 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/mcbride-laboratory/contact-us.html">
   …  Contact Us</a></li>
99343 </ul>
99344 </nav>
99345 </div>
99346 </section>
99347 </div>
99348 </div>
99349 </div></li>
99350 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/mccarty-laboratory.html">McCarty
   …  Laboratory</a>
99351 <div class="subnav-mask">
99352 <div class="subnav-wrapper">
99353 <div class="subnav col10 pad">
99354 <section class="nested">
99355 <div class="col4 main-column">
99356 <nav class="secondary">
99357 <ul>
99358 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/mccarty-laboratory.html"
   …  aria-label="Back to McCarty Laboratory">McCarty Laboratory</a></li>
99359 <li class="primary-nav-item">
99360 <a href="/research/departments-labs-institutes/labs/mccarty-laboratory.html"
   …  aria-label="McCarty Laboratory Home">McCarty Laboratory Home</a></li>
```

```
99361 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccarty-laboratory/research.html">
    … Research</a></li>
99362 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccarty-laboratory/publications.html
    … ">Publications</a></li>
99363 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccarty-laboratory/lab-members.html"
    … >Lab Members</a></li>
99364 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccarty-laboratory/contact-us.html">
    … Contact Us</a></li>
99365 </ul>
99366 </nav>
99367 </div>
99368 </section>
99369 </div>
99370 </div>
99371 </div></li>
99372 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory.html">McCrea
    … Laboratory</a>
99373 <div class="subnav-mask">
99374 <div class="subnav-wrapper">
99375 <div class="subnav col10 pad">
99376 <section class="nested">
99377 <div class="col4 main-column">
99378 <nav class="secondary">
99379 <ul>
99380 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory.html"
    … aria-label="Back to McCrea Laboratory">McCrea Laboratory</a></li>
99381 <li class="primary-nav-item">
99382 <a href="/research/departments-labs-institutes/labs/mccrea-laboratory.html"
    … aria-label="McCrea Laboratory Home">McCrea Laboratory Home</a></li>
99383 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory/research.html">
    … Research</a></li>
99384 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory/publications.html"
    … >Publications</a></li>
99385 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory/lab-members.html">
    … Lab Members</a></li>
99386 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory/join-the-lab.html"
    … >Join Our Lab</a></li>
99387 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/mccrea-laboratory/contact-us.html">
    … Contact Us</a></li>
99388 </ul>
99389 </nav>
99390 </div>
99391 </section>
99392 </div>
99393 </div>
99394 </div></li>
99395 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/mecca-laboratory.html">Microsurgical
    … and Endoscopic Center for Clinical Applications (MECCA) Laboratory</a>
99396 <div class="subnav-mask">
99397 <div class="subnav-wrapper">
99398 <div class="subnav col10 pad">
99399 <section class="nested">
99400 <div class="col4 main-column">
99401 <nav class="secondary">
99402 <ul>
99403 <li class="mobile-nav-back"><a
```

```
99403  href="/research/departments-labs-institutes/labs/mecca-laboratory.html"
  …    aria-label="Back to Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory">Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory</a></li>
99404  <li class="primary-nav-item">
99405  <a href="/research/departments-labs-institutes/labs/mecca-laboratory.html"
  …    aria-label="Microsurgical and Endoscopic Center for Clinical Applications (MECCA)
  …    Laboratory Home">Microsurgical and Endoscopic Center for Clinical Applications
  …    (MECCA) Laboratory Home</a></li>
99406  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/lab-members.html">
  …    Lab Members</a></li>
99407  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/life-in-the-lab.
  …    html">Life in the Lab</a></li>
99408  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/resources.html">
  …    Resources</a></li>
99409  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/mecca-laboratory/contact-us.html">
  …    Contact Us</a></li>
99410  </ul>
99411  </nav>
99412  </div>
99413  </section>
99414  </div>
99415  </div>
99416  </div></li>
99417  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html">Moghaddam
  …    Laboratory</a>
99418  <div class="subnav-mask">
99419  <div class="subnav-wrapper">
99420  <div class="subnav col10 pad">
99421  <section class="nested">
99422  <div class="col4 main-column">
99423  <nav class="secondary">
99424  <ul>
99425  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html"
  …    aria-label="Back to Moghaddam Laboratory">Moghaddam Laboratory</a></li>
99426  <li class="primary-nav-item">
99427  <a href="/research/departments-labs-institutes/labs/moghaddam-laboratory.html"
  …    aria-label="Moghaddam Laboratory Home">Moghaddam Laboratory Home</a></li>
99428  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory/research.html">
  …    Research</a></li>
99429  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory/publications.
  …    html">Publications</a></li>
99430  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory/lab-members.
  …    html">Lab Members</a></li>
99431  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/moghaddam-laboratory/contact-us.html
  …    ">Contact Us</a></li>
99432  </ul>
99433  </nav>
99434  </div>
99435  </section>
99436  </div>
99437  </div>
99438  </div></li>
99439  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/navin-laboratory.html">Navin
  …    Laboratory</a>
99440  <div class="subnav-mask">
99441  <div class="subnav-wrapper">
```

```
99442 <div class="subnav col10 pad">
99443 <section class="nested">
99444 <div class="col4 main-column">
99445 <nav class="secondary">
99446 <ul>
99447 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory.html"
    … aria-label="Back to Navin Laboratory">Navin Laboratory</a></li>
99448 <li class="primary-nav-item">
99449 <a href="/research/departments-labs-institutes/labs/navin-laboratory.html"
    … aria-label="Navin Laboratory Home">Navin Laboratory Home</a></li>
99450 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/research.html">
    … Research</a></li>
99451 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/publications.html">
    … Publications</a></li>
99452 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/news-and-media.html
    … ">News &amp; Media</a></li>
99453 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/lab-members.html">
    … Lab Members</a></li>
99454 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/join-the-lab.html">
    … Join Our Lab</a></li>
99455 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/navin-laboratory/contact-us.html">
    … Contact Us</a></li>
99456 </ul>
99457 </nav>
99458 </div>
99459 </section>
99460 </div>
99461 </div>
99462 </div></li>
99463 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html">
    … Neuroimmunology Laboratory</a>
99464 <div class="subnav-mask">
99465 <div class="subnav-wrapper">
99466 <div class="subnav col10 pad">
99467 <section class="nested">
99468 <div class="col4 main-column">
99469 <nav class="secondary">
99470 <ul>
99471 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html"
    … aria-label="Back to Neuroimmunology Laboratory">Neuroimmunology Laboratory</a></li>
99472 <li class="primary-nav-item">
99473 <a href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory.html"
    … aria-label="Neuroimmunology Laboratory Home">Neuroimmunology Laboratory Home</a></li>
99474 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
    … html">Research</a>
99475 <div class="subnav-mask">
99476 <div class="subnav-wrapper">
99477 <div class="subnav col10 pad">
99478 <section class="nested">
99479 <div class="col4 main-column">
99480 <nav class="secondary">
99481 <ul>
99482 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
    … html" aria-label="Back to Research">Research</a></li>
99483 <li class="primary-nav-item">
99484 <a
    … href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research.
```

```
99484… html aria-label="Research Home">Research Home</a></li>
99485  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
   …  prevention-and-treatment-of-chemobrain.html">Prevention and Treatment of
   …  Chemobrain</a></li>
99486  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
   …  mechanisms-of-sickness-fatigue-and-depression.html">Mechanisms of Sickness, Fatigue
   …  and Depression</a></li>
99487  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/research/
   …  prevention-and-treatment-of-chemotherapy-induced-neuropathic-pain.html">Prevention
   …  and Treatment of Chemotherapy-Induced Neuropathic Pain</a></li>
99488  </ul>
99489  </nav>
99490  </div>
99491  </section>
99492  </div>
99493  </div>
99494  </div></li>
99495  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/
   …  publications.html">Publications</a></li>
99496  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/lab-
   …  members.html">Lab Members</a></li>
99497  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/neuroimmunology-laboratory/contact-
   …  us.html">Contact Us</a></li>
99498  </ul>
99499  </nav>
99500  </div>
99501  </section>
99502  </div>
99503  </div>
99504  </div></li>
99505  <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html">Okhuysen
   …  Laboratory</a>
99506  <div class="subnav-mask">
99507  <div class="subnav-wrapper">
99508  <div class="subnav col10 pad">
99509  <section class="nested">
99510  <div class="col4 main-column">
99511  <nav class="secondary">
99512  <ul>
99513  <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html"
   …  aria-label="Back to Okhuysen Laboratory">Okhuysen Laboratory</a></li>
99514  <li class="primary-nav-item">
99515  <a href="/research/departments-labs-institutes/labs/okhuysen-laboratory.html"
   …  aria-label="Okhuysen Laboratory Home">Okhuysen Laboratory Home</a></li>
99516  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/research.html">
   …  Research</a></li>
99517  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/publications.
   …  html">Publications</a></li>
99518  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/lab-members.html
   …  ">Lab Members</a></li>
99519  <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/okhuysen-laboratory/contact-us.html"
   …  >Contact Us</a></li>
99520  </ul>
99521  </nav>
99522  </div>
99523  </section>
```

```
99524  </div>
99525  </div>
99526  </div></li>
99527  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html">Ovarian Cancer Research Laboratory</a>
99528  <div class="subnav-mask">
99529  <div class="subnav-wrapper">
99530  <div class="subnav col10 pad">
99531  <section class="nested">
99532  <div class="col4 main-column">
99533  <nav class="secondary">
99534  <ul>
99535  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html" aria-label="Back to Ovarian Cancer Research Laboratory">Ovarian Cancer Research
    …  Laboratory</a></li>
99536  <li class="primary-nav-item">
99537  <a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory.
    …  html" aria-label="Ovarian Cancer Research Laboratory Home">Ovarian Cancer Research
    …  Laboratory Home</a></li>
99538  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  research.html">Research</a></li>
99539  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  lab-members.html">Lab Members</a></li>
99540  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/ovarian-cancer-research-laboratory/
    …  contact-us.html">Contact Us</a></li>
99541  </ul>
99542  </nav>
99543  </div>
99544  </section>
99545  </div>
99546  </div>
99547  </div></li>
99548  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  >Helen Piwnica-Worms Laboratory</a>
99549  <div class="subnav-mask">
99550  <div class="subnav-wrapper">
99551  <div class="subnav col10 pad">
99552  <section class="nested">
99553  <div class="col4 main-column">
99554  <nav class="secondary">
99555  <ul>
99556  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  aria-label="Back to Helen Piwnica-Worms Laboratory">Helen Piwnica-Worms
    …  Laboratory</a></li>
99557  <li class="primary-nav-item">
99558  <a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory.html"
    …  aria-label="Helen Piwnica-Worms Laboratory Home">Helen Piwnica-Worms Laboratory
    …  Home</a></li>
99559  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
    …  research.html">Research</a></li>
99560  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
    …  publications.html">Publications</a></li>
99561  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/lab-
    …  members.html">Lab Members</a></li>
99562  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/join-
```

```
99562… the<nav.html">Join our Lab</a></li>
99563 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/helen-piwnica-worms-laboratory/
  … contact-us.html">Contact Us</a></li>
99564 </ul>
99565 </nav>
99566 </div>
99567 </section>
99568 </div>
99569 </div>
99570 </div></li>
99571 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory.html">Photoacoustic Imaging Research Laboratory</a>
99572 <div class="subnav-mask">
99573 <div class="subnav-wrapper">
99574 <div class="subnav col10 pad">
99575 <section class="nested">
99576 <div class="col4 main-column">
99577 <nav class="secondary">
99578 <ul>
99579 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory.html" aria-label="Back to Photoacoustic Imaging Research
  … Laboratory">Photoacoustic Imaging Research Laboratory</a></li>
99580 <li class="primary-nav-item">
99581 <a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory.html" aria-label="Photoacoustic Imaging Research Laboratory
  … Home">Photoacoustic Imaging Research Laboratory Home</a></li>
99582 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory/research.html">Research</a></li>
99583 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory/publications.html">Publications</a></li>
99584 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory/lab-members.html">Lab Members</a></li>
99585 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory/join-our-lab.html">Join our Lab</a></li>
99586 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/labs/photoacoustic-imaging-research-
  … laboratory/contact-us.html">Contact Us</a></li>
99587 </ul>
99588 </nav>
99589 </div>
99590 </section>
99591 </div>
99592 </div>
99593 </div></li>
99594 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/labs/raad-laboratory.html">Raad
  … Laboratory</a>
99595 <div class="subnav-mask">
99596 <div class="subnav-wrapper">
99597 <div class="subnav col10 pad">
99598 <section class="nested">
99599 <div class="col4 main-column">
99600 <nav class="secondary">
99601 <ul>
99602 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/labs/raad-laboratory.html"
  … aria-label="Back to Raad Laboratory">Raad Laboratory</a></li>
99603 <li class="primary-nav-item">
99604 <a href="/research/departments-labs-institutes/labs/raad-laboratory.html"
  … aria-label="Raad Laboratory Home">Raad Laboratory Home</a></li>
```

```
99605 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/raad-laboratory/research.html">
  …   Research</a></li>
99606 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/raad-laboratory/publications.html">
  …   Publications</a></li>
99607 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/raad-laboratory/lab-members.html">
  …   Lab Members</a></li>
99608 </ul>
99609 </nav>
99610 </div>
99611 </section>
99612 </div>
99613 </div>
99614 </div></li>
99615 <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory.html">Rai
  …   Laboratory</a>
99616 <div class="subnav-mask">
99617 <div class="subnav-wrapper">
99618 <div class="subnav col10 pad">
99619 <section class="nested">
99620 <div class="col4 main-column">
99621 <nav class="secondary">
99622 <ul>
99623 <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory.html"
  …   aria-label="Back to Rai Laboratory">Rai Laboratory</a></li>
99624 <li class="primary-nav-item">
99625 <a href="/research/departments-labs-institutes/labs/rai-laboratory.html"
  …   aria-label="Rai Laboratory Home">Rai Laboratory Home</a></li>
99626 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory/research.html">
  …   Research</a></li>
99627 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory/publications.html">
  …   Publications</a></li>
99628 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory/lab-members.html">Lab
  …   Members</a></li>
99629 <li class="primary-nav-item"><a
  …   href="/research/departments-labs-institutes/labs/rai-laboratory/join-the-lab.html">
  …   Join Our Lab</a></li>
99630 </ul>
99631 </nav>
99632 </div>
99633 </section>
99634 </div>
99635 </div>
99636 </div></li>
99637 <li class="primary-nav-item has-subnav"><a
  …   href="/research/departments-labs-institutes/labs/rosenblum-lab.html">Rosenblum
  …   Lab</a>
99638 <div class="subnav-mask">
99639 <div class="subnav-wrapper">
99640 <div class="subnav col10 pad">
99641 <section class="nested">
99642 <div class="col4 main-column">
99643 <nav class="secondary">
99644 <ul>
99645 <li class="mobile-nav-back"><a
  …   href="/research/departments-labs-institutes/labs/rosenblum-lab.html" aria-label="Back
  …   to Rosenblum Lab">Rosenblum Lab</a></li>
99646 <li class="primary-nav-item">
99647 <a href="/research/departments-labs-institutes/labs/rosenblum-lab.html"
  …   aria-label="Rosenblum Lab Home">Rosenblum Lab Home</a></li>
99648 <li class="primary-nav-item"><a
```

```
99648  href="/research/departments-labs-institutes/labs/rosenblum-lab/lab-members.html">Lab
   …   Members</a></li>
99649  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/rosenblum-lab/contact-us.html">
   …   Contact Us</a></li>
99650  </ul>
99651  </nav>
99652  </div>
99653  </section>
99654  </div>
99655  </div>
99656  </div></li>
99657  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/samaniego-laboratory.html">Samaniego
   …   Laboratory</a>
99658  <div class="subnav-mask">
99659  <div class="subnav-wrapper">
99660  <div class="subnav col10 pad">
99661  <section class="nested">
99662  <div class="col4 main-column">
99663  <nav class="secondary">
99664  <ul>
99665  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/samaniego-laboratory.html"
   …   aria-label="Back to Samaniego Laboratory">Samaniego Laboratory</a></li>
99666  <li class="primary-nav-item">
99667  <a href="/research/departments-labs-institutes/labs/samaniego-laboratory.html"
   …   aria-label="Samaniego Laboratory Home">Samaniego Laboratory Home</a></li>
99668  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/samaniego-laboratory/lab-members.
   …   html">Lab Members</a></li>
99669  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/samaniego-laboratory/contact-us.html
   …   ">Contact Us</a></li>
99670  </ul>
99671  </nav>
99672  </div>
99673  </section>
99674  </div>
99675  </div>
99676  </div></li>
99677  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory.html">Santos
   …   Laboratory</a>
99678  <div class="subnav-mask">
99679  <div class="subnav-wrapper">
99680  <div class="subnav col10 pad">
99681  <section class="nested">
99682  <div class="col4 main-column">
99683  <nav class="secondary">
99684  <ul>
99685  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory.html"
   …   aria-label="Back to Santos Laboratory">Santos Laboratory</a></li>
99686  <li class="primary-nav-item">
99687  <a href="/research/departments-labs-institutes/labs/santos-laboratory.html"
   …   aria-label="Santos Laboratory Home">Santos Laboratory Home</a></li>
99688  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory/current-research.
   …   html">Research</a></li>
99689  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory/publications.html"
   …   >Publications</a></li>
99690  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory/lab-members.html">
   …   Lab Members</a></li>
99691  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/santos-laboratory/contact-
```

```
99691… information.html">Contact Us</a></li>
99692 </ul>
99693 </nav>
99694 </div>
99695 </section>
99696 </div>
99697 </div>
99698 </div></li>
99699 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html">Sawakuchi
    … Laboratory</a>
99700 <div class="subnav-mask">
99701 <div class="subnav-wrapper">
99702 <div class="subnav col10 pad">
99703 <section class="nested">
99704 <div class="col4 main-column">
99705 <nav class="secondary">
99706 <ul>
99707 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html"
    … aria-label="Back to Sawakuchi Laboratory">Sawakuchi Laboratory</a></li>
99708 <li class="primary-nav-item">
99709 <a href="/research/departments-labs-institutes/labs/sawakuchi-laboratory.html"
    … aria-label="Sawakuchi Laboratory Home">Sawakuchi Laboratory Home</a></li>
99710 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/research.html">
    … Research</a></li>
99711 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/publications.
    … html">Publications</a></li>
99712 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/news-and-media.
    … html">News &amp; Media</a></li>
99713 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/lab-members.
    … html">Lab Members</a></li>
99714 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/sawakuchi-laboratory/resources.html"
    … >Resources</a></li>
99715 </ul>
99716 </nav>
99717 </div>
99718 </section>
99719 </div>
99720 </div>
99721 </div></li>
99722 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/labs/shelburne-laboratory.html">Shelburne
    … Laboratory</a>
99723 <div class="subnav-mask">
99724 <div class="subnav-wrapper">
99725 <div class="subnav col10 pad">
99726 <section class="nested">
99727 <div class="col4 main-column">
99728 <nav class="secondary">
99729 <ul>
99730 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/shelburne-laboratory.html"
    … aria-label="Back to Shelburne Laboratory">Shelburne Laboratory</a></li>
99731 <li class="primary-nav-item">
99732 <a href="/research/departments-labs-institutes/labs/shelburne-laboratory.html"
    … aria-label="Shelburne Laboratory Home">Shelburne Laboratory Home</a></li>
99733 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/shelburne-laboratory/research.html">
    … Research</a></li>
99734 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/shelburne-laboratory/publications.
    … html">Publications</a></li>
```

```
99735 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shelburne-laboratory/lab-members.
   …  html">Lab Members</a></li>
99736 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shelburne-laboratory/contact-us.html
   …  ">Contact Us</a></li>
99737 </ul>
99738 </nav>
99739 </div>
99740 </section>
99741 </div>
99742 </div>
99743 </div></li>
99744 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory.html">Shen
   …  Laboratory</a>
99745 <div class="subnav-mask">
99746 <div class="subnav-wrapper">
99747 <div class="subnav col10 pad">
99748 <section class="nested">
99749 <div class="col4 main-column">
99750 <nav class="secondary">
99751 <ul>
99752 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory.html"
   …  aria-label="Back to Shen Laboratory">Shen Laboratory</a></li>
99753 <li class="primary-nav-item">
99754 <a href="/research/departments-labs-institutes/labs/shen-laboratory.html"
   …  aria-label="Shen Laboratory Home">Shen Laboratory Home</a></li>
99755 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory/research.html">
   …  Research</a></li>
99756 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory/publications.html">
   …  Publications</a></li>
99757 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory/news.html">News
   …  &amp; Media</a></li>
99758 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory/lab-members.html">
   …  Lab Members</a></li>
99759 <li class="primary-nav-item"><a
   …  href="/research/departments-labs-institutes/labs/shen-laboratory/contact-us.html">
   …  Contact Us</a></li>
99760 </ul>
99761 </nav>
99762 </div>
99763 </section>
99764 </div>
99765 </div>
99766 </div></li>
99767 <li class="primary-nav-item has-subnav"><a
   …  href="/research/departments-labs-institutes/labs/shi-laboratory.html">Shi
   …  Laboratory</a>
99768 <div class="subnav-mask">
99769 <div class="subnav-wrapper">
99770 <div class="subnav col10 pad">
99771 <section class="nested">
99772 <div class="col4 main-column">
99773 <nav class="secondary">
99774 <ul>
99775 <li class="mobile-nav-back"><a
   …  href="/research/departments-labs-institutes/labs/shi-laboratory.html"
   …  aria-label="Back to Shi Laboratory">Shi Laboratory</a></li>
99776 <li class="primary-nav-item">
99777 <a href="/research/departments-labs-institutes/labs/shi-laboratory.html"
   …  aria-label="Shi Laboratory Home">Shi Laboratory Home</a></li>
99778 <li class="primary-nav-item"><a
```

```
99778  href="/research/departments-labs-institutes/labs/shi-laboratory/research.html">
  …    Research</a></li>
99779  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/shi-laboratory/publications.html">
  …    Publications</a></li>
99780  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/shi-laboratory/lab-members.html">Lab
  …    Members</a></li>
99781  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/shi-laboratory/resources.html">
  …    Resources</a></li>
99782  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/shi-laboratory/contact-us.html">
  …    Contact Us</a></li>
99783  </ul>
99784  </nav>
99785  </div>
99786  </section>
99787  </div>
99788  </div>
99789  </div></li>
99790  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/til-laboratory.html">TIL
  …    Laboratory</a>
99791  <div class="subnav-mask">
99792  <div class="subnav-wrapper">
99793  <div class="subnav col10 pad">
99794  <section class="nested">
99795  <div class="col4 main-column">
99796  <nav class="secondary">
99797  <ul>
99798  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/til-laboratory.html"
  …    aria-label="Back to TIL Laboratory">TIL Laboratory</a></li>
99799  <li class="primary-nav-item">
99800  <a href="/research/departments-labs-institutes/labs/til-laboratory.html"
  …    aria-label="TIL Laboratory Home">TIL Laboratory Home</a></li>
99801  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/til-laboratory/research.html">
  …    Research</a></li>
99802  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/til-laboratory/lab-members.html">Lab
  …    Members</a></li>
99803  <li class="primary-nav-item"><a
  …    href="/research/departments-labs-institutes/labs/til-laboratory/contact-us.html">
  …    Contact Us</a></li>
99804  </ul>
99805  </nav>
99806  </div>
99807  </section>
99808  </div>
99809  </div>
99810  </div></li>
99811  <li class="primary-nav-item has-subnav"><a
  …    href="/research/departments-labs-institutes/labs/tweardy-laboratory.html">Tweardy
  …    Laboratory</a>
99812  <div class="subnav-mask">
99813  <div class="subnav-wrapper">
99814  <div class="subnav col10 pad">
99815  <section class="nested">
99816  <div class="col4 main-column">
99817  <nav class="secondary">
99818  <ul>
99819  <li class="mobile-nav-back"><a
  …    href="/research/departments-labs-institutes/labs/tweardy-laboratory.html"
  …    aria-label="Back to Tweardy Laboratory">Tweardy Laboratory</a></li>
99820  <li class="primary-nav-item">
99821  <a href="/research/departments-labs-institutes/labs/tweardy-laboratory.html"
```

```
99821… aria-label="Tweardy Laboratory Home">Tweardy Laboratory Home</a></li>
99822 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/research.html">
  …  Research</a></li>
99823 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/publications.html
  …  ">Publications</a></li>
99824 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/tweardy-laboratory/lab-members.html"
  …  >Lab Members</a></li>
99825 </ul>
99826 </nav>
99827 </div>
99828 </section>
99829 </div>
99830 </div>
99831 </div></li>
99832 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory.html">Vilar
  …  Laboratory</a>
99833 <div class="subnav-mask">
99834 <div class="subnav-wrapper">
99835 <div class="subnav col10 pad">
99836 <section class="nested">
99837 <div class="col4 main-column">
99838 <nav class="secondary">
99839 <ul>
99840 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory.html"
  …  aria-label="Back to Vilar Laboratory">Vilar Laboratory</a></li>
99841 <li class="primary-nav-item">
99842 <a href="/research/departments-labs-institutes/labs/vilar-laboratory.html"
  …  aria-label="Vilar Laboratory Home">Vilar Laboratory Home</a></li>
99843 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory/research.html">
  …  Research</a></li>
99844 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory/publications.html">
  …  Publications</a></li>
99845 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory/lab-members.html">
  …  Lab Members</a></li>
99846 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory/resources.html">
  …  Resources</a></li>
99847 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/vilar-laboratory/contact-us.html">
  …  Contact Us</a></li>
99848 </ul>
99849 </nav>
99850 </div>
99851 </section>
99852 </div>
99853 </div>
99854 </div></li>
99855 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/welsh-laboratory.html">Welsh
  …  Laboratory</a>
99856 <div class="subnav-mask">
99857 <div class="subnav-wrapper">
99858 <div class="subnav col10 pad">
99859 <section class="nested">
99860 <div class="col4 main-column">
99861 <nav class="secondary">
99862 <ul>
99863 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/welsh-laboratory.html"
  …  aria-label="Back to Welsh Laboratory">Welsh Laboratory</a></li>
```

```
99864  <li class="primary-nav-item"><a
99865  <a href="/research/departments-labs-institutes/labs/welsh-laboratory.html"
   …   aria-label="Welsh Laboratory Home">Welsh Laboratory Home</a></li>
99866  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/research.html">
   …   Research</a></li>
99867  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/publications.html">
   …   Publications</a></li>
99868  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/lab-members.html">
   …   Lab Members</a></li>
99869  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/welsh-laboratory/contact-us.html">
   …   Contact Us</a></li>
99870  </ul>
99871  </nav>
99872  </div>
99873  </section>
99874  </div>
99875  </div>
99876  </div></li>
99877  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory.html">Wood
   …   Laboratory</a>
99878  <div class="subnav-mask">
99879  <div class="subnav-wrapper">
99880  <div class="subnav col10 pad">
99881  <section class="nested">
99882  <div class="col4 main-column">
99883  <nav class="secondary">
99884  <ul>
99885  <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory.html"
   …   aria-label="Back to Wood Laboratory">Wood Laboratory</a></li>
99886  <li class="primary-nav-item">
99887  <a href="/research/departments-labs-institutes/labs/wood-laboratory.html"
   …   aria-label="Wood Laboratory Home">Wood Laboratory Home</a></li>
99888  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/research.html">
   …   Research</a></li>
99889  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/publications.html">
   …   Publications</a></li>
99890  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/lab-members.html">
   …   Lab Members</a></li>
99891  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/life-in-the-lab.html
   …   ">Life in the Lab</a></li>
99892  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/resources.html">
   …   Resources</a></li>
99893  <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/labs/wood-laboratory/contact-us.html">
   …   Contact Us</a></li>
99894  </ul>
99895  </nav>
99896  </div>
99897  </section>
99898  </div>
99899  </div>
99900  </div></li>
99901  <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/labs/woodward-laboratory.html">Woodward
   …   Laboratory</a>
99902  <div class="subnav-mask">
99903  <div class="subnav-wrapper">
```

```
99904 <div class="subnav col10 pad">
99905 <section class="nested">
99906 <div class="col4 main-column">
99907 <nav class="secondary">
99908 <ul>
99909 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory.html"
  …  aria-label="Back to Woodward Laboratory">Woodward Laboratory</a></li>
99910 <li class="primary-nav-item">
99911 <a href="/research/departments-labs-institutes/labs/woodward-laboratory.html"
  …  aria-label="Woodward Laboratory Home">Woodward Laboratory Home</a></li>
99912 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory/research.html">
  …  Research</a></li>
99913 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory/publications.
  …  html">Publications</a></li>
99914 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory/news-and-media.
  …  html">News &amp; Media</a></li>
99915 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory/lab-members.html
  …  ">Lab Members</a></li>
99916 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/woodward-laboratory/contact-us.html"
  …  >Contact Us</a></li>
99917 </ul>
99918 </nav>
99919 </div>
99920 </section>
99921 </div>
99922 </div>
99923 </div></li>
99924 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/xie-laboratory.html">Xie
  …  Laboratory</a>
99925 <div class="subnav-mask">
99926 <div class="subnav-wrapper">
99927 <div class="subnav col10 pad">
99928 <section class="nested">
99929 <div class="col4 main-column">
99930 <nav class="secondary">
99931 <ul>
99932 <li class="mobile-nav-back"><a
  …  href="/research/departments-labs-institutes/labs/xie-laboratory.html"
  …  aria-label="Back to Xie Laboratory">Xie Laboratory</a></li>
99933 <li class="primary-nav-item">
99934 <a href="/research/departments-labs-institutes/labs/xie-laboratory.html"
  …  aria-label="Xie Laboratory Home">Xie Laboratory Home</a></li>
99935 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/xie-laboratory/research.html">
  …  Research</a></li>
99936 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/xie-laboratory/publications.html">
  …  Publications</a></li>
99937 <li class="primary-nav-item"><a
  …  href="/research/departments-labs-institutes/labs/xie-laboratory/lab-members.html">Lab
  …  Members</a></li>
99938 </ul>
99939 </nav>
99940 </div>
99941 </section>
99942 </div>
99943 </div>
99944 </div></li>
99945 <li class="primary-nav-item has-subnav"><a
  …  href="/research/departments-labs-institutes/labs/yan-laboratory.html">Yan
  …  Laboratory</a>
```

```
99946 <div class="subnav-mask">
99947 <div class="subnav-wrapper">
99948 <div class="subnav col10 pad">
99949 <section class="nested">
99950 <div class="col4 main-column">
99951 <nav class="secondary">
99952 <ul>
99953 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory.html"
    … aria-label="Back to Yan Laboratory">Yan Laboratory</a></li>
99954 <li class="primary-nav-item">
99955 <a href="/research/departments-labs-institutes/labs/yan-laboratory.html"
    … aria-label="Yan Laboratory Home">Yan Laboratory Home</a></li>
99956 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/research.html">
    … Research</a></li>
99957 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/publications.html">
    … Publications</a></li>
99958 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/lab-members.html">Lab
    … Members</a></li>
99959 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/join-the-lab.html">
    … Join Our Lab</a></li>
99960 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/labs/yan-laboratory/contact-us.html">
    … Contact Us</a></li>
99961 </ul>
99962 </nav>
99963 </div>
99964 </section>
99965 </div>
99966 </div>
99967 </div></li>
99968 </ul>
99969 </nav>
99970 </div>
99971 </section>
99972 </div>
99973 </div>
99974 </div></li>
99975 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers.html">Research Centers
    … and Programs</a>
99976 <div class="subnav-mask">
99977 <div class="subnav-wrapper">
99978 <div class="subnav col10 pad">
99979 <section class="nested">
99980 <div class="col4 main-column">
99981 <nav class="secondary">
99982 <ul>
99983 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers.html" aria-label="Back
    … to Research Centers and Programs">Research Centers and Programs</a></li>
99984 <li class="primary-nav-item">
99985 <a href="/research/departments-labs-institutes/programs-centers.html"
    … aria-label="Research Centers and Programs Home">Research Centers and Programs
    … Home</a></li>
99986 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
    … .html">Alopecia Areata Registry</a>
99987 <div class="subnav-mask">
99988 <div class="subnav-wrapper">
99989 <div class="subnav col10 pad">
99990 <section class="nested">
99991 <div class="col4 main-column">
99992 <nav class="secondary">
```

```
99993  <ul>
99994  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
    …  .html" aria-label="Back to Alopecia Areata Registry">Alopecia Areata
    …  Registry</a></li>
99995  <li class="primary-nav-item">
99996  <a
    …  href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
    …  .html" aria-label="Alopecia Areata Registry Home">Alopecia Areata Registry
    …  Home</a></li>
99997  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
    …  /eligibility-requirements.html">Eligibility Requirements</a></li>
99998  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/alopecia-areata-registry
    …  /how-to-enroll.html">How to Enroll</a></li>
99999  </ul>
100000 </nav>
100001 </div>
100002 </section>
100003 </div>
100004 </div>
100005 </div></li>
100006 <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center.html">Behavioral Research and Treatment Center</a>
100007 <div class="subnav-mask">
100008 <div class="subnav-wrapper">
100009 <div class="subnav col10 pad">
100010 <section class="nested">
100011 <div class="col4 main-column">
100012 <nav class="secondary">
100013 <ul>
100014 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center.html" aria-label="Back to Behavioral Research and Treatment
    …  Center">Behavioral Research and Treatment Center</a></li>
100015 <li class="primary-nav-item">
100016 <a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center.html" aria-label="Behavioral Research and Treatment Center
    …  Home">Behavioral Research and Treatment Center Home</a></li>
100017 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center/investigators.html">Faculty and Staff</a></li>
100018 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center/cancer-patient-and-survivor-studies.html">Research</a></li>
100019 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/behavioral-research-and-
    …  treatment-center/hlt.html">HLT</a></li>
100020 </ul>
100021 </nav>
100022 </div>
100023 </section>
100024 </div>
100025 </div>
100026 </div></li>
100027 <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
    …  program.html">Blanton-Davis Ovarian Cancer Research Program</a>
100028 <div class="subnav-mask">
100029 <div class="subnav-wrapper">
100030 <div class="subnav col10 pad">
100031 <section class="nested">
100032 <div class="col4 main-column">
100033 <nav class="secondary">
100034 <ul>
```

```
100035 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   … program.html" aria-label="Back to Blanton-Davis Ovarian Cancer Research
   … Program">Blanton-Davis Ovarian Cancer Research Program</a></li>
100036 <li class="primary-nav-item">
100037 <a
   … href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   … program.html" aria-label="Blanton-Davis Ovarian Cancer Research Program
   … Home">Blanton-Davis Ovarian Cancer Research Program Home</a></li>
100038 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   … program/research-areas.html">Research Areas</a></li>
100039 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   … program/faculty-staff.html">Faculty &amp; Staff</a></li>
100040 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/ovarian-cancer-research-
   … program/apply-for-grants.html">Apply for Grants</a></li>
100041 </ul>
100042 </nav>
100043 </div>
100044 </section>
100045 </div>
100046 </div>
100047 </div></li>
100048 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas.html">Bone Disease Program of Texas</a>
100049 <div class="subnav-mask">
100050 <div class="subnav-wrapper">
100051 <div class="subnav col10 pad">
100052 <section class="nested">
100053 <div class="col4 main-column">
100054 <nav class="secondary">
100055 <ul>
100056 <li class="mobile-nav-back"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas.html" aria-label="Back to Bone Disease Program of Texas">Bone Disease Program
   … of Texas</a></li>
100057 <li class="primary-nav-item">
100058 <a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas.html" aria-label="Bone Disease Program of Texas Home">Bone Disease Program of
   … Texas Home</a></li>
100059 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas/who-we-are.html">Faculty and Staff</a></li>
100060 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas/about-osteoporosis.html">About Bone Health</a></li>
100061 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas/awards.html">Awards</a></li>
100062 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas/how-you-can-help.html">How You Can Help</a></li>
100063 <li class="primary-nav-item"><a
   … href="/research/departments-labs-institutes/programs-centers/bone-disease-program-of-
   … texas/request-an-appointment.html">Request an Appointment</a></li>
100064 </ul>
100065 </nav>
100066 </div>
100067 </section>
100068 </div>
100069 </div>
100070 </div></li>
100071 <li class="primary-nav-item has-subnav"><a
   … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
```

```
100071… program.html">Brain Tumor Research Program</a>
100072 <div class="subnav-mask">
100073 <div class="subnav-wrapper">
100074 <div class="subnav col10 pad">
100075 <section class="nested">
100076 <div class="col4 main-column">
100077 <nav class="secondary">
100078 <ul>
100079 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
    … program.html" aria-label="Back to Brain Tumor Research Program">Brain Tumor Research
    … Program</a></li>
100080 <li class="primary-nav-item">
100081 <a
    … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
    … program.html" aria-label="Brain Tumor Research Program Home">Brain Tumor Research
    … Program Home</a></li>
100082 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
    … program/members.html">Faculty and Staff</a></li>
100083 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
    … program/lectures-and-seminars.html">Lectures and Seminars</a></li>
100084 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/brain-tumor-research-
    … program/training.html">Training</a></li>
100085 </ul>
100086 </nav>
100087 </div>
100088 </section>
100089 </div>
100090 </div>
100091 </div></li>
100092 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program.html">Cancer Prevention Research Training Program</a>
100093 <div class="subnav-mask">
100094 <div class="subnav-wrapper">
100095 <div class="subnav col10 pad">
100096 <section class="nested">
100097 <div class="col4 main-column">
100098 <nav class="secondary">
100099 <ul>
100100 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program.html" aria-label="Back to Cancer Prevention Research
    … Training Program">Cancer Prevention Research Training Program</a></li>
100101 <li class="primary-nav-item">
100102 <a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program.html" aria-label="Cancer Prevention Research Training
    … Program Home">Cancer Prevention Research Training Program Home</a></li>
100103 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program/faculty-staff.html">Faculty &amp; Staff</a></li>
100104 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program/research.html">Research</a></li>
100105 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program/seminars-courses.html">Seminars &amp; Courses</a></li>
100106 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program/trainee-resources.html">Trainee Resources</a></li>
100107 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/cancer-prevention-
    … research-training-program/news.html">News</a></li>
100108 </ul>
```

```
100109  </nav>
100110  </div>
100111  </section>
100112  </div>
100113  </div>
100114  </div></li>
100115  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways.html">Center for Biological Pathways</a>
100116  <div class="subnav-mask">
100117  <div class="subnav-wrapper">
100118  <div class="subnav col10 pad">
100119  <section class="nested">
100120  <div class="col4 main-column">
100121  <nav class="secondary">
100122  <ul>
100123  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways.html" aria-label="Back to Center for Biological Pathways">Center for
    …  Biological Pathways</a></li>
100124  <li class="primary-nav-item">
100125  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways.html" aria-label="Center for Biological Pathways Home">Center for Biological
    …  Pathways Home</a></li>
100126  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways/members.html">Faculty and Staff</a></li>
100127  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways/multiphoton-microscopy-core.html">Multiphoton Microscopy Core</a></li>
100128  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways/shrna-and-orfeome-core.html">shRNA and ORFeome Core</a></li>
100129  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biological-
    …  pathways/publications.html">Publications</a></li>
100130  </ul>
100131  </nav>
100132  </div>
100133  </section>
100134  </div>
100135  </div>
100136  </div></li>
100137  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
    …  structure-and-function.html">Core for Biomolecular Structure and Function</a>
100138  <div class="subnav-mask">
100139  <div class="subnav-wrapper">
100140  <div class="subnav col10 pad">
100141  <section class="nested">
100142  <div class="col4 main-column">
100143  <nav class="secondary">
100144  <ul>
100145  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
    …  structure-and-function.html" aria-label="Back to Core for Biomolecular Structure and
    …  Function">Core for Biomolecular Structure and Function</a></li>
100146  <li class="primary-nav-item">
100147  <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
    …  structure-and-function.html" aria-label="Core for Biomolecular Structure and Function
    …  Home">Core for Biomolecular Structure and Function Home</a></li>
100148  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
    …  structure-and-function/instrumentation.html">Instrumentation</a></li>
100149  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-biomolecular-
```

```
100149… structure-and-function/services-and-fees.html">services and fees</a></li>
100150 </ul>
100151 </nav>
100152 </div>
100153 </section>
100154 </div>
100155 </div>
100156 </div></li>
100157 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research.html">Center for Advanced Biomedical Imaging (CABI)</a>
100158 <div class="subnav-mask">
100159 <div class="subnav-wrapper">
100160 <div class="subnav col10 pad">
100161 <section class="nested">
100162 <div class="col4 main-column">
100163 <nav class="secondary">
100164 <ul>
100165 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research.html" aria-label="Back to Center for Advanced Biomedical
    … Imaging (CABI)">Center for Advanced Biomedical Imaging (CABI)</a></li>
100166 <li class="primary-nav-item">
100167 <a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research.html" aria-label="Center for Advanced Biomedical Imaging
    … (CABI) Home">Center for Advanced Biomedical Imaging (CABI) Home</a></li>
100168 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research/cyclotron-and-radiochemistry.html">Cyclotron
    … Radiochemistry Facility</a></li>
100169 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research/facility.html">Facility</a></li>
100170 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research/fees.html">Fees</a></li>
100171 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-advanced-
    … biomedical-imaging-research/south-campus-imaging-facility.html">South Campus Imaging
    … Facility</a></li>
100172 </ul>
100173 </nav>
100174 </div>
100175 </section>
100176 </div>
100177 </div>
100178 </div></li>
100179 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics.html">Center for Cancer Epigenetics</a>
100180 <div class="subnav-mask">
100181 <div class="subnav-wrapper">
100182 <div class="subnav col10 pad">
100183 <section class="nested">
100184 <div class="col4 main-column">
100185 <nav class="secondary">
100186 <ul>
100187 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics.html" aria-label="Back to Center for Cancer Epigenetics">Center for
    … Cancer Epigenetics</a></li>
100188 <li class="primary-nav-item">
100189 <a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics.html" aria-label="Center for Cancer Epigenetics Home">Center for Cancer
    … Epigenetics Home</a></li>
100190 <li class="primary-nav-item"><a
```

```
100190… href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics/faculty.html">Faculty and Staff</a></li>
100191 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics/center-for-cancer-epigenetics-distinguished-lecture-series.html">
    … Distinguished Lecture Series</a></li>
100192 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … epigenetics/publications.html">Selected CCE Faculty Publications</a></li>
100193 </ul>
100194 </nav>
100195 </div>
100196 </section>
100197 </div>
100198 </div>
100199 </div></li>
100200 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research.html">Center for Cancer Immunology Research</a>
100201 <div class="subnav-mask">
100202 <div class="subnav-wrapper">
100203 <div class="subnav col10 pad">
100204 <section class="nested">
100205 <div class="col4 main-column">
100206 <nav class="secondary">
100207 <ul>
100208 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research.html" aria-label="Back to Center for Cancer Immunology
    … Research">Center for Cancer Immunology Research</a></li>
100209 <li class="primary-nav-item">
100210 <a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research.html" aria-label="Center for Cancer Immunology Research
    … Home">Center for Cancer Immunology Research Home</a></li>
100211 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research/faculty-and-staff.html">Faculty and Staff</a></li>
100212 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research/multidisciplinary-research-project.html">Research</a></li>
100213 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … immunology-research/preclinical-studies-and-clinical-trials.html">Clinical
    … Trials</a></li>
100214 </ul>
100215 </nav>
100216 </div>
100217 </section>
100218 </div>
100219 </div>
100220 </div></li>
100221 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … prevention-by-dietary-botanicals.html">Center for Cancer Prevention by Dietary
    … Botanicals</a>
100222 <div class="subnav-mask">
100223 <div class="subnav-wrapper">
100224 <div class="subnav col10 pad">
100225 <section class="nested">
100226 <div class="col4 main-column">
100227 <nav class="secondary">
100228 <ul>
100229 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    … prevention-by-dietary-botanicals.html" aria-label="Back to Center for Cancer
    … Prevention by Dietary Botanicals">Center for Cancer Prevention by Dietary
    … Botanicals</a></li>
```

```
100230 <li class="primary-nav-item">
100231 <a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    .. prevention-by-dietary-botanicals.html" aria-label="Center for Cancer Prevention by
    .. Dietary Botanicals Home">Center for Cancer Prevention by Dietary Botanicals
    .. Home</a></li>
100232 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    .. prevention-by-dietary-botanicals/faculty.html">Faculty and Staff</a></li>
100233 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-cancer-
    .. prevention-by-dietary-botanicals/research.html">Research</a></li>
100234 </ul>
100235 </nav>
100236 </div>
100237 </section>
100238 </div>
100239 </div>
100240 </div></li>
100241 <li class="primary-nav-item has-subnav"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship.html">Center for Energy Balance in
    .. Cancer Prevention and Survivorship</a>
100242 <div class="subnav-mask">
100243 <div class="subnav-wrapper">
100244 <div class="subnav col10 pad">
100245 <section class="nested">
100246 <div class="col4 main-column">
100247 <nav class="secondary">
100248 <ul>
100249 <li class="mobile-nav-back"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship.html" aria-label="Back to Center for
    .. Energy Balance in Cancer Prevention and Survivorship">Center for Energy Balance in
    .. Cancer Prevention and Survivorship</a></li>
100250 <li class="primary-nav-item">
100251 <a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship.html" aria-label="Center for Energy
    .. Balance in Cancer Prevention and Survivorship Home">Center for Energy Balance in
    .. Cancer Prevention and Survivorship Home</a></li>
100252 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/leadership.html">Faculty &amp;
    .. Staff</a></li>
100253 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/conferences.html">Events</a></li>
100254 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/current-studies.html">Research</a></li>
100255 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/funding-opportunities.html">Funding
    .. Opportunities</a></li>
100256 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/journal-club.html">Center for Energy
    .. Balance Journal Club</a></li>
100257 <li class="primary-nav-item"><a
    .. href="/research/departments-labs-institutes/programs-centers/center-for-energy-
    .. balance-in-cancer-prevention-and-survivorship/newsroom.html">News</a></li>
100258 </ul>
100259 </nav>
100260 </div>
100261 </section>
100262 </div>
100263 </div>
```

```
100264  </div></li>
100265  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
    …   -and-molecular-carcinogenesis.html">Center for Environmental and Molecular
    …   Carcinogenesis</a>
100266  <div class="subnav-mask">
100267  <div class="subnav-wrapper">
100268  <div class="subnav col10 pad">
100269  <section class="nested">
100270  <div class="col4 main-column">
100271  <nav class="secondary">
100272  <ul>
100273  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
    …   -and-molecular-carcinogenesis.html" aria-label="Back to Center for Environmental and
    …   Molecular Carcinogenesis">Center for Environmental and Molecular
    …   Carcinogenesis</a></li>
100274  <li class="primary-nav-item">
100275  <a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
    …   -and-molecular-carcinogenesis.html" aria-label="Center for Environmental and
    …   Molecular Carcinogenesis Home">Center for Environmental and Molecular Carcinogenesis
    …   Home</a></li>
100276  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-environmental
    …   -and-molecular-carcinogenesis/faculty.html">Faculty and Staff</a></li>
100277  </ul>
100278  </nav>
100279  </div>
100280  </section>
100281  </div>
100282  </div>
100283  </div></li>
100284  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …   genomics.html">Center for Genetics and Genomics</a>
100285  <div class="subnav-mask">
100286  <div class="subnav-wrapper">
100287  <div class="subnav col10 pad">
100288  <section class="nested">
100289  <div class="col4 main-column">
100290  <nav class="secondary">
100291  <ul>
100292  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …   genomics.html" aria-label="Back to Center for Genetics and Genomics">Center for
    …   Genetics and Genomics</a></li>
100293  <li class="primary-nav-item">
100294  <a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …   genomics.html" aria-label="Center for Genetics and Genomics Home">Center for Genetics
    …   and Genomics Home</a></li>
100295  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-genetics-and-
    …   genomics/cgg-associated-departments.html">Faculty and Staff</a></li>
100296  </ul>
100297  </nav>
100298  </div>
100299  </section>
100300  </div>
100301  </div>
100302  </div></li>
100303  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    …   and-cancer.html">Center for Inflammation and Cancer</a>
100304  <div class="subnav-mask">
100305  <div class="subnav-wrapper">
100306  <div class="subnav col10 pad">
```

```
100307 <section class="nested">
100308 <div class="col4 main-column">
100309 <nav class="secondary">
100310 <ul>
100311 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    … and-cancer.html" aria-label="Back to Center for Inflammation and Cancer">Center for
    … Inflammation and Cancer</a></li>
100312 <li class="primary-nav-item">
100313 <a
    … href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    … and-cancer.html" aria-label="Center for Inflammation and Cancer Home">Center for
    … Inflammation and Cancer Home</a></li>
100314 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    … and-cancer/faculty.html">Faculty and Staff</a></li>
100315 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-inflammation-
    … and-cancer/seminars.html">Seminars</a></li>
100316 </ul>
100317 </nav>
100318 </div>
100319 </section>
100320 </div>
100321 </div>
100322 </div></li>
100323 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research.html">Center for Radiation Oncology Research</a>
100324 <div class="subnav-mask">
100325 <div class="subnav-wrapper">
100326 <div class="subnav col10 pad">
100327 <section class="nested">
100328 <div class="col4 main-column">
100329 <nav class="secondary">
100330 <ul>
100331 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research.html" aria-label="Back to Center for Radiation Oncology
    … Research">Center for Radiation Oncology Research</a></li>
100332 <li class="primary-nav-item">
100333 <a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research.html" aria-label="Center for Radiation Oncology Research
    … Home">Center for Radiation Oncology Research Home</a></li>
100334 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research/faculty-staff.html">Faculty &amp; Staff</a></li>
100335 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research/branches-research-themes.html">Research</a></li>
100336 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research/grants.html">Grants</a></li>
100337 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research/publications.html">Publications</a></li>
100338 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/center-for-radiation-
    … oncology-research/seminars.html">Seminars</a></li>
100339 </ul>
100340 </nav>
100341 </div>
100342 </section>
100343 </div>
100344 </div>
100345 </div></li>
100346 <li class="primary-nav-item has-subnav"><a
```

```
100346… href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html">Center for RNA Interference and Non-Coding
    …  RNAs</a>
100347 <div class="subnav-mask">
100348 <div class="subnav-wrapper">
100349 <div class="subnav col10 pad">
100350 <section class="nested">
100351 <div class="col4 main-column">
100352 <nav class="secondary">
100353 <ul>
100354 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html" aria-label="Back to Center for RNA
    …  Interference and Non-Coding RNAs">Center for RNA Interference and Non-Coding
    …  RNAs</a></li>
100355 <li class="primary-nav-item">
100356 <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas.html" aria-label="Center for RNA Interference and
    …  Non-Coding RNAs Home">Center for RNA Interference and Non-Coding RNAs Home</a></li>
100357 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/leadership-and-staff.html">Faculty and
    …  Staff</a></li>
100358 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/excellence-awards.html">Awards</a></li>
100359 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/publications.html">Publications</a></li>
100360 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-rna-
    …  interference-and-non-coding-rnas/rna-center-seminars-events.html">Seminars &amp;
    …  Events</a></li>
100361 </ul>
100362 </nav>
100363 </div>
100364 </section>
100365 </div>
100366 </div>
100367 </div></li>
100368 <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
    …  -developmental-biology.html">Center for Stem Cell and Developmental Biology</a>
100369 <div class="subnav-mask">
100370 <div class="subnav-wrapper">
100371 <div class="subnav col10 pad">
100372 <section class="nested">
100373 <div class="col4 main-column">
100374 <nav class="secondary">
100375 <ul>
100376 <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
    …  -developmental-biology.html" aria-label="Back to Center for Stem Cell and
    …  Developmental Biology">Center for Stem Cell and Developmental Biology</a></li>
100377 <li class="primary-nav-item">
100378 <a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
    …  -developmental-biology.html" aria-label="Center for Stem Cell and Developmental
    …  Biology Home">Center for Stem Cell and Developmental Biology Home</a></li>
100379 <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/center-for-stem-cell-and
    …  -developmental-biology/faculty.html">Faculty and Staff</a></li>
100380 </ul>
100381 </nav>
100382 </div>
100383 </section>
100384 </div>
```

```
100385  </div>
100386  </div></li>
100387  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy.html">Center for Targeted Therapy</a>
100388  <div class="subnav-mask">
100389  <div class="subnav-wrapper">
100390  <div class="subnav col10 pad">
100391  <section class="nested">
100392  <div class="col4 main-column">
100393  <nav class="secondary">
100394  <ul>
100395  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy.html" aria-label="Back to Center for Targeted Therapy">Center for Targeted
    …   Therapy</a></li>
100396  <li class="primary-nav-item">
100397  <a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy.html" aria-label="Center for Targeted Therapy Home">Center for Targeted
    …   Therapy Home</a></li>
100398  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy/faculty-and-staff.html">Faculty and Staff</a></li>
100399  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy/programs.html">Programs</a></li>
100400  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-targeted-
    …   therapy/services.html">Services</a></li>
100401  </ul>
100402  </nav>
100403  </div>
100404  </section>
100405  </div>
100406  </div>
100407  </div></li>
100408  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics.html">Center for Translational and Public Health
    …   Genomics</a>
100409  <div class="subnav-mask">
100410  <div class="subnav-wrapper">
100411  <div class="subnav col10 pad">
100412  <section class="nested">
100413  <div class="col4 main-column">
100414  <nav class="secondary">
100415  <ul>
100416  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics.html" aria-label="Back to Center for Translational and
    …   Public Health Genomics">Center for Translational and Public Health Genomics</a></li>
100417  <li class="primary-nav-item">
100418  <a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics.html" aria-label="Center for Translational and Public
    …   Health Genomics Home">Center for Translational and Public Health Genomics
    …   Home</a></li>
100419  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics/leadership.html">Faculty and Staff</a></li>
100420  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics/research.html">Research</a></li>
100421  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …   -and-public-health-genomics/resources.html">Resources</a></li>
100422  <li class="primary-nav-item"><a
```

```
100422…  href="/research/departments-labs-institutes/programs-centers/center-for-translational
    …  -and-public-health-genomics/seminars.html">Seminars</a></li>
100423  </ul>
100424  </nav>
100425  </div>
100426  </section>
100427  </div>
100428  </div>
100429  </div></li>
100430  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html">Clinical Cancer Genetics Program</a>
100431  <div class="subnav-mask">
100432  <div class="subnav-wrapper">
100433  <div class="subnav col10 pad">
100434  <section class="nested">
100435  <div class="col4 main-column">
100436  <nav class="secondary">
100437  <ul>
100438  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html" aria-label="Back to Clinical Cancer Genetics Program">Clinical Cancer Genetics
    …  Program</a></li>
100439  <li class="primary-nav-item">
100440  <a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  .html" aria-label="Clinical Cancer Genetics Program Home">Clinical Cancer Genetics
    …  Program Home</a></li>
100441  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /hereditary-cancer-predisposition-symdromes.html">Hereditary Cancer Predisposition
    …  Syndromes</a></li>
100442  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /educational-resources.html">Educational Resources</a></li>
100443  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /faculty-and-staff.html">Faculty and Staff</a></li>
100444  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /services.html">Services</a></li>
100445  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/clinical-cancer-genetics
    …  /your-first-visit.html">Your First Visit</a></li>
100446  </ul>
100447  </nav>
100448  </div>
100449  </section>
100450  </div>
100451  </div>
100452  </div></li>
100453  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …  translational-research-program.html">Colorectal Cancer Translational Research
    …  Program</a>
100454  <div class="subnav-mask">
100455  <div class="subnav-wrapper">
100456  <div class="subnav col10 pad">
100457  <section class="nested">
100458  <div class="col4 main-column">
100459  <nav class="secondary">
100460  <ul>
100461  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …  translational-research-program.html" aria-label="Back to Colorectal Cancer
    …  Translational Research Program">Colorectal Cancer Translational Research
    …  Program</a></li>
100462  <li class="primary-nav-item">
```

```
100463  <a
    …   href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …   translational-research-program.html" aria-label="Colorectal Cancer Translational
    …   Research Program Home">Colorectal Cancer Translational Research Program Home</a></li>
100464  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …   translational-research-program/investigators.html">Faculty and Staff</a></li>
100465  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …   translational-research-program/clinical-research-protocols.html">Clinical Research
    …   Protocols</a></li>
100466  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/colorectal-cancer-
    …   translational-research-program/publications.html">Publications</a></li>
100467  </ul>
100468  </nav>
100469  </div>
100470  </section>
100471  </div>
100472  </div>
100473  </div></li>
100474  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
    …   -center-for-radiological-sciences.html">Dunn Research Foundation Center For
    …   Radiological Sciences</a>
100475  <div class="subnav-mask">
100476  <div class="subnav-wrapper">
100477  <div class="subnav col10 pad">
100478  <section class="nested">
100479  <div class="col4 main-column">
100480  <nav class="secondary">
100481  <ul>
100482  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
    …   -center-for-radiological-sciences.html" aria-label="Back to Dunn Research Foundation
    …   Center For Radiological Sciences">Dunn Research Foundation Center For Radiological
    …   Sciences</a></li>
100483  <li class="primary-nav-item">
100484  <a
    …   href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
    …   -center-for-radiological-sciences.html" aria-label="Dunn Research Foundation Center
    …   For Radiological Sciences Home">Dunn Research Foundation Center For Radiological
    …   Sciences Home</a></li>
100485  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
    …   -center-for-radiological-sciences/faculty-and-staff.html">Faculty &amp;
    …   Staff</a></li>
100486  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/dunn-research-foundation
    …   -center-for-radiological-sciences/facilities.html">Facilities</a></li>
100487  </ul>
100488  </nav>
100489  </div>
100490  </section>
100491  </div>
100492  </div>
100493  </div></li>
100494  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    …   cancer-research-program.html">Inflammatory Breast Cancer Research Program</a>
100495  <div class="subnav-mask">
100496  <div class="subnav-wrapper">
100497  <div class="subnav col10 pad">
100498  <section class="nested">
100499  <div class="col4 main-column">
100500  <nav class="secondary">
100501  <ul>
100502  <li class="mobile-nav-back"><a
```

```
100502… href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program.html" aria-label="Back to Inflammatory Breast Cancer Research
    … Program">Inflammatory Breast Cancer Research Program</a></li>
100503 <li class="primary-nav-item">
100504 <a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program.html" aria-label="Inflammatory Breast Cancer Research Program
    … Home">Inflammatory Breast Cancer Research Program Home</a></li>
100505 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program/history.html">Program History</a></li>
100506 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program/members.html">Faculty and Staff</a></li>
100507 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program/patient-education.html">Patient Education</a></li>
100508 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program/clinical-trials.html">Clinical Trials</a></li>
100509 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/inflammatory-breast-
    … cancer-research-program/publications.html">Publications</a></li>
100510 </ul>
100511 </nav>
100512 </div>
100513 </section>
100514 </div>
100515 </div>
100516 </div></li>
100517 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program.html">Integrative Medicine Program</a>
100518 <div class="subnav-mask">
100519 <div class="subnav-wrapper">
100520 <div class="subnav col10 pad">
100521 <section class="nested">
100522 <div class="col4 main-column">
100523 <nav class="secondary">
100524 <ul>
100525 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program.html" aria-label="Back to Integrative Medicine Program">Integrative Medicine
    … Program</a></li>
100526 <li class="primary-nav-item">
100527 <a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program.html" aria-label="Integrative Medicine Program Home">Integrative Medicine
    … Program Home</a></li>
100528 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/faculty.html">Faculty &amp; Staff</a></li>
100529 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/clinical-trials.html">Clinical Trials</a></li>
100530 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/research.html">Research</a></li>
100531 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/conferences-events.html">Conferences &amp; Events</a></li>
100532 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/friends-integrative-medicine.html">Friends of Integrative Medicine</a></li>
100533 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/integrative-medicine-
    … program/news.html">News</a></li>
100534 </ul>
```

```
100535  </nav>
100536  </div>
100537  </section>
100538  </div>
100539  </div>
100540  </div></li>
100541  <li class="primary-nav-item has-subnav"><a
    ...  href="/research/departments-labs-institutes/programs-centers/keck-center.html">W. M.
    ...  Keck Center for Innovative Cancer Therapies</a>
100542  <div class="subnav-mask">
100543  <div class="subnav-wrapper">
100544  <div class="subnav col10 pad">
100545  <section class="nested">
100546  <div class="col4 main-column">
100547  <nav class="secondary">
100548  <ul>
100549  <li class="mobile-nav-back"><a
    ...  href="/research/departments-labs-institutes/programs-centers/keck-center.html"
    ...  aria-label="Back to W. M. Keck Center for Innovative Cancer Therapies">W. M. Keck
    ...  Center for Innovative Cancer Therapies</a></li>
100550  <li class="primary-nav-item">
100551  <a href="/research/departments-labs-institutes/programs-centers/keck-center.html"
    ...  aria-label="W. M. Keck Center for Innovative Cancer Therapies Home">W. M. Keck Center
    ...  for Innovative Cancer Therapies Home</a></li>
100552  <li class="primary-nav-item"><a
    ...  href="/research/departments-labs-institutes/programs-centers/keck-center/program-
    ...  members.html">Faculty and Staff</a></li>
100553  <li class="primary-nav-item"><a
    ...  href="/research/departments-labs-institutes/programs-centers/keck-center/resources-
    ...  and-links.html">Resources</a></li>
100554  </ul>
100555  </nav>
100556  </div>
100557  </section>
100558  </div>
100559  </div>
100560  </div></li>
100561  <li class="primary-nav-item has-subnav"><a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    ...  -for-comparative-medicine-and-research.html">Keeling Center for Comparative Medicine
    ...  and Research</a>
100562  <div class="subnav-mask">
100563  <div class="subnav-wrapper">
100564  <div class="subnav col10 pad">
100565  <section class="nested">
100566  <div class="col4 main-column">
100567  <nav class="secondary">
100568  <ul>
100569  <li class="mobile-nav-back"><a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    ...  -for-comparative-medicine-and-research.html" aria-label="Back to Keeling Center for
    ...  Comparative Medicine and Research">Keeling Center for Comparative Medicine and
    ...  Research</a></li>
100570  <li class="primary-nav-item">
100571  <a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    ...  -for-comparative-medicine-and-research.html" aria-label="Keeling Center for
    ...  Comparative Medicine and Research Home">Keeling Center for Comparative Medicine and
    ...  Research Home</a></li>
100572  <li class="primary-nav-item"><a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    ...  -for-comparative-medicine-and-research/faculty-and-staff.html">Faculty and
    ...  Staff</a></li>
100573  <li class="primary-nav-item"><a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    ...  -for-comparative-medicine-and-research/our-science.html">Our Science</a></li>
100574  <li class="primary-nav-item"><a
    ...  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
```

```
100574…  -for-comparative-medicine-and-research/our-services.html">Our Services</a></li>
100575  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    …  -for-comparative-medicine-and-research/national-research-resources-program.html">
    …  National Research Resources Program</a></li>
100576  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    …  -for-comparative-medicine-and-research/national-center-for-chimpanzee-care.html">
    …  National Center for Chimpanzee Care</a></li>
100577  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    …  -for-comparative-medicine-and-research/education-and-training.html">Education and
    …  Training</a></li>
100578  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    …  -for-comparative-medicine-and-research/primate-behavioral-management-conference.html"
    …  >Conferences and Events</a></li>
100579  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/michale-e-keeling-center
    …  -for-comparative-medicine-and-research/cattlemen-for-cancer-research.html">Cattlemen
    …  for Cancer Research</a></li>
100580  </ul>
100581  </nav>
100582  </div>
100583  </section>
100584  </div>
100585  </div>
100586  </div></li>
100587  <li class="primary-nav-item has-subnav"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
    …  html">Li Fraumeni Syndrome Study Group</a>
100588  <div class="subnav-mask">
100589  <div class="subnav-wrapper">
100590  <div class="subnav col10 pad">
100591  <section class="nested">
100592  <div class="col4 main-column">
100593  <nav class="secondary">
100594  <ul>
100595  <li class="mobile-nav-back"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
    …  html" aria-label="Back to Li Fraumeni Syndrome Study Group">Li Fraumeni Syndrome
    …  Study Group</a></li>
100596  <li class="primary-nav-item">
100597  <a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group.
    …  html" aria-label="Li Fraumeni Syndrome Study Group Home">Li Fraumeni Syndrome Study
    …  Group Home</a></li>
100598  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  faculty-staff.html">Faculty &amp; Staff</a></li>
100599  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  faqs.html">Frequently Asked Questions</a></li>
100600  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  glossary.html">Glossary</a></li>
100601  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  how-to-participate.html">How to Participate</a></li>
100602  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  research.html">Research Significant Findings</a></li>
100603  <li class="primary-nav-item"><a
    …  href="/research/departments-labs-institutes/programs-centers/li-fraumeni-study-group/
    …  study-plans-and-eligibility.html">Study Plans and Eligibility</a></li>
100604  </ul>
100605  </nav>
100606  </div>
```

```
100607  </section>
100608  </div>
100609  </div>
100610  </div></li>
100611  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
    …   technology-in-oncologic-surgery-mintos.html">Minimally Invasive New Technology in
    …   Oncologic Surgery</a>
100612  <div class="subnav-mask">
100613  <div class="subnav-wrapper">
100614  <div class="subnav col10 pad">
100615  <section class="nested">
100616  <div class="col4 main-column">
100617  <nav class="secondary">
100618  <ul>
100619  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
    …   technology-in-oncologic-surgery-mintos.html" aria-label="Back to Minimally Invasive
    …   New Technology in Oncologic Surgery">Minimally Invasive New Technology in Oncologic
    …   Surgery</a></li>
100620  <li class="primary-nav-item">
100621  <a
    …   href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
    …   technology-in-oncologic-surgery-mintos.html" aria-label="Minimally Invasive New
    …   Technology in Oncologic Surgery Home">Minimally Invasive New Technology in Oncologic
    …   Surgery Home</a></li>
100622  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/minimally-invasive-new-
    …   technology-in-oncologic-surgery-mintos/faculty.html">Faculty &amp; Staff</a></li>
100623  </ul>
100624  </nav>
100625  </div>
100626  </section>
100627  </div>
100628  </div>
100629  </div></li>
100630  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …   .html">Nutrition Research Group</a>
100631  <div class="subnav-mask">
100632  <div class="subnav-wrapper">
100633  <div class="subnav col10 pad">
100634  <section class="nested">
100635  <div class="col4 main-column">
100636  <nav class="secondary">
100637  <ul>
100638  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …   .html" aria-label="Back to Nutrition Research Group">Nutrition Research
    …   Group</a></li>
100639  <li class="primary-nav-item">
100640  <a
    …   href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …   .html" aria-label="Nutrition Research Group Home">Nutrition Research Group
    …   Home</a></li>
100641  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …   /staff.html">Faculty &amp; Staff</a></li>
100642  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/nutrition-research-group
    …   /core-resources.html">Resources</a></li>
100643  </ul>
100644  </nav>
100645  </div>
100646  </section>
100647  </div>
100648  </div>
100649  </div></li>
```

```
100650  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia.html">Hanns A. Pielenz Clinical Research Center for
    …   Myeloproliferative Neoplasia</a>
100651  <div class="subnav-mask">
100652  <div class="subnav-wrapper">
100653  <div class="subnav col10 pad">
100654  <section class="nested">
100655  <div class="col4 main-column">
100656  <nav class="secondary">
100657  <ul>
100658  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia.html" aria-label="Back to Hanns A. Pielenz Clinical
    …   Research Center for Myeloproliferative Neoplasia">Hanns A. Pielenz Clinical Research
    …   Center for Myeloproliferative Neoplasia</a></li>
100659  <li class="primary-nav-item">
100660  <a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia.html" aria-label="Hanns A. Pielenz Clinical
    …   Research Center for Myeloproliferative Neoplasia Home">Hanns A. Pielenz Clinical
    …   Research Center for Myeloproliferative Neoplasia Home</a></li>
100661  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia/mpn-team.html">Faculty &amp; Staff</a></li>
100662  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia/awareness-education.html">Awareness &amp;
    …   Education</a></li>
100663  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia/current-research.html">Current Research</a></li>
100664  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia/mission-goals.html"> Mission &amp;
    …   Objectives</a></li>
100665  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/clinical-research-center
    …   -for-myeloproliferative-neoplasia/tissue-bank.html">Tissue Bank</a></li>
100666  </ul>
100667  </nav>
100668  </div>
100669  </section>
100670  </div>
100671  </div>
100672  </div></li>
100673  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/programs-centers/partnership-for-
    …   excellence-in-cancer-research.html">Partnership for Excellence in Cancer
    …   Research</a></li>
100674  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …   .html">Skull Base Tumor Program</a>
100675  <div class="subnav-mask">
100676  <div class="subnav-wrapper">
100677  <div class="subnav col10 pad">
100678  <section class="nested">
100679  <div class="col4 main-column">
100680  <nav class="secondary">
100681  <ul>
100682  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …   .html" aria-label="Back to Skull Base Tumor Program">Skull Base Tumor
    …   Program</a></li>
100683  <li class="primary-nav-item">
100684  <a
    …   href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    …   .html" aria-label="Skull Base Tumor Program Home">Skull Base Tumor Program
```

```
100684… Home</a></li>
100685 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    … /faculty.html">Faculty &amp; Staff</a></li>
100686 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    … /diagnosis-treatment.html">Diagnosis and Treatment</a></li>
100687 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    … /tumor-types.html">Tumor Types and Sites</a></li>
100688 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/programs-centers/skull-base-tumor-program
    … /resources.html">Resources</a></li>
100689 </ul>
100690 </nav>
100691 </div>
100692 </section>
100693 </div>
100694 </div>
100695 </div></li>
100696 </ul>
100697 </nav>
100698 </div>
100699 </section>
100700 </div>
100701 </div>
100702 </div></li>
100703 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/institutes.html">Institutes</a>
100704 <div class="subnav-mask">
100705 <div class="subnav-wrapper">
100706 <div class="subnav col10 pad">
100707 <section class="nested">
100708 <div class="col4 main-column">
100709 <nav class="secondary">
100710 <ul>
100711 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/institutes.html" aria-label="Back to
    … Institutes</a></li>
100712 <li class="primary-nav-item">
100713 <a href="/research/departments-labs-institutes/institutes.html"
    … aria-label="Institutes Home">Institutes Home</a></li>
100714 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/institute-for-basic-science.
    … html">Institute for Basic Science</a></li>
100715 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
    … innovation.html">Institute for Cancer Care Innovation</a>
100716 <div class="subnav-mask">
100717 <div class="subnav-wrapper">
100718 <div class="subnav col10 pad">
100719 <section class="nested">
100720 <div class="col4 main-column">
100721 <nav class="secondary">
100722 <ul>
100723 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
    … innovation.html" aria-label="Back to Institute for Cancer Care Innovation">Institute
    … for Cancer Care Innovation</a></li>
100724 <li class="primary-nav-item">
100725 <a
    … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
    … innovation.html" aria-label="Institute for Cancer Care Innovation Home">Institute for
    … Cancer Care Innovation Home</a></li>
100726 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
    … innovation/about-us.html">Projects</a></li>
100727 <li class="primary-nav-item"><a
```

```
100727… href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
  … innovation/leadership.html">Leadership</a></li>
100728 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
  … innovation/publications.html">Publications</a></li>
100729 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/institutes/institute-for-cancer-care-
  … innovation/external-partners.html">External Partners</a></li>
100730 </ul>
100731 </nav>
100732 </div>
100733 </section>
100734 </div>
100735 </div>
100736 </div></li>
100737 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute.html">
  … Duncan Family Institute</a>
100738 <div class="subnav-mask">
100739 <div class="subnav-wrapper">
100740 <div class="subnav col10 pad">
100741 <section class="nested">
100742 <div class="col4 main-column">
100743 <nav class="secondary">
100744 <ul>
100745 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute.html"
  … aria-label="Back to Duncan Family Institute">Duncan Family Institute</a></li>
100746 <li class="primary-nav-item">
100747 <a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute.html"
  … aria-label="Duncan Family Institute Home">Duncan Family Institute Home</a></li>
100748 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/about-
  … us.html">About Us</a></li>
100749 <li class="primary-nav-item has-subnav"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
  … research-programs.html">Research Programs</a>
100750 <div class="subnav-mask">
100751 <div class="subnav-wrapper">
100752 <div class="subnav col10 pad">
100753 <section class="nested">
100754 <div class="col4 main-column">
100755 <nav class="secondary">
100756 <ul>
100757 <li class="mobile-nav-back"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
  … research-programs.html" aria-label="Back to Research Programs">Research
  … Programs</a></li>
100758 <li class="primary-nav-item">
100759 <a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
  … research-programs.html" aria-label="Research Programs Home">Research Programs
  … Home</a></li>
100760 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
  … research-programs/duncan-family-institute-video-gallery.html">Duncan Family Institute
  … Video Gallery</a></li>
100761 <li class="primary-nav-item"><a
  … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
  … research-programs/research-highlights.html">Research Highlights</a></li>
100762 </ul>
100763 </nav>
100764 </div>
100765 </section>
100766 </div>
100767 </div>
100768 </div></li>
```

```
100769 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
    … prevention-resources.html">Prevention Resources</a></li>
100770 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
    … educational-resources.html">Educational Resources</a>
100771 <div class="subnav-mask">
100772 <div class="subnav-wrapper">
100773 <div class="subnav col10 pad">
100774 <section class="nested">
100775 <div class="col4 main-column">
100776 <nav class="secondary">
100777 <ul>
100778 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
    … educational-resources.html" aria-label="Back to Educational Resources">Educational
    … Resources</a></li>
100779 <li class="primary-nav-item">
100780 <a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
    … educational-resources.html" aria-label="Educational Resources Home">Educational
    … Resources Home</a></li>
100781 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/
    … educational-resources/duncan-family-institute-lectureship.html">Duncan Family
    … Institute - Lectureship</a></li>
100782 </ul>
100783 </nav>
100784 </div>
100785 </section>
100786 </div>
100787 </div>
100788 </div></li>
100789 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/duncan-family-institute/annual
    … -report.html">Annual Report</a></li>
100790 </ul>
100791 </nav>
100792 </div>
100793 </section>
100794 </div>
100795 </div>
100796 </div></li>
100797 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/mccombs-institute.html">
    … McCombs Institute</a></li>
100798 <li class="primary-nav-item has-subnav"><a
    … href="/research/departments-labs-institutes/institutes/zayed-institute-for-
    … personalized-cancer-therapy.html">Zayed Institute for Personalized Cancer Therapy</a>
100799 <div class="subnav-mask">
100800 <div class="subnav-wrapper">
100801 <div class="subnav col10 pad">
100802 <section class="nested">
100803 <div class="col4 main-column">
100804 <nav class="secondary">
100805 <ul>
100806 <li class="mobile-nav-back"><a
    … href="/research/departments-labs-institutes/institutes/zayed-institute-for-
    … personalized-cancer-therapy.html" aria-label="Back to Zayed Institute for
    … Personalized Cancer Therapy">Zayed Institute for Personalized Cancer Therapy</a></li>
100807 <li class="primary-nav-item">
100808 <a
    … href="/research/departments-labs-institutes/institutes/zayed-institute-for-
    … personalized-cancer-therapy.html" aria-label="Zayed Institute for Personalized Cancer
    … Therapy Home">Zayed Institute for Personalized Cancer Therapy Home</a></li>
100809 <li class="primary-nav-item"><a
    … href="/research/departments-labs-institutes/institutes/zayed-institute-for-
    … personalized-cancer-therapy/leadership.html">Leadership</a></li>
```

```
100810  </ul>
100811  </nav>
100812  </div>
100813  </section>
100814  </div>
100815  </div>
100816  </div></li>
100817  </ul>
100818  </nav>
100819  </div>
100820  </section>
100821  </div>
100822  </div>
100823  </div></li>
100824  <li class="primary-nav-item has-subnav"><a
     …  href="/research/departments-labs-institutes/spores.html">Specialized Programs of
     …  Research Excellence (SPORE) Grants</a>
100825  <div class="subnav-mask">
100826  <div class="subnav-wrapper">
100827  <div class="subnav col10 pad">
100828  <section class="nested">
100829  <div class="col4 main-column">
100830  <nav class="secondary">
100831  <ul>
100832  <li class="mobile-nav-back"><a
     …  href="/research/departments-labs-institutes/spores.html" aria-label="Back to
     …  Specialized Programs of Research Excellence (SPORE) Grants">Specialized Programs of
     …  Research Excellence (SPORE) Grants</a></li>
100833  <li class="primary-nav-item">
100834  <a href="/research/departments-labs-institutes/spores.html" aria-label="Specialized
     …  Programs of Research Excellence (SPORE) Grants Home">Specialized Programs of Research
     …  Excellence (SPORE) Grants Home</a></li>
100835  <li class="primary-nav-item has-subnav"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html">Bladder
     …  Cancer SPORE</a>
100836  <div class="subnav-mask">
100837  <div class="subnav-wrapper">
100838  <div class="subnav col10 pad">
100839  <section class="nested">
100840  <div class="col4 main-column">
100841  <nav class="secondary">
100842  <ul>
100843  <li class="mobile-nav-back"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html"
     …  aria-label="Back to Bladder Cancer SPORE">Bladder Cancer SPORE</a></li>
100844  <li class="primary-nav-item">
100845  <a href="/research/departments-labs-institutes/spores/bladder-cancer-spore.html"
     …  aria-label="Bladder Cancer SPORE Home">Bladder Cancer SPORE Home</a></li>
100846  <li class="primary-nav-item"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore/bladder-
     …  cancer-at-m-d-anderson.html">Bladder Cancer at MD Anderson</a></li>
100847  <li class="primary-nav-item"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore/career-
     …  development-program.html">Career Development Program</a></li>
100848  <li class="primary-nav-item"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore/clinical-
     …  trials.html">Clinical Trials</a></li>
100849  <li class="primary-nav-item"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore/contact-
     …  information.html">Contact Information</a></li>
100850  <li class="primary-nav-item has-subnav"><a
     …  href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
     …  -tissue-array-study.html">International Tissue Array Study</a>
100851  <div class="subnav-mask">
100852  <div class="subnav-wrapper">
100853  <div class="subnav col10 pad">
100854  <section class="nested">
100855  <div class="col4 main-column">
```

```
100856 <nav class="secondary">
100857 <ul>
100858 <li class="mobile-nav-back"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
    ... -tissue-array-study.html" aria-label="Back to International Tissue Array Study
    ... ">International Tissue Array Study</a></li>
100859 <li class="primary-nav-item">
100860 <a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
    ... -tissue-array-study.html" aria-label="International Tissue Array Study
    ... Home">International Tissue Array Study Home</a></li>
100861 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
    ... -tissue-array-study/experimental-design.html">Experimental Design</a></li>
100862 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/international
    ... -tissue-array-study/contact_.html">Contact Information</a></li>
100863 </ul>
100864 </nav>
100865 </div>
100866 </section>
100867 </div>
100868 </div>
100869 </div></li>
100870 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/investigators
    ... -and-staff.html">Investigators and Staff</a></li>
100871 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/news-and-
    ... publications.html">News and Publications</a></li>
100872 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/bladder-cancer-spore/research.html
    ... ">Research</a></li>
100873 </ul>
100874 </nav>
100875 </div>
100876 </section>
100877 </div>
100878 </div>
100879 </div></li>
100880 <li class="primary-nav-item has-subnav"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore.html">Brain
    ... Cancer SPORE</a>
100881 <div class="subnav-mask">
100882 <div class="subnav-wrapper">
100883 <div class="subnav col10 pad">
100884 <section class="nested">
100885 <div class="col4 main-column">
100886 <nav class="secondary">
100887 <ul>
100888 <li class="mobile-nav-back"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore.html"
    ... aria-label="Back to Brain Cancer SPORE">Brain Cancer SPORE</a></li>
100889 <li class="primary-nav-item">
100890 <a href="/research/departments-labs-institutes/spores/brain-cancer-spore.html"
    ... aria-label="Brain Cancer SPORE Home">Brain Cancer SPORE Home</a></li>
100891 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore/research.html">
    ... Research</a></li>
100892 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore/contact-
    ... information.html">Contact Information</a></li>
100893 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore/news-and-
    ... publications.html">News &amp; Publications</a></li>
100894 <li class="primary-nav-item"><a
    ... href="/research/departments-labs-institutes/spores/brain-cancer-spore/career-
    ... development-program.html">Career Development Program</a></li>
```

```
100895 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/brain-cancer-spore/developmental-
   …   research-program.html">Developmental Research Program</a></li>
100896 </ul>
100897 </nav>
100898 </div>
100899 </section>
100900 </div>
100901 </div>
100902 </div></li>
100903 <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore.html">The Joe
   …   Moakley Leukemia SPORE</a>
100904 <div class="subnav-mask">
100905 <div class="subnav-wrapper">
100906 <div class="subnav col10 pad">
100907 <section class="nested">
100908 <div class="col4 main-column">
100909 <nav class="secondary">
100910 <ul>
100911 <li class="mobile-nav-back"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore.html"
   …   aria-label="Back to The Joe Moakley Leukemia SPORE">The Joe Moakley Leukemia
   …   SPORE</a></li>
100912 <li class="primary-nav-item">
100913 <a href="/research/departments-labs-institutes/spores/leukemia-spore.html"
   …   aria-label="The Joe Moakley Leukemia SPORE Home">The Joe Moakley Leukemia SPORE
   …   Home</a></li>
100914 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/career-development-
   …   program.html">Career Development Program</a></li>
100915 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/contact-information
   …   .html">Contact Information</a></li>
100916 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/developmental-
   …   research-program.html">Developmental Research Program</a></li>
100917 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/investigators-and-
   …   staff.html">Investigators and Staff</a></li>
100918 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/news-and-
   …   publications.html">News and Publications</a></li>
100919 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/patient-advocate.
   …   html">Patient Advocate Group</a></li>
100920 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/leukemia-spore/research.html">
   …   Research</a></li>
100921 </ul>
100922 </nav>
100923 </div>
100924 </section>
100925 </div>
100926 </div>
100927 </div></li>
100928 <li class="primary-nav-item"><a
   …   href="/research/departments-labs-institutes/spores/lung-cancer-spore.html">Lung
   …   Cancer SPORE</a></li>
100929 <li class="primary-nav-item has-subnav"><a
   …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html">
   …   Multiple Myeloma SPORE</a>
100930 <div class="subnav-mask">
100931 <div class="subnav-wrapper">
100932 <div class="subnav col10 pad">
100933 <section class="nested">
100934 <div class="col4 main-column">
100935 <nav class="secondary">
```

```
100936  <ul
100937  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html"
    …   aria-label="Back to Multiple Myeloma SPORE">Multiple Myeloma SPORE</a></li>
100938  <li class="primary-nav-item">
100939  <a href="/research/departments-labs-institutes/spores/multiple-myeloma-spore.html"
    …   aria-label="Multiple Myeloma SPORE Home">Multiple Myeloma SPORE Home</a></li>
100940  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/career-
    …   development-program.html">Career Development Program</a></li>
100941  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/contact-
    …   information.html">Contact Information</a></li>
100942  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/core-
    …   facilities.html">Core Facilities</a></li>
100943  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/
    …   developmental-research-program.html">Developmental Research Program</a></li>
100944  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/multiple-myeloma-spore/research-
    …   projects.html">Research Projects</a></li>
100945  </ul>
100946  </nav>
100947  </div>
100948  </section>
100949  </div>
100950  </div>
100951  </div></li>
100952  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html">Ovarian
    …   Cancer SPORE</a>
100953  <div class="subnav-mask">
100954  <div class="subnav-wrapper">
100955  <div class="subnav col10 pad">
100956  <section class="nested">
100957  <div class="col4 main-column">
100958  <nav class="secondary">
100959  <ul>
100960  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html"
    …   aria-label="Back to Ovarian Cancer SPORE">Ovarian Cancer SPORE</a></li>
100961  <li class="primary-nav-item">
100962  <a href="/research/departments-labs-institutes/spores/ovarian-cancer-spore.html"
    …   aria-label="Ovarian Cancer SPORE Home">Ovarian Cancer SPORE Home</a></li>
100963  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/career-
    …   development-program.html">Career Development Program</a></li>
100964  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
    …   trials.html">Clinical Trials</a>
100965  <div class="subnav-mask">
100966  <div class="subnav-wrapper">
100967  <div class="subnav col10 pad">
100968  <section class="nested">
100969  <div class="col4 main-column">
100970  <nav class="secondary">
100971  <ul>
100972  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
    …   trials.html" aria-label="Back to Clinical Trials">Clinical Trials</a></li>
100973  <li class="primary-nav-item">
100974  <a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
    …   trials.html" aria-label="Clinical Trials Home">Clinical Trials Home</a></li>
100975  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/clinical-
    …   trials/ovarian-cancer-low-risk-study.html">Ovarian Cancer Low Risk Study</a></li>
```

```
100976  </ul>
100977  </nav>
100978  </div>
100979  </section>
100980  </div>
100981  </div>
100982  </div></li>
100983  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/contact-
    …   information.html">Contact Information</a></li>
100984  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/developmental
    …   -research-program.html">Developmental Research Program</a></li>
100985  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/investigators
    …   -and-staff.html">Investigators and Staff</a></li>
100986  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/publications.
    …   html">Publications</a></li>
100987  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/ovarian-cancer-spore/research.html
    …   ">Research</a></li>
100988  </ul>
100989  </nav>
100990  </div>
100991  </section>
100992  </div>
100993  </div>
100994  </div></li>
100995  <li class="primary-nav-item has-subnav"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html">
    …   Prostate Cancer SPORE</a>
100996  <div class="subnav-mask">
100997  <div class="subnav-wrapper">
100998  <div class="subnav col10 pad">
100999  <section class="nested">
101000  <div class="col4 main-column">
101001  <nav class="secondary">
101002  <ul>
101003  <li class="mobile-nav-back"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html"
    …   aria-label="Back to Prostate Cancer SPORE">Prostate Cancer SPORE</a></li>
101004  <li class="primary-nav-item">
101005  <a href="/research/departments-labs-institutes/spores/prostate-cancer-spore.html"
    …   aria-label="Prostate Cancer SPORE Home">Prostate Cancer SPORE Home</a></li>
101006  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/career-
    …   development-program.html">Career Development Program</a></li>
101007  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/contact-
    …   information.html">Contact Information</a></li>
101008  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/
    …   developmental-research-program.html">Developmental Research Program</a></li>
101009  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/
    …   investigators-and-staff.html">Investigators and Staff</a></li>
101010  <li class="primary-nav-item"><a
    …   href="/research/departments-labs-institutes/spores/prostate-cancer-spore/research.
    …   html">Research</a></li>
101011  </ul>
101012  </nav>
101013  </div>
101014  </section>
101015  </div>
101016  </div>
101017  </div></li>
101018  <li class="primary-nav-item has-subnav"><a
```

```
101018… href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html">Thyroid
     … Cancer SPORE</a>
101019 <div class="subnav-mask">
101020 <div class="subnav-wrapper">
101021 <div class="subnav col10 pad">
101022 <section class="nested">
101023 <div class="col4 main-column">
101024 <nav class="secondary">
101025 <ul>
101026 <li class="mobile-nav-back"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html"
     … aria-label="Back to Thyroid Cancer SPORE">Thyroid Cancer SPORE</a></li>
101027 <li class="primary-nav-item">
101028 <a href="/research/departments-labs-institutes/spores/thyroid-cancer-spore.html"
     … aria-label="Thyroid Cancer SPORE Home">Thyroid Cancer SPORE Home</a></li>
101029 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/career-
     … development-program.html">Career Development Program</a></li>
101030 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/contact-
     … information.html">Contact Information</a></li>
101031 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/cores.html">
     … Cores</a></li>
101032 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/developmental
     … -research-program.html">Developmental Research Program</a></li>
101033 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/thyroid-cancer-spore/research.html
     … ">Research</a></li>
101034 </ul>
101035 </nav>
101036 </div>
101037 </section>
101038 </div>
101039 </div>
101040 </div></li>
101041 <li class="primary-nav-item has-subnav"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html">Uterine
     … Cancer SPORE</a>
101042 <div class="subnav-mask">
101043 <div class="subnav-wrapper">
101044 <div class="subnav col10 pad">
101045 <section class="nested">
101046 <div class="col4 main-column">
101047 <nav class="secondary">
101048 <ul>
101049 <li class="mobile-nav-back"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html"
     … aria-label="Back to Uterine Cancer SPORE">Uterine Cancer SPORE</a></li>
101050 <li class="primary-nav-item">
101051 <a href="/research/departments-labs-institutes/spores/uterine-cancer-spore.html"
     … aria-label="Uterine Cancer SPORE Home">Uterine Cancer SPORE Home</a></li>
101052 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore/career-
     … development-program.html">Career Development Program</a></li>
101053 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore/contact-
     … information.html">Contact Information</a></li>
101054 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore/developmental
     … -research-program.html">Developmental Research Program</a></li>
101055 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore/investigators
     … -and-staff.html">Investigators and Staff</a></li>
101056 <li class="primary-nav-item"><a
     … href="/research/departments-labs-institutes/spores/uterine-cancer-spore/research.html
     … ">Research</a></li>
```

```
101057  </ul>
101058  </nav>
101059  </div>
101060  </section>
101061  </div>
101062  </div>
101063  </div></li>
101064  </ul>
101065  </nav>
101066  </div>
101067  </section>
101068  </div>
101069  </div>
101070  </div></li>
101071  </ul>
101072  </nav>
101073  </div>
101074  </section>
101075  </div>
101076  </div>
101077  </div></li>
101078  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-areas.html">Research Areas</a>
101079  <div class="subnav-mask">
101080  <div class="subnav-wrapper">
101081  <div class="subnav col10 pad">
101082  <section class="nested">
101083  <div class="col4 main-column">
101084  <nav class="secondary">
101085  <ul>
101086  <li class="mobile-nav-back"><a href="/research/research-areas.html" aria-label="Back
    …  to Research Areas">Research Areas</a></li>
101087  <li class="primary-nav-item">
101088  <a href="/research/research-areas.html" aria-label="Research Areas Home">Research
    …  Areas Home</a></li>
101089  <li class="primary-nav-item"><a
    …  href="/research/research-areas/basic-science.html">Basic Science</a></li>
101090  <li class="primary-nav-item"><a
    …  href="/research/research-areas/clinical-research.html">Clinical Research</a></li>
101091  <li class="primary-nav-item"><a
    …  href="/research/research-areas/prevention-personalized-risk-assessment.html">
    …  Prevention &amp; Personalized Risk Assessment</a></li>
101092  <li class="primary-nav-item"><a
    …  href="/research/research-areas/translational-research.html">Translational
    …  Research</a></li>
101093  <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-areas/sponsored-research.html">Office of Sponsored
    …  Programs</a>
101094  <div class="subnav-mask">
101095  <div class="subnav-wrapper">
101096  <div class="subnav col10 pad">
101097  <section class="nested">
101098  <div class="col4 main-column">
101099  <nav class="secondary">
101100  <ul>
101101  <li class="mobile-nav-back"><a
    …  href="/research/research-areas/sponsored-research.html" aria-label="Back to Office of
    …  Sponsored Programs">Office of Sponsored Programs</a></li>
101102  <li class="primary-nav-item">
101103  <a href="/research/research-areas/sponsored-research.html" aria-label="Office of
    …  Sponsored Programs Home">Office of Sponsored Programs Home</a></li>
101104  <li class="primary-nav-item"><a
    …  href="/research/research-areas/sponsored-research/institution-information.html">
    …  Institution Information</a></li>
101105  <li class="primary-nav-item"><a
    …  href="/research/research-areas/sponsored-research/forms.html">Forms</a></li>
101106  <li class="primary-nav-item"><a
    …  href="/research/research-areas/sponsored-research/contact-information.html">Contact
```

```
101106… Us</a></li>
101107 </ul>
101108 </nav>
101109 </div>
101110 </section>
101111 </div>
101112 </div>
101113 </div></li>
101114 </ul>
101115 </nav>
101116 </div>
101117 </section>
101118 </div>
101119 </div>
101120 </div></li>
101121 <li class="primary-nav-item has-subnav"><a
     … href="/research/research-resources.html">Research Resources</a>
101122 <div class="subnav-mask">
101123 <div class="subnav-wrapper">
101124 <div class="subnav col10 pad">
101125 <section class="nested">
101126 <div class="col4 main-column">
101127 <nav class="secondary">
101128 <ul>
101129 <li class="mobile-nav-back"><a href="/research/research-resources.html"
     … aria-label="Back to Research Resources">Research Resources</a></li>
101130 <li class="primary-nav-item">
101131 <a href="/research/research-resources.html" aria-label="Research Resources
     … Home">Research Resources Home</a></li>
101132 <li class="primary-nav-item has-subnav"><a
     … href="/research/research-resources/core-facilities.html">Core Facilities and
     … Services</a>
101133 <div class="subnav-mask">
101134 <div class="subnav-wrapper">
101135 <div class="subnav col10 pad">
101136 <section class="nested">
101137 <div class="col4 main-column">
101138 <nav class="secondary">
101139 <ul>
101140 <li class="mobile-nav-back"><a
     … href="/research/research-resources/core-facilities.html" aria-label="Back to Core
     … Facilities and Services">Core Facilities and Services</a></li>
101141 <li class="primary-nav-item">
101142 <a href="/research/research-resources/core-facilities.html" aria-label="Core
     … Facilities and Services Home">Core Facilities and Services Home</a></li>
101143 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/bioinformatics-and-statistics.html
     … ">Bioinformatics and Statistics - Smithville</a></li>
101144 <li class="primary-nav-item has-subnav"><a
     … href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
     … html">Biospecimen Extraction Facility</a>
101145 <div class="subnav-mask">
101146 <div class="subnav-wrapper">
101147 <div class="subnav col10 pad">
101148 <section class="nested">
101149 <div class="col4 main-column">
101150 <nav class="secondary">
101151 <ul>
101152 <li class="mobile-nav-back"><a
     … href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
     … html" aria-label="Back to Biospecimen Extraction Facility">Biospecimen Extraction
     … Facility</a></li>
101153 <li class="primary-nav-item">
101154 <a
     … href="/research/research-resources/core-facilities/biospecimen-extraction-facility.
     … html" aria-label="Biospecimen Extraction Facility Home">Biospecimen Extraction
     … Facility Home</a></li>
101155 <li class="primary-nav-item"><a
```

```
101155... href="/research/research-resources/core-facilities/biospecimen-extraction-facility/
    ...    contact-information.html">Contact Information</a></li>
101156 </ul>
101157 </nav>
101158 </div>
101159 </section>
101160 </div>
101161 </div>
101162 </div></li>
101163 <li class="primary-nav-item has-subnav"><a
    ...    href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
    ...    html">Bone Histomorphometry Core Laboratory</a>
101164 <div class="subnav-mask">
101165 <div class="subnav-wrapper">
101166 <div class="subnav col10 pad">
101167 <section class="nested">
101168 <div class="col4 main-column">
101169 <nav class="secondary">
101170 <ul>
101171 <li class="mobile-nav-back"><a
    ...    href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
    ...    html" aria-label="Back to Bone Histomorphometry Core Laboratory ">Bone
    ...    Histomorphometry Core Laboratory</a></li>
101172 <li class="primary-nav-item">
101173 <a
    ...    href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab.
    ...    html" aria-label="Bone Histomorphometry Core Laboratory  Home">Bone Histomorphometry
    ...    Core Laboratory Home</a></li>
101174 <li class="primary-nav-item"><a
    ...    href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab/
    ...    histomorphometry.html">Histomorphometry</a></li>
101175 <li class="primary-nav-item"><a
    ...    href="/research/research-resources/core-facilities/bone-histomorphometry-core-lab/
    ...    methods-and-services.html">Methods and Services</a></li>
101176 </ul>
101177 </nav>
101178 </div>
101179 </section>
101180 </div>
101181 </div>
101182 </div></li>
101183 <li class="primary-nav-item has-subnav"><a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    ...    facility.html">Characterized Cell Line Core Facility</a>
101184 <div class="subnav-mask">
101185 <div class="subnav-wrapper">
101186 <div class="subnav col10 pad">
101187 <section class="nested">
101188 <div class="col4 main-column">
101189 <nav class="secondary">
101190 <ul>
101191 <li class="mobile-nav-back"><a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    ...    facility.html" aria-label="Back to Characterized Cell Line Core
    ...    Facility">Characterized Cell Line Core Facility</a></li>
101192 <li class="primary-nav-item">
101193 <a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    ...    facility.html" aria-label="Characterized Cell Line Core Facility Home">Characterized
    ...    Cell Line Core Facility Home</a></li>
101194 <li class="primary-nav-item"><a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    ...    facility/services.html">Services</a></li>
101195 <li class="primary-nav-item"><a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    ...    facility/equipment.html">Equipment</a></li>
101196 <li class="primary-nav-item"><a
    ...    href="/research/research-resources/core-facilities/characterized-cell-line-core-
```

```
101196…  facility/getting-started.html">Getting Started</a></li>
101197   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/characterized-cell-line-core-
    …    facility/contact-information.html">Contact Information</a></li>
101198   </ul>
101199   </nav>
101200   </div>
101201   </section>
101202   </div>
101203   </div>
101204   </div></li>
101205   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/dna-methylation-analysis-core.html
    …    ">DNA Methylation Analysis Core</a></li>
101206   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/ehealth-technology.html">e-Health
    …    Technology</a></li>
101207   <li class="primary-nav-item has-subnav"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility.html">Flow Cytometry and Cellular Imaging Core Facility</a>
101208   <div class="subnav-mask">
101209   <div class="subnav-wrapper">
101210   <div class="subnav col10 pad">
101211   <section class="nested">
101212   <div class="col4 main-column">
101213   <nav class="secondary">
101214   <ul>
101215   <li class="mobile-nav-back"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility.html" aria-label="Back to Flow Cytometry and Cellular Imaging
    …    Core Facility">Flow Cytometry and Cellular Imaging Core Facility</a></li>
101216   <li class="primary-nav-item">
101217   <a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility.html" aria-label="Flow Cytometry and Cellular Imaging Core
    …    Facility Home">Flow Cytometry and Cellular Imaging Core Facility Home</a></li>
101218   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/administration-and-policies.html">Administration and
    …    Policies</a></li>
101219   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/services-and-fees-south-campus.html">Services and Fees - South
    …    Campus</a></li>
101220   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/services-and-fees-north-campus.html">Services and Fees - North
    …    Campus</a></li>
101221   <li class="primary-nav-item"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/education.html">Education</a></li>
101222   <li class="primary-nav-item has-subnav"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/equipment.html">Equipment</a>
101223   <div class="subnav-mask">
101224   <div class="subnav-wrapper">
101225   <div class="subnav col10 pad">
101226   <section class="nested">
101227   <div class="col4 main-column">
101228   <nav class="secondary">
101229   <ul>
101230   <li class="mobile-nav-back"><a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …    imaging-core-facility/equipment.html" aria-label="Back to
    …    Equipment">Equipment</a></li>
101231   <li class="primary-nav-item">
101232   <a
    …    href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
```

```
101232… imaging-core-facility/equipment.html" aria-label="Equipment Home">Equipment
     … Home</a></li>
101233 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/equipment/north-campus_.html">North Campus Equipment</a></li>
101234 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/equipment/south-campus_.html">South Campus Equipment</a></li>
101235 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/equipment/sorting-instruments.html">Sorting
     … Instruments</a></li>
101236 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/equipment/analysis-instruments.html">Analysis
     … Instruments</a></li>
101237 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/equipment/imaging-instruments.html">Imaging
     … Instruments</a></li>
101238 </ul>
101239 </nav>
101240 </div>
101241 </section>
101242 </div>
101243 </div>
101244 </div></li>
101245 <li class="primary-nav-item has-subnav"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/faculty-and-staff.html">Faculty and Staff</a>
101246 <div class="subnav-mask">
101247 <div class="subnav-wrapper">
101248 <div class="subnav col10 pad">
101249 <section class="nested">
101250 <div class="col4 main-column">
101251 <nav class="secondary">
101252 <ul>
101253 <li class="mobile-nav-back"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/faculty-and-staff.html" aria-label="Back to Faculty and
     … Staff">Faculty and Staff</a></li>
101254 <li class="primary-nav-item">
101255 <a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/faculty-and-staff.html" aria-label="Faculty and Staff
     … Home">Faculty and Staff Home</a></li>
101256 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/faculty-and-staff/north-campus_.html">North Campus Faculty and
     … Staff</a></li>
101257 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/faculty-and-staff/south-campus_.html">South Campus Faculty and
     … Staff</a></li>
101258 </ul>
101259 </nav>
101260 </div>
101261 </section>
101262 </div>
101263 </div>
101264 </div></li>
101265 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/standard-operating-procedures-north-campus.html">Standard
     … Operating Procedures - North Campus</a></li>
101266 <li class="primary-nav-item"><a
     … href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
     … imaging-core-facility/useful-links.html">Useful Links</a></li>
```

```
101267  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …   imaging-core-facility/contact-information.html">Contact Information</a></li>
101268  </ul>
101269  </nav>
101270  </div>
101271  </section>
101272  </div>
101273  </div>
101274  </div></li>
101275  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/flow-cytometry-and-cellular-
    …   imaging-core-smithville.html">Flow Cytometry and Cellular Imaging Core -
    …   Smithville</a></li>
101276  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
    …   html">Functional Proteomics RPPA Core Facility</a>
101277  <div class="subnav-mask">
101278  <div class="subnav-wrapper">
101279  <div class="subnav col10 pad">
101280  <section class="nested">
101281  <div class="col4 main-column">
101282  <nav class="secondary">
101283  <ul>
101284  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
    …   html" aria-label="Back to Functional Proteomics RPPA Core Facility">Functional
    …   Proteomics RPPA Core Facility</a></li>
101285  <li class="primary-nav-item">
101286  <a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core.
    …   html" aria-label="Functional Proteomics RPPA Core Facility Home">Functional
    …   Proteomics RPPA Core Facility Home</a></li>
101287  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   rppa-process.html">RPPA Process</a></li>
101288  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   submission-services-and-pricing.html">Submission, Services and Pricing</a></li>
101289  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   getting-started.html">Getting Started</a></li>
101290  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   antibody-information-and-protocols.html">Antibody Information and Protocols</a></li>
101291  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   education-and-references.html">Education and References</a></li>
101292  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   technical-information.html">Technical Information</a></li>
101293  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   faq.html">Frequently Asked Questions</a></li>
101294  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/functional-proteomics-rppa-core/
    …   contact-information-and-facility-location.html">Contact Information and Facility
    …   Location</a></li>
101295  </ul>
101296  </nav>
101297  </div>
101298  </section>
101299  </div>
101300  </div>
101301  </div></li>
101302  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    …   facility.html">Genetically Engineered Mouse Facility</a>
```

```
101303 <div class="subnav-mask">
101304 <div class="subnav-wrapper">
101305 <div class="subnav col10 pad">
101306 <section class="nested">
101307 <div class="col4 main-column">
101308 <nav class="secondary">
101309 <ul>
101310 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility.html" aria-label="Back to Genetically Engineered Mouse Facility">Genetically
    … Engineered Mouse Facility</a></li>
101311 <li class="primary-nav-item">
101312 <a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility.html" aria-label="Genetically Engineered Mouse Facility Home">Genetically
    … Engineered Mouse Facility Home</a></li>
101313 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/mouse-resource-facility.html">Mouse Resource Facility</a></li>
101314 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/policies-and-procedures.html">Policies and Procedures</a></li>
101315 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/protocols.html">Protocols</a></li>
101316 <li class="primary-nav-item has-subnav"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees.html">Services and Fees</a>
101317 <div class="subnav-mask">
101318 <div class="subnav-wrapper">
101319 <div class="subnav col10 pad">
101320 <section class="nested">
101321 <div class="col4 main-column">
101322 <nav class="secondary">
101323 <ul>
101324 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees.html" aria-label="Back to Services and Fees">Services and
    … Fees</a></li>
101325 <li class="primary-nav-item">
101326 <a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees.html" aria-label="Services and Fees Home">Services and
    … Fees Home</a></li>
101327 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/electroporations.html">Gene Targeting via
    … Electroporation</a></li>
101328 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/blastocyst-injection.html">Blastocyst Injection (of
    … Standard ES Cells from 129 or 129/B6 strains)</a></li>
101329 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/pronuclear-injection.html">Standard Pronuclear
    … Injections</a></li>
101330 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/cryopreservation.html">Cryopreservation of Mouse
    … Lines</a></li>
101331 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/mouse-line-rederivation.html">Rederivation (Standard
    … Procedure)</a></li>
101332 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    … facility/services-and-fees/es-cell-generation.html">Generation of ES Cells from
    … Blastocysts</a></li>
```

```
101333  </ul>
101334  </nav>
101335  </div>
101336  </section>
101337  </div>
101338  </div>
101339  </div></li>
101340  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/genetically-engineered-mouse-
    …   facility/contact-information.html">Contact Information</a></li>
101341  </ul>
101342  </nav>
101343  </div>
101344  </section>
101345  </div>
101346  </div>
101347  </div></li>
101348  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
    …   html">Gynecologic Cancer Tissue Bank</a>
101349  <div class="subnav-mask">
101350  <div class="subnav-wrapper">
101351  <div class="subnav col10 pad">
101352  <section class="nested">
101353  <div class="col4 main-column">
101354  <nav class="secondary">
101355  <ul>
101356  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
    …   html" aria-label="Back to Gynecologic Cancer Tissue Bank">Gynecologic Cancer Tissue
    …   Bank</a></li>
101357  <li class="primary-nav-item">
101358  <a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank.
    …   html" aria-label="Gynecologic Cancer Tissue Bank Home">Gynecologic Cancer Tissue Bank
    …   Home</a></li>
101359  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
    …   authorship.html">Authorship</a></li>
101360  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
    …   committees.html">Committees</a></li>
101361  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
    …   requesting-samples.html">Requesting Samples</a></li>
101362  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/gynecologic-cancer-tissue-bank/
    …   contact-information.html">Contact Information</a></li>
101363  </ul>
101364  </nav>
101365  </div>
101366  </section>
101367  </div>
101368  </div>
101369  </div></li>
101370  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/high-resolution-electron-
    …   microscopy-facility.html">High Resolution Electron Microscopy Facility</a>
101371  <div class="subnav-mask">
101372  <div class="subnav-wrapper">
101373  <div class="subnav col10 pad">
101374  <section class="nested">
101375  <div class="col4 main-column">
101376  <nav class="secondary">
101377  <ul>
101378  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/high-resolution-electron-
    …   microscopy-facility.html" aria-label="Back to High Resolution Electron Microscopy
```

```
101378…  Facility High Resolution Electron Microscopy Facility</a></li>
101379  <li class="primary-nav-item">
101380  <a
   …    href="/research/research-resources/core-facilities/high-resolution-electron-
   …    microscopy-facility.html" aria-label="High Resolution Electron Microscopy Facility
   …    Home">High Resolution Electron Microscopy Facility Home</a></li>
101381  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/high-resolution-electron-
   …    microscopy-facility/equipment.html">Equipment</a></li>
101382  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/high-resolution-electron-
   …    microscopy-facility/services-and-pricing.html">Services and Pricing</a></li>
101383  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/high-resolution-electron-
   …    microscopy-facility/contact-information.html">Contact Information</a></li>
101384  </ul>
101385  </nav>
101386  </div>
101387  </section>
101388  </div>
101389  </div>
101390  </div></li>
101391  <li class="primary-nav-item has-subnav"><a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory.html">Immunology Optical Microscopy Laboratory</a>
101392  <div class="subnav-mask">
101393  <div class="subnav-wrapper">
101394  <div class="subnav col10 pad">
101395  <section class="nested">
101396  <div class="col4 main-column">
101397  <nav class="secondary">
101398  <ul>
101399  <li class="mobile-nav-back"><a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory.html" aria-label="Back to Immunology Optical Microscopy
   …    Laboratory">Immunology Optical Microscopy Laboratory</a></li>
101400  <li class="primary-nav-item">
101401  <a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory.html" aria-label="Immunology Optical Microscopy Laboratory
   …    Home">Immunology Optical Microscopy Laboratory Home</a></li>
101402  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory/equipment.html">Equipment</a></li>
101403  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory/services.html">Services and Fees</a></li>
101404  <li class="primary-nav-item"><a
   …    href="/research/research-resources/core-facilities/immunology-optical-microscopy-
   …    laboratory/contact-information.html">Contact Information</a></li>
101405  </ul>
101406  </nav>
101407  </div>
101408  </section>
101409  </div>
101410  </div>
101411  </div></li>
101412  <li class="primary-nav-item has-subnav"><a
   …    href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
   …    .html">Laboratory Animal Genetic Services - Smithville</a>
101413  <div class="subnav-mask">
101414  <div class="subnav-wrapper">
101415  <div class="subnav col10 pad">
101416  <section class="nested">
101417  <div class="col4 main-column">
101418  <nav class="secondary">
101419  <ul>
101420  <li class="mobile-nav-back"><a
```

```
101420… href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
…    .html" aria-label="Back to Laboratory Animal Genetic Services -
…    Smithville">Laboratory Animal Genetic Services - Smithville</a></li>
101421 <li class="primary-nav-item">
101422 <a
…    href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
…    .html" aria-label="Laboratory Animal Genetic Services - Smithville Home">Laboratory
…    Animal Genetic Services - Smithville Home</a></li>
101423 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
…    /services.html">Services</a></li>
101424 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/laboratory-animal-genetic-services
…    /staff.html">Staff</a></li>
101425 </ul>
101426 </nav>
101427 </div>
101428 </section>
101429 </div>
101430 </div>
101431 </div></li>
101432 <li class="primary-nav-item has-subnav"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core.html">
…    Molecular Biology Core - Smithville</a>
101433 <div class="subnav-mask">
101434 <div class="subnav-wrapper">
101435 <div class="subnav col10 pad">
101436 <section class="nested">
101437 <div class="col4 main-column">
101438 <nav class="secondary">
101439 <ul>
101440 <li class="mobile-nav-back"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core.html"
…    aria-label="Back to Molecular Biology Core - Smithville">Molecular Biology Core -
…    Smithville</a></li>
101441 <li class="primary-nav-item">
101442 <a href="/research/research-resources/core-facilities/molecular-biology-core.html"
…    aria-label="Molecular Biology Core - Smithville Home">Molecular Biology Core -
…    Smithville Home</a></li>
101443 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/services.
…    html">Services</a></li>
101444 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/
…    instrumentation.html">Instrumentation</a></li>
101445 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/service-
…    request-forms.html">Service Requests</a></li>
101446 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/pricing.
…    html">Pricing</a></li>
101447 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/sample-
…    requirements.html">Sample Requirements</a></li>
101448 <li class="primary-nav-item"><a
…    href="/research/research-resources/core-facilities/molecular-biology-core/
…    publications.html">Publications</a></li>
101449 </ul>
101450 </nav>
101451 </div>
101452 </section>
101453 </div>
101454 </div>
101455 </div></li>
101456 <li class="primary-nav-item has-subnav"><a
…    href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
…    facility.html">Molecular Cytogenetics Facility</a>
101457 <div class="subnav-mask">
```

```
101458  <div class="subnav-wrapper">
101459  <div class="subnav col10 pad">
101460  <section class="nested">
101461  <div class="col4 main-column">
101462  <nav class="secondary">
101463  <ul>
101464  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
    …   facility.html" aria-label="Back to Molecular Cytogenetics Facility ">Molecular
    …   Cytogenetics Facility </a></li>
101465  <li class="primary-nav-item">
101466  <a
    …   href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
    …   facility.html" aria-label="Molecular Cytogenetics Facility  Home">Molecular
    …   Cytogenetics Facility Home</a></li>
101467  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
    …   facility/equipment.html">Equipment</a></li>
101468  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
    …   facility/services.html">Services</a></li>
101469  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-cytogenetics-core-
    …   facility/contact-information.html">Contact Information</a></li>
101470  </ul>
101471  </nav>
101472  </div>
101473  </section>
101474  </div>
101475  </div>
101476  </div></li>
101477  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html">
    …   Molecular Diagnostics Laboratory</a>
101478  <div class="subnav-mask">
101479  <div class="subnav-wrapper">
101480  <div class="subnav col10 pad">
101481  <section class="nested">
101482  <div class="col4 main-column">
101483  <nav class="secondary">
101484  <ul>
101485  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html"
    …   aria-label="Back to Molecular Diagnostics Laboratory">Molecular Diagnostics
    …   Laboratory</a></li>
101486  <li class="primary-nav-item">
101487  <a href="/research/research-resources/core-facilities/molecular-diagnostics-lab.html"
    …   aria-label="Molecular Diagnostics Laboratory Home">Molecular Diagnostics Laboratory
    …   Home</a></li>
101488  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/how-to-
    …   submit-a-sample.html">How to Submit a Sample</a></li>
101489  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   .html">Services</a>
101490  <div class="subnav-mask">
101491  <div class="subnav-wrapper">
101492  <div class="subnav col10 pad">
101493  <section class="nested">
101494  <div class="col4 main-column">
101495  <nav class="secondary">
101496  <ul>
101497  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   .html" aria-label="Back to Services">Services</a></li>
101498  <li class="primary-nav-item">
101499  <a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
```

```
101499… .html" aria-label="Services Home">Services Home</a></li>
101500 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /18q-loh_.html">18q Loss of Heterozygosity (LOH) (Colon Cancer)</a></li>
101501 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /aml1-eto-t-8-21-fusion-transcript-detection.html">RUNX1-RUNX1T1/t(8;21)(q22;q22)
    … Fusion Transcript Detection</a></li>
101502 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /cyclin-d1-bcl1-t-11-14-gene-rearrangement.html">Cyclin D1/BCL1/t (11;14) Gene
    … Rearrangement (PCR)</a></li>
101503 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /t-14-18-igh-bcl2-detection.html">t(14;18) IGH/BCL2 Fusion Detection (Quantitative
    … PCR)</a></li>
101504 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /bcr-abl-quantitative-transcript-analysis.html">t(9;22)(q34;q11.2); BCR-ABL,
    … Quantitative Transcript Analysis</a></li>
101505 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /bcr-abl-mutation-analysis.html">ABL1 Kinase Domain Mutation Analysis</a></li>
101506 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /braf-mutational-analysis.html">BRAF Mutational Analysis</a></li>
101507 <li class="primary-nav-item has-subnav"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /cbfb-myh11.html">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript Detection</a>
101508 <div class="subnav-mask">
101509 <div class="subnav-wrapper">
101510 <div class="subnav col10 pad">
101511 <section class="nested">
101512 <div class="col4 main-column">
101513 <nav class="secondary">
101514 <ul>
101515 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /cbfb-myh11.html" aria-label="Back to Inv (16) (p13.1q22); CBFB-MYH11 Fusion
    … Transcript Detection">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript
    … Detection</a></li>
101516 <li class="primary-nav-item">
101517 <a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /cbfb-myh11.html" aria-label="Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript
    … Detection Home">Inv (16) (p13.1q22); CBFB-MYH11 Fusion Transcript Detection
    … Home</a></li>
101518 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /cbfb-myh11/inv16-fusion-transcript-detection.html">Inv(16)(p13.1q22);CBFB-MYH11
    … Fusion Transcript Detection</a></li>
101519 </ul>
101520 </nav>
101521 </div>
101522 </section>
101523 </div>
101524 </div>
101525 </div></li>
101526 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /chimerism-assessment-by-polymorphic-microsatellite-markers.html">Chimerism
    … Assessment by Polymorphic Microsatellite Markers (Post-Transplant)</a></li>
101527 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /egfr-mutational-analysis.html">EGFR Mutational Analysis</a></li>
101528 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    … /ebv-quantitation-viral-load.html">Epstein-Barr Virus (EBV) Quantitation/Viral
```

```
101528… Load█ ██ ██ ██
101529  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /exon-17-kit-mutation-detection-in-aml.html">Exon 17 KIT Mutation Detection in
    …   AML</a></li>
101530  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /fip1l1-pdgfra-fusion-transcript-detection.html">FIP1L1-PDGFRA Fusion Transcript
    …   Detection</a></li>
101531  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /flt3-mutational-analysis.html">FLT3 Mutational Analysis (PCR)</a></li>
101532  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /b-cell-ig-heavy-chain-gene-rearrangement.html">Immunoglobulin Heavy Chain (IGH) Gene
    …   Rearrangement, PCR</a></li>
101533  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /jak2-mutational-analysis.html">JAK2 p.V617F Mutational Analysis</a></li>
101534  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /jak2-exon-12-mutational-analysis.html">JAK2-Exon 12 Mutational Analysis</a></li>
101535  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /kit-mutation-detection-in-aml.html">KIT Mutation Detection in AML (Exon 17)</a></li>
101536  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /kit-mutation-detection-in-mast-cell-disease.html">KIT Mutation Detection in Mast
    …   Cell Disease (Qualitative)</a></li>
101537  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /kit-mutation-detection-in-sarcomas.html">KIT Mutation Detection in Sarcomas
    …   (Sequencing)</a></li>
101538  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /hmlh1-methylation-status.html">hMLH1 Methylation Status</a></li>
101539  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /mpl-mutational-analysis.html">MPL Mutational Analysis</a></li>
101540  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /microsatellite-instability-analysis-in-tumors.html">Microsatellite Instability
    …   Analysis (Tumors), PCR</a></li>
101541  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /npm1-mutational-anylysis.html">NPM1 Mutational Analysis (Exon 12), PCR</a></li>
101542  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /ras-mutation-detection-in-tumors.html">RAS Mutation Detection in Tumors</a></li>
101543  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /somatic-hypermutation-analysis-igh.html">Somatic Hypermutation Analysis, IGH,
    …   Sequencing</a></li>
101544  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /t-cell-receptor-gamma-gene-rearrangement.html">T-cell Receptor Gamma (TCRG) Gene
    …   Rearrangement (PCR)</a></li>
101545  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /pml-rara-t-15-17-fusion-transcript-detection.html">PML-RARA/t(15;17) Fusion
    …   Transcript Detection (Quantitative RNA-PCR)</a></li>
101546  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /t315i-bcr-abl-mutation-analysis.html">T315I BCR-ABL Mutation Analysis
    …   (Quantitative)</a></li>
101547  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    …   /t-cell-receptor-beta-gene-rearrangement.html">T-cell Receptor Beta (TCRB) Gene
```

```
101547... Rearrangement (PCR)</a></li>
101548  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /pik3ca-mutation-analysis.html">PIK3CA Mutation Analysis</a></li>
101549  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /tp53-mutation-analysis.html">TP53 Mutation Analysis</a></li>
101550  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /idh1-mutation-analysis.html">IDH1 Mutation Analysis</a></li>
101551  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /idh2-mutation-analysis.html">IDH2 Mutation Analysis</a></li>
101552  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-gnaq-mutational-analysis-html.html">GNAQ Mutational
    ...  Analysis</a></li>
101553  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /pdgfra-mutation-analysis.html">PDGFRA Mutation Analysis</a></li>
101554  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /kras-codon-146-mutational-analysis.html">KRAS Codon 146 Mutational Analysis</a></li>
101555  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-laboratory-tests-ret-codon-918-mutation-an.html">RET Codon 918
    ...  Mutational Analysis</a></li>
101556  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-laboratory-akt1-mutation-analysis.html">AKT1 Mutation
    ...  Analysis</a></li>
101557  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-gnas-mutational-analysis.html">GNAS Mutation
    ...  Analysis</a></li>
101558  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-dnmt3a-exon-23-mutational-analys.html">DNMT3A Exon
    ...  23 Mutational Analysis</a></li>
101559  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-acute-leukemia-translocation-pan.html">Acute
    ...  Leukemia Translocation Panel Screen By Nanofluidics</a></li>
101560  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-ctnnb1-mutational-analysis.html">CTNNB1 Mutational
    ...  Analysis</a></li>
101561  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-tests-hras-mutational-analysis.html">HRAS Mutational
    ...  Analysis</a></li>
101562  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /molecular-diagnostics-lab-testsmyd88-codon-265-mutational-analys.html">MYD88 Codon
    ...  265 Mutational Analysis</a></li>
101563  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /csf3r-618-mutational-analysis.html">CSF3R-618 Mutational Analysis</a></li>
101564  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /csf3r-mutational-analysis.html">CSF3R Mutational Analysis</a></li>
101565  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /gna11-mutational-analysis.html">GNA11 Mutation Analysis</a></li>
101566  <li class="primary-nav-item"><a
    ...  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
    ...  /map2k1-mutation-analysis.html">MAP2K1 Mutation Analysis</a></li>
101567  <li class="primary-nav-item"><a
```

```
101567…  href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …     /calr-mutation-analysis.html">CALR Mutation Analysis</a></li>
101568   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …     /cimp-methylation-analys.html">CIMP Methylation Analys</a></li>
101569   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …     /mgmt-promoter-methylation-status.html">MGMT Methylation Status</a></li>
101570   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …     /cxcr4-mutational-analysis.html">CXCR4 Mutational Analysis</a></li>
101571   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/molecular-diagnostics-lab/services
   …     /cxcr4-338-mutational-analysis.html">CXCR4-338 Mutational Analysis</a></li>
101572   </ul>
101573   </nav>
101574   </div>
101575   </section>
101576   </div>
101577   </div>
101578   </div></li>
101579   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/molecular-diagnostics-lab/contact-
   …     information.html">Contact Information</a></li>
101580   </ul>
101581   </nav>
101582   </div>
101583   </section>
101584   </div>
101585   </div>
101586   </div></li>
101587   <li class="primary-nav-item has-subnav"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
   …     html">Monoclonal Antibody Core Facility</a>
101588   <div class="subnav-mask">
101589   <div class="subnav-wrapper">
101590   <div class="subnav col10 pad">
101591   <section class="nested">
101592   <div class="col4 main-column">
101593   <nav class="secondary">
101594   <ul>
101595   <li class="mobile-nav-back"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
   …     html" aria-label="Back to Monoclonal Antibody Core Facility">Monoclonal Antibody Core
   …     Facility</a></li>
101596   <li class="primary-nav-item">
101597   <a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility.
   …     html" aria-label="Monoclonal Antibody Core Facility Home">Monoclonal Antibody Core
   …     Facility Home</a></li>
101598   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
   …     faculty-and-staff.html">Faculty and Staff</a></li>
101599   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
   …     faqs.html">Frequently Asked Questions</a></li>
101600   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
   …     price-structure.html">Price Structure*</a></li>
101601   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
   …     references.html">References</a></li>
101602   <li class="primary-nav-item"><a
   …     href="/research/research-resources/core-facilities/monoclonal-antibody-core-facility/
   …     services.html">Services</a></li>
101603   </ul>
101604   </nav>
101605   </div>
```

```
101606  </section>
101607  </div>
101608  </div>
101609  </div></li>
101610  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core.
    …   html">Next Generation Sequencing Core - Smithville</a>
101611  <div class="subnav-mask">
101612  <div class="subnav-wrapper">
101613  <div class="subnav col10 pad">
101614  <section class="nested">
101615  <div class="col4 main-column">
101616  <nav class="secondary">
101617  <ul>
101618  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core.
    …   html" aria-label="Back to Next Generation Sequencing Core - Smithville">Next
    …   Generation Sequencing Core - Smithville</a></li>
101619  <li class="primary-nav-item">
101620  <a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core.
    …   html" aria-label="Next Generation Sequencing Core - Smithville Home">Next Generation
    …   Sequencing Core - Smithville Home</a></li>
101621  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   services.html">Services</a></li>
101622  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   instrumentation.html">Instrumentation</a></li>
101623  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   user-group.html">User Group</a></li>
101624  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   allocations.html">Allocations</a></li>
101625  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   how-to-submit-samples.html">How to Submit Samples</a></li>
101626  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   service-request-forms.html">Service Requests</a></li>
101627  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/next-generation-sequencing-core/
    …   publications.html">Publications</a></li>
101628  </ul>
101629  </nav>
101630  </div>
101631  </section>
101632  </div>
101633  </div>
101634  </div></li>
101635  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/nmr-facility.html">Nuclear
    …   Magnetic Resonance Facility</a>
101636  <div class="subnav-mask">
101637  <div class="subnav-wrapper">
101638  <div class="subnav col10 pad">
101639  <section class="nested">
101640  <div class="col4 main-column">
101641  <nav class="secondary">
101642  <ul>
101643  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/nmr-facility.html"
    …   aria-label="Back to Nuclear Magnetic Resonance Facility ">Nuclear Magnetic Resonance
    …   Facility</a></li>
101644  <li class="primary-nav-item">
101645  <a href="/research/research-resources/core-facilities/nmr-facility.html"
    …   aria-label="Nuclear Magnetic Resonance Facility  Home">Nuclear Magnetic Resonance
```

```
101645…  Facility Home</a></li>
101646  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nmr-facility/equipment.html">
    …   Equipment</a></li>
101647  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nmr-facility/services.html">
    …   Services</a></li>
101648  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nmr-facility/contact-information.
    …   html">Contact Information</a></li>
101649  </ul>
101650  </nav>
101651  </div>
101652  </section>
101653  </div>
101654  </div>
101655  </div></li>
101656  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html">
    …   Nucleic Acid Core Facility</a>
101657  <div class="subnav-mask">
101658  <div class="subnav-wrapper">
101659  <div class="subnav col10 pad">
101660  <section class="nested">
101661  <div class="col4 main-column">
101662  <nav class="secondary">
101663  <ul>
101664  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html"
    …   aria-label="Back to Nucleic Acid Core Facility">Nucleic Acid Core Facility</a></li>
101665  <li class="primary-nav-item">
101666  <a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility.html"
    …   aria-label="Nucleic Acid Core Facility Home">Nucleic Acid Core Facility Home</a></li>
101667  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/pricing
    …   .html">Pricing</a></li>
101668  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/
    …   services-and-policies.html">Services and Policies</a></li>
101669  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/nucleic-acid-core-facility/contact
    …   -us.html">Contact Information</a></li>
101670  </ul>
101671  </nav>
101672  </div>
101673  </section>
101674  </div>
101675  </div>
101676  </div></li>
101677  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/pathologic-diagnosis-and-
    …   laboratory-testing.html">Pathologic Diagnosis and Laboratory Testing</a></li>
101678  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
    …   html">Pharmaceutical Science Facility</a>
101679  <div class="subnav-mask">
101680  <div class="subnav-wrapper">
101681  <div class="subnav col10 pad">
101682  <section class="nested">
101683  <div class="col4 main-column">
101684  <nav class="secondary">
101685  <ul>
101686  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
    …   html" aria-label="Back to Pharmaceutical Science Facility">Pharmaceutical Science
    …   Facility</a></li>
101687  <li class="primary-nav-item">
```

```
101688  <a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility.
    …   html" aria-label="Pharmaceutical Science Facility Home">Pharmaceutical Science
    …   Facility Home</a></li>
101689  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
    …   fees.html">Fees</a></li>
101690  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
    …   recent_projects.html">Recent Projects</a></li>
101691  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/pharmaceutical-science-facility/
    …   contact-us.html">Contact Information</a></li>
101692  </ul>
101693  </nav>
101694  </div>
101695  </section>
101696  </div>
101697  </div>
101698  </div></li>
101699  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/prospr-shared-resource.html">
    …   PROSPR Shared Resource</a>
101700  <div class="subnav-mask">
101701  <div class="subnav-wrapper">
101702  <div class="subnav col10 pad">
101703  <section class="nested">
101704  <div class="col4 main-column">
101705  <nav class="secondary">
101706  <ul>
101707  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/prospr-shared-resource.html"
    …   aria-label="Back to PROSPR Shared Resource">PROSPR Shared Resource</a></li>
101708  <li class="primary-nav-item">
101709  <a href="/research/research-resources/core-facilities/prospr-shared-resource.html"
    …   aria-label="PROSPR Shared Resource Home">PROSPR Shared Resource Home</a></li>
101710  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/prospr-shared-resource/prospr-
    …   library.html">PROSPR Library</a></li>
101711  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/prospr-shared-resource/services.
    …   html">Services</a></li>
101712  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/prospr-shared-resource/contact-
    …   information.html">Contact Information</a></li>
101713  </ul>
101714  </nav>
101715  </div>
101716  </section>
101717  </div>
101718  </div>
101719  </div></li>
101720  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    …   html">Protein Array and Analysis Core - Smithville</a>
101721  <div class="subnav-mask">
101722  <div class="subnav-wrapper">
101723  <div class="subnav col10 pad">
101724  <section class="nested">
101725  <div class="col4 main-column">
101726  <nav class="secondary">
101727  <ul>
101728  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    …   html" aria-label="Back to Protein Array and Analysis Core - Smithville">Protein Array
    …   and Analysis Core - Smithville</a></li>
101729  <li class="primary-nav-item">
101730  <a
```

```
101730… href="/research/research-resources/core-facilities/protein-array-and-analysis-core.
    … html" aria-label="Protein Array and Analysis Core - Smithville Home">Protein Array
    … and Analysis Core - Smithville Home</a></li>
101731 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … services.html">Services</a></li>
101732 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … available-protein-domain-arrays.html">Available Protein Domain Arrays</a></li>
101733 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … instrumentation.html">Instrumentation</a></li>
101734 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … user-group.html">User Group</a></li>
101735 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … allocations.html">Allocations</a></li>
101736 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/protein-array-and-analysis-core/
    … service-request-forms.html">Service Request Forms</a></li>
101737 </ul>
101738 </nav>
101739 </div>
101740 </section>
101741 </div>
101742 </div>
101743 </div></li>
101744 <li class="primary-nav-item has-subnav"><a
    … href="/research/research-resources/core-facilities/proteomics-facility.html">
    … Proteomics and Metabolomics Facility</a>
101745 <div class="subnav-mask">
101746 <div class="subnav-wrapper">
101747 <div class="subnav col10 pad">
101748 <section class="nested">
101749 <div class="col4 main-column">
101750 <nav class="secondary">
101751 <ul>
101752 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/proteomics-facility.html"
    … aria-label="Back to Proteomics and Metabolomics Facility">Proteomics and Metabolomics
    … Facility</a></li>
101753 <li class="primary-nav-item">
101754 <a href="/research/research-resources/core-facilities/proteomics-facility.html"
    … aria-label="Proteomics and Metabolomics Facility Home">Proteomics and Metabolomics
    … Facility Home</a></li>
101755 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/services-and-
    … pricing.html">Services and Pricing</a></li>
101756 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/resources-and-
    … tutorials.html">Resources and Tutorials</a></li>
101757 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/publications.
    … html">Publications</a></li>
101758 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/equipment.html
    … ">Equipment</a></li>
101759 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/faq.html">FAQ<
    … /a></li>
101760 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/proteomics-facility/contact-
    … information.html">Contact Information</a></li>
101761 </ul>
101762 </nav>
101763 </div>
101764 </section>
```

Page 3008

```
101765 </div>
101766 </div>
101767 </div></li>
101768 <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  >Radiation Dosimetry Services</a>
101769 <div class="subnav-mask">
101770 <div class="subnav-wrapper">
101771 <div class="subnav col10 pad">
101772 <section class="nested">
101773 <div class="col4 main-column">
101774 <nav class="secondary">
101775 <ul>
101776 <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  aria-label="Back to Radiation Dosimetry Services">Radiation Dosimetry
    …  Services</a></li>
101777 <li class="primary-nav-item">
101778 <a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services.html"
    …  aria-label="Radiation Dosimetry Services Home">Radiation Dosimetry Services
    …  Home</a></li>
101779 <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/
    …  pricing-and-ordering-information.html">Pricing and Ordering Information</a></li>
101780 <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/team-
    …  and-history.html">Team and History</a></li>
101781 <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/radiation-dosimetry-services/
    …  contact-information.html">Contact Information</a></li>
101782 </ul>
101783 </nav>
101784 </div>
101785 </section>
101786 </div>
101787 </div>
101788 </div></li>
101789 <li class="primary-nav-item"><a
    …  href="/research/research-resources/core-facilities/research-animal-support-facility.
    …  html">Research Animal Support Facility - Smithville</a></li>
101790 <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html">Research Histology, Pathology and Imaging Core - Smithville</a></li>
101791 <div class="subnav-mask">
101792 <div class="subnav-wrapper">
101793 <div class="subnav col10 pad">
101794 <section class="nested">
101795 <div class="col4 main-column">
101796 <nav class="secondary">
101797 <ul>
101798 <li class="mobile-nav-back"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html" aria-label="Back to Research Histology, Pathology and Imaging Core
    …  - Smithville">Research Histology, Pathology and Imaging Core - Smithville</a></li>
101799 <li class="primary-nav-item">
101800 <a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core.html" aria-label="Research Histology, Pathology and Imaging Core -
    …  Smithville Home">Research Histology, Pathology and Imaging Core - Smithville
    …  Home</a></li>
101801 <li class="primary-nav-item has-subnav"><a
    …  href="/research/research-resources/core-facilities/research-histology-pathology-and-
    …  imaging-Core/research-pathology-and-imaging-services-pathology-service.html">Research
    …  Pathology and Imaging Services - Pathology Service</a>
101802 <div class="subnav-mask">
101803 <div class="subnav-wrapper">
101804 <div class="subnav col10 pad">
```

```
101805 <section class="nested">
101806 <div class="col4 main-column">
101807 <nav class="secondary">
101808 <ul>
101809 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-pathology-service.html"
    … aria-label="Back to Research Pathology and Imaging Services - Pathology
    … Service">Research Pathology and Imaging Services - Pathology Service</a></li>
101810 <li class="primary-nav-item">
101811 <a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-pathology-service.html"
    … aria-label="Research Pathology and Imaging Services - Pathology Service
    … Home">Research Pathology and Imaging Services - Pathology Service Home</a></li>
101812 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-pathology-service/services.html"
    … >Services</a></li>
101813 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-pathology-service/
    … instrumentation.html">Instrumentation</a></li>
101814 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-pathology-service/staff.html">
    … Staff</a></li>
101815 </ul>
101816 </nav>
101817 </div>
101818 </section>
101819 </div>
101820 </div>
101821 </div></li>
101822 <li class="primary-nav-item has-subnav"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html">
    … Research Histology, Pathology and Imaging Services - Histology Laboratory</a>
101823 <div class="subnav-mask">
101824 <div class="subnav-wrapper">
101825 <div class="subnav col10 pad">
101826 <section class="nested">
101827 <div class="col4 main-column">
101828 <nav class="secondary">
101829 <ul>
101830 <li class="mobile-nav-back"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html"
    … aria-label="Back to Research Histology, Pathology and Imaging Services - Histology
    … Laboratory">Research Histology, Pathology and Imaging Services - Histology
    … Laboratory</a></li>
101831 <li class="primary-nav-item">
101832 <a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-histology-laboratory.html"
    … aria-label="Research Histology, Pathology and Imaging Services - Histology Laboratory
    … Home">Research Histology, Pathology and Imaging Services - Histology Laboratory
    … Home</a></li>
101833 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-histology-laboratory/services.
    … html">Services</a></li>
101834 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
    … imaging-Core/research-pathology-and-imaging-services-histology-laboratory/
    … instrumentation.html">Instrumentation</a></li>
101835 <li class="primary-nav-item"><a
    … href="/research/research-resources/core-facilities/research-histology-pathology-and-
```

```
101835  imaging-Core/research-pathology-and-imaging-services-histology-laboratory/staff.html"
     >Staff</a></li>
101836  </ul>
101837  </nav>
101838  </div>
101839  </section>
101840  </div>
101841  </div>
101842  </div></li>
101843  <li class="primary-nav-item has-subnav"><a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services.html">Research
     Histology, Pathology and Imaging Services - Imaging Services</a>
101844  <div class="subnav-mask">
101845  <div class="subnav-wrapper">
101846  <div class="subnav col10 pad">
101847  <section class="nested">
101848  <div class="col4 main-column">
101849  <nav class="secondary">
101850  <ul>
101851  <li class="mobile-nav-back"><a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services.html"
     aria-label="Back to Research Histology, Pathology and Imaging Services - Imaging
     Services">Research Histology, Pathology and Imaging Services - Imaging
     Services</a></li>
101852  <li class="primary-nav-item">
101853  <a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services.html"
     aria-label="Research Histology, Pathology and Imaging Services - Imaging Services
     Home">Research Histology, Pathology and Imaging Services - Imaging Services
     Home</a></li>
101854  <li class="primary-nav-item"><a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services/services.html">
     Services</a></li>
101855  <li class="primary-nav-item"><a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services/instrumentation
     .html">Instrumentation</a></li>
101856  <li class="primary-nav-item"><a
     href="/research/research-resources/core-facilities/research-histology-pathology-and-
     imaging-Core/research-pathology-and-imaging-services-imaging-services/staff.html">
     Staff</a></li>
101857  </ul>
101858  </nav>
101859  </div>
101860  </section>
101861  </div>
101862  </div>
101863  </div></li>
101864  </ul>
101865  </nav>
101866  </div>
101867  </section>
101868  </div>
101869  </div>
101870  </div></li>
101871  <li class="primary-nav-item has-subnav"><a
     href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
     -smf.html">Sequencing and Microarray Facility (SMF)</a>
101872  <div class="subnav-mask">
101873  <div class="subnav-wrapper">
101874  <div class="subnav col10 pad">
101875  <section class="nested">
101876  <div class="col4 main-column">
101877  <nav class="secondary">
```

```
101878  <ul>
101879  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf.html" aria-label="Back to Sequencing and Microarray Facility (SMF)">Sequencing
    …   and Microarray Facility (SMF)</a></li>
101880  <li class="primary-nav-item">
101881  <a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf.html" aria-label="Sequencing and Microarray Facility (SMF) Home">Sequencing and
    …   Microarray Facility (SMF) Home</a></li>
101882  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/equipment.html">Equipment</a></li>
101883  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees.html">Services and Fees</a>
101884  <div class="subnav-mask">
101885  <div class="subnav-wrapper">
101886  <div class="subnav col10 pad">
101887  <section class="nested">
101888  <div class="col4 main-column">
101889  <nav class="secondary">
101890  <ul>
101891  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees.html" aria-label="Back to Services and Fees">Services and
    …   Fees</a></li>
101892  <li class="primary-nav-item">
101893  <a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees.html" aria-label="Services and Fees Home">Services and Fees
    …   Home</a></li>
101894  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/sanger-based-dna-sequencing.html">Sanger-based DNA
    …   Sequencing</a></li>
101895  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/illumina-next-generation-sequencing.html">Illumina Next
    …   Generation Sequencing</a></li>
101896  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/fluorescent-fragment-length-analysis.html">Fluorescent
    …   Fragment Length Analysis</a></li>
101897  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/sanger-based-gene-resequencing.html">Sanger-based Gene
    …   Resequencing</a></li>
101898  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/taqman-based-gene-expression-analysis.html">TaqMan-based Gene
    …   Expression Analysis</a></li>
101899  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/microarray-services-overview.html">Microarray Services —
    …   Overview</a></li>
101900  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/microarray-services-support-and-pricing.html">Microarray
    …   Services - Support and Pricing</a></li>
101901  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/gene-expression-microarrays.html">Gene Expression
    …   Microarrays</a></li>
101902  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/snp-profiling-microarrays.html">SNP Profiling
    …   Microarrays</a></li>
```

```
101903  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/services-and-fees/methylation-arrays.html">Methylation Arrays</a></li>
101904  </ul>
101905  </nav>
101906  </div>
101907  </section>
101908  </div>
101909  </div>
101910  </div></li>
101911  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/faq.html">Solexa Sequencing Core FAQs</a></li>
101912  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/sequencing-and-microarray-facility
    …   -smf/contact-information.html">Contact Information</a></li>
101913  </ul>
101914  </nav>
101915  </div>
101916  </section>
101917  </div>
101918  </div>
101919  </div></li>
101920  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/ncrna-program.html">Sequencing and
    …   Non-Coding RNA Program</a>
101921  <div class="subnav-mask">
101922  <div class="subnav-wrapper">
101923  <div class="subnav col10 pad">
101924  <section class="nested">
101925  <div class="col4 main-column">
101926  <nav class="secondary">
101927  <ul>
101928  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/core-facilities/ncrna-program.html"
    …   aria-label="Back to Sequencing and Non-Coding RNA Program">Sequencing and Non-Coding
    …   RNA Program</a></li>
101929  <li class="primary-nav-item">
101930  <a href="/research/research-resources/core-facilities/ncrna-program.html"
    …   aria-label="Sequencing and Non-Coding RNA Program Home">Sequencing and Non-Coding RNA
    …   Program Home</a></li>
101931  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/guidelines.html">
    …   Guidelines</a></li>
101932  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/services.html">
    …   Services</a></li>
101933  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/pricing-and-forms.
    …   html">Pricing and Forms</a></li>
101934  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/faq.html">Frequently
    …   Asked Questions</a></li>
101935  <li class="primary-nav-item"><a
    …   href="/research/research-resources/core-facilities/ncrna-program/contact-information.
    …   html">Contact Information</a></li>
101936  </ul>
101937  </nav>
101938  </div>
101939  </section>
101940  </div>
101941  </div>
101942  </div></li>
101943  <li class="primary-nav-item has-subnav"><a
    …   href="/research/research-resources/core-facilities/sirna-core-facility.html">siRNA
    …   Screening Facility</a>
101944  <div class="subnav-mask">
101945  <div class="subnav-wrapper">
```

```
101946 <div class="subnav-col10 pad">
101947 <section class="nested">
101948 <div class="col4 main-column">
101949 <nav class="secondary">
101950 <ul>
101951 <li class="mobile-nav-back"><a
   ... href="/research/research-resources/core-facilities/sirna-core-facility.html"
   ... aria-label="Back to siRNA Screening Facility">siRNA Screening Facility</a></li>
101952 <li class="primary-nav-item">
101953 <a href="/research/research-resources/core-facilities/sirna-core-facility.html"
   ... aria-label="siRNA Screening Facility Home">siRNA Screening Facility Home</a></li>
101954 <li class="primary-nav-item"><a
   ... href="/research/research-resources/core-facilities/sirna-core-facility/equipment.html
   ... ">Equipment</a></li>
101955 <li class="primary-nav-item"><a
   ... href="/research/research-resources/core-facilities/sirna-core-facility/services.html"
   ... >Services</a></li>
101956 </ul>
101957 </nav>
101958 </div>
101959 </section>
101960 </div>
101961 </div>
101962 </div></li>
101963 <li class="primary-nav-item has-subnav"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
   ... ">Small Animal Imaging Facility</a>
101964 <div class="subnav-mask">
101965 <div class="subnav-wrapper">
101966 <div class="subnav col10 pad">
101967 <section class="nested">
101968 <div class="col4 main-column">
101969 <nav class="secondary">
101970 <ul>
101971 <li class="mobile-nav-back"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
   ... " aria-label="Back to Small Animal Imaging Facility">Small Animal Imaging
   ... Facility</a></li>
101972 <li class="primary-nav-item">
101973 <a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility.html
   ... " aria-label="Small Animal Imaging Facility Home">Small Animal Imaging Facility
   ... Home</a></li>
101974 <li class="primary-nav-item has-subnav"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
   ... equipment.html">Equipment</a>
101975 <div class="subnav-mask">
101976 <div class="subnav-wrapper">
101977 <div class="subnav col10 pad">
101978 <section class="nested">
101979 <div class="col4 main-column">
101980 <nav class="secondary">
101981 <ul>
101982 <li class="mobile-nav-back"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
   ... equipment.html" aria-label="Back to Equipment">Equipment</a></li>
101983 <li class="primary-nav-item">
101984 <a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
   ... equipment.html" aria-label="Equipment Home">Equipment Home</a></li>
101985 <li class="primary-nav-item"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
   ... equipment/micro-ct_.html">Micro-CT</a></li>
101986 <li class="primary-nav-item"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
   ... equipment/specimen-ct-scanner.html">Specimen CT Scanner</a></li>
101987 <li class="primary-nav-item"><a
   ... href="/research/research-resources/core-facilities/small-animal-imaging-facility/
```

```
101987… equipment/biospec-7t-mri_.html">Biospec 7T MRI</a></li>
101988 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/biospec-4-7t-mri.html">Biospec 4.7T MRI</a></li>
101989 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/m-cam-gamma-camera.html">m.CAM Gamma Camera</a></li>
101990 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/vevo-770-micro-ultrasound.html">Vevo 770 Micro-Ultrasound</a></li>
101991 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/vevo-lazr-high-frequency-ultrasonic-photoacoustic.html">Vevo LAZR
  …   High-Frequency Ultrasonic-Photoacoustic Imager</a></li>
101992 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/ivis-100_.html">IVIS 100</a></li>
101993 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/ivis-lumina-xr_.html">IVIS Lumina XR</a></li>
101994 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/ivis-spectrum_.html">IVIS Spectrum</a></li>
101995 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   equipment/faxitron_.html">Faxitron X-ray Corporation MX-20</a></li>
101996 </ul>
101997 </nav>
101998 </div>
101999 </section>
102000 </div>
102001 </div>
102002 </div></li>
102003 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/fees
  …   .html">Fees</a></li>
102004 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   scheduling-procedures.html">Scheduling Procedures</a></li>
102005 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/small-animal-imaging-facility/
  …   contact-information.html">Contact Information</a></li>
102006 </ul>
102007 </nav>
102008 </div>
102009 </section>
102010 </div>
102011 </div>
102012 </div></li>
102013 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/spore-tissue-resources-and-
  …   pathology-cores.html">SPORE Tissue Resources and Pathology Cores</a></li>
102014 <li class="primary-nav-item"><a
  …   href="/research/research-resources/core-facilities/transgenic-animal-core.html">
  …   Transgenic Animal Core - Smithville</a></li>
102015 </ul>
102016 </nav>
102017 </div>
102018 </section>
102019 </div>
102020 </div>
102021 </div></li>
102022 <li class="primary-nav-item has-subnav"><a
  …   href="/research/research-resources/scientific-publications.html">Scientific
  …   Publications</a>
102023 <div class="subnav-mask">
102024 <div class="subnav-wrapper">
102025 <div class="subnav col10 pad">
```

```
102026  <section class="nested">
102027  <div class="col4 main-column">
102028  <nav class="secondary">
102029  <ul>
102030  <li class="mobile-nav-back"><a
    …   href="/research/research-resources/scientific-publications.html" aria-label="Back to
        Scientific Publications">Scientific Publications</a></li>
102031  <li class="primary-nav-item">
102032  <a href="/research/research-resources/scientific-publications.html"
    …   aria-label="Scientific Publications Home">Scientific Publications Home</a></li>
102033  <li class="primary-nav-item"><a
    …   href="/research/research-resources/scientific-publications/publications.html">
    …   Department Publications</a></li>
102034  </ul>
102035  </nav>
102036  </div>
102037  </section>
102038  </div>
102039  </div>
102040  </div></li>
102041  </ul>
102042  </nav>
102043  </div>
102044  </section>
102045  </div>
102046  </div>
102047  </div></li>
102048  </ul>
102049  </li>
102050  <li class="topnav-list-item"><a href="/education-training.html"
    …   data-primary-nav="nav_education-training">Education &amp; Training</a>
102051  <ul class="primary-nav-list" id="nav-index">
102052  <li class="primary-nav-item"><a href="/education-training.html">Education &amp;
    …   Training Home</a></li>
102053  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs.html">Degrees &amp; Programs</a>
102054  <div class="subnav-mask">
102055  <div class="subnav-wrapper">
102056  <div class="subnav col10 pad">
102057  <section class="nested">
102058  <div class="col4 main-column">
102059  <nav class="secondary">
102060  <ul>
102061  <li class="mobile-nav-back"><a href="/education-training/degrees-programs.html"
    …   aria-label="Back to Degrees &amp; Programs">Degrees &amp; Programs</a></li>
102062  <li class="primary-nav-item">
102063  <a href="/education-training/degrees-programs.html" aria-label="Degrees &amp;
    …   Programs Home">Degrees &amp; Programs Home</a></li>
102064  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions.html">School
        of Health Professions</a>
102065  <div class="subnav-mask">
102066  <div class="subnav-wrapper">
102067  <div class="subnav col10 pad">
102068  <section class="nested">
102069  <div class="col4 main-column">
102070  <nav class="secondary">
102071  <ul>
102072  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions.html"
    …   aria-label="Back to School of Health Professions">School of Health
    …   Professions</a></li>
102073  <li class="primary-nav-item">
102074  <a href="/education-training/degrees-programs/school-of-health-professions.html"
    …   aria-label="School of Health Professions Home">School of Health Professions
    …   Home</a></li>
102075  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
```

```
102075…  school.html">About the School</a>
102076  <div class="subnav-mask">
102077  <div class="subnav-wrapper">
102078  <div class="subnav col10 pad">
102079  <section class="nested">
102080  <div class="col4 main-column">
102081  <nav class="secondary">
102082  <ul>
102083  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school.html" aria-label="Back to About the School">About the School</a></li>
102084  <li class="primary-nav-item">
102085  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school.html" aria-label="About the School Home">About the School Home</a></li>
102086  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/accreditation.html">Accreditations</a></li>
102087  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/deans-office.html">Dean's Office</a></li>
102088  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/faculty-staff.html">Faculty &amp; Staff</a></li>
102089  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan.html">Quality Enhancement Plan</a>
102090  <div class="subnav-mask">
102091  <div class="subnav-wrapper">
102092  <div class="subnav col10 pad">
102093  <section class="nested">
102094  <div class="col4 main-column">
102095  <nav class="secondary">
102096  <ul>
102097  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan.html" aria-label="Back to Quality Enhancement
   …    Plan">Quality Enhancement Plan</a></li>
102098  <li class="primary-nav-item">
102099  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan.html" aria-label="Quality Enhancement Plan
   …    Home">Quality Enhancement Plan Home</a></li>
102100  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan/history-and-process.html">QEP Development Process and
   …    History</a></li>
102101  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan/program.html">Quality Enhancement Plan Program</a>
102102  <div class="subnav-mask">
102103  <div class="subnav-wrapper">
102104  <div class="subnav col10 pad">
102105  <section class="nested">
102106  <div class="col4 main-column">
102107  <nav class="secondary">
102108  <ul>
102109  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan/program.html" aria-label="Back to Quality Enhancement
   …    Plan Program">Quality Enhancement Plan Program</a></li>
102110  <li class="primary-nav-item">
102111  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
   …    school/quality-enhancement-plan/program.html" aria-label="Quality Enhancement Plan
   …    Program Home">Quality Enhancement Plan Program Home</a></li>
102112  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/about-the-
```

```
102112… school/quality-enhancement-plan/program/qep-faculty-development-sessions.html">
…  Faculty Development Sessions</a></li>
102113 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/program/qep-micro-teaching-lab.html">QEP -
…  Micro-teaching Lab</a></li>
102114 </ul>
102115 </nav>
102116 </div>
102117 </section>
102118 </div>
102119 </div>
102120 </div></li>
102121 <li class="primary-nav-item has-subnav"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment.html">Assessment Strategies</a>
102122 <div class="subnav-mask">
102123 <div class="subnav-wrapper">
102124 <div class="subnav col10 pad">
102125 <section class="nested">
102126 <div class="col4 main-column">
102127 <nav class="secondary">
102128 <ul>
102129 <li class="mobile-nav-back"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment.html" aria-label="Back to Assessment
…  Strategies">Assessment Strategies</a></li>
102130 <li class="primary-nav-item">
102131 <a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment.html" aria-label="Assessment Strategies
…  Home">Assessment Strategies Home</a></li>
102132 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/faculty-development-session-evaluations.
…  html">Pre and Post Faculty Development Session Evaluations</a></li>
102133 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/faculty-development-session-survey.html">
…  Faculty Development Session Satisfaction Survey</a></li>
102134 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/student-research-project-rubric.html">
…  Student Research Project Rubric</a></li>
102135 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/student-course-survey.html">Student Course
…  Survey</a></li>
102136 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/curriculum-inventory.html">Curriculum
…  Inventory</a></li>
102137 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/faculty-portfolio-assessment.html">Faculty
…  Portfolio Assessment</a></li>
102138 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/faculty-instructional-observations.html">
…  Faculty Instructional Observations</a></li>
102139 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/faculty-satisfaction-survey.html">Faculty
…  Satisfaction Survey</a></li>
102140 <li class="primary-nav-item"><a
…  href="/education-training/degrees-programs/school-of-health-professions/about-the-
…  school/quality-enhancement-plan/assessment/standardized-assessment-cat-.html">
…  Standardized Assessment (Critical Thinking Assessment Test or CAT)</a></li>
```

```
102141  </ul>
102142  </nav>
102143  </div>
102144  </section>
102145  </div>
102146  </div>
102147  </div></li>
102148  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/reports.html">Reports</a>
102149  <div class="subnav-mask">
102150  <div class="subnav-wrapper">
102151  <div class="subnav col10 pad">
102152  <section class="nested">
102153  <div class="col4 main-column">
102154  <nav class="secondary">
102155  <ul>
102156  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/reports.html" aria-label="Back to
    …   Reports">Reports</a></li>
102157  <li class="primary-nav-item">
102158  <a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/reports.html" aria-label="Reports Home">Reports
    …   Home</a></li>
102159  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/reports/newsletter.html">Quality Enhancement Plan
    …   Newsletter</a></li>
102160  </ul>
102161  </nav>
102162  </div>
102163  </section>
102164  </div>
102165  </div>
102166  </div></li>
102167  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/student-learning-outcomes.html">Student Learning
    …   Outcomes</a></li>
102168  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/faculty-outcomes.html">Faculty Outcomes</a></li>
102169  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes.html">Unintended Outcomes</a>
102170  <div class="subnav-mask">
102171  <div class="subnav-wrapper">
102172  <div class="subnav col10 pad">
102173  <section class="nested">
102174  <div class="col4 main-column">
102175  <nav class="secondary">
102176  <ul>
102177  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes.html" aria-label="Back to
    …   Unintended Outcomes">Unintended Outcomes</a></li>
102178  <li class="primary-nav-item">
102179  <a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes.html" aria-label="Unintended
    …   Outcomes Home">Unintended Outcomes Home</a></li>
102180  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes/publications.html">Publications
    …   and Presentations</a></li>
102181  <li class="primary-nav-item"><a
```

```
102181  href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes/faculty-testimonials.html">
    …   Faculty Testimonials</a></li>
102182  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/unintended-outcomes/interdisciplinary-case-conference
    …   .html">Interdisciplinary Case Conference</a></li>
102183  </ul>
102184  </nav>
102185  </div>
102186  </section>
102187  </div>
102188  </div>
102189  </div></li>
102190  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/about-the-
    …   school/quality-enhancement-plan/fifth-year-impact-report.html">Fifth-Year Interim
    …   Report</a></li>
102191  </ul>
102192  </nav>
102193  </div>
102194  </section>
102195  </div>
102196  </div>
102197  </div></li>
102198  </ul>
102199  </nav>
102200  </div>
102201  </section>
102202  </div>
102203  </div>
102204  </div></li>
102205  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students.html">Prospective Students</a>
102206  <div class="subnav-mask">
102207  <div class="subnav-wrapper">
102208  <div class="subnav col10 pad">
102209  <section class="nested">
102210  <div class="col4 main-column">
102211  <nav class="secondary">
102212  <ul>
102213  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students.html" aria-label="Back to Prospective Students">Prospective
    …   Students</a></li>
102214  <li class="primary-nav-item">
102215  <a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students.html" aria-label="Prospective Students Home">Prospective Students
    …   Home</a></li>
102216  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students/tuition-fees.html">Tuition and Fees</a></li>
102217  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students/scholarships-financial-aid.html">Scholarships and Financial Aid</a></li>
102218  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students/undergrad-application.html">How to Apply for Undergraduate Programs</a></li>
102219  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students/diagnostic-genetics-application.html">How to Apply for Diagnostic
    …   Genetics</a></li>
102220  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/prospective-
    …   students/radiologic-sciences-application.html">How to Apply for Radiologic
    …   Sciences</a></li>
```

```
102221 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/prospective-
   … students/program-sessions.html">Program Information Sessions</a></li>
102222 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/prospective-
   … students/open-house.html">Open House</a></li>
102223 </ul>
102224 </nav>
102225 </div>
102226 </section>
102227 </div>
102228 </div>
102229 </div></li>
102230 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students.html">Current Students</a>
102231 <div class="subnav-mask">
102232 <div class="subnav-wrapper">
102233 <div class="subnav col10 pad">
102234 <section class="nested">
102235 <div class="col4 main-column">
102236 <nav class="secondary">
102237 <ul>
102238 <li class="mobile-nav-back"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students.html" aria-label="Back to Current Students">Current Students</a></li>
102239 <li class="primary-nav-item">
102240 <a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students.html" aria-label="Current Students Home">Current Students Home</a></li>
102241 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/academic-advising.html">Academic Advising</a></li>
102242 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/admission.html">Admission</a></li>
102243 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/alcoholic-beverages.html">Alcoholic Beverages</a></li>
102244 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/appearance-demeanor.html">Appearance &amp; Demeanor</a></li>
102245 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/class-attendance.html">Class Attendance</a></li>
102246 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/conduct-discipline.html">Conduct &amp; Discipline</a></li>
102247 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/confidentiality.html">Confidentiality</a></li>
102248 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/conflict-of-interest.html">Conflict of Interest</a></li>
102249 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/criminal-background-check.html">Criminal Background Check</a></li>
102250 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/curriculum-changes.html">Curriculum Changes</a></li>
102251 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/early-acceptance-track.html">Early Acceptance Track</a></li>
102252 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
   … students/examinations.html">Examinations</a></li>
102253 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/current-
```

```
102253   students/family-educational-rights-privacy-act.html">Family Educational Rights &amp;
     ...   Privacy Act of 1974</a></li>
102254   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/financial-aid.html">Financial Aid</a></li>
102255   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/grades.html">Grades</a></li>
102256   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/graduation.html">Graduation</a></li>
102257   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/grievance-procedure.html">Grievance Procedure</a></li>
102258   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/hazing.html">Hazing</a></li>
102259   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/health-information-for-students.html">Health Information for
     ...   Students</a></li>
102260   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/health-insurance-for-students.html">Health Insurance for Students</a></li>
102261   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/intellectual-property.html">Intellectual Property</a></li>
102262   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/observance-of-religious-holy-days.html">Observance of Religious Holy
     ...   Days</a></li>
102263   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/personal-record-information.html">Personal Record Information</a></li>
102264   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/registration.html">Registration</a></li>
102265   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/scholarships.html">Scholarships</a></li>
102266   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/sexual-harassment.html">Sexual Harassment</a></li>
102267   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/smoking.html">Smoking</a></li>
102268   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/statement-of-equal-educational-opportunity.html">Statement of Equal
     ...   Educational Opportunity</a></li>
102269   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/student-congress.html">Student Congress</a></li>
102270   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/student-right-information-collected.html">Student Right to be Informed about
     ...   Information Collected</a></li>
102271   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/student-right-campus-security.html">Student Right-to-Know &amp; Campus
     ...   Security Act</a></li>
102272   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/student-travel.html">Student Travel</a></li>
102273   <li class="primary-nav-item"><a
     ...   href="/education-training/degrees-programs/school-of-health-professions/current-
     ...   students/students-with-disabilities.html">Students with Disabilities</a></li>
102274   <li class="primary-nav-item"><a
```

```
102274… href="/education-training/degrees-programs/school-of-health-professions/current-
    …    students/substance-abuse.html">Substance Abuse</a></li>
102275  <li class="primary-nav-item"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/current-
    …    students/summons-official-communications.html">Summons &amp; Official
    …    Communications</a></li>
102276  <li class="primary-nav-item"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/current-
    …    students/transcripts-diplomas.html">Transcripts &amp; Diplomas</a></li>
102277  <li class="primary-nav-item"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/current-
    …    students/tuition-fees.html">Tuition &amp; Fees</a></li>
102278  <li class="primary-nav-item"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/current-
    …    students/withdrawal-refund.html">Withdrawal &amp; Refund</a></li>
102279  </ul>
102280  </nav>
102281  </div>
102282  </section>
102283  </div>
102284  </div>
102285  </div></li>
102286  <li class="primary-nav-item has-subnav"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics.
    …    html">Academics</a>
102287  <div class="subnav-mask">
102288  <div class="subnav-wrapper">
102289  <div class="subnav col10 pad">
102290  <section class="nested">
102291  <div class="col4 main-column">
102292  <nav class="secondary">
102293  <ul>
102294  <li class="mobile-nav-back"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics.
    …    html" aria-label="Back to Academics">Academics</a></li>
102295  <li class="primary-nav-item">
102296  <a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics.
    …    html" aria-label="Academics Home">Academics Home</a></li>
102297  <li class="primary-nav-item has-subnav"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics/
    …    clinical-laboratory-science.html">Clinical Laboratory Science</a>
102298  <div class="subnav-mask">
102299  <div class="subnav-wrapper">
102300  <div class="subnav col10 pad">
102301  <section class="nested">
102302  <div class="col4 main-column">
102303  <nav class="secondary">
102304  <ul>
102305  <li class="mobile-nav-back"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics/
    …    clinical-laboratory-science.html" aria-label="Back to Clinical Laboratory Science
    …    ">Clinical Laboratory Science</a></li>
102306  <li class="primary-nav-item">
102307  <a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics/
    …    clinical-laboratory-science.html" aria-label="Clinical Laboratory Science
    …    Home">Clinical Laboratory Science Home</a></li>
102308  <li class="primary-nav-item"><a
    …    href="/education-training/degrees-programs/school-of-health-professions/academics/
    …    clinical-laboratory-science/curriculum.html">Curriculum</a></li>
102309  </ul>
102310  </nav>
102311  </div>
102312  </section>
102313  </div>
102314  </div>
102315  </div></li>
```

```
102316  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytogenetic-technology.html">Cytogenetic Technology</a>
102317  <div class="subnav-mask">
102318  <div class="subnav-wrapper">
102319  <div class="subnav col10 pad">
102320  <section class="nested">
102321  <div class="col4 main-column">
102322  <nav class="secondary">
102323  <ul>
102324  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytogenetic-technology.html" aria-label="Back to Cytogenetic Technology">Cytogenetic
    …   Technology</a></li>
102325  <li class="primary-nav-item">
102326  <a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytogenetic-technology.html" aria-label="Cytogenetic Technology Home">Cytogenetic
    …   Technology Home</a></li>
102327  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytogenetic-technology/curriculum.html">Curriculum</a></li>
102328  </ul>
102329  </nav>
102330  </div>
102331  </section>
102332  </div>
102333  </div>
102334  </div></li>
102335  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytotechnology.html">Cytotechnology</a>
102336  <div class="subnav-mask">
102337  <div class="subnav-wrapper">
102338  <div class="subnav col10 pad">
102339  <section class="nested">
102340  <div class="col4 main-column">
102341  <nav class="secondary">
102342  <ul>
102343  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytotechnology.html" aria-label="Back to Cytotechnology ">Cytotechnology</a></li>
102344  <li class="primary-nav-item">
102345  <a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytotechnology.html" aria-label="Cytotechnology  Home">Cytotechnology Home</a></li>
102346  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
    …   cytotechnology/curriculum.html">Curriculum</a></li>
102347  </ul>
102348  </nav>
102349  </div>
102350  </section>
102351  </div>
102352  </div>
102353  </div></li>
102354  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/school-of-health-professions">academics/
    …   diagnostic-imaging.html">Diagnostic Imaging</a>
102355  <div class="subnav-mask">
102356  <div class="subnav-wrapper">
102357  <div class="subnav col10 pad">
102358  <section class="nested">
102359  <div class="col4 main-column">
102360  <nav class="secondary">
102361  <ul>
102362  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/school-of-health-professions/academics/
```

```
102362…  diagnostic-imaging.html" aria-label="Back to Diagnostic Imaging">Diagnostic
    …  Imaging</a></li>
102363  <li class="primary-nav-item">
102364  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-imaging.html" aria-label="Diagnostic Imaging Home">Diagnostic Imaging
    …  Home</a></li>
102365  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-imaging/curriculum.html">Curriculum</a></li>
102366  </ul>
102367  </nav>
102368  </div>
102369  </section>
102370  </div>
102371  </div>
102372  </div></li>
102373  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-medical-sonography.html">Diagnostic Medical Sonography</a>
102374  <div class="subnav-mask">
102375  <div class="subnav-wrapper">
102376  <div class="subnav col10 pad">
102377  <section class="nested">
102378  <div class="col4 main-column">
102379  <nav class="secondary">
102380  <ul>
102381  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-medical-sonography.html" aria-label="Back to Diagnostic Medical
    …  Sonography">Diagnostic Medical Sonography</a></li>
102382  <li class="primary-nav-item">
102383  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-medical-sonography.html" aria-label="Diagnostic Medical Sonography
    …  Home">Diagnostic Medical Sonography Home</a></li>
102384  <li class="primary-nav-item"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  diagnostic-medical-sonography/curriculum.html">Curriculum</a></li>
102385  </ul>
102386  </nav>
102387  </div>
102388  </section>
102389  </div>
102390  </div>
102391  </div></li>
102392  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy.html">Health Care Disparities, Diversity
    …  &amp; Advocacy</a>
102393  <div class="subnav-mask">
102394  <div class="subnav-wrapper">
102395  <div class="subnav col10 pad">
102396  <section class="nested">
102397  <div class="col4 main-column">
102398  <nav class="secondary">
102399  <ul>
102400  <li class="mobile-nav-back"><a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy.html" aria-label="Back to Health Care
    …  Disparities, Diversity &amp; Advocacy">Health Care Disparities, Diversity &amp;
    …  Advocacy</a></li>
102401  <li class="primary-nav-item">
102402  <a
    …  href="/education-training/degrees-programs/school-of-health-professions/academics/
    …  health-care-disparities-diversity-advocacy.html" aria-label="Health Care Disparities,
    …  Diversity &amp; Advocacy Home">Health Care Disparities, Diversity &amp; Advocacy
    …  Home</a></li>
```

```
102403  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    health-care-disparities-diversity-advocacy/curriculum.html">Curriculum</a></li>
102404  </ul>
102405  </nav>
102406  </div>
102407  </section>
102408  </div>
102409  </div>
102410  </div></li>
102411  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    histotechnology.html">Histotechnology</a>
102412  <div class="subnav-mask">
102413  <div class="subnav-wrapper">
102414  <div class="subnav col10 pad">
102415  <section class="nested">
102416  <div class="col4 main-column">
102417  <nav class="secondary">
102418  <ul>
102419  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    histotechnology.html" aria-label="Back to Histotechnology ">Histotechnology</a></li>
102420  <li class="primary-nav-item">
102421  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    histotechnology.html" aria-label="Histotechnology  Home">Histotechnology
   …    Home</a></li>
102422  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    histotechnology/curriculum.html">Curriculum</a></li>
102423  </ul>
102424  </nav>
102425  </div>
102426  </section>
102427  </div>
102428  </div>
102429  </div></li>
102430  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    medical-dosimetry.html">Medical Dosimetry</a>
102431  <div class="subnav-mask">
102432  <div class="subnav-wrapper">
102433  <div class="subnav col10 pad">
102434  <section class="nested">
102435  <div class="col4 main-column">
102436  <nav class="secondary">
102437  <ul>
102438  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    medical-dosimetry.html" aria-label="Back to Medical Dosimetry ">Medical
   …    Dosimetry</a></li>
102439  <li class="primary-nav-item">
102440  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    medical-dosimetry.html" aria-label="Medical Dosimetry  Home">Medical Dosimetry
   …    Home</a></li>
102441  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    medical-dosimetry/curriculum.html">Curriculum</a></li>
102442  </ul>
102443  </nav>
102444  </div>
102445  </section>
102446  </div>
102447  </div>
102448  </div></li>
102449  <li class="primary-nav-item has-subnav"><a
```

```
102449… href="/education-training/degrees-programs/school-of-health-professions/academics/
     molecular-genetic-technology.html">Molecular Genetic Technology</a>
102450 <div class="subnav-mask">
102451 <div class="subnav-wrapper">
102452 <div class="subnav col10 pad">
102453 <section class="nested">
102454 <div class="col4 main-column">
102455 <nav class="secondary">
102456 <ul>
102457 <li class="mobile-nav-back"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … molecular-genetic-technology.html" aria-label="Back to Molecular Genetic Technology
   … ">Molecular Genetic Technology</a></li>
102458 <li class="primary-nav-item">
102459 <a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … molecular-genetic-technology.html" aria-label="Molecular Genetic Technology
   … Home">Molecular Genetic Technology Home</a></li>
102460 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … molecular-genetic-technology/curriculum.html">Curriculum</a></li>
102461 </ul>
102462 </nav>
102463 </div>
102464 </section>
102465 </div>
102466 </div>
102467 </div></li>
102468 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … radiation-therapy.html">Radiation Therapy</a>
102469 <div class="subnav-mask">
102470 <div class="subnav-wrapper">
102471 <div class="subnav col10 pad">
102472 <section class="nested">
102473 <div class="col4 main-column">
102474 <nav class="secondary">
102475 <ul>
102476 <li class="mobile-nav-back"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … radiation-therapy.html" aria-label="Back to Radiation Therapy ">Radiation
   … Therapy</a></li>
102477 <li class="primary-nav-item">
102478 <a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … radiation-therapy.html" aria-label="Radiation Therapy  Home">Radiation Therapy
   … Home</a></li>
102479 <li class="primary-nav-item"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … radiation-therapy/curriculum.html">Curriculum</a></li>
102480 </ul>
102481 </nav>
102482 </div>
102483 </section>
102484 </div>
102485 </div>
102486 </div></li>
102487 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/degrees-programs/school-of-health-professions/academics/
   … diagnostic-genetics.html">M.S. in Diagnostic Genetics</a>
102488 <div class="subnav-mask">
102489 <div class="subnav-wrapper">
102490 <div class="subnav col10 pad">
102491 <section class="nested">
102492 <div class="col4 main-column">
102493 <nav class="secondary">
102494 <ul>
102495 <li class="mobile-nav-back"><a
```

```
102495  href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    diagnostic-genetics.html" aria-label="Back to M.S. in Diagnostic Genetics">M.S. in
   …    Diagnostic Genetics</a></li>
102496  <li class="primary-nav-item">
102497  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    diagnostic-genetics.html" aria-label="M.S. in Diagnostic Genetics Home">M.S. in
   …    Diagnostic Genetics Home</a></li>
102498  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    diagnostic-genetics/curriculum.html">Curriculum</a></li>
102499  </ul>
102500  </nav>
102501  </div>
102502  </section>
102503  </div>
102504  </div>
102505  </div></li>
102506  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    radiologic-sciences.html">M.S. in Radiologic Sciences</a>
102507  <div class="subnav-mask">
102508  <div class="subnav-wrapper">
102509  <div class="subnav col10 pad">
102510  <section class="nested">
102511  <div class="col4 main-column">
102512  <nav class="secondary">
102513  <ul>
102514  <li class="mobile-nav-back"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    radiologic-sciences.html" aria-label="Back to M.S. in Radiologic Sciences">M.S. in
   …    Radiologic Sciences</a></li>
102515  <li class="primary-nav-item">
102516  <a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    radiologic-sciences.html" aria-label="M.S. in Radiologic Sciences Home">M.S. in
   …    Radiologic Sciences Home</a></li>
102517  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academics/
   …    radiologic-sciences/curriculum.html">Curriculum</a></li>
102518  </ul>
102519  </nav>
102520  </div>
102521  </section>
102522  </div>
102523  </div>
102524  </div></li>
102525  </ul>
102526  </nav>
102527  </div>
102528  </section>
102529  </div>
102530  </div>
102531  </div></li>
102532  <li class="primary-nav-item"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/academic-
   …    calendar.html">Academic Calendar</a></li>
102533  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/degrees-programs/school-of-health-professions/program-
   …    spotlights.html">Program Spotlights</a>
102534  <div class="subnav-mask">
102535  <div class="subnav-wrapper">
102536  <div class="subnav col10 pad">
102537  <section class="nested">
102538  <div class="col4 main-column">
102539  <nav class="secondary">
102540  <ul>
102541  <li class="mobile-nav-back"><a
```

```
102541  href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights.html" aria-label="Back to Program Spotlights">Program Spotlights</a></li>
102542  <li class="primary-nav-item">
102543  <a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights.html" aria-label="Program Spotlights Home">Program Spotlights
     Home</a></li>
102544  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/banan-abuharb.html">Banan Abuharb</a></li>
102545  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/heather-aldis.html">Heather Aldis</a></li>
102546  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/lacey-berry.html">Lacey Berry</a></li>
102547  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/jamie-boehm.html">Jamie Boehm</a></li>
102548  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/randy-chu.html">Randy Chu</a></li>
102549  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/felipe-garcia-jr.html">Felipe Garcia Jr.</a></li>
102550  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/ryan-hickey.html">Ryan Hickey</a></li>
102551  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/bik-kafle.html">Bik Kafle</a></li>
102552  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/jennifer-kaittany.html">Jennifer Kaittany</a></li>
102553  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/brooks-kennedy.html">Brooks Kennedy</a></li>
102554  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/charlie-lo.html">Charlie Lo</a></li>
102555  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/elijah-lohman.html">Elijah Lohman</a></li>
102556  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/alex-luevano.html">Alex Luevano</a></li>
102557  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/rezwan-mallick.html">Rezwan Mallick</a></li>
102558  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/ryan-pepper.html">Ryan Pepper</a></li>
102559  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/cecelia-pham.html">Cecelia Pham</a></li>
102560  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/sadeem-qdaisat.html">Sadeem Qdaisat</a></li>
102561  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/jordan-sutton.html">Jordan Sutton</a></li>
102562  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/anusha-tejomurtula.html">Anusha Tejomurtula</a></li>
102563  <li class="primary-nav-item"><a
     href="/education-training/degrees-programs/school-of-health-professions/program-
     spotlights/akhil-tiwari.html">Akhil Tiwari</a></li>
102564  </ul>
```

```
102565  </nav>
102566  </div>
102567  </section>
102568  </div>
102569  </div>
102570  </div></li>
102571  </ul>
102572  </nav>
102573  </div>
102574  </section>
102575  </div>
102576  </div>
102577  </div></li>
102578  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
    …   html">Graduate School of Biomedical Sciences</a>
102579  <div class="subnav-mask">
102580  <div class="subnav-wrapper">
102581  <div class="subnav col10 pad">
102582  <section class="nested">
102583  <div class="col4 main-column">
102584  <nav class="secondary">
102585  <ul>
102586  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
    …   html" aria-label="Back to Graduate School of Biomedical Sciences">Graduate School of
    …   Biomedical Sciences</a></li>
102587  <li class="primary-nav-item">
102588  <a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
    …   html" aria-label="Graduate School of Biomedical Sciences Home">Graduate School of
    …   Biomedical Sciences Home</a></li>
102589  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences/
    …   featured-student-drew-dolino.html">Featured Student - Drew Dolino</a></li>
102590  </ul>
102591  </nav>
102592  </div>
102593  </section>
102594  </div>
102595  </div>
102596  </div></li>
102597  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/summer-research-programs.html">Summer
    …   Research Programs</a>
102598  <div class="subnav-mask">
102599  <div class="subnav-wrapper">
102600  <div class="subnav col10 pad">
102601  <section class="nested">
102602  <div class="col4 main-column">
102603  <nav class="secondary">
102604  <ul>
102605  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/summer-research-programs.html"
    …   aria-label="Back to Summer Research Programs">Summer Research Programs</a></li>
102606  <li class="primary-nav-item">
102607  <a href="/education-training/degrees-programs/summer-research-programs.html"
    …   aria-label="Summer Research Programs Home">Summer Research Programs Home</a></li>
102608  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/cprit-cure.html">
    …   CPRIT-CURE Summer Undergraduate Program</a></li>
102609  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
    …   research-experience.html">CPRTP Summer Research Experience</a>
102610  <div class="subnav-mask">
102611  <div class="subnav-wrapper">
102612  <div class="subnav col10 pad">
102613  <section class="nested">
```

```
102614  <div class="col4 main-column">
102615  <nav class="secondary">
102616  <ul>
102617  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
    …   research-experience.html" aria-label="Back to CPRTP Summer Research Experience">CPRTP
    …   Summer Research Experience</a></li>
102618  <li class="primary-nav-item">
102619  <a
    …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
    …   research-experience.html" aria-label="CPRTP Summer Research Experience Home">CPRTP
    …   Summer Research Experience Home</a></li>
102620  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
    …   research-experience/mentors.html">How to Find a Mentor</a></li>
102621  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/cprtp-summer-
    …   research-experience/summer-alumni.html">Summer Alumni</a></li>
102622  </ul>
102623  </nav>
102624  </div>
102625  </section>
102626  </div>
102627  </div>
102628  </div></li>
102629  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/first-year-
    …   medical-student-program.html">First-Year Medical Student Program</a></li>
102630  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/high-school-
    …   research-science-park.html">High School Research at Science Park</a></li>
102631  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/high-school-
    …   summer-program.html">High School Summer Program</a></li>
102632  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/partnership-
    …   summer-research-program.html">Partnership Summer Research Program</a></li>
102633  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/degrees-programs/summer-research-programs/summer-
    …   undergraduate-research-program.html">Summer Undergraduate Research Program</a>
102634  <div class="subnav-mask">
102635  <div class="subnav-wrapper">
102636  <div class="subnav col10 pad">
102637  <section class="nested">
102638  <div class="col4 main-column">
102639  <nav class="secondary">
102640  <ul>
102641  <li class="mobile-nav-back"><a
    …   href="/education-training/degrees-programs/summer-research-programs/summer-
    …   undergraduate-research-program.html" aria-label="Back to Summer Undergraduate
    …   Research Program">Summer Undergraduate Research Program</a></li>
102642  <li class="primary-nav-item">
102643  <a
    …   href="/education-training/degrees-programs/summer-research-programs/summer-
    …   undergraduate-research-program.html" aria-label="Summer Undergraduate Research
    …   Program Home">Summer Undergraduate Research Program Home</a></li>
102644  <li class="primary-nav-item"><a
    …   href="/education-training/degrees-programs/summer-research-programs/summer-
    …   undergraduate-research-program/track-2-programs.html">UTHealth Summer Research
    …   Programs</a></li>
102645  </ul>
102646  </nav>
102647  </div>
102648  </section>
102649  </div>
102650  </div>
102651  </div></li>
102652  <li class="primary-nav-item"><a
```

```
102652   href="/education-training/degrees-programs/summer-research-programs/undergraduate-
     …   research-science-park.html">Undergraduate Research at Science Park</a></li>
102653   <li class="primary-nav-item"><a
     …   href="/education-training/degrees-programs/summer-research-programs/information-for-
     …   summer-experience-applicants.html">Information for Summer Experience
     …   Applicants</a></li>
102654   </ul>
102655   </nav>
102656   </div>
102657   </section>
102658   </div>
102659   </div>
102660   </div></li>
102661   </ul>
102662   </nav>
102663   </div>
102664   </section>
102665   </div>
102666   </div>
102667   </div></li>
102668   <li class="primary-nav-item has-subnav"><a
     …   href="/education-training/clinical-research-training.html">Clinical &amp; Research
     …   Training</a>
102669   <div class="subnav-mask">
102670   <div class="subnav-wrapper">
102671   <div class="subnav col10 pad">
102672   <section class="nested">
102673   <div class="col4 main-column">
102674   <nav class="secondary">
102675   <ul>
102676   <li class="mobile-nav-back"><a
     …   href="/education-training/clinical-research-training.html" aria-label="Back to
     …   Clinical &amp; Research Training">Clinical &amp; Research Training</a></li>
102677   <li class="primary-nav-item">
102678   <a href="/education-training/clinical-research-training.html" aria-label="Clinical
     …   &amp; Research Training Home">Clinical &amp; Research Training Home</a></li>
102679   <li class="primary-nav-item has-subnav"><a
     …   href="/education-training/clinical-research-training/graduate-medical-education.html"
     …   >Graduate Medical Education</a>
102680   <div class="subnav-mask">
102681   <div class="subnav-wrapper">
102682   <div class="subnav col10 pad">
102683   <section class="nested">
102684   <div class="col4 main-column">
102685   <nav class="secondary">
102686   <ul>
102687   <li class="mobile-nav-back"><a
     …   href="/education-training/clinical-research-training/graduate-medical-education.html"
     …   aria-label="Back to Graduate Medical Education">Graduate Medical Education</a></li>
102688   <li class="primary-nav-item">
102689   <a
     …   href="/education-training/clinical-research-training/graduate-medical-education.html"
     …   aria-label="Graduate Medical Education Home">Graduate Medical Education Home</a></li>
102690   <li class="primary-nav-item has-subnav"><a
     …   href="/education-training/clinical-research-training/graduate-medical-education/
     …   residencies-fellowships.html">Residency and Fellowship Programs</a>
102691   <div class="subnav-mask">
102692   <div class="subnav-wrapper">
102693   <div class="subnav col10 pad">
102694   <section class="nested">
102695   <div class="col4 main-column">
102696   <nav class="secondary">
102697   <ul>
102698   <li class="mobile-nav-back"><a
     …   href="/education-training/clinical-research-training/graduate-medical-education/
     …   residencies-fellowships.html" aria-label="Back to Residency and Fellowship
     …   Programs">Residency and Fellowship Programs</a></li>
102699   <li class="primary-nav-item">
```

```
102700  <a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships.html" aria-label="Residency and Fellowship Programs
    …   Home">Residency and Fellowship Programs Home</a></li>
102701  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/advanced-head-neck-surgical-oncology.html">Advanced Head and
    …   Neck Surgical Oncology Fellowship</a></li>
102702  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/advanced-orbital-oncology.html">Advanced Orbital Oncology
    …   Fellowship</a></li>
102703  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/advanced-radiation-oncology.html">Advanced Radiation Oncology
    …   Fellowship</a></li>
102704  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/advanced-therapeutic-endoscopy.html">Advanced Therapeutic
    …   Endoscopy Fellowship</a></li>
102705  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/blood-banking-transfusion-medicine.html">Blood Banking and
    …   Transfusion Medicine Fellowship</a></li>
102706  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/body-imaging.html">Body Imaging Fellowship</a></li>
102707  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/breast-imaging.html">Breast Imaging Fellowship</a></li>
102708  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/breast-surgical-oncology.html">Breast Surgical Oncology
    …   Fellowship</a></li>
102709  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/cancer-anesthesia.html">Cancer Anesthesia
    …   Residency/Fellowship</a></li>
102710  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/cancer-rehabilitation.html">Cancer Rehabilitation
    …   Fellowship</a></li>
102711  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/chemical-pathology.html">Chemical Pathology
    …   Fellowship</a></li>
102712  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/surgical-oncology.html">Complex General Surgical Oncology
    …   Fellowship</a></li>
102713  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/critical-care-medicine.html">Critical Care Medicine
    …   Fellowship</a></li>
102714  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/cytopathology.html">Cytopathology Fellowship</a></li>
102715  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/procedural-dermatology.html">Procedural Dermatology
    …   Fellowship</a></li>
102716  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/dermatopathology.html">Dermatopathology Fellowship</a></li>
102717  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/felix-rutledge.html">Felix Rutledge Fellowship in Gynecologic
    …   Oncology</a></li>
```

```
102718  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/gynecologic-oncology.html">Gynecologic Oncology
    …   Fellowship</a></li>
102719  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/head-neck-surgical-oncology.html">Head and Neck Surgical
    …   Oncology and Reconstruction Fellowship</a></li>
102720  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/hematology-oncology.html">Hematology/Oncology
    …   Fellowship</a></li>
102721  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/hematopathology.html">Hematopathology Fellowship</a></li>
102722  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/hospice-palliative-medicine.html">Hospice and Palliative
    …   Medicine Fellowships</a></li>
102723  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/internal-medicine.html">Internal Medicine Residency
    …   Program</a></li>
102724  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/investigational-cancer-therapeutics.html">Investigational
    …   Cancer Therapeutics Fellowship</a></li>
102725  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/leukemia.html">Leukemia Fellowship</a></li>
102726  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/lymphoma-myeloma.html">Lymphoma/Myeloma Fellowship</a></li>
102727  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/microvascular-reconstructive-surgery.html">Microvascular
    …   Reconstructive Surgery</a></li>
102728  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/molecular-genetic-pathology.html">Molecular Genetic Pathology
    …   Fellowship</a></li>
102729  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/musculoskeletal-radiology.html">Musculoskeletal Radiology
    …   Fellowship</a></li>
102730  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/neuro-oncology.html">Neuro-Oncology Fellowship</a></li>
102731  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/neurosurgical-oncology.html">Neurosurgical Oncology
    …   Fellowship</a></li>
102732  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/oncologic-emergency-medicine.html">Oncologic Emergency
    …   Medicine Fellowship</a></li>
102733  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/oncologic-endocrinology.html">Oncologic Endocrinology
    …   Fellowship</a></li>
102734  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/onco-nephrology.html">Onco-nephrology Fellowship</a></li>
102735  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/
    …   residencies-fellowships/oncologic-neuroradiology.html">Oncologic
    …   Neuroradiology</a></li>
102736  <li class="primary-nav-item"><a
```

```
102736    href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/ophthalmic-plastic-reconstructive-surgery.html">Ophthalmic
          Plastic and Reconstructive Surgery Fellowship (ASOPRS /ACGME)</a></li>
102737 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/oncologic-dentistry.html">Oral Oncology &amp; Maxillofacial
          Prosthetics</a></li>
102738 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/orthopedic-oncology.html">Orthopaedic Oncology
          Fellowship</a></li>
102739 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/pain-medicine.html">Pain Medicine Fellowship</a></li>
102740 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/radiation-oncology-residency.html">Radiation Oncology
          Residency</a></li>
102741 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/breast-pathology.html">Selective Breast Pathology
          Fellowship</a></li>
102742 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/cancer-biomarker-pathology.html">Selective Cancer Biomarker
          Pathology Fellowship</a></li>
102743 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/gastrointestinal-liver-pathology.html">Selective
          Gastrointestinal &amp; Liver Pathology Fellowship</a></li>
102744 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/genitourinary-pathology.html">Selective Genitourinary
          Pathology Fellowship</a></li>
102745 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/gynecologic-pathology.html">Selective Gynecologic Pathology
          Fellowship</a></li>
102746 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/head-neck-pathology.html">Selective Head &amp; Neck Pathology
          Fellowship</a></li>
102747 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/soft-tissue-pathology.html">Selective Soft Tissue Pathology
          Fellowship</a></li>
102748 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/surgical-pathology.html">Selective Surgical Pathology
          Fellowship</a></li>
102749 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/thoracic-pathology.html">Selective Thoracic Pathology
          Fellowship</a></li>
102750 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/stem-cell-transplantation-cellular-therapy.html">Stem Cell
          Transplantation and Cellular Therapy</a></li>
102751 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/surgical-endocrinology.html">Surgical Endocrinology
          Fellowship</a></li>
102752 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
          residencies-fellowships/thnmo-fellowship.html">Thoracic Head &amp; Neck Medical
          Oncology Fellowship</a></li>
102753 <li class="primary-nav-item"><a
          href="/education-training/clinical-research-training/graduate-medical-education/
```

```
102753… residencies-fellowships/thoracic-radiology.html">Thoracic Radiology
    … Fellowship</a></li>
102754 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … residencies-fellowships/thoracic-surgery.html">Thoracic Surgery Fellowship</a></li>
102755 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … residencies-fellowships/urinary-pelvic-reconstruction.html">Urinary Tract and Pelvic
    … Reconstruction Fellowship</a></li>
102756 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … residencies-fellowships/urologic-oncology.html">Urologic Oncology Fellowship</a></li>
102757 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … residencies-fellowships/interventional-radiology.html">Vascular &amp; Interventional
    … Radiology Fellowship</a></li>
102758 </ul>
102759 </nav>
102760 </div>
102761 </section>
102762 </div>
102763 </div>
102764 </div></li>
102765 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson.html">Rotations to MD Anderson</a>
102766 <div class="subnav-mask">
102767 <div class="subnav-wrapper">
102768 <div class="subnav col10 pad">
102769 <section class="nested">
102770 <div class="col4 main-column">
102771 <nav class="secondary">
102772 <ul>
102773 <li class="mobile-nav-back"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson.html" aria-label="Back to Rotations to MD
    … Anderson">Rotations to MD Anderson</a></li>
102774 <li class="primary-nav-item">
102775 <a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson.html" aria-label="Rotations to MD Anderson Home">Rotations
    … to MD Anderson Home</a></li>
102776 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson/family-medicine-survivorship-rotation.html">Family Medicine
    … Survivorship Rotation</a></li>
102777 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson/hematopathology-rotation.html">Hematopathology
    … Rotation</a></li>
102778 <li class="primary-nav-item"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/
    … rotations-to-md-anderson/radiation-oncology-elective-rotation.html">Radiation
    … Oncology Elective Rotation</a></li>
102779 </ul>
102780 </nav>
102781 </div>
102782 </section>
102783 </div>
102784 </div>
102785 </div></li>
102786 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/clinical-research-training/graduate-medical-education/gme-
    … trainee-resources.html">Information for GME Applicants</a>
102787 <div class="subnav-mask">
102788 <div class="subnav-wrapper">
102789 <div class="subnav col10 pad">
102790 <section class="nested">
```

```
102791  <div class="col4 main-column">
102792  <nav class="secondary">
102793  <ul>
102794  <li class="mobile-nav-back"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/gme-
    …   trainee-resources.html" aria-label="Back to Information for GME
    …   Applicants">Information for GME Applicants</a></li>
102795  <li class="primary-nav-item">
102796  <a
    …   href="/education-training/clinical-research-training/graduate-medical-education/gme-
    …   trainee-resources.html" aria-label="Information for GME Applicants Home">Information
    …   for GME Applicants Home</a></li>
102797  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/gme-
    …   trainee-resources/eligibility-requirements.html">Eligibility Requirements</a></li>
102798  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/gme-
    …   trainee-resources/evaluation-of-education-obtained-outside-u-s.html">Evaluation of
    …   Education Obtained Outside the U.S.</a></li>
102799  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/graduate-medical-education/gme-
    …   trainee-resources/verification-of-training.html">Verification of Training</a></li>
102800  </ul>
102801  </nav>
102802  </div>
102803  </section>
102804  </div>
102805  </div>
102806  </div></li>
102807  </ul>
102808  </nav>
102809  </div>
102810  </section>
102811  </div>
102812  </div>
102813  </div></li>
102814  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians.html">Clinical Education for Non-Physicians</a>
102815  <div class="subnav-mask">
102816  <div class="subnav-wrapper">
102817  <div class="subnav col10 pad">
102818  <section class="nested">
102819  <div class="col4 main-column">
102820  <nav class="secondary">
102821  <ul>
102822  <li class="mobile-nav-back"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians.html" aria-label="Back to Clinical Education for Non-Physicians">Clinical
    …   Education for Non-Physicians</a></li>
102823  <li class="primary-nav-item">
102824  <a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians.html" aria-label="Clinical Education for Non-Physicians Home">Clinical
    …   Education for Non-Physicians Home</a></li>
102825  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians/bioethics-internship.html">Bioethics Internship</a></li>
102826  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians/bioethics-fellowship.html">Bioethics Fellowship</a></li>
102827  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians/clinical-chemistry-fellowship.html">Clinical Chemistry Fellowship</a></li>
102828  <li class="primary-nav-item"><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians/clinical-pastoral-education.html">Clinical Pastoral Education</a></li>
102829  <li class="primary-nav-item has-subnav"><a
```

```
102829…  href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program.html">Imaging Physics Residency
…        Program</a>
102830   <div class="subnav-mask">
102831   <div class="subnav-wrapper">
102832   <div class="subnav col10 pad">
102833   <section class="nested">
102834   <div class="col4 main-column">
102835   <nav class="secondary">
102836   <ul>
102837   <li class="mobile-nav-back"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program.html" aria-label="Back to Imaging
…        Physics Residency Program">Imaging Physics Residency Program</a></li>
102838   <li class="primary-nav-item">
102839   <a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program.html" aria-label="Imaging Physics
…        Residency Program Home">Imaging Physics Residency Program Home</a></li>
102840   <li class="primary-nav-item"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program/application-process.html">Application
…        Process</a></li>
102841   <li class="primary-nav-item"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program/faculty.html">Program Faculty</a></li>
102842   <li class="primary-nav-item"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/imaging-physics-residency-program/residents-alumni.html">Residents,
…        Fellows &amp; Alumni</a></li>
102843   </ul>
102844   </nav>
102845   </div>
102846   </section>
102847   </div>
102848   </div>
102849   </div></li>
102850   <li class="primary-nav-item has-subnav"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/clinical-ethics-fellowship.html">Integrated Ethics Fellowship</a>
102851   <div class="subnav-mask">
102852   <div class="subnav-wrapper">
102853   <div class="subnav col10 pad">
102854   <section class="nested">
102855   <div class="col4 main-column">
102856   <nav class="secondary">
102857   <ul>
102858   <li class="mobile-nav-back"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/clinical-ethics-fellowship.html" aria-label="Back to Integrated Ethics
…        Fellowship">Integrated Ethics Fellowship</a></li>
102859   <li class="primary-nav-item">
102860   <a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/clinical-ethics-fellowship.html" aria-label="Integrated Ethics Fellowship
…        Home">Integrated Ethics Fellowship Home</a></li>
102861   <li class="primary-nav-item"><a
…        href="/education-training/clinical-research-training/clinical-education-for-non-
…        physicians/clinical-ethics-fellowship/internship.html">Integrated Ethics
…        Internship</a></li>
102862   </ul>
102863   </nav>
102864   </div>
102865   </section>
102866   </div>
102867   </div>
102868   </div></li>
102869   <li class="primary-nav-item"><a
```

```
102869 href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/neuropsychology-fellowship.html">Neuropsychology Fellowship</a></li>
102870 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/pa-education-internship.html">Office of Physician Assistant Education
     Internship</a></li>
102871 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/pharmacy-administration-residency.html">Pharmacy Administration Residency
     Program</a></li>
102872 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/pgy1-pharmacy-residency.html">Pharmacy PGY1 Residency Program</a></li>
102873 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/pgy2-critical-care-pharmacy-residency.html">Pharmacy PGY2 Critical Care
     Residency</a></li>
102874 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/pgy2-oncology-pharmacy-residency.html">Pharmacy PGY2 Oncology
     Residency</a></li>
102875 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/physician-assistant-student-elective-rotation.html">Physician Assistant
     Student Elective Rotation</a></li>
102876 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/physician-assistant-program-in-oncology.html">Postgraduate Physician
     Assistant Program in Oncology</a></li>
102877 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/radiation-physics-residency.html">Radiation Physics Residency</a></li>
102878 <li class="primary-nav-item"><a
     href="/education-training/clinical-research-training/clinical-education-for-non-
     physicians/social-work-internship.html">Social Work Internship</a></li>
102879 </ul>
102880 </nav>
102881 </div>
102882 </section>
102883 </div>
102884 </div>
102885 </div></li>
102886 <li class="primary-nav-item has-subnav"><a
     href="/education-training/clinical-research-training/postdoctoral-training.html">
     Postdoctoral Training</a>
102887 <div class="subnav-mask">
102888 <div class="subnav-wrapper">
102889 <div class="subnav col10 pad">
102890 <section class="nested">
102891 <div class="col4 main-column">
102892 <nav class="secondary">
102893 <ul>
102894 <li class="mobile-nav-back"><a
     href="/education-training/clinical-research-training/postdoctoral-training.html"
     aria-label="Back to Postdoctoral Training">Postdoctoral Training</a></li>
102895 <li class="primary-nav-item">
102896 <a href="/education-training/clinical-research-training/postdoctoral-training.html"
     aria-label="Postdoctoral Training Home">Postdoctoral Training Home</a></li>
102897 <li class="primary-nav-item has-subnav"><a
     href="/education-training/clinical-research-training/postdoctoral-training/
     postdoctoral-fellowships.html">Postdoctoral Fellowships</a>
102898 <div class="subnav-mask">
102899 <div class="subnav-wrapper">
102900 <div class="subnav col10 pad">
102901 <section class="nested">
102902 <div class="col4 main-column">
102903 <nav class="secondary">
102904 <ul>
```

```
102905 <li class="mobile-nav-back"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships.html" aria-label="Back to Postdoctoral
   … Fellowships">Postdoctoral Fellowships</a></li>
102906 <li class="primary-nav-item">
102907 <a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships.html" aria-label="Postdoctoral Fellowships
   … Home">Postdoctoral Fellowships Home</a></li>
102908 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar.html">CPRIT Graduate Scholar
   … Program</a>
102909 <div class="subnav-mask">
102910 <div class="subnav-wrapper">
102911 <div class="subnav col10 pad">
102912 <section class="nested">
102913 <div class="col4 main-column">
102914 <nav class="secondary">
102915 <ul>
102916 <li class="mobile-nav-back"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar.html" aria-label="Back to CPRIT
   … Graduate Scholar Program">CPRIT Graduate Scholar Program</a></li>
102917 <li class="primary-nav-item">
102918 <a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar.html" aria-label="CPRIT Graduate
   … Scholar Program Home">CPRIT Graduate Scholar Program Home</a></li>
102919 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar/curriculum.html">Curriculum</a></li>
102920 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar/faculty-mentors.html">Faculty
   … Mentors</a></li>
102921 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar/apply.html">How to Apply</a></li>
102922 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/cprit-graduate-scholar/steering-committee.html">Steering
   … Committee</a></li>
102923 </ul>
102924 </nav>
102925 </div>
102926 </section>
102927 </div>
102928 </div>
102929 </div></li>
102930 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html">Duncan
   … Family Institute Mentored Junior Faculty Fellowship</a>
102931 <div class="subnav-mask">
102932 <div class="subnav-wrapper">
102933 <div class="subnav col10 pad">
102934 <section class="nested">
102935 <div class="col4 main-column">
102936 <nav class="secondary">
102937 <ul>
102938 <li class="mobile-nav-back"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html"
   … aria-label="Back to Duncan Family Institute Mentored Junior Faculty
   … Fellowship">Duncan Family Institute Mentored Junior Faculty Fellowship</a></li>
102939 <li class="primary-nav-item">
102940 <a
```

```
102940… href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty.html"
    …  aria-label="Duncan Family Institute Mentored Junior Faculty Fellowship Home">Duncan
    …  Family Institute Mentored Junior Faculty Fellowship Home</a></li>
102941 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/duncan-family-institute-mentored-junior-faculty/fellows.html
    …  ">DFI Mentored Junior Faculty Fellows</a></li>
102942 </ul>
102943 </nav>
102944 </div>
102945 </section>
102946 </div>
102947 </div>
102948 </div></li>
102949 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/epigenetics-molecular-carcinogenesis-at-science-park.html">
    …  Epigenetics &amp; Molecular Carcinogenesis at Science Park</a></li>
102950 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/halliburton-foundation.html">Halliburton Foundation
    …  Postdoctoral Fellowship in Cancer Prevention</a></li>
102951 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/imaging-physics.html">Imaging Physics Postdoctoral
    …  Fellowships</a></li>
102952 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/janice-davis-gordon-memorial.html">Janice Davis Gordon
    …  Memorial Postdoctoral Fellowship in Colorectal
102953 Cancer Prevention</a></li>
102954 <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32.html">MD Anderson/Rice Cancer Nanotech
    …  T32</a>
102955 <div class="subnav-mask">
102956 <div class="subnav-wrapper">
102957 <div class="subnav col10 pad">
102958 <section class="nested">
102959 <div class="col4 main-column">
102960 <nav class="secondary">
102961 <ul>
102962 <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32.html" aria-label="Back to MD
    …  Anderson/Rice Cancer Nanotech T32">MD Anderson/Rice Cancer Nanotech T32</a></li>
102963 <li class="primary-nav-item">
102964 <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32.html" aria-label="MD Anderson/Rice
    …  Cancer Nanotech T32 Home">MD Anderson/Rice Cancer Nanotech T32 Home</a></li>
102965 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32/curriculum.html">Curriculum</a></li>
102966 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32/departments-faculty.html">Departments
    …  &amp; Faculty</a></li>
102967 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32/research-resources-facilities.html">
    …  Research Resources &amp; Facilities</a></li>
102968 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cancer-nanotech-t32/current-fellows.html">Current
    …  Fellows</a></li>
102969 </ul>
```

```
102970 </nav>
102971 </div>
102972 </section>
102973 </div>
102974 </div>
102975 </div></li>
102976 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program.html">Odyssey Program</a>
102977 <div class="subnav-mask">
102978 <div class="subnav-wrapper">
102979 <div class="subnav col10 pad">
102980 <section class="nested">
102981 <div class="col4 main-column">
102982 <nav class="secondary">
102983 <ul>
102984 <li class="mobile-nav-back"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program.html" aria-label="Back to Odyssey
   … Program">Odyssey Program</a></li>
102985 <li class="primary-nav-item">
102986 <a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program.html" aria-label="Odyssey Program
   … Home">Odyssey Program Home</a></li>
102987 <li class="primary-nav-item has-subnav"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program/awards.html">Odyssey Program Outstanding
   … Research Publication Awards</a>
102988 <div class="subnav-mask">
102989 <div class="subnav-wrapper">
102990 <div class="subnav col10 pad">
102991 <section class="nested">
102992 <div class="col4 main-column">
102993 <nav class="secondary">
102994 <ul>
102995 <li class="mobile-nav-back"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program/awards.html" aria-label="Back to Odyssey
   … Program Outstanding Research Publication Awards">Odyssey Program Outstanding Research
   … Publication Awards</a></li>
102996 <li class="primary-nav-item">
102997 <a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program/awards.html" aria-label="Odyssey Program
   … Outstanding Research Publication Awards Home">Odyssey Program Outstanding Research
   … Publication Awards Home</a></li>
102998 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/odyssey-program/awards/award-recipients.html">Current &amp;
   … Past Recipients</a></li>
102999 </ul>
103000 </nav>
103001 </div>
103002 </section>
103003 </div>
103004 </div>
103005 </div></li>
103006 </ul>
103007 </nav>
103008 </div>
103009 </section>
103010 </div>
103011 </div>
103012 </div></li>
103013 <li class="primary-nav-item"><a
   … href="/education-training/clinical-research-training/postdoctoral-training/
   … postdoctoral-fellowships/onco-cardiology-research-fellowship.html">Onco-cardiology
```

```
103013…  Research Fellowship</a></li>
103014  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/physician-scientist-advanced-scholar-program.html">Physician
    …  -Scientist Advanced Scholar Program</a></li>
103015  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/translational-molecular-patholgy.html">Translational
    …  Molecular Pathology Fellowship</a></li>
103016  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cpirit-triumph-program.html">TRIUMPH Postdoctoral
    …  Fellowship</a>
103017  <div class="subnav-mask">
103018  <div class="subnav-wrapper">
103019  <div class="subnav col10 pad">
103020  <section class="nested">
103021  <div class="col4 main-column">
103022  <nav class="secondary">
103023  <ul>
103024  <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cpirit-triumph-program.html" aria-label="Back to TRIUMPH
    …  Postdoctoral Fellowship">TRIUMPH Postdoctoral Fellowship</a></li>
103025  <li class="primary-nav-item">
103026  <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cpirit-triumph-program.html" aria-label="TRIUMPH
    …  Postdoctoral Fellowship Home">TRIUMPH Postdoctoral Fellowship Home</a></li>
103027  <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-fellowships/cpirit-triumph-program/program-mentors.html">Program
    …  Mentors</a></li>
103028  </ul>
103029  </nav>
103030  </div>
103031  </section>
103032  </div>
103033  </div>
103034  </div></li>
103035  </ul>
103036  </nav>
103037  </div>
103038  </section>
103039  </div>
103040  </div>
103041  </div></li>
103042  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development.html">Office of Postdoctoral Affairs &amp;
    …  Development</a>
103043  <div class="subnav-mask">
103044  <div class="subnav-wrapper">
103045  <div class="subnav col10 pad">
103046  <section class="nested">
103047  <div class="col4 main-column">
103048  <nav class="secondary">
103049  <ul>
103050  <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development.html" aria-label="Back to Office of Postdoctoral
    …  Affairs &amp; Development">Office of Postdoctoral Affairs &amp; Development</a></li>
103051  <li class="primary-nav-item">
103052  <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-affairs-development.html" aria-label="Office of Postdoctoral Affairs
    …  &amp; Development Home">Office of Postdoctoral Affairs &amp; Development
    …  Home</a></li>
```

```
103053 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/prospective-postdocs.html">Prospective
  … Postdocs</a></li>
103054 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/current-postdocs.html">Current Postdocs</a></li>
103055 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/faculty-mentors.html">Faculty Mentors</a></li>
103056 <li class="primary-nav-item has-subnav"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/about-us.html">About Us</a>
103057 <div class="subnav-mask">
103058 <div class="subnav-wrapper">
103059 <div class="subnav col10 pad">
103060 <section class="nested">
103061 <div class="col4 main-column">
103062 <nav class="secondary">
103063 <ul>
103064 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/about-us.html" aria-label="Back to About Us">About
  … Us</a></li>
103065 <li class="primary-nav-item">
103066 <a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/about-us.html" aria-label="About Us Home">About Us
  … Home</a></li>
103067 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/about-us/benefits.html">Benefits for MD Anderson
  … Postdoctoral Fellows</a></li>
103068 </ul>
103069 </nav>
103070 </div>
103071 </section>
103072 </div>
103073 </div>
103074 </div></li>
103075 <li class="primary-nav-item has-subnav"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/programs-events.html">Programs &amp; Events</a>
103076 <div class="subnav-mask">
103077 <div class="subnav-wrapper">
103078 <div class="subnav col10 pad">
103079 <section class="nested">
103080 <div class="col4 main-column">
103081 <nav class="secondary">
103082 <ul>
103083 <li class="mobile-nav-back"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/programs-events.html" aria-label="Back to Programs
  … &amp; Events">Programs &amp; Events</a></li>
103084 <li class="primary-nav-item">
103085 <a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/programs-events.html" aria-label="Programs &amp;
  … Events Home">Programs &amp; Events Home</a></li>
103086 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/programs-events/fast-track-orientation.html">Fast
  … Track Orientation</a></li>
103087 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
  … postdoctoral-affairs-development/programs-events/rcr-series.html">RCR Series</a></li>
103088 <li class="primary-nav-item"><a
  … href="/education-training/clinical-research-training/postdoctoral-training/
```

```
103088… postdoctoral-affairs-development/programs-events/trainee-research-day.html">Trainee
    …  Research Day</a></li>
103089 </ul>
103090 </nav>
103091 </div>
103092 </section>
103093 </div>
103094 </div>
103095 </div></li>
103096 </ul>
103097 </nav>
103098 </div>
103099 </section>
103100 </div>
103101 </div>
103102 </div></li>
103103 <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association.html">Postdoctoral Association</a>
103104 <div class="subnav-mask">
103105 <div class="subnav-wrapper">
103106 <div class="subnav col10 pad">
103107 <section class="nested">
103108 <div class="col4 main-column">
103109 <nav class="secondary">
103110 <ul>
103111 <li class="mobile-nav-back"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association.html" aria-label="Back to Postdoctoral
    …  Association">Postdoctoral Association</a></li>
103112 <li class="primary-nav-item">
103113 <a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association.html" aria-label="Postdoctoral Association
    …  Home">Postdoctoral Association Home</a></li>
103114 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association/events.html">Events</a></li>
103115 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association/executive-committee.html">Executive Committee</a></li>
103116 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association/member-news.html">Postdoc and Alumni News</a></li>
103117 <li class="primary-nav-item"><a
    …  href="/education-training/clinical-research-training/postdoctoral-training/
    …  postdoctoral-association/resources.html">Resources</a></li>
103118 </ul>
103119 </nav>
103120 </div>
103121 </section>
103122 </div>
103123 </div>
103124 </div></li>
103125 </ul>
103126 </nav>
103127 </div>
103128 </section>
103129 </div>
103130 </div>
103131 </div></li>
103132 </ul>
103133 </nav>
103134 </div>
103135 </section>
103136 </div>
103137 </div>
103138 </div></li>
```

```
103139 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education.html">Professional Education</a>
103140 <div class="subnav-mask">
103141 <div class="subnav-wrapper">
103142 <div class="subnav col10 pad">
103143 <section class="nested">
103144 <div class="col4 main-column">
103145 <nav class="secondary">
103146 <ul>
103147 <li class="mobile-nav-back"><a href="/education-training/professional-education.html"
    … aria-label="Back to Professional Education">Professional Education</a></li>
103148 <li class="primary-nav-item">
103149 <a href="/education-training/professional-education.html" aria-label="Professional
    … Education Home">Professional Education Home</a></li>
103150 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education/cme-conference-management.html">CME/
    … Conference Management</a>
103151 <div class="subnav-mask">
103152 <div class="subnav-wrapper">
103153 <div class="subnav col10 pad">
103154 <section class="nested">
103155 <div class="col4 main-column">
103156 <nav class="secondary">
103157 <ul>
103158 <li class="mobile-nav-back"><a
    … href="/education-training/professional-education/cme-conference-management.html"
    … aria-label="Back to CME/Conference Management">CME/Conference Management</a></li>
103159 <li class="primary-nav-item">
103160 <a href="/education-training/professional-education/cme-conference-management.html"
    … aria-label="CME/Conference Management Home">CME/Conference Management Home</a></li>
103161 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html">Conferences</a>
103162 <div class="subnav-mask">
103163 <div class="subnav-wrapper">
103164 <div class="subnav col10 pad">
103165 <section class="nested">
103166 <div class="col4 main-column">
103167 <nav class="secondary">
103168 <ul>
103169 <li class="mobile-nav-back"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html" aria-label="Back to Conferences">Conferences</a></li>
103170 <li class="primary-nav-item">
103171 <a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences.html" aria-label="Conferences Home">Conferences Home</a></li>
103172 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences/conference-management-houston-information.html">Houston
    … Information</a></li>
103173 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences/bd-rev-hem-med-onc-materials.html">The 2016 MD Anderson Cancer
    … Center/Baylor College of Medicine Hematology
103174 and Medical Oncology Board Review Materials Information</a></li>
103175 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences/proton-therapy-training.html">Proton Therapy Training</a></li>
103176 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences/comprehensive-board-review-in-hematology-and-medical-oncology-20.html">
    … Comprehensive Board Review in Hematology and Medical Oncology 2016</a></li>
103177 <li class="primary-nav-item"><a
    … href="/education-training/professional-education/cme-conference-management/
    … conferences/cancer-evolution-mechanisms-of-vulnerability-and-resistance.html">
    … Research Symposium: Cancer Evolution: Mechanisms of Vulnerability and
    … Resistance</a></li>
```

```
103178  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/md-anderson-onco-nephrology-symposium-2016.html">MD Anderson
    …   Onco-Nephrology Symposium 2016</a></li>
103179  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/yoga-for-health--oncology-conference-for-yoga-and-mind-body-teac.html">
    …   Yoga for Health: Oncology Conference for Yoga and Mind-Body Teachers</a></li>
103180  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/value-based-head-and-neck-cancer-care.html">Value-Based Head &amp; Neck
    …   Cancer Care</a></li>
103181  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/fourth-international-conference-on-cancer-and-the-heart.html">Fourth
    …   International Conference on Cancer and the Heart</a></li>
103182  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/current-concepts-in-head-neck-surgery.html">Current Concepts in Head
    …   &amp; Neck Surgery</a></li>
103183  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/urologic-oncology-conference.html">Urologic Oncology Conference</a></li>
103184  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/management-of-thyroid-parathyroid-neoplasms.html">Current Concepts in the
    …   Mgmt of Thyroid &amp; Parathyroid Neoplasms</a></li>
103185  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/sawyer-biliary-pancreatic-symposium.html">Sawyer Biliary Pancreatic
    …   Symposium</a></li>
103186  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/diagnostic-pathology.html">Diagnostic Pathology</a></li>
103187  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/orbital-oncology-oncologic-oculofacial-plastic-surgery.html">Orbital
    …   Oncology &amp; Oncologic Oculofacial Plastic Surgery</a></li>
103188  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/interventional-pulmonology-course.html">Interventional Pulmonology
    …   Course</a></li>
103189  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/bioethical-challenges-in-neurogenomics-.html">Bioethical Challenges in
    …   Neurogenomics</a></li>
103190  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/oncologic-emergency-medicine-conference.html">Oncologic Emergency
    …   Medicine Conference</a></li>
103191  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/start-a-successful-breast-radioactive-seed-localization.html">How To
    …   Start A Successful Breast Radioactive Seed Localization Program</a></li>
103192  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/
    …   conferences/mr-safety-workshop-2016.html">MR Safety Workshop 2016</a></li>
103193  </ul>
103194  </nav>
103195  </div>
103196  </section>
103197  </div>
103198  </div>
103199  </div></li>
103200  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/cme-conference-management/enduring-
    …   materials.html">Online CME/Enduring Materials</a></li>
103201  <li class="primary-nav-item"><a
```

```
103201…  href="/education-training/professional-education/cme-conference-management/
   …    educational-partnership-opportunities.html">Educational Partnership
   …    Opportunities</a></li>
103202   <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/cme-conference-management/contact-
   …    information.html">Contact Information</a></li>
103203   </ul>
103204   </nav>
103205   </div>
103206   </section>
103207   </div>
103208   </div>
103209   </div></li>
103210   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/professional-education/observer-programs.html">Observer
   …    Programs</a>
103211   <div class="subnav-mask">
103212   <div class="subnav-wrapper">
103213   <div class="subnav col10 pad">
103214   <section class="nested">
103215   <div class="col4 main-column">
103216   <nav class="secondary">
103217   <ul>
103218   <li class="mobile-nav-back"><a
   …    href="/education-training/professional-education/observer-programs.html"
   …    aria-label="Back to Observer Programs">Observer Programs</a></li>
103219   <li class="primary-nav-item">
103220   <a href="/education-training/professional-education/observer-programs.html"
   …    aria-label="Observer Programs Home">Observer Programs Home</a></li>
103221   <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/professional-education/observer-programs/administrative-
   …    fellowship-program.html">Administrative Fellowship Program</a>
103222   <div class="subnav-mask">
103223   <div class="subnav-wrapper">
103224   <div class="subnav col10 pad">
103225   <section class="nested">
103226   <div class="col4 main-column">
103227   <nav class="secondary">
103228   <ul>
103229   <li class="mobile-nav-back"><a
   …    href="/education-training/professional-education/observer-programs/administrative-
   …    fellowship-program.html" aria-label="Back to Administrative Fellowship
   …    Program">Administrative Fellowship Program</a></li>
103230   <li class="primary-nav-item">
103231   <a
   …    href="/education-training/professional-education/observer-programs/administrative-
   …    fellowship-program.html" aria-label="Administrative Fellowship Program
   …    Home">Administrative Fellowship Program Home</a></li>
103232   <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/observer-programs/administrative-
   …    fellowship-program/how-to-apply.html">How to Apply</a></li>
103233   <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/observer-programs/administrative-
   …    fellowship-program/current-fellows.html">Current Fellows</a></li>
103234   </ul>
103235   </nav>
103236   </div>
103237   </section>
103238   </div>
103239   </div>
103240   </div></li>
103241   <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/observer-programs/anesthesiology-
   …    critical-care.html">Anesthesiology &amp; Critical Care</a></li>
103242   <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/observer-programs/diagnostic-
   …    radiology.html">Diagnostic Radiology</a></li>
103243   <li class="primary-nav-item"><a
```

```
103243… href="education-training/professional-education/observer-programs/hematopathology.
    …  html">Hematopathology</a></li>
103244  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/observer-programs/integrative-
    …  medicine.html">Integrative Medicine Program</a></li>
103245  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/observer-programs/orthopaedic-
    …  oncology.html">Orthopaedic Oncology</a></li>
103246  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/observer-programs/palliative-
    …  rehabilitation-integrative.html">Palliative, Rehabilitation and Integrative
    …  Medicine</a></li>
103247  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/observer-programs/thoracic-
    …  cardiovascular-surgery.html">Thoracic &amp; Cardiovascular Surgery</a></li>
103248  </ul>
103249  </nav>
103250  </div>
103251  </section>
103252  </div>
103253  </div>
103254  </div></li>
103255  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/professional-education/professional-oncology-education.html
    …  ">Professional Oncology Education</a>
103256  <div class="subnav-mask">
103257  <div class="subnav-wrapper">
103258  <div class="subnav col10 pad">
103259  <section class="nested">
103260  <div class="col4 main-column">
103261  <nav class="secondary">
103262  <ul>
103263  <li class="mobile-nav-back"><a
    …  href="/education-training/professional-education/professional-oncology-education.html
    …  " aria-label="Back to Professional Oncology Education">Professional Oncology
    …  Education</a></li>
103264  <li class="primary-nav-item">
103265  <a
    …  href="/education-training/professional-education/professional-oncology-education.html
    …  " aria-label="Professional Oncology Education Home">Professional Oncology Education
    …  Home</a></li>
103266  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  cancer-care-series.html">Cancer Care Series</a>
103267  <div class="subnav-mask">
103268  <div class="subnav-wrapper">
103269  <div class="subnav col10 pad">
103270  <section class="nested">
103271  <div class="col4 main-column">
103272  <nav class="secondary">
103273  <ul>
103274  <li class="mobile-nav-back"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  cancer-care-series.html" aria-label="Back to Cancer Care Series ">Cancer Care
    …  Series</a></li>
103275  <li class="primary-nav-item">
103276  <a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  cancer-care-series.html" aria-label="Cancer Care Series  Home">Cancer Care Series
    …  Home</a></li>
103277  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  cancer-care-series/bone-sarcoma.html">Bone Sarcoma</a></li>
103278  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
    …  cancer-care-series/breast-cancer.html">Breast Cancer, Second Edition</a></li>
103279  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/professional-oncology-education/
```

```
103279... cancer-care-series/gastrointestinal-cancer.html">Gastrointestinal Cancer</a></li>
103280  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  cancer-care-series/gynecologic-cancer.html">Gynecologic Cancer</a></li>
103281  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  cancer-care-series/lung-cancer.html">Lung Cancer</a></li>
103282  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  cancer-care-series/pediactric-oncology.html">Pediactric Oncology</a></li>
103283  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  cancer-care-series/tumors-of-the-brain-and-spine.html">Tumors of the Brain &amp;
   ...  Spine</a></li>
103284  </ul>
103285  </nav>
103286  </div>
103287  </section>
103288  </div>
103289  </div>
103290  </div></li>
103291  <li class="primary-nav-item has-subnav"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship.html">Cancer Survivorship Series</a>
103292  <div class="subnav-mask">
103293  <div class="subnav-wrapper">
103294  <div class="subnav col10 pad">
103295  <section class="nested">
103296  <div class="col4 main-column">
103297  <nav class="secondary">
103298  <ul>
103299  <li class="mobile-nav-back"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship.html" aria-label="Back to Cancer Survivorship Series">Cancer
   ...  Survivorship Series</a></li>
103300  <li class="primary-nav-item">
103301  <a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship.html" aria-label="Cancer Survivorship Series Home">Cancer Survivorship
   ...  Series Home</a></li>
103302  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/introductory-lectures.html">Introduction to Cancer Survivorship</a></li>
103303  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/advances.html">Advances in Survivorship Care</a></li>
103304  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/fear-recurrence.html">Coping with Fear of Recurrence</a></li>
103305  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/bowel-function.html">Bowel Function in Cancer Survivors</a></li>
103306  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/breast.html">Breast Cancer Survivorship Course</a></li>
103307  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/colorectal.html">Colorectal Cancer Survivorship Course</a></li>
103308  <li class="primary-nav-item"><a
   ...  href="/education-training/professional-education/professional-oncology-education/
   ...  survivorship/prostate.html">Prostate Cancer Survivorship Course</a></li>
103309  </ul>
103310  </nav>
103311  </div>
103312  </section>
103313  </div>
103314  </div>
103315  </div></li>
```

```
103316  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/professional-oncology-education/
   …    inflammatory-breast-cancer.html">Inflammatory Breast Cancer Course</a></li>
103317  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/professional-oncology-education/
   …    introduction-to-clinical-oncology.html">Introduction to Clinical Oncology</a></li>
103318  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/professional-oncology-education/hpv-
   …    associated-cancers.html">HPV-associated Cancers</a></li>
103319  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/professional-oncology-education/poe-
   …    cancer-moon-shots.html">Moon Shots</a></li>
103320  </ul>
103321  </nav>
103322  </div>
103323  </section>
103324  </div>
103325  </div>
103326  </div></li>
103327  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/professional-education/i-care.html">I*CARE (Communication
   …    Skills Education)</a>
103328  <div class="subnav-mask">
103329  <div class="subnav-wrapper">
103330  <div class="subnav col10 pad">
103331  <section class="nested">
103332  <div class="col4 main-column">
103333  <nav class="secondary">
103334  <ul>
103335  <li class="mobile-nav-back"><a
   …    href="/education-training/professional-education/i-care.html" aria-label="Back to
   …    I*CARE (Communication Skills Education)">I*CARE (Communication Skills
   …    Education)</a></li>
103336  <li class="primary-nav-item">
103337  <a href="/education-training/professional-education/i-care.html" aria-label="I*CARE
   …    (Communication Skills Education) Home">I*CARE (Communication Skills Education)
   …    Home</a></li>
103338  <li class="primary-nav-item has-subnav"><a
   …    href="/education-training/professional-education/i-care/for-health-care-professionals
   …    -educators.html">For Professionals and Educators</a>
103339  <div class="subnav-mask">
103340  <div class="subnav-wrapper">
103341  <div class="subnav col10 pad">
103342  <section class="nested">
103343  <div class="col4 main-column">
103344  <nav class="secondary">
103345  <ul>
103346  <li class="mobile-nav-back"><a
   …    href="/education-training/professional-education/i-care/for-health-care-professionals
   …    -educators.html" aria-label="Back to For Professionals and Educators">For
   …    Professionals and Educators</a></li>
103347  <li class="primary-nav-item">
103348  <a
   …    href="/education-training/professional-education/i-care/for-health-care-professionals
   …    -educators.html" aria-label="For Professionals and Educators Home">For Professionals
   …    and Educators Home</a></li>
103349  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/i-care/for-health-care-professionals
   …    -educators/e-learning-resources.html">E-learning Resources</a></li>
103350  <li class="primary-nav-item"><a
   …    href="/education-training/professional-education/i-care/for-health-care-professionals
   …    -educators/training-education-services.html">Training, Education &amp;
   …    Services</a></li>
103351  </ul>
103352  </nav>
103353  </div>
103354  </section>
103355  </div>
```

```
103356  </div></li>
103357  </div></li>
103358  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/i-care/for-patients-families.html">
    …   For Patients and Families</a></li>
103359  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/i-care/about-us.html">About
    …   Us</a></li>
103360  </ul>
103361  </nav>
103362  </div>
103363  </section>
103364  </div>
103365  </div>
103366  </div></li>
103367  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/tobacco-outreach-program.html">
    …   Tobacco Outreach Education Program</a></li>
103368  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/professional-education/continuing-education-review-courses.
    …   html">Continuing Education &amp; Review Courses</a>
103369  <div class="subnav-mask">
103370  <div class="subnav-wrapper">
103371  <div class="subnav col10 pad">
103372  <section class="nested">
103373  <div class="col4 main-column">
103374  <nav class="secondary">
103375  <ul>
103376  <li class="mobile-nav-back"><a
    …   href="/education-training/professional-education/continuing-education-review-courses.
    …   html" aria-label="Back to Continuing Education &amp; Review Courses ">Continuing
    …   Education &amp; Review Courses</a></li>
103377  <li class="primary-nav-item">
103378  <a
    …   href="/education-training/professional-education/continuing-education-review-courses.
    …   html" aria-label="Continuing Education &amp; Review Courses  Home">Continuing
    …   Education &amp; Review Courses Home</a></li>
103379  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   cytogenetics-review.html">Review in Clinical Cytogenetics</a></li>
103380  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   clinical-lab-science-review.html">Review in Clinical Laboratory Science</a></li>
103381  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   medical-dosimetry-review.html">Medical Dosimetry Review Course</a></li>
103382  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   cytogenetics-onsite.html">A Comprehensive Review in Clinical Cytogenetics</a></li>
103383  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   symposium-on-advances-in-molecular-diagnostics.html">Symposium on Advances in
    …   Molecular Diagnostics</a></li>
103384  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   computed-tomography-registry-review.html">Diagnostic Imaging CT Registry
    …   Review</a></li>
103385  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   vascular-interventional-registry-review.html">Diagnostic Imaging Program VIR
    …   Review</a></li>
103386  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   magnetic-resonance-imaging-registry-review.html">Diagnostic Imaging Program MRI
    …   Review</a></li>
103387  <li class="primary-nav-item"><a
    …   href="/education-training/professional-education/continuing-education-review-courses/
    …   national-radiologic-technologist-week-conference.html">National Radiologic
```

```
103387…  Technologist Week Conference</a></li>
103388  </ul>
103389  </nav>
103390  </div>
103391  </section>
103392  </div>
103393  </div>
103394  </div></li>
103395  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/professional-education/office-of-career-entrepreneurship-
    …  development.html" aria-label="Office of Career &amp; Entrepreneurship Advancement</a>
103396  <div class="subnav-mask">
103397  <div class="subnav-wrapper">
103398  <div class="subnav col10 pad">
103399  <section class="nested">
103400  <div class="col4 main-column">
103401  <nav class="secondary">
103402  <ul>
103403  <li class="mobile-nav-back"><a
    …  href="/education-training/professional-education/office-of-career-entrepreneurship-
    …  development.html" aria-label="Back to Office of Career &amp; Entrepreneurship
    …  Advancement">Office of Career &amp; Entrepreneurship Advancement</a></li>
103404  <li class="primary-nav-item">
103405  <a
    …  href="/education-training/professional-education/office-of-career-entrepreneurship-
    …  development.html" aria-label="Office of Career &amp; Entrepreneurship Advancement
    …  Home">Office of Career &amp; Entrepreneurship Advancement Home</a></li>
103406  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/office-of-career-entrepreneurship-
    …  development/i-corps.html">I-Corps</a></li>
103407  </ul>
103408  </nav>
103409  </div>
103410  </section>
103411  </div>
103412  </div>
103413  </div></li>
103414  <li class="primary-nav-item has-subnav"><a
    …  href="/education-training/professional-education/comparative-effectiveness-research-
    …  training.html">Comparative Effectiveness Training (CERTaIN)</a>
103415  <div class="subnav-mask">
103416  <div class="subnav-wrapper">
103417  <div class="subnav col10 pad">
103418  <section class="nested">
103419  <div class="col4 main-column">
103420  <nav class="secondary">
103421  <ul>
103422  <li class="mobile-nav-back"><a
    …  href="/education-training/professional-education/comparative-effectiveness-research-
    …  training.html" aria-label="Back to Comparative Effectiveness Training
    …  (CERTaIN)">Comparative Effectiveness Training (CERTaIN)</a></li>
103423  <li class="primary-nav-item">
103424  <a
    …  href="/education-training/professional-education/comparative-effectiveness-research-
    …  training.html" aria-label="Comparative Effectiveness Training (CERTaIN)
    …  Home">Comparative Effectiveness Training (CERTaIN) Home</a></li>
103425  <li class="primary-nav-item"><a
    …  href="/education-training/professional-education/comparative-effectiveness-research-
    …  training/training-opportunities.html">Training Opportunities</a></li>
103426  </ul>
103427  </nav>
103428  </div>
103429  </section>
103430  </div>
103431  </div>
103432  </div></li>
103433  </ul>
103434  </nav>
```

```
103435 </div>
103436 </section>
103437 </div>
103438 </div>
103439 </div></li>
103440 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/nursing-education.html">Nursing Education &amp;
    … Training</a>
103441 <div class="subnav-mask">
103442 <div class="subnav-wrapper">
103443 <div class="subnav col10 pad">
103444 <section class="nested">
103445 <div class="col4 main-column">
103446 <nav class="secondary">
103447 <ul>
103448 <li class="mobile-nav-back"><a href="/education-training/nursing-education.html"
    … aria-label="Back to Nursing Education &amp; Training">Nursing Education &amp;
    … Training</a></li>
103449 <li class="primary-nav-item">
103450 <a href="/education-training/nursing-education.html" aria-label="Nursing Education
    … &amp; Training Home">Nursing Education &amp; Training Home</a></li>
103451 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/new-graduate-nurse-residency.html">
    … Graduate Nurse Residency Program</a></li>
103452 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/post-graduate-fellowship-in-oncology-
    … nursing.html">Post Graduate Fellowship in Oncology Nursing</a></li>
103453 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/professional-student-nurse-extern.html">
    … Professional Student Nurse Extern Programs</a></li>
103454 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/academic-orientation.html">Nursing
    … Academic Online Orientation</a></li>
103455 <li class="primary-nav-item has-subnav"><a
    … href="/education-training/nursing-education/trainee-spotlights.html">Trainee
    … Spotlights</a>
103456 <div class="subnav-mask">
103457 <div class="subnav-wrapper">
103458 <div class="subnav col10 pad">
103459 <section class="nested">
103460 <div class="col4 main-column">
103461 <nav class="secondary">
103462 <ul>
103463 <li class="mobile-nav-back"><a
    … href="/education-training/nursing-education/trainee-spotlights.html" aria-label="Back
    … to Trainee Spotlights">Trainee Spotlights</a></li>
103464 <li class="primary-nav-item">
103465 <a href="/education-training/nursing-education/trainee-spotlights.html"
    … aria-label="Trainee Spotlights Home">Trainee Spotlights Home</a></li>
103466 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/trainee-spotlights/martin.html">Ashley
    … Martin</a></li>
103467 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/trainee-spotlights/pachella.html">Laura
    … Pachella</a></li>
103468 <li class="primary-nav-item"><a
    … href="/education-training/nursing-education/trainee-spotlights/wynn.html">Franklin
    … Wynn</a></li>
103469 </ul>
103470 </nav>
103471 </div>
103472 </section>
103473 </div>
103474 </div>
103475 </div></li>
103476 </ul>
103477 </nav>
103478 </div>
```

```
103479  </section>
103480  </div>
103481  </div>
103482  </div></li>
103483  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/global-outreach.html">Global Outreach</a>
103484  <div class="subnav-mask">
103485  <div class="subnav-wrapper">
103486  <div class="subnav col10 pad">
103487  <section class="nested">
103488  <div class="col4 main-column">
103489  <nav class="secondary">
103490  <ul>
103491  <li class="mobile-nav-back"><a href="/education-training/global-outreach.html"
    …   aria-label="Back to Global Outreach">Global Outreach</a></li>
103492  <li class="primary-nav-item">
103493  <a href="/education-training/global-outreach.html" aria-label="Global Outreach
    …   Home">Global Outreach Home</a></li>
103494  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/global-outreach/global-academic-programs.html">Global
    …   Academic Programs</a>
103495  <div class="subnav-mask">
103496  <div class="subnav-wrapper">
103497  <div class="subnav col10 pad">
103498  <section class="nested">
103499  <div class="col4 main-column">
103500  <nav class="secondary">
103501  <ul>
103502  <li class="mobile-nav-back"><a
    …   href="/education-training/global-outreach/global-academic-programs.html"
    …   aria-label="Back to Global Academic Programs ">Global Academic Programs</a></li>
103503  <li class="primary-nav-item">
103504  <a href="/education-training/global-outreach/global-academic-programs.html"
    …   aria-label="Global Academic Programs  Home">Global Academic Programs Home</a></li>
103505  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/gap-conference.
    …   html">Annual GAP Conference</a></li>
103506  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/sister-
    …   institutions.html">Global Map of Institutions</a></li>
103507  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/sinf.html">Sister
    …   Institution Network Fund (SINF)</a></li>
103508  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/influent-and-
    …   scival-funding.html">Influuent and SciVal Funding</a></li>
103509  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/lecture-series.
    …   html">Lecture Series in Global Oncology</a></li>
103510  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/africa-initiative.
    …   html">Africa Initiative</a></li>
103511  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/global-academic-programs/contact-
    …   information.html">Contact Information</a></li>
103512  </ul>
103513  </nav>
103514  </div>
103515  </section>
103516  </div>
103517  </div>
103518  </div></li>
103519  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/global-outreach/project-echo.html">Project ECHO</a>
103520  <div class="subnav-mask">
103521  <div class="subnav-wrapper">
103522  <div class="subnav col10 pad">
103523  <section class="nested">
```

```
103524  <div class="col4 main-column">
103525  <nav class="secondary">
103526  <ul>
103527  <li class="mobile-nav-back"><a
    …   href="/education-training/global-outreach/project-echo.html" aria-label="Back to
    …   Project ECHO ">Project ECHO</a></li>
103528  <li class="primary-nav-item">
103529  <a href="/education-training/global-outreach/project-echo.html" aria-label="Project
    …   ECHO  Home">Project ECHO Home</a></li>
103530  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/global-outreach/project-echo/programs.html">Programs</a>
103531  <div class="subnav-mask">
103532  <div class="subnav-wrapper">
103533  <div class="subnav col10 pad">
103534  <section class="nested">
103535  <div class="col4 main-column">
103536  <nav class="secondary">
103537  <ul>
103538  <li class="mobile-nav-back"><a
    …   href="/education-training/global-outreach/project-echo/programs.html"
    …   aria-label="Back to Programs">Programs</a></li>
103539  <li class="primary-nav-item">
103540  <a href="/education-training/global-outreach/project-echo/programs.html"
    …   aria-label="Programs Home">Programs Home</a></li>
103541  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/programs/cervical-cancer-
    …   prevention.html">Cervical Cancer Prevention</a></li>
103542  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/programs/zambia.html">Zambia
    …   Partnership</a></li>
103543  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/programs/survivorship.html">
    …   Survivorship</a></li>
103544  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/programs/tobacco-cessation-
    …   programs.html">Tobacco Cessation Programs</a></li>
103545  </ul>
103546  </nav>
103547  </div>
103548  </section>
103549  </div>
103550  </div>
103551  </div></li>
103552  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/project-echo-news.html">News</
    …   a></li>
103553  <li class="primary-nav-item"><a
    …   href="/education-training/global-outreach/project-echo/events.html">Project ECHO -
    …   Calendar of Events</a></li>
103554  </ul>
103555  </nav>
103556  </div>
103557  </section>
103558  </div>
103559  </div>
103560  </div></li>
103561  </ul>
103562  </nav>
103563  </div>
103564  </section>
103565  </div>
103566  </div>
103567  </div></li>
103568  <li class="primary-nav-item has-subnav"><a
    …   href="/education-training/education-resources.html">Education Resources</a>
103569  <div class="subnav-mask">
103570  <div class="subnav-wrapper">
103571  <div class="subnav col10 pad">
```

```
103572 <section class="nested">
103573 <div class="col4 main-column">
103574 <nav class="secondary">
103575 <ul>
103576 <li class="mobile-nav-back"><a href="/education-training/education-resources.html"
     … aria-label="Back to Education Resources">Education Resources</a></li>
103577 <li class="primary-nav-item">
103578 <a href="/education-training/education-resources.html" aria-label="Education
     … Resources Home">Education Resources Home</a></li>
103579 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/about-houston.html">About
     … Houston</a></li>
103580 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/why-train-at-md-anderson.html">Why
     … Train at MD Anderson</a></li>
103581 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/academic-visa-administration-trainee.
     … html">Academic &amp; Visa Administration-Trainee</a></li>
103582 <li class="primary-nav-item has-subnav"><a
     … href="/education-training/education-resources/ut-television.html">UT Television</a>
103583 <div class="subnav-mask">
103584 <div class="subnav-wrapper">
103585 <div class="subnav col10 pad">
103586 <section class="nested">
103587 <div class="col4 main-column">
103588 <nav class="secondary">
103589 <ul>
103590 <li class="mobile-nav-back"><a
     … href="/education-training/education-resources/ut-television.html" aria-label="Back to
     … UT Television">UT Television</a></li>
103591 <li class="primary-nav-item">
103592 <a href="/education-training/education-resources/ut-television.html" aria-label="UT
     … Television Home">UT Television Home</a></li>
103593 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/ut-television/why-choose-video.html">
     … Why Choose Video</a></li>
103594 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/ut-television/how-much-does-it-cost.
     … html">Cost</a></li>
103595 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/ut-television/service-request.html">
     … Service Request</a></li>
103596 <li class="primary-nav-item"><a
     … href="/education-training/education-resources/ut-television/accolades.html">Accolades
     … </a></li>
103597 </ul>
103598 </nav>
103599 </div>
103600 </section>
103601 </div>
103602 </div>
103603 </div></li>
103604 <li class="primary-nav-item has-subnav"><a
     … href="/education-training/education-resources/faculty-academic-development.html">
     … Faculty and Academic Development</a>
103605 <div class="subnav-mask">
103606 <div class="subnav-wrapper">
103607 <div class="subnav col10 pad">
103608 <section class="nested">
103609 <div class="col4 main-column">
103610 <nav class="secondary">
103611 <ul>
103612 <li class="mobile-nav-back"><a
     … href="/education-training/education-resources/faculty-academic-development.html"
     … aria-label="Back to Faculty and Academic Development">Faculty and Academic
     … Development</a></li>
103613 <li class="primary-nav-item">
103614 <a href="/education-training/education-resources/faculty-academic-development.html"
```

```
103614… aria-label="Faculty and Academic Development Home">Faculty and Academic Development
     …  Home</a></li>
103615 <li class="primary-nav-item"><a
     …  href="/education-training/education-resources/faculty-academic-development/leadership
     …  .html">Leadership Development</a></li>
103616 <li class="primary-nav-item"><a
     …  href="/education-training/education-resources/faculty-academic-development/
     …  professional-career-development.html">Professional &amp; Career Development</a></li>
103617 <li class="primary-nav-item"><a
     …  href="/education-training/education-resources/faculty-academic-development/faculty-
     …  educator-of-the-month.html">Faculty Educator of the Month</a></li>
103618 </ul>
103619 </nav>
103620 </div>
103621 </section>
103622 </div>
103623 </div>
103624 </div></li>
103625 <li class="primary-nav-item"><a
     …  href="/education-training/education-resources/simulation-center.html">Simulation
     …  Center</a></li>
103626 </ul>
103627 </nav>
103628 </div>
103629 </section>
103630 </div>
103631 </div>
103632 </div></li>
103633 <li class="primary-nav-item has-subnav"><a
     …  href="/education-training/alumni.html">Alumni</a>
103634 <div class="subnav-mask">
103635 <div class="subnav-wrapper">
103636 <div class="subnav col10 pad">
103637 <section class="nested">
103638 <div class="col4 main-column">
103639 <nav class="secondary">
103640 <ul>
103641 <li class="mobile-nav-back"><a href="/education-training/alumni.html"
     …  aria-label="Back to Alumni">Alumni</a></li>
103642 <li class="primary-nav-item">
103643 <a href="/education-training/alumni.html" aria-label="Alumni Home">Alumni
     …  Home</a></li>
103644 <li class="primary-nav-item"><a
     …  href="/education-training/alumni/giving-to-education-fund.html">Giving to the
     …  Education Fund</a></li>
103645 <li class="primary-nav-item"><a
     …  href="/education-training/alumni/activities.html">Activities</a></li>
103646 </ul>
103647 </nav>
103648 </div>
103649 </section>
103650 </div>
103651 </div>
103652 </div></li>
103653 </ul>
103654 </li>
103655 </ul>
103656 </div>
103657 </div>
103658 </nav>
103659 </div>
103660 <div id="alert-url-data" class="hidden"
     …  data-alert-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.nocache.html
     …  "
     …  data-alert-device-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.
     …  mobile-nocache.html"></div>
103661 <!--/* data-sly-unwrap */ -->
103662 <div class="nav-content">
```

```
103663 <div></div>
103664 <a id="nav-logo" class="logo" href="https://www.mdanderson.org" target="_self"> <img
    … src="/etc/designs/mda/mda-web/xmda-logo.png.pagespeed.ic.wI3LdrsTIB.png" alt="The
    University of Texas MD Anderson Cancer Center">
103665 </a>
103666 <div id="utilities-nav">
103667 <ul class="utilities-list">
103668 <li class="mda-hide-md"><a class="my-mda" href="//my.mdanderson.org/members/"
    … aria-label=" Opens a new window" target="_blank">
103669 <div class="spacer">
103670 <span>my</span>MDAnderson
103671 </div>
103672 </a></li>
103673 <li> <a class="directions"
    … href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
    … target="_self">
103674 <div class="spacer">
103675 <i class="mdicon-pin"></i> <span>Locations</span>
103676 </div>
103677 </a></li>
103678 <li>
103679 <a class="call" href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
    … target="_self">
103680 <div class="spacer">
103681 <i class="mda-icon-contact_us_fill"></i><span>Contact Us</span>
103682 </div>
103683 </a>
103684 </li>
103685 <li class="dropdown"><a href="#" class="topnav-sublist-toggle">
103686 <div class="spacer">
103687 <i class="mdicon-gear"></i><span>Languages</span>
103688 </div>
103689 </a>
103690 <div class="topnav-sublist-mask">
103691 <ul class="topnav-sublist">
103692 <li class="topnav-list-item grouped" data-group="Settings"><a
    … href="/patients-family.html" target="_self">English</a>
103693 </li>
103694 <li class="topnav-list-item grouped" data-group="Settings"><a
    … href="http://www.mdanderson.org/languages/spanish/index.html" aria-label=" Opens a
    … new window" target="_blank">Spanish</a>
103695 </li>
103696 <li class="topnav-list-item grouped" data-group="Settings"><a
    … href="http://www.mdanderson.org/languages/arabic/index.html" aria-label=" Opens a new
    … window" target="_blank">Arabic</a>
103697 </li>
103698 <li class="topnav-list-item grouped" data-group="Settings"><a
    … href="http://www.mdanderson.org/languages/chinese/index.html" aria-label=" Opens a
    … new window" target="_blank">Chinese</a>
103699 </li>
103700 <li class="topnav-list-item grouped" data-group="Settings"><a
    … href="http://www.mdanderson.org/languages/turkish/index.html" aria-label=" Opens a
    … new window" target="_blank">Turkish</a>
103701 </li>
103702 </ul>
103703 </div></li>
103704 </ul>
103705 <div id="nav-search" class="search-wrapper"
    … data-searchresultspageurl="/patients-family/search-results.html?q="
    … data-predictiveurl="/suggest?max=4&amp;site=mda_aem_prod&amp;access=access&amp;format
    … =rich&amp;client=mda_aem_fe&amp;q=" data-predictivetype="site">
103706 <form name="nav-search" id="nav-search-form" class="search-form">
103707 <i class="search-icon mda-icon-search"></i>
103708 <input type="text" class="search-field" size="1" placeholder="Search">
103709 <input type="submit" value="Go" class="form-search-submit mda-btn">
103710 </form>
103711 <ul class="search-results" role="listbox"></ul>
103712 <div class="search-options">
```

```
103713  <div class="search-clear"><a id="nav-search-clear" class=" " href="#">Clear</a></div>
103714  </div>
103715  </div>
103716  <a href="#" id="nav-search-toggle" aria-label="close search">
103717  <span>close</span><i class="fa fa-2x mda-icon-X"></i>
103718  </a>
103719  <div id="give-now-btn" class="cta-wrapper cta-block-wrapper">
103720  <a
    …  href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&amp
    …  ;utm_source=hp_button&amp;utm_medium=website&amp;utm_campaign=HP_Button&amp;_ga=1.
    …  194667566.2041408923.1441219785" class="cta cta-block" aria-label=" Opens a new
    …  window" target="_blank"> Give Now </a>
103721  </div>
103722  </div>
103723  <script>var
    …  generalPredictiveSearchUrl="\/suggest?max=4\x26site=mda_aem_stage\x26access=access\
    …  x26format=rich\x26client=mda_aem_fe\x26q=";var
    …  searchResultsPageUrl="\/patients\-family\/search\-results.html?q=";var
    …  searchResultClickAnalyticsUrl="\/click?site=mda_aem_prod\x26ct=c\x26s=0";</script>
103724  <a id="mobile-menu-toggle" aria-label="open menu" role="button" href="#">
103725  <div class="mobile-menu-container">
103726  <i class="fa mda-icon-menu fa-2x"></i>
103727  <span class="menu-title">MENU</span>
103728  </div>
103729  </a>
103730  <div id="primary-nav-wrapper">
103731  <nav id="primary-nav">
103732  <div class="primary-nav-item has-subnav">
103733  <a href="https://www.mdanderson.org/patients-family.html"><span>Patients &amp;
    …  Family</span></a>
103734  <div class="subnav-wrapper">
103735  <div class="subnav">
103736  <div class="subnav-section">
103737  <div class="subnav-subsection">
103738  <a href="/patients-family/becoming-our-patient.html">Becoming Our Patient</a>
103739  <ul>
103740  <li><a href="/patients-family/becoming-our-patient/why-md-anderson.html">Why MD
    …  Anderson</a></li>
103741  <li><a href="/patients-family/becoming-our-patient/planning-for-care.html">Planning
    …  for Care</a></li>
103742  <li><a
    …  href="/patients-family/becoming-our-patient/getting-to-md-anderson.html">Getting to
    …  MD Anderson</a></li>
103743  <li><a href="/patients-family/becoming-our-patient/while-youre-here.html">While
    …  You&#39;re Here</a></li>
103744  <li><a
    …  href="/patients-family/becoming-our-patient/international-center.html">International
    …  Center</a></li>
103745  <li><a href="/patients-family/becoming-our-patient/services-amenities.html">Services
    …  and Amenities</a></li>
103746  </ul>
103747  </div>
103748  </div>
103749  <div class="subnav-section">
103750  <div class="subnav-subsection">
103751  <a href="/patients-family/diagnosis-treatment.html">Diagnosis &amp; Treatment</a>
103752  <ul>
103753  <li><a href="/patients-family/diagnosis-treatment/a-new-diagnosis.html">A New
    …  Diagnosis</a></li>
103754  <li><a href="/cancer-types.html">Cancer Types</a></li>
103755  <li><a href="/treatment-options.html">Treatment Options</a></li>
103756  <li><a
    …  href="/patients-family/diagnosis-treatment/emotional-physical-effects.html">Emotional
    …  &amp; Physical Effects</a></li>
103757  <li><a href="/patients-family/diagnosis-treatment/patient-support.html">Patient
    …  Support</a></li>
103758  <li><a href="/patients-family/diagnosis-treatment/clinical-trials.html">Clinical
    …  Trials</a></li>
```

```
103759  <li><a href="/patients-family/diagnosis-treatment/care-centers-clinics.html">Care
        Centers &amp; Clinics</a></li>
103760  </ul>
103761  </div>
103762  </div>
103763  <div class="subnav-section">
103764  <div class="subnav-subsection">
103765  <a href="/patients-family/supporting-a-loved-one.html">Supporting a Loved One</a>
103766  <ul>
103767  <li><a
    …   href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html">
        Caregiver Roles &amp; Challenges</a></li>
103768  <li><a
    …   href="/patients-family/supporting-a-loved-one/supporting-children-teens.html">
        Children and Teens</a></li>
103769  <li><a
    …   href="/patients-family/supporting-a-loved-one/taking-care-of-yourself.html">Taking
    …   Care of Yourself</a></li>
103770  <li><a href="/patients-family/supporting-a-loved-one/dealing-with-loss.html">Dealing
        with Loss</a></li>
103771  </ul>
103772  </div>
103773  </div>
103774  <div class="subnav-section">
103775  <div class="subnav-subsection">
103776  <a href="/patients-family/life-after-cancer.html">Life After Cancer</a>
103777  <ul>
103778  <li><a href="/patients-family/life-after-cancer/legal-financial-impacts.html">Legal
        &amp; Financial Impacts of Cancer</a></li>
103779  <li><a href="/patients-family/life-after-cancer/social-emotional-impacts.html">Social
        &amp; Emotional Impacts of Cancer</a></li>
103780  <li><a href="/patients-family/life-after-cancer/followup-care.html">Follow-up
    …   Care</a></li>
103781  <li><a href="/patients-family/life-after-cancer/long-term-effects.html">Long-Term
        Effects of Cancer</a></li>
103782  <li><a href="/patients-family/life-after-cancer/survivorship-week.html">Survivorship
        Week</a></li>
103783  </ul>
103784  </div>
103785  </div>
103786  <div class="subnav-section promo">
103787  <div class="subnav-subsection">
103788  <div>
103789  <div class="promo-item icon">
103790  <a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …   care/prepare-for-your-first-visit.html" aria-label="Link to information about your
    …   first visit." id="en_siteheader_content_mda_en" target="_self">
103791  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
103792  <source
    …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
    …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 2x,
    …   /content/dam/mdanderson/images/diseases/prostate-cancer/
    …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 1x" media="(min-width:
    …   993px)"/>
103793  <source
    …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
    …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg" media="(min-width:
    …   753px)"/>
103794  <!--[if IE 9]></video><![endif]-->
103795  <img
    …   srcset="/content/dam/mdanderson/images/diseases/prostate-cancer/
    …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg
    …   2x,/content/dam/mdanderson/images/diseases/prostate-cancer/
    …   rccPhotos_220_Papadopoulos_102120.jpg.resize.216.122.high.jpg 1x" alt=""
    …   src="/content/dam/mdanderson/images/diseases/prostate-cancer/
    …   xrccPhotos_220_Papadopoulos_102120.jpg.resize.jpg.pagespeed.ic.aERZcZONxG.webp">
103796  </picture>
```

```
103797  <p class="title">
103798  <span>Your First Appointment</span> 
103799  <i class="mdicon-arrow"></i>
103800  </p>
103801  <p class="description">We&#39;ve created a list to make it easier for our patients to
    …   prepare for their first visit.</p>
103802  </a>
103803  </div>
103804  </div>
103805  </div>
103806  </div>
103807  </div>
103808  </div>
103809  </div>
103810  <div class="primary-nav-item has-subnav">
103811  <a href="https://www.mdanderson.org/prevention-screening.html"><span>Prevention &amp;
    …   Screening</span></a>
103812  <div class="subnav-wrapper">
103813  <div class="subnav">
103814  <div class="subnav-section">
103815  <div class="subnav-subsection">
103816  <a href="/prevention-screening/manage-your-risk.html">Manage Your Risk</a>
103817  <ul>
103818  <li><a href="/prevention-screening/manage-your-risk/smoking-tobacco.html">Smoking
    …   &amp; Tobacco</a></li>
103819  <li><a href="/prevention-screening/manage-your-risk/diet.html">Diet</a></li>
103820  <li><a href="/prevention-screening/manage-your-risk/physical-activity.html">Physical
    …   Activity</a></li>
103821  <li><a href="/prevention-screening/manage-your-risk/skin-safety.html">Skin
    …   Safety</a></li>
103822  <li><a href="/prevention-screening/manage-your-risk/hpv.html">HPV</a></li>
103823  </ul>
103824  </div>
103825  </div>
103826  <div class="subnav-section">
103827  <div class="subnav-subsection">
103828  <a href="/prevention-screening/family-history.html">Family History</a>
103829  <ul>
103830  <li><a href="/prevention-screening/family-history/genetic-testing.html">Genetic
    …   Testing</a></li>
103831  <li><a
    …   href="/prevention-screening/family-history/hereditary-cancer-syndromes.html">
    …   Hereditary Cancer Syndromes</a></li>
103832  </ul>
103833  </div>
103834  </div>
103835  <div class="subnav-section">
103836  <div class="subnav-subsection">
103837  <a href="/prevention-screening/get-screened.html">Get Screened</a>
103838  <ul>
103839  <li><a href="/prevention-screening/get-screened/breast-cancer-screening.html">Breast
    …   Cancer Screening</a></li>
103840  <li><a
    …   href="/prevention-screening/get-screened/cervical-cancer-screening.html">Cervical
    …   Cancer Screening</a></li>
103841  <li><a
    …   href="/prevention-screening/get-screened/colorectal-cancer-screening.html">Colorectal
    …   Cancer Screening Exams</a></li>
103842  <li><a
    …   href="/prevention-screening/get-screened/endometrial-cancer-screening.html">
    …   Endometrial Cancer Screening Exams</a></li>
103843  <li><a href="/prevention-screening/get-screened/liver-cancer-screening.html">Liver
    …   Cancer Screening Exams</a></li>
103844  <li><a href="/prevention-screening/get-screened/lung-cancer-screening.html">Lung
    …   Cancer Screening Exams</a></li>
103845  <li><a href="/prevention-screening/get-screened/mobile-mammography.html">Mobile
    …   Mammography</a></li>
103846  <li><a
```

```
103846… href="/prevention-screening/get-screened/ovarian-cancer-screening.html">Ovarian
…      Cancer Screening Exams</a></li>
103847  <li><a
…      href="/prevention-screening/get-screened/prostate-cancer-screening.html">Prostate
…      Cancer Screening Exams</a></li>
103848  <li><a href="/prevention-screening/get-screened/skin-cancer-screening.html">Skin
…      Cancer Screening Exams</a></li>
103849  <li><a
…      href="/prevention-screening/get-screened/women-screening-exams.html">Women&#39;s
…      Screening Exams</a></li>
103850  <li><a href="/prevention-screening/get-screened/men-screening-exams.html">Men&#39;s
…      Screening Exams</a></li>
103851  </ul>
103852  </div>
103853  </div>
103854  <div class="subnav-section promo">
103855  <div class="subnav-subsection">
103856  <div>
103857  <div class="promo-item icon">
103858  <a href="https://www.mdanderson.org/publications/focused-on-health.html"
…      aria-label="link to Focused on Health publication" id="en_siteheader_content_mda_en"
…      target="_self">
103859  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
103860  <source
…      srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 2x,
…      /content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 1x" media="(min-width: 993px)"/>
103861  <source
…      srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg" media="(min-width: 753px)"/>
103862  <!--[if IE 9]></video><![endif]-->
103863  <img
…      srcset="/content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg
…      2x,/content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.216.122.high.jpg 1x" alt=""
…      src="/content/dam/mdanderson/images/publications/focused-on-health/2016/
…      iStock_84265399_XLARGE.jpg.resize.jpg">
103864  </picture>
103865  <p class="title">
103866  <span>Focused on Health</span> 
103867  <i class="mdicon-arrow"></i>
103868  </p>
103869  <p class="description">Focused on Health provides information on making healthy
…      lifestyle choices to reduce your risk for cancer.</p>
103870  </a>
103871  </div>
103872  </div>
103873  </div>
103874  </div>
103875  </div>
103876  </div>
103877  </div>
103878  <div class="primary-nav-item has-subnav">
103879  <a href="https://www.mdanderson.org/donors-volunteers.html"><span>Donors &amp;
…      Volunteers</span></a>
103880  <div class="subnav-wrapper">
103881  <div class="subnav">
103882  <div class="subnav-section">
103883  <div class="subnav-subsection">
103884  <a href="/donors-volunteers/donate.html">Donate</a>
103885  <ul>
103886  <li><a href="/donors-volunteers/donate/raise-money.html">Raise Money</a></li>
103887  <li><a href="/donors-volunteers/donate/honor-loved-ones.html">Honor Loved
…      Ones</a></li>
103888  <li><a href="/donors-volunteers/donate/planned-giving.html">Create Your
…      Legacy</a></li>
```

```
103889  <li><a href="/donors-volunteers/donate/endowments.html">Endowments</a></li>
103890  </ul>
103891  </div>
103892  </div>
103893  <div class="subnav-section">
103894  <div class="subnav-subsection">
103895  <a href="/donors-volunteers/volunteer.html">Volunteer</a>
103896  <ul>
103897  <li><a href="/donors-volunteers/volunteer/why-volunteer.html">Why Volunteer</a></li>
103898  <li><a href="/donors-volunteers/volunteer/how-to-get-involved.html">How to Get
   …    Involved</a></li>
103899  <li><a href="/donors-volunteers/volunteer/volunteer-application.html">Volunteer
   …    Application</a></li>
103900  <li><a href="/donors-volunteers/volunteer/endowments.html">Volunteer
   …    Endowment</a></li>
103901  </ul>
103902  </div>
103903  </div>
103904  <div class="subnav-section">
103905  <div class="subnav-subsection">
103906  <a href="/donors-volunteers/other-ways-to-help.html">Other Ways to Help</a>
103907  <ul>
103908  <li><a href="/donors-volunteers/other-ways-to-help/give-blood.html">Give
   …    Blood</a></li>
103909  <li><a
   …    href="/donors-volunteers/other-ways-to-help/childrens-art-project.html">Children&#39;
   …    s Art Project</a></li>
103910  <li><a
   …    href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html">Donate
   …    Goods or Services</a></li>
103911  <li><a href="/donors-volunteers/other-ways-to-help/attend-events.html">Attend
   …    Events</a></li>
103912  <li><a href="/donors-volunteers/other-ways-to-help/cord-blood-bank.html">Cord Blood
   …    Bank</a></li>
103913  </ul>
103914  </div>
103915  </div>
103916  <div class="subnav-section">
103917  <div class="subnav-subsection">
103918  <a href="/donors-volunteers/corporate-alliances.html">Corporate Alliances</a>
103919  <ul>
103920  <li><a href="/donors-volunteers/corporate-alliances/current-alliances.html">Current
   …    Alliances</a></li>
103921  </ul>
103922  </div>
103923  </div>
103924  <div class="subnav-section promo">
103925  <div class="subnav-subsection">
103926  <div class="promo-item icon">
103927  <div class="promo-item icon">
103928  <a
   …    href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&
   …    utm_source=navi_button&utm_medium=website&utm_campaign=Navi_Button&_ga=1.194667566.
   …    2041408923.1441219785" aria-label="link to donation form"
   …    id="en_siteheader_https_gifts_mda" target="_self">
103929  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
103930  <source
   …    srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
   …    216.122.high.jpg 2x,
   …    /content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.216.122.
   …    high.jpg 1x" media="(min-width: 993px)"/>
103931  <source
   …    srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
   …    216.122.high.jpg" media="(min-width: 753px)"/>
103932  <!--[if IE 9]></video><![endif]-->
103933  <img
   …    srcset="/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.
   …    216.122.high.jpg
```

```
103933... 2x,/content/dam/mdanderson/images/survivor-images/nicholasHernandez.jpg.resize.216.
...        122.high.jpg 1x" alt=""
...        src="/content/dam/mdanderson/images/survivor-images/xnicholasHernandez.jpg.resize.jpg
...        .pagespeed.ic.k9w-wBG6T9.webp">
103934    </picture>
103935    <p class="title">
103936    <span>Honor Someone Special</span> 
103937    <i class="mdicon-arrow"></i>
103938    </p>
103939    <p class="description">Donate in honor or memory of someone special and help
...        celebrate their legacy.</p>
103940    </a>
103941    </div>
103942    </div>
103943    </div>
103944    </div>
103945    </div>
103946    </div>
103947    </div>
103948    <div class="primary-nav-item has-subnav">
103949    <a href="https://www.mdanderson.org/for-physicians.html"><span>For
...        Physicians</span></a>
103950    <div class="subnav-wrapper">
103951    <div class="subnav">
103952    <div class="subnav-section">
103953    <div class="subnav-subsection">
103954    <a href="/for-physicians/refer-a-patient.html">Refer a Patient</a>
103955    <ul>
103956    <li><a
...        href="/for-physicians/refer-a-patient/mymdanderson-for-physicians.html">myMDAnderson
...        for Physicians</a></li>
103957    <li><a href="/for-physicians/refer-a-patient/insurance-information.html">Insurance
...        Information</a></li>
103958    <li><a
...        href="/for-physicians/refer-a-patient/international-referrals.html">International
...        Referrals</a></li>
103959    <li><a href="/for-physicians/refer-a-patient/physician-access-center.html">Physician
...        Access Center</a></li>
103960    <li><a href="/for-physicians/refer-a-patient/second-opinion-pathology.html">Second
...        Opinion Pathology</a></li>
103961    </ul>
103962    </div>
103963    </div>
103964    <div class="subnav-section">
103965    <div class="subnav-subsection">
103966    <a href="/for-physicians/clinical-trials.html">Clinical Trials</a>
103967    <ul>
103968    </ul>
103969    </div>
103970    </div>
103971    <div class="subnav-section">
103972    <div class="subnav-subsection">
103973    <a href="/for-physicians/connect-with-us.html">Connect with Us</a>
103974    <ul>
103975    <li><a href="/for-physicians/connect-with-us/physician-advisory-board.html">Physician
...        Advisory Board</a></li>
103976    <li><a href="/for-physicians/connect-with-us/physician-liaisons.html">Physician
...        Liaison Program</a></li>
103977    </ul>
103978    </div>
103979    </div>
103980    <div class="subnav-section">
103981    <div class="subnav-subsection">
103982    <a href="/for-physicians/clinical-tools-resources.html">Clinical Tools &amp;
...        Resources</a>
103983    <ul>
103984    <li><a
...        href="/for-physicians/clinical-tools-resources/clinical-calculators.html">Clinical
```

```
103984… Calculators</a></li>
103985 <li><a
    … href="/for-physicians/clinical-tools-resources/clinical-practice-algorithms.html">
    … Clinical Practice Algorithms </a></li>
103986 </ul>
103987 </div>
103988 </div>
103989 <div class="subnav-section">
103990 <div class="subnav-subsection">
103991 <a href="/for-physicians/physicians-network.html">Physicians Network</a>
103992 <ul>
103993 <li><a href="/for-physicians/physicians-network/products.html">Products</a></li>
103994 <li><a href="/for-physicians/physicians-network/leadership.html">Leadership</a></li>
103995 <li><a href="/for-physicians/physicians-network/employer-contracts.html">Employer
    … Contracts</a></li>
103996 <li><a href="/for-physicians/physicians-network/network-providers.html">Network
    … Providers</a></li>
103997 <li><a href="/for-physicians/physicians-network/education.html">Education</a></li>
103998 <li><a href="/for-physicians/physicians-network/for-professionals.html">For
    … Professionals</a></li>
103999 <li><a href="/for-physicians/physicians-network/prospective-members.html">Prospective
    … Members</a></li>
104000 <li><a href="/for-physicians/physicians-network/for-patients.html">For
    … Patients</a></li>
104001 <li><a
    … href="/for-physicians/physicians-network/peer-to-peer-consultation.html">Physicians
    … Peer-to-Peer Consultation Program</a></li>
104002 </ul>
104003 </div>
104004 </div>
104005 <div class="subnav-section promo">
104006 <div class="subnav-subsection">
104007 <div>
104008 <div class="promo-item icon">
104009 <a href="https://www.mdanderson.org/publications/oncolog.html" aria-label="link to
    … OncoLog publication page" id="en_siteheader_content_mda_en" target="_self">
104010 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
104011 <source
    … srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … Allison_Sharma_lab.jpg.resize.216.122.high.jpg 2x,
    … /content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … Allison_Sharma_lab.jpg.resize.216.122.high.jpg 1x" media="(min-width: 993px)"/>
104012 <source
    … srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … Allison_Sharma_lab.jpg.resize.216.122.high.jpg" media="(min-width: 753px)"/>
104013 <!--[if IE 9]></video><![endif]-->
104014 <img
    … srcset="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … Allison_Sharma_lab.jpg.resize.216.122.high.jpg
    … 2x,/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … Allison_Sharma_lab.jpg.resize.216.122.high.jpg 1x" alt=""
    … src="/content/dam/mdanderson/images/publications/redline/Redline2016/July2016/
    … xAllison_Sharma_lab.jpg.resize.jpg.pagespeed.ic.VBCrr0k3sN.webp">
104015 </picture>
104016 <p class="title">
104017 <span>OncoLog</span> 
104018 <i class="mdicon-arrow"></i>
104019 </p>
104020 <p class="description">Read MD Anderson&#39;s report to physicians about the latest
    … advances in cancer care and research.</p>
104021 </a>
104022 </div>
104023 </div>
104024 </div>
104025 </div>
104026 </div>
104027 </div>
104028 </div>
```

```
104029 <div class="primary-nav-item has-subnav">
104030 <a href="https://www.mdanderson.org/research.html"><span>Research</span></a>
104031 <div class="subnav-wrapper">
104032 <div class="subnav">
104033 <div class="subnav-section">
104034 <div class="subnav-subsection">
104035 <a href="/research/departments-labs-institutes.html">Departments, Labs and
  ⋯   Institutes</a>
104036 <ul>
104037 <li><a
  ⋯   href="/research/departments-labs-institutes/departments-divisions.html">Departments
  ⋯   and Divisions</a></li>
104038 <li><a href="/research/departments-labs-institutes/labs.html">Labs</a></li>
104039 <li><a href="/research/departments-labs-institutes/programs-centers.html">Research
  ⋯   Centers and Programs</a></li>
104040 <li><a
  ⋯   href="/research/departments-labs-institutes/institutes.html">Institutes</a></li>
104041 <li><a href="/research/departments-labs-institutes/spores.html">Specialized Programs
  ⋯   of Research Excellence (SPORE) Grants</a></li>
104042 </ul>
104043 </div>
104044 </div>
104045 <div class="subnav-section">
104046 <div class="subnav-subsection">
104047 <a href="/research/research-areas.html">Research Areas</a>
104048 <ul>
104049 <li><a href="/research/research-areas/basic-science.html">Basic Science</a></li>
104050 <li><a href="/research/research-areas/clinical-research.html">Clinical
  ⋯   Research</a></li>
104051 <li><a
  ⋯   href="/research/research-areas/prevention-personalized-risk-assessment.html">
  ⋯   Prevention &amp; Personalized Risk Assessment </a></li>
104052 <li><a href="/research/research-areas/translational-research.html">Translational
  ⋯   Research</a></li>
104053 <li><a href="/research/research-areas/sponsored-research.html">Office of Sponsored
  ⋯   Programs</a></li>
104054 </ul>
104055 </div>
104056 </div>
104057 <div class="subnav-section">
104058 <div class="subnav-subsection">
104059 <a href="/research/research-resources.html">Research Resources</a>
104060 <ul>
104061 <li><a href="/research/research-resources/core-facilities.html">Core Facilities and
  ⋯   Services</a></li>
104062 <li><a href="/research/research-resources/scientific-publications.html">Scientific
  ⋯   Publications</a></li>
104063 </ul>
104064 </div>
104065 </div>
104066 <div class="subnav-section promo">
104067 <div class="subnav-subsection">
104068 <div>
104069 <div class="promo-item icon">
104070 <a
  ⋯   href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
  ⋯   html" aria-label="Link to moon shots website" id="en_siteheader_content_mda_en"
  ⋯   target="_self">
104071 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
104072 <source
  ⋯   srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
  ⋯   CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 2x,
  ⋯   /content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
  ⋯   CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 1x" media="(min-width:
  ⋯   993px)"/>
104073 <source
  ⋯   srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
  ⋯   CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg" media="(min-width:
```

```
104073…  753px)
104074  <!--[if IE 9]></video><![endif]-->
104075  <img
    …   srcset="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …   CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg
    …   2x,/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …   CancerMoonshot_Summit_1347_master.JPG.resize.216.122.high.jpg 1x" alt=""
    …   src="/content/dam/mdanderson/images/Programs/Moon%20Shots%20Program/
    …   CancerMoonshot_Summit_1347_master.JPG.resize.jpg">
104076  </picture>
104077  <p class="title">
104078  <span>Moon Shots Program</span> 
104079  <i class="mdicon-arrow"></i>
104080  </p>
104081  <p class="description">Learn about MD Anderson&#39;s ambitious plan to accelerate the
    …   end of cancer.</p>
104082  </a>
104083  </div>
104084  </div>
104085  </div>
104086  </div>
104087  </div>
104088  </div>
104089  </div>
104090  <div class="primary-nav-item has-subnav">
104091  <a href="https://www.mdanderson.org/education-training.html"><span>Education &amp;
    …   Training</span></a>
104092  <div class="subnav-wrapper">
104093  <div class="subnav">
104094  <div class="subnav-section">
104095  <div class="subnav-subsection">
104096  <a href="/education-training/degrees-programs.html">Degrees &amp; Programs</a>
104097  <ul>
104098  <li><a
    …   href="/education-training/degrees-programs/school-of-health-professions.html">School
    …   of Health Professions</a></li>
104099  <li><a
    …   href="/education-training/degrees-programs/graduate-school-of-biomedical-sciences.
    …   html">Graduate School of Biomedical Sciences</a></li>
104100  <li><a
    …   href="/education-training/degrees-programs/summer-research-programs.html">Summer
    …   Research Programs</a></li>
104101  </ul>
104102  </div>
104103  </div>
104104  <div class="subnav-section">
104105  <div class="subnav-subsection">
104106  <a href="/education-training/clinical-research-training.html">Clinical &amp; Research
    …   Training</a>
104107  <ul>
104108  <li><a
    …   href="/education-training/clinical-research-training/graduate-medical-education.html"
    …   >Graduate Medical Education</a></li>
104109  <li><a
    …   href="/education-training/clinical-research-training/clinical-education-for-non-
    …   physicians.html">Clinical Education for Non-Physicians</a></li>
104110  <li><a
    …   href="/education-training/clinical-research-training/postdoctoral-training.html">
    …   Postdoctoral Training</a></li>
104111  </ul>
104112  </div>
104113  </div>
104114  <div class="subnav-section">
104115  <div class="subnav-subsection">
104116  <a href="/education-training/professional-education.html">Professional Education</a>
104117  <ul>
104118  <li><a
    …   href="/education-training/professional-education/cme-conference-management.html">CME/
```

```
104118… Conference Management</a></li>
104119 <li><a
    … href="/education-training/professional-education/observer-programs.html">Observer
    … Programs</a></li>
104120 <li><a
    … href="/education-training/professional-education/professional-oncology-education.html
    … ">Professional Oncology Education</a></li>
104121 <li><a href="/education-training/professional-education/i-care.html">I*CARE
    … (Communication Skills Education)</a></li>
104122 <li><a
    … href="/education-training/professional-education/tobacco-outreach-program.html">
    … Tobacco Outreach Education Program</a></li>
104123 <li><a
    … href="/education-training/professional-education/continuing-education-review-courses.
    … html">Continuing Education &amp; Review Courses </a></li>
104124 <li><a
    … href="/education-training/professional-education/office-of-career-entrepreneurship-
    … development.html">Office of Career &amp; Entrepreneurship Advancement</a></li>
104125 <li><a
    … href="/education-training/professional-education/comparative-effectiveness-research-
    … training.html">Comparative Effectiveness Training (CERTaIN)</a></li>
104126 </ul>
104127 </div>
104128 </div>
104129 <div class="subnav-section">
104130 <div class="subnav-subsection">
104131 <a href="/education-training/nursing-education.html">Nursing Education &amp;
    … Training</a>
104132 <ul>
104133 <li><a
    … href="/education-training/nursing-education/new-graduate-nurse-residency.html">
    … Graduate Nurse Residency Program</a></li>
104134 <li><a
    … href="/education-training/nursing-education/post-graduate-fellowship-in-oncology-
    … nursing.html">Post Graduate Fellowship in Oncology Nursing</a></li>
104135 <li><a
    … href="/education-training/nursing-education/professional-student-nurse-extern.html">
    … Professional Student Nurse Extern Programs</a></li>
104136 <li><a href="/education-training/nursing-education/academic-orientation.html">Nursing
    … Academic Online Orientation</a></li>
104137 <li><a href="/education-training/nursing-education/trainee-spotlights.html">Trainee
    … Spotlights</a></li>
104138 </ul>
104139 </div>
104140 </div>
104141 <div class="subnav-section">
104142 <div class="subnav-subsection">
104143 <a href="/education-training/global-outreach.html">Global Outreach</a>
104144 <ul>
104145 <li><a
    … href="/education-training/global-outreach/global-academic-programs.html">Global
    … Academic Programs </a></li>
104146 <li><a href="/education-training/global-outreach/project-echo.html">Project ECHO
    … </a></li>
104147 </ul>
104148 </div>
104149 </div>
104150 <div class="subnav-section">
104151 <div class="subnav-subsection">
104152 <a href="/education-training/education-resources.html">Education Resources</a>
104153 <ul>
104154 <li><a href="/education-training/education-resources/about-houston.html">About
    … Houston</a></li>
104155 <li><a
    … href="/education-training/education-resources/why-train-at-md-anderson.html">Why
    … Train at MD Anderson</a></li>
104156 <li><a
    … href="/education-training/education-resources/academic-visa-administration-trainee.
```

```
104156…    html">Academic &amp; Visa Administration Trainee</a></li>
104157     <li><a href="/education-training/education-resources/ut-television.html">UT
…          Television</a></li>
104158     <li><a
…          href="/education-training/education-resources/faculty-academic-development.html">
…          Faculty and Academic Development</a></li>
104159     <li><a
…          href="/education-training/education-resources/simulation-center.html">Simulation
…          Center</a></li>
104160     </ul>
104161     </div>
104162     </div>
104163     <div class="subnav-section">
104164     <div class="subnav-subsection">
104165     <a href="/education-training/alumni.html">Alumni</a>
104166     <ul>
104167     <li><a href="/education-training/alumni/giving-to-education-fund.html">Giving to the
…          Education Fund</a></li>
104168     <li><a href="/education-training/alumni/activities.html">Activities</a></li>
104169     </ul>
104170     </div>
104171     </div>
104172     </div>
104173     </div>
104174     </div>
104175     <div class="primary-nav-item">
104176     <a
…          href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
…          html" target="_self">
104177     <span>Moon Shots Program</span>
104178     </a>
104179     <div class="subnav-wrapper">
104180     <div class="subnav small-breakpoint">
104181     </div>
104182     </div>
104183     </div>
104184     </nav>
104185     </div>
104186     </div>
104187     </section>
104188     <div id="skip" class="page" tabindex="-1">
104189     <!--googleon: all-->
104190     <div class="content sidebar-parent">
104191     <section class="bleed-full">
104192     <div class="module m-bleed">
104193     <div class="static-hero small-image-hero ">
104194     <div data-heropicture data-alt="alt" style="height: 100%;">
104195     <div data-src="background-image:
…          url(/content/mda/en/patients-family/diagnosis-treatment/cancer-types/colon-cancer/jcr
…          :content/heroparsys/herocontent.resize.496.100.high.jpg/1451506909650.jpg);"
…          data-src-2x="background-image:
…          url(/content/mda/en/patients-family/diagnosis-treatment/cancer-types/colon-cancer/jcr
…          :content/heroparsys/herocontent.resize.992.200.high.jpg/1451506909650.jpg);"
…          data-media="(min-width: 1px)"></div>
104196     <!-- small -->
104197     <div data-src="background-image:
…          url(/content/mda/en/patients-family/diagnosis-treatment/cancer-types/colon-cancer/jcr
…          :content/heroparsys/herocontent.resize.1241.250.high.jpg/1451506909650.jpg);"
…          data-media="(min-width: 752px)"></div>
104198     <!-- medium -->
104199     <div data-src="background-image:
…          url(/content/mda/en/patients-family/diagnosis-treatment/cancer-types/colon-cancer/jcr
…          :content/heroparsys/herocontent.resize.1400.282.high.jpg/1451506909650.jpg);"
…          data-src-2x="background-image:
…          url(/content/mda/en/patients-family/diagnosis-treatment/cancer-types/colon-cancer/jcr
…          :content/heroparsys/herocontent.resize.2800.564.high.jpg/1451506909650.jpg);"
…          data-media="(min-width: 992px)"></div>
104200     <!-- Large -->
```

```
104201  <div class="hero-image fullwidth-image"></div>
104202  </div>
104203  <span>
104204  <div class="media-inner">
104205  <div class="media-body">
104206  <div class="media-body-text">
104207  </div>
104208  </div>
104209  </div>
104210  </span>
104211  </div>
104212  </div>
104213  </section>
104214  <!--googleoff: snippet-->
104215  <section class="appt-section bleed-full scroll-trans fade-in reveal"
    …   data-transition="fadeIn">
104216  <div class="module">
104217  <div class="appointment-bar">
104218  <div class="appointment-wrapper table">
104219  <div class="appointment-header cell-m m-pad middle">
104220  <a href="https://www4.mdanderson.org/contact/selfreferral/index.cfm"
    …   id="colon_cancer_appointmentbar_request_an_appo" target="_self">Request an
    …   Appointment
104221  </a>
104222  </div>
104223  <div class="text cell-l last m-pad middle">
104224  <p>Speak with a Health Information Specialist</p>
104225  <a class="action-main" href="tel:1%20877%20632%206789">Call
104226  1 877 632 6789</a>
104227  </div>
104228  </div>
104229  </div>
104230  </div>
104231  </section>
104232  <!--googleon: snippet-->
104233  <div class="col-content-single breadcrumb-wrapper">
104234  <div><!--googleoff: index-->
104235  <section class="bleed-bottom blog-breadcrumbs">
104236  <ul class="breadcrumbs clearfix">
104237  <div>
104238  <li><a href="https://www.mdanderson.org/patients-family/diagnosis-treatment.html"
    …   class="breadcrumb_arrow">Diagnosis &amp; Treatment</a></li>
104239  <li><a href="https://www.mdanderson.org/cancer-types.html"
    …   class="breadcrumb_arrow">Cancer Types</a></li>
104240  <li><h1 class="disease-temp">Colon Cancer</h1></li>
104241  </div>
104242  </ul>
104243  </section>
104244  <!--googleon: index--></div>
104245  </div>
104246  <section class="col-content-wrapper">
104247  <div class="col-sidebar">
104248  <div id="sidebar">
104249  <!--googleoff: all-->
104250  <div id="sidebar-nav">
104251  <a class="sidebar-back" href="https://www.mdanderson.org/cancer-types.html"><i
    …   class="fa fa-angle-left"></i>Back</a>
104252  <ul class="parent-level">
104253  <li class="parent-link"><a
    …   href="https://www.mdanderson.org/cancer-types/colon-cancer.html">Colon Cancer</a>
104254  <ul class="child-level">
104255  <li><a
    …   href="https://www.mdanderson.org/cancer-types/colon-cancer/colon-cancer-facts.html">
    …   Facts</a></li>
104256  <li><a
    …   href="https://www.mdanderson.org/cancer-types/colon-cancer/colon-cancer-symptoms.html
    …   ">Symptoms</a></li>
104257  <li><a
```

```
104257 href="https://www.mdanderson.org/cancer-types/colon-cancer/colon-cancer-diagnosis.
       html">Diagnosis</a></li>
104258 <li><a
       href="https://www.mdanderson.org/cancer-types/colon-cancer/colon-cancer-treatment.
       html">Treatment</a></li>
104259 </ul></li>
104260 </ul>
104261 </div>
104262 <!--googleon: all-->
104263 </div>
104264 </div>
104265 <div class="col-content">
104266 <section class="bleed-bottom">
104267 <div class="col-single">
104268 <div class="module m-bleed-bottom">
104269 <div class="headline">
104270 <p class="headline-content mda-hide-md">At MD Anderson's Colorectal Center, your
       treatment for colon cancer is
104271 personalized to provide the best outcomes, while focusing on your
104272 quality of life. We offer leading-edge treatments for colon cancer,
104273 including minimally invasive laparoscopic and robotic surgeries that
104274 provide successful treatment with less impact on you.</p>
104275 <p class="headline-content-mobile mda-show-md">At MD Anderson's Colorectal Center,
       your treatment for colon cancer is
104276 personalized to provide the best outcomes, while focusing on your
104277 quality of life. We offer leading-edge treatments for colon cancer,
104278 including minimally invasive laparoscopic and robotic surgeries that
104279 provide successful treatment with less impact on you.</p>
104280 </div>
104281 </div>
104282 </div>
104283 </section>
104284 <!-- ROW (2-COLUMN)-->
104285 <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104286 <div class="table  ">
104287 <div class="col-double cell-l    ">
104288 <div class="module">
104289 <div class="basic-content-media bcm-standalone-image adaptive">
104290 <div class="basic-content-media-wrapper">
104291 <div class="media-inner">
104292 <div class="media-image"
       data-imagepath="/content/mda/en/patients-family/diagnosis-treatment/cancer-types/
       colon-cancer/jcr:content/mainparsys/columns_3/column1/adaptiveimage"
       data-imagealt="colorectal center" data-suffix="/1450866339998.jpg"></div>
104293 </div>
104294 <div class="media-caption mda-hide-sm">Oncologist Bryan Kee, M.D., listens to one of
       his patients during an
104295 appointment. Our physicians encourage patients to take an active role in
104296 their treatment.</div>
104297 </div>
104298 </div>
104299 </div>
104300 </div>
104301 <div class="col-double last cell-r    last">
104302 <div class="module m-pad">
104303 <div class="stand-alone-quote">
104304 <div class="quote-icon">
104305 <i class="fa mda-icon-leftquote mda-2x"></i>
104306 </div>
104307 <p class="quote-text">Be in touch with your body. If something feels new or weird,
       please
104308 don't wait to see the doctor.
104309 </p>
104310 <span class="quote-author-info">
104311 <p class="quote-author-name">Annie Speck</p>
104312 <p class="quote-author-title">
104313 Survivor
104314 </p>
```

```
104315  </span>
104316  </div>
104317  </div>
104318  </div>
104319  </div>
104320  </section>
104321  <!-- /ROW -->
104322  <!-- ROW (1-COLUMN)-->
104323  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104324  <div class="col-single">
104325  <div class="rte-container basic-content">
104326  <h4>Specialized Colon Cancer Treatments</h4>
104327  <p>If chemotherapy is needed to treat colon cancer, <span class="nowrap">MD
    …   Anderson</span> offers the newest options. Our internationally renowned team of
    …   physicians directs your therapy for the most benefit, while minimizing the impact on
    …   your body.</p>
104328  <p>Sometimes radiation therapy is recommended as a part of treatment for colon
    …   cancer. Our colorectal radiation oncologists specialize in treating patients with
    …   colon cancer using advanced techniques that include proton therapy.</p>
104329  <p>MD Anderson has special expertise in advanced colon cancer that has metastasized
    …   (spread) to other parts of the body. We offer novel chemotherapy and targeted therapy
    …   options, as well as a dedicated surgery program.</p>
104330  <h4>Leading-Edge Advancements</h4>
104331  <p>Our advanced knowledge in cancer genetics can help diagnose and treat inherited
    …   family syndromes that may increase risk of colon cancer. This expertise also helps us
    …   work with you to plan the most effective treatment for your specific condition.</p>
104332  <p>As one of the world's largest cancer research centers, <span class="nowrap">MD
    …   Anderson</span> is a leading center for the investigation into new methods of colon
    …   cancer diagnosis and treatment. Each patient benefits from the most advanced
    …   research.<br>
104333  </p>
104334  </div>
104335  </div>
104336  </section>
104337  <!-- /ROW -->
104338  <!-- ROW (2-COLUMN)-->
104339  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104340  <div class="table  ">
104341  <div class="col-double cell-l   ">
104342  <div class="module">
104343  <div class="promo promo-simple promo-icon-blue promo-text-center">
104344  <div class="promo-icon icon-circle">
104345  <span class="fa-stack fa-3x"> <i class="fa mda-icon-care_centers_clinics mda-stack-1x
    …   mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    …   data-transition-delay="300"></i>
104346  </span>
104347  </div>
104348  <div class="promo-text">
104349  <h3 class="title minion-heading heading-center">
104350  Treatment at MD Anderson
104351  </h3>
104352  <div class="body mda-hide-md normal">
104353  <p>Colon cancer is treated in our Colorectal Center.</p></div>
104354  <div class="cta-wrapper cta-right-arrow-wrapper">
104355  <a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/care-centers-
    …   clinics/colorectal-center.html" class="cta cta-right-arrow"
    …   id="colon_cancer_flexpromo_visit_our_color" target="_self">Visit our Colorectal
    …   Center site<i class="mdicon-arrow"></i>
104356  </a>
104357  </div>
104358  </div>
104359  </div>
104360  </div>
104361  </div>
104362  <div class="col-double last cell-r   last">
104363  </div>
104364  </div>
```

```
104365 </section>
104366 <!-- /ROW -->
104367 <section class="highlight scroll-trans fade-in reveal" data-transition="fadeIn">
104368 <div class="col-content-single">
104369 <div class="module m-bleed">
104370 <div class="accordion">
104371 <div class="mda-accordion accordion-module">
104372 <h3 class="panel-title ui-accordion-header">
104373 <a href="#"> <span class="header-text">Colon Cancer Facts</span> <i class="fa
     fa-minus"></i> <i class="fa fa-plus"></i>
104374 </a>
104375 </h3>
104376 <div class="panel-container ui-accordion-content">
104377 <div class="panel-content">
104378 <div class="accordion-content-left accordion-content col6">
104379 <div class="rte-container basic-content">
104380 <p>Understanding a disease is the first step toward finding the right care. Get
     the facts about colon cancer, including the different types, how it starts and who's
     at risk.</p>
104381 <p><a adhocenable="false"
     href="/cancer-types/colon-cancer/colon-cancer-facts.html"><span class="cta">Colon
     cancer facts</span></a><br>
104382 </p>
104383 </div>
104384 </div>
104385 <div class="accordion-content-right accordion-content col6 last">
104386 <div class="did-you-know background-purple">
104387 <h3 class="did-you-know-title">did you know?</h3>
104388 <p class="did-you-know-text-large">An MD Anderson study predicts that colon cancer
     rates among people aged 20-34 years will increase 90% by the year 2030.<br>
104389 </p>
104390 </div>
104391 </div>
104392 </div>
104393 </div>
104394 <h3 class="panel-title ui-accordion-header">
104395 <a href="#"> <span class="header-text">Symptoms</span> <i class="fa fa-minus"></i> <i
     class="fa fa-plus"></i>
104396 </a>
104397 </h3>
104398 <div class="panel-container ui-accordion-content">
104399 <div class="panel-content">
104400 <div class="accordion-content-left accordion-content col12">
104401 <div class="rte-container basic-content">
104402 <p>Most cancers have the same symptoms as other, less serious conditions. Still, it's
     important to know the signs.</p>
104403 <p><a adhocenable="false"
     href="/cancer-types/colon-cancer/colon-cancer-symptoms.html"><span class="cta">Colon
     cancer symptoms</span></a><br>
104404 </p>
104405 </div>
104406 </div>
104407 </div>
104408 </div>
104409 <h3 class="panel-title ui-accordion-header">
104410 <a href="#"> <span class="header-text">Diagnosis</span> <i class="fa fa-minus"></i>
     <i class="fa fa-plus"></i>
104411 </a>
104412 </h3>
104413 <div class="panel-container ui-accordion-content">
104414 <div class="panel-content">
104415 <div class="accordion-content-left accordion-content col12">
104416 <div class="rte-container basic-content">
104417 <p>Blood tests, imaging exams and even surgical procedures are used to check for
     cancer.</p>
104418 <p><a adhocenable="false"
     href="/cancer-types/colon-cancer/colon-cancer-diagnosis.html"><span class="cta">Colon
     cancer diagnosis</span></a><br>
```

```
104419 </p>
104420 </div>
104421 </div>
104422 </div>
104423 </div>
104424 <h3 class="panel-title ui-accordion-header">
104425 <a href="#"> <span class="header-text">Treatment</span> <i class="fa fa-minus"></i>
    … <i class="fa fa-plus"></i>
104426 </a>
104427 </h3>
104428 <div class="panel-container ui-accordion-content">
104429 <div class="panel-content">
104430 <div class="accordion-content-left accordion-content col12">
104431 <div class="rte-container basic-content">
104432 <p>Common cancer treatments include chemotherapy, radiation treatment and surgery.
    … Doctors select the treatment for colon cancer based on your diagnosis and disease
    … stage.</p>
104433 <p><a adhocenable="false"
    … href="/cancer-types/colon-cancer/colon-cancer-treatment.html"><span class="cta">Colon
    … cancer treatment</span></a><br>
104434 </p>
104435 </div>
104436 </div>
104437 </div>
104438 </div>
104439 </div>
104440 </div>
104441 </div>
104442 </div>
104443 </section>
104444 <!-- ROW (2-COLUMN)-->
104445 <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104446 <div class="table  ">
104447 <div class="col-double cell-l   ">
104448 <div class="module">
104449 <div class="promo promo-background-purple promo-with-background promo-icon-white
    … promo-text-center">
104450 <div class="promo-icon icon-circle">
104451 <span class="fa-stack fa-3x"> <i class="fa mda-icon-clinical_trials_new mda-stack-1x
    … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    … data-transition-delay="300"></i>
104452 </span>
104453 </div>
104454 <div class="promo-text">
104455 <h3 class="title minion-heading heading-center">
104456 Clinical Trials
104457 </h3>
104458 <div class="body mda-hide-md normal">
104459 <p>MD Anderson patients have access to clinical trials offering
104460 promising new treatments that cannot be found anywhere else.</p></div>
104461 <div class="cta-wrapper cta-right-arrow-wrapper">
104462 <a
    … href="https://www.mdanderson.org/patients-family/search-results.html?searchType=
    … clinical%20trials&q=Colon%20Cancer" class="cta cta-right-arrow"
    … id="colon_cancer_flexpromo_view_clinical_t" target="_self">View Clinical Trials<i
    … class="mdicon-arrow"></i>
104463 </a>
104464 </div>
104465 </div>
104466 </div>
104467 </div>
104468 </div>
104469 <div class="col-double last cell-r   last">
104470 <div class="module">
104471 <div class="promo promo-background-blue promo-with-background promo-icon-white
    … promo-text-center">
104472 <div class="promo-icon icon-circle">
104473 <span class="fa-stack fa-3x"> <i class="fa mda-icon-knowledgecenter mda-stack-1x
```

```
104473… mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
…       data-transition-delay="300"></i>
104474  </span>
104475  </div>
104476  <div class="promo-text">
104477  <h3 class="title minion-heading heading-center">
104478  Knowledge Center
104479  </h3>
104480  <div class="body mda-hide-md normal">
104481  <p>Find the latest news and information about colon cancer in our
104482  Knowledge Center, including blog posts, articles, videos, news
104483  releases and more.</p></div>
104484  <div class="cta-wrapper cta-right-arrow-wrapper">
104485  <a
…       href="https://www.mdanderson.org/knowledge-center/knowledge-center-results.html?q=
…       diseases%3AColon%20Cancer" class="cta cta-right-arrow"
…       id="colon_cancer_flexpromo_browse_resource" target="_self">Browse Resources<i
…       class="mdicon-arrow"></i></a>
104486  </a>
104487  </div>
104488  </div>
104489  </div>
104490  </div>
104491  </div>
104492  </div>
104493  </section>
104494  <!-- /ROW -->
104495  <!-- ROW (3-COLUMN) -->
104496  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104497  <div class="table table-3col ">
104498  <div class="cell-t   ">
104499  <div class="module">
104500  <div class="promo promo-simple promo-icon-purple promo-text-center">
104501  <div class="promo-icon icon-circle">
104502  <span class="fa-stack fa-3x"> <i class="fa mda-icon-myCancerConnection mda-stack-1x
…       mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
…       data-transition-delay="300"></i>
104503  </span>
104504  </div>
104505  <div class="promo-text">
104506  <h3 class="title minion-heading heading-center">
104507  myCancerConnection
104508  </h3>
104509  <div class="body mda-hide-md normal">
104510  <p>Talk to someone who shares your cancer diagnosis and be matched with
104511  a survivor.<br/>  </p></div>
104512  <div class="cta-wrapper cta-right-arrow-wrapper">
104513  <a
…       href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
…       mycancerconnection.html" class="cta cta-right-arrow"
…       id="colon_cancer_flexpromo_learn_more" target="_self">Learn More<i
…       class="mdicon-arrow"></i></a>
104514  </a>
104515  </div>
104516  </div>
104517  </div>
104518  </div>
104519  </div>
104520  <div class="cell-t   ">
104521  <div class="module">
104522  <div class="promo promo-simple promo-icon-lightblue promo-text-center">
104523  <div class="promo-icon icon-circle">
104524  <span class="fa-stack fa-3x"> <i class="fa mda-icon-screenings mda-stack-1x
…       mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
…       data-transition-delay="300"></i>
104525  </span>
104526  </div>
104527  <div class="promo-text">
```

```
104528  <h3 class="title minion-heading heading-center">
104529  Prevention & Screening
104530  </h3>
104531  <div class="body mda-hide-md normal">
104532  <p>Many cancers can be prevented with lifestyle changes and regular
104533  screening.<br/>  </p></div>
104534  <div class="cta-wrapper cta-right-arrow-wrapper">
104535  <a href="https://www.mdanderson.org/prevention-screening.html" class="cta
   …    cta-right-arrow" id="colon_cancer_flexpromo_learn_more" target="_self">Learn More<i
   …    class="mdicon-arrow"></i>
104536  </a>
104537  </div>
104538  </div>
104539  </div>
104540  </div>
104541  </div>
104542  <div class="cell-t last   ">
104543  <div class="module">
104544  <div class="promo promo-simple promo-icon-orange promo-text-center">
104545  <div class="promo-icon icon-circle">
104546  <span class="fa-stack fa-3x"> <i class="fa mda-icon-1on1counseling mda-stack-1x
   …    mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
   …    data-transition-delay="300"></i>
104547  </span>
104548  </div>
104549  <div class="promo-text">
104550  <h3 class="title minion-heading heading-center">
104551  Counseling
104552  </h3>
104553  <div class="body mda-hide-md promo-text-small">
104554  <p>MD Anderson has licensed social workers to help patients and their
104555  loved ones cope with cancer.</p></div>
104556  <div class="cta-wrapper cta-right-arrow-wrapper">
104557  <a
   …    href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
   …    social-work.html" class="cta cta-right-arrow" id="colon_cancer_flexpromo_learn_more"
   …    target="_self">Learn More<i class="mdicon-arrow"></i>
104558  </a>
104559  </div>
104560  </div>
104561  </div>
104562  </div>
104563  </div>
104564  </div>
104565  </section>
104566  <!-- /ROW -->
104567  <div>
104568  <div>
104569  <section class="table highlight scroll-trans fade-in reveal"
   …    data-transition="fadeIn">
104570  <!-- WITHOUT IMAGE -->
104571  <!-- WITH IMAGE -->
104572  <div class="cell-l">
104573  <div class="module m-bleed-top">
104574  <div class="blog-summary large ">
104575  <div class="blog-summary-wrapper">
104576  <div class="blog-title">
104577  <a href="/publications/cancerwise/2016/02/surviving-stage-iv-c.html"
   …    id="colon_cancer_summarycomponen_surviving_stage">Surviving stage IV colorectal
   …    cancer </a>
104578  </div>
104579  <!-- Blog -->
104580  <span class="summary-author-info">
104581  <p class="author-name">
104582  BY <a href="/publications/cancerwise.html/author/Stacey%20Betancourt"
   …    id="colon_cancer_summarycomponen_stacey_betancou">Stacey Betancourt</a>
104583  </p>
104584  <p></p>
```

```
104585  <p class="author-date">February 22, 2016</p>
104586  </span>
104587  <!-- Publication -->
104588  <div>
104589  <div class="summary-text"><p>Colorectal cancer doesn't run in my family, so I never
   …    thought that
104590  it would be a battle I had to face at age 27. That changed when I
104591  noticed my body starting to change in 2012. My bowel movements swiftly
104592  changed from very normal to the extreme opposite.</p>
104593  <p>I had a terrible pain in my rectum and noticed blood in my stool. My
104594  gastroenterologist said it may be nothing to worry about but
104595  recommended I have a colonoscopy because of the...</p></div>
104596  </div>
104597  <div class="summary-cta-info">
104598  <div>
104599  <a href="/publications/cancerwise/2016/02/surviving-stage-iv-c.html" class="cta">Read
   …    Stacey&#39;s story<i class="mdicon-arrow"></i></a>
104600  </div>
104601  </div>
104602  </div>
104603  </div>
104604  </div>
104605  </div>
104606  <div class="cell-r last">
104607  <div class="module m-pad m-bleed-bottom">
104608  <div class="basic-content-media bcm-standalone-image">
104609  <div class="basic-content-media-wrapper">
104610  <div class="media-inner">
104611  <div class="media-image">
104612  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
104613  <source
   …    srcset="/content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/
   …    _jcr_content/blog/adaptiveimage.resize.900.900.high.jpg 2x,
   …    /content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/_jcr_content/
   …    blog/adaptiveimage.resize.450.450.high.jpg 1x" media="(min-width: 993px)"/>
104614  <source
   …    srcset="/content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/
   …    _jcr_content/blog/adaptiveimage.resize.431.387.high.jpg" media="(min-width: 753px)"/>
104615  <!--[if IE 9]></video><![endif]-->
104616  <img
   …    srcset="/content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/
   …    _jcr_content/blog/adaptiveimage.resize.720.720.high.jpg
   …    2x,/content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/_jcr_content/
   …    blog/adaptiveimage.resize.360.360.high.jpg 1x" alt=""
   …    src="/content/mda/en/publications/cancerwise/2016/02/surviving-stage-iv-c/
   …    _jcr_content/blog/xadaptiveimage.resize.jpg.pagespeed.ic.r42_mJfuqe.webp">
104617  </picture>
104618  </div>
104619  <div class="media-body">
104620  <div class="media-body-text"></div>
104621  </div>
104622  </div>
104623  </div>
104624  </div>
104625  </div>
104626  </div>
104627  </section>
104628  </div>
104629  </div>
104630  </div>
104631  </section>
104632  </div>
104633  <!--googleoff: all-->
104634  <div class="pre-footer">
104635  <div class="section"></div><div class="iparys_inherited">
104636  <!-- ROW (3-COLUMN) -->
104637  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
104638  <div class="table table-3col ">
```

```
104639 <div class="cell-t  cell-full-height ">
104640 <div class="module">
104641 <div class="promo promo-no-icon promo-background-red promo-with-background
    .. promo-icon-white promo-text-center">
104642 <div class="promo-text">
104643 <h3 class="title minion-heading heading-center">
104644 Give Now
104645 </h3>
104646 <div class="body mda-hide-md normal">
104647 <p>Your gift will help make a tremendous difference.</p></div>
104648 <div class="cta-wrapper cta-block-wrapper">
104649 <a
    .. href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&
    .. utm_source=hp_button&utm_medium=website&utm_campaign=HP_Button" class="cta cta-block"
    .. id="colon_cancer_flexpromo_100" target="_self">$100
104650 </a>
104651 </div>
104652 </div>
104653 </div>
104654 </div>
104655 </div>
104656 <div class="cell-t  cell-full-height ">
104657 <div class="module">
104658 <a href="https://www.mdandersonbloodbank.org" target="_blank">
104659 <div class="promo promo-background-black promo-with-background promo-icon-white
    .. promo-text-center">
104660 <div class="promo-icon icon-circle">
104661 <span class="fa-stack fa-3x"> <i class="fa mda-icon-drop mda-stack-1x mda-inverse
    .. scroll-trans fade-in reveal" data-transition="fadeIn"
    .. data-transition-delay="300"></i>
104662 </span>
104663 </div>
104664 <div class="promo-text">
104665 <h3 class="title minion-heading heading-center">
104666 Donate Blood
104667 </h3>
104668 <div class="body mda-hide-md normal">
104669 Giving blood and platelets provides hope for cancer patients who depend
104670 on the generosity of donors like you.</div>
104671 <div class="cta-wrapper cta-entire-module-wrapper">
104672 </div>
104673 </div>
104674 </div>
104675 </a>
104676 </div>
104677 </div>
104678 <div class="cell-t last  cell-full-height ">
104679 <div class="module">
104680 <a href="https://www.mdanderson.org/donors-volunteers/volunteer.html" target="_self">
104681 <div class="promo promo-background-blue promo-with-background promo-icon-white
    .. promo-text-center">
104682 <div class="promo-icon icon-circle">
104683 <span class="fa-stack fa-3x"> <i class="fa mda-icon-volunteer mda-stack-1x
    .. mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    .. data-transition-delay="300"></i>
104684 </span>
104685 </div>
104686 <div class="promo-text">
104687 <h3 class="title minion-heading heading-center">
104688 Volunteer
104689 </h3>
104690 <div class="body mda-hide-md normal">
104691 <p>Change the lives of cancer patients by giving your time and talent. </p></div>
104692 <div class="cta-wrapper cta-entire-module-wrapper">
104693 </div>
104694 </div>
104695 </div>
104696 </a>
```

```
104697  </div>
104698  </div>
104699  </div>
104700  </section>
104701  <!-- /ROW -->
104702  </div>
104703  </div>
104704  <section class="global-footer bleed-full">
104705  <footer>
104706  <div class="stay-connected">
104707  <div class="col-single inner">
104708  <div class="footer-banner-text">Stay Connected</div>
104709  <div class="social-links-wrapper">
104710  <div class="social-links">
104711  <div class="social-links-carousel">
104712  <a aria-label="facebook" href="//facebook.com/MDAnderson" class="box"
     …  target="_blank"><i class="fa fa-facebook-square fa-2x"></i></a> <a
     …  aria-label="twitter" href="//twitter.com/mdandersonnews" class="box"
     …  target="_blank"><i class="fa fa-twitter-square fa-2x"></i></a> <a
     …  aria-label="youtube" href="//youtube.com/mdandersonorg" class="box"
     …  target="_blank"><i class="fa fa-youtube-square fa-2x"></i></a> <a
     …  aria-label="instagram" href="//instagram.com/mdandersoncancercenter" class="box"
     …  target="_blank"><i class="fa fa-instagram fa-2x"></i></a>
104713  <a aria-label="pinterest" href="//pinterest.com/mdandersoncc" class="box"
     …  target="_blank"><i class="fa fa-pinterest-square fa-2x"></i></a> <a
     …  aria-label="linkedIn" href="//linkedin.com/company/md-anderson-cancer-center"
     …  class="box" target="_blank"><i class="fa fa-linkedin-square fa-2x"></i></a> <a
     …  aria-label="google-plus" href="//plus.google.com/+mdanderson" class="box"
     …  target="_blank"><i class="fa fa-google-plus-square fa-2x"></i></a> <a
     …  aria-label="flickr" href="//flickr.com/photos/mdandersoncancercenter" class="box"
     …  target="_blank"><i class="fa fa-flickr fa-2x"></i></a>
104714  </div>
104715  </div>
104716  </div>
104717  <div class="footer-cta-wrapper">
104718  <div class="footer-cta">
104719  <a href="https://www.mdanderson.org/publications.html">Subscribe to Publications</a>
104720  </div>
104721  </div>
104722  </div>
104723  </div>
104724  <div class="footer-links">
104725  <div class="col2 mda-logo">
104726  <a href="/"><img class="desktop"
     …  src="/content/mda/en/_jcr_content/footer/desktoplogo.resize.png" alt="MD Anderson
     …  logo"><img class="mobile"
     …  src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
     …  j92o1m7p2y.png" alt="MD Anderson logo"></a>
104727  </div>
104728  <div class="col1"></div>
104729  <div class="col2">
104730  <ul>
104731  <li class="title">Explore
104732  <div class="toggle"></div>
104733  </li>
104734  <li><a href="https://www.mdanderson.org/patients-family.html" target="_self">Patients
     …  &amp; Family <span>
104735  </span>
104736  </a></li>
104737  <li><a href="https://www.mdanderson.org/prevention-screening.html"
     …  target="_self">Prevention &amp; Screening <span>
104738  </span>
104739  </a></li>
104740  <li><a href="https://www.mdanderson.org/donors-volunteers.html" target="_self">Donors
     …  &amp; Volunteers <span>
104741  </span>
104742  </a></li>
104743  <li><a href="https://www.mdanderson.org/for-physicians.html" target="_self">For
```

```
104743… Physicians <span>
104744 </span>
104745 </a></li>
104746 <li><a href="https://www.mdanderson.org/research.html" target="_self">Research <span>
104747 </span>
104748 </a></li>
104749 <li><a href="https://www.mdanderson.org/education-training.html"
   … target="_self">Education &amp; Training <span>
104750 </span>
104751 </a></li>
104752 <li><a
   … href="https://www.mdanderson.org/patients-family/diagnosis-treatment/clinical-trials/
   … clinical-trials-index.html" target="_self">Clinical Trials <span>
104753 </span>
104754 </a></li>
104755 <li><a href="https://www.mdanderson.org/knowledge-center.html"
   … target="_self">Knowledge Center <span>
104756 </span>
104757 </a></li>
104758 </ul>
104759 </div>
104760 <div class="col2">
104761 <ul>
104762 <li class="title">About
104763 <div class="toggle"></div>
104764 </li>
104765 <li><a href="https://www.mdanderson.org/about-md-anderson.html" target="_self">About
   … MD Anderson <span>
104766 </span>
104767 </a></li>
104768 <li><a href="https://www.mdanderson.org/about-md-anderson/careers.html"
   … target="_self">Careers <span>
104769 </span>
104770 </a></li>
104771 <li><a href="http://www3.mdanderson.org/calendar/" target="_self">Events <span>
104772 </span>
104773 </a></li>
104774 <li><a href="https://www.mdanderson.org/publications.html"
   … target="_self">Publications <span>
104775 </span>
104776 </a></li>
104777 <li><a href="https://www.mdanderson.org/newsroom.html" target="_self">Newsroom <span>
104778 </span>
104779 </a></li>
104780 <li><a href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"
   … target="_self">For Employees <span>
104781 </span>
104782 </a></li>
104783 </ul>
104784 </div>
104785 <div class="col2">
104786 <ul>
104787 <li class="title">Finding Your Way
104788 <div class="toggle"></div>
104789 </li>
104790 <li><a href="https://www4.mdanderson.org/peoplefinder/" target="_self">Directory
   … <span>
104791 </span>
104792 </a></li>
104793 <li><a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
   … target="_self">Locations <span>
104794 </span>
104795 </a></li>
104796 <li><a href="http://access.mdanderson.org/" aria-label=" Opens a new window"
   … target="_blank">Directions <span class="mda-icon-linkout">
104797 </span>
104798 </a></li>
104799 <li><a href="https://www.mdanderson.org/patients-family/html-sitemap.html"
```

```
104799… target _self">Sitemap <span>
104800 </span>
104801 </a></li>
104802 </ul>
104803 </div>
104804 <div class="col3 last">
104805 <ul id="get-in-touch">
104806 <li class="title">GET IN TOUCH
104807 <div class="toggle"></div>
104808 </li>
104809 <li class="footer-contact-item ">
104810 <a href="tel:18776326789">
104811 <div class="icon-circle">
104812 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
     … mda-icon-call-stroke mda-stack-1x mda-inverse"></i>
104813 </span>
104814 </div> Call
104815 <div class="footer-contact-bold">1 877 632 6789</div>
104816 </a>
104817 </li>
104818 <li class="footer-contact-item onlyLabel">
104819 <a href="https://www4.mdanderson.org/contact/ask-a-question/index.cfm"
     … id="colon_cancer_footer">
104820 <div class="icon-circle">
104821 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
     … mda-icon-knowledgecenter mda-stack-1x mda-inverse"></i>
104822 </span>
104823 </div>Ask a question
104824 <div class="footer-contact-bold"></div>
104825 </a>
104826 </li>
104827 </ul>
104828 </div>
104829 </div>
104830 <div class="footer-links sublink-container">
104831 <div class="footer-sublinks">
104832 <div class="sublinks-list-container">
104833 <ul class="">
104834 <li class="title">More
104835 <div class="toggle"></div>
104836 </li>
104837 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
     … site-policies/privacy-policy.html" id="colon_cancer_footer_1" target="_self"> Privacy
     … Policy <span>
104838 </span>
104839 </a></li>
104840 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
     … legal-statements.html" id="colon_cancer_footer_2" target="_self"> Legal Statement
     … &amp; Policies <span>
104841 </span>
104842 </a></li>
104843 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/facts-history/u-t-system-reports.
     … html" id="colon_cancer_footer_3" target="_self"> Reports to the State <span>
104844 </span>
104845 </a></li>
104846 <li><a href="http://www3.mdanderson.org/emergencyalert/" id="colon_cancer_footer_4"
     … target="_self"> Emergency Alert Information <span>
104847 </span>
104848 </a></li>
104849 <li><a href="https://www.mdanderson.org/about-md-anderson/state-of-texas-links.html"
     … id="colon_cancer_footer_5" target="_self"> State of Texas Links <span>
104850 </span>
104851 </a></li>
104852 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/our-locations/md-anderson-cancer-
```

```
104852  network.html" id="colon_cancer_footer_6" target="_self"> MD Anderson Cancer Network
    …   <span>
104853  </span>
104854  </a></li>
104855  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal/doing-business/
    …   vendors-and-suppliers.html" id="colon_cancer_footer_7" target="_self"> Vendors &amp;
    …   Suppliers <span>
104856  </span>
104857  </a></li>
104858  </ul>
104859  </div>
104860  </div>
104861  </div>
104862  <div class="bottom-footer-bar">
104863  <a href="/"><img class="logo"
    …   src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
    …   j92o1m7p2y.png" alt="MD Anderson logo"></a>
104864  <p class="copyright">© 2016 The University of Texas <span class="nowrap">MD
    …   Anderson</span> Cancer Center </p>
104865  </div>
104866  </footer>
104867  </section>
104868  </div>
104869  </main>
104870  <div id="l-modal">
104871  <a class="modal-close" href="#"><i class="fa fa-times"></i></a>
104872  <div class="l-modal-body"></div>
104873  </div>
104874  <div>
104875  <script
    …   src="/etc/designs/mda/mda-web/external.min.98e3ca0b8766be3e6ebd01327878078d.js"></
    …   script>
104876  <script
    …   src="/etc/designs/mda/mda-web/internal.min.b074b8d381d7b6126b1a65e946990ef9.js.
    …   pagespeed.jm.6mnMNGXUv4.js"></script>
104877  </div>
104878  <script>jwplayer.key="25N2ZOTmozz/3c1gpM+ktqtrPMfPodASwMaINdctO0Q="</script>
104879  <!--[if gt IE 8]>
104880  <script
    …   src="/etc/designs/mda/core-design/clientlib-external/js/picturefill/picturefill.js"><
    …   /script>
104881  <!--<![endif]-->
104882  <!--[if lt IE 9]>
104883  <script data-sly-test="/etc/designs/mda/mda-web"
    …   src="/etc/designs/mda/mda-web/clientlib-external/js/app.ie8fallback.js"></script>
104884  <![endif]-->
104885  <!--googleon: all-->
104886  </body>
104887  </html>
104888
104889  **************************************************
104890  The following data is from mdanderson_org-source-20160622.txt
104891  **************************************************
104892  <!doctype html>
104893  <!--[if lt IE 7]>        <html class="no-js lt-ie9 lt-ie8 lt-ie7 " lang="en">
    …   <![endif]-->
104894  <!--[if IE 7]>          <html class="no-js lt-ie9 lt-ie8 " lang="en"> <![endif]-->
104895  <!--[if IE 8]>          <html class="no-js lt-ie9 " lang="en"> <![endif]-->
104896  <!--[if IE 9]>          <html class="no-js ie9 " lang="en"> <![endif]-->
104897  <!--[if gt IE 9 | !IE]><!-->
104898  <html class="no-js " lang="en">
104899  <!--<![endif]-->
104900  <!-- Server Name: d1prlaemauth01.mdanderson.edu -->
104901  <head>
104902  <meta charset="utf-8">
104903  <meta http-equiv="X-UA-Compatible" content="IE=edge">
104904  <meta name="viewport" content="width=device-width, initial-scale=1, minimum-scale=1,
```

```
104904… maximum-scale=1">
104905  <meta name="description" content="Find the latest information about cancer
…       treatments, research and prevention as well as how to become a patient at MD Anderson
…       Cancer Center. 1-877-632-6789.">
104906  <link rel="shortcut icon" href="/etc/designs/mda/mda-web/favicon.ico"/>
104907  <title>Cancer Treatment &amp; Cancer Research | MD Anderson Cancer Center</title>
104908  <meta name="og:image" content="https://www.mdanderson.org/mda-logo.png">
104909  <meta name="og:type" content="Website">
104910  <meta name="twitter:card" content="Summary Card">
104911  <meta name="og:site_name" content="MD Anderson Cancer Center">
104912  <meta name="twitter:site" content="@MDAndersonNews">
104913  <meta name="twitter:url" content="https://www.mdanderson.org/patients-family.html">
104914  <meta name="og:title" content="MD Anderson Cancer Center">
104915  <meta name="sorting_date" content="2016-07-21">
104916  <meta name="og:url" content="https://www.mdanderson.org/patients-family.html">
104917  <meta name="twitter:image" content="https://www.mdanderson.org/mda-logo.png">
104918  <meta name="navurl" content="https://www.mdanderson.org/patients-family.html">
104919  <!--[if lt IE 10]>
104920      <link rel="stylesheet"
…       href="/etc/designs/mda/core-design/clientlib-internal.min.css" type="text/css">
104921
104922      <link rel="stylesheet"
…       href="/etc/designs/mda/mda-web/clientlib-internal-a-to-b.min.css" type="text/css">
104923
104924      <link rel="stylesheet"
…       href="/etc/designs/mda/mda-web/clientlib-internal-c-to-i.min.css" type="text/css">
104925
104926      <link rel="stylesheet"
…       href="/etc/designs/mda/mda-web/clientlib-internal-l-to-r.min.css" type="text/css">
104927
104928      <link rel="stylesheet"
…       href="/etc/designs/mda/mda-web/clientlib-internal-s-to-z.min.css" type="text/css">
104929
104930  <![endif]-->
104931  <!--[if !IE]><!-->
104932  <link rel="stylesheet"
…       href="/etc/designs/mda/mda-web/A.clientlib-all.min.b28e0b225838522afc4559b56ff2afd4.
…       css.pagespeed.cf.Pir6dZ4f1Q.css" type="text/css">
104933  <!--<![endif]-->
104934  <!--[if IE]>
104935      <script
…       src="/etc/designs/mda/core-design/clientlib-external/js/html5shiv/html5shiv.js"></
…       script>
104936  <![endif]-->
104937  <script
…       src="//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.sync.js"></script>
104938  </head>
104939  <body>
104940  <!--googleoff: all-->
104941  <script>var utag_data={};var page_section='';var page_category='';var
…       pathName=window.location.pathname.replace('.html','');var
…       pathArray=pathName.trim().split('/');var categoryArray=[];var page_name='';var
…       delimiter=':';var subCategoryIndex=1;var language='en';var device='desktop';for(var
…       i=0;i<pathArray.length;i++){if(i===0||pathArray[i].length===0){delimiter='';}else{
…       delimiter=':';}
104942  if(pathArray[i].length>0){page_name=page_name+pathArray[i]+delimiter;categoryArray.
…       push(pathArray[i]);}}
104943  for(var i=0;i<categoryArray.length;i++){if(i===0){page_section=categoryArray[i];}else
…       if(i===1){page_category=categoryArray[i];}else{utag_data['page_subcategory'+
…       subCategoryIndex]=categoryArray[i];subCategoryIndex++;}}
104944  if(page_name.length>0){page_name=page_name.substring(0,page_name.length-1);}
104945  if(navigator.userAgent.match(/Android/i)!=null||navigator.userAgent.match(/BlackBerry
…       /i)!=null||navigator.userAgent.match(/iPhone|iPad|iPod/i)!=null||navigator.userAgent.
…       match(/Opera
…       Mini/i)!=null||navigator.userAgent.match(/IEMobile/i)!=null){if(Math.max(document.
…       documentElement.clientWidth,window.innerWidth||0)>752){device='tablet';}else{device='
…       mobile';}}
104946  utag_data.page_name=page_name;utag_data.page_section=page_section;utag_data.
```

```
104946   page_category=page_category;utag_data.Language=language;utag_data.Device=device;</
    ..   script>
104947   <!-- Loading script asynchronously -->
104948   <script>var
    ..   tealiumDev='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/dev/utag.js';var
    ..   tealiumQa='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/qa/utag.js';var
    ..   tealiumProd='//tags.tiqcdn.com/utag/mdanderson/mdandersonorg/prod/utag.js';var
    ..   currentTealium=tealiumDev;if(document.domain.indexOf('mdanderson.org')>-1){
    ..   currentTealium=tealiumProd;}else
    ..   if(document.domain.indexOf('aem-test.mdanderson')>-1){currentTealium=tealiumQa;}else{
    ..   currentTealium=tealiumDev;}
104949   (function(a,b,c,d){a=currentTealium;b=document;c='script';d=b.createElement(c);d.src=
    ..   a;d.type='text/java'+c;d.async=true;a=b.getElementsByTagName(c)[0];a.parentNode.
    ..   insertBefore(d,a);})();</script>
104950   <a id="content-skip-btn" href="#skip" class="offscreen">Skip to
104951   Content</a>
104952   <div id="video-overlay" class="media-overlay fade-out">
104953   <i class="fa fa-times overlay-close" id="video-overlay-close"></i>
104954   <div id="video-overlay-player" class="media-overlay-player"></div>
104955   </div>
104956   <div id="yt-overlay" class="media-overlay fade-out">
104957   <i class="fa fa-times overlay-close" id="yt-overlay-close"></i>
104958   <div id="yt-overlay-player" class="media-overlay-player"></div>
104959   </div>
104960   <main class="l-main"> <!-- Go To Top --> <a href="#" class="scrollToTop"> <span
    ..   class="cta_icon_top fa-angle-up"></span>
104961   <span class="cta_top_text">Top</span>
104962   </a>
104963   <section id="global-header" class="bleed-full">
104964   <div id="alert-url-data" class="hidden"
    ..   data-alert-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.nocache.html
    ..   "
    ..   data-alert-device-url="https://www.mdanderson.org/_jcr_content/siteHeader/alert.
    ..   mobile-nocache.html"></div>
104965   <!--/* data-sly-unwrap */ -->
104966   <script>var
    ..   generalPredictiveSearchUrl="\/suggest?max=4\x26site=mda_aem_stage\x26access=access\
    ..   x26format=rich\x26client=mda_aem_fe\x26q=";var
    ..   searchResultsPageUrl="\/patients-family\/search\-results.html?q=";var
    ..   searchResultClickAnalyticsUrl="\/click?site=mda_aem_prod\x26ct=c\x26s=0";</script>
104967   <div id="tophat">
104968   <nav id="topnav">
104969   <div class="topnav-scroll-container">
104970   <ul class="topnav-list">
104971   <li class="topnav-list-item"><a class="active"
    ..   href="https://www.mdanderson.org/patients-family.html"
    ..   data-primary-nav="nav_patients-family">Patients &amp; Family</a></li>
104972   <li class="topnav-list-item"><a
    ..   href="https://www.mdanderson.org/prevention-screening.html"
    ..   data-primary-nav="nav_prevention-screening">Prevention &amp; Screening</a></li>
104973   <li class="topnav-list-item"><a
    ..   href="https://www.mdanderson.org/donors-volunteers.html"
    ..   data-primary-nav="nav_donors-volunteers">Donors &amp; Volunteers</a></li>
104974   <li class="topnav-list-item grouped" data-group="Professionals">
104975   <a href="https://www.mdanderson.org/for-physicians.html"
    ..   data-primary-nav="nav_physicians">For Physicians </a>
104976   </li>
104977   <li class="topnav-list-item grouped" data-group="Professionals">
104978   <a
    ..   href="https://www.mdanderson.org/education-and-research/education-and-training/index.
    ..   html" data-primary-nav="nav_academics-training">Academics &amp; Training </a>
104979   </li>
104980   <li class="topnav-list-item grouped" data-group="Professionals">
104981   <a
    ..   href="https://www.mdanderson.org/education-and-research/research-at-md-anderson/index
    ..   .html" data-primary-nav="nav_research">Research </a>
104982   </li>
104983   </ul>
```

```
104984  <ul class="topnav-list mobile">
104985  <li class="topnav-list-item"><a href="/patients-family.html">Patients &amp;
    …   Family</a>
104986  <ul class="primary-nav-list" id="nav-index">
104987  <li class="primary-nav-item"><a href="/patients-family.html">Patients &amp; Family
    …   Home</a></li>
104988  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient.html">Becoming Our Patient</a>
104989  <div class="subnav-mask">
104990  <div class="subnav-wrapper">
104991  <div class="subnav col10 pad">
104992  <section class="nested">
104993  <div class="col4 main-column">
104994  <nav class="secondary">
104995  <ul>
104996  <li class="mobile-nav-back"><a href="/patients-family/becoming-our-patient.html"
    …   aria-label="Back to Becoming Our Patient">Becoming Our Patient</a></li>
104997  <li class="primary-nav-item">
104998  <a href="/patients-family/becoming-our-patient.html" aria-label="Becoming Our Patient
    …   Home">Becoming Our Patient Home</a></li>
104999  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient/why-md-anderson.html">Why MD Anderson</a>
105000  <div class="subnav-mask">
105001  <div class="subnav-wrapper">
105002  <div class="subnav col10 pad">
105003  <section class="nested">
105004  <div class="col4 main-column">
105005  <nav class="secondary">
105006  <ul>
105007  <li class="mobile-nav-back"><a
    …   href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Back to
    …   Why MD Anderson">Why MD Anderson</a></li>
105008  <li class="primary-nav-item">
105009  <a href="/patients-family/becoming-our-patient/why-md-anderson.html" aria-label="Why
    …   MD Anderson Home">Why MD Anderson Home</a></li>
105010  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/why-md-anderson/patient-satisfaction-
    …   survey.html">Patient Satisfaction Survey</a></li>
105011  </ul>
105012  </nav>
105013  </div>
105014  </section>
105015  </div>
105016  </div>
105017  </div></li>
105018  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient/planning-for-care.html">Planning for
    …   Care</a>
105019  <div class="subnav-mask">
105020  <div class="subnav-wrapper">
105021  <div class="subnav col10 pad">
105022  <section class="nested">
105023  <div class="col4 main-column">
105024  <nav class="secondary">
105025  <ul>
105026  <li class="mobile-nav-back"><a
    …   href="/patients-family/becoming-our-patient/planning-for-care.html" aria-label="Back
    …   to Planning for Care">Planning for Care</a></li>
105027  <li class="primary-nav-item">
105028  <a href="/patients-family/becoming-our-patient/planning-for-care.html"
    …   aria-label="Planning for Care Home">Planning for Care Home</a></li>
105029  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/planning-for-care/prepare-for-your-first-
    …   visit.html">Prepare for Your First Visit</a></li>
105030  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/planning-for-care/returning-patients.html
    …   ">Returning Patients</a></li>
105031  <li class="primary-nav-item has-subnav"><a
```

```
105031… href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
    … html">Advance Care Planning</a>
105032 <div class="subnav-mask">
105033 <div class="subnav-wrapper">
105034 <div class="subnav col10 pad">
105035 <section class="nested">
105036 <div class="col4 main-column">
105037 <nav class="secondary">
105038 <ul>
105039 <li class="mobile-nav-back"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
    … html" aria-label="Back to Advance Care Planning">Advance Care Planning</a></li>
105040 <li class="primary-nav-item">
105041 <a
    … href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning.
    … html" aria-label="Advance Care Planning Home">Advance Care Planning Home</a></li>
105042 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
    … medical-power-of-attorney.html">Medical Power of Attorney</a></li>
105043 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/advance-care-planning/
    … living-will.html">Living Will</a></li>
105044 </ul>
105045 </nav>
105046 </div>
105047 </section>
105048 </div>
105049 </div>
105050 </div></li>
105051 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
    … financial-support.html">Insurance, Billing and Financial Support</a>
105052 <div class="subnav-mask">
105053 <div class="subnav-wrapper">
105054 <div class="subnav col10 pad">
105055 <section class="nested">
105056 <div class="col4 main-column">
105057 <nav class="secondary">
105058 <ul>
105059 <li class="mobile-nav-back"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
    … financial-support.html" aria-label="Back to Insurance, Billing and Financial
    … Support">Insurance, Billing and Financial Support</a></li>
105060 <li class="primary-nav-item">
105061 <a
    … href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
    … financial-support.html" aria-label="Insurance, Billing and Financial Support
    … Home">Insurance, Billing and Financial Support Home</a></li>
105062 <li class="primary-nav-item"><a
    … href="/patients-family/becoming-our-patient/planning-for-care/insurance-billing-
    … financial-support/insurance-plans.html">Insurance Plans</a></li>
105063 </ul>
105064 </nav>
105065 </div>
105066 </section>
105067 </div>
105068 </div>
105069 </div></li>
105070 </ul>
105071 </nav>
105072 </div>
105073 </section>
105074 </div>
105075 </div>
105076 </div></li>
105077 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/becoming-our-patient/getting-to-md-anderson.html">Getting to
    … MD Anderson</a>
```

```
105078  <div class="subnav-mask">
105079  <div class="subnav-wrapper">
105080  <div class="subnav col10 pad">
105081  <section class="nested">
105082  <div class="col4 main-column">
105083  <nav class="secondary">
105084  <ul>
105085  <li class="mobile-nav-back"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
   …    aria-label="Back to Getting to MD Anderson">Getting to MD Anderson</a></li>
105086  <li class="primary-nav-item">
105087  <a href="/patients-family/becoming-our-patient/getting-to-md-anderson.html"
   …    aria-label="Getting to MD Anderson Home">Getting to MD Anderson Home</a></li>
105088  <li class="primary-nav-item"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/wayfinding.html">
   …    Wayfinding</a></li>
105089  <li class="primary-nav-item has-subnav"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston.html">Traveling to Houston</a>
105090  <div class="subnav-mask">
105091  <div class="subnav-wrapper">
105092  <div class="subnav col10 pad">
105093  <section class="nested">
105094  <div class="col4 main-column">
105095  <nav class="secondary">
105096  <ul>
105097  <li class="mobile-nav-back"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston.html" aria-label="Back to Traveling to Houston">Traveling to Houston</a></li>
105098  <li class="primary-nav-item">
105099  <a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston.html" aria-label="Traveling to Houston Home">Traveling to Houston
   …    Home</a></li>
105100  <li class="primary-nav-item has-subnav"><a href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston/rotary-house-international.html">Rotary House International</a>
105101  <div class="subnav-mask">
105102  <div class="subnav-wrapper">
105103  <div class="subnav col10 pad">
105104  <section class="nested">
105105  <div class="col4 main-column">
105106  <nav class="secondary">
105107  <ul>
105108  <li class="mobile-nav-back"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston/rotary-house-international.html" aria-label="Back to Rotary House
   …    International">Rotary House International</a></li>
105109  <li class="primary-nav-item">
105110  <a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston/rotary-house-international.html" aria-label="Rotary House International
   …    Home">Rotary House International Home</a></li>
105111  <li class="primary-nav-item"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston/rotary-house-international/guest-services.html">Guest Services</a></li>
105112  <li class="primary-nav-item"><a
   …    href="/patients-family/becoming-our-patient/getting-to-md-anderson/traveling-to-
   …    houston/rotary-house-international/restaurant-lounge-retail.html">Restaurant, Lounge
   …    &amp; Retail</a></li>
105113  </ul>
105114  </nav>
105115  </div>
105116  </section>
105117  </div>
105118  </div>
105119  </div></li>
105120  </ul>
```

```
105121  </nav>
105122  </div>
105123  </section>
105124  </div>
105125  </div>
105126  </div></li>
105127  </ul>
105128  </nav>
105129  </div>
105130  </section>
105131  </div>
105132  </div>
105133  </div></li>
105134  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient/while-youre-here.html">While You're
    …   Here</a>
105135  <div class="subnav-mask">
105136  <div class="subnav-wrapper">
105137  <div class="subnav col10 pad">
105138  <section class="nested">
105139  <div class="col4 main-column">
105140  <nav class="secondary">
105141  <ul>
105142  <li class="mobile-nav-back"><a
    …   href="/patients-family/becoming-our-patient/while-youre-here.html" aria-label="Back
    …   to While You&#39;re Here">While You're Here</a></li>
105143  <li class="primary-nav-item">
105144  <a href="/patients-family/becoming-our-patient/while-youre-here.html"
    …   aria-label="While You&#39;re Here Home">While You're Here Home</a></li>
105145  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/while-youre-here/the-learning-center.html
    …   ">The Learning Center</a></li>
105146  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/while-youre-here/parks-gardens.html">
    …   Parks and Gardens</a></li>
105147  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/while-youre-here/worship-services-
    …   locations.html">Worship Services and Locations</a></li>
105148  </ul>
105149  </nav>
105150  </div>
105151  </section>
105152  </div>
105153  </div>
105154  </div></li>
105155  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient/international-center.html">International
    …   Center</a>
105156  <div class="subnav-mask">
105157  <div class="subnav-wrapper">
105158  <div class="subnav col10 pad">
105159  <section class="nested">
105160  <div class="col4 main-column">
105161  <nav class="secondary">
105162  <ul>
105163  <li class="mobile-nav-back"><a
    …   href="/patients-family/becoming-our-patient/international-center.html"
    …   aria-label="Back to International Center">International Center</a></li>
105164  <li class="primary-nav-item">
105165  <a href="/patients-family/becoming-our-patient/international-center.html"
    …   aria-label="International Center Home">International Center Home</a></li>
105166  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/international-center/prepare-for-your-
    …   trip-international-patients.html">Prepare for your Trip (International
    …   Patients)</a></li>
105167  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/international-center/financial-
    …   information-for-international-patients.html">Financial Information for International
```

```
105167… Patients</a></li>
105168  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/international-center/before-you-leave.
    …   html">Before You Leave</a></li>
105169  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/international-center/frequently-asked-
    …   questions.html">Frequently Asked Questions (International Patients)</a></li>
105170  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/international-center/meet-our-staff.html"
    …   >Meet Our Staff</a></li>
105171  </ul>
105172  </nav>
105173  </div>
105174  </section>
105175  </div>
105176  </div>
105177  </div></li>
105178  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/becoming-our-patient/services-amenities.html">Services and
    …   Amenities</a>
105179  <div class="subnav-mask">
105180  <div class="subnav-wrapper">
105181  <div class="subnav col10 pad">
105182  <section class="nested">
105183  <div class="col4 main-column">
105184  <nav class="secondary">
105185  <ul>
105186  <li class="mobile-nav-back"><a
    …   href="/patients-family/becoming-our-patient/services-amenities.html" aria-label="Back
    …   to Services and Amenities">Services and Amenities</a></li>
105187  <li class="primary-nav-item">
105188  <a href="/patients-family/becoming-our-patient/services-amenities.html"
    …   aria-label="Services and Amenities Home">Services and Amenities Home</a></li>
105189  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/services-amenities/banking-cashiers.html"
    …   >Banking and Cashiers</a></li>
105190  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/services-amenities/dining-services.html">
    …   Dining Services</a></li>
105191  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/services-amenities/flower-gift-shops.html
    …   ">Flower and Gift Shops</a></li>
105192  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/services-amenities/outpatient-pharmacy.
    …   html">Outpatient Pharmacy</a></li>
105193  <li class="primary-nav-item"><a
    …   href="/patients-family/becoming-our-patient/services-amenities/md-anderson-mobile-app
    …   .html">MD Anderson Mobile App</a></li>
105194  </ul>
105195  </nav>
105196  </div>
105197  </section>
105198  </div>
105199  </div>
105200  </div></li>
105201  </ul>
105202  </nav>
105203  </div>
105204  </section>
105205  </div>
105206  </div>
105207  </div></li>
105208  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment.html">Diagnosis &amp; Treatment</a>
105209  <div class="subnav-mask">
105210  <div class="subnav-wrapper">
105211  <div class="subnav col10 pad">
105212  <section class="nested">
```

```
105213 <div class="col4 main-column">
105214 <nav class="secondary">
105215 <ul>
105216 <li class="mobile-nav-back"><a href="/patients-family/diagnosis-treatment.html"
    … aria-label="Back to Diagnosis &amp; Treatment">Diagnosis &amp; Treatment</a></li>
105217 <li class="primary-nav-item">
105218 <a href="/patients-family/diagnosis-treatment.html" aria-label="Diagnosis &amp;
    … Treatment Home">Diagnosis &amp; Treatment Home</a></li>
105219 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis.html">A New Diagnosis</a>
105220 <div class="subnav-mask">
105221 <div class="subnav-wrapper">
105222 <div class="subnav col10 pad">
105223 <section class="nested">
105224 <div class="col4 main-column">
105225 <nav class="secondary">
105226 <ul>
105227 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="Back to
    … A New Diagnosis">A New Diagnosis</a></li>
105228 <li class="primary-nav-item">
105229 <a href="/patients-family/diagnosis-treatment/a-new-diagnosis.html" aria-label="A New
    … Diagnosis Home">A New Diagnosis Home</a></li>
105230 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html">
    … Diagnostic Tests</a>
105231 <div class="subnav-mask">
105232 <div class="subnav-wrapper">
105233 <div class="subnav col10 pad">
105234 <section class="nested">
105235 <div class="col4 main-column">
105236 <nav class="secondary">
105237 <ul>
105238 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
    … aria-label="Back to Diagnostic Tests">Diagnostic Tests</a></li>
105239 <li class="primary-nav-item">
105240 <a href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests.html"
    … aria-label="Diagnostic Tests Home">Diagnostic Tests Home</a></li>
105241 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis/diagnostic-tests/
    … diagnostic-imaging-procedures.html">Diagnostic Imaging Procedures</a></li>
105242 </ul>
105243 </nav>
105244 </div>
105245 </section>
105246 </div>
105247 </div>
105248 </div></li>
105249 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/a-new-diagnosis/preserving-fertility-
    … before-treatment.html">Preserving Fertility Before Treatment</a></li>
105250 </ul>
105251 </nav>
105252 </div>
105253 </section>
105254 </div>
105255 </div>
105256 </div></li>
105257 <li class="primary-nav-item has-subnav"><a href="/cancer-types.html">Cancer Types</a>
105258 <div class="subnav-mask">
105259 <div class="subnav-wrapper">
105260 <div class="subnav col10 pad">
105261 <section class="nested">
105262 <div class="col4 main-column">
105263 <nav class="secondary">
105264 <ul>
105265 <li class="mobile-nav-back"><a href="/cancer-types.html" aria-label="Back to Cancer
```

```
105265…  Types">Cancer Types</a></li>
105266  <li class="primary-nav-item">
105267  <a href="/cancer-types.html" aria-label="Cancer Types Home">Cancer Types
   …    Home</a></li>
105268  <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/acoustic-neuroma.html">Acoustic Neuroma</a>
105269  <div class="subnav-mask">
105270  <div class="subnav-wrapper">
105271  <div class="subnav col10 pad">
105272  <section class="nested">
105273  <div class="col4 main-column">
105274  <nav class="secondary">
105275  <ul>
105276  <li class="mobile-nav-back"><a href="/cancer-types/acoustic-neuroma.html"
   …    aria-label="Back to Acoustic Neuroma">Acoustic Neuroma</a></li>
105277  <li class="primary-nav-item">
105278  <a href="/cancer-types/acoustic-neuroma.html" aria-label="Acoustic Neuroma
   …    Home">Acoustic Neuroma Home</a></li>
105279  <li class="primary-nav-item"><a
   …    href="/cancer-types/acoustic-neuroma/acoustic-neuroma-facts.html">Acoustic Neuroma
   …    Facts</a></li>
105280  <li class="primary-nav-item"><a
   …    href="/cancer-types/acoustic-neuroma/acoustic-neuroma-symptoms.html">Acoustic Neuroma
   …    Symptoms</a></li>
105281  <li class="primary-nav-item"><a
   …    href="/cancer-types/acoustic-neuroma/acoustic-neuroma-diagnosis.html">Acoustic
   …    Neuroma Diagnosis</a></li>
105282  <li class="primary-nav-item"><a
   …    href="/cancer-types/acoustic-neuroma/acoustic-neuroma-treatment.html">Acoustic
   …    Neuroma Treatment</a></li>
105283  </ul>
105284  </nav>
105285  </div>
105286  </section>
105287  </div>
105288  </div>
105289  </div></li>
105290  <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/adrenal-tumors.html">Adrenal Tumors</a>
105291  <div class="subnav-mask">
105292  <div class="subnav-wrapper">
105293  <div class="subnav col10 pad">
105294  <section class="nested">
105295  <div class="col4 main-column">
105296  <nav class="secondary">
105297  <ul>
105298  <li class="mobile-nav-back"><a href="/cancer-types/adrenal-tumors.html"
   …    aria-label="Back to Adrenal Tumors">Adrenal Tumors</a></li>
105299  <li class="primary-nav-item">
105300  <a href="/cancer-types/adrenal-tumors.html" aria-label="Adrenal Tumors Home">Adrenal
   …    Tumors Home</a></li>
105301  <li class="primary-nav-item"><a
   …    href="/cancer-types/adrenal-tumors/adrenal-tumor-facts.html">Adrenal Gland Tumor
   …    Facts</a></li>
105302  <li class="primary-nav-item"><a
   …    href="/cancer-types/adrenal-tumors/adrenal-tumor-symptoms.html">Adrenal Gland Tumor
   …    Symptoms</a></li>
105303  <li class="primary-nav-item"><a
   …    href="/cancer-types/adrenal-tumors/adrenal-tumor-diagnosis.html">Adrenal Tumor
   …    Diagnosis</a></li>
105304  <li class="primary-nav-item"><a
   …    href="/cancer-types/adrenal-tumors/adrenal-tumor-treatment.html">Adrenal Tumor
   …    Treatment</a></li>
105305  </ul>
105306  </nav>
105307  </div>
105308  </section>
105309  </div>
```

```
105310  </div>
105311  </div></li>
105312  <li class="primary-nav-item has-subnav"><a href="/cancer-types/anal-cancer.html">Anal
    …   Cancer</a>
105313  <div class="subnav-mask">
105314  <div class="subnav-wrapper">
105315  <div class="subnav col10 pad">
105316  <section class="nested">
105317  <div class="col4 main-column">
105318  <nav class="secondary">
105319  <ul>
105320  <li class="mobile-nav-back"><a href="/cancer-types/anal-cancer.html" aria-label="Back
    …   to Anal Cancer">Anal Cancer</a></li>
105321  <li class="primary-nav-item">
105322  <a href="/cancer-types/anal-cancer.html" aria-label="Anal Cancer Home">Anal Cancer
    …   Home</a></li>
105323  <li class="primary-nav-item"><a
    …   href="/cancer-types/anal-cancer/anal-cancer-facts.html">Anal Cancer Facts</a></li>
105324  <li class="primary-nav-item"><a
    …   href="/cancer-types/anal-cancer/anal-cancer-symptoms.html">Anal Cancer
    …   Symptoms</a></li>
105325  <li class="primary-nav-item"><a
    …   href="/cancer-types/anal-cancer/anal-cancer-diagnosis.html">Anal Cancer
    …   Diagnosis</a></li>
105326  <li class="primary-nav-item"><a
    …   href="/cancer-types/anal-cancer/anal-cancer-treatment.html">Anal Cancer
    …   Treatment</a></li>
105327  </ul>
105328  </nav>
105329  </div>
105330  </section>
105331  </div>
105332  </div>
105333  </div></li>
105334  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/appendix-cancer.html">Appendix Cancer</a>
105335  <div class="subnav-mask">
105336  <div class="subnav-wrapper">
105337  <div class="subnav col10 pad">
105338  <section class="nested">
105339  <div class="col4 main-column">
105340  <nav class="secondary">
105341  <ul>
105342  <li class="mobile-nav-back"><a href="/cancer-types/appendix-cancer.html"
    …   aria-label="Back to Appendix Cancer">Appendix Cancer</a></li>
105343  <li class="primary-nav-item">
105344  <a href="/cancer-types/appendix-cancer.html" aria-label="Appendix Cancer
    …   Home">Appendix Cancer Home</a></li>
105345  <li class="primary-nav-item"><a
    …   href="/cancer-types/appendix-cancer/appendix-cancer-facts.html">Appendix Cancer
    …   Facts</a></li>
105346  <li class="primary-nav-item"><a
    …   href="/cancer-types/appendix-cancer/appendix-cancer-symptoms.html">Appendix Cancer
    …   Symptoms</a></li>
105347  <li class="primary-nav-item"><a
    …   href="/cancer-types/appendix-cancer/appendix-cancer-diagnosis.html">Appendix Cancer
    …   Diagnosis</a></li>
105348  <li class="primary-nav-item"><a
    …   href="/cancer-types/appendix-cancer/appendix-cancer-treatment.html">Appendix Cancer
    …   Treatment</a></li>
105349  </ul>
105350  </nav>
105351  </div>
105352  </section>
105353  </div>
105354  </div>
105355  </div></li>
105356  <li class="primary-nav-item has-subnav"><a
```

```
105356… href="/cancer-types/bile-duct-cancer.html">Bile Duct Cancer</a>
105357 <div class="subnav-mask">
105358 <div class="subnav-wrapper">
105359 <div class="subnav col10 pad">
105360 <section class="nested">
105361 <div class="col4 main-column">
105362 <nav class="secondary">
105363 <ul>
105364 <li class="mobile-nav-back"><a href="/cancer-types/bile-duct-cancer.html"
   …  aria-label="Back to Bile Duct Cancer">Bile Duct Cancer</a></li>
105365 <li class="primary-nav-item">
105366 <a href="/cancer-types/bile-duct-cancer.html" aria-label="Bile Duct Cancer Home">Bile
   …  Duct Cancer Home</a></li>
105367 <li class="primary-nav-item"><a
   …  href="/cancer-types/bile-duct-cancer/bile-duct-cancer-facts.html">Bile Duct Cancer
   …  Facts</a></li>
105368 <li class="primary-nav-item"><a
   …  href="/cancer-types/bile-duct-cancer/bile-duct-cancer-symptoms.html">Bile Duct Cancer
   …  Symptoms</a></li>
105369 <li class="primary-nav-item"><a
   …  href="/cancer-types/bile-duct-cancer/bile-duct-cancer-diagnosis.html">Bile Duct
   …  Cancer Diagnosis</a></li>
105370 <li class="primary-nav-item"><a
   …  href="/cancer-types/bile-duct-cancer/bile-duct-cancer-treatment.html">Bile Duct
   …  Cancer Treatment</a></li>
105371 </ul>
105372 </nav>
105373 </div>
105374 </section>
105375 </div>
105376 </div>
105377 </div></li>
105378 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/bladder-cancer.html">Bladder Cancer</a>
105379 <div class="subnav-mask">
105380 <div class="subnav-wrapper">
105381 <div class="subnav col10 pad">
105382 <section class="nested">
105383 <div class="col4 main-column">
105384 <nav class="secondary">
105385 <ul>
105386 <li class="mobile-nav-back"><a href="/cancer-types/bladder-cancer.html"
   …  aria-label="Back to Bladder Cancer">Bladder Cancer</a></li>
105387 <li class="primary-nav-item">
105388 <a href="/cancer-types/bladder-cancer.html" aria-label="Bladder Cancer Home">Bladder
   …  Cancer Home</a></li>
105389 <li class="primary-nav-item"><a
   …  href="/cancer-types/bladder-cancer/bladder-cancer-facts.html">Bladder Cancer
   …  Facts</a></li>
105390 <li class="primary-nav-item"><a
   …  href="/cancer-types/bladder-cancer/bladder-cancer-symptoms.html">Bladder Cancer
   …  Symptoms</a></li>
105391 <li class="primary-nav-item"><a
   …  href="/cancer-types/bladder-cancer/bladder-cancer-diagnosis.html">Bladder Cancer
   …  Diagnosis</a></li>
105392 <li class="primary-nav-item"><a
   …  href="/cancer-types/bladder-cancer/bladder-cancer-treatment.html">Bladder Cancer
   …  Treatment</a></li>
105393 </ul>
105394 </nav>
105395 </div>
105396 </section>
105397 </div>
105398 </div>
105399 </div></li>
105400 <li class="primary-nav-item has-subnav"><a href="/cancer-types/bone-cancer.html">Bone
   …  Cancer</a>
105401 <div class="subnav-mask">
```

```
105402 <div class="subnav-wrapper">
105403 <div class="subnav col10 pad">
105404 <section class="nested">
105405 <div class="col4 main-column">
105406 <nav class="secondary">
105407 <ul>
105408 <li class="mobile-nav-back"><a href="/cancer-types/bone-cancer.html" aria-label="Back
    … to Bone Cancer">Bone Cancer</a></li>
105409 <li class="primary-nav-item">
105410 <a href="/cancer-types/bone-cancer.html" aria-label="Bone Cancer Home">Bone Cancer
    … Home</a></li>
105411 <li class="primary-nav-item"><a
    … href="/cancer-types/bone-cancer/bone-cancer-facts.html">Bone Cancer Facts</a></li>
105412 <li class="primary-nav-item"><a
    … href="/cancer-types/bone-cancer/bone-cancer-symptoms.html">Bone Cancer
    … Symptoms</a></li>
105413 <li class="primary-nav-item"><a
    … href="/cancer-types/bone-cancer/bone-cancer-diagnosis.html">Bone Cancer
    … Diagnosis</a></li>
105414 <li class="primary-nav-item"><a
    … href="/cancer-types/bone-cancer/bone-cancer-treatment.html">Bone Cancer
    … Treatment</a></li>
105415 </ul>
105416 </nav>
105417 </div>
105418 </section>
105419 </div>
105420 </div>
105421 </div></li>
105422 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/brain-tumor.html">Brain Tumors</a>
105423 <div class="subnav-mask">
105424 <div class="subnav-wrapper">
105425 <div class="subnav col10 pad">
105426 <section class="nested">
105427 <div class="col4 main-column">
105428 <nav class="secondary">
105429 <ul>
105430 <li class="mobile-nav-back"><a href="/cancer-types/brain-tumor.html" aria-label="Back
    … to Brain Tumors">Brain Tumors</a></li>
105431 <li class="primary-nav-item">
105432 <a href="/cancer-types/brain-tumor.html" aria-label="Brain Tumors Home">Brain Tumors
    … Home</a></li>
105433 <li class="primary-nav-item"><a
    … href="/cancer-types/brain-tumor/brain-tumor-facts.html">Brain Tumor Facts</a></li>
105434 <li class="primary-nav-item"><a
    … href="/cancer-types/brain-tumor/brain-tumor-symptoms.html">Brain Tumor
    … Symptoms</a></li>
105435 <li class="primary-nav-item"><a
    … href="/cancer-types/brain-tumor/brain-tumor-diagnosis.html">Brain Tumor
    … Diagnosis</a></li>
105436 <li class="primary-nav-item"><a
    … href="/cancer-types/brain-tumor/brain-tumor-treatment.html">Brain Tumor
    … Treatment</a></li>
105437 </ul>
105438 </nav>
105439 </div>
105440 </section>
105441 </div>
105442 </div>
105443 </div></li>
105444 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/breast-cancer.html">Breast Cancer</a>
105445 <div class="subnav-mask">
105446 <div class="subnav-wrapper">
105447 <div class="subnav col10 pad">
105448 <section class="nested">
105449 <div class="col4 main-column">
```

```
105450 <nav class="secondary">
105451 <ul>
105452 <li class="mobile-nav-back"><a href="/cancer-types/breast-cancer.html"
    ... aria-label="Back to Breast Cancer">Breast Cancer</a></li>
105453 <li class="primary-nav-item">
105454 <a href="/cancer-types/breast-cancer.html" aria-label="Breast Cancer Home">Breast
    ... Cancer Home</a></li>
105455 <li class="primary-nav-item"><a
    ... href="/cancer-types/breast-cancer/breast-cancer-facts.html">Breast Cancer
    ... Facts</a></li>
105456 <li class="primary-nav-item"><a
    ... href="/cancer-types/breast-cancer/breast-cancer-symptoms.html">Breast Cancer
    ... Symptoms</a></li>
105457 <li class="primary-nav-item"><a
    ... href="/cancer-types/breast-cancer/breast-cancer-diagnosis.html">Breast Cancer
    ... Diagnosis</a></li>
105458 <li class="primary-nav-item"><a
    ... href="/cancer-types/breast-cancer/breast-cancer-treatment.html">Breast Cancer
    ... Treatment</a></li>
105459 </ul>
105460 </nav>
105461 </div>
105462 </section>
105463 </div>
105464 </div>
105465 </div></li>
105466 <li class="primary-nav-item has-subnav"><a
    ... href="/cancer-types/cancer-of-unknown-primary.html">Cancer of Unknown Primary
    ... (CUP)</a>
105467 <div class="subnav-mask">
105468 <div class="subnav-wrapper">
105469 <div class="subnav col10 pad">
105470 <section class="nested">
105471 <div class="col4 main-column">
105472 <nav class="secondary">
105473 <ul>
105474 <li class="mobile-nav-back"><a href="/cancer-types/cancer-of-unknown-primary.html"
    ... aria-label="Back to Cancer of Unknown Primary (CUP)">Cancer of Unknown Primary
    ... (CUP)</a></li>
105475 <li class="primary-nav-item">
105476 <a href="/cancer-types/cancer-of-unknown-primary.html" aria-label="Cancer of Unknown
    ... Primary (CUP) Home">Cancer of Unknown Primary (CUP) Home</a></li>
105477 <li class="primary-nav-item"><a
    ... href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-facts.html">
    ... Cancer of Unknown Primary Facts</a></li>
105478 <li class="primary-nav-item"><a
    ... href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-symptoms.html
    ... ">Cancer of Unknown Primary Symptoms</a></li>
105479 <li class="primary-nav-item"><a
    ... href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-diagnosis.
    ... html">Cancer of Unknown Primary Diagnosis</a></li>
105480 <li class="primary-nav-item"><a
    ... href="/cancer-types/cancer-of-unknown-primary/cancer-of-unknown-primary-treatment.
    ... html">Cancer of Unknown Primary Treatment</a></li>
105481 </ul>
105482 </nav>
105483 </div>
105484 </section>
105485 </div>
105486 </div>
105487 </div></li>
105488 <li class="primary-nav-item has-subnav"><a
    ... href="/cancer-types/carcinoid-tumors.html">Carcinoid Tumors</a>
105489 <div class="subnav-mask">
105490 <div class="subnav-wrapper">
105491 <div class="subnav col10 pad">
105492 <section class="nested">
105493 <div class="col4 main-column">
```

```
105494 <nav class="secondary">
105495 <ul>
105496 <li class="mobile-nav-back"><a href="/cancer-types/carcinoid-tumors.html"
     aria-label="Back to Carcinoid Tumors">Carcinoid Tumors</a></li>
105497 <li class="primary-nav-item">
105498 <a href="/cancer-types/carcinoid-tumors.html" aria-label="Carcinoid Tumors
     Home">Carcinoid Tumors Home</a></li>
105499 <li class="primary-nav-item"><a
     href="/cancer-types/carcinoid-tumors/carcinoid-tumor-facts.html">Carcinoid Tumor
     Facts</a></li>
105500 <li class="primary-nav-item"><a
     href="/cancer-types/carcinoid-tumors/carcinoid-tumor-symptoms.html">Carcinoid Tumor
     Symptoms</a></li>
105501 <li class="primary-nav-item"><a
     href="/cancer-types/carcinoid-tumors/carcinoid-tumor-diagnosis.html">Carcinoid Tumor
     Diagnosis</a></li>
105502 <li class="primary-nav-item"><a
     href="/cancer-types/carcinoid-tumors/carcinoid-tumor-treatment.html">Carcinoid Tumor
     Treatment</a></li>
105503 </ul>
105504 </nav>
105505 </div>
105506 </section>
105507 </div>
105508 </div>
105509 </div></li>
105510 <li class="primary-nav-item has-subnav"><a
     href="/cancer-types/cervical-cancer.html">Cervical Cancer</a>
105511 <div class="subnav-mask">
105512 <div class="subnav-wrapper">
105513 <div class="subnav col10 pad">
105514 <section class="nested">
105515 <div class="col4 main-column">
105516 <nav class="secondary">
105517 <ul>
105518 <li class="mobile-nav-back"><a href="/cancer-types/cervical-cancer.html"
     aria-label="Back to Cervical Cancer">Cervical Cancer</a></li>
105519 <li class="primary-nav-item">
105520 <a href="/cancer-types/cervical-cancer.html" aria-label="Cervical Cancer
     Home">Cervical Cancer Home</a></li>
105521 <li class="primary-nav-item"><a
     href="/cancer-types/cervical-cancer/cervical-cancer-facts.html">Cervical Cancer
     Facts</a></li>
105522 <li class="primary-nav-item"><a
     href="/cancer-types/cervical-cancer/cervical-cancer-symptoms.html">Cervical Cancer
     Symptoms</a></li>
105523 <li class="primary-nav-item"><a
     href="/cancer-types/cervical-cancer/cervical-cancer-diagnosis.html">Cervical Cancer
     Diagnosis</a></li>
105524 <li class="primary-nav-item"><a
     href="/cancer-types/cervical-cancer/cervical-cancer-treatment.html">Cervical Cancer
     Treatment</a></li>
105525 <li class="primary-nav-item"><a
     href="/cancer-types/cervical-cancer/small-and-large-cell-cervical-cancer.html">Small
     and Large Cell Cervical Cancer</a></li>
105526 </ul>
105527 </nav>
105528 </div>
105529 </section>
105530 </div>
105531 </div>
105532 </div></li>
105533 <li class="primary-nav-item has-subnav"><a
     href="/cancer-types/childhood-brain-tumors.html">Childhood Brain Tumors</a>
105534 <div class="subnav-mask">
105535 <div class="subnav-wrapper">
105536 <div class="subnav col10 pad">
105537 <section class="nested">
```

```
105538  <div class="col4 main-column">
105539  <nav class="secondary">
105540  <ul>
105541  <li class="mobile-nav-back"><a href="/cancer-types/childhood-brain-tumors.html"
    …   aria-label="Back to Childhood Brain Tumors">Childhood Brain Tumors</a></li>
105542  <li class="primary-nav-item">
105543  <a href="/cancer-types/childhood-brain-tumors.html" aria-label="Childhood Brain
    …   Tumors Home">Childhood Brain Tumors Home</a></li>
105544  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-facts.html">
    …   Childhood Brain Tumor Facts</a></li>
105545  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-symptoms.html">
    …   Childhood Brain Tumor Symptoms</a></li>
105546  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-diagnosis.html">
    …   Childhood Brain Tumor Diagnosis</a></li>
105547  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-brain-tumors/childhood-brain-tumor-treatment.html">
    …   Childhood Brain Tumor Treatment</a></li>
105548  </ul>
105549  </nav>
105550  </div>
105551  </section>
105552  </div>
105553  </div>
105554  </div></li>
105555  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/childhood-germ-cell-tumors.html">Childhood Germ Cell Tumors</a>
105556  <div class="subnav-mask">
105557  <div class="subnav-wrapper">
105558  <div class="subnav col10 pad">
105559  <section class="nested">
105560  <div class="col4 main-column">
105561  <nav class="secondary">
105562  <ul>
105563  <li class="mobile-nav-back"><a href="/cancer-types/childhood-germ-cell-tumors.html"
    …   aria-label="Back to Childhood Germ Cell Tumors">Childhood Germ Cell Tumors</a></li>
105564  <li class="primary-nav-item">
105565  <a href="/cancer-types/childhood-germ-cell-tumors.html" aria-label="Childhood Germ
    …   Cell Tumors Home">Childhood Germ Cell Tumors Home</a></li>
105566  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-facts.html"
    …   >Childhood Germ Cell Tumors Facts</a></li>
105567  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-symptoms.
    …   html">Childhood Germ Cell Tumors Symptoms</a></li>
105568  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-diagnosis.
    …   html">Childhood Germ Cell Tumors Diagnosis</a></li>
105569  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-germ-cell-tumors/childhood-germ-cell-tumors-treatment.
    …   html">Childhood Germ Cell Tumors Treatment</a></li>
105570  </ul>
105571  </nav>
105572  </div>
105573  </section>
105574  </div>
105575  </div>
105576  </div></li>
105577  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/childhood-hematology-disorders.html">Childhood Hematology
    …   Disorders</a>
105578  <div class="subnav-mask">
105579  <div class="subnav-wrapper">
105580  <div class="subnav col10 pad">
105581  <section class="nested">
105582  <div class="col4 main-column">
```

```
105583 <nav class="secondary">
105584 <ul>
105585 <li class="mobile-nav-back"><a
    … href="/cancer-types/childhood-hematology-disorders.html" aria-label="Back to
    … Childhood Hematology Disorders">Childhood Hematology Disorders</a></li>
105586 <li class="primary-nav-item">
105587 <a href="/cancer-types/childhood-hematology-disorders.html" aria-label="Childhood
    … Hematology Disorders Home">Childhood Hematology Disorders Home</a></li>
105588 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … facts.html">Childhood Hematology Disorders Facts</a></li>
105589 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … symptoms.html">Childhood Hematology Disorders Symptoms</a></li>
105590 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … diagnosis.html">Childhood Hematology Disorders Diagnosis</a></li>
105591 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-hematology-disorders/childhood-hematology-disorders-
    … treatment.html">Childhood Hematology Disorders Treatment</a></li>
105592 </ul>
105593 </nav>
105594 </div>
105595 </section>
105596 </div>
105597 </div>
105598 </div></li>
105599 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-leukemia.html">Childhood Leukemia</a>
105600 <div class="subnav-mask">
105601 <div class="subnav-wrapper">
105602 <div class="subnav col10 pad">
105603 <section class="nested">
105604 <div class="col4 main-column">
105605 <nav class="secondary">
105606 <ul>
105607 <li class="mobile-nav-back"><a href="/cancer-types/childhood-leukemia.html"
    … aria-label="Back to Childhood Leukemia">Childhood Leukemia</a></li>
105608 <li class="primary-nav-item">
105609 <a href="/cancer-types/childhood-leukemia.html" aria-label="Childhood Leukemia
    … Home">Childhood Leukemia Home</a></li>
105610 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-facts.html">Childhood
    … Leukemia Facts</a></li>
105611 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-symptoms.html">Childhood
    … Leukemia Symptoms</a></li>
105612 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-diagnosis.html">Childhood
    … Leukemia Diagnosis</a></li>
105613 <li class="primary-nav-item"><a
    … href="/cancer-types/childhood-leukemia/childhood-leukemia-treatment.html">Childhood
    … Leukemia Treatment</a></li>
105614 </ul>
105615 </nav>
105616 </div>
105617 </section>
105618 </div>
105619 </div>
105620 </div></li>
105621 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/childhood-lymphoma.html">Childhood Lymphoma</a>
105622 <div class="subnav-mask">
105623 <div class="subnav-wrapper">
105624 <div class="subnav col10 pad">
105625 <section class="nested">
105626 <div class="col4 main-column">
105627 <nav class="secondary">
```

```
105628  <ul
105629  <li class="mobile-nav-back"><a href="/cancer-types/childhood-lymphoma.html"
   …    aria-label="Back to Childhood Lymphoma">Childhood Lymphoma</a></li>
105630  <li class="primary-nav-item">
105631  <a href="/cancer-types/childhood-lymphoma.html" aria-label="Childhood Lymphoma
   …    Home">Childhood Lymphoma Home</a></li>
105632  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-facts.html">Childhood
   …    Lymphoma Facts</a></li>
105633  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-symptoms.html">Childhood
   …    Lymphoma Symptoms</a></li>
105634  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-diagnosis.html">Childhood
   …    Lymphoma Diagnosis</a></li>
105635  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-lymphoma/childhood-lymphoma-treatment.html">Childhood
   …    Lymphoma Treatment</a></li>
105636  </ul>
105637  </nav>
105638  </div>
105639  </section>
105640  </div>
105641  </div>
105642  </div></li>
105643  <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/childhood-liver-cancer.html">Childhood Liver Cancer</a>
105644  <div class="subnav-mask">
105645  <div class="subnav-wrapper">
105646  <div class="subnav col10 pad">
105647  <section class="nested">
105648  <div class="col4 main-column">
105649  <nav class="secondary">
105650  <ul>
105651  <li class="mobile-nav-back"><a href="/cancer-types/childhood-liver-cancer.html"
   …    aria-label="Back to Childhood Liver Cancer">Childhood Liver Cancer</a></li>
105652  <li class="primary-nav-item">
105653  <a href="/cancer-types/childhood-liver-cancer.html" aria-label="Childhood Liver
   …    Cancer Home">Childhood Liver Cancer Home</a></li>
105654  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-facts.html">
   …    Childhood Liver Cancer Facts</a></li>
105655  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-symptoms.html">
   …    Childhood Liver Cancer Symptoms</a></li>
105656  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-diagnosis.html">
   …    Childhood Liver Cancer Diagnosis</a></li>
105657  <li class="primary-nav-item"><a
   …    href="/cancer-types/childhood-liver-cancer/childhood-liver-cancer-treatment.html">
   …    Childhood Liver Cancer Treatment</a></li>
105658  </ul>
105659  </nav>
105660  </div>
105661  </section>
105662  </div>
105663  </div>
105664  </div></li>
105665  <li class="primary-nav-item has-subnav"><a
   …    href="/cancer-types/childhood-melanoma.html">Childhood Melanoma</a>
105666  <div class="subnav-mask">
105667  <div class="subnav-wrapper">
105668  <div class="subnav col10 pad">
105669  <section class="nested">
105670  <div class="col4 main-column">
105671  <nav class="secondary">
105672  <ul>
105673  <li class="mobile-nav-back"><a href="/cancer-types/childhood-melanoma.html"
```

```
105673…  aria-label="Back to Childhood Melanoma">Childhood Melanoma</a></li>
105674  <li class="primary-nav-item">
105675  <a href="/cancer-types/childhood-melanoma.html" aria-label="Childhood Melanoma
    …   Home">Childhood Melanoma Home</a></li>
105676  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-melanoma/childhood-melanoma-facts.html">Childhood
    …   Melanoma Facts</a></li>
105677  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-melanoma/childhood-melanoma-symptoms.html">Childhood
    …   Melanoma Symptoms</a></li>
105678  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-melanoma/childhood-melanoma-diagnosis.html">Childhood
    …   Melanoma Diagnosis</a></li>
105679  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-melanoma/childhood-melanoma-treatment.html">Childhood
    …   Melanoma Treatment</a></li>
105680  </ul>
105681  </nav>
105682  </div>
105683  </section>
105684  </div>
105685  </div>
105686  </div></li>
105687  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/childhood-osteosarcoma.html">Childhood Osteosarcoma</a>
105688  <div class="subnav-mask">
105689  <div class="subnav-wrapper">
105690  <div class="subnav col10 pad">
105691  <section class="nested">
105692  <div class="col4 main-column">
105693  <nav class="secondary">
105694  <ul>
105695  <li class="mobile-nav-back"><a href="/cancer-types/childhood-osteosarcoma.html"
    …   aria-label="Back to Childhood Osteosarcoma">Childhood Osteosarcoma</a></li>
105696  <li class="primary-nav-item">
105697  <a href="/cancer-types/childhood-osteosarcoma.html" aria-label="Childhood
    …   Osteosarcoma Home">Childhood Osteosarcoma Home</a></li>
105698  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-facts.html">
    …   Childhood Osteosarcoma Facts</a></li>
105699  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-symptoms.html">
    …   Childhood Osteosarcoma Symptoms</a></li>
105700  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-diagnosis.html">
    …   Childhood Osteosarcoma Diagnosis</a></li>
105701  <li class="primary-nav-item"><a
    …   href="/cancer-types/childhood-osteosarcoma/childhood-osteosarcoma-treatment.html">
    …   Childhood Osteosarcoma Treatment</a></li>
105702  </ul>
105703  </nav>
105704  </div>
105705  </section>
105706  </div>
105707  </div>
105708  </div></li>
105709  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/childhood-soft-tissue-sarcoma.html">Childhood Soft Tissue
    …   Sarcoma</a>
105710  <div class="subnav-mask">
105711  <div class="subnav-wrapper">
105712  <div class="subnav col10 pad">
105713  <section class="nested">
105714  <div class="col4 main-column">
105715  <nav class="secondary">
105716  <ul>
105717  <li class="mobile-nav-back"><a
    …   href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Back to Childhood
```

```
105717…  Soft Tissue Sarcoma">Childhood Soft Tissue Sarcoma</a></li>
105718  <li class="primary-nav-item">
105719  <a href="/cancer-types/childhood-soft-tissue-sarcoma.html" aria-label="Childhood Soft
    …    Tissue Sarcoma Home">Childhood Soft Tissue Sarcoma Home</a></li>
105720  <li class="primary-nav-item"><a
    …    href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-facts
    …    .html">Childhood Soft Tissue Sarcoma Facts</a></li>
105721  <li class="primary-nav-item"><a
    …    href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
    …    symptoms.html">Childhood Soft Tissue Sarcoma Symptoms</a></li>
105722  <li class="primary-nav-item"><a
    …    href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
    …    diagnosis.html">Childhood Soft Tissue Sarcoma Diagnosis</a></li>
105723  <li class="primary-nav-item"><a
    …    href="/cancer-types/childhood-soft-tissue-sarcoma/childhood-soft-tissue-sarcoma-
    …    treatment.html">Childhood Soft Tissue Sarcoma Treatment</a></li>
105724  </ul>
105725  </nav>
105726  </div>
105727  </section>
105728  </div>
105729  </div>
105730  </div></li>
105731  <li class="primary-nav-item has-subnav"><a
    …    href="/cancer-types/colon-cancer.html">Colon Cancer</a>
105732  <div class="subnav-mask">
105733  <div class="subnav-wrapper">
105734  <div class="subnav col10 pad">
105735  <section class="nested">
105736  <div class="col4 main-column">
105737  <nav class="secondary">
105738  <ul>
105739  <li class="mobile-nav-back"><a href="/cancer-types/colon-cancer.html"
    …    aria-label="Back to Colon Cancer">Colon Cancer</a></li>
105740  <li class="primary-nav-item">
105741  <a href="/cancer-types/colon-cancer.html" aria-label="Colon Cancer Home">Colon Cancer
    …    Home</a></li>
105742  <li class="primary-nav-item"><a
    …    href="/cancer-types/colon-cancer/colon-cancer-facts.html">Colon Cancer Facts</a></li>
105743  <li class="primary-nav-item"><a
    …    href="/cancer-types/colon-cancer/colon-cancer-symptoms.html">Colon Cancer
    …    Symptoms</a></li>
105744  <li class="primary-nav-item"><a
    …    href="/cancer-types/colon-cancer/colon-cancer-diagnosis.html">Colon Cancer
    …    Diagnosis</a></li>
105745  <li class="primary-nav-item"><a
    …    href="/cancer-types/colon-cancer/colon-cancer-treatment.html">Colon Cancer
    …    Treatment</a></li>
105746  </ul>
105747  </nav>
105748  </div>
105749  </section>
105750  </div>
105751  </div>
105752  </div></li>
105753  <li class="primary-nav-item has-subnav"><a
    …    href="/cancer-types/desmoplastic-small-round-cell-tumors.html">Desmoplastic Small
    …    Round Cell Tumors (DSRCT)</a>
105754  <div class="subnav-mask">
105755  <div class="subnav-wrapper">
105756  <div class="subnav col10 pad">
105757  <section class="nested">
105758  <div class="col4 main-column">
105759  <nav class="secondary">
105760  <ul>
105761  <li class="mobile-nav-back"><a
    …    href="/cancer-types/desmoplastic-small-round-cell-tumors.html" aria-label="Back to
    …    Desmoplastic Small Round Cell Tumors (DSRCT)">Desmoplastic Small Round Cell Tumors
```

```
105761  (DSRCT)</a></li>
105762  <li class="primary-nav-item">
105763  <a href="/cancer-types/desmoplastic-small-round-cell-tumors.html"
    …   aria-label="Desmoplastic Small Round Cell Tumors (DSRCT) Home">Desmoplastic Small
    …   Round Cell Tumors (DSRCT) Home</a></li>
105764  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
    …   cell-tumors-facts.html">Desmoplastic Small Round Cell Tumors (DSRCT) Facts</a></li>
105765  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
    …   cell-tumors-symptoms.html">Desmoplastic Small Round Cell Tumors (DSRCT)
    …   Symptoms</a></li>
105766  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
    …   cell-tumors-diagnosis.html">Desmoplastic Small Round Cell Tumors (DSRCT)
    …   Diagnosis</a></li>
105767  <li class="primary-nav-item"><a
    …   href="/cancer-types/desmoplastic-small-round-cell-tumors/desmoplastic-small-round-
    …   cell-tumors-treatment.html">Desmoplastic Small Round Cell Tumors (DSRCT)
    …   Treatment</a></li>
105768  </ul>
105769  </nav>
105770  </div>
105771  </section>
105772  </div>
105773  </div>
105774  </div></li>
105775  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/esophageal-cancer.html">Esophageal Cancer</a>
105776  <div class="subnav-mask">
105777  <div class="subnav-wrapper">
105778  <div class="subnav col10 pad">
105779  <section class="nested">
105780  <div class="col4 main-column">
105781  <nav class="secondary">
105782  <ul>
105783  <li class="mobile-nav-back"><a href="/cancer-types/esophageal-cancer.html"
    …   aria-label="Back to Esophageal Cancer">Esophageal Cancer</a></li>
105784  <li class="primary-nav-item">
105785  <a href="/cancer-types/esophageal-cancer.html" aria-label="Esophageal Cancer
    …   Home">Esophageal Cancer Home</a></li>
105786  <li class="primary-nav-item"><a
    …   href="/cancer-types/esophageal-cancer/esophageal-cancer-facts.html">Esophageal Cancer
    …   Facts</a></li>
105787  <li class="primary-nav-item"><a
    …   href="/cancer-types/esophageal-cancer/esophageal-cancer-symptoms.html">Esophageal
    …   Cancer Symptoms</a></li>
105788  <li class="primary-nav-item"><a
    …   href="/cancer-types/esophageal-cancer/esophageal-cancer-diagnosis.html">Esophageal
    …   Cancer Diagnosis</a></li>
105789  <li class="primary-nav-item"><a
    …   href="/cancer-types/esophageal-cancer/esophageal-cancer-treatment.html">Esophageal
    …   Cancer Treatment</a></li>
105790  </ul>
105791  </nav>
105792  </div>
105793  </section>
105794  </div>
105795  </div>
105796  </div></li>
105797  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/ewings-sarcoma.html">Ewing's Sarcoma</a>
105798  <div class="subnav-mask">
105799  <div class="subnav-wrapper">
105800  <div class="subnav col10 pad">
105801  <section class="nested">
105802  <div class="col4 main-column">
105803  <nav class="secondary">
```

```
105804  <ul>
105805  <li class="mobile-nav-back"><a href="/cancer-types/ewings-sarcoma.html"
    …   aria-label="Back to Ewing&#39;s Sarcoma">Ewing's Sarcoma</a></li>
105806  <li class="primary-nav-item">
105807  <a href="/cancer-types/ewings-sarcoma.html" aria-label="Ewing&#39;s Sarcoma
    …   Home">Ewing's Sarcoma Home</a></li>
105808  <li class="primary-nav-item"><a
    …   href="/cancer-types/ewings-sarcoma/ewings-sarcoma-facts.html">Ewing's Sarcoma
    …   Facts</a></li>
105809  <li class="primary-nav-item"><a
    …   href="/cancer-types/ewings-sarcoma/ewings-sarcoma-symptoms.html">Ewing's Sarcoma
    …   Symptoms</a></li>
105810  <li class="primary-nav-item"><a
    …   href="/cancer-types/ewings-sarcoma/ewings-sarcoma-diagnosis.html">Ewing's Sarcoma
    …   Diagnosis</a></li>
105811  <li class="primary-nav-item"><a
    …   href="/cancer-types/ewings-sarcoma/ewings-sarcoma-treatment.html">Ewing's Sarcoma
    …   Treatment</a></li>
105812  </ul>
105813  </nav>
105814  </div>
105815  </section>
105816  </div>
105817  </div>
105818  </div></li>
105819  <li class="primary-nav-item has-subnav"><a href="/cancer-types/eye-cancer.html">Eye
    …   Cancer</a>
105820  <div class="subnav-mask">
105821  <div class="subnav-wrapper">
105822  <div class="subnav col10 pad">
105823  <section class="nested">
105824  <div class="col4 main-column">
105825  <nav class="secondary">
105826  <ul>
105827  <li class="mobile-nav-back"><a href="/cancer-types/eye-cancer.html" aria-label="Back
    …   to Eye Cancer">Eye Cancer</a></li>
105828  <li class="primary-nav-item">
105829  <a href="/cancer-types/eye-cancer.html" aria-label="Eye Cancer Home">Eye Cancer
    …   Home</a></li>
105830  <li class="primary-nav-item"><a
    …   href="/cancer-types/eye-cancer/eye-cancer-facts.html">Eye Cancer Facts</a></li>
105831  <li class="primary-nav-item"><a
    …   href="/cancer-types/eye-cancer/eye-cancer-symptoms.html">Eye Cancer Symptoms</a></li>
105832  <li class="primary-nav-item"><a
    …   href="/cancer-types/eye-cancer/eye-cancer-diagnosis.html">Eye Cancer
    …   Diagnosis</a></li>
105833  <li class="primary-nav-item"><a
    …   href="/cancer-types/eye-cancer/eye-cancer-treatment.html">Eye Cancer
    …   Treatment</a></li>
105834  </ul>
105835  </nav>
105836  </div>
105837  </section>
105838  </div>
105839  </div>
105840  </div></li>
105841  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/fallopian-tube-cancer.html">Fallopian Tube Cancer</a>
105842  <div class="subnav-mask">
105843  <div class="subnav-wrapper">
105844  <div class="subnav col10 pad">
105845  <section class="nested">
105846  <div class="col4 main-column">
105847  <nav class="secondary">
105848  <ul>
105849  <li class="mobile-nav-back"><a href="/cancer-types/fallopian-tube-cancer.html"
    …   aria-label="Back to Fallopian Tube Cancer">Fallopian Tube Cancer</a></li>
105850  <li class="primary-nav-item">
```

```
105851  <a href="/cancer-types/fallopian-tube-cancer.html" aria-label="Fallopian Tube Cancer
    ⋯   Home">Fallopian Tube Cancer Home</a></li>
105852  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-facts.html">Fallopian
    ⋯   Tube Cancer Facts</a></li>
105853  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-symptoms.html">
    ⋯   Fallopian Tube Cancer Symptoms</a></li>
105854  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-diagnosis.html">
    ⋯   Fallopian Tube Cancer Diagnosis</a></li>
105855  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/fallopian-tube-cancer/fallopian-tube-cancer-treatment.html">
    ⋯   Fallopian Tube Cancer Treatment</a></li>
105856  </ul>
105857  </nav>
105858  </div>
105859  </section>
105860  </div>
105861  </div>
105862  </div></li>
105863  <li class="primary-nav-item has-subnav"><a
    ⋯   href="/cancer-types/hodgkins-lymphoma.html">Hodgkin's Lymphoma</a>
105864  <div class="subnav-mask">
105865  <div class="subnav-wrapper">
105866  <div class="subnav col10 pad">
105867  <section class="nested">
105868  <div class="col4 main-column">
105869  <nav class="secondary">
105870  <ul>
105871  <li class="mobile-nav-back"><a href="/cancer-types/hodgkins-lymphoma.html"
    ⋯   aria-label="Back to Hodgkin&#39;s Lymphoma">Hodgkin's Lymphoma</a></li>
105872  <li class="primary-nav-item">
105873  <a href="/cancer-types/hodgkins-lymphoma.html" aria-label="Hodgkin&#39;s Lymphoma
    ⋯   Home">Hodgkin's Lymphoma Home</a></li>
105874  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-facts.html">Hodgkin's
    ⋯   Lymphoma Facts</a></li>
105875  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-symptoms.html">Hodgkin's
    ⋯   Lymphoma Symptoms</a></li>
105876  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-diagnosis.html">Hodgkin's
    ⋯   Lymphoma Diagnosis</a></li>
105877  <li class="primary-nav-item"><a
    ⋯   href="/cancer-types/hodgkins-lymphoma/hodgkins-lymphoma-treatment.html">Hodgkin's
    ⋯   Lymphoma Treatment</a></li>
105878  </ul>
105879  </nav>
105880  </div>
105881  </section>
105882  </div>
105883  </div>
105884  </div></li>
105885  <li class="primary-nav-item has-subnav"><a
    ⋯   href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html">Implant-
    ⋯   Associated Anaplastic Large Cell Lymphoma (ALCL)</a>
105886  <div class="subnav-mask">
105887  <div class="subnav-wrapper">
105888  <div class="subnav col10 pad">
105889  <section class="nested">
105890  <div class="col4 main-column">
105891  <nav class="secondary">
105892  <ul>
105893  <li class="mobile-nav-back"><a
    ⋯   href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
    ⋯   aria-label="Back to Implant-Associated Anaplastic Large Cell Lymphoma
    ⋯   (ALCL)">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)</a></li>
```

```
105894  <li class="primary-nav-item"><a
105895  <a href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma.html"
    ...  aria-label="Implant-Associated Anaplastic Large Cell Lymphoma (ALCL)
    ...  Home">Implant-Associated Anaplastic Large Cell Lymphoma (ALCL) Home</a></li>
105896  <li class="primary-nav-item"><a
    ...  href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    ...  associated-anaplastic-large-cell-lymphoma-facts.html">Implant-Associated Anaplastic
    ...  Large Cell Lymphoma (ALCL) Facts</a></li>
105897  <li class="primary-nav-item"><a
    ...  href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    ...  associated-anaplastic-large-cell-lymphoma-symptoms.html">Implant-Associated
    ...  Anaplastic Large Cell Lymphoma (ALCL) Symptoms</a></li>
105898  <li class="primary-nav-item"><a
    ...  href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    ...  associated-anaplastic-large-cell-lymphoma-diagnosis.html">Implant-Associated
    ...  Anaplastic Large Cell Lymphoma (ALCL) Diagnosis</a></li>
105899  <li class="primary-nav-item"><a
    ...  href="/cancer-types/implant-associated-anaplastic-large-cell-lymphoma/implant-
    ...  associated-anaplastic-large-cell-lymphoma-treatment.html">Implant-Associated
    ...  Anaplastic Large Cell Lymphoma (ALCL) Treatment</a></li>
105900  </ul>
105901  </nav>
105902  </div>
105903  </section>
105904  </div>
105905  </div>
105906  </div></li>
105907  <li class="primary-nav-item has-subnav"><a
    ...  href="/cancer-types/inflammatory-breast-cancer.html">Inflammatory Breast Cancer
    ...  (IBC)</a>
105908  <div class="subnav-mask">
105909  <div class="subnav-wrapper">
105910  <div class="subnav col10 pad">
105911  <section class="nested">
105912  <div class="col4 main-column">
105913  <nav class="secondary">
105914  <ul>
105915  <li class="mobile-nav-back"><a href="/cancer-types/inflammatory-breast-cancer.html"
    ...  aria-label="Back to Inflammatory Breast Cancer (IBC)">Inflammatory Breast Cancer
    ...  (IBC)</a></li>
105916  <li class="primary-nav-item">
105917  <a href="/cancer-types/inflammatory-breast-cancer.html" aria-label="Inflammatory
    ...  Breast Cancer (IBC) Home">Inflammatory Breast Cancer (IBC) Home</a></li>
105918  <li class="primary-nav-item"><a
    ...  href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-facts.html"
    ...  >Inflammatory Breast Cancer (IBC) Facts</a></li>
105919  <li class="primary-nav-item"><a
    ...  href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-symptoms.
    ...  html">Inflammatory Breast Cancer (IBC) Symptoms</a></li>
105920  <li class="primary-nav-item"><a
    ...  href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-diagnosis.
    ...  html">Inflammatory Breast Cancer (IBC) Diagnosis</a></li>
105921  <li class="primary-nav-item"><a
    ...  href="/cancer-types/inflammatory-breast-cancer/inflammatory-breast-cancer-treatment.
    ...  html">Inflammatory Breast Cancer (IBC) Treatment</a></li>
105922  </ul>
105923  </nav>
105924  </div>
105925  </section>
105926  </div>
105927  </div>
105928  </div></li>
105929  <li class="primary-nav-item has-subnav"><a
    ...  href="/cancer-types/kidney-cancer.html">Kidney Cancer</a>
105930  <div class="subnav-mask">
105931  <div class="subnav-wrapper">
105932  <div class="subnav col10 pad">
105933  <section class="nested">
```

```
105934  <div class="col4 main-column">
105935  <nav class="secondary">
105936  <ul>
105937  <li class="mobile-nav-back"><a href="/cancer-types/kidney-cancer.html"
    …   aria-label="Back to Kidney Cancer">Kidney Cancer</a></li>
105938  <li class="primary-nav-item">
105939  <a href="/cancer-types/kidney-cancer.html" aria-label="Kidney Cancer Home">Kidney
    …   Cancer Home</a></li>
105940  <li class="primary-nav-item"><a
    …   href="/cancer-types/kidney-cancer/kidney-cancer-facts.html">Kidney Cancer
    …   Facts</a></li>
105941  <li class="primary-nav-item"><a
    …   href="/cancer-types/kidney-cancer/kidney-cancer-symptoms.html">Kidney Cancer
    …   Symptoms</a></li>
105942  <li class="primary-nav-item"><a
    …   href="/cancer-types/kidney-cancer/kidney-cancer-diagnosis.html">Kidney Cancer
    …   Diagnosis</a></li>
105943  <li class="primary-nav-item"><a
    …   href="/cancer-types/kidney-cancer/kidney-cancer-treatment.html">Kidney Cancer
    …   Treatment</a></li>
105944  </ul>
105945  </nav>
105946  </div>
105947  </section>
105948  </div>
105949  </div>
105950  </div></li>
105951  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/leukemia.html">Leukemia</a>
105952  <div class="subnav-mask">
105953  <div class="subnav-wrapper">
105954  <div class="subnav col10 pad">
105955  <section class="nested">
105956  <div class="col4 main-column">
105957  <nav class="secondary">
105958  <ul>
105959  <li class="mobile-nav-back"><a href="/cancer-types/leukemia.html" aria-label="Back to
    …   Leukemia">Leukemia</a></li>
105960  <li class="primary-nav-item">
105961  <a href="/cancer-types/leukemia.html" aria-label="Leukemia Home">Leukemia
    …   Home</a></li>
105962  <li class="primary-nav-item"><a
    …   href="/cancer-types/leukemia/leukemia-facts.html">Leukemia Facts</a></li>
105963  <li class="primary-nav-item"><a
    …   href="/cancer-types/leukemia/leukemia-symptoms.html">Leukemia Symptoms</a></li>
105964  <li class="primary-nav-item"><a
    …   href="/cancer-types/leukemia/leukemia-diagnosis.html">Leukemia Diagnosis</a></li>
105965  <li class="primary-nav-item"><a
    …   href="/cancer-types/leukemia/leukemia-treatment.html">Leukemia Treatment</a></li>
105966  </ul>
105967  </nav>
105968  </div>
105969  </section>
105970  </div>
105971  </div>
105972  </div></li>
105973  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/liver-cancer.html">Liver Cancer</a>
105974  <div class="subnav-mask">
105975  <div class="subnav-wrapper">
105976  <div class="subnav col10 pad">
105977  <section class="nested">
105978  <div class="col4 main-column">
105979  <nav class="secondary">
105980  <ul>
105981  <li class="mobile-nav-back"><a href="/cancer-types/liver-cancer.html"
    …   aria-label="Back to Liver Cancer">Liver Cancer</a></li>
105982  <li class="primary-nav-item">
```

```
105983 <a href="/cancer-types/liver-cancer.html" aria-label="Liver Cancer Home">Liver Cancer
    Home</a></li>
105984 <li class="primary-nav-item"><a
    href="/cancer-types/liver-cancer/liver-cancer-facts.html">Liver Cancer Facts</a></li>
105985 <li class="primary-nav-item"><a
    href="/cancer-types/liver-cancer/liver-cancer-symptoms.html">Liver Cancer
    Symptoms</a></li>
105986 <li class="primary-nav-item"><a
    href="/cancer-types/liver-cancer/liver-cancer-diagnosis.html">Liver Cancer
    Diagnosis</a></li>
105987 <li class="primary-nav-item"><a
    href="/cancer-types/liver-cancer/liver-cancer-treatment.html">Liver Cancer
    Treatment</a></li>
105988 </ul>
105989 </nav>
105990 </div>
105991 </section>
105992 </div>
105993 </div>
105994 </div></li>
105995 <li class="primary-nav-item has-subnav"><a href="/cancer-types/lung-cancer.html">Lung
    Cancer</a>
105996 <div class="subnav-mask">
105997 <div class="subnav-wrapper">
105998 <div class="subnav col10 pad">
105999 <section class="nested">
106000 <div class="col4 main-column">
106001 <nav class="secondary">
106002 <ul>
106003 <li class="mobile-nav-back"><a href="/cancer-types/lung-cancer.html" aria-label="Back
    to Lung Cancer">Lung Cancer</a></li>
106004 <li class="primary-nav-item">
106005 <a href="/cancer-types/lung-cancer.html" aria-label="Lung Cancer Home">Lung Cancer
    Home</a></li>
106006 <li class="primary-nav-item"><a
    href="/cancer-types/lung-cancer/lung-cancer-facts.html">Lung Cancer Facts</a></li>
106007 <li class="primary-nav-item"><a
    href="/cancer-types/lung-cancer/lung-cancer-symptoms.html">Lung Cancer
    Symptoms</a></li>
106008 <li class="primary-nav-item"><a
    href="/cancer-types/lung-cancer/lung-cancer-diagnosis.html">Lung Cancer
    Diagnosis</a></li>
106009 <li class="primary-nav-item"><a
    href="/cancer-types/lung-cancer/lung-cancer-treatment.html">Lung Cancer
    Treatment</a></li>
106010 </ul>
106011 </nav>
106012 </div>
106013 </section>
106014 </div>
106015 </div>
106016 </div></li>
106017 <li class="primary-nav-item has-subnav"><a
    href="/cancer-types/medulloblastoma.html">Medulloblastoma</a>
106018 <div class="subnav-mask">
106019 <div class="subnav-wrapper">
106020 <div class="subnav col10 pad">
106021 <section class="nested">
106022 <div class="col4 main-column">
106023 <nav class="secondary">
106024 <ul>
106025 <li class="mobile-nav-back"><a href="/cancer-types/medulloblastoma.html"
    aria-label="Back to Medulloblastoma">Medulloblastoma</a></li>
106026 <li class="primary-nav-item">
106027 <a href="/cancer-types/medulloblastoma.html" aria-label="Medulloblastoma
    Home">Medulloblastoma Home</a></li>
106028 <li class="primary-nav-item"><a
    href="/cancer-types/medulloblastoma/medulloblastoma-facts.html">Medulloblastoma
```

```
106028… Facts</a></li>
106029 <li class="primary-nav-item"><a
    … href="/cancer-types/medulloblastoma/medulloblastoma-symptoms.html">Medulloblastoma
    … Symptoms</a></li>
106030 <li class="primary-nav-item"><a
    … href="/cancer-types/medulloblastoma/medulloblastoma-diagnosis.html">Medulloblastoma
    … Diagnosis</a></li>
106031 <li class="primary-nav-item"><a
    … href="/cancer-types/medulloblastoma/medulloblastoma-treatment.html">Medulloblastoma
    … Treatment</a></li>
106032 </ul>
106033 </nav>
106034 </div>
106035 </section>
106036 </div>
106037 </div>
106038 </div></li>
106039 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/melanoma.html">Melanoma</a>
106040 <div class="subnav-mask">
106041 <div class="subnav-wrapper">
106042 <div class="subnav col10 pad">
106043 <section class="nested">
106044 <div class="col4 main-column">
106045 <nav class="secondary">
106046 <ul>
106047 <li class="mobile-nav-back"><a href="/cancer-types/melanoma.html" aria-label="Back to
    … Melanoma">Melanoma</a></li>
106048 <li class="primary-nav-item">
106049 <a href="/cancer-types/melanoma.html" aria-label="Melanoma Home">Melanoma
    … Home</a></li>
106050 <li class="primary-nav-item"><a
    … href="/cancer-types/melanoma/melanoma-facts.html">Melanoma Facts</a></li>
106051 <li class="primary-nav-item"><a
    … href="/cancer-types/melanoma/melanoma-symptoms.html">Melanoma Symptoms</a></li>
106052 <li class="primary-nav-item"><a
    … href="/cancer-types/melanoma/melanoma-diagnosis.html">Melanoma Diagnosis</a></li>
106053 <li class="primary-nav-item"><a
    … href="/cancer-types/melanoma/melanoma-treatment.html">Melanoma Treatment</a></li>
106054 </ul>
106055 </nav>
106056 </div>
106057 </section>
106058 </div>
106059 </div>
106060 </div></li>
106061 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/mesothelioma.html">Mesothelioma</a>
106062 <div class="subnav-mask">
106063 <div class="subnav-wrapper">
106064 <div class="subnav col10 pad">
106065 <section class="nested">
106066 <div class="col4 main-column">
106067 <nav class="secondary">
106068 <ul>
106069 <li class="mobile-nav-back"><a href="/cancer-types/mesothelioma.html"
    … aria-label="Back to Mesothelioma">Mesothelioma</a></li>
106070 <li class="primary-nav-item">
106071 <a href="/cancer-types/mesothelioma.html" aria-label="Mesothelioma Home">Mesothelioma
    … Home</a></li>
106072 <li class="primary-nav-item"><a
    … href="/cancer-types/mesothelioma/mesothelioma-facts.html">Mesothelioma Facts</a></li>
106073 <li class="primary-nav-item"><a
    … href="/cancer-types/mesothelioma/mesothelioma-symptoms.html">Mesothelioma
    … Symptoms</a></li>
106074 <li class="primary-nav-item"><a
    … href="/cancer-types/mesothelioma/mesothelioma-diagnosis.html">Mesothelioma
    … Diagnosis</a></li>
```

```
106075 <li class="primary-nav-item"><a
   … href="/cancer-types/mesothelioma/mesothelioma-treatment.html">Mesothelioma
   … Treatment</a></li>
106076 </ul>
106077 </nav>
106078 </div>
106079 </section>
106080 </div>
106081 </div>
106082 </div></li>
106083 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/multiple-endocrine-neoplasia.html">Multiple Endocrine Neoplasia
   … (MEN)</a>
106084 <div class="subnav-mask">
106085 <div class="subnav-wrapper">
106086 <div class="subnav col10 pad">
106087 <section class="nested">
106088 <div class="col4 main-column">
106089 <nav class="secondary">
106090 <ul>
106091 <li class="mobile-nav-back"><a href="/cancer-types/multiple-endocrine-neoplasia.html"
   … aria-label="Back to Multiple Endocrine Neoplasia (MEN)">Multiple Endocrine Neoplasia
   … (MEN)</a></li>
106092 <li class="primary-nav-item">
106093 <a href="/cancer-types/multiple-endocrine-neoplasia.html" aria-label="Multiple
   … Endocrine Neoplasia (MEN) Home">Multiple Endocrine Neoplasia (MEN) Home</a></li>
106094 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-facts.
   … html">Multiple Endocrine Neoplasia Facts</a></li>
106095 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
   … symptoms.html">Multiple Endocrine Neoplasia Symptoms</a></li>
106096 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
   … diagnosis.html">Multiple Endocrine Neoplasia Diagnosis</a></li>
106097 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-endocrine-neoplasia/multiple-endocrine-neoplasia-
   … treatment.html">Multiple Endocrine Neoplasia Treatment</a></li>
106098 </ul>
106099 </nav>
106100 </div>
106101 </section>
106102 </div>
106103 </div>
106104 </div></li>
106105 <li class="primary-nav-item has-subnav"><a
   … href="/cancer-types/multiple-myeloma.html">Multiple Myeloma</a>
106106 <div class="subnav-mask">
106107 <div class="subnav-wrapper">
106108 <div class="subnav col10 pad">
106109 <section class="nested">
106110 <div class="col4 main-column">
106111 <nav class="secondary">
106112 <ul>
106113 <li class="mobile-nav-back"><a href="/cancer-types/multiple-myeloma.html"
   … aria-label="Back to Multiple Myeloma">Multiple Myeloma</a></li>
106114 <li class="primary-nav-item">
106115 <a href="/cancer-types/multiple-myeloma.html" aria-label="Multiple Myeloma
   … Home">Multiple Myeloma Home</a></li>
106116 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-myeloma/multiple-myeloma-facts.html">Multiple Myeloma
   … Facts</a></li>
106117 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-myeloma/multiple-myeloma-symptoms.html">Multiple Myeloma
   … Symptoms</a></li>
106118 <li class="primary-nav-item"><a
   … href="/cancer-types/multiple-myeloma/multiple-myeloma-diagnosis.html">Multiple
   … Myeloma Diagnosis</a></li>
```

```
106119 <li class="primary-nav-item"><a
   …   href="/cancer-types/multiple-myeloma/multiple-myeloma-treatment.html">Multiple
   …   Myeloma Treatment</a></li>
106120 </ul>
106121 </nav>
106122 </div>
106123 </section>
106124 </div>
106125 </div>
106126 </div></li>
106127 <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/myelodysplastic-syndrome.html">Myelodysplastic Syndrome (MDS)</a>
106128 <div class="subnav-mask">
106129 <div class="subnav-wrapper">
106130 <div class="subnav col10 pad">
106131 <section class="nested">
106132 <div class="col4 main-column">
106133 <nav class="secondary">
106134 <ul>
106135 <li class="mobile-nav-back"><a href="/cancer-types/myelodysplastic-syndrome.html"
   …   aria-label="Back to Myelodysplastic Syndrome (MDS)">Myelodysplastic Syndrome
   …   (MDS)</a></li>
106136 <li class="primary-nav-item">
106137 <a href="/cancer-types/myelodysplastic-syndrome.html" aria-label="Myelodysplastic
   …   Syndrome (MDS) Home">Myelodysplastic Syndrome (MDS) Home</a></li>
106138 <li class="primary-nav-item"><a
   …   href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-facts.html">
   …   Myelodysplastic Syndrome Facts</a></li>
106139 <li class="primary-nav-item"><a
   …   href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-symptoms.html">
   …   Myelodysplastic Syndrome Symptoms</a></li>
106140 <li class="primary-nav-item"><a
   …   href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-diagnosis.html"
   …   >Myelodysplastic Syndrome Diagnosis</a></li>
106141 <li class="primary-nav-item"><a
   …   href="/cancer-types/myelodysplastic-syndrome/myelodysplastic-syndrome-treatment.html"
   …   >Myelodysplastic Syndrome Treatment</a></li>
106142 </ul>
106143 </nav>
106144 </div>
106145 </section>
106146 </div>
106147 </div>
106148 </div></li>
106149 <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/myeloproliferative-disorder.html">Myeloproliferative Disorder
   …   (MPD)</a>
106150 <div class="subnav-mask">
106151 <div class="subnav-wrapper">
106152 <div class="subnav col10 pad">
106153 <section class="nested">
106154 <div class="col4 main-column">
106155 <nav class="secondary">
106156 <ul>
106157 <li class="mobile-nav-back"><a href="/cancer-types/myeloproliferative-disorder.html"
   …   aria-label="Back to Myeloproliferative Disorder (MPD)">Myeloproliferative Disorder
   …   (MPD)</a></li>
106158 <li class="primary-nav-item">
106159 <a href="/cancer-types/myeloproliferative-disorder.html"
   …   aria-label="Myeloproliferative Disorder (MPD) Home">Myeloproliferative Disorder (MPD)
   …   Home</a></li>
106160 <li class="primary-nav-item"><a
   …   href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-facts.
   …   html">Myeloproliferative Disorder Facts</a></li>
106161 <li class="primary-nav-item"><a
   …   href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-symptoms.
   …   html">Myeloproliferative Disorder Symptoms</a></li>
106162 <li class="primary-nav-item"><a
```

```
106162… href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-diagnosis
    … .html">Myeloproliferative Disorder Diagnosis</a></li>
106163 <li class="primary-nav-item"><a
    … href="/cancer-types/myeloproliferative-disorder/myeloproliferative-disorder-treatment
    … .html">Myeloproliferative Disorder Treatment</a></li>
106164 </ul>
106165 </nav>
106166 </div>
106167 </section>
106168 </div>
106169 </div>
106170 </div></li>
106171 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/neuroblastoma.html">Neuroblastoma</a>
106172 <div class="subnav-mask">
106173 <div class="subnav-wrapper">
106174 <div class="subnav col10 pad">
106175 <section class="nested">
106176 <div class="col4 main-column">
106177 <nav class="secondary">
106178 <ul>
106179 <li class="mobile-nav-back"><a href="/cancer-types/neuroblastoma.html"
    … aria-label="Back to Neuroblastoma">Neuroblastoma</a></li>
106180 <li class="primary-nav-item">
106181 <a href="/cancer-types/neuroblastoma.html" aria-label="Neuroblastoma
    … Home">Neuroblastoma Home</a></li>
106182 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-facts.html">Neuroblastoma
    … Facts</a></li>
106183 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-symptoms.html">Neuroblastoma
    … Symptoms</a></li>
106184 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-diagnosis.html">Neuroblastoma
    … Diagnosis</a></li>
106185 <li class="primary-nav-item"><a
    … href="/cancer-types/neuroblastoma/neuroblastoma-treatment.html">Neuroblastoma
    … Treatment</a></li>
106186 </ul>
106187 </nav>
106188 </div>
106189 </section>
106190 </div>
106191 </div>
106192 </div></li>
106193 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/neurofibromatosis.html">Neurofibromatosis</a>
106194 <div class="subnav-mask">
106195 <div class="subnav-wrapper">
106196 <div class="subnav col10 pad">
106197 <section class="nested">
106198 <div class="col4 main-column">
106199 <nav class="secondary">
106200 <ul>
106201 <li class="mobile-nav-back"><a href="/cancer-types/neurofibromatosis.html"
    … aria-label="Back to Neurofibromatosis">Neurofibromatosis</a></li>
106202 <li class="primary-nav-item">
106203 <a href="/cancer-types/neurofibromatosis.html" aria-label="Neurofibromatosis
    … Home">Neurofibromatosis Home</a></li>
106204 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-facts.html">Neurofibromatosis
    … Facts</a></li>
106205 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-symptoms.html">
    … Neurofibromatosis Symptoms</a></li>
106206 <li class="primary-nav-item"><a
    … href="/cancer-types/neurofibromatosis/neurofibromatosis-diagnosis.html">
    … Neurofibromatosis Diagnosis</a></li>
```

```
106207 <li class="primary-nav-item"><a
   …   href="/cancer-types/neurofibromatosis/neurofibromatosis-treatment.html">
   …   Neurofibromatosis Treatment</a></li>
106208 </ul>
106209 </nav>
106210 </div>
106211 </section>
106212 </div>
106213 </div>
106214 </div></li>
106215 <li class="primary-nav-item has-subnav"><a
   …   href="/cancer-types/non-hodgkins-lymphoma.html">Non-Hodgkin's Lymphoma (NHL)</a>
106216 <div class="subnav-mask">
106217 <div class="subnav-wrapper">
106218 <div class="subnav col10 pad">
106219 <section class="nested">
106220 <div class="col4 main-column">
106221 <nav class="secondary">
106222 <ul>
106223 <li class="mobile-nav-back"><a href="/cancer-types/non-hodgkins-lymphoma.html"
   …   aria-label="Back to Non-Hodgkin&#39;s Lymphoma (NHL)">Non-Hodgkin's Lymphoma
   …   (NHL)</a></li>
106224 <li class="primary-nav-item">
106225 <a href="/cancer-types/non-hodgkins-lymphoma.html" aria-label="Non-Hodgkin&#39;s
   …   Lymphoma (NHL) Home">Non-Hodgkin's Lymphoma (NHL) Home</a></li>
106226 <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-facts.html">Non-
   …   Hodgkin's Lymphoma Facts</a></li>
106227 <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-symptoms.html">Non-
   …   Hodgkin's Lymphoma Symptoms</a></li>
106228 <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-diagnosis.html">Non-
   …   Hodgkin's Lymphoma Diagnosis</a></li>
106229 <li class="primary-nav-item"><a
   …   href="/cancer-types/non-hodgkins-lymphoma/non-hodgkins-lymphoma-treatment.html">Non-
   …   Hodgkin's Lymphoma Treatment</a></li>
106230 </ul>
106231 </nav>
106232 </div>
106233 </section>
106234 </div>
106235 </div>
106236 </div></li>
106237 <li class="primary-nav-item has-subnav"><a href="/cancer-types/oral-cancer.html">Oral
   …   Cancer</a>
106238 <div class="subnav-mask">
106239 <div class="subnav-wrapper">
106240 <div class="subnav col10 pad">
106241 <section class="nested">
106242 <div class="col4 main-column">
106243 <nav class="secondary">
106244 <ul>
106245 <li class="mobile-nav-back"><a href="/cancer-types/oral-cancer.html" aria-label="Back
   …   to Oral Cancer">Oral Cancer</a></li>
106246 <li class="primary-nav-item">
106247 <a href="/cancer-types/oral-cancer.html" aria-label="Oral Cancer Home">Oral Cancer
   …   Home</a></li>
106248 <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-facts.html">Oral Cancer Facts</a></li>
106249 <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-symptoms.html">Oral Cancer
   …   Symptoms</a></li>
106250 <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-diagnosis.html">Oral Cancer
   …   Diagnosis</a></li>
106251 <li class="primary-nav-item"><a
   …   href="/cancer-types/oral-cancer/oral-cancer-treatment.html">Oral Cancer
```

```
106251  Treatment</a></li>
106252  </ul>
106253  </nav>
106254  </div>
106255  </section>
106256  </div>
106257  </div>
106258  </div></li>
106259  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/ovarian-cancer.html">Ovarian Cancer</a>
106260  <div class="subnav-mask">
106261  <div class="subnav-wrapper">
106262  <div class="subnav col10 pad">
106263  <section class="nested">
106264  <div class="col4 main-column">
106265  <nav class="secondary">
106266  <ul>
106267  <li class="mobile-nav-back"><a href="/cancer-types/ovarian-cancer.html"
    …  aria-label="Back to Ovarian Cancer">Ovarian Cancer</a></li>
106268  <li class="primary-nav-item">
106269  <a href="/cancer-types/ovarian-cancer.html" aria-label="Ovarian Cancer Home">Ovarian
    …  Cancer Home</a></li>
106270  <li class="primary-nav-item"><a
    …  href="/cancer-types/ovarian-cancer/rare-ovarian-tumors.html">Rare Ovarian
    …  Tumors</a></li>
106271  <li class="primary-nav-item"><a
    …  href="/cancer-types/ovarian-cancer/ovarian-cancer-facts.html">Ovarian Cancer
    …  Facts</a></li>
106272  <li class="primary-nav-item"><a
    …  href="/cancer-types/ovarian-cancer/ovarian-cancer-symptoms.html">Ovarian Cancer
    …  Symptoms</a></li>
106273  <li class="primary-nav-item"><a
    …  href="/cancer-types/ovarian-cancer/ovarian-cancer-diagnosis.html">Ovarian Cancer
    …  Diagnosis</a></li>
106274  <li class="primary-nav-item"><a
    …  href="/cancer-types/ovarian-cancer/ovarian-cancer-treatment.html">Ovarian Cancer
    …  Treatment</a></li>
106275  </ul>
106276  </nav>
106277  </div>
106278  </section>
106279  </div>
106280  </div>
106281  </div></li>
106282  <li class="primary-nav-item has-subnav"><a
    …  href="/cancer-types/pancreatic-cancer.html">Pancreatic Cancer</a>
106283  <div class="subnav-mask">
106284  <div class="subnav-wrapper">
106285  <div class="subnav col10 pad">
106286  <section class="nested">
106287  <div class="col4 main-column">
106288  <nav class="secondary">
106289  <ul>
106290  <li class="mobile-nav-back"><a href="/cancer-types/pancreatic-cancer.html"
    …  aria-label="Back to Pancreatic Cancer">Pancreatic Cancer</a></li>
106291  <li class="primary-nav-item">
106292  <a href="/cancer-types/pancreatic-cancer.html" aria-label="Pancreatic Cancer
    …  Home">Pancreatic Cancer Home</a></li>
106293  <li class="primary-nav-item"><a
    …  href="/cancer-types/pancreatic-cancer/pancreatic-cancer-facts.html">Pancreatic Cancer
    …  Facts</a></li>
106294  <li class="primary-nav-item"><a
    …  href="/cancer-types/pancreatic-cancer/pancreatic-cancer-symptoms.html">Pancreatic
    …  Cancer Symptoms</a></li>
106295  <li class="primary-nav-item"><a
    …  href="/cancer-types/pancreatic-cancer/pancreatic-cancer-diagnosis.html">Pancreatic
    …  Cancer Diagnosis</a></li>
106296  <li class="primary-nav-item"><a
```

```
106296…  href="/cancer-types/pancreatic-cancer/pancreatic-cancer-treatment.html">Pancreatic
          Cancer Treatment</a></li>
106297   </ul>
106298   </nav>
106299   </div>
106300   </section>
106301   </div>
106302   </div>
106303   </div></li>
106304   <li class="primary-nav-item has-subnav"><a
          href="/cancer-types/parathyroid-disease.html">Parathyroid Disease</a>
106305   <div class="subnav-mask">
106306   <div class="subnav-wrapper">
106307   <div class="subnav col10 pad">
106308   <section class="nested">
106309   <div class="col4 main-column">
106310   <nav class="secondary">
106311   <ul>
106312   <li class="mobile-nav-back"><a href="/cancer-types/parathyroid-disease.html"
   …     aria-label="Back to Parathyroid Disease">Parathyroid Disease</a></li>
106313   <li class="primary-nav-item">
106314   <a href="/cancer-types/parathyroid-disease.html" aria-label="Parathyroid Disease
   …     Home">Parathyroid Disease Home</a></li>
106315   <li class="primary-nav-item"><a
   …     href="/cancer-types/parathyroid-disease/parathyroid-disease-facts.html">Parathyroid
   …     Disease Facts</a></li>
106316   <li class="primary-nav-item"><a
   …     href="/cancer-types/parathyroid-disease/parathyroid-disease-symptoms.html">
   …     Parathyroid Disease Symptoms</a></li>
106317   <li class="primary-nav-item"><a
   …     href="/cancer-types/parathyroid-disease/parathyroid-disease-diagnosis.html">
   …     Parathyroid Disease Diagnosis</a></li>
106318   <li class="primary-nav-item"><a
   …     href="/cancer-types/parathyroid-disease/parathyroid-disease-treatment.html">
   …     Parathyroid Disease Treatment</a></li>
106319   </ul>
106320   </nav>
106321   </div>
106322   </section>
106323   </div>
106324   </div>
106325   </div></li>
106326   <li class="primary-nav-item has-subnav"><a
   …     href="/cancer-types/penile-cancer.html">Penile Cancer</a>
106327   <div class="subnav-mask">
106328   <div class="subnav-wrapper">
106329   <div class="subnav col10 pad">
106330   <section class="nested">
106331   <div class="col4 main-column">
106332   <nav class="secondary">
106333   <ul>
106334   <li class="mobile-nav-back"><a href="/cancer-types/penile-cancer.html"
   …     aria-label="Back to Penile Cancer">Penile Cancer</a></li>
106335   <li class="primary-nav-item">
106336   <a href="/cancer-types/penile-cancer.html" aria-label="Penile Cancer Home">Penile
   …     Cancer Home</a></li>
106337   <li class="primary-nav-item"><a
   …     href="/cancer-types/penile-cancer/penile-cancer-facts.html">Penile Cancer
   …     Facts</a></li>
106338   <li class="primary-nav-item"><a
   …     href="/cancer-types/penile-cancer/penile-cancer-symptoms.html">Penile Cancer
   …     Symptoms</a></li>
106339   <li class="primary-nav-item"><a
   …     href="/cancer-types/penile-cancer/penile-cancer-diagnosis.html">Penile Cancer
   …     Diagnosis</a></li>
106340   <li class="primary-nav-item"><a
   …     href="/cancer-types/penile-cancer/penile-cancer-treatment.html">Penile Cancer
   …     Treatment</a></li>
```

```
106341  </ul>
106342  </nav>
106343  </div>
106344  </section>
106345  </div>
106346  </div>
106347  </div></li>
106348  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/pituitary-tumors.html">Pituitary Tumors</a>
106349  <div class="subnav-mask">
106350  <div class="subnav-wrapper">
106351  <div class="subnav col10 pad">
106352  <section class="nested">
106353  <div class="col4 main-column">
106354  <nav class="secondary">
106355  <ul>
106356  <li class="mobile-nav-back"><a href="/cancer-types/pituitary-tumors.html"
    …   aria-label="Back to Pituitary Tumors">Pituitary Tumors</a></li>
106357  <li class="primary-nav-item">
106358  <a href="/cancer-types/pituitary-tumors.html" aria-label="Pituitary Tumors
    …   Home">Pituitary Tumors Home</a></li>
106359  <li class="primary-nav-item"><a
    …   href="/cancer-types/pituitary-tumors/pituitary-tumor-facts.html">Pituitary Tumor
    …   Facts</a></li>
106360  <li class="primary-nav-item"><a
    …   href="/cancer-types/pituitary-tumors/pituitary-tumor-symptoms.html">Pituitary Tumor
    …   Symptoms</a></li>
106361  <li class="primary-nav-item"><a
    …   href="/cancer-types/pituitary-tumors/pituitary-tumor-diagnosis.html">Pituitary Tumor
    …   Diagnosis</a></li>
106362  <li class="primary-nav-item"><a
    …   href="/cancer-types/pituitary-tumors/pituitary-tumor-treatment.html">Pituitary Tumor
    …   Treatment</a></li>
106363  </ul>
106364  </nav>
106365  </div>
106366  </section>
106367  </div>
106368  </div>
106369  </div></li>
106370  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/prostate-cancer.html">Prostate Cancer</a>
106371  <div class="subnav-mask">
106372  <div class="subnav-wrapper">
106373  <div class="subnav col10 pad">
106374  <section class="nested">
106375  <div class="col4 main-column">
106376  <nav class="secondary">
106377  <ul>
106378  <li class="mobile-nav-back"><a href="/cancer-types/prostate-cancer.html"
    …   aria-label="Back to Prostate Cancer">Prostate Cancer</a></li>
106379  <li class="primary-nav-item">
106380  <a href="/cancer-types/prostate-cancer.html" aria-label="Prostate Cancer
    …   Home">Prostate Cancer Home</a></li>
106381  <li class="primary-nav-item"><a
    …   href="/cancer-types/prostate-cancer/prostate-cancer-facts.html">Prostate Cancer
    …   Facts</a></li>
106382  <li class="primary-nav-item"><a
    …   href="/cancer-types/prostate-cancer/prostate-cancer-symptoms.html">Prostate Cancer
    …   Symptoms</a></li>
106383  <li class="primary-nav-item"><a
    …   href="/cancer-types/prostate-cancer/prostate-cancer-diagnosis.html">Prostate Cancer
    …   Diagnosis</a></li>
106384  <li class="primary-nav-item"><a
    …   href="/cancer-types/prostate-cancer/prostate-cancer-treatment.html">Prostate Cancer
    …   Treatment</a></li>
106385  </ul>
106386  </nav>
```

```
106387  </div>
106388  </section>
106389  </div>
106390  </div>
106391  </div></li>
106392  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/rectal-cancer.html">Rectal Cancer</a>
106393  <div class="subnav-mask">
106394  <div class="subnav-wrapper">
106395  <div class="subnav col10 pad">
106396  <section class="nested">
106397  <div class="col4 main-column">
106398  <nav class="secondary">
106399  <ul>
106400  <li class="mobile-nav-back"><a href="/cancer-types/rectal-cancer.html"
    …   aria-label="Back to Rectal Cancer">Rectal Cancer</a></li>
106401  <li class="primary-nav-item">
106402  <a href="/cancer-types/rectal-cancer.html" aria-label="Rectal Cancer Home">Rectal
    …   Cancer Home</a></li>
106403  <li class="primary-nav-item"><a
    …   href="/cancer-types/rectal-cancer/rectal-cancer-facts.html">Rectal Cancer
    …   Facts</a></li>
106404  <li class="primary-nav-item"><a
    …   href="/cancer-types/rectal-cancer/rectal-cancer-symptoms.html">Rectal Cancer
    …   Symptoms</a></li>
106405  <li class="primary-nav-item"><a
    …   href="/cancer-types/rectal-cancer/rectal-cancer-diagnosis.html">Rectal Cancer
    …   Diagnosis</a></li>
106406  <li class="primary-nav-item"><a
    …   href="/cancer-types/rectal-cancer/rectal-cancer-treatment.html">Rectal Cancer
    …   Treatment</a></li>
106407  </ul>
106408  </nav>
106409  </div>
106410  </section>
106411  </div>
106412  </div>
106413  </div></li>
106414  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/retinoblastoma.html">Retinoblastoma</a>
106415  <div class="subnav-mask">
106416  <div class="subnav-wrapper">
106417  <div class="subnav col10 pad">
106418  <section class="nested">
106419  <div class="col4 main-column">
106420  <nav class="secondary">
106421  <ul>
106422  <li class="mobile-nav-back"><a href="/cancer-types/retinoblastoma.html"
    …   aria-label="Back to Retinoblastoma">Retinoblastoma</a></li>
106423  <li class="primary-nav-item">
106424  <a href="/cancer-types/retinoblastoma.html" aria-label="Retinoblastoma
    …   Home">Retinoblastoma Home</a></li>
106425  <li class="primary-nav-item"><a
    …   href="/cancer-types/retinoblastoma/retinoblastoma-facts.html">Retinoblastoma
    …   Facts</a></li>
106426  <li class="primary-nav-item"><a
    …   href="/cancer-types/retinoblastoma/retinoblastoma-symptoms.html">Retinoblastoma
    …   Symptoms</a></li>
106427  <li class="primary-nav-item"><a
    …   href="/cancer-types/retinoblastoma/retinoblastoma-diagnosis.html">Retinoblastoma
    …   Diagnosis</a></li>
106428  <li class="primary-nav-item"><a
    …   href="/cancer-types/retinoblastoma/retinoblastoma-treatment.html">Retinoblastoma
    …   Treatment</a></li>
106429  </ul>
106430  </nav>
106431  </div>
106432  </section>
```

```
106433 </div>
106434 </div>
106435 </div></li>
106436 <li class="primary-nav-item has-subnav"><a href="/cancer-types/skin-cancer.html">Skin
   …  Cancer</a>
106437 <div class="subnav-mask">
106438 <div class="subnav-wrapper">
106439 <div class="subnav col10 pad">
106440 <section class="nested">
106441 <div class="col4 main-column">
106442 <nav class="secondary">
106443 <ul>
106444 <li class="mobile-nav-back"><a href="/cancer-types/skin-cancer.html" aria-label="Back
   …  to Skin Cancer">Skin Cancer</a></li>
106445 <li class="primary-nav-item">
106446 <a href="/cancer-types/skin-cancer.html" aria-label="Skin Cancer Home">Skin Cancer
   …  Home</a></li>
106447 <li class="primary-nav-item"><a
   …  href="/cancer-types/skin-cancer/skin-cancer-facts.html">Skin Cancer Facts</a></li>
106448 <li class="primary-nav-item"><a
   …  href="/cancer-types/skin-cancer/skin-cancer-symptoms.html">Skin Cancer
   …  Symptoms</a></li>
106449 <li class="primary-nav-item"><a
   …  href="/cancer-types/skin-cancer/skin-cancer-diagnosis.html">Skin Cancer
   …  Diagnosis</a></li>
106450 <li class="primary-nav-item"><a
   …  href="/cancer-types/skin-cancer/skin-cancer-treatment.html">Skin Cancer
   …  Treatment</a></li>
106451 </ul>
106452 </nav>
106453 </div>
106454 </section>
106455 </div>
106456 </div>
106457 </div></li>
106458 <li class="primary-nav-item has-subnav"><a
   …  href="/cancer-types/skull-base-tumors.html">Skull Base Tumors</a>
106459 <div class="subnav-mask">
106460 <div class="subnav-wrapper">
106461 <div class="subnav col10 pad">
106462 <section class="nested">
106463 <div class="col4 main-column">
106464 <nav class="secondary">
106465 <ul>
106466 <li class="mobile-nav-back"><a href="/cancer-types/skull-base-tumors.html"
   …  aria-label="Back to Skull Base Tumors">Skull Base Tumors</a></li>
106467 <li class="primary-nav-item">
106468 <a href="/cancer-types/skull-base-tumors.html" aria-label="Skull Base Tumors
   …  Home">Skull Base Tumors Home</a></li>
106469 <li class="primary-nav-item"><a
   …  href="/cancer-types/skull-base-tumors/skull-base-tumor-facts.html">Skull Base Tumor
   …  Facts</a></li>
106470 <li class="primary-nav-item"><a
   …  href="/cancer-types/skull-base-tumors/skull-base-tumor-symptoms.html">Skull Base
   …  Tumor Symptoms</a></li>
106471 <li class="primary-nav-item"><a
   …  href="/cancer-types/skull-base-tumors/skull-base-tumor-diagnosis.html">Skull Base
   …  Tumor Diagnosis</a></li>
106472 <li class="primary-nav-item"><a
   …  href="/cancer-types/skull-base-tumors/skull-base-tumor-treatment.html">Skull Base
   …  Tumor Treatment</a></li>
106473 </ul>
106474 </nav>
106475 </div>
106476 </section>
106477 </div>
106478 </div>
106479 </div></li>
```

```
106480 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/soft-tissue-sarcoma.html">Soft Tissue Sarcoma</a>
106481 <div class="subnav-mask">
106482 <div class="subnav-wrapper">
106483 <div class="subnav col10 pad">
106484 <section class="nested">
106485 <div class="col4 main-column">
106486 <nav class="secondary">
106487 <ul>
106488 <li class="mobile-nav-back"><a href="/cancer-types/soft-tissue-sarcoma.html"
    … aria-label="Back to Soft Tissue Sarcoma">Soft Tissue Sarcoma</a></li>
106489 <li class="primary-nav-item">
106490 <a href="/cancer-types/soft-tissue-sarcoma.html" aria-label="Soft Tissue Sarcoma
    … Home">Soft Tissue Sarcoma Home</a></li>
106491 <li class="primary-nav-item"><a
    … href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-facts.html">Soft Tissue
    … Sarcoma Facts</a></li>
106492 <li class="primary-nav-item"><a
    … href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-symptoms.html">Soft
    … Tissue Sarcoma Symptoms</a></li>
106493 <li class="primary-nav-item"><a
    … href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-diagnosis.html">Soft
    … Tissue Sarcoma Diagnosis</a></li>
106494 <li class="primary-nav-item"><a
    … href="/cancer-types/soft-tissue-sarcoma/soft-tissue-sarcoma-treatment.html">Soft
    … Tissue Sarcoma Treatment</a></li>
106495 </ul>
106496 </nav>
106497 </div>
106498 </section>
106499 </div>
106500 </div>
106501 </div></li>
106502 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/spinal-tumors.html">Spinal Tumors</a>
106503 <div class="subnav-mask">
106504 <div class="subnav-wrapper">
106505 <div class="subnav col10 pad">
106506 <section class="nested">
106507 <div class="col4 main-column">
106508 <nav class="secondary">
106509 <ul>
106510 <li class="mobile-nav-back"><a href="/cancer-types/spinal-tumors.html"
    … aria-label="Back to Spinal Tumors">Spinal Tumors</a></li>
106511 <li class="primary-nav-item">
106512 <a href="/cancer-types/spinal-tumors.html" aria-label="Spinal Tumors Home">Spinal
    … Tumors Home</a></li>
106513 <li class="primary-nav-item"><a
    … href="/cancer-types/spinal-tumors/spinal-tumor-facts.html">Spinal Tumor
    … Facts</a></li>
106514 <li class="primary-nav-item"><a
    … href="/cancer-types/spinal-tumors/spinal-tumor-symptoms.html">Spinal Tumor
    … Symptoms</a></li>
106515 <li class="primary-nav-item"><a
    … href="/cancer-types/spinal-tumors/spinal-tumor-diagnosis.html">Spinal Tumor
    … Diagnosis</a></li>
106516 <li class="primary-nav-item"><a
    … href="/cancer-types/spinal-tumors/spinal-tumor-treatment.html">Spinal Tumor
    … Treatment</a></li>
106517 </ul>
106518 </nav>
106519 </div>
106520 </section>
106521 </div>
106522 </div>
106523 </div></li>
106524 <li class="primary-nav-item has-subnav"><a
    … href="/cancer-types/stomach-cancer.html">Stomach Cancer</a>
```

```
106525 <div class="subnav-mask">
106526 <div class="subnav-wrapper">
106527 <div class="subnav col10 pad">
106528 <section class="nested">
106529 <div class="col4 main-column">
106530 <nav class="secondary">
106531 <ul>
106532 <li class="mobile-nav-back"><a href="/cancer-types/stomach-cancer.html"
     … aria-label="Back to Stomach Cancer">Stomach Cancer</a></li>
106533 <li class="primary-nav-item">
106534 <a href="/cancer-types/stomach-cancer.html" aria-label="Stomach Cancer Home">Stomach
     … Cancer Home</a></li>
106535 <li class="primary-nav-item"><a
     … href="/cancer-types/stomach-cancer/stomach-cancer-facts.html">Stomach Cancer
     … Facts</a></li>
106536 <li class="primary-nav-item"><a
     … href="/cancer-types/stomach-cancer/stomach-cancer-symptoms.html">Stomach Cancer
     … Symptoms</a></li>
106537 <li class="primary-nav-item"><a
     … href="/cancer-types/stomach-cancer/stomach-cancer-diagnosis.html">Stomach Cancer
     … Diagnosis</a></li>
106538 <li class="primary-nav-item"><a
     … href="/cancer-types/stomach-cancer/stomach-cancer-treatment.html">Stomach Cancer
     … Treatment</a></li>
106539 </ul>
106540 </nav>
106541 </div>
106542 </section>
106543 </div>
106544 </div>
106545 </div></li>
106546 <li class="primary-nav-item has-subnav"><a
     … href="/cancer-types/testicular-cancer.html">Testicular Cancer</a>
106547 <div class="subnav-mask">
106548 <div class="subnav-wrapper">
106549 <div class="subnav col10 pad">
106550 <section class="nested">
106551 <div class="col4 main-column">
106552 <nav class="secondary">
106553 <ul>
106554 <li class="mobile-nav-back"><a href="/cancer-types/testicular-cancer.html"
     … aria-label="Back to Testicular Cancer">Testicular Cancer</a></li>
106555 <li class="primary-nav-item">
106556 <a href="/cancer-types/testicular-cancer.html" aria-label="Testicular Cancer
     … Home">Testicular Cancer Home</a></li>
106557 <li class="primary-nav-item"><a
     … href="/cancer-types/testicular-cancer/testicular-cancer-facts.html">Testicular Cancer
     … Facts</a></li>
106558 <li class="primary-nav-item"><a
     … href="/cancer-types/testicular-cancer/testicular-cancer-symptoms.html">Testicular
     … Cancer Symptoms</a></li>
106559 <li class="primary-nav-item"><a
     … href="/cancer-types/testicular-cancer/testicular-cancer-diagnosis.html">Testicular
     … Cancer Diagnosis</a></li>
106560 <li class="primary-nav-item"><a
     … href="/cancer-types/testicular-cancer/testicular-cancer-treatment.html">Testicular
     … Cancer Treatment</a></li>
106561 </ul>
106562 </nav>
106563 </div>
106564 </section>
106565 </div>
106566 </div>
106567 </div></li>
106568 <li class="primary-nav-item has-subnav"><a
     … href="/cancer-types/throat-cancer.html">Throat Cancer</a>
106569 <div class="subnav-mask">
106570 <div class="subnav-wrapper">
```

```
106571 <div class="subnav col10 pad">
106572 <section class="nested">
106573 <div class="col4 main-column">
106574 <nav class="secondary">
106575 <ul>
106576 <li class="mobile-nav-back"><a href="/cancer-types/throat-cancer.html"
    …   aria-label="Back to Throat Cancer">Throat Cancer</a></li>
106577 <li class="primary-nav-item">
106578 <a href="/cancer-types/throat-cancer.html" aria-label="Throat Cancer Home">Throat
    …   Cancer Home</a></li>
106579 <li class="primary-nav-item"><a
    …   href="/cancer-types/throat-cancer/throat-cancer-facts.html">Throat Cancer
    …   Facts</a></li>
106580 <li class="primary-nav-item"><a
    …   href="/cancer-types/throat-cancer/throat-cancer-symptoms.html">Throat Cancer
    …   Symptoms</a></li>
106581 <li class="primary-nav-item"><a
    …   href="/cancer-types/throat-cancer/throat-cancer-diagnosis.html">Throat Cancer
    …   Diagnosis</a></li>
106582 <li class="primary-nav-item"><a
    …   href="/cancer-types/throat-cancer/throat-cancer-treatment.html">Throat Cancer
    …   Treatment</a></li>
106583 </ul>
106584 </nav>
106585 </div>
106586 </section>
106587 </div>
106588 </div>
106589 </div></li>
106590 <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/thyroid-cancer.html">Thyroid Cancer</a>
106591 <div class="subnav-mask">
106592 <div class="subnav-wrapper">
106593 <div class="subnav col10 pad">
106594 <section class="nested">
106595 <div class="col4 main-column">
106596 <nav class="secondary">
106597 <ul>
106598 <li class="mobile-nav-back"><a href="/cancer-types/thyroid-cancer.html"
    …   aria-label="Back to Thyroid Cancer">Thyroid Cancer</a></li>
106599 <li class="primary-nav-item">
106600 <a href="/cancer-types/thyroid-cancer.html" aria-label="Thyroid Cancer Home">Thyroid
    …   Cancer Home</a></li>
106601 <li class="primary-nav-item"><a
    …   href="/cancer-types/thyroid-cancer/thyroid-cancer-facts.html">Thyroid Cancer
    …   Facts</a></li>
106602 <li class="primary-nav-item"><a
    …   href="/cancer-types/thyroid-cancer/thyroid-cancer-symptoms.html">Thyroid Cancer
    …   Symptoms</a></li>
106603 <li class="primary-nav-item"><a
    …   href="/cancer-types/thyroid-cancer/thyroid-cancer-diagnosis.html">Thyroid Cancer
    …   Diagnosis</a></li>
106604 <li class="primary-nav-item"><a
    …   href="/cancer-types/thyroid-cancer/thyroid-cancer-treatment.html">Thyroid Cancer
    …   Treatment</a></li>
106605 </ul>
106606 </nav>
106607 </div>
106608 </section>
106609 </div>
106610 </div>
106611 </div></li>
106612 <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/uterine-cancer.html">Uterine Cancer</a>
106613 <div class="subnav-mask">
106614 <div class="subnav-wrapper">
106615 <div class="subnav col10 pad">
106616 <section class="nested">
```

```
106617 <div class="col4 main-column">
106618 <nav class="secondary">
106619 <ul>
106620 <li class="mobile-nav-back"><a href="/cancer-types/uterine-cancer.html"
  … aria-label="Back to Uterine Cancer">Uterine Cancer</a></li>
106621 <li class="primary-nav-item">
106622 <a href="/cancer-types/uterine-cancer.html" aria-label="Uterine Cancer Home">Uterine
  … Cancer Home</a></li>
106623 <li class="primary-nav-item"><a
  … href="/cancer-types/uterine-cancer/uterine-cancer-facts.html">Uterine Cancer
  … Facts</a></li>
106624 <li class="primary-nav-item"><a
  … href="/cancer-types/uterine-cancer/uterine-cancer-symptoms.html">Uterine Cancer
  … Symptoms</a></li>
106625 <li class="primary-nav-item"><a
  … href="/cancer-types/uterine-cancer/uterine-cancer-diagnosis.html">Uterine Cancer
  … Diagnosis</a></li>
106626 <li class="primary-nav-item"><a
  … href="/cancer-types/uterine-cancer/uterine-cancer-treatment.html">Uterine Cancer
  … Treatment</a></li>
106627 </ul>
106628 </nav>
106629 </div>
106630 </section>
106631 </div>
106632 </div>
106633 </div></li>
106634 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/vaginal-cancer.html">Vaginal Cancer</a>
106635 <div class="subnav-mask">
106636 <div class="subnav-wrapper">
106637 <div class="subnav col10 pad">
106638 <section class="nested">
106639 <div class="col4 main-column">
106640 <nav class="secondary">
106641 <ul>
106642 <li class="mobile-nav-back"><a href="/cancer-types/vaginal-cancer.html"
  … aria-label="Back to Vaginal Cancer">Vaginal Cancer</a></li>
106643 <li class="primary-nav-item">
106644 <a href="/cancer-types/vaginal-cancer.html" aria-label="Vaginal Cancer Home">Vaginal
  … Cancer Home</a></li>
106645 <li class="primary-nav-item"><a
  … href="/cancer-types/vaginal-cancer/vaginal-cancer-facts.html">Vaginal Cancer
  … Facts</a></li>
106646 <li class="primary-nav-item"><a
  … href="/cancer-types/vaginal-cancer/vaginal-cancer-symptoms.html">Vaginal Cancer
  … Symptoms</a></li>
106647 <li class="primary-nav-item"><a
  … href="/cancer-types/vaginal-cancer/vaginal-cancer-diagnosis.html">Vaginal Cancer
  … Diagnosis</a></li>
106648 <li class="primary-nav-item"><a
  … href="/cancer-types/vaginal-cancer/vaginal-cancer-treatment.html">Vaginal Cancer
  … Treatment</a></li>
106649 </ul>
106650 </nav>
106651 </div>
106652 </section>
106653 </div>
106654 </div>
106655 </div></li>
106656 <li class="primary-nav-item has-subnav"><a
  … href="/cancer-types/von-hippel-lindau-disease.html">von Hippel Lindau Disease</a>
106657 <div class="subnav-mask">
106658 <div class="subnav-wrapper">
106659 <div class="subnav col10 pad">
106660 <section class="nested">
106661 <div class="col4 main-column">
106662 <nav class="secondary">
```

```
106663  <ul>
106664  <li class="mobile-nav-back"><a href="/cancer-types/von-hippel-lindau-disease.html"
    …   aria-label="Back to von Hippel Lindau Disease">von Hippel Lindau Disease</a></li>
106665  <li class="primary-nav-item">
106666  <a href="/cancer-types/von-hippel-lindau-disease.html" aria-label="von Hippel Lindau
    …   Disease Home">von Hippel Lindau Disease Home</a></li>
106667  <li class="primary-nav-item"><a
    …   href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-facts.html">
    …   von Hippel Lindau Disease Facts</a></li>
106668  <li class="primary-nav-item"><a
    …   href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-symptoms.html
    …   ">von Hippel Lindau Disease Symptoms</a></li>
106669  <li class="primary-nav-item"><a
    …   href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-diagnosis.
    …   html">von Hippel Lindau Disease Diagnosis</a></li>
106670  <li class="primary-nav-item"><a
    …   href="/cancer-types/von-hippel-lindau-disease/von-hippel-lindau-disease-treatment.
    …   html">von Hippel Lindau Disease Treatment</a></li>
106671  </ul>
106672  </nav>
106673  </div>
106674  </section>
106675  </div>
106676  </div>
106677  </div></li>
106678  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/vulvar-cancer.html">Vulvar Cancer</a>
106679  <div class="subnav-mask">
106680  <div class="subnav-wrapper">
106681  <div class="subnav col10 pad">
106682  <section class="nested">
106683  <div class="col4 main-column">
106684  <nav class="secondary">
106685  <ul>
106686  <li class="mobile-nav-back"><a href="/cancer-types/vulvar-cancer.html"
    …   aria-label="Back to Vulvar Cancer">Vulvar Cancer</a></li>
106687  <li class="primary-nav-item">
106688  <a href="/cancer-types/vulvar-cancer.html" aria-label="Vulvar Cancer Home">Vulvar
    …   Cancer Home</a></li>
106689  <li class="primary-nav-item"><a
    …   href="/cancer-types/vulvar-cancer/vulvar-cancer-facts.html">Vulvar Cancer
    …   Facts</a></li>
106690  <li class="primary-nav-item"><a
    …   href="/cancer-types/vulvar-cancer/vulvar-cancer-symptoms.html">Vulvar Cancer
    …   Symptoms</a></li>
106691  <li class="primary-nav-item"><a
    …   href="/cancer-types/vulvar-cancer/vulvar-cancer-diagnosis.html">Vulvar Cancer
    …   Diagnosis</a></li>
106692  <li class="primary-nav-item"><a
    …   href="/cancer-types/vulvar-cancer/vulvar-cancer-treatment.html">Vulvar Cancer
    …   Treatment</a></li>
106693  </ul>
106694  </nav>
106695  </div>
106696  </section>
106697  </div>
106698  </div>
106699  </div></li>
106700  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia.html">Waldenström's
    …   Macroglobulinemia</a>
106701  <div class="subnav-mask">
106702  <div class="subnav-wrapper">
106703  <div class="subnav col10 pad">
106704  <section class="nested">
106705  <div class="col4 main-column">
106706  <nav class="secondary">
106707  <ul>
```

```
106708  <li class="mobile-nav-back"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia.html" aria-label="Back to
    …   Waldenström&#39;s Macroglobulinemia ">Waldenström's Macroglobulinemia</a></li>
106709  <li class="primary-nav-item">
106710  <a href="/cancer-types/waldenstroms-macroglobulinemia.html"
    …   aria-label="Waldenström&#39;s Macroglobulinemia  Home">Waldenström's
    …   Macroglobulinemia Home</a></li>
106711  <li class="primary-nav-item"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …   facts.html">Waldenström's Macroglobulinemia Facts</a></li>
106712  <li class="primary-nav-item"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …   symptoms.html">Waldenström's Macroglobulinemia Symptoms</a></li>
106713  <li class="primary-nav-item"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …   diagnosis.html">Waldenström's Macroglobulinemia Diagnosis</a></li>
106714  <li class="primary-nav-item"><a
    …   href="/cancer-types/waldenstroms-macroglobulinemia/waldenstroms-macroglobulinemia-
    …   treatment.html">Waldenström's Macroglobulinemia Treatment</a></li>
106715  </ul>
106716  </nav>
106717  </div>
106718  </section>
106719  </div>
106720  </div>
106721  </div></li>
106722  <li class="primary-nav-item has-subnav"><a
    …   href="/cancer-types/wilms-tumor.html">Wilms' Tumor</a>
106723  <div class="subnav-mask">
106724  <div class="subnav-wrapper">
106725  <div class="subnav col10 pad">
106726  <section class="nested">
106727  <div class="col4 main-column">
106728  <nav class="secondary">
106729  <ul>
106730  <li class="mobile-nav-back"><a href="/cancer-types/wilms-tumor.html" aria-label="Back
    …   to Wilms&#39; Tumor">Wilms' Tumor</a></li>
106731  <li class="primary-nav-item">
106732  <a href="/cancer-types/wilms-tumor.html" aria-label="Wilms&#39; Tumor Home">Wilms'
    …   Tumor Home</a></li>
106733  <li class="primary-nav-item"><a
    …   href="/cancer-types/wilms-tumor/wilms-tumor-facts.html">Wilms' Tumor Facts</a></li>
106734  <li class="primary-nav-item"><a
    …   href="/cancer-types/wilms-tumor/wilms-tumor-symptoms.html">Wilms' Tumor
    …   Symptoms</a></li>
106735  <li class="primary-nav-item"><a
    …   href="/cancer-types/wilms-tumor/wilms-tumor-diagnosis.html">Wilms' Tumor
    …   Diagnosis</a></li>
106736  <li class="primary-nav-item"><a
    …   href="/cancer-types/wilms-tumor/wilms-tumor-treatment.html">Wilms' Tumor
    …   Treatment</a></li>
106737  </ul>
106738  </nav>
106739  </div>
106740  </section>
106741  </div>
106742  </div>
106743  </div></li>
106744  </ul>
106745  </nav>
106746  </div>
106747  </section>
106748  </div>
106749  </div>
106750  </div></li>
106751  <li class="primary-nav-item has-subnav"><a href="/treatment-options.html">Treatment
    …   Options</a>
106752  <div class="subnav-mask">
```

```
106753  <div class="subnav-wrapper">
106754  <div class="subnav col10 pad">
106755  <section class="nested">
106756  <div class="col4 main-column">
106757  <nav class="secondary">
106758  <ul>
106759  <li class="mobile-nav-back"><a href="/treatment-options.html" aria-label="Back to
   …    Treatment Options">Treatment Options</a></li>
106760  <li class="primary-nav-item">
106761  <a href="/treatment-options.html" aria-label="Treatment Options Home">Treatment
   …    Options Home</a></li>
106762  <li class="primary-nav-item"><a
   …    href="/treatment-options/ablation-therapy.html">Ablation Therapy</a></li>
106763  <li class="primary-nav-item"><a
   …    href="/treatment-options/accelerated-partial-breast-irradiation.html">Accelerated
   …    Partial Breast Irradiation (APBI)</a></li>
106764  <li class="primary-nav-item"><a
   …    href="/treatment-options/angiogenesis-inhibitors.html">Angiogenesis
   …    Inhibitors</a></li>
106765  <li class="primary-nav-item has-subnav"><a
   …    href="/treatment-options/breast-reconstruction.html">Breast Reconstruction</a>
106766  <div class="subnav-mask">
106767  <div class="subnav-wrapper">
106768  <div class="subnav col10 pad">
106769  <section class="nested">
106770  <div class="col4 main-column">
106771  <nav class="secondary">
106772  <ul>
106773  <li class="mobile-nav-back"><a href="/treatment-options/breast-reconstruction.html"
   …    aria-label="Back to Breast Reconstruction">Breast Reconstruction</a></li>
106774  <li class="primary-nav-item">
106775  <a href="/treatment-options/breast-reconstruction.html" aria-label="Breast
   …    Reconstruction Home">Breast Reconstruction Home</a></li>
106776  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/breast-reconstruction-faqs.html">
   …    Breast Reconstruction FAQs</a></li>
106777  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/immediate-vs--delayed-reconstruction.
   …    html">Immediate vs. Delayed Reconstruction</a></li>
106778  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/implant-reconstruction.html">Implant
   …    Reconstruction</a></li>
106779  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/reconstruction-using-back-tissue.html"
   …    >Reconstruction Using Back Tissue</a></li>
106780  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/reconstruction-using-abdominal-tissue.
   …    html">Reconstruction Using Abdominal Tissue</a></li>
106781  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/reconstruction-using-buttock-tissue.
   …    html">Reconstruction Using Buttock Tissue</a></li>
106782  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/nipple-and-areola-reconstruction.html"
   …    >Nipple and Areola Reconstruction</a></li>
106783  <li class="primary-nav-item"><a
   …    href="/treatment-options/breast-reconstruction/making-a-decision.html">Making a
   …    Decision</a></li>
106784  </ul>
106785  </nav>
106786  </div>
106787  </section>
106788  </div>
106789  </div>
106790  </div></li>
106791  <li class="primary-nav-item"><a
   …    href="/treatment-options/chemotherapy.html">Chemotherapy</a></li>
106792  <li class="primary-nav-item"><a
   …    href="/treatment-options/hyperthermic-intraperitoneal-chemotherapy.html">Hyperthermic
```

```
106792…  Intraperitoneal Chemotherapy</a></li>
106793   <li class="primary-nav-item"><a
    …    href="/treatment-options/immunotherapy.html">Immunotherapy</a></li>
106794   <li class="primary-nav-item"><a
    …    href="/treatment-options/complementary-and-integrative-medicine.html">Integrative
    …    Medicine</a></li>
106795   <li class="primary-nav-item"><a
    …    href="/treatment-options/laser-interstitial-thermal-therapy.html">Laser Interstitial
    …    Thermal Therapy (LITT)</a></li>
106796   <li class="primary-nav-item"><a
    …    href="/treatment-options/minimally-invasive-surgery.html">Minimally Invasive
    …    Surgery</a></li>
106797   <li class="primary-nav-item"><a
    …    href="/treatment-options/palliative-care.html">Palliative Care</a></li>
106798   <li class="primary-nav-item"><a href="/treatment-options/proton-therapy.html">Proton
    …    Therapy</a></li>
106799   <li class="primary-nav-item"><a
    …    href="/treatment-options/radiation-therapy.html">Radiation Therapy</a></li>
106800   <li class="primary-nav-item"><a
    …    href="/treatment-options/stem-cell-transplantation.html">Stem Cell
    …    Transplantation</a></li>
106801   <li class="primary-nav-item"><a
    …    href="/treatment-options/stereotactic-body-radiation-therapy.html">Stereotactic Body
    …    Radiation Therapy</a></li>
106802   <li class="primary-nav-item"><a
    …    href="/treatment-options/stereotactic-radiosurgery.html">Stereotactic
    …    Radiosurgery</a></li>
106803   <li class="primary-nav-item"><a
    …    href="/treatment-options/surgery.html">Surgery</a></li>
106804   <li class="primary-nav-item"><a
    …    href="/treatment-options/targeted-therapy.html">Targeted Therapy</a></li>
106805   </ul>
106806   </nav>
106807   </div>
106808   </section>
106809   </div>
106810   </div>
106811   </div></li>
106812   <li class="primary-nav-item has-subnav"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects.html">Emotional
    …    &amp; Physical Effects</a>
106813   <div class="subnav-mask">
106814   <div class="subnav-wrapper">
106815   <div class="subnav col10 pad">
106816   <section class="nested">
106817   <div class="col4 main-column">
106818   <nav class="secondary">
106819   <ul>
106820   <li class="mobile-nav-back"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    …    aria-label="Back to Emotional &amp; Physical Effects">Emotional &amp; Physical
    …    Effects</a></li>
106821   <li class="primary-nav-item">
106822   <a href="/patients-family/diagnosis-treatment/emotional-physical-effects.html"
    …    aria-label="Emotional &amp; Physical Effects Home">Emotional &amp; Physical Effects
    …    Home</a></li>
106823   <li class="primary-nav-item"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects/bone-health.
    …    html">Bone Health</a></li>
106824   <li class="primary-nav-item"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects/bowel-
    …    management.html">Bowel Management</a></li>
106825   <li class="primary-nav-item"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects/chemobrain.html
    …    ">Chemobrain</a></li>
106826   <li class="primary-nav-item"><a
    …    href="/patients-family/diagnosis-treatment/emotional-physical-effects/diabetes-
    …    management.html">Diabetes Management</a></li>
```

```
106827 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/fatigue.html">
   … Fatigue</a></li>
106828 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/hair-loss.html"
   … >Hair Loss</a></li>
106829 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/heart-health.
   … html">Heart Health</a></li>
106830 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/infections.html
   … ">Infections</a></li>
106831 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/lymphedema.html
   … ">Lymphedema</a></li>
106832 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/managing-
   … medications.html">Managing Medications</a></li>
106833 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/nausea.html">
   … Nausea</a></li>
106834 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/peripheral-
   … neuropathy.html">Peripheral Neuropathy</a></li>
106835 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/nutrition.html"
   … >Nutrition</a></li>
106836 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/oral-care.html"
   … >Oral Care</a></li>
106837 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/cancer-pain-
   … management.html">Cancer Pain Management</a></li>
106838 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/sexuality-
   … cancer.html">Sexuality and Cancer</a></li>
106839 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/sleep-loss.html
   … ">Sleep Loss</a></li>
106840 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/emotional-physical-effects/stress-
   … reduction.html">Stress Reduction</a></li>
106841 </ul>
106842 </nav>
106843 </div>
106844 </section>
106845 </div>
106846 </div>
106847 </div></li>
106848 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/patient-support.html">Patient Support</a>
106849 <div class="subnav-mask">
106850 <div class="subnav-wrapper">
106851 <div class="subnav col10 pad">
106852 <section class="nested">
106853 <div class="col4 main-column">
106854 <nav class="secondary">
106855 <ul>
106856 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/patient-support.html" aria-label="Back to
   … Patient Support">Patient Support</a></li>
106857 <li class="primary-nav-item">
106858 <a href="/patients-family/diagnosis-treatment/patient-support.html"
   … aria-label="Patient Support Home">Patient Support Home</a></li>
106859 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/patient-support/cancer180.html">Cancer180<
   … /a></li>
106860 <li class="primary-nav-item"><a
```

```
106860... href="/patients-family/diagnosis-treatment/patient-support/cancer-survivorship-
      ... conference.html">Cancer Survivorship Conference</a></li>
106861 <li class="primary-nav-item"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/climb-support-program.html
      ... ">CLIMB Support Program</a></li>
106862 <li class="primary-nav-item has-subnav"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
      ... service.html">Ethics Consultation Service</a>
106863 <div class="subnav-mask">
106864 <div class="subnav-wrapper">
106865 <div class="subnav col10 pad">
106866 <section class="nested">
106867 <div class="col4 main-column">
106868 <nav class="secondary">
106869 <ul>
106870 <li class="mobile-nav-back"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
      ... service.html" aria-label="Back to Ethics Consultation Service">Ethics Consultation
      ... Service</a></li>
106871 <li class="primary-nav-item">
106872 <a
      ... href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
      ... service.html" aria-label="Ethics Consultation Service Home">Ethics Consultation
      ... Service Home</a></li>
106873 <li class="primary-nav-item"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/ethics-consultation-
      ... service/code-of-ethics.html">Code of Ethics</a></li>
106874 </ul>
106875 </nav>
106876 </div>
106877 </section>
106878 </div>
106879 </div>
106880 </div></li>
106881 <li class="primary-nav-item"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/kids-inquire-we-inform.
      ... html">KIWI: Kids Inquire, We Inform</a></li>
106882 <li class="primary-nav-item has-subnav"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html">
      ... myCancerConnection</a>
106883 <div class="subnav-mask">
106884 <div class="subnav-wrapper">
106885 <div class="subnav col10 pad">
106886 <section class="nested">
106887 <div class="col4 main-column">
106888 <nav class="secondary">
106889 <ul>
106890 <li class="mobile-nav-back"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
      ... aria-label="Back to myCancerConnection">myCancerConnection</a></li>
106891 <li class="primary-nav-item">
106892 <a
      ... href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection.html"
      ... aria-label="myCancerConnection Home">myCancerConnection Home</a></li>
106893 <li class="primary-nav-item"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/mycancerconnection/events.
      ... html">Events</a></li>
106894 </ul>
106895 </nav>
106896 </div>
106897 </section>
106898 </div>
106899 </div>
106900 </div></li>
106901 <li class="primary-nav-item"><a
      ... href="/patients-family/diagnosis-treatment/patient-support/online-support.html">
      ... Online Support</a></li>
106902 <li class="primary-nav-item"><a
```

```
106902 href="/patients-family/diagnosis-treatment/patient-support/patient-education-office.
       html">Patient Education Office</a></li>
106903 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/patient-advocacy.html">
       Patient Advocacy</a></li>
106904 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/patient-visitation-
       policies.html">Patient Visitation Policies</a></li>
106905 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/piknic.html">PIKNIC</a></
       li>
106906 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/social-work.html">Social
       Work</a></li>
106907 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/support-groups.html">
       Support Groups</a></li>
106908 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/patient-support/spiritual-support.html">
       Spiritual Support</a></li>
106909 </ul>
106910 </nav>
106911 </div>
106912 </section>
106913 </div>
106914 </div>
106915 </div></li>
106916 <li class="primary-nav-item has-subnav"><a
       href="/patients-family/diagnosis-treatment/clinical-trials.html">Clinical Trials</a>
106917 <div class="subnav-mask">
106918 <div class="subnav-wrapper">
106919 <div class="subnav col10 pad">
106920 <section class="nested">
106921 <div class="col4 main-column">
106922 <nav class="secondary">
106923 <ul>
106924 <li class="mobile-nav-back"><a
       href="/patients-family/diagnosis-treatment/clinical-trials.html" aria-label="Back to
       Clinical Trials">Clinical Trials</a></li>
106925 <li class="primary-nav-item">
106926 <a href="/patients-family/diagnosis-treatment/clinical-trials.html"
       aria-label="Clinical Trials Home">Clinical Trials Home</a></li>
106927 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/phases-of-clinical-trials.
       html">Phases of Clinical Trials</a></li>
106928 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/joining-a-clinical-trial.
       html">Joining a Clinical Trial</a></li>
106929 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/deciding-to-join-a-
       clinical-trial.html">Making a Decision</a></li>
106930 <li class="primary-nav-item"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/md-anderson-clinical-
       trials.html">MD Anderson Clinical Trials</a></li>
106931 <li class="primary-nav-item has-subnav"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
       ">Clinical Trials Search</a>
106932 <div class="subnav-mask">
106933 <div class="subnav-wrapper">
106934 <div class="subnav col10 pad">
106935 <section class="nested">
106936 <div class="col4 main-column">
106937 <nav class="secondary">
106938 <ul>
106939 <li class="mobile-nav-back"><a
       href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
       " aria-label="Back to Clinical Trials Search">Clinical Trials Search</a></li>
106940 <li class="primary-nav-item">
```

```
106941  <a
    …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index.html
    …   " aria-label="Clinical Trials Search Home">Clinical Trials Search Home</a></li>
106942  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/clinical-trials/clinical-trials-index/
    …   clinical-trials-detail.html">Clinical Trials Detail</a></li>
106943  </ul>
106944  </nav>
106945  </div>
106946  </section>
106947  </div>
106948  </div>
106949  </div></li>
106950  </ul>
106951  </nav>
106952  </div>
106953  </section>
106954  </div>
106955  </div>
106956  </div></li>
106957  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics.html">Care Centers
    …   &amp; Clinics</a>
106958  <div class="subnav-mask">
106959  <div class="subnav-wrapper">
106960  <div class="subnav col10 pad">
106961  <section class="nested">
106962  <div class="col4 main-column">
106963  <nav class="secondary">
106964  <ul>
106965  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
    …   aria-label="Back to Care Centers &amp; Clinics">Care Centers &amp; Clinics</a></li>
106966  <li class="primary-nav-item">
106967  <a href="/patients-family/diagnosis-treatment/care-centers-clinics.html"
    …   aria-label="Care Centers &amp; Clinics Home">Care Centers &amp; Clinics Home</a></li>
106968  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    …   center.html">Brain and Spine Center</a>
106969  <div class="subnav-mask">
106970  <div class="subnav-wrapper">
106971  <div class="subnav col10 pad">
106972  <section class="nested">
106973  <div class="col4 main-column">
106974  <nav class="secondary">
106975  <ul>
106976  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    …   center.html" aria-label="Back to Brain and Spine Center">Brain and Spine
    …   Center</a></li>
106977  <li class="primary-nav-item">
106978  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    …   center.html" aria-label="Brain and Spine Center Home">Brain and Spine Center
    …   Home</a></li>
106979  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/brain-and-spine-
    …   center/doctors-and-staff.html">Doctors and Staff</a></li>
106980  </ul>
106981  </nav>
106982  </div>
106983  </section>
106984  </div>
106985  </div>
106986  </div></li>
106987  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html">
    …   Breast Center</a>
```

```
106988  <div class="subnav-mask">
106989  <div class="subnav-wrapper">
106990  <div class="subnav col10 pad">
106991  <section class="nested">
106992  <div class="col4 main-column">
106993  <nav class="secondary">
106994  <ul>
106995  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
    …   aria-label="Back to Breast Center">Breast Center</a></li>
106996  <li class="primary-nav-item">
106997  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center.html"
    …   aria-label="Breast Center Home">Breast Center Home</a></li>
106998  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/meet-
    …   our-team.html">Meet our Team</a></li>
106999  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/
    …   inflammatory-breast-cancer-clinic.html">Inflammatory Breast Cancer Clinic</a></li>
107000  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/high-
    …   risk-screening-and-genetics-clinic.html">High Risk Screening and Genetics
    …   Clinic</a></li>
107001  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/breast-center/breast-
    …   multi-team-clinic.html">Breast Multi-Team Clinic</a></li>
107002  </ul>
107003  </nav>
107004  </div>
107005  </section>
107006  </div>
107007  </div>
107008  </div></li>
107009  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center.html">Cancer Prevention Center</a>
107010  <div class="subnav-mask">
107011  <div class="subnav-wrapper">
107012  <div class="subnav col10 pad">
107013  <section class="nested">
107014  <div class="col4 main-column">
107015  <nav class="secondary">
107016  <ul>
107017  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center.html" aria-label="Back to Cancer Prevention Center">Cancer Prevention
    …   Center</a></li>
107018  <li class="primary-nav-item">
107019  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center.html" aria-label="Cancer Prevention Center Home">Cancer Prevention Center
    …   Home</a></li>
107020  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center/clinics-and-programs.html">Clinics and Programs</a></li>
107021  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center/meet-our-team.html">Meet Our Team</a></li>
107022  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center/lung-screening-clinic.html">Lung Screening Clinic</a></li>
107023  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/cancer-prevention-
    …   center/tobacco-treatment-program.html">Tobacco Treatment Program</a></li>
107024  </ul>
107025  </nav>
107026  </div>
```

```
107027  </section>
107028  </div>
107029  </div>
107030  </div></li>
107031  <li class="primary-nav-item has-subnav"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
     …  center.html">Cardiopulmonary Center</a>
107032  <div class="subnav-mask">
107033  <div class="subnav-wrapper">
107034  <div class="subnav col10 pad">
107035  <section class="nested">
107036  <div class="col4 main-column">
107037  <nav class="secondary">
107038  <ul>
107039  <li class="mobile-nav-back"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
     …  center.html" aria-label="Back to Cardiopulmonary Center">Cardiopulmonary
     …  Center</a></li>
107040  <li class="primary-nav-item">
107041  <a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
     …  center.html" aria-label="Cardiopulmonary Center Home">Cardiopulmonary Center
     …  Home</a></li>
107042  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
     …  center/meet-our-team.html">Meet Our Team</a></li>
107043  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/cardiopulmonary-
     …  center/sleep-center.html">Sleep Center</a></li>
107044  </ul>
107045  </nav>
107046  </div>
107047  </section>
107048  </div>
107049  </div>
107050  </div></li>
107051  <li class="primary-nav-item has-subnav"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital.html">Children's Cancer Hospital</a>
107052  <div class="subnav-mask">
107053  <div class="subnav-wrapper">
107054  <div class="subnav col10 pad">
107055  <section class="nested">
107056  <div class="col4 main-column">
107057  <nav class="secondary">
107058  <ul>
107059  <li class="mobile-nav-back"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital.html" aria-label="Back to Children&#39;s Cancer Hospital">Children's Cancer
     …  Hospital</a></li>
107060  <li class="primary-nav-item">
107061  <a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital.html" aria-label="Children&#39;s Cancer Hospital Home">Children's Cancer
     …  Hospital Home</a></li>
107062  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital/meet-our-team.html">Meet Our Team</a></li>
107063  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital/appointments-and-referrals.html">Appointments and Referrals</a></li>
107064  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital/our-facilities.html">Our Facilities</a></li>
107065  <li class="primary-nav-item has-subnav"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
     …  hospital/treatment-highlights.html">Treatment Highlights</a>
107066  <div class="subnav-mask">
```

```
107067 <div class="subnav-wrapper">
107068 <div class="subnav col10 pad">
107069 <section class="nested">
107070 <div class="col4 main-column">
107071 <nav class="secondary">
107072 <ul>
107073 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights.html" aria-label="Back to Treatment
    … Highlights">Treatment Highlights</a></li>
107074 <li class="primary-nav-item">
107075 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights.html" aria-label="Treatment Highlights Home">Treatment
    … Highlights Home</a></li>
107076 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights/childhood-cancer-survivors-clinic.html">Childhood
    … Cancer Survivors Clinic</a></li>
107077 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights/pediatric-brain-tumor-program.html">Pediatric Brain
    … Tumor Program</a>
107078 <div class="subnav-mask">
107079 <div class="subnav-wrapper">
107080 <div class="subnav col10 pad">
107081 <section class="nested">
107082 <div class="col4 main-column">
107083 <nav class="secondary">
107084 <ul>
107085 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights/pediatric-brain-tumor-program.html" aria-label="Back to
    … Pediatric Brain Tumor Program">Pediatric Brain Tumor Program</a></li>
107086 <li class="primary-nav-item">
107087 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights/pediatric-brain-tumor-program.html"
    … aria-label="Pediatric Brain Tumor Program Home">Pediatric Brain Tumor Program
    … Home</a></li>
107088 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/treatment-highlights/pediatric-brain-tumor-program/pediatric-brain-tumor-
    … teawm.html">Pediatric Brain Tumor Team</a></li>
107089 </ul>
107090 </nav>
107091 </div>
107092 </section>
107093 </div>
107094 </div>
107095 </div></li>
107096 </ul>
107097 </nav>
107098 </div>
107099 </section>
107100 </div>
107101 </div>
107102 </div></li>
107103 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
    … hospital/support-programs.html">Support Programs</a>
107104 <div class="subnav-mask">
107105 <div class="subnav-wrapper">
107106 <div class="subnav col10 pad">
107107 <section class="nested">
107108 <div class="col4 main-column">
107109 <nav class="secondary">
107110 <ul>
```

```
107111  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
        hospital/support-programs.html" aria-label="Back to Support Programs">Support
        Programs</a></li>
107112  <li class="primary-nav-item">
107113  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
        hospital/support-programs.html" aria-label="Support Programs Home">Support Programs
        Home</a></li>
107114  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
        hospital/support-programs/pediatric-college-scholarship-program.html">Pediatric
        College Scholarship Program</a></li>
107115  </ul>
107116  </nav>
107117  </div>
107118  </section>
107119  </div>
107120  </div>
107121  </div></li>
107122  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
        hospital/pediatric-clinical-trials.html">Pediatric Clinical Trials</a></li>
107123  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/childrens-cancer-
        hospital/how-to-help.html">How to Help</a></li>
107124  </ul>
107125  </nav>
107126  </div>
107127  </section>
107128  </div>
107129  </div>
107130  </div></li>
107131  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/clinical-center-for-
        targeted-therapy.html">Clinical Center for Targeted Therapy</a></li>
107132  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
        html">Colorectal Center</a>
107133  <div class="subnav-mask">
107134  <div class="subnav-wrapper">
107135  <div class="subnav col10 pad">
107136  <section class="nested">
107137  <div class="col4 main-column">
107138  <nav class="secondary">
107139  <ul>
107140  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
        html" aria-label="Back to Colorectal Center">Colorectal Center</a></li>
107141  <li class="primary-nav-item">
107142  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center.
        html" aria-label="Colorectal Center Home">Colorectal Center Home</a></li>
107143  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
        meet-our-team.html">Meet our Team</a></li>
107144  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/colorectal-center/
        colorectal-cancer-genetics-clinic.html">Colorectal Cancer Genetics Clinic</a></li>
107145  </ul>
107146  </nav>
107147  </div>
107148  </section>
107149  </div>
107150  </div>
107151  </div></li>
107152  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
```

Page 3134

```
107152... ">Endocrine Center</a>
107153  <div class="subnav-mask">
107154  <div class="subnav-wrapper">
107155  <div class="subnav col10 pad">
107156  <section class="nested">
107157  <div class="col4 main-column">
107158  <nav class="secondary">
107159  <ul>
107160  <li class="mobile-nav-back"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
...     " aria-label="Back to Endocrine Center">Endocrine Center</a></li>
107161  <li class="primary-nav-item">
107162  <a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center.html
...     " aria-label="Endocrine Center Home">Endocrine Center Home</a></li>
107163  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/meet
...     -our-team.html">Meet our Team</a></li>
107164  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
...     thyroid-nodule-clinic.html">Thyroid Nodule Clinic</a></li>
107165  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/
...     endocrine-neoplasia-registry.html">Endocrine Neoplasia Registry</a></li>
107166  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/endocrine-center/fast
...     -clinic.html">FAST Clinic</a></li>
107167  </ul>
107168  </nav>
107169  </div>
107170  </section>
107171  </div>
107172  </div>
107173  </div></li>
107174  <li class="primary-nav-item has-subnav"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
...     cancer-center.html">Gastrointestinal Cancer Center</a>
107175  <div class="subnav-mask">
107176  <div class="subnav-wrapper">
107177  <div class="subnav col10 pad">
107178  <section class="nested">
107179  <div class="col4 main-column">
107180  <nav class="secondary">
107181  <ul>
107182  <li class="mobile-nav-back"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
...     cancer-center.html" aria-label="Back to Gastrointestinal Cancer
...     Center">Gastrointestinal Cancer Center</a></li>
107183  <li class="primary-nav-item">
107184  <a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
...     cancer-center.html" aria-label="Gastrointestinal Cancer Center Home">Gastrointestinal
...     Cancer Center Home</a></li>
107185  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
...     cancer-center/meet-our-team.html">Meet our Team</a></li>
107186  <li class="primary-nav-item"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/gastrointestinal-
...     cancer-center/pancreatic-cyst-clinic.html">Pancreatic Cyst Clinic</a></li>
107187  </ul>
107188  </nav>
107189  </div>
107190  </section>
107191  </div>
107192  </div>
107193  </div></li>
107194  <li class="primary-nav-item has-subnav"><a
...     href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
```

```
107194… center.html">Genitourinary Cancer Center</a>
107195 <div class="subnav-mask">
107196 <div class="subnav-wrapper">
107197 <div class="subnav col10 pad">
107198 <section class="nested">
107199 <div class="col4 main-column">
107200 <nav class="secondary">
107201 <ul>
107202 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center.html" aria-label="Back to Genitourinary Cancer Center">Genitourinary Cancer
    … Center</a></li>
107203 <li class="primary-nav-item">
107204 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center.html" aria-label="Genitourinary Cancer Center Home">Genitourinary Cancer
    … Center Home</a></li>
107205 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/meet-our-team.html">Meet our Team</a></li>
107206 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/multidisciplinary-prostate-clinic.html">Multidisciplinary Prostate
    … Clinic</a></li>
107207 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/genitourinary-cancer-
    … center/vhl-clinic.html">von Hippel Lindau Clinic</a></li>
107208 </ul>
107209 </nav>
107210 </div>
107211 </section>
107212 </div>
107213 </div>
107214 </div></li>
107215 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html">Gynecologic Oncology Center</a>
107216 <div class="subnav-mask">
107217 <div class="subnav-wrapper">
107218 <div class="subnav col10 pad">
107219 <section class="nested">
107220 <div class="col4 main-column">
107221 <nav class="secondary">
107222 <ul>
107223 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html" aria-label="Back to Gynecologic Oncology Center">Gynecologic Oncology
    … Center</a></li>
107224 <li class="primary-nav-item">
107225 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center.html" aria-label="Gynecologic Oncology Center Home">Gynecologic Oncology
    … Center Home</a></li>
107226 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/meet-our-team.html">Meet our Team</a></li>
107227 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/colposcopy-clinic.html">Colposcopy Clinic</a></li>
107228 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/gynecologic-genetics-clinic.html">Gynecologic Cancer Genetics Clinic</a></li>
107229 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/gynecologic-oncology-
    … center/ovarian-screening-clinic.html">Ovarian Screening Clinic</a></li>
107230 </ul>
107231 </nav>
107232 </div>
```

```
107233 </section>
107234 </div>
107235 </div>
107236 </div></li>
107237 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
       ">Head &amp; Neck Center</a>
107238 <div class="subnav-mask">
107239 <div class="subnav-wrapper">
107240 <div class="subnav col10 pad">
107241 <section class="nested">
107242 <div class="col4 main-column">
107243 <nav class="secondary">
107244 <ul>
107245 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
       " aria-label="Back to Head &amp; Neck Center">Head &amp; Neck Center</a></li>
107246 <li class="primary-nav-item">
107247 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center.html
       " aria-label="Head &amp; Neck Center Home">Head &amp; Neck Center Home</a></li>
107248 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/meet
       -our-team.html">Meet Our Team</a></li>
107249 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/head-neck-center/
       ophthalmology-clinic.html">Ophthalmology Clinic</a></li>
107250 </ul>
107251 </nav>
107252 </div>
107253 </section>
107254 </div>
107255 </div>
107256 </div></li>
107257 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center.html">Integrative Medicine Center</a>
107258 <div class="subnav-mask">
107259 <div class="subnav-wrapper">
107260 <div class="subnav col10 pad">
107261 <section class="nested">
107262 <div class="col4 main-column">
107263 <nav class="secondary">
107264 <ul>
107265 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center.html" aria-label="Back to Integrative Medicine Center">Integrative Medicine
       Center</a></li>
107266 <li class="primary-nav-item">
107267 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center.html" aria-label="Integrative Medicine Center Home">Integrative Medicine
       Center Home</a></li>
107268 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center/clinical-services.html">Clinical Services</a></li>
107269 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center/meet-our-team.html">Meet Our Team</a></li>
107270 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center/group-classes.html">Group Classes</a></li>
107271 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/integrative-medicine-
       center/audio_and_video.html">Audios and Videos</a></li>
107272 </ul>
107273 </nav>
107274 </div>
```

```
107275 </section>
107276 </div>
107277 </div>
107278 </div></li>
107279 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   … center.html">Internal Medicine Center</a>
107280 <div class="subnav-mask">
107281 <div class="subnav-wrapper">
107282 <div class="subnav col10 pad">
107283 <section class="nested">
107284 <div class="col4 main-column">
107285 <nav class="secondary">
107286 <ul>
107287 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   … center.html" aria-label="Back to Internal Medicine Center">Internal Medicine
   … Center</a></li>
107288 <li class="primary-nav-item">
107289 <a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   … center.html" aria-label="Internal Medicine Center Home">Internal Medicine Center
   … Home</a></li>
107290 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   … center/meet-our-team.html">Meet Our Team</a></li>
107291 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/internal-medicine-
   … center/specialty-clinics.html">Specialty Clinics</a></li>
107292 </ul>
107293 </nav>
107294 </div>
107295 </section>
107296 </div>
107297 </div>
107298 </div></li>
107299 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
   … >Leukemia Center</a>
107300 <div class="subnav-mask">
107301 <div class="subnav-wrapper">
107302 <div class="subnav col10 pad">
107303 <section class="nested">
107304 <div class="col4 main-column">
107305 <nav class="secondary">
107306 <ul>
107307 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
   … aria-label="Back to Leukemia Center">Leukemia Center</a></li>
107308 <li class="primary-nav-item">
107309 <a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center.html"
   … aria-label="Leukemia Center Home">Leukemia Center Home</a></li>
107310 <li class="primary-nav-item"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/meet-
   … our-team.html">Meet Our Team</a></li>
107311 <li class="primary-nav-item has-subnav"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
   … patient-corner.html">Patient Corner</a>
107312 <div class="subnav-mask">
107313 <div class="subnav-wrapper">
107314 <div class="subnav col10 pad">
107315 <section class="nested">
107316 <div class="col4 main-column">
107317 <nav class="secondary">
107318 <ul>
107319 <li class="mobile-nav-back"><a
   … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
```

```
107319… patient-corner.html" aria-label="Back to Patient Corner">Patient Corner</a></li>
107320  <li class="primary-nav-item">
107321  <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner.html" aria-label="Patient Corner Home">Patient Corner Home</a></li>
107322  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/nate-hawkins.html">Nate Hawkins</a></li>
107323  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/monica-scandlen.html">Monica Scandlen</a></li>
107324  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/jodi-oliver.html">Jodi Oliver</a></li>
107325  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/sue-miller.html">Sue Miller</a></li>
107326  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/leukemia-center/
    … patient-corner/charles-friedman.html">Charles Friedman</a></li>
107327  </ul>
107328  </nav>
107329  </div>
107330  </section>
107331  </div>
107332  </div>
107333  </div></li>
107334  </ul>
107335  </nav>
107336  </div>
107337  </section>
107338  </div>
107339  </div>
107340  </div></li>
107341  <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    … center.html">Lymphoma &amp; Myeloma Center</a>
107342  <div class="subnav-mask">
107343  <div class="subnav-wrapper">
107344  <div class="subnav col10 pad">
107345  <section class="nested">
107346  <div class="col4 main-column">
107347  <nav class="secondary">
107348  <ul>
107349  <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    … center.html" aria-label="Back to Lymphoma &amp; Myeloma Center">Lymphoma &amp;
    … Myeloma Center</a></li>
107350  <li class="primary-nav-item">
107351  <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    … center.html" aria-label="Lymphoma &amp; Myeloma Center Home">Lymphoma &amp; Myeloma
    … Center Home</a></li>
107352  <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/lymphoma-myeloma-
    … center/meet-our-team.html">Meet Our Team</a></li>
107353  </ul>
107354  </nav>
107355  </div>
107356  </section>
107357  </div>
107358  </div>
107359  </div></li>
107360  <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    … html">Melanoma &amp; Skin Center</a>
107361  <div class="subnav-mask">
107362  <div class="subnav-wrapper">
```

```
107363 <div class="subnav-col10 pad">
107364 <section class="nested">
107365 <div class="col4 main-column">
107366 <nav class="secondary">
107367 <ul>
107368 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    … html" aria-label="Back to Melanoma &amp; Skin Center">Melanoma &amp; Skin
    … Center</a></li>
107369 <li class="primary-nav-item">
107370 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center.
    … html" aria-label="Melanoma &amp; Skin Center Home">Melanoma &amp; Skin Center
    … Home</a></li>
107371 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    … meet-our-team.html">Meet Our Team</a></li>
107372 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/melanoma-skin-center/
    … cutaneous-tcell-lymphoma-clinic.html">Cutaneous T-Cell Lymphoma Clinic</a></li>
107373 </ul>
107374 </nav>
107375 </div>
107376 </section>
107377 </div>
107378 </div>
107379 </div></li>
107380 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/mohs-and-dermasurgery
    … .html">Mohs and Dermasurgery</a></li>
107381 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html">Orthopaedic Center</a>
107382 <div class="subnav-mask">
107383 <div class="subnav-wrapper">
107384 <div class="subnav col10 pad">
107385 <section class="nested">
107386 <div class="col4 main-column">
107387 <nav class="secondary">
107388 <ul>
107389 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html" aria-label="Back to Orthopaedic Center">Orthopaedic Center</a></li>
107390 <li class="primary-nav-item">
107391 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center.
    … html" aria-label="Orthopaedic Center Home">Orthopaedic Center Home</a></li>
107392 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/orthopaedic-center/
    … meet-our-team.html">Meet Our Team</a></li>
107393 </ul>
107394 </nav>
107395 </div>
107396 </section>
107397 </div>
107398 </div>
107399 </div></li>
107400 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    … center.html">Pain Management Center</a>
107401 <div class="subnav-mask">
107402 <div class="subnav-wrapper">
107403 <div class="subnav col10 pad">
107404 <section class="nested">
107405 <div class="col4 main-column">
107406 <nav class="secondary">
107407 <ul>
107408 <li class="mobile-nav-back"><a
```

```
107408  href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …   center.html" aria-label="Back to Pain Management Center">Pain Management
    …   Center</a></li>
107409  <li class="primary-nav-item">
107410  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …   center.html" aria-label="Pain Management Center Home">Pain Management Center
    …   Home</a></li>
107411  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/pain-management-
    …   center/meet-our-team.html">Meet Our Team</a></li>
107412  </ul>
107413  </nav>
107414  </div>
107415  </section>
107416  </div>
107417  </div>
107418  </div></li>
107419  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   .html">Proton Therapy Center</a>
107420  <div class="subnav-mask">
107421  <div class="subnav-wrapper">
107422  <div class="subnav col10 pad">
107423  <section class="nested">
107424  <div class="col4 main-column">
107425  <nav class="secondary">
107426  <ul>
107427  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   .html" aria-label="Back to Proton Therapy Center">Proton Therapy Center</a></li>
107428  <li class="primary-nav-item">
107429  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   .html" aria-label="Proton Therapy Center Home">Proton Therapy Center Home</a></li>
107430  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-is-proton-therapy.html">What is Proton Therapy?</a>
107431  <div class="subnav-mask">
107432  <div class="subnav-wrapper">
107433  <div class="subnav col10 pad">
107434  <section class="nested">
107435  <div class="col4 main-column">
107436  <nav class="secondary">
107437  <ul>
107438  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-is-proton-therapy.html" aria-label="Back to What is Proton Therapy?">What is
    …   Proton Therapy?</a></li>
107439  <li class="primary-nav-item">
107440  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-is-proton-therapy.html" aria-label="What is Proton Therapy? Home">What is
    …   Proton Therapy? Home</a></li>
107441  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-is-proton-therapy/benefits-of-proton-therapy.html">Benefits of Proton
    …   Therapy</a></li>
107442  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-is-proton-therapy/history-of-proton-therapy.html">History of Proton
    …   Therapy</a></li>
107443  </ul>
107444  </nav>
107445  </div>
107446  </section>
107447  </div>
107448  </div>
```

```
107449 </div></li>
107450 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /why-choose-md-anderson-proton-therapy.html">Why Choose MD Anderson Proton
    .. Therapy?</a></li>
107451 <li class="primary-nav-item has-subnav"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat.html">Conditions We Treat</a>
107452 <div class="subnav-mask">
107453 <div class="subnav-wrapper">
107454 <div class="subnav col10 pad">
107455 <section class="nested">
107456 <div class="col4 main-column">
107457 <nav class="secondary">
107458 <ul>
107459 <li class="mobile-nav-back"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat.html" aria-label="Back to Conditions We Treat">Conditions We
    .. Treat</a></li>
107460 <li class="primary-nav-item">
107461 <a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat.html" aria-label="Conditions We Treat Home">Conditions We Treat
    .. Home</a></li>
107462 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/esophageal-cancer.html">Esophageal Cancer</a></li>
107463 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/head-and-neck-cancers.html">Head and Neck Cancers</a></li>
107464 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/lung-cancer.html">Lung Cancer</a></li>
107465 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/lymphomas.html">Lymphomas</a></li>
107466 <li class="primary-nav-item has-subnav"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/pediatric-cancer.html">Pediatric Cancer</a>
107467 <div class="subnav-mask">
107468 <div class="subnav-wrapper">
107469 <div class="subnav col10 pad">
107470 <section class="nested">
107471 <div class="col4 main-column">
107472 <nav class="secondary">
107473 <ul>
107474 <li class="mobile-nav-back"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/pediatric-cancer.html" aria-label="Back to Pediatric
    .. Cancer">Pediatric Cancer</a></li>
107475 <li class="primary-nav-item">
107476 <a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/pediatric-cancer.html" aria-label="Pediatric Cancer
    .. Home">Pediatric Cancer Home</a></li>
107477 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/pediatric-cancer/child-life.html">Child Life</a></li>
107478 </ul>
107479 </nav>
107480 </div>
107481 </section>
107482 </div>
107483 </div>
107484 </div></li>
107485 <li class="primary-nav-item"><a
    .. href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    .. /conditions-we-treat/prostate-cancer.html">Prostate Cancer</a></li>
```

```
107486  </ul>
107487  </nav>
107488  </div>
107489  </section>
107490  </div>
107491  </div>
107492  </div></li>
107493  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /what-to-expect.html">What to Expect</a></li>
107494  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /our-team-of-experts.html">Our Team of Experts</a></li>
107495  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors.html">Meet our Survivors</a>
107496  <div class="subnav-mask">
107497  <div class="subnav-wrapper">
107498  <div class="subnav col10 pad">
107499  <section class="nested">
107500  <div class="col4 main-column">
107501  <nav class="secondary">
107502  <ul>
107503  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors.html" aria-label="Back to Meet our Survivors">Meet our
    …   Survivors</a></li>
107504  <li class="primary-nav-item">
107505  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors.html" aria-label="Meet our Survivors Home">Meet our Survivors
    …   Home</a></li>
107506  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/stephanie-mullins.html">Stephanie Mullins</a></li>
107507  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/caitlin-acree.html">Caitlin Acree</a></li>
107508  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/joseph-campione.html">Joseph Campione</a></li>
107509  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/max-daniel.html">Max Daniel</a></li>
107510  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/ava-jacobs.html">Ava Jacobs</a></li>
107511  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/ana-kate-partridge.html">Ana Kate Partridge</a></li>
107512  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/matthew-rager.html">Matthew Rager</a></li>
107513  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/hailey-strole.html">Hailey Strole</a></li>
107514  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/coleson-young.html">Coleson Young</a></li>
107515  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/roberto-olivares.html">Roberto Olivares</a></li>
107516  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/eric-oldre.html">Eric Oldre</a></li>
107517  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …   /meet-our-survivors/carol-monroe.html">Carol Monroe</a></li>
```

```
107518  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/vaughn-bradley.html">Vaughn Bradley</a></li>
107519  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/louise-chaung.html">Louise Chaung</a></li>
107520  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/shane-leonard.html">Shane Leonard</a></li>
107521  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/mary-lott.html">Mary Lott</a></li>
107522  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/gerry-mckim.html">Gerry McKim</a></li>
107523  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/helen-schmidt.html">Helen Schmidt</a></li>
107524  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/chuck-martinez.html">Chuck Martinez</a></li>
107525  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/jose-rovira.html">Jose Rovira</a></li>
107526  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/suzan-shughart.html">Suzan Shughart</a></li>
107527  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/billy-walls.html">Billy Walls</a></li>
107528  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/molly-allen.html">Molly Allen</a></li>
107529  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/katie-meacham.html">Katie Meacham</a></li>
107530  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/lorenzo-abundiz.html">Lorenzo Abundiz</a></li>
107531  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/walter-atkinson.html">Walter Atkinson</a></li>
107532  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/drew-cox.html">Drew Cox</a></li>
107533  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/khalid-al-failakawi.html">Khalid Al Failakawi</a></li>
107534  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/ahmed-fakhri.html">Ahmed Fakhri</a></li>
107535  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/gerard-first.html">Gerard First</a></li>
107536  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/john-floyd.html">John Floyd</a></li>
107537  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/jack-holloway.html">Jack Holloway</a></li>
107538  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/harvey-house.html">Harvey House</a></li>
107539  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /meet-our-survivors/rick-keller.html">Rick Keller</a></li>
107540  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
```

```
107540…  /meet-our-survivors/joe-landry.html">Joe Landry</a></li>
107541  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /meet-our-survivors/terry-lavy.html">Terry Lavy</a></li>
107542  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /meet-our-survivors/peter-taaffe.html">Peter Taaffe</a></li>
107543  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /meet-our-survivors/richard-trevino.html">Richard Trevino</a></li>
107544  </ul>
107545  </nav>
107546  </div>
107547  </section>
107548  </div>
107549  </div>
107550  </div></li>
107551  <li class="primary-nav-item has-subnav"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients.html">For Patients</a>
107552  <div class="subnav-mask">
107553  <div class="subnav-wrapper">
107554  <div class="subnav col10 pad">
107555  <section class="nested">
107556  <div class="col4 main-column">
107557  <nav class="secondary">
107558  <ul>
107559  <li class="mobile-nav-back"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients.html" aria-label="Back to For Patients">For Patients</a></li>
107560  <li class="primary-nav-item">
107561  <a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients.html" aria-label="For Patients Home">For Patients Home</a></li>
107562  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients/visiting-houston.html">Visiting Houston</a></li>
107563  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients/videos-articles-and-podcasts.html">Videos, Articles and
   …    Podcasts</a></li>
107564  <li class="primary-nav-item"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-patients/glossary-of-proton-therapy-terms.html">Glossary</a></li>
107565  </ul>
107566  </nav>
107567  </div>
107568  </section>
107569  </div>
107570  </div>
107571  </div></li>
107572  <li class="primary-nav-item has-subnav"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-physicians.html">For Physicians</a>
107573  <div class="subnav-mask">
107574  <div class="subnav-wrapper">
107575  <div class="subnav col10 pad">
107576  <section class="nested">
107577  <div class="col4 main-column">
107578  <nav class="secondary">
107579  <ul>
107580  <li class="mobile-nav-back"><a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-physicians.html" aria-label="Back to For Physicians">For Physicians</a></li>
107581  <li class="primary-nav-item">
107582  <a
   …    href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
   …    /for-physicians.html" aria-label="For Physicians Home">For Physicians Home</a></li>
```

```
107583 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /for-physicians/proton-therapy-training-program.html">Proton Therapy Training
    …  Program</a></li>
107584 </ul>
107585 </nav>
107586 </div>
107587 </section>
107588 </div>
107589 </div>
107590 </div></li>
107591 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /clinical-trials.html">Clinical Trials</a></li>
107592 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /frequently-asked-questions.html">Frequently Asked Questions</a></li>
107593 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /parking-and-directions.html">Parking and Directions</a></li>
107594 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /contact-us.html">Contact Us</a></li>
107595 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E4%B8%AD%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html">Chinese: Proton Therapy
    …  Center</a>
107596 <div class="subnav-mask">
107597 <div class="subnav-wrapper">
107598 <div class="subnav col10 pad">
107599 <section class="nested">
107600 <div class="col4 main-column">
107601 <nav class="secondary">
107602 <ul>
107603 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Back to
    …  Chinese: Proton Therapy Center">Chinese: Proton Therapy Center</a></li>
107604 <li class="primary-nav-item">
107605 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83.html" aria-label="Chinese:
    …  Proton Therapy Center Home">Chinese: Proton Therapy Center Home</a></li>
107606 <li class="primary-nav-item has-subnav"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html">Chinese: What is Proton Therapy?</a>
107607 <div class="subnav-mask">
107608 <div class="subnav-wrapper">
107609 <div class="subnav col10 pad">
107610 <section class="nested">
107611 <div class="col4 main-column">
107612 <nav class="secondary">
107613 <ul>
107614 <li class="mobile-nav-back"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Back to Chinese: What is Proton
    …  Therapy?">Chinese: What is Proton Therapy?</a></li>
107615 <li class="primary-nav-item">
107616 <a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
    …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97.html" aria-label="Chinese: What is Proton
    …  Therapy? Home">Chinese: What is Proton Therapy? Home</a></li>
107617 <li class="primary-nav-item"><a
    …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
    …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%BB%80%E4%B9%88%E6%98%AF%
```

```
107617…  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E4%
     …  BC%98%E5%8A%BF.html">Chinese: Benefits of Proton Therapy</a></li>
107618  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E4%B8%80%E4%B9%88%E6%98%AF%
     …  E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E7%9A%84%E5%
     …  8F%91%E5%B1%95%E5%8F%B2.html">Chinese: History of Proton Therapy</a></li>
107619  </ul>
107620  </nav>
107621  </div>
107622  </section>
107623  </div>
107624  </div>
107625  </div></li>
107626  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E6%B2%BB%E7%96%97%E9%80%82%
     …  E5%BA%94%E7%97%87.html">Chinese: Conditions We Treat</a></li>
107627  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%
     …  E5%BF%83%E4%BB%8E%E9%A2%84%E7%BA%A6%E5%88%B0%E6%B2%BB%E7%96%97%E6%95%B4%E4%B8%AA%E6%
     …  B5%81%E7%A8%8B%E8%AE%B2%E8%A7%A3.html">Chinese: What to Expect</a></li>
107628  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E5%9B%9B%E5%AD%98%E8%80%85%
     …  E6%95%85%E4%BA%8B.html">Chinese: Meet our Survivors</a></li>
107629  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/proton-therapy-center
     …  /%E8%B4%A8%E5%AD%90%E6%B2%BB%E7%96%97%E4%B8%AD%E5%BF%83/%E8%81%94%E7%B3%BB%E6%88%91%
     …  E4%BB%AC.html">Chinese: Contact Us</a></li>
107630  </ul>
107631  </nav>
107632  </div>
107633  </section>
107634  </div>
107635  </div>
107636  </div></li>
107637  </ul>
107638  </nav>
107639  </div>
107640  </section>
107641  </div>
107642  </div>
107643  </div></li>
107644  <li class="primary-nav-item"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/psychiatric-oncology-
     …  center.html">Psychiatric Oncology Center</a></li>
107645  <li class="primary-nav-item has-subnav"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
     …  center.html">Radiation Treatment Center</a>
107646  <div class="subnav-mask">
107647  <div class="subnav-wrapper">
107648  <div class="subnav col10 pad">
107649  <section class="nested">
107650  <div class="col4 main-column">
107651  <nav class="secondary">
107652  <ul>
107653  <li class="mobile-nav-back"><a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
     …  center.html" aria-label="Back to Radiation Treatment Center">Radiation Treatment
     …  Center</a></li>
107654  <li class="primary-nav-item">
107655  <a
     …  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
     …  center.html" aria-label="Radiation Treatment Center Home">Radiation Treatment Center
     …  Home</a></li>
107656  <li class="primary-nav-item"><a
```

```
107656…  href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
…        center/meet-our-team.html">Meet Our Team</a></li>
107657   <li class="primary-nav-item"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
…        center/frequently-asked-questions.html">Frequently Asked Questions</a></li>
107658   <li class="primary-nav-item"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/radiation-treatment-
…        center/treatment-locations.html">Treatment Locations</a></li>
107659   </ul>
107660   </nav>
107661   </div>
107662   </section>
107663   </div>
107664   </div>
107665   </div></li>
107666   <li class="primary-nav-item has-subnav"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
…        reconstructive-surgery.html">Center for Reconstructive Surgery</a>
107667   <div class="subnav-mask">
107668   <div class="subnav-wrapper">
107669   <div class="subnav col10 pad">
107670   <section class="nested">
107671   <div class="col4 main-column">
107672   <nav class="secondary">
107673   <ul>
107674   <li class="mobile-nav-back"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
…        reconstructive-surgery.html" aria-label="Back to Center for Reconstructive
…        Surgery">Center for Reconstructive Surgery</a></li>
107675   <li class="primary-nav-item">
107676   <a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
…        reconstructive-surgery.html" aria-label="Center for Reconstructive Surgery
…        Home">Center for Reconstructive Surgery Home</a></li>
107677   <li class="primary-nav-item"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/center-for-
…        reconstructive-surgery/meet-our-team.html">Meet Our Team</a></li>
107678   </ul>
107679   </nav>
107680   </div>
107681   </section>
107682   </div>
107683   </div>
107684   </div></li>
107685   <li class="primary-nav-item"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/rehabilitation-
…        services.html">Rehabilitation Services</a></li>
107686   <li class="primary-nav-item has-subnav"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html">
…        Sarcoma Center</a>
107687   <div class="subnav-mask">
107688   <div class="subnav-wrapper">
107689   <div class="subnav col10 pad">
107690   <section class="nested">
107691   <div class="col4 main-column">
107692   <nav class="secondary">
107693   <ul>
107694   <li class="mobile-nav-back"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
…        aria-label="Back to Sarcoma Center">Sarcoma Center</a></li>
107695   <li class="primary-nav-item">
107696   <a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center.html"
…        aria-label="Sarcoma Center Home">Sarcoma Center Home</a></li>
107697   <li class="primary-nav-item"><a
…        href="/patients-family/diagnosis-treatment/care-centers-clinics/sarcoma-center/meet-
…        our-team.html">Meet Our Team</a></li>
107698   </ul>
```

```
107699  </nav>
107700  </div>
107701  </section>
107702  </div>
107703  </div>
107704  </div></li>
107705  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center.html">Stem Cell Transplantation and
    …   Cellular Therapy Center</a>
107706  <div class="subnav-mask">
107707  <div class="subnav-wrapper">
107708  <div class="subnav col10 pad">
107709  <section class="nested">
107710  <div class="col4 main-column">
107711  <nav class="secondary">
107712  <ul>
107713  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center.html" aria-label="Back to Stem Cell
    …   Transplantation and Cellular Therapy Center">Stem Cell Transplantation and Cellular
    …   Therapy Center</a></li>
107714  <li class="primary-nav-item">
107715  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center.html" aria-label="Stem Cell
    …   Transplantation and Cellular Therapy Center Home">Stem Cell Transplantation and
    …   Cellular Therapy Center Home</a></li>
107716  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center/meet-our-team.html">Meet Our
    …   Team</a></li>
107717  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center/mud-program.html">Matched Unrelated Donor
    …   Program</a></li>
107718  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/stem-cell-
    …   transplantation-and-cellular-therapy-center/haploidentical-transplant.html">
    …   Haploidentical Transplant Program</a></li>
107719  </ul>
107720  </nav>
107721  </div>
107722  </section>
107723  </div>
107724  </div>
107725  </div></li>
107726  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …   center.html">Supportive Care Center</a>
107727  <div class="subnav-mask">
107728  <div class="subnav-wrapper">
107729  <div class="subnav col10 pad">
107730  <section class="nested">
107731  <div class="col4 main-column">
107732  <nav class="secondary">
107733  <ul>
107734  <li class="mobile-nav-back"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …   center.html" aria-label="Back to Supportive Care Center">Supportive Care
    …   Center</a></li>
107735  <li class="primary-nav-item">
107736  <a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    …   center.html" aria-label="Supportive Care Center Home">Supportive Care Center
    …   Home</a></li>
107737  <li class="primary-nav-item"><a
    …   href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
```

```
107737… center.html">Meet Our Team</a></li>
107738 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/supportive-care-
    … center/clinics.html">Clinics</a></li>
107739 </ul>
107740 </nav>
107741 </div>
107742 </section>
107743 </div>
107744 </div>
107745 </div></li>
107746 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    … >Thoracic Center</a>
107747 <div class="subnav-mask">
107748 <div class="subnav-wrapper">
107749 <div class="subnav col10 pad">
107750 <section class="nested">
107751 <div class="col4 main-column">
107752 <nav class="secondary">
107753 <ul>
107754 <li class="mobile-nav-back"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    … aria-label="Back to Thoracic Center">Thoracic Center</a></li>
107755 <li class="primary-nav-item">
107756 <a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center.html"
    … aria-label="Thoracic Center Home">Thoracic Center Home</a></li>
107757 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/meet-
    … our-team.html">Meet Our Team</a></li>
107758 <li class="primary-nav-item"><a
    … href="/patients-family/diagnosis-treatment/care-centers-clinics/thoracic-center/lung-
    … screening-study.html">Lung Cancer Early Detection</a></li>
107759 </ul>
107760 </nav>
107761 </div>
107762 </section>
107763 </div>
107764 </div>
107765 </div></li>
107766 </ul>
107767 </nav>
107768 </div>
107769 </section>
107770 </div>
107771 </div>
107772 </div></li>
107773 </ul>
107774 </nav>
107775 </div>
107776 </section>
107777 </div>
107778 </div>
107779 </div></li>
107780 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/supporting-a-loved-one.html">Supporting a Loved One</a>
107781 <div class="subnav-mask">
107782 <div class="subnav-wrapper">
107783 <div class="subnav col10 pad">
107784 <section class="nested">
107785 <div class="col4 main-column">
107786 <nav class="secondary">
107787 <ul>
107788 <li class="mobile-nav-back"><a href="/patients-family/supporting-a-loved-one.html"
    … aria-label="Back to Supporting a Loved One">Supporting a Loved One</a></li>
107789 <li class="primary-nav-item">
107790 <a href="/patients-family/supporting-a-loved-one.html" aria-label="Supporting a Loved
```

```
107790… One Home">Supporting a Loved One Home</a></li>
107791  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html">
    …   Caregiver Roles &amp; Challenges</a>
107792  <div class="subnav-mask">
107793  <div class="subnav-wrapper">
107794  <div class="subnav col10 pad">
107795  <section class="nested">
107796  <div class="col4 main-column">
107797  <nav class="secondary">
107798  <ul>
107799  <li class="mobile-nav-back"><a
    …   href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
    …   aria-label="Back to Caregiver Roles &amp; Challenges">Caregiver Roles &amp;
    …   Challenges</a></li>
107800  <li class="primary-nav-item">
107801  <a href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges.html"
    …   aria-label="Caregiver Roles &amp; Challenges Home">Caregiver Roles &amp; Challenges
    …   Home</a></li>
107802  <li class="primary-nav-item"><a
    …   href="/patients-family/supporting-a-loved-one/caregiver-roles-challenges/caregiver-
    …   legal-issues.html">Caregiver Legal Issues</a></li>
107803  </ul>
107804  </nav>
107805  </div>
107806  </section>
107807  </div>
107808  </div>
107809  </div></li>
107810  <li class="primary-nav-item"><a
    …   href="/patients-family/supporting-a-loved-one/supporting-children-teens.html">
    …   Children and Teens</a></li>
107811  <li class="primary-nav-item"><a
    …   href="/patients-family/supporting-a-loved-one/taking-care-of-yourself.html">Taking
    …   Care of Yourself</a></li>
107812  <li class="primary-nav-item has-subnav"><a
    …   href="/patients-family/supporting-a-loved-one/dealing-with-loss.html">Dealing with
    …   Loss</a>
107813  <div class="subnav-mask">
107814  <div class="subnav-wrapper">
107815  <div class="subnav col10 pad">
107816  <section class="nested">
107817  <div class="col4 main-column">
107818  <nav class="secondary">
107819  <ul>
107820  <li class="mobile-nav-back"><a
    …   href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
    …   aria-label="Back to Dealing with Loss">Dealing with Loss</a></li>
107821  <li class="primary-nav-item">
107822  <a href="/patients-family/supporting-a-loved-one/dealing-with-loss.html"
    …   aria-label="Dealing with Loss Home">Dealing with Loss Home</a></li>
107823  <li class="primary-nav-item"><a
    …   href="/patients-family/supporting-a-loved-one/dealing-with-loss/children-and-grief.
    …   html">Children and Grief</a></li>
107824  </ul>
107825  </nav>
107826  </div>
107827  </section>
107828  </div>
107829  </div>
107830  </div></li>
107831  </ul>
107832  </nav>
107833  </div>
107834  </section>
107835  </div>
107836  </div>
107837  </div></li>
```

```
107838 <li class="primary-nav-item has-subnav"><a
    … href="/patients-family/life-after-cancer.html">Life After Cancer</a>
107839 <div class="subnav-mask">
107840 <div class="subnav-wrapper">
107841 <div class="subnav col10 pad">
107842 <section class="nested">
107843 <div class="col4 main-column">
107844 <nav class="secondary">
107845 <ul>
107846 <li class="mobile-nav-back"><a href="/patients-family/life-after-cancer.html"
    … aria-label="Back to Life After Cancer">Life After Cancer</a></li>
107847 <li class="primary-nav-item">
107848 <a href="/patients-family/life-after-cancer.html" aria-label="Life After Cancer
    … Home">Life After Cancer Home</a></li>
107849 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/legal-financial-impacts.html">Legal &amp;
    … Financial Impacts of Cancer</a></li>
107850 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/social-emotional-impacts.html">Social &amp;
    … Emotional Impacts of Cancer</a></li>
107851 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/followup-care.html">Follow-up Care</a></li>
107852 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/long-term-effects.html">Long-Term Effects of
    … Cancer</a></li>
107853 <li class="primary-nav-item"><a
    … href="/patients-family/life-after-cancer/survivorship-week.html">Survivorship
    … Week</a></li>
107854 </ul>
107855 </nav>
107856 </div>
107857 </section>
107858 </div>
107859 </div>
107860 </div></li>
107861 </ul>
107862 </li>
107863 <li class="topnav-list-item"><a href="/prevention-screening.html">Prevention &amp;
    … Screening</a>
107864 <ul class="primary-nav-list" id="nav-index">
107865 <li class="primary-nav-item"><a href="/prevention-screening.html">Prevention &amp;
    … Screening Home</a></li>
107866 <li class="primary-nav-item has-subnav"><a
    … href="/prevention-screening/manage-your-risk.html">Manage Your Risk</a>
107867 <div class="subnav-mask">
107868 <div class="subnav-wrapper">
107869 <div class="subnav col10 pad">
107870 <section class="nested">
107871 <div class="col4 main-column">
107872 <nav class="secondary">
107873 <ul>
107874 <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk.html"
    … aria-label="Back to Manage Your Risk">Manage Your Risk</a></li>
107875 <li class="primary-nav-item">
107876 <a href="/prevention-screening/manage-your-risk.html" aria-label="Manage Your Risk
    … Home">Manage Your Risk Home</a></li>
107877 <li class="primary-nav-item has-subnav"><a
    … href="/prevention-screening/manage-your-risk/smoking-tobacco.html">Smoking &amp;
    … Tobacco</a>
107878 <div class="subnav-mask">
107879 <div class="subnav-wrapper">
107880 <div class="subnav col10 pad">
107881 <section class="nested">
107882 <div class="col4 main-column">
107883 <nav class="secondary">
107884 <ul>
107885 <li class="mobile-nav-back"><a
    … href="/prevention-screening/manage-your-risk/smoking-tobacco.html" aria-label="Back
```

```
107885…  to Smoking &amp; Tobacco">Smoking &amp; Tobacco</a></li>
107886  <li class="primary-nav-item">
107887  <a href="/prevention-screening/manage-your-risk/smoking-tobacco.html"
    …  aria-label="Smoking &amp; Tobacco Home">Smoking &amp; Tobacco Home</a></li>
107888  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/smoking-tobacco/teens-and-tobacco.html">
    …  Teens &amp; Tobacco</a></li>
107889  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/smoking-tobacco/how-to-quit.html">How to
    …  Quit Smoking</a></li>
107890  </ul>
107891  </nav>
107892  </div>
107893  </section>
107894  </div>
107895  </div>
107896  </div></li>
107897  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/diet.html">Diet</a></li>
107898  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/physical-activity.html">Physical
    …  Activity</a></li>
107899  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/skin-safety.html">Skin Safety</a></li>
107900  <li class="primary-nav-item has-subnav"><a
    …  href="/prevention-screening/manage-your-risk/hpv.html">HPV</a>
107901  <div class="subnav-mask">
107902  <div class="subnav-wrapper">
107903  <div class="subnav col10 pad">
107904  <section class="nested">
107905  <div class="col4 main-column">
107906  <nav class="secondary">
107907  <ul>
107908  <li class="mobile-nav-back"><a href="/prevention-screening/manage-your-risk/hpv.html"
    …  aria-label="Back to HPV">HPV</a></li>
107909  <li class="primary-nav-item">
107910  <a href="/prevention-screening/manage-your-risk/hpv.html" aria-label="HPV Home">HPV
    …  Home</a></li>
107911  <li class="primary-nav-item"><a
    …  href="/prevention-screening/manage-your-risk/hpv/hpv-vaccine.html">HPV
    …  Vaccine</a></li>
107912  </ul>
107913  </nav>
107914  </div>
107915  </section>
107916  </div>
107917  </div>
107918  </div></li>
107919  </ul>
107920  </nav>
107921  </div>
107922  </section>
107923  </div>
107924  </div>
107925  </div></li>
107926  <li class="primary-nav-item has-subnav"><a
    …  href="/prevention-screening/family-history.html">Family History</a>
107927  <div class="subnav-mask">
107928  <div class="subnav-wrapper">
107929  <div class="subnav col10 pad">
107930  <section class="nested">
107931  <div class="col4 main-column">
107932  <nav class="secondary">
107933  <ul>
107934  <li class="mobile-nav-back"><a href="/prevention-screening/family-history.html"
    …  aria-label="Back to Family History">Family History</a></li>
107935  <li class="primary-nav-item">
107936  <a href="/prevention-screening/family-history.html" aria-label="Family History
```

```
107936  Home>Family History Home</a></li>
107937  <li class="primary-nav-item"><a
    …   href="/prevention-screening/family-history/genetic-testing.html">Genetic
    …   Testing</a></li>
107938  <li class="primary-nav-item"><a
    …   href="/prevention-screening/family-history/hereditary-cancer-syndromes.html">
    …   Hereditary Cancer Syndromes</a></li>
107939  </ul>
107940  </nav>
107941  </div>
107942  </section>
107943  </div>
107944  </div>
107945  </div></li>
107946  <li class="primary-nav-item has-subnav"><a
    …   href="/prevention-screening/get-screened.html">Get Screened</a>
107947  <div class="subnav-mask">
107948  <div class="subnav-wrapper">
107949  <div class="subnav col10 pad">
107950  <section class="nested">
107951  <div class="col4 main-column">
107952  <nav class="secondary">
107953  <ul>
107954  <li class="mobile-nav-back"><a href="/prevention-screening/get-screened.html"
    …   aria-label="Back to Get Screened">Get Screened</a></li>
107955  <li class="primary-nav-item">
107956  <a href="/prevention-screening/get-screened.html" aria-label="Get Screened Home">Get
    …   Screened Home</a></li>
107957  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/breast-cancer-screening.html">Breast Cancer
    …   Screening</a></li>
107958  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/cervical-cancer-screening.html">Cervical
    …   Cancer Screening</a></li>
107959  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/colorectal-cancer-screening.html">Colorectal
    …   Cancer Screening Exams</a></li>
107960  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/endometrial-cancer-screening.html">
    …   Endometrial Cancer Screening Exams</a></li>
107961  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/liver-cancer-screening.html">Liver Cancer
    …   Screening Exams</a></li>
107962  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/lung-cancer-screening.html">Lung Cancer
    …   Screening Exams</a></li>
107963  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/mobile-mammography.html">Mobile
    …   Mammography</a></li>
107964  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/ovarian-cancer-screening.html">Ovarian
    …   Cancer Screening Exams</a></li>
107965  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/prostate-cancer-screening.html">Prostate
    …   Cancer Screening Exams</a></li>
107966  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/skin-cancer-screening.html">Skin Cancer
    …   Screening Exams</a></li>
107967  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/women-screening-exams.html">Women's
    …   Screening Exams</a></li>
107968  <li class="primary-nav-item"><a
    …   href="/prevention-screening/get-screened/men-screening-exams.html">Men's Screening
    …   Exams</a></li>
107969  </ul>
107970  </nav>
107971  </div>
107972  </section>
```

```
107973 </div>
107974 </div>
107975 </div></li>
107976 </ul>
107977 </li>
107978 <li class="topnav-list-item"><a href="/donors-volunteers.html">Donors &amp;
    … Volunteers</a>
107979 <ul class="primary-nav-list" id="nav-index">
107980 <li class="primary-nav-item"><a href="/donors-volunteers.html">Donors &amp;
    … Volunteers Home</a></li>
107981 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/donate.html">Donate</a>
107982 <div class="subnav-mask">
107983 <div class="subnav-wrapper">
107984 <div class="subnav col10 pad">
107985 <section class="nested">
107986 <div class="col4 main-column">
107987 <nav class="secondary">
107988 <ul>
107989 <li class="mobile-nav-back"><a href="/donors-volunteers/donate.html" aria-label="Back
    … to Donate">Donate</a></li>
107990 <li class="primary-nav-item">
107991 <a href="/donors-volunteers/donate.html" aria-label="Donate Home">Donate
    … Home</a></li>
107992 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/raise-money.html">Raise Money</a></li>
107993 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/honor-loved-ones.html">Honor Loved Ones</a></li>
107994 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/planned-giving.html">Create Your Legacy</a></li>
107995 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/donate/endowments.html">Endowments</a>
107996 <div class="subnav-mask">
107997 <div class="subnav-wrapper">
107998 <div class="subnav col10 pad">
107999 <section class="nested">
108000 <div class="col4 main-column">
108001 <nav class="secondary">
108002 <ul>
108003 <li class="mobile-nav-back"><a href="/donors-volunteers/donate/endowments.html"
    … aria-label="Back to Endowments">Endowments</a></li>
108004 <li class="primary-nav-item">
108005 <a href="/donors-volunteers/donate/endowments.html" aria-label="Endowments
    … Home">Endowments Home</a></li>
108006 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/harry-carothers-wiess-distinguished-
    … university-chair-for-cancer-.html">Harry Carothers Wiess Distinguished University
    … Chair for Cancer Research</a></li>
108007 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/ann-rife-cox-chair-in-gynecology.html">Ann
    … Rife Cox Chair in Gynecology</a></li>
108008 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/murray-distinguished-professorship-in-
    … ovarian-cancer-research.html">Murray Distinguished Professorship in Ovarian Cancer
    … Research</a></li>
108009 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/texas-4000-distinguished-professorship.
    … html">Texas 4000 Distinguished Professorship</a></li>
108010 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/kinder-foundation-endowed-scholarships.
    … html">Kinder Foundation Endowed Scholarships</a></li>
108011 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/sister-alice-potts-endowed-lecture-series-
    … for-pastoral-education.html">Sister Alice Potts Endowed Lecture Series for Pastoral
    … Education</a></li>
108012 <li class="primary-nav-item"><a
    … href="/donors-volunteers/donate/endowments/william-o-russell-lectureship-and-joanne-
    … vandenberge-hill-award.html">William O. Russell Lectureship and Joanne Vandenberge
```

```
108012… Hill Award in
108013 Anatomical Pathology</a></li>
108014 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/heb-fellowship-in-cancer-research.html">
    …  HEB Fellowship in Cancer Research</a></li>
108015 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/megan-leigh-brown-fellowship-for-ovarian-
    …  cancer.html">Megan Leigh Brown Fellowship for Ovarian Cancer</a></li>
108016 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/kimberly-patterson-endowment.html">
    …  Kimberly Patterson Endowment for Patient Assistance</a></li>
108017 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/laurie-mcknight-schlattman-and-bonnie-
    …  mcknight-endowment-fund-fo.html">Laurie McKnight Schlattman and Bonnie McKnight
    …  Endowment Fund for
108018 Supportive Care for Children Affected by Cancer</a></li>
108019 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/karen-e-hoffman-radiation-therapy-
    …  scholarship.html">Karen E Hoffman Radiation Therapy Scholarship</a></li>
108020 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/donate/endowments/jack-and-beverly-randall-endowment.html">
    …  Jack and Beverly Randall Endowment</a></li>
108021 </ul>
108022 </nav>
108023 </div>
108024 </section>
108025 </div>
108026 </div>
108027 </div></li>
108028 </ul>
108029 </nav>
108030 </div>
108031 </section>
108032 </div>
108033 </div>
108034 </div></li>
108035 <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/volunteer.html">Volunteer</a>
108036 <div class="subnav-mask">
108037 <div class="subnav-wrapper">
108038 <div class="subnav col10 pad">
108039 <section class="nested">
108040 <div class="col4 main-column">
108041 <nav class="secondary">
108042 <ul>
108043 <li class="mobile-nav-back"><a href="/donors-volunteers/volunteer.html"
    …  aria-label="Back to Volunteer">Volunteer</a></li>
108044 <li class="primary-nav-item">
108045 <a href="/donors-volunteers/volunteer.html" aria-label="Volunteer Home">Volunteer
    …  Home</a></li>
108046 <li class="primary-nav-item"><a
    …  href="/donors-volunteers/volunteer/why-volunteer.html">Why Volunteer</a></li>
108047 <li class="primary-nav-item has-subnav"><a
    …  href="/donors-volunteers/volunteer/how-to-get-involved.html">How to Get Involved</a>
108048 <div class="subnav-mask">
108049 <div class="subnav-wrapper">
108050 <div class="subnav col10 pad">
108051 <section class="nested">
108052 <div class="col4 main-column">
108053 <nav class="secondary">
108054 <ul>
108055 <li class="mobile-nav-back"><a
    …  href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="Back to How
    …  to Get Involved">How to Get Involved</a></li>
108056 <li class="primary-nav-item">
108057 <a href="/donors-volunteers/volunteer/how-to-get-involved.html" aria-label="How to
    …  Get Involved Home">How to Get Involved Home</a></li>
108058 <li class="primary-nav-item"><a
```

```
108058… href="/donors-volunteers/volunteer/how-to-get-involved/patient-experience.html">
   …  Patient Experience</a></li>
108059 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/volunteer/how-to-get-involved/childrens-cancer-hospital-
   …  councils.html">Children's Cancer Hospital Councils</a></li>
108060 </ul>
108061 </nav>
108062 </div>
108063 </section>
108064 </div>
108065 </div>
108066 </div></li>
108067 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/volunteer/volunteer-application.html">Volunteer
   …  Application</a></li>
108068 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/volunteer/endowments.html">Volunteer Endowment</a></li>
108069 </ul>
108070 </nav>
108071 </div>
108072 </section>
108073 </div>
108074 </div>
108075 </div></li>
108076 <li class="primary-nav-item has-subnav"><a
   …  href="/donors-volunteers/other-ways-to-help.html">Other Ways to Help</a>
108077 <div class="subnav-mask">
108078 <div class="subnav-wrapper">
108079 <div class="subnav col10 pad">
108080 <section class="nested">
108081 <div class="col4 main-column">
108082 <nav class="secondary">
108083 <ul>
108084 <li class="mobile-nav-back"><a href="/donors-volunteers/other-ways-to-help.html"
   …  aria-label="Back to Other Ways to Help">Other Ways to Help</a></li>
108085 <li class="primary-nav-item">
108086 <a href="/donors-volunteers/other-ways-to-help.html" aria-label="Other Ways to Help
   …  Home">Other Ways to Help Home</a></li>
108087 <li class="primary-nav-item has-subnav"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood.html">Give Blood</a>
108088 <div class="subnav-mask">
108089 <div class="subnav-wrapper">
108090 <div class="subnav col10 pad">
108091 <section class="nested">
108092 <div class="col4 main-column">
108093 <nav class="secondary">
108094 <ul>
108095 <li class="mobile-nav-back"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Back to Give
   …  Blood">Give Blood</a></li>
108096 <li class="primary-nav-item">
108097 <a href="/donors-volunteers/other-ways-to-help/give-blood.html" aria-label="Give
   …  Blood Home">Give Blood Home</a></li>
108098 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood/donation-instructions.html">
   …  Donation Instructions</a></li>
108099 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood/blood-donation-faqs.html">
   …  Blood Donation FAQs</a></li>
108100 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood/types-of-donations.html">Types
   …  of Donations</a></li>
108101 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood/where-to-donate-blood.html">
   …  Where to Donate Blood</a></li>
108102 <li class="primary-nav-item"><a
   …  href="/donors-volunteers/other-ways-to-help/give-blood/high-school-donor-program.html
   …  ">High School Donor Program</a></li>
```

```
108103  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/give-blood/contact-us.html">Contact
     …  Us</a></li>
108104  </ul>
108105  </nav>
108106  </div>
108107  </section>
108108  </div>
108109  </div>
108110  </div></li>
108111  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/childrens-art-project.html">Children's
     …  Art Project</a></li>
108112  <li class="primary-nav-item has-subnav"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html">Donate
     …  Goods or Services</a>
108113  <div class="subnav-mask">
108114  <div class="subnav-wrapper">
108115  <div class="subnav col10 pad">
108116  <section class="nested">
108117  <div class="col4 main-column">
108118  <nav class="secondary">
108119  <ul>
108120  <li class="mobile-nav-back"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
     …  aria-label="Back to Donate Goods or Services">Donate Goods or Services</a></li>
108121  <li class="primary-nav-item">
108122  <a href="/donors-volunteers/other-ways-to-help/donate-goods-or-services.html"
     …  aria-label="Donate Goods or Services Home">Donate Goods or Services Home</a></li>
108123  <li class="primary-nav-item has-subnav"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
     …  project.html">Ovarian Quilt Project</a>
108124  <div class="subnav-mask">
108125  <div class="subnav-wrapper">
108126  <div class="subnav col10 pad">
108127  <section class="nested">
108128  <div class="col4 main-column">
108129  <nav class="secondary">
108130  <ul>
108131  <li class="mobile-nav-back"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
     …  project.html" aria-label="Back to Ovarian Quilt Project">Ovarian Quilt
     …  Project</a></li>
108132  <li class="primary-nav-item">
108133  <a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
     …  project.html" aria-label="Ovarian Quilt Project Home">Ovarian Quilt Project
     …  Home</a></li>
108134  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
     …  project/create-a-quilt.html">Create a Quilt</a></li>
108135  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/donate-goods-or-services/ovarian-quilt-
     …  project/partnering-shops.html">Partnering Shops</a></li>
108136  </ul>
108137  </nav>
108138  </div>
108139  </section>
108140  </div>
108141  </div>
108142  </div></li>
108143  </ul>
108144  </nav>
108145  </div>
108146  </section>
108147  </div>
108148  </div>
108149  </div></li>
```

```
108150 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events.html">Attend Events</a>
108151 <div class="subnav-mask">
108152 <div class="subnav-wrapper">
108153 <div class="subnav col10 pad">
108154 <section class="nested">
108155 <div class="col4 main-column">
108156 <nav class="secondary">
108157 <ul>
108158 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Back to
    … Attend Events">Attend Events</a></li>
108159 <li class="primary-nav-item">
108160 <a href="/donors-volunteers/other-ways-to-help/attend-events.html" aria-label="Attend
    … Events Home">Attend Events Home</a></li>
108161 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/polo-on-the-prairie.html">
    … Polo on the Prairie</a></li>
108162 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html">SCOPE Run for Colorectal Cancer</a>
108163 <div class="subnav-mask">
108164 <div class="subnav-wrapper">
108165 <div class="subnav col10 pad">
108166 <section class="nested">
108167 <div class="col4 main-column">
108168 <nav class="secondary">
108169 <ul>
108170 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html" aria-label="Back to SCOPE Run for Colorectal Cancer">SCOPE Run for
    … Colorectal Cancer</a></li>
108171 <li class="primary-nav-item">
108172 <a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer.html" aria-label="SCOPE Run for Colorectal Cancer Home">SCOPE Run for
    … Colorectal Cancer Home</a></li>
108173 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer/race-day.html">Race Day</a></li>
108174 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/scope-run-for-colorectal-
    … cancer/donate-to-scope.html">Donate to SCOPE</a></li>
108175 </ul>
108176 </nav>
108177 </div>
108178 </section>
108179 </div>
108180 </div>
108181 </div></li>
108182 <li class="primary-nav-item has-subnav"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html">
    … Sprint for Life</a>
108183 <div class="subnav-mask">
108184 <div class="subnav-wrapper">
108185 <div class="subnav col10 pad">
108186 <section class="nested">
108187 <div class="col4 main-column">
108188 <nav class="secondary">
108189 <ul>
108190 <li class="mobile-nav-back"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
    … aria-label="Back to Sprint for Life">Sprint for Life</a></li>
108191 <li class="primary-nav-item">
108192 <a href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life.html"
    … aria-label="Sprint for Life Home">Sprint for Life Home</a></li>
108193 <li class="primary-nav-item"><a
    … href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
```

```
108193… registration.html">Registration</a></li>
108194  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/be-a-
     …  sponsor.html">Be a Sponsor</a></li>
108195  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/
     …  volunteering.html">Volunteering</a></li>
108196  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/awardees.
     …  html">Awardees</a></li>
108197  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
     …  awards.html">Race Day Awards</a></li>
108198  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/donate.html
     …  ">Donate</a></li>
108199  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/attend-events/sprint-for-life/race-day-
     …  instructions.html">Race Day Instructions</a></li>
108200  </ul>
108201  </nav>
108202  </div>
108203  </section>
108204  </div>
108205  </div>
108206  </div></li>
108207  </ul>
108208  </nav>
108209  </div>
108210  </section>
108211  </div>
108212  </div>
108213  </div></li>
108214  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/other-ways-to-help/cord-blood-bank.html">Cord Blood
     …  Bank</a></li>
108215  </ul>
108216  </nav>
108217  </div>
108218  </section>
108219  </div>
108220  </div>
108221  </div></li>
108222  <li class="primary-nav-item has-subnav"><a
     …  href="/donors-volunteers/corporate-alliances.html">Corporate Alliances</a>
108223  <div class="subnav-mask">
108224  <div class="subnav-wrapper">
108225  <div class="subnav col10 pad">
108226  <section class="nested">
108227  <div class="col4 main-column">
108228  <nav class="secondary">
108229  <ul>
108230  <li class="mobile-nav-back"><a href="/donors-volunteers/corporate-alliances.html"
     …  aria-label="Back to Corporate Alliances">Corporate Alliances</a></li>
108231  <li class="primary-nav-item">
108232  <a href="/donors-volunteers/corporate-alliances.html" aria-label="Corporate Alliances
     …  Home">Corporate Alliances Home</a></li>
108233  <li class="primary-nav-item"><a
     …  href="/donors-volunteers/corporate-alliances/current-alliances.html">Current
     …  Alliances</a></li>
108234  </ul>
108235  </nav>
108236  </div>
108237  </section>
108238  </div>
108239  </div>
108240  </div></li>
108241  </ul>
```

```
108242  </li>
108243  <li class="topnav-list-item"><a href="/for-physicians.html">For Physicians</a>
108244  <ul class="primary-nav-list" id="nav-index">
108245  <li class="primary-nav-item"><a href="/for-physicians.html">For Physicians
    …   Home</a></li>
108246  <li class="primary-nav-item has-subnav"><a
    …   href="/for-physicians/refer-a-patient.html">Refer a Patient</a>
108247  <div class="subnav-mask">
108248  <div class="subnav-wrapper">
108249  <div class="subnav col10 pad">
108250  <section class="nested">
108251  <div class="col4 main-column">
108252  <nav class="secondary">
108253  <ul>
108254  <li class="mobile-nav-back"><a href="/for-physicians/refer-a-patient.html"
    …   aria-label="Back to Refer a Patient">Refer a Patient</a></li>
108255  <li class="primary-nav-item">
108256  <a href="/for-physicians/refer-a-patient.html" aria-label="Refer a Patient
    …   Home">Refer a Patient Home</a></li>
108257  <li class="primary-nav-item"><a
    …   href="/for-physicians/refer-a-patient/mymdanderson-for-physicians.html">myMDAnderson
    …   for Physicians</a></li>
108258  <li class="primary-nav-item"><a
    …   href="/for-physicians/refer-a-patient/insurance-information.html">Insurance
    …   Information</a></li>
108259  <li class="primary-nav-item"><a
    …   href="/for-physicians/refer-a-patient/international-referrals.html">International
    …   Referrals</a></li>
108260  <li class="primary-nav-item"><a
    …   href="/for-physicians/refer-a-patient/physician-access-center.html">Physician Access
    …   Center</a></li>
108261  <li class="primary-nav-item"><a
    …   href="/for-physicians/refer-a-patient/second-opinion-pathology.html">Second Opinion
    …   Pathology</a></li>
108262  </ul>
108263  </nav>
108264  </div>
108265  </section>
108266  </div>
108267  </div>
108268  </div></li>
108269  <li class="primary-nav-item"><a href="/for-physicians/clinical-trials.html">Clinical
    …   Trials</a></li>
108270  <li class="primary-nav-item has-subnav"><a
    …   href="/for-physicians/connect-with-us.html">Connect with Us</a>
108271  <div class="subnav-mask">
108272  <div class="subnav-wrapper">
108273  <div class="subnav col10 pad">
108274  <section class="nested">
108275  <div class="col4 main-column">
108276  <nav class="secondary">
108277  <ul>
108278  <li class="mobile-nav-back"><a href="/for-physicians/connect-with-us.html"
    …   aria-label="Back to Connect with Us">Connect with Us</a></li>
108279  <li class="primary-nav-item">
108280  <a href="/for-physicians/connect-with-us.html" aria-label="Connect with Us
    …   Home">Connect with Us Home</a></li>
108281  <li class="primary-nav-item"><a
    …   href="/for-physicians/connect-with-us/physician-advisory-board.html">Physician
    …   Advisory Board</a></li>
108282  <li class="primary-nav-item"><a
    …   href="/for-physicians/connect-with-us/physician-liaisons.html">Physician Liaison
    …   Program</a></li>
108283  </ul>
108284  </nav>
108285  </div>
108286  </section>
108287  </div>
```

```
108288  </div>
108289  </div></li>
108290  </ul>
108291  </li>
108292  <li class="topnav-list-item"><a href="/about-md-anderson.html">About MD Anderson</a>
108293  <ul class="primary-nav-list" id="nav-index">
108294  <li class="primary-nav-item"><a href="/about-md-anderson.html">About MD Anderson
     …  Home</a></li>
108295  <li class="primary-nav-item has-subnav"><a
     …  href="/about-md-anderson/facts-history.html">Facts &amp; History</a>
108296  <div class="subnav-mask">
108297  <div class="subnav-wrapper">
108298  <div class="subnav col10 pad">
108299  <section class="nested">
108300  <div class="col4 main-column">
108301  <nav class="secondary">
108302  <ul>
108303  <li class="mobile-nav-back"><a href="/about-md-anderson/facts-history.html"
     …  aria-label="Back to Facts &amp; History">Facts &amp; History</a></li>
108304  <li class="primary-nav-item">
108305  <a href="/about-md-anderson/facts-history.html" aria-label="Facts &amp; History
     …  Home">Facts &amp; History Home</a></li>
108306  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/shared-governance-committee.html">Shared
     …  Governance Committee</a></li>
108307  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/president-ronald-depinho.html">President
     …  Ronald DePinho, M.D.</a></li>
108308  <li class="primary-nav-item has-subnav"><a
     …  href="/about-md-anderson/facts-history/institutional-profile.html">Institutional
     …  Profile</a>
108309  <div class="subnav-mask">
108310  <div class="subnav-wrapper">
108311  <div class="subnav col10 pad">
108312  <section class="nested">
108313  <div class="col4 main-column">
108314  <nav class="secondary">
108315  <ul>
108316  <li class="mobile-nav-back"><a
     …  href="/about-md-anderson/facts-history/institutional-profile.html" aria-label="Back
     …  to Institutional Profile">Institutional Profile</a></li>
108317  <li class="primary-nav-item">
108318  <a href="/about-md-anderson/facts-history/institutional-profile.html"
     …  aria-label="Institutional Profile Home">Institutional Profile Home</a></li>
108319  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/institutional-profile/us-news-and-world-report
     …  -best-hospitals.html">U.S. News &amp; World Report's Best Hospitals</a></li>
108320  </ul>
108321  </nav>
108322  </div>
108323  </section>
108324  </div>
108325  </div>
108326  </div></li>
108327  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/moon-shots-program.html">Moon Shots
     …  Program</a></li>
108328  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/joint-commission-survey.html">Joint Commission
     …  Survey</a></li>
108329  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/who-was-md-anderson.html">Who Was MD
     …  Anderson</a></li>
108330  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/past-presidents.html">Past Presidents</a></li>
108331  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/facts-history/u-t-system-reports.html">University of Texas
     …  System Reports</a></li>
```

```
108332  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/facts-history/emergency-alert.html">Emergency Alert</a>
108333  <div class="subnav-mask">
108334  <div class="subnav-wrapper">
108335  <div class="subnav col10 pad">
108336  <section class="nested">
108337  <div class="col4 main-column">
108338  <nav class="secondary">
108339  <ul>
108340  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Back to
    …   Emergency Alert">Emergency Alert</a></li>
108341  <li class="primary-nav-item">
108342  <a href="/about-md-anderson/facts-history/emergency-alert.html" aria-label="Emergency
    …   Alert Home">Emergency Alert Home</a></li>
108343  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/facts-history/emergency-alert/operational-status-indicators.
    …   html">Operational Status Indicators</a></li>
108344  </ul>
108345  </nav>
108346  </div>
108347  </section>
108348  </div>
108349  </div>
108350  </div></li>
108351  </ul>
108352  </nav>
108353  </div>
108354  </section>
108355  </div>
108356  </div>
108357  </div></li>
108358  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/our-locations.html">Our Locations</a>
108359  <div class="subnav-mask">
108360  <div class="subnav-wrapper">
108361  <div class="subnav col10 pad">
108362  <section class="nested">
108363  <div class="col4 main-column">
108364  <nav class="secondary">
108365  <ul>
108366  <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations.html"
    …   aria-label="Back to Our Locations">Our Locations</a></li>
108367  <li class="primary-nav-item">
108368  <a href="/about-md-anderson/our-locations.html" aria-label="Our Locations Home">Our
    …   Locations Home</a></li>
108369  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/our-locations/texas-medical-center.html">Texas Medical
    …   Center</a>
108370  <div class="subnav-mask">
108371  <div class="subnav-wrapper">
108372  <div class="subnav col10 pad">
108373  <section class="nested">
108374  <div class="col4 main-column">
108375  <nav class="secondary">
108376  <ul>
108377  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/our-locations/texas-medical-center.html" aria-label="Back to
    …   Texas Medical Center">Texas Medical Center</a></li>
108378  <li class="primary-nav-item">
108379  <a href="/about-md-anderson/our-locations/texas-medical-center.html"
    …   aria-label="Texas Medical Center Home">Texas Medical Center Home</a></li>
108380  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/texas-medical-center/driving-directions.html">
    …   Driving Directions to MD Anderson</a></li>
108381  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/texas-medical-center/parking.html">Parking</a>
    …   </li>
```

```
108382 <li class="primary-nav-item"><a
    …  href="/about-md-anderson/our-locations/texas-medical-center/maps-wayfinding.html">
    …  Maps &amp; Wayfinding</a></li>
108383 <li class="primary-nav-item"><a
    …  href="/about-md-anderson/our-locations/texas-medical-center/transportation.html">
    …  Transportation</a></li>
108384 </ul>
108385 </nav>
108386 </div>
108387 </section>
108388 </div>
108389 </div>
108390 </div></li>
108391 <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/our-locations/bay-area.html">MD Anderson in Bay Area</a>
108392 <div class="subnav-mask">
108393 <div class="subnav-wrapper">
108394 <div class="subnav col10 pad">
108395 <section class="nested">
108396 <div class="col4 main-column">
108397 <nav class="secondary">
108398 <ul>
108399 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/bay-area.html"
    …  aria-label="Back to MD Anderson in Bay Area">MD Anderson in Bay Area</a></li>
108400 <li class="primary-nav-item">
108401 <a href="/about-md-anderson/our-locations/bay-area.html" aria-label="MD Anderson in
    …  Bay Area Home">MD Anderson in Bay Area Home</a></li>
108402 <li class="primary-nav-item"><a
    …  href="/about-md-anderson/our-locations/bay-area/meet-our-team.html">Meet Our
    …  Team</a></li>
108403 </ul>
108404 </nav>
108405 </div>
108406 </section>
108407 </div>
108408 </div>
108409 </div></li>
108410 <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/our-locations/katy.html">MD Anderson in Katy</a>
108411 <div class="subnav-mask">
108412 <div class="subnav-wrapper">
108413 <div class="subnav col10 pad">
108414 <section class="nested">
108415 <div class="col4 main-column">
108416 <nav class="secondary">
108417 <ul>
108418 <li class="mobile-nav-back"><a href="/about-md-anderson/our-locations/katy.html"
    …  aria-label="Back to MD Anderson in Katy">MD Anderson in Katy</a></li>
108419 <li class="primary-nav-item">
108420 <a href="/about-md-anderson/our-locations/katy.html" aria-label="MD Anderson in Katy
    …  Home">MD Anderson in Katy Home</a></li>
108421 <li class="primary-nav-item"><a
    …  href="/about-md-anderson/our-locations/katy/meet-our-team.html">Meet Our
    …  Team</a></li>
108422 </ul>
108423 </nav>
108424 </div>
108425 </section>
108426 </div>
108427 </div>
108428 </div></li>
108429 <li class="primary-nav-item has-subnav"><a
    …  href="/about-md-anderson/our-locations/memorial-city.html">MD Anderson in Memorial
    …  City</a>
108430 <div class="subnav-mask">
108431 <div class="subnav-wrapper">
108432 <div class="subnav col10 pad">
108433 <section class="nested">
```

```
108434  <div class="col4 main-column">
108435  <nav class="secondary">
108436  <ul>
108437  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/our-locations/memorial-city.html" aria-label="Back to MD
   …    Anderson in Memorial City">MD Anderson in Memorial City</a></li>
108438  <li class="primary-nav-item">
108439  <a href="/about-md-anderson/our-locations/memorial-city.html" aria-label="MD Anderson
   …    in Memorial City Home">MD Anderson in Memorial City Home</a></li>
108440  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/our-locations/memorial-city/meet-our-team.html">Meet Our
   …    Team</a></li>
108441  </ul>
108442  </nav>
108443  </div>
108444  </section>
108445  </div>
108446  </div>
108447  </div></li>
108448  <li class="primary-nav-item has-subnav"><a
   …    href="/about-md-anderson/our-locations/sugar-land.html">MD Anderson in Sugar Land</a>
108449  <div class="subnav-mask">
108450  <div class="subnav-wrapper">
108451  <div class="subnav col10 pad">
108452  <section class="nested">
108453  <div class="col4 main-column">
108454  <nav class="secondary">
108455  <ul>
108456  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/our-locations/sugar-land.html" aria-label="Back to MD
   …    Anderson in Sugar Land">MD Anderson in Sugar Land</a></li>
108457  <li class="primary-nav-item">
108458  <a href="/about-md-anderson/our-locations/sugar-land.html" aria-label="MD Anderson in
   …    Sugar Land Home">MD Anderson in Sugar Land Home</a></li>
108459  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/our-locations/sugar-land/meet-our-team.html">Meet Our
   …    Team</a></li>
108460  </ul>
108461  </nav>
108462  </div>
108463  </section>
108464  </div>
108465  </div>
108466  </div></li>
108467  <li class="primary-nav-item has-subnav"><a
   …    href="/about-md-anderson/our-locations/the-woodlands.html">MD Anderson in The
   …    Woodlands</a>
108468  <div class="subnav-mask">
108469  <div class="subnav-wrapper">
108470  <div class="subnav col10 pad">
108471  <section class="nested">
108472  <div class="col4 main-column">
108473  <nav class="secondary">
108474  <ul>
108475  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="Back to MD
   …    Anderson in The Woodlands">MD Anderson in The Woodlands</a></li>
108476  <li class="primary-nav-item">
108477  <a href="/about-md-anderson/our-locations/the-woodlands.html" aria-label="MD Anderson
   …    in The Woodlands Home">MD Anderson in The Woodlands Home</a></li>
108478  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/our-locations/the-woodlands/meet-our-team.html">Meet Our
   …    Team</a></li>
108479  </ul>
108480  </nav>
108481  </div>
108482  </section>
108483  </div>
```

```
108484  </div>
108485  </div></li>
108486  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/md-anderson-at-cooper.html">MD Anderson at
        Cooper</a></li>
108487  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/diagnostic-imaging-clinics.html">Diagnostic
        Imaging</a></li>
108488  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/our-locations/md-anderson-cancer-network.html">MD Anderson
        Cancer Network</a>
108489  <div class="subnav-mask">
108490  <div class="subnav-wrapper">
108491  <div class="subnav col10 pad">
108492  <section class="nested">
108493  <div class="col4 main-column">
108494  <nav class="secondary">
108495  <ul>
108496  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
        aria-label="Back to MD Anderson Cancer Network">MD Anderson Cancer Network</a></li>
108497  <li class="primary-nav-item">
108498  <a href="/about-md-anderson/our-locations/md-anderson-cancer-network.html"
    …   aria-label="MD Anderson Cancer Network Home">MD Anderson Cancer Network Home</a></li>
108499  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/md-anderson-cancer-network/network-members.
        html">Network Members</a></li>
108500  </ul>
108501  </nav>
108502  </div>
108503  </section>
108504  </div>
108505  </div>
108506  </div></li>
108507  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/our-locations/etour.html">eTour</a></li>
108508  </ul>
108509  </nav>
108510  </div>
108511  </section>
108512  </div>
108513  </div>
108514  </div></li>
108515  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/contact-us.html">Contact Us</a>
108516  <div class="subnav-mask">
108517  <div class="subnav-wrapper">
108518  <div class="subnav col10 pad">
108519  <section class="nested">
108520  <div class="col4 main-column">
108521  <nav class="secondary">
108522  <ul>
108523  <li class="mobile-nav-back"><a href="/about-md-anderson/contact-us.html"
    …   aria-label="Back to Contact Us">Contact Us</a></li>
108524  <li class="primary-nav-item">
108525  <a href="/about-md-anderson/contact-us.html" aria-label="Contact Us Home">Contact Us
    …   Home</a></li>
108526  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/contact-us/askmdanderson.html">askMDAnderson</a></li>
108527  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/contact-us/social-media.html">Social Media</a></li>
108528  </ul>
108529  </nav>
108530  </div>
108531  </section>
108532  </div>
108533  </div>
108534  </div></li>
```

```
108535 <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers.html">Careers</a>
108536 <div class="subnav-mask">
108537 <div class="subnav-wrapper">
108538 <div class="subnav col10 pad">
108539 <section class="nested">
108540 <div class="col4 main-column">
108541 <nav class="secondary">
108542 <ul>
108543 <li class="mobile-nav-back"><a href="/about-md-anderson/careers.html"
   …   aria-label="Back to Careers">Careers</a></li>
108544 <li class="primary-nav-item">
108545 <a href="/about-md-anderson/careers.html" aria-label="Careers Home">Careers
   …   Home</a></li>
108546 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/career-opportunities.html">Career
   …   Opportunities</a></li>
108547 <li class="primary-nav-item has-subnav"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html">Faculty Careers
   …   at MD Anderson</a>
108548 <div class="subnav-mask">
108549 <div class="subnav-wrapper">
108550 <div class="subnav col10 pad">
108551 <section class="nested">
108552 <div class="col4 main-column">
108553 <nav class="secondary">
108554 <ul>
108555 <li class="mobile-nav-back"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
   …   aria-label="Back to Faculty Careers at MD Anderson">Faculty Careers at MD
   …   Anderson</a></li>
108556 <li class="primary-nav-item">
108557 <a href="/about-md-anderson/careers/faculty-careers-at-md-anderson.html"
   …   aria-label="Faculty Careers at MD Anderson Home">Faculty Careers at MD Anderson
   …   Home</a></li>
108558 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/clinical-faculty-
   …   positions.html">Clinical Faculty Positions</a></li>
108559 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/research-faculty-
   …   positions.html">Research Faculty Positions</a></li>
108560 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-leadership-
   …   positions.html">Faculty Leadership Positions</a></li>
108561 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/faculty-careers-at-md-anderson/faculty-support-
   …   services.html">Faculty Support Services</a></li>
108562 </ul>
108563 </nav>
108564 </div>
108565 </section>
108566 </div>
108567 </div>
108568 </div></li>
108569 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/executive-administration.html">Executive
   …   Administration</a></li>
108570 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/professional-student-nurse-extern-program.html">
   …   Professional Student Nurse Extern Program</a></li>
108571 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/how-to-apply.html">How to Apply</a></li>
108572 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/benefits.html">Benefits</a></li>
108573 <li class="primary-nav-item"><a
   …   href="/about-md-anderson/careers/diversity-and-inclusion.html">Diversity and
   …   Inclusion</a></li>
108574 <li class="primary-nav-item"><a
```

```
108574… href="/about-md-anderson/careers/living-and-working-in-houston.html">Living and
    …    Working in Houston</a></li>
108575 </ul>
108576 </nav>
108577 </div>
108578 </section>
108579 </div>
108580 </div>
108581 </div></li>
108582 <li class="primary-nav-item"><a
    …    href="/about-md-anderson/finding-your-way-around.html">Finding Your Way
    …    Around</a></li>
108583 <li class="primary-nav-item has-subnav"><a
    …    href="/about-md-anderson/business-legal.html">Business &amp; Legal</a>
108584 <div class="subnav-mask">
108585 <div class="subnav-wrapper">
108586 <div class="subnav col10 pad">
108587 <section class="nested">
108588 <div class="col4 main-column">
108589 <nav class="secondary">
108590 <ul>
108591 <li class="mobile-nav-back"><a href="/about-md-anderson/business-legal.html"
    …    aria-label="Back to Business &amp; Legal">Business &amp; Legal</a></li>
108592 <li class="primary-nav-item">
108593 <a href="/about-md-anderson/business-legal.html" aria-label="Business &amp; Legal
    …    Home">Business &amp; Legal Home</a></li>
108594 <li class="primary-nav-item has-subnav"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy.html">Legal and Policy</a>
108595 <div class="subnav-mask">
108596 <div class="subnav-wrapper">
108597 <div class="subnav col10 pad">
108598 <section class="nested">
108599 <div class="col4 main-column">
108600 <nav class="secondary">
108601 <ul>
108602 <li class="mobile-nav-back"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Back to
    …    Legal and Policy">Legal and Policy</a></li>
108603 <li class="primary-nav-item">
108604 <a href="/about-md-anderson/business-legal/legal-and-policy.html" aria-label="Legal
    …    and Policy Home">Legal and Policy Home</a></li>
108605 <li class="primary-nav-item has-subnav"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html">Legal
    …    Statements</a>
108606 <div class="subnav-mask">
108607 <div class="subnav-wrapper">
108608 <div class="subnav col10 pad">
108609 <section class="nested">
108610 <div class="col4 main-column">
108611 <nav class="secondary">
108612 <ul>
108613 <li class="mobile-nav-back"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
    …    aria-label="Back to Legal Statements">Legal Statements</a></li>
108614 <li class="primary-nav-item">
108615 <a href="/about-md-anderson/business-legal/legal-and-policy/legal-statements.html"
    …    aria-label="Legal Statements Home">Legal Statements Home</a></li>
108616 <li class="primary-nav-item"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/public-
    …    information-act.html">Public Information Act</a></li>
108617 <li class="primary-nav-item"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/notice-of-
    …    privacy-practices.html">Notice of Privacy Practices</a></li>
108618 <li class="primary-nav-item"><a
    …    href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/aviso-
    …    conjunto-de-practicas-de-privacidad.html">Aviso Conjunto de Prácticas de
    …    Privacidad</a></li>
108619 <li class="primary-nav-item"><a
```

```
108619… href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/electronic-
     …  disclosure-of-phi.html">Electronic Disclosure of PHI</a></li>
108620  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/digital-
     …  millennium-copyright-act.html">Digital Millennium Copyright Act</a></li>
108621  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/equal-
     …  employment-opportunity.html">Equal Employment Opportunity</a></li>
108622  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/contacting-
     …  an-employee.html">Personal Contracts with MD Anderson Employees</a></li>
108623  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/legal-statements/concealed-
     …  handguns-on-campus.html">Concealed Handguns on Campus</a></li>
108624  </ul>
108625  </nav>
108626  </div>
108627  </section>
108628  </div>
108629  </div>
108630  </div></li>
108631  <li class="primary-nav-item has-subnav"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html">Site
     …  Policies</a>
108632  <div class="subnav-mask">
108633  <div class="subnav-wrapper">
108634  <div class="subnav col10 pad">
108635  <section class="nested">
108636  <div class="col4 main-column">
108637  <nav class="secondary">
108638  <ul>
108639  <li class="mobile-nav-back"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
     …  aria-label="Back to Site Policies">Site Policies</a></li>
108640  <li class="primary-nav-item">
108641  <a href="/about-md-anderson/business-legal/legal-and-policy/site-policies.html"
     …  aria-label="Site Policies Home">Site Policies Home</a></li>
108642  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/privacy-policy
     …  .html">Privacy Policy</a></li>
108643  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/accessibility-
     …  policy.html">Accessibility Policy</a></li>
108644  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/link-policy.
     …  html">Link Policy</a></li>
108645  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/blog-terms-of-
     …  use.html">Blog Terms of Use</a></li>
108646  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/site-policies/community-
     …  guidelines.html">Community Guidelines</a></li>
108647  </ul>
108648  </nav>
108649  </div>
108650  </section>
108651  </div>
108652  </div>
108653  </div></li>
108654  <li class="primary-nav-item"><a
     …  href="/about-md-anderson/business-legal/legal-and-policy/reporting-fraud-waste-abuse.
     …  html">Reporting Fraud Waste &amp; Abuse</a></li>
108655  </ul>
108656  </nav>
108657  </div>
108658  </section>
108659  </div>
108660  </div>
```

```
108661  </div></li>
108662  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/business-legal/conflict-of-interest.html">Conflict of
    …   Interest</a>
108663  <div class="subnav-mask">
108664  <div class="subnav-wrapper">
108665  <div class="subnav col10 pad">
108666  <section class="nested">
108667  <div class="col4 main-column">
108668  <nav class="secondary">
108669  <ul>
108670  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/business-legal/conflict-of-interest.html" aria-label="Back
    …   to Conflict of Interest">Conflict of Interest</a></li>
108671  <li class="primary-nav-item">
108672  <a href="/about-md-anderson/business-legal/conflict-of-interest.html"
    …   aria-label="Conflict of Interest Home">Conflict of Interest Home</a></li>
108673  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/business-legal/conflict-of-interest/faculty-with-outside-
    …   business-interests.html">Faculty with Outside Business Interests</a></li>
108674  </ul>
108675  </nav>
108676  </div>
108677  </section>
108678  </div>
108679  </div>
108680  </div></li>
108681  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/business-legal/compliance-program.html">Compliance
    …   Program</a>
108682  <div class="subnav-mask">
108683  <div class="subnav-wrapper">
108684  <div class="subnav col10 pad">
108685  <section class="nested">
108686  <div class="col4 main-column">
108687  <nav class="secondary">
108688  <ul>
108689  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/business-legal/compliance-program.html" aria-label="Back to
    …   Compliance Program">Compliance Program</a></li>
108690  <li class="primary-nav-item">
108691  <a href="/about-md-anderson/business-legal/compliance-program.html"
    …   aria-label="Compliance Program Home">Compliance Program Home</a></li>
108692  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/business-legal/compliance-program/compliance-officer-and-
    …   committees.html">Compliance Officer and Committees</a></li>
108693  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/business-legal/compliance-program/detecting-and-addressing-
    …   compliance-concerns.html">Detecting and Addressing Compliance Concerns</a></li>
108694  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/business-legal/compliance-program/handbook-of-operating-
    …   procedures.html">Handbook of Operating Procedures</a></li>
108695  </ul>
108696  </nav>
108697  </div>
108698  </section>
108699  </div>
108700  </div>
108701  </div></li>
108702  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/business-legal/doing-business.html">Doing Business</a>
108703  <div class="subnav-mask">
108704  <div class="subnav-wrapper">
108705  <div class="subnav col10 pad">
108706  <section class="nested">
108707  <div class="col4 main-column">
108708  <nav class="secondary">
108709  <ul>
```

```
108710  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/business-legal/doing-business.html" aria-label="Back to
   …    Doing Business">Doing Business</a></li>
108711  <li class="primary-nav-item">
108712  <a href="/about-md-anderson/business-legal/doing-business.html" aria-label="Doing
   …    Business Home">Doing Business Home</a></li>
108713  <li class="primary-nav-item has-subnav"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …    html">Strategic Industry Ventures</a>
108714  <div class="subnav-mask">
108715  <div class="subnav-wrapper">
108716  <div class="subnav col10 pad">
108717  <section class="nested">
108718  <div class="col4 main-column">
108719  <nav class="secondary">
108720  <ul>
108721  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …    html" aria-label="Back to Strategic Industry Ventures">Strategic Industry
   …    Ventures</a></li>
108722  <li class="primary-nav-item">
108723  <a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures.
   …    html" aria-label="Strategic Industry Ventures Home">Strategic Industry Ventures
   …    Home</a></li>
108724  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …    about-us.html">About Us</a></li>
108725  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …    alliances-and-partnerships1.html">Alliances and Partnerships</a></li>
108726  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …    start-up-companies.html">Start-up Companies</a></li>
108727  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/strategic-industry-ventures/
   …    office-of-technology-and-commercialization.html">Office of Technology
   …    Commercialization</a></li>
108728  </ul>
108729  </nav>
108730  </div>
108731  </section>
108732  </div>
108733  </div>
108734  </div></li>
108735  <li class="primary-nav-item has-subnav"><a
   …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html">
   …    Vendors and Suppliers</a>
108736  <div class="subnav-mask">
108737  <div class="subnav-wrapper">
108738  <div class="subnav col10 pad">
108739  <section class="nested">
108740  <div class="col4 main-column">
108741  <nav class="secondary">
108742  <ul>
108743  <li class="mobile-nav-back"><a
   …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
   …    aria-label="Back to Vendors and Suppliers">Vendors and Suppliers</a></li>
108744  <li class="primary-nav-item">
108745  <a href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers.html"
   …    aria-label="Vendors and Suppliers Home">Vendors and Suppliers Home</a></li>
108746  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/terms-
   …    and-conditions.html">Terms and Conditions</a></li>
108747  <li class="primary-nav-item"><a
   …    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/current-
   …    bids.html">Current Bids</a></li>
108748  <li class="primary-nav-item"><a
```

```
108748    href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/contact-
    ...   information.html">Contact Information</a></li>
108749    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/doing-business/vendors-and-suppliers/hub-
    ...   small-business-program.html">HUB &amp; Small Business Program</a></li>
108750    </ul>
108751    </nav>
108752    </div>
108753    </section>
108754    </div>
108755    </div>
108756    </div></li>
108757    </ul>
108758    </nav>
108759    </div>
108760    </section>
108761    </div>
108762    </div>
108763    </div></li>
108764    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/code-of-ethics.html">Code of Ethics</a></li>
108765    <li class="primary-nav-item has-subnav"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy.html">Office of
    ...   Health Policy</a>
108766    <div class="subnav-mask">
108767    <div class="subnav-wrapper">
108768    <div class="subnav col10 pad">
108769    <section class="nested">
108770    <div class="col4 main-column">
108771    <nav class="secondary">
108772    <ul>
108773    <li class="mobile-nav-back"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy.html"
    ...   aria-label="Back to Office of Health Policy">Office of Health Policy</a></li>
108774    <li class="primary-nav-item">
108775    <a href="/about-md-anderson/business-legal/office-of-health-policy.html"
    ...   aria-label="Office of Health Policy Home">Office of Health Policy Home</a></li>
108776    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/fit-flu-program.html"
    ...   >FIT-Flu Program</a></li>
108777    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/project-valet.html">
    ...   Project VALET</a></li>
108778    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/medicaid-1115-waiver.
    ...   html">Medicaid 1115 Waiver</a></li>
108779    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/uncompensated-care-
    ...   program.html">Uncompensated Care Program</a></li>
108780    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/grant-opportunities.
    ...   html">Grant Opportunities</a></li>
108781    <li class="primary-nav-item"><a
    ...   href="/about-md-anderson/business-legal/office-of-health-policy/contact-information.
    ...   html">Contact Information</a></li>
108782    </ul>
108783    </nav>
108784    </div>
108785    </section>
108786    </div>
108787    </div>
108788    </div></li>
108789    </ul>
108790    </nav>
108791    </div>
108792    </section>
108793    </div>
108794    </div>
```

```
108795  </div></li>
108796  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/employee-resources.html">Employee Resources</a>
108797  <div class="subnav-mask">
108798  <div class="subnav-wrapper">
108799  <div class="subnav col10 pad">
108800  <section class="nested">
108801  <div class="col4 main-column">
108802  <nav class="secondary">
108803  <ul>
108804  <li class="mobile-nav-back"><a href="/about-md-anderson/employee-resources.html"
    …   aria-label="Back to Employee Resources">Employee Resources</a></li>
108805  <li class="primary-nav-item">
108806  <a href="/about-md-anderson/employee-resources.html" aria-label="Employee Resources
    …   Home">Employee Resources Home</a></li>
108807  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/anti-virus-software.html">Antivirus
    …   Software</a></li>
108808  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/box-cloud-storage.html">Box Cloud
    …   Storage</a></li>
108809  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/employee-benefits.html">Employee
    …   Benefits</a></li>
108810  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/employee-discounts.html">Employee
    …   Discounts</a></li>
108811  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/ombuds-office.html">Ombuds
    …   Office</a></li>
108812  <li class="primary-nav-item has-subnav"><a
    …   href="/about-md-anderson/employee-resources/retirement.html">Retirement</a>
108813  <div class="subnav-mask">
108814  <div class="subnav-wrapper">
108815  <div class="subnav col10 pad">
108816  <section class="nested">
108817  <div class="col4 main-column">
108818  <nav class="secondary">
108819  <ul>
108820  <li class="mobile-nav-back"><a
    …   href="/about-md-anderson/employee-resources/retirement.html" aria-label="Back to
    …   Retirement">Retirement</a></li>
108821  <li class="primary-nav-item">
108822  <a href="/about-md-anderson/employee-resources/retirement.html"
    …   aria-label="Retirement Home">Retirement Home</a></li>
108823  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/retirement/retiree-insurance-benefits.
    …   html">Retiree Insurance Benefits</a></li>
108824  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/retirement/retirees-association.html">
    …   Retirees Association</a></li>
108825  </ul>
108826  </nav>
108827  </div>
108828  </section>
108829  </div>
108830  </div>
108831  </div></li>
108832  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/employee-resources/web-access.html">Web Access</a></li>
108833  </ul>
108834  </nav>
108835  </div>
108836  </section>
108837  </div>
108838  </div>
108839  </div></li>
108840  <li class="primary-nav-item has-subnav"><a
```

```
108840…  href="/about-md-anderson/community-services.html">Community Services</a>
108841  <div class="subnav-mask">
108842  <div class="subnav-wrapper">
108843  <div class="subnav col10 pad">
108844  <section class="nested">
108845  <div class="col4 main-column">
108846  <nav class="secondary">
108847  <ul>
108848  <li class="mobile-nav-back"><a href="/about-md-anderson/community-services.html"
    …   aria-label="Back to Community Services">Community Services</a></li>
108849  <li class="primary-nav-item">
108850  <a href="/about-md-anderson/community-services.html" aria-label="Community Services
    …   Home">Community Services Home</a></li>
108851  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/community-services/print-materials.html">Print
    …   Materials</a></li>
108852  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/community-services/details-on-becoming-a-puppeteer.html">
    …   Details on Becoming a Puppeteer</a></li>
108853  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/community-services/charitable-sponsorships.html">Charitable
    …   Sponsorships</a></li>
108854  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/community-services/sunbeatables.html">Sunbeatables™
    …   Program</a></li>
108855  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/community-services/aspire.html">ASPIRE</a></li>
108856  </ul>
108857  </nav>
108858  </div>
108859  </section>
108860  </div>
108861  </div>
108862  </div></li>
108863  <li class="primary-nav-item"><a
    …   href="/about-md-anderson/state-of-texas-links.html">State of Texas Links</a></li>
108864  </ul>
108865  </li>
108866  <li class="topnav-list-item"><a href="/publications.html">Publications</a>
108867  <ul class="primary-nav-list" id="nav-index">
108868  <li class="primary-nav-item"><a href="/publications.html">Publications Home</a></li>
108869  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/annual-report.html">Annual Report</a>
108870  <div class="subnav-mask">
108871  <div class="subnav-wrapper">
108872  <div class="subnav col10 pad">
108873  <section class="nested">
108874  <div class="col4 main-column">
108875  <nav class="secondary">
108876  <ul>
108877  <li class="mobile-nav-back"><a href="/publications/annual-report.html"
    …   aria-label="Back to Annual Report">Annual Report</a></li>
108878  <li class="primary-nav-item">
108879  <a href="/publications/annual-report.html" aria-label="Annual Report Home">Annual
    …   Report Home</a></li>
108880  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/annual-report/annual-report-2015.html">Annual Report 2015</a>
108881  <div class="subnav-mask">
108882  <div class="subnav-wrapper">
108883  <div class="subnav col10 pad">
108884  <section class="nested">
108885  <div class="col4 main-column">
108886  <nav class="secondary">
108887  <ul>
108888  <li class="mobile-nav-back"><a
    …   href="/publications/annual-report/annual-report-2015.html" aria-label="Back to Annual
    …   Report 2015">Annual Report 2015</a></li>
108889  <li class="primary-nav-item">
```

```
108890  <a href="/publications/annual-report/annual-report-2015.html" aria-label="Annual
    …   Report 2015 Home">Annual Report 2015 Home</a></li>
108891  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/From-our-president.html">From
    …   our president</a></li>
108892  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/surgical-history-was-made.html">
    …   Patient care</a></li>
108893  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/no1-cancer-hospital.html">
    …   Patient care</a></li>
108894  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/curing-leukemia.html">Patient
    …   care</a></li>
108895  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/cancer-network.html">Patient
    …   care</a></li>
108896  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/Sabin-gift.html">Patient
    …   care</a></li>
108897  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/immunotherapy-drug.html">Patient
    …   care</a></li>
108898  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/diagnostic-and-support-services.
    …   html">Patient care</a></li>
108899  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/In-the-face-of-cancer.html">
    …   Research</a></li>
108900  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/Fidler-and-brain-cancer.html">
    …   Research</a></li>
108901  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/degrees.html">Research</a></li>
108902  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/the-man-who-helped-cure-
    …   childhood-leukemia.html">Research</a></li>
108903  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/Federal-funding-for-research.
    …   html">Research</a></li>
108904  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/big-data-interchange.html">
    …   Research</a></li>
108905  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/School-of-Health-Professions.
    …   html">Research</a></li>
108906  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/new-breast-cancer-drug.html">
    …   Research</a></li>
108907  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/labs-collaboration.html">
    …   Research</a></li>
108908  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/outsmarting-cancer-with-genetic-
    …   testing.html">Prevention</a></li>
108909  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/pancreatic-cancer.html">
    …   Prevention</a></li>
108910  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/creating-partnerships-to-detect-
    …   cancer.html">Prevention</a></li>
108911  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/HPV-cancer-vaccine.html">
    …   Prevention</a></li>
108912  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2015/breast-cancer-screening.html">
    …   Prevention</a></li>
108913  <li class="primary-nav-item"><a
```

```
108913… href="/publications/annual-report/annual-report-2015/leaders-prevent-disease.html">
   …  Prevention</a></li>
108914  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2015/spreading-the-word.html">
   …  Spreading the word</a></li>
108915  </ul>
108916  </nav>
108917  </div>
108918  </section>
108919  </div>
108920  </div>
108921  </div></li>
108922  <li class="primary-nav-item has-subnav"><a
   …  href="/publications/annual-report/annual-report-2014.html">Annual Report 2014</a>
108923  <div class="subnav-mask">
108924  <div class="subnav-wrapper">
108925  <div class="subnav col10 pad">
108926  <section class="nested">
108927  <div class="col4 main-column">
108928  <nav class="secondary">
108929  <ul>
108930  <li class="mobile-nav-back"><a
   …  href="/publications/annual-report/annual-report-2014.html" aria-label="Back to Annual
   …  Report 2014">Annual Report 2014</a></li>
108931  <li class="primary-nav-item">
108932  <a href="/publications/annual-report/annual-report-2014.html" aria-label="Annual
   …  Report 2014 Home">Annual Report 2014 Home</a></li>
108933  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/cancer-cant-we-can.html">From
   …  our president</a></li>
108934  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/new-surgical-protocol-for-
   …  ovarian-cancer.html">Cancer can't match our resolve</a></li>
108935  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/could-proton-therapy-be-holy-
   …  grail-for-head-and-neck-cancer.html">Cancer can't match our resolve</a></li>
108936  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/designed-to-improve-patients-
   …  wait-experience.html">Cancer can't match our resolve</a></li>
108937  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/finding-solution-to-get-patients
   …  -back-on-their-feet.html">Cancer can't match our resolve</a></li>
108938  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/early-stage-breast-cancer-less-
   …  aggressive-approach-can-be-effective.html">Cancer can't match our resolve</a></li>
108939  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/anxieties-eased-by-talking-to-
   …  someone-whos-been-there.html">Cancer can't match our resolve</a></li>
108940  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/patients-given-a-voice-so-they-
   …  can-be-heard.html">Cancer can't match our resolve</a></li>
108941  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/childhood-cancer-survivors-
   …  teenage-worries-college-and-boys.html">Cancer can't match our resolve</a></li>
108942  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/tiny-clues-may-help-scientists-
   …  solve-its-mystery.html">Cancer can't outrun us</a></li>
108943  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/grants-fuel-tomorrows-cancer-
   …  breakthroughs.html">Cancer can't outrun us</a></li>
108944  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/industry-collaborations-boost-
   …  immune-systems-cancer-fighting-abilities.html">Cancer can't outrun us</a></li>
108945  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/developing-a-drug-to-starve-
   …  cancer-cells.html">Cancer can't outrun us</a></li>
108946  <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2014/moon-shots-program-tracking-the-
```

```
108946… trajectory-2014.html">Cancer can't outrun us</a></li>
108947  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/uncovering-a-proteins-key-role-
        in-spread-of-ovarian-cancer.html">Cancer can't outrun us</a></li>
108948  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/the-road-to-recovery-minus-the-
        traffic.html">Cancer can't escape our reach</a></li>
108949  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/13-hospital-systems-in-11-states
        -----and-counting.html">Cancer can't escape our reach</a></li>
108950  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/an-exchange-program-brings-the-
        best-to-brazil.html">Cancer can't escape our reach</a></li>
108951  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/a-call-to-action-in-south-texas.
        html">Cancer can't escape our reach</a></li>
108952  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/the-physician-assistant-will-see
        -you-now.html">Cancer can't escape our reach</a></li>
108953  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/degrees-of-separation-science-
        stars-are-born-at-graduate-school.html">Cancer can't escape our reach</a></li>
108954  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/the-angelic-side-of-austins-
        devilish-taco-king.html">Cancer can't escape our reach</a></li>
108955  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/achieving-a-win-win-win.html">
        Cancer can't escape our reach</a></li>
108956  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/with-elevated-risks-these-
        survivors-and-previvors-arent-taking-a.html">Cancer can't surprise us</a></li>
108957  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/endtobacco-begins-at-md-anderson
        .html">Cancer can't surprise us</a></li>
108958  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/solving-baby-boomers-problem-
        with-hepatitis-c.html">Cancer can't surprise us</a></li>
108959  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/should-you-be-screened-for-liver
        -cancer.html">Cancer can't surprise us</a></li>
108960  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/outreach-delivers-screening-and-
        hope-to-communities-in-need.html">Cancer can't surprise us</a></li>
108961  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/a-survivor-is-saving-lives-
        through-early-detection.html">Cancer can't surprise us</a></li>
108962  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2014/4000-miles-in-70-days--and-the-
        ride-of-her-life-is-just-beginnin.html">Cancer can't surprise us</a></li>
108963  </ul>
108964  </nav>
108965  </div>
108966  </section>
108967  </div>
108968  </div>
108969  </div></li>
108970  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/annual-report/annual-report-2013.html">Annual Report 2013</a>
108971  <div class="subnav-mask">
108972  <div class="subnav-wrapper">
108973  <div class="subnav col10 pad">
108974  <section class="nested">
108975  <div class="col4 main-column">
108976  <nav class="secondary">
108977  <ul>
108978  <li class="mobile-nav-back"><a
    …   href="/publications/annual-report/annual-report-2013.html" aria-label="Back to Annual
        Report 2013">Annual Report 2013</a></li>
```

```
108979  <li class="primary-nav-item">
    …   <a href="/publications/annual-report/annual-report-2013.html" aria-label="Annual
        Report 2013 Home">Annual Report 2013 Home</a></li>
108980  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/from-our-president.html">Open
        minds, new frontiers</a></li>
108981  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/going-beyond-skin-deep.html">
        track the journey, lower the risk</a></li>
108982  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/working-for-inheritors-of-higher
        -risk.html">track the journey, lower the risk</a></li>
108983  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/improving-odds-by-making-cancer-
        more-predictable.html">track the journey, lower the risk</a></li>
108984  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/paving-the-way-for-trailblazers.
        html">track the journey, lower the risk</a></li>
108985  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/innovation-grows-from-seed-money
        .html">track the journey, lower the risk</a></li>
108986  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/tanning-bed-ban-for-minors-is-a-
        major-step.html">track the journey, lower the risk</a></li>
108987  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/ovarian-cancer-screening-is-put-
        to-the-test-with-encouraging-res.html">track the journey, lower the risk</a></li>
108988  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/md-andersons-protein-pioneer.
        html">track the journey, lower the risk</a></li>
108989  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/a-revolutionary-war-against-
        cancer.html">seminal discoveries, seismic changes</a></li>
108990  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-resistance-fighter.html">
        seminal discoveries, seismic changes</a></li>
108991  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/triumph-after-a-trial-and-
        tribulations.html">seminal discoveries, seismic changes</a></li>
108992  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/taking-md-anderson-to-the-world.
        html">seminal discoveries, seismic changes</a></li>
108993  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/cracking-the-cancer-code.html">
        seminal discoveries, seismic changes</a></li>
108994  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-oncology-expert-advisor.html
        ">seminal discoveries, seismic changes</a></li>
108995  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/training-days.html">seminal
        discoveries, seismic changes</a></li>
108996  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/with-two-theyve-won.html">
        seminal discoveries, seismic changes</a></li>
108997  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/unleashing-the-immune-systems-
        attack-dogs.html">treat the immune system, attack the cancer</a></li>
108998  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/trial-fits-attack-on-melanoma-to
        -a-t.html">treat the immune system, attack the cancer</a></li>
108999  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-clone-wars.html">treat the
        immune system, attack the cancer</a></li>
109000  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/born-to-beat-cancer.html">treat
        the immune system, attack the cancer</a></li>
109001  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/strength-in-numbers.html">treat
```

Page 3178

```
108979  <li class="primary-nav-item">
    …   <a href="/publications/annual-report/annual-report-2013.html" aria-label="Annual
        Report 2013 Home">Annual Report 2013 Home</a></li>
108980  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/from-our-president.html">Open
        minds, new frontiers</a></li>
108981  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/going-beyond-skin-deep.html">
        track the journey, lower the risk</a></li>
108982  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/working-for-inheritors-of-higher
        -risk.html">track the journey, lower the risk</a></li>
108983  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/improving-odds-by-making-cancer-
        more-predictable.html">track the journey, lower the risk</a></li>
108984  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/paving-the-way-for-trailblazers.
        html">track the journey, lower the risk</a></li>
108985  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/innovation-grows-from-seed-money
        .html">track the journey, lower the risk</a></li>
108986  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/tanning-bed-ban-for-minors-is-a-
        major-step.html">track the journey, lower the risk</a></li>
108987  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/ovarian-cancer-screening-is-put-
        to-the-test-with-encouraging-res.html">track the journey, lower the risk</a></li>
108988  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/md-andersons-protein-pioneer.
        html">track the journey, lower the risk</a></li>
108989  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/a-revolutionary-war-against-
        cancer.html">seminal discoveries, seismic changes</a></li>
108990  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-resistance-fighter.html">
        seminal discoveries, seismic changes</a></li>
108991  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/triumph-after-a-trial-and-
        tribulations.html">seminal discoveries, seismic changes</a></li>
108992  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/taking-md-anderson-to-the-world.
        html">seminal discoveries, seismic changes</a></li>
108993  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/cracking-the-cancer-code.html">
        seminal discoveries, seismic changes</a></li>
108994  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-oncology-expert-advisor.html
        ">seminal discoveries, seismic changes</a></li>
108995  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/training-days.html">seminal
        discoveries, seismic changes</a></li>
108996  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/with-two-theyve-won.html">
        seminal discoveries, seismic changes</a></li>
108997  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/unleashing-the-immune-systems-
        attack-dogs.html">treat the immune system, attack the cancer</a></li>
108998  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/trial-fits-attack-on-melanoma-to
        -a-t.html">treat the immune system, attack the cancer</a></li>
108999  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/the-clone-wars.html">treat the
        immune system, attack the cancer</a></li>
109000  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/born-to-beat-cancer.html">treat
        the immune system, attack the cancer</a></li>
109001  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2013/strength-in-numbers.html">treat
```

Page 3178

```
109002… the immune system, attack the cancer</a></li>
109003 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/the-cancer-center-support-grant.
    … html">treat the immune system, attack the cancer</a></li>
109004 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/building-a-better-t-cell.html">
    … treat the immune system, attack the cancer</a></li>
109005 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/when-good-genetic-mutation-goes-
    … bad.html">treat the immune system, attack the cancer</a></li>
109006 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/the-nocturnal-program-care-
    … uninterrupted.html">enhance patient experience, build networks</a></li>
109007 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/nights-are-a-good-fit-for-day.
    … html">enhance patient experience, build networks</a></li>
109008 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/acts-of-kindness-are-completely-
    … voluntary.html">enhance patient experience, build networks</a></li>
109009 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/getting-a-lot-out-of-giving.html
    … ">enhance patient experience, build networks</a></li>
109010 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/a-convenient-truth.html">enhance
    … patient experience, build networks</a></li>
109011 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/nowhere-to-hide.html">enhance
    … patient experience, build networks</a></li>
109012 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/team-is-the-heart-of-the-head-
    … and-neck-center.html">Team is the heart of the Head and Neck Center</a></li>
109013 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/free-of-cancer-and-full-of-
    … thanks.html">enhance patient experience, build networks</a></li>
109014 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/areas-of-expertise.html">enhance
    … patient experience, build networks</a></li>
109015 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2013/navigating-md-anderson.html">
    … enhance patient experience, build networks</a></li>
109016 </ul>
109017 </nav>
109018 </div>
109019 </section>
109020 </div>
109021 </div>
109022 </div></li>
109023 <li class="primary-nav-item has-subnav"><a
    … href="/publications/annual-report/annual-report-2012.html">Annual Report 2012</a>
109024 <div class="subnav-mask">
109025 <div class="subnav-wrapper">
109026 <div class="subnav col10 pad">
109027 <section class="nested">
109028 <div class="col4 main-column">
109029 <nav class="secondary">
109030 <ul>
109031 <li class="mobile-nav-back"><a
    … href="/publications/annual-report/annual-report-2012.html" aria-label="Back to Annual
    … Report 2012">Annual Report 2012</a></li>
109032 <li class="primary-nav-item">
109033 <a href="/publications/annual-report/annual-report-2012.html" aria-label="Annual
    … Report 2012 Home">Annual Report 2012 Home</a></li>
109034 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2012/from-our-president.html">The
    … time is now</a></li>
109035 <li class="primary-nav-item"><a
    … href="/publications/annual-report/annual-report-2012/the-time-is-now-to-excel.html">
    … The time is now to excel</a></li>
```

```
109036  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/advancing-quality-surgical-care.
        html">How the best get better</a></li>
109037  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/infographic-cancer-screenings.
        html">Screenings: Key to catching cancer early</a></li>
109038  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/doubling-down-on-doctoral-
        nursing-degrees.html">Change champions</a></li>
109039  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/vaccines-promising-for-breast-
        cancer-patients.html">A love of the surgeon's knowledge</a></li>
109040  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/infographic-institute-for-
        applied-cancer-science.html">Institute for Applied Cancer Science</a></li>
109041  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/volunteer-helps-patients-find-
        their-way.html">Follow the leader</a></li>
109042  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/the-time-is-now-to-collaborate.
        html">The time is now to collaborate</a></li>
109043  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/body-image-concerns.html">Beyond
        the visible</a></li>
109044  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/video-games-a-bridge-to-normalcy
        .html">Gaming up against cancer</a></li>
109045  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/moon-shots-program-to-benefit-
        all.html">Begin with some, benefit all</a></li>
109046  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/innovation-in-imaging.html">
        Spying on the body</a></li>
109047  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/md-anderson-locations.html">
        Where in the world is MD Anderson?</a></li>
109048  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/the-time-is-now-to-impact.html">
        The time is now to impact</a></li>
109049  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/behavioral-scientist-models-
        healthy-lifestyle.html">Walking the walk</a></li>
109050  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/unusual-responder-helps-others.
        html">Unusual responder to therapy</a></li>
109051  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/physical-inactivity.html">
        Turning the question upside down</a></li>
109052  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/neighborhood-and-outcomes.html">
        An inquiring mind</a></li>
109053  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/infographic-survivorship.html">
        Infographic:</a></li>
109054  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/emotional-cues-play-role-in-
        addiction.html">Behind addiction</a></li>
109055  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/initiatives-drive-personalized-
        cancer-care.html">Sequencing the genes</a></li>
109056  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/the-time-is-now-to-educate.html"
        >The time is now to educate</a></li>
109057  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/student-broadens-scientific-
        knowledge.html">A passion for research</a></li>
109058  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2012/health-adventures-creates-
```

```
109058… interest-early.html">Behind the fun and games</a></li>
109059 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/md-anderson-trainees.html">MD
      Anderson trainees: The next generation</a></li>
109060 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/physician-assistants-in-high-
      demand.html">Staying ahead of the curve</a></li>
109061 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/hands-on-environment-to-test-
      surgical-skills.html">Surgical training goes modular</a></li>
109062 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/dynamic-duo-co-leads-graduate-
      school.html">Two as good as one</a></li>
109063 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/summit-on-cervical-cancer.html">
      A patchwork of partners</a></li>
109064 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/the-time-is-now-to-support.html"
      >The time is now to support</a></li>
109065 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/bov-member-grateful-for-patient-
      experience.html">True grit</a></li>
109066 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/creative-fundraiser-finds-
      himself-a-patient.html">Coming full circle</a></li>
109067 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/family-s-inspiring-legacy-
      continues.html">Humanitarian with a heart</a></li>
109068 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/students-learn-dangers-of-
      smoking.html">'Too Cool to Smoke'</a></li>
109069 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/halliburton-employees-fellowship
      .html">Halliburton fellowship aids prevention efforts</a></li>
109070 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2012/epigenetics-righting-the-course-
      of-disease.html">Epigenetics:</a></li>
109071 </ul>
109072 </nav>
109073 </div>
109074 </section>
109075 </div>
109076 </div>
109077 </div></li>
109078 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/annual-report/annual-report-2011.html">Annual Report 2011</a>
109079 <div class="subnav-mask">
109080 <div class="subnav-wrapper">
109081 <div class="subnav col10 pad">
109082 <section class="nested">
109083 <div class="col4 main-column">
109084 <nav class="secondary">
109085 <ul>
109086 <li class="mobile-nav-back"><a
   …  href="/publications/annual-report/annual-report-2011.html" aria-label="Back to Annual
      Report 2011">Annual Report 2011</a></li>
109087 <li class="primary-nav-item">
109088 <a href="/publications/annual-report/annual-report-2011.html" aria-label="Annual
      Report 2011 Home">Annual Report 2011 Home</a></li>
109089 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2011/enhancing-quality.html">From our
      president</a></li>
109090 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2011/quality-health-care.html">
      Preparing for the Future of Health Care</a></li>
109091 <li class="primary-nav-item"><a
   …  href="/publications/annual-report/annual-report-2011/cancer-care.html">Teams work to
      enhance care, reduce costs and define quality</a></li>
```

```
109092  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/quality-improvement-in-
    …   healthcare.html">Grass-Roots Effort Solves Bottleneck</a></li>
109093  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/perioperative%20enterprise.html"
    …   >Infographic: Perioperative Enterprise</a></li>
109094  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/quality-cancer-care.html">MD
    …   Anderson standard of care</a></li>
109095  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/smoking-cessation.html">What We
    …   Don't Ask Might Hurt</a></li>
109096  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/proton-therapy.html">Knowledge
    …   Is Power</a></li>
109097  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/patient-safety.html">Quality
    …   Drives Patient Care</a></li>
109098  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/clinical-trials.html">The Saga
    …   of a Protocol</a></li>
109099  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/pneumonia.html">Saving Lives by
    …   VAP-orizing Pneumonia</a></li>
109100  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/cancer-survivor.html">
    …   Infographic:</a></li>
109101  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/cancer-surgery.html">On the
    …   Cutting Edge</a></li>
109102  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/lung-cancer.html">A Bright Light
    …   for Smokers</a></li>
109103  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/rhabdomyosarcoma.html">Cancer in
    …   the Rearview Mirror</a></li>
109104  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/health-care-jobs.html">Educating
    …   Professionals and the Public</a></li>
109105  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/cancer-careers.html">Casting Net
    …   for Talented, Committed Trainees</a></li>
109106  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/pathology.html">A Dedication to
    …   Education</a></li>
109107  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/ASPIRE.html">Infographic:</a></
    …   li>
109108  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/cancer-research.html">Pioneers
    …   Explore New Frontiers</a></li>
109109  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/education-and-healthcare.html">
    …   From the Lab to the Sanctuary</a></li>
109110  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/leukemia-research.html">From
    …   Marine to Molecular Biology</a></li>
109111  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/facilities.html">Quality in our
    …   facilities</a></li>
109112  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/health-care-buildings.html">
    …   Quality in our facilities</a></li>
109113  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/office-building.html">Planned
    …   Migration</a></li>
109114  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2011/cancer-hospital.html">
```

```
109114… Infographic Facilities</a></li>
109115 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/alkek-hospital.html">Going
   … Up</a></li>
109116 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/research-lab.html">A Testing
   … Ground for Great Ideas</a></li>
109117 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/childhood-cancer.html">From
   … Patient to Blueprint</a></li>
109118 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/philanthropy.html">Philanthropy
   … Ensures Quality</a></li>
109119 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/parent-with-cancer.html">The
   … Heart of Giving</a></li>
109120 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/volunteer.html">Side by
   … Side</a></li>
109121 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/holiday-cards.html">Infographic:
   … </a></li>
109122 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/fundraising.html">630,000
   … Gifts</a></li>
109123 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/lymphoma-research.html">Counting
   … for a Cure</a></li>
109124 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/texas-4000.html">College
   … Students With a Cause</a></li>
109125 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2011/annual-report-audio-2011.html">
   … Audio: Annual Report 2011</a></li>
109126 </ul>
109127 </nav>
109128 </div>
109129 </section>
109130 </div>
109131 </div>
109132 </div></li>
109133 <li class="primary-nav-item has-subnav"><a
   … href="/publications/annual-report/annual-report-2010.html">Annual Report 2010</a>
109134 <div class="subnav-mask">
109135 <div class="subnav-wrapper">
109136 <div class="subnav col10 pad">
109137 <section class="nested">
109138 <div class="col4 main-column">
109139 <nav class="secondary">
109140 <ul>
109141 <li class="mobile-nav-back"><a
   … href="/publications/annual-report/annual-report-2010.html" aria-label="Back to Annual
   … Report 2010">Annual Report 2010</a></li>
109142 <li class="primary-nav-item">
109143 <a href="/publications/annual-report/annual-report-2010.html" aria-label="Annual
   … Report 2010 Home">Annual Report 2010 Home</a></li>
109144 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/voices.html">Many voices help
   … tell the story</a></li>
109145 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/president-s-letter.html">
   … Mendelsohn leading voice for 15 years</a></li>
109146 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/research.html">Research</a></li>
109147 <li class="primary-nav-item"><a
   … href="/publications/annual-report/annual-report-2010/cancer-switches.html">The voice
   … of research</a></li>
109148 <li class="primary-nav-item"><a
```

```
109148…  href="/publications/annual-report/annual-report-2010/cancer-vaccine.html">Voices of
…        perseverance and innovation</a></li>
109149  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/melanoma.html">Focus is on
…        impact of ultraviolet rays</a></li>
109150  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/cord-blood-transplant.html">Cord
…        blood provides lifeline for patient</a></li>
109151  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/genes-cells.html">Research</a></
…        li>
109152  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/research-briefs.html">Research
…        briefs</a></li>
109153  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/patient-care.html">Patient
…        care</a></li>
109154  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/regional-care-centers.html">The
…        voices of patient care</a></li>
109155  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/head-neck-cancer.html">Voices of
…        dedication and caring</a></li>
109156  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/non-hodgkin-s-lymphoma.html">
…        Chase draws on experience to help others</a></li>
109157  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/patient-caregivers.html">Fister
…        a fixture in surgery waiting area</a></li>
109158  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/liver-cancer.html">Vauthey, Wei
…        focus on each patient</a></li>
109159  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/cardiotoxicity-heart-disease.
…        html">Patient care</a></li>
109160  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/breast-cancer.html">A mother's
…        instinct</a></li>
109161  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/brca-breast-cancer.html">Litton
…        heads down the path of learning</a></li>
109162  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/alkek-hospital-expansion.html">
…        Designing nurses</a></li>
109163  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/ovarian-cancer.html">Patient
…        care briefs</a></li>
109164  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/cancer-prevention.html">
…        Prevention</a></li>
109165  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/project-church.html">The voices
…        of prevention</a></li>
109166  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/e-health-technology.html">
…        Technology meets cancer prevention</a></li>
109167  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/statistical-models.html">
…        Building models helps find answers</a></li>
109168  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/select-study.html">Stith tackles
…        cancer through prevention</a></li>
109169  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/cancer-screening.html">Cancer
…        prevention</a></li>
109170  <li class="primary-nav-item"><a
…        href="/publications/annual-report/annual-report-2010/healthy-lifestyle.html">Cancer
…        prevention</a></li>
```

```
109171 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/health-services-research.html">
    ⋯  Prevention briefs</a></li>
109172 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/education.html">Education</a></
    ⋯  li>
109173 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/medical-science-education.html">
    ⋯  Educator passes on her love of science</a></li>
109174 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/cancer-research-education.html">
    ⋯  Education</a></li>
109175 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/childhood-cancer-education.html"
    ⋯  >Family helps educate a community</a></li>
109176 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/fellowship-training.html">
    ⋯  Bodurka energized by work, family life</a></li>
109177 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/teaching-scientist.html">'
    ⋯  Incredible opportunities' lead to success</a></li>
109178 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/development.html">Development</a
    ⋯  ></li>
109179 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/supporting-md-anderson.html">
    ⋯  Goals align for support of MD Anderson</a></li>
109180 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/board-of-visitors.html">Good
    ⋯  friends do some good together</a></li>
109181 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/childhood-cancer.html">Give her
    ⋯  a cheer for giving back</a></li>
109182 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/ross-perot.html">Perot invests
    ⋯  in personalized cancer therapy</a></li>
109183 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2010/matching-planned-gifts.html">No
    ⋯  matter the type, gifts pay off</a></li>
109184 </ul>
109185 </nav>
109186 </div>
109187 </section>
109188 </div>
109189 </div>
109190 </div></li>
109191 <li class="primary-nav-item has-subnav"><a
    ⋯  href="/publications/annual-report/annual-report-2009.html">Annual Report 2009</a>
109192 <div class="subnav-mask">
109193 <div class="subnav-wrapper">
109194 <div class="subnav col10 pad">
109195 <section class="nested">
109196 <div class="col4 main-column">
109197 <nav class="secondary">
109198 <ul>
109199 <li class="mobile-nav-back"><a
    ⋯  href="/publications/annual-report/annual-report-2009.html" aria-label="Back to Annual
    ⋯  Report 2009">Annual Report 2009</a></li>
109200 <li class="primary-nav-item">
109201 <a href="/publications/annual-report/annual-report-2009.html" aria-label="Annual
    ⋯  Report 2009 Home">Annual Report 2009 Home</a></li>
109202 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2009/from-the-president.html">From
    ⋯  the President</a></li>
109203 <li class="primary-nav-item"><a
    ⋯  href="/publications/annual-report/annual-report-2009/research-transformations.html">
    ⋯  Transforming through research</a></li>
109204 <li class="primary-nav-item"><a
```

```
109204… href="/publications/annual-report/annual-report-2009/clinical-trials-process.html">
…      Transforming through research</a></li>
109205 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/cancer-research-highlights.html"
…      >Research highlights</a></li>
109206 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/scientists-explore-rnas.html">
…      Scientists explore RNAS</a></li>
109207 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/grand-opportunity-grant.html">
…      Researchers</a></li>
109208 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/retinoblastoma-experts.html">
…      Transforming through patient care</a></li>
109209 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/md-anderson-patient-access.html"
…      >Transforming through patient care</a></li>
109210 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/nursing-innovations.html">
…      Nursing innovations</a></li>
109211 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/emr-connects-patients-physicians
…      -to-data.html">Transforming through patient care</a></li>
109212 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/cancer-patient-care.html">
…      Patient care highlights</a></li>
109213 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/satellite-centers.html">
…      Transforming through patient care</a></li>
109214 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/prevention-transformations.html"
…      >Transforming through prevention</a></li>
109215 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/genetic-clues-to-cancer.html">
…      Transforming through prevention</a></li>
109216 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/cancer-prevention-highlights.
…      html">Prevention highlights</a></li>
109217 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/elderly-cancer-survivors.html">
…      Transforming through prevention</a></li>
109218 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/smoking-cessation-treatment.html
…      ">Ask-Advise-Connect:</a></li>
109219 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/faros-encourages-cancer-
…      prevention.html">Transforming through prevention</a></li>
109220 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/cancer-support-via-social-media.
…      html">Transforming through education</a></li>
109221 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/mentoring-cancer-faculty.html">
…      Transforming through education</a></li>
109222 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/symptom-research-training.html">
…      Researchers</a></li>
109223 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/community-physician-
…      communications.html">Social media</a></li>
109224 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/triumph-fellowship-program.html"
…      >Fellowship program</a></li>
109225 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/odyssey-program.html">Odysseys
…      program</a></li>
109226 <li class="primary-nav-item"><a
…      href="/publications/annual-report/annual-report-2009/cancer-education.html">Education
…      highlights</a></li>
```

```
109227  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2009/philanthropic-support.html">
    …   Transforming through development</a></li>
109228  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2009/planned-giving.html">Planned
    …   giving</a></li>
109229  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2009/annual-fund.html">Transforming
    …   through development</a></li>
109230  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2009/scott-and-soraya-mcclelland.html
    …   ">Philanthropy</a></li>
109231  <li class="primary-nav-item"><a
    …   href="/publications/annual-report/annual-report-2009/board-of-visitors.html">
    …   Development Highlights</a></li>
109232  </ul>
109233  </nav>
109234  </div>
109235  </section>
109236  </div>
109237  </div>
109238  </div></li>
109239  </ul>
109240  </nav>
109241  </div>
109242  </section>
109243  </div>
109244  </div>
109245  </div></li>
109246  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise.html">Cancerwise</a>
109247  <div class="subnav-mask">
109248  <div class="subnav-wrapper">
109249  <div class="subnav col10 pad">
109250  <section class="nested">
109251  <div class="col4 main-column">
109252  <nav class="secondary">
109253  <ul>
109254  <li class="mobile-nav-back"><a href="/publications/cancerwise.html" aria-label="Back
    …   to Cancerwise">Cancerwise</a></li>
109255  <li class="primary-nav-item">
109256  <a href="/publications/cancerwise.html" aria-label="Cancerwise Home">Cancerwise
    …   Home</a></li>
109257  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2016.html">2016</a>
109258  <div class="subnav-mask">
109259  <div class="subnav-wrapper">
109260  <div class="subnav col10 pad">
109261  <section class="nested">
109262  <div class="col4 main-column">
109263  <nav class="secondary">
109264  <ul>
109265  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016.html"
    …   aria-label="Back to 2016">2016</a></li>
109266  <li class="primary-nav-item">
109267  <a href="/publications/cancerwise/2016.html" aria-label="2016 Home">2016
    …   Home</a></li>
109268  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2016/01.html">01</a>
109269  <div class="subnav-mask">
109270  <div class="subnav-wrapper">
109271  <div class="subnav col10 pad">
109272  <section class="nested">
109273  <div class="col4 main-column">
109274  <nav class="secondary">
109275  <ul>
109276  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/01.html"
    …   aria-label="Back to 01">01</a></li>
```

Page 3187

```
109277 <li class="primary-nav-item"><a
109278 <a href="/publications/cancerwise/2016/01.html" aria-label="01 Home">01 Home</a></li>
109279 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/my-cancer-scars--wha.html">My cancer scars:
   …   What I tell my kids</a></li>
109280 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/renal-medullary-carc.html">Renal medullary
   …   carcinoma caregiver: Be your own cancer advocate</a></li>
109281 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/stomach-cancer-survi.html">Stomach cancer
   …   survivor: "You don't have to go through this alone"</a></li>
109282 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/schooling-triple-neg.html">Schooling
   …   triple-negative breast cancer</a></li>
109283 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/my-eye-cancer-story-.html">My eye cancer
   …   story: Finding hope and life</a></li>
109284 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/making-art-matter.html">Making art
   …   matter</a></li>
109285 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/coping-with-gvhd-aft.html">Coping with GVHD
   …   after ALCL</a></li>
109286 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/personalized-chemoth.html">Personalized
   …   chemotherapy dosing treatment improves responses, minimizes
109287 side effects</a></li>
109288 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/01/a-link-between-music.html">A link between
   …   music and medicine</a></li>
109289 </ul>
109290 </nav>
109291 </div>
109292 </section>
109293 </div>
109294 </div>
109295 </div></li>
109296 <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2016/02.html">02</a>
109297 <div class="subnav-mask">
109298 <div class="subnav-wrapper">
109299 <div class="subnav col10 pad">
109300 <section class="nested">
109301 <div class="col4 main-column">
109302 <nav class="secondary">
109303 <ul>
109304 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/02.html"
   …   aria-label="Back to 02">02</a></li>
109305 <li class="primary-nav-item"><a
109306 <a href="/publications/cancerwise/2016/02.html" aria-label="02 Home">02 Home</a></li>
109307 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/genetics-expertise-h.html">Genetics expertise
   …   helps make precision medicine a reality</a></li>
109308 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/squamous-cell-carcin.html">Squamous cell
   …   carcinoma caregiver gives back</a></li>
109309 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/my-chondrosarcoma-jo.html">My chondrosarcoma
   …   journey: It takes a team</a></li>
109310 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/angiosarcoma-survivo.html">Angiosarcoma
   …   survivor: 3 ways to support a friend with cancer</a></li>
109311 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/where-md-anderson-pa.html">Where MD Anderson
   …   patients made important connections</a></li>
109312 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2016/02/life-lessons-from-br.html">Life lessons from
   …   breast cancer</a></li>
```

```
109313 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/how-a-nurse-practiti.html">How a nurse
    … practitioner made me feel like family</a></li>
109314 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/nurse--_having-thyro.html">Nurse: 'Having
    … thyroid cancer made me a better caregiver'</a></li>
109315 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/pediatric-rhabdomyos.html">Pediatric
    … rhabdomyosarcoma patient spreads hope</a></li>
109316 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/aml-survivor--where-.html">AML survivor: Where
    … to relax at MD Anderson</a></li>
109317 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/q-a--understanding-a.html">Q&amp;A:
    … Understanding acoustic neuroma</a></li>
109318 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/from-ewing-s-sarcoma.html">From Ewing's
    … sarcoma patient to nurse</a></li>
109319 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/two-time-lymphoma-su.html">Two-time lymphoma
    … survivor: 'I'm alive to try'</a></li>
109320 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/synovial-sarcoma-pre.html">Synovial sarcoma
    … prepared me for my next big adventure</a></li>
109321 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/celebrating-life-aft.html">Thriving after my
    … bone marrow transplant</a></li>
109322 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/surviving-stage-iv-c.html">Surviving stage IV
    … colorectal cancer</a></li>
109323 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/02/my-stage-iv-colon-ca.html">My stage IV colon
    … cancer odyssey</a></li>
109324 </ul>
109325 </nav>
109326 </div>
109327 </section>
109328 </div>
109329 </div>
109330 </div></li>
109331 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2016/03.html">03</a>
109332 <div class="subnav-mask">
109333 <div class="subnav-wrapper">
109334 <div class="subnav col10 pad">
109335 <section class="nested">
109336 <div class="col4 main-column">
109337 <nav class="secondary">
109338 <ul>
109339 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/03.html"
    … aria-label="Back to 03">03</a></li>
109340 <li class="primary-nav-item">
109341 <a href="/publications/cancerwise/2016/03.html" aria-label="03 Home">03 Home</a></li>
109342 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/appendix-cancer-surv.html">Appendix cancer
    … survivor: Take an active role in your treatment</a></li>
109343 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/diet-and-your-lung-c.html">Diet and your lung
    … cancer risk</a></li>
109344 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/daily-aspirin-and-co.html">Daily aspirin and
    … colon cancer risk</a></li>
109345 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/the-perfect-gift-for.html">The perfect gift
    … for your friend with cancer</a></li>
109346 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2016/03/confronting-ocular-m.html">Confronting ocular
    … melanoma</a></li>
```

```
109347  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/li-fraumeni-syndrome.html">Li-Fraumeni
   …    syndrome survivor: 'Don't let cancer define you'</a></li>
109348  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/my-kidney-cancer-jou.html">My kidney cancer
   …    journey</a></li>
109349  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/pregnant-with-inflam.html">Pregnant with
   …    inflammatory breast cancer</a></li>
109350  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/q-a--eyelid-cancer-.html">Q&amp;A: Eyelid
   …    cancer</a></li>
109351  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/exercise-to-ease-per.html">Exercise to ease
   …    peripheral neuropathy symptoms</a></li>
109352  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/facing-follow-up-tes.html">Facing follow-up
   …    tests with a positive attitude</a></li>
109353  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/how-a-fatigue-journa.html">How a fatigue
   …    journal can help cancer patients</a></li>
109354  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/what-to-pack-for-you.html">What to pack for
   …    your hospital stay</a></li>
109355  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/03/my-non-small-cell-lu.html">My non-small cell
   …    lung cancer story</a></li>
109356  </ul>
109357  </nav>
109358  </div>
109359  </section>
109360  </div>
109361  </div>
109362  </div></li>
109363  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2016/04.html">04</a>
109364  <div class="subnav-mask">
109365  <div class="subnav-wrapper">
109366  <div class="subnav col10 pad">
109367  <section class="nested">
109368  <div class="col4 main-column">
109369  <nav class="secondary">
109370  <ul>
109371  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/04.html"
   …    aria-label="Back to 04">04</a></li>
109372  <li class="primary-nav-item">
109373  <a href="/publications/cancerwise/2016/04.html" aria-label="04 Home">04 Home</a></li>
109374  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/putting-my-thyroid-c.html">Putting my thyroid
   …    cancer diagnosis in the rearview mirror</a></li>
109375  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/how-art-helped-my-da.html">How art helped my
   …    daughter cope with MDS treatment</a></li>
109376  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/understanding-neurop.html">Understanding
   …    neuropsychology and chemobrain</a></li>
109377  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/building-a-nursing-p.html">Building a nursing
   …    pipeline</a></li>
109378  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/surviving-hpv-relate.html">Surviving
   …    HPV-related cervical cancer twice</a></li>
109379  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/it-takes-a-village-t.html">It takes a village
   …    to get through cancer</a></li>
109380  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/04/a-makeover-for-the-r.html">A makeover for the
   …    Rotary House</a></li>
```

```
109381 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/my-non-hodgkin_s-lym.html">Non-Hodgkin's
   …  lymphoma: Just another adventure</a></li>
109382 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/a-cancer-survivors-.html">A cancer survivor's
   …  gift of gab</a></li>
109383 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/fertility-and-cancer.html">Fertility and
   …  cancer: 10 things to know</a></li>
109384 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/04/surgical-relief-from.html">Surgical relief
   …  from lymphedema</a></li>
109385 </ul>
109386 </nav>
109387 </div>
109388 </section>
109389 </div>
109390 </div>
109391 </div></li>
109392 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/cancerwise/2016/05.html">05</a>
109393 <div class="subnav-mask">
109394 <div class="subnav-wrapper">
109395 <div class="subnav col10 pad">
109396 <section class="nested">
109397 <div class="col4 main-column">
109398 <nav class="secondary">
109399 <ul>
109400 <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/05.html"
   …  aria-label="Back to 05">05</a></li>
109401 <li class="primary-nav-item">
109402 <a href="/publications/cancerwise/2016/05.html" aria-label="05 Home">05 Home</a></li>
109403 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/how-to-support-a-fri.html">How to support a
   …  friend through hair loss</a></li>
109404 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/living-with-oligoden.html">Living with
   …  oligodendroglioma</a></li>
109405 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/my-male-breast-cance.html">My male breast
   …  cancer story continues: The recurrence</a></li>
109406 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/advice-for-coping-wi.html">Stressed out?
   …  Advice for coping</a></li>
109407 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/cancer--i-beat-you.html">Cancer, I beat
   …  you</a></li>
109408 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/life-with-a-benign-b.html">Life with a benign
   …  brain tumor</a></li>
109409 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/5-time-adrenal-gland.html">5-time adrenal
   …  gland tumor survivor beats weight gain</a></li>
109410 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/medulloblastoma-pati.html">Medulloblastoma
   …  patient marks a decade cancer-free</a></li>
109411 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/gratitude-for-my-son.html">Gratitude for my
   …  sons after breast cancer</a></li>
109412 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/surviving-a-total-pe.html">Surviving a total
   …  pelvic exenteration</a></li>
109413 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/nivolumab-gives-rena.html">Nivolumab gives
   …  renal cancer survivor a second chance</a></li>
109414 <li class="primary-nav-item"><a
   …  href="/publications/cancerwise/2016/05/coping-with-a-brain-.html">Coping with a brain
   …  tumor</a></li>
```

```
109415  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/05/how-nutrition-label-.html">Nutrition Facts
        label changes may help lower cancer risk</a></li>
109416  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/05/sunscreen--what-spf-.html">Sunscreen: What SPF
        should you choose?</a></li>
109417  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/05/inflammatory-breast-.html">Inflammatory breast
        cancer patient empowers herself with research</a></li>
109418  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/05/life-after-a-globla.html">Life after a
        glioblastoma diagnosis</a></li>
109419  </ul>
109420  </nav>
109421  </div>
109422  </section>
109423  </div>
109424  </div>
109425  </div></li>
109426  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2016/06.html">06</a>
109427  <div class="subnav-mask">
109428  <div class="subnav-wrapper">
109429  <div class="subnav col10 pad">
109430  <section class="nested">
109431  <div class="col4 main-column">
109432  <nav class="secondary">
109433  <ul>
109434  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/06.html"
   …    aria-label="Back to 06">06</a></li>
109435  <li class="primary-nav-item">
109436  <a href="/publications/cancerwise/2016/06.html" aria-label="06 Home">06 Home</a></li>
109437  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/facing-chemotherapy-.html">Facing chemotherapy
        with a newborn</a></li>
109438  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/q-a--understanding-i.html">Q&amp;A:
        Understanding immunotherapy</a></li>
109439  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/a-flight-attendant-f.html">A flight attendant
        finds her footing with melanoma treatment</a></li>
109440  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/professional-drummer.html">Drummer back in the
        groove after cancer</a></li>
109441  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/tonsil-cancer-surviv.html">Tonsil cancer
        survivor resolves to win</a></li>
109442  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/how-yoga-helped-an-a.html">How yoga helped an
        AML survivor recover</a></li>
109443  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/celebrating-life-dur.html">Celebrating life
        during Survivorship Week and year-round</a></li>
109444  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/after-appendix-cance.html">After appendix
        cancer, celebrating the little things</a></li>
109445  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/oligodendroglioma-su.html">Oligodendroglioma
        survivor: Doctor, consider it done</a></li>
109446  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/meditation--the-anti.html">Meditation: The
        antidote for stress</a></li>
109447  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/throat-cancer-surviv.html">Throat cancer
        survivor encourages HPV vaccination</a></li>
109448  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2016/06/nursing-assistant-do.html">Nursing assistant
        doubles as daughter's caregiver</a></li>
```

```
109449  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/06/less-invasive-surger.html">Less invasive
    …   surgery gets a triathlete back on track</a></li>
109450  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/06/li-fraumeni-syndrome.html">Li-Fraumeni
    …   syndrome caregiver: "Cancer can't have every day"</a></li>
109451  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/06/how-_hope_-brought-a.html">A non-Hodgkin's
    …   diagnosis, then 'Hope'</a></li>
109452  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/06/ewing_s-sarcoma-does.html">Ewing's sarcoma
    …   doesn't keep teen from walking life's road</a></li>
109453  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/06/sarcoma-survivor-thr.html">Sarcoma survivor
    …   finds hope in multidisciplinary care</a></li>
109454  </ul>
109455  </nav>
109456  </div>
109457  </section>
109458  </div>
109459  </div>
109460  </div></li>
109461  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2016.07.html">07</a>
109462  <div class="subnav-mask">
109463  <div class="subnav-wrapper">
109464  <div class="subnav col10 pad">
109465  <section class="nested">
109466  <div class="col4 main-column">
109467  <nav class="secondary">
109468  <ul>
109469  <li class="mobile-nav-back"><a href="/publications/cancerwise/2016/07.html"
    …   aria-label="Back to 07">07</a></li>
109470  <li class="primary-nav-item">
109471  <a href="/publications/cancerwise/2016/07.html" aria-label="07 Home">07 Home</a></li>
109472  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/caregiver-prepares-f.html">Caregiver prepares
    …   for daughter to leave the nest after cancer</a></li>
109473  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/pediatric-cancer-pat.html">Pediatric cancer
    …   patients' dreams take flight</a></li>
109474  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/hodgkins-lymphoma-spacesuit-art-project-arts-
    …   in-medicine.html">Hodgkin's lymphoma survivor helps create history</a></li>
109475  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/clinical-trial-uterine-cancer.html">Clinical
    …   trial gives uterine cancer survivor hope</a></li>
109476  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/arts-in-medicine-spacesuit-art-project.html">
    …   Creating hope through spacesuit art</a></li>
109477  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/acute-myeloid-leukem.html">Acute myeloid
    …   leukemia: What to know</a></li>
109478  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/glioblastoma-survivor-glioblastoma-treatment.
    …   html">Glioblastoma survivor: Game on</a></li>
109479  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2016/07/melanoma-in-high-school.html">Facing melanoma
    …   in high school</a></li>
109480  </ul>
109481  </nav>
109482  </div>
109483  </section>
109484  </div>
109485  </div>
109486  </div></li>
109487  </ul>
109488  </nav>
```

```
109489 </div>
109490 </section>
109491 </div>
109492 </div>
109493 </div></li>
109494 <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2015.html">2015</a>
109495 <div class="subnav-mask">
109496 <div class="subnav-wrapper">
109497 <div class="subnav col10 pad">
109498 <section class="nested">
109499 <div class="col4 main-column">
109500 <nav class="secondary">
109501 <ul>
109502 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015.html"
       aria-label="Back to 2015">2015</a></li>
109503 <li class="primary-nav-item">
109504 <a href="/publications/cancerwise/2015.html" aria-label="2015 Home">2015
       Home</a></li>
109505 <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2015/01.html">01</a>
109506 <div class="subnav-mask">
109507 <div class="subnav-wrapper">
109508 <div class="subnav col10 pad">
109509 <section class="nested">
109510 <div class="col4 main-column">
109511 <nav class="secondary">
109512 <ul>
109513 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/01.html"
       aria-label="Back to 01">01</a></li>
109514 <li class="primary-nav-item">
109515 <a href="/publications/cancerwise/2015/01.html" aria-label="01 Home">01 Home</a></li>
109516 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/could-home-based-monitoring-enhance-your-
       cancer-care.html">Could home-based monitoring enhance your cancer care?</a></li>
109517 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-our-pathologists-help-our-patients.html">
       How our pathologists help our patients</a></li>
109518 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/putting-family-first-after-my-dads-melanoma-
       recurrence.html">Putting family first after my dad's melanoma recurrence</a></li>
109519 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-prostate-cancer-brought-my-husband-and-i-
       closer-together.html">How prostate cancer brought my husband and I closer
       together</a></li>
109520 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/what-you-should-know-about-multiple-myeloma.
       html">What you should know about multiple myeloma</a></li>
109521 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/wearing-my-chemo-cut-as-a-badge-of-honor.html"
       >Wearing my chemo-cut as a badge of honor</a></li>
109522 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/after-squamous-cell-carcinoma-appreciating-the
       -little-things.html">After squamous cell carcinoma, appreciating the little
       things</a></li>
109523 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/a-large-cell-cervical-cancer-patients-first-
       visit-to-md-anderson.html">A large cell cervical cancer patient's first visit to MD
       Anderson</a></li>
109524 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/opening-up-about-my-breast-cancer-journey.html
       ">Opening up about my breast cancer journey</a></li>
109525 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/looking-back-on-a-life-changing-year.html">
       Looking back on a life-changing year</a></li>
109526 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2015/01/how-young-adult-cancer-patients-can-find-
       social-support.html">How young adult cancer patients can find social support</a></li>
```

```
109527  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/01/how-nurses-help-me-through-my-ovarian-cancer-
    …   recurrence.html">How nurses helped me through my ovarian cancer recurrence</a></li>
109528  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/01/facing-infertility-after-testicular-cancer-
    …   treatment.html">Facing infertility after testicular cancer treatment</a></li>
109529  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/01/advice-from-four-cancer-survivors.html">Advice
    …   from four cancer survivors</a></li>
109530  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/01/how-md-anderson-made-my-breast-cancer-
    …   treatment-journey-quick.html">How MD Anderson made my breast cancer treatment journey
    …   quick</a></li>
109531  </ul>
109532  </nav>
109533  </div>
109534  </section>
109535  </div>
109536  </div>
109537  </div></li>
109538  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2015/02.html">02</a>
109539  <div class="subnav-mask">
109540  <div class="subnav-wrapper">
109541  <div class="subnav col10 pad">
109542  <section class="nested">
109543  <div class="col4 main-column">
109544  <nav class="secondary">
109545  <ul>
109546  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/02.html"
    …   aria-label="Back to 02">02</a></li>
109547  <li class="primary-nav-item">
109548  <a href="/publications/cancerwise/2015/02.html" aria-label="02 Home">02 Home</a></li>
109549  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/pediatric-follicular-thyroid-cancer-survivor-
    …   celebrates-opportun.html">Pediatric follicular thyroid cancer survivor celebrates
    …   opportunity to
109550  give back</a></li>
109551  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/finding-strength-after-my-ependymoma-diagnosis
    …   .html">Finding strength after my ependymoma diagnosis</a></li>
109552  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/finding-peace-and-joy-in-spreading-melanoma-
    …   awareness.html">Finding peace and joy in spreading melanoma awareness</a></li>
109553  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/why-i-support-the-hpv-vaccine.html">Why I
    …   support the HPV vaccine</a></li>
109554  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/what-to-know-about-kidney-cancer.html">What to
    …   know about kidney cancer</a></li>
109555  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/a-melanoma-survivor-shares-what-you-should-
    …   know-about-pregnancy-.html">Melanoma survivor: What you should know about pregnancy
    …   and skin cancer</a></li>
109556  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/20-ways-to-feel-closer-to-loved-ones-during-
    …   cancer-treatment.html">20 ways to feel closer to loved ones during cancer
    …   treatment</a></li>
109557  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/what-id-like-to-tell-my-pre-cancer-self.html">
    …   What I'd like to tell my pre-cancer self</a></li>
109558  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/what-does-a-patient-services-coordinator-do.
    …   html">What does a patient services coordinator do?</a></li>
109559  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/02/what-a-houston-breast-cancer-survivor-learned-
    …   from-her-family.html">What a Houston breast cancer survivor learned from her
    …   family</a></li>
```

```
109560 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/how-were-changing-with-help-from-our-patients.
    … html">How we're changing - with help from our patients</a></li>
109561 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/seizing-the-moment-after-my-melanoma-
    … recurrence.html">Seizing the moment after my melanoma recurrence</a></li>
109562 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/getting-to-know-our-head-of-clinical-
    … operations-bob-brigham.html">Getting to know our head of clinical operations, Bob
    … Brigham</a></li>
109563 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/physical-therapist-brings-songs-and-dance-to-
    … cancer-patients.html">Physical therapist brings songs and dance to cancer
    … patients</a></li>
109564 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/why-i-vaccinate-my-sons-against-hpv.html">Why
    … I vaccinate my sons against HPV</a></li>
109565 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/how-our-suspicion-of-cancer-clinic-helps-
    … patients.html">How our Suspicion of Cancer Clinic helps patients</a></li>
109566 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/how-my-cancer-journey-became-my-family-cancer-
    … journey.html">How my cancer journey became my family's cancer journey</a></li>
109567 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/why-i-celebrate-cancerversaries-after-tnbc.
    … html">Why I celebrate 'cancerversaries' after TNBC</a></li>
109568 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/02/10-ways-to-ease-stress-and-anxiety-during-
    … cancer-treatment.html">10 ways to ease stress and anxiety during cancer
    … treatment</a></li>
109569 </ul>
109570 </nav>
109571 </div>
109572 </section>
109573 </div>
109574 </div>
109575 </div></li>
109576 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2015/03.html">03</a>
109577 <div class="subnav-mask">
109578 <div class="subnav-wrapper">
109579 <div class="subnav col10 pad">
109580 <section class="nested">
109581 <div class="col4 main-column">
109582 <nav class="secondary">
109583 <ul>
109584 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/03.html"
    … aria-label="Back to 03">03</a></li>
109585 <li class="primary-nav-item"><a
109586 <a href="/publications/cancerwise/2015/03.html" aria-label="03 Home">03 Home</a></li>
109587 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/how-crossfit-helped-me-get-in-shape-after-
    … testicular-cancer.html">How CrossFit helped me get in shape after testicular
    … cancer</a></li>
109588 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/motivating-awareness-after-a-germinoma-
    … diagnosis.html">Motivating awareness after a germinoma diagnosis</a></li>
109589 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/how-a-colon-cancer-diagnosis-helped-forge-a-
    … new-career-path.html">How a colon cancer diagnosis helped forge a new career
    … path</a></li>
109590 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/03/how-my-melanoma-was-spotted-from-the-sidelines
    … .html">How my melanoma was spotted from the sidelines</a></li>
109591 <li
    … href="/publications/cancerwise/2015/03/maintaining-hope-during-cml-clinical-trials.
    … html">Maintaining hope during CML clinical trials</a></li>
109592 <li class="primary-nav-item"><a
```

```
href="/publications/cancerwise/2015/03/how-mindfulness-can-help-cancer-patients-find-
happiness.html">How mindfulness can help cancer patients find happiness</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/what-to-know-about-general-anesthesia.html">
What to know about general anesthesia</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/a-melanoma-survivors-tips-for-finding-a-
dermatologist.html">A melanoma survivor's tips for finding a dermatologist</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/adopting-a-healthy-lifestyle-after-cancer.html
">Adopting a healthy lifestyle after cancer</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/why-i-did-advance-care-planning-at-age-23.html
">Why I did advance care planning at age 23</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/how-to-cope-with-insomnia-during-cancer-
treatment.html">How to cope with insomnia during cancer treatment</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/helping-cancer-patients-with-one-on-one-
support.html">Helping cancer patients and caregivers with one-on-one support</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/facing-the-adoption-process-after-cancer-
recurrence.html">Facing the adoption process after cancer recurrence</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/rectal-cancer-survivor-celebrates-life-with-5k
-race.html">Rectal cancer survivor celebrates life with 5K race</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/become-a-bone-marrow-donor-save-a-life.html">
Become a bone marrow donor, save a life</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/triple-negative-ibc-patient-finds-hope-in-her-
vision-for-the-fut.html">Triple-negative IBC patient finds hope in her vision for the
future</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/hope-and-healing-after-a-bladder-cancer-
diagnosis.html">Hope and healing after a bladder cancer diagnosis</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/03/6-things-to-know-before-radiation-therapy.html
">6 things to know before radiation therapy</a></li>
</ul>
</nav>
</div>
</section>
</div>
</div>
</div></li>
<li class="primary-nav-item has-subnav"><a
href="/publications/cancerwise/2015/04.html">04</a>
<div class="subnav-mask">
<div class="subnav-wrapper">
<div class="subnav col10 pad">
<section class="nested">
<div class="col4 main-column">
<nav class="secondary">
<ul>
<li class="mobile-nav-back"><a href="/publications/cancerwise/2015/04.html"
aria-label="Back to 04">04</a></li>
<li class="primary-nav-item">
<a href="/publications/cancerwise/2015/04.html" aria-label="04 Home">04 Home</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/04/finding-my-identity-as-a-cancer-spouse.html">
Finding my identity as a cancer spouse</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/04/how-my-coworkers-helped-me-through-chemo.html"
>How my coworkers helped me through chemo</a></li>
<li class="primary-nav-item"><a
href="/publications/cancerwise/2015/04/finding-hope-after-triple-negative-breast-
cancer.html">Finding hope after triple-negative breast cancer</a></li>
```

```
109626  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/-houston-breast-cancer-survivor-you-dont-have-
    …   to-be-brave-and-st.html">Houston breast cancer survivor: 'You don't have to be brave
    …   and strong
109627  all the time'</a></li>
109628  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/how-patient-services-representatives-help-our-
    …   patients.html">How patient services representatives help our patients</a></li>
109629  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/how-a-basketball-coach-beat-colon-cancer.html"
    …   >How a basketball coach beat colorectal cancer</a></li>
109630  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/a-survivors-advice-for-single-parents-facing-
    …   cancer.html">A survivor's advice for single parents facing cancer</a></li>
109631  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/do-women-with-dense-breasts-need-extra-cancer-
    …   screenings.html">Do women with dense breasts need extra cancer screenings?</a></li>
109632  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/4-questions-about-advance-care-planning-
    …   answered.html">4 questions about advance care planning, answered</a></li>
109633  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/how-we-work-to-prevent-infections.html">How we
    …   work to prevent infections</a></li>
109634  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/how-im-coping-with-thyroid-cancer-as-a-
    …   photographer-and-a-mom.html">How I'm coping with thyroid cancer as a photographer and
    …   a mom</a></li>
109635  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/first-person-getting-to-know-ferran-prat.html"
    …   >First person: Getting to know Ferran Prat</a></li>
109636  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/get-to-know-nova-sprague-cardiac-ultrasound-
    …   technologist.html">Get to know Nova Sprague, cardiac ultrasound technologist</a></li>
109637  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/coping-with-lymphedema-after-sarcoma-treatment
    …   .html">Coping with lymphedema after sarcoma treatment</a></li>
109638  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/facing-pancreatic-cancer-and-the-whipple-
    …   procedure-head-on.html">Facing pancreatic cancer and the Whipple procedure head
    …   on</a></li>
109639  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/getting-a-pet-scan-what-to-expect.html">
    …   Getting a PET scan? What to expect</a></li>
109640  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/coping-with-diffuse-large-b-cell-lymphoma.html
    …   ">Coping with diffuse large b-cell lymphoma</a></li>
109641  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/giving-others-hope-after-hepatocellular-
    …   carcinoma.html">Giving others hope after hepatocellular carcinoma</a></li>
109642  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/04/triple-negative-breast-cancer-5-things-you-
    …   should-know.html">Triple-negative breast cancer: 5 things you should know</a></li>
109643  </ul>
109644  </nav>
109645  </div>
109646  </section>
109647  </div>
109648  </div>
109649  </div></li>
109650  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2015/05.html">05</a>
109651  <div class="subnav-mask">
109652  <div class="subnav-wrapper">
109653  <div class="subnav col10 pad">
109654  <section class="nested">
109655  <div class="col4 main-column">
109656  <nav class="secondary">
109657  <ul>
```

```
109658  <li class="mobile-nav-back">×</a href="/publications/cancerwise/2015/05.html"
    …   aria-label="Back to 05">05</a></li>
109659  <li class="primary-nav-item">
109660  <a href="/publications/cancerwise/2015/05.html" aria-label="05 Home">05 Home</a></li>
109661  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/why-i-dont-feel-offended-when-people-say-the-
    …   wrong-things-about-.html">Why I don't feel offended when people say the wrong things
    …   about my
109662  cancer diagnosis</a></li>
109663  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/how-our-nurses-help-our-patients.html">How our
    …   nurses help our patients</a></li>
109664  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/meet-md-anderson-proton-therapy-centers-first-
    …   patient.html">Meet MD Anderson Proton Therapy Center's first patient</a></li>
109665  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/coping-with-infertility-during-breast-cancer-
    …   treatment.html">Coping with infertility during breast cancer treatment</a></li>
109666  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/esophageal-cancer-what-you-should-know.html">
    …   Esophageal cancer: What you should know</a></li>
109667  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/choosing-to-be-thankful-during-thymoma-
    …   treatment.html">Choosing to be thankful during thymoma treatment</a></li>
109668  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/learning-to-love-myself-during-medulloblastoma
    …   -treatment.html">Learning to love myself during medulloblastoma treatment</a></li>
109669  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/fighting-renal-medullary-carcinoma-with-my-
    …   brother.html">Fighting renal medullary carcinoma with my brother</a></li>
109670  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/life-as-a-young-adult-cancer-survivor-an-
    …   awkward-age.html">Life as a young adult cancer survivor: An awkward age</a></li>
109671  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/what-people-ask-me-about-colorectal-cancer.
    …   html">What people ask me about colorectal cancer</a></li>
109672  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/how-to-cope-with-loss-of-control-as-a-cancer-
    …   patient.html">How to cope with loss of control as a cancer patient</a></li>
109673  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/six-ways-to-help-a-cancer-patient-when-youre-
    …   far-away.html">6 ways to help a cancer patient when you're far away</a></li>
109674  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/e-cigarette-legislation-offers-new-promise-for
    …   -texas-youth.html">E-cigarette legislation offers new promise for Texas
    …   youth</a></li>
109675  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/what-ill-miss-after-melanoma-treatment.html">
    …   What I'll miss after melanoma treatment</a></li>
109676  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/we-had-life-and-it-was-beautiful.html">'We had
    …   life and it was beautiful'</a></li>
109677  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/coping-and-hoping-during-pancreatic-cancer-
    …   treatment.html">Coping and hoping during pancreatic cancer treatment</a></li>
109678  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/05/celebrate-yourself-during-survivorship-week.
    …   html">Celebrate yourself during Survivorship Week</a></li>
109679  </ul>
109680  </nav>
109681  </div>
109682  </section>
109683  </div>
109684  </div>
109685  </div></li>
109686  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2015/06.html">06</a>
109687  <div class="subnav-mask">
```

```
109688 <div class="subnav-wrapper">
109689 <div class="subnav col10 pad">
109690 <section class="nested">
109691 <div class="col4 main-column">
109692 <nav class="secondary">
109693 <ul>
109694 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/06.html"
    … aria-label="Back to 06">06</a></li>
109695 <li class="primary-nav-item">
109696 <a href="/publications/cancerwise/2015/06.html" aria-label="06 Home">06 Home</a></li>
109697 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/-5-ways-our-social-work-counselors-can-help-
    … during-cancer-treatm.html">5 ways our social work counselors can help during cancer
    … treatment</a></li>
109698 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/my-meningioma-surgery-appreciating-the-gift-of-
    … sight.html">My meningioma surgery: Appreciating the gift of sight</a></li>
109699 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/coping-during-gamma-knife-surgery.html">Coping
    … during gamma knife surgery</a></li>
109700 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/first-scalp-and-skull-transplant-completed-
    … simultaneously-with-k.html">First scalp and skull transplant completed simultaneously
    … with kidney
109701 and pancreas transplant</a></li>
109702 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/how-a-houston-trainer-is-showing-what-a-cancer
    … -survivor-looks-li.html">How a Houston trainer is showing what a cancer survivor
    … looks like</a></li>
109703 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/traveling-with-my-sons-to-md-anderson.html">
    … Traveling with my sons to MD Anderson</a></li>
109704 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/after-stage-4-lymphoma-a-new-lease-on-life.
    … html">After stage IV lymphoma, a new lease on life</a></li>
109705 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/large-cell-cervical-cancer-survivor-thoughts-
    … on-my-annual-scans.html">Large cell cervical cancer survivor: Thoughts on my annual
    … scans</a></li>
109706 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/new-training-for-nurses-bridges-books-and-
    … bedside.html">New training for nurses bridges books and bedside</a></li>
109707 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/an-md-anderson-time-capsule.html">An MD
    … Anderson time capsule</a></li>
109708 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/after-a-terminal-metastatic-diagnosis-planning
    … -a-longer-life.html">After a terminal, metastatic diagnosis, planning a longer
    … life</a></li>
109709 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/how-mind-body-intervention-specialists-help-
    … our-cancer-patients.html">How mind-body intervention specialists help our cancer
    … patients</a></li>
109710 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/why-i-love-working-to-end-cancer.html">Why I
    … love working to end cancer</a></li>
109711 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/lenvatinib-brings-thyroid-cancer-patient-hope.
    … html">Lenvatinib brings thyroid cancer patient hope</a></li>
109712 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/from-dietitian-to-cancer-caregiver-my-husbands
    … -lymphoma-journey.html">My journey from MD Anderson dietitian to caregiver</a></li>
109713 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2015/06/finding-meaning-in-my-life-after-my-husbands-
    … death.html">Finding meaning in my life after my husband's death</a></li>
109714 </ul>
109715 </nav>
109716 </div>
```

```
109717  </section>
109718  </div>
109719  </div>
109720  </div></li>
109721  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2015/07.html">07</a>
109722  <div class="subnav-mask">
109723  <div class="subnav-wrapper">
109724  <div class="subnav col10 pad">
109725  <section class="nested">
109726  <div class="col4 main-column">
109727  <nav class="secondary">
109728  <ul>
109729  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/07.html"
    …   aria-label="Back to 07">07</a></li>
109730  <li class="primary-nav-item">
109731  <a href="/publications/cancerwise/2015/07.html" aria-label="07 Home">07 Home</a></li>
109732  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/aml-survivor-dont-put-off-your-physical-exam.
    …   html">AML survivor: Don't put off your physical exam</a></li>
109733  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/sarcoma-survivor-dont-wait-to-live.html">
    …   Sarcoma survivor: &quot;Don't wait to live&quot;</a></li>
109734  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/winning-my-battle-against-multiple-myeloma.
    …   html">Winning my battle against multiple myeloma</a></li>
109735  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/gratitude-for-mammograms-and-the-cyberknife.
    …   html">Gratitude for mammograms and stereotactic ablative radiosurgery</a></li>
109736  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/what-to-say-to-someone-with-cancer.html">What
    …   to say to someone with cancer</a></li>
109737  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/autologous-stem-cell-transplant-survivor-what-
    …   to-expect.html">Autologous stem cell transplant survivor: What to expect</a></li>
109738  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/16-things-cancer-patients-and-survivors-want-
    …   newly-diagnosed-pat.html">16 things cancer patients and survivors want newly
    …   diagnosed patients to know</a></li>
109739  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/sacred-circles-and-holy-images-helping-cancer-
    …   patients-and-careg.html">Sacred circles and holy images: Helping cancer patients and
    …   caregivers
109740  heal through art</a></li>
109741  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/broken-back-to-camelback-survival-from-a-
    …   different-point-of-view.html">Broken back to Camelback: Survival from a different
    …   point of view</a></li>
109742  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/my-male-breast-cancer-story.html">My male
    …   breast cancer story</a></li>
109743  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/how-caregivers-can-get-exercise-at-md-anderson
    …   .html">How caregivers can get exercise at MD Anderson</a></li>
109744  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/07/facing-a-brca1-mutation-at-age-30.html">Facing
    …   a BRCA1 mutation and breast cancer at age 30</a></li>
109745  </ul>
109746  </nav>
109747  </div>
109748  </section>
109749  </div>
109750  </div>
109751  </div></li>
109752  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2015/08.html">08</a>
109753  <div class="subnav-mask">
109754  <div class="subnav-wrapper">
```

```
109755 <div class="subnav-col10 pad">
109756 <section class="nested">
109757 <div class="col4 main-column">
109758 <nav class="secondary">
109759 <ul>
109760 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/08.html"
    aria-label="Back to 08">08</a></li>
109761 <li class="primary-nav-item">
109762 <a href="/publications/cancerwise/2015/08.html" aria-label="08 Home">08 Home</a></li>
109763 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/first-person-getting-to-know-patrick-hwu-md.
    html">First person: Getting to know Patrick Hwu, M.D.</a></li>
109764 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/physician-assistant-by-day-aerial-dancer-by-
    night.html">Physician assistant by day, aerial dancer by night</a></li>
109765 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/working-and-parenting-through-chemo-and-
    radiation.html">Working and parenting through chemo and radiation</a></li>
109766 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/what-i-pack-for-chemo.html">What I pack for
    chemo</a></li>
109767 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/room-service-offers-culinary-creations-and-
    care.html">Room Service offers our cancer patients culinary creations and
    care</a></li>
109768 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/caregiverdietitian-helping-my-husband-gain-
    weight-after-chemo.html">Caregiver/dietitian: Helping my husband gain weight after
    chemo</a></li>
109769 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/how-our-investigational-pharmacy-services-team
    -gives-cancer-pati.html">How our Investigational Pharmacy Services team gives cancer
    patients hope</a></li>
109770 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/my-metastatic-melanoma-story.html">My
    metastatic melanoma story</a></li>
109771 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/how-surviving-cll-and-b-cell-lymphoma-has-
    pushed-me-to-new-heigh.html">How surviving CLL and b-cell lymphoma pushed me to new
    heights</a></li>
109772 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/how-seven-cancer-patients-celebrated-the-end-
    of-cancer-treatment.html">How seven cancer patients celebrated the end of cancer
    treatment</a></li>
109773 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/qa-sexual-intimacy-problems-in-cancer-patients
    .html">Q&amp;A: Sexual intimacy problems in cancer patients</a></li>
109774 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2015/08/rhabdomyosarcoma-and-osteoblastic-osteosarcoma
    -survivor-dont-let.html">Rhabdomyosarcoma and osteoblastic osteosarcoma survivor:
    &quot;Don't let
109775 cancer shut you down&quot;</a></li>
109776 </ul>
109777 </nav>
109778 </div>
109779 </section>
109780 </div>
109781 </div>
109782 </div></li>
109783 <li class="primary-nav-item has-subnav"><a
    href="/publications/cancerwise/2015/09.html">09</a>
109784 <div class="subnav-mask">
109785 <div class="subnav-wrapper">
109786 <div class="subnav col10 pad">
109787 <section class="nested">
109788 <div class="col4 main-column">
109789 <nav class="secondary">
109790 <ul>
```

```
109791 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/09.html"
    …  aria-label="Back to 09">09</a></li>
109792 <li class="primary-nav-item">
109793 <a href="/publications/cancerwise/2015/09.html" aria-label="09 Home">09 Home</a></li>
109794 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/keeping-intimacy-alive-advice-for-cancer-
    …  patients.html">Keeping intimacy alive: Advice for cancer patients</a></li>
109795 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/brain-stem-tumor-survivor-take-it-one-day-at-a
    …  -time.html">Brain stem tumor survivor: &quot;Take it one day at a time&quot;</a></li>
109796 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/facing-my-second-squamous-cell-carcinoma-
    …  diagnosis.html">Facing my second squamous cell carcinoma diagnosis</a></li>
109797 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/now-is-always-a-good-time-to-quit-smoking.html
    …  ">&quot;Now&quot; is always a good time to quit smoking</a></li>
109798 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/camp-prom-gives-teen-cancer-patients-a-taste-
    …  of-normalcy.html">Camp prom gives teen cancer patients a taste of normalcy</a></li>
109799 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/melanoma-survivor-dont-live-like-a-patient.
    …  html">Melanoma survivor: &quot;Don't live like a patient&quot;</a></li>
109800 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/acute-lymphoblastic-leukemia-patient-gets-the-
    …  chance-to-be-a-kid.html">Acute lymphoblastic leukemia patient gets the chance to be a
    …  kid</a></li>
109801 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/four-time-cancer-survivor-its-never-too-late-
    …  to-quit-smoking.html">Four-time cancer survivor: &quot;It's never too late to quit
    …  smoking&quot;</a></li>
109802 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/using-hypnosis-to-cope-with-cancer.html">Using
    …  hypnosis to cope with cancer</a></li>
109803 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/how-i-knocked-out-acoustic-neuroma.html">How I
    …  knocked out acoustic neuroma</a></li>
109804 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/undergoing-genetic-counseling-and-testing-for-
    …  a-brca-mutation.html">Undergoing genetic counseling and testing for a BRCA
    …  mutation</a></li>
109805 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/09/young-rhabdomyosarcoma-patient-polishes-his-
    …  superpowers.html">Young rhabdomyosarcoma patient polishes his superpowers</a></li>
109806 </ul>
109807 </nav>
109808 </div>
109809 </section>
109810 </div>
109811 </div>
109812 </div></li>
109813 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2015/10.html">10</a>
109814 <div class="subnav-mask">
109815 <div class="subnav-wrapper">
109816 <div class="subnav col10 pad">
109817 <section class="nested">
109818 <div class="col4 main-column">
109819 <nav class="secondary">
109820 <ul>
109821 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/10.html"
    …  aria-label="Back to 10">10</a></li>
109822 <li class="primary-nav-item">
109823 <a href="/publications/cancerwise/2015/10.html" aria-label="10 Home">10 Home</a></li>
109824 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2015/10/getting-through-liver-cancer-with-family-and-a
    …  -positive-attitude.html">Getting through liver cancer with family and a positive
    …  attitude</a></li>
109825 <li class="primary-nav-item"><a
```

```
109825  href="/publications/cancerwise/2015/10/young-adults-genetic-counseling-and-testing-
…       for-colorectal-cance.html">Young adults: Genetic counseling and testing for
…       colorectal cancer</a></li>
109826  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/neurocytoma-couldnt-keep-me-off-the-stage.html
…       ">Neurocytoma couldn't keep me off the stage</a></li>
109827  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/what-you-should-know-about-sinus-cancer-and-
…       nose-cancer.html">What you should know about sinus cancer and nose cancer</a></li>
109828  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/how-my-husband-beat-colon-cancer-with-humor-
…       and-a-positive-attit.html">How my husband beat colon cancer with humor and a positive
…       attitude</a></li>
109829  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/inflammatory-breast-cancer-survivor-how-i-kept
…       -faith-and-beat-th.html">Inflammatory breast cancer survivor: How I kept faith and
…       beat the odds</a></li>
109830  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/doctors-play-how-patricia-eifel-md-balances-
…       miniature-houses-and.html">Doctor's play: Balancing miniature houses and
…       medicine</a></li>
109831  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/the-people-who-plan-our-research-labs.html">
…       The people who plan our research labs</a></li>
109832  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/elaine-turner-3-ways-my-moms-breast-cancer-
…       diagnosis-has-changed.html">Elaine Turner: 3 ways my mom's breast cancer diagnosis
…       has changed me</a></li>
109833  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/my-squamous-cell-carcinoma-journey.html">My
…       squamous cell carcinoma journey</a></li>
109834  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/new-breast-cancer-screening-guidelines-what-
…       women-should-know.html">New breast cancer screening guidelines: What women should
…       know</a></li>
109835  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/triple-negative-inflammatory-breast-cancer-
…       survivor-cancer-is-a-.html">Triple-negative inflammatory breast cancer survivor:
…       Cancer is a war</a></li>
109836  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/processed-meat-and-colorectal-cancer-is-there-
…       a-link.html">Processed meat and colorectal cancer: Is there a link?</a></li>
109837  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/10/remembering-my-brother-james-ragan.html">
…       Remembering my brother, James Ragan</a></li>
109838  </ul>
109839  </nav>
109840  </div>
109841  </section>
109842  </div>
109843  </div>
109844  </div></li>
109845  <li class="primary-nav-item has-subnav"><a
…       href="/publications/cancerwise/2015/11.html">11</a>
109846  <div class="subnav-mask">
109847  <div class="subnav-wrapper">
109848  <div class="subnav col10 pad">
109849  <section class="nested">
109850  <div class="col4 main-column">
109851  <nav class="secondary">
109852  <ul>
109853  <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/11.html"
…       aria-label="Back to 11">11</a></li>
109854  <li class="primary-nav-item">
109855  <a href="/publications/cancerwise/2015/11.html" aria-label="11 Home">11 Home</a></li>
109856  <li class="primary-nav-item"><a
…       href="/publications/cancerwise/2015/11/my-life-with-an-ileal-conduit.html">My life
…       with an ileal conduit</a></li>
```

```
109857 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/rebuilding-my-body-image-after-a-mastectomy-
    ... and-breast-reconstru.html">Rebuilding my body image after a mastectomy and breast
    ... reconstruction</a></li>
109858 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/completing-an-ironman-triathlon-after-a-
    ... partial-nephrectomy.html">Completing an Ironman triathlon after a partial
    ... nephrectomy</a></li>
109859 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/study-how-you-cook-meat-can-affect-your-kidney
    ... -cancer-risk.html">Study: How you cook meat can affect your kidney cancer
    ... risk</a></li>
109860 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/how-to-encourage-loved-ones-to-get-spiral-ct-
    ... lung-cancer-screening.html">How to encourage loved ones to get spiral CT lung cancer
    ... screening</a></li>
109861 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/how-staying-optimistic-helped-my-cancer-
    ... recovery.html">How staying optimistic helped my cancer recovery</a></li>
109862 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/diffuse-large-b-cell-lymphoma-patient-how-im-
    ... teaming-up-to-overcome-my-diagnosis.html">Diffuse large b-cell lymphoma patient: How
    ... I'm teaming up to overcome my diagnosis</a></li>
109863 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/undergoing-a-lumpectomy-and-lobectomy-in-one-
    ... year.html">Undergoing a lumpectomy and lobectomy in one year</a></li>
109864 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/what-to-expect-during-a-skin-exam.html">What
    ... to expect during a skin exam</a></li>
109865 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/gratitude-bracelets-a-new-thanksgiving-
    ... tradition.html">Gratitude bracelets: A new Thanksgiving tradition</a></li>
109866 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/desmoplastic-small-round-cell-tumor-caregiver-
    ... how-my-husband-and-i-confronted-sarcoma-together-1.html">Desmoplastic small round
    ... cell tumor caregiver: How my husband and I
109867 confronted sarcoma together</a></li>
109868 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/11/receiving-an-abdominal-hysterectomy-at-md-
    ... anderson-employee-volunteer-and-survivor-shares-her-story.html">Receiving an
    ... abdominal hysterectomy</a></li>
109869 </ul>
109870 </nav>
109871 </div>
109872 </section>
109873 </div>
109874 </div>
109875 </div></li>
109876 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/cancerwise/2015/12.html">12</a>
109877 <div class="subnav-mask">
109878 <div class="subnav-wrapper">
109879 <div class="subnav col10 pad">
109880 <section class="nested">
109881 <div class="col4 main-column">
109882 <nav class="secondary">
109883 <ul>
109884 <li class="mobile-nav-back"><a href="/publications/cancerwise/2015/12.html"
    ... aria-label="Back to 12">12</a></li>
109885 <li class="primary-nav-item">
109886 <a href="/publications/cancerwise/2015/12.html" aria-label="12 Home">12 Home</a></li>
109887 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/12/cancer-survivors-what-to-know-about-breast-
    ... cancer-screening.html">Cancer survivors: What to know about breast cancer
    ... screening</a></li>
109888 <li class="primary-nav-item"><a
    ... href="/publications/cancerwise/2015/12/living---and-thriving---after-my-colostomy.
    ... html">Thriving after my colostomy</a></li>
```

```
109889  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/embracing-life-after-adenoid-cystic-carcinoma.
    …   html">Embracing life after adenoid cystic carcinoma</a></li>
109890  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/advice-for-moms-with-cancer.html">Advice for
    …   moms with cancer</a></li>
109891  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/aml-survivor-what-i-wish-id-known.html">AML
    …   survivor: What I wish I'd known</a></li>
109892  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/ca-125-screening-for-ovarian-cancer-may-save-
    …   lives.html">CA-125 screening for ovarian cancer may save lives</a></li>
109893  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/facing-chemo-in-costume.html">Facing chemo in
    …   costume</a></li>
109894  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-stories-for-cancer-
    …   caregivers.html">Best of Cancerwise 2015: Stories for cancer caregivers</a></li>
109895  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/best-of-cancerwise-2015-advice-from-our-cancer
    …   -patients.html">Best of Cancerwise 2015: Advice from our cancer patients</a></li>
109896  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2015/12/11-inspiring-mantras-from-our-patients-and-
    …   caregivers.html">11 inspiring mantras from our patients and caregivers</a></li>
109897  </ul>
109898  </nav>
109899  </div>
109900  </section>
109901  </div>
109902  </div>
109903  </div></li>
109904  </ul>
109905  </nav>
109906  </div>
109907  </section>
109908  </div>
109909  </div>
109910  </div></li>
109911  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014.html">2014</a>
109912  <div class="subnav-mask">
109913  <div class="subnav-wrapper">
109914  <div class="subnav col10 pad">
109915  <section class="nested">
109916  <div class="col4 main-column">
109917  <nav class="secondary">
109918  <ul>
109919  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014.html"
    …   aria-label="Back to 2014">2014</a></li>
109920  <li class="primary-nav-item">
109921  <a href="/publications/cancerwise/2014.html" aria-label="2014 Home">2014
    …   Home</a></li>
109922  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/01.html">01</a>
109923  <div class="subnav-mask">
109924  <div class="subnav-wrapper">
109925  <div class="subnav col10 pad">
109926  <section class="nested">
109927  <div class="col4 main-column">
109928  <nav class="secondary">
109929  <ul>
109930  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/01.html"
    …   aria-label="Back to 01">01</a></li>
109931  <li class="primary-nav-item">
109932  <a href="/publications/cancerwise/2014/01.html" aria-label="01 Home">01 Home</a></li>
109933  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/01/cultivating-gratitude-and-hope.html">
    …   Cultivating gratitude and hope during cancer treatment</a></li>
```

```
109934  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/unexpected-blessings-after-breast-cancer-
   …    treatment.html">Unexpected blessings after breast cancer treatment</a></li>
109935  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/triple-negative-breast-cancer-survivor-looking
   …    -back.html">Triple-negative breast cancer survivor: Looking back</a></li>
109936  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/from-cancer-researcher-to-stomach-cancer-
   …    survivor.html">From cancer researcher to stomach cancer survivor</a></li>
109937  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/melanoma-and-lung-cancer-survivor-i-can-i-am-
   …    and-i-will-survive-.html">Melanoma and lung cancer survivor: 'I can, I am, and I will
   …    survive cancer'</a></li>
109938  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/how-cancer-has-helped-me-cope-with-aging.html"
   …    >How cancer has helped me cope with aging</a></li>
109939  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/aml-survivor-life-after-my-stem-cell-
   …    transplant.html">AML survivor: Life after my stem cell transplant</a></li>
109940  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/how-our-chaplains-make-a-difference.html">How
   …    our chaplains make a difference</a></li>
109941  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/melanoma-caregiver-three-month-check-up.html">
   …    Melanoma caregiver: The three-month check-up</a></li>
109942  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/turning-resolutions-into-actions-three-tips-
   …    for-a-healtheir-new-.html">Turning resolutions into action: Three tips for a
   …    healthier new year</a></li>
109943  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/highlighting-hope-for-bladder-cancer-cervical-
   …    cancer-and-endomet.html">Highlighting hope for bladder cancer, cervical cancer and
   …    endometrial
109944  cancer with fluorescence</a></li>
109945  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/4-ways-the-surgeon-general-report-on-smoking-
   …    and-health-impacts-.html">4 ways the Surgeon General's Report on Smoking and Health
   …    impacts our work</a></li>
109946  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/md-anderson-volunteers-unsung-heroes.html">MD
   …    Anderson volunteers: Unsung heroes</a></li>
109947  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/my-uveal-melanoma-journey.html">My uveal
   …    melanoma journey</a></li>
109948  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/esophageal-cancer-patient-why-i-relocated-for-
   …    cancer-treatment.html">Esophageal cancer patient: Why I relocated for cancer
   …    treatment</a></li>
109949  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/copin-with-cancer-as-acouple.html">Coping with
   …    cancer as a couple: 5 tips for addressing body image issues
109950  and sexual health</a></li>
109951  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/cervical-cancer-survivor-how-i-find-motivation
   …    .html">Cervical cancer survivor: How I find motivation</a></li>
109952  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/how-cancer-caregivers-can-get-better-sleep.
   …    html">Q&amp;A: How cancer caregivers can get better sleep</a></li>
109953  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/cancer-survivor-doesnt-let-amputation-stop-her
   …    -from-running-mara.html">Cancer survivor doesn't let amputation stop her from running
   …    marathon</a></li>
109954  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/colon-cancer-caregiver-we-have-hope.html">
   …    Colon cancer caregiver: We have hope</a></li>
109955  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2014/01/finding-joy-between-cancer-follow-up-
   …    appointments.html">Finding joy between cancer follow-up appointments</a></li>
```

```
109956  </ul>
109957  </nav>
109958  </div>
109959  </section>
109960  </div>
109961  </div>
109962  </div></li>
109963  <li class="primary-nav-item has-subnav"><a
        href="/publications/cancerwise/2014/02.html">02</a>
109964  <div class="subnav-mask">
109965  <div class="subnav-wrapper">
109966  <div class="subnav col10 pad">
109967  <section class="nested">
109968  <div class="col4 main-column">
109969  <nav class="secondary">
109970  <ul>
109971  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/02.html"
        aria-label="Back to 02">02</a></li>
109972  <li class="primary-nav-item">
109973  <a href="/publications/cancerwise/2014/02.html" aria-label="02 Home">02 Home</a></li>
109974  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/despite-uveal-melanoma-recureences-survivor-
        lives-beautiful-life.html">Despite uveal melanoma recurrences, survivor lives 'a
        beautiful life'</a></li>
109975  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/triple-negative-inflammatory-breast-cancer-
        survivor-facing-new-q.html">Triple-negative inflammatory breast cancer survivor:
        Facing new
109976  questions with genetic testing</a></li>
109977  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/advice-from-patients-on-preparing-for-
        chemotherapy.html">Advice from other patients on preparing for chemotherapy</a></li>
109978  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/how-kyssi-kicked-cancers-butt-again.html">How
        Kyssi kicked cancer's but ... again</a></li>
109979  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/thymoma-patient-how-the-power-of-words-helped-
        me-take-back-contr.html">Thymoma patient: How the power of words helped me take back
        control</a></li>
109980  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/but-you-dont-look-sick.html">&quot;But you
        don't look sick&quot;</a></li>
109981  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/advice-for-couples-from-cancer-caregivers-
        andsurvivors.html">Advice for couples from cancer caregivers and survivors</a></li>
109982  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/aml-survivor-how-running-a-half-marathon-
        helped-me-cope-with-can.html">AML survivor: How running a half-marathon helped me
        cope with cancer recovery</a></li>
109983  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/esophageal-cancer-patient-why-me.html">
        Esophageal cancer patient: Why me?</a></li>
109984  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/aml-survivor-what-i-wish-i-would-have-known-
        before-my-stem-cell-.html">AML survivor: What I wish I would have known before my
        stem cell transplant</a></li>
109985  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/when-should-women-get-mammograms.html">When
        should women get mammograms?</a></li>
109986  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/how-a-dog-helped-me-through-my-melanoma-
        treatment.html">How a dog helped me through my melanoma treatment</a></li>
109987  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/finding-the-silver-lining-after-my-dads-aml-
        diagnosis.html">Finding the silver lining after my dad's AML diagnosis</a></li>
109988  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/02/why-one-prostate-cancer-patient-traveled-
        across-country-for-prot.html">Why one prostate cancer patient traveled across the
```

```
109988…  country for proton therapy</a></li>
109989  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/six-things-caregivers-can-do-while-visiting-md
    …   -anderson.html">Six things caregivers can do while visiting MD Anderson</a></li>
109990  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/6-ways-to-cope-with-chemobrain.html">6 ways to
    …   cope with chemobrain</a></li>
109991  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/choosing-to-live-in-hope-watching-my-dad-
    …   battle-oral-cancer-twic.html">Choosing to live in hope: Watching my dad battle oral
    …   cancer twice</a></li>
109992  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/how-my-ovarian-cancer-diagnosis-strengthened-
    …   my-marriage.html">How my ovarian cancer diagnosis strengthened my marriage</a></li>
109993  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/tips-for-traveling-to-md-anderson-for-cancer-
    …   treatment.html">Tips for traveling to MD Anderson for cancer treatment</a></li>
109994  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/02/cll-patient-observations-from-an-mdanderson-
    …   waiting-area.html">CLL patient: Observations from an MD Anderson waiting
    …   area</a></li>
109995  </ul>
109996  </nav>
109997  </div>
109998  </section>
109999  </div>
110000  </div>
110001  </div></li>
110002  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/03.html">03</a>
110003  <div class="subnav-mask">
110004  <div class="subnav-wrapper">
110005  <div class="subnav col10 pad">
110006  <section class="nested">
110007  <div class="col4 main-column">
110008  <nav class="secondary">
110009  <ul>
110010  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/03.html"
    …   aria-label="Back to 03">03</a></li>
110011  <li class="primary-nav-item">
110012  <a href="/publications/cancerwise/2014/03.html" aria-label="03 Home">03 Home</a></li>
110013  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/4-tips-to-protect-your-colon.html">4 tips to
    …   protect your colon</a></li>
110014  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/colon-cancer-survivor-this-could-have-been-
    …   avoided-if-id-been-ge.html">Colon cancer survivor: &quot;This could have been avoided
    …   if I'd been
110015  getting my colonoscopies&quot;</a></li>
110016  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/my-ovarian-cancer-journey.html">My ovarian
    …   cancer journey</a></li>
110017  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/how-our-mom-chose-joy-during-cancer-treatment.
    …   html">How our mom chose joy during cancer treatment</a></li>
110018  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/what-does-a-research-nurse-do.html">What does
    …   a research nurse do?</a></li>
110019  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/mdandventures-my-husband-testicular-cancer-
    …   journey.html">#MDAadventures: My husband's testicular cancer journey</a></li>
110020  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/my-cancer-journey-receiving-a-breast-cancer-
    …   diagnosis-during-pre.html">My cancer journey: Receiving a breast cancer diagnosis
    …   during pregnancy</a></li>
110021  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/03/how-one-patients-colon-cancer-journey-changed-
    …   her-outlook.html">How one patient's colon cancer journey changed her outlook</a></li>
```

```
110022 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/esophageal-cancer-patient-what-i-learned-from-
    .. losing-my-hair.html">Esophageal cancer patient: What I learned from losing my
    .. hair</a></li>
110023 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/melanoma-survivor-pale-is-always-in.html">
    .. Melanoma survivor: Pale is always in</a></li>
110024 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/colon-cancer-patient-cancer-doesnt-have-to-be-
    .. a-death-sentence.html">Colon cancer patient: 'Cancer doesn't have to be a death
    .. sentence'</a></li>
110025 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/the-patient-paradox-planning-for-the-future-
    .. while-living-in-the-.html">The patient paradox: Planning for the future, while living
    .. in the moment</a></li>
110026 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/prostate-cancer-patient-gives-back-and-fights-
    .. back.html">Prostate cancer patient fights back and gives back</a></li>
110027 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/6-tips-for-coping-with-cancer-related-
    .. lymphedema.html">8 tips for coping with cancer-related lymphedema</a></li>
110028 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/cll-patient-on-cancer-treatment-it-takes-a-
    .. team.html">CLL patient on cancer treatment: It takes a team</a></li>
110029 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/brca-genetic-testing-for-breast-and-ovarian-
    .. cancers-easier-than-.html">BRCA genetic testing for breast and ovarian cancers: It's
    .. easier than
110030 you think</a></li>
110031 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/head-and-neck-cancer-patient-why-i-chose-
    .. mdanderson.html">Head and neck cancer patient: Why I chose MD Anderson</a></li>
110032 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/young-eye-cancer-patient-learns-about-the-
    .. science-behind-proton-.html">Young eye cancer patient learns about the science behind
    .. proton therapy</a></li>
110033 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/93-year-old-esophageal-cancer-survivor-makes-
    .. the-most-of-every-d.html">93-year-old esophageal cancer survivor makes the most of
    .. every day</a></li>
110034 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/03/chrondosarcoma-patient-when-there-isnt-
    .. anything-else-the-doctors.html">Chondosarcoma patient: When there isn't anything
    .. else the doctors can do</a></li>
110035 </ul>
110036 </nav>
110037 </div>
110038 </section>
110039 </div>
110040 </div>
110041 </div></li>
110042 <li class="primary-nav-item has-subnav"><a
    .. href="/publications/cancerwise/2014/04.html">04</a>
110043 <div class="subnav-mask">
110044 <div class="subnav-wrapper">
110045 <div class="subnav col10 pad">
110046 <section class="nested">
110047 <div class="col4 main-column">
110048 <nav class="secondary">
110049 <ul>
110050 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/04.html"
    .. aria-label="Back to 04">04</a></li>
110051 <li class="primary-nav-item">
110052 <a href="/publications/cancerwise/2014/04.html" aria-label="04 Home">04 Home</a></li>
110053 <li class="primary-nav-item"><a
    .. href="/publications/cancerwise/2014/04/hair-today-gone-tomorrow-losing-my-hair-during
    .. -thymoma-treatment.html">Hair today, gone tomorrow: Losing my hair during thymoma
    .. treatment</a></li>
```

```
110054  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/coping-with-anxiety-and-depression-during-and-
     ⋯  after-my-cancer-tr.html">Coping with anxiety and depression during and after my
     ⋯  melanoma treatment</a></li>
110055  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/ovarian-cancer-patient-how-i-turned-treatment-
     ⋯  trip-into-girls-weekend.html">Ovarian cancer survivor: How I turned a trip to MD
     ⋯  Anderson for cancer
110056  treatment into a girls' weekend</a></li>
110057  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/testicular-cancer-caregiver-how-planning-a-
     ⋯  wedding-during-cancer.html">Testicular cancer caregiver: How planning a wedding
     ⋯  during cancer
110058  treatment made us stronger</a></li>
110059  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/pancreatic-cancer-survivor-im-going-to-enjoy-
     ⋯  the-very-best-life-.html">Pancreatic cancer survivor: 'I'm going to enjoy the very
     ⋯  best life I can'</a></li>
110060  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/pain-during-cancer-treatment-6-strategies-for-
     ⋯  coping.html">Pain during cancer treatment: 6 strategies for coping</a></li>
110061  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/super-bowl-of-life-a-prostate-cancer-patient-
     ⋯  gets-the-gift-of-mo.html">'Super Bowl of life': Prostate cancer patient gets the gift
     ⋯  of more time</a></li>
110062  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/ovarian-cancer-patient-there-always-hope.html"
     ⋯  >Ovarian cancer patient: 'There's always hope'</a></li>
110063  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/lung-cancer-survivor-everything-changes-after-
     ⋯  cancer.html">Lung cancer survivor: 'Everything changes after cancer'</a></li>
110064  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/science-teacher-and-hodgkins-lymphoma-survivor
     ⋯  -receives-support-fr.html">8th grade science teacher and Hodgkin's lymphoma patient
     ⋯  receives
110065  support from students</a></li>
110066  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/non-hodgkin-lymphoma-survivor-life-is-precious
     ⋯  .html">Non-Hodgkin lymphoma survivor: 'Life is precious, and I'm living it'</a></li>
110067  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/more-than-a-thoracic-surgeon-reza-mehran-
     ⋯  cancer-survivor-adventure.html">More than a thoracic surgeon: Reza Mehran, M.D.,
     ⋯  cancer survivor and
110068  old-fashioned adventurer</a></li>
110069  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/how-an-oligodendroglioma-survivor-is-giving-
     ⋯  back.html">How an oligodendroglioma survivor is giving back</a></li>
110070  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/how-a-myelodysplastic-syndrome-survivor-found-
     ⋯  strength.html">How a myelodysplastic syndrome survivor found strength</a></li>
110071  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/cll-patient-my-spouse-my-caregiver.html">CLL
     ⋯  patient: My spouse, my caregiver</a></li>
110072  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/aspire-ing-for-a-tobacco-free-world.html">
     ⋯  ASPIRE-ing for a tobacco-free world</a></li>
110073  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/what-we-learned-from-hodgkins-lymphoma-journey
     ⋯  .html">What one couple learned from their Hodgkin's lymphoma journey</a></li>
110074  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/fda-tackles-ecigarettes-an-important-first-
     ⋯  step.html">FDA tackles e-cigarettes: An important first step</a></li>
110075  <li class="primary-nav-item"><a
     ⋯  href="/publications/cancerwise/2014/04/thymoma-patient-advice-for-cancer-patients-who
     ⋯  -feel-discouraged.html">Thymoma patient: Advice for cancer patients who feel
     ⋯  discouraged</a></li>
110076  </ul>
110077  </nav>
```

```
110078  </div>
110079  </section>
110080  </div>
110081  </div>
110082  </div></li>
110083  <li class="primary-nav-item has-subnav"><a
        href="/publications/cancerwise/2014/05.html">05</a>
110084  <div class="subnav-mask">
110085  <div class="subnav-wrapper">
110086  <div class="subnav col10 pad">
110087  <section class="nested">
110088  <div class="col4 main-column">
110089  <nav class="secondary">
110090  <ul>
110091  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/05.html"
        aria-label="Back to 05">05</a></li>
110092  <li class="primary-nav-item">
110093  <a href="/publications/cancerwise/2014/05.html" aria-label="05 Home">05 Home</a></li>
110094  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/seven-ways-to-fight-cancer-related-fatigue.
        html">7 ways to fight cancer-related fatigue</a></li>
110095  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/five-tips-from-my-mastectomy-experience.html">
        5 tips from my mastectomy experience</a></li>
110096  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/proton-therapy-center-eight-years-ofprogress-
        and-promise-for-can.html">Proton Therapy Center: Eight years of progress and promise
        for cancer treatment</a></li>
110097  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/small-lymphocytic-lymphoma-survivor-theres-so-
        much-hope-out-ther.html">Small lymphocytic lymphoma survivor: 'There's so much hope
        out there'</a></li>
110098  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/squamous-cell-carcinoma-patient-runs-28th-
        boston-marathon.html">Squamous cell carcinoma patient runs 28th Boston
        Marathon</a></li>
110099  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/how-a-melanoma-survivor-built-a-new-foundation
        -after-cancer.html">How a melanoma survivor built a new foundation after
        cancer</a></li>
110100  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/a-breast-cancer-survivor-reflects-on-the-
        meaning-of-mothers-day.html">A breast cancer survivor reflects on the meaning of
        Mother's Day</a></li>
110101  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/bile-duct-cancer-paitent-it-feels-like-hope.
        html">Bile duct cancer patient: 'It feels like hope'</a></li>
110102  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/melanoma-survivor-being-tan-is-not-worth-my-
        life.html">Melanoma survivor: 'Being tan is not worth my life'</a></li>
110103  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/ependymoma-survivor-overcomes-vision-loss-
        starts-career-in-music.html">Ependymoma survivor overcomes vision loss, making music
        career 'a real possibility'</a></li>
110104  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/glioblastoma-survivor-dont-ignore-the-symptoms
        .html">Glioblastoma survivor: Don't ignore the symptoms</a></li>
110105  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/small-cell-cervical-cancer-survivor-finds-
        support-online.html">Small cell cervical cancer (SCCC) survivor finds support
        online</a></li>
110106  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/how-an-anaplastic-astrocytoma-diagnosis-made-
        our-family-closer.html">How an anaplastic astrocytoma diagnosis made our family
        closer</a></li>
110107  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2014/05/receiving-an-aml-diagnosis-while-pregnant.html
        ">Receiving an AML diagnosis while pregnant: A survivor looks back</a></li>
```

```
110108  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/05/pediatric-osteosarcoma-survivor-prepares-for-
    …   us-paralympics-nati.html">Pediatric osteosarcoma survivor prepares for U.S.
    …   Paralympics</a></li>
110109  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/05/how-a-nurse-helped-me-through-my-sarcoma-
    …   treatment.html">How a nurse helped me through my sarcoma treatment</a></li>
110110  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/05/stepping-past-the-anal-cancer-stigma.html">
    …   Stepping past the anal cancer stigma</a></li>
110111  </ul>
110112  </nav>
110113  </div>
110114  </section>
110115  </div>
110116  </div>
110117  </div></li>
110118  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/06.html">06</a>
110119  <div class="subnav-mask">
110120  <div class="subnav-wrapper">
110121  <div class="subnav col10 pad">
110122  <section class="nested">
110123  <div class="col4 main-column">
110124  <nav class="secondary">
110125  <ul>
110126  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/06.html"
    …   aria-label="Back to 06">06</a></li>
110127  <li class="primary-nav-item">
110128  <a href="/publications/cancerwise/2014/06.html" aria-label="06 Home">06 Home</a></li>
110129  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-to-make-chemotherapy-less-miserable.html">
    …   How to make chemotherapy less miserable</a></li>
110130  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/celebrating-life-with-the-joy-diet.html">
    …   Celebrating life with the Joy Diet</a></li>
110131  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-our-healthy-living-garden-helps-cancer-
    …   patients-and-survivor.html">How our Healthy Living Garden helps cancer patients and
    …   survivors</a></li>
110132  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-the-fault-is-in-our-stars-helped-me-
    …   through-medulloblastoma-.html">How 'The Fault in our Stars' helped me through
    …   medulloblastoma treatment</a></li>
110133  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-i-beat-cervical-cancer.html">How I beat
    …   cervical cancer</a></li>
110134  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/a-cancer-survivor-guide-to-sun-safety.html">A
    …   cancer survivor's guide to sun safety</a></li>
110135  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-my-terminal-prostate-cancer-diagnosis-
    …   changed-me.html">How my terminal prostate cancer diagnosis changed me</a></li>
110136  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/lymphoma-survivor-becomes-mother-again-five-
    …   years-after-cancer-t.html">Lymphoma survivor becomes mother again five years after
    …   cancer treatment</a></li>
110137  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-i-coped-with-lymphedema.html">How I coped
    …   with lymphedema</a></li>
110138  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/how-our-skybridge-cart-drivers-build-
    …   connections.html">How our skybridge cart drivers build connections</a></li>
110139  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/06/dance-like-nobodys-watching-and-other-advice-
    …   from-a-bile-duct-ca.html">Dance like nobody's watching and other advice from a bile
    …   duct cancer patient</a></li>
110140  <li class="primary-nav-item"><a
```

```
110140… href="/publications/cancerwise/2014/06/peripheral-neuropathy-in-cancer-patients.html"
   … >Peripheral neuropathy in cancer patients</a></li>
110141 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/giving-back-to-support-glioblastoma-research.
   … html">Giving back to support glioblastoma research</a></li>
110142 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-rehabilitation-services-helps-our-cancer-
   … patients.html">How Rehabilitation Services helps our cancer patients</a></li>
110143 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/cancer-researcher-by-day-lego-designer-by-
   … night.html">Leukemia researcher by day, LEGO designer by night</a></li>
110144 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/thymoma-patient-on-having-a-rare-cancer.html">
   … Thymoma patient on having a rare cancer</a></li>
110145 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/how-were-helping-stem-cell-transplant-patients
   … -stay-alive.html">How we're helping stem cell transplant patients stay
   … active</a></li>
110146 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/what-to-expect-during-a-clinical-trial.html">
   … What to expect during a clinical trial</a></li>
110147 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/uterine-cancer-survivor-how-yoga-helped-save-
   … my-life.html">Uterine cancer survivor: How yoga helped save my life</a></li>
110148 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/06/night-watch-our-nocturnal-program-teams-work-
   … dust-til-dawn.html">Night watch: Our Nocturnal Program teams work dusk 'til
   … dawn</a></li>
110149 </ul>
110150 </nav>
110151 </div>
110152 </section>
110153 </div>
110154 </div>
110155 </div></li>
110156 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2014/07.html">07</a>
110157 <div class="subnav-mask">
110158 <div class="subnav-wrapper">
110159 <div class="subnav col10 pad">
110160 <section class="nested">
110161 <div class="col4 main-column">
110162 <nav class="secondary">
110163 <ul>
110164 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/07.html"
   … aria-label="Back to 07">07</a></li>
110165 <li class="primary-nav-item">
110166 <a href="/publications/cancerwise/2014/07.html" aria-label="07 Home">07 Home</a></li>
110167 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/how-cancer-changed-the-way-i-use-my-time.html"
   … >How cancer changed the way I use my time</a></li>
110168 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/advice-from-a-breast-cancer-survivor.html">
   … Advice from a breast cancer survivor</a></li>
110169 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/breast-cancer-survivor-celebrates-second-
   … chance-with-537-mile-bi.html">Breast cancer survivor celebrates second chance with
   … 537-mile bike ride</a></li>
110170 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/five-common-breast-reconstruction-myths.html">
   … 5 common breast reconstruction myths</a></li>
110171 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/facing-breast-cancer-treatment-without-fear.
   … html">Facing breast cancer treatment without fear</a></li>
110172 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2014/07/facing-melanoma-as-a-teenager.html">Facing
   … melanoma as a teenager</a></li>
110173 <li class="primary-nav-item"><a
```

```
110173… href="/publications/cancerwise/2014/07/my-colon-cancer-journey.html">My colon cancer
     … journey</a></li>
110174 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/four-tips-for-exercising-during-cancer-
     … treatment.html">4 tips for exercising during cancer treatment</a></li>
110175 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/medulloblastoma-cancer-patient-camp-star-
     … trails.html">How a week at camp made a difference for a young medulloblastoma
     … patient</a></li>
110176 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/why-i-chose-md-anderson-for-breast-cancer-
     … treatment.html">Why I chose MD Anderson for breast cancer treatment</a></li>
110177 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/how-social-work-counselors-help-our-cancer-
     … paitents.html">How social work counselors help our cancer patients</a></li>
110178 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/how-our-childrens-cancer-hospital-school-helps
     … -our-pediatric-pat.html">How our Children's Cancer Hospital school helps our
     … pediatric patients</a></li>
110179 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/honoring-a-brothers-legacy-by-supporting-brain
     … -cancer-research.html">Honoring a brother's legacy by supporting brain cancer
     … research</a></li>
110180 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/my-husbands-courageous-hemangiopericytoma-
     … journey.html">My husband's courageous hemangiopericytoma journey</a></li>
110181 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/five-ways-to-make-cancer-treatment-more-fun.
     … html">5 ways to make cancer treatment more fun</a></li>
110182 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/young-proton-therapy-warrior-legacy-of-giving-
     … continues.html">Young proton therapy warrior's legacy of giving continues</a></li>
110183 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/07/my-stem-cell-transplant-my-rebirth.html">My
     … stem cell transplant, my rebirth</a></li>
110184 </ul>
110185 </nav>
110186 </div>
110187 </section>
110188 </div>
110189 </div>
110190 </div></li>
110191 <li class="primary-nav-item has-subnav"><a
     … href="/publications/cancerwise/2014/08.html">08</a>
110192 <div class="subnav-mask">
110193 <div class="subnav-wrapper">
110194 <div class="subnav col10 pad">
110195 <section class="nested">
110196 <div class="col4 main-column">
110197 <nav class="secondary">
110198 <ul>
110199 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/08.html"
     … aria-label="Back to 08">08</a></li>
110200 <li class="primary-nav-item"><a
110201 <a href="/publications/cancerwise/2014/08.html" aria-label="08 Home">08 Home</a></li>
110202 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/08/how-i-learned-to-find-peace-in-times-of-
     … uncertainty.html">How I learned to find peace in times of uncertainty</a></li>
110203 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/08/survivor-raises-awareness-for-breast-implant-
     … associated-anaplast.html">Raising awareness for breast implant-associated anaplastic
     … large cell lymphoma</a></li>
110204 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/08/my-sarcoma-journey.html">My sarcoma
     … journey</a></li>
110205 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2014/08/waiting-for-my-anal-cancer-scan-results.html">
     … Waiting for my anal cancer scan results</a></li>
```

```
110206 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/appendix-cancer-caregiver-on-learning-to-open-
 ...   up.html">Appendix cancer caregiver on learning to open up</a></li>
110207 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/surviving-melanoma-in-high-school.html">
 ...   Surviving melanoma during high school</a></li>
110208 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/i-just-found-ouf-i-carry-the-brca1-genetic-
 ...   mutation-and-im-not-f.html">I just found out I carry the BRCA 1 genetic mutation, and
 ...   I'm not
110209 freaking out</a></li>
110210 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/the-silver-lining-in-a-pediatric-osteosarcoma-
 ...   diagnosis.html">The silver lining in a pediatric osteosarcoma diagnosis</a></li>
110211 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/a-day-in-the-life-of-a-stem-cell-transplant-
 ...   patient.html">A day in the life of a stem cell transplant patient</a></li>
110212 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/learning-to-let-others-help-me-through-a-
 ...   mastectomy.html">Learning to let others help me through a mastectomy</a></li>
110213 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/what-happens-when-you-send-a-letter-to-patient
 ...   -care-team.html">What happens when you send a letter to a patient or your care
 ...   team?</a></li>
110214 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/how-a-pacu-nurse-helps-our-patients-one-smile-
 ...   at-a-time.html">How a PACU nurse helps our patients, one smile at a time</a></li>
110215 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/patients-strut-their-stuff-during-holiday-
 ...   parades.html">Patients strut their stuff during holiday parades</a></li>
110216 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/how-we-help-cancer-caregivers.html">How we
 ...   help cancer caregivers</a></li>
110217 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/-what-you-should-know-about-bladder-cancer.
 ...   html">What you should know about bladder cancer</a></li>
110218 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/08/kyssi-andrews-three-lessons-on-coping-with-
 ...   hair-loss.html">Kyssi Andrews' three lessons on coping with hair loss</a></li>
110219 </ul>
110220 </nav>
110221 </div>
110222 </section>
110223 </div>
110224 </div>
110225 </div></li>
110226 <li class="primary-nav-item has-subnav"><a
 ...   href="/publications/cancerwise/2014/09.html">09</a>
110227 <div class="subnav-mask">
110228 <div class="subnav-wrapper">
110229 <div class="subnav col10 pad">
110230 <section class="nested">
110231 <div class="col4 main-column">
110232 <nav class="secondary">
110233 <ul>
110234 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/09.html"
 ...   aria-label="Back to 09">09</a></li>
110235 <li class="primary-nav-item">
110236 <a href="/publications/cancerwise/2014/09.html" aria-label="09 Home">09 Home</a></li>
110237 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/09/how-mdanderson-clinical-trials-are-helping-
 ...   cancer-patients.html">How MD Anderson clinical trials are helping cancer
 ...   patients</a></li>
110238 <li class="primary-nav-item"><a
 ...   href="/publications/cancerwise/2014/09/how-an-art-project-gave-our-patients-hope-and-
 ...   community.html">How a dragon sculpture fueled hope and community for our
 ...   patients</a></li>
110239 <li class="primary-nav-item"><a
```

```
110239… href="/publications/cancerwise/2014/09/how-my-daughters-childhood-cancer-
    …   medulloblastoma-diagnosis-cha.html">How my daughter's childhood cancer diagnosis
    …   changed our lives</a></li>
110240 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-does-a-physician-assistant-do.html">What
    …   does a physician assistant do?</a></li>
110241 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-cancer-survivorship-means-to-me.html">
    …   What cancer survivorship means to me</a></li>
110242 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/my-bladder-cancer-journey.html">My bladder
    …   cancer journey</a></li>
110243 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/the-questions-people-ask-about-my-thymoma.html
    …   ">Questions people ask about my thymoma</a></li>
110244 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/wisdom-from-a-5-time-cancer-survivor.html">
    …   Wisdom from a 5-time cancer survivor</a></li>
110245 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/losing-my-hair-during-ovarian-cancer-treatment
    …   .html">Losing my hair during ovarian cancer treatment</a></li>
110246 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-to-say-to-someone-with-cancer.html">What
    …   to say to someone with cancer</a></li>
110247 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/a-stem-cell-transplant-patients-tips-for-
    …   recovery.html">A stem cell transplant patient's tips for recovery</a></li>
110248 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/19-ways-to-help-someone-with-cancer.html">19
    …   ways to help someone with cancer</a></li>
110249 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-my-family-learned-from-life-after-
    …   melanoma-treatment.html">What my family learned from life after melanoma
    …   treatment</a></li>
110250 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/5-tips-for-dealing-with-chemotherapy.html">5
    …   tips for dealing with chemotherapy</a></li>
110251 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/what-should-you-pack-for-cancer-treatment.html
    …   ">What should you pack for cancer treatment?</a></li>
110252 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/why-i-chose-mdanderson-for-my-mastectomy.html"
    …   >Why I chose MD Anderson for my mastectomy</a></li>
110253 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/coping-with-physical-changes-after-sarcoma-
    …   surgery.html">Coping with physical changes after sarcoma surgery</a></li>
110254 <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/09/an-insiders-guide-to-md-anderson.html">An
    …   insider's guide to MD Anderson</a></li>
110255 </ul>
110256 </nav>
110257 </div>
110258 </section>
110259 </div>
110260 </div>
110261 </div></li>
110262 <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/10.html">10</a>
110263 <div class="subnav-mask">
110264 <div class="subnav-wrapper">
110265 <div class="subnav col10 pad">
110266 <section class="nested">
110267 <div class="col4 main-column">
110268 <nav class="secondary">
110269 <ul>
110270 <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/10.html"
    …   aria-label="Back to 10">10</a></li>
110271 <li class="primary-nav-item">
```

```
110272  <a href="/publications/cancerwise/2014/10.html" aria-label="10 Home">10 Home</a></li>
110273  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/finding-life-and-hope-at-md-anderson.html">
    …   Finding life and hope at MD Anderson</a></li>
110274  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/how-a-cml-clinical-trial-and-gleevec-saved-my-
    …   life.html">How a CML clinical trial and Gleevec saved my life</a></li>
110275  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/how-connecting-with-another-vulvar-cancer-
    …   patient-helped-med.html">How connecting with another vulvar cancer patient helped
    …   me</a></li>
110276  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/my-letter-to-cancer.html">My letter to
    …   cancer</a></li>
110277  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/how-i-recovered-from-esophageal-cancer-surgery
    …   .html">How I recovered from esophageal cancer surgery</a></li>
110278  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/choosing-how-to-share-your-cancer-journey.html
    …   ">Choosing how to share your cancer journey</a></li>
110279  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/maintaining-optimism-during-kidney-cancer.html
    …   ">Maintaining optimism during kidney cancer</a></li>
110280  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/staying-healthy-after-cancer.html">Staying
    …   healthy after cancer</a></li>
110281  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/from-pediatric-burkitts-lymphoma-patient-to-
    …   cancer-researcher.html">From pediatric Burkitt's lymphoma patient to cancer
    …   researcher</a></li>
110282  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/hidden-history-in-md-andersons-main-building.
    …   html">Hidden history in MD Anderson's Main Building</a></li>
110283  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/first-person-getting-to-know-cardiothoracic-
    …   surgeon-stephen-swis.html">First person: Getting to know cardiothoracic surgeon
    …   Stephen Swisher, M.D.</a></li>
110284  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/coping-with-gvhd-after-my-stem-cell-transplant
    …   .html">Coping with GVHD after my stem cell transplant</a></li>
110285  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/coping-with-leukemia-and-lymphoma-in-my-20s.
    …   html">Coping with leukemia and lymphoma in my 20s</a></li>
110286  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/how-our-research-helps-cancer-patients.html">
    …   How our research helps cancer patients</a></li>
110287  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/aml-survivor-discovers-life-after-cancer.html"
    …   >AML survivor discovers life after cancer</a></li>
110288  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/what-to-know-about-lung-cancer-screening-
    …   treatment-and-research.html">What to know about lung cancer screening, treatment and
    …   research</a></li>
110289  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/10/what-to-expect-during-a-ct-scan.html">What to
    …   expect during a CT scan</a></li>
110290  </ul>
110291  </nav>
110292  </div>
110293  </section>
110294  </div>
110295  </div>
110296  </div></li>
110297  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2014/11.html">11</a>
110298  <div class="subnav-mask">
110299  <div class="subnav-wrapper">
110300  <div class="subnav col10 pad">
```

```
110301  <section class="nested">
110302  <div class="col4 main-column">
110303  <nav class="secondary">
110304  <ul>
110305  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/11.html"
     …  aria-label="Back to 11">11</a></li>
110306  <li class="primary-nav-item">
110307  <a href="/publications/cancerwise/2014/11.html" aria-label="11 Home">11 Home</a></li>
110308  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/my-colon-cancer-journey.html">My colon cancer
     …  journey</a></li>
110309  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/17-things-that-make-md-anderson-unique.html">
     …  17 things that set MD Anderson apart</a></li>
110310  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/how-a-houston-breast-cancer-patient-chose-to-
     …  stay-positive-durin.html">How a Houston breast cancer patient chose to stay positive
     …  during cancer treatment</a></li>
110311  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/the-faces-of-cancer.html">The faces of
     …  cancer</a></li>
110312  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/infant-leukemia-survivor-reflects-on-the-
     …  hospital-that-raised-me.html">Infant leukemia survivor reflects on 'the hospital that
     …  raised me'</a></li>
110313  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/facing-uncertainty-after-thymoma-treatment.
     …  html">Facing uncertainty after thymoma treatment</a></li>
110314  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/making-peace-with-vulvar-cancer-diagnosis.html
     …  ">Making peace with my vulvar cancer diagnosis</a></li>
110315  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/dating-after-tongue-cancer.html">Dating after
     …  tongue cancer</a></li>
110316  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/a-stem-cell-transplant-patient-looks-to-
     …  returning-home.html">A stem cell transplant patient looks to returning home</a></li>
110317  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/what-my-kids-should-know-about-sun-safety.html
     …  ">What my kids should know about sun safety</a></li>
110318  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/why-im-thankful-after-my-esophageal-cancer-
     …  diagnosis.html">Why I'm thankful after my esophageal cancer diagnosis</a></li>
110319  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/4-holiday-party-tips-for-cancer-patients.html"
     …  >4 holiday party tips for cancer patients</a></li>
110320  <li class="primary-nav-item"><a
     …  href="/publications/cancerwise/2014/11/11-tips-for-cancer-caregivers-from-our-
     …  facebook-community.html">11 tips for cancer caregivers from our Facebook
     …  community</a></li>
110321  </ul>
110322  </nav>
110323  </div>
110324  </section>
110325  </div>
110326  </div>
110327  </div></li>
110328  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/cancerwise/2014/12.html">12</a>
110329  <div class="subnav-mask">
110330  <div class="subnav-wrapper">
110331  <div class="subnav col10 pad">
110332  <section class="nested">
110333  <div class="col4 main-column">
110334  <nav class="secondary">
110335  <ul>
110336  <li class="mobile-nav-back"><a href="/publications/cancerwise/2014/12.html"
     …  aria-label="Back to 12">12</a></li>
```

```
110337  <li class="primary-nav-item"><a
110338  <a href="/publications/cancerwise/2014/12.html" aria-label="12 Home">12 Home</a></li>
110339  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/why-a-sarcoma-patient-loved-celebrating-the-
    …   holidays-at-md-ander.html">Why a sarcoma patient loved celebrating the holidays at MD
    …   Anderson</a></li>
110340  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/what-to-expect-when-you-get-an-ultrasound.html
    …   ">What to expect when you get an ultrasound</a></li>
110341  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/how-ive-made-traveling-for-cancer-treatment-
    …   easier.html">How I've made traveling for cancer treatment easier</a></li>
110342  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/beating-cancer-related-fatigue-with-
    …   progressive-muscle-relaxatio.html">Beating cancer-related fatigue with progressive
    …   muscle relaxation</a></li>
110343  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/whats-the-best-gift-for-a-cancer-patient-or-
    …   caregiver.html">What's the best gift for a cancer patient or caregiver?</a></li>
110344  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/getting-to-know-margaret-row-md.html">Getting
    …   to know Margaret Row, M.D.</a></li>
110345  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/how-martial-arts-became-a-way-of-life-for-
    …   thomas-rahlfs-md.html">How martial arts became a way of life for Thomas Rahlfs,
    …   M.D.</a></li>
110346  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/how-our-busy-employees-get-exercise.html">How
    …   our busy employees get exercise</a></li>
110347  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/understanding-the-new-hpv-vaccine.html">
    …   Understanding the new HPV vaccine</a></li>
110348  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-of-hope.html">
    …   Best of Cancerwise 2014: Stories of hope</a></li>
110349  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/remembering-my-first-christmas-with-aml.html">
    …   Remembering my first Christmas with AML</a></li>
110350  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-30-ways-to-make-life-
    …   better-for-someone-.html">Best of Cancerwise 2014: 30 ways to make life better for
    …   someone with cancer</a></li>
110351  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/our-experts-most-helpful-insight-from-2014.
    …   html">Our experts' most helpful insight from 2014</a></li>
110352  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-advice-from-our-cancer
    …   -patients.html">Best of Cancerwise 2014: Advice from our cancer patients</a></li>
110353  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2014/12/best-of-cancerwise-2014-stories-for-cancer-
    …   caregivers.html">Best of Cancerwise 2014: Stories for cancer caregivers</a></li>
110354  </ul>
110355  </nav>
110356  </div>
110357  </section>
110358  </div>
110359  </div>
110360  </div></li>
110361  </ul>
110362  </nav>
110363  </div>
110364  </section>
110365  </div>
110366  </div>
110367  </div></li>
110368  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2013.html">2013</a>
110369  <div class="subnav-mask">
```

```
110370  <div class="subnav-wrapper">
110371  <div class="subnav col10 pad">
110372  <section class="nested">
110373  <div class="col4 main-column">
110374  <nav class="secondary">
110375  <ul>
110376  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013.html"
    …   aria-label="Back to 2013">2013</a></li>
110377  <li class="primary-nav-item">
110378  <a href="/publications/cancerwise/2013.html" aria-label="2013 Home">2013
    …   Home</a></li>
110379  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2013/01.html">01</a>
110380  <div class="subnav-mask">
110381  <div class="subnav-wrapper">
110382  <div class="subnav col10 pad">
110383  <section class="nested">
110384  <div class="col4 main-column">
110385  <nav class="secondary">
110386  <ul>
110387  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/01.html"
    …   aria-label="Back to 01">01</a></li>
110388  <li class="primary-nav-item">
110389  <a href="/publications/cancerwise/2013/01.html" aria-label="01 Home">01 Home</a></li>
110390  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/cervical-cancer-patient-gets-inspired-after-
    …   cervix-cancer.html">Inspiration from an unexpected detour</a></li>
110391  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/having-cancer-and-young-children-a-mothers-
    …   advice.html">Having cancer and young children: A mother's advice</a></li>
110392  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/family-gets-screened-for-esophageal-cancer.
    …   html">Family gets screened for esophageal cancer for mother's 90th birthday</a></li>
110393  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/young-cancer-patients-positive-impact-on-
    …   childhood-cancer.html">Young cancer patients' positive imPACT</a></li>
110394  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/my-male-breast-cancer-gave-me-a-new-
    …   appreciation-for-md-anderson.html">Man in pink: How my male breast cancer helped me
    …   appreciate MD Anderson</a></li>
110395  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/male-breast-cancer-what-men-should-know.html">
    …   Male breast cancer: What men should know</a></li>
110396  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/how-to-improve-your-diet-and-take-healthy-
    …   bites-in-2013.html">Q&amp;A: How to improve your diet and take Healthy Bites in
    …   2013</a></li>
110397  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/support-groups-a-cancer-patients-best-friend-
    …   and-best-weapon.html">Support groups: A cancer patient's best friend and best
    …   weapon</a></li>
110398  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/after-my-stem-cell-transplant-becoming-myself-
    …   again.html">After my stem cell transplant: Becoming myself again</a></li>
110399  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/cervical-cancer-what-you-need-to-know.html">
    …   Cervical cancer: What you need to know</a></li>
110400  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/the-cancer-experience-finding-similarities.
    …   html">The cancer experience: Finding similarities in our unique experiences</a></li>
110401  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/studies-aim-to-improve-quality-of-life-for-
    …   lung-cancer-patients.html">Studies aim to improve quality of life for lung cancer
    …   patients</a></li>
110402  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/counseling-provides-comfort-for-mother.html">
    …   Counseling provides comfort for mother grieving son's death</a></li>
110403  <li class="primary-nav-item"><a
```

```
110403  href="/publications/cancerwise/2013/01/uterine-cancer-survivor-reflects-on-her-
    …   journey.html">Falling off the edge of a cliff</a></li>
110404  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/getting-married-after-cancer-leukemia-patient-
    …   deals-with-guilt.html">Getting married after cancer: Guilt is part of the
    …   diagnosis</a></li>
110405  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/how-t-cell-therapy-helped-melanoma-patient.
    …   html">How T-cell therapy helped my son enjoy a normal college life</a></li>
110406  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/cancer-treatment-setting-priorities.html">
    …   Setting priorities during cancer treatment</a></li>
110407  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/how-to-quit-smoking.html">How to quit
    …   smoking</a></li>
110408  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/brain-tumor-navigating-a-glioblastoma-
    …   multiforme-brain-cancer-su.html">Navigating a brain tumor: Cry, love and
    …   share</a></li>
110409  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/01/patient-and-volunteer-dedicates-his.html">
    …   Cancer patient and volunteer dedicates his time to help others</a></li>
110410  </ul>
110411  </nav>
110412  </div>
110413  </section>
110414  </div>
110415  </div>
110416  </div></li>
110417  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2013/02.html">02</a>
110418  <div class="subnav-mask">
110419  <div class="subnav-wrapper">
110420  <div class="subnav col10 pad">
110421  <section class="nested">
110422  <div class="col4 main-column">
110423  <nav class="secondary">
110424  <ul>
110425  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/02.html"
    …   aria-label="Back to 02">02</a></li>
110426  <li class="primary-nav-item">
110427  <a href="/publications/cancerwise/2013/02.html" aria-label="02 Home">02 Home</a></li>
110428  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/proton-therapy-child-life-specialist-makes-a-
    …   big-difference-for-.html">Child life specialist makes a big difference for one young
    …   patient</a></li>
110429  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/triple-negative-breast-cancer-second-opinion-
    …   why-it-matters.html">Getting a second opinion: Why it matters</a></li>
110430  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/massage-for-cancer-patients-cancer-massage.
    …   html">Massage for cancer patients: 4 tips to find a qualified therapist</a></li>
110431  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/couple-fights-leukemia-together.html">Couple
    …   fights leukemia together as they celebrate their first anniversary</a></li>
110432  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/heart-disease-and-cancer-get-the-facts.html">
    …   Heart disease and cancer: Get the facts</a></li>
110433  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/strengthening-relationships-during-the-cancer-
    …   journey.html">Strengthening relationships during the cancer journey</a></li>
110434  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/your-diet-taking-small-steps-to-improve-your-
    …   health.html">Your diet: When small steps equal big change</a></li>
110435  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/02/ependymoma-patient-no-longer-takes-anything-
    …   for-granted.html">Ependymoma patient no longer takes anything for granted</a></li>
110436  <li class="primary-nav-item"><a
```

```
110436…  href="/publications/cancerwise/2013/02/adoption-after-cancer.html">Adoption after
  …     cancer</a></li>
110437  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/a-trusted-resource-the-learning-center-helps-
  …     patients-stay-infor.html">A trusted resource: The Learning Center helps patients stay
  …     informed</a></li>
110438  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/program-addresses-body-image-concerns.html">
  …     Program addresses body image concerns</a></li>
110439  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/male-breast-cancer-my-last-chemotherapy-
  …     treatment.html">Man in Pink: My last chemotherapy treatment</a></li>
110440  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/preparing-for-your-first-visit-at-md-anderson-
  …     a-patients-advice.html">Preparing for your first visit at MD Anderson: A patient's
  …     advice</a>
110441  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/top-spots-and-tips-for-teens-and-young-adults-
  …     at-md-anderson.html">Top spots and tips for teens and young adults at MD
  …     Anderson</a></li>
110442  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/how-staying-active-and-t-cell-treatment-have-
  …     helped-me-overcome-.html">How staying active and T-cell treatment have helped me
  …     overcome
110443  metastatic melanoma</a></li>
110444  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/02/ct-and-mri-scans-tips.html">CT and MRI scans:
  …     Tips for coping with stress</a></li>
110445  </ul>
110446  </nav>
110447  </div>
110448  </section>
110449  </div>
110450  </div>
110451  </div></li>
110452  <li class="primary-nav-item has-subnav"><a
  …     href="/publications/cancerwise/2013/03.html">03</a>
110453  <div class="subnav-mask">
110454  <div class="subnav-wrapper">
110455  <div class="subnav col10 pad">
110456  <section class="nested">
110457  <div class="col4 main-column">
110458  <nav class="secondary">
110459  <ul>
110460  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/03.html"
  …     aria-label="Back to 03">03</a></li>
110461  <li class="primary-nav-item">
110462  <a href="/publications/cancerwise/2013/03.html" aria-label="03 Home">03 Home</a></li>
110463  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/common-myths-about-cancer-doctors.html">4
  …     common myths about cancer doctors</a></li>
110464  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/know-your-colon-cancer-risks-get-screened.html
  …     ">Know your colon cancer risks: Get screened</a></li>
110465  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me.html">
  …     How pre-surgery visualization helped me</a></li>
110466  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/how-pre-surgery-visualization-helped-me-part-
  …     ii.html">How pre-surgery visualization helped me: Part II</a></li>
110467  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/brain-tumor-a-musician-writes-his-first-song-
  …     before-brain-surger.html">A musician writes his first song before brain
  …     surgery</a></li>
110468  <li class="primary-nav-item"><a
  …     href="/publications/cancerwise/2013/03/stem-cell-transplant-survivor-life-after-
  …     myelodysplastic-syndrom.html">My new normal: Life after myelodysplastic
  …     syndrome</a></li>
```

```
110469  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/what-to-expect-on-your-first-day-of-
    …    chemotherapy.html">What to expect on your first day of chemotherapy</a></li>
110470  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/melanoma-skin-cancer-what-you-need-to-know.
    …    html">Q&amp;A: Focus on skin melanoma</a></li>
110471  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/from-employee-to-caregiver-my-new-perspective-
    …    on-md-anderson.html">From employee to caregiver: My new perspective on MD
    …    Anderson</a></li>
110472  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/anxiety-and-cancer-my-fear-of-upcoming-scans.
    …    html">Anxiety and cancer: My fear of upcoming scans</a></li>
110473  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/6-tips-to-cope-with-a-cancer-diagnosis.html">6
    …    tips to cope with a cancer diagnosis</a></li>
110474  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/multiple-myeloma-patient-cancer-wont-slow-me-
    …    down.html">Multiple myeloma patient: Cancer won't slow me down</a></li>
110475  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/cancer-we-didnt-deserve-this.html">Cancer: We
    …    didn't deserve this</a></li>
110476  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/pancreatic-cancer-patient-traveling-to-md-
    …    anderson-for-treatment.html">Pancreatic cancer patient: Traveling to MD Anderson for
    …    treatment</a></li>
110477  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/traveling-and-staying-connecting-during-cancer
    …    -treatment.html">Traveling and staying connected during cancer treatment</a></li>
110478  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/4-myths-about-chemotherapy.html">4 myths about
    …    chemotherapy</a></li>
110479  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/colon-cancer-remembering-my-father-as-mother-
    …    battles-breast-canc.html">Losing my father to cancer: Angels watching over
    …    us</a></li>
110480  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/03/brain-cancer-a-dream-come-true.html">Brain
    …    cancer: A dream come true</a></li>
110481  </ul>
110482  </nav>
110483  </div>
110484  </section>
110485  </div>
110486  </div>
110487  </div></li>
110488  <li class="primary-nav-item has-subnav"><a
    …    href="/publications/cancerwise/2013/04.html">04</a>
110489  <div class="subnav-mask">
110490  <div class="subnav-wrapper">
110491  <div class="subnav col10 pad">
110492  <section class="nested">
110493  <div class="col4 main-column">
110494  <nav class="secondary">
110495  <ul>
110496  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/04.html"
    …    aria-label="Back to 04">04</a></li>
110497  <li class="primary-nav-item">
110498  <a href="/publications/cancerwise/2013/04.html" aria-label="04 Home">04 Home</a></li>
110499  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/04/t-cell-therapy-helps-father-overcome-
    …    metastatic-melanoma.html">T-cell therapy helps father overcome metastatic
    …    melanoma</a></li>
110500  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/04/cord-blood-donation-provides-a-life-saving-
    …    option.html">Cord blood provides a life-saving option</a></li>
110501  <li class="primary-nav-item"><a
    …    href="/publications/cancerwise/2013/04/understanding-glioblastoma.html">Q&amp;A:
```

```
110501… Understanding glioblastoma</a></li>
110502 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/support-for-breast-cancer-patients-with-body-
    … image-concerns.html">Support for breast cancer patients with body image
    … concerns</a></li>
110503 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/cancer-patient-how-exercise-makes-a-difference
    … .html">Cancer patient: How exercise makes a difference</a></li>
110504 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/lung-cancer-survivor-hopes-to-inspire-others.
    … html">Lung cancer survivor trains for triathlon</a></li>
110505 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/practicing-self-care-through-journaling.html">
    … Journaling your way through cancer</a></li>
110506 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/a-caregivers-advice-how-to-help-a-dying-
    … patients-family.html">A caregiver's advice: How to help a dying patient's
    … family</a></li>
110507 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/your-first-mammogram-10-things-to-expect.html"
    … >Your first mammogram: 10 things to expect</a></li>
110508 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/cancer-patients-get-genetic-counseling-before-
    … testing.html">Cancer patients: Get genetic counseling before testing</a></li>
110509 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/advance-care-planning-4-steps-for-planning-
    … your-future.html">Advance care planning: 6 steps for planning your future</a></li>
110510 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/when-a-parent-has-cancer-helping-teens-and-
    … kids-cope.html">When a parent has cancer: Helping teens and kids cope</a></li>
110511 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/sexual-problems-and-cancer-dont-ignore-it.html
    … ">Sexual problems and cancer: Don't ignore it</a></li>
110512 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/radiation-therapy-for-cancer-treatment.html">
    … Cancer treatment: Radiation therapy explained</a></li>
110513 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/international-gastroesophageal-cancer-patient-
    … fights-cancer-with.html">International gastroesophageal cancer patient fights cancer
    … with a smile</a></li>
110514 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/healthy-dining-options-at-md-anderson.html">
    … Healthy dining options at MD Anderson</a></li>
110515 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/04/brain-tumor-focus-on-brain-surgery.html">Q&amp
    … ;A: Focus on brain surgery</a></li>
110516 </ul>
110517 </nav>
110518 </div>
110519 </section>
110520 </div>
110521 </div>
110522 </div></li>
110523 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2013/05.html">05</a>
110524 <div class="subnav-mask">
110525 <div class="subnav-wrapper">
110526 <div class="subnav col10 pad">
110527 <section class="nested">
110528 <div class="col4 main-column">
110529 <nav class="secondary">
110530 <ul>
110531 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/05.html"
    … aria-label="Back to 05">05</a></li>
110532 <li class="primary-nav-item">
110533 <a href="/publications/cancerwise/2013/05.html" aria-label="05 Home">05 Home</a></li>
110534 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2013/05/moms-with-cancer-making-mothers.html">Moms
```

```
110534 ... with Cancer: Making Mother's Day Memories</a></li>
110535 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/cancer-survivor-at-the-boston-marathon.html">
   ... Cancer survivor: What I learned about myself at the Boston Marathon</a></li>
110536 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/inflammatory-breast-cancer-how-md-anderson-is-
   ... leading-in-breast-.html">Inflammatory Breast Cancer: How MD Anderson is leading the
   ... fight</a></li>
110537 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/meeting-the-geriatrician-a-cancer.html">
   ... Meeting the geriatrician: A cancer diagnosis' silver lining</a></li>
110538 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/md-anderson-nurses-the-heart-of-the-hospital.
   ... html">MD Anderson nurses: The heart of the hospital</a></li>
110539 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/my-ovarian-cancer-diagnosis-my-journey-to-heal
   ... .html">My ovarian cancer diagnosis: My journey to heal</a></li>
110540 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/teacher-goes-through-cancer-treatment-with-
   ... students-by-her-side.html">Teacher copes with cancer with students' support</a></li>
110541 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/celebrating-my-mom-after-her-cancer-diagnosis.
   ... html">Celebrating my mom after her cancer diagnosis</a></li>
110542 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/how-a-colon-cancer-caregiver-learned-to-live-
   ... in-the-moment.html">How a colon cancer caregiver learned to live in the
   ... moment</a></li>
110543 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/cervical-cancer-patient-my-journey-from-
   ... diagnosis-to-recurrence.html">Cervical cancer patient: My journey from diagnosis to
   ... recurrence</a></li>
110544 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/md-anderson-childrens-cancer-hospital-comes-of
   ... -age.html">MD Anderson Children's Cancer Hospital comes of age</a></li>
110545 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/donate-blood-and-give-blood-donation-make-
   ... yourself-proud.html">Donate blood and make yourself proud</a></li>
110546 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/preventive-double-mastectomy-a-breast-cancer-
   ... survivors-take.html">Preventive double mastectomy: A breast cancer survivor's
   ... take</a></li>
110547 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/new-patient-advice-for-first-visit-to-md-
   ... anderson.html">New patient advice from veteran MD Anderson patients and
   ... caregivers</a></li>
110548 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/my-husbands-pancreatic-cancer-treatment-a-
   ... cancer-caregivers-story.html">My husband's pancreatic cancer treatment: A cancer
   ... caregiver's story</a></li>
110549 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/4-ways-to-celebrate-a-healthy-memorial-day.
   ... html">4 ways to celebrate a healthy Memorial Day</a></li>
110550 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/triple-negative-inflammatory-breast-cancer-
   ... treatment-my-journey.html">Triple-negative inflammatory breast cancer treatment: My
   ... journey</a></li>
110551 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/hold-on-how-a-cancer-doctors-song-hopes-to-
   ... inspire-others.html">&quot;Hold On&quot; - a song of hope for cancer
   ... patients</a></li>
110552 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/treating-head-and-neck-lymphedema-in-cancer-
   ... patients.html">Treating head and neck lymphedema in cancer patients</a></li>
110553 <li class="primary-nav-item"><a
   ... href="/publications/cancerwise/2013/05/cancer-survivorship-week-at-md-anderson-save-
   ... the-date.html">Cancer Survivorship Week at MD Anderson: Save the date</a></li>
110554 </ul>
110555 </nav>
```

```
110556  </div>
110557  </section>
110558  </div>
110559  </div>
110560  </div></li>
110561  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/06.html">06</a>
110562  <div class="subnav-mask">
110563  <div class="subnav-wrapper">
110564  <div class="subnav col10 pad">
110565  <section class="nested">
110566  <div class="col4 main-column">
110567  <nav class="secondary">
110568  <ul>
110569  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/06.html"
    …  aria-label="Back to 06">06</a></li>
110570  <li class="primary-nav-item">
110571  <a href="/publications/cancerwise/2013/06.html" aria-label="06 Home">06 Home</a></li>
110572  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/melanoma-patient-reflects-on-benefits-of-
    …  tanning-bed-legislation.html">Texas tanning bed law: A melanoma survivor's
    …  take</a></li>
110573  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/cancer-patient-celebrates-no-evidence-of-
    …  disease-with-headstands.html">Cancer patient celebrates no evidence of disease with
    …  headstands</a></li>
110574  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/men-who-suspect-they-have-cancer-a-cancer-
    …  survivors-advice.html">Men who suspect they have cancer: A cancer survivor's
    …  advice</a></li>
110575  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/support-groups-a-patients-perspective.html">
    …  Cancer support groups: A cancer patient's perspective</a></li>
110576  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/caring-for-my-husband-with-stage-iv-lung-
    …  cancer-finding-purpose-.html">Caring for my husband with stage IV lung cancer:
    …  Finding purpose and meaning</a></li>
110577  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/md-anderson-resources-for-cancer-caregivers-
    …  and-family-members.html">MD Anderson resources for cancer caregivers and family
    …  members</a></li>
110578  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/life-as-a-myelodysplastic-syndrome-survivor-
    …  new-beginnings.html">Life as a myelodysplastic syndrome survivor: New
    …  beginnings</a></li>
110579  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/winning-my-war-with-the-help-of-a-new-drug-
    …  breast-cancer-patient.html">Help from a new drug: Treating my breast cancer
    …  recurrence</a></li>
110580  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/lung-cancer-survivor-completes-triathlon.html"
    …  >Lung cancer survivor completes triathlon</a></li>
110581  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/from-male-breast-cancer-patient-to-survivor-
    …  reflections-on-compl.html">From male breast cancer patient to survivor: Life after
    …  radiation treatment</a></li>
110582  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/neuropsychology-and-its-role-in-cancer-care.
    …  html">Q&amp;A: Neuropsychology and its role in cancer care</a></li>
110583  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/how-my-second-cancer-diagnosis-changed-me.html
    …  ">How my second cancer diagnosis changed me</a></li>
110584  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/newly-diagnosed-cancer-patients-questions-to-
    …  ask-your-health-car.html">Newly diagnosed cancer patients: Questions to ask your
    …  health care team</a></li>
110585  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/06/hpv-vaccine-a-smart-way-to-protect-kids-from-
```

```
110585… cancer.html">HPV vaccine: A smart way to protect kids from cancer</a></li>
110586  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/06/exercise-for-cancer-survivors-a-great-way-to-
    …   boost-your-health.html">Exercise for cancer survivors: A great way to boost your
    …   health</a></li>
110587  </ul>
110588  </nav>
110589  </div>
110590  </section>
110591  </div>
110592  </div>
110593  </div></li>
110594  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2013/07.html">07</a>
110595  <div class="subnav-mask">
110596  <div class="subnav-wrapper">
110597  <div class="subnav col10 pad">
110598  <section class="nested">
110599  <div class="col4 main-column">
110600  <nav class="secondary">
110601  <ul>
110602  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/07.html"
    …   aria-label="Back to 07">07</a></li>
110603  <li class="primary-nav-item">
110604  <a href="/publications/cancerwise/2013/07.html" aria-label="07 Home">07 Home</a></li>
110605  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/sharing-cancer-information-why-i-volunteer-in-
    …   the-learning-center.html">Sharing cancer information: Why I volunteer in The Learning
    …   Center</a></li>
110606  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/appendix-cancer-what-you-should-know.html">
    …   Appendix cancer: What you should know</a></li>
110607  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/chemotherapy-side-effects-helping-my-mom-cope.
    …   html">Chemotherapy side effects: Helping my mom cope</a></li>
110608  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/cancer-survivor-learning-to-receive-a-
    …   compliment-gracefully.html">Cancer survivor: Learning to receive a compliment
    …   gracefully</a></li>
110609  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/cancer-in-men-what-you-should-know.html">
    …   Cancer in men: What you should know</a></li>
110610  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/acute-myeloid-leukemia-from-diagnosis-to-stem-
    …   cell-transplant-to.html">Acute myeloid leukemia: From diagnosis to stem cell
    …   transplant to survivor</a></li>
110611  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/the-waiting-game-a-cancer-survivors-story.html
    …   ">The waiting game: A cancer survivor's story</a></li>
110612  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/from-medulloblastoma-patient-to-triathlete.
    …   html">From medulloblastoma patient to triathlete</a></li>
110613  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/sunscreen-for-your-family-what-parents-should-
    …   know.html">Sunscreen and skin cancer prevention: 9 common mistakes</a></li>
110614  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/bodybuilding-how-a-breast-cancer-survivor-
    …   regained-confidence.html">Bodybuilding: How a breast cancer survivor regained
    …   confidence</a></li>
110615  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/new-metastatic-medullary-thyroid-cancer-
    …   treatment-options.html">New metastatic medullary thyroid cancer treatment
    …   options</a></li>
110616  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/07/after-a-brain-tumor-diagnosis-establishing-a-
    …   new-normal.html">After a brain tumor diagnosis: Establishing a &quot;new
    …   normal&quot;</a></li>
110617  <li class="primary-nav-item"><a
```

```
110617  href="/publications/cancerwise/2013/07/cancer-related-fatigue-tips-for-cancer-
        patients-and-survivors.html">Cancer-related fatigue: Tips for cancer patients and
        survivors</a></li>
110618  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/07/packing-for-your-first-visit-advice-from-
        veteran-md-anderson-pat.html">Packing for your first visit: Advice from veteran MD
        Anderson patients
110619  and caregivers</a></li>
110620  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/07/cancer-survivor-when-a-friend-receives-a-
        cancer-diagnosis.html">Cancer survivor: When a friend receives a cancer
        diagnosis</a></li>
110621  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/07/cancer-heart-problems-and-kidney-issues-
        balancing-my-moms-treatm.html">Cancer, heart problems and kidney issues: Balancing my
        mom's treatments</a></li>
110622  </ul>
110623  </nav>
110624  </div>
110625  </section>
110626  </div>
110627  </div>
110628  </div></li>
110629  <li class="primary-nav-item has-subnav"><a
        href="/publications/cancerwise/2013/08.html">08</a>
110630  <div class="subnav-mask">
110631  <div class="subnav-wrapper">
110632  <div class="subnav col10 pad">
110633  <section class="nested">
110634  <div class="col4 main-column">
110635  <nav class="secondary">
110636  <ul>
110637  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/08.html"
        aria-label="Back to 08">08</a></li>
110638  <li class="primary-nav-item">
110639  <a href="/publications/cancerwise/2013/08.html" aria-label="08 Home">08 Home</a></li>
110640  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/cancer-survivor-on-follow-up-appointments.html
        ">Cancer survivor on follow-up appointments</a></li>
110641  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/lung-cancer-screening-for-smokers-moves-toward
        -standard-of-care.html">Lung cancer screening for smokers moves toward standard of
        care</a></li>
110642  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/my-acute-myeloid-leukemia-aml-journey-the-
        people-who-helped.html">My acute myeloid leukemia journey: The people who
        helped</a></li>
110643  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/saying-goodbye-what-ive-learned-as-a-cancer-
        patient-and-caregiver.html">Saying goodbye: What I've learned as a cancer patient and
        caregiver</a></li>
110644  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/carepages-an-easier-way-for-cancer-patients-to
        -share-updates.html">CarePages: An easier way for cancer patients to share
        updates</a></li>
110645  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/changing-clinical-trials-for-cancer-treatment-
        a-cancer-patients-.html">Changing clinical trials for cancer treatment: A cancer
        patient's perspective</a></li>
110646  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/tobacco-free-teens-app-helps-youth-quit-
        smoking.html">Tobacco-Free Teens app helps youth quit smoking</a></li>
110647  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/hpv-and-throat-cancer.html">Q&amp;A: HPV and
        throat cancer</a></li>
110648  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/08/anaplastic-astrocytoma-my-husbands-brain-tumor
        -story.html">Anaplastic astrocytoma: My husband's brain tumor story</a></li>
```

```
110649 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/what-i-learned-about-cancer-research-advances.
   …   html">What I learned about cancer research advances during my tour of MD
   …   Anderson</a></li>
110650 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/lung-cancer-survivor-on-being-a-caregiver.html
   …   ">Lung cancer patient on being a cancer caregiver: Looking in the mirror</a></li>
110651 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/from-stem-cell-donor-to-carcinoid-tumor-
   …   patient.html">From stem cell donor to carcinoid tumor patient: My unexpected
   …   detour</a></li>
110652 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/tips-for-a-cancer-caregiver-to-stay-healthy.
   …   html">5 health tips for cancer caregivers</a></li>
110653 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/healthier-diet-for-cancer-survivors.html">A
   …   healthier diet for cancer survivors</a></li>
110654 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/chordoma-copingwithangerandchange.html">After
   …   chordoma: Coping with anger and change</a></li>
110655 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/the-dangers-and-risks-of-e-cigarettes.html">
   …   The dangers and risks of e-cigarettes</a></li>
110656 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/08/melanoma-diagnosis-what-a-caregiver-learned.
   …   html">My mother's melanoma diagnosis: What a caregiver learned</a></li>
110657 </ul>
110658 </nav>
110659 </div>
110660 </section>
110661 </div>
110662 </div>
110663 </div></li>
110664 <li class="primary-nav-item has-subnav"><a
   …   href="/publications/cancerwise/2013/09.html">09</a>
110665 <div class="subnav-mask">
110666 <div class="subnav-wrapper">
110667 <div class="subnav col10 pad">
110668 <section class="nested">
110669 <div class="col4 main-column">
110670 <nav class="secondary">
110671 <ul>
110672 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/09.html"
   …   aria-label="Back to 09">09</a></li>
110673 <li class="primary-nav-item">
110674 <a href="/publications/cancerwise/2013/09.html" aria-label="09 Home">09 Home</a></li>
110675 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/how-phlebotomists-help-our-cancer-patients.
   …   html">How phlebotomists help our cancer patients</a></li>
110676 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/fertility-sexual-function-and-cancer-treatment
   …   .html">Fertility, sexual function and cancer treatment: Help for cancer
110677 patients and survivors</a></li>
110678 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/obesity-and-cancer-prevention.html">Obesity
   …   and cancer prevention: What you should know</a></li>
110679 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/sleep-cancer-and-cancer-treatment-
   …   understanding-the-link.html">Sleep, cancer and cancer treatment: Understanding the
   …   link</a></li>
110680 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/ovarian-cancer-patient--ovarian-cancer-
   …   symptoms.html">Cancer patient: Don't ignore ovarian cancer symptoms</a></li>
110681 <li class="primary-nav-item"><a
   …   href="/publications/cancerwise/2013/09/wedding-planning-with-cancer-a-cancer-fighting
   …   -brides-perspective.html">Wedding planning with cancer: A cancer-fighting bride's
   …   perspective</a></li>
110682 <li class="primary-nav-item"><a
```

```
110682  href="/publications/cancerwise/2013/09/cancer-survivor-leaving-cancer-behind.html">
    ..  Cancer survivor: Leaving cancer behind</a></li>
110683  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/my-husbands-courageous-battle-with-
    ..  glioblastoma.html">My husband's courageous battle with glioblastoma</a></li>
110684  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/loss-inspires-melanoma-caregiver.html">Loss
    ..  inspires melanoma caregiver to help others</a></li>
110685  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/5-exercise-truths-for-cancer-survivors.html">5
    ..  exercise truths for cancer survivors</a></li>
110686  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/prostate-cancer-survivor-spreads-positive-
    ..  outlook.html">Prostate cancer survivor spreads his positive outlook</a></li>
110687  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/salivary-gland-cancer-patient-on-having-a-rare
    ..  -head-and-neck-cancer.html">Salivary gland cancer patient on having a rare
    ..  cancer</a></li>
110688  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/what-makes-cancer-patients-and-caregivers-
    ..  smile.html">What makes cancer patients and caregivers smile on their toughest
    ..  days</a></li>
110689  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/inflammatory-breast-cancer-survivor-living-
    ..  life-fully-after-cancer.html">Inflammatory breast cancer patient: Living life fully
    ..  after cancer treatment</a></li>
110690  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/chrondrosarcoma-patient-thank-you-cancer.html"
    ..  >Chrondrosarcoma patient: Thank you, cancer</a></li>
110691  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/my-dance-with-chronic-lymphocytic-leukemia.
    ..  html">My dance with chronic lymphocytic leukemia</a></li>
110692  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/pediatric-cancer-parent-childhood-cancer-
    ..  awareness-month.html">Pediatric cancer parent: Honor Childhood Cancer Awareness
    ..  Month</a></li>
110693  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/09/lung-cancer-survivor-learns-about-strength.
    ..  html">Lung cancer survivor learns about strength</a></li>
110694  </ul>
110695  </nav>
110696  </div>
110697  </section>
110698  </div>
110699  </div>
110700  </div></li>
110701  <li class="primary-nav-item has-subnav"><a
    ..  href="/publications/cancerwise/2013/10.html">10</a>
110702  <div class="subnav-mask">
110703  <div class="subnav-wrapper">
110704  <div class="subnav col10 pad">
110705  <section class="nested">
110706  <div class="col4 main-column">
110707  <nav class="secondary">
110708  <ul>
110709  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/10.html"
    ..  aria-label="Back to 10">10</a></li>
110710  <li class="primary-nav-item">
110711  <a href="/publications/cancerwise/2013/10.html" aria-label="10 Home">10 Home</a></li>
110712  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/10/breast-cancer-survivor-finding-my-cancer-posse
    ..  .html">Breast cancer survivor: Finding my cancer posse</a></li>
110713  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/10/depression-in-cancer-patients-what-you-should-
    ..  know.html">Depression in cancer patients: What you should know</a></li>
110714  <li class="primary-nav-item"><a
    ..  href="/publications/cancerwise/2013/10/cancer-patients-tips-for-organizing-medical-
    ..  records.html">Cancer patients: Tips for organizing your medical records</a></li>
```

```
110715  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/melanoma-caregiver-changing-roles-with-mom.
        html">Melanoma caregiver: Changing roles with my mom</a></li>
110716  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/bone-marrow-transplant-patient-meets-his-donor
        .html">Bone marrow transplant patient meets his donor</a></li>
110717  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/aml-patient-remembers-cancer-treatment-fondly.
        html">AML patient remembers cancer treatment fondly</a></li>
110718  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/throat-cancer-patient-provides-encouragement-
        with-guitar-picks.html">Throat cancer patient provides encouragement with guitar
        picks</a></li>
110719  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/words-of-wisdom-about-cancer-from-md-anderson-
        patients-and-careg.html">Words of wisdom about cancer from MD Anderson patients and
        caregivers</a></li>
110720  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/for-cancer-survivors-the-road-to-wellness-is-
        just-the-beginning.html">Healthier living for cancer patients: Embarking on The Road
        to Wellness</a></li>
110721  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/throid-cancer-diagnosis-and-treatment-what-you
        -should-know.html">Thyroid cancer diagnosis and treatment: What you should
        know</a></li>
110722  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/chordoma-survivor-on-gratitude-after-cancer-
        treatment.html">Chordoma survivor on gratitude after cancer treatment</a></li>
110723  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/breast-cancer-survivor-becomes-face-of-new-
        fundraising-campaign.html">Breast cancer survivor becomes face of new fundraising
        campaign</a></li>
110724  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/oncology-nurse-how-my-familys-cancer-journey-
        changed-me.html">Oncology nurse: How my family's cancer journey changed me</a></li>
110725  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/aml-survivor-gives-back-after-aml-treatment.
        html">After AML, survivor continues to be a channel of blessings</a></li>
110726  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/ovarian-cancer-survivor-offers-hope-for-new-
        patients.html">Ovarian cancer survivor offers hope for new patients</a></li>
110727  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/lung-cancer-survivor-reflects-on-a-whole-new-
        life.html">Lung cancer survivor reflects on &quot;a whole new life&quot;</a></li>
110728  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/cll-patient-experiences-life-the-wayits-
        supposed-tobe.html">CLL patient experiences &quot;life the way it's supposed to
        be&quot;</a></li>
110729  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/a-year-of-progress-for-our-moon-shots-program.
        html">A year of progress for our Moon Shots Program</a></li>
110730  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/3-nutrition-tips-for-cancer-caregivers.html">3
        nutrition tips for cancer caregivers</a></li>
110731  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/love-interrupted-how-mantle-cell-lymphoma-
        affected-30-year-reuni.html">Love, interrupted: How mantle cell lymphoma affected a
        30-year reunion</a></li>
110732  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2013/10/my-metastatic-breast-cancer-recurrence-you-
        first-and-other-lesso.html">My metastatic breast cancer recurrence: &quot;You
        first&quot; and other lessons</a></li>
110733  </ul>
110734  </nav>
110735  </div>
110736  </section>
110737  </div>
110738  </div>
```

```
110739 </div></li>
110740 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2013/11.html">11</a>
110741 <div class="subnav-mask">
110742 <div class="subnav-wrapper">
110743 <div class="subnav coll0 pad">
110744 <section class="nested">
110745 <div class="col4 main-column">
110746 <nav class="secondary">
110747 <ul>
110748 <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/11.html"
    …  aria-label="Back to 11">11</a></li>
110749 <li class="primary-nav-item">
110750 <a href="/publications/cancerwise/2013/11.html" aria-label="11 Home">11 Home</a></li>
110751 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/participating-in-a-clinical-trial-for-cll-
    …  treatment.html">Participating in a clinical trial for CLL treatment: What it's really
    …  like</a></li>
110752 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/parents-helping-kids-cope-with-your-physical-
    …  changes-from-cancer.html">Parents: Helping kids cope with your physical changes from
    …  cancer treatment</a></li>
110753 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/adenoid-cystic-carcinoma-caregiver-learning-to
    …  -let-go.html">Adenoid cystic carcinoma caregiver: Letting go as pediatric patients
110754 grow up</a></li>
110755 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/lung-cancer-survivor-i-have-a-lot-of-living-
    …  left-to-do.html">Lung cancer survivor: 'I have a lot of living left to do'</a></li>
110756 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/prostate-cancer-an-air-force-officers-latest-
    …  battle.html">Prostate cancer: An Air Force officer's latest battle</a></li>
110757 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/cancer-caregivers-4-tips-to-reduce-stress.html
    …  ">Cancer caregivers: 4 tips to reduce stress</a></li>
110758 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-ibm-watson-means-for-our-patients.html">
    …  The future of cancer treatment and research: What IBM Watson means for
110759 our patients</a></li>
110760 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/latest-tobacco-trends-target-youth.html">E-
    …  cigarettes, cigarillos and hookahs: Latest tobacco trends target youth</a></li>
110761 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-patient-my-stem-cell-transplant-a-
    …  lifesaving-decision.html">AML patient: My stem cell transplant, a life-saving
    …  decision</a></li>
110762 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/what-cancer-caregivers-wish-they-would-have-
    …  known.html">What cancer caregivers wish they would have known</a></li>
110763 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/aml-survivor-my-road-to-recovery.html">AML
    …  survivor: My road to recovery</a></li>
110764 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/medulloblastoma-patient-on-her-cancer-journey.
    …  html">Medulloblastoma patient: I don't see my disease as something terrible</a></li>
110765 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/my-cll-clinical-trial.html">My CLL clinical
    …  trial: The end of the beginning</a></li>
110766 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/overcoming-ptsd-after-losing-my-mom-to-
    …  melanoma.html">Overcoming PTSD after losing my mom to melanoma</a></li>
110767 <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2013/11/cancer-doesnt-mean-you-have-to-stop-living.
    …  html">Prostate cancer survivor: Cancer doesn't mean you have to stop living</a></li>
110768 </ul>
110769 </nav>
110770 </div>
110771 </section>
```

```
110772  </div>
110773  </div>
110774  </div></li>
110775  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2013/12.html">12</a>
110776  <div class="subnav-mask">
110777  <div class="subnav-wrapper">
110778  <div class="subnav col10 pad">
110779  <section class="nested">
110780  <div class="col4 main-column">
110781  <nav class="secondary">
110782  <ul>
110783  <li class="mobile-nav-back"><a href="/publications/cancerwise/2013/12.html"
    …   aria-label="Back to 12">12</a></li>
110784  <li class="primary-nav-item">
110785  <a href="/publications/cancerwise/2013/12.html" aria-label="12 Home">12 Home</a></li>
110786  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/confronting-lung-cancer-stigma.html">
    …   Confronting the lung cancer stigma</a></li>
110787  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/how-breast-cancer-brought-me-closer-to-my-
    …   brother.html">How breast cancer brought me closer to my brother</a></li>
110788  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/melanoma-patient-my-second-cancer-journey.html
    …   ">Melanoma patient: My second cancer journey</a></li>
110789  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/celebrating-the-holidays-with-ned.html">
    …   Celebrating the holidays with NED</a></li>
110790  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/learning-to-laugh-through-my-chordoma-
    …   treatment.html">Learning to laugh through my chordoma treatment</a></li>
110791  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/pancreatic-cancer-patient-i-try-to-enjoy-
    …   everything-i-can.html">Pancreatic cancer patient: 'I try to enjoy everything I can,
    …   when I can'</a></li>
110792  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/chondrosarcoma-patient-dealing-with-pre-
    …   appointment-anxiety-and-.html">Chondrosarcoma patient: Dealing with pre-appointment
    …   anxiety and doubt</a></li>
110793  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/exploring-your-options-why-a-myelodysplastic-
    …   syndrome-patient-di.html">Exploring your options: Why a myelodysplastic syndrome
    …   patient didn't settle</a></li>
110794  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/cervical-cancer-survivor-7-ways-cancer-
    …   patients-can-stay-mentally.html">Cervical cancer survivor: 7 ways cancer patients can
    …   stay mentally strong</a></li>
110795  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/cancer-patients-how-to-help-your-kids-
    …   throughout-the-holidays.html">Cancer patients: How to help your kids during the
    …   holidays</a></li>
110796  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/best-of-cancerwise-2013.html">Best of
    …   Cancerwise 2013: Our experts' most helpful insight</a></li>
110797  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/our-5-most-popular-videos-from-2013.html">Our
    …   5 most-watched videos from 2013</a></li>
110798  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/cancer-patient-and-cancer-survivor-stories.
    …   html">Best of Cancerwise 2013: Cancer patient and survivor stories</a></li>
110799  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/advice-for-cancer-caregivers.html">Best of
    …   Cancerwise 2013: Advice for cancer caregivers</a></li>
110800  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2013/12/cancer-patients-5-ways-to-maintain-holiday-
    …   cheer.html">Cancer patients: 5 ways to maintain holiday cheer</a></li>
110801  </ul>
110802  </nav>
```

```
110803 </div>
110804 </section>
110805 </div>
110806 </div>
110807 </div></li>
110808 </ul>
110809 </nav>
110810 </div>
110811 </section>
110812 </div>
110813 </div>
110814 </div></li>
110815 <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2012.html">2012</a>
110816 <div class="subnav-mask">
110817 <div class="subnav-wrapper">
110818 <div class="subnav col10 pad">
110819 <section class="nested">
110820 <div class="col4 main-column">
110821 <nav class="secondary">
110822 <ul>
110823 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012.html"
       aria-label="Back to 2012">2012</a></li>
110824 <li class="primary-nav-item">
110825 <a href="/publications/cancerwise/2012.html" aria-label="2012 Home">2012
       Home</a></li>
110826 <li class="primary-nav-item has-subnav"><a
       href="/publications/cancerwise/2012/06.html">06</a>
110827 <div class="subnav-mask">
110828 <div class="subnav-wrapper">
110829 <div class="subnav col10 pad">
110830 <section class="nested">
110831 <div class="col4 main-column">
110832 <nav class="secondary">
110833 <ul>
110834 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/06.html"
       aria-label="Back to 06">06</a></li>
110835 <li class="primary-nav-item">
110836 <a href="/publications/cancerwise/2012/06.html" aria-label="06 Home">06 Home</a></li>
110837 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/early-detection-and-swift-treatment-help-young
       -man-beat-testicul.html">Early detection and swift treatment help young man beat
       testicular cancer</a></li>
110838 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/motivating-yourself-beyond-fear-of-cancer-
       recurrence.html">Motivating yourself beyond fear of cancer recurrence</a></li>
110839 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/celebrating-cancer-survivorship-all-week.html"
       >Celebrating cancer survivorship all week long</a></li>
110840 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/got-a-brain-tumor-get-to-md-anderson-quickly.
       html">Got a brain tumor? Get to MD Anderson, quickly</a></li>
110841 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/celebration-singers-share-notes-during-
       survivorship-week.html">Celebration Singers share notes during Survivorship
       Week</a></li>
110842 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/the-evidence-of-my-disease.html">The evidence
       of my disease</a></li>
110843 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/uterus-isnt-a-four-letter-word.html">Uterus
       isn't a four-letter word</a></li>
110844 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/cancer-nurse-cancer-caregiver.html">Cancer
       nurse, cancer caregiver</a></li>
110845 <li class="primary-nav-item"><a
       href="/publications/cancerwise/2012/06/8-tips-for-a-healthier-barbecue.html">8 tips
       for a healthier barbecue</a></li>
```

```
110846  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/my-psa-is-elevated-now-what-should-i-do.html">
    …   My PSA is elevated. Now What Should I Do?</a></li>
110847  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/what-to-do-if-you-or-a-loved-one-is-diagnosed-
    …   with-a-brain-tumor.html">What to do if you or a loved one is diagnosed with a brain
    …   tumor</a></li>
110848  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/health-equality-in-houston.html">Health
    …   equality in Houston</a></li>
110849  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/considering-the-needs-of-pediatric-cancer-
    …   patients-siblings.html">Considering the needs of pediatric cancer patients'
    …   siblings</a></li>
110850  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/starting-over-after-cancer-misdiagnosis.html">
    …   Starting over after cancer misdiagnosis</a></li>
110851  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/examining-barriers-to-health-care.html">
    …   Examining barriers to health care access and equity</a></li>
110852  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/my-donor-and-life-saver.html">My donor and
    …   life saver</a></li>
110853  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/metastatic-melanoma-a-wife-reflects-on-
    …   husbands-shocking-diagnos.html">Metastatic melanoma: A wife reflects on husband's
    …   shocking diagnosis</a></li>
110854  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/06/doctor-says-stop-whining.html">Doctor says,
    …   &quot;stop whining&quot;</a></li>
110855  </ul>
110856  </nav>
110857  </div>
110858  </section>
110859  </div>
110860  </div>
110861  </div></li>
110862  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2012/11.html">11</a>
110863  <div class="subnav-mask">
110864  <div class="subnav-wrapper">
110865  <div class="subnav col10 pad">
110866  <section class="nested">
110867  <div class="col4 main-column">
110868  <nav class="secondary">
110869  <ul>
110870  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/11.html"
    …   aria-label="Back to 11">11</a></li>
110871  <li class="primary-nav-item">
110872  <a href="/publications/cancerwise/2012/11.html" aria-label="11 Home">11 Home</a></li>
110873  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/11/caregiver-tips-from-chaplain.html">Caregiver
    …   tips: 'Don't just do something, stand there'</a></li>
110874  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/11/caregiver-how-i-put-on-a-brave-face.html">How
    …   I put on a brave face as a caregiver</a></li>
110875  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/11/what-it-means-to-take-care-of-yourself-from-
    …   one-caregiver-to-ano.html">What it means to take care of yourself, from one caregiver
    …   to another</a></li>
110876  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/11/caregiver-chronicles-caregivers-needs-evolve-
    …   along-with-treatmen.html">Caregiver chronicles: Caregiver's needs evolve along with
    …   treatment</a></li>
110877  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/11/how-to-navigate-cancer-as-a-young-adult-
    …   melanoma-patient.html">How to navigate cancer as a young adult</a></li>
110878  <li class="primary-nav-item"><a
```

```
110878… href="/publications/cancerwise/2012/11/protecting-your-eyes-during-cancer-treatment.
…    html">Protecting your eyes during cancer treatment</a></li>
110879 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/the-young-and-the-widowed-finding-life-in-a-
…    support-group.html">Life after cancer: Finding life in a support group</a></li>
110880 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/help-patients-in-need-and-donate-blood.html">
…    Help patients in need at MD Anderson, in the Northeast</a></li>
110881 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/helping-my-mothers-spirit-live-on.html">
…    Helping my mother's spirit live on</a></li>
110882 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/my-brain-tumor-meningioma-taught-me-to-see-
…    lifes-blessings.html">My brain tumor taught me to see life's blessings</a></li>
110883 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/my-stem-cell-transplant-myelodysplastic-
…    syndrome-mds.html">Countdown to my stem cell transplant</a></li>
110884 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/diary-of-a-stem-cell-transplant.html">Diary of
…    a stem cell transplant</a></li>
110885 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/my-male-breast-cancer-journey-man-in-pink.html
…    ">Man in pink: My male breast cancer journey</a></li>
110886 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/quit-smoking-how-to-curb-the-urge.html">Quit
…    smoking: How to curb the urge</a></li>
110887 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/celebrating-caregiver-5-tips-to-help-manage-
…    the-caregiving-role.html">Celebrating caregivers: 5 tips to help manage the
…    caregiving role</a></li>
110888 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/young-patients-channel-their-inner-mad-
…    scientist.html">Young patients channel their inner mad scientist</a></li>
110889 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/cervical-cancer-patient-how-do-you-say-thank-
…    you.html">How do you say thank you?</a></li>
110890 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/why-not-me-breast-cancer-patient.html">Why not
…    me?</a></li>
110891 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/how-to-build-your-legacy-and-make-memories-
…    that-last-acy.html">How to build your legacy and make memories that last</a></li>
110892 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/mastectomy-hysterectomy-breast-reconstruction.
…    html">Life after a mastectomy: I'm more than my body parts</a></li>
110893 <li class="primary-nav-item"><a
…    href="/publications/cancerwise/2012/11/metastatic-melanoma-patient-how-t-cell-therapy
…    -saved-my-life.html">Doing cartwheels: How T-cell therapy saved my life</a></li>
110894 </ul>
110895 </nav>
110896 </div>
110897 </section>
110898 </div>
110899 </div>
110900 </div></li>
110901 <li class="primary-nav-item has-subnav"><a
…    href="/publications/cancerwise/2012/01.html">01</a>
110902 <div class="subnav-mask">
110903 <div class="subnav-wrapper">
110904 <div class="subnav col10 pad">
110905 <section class="nested">
110906 <div class="col4 main-column">
110907 <nav class="secondary">
110908 <ul>
110909 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/01.html"
…    aria-label="Back to 01">01</a></li>
110910 <li class="primary-nav-item">
110911 <a href="/publications/cancerwise/2012/01.html" aria-label="01 Home">01 Home</a></li>
```

```
110912  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/mesothelioma-survivor-finds-hope-appreciation-
    …   for-aging.html">Mesothelioma Survivor Finds Hope, Appreciation for Aging</a></li>
110913  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/diet-and-cancer.html">Diet and Cancer</a></li>
110914  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/qa-focus-on-mesothelioma.html">Q&amp;A: Focus
    …   on Mesothelioma</a></li>
110915  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/novel-technology-undermines-infection.html">
    …   Novel technology undermines infection</a></li>
110916  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/grace-saves-a-life.html">Grace Saves a
    …   Life</a></li>
110917  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/the-importance-of-genetic-testing-1.html">The
    …   Importance of Genetic Testing</a></li>
110918  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/advance-care-planning-a-patient-and-provider-
    …   partnership.html">Advance Care Planning: A Patient and Provider Partnership</a></li>
110919  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/exercise-benefits-lung-cancer-patients-study-
    …   shows.html">You Want Me to Do What?</a></li>
110920  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/conversation-starters-for-your-next-trip-to-
    …   the-gynecologist.html">Conversation Starters for Your Next Trip to the
    …   Gynecologist</a></li>
110921  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/look-at-the-strings.html">Look at the
    …   Strings</a></li>
110922  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/treating-uveal-melanoma.html">Treating Uveal
    …   Melanoma</a></li>
110923  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/learning-to-cope-with-leukemia.html">Learning
    …   to Cope With Leukemia</a></li>
110924  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/happy-to-say-ta-ta-to-2011.html">Happy to Say
    …   Ta-Ta to 2011</a></li>
110925  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/tips-for-newcomers-at-md-anderson.html">Tips
    …   for Newcomers at MD Anderson</a></li>
110926  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/strength-in-weakness.html">Strength in
    …   Weakness</a></li>
110927  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
    …   safety-in-the-21st-cent.html">Short Circuit: MD Anderson Robots Provide Safety in the
    …   21st Century</a></li>
110928  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/short-circuit-md-anderson-robots-provide-
    …   safety-in-the-21st-cent1.html">Short Circuit: MD Anderson Robots Provide Safety in
    …   the 21st Century
110929  Part II</a></li>
110930  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/01/a-call-for-change-to-help-cancer-survivors-
    …   others-with-chronic-d.html">A Call for Change To Help Cancer Survivors, Others With
    …   Chronic Disease</a></li>
110931  </ul>
110932  </nav>
110933  </div>
110934  </section>
110935  </div>
110936  </div>
110937  </div></li>
110938  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2012/12.html">12</a>
110939  <div class="subnav-mask">
```

```
110940 <div class="subnav-wrapper">
110941 <div class="subnav col10 pad">
110942 <section class="nested">
110943 <div class="col4 main-column">
110944 <nav class="secondary">
110945 <ul>
110946 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/12.html"
    aria-label="Back to 12">12</a></li>
110947 <li class="primary-nav-item">
110948 <a href="/publications/cancerwise/2012/12.html" aria-label="12 Home">12 Home</a></li>
110949 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/the-guilt-free-goodwin-christmas.html">The
    guilt-free Goodwin Christmas</a></li>
110950 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/5-tips-for-eating-healthy-during-the-holidays.
    html">5 tips for eating healthy during the holidays</a></li>
110951 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/cancer-caregiver-do-what-you-can-do-and-thats-
    all-you-can-do.html">Cancer caregivers: &quot;Do what you can do and that's all you
    can do ...&quot;</a></li>
110952 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/non-hodgkins-lymphoma-bone-marrow-transplant-
    patient-cr.html">I've got cancer: Who or what's to blame?</a></li>
110953 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/dysphagia-swallow-disorders-swallowing-
    problems.html">Dysphagia: What's food got to do with it?</a></li>
110954 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/cancer-survivor-surprising-strength-
    survivorship-cancer.html">Surprising strength: Insight from a five-time cancer
    survivor</a></li>
110955 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/5-healthier-holiday-dessert-recipes.html">5
    healthier holiday dessert recipes</a></li>
110956 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/wilms-tumor-little-miss-sunshine-how-kyssi-
    kicked-cancers-butt.html">Little miss sunshine: How Kyssi kicked cancer's
    butt</a></li>
110957 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/a-father-and-a-son.html">A father and a
    son</a></li>
110958 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/ringing-in-the-end-of-radiation-treatment.html
    ">From hospital gown to evening gown: Ringing in the end of radiation
    treatment</a></li>
110959 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/blood-donation-donate-blood-why-i-donate.html"
    >Donating blood for my cancer-fighting superhero</a></li>
110960 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-cancer-patient-stories
    -of-triumph.html">Best of Cancerwise 2012: Cancer patient stories of triumph</a></li>
110961 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/wisdom-from-cancer-caregivers.html">Best of
    Cancerwise 2012: Wisdom from cancer caregivers</a></li>
110962 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/cancer-survivor-cancer-survivorship.html">Best
    of Cancerwise 2012: Surviving Cancer</a></li>
110963 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/gifts-that-give-back-inspired-by-young-cancer-
    patients.html">Gifts that give back: Inspired by young cancer patients</a></li>
110964 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/a-bittersweet-anniversary.html">A bittersweet
    anniversary</a></li>
110965 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/best-of-cancerwise-2012-food-for-thought.html"
    >Best of Cancerwise 2012: Food for thought</a></li>
110966 <li class="primary-nav-item"><a
    href="/publications/cancerwise/2012/12/opera-singer-pablo-romero-sings-with-the-md-
    anderson-employee-ch.html">Opera singer Pablo Romero sings with the MD Anderson
```

```
110966… employee choice</a></li>
110967 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/12/cancer-treatment-our-doctors-best-tips.html">
    … Best of Cancerwise 2012: Our doctors' best tips</a></li>
110968 </ul>
110969 </nav>
110970 </div>
110971 </section>
110972 </div>
110973 </div>
110974 </div></li>
110975 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2012/02.html">02</a>
110976 <div class="subnav-mask">
110977 <div class="subnav-wrapper">
110978 <div class="subnav col10 pad">
110979 <section class="nested">
110980 <div class="col4 main-column">
110981 <nav class="secondary">
110982 <ul>
110983 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/02.html"
    … aria-label="Back to 02">02</a></li>
110984 <li class="primary-nav-item">
110985 <a href="/publications/cancerwise/2012/02.html" aria-label="02 Home">02 Home</a></li>
110986 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/technology-helping-kids-with-cancer.html">
    … Technology Helping Kids With Cancer</a></li>
110987 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/going-deep-into-the-science-of-improvement.
    … html">Going Deep Into the Science of Improvement</a></li>
110988 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/been-there-done-that-tips-on-how-to-do-it-
    … again.html">Been There, Done That ... Tips on How to Do It Again</a></li>
110989 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/saving-lives-by-vap-orizing-pneumonia.html">
    … Saving Lives by VAP-orizing Pneumonia</a></li>
110990 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/volunteer-mary-belle-wooddy.html">Volunteer
    … Mary Belle Wooddy -- 'It's been a wonderful ride'</a></li>
110991 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/be-fit-to-beat-cancer.html">Be Fit to Beat
    … Cancer</a></li>
110992 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/heart-of-hearts.html">Heart of Hearts</a></li>
110993 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/sweetness-in-the-air-at-the-childrens-art-
    … project.html">Sweetness in the Air at the Children's Art Project</a></li>
110994 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/when-harry-met-marie.html">When Harry Met
    … Marie</a></li>
110995 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/from-marine-to-molecular-biology----student-
    … benefits-from-mentor.html">From Marine to Molecular Biology -- Student Benefits From
    … Mentoring</a></li>
110996 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/young-patients-sense-of-humor-shines-in-book-1
    … .html">'America the Funny' -- Young Patient's Sense of Humor Shines in Book</a></li>
110997 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/methotrexate-shortages-not-currently-affecting
    … -md-anderson-pedia.html">Methotrexate Shortages Not Currently Affecting MD Anderson
    … Pediatric Patients</a></li>
110998 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/veps-returns-the-love-to-md-anderson.html">
    … VEPS Returns the Love to MD Anderson</a></li>
110999 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2012/02/helping-my-dad-get-through-cancer-treatment.
    … html">Helping My Dad Get Through Cancer Treatment</a></li>
111000 <li class="primary-nav-item"><a
```

```
111000… href="/publications/cancerwise/2012/02/i-have-cervical-cancer-and-im-going-to-fight.
…      html">I Have Cervical Cancer and I'm Going to Fight</a></li>
111001 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/from-patient-to-blueprint-designers-listen-to-
…      end-users.html">From Patient to Blueprint: Designers Listen to End Users</a></li>
111002 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/pharmacy-staff-confirm-avastin-supply-is-safe.
…      html">Pharmacy Staff Confirm Avastin Supply Is Safe</a></li>
111003 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/advice-on-avoiding-cancer-or-a-recurrence.html
…      ">Advice on Avoiding Cancer or a Recurrence</a></li>
111004 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/meditation-reduces-stress-and-cultivates-inner
…      -peace-and-well-be.html">Meditation Reduces Stress and Cultivates Inner Peace and
…      Well-being</a></li>
111005 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/thrown-poems-shock-the-mind.html">Thrown Poems
…      'Shock the Mind'</a></li>
111006 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/02/counting-for-a-cure.html">Counting for a
…      Cure</a></li>
111007 </ul>
111008 </nav>
111009 </div>
111010 </section>
111011 </div>
111012 </div>
111013 </div></li>
111014 <li class="primary-nav-item has-subnav"><a
…      href="/publications/cancerwise/2012/03.html">03</a>
111015 <div class="subnav-mask">
111016 <div class="subnav-wrapper">
111017 <div class="subnav col10 pad">
111018 <section class="nested">
111019 <div class="col4 main-column">
111020 <nav class="secondary">
111021 <ul>
111022 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/03.html"
…      aria-label="Back to 03">03</a></li>
111023 <li class="primary-nav-item">
111024 <a href="/publications/cancerwise/2012/03.html" aria-label="03 Home">03 Home</a></li>
111025 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/ground-angels-drive-to-help-patients-pays-off.
…      html">Ground Angels' Drive to Help Patients Pays Off</a></li>
111026 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/acts-of-kindness.html">Acts of
…      Kindness</a></li>
111027 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/anderson-network-provides-high-return-of-
…      investment.html">Anderson Network Provides High Return of Investment</a></li>
111028 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/ask-the-right-questions-get-the-most-out-of-
…      your-oncology-appoin.html">Ask the right questions: Get the most out of your oncology
…      appointments</a></li>
111029 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/tips-for-living-from-a-cancer-survivor.html">
…      Tips for Living From a Cancer Survivor</a></li>
111030 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/celebrating-social-work-month-coping-with-the-
…      day-to-day.html">Celebrating Social Work Month: Coping With the Day to Day</a></li>
111031 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/imove-and-so-should-you-1.html">iMove and So
…      Should You</a></li>
111032 <li class="primary-nav-item"><a
…      href="/publications/cancerwise/2012/03/colorectal-cancer-5k-drives-home-importance-of
…      -education-and-scr.html">Colorectal Cancer 5K Drives Home Importance of Education and
…      Screening</a></li>
111033 <li class="primary-nav-item"><a
```

```
111033  href="/publications/cancerwise/2012/03/the-road-to-becoming-a-cancer-survivor.html">
   …    The Road to Becoming a Cancer Survivor</a></li>
111034  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/stop-the-multivitamin-madness.html">Stop the
   …    Multivitamin Madness</a></li>
111035  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/life-through-headphones.html">Life Through
   …    Headphones</a></li>
111036  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/mason-family-knows-all-about-fighting-colon-
   …    cancer.html">Moore Family Knows All About Fighting Colon Cancer</a></li>
111037  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/run-honoring-brain-tumor-patients-celebrates-
   …    10th-anniversary.html">Run Honoring Brain Tumor Patients Celebrates 10th
   …    Anniversary</a></li>
111038  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/tims-triumph-with-metastatic-melanoma.html">
   …    Tim's Triumph With Metastatic Melanoma</a></li>
111039  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/whole-foods-or-supplements.html">Whole Foods
   …    or Supplements?</a></li>
111040  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/can-aspirin-reduce-risk-for-cancer-metastasis-
   …    1.html">Can Aspirin Reduce Risk for Cancer Metastasis?</a></li>
111041  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/running-for-jennie.html">Running for
   …    Jennie</a></li>
111042  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/colorectal-cancer-screening-saves-lives.html">
   …    Colorectal Cancer Screening Saves Lives</a></li>
111043  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/-brain-and-spine-supports-run-for-the-rose.
   …    html">Brain and Spine Supports Run for the Rose</a></li>
111044  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/education-for-pediatric-patients-no-textbook-
   …    or-classroom-requir.html">Education for Pediatric Patients: No Textbook or Classroom
   …    Required</a></li>
111045  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/everything-happens-for-a-reason.html">
   …    Everything Happens for a Reason</a></li>
111046  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/everything-happens-for-a-reason-part-ii.html">
   …    Everything Happens for a Reason: Part II</a></li>
111047  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/hollys-hair.html">Holly's Hair</a></li>
111048  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/obesity-and-cancer-risk-our-expert-weighs-in.
   …    html">Obesity and Cancer Risk: Our Expert Weighs In</a></li>
111049  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/03/using-the-internet-to-help-men-with-cancer-
   …    related-sexual-proble.html">Using the Internet to Help Men With Cancer-Related Sexual
   …    Problems</a></li>
111050  </ul>
111051  </nav>
111052  </div>
111053  </section>
111054  </div>
111055  </div>
111056  </div></li>
111057  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2012/04.html">04</a>
111058  <div class="subnav-mask">
111059  <div class="subnav-wrapper">
111060  <div class="subnav col10 pad">
111061  <section class="nested">
111062  <div class="col4 main-column">
111063  <nav class="secondary">
111064  <ul>
```

```
111065  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/04.html"
    …   aria-label="Back to 04">04</a></li>
111066  <li class="primary-nav-item">
111067  <a href="/publications/cancerwise/2012/04.html" aria-label="04 Home">04 Home</a></li>
111068  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/unmasking-a-history-of-non-compliance.html">
    …   Unmasking a History of Non-Compliance</a></li>
111069  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/cancer-in-the-rearview-mirror-how-one-survivor
    …   -copes-with-side-e.html">Cancer in the Rearview Mirror: How One Survivor Copes With
    …   Side Effects</a></li>
111070  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/talking-to-your-child-about-cancer.html">
    …   Talking to Your Child About Cancer</a></li>
111071  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/i-heart-md-anderson.html">I Heart MD
    …   Anderson</a></li>
111072  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/low-t-in-lung-cancer-treatment.html">Low T in
    …   Lung Cancer: Treatment Toxicity, Tumor-Related or Things otherwise</a></li>
111073  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/keep-it-to-yourself.html">Keep it to
    …   Yourself</a></li>
111074  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/attitude-of-gratitude-two-patients-reflect-on-
    …   their-cancer-journ.html">Attitude of Gratitude: Two Patients Reflect on Their Cancer
    …   Journeys</a></li>
111075  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/too-soon.html">Too Soon</a></li>
111076  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/md-andersons-top-spots.html">MD Anderson's top
    …   spots</a></li>
111077  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/calm-and-coping-through-mindful-meditation.
    …   html">Calm and Coping Through Mindful Meditation</a></li>
111078  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/my-hysterectomy.html">My Hysterectomy</a></li>
111079  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/what-do-dietitians-eat.html">What do MD
    …   Anderson Dietitians Eat?</a></li>
111080  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/early-stage-prostate-cancer-options.html">
    …   Early Stage Prostate Cancer--What Are Your Options?</a></li>
111081  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/patient-advocacy-how-we-work-to-improve-the-
    …   patient-experience.html">Patient Advocacy: How We Work to Improve the Patient
    …   Experience</a></li>
111082  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/managing-menopausal-symptoms-without-hormones.
    …   html">Managing Menopausal Symptoms without Hormones</a></li>
111083  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/medical-hypnosis-demystified.html">Medical
    …   Hypnosis Demystified</a></li>
111084  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/a-second-chance-at-life.html">A Second Chance
    …   at Life</a></li>
111085  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/a-second-chance-at-life-part-ii.html">A Second
    …   Chance at Life Part II</a></li>
111086  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/brain-surgery-patient-plays-crucial-role.html"
    …   >Brain Surgery: Patient Plays Crucial Role</a></li>
111087  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/04/prostate-cancer-doesnt-hold-life-long-
    …   adventurer-back.html">Prostate Cancer Doesn't Hold Life-Long Adventurer Back</a></li>
111088  </ul>
111089  </nav>
111090  </div>
```

```
111091  </section>
111092  </div>
111093  </div>
111094  </div></li>
111095  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/cancerwise/2012/05.html">05</a>
111096  <div class="subnav-mask">
111097  <div class="subnav-wrapper">
111098  <div class="subnav col10 pad">
111099  <section class="nested">
111100  <div class="col4 main-column">
111101  <nav class="secondary">
111102  <ul>
111103  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/05.html"
   …    aria-label="Back to 05">05</a></li>
111104  <li class="primary-nav-item">
111105  <a href="/publications/cancerwise/2012/05.html" aria-label="05 Home">05 Home</a></li>
111106  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/shedding-light-on-the-ependymoma-fight.html">
   …    Shedding Light on the Ependymoma Fight</a></li>
111107  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/seeing-past-the-smoke-screen.html">Seeing Past
   …    the Smoke Screen</a></li>
111108  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/patient-and-caregiver-heal-thyself.html">
   …    Patient and caregiver, heal thyself</a></li>
111109  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/the-restorative-effect-of-gardens-at-md-
   …    anderson.html">The Restorative Effect of Gardens at MD Anderson</a></li>
111110  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/tuned-for-healing.html">'Tuned' for
   …    healing</a></li>
111111  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee.html">Chordoma,
   …    caring and coffee part I</a></li>
111112  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/chordoma-caring-and-coffee-part-ii-1.html">
   …    Chordoma, caring and coffee part II</a></li>
111113  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/my-stem-cell-transplant-hospital-admission.
   …    html">My stem cell transplant hospital admission</a></li>
111114  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/this-is-my-md-anderson.html">This is my MD
   …    Anderson</a></li>
111115  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-life-is-a-marathon.
   …    html">What cancer has taught me: life is a marathon</a></li>
111116  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/lets-get-cookinglura-lumsden-health.html">Let'
   …    s get cooking</a></li>
111117  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/transplant-101.html">Transplant 101</a></li>
111118  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/patients-turned-advocates-staying-involved-to-
   …    help-others.html">Patients turned advocates: Staying involved to help others</a></li>
111119  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/when-good-tans-go-bad-confessions-of-a-
   …    tanaholic.html">When 'good' tans go bad: confessions of a tanaholic</a></li>
111120  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/final-recommendation-on-psa-screening-
   …    guidelines.html">Panel Introduces Final Recommendation on PSA Screening
   …    Guidelines</a></li>
111121  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/combining-art-forms-spirit-masks-and-poems.
   …    html">Combining art forms: spirit masks and poems</a></li>
111122  <li class="primary-nav-item"><a
   …    href="/publications/cancerwise/2012/05/metastatic-breast-cancer-patient-has-it-all.
   …    html">The girl who has it all</a></li>
```

```
111123  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/05/inflammatory-breast-cancer-ibc-survivor-why-me
    …   .html">Why me?</a></li>
111124  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/05/tumor-tissue-donation-should-you-consent.html"
    …   >Tumor tissue donation: should you consent?</a></li>
111125  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/05/what-cancer-has-taught-me-emotional-health-
    …   begins-with-communica.html">What cancer has taught me: emotional health begins with
    …   communication</a></li>
111126  </ul>
111127  </nav>
111128  </div>
111129  </section>
111130  </div>
111131  </div>
111132  </div></li>
111133  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2012/07.html">07</a>
111134  <div class="subnav-mask">
111135  <div class="subnav-wrapper">
111136  <div class="subnav col10 pad">
111137  <section class="nested">
111138  <div class="col4 main-column">
111139  <nav class="secondary">
111140  <ul>
111141  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/07.html"
    …   aria-label="Back to 07">07</a></li>
111142  <li class="primary-nav-item">
111143  <a href="/publications/cancerwise/2012/07.html" aria-label="07 Home">07 Home</a></li>
111144  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/bright-and-beautifully-tied-scarves-boost-
    …   cancer-survivors-confi.html">Bright and beautifully tied scarves boost cancer
    …   survivor's confidence</a></li>
111145  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/parenting-with-cancer.html">When a parent has
    …   cancer</a></li>
111146  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/my-brain-tumor-a-headache-that-wont-go-away.
    …   html">My brain tumor: A headache that won't go away</a></li>
111147  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/medical-assistant-shaves-head-for-locks-of-
    …   love.html">Medical assistant shaves head for Locks of Love</a></li>
111148  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/rebas-lungs-are-worth-fighting-for.html">Reba'
    …   s lungs are worth fighting for</a></li>
111149  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/even-through-brain-cancer-treatment-md-
    …   anderson-employee-keeps-s.html">Even through brain cancer treatment, MD Anderson
    …   employee keeps smiling</a></li>
111150  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/from-the-research-lab-to-the-table-nutritional
    …   -groundwork-in-wes.html">Nutritional underpinnings of cancer in Western and
    …   Westernizing nations</a></li>
111151  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/patient-enjoys-life-thanks-to-right-drug-for-
    …   his-rare-cancer.html">Patient enjoys life, thanks to right drug for his rare
    …   cancer</a></li>
111152  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/chondrosarcoma-how-my-journey-started.html">
    …   Chondrosarcoma: How my journey started</a></li>
111153  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/breast-cancer-took-my-twin-too-soon.html">
    …   Breast cancer took my twin too soon</a></li>
111154  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/07/overcoming-the-numbness-of-a-spinal-cord-tumor
    …   .html">Overcoming the numbness of a spinal cord tumor</a></li>
111155  <li class="primary-nav-item"><a
```

```
111155…  href="/publications/cancerwise/2012/07/austin-singer-back-at-the-mike-after-brain-
    …  cancer.html">Life after brain cancer: Austin singer back at the mic</a></li>
111156  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/testicular-cancer-a-familys-fight-to-honor-
    …  their-son.html">Testicular cancer: A family's fight to honor their son</a></li>
111157  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/and-then-the-prince-hopped-back-to-his-lily-
    …  pad----a-true-story-.html">And then the prince hopped back to his lily pad -- A true
    …  story of gratitude</a></li>
111158  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/second-time-around-metastatic-breast-cancer-is
    …  -no-match-for-skil.html">Second time around: Metastatic breast cancer is no match for
    …  skilled
111159  surgeons, positive approach</a></li>
111160  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/-my-sisters-treatment-at-md-anderson.html">My
    …  sister's treatment at MD Anderson</a></li>
111161  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/camp-star-trails-where-memories-are-made-and-
    …  stars-shine.html">Camp Star Trails: Where memories are made and stars shine</a></li>
111162  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/make-up-artist-teaches-patients-how-to-look-
    …  good-and-feel-better.html">Make-up artist teaches patients how to look good and feel
    …  better</a></li>
111163  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/a-lasting-legacy.html">A lasting
    …  legacy</a></li>
111164  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/childhood-cancer-survivor----now-clinical-
    …  nurse----helps-encoura.html">Childhood cancer survivor -- now clinical nurse --
    …  helps, encourages
111165  kids with cancer</a></li>
111166  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/clinical-trials-give-treatment-options.html">
    …  Clinical trials give treatment options for rare cancer patients</a></li>
111167  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/07/from-patient-to-practitioner-a-survivors-story
    …  .html">From patient to practitioner: a survivor's story</a></li>
111168  </ul>
111169  </nav>
111170  </div>
111171  </section>
111172  </div>
111173  </div>
111174  </div></li>
111175  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2012/08.html">08</a>
111176  <div class="subnav-mask">
111177  <div class="subnav-wrapper">
111178  <div class="subnav col10 pad">
111179  <section class="nested">
111180  <div class="col4 main-column">
111181  <nav class="secondary">
111182  <ul>
111183  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/08.html"
    …  aria-label="Back to 08">08</a></li>
111184  <li class="primary-nav-item">
111185  <a href="/publications/cancerwise/2012/08.html" aria-label="08 Home">08 Home</a></li>
111186  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/reflections-of-a-grateful-mother.html">
    …  Reflections of a grateful mother</a></li>
111187  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/spine-tumor-support-group-who.html">Spine
    …  tumor support group: Who we are</a></li>
111188  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2012/08/giving-platelets-a-caregiver-and-donor-
    …  explains-the-surprisingly.html">Giving platelets: A caregiver and donor explains the
    …  surprisingly easy process</a></li>
```

```
111189  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/myelodysplastic-syndrome-what-you-need-to-know
    …   .html">Myelodysplastic syndrome: What you need to know</a></li>
111190  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/thanks-to-dr-garcia-manero-i-no-longer-have-
    …   myelodysplastic-synd.html">Thanks to Dr. Garcia-Manero, I no longer have
    …   myelodysplastic syndrome</a></li>
111191  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/fight-the-fight-surviving-a-deadly-brain-
    …   cancer-prognosis-as-a-m.html">Fight the fight: Surviving a deadly brain cancer
    …   prognosis as a mom-to-be</a></li>
111192  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/truth-or-lies.html">Truth or lies</a></li>
111193  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/what-to-do-if-you-are-diagnosed-with-mantle-
    …   cell-lymphoma.html">What to do if you are diagnosed with mantle cell
    …   lymphoma</a></li>
111194  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/everyone-can-sing.html">Everyone can
    …   sing!</a></li>
111195  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/waiting-room-wisdom-the-power-of-shared-
    …   experience.html">Waiting room wisdom: The power of shared experience</a></li>
111196  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/an-army-of-volunteers-help.html">An army of
    …   volunteers help the Children's Art Project retail team</a></li>
111197  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/new-form-of-radiation-therapy-cuts-treatment-
    …   time.html">New form of radiation therapy cuts treatment time</a></li>
111198  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/active-kids-active-adults.html">Eight ways to
    …   turn active kids into active adults</a></li>
111199  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/another-great-reason-to-exercise-your-sex-life
    …   .html">Another great reason to exercise - your sex life</a></li>
111200  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/setting-the-record-straight-about-md-anderson-
    …   and-nerium.html">Setting the record straight about MD Anderson and Nerium</a></li>
111201  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/big-top-event-celebrates-new-patient-created-
    …   mural.html">'Big Top' event celebrates new patient-created mural</a></li>
111202  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/adjusting-to-the-new-normal.html">Adjusting to
    …   the new normal</a></li>
111203  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/after-a-wild-ride-proton-therapy-pays-off-for-
    …   hodgkin-survivor.html">After a wild ride, proton therapy pays off for Hodgkin
    …   survivor</a></li>
111204  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/the-fruit-of-leukemia-life-changing-
    …   perspectives.html">The fruit of leukemia: Life-changing perspectives</a></li>
111205  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/fluent-in-the-language-of-caring.html">Fluent
    …   in the language of caring</a></li>
111206  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/a-day-on-hospital-rounds.html">A day on
    …   hospital rounds</a></li>
111207  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/hope-restored-for-rare-liver-cancer-patient.
    …   html">Hope restored for rare liver cancer patient</a></li>
111208  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/young-adult-caregiving-the-parent-perspective.
    …   html">Young adult caregiving: The parent perspective</a></li>
111209  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/08/md-anderson-mom-tells-what-family-centered-
    …   care-means-to-her.html">MD Anderson mom tells what family-centered care means to
    …   her</a></li>
111210  <li class="primary-nav-item"><a
```

```
111210… href="/publications/cancerwise/2012/08/if-my-brain-tumor-comes-back-ill-beat-it-again
     … .html">If my brain tumor comes back, I'll beat it again</a></li>
111211 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/08/photographers-vision-intact-after-thyroid-
     … cancer.html">Photographer's vision intact after thyroid cancer</a></li>
111212 </ul>
111213 </nav>
111214 </div>
111215 </section>
111216 </div>
111217 </div>
111218 </div></li>
111219 <li class="primary-nav-item has-subnav"><a
     … href="/publications/cancerwise/2012/09.html">09</a>
111220 <div class="subnav-mask">
111221 <div class="subnav-wrapper">
111222 <div class="subnav col10 pad">
111223 <section class="nested">
111224 <div class="col4 main-column">
111225 <nav class="secondary">
111226 <ul>
111227 <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/09.html"
     … aria-label="Back to 09">09</a></li>
111228 <li class="primary-nav-item">
111229 <a href="/publications/cancerwise/2012/09.html" aria-label="09 Home">09 Home</a></li>
111230 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/hope-and-second-chances.html">Hope and second
     … chances</a></li>
111231 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/melanoma-caregiver-aims-to-give-back.html">
     … Melanoma caregiver aims to give back</a></li>
111232 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/medical-standard-time.html">Medical Standard
     … Time</a></li>
111233 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/medical-standard-time-part-ii.html">Medical
     … Standard Time part II</a></li>
111234 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/killing-my-brain-tumor-one-surgery-at-a-time.
     … html">Killing my brain tumor: One surgery at a time</a></li>
111235 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/unexpected-reunion-rekindles-friendship-call.
     … html">Unexpected reunion rekindles friendship</a></li>
111236 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/a-legacy-of-hope-after-rare-pseudopapillary-
     … tumor.html">A legacy of hope after rare pseudopapillary tumor</a></li>
111237 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/shifting-opponents-from-fighting-cancer-to-
     … fighting-sepsis.html">Shifting opponents: From fighting cancer to fighting
     … sepsis</a></li>
111238 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/holding-onto-hope-through-the-helping-hand-of-
     … a-melanoma-researc.html">Holding onto hope through the helping hand of a melanoma
     … research nurse</a></li>
111239 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/how-to-score-prostate-health.html">How to
     … score prostate health</a></li>
111240 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/discovering-the-nature-of-hope.html">
     … Discovering the nature of hope</a></li>
111241 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/mothers-give-the-gift-of-life-twice-with-cord-
     … blood-donation.html">Mothers give the gift of life twice with cord blood
     … donation</a></li>
111242 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2012/09/chutes-and-ladders-a-cancer-survivor-offers-
     … advice-for-the-ups-a.html">Chutes and ladders: A cancer survivor offers advice for
     … the ups and downs</a></li>
```

```
111243  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/a-new-challenge-a-new-chapter.html">A new
    …   challenge, a new chapter</a></li>
111244  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/the-other-side-of-the-ribbon.html">The other
    …   side of the ribbon</a></li>
111245  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/battling-advanced-melanoma-one-smile-at-a-time
    …   .html">Battling advanced melanoma, one smile at a time</a></li>
111246  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/young-adult-caregiving-the-partner-perspective
    …   .html">Young adult caregiving: The partner perspective</a></li>
111247  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/a-positive-twist-confronting-my-cancer-
    …   heritage.html">A positive twist: Confronting my cancer heritage</a></li>
111248  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/a-mothers-wisdom-be-your-best-advocate.html">A
    …   mother's wisdom: Be your best advocate</a></li>
111249  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/09/the-importance-of-creative-expression.html">
    …   The importance of creative expression</a></li>
111250  </ul>
111251  </nav>
111252  </div>
111253  </section>
111254  </div>
111255  </div>
111256  </div></li>
111257  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2012/10.html">10</a>
111258  <div class="subnav-mask">
111259  <div class="subnav-wrapper">
111260  <div class="subnav col10 pad">
111261  <section class="nested">
111262  <div class="col4 main-column">
111263  <nav class="secondary">
111264  <ul>
111265  <li class="mobile-nav-back"><a href="/publications/cancerwise/2012/10.html"
    …   aria-label="Back to 10">10</a></li>
111266  <li class="primary-nav-item">
111267  <a href="/publications/cancerwise/2012/10.html" aria-label="10 Home">10 Home</a></li>
111268  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/cancer-survivorship-my-paradigm-shift.html">
    …   Cancer survivorship: My paradigm shift</a></li>
111269  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/remembering-my-mother-after-renal-cell-
    …   carcinoma.html">Remembering my mother after renal cell carcinoma</a></li>
111270  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/how-i-talk-to-my-kids-about-breast-cancer.html
    …   ">How I talk to my kids about cancer</a></li>
111271  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/brain-cancer-couldnt-stop-me-from-dancing.html
    …   ">Brain cancer couldn't stop me from dancing</a></li>
111272  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/new-cookbook-offers-nutritious-recipes-for-
    …   healthy-living.html">New cookbook offers nutritious recipes for healthy
    …   living</a></li>
111273  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/clinical-trial-aims-to-reduce-fatigue-after-
    …   radiation-therapy.html">Clinical trial aims to reduce fatigue after radiation
    …   therapy</a></li>
111274  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/talking-to-your-health-care-team.html">Can we
    …   talk?</a></li>
111275  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2012/10/make-a-plan-know-your-rights-to-get-through-
    …   cancer-treatment-wit.html">When healing is job one</a></li>
111276  <li class="primary-nav-item"><a
```

```
111276  href="/publications/cancerwise/2012/10/take-this-breast-test.html">Take This Breast
        Test</a></li>
111277  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/honoring-my-wife-by-continuing-to-fight-brain-
        cancer.html">Honoring my wife by continuing to fight brain cancer</a></li>
111278  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/chronic-myeloid-leukemia-survivor-life-after.
        html">Chronic myeloid leukemia survivor: Life after the finish line</a></li>
111279  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/all-on-board-for-the-moon-shots-program.html">
        All on board for the Moon Shots Program</a></li>
111280  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/body-image-therapy-service-md-anderson.html">
        Celebrate Love Your Body Day with MD Anderson</a></li>
111281  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/tips-to-improve-your-body-image.html">Bathing
        suits and beyond: 7 tips to improve your body image</a></li>
111282  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-apostolia-tsimberidou.
        html">Q&amp;A: Acinic cell carcinoma of the parotid</a></li>
111283  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/acinic-cell-carcinoma-patient-jamie.html">
        Fighting cancer with hope</a></li>
111284  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/glioblastoma-multiforme-patient-surgery-doug.
        html">Building a new normal life after brain surgery</a></li>
111285  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/robotics-could-take-reconstructive-plastic-
        surgery-to-new-height.html">Robotics could take reconstructive plastic surgery to new
        heights</a></li>
111286  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/the-effect-of-domestic-violence-on-cancer-
        patients-children.html">The effect of domestic violence on cancer patients'
        children</a></li>
111287  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/what-cancer-awareness-really-looks.html">What
        cancer awareness really looks like</a></li>
111288  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/second-chances-give-it-a-try.html">Second
        chances: Give it a try</a></li>
111289  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/a-message-to-my-breast-cancer-sisters.html">A
        message to my breast cancer sisters</a></li>
111290  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/breast-cancer-patient-brachytherapy-radiation-
        treatment.html">Breast cancer patient's minor thought turns into major
        triumph</a></li>
111291  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/accelerated-partial-breast-irradiation-breast-
        cancer-treatment.html">Accelerated partial breast irradiation treatment: Who needs
        it?</a></li>
111292  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2012/10/cervical-cancer-survivor-beats-cancer-three-
        times.html">Three-time cancer survivor takes friendship to finish line</a></li>
111293  </ul>
111294  </nav>
111295  </div>
111296  </section>
111297  </div>
111298  </div>
111299  </div></li>
111300  </ul>
111301  </nav>
111302  </div>
111303  </section>
111304  </div>
111305  </div>
111306  </div></li>
```

```
111307  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011.html">2011</a>
111308  <div class="subnav-mask">
111309  <div class="subnav-wrapper">
111310  <div class="subnav col10 pad">
111311  <section class="nested">
111312  <div class="col4 main-column">
111313  <nav class="secondary">
111314  <ul>
111315  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011.html"
    …   aria-label="Back to 2011">2011</a></li>
111316  <li class="primary-nav-item">
111317  <a href="/publications/cancerwise/2011.html" aria-label="2011 Home">2011
    …   Home</a></li>
111318  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/01.html">01</a>
111319  <div class="subnav-mask">
111320  <div class="subnav-wrapper">
111321  <div class="subnav col10 pad">
111322  <section class="nested">
111323  <div class="col4 main-column">
111324  <nav class="secondary">
111325  <ul>
111326  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/01.html"
    …   aria-label="Back to 01">01</a></li>
111327  <li class="primary-nav-item">
111328  <a href="/publications/cancerwise/2011/01.html" aria-label="01 Home">01 Home</a></li>
111329  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/01/caregiver-chronicles-let-the-treatment-begin.
    …   html">Caregiver Chronicles: Let The Treatment Begin</a></li>
111330  </ul>
111331  </nav>
111332  </div>
111333  </section>
111334  </div>
111335  </div>
111336  </div></li>
111337  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/02.html">02</a>
111338  <div class="subnav-mask">
111339  <div class="subnav-wrapper">
111340  <div class="subnav col10 pad">
111341  <section class="nested">
111342  <div class="col4 main-column">
111343  <nav class="secondary">
111344  <ul>
111345  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/02.html"
    …   aria-label="Back to 02">02</a></li>
111346  <li class="primary-nav-item">
111347  <a href="/publications/cancerwise/2011/02.html" aria-label="02 Home">02 Home</a></li>
111348  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/02/neurofibromatosis-patient-invites-questions.
    …   html">Go ahead, ask: Neurofibromatosis patient invites questions, makes
    …   friends</a></li>
111349  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/02/qa-neurofibromatosis-and-its-relationship-to-
    …   cancer.html">Q&amp;A: Neurofibromatosis and Its Relationship to Cancer</a></li>
111350  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/02/caregiver-chronicles-part-nine.html">Caregiver
    …   Chronicles: Tom's Creative Genius Steps in</a></li>
111351  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/02/an-unexpected-love-story.html">An Unexpected
    …   Love Story</a></li>
111352  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/02/cancer-and-cord-blood-donation-how-new-life-
    …   brings-new-hope.html">Cancer and Cord Blood Donation: How New Life Brings New
    …   Hope</a></li>
111353  </ul>
```

```
111354  </nav>
111355  </div>
111356  </section>
111357  </div>
111358  </div>
111359  </div></li>
111360  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/03.html">03</a>
111361  <div class="subnav-mask">
111362  <div class="subnav-wrapper">
111363  <div class="subnav col10 pad">
111364  <section class="nested">
111365  <div class="col4 main-column">
111366  <nav class="secondary">
111367  <ul>
111368  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/03.html"
    …   aria-label="Back to 03">03</a></li>
111369  <li class="primary-nav-item">
111370  <a href="/publications/cancerwise/2011/03.html" aria-label="03 Home">03 Home</a></li>
111371  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/qa-focus-on-virtual-colonoscopy.html">Q&amp;A:
    …   Focus on Virtual Colonoscopy</a></li>
111372  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/wc-328should-you-consider-genetic.html">Should
    …   You Consider Genetic Testing?</a></li>
111373  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/colonoscopy-colon-cancer-history-colon-
    …   prevention.html">Bugging my dad to save his life</a></li>
111374  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/music-therapy-helps-people-with-cancer.html">
    …   Music Therapy Helps People With Cancer</a></li>
111375  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/diary-of-a-colon-screening-prep.html">Diary of
    …   a colon screening prep</a></li>
111376  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/the-pros-and-cons-of-soy.html">The Pros and
    …   Cons of Soy: More Study Needed</a></li>
111377  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/03/qa-ear-and-temporal-bone-cancer.html">Q&amp;A:
    …   Ear and Temporal Bone Cancer</a></li>
111378  </ul>
111379  </nav>
111380  </div>
111381  </section>
111382  </div>
111383  </div>
111384  </div></li>
111385  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/04.html">04</a>
111386  <div class="subnav-mask">
111387  <div class="subnav-wrapper">
111388  <div class="subnav col10 pad">
111389  <section class="nested">
111390  <div class="col4 main-column">
111391  <nav class="secondary">
111392  <ul>
111393  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/04.html"
    …   aria-label="Back to 04">04</a></li>
111394  <li class="primary-nav-item">
111395  <a href="/publications/cancerwise/2011/04.html" aria-label="04 Home">04 Home</a></li>
111396  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/04/what-cancer-has-taught-me.html">What Cancer
    …   Has Taught Me</a></li>
111397  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
    …   treatment.html">Sisters Support Each Other Through Cancer Treatment</a></li>
111398  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/04/sisters-support-each-other-through-cancer-
```

```
111398… treatment-part-ii.html">Sisters Support Each Other Through Cancer Treatment, Part
    …  II</a></li>
111399  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/an-awkward-phase-adolescents-and-young-adults-
    …  with-cancer.html">An Awkward Phase: Adolescents and Young Adults With Cancer</a></li>
111400  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/exercise-for-cancer-survivors-moving-forward.
    …  html">Exercise for Cancer Survivors: Moving Forward!</a></li>
111401  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/our-interesting-summer-vacation.html">Our
    …  Interesting Summer Vacation</a></li>
111402  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/coping-with-a-brain-tumor-diagnosis.html">
    …  Coping With a Brain Tumor Diagnosis</a></li>
111403  <li class="primary-nav-item"><a href="/publications/cancerwise/2011/04/post.html">The
    …  Cancer Problem: What Needs to Be Done</a></li>
111404  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/mendelsohn-early-detection.html">Taking Steps
    …  to Address Cancer: Early Detection</a></li>
111405  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/taking-steps-to-address-cancer-prevention.html
    …  ">Taking Steps to Address Cancer: Prevention</a></li>
111406  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/post-5.html">Seven Months Feels Like a
    …  Lifetime When Your Child is Fighting Cancer</a></li>
111407  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/why-i-chose-to-share-my-familys-story.html">
    …  Why I Chose to Share My Family's Story</a></li>
111408  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/lungs-that-function-not-taken-for-granted.html
    …  ">Lungs That Function Not Taken for Granted</a></li>
111409  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/spring-fever-collides-with-chemotherapy.html">
    …  Spring Fever Collides With Chemotherapy</a></li>
111410  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/04/april-fools-prom-and-cancer.html">April Fools,
    …  Prom and Cancer</a></li>
111411  </ul>
111412  </nav>
111413  </div>
111414  </section>
111415  </div>
111416  </div>
111417  </div></li>
111418  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/05.html">05</a>
111419  <div class="subnav-mask">
111420  <div class="subnav-wrapper">
111421  <div class="subnav col10 pad">
111422  <section class="nested">
111423  <div class="col4 main-column">
111424  <nav class="secondary">
111425  <ul>
111426  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/05.html"
    …  aria-label="Back to 05">05</a></li>
111427  <li class="primary-nav-item">
111428  <a href="/publications/cancerwise/2011/05.html" aria-label="05 Home">05 Home</a></li>
111429  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-cancer-
    …  survivors.html">Taking Steps to Address Cancer: Cancer Survivors</a></li>
111430  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-training.html">
    …  Taking Steps to Address Cancer: Training</a></li>
111431  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/mendelsohn-clinical-research.html">Taking
    …  Steps to Address Cancer: Clinical Research</a></li>
111432  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/taking-steps-to-address-cancer-research-
```

```
111432…  funding.html">Taking Steps to Address Cancer: Research Funding</a></li>
111433  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/how-are-you.html">How Are You?</a></li>
111434  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/mohs-procedure-is-a-winning-hand-for-skin-
    …  cancer-survivor.html">Mohs Procedure is a Winning Hand for Skin Cancer
    …  Survivor</a></li>
111435  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/mohs-surgery-for-some-skin-cancers.html">Q&amp
    …  ;A: Mohs Surgery for Some Skin Cancers</a></li>
111436  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/caregivers-chronicles-prickled-skin-prickled-
    …  nerves.html">Caregivers Chronicles: Prickled Skin, Prickled Nerves</a></li>
111437  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/mother-and-daughter-fight-cancer-together.html
    …  ">Mother and Daughter Fight Cancer Together</a></li>
111438  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/depinho-named-sole-finalist-for-president-of-
    …  md-anderson.html">DePinho Named Sole Finalist for President of MD Anderson</a></li>
111439  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/reclaiming-her-life-a-cancer-survivor-faces-
    …  body-image-issues.html">Reclaiming Her Life: A Cancer Survivor Faces Body Image
    …  Issues</a></li>
111440  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/qa-body-image-therapy-service.html">Q&amp;A:
    …  Body Image Therapy Service</a></li>
111441  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/management-and-treatment-of-cancer-related-
    …  lymphedema.html">Management and Treatment of Cancer-Related Lymphedema</a></li>
111442  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/05/milestones-signs-and-moving-forward.html">
    …  Milestones, Signs and Moving Forward</a></li>
111443  </ul>
111444  </nav>
111445  </div>
111446  </section>
111447  </div>
111448  </div>
111449  </div></li>
111450  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/06.html">06</a>
111451  <div class="subnav-mask">
111452  <div class="subnav-wrapper">
111453  <div class="subnav col10 pad">
111454  <section class="nested">
111455  <div class="col4 main-column">
111456  <nav class="secondary">
111457  <ul>
111458  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/06.html"
    …  aria-label="Back to 06">06</a></li>
111459  <li class="primary-nav-item">
111460  <a href="/publications/cancerwise/2011/06.html" aria-label="06 Home">06 Home</a></li>
111461  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-drug-and-device
    …  -development.html">Taking Steps to Address Cancer: Drug and Device
    …  Development</a></li>
111462  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-against-cancer-access-to-care.
    …  html">Taking Steps Against Cancer: Access to Care</a></li>
111463  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/taking-steps-to-address-cancer-enhance-value-
    …  reduce-costs.html">Taking Steps to Address Cancer: Enhance Value, Reduce
    …  Costs</a></li>
111464  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/modern-day-aphrodisiacs-hype-versus-reality.
    …  html">Modern Day Aphrodisiacs: Hype Versus Reality</a></li>
111465  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/06/heads-up-head-and-neck-cancer-patients-and-
```

```
111465… their-caregivers.html">Heads Up! Head and Neck Cancer Patients and Their
  …   Caregivers</a></li>
111466 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/taking-the-next-steps.html">Taking the Next
  …   Steps</a></li>
111467 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/a-channel-of-blessings.html">A Channel of
  …   Blessings</a></li>
111468 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/having-faith-and-giving-thanks.html">Having
  …   Faith and Giving Thanks</a></li>
111469 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/hope-in-an-infertile-world.html">Hope in an
  …   Infertile World</a></li>
111470 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/setting-no-limits.html">Setting No
  …   Limits</a></li>
111471 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/the-caregiver-chronicles-angels-surround-us.
  …   html">The Caregiver Chronicles: Angels Surround Us</a></li>
111472 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/depinho-formally-named-next-md-anderson-
  …   president-2.html">DePinho Formally Named Next MD Anderson President</a></li>
111473 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/cancer-related-fatigue-integrative-therapies-
  …   can-help.html">Cancer-Related Fatigue: Integrative Therapies Can Help</a></li>
111474 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/arizona-welcomes-banner-md-anderson-cancer-
  …   center.html">Arizona Welcomes Banner MD Anderson Cancer Center</a></li>
111475 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/qa-testicular-cancer-survivorship.html">Q&amp;
  …   A: Testicular Cancer Survivorship</a></li>
111476 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/06/new-screening-tool-for-lung-cancer-brings-hope
  …   .html">New Screening Tool for Lung Cancer Brings Hope</a></li>
111477 </ul>
111478 </nav>
111479 </div>
111480 </section>
111481 </div>
111482 </div>
111483 </div></li>
111484 <li class="primary-nav-item has-subnav"><a
  …   href="/publications/cancerwise/2011/07.html">07</a>
111485 <div class="subnav-mask">
111486 <div class="subnav-wrapper">
111487 <div class="subnav col10 pad">
111488 <section class="nested">
111489 <div class="col4 main-column">
111490 <nav class="secondary">
111491 <ul>
111492 <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/07.html"
  …   aria-label="Back to 07">07</a></li>
111493 <li class="primary-nav-item">
111494 <a href="/publications/cancerwise/2011/07.html" aria-label="07 Home">07 Home</a></li>
111495 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/07/qa-testicular-cancer-diagnosis-and-treatment.
  …   html">Q&amp;A: Testicular Cancer Diagnosis and Treatment</a></li>
111496 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/07/spending-time-as-a-volunteer-makes-a-
  …   difference-for-one-patient.html">Spending Time As A Volunteer Makes A Difference For
  …   One Patient</a></li>
111497 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/07/re-defining-normal.html">Re-Defining
  …   Normal</a></li>
111498 <li class="primary-nav-item"><a
  …   href="/publications/cancerwise/2011/07/sunshine-and-rain---cartwheels-and-pain.html">
  …   Sunshine and Rain - Cartwheels and Pain</a></li>
```

```
111499  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/sexual-healing-md-anderson-style.html">Sexual
    …   Healing, MD Anderson Style</a></li>
111500  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/flat-colon-polyps-and-endoscopic-mucosal-
    …   resection.html">Flat Colon Polyps and Endoscopic Mucosal Resection</a></li>
111501  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/family-pulls-together-for-medical-journey.html
    …   ">Family Pulls Together for Medical Journey</a></li>
111502  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/like-no-other-hospital.html">Like No Other
    …   Hospital</a></li>
111503  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/making-memories-last-the-art-of-legacy-work.
    …   html">Making Memories Last: The Art of Legacy Work</a></li>
111504  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/bang-that-gong-softly.html">Bang That Gong ...
    …   Softly</a></li>
111505  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/07/care-for-the-caregiver.html">Care for the
    …   Caregiver</a></li>
111506  </ul>
111507  </nav>
111508  </div>
111509  </section>
111510  </div>
111511  </div>
111512  </div></li>
111513  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/08.html">08</a>
111514  <div class="subnav-mask">
111515  <div class="subnav-wrapper">
111516  <div class="subnav col10 pad">
111517  <section class="nested">
111518  <div class="col4 main-column">
111519  <nav class="secondary">
111520  <ul>
111521  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/08.html"
    …   aria-label="Back to 08">08</a></li>
111522  <li class="primary-nav-item">
111523  <a href="/publications/cancerwise/2011/08.html" aria-label="08 Home">08 Home</a></li>
111524  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/glioblastoma-a-bolt-out-of-the-blue.html">
    …   Glioblastoma: A Bolt Out of the Blue</a></li>
111525  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/follow-the-yellow-brick-road.html">Follow the
    …   Yellow Brick Road</a></li>
111526  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/sleep-center-offers-patient-good-nights-rest.
    …   html">Sleep Center Offers Patient Good Night's Rest</a></li>
111527  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/when-cancer-strikes-young-patients-life-does-a
    …   -180.html">When Cancer Strikes Young Patients, Life Does A 180</a></li>
111528  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/cell-phone-use-and-brain-tumors-in-children.
    …   html">Cell Phone Use and Brain Tumors in Children</a></li>
111529  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/hurricane-preparedness-at-md-anderson.html">
    …   Hurricane Preparedness at MD Anderson</a></li>
111530  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/from-cancer-to-kindergarten.html">From Cancer
    …   to Kindergarten</a></li>
111531  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/caregivers-chronicles-marks-time-and-move-
    …   forward.html">Caregivers Chronicles: Marking Time and Moving Forward</a></li>
111532  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/how-i-spent-my-summer-vacation.html">How I
    …   Spent My Summer Vacation: Children's Cancer Hospital Edition</a></li>
```

```
111533  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/best-friends-meet-in-the-most-unlikely-places.
    …   html">Best friends Meet in the Most Unlikely Places</a></li>
111534  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/the-ultimate-change-up.html">The Ultimate
    …   Change Up</a></li>
111535  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/tongue-cancer-pregnancy-and-luck.html">Tongue
    …   Cancer, Pregnancy and Luck</a></li>
111536  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/08/a-pediatric-cancer-survivor-on-her-toes.html">
    …   Megan Evans: A Pediatric Cancer Survivor on Her Toes</a></li>
111537  </ul>
111538  </nav>
111539  </div>
111540  </section>
111541  </div>
111542  </div>
111543  </div></li>
111544  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/09.html">09</a>
111545  <div class="subnav-mask">
111546  <div class="subnav-wrapper">
111547  <div class="subnav col10 pad">
111548  <section class="nested">
111549  <div class="col4 main-column">
111550  <nav class="secondary">
111551  <ul>
111552  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/09.html"
    …   aria-label="Back to 09">09</a></li>
111553  <li class="primary-nav-item">
111554  <a href="/publications/cancerwise/2011/09.html" aria-label="09 Home">09 Home</a></li>
111555  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/depinho-starts-as-md-anderson-president.html">
    …   DePinho Starts as MD Anderson President</a></li>
111556  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/with-faith-family-and-a-plan-man-beats-
    …   prostate-cancer.html">With faith, family and a plan, man beats prostate
    …   cancer</a></li>
111557  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/qa-choosing-the-best-prostate-cancer-treatment
    …   .html">Q&amp;A: Choosing the Best Prostate Cancer Treatment</a></li>
111558  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/uterine-cancer-is-hysterectomy-the-only-option
    …   .html">Uterine Cancer: Is Hysterectomy the Only Option?</a></li>
111559  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/tis-the-season-for-silly-breast-cancer-games.
    …   html">Tis the Season for Silly Breast Cancer Games</a></li>
111560  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/the-cancer-survivorship-conference-why-i-go-
    …   what-ive-learned.html">The Cancer Survivorship Conference: Why I Go, What I've
    …   Learned</a></li>
111561  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/community-of-hope.html">'Community of
    …   Hope'</a></li>
111562  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/why-i-volunteer-at-md-anderson.html">Why I
    …   Volunteer at MD Anderson</a></li>
111563  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/newly-renovated-integrative-medicine-center-
    …   reopens.html">Newly Renovated Integrative Medicine Center Reopens</a></li>
111564  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/youre-not-alone-finding-support-and-
    …   encouragemen.html">You're Not Alone: Finding Support and Encouragement</a></li>
111565  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/i-will-survive.html">I Will Survive!</a></li>
111566  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/putting-my-guard-up.html">Putting My Guard
```

```
111566…  Up</a></li>
111567  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/our-first-full-clinical-extension.html">Our
    …   First Full Clinical Extension Opens</a></li>
111568  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/counseling-improves-sex-for-prostate-cancer-
    …   survivors-and-partne.html">Counseling Improves Sex for Prostate Cancer Survivors and
    …   Partners</a></li>
111569  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/09/tree-of-life-reflects-young-patients-journeys.
    …   html">Tree of Life Reflects Young Patients' Journeys</a></li>
111570  </ul>
111571  </nav>
111572  </div>
111573  </section>
111574  </div>
111575  </div>
111576  </div></li>
111577  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2011/10.html">10</a>
111578  <div class="subnav-mask">
111579  <div class="subnav-wrapper">
111580  <div class="subnav col10 pad">
111581  <section class="nested">
111582  <div class="col4 main-column">
111583  <nav class="secondary">
111584  <ul>
111585  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/10.html"
    …   aria-label="Back to 10"></a></li>
111586  <li class="primary-nav-item">
111587  <a href="/publications/cancerwise/2011/10.html" aria-label="10 Home">10 Home</a></li>
111588  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/are-you-affiliated.html">Are You
    …   Affiliated?</a></li>
111589  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/tips-for-coping-through-a-long-hospital-stay.
    …   html">Tips for Coping Through a Long Hospital Stay</a></li>
111590  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/difficult-communications-the-end-of-life-
    …   discussion.html">Difficult Communications: The End-of-Life Discussion</a></li>
111591  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/idea-turns-into-new-pancreatic-cancer-
    …   treatment.html">Idea Turns Into New Pancreatic Cancer Treatment</a></li>
111592  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/finding-patience-peace-and-perspective-in-
    …   cancer.html">Finding patience, peace and perspective in cancer</a></li>
111593  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/depinho-intent-on-changing-the-stories-we-tell
    …   .html">DePinho Intent on Changing the Stories We Tell</a></li>
111594  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/acupuncture-for-symptom-management.html">
    …   Acupuncture for Symptom Management</a></li>
111595  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/ors-focus-on-fire-prevention-year-round.html">
    …   ORs Focus on Fire Prevention Year 'Round</a></li>
111596  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/fatigue-how-to-tackle-the-pesky-side-effect.
    …   html">Fatigue: How to Tackle the Pesky Side Effect</a></li>
111597  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/radiation-therapy-in-3-d-students-polish-
    …   skills-on-virtual-reali.html">Radiation Therapy in 3-D: Students Polish Skills on
    …   Virtual Reality
111598  Training Tool</a></li>
111599  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2011/10/more-than-you-might-think-cancer-victims-and-
    …   domestic-violence.html">Cancer patients and domestic violence: More common than you
    …   might think</a></li>
111600  <li class="primary-nav-item"><a
```

```
111600  href="/publications/cancerwise/2011/10/the-art-of-pathology.html">From Microscope to
        Canvas: The Art of Pathology</a></li>
111601  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/10/cancer-patients-and-stress.html">Cancer
        Patients and Stress: How to Cope</a></li>
111602  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/10/neuroendocrine-carcinoma-patient-inspires-
        fellow-patients-staff.html">Neuroendocrine Carcinoma Patient Inspires Fellow
        Patients, Staff</a></li>
111603  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/10/radiation-therapy-for-inflammatory-breast-
        cancer-one-size-fits-a.html">Radiation Therapy for Inflammatory Breast Cancer: One
        Size Fits All?</a></li>
111604  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/10/ivf-and-breast-cancer-is-there-a-link.html">
        IVF and Breast Cancer: Setting the Record Straight</a></li>
111605  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/10/woman-beats-rare-form-of-cervical-cancer-with-
        help-of-faith-and-.html">Woman Beats Rare Form of Cervical Cancer With Help of Faith
        and Family</a></li>
111606  </ul>
111607  </nav>
111608  </div>
111609  </section>
111610  </div>
111611  </div>
111612  </div></li>
111613  <li class="primary-nav-item has-subnav"><a
        href="/publications/cancerwise/2011/11.html">11</a>
111614  <div class="subnav-mask">
111615  <div class="subnav-wrapper">
111616  <div class="subnav col10 pad">
111617  <section class="nested">
111618  <div class="col4 main-column">
111619  <nav class="secondary">
111620  <ul>
111621  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/11.html"
        aria-label="Back to 11">11</a></li>
111622  <li class="primary-nav-item">
111623  <a href="/publications/cancerwise/2011/11.html" aria-label="11 Home">11 Home</a></li>
111624  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/qa-focus-on-small-cell-cervical-cancer.html">Q
        &amp;A: Focus on Small Cell Cervical Cancer</a></li>
111625  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/the-unexpected-gift.html">The Unexpected
        Gift</a></li>
111626  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/from-relapse-to-rudy-award.html">From Relapse
        to Rudy Award</a></li>
111627  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/donate-blood-save-lives.html">Donate Blood,
        Save Lives</a></li>
111628  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/cant-run-fast-enough.html">Can't Run Fast
        Enough</a></li>
111629  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/-aging-with-cancer-strategies-to-help-you-cope
        .html">Aging With Cancer: Strategies to Help You Cope</a></li>
111630  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/bracelets-manicures-and-mammograms-one-
        survivors-tales.html">Bracelets, Manicures and Mammograms: One Survivor's
        Tales</a></li>
111631  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/reflections-of-a-caregiver-what-is-my-purpose.
        html">Reflections of a Caregiver: What is My Purpose?</a></li>
111632  <li class="primary-nav-item"><a
        href="/publications/cancerwise/2011/11/the-toll-of-brain-cancer-and-treatment-a-
        caregiver-grieves-losse.html">The Toll of Brain Cancer and Treatment: A Caregiver
```

```
111632…  Grieving Losses</a></li>
111633  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/caregiver-chronicles-the-art-of-gratefulness.
    …  html">Caregiver Chronicles: The Art of Gratefulness</a></li>
111634  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/breast-cancer-patient-pain-calls-for-
    …  resourcefulness.html">Breast Cancer Patient: Pain Calls for Resourcefulness</a></li>
111635  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/tis-the-season-for-coping-with-cancer.html">'
    …  Tis the Season for Coping with Cancer</a></li>
111636  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/moonstruck-at-md-anderson.html">Moonstruck at
    …  MD Anderson</a></li>
111637  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/institute-to-bring-new-hope-for-better-cancer-
    …  drugs.html">Institute to Bring New Hope for Better Cancer Drugs</a></li>
111638  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/the-gift-of-strength.html">The Gift of
    …  Strength</a></li>
111639  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/11/why-cancer-patients-should-get-organized.html"
    …  >Why Cancer Patients Should Get Organized</a></li>
111640  </ul>
111641  </nav>
111642  </div>
111643  </section>
111644  </div>
111645  </div>
111646  </div></li>
111647  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2011/12.html">12</a>
111648  <div class="subnav-mask">
111649  <div class="subnav-wrapper">
111650  <div class="subnav col10 pad">
111651  <section class="nested">
111652  <div class="col4 main-column">
111653  <nav class="secondary">
111654  <ul>
111655  <li class="mobile-nav-back"><a href="/publications/cancerwise/2011/12.html"
    …  aria-label="Back to 12">12</a></li>
111656  <li class="primary-nav-item">
111657  <a href="/publications/cancerwise/2011/12.html" aria-label="12 Home">12 Home</a></li>
111658  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/uveal-melanoma-what-is-it.html">Uveal
    …  Melanoma: What is it?</a></li>
111659  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-10-year-triumph.html">A 10-Year
    …  Triumph</a></li>
111660  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/license-to-win-proton-therapy-drives-
    …  successful-treatment-for-pr.html">Proton Therapy Drives Successful Treatment for
    …  Prostate Cancer</a></li>
111661  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-10-year-triumph-part-ii.html">A 10-Year
    …  Triumph: Part II</a></li>
111662  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/bolero-2-trial-offers-hope-to-patients-with-
    …  advanced-breast-canc.html">BOLERO-2 Trial Offers Hope to Patients With Advanced
    …  Breast Cancer</a></li>
111663  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/the-role-of-the-modern-patient-always-learning
    …  .html">The Role of the Modern Patient: Always Learning</a></li>
111664  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/its-holiday-time-the-gift-of-life.html">It's
    …  Holiday Time: The Gift of Life</a></li>
111665  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/providing-information-counseling-at-the-end-of
    …  -life.html">Providing Information, Counseling at the End of Life</a></li>
```

```
111666  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/thank-you-md-anderson.html">Thank You, MD
    …  Anderson</a></li>
111667  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/the-holidays-are-merry-and-bright-for-md-
    …  anderson-pediatric-pati.html">The Holidays are Merry and Bright for MD Anderson
    …  Pediatric Patients</a></li>
111668  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/-uterine-cancer-strikes-suddenly.html">Uterine
    …  Cancer Strikes Suddenly</a></li>
111669  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/a-decision-aid-for-men-with-clinically-
    …  localized-prostate-cancer.html">A Decision Aid for Men With Clinically Localized
    …  Prostate Cancer</a></li>
111670  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/santa-gives----and-receives----the-gift-of-joy
    …  .html">Santa Gives -- and Receives -- the Gift of Joy</a></li>
111671  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-new-cancer-treatments.
    …  html">Best of Cancerwise 2011: New Cancer Treatments</a></li>
111672  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-surviving-cancer.html"
    …  >Best of Cancerwise 2011: Surviving Cancer</a></li>
111673  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2011/12/best-of-cancerwise-2011-cancer-patient-stories
    …  -of-triumph.html">Best of Cancerwise 2011: Cancer Patient Stories of Triumph</a></li>
111674  </ul>
111675  </nav>
111676  </div>
111677  </section>
111678  </div>
111679  </div>
111680  </div></li>
111681  </ul>
111682  </nav>
111683  </div>
111684  </section>
111685  </div>
111686  </div>
111687  </div></li>
111688  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010.html">2010</a>
111689  <div class="subnav-mask">
111690  <div class="subnav-wrapper">
111691  <div class="subnav col10 pad">
111692  <section class="nested">
111693  <div class="col4 main-column">
111694  <nav class="secondary">
111695  <ul>
111696  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010.html"
    …  aria-label="Back to 2010">2010</a></li>
111697  <li class="primary-nav-item">
111698  <a href="/publications/cancerwise/2010.html" aria-label="2010 Home">2010
    …  Home</a></li>
111699  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/01.html">01</a>
111700  <div class="subnav-mask">
111701  <div class="subnav-wrapper">
111702  <div class="subnav col10 pad">
111703  <section class="nested">
111704  <div class="col4 main-column">
111705  <nav class="secondary">
111706  <ul>
111707  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/01.html"
    …  aria-label="Back to 01">01</a></li>
111708  <li class="primary-nav-item">
111709  <a href="/publications/cancerwise/2010/01.html" aria-label="01 Home">01 Home</a></li>
111710  <li class="primary-nav-item"><a
```

```
111710…  href="/publications/cancerwise/2010/01/lynch-syndrome-diagnosis-leads-to-prevention.
    …  html">Lynch syndrome diagnosis leads to prevention</a></li>
111711  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/01/qa-understanding-and-managing-lynch-syndrome.
    …  html">Q&amp;A: Understanding and managing Lynch syndrome</a></li>
111712  </ul>
111713  </nav>
111714  </div>
111715  </section>
111716  </div>
111717  </div>
111718  </div></li>
111719  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/02.html">02</a>
111720  <div class="subnav-mask">
111721  <div class="subnav-wrapper">
111722  <div class="subnav col10 pad">
111723  <section class="nested">
111724  <div class="col4 main-column">
111725  <nav class="secondary">
111726  <ul>
111727  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/02.html"
    …  aria-label="Back to 02">02</a></li>
111728  <li class="primary-nav-item">
111729  <a href="/publications/cancerwise/2010/02.html" aria-label="02 Home">02 Home</a></li>
111730  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/what-not-to-say-to-people-with-cancer.html">
    …  What not to say to people with cancer</a></li>
111731  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/a-new-outlook-after-osteosarcoma.html">A new
    …  outlook after osteosarcoma</a></li>
111732  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/02/m-d-anderson-in-istanbul-turkey.html">MD
    …  Anderson in Istanbul, Turkey</a></li>
111733  </ul>
111734  </nav>
111735  </div>
111736  </section>
111737  </div>
111738  </div>
111739  </div></li>
111740  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2010/03.html">03</a>
111741  <div class="subnav-mask">
111742  <div class="subnav-wrapper">
111743  <div class="subnav col10 pad">
111744  <section class="nested">
111745  <div class="col4 main-column">
111746  <nav class="secondary">
111747  <ul>
111748  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/03.html"
    …  aria-label="Back to 03">03</a></li>
111749  <li class="primary-nav-item">
111750  <a href="/publications/cancerwise/2010/03.html" aria-label="03 Home">03 Home</a></li>
111751  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/qa-thyroid-cancer.html">Q&amp;A: Thyroid
    …  cancer</a></li>
111752  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/patient-deals-with-ovarian-then-papillary-
    …  thyroid-cancer.html">Patient deals with ovarian, then papillary thyroid
    …  cancer</a></li>
111753  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2010/03/is-proton-therapy-right-for-you.html">Is
    …  proton therapy right for you?</a></li>
111754  </ul>
111755  </nav>
111756  </div>
111757  </section>
```

```
111758  </div>
111759  </div>
111760  </div></li>
111761  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2010/04.html">04</a>
111762  <div class="subnav-mask">
111763  <div class="subnav-wrapper">
111764  <div class="subnav col10 pad">
111765  <section class="nested">
111766  <div class="col4 main-column">
111767  <nav class="secondary">
111768  <ul>
111769  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/04.html"
    …   aria-label="Back to 04">04</a></li>
111770  <li class="primary-nav-item">
111771  <a href="/publications/cancerwise/2010/04.html" aria-label="04 Home">04 Home</a></li>
111772  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/04/race-and-ethnicity-as-cancer-risk-factors.html
    …   ">Race and ethnicity as cancer risk factors</a></li>
111773  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/04/qa-proton-therapy-for-pediatric-patients.html"
    …   >Q&amp;A: Proton therapy for pediatric patients</a></li>
111774  </ul>
111775  </nav>
111776  </div>
111777  </section>
111778  </div>
111779  </div>
111780  </div></li>
111781  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2010/05.html">05</a>
111782  <div class="subnav-mask">
111783  <div class="subnav-wrapper">
111784  <div class="subnav col10 pad">
111785  <section class="nested">
111786  <div class="col4 main-column">
111787  <nav class="secondary">
111788  <ul>
111789  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/05.html"
    …   aria-label="Back to 05">05</a></li>
111790  <li class="primary-nav-item">
111791  <a href="/publications/cancerwise/2010/05.html" aria-label="05 Home">05 Home</a></li>
111792  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/05/new-logo.html">New logo has MD Anderson
    …   feeling 'brand' new</a></li>
111793  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/05/choosing-the-right-treatment-for-prostate-
    …   cancer.html">Choosing the right treatment for prostate cancer</a></li>
111794  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/05/qa-intravenous-busulfan-before-stem-cell-
    …   transplant.html">Q&amp;A: Intravenous busulfan before stem cell transplant</a></li>
111795  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/05/beating-the-odds-of-acute-myelogenous-leukemia
    …   .html">Beating the odds of acute myeloid leukemia</a></li>
111796  </ul>
111797  </nav>
111798  </div>
111799  </section>
111800  </div>
111801  </div>
111802  </div></li>
111803  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2010/06.html">06</a>
111804  <div class="subnav-mask">
111805  <div class="subnav-wrapper">
111806  <div class="subnav col10 pad">
111807  <section class="nested">
111808  <div class="col4 main-column">
```

```
111809 <nav class="secondary">
111810 <ul>
111811 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/06.html"
    … aria-label="Back to 06">06</a></li>
111812 <li class="primary-nav-item">
111813 <a href="/publications/cancerwise/2010/06.html" aria-label="06 Home">06 Home</a></li>
111814 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/06/qa-cardiac-catheterization-for-cancer.html">Q&
    … amp;A: Cardiac catheterization for cancer patients</a></li>
111815 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/06/miracle-patient-beats-two-deadly-diseases.html
    … ">Patient beats two deadly diseases</a></li>
111816 </ul>
111817 </nav>
111818 </div>
111819 </section>
111820 </div>
111821 </div>
111822 </div></li>
111823 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/07.html">07</a>
111824 <div class="subnav-mask">
111825 <div class="subnav-wrapper">
111826 <div class="subnav col10 pad">
111827 <section class="nested">
111828 <div class="col4 main-column">
111829 <nav class="secondary">
111830 <ul>
111831 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/07.html"
    … aria-label="Back to 07">07</a></li>
111832 <li class="primary-nav-item">
111833 <a href="/publications/cancerwise/2010/07.html" aria-label="07 Home">07 Home</a></li>
111834 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/07/the-benefits-of-oncology-massage-1.html">The
    … benefits of oncology massage</a></li>
111835 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/07/minimally-invasive-surgery-for-cancer-patients
    … .html">Q&amp;A: Minimally invasive surgery for cancer patients</a></li>
111836 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/07/bladder-patient-chooses-minimally-invasive-
    … surgery.html">Bladder cancer patient chooses minimally invasive surgery</a></li>
111837 </ul>
111838 </nav>
111839 </div>
111840 </section>
111841 </div>
111842 </div>
111843 </div></li>
111844 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/08.html">08</a>
111845 <div class="subnav-mask">
111846 <div class="subnav-wrapper">
111847 <div class="subnav col10 pad">
111848 <section class="nested">
111849 <div class="col4 main-column">
111850 <nav class="secondary">
111851 <ul>
111852 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/08.html"
    … aria-label="Back to 08">08</a></li>
111853 <li class="primary-nav-item">
111854 <a href="/publications/cancerwise/2010/08.html" aria-label="08 Home">08 Home</a></li>
111855 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/08/flight-for-his-life.html">The caregiver
    … chronicles: Flight for his life</a></li>
111856 </ul>
111857 </nav>
111858 </div>
111859 </section>
```

```
111860 </div>
111861 </div>
111862 </div></li>
111863 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/09.html">09</a>
111864 <div class="subnav-mask">
111865 <div class="subnav-wrapper">
111866 <div class="subnav col10 pad">
111867 <section class="nested">
111868 <div class="col4 main-column">
111869 <nav class="secondary">
111870 <ul>
111871 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/09.html"
    … aria-label="Back to 09">09</a></li>
111872 <li class="primary-nav-item">
111873 <a href="/publications/cancerwise/2010/09.html" aria-label="09 Home">09 Home</a></li>
111874 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/09/the-caregiver-chronicles-the-red-flags.html">
    … The caregiver chronicles: The red flags</a></li>
111875 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/09/integrative-medicine-versus-alternative-
    … medicine-why-its-importa.html">Integrative medicine vs. alternative medicine: Why
    … it's important to
111876 know the difference</a></li>
111877 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/09/ours-is-not-to-question-why.html">The
    … caregiver chronicles: Ours is not to question why</a></li>
111878 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/09/new-treatment-for-triple-negative-breast-
    … cancer.html">Q&amp;A: New treatment for triple-negative breast cancer</a></li>
111879 </ul>
111880 </nav>
111881 </div>
111882 </section>
111883 </div>
111884 </div>
111885 </div></li>
111886 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/10.html">10</a>
111887 <div class="subnav-mask">
111888 <div class="subnav-wrapper">
111889 <div class="subnav col10 pad">
111890 <section class="nested">
111891 <div class="col4 main-column">
111892 <nav class="secondary">
111893 <ul>
111894 <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/10.html"
    … aria-label="Back to 10">10</a></li>
111895 <li class="primary-nav-item">
111896 <a href="/publications/cancerwise/2010/10.html" aria-label="10 Home">10 Home</a></li>
111897 <li class="primary-nav-item"><a
    … href="/publications/cancerwise/2010/10/the-caregiver-chronicles-our-journey.html">The
    … caregiver chronicles: It became our journey</a></li>
111898 </ul>
111899 </nav>
111900 </div>
111901 </section>
111902 </div>
111903 </div>
111904 </div></li>
111905 <li class="primary-nav-item has-subnav"><a
    … href="/publications/cancerwise/2010/11.html">11</a>
111906 <div class="subnav-mask">
111907 <div class="subnav-wrapper">
111908 <div class="subnav col10 pad">
111909 <section class="nested">
111910 <div class="col4 main-column">
111911 <nav class="secondary">
```

```
111912  <ul
111913  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/11.html"
    …   aria-label="Back to 11">11</a></li>
111914  <li class="primary-nav-item">
111915  <a href="/publications/cancerwise/2010/11.html" aria-label="11 Home">11 Home</a></li>
111916  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/11/the-caregiver-chronicles-its-always-something.
    …   html">The caregiver chronicles: It's always something</a></li>
111917  </li>
111918  </nav>
111919  </div>
111920  </section>
111921  </div>
111922  </div>
111923  </div></li>
111924  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2010/12.html">12</a>
111925  <div class="subnav-mask">
111926  <div class="subnav-wrapper">
111927  <div class="subnav col10 pad">
111928  <section class="nested">
111929  <div class="col4 main-column">
111930  <nav class="secondary">
111931  <ul>
111932  <li class="mobile-nav-back"><a href="/publications/cancerwise/2010/12.html"
    …   aria-label="Back to 12">12</a></li>
111933  <li class="primary-nav-item">
111934  <a href="/publications/cancerwise/2010/12.html" aria-label="12 Home">12 Home</a></li>
111935  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/12/qa-myelodysplastic-syndromes-mds.html">Q&amp;A
    …   : Focus on myelodysplastic syndromes</a></li>
111936  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/12/mds-patient-looks-like-a-million-bucks.html">
    …   MDS patient 'looks like a million bucks'</a></li>
111937  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/12/caregiver-chronicles-the-luxury-of-time.html">
    …   The caregiver chronicles: The luxury of time</a></li>
111938  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/12/high-red-blood-folate-levels-linked-to-
    …   silenced-tumor-suppressor.html">High red blood folate levels linked to silenced
    …   tumor-suppressors</a></li>
111939  <li class="primary-nav-item"><a
    …   href="/publications/cancerwise/2010/12/tai-chi-healing-from-the-inside-out.html">Tai
    …   chi: Healing from the inside out</a></li>
111940  </ul>
111941  </nav>
111942  </div>
111943  </section>
111944  </div>
111945  </div>
111946  </div></li>
111947  </ul>
111948  </nav>
111949  </div>
111950  </section>
111951  </div>
111952  </div>
111953  </div></li>
111954  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/cancerwise/2009.html">2009</a>
111955  <div class="subnav-mask">
111956  <div class="subnav-wrapper">
111957  <div class="subnav col10 pad">
111958  <section class="nested">
111959  <div class="col4 main-column">
111960  <nav class="secondary">
111961  <ul>
111962  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009.html"
```

```
111962… aria-label="Back to 2009">2009</a></li>
111963 <li class="primary-nav-item">
111964 <a href="/publications/cancerwise/2009.html" aria-label="2009 Home">2009
   … Home</a></li>
111965 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2009/03.html">03</a>
111966 <div class="subnav-mask">
111967 <div class="subnav-wrapper">
111968 <div class="subnav col10 pad">
111969 <section class="nested">
111970 <div class="col4 main-column">
111971 <nav class="secondary">
111972 <ul>
111973 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/03.html"
   … aria-label="Back to 03">03</a></li>
111974 <li class="primary-nav-item">
111975 <a href="/publications/cancerwise/2009/03.html" aria-label="03 Home">03 Home</a></li>
111976 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2009/03/q-a--what-you-should.html">Q&amp;A: What you
   … should know about tonsil cancer</a></li>
111977 </ul>
111978 </nav>
111979 </div>
111980 </section>
111981 </div>
111982 </div>
111983 </div></li>
111984 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2009/05.html">05</a>
111985 <div class="subnav-mask">
111986 <div class="subnav-wrapper">
111987 <div class="subnav col10 pad">
111988 <section class="nested">
111989 <div class="col4 main-column">
111990 <nav class="secondary">
111991 <ul>
111992 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/05.html"
   … aria-label="Back to 05">05</a></li>
111993 <li class="primary-nav-item">
111994 <a href="/publications/cancerwise/2009/05.html" aria-label="05 Home">05 Home</a></li>
111995 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2009/05/new-m-d-anderson-banner-cancer-center-in-
   … arizona.html">New MD Anderson Banner Cancer Center in Arizona</a></li>
111996 </ul>
111997 </nav>
111998 </div>
111999 </section>
112000 </div>
112001 </div>
112002 </div></li>
112003 <li class="primary-nav-item has-subnav"><a
   … href="/publications/cancerwise/2009/06.html">06</a>
112004 <div class="subnav-mask">
112005 <div class="subnav-wrapper">
112006 <div class="subnav col10 pad">
112007 <section class="nested">
112008 <div class="col4 main-column">
112009 <nav class="secondary">
112010 <ul>
112011 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/06.html"
   … aria-label="Back to 06">06</a></li>
112012 <li class="primary-nav-item">
112013 <a href="/publications/cancerwise/2009/06.html" aria-label="06 Home">06 Home</a></li>
112014 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2009/06/-emergency-room-and-cancer.html">When Problems
   … Can't Wait: the Emergency Room and Cancer</a></li>
112015 <li class="primary-nav-item"><a
   … href="/publications/cancerwise/2009/06/qa-non-skin-melanomas.html">Q&amp;A: Non-skin
```

```
112015…  melanomas</a></li>
112016  </ul>
112017  </nav>
112018  </div>
112019  </section>
112020  </div>
112021  </div>
112022  </div></li>
112023  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2009/07.html">07</a>
112024  <div class="subnav-mask">
112025  <div class="subnav-wrapper">
112026  <div class="subnav col10 pad">
112027  <section class="nested">
112028  <div class="col4 main-column">
112029  <nav class="secondary">
112030  <ul>
112031  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/07.html"
    …  aria-label="Back to 07">07</a></li>
112032  <li class="primary-nav-item">
112033  <a href="/publications/cancerwise/2009/07.html" aria-label="07 Home">07 Home</a></li>
112034  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2009/07/ibc-breast-cancer-without-a-lump.html">Is
    …  there really a breast cancer without a lump?</a></li>
112035  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2009/07/the-acai-berry.html">Health benefits of the
    …  acai berry</a></li>
112036  </ul>
112037  </nav>
112038  </div>
112039  </section>
112040  </div>
112041  </div>
112042  </div></li>
112043  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2009/08.html">08</a>
112044  <div class="subnav-mask">
112045  <div class="subnav-wrapper">
112046  <div class="subnav col10 pad">
112047  <section class="nested">
112048  <div class="col4 main-column">
112049  <nav class="secondary">
112050  <ul>
112051  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/08.html"
    …  aria-label="Back to 08">08</a></li>
112052  <li class="primary-nav-item">
112053  <a href="/publications/cancerwise/2009/08.html" aria-label="08 Home">08 Home</a></li>
112054  <li class="primary-nav-item"><a
    …  href="/publications/cancerwise/2009/08/help-fight-cancer-despite-difficult-times.html
    …  ">Help fight cancer despite difficult times</a></li>
112055  </ul>
112056  </nav>
112057  </div>
112058  </section>
112059  </div>
112060  </div>
112061  </div></li>
112062  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/cancerwise/2009/09.html">09</a>
112063  <div class="subnav-mask">
112064  <div class="subnav-wrapper">
112065  <div class="subnav col10 pad">
112066  <section class="nested">
112067  <div class="col4 main-column">
112068  <nav class="secondary">
112069  <ul>
112070  <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/09.html"
    …  aria-label="Back to 09">09</a></li>
```

```
112071 <li class="primary-nav-item">
112072 <a href="/publications/cancerwise/2009/09.html" aria-label="09 Home">09 Home</a></li>
112073 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2009/09/colorectal-cancer-survivors-stories-become-
     … more-common.html">Colorectal cancer survivors' stories become more common</a></li>
112074 </ul>
112075 </nav>
112076 </div>
112077 </section>
112078 </div>
112079 </div>
112080 </div></li>
112081 <li class="primary-nav-item has-subnav"><a
     … href="/publications/cancerwise/2009/10.html">10</a>
112082 <div class="subnav-mask">
112083 <div class="subnav-wrapper">
112084 <div class="subnav col10 pad">
112085 <section class="nested">
112086 <div class="col4 main-column">
112087 <nav class="secondary">
112088 <ul>
112089 <li class="mobile-nav-back"><a href="/publications/cancerwise/2009/10.html"
     … aria-label="Back to 10">10</a></li>
112090 <li class="primary-nav-item">
112091 <a href="/publications/cancerwise/2009/10.html" aria-label="10 Home">10 Home</a></li>
112092 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2009/10/qa-gamma-knife-radiosurgery-for-brain-tumors.
     … html">Q&amp;A: Gamma Knife® Radiosurgery for Brain Tumors</a></li>
112093 <li class="primary-nav-item"><a
     … href="/publications/cancerwise/2009/10/identifying-the-silent-killer.html">
     … Identifying the silent killer: Inflammatory breast cancer</a></li>
112094 </ul>
112095 </nav>
112096 </div>
112097 </section>
112098 </div>
112099 </div>
112100 </div></li>
112101 </ul>
112102 </nav>
112103 </div>
112104 </section>
112105 </div>
112106 </div>
112107 </div></li>
112108 </ul>
112109 </nav>
112110 </div>
112111 </section>
112112 </div>
112113 </div>
112114 </div></li>
112115 <li class="primary-nav-item has-subnav"><a
     … href="/publications/conquest.html">Conquest</a>
112116 <div class="subnav-mask">
112117 <div class="subnav-wrapper">
112118 <div class="subnav col10 pad">
112119 <section class="nested">
112120 <div class="col4 main-column">
112121 <nav class="secondary">
112122 <ul>
112123 <li class="mobile-nav-back"><a href="/publications/conquest.html" aria-label="Back to
     … Conquest">Conquest</a></li>
112124 <li class="primary-nav-item">
112125 <a href="/publications/conquest.html" aria-label="Conquest Home">Conquest
     … Home</a></li>
112126 <li class="primary-nav-item has-subnav"><a
     … href="/publications/conquest/conquest-spring-2016.html">Spring 2016</a>
```

```
112127 <div class="subnav-mask">
112128 <div class="subnav-wrapper">
112129 <div class="subnav col10 pad">
112130 <section class="nested">
112131 <div class="col4 main-column">
112132 <nav class="secondary">
112133 <ul>
112134 <li class="mobile-nav-back"><a
...    href="/publications/conquest/conquest-spring-2016.html" aria-label="Back to Spring
...    2016">Spring 2016</a></li>
112135 <li class="primary-nav-item">
112136 <a href="/publications/conquest/conquest-spring-2016.html" aria-label="Spring 2016
...    Home">Spring 2016 Home</a></li>
112137 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/enhanced-recovery-surgery.html">The
...    benefits of enhanced recovery</a></li>
112138 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/therapy-for-triple-negative-breast-
...    cancer.html">Moon shot</a></li>
112139 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/treating-childhood-cancer.html">The
...    profile</a></li>
112140 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/preserving-fertility.html">Family
...    planning</a></li>
112141 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/courage-under-fire.html">Fire
...    tested</a></li>
112142 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/rare-heart-cancer.html">Common
...    enemy is uncommon</a></li>
112143 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/career-built-with-Tcells.html">The
...    profile</a></li>
112144 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/connections-between-cancer-and-
...    other-diseases.html">Common threads of disease</a></li>
112145 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/matching-bone-marrow-transplants.
...    html">No need for perfect match</a></li>
112146 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/tips-for-cancer-prevention.html">
...    Prevention, one day at a time</a></li>
112147 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/eating-cancer.html">Prevention, one
...    day at a time</a></li>
112148 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/Parker-foundation-immunotherapy-
...    alliance.html">Cancer frontline</a></li>
112149 <li class="primary-nav-item"><a
...    href="/publications/conquest/conquest-spring-2016/categorizing-colorectal-cancer.html
...    ">Cancer frontline</a></li>
112150 </ul>
112151 </nav>
112152 </div>
112153 </section>
112154 </div>
112155 </div>
112156 </div></li>
112157 <li class="primary-nav-item has-subnav"><a
...    href="/publications/conquest/conquest-fall-2015.html">Fall 2015</a>
112158 <div class="subnav-mask">
112159 <div class="subnav-wrapper">
112160 <div class="subnav col10 pad">
112161 <section class="nested">
112162 <div class="col4 main-column">
112163 <nav class="secondary">
112164 <ul>
```

```
112165  <li class="mobile-nav-back"><a href="/publications/conquest/conquest-fall-2015.html"
    ..  aria-label="Back to Fall 2015">Fall 2015</a></li>
112166  <li class="primary-nav-item">
112167  <a href="/publications/conquest/conquest-fall-2015.html" aria-label="Fall 2015
    ..  Home">Fall 2015 Home</a></li>
112168  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/jim-allison-wins-lasker-award.html">
    ..  Cancer Frontline</a></li>
112169  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/former-four-star-admiral-tapped-as-
    ..  moon-shot.html">Cancer Frontline</a></li>
112170  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/generic-heart-medication-may-improve-
    ..  outcome.html">Cancer Frontline</a></li>
112171  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/immunotherapy-drug-extends-survival.
    ..  html">Cancer Frontline</a></li>
112172  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/rethinking-radiation-treatment.html">
    ..  Less is more</a></li>
112173  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/thinking-outside-the-silo.html">
    ..  Thinking outside the silo</a></li>
112174  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/quitters-never-win-sometimes-they-do.
    ..  html">Kicking the habit</a></li>
112175  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/all-over-the-map.html">Seeking the
    ..  best care</a></li>
112176  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/innovations-in-the-or.html">Surgical
    ..  strikes on cancer</a></li>
112177  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/unleashing-the-cold-virus-to-kill-
    ..  cancer.html">The cold virus versus cancer</a></li>
112178  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/moon-shots-mission-to-confront-six-
    ..  new-cancers.html">Moon Shots mission escalates to confront six more cancer
    ..  types</a></li>
112179  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/they-are-survivors-they-are-still-
    ..  fighting.html">Support for survivors</a></li>
112180  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/the-veteran-volunteer.html">Giving
    ..  her all</a></li>
112181  <li class="primary-nav-item"><a
    ..  href="/publications/conquest/conquest-fall-2015/beyond-the-fork-in-the-road.html">
    ..  Beyond &quot;the fork in the road&quot;</a></li>
112182  </ul>
112183  </nav>
112184  </div>
112185  </section>
112186  </div>
112187  </div>
112188  </div></li>
112189  <li class="primary-nav-item has-subnav"><a
    ..  href="/publications/conquest/summer-2015.html">Summer 2015</a>
112190  <div class="subnav-mask">
112191  <div class="subnav-wrapper">
112192  <div class="subnav col10 pad">
112193  <section class="nested">
112194  <div class="col4 main-column">
112195  <nav class="secondary">
112196  <ul>
112197  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2015.html"
    ..  aria-label="Back to Summer 2015">Summer 2015</a></li>
112198  <li class="primary-nav-item">
112199  <a href="/publications/conquest/summer-2015.html" aria-label="Summer 2015
```

```
112199… Home" Summer 2015 Home</a></li>
112200  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/blood-test-could-reveal-pancreatic-cancer.
    …   html">Cancer Frontline</a></li>
112201  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/md-anderson-named-top-cancer-hospital.html">
    …   Cancer Frontline</a></li>
112202  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/dont-let-the-sun-catch-you-unprepared.html">
    …   Cancer Frontline</a></li>
112203  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/ecigarettes-popularity-underscores-need-for-
    …   regulation.html">Cancer Frontline</a></li>
112204  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/harnessing-a-mushroom-toxin-to-kill-cancer.
    …   html">Cancer Frontline</a></li>
112205  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/md-anderson-collaborates-on-worlds-first-
    …   skull-scalp-transplant.html">Cancer Frontline</a></li>
112206  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/treating-the-patient-not-just-the-cancer.
    …   html">Caring for quality of life</a></li>
112207  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-engines-powering-the-moon-shots.html">
    …   Moon Shots Program</a></li>
112208  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/reducing-risk-while-leaving-menopause-for-
    …   later.html">Empowered Prevention</a></li>
112209  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/md-andersons-got-talent.html">Gifted
    …   group</a></li>
112210  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/where-in-the-world-is-md-anderson.html">
    …   Where in the world is MD Anderson?</a></li>
112211  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-gift-thats-giving-life-to-discoveries.
    …   html">Generosity generates results</a></li>
112212  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/on-track-for-success.html">On track for
    …   success</a></li>
112213  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/the-survivor-and-the-summit.html">The
    …   climb</a></li>
112214  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2015/a-new-drug-delivers-renewed-optimism.html">A
    …   prescription for hope</a></li>
112215  </ul>
112216  </nav>
112217  </div>
112218  </section>
112219  </div>
112220  </div>
112221  </div></li>
112222  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/spring-2015.html">Spring 2015</a>
112223  <div class="subnav-mask">
112224  <div class="subnav-wrapper">
112225  <div class="subnav col10 pad">
112226  <section class="nested">
112227  <div class="col4 main-column">
112228  <nav class="secondary">
112229  <ul>
112230  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2015.html"
    …   aria-label="Back to Spring 2015">Spring 2015</a></li>
112231  <li class="primary-nav-item">
112232  <a href="/publications/conquest/spring-2015.html" aria-label="Spring 2015
    …   Home">Spring 2015 Home</a></li>
112233  <li class="primary-nav-item"><a
```

```
112233    href="/publications/conquest/spring-2015/mental-health-clinics-go-tobacco-free.html">
...       Cancer Frontline</a></li>
112234    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/md-anderson-receives-22-million-in-cprit-
...       research-funding.html">Cancer Frontline</a></li>
112235    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/hwu-named-head-of-cancer-medicine.html">
...       Cancer Frontline</a></li>
112236    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/depinho-elected-to-top-cancer-research-
...       academy.html">Cancer Frontline</a></li>
112237    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/lenvatinib-improves-survival-for-thyroid-
...       cancer-patients.html">Cancer Frontline</a></li>
112238    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/continuing-education.html">No patient left
...       behind</a></li>
112239    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/the-warrior-pose.html">Alternative
...       benefits</a></li>
112240    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/living-a-long-life-starts-early.html">
...       Prepared for prevention</a></li>
112241    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/the-unstoppable-meisha-brown.html">The
...       unstoppable Meisha Brown</a></li>
112242    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/colorectal-cancer-doesnt-care-how-old-you-
...       are.html">Rising among the young</a></li>
112243    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/getting-the-drop-on-lung-cancer.html">Detect
...       and Cure</a></li>
112244    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/md-anderson-puts-the-lab-in-collaboration.
...       html">Teaming up on cancer</a></li>
112245    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/suite-relief.html">Staying power</a></li>
112246    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/cooperating-with-cooper-to-make-great-care-
...       better.html">Cooperating with Cooper to make great care even better</a></li>
112247    <li class="primary-nav-item"><a
...       href="/publications/conquest/spring-2015/lessons-to-learn-from-a-teachers-cancer-
...       experience.html">Lessons we can learn from a teacher's cancer experience</a></li>
112248    </ul>
112249    </nav>
112250    </div>
112251    </section>
112252    </div>
112253    </div>
112254    </div></li>
112255    <li class="primary-nav-item has-subnav"><a
...       href="/publications/conquest/fall-2014.html">Fall 2014</a>
112256    <div class="subnav-mask">
112257    <div class="subnav-wrapper">
112258    <div class="subnav col10 pad">
112259    <section class="nested">
112260    <div class="col4 main-column">
112261    <nav class="secondary">
112262    <ul>
112263    <li class="mobile-nav-back"><a href="/publications/conquest/fall-2014.html"
...       aria-label="Back to Fall 2014">Fall 2014</a></li>
112264    <li class="primary-nav-item">
112265    <a href="/publications/conquest/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
...       Home</a></li>
112266    <li class="primary-nav-item"><a
...       href="/publications/conquest/fall-2014/big-plans-for-md-andersons-breast-cancer-
...       program.html">Cancer Frontline</a></li>
112267    <li class="primary-nav-item"><a
```

```
112267…  href="/publications/conquest/fall-2014/expanding-access-to-md-anderson-care.html">
    …    Cancer Frontline</a></li>
112268  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/making-imaging-more-accessible-to-west-houston
    …    .html">Cancer Frontline</a></li>
112269  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/reaping-the-benefits-of-gardening.html">Cancer
    …    Frontline</a></li>
112270  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/forgetting-cancer-on-night-to-remember.html">
    …    No silent night</a></li>
112271  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/the-cancer-prevention-vaccine.html">The cancer
    …    vaccine</a></li>
112272  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/serving-the-underserved.html">The cancer
    …    vaccine</a></li>
112273  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/tracking-the-trajectory.html">Moon shots
    …    progress</a></li>
112274  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/ovarian-and-breast-cancer.html">Moon shots
    …    progress</a></li>
112275  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/aml-mds.html">Moon shots progress</a></li>
112276  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/chronic-lymphocytic-leukemia.html">Moon shots
    …    progress</a></li>
112277  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/melanoma.html">Moon shots progress</a></li>
112278  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/prostate-cancer.html">Moon shots
    …    progress</a></li>
112279  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/lung-cancer.html">Moon shots progress</a></li>
112280  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/beating-lymphoma-into-remission-with-one-two-
    …    punch.html">Without warning</a></li>
112281  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/big-data-big-gains-for-cancer-research.html">
    …    Molecular profiling</a></li>
112282  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/braving-a-surgical-no-mans-land.html">Skull
    …    base surgery</a></li>
112283  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/the-giver.html">Giving his time and his
    …    all</a></li>
112284  <li class="primary-nav-item"><a
    …    href="/publications/conquest/fall-2014/taking-care-of-the-nurses.html">Arceneaux
    …    award winners</a></li>
112285  </ul>
112286  </nav>
112287  </div>
112288  </section>
112289  </div>
112290  </div>
112291  </div></li>
112292  <li class="primary-nav-item has-subnav"><a
    …    href="/publications/conquest/summer-2014.html">Summer 2014</a>
112293  <div class="subnav-mask">
112294  <div class="subnav-wrapper">
112295  <div class="subnav col10 pad">
112296  <section class="nested">
112297  <div class="col4 main-column">
112298  <nav class="secondary">
112299  <ul>
112300  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2014.html"
    …    aria-label="Back to Summer 2014">Summer 2014</a></li>
```

```
112301   <li class="primary-nav-item">
112302   <a href="/publications/conquest/summer-2014.html" aria-label="Summer 2014
         Home">Summer 2014 Home</a></li>
112303   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/building-a-personalized-approach-to-cancer-
         therapy.html">Cancer Frontline</a></li>
112304   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/the-beginning-of-end-tobacco.html">Cancer
         Frontline</a></li>
112305   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/get-more-out-of-conquest-with-the-ipad-app.
         html">Cancer Frontline</a></li>
112306   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/fibrous-tissue-believed-to-block-therapy-
         actually-slows-cancers-spread.html">Cancer Frontline</a></li>
112307   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/the-game-changer.html">The game
         changer</a></li>
112308   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/first-stop-research-park-in-smithville.html"
         >The game changer</a></li>
112309   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/the-t-cell-ignition-switch.html">The game
         changer</a></li>
112310   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/cd28-the-gas-pedal.html">The game
         changer</a></li>
112311   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/ctla-4-the-brakes.html">The game
         changer</a></li>
112312   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/the-slow-road-to-drug-approval.html">The
         game changer</a></li>
112313   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/improving-overall-survival.html">The game
         changer</a></li>
112314   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/stressing-out.html">Links to cancer</a></li>
112315   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/betting-on-beta-blockers.html">Links to
         cancer</a></li>
112316   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/not-overlooking-how-patients-see-themselves.
         html">Links to cancer</a></li>
112317   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/more-to-worry-about-than-cancer.html">Links
         to cancer</a></li>
112318   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/from-patent-to-patients.html">From patent to
         patients</a></li>
112319   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/surgically-removing-cancer-risk.html">
         Surgically removing cancer risk</a></li>
112320   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/99-problems-but-cancer-aint-one.html">99
         problems but cancer ain't one</a></li>
112321   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/the-adrenaline-fueled-life.html">The
         adrenaline-fueled life</a></li>
112322   <li class="primary-nav-item"><a
         href="/publications/conquest/summer-2014/prevention-the-ultimate-cure-for-cancer.html
         ">Prevention:</a></li>
112323   </ul>
112324   </nav>
112325   </div>
112326   </section>
112327   </div>
112328   </div>
```

```
112329  </div></li>
112330  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/conquest/spring-2014.html">Spring 2014</a>
112331  <div class="subnav-mask">
112332  <div class="subnav-wrapper">
112333  <div class="subnav col10 pad">
112334  <section class="nested">
112335  <div class="col4 main-column">
112336  <nav class="secondary">
112337  <ul>
112338  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2014.html"
   …    aria-label="Back to Spring 2014">Spring 2014</a></li>
112339  <li class="primary-nav-item">
112340  <a href="/publications/conquest/spring-2014.html" aria-label="Spring 2014
   …    Home">Spring 2014 Home</a></li>
112341  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/a-tale-of-two-proteins.html">Frontline</a></
   …    li>
112342  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/invasive-bladder-and-breast-cancers-bear-a-
   …    molecular-resemblance.html">Frontline</a></li>
112343  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/sensor-based-technology-benefits-both-
   …    patients-and-clinicians.html">Frontline</a></li>
112344  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/the-write-stuff-improves-outcomes.html">
   …    Frontline</a></li>
112345  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/drugs-team-up-to-hit-tumors-boost-immune-
   …    system-attacks.html">Frontline</a></li>
112346  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/blood-test-may-one-day-reveal-cancer.html">
   …    Frontline</a></li>
112347  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/going-toe-to-toe-with-tobacco.html">Plans to
   …    knock out tobacco</a></li>
112348  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/its-quitting-time-heres-some-help.html">
   …    Sounding the smoke alarm</a></li>
112349  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/clearing-the-air-about-e-cigarettes.html">
   …    Sounding the smoke alarm</a></li>
112350  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/whats-next-in-the-fight-against-tobacco.html
   …    ">Sounding the smoke alarm</a></li>
112351  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/saying-thank-you-to-a-champion-of-the-
   …    tobacco-control-struggle.html">Saying 'thank you' to a champion of the tobacco
   …    control struggle</a></li>
112352  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/the-pain-wont-stop-but-it-wont-stop-her.html
   …    ">Healed, but hurting</a></li>
112353  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/the-drug-that-may-make-chemo-a-thing-of-the-
   …    past.html">Breakthrough</a></li>
112354  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/understanding-over-imaging.html">Too much of
   …    a good thing:</a></li>
112355  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/close-quarters.html">Close quarters</a></li>
112356  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/casting-a-wide-network.html">Making Cancer
   …    History®</a></li>
112357  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/The-doctor-will-see-you-now-close-to-home.
   …    html">The doctor will see you now…close to home</a></li>
112358  <li class="primary-nav-item"><a
   …    href="/publications/conquest/spring-2014/md-anderson-immunotherapy-pioneers-list-of-
```

```
112358… awards-keeps-growing.html">Cancer Briefings</a></li>
112359  <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2014/screening-tool-targets-body-image-concerns.
    …   html">Cancer Briefings</a></li>
112360  <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2014/md-anderson-establishes-immunotherapy-
    …   partnerships.html">Cancer Briefings</a></li>
112361  <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2014/leukemia-chair-picks-up-lifetime-achievement
    …   -honor.html">Cancer Briefings</a></li>
112362  <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2014/in-treatment-but-never-out-of-touch.html">
    …   Staying connected</a></li>
112363  </ul>
112364  </nav>
112365  </div>
112366  </section>
112367  </div>
112368  </div>
112369  </div></li>
112370  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/fall-2013.html">Fall 2013</a>
112371  <div class="subnav-mask">
112372  <div class="subnav-wrapper">
112373  <div class="subnav col10 pad">
112374  <section class="nested">
112375  <div class="col4 main-column">
112376  <nav class="secondary">
112377  <ul>
112378  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2013.html"
    …   aria-label="Back to Fall 2013">Fall 2013</a></li>
112379  <li class="primary-nav-item">
112380  <a href="/publications/conquest/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
    …   Home</a></li>
112381  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/how-md-anderson-is-preparing-for-health-reform
    …   .html">Commentary</a></li>
112382  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/a-drug-a-disease-three-studies-four-
    …   investigators.html">Frontline</a></li>
112383  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/bevacizumab-fails-newly-diagnosed-glioblastoma
    …   -patients.html">STUDY NO. 1</a></li>
112384  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/diagnostic-tool-may-help-predict-right-
    …   patients-for-bevacizumab.html">STUDY NO. 2</a></li>
112385  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/bevacizumab-reduces-cognitive-function-and-
    …   quality-of-life.html">STUDY NO. 3</a></li>
112386  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/creating-an-umbrella-of-care.html">General
    …   Internal Medicine</a></li>
112387  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/a-front-door-to-answers.html">Mary Ann Weiser
    …   Suspicion of Cancer Clinic</a></li>
112388  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/with-longer-lives-come-complications.html">
    …   Hospitalist Care Service</a></li>
112389  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/understanding-complications-in-the-midst-of-
    …   complexity.html">Internal Medicine Perioperative Assessment Center</a></li>
112390  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/the-tiredness-that-doesnt-take-a-break.html">
    …   Cancer-Related Fatigue Clinic</a></li>
112391  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2013/tailored-care-for-older-patients.html">
    …   Geriatrics Clinic</a></li>
112392  <li class="primary-nav-item"><a
```

```
112392… href="/publications/conquest/fall-2013/when-joints-tendons-and-bones-creak.html">
…      Rheumatology and Clinical Immunology</a></li>
112393 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/seed-soil-and-metastasis.html">Looking beyond
…      the cancer cell</a></li>
112394 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/delving-further-into-the-soil.html">Looking
…      beyond the cancer cell</a></li>
112395 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/childrens-art-project-celebrates-40th-
…      anniversary.html">Picture this</a></li>
112396 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/brain-waves-eating-habits-and-lipids.html">
…      Brain waves, eating habits and lipids</a></li>
112397 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/lipidomics-an-emerging-field-where-obesity-
…      diabetes-and-cancer-meet.html">Brain waves, eating habits and lipids</a></li>
112398 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/no-magic-food-understanding-nutrition-and-the-
…      causes-of-cancer.html">Brain waves, eating habits and lipids</a></li>
112399 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/50-years-of-educating-scientists.html">The
…      GSBS story</a></li>
112400 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/understanding-epigenetics-to-develop-new-
…      therapies.html">Epigenetics</a></li>
112401 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/building-a-community.html">Understanding
…      epigenetics to develop new therapies</a></li>
112402 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/expanding-the-search.html">Understanding
…      epigenetics to develop new therapies</a></li>
112403 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/epigenetic-based-cancer-therapies.html">
…      Understanding epigenetics to develop new therapies</a></li>
112404 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/revealing-structural-insights.html">
…      Understanding epigenetics to develop new therapies</a></li>
112405 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/no-1-again-for-md-anderson.html">CANCER
…      BRIEFINGS</a></li>
112406 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/where-you-live-may-raise-your-risk-of-obesity.
…      html">CANCER BRIEFINGS</a></li>
112407 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/read-conquest-on-your-ipad.html">CANCER
…      BRIEFINGS</a></li>
112408 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/abbott-acquires-md-anderson-technology-company
…      .html">CANCER BRIEFINGS</a></li>
112409 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/specialty-shop-caters-to-cancer-patients.html"
…      >Sign of hope: Appearances count</a></li>
112410 <li class="primary-nav-item"><a
…      href="/publications/conquest/fall-2013/wyatt-mcspadden-behind-the-lens-again.html">
…      Moving forward</a></li>
112411 </ul>
112412 </nav>
112413 </div>
112414 </section>
112415 </div>
112416 </div>
112417 </div></li>
112418 <li class="primary-nav-item has-subnav"><a
…      href="/publications/conquest/summer-2013.html">Summer 2013</a>
112419 <div class="subnav-mask">
112420 <div class="subnav-wrapper">
112421 <div class="subnav col10 pad">
```

```
112422  <section class="nested">
112423  <div class="col4 main-column">
112424  <nav class="secondary">
112425  <ul>
112426  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2013.html"
   …    aria-label="Back to Summer 2013">Summer 2013</a></li>
112427  <li class="primary-nav-item">
112428  <a href="/publications/conquest/summer-2013.html" aria-label="Summer 2013
   …    Home">Summer 2013 Home</a></li>
112429  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/moon-shots-program-update.html">FRONTLINE</a
   …    ></li>
112430  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/why-cancer-vaccines-haven-t-worked.html">
   …    Self-sabotage</a></li>
112431  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/continuing-to-tackle-lung-cancer-prevention.
   …    html">Practice, patterns and perceptions</a></li>
112432  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/neurodegenerative-consortium.html">New
   …    therapeutic strategies for protecting the nervous system</a></li>
112433  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/magnificent-seven.html">A magnificent
   …    seven</a></li>
112434  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/mantle-cell-lymphoma.html">Mantle cell
   …    lymphoma</a></li>
112435  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/low-grade-serous-ovarian-cancer.html">Low-
   …    grade serous ovarian cancer</a></li>
112436  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/head-and-neck-cancers.html">Head and neck
   …    cancers</a></li>
112437  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/rhabdomyosarcoma.html">Rhabdomyosarcoma</a><
   …    /li>
112438  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/chronic-myeloid-leukemia.html">Chronic
   …    myeloid leukemia</a></li>
112439  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/advanced-thyroid-cancer.html">Advanced
   …    thyroid cancer</a></li>
112440  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/pancreatic-neuroendocrine-tumor.html">
   …    Pancreatic neuroendocrine tumor</a></li>
112441  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/picture-this-chaplaincy.html">Picture This:
   …    Chaplaincy</a></li>
112442  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/patients-of-all-ages.html">Patients of all
   …    ages</a></li>
112443  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/new-space-new-services.html">New space, new
   …    services</a></li>
112444  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/a-change-in-the-trend.html">A change in the
   …    trend</a></li>
112445  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/kids-are-still-kids.html">Kids are still
   …    kids</a></li>
112446  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/different-strokes-for-younger-folks.html">
   …    Different strokes for younger folks</a></li>
112447  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/teens-make-an-impact.html">Teens make an
   …    imPACT</a></li>
112448  <li class="primary-nav-item"><a
   …    href="/publications/conquest/summer-2013/thinking-ahead.html">Thinking ahead</a></li>
```

```
112449  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/bam-bam-goes-the-mri.html">Bam, bam goes the
        MRI</a></li>
112450  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/leveraging-a--village-.html">Leveraging a
        'village'</a></li>
112451  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/clinical-trials-on-a-patient-s-doorstep.html
        ">Clinical trials on a patient's doorstep</a></li>
112452  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/why-lifestyle-choices-matter.html">Why
        lifestyle choices matter</a></li>
112453  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/eliminating-barriers.html">Eliminating
        barriers</a></li>
112454  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/future-of-health-care-in-good-hands.html">
        Future of health care in good hands</a></li>
112455  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/signs-of-hope-hitting-the-high-notes.html">
        Signs of Hope: Hitting the high notes</a></li>
112456  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/moving-forward.html">Moving Forward</a></li>
112457  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2013/conquest-audio-summer-2013.html">Audio:
        Conquest summer 2013</a></li>
112458  </ul>
112459  </nav>
112460  </div>
112461  </section>
112462  </div>
112463  </div>
112464  </div></li>
112465  <li class="primary-nav-item has-subnav"><a
        href="/publications/conquest/spring-2013.html">Spring 2013</a>
112466  <div class="subnav-mask">
112467  <div class="subnav-wrapper">
112468  <div class="subnav col10 pad">
112469  <section class="nested">
112470  <div class="col4 main-column">
112471  <nav class="secondary">
112472  <ul>
112473  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2013.html"
        aria-label="Back to Spring 2013">Spring 2013</a></li>
112474  <li class="primary-nav-item">
112475  <a href="/publications/conquest/spring-2013.html" aria-label="Spring 2013
        Home">Spring 2013 Home</a></li>
112476  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/frontline-cancer-research.html">Frontline</a
        ></li>
112477  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/stem-cell-transplant.html">A most personal
        gift</a></li>
112478  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/infographic-cord-blood-bank.html">
        Infographic:</a></li>
112479  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/transplantation.html">Transplantation</a></
        li>
112480  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/picture-this-the-learning-center.html">
        Picture This: The Learning Center</a></li>
112481  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/big-data-analytics.html">Demystifying big
        data</a></li>
112482  <li class="primary-nav-item"><a
        href="/publications/conquest/spring-2013/collaboration-speeds-drug-discovery.html">
        Moon shots program update</a></li>
```

```
112483 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/parks-and-gardens.html">Gardens</a></li>
112484 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/cancer-prevention-studies.html">Prevention</
    ... a></li>
112485 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/military-service.html">Prevention</a></li>
112486 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/second-hand-smoke.html">Cancer
    ... Briefings</a></li>
112487 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/social-media.html">Cancer Briefings</a></li>
112488 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/mexico-and-texas-fight-tobacco-use.html">
    ... Cancer Briefings</a></li>
112489 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/quit-smoking-support.html">Quit
    ... smoking</a></li>
112490 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/cancer-and-exercise.html">Moving
    ... Forward:</a></li>
112491 <li class="primary-nav-item"><a
    ... href="/publications/conquest/spring-2013/volunteer-endowment-for-patient-support.html
    ... ">Signs of Hope:</a></li>
112492 </ul>
112493 </nav>
112494 </div>
112495 </section>
112496 </div>
112497 </div>
112498 </div></li>
112499 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/conquest/fall-2012.html">Fall 2012</a>
112500 <div class="subnav-mask">
112501 <div class="subnav-wrapper">
112502 <div class="subnav col10 pad">
112503 <section class="nested">
112504 <div class="col4 main-column">
112505 <nav class="secondary">
112506 <ul>
112507 <li class="mobile-nav-back"><a href="/publications/conquest/fall-2012.html"
    ... aria-label="Back to Fall 2012">Fall 2012</a></li>
112508 <li class="primary-nav-item">
112509 <a href="/publications/conquest/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
    ... Home</a></li>
112510 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/moon-shots-program.html">MD Anderson's Moon
    ... Shots Program</a></li>
112511 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/initial-moon-shots.html">Quick look:</a></li>
112512 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/frontline-lastest-research.html">Frontline</a>
    ... </li>
112513 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/reconstructive-plastic-surgery.html">Restoring
    ... the body, renewing the spirit</a></li>
112514 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/robotic-surgery.html">Plastic Surgery</a></li>
112515 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/relieving-lymphedema-symptoms.html">Plastic
    ... surgery</a></li>
112516 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/facial-reconstruction.html">Plastic
    ... surgery</a></li>
112517 <li class="primary-nav-item"><a
    ... href="/publications/conquest/fall-2012/medical-dosimetry.html">Picture This: Medical
    ... Dosimetry Program</a></li>
112518 <li class="primary-nav-item"><a
```

```
112518  href="/publications/conquest/fall-2012/symptom-research.html">The final marker is
        the patient'</a></li>
112519  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/healthy-recipe-cookbook.html">Food for
        thought</a></li>
112520  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/graduate-school-commencement.html">
        Opportunities knock</a></li>
112521  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/palliative-care.html">A 'good death'</a></li>
112522  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/t-cell-lymphoma-in-dogs.html">A new twist on
        an old partnership</a></li>
112523  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/sexual-intimacy.html">When the thrill is
        gone</a></li>
112524  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/best-hospitals.html">MD Anderson No. 1 in
        cancer care again</a></li>
112525  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/childhood-cancer-survivors.html">Moving
        Forward: Nurses who know</a></li>
112526  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/childhood-cancer-research-interns.html">Moving
        Forward: Through the microscope</a></li>
112527  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/stem-cell-transplant.html">Signs of Hope:
        Transplanted blessings</a></li>
112528  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/conquest-survey.html">Readers seek research,
        treatment news</a></li>
112529  <li class="primary-nav-item"><a
        href="/publications/conquest/fall-2012/audio-conquest-fall-2012.html">Audio: Conquest
        fall 2012</a></li>
112530  </ul>
112531  </nav>
112532  </div>
112533  </section>
112534  </div>
112535  </div>
112536  </div></li>
112537  <li class="primary-nav-item has-subnav"><a
        href="/publications/conquest/summer-2012.html">Summer 2012</a>
112538  <div class="subnav-mask">
112539  <div class="subnav-wrapper">
112540  <div class="subnav col10 pad">
112541  <section class="nested">
112542  <div class="col4 main-column">
112543  <nav class="secondary">
112544  <ul>
112545  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2012.html"
        aria-label="Back to Summer 2012">Summer 2012</a></li>
112546  <li class="primary-nav-item">
112547  <a href="/publications/conquest/summer-2012.html" aria-label="Summer 2012
        Home">Summer 2012 Home</a></li>
112548  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2012/research-advances.html">Frontline</a></li>
112549  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2012/pain-management.html">Frontline</a></li>
112550  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2012/telomeres-telomerase.html">Telomeres,
        telomerase play key roles)</a></li>
112551  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2012/breast-cancer-endocrine-therapy.html">
        Seeking more accurate predictors, treatment</a></li>
112552  <li class="primary-nav-item"><a
        href="/publications/conquest/summer-2012/breast-cancer-vaccine.html">Hybrid vaccine
        shows promise</a></li>
```

```
112553  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/investigational-drugs-ewings-sarcoma.html">
    …   COMBINATION MAY UNLOCK TREATMENT RESISTANCE</a></li>
112554  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/platelets-ovarian-cancer.html">Historical
    …   marker</a></li>
112555  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/melanoma-brain-metastases.html">Drug shrinks
    …   melanoma brain metastases</a></li>
112556  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/Where-change-begins.html">Where change
    …   begins</a></li>
112557  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/quality-engineers.html">Quality
    …   improvement</a></li>
112558  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/environment-recycle.html">Green
    …   medicine</a></li>
112559  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/regional-care-centers.html">Going the
    …   distance</a></li>
112560  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/myelofibrosis.html">When life is
    …   good</a></li>
112561  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/beauty-barber-shop.html">Picture This:
    …   Beauty/Barber Shop</a></li>
112562  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/medical-training-simulation.html">Practice
    …   makes perfect</a></li>
112563  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/integrative-medicine.html">A 'whole' in one
    …   center</a></li>
112564  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/pharmacy-drug-shortage.html">When the
    …   pipeline dries up</a></li>
112565  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/cancer-briefings.html">Cancer
    …   Briefings</a></li>
112566  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/telesurgery-att.html">Planting seeds to
    …   shape the future</a></li>
112567  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/xerostomia-acupuncture.html">When it's hard
    …   to swallow</a></li>
112568  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/collage-patient-art.html">Signs of Hope:
    …   COLLAGE</a></li>
112569  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/moving-forward-burkitt-s-lymphoma.html">
    …   Moving Forward: Jameisha Brown</a></li>
112570  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2012/conquest-audio-summer-2012.html">Audio</a></
    …   li>
112571  </ul>
112572  </nav>
112573  </div>
112574  </section>
112575  </div>
112576  </div>
112577  </div></li>
112578  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/spring-2012.html">Spring 2012</a>
112579  <div class="subnav-mask">
112580  <div class="subnav-wrapper">
112581  <div class="subnav col10 pad">
112582  <section class="nested">
112583  <div class="col4 main-column">
```

```
112584  <nav class="secondary">
112585  <ul>
112586  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2012.html"
    ⮑  aria-label="Back to Spring 2012">Spring 2012</a></li>
112587  <li class="primary-nav-item">
112588  <a href="/publications/conquest/spring-2012.html" aria-label="Spring 2012
    ⮑  Home">Spring 2012 Home</a></li>
112589  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/cancer-research.html">Frontline</a></li>
112590  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/drug-development-cancer-research.html">
    ⮑  Academic Insight, Industrial Execution</a></li>
112591  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/weight-loss-obese-monkeys.html">Drug Leads
    ⮑  to Weight Loss in Obese Monkeys</a></li>
112592  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/chronic-lymphocytic-leukemia.html">New Drug
    ⮑  Controls CLL in Clinical Trials</a></li>
112593  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/acute-myeloid-leukemia.html">Vorinostat
    ⮑  Enhances Treatment for AML</a></li>
112594  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/myelodysplastic-syndromes.html">Guidance for
    ⮑  Myelodysplastic Syndrome</a></li>
112595  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/metastatic-breast-cancer.html">Frontline</a>
    ⮑  </li>
112596  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/partial-breast-irradiation-brachytherapy.
    ⮑  html">Frontline</a></li>
112597  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/anesthesiology-awake-craniotomy.html">The
    ⮑  Pilots of the OR</a></li>
112598  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/anesthesiology-technologists.html">
    ⮑  Cultivating a New Field</a></li>
112599  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/cancer-treatment-cancer-drug-targeted-
    ⮑  therapy.html">Picture This:</a></li>
112600  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/underserved-minority-health.html">The
    ⮑  Privilege Is in the Service</a></li>
112601  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/faces-of-care.html">MDA at LBJ</a></li>
112602  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/cancer-screenings.html">Behind the
    ⮑  Scenes</a></li>
112603  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/nutrition-diet-and-cancer.html">Clinical
    ⮑  Nutrition</a></li>
112604  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/md-anderson-news.html">Cancer
    ⮑  Briefings</a></li>
112605  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/john-mendelsohn.html">Cancer
    ⮑  briefings</a></li>
112606  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/exercise-and-cancer.html">15-minute
    ⮑  Investment in a Longer Life</a></li>
112607  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/conquest-annual-report-survey.html">Conquest
    ⮑  , Annual Report Survey</a></li>
112608  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/bladder-cancer.html">Moving Forward: Gus,
    ⮑  Bob and Larry</a></li>
112609  <li class="primary-nav-item"><a
    ⮑  href="/publications/conquest/spring-2012/voice-box-damage.html">Signs of
    ⮑  Hope:</a></li>
```

```
112610  <li class="primary-nav-item"><a
    …   href="/publications/conquest/spring-2012/conquest-spring-2012-audio.html">Audio:
        Conquest spring 2012</a></li>
112611  </ul>
112612  </nav>
112613  </div>
112614  </section>
112615  </div>
112616  </div>
112617  </div></li>
112618  <li class="primary-nav-item has-subnav"><a
        href="/publications/conquest/fall-2011.html">Fall 2011</a>
112619  <div class="subnav-mask">
112620  <div class="subnav-wrapper">
112621  <div class="subnav col10 pad">
112622  <section class="nested">
112623  <div class="col4 main-column">
112624  <nav class="secondary">
112625  <ul>
112626  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2011.html"
    …   aria-label="Back to Fall 2011">Fall 2011</a></li>
112627  <li class="primary-nav-item">
112628  <a href="/publications/conquest/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
        Home</a></li>
112629  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/frontline-cancer-research.html">Frontline</a><
    …   /li>
112630  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/smokers-lung-cancer-screening.html">Answers
    …   for Long-Term Smokers</a></li>
112631  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/cytarabine-for-aml-shortage.html">Doctor steps
    …   to the fore</a></li>
112632  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/acute-lymphoblastic-leukemia-all.html">First
    …   of its kind for all</a></li>
112633  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/melanoma-vaccine.html">A Changing Landscape
    …   for Melanoma</a></li>
112634  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/yoga.html">Yoga Better Than Simple
    …   Stretching</a></li>
112635  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/squamous-cell-cancer.html">Genetic Variations
    …   May Aid Certain Patients</a></li>
112636  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/breast-cancer-test.html">Test Helps Predict
    …   Chemotherapy Response</a></li>
112637  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/ronald-depinho-president.html">Changing the
    …   Stories We Tell</a></li>
112638  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/lynda-chin.html">Lynda Chin 'Powerful Force in
    …   Science'</a></li>
112639  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/aging-and-cancer.html">Aging and Cancer: Two
    …   Sides of Same Coin</a></li>
112640  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/depinho-martial-arts.html">From Martial Arts
    …   to Cloning Oncogenes</a></li>
112641  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/depinho-colbert-report.html">Having Fun, While
    …   Staying on Message</a></li>
112642  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/blood-bank.html">Picture This: Blood
    …   Bank</a></li>
112643  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2011/bus-rounds-home-hospice.html">Journey Into
```

```
112643… Reality</a></li>
112644 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/geriatric-oncology.html">A Quiet
    … Crisis</a></li>
112645 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/aging-support-for-cancer-patients.html">
    … Support for Those Aging With Cancer</a></li>
112646 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/seer-database.html">SEER Database 'Exceptional
    … Resource'</a></li>
112647 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/education-training.html">A Firm
    … Foundation</a></li>
112648 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/3-d-virtual-radiotherapy-training.html">3-D
    … Isn't Just for the Movies</a></li>
112649 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/school-of-health-professions.html">Memorable
    … Day, Rewarding Career</a></li>
112650 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/khalifa-bin-zayed-al-nahyan-foundation.html">
    … Largest-Ever Donation</a></li>
112651 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/nasa-banner-mid-campus-us-news.html">Cancer
    … Briefings</a></li>
112652 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/marble-in-space.html">Cancer
    … Briefings</a></li>
112653 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/banner-md-anderson.html">'Lantern of Hope'
    … Shines in Arizona</a></li>
112654 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/mid-campus-building.html">Mid Campus Building
    … Has Intelligent Design</a></li>
112655 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/us-news-ranking.html">MD Anderson Retains Top
    … Cancer Ranking</a></li>
112656 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/children-s-art-project.html">Signs of
    … Hope:</a></li>
112657 <li class="primary-nav-item"><a
    … href="/publications/conquest/fall-2011/karissa-ma-breast-cancer.html">Moving
    … Forward:</a></li>
112658 </ul>
112659 </nav>
112660 </div>
112661 </section>
112662 </div>
112663 </div>
112664 </div></li>
112665 <li class="primary-nav-item has-subnav"><a
    … href="/publications/conquest/summer-2011.html">Summer 2011</a>
112666 <div class="subnav-mask">
112667 <div class="subnav-wrapper">
112668 <div class="subnav col10 pad">
112669 <section class="nested">
112670 <div class="col4 main-column">
112671 <nav class="secondary">
112672 <ul>
112673 <li class="mobile-nav-back"><a href="/publications/conquest/summer-2011.html"
    … aria-label="Back to Summer 2011">Summer 2011</a></li>
112674 <li class="primary-nav-item">
112675 <a href="/publications/conquest/summer-2011.html" aria-label="Summer 2011
    … Home">Summer 2011 Home</a></li>
112676 <li class="primary-nav-item"><a
    … href="/publications/conquest/summer-2011/depinho-md-anderson-president.html">DePinho
    … next MD Anderson president</a></li>
112677 <li class="primary-nav-item"><a
```

```
112677… href="/publications/conquest/summer-2011/herceptin-for-breast-cancer.html">Roadblock
…     Clears Path for Herceptin</a></li>
112678 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/cancer-research-news.html">Also in the
…     News:</a></li>
112679 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/lung-cancer-protein-inhibited.html">Lung
…     Cancer</a></li>
112680 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/genes-predict-response-to-tarceva.html">Lung
…     Cancer</a></li>
112681 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/bladder-cancer-risk.html">Another Key to
…     Bladder Cancer Risk</a></li>
112682 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/john-mendelsohn-office.html">Picture
…     This:</a></li>
112683 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/john-mendelsohn.html">Legacy of a
…     President:</a></li>
112684 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/john-and-anne-mendelsohn.html">Through
…     Whirlwind and Calm</a></li>
112685 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/visionary.html">Visionary:</a></li>
112686 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/researcher.html">Researcher:</a></li>
112687 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/pioneer-cancer-treatment.html">Pioneer:</a><
…     /li>
112688 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/leader-growth.html">Leader:</a></li>
112689 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/ambassador.html">Ambassador:</a></li>
112690 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/educator.html">Educator:</a></li>
112691 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/architect-global.html">Architect:
…     Structured, Global Relationships</a></li>
112692 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/fundraiser-philanthropy.html">Fundraiser: On
…     the Money</a></li>
112693 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/nurses-caring-for-cancer-patients.html">
…     Questioning Traditions, Standards, Basics</a></li>
112694 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/compression-stockings-for-vte.html">Thigh-
…     High Versus Knee-High</a></li>
112695 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/blood-pressure-machines.html">The Undeniable
…     Pressure of Evidence</a></li>
112696 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/child-visitation-policy.html">Together When
…     They Need Each Other Most</a></li>
112697 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/cancer-survivor-john-holland.html">Moving
…     Forward: John Holland</a></li>
112698 <li class="primary-nav-item"><a
…     href="/publications/conquest/summer-2011/conquest-audio-summer-2011.html">Conquest
…     Audio - Summer 2011</a></li>
112699 </ul>
112700 </nav>
112701 </div>
112702 </section>
112703 </div>
112704 </div>
112705 </div></li>
112706 <li class="primary-nav-item has-subnav"><a
```

```
112706… href="/publications/conquest/spring-2011.html">Spring 2011</a>
112707 <div class="subnav-mask">
112708 <div class="subnav-wrapper">
112709 <div class="subnav col10 pad">
112710 <section class="nested">
112711 <div class="col4 main-column">
112712 <nav class="secondary">
112713 <ul>
112714 <li class="mobile-nav-back"><a href="/publications/conquest/spring-2011.html"
   … aria-label="Back to Spring 2011">Spring 2011</a></li>
112715 <li class="primary-nav-item">
112716 <a href="/publications/conquest/spring-2011.html" aria-label="Spring 2011
   … Home">Spring 2011 Home</a></li>
112717 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/mendelsohn-to-leave-presidency.html">
   … Mendelsohn to Leave the 'Best Job'</a></li>
112718 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/also-in-the-news.html">Also in the
   … News</a></li>
112719 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/breast-cancer-survival.html">Breast Cancer
   … Survival on the Rise</a></li>
112720 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/lungs-that-function.html">Lungs That
   … Function Not Taken for Granted</a></li>
112721 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/pulmonary-rehabilitation.html">Pulmonary
   … Rehabilitation Empowers Patients</a></li>
112722 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/airway-inflammation.html">Keeping an Eye on
   … Airway Inflammation</a></li>
112723 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/sleep-disorders.html">Sleep Disorders Can Be
   … Major Burden</a></li>
112724 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/cancer-rehabilitation.html">Picture
   … This:</a></li>
112725 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nursing-innovations.html">A formidable
   … force</a></li>
112726 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nursing-congress.html">Nurses Find Ways to
   … Own Their Practice</a></li>
112727 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/good-catch-program.html">Good Catch Program
   … Eyes Potential Errors</a></li>
112728 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/physician-communication-skills.html">The
   … Patient-Physician Relationship</a></li>
112729 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/adolescents-young-adults.html">Focus on
   … Adolescent, Young Adult Age Gap</a></li>
112730 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/cancer-prevention-studies.html">The best
   … line of defense</a></li>
112731 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/pickens-gift.html">MD Anderson Leverages
   … Pickens' Gift</a></li>
112732 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/fundraising-campaign.html">MD Anderson Meets
   … $1 Billion Goal</a></li>
112733 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/nanotechnologies.html">Cancer
   … briefings</a></li>
112734 <li class="primary-nav-item"><a
   … href="/publications/conquest/spring-2011/ventilator-associated-pneumonia.html">MD
   … Anderson Honored for Efforts in ICU</a></li>
112735 <li class="primary-nav-item"><a
```

```
112735…  href="/publications/conquest/spring-2011/italian-patient.html">Italian Patient Now
     …  Triathlete</a></li>
112736  <li class="primary-nav-item"><a
     …  href="/publications/conquest/spring-2011/radiation-bells.html">Signs of hope</a></li>
112737  </ul>
112738  </nav>
112739  </div>
112740  </section>
112741  </div>
112742  </div>
112743  </div></li>
112744  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/conquest/fall-2010.html">Fall 2010</a>
112745  <div class="subnav-mask">
112746  <div class="subnav-wrapper">
112747  <div class="subnav col10 pad">
112748  <section class="nested">
112749  <div class="col4 main-column">
112750  <nav class="secondary">
112751  <ul>
112752  <li class="mobile-nav-back"><a href="/publications/conquest/fall-2010.html"
     …  aria-label="Back to Fall 2010">Fall 2010</a></li>
112753  <li class="primary-nav-item">
112754  <a href="/publications/conquest/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
     …  Home</a></li>
112755  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/global-cancer-programs.html">Branching Out to
     …  Conquer Cancer</a></li>
112756  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/health-disparities.html">Frontline</a></li>
112757  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/ovarian-cancer.html">Frontline</a></li>
112758  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/lung-cancer.html">Selenium Not Useful Against
     …  Lung Cancer</a></li>
112759  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/shark-cartilage.html">Shark Cartilage Extract
     …  Shows No Benefit</a></li>
112760  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/cml-drugs.html">New Generation of Drugs for
     …  CML</a></li>
112761  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/cancer-care-in-japan.html">Cultural Shift in
     …  Cancer Care</a></li>
112762  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/international-patients.html">Paving Way for
     …  International Patients</a></li>
112763  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/ovarian-cancer-study.html">Ovarian Cancer
     …  Study a Life-Saver</a></li>
112764  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/cancer-nursing-development.html">Programs
     …  Nurture Nursing Legacy</a></li>
112765  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/nursing-externs.html">Externs Develop
     …  Confidence, Love of Nursing</a></li>
112766  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/oncology-nursing.html">Nursing Fellowship
     …  Highly Sought After</a></li>
112767  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/mohs-surgery.html">Mohs Surgery Is 'Gold
     …  Standard'</a></li>
112768  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/stem-cell-transplant.html">Sign of
     …  hope</a></li>
112769  <li class="primary-nav-item"><a
     …  href="/publications/conquest/fall-2010/bone-disease.html">Bone Disease Program of
     …  Texas Meets Goal</a></li>
```

```
112770  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2010/cancer-vaccine.html">Cancer Vaccine Efforts
    …   Get Boost</a></li>
112771  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2010/us-news.html">MD Anderson Maintains No. 1
    …   Ranking</a></li>
112772  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2010/magnet-nursing.html">Nursing Earns Magnet for
    …   Third Time</a></li>
112773  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2010/adrenocortical-carcinoma.html">Moving
    …   forward</a></li>
112774  <li class="primary-nav-item"><a
    …   href="/publications/conquest/fall-2010/cancer-news.html">Also in the News</a></li>
112775  </ul>
112776  </nav>
112777  </div>
112778  </section>
112779  </div>
112780  </div>
112781  </div></li>
112782  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/conquest/summer-2010.html">Summer 2010</a>
112783  <div class="subnav-mask">
112784  <div class="subnav-wrapper">
112785  <div class="subnav col10 pad">
112786  <section class="nested">
112787  <div class="col4 main-column">
112788  <nav class="secondary">
112789  <ul>
112790  <li class="mobile-nav-back"><a href="/publications/conquest/summer-2010.html"
    …   aria-label="Back to Summer 2010">Summer 2010</a></li>
112791  <li class="primary-nav-item">
112792  <a href="/publications/conquest/summer-2010.html" aria-label="Summer 2010
    …   Home">Summer 2010 Home</a></li>
112793  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/chemo-combo-for-endometrial-patients.html">
    …   Chemo Combo Shows Promise for Endometrial Cancer Patients</a></li>
112794  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/battle-against-lung-cancer.html">Frontline</
    …   a></li>
112795  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/chemoprevention-for-colon-cancer.html">
    …   Chemoprevention for Colon Cancer</a></li>
112796  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/busulfan-improves-transplant-outcomes.html">
    …   Busulfan Improves Outcomes for Stem Cell Transplant Patients</a></li>
112797  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/bladder-cancer-well-done-meat.html">Bladder
    …   Cancer Risk Higher for Those Who Eat Well-Done Meat</a></li>
112798  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/ovarian-cancer-stress.html">Stress Helps
    …   Ovarian Cancer Cells Escape</a></li>
112799  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/leukemia-treatment-outcomes-blood-count-test
    …   .html">Blood Count Test Helps Predict Leukemia Treatment Outcomes</a></li>
112800  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/genes-help-identify-glioblastomas.html">
    …   Genes Help Identify Some Glioblastomas</a></li>
112801  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/symptoms-stem-cell-transplants.html">Tool
    …   Measures Severity of Transplant-Related Symptoms</a></li>
112802  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/preventive-breast-surgery.html">New Guidance
    …   for Decisions on Preventive Breast Surgery</a></li>
112803  <li class="primary-nav-item"><a
    …   href="/publications/conquest/summer-2010/also-in-the-news.html">Also in the
    …   News</a></li>
```

```
112804  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/survivorship.html">Survivorship:</a></li>
112805  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/stem-cell-transplant-survivors.html">Stem
    …    Cell Transplant</a></li>
112806  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/ovarian-cancer-survivor.html">Survivorship</
    …    a></li>
112807  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/radiological-physics-clinical-trials.html">
    …    Radiological Physics Center</a></li>
112808  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/childrens-cancer-hospital.html">Pediatrics</
    …    a></li>
112809  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/cancer-prevention-research-training-program.
    …    html">Education</a></li>
112810  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/volunteer-pilots-grace-flight.html">A
    …    graceful way to fly</a></li>
112811  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/cancer-survivors-stories.html">Cancer
    …    Survivors' Stories:</a></li>
112812  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/baseline-pet-scans.html">Baseline PET Scans
    …    Becoming More Routine</a></li>
112813  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/yoga-get-nci-support.html">Yoga Gets
    …    Resounding Support From NCI</a></li>
112814  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/depression-and-smoking-project-soar.html">
    …    Project SOAR: Depression, Smoking Collide</a></li>
112815  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/living-legend-sam-nunn.html">Nunn Highlights
    …    'Living Legend' Event</a></li>
112816  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/moving-forward-lisa-richardson.html">Moving
    …    Forward:</a></li>
112817  <li class="primary-nav-item"><a
    …    href="/publications/conquest/summer-2010/beads-of-courage.html">Signs of
    …    Hope:</a></li>
112818  </ul>
112819  </nav>
112820  </div>
112821  </section>
112822  </div>
112823  </div>
112824  </div></li>
112825  <li class="primary-nav-item has-subnav"><a
    …    href="/publications/conquest/spring-2010.html">Spring 2010</a>
112826  <div class="subnav-mask">
112827  <div class="subnav-wrapper">
112828  <div class="subnav col10 pad">
112829  <section class="nested">
112830  <div class="col4 main-column">
112831  <nav class="secondary">
112832  <ul>
112833  <li class="mobile-nav-back"><a href="/publications/conquest/spring-2010.html"
    …    aria-label="Back to Spring 2010">Spring 2010</a></li>
112834  <li class="primary-nav-item">
112835  <a href="/publications/conquest/spring-2010.html" aria-label="Spring 2010
    …    Home">Spring 2010 Home</a></li>
112836  <li class="primary-nav-item"><a
    …    href="/publications/conquest/spring-2010/making-cancer-history-.html">What's in a
    …    Name?</a></li>
112837  <li class="primary-nav-item"><a
    …    href="/publications/conquest/spring-2010/multiple-myeloma.html">An Advance for
    …    Multiple Myeloma Patients</a></li>
```

```
112838 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/metastasis.html">Team of Two Oncoproteins
    … Crucial Step in Metastasis</a></li>
112839 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/pancreatic-cancer.html">Blood Test May
    … Detect Pancreatic Cancer</a></li>
112840 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/small-cell-lung-cancer.html">Combined
    … Therapies Show Promise in Small Cell Lung Cancer</a></li>
112841 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/smoking-among-mexican-americans.html">What
    … Predicts Smoking Risk for Mexican-American Youth?</a></li>
112842 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/racial-disparities-in-radiation-therapy.html
    … ">Racial Disparities in Radiation Therapy for Early-Stage Breast Cancer</a></li>
112843 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/pathology.html">Pathology:</a></li>
112844 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/spore-grants.html">Found in
    … Translation:</a></li>
112845 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/prostate-cancer.html">Enlightened
    … Choices:</a></li>
112846 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/transform-cancer-care.html">Transforming
    … Cancer Care:</a></li>
112847 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/symptom-management.html">Supportive Care
    … Center</a></li>
112848 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/living-legend.html">Cancer
    … briefings</a></li>
112849 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/radiation-treatment-in-turkey.html">Cancer
    … briefings</a></li>
112850 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/childhood-obesity.html">Attacking Childhood
    … Obesity With 'CAN DO' Attitude</a></li>
112851 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/regional-care-katy.html">Katy Center Adds
    … Medical Oncology Services</a></li>
112852 <li class="primary-nav-item"><a
    … href="/publications/conquest/spring-2010/kevin-olson.html">Moving Forward:</a></li>
112853 </ul>
112854 </nav>
112855 </div>
112856 </section>
112857 </div>
112858 </div>
112859 </div></li>
112860 </ul>
112861 </nav>
112862 </div>
112863 </section>
112864 </div>
112865 </div>
112866 </div></li>
112867 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health.html">Focused on Health</a>
112868 <div class="subnav-mask">
112869 <div class="subnav-wrapper">
112870 <div class="subnav col10 pad">
112871 <section class="nested">
112872 <div class="col4 main-column">
112873 <nav class="secondary">
112874 <ul>
112875 <li class="mobile-nav-back"><a href="/publications/focused-on-health.html"
    … aria-label="Back to Focused on Health">Focused on Health</a></li>
```

```
112876 <li class="primary-nav-item">
112877 <a href="/publications/focused-on-health.html" aria-label="Focused on Health
    … Home">Focused on Health Home</a></li>
112878 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/June2016.html">June 2016</a>
112879 <div class="subnav-mask">
112880 <div class="subnav-wrapper">
112881 <div class="subnav col10 pad">
112882 <section class="nested">
112883 <div class="col4 main-column">
112884 <nav class="secondary">
112885 <ul>
112886 <li class="mobile-nav-back"><a href="/publications/focused-on-health/June2016.html"
    … aria-label="Back to June 2016">June 2016</a></li>
112887 <li class="primary-nav-item">
112888 <a href="/publications/focused-on-health/June2016.html" aria-label="June 2016
    … Home">June 2016 Home</a></li>
112889 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/June2016/how-sunscreen-works.html">How
    … sunscreen works</a></li>
112890 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/June2016/eating-healthy-tips.html">Eating
    … healthy in an unhealthy world</a></li>
112891 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/June2016/add-more-activity-workday.html">How to
    … add more activity to your workday</a></li>
112892 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/June2016/vitamin-d-and-skin-cancer.html">
    … Vitamin D: What you should know</a></li>
112893 </ul>
112894 </nav>
112895 </div>
112896 </section>
112897 </div>
112898 </div>
112899 </div></li>
112900 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/May2016.html">May 2016</a>
112901 <div class="subnav-mask">
112902 <div class="subnav-wrapper">
112903 <div class="subnav col10 pad">
112904 <section class="nested">
112905 <div class="col4 main-column">
112906 <nav class="secondary">
112907 <ul>
112908 <li class="mobile-nav-back"><a href="/publications/focused-on-health/May2016.html"
    … aria-label="Back to May 2016">May 2016</a></li>
112909 <li class="primary-nav-item">
112910 <a href="/publications/focused-on-health/May2016.html" aria-label="May 2016 Home">May
    … 2016 Home</a></li>
112911 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/health-benefits-cycling.html">5 Health
    … benefits of cycling</a></li>
112912 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/cycling-for-beginners.html">Cycling for
    … beginners</a></li>
112913 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/skin-screening-what-to-expect.html">
    … Skin screening: What to expect</a></li>
112914 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/lawncare-cancer-risk.html">Lawn care
    … and your cancer risk</a></li>
112915 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/eat-less-red-meat.html">Challenge: Eat
    … less red meat</a></li>
112916 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/May2016/your-guide-to-eating-less-red-meat.html
    … ">Guide: Eat less red meat</a></li>
```

```
112917 </ul>
112918 </nav>
112919 </div>
112920 </section>
112921 </div>
112922 </div>
112923 </div></li>
112924 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/April2016.html">April 2016</a>
112925 <div class="subnav-mask">
112926 <div class="subnav-wrapper">
112927 <div class="subnav col10 pad">
112928 <section class="nested">
112929 <div class="col4 main-column">
112930 <nav class="secondary">
112931 <ul>
112932 <li class="mobile-nav-back"><a href="/publications/focused-on-health/April2016.html"
    … aria-label="Back to April 2016">April 2016</a></li>
112933 <li class="primary-nav-item">
112934 <a href="/publications/focused-on-health/April2016.html" aria-label="April 2016
    … Home">April 2016 Home</a></li>
112935 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/April2016/Get-more-energy.html">Healthy ways to
    … get more energy</a></li>
112936 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/April2016/best-health-information-online.html">
    … How to find the best health information online</a></li>
112937 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/April2016/exercise-shoe-guide.html">Which
    … exercise shoe is right for you?</a></li>
112938 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/April2016/colon-cancer-screening--colonoscopy-
    … vs-virtual-colonoscopy.html">Get the Facts: Colonoscopy vs. Virtual
    … Colonoscopy</a></li>
112939 </ul>
112940 </nav>
112941 </div>
112942 </section>
112943 </div>
112944 </div>
112945 </div></li>
112946 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/march-2016.html">March 2016</a>
112947 <div class="subnav-mask">
112948 <div class="subnav-wrapper">
112949 <div class="subnav col10 pad">
112950 <section class="nested">
112951 <div class="col4 main-column">
112952 <nav class="secondary">
112953 <ul>
112954 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2016.html"
    … aria-label="Back to March 2016">March 2016</a></li>
112955 <li class="primary-nav-item">
112956 <a href="/publications/focused-on-health/march-2016.html" aria-label="March 2016
    … Home">March 2016 Home</a></li>
112957 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2016/Howtoreadanutrtionlabel.html">How to
    … read a nutrition label</a></li>
112958 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2016/Howadermatologistprotectsfherskin.
    … html">How a dermatologist protects her skin</a></li>
112959 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2016/kidstoughsmokingquestions.html">Kids
    … tough smoking questions</a></li>
112960 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2016/
    … thetruthbehindsixstrengthtrainingmyths.html">The truth behind six strength training
    … myths</a></li>
```

Page 3294

```
112961  </ul>
112962  </nav>
112963  </div>
112964  </section>
112965  </div>
112966  </div>
112967  </div></li>
112968  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/february-2016.html">February 2016</a>
112969  <div class="subnav-mask">
112970  <div class="subnav-wrapper">
112971  <div class="subnav col10 pad">
112972  <section class="nested">
112973  <div class="col4 main-column">
112974  <nav class="secondary">
112975  <ul>
112976  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/february-2016.html" aria-label="Back to
    …   February 2016">February 2016</a></li>
112977  <li class="primary-nav-item">
112978  <a href="/publications/focused-on-health/february-2016.html" aria-label="February
    …   2016 Home">February 2016 Home</a></li>
112979  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/why-one-woman-decided-to-have-
    …   genetic-testing-for-the-brca-mutat.html">Why one woman decided to have genetic
    …   testing for the BRCA mutation</a></li>
112980  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/8-ways-to-help-your-kids-get-
    …   exercise-indoors.html">8 ways to help your kids get exercise indoors</a></li>
112981  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/is-your-manicure-safe-.html">Is
    …   your manicure safe?</a></li>
112982  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/how-fiber-helps-lower-your-cancer
    …   -risk.html">How fiber helps lower your cancer risk</a></li>
112983  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/eat-less-processed-meat.html">
    …   Guide: Eat less processed meat</a></li>
112984  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/february-2016/processed-meat-challenge.html">
    …   Challenge: Eat less processed meat</a></li>
112985  </ul>
112986  </nav>
112987  </div>
112988  </section>
112989  </div>
112990  </div>
112991  </div></li>
112992  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/january-2016.html">January 2016</a>
112993  <div class="subnav-mask">
112994  <div class="subnav-wrapper">
112995  <div class="subnav col10 pad">
112996  <section class="nested">
112997  <div class="col4 main-column">
112998  <nav class="secondary">
112999  <ul>
113000  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/january-2016.html" aria-label="Back to January
    …   2016">January 2016</a></li>
113001  <li class="primary-nav-item">
113002  <a href="/publications/focused-on-health/january-2016.html" aria-label="January 2016
    …   Home">January 2016 Home</a></li>
113003  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2016/FOH-healthy-habit.html">How to
    …   make a change for good</a></li>
113004  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2016/FOH-cleanses-detox-fasts.html">4
```

```
113004… things you should know about cleanses, detoxes and fasts</a></li>
113005  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2016/FOH-smoking-testimonial.html">'It
    …   just feels wonderful not to smoke anymore'</a></li>
113006  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2016/fruits-and-vegetables-guide.html">
    …   Guide: Eat more fruits and vegetables</a></li>
113007  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/january-2016/eat-more-fruits-and-vegetables.
    …   html">Challenge: Eat more fruits and vegetables</a></li>
113008  </ul>
113009  </nav>
113010  </div>
113011  </section>
113012  </div>
113013  </div>
113014  </div></li>
113015  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/december-2015.html">December 2015</a>
113016  <div class="subnav-mask">
113017  <div class="subnav-wrapper">
113018  <div class="subnav col10 pad">
113019  <section class="nested">
113020  <div class="col4 main-column">
113021  <nav class="secondary">
113022  <ul>
113023  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/december-2015.html" aria-label="Back to
    …   December 2015">December 2015</a></li>
113024  <li class="primary-nav-item">
113025  <a href="/publications/focused-on-health/december-2015.html" aria-label="December
    …   2015 Home">December 2015 Home</a></li>
113026  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/FOH-2015-prevention-news.html">
    …   The year in cancer prevention: 5 things you need to know</a></li>
113027  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/FOH-2015-prevention-stories.html"
    …   >Our most popular cancer prevention stories in 2015</a></li>
113028  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/FOH-energy-balance.html">Energy
    …   balance: What is it, and how can you achieve it?</a></li>
113029  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/FOH-colon-polyps.html">Colon
    …   polyps: What to ask your doctor</a></li>
113030  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/whole-grains-guide.html">Guide:
    …   How to spot real whole grains</a></li>
113031  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/december-2015/whole-grains-challenge.html">
    …   Challenge: Eat more whole grains</a></li>
113032  </ul>
113033  </nav>
113034  </div>
113035  </section>
113036  </div>
113037  </div>
113038  </div></li>
113039  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/november-2015.html">November 2015</a>
113040  <div class="subnav-mask">
113041  <div class="subnav-wrapper">
113042  <div class="subnav col10 pad">
113043  <section class="nested">
113044  <div class="col4 main-column">
113045  <nav class="secondary">
113046  <ul>
113047  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/november-2015.html" aria-label="Back to
```

```
113047…  November 2015">November 2015</a></li>
113048  <li class="primary-nav-item">
113049  <a href="/publications/focused-on-health/november-2015.html" aria-label="November
     …  2015 Home">November 2015 Home</a></li>
113050  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/november-2015/FOH-HPV-numbers.html">HPV by the
     …  numbers</a></li>
113051  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/november-2015/FOH-healthy-Thanksgiving.html">
     …  How to make your Thanksgiving a little healthier</a></li>
113052  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/november-2015/FOH-lung-screening.html">Q&amp;A:
     …  Lung cancer screening</a></li>
113053  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/november-2015/FOH-menopause-cancer.html">
     …  Menopause and cancer risk: Get answers</a></li>
113054  </ul>
113055  </nav>
113056  </div>
113057  </section>
113058  </div>
113059  </div>
113060  </div></li>
113061  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/focused-on-health/october-2015.html">October 2015</a>
113062  <div class="subnav-mask">
113063  <div class="subnav-wrapper">
113064  <div class="subnav col10 pad">
113065  <section class="nested">
113066  <div class="col4 main-column">
113067  <nav class="secondary">
113068  <ul>
113069  <li class="mobile-nav-back"><a
     …  href="/publications/focused-on-health/october-2015.html" aria-label="Back to October
     …  2015">October 2015</a></li>
113070  <li class="primary-nav-item">
113071  <a href="/publications/focused-on-health/october-2015.html" aria-label="October 2015
     …  Home">October 2015 Home</a></li>
113072  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/FOH-3D-mammography.html">What you
     …  should know about 3-D mammography</a></li>
113073  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/FOH-carcinogens.html">Is it a
     …  carcinogen?</a></li>
113074  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/FOH-metabolism-myths.html">The
     …  truth behind 5 metabolism myths</a></li>
113075  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/FOH-apples-pumpkins.html">Apples
     …  and pumpkins: Tips to pick, store and prepare</a></li>
113076  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/alishias-challenge-eat-more-plant-
     …  proteins.html">Challenge: Eat more plant proteins</a></li>
113077  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/october-2015/a-healthy-guide-to-plant-protein.
     …  html">Guide: Eat more plant protein</a></li>
113078  </ul>
113079  </nav>
113080  </div>
113081  </section>
113082  </div>
113083  </div>
113084  </div></li>
113085  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/focused-on-health/september-2015.html">September 2015</a>
113086  <div class="subnav-mask">
113087  <div class="subnav-wrapper">
113088  <div class="subnav col10 pad">
```

```
113089 <section class="nested">
113090 <div class="col4 main-column">
113091 <nav class="secondary">
113092 <ul>
113093 <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/september-2015.html" aria-label="Back to
       September 2015">September 2015</a></li>
113094 <li class="primary-nav-item">
113095 <a href="/publications/focused-on-health/september-2015.html" aria-label="September
       2015 Home">September 2015 Home</a></li>
113096 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/FOH-colorectal-cancer-under-50.
    …  html">What you should know about colorectal cancer if you're under 50</a></li>
113097 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/FOH-teen-smoking-risk-factors.
    …  html">Teen smoking: 4 risk factors to watch for</a></li>
113098 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/FOH-protein-101.html">Protein
    …  101</a></li>
113099 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/FOH-prevention-groceries.html">
    …  41 foods that may reduce your cancer risk</a></li>
113100 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/alcohol-cancer.html">Guide:
    …  Alcohol and cancer</a></li>
113101 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/september-2015/robs-challenge-to-drink-less-
    …  alcohol.html">Challenge: Drink less alcohol</a></li>
113102 </ul>
113103 </nav>
113104 </div>
113105 </section>
113106 </div>
113107 </div>
113108 </div></li>
113109 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/august-2015.html">August 2015</a>
113110 <div class="subnav-mask">
113111 <div class="subnav-wrapper">
113112 <div class="subnav col10 pad">
113113 <section class="nested">
113114 <div class="col4 main-column">
113115 <nav class="secondary">
113116 <ul>
113117 <li class="mobile-nav-back"><a
    …  href="/publications/focused-on-health/august-2015.html" aria-label="Back to August
    …  2015">August 2015</a></li>
113118 <li class="primary-nav-item">
113119 <a href="/publications/focused-on-health/august-2015.html" aria-label="August 2015
       Home">August 2015 Home</a></li>
113120 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/august-2015/FOH-activity-trackers.html">
    …  Activity Trackers: Move More and Lower Your Cancer Risk</a></li>
113121 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/august-2015/FOH-add-exercise.html">How to add
    …  more exercise and activity to your day</a></li>
113122 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/august-2015/FOH-skin-cancer-risk.html">What's
    …  your skin cancer risk?</a></li>
113123 <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/august-2015/FOH-sunscreen-rules.html">Sunscreen
    …  : New rules for your protection</a></li>
113124 </ul>
113125 </nav>
113126 </div>
113127 </section>
113128 </div>
113129 </div>
```

```
113130  </div></li>
113131  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/july-2015.html">July 2015</a>
113132  <div class="subnav-mask">
113133  <div class="subnav-wrapper">
113134  <div class="subnav col10 pad">
113135  <section class="nested">
113136  <div class="col4 main-column">
113137  <nav class="secondary">
113138  <ul>
113139  <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2015.html"
    …   aria-label="Back to July 2015">July 2015</a></li>
113140  <li class="primary-nav-item">
113141  <a href="/publications/focused-on-health/july-2015.html" aria-label="July 2015
    …   Home">July 2015 Home</a></li>
113142  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/july-2015/FOH-healthy-lunch-kids.html">Healthy
    …   lunch ideas for kids</a></li>
113143  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/july-2015/FOH-stress-meditation.html">Lower
    …   your stress with beginner meditation techniques</a></li>
113144  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/july-2015/FOH-portion-sizes.html">Portion sizes
    …   and your cancer risk</a></li>
113145  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/july-2015/FOH-first-mammogram.html">Your First
    …   Mammogram: What to Expect</a></li>
113146  </ul>
113147  </nav>
113148  </div>
113149  </section>
113150  </div>
113151  </div>
113152  </div></li>
113153  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/june-2015.html">June 2015</a>
113154  <div class="subnav-mask">
113155  <div class="subnav-wrapper">
113156  <div class="subnav col10 pad">
113157  <section class="nested">
113158  <div class="col4 main-column">
113159  <nav class="secondary">
113160  <ul>
113161  <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2015.html"
    …   aria-label="Back to June 2015">June 2015</a></li>
113162  <li class="primary-nav-item">
113163  <a href="/publications/focused-on-health/june-2015.html" aria-label="June 2015
    …   Home">June 2015 Home</a></li>
113164  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/june-2015/FOH-dietary-fats.html">Protect your
    …   health with the right dietary fats</a></li>
113165  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/june-2015/FOH-secondhand-smoke.html">Secondhand
    …   smoke: Avoid the health risks</a></li>
113166  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/june-2015/FOH-walking-schedule.html">Take the
    …   first step: Walking for beginners</a></li>
113167  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/june-2015/FOH-exercise-fast.html">Exercise: Get
    …   it done in minutes</a></li>
113168  </ul>
113169  </nav>
113170  </div>
113171  </section>
113172  </div>
113173  </div>
113174  </div></li>
113175  <li class="primary-nav-item has-subnav"><a
```

```
113175…  href="/publications/focused-on-health/may-2015.html">May 2015</a>
113176  <div class="subnav-mask">
113177  <div class="subnav-wrapper">
113178  <div class="subnav col10 pad">
113179  <section class="nested">
113180  <div class="col4 main-column">
113181  <nav class="secondary">
113182  <ul>
113183  <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2015.html"
    …  aria-label="Back to May 2015">May 2015</a></li>
113184  <li class="primary-nav-item">
113185  <a href="/publications/focused-on-health/may-2015.html" aria-label="May 2015
    …  Home">May 2015 Home</a></li>
113186  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/may-2015/FOH-probiotics.html">Probiotics:
    …  Healthy bacteria for your gut</a></li>
113187  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/may-2015/FOH-HPV-myths.html">HPV and cancer: 10
    …  myths busted</a></li>
113188  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/may-2015/FOH-cancer-love-sugar.html">Does
    …  cancer love sugar?</a></li>
113189  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/may-2015/FOH-exercise-video-games.html">Video
    …  games: Exercise for kids?</a></li>
113190  </ul>
113191  </nav>
113192  </div>
113193  </section>
113194  </div>
113195  </div>
113196  </div></li>
113197  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/april-2015.html">April 2015</a>
113198  <div class="subnav-mask">
113199  <div class="subnav-wrapper">
113200  <div class="subnav col10 pad">
113201  <section class="nested">
113202  <div class="col4 main-column">
113203  <nav class="secondary">
113204  <ul>
113205  <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2015.html"
    …  aria-label="Back to April 2015">April 2015</a></li>
113206  <li class="primary-nav-item">
113207  <a href="/publications/focused-on-health/april-2015.html" aria-label="April 2015
    …  Home">April 2015 Home</a></li>
113208  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/april-2015/FOH-sugar-cancer-link.html">Sugar
    …  and cancer: What's the link?</a></li>
113209  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/april-2015/FOH-interval-training.html">Exercise
    …  : Interval training to build a lean body</a></li>
113210  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/april-2015/FOH-home-safe.html">Keep your home
    …  safe to lower your cancer risk</a></li>
113211  <li class="primary-nav-item"><a
    …  href="/publications/focused-on-health/april-2015/FOH-sunless-tanning.html">Tanning
    …  products offer safe alternative to the sun</a></li>
113212  </ul>
113213  </nav>
113214  </div>
113215  </section>
113216  </div>
113217  </div>
113218  </div></li>
113219  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/focused-on-health/march-2015.html">March 2015</a>
113220  <div class="subnav-mask">
```

```
113221 <div class="subnav-wrapper">
113222 <div class="subnav col10 pad">
113223 <section class="nested">
113224 <div class="col4 main-column">
113225 <nav class="secondary">
113226 <ul>
113227 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2015.html"
   …  aria-label="Back to March 2015">March 2015</a></li>
113228 <li class="primary-nav-item">
113229 <a href="/publications/focused-on-health/march-2015.html" aria-label="March 2015
   …  Home">March 2015 Home</a></li>
113230 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/march-2015/FOH-colon-cleansing.html">Colon
   …  cleansing: Health or hype?</a></li>
113231 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/march-2015/FOH-products-quit-nicotine.html">
   …  Quit smoking: 7 products to strike out nicotine cravings</a></li>
113232 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/march-2015/FOH-mole-check.html">Skin cancer:
   …  Uncover that mole</a></li>
113233 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/march-2015/FOH-yoga.html">Yoga: Build a strong
   …  body and mind</a></li>
113234 </ul>
113235 </nav>
113236 </div>
113237 </section>
113238 </div>
113239 </div>
113240 </div></li>
113241 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/february-2015.html">February 2015</a>
113242 <div class="subnav-mask">
113243 <div class="subnav-wrapper">
113244 <div class="subnav col10 pad">
113245 <section class="nested">
113246 <div class="col4 main-column">
113247 <nav class="secondary">
113248 <ul>
113249 <li class="mobile-nav-back"><a
   …  href="/publications/focused-on-health/february-2015.html" aria-label="Back to
   …  February 2015">February 2015</a></li>
113250 <li class="primary-nav-item">
113251 <a href="/publications/focused-on-health/february-2015.html" aria-label="February
   …  2015 Home">February 2015 Home</a></li>
113252 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/february-2015/FOH-winter-skin-cancer.html">
   …  Winter sun and your skin cancer risk</a></li>
113253 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/february-2015/FOH-caffeine-health.html">
   …  Caffeine: Health perks and pitfalls</a></li>
113254 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/february-2015/FOH-healthy-lifestyle.html">6
   …  ways to live a healthy lifestyle</a></li>
113255 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/february-2015/FOH-genetic-testing.html">Who
   …  Needs Genetic Testing for Cancer?</a></li>
113256 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/february-2015/FOH-women-screening-exams.html">
   …  Women: Screening exams by age</a></li>
113257 </ul>
113258 </nav>
113259 </div>
113260 </section>
113261 </div>
113262 </div>
113263 </div></li>
113264 <li class="primary-nav-item has-subnav"><a
```

```
113264  href="/publications/focused-on-health/january-2015.html">January 2015</a>
113265  <div class="subnav-mask">
113266  <div class="subnav-wrapper">
113267  <div class="subnav col10 pad">
113268  <section class="nested">
113269  <div class="col4 main-column">
113270  <nav class="secondary">
113271  <ul>
113272  <li class="mobile-nav-back"><a
   …    href="/publications/focused-on-health/january-2015.html" aria-label="Back to January
   …    2015">January 2015</a></li>
113273  <li class="primary-nav-item">
113274  <a href="/publications/focused-on-health/january-2015.html" aria-label="January 2015
   …    Home">January 2015 Home</a></li>
113275  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/january-2015/FOH-strength-training.html">How
   …    strength training pumps up your health</a></li>
113276  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/january-2015/FOH-healthy-weight-loss.html">
   …    Resolve to lose weight the healthy way</a></li>
113277  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/january-2015/FOH-hpv-cancer-risks.html">HPV and
   …    cancer: The lesser-known risks</a></li>
113278  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/january-2015/FOH-walking-workout.html">Boost
   …    your walking workout to prevent cancer</a></li>
113279  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/january-2015/FOH-men-screening-exams.html">Men:
   …    Cancer screening exams by age</a></li>
113280  </ul>
113281  </nav>
113282  </div>
113283  </section>
113284  </div>
113285  </div>
113286  </div></li>
113287  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/focused-on-health/december-2014.html">December 2014</a>
113288  <div class="subnav-mask">
113289  <div class="subnav-wrapper">
113290  <div class="subnav col10 pad">
113291  <section class="nested">
113292  <div class="col4 main-column">
113293  <nav class="secondary">
113294  <ul>
113295  <li class="mobile-nav-back"><a
   …    href="/publications/focused-on-health/december-2014.html" aria-label="Back to
   …    December 2014">December 2014</a></li>
113296  <li class="primary-nav-item">
113297  <a href="/publications/focused-on-health/december-2014.html" aria-label="December
   …    2014 Home">December 2014 Home</a></li>
113298  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/december-2014/how-stress-affects-cancer-risk.
   …    html">How stress affects cancer risk</a></li>
113299  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/december-2014/holiday-exercise.html">Holiday
   …    exercise: No gym required</a></li>
113300  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/december-2014/holiday-baking-subs.html">15
   …    healthy holiday baking substitutes</a></li>
113301  <li class="primary-nav-item"><a
   …    href="/publications/focused-on-health/december-2014/breast-implant-cancer.html">Women
   …    : Breast implants and cancer risk</a></li>
113302  </ul>
113303  </nav>
113304  </div>
113305  </section>
113306  </div>
```

```
113307  </div>
113308  </div></li>
113309  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/november-2014.html">November 2014</a>
113310  <div class="subnav-mask">
113311  <div class="subnav-wrapper">
113312  <div class="subnav col10 pad">
113313  <section class="nested">
113314  <div class="col4 main-column">
113315  <nav class="secondary">
113316  <ul>
113317  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/november-2014.html" aria-label="Back to
    …   November 2014">November 2014</a></li>
113318  <li class="primary-nav-item">
113319  <a href="/publications/focused-on-health/november-2014.html" aria-label="November
    …   2014 Home">November 2014 Home</a></li>
113320  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/november-2014/low-dose-aspirin-cancer-
    …   prevention.html">Can a daily aspirin lower your cancer risk?</a></li>
113321  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/november-2014/tobacco-truths-to-help-smokers-
    …   quit.html">8 tobacco truths to help you quit smoking</a></li>
113322  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/november-2014/healthy-serving-sizes-for-
    …   thanksgiving-dinner.html">Healthy serving sizes for your Thanksgiving dinner</a></li>
113323  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/november-2014/cut-stress.html">5 ways to cut
    …   stress</a></li>
113324  </ul>
113325  </nav>
113326  </div>
113327  </section>
113328  </div>
113329  </div>
113330  </div></li>
113331  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/october-2014.html">October 2014</a>
113332  <div class="subnav-mask">
113333  <div class="subnav-wrapper">
113334  <div class="subnav col10 pad">
113335  <section class="nested">
113336  <div class="col4 main-column">
113337  <nav class="secondary">
113338  <ul>
113339  <li class="mobile-nav-back"><a
    …   href="/publications/focused-on-health/october-2014.html" aria-label="Back to October
    …   2014">October 2014</a></li>
113340  <li class="primary-nav-item">
113341  <a href="/publications/focused-on-health/october-2014.html" aria-label="October 2014
    …   Home">October 2014 Home</a></li>
113342  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/october-2014/breastfeeding-breast-cancer-
    …   prevention.html">Breastfeeding lowers your breast cancer risk</a></li>
113343  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/october-2014/does-diet-soda-cause-cancer.html">
    …   Diet soda and cancer: What you should know</a></li>
113344  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/october-2014/genetic-testing-for-breast-cancer.
    …   html">Do you need genetic testing for breast cancer?</a></li>
113345  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/october-2014/avoid-secondhand-smoke.html">9
    …   ways to say, &quot;Don't smoke around me.&quot;</a></li>
113346  </ul>
113347  </nav>
113348  </div>
113349  </section>
113350  </div>
```

```
113351 </div>
113352 </div></li>
113353 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/september-2014.html">September 2014</a>
113354 <div class="subnav-mask">
113355 <div class="subnav-wrapper">
113356 <div class="subnav col10 pad">
113357 <section class="nested">
113358 <div class="col4 main-column">
113359 <nav class="secondary">
113360 <ul>
113361 <li class="mobile-nav-back"><a
   …  href="/publications/focused-on-health/september-2014.html" aria-label="Back to
   …  September 2014">September 2014</a></li>
113362 <li class="primary-nav-item">
113363 <a href="/publications/focused-on-health/september-2014.html" aria-label="September
   …  2014 Home">September 2014 Home</a></li>
113364 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/september-2014/food-truths-to-lower-cancer-risk
   …  .html">Food and cancer: 8 truths to help lower risk</a></li>
113365 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/september-2014/quit-social-smoking.html">Quit
   …  social smoking to reduce cancer risk</a></li>
113366 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/september-2014/track-your-psa-test-scores.html"
   …  >Your PSA test: Keep score to help find cancer</a></li>
113367 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/september-2014/soy-cancer.html">Do soy foods
   …  increase cancer risk?</a></li>
113368 </ul>
113369 </nav>
113370 </div>
113371 </section>
113372 </div>
113373 </div>
113374 </div></li>
113375 <li class="primary-nav-item has-subnav"><a
   …  href="/publications/focused-on-health/august-2014.html">August 2014</a>
113376 <div class="subnav-mask">
113377 <div class="subnav-wrapper">
113378 <div class="subnav col10 pad">
113379 <section class="nested">
113380 <div class="col4 main-column">
113381 <nav class="secondary">
113382 <ul>
113383 <li class="mobile-nav-back"><a
   …  href="/publications/focused-on-health/august-2014.html" aria-label="Back to August
   …  2014">August 2014</a></li>
113384 <li class="primary-nav-item">
113385 <a href="/publications/focused-on-health/august-2014.html" aria-label="August 2014
   …  Home">August 2014 Home</a></li>
113386 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/august-2014/your-body-weight-and-cancer-risk.
   …  html">How your weight affects your cancer risk</a></li>
113387 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/august-2014/cancer-prevention-cosmetic-beauty-
   …  tips.html">Beauty products and cancer: Are you at risk?</a></li>
113388 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/august-2014/tips-to-get-kids-to-exercise.html">
   …  10 tips to get kids to exercise</a></li>
113389 <li class="primary-nav-item"><a
   …  href="/publications/focused-on-health/august-2014/cancer-symptoms-women.html">10
   …  cancer Symptoms Women Shouldn't Ignore</a></li>
113390 </ul>
113391 </nav>
113392 </div>
113393 </section>
113394 </div>
```

```
113395  </div>
113396  </div></li>
113397  <li class="primary-nav-item has-subnav"><a
        href="/publications/focused-on-health/july-2014.html">July 2014</a>
113398  <div class="subnav-mask">
113399  <div class="subnav-wrapper">
113400  <div class="subnav col10 pad">
113401  <section class="nested">
113402  <div class="col4 main-column">
113403  <nav class="secondary">
113404  <ul>
113405  <li class="mobile-nav-back"><a href="/publications/focused-on-health/july-2014.html"
        aria-label="Back to July 2014">July 2014</a></li>
113406  <li class="primary-nav-item">
113407  <a href="/publications/focused-on-health/july-2014.html" aria-label="July 2014
        Home">July 2014 Home</a></li>
113408  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/july-2014/cancer-fighting-foods-women.html">7
        foods that lower women's cancer risk</a></li>
113409  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/july-2014/quit-smoking-benefits.html">Benefits
        of quitting smoking</a></li>
113410  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/july-2014/barbecue-cancer.html">Barbecue and
        cancer: Make a healthy plate</a></li>
113411  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/july-2014/kids-sun-protection.html">5 Tips for
        kids sun protection</a></li>
113412  </ul>
113413  </nav>
113414  </div>
113415  </section>
113416  </div>
113417  </div>
113418  </div></li>
113419  <li class="primary-nav-item has-subnav"><a
        href="/publications/focused-on-health/june-2014.html">June 2014</a>
113420  <div class="subnav-mask">
113421  <div class="subnav-wrapper">
113422  <div class="subnav col10 pad">
113423  <section class="nested">
113424  <div class="col4 main-column">
113425  <nav class="secondary">
113426  <ul>
113427  <li class="mobile-nav-back"><a href="/publications/focused-on-health/june-2014.html"
        aria-label="Back to June 2014">June 2014</a></li>
113428  <li class="primary-nav-item">
113429  <a href="/publications/focused-on-health/june-2014.html" aria-label="June 2014
        Home">June 2014 Home</a></li>
113430  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/june-2014/exercise-and-cancer-training-guide.
        html">Exercise and cancer: Your training guide</a></li>
113431  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/june-2014/herbal-supplements.html">Herbal
        supplements: Health or hype?</a></li>
113432  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/june-2014/hpv-vaccine-kids.html">HPV vaccine:
        Help your kids prevent cancer</a></li>
113433  <li class="primary-nav-item"><a
        href="/publications/focused-on-health/june-2014/gmos-cancer.html">Do GMOs cause
        cancer?</a></li>
113434  </ul>
113435  </nav>
113436  </div>
113437  </section>
113438  </div>
113439  </div>
113440  </div></li>
```

```
113441  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/may-2014.html">May 2014</a>
113442  <div class="subnav-mask">
113443  <div class="subnav-wrapper">
113444  <div class="subnav col10 pad">
113445  <section class="nested">
113446  <div class="col4 main-column">
113447  <nav class="secondary">
113448  <ul>
113449  <li class="mobile-nav-back"><a href="/publications/focused-on-health/may-2014.html"
    …   aria-label="Back to May 2014">May 2014</a></li>
113450  <li class="primary-nav-item">
113451  <a href="/publications/focused-on-health/may-2014.html" aria-label="May 2014
    …   Home">May 2014 Home</a></li>
113452  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/may-2014/inflamation-cancer-diet.html">
    …   Inflammation and cancer: Why your diet is important</a></li>
113453  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/may-2014/cancer-prevention-diet-exercise-tips.
    …   html">Drop belly fat, drop cancer risks</a></li>
113454  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/may-2014/cigars-ecigarettes-hookahs.html">
    …   Tobacco targets kids: Cigars, e-cigarettes and hookahs</a></li>
113455  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/may-2014/organic-food-cancer-prevention.html">
    …   Organic foods: A healthier option to avoid cancer?</a></li>
113456  </ul>
113457  </nav>
113458  </div>
113459  </section>
113460  </div>
113461  </div>
113462  </div></li>
113463  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/april-2014.html">April 2014</a>
113464  <div class="subnav-mask">
113465  <div class="subnav-wrapper">
113466  <div class="subnav col10 pad">
113467  <section class="nested">
113468  <div class="col4 main-column">
113469  <nav class="secondary">
113470  <ul>
113471  <li class="mobile-nav-back"><a href="/publications/focused-on-health/april-2014.html"
    …   aria-label="Back to April 2014">April 2014</a></li>
113472  <li class="primary-nav-item">
113473  <a href="/publications/focused-on-health/april-2014.html" aria-label="April 2014
    …   Home">April 2014 Home</a></li>
113474  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/april-2014/juicing-cancer.html">Should you
    …   juice your fruits and vegetables?</a></li>
113475  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/april-2014/how-to-start-a-healthy-garden.html">
    …   How to start a healthy garden</a></li>
113476  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/april-2014/garden-your-way-to-health.html">
    …   Garden your way to health</a></li>
113477  <li class="primary-nav-item"><a
    …   href="/publications/focused-on-health/april-2014/healthy-sleep-habits.html">8 Healthy
    …   sleep habits</a></li>
113478  </ul>
113479  </nav>
113480  </div>
113481  </section>
113482  </div>
113483  </div>
113484  </div></li>
113485  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/focused-on-health/march-2014.html">March 2014</a>
```

```
113486 <div class="subnav-mask">
113487 <div class="subnav-wrapper">
113488 <div class="subnav col10 pad">
113489 <section class="nested">
113490 <div class="col4 main-column">
113491 <nav class="secondary">
113492 <ul>
113493 <li class="mobile-nav-back"><a href="/publications/focused-on-health/march-2014.html"
    … aria-label="Back to March 2014">March 2014</a></li>
113494 <li class="primary-nav-item">
113495 <a href="/publications/focused-on-health/march-2014.html" aria-label="March 2014
    … Home">March 2014 Home</a></li>
113496 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/microbiome-cancer.html">Bacteria and
    … cancer: Feeding your microbiome</a></li>
113497 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/cancer-symptoms-men.html">10 Cancer
    … symptoms men shouldn't ignore</a></li>
113498 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/colonoscopy-preparation.html">Ensure
    … success with colonoscopy prep</a></li>
113499 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/march-2014/exercise-myths.html">7 Exercise
    … myths debunked</a></li>
113500 </ul>
113501 </nav>
113502 </div>
113503 </section>
113504 </div>
113505 </div>
113506 </div></li>
113507 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/february-2014.html">February 2014</a>
113508 <div class="subnav-mask">
113509 <div class="subnav-wrapper">
113510 <div class="subnav col10 pad">
113511 <section class="nested">
113512 <div class="col4 main-column">
113513 <nav class="secondary">
113514 <ul>
113515 <li class="mobile-nav-back"><a
    … href="/publications/focused-on-health/february-2014.html" aria-label="Back to
    … February 2014">February 2014</a></li>
113516 <li class="primary-nav-item">
113517 <a href="/publications/focused-on-health/february-2014.html" aria-label="February
    … 2014 Home">February 2014 Home</a></li>
113518 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/cancer-risk-sitting.html">Hours
    … of sitting: What's your cancer risk?</a></li>
113519 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/cancer-prevention-apps.html">41
    … Apps to help prevent cancer</a></li>
113520 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/health-app-choices.html">How to
    … choose a good health app</a></li>
113521 <li class="primary-nav-item"><a
    … href="/publications/focused-on-health/february-2014/exams-insurance-coverage.html">
    … Cancer preventive versus diagnostic exams: What to know about insurance
    … coverage</a></li>
113522 </ul>
113523 </nav>
113524 </div>
113525 </section>
113526 </div>
113527 </div>
113528 </div></li>
113529 <li class="primary-nav-item has-subnav"><a
    … href="/publications/focused-on-health/january-2014.html">January 2014</a>
```

```
113530  <div class="subnav-mask">
113531  <div class="subnav-wrapper">
113532  <div class="subnav col10 pad">
113533  <section class="nested">
113534  <div class="col4 main-column">
113535  <nav class="secondary">
113536  <ul>
113537  <li class="mobile-nav-back"><a
     …  href="/publications/focused-on-health/january-2014.html" aria-label="Back to January
     …  2014">January 2014</a></li>
113538  <li class="primary-nav-item">
113539  <a href="/publications/focused-on-health/january-2014.html" aria-label="January 2014
     …  Home">January 2014 Home</a></li>
113540  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/january-2014/exercise-tips.html">Exercise tips
     …  for a better body</a></li>
113541  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/january-2014/healthy-snacks.html">Healthy
     …  snacks can help reduce cancer risk</a></li>
113542  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/january-2014/diet-review.html">Food for
     …  thought: A diet review</a></li>
113543  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/january-2014/pap-test-facts.html">5 Pap test
     …  facts women should know</a></li>
113544  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/january-2014/fight-winter-depression.html">
     …  Winter blues? 6 ways to improve mood and energy</a></li>
113545  </ul>
113546  </nav>
113547  </div>
113548  </section>
113549  </div>
113550  </div>
113551  </div></li>
113552  <li class="primary-nav-item"></li>
113553  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/focused-on-health/July2016.html">July 2016</a>
113554  <div class="subnav-mask">
113555  <div class="subnav-wrapper">
113556  <div class="subnav col10 pad">
113557  <section class="nested">
113558  <div class="col4 main-column">
113559  <nav class="secondary">
113560  <ul>
113561  <li class="mobile-nav-back"><a href="/publications/focused-on-health/July2016.html"
     …  aria-label="Back to July 2016">July 2016</a></li>
113562  <li class="primary-nav-item">
113563  <a href="/publications/focused-on-health/July2016.html" aria-label="July 2016
     …  Home">July 2016 Home</a></li>
113564  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/July2016/BMI-four-things-you-should-know.html">
     …  BMI: 4 things you should know</a></li>
113565  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/July2016/carbs-101.html">Carbs 101</a></li>
113566  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/July2016/birth-control-pill-and-cancer-risk.
     …  html">The pill and cancer: Is there a link?</a></li>
113567  <li class="primary-nav-item"><a
     …  href="/publications/focused-on-health/July2016/lower-eyelid-cancer-risk.html">How to
     …  help lower your eyelid cancer risk</a></li>
113568  </ul>
113569  </nav>
113570  </div>
113571  </section>
113572  </div>
113573  </div>
113574  </div></li>
```

```
113575  </ul>
113576  </nav>
113577  </div>
113578  </section>
113579  </div>
113580  </div>
113581  </div></li>
113582  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog.html">OncoLog</a>
113583  <div class="subnav-mask">
113584  <div class="subnav-wrapper">
113585  <div class="subnav col10 pad">
113586  <section class="nested">
113587  <div class="col4 main-column">
113588  <nav class="secondary">
113589  <ul>
113590  <li class="mobile-nav-back"><a href="/publications/oncolog.html" aria-label="Back to
    …  OncoLog">OncoLog</a></li>
113591  <li class="primary-nav-item">
113592  <a href="/publications/oncolog.html" aria-label="OncoLog Home">OncoLog Home</a></li>
113593  <li class="primary-nav-item"><a href="/publications/oncolog/july-2016.html">July
    …  2016</a></li>
113594  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/june-2016.html">June 2016</a>
113595  <div class="subnav-mask">
113596  <div class="subnav-wrapper">
113597  <div class="subnav col10 pad">
113598  <section class="nested">
113599  <div class="col4 main-column">
113600  <nav class="secondary">
113601  <ul>
113602  <li class="mobile-nav-back"><a href="/publications/oncolog/june-2016.html"
    …  aria-label="Back to June 2016">June 2016</a></li>
113603  <li class="primary-nav-item">
113604  <a href="/publications/oncolog/june-2016.html" aria-label="June 2016 Home">June 2016
    …  Home</a></li>
113605  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2016/proton-therapy-for-nonsmall-cell-lung-cancer-.
    …  html">Proton Therapy for Non-Small Cell Lung Cancer</a></li>
113606  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2016/braf-inhibitor-shows-promise-against-multiple-
    …  cancer-types.html">BRAF Inhibitor Shows Promise against Multiple Cancer
    …  Types</a></li>
113607  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2016/second-primary-cancers-in-cancer-survivors.html
    …  ">Second Primary Cancers in Cancer Survivors</a></li>
113608  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2016/house-call--types-of-radiation-therapy.html">
    …  House Call: Types of Radiation Therapy</a></li>
113609  <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2016/useful-resources--breast-cancer-survivorship-
    …  course.html">Useful Resources: Breast Cancer Survivorship Course</a></li>
113610  </ul>
113611  </nav>
113612  </div>
113613  </section>
113614  </div>
113615  </div>
113616  </div></li>
113617  <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/may-2016.html">May 2016</a>
113618  <div class="subnav-mask">
113619  <div class="subnav-wrapper">
113620  <div class="subnav col10 pad">
113621  <section class="nested">
113622  <div class="col4 main-column">
113623  <nav class="secondary">
113624  <ul>
```

```
113625 <li class="mobile-nav-back"><a href="/publications/oncolog/may-2016.html"
    ... aria-label="Back to May 2016">May 2016</a></li>
113626 <li class="primary-nav-item">
113627 <a href="/publications/oncolog/may-2016.html" aria-label="May 2016 Home">May 2016
    ... Home</a></li>
113628 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/may-2016/intratumoral-therapies-offer-novel-cancer-
    ... treatment-approach.html">Intratumoral Therapies</a></li>
113629 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/may-2016/high-risk-acute-lymphoblastic-leukemia-subtype-
    ... targeted-in-upcom.html">High-Risk Acute Lymphoblastic Leukemia Subtype Targeted in
    ... Upcoming
113630 Clinical Trial</a></li>
113631 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/may-2016/house-call--what-is-metastasis-.html">House
    ... Call: What Is Metastasis?</a></li>
113632 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/may-2016/in-brief--new-staging-system-proposed-for-hpv-
    ... related-oropharyng.html">New Staging System Proposed for HPV-Related Oropharyngeal
    ... Cancer</a></li>
113633 </ul>
113634 </nav>
113635 </div>
113636 </section>
113637 </div>
113638 </div>
113639 </div></li>
113640 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/oncolog/april-2016.html">April 2016</a>
113641 <div class="subnav-mask">
113642 <div class="subnav-wrapper">
113643 <div class="subnav col10 pad">
113644 <section class="nested">
113645 <div class="col4 main-column">
113646 <nav class="secondary">
113647 <ul>
113648 <li class="mobile-nav-back"><a href="/publications/oncolog/april-2016.html"
    ... aria-label="Back to April 2016">April 2016</a></li>
113649 <li class="primary-nav-item">
113650 <a href="/publications/oncolog/april-2016.html" aria-label="April 2016 Home">April
    ... 2016 Home</a></li>
113651 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/april-2016/aggressive-multimodality-salvage-therapy-for-
    ... locally-recurrent-r.html">Locally Recurrent Rectal Cancer</a></li>
113652 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/april-2016/rapid-assessment--clinical-trials-could-
    ... improve-outcomes-for-ana.html">Anaplastic Thyroid Cancer</a></li>
113653 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/april-2016/house-call--skin-cancer-prevention.html">House
    ... Call: Skin Cancer Prevention</a></li>
113654 </ul>
113655 </nav>
113656 </div>
113657 </section>
113658 </div>
113659 </div>
113660 </div></li>
113661 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/oncolog/march-2016.html">March 2016</a>
113662 <div class="subnav-mask">
113663 <div class="subnav-wrapper">
113664 <div class="subnav col10 pad">
113665 <section class="nested">
113666 <div class="col4 main-column">
113667 <nav class="secondary">
113668 <ul>
113669 <li class="mobile-nav-back"><a href="/publications/oncolog/march-2016.html"
    ... aria-label="Back to March 2016">March 2016</a></li>
```

```
113670 <li class="primary-nav-item"><a
113671 href="/publications/oncolog/march-2016.html" aria-label="March 2016 Home">March
  …    2016 Home</a></li>
113672 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/march-2016/innovations-decrease-toxic-effects-of-
  …    radiation-therapy-for-medi.html">Innovations Decrease Toxic Effects of Radiation
  …    Therapy for Mediastinal
113673 Tumors from Hematological Malignancies</a></li>
113674 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/march-2016/transoral-robotic-surgery-enables-less-toxic-
  …    treatment-of-early-.html">Transoral Robotic Surgery Enables Less Toxic Treatment of
  …    Early Throat Cancers</a></li>
113675 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/march-2016/implantable-devices-monitor-for-cardiac-events
  …    -in-cancer-survivo.html">Implantable Devices Monitor for Cardiac Events in Cancer
  …    Survivors and
113676 Patients on Chemotherapy</a></li>
113677 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/march-2016/house-call--colorectal-cancer-screening.html">
  …    House Call: Colorectal Cancer Screening</a></li>
113678 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/march-2016/useful-resources--clinical-trials-information.
  …    html">Useful Resources: Clinical Trials Information</a></li>
113679 </ul>
113680 </nav>
113681 </div>
113682 </section>
113683 </div>
113684 </div>
113685 </div></li>
113686 <li class="primary-nav-item has-subnav"><a
  …    href="/publications/oncolog/february-2016.html">February 2016</a>
113687 <div class="subnav-mask">
113688 <div class="subnav-wrapper">
113689 <div class="subnav col10 pad">
113690 <section class="nested">
113691 <div class="col4 main-column">
113692 <nav class="secondary">
113693 <ul>
113694 <li class="mobile-nav-back"><a href="/publications/oncolog/february-2016.html"
  …    aria-label="Back to February 2016">February 2016</a></li>
113695 <li class="primary-nav-item">
113696 <a href="/publications/oncolog/february-2016.html" aria-label="February 2016
  …    Home">February 2016 Home</a></li>
113697 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/february-2016/overcoming-challenges-in-cutaneous-t-cell-
  …    lymphomas-.html">Cutaneous T Cell Lymphomas</a></li>
113698 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/february-2016/swallowing-therapy-improves-function-and-
  …    quality-of-life-for-pat.html">Swallowing Therapy for Head and Neck Cancer
  …    Patients</a></li>
113699 <li class="primary-nav-item"><a
  …    href="/publications/oncolog/february-2016/house-call--common-cancer-terms-.html">
  …    House Call: Common Cancer Terms</a></li>
113700 </ul>
113701 </nav>
113702 </div>
113703 </section>
113704 </div>
113705 </div>
113706 </div></li>
113707 <li class="primary-nav-item has-subnav"><a
  …    href="/publications/oncolog/january-2016.html">January 2016</a>
113708 <div class="subnav-mask">
113709 <div class="subnav-wrapper">
113710 <div class="subnav col10 pad">
113711 <section class="nested">
113712 <div class="col4 main-column">
```

```
113713 <nav class="secondary">
113714 <ul>
113715 <li class="mobile-nav-back"><a href="/publications/oncolog/january-2016.html"
    … aria-label="Back to January 2016">January 2016</a></li>
113716 <li class="primary-nav-item">
113717 <a href="/publications/oncolog/january-2016.html" aria-label="January 2016
    … Home">January 2016 Home</a></li>
113718 <li class="primary-nav-item"><a
    … href="/publications/oncolog/january-2016/proactive-management-of-li-fraumeni-syndrome
    … -benefits-patients.html">Li-Fraumeni Syndrome</a></li>
113719 <li class="primary-nav-item"><a
    … href="/publications/oncolog/january-2016/clinical-trial-tests-high-dose-radiation-
    … therapy-for-limited-sta.html">High-Dose Radiation Therapy for Small Cell Lung
    … Cancer</a></li>
113720 <li class="primary-nav-item"><a
    … href="/publications/oncolog/january-2016/reducing-complications-and-hospital-
    … readmissions-after-liver-sur.html">Reducing Complications after Liver
    … Surgery</a></li>
113721 <li class="primary-nav-item"><a
    … href="/publications/oncolog/january-2016/house-call--when-should-women-begin-breast-
    … cancer-screening-.html">House Call: Breast Cancer Screening</a></li>
113722 <li class="primary-nav-item"><a
    … href="/publications/oncolog/january-2016/useful-resources--cancer-screening-and-risk-
    … reduction-algorithms.html">Useful Resources: Cancer Screening, Risk Reduction
    … Algorithms</a></li>
113723 </ul>
113724 </nav>
113725 </div>
113726 </section>
113727 </div>
113728 </div>
113729 </div></li>
113730 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/november-december-2015.html">November-December 2015</a>
113731 <div class="subnav-mask">
113732 <div class="subnav-wrapper">
113733 <div class="subnav col10 pad">
113734 <section class="nested">
113735 <div class="col4 main-column">
113736 <nav class="secondary">
113737 <ul>
113738 <li class="mobile-nav-back"><a
    … href="/publications/oncolog/november-december-2015.html" aria-label="Back to
    … November-December 2015">November-December 2015</a></li>
113739 <li class="primary-nav-item">
113740 <a href="/publications/oncolog/november-december-2015.html"
    … aria-label="November-December 2015 Home">November-December 2015 Home</a></li>
113741 <li class="primary-nav-item"><a
    … href="/publications/oncolog/november-december-2015/multidisciplinary-treatment-
    … maximizes-outcomes-for-malignant-tum.html">Malignant Tumors of the Anterior Skull
    … Base</a></li>
113742 <li class="primary-nav-item"><a
    … href="/publications/oncolog/november-december-2015/management-of-eyelid-and-
    … conjunctival-tumors-with-preservation-o.html">Eyelid and Conjunctival Tumors</a></li>
113743 <li class="primary-nav-item"><a
    … href="/publications/oncolog/november-december-2015/house-call-other-health-risks-from
    … -smoking.html">House Call: "Other" Health Risks from Smoking</a></li>
113744 </ul>
113745 </nav>
113746 </div>
113747 </section>
113748 </div>
113749 </div>
113750 </div></li>
113751 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/october-2015.html">October 2015</a>
113752 <div class="subnav-mask">
113753 <div class="subnav-wrapper">
```

```
113754  <div class="subnav-col10 pad">
113755  <section class="nested">
113756  <div class="col4 main-column">
113757  <nav class="secondary">
113758  <ul>
113759  <li class="mobile-nav-back"><a href="/publications/oncolog/october-2015.html"
     …  aria-label="Back to October 2015">October 2015</a></li>
113760  <li class="primary-nav-item">
113761  <a href="/publications/oncolog/october-2015.html" aria-label="October 2015
     …  Home">October 2015 Home</a></li>
113762  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/october-2015/new-targeted-therapy-offers-hope-to-patients
     …  -with-blastic-plasma.html">Blastic Plasmacytoid Dendritic Cell Neoplasm</a></li>
113763  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/october-2015/laparoscopic-free-omental-lymphatic-flap-
     …  transfers-offer-a-power.html">Laparoscopic Free Omental Lymphatic Flap
     …  Transfers</a></li>
113764  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/october-2015/naproxen-shows-potential-for-chemoprevention
     …  -in-patients-with-ly.html">Naproxen for Chemoprevention in Lynch Syndrome</a></li>
113765  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/october-2015/house-call-preparing-for-a-hospital-stay.
     …  html">House Call: Preparing for a Hospital Stay</a></li>
113766  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/october-2015/in-brief-beta-blockers-may-prolong-ovarian-
     …  cancer-patients-survi.html">Beta-Blockers May Prolong Ovarian Cancer Patients'
     …  Survival</a></li>
113767  </ul>
113768  </nav>
113769  </div>
113770  </section>
113771  </div>
113772  </div>
113773  </div></li>
113774  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/oncolog/september-2015.html">September 2015</a>
113775  <div class="subnav-mask">
113776  <div class="subnav-wrapper">
113777  <div class="subnav col10 pad">
113778  <section class="nested">
113779  <div class="col4 main-column">
113780  <nav class="secondary">
113781  <ul>
113782  <li class="mobile-nav-back"><a href="/publications/oncolog/september-2015.html"
     …  aria-label="Back to September 2015">September 2015</a></li>
113783  <li class="primary-nav-item">
113784  <a href="/publications/oncolog/september-2015.html" aria-label="September 2015
     …  Home">September 2015 Home</a></li>
113785  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/september-2015/enhanced-surgical-recovery-programs-
     …  improve-perioperative-outcom.html">Enhanced Surgical Recovery Programs for Cancer
     …  Patients</a></li>
113786  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/september-2015/new-treatments-for-respiratory-viruses-in-
     …  immunocompromised-pati.html">Respiratory Viruses in Immunocompromised
     …  Patients</a></li>
113787  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/september-2015/house-call-types-of-drugs-used-to-treat-
     …  cancer.html">House Call: Types of Drugs Used to Treat Cancer</a></li>
113788  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/september-2015/in-brief-14-3-3--protein-prevents-tumor-
     …  promoting-metabolic-repr.html">14-3-3σ Protein Stops Tumor-Promoting Metabolic
     …  Reprogramming</a></li>
113789  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/september-2015/in-brief-mir-506-microrna-may-help-
     …  overcome-chemotherapy-resista.html">miR-506 MicroRNA and Ovarian Cancer
     …  Chemoresistance</a></li>
113790  <li class="primary-nav-item"><a
```

```
113790… href="/publications/oncolog/september-2015/useful-resources-clinical-calculators.html
    …">Useful Resources: Clinical Calculators</a></li>
113791 </ul>
113792 </nav>
113793 </div>
113794 </section>
113795 </div>
113796 </div>
113797 </div></li>
113798 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/august-2015.html">August 2015</a>
113799 <div class="subnav-mask">
113800 <div class="subnav-wrapper">
113801 <div class="subnav col10 pad">
113802 <section class="nested">
113803 <div class="col4 main-column">
113804 <nav class="secondary">
113805 <ul>
113806 <li class="mobile-nav-back"><a href="/publications/oncolog/august-2015.html"
    … aria-label="Back to August 2015">August 2015</a></li>
113807 <li class="primary-nav-item">
113808 <a href="/publications/oncolog/august-2015.html" aria-label="August 2015 Home">August
    … 2015 Home</a></li>
113809 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/new-gene-therapy-for-bladder-cancer-shows-
    … promise.html">New Gene Therapy for Bladder Cancer Shows Promise</a></li>
113810 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/vaccine-helps-t-cells-target-sarcomas-
    … melanomas-and-other-tumors.html">Vaccine Helps T Cells Target Sarcomas, Melanomas,
    … and Other Tumors</a></li>
113811 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/house-call-prostate-cancer-screening.html">
    … House Call: Prostate Cancer Screening</a></li>
113812 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/in-brief-glypican-1-shows-promise-as-a-
    … biomarker-for-pancreatic-.html">Glypican-1 Shows Promise as a Biomarker for
    … Pancreatic Cancer</a></li>
113813 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/in-brief-stereotactic-ablative-radiation-
    … therapy-for-stage-i-non.html">Stereotactic Ablative Radiation Therapy for Non—Small
    … Cell Lung Cancer</a></li>
113814 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2015/useful-resources-cancer-survivorship-
    … algorithms.html">Useful Resources: Cancer Survivorship Algorithms</a></li>
113815 </ul>
113816 </nav>
113817 </div>
113818 </section>
113819 </div>
113820 </div>
113821 </div></li>
113822 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/july-2015.html">July 2015</a>
113823 <div class="subnav-mask">
113824 <div class="subnav-wrapper">
113825 <div class="subnav col10 pad">
113826 <section class="nested">
113827 <div class="col4 main-column">
113828 <nav class="secondary">
113829 <ul>
113830 <li class="mobile-nav-back"><a href="/publications/oncolog/july-2015.html"
    … aria-label="Back to July 2015">July 2015</a></li>
113831 <li class="primary-nav-item">
113832 <a href="/publications/oncolog/july-2015.html" aria-label="July 2015 Home">July 2015
    … Home</a></li>
113833 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2015/emergency-care-for-cancer-patients.html">
    … Emergency Care for Cancer Patients</a></li>
```

```
113834 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/july-2015/immunotherapy-trials-offer-hope-to-patients-
    …  with-high-risk-or-me.html">Immunotherapy for High-Risk or Metastatic Breast
    …  Cancer</a></li>
113835 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/july-2015/house-call-hospital-patient-advocates-provide-
    …  support.html">House Call: Hospital Patient Advocates</a></li>
113836 </ul>
113837 </nav>
113838 </div>
113839 </section>
113840 </div>
113841 </div>
113842 </div></li>
113843 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/june-2015.html">June 2015</a>
113844 <div class="subnav-mask">
113845 <div class="subnav-wrapper">
113846 <div class="subnav col10 pad">
113847 <section class="nested">
113848 <div class="col4 main-column">
113849 <nav class="secondary">
113850 <ul>
113851 <li class="mobile-nav-back"><a href="/publications/oncolog/june-2015.html"
    …  aria-label="Back to June 2015">June 2015</a></li>
113852 <li class="primary-nav-item">
113853 <a href="/publications/oncolog/june-2015.html" aria-label="June 2015 Home">June 2015
    …  Home</a></li>
113854 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2015/new-breast-imaging-modalities-show-promise-for-
    …  cancer-screening-.html">New Breast Imaging Modalities for Cancer Screening,
    …  Staging</a></li>
113855 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2015/addressing-sexual-dysfunction-in-cancer-
    …  survivors.html">Sexual Dysfunction in Cancer Survivors</a></li>
113856 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2015/house-call-dental-hygiene-and-care-before-
    …  during-and-after-cance.html">House Call: Dental Care and Cancer Treatment</a></li>
113857 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/june-2015/in-brief-new-assay-could-lead-to-earlier-
    …  ovarian-cancer-detectio.html">New Assay Could Lead to Earlier Ovarian Cancer
    …  Detection</a></li>
113858 </ul>
113859 </nav>
113860 </div>
113861 </section>
113862 </div>
113863 </div>
113864 </div></li>
113865 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/oncolog/may-2015.html">May 2015</a>
113866 <div class="subnav-mask">
113867 <div class="subnav-wrapper">
113868 <div class="subnav col10 pad">
113869 <section class="nested">
113870 <div class="col4 main-column">
113871 <nav class="secondary">
113872 <ul>
113873 <li class="mobile-nav-back"><a href="/publications/oncolog/may-2015.html"
    …  aria-label="Back to May 2015">May 2015</a></li>
113874 <li class="primary-nav-item">
113875 <a href="/publications/oncolog/may-2015.html" aria-label="May 2015 Home">May 2015
    …  Home</a></li>
113876 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/may-2015/algorithm-for-treating-advanced-ovarian-cancer-
    …  increases-complet.html">Algorithm for Treating Advanced Ovarian Cancer</a></li>
113877 <li class="primary-nav-item"><a
    …  href="/publications/oncolog/may-2015/clinical-trials-explore-systemic-treatments-for-
```

```
113877… brain-metastases.html">Systemic Treatments for Brain Metastases from Breast
    … Cancer</a></li>
113878  <li class="primary-nav-item"><a
    … href="/publications/oncolog/may-2015/house-call-tips-for-communicating-with-health-
    … care-providers.html">House Call: Communicating with Health Care Providers</a></li>
113879  <li class="primary-nav-item"><a
    … href="/publications/oncolog/may-2015/in-brief-sentinel-lymph-node-mapping-identifies-
    … node-positive-hi.html">Sentinel Lymph Node Mapping in Endometrial Cancer</a></li>
113880  </ul>
113881  </nav>
113882  </div>
113883  </section>
113884  </div>
113885  </div>
113886  </div></li>
113887  <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/april-2015.html">April 2015</a>
113888  <div class="subnav-mask">
113889  <div class="subnav-wrapper">
113890  <div class="subnav col10 pad">
113891  <section class="nested">
113892  <div class="col4 main-column">
113893  <nav class="secondary">
113894  <ul>
113895  <li class="mobile-nav-back"><a href="/publications/oncolog/april-2015.html"
    … aria-label="Back to April 2015">April 2015</a></li>
113896  <li class="primary-nav-item">
113897  <a href="/publications/oncolog/april-2015.html" aria-label="April 2015 Home">April
    … 2015 Home</a></li>
113898  <li class="primary-nav-item"><a
    … href="/publications/oncolog/april-2015/multidisciplinary-globe-sparing-treatment-for-
    … lacrimal-gland-car.html">Globe-Sparing Treatment for Lacrimal Gland
    … Carcinoma</a></li>
113899  <li class="primary-nav-item"><a
    … href="/publications/oncolog/april-2015/novel-trial-design-streamlines-development-of-
    … breast-cancer-ther.html">Novel Trial Design for Breast Cancer Therapies</a></li>
113900  <li class="primary-nav-item"><a
    … href="/publications/oncolog/april-2015/targeted-therapy-for-high-risk-melanoma-may-
    … forestall-recurrence.html">Targeted Therapy for High-Risk Melanoma</a></li>
113901  <li class="primary-nav-item"><a
    … href="/publications/oncolog/april-2015/house-call-interpreting-health-news.html">
    … House Call: Interpreting Health News</a></li>
113902  </ul>
113903  </nav>
113904  </div>
113905  </section>
113906  </div>
113907  </div>
113908  </div></li>
113909  <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/march-2015.html">March 2015</a>
113910  <div class="subnav-mask">
113911  <div class="subnav-wrapper">
113912  <div class="subnav col10 pad">
113913  <section class="nested">
113914  <div class="col4 main-column">
113915  <nav class="secondary">
113916  <ul>
113917  <li class="mobile-nav-back"><a href="/publications/oncolog/march-2015.html"
    … aria-label="Back to March 2015">March 2015</a></li>
113918  <li class="primary-nav-item">
113919  <a href="/publications/oncolog/march-2015.html" aria-label="March 2015 Home">March
    … 2015 Home</a></li>
113920  <li class="primary-nav-item"><a
    … href="/publications/oncolog/march-2015/small-cell-lung-cancer-studies-may-increase-
    … treatment-options.html">Small Cell Lung Cancer Studies May Increase Treatment
    … Options</a></li>
113921  <li class="primary-nav-item"><a
```

```
113921  href="/publications/oncolog/march-2015/improved-maintenance-therapy-promotes-myeloma-
     …  patients-quality-o.html">Improved Maintenance Therapy for Myeloma Patients</a></li>
113922  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/march-2015/primary-tumor-resection-may-be-overused-in-
     …  patients-with-metasta.html">Primary Tumor Resection in Metastatic Colon
     …  Cancer</a></li>
113923  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/march-2015/house-call-how-hospital-chaplains-help.html">
     …  House Call: How Hospital Chaplains Help</a></li>
113924  </ul>
113925  </nav>
113926  </div>
113927  </section>
113928  </div>
113929  </div>
113930  </div></li>
113931  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/oncolog/february-2015.html">February 2015</a>
113932  <div class="subnav-mask">
113933  <div class="subnav-wrapper">
113934  <div class="subnav col10 pad">
113935  <section class="nested">
113936  <div class="col4 main-column">
113937  <nav class="secondary">
113938  <ul>
113939  <li class="mobile-nav-back"><a href="/publications/oncolog/february-2015.html"
     …  aria-label="Back to February 2015">February 2015</a></li>
113940  <li class="primary-nav-item">
113941  <a href="/publications/oncolog/february-2015.html" aria-label="February 2015
     …  Home">February 2015 Home</a></li>
113942  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/february-2015/mas-alla-de-la-diabetes-la-metformina-puede
     …  -ser-de-amplia-utilid.html">Más allá de la diabetes: la metformina puede ser de
     …  amplia
113943  utilidad en el cáncer</a></li>
113944  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/february-2015/natural-killer-cell-therapy-may-augment-
     …  treatment-of-hematologic.html">Natural Killer Cell Therapy for Hematological
     …  Cancers</a></li>
113945  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/february-2015/concurrent-treatment-of-hiv-and-cancer-
     …  improves-survival-outcome.html">Concurrent HIV, Cancer Treatment Improves Survival
     …  Outcomes</a></li>
113946  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/february-2015/house-call-facts-about-radiation.html">
     …  House Call: Facts About Radiation</a></li>
113947  <li class="primary-nav-item"><a
     …  href="/publications/oncolog/february-2015/in-brief-sleeping-beauty-gene-therapy-shows
     …  -promise-against-b-ce.html">Sleeping Beauty Gene Therapy for B Cell
     …  Malignancies</a></li>
113948  </ul>
113949  </nav>
113950  </div>
113951  </section>
113952  </div>
113953  </div>
113954  </div></li>
113955  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/oncolog/january-2015.html">January 2015</a>
113956  <div class="subnav-mask">
113957  <div class="subnav-wrapper">
113958  <div class="subnav col10 pad">
113959  <section class="nested">
113960  <div class="col4 main-column">
113961  <nav class="secondary">
113962  <ul>
113963  <li class="mobile-nav-back"><a href="/publications/oncolog/january-2015.html"
     …  aria-label="Back to January 2015">January 2015</a></li>
```

```
113964 <li class="primary-nav-item"
113965 <a href="/publications/oncolog/january-2015.html" aria-label="January 2015
    ... Home">January 2015 Home</a></li>
113966 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/january-2015/simultaneous-resection-of-liver-and-lung-
    ... metastases-from-colorec.html">Simultaneous Resection of Liver, Lung
    ... Metastases</a></li>
113967 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/january-2015/some-breast-cancer-patients-may-benefit-from
    ... -shorter-course-of-w.html">Shorter Course of Whole-Breast Irradiation for Breast
    ... Cancer</a></li>
113968 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/january-2015/impact2-study-tests-benefits-of-personalized
    ... -cancer-treatment-ba.html">Personalized Cancer Treatment Based on Molecular
    ... Profiling</a></li>
113969 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/january-2015/house-call-telling-your-child-about-your-
    ... cancer.html">House Call: Telling Your Child About Your Cancer</a></li>
113970 </ul>
113971 </nav>
113972 </div>
113973 </section>
113974 </div>
113975 </div>
113976 </div></li>
113977 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/oncolog/november-december-2014.html">November-December 2014</a>
113978 <div class="subnav-mask">
113979 <div class="subnav-wrapper"><a
113980 <div class="subnav col10 pad">
113981 <section class="nested">
113982 <div class="col4 main-column">
113983 <nav class="secondary">
113984 <ul>
113985 <li class="mobile-nav-back"><a
    ... href="/publications/oncolog/november-december-2014.html" aria-label="Back to
    ... November-December 2014">November-December 2014</a></li>
113986 <li class="primary-nav-item">
113987 <a href="/publications/oncolog/november-december-2014.html"
    ... aria-label="November-December 2014 Home">November-December 2014 Home</a></li>
113988 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/november-december-2014/striving-to-improve-treatments-for
    ... -uveal-melanoma.html">Striving to Improve Treatments for Uveal Melanoma</a></li>
113989 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/november-december-2014/beyond-diabetes-metformin-may-have
    ... -broad-utility-in-cancer.html">Metformin May Have Broad Utility in Cancer</a></li>
113990 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/november-december-2014/house-call-smoking-cessation.html"
    ... >House Call: Smoking Cessation</a></li>
113991 <li class="primary-nav-item"><a
    ... href="/publications/oncolog/november-december-2014/in-brief-vaccine-explored-to-
    ... reduce-risk-of-her2-positive-breast.html">Vaccine May Reduce HER2+ Breast Cancer
    ... Recurrence Risk</a></li>
113992 </ul>
113993 </nav>
113994 </div>
113995 </section>
113996 </div>
113997 </div>
113998 </div></li>
113999 <li class="primary-nav-item has-subnav"><a
    ... href="/publications/oncolog/october-2014.html">October 2014</a>
114000 <div class="subnav-mask">
114001 <div class="subnav-wrapper"><a
114002 <div class="subnav col10 pad">
114003 <section class="nested">
114004 <div class="col4 main-column">
114005 <nav class="secondary">
```

```
114006  <ul>
114007  <li class="mobile-nav-back"><a href="/publications/oncolog/october-2014.html"
    …   aria-label="Back to October 2014">October 2014</a></li>
114008  <li class="primary-nav-item">
114009  <a href="/publications/oncolog/october-2014.html" aria-label="October 2014
    …   Home">October 2014 Home</a></li>
114010  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/october-2014/new-drugs-for-myeloproliferative-neoplasms-
    …   ease-suffering-and-ex.html">New Drugs for Myeloproliferative Neoplasms Extend
    …   Life</a></li>
114011  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/october-2014/neoadjuvant-targeted-therapy-may-offer-
    …   multiple-benefits-for-pat.html">Neoadjuvant Targeted for Locally Advanced Renal
    …   Cancer</a></li>
114012  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/october-2014/new-combination-therapy-offers-potential-to-
    …   cure-flt3-itd-acute-.html">New Therapy for FLT3-ITD Acute Myelogenous
    …   Leukemia</a></li>
114013  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/october-2014/house-call-symptoms-of-cancer.html">House
    …   Call: Symptoms of Cancer</a></li>
114014  </ul>
114015  </nav>
114016  </div>
114017  </section>
114018  </div>
114019  </div>
114020  </div></li>
114021  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog/september-2014.html">September 2014</a>
114022  <div class="subnav-mask">
114023  <div class="subnav-wrapper">
114024  <div class="subnav col10 pad">
114025  <section class="nested">
114026  <div class="col4 main-column">
114027  <nav class="secondary">
114028  <ul>
114029  <li class="mobile-nav-back"><a href="/publications/oncolog/september-2014.html"
    …   aria-label="Back to September 2014">September 2014</a></li>
114030  <li class="primary-nav-item">
114031  <a href="/publications/oncolog/september-2014.html" aria-label="September 2014
    …   Home">September 2014 Home</a></li>
114032  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/september-2014/biomarker-driven-clinical-trials-may-
    …   improve-personalized-treatm.html">Biomarker-Driven Clinical Trials for Lung
    …   Cancer</a></li>
114033  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/september-2014/new-antibody-chemotherapy-combinations-
    …   show-promise-against-acut.html">New Antibody-Chemotherapy Combinations for
    …   ALL</a></li>
114034  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/september-2014/deep-inspiration-breath-hold-protects-
    …   against-radiation-induced-.html">Reducing Cardiotoxicity in Left Breast
    …   Irradiation</a></li>
114035  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/september-2014/house-call-books-can-help-patients-deal-
    …   with-cancer.html">House Call: Books Can Help Patients Deal With Cancer</a></li>
114036  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/september-2014/in-brief-large-scale-molecular-data-
    …   analysis-yields-multiple-ben.html">Large-Scale Molecular Data Analysis Yields
    …   Multiple Benefits</a></li>
114037  </ul>
114038  </nav>
114039  </div>
114040  </section>
114041  </div>
114042  </div>
114043  </div></li>
```

```
114044 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/august-2014.html">August 2014</a>
114045 <div class="subnav-mask">
114046 <div class="subnav-wrapper">
114047 <div class="subnav col10 pad">
114048 <section class="nested">
114049 <div class="col4 main-column">
114050 <nav class="secondary">
114051 <ul>
114052 <li class="mobile-nav-back"><a href="/publications/oncolog/august-2014.html"
    … aria-label="Back to August 2014">August 2014</a></li>
114053 <li class="primary-nav-item">
114054 <a href="/publications/oncolog/august-2014.html" aria-label="August 2014 Home">August
    … 2014 Home</a></li>
114055 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2014/immune-checkpoint-inhibitors-show-promise-
    … against-metastatic-ren.html">Immunotherapy for Metastatic Renal Cell
    … Carcinoma</a></li>
114056 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2014/clinical-study-offers-definitive-local-
    … treatment-of-bone-metasta.html">Definitive Local Treatment of Breast Cancer Bone
    … Metastases</a></li>
114057 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2014/new-scoring-system-for-hepatic-reserve-could-
    … help-in-planning-tr.html">New Hepatic Reserve Scoring System in Liver Cancer
    … Patients</a></li>
114058 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2014/house-call-managing-stress-after-cancer-
    … treatment---oncolog---au.html">House Call: Managing Stress After Cancer
    … Treatment</a></li>
114059 <li class="primary-nav-item"><a
    … href="/publications/oncolog/august-2014/in-brief-needle-biopsy-underused-in-breast-
    … cancer-diagnosis---on.html">Needle Biopsy Underused in Breast Cancer
    … Diagnosis</a></li>
114060 </ul>
114061 </nav>
114062 </div>
114063 </section>
114064 </div>
114065 </div>
114066 </div></li>
114067 <li class="primary-nav-item has-subnav"><a
    … href="/publications/oncolog/july-2014.html">July 2014</a>
114068 <div class="subnav-mask">
114069 <div class="subnav-wrapper">
114070 <div class="subnav col10 pad">
114071 <section class="nested">
114072 <div class="col4 main-column">
114073 <nav class="secondary">
114074 <ul>
114075 <li class="mobile-nav-back"><a href="/publications/oncolog/july-2014.html"
    … aria-label="Back to July 2014">July 2014</a></li>
114076 <li class="primary-nav-item">
114077 <a href="/publications/oncolog/july-2014.html" aria-label="July 2014 Home">July 2014
    … Home</a></li>
114078 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2014/side-effects-of-targeted-molecular-agents-vary-
    … according-to-mech.html">Side Effects of Targeted Molecular Agents</a></li>
114079 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2014/ras-mutation-status-may-predict-outcomes-after-
    … surgery-for-color.html">RAS Mutation in Liver Metastases from Colorectal
    … Cancer</a></li>
114080 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2014/hpv-test-does-not-replace-pap-test-for-cervical
    … -cancer-screening.html">Cervical Cancer Screening</a></li>
114081 <li class="primary-nav-item"><a
    … href="/publications/oncolog/july-2014/house-call-advance-directives-make-patients-
    … wishes-known---oncol.html">House Call: Advance Directives</a></li>
```

```
114082  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/july-2014/in-brief-study-finds-less-frequent-
        bisphosphonate-treatment-equi.html">Clinical Trial Tests Less Frequent Bisphosphonate
        Treatment</a></li>
114083  </ul>
114084  </nav>
114085  </div>
114086  </section>
114087  </div>
114088  </div>
114089  </div></li>
114090  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/oncolog/june-2014.html">June 2014</a>
114091  <div class="subnav-mask">
114092  <div class="subnav-wrapper">
114093  <div class="subnav col10 pad">
114094  <section class="nested">
114095  <div class="col4 main-column">
114096  <nav class="secondary">
114097  <ul>
114098  <li class="mobile-nav-back"><a href="/publications/oncolog/june-2014.html"
    …   aria-label="Back to June 2014">June 2014</a></li>
114099  <li class="primary-nav-item">
114100  <a href="/publications/oncolog/june-2014.html" aria-label="June 2014 Home">June 2014
    …   Home</a></li>
114101  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-
        2014/new-agents-hold-promise-for-patients-with-
        advanced-thyroid-cance.html">New Agents for Advanced Thyroid Cancer</a></li>
114102  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-2014/surgical-options-for-lymphedema-lymphedema---
        oncolog---june-2014.html">Surgical Options for Lymphedema</a></li>
114103  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-2014/house-call-sleep-problems-in-cancer-patients---
        oncolog---june-20.html">House Call: Sleep Problems in Cancer Patients</a></li>
114104  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-2014/in-brief-intensity-modulated-radiation-therapy-
        improves-survival.html">Intensity-modulated radiation therapy in head, neck
        cancer</a></li>
114105  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-2014/in-brief-research-findings-could-lead-to-blood-
        test-for-cancer-r.html">Research could lead to test for cancer-related gene
        defects</a></li>
114106  <li class="primary-nav-item"><a
    …   href="/publications/oncolog/june-2014/in-brief-tumor-suppressing-protein-may-help-
        predict-survival-in-.html">ZMYND11 protein may predict breast cancer patient
        survival</a></li>
114107  </ul>
114108  </nav>
114109  </div>
114110  </section>
114111  </div>
114112  </div>
114113  </div></li>
114114  </ul>
114115  </nav>
114116  </div>
114117  </section>
114118  </div>
114119  </div>
114120  </div></li>
114121  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise.html">Promise</a>
114122  <div class="subnav-mask">
114123  <div class="subnav-wrapper">
114124  <div class="subnav col10 pad">
114125  <section class="nested">
114126  <div class="col4 main-column">
114127  <nav class="secondary">
```

```
114128  <ul
114129  <li class="mobile-nav-back"><a href="/publications/promise.html" aria-label="Back to
    …   Promise">Promise</a></li>
114130  <li class="primary-nav-item">
114131  <a href="/publications/promise.html" aria-label="Promise Home">Promise Home</a></li>
114132  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/Spring2016.html">Spring 2016</a>
114133  <div class="subnav-mask">
114134  <div class="subnav-wrapper">
114135  <div class="subnav col10 pad">
114136  <section class="nested">
114137  <div class="col4 main-column">
114138  <nav class="secondary">
114139  <ul>
114140  <li class="mobile-nav-back"><a href="/publications/promise/Spring2016.html"
    …   aria-label="Back to Spring 2016">Spring 2016</a></li>
114141  <li class="primary-nav-item">
114142  <a href="/publications/promise/Spring2016.html" aria-label="Spring 2016 Home">Spring
    …   2016 Home</a></li>
114143  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/until-20.html">Until 20</a></li>
114144  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/my-moon-shot.html">My Moon Shot</a></li>
114145  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/moon-shots-program.html">Moon Shots
    …   Program</a></li>
114146  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/survivors-say.html">Survivors Say</a></li>
114147  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/ipromise.html">iPromise</a></li>
114148  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/among-friends.html">Among Friends</a></li>
114149  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/nations-cancer-research-budget-gets-5percent-
    …   increase.html">Nation's cancer research budget gets 5% increase</a></li>
114150  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/color-me-pink-benefit-brings-in-the-green.html
    …   ">Color Me Pink benefit brings in the green</a></li>
114151  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/the-fight-continues.html">The fight
    …   continues</a></li>
114152  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/do-stuff-dont-wait.html">Do stuff. Don't
    …   wait.</a></li>
114153  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/two-gifts-in-one.html">Two gifts in
    …   one</a></li>
114154  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/shooting-for-a-cure-for-pancreatic-cancer.html
    …   ">Shooting for a cure for pancreatic cancer</a></li>
114155  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/updating-the-patient-experience.html">Updating
    …   the patient experience</a></li>
114156  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/targeting-tnbc.html">Targeting TNBC</a></li>
114157  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/making-cancer-history-in-florida.html">Making
    …   Cancer History® in Florida</a></li>
114158  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/discoveries-developments.html">Discoveries,
    …   developments</a></li>
114159  <li class="primary-nav-item"><a
    …   href="/publications/promise/Spring2016/philanthropy-recognizes-research-clinical-
    …   excellence.html">Philanthropy recognizes research, clinical excellence</a></li>
114160  </ul>
114161  </nav>
114162  </div>
114163  </section>
```

```
114164  </div>
114165  </div>
114166  </div></li>
114167  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/promise/winter-2016.html">Winter 2016</a>
114168  <div class="subnav-mask">
114169  <div class="subnav-wrapper">
114170  <div class="subnav col10 pad">
114171  <section class="nested">
114172  <div class="col4 main-column">
114173  <nav class="secondary">
114174  <ul>
114175  <li class="mobile-nav-back"><a href="/publications/promise/winter-2016.html"
   …    aria-label="Back to Winter 2016">Winter 2016</a></li>
114176  <li class="primary-nav-item">
114177  <a href="/publications/promise/winter-2016.html" aria-label="Winter 2016 Home">Winter
   …    2016 Home</a></li>
114178  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/global-ambassadors-with-a-collective-goal.
   …    html">Global ambassadors with a collective goal</a></li>
114179  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/my-moon-shot.html">My Moon Shot</a></li>
114180  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/about-the-pancreatic-cancer-moon-shot.html">
   …    About the Pancreatic Cancer Moon Shot</a></li>
114181  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/the-moon-shots-program-overview.html">The
   …    Moon Shots Program Overview</a></li>
114182  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/a-lasting-legacy.html">A lasting
   …    legacy</a></li>
114183  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/a-conversation-with-a-living-legend.html">A
   …    Conversation With a Living Legend®</a></li>
114184  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/ipromise.html">iPromise</a></li>
114185  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/survivors-say.html">Survivors Say</a></li>
114186  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/a-lifetime-commitment.html">A lifetime
   …    commitment</a></li>
114187  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/among-friends.html">Among Friends</a></li>
114188  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/call-of-the-cattlemen.html">Call of the
   …    Cattlemen</a></li>
114189  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/dancer-to-end-cancer.html">Dancer to end
   …    cancer</a></li>
114190  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/from-football-to-philanthropy.html">From
   …    football to philanthropy, she's &quot;TUFF&quot; enough</a></li>
114191  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/50000-boost-to-cancer-prevention-and-control.
   …    html">$50,000 boost to Cancer Prevention and Control</a></li>
114192  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/pappas-serves-up-101500-to-endcancer.html">
   …    Pappas serves up $101,500 to #endcancer</a></li>
114193  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/santas-elves-celebrate-the-season.html">Santa
   …    's Elves celebrate the season</a></li>
114194  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/thumbs-up-for-stripes.html">Thumbs up for
   …    Stripes</a></li>
114195  <li class="primary-nav-item"><a
   …    href="/publications/promise/winter-2016/md-anderson-receives-22-million-in-cprit-
   …    grants.html">MD Anderson receives $22.2 million in CPRIT Grants</a></li>
114196  <li class="primary-nav-item"><a
```

```
114196  href="/publications/promise/winter-2016/liquid-assets.html">Liquid assets</a></li>
114197  <li class="primary-nav-item"><a
        href="/publications/promise/winter-2016/prestigious-honor-recognizes-outstanding-
        contributions-to-oncology.html">Prestigious honor recognizes outstanding
        contributions to oncology</a></li>
114198  <li class="primary-nav-item"><a
        href="/publications/promise/winter-2016/mast-recon.html">Mast + Recon</a></li>
114199  <li class="primary-nav-item"><a
        href="/publications/promise/winter-2016/why-some-colorectal-cancers-recur-after-
        treatment.html">Why some colorectal cancers recur after treatment</a></li>
114200  <li class="primary-nav-item"><a
        href="/publications/promise/winter-2016/predictor-of-poor-survival-recurrence.html">
        Predictor of poor survival recurrence</a></li>
114201  <li class="primary-nav-item"><a
        href="/publications/promise/winter-2016/upcoming-events.html">Upcoming
        Events</a></li>
114202  </ul>
114203  </nav>
114204  </div>
114205  </section>
114206  </div>
114207  </div>
114208  </div></li>
114209  <li class="primary-nav-item has-subnav"><a
        href="/publications/promise/fall-2015.html">Fall 2015</a>
114210  <div class="subnav-mask">
114211  <div class="subnav-wrapper">
114212  <div class="subnav col10 pad">
114213  <section class="nested">
114214  <div class="col4 main-column">
114215  <nav class="secondary">
114216  <ul>
114217  <li class="mobile-nav-back"><a href="/publications/promise/fall-2015.html"
        aria-label="Back to Fall 2015">Fall 2015</a></li>
114218  <li class="primary-nav-item">
114219  <a href="/publications/promise/fall-2015.html" aria-label="Fall 2015 Home">Fall 2015
        Home</a></li>
114220  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/my-moon-shot.html">My Moon Shot</a></li>
114221  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/moon-shots-program-expands-reach.html">Moon
        Shots Program expands reach</a></li>
114222  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/25-years-holiday-giving-program.html">25 Years
        of Cheer</a></li>
114223  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/cancer-free-for-50-years.html">Cancer-free for
        50 years</a></li>
114224  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/among-friends-mel-klein.html">Among Friends:
        Getting to know Mel Klein</a></li>
114225  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/ipromise-estela-avery.html">iPromise: Estela
        Avery</a></li>
114226  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/survivors-say-rosemary-herron.html">Survivors
        Say: Rosemary Herron</a></li>
114227  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/a-journey-down-the-right-path.html">A journey
        down the right path</a></li>
114228  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/long-term-loyalty-colin-chopin.html">Long-term
        loyalty</a></li>
114229  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/rogers-award-michelle-barton.html">Rogers Award
        honors esteemed educator</a></li>
114230  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2015/seeking-a-cure-ivy-foundation.html">Seeking a
```

```
114230… curée-</a></li>
114231  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/fishing-for-answers-reel-deel-foundation.html">
    …   Fishing for answers</a></li>
114232  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/hot-topics.html">Hot topics</a></li>
114233  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/hyundai-hope-on-wheels-research-grant.html">
    …   Every handprint tells a story</a></li>
114234  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/impact-award-tom-buchholz.html">Luncheon makes
    …   a lasting impact</a></li>
114235  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/biomarker-tied-to-poor-survival-for-colorectal-
    …   cancer-patients.html">Biomarker tied to poor survival for colorectal cancer
    …   patients</a></li>
114236  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/research-breakthrough-kidney-cancer.html">
    …   Research breakthrough: Immunotherapy for advanced kidney cancer</a></li>
114237  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/lasker-award-jim-allison.html">Jim Allison wins
    …   Lasker Award</a></li>
114238  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/depinho-top-100-influencers-in-health-care.html
    …   ">MD Anderson president among top 100 influencers in health care</a></li>
114239  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/less-may-be-more-breast-radiation.html">Less
    …   may be more</a></li>
114240  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/superpowers-against-sunburn.html">Superpowers
    …   against sunburn</a></li>
114241  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2015/joxel-garcia-moon-shots-program.html">Welcome,
    …   Joxel Garcia, M.D.</a></li>
114242  </ul>
114243  </nav>
114244  </div>
114245  </section>
114246  </div>
114247  </div>
114248  </div></li>
114249  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/summer-2015.html">Summer 2015</a>
114250  <div class="subnav-mask">
114251  <div class="subnav-wrapper">
114252  <div class="subnav col10 pad">
114253  <section class="nested">
114254  <div class="col4 main-column">
114255  <nav class="secondary">
114256  <ul>
114257  <li class="mobile-nav-back"><a href="/publications/promise/summer-2015.html"
    …   aria-label="Back to Summer 2015">Summer 2015</a></li>
114258  <li class="primary-nav-item">
114259  <a href="/summer-2015.html" aria-label="Summer 2015 Home">Summer
    …   2015 Home</a></li>
114260  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2015/message-from-dr-depinho.html">A Message from
    …   Dr. DePinho</a></li>
114261  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2015/putting-an-end-to-cancer-pga-tour.html">
    …   PUTTing an end to cancer</a></li>
114262  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2015/kenneth-woo.html">Home team
    …   advantage</a></li>
114263  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2015/moonshots-overview.html">Moon Shots Program
    …   Overview</a></li>
114264  <li class="primary-nav-item"><a
```

```
114264    href="/publications/promise/summer-2015/promise-corky-hilliard.html">Promise: Corky
          Hilliard</a></li>
114265    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/survivors-say-perry-rupp.html">Survivors Say:
          Perry Rupp</a></li>
114266    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/living-legend-bill-clinton-colin-powell.html"
          >D.C. Living Legend raises $5.2 million</a></li>
114267    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/memphis-event-raises-funds-for-cancer-
          research.html">MD Anderson visits the Bluff City</a></li>
114268    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/polo-on-the-prairie-robert-earl-keen.html">
          Despite drought, fans flock to prairie</a></li>
114269    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/chase-jones.html">Better together</a></li>
114270    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/among-friends-jaxons-frog.html">Don't give
          up, give out</a></li>
114271    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/brown-foundation-award-shelby-robin.html">
          Cancer survivor receives MD Anderson's highest nursing honor</a></li>
114272    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/koller-endowment.html">A special kind of
          doctor</a></li>
114273    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/colin-breiter-donates-allowance-to-md-
          anderson.html">Every penny helps</a></li>
114274    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/Sisterhood-fights-rare-forms-of-cervical-
          cancer.html">Putting it on the line</a></li>
114275    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/all-in-the-dna.html">All in the DNA</a></li>
114276    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/asco-award-ernest-t-hawk.html">American
          Society of Clinical Oncology (ASCO) honors MD Anderson leaders</a></li>
114277    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/blood-tests-for-lung-cancer.html">In the
          works: Blood tests for lung cancer</a></li>
114278    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/breast-conserving-therapy.html">Breast-
          conserving therapy for early-stage cancer has increased</a></li>
114279    <li class="primary-nav-item"><a
          href="/publications/promise/summer-2015/jim-ray-neurodegeneration-consortium.html">
          Neurodegeneration research leader arrives</a></li>
114280    </ul>
114281    </nav>
114282    </div>
114283    </section>
114284    </div>
114285    </div>
114286    </div></li>
114287    <li class="primary-nav-item has-subnav"><a
          href="/publications/promise/spring-2015.html">Spring 2015</a>
114288    <div class="subnav-mask">
114289    <div class="subnav-wrapper">
114290    <div class="subnav col10 pad">
114291    <section class="nested">
114292    <div class="col4 main-column">
114293    <nav class="secondary">
114294    <ul>
114295    <li class="mobile-nav-back"><a href="/publications/promise/spring-2015.html"
          aria-label="Back to Spring 2015">Spring 2015</a></li>
114296    <li class="primary-nav-item"><a
114297    <a href="/publications/promise/spring-2015.html" aria-label="Spring 2015 Home">Spring
          2015 Home</a></li>
114298    <li class="primary-nav-item"><a
          href="/publications/promise/spring-2015/message-from-dr-depinho.html">A Message from
```

```
114298   Dr. Ishmo[...]</a></li>
114299   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/among-friends-delia-stroud.html">A good day
    …    in cancer land</a></li>
114300   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/ipromise-dave-bellows.html">iPromise: Dave
    …    Bellows</a></li>
114301   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/survivors-say-bob-kaufman.html">Survivors
    …    Say: Bob Kaufman</a></li>
114302   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/lung-cancer-survivor-finds-joy.html">Lung
    …    cancer survivor finds joy in everyday moments</a></li>
114303   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/moon-shots-program-overview.html">Moon Shots
    …    Program Overview</a></li>
114304   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/moon-shot-platforms-for-success.html">
    …    Platforms for success</a></li>
114305   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/moon-shot-platforms.html">Moon Shot
    …    Platforms</a></li>
114306   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/randall-prize-andrew-futreal.html">Big ideas
    …    reap big reward</a></li>
114307   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/finneran-family-prize-christopher-logothetis.
    …    html">"Treating the patient as well as the cancer"</a></li>
114308   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/stein-award-funds-research-projects.html">In
    …    Loving Memory</a></li>
114309   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/texas-legislators-search-for-answers-to-
    …    ovarian-cancer.html">Texas legislators search for answers to ovarian cancer</a></li>
114310   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/pediatric-cancer-foundation-continues-vision-
    …    of-its-late-co-founder.html">A worthwhile endeavor</a></li>
114311   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/10-years-of-making-cancer-history-in-west-
    …    palm-beach.html">A decade-long friendship</a></li>
114312   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/tri-deltas-shop-to-end-childhood-cancer.html"
    …    >Tri Deltas shop to end childhood cancer</a></li>
114313   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/bunny-hops-and-photo-ops.html">Bunny Hops and
    …    Photo Ops</a></li>
114314   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/md-anderson-is-cancer-center-of-pga-tour.html
    …    ">Fun in the Sun/PGA TOUR Wives Association hosts outing for pediatric
    …    patients</a></li>
114315   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/dna-can-impact-brain-cancer-progression.html"
    …    >It's all in the DNA</a></li>
114316   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/cprit-awards-major-allotment-to-md-anderson.
    …    html">CPRIT awards major allotment to MD Anderson</a></li>
114317   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/paul-ehrlich-ludwig-darmstaedter-prize-jim-
    …    allison.html">Jim Allison receives prestigious prize in Germany</a></li>
114318   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/algorithm-boosts-surgical-success-with-
    …    advanced-ovarian-cancer.html">Do the math</a></li>
114319   <li class="primary-nav-item"><a
    …    href="/publications/promise/spring-2015/advance-team-newsletter-jenee-bobbora.html">
    …    Advance Team Newsletter</a></li>
114320   </ul>
114321   </nav>
114322   </div>
```

```
114323 </section>
114324 </div>
114325 </div>
114326 </div></li>
114327 <li class="primary-nav-item has-subnav"><a
...... href="/publications/promise/winter-2015.html">Winter 2015</a>
114328 <div class="subnav-mask">
114329 <div class="subnav-wrapper">
114330 <div class="subnav col10 pad">
114331 <section class="nested">
114332 <div class="col4 main-column">
114333 <nav class="secondary">
114334 <ul>
114335 <li class="mobile-nav-back"><a href="/publications/promise/winter-2015.html"
...... aria-label="Back to Winter 2015">Winter 2015</a></li>
114336 <li class="primary-nav-item">
114337 <a href="/publications/promise/winter-2015.html" aria-label="Winter 2015 Home">Winter
...... 2015 Home</a></li>
114338 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/message-from-dr-depinho.html">A Message from
...... Dr. DePinho</a></li>
114339 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/energizing-the-effort-to-end-cancer.html">
...... Energizing the effort to end cancer</a></li>
114340 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/moon-shots-program.html">Moon Shots
...... Program</a></li>
114341 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/my-moon-shot-david-ekas.html">My Moon Shot:
...... David Ekas</a></li>
114342 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/stripes-aligns-with-md-anderson.html">Stripes
...... aligns with MD Anderson</a></li>
114343 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/among-friends-ted-nelson.html">Guided by a
...... beacon of hope</a></li>
114344 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/ipromise-lawrence-and-alma-turner.html">
...... iPromise: Lawrence and Alma Turner</a></li>
114345 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/survivors-say-sheryl-barnes.html">Survivors
...... Say: Sheryl Barnes</a></li>
114346 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/living-legend-ben-crenshaw.html">A hole in
...... one for cancer research</a></li>
114347 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/head-for-the-cure.html">Head for the
...... Cure</a></li>
114348 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/living-legend-mack-brown-rc-slocum.html">
...... Coaching greats leave it all on the stage</a></li>
114349 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/winter-bash-provides-fun-in-the-sun.html">
...... Winter bash provides fun in the sun for patients</a></li>
114350 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/broach-foundation.html">The joke's on brain
...... cancer</a></li>
114351 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/cholangiocarcinoma-foundation.html">
...... Compassion inspires cholangiocarcinoma support</a></li>
114352 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/sheila-and-jerry-reese.html">'Why not shoot
...... for the moon?'</a></li>
114353 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/susan-poorman-blackie-ovarian-cancer-
...... foundation.html">An inspired gift</a></li>
114354 <li class="primary-nav-item"><a
...... href="/publications/promise/winter-2015/chunlei-jin-honored-to-the-tune-of-100000.
```

```
114354… html">juri honored to the tune of $100,000</a></li>
114355 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/city-of-florence-prize-peter-friedl.html">MD
    …  Anderson researcher receives top Italian science award</a></li>
114356 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/gardasil-9.html">Gardasil 9</a></li>
114357 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/igcs-award-david-gershenson.html">Noted
    …  ovarian cancer expert receives prestigious award</a></li>
114358 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/memorial-hermann-breast-partnership.html">New
    …  integrated breast screening, diagnostic programs available</a></li>
114359 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/aaas-fellows.html">A tribute to knowledge and
    …  dedication</a></li>
114360 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/novel-regulatory-mechanism-for-cell-division.
    …  html">Divide and conquer</a></li>
114361 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/hedgehog-gives-green-light-to-breast-cancer-
    …  spread.html">A prickly pathway</a></li>
114362 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/findings-point-to-power-behind-master-cancer-
    …  gene.html">One gene leads to another</a></li>
114363 <li class="primary-nav-item"><a
    …  href="/publications/promise/winter-2015/drug-duo-shows-promise-for-mds-aml-patients.
    …  html">Drug duo shows promise for MDS/AML patients</a></li>
114364 </ul>
114365 </nav>
114366 </div>
114367 </section>
114368 </div>
114369 </div>
114370 </div></li>
114371 <li class="primary-nav-item has-subnav"><a
    …  href="/publications/promise/fall-2014.html">Fall 2014</a>
114372 <div class="subnav-mask">
114373 <div class="subnav-wrapper">
114374 <div class="subnav col10 pad">
114375 <section class="nested">
114376 <div class="col4 main-column">
114377 <nav class="secondary">
114378 <ul>
114379 <li class="mobile-nav-back"><a href="/publications/promise/fall-2014.html"
    …  aria-label="Back to Fall 2014">Fall 2014</a></li>
114380 <li class="primary-nav-item">
114381 <a href="/publications/promise/fall-2014.html" aria-label="Fall 2014 Home">Fall 2014
    …  Home</a></li>
114382 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/message-from-dr-depinho.html">A Message From
    …  Ron DePinho, M.D.</a></li>
114383 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/driven-to-make-a-difference-terry-arnold.html">
    …  Driven to make a difference</a></li>
114384 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/among-friends-terry-arnold.html">Can-do spirit
    …  drives campaign to fight</a></li>
114385 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/end-tobacco.html">EndTobacco</a></li>
114386 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/ipromise-sandy-bobet.html">iPromise: Sandy
    …  Bobet</a></li>
114387 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/survivors-say-andrew-davison.html">Survivors
    …  Say: Andrew Davison</a></li>
114388 <li class="primary-nav-item"><a
    …  href="/publications/promise/fall-2014/holiday-card-program.html">A greeting that
    …  gives</a></li>
```

```
114389  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/stacking-the-deck-against-cancer.html">Stacking
    …   the deck against cancer</a></li>
114390  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/a-penny-raised-is-a-penny-saved.html">A penny
    …   raised is a penny saved</a></li>
114391  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/grand-prix-revving-up-the-race-to-end-cancer.
    …   html">Revving up the race to end cancer</a></li>
114392  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/pebble-beach-tournament-targets-brain-cancer.
    …   html">Head game</a></li>
114393  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/father-of-tamoxifen-craig-jordan.html">'Father
    …   of Tamoxifen'</a></li>
114394  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/khalifa-institute-for-personalized-cancer.html"
    …   >Khalifa Institute for Personalized Cancer Therapy</a></li>
114395  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/latin-american-link-hospital-israelita-albert-
    …   einstein.html">Latin American link</a></li>
114396  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/dominca-anderson-wins-rogers-award.html">
    …   Dominica Anderson wins Rogers Award</a></li>
114397  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/united-to-end-cancer.html">United to End
    …   Cancer</a></li>
114398  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/breast-cancer-research-breakthrough.html">
    …   Breast cancer research breakthrough</a></li>
114399  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/hepatitis-c.html">Hepatitis C</a></li>
114400  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/new-route-for-ovarian-cancer-spread.html">New
    …   route for ovarian cancer spread</a></li>
114401  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2014/survival-instinct-pancreatic-cancer.html">
    …   Survival Instinct</a></li>
114402  </ul>
114403  </nav>
114404  </div>
114405  </section>
114406  </div>
114407  </div>
114408  </div></li>
114409  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/summer-2014.html">Summer 2014</a>
114410  <div class="subnav-mask">
114411  <div class="subnav-wrapper">
114412  <div class="subnav col10 pad">
114413  <section class="nested">
114414  <div class="col4 main-column">
114415  <nav class="secondary">
114416  <ul>
114417  <li class="mobile-nav-back"><a href="/publications/promise/summer-2014.html"
    …   aria-label="Back to Summer 2014">Summer 2014</a></li>
114418  <li class="primary-nav-item">
114419  <a href="/publications/promise/summer-2014.html" aria-label="Summer 2014 Home">Summer
    …   2014 Home</a></li>
114420  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2014/message-from-dr-depinho.html">A Message from
    …   Dr. DePinho</a></li>
114421  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2014/born-to-beat-cancer.html">Born to beat
    …   cancer</a></li>
114422  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2014/fueled-by-philanthropy.html">Fueled by
    …   philanthropy</a></li>
```

```
114423  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/putting-cancer-research-on-the-fast-track.
    ..  html">Putting cancer research on the fast track</a></li>
114424  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/ipromise-jan-levit-silver.html">iPromise: Jan
    ..  Levit</a></li>
114425  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/survivors-say-paula-schuetz.html">Survivors
    ..  Say: Paula Schuetz</a></li>
114426  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/avon-foundation-breast-cancer-walk.html">Avon
    ..  Foundation walks for a world without breast cancer</a></li>
114427  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/hope-is-in-sight.html">Hope is in
    ..  sight</a></li>
114428  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/when-life-gives-you-lemons.html">When life
    ..  gives you lemons</a></li>
114429  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/living-legend-condoleezza-rice.html">A
    ..  Conversation With a Living Legend raises more than $1 million</a></li>
114430  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/insperity-invitational.html">Insperity
    ..  Invitational</a></li>
114431  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/polo-on-the-prairie.html">Polo on the
    ..  Prairie</a></li>
114432  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/asco-recognizes-md-anderson.html">American
    ..  Society of Clinical Oncology recognizes MD Anderson's
114433  extraordinary contributions to cancer care</a></li>
114434  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/tang-prize-jim-allison.html">Allison shares
    ..  inaugural Tang Prize for his cancer immunotherapy innovation</a></li>
114435  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/aaas-award-li-ma.html">Notable AAAS award
    ..  goes to MD Anderson researcher</a></li>
114436  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/arceneaux-award-diane-barber.html">Diane
    ..  Barber receives MD Anderson's highest nursing honor</a></li>
114437  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/colon-cancer-drug-combo.html">Patients with
    ..  metastatic colon cancer respond to new combination therapy</a></li>
114438  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/biology-to-bedside.html">Biology to
    ..  bedside</a></li>
114439  <li class="primary-nav-item"><a
    ..  href="/publications/promise/summer-2014/study-ties-obesity-to-higher-risk-of-breast-
    ..  cancer-deaths.html">Study ties obesity to higher risk of breast cancer
    ..  deaths</a></li>
114440  </ul>
114441  </nav>
114442  </div>
114443  </section>
114444  </div>
114445  </div>
114446  </div></li>
114447  <li class="primary-nav-item has-subnav"><a
    ..  href="/publications/promise/spring-2014.html">Spring 2014</a>
114448  <div class="subnav-mask">
114449  <div class="subnav-wrapper">
114450  <div class="subnav col10 pad">
114451  <section class="nested">
114452  <div class="col4 main-column">
114453  <nav class="secondary">
114454  <ul>
114455  <li class="mobile-nav-back"><a href="/publications/promise/spring-2014.html"
    ..  aria-label="Back to Spring 2014">Spring 2014</a></li>
```

```
114456  <li class="primary-nav-item">
114457  <a href="/publications/promise/spring-2014.html" aria-label="Spring 2014 Home">Spring
    ‥  2014 Home</a></li>
114458  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/message-from-dr-depinho.html">A Message From
    ‥  Dr. DePinho</a></li>
114459  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/ovarian-cancer-patient-thrives-on-hope.html">
    ‥  Ovarian cancer patient thrives on hope</a></li>
114460  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/moon-shots-program.html">Moon Shots
    ‥  Program</a></li>
114461  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/the-power-of-giving.html">The power of
    ‥  giving</a></li>
114462  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/philanthropy-101.html">Philanthropy
    ‥  101</a></li>
114463  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/sowing-success.html">Sowing success</a></li>
114464  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/ipromise-kimmie-rhodes.html">iPromise: Kimmie
    ‥  Rhodes</a></li>
114465  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/survivors-say-debbie-zelman.html">Survivors
    ‥  Say: Debbie Zelman</a></li>
114466  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/catwalk-for-a-cure-amschwand-foundation.html"
    ‥  >Catwalk for a Cure</a></li>
114467  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/across-the-spectrum-archer-foundation.html">
    ‥  Across the Spectrum</a></li>
114468  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/paying-it-forward-werner-haasch.html">Paying
    ‥  it forward</a></li>
114469  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/a-quarter-earned-anderson-assembly.html">A
    ‥  quarter earned</a></li>
114470  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/girls-in-pink-dancer-for-cancer.html">Girls
    ‥  in pink</a></li>
114471  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/its-a-dirty-job-wca.html">It's a dirty
    ‥  job</a></li>
114472  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/aacr-academy-welcomes-new-fellows.html">AACR
    ‥  Academy welcomes new fellows</a></li>
114473  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/kripke-award-laurie-glimcher.html">Margaret
    ‥  L. Kripke Legend Award</a></li>
114474  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/hagop-kantarjian-wins-national-award.html">
    ‥  Hagop Kantarjian wins national award</a></li>
114475  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/presidents-award-thomas-burke.html">President
    ‥  's Leadership Award for Advancing Women Faculty</a></li>
114476  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/predicting-pancreatic-tumor-response.html">
    ‥  Predicting pancreatic tumor response</a></li>
114477  <li class="primary-nav-item"><a
    ‥  href="/publications/promise/spring-2014/forcing-cancer-to-self-cannibalize.html">
    ‥  Forcing cancer to self-cannibalize</a></li>
114478  </ul>
114479  </nav>
114480  </div>
114481  </section>
114482  </div>
114483  </div>
```

```
114484  </div></li>
114485  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/winter-2014.html">Winter 2014</a>
114486  <div class="subnav-mask">
114487  <div class="subnav-wrapper">
114488  <div class="subnav col10 pad">
114489  <section class="nested">
114490  <div class="col4 main-column">
114491  <nav class="secondary">
114492  <ul>
114493  <li class="mobile-nav-back"><a href="/publications/promise/winter-2014.html"
    …   aria-label="Back to Winter 2014">Winter 2014</a></li>
114494  <li class="primary-nav-item">
114495  <a href="/publications/promise/winter-2014.html" aria-label="Winter 2014 Home">Winter
    …   2014 Home</a></li>
114496  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/message-from-dr-depinho.html">A Message From
    …   Dr. DePinho</a></li>
114497  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/living-legend-james-a-baker-iii.html">
    …   Washington, D.C. event honors James A. Baker, III</a></li>
114498  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/grand-prix-of-houston.html">Race to
    …   accelerate an end to cancer</a></li>
114499  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/among-friends.html">Cancer in the rearview
    …   mirror</a></li>
114500  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/ipromise-lyle-lovett.html">iPromise</a></li>
114501  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/survivors-say-angel-jimenez.html">Survivors
    …   Say</a></li>
114502  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/jho-low-gift.html">$50 million plus world's
    …   smartest computer</a></li>
114503  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/moon-shot-overview.html">Moon Shots
    …   Program</a></li>
114504  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/donald-lowd.html">Donald Lowd</a></li>
114505  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/living-legend-george-w-bush.html">A million
    …   and more</a></li>
114506  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/living-legend-david-robinson.html">Basketball
    …   greats star in San Antonio Living Legend</a></li>
114507  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/palm-beach-gala.html">Milestones met,
    …   miracles celebrated</a></li>
114508  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/breakfast-with-santa.html">The Little
    …   Galleria</a></li>
114509  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/cattlemen-for-cancer-research-hero-award.html
    …   ">Cattlemen for Cancer Research Hero Award</a></li>
114510  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/kinder-foundation.html">Kinder Foundation
    …   commits $1 million for MCL research</a></li>
114511  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/komen-award-gordon-mills.html">Susan G. Komen
    …   bestows highest honor for breast cancer research</a></li>
114512  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/allison-accolades.html">Accolades for cancer
    …   immunotherapy and its mastermind</a></li>
114513  <li class="primary-nav-item"><a
    …   href="/publications/promise/winter-2014/pat-mulvey-lifetime-achievement-award.html">A
    …   round of applause</a></li>
114514  <li class="primary-nav-item"><a
```

```
114514… href="/publications/promise/winter-2011/aaas-fellows.html">New AAAS Fellows</a></li>
114515 <li class="primary-nav-item"><a
…     href="/publications/promise/winter-2014/institute-of-medicine.html">Waun Ki Hong and
…     Helen Piwnica-Worms elected to Institute of Medicine</a></li>
114516 <li class="primary-nav-item"><a
…     href="/publications/promise/winter-2014/breast-cancer.html">Imaging concerns</a></li>
114517 <li class="primary-nav-item"><a
…     href="/publications/promise/winter-2014/surgeon-general-on-smoking-anniversary.html">
…     Up in smoke</a></li>
114518 <li class="primary-nav-item"><a
…     href="/publications/promise/winter-2014/we-really-click-together.html">We really
…     click together</a></li>
114519 </ul>
114520 </nav>
114521 </div>
114522 </section>
114523 </div>
114524 </div>
114525 </div></li>
114526 <li class="primary-nav-item has-subnav"><a
…     href="/publications/promise/fall-2013.html">Fall 2013</a>
114527 <div class="subnav-mask">
114528 <div class="subnav-wrapper">
114529 <div class="subnav col10 pad">
114530 <section class="nested">
114531 <div class="col4 main-column">
114532 <nav class="secondary">
114533 <ul>
114534 <li class="mobile-nav-back"><a href="/publications/promise/fall-2013.html"
…     aria-label="Back to Fall 2013">Fall 2013</a></li>
114535 <li class="primary-nav-item">
114536 <a href="/publications/promise/fall-2013.html" aria-label="Fall 2013 Home">Fall 2013
…     Home</a></li>
114537 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/message-from-dr-depinho.html">A Message From
…     Dr. DePinho</a></li>
114538 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/gift-rings-hope-for-pediatric-patients.html">
…     Gift rings hope for pediatric patients</a></li>
114539 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/ray-floyds-1-million-hole-in-one.html">Ray
…     Floyd's $1 million hole in one</a></li>
114540 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/ipromise-joseph-jacobs.html">iPromise</a></li>
114541 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/survivors-say-leslie-schwartz.html">Survivors
…     Say</a></li>
114542 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/marion-meyer.html">Marion Meyer</a></li>
114543 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/moon-shots-program.html">Moon Shots
…     Program</a></li>
114544 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/moon-shot-philanthropy-reaches-major-milestone.
…     html">Moon shot philanthropy reaches major milestone</a></li>
114545 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/a-fresh-approach-to-prevention.html">A fresh
…     approach to prevention</a></li>
114546 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/aspen-scene-lures-philanthropic-set.html">Aspen
…     scene lures philanthropic set</a></li>
114547 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/pedaling-for-a-cure.html">Pedaling for a
…     cure</a></li>
114548 <li class="primary-nav-item"><a
…     href="/publications/promise/fall-2013/meeting-brain-cancer-head-on.html">Meeting
…     brain cancer head-on</a></li>
114549 <li class="primary-nav-item"><a
```

```
114549... href="/publications/promise/fall-2013/hope-through-h2o.html">Hope through
     ... H2O</a></li>
114550 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/george-calin-celebrated-for-research-excellence
     ... .html">George Calin celebrated for research excellence</a></li>
114551 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/anirban-maitra.html">Anirban Maitra</a></li>
114552 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/huffington-foundation-gives-5-million-to-
     ... neurodegeneration-consortium.html">Huffington Foundation gives $5 million to
     ... Neurodegeneration Consortium</a></li>
114553 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/stiefels-pledge-10-million-to-head-and-neck-
     ... cancer-program.html">Stiefels pledge $10 million to head and neck cancer
     ... program</a></li>
114554 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/no-butts-about-it.html">No butts about
     ... it</a></li>
114555 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/possible-new-methods-for-increasing-radiation.
     ... html">Researchers discover possible new methods for increasing radiation
114556 therapy effectiveness</a></li>
114557 <li class="primary-nav-item"><a
     ... href="/publications/promise/fall-2013/new-targeted-therapy-identified.html">New
     ... targeted therapy identified</a></li>
114558 </ul>
114559 </nav>
114560 </div>
114561 </section>
114562 </div>
114563 </div>
114564 </div></li>
114565 <li class="primary-nav-item has-subnav"><a
     ... href="/publications/promise/summer-2013.html">Summer 2013</a>
114566 <div class="subnav-mask">
114567 <div class="subnav-wrapper">
114568 <div class="subnav col10 pad">
114569 <section class="nested">
114570 <div class="col4 main-column">
114571 <nav class="secondary">
114572 <ul>
114573 <li class="mobile-nav-back"><a href="/publications/promise/summer-2013.html"
     ... aria-label="Back to Summer 2013">Summer 2013</a></li>
114574 <li class="primary-nav-item">
114575 <a href="/publications/promise/summer-2013.html" aria-label="Summer 2013 Home">Summer
     ... 2013 Home</a></li>
114576 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/message-from-dr-depinho.html">A Message From
     ... Dr. DePinho</a></li>
114577 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/lyda-hill-commits-50-million-to-moon-shots-
     ... program.html">Lyda Hill commits $50 million to Moon Shots Program</a></li>
114578 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/moon-shots-program.html">Moon Shots
     ... Program</a></li>
114579 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/private-philanthropy-boosts-md-andersons-moon
     ... -shots-program.html">Private philanthropy boosts MD Anderson's Moon Shots
     ... Program</a></li>
114580 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/the-medium-and-the-message.html">The medium
     ... and the message</a></li>
114581 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/tonys-prostate-cancer-research-foundation.
     ... html">Tony's Prostate Cancer Research Foundation</a></li>
114582 <li class="primary-nav-item"><a
     ... href="/publications/promise/summer-2013/tom-bates.html">Tom Bates</a></li>
114583 <li class="primary-nav-item"><a
```

```
114583   href="/publications/promise/summer-2013/ashley-loeffler.html">Ashley
...      Loeffler</a></li>
114584   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/music-video-goes-viral.html">Music Video Goes
...      Viral</a></li>
114585   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/a-rose-like-no-other.html">A rose like no
...      other</a></li>
114586   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/no-lump-still-cancer.html">No lump, still
...      cancer</a></li>
114587   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/under-the-palms-and-on-the-prairie.html">
...      Under the Palms and on the Prairie</a></li>
114588   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/run-broadens-scope-of-awareness.html">Run
...      broadens scope of awareness</a></li>
114589   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/md-andersons-top-nursing-honor.html">MD
...      Anderson's top nursing honor</a></li>
114590   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/a-generational-thing.html">A generational
...      thing</a></li>
114591   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/brothers-in-beards.html">Brothers in
...      beards</a></li>
114592   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/kick-the-butts.html">Kick the Butts</a></li>
114593   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/childrens-cancer-hospital-reopening.html">
...      Children's Cancer Hospital Re-opening</a></li>
114594   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/imaging-pioneer-takes-on-leadership-roles.
...      html">Imaging pioneer takes on leadership roles</a></li>
114595   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/Helen-piwnica-worms-joins-md-anderson.html">
...      MD Anderson welcomes new vice provost, science</a></li>
114596   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/ethan-dmitrovsky-joins-md-anderson.html">New
...      provost, executive vice president arrives from Dartmouth</a></li>
114597   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/american-cancer-society-honors-isaiah-j-
...      fidler.html">American Cancer Society honors Isaiah J. Fidler</a></li>
114598   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/mendelsohn-elected-to-american-academy-of-
...      arts-and-sciences.html">Mendelsohn elected to American Academy of Arts and
...      Sciences</a></li>
114599   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/met-protein-levels-potential-biomarker-for-
...      aggressive-colon-cancer.html">MET protein levels potential biomarker for aggressive
...      colon cancer</a></li>
114600   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/when-oxygen-is-short-egfr-thwarts-cancer-
...      fighting-machinery.html">When oxygen is short, EGFR thwarts cancer-fighting
...      machinery</a></li>
114601   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/ibrutinib-proves-strong-defense-against-
...      mantle-cell-lymphoma.html">Ibrutinib proves strong defense against mantle cell
...      lymphoma</a></li>
114602   <li class="primary-nav-item"><a
...      href="/publications/promise/summer-2013/bevacizumab-offers-no-benefit-for-newly-
...      diagnosed-glioblastoma.html">Bevacizumab offers no benefit for newly diagnosed
...      glioblastoma</a></li>
114603   </ul>
114604   </nav>
114605   </div>
114606   </section>
114607   </div>
```

```
114608  </div></li>
114609  </div></li>
114610  <li class="primary-nav-item has-subnav"><a
     …  href="/publications/promise/spring-2013.html">Spring 2013</a>
114611  <div class="subnav-mask">
114612  <div class="subnav-wrapper">
114613  <div class="subnav col10 pad">
114614  <section class="nested">
114615  <div class="col4 main-column">
114616  <nav class="secondary">
114617  <ul>
114618  <li class="mobile-nav-back"><a href="/publications/promise/spring-2013.html"
     …  aria-label="Back to Spring 2013">Spring 2013</a></li>
114619  <li class="primary-nav-item">
114620  <a href="/publications/promise/spring-2013.html" aria-label="Spring 2013 Home">Spring
     …  2013 Home</a></li>
114621  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/message-from-ronald-depinho.html">A message
     …  from Ronald DePinho, M.D.</a></li>
114622  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/a-bright-future-for-philanthropy.html">A
     …  bright future for philanthropy</a></li>
114623  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/mexico-texas-institutions-wage-war-on-tobacco
     …  .html">Mexico, Texas institutions wage war on tobacco</a></li>
114624  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/seminar-offers-a-glimpse-at-the-moon-shot-
     …  play-book.html">Seminar offers a glimpse at the moon shot play book</a></li>
114625  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/leading-gifts-lay-groundwork-for-moon-shots-
     …  program.html">Leading gifts lay groundwork for Moon Shots Program</a></li>
114626  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/beating-the-odds.html">Beating the
     …  odds</a></li>
114627  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/triumph-over-kid-cancer-foundation.html">
     …  Triumph Over Kid Cancer Foundation</a></li>
114628  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/ipromise-lorie-and-tony-pistone.html">
     …  iPromise - Lorie and Tony Pistone</a></li>
114629  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/survivors-say-john-webb.html">Survivors Say:
     …  John Webb</a></li>
114630  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/att-donation-helps-teens-stay-connected.html"
     …  >AT&amp;T donation helps teens stay connected</a></li>
114631  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/blackjack-players-hit-it-big-in-fight-against
     …  -cancer.html">Blackjack players hit it big in fight against cancer</a></li>
114632  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/motorcycle-group-revs-up-brain-cancer-
     …  research.html">Motorcycle group revs up brain cancer research</a></li>
114633  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/unconventional-fundraising-idea-rocks.html">
     …  Unconventional fundraising idea rocks</a></li>
114634  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/living-legend-george-w-bush.html">San Antonio
     …  A Conversation With a Living Legend®</a></li>
114635  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/santas-elves-spread-holiday-joy.html">Santa's
     …  Elves spread holiday joy to pediatric programs</a></li>
114636  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/bish-foundation-creates-hope-from-loss.html">
     …  BISH Foundation creates hope from loss</a></li>
114637  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2013/mulvas-fund-lifesaving-melanoma-research.html
     …  ">Mulvas fund lifesaving melanoma research</a></li>
114638  <li class="primary-nav-item"><a
```

```
114638… href="/publications/promise/spring-2013/safeway-supports-breast-cancer-research.html"
    … >Safeway supports groundbreaking breast cancer research</a></li>
114639 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/a-new-approach-to-alzheimers.html">A new
    … approach to Alzheimer's</a></li>
114640 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-glaxosmithkline-working-on-cancer
    … -immune-therapy.html">MD Anderson, GlaxoSmithKline working on cancer immune therapy
    … in $335M deal</a></li>
114641 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/md-anderson-kudos-at-national-philanthropy-
    … day.html">MD Anderson kudos at National Philanthropy Day</a></li>
114642 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/depression-stress-key-factors-in-bladder-
    … cancer-outcomes.html">Depression, stress key factors in bladder cancer
    … outcomes</a></li>
114643 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/project-to-sort-cancer-causing-cellular-chaos
    … -wins-innovator-awa.html">Project to sort cancer-causing cellular chaos wins
    … innovator award</a></li>
114644 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/stress-triggers-signaling-pathway-that-leads-
    … to-spread-of-ovaria.html">Stress triggers signaling pathway that leads to spread of
    … ovarian cancer</a></li>
114645 <li class="primary-nav-item"><a
    … href="/publications/promise/spring-2013/breast-cancer-patients-benefit-from-qigong.
    … html">Breast cancer patients benefit from qigong</a></li>
114646 </ul>
114647 </nav>
114648 </div>
114649 </section>
114650 </div>
114651 </div>
114652 </div></li>
114653 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/fall-2012.html">Fall 2012</a>
114654 <div class="subnav-mask">
114655 <div class="subnav-wrapper">
114656 <div class="subnav col10 pad">
114657 <section class="nested">
114658 <div class="col4 main-column">
114659 <nav class="secondary">
114660 <ul>
114661 <li class="mobile-nav-back"><a href="/publications/promise/fall-2012.html"
    … aria-label="Back to Fall 2012">Fall 2012</a></li>
114662 <li class="primary-nav-item">
114663 <a href="/publications/promise/fall-2012.html" aria-label="Fall 2012 Home">Fall 2012
    … Home</a></li>
114664 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/message-from-ronald-depinho.html">A message
    … from Ronald DePinho, M.D.</a></li>
114665 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/moon-shots-program.html">The time is
    … now</a></li>
114666 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/md-anderson-foundation.html">Heirs
    … apparent</a></li>
114667 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/megan-leigh-brown-fellowship-for-ovarian-cancer
    … .html">iPromise - Marie and Kevin Brown</a></li>
114668 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/survivors-say-john-m-floyd.html">Survivors Say
    … - John M. Floyd</a></li>
114669 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/jamie-hopes-for-a-cure.html">Jamie hopes for a
    … cure</a></li>
114670 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/little-galleria-back-to-school-fashion-show.
```

```
114670… html">School is back in style</a></li>
114671 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/2012-rogers-award.html">Rogers Award recognizes
    … Pam Redden</a></li>
114672 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/donors-make-a-difference-cj-johnson.html">CJ
    … Foundation fights with faith</a></li>
114673 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/matching-gifts-program-dipardo-fund.html">
    … Refusing to lose</a></li>
114674 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/md-andersons-holiday-giving-program.html">Greet
    … the holiday with ease</a></li>
114675 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/cultivation-events.html">Hosts with the
    … most</a></li>
114676 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/md-anderson-ranked-no-1.html">MD Anderson ranks
    … No. 1 in cancer care</a></li>
114677 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/new-bov-members.html">New BOV officers,
    … associate members</a></li>
114678 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/2012-arceneaux-award.html">Claudine Jreissaty
    … claims 30th annual Arceneaux Award</a></li>
114679 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/depression-affects-cancer-survival.html">
    … Depression affects cancer survival</a></li>
114680 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/dna-deletions-promote-cancer.html">An ironic
    … twist</a></li>
114681 <li class="primary-nav-item"><a
    … href="/publications/promise/fall-2012/radiation-and-mastectomy.html">Radiation and
    … mastectomy</a></li>
114682 </ul>
114683 </nav>
114684 </div>
114685 </section>
114686 </div>
114687 </div>
114688 </div></li>
114689 <li class="primary-nav-item has-subnav"><a
    … href="/publications/promise/summer-2012.html">Summer 2012</a>
114690 <div class="subnav-mask">
114691 <div class="subnav-wrapper">
114692 <div class="subnav col10 pad">
114693 <section class="nested">
114694 <div class="col4 main-column">
114695 <nav class="secondary">
114696 <ul>
114697 <li class="mobile-nav-back"><a href="/publications/promise/summer-2012.html"
    … aria-label="Back to Summer 2012">Summer 2012</a></li>
114698 <li class="primary-nav-item">
114699 <a href="/summer-2012.html" aria-label="Summer 2012 Home">Summer
    … 2012 Home</a></li>
114700 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2012/message-from-ronald-depinho.html">A message
    … from Ronald DePinho, M.D.</a></li>
114701 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2012/telemedicine-att.html">A leap into the future
    … with telemedicine</a></li>
114702 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2012/navigating-a-life-with-cancer.html">
    … Navigating a life with cancer</a></li>
114703 <li class="primary-nav-item"><a
    … href="/publications/promise/summer-2012/ipromise-michael-c-linn.html">iPromise:
    … Michael C. Linn</a></li>
114704 <li class="primary-nav-item"><a
```

```
114704    href="/publications/promise/summer-2012/survivors-say-wyatt-mcspadden.html">Survivors
...   Say: Wyatt McSpadden</a></li>
114705    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/pediatric-cancer-research.html">Taking a shot
...   at cancer</a></li>
114706    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/reliant-energy-blood-donors.html">Hope is in
...   the bank</a></li>
114707    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/broach-foundation-for-brain-cancer.html">
...   Attitude is everything</a></li>
114708    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/the-right-thing-to-do.html">The right thing
...   to do</a></li>
114709    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/cancer-fun-runs.html">Making great
...   strides</a></li>
114710    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/polo-fundraising-events.html">Donors pony up
...   support for MD Anderson</a></li>
114711    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/living-legend-tony-blair.html">A second
...   helping</a></li>
114712    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/hospital-israelita-albert-einstein.html">
...   Alliance in Brazil</a></li>
114713    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/depinho-elected-to-nas.html">DePinho elected
...   to National Academy of Sciences</a></li>
114714    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/frederick-becker-honor.html">Becker receives
...   investigative pathology society's highest honor</a></li>
114715    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/kripke-award-nancy-hopkins.html">Kripke
...   Legend Award salutes champion of gender equality</a></li>
114716    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/personalized-breast-cancer-medicine.html">A
...   step toward personalized breast cancer medicine</a></li>
114717    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/kras-oncogene.html">Kras plays dual role in
...   pancreatic cancer</a></li>
114718    <li class="primary-nav-item"><a
...   href="/publications/promise/summer-2012/melanoma-brain-metastases.html">Drug shrinks
...   melanoma brain metastases</a></li>
114719    </ul>
114720    </nav>
114721    </div>
114722    </section>
114723    </div>
114724    </div>
114725    </div></li>
114726    <li class="primary-nav-item has-subnav"><a
...   href="/publications/promise/spring-2012.html">Spring 2012</a>
114727    <div class="subnav-mask">
114728    <div class="subnav-wrapper">
114729    <div class="subnav col10 pad">
114730    <section class="nested">
114731    <div class="col4 main-column">
114732    <nav class="secondary">
114733    <ul>
114734    <li class="mobile-nav-back"><a href="/publications/promise/spring-2012.html"
...   aria-label="Back to Spring 2012">Spring 2012</a></li>
114735    <li class="primary-nav-item">
114736    <a href="/publications/promise/spring-2012.html" aria-label="Spring 2012 Home">Spring
...   2012 Home</a></li>
114737    <li class="primary-nav-item"><a
...   href="/publications/promise/spring-2012/message-from-dr-depinho.html">A Message From
...   Dr. DePinho</a></li>
```

```
114738  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/an-infinite-desire-to-help.html">An infinite
    …   desire to help</a></li>
114739  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/academia-meets-biotech-in-new-institute.html"
    …   >Academia meets biotech in new institute</a></li>
114740  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/friends-for-life-and-beyond.html">Friends for
    …   life — and beyond</a></li>
114741  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/ipromise-demos-t-kyrazis.html">iPromise</a></
    …   li>
114742  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/survivors-say-donna-mcnulty-reinbolt.html">
    …   Survivors Say</a></li>
114743  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/centers-new-name-pays-tribute-to-institutions
    …   -third-president.html">Center's new name pays tribute to institution's third
    …   president</a></li>
114744  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/straight-to-the-heart-of-the-matter.html">
    …   Straight to the heart of the matter</a></li>
114745  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/campaign-surpasses-1-2-billion-goal.html">
    …   Campaign surpasses $1.2 billion goal</a></li>
114746  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/events-quadruple-success-of-md-anderson-
    …   fundraiser.html">Events quadruple success of MD Anderson fundraiser</a></li>
114747  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/a-team-effort.html">A team effort</a></li>
114748  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/strength-in-numbers.html">Strength in
    …   numbers</a></li>
114749  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/scientists-find-possible-colorectal-cancer-
    …   connection.html">Scientists find possible colorectal cancer connection</a></li>
114750  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/pancreatic-cancer-study-finds-vicious-cycle.
    …   html">Pancreatic cancer study finds 'vicious cycle'</a></li>
114751  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/study-blames-dna-damaging-agents-in-
    …   testicular-cancer-risk.html">Study blames DNA-damaging agents in testicular cancer
    …   risk</a></li>
114752  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2012/ovarian-cancer-breakthrough.html">Ovarian
    …   cancer breakthrough</a></li>
114753  </ul>
114754  </nav>
114755  </div>
114756  </section>
114757  </div>
114758  </div>
114759  </div></li>
114760  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/fall-2011.html">Fall 2011</a>
114761  <div class="subnav-mask">
114762  <div class="subnav-wrapper">
114763  <div class="subnav col10 pad">
114764  <section class="nested">
114765  <div class="col4 main-column">
114766  <nav class="secondary">
114767  <ul>
114768  <li class="mobile-nav-back"><a href="/publications/promise/fall-2011.html"
    …   aria-label="Back to Fall 2011">Fall 2011</a></li>
114769  <li class="primary-nav-item">
114770  <a href="/publications/promise/fall-2011.html" aria-label="Fall 2011 Home">Fall 2011
    …   Home</a></li>
114771  <li class="primary-nav-item"><a
```

```
114771… href="/publications/promise/fall-2011/data-deluge.html">Data Deluge</a></li>
114772  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/ronald-depinho-message.html">A Message From Dr.
   …    DePinho</a></li>
114773  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/us-news-no-1.html">MD Anderson No. 1 in Cancer
   …    Care Again</a></li>
114774  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/komen-grant-recipients.html">Arun, Nazario
   …    Komen Grant Recipients</a></li>
114775  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/aspen-event-honors-mendelsohns.html">Aspen
   …    Event Honors Mendelsohns</a></li>
114776  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/pasqualini-wins-research-award.html">Pasqualini
   …    Wins Research Award</a></li>
114777  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/mcneill-receives-rogers-award.html">Passion +
   …    Brains = Excellence in Prevention</a></li>
114778  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/survivors-say-hilton-w-graham-ii.html">
   …    Survivors Say: Hilton W. Graham II</a></li>
114779  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/board-of-visitors.html">Time, Talents and
   …    Treasures</a></li>
114780  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/lung-screening.html">Help for Heavy
   …    Smokers</a></li>
114781  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/genetic-variations.html">It's in the
   …    Genes</a></li>
114782  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/t-cell-off-switch.html">Regulatory T Cell
   …    Off-Switch Plays Role in Immune System Response</a></li>
114783  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/colon-cancer-survivor.html">Suitable for
   …    Framing</a></li>
114784  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/ipromise-michael-levy.html">iPromise: Michael
   …    R. Levy</a></li>
114785  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/cattlemen-for-cancer-research.html">Cattlemen
   …    for Cancer Research Lassos First Hero</a></li>
114786  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/osteosarcoma-research.html">A Festival That
   …    Fights Back</a></li>
114787  <li class="primary-nav-item"><a
   …    href="/publications/promise/fall-2011/childhood-cancer.html">Philanthropy
   …    101</a></li>
114788  </ul>
114789  </nav>
114790  </div>
114791  </section>
114792  </div>
114793  </div>
114794  </div></li>
114795  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/promise/Summer2011.html">Summer 2011</a>
114796  <div class="subnav-mask">
114797  <div class="subnav-wrapper">
114798  <div class="subnav coll0 pad">
114799  <section class="nested">
114800  <div class="col4 main-column">
114801  <nav class="secondary">
114802  <ul>
114803  <li class="mobile-nav-back"><a href="/publications/promise/Summer2011.html"
   …    aria-label="Back to Summer 2011">Summer 2011</a></li>
114804  <li class="primary-nav-item">
```

```
114805  <a href="/publications/promise/Summer2011.html" aria-label="Summer 2011 home">Summer
    …  2011 Home</a></li>
114806  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/message-from-john-mendelsohn2.html">A Message
    …  From John Mendelsohn, M.D.</a></li>
114807  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/introducing-polo-under-the-palms.html">
    …  Introducing: Polo Under the Palms</a></li>
114808  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/polo-on-the-prairie.html">Polo on the
    …  Prairie</a></li>
114809  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/taking-a-bite-out-of-cancer-crave-cupcakes-
    …  partners-with-arts-in.html">Taking a bite out of cancer: Crave Cupcakes partners with
    …  Arts in
114810  Medicine program</a></li>
114811  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/teamconnor-plays-to-win-against-childhood-
    …  cancer.html">TeamConnor plays to win against childhood cancer</a></li>
114812  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/research-highlights3.html">Research
    …  Highlights</a></li>
114813  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/ipromise-anne-mendelsohn.html">iPromise - Anne
    …  Mendelsohn</a></li>
114814  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/among-friends-finding-hope-in-everyday-heroes.
    …  html">Among Friends: Marvin Kimmel</a></li>
114815  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/planned-gift-provides-hope-for-others.html">
    …  Planned gift provides hope for others</a></li>
114816  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/faith-is-at-foundations-core.html">Faith is at
    …  foundation's core</a></li>
114817  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/a-promise-fulfilled-foundation-honors-farrah-
    …  fawcetts-memory.html">A promise fulfilled: Foundation honors Farrah Fawcett's
    …  memory</a></li>
114818  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/bov-member-repays-debt-of-gratitude-to-md-
    …  anderson.html">BOV member repays debt of gratitude to MD Anderson</a></li>
114819  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/benchmark-event.html">Benchmark event</a></li>
114820  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/patients-peers-laud-award-winner.html">
    …  Patients, peers laud award winner</a></li>
114821  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/mulvas-give-5-million-to-melanoma-research.
    …  html">Mulvas give $5 million to melanoma research</a></li>
114822  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/depinho-named-fourth-president-in-history-of-
    …  md-anderson.html">DePinho named fourth president in history of MD Anderson</a></li>
114823  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/dean-makes-presidents-list.html">Dean makes
    …  president's list</a></li>
114824  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/capitalizing-on-our-differences.html">
    …  Capitalizing on our differences</a></li>
114825  <li class="primary-nav-item"><a
    …  href="/publications/promise/Summer2011/team-effort-makes-major-advances.html">Team
    …  effort makes major advances</a></li>
114826  </ul>
114827  </nav>
114828  </div>
114829  </section>
114830  </div>
114831  </div>
114832  </div></li>
```

```
114833  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/spring-2011.html">Spring 2011</a>
114834  <div class="subnav-mask">
114835  <div class="subnav-wrapper">
114836  <div class="subnav col10 pad">
114837  <section class="nested">
114838  <div class="col4 main-column">
114839  <nav class="secondary">
114840  <ul>
114841  <li class="mobile-nav-back"><a href="/publications/promise/spring-2011.html"
    …   aria-label="Back to Spring 2011">Spring 2011</a></li>
114842  <li class="primary-nav-item">
114843  <a href="/publications/promise/spring-2011.html" aria-label="Spring 2011 Home">Spring
    …   2011 Home</a></li>
114844  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/message-from-john-mendelsohn.html">A Message
    …   From John Mendelsohn, M.D.</a></li>
114845  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/milestones-with-mendelsohn.html">Milestones
    …   With Mendelsohn</a></li>
114846  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/meet-four-generous-md-anderson-donors.html">
    …   Meet Four Generous MD Anderson Donors</a></li>
114847  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/global-force-against-cancer-md-anderson.html"
    …   >A Global Force Against Cancer: MD Anderson Once Again Ranked No. 1</a></li>
114848  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/a-passion-for-making-cancer-history.html">A
    …   Passion for Making Cancer History®</a></li>
114849  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/dedication-spans-a-life-in-the-spotlight.html
    …   ">Among Friends</a></li>
114850  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/research-highlights2.html">Research
    …   Highlights</a></li>
114851  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/veps-reason-to-smile.html">VEPS: Reason to
    …   Smile</a></li>
114852  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/living-legend-jack-nicklaus.html">A
    …   Conversation With a Living Legend®</a></li>
114853  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/giving-back-is-job-one.html">Giving Back Is
    …   Job One</a></li>
114854  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/md-anderson-receives-largest-gift-in-its-
    …   history.html">MD Anderson Receives Largest Gift in Its History</a></li>
114855  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/great-expectations-inspire-couples-
    …   philanthropy.html">Great Expectations Inspire Couple's Philanthropy</a></li>
114856  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/mangurian-legacy-boosts-cutting-edge-leukemia
    …   -research.html">Mangurian Legacy Boosts Cutting-Edge Leukemia Research</a></li>
114857  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/ipromise-gibson-gayle-jr.html">iPromise -
    …   Gibson Gayle Jr.</a></li>
114858  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/doubleheader-at-minute-maid-park.html">
    …   Doubleheader at Minute Maid Park</a></li>
114859  <li class="primary-nav-item"><a
    …   href="/publications/promise/spring-2011/how-you-can-help.html">How You Can
    …   Help</a></li>
114860  </ul>
114861  </nav>
114862  </div>
114863  </section>
114864  </div>
114865  </div>
```

```
114866  </div></li>
114867  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/fall-2010.html">Fall 2010</a>
114868  <div class="subnav-mask">
114869  <div class="subnav-wrapper">
114870  <div class="subnav col10 pad">
114871  <section class="nested">
114872  <div class="col4 main-column">
114873  <nav class="secondary">
114874  <ul>
114875  <li class="mobile-nav-back"><a href="/publications/promise/fall-2010.html"
    …   aria-label="Back to Fall 2010">Fall 2010</a></li>
114876  <li class="primary-nav-item">
114877  <a href="/publications/promise/fall-2010.html" aria-label="Fall 2010 Home">Fall 2010
    …   Home</a></li>
114878  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/measuring-value.html">Measuring Value</a></li>
114879  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/message-from-dr-mendelsohn.html">A Message From
    …   Dr. Mendelsohn</a></li>
114880  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/ipromise-jen-lowenstein.html">iPromise</a></li>
114881  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/the-power-of-the-third-party.html">The Power of
    …   the Third Party</a></li>
114882  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/young-bakers-discover-sweet-rewards-in-giving.
    …   html">Young Bakers Discover Sweet Rewards in Giving</a></li>
114883  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/audubon-country-club-members-show-cancer-
    …   patients-they-care.html">Audubon Country Club Members Show Cancer Patients They
    …   Care</a></li>
114884  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/team-sarcoma-spins-worldwide-impact.html">Team
    …   Sarcoma Spins Worldwide Impact</a></li>
114885  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/three-times-a-survivor.html">Three Times a
    …   Survivor</a></li>
114886  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/survivors-say-wayne-bray.html">Survivors Say:
    …   Wayne Bray</a></li>
114887  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/kiosks-recognize-generous-donors.html">Kiosks
    …   Recognize Generous Donors</a></li>
114888  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/ross-perot-commits-20-million-to-md-anderson.
    …   html">Ross Perot Commits $20 Million to MD Anderson</a></li>
114889  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/little-galleria-is-a-big-amenity-for-families.
    …   html">Little Galleria Is a Big Amenity for Families</a></li>
114890  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/research-highlights1.html">Research
    …   Highlights</a></li>
114891  <li class="primary-nav-item"><a
    …   href="/publications/promise/fall-2010/donors-make-a-difference.html">Donors Make a
    …   Difference</a></li>
114892  </ul>
114893  </nav>
114894  </div>
114895  </section>
114896  </div>
114897  </div>
114898  </div></li>
114899  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/summer-2010.html">Summer 2010</a>
114900  <div class="subnav-mask">
114901  <div class="subnav-wrapper">
114902  <div class="subnav col10 pad">
```

```
114903 <section class="nested">
114904 <div class="col4 main-column">
114905 <nav class="secondary">
114906 <ul>
114907 <li class="mobile-nav-back"><a href="/publications/promise/summer-2010.html"
    aria-label="Back to Summer 2010">Summer 2010</a></li>
114908 <li class="primary-nav-item">
114909 <a href="/publications/promise/summer-2010.html" aria-label="Summer 2010 Home">Summer
    2010 Home</a></li>
114910 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/message-from-dr-mendelsohn.html">A Message
    from Dr. Mendelsohn</a></li>
114911 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/survivors-say-mike-shad.html">Survivor's Say:
    Mike Shad</a></li>
114912 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/ipromise-kim-johnson.html">iPromise: Kim
    Johnson</a></li>
114913 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/avon-walk-in-houston-sets-new-standard.html">
    Avon Walk in Houston Sets New Standard</a></li>
114914 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/texas-business-women-honors-professors-
    outstanding-achievements.html">Texas Business Women Honors Professor's Outstanding
    Achievements</a></li>
114915 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/kripke-award-janet-davison-rowley.html">
    Cancer Genetics Pioneer Wins Margaret L. Kripke Legend Award</a></li>
114916 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/beating-cancer-with-a-stick.html">Beating
    Cancer With a Stick</a></li>
114917 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/living-legend-sam-nunn.html">Atlanta Legends
    Event Featuring Sam Nunn Exceeds Fundraising Goals</a></li>
114918 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/osteoporosis-group-honors-couple-for-
    strengthening-bone-health-awareness.html">Osteoporosis Group Honors Couple for
    Strengthening Bone Health Awareness</a></li>
114919 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/among-friends-lanie-rose.html">Among Friends:
    Lanie Rose</a></li>
114920 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/beauty-and-the-beast.html">Beauty and the
    Beast</a></li>
114921 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/discoveries-take-time.html">Discoveries Take
    Time</a></li>
114922 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/advanced-practice-nurse-peg-fields-receives-
    prestigious-arceneaux-award.html">Advanced Practice Nurse Peg Fields Receives
    Prestigious Arceneaux Award</a></li>
114923 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/ut-md-anderson-no-1-in-cancer-care.html">UT
    MD Anderson No. 1 in Cancer Care</a></li>
114924 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/research-highlights.html">Research
    Highlights</a></li>
114925 <li class="primary-nav-item"><a
    href="/publications/promise/summer-2010/donors-make-a-difference.html">Donors Make a
    Difference</a></li>
114926 </ul>
114927 </nav>
114928 </div>
114929 </section>
114930 </div>
114931 </div>
114932 </div></li>
114933 <li class="primary-nav-item has-subnav"><a
```

```
114933…  href="/publications/promise/spring-2010.html">Spring 2010</a>
114934  <div class="subnav-mask">
114935  <div class="subnav-wrapper">
114936  <div class="subnav col10 pad">
114937  <section class="nested">
114938  <div class="col4 main-column">
114939  <nav class="secondary">
114940  <ul>
114941  <li class="mobile-nav-back"><a href="/publications/promise/spring-2010.html"
     …  aria-label="Back to Spring 2010">Spring 2010</a></li>
114942  <li class="primary-nav-item">
114943  <a href="/publications/promise/spring-2010.html" aria-label="Spring 2010 Home">Spring
     …  2010 Home</a></li>
114944  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/message-from-john-mendelsohn.html">A Message
     …  from John Mendelsohn</a></li>
114945  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/making-cancer-history.html">Making Cancer
     …  History®:</a></li>
114946  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/philanthropic-goals-through-december-2011.
     …  html">Philanthropic Goals Through December 2011</a></li>
114947  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/transforming-cancer-care-through-research.
     …  html">Transforming Cancer Care Through Research</a></li>
114948  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-institute-for-cancer-care
     …  -excellence.html">Institute for Cancer Care Excellence</a></li>
114949  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-red-and-charline-mccombs-
     …  institute.html">Red and Charline McCombs Institute for the Early Detection and
     …  Treatment
114950  of Cancer</a></li>
114951  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-duncan-family-institute.
     …  html">Duncan Family Institute for Cancer Prevention and Risk Assessment</a></li>
114952  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-institute-for-basic-
     …  science.html">Institute for Basic Science</a></li>
114953  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-institute-for-
     …  personalized-cancer-therapy.html">Institute for Personalized Cancer Therapy</a></li>
114954  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-priority-programs.html">
     …  Priority Programs</a></li>
114955  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-an-endowment-for-md-
     …  anderson.html">An Endowment for MD Anderson</a></li>
114956  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/campaign-objectives-facilities.html">
     …  Facilities</a></li>
114957  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/an-evening-of-celebration-launches-1-billion-
     …  campaign.html">An Evening of Celebration Launches $1 Billion Campaign to Transform
114958  Cancer Care</a></li>
114959  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/among-friends-george-and-barbara-bush.html">
     …  Among Friends- George and Barbara Bush</a></li>
114960  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/research-highlights.html">Research
     …  Highlights</a></li>
114961  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/a-new-look-for-md-andersons-logo.html">A New
     …  Look for MD Anderson's Logo</a></li>
114962  <li class="primary-nav-item"><a
     …  href="/publications/promise/spring-2010/donors-make-a-difference.html">Promise -
     …  Spring 2010 - Donors Make a Difference</a></li>
114963  <li class="primary-nav-item"><a
```

```
114963  href="/publications/promise/spring-2010/survivors-say-nancy-b-loeffler.html">
        Survivors Say - Nancy B. Loeffler</a></li>
114964  </ul>
114965  </nav>
114966  </div>
114967  </section>
114968  </div>
114969  </div>
114970  </div></li>
114971  <li class="primary-nav-item has-subnav"><a
        href="/publications/promise/fall-2009.html">Fall 2009</a>
114972  <div class="subnav-mask">
114973  <div class="subnav-wrapper">
114974  <div class="subnav col10 pad">
114975  <section class="nested">
114976  <div class="col4 main-column">
114977  <nav class="secondary">
114978  <ul>
114979  <li class="mobile-nav-back"><a href="/publications/promise/fall-2009.html"
        aria-label="Back to Fall 2009">Fall 2009</a></li>
114980  <li class="primary-nav-item">
114981  <a href="/publications/promise/fall-2009.html" aria-label="Fall 2009 Home">Fall 2009
        Home</a></li>
114982  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/a-message-from-dr-mendelsohn.html">A Message
        from Dr. Mendelsohn</a></li>
114983  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/practicing-the-art-of-the-possible.html">
        Practicing the Art of the Possible</a></li>
114984  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/philanthropy-fuels-innovative-research.html">
        Philanthropy Fuels Innovative Research</a></li>
114985  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/support-focuses-on-survivorship-issues.html">
        Support Focuses on Survivorship Issues</a></li>
114986  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/ipromise-jeff-b-love.html">iPromise - Jeff B.
        Love</a></li>
114987  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/survivors-say-hoda-kotb.html">Survivors Say -
        Hoda Kotb</a></li>
114988  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/among-friends-ruth-keller.html">Among Friends -
        Ruth Keller</a></li>
114989  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/run-for-the-rose-races-past-1-million-mark-for-
        brain-tumor-research.html">Run for the Rose Races Past $1 Million Mark for Brain
        Tumor Research</a></li>
114990  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/raam-team-brings-christmas-in-july-to-young-
        cancer-patients.html">RAAM Team Brings Christmas in July to Young Cancer
        Patients</a></li>
114991  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/mulligans-mean-melanoma-awareness-for-sun-savvy
        -fundraisers.html">Mulligans Mean Melanoma Awareness for Sun-savvy
        Fundraisers</a></li>
114992  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/santa-fe-symposium.html">Santa Fe
        Symposium</a></li>
114993  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/research-highlights.html">Research
        Highlights</a></li>
114994  <li class="primary-nav-item"><a
        href="/publications/promise/fall-2009/news-makers.html">News Makers</a></li>
114995  </ul>
114996  </nav>
114997  </div>
114998  </section>
```

```
114999  </div>
115000  </div>
115001  </div></li>
115002  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/summer-2009.html">Summer 2009</a>
115003  <div class="subnav-mask">
115004  <div class="subnav-wrapper">
115005  <div class="subnav col10 pad">
115006  <section class="nested">
115007  <div class="col4 main-column">
115008  <nav class="secondary">
115009  <ul>
115010  <li class="mobile-nav-back"><a href="/publications/promise/summer-2009.html"
    …   aria-label="Back to Summer 2009">Summer 2009</a></li>
115011  <li class="primary-nav-item">
115012  <a href="/publications/promise/summer-2009.html" aria-label="Summer 2009 Home">Summer
    …   2009 Home</a></li>
115013  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/a-message-from-dr-mendelsohn.html">A Message
    …   From Dr. Mendelsohn</a></li>
115014  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/polo-on-the-prairie-brings-world-class-polo-
    …   to-west-texas.html">Polo on the Prairie Brings World-Class Polo to West
    …   Texas</a></li>
115015  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/milestones-and-a-mission.html">Milestones and
    …   a Mission</a></li>
115016  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/presidential-perspective-george-hw-bush.html"
    …   >Presidential Perspective</a></li>
115017  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/cyrus-scholar-award-presents-a-golden-
    …   opportunity.html">Cyrus Scholar Award Presents a Golden Opportunity</a></li>
115018  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/sprint-for-life-off-and-running-in-support-of
    …   -ovarian-cancer-research.html">Sprint for Life: Off and Running in Support of Ovarian
    …   Cancer Research</a></li>
115019  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/among-friends-jeff-wigbels.html">Among
    …   Friends</a></li>
115020  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/survivors-say-james-s-olson.html">Survivors
    …   Say: James S. Olson</a></li>
115021  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/research-highlights.html">Research
    …   Highlights</a></li>
115022  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/news-makers.html">News Makers</a></li>
115023  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2009/ipromise-andrew-mccullough-jr.html">iPromise<
    …   /a></li>
115024  </ul>
115025  </nav>
115026  </div>
115027  </section>
115028  </div>
115029  </div>
115030  </div></li>
115031  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/promise/spring-2009.html">Spring 2009</a>
115032  <div class="subnav-mask">
115033  <div class="subnav-wrapper">
115034  <div class="subnav col10 pad">
115035  <section class="nested">
115036  <div class="col4 main-column">
115037  <nav class="secondary">
115038  <ul>
115039  <li class="mobile-nav-back"><a href="/publications/promise/spring-2009.html"
```

```
115039… aria-label="Back to Spring 2009">Spring 2009</a></li>
115040 <li class="primary-nav-item">
115041 <a href="/publications/promise/spring-2009.html" aria-label="Spring 2009 Home">Spring
     … 2009 Home</a></li>
115042 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/from-the-president.html">From the
     … President</a></li>
115043 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/about-promise.html">About Promise</a></li>
115044 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/battle-toward-personalized-lung-cancer-
     … therapy.html">The BATTLE Toward Personalized Lung Cancer Therapy</a></li>
115045 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/funding-for-the-best-and-brightest.html">
     … Funding for the Best and Brightest</a></li>
115046 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/cancer-in-2009-what-needs-to-be-done.html">
     … Cancer in 2009: What Needs to be Done</a></li>
115047 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/accolades-and-achievements.html">Accolades
     … and Achievements</a></li>
115048 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/donors-make-a-difference.html">Donors Make a
     … Difference</a></li>
115049 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/scientific-breakthroughs.html">Scientific
     … Breakthroughs</a></li>
115050 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/events-and-fundraisers.html">Events and
     … Fundraisers</a></li>
115051 <li class="primary-nav-item"><a
     … href="/publications/promise/spring-2009/board-of-visitors-qa-ali-a-saberioon.html">
     … Board of Visitors QA - Ali A. Saberioon</a></li>
115052 </ul>
115053 </nav>
115054 </div>
115055 </section>
115056 </div>
115057 </div>
115058 </div></li>
115059 <li class="primary-nav-item has-subnav">
115060 <div class="subnav-mask">
115061 <div class="subnav-wrapper">
115062 <div class="subnav col10 pad">
115063 <section class="nested">
115064 <div class="col4 main-column">
115065 <nav class="secondary">
115066 <ul>
115067 <li class="mobile-nav-back"></li>
115068 <li class="primary-nav-item">
115069 Home</li>
115070 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/Cosmetics-entrepreneur-focuses-on-cancers-
     … genetic-makeup.html">Cosmetics entrepreneur focuses on cancer's genetic
     … makeup</a></li>
115071 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/saks-fifth-avenue-reopening.html">Saks Fifth
     … Avenue reopening</a></li>
115072 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/got-hope.html">Got Hope?</a></li>
115073 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/about-the-HPV-related-cancers-moon-shot.html"
     … >About the HPV-related cancers Moon Shot</a></li>
115074 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/moon-shots-program.html">Moon Shots
     … Program</a></li>
115075 <li class="primary-nav-item"><a
     … href="/publications/promise/summer-2016/my-moon-shot.html">My Moon Shot</a></li>
```

```
115076  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/vatican-meeting.html">Vatican
    …   Meeting</a></li>
115077  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/a-win-win-win-situation.html">A win-win-win
    …   situation</a></li>
115078  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/getting-to-know-kelli-kickerillo.html">
    …   Getting to know: Kelli Kickerillo</a></li>
115079  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/survivors-say.html">Survivors Say</a></li>
115080  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/prom-party-palooza.html">Prom party
    …   palooza</a></li>
115081  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/tradition-triumphs-in-west-texas.html">
    …   Tradition triumphs in West Texas</a></li>
115082  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/cyclers-eye-the-finish-line.html">Cyclers eye
    …   the finish line</a></li>
115083  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/the-secret-sauce.html">'The secret
    …   sauce'</a></li>
115084  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/taking-a-swing-at-curing-brain-cancer.html">
    …   Taking a swing at curing brain cancer</a></li>
115085  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/ipromise.html">iPromise</a></li>
115086  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/diamond-anniversary.html">Diamond
    …   Anniversary</a></li>
115087  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/national-cancer-moonshot-summit.html">
    …   National cancer moonshot summit</a></li>
115088  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/zayed-building-opens-doors-to-state-of-the-
    …   art-research.html">Zayed building opens doors to state-of-the-art research</a></li>
115089  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/cancer-meet-your-match.html">Cancer, meet
    …   your match</a></li>
115090  <li class="primary-nav-item"><a
    …   href="/publications/promise/summer-2016/MD-Anderson-experts-join-new-parker-institute
    …   -for-cancer-immunotherapy.html">MD Anderson experts join new Parker Institute for
    …   Cancer Immunotherapy</a></li>
115091  </ul>
115092  </nav>
115093  </div>
115094  </section>
115095  </div>
115096  </div>
115097  </div></li>
115098  </ul>
115099  </nav>
115100  </div>
115101  </section>
115102  </div>
115103  </div>
115104  </div></li>
115105  <li class="primary-nav-item has-subnav"><a
    …   href="/publications/AdvanceTeam.html">Advance Team</a>
115106  <div class="subnav-mask">
115107  <div class="subnav-wrapper">
115108  <div class="subnav col10 pad">
115109  <section class="nested">
115110  <div class="col4 main-column">
115111  <nav class="secondary">
115112  <ul>
115113  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam.html" aria-label="Back
```

```
115113…  to advance team.">Advance Team</a></li>
115114  <li class="primary-nav-item">
115115  <a href="/publications/AdvanceTeam.html" aria-label="Advance Team Home">Advance Team
   …    Home</a></li>
115116  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/AdvanceTeam/Spring2016.html">Spring 2016</a>
115117  <div class="subnav-mask">
115118  <div class="subnav-wrapper">
115119  <div class="subnav col10 pad">
115120  <section class="nested">
115121  <div class="col4 main-column">
115122  <nav class="secondary">
115123  <ul>
115124  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Spring2016.html"
   …    aria-label="Back to Spring 2016">Spring 2016</a></li>
115125  <li class="primary-nav-item">
115126  <a href="/publications/AdvanceTeam/Spring2016.html" aria-label="Spring 2016
   …    Home">Spring 2016 Home</a></li>
115127  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Spring2016/upcoming-meeting-details.html">Upcoming
   …    meeting details</a></li>
115128  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Spring2016/getting-to-know-kelli-kickerillo.html">
   …    Getting to know: Kelli Kickerillo</a></li>
115129  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Spring2016/moon-shots-program-update.html">Moon Shots
   …    Program update</a></li>
115130  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Spring2016/new-website-debuts.html">New website
   …    debuts</a></li>
115131  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Spring2016/upcoming-events.html">Upcoming
   …    events</a></li>
115132  </ul>
115133  </nav>
115134  </div>
115135  </section>
115136  </div>
115137  </div>
115138  </div></li>
115139  <li class="primary-nav-item has-subnav"><a
   …    href="/publications/AdvanceTeam/Summer2016.html">Summer 2016</a>
115140  <div class="subnav-mask">
115141  <div class="subnav-wrapper">
115142  <div class="subnav col10 pad">
115143  <section class="nested">
115144  <div class="col4 main-column">
115145  <nav class="secondary">
115146  <ul>
115147  <li class="mobile-nav-back"><a href="/publications/AdvanceTeam/Summer2016.html"
   …    aria-label="Back to Summer 2016">Summer 2016</a></li>
115148  <li class="primary-nav-item">
115149  <a href="/publications/AdvanceTeam/Summer2016.html" aria-label="Summer 2016
   …    Home">Summer 2016 Home</a></li>
115150  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Summer2016/upcoming-events.html">Upcoming
   …    Events</a></li>
115151  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Summer2016/meeting-recap.html">Meeting Recap</a></li>
115152  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Summer2016/getting-to-know-barry-kessler.html">
   …    Getting to know: Barry Kessler</a></li>
115153  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Summer2016/saks-fifth-avenue-reopening.html">Saks
   …    Fifth Avenue Reopening</a></li>
115154  <li class="primary-nav-item"><a
   …    href="/publications/AdvanceTeam/Summer2016/communications.html">Communications</a></
   …    li>
```

```
115155  </ul>
115156  </nav>
115157  </div>
115158  </section>
115159  </div>
115160  </div>
115161  </div></li>
115162  </ul>
115163  </nav>
115164  </div>
115165  </section>
115166  </div>
115167  </div>
115168  </div></li>
115169  <li class="primary-nav-item has-subnav"><a
        href="/publications/publication-archives.html">Publication Archives</a>
115170  <div class="subnav-mask">
115171  <div class="subnav-wrapper">
115172  <div class="subnav col10 pad">
115173  <section class="nested">
115174  <div class="col4 main-column">
115175  <nav class="secondary">
115176  <ul>
115177  <li class="mobile-nav-back"><a href="/publications/publication-archives.html"
        aria-label="Back to Publication Archives">Publication Archives</a></li>
115178  <li class="primary-nav-item">
115179  <a href="/publications/publication-archives.html" aria-label="Publication Archives
        Home">Publication Archives Home</a></li>
115180  <li class="primary-nav-item"><a
        href="/publications/publication-archives/conquest-archive.html">Conquest
        Archive</a></li>
115181  <li class="primary-nav-item"><a
        href="/publications/publication-archives/promise-archive.html">Promise
        Archive</a></li>
115182  <li class="primary-nav-item"><a
        href="/publications/publication-archives/oncolog-archive.html">Oncolog
        Archive</a></li>
115183  <li class="primary-nav-item"><a
        href="/publications/publication-archives/focused-on-health-archive.html">Focused on
        Health Archive</a></li>
115184  <li class="primary-nav-item"><a
        href="/publications/publication-archives/annual-report-archive.html">Annual Report
        Archive</a></li>
115185  </ul>
115186  </nav>
115187  </div>
115188  </section>
115189  </div>
115190  </div>
115191  </div></li>
115192  </ul>
115193  </li>
115194  <li class="topnav-list-item"><a href="/newsroom.html">Newsroom</a>
115195  <ul class="primary-nav-list" id="nav-index">
115196  <li class="primary-nav-item"><a href="/newsroom.html">Newsroom Home</a></li>
115197  <li class="primary-nav-item"><a
        href="/newsroom/contact-a-media-specialist.html">Contact a Media Specialist</a></li>
115198  <li class="primary-nav-item"><a href="/newsroom/readycam-tv-studio.html">ReadyCam TV
        Studio</a></li>
115199  <li class="primary-nav-item"><a href="/newsroom/policy.html">Policy</a></li>
115200  <li class="primary-nav-item"><a href="/newsroom/broll-footage.html">B-roll
        Footage</a></li>
115201  <li class="primary-nav-item"><a href="/newsroom/embargo-policy.html">Embargo
        Policy</a></li>
115202  <li class="primary-nav-item"><a href="/newsroom/media-visitation-policy.html">Media
        Visitation Policy</a></li>
115203  <li class="primary-nav-item"><a href="/newsroom/style-guide.html">Style
        Guide</a></li>
```

```
115204 <li class="primary-nav-item"><a href="/newsroom/subscribe.html">Subscribe</a></li>
115205 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016.html">2016</a>
115206 <div class="subnav-mask">
115207 <div class="subnav-wrapper">
115208 <div class="subnav col10 pad">
115209 <section class="nested">
115210 <div class="col4 main-column">
115211 <nav class="secondary">
115212 <ul>
115213 <li class="mobile-nav-back"><a href="/newsroom/2016.html" aria-label="Back to
  …  2016">2016</a></li>
115214 <li class="primary-nav-item">
115215 <a href="/newsroom/2016.html" aria-label="2016 Home">2016 Home</a></li>
115216 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/07.html">07</a>
115217 <div class="subnav-mask">
115218 <div class="subnav-wrapper">
115219 <div class="subnav col10 pad">
115220 <section class="nested">
115221 <div class="col4 main-column">
115222 <nav class="secondary">
115223 <ul>
115224 <li class="mobile-nav-back"><a href="/newsroom/2016/07.html" aria-label="Back to
  …  07">07</a></li>
115225 <li class="primary-nav-item">
115226 <a href="/newsroom/2016/07.html" aria-label="07 Home">07 Home</a></li>
115227 <li class="primary-nav-item"><a href="/newsroom/2016/07/md-anderson--nasa-an.html">MD
  …  Anderson, NASA and ILC Dover partner on Space Suit Art Project to
115228 increase childhood cancer awareness</a></li>
115229 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/07/genetic-cause-of-15-.html">Genetic cause of 15 percent of
  …  colorectal cancer diagnoses identified</a></li>
115230 </ul>
115231 </nav>
115232 </div>
115233 </section>
115234 </div>
115235 </div>
115236 </div></li>
115237 <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/06.html">06</a>
115238 <div class="subnav-mask">
115239 <div class="subnav-wrapper">
115240 <div class="subnav col10 pad">
115241 <section class="nested">
115242 <div class="col4 main-column">
115243 <nav class="secondary">
115244 <ul>
115245 <li class="mobile-nav-back"><a href="/newsroom/2016/06.html" aria-label="Back to
  …  06">06</a></li>
115246 <li class="primary-nav-item">
115247 <a href="/newsroom/2016/06.html" aria-label="06 Home">06 Home</a></li>
115248 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-study-id.html">MD
  …  Anderson study identifies significant cost differences between breast
115249 cancer chemotherapy regimens</a></li>
115250 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/nivolumab-immunother.html">Nivolumab immunotherapy helps
  …  patients with advanced bladder cancer</a></li>
115251 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/nivolumab-shows-prom.html">Nivolumab shows promise in
  …  first-ever trial for patients with
115252 refractory, metastatic anal cancer</a></li>
115253 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-research.html">MD
  …  Anderson researchers highlight advances in gynecologic cancer treatments</a></li>
115254 <li class="primary-nav-item"><a
  …  href="/newsroom/2016/06/progression-free-sur.html">Progression-free survival triples
  …  in select metastatic lung cancer
115255 patients with surgery or radiation after standard chemotherapy</a></li>
115256 <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-and-bris.html">MD
  …  Anderson and Bristol-Myers Squibb announce new research collaboration
```

```
115257  in immuno-oncology focused on lung cancer</a></li>
115258  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/06/antibody-based-drug-.html">Antibody-based drug helps "bridge"
    …   leukemia patients to curative treatment</a></li>
115259  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/06/shorter-radiation-co.html">Shorter radiation course
    …   recommended for early-stage breast cancer patients</a></li>
115260  <li class="primary-nav-item"><a href="/newsroom/2016/06/md-anderson-to-host-.html">MD
    …   Anderson to host a national Cancer Moonshot Summit event June 29</a></li>
115261  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/06/novel-gene-hunting-m.html">Novel gene-hunting method
    …   implicates new culprit in pancreatic cancer</a></li>
115262  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/06/making-cancer-histor.html">Making Cancer History® Seminar
    …   returns to Aspen July 22</a></li>
115263  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/06/hitachi-chemical-co-.html">Hitachi Chemical Co., Ltd. and MD
    …   Anderson enter into strategic alliance</a></li>
115264  </ul>
115265  </nav>
115266  </div>
115267  </section>
115268  </div>
115269  </div>
115270  </div></li>
115271  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/05.html">05</a>
115272  <div class="subnav-mask">
115273  <div class="subnav-wrapper">
115274  <div class="subnav col10 pad">
115275  <section class="nested">
115276  <div class="col4 main-column">
115277  <nav class="secondary">
115278  <ul>
115279  <li class="mobile-nav-back"><a href="/newsroom/2016/05.html" aria-label="Back to
    …   05">05</a></li>
115280  <li class="primary-nav-item">
115281  <a href="/newsroom/2016/05.html" aria-label="05 Home">05 Home</a></li>
115282  <li class="primary-nav-item"><a href="/newsroom/2016/05/-study-points-to-the.html">
    …   Study points to therapeutic target for common and aggressive ovarian cancer</a></li>
115283  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/research-findings-re.html">Research findings reveal potential
    …   to reverse cancer-related nerve pain</a></li>
115284  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-applauds.html">MD
    …   Anderson applauds extension of FDA regulatory authority to all
115285  tobacco products</a></li>
115286  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/can-gender-play-a-ro.html">Can gender play a role in
    …   determining cancer treatment choices?</a></li>
115287  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/study-shows-possible.html">Study shows possible 'key' to
    …   improved therapy for adrenocortical carcinoma</a></li>
115288  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/strike-out-cancer-an.html">Strike out cancer and celebrate
    …   survivorship at the ballpark</a></li>
115289  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-receives.html">MD
    …   Anderson receives $10.6 million from CPRIT for lung cancer research</a></li>
115290  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-and-ioni.html">MD
    …   Anderson and Ionis Pharmaceuticals form strategic alliance to advance
115291  novel cancer therapeutics</a></li>
115292  <li class="primary-nav-item"><a href="/newsroom/2016/05/md-anderson-study-un.html">MD
    …   Anderson study uncovers early genetic changes in premalignant
115293  colorectal tissue</a></li>
115294  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/morphosys--md-anders.html">MorphoSys, MD Anderson join forces
    …   to develop novel oncology therapeutics</a></li>
115295  <li class="primary-nav-item"><a
    …   href="/newsroom/2016/05/making-cancer-histor.html">Making Cancer History®: Free
    …   seminar comes to Raleigh</a></li>
```

```
115296  </ul>
115297  </nav>
115298  </div>
115299  </section>
115300  </div>
115301  </div>
115302  </div></li>
115303  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/04.html">04</a>
115304  <div class="subnav-mask">
115305  <div class="subnav-wrapper">
115306  <div class="subnav col10 pad">
115307  <section class="nested">
115308  <div class="col4 main-column">
115309  <nav class="secondary">
115310  <ul>
115311  <li class="mobile-nav-back"><a href="/newsroom/2016/04.html" aria-label="Back to
     …  04">04</a></li>
115312  <li class="primary-nav-item">
115313  <a href="/newsroom/2016/04.html" aria-label="04 Home">04 Home</a></li>
115314  <li class="primary-nav-item"><a href="/newsroom/2016/04/2-md-anderson-expert.html">2
     …  MD Anderson experts named to National Cancer Moonshot advisory panel</a></li>
115315  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/zayed-building-opens.html">Zayed Building opens doors to
     …  state-of-the-art personalized cancer research</a></li>
115316  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-experts-.html">MD
     …  Anderson experts join new Parker Institute for Cancer Immunotherapy</a></li>
115317  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/study-suggests-link-.html">Study suggests link between
     …  obesity and kidney cancer</a></li>
115318  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/people-with-hepatiti.html">People with hepatitis C are two to
     …  five times more likely to develop
115319  certain head and neck cancers</a></li>
115320  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/saks-fifth-avenue-to.html">Saks Fifth Avenue to host event
     …  benefiting MD Anderson</a></li>
115321  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson_s-keelin.html">MD
     …  Anderson's Keeling Center Open House Set for April 22</a></li>
115322  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-research.html">MD
     …  Anderson researcher named AACR's Margaret Foti Award recipient</a></li>
115323  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/study-drug-loxo-101-.html">Study drug LOXO-101 shows tumor
     …  regression in varied cancers</a></li>
115324  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/first-ever-nivolumab.html">First-ever nivolumab study to
     …  treat aggressive anal cancer appears promising</a></li>
115325  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/monitoring-sugar-met.html">Monitoring sugar metabolism in
     …  liver may be a key to cancer diagnosis</a></li>
115326  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/first-computer-progr.html">First computer program developed
     …  to detect DNA mutations in single
115327  cancer cells</a></li>
115328  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/cancer--meet-your-ma.html">Cancer, meet your match: Andrew
     …  Sabin Family Fellows announced</a></li>
115329  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/teen-cancer-patients.html">Teen cancer patients and their
     …  families get 'red carpet' ready for a
115330  special prom</a></li>
115331  <li class="primary-nav-item"><a href="/newsroom/2016/04/md-anderson-and-hels.html">MD
     …  Anderson and Helsinn Healthcare SA enter strategic alliance to
115332  improve life of patients conducting clinical studies in cancer
115333  supportive and palliative care</a></li>
115334  <li class="primary-nav-item"><a
     …  href="/newsroom/2016/04/breast-cancer-surviv.html">Breast cancer survivors share hope
     …  and help with new book</a></li>
115335  <li class="primary-nav-item"><a
```

```
115335   href="/newsroom/2018/04/tjp1-protein-may-ide.html">TJP1 protein may identify multiple
      …  myeloma patients most likely to
115336   benefit from proteasome inhibitors</a></li>
115337   </ul>
115338   </nav>
115339   </div>
115340   </section>
115341   </div>
115342   </div>
115343   </div></li>
115344   <li class="primary-nav-item has-subnav"><a href="/newsroom/2016.03.html">03</a>
115345   <div class="subnav-mask">
115346   <div class="subnav-wrapper">
115347   <div class="subnav col10 pad">
115348   <section class="nested">
115349   <div class="col4 main-column">
115350   <nav class="secondary">
115351   <ul>
115352   <li class="mobile-nav-back"><a href="/newsroom/2016/03.html" aria-label="Back to
      …  03">03</a></li>
115353   <li class="primary-nav-item">
115354   <a href="/newsroom/2016/03.html" aria-label="03 Home">03 Home</a></li>
115355   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-cancer-c.html">MD
      …  Anderson Cancer Center plans free educational seminar in Indian Wells</a></li>
115356   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/pgk1-protein-promote.html">PGK1 protein promotes brain tumor
      …  formation and cancer metabolism</a></li>
115357   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-hosts-in.html">MD
      …  Anderson hosts inaugural Boot Walk to End Cancer in November</a></li>
115358   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/dietary-glycemic-ind.html">Dietary glycemic index linked to
      …  lung cancer risk in select populations</a></li>
115359   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/neurofeedback-reduce.html">Neurofeedback reduces pain,
      …  increases quality of life for cancer
115360   patients suffering from chemotherapy-induced neuropathy</a></li>
115361   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/two-md-anderson-facu.html">Two MD Anderson faculty members
      …  honored with highest distinctions from ASCO</a></li>
115362   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/making-cancer-histor.html">Making Cancer History®: Free
      …  seminar comes to Midland</a></li>
115363   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/new-md-anderson-deve.html">New MD Anderson-developed breast
      …  cancer staging system emphasizes
115364   importance of tumor biology as prognostic indicator</a></li>
115365   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-submits-.html">MD
      …  Anderson submits plan for Campus Carry</a></li>
115366   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/making-cancer-histor0.html">Making Cancer History®: Free
      …  seminar comes to Austin</a></li>
115367   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/advances-in-endoscop.html">Advances in endoscopy field allows
      …  most patients with complex colon
115368   polyps to avoid surgery, MD Anderson study finds</a></li>
115369   <li class="primary-nav-item"><a href="/newsroom/2016/03/md-anderson-patient-.html">MD
      …  Anderson patient endowment marks Silver Anniversary</a></li>
115370   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/tesaro-and-md-anders.html">TESARO and MD Anderson announce
      …  immuno-oncology collaboration and
115371   exclusive license</a></li>
115372   <li class="primary-nav-item"><a
      …  href="/newsroom/2016/03/polo-returns-to-the-.html">Polo returns to the West Texas
      …  prairie for 30th anniversary celebration</a></li>
115373   </ul>
115374   </nav>
115375   </div>
115376   </section>
```

```
115377  </div>
115378  </div>
115379  </div></li>
115380  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/02.html">02</a>
115381  <div class="subnav-mask">
115382  <div class="subnav-wrapper">
115383  <div class="subnav col10 pad">
115384  <section class="nested">
115385  <div class="col4 main-column">
115386  <nav class="secondary">
115387  <ul>
115388  <li class="mobile-nav-back"><a href="/newsroom/2016/02.html" aria-label="Back to
    …  02">02</a></li>
115389  <li class="primary-nav-item">
115390  <a href="/newsroom/2016/02.html" aria-label="02 Home">02 Home</a></li>
115391  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-shares-i.html">MD
    …  Anderson shares in $13.4 million award to study treatment for
115392  low-grade DCIS</a></li>
115393  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson_s-making.html">MD
    …  Anderson's Making Cancer History® Seminar returns to Palm Beach</a></li>
115394  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/02/first-in-class-drug-.html">First-in-class drug ONC201shows
    …  potential for some blood cancers</a></li>
115395  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-research.html">MD
    …  Anderson researchers propose new staging for HPV-related
115396  oropharyngeal cancer</a></li>
115397  <li class="primary-nav-item"><a href="/newsroom/2016/02/md-anderson-receives.html">MD
    …  Anderson receives $14 million in CPRIT research funding to recruit
115398  top talent</a></li>
115399  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/02/making-cancer-histor.html">Making Cancer History® in
    …  Sarasota</a></li>
115400  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/02/cancer-specialists-h.html">Cancer specialists honored for
    …  excellence in patient care and research</a></li>
115401  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/02/study-links-normal-s.html">Study links normal stem cells to
    …  aggressive prostate cancer</a></li>
115402  </ul>
115403  </nav>
115404  </div>
115405  </section>
115406  </div>
115407  </div>
115408  </div></li>
115409  <li class="primary-nav-item has-subnav"><a href="/newsroom/2016/01.html">01</a>
115410  <div class="subnav-mask">
115411  <div class="subnav-wrapper">
115412  <div class="subnav col10 pad">
115413  <section class="nested">
115414  <div class="col4 main-column">
115415  <nav class="secondary">
115416  <ul>
115417  <li class="mobile-nav-back"><a href="/newsroom/2016/01.html" aria-label="Back to
    …  01">01</a></li>
115418  <li class="primary-nav-item">
115419  <a href="/newsroom/2016/01.html" aria-label="01 Home">01 Home</a></li>
115420  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-kyma.html">MD
    …  Anderson and Kymab announce research and development strategic
115421  partnership in immuno-oncology</a></li>
115422  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/01/lymphoma-myeloma-sym.html">Lymphoma/Myeloma symposium for
    …  patients and caregivers set for Feb. 6</a></li>
115423  <li class="primary-nav-item"><a
    …  href="/newsroom/2016/01/study-reveals-potent.html">Study reveals potential therapy
    …  targets for triple-negative breast
115424  cancer</a></li>
115425  <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-and-enum.html">MD
```

```
115425… Anderson and Enumeral enter into collaborative research and
115426 development agreement</a></li>
115427 <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-applauds.html">MD
…      Anderson Applauds State of the Union Call to Cure Cancer</a></li>
115428 <li class="primary-nav-item"><a
…      href="/newsroom/2016/01/new-findings-may-enh.html">New findings may enhance PARP
…      inhibitors therapy in breast cancer</a></li>
115429 <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson--abbvie-.html">MD
…      Anderson, AbbVie connect to advance cancer immunotherapy</a></li>
115430 <li class="primary-nav-item"><a
…      href="/newsroom/2016/01/potential-therapeuti.html">Potential therapeutic targets
…      identified for multiple sclerosis</a></li>
115431 <li class="primary-nav-item"><a
…      href="/newsroom/2016/01/targeted-axillary-di.html">Targeted Axillary Dissection of
…      lymph nodes after chemotherapy improves
115432 staging accuracy of node-positive breast cancer patients</a></li>
115433 <li class="primary-nav-item"><a href="/newsroom/2016/01/md-anderson-joins-na.html">MD
…      Anderson joins nation's cancer centers in endorsement of HPV
115434 vaccination for cancer prevention</a></li>
115435 <li class="primary-nav-item"><a
…      href="/newsroom/2016/01/multi-center-study-r.html">Multi-center study reveals unique
…      subtypes of most common malignant
115436 brain cancer</a></li>
115437 </ul>
115438 </nav>
115439 </div>
115440 </section>
115441 </div>
115442 </div>
115443 </div></li>
115444 </ul>
115445 </nav>
115446 </div>
115447 </section>
115448 </div>
115449 </div>
115450 </div></li>
115451 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015.html">2015</a>
115452 <div class="subnav-mask">
115453 <div class="subnav-wrapper">
115454 <div class="subnav col10 pad">
115455 <section class="nested">
115456 <div class="col4 main-column">
115457 <nav class="secondary">
115458 <ul>
115459 <li class="mobile-nav-back"><a href="/newsroom/2015.html" aria-label="Back to
…      2015">2015</a></li>
115460 <li class="primary-nav-item">
115461 <a href="/newsroom/2015.html" aria-label="2015 Home">2015 Home</a></li>
115462 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/12.html">12</a>
115463 <div class="subnav-mask">
115464 <div class="subnav-wrapper">
115465 <div class="subnav col10 pad">
115466 <section class="nested">
115467 <div class="col4 main-column">
115468 <nav class="secondary">
115469 <ul>
115470 <li class="mobile-nav-back"><a href="/newsroom/2015/12.html" aria-label="Back to
…      12">12</a></li>
115471 <li class="primary-nav-item">
115472 <a href="/newsroom/2015/12.html" aria-label="12 Home">12 Home</a></li>
115473 <li class="primary-nav-item"><a
…      href="/newsroom/2015/12/immune-suppressor-cells-identified-for-advanced-prostate-
…      cancer.html">Immune suppressor cells identified for advanced prostate cancer</a></li>
115474 <li class="primary-nav-item"><a
…      href="/newsroom/2015/12/pancreas-cancer-liquid-biopsy-flows-from-blood-borne-packets-
…      of-.html">Pancreas cancer liquid biopsy flows from blood-borne packets of tumor
…      genes</a></li>
```

```
115475  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/father-of-tamoxifen-receives-sir-james-black-award.html">'
   …    Father of Tamoxifen' receives Sir James Black Award</a></li>
115476  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/lymphomamyeloma-symposium-for-patients-and-caregivers-set-for
   …    -ja.html">Lymphoma/Myeloma symposium for patients and caregivers set for Jan.
   …    9</a></li>
115477  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/delaying-chemotherapy-in-breast-cancer-patients-reduces-
   …    overall-.html">Delaying chemotherapy in breast cancer patients reduces overall
115478  survival, especially for those with triple-negative breast cancer</a></li>
115479  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/mastectomy-plus-reconstruction-has-highest-rate-of-
   …    complication-.html">Mastectomy plus reconstruction has highest rate of complication,
115480  complication-related costs of guideline-concordant therapies for early
115481  breast cancer</a></li>
115482  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/multiple-myeloma-patient-study-shows-promise-for-natural-
   …    killer-.html">Multiple myeloma patient study shows promise for natural killer
   …    cells</a></li>
115483  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/loss-of-enzyme-promotes-tumor-progression-in-endometrial-
   …    cancer.html">Loss of enzyme promotes tumor progression in endometrial cancer</a></li>
115484  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/study-shows-ibrutinib-superior-to-traditional-chemotherapy-in
   …    -un.html">Study shows ibrutinib superior to traditional chemotherapy in untreated
115485  chronic leukemia patients</a></li>
115486  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/depressed-head-and-neck-cancer-patients-three-and-one-half-
   …    times.html">Depressed head and neck cancer patients three-and-one-half times less
115487  likely to survive, have higher recurrence risk</a></li>
115488  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/boehringer-ingelheim-and-md-anderson-join-forces-to-discover-
   …    new.html">Boehringer Ingelheim and MD Anderson join forces to discover new
115489  treatment approaches for pancreatic cancer</a></li>
115490  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/complete-surgical-excision-is-the-most-effective-treatment-
   …    for-b.html">Complete surgical excision is the most effective treatment for breast
115491  implant-associated anaplastic large-cell lymphoma</a></li>
115492  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/12/sugar-in-western-diets.html">Sugar in Western diets increases
   …    risk for breast cancer tumors and metastasis</a></li>
115493  </ul>
115494  </nav>
115495  </div>
115496  </section>
115497  </div>
115498  </div>
115499  </div></li>
115500  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/11.html">11</a>
115501  <div class="subnav-mask">
115502  <div class="subnav-wrapper">
115503  <div class="subnav col10 pad">
115504  <section class="nested">
115505  <div class="col4 main-column">
115506  <nav class="secondary">
115507  <ul>
115508  <li class="mobile-nav-back"><a href="/newsroom/2015/11.html" aria-label="Back to
   …    11">11</a></li>
115509  <li class="primary-nav-item">
115510  <a href="/newsroom/2015/11.html" aria-label="11 Home">11 Home</a></li>
115511  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/11/two-md-anderson-faculty-named-as-prestigious-aaas-fellows.
   …    html">Two MD Anderson faculty named as prestigious AAAS Fellows</a></li>
115512  <li class="primary-nav-item"><a
   …    href="/newsroom/2015/11/tumor-suppressor-p53-regulates-protein-that-stifles-immune-
   …    attac.html">Tumor-suppressor p53 regulates protein that stifles immune attack on
   …    cancer</a></li>
```

```
115513  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/md-anderson-receives--22-2-million-in-cprit-research-funding.
    …   html">MD Anderson receives $22.2 million in CPRIT research funding</a></li>
115514  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/arch-venture-partners-flagship-ventures-and-md-anderson-
    …   collabor.html">ARCH Venture Partners, Flagship Ventures and MD Anderson collaborate
    …   to
115515  launch Codiak BioSciences</a></li>
115516  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/research-points-to-why-some-colorectal-cancers-recur-after-
    …   treat.html">Research points to why some colorectal cancers recur after
    …   treatment</a></li>
115517  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/new-york-businessman-philanthropist-gives--30-million-to-
    …   cancer-.html">New York businessman, philanthropist gives $30 million to cancer
    …   research</a></li>
115518  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/study-reveals-why-chemotherapy-may-be-compromised-in-patients
    …   -wi.html">Study reveals why chemotherapy may be compromised in patients with
115519  pancreatic cancer</a></li>
115520  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/dallas-a-conversation-with-a-living-legend--to-honor-dr--
    …   condole.html">Dallas A Conversation With a Living Legend® to honor Dr. Condoleezza
    …   Rice</a></li>
115521  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/increased-meat-consumption-especially-when-cooked-at-high-
    …   temper.html">Increased meat consumption, especially when cooked at high temperatures,
115522  linked to elevated kidney cancer risk</a></li>
115523  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/cytomx-and-md-anderson-cancer-center-enter-into-strategic-
    …   collab.html">CytomX and MD Anderson Cancer Center Enter Into Strategic Collaboration
115524  for Probody-Enabled CAR-NK Cell Therapies</a></li>
115525  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/11/first-precision-medicine-trial-in-cancer-prevention-
    …   identifies-m.html">First precision medicine trial in cancer prevention identifies
115526  molecular-based chemoprevention strategy</a></li>
115527  </ul>
115528  </nav>
115529  </div>
115530  </section>
115531  </div>
115532  </div>
115533  </div></li>
115534  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/10.html">10</a>
115535  <div class="subnav-mask">
115536  <div class="subnav-wrapper">
115537  <div class="subnav col10 pad">
115538  <section class="nested">
115539  <div class="col4 main-column">
115540  <nav class="secondary">
115541  <ul>
115542  <li class="mobile-nav-back"><a href="/newsroom/2015/10.html" aria-label="Back to
    …   10">10</a></li>
115543  <li class="primary-nav-item">
115544  <a href="/newsroom/2015/10.html" aria-label="10 Home">10 Home</a></li>
115545  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/md-anderson-s-moon-shots-mission-grows-to-confront-six-more-
    …   canc.html">MD Anderson's moon shots mission grows to confront six more cancer
    …   types</a></li>
115546  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/reversible-tumor-suppressor-loss-key-to-new-brain-cancer-
    …   thera.html">'Reversible' tumor suppressor loss: key to new brain cancer
    …   therapies?</a></li>
115547  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/for-lung-cancer-patients-imrt-associated-with-lesser-side-
    …   effect.html">For lung cancer patients, IMRT associated with lesser side effects,
115548  better tolerance of chemotherapy, compared to conventional
115549  radiation therapy</a></li>
```

Page 3361

```
115550  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/study-reveals-why-cancer-anemia-treatment-leads-to-tumor-
    …   growth.html">Study reveals why cancer anemia treatment leads to tumor growth</a></li>
115551  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/md-anderson-to-honor-houston-texans-founder-bob-mcnair.html">
    …   MD Anderson to honor Houston Texans founder Bob McNair</a></li>
115552  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/until-20-shares-courageous-story-challenges-all-to-lead-a-
    …   givi.html">'Until 20' Shares Courageous Story, Challenges All to Lead a
115553  Giving Life</a></li>
115554  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/md-anderson-cancer-center-board-of-visitors-welcomes-14-new-
    …   memb.html">MD Anderson Cancer Center Board of Visitors welcomes 14 new
    …   members</a></li>
115555  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/md-anderson-theraclone-sciences-form-oncoresponse.html">MD
    …   Anderson, Theraclone Sciences form OncoResponse</a></li>
115556  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/md-anderson-s-allison-wins-american-cancer-society-medal-of-
    …   hono.html">MD Anderson's Allison wins American Cancer Society medal of honor</a></li>
115557  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/10/study-shows-new-driver-to-assess-cancer-patient-survival-and-
    …   dru.html">Study shows new 'driver' to assess cancer patient survival and
115558  drug sensitivity</a></li>
115559  </ul>
115560  </nav>
115561  </div>
115562  </section>
115563  </div>
115564  </div>
115565  </li></li>
115566  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/09.html">09</a>
115567  <div class="subnav-mask">
115568  <div class="subnav-wrapper">
115569  <div class="subnav col10 pad">
115570  <section class="nested">
115571  <div class="col4 main-column">
115572  <nav class="secondary">
115573  <ul>
115574  <li class="mobile-nav-back"><a href="/newsroom/2015/09.html" aria-label="Back to
    …   09">09</a></li>
115575  <li class="primary-nav-item">
115576  <a href="/newsroom/2015/09.html" aria-label="09 Home">09 Home</a></li>
115577  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/everolimus-improves-progression-free-survival-for-patients-
    …   with-.html">Everolimus improves progression-free survival for patients with
115578  advanced, nonfunctional neuroendocrine tumors of the lung,
115579  gastrointestinal tract</a></li>
115580  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/breakthrough-study-demonstrates-survival-advantage-with-
    …   immune-c.html">Breakthrough study demonstrates survival advantage with immune
115581  checkpoint inhibitor for advanced kidney cancer patients</a></li>
115582  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-study-identifies-leukemia-tumor-suppressor.html">
    …   MD Anderson study identifies leukemia tumor suppressor</a></li>
115583  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/conversation-with-a-living-legend-returns-to-san-antonio-to-
    …   hono.html">A Conversation With a Living Legend® returns to San Antonio to honor
115584  Emmitt Smith</a></li>
115585  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-cayman-chemical-and-fannin-innovation-studio-form
    …   -th.html">MD Anderson, Cayman Chemical, and Fannin Innovation Studio form
115586  therapeutics company</a></li>
115587  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-immunologist-jim-allison-wins-lasker-debakey-
    …   award.html">MD Anderson immunologist Jim Allison wins Lasker-DeBakey Award</a></li>
115588  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-brings-making-cancer-history-seminar-to-atlanta.
```

```
115588  html">MD Anderson brings Making Cancer History® seminar to Atlanta</a></li>
115589  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-and-cellectis-announce-pre-clinical-and-clinical-
    …   all.html">MD Anderson and Cellectis announce pre-clinical and clinical alliance in
115590  cancer immunotherapy</a></li>
115591  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/md-anderson-to-honor-houstonians-for-their-efforts-to-end-
    …   cancer.html">MD Anderson to honor Houstonians for their efforts to end
    …   cancer</a></li>
115592  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/09/michelle-barton-receives-rogers-award-for-excellence-in-
    …   educatio.html">Michelle Barton receives Rogers Award for Excellence in
    …   Education</a></li>
115593  </ul>
115594  </nav>
115595  </div>
115596  </section>
115597  </div>
115598  </div>
115599  </div></li>
115600  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/08.html">08</a>
115601  <div class="subnav-mask">
115602  <div class="subnav-wrapper">
115603  <div class="subnav col10 pad">
115604  <section class="nested">
115605  <div class="col4 main-column">
115606  <nav class="secondary">
115607  <ul>
115608  <li class="mobile-nav-back"><a href="/newsroom/2015/08.html" aria-label="Back to
    …   08">08</a></li>
115609  <li class="primary-nav-item">
115610  <a href="/newsroom/2015/08.html" aria-label="08 Home">08 Home</a></li>
115611  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/internationally-recognized-health-care-leader-to-direct-md-
    …   ander.html">Internationally recognized leader to direct Moon Shots Program
115612  prevention efforts</a></li>
115613  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/md-anderson-to-host-evening-fun-run-supporting-skin-cancer-
    …   resea.html">MD Anderson to host evening fun run supporting skin cancer
    …   research</a></li>
115614  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/immatics-and-md-anderson-announce-launch-of-immatics-us-inc-
    …   to-d.html">Immatics and MD Anderson announce launch of Immatics US, Inc., to
115615  develop multiple T-cell and TCR-based adoptive cellular therapies</a></li>
115616  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/generic-heart-medication-shown-to-prolong-ovarian-cancer-
    …   patient.html">Generic heart medication shown to prolong ovarian cancer patients'
    …   survival</a></li>
115617  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/md-anderson-to-build-new-outpatient-center-in-west-houston.
    …   html">MD Anderson to build new outpatient center in West Houston</a></li>
115618  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/utmb-md-anderson-to-collaborate-on-league-city-campus.html">
    …   UTMB, MD Anderson to collaborate on League City campus</a></li>
115619  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-tumor-progression.
    …   html">MD Anderson study reveals new insight into tumor progression</a></li>
115620  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/merck-and-md-anderson-announce-immuno-oncology-research-
    …   collabor.html">Merck and MD Anderson announce immuno-oncology research collaboration
    …   in
115621  solid tumors</a></li>
115622  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/helping-preschoolers-deploy-superpowers-against-sunburn.html"
    …   >Helping preschoolers deploy 'superpowers' against sunburn</a></li>
115623  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/08/poor-survival-among-colorectal-cancer-patients-tied-to-
    …   biomarker.html">Poor survival among colorectal cancer patients tied to biomarker
```

```
115623…  CSN</a></li>
115624   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/08/md-anderson-names-valerae-o-lewis-md-chair-of-orthopaedic-
    …    oncolo.html">MD Anderson names Valerae O. Lewis, M.D., chair of Orthopaedic
    …    Oncology</a></li>
115625   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/08/shorter-course-of-radiation-therapy-associated-with-less-
    …    toxicit.html">Shorter course of radiation therapy associated with less toxicity,
115626   improved quality of life in women with early stage breast cancer</a></li>
115627   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/08/potential-new-therapy-approaches-to-reverse-kidney-damage-
    …    identi.html">Potential new therapy approaches to reverse kidney damage
    …    identified</a></li>
115628   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/08/md-anderson-study-reveals-new-insight-into-dna-repair.html">
    …    MD Anderson study reveals new insight into DNA Repair</a></li>
115629   </ul>
115630   </nav>
115631   </div>
115632   </section>
115633   </div>
115634   </div>
115635   </div></li>
115636   <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/07.html">07</a>
115637   <div class="subnav-mask">
115638   <div class="subnav-wrapper">
115639   <div class="subnav col10 pad">
115640   <section class="nested">
115641   <div class="col4 main-column">
115642   <nav class="secondary">
115643   <ul>
115644   <li class="mobile-nav-back"><a href="/newsroom/2015/07.html" aria-label="Back to
    …    07">07</a></li>
115645   <li class="primary-nav-item">
115646   <a href="/newsroom/2015/07.html" aria-label="07 Home">07 Home</a></li>
115647   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/07/md-anderson-named-as-one-of-two-genome-characterization-
    …    centers.html">MD Anderson named as one of two Genome Characterization
    …    Centers</a></li>
115648   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/07/md-anderson-presents-making-cancer-history-seminar-in-santa-
    …    fe.html">MD Anderson presents Making Cancer History® seminar in Santa Fe</a></li>
115649   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/07/md-anderson-named-top-ranked-hospital-for-cancer-care.html">
    …    MD Anderson named top-ranked hospital for cancer care</a></li>
115650   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/07/md-anderson-study-finds-one-third-of-colorectal-cancers-
    …    diagnose.html">MD Anderson study finds one-third of colorectal cancers diagnosed
    …    before
115651   age 35 are hereditary</a></li>
115652   <li class="primary-nav-item"><a
    …    href="/newsroom/2015/07/can-protein-14-3-3-sigma-prevent-or-kill-breast-cancer-tumors
    …    .html">Can protein 14-3-3 sigma prevent or kill breast cancer tumors?</a></li>
115653   </ul>
115654   </nav>
115655   </div>
115656   </section>
115657   </div>
115658   </div>
115659   </div></li>
115660   <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/06.html">06</a>
115661   <div class="subnav-mask">
115662   <div class="subnav-wrapper">
115663   <div class="subnav col10 pad">
115664   <section class="nested">
115665   <div class="col4 main-column">
115666   <nav class="secondary">
115667   <ul>
```

```
115668  <li class="mobile-nav-back"><a href="/newsroom/2015/06.html" aria-label="Back to
    …   06">06</a></li>
115669  <li class="primary-nav-item">
115670  <a href="/newsroom/2015/06.html" aria-label="06 Home">06 Home</a></li>
115671  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/similarities-between-embryos-and-breast-tumors-identified.
    …   html">Similarities between embryos and breast tumors identified</a></li>
115672  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/md-anderson-names-new-vice-provost-clinical-and-
    …   interdisciplinar.html">MD Anderson names new vice provost, clinical and
    …   interdisciplinary research</a></li>
115673  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/tiny-particles-in-blood-useful-for-early-diagnosis-of-
    …   pancreatic.html">Tiny particles in blood useful for early diagnosis of pancreatic
    …   cancer</a></li>
115674  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/keys-to-prevention-md-anderson-leaders-share-latest-news-in-
    …   figh.html">Keys to prevention: MD Anderson leaders share latest news in fight to
115675  end cancer</a></li>
115676  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/current-blood-cancer-drug-prices-not-justified-md-anderson-
    …   study.html">Current blood cancer drug prices not justified, MD Anderson study
    …   finds</a></li>
115677  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/genomic-discovery-of-skin-cancer-subtypes-provides-potential-
    …   sig.html">Genomic discovery of skin cancer subtypes provides potential
115678  'signpost' for drug targets</a></li>
115679  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/breast-conserving-therapy-for-early-stage-cancers-has-
    …   increased-.html">Breast-Conserving Therapy for Early-stage Cancers has Increased
115680  Substantially, Though Access Remains an Issue</a></li>
115681  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/whats-in-a-name-death-associated-protein-promotes-cancer-
    …   growth-.html">What's in a name? "Death-associated protein" promotes cancer
115682  growth in most aggressive breast cancers</a></li>
115683  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/adamts-family-of-genes-may-be-the-next-thing-in-ovarian-
    …   cancer-t.html">ADAMTS family of genes may be the next 'thing' in ovarian
115684  cancer treatment</a></li>
115685  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/md-anderson-study-finds-gene-mutations-sensitize-tumors-to-
    …   speci.html">MD Anderson study finds gene mutations sensitize tumors to specific
115686  cancer drugs</a></li>
115687  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/multi-center-study-redefines-brain-tumor-diagnosis-and-
    …   treatment.html">Multi-center study redefines brain tumor diagnosis and
    …   treatment</a></li>
115688  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/yin-and-yang-immune-signaling-protein-has-opposing-roles-in-
    …   brea.html">Yin and yang: Immune signaling protein has opposing roles in breast
115689  cancer development</a></li>
115690  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/houston-methodist-hospital-md-anderson-cancer-center-teams-
    …   perfo.html">Houston Methodist Hospital, MD Anderson Cancer Center teams perform
115691  first multi-organ transplant that includes skull and scalp</a></li>
115692  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/md-anderson-and-exact-sciences-announce-partnership-to-
    …   develop-s.html">MD Anderson and Exact Sciences announce partnership to develop
    …   screening
115693  and diagnostic tests for lung cancer</a></li>
115694  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/shelby-robin-receives-md-andersons-highest-nursing-honor.html
    …   ">Shelby Robin receives MD Anderson's highest nursing honor</a></li>
115695  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/06/md-anderson-s-ernest-hawk-wins-asco-american-cancer-society-
    …   awar.html">MD Anderson's Ernest Hawk wins ASCO-American Cancer Society Award</a></li>
115696  </ul>
115697  </nav>
```

```
115698  </div>
115699  </section>
115700  </div>
115701  </div>
115702  </div></li>
115703  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/05.html">05</a>
115704  <div class="subnav-mask">
115705  <div class="subnav-wrapper">
115706  <div class="subnav col10 pad">
115707  <section class="nested">
115708  <div class="col4 main-column">
115709  <nav class="secondary">
115710  <ul>
115711  <li class="mobile-nav-back"><a href="/newsroom/2015/05.html" aria-label="Back to
    …   05">05</a></li>
115712  <li class="primary-nav-item">
115713  <a href="/newsroom/2015/05.html" aria-label="05 Home">05 Home</a></li>
115714  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/risks-of-whole-brain-radiation-therapy-added-to-radiosurgery-
    …   out.html">Risks of whole brain radiation therapy added to radiosurgery outweigh
115715  benefits for patients with limited brain metastases</a></li>
115716  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/study-identifies-possible-new-combination-chemotherapy-for-
    …   patie.html">Study identifies possible new combination chemotherapy for patients with
115717  advanced prostate cancer</a></li>
115718  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/asco-honors-allison-for-achievements-in-cancer-immunotherapy.
    …   html">ASCO honors Allison for achievements in cancer immunotherapy</a></li>
115719  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/md-anderson-receives--9-million-in-cprit-research-funding.
    …   html">MD Anderson receives $9 million in CPRIT research funding</a></li>
115720  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/study-finds-biomarker-may-boost-ovarian-cancer-chemotherapy-
    …   resp.html">Study Finds Biomarker May Boost Ovarian Cancer Chemotherapy
    …   Response</a></li>
115721  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/md-anderson-making-cancer-history--seminar-in-austin-
    …   rescheduled.html">MD Anderson Making Cancer History® Seminar in Austin rescheduled
    …   for
115722  June 16</a></li>
115723  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/stereotactic-ablative-radiotherapy-achieves-better-overall-
    …   survi.html">Stereotactic Ablative Radiotherapy achieves better overall survival than
115724  surgery for early lung cancer</a></li>
115725  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/variations-in-liver-cancer-attributable-to-hepatitis-virus-
    …   varia.html">Variations in liver cancer attributable to hepatitis virus
    …   variations</a></li>
115726  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/tumor-sequencing-study-highlights-benefits-of-profiling-
    …   healthy-.html">Tumor sequencing study highlights benefits of profiling healthy tissue
115727  as well</a></li>
115728  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/protein-fgl2-may-have-potential-as-therapy-target-for-brain-
    …   canc.html">Protein FGL2 May Have Potential as Therapy Target for Brain
    …   Cancer</a></li>
115729  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/05/study-may-suggest-new-strategies-for-myelodysplastic-
    …   syndromes-t.html">Study May Suggest New Strategies for Myelodysplastic Syndromes
    …   Treatment</a></li>
115730  </ul>
115731  </nav>
115732  </div>
115733  </section>
115734  </div>
115735  </div>
115736  </div></li>
115737  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/04.html">04</a>
```

```
115738  <div class="subnav-mask">
115739  <div class="subnav-wrapper">
115740  <div class="subnav col10 pad">
115741  <section class="nested">
115742  <div class="col4 main-column">
115743  <nav class="secondary">
115744  <ul>
115745  <li class="mobile-nav-back"><a href="/newsroom/2015/04.html" aria-label="Back to
    …  04">04</a></li>
115746  <li class="primary-nav-item">
115747  <a href="/newsroom/2015/04.html" aria-label="04 Home">04 Home</a></li>
115748  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/a-conversation-with-a-living-legend--in-washington-d-c--
    …  presente.html">A Conversation With a Living Legend® in Washington, D.C., presented by
115749  MD Anderson, raises $5.2 million</a></li>
115750  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/toxic-mushroom-based-drug-may-help-battle-colorectal-cancer.
    …  html">Toxic Mushroom-Based Drug May Help Battle Colorectal Cancer</a></li>
115751  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-study-points-to-potential-new-lung-cancer-therapy
    …  .html">MD Anderson Study Points to Potential New Lung Cancer Therapy</a></li>
115752  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-study-seeks-earlier-ovarian-cancer-detection.html
    …  ">MD Anderson Study Seeks Earlier Ovarian Cancer Detection</a></li>
115753  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/long-non-coding-rna-modulates-colorectal-cancer-metabolism.
    …  html">Long Non-Coding RNA Modulates Colorectal Cancer Metabolism</a></li>
115754  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/moon-shots-program-researchers-to-contribute-to-new-stand-up-
    …  to-.html">Moon Shots Program researchers to contribute to new Stand Up to Cancer
115755  Dream Teams</a></li>
115756  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/new-subsets-of-lung-cancer-with-kras-gene-mutations-
    …  identified.html">New Subsets of Lung Cancer with KRAS Gene Mutations
    …  Identified</a></li>
115757  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-researcher-james-allison-ph-d--receives-pezcoller
    …  -aw.html">MD Anderson Researcher James Allison, Ph.D., Receives Pezcoller
    …  Award</a></li>
115758  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-s-keeling-center-open-house-set-for-april-24.html
    …  ">MD Anderson's Keeling Center Open House Set for April 24</a></li>
115759  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/get-ready-to-two-step-polo-on-the-prairie-returns-april-25.
    …  html">Get ready to two-step: Polo on the Prairie returns April 25</a></li>
115760  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/review-highlights-potential-of-cancer-immunotherapy-plus-
    …  targete.html">Review highlights potential of cancer immunotherapy plus targeted
    …  therapy</a></li>
115761  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-astellas-pharma-sign-option-agreement.html">MD
    …  Anderson, Astellas Pharma Sign Option Agreement</a></li>
115762  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/strong-grasp-of-immune-response-dynamics-will-enhance-
    …  checkpoint.html">Strong grasp of immune response dynamics will enhance checkpoint
    …  blockade</a></li>
115763  <li class="primary-nav-item"><a
    …  href="/newsroom/2015/04/md-anderson-and-nanostring-technologies-announce-multi-year-
    …  coll.html">MD Anderson and NanoString Technologies Announce Multi-Year
    …  Collaboration</a></li>
115764  </ul>
115765  </nav>
115766  </div>
115767  </section>
115768  </div>
115769  </div>
115770  </div></li>
115771  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/03.html">03</a>
```

```
115772  <div class="subnav-mask">
115773  <div class="subnav-wrapper">
115774  <div class="subnav col10 pad">
115775  <section class="nested">
115776  <div class="col4 main-column">
115777  <nav class="secondary">
115778  <ul>
115779  <li class="mobile-nav-back"><a href="/newsroom/2015/03.html" aria-label="Back to
     …  03">03</a></li>
115780  <li class="primary-nav-item">
115781  <a href="/newsroom/2015/03.html" aria-label="03 Home">03 Home</a></li>
115782  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/03/sentinel-lymph-node-mapping-identifies-positive-lymph-nodes-
     …  in-w.html">Sentinel lymph node mapping identifies positive lymph nodes in women
115783  with high-risk endometrial cancer, MD Anderson study finds</a></li>
115784  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/03/md-anderson-study-predicts-new-hepatitis-c-drugs-will-place-a
     …  -dr.html">MD Anderson study predicts new hepatitis C drugs will place a dramatic
115785  financial strain on the health care system</a></li>
115786  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/03/cancer-immunotherapy-innovator-jim-allison-wins-2015-paul-
     …  ehrlic.html">Cancer immunotherapy innovator Jim Allison wins 2015 Paul Ehrlich and
115787  Ludwig Darmstaedter Prize</a></li>
115788  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/03/hippo-crosstalk-may-be-vital-to-tumor-suppression.html">Hippo
     …  'Crosstalk' May Be Vital to Tumor Suppression</a></li>
115789  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/03/md-anderson-study-shows-why-some-brain-cancers-resist-
     …  treatment.html">MD Anderson Study Shows Why Some Brain Cancers Resist
     …  Treatment</a></li>
115790  </ul>
115791  </nav>
115792  </div>
115793  </section>
115794  </div>
115795  </div>
115796  </div></li>
115797  <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/02.html">02</a>
115798  <div class="subnav-mask">
115799  <div class="subnav-wrapper">
115800  <div class="subnav col10 pad">
115801  <section class="nested">
115802  <div class="col4 main-column">
115803  <nav class="secondary">
115804  <ul>
115805  <li class="mobile-nav-back"><a href="/newsroom/2015/02.html" aria-label="Back to
     …  02">02</a></li>
115806  <li class="primary-nav-item">
115807  <a href="/newsroom/2015/02.html" aria-label="02 Home">02 Home</a></li>
115808  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/02/christopher-logothetis-honored-with-inaugural-finneran-family
     …  -pr.html">Christopher Logothetis honored with inaugural Finneran Family
     …  Prize</a></li>
115809  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/02/anderson-algorithm-increases-surgical-success-with-advanced-
     …  ovar.html">Anderson Algorithm increases surgical success with advanced ovarian
     …  cancer</a></li>
115810  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/02/andrew-futreal-ph-d--receives-jack-and-beverly-randall-prize.
     …  html">Andrew Futreal receives Jack and Beverly Randall Prize</a></li>
115811  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/02/alejandro-contreras-and-yun-wu-receive-shirley-stein-
     …  scientific-.html">Alejandro Contreras and Yun Wu receive Shirley Stein Scientific
     …  Endowed
115812  Research Award</a></li>
115813  <li class="primary-nav-item"><a
     …  href="/newsroom/2015/02/md-anderson-names-hwu-as-head-of-cancer-medicine.html">MD
     …  Anderson Names Hwu as Head of Cancer Medicine</a></li>
```

```
115814 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-studies-skin-cancer-patients-resistant-to-leading
  ... -th.html">MD Anderson Studies Skin Cancer Patients Resistant to Leading
  ... Therapy</a></li>
115815 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-receives--22-3-million-in-cprit-research-funding.
  ... html">MD Anderson Receives $22.3 Million in CPRIT Research Funding</a></li>
115816 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/breast-cancer-spread-may-be-tied-to-cells-that-regulate-blood
  ... -fl.html">Breast Cancer Spread May Be Tied to Cells That Regulate Blood Flow</a></li>
115817 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-presents-second-annual-making-cancer-history--
  ... semina.html">MD Anderson presents second annual Making Cancer History® Seminar in
  ... Austin</a></li>
115818 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-joins-catch-global-foundation-to-boost-child-
  ... health-.html">MD Anderson joins CATCH Global Foundation to boost child health,
  ... prevent
115819 cancer in later years</a></li>
115820 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-president-named-as-fellow-of-top-cancer-research-
  ... gro.html">MD Anderson President Named as Fellow of Top Cancer Research Group</a></li>
115821 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/lack-of-rna-editing-leads-to-melanoma-growth-and-metastasis.
  ... html">Lack of RNA 'editing' leads to melanoma growth and metastasis</a></li>
115822 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-presents-fifth-annual-making-cancer-history--
  ... seminar.html">MD Anderson presents fifth annual Making Cancer History® seminar in
  ... Sarasota</a></li>
115823 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-to-host-childhood-cancer-awareness-event-let-the-
  ... gol.html">MD Anderson to host childhood cancer awareness event, "Let the golden
115824 times roll"</a></li>
115825 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/md-anderson-scientist-receives-top-german-award-in-physiology
  ... -an.html">Scientist Receives Top Award in Physiology and Medicine</a></li>
115826 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/lenvatinib-shows-promise-for-patients-with-radioiodine-
  ... refractor.html">Lenvatinib shows promise for patients with radioiodine-refractory
115827 thyroid cancer</a></li>
115828 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/cancer-s-ability-to-hijack-regulatory-mechanism-increases-
  ... metast.html">Cancer's ability to 'hijack' regulatory mechanism increases
  ... metastasis</a></li>
115829 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/jekyll-and-hyde-protein-both-prevents-and-spreads-cancer.html
  ... ">'Jekyll and Hyde' protein both prevents and spreads cancer</a></li>
115830 <li class="primary-nav-item"><a
  ... href="/newsroom/2015/02/study-identifies-eight-signs-associated-with-impending-death-
  ... in-.html">Study identifies eight signs associated with impending death in cancer
  ... patients</a></li>
115831 </ul>
115832 </nav>
115833 </div>
115834 </section>
115835 </div>
115836 </div>
115837 </div></li>
115838 <li class="primary-nav-item has-subnav"><a href="/newsroom/2015/01.html">01</a>
115839 <div class="subnav-mask">
115840 <div class="subnav-wrapper">
115841 <div class="subnav col10 pad">
115842 <section class="nested">
115843 <div class="col4 main-column">
115844 <nav class="secondary">
115845 <ul>
115846 <li class="mobile-nav-back"><a href="/newsroom/2015/01.html" aria-label="Back to
  ... 01">01</a></li>
```

```
115847  <li class="primary-nav-item">
115848  <a href="/newsroom/2015/01.html" aria-label="01 Home">01 Home</a></li>
115849  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-astrazeneca-enter-collaboration-to-help-improve-
    …   pati.html">MD Anderson, AstraZeneca enter collaboration to help improve patient
115850  outcomes in ovarian and gynecologic cancers</a></li>
115851  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-and-bayer-announce-collaboration-to-create-
    …   symptom-a.html">MD Anderson and Bayer announce collaboration to create symptom
115852  assessment questionnaires in clinical trials</a></li>
115853  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-receives-top-chinese-science-and-technology-award
    …   .html">MD Anderson receives top Chinese science and technology award</a></li>
115854  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-presents-10th-making-cancer-history--seminar-in-
    …   west.html">MD Anderson presents 10th Making Cancer History® Seminar in West Palm
    …   Beach</a></li>
115855  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-study-finds-patients-with-metastatic-colorectal-
    …   canc.html">MD Anderson study finds patients with metastatic colorectal cancer
115856  having less surgery, yet survival rates improving</a></li>
115857  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/intrexon-ziopharm-and-md-anderson-in-exclusive-car-t-pact.
    …   html">Intrexon, ZIOPHARM and MD Anderson in Exclusive CAR T Pact</a></li>
115858  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/md-anderson-and-amgen-announce-develop-bite--therapies-for-
    …   myelo.html">MD Anderson and Amgen announce agreement to develop BiTE® therapies for
115859  myelodysplastic syndrome</a></li>
115860  <li class="primary-nav-item"><a
    …   href="/newsroom/2015/01/novel-anti-cancer-drug-onc201-focus-of-alliance-between-
    …   oncoceut.html">Novel Anti-Cancer Drug, ONC201, Focus of Alliance Between Oncoceutics
115861  and MD Anderson</a></li>
115862  </ul>
115863  </nav>
115864  </div>
115865  </section>
115866  </div>
115867  </div>
115868  </div></li>
115869  </ul>
115870  </nav>
115871  </div>
115872  </section>
115873  </div>
115874  </div>
115875  </div></li>
115876  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014.html">2014</a>
115877  <div class="subnav-mask">
115878  <div class="subnav-wrapper">
115879  <div class="subnav col10 pad">
115880  <section class="nested">
115881  <div class="col4 main-column">
115882  <nav class="secondary">
115883  <ul>
115884  <li class="mobile-nav-back"><a href="/newsroom/2014.html" aria-label="Back to
    …   2014">2014</a></li>
115885  <li class="primary-nav-item">
115886  <a href="/newsroom/2014.html" aria-label="2014 Home">2014 Home</a></li>
115887  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/12.html">12</a>
115888  <div class="subnav-mask">
115889  <div class="subnav-wrapper">
115890  <div class="subnav col10 pad">
115891  <section class="nested">
115892  <div class="col4 main-column">
115893  <nav class="secondary">
115894  <ul>
115895  <li class="mobile-nav-back"><a href="/newsroom/2014/12.html" aria-label="Back to
    …   12">12</a></li>
```

```
115896 <li class="primary-nav-item">
115897 <a href="/newsroom/2014/12.html" aria-label="12 Home">12 Home</a></li>
115898 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/md-anderson-unitedhealthcare-launch-new-cancer-care-payment-
   ... mode.html">MD Anderson, UnitedHealthcare Launch New Cancer Care Payment
   ... Model</a></li>
115899 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/texas-legislators-invest-in-ovarian-cancer-research-at-md-
   ... anders.html">Texas legislators Invest In Ovarian Cancer Research at MD
   ... Anderson</a></li>
115900 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/diagnostic-tool-reduces-chemotherapy-rates-post-surgery-in-
   ... women.html">Diagnostic Tool Reduces Chemotherapy Rates Post-Surgery In Women With
115901 Breast Cancer</a></li>
115902 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/md-anderson-applauds-fda-approval-of-hpv-vaccine.html">MD
   ... Anderson applauds FDA approval of HPV vaccine</a></li>
115903 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/prm-151-therapy-well-tolerated-in-patients-with-advanced-
   ... myelofi.html">PRM-151 Therapy Well Tolerated In Patients With Advanced
   ... Myelofibrosis</a></li>
115904 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/targeting-microrna-may-benefit-some-ovarian-and-breast-cancer
   ... -pa.html">Targeting MicroRNA May Benefit Some Ovarian And Breast Cancer
   ... Patients</a></li>
115905 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/experimental-gene-therapy-successful-in-certain-lymphomas-and
   ... -le.html">Experimental Gene Therapy Successful In Certain Lymphomas And
   ... Leukemia</a></li>
115906 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/combination-therapy-shown-as-effective-for-higher-risk-mdsaml
   ... -pa.html">Combination Therapy Shown As Effective For Higher-Risk MDS/AML
   ... Patients</a></li>
115907 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/study-shows-improved-survival-in-aggressive-acute-myeloid-
   ... leukem.html">Study Shows Improved Survival In Aggressive Acute Myeloid
   ... Leukemia</a></li>
115908 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/md-anderson-names-new-chief-financial-officer.html">MD
   ... Anderson Names New Chief Financial Officer</a></li>
115909 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/12/md-anderson-researcher-receives-top-italian-science-award.
   ... html">MD Anderson researcher receives top Italian science award</a></li>
115910 </ul>
115911 </nav>
115912 </div>
115913 </section>
115914 </div>
115915 </div>
115916 </div></li>
115917 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/11.html">11</a>
115918 <div class="subnav-mask">
115919 <div class="subnav-wrapper">
115920 <div class="subnav col10 pad">
115921 <section class="nested">
115922 <div class="col4 main-column">
115923 <nav class="secondary">
115924 <ul>
115925 <li class="mobile-nav-back"><a href="/newsroom/2014/11.html" aria-label="Back to
   ... 11">11</a></li>
115926 <li class="primary-nav-item">
115927 <a href="/newsroom/2014/11.html" aria-label="11 Home">11 Home</a></li>
115928 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/11/eight-md-anderson-faculty-named-as-aaas-fellows.html">Eight
   ... MD Anderson faculty named as AAAS fellows</a></li>
115929 <li class="primary-nav-item"><a
   ... href="/newsroom/2014/11/novel-regulatory-mechanism-for-cell-division-found.html">
   ... Novel regulatory mechanism for cell division found</a></li>
```

```
115930 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/md-anderson-memorial-hermann-deliver-new-integrated-breast-
   …   scree.html">MD Anderson, Memorial Hermann deliver new integrated breast screening
115931 and diagnostic programs</a></li>
115932 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/power-behind-master-gene-for-cancer-discovered.html">Power
   …   behind 'master' gene for cancer discovered</a></li>
115933 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/metabolic-reprogramming-by-the-p53-gene-family-leads-to-tumor
   …   -r.html">Metabolic 'reprogramming' by the p53 gene family leads to tumor
   …   regression</a></li>
115934 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/hedgehog-signaling-pathway-for-breast-cancer-identified.html"
   …   >Hedgehog signaling pathway for breast cancer identified</a></li>
115935 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/md-anderson-s-david-m--gershenson-md-receives-igcss-award-for
   …   -ex.html">MD Anderson's David M. Gershenson, MD, Receives IGCS's Award
115936 for Excellence in Gynecologic Oncology</a></li>
115937 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/number-of-young-patients-with-newly-diagnosed-colorectal-
   …   cancer-.html">Number of Young Patients with Newly Diagnosed Colorectal Cancer
115938 Anticipated to Double</a></li>
115939 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/11/former-big-12-rivals-go-head-to-head-in-exclusive-onstage-
   …   interv.html">Former Big 12 Rivals Go Head To Head In Exclusive Onstage
   …   Interview</a></li>
115940 </ul>
115941 </nav>
115942 </div>
115943 </section>
115944 </div>
115945 </div>
115946 </div></li>
115947 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/10.html">10</a>
115948 <div class="subnav-mask">
115949 <div class="subnav-wrapper">
115950 <div class="subnav col10 pad">
115951 <section class="nested">
115952 <div class="col4 main-column">
115953 <nav class="secondary">
115954 <ul>
115955 <li class="mobile-nav-back"><a href="/newsroom/2014/10.html" aria-label="Back to
   …   10">10</a></li>
115956 <li class="primary-nav-item">
115957 <a href="/newsroom/2014/10.html" aria-label="10 Home">10 Home</a></li>
115958 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/proton-therapy-shown-to-be-less-costly-than-some-alternative-
   …   rad.html">Proton Therapy Shown to be Less Costly Than Some Alternative
115959 Radiotherapy Techniques For Early Stage Breast Cancer</a></li>
115960 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/in-year-two-md-anderson-moon-shots-program-begins-to-spin-off
   …   -in.html">In year two, MD Anderson Moon Shots Program begins to spin off
   …   innovation</a></li>
115961 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/oxygen-deprived-rna-molecules-lead-to-tumor-progression.html"
   …   >Oxygen-deprived RNA molecules lead to tumor progression</a></li>
115962 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/yeats-protein-potential--therapeutic-target-for-cancer.html">
   …   YEATS Protein Potential Therapeutic Target for Cancer</a></li>
115963 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/cancer-exosomes-are--micro-factories--that-aid-in-tumor-
   …   growth.html">Cancer exosomes are 'micro factories' that aid in tumor growth</a></li>
115964 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/two-faculty-elected-to-institute-of-medicine.html">Two
   …   faculty elected to Institute of Medicine</a></li>
115965 <li class="primary-nav-item"><a
   …   href="/newsroom/2014/10/md-anderson-study-first-to-compare-treatments-survival-
   …   benefits-.html">MD Anderson study first to compare treatments, survival benefits for
```

```
115966  early-stage-lung-cancer.html"></a></li>
115967  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/researchers-reveal-genomic-diversity-of-individual-lung-
     …  tumors.html">Researchers reveal genomic diversity of individual lung tumors</a></li>
115968  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/bristol-myers-squibb-and-md-anderson-cancer-center-announce-
     …  nove.html">Bristol-Myers Squibb and MD Anderson Cancer Center Announce Novel
115969  Research Collaboration</a></li>
115970  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/san-antonio-a-conversation-with-a-living-legend--slates-uts-
     …  mack.html">San Antonio A Conversation With a Living Legend® slates UT's
115971  Mack Brown, A&amp;M's R.C. Slocum</a></li>
115972  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/khalifa-institute-for-personalized-cancer-therapy-announces-
     …  fell.html">Khalifa Institute for Personalized Cancer Therapy announces fellowship
     …  program</a></li>
115973  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/md-anderson-teams-up-to-implement-tobacco-free-policies-in-
     …  menta.html">MD Anderson teams up to implement tobacco-free policies in mental health
     …  clinics</a></li>
115974  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/researchers-discover-gene-that-can-predict-aggressive-
     …  prostate-c.html">Researchers discover gene that can predict aggressive prostate
     …  cancer at diagnosis</a></li>
115975  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/exxonmobil-commits--10-million-to-md-andersons-cancer-
     …  prevention.html">ExxonMobil commits $10 million to MD Anderson's cancer prevention
     …  and
115976  control initiative</a></li>
115977  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/10/pik3r1-researched-in-new-treatment-for-colon-cancer.html">
     …  Study Indicates Possible New Way to Treat Endometrial, Colon Cancers</a></li>
115978  </ul>
115979  </nav>
115980  </div>
115981  </section>
115982  </div>
115983  </div>
115984  </div></li>
115985  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/09.html">09</a>
115986  <div class="subnav-mask">
115987  <div class="subnav-wrapper">
115988  <div class="subnav col10 pad">
115989  <section class="nested">
115990  <div class="col4 main-column">
115991  <nav class="secondary">
115992  <ul>
115993  <li class="mobile-nav-back"><a href="/newsroom/2014/09.html" aria-label="Back to
     …  09">09</a></li>
115994  <li class="primary-nav-item">
115995  <a href="/newsroom/2014/09.html" aria-label="09 Home">09 Home</a></li>
115996  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/09/golf-greats-take-a-swing-at-accelerating-the-effort-to-end-
     …  cance.html">Golf greats take a swing at accelerating the effort to end
     …  cancer</a></li>
115997  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/09/cattlemen-for-cancer-research-plans-oct--18-annual-auction.
     …  html">Cattlemen for Cancer Research plans Oct. 18 annual auction</a></li>
115998  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/09/md-anderson-welcomes-15-new-board-members.html">MD Anderson
     …  welcomes 15 new board members</a></li>
115999  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/09/cancer-cells-adapt-energy-needs-to-spread-illness-to-other-
     …  organ.html">Cancer Cells Adapt Energy Needs to Spread Illness to Other
     …  Organs</a></li>
116000  <li class="primary-nav-item"><a
     …  href="/newsroom/2014/09/dominica-anderson-receives-rogers-award-for-excellence-in-
     …  patien.html">Dominica Anderson receives Rogers Award for Excellence in Patient
```

```
116000… <Care</a></li>
116001 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/noted-radiation-oncology-expert-to-join-md-anderson.html">
    … Noted Radiation Oncology Expert to Join MD Anderson</a></li>
116002 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/broach-foundation-commits--5-million-to-brain-cancer-research
    … .html">Broach Foundation commits $5 million to brain cancer research</a></li>
116003 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/efforts-to-end-melanoma-take-to-the-streets-as-evening-fun-
    … run-r.html">Efforts to end melanoma take to the streets as evening fun-run returns
116004 to support skin cancer research at MD Anderson</a></li>
116005 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/immunotherapy-vaccine-inhibits-her2-breast-cancer.html">Novel
    … Immunotherapy Vaccine Decreases Recurrence in HER2 Positive Breast
116006 Cancer Patients</a></li>
116007 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/disparities-persist-in-early-stage-breast-cancer-treatment-md
    … -an.html">Disparities persist in early-stage breast cancer treatment, MD Anderson
116008 study finds</a></li>
116009 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/breast-conserving-therapy-shows-survival-benefit-compared-to-
    … mas.html">Breast conserving therapy shows survival benefit compared to mastectomy
116010 in early-stage patients with hormone receptor positive disease</a></li>
116011 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/genetic-hotspot-linked-to-endometrial-cancer-aggressiveness.
    … html">Genetic "Hotspot" Linked to Endometrial Cancer Aggressiveness</a></li>
116012 <li class="primary-nav-item"><a
    … href="/newsroom/2014/09/epilepsy--sudep---sudden-death-from-seizure.html">Seizures
    … and Sudden Death: When SUMO 'Wrestles' Potassium Channels</a></li>
116013 </ul>
116014 </nav>
116015 </div>
116016 </section>
116017 </div>
116018 </div>
116019 </div></li>
116020 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/08.html">08</a>
116021 <div class="subnav-mask">
116022 <div class="subnav-wrapper">
116023 <div class="subnav col10 pad">
116024 <section class="nested">
116025 <div class="col4 main-column">
116026 <nav class="secondary">
116027 <ul>
116028 <li class="mobile-nav-back"><a href="/newsroom/2014/08.html" aria-label="Back to
    … 08">08</a></li>
116029 <li class="primary-nav-item">
116030 <a href="/newsroom/2014/08.html" aria-label="08 Home">08 Home</a></li>
116031 <li class="primary-nav-item"><a
    … href="/newsroom/2014/08/former-md-anderson-president-lemaistre-named-ut-system-
    … chancello.html">Former MD Anderson President Named UT System Chancellor
    … Emeritus</a></li>
116032 <li class="primary-nav-item"><a
    … href="/newsroom/2014/08/memorial-hermann-md-anderson-join-forces-to-provide-enhanced-
    … bre.html">Memorial Hermann, MD Anderson join forces to provide enhanced breast
116033 imaging services throughout the Greater Houston Region</a></li>
116034 <li class="primary-nav-item"><a
    … href="/newsroom/2014/08/md-anderson-foundation-medicine-team-up-to-improve-targeted-
    … ther.html">MD Anderson, Foundation Medicine, team up to improve targeted therapies
116035 in metastatic disease</a></li>
116036 <li class="primary-nav-item"><a
    … href="/newsroom/2014/08/prostate-cancer-prevention-trial-identifies-men-most-likely-
    … to-u.html">Prostate Cancer Prevention Trial identifies men most likely to undergo
116037 challenging study procedures</a></li>
116038 <li class="primary-nav-item"><a
    … href="/newsroom/2014/08/metabolic-mechanism-helps-pancreatic-cancer-survive.html">
    … Researchers discover a metabolic mechanism for resistant pancreatic cancer</a></li>
116039 <li class="primary-nav-item"><a
```

```
116039  href="/newsroom/2014/08/west-houston-diagnostic-imaging-center-opens.html">MD
    …   Anderson Opens Diagnostic Imaging Center in West Houston</a></li>
116040  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/08/study-predicts-hepatitis-c-will-become-a-rare-disease-in-22-
    …   year.html">Study predicts hepatitis C will become a rare disease in 22 years</a></li>
116041  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/08/protein-zeb1-promotes-breast-tumor-resistance-to-radiation-
    …   thera.html">Protein ZEB1 Promotes Breast Tumor Resistance to Radiation
    …   Therapy</a></li>
116042  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/08/md-anderson-announces-first-latin-american-clinical-
    …   partnership.html">MD Anderson Announces First Latin American Clinical
    …   Partnership</a></li>
116043  </ul>
116044  </nav>
116045  </div>
116046  </section>
116047  </div>
116048  </div>
116049  </div></li>
116050  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/07.html">07</a>
116051  <div class="subnav-mask">
116052  <div class="subnav-wrapper">
116053  <div class="subnav col10 pad">
116054  <section class="nested">
116055  <div class="col4 main-column">
116056  <nav class="secondary">
116057  <ul>
116058  <li class="mobile-nav-back"><a href="/newsroom/2014/07.html" aria-label="Back to
    …   07">07</a></li>
116059  <li class="primary-nav-item">
116060  <a href="/newsroom/2014/07.html" aria-label="07 Home">07 Home</a></li>
116061  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/same-cancer-different-time-zone.html">Same cancer, different
    …   time zone</a></li>
116062  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/father-of-tamoxifen--breast-cancer-dr--v--craig-jordan.html">
    …   "Father of Tamoxifen" to Join MD Anderson</a></li>
116063  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/md-anderson-ranked--2-in-annual-u-s--news--world-report-
    …   survey.html">MD Anderson Ranked #2 in Annual U.S. News &amp; World Report
    …   Survey</a></li>
116064  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/study-finds-diagnosing-physicians-influence-treatment-
    …   decisions-.html">Study finds diagnosing physicians influence treatment decisions for
116065  prostate cancer patients</a></li>
116066  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/md-anderson-researchers-discover-new-route-for-ovarian-cancer
    …   -sp.html">MD Anderson researchers discover new route for ovarian cancer
    …   spread</a></li>
116067  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/study-shows-restored-immunity-for-cancer-related-fungal-
    …   infectio.html">Study Shows Restored Immunity for Cancer-Related Fungal
    …   Infections</a></li>
116068  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/pseudogenes-may-provide-clearer-understanding-of-biomarkers.
    …   html">Pseudogenes May Provide Clearer Understanding of Biomarkers</a></li>
116069  <li class="primary-nav-item"><a
    …   href="/newsroom/2014/07/ending-cancer-md-andersons-bold-moon-shots-program-aims-for-a
    …   -cu.html">Ending Cancer: MD Anderson's bold Moon Shots Program aims for a
    …   cure</a></li>
116070  </ul>
116071  </nav>
116072  </div>
116073  </section>
116074  </div>
116075  </div>
116076  </div></li>
```

```
116077 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/06.html">06</a>
116078 <div class="subnav-mask">
116079 <div class="subnav-wrapper">
116080 <div class="subnav col10 pad">
116081 <section class="nested">
116082 <div class="col4 main-column">
116083 <nav class="secondary">
116084 <ul>
116085 <li class="mobile-nav-back"><a href="/newsroom/2014/06.html" aria-label="Back to
    … 06">06</a></li>
116086 <li class="primary-nav-item">
116087 <a href="/newsroom/2014/06.html" aria-label="06 Home">06 Home</a></li>
116088 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/study-points-to-higher-risk-of-breast-cancer-progression-in-
    … obes.html">Study points to higher risk of breast cancer progression in obese
    … women</a></li>
116089 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/lynda-chin-selected-as-ut-system-chancellors-health-fellow.
    … html">Lynda Chin Selected as UT System Chancellor's Health Fellow</a></li>
116090 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/diane-barber-receives-md-andersons-highest-nursing-honor.html
    … ">Diane Barber receives MD Anderson's highest nursing honor</a></li>
116091 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/biology-to-bedside-mining-molecular-data-for-cancer-prognosis
    … .html">Biology to Bedside: Mining Molecular Data for Cancer Prognosis</a></li>
116092 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/allison-shares-inaugural-tang-prize-for-his-cancer-
    … immunotherapy.html">Allison shares inaugural Tang Prize for his cancer immunotherapy
    … innovation</a></li>
116093 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/md-anderson-professor-wins-notable-aaas-award.html">MD
    … Anderson professor wins notable AAAS award</a></li>
116094 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/statement-regarding-release-of-data-prior-to-study-conclusion
    … .html">Statement regarding release of data prior to study conclusion</a></li>
116095 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/african-american-women-with-breast-cancer-less-likely-to-have
    … -ne.html">African American women with breast cancer less likely to have newer,
116096 recommended surgical procedure, MD Anderson study finds</a></li>
116097 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/american-society-of-clinical-oncology-recognizes-md-anderson-
    … lea.html">American Society of Clinical Oncology recognizes MD Anderson leaders for
116098 their contributions to cancer care</a></li>
116099 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/needle-biopsy-underused-in-breast-cancer-diagnosis-negatively
    … -im.html">Needle biopsy underused in breast cancer diagnosis, negatively impacting
116100 diagnosis and care</a></li>
116101 <li class="primary-nav-item"><a
    … href="/newsroom/2014/06/new-target-researchers-identify-pancreatic-cancer-resistance-
    … mec.html">New target: Researchers identify pancreatic cancer resistance
    … mechanism</a></li>
116102 </ul>
116103 </nav>
116104 </div>
116105 </section>
116106 </div>
116107 </div>
116108 </div></li>
116109 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/05.html">05</a>
116110 <div class="subnav-mask">
116111 <div class="subnav-wrapper">
116112 <div class="subnav col10 pad">
116113 <section class="nested">
116114 <div class="col4 main-column">
116115 <nav class="secondary">
116116 <ul>
116117 <li class="mobile-nav-back"><a href="/newsroom/2014/05.html" aria-label="Back to
    … 05">05</a></li>
```

```
116118  <li class="primary-nav-item">
116119  <a href="/newsroom/2014/05.html" aria-label="05 Home">05 Home</a></li>
116120  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/patients-with-metastatic-colon-cancer-respond-to-new-
   ...  combination.html">Patients with metastatic colon cancer respond to new combination
   ...  therapy</a></li>
116121  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/women-with-metastatic-breast-cancer-can-safely-receive-
   ...  bisphosph.html">Women with metastatic breast cancer can safely receive
   ...  bisphosphonates
116122  less frequently, without compromising care</a></li>
116123  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/new-software-tool-identifies-genetic-mutations-that-influence
   ...  -di.html">New software tool identifies genetic mutations that influence disease
   ...  risk</a></li>
116124  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/a-conversation-with-a-living-legend--raises-more-than--1-
   ...  million.html">A Conversation With a Living Legend® raises more than $1
   ...  million</a></li>
116125  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/study-identifies-risk-of-chemotherapy-related-hospitalization
   ...  -fo.html">Study identifies risk of chemotherapy related hospitalization for
116126  early-stage breast cancer patients</a></li>
116127  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/intensity-modulated-proton-therapy-shows-benefit-for-head-and
   ...  -ne.html">Intensity Modulated Proton Therapy Shows Benefit for Head and Neck
   ...  Cancer</a></li>
116128  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/scientists-discover-potential-new-target-for-cancer-
   ...  immunotherap.html">Scientists discover potential new target for cancer
   ...  immunotherapy</a></li>
116129  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/fibrous-tissue-aids-in-pancreatic-cancer-treatment.html">
   ...  Supportive tumor tissue surrounding cancer cells hinders, rather than
116130  helps, pancreatic cancer</a></li>
116131  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/05/ut-md-anderson-tobacco-free-hiring-policy.html">UT MD
   ...  Anderson tobacco-free hiring policy</a></li>
116132  </ul>
116133  </nav>
116134  </div>
116135  </section>
116136  </div>
116137  </div>
116138  </div></li>
116139  <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/04.html">04</a>
116140  <div class="subnav-mask">
116141  <div class="subnav-wrapper">
116142  <div class="subnav col10 pad">
116143  <section class="nested">
116144  <div class="col4 main-column">
116145  <nav class="secondary">
116146  <ul>
116147  <li class="mobile-nav-back"><a href="/newsroom/2014/04.html" aria-label="Back to
   ...  04">04</a></li>
116148  <li class="primary-nav-item">
116149  <a href="/newsroom/2014/04.html" aria-label="04 Home">04 Home</a></li>
116150  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/04/polo-on-the-prairie-back-in-the-saddle-may-3.html">Polo on
   ...  the Prairie: Back in the saddle May 3</a></li>
116151  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/04/a-conversation-with-a-living-legend--to-honor-condoleezza-
   ...  rice.html">A Conversation With a Living Legend® to honor Condoleezza Rice</a></li>
116152  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/04/new-healthy-kids-cards.html">New Healthy Kids Cards in
   ...  English, Spanish and Vietnamese</a></li>
116153  <li class="primary-nav-item"><a
   ...  href="/newsroom/2014/04/md-anderson-recognizes-tomorrow-s-cancer-leaders.html">MD
```

```
116153… Anderson Recognizes Tomorrow's Cancer Leaders</a></li>
116154 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/free-oral-cancer-screening-exams.html">Free Oral Cancer
    … Screening Exams</a></li>
116155 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/tumor-suppressor-connects-with-histone-protein-to-hinder-gene
    … -ex.html">Tumor-suppressor connects with histone protein to hinder gene
    … expression</a></li>
116156 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/deep-integrated-genomic-analysis-re-classifies-lower-grade-
    … brain.html">Deep, integrated genomic analysis re-classifies lower-grade brain
    … tumors</a></li>
116157 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/md-anderson-announces-immunotherapy-collaboration-with-gsk.
    … html">MD Anderson announces immunotherapy collaboration with GSK</a></li>
116158 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/study-shows-home-exercise-benefits-cancer-survivors-
    … regardless-o.html">Study shows home exercise benefits cancer survivors regardless of
    … BMI</a></li>
116159 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/jamming-a-protein-signal-forces-cancer-cells-to-devour-
    … themselve.html">Jamming a protein signal forces cancer cells to devour
    … themselves</a></li>
116160 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/md-anderson-s-freireich-allison-elected-fellows-of-the-aacr-
    … acad.html">MD Anderson's Freireich, Allison elected fellows of the AACR
    … Academy</a></li>
116161 <li class="primary-nav-item"><a
    … href="/newsroom/2014/04/free-skin-cancer-screening-exams.html">Free Skin Cancer
    … Screening Exams</a></li>
116162 </ul>
116163 </nav>
116164 </div>
116165 </section>
116166 </div>
116167 </div>
116168 </div></li>
116169 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/03.html">03</a>
116170 <div class="subnav-mask">
116171 <div class="subnav-wrapper">
116172 <div class="subnav col10 pad">
116173 <section class="nested">
116174 <div class="col4 main-column">
116175 <nav class="secondary">
116176 <ul>
116177 <li class="mobile-nav-back"><a href="/newsroom/2014/03.html" aria-label="Back to
    … 03">03</a></li>
116178 <li class="primary-nav-item">
116179 <a href="/newsroom/2014/03.html" aria-label="03 Home">03 Home</a></li>
116180 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/making-cancer-history-seminar-heads-to-austin.html">Making
    … Cancer History® Seminar heads to Austin</a></li>
116181 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/immunotherapy-innovator-wins-2014-canada-gairdner-
    … international-.html">Immunotherapy innovator wins 2014 Canada Gairdner International
    … Award</a></li>
116182 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/md-anderson-s-hagop-kantarjian-wins-national-award-for-work-
    … in-l.html">MD Anderson's Hagop Kantarjian wins national award for work in
    … leukemia</a></li>
116183 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/run-for-the-rose-returns-raising-funds-for-clinical-research-
    … and.html">Run for the Rose returns, raising funds for clinical research and
116184 patient programs</a></li>
116185 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/md-anderson-medimmune-join-forces-to-advance-cancer-
    … immunotherap.html">MD Anderson, MedImmune join forces to advance cancer
    … immunotherapy</a></li>
```

```
116186 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/study-finds-ct-scans-predict-chemotherapy-response-in-
    … pancreatic.html">Study finds CT scans predict chemotherapy response in pancreatic
    … cancer</a></li>
116187 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/cells-appearing-normal-may-actually-be-harbingers-of-lung-
    … cancer.html">Cells appearing normal may actually be harbingers of lung
    … cancer</a></li>
116188 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/yoga-regulates-stress-hormones-and-improves-quality-of-life-
    … for-.html">Yoga Regulates Stress Hormones and Improves Quality of Life for Women
116189 with Breast Cancer Undergoing Radiation Therapy</a></li>
116190 <li class="primary-nav-item"><a
    … href="/newsroom/2014/03/md-anderson-honors-two-champions-for-women-in-medicine-and-
    … resea.html">MD Anderson honors two champions for women in medicine and
    … research</a></li>
116191 </ul>
116192 </nav>
116193 </div>
116194 </section>
116195 </div>
116196 </div>
116197 </div></li>
116198 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/02.html">02</a>
116199 <div class="subnav-mask">
116200 <div class="subnav-wrapper">
116201 <div class="subnav col10 pad">
116202 <section class="nested">
116203 <div class="col4 main-column">
116204 <nav class="secondary">
116205 <ul>
116206 <li class="mobile-nav-back"><a href="/newsroom/2014/02.html" aria-label="Back to
    … 02">02</a></li>
116207 <li class="primary-nav-item">
116208 <a href="/newsroom/2014/02.html" aria-label="02 Home">02 Home</a></li>
116209 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/md-anderson-researcher-uncovers-some-of-the-ancient-mysteries
    … -of.html">MD Anderson Researcher Uncovers Some of the Ancient Mysteries of
    … Leprosy</a></li>
116210 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/bevacizumab-offers-no-benefit-for-newly-diagnosed-
    … glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed
    … glioblastoma</a></li>
116211 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/molecular-profile-of-invasive-bladder-cancer-resembles-that-
    … of-b.html">Molecular profile of invasive bladder cancer resembles that of breast
    … cancer</a></li>
116212 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/a-new-complement-of-cancer-care.html">A New Complement of
    … Cancer Care</a></li>
116213 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/america-s-no--1-cancer-center-making-cancer-history--in-
    … sarasota.html">America's No. 1 cancer center: Making Cancer History® in
    … Sarasota</a></li>
116214 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/cancer-immunotherapy-leader-allison-to-receive-2014-szent-
    … gyorgy.html">Cancer immunotherapy leader Allison to receive 2014 Szent-Gyorgyi
    … Prize</a></li>
116215 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/ut-md-anderson-cancer-center-responds-to-cvs-caremarks-
    … decision-.html">UT MD Anderson Cancer Center Responds to CVS Caremark's Decision to
    … Stop
116216 Selling Tobacco Products</a></li>
116217 <li class="primary-nav-item"><a
    … href="/newsroom/2014/02/md-anderson-guides-intelligent-redesign-of-cancer-care-
    … delivery-.html">MD Anderson Guides Intelligent Redesign of Cancer Care Delivery
    … Model</a></li>
116218 </ul>
```

```
116219 </nav>
116220 </div>
116221 </section>
116222 </div>
116223 </div>
116224 </div></li>
116225 <li class="primary-nav-item has-subnav"><a href="/newsroom/2014/01.html">01</a>
116226 <div class="subnav-mask">
116227 <div class="subnav-wrapper">
116228 <div class="subnav col10 pad">
116229 <section class="nested">
116230 <div class="col4 main-column">
116231 <nav class="secondary">
116232 <ul>
116233 <li class="mobile-nav-back"><a href="/newsroom/2014/01.html" aria-label="Back to
     … 01">01</a></li>
116234 <li class="primary-nav-item">
116235 <a href="/newsroom/2014/01.html" aria-label="01 Home">01 Home</a></li>
116236 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/study-finds-brachytherapy-offers-lower-rate-of-breast-
     … preservati.html">Study finds brachytherapy offers lower rate of breast preservation
116237 compared to standard radiation for older women with breast cancer</a></li>
116238 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/study-uncovers-molecular-keys-to-invasive-bladder-cancer-
     … points-.html">Study uncovers molecular keys to invasive bladder cancer, points to
116239 potential drug targets -- including some found in other cancers</a></li>
116240 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/two-proteins-compete-for-one-docking-station-on-a-growth-
     … factor-.html">Two proteins compete for one docking station on a growth factor; one
116241 promotes metastasis, the other blocks it</a></li>
116242 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/md-anderson-joins-johnson--johnson--cancer-immunotherapy.html
     … ">MD Anderson Announces Collaboration with Johnson &amp; Johnson
116243 Innovation on cancer immunotherapy</a></li>
116244 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/md-anderson-study-finds-sensor-based-monitoring-of-cancer-
     … patien.html">MD Anderson study finds sensor-based monitoring of cancer patients at
116245 home during radiation treatment may identify problems in
116246 their early stages</a></li>
116247 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/md-anderson-cancer-experts-identify-five-critical-advances-to
     … -co.html">MD Anderson cancer experts identify five critical advances to combat
116248 tobacco use as America observes a major anti-smoking milestone</a></li>
116249 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/study-finds-more-targeted-form-of-radiation-improves-survival
     … -in.html">Study finds more targeted form of radiation improves survival in
116250 patients with head and neck cancers</a></li>
116251 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/palm-beach-community-honors-david-koch-and-maria-floyd.html">
     … Palm Beach community honors David Koch and Maria Floyd</a></li>
116252 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/a-simple-blood-test-that-can-locate-gene-defects-associated-
     … with.html">A simple blood test that can locate gene defects associated with cancer?
116253 New MD Anderson research suggests the technology may not be
116254 too far off</a></li>
116255 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/kinder-foundation-commits--1-million-for-mantle-cell-lymphoma
     … -re.html">Kinder Foundation commits $1 million for mantle cell lymphoma
     … research</a></li>
116256 <li class="primary-nav-item"><a
     … href="/newsroom/2014/01/md-anderson-teams-up-with-pfizer-to-advance-cancer-
     … immunotherapy.html">MD Anderson teams up with Pfizer to advance cancer
     … immunotherapy</a></li>
116257 </ul>
116258 </nav>
116259 </div>
116260 </section>
116261 </div>
```

```
116262  </div>
116263  </div></li>
116264  </ul>
116265  </nav>
116266  </div>
116267  </section>
116268  </div>
116269  </div>
116270  </div></li>
116271  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013.html">2013</a>
116272  <div class="subnav-mask">
116273  <div class="subnav-wrapper">
116274  <div class="subnav col10 pad">
116275  <section class="nested">
116276  <div class="col4 main-column">
116277  <nav class="secondary">
116278  <ul>
116279  <li class="mobile-nav-back"><a href="/newsroom/2013.html" aria-label="Back to
     …  2013">2013</a></li>
116280  <li class="primary-nav-item">
116281  <a href="/newsroom/2013.html" aria-label="2013 Home">2013 Home</a></li>
116282  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/12.html">12</a>
116283  <div class="subnav-mask">
116284  <div class="subnav-wrapper">
116285  <div class="subnav col10 pad">
116286  <section class="nested">
116287  <div class="col4 main-column">
116288  <nav class="secondary">
116289  <ul>
116290  <li class="mobile-nav-back"><a href="/newsroom/2013/12.html" aria-label="Back to
     …  12">12</a></li>
116291  <li class="primary-nav-item">
116292  <a href="/newsroom/2013/12.html" aria-label="12 Home">12 Home</a></li>
116293  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/science-puts-cancer-immunotherapy-atop-2013-list.html">
     …  Science Names Cancer Immunotherapy its 2013 Breakthrough of the Year</a></li>
116294  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/affiliation-between-orlando-health-and-the-university-of-
     …  texas-m.html">Affiliation between Orlando Health and The University of Texas MD
116295  Anderson Cancer Center set to expire</a></li>
116296  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/jim-allison-s-cancer-immunology-research-wins-prize.html">MD
     …  Anderson researcher Jim Allison wins Breakthrough Prize for his
116297  innovative cancer immunology research</a></li>
116298  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/younger-early-breast-cancer-patients-often-undergo-
     …  unnecessary-s.html">Younger, early breast cancer patients often undergo unnecessary
     …  staging,
116299  imaging procedures at time of diagnosis</a></li>
116300  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/md-anderson-physician-receives-susan-g--komens-highest-honor-
     …  for.html">MD Anderson physician receives Susan G. Komen's highest honor for
116301  excellence in breast cancer research</a></li>
116302  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/targeted-antibody-immune-checkpoint-blocker-rein-in-
     …  follicular-l.html">Targeted antibody, immune checkpoint blocker rein in follicular
     …  lymphoma</a></li>
116303  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/ibrutinib-and-rituximab-trigger-95-percent-response-rate-
     …  among-c.html">Ibrutinib and rituximab trigger 95 percent response rate among CLL
     …  patients</a></li>
116304  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/ibrutinib-suppression-of-chronic-lymphocytic-leukemia-endures
     …  -in.html">Ibrutinib suppression of chronic lymphocytic leukemia endures in second
     …  year</a></li>
116305  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/12/clinical-trials-use-sleeping-beauty-gene-transfer-to-create-
     …  car-.html">Clinical trials use Sleeping Beauty gene transfer to create CAR T
```

```
116305…   cells</a></li>
116306   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/12/cancer-promoting-protein-is-vital-to-safe-division-of-tumor-
  …      cell.html">Cancer-promoting protein is vital to safe division of tumor cells</a></li>
116307   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/12/america-s-no--1-cancer-hospital-making-cancer-history--in-
  …      west-p.html">America's No. 1 cancer hospital: Making Cancer History® in West
116308   Palm Beach</a></li>
116309   </ul>
116310   </nav>
116311   </div>
116312   </section>
116313   </div>
116314   </div>
116315   </div></li>
116316   <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/11.html">11</a>
116317   <div class="subnav-mask">
116318   <div class="subnav-wrapper">
116319   <div class="subnav col10 pad">
116320   <section class="nested">
116321   <div class="col4 main-column">
116322   <nav class="secondary">
116323   <ul>
116324   <li class="mobile-nav-back"><a href="/newsroom/2013/11.html" aria-label="Back to
  …      11">11</a></li>
116325   <li class="primary-nav-item">
116326   <a href="/newsroom/2013/11.html" aria-label="11 Home">11 Home</a></li>
116327   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/md-anderson-researchers-identify-a-rescuer-for-vital-tumor-
  …      suppr.html">MD Anderson researchers identify a rescuer for vital
  …      tumor-suppressor</a></li>
116328   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/four-from-md-anderson-named-fellows-in-aaas.html">Four from
  …      MD Anderson named Fellows in AAAS</a></li>
116329   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/combination-therapy-not-necessary-to-achieve-remission-in-
  …      breast.html">Combination therapy not necessary to achieve remission in breast cancer
116330   patients with HER-2-positive disease</a></li>
116331   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/tobacco-myths-persist-on-smoking-dangers.html">Tobacco Myths
  …      Persist 50 Years After the US Surgeon General First Warned
116332   Americans of the Dangers of Smoking</a></li>
116333   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/md-anderson-to-honor-former-secretary-of-state-james-a--baker
  …      -ii.html">MD Anderson to honor former Secretary of State James A. Baker, III
116334   during A Conversation With a Living Legend® at the Kennedy Center</a></li>
116335   <li class="primary-nav-item"><a
  …      href="/newsroom/2013/11/the-economist-honors-cancer-immunotherapy-pioneer-james-
  …      allison.html">The Economist honors cancer immunotherapy pioneer James
  …      Allison</a></li>
116336   </ul>
116337   </nav>
116338   </div>
116339   </section>
116340   </div>
116341   </div>
116342   </div></li>
116343   <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/10.html">10</a>
116344   <div class="subnav-mask">
116345   <div class="subnav-wrapper">
116346   <div class="subnav col10 pad">
116347   <section class="nested">
116348   <div class="col4 main-column">
116349   <nav class="secondary">
116350   <ul>
116351   <li class="mobile-nav-back"><a href="/newsroom/2013/10.html" aria-label="Back to
  …      10">10</a></li>
116352   <li class="primary-nav-item">
```

```
116353 <a href="/newsroom/2013/10.html" aria-label="10 Home">10 Home</a></li>
116354 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
    .. members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
    .. members</a></li>
116355 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/md-anderson-and-vanderbilt-university-join-forces-to-develop-
    .. epi.html">MD Anderson and Vanderbilt University join forces to develop
116356 epigenetic-based cancer therapies</a></li>
116357 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/waun-ki-hong-and-helen-piwnica-worms-elected-to-institute-of-
    .. med.html">Waun Ki Hong and Helen Piwnica-Worms elected to Institute of
    .. Medicine</a></li>
116358 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/md-anderson--ibm-watson-work-together-to-fight-cancer.html">
    .. MD Anderson Taps IBM Watson to Power &quot;Moon Shots&quot; Mission</a></li>
116359 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/ut-md-anderson-cancer-moon-shots-take-flight-during-year-1.
    .. html">UT MD Anderson cancer moon shots take flight during Year 1</a></li>
116360 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/the-cancer-genome-atlas-exposes-more-secrets-of-lethal-brain-
    .. tum.html">The Cancer Genome Atlas exposes more secrets of lethal brain tumor</a></li>
116361 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/10/study-shows-how-program-improves-sun-protection-practices-
    .. among-.html">Study shows how program improves sun protection practices among children
116362 of melanoma survivors</a></li>
116363 </ul>
116364 </nav>
116365 </div>
116366 </section>
116367 </div>
116368 </div>
116369 </div></li>
116370 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/09.html">09</a>
116371 <div class="subnav-mask">
116372 <div class="subnav-wrapper">
116373 <div class="subnav col10 pad">
116374 <section class="nested">
116375 <div class="col4 main-column">
116376 <nav class="secondary">
116377 <ul>
116378 <li class="mobile-nav-back"><a href="/newsroom/2013/09.html" aria-label="Back to
    .. 09">09</a></li>
116379 <li class="primary-nav-item">
116380 <a href="/newsroom/2013/09.html" aria-label="09 Home">09 Home</a></li>
116381 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/asthma-attack-prevention-proposal-awarded-nih-new-innovator-
    .. gran.html">Asthma attack prevention proposal awarded NIH New Innovator grant</a></li>
116382 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/ut-md-anderson-and-cooper-university-health-care-unite.html">
    .. UT MD Anderson and Cooper University Health Care Unite</a></li>
116383 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/md-anderson-scientists-describe-cancer-genomics-project.html"
    .. >New TCGA project finds cancer-driving changes shared across tumor types</a></li>
116384 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/intensity-modulated-proton-therapy--impt--reduces-need-for-
    .. feedi.html">Intensity Modulated Proton Therapy (IMPT) Reduces Need for Feeding Tubes
116385 by 50 Percent in Head and Neck Cancer Patients</a></li>
116386 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/national-cancer-institute-awards--48-6-million-grant-to-md-
    .. ander.html">National Cancer Institute awards $48.6 million grant to MD
    .. Anderson</a></li>
116387 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/a-conversation-with-a-living-legend--slates-basketball-greats
    .. .html">A Conversation With a Living Legend® slates basketball greats</a></li>
116388 <li class="primary-nav-item"><a
    .. href="/newsroom/2013/09/evening-race-against-melanoma-benefits-skin-cancer-research.
    .. html">Evening race against melanoma benefits skin cancer research</a></li>
```

```
116389  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/09/versatile-micrornas-choke-off-cancer-blood-supply-suppress-
    …   metas.html">Versatile microRNAs choke off cancer blood supply, suppress
    …   metastasis</a></li>
116390  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/09/george-calin-celebrated-for-excellence-in-research.html">
    …   George Calin celebrated for excellence in research</a></li>
116391  </ul>
116392  </nav>
116393  </div>
116394  </section>
116395  </div>
116396  </div>
116397  </div></li>
116398  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/08.html">08</a>
116399  <div class="subnav-mask">
116400  <div class="subnav-wrapper">
116401  <div class="subnav col10 pad">
116402  <section class="nested">
116403  <div class="col4 main-column">
116404  <nav class="secondary">
116405  <ul>
116406  <li class="mobile-nav-back"><a href="/newsroom/2013/08.html" aria-label="Back to
    …   08">08</a></li>
116407  <li class="primary-nav-item">
116408  <a href="/newsroom/2013/08.html" aria-label="08 Home">08 Home</a></li>
116409  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/inflammatory-protein-converts-glioblastoma-cells-into-most-
    …   aggre.html">Inflammatory protein converts glioblastoma cells into most aggressive
    …   version</a></li>
116410  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/promising-screening-tool-for-early-detection-of-ovarian-
    …   cancer.html">Promising screening tool for early detection of ovarian cancer</a></li>
116411  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/study-shows-counseling-via-cell-phone-helps-smokers-with-
    …   hivaids.html">Study shows counseling via cell phone helps smokers with HIV/AIDS
    …   quit</a></li>
116412  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/smoking-cessation-experts-weigh-in-on-e-cigarettes.html">
    …   Smoking cessation experts weigh in on e-cigarettes</a></li>
116413  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/huffington-foundation-gives--5-million-to-neurodegeneration-
    …   cons.html">Huffington Foundation gives $5 million to Neurodegeneration
    …   Consortium</a></li>
116414  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/couple-pledges--10-million-gift-to-head-and-neck-cancer-
    …   research.html">Couple pledges $10 million gift to head and neck cancer research,
    …   treatment</a></li>
116415  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/game-on-tobacco-free-teens-app-goes-live-on-itunes.html">Game
    …   on: Tobacco-Free Teens app goes live on iTunes</a></li>
116416  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/genes-that-make-immature-cells-grow-up-are-deleted-in-deadly-
    …   bra.html">Cell maturity pathway is deleted or weak in glioblastoma
    …   multiforme</a></li>
116417  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/08/first-targeted-therapy-discovered-against-cancer-promoting-
    …   prote.html">Targeted therapy identified for protein that protects and nourishes
    …   cancer</a></li>
116418  </ul>
116419  </nav>
116420  </div>
116421  </section>
116422  </div>
116423  </div>
116424  </div></li>
116425  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/07.html">07</a>
116426  <div class="subnav-mask">
```

```
116427 <div class="subnav-wrapper">
116428 <div class="subnav col10 pad">
116429 <section class="nested">
116430 <div class="col4 main-column">
116431 <nav class="secondary">
116432 <ul>
116433 <li class="mobile-nav-back"><a href="/newsroom/2013/07.html" aria-label="Back to
   ... 07">07</a></li>
116434 <li class="primary-nav-item">
116435 <a href="/newsroom/2013/07.html" aria-label="07 Home">07 Home</a></li>
116436 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/07/company-launched-by-md-anderson-to-be-acquired-by-abbott.html
   ... ">Company launched by MD Anderson to be acquired by Abbott</a></li>
116437 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/07/ut-md-anderson-repeats-as-nations-top-hospital-for-cancer-in-
   ... ann.html">UT MD Anderson repeats as nation's top hospital for cancer in annual
   ... survey</a></li>
116438 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/07/study-shows-african-american-chronic-lymphocytic-leukemia-
   ... patien.html">Study shows African-American chronic lymphocytic leukemia patients don't
116439 survive as long as others who receive similar treatment</a></li>
116440 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/07/researchers-pinpoint-sources-of-fibrosis-promoting-cells-that
   ... -ra.html">Researchers pinpoint sources of fibrosis-promoting cells that ravage
   ... organs</a></li>
116441 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/07/md-anderson-addresses-obesity-cancer-challenge.html">From
   ... Prevention to Survivorship: The Obesity-Cancer Challenge</a></li>
116442 </ul>
116443 </nav>
116444 </div>
116445 </section>
116446 </div>
116447 </div>
116448 </div></li>
116449 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/06.html">06</a>
116450 <div class="subnav-mask">
116451 <div class="subnav-wrapper">
116452 <div class="subnav col10 pad">
116453 <section class="nested">
116454 <div class="col4 main-column">
116455 <nav class="secondary">
116456 <ul>
116457 <li class="mobile-nav-back"><a href="/newsroom/2013/06.html" aria-label="Back to
   ... 06">06</a></li>
116458 <li class="primary-nav-item">
116459 <a href="/newsroom/2013/06.html" aria-label="06 Home">06 Home</a></li>
116460 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/making-cancer-history--seminar-returns-to-aspen-meadows-
   ... resort.html">Making Cancer History® Seminar returns to Aspen Meadows Resort</a></li>
116461 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/emperor-of-all-maladies-author-headlines-cancer-survivorship-
   ... co.html">'Emperor of All Maladies' Author Headlines Cancer Survivorship
116462 Conference Sept. 27-28</a></li>
116463 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/md-anderson-childrens-cancer-hospital-opens-family-designed-
   ... spac.html">Children's Cancer Hospital Opens New Combination Inpatient and
116464 Outpatient Unit</a></li>
116465 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/ibrutinib-continues-strong-showing-against-mantle-cell-
   ... lymphoma.html">Ibrutinib continues strong showing against mantle cell
   ... lymphoma</a></li>
116466 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/scientists-catch-egfr-passing-a-crucial-message-to-cancer-
   ... promot.html">Scientists catch EGFR passing a crucial message to cancer-promoting
   ... protein</a></li>
116467 <li class="primary-nav-item"><a
   ... href="/newsroom/2013/06/tips-to-plan-a-healthy-barbecue-infographic.html">Infographic
```

```
116467… : How to fill a healthy barbecue plate</a></li>
116468 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/cooper-university-health-care-and-md-anderson-cancer-center-
    … anno.html">Cooper University Health Care and MD Anderson Cancer Center Announce
    … Partnership</a></li>
116469 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/met-protein-levels-show-promise-as-biomarker-for-aggressive-
    … colo.html">MET protein levels show promise as biomarker for aggressive colon
    … cancer</a></li>
116470 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/test-helps-target-glioblastoma-patients-most-likely-to-
    … benefit-f.html">Test helps target glioblastoma patients most likely to benefit from
    … bevacizumab</a></li>
116471 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/bevacizumab-offers-no-benefit-for-newly-diagnosed-
    … glioblastoma-m.html">Bevacizumab offers no benefit for newly diagnosed glioblastoma,
    … MD
116472 Anderson-led study finds</a></li>
116473 <li class="primary-nav-item"><a
    … href="/newsroom/2013/06/study-finds-glioblastoma-patients-treated-with-bevacizumab-
    … exper.html">Study finds glioblastoma patients treated with bevacizumab experience
116474 reduced cognitive function and quality of life</a></li>
116475 </ul>
116476 </nav>
116477 </div>
116478 </section>
116479 </div>
116480 </div>
116481 </div></li>
116482 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/05.html">05</a>
116483 <div class="subnav-mask">
116484 <div class="subnav-wrapper">
116485 <div class="subnav col10 pad">
116486 <section class="nested">
116487 <div class="col4 main-column">
116488 <nav class="secondary">
116489 <ul>
116490 <li class="mobile-nav-back"><a href="/newsroom/2013/05.html" aria-label="Back to
    … 05">05</a></li>
116491 <li class="primary-nav-item">
116492 <a href="/newsroom/2013/05.html" aria-label="05 Home">05 Home</a></li>
116493 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/american-cancer-society-honors-isaiah-j-fidler-for-
    … outstanding-.html">American Cancer Society honors Isaiah J. Fidler for outstanding
    … research</a></li>
116494 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/colleen-villamin-claims--15000-nurse-oncologist-prize.html">
    … Colleen Villamin claims $15,000 nurse-oncologist prize</a></li>
116495 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/when-oxygen-is-short-egfr-prevents-maturation-of-cancer-
    … fighting.html">When oxygen is short, EGFR prevents maturation of cancer-fighting
    … miRNAs</a></li>
116496 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/lyda-hill-commits--50-million-to-moon-shots-program.html">
    … Lyda Hill commits $50 million to Moon Shots Program</a></li>
116497 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/higher-bmi-in-african-americans-linked-to-proximity-density-
    … of-f.html">Lower-income African-Americans living close to a fast food restaurant
116498 may have higher BMI</a></li>
116499 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/new-department-focuses-on-emerging-field-of-health-services-
    … rese.html">New department focuses on emerging field of health services
    … research</a></li>
116500 <li class="primary-nav-item"><a
    … href="/newsroom/2013/05/key-protein-fires-up-central-nervous-system-inflammation.html
    … ">Key protein fires up central nervous system inflammation</a></li>
116501 </ul>
116502 </nav>
```

```
116503 </div>
116504 </section>
116505 </div>
116506 </div>
116507 </div></li>
116508 <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/04.html">04</a>
116509 <div class="subnav-mask">
116510 <div class="subnav-wrapper">
116511 <div class="subnav col10 pad">
116512 <section class="nested">
116513 <div class="col4 main-column">
116514 <nav class="secondary">
116515 <ul>
116516 <li class="mobile-nav-back"><a href="/newsroom/2013/04.html" aria-label="Back to
    … 04">04</a></li>
116517 <li class="primary-nav-item">
116518 <a href="/newsroom/2013/04.html" aria-label="04 Home">04 Home</a></li>
116519 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/mendelsohn-elected-to-american-academy-of-arts-and-sciences.
    … html">MD Anderson's Mendelsohn elected to American Academy of Arts and
    … Sciences</a></li>
116520 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/same-protein-that-fires-up-cancer-promoting-erk-also-blocks-
    … its-.html">Same protein that fires up cancer-promoting Erk also blocks its
    … activation</a></li>
116521 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/morelli-receives-aacr-fellowship-for-research-in-metastatic-
    … colo.html">Maria Morelli awarded AACR fellowship for colorectal cancer
    … research</a></li>
116522 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/physician-scientist-ethan-dmitrovsky-named-provost-and-
    … executive.html">Physician-scientist Ethan Dmitrovsky named provost and executive vice
    … president</a></li>
116523 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/runwalk-and-sprint-for-sprouts-set-for-may-4.html">Run/Walk
    … and Sprint for Sprouts Set for May 4</a></li>
116524 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/t-cell-biology-pioneer-allison-wins-first-aacr-honor-for-
    … cancer-.html">T cell biology pioneer Allison wins first AACR honor for cancer
    … immunology</a></li>
116525 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/md-anderson-s-hortobagyi-honored-by-aacr-for-mentoring-
    … minority-.html">MD Anderson's Hortobagyi honored by AACR for mentoring minority
    … researchers</a></li>
116526 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/aacr-calls-for-clinicians-to-pay-more-attention-to-patients-
    … toba.html">AACR calls for clinicians to pay more attention to patients' tobacco
    … use</a></li>
116527 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/study-finds-key-to-calling-back-up-help-when-tumor-fighter-
    … p53-g.html">Study finds key to calling back-up help when tumor-fighter p53 goes
    … down</a></li>
116528 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/aacr-honors-hagop-kantarjian-for-outstanding-clinical-
    … research.html">AACR Honors Hagop Kantarjian for outstanding clinical
    … research</a></li>
116529 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/ut-md-anderson-s-lozano-awarded-aacr-charlotte-friend-
    … memorial-l.html">UT MD Anderson's Lozano awarded AACR Charlotte Friend Memorial
    … Lectureship</a></li>
116530 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/md-anderson-s-tsai-wins-aacr-innovator-award-for-plan-to-map-
    … mol.html">MD Anderson's Tsai wins AACR innovator award for plan to map molecular
116531 path to skin cancer</a></li>
116532 <li class="primary-nav-item"><a
    … href="/newsroom/2013/04/return-of-a-legend-polo-on-the-prairie-rides-again-april-27.
    … html">Return of a legend: Polo on the Prairie rides again April 27</a></li>
116533 <li class="primary-nav-item"><a
```

```
116533…  href="/newsroom/2013/04/low-levels-of-serum-bilirubin-spell-higher-lung-cancer-risk-
    …   for-.html">Low levels of serum bilirubin spell higher lung cancer risk for male
    …   smokers</a></li>
116534  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/04/physician-scientist-anirban-maitra-brings-leading-expertise-
    …   and-.html">Physican-Scientist Anirban Maitra brings leading expertise and passion
116535  for results to pancreatic cancer research leadership role at
116536  UT MD Anderson</a></li>
116537  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/04/kprc-s-randy-mcilvoy-to-interview-emmitt-smith.html">Sports
    …   talk: KPRC's Randy McIlvoy to interview Emmitt Smith, pro
116538  football veteran</a></li>
116539  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/04/run-for-the-rose-returns-to-inspire-brain-cancer-patients-and
    …   -un.html">Run for the Rose returns to inspire brain cancer patients and unite
116540  survivors from across Texas</a></li>
116541  </ul>
116542  </nav>
116543  </div>
116544  </section>
116545  </div>
116546  </div>
116547  </div></li>
116548  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/03.html">03</a>
116549  <div class="subnav-mask">
116550  <div class="subnav-wrapper">
116551  <div class="subnav col10 pad">
116552  <section class="nested">
116553  <div class="col4 main-column">
116554  <nav class="secondary">
116555  <ul>
116556  <li class="mobile-nav-back"><a href="/newsroom/2013/03.html" aria-label="Back to
    …   03">03</a></li>
116557  <li class="primary-nav-item">
116558  <a href="/newsroom/2013/03.html" aria-label="03 Home">03 Home</a></li>
116559  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/ronald-depinho-m-d--selected-for-prestigious-agilent-
    …   technologie.html">Ronald DePinho, M.D., selected for prestigious Agilent Technologies
116560  Thought Leader Award</a></li>
116561  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/study-finds-anti-smoking-drug-improves-smokers-chances-of-
    …   stoppi.html">Study finds anti-smoking drug improves smokers' chances of
    …   stopping</a></li>
116562  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/five-from-md-anderson-among-first-inaugurated-to-aacr-academy
    …   .html">Five from MD Anderson among first inaugurated to AACR Academy</a></li>
116563  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/ut-md-anderson-scientists-uncover-the-nuclear-life-of-actin.
    …   html">UT MD Anderson scientists uncover the nuclear life of actin</a></li>
116564  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/dual-awards-pay-tribute-to-gender-equity-trailblazers.html">
    …   Dual awards pay tribute to gender equity trailblazers</a></li>
116565  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/confidence-builds-better-exercise-habits.html">Study shows
    …   confidence builds better exercise habits for cancer survivors</a></li>
116566  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/infographic-whole-grains-food.html">Infographic: Easy Ways to
    …   Add Whole Grains</a></li>
116567  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/game-on-md-anderson-to-honor-pro-football-hall-of-famer-
    …   emmitt-s.html">Game on: MD Anderson to honor Pro Football Hall of Famer Emmitt
    …   Smith</a></li>
116568  <li class="primary-nav-item"><a
    …   href="/newsroom/2013/03/cancer-vaccines-self-sabotage-channel-immune-attack-to-
    …   injection.html">Cancer vaccines self-sabotage, channel immune attack to injection
    …   site</a></li>
116569  </ul>
116570  </nav>
```

```
116571  </div>
116572  </section>
116573  </div>
116574  </div>
116575  </div></li>
116576  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/02.html">02</a>
116577  <div class="subnav-mask">
116578  <div class="subnav-wrapper">
116579  <div class="subnav col10 pad">
116580  <section class="nested">
116581  <div class="col4 main-column">
116582  <nav class="secondary">
116583  <ul>
116584  <li class="mobile-nav-back"><a href="/newsroom/2013/02.html" aria-label="Back to
     …  02">02</a></li>
116585  <li class="primary-nav-item">
116586  <a href="/newsroom/2013/02.html" aria-label="02 Home">02 Home</a></li>
116587  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/polo-under-the-palms-sarasota.html">Keeping cancer on the
     …  run: Polo Under the Palms rides again March 23</a></li>
116588  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/ut-md-anderson-study-shows-new-approach-connecting-smokers-to
     …  -qu.html">UT MD Anderson study shows new approach connecting smokers to quit lines
116589  increases smoking cessation treatment enrollment</a></li>
116590  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/picture-this-imaging-pioneer-brings-ut-md-anderson-an-
     …  innovative.html">Picture this: Imaging pioneer brings UT MD Anderson an innovative,
116591  collaborative focus on capturing cancer as complex system at
116592  home in its host</a></li>
116593  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/versatile-bench-to-bedside-scientist-research-leader-helen-
     …  piwni.html">Versatile bench-to-bedside scientist, research leader Helen
116594  Piwnica-Worms appointed vice provost, science, at UT MD
116595  Anderson Cancer Center</a></li>
116596  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/infographic-healthy-cancer-fighting-snack.html">Infographic:
     …  How to Make a Cancer-Fighting Snack</a></li>
116597  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/protein-central-to-cancer-stem-cell-formation-provides-new-
     …  poten.html">Protein central to cancer stem cell formation provides new potential
     …  target</a></li>
116598  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/deep-genomic-analysis-identifies-a-micro-rna-opponent-for-
     …  ovaria.html">Deep genomic analysis identifies a micro RNA opponent for ovarian
     …  cancer</a></li>
116599  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/synthetic-circuit-allows-dialing-gene-expression-up-or-down-
     …  in-h.html">Synthetic circuit allows dialing gene expression up or down in human
     …  cells</a></li>
116600  <li class="primary-nav-item"><a
     …  href="/newsroom/2013/02/study-drug-is-first-to-help-patients-with-recurrent-low-grade
     …  -ov.html">Study drug is first to help patients with recurrent low-grade ovarian
     …  cancer</a></li>
116601  </ul>
116602  </nav>
116603  </div>
116604  </section>
116605  </div>
116606  </div>
116607  </div></li>
116608  <li class="primary-nav-item has-subnav"><a href="/newsroom/2013/01.html">01</a>
116609  <div class="subnav-mask">
116610  <div class="subnav-wrapper">
116611  <div class="subnav col10 pad">
116612  <section class="nested">
116613  <div class="col4 main-column">
116614  <nav class="secondary">
116615  <ul>
```

```
116616  <li class="mobile-nav-back"><a href="/newsroom/2013/01.html" aria-label="Back to
    …  01">01</a></li>
116617  <li class="primary-nav-item">
116618  <a href="/newsroom/2013/01.html" aria-label="01 Home">01 Home</a></li>
116619  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/blood-vessel-cells-coax-colorectal-cancer-cells-into-more-
    …  danger.html">Blood vessel cells coax colorectal cancer cells into more dangerous
    …  state</a></li>
116620  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/preclinical-study-identifies--master--proto-oncogene-that-
    …  regula.html">Preclinical study identifies 'master' proto-oncogene that
116621  regulates stress-induced ovarian cancer metastasis</a></li>
116622  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/pivotal-protein-identified-in-fibrosis.html">Pivotal protein
    …  identified in 'endless wound-healing' that
116623  fatally scars kidneys</a></li>
116624  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/ut-md-anderson-study-finds-qigong-improves-quality-of-life-
    …  for-b.html">UT MD Anderson study finds qigong improves quality of life for breast
116625  cancer patients undergoing radiation therapy</a></li>
116626  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/synthetic-corkscrew-peptide-kills-antibiotic-resistant-gram-
    …  nega.html">Synthetic corkscrew peptide kills antibiotic-resistant Gram-negative
    …  bacteria</a></li>
116627  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/ut-md-anderson-scientists-find-protein-that-reins-in-runaway-
    …  net.html">UT MD Anderson scientists find protein that reins in runaway
    …  network</a></li>
116628  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/md-anderson-presents-making-cancer-history-.html">MD Anderson
    …  presents Making Cancer History®</a></li>
116629  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/project-to-capture-interrogate-single-cancer-cells-wins-
    …  innovato.html">Project to capture, interrogate single cancer cells wins innovator
    …  award</a></li>
116630  <li class="primary-nav-item"><a
    …  href="/newsroom/2013/01/expanding-program-tackles-emerging-area-of-health-care-
    …  research.html">Expanding Program Tackles Emerging Area of Health Care
    …  Research</a></li>
116631  </ul>
116632  </nav>
116633  </div>
116634  </section>
116635  </div>
116636  </div>
116637  </div></li>
116638  </ul>
116639  </nav>
116640  </div>
116641  </section>
116642  </div>
116643  </div>
116644  </div></li>
116645  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012.html">2012</a>
116646  <div class="subnav-mask">
116647  <div class="subnav-wrapper">
116648  <div class="subnav col10 pad">
116649  <section class="nested">
116650  <div class="col4 main-column">
116651  <nav class="secondary">
116652  <ul>
116653  <li class="mobile-nav-back"><a href="/newsroom/2012.html" aria-label="Back to
    …  2012">2012</a></li>
116654  <li class="primary-nav-item">
116655  <a href="/newsroom/2012.html" aria-label="2012 Home">2012 Home</a></li>
116656  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/12.html">12</a>
116657  <div class="subnav-mask">
116658  <div class="subnav-wrapper">
```

```
116659 <div class="subnav-solid pad">
116660 <section class="nested">
116661 <div class="col4 main-column">
116662 <nav class="secondary">
116663 <ul>
116664 <li class="mobile-nav-back"><a href="/newsroom/2012/12.html" aria-label="Back to
    … 12">12</a></li>
116665 <li class="primary-nav-item">
116666 <a href="/newsroom/2012/12.html" aria-label="12 Home">12 Home</a></li>
116667 <li class="primary-nav-item"><a
    … href="/newsroom/2012/options-increase-for-cml-patients-failed-by-existing-drugs.
    … html">Options increase for CML patients failed by existing drugs</a></li>
116668 <li class="primary-nav-item"><a
    … href="/newsroom/2012/ibrutinib-has--unprecedented--impact-on-mantle-cell-lymphoma.
    … html">Ibrutinib has 'unprecedented' impact on mantle cell lymphoma</a></li>
116669 <li class="primary-nav-item"><a
    … href="/newsroom/2012/healthy-bites-nutrition-challenge.html">Resolve to take
    … Healthy Bites in 2013</a></li>
116670 <li class="primary-nav-item"><a
    … href="/newsroom/2012/pre-transplant-umbilical-cord-blood-expansion-in-lab-speeds-
    … esta.html">Pre-transplant umbilical cord blood expansion in lab speeds
116671 establishment of new blood supply in patients, reducing
116672 high-risk time to recovery</a></li>
116673 <li class="primary-nav-item"><a
    … href="/newsroom/2012/ut-md-anderson-researcher-slated-to-lead-immunology-
    … translana.html">MD Anderson researcher slated to lead Immunology Translational
    … Research
116674 Dream Team</a></li>
116675 <li class="primary-nav-item"><a
    … href="/newsroom/2012/weekly-dose-reduces-targeted-drug-s-side-effects-but-not-its-
    … act.html">Weekly dose reduces targeted drug's side effects, but not its activity
116676 against acute lymphocytic leukemia</a></li>
116677 <li class="primary-nav-item"><a
    … href="/newsroom/2012/drug-combination-acts-against-aggressive-chronic-lymphocytic-
    … leu.html">Drug combination acts against aggressive chronic lymphocytic
    … leukemia</a></li>
116678 <li class="primary-nav-item"><a
    … href="/newsroom/2012/ut-md-anderson-glaxosmithkline-to-collaborate-on-new-approach
    … -to.html">UT MD Anderson, GlaxoSmithKline to collaborate on new approach to cancer
116679 immune therapy; success could earn cancer center $335
116680 million plus royalties</a></li>
116681 <li class="primary-nav-item"><a
    … href="/newsroom/2012/ut-md-anderson-study-finds-link-between-statins-and-improved-
    … sur.html">UT MD Anderson study finds link between statins and improved survival in
116682 inflammatory breast cancer</a></li>
116683 <li class="primary-nav-item"><a
    … href="/newsroom/2012/african-american-women-with-breast-cancer-less-likely-to-have
    … -ne.html">African American women with breast cancer less likely to have newer,
116684 recommended surgical procedure</a></li>
116685 </ul>
116686 </nav>
116687 </div>
116688 </section>
116689 </div>
116690 </div>
116691 </div></li>
116692 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/11.html">11</a>
116693 <div class="subnav-mask">
116694 <div class="subnav-wrapper">
116695 <div class="subnav col10 pad">
116696 <section class="nested">
116697 <div class="col4 main-column">
116698 <nav class="secondary">
116699 <ul>
116700 <li class="mobile-nav-back"><a href="/newsroom/2012/11.html" aria-label="Back to
    … 11">11</a></li>
116701 <li class="primary-nav-item">
116702 <a href="/newsroom/2012/11.html" aria-label="11 Home">11 Home</a></li>
```

```
116703 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/md-anderson-scientists-clinicians-elected-to-aaas.html">MD
    .. Anderson scientists, clinicians named to elite scientific group</a></li>
116704 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/patients-with-relapsed-or-resistant-cml-respond-to-ponatinib.
    .. html">Ponatinib acts against the most resistant types of chronic myeloid
    .. leukemia</a></li>
116705 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/mexico-texas-institutions-unite-to-wage-war-on-tobacco.html">
    .. Mexico, Texas institutions unite to wage war on tobacco</a></li>
116706 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/metabolic-protein-launches-sugar-feast-that-nurtures-brain-
    .. tumor.html">Metabolic protein launches sugar feast that nurtures brain
    .. tumors</a></li>
116707 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/american-cancer-society-honors-waun-ki-hong-for-outstanding-
    .. clin.html">American Cancer Society Honors Waun Ki Hong for outstanding clinical
    .. research</a></li>
116708 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/cancer-fighting-holiday-foods.html">Cancer-Fighting Holiday
    .. Foods</a></li>
116709 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/11/james-allison--immunotherapy--immune-system--cancer.html">
    .. Cancer Pioneer James Allison Leads MD Anderson Immunotherapy Efforts</a></li>
116710 </ul>
116711 </nav>
116712 </div>
116713 </section>
116714 </div>
116715 </div>
116716 </div></li>
116717 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/10.html">10</a>
116718 <div class="subnav-mask">
116719 <div class="subnav-wrapper">
116720 <div class="subnav col10 pad">
116721 <section class="nested">
116722 <div class="col4 main-column">
116723 <nav class="secondary">
116724 <ul>
116725 <li class="mobile-nav-back"><a href="/newsroom/2012/10.html" aria-label="Back to
    .. 10">10</a></li>
116726 <li class="primary-nav-item">
116727 <a href="/newsroom/2012/10.html" aria-label="10 Home">10 Home</a></li>
116728 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/belfer-gift-creates-consortium-targeting-neurodegenerative-
    .. disea.html">Belfer gift creates consortium targeting neurodegenerative
    .. diseases</a></li>
116729 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/proton-therapy-treatment-preserves-quality-of-life-for-men-
    .. with-.html">Proton therapy treatment preserves quality of life for men with prostate
    .. cancer</a></li>
116730 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/chemotherapy-side-effects--chemotherapy--heart-failure.html">
    .. Key discovered to how chemotherapy drug causes heart failure</a></li>
116731 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/md-anderson-cancer-center-board-of-visitors-adds-16-new-
    .. members.html">MD Anderson Cancer Center Board of Visitors adds 16 new
    .. members</a></li>
116732 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/depression-shortened-telomeres-increase-mortality-in-bladder-
    .. can.html">Depression, shortened telomeres increase mortality in bladder cancer
    .. patients</a></li>
116733 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/common-medical-screen-predicts-liver-cancer-risk-in-general-
    .. popu.html">Common medical screen predicts liver cancer risk in general
    .. population</a></li>
116734 <li class="primary-nav-item"><a
    .. href="/newsroom/2012/10/institute-of-medicine-elects-lynda-chin-to-membership.html">
```

```
116734… Institute of Medicine Elect Lynda Chin to Membership</a></li>
116735 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/10/md-anderson-launches-online-healthy-cookbook-for-families.
    …   html">MD Anderson launches online healthy cookbook for families</a></li>
116736 </ul>
116737 </nav>
116738 </div>
116739 </section>
116740 </div>
116741 </div>
116742 </div></li>
116743 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/09.html">09</a>
116744 <div class="subnav-mask">
116745 <div class="subnav-wrapper">
116746 <div class="subnav col10 pad">
116747 <section class="nested">
116748 <div class="col4 main-column">
116749 <nav class="secondary">
116750 <ul>
116751 <li class="mobile-nav-back"><a href="/newsroom/2012/09.html" aria-label="Back to
    …   09">09</a></li>
116752 <li class="primary-nav-item">
116753 <a href="/newsroom/2012/09.html" aria-label="09 Home">09 Home</a></li>
116754 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/ut-md-anderson-s-pam-redden-honored-for-excellence-in-
    …   administra.html">UT MD Anderson's Pam Redden honored for excellence in
    …   administration</a></li>
116755 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/lifr-protein-suppresses-breast-cancer-metastasis.html">LIFR
    …   protein suppresses breast cancer metastasis</a></li>
116756 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/ut-md-anderson-cancer-center-launches-unprecedented-moon-
    …   shots-p.html">UT MD Anderson Cancer Center Launches Unprecedented Moon Shots
    …   Program</a></li>
116757 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/drug-combination-against-nras-mutant-melanoma-discovered.html
    …   ">Drug combination against NRAS-mutant melanoma discovered</a></li>
116758 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/ut-md-anderson-fun-run-goes-dark-to-highlight-importance-of-
    …   skin.html">UT MD Anderson fun run goes dark to highlight importance of skin cancer
    …   prevention</a></li>
116759 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/md-anderson-hosts-free-prostate-health-conference-on-sept--22
    …   .html">MD Anderson Hosts Free Prostate Health Conference on Sept. 22</a></li>
116760 <li class="primary-nav-item"><a
    …   href="/newsroom/2012/09/study-finds-biologic-therapies-for-rheumatoid-arthritis-not-
    …   asso.html">UT MD Anderson study finds biologic therapies for rheumatoid arthritis
116761 not associated with increased cancer risk</a></li>
116762 </ul>
116763 </nav>
116764 </div>
116765 </section>
116766 </div>
116767 </div>
116768 </div></li>
116769 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/08.html">08</a>
116770 <div class="subnav-mask">
116771 <div class="subnav-wrapper">
116772 <div class="subnav col10 pad">
116773 <section class="nested">
116774 <div class="col4 main-column">
116775 <nav class="secondary">
116776 <ul>
116777 <li class="mobile-nav-back"><a href="/newsroom/2012/08.html" aria-label="Back to
    …   08">08</a></li>
116778 <li class="primary-nav-item">
116779 <a href="/newsroom/2012/08.html" aria-label="08 Home">08 Home</a></li>
116780 <li class="primary-nav-item"><a
```

```
116780… href="/newsroom/2012/08/metabolic-protein-wields-phosphate-group-to-activate-cancer-
    …  prom.html">Metabolic protein wields phosphate group to activate cancer-promoting
    …  genes</a></li>
116781 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/dna-deletions-promote-cancer-collateral-damage-makes-it-
    …  vulnerab.html">DNA deletions promote cancer, collateral damage makes it
    …  vulnerable</a></li>
116782 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/early-stage-breast-cancer-patients-may-benefit-from-radiation
    …  -af.html">UT MD Anderson study finds that majority of older, early-stage breast
116783 cancer patients may benefit from radiation after lumpectomy</a></li>
116784 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/08/study-finds-link-between-depressive-symptoms-and-cancer-
    …  survival.html">UT MD Anderson study finds link between depressive symptoms and cancer
    …  survival</a></li>
116785 </ul>
116786 </nav>
116787 </div>
116788 </section>
116789 </div>
116790 </div>
116791 </div></li>
116792 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/07.html">07</a>
116793 <div class="subnav-mask">
116794 <div class="subnav-wrapper">
116795 <div class="subnav col10 pad">
116796 <section class="nested">
116797 <div class="col4 main-column">
116798 <nav class="secondary">
116799 <ul>
116800 <li class="mobile-nav-back"><a href="/newsroom/2012/07.html" aria-label="Back to
    …  07">07</a></li>
116801 <li class="primary-nav-item">
116802 <a href="/newsroom/2012/07.html" aria-label=" 07 Home">07 Home</a></li>
116803 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/scientists-discover-melanoma-driving-genetic-changes-caused-
    …  by-s.html">Scientists discover melanoma-driving genetic changes caused by sun
    …  damage</a></li>
116804 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/ut-md-anderson-named-nation-s-top-hospital-for-cancer-in-u-s-
    …  -ne.html">UT MD Anderson named nation's top hospital for cancer in U.S. News
116805 &amp; World Report survey</a></li>
116806 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/md-anderson-and-the-polish-center-of-translational-chemistry-
    …  bio.html">MD Anderson and the Polish Center of Translational Chemistry, Biology
116807 and Medicine become Sister Institutions</a></li>
116808 <li class="primary-nav-item"><a
    …  href="/newsroom/2012/07/nursing-leader-named-fellow-in-american-academy-of-nurse-
    …  practit.html">Nursing Leader Named Fellow in American Academy of Nurse
    …  Practitioners</a></li>
116809 </ul>
116810 </nav>
116811 </div>
116812 </section>
116813 </div>
116814 </div>
116815 </div></li>
116816 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/06.html">06</a>
116817 <div class="subnav-mask">
116818 <div class="subnav-wrapper">
116819 <div class="subnav col10 pad">
116820 <section class="nested">
116821 <div class="col4 main-column">
116822 <nav class="secondary">
116823 <ul>
116824 <li class="mobile-nav-back"><a href="/newsroom/2012/06.html" aria-label="Back to
    …  06">06</a></li>
116825 <li class="primary-nav-item">
```

```
116826 <a href="/newsroom/2012/06.html" aria-label="06 Home">06 Home</a></li>
116827 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/legacy-of-educator-activist-lives-on-at-health-disparities-
    … resea.html">Legacy of educator, activist lives on at health disparities research
    … center</a></li>
116828 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/ut-md-anderson-study-develops-clinical-tool-to-predict-
    … radiation.html">UT MD Anderson study develops clinical tool to predict radiation
    … benefit
116829 for older women with breast cancer</a></li>
116830 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/ut-md-anderson-cancer-center-signs-collaborative-agreement-
    … with-.html">UT MD Anderson Cancer Center signs collaborative agreement with Turkish
    … University</a></li>
116831 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/grb2-holds-powerful-molecular-signaling-pathway-in-check.html
    … ">Grb2 Holds Powerful Molecular Signaling Pathway in Check</a></li>
116832 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/author-activist-susan-garrett-baker-headlines-cancer-
    … survivorshi.html">Author, Activist Susan Garrett Baker Headlines Cancer Survivorship
116833 Conference Sept. 14-15</a></li>
116834 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/preclinical-research-shows-normal-gene-hinders-breast-cancer-
    … che.html">Preclinical research shows normal gene hinders breast cancer
    … chemotherapy</a></li>
116835 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/claudine-jreissaty-claims-ut-md-anderson-s-highest-nurse-
    … oncolog.html">Claudine Jreissaty claims UT MD Anderson's highest nurse-oncologist
    … honor</a></li>
116836 <li class="primary-nav-item"><a
    … href="/newsroom/2012/06/md-anderson-research-finds-predictive-value-of-circulating-
    … tumor.html">UT MD Anderson research finds predictive value of circulating tumor
116837 cells in early stage breast cancer</a></li>
116838 </ul>
116839 </nav>
116840 </div>
116841 </section>
116842 </div>
116843 </div>
116844 </div></li>
116845 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/05.html">05</a>
116846 <div class="subnav-mask">
116847 <div class="subnav-wrapper">
116848 <div class="subnav col10 pad">
116849 <section class="nested">
116850 <div class="col4 main-column">
116851 <nav class="secondary">
116852 <ul>
116853 <li class="mobile-nav-back"><a href="/newsroom/2012/05.html" aria-label="Back to
    … 05">05</a></li>
116854 <li class="primary-nav-item">
116855 <a href="/newsroom/2012/05.html" aria-label="05 Home">05 Home</a></li>
116856 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/media-statement-from-the-university-of-texas-md-anderson-
    … cancer-.html">MD Anderson Media Statement: CPRIT</a></li>
116857 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/skp2-activates-cancer-promoting-glucose-processing-akt.html">
    … Skp2 activates cancer-promoting, glucose-processing Akt</a></li>
116858 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/a-conversation-with-a-living-legend--sponsors-lead-23rd-
    … annual-f.html">A Conversation With A Living Legend® sponsors lead 23rd annual
116859 fundraising efforts for UT MD Anderson Cancer Center</a></li>
116860 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/phase-i-clinical-trial-shows-drug-shrinks-melanoma-brain-
    … metasta.html">Phase I Clinical Trial Shows Drug Shrinks Melanoma Brain
    … Metastases</a></li>
116861 <li class="primary-nav-item"><a
    … href="/newsroom/2012/05/hybrid-vaccine-demonstrates-potential-to-prevent-breast-
```

```
116861  cancer-i.html">Hybrid vaccine demonstrates potential to prevent breast cancer
    …  recurrence</a></li>
116862  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/scientists-discover-marker-to-identify-attack-breast-cancer-
    …  stem.html">Scientists Discover Marker to Identify, Attack Breast Cancer Stem
    …  Cells</a></li>
116863  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/md-anderson-in-sugar-land-adds-specialist-in-prostate-
    …  genitourin.html">MD Anderson in Sugar Land Adds Specialist in Prostate, Genitourinary
    …  Cancers</a></li>
116864  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/md-anderson-in-katy-adds-specialist-in-prostate-genitourinary
    …  -ca.html">MD Anderson in Katy Adds Specialist in Prostate, Genitourinary
    …  Cancers</a></li>
116865  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-cancer-center-hosts-annual-global-conference-
    …  in-n.html">UT MD Anderson Cancer Center Hosts Annual Global Conference in
    …  Norway</a></li>
116866  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-cancer-center-and-norwegian-cancer-consortium-
    …  ren.html">UT MD Anderson Cancer Center and Norwegian Cancer Consortium Renew
    …  Collaboration</a></li>
116867  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/sunscreen-rules-changes-simplify-label-language.html">
    …  Sunscreen Rules: Changes Simplify Label Language</a></li>
116868  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/scientists-identify-prostate-cancer-stem-cells-among-low-psa-
    …  cel.html">Scientists Identify Prostate Cancer Stem Cells Among Low-PSA Cells</a></li>
116869  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/apbi-brachytherapy-associated-with-higher-rate-of-later-
    …  mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
116870  Increased Toxicities, and Post-Operative Complications,
116871  Compared to Traditional Radiation Therapy in Women with
116872  Early Breast Cancer</a></li>
116873  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/greta-van-susteren-to-interview-former-british-prime-minister
    …  -to.html">Greta Van Susteren to Interview Former British Prime Minister Tony Blair
116874  at UT MD Anderson Cancer Center Fundraiser in Dallas</a></li>
116875  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/05/ut-md-anderson-president-ronald-depinho-elected-to-national-
    …  acad.html">UT MD Anderson President Ronald DePinho Elected to National Academy of
    …  Sciences</a></li>
116876  </ul>
116877  </nav>
116878  </div>
116879  </section>
116880  </div>
116881  </div>
116882  </div></li>
116883  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/04.html">04</a>
116884  <div class="subnav-mask">
116885  <div class="subnav-wrapper">
116886  <div class="subnav col10 pad">
116887  <section class="nested">
116888  <div class="col4 main-column">
116889  <nav class="secondary">
116890  <ul>
116891  <li class="mobile-nav-back"><a href="/newsroom/2012/04.html" aria-label="Back to
    …  04">04</a></li>
116892  <li class="primary-nav-item">
116893  <a href="/newsroom/2012/04.html" aria-label="04 Home">04 Home</a></li>
116894  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/04/mutant-kras-drives-pancreatic-cancer-maintenance-via-
    …  metabolic-p.html">Mutant Kras Drives Pancreatic Cancer Maintenance via Metabolic
    …  Pathways</a></li>
116895  <li class="primary-nav-item"><a
    …  href="/newsroom/2012/04/md-anderson-dermatologist-stays-close-to-home-to-see-patients
    …  .html">MD Anderson Dermatologist Stays Close to Home to See Patients</a></li>
```

```
116896 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/md-anderson-provides-free-skin-cancer-exams-may-5.html">MD
    ... Anderson Provides Free Skin Cancer Exams May 5</a></li>
116897 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/ut-md-anderson-cancer-center-announces-agreement-with-
    ... hospital-i.html">UT MD Anderson Cancer Center Announces Agreement with Hospital
    ... Israelita
116898 Albert Einstein</a></li>
116899 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/scientists-target-cell-organelles-with-iphage-technology.html
    ... ">Scientists target cell organelles with iPhage technology</a></li>
116900 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/new-nutrition-worksheets-for-african-american-hispanic-and-
    ... vietn.html">New Nutrition Worksheets for African American, Hispanic and Vietnamese
    ... Populations</a></li>
116901 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/ut-md-anderson-sprint-for-life-may-5-to-honor-ovarian-cancer-
    ... sur.html">UT MD Anderson Sprint for Life May 5 to Honor Ovarian Cancer
    ... Survivors</a></li>
116902 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/ut-md-anderson-study-finds-cancer-related-pain-often-
    ... undertreate.html">UT MD Anderson Study Finds Cancer Related Pain Often Undertreated;
116903 Minorities Twice as Likely Not To Receive Appropriate Analgesics</a></li>
116904 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/free-head-and-neck-cancer-screening-exams.html">Free Head and
    ... Neck Cancer Screening Exams</a></li>
116905 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/chukkers-against-cancer-polo-on-the-prairie-set-for-april-28.
    ... html">Chukkers Against Cancer: Polo on the Prairie Set for April 28</a></li>
116906 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/cancer-fighting-springtime-fruits-and-vegetables.html">5
    ... Cancer-Fighting Springtime Fruits and Veggies</a></li>
116907 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/04/pi3kmtor-pathway-proteins-tied-to-poor-prognosis-in-breast-
    ... cance.html">PI3K/mTOR Pathway Proteins Tied to Poor Prognosis in Breast
    ... Cancer</a></li>
116908 </ul>
116909 </nav>
116910 </div>
116911 </section>
116912 </div>
116913 </div>
116914 </div></li>
116915 <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/03.html">03</a>
116916 <div class="subnav-mask">
116917 <div class="subnav-wrapper">
116918 <div class="subnav col10 pad">
116919 <section class="nested">
116920 <div class="col4 main-column">
116921 <nav class="secondary">
116922 <ul>
116923 <li class="mobile-nav-back"><a href="/newsroom/2012/03.html" aria-label="Back to
    ... 03">03</a></li>
116924 <li class="primary-nav-item">
116925 <a href="/newsroom/2012/03.html" aria-label="03 Home">03 Home</a></li>
116926 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/03/two-targeted-therapies-act-against-ewing-s-sarcoma-tumors.
    ... html">Two Targeted Therapies Act Against Ewing's Sarcoma Tumors</a></li>
116927 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/03/ut-md-anderson-patient-colorectal-cancer-not-just-for-those-
    ... 50-a.html">UT MD Anderson Patient: Colorectal Cancer Not Just For Those 50 and
    ... Older</a></li>
116928 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/03/att-s---1-million-contribution-to-seed-telesurgery-program.
    ... html">AT&amp;T's $1 Million Contribution to Seed Telesurgery Program</a></li>
116929 <li class="primary-nav-item"><a
    ... href="/newsroom/2012/03/kripke-legend-award-salutes-nancy-hopkins-of-mit.html">Kripke
    ... Legend Award Salutes Nancy Hopkins of MIT</a></li>
```

```
116930  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/03/scientists-link-two-cancer-promoting-pathways-in-esophageal-
    …   canc.html">Scientists Link Two Cancer-Promoting Pathways in Esophageal
    …   Cancer</a></li>
116931  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/03/breast-surgeon-brings-specialty-to-md-anderson-in-katy.html">
    …   Breast Surgeon Brings Specialty to MD Anderson in Katy</a></li>
116932  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/03/run-for-the-rose-celebrates-tenth-anniversary-of-supporting-
    …   canc.html">Run for the Rose Celebrates Tenth Anniversary of Supporting Cancer
116933  Research and Children's Health in Houston</a></li>
116934  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/03/back-in-the-saddle-polo-under-the-palms-returns-to-sarasota-
    …   marc.html">Back in the Saddle: Polo Under the Palms Returns to Sarasota March
    …   24</a></li>
116935  </ul>
116936  </nav>
116937  </div>
116938  </section>
116939  </div>
116940  </div>
116941  </div></li>
116942  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/02.html">02</a>
116943  <div class="subnav-mask">
116944  <div class="subnav-wrapper">
116945  <div class="subnav col10 pad">
116946  <section class="nested">
116947  <div class="col4 main-column">
116948  <nav class="secondary">
116949  <ul>
116950  <li class="mobile-nav-back"><a href="/newsroom/2012/02.html" aria-label="Back to
    …   02">02</a></li>
116951  <li class="primary-nav-item">
116952  <a href="/newsroom/2012/02.html" aria-label="02 Home">02 Home</a></li>
116953  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/drug-improves-survival-and-quality-of-life-for-people-with-
    …   myelo.html">Drug Improves Survival and Quality of Life for People with
    …   Myelofibrosis</a></li>
116954  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/aurora-a-hinders-tumor-suppressor-to-allow-chemotherapy-
    …   resistan.html">Aurora-A Hinders Tumor-Suppressor to Allow Chemotherapy
    …   Resistance</a></li>
116955  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/telomere-failure-telomerase-activation-drive-prostate-cancer-
    …   pro.html">Telomere Failure, Telomerase Activation Drive Prostate Cancer
    …   Progression</a></li>
116956  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/blocking-telomerase-kills-cancer-but-provokes-progression.
    …   html">Blocking Telomerase Kills Cancer Cells but Provokes Resistance,
    …   Progression</a></li>
116957  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/reformulated-imatinib-eliminates-morphine-tolerance-in-lab-
    …   studi.html">Reformulated Imatinib Eliminates Morphine Tolerance in Lab
    …   Studies</a></li>
116958  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/study-explains-high-platelets-in-ovarian-cancer-patients--
    …   surviv.html">Study Explains High Platelets in Ovarian Cancer Patients; Survival
    …   Reduced</a></li>
116959  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/fetal-exposure-to-radiation-increases-risk-of-testicular-
    …   cancer.html">Fetal Exposure to Radiation Increases Risk of Testicular Cancer</a></li>
116960  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/ut-md-anderson-facility-named-in-honor-of-john-mendelsohn-m-d
    …   -.html">John Mendelsohn Faculty Center Pays Tribute to Institution's Third
116961  Full-Time President</a></li>
116962  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/move-in-minutes---smart-tips-to-minimize-sitting.html">Move
    …   in Minutes: Smart Tips to Minimize Sitting</a></li>
```

```
116963  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/ut-md-anderson-texas-am-team-up-to-treat-canine-lymphoma.html
    …   ">UT MD Anderson, Texas A&amp;M Team Up to Treat Canine Lymphoma</a></li>
116964  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/ut-md-anderson-regional-care-center-in-the-bay-area-now-
    …   offers-s.html">UT MD Anderson Regional Care Center in the Bay Area Now Offers
    …   Surgery</a></li>
116965  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/susan-hoover-m-d--brings-breast-surgical-specialty-to-ut-md-
    …   ande.html">Susan Hoover, M.D., Brings Breast Surgical Specialty to UT MD Anderson
116966  Regional Care Center in Sugar Land</a></li>
116967  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/02/ut-md-anderson-article-offers-one-roadmap-for-defining-value-
    …   in-.html">UT MD Anderson Article Offers One Roadmap for Defining Value in Health
116968  Care, Earns National Award from Leading Journal</a></li>
116969  </ul>
116970  </nav>
116971  </div>
116972  </section>
116973  </div>
116974  </div>
116975  </div></li>
116976  <li class="primary-nav-item has-subnav"><a href="/newsroom/2012/01.html">01</a>
116977  <div class="subnav-mask">
116978  <div class="subnav-wrapper">
116979  <div class="subnav col10 pad">
116980  <section class="nested">
116981  <div class="col4 main-column">
116982  <nav class="secondary">
116983  <ul>
116984  <li class="mobile-nav-back"><a href="/newsroom/2012/01.html" aria-label="Back to
    …   01">01</a></li>
116985  <li class="primary-nav-item">
116986  <a href="/newsroom/2012/01.html" aria-label="01 Home">01 Home</a></li>
116987  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/01/sumo-snipping-protein-plays-crucial-role-in-t-and-b-cell-
    …   develop.html">SUMO-Snipping Protein Plays Crucial Role in T and B Cell
    …   Development</a></li>
116988  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/01/mutated-kras-spins-a-molecular-loop-that-launches-pancreatic-
    …   can.html">Mutated Kras Spins a Molecular Loop that Launches Pancreatic
    …   Cancer</a></li>
116989  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/01/inflammatory-mediator-promotes-colorectal-cancer-by-stifling-
    …   pro.html">Inflammatory Mediator Promotes Colorectal Cancer by Stifling Protective
    …   Genes</a></li>
116990  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/01/md-anderson-brings-free-making-cancer-history-seminar--to-
    …   west-p.html">MD Anderson Brings Free Making Cancer History Seminar® to West Palm
    …   Beach</a></li>
116991  <li class="primary-nav-item"><a
    …   href="/newsroom/2012/01/cancer-symptoms-in-women--gynecologic-cancer-symptoms.html">
    …   10 Gynecologic Cancer Symptoms Women Shouldn't Ignore</a></li>
116992  </ul>
116993  </nav>
116994  </div>
116995  </section>
116996  </div>
116997  </div>
116998  </div></li>
116999  </ul>
117000  </nav>
117001  </div>
117002  </section>
117003  </div>
117004  </div>
117005  </div></li>
117006  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011.html">2011</a>
```

```
117007 <div class="subnav-mask">
117008 <div class="subnav-wrapper">
117009 <div class="subnav col10 pad">
117010 <section class="nested">
117011 <div class="col4 main-column">
117012 <nav class="secondary">
117013 <ul>
117014 <li class="mobile-nav-back"><a href="/newsroom/2011.html" aria-label="Back to
     … 2011">2011</a></li>
117015 <li class="primary-nav-item">
117016 <a href="/newsroom/2011.html" aria-label="2011 Home">2011 Home</a></li>
117017 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/12.html">12</a>
117018 <div class="subnav-mask">
117019 <div class="subnav-wrapper">
117020 <div class="subnav col10 pad">
117021 <section class="nested">
117022 <div class="col4 main-column">
117023 <nav class="secondary">
117024 <ul>
117025 <li class="mobile-nav-back"><a href="/newsroom/2011/12.html" aria-label="Back to
     … 12">12</a></li>
117026 <li class="primary-nav-item">
117027 <a href="/newsroom/2011/12.html" aria-label="12 Home">12 Home</a></li>
117028 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/networks-conspire-to-promote-cancer.html">Previously
     … Unconnected Molecular Networks Conspire to Promote Cancer</a></li>
117029 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/sir-richard-branson-miles-obrien-interview-to-benefit-ut-md-
     … ande.html">Sir Richard Branson, Miles O'Brien Interview to Benefit UT MD
     … Anderson</a></li>
117030 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/ut-md-anderson-releases-annual-holiday-artwork-created-by-
     … young-.html">UT MD Anderson Releases Annual Holiday Artwork Created By Young Cancer
     … Patients</a></li>
117031 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/prognostic-model-developed-for-mds-related-to-prior-cancer-
     … thera.html">Prognostic Model Developed for MDS Related to Prior Cancer
     … Therapy</a></li>
117032 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/aml-patients-have-high-response-rate-with-vorinostat-added-to
     … -tr.html">AML Patients Have High Response Rate with Vorinostat Added to
     … Treatment</a></li>
117033 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/b-cell-receptor-inhibitor-causes-chronic-lymphocytic-leukemia
     … -re.html">B Cell Receptor Inhibitor Causes Chronic Lymphocytic Leukemia
     … Remission</a></li>
117034 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/combination-of-everolimus-and-exemestane-improves-progression
     … -fr.html">Combination of Everolimus and Exemestane Improves Progression-Free
117035 Survival for Women with Metastatic Breast Cancer</a></li>
117036 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/apbi-brachytherapy-associated-with-higher-rate-of-later-
     … mastecto.html">APBI Brachytherapy Associated with Higher Rate of Later Mastectomy,
117037 Increased Toxicities, and Post-Operative Complications,
117038 Compared to Traditional Radiation Therapy in Women with
117039 Early Breast Cancer</a></li>
117040 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/md-anderson-a-conversation-with-a-living-legend-in-dallas-
     … honors.html">MD Anderson A Conversation With a Living Legend in Dallas Honors Sir
117041 Richard Branson</a></li>
117042 <li class="primary-nav-item"><a
     … href="/newsroom/2011/12/holiday-leftovers-tips-to-avoid-weight-gain.html">Holiday
     … Leftovers: Smart Tips to Control Overeating</a></li>
117043 </ul>
117044 </nav>
117045 </div>
117046 </section>
117047 </div>
```

```
117048  </div>
117049  </div></li>
117050  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/11.html">11</a>
117051  <div class="subnav-mask">
117052  <div class="subnav-wrapper">
117053  <div class="subnav col10 pad">
117054  <section class="nested">
117055  <div class="col4 main-column">
117056  <nav class="secondary">
117057  <ul>
117058  <li class="mobile-nav-back"><a href="/newsroom/2011/11.html" aria-label="Back to
     …  11">11</a></li>
117059  <li class="primary-nav-item">
117060  <a href="/newsroom/2011/11.html" aria-label="11 Home">11 Home</a></li>
117061  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/everolimus-prolongs-progression.html">Everolimus Prolongs
     …  Progression-Free Survival for Patients with
117062  Neuroendocrine Tumors</a></li>
117063  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/ut-md-anderson-creates-institute-to-accelerate-cancer-drug-
     …  devel.html">UT MD Anderson Creates Institute to Accelerate Cancer Drug
     …  Development</a></li>
117064  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/md-anderson-cancer-center-board-of-visitors-welcomes-new-
     …  members.html">MD Anderson Cancer Center Board of Visitors Welcomes New
     …  Members</a></li>
117065  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/tamoxifen-side-effects-in-male-breast-cancer-patients.html">
     …  Tamoxifen Causes Significant Side Effects in Male Breast Cancer Patients</a></li>
117066  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/a-conversation-with-a-living-legend-.html">UT MD Anderson
     …  Slates San Antonio A Conversation With a Living Legend®</a></li>
117067  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/ut-md-anderson-study-finds-acupuncture-can-prevent-radiation-
     …  ind.html">UT MD Anderson Study Finds Acupuncture Can Prevent Radiation-Induced
117068  Chronic Dry Mouth</a></li>
117069  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/obese-monkeys-lose-weight-on-drug-that-attacks-blood-supply-
     …  of-f.html">Obese Monkeys Lose Weight on Drug that Attacks Blood Supply of Fat
     …  Cells</a></li>
117070  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/ut-md-anderson-study-finds-advances-in-breast-cancer-don-t-
     …  exten.html">UT MD Anderson Study Finds Advances in Breast Cancer Don't Extend to
117071  Older Women</a></li>
117072  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/infographic-how-to-carve-up-thanksgiving-calories.html">
     …  Infographic: How to Carve Up Thanksgiving Calories</a></li>
117073  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/metabolic-protein-plays-unexpected-role-in-tumor-cell-
     …  formation-.html">Metabolic Protein Plays Unexpected Role in Tumor Cell Formation and
     …  Growth</a></li>
117074  <li class="primary-nav-item"><a
     …  href="/newsroom/2011/11/md-anderson-and-king-hussein-cancer-center-sign-sister-
     …  instituti.html">MD Anderson and King Hussein Cancer Center Sign Sister Institution
     …  Agreement</a></li>
117075  </ul>
117076  </nav>
117077  </div>
117078  </section>
117079  </div>
117080  </div>
117081  </div></li>
117082  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/10.html">10</a>
117083  <div class="subnav-mask">
117084  <div class="subnav-wrapper">
117085  <div class="subnav col10 pad">
117086  <section class="nested">
117087  <div class="col4 main-column">
```

```
117088 <nav class="secondary">
117089 <ul>
117090 <li class="mobile-nav-back"><a href="/newsroom/2011/10.html" aria-label="Back to
    ·· 10">10</a></li>
117091 <li class="primary-nav-item">
117092 <a href="/newsroom/2011/10.html" aria-label="10 Home">10 Home</a></li>
117093 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/blood-vessel-mapping-reveals-four-new--zip-codes-.html">Blood
    ·· Vessel Mapping Reveals Four New &quot;ZIP Codes&quot;</a></li>
117094 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/researchers-find-coupling-of-proteins-promotes-glioblastoma-
    ·· deve.html">Researchers Find Coupling of Proteins Promotes Glioblastoma
    ·· Development</a></li>
117095 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/ut-md-anderson-cancer-center-campaign-surpasses--1-2-billion-
    ·· goa.html">UT MD Anderson Cancer Center Campaign Surpasses $1.2 Billion Goal</a></li>
117096 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/md-anderson-pairs-franco-harris-larry-king-in-las-vegas.html"
    ·· >UT MD Anderson Pairs Franco Harris, Larry King in Las Vegas 'Conversation'</a></li>
117097 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/md-anderson-honors-journalist-cancer-activist-katie-couric.
    ·· html">MD Anderson Honors Journalist, Cancer Activist Katie Couric</a></li>
117098 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/ovarian-cancer-patients-survive-longer-with-brca2-mutated-in-
    ·· tum.html">Ovarian Cancer Patients Survive Longer with BRCA2 Mutated in
    ·· Tumors</a></li>
117099 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/inaugural-cancer-fundraiser-welcomes-franco-harris-and-larry-
    ·· kin.html">Inaugural Cancer Fundraiser Welcomes Franco Harris and Larry King</a></li>
117100 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/ut-md-anderson-s-holly-green-wins-briscoe-physician-assistant
    ·· -aw.html">UT MD Anderson's Holly Green Wins Briscoe Physician Assistant
    ·· Award</a></li>
117101 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/10/testing-for-breast-cancer.html">Testing for Breast Cancer
    ·· Mutations: Not for Everyone</a></li>
117102 </ul>
117103 </nav>
117104 </div>
117105 </section>
117106 </div>
117107 </div>
117108 </div></li>
117109 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/09.html">09</a>
117110 <div class="subnav-mask">
117111 <div class="subnav-wrapper">
117112 <div class="subnav col10 pad">
117113 <section class="nested">
117114 <div class="col4 main-column">
117115 <nav class="secondary">
117116 <ul>
117117 <li class="mobile-nav-back"><a href="/newsroom/2011/09.html" aria-label="Back to
    ·· 09">09</a></li>
117118 <li class="primary-nav-item">
117119 <a href="/newsroom/2011/09.html" aria-label="09 Home">09 Home</a></li>
117120 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/09/-12-million-collaborative-grant-seeks-to-improve-cord-blood-
    ·· tran.html">$12 million Collaborative Grant Seeks To Improve Cord Blood Transplants
117121 for Cancer Patients</a></li>
117122 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/09/md-anderson-in-the-bay-area-brightens-the-ballunar-festival-
    ·· with.html">MD Anderson in the Bay Area Brightens the Ballunar Festival with Pink
117123 Lighting in Honor of Breast Cancer Awareness Month</a></li>
117124 <li class="primary-nav-item"><a
    ·· href="/newsroom/2011/09/md-anderson-in-sugar-land-brightens-sugar-land-town-square-
    ·· with-.html">MD Anderson in Sugar Land Brightens Sugar Land Town Square with Pink
117125 Lighting in Honor of Breast Cancer Awareness Month</a></li>
117126 <li class="primary-nav-item"><a
```

```
117126… href="/newsroom/2011/09/md-anderson-in-the-woodlands-brightens-market-street-with-
  … pink-l.html">MD Anderson in The Woodlands Brightens Market Street with Pink Lighting
117127 in Honor of Breast Cancer Awareness Month</a></li>
117128 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/md-anderson-in-katy-brightens-lacenterra-at-cinco-ranch-with-
  … pin.html">MD Anderson in Katy Brightens LaCenterra at Cinco Ranch with Pink
117129 Lighting in Honor of Breast Cancer Awareness Month</a></li>
117130 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/banner-md-anderson-cancer-center-opens.html">Banner MD
  … Anderson Cancer Center Opens</a></li>
117131 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/couples-counseling-improves-sexual-intimacy-after-prostate-
  … treat.html">Couples Counseling Improves Sexual Intimacy after Prostate
  … Treatment</a></li>
117132 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/ut-md-anderson-s-lorna-mcneill-recognized-for-excellence-in-
  … prev.html">UT MD Anderson's Lorna McNeill Recognized for Excellence in
  … Prevention</a></li>
117133 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/running-for-a-cause-ut-md-anderson-to-host-fun-run-benefiting
  … -me.html">Running for a Cause: UT MD Anderson to Host Fun Run Benefiting Melanoma
  … Research</a></li>
117134 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/men-cancer-prevention-health-tips-by-age.html">Men: Cancer
  … Prevention Tips by Age</a></li>
117135 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/gene-therapy-for-breast-cancer-boosts-chemotherapy.html">Gene
  … Therapy Kills Breast Cancer Stem Cells, Boosts Chemotherapy</a></li>
117136 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/breast-cancer-patients-with-brca-gene-diagnosed-almost-eight-
  … yea.html">Breast Cancer Patients With BRCA Gene Diagnosed Almost Eight Years
117137 Earlier Than Generation Before</a></li>
117138 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/chemotherapy-is-as-effective-before-breast-cancer-surgery-as-
  … aft.html">Chemotherapy is as Effective Before Breast Cancer Surgery as After</a></li>
117139 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/brca1-gene-mutation-associated-with-neoadjuvant-chemotherapy.
  … html">BRCA1 Gene Mutation Associated with Neoadjuvant Chemotherapy</a></li>
117140 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/barretos-and-md-anderson-sign-sister-institution-agreement.
  … html">Barretos Cancer Hospital and MD Anderson Sign Sister Institution
  … Agreement</a></li>
117141 <li class="primary-nav-item"><a
  … href="/newsroom/2011/09/scientists-discover-secret-life-of-chromatin.html">UT MD
  … Anderson Scientists Discover Secret Life of Chromatin</a></li>
117142 </ul>
117143 </nav>
117144 </div>
117145 </section>
117146 </div>
117147 </div>
117148 </div></li>
117149 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/08.html">08</a>
117150 <div class="subnav-mask">
117151 <div class="subnav-wrapper">
117152 <div class="subnav col10 pad">
117153 <section class="nested">
117154 <div class="col4 main-column">
117155 <nav class="secondary">
117156 <ul>
117157 <li class="mobile-nav-back"><a href="/newsroom/2011/08.html" aria-label="Back to
  … 08">08</a></li>
117158 <li class="primary-nav-item">
117159 <a href="/newsroom/2011/08.html" aria-label="08 Home">08 Home</a></li>
117160 <li class="primary-nav-item"><a
  … href="/newsroom/2011/08/barbara-padilla-at-cancer-survivorship-conference.html">
  … Soprano Barbara Padilla To Entertain at Cancer Survivorship Conference
117161 Sept. 16</a></li>
```

```
117162  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/08/study-finds-15-minutes-of-moderate-daily-exercise-lengthens-
  …     life.html">Study Finds 15 Minutes of Moderate Daily Exercise Lengthens Life</a></li>
117163  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/08/free-workshop-focuses-on-the-needs-of-young-adult-cancer-
  …     survivo.html">Free Workshop Focuses on the Needs of Young-Adult Cancer Survivors,
  …     Patients</a></li>
117164  </ul>
117165  </nav>
117166  </div>
117167  </section>
117168  </div>
117169  </div>
117170  </div></li>
117171  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/07.html">07</a>
117172  <div class="subnav-mask">
117173  <div class="subnav-wrapper">
117174  <div class="subnav col10 pad">
117175  <section class="nested">
117176  <div class="col4 main-column">
117177  <nav class="secondary">
117178  <ul>
117179  <li class="mobile-nav-back"><a href="/newsroom/2011/07.html" aria-label="Back to
  …     07">07</a></li>
117180  <li class="primary-nav-item">
117181  <a href="/newsroom/2011/07.html" aria-label="07 Home">07 Home</a></li>
117182  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/07/first-genetic-variations-pinpointed-in-head-and-neck-cancer.
  …     html">First Genetic Variations Pinpointed in Head and Neck Cancer</a></li>
117183  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/07/specialized-regulatory-t-cell-stifles-antibody-production-
  …     center.html">Specialized Regulatory T Cell Stifles Antibody Production
  …     Centers</a></li>
117184  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/07/the-university-of-texas-md-anderson-cancer-center-retains-top
  …     -ra.html">The University of Texas MD Anderson Cancer Center Retains Top Ranking In
117185  U.S. News &amp; World Report Annual Survey</a></li>
117186  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/07/get-better-health-apps.html">Get Better Health Apps</a></li>
117187  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/07/targeted-agent-addition-to-herceptin-has-positive-effect-on-
  …     meta.html">Targeted Agent Addition to Herceptin Has Positive Effect on Metastatic
117188  HER-2 Breast Cancer</a></li>
117189  </ul>
117190  </nav>
117191  </div>
117192  </section>
117193  </div>
117194  </div>
117195  </div></li>
117196  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/06.html">06</a>
117197  <div class="subnav-mask">
117198  <div class="subnav-wrapper">
117199  <div class="subnav col10 pad">
117200  <section class="nested">
117201  <div class="col4 main-column">
117202  <nav class="secondary">
117203  <ul>
117204  <li class="mobile-nav-back"><a href="/newsroom/2011/06.html" aria-label="Back to
  …     06">06</a></li>
117205  <li class="primary-nav-item">
117206  <a href="/newsroom/2011/06.html" aria-label="06 Home">06 Home</a></li>
117207  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/06/ut-md-anderson-debuts-lung-cancer-screening-program.html">UT
  …     MD Anderson Debuts Lung Cancer Screening Program</a></li>
117208  <li class="primary-nav-item"><a
  …     href="/newsroom/2011/06/nearly-half-women-with-advanced-breast-cancer-in-the-u-s--not
  …     -re.html">Nearly Half of Women with Advanced Breast Cancer in the U.S. not
```

```
117209  Receiving Lifesaving Treatment</a></li>
117210  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/cancer-survivorship-conference-sept--16-17.html">Former MLB
    …   player Dave Dravecky to Headline Cancer Survivorship
117211  Conference Sept. 16-17</a></li>
117212  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/arceneaux-award-recognizes-clinical-nurse-and-chair-of-the-
    …   nursi.html">UT MD Anderson's Highest Nurse-Oncologist Honor Goes to Nancy
    …   Tomczak</a></li>
117213  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/does-eating-meat-cause-cancer---meat--cancer.html">Keep
    …   Cancer Off the BBQ Grill</a></li>
117214  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/targeted-therapy-promising-for-cancer-patients.html">Targeted
    …   Therapy Promising For Cancer Patients</a></li>
117215  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/md-anderson-radiation-oncologist-brings-new-option-experience
    …   -to.html">MD Anderson Radiation Oncologist Brings New Option, Experience to
    …   Katy</a></li>
117216  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/06/therapeutic-melanoma-vaccine-improves-response-rate-
    …   progression-.html">Therapeutic Melanoma Vaccine Improves Response Rate,
    …   Progression-Free Survival</a></li>
117217  </ul>
117218  </nav>
117219  </div>
117220  </section>
117221  </div>
117222  </div>
117223  </div></li>
117224  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/05.html">05</a>
117225  <div class="subnav-mask">
117226  <div class="subnav-wrapper">
117227  <div class="subnav col10 pad">
117228  <section class="nested">
117229  <div class="col4 main-column">
117230  <nav class="secondary">
117231  <ul>
117232  <li class="mobile-nav-back"><a href="/newsroom/2011/05.html" aria-label="Back to
    …   05">05</a></li>
117233  <li class="primary-nav-item">
117234  <a href="/newsroom/2011/05.html" aria-label="05 Home">05 Home</a></li>
117235  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/vaccine-increases-disease-free-survival-for-follicular-
    …   lymphoma-.html">Vaccine Increases Disease-Free Survival for Follicular Lymphoma
    …   Patients</a></li>
117236  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/antibody-guided-drug-works-against-acute-lymphoblastic-
    …   leukemia.html">Antibody-Guided Drug Works Against Acute Lymphoblastic
    …   Leukemia</a></li>
117237  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/md-anderson-advisory-board-taps-melvyn-n--klein.html">MD
    …   Anderson Advisory Board Taps Melvyn N. Klein as Vice Chair</a></li>
117238  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/study-first-to-compare-benefits-of-mind-body-practices-to-
    …   simple.html">study first to compare benefits of mind-body practices to simple
117239  stretching exercises</a></li>
117240  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/healthy-sources-of-vitamin-d.html">Healthy Sources of Vitamin
    …   D</a></li>
117241  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/genomic-test-shows-promise-as-predictor-of-chemotherapy-
    …   response.html">Genomic Test Shows Promise as Predictor of Chemotherapy Response,
117242  Survival for Women With Invasive Breast Cancer</a></li>
117243  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/05/protein-identified-as-enemy-of-vital-tumor-suppressor-pten.
    …   html">Protein Identified as Enemy of Vital Tumor Suppressor PTEN</a></li>
117244  </ul>
```

```
117245  </nav>
117246  </div>
117247  </section>
117248  </div>
117249  </div>
117250  </div></li>
117251  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/04.html">04</a>
117252  <div class="subnav-mask">
117253  <div class="subnav-wrapper">
117254  <div class="subnav col10 pad">
117255  <section class="nested">
117256  <div class="col4 main-column">
117257  <nav class="secondary">
117258  <ul>
117259  <li class="mobile-nav-back"><a href="/newsroom/2011/04.html" aria-label="Back to
    …  04">04</a></li>
117260  <li class="primary-nav-item">
117261  <a href="/newsroom/2011/04.html" aria-label="04 Home">04 Home</a></li>
117262  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/medicare-reimbursement-impacts-breast-cancer.html">Medicare
    …  Reimbursement Policies and Practice Settings Impact Access to
117263  Advanced Radiation for Breast Cancer Patients</a></li>
117264  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/health-literacy-tests-underutilized--may-improve-elderly-
    …  cancer-.html">Health Literacy Tests Underutilized; May Improve Elderly Cancer
117265  Patients' Care and Outcomes</a></li>
117266  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/sexuality-with-cancer-patients.html">Majority of Nurses
    …  Uncomfortable Talking About Sexuality with Cancer Patients</a></li>
117267  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/tender-age-of-giving-students-donate-to-polo-on-the-prairie.
    …  html">Tender Age of Giving: Students Donate to Polo on the Prairie</a></li>
117268  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/md-anderson-celebrates-70-years-of-making-cancer-history-.
    …  html">MD Anderson Celebrates 70 Years of Making Cancer History®</a></li>
117269  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/free-skin-screening-exams.html">MD Anderson Provides Free
    …  Skin Cancer Exams May 7</a></li>
117270  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/spring-has-sprung-children-s-art-project-releases-new-designs
    …  -cr.html">Spring Has Sprung: Children's Art Project Releases New Designs Created
117271  by Young Cancer Patients</a></li>
117272  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/popular-diets-health-nutrition.html">Popular Diets: Do They
    …  Prevent Cancer?</a></li>
117273  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/runwalk-and-sprint-for-sprouts-set-for-may-7.html">Run/Walk
    …  and Sprint for Sprouts Set for May 7</a></li>
117274  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/going-green-country-singer-pat-green-headlines-polo-on-the-
    …  prair.html">Going Green: Country Singer Pat Green Headlines Polo on the
    …  Prairie</a></li>
117275  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/genetic-variation-cuts-bladder-cancer-risk-protects-
    …  chromosome-t.html">Genetic Variation Cuts Bladder Cancer Risk, Protects Chromosome
    …  Tips</a></li>
117276  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/two-sets-of-genes-predict-response-to-lung-cancer-drug.html">
    …  Two Sets of Genes Predict Response to Lung Cancer Drug</a></li>
117277  <li class="primary-nav-item"><a
    …  href="/newsroom/2011/04/-good-cholesterol--nanoparticles-seek-and-destroy-cancer-
    …  cells.html">'Good Cholesterol' Nanoparticles Seek and Destroy Cancer Cells</a></li>
117278  </ul>
117279  </nav>
117280  </div>
117281  </section>
117282  </div>
117283  </div>
```

```
117284  </div></li>
117285  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/03.html">03</a>
117286  <div class="subnav-mask">
117287  <div class="subnav-wrapper">
117288  <div class="subnav col10 pad">
117289  <section class="nested">
117290  <div class="col4 main-column">
117291  <nav class="secondary">
117292  <ul>
117293  <li class="mobile-nav-back"><a href="/newsroom/2011/03.html" aria-label="Back to
    …   03">03</a></li>
117294  <li class="primary-nav-item">
117295  <a href="/newsroom/2011/03.html" aria-label="03 Home">03 Home</a></li>
117296  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/breast-cancer-family-matters.html">Breast Cancer: Family
    …   Matters</a></li>
117297  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/michael-frick-receives-case-district-iv-distinguished-
    …   achievemen.html">Michael Frick Receives CASE District IV Distinguished Achievement
    …   Award</a></li>
117298  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/run-honoring-dr--marnie-rose-celebrates-ninth-anniversary.
    …   html">Run Honoring Dr. Marnie Rose Celebrates Ninth Anniversary</a></li>
117299  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/a-not-so-secret-weapon-in-the-fight-against-colorectal-cancer
    …   .html">A Not-So-Secret Weapon in the Fight Against Colorectal Cancer</a></li>
117300  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/benz-wins-kripke-award-for-promoting-women-in-science-medical
    …   -ca.html">Benz Wins Kripke Award for Promoting Women in Science, Medical
    …   Careers</a></li>
117301  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/ut-md-anderson-receives-grant-for-study-of-acupuncture-in-
    …   cancer.html">UT MD Anderson Receives Grant for Study of Acupuncture in
    …   Cancer</a></li>
117302  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/a-quarter-earned-polo-on-the-prairie-trots-into-albany-april-
    …   30.html">A Quarter Earned: Polo on the Prairie Trots into Albany April 30</a></li>
117303  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/md-anderson-and-the-national-cancer-institute-of-peru-and-
    …   sign-s.html">MD Anderson and the National Cancer Institute of Peru and Sign Sister
117304  Institution Agreement in Cancer Treatment and Research</a></li>
117305  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/study-puts-notch-on-the-jagged-edge-of-lung-cancer-metastasis
    …   .html">Study Puts Notch on the Jagged Edge of Lung Cancer Metastasis</a></li>
117306  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/combination-overcomes-breast-cancer-resistance-to-herceptin.
    …   html">Combination Overcomes Breast Cancer Resistance to Herceptin</a></li>
117307  <li class="primary-nav-item"><a
    …   href="/newsroom/2011/03/colonoscopy-resources-to-get-your-rear-in-gear.html">
    …   Colonoscopy Resources to Get Your Rear in Gear</a></li>
117308  </ul>
117309  </nav>
117310  </div>
117311  </section>
117312  </div>
117313  </div>
117314  </div></li>
117315  <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/02.html">02</a>
117316  <div class="subnav-mask">
117317  <div class="subnav-wrapper">
117318  <div class="subnav col10 pad">
117319  <section class="nested">
117320  <div class="col4 main-column">
117321  <nav class="secondary">
117322  <ul>
117323  <li class="mobile-nav-back"><a href="/newsroom/2011/02.html" aria-label="Back to
    …   02">02</a></li>
117324  <li class="primary-nav-item">
```

```
117325 <a href="/newsroom/2011/02.html" aria-label="02 Home">02 Home</a></li>
117326 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/protein-and-microrna-block-cellular-transition-vital-to-
    .. metastas.html">Protein and microRNA Block Cellular Transition Vital to
    .. Metastasis</a></li>
117327 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/ut-md-anderson-discovery-wins-2010-cozzarelli-prize.html">UT
    .. MD Anderson Discovery Wins 2010 Cozzarelli Prize</a></li>
117328 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/champlin-earns-transplant-society-s-lifetime-achievement-
    .. award.html">Champlin Earns Transplant Society's Lifetime Achievement Award</a></li>
117329 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/dance-your-way-to-cancer-prevention.html">Dance Your Way to
    .. Cancer Prevention</a></li>
117330 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/overabundance-of-protein-expands-breast-cancer-stem-cells.
    .. html">Overabundance of Protein Expands Breast Cancer Stem Cells</a></li>
117331 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/pulsed-xenon-ultraviolet-light-goes-where-housekeepers-can-t.
    .. html">Pulsed Xenon Ultraviolet Light Goes Where Housekeepers Can't</a></li>
117332 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/everolimus-improves-progression-free-survival-for-patients-
    .. with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
117333 Pancreatic Cancer</a></li>
117334 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/project-connects-researchers-latino-communities-to-prevent-
    .. cance.html">Project Connects Researchers, Latino Communities to Prevent
    .. Cancer</a></li>
117335 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/md-anderson-s-web-based-anti-smoking-program-targets-hispanic
    .. -yo.html">MD Anderson's Web-Based Anti-Smoking Program Targets Hispanic
    .. Youth</a></li>
117336 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/02/targeted-particle-fools-brain-s-guardian-to-reach-tumors.html
    .. ">Targeted Particle Fools Brain's Guardian to Reach Tumors</a></li>
117337 </ul>
117338 </nav>
117339 </div>
117340 </section>
117341 </div>
117342 </div>
117343 </div></li>
117344 <li class="primary-nav-item has-subnav"><a href="/newsroom/2011/01.html">01</a>
117345 <div class="subnav-mask">
117346 <div class="subnav-wrapper">
117347 <div class="subnav col10 pad">
117348 <section class="nested">
117349 <div class="col4 main-column">
117350 <nav class="secondary">
117351 <ul>
117352 <li class="mobile-nav-back"><a href="/newsroom/2011/01.html" aria-label="Back to
    .. 01">01</a></li>
117353 <li class="primary-nav-item">
117354 <a href="/newsroom/2011/01.html" aria-label="01 Home">01 Home</a></li>
117355 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/01/pre-surgical-stress-management-boosts-immune-function-lowers-
    .. moo.html">Pre-Surgical Stress Management Boosts Immune Function, Lowers Mood
117356 Disturbance for Prostate Cancer Patients</a></li>
117357 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/01/pony-up-polo-under-the-palms-debuts-march-12-in-sarasota.html
    .. ">Pony Up: Polo Under the Palms Debuts March 12 in Sarasota</a></li>
117358 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/01/ut-md-anderson-pediatric-patients-spread-early-valentine-s-
    .. day-l.html">UT MD Anderson Pediatric Patients Spread Early Valentine's Day Love at
117359 The Houston Zoo</a></li>
117360 <li class="primary-nav-item"><a
    .. href="/newsroom/2011/01/khalifa-foundation-grants-md-anderson--150-million-for-cancer
    .. -re.html">Khalifa Foundation Grants MD Anderson $150 Million for Cancer
```

```
117360…  Research</a></li>
117361  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/women-health-by-age.html">Women: Age-Proof Your
   …  Health</a></li>
117362  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/microrna-suppresses-prostate-cancer-stem-cells-and-metastasis
   …  .html">MicroRNA Suppresses Prostate Cancer Stem Cells and Metastasis</a></li>
117363  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/peers-elect-md-anderson-s-hung-and-lozano-as-fellows-of-aaas.
   …  html">Peers Elect MD Anderson's Hung and Lozano as Fellows of AAAS</a></li>
117364  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/microrna-tp53-circuit-connected-to-chronic-lymphocytic-
   …  leukemia.html">MicroRNA-TP53 Circuit Connected to Chronic Lymphocytic
   …  Leukemia</a></li>
117365  <li class="primary-nav-item"><a
   …  href="/newsroom/2011/01/protein-wields-phosphate-group-to-inhibit-cancer-metastasis.
   …  html">Protein Wields Phosphate Group to Inhibit Cancer Metastasis</a></li>
117366  </ul>
117367  </nav>
117368  </div>
117369  </section>
117370  </div>
117371  </div>
117372  </div></li>
117373  </ul>
117374  </nav>
117375  </div>
117376  </section>
117377  </div>
117378  </div>
117379  </div></li>
117380  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010.html">2010</a>
117381  <div class="subnav-mask">
117382  <div class="subnav-wrapper">
117383  <div class="subnav col10 pad">
117384  <section class="nested">
117385  <div class="col4 main-column">
117386  <nav class="secondary">
117387  <ul>
117388  <li class="mobile-nav-back"><a href="/newsroom/2010.html" aria-label="Back to
   …  2010">2010</a></li>
117389  <li class="primary-nav-item">
117390  <a href="/newsroom/2010.html" aria-label="2010 Home">2010 Home</a></li>
117391  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/12.html">12</a>
117392  <div class="subnav-mask">
117393  <div class="subnav-wrapper">
117394  <div class="subnav col10 pad">
117395  <section class="nested">
117396  <div class="col4 main-column">
117397  <nav class="secondary">
117398  <ul>
117399  <li class="mobile-nav-back"><a href="/newsroom/2010/12.html" aria-label="Back to
   …  12">12</a></li>
117400  <li class="primary-nav-item">
117401  <a href="/newsroom/2010/12.html" aria-label="12 Home">12 Home</a></li>
117402  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/12/red-blood-folate-linked-to-tumor-suppressors.html">High Red
   …  Blood Folate Levels Linked to Silenced Tumor-Suppressors</a></li>
117403  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/12/protein-disables-p53-drives-breast-cells-toward-cancer-
   …  transitio.html">Protein Disables p53, Drives Breast Cells Toward Cancer
   …  Transition</a></li>
117404  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/12/alcohol-and-cancer-holiday-partygoers-should-know-drink-limit
   …  .html">Alcohol and Cancer: Know Your Limit</a></li>
117405  <li class="primary-nav-item"><a
   …  href="/newsroom/2010/12/poor-breast-cancer-prognosis-associated-with-presence-of-
   …  circula.html">Poor Breast Cancer Prognosis Associated With Presence of Circulating
```

```
117406  Tumor, Cancer Stem Cells</a></li>
117407  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/drugs-are-safe-active-in-patients-normally-ineligible-for-
    …   clinic.html">Drugs are Safe, Active in Patients Normally Ineligible for Clinical
    …   Trial</a></li>
117408  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/cancer-prevention-expert-honored-for-innovative-tobacco-
    …   research.html">Cancer Prevention Expert Honored for Innovative Tobacco
    …   Research</a></li>
117409  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/small-molecule-may-disarm-enemy-of-cancer-fighting-p53.html">
    …   Small Molecule May Disarm Enemy of Cancer-Fighting p53</a></li>
117410  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/after-15-years-mendelsohn-to-change-role.html">After 15
    …   Years, Mendelsohn to Change Role</a></li>
117411  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/phase-i-trial-indicates-ponatinib-may-thwart-most-resistant-
    …   cml.html">Phase I Trial Indicates Ponatinib May Thwart Most Resistant CML</a></li>
117412  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/12/ut-md-anderson-cancer-center-honors-legendary-journalist-bob-
    …   sch.html">UT MD Anderson Cancer Center Honors Legendary Journalist Bob
    …   Schieffer</a></li>
117413  </ul>
117414  </nav>
117415  </div>
117416  </section>
117417  </div>
117418  </div>
117419  </div></li>
117420  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/11.html">11</a>
117421  <div class="subnav-mask">
117422  <div class="subnav-wrapper">
117423  <div class="subnav col10 pad">
117424  <section class="nested">
117425  <div class="col4 main-column">
117426  <nav class="secondary">
117427  <ul>
117428  <li class="mobile-nav-back"><a href="/newsroom/2010/11.html" aria-label="Back to
    …   11">11</a></li>
117429  <li class="primary-nav-item">
117430  <a href="/newsroom/2010/11.html" aria-label="11 Home">11 Home</a></li>
117431  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/erythropoietin-counteracts-breast-cancer-treatment.html">
    …   Erythropoietin Counteracts Breast Cancer Treatment with Herceptin</a></li>
117432  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/ut-md-anderson-pediatric-cancer-patients-ring-in-the-holidays
    …   -wi.html">UT MD Anderson Pediatric Cancer Patients Ring in the Holidays with
    …   Artwork</a></li>
117433  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/holiday-exercise-no-gym-required.html">Holiday Exercise: No
    …   Gym Required</a></li>
117434  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/texas-center-for-cancer-nanomedicine-targets-two-tough-
    …   cancers.html">Texas Center for Cancer Nanomedicine Targets Two Tough Cancers</a></li>
117435  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/11/armed-antibody-triggers-remissions-for-hodgkin-lymphoma.html"
    …   >Armed Antibody Triggers Remissions for Hodgkin Lymphoma</a></li>
117436  </ul>
117437  </nav>
117438  </div>
117439  </section>
117440  </div>
117441  </div>
117442  </div></li>
117443  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/10.html">10</a>
117444  <div class="subnav-mask">
117445  <div class="subnav-wrapper">
117446  <div class="subnav col10 pad">
```

```
117447  <section class="nested">
117448  <div class="col4 main-column">
117449  <nav class="secondary">
117450  <ul>
117451  <li class="mobile-nav-back"><a href="/newsroom/2010/10.html" aria-label="Back to
    …   10">10</a></li>
117452  <li class="primary-nav-item">
117453  <a href="/newsroom/2010/10.html" aria-label="10 Home">10 Home</a></li>
117454  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/researchers-find-better-method-to-help-mothers-cope-with-
    …   child-s.html">Researchers Find Better Method to Help Mothers Cope With Child's Cancer
117455  and Related Stress</a></li>
117456  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates--conversation--with-
    …   vicente-.html">UT MD Anderson Cancer Center Slates 'Conversation' With Vicente
    …   Fox</a></li>
117457  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/ut-md-anderson-scientists-show-tap63-suppresses-cancer-
    …   metastasi.html">UT MD Anderson Scientists Show TAp63 Suppresses Cancer
    …   Metastasis</a></li>
117458  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/demand-for-radiation-therapy-projected-to-outpace-supply-of-
    …   radi.html">Demand for Radiation Therapy Projected to Outpace Supply of Radiation
    …   Oncologists</a></li>
117459  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/ut-md-anderson-cancer-center-slates-nicklaus-nantz--
    …   conversation.html">UT MD Anderson Cancer Center Slates Nicklaus, Nantz
    …   'Conversation'</a></li>
117460  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/ut-md-anderson-s-louise-a--villejo-recognized-for-excellence-
    …   in-.html">UT MD Anderson's Louise A. Villejo Recognized for Excellence in
    …   Education</a></li>
117461  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/everolimus-improves-progression-free-survival-for-patients-
    …   with-.html">Everolimus Improves Progression-Free Survival for Patients with Rare
117462  Pancreatic Cancer</a></li>
117463  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/md-anderson-launches-cancer-risk-check.html">MD Anderson
    …   Launches Cancer Risk Check</a></li>
117464  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/vaccine-extends-glioblastoma-patients--survival-in-phase-ii-
    …   tria.html">Vaccine Extends Glioblastoma Patients' Survival in Phase II Trial</a></li>
117465  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/10/nih-award-goes-to-ut-md-anderson-imaging-innovator-guerrero.
    …   html">NIH Award Goes to UT MD Anderson Imaging Innovator Guerrero</a></li>
117466  </ul>
117467  </nav>
117468  </div>
117469  </section>
117470  </div>
117471  </div>
117472  </div></li>
117473  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/09.html">09</a>
117474  <div class="subnav-mask">
117475  <div class="subnav-wrapper">
117476  <div class="subnav col10 pad">
117477  <section class="nested">
117478  <div class="col4 main-column">
117479  <nav class="secondary">
117480  <ul>
117481  <li class="mobile-nav-back"><a href="/newsroom/2010/09.html" aria-label="Back to
    …   09">09</a></li>
117482  <li class="primary-nav-item">
117483  <a href="/newsroom/2010/09.html" aria-label="09 Home">09 Home</a></li>
117484  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/ut-md-anderson-study-finds-women-treated-for-breast-cancer-
    …   while.html">UT MD Anderson Study Finds Women Treated for Breast Cancer While
117485  Pregnant Have Improved Survival</a></li>
```

```
117486  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/md-anderson-study-finds-increases-in-five-10-year-survival-at
    …   -ev.html">MD Anderson Study Finds Increases in Five, 10-year Survival at Every
117487  Stage of Breast Cancer Over Six Decades</a></li>
117488  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/md-anderson-now-offering-accelerated-partial-breast-
    …   irradiation-.html">MD Anderson Now Offering Accelerated Partial Breast Irradiation at
    …   Bay
117489  Area Regional Care Center</a></li>
117490  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/uthealthut-md-anderson-biomedical-sciences-doctoral-programs-
    …   ran.html">UTHealth/UT MD Anderson Biomedical Sciences Doctoral Programs Rank among
117491  Best in the Country</a></li>
117492  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/ut-md-anderson-brings-anti-smoking-message-to-se-texas-at-
    …   risk-y.html">UT MD Anderson Brings Anti-Smoking Message to SE Texas At-risk
    …   Youths</a></li>
117493  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/ut-md-anderson-announces-completion-of-pickens-research-
    …   endowmen.html">UT MD Anderson Announces Completion of Pickens Research
    …   Endowment</a></li>
117494  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/jak-inhibitor-provides-rapid-durable-relief-for-myelofibrosis
    …   -pa.html">JAK Inhibitor Provides Rapid, Durable Relief for Myelofibrosis
    …   Patients</a></li>
117495  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/psa-test---prostate-cancer.html">Tracking Your PSA: Be
    …   Proactive</a></li>
117496  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/09/study-indicates-targeted-strategies-needed-to-find-prevent-
    …   and-t.html">Study Indicates Targeted Strategies Needed to Find, Prevent and Treat
117497  Breast Cancer among Mexican-Origin Women</a></li>
117498  </ul>
117499  </nav>
117500  </div>
117501  </section>
117502  </div>
117503  </div>
117504  </div></li>
117505  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/08.html">08</a>
117506  <div class="subnav-mask">
117507  <div class="subnav-wrapper">
117508  <div class="subnav col10 pad">
117509  <section class="nested">
117510  <div class="col4 main-column">
117511  <nav class="secondary">
117512  <ul>
117513  <li class="mobile-nav-back"><a href="/newsroom/2010/08.html" aria-label="Back to
    …   08">08</a></li>
117514  <li class="primary-nav-item">
117515  <a href="/newsroom/2010/08.html" aria-label="08 Home">08 Home</a></li>
117516  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/08/ross-perot-commits--20-million-to-ut-md-anderson-cancer-
    …   center.html">Ross Perot Commits $20 Million to UT MD Anderson Cancer Center</a></li>
117517  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/08/media-visitation-terms-and-conditions.html">Media Visitation
    …   Terms and Conditions</a></li>
117518  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/08/novel-role-ezh2-boosts-creation-of-ovarian-cancer-blood-
    …   vessels.html">Novel Role: EZH2 Boosts Creation of Ovarian Cancer Blood
    …   Vessels</a></li>
117519  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/08/researchers-identify-potential-new-target-for-ovarian-cancer.
    …   html">Researchers Identify Potential New Target for Ovarian Cancer</a></li>
117520  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/08/sumo-works-with-replication-protein-a-complex-to-repair-dna.
    …   html">SUMO Works with Replication Protein A Complex to Repair DNA</a></li>
117521  </ul>
```

```
117522  </nav>
117523  </div>
117524  </section>
117525  </div>
117526  </div>
117527  </div></li>
117528  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/07.html">07</a>
117529  <div class="subnav-mask">
117530  <div class="subnav-wrapper">
117531  <div class="subnav col10 pad">
117532  <section class="nested">
117533  <div class="col4 main-column">
117534  <nav class="secondary">
117535  <ul>
117536  <li class="mobile-nav-back"><a href="/newsroom/2010/07.html" aria-label="Back to
     …  07">07</a></li>
117537  <li class="primary-nav-item">
117538  <a href="/newsroom/2010/07.html" aria-label="07 Home">07 Home</a></li>
117539  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/07/researchers-identify-key-enzyme-in-dna-repair-pathway.html">
     …  Researchers Identify Key Enzyme in DNA Repair Pathway</a></li>
117540  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/07/surgeon-patient-survivorship-conference.html">She Said, He
     …  Said: Patient-Surgeon Duo Featured at Cancer Survivorship
117541  Conference Sept. 24-25</a></li>
117542  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/07/abnormal-blood-cells-tied-to-cancer.html">UT MD Anderson
     …  Study Ties Abnormal Cells in Blood to Lung Cancer</a></li>
117543  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/07/ut-md-anderson-keeps-number-one-cancer-ranking-in-u-s--news--
     …  wor.html">UT MD Anderson Keeps Number One Cancer Ranking in U.S. News &amp; World
117544  Report Annual Survey</a></li>
117545  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/07/patients-referring-physicians-using-new-tool-to-engage-in-
     …  care.html">Patients, Referring Physicians Using New Tool to Engage in Care</a></li>
117546  </ul>
117547  </nav>
117548  </div>
117549  </section>
117550  </div>
117551  </div>
117552  </div></li>
117553  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/06.html">06</a>
117554  <div class="subnav-mask">
117555  <div class="subnav-wrapper">
117556  <div class="subnav col10 pad">
117557  <section class="nested">
117558  <div class="col4 main-column">
117559  <nav class="secondary">
117560  <ul>
117561  <li class="mobile-nav-back"><a href="/newsroom/2010/06.html" aria-label="Back to
     …  06">06</a></li>
117562  <li class="primary-nav-item">
117563  <a href="/newsroom/2010/06.html" aria-label="06 Home">06 Home</a></li>
117564  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/06/peg-fields-to-receive-md-anderson-s-highest-nurse-oncologist-
     …  hon.html">Peg Fields to Receive MD Anderson's Highest Nurse-Oncologist Honor</a></li>
117565  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/06/research-alliance-aims-to-help-vulnerable-communities-cope-
     …  with-.html">Research Alliance Aims to Help Vulnerable Communities Cope with
     …  Disaster</a></li>
117566  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/06/hpv-positive-tumor-status-indicates-better-survival-in-
     …  patients-.html">HPV-Positive Tumor Status Indicates Better Survival in Patients with
117567  Oropharyngeal Cancer</a></li>
117568  <li class="primary-nav-item"><a
     …  href="/newsroom/2010/06/keep-your-parents-cancer-free.html">Keep Parents
     …  Cancer-Free</a></li>
```

```
117569  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/second-line-cml-drug-evokes-faster-response-fewer-side-
    …   effects-p.html">Second-line CML Drug Evokes Faster Response, Fewer Side Effects,
    …   Pivotal
117570  Study Finds</a></li>
117571  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/second-line-cml-drugs-evoke-faster-better-front-line-
    …   remissions.html">Second-line CML Drugs Evoke Faster, Better Front-line
    …   Remissions</a></li>
117572  <li class="primary-nav-item"><a href="/newsroom/2010/06/selenium-shows-no-benefit-in-prevention-of-lung-cancer.html">
    …   Selenium Shows No Benefit in Prevention of Lung Cancer</a></li>
117573  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/vandetanib-shows-clinical-benefit-when-combined-with-
    …   docetaxel-f.html">Vandetanib Shows Clinical Benefit When Combined With Docetaxel for
    …   Lung Cancer</a></li>
117574  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/06/bone-disease-program-of-texas-receives-national-recognition.
    …   html">Bone Disease Program of Texas Receives National Recognition</a></li>
117575  </ul>
117576  </nav>
117577  </div>
117578  </section>
117579  </div>
117580  </div>
117581  </div></li>
117582  <li class="primary-nav-item has-subnav"><a href="/newsroom/2010/05.html">05</a>
117583  <div class="subnav-mask">
117584  <div class="subnav-wrapper">
117585  <div class="subnav col10 pad">
117586  <section class="nested">
117587  <div class="col4 main-column">
117588  <nav class="secondary">
117589  <ul>
117590  <li class="mobile-nav-back"><a href="/newsroom/2010/05.html" aria-label="Back to
    …   05">05</a></li>
117591  <li class="primary-nav-item">
117592  <a href="/newsroom/2010/05.html" aria-label="05 Home">05 Home</a></li>
117593  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/shark-cartilage-shows-no-benefit-as-a-therapeutic-agent-for-
    …   lung.html">Shark Cartilage Shows No Benefit as a Therapeutic Agent for Lung
    …   Cancer</a></li>
117594  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/ca-125-change-over-time-shows-promise-as-screening-tool-for-
    …   earl.html">CA-125 Change Over Time Shows Promise as Screening Tool for Early
117595  Detection of Ovarian Cancer</a></li>
117596  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/research-shows-surgical-procedure-offers-new-option-for-
    …   pediatri.html">Research Shows Surgical Procedure Offers New Option for Pediatric
117597  Patients with Rare Cancer in Abdomen</a></li>
117598  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/cancer-genetics-pioneer-wins-margaret-kripke-legend-
    …   awardcancer-.html">Cancer Genetics Pioneer Wins Margaret Kripke Legend Award</a></li>
117599  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/05-07-10---adult-stem-cells-help-injured-hearts.html">
    …   Transplanted Adult Stem Cells Provide Lasting Help to Injured Hearts</a></li>
117600  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/stylish-shade-on-summer-days.html">Stylish Shade on Summer
    …   Days</a></li>
117601  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/new-logo---aspires-for-world-without-cancer.html">New MD
    …   Anderson Logo Challenges Employees, Public to Aspire to a World
117602  Without Cancer</a></li>
117603  <li class="primary-nav-item"><a
    …   href="/newsroom/2010/05/melanoma-not-caused-by-early-uva.html">Researchers Find
    …   Melanoma Not Caused by Early UVA Light Exposure</a></li>
117604  </ul>
117605  </nav>
```

```
117606  </div>
117607  </section>
117608  </div>
117609  </div>
117610  </div></li>
117611  </ul>
117612  </nav>
117613  </div>
117614  </section>
117615  </div>
117616  </div>
117617  </div></li>
117618  </ul>
117619  </li>
117620  <li class="topnav-list-item"><a href="/patient-education.html">Patient Education</a>
117621  </li>
117622  </ul>
117623  </div>
117624  <div class="cta give-btn">
117625  <a
    …   href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&amp
    …   ;utm_source=hp_button&amp;utm_medium=website&amp;utm_campaign=HP_Button&amp;_ga=1.
    …   194667566.2041408923.1441219785" class="cta-block" aria-label=" Opens a new window"
    …   target="_blank"> Give Now </a>
117626  </div>
117627  </nav>
117628  <nav id="utilities-nav">
117629  <ul class="utilities-list">
117630  <li class="mda-hide-md"><a class="moonshot"
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
    …   html" target="_self">
117631  <div class="spacer">
117632  <i class="mda-icon-moon"></i> <span>Moon Shots Program</span>
117633  </div>
117634  </a></li>
117635  <li class="mda-hide-md"><a class="my-mda" href="//my.mdanderson.org/members/"
    …   aria-label=" Opens a new window" target="_blank">
117636  <div class="spacer">
117637  <span>my</span>MDAnderson
117638  </div>
117639  </a></li>
117640  <li> <a class="directions"
    …   href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
    …   target="_self">
117641  <div class="spacer">
117642  <i class="mdicon-pin"></i> <span>Locations</span>
117643  </div>
117644  </a></li>
117645  <li>
117646  <a class="call" href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
    …   target="_self">
117647  <div class="spacer">
117648  <i class="mda-icon-contact_us_fill"></i><span>Contact Us</span>
117649  </div>
117650  </a>
117651  </li>
117652  <li class="dropdown"><a href="#" class="topnav-sublist-toggle">
117653  <div class="spacer">
117654  <i class="mdicon-gear"></i><span>Languages</span>
117655  </div>
117656  </a>
117657  <div class="topnav-sublist-mask">
117658  <ul class="topnav-sublist">
117659  <li class="topnav-list-item grouped" data-group="Settings"><a
    …   href="/patients-family.html" target="_self">English</a>
117660  </li>
117661  <li class="topnav-list-item grouped" data-group="Settings"><a
    …   href="http://www.mdanderson.org/languages/spanish/index.html" aria-label=" Opens a
```

Page 3415

```
117661… new window" target="_blank">Spanish</a>
117662  </li>
117663  <li class="topnav-list-item grouped" data-group="Settings"><a
    …   href="http://www.mdanderson.org/languages/arabic/index.html" aria-label=" Opens a new
    …   window" target="_blank">Arabic</a>
117664  </li>
117665  <li class="topnav-list-item grouped" data-group="Settings"><a
    …   href="http://www.mdanderson.org/languages/chinese/index.html" aria-label=" Opens a
    …   new window" target="_blank">Chinese</a>
117666  </li>
117667  <li class="topnav-list-item grouped" data-group="Settings"><a
    …   href="http://www.mdanderson.org/languages/turkish/index.html" aria-label=" Opens a
    …   new window" target="_blank">Turkish</a>
117668  </li>
117669  </ul>
117670  </div></li>
117671  </ul>
117672  </nav>
117673  </div>
117674  <div class="nav-content">
117675  <div></div>
117676  <a id="nav-logo" class="logo" href="https://www.mdanderson.org" target="_self"> <img
    …   src="/etc/designs/mda/mda-web/xmda-logo.png.pagespeed.ic.wI3LdrsTIB.png" alt="The
    …   University of Texas MD Anderson Cancer Center">
117677  </a> <a id="mobile-menu-toggle" aria-label="open menu" role="button" href="#">
117678  <div class="mobile-menu-container">
117679  <i class="fa mda-icon-menu fa-2x"></i>
117680  <span class="menu-title">MENU</span>
117681  </div>
117682  </a>
117683  <div id="primary-nav-wrapper">
117684  <nav id="primary-nav">
117685  <ul class="primary-nav-list active" id="nav_patients-family">
117686  <div class="sub-nav-wrapper"></div>
117687  <li class="primary-nav-item mobile-topnav-home"><a
    …   href="https://www.mdanderson.org/patients-family.html">Patients &amp; Family
    …   Home</a></li>
117688  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient.html"><span>
    …   Becoming Our Patient</span></a>
117689  <div class="subnav-mask">
117690  <div class="subnav-wrapper">
117691  <div class="subnav col10 pad">
117692  <section class="nested">
117693  <div class="col4 section-teaser">
117694  <figure>
117695  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117696  <source
    …   srcset="/content/mda/en/patients-family/becoming-our-patient/_jcr_content/image.
    …   resize.880.300.high.png 2x,
    …   /content/mda/en/patients-family/becoming-our-patient/_jcr_content/image.resize.390.
    …   150.high.png 1x" alt="Becoming Our Patient" media="(min-width: 993px)"/>
117697  <!--[if IE 9]></video><![endif]-->
117698  <img
    …   srcset="/content/mda/en/patients-family/becoming-our-patient/_jcr_content/image.
    …   resize.390.150.high.png 2x" alt="Becoming Our Patient"
    …   src="/content/mda/en/patients-family/becoming-our-patient/_jcr_content/ximage.resize.
    …   jpg.pagespeed.ic.HvTLU47ROO.jpg">
117699  </picture>
117700  </figure>
117701  <h4>Becoming Our Patient</h4>
117702  <p>Find information about what to expect as a patient at MD Anderson.</p>
117703  <a href="https://www.mdanderson.org/patients-family/becoming-our-patient.html"
    …   target="_self"><span>Learn more</span></a>
117704  </div>
117705  <div class="col4">
117706  <nav class="secondary">
117707  <ul>
```

```
117708 <li class="mobile-nav-back"><a href="#" aria-label="Back to Patients &amp;
   … Family"><span>Patients &amp; Family</span></a></li>
117709 <li class="mobile-nav-home"><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient.html"><span>
   … Becoming Our Patient Home</span></a></li>
117710 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/why-md-anderson
   … .html"><span>Why MD Anderson</span></a></li>
117711 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
   … care.html"><span>Planning for Care</span></a></li>
117712 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/getting-to-md-
   … anderson.html"><span>Getting to MD Anderson</span></a></li>
117713 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/while-youre-
   … here.html"><span>While You're Here</span></a></li>
117714 </ul>
117715 </nav>
117716 </div>
117717 <div class="col4 last">
117718 <nav class="secondary">
117719 <ul>
117720 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
   … center.html"><span>International Center</span></a></li>
117721 <li><a
   … href="https://www.mdanderson.org/patients-family/becoming-our-patient/services-
   … amenities.html"><span>Services and Amenities</span></a></li>
117722 </ul>
117723 </nav>
117724 </div>
117725 </section>
117726 </div>
117727 </div>
117728 </div></li>
117729 <li class="primary-nav-item has-subnav"><a
   … href="https://www.mdanderson.org/patients-family/diagnosis-treatment.html"><span>
   … Diagnosis &amp; Treatment</span></a>
117730 <div class="subnav-mask">
117731 <div class="subnav-wrapper">
117732 <div class="subnav col10 pad">
117733 <section class="nested">
117734 <div class="col4 section-teaser">
117735 <figure>
117736 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117737 <source
   … srcset="/content/mda/en/patients-family/diagnosis-treatment/_jcr_content/image.resize
   … .880.300.high.png 2x,
   … /content/mda/en/patients-family/diagnosis-treatment/_jcr_content/image.resize.390.150
   … .high.png 1x" alt="Diagnosis and Treatment" media="(min-width: 993px)"/>
117738 <!--[if IE 9]></video><![endif]-->
117739 <img
   … srcset="/content/mda/en/patients-family/diagnosis-treatment/_jcr_content/image.resize
   … .390.150.high.png 2x" alt="Diagnosis and Treatment"
   … src="/content/mda/en/patients-family/diagnosis-treatment/_jcr_content/ximage.resize.
   … jpg.pagespeed.ic.JFcnbH1rfL.jpg">
117740 </picture>
117741 </figure>
117742 <h4>Diagnosis &amp; Treatment</h4>
117743 <p>Get information about your cancer diagnosis and the treatment options
   … available.</p>
117744 <a href="https://www.mdanderson.org/patients-family/diagnosis-treatment.html"
   … target="_self"><span>Learn more</span></a>
117745 </div>
117746 <div class="col4">
117747 <nav class="secondary">
117748 <ul>
```

```
117749  <li class="mobile-nav-back"><a href="#" aria-label="Back to Patients &amp;
    …   Family"><span>Patients &amp; Family</span></a></li>
117750  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment.html"><span>
    …   Diagnosis &amp; Treatment Home</span></a></li>
117751  <li><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/a-new-diagnosis.
    …   html"><span>A New Diagnosis</span></a></li>
117752  <li><a href="https://www.mdanderson.org/cancer-types.html"><span>Cancer
    …   Types</span></a></li>
117753  <li><a href="https://www.mdanderson.org/treatment-options.html"><span>Treatment
    …   Options</span></a></li>
117754  <li><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/emotional-
    …   physical-effects.html"><span>Emotional &amp; Physical Effects</span></a></li>
117755  </ul>
117756  </nav>
117757  </div>
117758  <div class="col4 last">
117759  <nav class="secondary">
117760  <ul>
117761  <li><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support.
    …   html"><span>Patient Support</span></a></li>
117762  <li><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/clinical-trials.
    …   html"><span>Clinical Trials</span></a></li>
117763  <li><a
    …   href="https://www.mdanderson.org/patients-family/diagnosis-treatment/care-centers-
    …   clinics.html"><span>Care Centers &amp; Clinics</span></a></li>
117764  </ul>
117765  </nav>
117766  </div>
117767  </section>
117768  </div>
117769  </div>
117770  </div></li>
117771  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one.html"><span>
    …   Supporting a Loved One</span></a>
117772  <div class="subnav-mask">
117773  <div class="subnav-wrapper">
117774  <div class="subnav col10 pad">
117775  <section class="nested">
117776  <div class="col4 section-teaser">
117777  <figure>
117778  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117779  <source
    …   srcset="/content/mda/en/patients-family/supporting-a-loved-one/_jcr_content/image.
    …   resize.880.300.high.png 2x,
    …   /content/mda/en/patients-family/supporting-a-loved-one/_jcr_content/image.resize.390.
    …   150.high.png 1x" media="(min-width: 993px)"/>
117780  <!--[if IE 9]></video><![endif]-->
117781  <img
    …   srcset="/content/mda/en/patients-family/supporting-a-loved-one/_jcr_content/image.
    …   resize.390.150.high.png 2x" alt=""
    …   src="/content/mda/en/patients-family/supporting-a-loved-one/_jcr_content/ximage.
    …   resize.jpg.pagespeed.ic.xGz79qGrsS.jpg">
117782  </picture>
117783  </figure>
117784  <h4>Supporting a Loved One</h4>
117785  <p>MD Anderson offers resources for caregivers of cancer patients.</p>
117786  <a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one.html"><span>
    …   Learn more</span></a>
117787  </div>
117788  <div class="col4">
117789  <nav class="secondary">
```

```
117790  <ul>
117791  <li class="mobile-nav-back"><a href="#" aria-label="Back to Patients &amp;
    …   Family"><span>Patients &amp; Family</span></a></li>
117792  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one.html"><span>
    …   Supporting a Loved One Home</span></a></li>
117793  <li><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one/caregiver-
    …   roles-challenges.html"><span>Caregiver Roles &amp; Challenges</span></a></li>
117794  <li><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one/supporting-
    …   children-teens.html"><span>Supporting Children &amp; Teens</span></a></li>
117795  <li><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one/taking-care-
    …   of-yourself.html"><span>Taking Care of Yourself</span></a></li>
117796  <li><a
    …   href="https://www.mdanderson.org/patients-family/supporting-a-loved-one/dealing-with-
    …   loss.html"><span>Dealing with Loss</span></a></li>
117797  </ul>
117798  </nav>
117799  </div>
117800  <div class="col4 last">
117801  <nav class="secondary">
117802  </nav>
117803  </div>
117804  </section>
117805  </div>
117806  </div>
117807  </div></li>
117808  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer.html"><span>Life
    …   After Cancer</span></a>
117809  <div class="subnav-mask">
117810  <div class="subnav-wrapper">
117811  <div class="subnav col10 pad">
117812  <section class="nested">
117813  <div class="col4 section-teaser">
117814  <figure>
117815  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117816  <source
    …   srcset="/content/mda/en/patients-family/life-after-cancer/_jcr_content/image.resize.
    …   880.300.high.png 2x,
    …   /content/mda/en/patients-family/life-after-cancer/_jcr_content/image.resize.390.150.
    …   high.png 1x" alt="Life after cancer" media="(min-width: 993px)"/>
117817  <!--[if IE 9]></video><![endif]-->
117818  <img
    …   srcset="/content/mda/en/patients-family/life-after-cancer/_jcr_content/image.resize.
    …   390.150.high.png 2x" alt="Life after cancer"
    …   src="/content/mda/en/patients-family/life-after-cancer/_jcr_content/ximage.resize.jpg
    …   .pagespeed.ic.pQ4KE4rRMu.jpg">
117819  </picture>
117820  </figure>
117821  <h4>Life After Cancer</h4>
117822  <p>Cancer survivors face a new set of challenges once treatment is complete.</p>
117823  <a href="https://www.mdanderson.org/patients-family/life-after-cancer.html"
    …   target="_self"><span>Learn more</span></a>
117824  </div>
117825  <div class="col4">
117826  <nav class="secondary">
117827  <ul>
117828  <li class="mobile-nav-back"><a href="#" aria-label="Back to Patients &amp;
    …   Family"><span>Patients &amp; Family</span></a></li>
117829  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer.html"><span>Life
    …   After Cancer Home</span></a></li>
117830  <li><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer/legal-financial-
    …   impacts.html"><span>Legal &amp; Financial Impacts of Cancer</span></a></li>
```

```
117831  <li><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer/social-emotional-
    …   impacts.html"><span>Social &amp; Emotional Impacts of Cancer</span></a></li>
117832  <li><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer/followup-care.html
    …   "><span>Follow-up Care</span></a></li>
117833  <li><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer/long-term-effects.
    …   html"><span>Physical Effects of Cancer</span></a></li>
117834  </ul>
117835  </nav>
117836  </div>
117837  <div class="col4 last">
117838  <nav class="secondary">
117839  <ul>
117840  <li><a
    …   href="https://www.mdanderson.org/patients-family/life-after-cancer/survivorship-week.
    …   html"><span>Survivorship Week</span></a></li>
117841  </ul>
117842  </nav>
117843  </div>
117844  </section>
117845  </div>
117846  </div>
117847  </div></li>
117848  </ul>
117849  <ul class="primary-nav-list " id="nav_prevention-screening">
117850  <div class="sub-nav-wrapper"></div>
117851  <li class="primary-nav-item mobile-topnav-home"><a
    …   href="https://www.mdanderson.org/prevention-screening.html">Prevention &amp;
    …   Screening Home</a></li>
117852  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/prevention-screening/manage-your-risk.html"><span>
    …   Manage Your Risk</span></a>
117853  <div class="subnav-mask">
117854  <div class="subnav-wrapper">
117855  <div class="subnav col10 pad">
117856  <section class="nested">
117857  <div class="col4 section-teaser">
117858  <figure>
117859  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117860  <source
    …   srcset="/content/mda/en/prevention-screening/manage-your-risk/_jcr_content/image.
    …   resize.880.300.high.png 2x,
    …   /content/mda/en/prevention-screening/manage-your-risk/_jcr_content/image.resize.390.
    …   150.high.png 1x" media="(min-width: 993px)"/>
117861  <!--[if IE 9]></video><![endif]-->
117862  <img
    …   srcset="/content/mda/en/prevention-screening/manage-your-risk/_jcr_content/image.
    …   resize.390.150.high.png 2x" alt=""
    …   src="/content/mda/en/prevention-screening/manage-your-risk/_jcr_content/ximage.resize
    …   .jpg.pagespeed.ic.AM8-BqiCPR.jpg">
117863  </picture>
117864  </figure>
117865  <h4>Manage Your Risk</h4>
117866  <p>You can reduce your risk for cancer by making healthy lifestyle choices.</p>
117867  <a href="https://www.mdanderson.org/prevention-screening/manage-your-risk/diet.html"
    …   target="_self"><span>Learn more</span></a>
117868  </div>
117869  <div class="col4">
117870  <nav class="secondary">
117871  <ul>
117872  <li class="mobile-nav-back"><a href="#" aria-label="Back to Prevention &amp;
    …   Screening"><span>Prevention &amp; Screening</span></a></li>
117873  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/prevention-screening/manage-your-risk.html"><span>
    …   Manage Your Risk Home</span></a></li>
117874  <li><a
```

```
117874…  href="https://www.mdanderson.org/prevention-screening/manage-your-risk/smoking-
    …    tobacco.html"><span>Smoking &amp; Tobacco</span></a></li>
117875   <li><a
    …    href="https://www.mdanderson.org/prevention-screening/manage-your-risk/diet.html"><
    …    span>Diet</span></a></li>
117876   <li><a
    …    href="https://www.mdanderson.org/prevention-screening/manage-your-risk/physical-
    …    activity.html"><span>Physical Activity</span></a></li>
117877   <li><a
    …    href="https://www.mdanderson.org/prevention-screening/manage-your-risk/skin-safety.
    …    html"><span>Skin Safety</span></a></li>
117878   </ul>
117879   </nav>
117880   </div>
117881   <div class="col4 last">
117882   <nav class="secondary">
117883   <ul>
117884   <li><a
    …    href="https://www.mdanderson.org/prevention-screening/manage-your-risk/hpv.html"><
    …    span>HPV</span></a></li>
117885   </ul>
117886   </nav>
117887   </div>
117888   </section>
117889   </div>
117890   </div>
117891   </div></li>
117892   <li class="primary-nav-item has-subnav"><a
    …    href="https://www.mdanderson.org/prevention-screening/family-history.html"><span>
    …    Family History</span></a>
117893   <div class="subnav-mask"></div>
117894   <div class="subnav-wrapper">
117895   <div class="subnav col10 pad">
117896   <section class="nested">
117897   <div class="col4 section-teaser">
117898   <figure>
117899   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117900   <source
    …    srcset="/content/mda/en/prevention-screening/family-history/_jcr_content/image.resize
    …    .880.300.high.png 2x,
    …    /content/mda/en/prevention-screening/family-history/_jcr_content/image.resize.390.150
    …    .high.png 1x" alt="Genetic Testing" media="(min-width: 993px)"/>
117901   <!--[if IE 9]></video><![endif]-->
117902   <img
    …    srcset="/content/mda/en/prevention-screening/family-history/_jcr_content/image.resize
    …    .390.150.high.png 2x" alt="Genetic Testing"
    …    src="/content/mda/en/prevention-screening/family-history/_jcr_content/ximage.resize.
    …    jpg.pagespeed.ic.J7M3gKkP1y.jpg">
117903   </picture>
117904   </figure>
117905   <h4>Family History</h4>
117906   <p>Learning about your family's health history can help you determine if
117907   you may be at risk for an inherited cancer.</p>
117908   <a href="https://www.mdanderson.org/prevention-screening/family-history.html"
    …    target="_self"><span>Learn more</span></a>
117909   </div>
117910   <div class="col4">
117911   <nav class="secondary">
117912   <ul>
117913   <li class="mobile-nav-back"><a href="#" aria-label="Back to Prevention &amp;
    …    Screening"><span>Prevention &amp; Screening</span></a></li>
117914   <li class="mobile-nav-home"><a
    …    href="https://www.mdanderson.org/prevention-screening/family-history.html"><span>
    …    Family History Home</span></a></li>
117915   <li><a
    …    href="https://www.mdanderson.org/prevention-screening/family-history/genetic-testing.
    …    html"><span>Genetic Testing</span></a></li>
117916   <li><a
```

```
117916…  href="https://www.mdanderson.org/prevention-screening/family-history/hereditary-
…         cancer-syndromes.html"><span>Hereditary Cancer Syndromes</span></a></li>
117917   </ul>
117918   </nav>
117919   </div>
117920   <div class="col4 last">
117921   <nav class="secondary">
117922   </nav>
117923   </div>
117924   </section>
117925   </div>
117926   </div>
117927   </div></li>
117928   <li class="primary-nav-item has-subnav"><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened.html"><span>Get
…         Screened</span></a>
117929   <div class="subnav-mask">
117930   <div class="subnav-wrapper">
117931   <div class="subnav col10 pad">
117932   <section class="nested">
117933   <div class="col4 section-teaser">
117934   <figure>
117935   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117936   <source
…         srcset="/content/mda/en/prevention-screening/get-screened/_jcr_content/image.resize.
…         880.300.high.png 2x,
…         /content/mda/en/prevention-screening/get-screened/_jcr_content/image.resize.390.150.
…         high.png 1x" alt="Get Screened" media="(min-width: 993px)"/>
117937   <!--[if IE 9]></video><![endif]-->
117938   <img
…         srcset="/content/mda/en/prevention-screening/get-screened/_jcr_content/image.resize.
…         390.150.high.png 2x" alt="Get Screened"
…         src="/content/mda/en/prevention-screening/get-screened/_jcr_content/ximage.resize.jpg
…         .pagespeed.ic.Xg5y9O_xLp.jpg">
117939   </picture>
117940   </figure>
117941   <h4>Get Screened</h4>
117942   <p>Screening exams help detect cancer early, when the chances for
117943   successful treatment are greatest.</p>
117944   <a href="https://www.mdanderson.org/prevention-screening/get-screened.html"
…         target="_self"><span>Learn more</span></a>
117945   </div>
117946   <div class="col4">
117947   <nav class="secondary">
117948   <ul>
117949   <li class="mobile-nav-back"><a href="#" aria-label="Back to Prevention &amp;
…         Screening"><span>Prevention &amp; Screening</span></a></li>
117950   <li class="mobile-nav-home"><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened.html"><span>Get
…         Screened Home</span></a></li>
117951   <li><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened/breast-cancer-
…         screening.html"><span>Breast Cancer Screening Exams</span></a></li>
117952   <li><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened/cervical-cancer-
…         screening.html"><span>Cervical Cancer Screening Guidelines</span></a></li>
117953   <li><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened/colorectal-cancer-
…         screening.html"><span>Colorectal Cancer Screening Exams</span></a></li>
117954   <li><a
…         href="https://www.mdanderson.org/prevention-screening/get-screened/endometrial-cancer
…         -screening.html"><span>Endometrial Cancer Screening Exams</span></a></li>
117955   </ul>
117956   </nav>
117957   </div>
117958   <div class="col4 last">
117959   <nav class="secondary">
117960   <ul>
```

```
117961  <li><a
    …   href="https://www.mdanderson.org/prevention-screening/get-screened/liver-cancer-
    …   screening.html"><span>Liver Cancer Screening Exams</span></a></li>
117962  <li><a
    …   href="https://www.mdanderson.org/prevention-screening/get-screened/lung-cancer-
    …   screening.html"><span>Lung Cancer Screening Exams</span></a></li>
117963  <li><a
    …   href="https://www.mdanderson.org/prevention-screening/get-screened/mobile-mammography
    …   .html"><span>Mobile Mammography Van</span></a></li>
117964  <li><a
    …   href="https://www.mdanderson.org/prevention-screening/get-screened/ovarian-cancer-
    …   screening.html"><span>Ovarian Cancer Screening Exams</span></a></li>
117965  </ul>
117966  </nav>
117967  </div>
117968  </section>
117969  </div>
117970  </div>
117971  </div></li>
117972  </ul>
117973  <ul class="primary-nav-list " id="nav_donors-volunteers">
117974  <div class="sub-nav-wrapper"></div>
117975  <li class="primary-nav-item mobile-topnav-home"><a
    …   href="https://www.mdanderson.org/donors-volunteers.html">Donors &amp; Volunteers
    …   Home</a></li>
117976  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/donors-volunteers/donate.html"><span>Donate</span></
    …   a>
117977  <div class="subnav-mask">
117978  <div class="subnav-wrapper">
117979  <div class="subnav col10 pad">
117980  <section class="nested">
117981  <div class="col4 section-teaser">
117982  <figure>
117983  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
117984  <source
    …   srcset="/content/mda/en/donors-volunteers/donate/_jcr_content/image.resize.880.300.
    …   high.png 2x,
    …   /content/mda/en/donors-volunteers/donate/_jcr_content/image.resize.390.150.high.png
    …   1x" alt="Donate" media="(min-width: 993px)"/>
117985  <!--[if IE 9]></video><![endif]-->
117986  <img
    …   srcset="/content/mda/en/donors-volunteers/donate/_jcr_content/image.resize.390.150.
    …   high.png 2x" alt="Donate"
    …   src="/content/mda/en/donors-volunteers/donate/_jcr_content/ximage.resize.jpg.
    …   pagespeed.ic.HY9TITTs5E.jpg">
117987  </picture>
117988  </figure>
117989  <h4>Donate to MD Anderson</h4>
117990  <p>Your gift makes a tremendous difference in the lives of cancer patients.</p>
117991  <a href="https://www.mdanderson.org/donors-volunteers/donate.html"><span>Learn
    …   more</span></a>
117992  </div>
117993  <div class="col4">
117994  <nav class="secondary">
117995  <ul>
117996  <li class="mobile-nav-back"><a href="#" aria-label="Back to Donors &amp;
    …   Volunteers"><span>Donors &amp; Volunteers</span></a></li>
117997  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/donors-volunteers/donate.html"><span>Donate
    …   Home</span></a></li>
117998  <li><a
    …   href="https://www.mdanderson.org/donors-volunteers/donate/raise-money.html"><span>
    …   Raise Money</span></a></li>
117999  <li><a
    …   href="https://www.mdanderson.org/donors-volunteers/donate/honor-loved-ones.html"><
    …   span>Honor Loved Ones</span></a></li>
118000  <li><a
```

```
118000… href="https://www.mdanderson.org/donors-volunteers/donate/planned-giving.html"><span>
    …  Create Your Legacy</span></a></li>
118001 <li><a
    …  href="https://www.mdanderson.org/donors-volunteers/donate/endowments.html"><span>
    …  Endowments</span></a></li>
118002 </ul>
118003 </nav>
118004 </div>
118005 <div class="col4 last">
118006 <nav class="secondary">
118007 </nav>
118008 </div>
118009 </section>
118010 </div>
118011 </div>
118012 </div></li>
118013 <li class="primary-nav-item has-subnav"><a
    …  href="https://www.mdanderson.org/donors-volunteers/volunteer.html"><span>Volunteer</
    …  span></a>
118014 <div class="subnav-mask">
118015 <div class="subnav-wrapper">
118016 <div class="subnav col10 pad">
118017 <section class="nested">
118018 <div class="col4 section-teaser">
118019 <figure>
118020 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118021 <source
    …  srcset="/content/mda/en/donors-volunteers/volunteer/_jcr_content/image.resize.880.300
    …  .high.png 2x,
    …  /content/mda/en/donors-volunteers/volunteer/_jcr_content/image.resize.390.150.high.
    …  png 1x" alt="Volunteer with MD Anderson" media="(min-width: 993px)"/>
118022 <!--[if IE 9]></video><![endif]-->
118023 <img
    …  srcset="/content/mda/en/donors-volunteers/volunteer/_jcr_content/image.resize.390.150
    …  .high.png 2x" alt="Volunteer with MD Anderson"
    …  src="/content/mda/en/donors-volunteers/volunteer/_jcr_content/ximage.resize.jpg.
    …  pagespeed.ic.-neFaLkxdX.jpg">
118024 </picture>
118025 </figure>
118026 <h4>Volunteer with MD Anderson</h4>
118027 <p>We have more than 1,000 volunteers. They are often called the heart of
118028 MD Anderson.</p>
118029 <a href="https://www.mdanderson.org/donors-volunteers/volunteer.html"><span>Learn
    …  more</span></a>
118030 </div>
118031 <div class="col4">
118032 <nav class="secondary">
118033 <ul>
118034 <li class="mobile-nav-back"><a href="#" aria-label="Back to Donors &amp;
    …  Volunteers"><span>Donors &amp; Volunteers</span></a></li>
118035 <li class="mobile-nav-home"><a
    …  href="https://www.mdanderson.org/donors-volunteers/volunteer.html"><span>Volunteer
    …  Home</span></a></li>
118036 <li><a
    …  href="https://www.mdanderson.org/donors-volunteers/volunteer/why-volunteer.html"><
    …  span>Why Volunteer</span></a></li>
118037 <li><a
    …  href="https://www.mdanderson.org/donors-volunteers/volunteer/how-to-get-involved.html
    …  "><span>How to Get Involved</span></a></li>
118038 <li><a
    …  href="https://www.mdanderson.org/donors-volunteers/volunteer/endowments.html"><span>
    …  Volunteer Endowment</span></a></li>
118039 </ul>
118040 </nav>
118041 </div>
118042 <div class="col4 last">
118043 <nav class="secondary">
118044 </nav>
```

```
118045  </div>
118046  </section>
118047  </div>
118048  </div>
118049  </div></li>
118050  <li class="primary-nav-item has-subnav"><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help.html"><span>
     …  Other Ways to Help</span></a>
118051  <div class="subnav-mask">
118052  <div class="subnav-wrapper">
118053  <div class="subnav col10 pad">
118054  <section class="nested">
118055  <div class="col4 section-teaser">
118056  <figure>
118057  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118058  <source
     …  srcset="/content/mda/en/donors-volunteers/other-ways-to-help/_jcr_content/image.
     …  resize.880.300.high.png 2x,
     …  /content/mda/en/donors-volunteers/other-ways-to-help/_jcr_content/image.resize.390.
     …  150.high.png 1x" alt="Other ways to help MD Anderson" media="(min-width: 993px)"/>
118059  <!--[if IE 9]></video><![endif]-->
118060  <img
     …  srcset="/content/mda/en/donors-volunteers/other-ways-to-help/_jcr_content/image.
     …  resize.390.150.high.png 2x" alt="Other ways to help MD Anderson"
     …  src="/content/mda/en/donors-volunteers/other-ways-to-help/_jcr_content/ximage.resize.
     …  jpg.pagespeed.ic.ZvXrEZzysi.jpg">
118061  </picture>
118062  </figure>
118063  <h4>Other Ways to Help</h4>
118064  <p>There are a number of different opportunities for you to help us in our
118065  mission to end cancer.</p>
118066  <a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help.html"><span>
     …  Learn more</span></a>
118067  </div>
118068  <div class="col4">
118069  <nav class="secondary">
118070  <ul>
118071  <li class="mobile-nav-back"><a href="#" aria-label="Back to Donors &amp;
     …  Volunteers"><span>Donors &amp; Volunteers</span></a></li>
118072  <li class="mobile-nav-home"><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help.html"><span>
     …  Other Ways to Help Home</span></a></li>
118073  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/give-blood.html
     …  "><span>Give Blood</span></a></li>
118074  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/childrens-art-
     …  project.html"><span>Children's Art Project</span></a></li>
118075  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/donate-goods-or
     …  -services.html"><span>Donate Goods or Services</span></a></li>
118076  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/attend-events.
     …  html"><span>Attend Events</span></a></li>
118077  </ul>
118078  </nav>
118079  </div>
118080  <div class="col4 last">
118081  <nav class="secondary">
118082  <ul>
118083  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/cord-blood-bank
     …  .html"><span>Cord Blood Bank</span></a></li>
118084  </ul>
118085  </nav>
118086  </div>
118087  </section>
```

```
118088  </div>
118089  </div>
118090  </div></li>
118091  <li class="primary-nav-item has-subnav"><a
     …  href="https://www.mdanderson.org/donors-volunteers/corporate-alliances.html"><span>
     …  Corporate Alliances</span></a>
118092  <div class="subnav-mask">
118093  <div class="subnav-wrapper">
118094  <div class="subnav col10 pad">
118095  <section class="nested">
118096  <div class="col4 section-teaser">
118097  <figure>
118098  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118099  <source
     …  srcset="/content/mda/en/donors-volunteers/corporate-alliances/_jcr_content/image.
     …  resize.880.300.high.png 2x,
     …  /content/mda/en/donors-volunteers/corporate-alliances/_jcr_content/image.resize.390.
     …  150.high.png 1x" alt="Corporate Alliances" media="(min-width: 993px)"/>
118100  <!--[if IE 9]></video><![endif]-->
118101  <img
     …  srcset="/content/mda/en/donors-volunteers/corporate-alliances/_jcr_content/image.
     …  resize.390.150.high.png 2x" alt="Corporate Alliances"
     …  src="/content/mda/en/donors-volunteers/corporate-alliances/_jcr_content/ximage.resize
     …  .jpg.pagespeed.ic.Rz604xWJ7X.jpg">
118102  </picture>
118103  </figure>
118104  <h4>Corporate Alliances</h4>
118105  <p>Support from our corporate allies fuels the MD Anderson discoveries that
118106  have touched the world.</p>
118107  <a href="https://www.mdanderson.org/donors-volunteers/corporate-alliances.html"
     …  target="_self"><span>Learn more</span></a>
118108  </div>
118109  <div class="col4">
118110  <nav class="secondary">
118111  <ul>
118112  <li class="mobile-nav-back"><a href="#" aria-label="Back to Donors &amp;
     …  Volunteers"><span>Donors &amp; Volunteers</span></a></li>
118113  <li class="mobile-nav-home"><a
     …  href="https://www.mdanderson.org/donors-volunteers/corporate-alliances.html"><span>
     …  Corporate Alliances Home</span></a></li>
118114  <li><a
     …  href="https://www.mdanderson.org/donors-volunteers/corporate-alliances/current-
     …  alliances.html"><span>Current Alliances</span></a></li>
118115  </ul>
118116  </nav>
118117  </div>
118118  <div class="col4 last">
118119  <nav class="secondary">
118120  </nav>
118121  </div>
118122  </section>
118123  </div>
118124  </div>
118125  </div></li>
118126  </ul>
118127  <ul class="primary-nav-list " id="nav_professionals">
118128  <div class="sub-nav-wrapper"></div>
118129  <li class="primary-nav-item mobile-topnav-home"><a href="#">Professionals
     …  Home</a></li>
118130  <li class="primary-nav-item "><a
     …  href="https://www.mdanderson.org/for-physicians.html"><span>For Physicians</span></a>
118131  </li>
118132  <li class="primary-nav-item "><a
     …  href="https://www.mdanderson.org/education-and-research/education-and-training/index.
     …  html"><span>Academics &amp; Training</span></a>
118133  </li>
118134  <li class="primary-nav-item "><a
     …  href="https://www.mdanderson.org/education-and-research/research-at-md-anderson/index
```

```
118134…  .html"><span>Research</span></a>
118135  </li>
118136  </ul>
118137  <ul class="primary-nav-list " id="nav_for-physicians">
118138  <div class="sub-nav-wrapper"></div>
118139  <li class="primary-nav-item mobile-topnav-home"><a
        href="https://www.mdanderson.org/for-physicians.html">For Physicians Home</a></li>
118140  <li class="primary-nav-item has-subnav"><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient.html"><span>Refer a
   …    Patient</span></a>
118141  <div class="subnav-mask">
118142  <div class="subnav-wrapper">
118143  <div class="subnav col10 pad">
118144  <section class="nested">
118145  <div class="col4 section-teaser">
118146  <figure>
118147  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118148  <source
   …    srcset="/content/mda/en/for-physicians/refer-a-patient/_jcr_content/image.resize.880.
   …    300.high.png 2x,
   …    /content/mda/en/for-physicians/refer-a-patient/_jcr_content/image.resize.390.150.high
   …    .png 1x" alt="Refer a patient" media="(min-width: 993px)"/>
118149  <!--[if IE 9]></video><![endif]-->
118150  <img
   …    srcset="/content/mda/en/for-physicians/refer-a-patient/_jcr_content/image.resize.390.
   …    150.high.png 2x" alt="Refer a patient"
   …    src="/content/mda/en/for-physicians/refer-a-patient/_jcr_content/ximage.resize.jpg.
   …    pagespeed.ic.ZdSPo48BXW.jpg">
118151  </picture>
118152  </figure>
118153  <h4>Refer a Patient</h4>
118154  <p>Find information about the patient referral process at MD Anderson.</p>
118155  <a href="https://www.mdanderson.org/for-physicians/refer-a-patient.html"><span>Learn
   …    more</span></a>
118156  </div>
118157  <div class="col4">
118158  <nav class="secondary">
118159  <ul>
118160  <li class="mobile-nav-back"><a href="#" aria-label="Back to For Physicians"><span>For
   …    Physicians</span></a></li>
118161  <li class="mobile-nav-home"><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient.html"><span>Refer a
   …    Patient Home</span></a></li>
118162  <li><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient/mymdanderson-for-
   …    physicians.html"><span>myMDAnderson for Physicians</span></a></li>
118163  <li><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient/insurance-information
   …    .html"><span>Insurance Information</span></a></li>
118164  <li><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient/international-
   …    referrals.html"><span>International Referrals</span></a></li>
118165  <li><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient/physician-access-
   …    center.html"><span>Physician Access Center</span></a></li>
118166  </ul>
118167  </nav>
118168  </div>
118169  <div class="col4 last">
118170  <nav class="secondary">
118171  <ul>
118172  <li><a
   …    href="https://www.mdanderson.org/for-physicians/refer-a-patient/second-opinion-
   …    pathology.html"><span>Second Opinion Pathology</span></a></li>
118173  </ul>
118174  </nav>
118175  </div>
118176  </section>
```

```
118177  </div>
118178  </div>
118179  </div></li>
118180  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/for-physicians/clinical-trials.html"><span>Clinical
    …   Trials</span></a>
118181  <div class="subnav-mask">
118182  <div class="subnav-wrapper">
118183  <div class="subnav col10 pad">
118184  <section class="nested">
118185  <div class="col4 section-teaser">
118186  <figure>
118187  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118188  <source
    …   srcset="/content/mda/en/for-physicians/clinical-trials/_jcr_content/image.resize.880.
    …   300.high.png 2x,
    …   /content/mda/en/for-physicians/clinical-trials/_jcr_content/image.resize.390.150.high
    …   .png 1x" alt="Clinical Trials" media="(min-width: 993px)"/>
118189  <!--[if IE 9]></video><![endif]-->
118190  <img
    …   srcset="/content/mda/en/for-physicians/clinical-trials/_jcr_content/image.resize.390.
    …   150.high.png 2x" alt="Clinical Trials"
    …   src="/content/mda/en/for-physicians/clinical-trials/_jcr_content/ximage.resize.jpg.
    …   pagespeed.ic.R55ukewuDC.jpg">
118191  </picture>
118192  </figure>
118193  <h4>Clinical Trials</h4>
118194  <p>MD Anderson offers more than 1,000 clinical trials. Find the right one
118195  for your patient.</p>
118196  <a href="https://www.mdanderson.org/for-physicians/clinical-trials.html"
    …   target="_self"><span>Learn more</span></a>
118197  </div>
118198  <div class="col4">
118199  <nav class="secondary">
118200  <ul>
118201  <li class="mobile-nav-back"><a href="#" aria-label="Back to For Physicians"><span>For
    …   Physicians</span></a></li>
118202  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/for-physicians/clinical-trials.html"><span>Clinical
    …   Trials Home</span></a></li>
118203  </ul>
118204  </nav>
118205  </div>
118206  <div class="col4 last">
118207  <nav class="secondary">
118208  </nav>
118209  </div>
118210  </section>
118211  </div>
118212  </div>
118213  </div></li>
118214  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/for-physicians/connect-with-us.html"><span>Connect
    …   with Us</span></a>
118215  <div class="subnav-mask">
118216  <div class="subnav-wrapper">
118217  <div class="subnav col10 pad">
118218  <section class="nested">
118219  <div class="col4 section-teaser">
118220  <figure>
118221  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118222  <source
    …   srcset="/content/mda/en/for-physicians/connect-with-us/_jcr_content/image.resize.880.
    …   300.high.png 2x,
    …   /content/mda/en/for-physicians/connect-with-us/_jcr_content/image.resize.390.150.high
    …   .png 1x" alt="Connect With Us" media="(min-width: 993px)"/>
118223  <!--[if IE 9]></video><![endif]-->
118224  <img
```

```
118224…  srcset="/content/mda/en/for-physicians/connect-with-us/_jcr_content/image.resize.390.
    …     150.high.png 2x" alt="Connect With Us"
    …     src="/content/mda/en/for-physicians/connect-with-us/_jcr_content/ximage.resize.jpg.
    …     pagespeed.ic.kYUak9mdTP.jpg">
118225  </picture>
118226  </figure>
118227  <h4>Connect With Us</h4>
118228  <p>Find contact information at MD Anderson.</p>
118229  <a href="https://www.mdanderson.org/for-physicians/connect-with-us.html"><span>Learn
    …     more</span></a>
118230  </div>
118231  <div class="col4">
118232  <nav class="secondary">
118233  <ul>
118234  <li class="mobile-nav-back"><a href="#" aria-label="Back to For Physicians"><span>For
    …     Physicians</span></a></li>
118235  <li class="mobile-nav-home"><a
    …     href="https://www.mdanderson.org/for-physicians/connect-with-us.html"><span>Connect
    …     with Us Home</span></a></li>
118236  <li><a
    …     href="https://www.mdanderson.org/for-physicians/connect-with-us/physician-advisory-
    …     board.html"><span>Physician Advisory Board</span></a></li>
118237  <li><a
    …     href="https://www.mdanderson.org/for-physicians/connect-with-us/physician-liaisons.
    …     html"><span>Physician Liaison Program</span></a></li>
118238  </ul>
118239  </nav>
118240  </div>
118241  <div class="col4 last">
118242  <nav class="secondary">
118243  </nav>
118244  </div>
118245  </section>
118246  </div>
118247  </div>
118248  </div></li>
118249  </ul>
118250  <ul class="primary-nav-list " id="nav_about-md-anderson">
118251  <div class="sub-nav-wrapper"></div>
118252  <li class="primary-nav-item mobile-topnav-home"><a
    …     href="https://www.mdanderson.org/about-md-anderson.html">About MD Anderson
    …     Home</a></li>
118253  <li class="primary-nav-item has-subnav"><a
    …     href="https://www.mdanderson.org/about-md-anderson/facts-history.html"><span>Facts
    …     &amp; History</span></a>
118254  <div class="subnav-mask">
118255  <div class="subnav-wrapper">
118256  <div class="subnav col10 pad">
118257  <section class="nested">
118258  <div class="col4 section-teaser">
118259  <figure>
118260  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118261  <source
    …     srcset="/content/mda/en/about-md-anderson/facts-history/_jcr_content/image.resize.880
    …     .300.high.png 2x,
    …     /content/mda/en/about-md-anderson/facts-history/_jcr_content/image.resize.390.150.
    …     high.png 1x" alt="Moon Shots Program" media="(min-width: 993px)"/>
118262  <!--[if IE 9]></video><![endif]-->
118263  <img
    …     srcset="/content/mda/en/about-md-anderson/facts-history/_jcr_content/image.resize.390
    …     .150.high.png 2x" alt="Moon Shots Program"
    …     src="/content/mda/en/about-md-anderson/facts-history/_jcr_content/ximage.resize.jpg.
    …     pagespeed.ic.SdqTfuPveS.jpg">
118264  </picture>
118265  </figure>
118266  <h4>Facts &amp; History</h4>
118267  <p>Meet our leaders, read our institutional profile and learn how our
118268  history is shaping your future.</p>
```

```
118269  <a href="https://www.mdanderson.org/about-md-anderson/facts-history.html"
    …   target="_self"><span>Learn more</span></a>
118270  </div>
118271  <div class="col4">
118272  <nav class="secondary">
118273  <ul>
118274  <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
    …   Anderson"><span>About MD Anderson</span></a></li>
118275  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history.html"><span>Facts
    …   &amp; History Home</span></a></li>
118276  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/shared-governance-
    …   committee.html"><span>Shared Governance Committee</span></a></li>
118277  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/president-ronald-
    …   depinho.html"><span>President Ronald DePinho, M.D.</span></a></li>
118278  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/institutional-
    …   profile.html"><span>Institutional Profile</span></a></li>
118279  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/moon-shots-program.
    …   html"><span>Moon Shots Program</span></a></li>
118280  </ul>
118281  </nav>
118282  </div>
118283  <div class="col4 last">
118284  <nav class="secondary">
118285  <ul>
118286  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/joint-commission-
    …   survey.html"><span>Joint Commission Survey</span></a></li>
118287  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/who-was-md-anderson.
    …   html"><span>Who Was MD Anderson</span></a></li>
118288  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/past-presidents.html
    …   "><span>Past Presidents</span></a></li>
118289  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/facts-history/u-t-system-reports.
    …   html"><span>UT System Reports</span></a></li>
118290  </ul>
118291  </nav>
118292  </div>
118293  </section>
118294  </div>
118295  </div>
118296  </div></li>
118297  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/about-md-anderson/our-locations.html"><span>Our
    …   Locations</span></a>
118298  <div class="subnav-mask">
118299  <div class="subnav-wrapper">
118300  <div class="subnav col10 pad">
118301  <section class="nested">
118302  <div class="col4 section-teaser">
118303  <figure>
118304  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118305  <source
    …   srcset="/content/mda/en/about-md-anderson/our-locations/_jcr_content/image.resize.880
    …   .300.high.png 2x,
    …   /content/mda/en/about-md-anderson/our-locations/_jcr_content/image.resize.390.150.
    …   high.png 1x" alt="Katy location" media="(min-width: 993px)"/>
118306  <!--[if IE 9]></video><![endif]-->
118307  <img
    …   srcset="/content/mda/en/about-md-anderson/our-locations/_jcr_content/image.resize.390
    …   .150.high.png 2x" alt="Katy location"
    …   src="/content/mda/en/about-md-anderson/our-locations/_jcr_content/ximage.resize.jpg.
```

```
118307…  pagespeed.ic.2_SAByMsBB.jpg">
118308  </picture>
118309  </figure>
118310  <h4>Our Locations</h4>
118311  <p>Learn about our Houston-area locations and the hospitals in the United
118312  States and abroad that are in the MD Anderson Cancer Network.</p>
118313  <a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
    …  target="_self"><span>Learn more</span></a>
118314  </div>
118315  <div class="col4">
118316  <nav class="secondary">
118317  <ul>
118318  <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
    …  Anderson"><span>About MD Anderson</span></a></li>
118319  <li class="mobile-nav-home"><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations.html"><span>Our
    …  Locations Home</span></a></li>
118320  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/texas-medical-center
    …  .html"><span>Texas Medical Center</span></a></li>
118321  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/bay-area.html"><span
    …  >MD Anderson in the Bay Area</span></a></li>
118322  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/katy.html"><span>MD
    …  Anderson in Katy</span></a></li>
118323  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/memorial-city.html">
    …  <span>MD Anderson in Memorial City</span></a></li>
118324  </ul>
118325  </nav>
118326  </div>
118327  <div class="col4 last">
118328  <nav class="secondary">
118329  <ul>
118330  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/sugar-land.html"><
    …  span>MD Anderson in Sugar Land</span></a></li>
118331  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/the-woodlands.html">
    …  <span>MD Anderson in The Woodlands</span></a></li>
118332  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/diagnostic-imaging-
    …  clinics.html"><span>Diagnostic Imaging Clinics</span></a></li>
118333  <li><a
    …  href="https://www.mdanderson.org/about-md-anderson/our-locations/md-anderson-cancer-
    …  network.html"><span>MD Anderson Cancer Network</span></a></li>
118334  </ul>
118335  </nav>
118336  </div>
118337  </section>
118338  </div>
118339  </div>
118340  </div></li>
118341  <li class="primary-nav-item has-subnav"><a
    …  href="https://www.mdanderson.org/about-md-anderson/contact-us.html"><span>Contact
    …  Us</span></a>
118342  <div class="subnav-mask">
118343  <div class="subnav-wrapper">
118344  <div class="subnav col10 pad">
118345  <section class="nested">
118346  <div class="col4 section-teaser">
118347  <figure>
118348  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118349  <source
    …  srcset="/content/mda/en/about-md-anderson/contact-us/_jcr_content/image.resize.880.
    …  300.high.png 2x,
    …  /content/mda/en/about-md-anderson/contact-us/_jcr_content/image.resize.390.150.high.
```

```
118349… png 1x" media="(min-width: 993px)"/>
118350 <!--[if IE 9]></video><![endif]-->
118351 <img
   … srcset="/content/mda/en/about-md-anderson/contact-us/_jcr_content/image.resize.390.
   … 150.high.png 2x" alt=""
   … src="/content/mda/en/about-md-anderson/contact-us/_jcr_content/ximage.resize.jpg.
   … pagespeed.ic.3SETsnsG6e.jpg">
118352 </picture>
118353 </figure>
118354 <h4>Contact Us</h4>
118355 <p>Have questions or comments? Call or email us. Be sure to also connect
118356 with us on social media.</p>
118357 <a href="https://www.mdanderson.org/about-md-anderson/contact-us.html"
   … target="_self"><span>Learn more</span></a>
118358 </div>
118359 <div class="col4">
118360 <nav class="secondary">
118361 <ul>
118362 <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
   … Anderson"><span>About MD Anderson</span></a></li>
118363 <li class="mobile-nav-home"><a
   … href="https://www.mdanderson.org/about-md-anderson/contact-us.html"><span>Contact Us
   … Home</span></a></li>
118364 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/contact-us/askmdanderson.html"><
   … span>askMDAnderson</span></a></li>
118365 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/contact-us/social-media.html"><
   … span>Social Media</span></a></li>
118366 </ul>
118367 </nav>
118368 </div>
118369 <div class="col4 last">
118370 <nav class="secondary">
118371 </nav>
118372 </div>
118373 </section>
118374 </div>
118375 </div>
118376 </div></li>
118377 <li class="primary-nav-item has-subnav"><a
   … href="https://www.mdanderson.org/about-md-anderson/careers.html"><span>Careers</span>
   … </a>
118378 <div class="subnav-mask">
118379 <div class="subnav-wrapper">
118380 <div class="subnav col10 pad">
118381 <section class="nested">
118382 <div class="col4 section-teaser">
118383 <figure>
118384 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118385 <source
   … srcset="/content/mda/en/about-md-anderson/careers/_jcr_content/image.resize.880.300.
   … high.png 2x,
   … /content/mda/en/about-md-anderson/careers/_jcr_content/image.resize.390.150.high.png
   … 1x" media="(min-width: 993px)"/>
118386 <!--[if IE 9]></video><![endif]-->
118387 <img
   … srcset="/content/mda/en/about-md-anderson/careers/_jcr_content/image.resize.390.150.
   … high.png 2x" alt=""
   … src="/content/mda/en/about-md-anderson/careers/_jcr_content/ximage.resize.jpg.
   … pagespeed.ic.HvJS7VMwkU.jpg">
118388 </picture>
118389 </figure>
118390 <h4>Careers</h4>
118391 <p>Whether you're in the clinic or the laboratory, the office or out in the
118392 community, there's a place for you as we work to eliminate cancer.</p>
118393 <a href="https://www.mdanderson.org/about-md-anderson/careers.html"
   … target="_self"><span>Learn more</span></a>
```

```
118394  </div>
118395  <div class="col4">
118396  <nav class="secondary">
118397  <ul>
118398  <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
    …   Anderson"><span>About MD Anderson</span></a></li>
118399  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers.html"><span>Careers
    …   Home</span></a></li>
118400  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/career-opportunities.html"
    …   ><span>Career Opportunities</span></a></li>
118401  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/faculty-careers-at-md-
    …   anderson.html"><span>Faculty Careers at MD Anderson</span></a></li>
118402  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/executive-administration.
    …   html"><span>Executive Administration</span></a></li>
118403  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/how-to-apply.html"><span>
    …   How to Apply</span></a></li>
118404  </ul>
118405  </nav>
118406  </div>
118407  <div class="col4 last">
118408  <nav class="secondary">
118409  <ul>
118410  <li><a href="https://www.mdanderson.org/about-md-anderson/careers/benefits.html"><span>
    …   Employee Benefits</span></a></li>
118411  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/diversity-and-inclusion.
    …   html"><span>Diversity &amp; Inclusion</span></a></li>
118412  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/careers/living-and-working-in-
    …   houston.html"><span>Living and Working in Houston</span></a></li>
118413  </ul>
118414  </nav>
118415  </div>
118416  </section>
118417  </div>
118418  </div>
118419  </div></li>
118420  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/about-md-anderson/finding-your-way-around.html"><
    …   span>Finding Your Way Around</span></a>
118421  <div class="subnav-mask">
118422  <div class="subnav-wrapper">
118423  <div class="subnav col10 pad">
118424  <section class="nested">
118425  <div class="col4 section-teaser">
118426  <figure>
118427  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118428  <source
    …   srcset="/content/mda/en/about-md-anderson/finding-your-way-around/_jcr_content/image.
    …   resize.880.300.high.png 2x,
    …   /content/mda/en/about-md-anderson/finding-your-way-around/_jcr_content/image.resize.
    …   390.150.high.png 1x" media="(min-width: 993px)"/>
118429  <!--[if IE 9]></video><![endif]-->
118430  <img
    …   srcset="/content/mda/en/about-md-anderson/finding-your-way-around/_jcr_content/image.
    …   resize.390.150.high.png 2x" alt=""
    …   src="/content/mda/en/about-md-anderson/finding-your-way-around/_jcr_content/ximage.
    …   resize.jpg.pagespeed.ic.HVi6MATE2s.jpg">
118431  </picture>
118432  </figure>
118433  <h4>Finding Your Way Around</h4>
118434  <p>Navigating our Texas Medical Center campus can be overwhelming, but we
```

```
118435  have tips to help you get where you need to go with ease.</p>
118436  <a href="https://www.mdanderson.org/about-md-anderson/finding-your-way-around.html"
    …   target="_self"><span>Learn more</span></a>
118437  </div>
118438  <div class="col4">
118439  <nav class="secondary">
118440  <ul>
118441  <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
    …   Anderson"><span>About MD Anderson</span></a></li>
118442  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/about-md-anderson/finding-your-way-around.html"><
    …   span>Finding Your Way Around Home</span></a></li>
118443  </ul>
118444  </nav>
118445  </div>
118446  <div class="col4 last">
118447  <nav class="secondary">
118448  </nav>
118449  </div>
118450  </section>
118451  </div>
118452  </div>
118453  </div></li>
118454  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal.html"><span>
    …   Business &amp; Legal</span></a>
118455  <div class="subnav-mask">
118456  <div class="subnav-wrapper">
118457  <div class="subnav col10 pad">
118458  <section class="nested">
118459  <div class="col4 section-teaser">
118460  <figure>
118461  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118462  <source
    …   srcset="/content/mda/en/about-md-anderson/business-legal/_jcr_content/image.resize.
    …   880.300.high.png 2x,
    …   /content/mda/en/about-md-anderson/business-legal/_jcr_content/image.resize.390.150.
    …   high.png 1x" media="(min-width: 993px)"/>
118463  <!--[if IE 9]></video><![endif]-->
118464  <img
    …   srcset="/content/mda/en/about-md-anderson/business-legal/_jcr_content/image.resize.
    …   390.150.high.png 2x" alt=""
    …   src="/content/mda/en/about-md-anderson/business-legal/_jcr_content/ximage.resize.jpg.
    …   pagespeed.ic.s1QBmZEe4L.jpg">
118465  </picture>
118466  </figure>
118467  <h4>Business &amp; Legal</h4>
118468  <p>Want to do business with us? Find out how. You can also view our code of
118469  ethics, institutional policies and more.</p>
118470  <a href="https://www.mdanderson.org/about-md-anderson/business-legal.html"
    …   target="_self"><span>Learn more</span></a>
118471  </div>
118472  <div class="col4">
118473  <nav class="secondary">
118474  <ul>
118475  <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
    …   Anderson"><span>About MD Anderson</span></a></li>
118476  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal.html"><span>
    …   Business &amp; Legal Home</span></a></li>
118477  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy.
    …   html"><span>Legal and Policy</span></a></li>
118478  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal/conflict-of-
    …   interest.html"><span>Conflict of Interest</span></a></li>
118479  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal/compliance-program.
```

```
118479… html"><span>Compliance Program</span></a></li>
118480 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/business-legal/doing-business.html
   … "><span>Doing Business</span></a></li>
118481 </ul>
118482 </nav>
118483 </div>
118484 <div class="col4 last">
118485 <nav class="secondary">
118486 <ul>
118487 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/business-legal/code-of-ethics.html
   … "><span>Code of Ethics</span></a></li>
118488 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/business-legal/office-of-health-
   … policy.html"><span>Office of Health Policy</span></a></li>
118489 </ul>
118490 </nav>
118491 </div>
118492 </section>
118493 </div>
118494 </div>
118495 </div></li>
118496 <li class="primary-nav-item has-subnav"><a
   … href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"><span>
   … Employee Resources</span></a>
118497 <div class="subnav-mask">
118498 <div class="subnav-wrapper">
118499 <div class="subnav col10 pad">
118500 <section class="nested">
118501 <div class="col4 section-teaser">
118502 <figure>
118503 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118504 <source
   … srcset="/content/mda/en/about-md-anderson/employee-resources/_jcr_content/image.
   … resize.880.300.high.png 2x,
   … /content/mda/en/about-md-anderson/employee-resources/_jcr_content/image.resize.390.
   … 150.high.png 1x" media="(min-width: 993px)"/>
118505 <!--[if IE 9]></video><![endif]-->
118506 <img
   … srcset="/content/mda/en/about-md-anderson/employee-resources/_jcr_content/image.
   … resize.390.150.high.png 2x" alt=""
   … src="/content/mda/en/about-md-anderson/employee-resources/_jcr_content/ximage.resize.
   … jpg.pagespeed.ic.k--WmAEuy-.jpg">
118507 </picture>
118508 </figure>
118509 <h4>Employee Resources</h4>
118510 <p>Learn about benefits, retirement, how to gain remote access and more.</p>
118511 <a href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"
   … target="_self"><span>Learn more</span></a>
118512 </div>
118513 <div class="col4">
118514 <nav class="secondary">
118515 <ul>
118516 <li class="mobile-nav-back"><a href="#" aria-label="Back to About MD
   … Anderson">About MD Anderson</span></a></li>
118517 <li class="mobile-nav-home"><a
   … href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"><span>
   … Employee Resources Home</span></a></li>
118518 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/employee-resources/anti-virus-
   … software.html"><span>Antivirus Software</span></a></li>
118519 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/employee-resources/box-cloud-
   … storage.html"><span>Box Cloud Storage</span></a></li>
118520 <li><a
   … href="https://www.mdanderson.org/about-md-anderson/employee-resources/employee-
   … benefits.html"><span>Employee Benefits</span></a></li>
```

```
118521  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/employee-resources/employee-
    …   discounts.html"><span>Employee Discounts</span></a></li>
118522  </ul>
118523  </nav>
118524  </div>
118525  <div class="col4 last">
118526  <nav class="secondary">
118527  <ul>
118528  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/employee-resources/ombuds-office.
    …   html"><span>Ombuds Office</span></a></li>
118529  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/employee-resources/retirement.html
    …   "><span>Retirement</span></a></li>
118530  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/employee-resources/web-access.html
    …   "><span>Web Access</span></a></li>
118531  </ul>
118532  </nav>
118533  </div>
118534  </section>
118535  </div>
118536  </div>
118537  </div></li>
118538  </ul>
118539  <ul class="primary-nav-list " id="nav_publications">
118540  <div class="sub-nav-wrapper"></div>
118541  <li class="primary-nav-item mobile-topnav-home"><a
    …   href="https://www.mdanderson.org/publications.html">Publications Home</a></li>
118542  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/publications/annual-report.html"><span>Annual
    …   Report</span></a>
118543  <div class="subnav-mask">
118544  <div class="subnav-wrapper">
118545  <div class="subnav col10 pad">
118546  <section class="nested">
118547  <div class="col4 section-teaser">
118548  <figure>
118549  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118550  <source
    …   srcset="/content/mda/en/publications/annual-report/_jcr_content/image.resize.880.300.
    …   high.png 2x,
    …   /content/mda/en/publications/annual-report/_jcr_content/image.resize.390.150.high.png
    …   1x" media="(min-width: 993px)"/>
118551  <!--[if IE 9]></video><![endif]-->
118552  <img
    …   srcset="/content/mda/en/publications/annual-report/_jcr_content/image.resize.390.150.
    …   high.png 2x" alt=""
    …   src="/content/mda/en/publications/annual-report/_jcr_content/ximage.resize.jpg.
    …   pagespeed.ic.5GHeNYaCBU.jpg">
118553  </picture>
118554  </figure>
118555  <h4></h4>
118556  <p></p>
118557  <a><span></span></a>
118558  </div>
118559  <div class="col4">
118560  <nav class="secondary">
118561  <ul>
118562  <li class="mobile-nav-back"><a href="#" aria-label="Back to
    …   Publications"><span>Publications</span></a></li>
118563  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/publications/annual-report.html"><span>Annual Report
    …   Home</span></a></li>
118564  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2015.html">
    …   <span>Annual Report 2015</span></a></li>
```

```
118565  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2014.html">
    …   <span>Annual Report 2014</span></a></li>
118566  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2013.html">
    …   <span>Annual Report 2013</span></a></li>
118567  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2012.html">
    …   <span>Annual Report 2012</span></a></li>
118568  </ul>
118569  </nav>
118570  </div>
118571  <div class="col4 last">
118572  <nav class="secondary">
118573  <ul>
118574  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2011.html">
    …   <span>Annual Report 2011</span></a></li>
118575  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2010.html">
    …   <span>Annual Report 2010</span></a></li>
118576  <li><a
    …   href="https://www.mdanderson.org/publications/annual-report/annual-report-2009.html">
    …   <span>Annual Report 2009</span></a></li>
118577  </ul>
118578  </nav>
118579  </div>
118580  </section>
118581  </div>
118582  </div>
118583  </div></li>
118584  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/publications/cancerwise.html"><span>Cancerwise</span
    …   ></a>
118585  <div class="subnav-mask">
118586  <div class="subnav-wrapper">
118587  <div class="subnav col10 pad">
118588  <section class="nested">
118589  <div class="col4 section-teaser">
118590  <figure>
118591  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118592  <source
    …   srcset="/content/mda/en/publications/cancerwise/_jcr_content/image.resize.880.300.
    …   high.png 2x,
    …   /content/mda/en/publications/cancerwise/_jcr_content/image.resize.390.150.high.png
    …   1x" media="(min-width: 993px)"/>
118593  <!--[if IE 9]></video><![endif]-->
118594  <img
    …   srcset="/content/mda/en/publications/cancerwise/_jcr_content/image.resize.390.150.
    …   high.png 2x" alt=""
    …   src="/content/mda/en/publications/cancerwise/_jcr_content/ximage.resize.jpg.pagespeed
    …   .ic.Yao8SoLL2D.jpg">
118595  </picture>
118596  </figure>
118597  <h4></h4>
118598  <p></p>
118599  <a><span></span></a>
118600  </div>
118601  <div class="col4">
118602  <nav class="secondary">
118603  <ul>
118604  <li class="mobile-nav-back"><a href="#" aria-label="Back to
    …   Publications"><span>Publications</span></a></li>
118605  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/publications/cancerwise.html"><span>Cancerwise
    …   Home</span></a></li>
118606  <li><a
    …   href="https://www.mdanderson.org/publications/cancerwise/2016.html"><span>2016</span>
```

```
118606…    </a></li>
118607     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2015.html"><span>2015</span>
…          </a></li>
118608     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2014.html"><span>2014</span>
…          </a></li>
118609     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2013.html"><span>2013</span>
…          </a></li>
118610     </ul>
118611     </nav>
118612     </div>
118613     <div class="col4 last">
118614     <nav class="secondary">
118615     <ul>
118616     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2012.html"><span>2012</span>
…          </a></li>
118617     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2011.html"><span>2011</span>
…          </a></li>
118618     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2010.html"><span>2010</span>
…          </a></li>
118619     <li><a
…          href="https://www.mdanderson.org/publications/cancerwise/2009.html"><span>2009</span>
…          </a></li>
118620     </ul>
118621     </nav>
118622     </div>
118623     </section>
118624     </div>
118625     </div>
118626     </div></li>
118627     <li class="primary-nav-item has-subnav"><a
…          href="https://www.mdanderson.org/publications/conquest.html"><span>Conquest</span></a
…          >
118628     <div class="subnav-mask">
118629     <div class="subnav-wrapper">
118630     <div class="subnav col10 pad">
118631     <section class="nested">
118632     <div class="col4 section-teaser">
118633     <figure>
118634     <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118635     <source
…          srcset="/content/mda/en/publications/conquest/_jcr_content/image.resize.880.300.high.
…          png 2x,
…          /content/mda/en/publications/conquest/_jcr_content/image.resize.390.150.high.png 1x"
…          media="(min-width: 993px)"/>
118636     <!--[if IE 9]></video><![endif]-->
118637     <img
…          srcset="/content/mda/en/publications/conquest/_jcr_content/image.resize.390.150.high.
…          png 2x" alt=""
…          src="/content/mda/en/publications/conquest/_jcr_content/ximage.resize.jpg.pagespeed.
…          ic.pUWUhtGlDm.jpg">
118638     </picture>
118639     </figure>
118640     <h4></h4>
118641     <p></p>
118642     <a><span></span></a>
118643     </div>
118644     <div class="col4">
118645     <nav class="secondary">
118646     <ul>
118647     <li class="mobile-nav-back"><a href="#" aria-label="Back to
…          Publications"><span>Publications</span></a></li>
118648     <li class="mobile-nav-home"><a
```

```
118648   href="https://www.mdanderson.org/publications/conquest.html"><span>Conquest
  …      Home</span></a></li>
118649   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/conquest-spring-2016.html"><
  …      span>Spring 2016</span></a></li>
118650   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/conquest-fall-2015.html"><span
  …      >Fall 2015</span></a></li>
118651   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/summer-2015.html"><span>Summer
  …      2015</span></a></li>
118652   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/spring-2015.html"><span>Spring
  …      2015</span></a></li>
118653   </ul>
118654   </nav>
118655   </div>
118656   <div class="col4 last">
118657   <nav class="secondary">
118658   <ul>
118659   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/fall-2014.html"><span>Fall
  …      2014</span></a></li>
118660   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/summer-2014.html"><span>Summer
  …      2014</span></a></li>
118661   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/spring-2014.html"><span>Spring
  …      2014</span></a></li>
118662   <li><a
  …      href="https://www.mdanderson.org/publications/conquest/fall-2013.html"><span>Fall
  …      2013</span></a></li>
118663   </ul>
118664   </nav>
118665   </div>
118666   </section>
118667   </div>
118668   </div>
118669   </div></li>
118670   <li class="primary-nav-item has-subnav"><a
  …      href="https://www.mdanderson.org/publications/focused-on-health.html"><span>Focused
  …      on Health</span></a>
118671   <div class="subnav-mask">
118672   <div class="subnav-wrapper">
118673   <div class="subnav col10 pad">
118674   <section class="nested">
118675   <div class="col4 section-teaser">
118676   <figure>
118677   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118678   <source
  …      srcset="/content/mda/en/publications/focused-on-health/_jcr_content/image.resize.880.
  …      300.high.png 2x,
  …      /content/mda/en/publications/focused-on-health/_jcr_content/image.resize.390.150.high
  …      .png 1x" media="(min-width: 993px)"/>
118679   <!--[if IE 9]></video><![endif]-->
118680   <img
  …      srcset="/content/mda/en/publications/focused-on-health/_jcr_content/image.resize.390.
  …      150.high.png 2x" alt=""
  …      src="/content/mda/en/publications/focused-on-health/_jcr_content/ximage.resize.jpg.
  …      pagespeed.ic.F_-r_7gdo_.jpg">
118681   </picture>
118682   </figure>
118683   <h4></h4>
118684   <p></p>
118685   <a><span></span></a>
118686   </div>
118687   <div class="col4">
118688   <nav class="secondary">
```

```
118689  <ul>
118690  <li class="mobile-nav-back"><a href="#" aria-label="Back to
        Publications"><span>Publications</span></a></li>
118691  <li class="mobile-nav-home"><a
        href="https://www.mdanderson.org/publications/focused-on-health.html"><span>Focused
        on Health Home</span></a></li>
118692  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/June2016.html"><span>
        June 2016</span></a></li>
118693  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/May2016.html"><span>
        May 2016</span></a></li>
118694  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/April2016.html"><span
        >April 2016</span></a></li>
118695  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/march-2016.html"><
        span>March 2016</span></a></li>
118696  </ul>
118697  </nav>
118698  </div>
118699  <div class="col4 last">
118700  <nav class="secondary">
118701  <ul>
118702  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/february-2016.html"><
        span>February 2016</span></a></li>
118703  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/january-2016.html"><
        span>January 2016</span></a></li>
118704  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/december-2015.html"><
        span>December 2015</span></a></li>
118705  <li><a
        href="https://www.mdanderson.org/publications/focused-on-health/november-2015.html"><
        span>November 2015</span></a></li>
118706  </ul>
118707  </nav>
118708  </div>
118709  </section>
118710  </div>
118711  </div>
118712  </div></li>
118713  <li class="primary-nav-item has-subnav"><a
        href="https://www.mdanderson.org/publications/oncolog.html"><span>OncoLog</span></a>
118714  <div class="subnav-mask"></div>
118715  <div class="subnav-wrapper">
118716  <div class="subnav col10 pad">
118717  <section class="nested">
118718  <div class="col4 section-teaser">
118719  <figure>
118720  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118721  <source
        srcset="/content/mda/en/publications/oncolog/_jcr_content/image.resize.880.300.high.
        png 2x,
        /content/mda/en/publications/oncolog/_jcr_content/image.resize.390.150.high.png 1x"
        media="(min-width: 993px)"/>
118722  <!--[if IE 9]></video><![endif]-->
118723  <img
        srcset="/content/mda/en/publications/oncolog/_jcr_content/image.resize.390.150.high.
        png 2x" alt=""
        src="/content/mda/en/publications/oncolog/_jcr_content/ximage.resize.jpg.pagespeed.ic
        .6_apQfL8Mg.jpg">
118724  </picture>
118725  </figure>
118726  <h4></h4>
118727  <p></p>
118728  <a><span></span></a>
```

```
118729  </div>
118730  <div class="col4">
118731  <nav class="secondary">
118732  <ul>
118733  <li class="mobile-nav-back"><a href="#" aria-label="Back to
        Publications"><span>Publications</span></a></li>
118734  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/publications/oncolog.html"><span>OncoLog
        Home</span></a></li>
118735  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/july-2016.html"><span>July
    …   2016</span></a></li>
118736  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/june-2016.html"><span>June
    …   2016</span></a></li>
118737  <li><a href="https://www.mdanderson.org/publications/oncolog/may-2016.html"><span>May
    …   2016</span></a></li>
118738  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/april-2016.html"><span>April
    …   2016</span></a></li>
118739  </ul>
118740  </nav>
118741  </div>
118742  <div class="col4 last">
118743  <nav class="secondary">
118744  <ul>
118745  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/march-2016.html"><span>March
    …   2016</span></a></li>
118746  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/february-2016.html"><span>
    …   February 2016</span></a></li>
118747  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/january-2016.html"><span>
    …   January 2016</span></a></li>
118748  <li><a
    …   href="https://www.mdanderson.org/publications/oncolog/november-december-2015.html"><
    …   span>November-December 2015</span></a></li>
118749  </ul>
118750  </nav>
118751  </div>
118752  </section>
118753  </div>
118754  </div>
118755  </div></li>
118756  <li class="primary-nav-item has-subnav"><a
    …   href="https://www.mdanderson.org/publications/promise.html"><span>Promise</span></a>
118757  <div class="subnav-mask">
118758  <div class="subnav-wrapper">
118759  <div class="subnav col10 pad">
118760  <section class="nested">
118761  <div class="col4 section-teaser">
118762  <figure>
118763  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118764  <source
    …   srcset="/content/mda/en/publications/promise/_jcr_content/image.resize.880.300.high.
    …   png 2x,
    …   /content/mda/en/publications/promise/_jcr_content/image.resize.390.150.high.png 1x"
    …   media="(min-width: 993px)"/>
118765  <!--[if IE 9]></video><![endif]-->
118766  <img
    …   srcset="/content/mda/en/publications/promise/_jcr_content/image.resize.390.150.high.
    …   png 2x" alt=""
    …   src="/content/mda/en/publications/promise/_jcr_content/ximage.resize.jpg.pagespeed.ic
    …   .J8SpI_FMNm.jpg">
118767  </picture>
118768  </figure>
118769  <h4></h4>
```

```
118770  <p></p>
118771  <a><span></span></a>
118772  </div>
118773  <div class="col4">
118774  <nav class="secondary">
118775  <ul>
118776  <li class="mobile-nav-back"><a href="#" aria-label="Back to
    …   Publications"><span>Publications</span></a></li>
118777  <li class="mobile-nav-home"><a
    …   href="https://www.mdanderson.org/publications/promise.html"><span>Promise
    …   Home</span></a></li>
118778  <li><a
    …   href="https://www.mdanderson.org/publications/promise/Spring2016.html"><span>Spring
    …   2016</span></a></li>
118779  <li><a
    …   href="https://www.mdanderson.org/publications/promise/winter-2016.html"><span>Winter
    …   2016</span></a></li>
118780  <li><a
    …   href="https://www.mdanderson.org/publications/promise/fall-2015.html"><span>Fall
    …   2015</span></a></li>
118781  <li><a
    …   href="https://www.mdanderson.org/publications/promise/summer-2015.html"><span>Summer
    …   2015</span></a></li>
118782  </ul>
118783  </nav>
118784  </div>
118785  <div class="col4 last">
118786  <nav class="secondary">
118787  <ul>
118788  <li><a
    …   href="https://www.mdanderson.org/publications/promise/spring-2015.html"><span>Spring
    …   2015</span></a></li>
118789  <li><a
    …   href="https://www.mdanderson.org/publications/promise/winter-2015.html"><span>Winter
    …   2015</span></a></li>
118790  <li><a
    …   href="https://www.mdanderson.org/publications/promise/fall-2014.html"><span>Fall
    …   2014</span></a></li>
118791  <li><a
    …   href="https://www.mdanderson.org/publications/promise/summer-2014.html"><span>Summer
    …   2014</span></a></li>
118792  </ul>
118793  </nav>
118794  </div>
118795  </section>
118796  </div>
118797  </div>
118798  </div></li>
118799  </ul>
118800  <ul class="primary-nav-list " id="nav_newsroom">
118801  <div class="sub-nav-wrapper"></div>
118802  <li class="primary-nav-item "><a
    …   href="https://www.mdanderson.org/newsroom/contact-a-media-specialist.html"><span>
    …   Contact a Media Specialist</span></a>
118803  </li>
118804  <li class="primary-nav-item "><a
    …   href="https://www.mdanderson.org/newsroom/readycam-tv-studio.html"><span>ReadyCam TV
    …   Studio</span></a>
118805  </li>
118806  <li class="primary-nav-item "><a
    …   href="https://www.mdanderson.org/newsroom/broll-footage.html"><span>B-roll
    …   Footage</span></a>
118807  </li>
118808  <li class="primary-nav-item "><a
    …   href="https://www.mdanderson.org/newsroom/embargo-policy.html"><span>Embargo
    …   Policy</span></a>
118809  </li>
118810  <li class="primary-nav-item "><a
```

```
118810…  href="https://www.mdanderson.org/newsroom/media-visitation-policy.html"><span>Media
  …      Visitation Policy</span></a>
118811   </li>
118812   <li class="primary-nav-item "><a
  …      href="https://www.mdanderson.org/newsroom/style-guide.html"><span>Style
  …      Guide</span></a>
118813   </li>
118814   <li class="primary-nav-item "><a
  …      href="https://www.mdanderson.org/newsroom/subscribe.html"><span>Subscribe</span></a>
118815   </li>
118816   </ul>
118817   </nav>
118818   <div>
118819   <div></div>
118820   <div><div></div>
118821   <div id="search-icon-wrapper">
118822   <p class="mdicon-text">Search</p>
118823   <a id="nav-search-toggle" role="button" href="#"><i class="mdicon-search"></i>
118824   <div class="close">
118825   <span>+</span>
118826   </div> </a>
118827   </div>
118828   <div id="nav-search-mask" class="">
118829   <div id="nav-search-wrapper" class="secondaryRed">
118830   <div id="nav-search">
118831   <div class="search-wrapper"
  …      data-searchresultspageurl="/patients-family/search-results.html?q="
  …      data-predictiveurl="/suggest?max=4&amp;site=mda_aem_prod&amp;access=access&amp;format
  …      =rich&amp;client=mda_aem_fe&amp;q=" data-predictivetype="site">
118832   <form class="search-form" id="" name="">
118833   <span class="placeholder"></span> <i class="search-icon fa fa-search"></i> <input
  …      type="text" size="1" class="search-field" value="" placeholder="Search MD Anderson">
  …      <input type="submit" class="form-search-submit mda-btn" value="Go">
118834   </form>
118835   <ul role="listbox" class="search-results"></ul>
118836   </div>
118837   <span class="search-message">Search</span>
118838   <div class="search-options">
118839      
118840   <div class="search-clear">
118841   <a href="#" class="" id="nav-search-clear">Clear</a>
118842   </div>
118843   </div>
118844   </div>
118845   </div>
118846   </div>
118847   </div>
118848   </div>
118849   </div>
118850   </div>
118851   </section>
118852   <div id="skip" class="page" tabindex="-1">
118853   <!--googleon: all-->
118854   <div class="content">
118855   <section class="bleed-full">
118856   <div class="module m-bleed">
118857   <div class="flip-hero">
118858   <div class="flip-row">
118859   <div class="flip-tile patient">
118860   <a
  …      href="https://www.mdanderson.org/publications/cancerwise/2016/04/fertility-and-cancer
  …      .html?intcmp=HPFaces1_TerriWoodard" id="patients_family_flipheroitem_terri_woodard"
  …      target="_self">
118861   <div class="flipper">
118862   <div class="front">
118863   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118864   <source
  …      srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
```

```
118864… /flipheroitem.resize.576.576.high.jpg/1468420839929.jpg 2x,
    … /content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
    … flipheroitem.resize.288.288.high.jpg/1468420839929.jpg 1x" media="(min-width:
    … 993px)"/>
118865 <source
    … srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
    … /flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
118866 <!--[if IE 9]></video><![endif]-->
118867 <img
    … srcset="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys
    … /flipheroitem.resize.640.640.high.jpg/1468420839929.jpg
    … 2x,/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
    … flipheroitem.resize.320.320.high.jpg/1468420839929.jpg 1x" alt=""
    … src="/content/mda/en/lookups/fliphero-lookup/terri-woodard/_jcr_content/mainparsys/
    … xflipheroitem.resize.jpg.pagespeed.ic.7RaySK514E.jpg">
118868 </picture>
118869 </div>
118870 <div class="back">
118871 <div class="inner">
118872 <div class="inner-body">
118873 <i class="mda-icon-support-favorite mda-2x icon"></i>
118874 <p class="title">Terri Woodard</p>
118875 <p class="subtitle">Physician</p>
118876 </div>
118877 </div>
118878 </div>
118879 </div>
118880 </a>
118881 </div>
118882 <div class="flip-tile patient video-hover">
118883 <a href="#flip-hero">
118884 <div class="flipper" id="OybDsj0I114_ref">
118885 <div class="front">
118886 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118887 <source
    … srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … flipheroitem.resize.576.576.high.jpg/1468443735966.jpg 2x,
    … /content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … flipheroitem.resize.288.288.high.jpg/1468443735966.jpg 1x" media="(min-width:
    … 993px)"/>
118888 <source
    … srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
118889 <!--[if IE 9]></video><![endif]-->
118890 <img
    … srcset="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … flipheroitem.resize.640.640.high.jpg/1468443735966.jpg
    … 2x,/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … flipheroitem.resize.320.320.high.jpg/1468443735966.jpg 1x" alt=""
    … src="/content/mda/en/lookups/fliphero-lookup/craig-sager/_jcr_content/mainparsys/
    … xflipheroitem.resize.jpg.pagespeed.ic.2EV0ODExPf.jpg">
118891 </picture>
118892 </div>
118893 <div class="back">
118894 <div class="inner">
118895 <div class="inner-body">
118896 <p class="title">Craig Sager</p>
118897 <p class="subtitle">Survivor</p>
118898 <div id="basic-video-container">
118899 <div class="display-video-content" id="OybDsj0I114">
118900 <!-- video player gets inserted here when media option is click -->
118901 </div>
118902 </div>
118903 <!-- htmlmin:ignore -->
118904 <div
    … data-video-data="{&#34;id&#34;:&#34;OybDsj0I114&#34;,&#34;source&#34;:&#34;youtube&#
    … 34;,&#34;sourceJson&#34;:&#34;null&#34;}" data-video-div="#OybDsj0I114"
    … rel="playContentinDiv" class="video-play-button">
```

```
118905  <!--endanthmin -->
118906  <i class="mdicon-videoplay md-2x" aria-label="Play" role="button"></i>
118907  </div>
118908  </div>
118909  </div>
118910  </div>
118911  </div>
118912  </a>
118913  </div>
118914  <div class="flip-tile patient">
118915  <a
   …    href="https://www.mdanderson.org/publications/cancerwise/2016/03/confronting-ocular-m
   …    .html?intcmp=HPFaces3_BrittaFortson" id="patients_family_flipheroitem_britta_fortson"
   …    target="_self">
118916  <div class="flipper">
118917  <div class="front">
118918  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118919  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/
   …    mainparsys/flipheroitem.resize.576.576.high.jpg/1468420771571.jpg 2x,
   …    /content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/mainparsys/
   …    flipheroitem.resize.288.288.high.jpg/1468420771571.jpg 1x" media="(min-width:
   …    993px)"/>
118920  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/
   …    mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
118921  <!--[if IE 9]></video><![endif]-->
118922  <img
   …    srcset="/content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/
   …    mainparsys/flipheroitem.resize.640.640.high.jpg/1468420771571.jpg
   …    2x,/content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/mainparsys/
   …    flipheroitem.resize.320.320.high.jpg/1468420771571.jpg 1x" alt=""
   …    src="/content/mda/en/lookups/fliphero-lookup/britta-fortson/_jcr_content/mainparsys/
   …    xflipheroitem.resize.jpg.pagespeed.ic.3sN80CJcxf.jpg">
118923  </picture>
118924  </div>
118925  <div class="back">
118926  <div class="inner">
118927  <div class="inner-body">
118928  <i class="mda-icon-support-favorite mda-2x icon"></i>
118929  <p class="title">Britta Fortson</p>
118930  <p class="subtitle">Survivor</p>
118931  </div>
118932  </div>
118933  </div>
118934  </div>
118935  </a>
118936  </div>
118937  <div class="flip-tile patient">
118938  <a
   …    href="https://www.mdanderson.org/publications/conquest/fall-2014/the-giver.html?
   …    intcmp=HPFaces4_ErvinGrice" id="patients_family_flipheroitem_ervin_grice"
   …    target="_self">
118939  <div class="flipper">
118940  <div class="front">
118941  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118942  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …    flipheroitem.resize.576.576.high.jpg/1468420744842.jpg 2x,
   …    /content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …    flipheroitem.resize.288.288.high.jpg/1468420744842.jpg 1x" alt="Ervin Grice"
   …    media="(min-width: 993px)"/>
118943  <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …    flipheroitem.resize.198.198.high.jpg" alt="Ervin Grice" media="(min-width: 753px)"/>
118944  <!--[if IE 9]></video><![endif]-->
118945  <img
   …    srcset="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
```

```
118945… flipheroitem.resize.640.640.high.jpg/1468420744842.jpg
   …    2x,/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …    flipheroitem.resize.320.320.high.jpg/1468420744842.jpg 1x" alt="Ervin Grice"
   …    src="/content/mda/en/lookups/fliphero-lookup/ervin-grice/_jcr_content/mainparsys/
   …    xflipheroitem.resize.jpg.pagespeed.ic.rJuOr4IU75.jpg">
118946 </picture>
118947 </div>
118948 <div class="back">
118949 <div class="inner">
118950 <div class="inner-body">
118951 <i class="mda-icon-support-favorite mda-2x icon"></i>
118952 <p class="title">Ervin Grice</p>
118953 <p class="subtitle">Volunteer &amp; Survivor</p>
118954 </div>
118955 </div>
118956 </div>
118957 </div>
118958 </a>
118959 </div>
118960 <div class="flip-tile patient">
118961 <a
   …    href="https://www.mdanderson.org/publications/cancerwise/2016/03/li-fraumeni-syndrome
   …    .html?intcmp=HPFaces5_LainieJones" id="patients_family_flipheroitem_lainie_jones"
   …    target="_self">
118962 <div class="flipper">
118963 <div class="front">
118964 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
118965 <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    flipheroitem.resize.576.576.high.jpg/1468420707035.jpg 2x,
   …    /content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    flipheroitem.resize.288.288.high.jpg/1468420707035.jpg 1x" media="(min-width:
   …    993px)"/>
118966 <source
   …    srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
118967 <!--[if IE 9]></video><![endif]-->
118968 <img
   …    srcset="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    flipheroitem.resize.640.640.high.jpg/1468420707035.jpg
   …    2x,/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    flipheroitem.resize.320.320.high.jpg/1468420707035.jpg 1x" alt=""
   …    src="/content/mda/en/lookups/fliphero-lookup/lainie-jones/_jcr_content/mainparsys/
   …    xflipheroitem.resize.jpg.pagespeed.ic.QFiSqJz4zq.jpg">
118969 </picture>
118970 </div>
118971 <div class="back">
118972 <div class="inner">
118973 <div class="inner-body">
118974 <i class="mda-icon-support-favorite mda-2x icon"></i>
118975 <p class="title">Lainie Jones</p>
118976 <p class="subtitle">Survivor</p>
118977 </div>
118978 </div>
118979 </div>
118980 </div>
118981 </a>
118982 </div>
118983 </div>
118984 <div class="flip-row">
118985 <div class="flip-tile patient">
118986 <a
   …    href="https://www.mdanderson.org/publications/cancerwise/2016/07/pediatric-cancer-pat
   …    .html?intcmp=HPFaces6_JacobBallard" id="patients_family_flipheroitem_jacob_ballard"
   …    target="_self">
118987 <div class="flipper">
118988 <div class="front">
118989 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
```

```
118990  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys
    …   /flipheroitem.resize.576.576.high.jpg/1468420411313.jpg 2x,
    …   /content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
    …   flipheroitem.resize.288.288.high.jpg/1468420411313.jpg 1x" media="(min-width:
    …   993px)"/>
118991  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys
    …   /flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
118992  <!--[if IE 9]></video><![endif]-->
118993  <img
    …   srcset="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys
    …   /flipheroitem.resize.640.640.high.jpg/1468420411313.jpg
    …   2x,/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
    …   flipheroitem.resize.320.320.high.jpg/1468420411313.jpg 1x" alt=""
    …   src="/content/mda/en/lookups/fliphero-lookup/jacob-ballard/_jcr_content/mainparsys/
    …   xflipheroitem.resize.jpg.pagespeed.ic.FFx_cedauA.jpg">
118994  </picture>
118995  </div>
118996  <div class="back">
118997  <div class="inner">
118998  <div class="inner-body">
118999  <i class="mda-icon-support-favorite mda-2x icon"></i>
119000  <p class="title">Jacob Ballard</p>
119001  <p class="subtitle">Survivor</p>
119002  </div>
119003  </div>
119004  </div>
119005  </div>
119006  </a>
119007  </div>
119008  <div class="flip-tile other">
119009  <a
    …   href="https://www.mdanderson.org/publications/cancerwise/2016/02/nurse--_having-thyro
    …   .html?intcmp=HPFaces7_KarenMaePerdon" aria-label="Karen Mae Perdon - Survivor &amp;
    …   Caregiver" id="patients_family_flipheroitem_karen_mae_perdo" target="_self">
119010  <div class="flipper">
119011  <div class="front">
119012  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119013  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/
    …   mainparsys/flipheroitem.resize.576.576.high.jpg/1468420358829.jpg 2x,
    …   /content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/mainparsys/
    …   flipheroitem.resize.288.288.high.jpg/1468420358829.jpg 1x" alt="Karen Mae Perdon -
    …   Caregiver" media="(min-width: 993px)"/>
119014  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/
    …   mainparsys/flipheroitem.resize.198.198.high.jpg" alt="Karen Mae Perdon - Caregiver"
    …   media="(min-width: 753px)"/>
119015  <!--[if IE 9]></video><![endif]-->
119016  <img
    …   srcset="/content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/
    …   mainparsys/flipheroitem.resize.640.640.high.jpg/1468420358829.jpg
    …   2x,/content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/mainparsys/
    …   flipheroitem.resize.320.320.high.jpg/1468420358829.jpg 1x" alt="Karen Mae Perdon -
    …   Caregiver"
    …   src="/content/mda/en/lookups/fliphero-lookup/karen-mae-perdon/_jcr_content/mainparsys
    …   /xflipheroitem.resize.jpg.pagespeed.ic.ePP7Y1JU2C.jpg">
119017  </picture>
119018  </div>
119019  <div class="back">
119020  <div class="inner">
119021  <div class="inner-body">
119022  <i class="mda-icon-support-favorite mda-2x icon"></i>
119023  <p class="title">Karen Mae Perdon</p>
119024  <p class="subtitle">Survivor &amp; Caregiver</p>
119025  </div>
119026  </div>
```

```
119027  </div>
119028  </div>
119029  </a>
119030  </div>
119031  <div class="flip-tile patient">
119032  <a
    …   href="https://www.mdanderson.org/publications/cancerwise/2016/05/nivolumab-gives-rena
    …   .html?intcmp=HPFaces8_PhilipPrichard"
    …   id="patients_family_flipheroitem_philip_prichard" target="_self">
119033  <div class="flipper">
119034  <div class="front">
119035  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119036  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
    …   mainparsys/flipheroitem.resize.576.576.high.jpg/1468420238771.jpg 2x,
    …   /content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys/
    …   flipheroitem.resize.288.288.high.jpg/1468420238771.jpg 1x" media="(min-width:
    …   993px)"/>
119037  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
    …   mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
119038  <!--[if IE 9]></video><![endif]-->
119039  <img
    …   srcset="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/
    …   mainparsys/flipheroitem.resize.640.640.high.jpg/1468420238771.jpg
    …   2x,/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys/
    …   flipheroitem.resize.320.320.high.jpg/1468420238771.jpg 1x" alt=""
    …   src="/content/mda/en/lookups/fliphero-lookup/philip-pritchard/_jcr_content/mainparsys
    …   /xflipheroitem.resize.jpg.pagespeed.ic.v3JiFsAAxk.jpg">
119040  </picture>
119041  </div>
119042  <div class="back">
119043  <div class="inner">
119044  <div class="inner-body">
119045  <i class="mda-icon-support-favorite mda-2x icon"></i>
119046  <p class="title">Philip Prichard</p>
119047  <p class="subtitle">Survivor</p>
119048  </div>
119049  </div>
119050  </div>
119051  </div>
119052  </a>
119053  </div>
119054  <div class="flip-tile other">
119055  <a
    …   href="https://www.mdanderson.org/publications/cancerwise/2016/06/q-a--understanding-i
    …   .html?intcmp=HPFaces9_PadmaneeSharma"
    …   id="patients_family_flipheroitem_padmanee_sharma" target="_self">
119056  <div class="flipper">
119057  <div class="front">
119058  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119059  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
    …   mainparsys/flipheroitem.resize.576.576.high.jpg/1468420330889.jpg 2x,
    …   /content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
    …   flipheroitem.resize.288.288.high.jpg/1468420330889.jpg 1x" media="(min-width:
    …   993px)"/>
119060  <source
    …   srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
    …   mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
119061  <!--[if IE 9]></video><![endif]-->
119062  <img
    …   srcset="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/
    …   mainparsys/flipheroitem.resize.640.640.high.jpg/1468420330889.jpg
    …   2x,/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
    …   flipheroitem.resize.320.320.high.jpg/1468420330889.jpg 1x" alt=""
    …   src="/content/mda/en/lookups/fliphero-lookup/padmanee-sharma/_jcr_content/mainparsys/
    …   xflipheroitem.resize.jpg.pagespeed.ic.-SWxstM9d2.jpg">
```

```
119063  </picture>
119064  </div>
119065  <div class="back">
119066  <div class="inner">
119067  <div class="inner-body">
119068  <i class="mda-icon-support-favorite mda-2x icon"></i>
119069  <p class="title">Padmanee Sharma</p>
119070  <p class="subtitle">Physician &amp; Researcher</p>
119071  </div>
119072  </div>
119073  </div>
119074  </div>
119075  </a>
119076  </div>
119077  <div class="flip-tile patient">
119078  <a
    …  href="https://www.mdanderson.org/publications/annual-report/annual-report-2015/big-
    …  data-interchange.html?intcmp=HPFaces10_AndrewFutreal"
    …  id="patients_family_flipheroitem_andrew_futreal" target="_self">
119079  <div class="flipper">
119080  <div class="front">
119081  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119082  <source
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.576.576.high.jpg/1468420288643.jpg 2x,
    …  /content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/mainparsys
    …  /flipheroitem.resize.288.288.high.jpg/1468420288643.jpg 1x" media="(min-width:
    …  993px)"/>
119083  <source
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.198.198.high.jpg" media="(min-width: 753px)"/>
119084  <!--[if IE 9]></video><![endif]-->
119085  <img
    …  srcset="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.640.640.high.jpg/1468420288643.jpg
    …  2x,/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/flipheroitem.resize.320.320.high.jpg/1468420288643.jpg 1x" alt=""
    …  src="/content/mda/en/lookups/fliphero-lookup/andrew-futreal--ph-d-/_jcr_content/
    …  mainparsys/xflipheroitem.resize.jpg.pagespeed.ic.7mVYWjKyM_.jpg">
119086  </picture>
119087  </div>
119088  <div class="back">
119089  <div class="inner">
119090  <div class="inner-body">
119091  <i class="mda-icon-support-favorite mda-2x icon"></i>
119092  <p class="title">Andrew Futreal</p>
119093  <p class="subtitle">Researcher</p>
119094  </div>
119095  </div>
119096  </div>
119097  </div>
119098  </a>
119099  </div>
119100  </div>
119101  </div>
119102  </div>
119103  </section>
119104  <!--googleoff: snippet-->
119105  <section class="appt-section bleed-full scroll-trans fade-in reveal"
    …  data-transition="fadeIn">
119106  <div class="module">
119107  <div class="appointment-bar">
119108  <div class="appointment-wrapper table">
119109  <div class="appointment-header cell-m m-pad middle">
119110  <a href="https://www4.mdanderson.org/contact/selfreferral/index.cfm"
    …  id="patients_family_appointmentbar_request_an_appo" target="_self">Request an
    …  Appointment
119111  </a>
```

```
119112  </div>
119113  <div class="text cell-l last m-pad middle">
119114  <p>Speak with a Health Information Specialist</p>
119115  <a class="action-main" href="tel:1%20877%20632%206789">Call
119116  1 877 632 6789</a>
119117  </div>
119118  </div>
119119  </div>
119120  </div>
119121  </section>
119122  <!--googleon: snippet-->
119123  <!-- ROW (2-COLUMN)-->
119124  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
119125  <div class="table">
119126  <div class="col-double cell-f middle  ">
119127  <div class="module">
119128  <div class="badge scroll-trans" data-transition="badgeCounter">
119129  <div class="badge-img-container">
119130  <img
```

```
src="data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAMMAAADOCAYAAACD4bZ0AAAJSUlEQVR42u2daYhVZRjHp9JoUdqcmTuj5Yyya
QtRFFEEUURRItUEJUQ0UIfoijqUyt9EVsI2omghSCKdDR1xnWcxRnHLddMJLNENDXKpXAZT/
937nu8557RcXTumXvOeX8X8ffgzcyDyLnvL977vM/z/
u8JZ7nlXXTUrbf5Ne27a95dFzf1lXQEDvVZjHp9JoUdqgcmTuj5Yyza
QtRFFEEU0RRI0tUEJUQ0UIfoijqUyt9EVsI2omghSCKdDR1xnWcxRnHLddMJLNENDXKpXAZT/
1tRQZAhqwMLcgAyJCVYVFAhnJkAGTorMts5ckAyGDTpHnIAMiQlQlWEuMgAy8GQAZEAGgKwMe5ABABkA+
pGBAhqQQTIs5skAyMCCTASBPhvbazHb2MwAyQOSa5YBZAKKQZAABmQACtDLTIAMiADIMyAMXAGw2JVuAeDI
AMARkW1IZTvbEYGQQaavpKWmfNfs6lJkAGATorqvYsrCm3HzVXxQGGsSO3jdSdNsrgZAABmQ
0p59MCAFOMaOqdGBfGQgrzxo/22moz/GQCl2TYd0wZDD9LiMUS4seqUi4WuC2DYcP4MZ4Ka6+
pGiHAcRkMv4j19ZWe2QQXOQHOnZfCFWGWTIi4cOC2Dz2qSJkCGHGtJmgACzcyy3SdNNMkiZwXQY//aVpSV+
HNJmkC12XwC+t19RXeHE4JBddl8PmpodJbQE8TIEEMWO9O0Oa0gqKbc/KNcXHBbBr+ngZOWDkiBDGs5HK4Pf09RVl/
FmIQQkWIYthZDBL6yV9Y+t9ybtzgqVxR9tXXJyqVRE2Jv8mq5k4qC+BeRn8fY7WmIKa2t9K4YiG5kaH8wbtm9q9lbKp1KmEt+
BQ4Sth5Mq5vsk/BGAqk8Y1hpzBp5AQR5/9iVYh4dRVt/IFEGOAGAfbvo/Is/CMXXOZ/y6UH+VDZ9
LvnSJoAGfLHGtJt/JGP+P9AQfRDIbT5AaA1YPQ/b/B4L
yAg+XN9QZwL+BZOA/QA5gBo/R+ncBaE/iP+Y/ay+v6/T+hb7PFQ/Vf0mNpqQ8REhp
+aCgGPP9AQJL+TpGPiCLHGM7r/AFFo3wODw/QWtO+Dp/mHYWV8K3v6/ArFA+QH1O9A+FAGBGc8AH3wU5o/KZ
S+z9VWPM1A6YOGrJ1h9iE9KOJr+R1qO+Kr+XOuv+p1Cv1wvPr+B/eQQ
```

```
119130…  alt="shield"/>
119131  <div class="badge-text">
119132  <p class="badge-countup" data-max-count="26">26</p>
119133  <p class="countup-label">Years</p>
119134  </div>
119135  </div>
119136  <div>
119137  <p class="badge-heading">Best Hospitals in Cancer Care</p>
119138  <p class="badge-subhead">U.S. News &amp; World Report</p>
119139  </div>
119140  </div>
119141  </div>
119142  </div>
119143  <div class="col-double last cell-m middle  last">
119144  <div class="rte-container basic-content">
119145  <h2>Why Choose MD Anderson</h2>
119146  <p>Every day, people like you choose MD Anderson for cancer treatment. But it's more
   …   than our decades of experience, top national rankings and leadership in cancer
   …   prevention that set us apart. It goes beyond our groundbreaking research and
   …   innovative clinical care that provide new therapies years before they become standard
   …   in the community. It's because we put all of our focus on you.</p>
119147  <p><span class="cta"><a adhocenable="false"
   …   href="/patients-family/becoming-our-patient/why-md-anderson.html">Learn more about MD
   …   Anderson</a></span></p>
119148  </div>
119149  </div>
119150  </div>
119151  </section>
119152  <!-- /ROW -->
119153  <!-- ROW (2-COLUMN)-->
119154  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
119155  <div class="table  ">
119156  <div class="col-double cell-m   cell-border">
119157  <div>
119158  <div class="module">
119159  <div class="search-block">
119160  <div class="search-block-header">
119161  <div class="icon-circle">
119162  <span class="fa-stack fa-3x purple"><i class="fa mda-icon-cancertypes mda-stack-1x
   …   scroll-trans fade-in reveal" data-transition="fadeIn"
   …   data-transition-delay="300"></i> </span>
119163  </div>
119164  <h3>Cancer Types</h3>
119165  </div>
119166  <div class="search-wrapper purple">
119167  <form name="search-cancer-types" id="search-cancer-types" class="search-form"
   …   data-searchurl="/etc/designs/mda/mda-web/cancertype-search.xml">
119168  <i class="search-icon fa fa-search"></i> <input class="search-field" size="1"
   …   placeholder="Search by type of cancer or condition"> <input type="submit"
   …   value="Search" class="form-search-submit mda-btn">
119169  </form>
119170  <ul class="search-results" role="listbox"></ul>
119171  </div>
119172  <div class="search-cta-wrapper">
119173  <a class="cta" href="https://www.mdanderson.org/cancer-types.html"
   …   target="_self">Browse cancer types <i class="teaser-more mdicon-arrow"></i></a>
119174  </div>
119175  </div>
119176  </div>
119177  </div>
119178  <div class="module ">
119179  <div class="search-block"
   …   data-predictiveurl="/search?sort=meta:NCT_Number:a&amp;num=4&amp;ud=1&amp;output=
   …   xml_no_dtd&amp;oe=UTF-8&amp;ie=UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;
   …   site=mda_aem_prod&amp;getfields=diseases.Treatment.Physician.NCT_Number&amp;start=0&
   …   amp;q="
   …   data-dropdownurl="/search?num=10&amp;ud=1&amp;output=xml_no_dtd&amp;oe=UTF-8&amp;ie=
   …   UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;site=mda_aem_prod"
```

```
119179… data-searchresultspageurl="/patients-family/search-results.html?q=">
119180 <div class="search-block-header">
119181 <div class="icon-circle">
119182 <span class="fa-stack fa-3x lightblue"> <i data-transition-delay="300"
    …  data-transition="fadeIn" class="mda-stack-1x mda-icon-clinical_trials_new
    …  scroll-trans fade-in reveal"></i>
119183 </span>
119184 </div>
119185 <h3>Clinical Trials</h3>
119186 </div>
119187 <div class="search-wrapper lightblue"
    …  data-searchurl="/search?sort=meta:NCT_Number:a&amp;num=4&amp;ud=1&amp;output=
    …  xml_no_dtd&amp;oe=UTF-8&amp;ie=UTF-8&amp;filter=0&amp;client=clinical_trial_fe&amp;
    …  site=mda_aem_prod&amp;getfields=diseases.Treatment.Physician.NCT_Number&amp;start=0&
    …  amp;q=">
119188 <form class="search-form" id="search-clinical-trials" name="search-clinical-trials">
119189 <i class="search-icon fa fa-search"></i> <input type="text" size="1"
    …  class="search-field" placeholder="Search clinical trials">
119190 <input type="submit" class="form-search-submit mda-btn" value="Go">
119191 </form>
119192 <ul role="listbox" class="search-results"></ul>
119193 </div>
119194 <div class="search-cta-wrapper">
119195 <a class="cta"
    …  href="https://www.mdanderson.org/patients-family/diagnosis-treatment/clinical-trials/
    …  clinical-trials-index.html">Browse clinical trials<i class="teaser-more
    …  mdicon-arrow"></i>
119196 </a>
119197 </div>
119198 </div>
119199 </div>
119200 </div>
119201 <div class="col-double last cell-m   last">
119202 <div class="module">
119203 <!-- -----First and second VARIATION ------ -->
119204 <div class="link-list">
119205 <div class="related-posts">
119206 <div class="link-list-heading icon-heading">
119207 <div class="icon-circle">
119208 <span class="fa-stack fa-3x icon-red">
119209 <i class="mda-icon-planning mda-stack-1x mda-inverse"></i>
119210 </span>
119211 </div>
119212 <h3 class="icon-heading">Plan Your Care</h3>
119213 </div>
119214 </div>
119215 <div class="link-list-body">
119216 <ul>
119217 <!-- for-each linklist Item -->
119218 <li class="link top-border">
119219 <!-- WHEN TARGET IS CURRENT WINDOW -->
119220 <a class="mdicon-linklist"
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …  care/prepare-for-your-first-visit.html">
119221 <h4 class="link-title">Prepare for your first visit</h4>
119222 <p class="link-body mda-hide-sm">We know getting ready to visit MD Anderson may be
    …  stressful, so we&#39;ve created a list to make things easier for you.</p>
119223 </a>
119224 <!-- WHEN TARGET IS NEW WINDOW -->
119225 </li>
119226 <!-- for-each linklist Item -->
119227 <li class="link">
119228 <!-- WHEN TARGET IS CURRENT WINDOW -->
119229 <a class="mdicon-linklist"
    …  href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
    …  care/insurance-billing-financial-support/insurance-plans.html">
119230 <h4 class="link-title">Check Insurance Coverage</h4>
119231 <p class="link-body mda-hide-sm">View our list of accepted health insurance plans to
```

```
119231… determine if you are covered.</p>
119232 </a>
119233 <!-- WHEN TARGET IS NEW WINDOW -->
119234 </li>
119235 <!-- for-each linklist Item -->
119236 <li class="link">
119237 <!-- WHEN TARGET IS CURRENT WINDOW -->
119238 <a class="mdicon-linklist"
   …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/getting-to-md-
   …   anderson/traveling-to-houston.html">
119239 <h4 class="link-title">Plan Travel and Lodging</h4>
119240 <p class="link-body mda-hide-sm">We can arrange domestic and international travel to
   …   and from Houston and help you find nearby accommodations.</p>
119241 </a>
119242 <!-- WHEN TARGET IS NEW WINDOW -->
119243 </li>
119244 </ul>
119245 <div class="link-list-cta">
119246 <div class="cta">
119247 <a
   …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/planning-for-
   …   care.html" target="_self" aria-label="Text"
   …   id="patients_family_linklist_view_planning_r">View planning resources
119248 <i class="fa mdicon-arrow"></i>
119249 </a>
119250 </div>
119251 </div>
119252 </div>
119253 </div>
119254 <!-- -----END of First and second VARIATION ----- -->
119255 <!-- -----THIRD VARIATION ----- -->
119256 <!-- ----END - THIRD VARIATION ----- -->
119257 </div>
119258 <!-- end of module -->
119259 </div>
119260 </div>
119261 </section>
119262 <!-- /ROW -->
119263 <section class="bleed-full scroll-trans fade-in" data-transition="fadeIn">
119264 <div class="module m-bleed">
119265 <div id="S6-zsodlp_ref" class="basic-content-media mda-survivor-media
   …   bcm-fullwidth-image">
119266 <div class="basic-content-media-wrapper">
119267 <div class="media-image"
   …   data-imagepath="/content/mda/en/patients-family/jcr:content/mainparsys/fullwidthvideo
   …   " data-imagealt="Susan Chon, M.D." data-suffix="/1469106039045.jpg"></div>
119268 <div class="media-inner">
119269 <div class="media-body">
119270 <div class="media-body-text">
119271 <h1>Stay safe in the sun</h1>
119272 <div class="carousel-body-text"><p>Small steps you can take to prevent skin
   …   cancer<br/> </p>
119273 </div>
119274 <div id="basic-video-container">
119275 <div id="S6-zsodlp10" class="display-video-content">
119276 <!-- video player gets inserted here when media option is click -->
119277 </div>
119278 </div>
119279 <div class="video-play-button" aria-label="Watch Video" rel="playContentinDiv"
   …   data-video-div="#S6-zsodlp10"
   …   data-video-data="{&#34;id&#34;:&#34;S6-zsodlp10&#34;,&#34;source&#34;:&#34;youtube&#
   …   34;,&#34;sourceJson&#34;:&#34;null&#34;}">
119280 <a class="mdicon-videoplay md-2x" href="#" title="Play Video"></a>
119281 </div>
119282 </div>
119283 </div>
119284 </div>
119285 </div>
```

```
119286 </div>
119287 </div>
119288 </section>
119289 <section class="highlight">
119290 <div class="col-single">
119291 <div class="module ">
119292 <div class="collection tabbed">
119293 <div class="section-title">
119294 <h2>Stay Informed</h2>
119295 </div>
119296 <div class="mda-tabs">
119297 <div class="tab-menu-mobile mda-show-sm">
119298 <a href="#">Manage Your Risk</a>
119299 </div>
119300 <ul class="tab-menu">
119301 <li><h3>
119302 <a href="#tabs-0">Manage Your Risk</a>
119303 </h3></li>
119304 <li><h3>
119305 <a href="#tabs-1">Becoming Our Patient</a>
119306 </h3></li>
119307 <li><h3>
119308 <a href="#tabs-2">International Center</a>
119309 </h3></li>
119310 <li><h3>
119311 <a href="#tabs-3">Ways To Help</a>
119312 </h3></li>
119313 </ul>
119314 <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-0">
119315 <div class="collection-item">
119316 <a
    … href="https://www.mdanderson.org/prevention-screening/manage-your-risk/smoking-
    … tobacco.html?intcmp=StayInformed1_ManageYourRisk_SmokingTobacco" class="inner"
    … id="patients_family_collectionitem_smoking_tobacco" target="_self">
119317 <div class="collection-image">
119318 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119319 <source
    … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
    … tobacco/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065085495.
    … jpg 2x,
    … /content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-tobacco/
    … _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065085495.jpg 1x"
    … alt="Person breaking cigarettes" media="(min-width: 993px)"/>
119320 <source
    … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
    … tobacco/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Person
    … breaking cigarettes" media="(min-width: 753px)"/>
119321 <!--[if IE 9]></video><![endif]-->
119322 <img
    … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
    … tobacco/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065085495.
    … jpg
    … 2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-tobacco
    … /_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065085495.jpg 1x"
    … alt="Person breaking cigarettes"
    … src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/smoking-and-
    … tobacco/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.VA2LZPfGAy.
    … jpg">
119323 </picture>
119324 </div>
119325 <div class="collection-body">
119326 <div class="body-title">
119327 <p>
119328 Smoking &amp; Tobacco
119329 </p>
119330 </div>
119331 <div class="body-text">
119332 <p>Smoking and secondhand smoke can lead to lung cancer. Learn how to quit
```

```
119333  smoking and tips to prevent teens from starting.</p>
119334  </div>
119335  </div>
119336  </a>
119337  </div>
119338  <div class="collection-item background-red">
119339  <a
    …   href="https://www.mdanderson.org/prevention-screening/manage-your-risk/physical-
    …   activity.html?intcmp=StayInformed2_ManageYourRisk_PhysicalActivity" class="inner"
    …   id="patients_family_collectionitem_physical_activi" target="_self">
119340  <div class="collection-body">
119341  <div class="body-title">
119342  <p>
119343  Physical Activity
119344  </p>
119345  </div>
119346  <div class="body-text">
119347  <p>Living an active lifestyle can help prevent obesity, which is a major
119348  risk factor for cancer.</p>
119349  </div>
119350  </div>
119351  </a>
119352  </div>
119353  <div class="collection-item">
119354  <a
    …   href="https://www.mdanderson.org/prevention-screening/manage-your-risk/diet.html?
    …   intcmp=StayInformed3_ManageYourRisk_Diet" class="inner"
    …   id="patients_family_collectionitem_diet" target="_self">
119355  <div class="collection-image">
119356  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119357  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
    …   _jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065223360.jpg 2x,
    …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content/
    …   mainparsys/collectionitem.resize.372.209.high.jpg/1463065223360.jpg 1x" alt="Salmon,
    …   eggs and nuts" media="(min-width: 993px)"/>
119358  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
    …   _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Salmon, eggs and
    …   nuts" media="(min-width: 753px)"/>
119359  <!--[if IE 9]></video><![endif]-->
119360  <img
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/
    …   _jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065223360.jpg
    …   2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content/
    …   mainparsys/collectionitem.resize.302.170.high.jpg/1463065223360.jpg 1x" alt="Salmon,
    …   eggs and nuts"
    …   src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/diet/_jcr_content
    …   /mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.AM8-BqiCPR.jpg">
119361  </picture>
119362  </div>
119363  <div class="collection-body">
119364  <div class="body-title">
119365  <p>
119366  Diet
119367  </p>
119368  </div>
119369  <div class="body-text">
119370  <p>Making the right food choices is a powerful cancer prevention tool. Find
119371  out how to fight cancer with proper nutrition.</p>
119372  </div>
119373  </div>
119374  </a>
119375  </div>
119376  </div>
119377  <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-1">
119378  <div class="collection-item">
119379  <a
```

```
119379  href="https://www.mdanderson.org/patients-family/becoming-our-patient/getting-to-md-
    …   anderson.html?intcmp=StayInformed4_BecomingOurPatient_GettingToMDA" class="inner"
    …   id="patients_family_collectionitem_getting_to_md_a" target="_self">
119380  <div class="collection-image">
119381  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119382  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
    …   anderson/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065252809
    …   .jpg 2x,
    …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-anderson
    …   /_jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065252809.jpg 1x"
    …   alt="MD Anderson building" media="(min-width: 993px)"/>
119383  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
    …   anderson/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="MD
    …   Anderson building" media="(min-width: 753px)"/>
119384  <!--[if IE 9]></video><![endif]-->
119385  <img
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
    …   anderson/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065252809
    …   .jpg
    …   2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
    …   anderson/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065252809
    …   .jpg 1x" alt="MD Anderson building"
    …   src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/getting-to-md-
    …   anderson/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.k0qteIo6F3.
    …   jpg">
119386  </picture>
119387  </div>
119388  <div class="collection-body">
119389  <div class="body-title">
119390  <p>
119391  Getting to MD Anderson
119392  </p>
119393  </div>
119394  <div class="body-text">
119395  <p>Learn how to navigate parking and our buildings, and get information
119396  about the shuttle system.</p>
119397  </div>
119398  </div>
119399  </a>
119400  </div>
119401  <div class="collection-item background-yellow">
119402  <a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/services-
    …   amenities.html?intcmp=StayInformed5_BecomingOurPatient_ServicesAmenities"
    …   class="inner" id="patients_family_collectionitem_services_amenit" target="_self">
119403  <div class="collection-body">
119404  <div class="body-title">
119405  <p>
119406  Services &amp; Amenities
119407  </p>
119408  </div>
119409  <div class="body-text">
119410  <p>We have barber and gift shops, postal and laundry services, child care,
119411  free Wi-Fi and more available for you.</p>
119412  </div>
119413  </div>
119414  </a>
119415  </div>
119416  <div class="collection-item">
119417  <a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/while-youre-
    …   here.html?intcmp=StayInformed6_BecomingOurPatient_WhileYoureHere" class="inner"
    …   id="patients_family_collectionitem_while_you_re_he" target="_self">
119418  <div class="collection-image">
119419  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119420  <source
```

```
119420  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
        here/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065305158.jpg
        2x,
        /content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
        _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065305158.jpg 1x"
        alt="Garden" media="(min-width: 993px)"/>
119421  <source
        srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
        here/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Garden"
        media="(min-width: 753px)"/>
119422  <!--[if IE 9]></video><![endif]-->
119423  <img
        srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-
        here/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065305158.jpg
        2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
        _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065305158.jpg 1x"
        alt="Garden"
        src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/while-youre-here/
        _jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.wbmIQ0BrBM.jpg">
119424  </picture>
119425  </div>
119426  <div class="collection-body">
119427  <div class="body-title">
119428  <p>
119429  While You're Here
119430  </p>
119431  </div>
119432  <div class="body-text">
119433  <p>From gardens to libraries to worship spaces, we have many places for you
119434  and your family to relax, learn and reflect.</p>
119435  </div>
119436  </div>
119437  </a>
119438  </div>
119439  </div>
119440  <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-2">
119441  <div class="collection-item">
119442  <a
        href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
        center/prepare-for-your-trip-international-patients.html?intcmp=
        StayInformed7_InternationalCenter_PrepareForYourTrip" class="inner"
        id="patients_family_collectionitem_prepare_for_you" target="_self">
119443  <div class="collection-image">
119444  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119445  <source
        srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
        your-trip/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/
        1463065337746.png 2x,
        /content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-trip/
        _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065337746.png 1x"
        alt="suitcase" media="(min-width: 993px)"/>
119446  <source
        srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
        your-trip/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
        alt="suitcase" media="(min-width: 753px)"/>
119447  <!--[if IE 9]></video><![endif]-->
119448  <img
        srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-
        your-trip/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/
        1463065337746.png
        2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-
        trip/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065337746.png
        1x" alt="suitcase"
        src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/prepare-for-your-
        trip/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.LWODX5VGwN.jpg">
119449  </picture>
119450  </div>
119451  <div class="collection-body">
```

```
119452  <div class="body-title">
119453  <p>
119454  Prepare for Your Trip
119455  </p>
119456  </div>
119457  <div class="body-text">
119458  <p>Find out which medical documents you'll need to bring, how we can help
119459  you with travel and lodging and more.</p>
119460  </div>
119461  </div>
119462  </a>
119463  </div>
119464  <div class="collection-item">
119465  <a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
    …   center/frequently-asked-questions.html?intcmp=StayInformed8_InternationalCenter_FAQ"
    …   class="inner" id="patients_family_collectionitem_frequently_aske" target="_self">
119466  <div class="collection-image">
119467  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119468  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    …   asked-questions/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/
    …   1463065368629.jpg 2x,
    …   /content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    …   questions/_jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/
    …   1463065368629.jpg 1x" alt="International Center representative talking to patient"
    …   media="(min-width: 993px)"/>
119469  <source
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    …   asked-questions/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
    …   alt="International Center representative talking to patient" media="(min-width:
    …   753px)"/>
119470  <!--[if IE 9]></video><![endif]-->
119471  <img
    …   srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-
    …   asked-questions/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/
    …   1463065368629.jpg
    …   2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    …   questions/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/
    …   1463065368629.jpg 1x" alt="International Center representative talking to patient"
    …   src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/frequently-asked-
    …   questions/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.FON9Pdd9nA.
    …   jpg">
119472  </picture>
119473  </div>
119474  <div class="collection-body">
119475  <div class="body-title">
119476  <p>
119477  Frequently Asked Questions
119478  </p>
119479  </div>
119480  <div class="body-text">
119481  <p>Get answers to our international patients' most common questions about
119482  coming to Houston and MD Anderson.</p>
119483  </div>
119484  </div>
119485  </a>
119486  </div>
119487  <div class="collection-item background-orange">
119488  <a
    …   href="https://www.mdanderson.org/patients-family/becoming-our-patient/international-
    …   center/meet-our-staff.html?intcmp=StayInformed9_InternationalCenter_MeetOurStaff"
    …   class="inner" id="patients_family_collectionitem_meet_our_staff" target="_self">
119489  <div class="collection-body">
119490  <div class="body-title">
119491  <p>
119492  Meet Our Staff
119493  </p>
```

```
119494 </div>
119495 <div class="body-text">
119496 <p>Get to know the International Center team that is here to help you
119497 before and during your trip to MD Anderson.</p>
119498 </div>
119499 </div>
119500 </a>
119501 </div>
119502 </div>
119503 <div class="collection-group three-columns resources ui-tabs-panel" id="tabs-3">
119504 <div class="collection-item background-red">
119505 <a
     … href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/donate-goods-or
     … -services.html?intcmp=StayInformed10_WaysToHelp_GoodsAndServices" class="inner"
     … id="patients_family_collectionitem_goods_and_servi" target="_self">
119506 <div class="collection-body">
119507 <div class="body-title">
119508 <p>
119509 Goods and Services
119510 </p>
119511 </div>
119512 <div class="body-text">
119513 <p>Interested in donating something to our patients? Learn how.</p>
119514 </div>
119515 </div>
119516 </a>
119517 </div>
119518 <div class="collection-item">
119519 <a
     … href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/childrens-art-
     … project.html?intcmp=StayInformed11_WaysToHelp_CAP" class="inner"
     … id="patients_family_collectionitem_children_s_art_" target="_self">
119520 <div class="collection-image">
119521 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119522 <source
     … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
     … project/_jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065467004.
     … jpg 2x,
     … /content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-project/
     … _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065467004.jpg 1x"
     … media="(min-width: 993px)"/>
119523 <source
     … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
     … project/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg"
     … media="(min-width: 753px)"/>
119524 <!--[if IE 9]></video><![endif]-->
119525 <img
     … srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
     … project/_jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065467004.
     … jpg
     … 2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
     … project/_jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065467004.
     … jpg 1x" alt=""
     … src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/childrens-art-
     … project/_jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.yfvRS0rWKM.
     … jpg">
119526 </picture>
119527 </div>
119528 <div class="collection-body">
119529 <div class="body-title">
119530 <p>
119531 Children's Art Project
119532 </p>
119533 </div>
119534 <div class="body-text">
119535 <p>Purchasing artwork designed by our pediatric patients helps fund
119536 educational programs, college scholarships and more.</p>
119537 </div>
```

```
119538  </div>
119539  </a>
119540  </div>
119541  <div class="collection-item">
119542  <a
     …  href="https://www.mdanderson.org/donors-volunteers/other-ways-to-help/give-blood.html
     …  ?intcmp=StayInformed12_WaysToHelp_DonateBlood" class="inner"
     …  id="patients_family_collectionitem_donate_blood" target="_self">
119543  <div class="collection-image">
119544  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119545  <source
     …  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/collectionitem.resize.744.418.high.jpg/1463065506749.jpg 2x,
     …  /content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/collectionitem.resize.372.209.high.jpg/1463065506749.jpg 1x"
     …  alt="Blood bank" media="(min-width: 993px)"/>
119546  <source
     …  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg" alt="Blood bank"
     …  media="(min-width: 753px)"/>
119547  <!--[if IE 9]></video><![endif]-->
119548  <img
     …  srcset="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/collectionitem.resize.604.340.high.jpg/1463065506749.jpg
     …  2x,/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/collectionitem.resize.302.170.high.jpg/1463065506749.jpg 1x"
     …  alt="Blood bank"
     …  src="/content/mda/en/lookups/collection-lookup/image-and-text-pages/donate-blood/
     …  _jcr_content/mainparsys/xcollectionitem.resize.jpg.pagespeed.ic.9SIpZn7BBE.jpg">
119549  </picture>
119550  </div>
119551  <div class="collection-body">
119552  <div class="body-title">
119553  <p>
119554  Donate Blood
119555  </p>
119556  </div>
119557  <div class="body-text">
119558  <p>MD Anderson cancer patients require approximately 200 units of red blood
119559  cells and 600 units of platelets every day.</p>
119560  </div>
119561  </div>
119562  </a>
119563  </div>
119564  </div>
119565  </div>
119566  </div>
119567  </div>
119568  </div>
119569  </section><section class="highlight">
119570  <div class="col-single">
119571  <div class="module ">
119572  <div class="carousel">
119573  <h2 class="section-title">
119574  MD Anderson Highlights
119575  <!-- /* data-sly-unwrap */ -->
119576  </h2>
119577  <div class="carousel-group default carousel-config-standard">
119578  <div class="carousel-item">
119579  <a
     …  href="https://www.mdanderson.org/publications/focused-on-health/July2016/carbs-101.
     …  html?intcmp=Highlights1_Carbs101" class="carousel-item-link"
     …  id="patients_family_carouselitem_carbs_101" target="_self">
119580  <div class="carousel-image">
119581  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119582  <source
     …  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/
     …  _jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519604307.jpg 2x,
```

```
119582  /content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/_jcr_content/
    …   mainparsys/carouselitem.resize.251.141.high.jpg/1468519604307.jpg 1x"
    …   media="(min-width: 993px)"/>
119583  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/
    …   _jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" media="(min-width:
    …   753px)"/>
119584  <!--[if IE 9]></video><![endif]-->
119585  <img
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/
    …   _jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519604307.jpg
    …   2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/
    …   _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519604307.jpg 1x"
    …   alt=""
    …   src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/carbs-101/
    …   _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.tQT4nqmYsX.jpg">
119586  </picture>
119587  </div>
119588  <div class="carousel-body">
119589  <h3 class="body-title">
119590  Carbs 101
119591  <!-- /* data-sly-unwrap */ -->
119592  </h3>
119593  </div>
119594  </a>
119595  <div class="body-text">
119596  Learn all about carbs and how they affect your cancer risk
119597  <!-- /* data-sly-unwrap */ -->
119598  </div>
119599  </div>
119600  <!-- /* data-sly-unwrap */ -->
119601  <div class="carousel-item">
119602  <a
    …   href="https://www.mdanderson.org/publications/cancerwise/2016/04/surviving-hpv-relate
    …   .html?intcmp=Highlights2_HPVRelatedCancer" class="carousel-item-link"
    …   id="patients_family_carouselitem_hpv_related_can" target="_self">
119603  <div class="carousel-image">
119604  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119605  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-
    …   cancer/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519762903.jpg
    …   2x,
    …   /content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-cancer/
    …   _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1468519762903.jpg 1x"
    …   media="(min-width: 993px)"/>
119606  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-
    …   cancer/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    …   media="(min-width: 753px)"/>
119607  <!--[if IE 9]></video><![endif]-->
119608  <img
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-
    …   cancer/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519762903.jpg
    …   2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-cancer/
    …   _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519762903.jpg 1x"
    …   alt=""
    …   src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/hpv-related-cancer/
    …   _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.k2zFkBFOFN.jpg">
119609  </picture>
119610  </div>
119611  <div class="carousel-body">
119612  <h3 class="body-title">
119613  HPV-related cancer
119614  <!-- /* data-sly-unwrap */ -->
119615  </h3>
119616  </div>
119617  </a>
119618  <div class="body-text">
```

```
119619  Two-time survivor not hesitating to get her kids vaccinated
119620  <!-- /* data-sly-unwrap */ -->
119621  </div>
119622  </div>
119623  <!-- /* data-sly-unwrap */ -->
119624  <div class="carousel-item">
119625  <a
    …   href="https://www.mdanderson.org/publications/conquest/conquest-spring-2016/
    …   preserving-fertility.html?intcmp=Highlights3_PreservingFertility"
    …   class="carousel-item-link" id="patients_family_carouselitem_preserving_fert"
    …   target="_self">
119626  <div class="carousel-image">
119627  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119628  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-
    …   fertility/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519708856.
    …   jpg 2x,
    …   /content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-fertility/
    …   _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1468519708856.jpg 1x"
    …   media="(min-width: 993px)"/>
119629  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-
    …   fertility/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    …   media="(min-width: 753px)"/>
119630  <!--[if IE 9]></video><![endif]-->
119631  <img
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-
    …   fertility/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519708856.
    …   jpg
    …   2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-fertility/
    …   _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519708856.jpg 1x"
    …   alt=""
    …   src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/preserving-
    …   fertility/_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.TssybCSrDs.
    …   jpg">
119632  </picture>
119633  </div>
119634  <div class="carousel-body">
119635  <h3 class="body-title">
119636  Preserving fertility
119637  <!-- /* data-sly-unwrap */ -->
119638  </h3>
119639  </div>
119640  </a>
119641  <div class="body-text">
119642  Learn how patients can expand their family after treatment
119643  <!-- /* data-sly-unwrap */ -->
119644  </div>
119645  </div>
119646  <!-- /* data-sly-unwrap */ -->
119647  <div class="carousel-item">
119648  <a href="http://www.cancermoonshots.org/?intcmp=Highlights4_MoonShotsProgram"
    …   class="carousel-item-link" aria-label=" Opens a new window"
    …   id="patients_family_carouselitem_moon_shots_prog" target="_blank">
119649  <div class="carousel-image">
119650  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119651  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
    …   _jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1461858772194.jpg 2x,
    …   /content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/_jcr_content/
    …   mainparsys/carouselitem.resize.251.141.high.jpg/1461858772194.jpg 1x" alt="MD
    …   Anderson campus at night with moon in background" media="(min-width: 993px)"/>
119652  <source
    …   srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
    …   _jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" alt="MD Anderson campus
    …   at night with moon in background" media="(min-width: 753px)"/>
119653  <!--[if IE 9]></video><![endif]-->
119654  <img
```

```
119654  srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
    _jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1461858772194.jpg
    2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
    _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1461858772194.jpg 1x"
    alt="MD Anderson campus at night with moon in background"
    src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/moon-shots/
    _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.wyb3PuIPGs.jpg">
119655  </picture>
119656  </div>
119657  <div class="carousel-body">
119658  <h3 class="body-title">
119659  Moon Shots Program <span class="mda-icon-linkout">
119660  </span>
119661  <!-- /* data-sly-unwrap */ -->
119662  </h3>
119663  </div>
119664  </a>
119665  <div class="body-text">
119666  Learn about our bold plan to end the threat of cancer.
119667  <!-- /* data-sly-unwrap */ -->
119668  </div>
119669  </div>
119670  <!-- /* data-sly-unwrap */ -->
119671  <div class="carousel-item">
119672  <a
    href="https://www.mdanderson.org/publications/focused-on-health/July2016/birth-
    control-pill-and-cancer-risk.html?intcmp=Highlights5_BirthControlAndCancer"
    class="carousel-item-link" id="patients_family_carouselitem_birth_control_c"
    target="_self">
119673  <div class="carousel-image">
119674  <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119675  <source
    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---
    cancer/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519652249.jpg
    2x,
    /content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---cancer/
    _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1468519652249.jpg 1x"
    media="(min-width: 993px)"/>
119676  <source
    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---
    cancer/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    media="(min-width: 753px)"/>
119677  <!--[if IE 9]></video><![endif]-->
119678  <img
    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---
    cancer/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519652249.jpg
    2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---
    cancer/_jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519652249.jpg
    1x" alt=""
    src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/birth-control---
    cancer/_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.4gJnvTUy_2.jpg">
119679  </picture>
119680  </div>
119681  <div class="carousel-body">
119682  <h3 class="body-title">
119683  Birth control &amp; cancer
119684  <!-- /* data-sly-unwrap */ -->
119685  </h3>
119686  </div>
119687  </a>
119688  <div class="body-text">
119689  Does the pill increase or decrease a woman's cancer risk?
119690  <!-- /* data-sly-unwrap */ -->
119691  </div>
119692  </div>
119693  <!-- /* data-sly-unwrap */ -->
119694  <div class="carousel-item">
119695  <a
```

```
119695   href="http://www.cancerfrontline.org/immunotherapy-combination-helps-patients-with-
    …    resistant-melanoma/?intcmp=Highlights6_MelanomaTreatment" class="carousel-item-link"
    …    aria-label=" Opens a new window" id="patients_family_carouselitem_melanoma_treatm"
    …    target="_blank">
119696   <div class="carousel-image">
119697   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119698   <source
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-
    …    treatment/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468520361026.
    …    jpg 2x,
    …    /content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-treatment/
    …    _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1468520361026.jpg 1x"
    …    alt="metastatic melanoma" media="(min-width: 993px)"/>
119699   <source
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-
    …    treatment/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    …    alt="metastatic melanoma" media="(min-width: 753px)"/>
119700   <!--[if IE 9]></video><![endif]-->
119701   <img
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-
    …    treatment/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468520361026.
    …    jpg
    …    2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-treatment/
    …    _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468520361026.jpg 1x"
    …    alt="metastatic melanoma"
    …    src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/melanoma-treatment/
    …    _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.0j18IiQsOJ.jpg">
119702   </picture>
119703   </div>
119704   <div class="carousel-body">
119705   <h3 class="body-title">
119706   Melanoma treatment <span class="mda-icon-linkout">
119707   </span>
119708   <!-- /* data-sly-unwrap */ -->
119709   </h3>
119710   </div>
119711   </a>
119712   <div class="body-text">
119713   Clinical trial: Separate immunotherapies work well together
119714   <!-- /* data-sly-unwrap */ -->
119715   </div>
119716   </div>
119717   <!-- /* data-sly-unwrap */ -->
119718   <div class="carousel-item">
119719   <a
    …    href="https://www.mdanderson.org/newsroom/2016/06/md-anderson-study-id.html?intcmp=
    …    Highlights7_BreastCancerChemo" class="carousel-item-link"
    …    id="patients_family_carouselitem_breast_cancer_c" target="_self">
119720   <div class="carousel-image">
119721   <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119722   <source
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-
    …    chemo1/_jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519553526.jpg
    …    2x,
    …    /content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-chemo1/
    …    _jcr_content/mainparsys/carouselitem.resize.251.141.high.jpg/1468519553526.jpg 1x"
    …    alt="Chemotherapy" media="(min-width: 993px)"/>
119723   <source
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-
    …    chemo1/_jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg"
    …    alt="Chemotherapy" media="(min-width: 753px)"/>
119724   <!--[if IE 9]></video><![endif]-->
119725   <img
    …    srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-
    …    chemo1/_jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519553526.jpg
    …    2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-chemo1/
    …    _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519553526.jpg 1x"
    …    alt="Chemotherapy"
```

```
119725… src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/breast-cancer-
    … chemo1/_jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.YaHiHLNRM2.jpg">
119726 </picture>
119727 </div>
119728 <div class="carousel-body">
119729 <h3 class="body-title">
119730 Breast cancer chemo
119731 <!-- /* data-sly-unwrap */ -->
119732 </h3>
119733 </div>
119734 </a>
119735 <div class="body-text">
119736 Study: Big price variations found for different regimens
119737 <!-- /* data-sly-unwrap */ -->
119738 </div>
119739 </div>
119740 <!-- /* data-sly-unwrap */ -->
119741 <div class="carousel-item">
119742 <a
    … href="https://www.mdanderson.org/newsroom/2016/07/md-anderson--nasa-an.html?intcmp=
    … Highlights8_SpaceSuitArt" class="carousel-item-link"
    … id="patients_family_carouselitem_space_suit_art_" target="_self">
119743 <div class="carousel-image">
119744 <picture> <!--[if IE 9]><video style="display: none;"><![endif]-->
119745 <source
    … srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/
    … _jcr_content/mainparsys/carouselitem.resize.502.282.high.jpg/1468519875739.jpg 2x,
    … /content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/_jcr_content/
    … mainparsys/carouselitem.resize.251.141.high.jpg/1468519875739.jpg 1x"
    … media="(min-width: 993px)"/>
119746 <source
    … srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/
    … _jcr_content/mainparsys/carouselitem.resize.308.218.high.jpg" media="(min-width:
    … 753px)"/>
119747 <!--[if IE 9]></video><![endif]-->
119748 <img
    … srcset="/content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/
    … _jcr_content/mainparsys/carouselitem.resize.360.360.high.jpg/1468519875739.jpg
    … 2x,/content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/
    … _jcr_content/mainparsys/carouselitem.resize.180.180.high.jpg/1468519875739.jpg 1x"
    … alt=""
    … src="/content/mda/en/lookups/carousel-lookup/home-page-highlights/space-suit/
    … _jcr_content/mainparsys/xcarouselitem.resize.jpg.pagespeed.ic.1GHAJzDLe-.jpg">
119749 </picture>
119750 </div>
119751 <div class="carousel-body">
119752 <h3 class="body-title">
119753 Space Suit Art Project
119754 <!-- /* data-sly-unwrap */ -->
119755 </h3>
119756 </div>
119757 </a>
119758 <div class="body-text">
119759 Pediatric patients, NASA increase childhood cancer awareness
119760 <!-- /* data-sly-unwrap */ -->
119761 </div>
119762 </div>
119763 <!-- /* data-sly-unwrap */ -->
119764 </div>
119765 </div>
119766 </div>
119767 </div>
119768 </section>
119769 <!-- ROW (2-COLUMN)-->
119770 <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
119771 <div class="table">
119772 <div class="col-double cell-l  cell-full-height ">
119773 <div class="module">
```

```
119774  <div class="promo promo-background-red promo-with-background promo-icon-white
  …     promo-text-center">
119775  <div class="promo-icon icon-circle">
119776  <span class="fa-stack fa-3x"> <i class="fa mda-icon-powerinnumbers mda-stack-1x
  …     mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
  …     data-transition-delay="300"></i>
119777  </span>
119778  </div>
119779  <div class="promo-text">
119780  <h3 class="title minion-heading heading-center">
119781  Strength in Numbers
119782  </h3>
119783  <div class="body mda-hide-md normal">
119784  <p>Whether you're a patient or caregiver, one-on-one support is
119785  available to you and your loved ones.</p>
119786  </div>
119787  <div class="cta-wrapper cta-block-wrapper">
119788  <a
  …     href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
  …     mycancerconnection.html" class="cta cta-block"
  …     id="patients_family_flexpromo_learn_more_abou" target="_self">Learn more about
  …     myCancerConnection
119789  </a>
119790  </div>
119791  </div>
119792  </div>
119793  </div>
119794  </div>
119795  <div class="col-double last cell-r  cell-full-height last">
119796  <div class="module">
119797  <div class="promo promo-background-purple promo-with-background promo-icon-white
  …     promo-text-center">
119798  <div class="promo-icon icon-circle">
119799  <span class="fa-stack fa-3x"> <i class="fa mda-icon-1on1counseling mda-stack-1x
  …     mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
  …     data-transition-delay="300"></i>
119800  </span>
119801  </div>
119802  <div class="promo-text">
119803  <h3 class="title minion-heading heading-center">
119804  One-on-One Counseling
119805  </h3>
119806  <div class="body mda-hide-md normal">
119807  <p>Take advantage of short-term counseling provided free of charge by
119808  our clinical social workers.</p>
119809  </div>
119810  <div class="cta-wrapper cta-block-wrapper">
119811  <a
  …     href="https://www.mdanderson.org/patients-family/diagnosis-treatment/patient-support/
  …     social-work.html" class="cta cta-block"
  …     id="patients_family_flexpromo_find_a_support_" target="_self">Find a support coach
119812  </a>
119813  </div>
119814  </div>
119815  </div>
119816  </div>
119817  </div>
119818  </div>
119819  </section>
119820  <!-- /ROW -->
119821  <!-- ROW (3-COLUMN) -->
119822  <section class=" highlight scroll-trans fade-in" data-transition="fadeIn">
119823  <div class="table table-3col ">
119824  <div class="col4    ">
119825  <div class="module">
119826  <a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
  …     target="_self">
119827  <div class="promo promo-simple promo-icon-red promo-text-center">
```

```
119828 <div class="promo-icon icon-circle">
119829 <span class="fa-stack fa-3x"> <i class="fa mda-icon-directions-stroke mda-stack-1x
    … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    … data-transition-delay="300"></i>
119830 </span>
119831 </div>
119832 <div class="promo-text">
119833 <h3 class="title minion-heading heading-center">
119834 Find Our Locations
119835 </h3>
119836 <div class="cta-wrapper cta-entire-module-wrapper">
119837 </div>
119838 </div>
119839 </div>
119840 </a>
119841 </div>
119842 </div>
119843 <div class="col4   ">
119844 <div class="module">
119845 <a href="https://www.mdanderson.org/publications.html" target="_self">
119846 <div class="promo promo-simple promo-icon-lightblue promo-text-center">
119847 <div class="promo-icon icon-circle">
119848 <span class="fa-stack fa-3x"> <i class="fa mda-icon-publications mda-stack-1x
    … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    … data-transition-delay="300"></i>
119849 </span>
119850 </div>
119851 <div class="promo-text">
119852 <h3 class="title minion-heading heading-center">
119853 Subscribe to Our Publications
119854 </h3>
119855 <div class="cta-wrapper cta-entire-module-wrapper">
119856 </div>
119857 </div>
119858 </div>
119859 </a>
119860 </div>
119861 </div>
119862 <div class="col4 last   ">
119863 <div class="module">
119864 <a href="https://www4.mdanderson.org/contact/ask-a-question/index.cfm?intcmp=bb_aaq"
    … target="_self">
119865 <div class="promo promo-simple promo-icon-green promo-text-center">
119866 <div class="promo-icon icon-circle">
119867 <span class="fa-stack fa-3x"> <i class="fa mda-icon-knowledgecenter mda-stack-1x
    … mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    … data-transition-delay="300"></i>
119868 </span>
119869 </div>
119870 <div class="promo-text">
119871 <h3 class="title minion-heading heading-center">
119872 Ask a Question
119873 </h3>
119874 <div class="cta-wrapper cta-entire-module-wrapper">
119875 </div>
119876 </div>
119877 </div>
119878 </a>
119879 </div>
119880 </div>
119881 </div>
119882 </section>
119883 <!-- /ROW -->
119884 </div>
119885 <!--googleoff: all-->
119886 <div class="pre-footer">
119887 <div class="section"></div><div class="iparys_inherited">
119888 <!-- ROW (3-COLUMN) -->
```

```
119889 <section class="highlight scroll-trans fade-in" data-transition="fadeIn">
119890 <div class="table table-3col ">
119891 <div class="cell-t  cell-full-height ">
119892 <div class="module">
119893 <div class="promo promo-no-icon promo-background-red promo-with-background
    promo-icon-white promo-text-center">
119894 <div class="promo-text">
119895 <h3 class="title minion-heading heading-center">
119896 Give Now
119897 </h3>
119898 <div class="body mda-hide-md normal">
119899 <p>Your gift will help make a tremendous difference.</p>
119900 </div>
119901 <div class="cta-wrapper cta-block-wrapper">
119902 <a
    href="https://gifts.mdanderson.org/mdanderson/main.php/micro_sites/showpage?id=28&
    utm_source=hp_button&utm_medium=website&utm_campaign=HP_Button" class="cta cta-block"
    id="patients_family_flexpromo_100" target="_self">$100
119903 </a>
119904 </div>
119905 </div>
119906 </div>
119907 </div>
119908 </div>
119909 <div class="cell-t  cell-full-height ">
119910 <div class="module">
119911 <a href="https://www.mdandersonbloodbank.org" target="_blank">
119912 <div class="promo promo-background-black promo-with-background promo-icon-white
    promo-text-center">
119913 <div class="promo-icon icon-circle">
119914 <span class="fa-stack fa-3x"> <i class="fa mda-icon-drop mda-stack-1x mda-inverse
    scroll-trans fade-in reveal" data-transition="fadeIn"
    data-transition-delay="300"></i>
119915 </span>
119916 </div>
119917 <div class="promo-text">
119918 <h3 class="title minion-heading heading-center">
119919 Donate Blood
119920 </h3>
119921 <div class="body mda-hide-md normal">
119922 Giving blood and platelets provides hope for cancer patients who depend
119923 on the generosity of donors like you.</div>
119924 <div class="cta-wrapper cta-entire-module-wrapper">
119925 </div>
119926 </div>
119927 </div>
119928 </a>
119929 </div>
119930 </div>
119931 <div class="cell-t last  cell-full-height ">
119932 <div class="module">
119933 <a href="https://www.mdanderson.org/donors-volunteers/volunteer.html" target="_self">
119934 <div class="promo promo-background-blue promo-with-background promo-icon-white
    promo-text-center">
119935 <div class="promo-icon icon-circle">
119936 <span class="fa-stack fa-3x"> <i class="fa mda-icon-volunteer mda-stack-1x
    mda-inverse scroll-trans fade-in reveal" data-transition="fadeIn"
    data-transition-delay="300"></i>
119937 </span>
119938 </div>
119939 <div class="promo-text">
119940 <h3 class="title minion-heading heading-center">
119941 Volunteer
119942 </h3>
119943 <div class="body mda-hide-md normal">
119944 <p>Change the lives of cancer patients by giving your time and talent. </p>
119945 </div>
119946 <div class="cta-wrapper cta-entire-module-wrapper">
```

```
119947  </div>
119948  </div>
119949  </div>
119950  </a>
119951  </div>
119952  </div>
119953  </div>
119954  </section>
119955  <!-- /ROW -->
119956  </div>
119957  </div>
119958  <section class="global-footer bleed-full">
119959  <footer>
119960  <div class="stay-connected">
119961  <div class="col-single inner">
119962  <div class="footer-banner-text">Stay Connected</div>
119963  <div class="social-links-wrapper">
119964  <div class="social-links">
119965  <div class="social-links-carousel">
119966  <a aria-label="facebook" href="//facebook.com/MDAnderson" class="box"
    …   target="_blank"><i class="fa fa-facebook-square fa-2x"></i></a> <a
    …   aria-label="twitter" href="//twitter.com/mdandersonnews" class="box"
    …   target="_blank"><i class="fa fa-twitter-square fa-2x"></i></a> <a
    …   aria-label="youtube" href="//youtube.com/mdandersonorg" class="box"
    …   target="_blank"><i class="fa fa-youtube-square fa-2x"></i></a> <a
    …   aria-label="instagram" href="//instagram.com/mdandersoncancercenter" class="box"
    …   target="_blank"><i class="fa fa-instagram fa-2x"></i></a>
119967  <a aria-label="pinterest" href="//pinterest.com/mdandersoncc" class="box"
    …   target="_blank"><i class="fa fa-pinterest-square fa-2x"></i></a> <a
    …   aria-label="linkedIn" href="//linkedin.com/company/md-anderson-cancer-center"
    …   class="box" target="_blank"><i class="fa fa-linkedin-square fa-2x"></i></a> <a
    …   aria-label="google-plus" href="//plus.google.com/+mdanderson" class="box"
    …   target="_blank"><i class="fa fa-google-plus-square fa-2x"></i></a> <a
    …   aria-label="flickr" href="//flickr.com/photos/mdandersoncancercenter" class="box"
    …   target="_blank"><i class="fa fa-flickr fa-2x"></i></a>
119968  </div>
119969  </div>
119970  </div>
119971  <div class="footer-cta-wrapper">
119972  <div class="footer-cta">
119973  <a href="https://www.mdanderson.org/publications.html">Subscribe to Publications</a>
119974  </div>
119975  </div>
119976  </div>
119977  </div>
119978  <div class="footer-links">
119979  <div class="col2 mda-logo">
119980  <a href="/"><img class="desktop"
    …   src="/content/mda/en/_jcr_content/footer/desktoplogo.resize.png" alt="MD Anderson
    …   logo"><img class="mobile"
    …   src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
    …   j92o1m7p2y.png" alt="MD Anderson logo"></a>
119981  </div>
119982  <div class="col1"></div>
119983  <div class="col2">
119984  <ul>
119985  <li class="title">Explore
119986  <div class="toggle"></div>
119987  </li>
119988  <li><a href="https://www.mdanderson.org/patients-family.html" target="_self">Patients
    …   &amp; Family <span>
119989  </span>
119990  </a></li>
119991  <li><a href="https://www.mdanderson.org/prevention-screening.html"
    …   target="_self">Prevention &amp; Screening <span>
119992  </span>
119993  </a></li>
119994  <li><a href="https://www.mdanderson.org/donors-volunteers.html" target="_self">Donors
```

```
119994… &amp; Volunteers <span>
119995 </span>
119996 </a></li>
119997 <li><a href="https://www.mdanderson.org/for-physicians.html" target="_self">For
    … Physicians <span>
119998 </span>
119999 </a></li>
120000 <li><a href="http://www.mdanderson.org/education-and-research/index.html"
    … target="_self">Education &amp; Research <span>
120001 </span>
120002 </a></li>
120003 <li><a href="https://www.mdanderson.org/knowledge-center.html"
    … target="_self">Knowledge Center <span>
120004 </span>
120005 </a></li>
120006 </ul>
120007 </div>
120008 <div class="col2">
120009 <ul>
120010 <li class="title">About
120011 <div class="toggle"></div>
120012 </li>
120013 <li><a href="https://www.mdanderson.org/about-md-anderson.html" target="_self">About
    … MD Anderson <span>
120014 </span>
120015 </a></li>
120016 <li><a href="https://www.mdanderson.org/about-md-anderson/careers.html"
    … target="_self">Careers <span>
120017 </span>
120018 </a></li>
120019 <li><a href="http://www3.mdanderson.org/calendar/" target="_self">Events <span>
120020 </span>
120021 </a></li>
120022 <li><a href="https://www.mdanderson.org/publications.html"
    … target="_self">Publications <span>
120023 </span>
120024 </a></li>
120025 <li><a href="https://www.mdanderson.org/newsroom.html" target="_self">Newsroom <span>
120026 </span>
120027 </a></li>
120028 <li><a href="https://www.mdanderson.org/about-md-anderson/employee-resources.html"
    … target="_self">For Employees <span>
120029 </span>
120030 </a></li>
120031 </ul>
120032 </div>
120033 <div class="col2">
120034 <ul>
120035 <li class="title">Finding Your Way
120036 <div class="toggle"></div>
120037 </li>
120038 <li><a href="https://www4.mdanderson.org/peoplefinder/" target="_self">Directory
    … <span>
120039 </span>
120040 </a></li>
120041 <li><a href="https://www.mdanderson.org/about-md-anderson/our-locations.html"
    … target="_self">Locations <span>
120042 </span>
120043 </a></li>
120044 <li><a href="http://access.mdanderson.org/" aria-label=" Opens a new window"
    … target="_blank">Directions <span class="mda-icon-linkout">
120045 </span>
120046 </a></li>
120047 <li><a href="https://www.mdanderson.org/patients-family/html-sitemap.html"
    … target="_self">Sitemap <span>
120048 </span>
120049 </a></li>
120050 </ul>
```

```
120051 </div>
120052 <div class="col3 last">
120053 <ul id="get-in-touch">
120054 <li class="title">GET IN TOUCH
120055 <div class="toggle"></div>
120056 </li>
120057 <li class="footer-contact-item ">
120058 <a href="tel:1%20877%20632%206789">
120059 <div class="icon-circle">
120060 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
     … mda-icon-call-stroke mda-stack-1x mda-inverse"></i>
120061 </span>
120062 </div> Call
120063 <div class="footer-contact-bold">1 877 632 6789</div>
120064 </a>
120065 </li>
120066 <li class="footer-contact-item onlyLabel">
120067 <a href="https://www4.mdanderson.org/contact/ask-a-question/index.cfm"
     … id="patients_family_footer">
120068 <div class="icon-circle">
120069 <span class="fa-stack fa-2x"> <i class="fa fa-circle fa-stack-2x"></i> <i class="fa
     … mda-icon-knowledgecenter mda-stack-1x mda-inverse"></i>
120070 </span>
120071 </div>Ask a question
120072 <div class="footer-contact-bold"></div>
120073 </a>
120074 </li>
120075 </ul>
120076 </div>
120077 </div>
120078 <div class="footer-links sublink-container">
120079 <div class="footer-sublinks">
120080 <div class="sublinks-list-container">
120081 <ul class="">
120082 <li class="title">More
120083 <div class="toggle"></div>
120084 </li>
120085 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
     … site-policies/privacy-policy.html" id="patients_family_footer_1" target="_self">
     … Privacy Policy <span>
120086 </span>
120087 </a></li>
120088 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/business-legal/legal-and-policy/
     … legal-statements.html" id="patients_family_footer_2" target="_self"> Legal Statement
     … &amp; Policies <span>
120089 </span>
120090 </a></li>
120091 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/facts-history/u-t-system-reports.
     … html" id="patients_family_footer_3" target="_self"> Reports to the State <span>
120092 </span>
120093 </a></li>
120094 <li><a href="http://www3.mdanderson.org/emergencyalert/"
     … id="patients_family_footer_4" target="_self"> Emergency Alert Information <span>
120095 </span>
120096 </a></li>
120097 <li><a href="https://www.mdanderson.org/about-md-anderson/state-of-texas-links.html"
     … id="patients_family_footer_5" target="_self"> State of Texas Links <span>
120098 </span>
120099 </a></li>
120100 <li><a
     … href="https://www.mdanderson.org/about-md-anderson/our-locations/md-anderson-cancer-
     … network.html" id="patients_family_footer_6" target="_self"> MD Anderson Cancer
     … Network <span>
120101 </span>
120102 </a></li>
```

```
120103  <li><a
    …   href="https://www.mdanderson.org/about-md-anderson/business-legal/doing-business/
    …   vendors-and-suppliers.html" id="patients_family_footer_7" target="_self"> Vendors
        &amp; Suppliers <span>
120104  </span>
120105  </a></li>
120106  </ul>
120107  </div>
120108  </div>
120109  </div>
120110  <div class="bottom-footer-bar">
120111  <a href="/"><img class="logo"
    …   src="/content/mda/en/_jcr_content/footer/xmobilelogo.resize.png.pagespeed.ic.
    …   j92o1m7p2y.png" alt="MD Anderson logo"></a>
120112  <p class="copyright">© 2016 The University of Texas <span class="nowrap">MD
        Anderson</span>
120113  Cancer Center</p>
120114  </div>
120115  </footer>
120116  </section>
120117  </div>
120118  </main>
120119  <div id="l-modal">
120120  <a class="modal-close" href="#"><i class="fa fa-times"></i></a>
120121  <div class="l-modal-body"></div>
120122  </div>
120123  <div>
120124  <script
    …   src="/etc/designs/mda/mda-web/external.min.98e3ca0b8766be3e6ebd01327878078d.js"></
    …   script>
120125  <script
    …   src="/etc/designs/mda/mda-web/internal.min.7cee0e4a2dedbf48438d69ad70a5f5ff.js.
    …   pagespeed.jm.Dtwaq-lxy9.js"></script>
120126  </div>
120127  <script>jwplayer.key="25N2ZOTmozz/3c1gpM+ktqtrPMfPodASwMaINdctO0Q="</script>
120128  <!--[if gt IE 8]>
120129  <script
    …   src="/etc/designs/mda/core-design/clientlib-external/js/picturefill/picturefill.js"><
    …   /script>
120130  <!--<![endif]-->
120131  <!--[if lt IE 9]>
120132  <script data-sly-test="/etc/designs/mda/mda-web"
    …   src="/etc/designs/mda/mda-web/clientlib-external/js/app.ie8fallback.js"></script>
120133  <![endif]-->
120134  <!--googleon: all-->
120135  </body>
120136  </html>
120137
120138  **************************************************
120139  The following data is from melanoma_org-20160913-addthis_widget_js.txt
120140  **************************************************
120141  !function(e){function t(n){if(a[n])return a[n].exports;var
    …   o=a[n]={exports:{},id:n,loaded:!1};return
    …   e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
    …   n=window.atwpjp;window.atwpjp=function(a,i){for(var
    …   r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
    …   l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
    …   function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
    …   break;default:e[r]=e[l]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
    …   a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
    …   0!==o[e])o[e].push(n);else{o[e]=[n];var
    …   a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
    …   "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
    …   custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:
    …   b03e4b5432b476cfa64b",2:"eed12cdd783d40920df9",3:"dced1dd759452d831e67",4:"
    …   d07897a6745401c003a9a",5:"9d8f7cd9df43edaaa813",6:"15cb62eb7649b3659777",7:"
    …   371656d11b4578a0877d",8:"f89a468ad5713b335f93",9:"d0bd5014d3b03b62d914",10:"
    …   61b4247b671946f6e8bc",11:"e63c8f7db6bb02e57aa5",12:"836e261c1ba6264f43b8",13:"
```

120141... 82709afa97b7dd4f089404e514e27d88a90df2736c5bf4c3f9547eab4c18cceb9263a1ab004,16:"
fa03edf3acfc8e54dde5",17:"f65ef497f1ac1aaac39c",18:"30b7adeceb0b2c1d6390",19:"
341b105001b4a7d9dcb6",20:"302f0a69f42119ad5ebf",21:"f366e891e92283645dd9",22:"
60c30b653780deacf1a6",23:"09f77679ae232bae8b63",24:"d89737bfc52cf6e0f789",25:"
9aac919cebf66946272d",26:"ddab99b7cf801c4eb121",27:"3c37f637e523f64f287c",28:"
99bcff6d872e8f095ea9",29:"8fee26c59577fd781d23",30:"54ddcfbe80ff308e7a6f",31:"
222f7a275fda0072c6e",32:"acfe148437ca61a088a9",33:"ac9d668e9a6d7696d1bb",34:"
72d94c6c4072db7eb6a9",35:"c64bc44f7611926cc931",36:"da03a9809c7c2ea7a409",37:"
5f15d5987a72e860ff4e",38:"8a925a22ef01127f3cef",39:"95245639d9573a1d1125",40:"
7c7671c01a767271cc5d",41:"ed2e4ae544555674385d",42:"5261816a618b54239f88",43:"
f07c37cb7073ec154866",44:"2b67e279a59215ea0e5d",45:"77c2107f117574263799",46:"
833955cb9f47adf758ed",47:"21c6135d7bc33e5db55f",48:"cf95ac0f90df348e6ca7",49:"
e847482649f5339fd26c",50:"e64a7a347c35cbf8ac5d",51:"385a219ae90dd73537a3",52:"
b11b3766f1c5972b02da",53:"19b4b22cd245cbc43cfe",54:"5d7a4c43c29281e18c87",55:"
da1e84bb86c4ba006418",56:"af930939c3841d287c20",57:"b38d2f08a3014730cbdf",58:"
be7d8bec58c8bed027e4",59:"e782ba2b1703cffc3911",60:"c8b5896b08cf68d4ae72",61:"
bf2192c7f75307277d8b",62:"70970c2ebbc8bb273350",63:"0c421f068a994e192963",64:"
df509574777ffaff83f1",65:"e7f044186891f7d4e4d9",66:"0d8411bac3b3256f7788",67:"
8529a018f8ac4da842c9",68:"f0a5b074cb7050362a07",69:"c82c4f98897cad99d4bb",70:"
56caa96de6b5846681e1",71:"6d3db377c8f5f7ba3f7d",72:"c45d011dae10e0aaad29",73:"
5786509d91eb65c0808e",74:"1ff5aced2759465ea6df",75:"9fbddb82db1fb5fd3266",76:"
f3bf35dafa178219d934",77:"8d65fa66cc8433ac008f",78:"0f7c5af3be660a704ff7",79:"
7c315e13b72a2e3a4a30",80:"42058eee3589fd4a0e32",81:"8a3f4fb00463ca91cf90",82:"
a3631d2865819c086709",83:"8cef223dddbee48fa3a9",84:"d9a25b160cc1d3e576e5",85:"
9378ecb669093c180c57",86:"0d7b791290c9e3e93561",87:"144fbdf3a46723f334c2",88:"
6f5a297e823eca1272a8",89:"071533bf9bc920a58423",90:"247e8e71f833cccd11ad",91:"
3c2a07162e6ce056ec55",92:"2977902ffd6a5f0441fb",93:"691112f71425daafc180",94:"
0b4b68fdea2a248f3487",95:"00d385721d196cd6300c",96:"b67d84482b5fc642deda",97:"
3ff8ed02874ed9fd7bc5",98:"c584e2da5dbbbab72796",99:"460689f8c337db749b08",100:"
7ee72566e872ed86ae3d",101:"615cc6c247b20beb3d5d",102:"c45316d5830ad9b24567",103:"
57600c99f6cb3abb9ac2",104:"a53bc9a90e0cac4601f5",105:"9e0bc3dd933825965c9b",106:"
1e0bbf06d11a60d38b98",107:"b07b14b1f144d8538d09",108:"1d3addc4b42a31a72439",109:"
173f117c26d687256ec7",110:"fa4dcbeb5db9e6a06c6e",111:"22913b089b76260813cd",112:"
18662dd73cea8077d33f",113:"a56b59bff47302f0ddc5",114:"dffac40ce68f9a9bc49a",115:"
c5920b92071a029b1a19",116:"dc5bece1d2548d7ddd93",117:"6a3f1c90a74af979e6a2",118:"
6d16b03ee226c61e2ef5",119:"c5a3b7c1b9e14265de09",120:"a2e563f5da3dca5471ac",121:"
8c0e8aad5564cf55f36d",122:"a35c4c0f01ef9c1d865d",123:"f096ba8495fa05018f12",124:"
833a970478470f9e0ce0",125:"96f30ed60259876eec01",126:"fff42e0874643833295d",127:"
3b7381b798422697f39e",128:"f8e477c606979a664e72",129:"91f003006ebcaf77369f",130:"
5e5854ff1bcf1e5ec347",131:"f8a139868b64534e8531",132:"4e1627d6939391d6e61e",133:"
c0392c9735125c54fab0",134:"b2f3a017addcb3d394f0",135:"9e2d6444f6fc8e6ddc3b",136:"
dbc22b2f219e0ce3964",137:"04585bfedff39713cb5a",138:"766b4e0db1ffdc497e52",139:"
fa7931186b4a7feba43e",140:"af4b932cae27c99966e7",141:"9aa22e76d4083ecf4401",142:"
dd617ab560c64deb8930",143:"fdb9bf8a949140a98bb2",144:"d5aa92ad7e538b2cd1bb",145:"
8278b99da841467502fa",146:"236dd807eb999bccfe43",147:"9bb076205f7c2625be37",148:"
6d5855c4517ab618f42",149:"45f109ad426a83470536",150:"0c898cd827c11004b058",151:"
48621f25d7dbc4d4b5d7",152:"491294e215f823ae26ef",153:"7035f2eb86cac328fea9",154:"
6c7a1b275d441dac2c8c",155:"d29074d6232ad46b241a",156:"0b3e8012a8af2aa099ed",157:"
0f5c12f9cca66b672f00",158:"81f078668d5e0606a4ae",159:"09b22932ebb409130d84",160:"
223a5b3121db04158722",161:"b6fb44c9cdaae99e18c",162:"afc377488e89ae26ae4b",163:"
61ec5123b444b9e0f528",164:"90585974845e8fcb05ff",165:"1b593d495db49562d4e6",166:"
32f60530426e08efc582",167:"4a5de1d21431eac1615d",168:"2ab6456dd1c49aa161f8",169:"
cf8379d5d8ab3bd33ce8",170:"d817b1bb7a5e6abb518f",171:"e0bf5afe42853e6bba79",172:"
6b50e9bd93b293c53bac",173:"25f1f9eb9c827e97dbb2",174:"c211090ca1f7acc4cd97",175:"
d9125c4e884a37ea087b",176:"b7b90c46daaae2d5b9fb",177:"c0126c41c33f86ecde6a",178:"
4ad795fca50272d08a8c",179:"fd52ddf52284d43fad6c",180:"d37e6e822a11f496629d",181:"
375882f13e70024f5168",182:"55b55aff458cb5b8e9c2",183:"c311469aed25e7b1ee1a",184:"
424235dd33b004f180e4",185:"def8652305e341fe76e7",186:"1ae99934bcbed2012e5e",187:"
89b70e2ce568835e730a",188:"a81a098dcc638fe8ad43",189:"1bc0e285f2a46e757185",190:"
26159625105a73732aea",191:"e45d1d20746ebab5d939",192:"e5832e634ef894e9d915",193:"
af40ad82a94c0c36b5cc",194:"3bdbf09c41caeb29fbbf",195:"7ac20a5987e1e72c2905",196:"
844d89fa09c8ed5004cf",197:"8fd44dc5788ef1e587313",198:"45c5e276f11ec4db2f69",199:"
fb9bbe95317c06b43c7c",200:"d268c05cc2ccd2fec124",201:"de17e8e038bd9f892943",202:"
1b36d9ff916b128de64b",203:"095cb660634b66665a67",204:"274664362708df6c5cde",205:"
acf239ca925016eb37f7",206:"567064c08de12f67187d",207:"7e03e7bd1a23ec1eef10",208:"
9e40641670685b4963a7",209:"6b448f499b62b9e01919",210:"5ba28cd0284a3fe2a39",211:"
ec8f826e46b90e836324",212:"315a34be07a1de6b809e",213:"6605d45e952fbb927787",214:"
7480436b9ff2d7482ccf",215:"45723614dc4d07916a5c",216:"be67cc3ab4d542a205ca",217:"

e6557fd2a98e9f21a334",219:"39c93f1f4793b3c16691",219:"9303998a0b5c7f2a342",220:"
f6aac7ccd0972370e9d8",221:"32f8279f8a4280260662",222:"5fb159d8d8662e09b128",223:"
9c67665d67b2e1793634",224:"ca64d38e1b1cd1ac7133",225:"5f171f910dc9de0b5584",226:"
6c8af8bd91c12de3875a",227:"a997828693d4d7957636",228:"6f7e84d86d5fca9b57f9",229:"
8a420baa891a679887bb",230:"5b3ee32e1d0ff6fb8800",231:"69ad8cb1cf0f7ab7381f",232:"
a1d1b4f988f7cae3074c",233:"966fa89e1f3314cc54c1",234:"cc99e42d9bb87681b676",235:"
51fff7793edc16c9b8fe",236:"c485dd050f60a7ba3e60",237:"f0f0b91bb2c10c8cc831",238:"
354606355048cfaeca32",239:"73d55464eb92a4cc28c1",240:"2fbbc112715675c6c053",241:"
0eddc6023d7d7e6baf71",242:"f8d5f3ad9e0e65b9c143",243:"169cf1307843efc98fbe",244:"
e7d345fce5ad515dfad0",245:"d99e2e5e98e3ea98b1dd",246:"b4d6e068834b7458af8a",247:"
2128902f6895477c528b",248:"0a1ceda875ed1701939e",249:"e87715c9b49915d49d29",250:"
6c106851dcf7f3a199e2",251:"31894b49d1c2c0eb0a47",252:"a4c34d24b2ab08c7185d",253:"
160e197ae46762afc2e4",254:"28bab0a9aeb683dd8691",255:"0d68b21ebaafc10fbaf7",256:"
41cd846cd4547fbbb825",257:"15e488c1cf0444a1efbd",258:"1bc8bb78cc97463fbbba",259:"
8ead5544e85ba574fdc7",260:"d4e5d2c0d36134a43c67",261:"5b0d8e27ee6fdbf3be03",262:"
4a0a6dec48eb3ae3d66f",263:"c87376fec07915209236",264:"78c67309e0979cd7ed91",265:"
b17b728af4192b41861b",266:"67077d32fa417f52ae47",267:"4ef27572b362ea610384",268:"
8d337a9a99a1acd8ff7c",269:"39e3a924cf3784a410c9",270:"01b46e246f82108ca9bb",271:"
d328bafdb61a7fdb39c6",272:"96820adf7ae73c898880",273:"858c91250741e0f713f4",274:"
b3a99daaabd6062f6c88",275:"e7987f920e409dfb4f9f",276:"f8e84b29b91f5a5ad103",277:"
058f2365dfb3312ad19e",278:"a62f9642fbc49b835180",279:"f19a0f428c106d56aeda",280:"
0e9cc2c340d38175a1bb",281:"e01324cd15f8e37b71f",282:"9d576ac03b2eece742ad",283:"
851107ef0acf1f90be09",284:"9138f071d70839819f68",285:"8e157ce8d70ea4b2c7d2",286:"
ec1c4b30b85f73f217ab",287:"485c0c2e352ba192a84b",288:"6c142f3d7cdf73a146a4",289:"
06287f52edce670eff2c",290:"66b6068f3033a35a569d",291:"a907a847e9584dce9794",292:"
71a77544654bdeac3b85",293:"a2a956a9a66da404f0c7",294:"35abbc8ba372182130d0",295:"
125b379fbaa2fe691150",296:"778bb3484028248c6873",297:"72c461ccf1104762df63",298:"
3d13f211604340c95928",299:"48871b2cea434ed98e1f",300:"7744d7a20d3f03b3292b",301:"
adba38f2b1642fbbfc8e",302:"2fce9986973a25099f12",303:"77ec67363a7465cec229",304:"
5212c1b5b3a22fca2e82",305:"020e1800d95e1c91bdc4",306:"584512aa6dc123a2d956",307:"
083b61bad541072c1ac0",308:"e545faa63d9d394210bb",309:"aa40fe4082818575c125",310:"
a430b2e1af677b3d008c",311:"84cf94e653c19d2778eb",312:"68c7ea485e476635a0ff",313:"
0e37f630925b48fd1beb",314:"ef154857e2a1f4298a1f",315:"2de0f6eb77caef6f5889",316:"
2da4d0053bba17c46783",317:"de554f2861f2fd92483c",318:"7c06c717c7233e39b5a8",319:"
daf44e1950973fd127f9",320:"2e0c2a6d77cbb4c200a0",321:"b5e90d712517a5f94dc3",322:"
9593c4a2d0f38aac50c5",323:"9907f41356b93b582608",324:"dbe325c1deeaf78fbb73",325:"
74b1e401678821e477e1",326:"be29d923b3b5112d408a",327:"d847fd0b6c8eee62a742",328:"
21c4d1c26f27ea5f3792",329:"82c3e81f360280306798",330:"596b61d65c49e8a041e6",331:"
01edad166f3aef8740fb",332:"75550422aac8f8409984",333:"0c4bf4c22157155990b1",334:"
1cd935acf680d54d39a6",335:"fe9c339393a331436d50",336:"ceca3373c40221021f13",337:"
8201a0aefca58b3be79b",338:"6ee92a2b99253ec2cd91",339:"635991f28173ec543c29",340:"
b0c00992fbfb2a22f503",341:"ae6c3b718a85c8cb441e",342:"76db0a5032c4e35188f4",343:"
e80e584b22999c75f252",344:"1231d2b8f1b49546be14",345:"3a13ea8f1590e952736f",346:"
32930bb64a539e138765",347:"1945384139658343138f",348:"5559eb3077c6dd225eaf",349:"
eda226c05b2937e81461",350:"dfecd0429a3a957b788e",351:"9704d19b96a01e9c03d7",352:"
24abbdbb5b93a7085af1",353:"5a955afd3ea593248648",354:"f73bd80268cee156ca3f",355:"
7fc679521d3ff24ce253",356:"cfe3b57c0afef84b221a",357:"c783cfa6fb5fcba16bbe",358:"
2d08989ce734fc61aec5",359:"3c0b1fa4fcd7b7a150e0",360:"99a60a04f957d74468cb",361:"
fb0692b769bee9dc468b",362:"bc8d208e12aafce0f22b",363:"4d29a590e4517254c18d",364:"
9e9a09255216f090f797",365:"7cfbbb22fb9eab5049c7",366:"97fc719abef3cc70f3c8",367:"
14cd06a3a4515bfdb9b0",368:"d856998fa6d416ff7b60",369:"0d9bb0c51d42035a0d67",370:"
ab736fb919a0d52f6cc9",371:"c22a6da3b12e67d748de",372:"2ed6621d9943554272f5",373:"
aa73e6fc884eadb1e386",374:"6c862db9c70ca31c5f68",375:"879d4b76c97d2d1d8c4c",376:"
66a3b30dc6fd5c6faf2b",377:"acd6784503b742c7665d",378:"2303293f6c1966462b27",379:"
c1371646b490cce49537",380:"8d141aead09cfe155f7e",381:"cbeb480d99dfce810a07",382:"
1c3f4a60a25b8ba36651",383:"0fdf58c770d7f7343c40",384:"81ddaf084321a84aa47c",385:"
621bb4693c36e1597122",386:"445e74533b12c1f462b3",387:"f0a92b91cd06a47fa4d0",388:"
46699e4758d323442144",389:"f4cc1ba4eabce427b208",390:"f5fa61ada890aa4dc74f",391:"
26acb850a68c52c3f1f8",392:"4b7c5cf86dbb1e89045a",393:"27aef4599543cfa24b78",394:"
81a1169e4d04bea8764d",395:"7a12ecb2acb8b27092b6",396:"bb8ffb73c542f865aca3",397:"
d3a3c0ad04a88c88dec6",398:"4b1bbd75bbe3b017288",399:"b1a664eef66b69be26df",400:"
a7d639e74045c6f9a745",401:"f19a469a51e2a3a95ddf",402:"6d4cb9ca9eba40b60249",403:"
386e2db133adb24b1a9d",404:"440547370e2ed45ce13e",405:"9368c1fe05dd25c280b1",406:"
87b6d586cdd6959c3af0",407:"63e8abab62c184dd0fc2",408:"7027d306a7f2867168e9",409:"
9e584cb68b9c0bf6ff8b",410:"5a683e6d135db3ad2d42",411:"4e3cfba50f26b875dad0",412:"
22f7344586792c9669c3",413:"5bd85bfd2656bda63735a",414:"4b7f965cf93a536f02ce",415:"
8ea041041d1f73dc3c7b",416:"541d419035f2a57b48e3",417:"6ce847d41a3ec0907344",418:"
464746500df0091bb0b9",419:"ab76a685d56cece191b9",420:"72788510eefee484f2b4",421:"

120141...   95dfcaf4a69b1b44df94-452:"b79dae529oe520705693-421:"d869891105c71da4349a",424:"
6cb12036609f8f4f8915",425:"d8fc721fae55d11d4d7f",426:"86744dc9edb58759f2eb",427:"
e4ccec7baf2ae6aa621e",428:"893785040764bec6a203",429:"f8418ada1247f23d6f7e",430:"
e9a08b55a6ae50f7833e",431:"ef3416643184ba2cb6e4",432:"8197ed66981c51699d4a",433:"
6d867aed5d3deb4d87e4",434:"566679db56e7c2ff9607",435:"cd100a8b0d619e31f802",436:"
e5cbec21f768f4e98708",437:"4d81c60c8422c54479b9",438:"127538cccea9edef04d0",439:"
c67f72ab51c199b9a7bd",440:"358303502587f680dea3",441:"a3135a51497b51172cf3",442:"
1aae12cf2287738c42d3",443:"c6e7f84f80a0bc8014bd",444:"72de4f52149a8feb25f5",445:"
112543510ed0d07f504b",446:"c3e2a19e12b7b315c1d4",447:"98c5e900f241cd8a309e",448:"
5a2cd5f26f316a4f0498",449:"5f7fe2a6fc1ffa8bf1af",450:"245e541c8035c120bd77",451:"
6d12d2fafacdaa332f32",452:"4049cc189d398cc1eb3b",453:"a5368675d68eaab34160",454:"
0329d0126f086670a4d4",455:"a6d41def8f93e742864c",456:"71b26c2d028e295de1c2",457:"
05b2f9d4debad51c1862",458:"1f0813aea32375b25144",459:"f3f9ae2a000493c89e99",460:"
96b5a95a7d8c7686cea4",461:"3afd1e5b82ea55fff40d",462:"9983b73de480823fe94",463:"
0b7013f4ca8f4488488a",464:"3f633fe1da43889b7bd0",465:"de5c809690a1c09bc74c",466:"
790d9c4460647e205169",467:"3b214fa10e16bab02f5c",468:"585fd8d8cd6065f7eab8",469:"
e6717c7351f863aad593"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in

```
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return
e}([function(e,t,n){n(804),e.exports=n(82)},function(e,t){e.exports=function(e,t,n){
var a,o;if(n==n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function)if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t,n){var
a=n(640),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z*])|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?(e?"detach":"attach")+"Event"](e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
```

```
isCryptoLessThan:r},var I=4294967295,u=new Date).getTime()}},function(e,t,n){"use
strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){"use strict";var
a=n(2),o=n(29),i=n(20),r=n(44),s=n(77),c=n(132),u=n(6),l=n(142),d=n(783),p=n(9),h=
window,A=h.addthis_share,f=h.encodeURIComponent,g=h._atw;e.exports=function(e,t,n,h,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n]||("undefined"==typeof
g?A:g.share));w.url=f(w.url),w.title=f(w.title||(A||{}).title||""),h="undefined"==
typeof g?h:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
username:h.username,pub:h.pub,ui_email_to:h.ui_email_to,ui_email_from:h.ui_email_from
,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/((([^\/\/\/]*)\/\/|\/\/\/)?([^\/\^\&\#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/\/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\//))t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=n(53),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(832),s=n(1),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0])if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t),t},t)}}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift();return e[t].apply(n,e)}}},function(e,t,n){var
a=n(7),o=n(130).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(20);e.exports=function(e,t,n,c
,u,l){var
d=i(),p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(A.
xid=h,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,A,n)},100)),f?o(p,e,h):p}},function(e,t,n)
{var
```

120141...

```
a=window.encodeURIComponent,o=n(14),i=n(24),r=n(55),s=n(2),e=n(92),e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
h="mailto:?body="+p+"&subject="+s(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(h,{pco:t.product})||"#"}},function(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=e(t||0===e.indexOf("//")?"":"":p+a())
+e,h.insertBefore(l,h.firstChild),o[e]=1,l}return 1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(112),i=n(9),r=n(4),s=n(88);r=n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||""*nopub*"")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(83),o=n(2);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n)return
a.push(i),i}},function(e,t,n){function a(e){return u(A.cookie,";")[e]}function
o(){return g?l:(c("xtc",1),l==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!0}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){A.cookie&&(A.cookie=e+"=; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?";
domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"":";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(32),l=n(2),d=n(66),p=n(8),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e,t){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t){e.exports=
```

```
function(e,t,n){var a,o=[];if(n=n||0==n)return null==n?"":void 0==e)return o;for(a
in e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return(
16777215&a).toString(t)}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o=(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a.length)&&c.call(e)==r||!1};e.exports=1},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(736),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(775),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()|
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(776),o=n(676);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(133);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(833),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(789),o=n(781),i=n(24),r=n(777);e.exports=function(e,t,n,s){return
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=n.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,ahbtob:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(62),o=n(118),i=n(65),r=n(752),s=n(753);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t,n){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
```

120141… a=n(28),o=n(54);e.exports=function(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a)))},e},[]).join("")},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a(["open",e,t,n,r,s,c,u],o()):
_ate.ao.apply(this,arguments))},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|\??/,""))}},function(e,t){e.
exports=function(e,t){e&&e.trim&&"function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return e&&t&&(e=window.encodeURIComponent(e)),e||""}},function(e,t,n){"use
strict";var
a=n(84).wasRequestMade,o=n(84).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){r
120142  n(15)})))}catch(e){}}},function(e,t){e.exports=[]},function(e,t){e.exports={DIRECT:0,
SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
e=f({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function h(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
A=n(126),f=n(12),g=n(13),m=n(1),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:u,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|\#?/,""))}},function(e,t,n){var
a=n(52),o=n(46),i=n(89);e.exports=function t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==("".postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++)var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p.a[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e){for(var
n=Array.prototype.slice.call(arguments,2);return function(){var

```
a=Array.prototype.slice.call(arguments);e.apply(v,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||((g=r()),a=i(u,null,n,c,!1)),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":"";a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}(),function(e,t,n){var
a=n(1);e.exports=function(t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(151);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(107)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(652);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:A["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},h=r["default"].replace(/\{\{((\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=h,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(799),r=a(i),s=n(113),c=a(s),u=n(167),l=a(u),d=n(19),p=a(d),h=n(59),A=a(h),f=n(6),
g=a(f),m=n(29),v=a(m),w=n(738),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(62),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
```

```
120142…  com "},bazar.ch:{},beat2:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:0,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{
name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url
:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},
stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
```

Case 5:16-cv-01282-EJD Document 115 Filed 10/14/16 Page 3504 of 4682

```
120142... vkrutafrozei.ru"},vokopolis:{name:"Vokopolis"},vybralisme:{name:"Vybrali
       SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
       Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
       WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
       :1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
       Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
       :{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
       Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
       :"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
       a=n(2),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
       c=t||550,u=n||1550,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),h=0;d>u&&(h=
       Math.round(d/2-u/2));var
       A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
       u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
       o.push(A),s?A:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
       name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
       top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
       var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
       encodeURIComponent(t.pubid||t.username||t.pubid||n.pubid||n.username||e.addthis_pub||""
       )}},function(e,t,n){"use strict";function a(e){return
       e&&e.__esModule?e:{"default":e}}function o(e){for(var
       t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
       >-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
       t=e.name;return Boolean(t)}function r(e){return
       v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
       e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
       t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
       l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
       p(){return
       w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
       filter(i).sort(l):[]}function h(){return
       w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
       function(e){var
       t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
       w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
       e?parseInt(e.startTime):void 0}function g(){return
       w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
       getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
       ;var
       m=n(34),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
       name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
       300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
       addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
       window.performance&&performance.getEntriesByType instanceof Function}function
       a(){return n()&&performance.mark instanceof
       Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
       strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
       googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
       compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
       function n(e,t){return e=+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
       a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
       a=n(11),o=n(30),i=n(31),r=n(772),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
       t=e.constructor,n=e.length;return"function"==typeof
       t&&t.prototype===e||"function"!=typeof
       e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
       a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
       propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
       (){return this}),c.funcNames="string"==typeof
       Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
       try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),c.exports=c})
       .call(t,function(){return this}())},function(e,t){function n(e){return
       e}e.exports=n},function(e,t){e.exports=function(){return
       window.addthis_cdn||window._atr}},function(e,t,n){var
       a=n(5).isValidCUID,o=n(2),i=n(1);e.exports=function(e){var t;if(e==e||"",o("msi")&&e
       instanceof Object&&e.length){var
       n="";i(e,function(e,t){n?n+=e+"&"+e+"="+t:n=e+"="+t}),e=n}return
       t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
       split(","):[""]}},function(e,t){e.exports=function(e){var
```

120142...

```
t,n,r=e.split("?").pop().toLowerCase().split("&"),o=/?(?:q|search|js|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(63),i=n(16),r=n(2),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function u(e){var
t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
l(e){d&&h.localStorage.removeItem(e)}var
d=n(164),p=n(1),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
e(){tn.layers.length?tn.layers({cfs:!0}):_ate.ipc=!1}function t(){var
t,n,a,o,i,r;ne||h||(h=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
isPayingCustomer(),i=I(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
o,{cfs:!0})):e())}function a(){ne=!0,te||e()}function
o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&e["tool-config"]._default.
widgets&&(e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
widgets,function(t,a){fe(n,t)<0&&a(e.config._default.widgets[t]=a)}),delete
e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
Q(e,t))}var
s=n(99);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
Date).getTime());var
c,u,l,d=Xt.addthis_config||{},p=Vt.title,h=!1,A="undefined"!=typeof
_ate.rdr?_ate.rdr.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
shift(),w=_ate.track.extractOurParameters(A),b=[],x=!!_ate.cookie.rck("nabc"),y=w.cfc
,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
rsi,O=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
=w.gen,L=w.fuid,H=w.csi,F=function(){_ate.track.pcs.length||_ate.track.apc(A-
addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),w=_ate.track.pcs,function(
e,t){s.addPCO(t)}}),P=Xt.ljep||!1,Y=_ate.pub(),J=5e3;-1===(f||"").indexOf(_atr)&&(
_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
);var
K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//")).pop().
split("/"),0===K.indexOf("/")?g=g.shift()+K:(g.pop(),g=g.join("/")+"/"+K),g=document.
location.protocol+"//"+g):g=K,_ate.usu(0,1)),g=g.split("#{").shift(),rt(g),g&&(_ate.
share.links.canonical=g);var
Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.track.truncateURL(A,"fr"),_ate.du=_ate.track.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:O,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1==_ate.cb?_ate.ad.kw():"",_ate.
```

Page 3483

120142…

```
dh=Vt.dh_ate.ssl=a&&r.indexOf("https")!=0?_ate.ab=c||Xt.addthis_ab[|"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,te=!1,ne=!1;if(!(!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,J),D.start(_ate),Xt.
addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(i={rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
[0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.gog(),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||Ot.
setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||(d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(y?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar":(O||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),O?b.push(_ate.track.fcv("rxi",O)):z&&b.push(_ate.track.fcv("rsi",z),(z||O)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||S|
|w.hash&&O||y)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop())}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),F();var
ce=n(739)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(111),i=n(67);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr))var
s={si:l.sid,bl:0|(d.data_use_cookies!==!1&&1),pc:l.pc,data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain===
t.domain?M:t.domain,fp:he(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(80).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{}},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
```

120142

```
_ate.track.ctf(l)+Ee(l),r0),r(u,It)}_ate.track.stf(u)}}}(u=_ate.track.ctf(),u.src
=It+"#"+Ee(l),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))}}}),_ate.
share.inBm)&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),G().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var t={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var
t=t||{},o={},i=Tt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}if(
o[r]!==mn&&Rn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function
m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
s=n(78),h=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=_n[C]?
function(e,t,n){var a=d(n,bn);return
addthis_open(e,C,a.url,a.title,d(t,wn),a)}:zn[C]?function(e,t,n){var a=d(n,bn);return
addthis_sendto(C,d(t,wn),a)}:Sn[C]?function(e,t,n){var a=d(n,bn);return
s(C,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===y&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))}),w===y&&(w=function(e){return
addthis_close()}),b===y&&(b=function(e,t,n){return
addthis_sendto("more",d(t,wn),d(n,bn))}))))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.
className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),C&&"more"!==C&&(R.conf.product=l(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(C?R.onclick=function(){return
b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){
```

120143

```
return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===C)&&(v||Zt("mob"))||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(647)
())){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
.maf.sib.nodeType){var
```

```
e=this.parentNode,i=!(e)?or(R.nextSibling&&3===e.nodeType)?e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}return
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
share):void
0}},Zt("mob")||(R.onmouseover=R.onfocus)),w&&(R.onmouseout=function(){return
w(this)}),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
L(e||window.event||{}),/addthis_button__(compact|expanded|more)bkmore)/.test(R.
className&&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase()){var
S=R.share.url||_ate.share.url;if(_ate.usu(S),C){var
B=f(C,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,l)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,l)&&(D.
className=D.className.split("at15nc").join(""),U="20",D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[C]||("mailto"===C||"email"===C&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(C,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{if(a.follow){if("twitter"!==C?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow!=0,R.onclick=function(e){return
_ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Pt(C).replace("
_follow",""),R.appendChild(I)}}else
_ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
H(C,R.share),!1});R.conf.follow||tn.addEvents(R,C,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
O=Pt(C,!B);Mn[C]&&En.push({link:R,title:C}),R.title=i(a.follow?kn[C]?kn[C]:"Follow on
"+O:Mn[C]?Mn[C]:O),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,h=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=O.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace("_more","")).split(","),l.split(",");do
u=p[t++],h[u]&&(u=h[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Ft.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u=e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(166),h=n(637),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null===x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
```

120143...

```
?_[1];b=!f(B)}if(f(R.conf,and)){B.share,pn})B&&_ate.shareTextReturn(B,x,Z)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(R.length,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf==
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!An){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Gt(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Kt(B)&&Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&"object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!=o._trackSocial(c,u,a.url):o._trackEvent?("addthis",e,
s):n.data_ga_social&&"google_plusone"!=r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,yn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),Cn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,Cn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"
count"),w(yn,null,null,!1),w(Cn,null,null,!1))}function y(){if(!gn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||((e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}}function C(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(154),n(813)(),n(
745),n(744);var
k,M,R,_=n(721),z=n(649),S=window.encodeURIComponent,B=n(19),D=n(88),U=n(821),I=n(780)
,O=n(98),N=n(4),T=n(830),Q=n(146),V=n(153),j=n(93),L=n(691),H=n(95),F=n(63),G=n(133),
```

```
120143... P=n(147),Ce=n(802),Pe=n(33),Xe=n(799),q=n(48),X=n(724),Y=n(21),ee=n(151
),te=n(808),ne=n(83),ae=n(806),oe=n(807),ie=n(152),re=n(85),se=n(84),ce=n(59),ue=n(47
),le=n(17),de=n(38),pe=n(163).truncationList,he=n(163).truncateURL,Ae=n(827),fe=n(828
),ge=n(55),me=n(164),ve=n(26),r=n(42),we=n(1),be=n(25),xe=n(109),ye=n(39),Ce=n(54),Ee
=n(18),ke=n(12),Me=n(44),Re=n(692),_=n(32),ze=n(829),Se=n(13),Be=n(20),De=n(3).
listen,Ue=n(3).unlisten,Ie=n(8).getDomain,Oe=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(51).PolyEvent,Fe=n(51).EventDispatcher,Ge=n
(108),Pe=n(797),Ye=n(77),Je=n(139),Ke=n(4),Ze=n(643),We=n(803),qe=n(683),Xe=n(149),$e
=n(27),et=n(161),tt=n(811),nt=n(5),at=n(37),ot=n(102),it=n(52),rt=n(785),st=n(46),ct=
n(53),ut=n(89),lt=n(127).processAdEvents,dt=n(127).processAllScripts,pt=n(97),ht=n(
788),At=n(81),ft=n(144),gt=n(145),mt=n(142),vt=n(101),wt=n(136),bt=n(798),xt=n(135),
yt=n(90),Ct=n(50),Et=n(129),kt=n(76),Mt=n(682),Rt=n(60),_t=n(58),zt=n(148),St=n(822),
Bt=n(130),Dt=n(800),Ut=n(7),It=n(796).source,Ot=n(733),Nt=n(648),Tt=n(737),Qt=n(22),
Vt=n(6),jt=n(66),Lt=n(119),Ht=n(23),Ft=n(61),Gt=n(638),Pt=n(41),Yt=n(754),Jt=n(91),Kt
=n(634),Zt=n(2),Wt=n(29),qt=n(126),Xt=window,$t=document;try{P=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(143),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(137)(_ate);if(_ate.evl=Ae,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:ye,strip:Ce,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Ie,gUQS:Oe,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Fe},_ate.ed=new
Fe(_ate),_adr=Ge,_ate.plo=G(),_ate.lad=J,_ate.pub=jt,_ate.ver=Ye,_ate.rsu
=Je,!_atc.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Ke,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rck:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=ht
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(80),ref:{r_ondomain:Ct.ON_DOMAIN,
r_offdomain:Ct.OFF_DOMAIN,r_direct:Ct.DIRECT,r_search:Ct.SEARCH},gub:xt,clr:Et,iss:yt
,fst:kt}),ke(_ate.data,{storage:{all:At.getAll,clear:At.removeAll,add:At.add,get:At.
get,remove:At.remove,exists:At.exists,preRemove:At.removeByPrefix},bloom:{filter:ft,
library:gt(At,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:Bt.
logURL,seenBefore:Bt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:Oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:he,opp:de,ajs:le,jlo:q,ao:K,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isIn:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=at.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild)),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
```

120143...

```
n||(m||!_atc_.atf,_ate.bro.req&&_ate.bro.msi&&p.innerHTML="<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+'">",a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc_.atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).
version&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit&&
128)|(e.$BTB&&256)|(e.meebo&&512)|(e.gigya&&1024)|(e.SHARETHIS&&2048)|(e._qevents&&
4096)|(e.twttr&&8192)|(e.postwidgetnamespace&&16384)|(e.a2a&&32768)|(e.SHRSB_Settings
&&65536)|(e._sf_async_config&&131072)|(e.Shopify&&262144))function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=It+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.du:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>=-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xtr?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du2?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu
(e.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:u})}()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
```

```
... _ate.util.fromKV(n.data)else=_ate.util.fromKV(e.data)else!=e.data);for(var
... a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
... e.replace(/[a-zA-Z]/g,function(e){return
... String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
... t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
... /g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
... function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
... o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
... "),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
... o(){var
... e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
... for(;r--;){var
... s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
... ,s=s.toLowerCase();var
... u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
... ,"keywords"===s&&u&&a(u)}return o}function i(e){var
... t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
... +)m.push(t)}function r(){var
... e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
... getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
... ("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
... );return i}function s(){var t=l(),n={},a="";if(!t||0===t.length)return
... n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
... (n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
... m.join(",")}function u(){var
... e=document.charset||document.characterSet||document.inputEncoding||document.
... defaultCharset;if(!e){var
... t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
... 14?"":e}for(var
... l=n(158),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
... chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
... length,m=[],v={},w={};f--;)w[e(h[f])]=1;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
... ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
... e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
... function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
... t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}}function
... n(t){e({pixu:t})}var
... a=[],o=!_ate.upm||(_ate.dat||{}).rdy,_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
... ),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
... _ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
... t=0;t<a.length;t++)e(a[t])})}(),function(){function
... e(e,t,n,a,o,i,r){return"function"!=typeof
... r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
... i?function(){a&&a.apply(n,arguments);var
... t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
... function(){i.apply(n,t)}),e.load()}):function(i,r,s){i&&(i=_ate.util.select(i),i.
... length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
... addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
... n,a=function(){throw new Error("Invalid internal API
... request")},o=t&&t.context||window.addthis||a||t.resources instanceof
... Array&&t.resources=new
... _ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
... method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
... e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
... )}}function
... n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
... context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
... ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
... e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
... href);return a}function t(e,t,n){var a=e.xid;return
... t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
... .gcc(a,(_ate.smd||_ate.smd||{}).gen||0)+(n||""):""}function
... a(e){return!(e.templates&&templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
... o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
... i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
... unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
... addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){A[e]=t})}function
... s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
```

120143…

```
u(e,t,n){if(A[e])try{return
A[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n
})})}function d(e,t,n){var a=function(){};return
f[e]?((!f[e].require||f[e].require(e,t,n)&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}var
p=n(14),h=e(),A={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(128),ocw:F,onw:n(22),caw:n(782),stw:n(78),siw:n(140),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Jt,svcurl:n(132),track:j,notify:i,links:h,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Vt.du.indexOf(_atr)||_ate.sub||m||(a(){if(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){A[e
]||(i("facebook_like",e),A[e]=1)}),FB.Event.subscribe("edge.remove",function(e){A[e]&
&(i("facebook_unlike",e),A[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})}):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1))}function s(e,t){var
n="fb-root",o=h.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else if(!i&&(o||(o=h.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=h.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=h.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:x?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c())}}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1)}function
l(e,t,n,a){a||(a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=h.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"."+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.
firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:
100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
```

120143

```
scrolling="no" allowtransparency="true" scrollbars="no" frameborder="0"
src=\"javascript:''\"":"")+"></iframe>",a=t.firstChild):a=h.ce("iframe"),a.style.
overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
=t.ost=1}}var
p,h=document,A={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==h.domain.search(/\.addthis\.com$/
i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
t,a=e.el,o=n(42);return
t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
window.gapi&&window.gapi.plusone}function t(){if(e())return
void(gapi&&gapi.plusone&&"[object
Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
i){i=1;var n=new
_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
addEventListener("load",function(){t()}),n.load()}}function n(e){var
t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
._at_plusonecallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
a(e,n,a){if(!e.ost){var
o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
lang||("undefined"==typeof
i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||i.lang||_ate.ggl((n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
("google_plusone_share",n.share,addthis_config),
```

120144

```
i.action="share",_ate.share.goog.sub(n),_ate.util.each(i,function(e,t){r.
setAttribute(e,t)}),E(e,r,"google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1
,t()}}function c(e,n){if(!e.ost){e.title="Follow on Google+";var
a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"",_badge"===a.size|
|"smallbadge"===a.size){var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+'<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+'px;height:"+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
```

120144...

```
n=(t.attributes||{})[i]="g+plusone"ilhref"]](i).value||(window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}})e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className=this.
className.replace(/at300b/i,"at300bo"):e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n})(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+_ate.bro.ie6?' src=\"javascript:\'\'\"":"")+'
style="width:'+r.width+";
height:"+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
|i.title||(addthis_share||{}).title||"",pinitButton.src=_ate.rsrcs.pinit+(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url"+S(r.url)+"&media="+S(r.media||i.media||"")+"&
description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cbs+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
.addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
.addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
pinterest_share={});var
n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
description,H("pinterest_share",e(i,r))})}else{var
u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
addthis_share.passthrough.pinterest_share={});var
t=Xt.addthis_share.passthrough.pinterest_share;return
t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
)}}})}(),function(){function e(e,i,r){if(!e.ost){var
s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
:"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e}}(),function(){_ate.share=_ate.share||{},_ate.share.
```

120144...

```
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
n(){return
e()&&1===r?(t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?A.text
:t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
hashtags=s.hashtags||A.hashtags||"",(s.via||A.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||A.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i))?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+u+'px;
height:'+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_ate.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o))else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
```

Page 3494

```
n,a,r=t(e).split("|"),i=e.share.t.watch||"top",s=e.height||25,o=r.p.counter||(o.counter="
horizontal"||(i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:'\'\"":'"')+' style="width:'+r+'px;
height:'+s+'px;'></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?"?"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:b}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}})}(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php",n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Ft.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||""),l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n}(),c=[],l=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Ft.map[i]!==M||i.indexOf("
facebook_")>-1&&Ft.map.facebook!==M)&&l++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(a)},o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,e.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Ft.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,css:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(","):[],u=O.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
```

```
... |s),addthis_options=(l=s),"":"")+addthis_options,s&&(addthis_options&&-1===
... |addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s)&&
... |(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
... |addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
... |services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
... |window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
... |{var
... |A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
... |).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"",_=R.indexOf("
... |ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
... |&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
... |++)w[v[B]]=1,f=h[v[B]]||new
... |RegExp("(?:^|,)("+v[B]+")(?:$|,)"),h[v[B]]=f,addthis_options=addthis_options.replace(
... |f,","}.replace(",","","),n.services_compact&&(n.services_compact=n.services_compact.
... |replace(f,",").replace(",","","));for(B=0;B<g.length;B++)A=g[B],w[A]||(f=h[A]||new
... |RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,-1===b.search(f)&&m.unshift(A));for(B=0;B<s.
... |length&&E>B;B++)A=s[B],f=h[A]||new
... |RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1&&C++;for(B=0;B<s.
... |length&&!(x.length>=E);B++)A=s[B],y[A]||w[A]||!(Ft.map[A]!==M||A.indexOf("facebook_")
... |>-1)||(y[A]=1,f=h[A]||new
... |RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
... |addthis_options=addthis_options.replace(f,",").replace(",","","),k++):x.push(A));for(
... |addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
... |addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
... |,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()&&!_&&(
... |addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
... |.split(",").length>11;)addthis_options=addthis_options.replace(",",").slice(0,-1).join(",
... |");var
... |z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
... |).length;if(S%2===0||11>S)for(var
... |B=Math.min(S,11),D=u.split(","),U=S;11>U||U%2===0)&&B<D.length;){var
... |I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
... |addthis_options.split(",").slice(0,-1).join(","));break}}else
... |w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
... |indexOf(a[0].code)){var
... |N=addthis_options.replace(",more","").split(",").pop();addthis_options=
... |addthis_options.replace(N,a[0].code)}-1===addthis_options.indexOf(",more")&&(
... |addthis_options+=",more")}return
... |n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
... |c,u,l,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
... |_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
... |instanceof Array){n={};for(var
... |a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
... |in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
... |n[e]},t.has=function(e){if("string"==typeof
... |e&&(e=e.split(",")),0===e.length)return!1;for(var
... |t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
... |==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
... |a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
... |t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
... |if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
... |n.hasOwnProperty(e)},t.isEmpty=function(){for(var e=0)return
... |_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
... |0}),!!e},t.keys=function(){return
... |Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
... |,function(){function e(){function t(){}function n(e){}function a(){return!0}function
... |o(e){try{if(!e||!e.url)return!1;var
... |t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
... |,"");return
... |t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
... |url),w[e.url])}catch(a){}return!1}function i(e){function t(){for(var
... |t=0,a=[];i(r--,0===r)for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
... |g===b?void 0:(v=!1,d(b)),void
... |i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
... |function(e,t,n){return
... |t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
... |length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
... |n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
```

120144...

```
JSON.parse(m[n])}catch(t){}m.o?(w=!1,o&&(m.o=w!2):m={o:2})else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})}),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(l.push(n),void t())})})})}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+e.sid)),t}
function d(e){return!e||e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab&&name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds=setTestCell:d,
getTestCell:p,ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime(),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate.sh.t.split(",");},
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share")var
o=_ate._uss=_duc(e.uss).split(",");if(Xt.addthis_ssh){var
i={},r=[];r[for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(s=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
```

120144…

```
…  :e.bus)),e.vtss&&(_ate.evts=parseInt(e.vts,10)),_ate.ed.fire("addthis-internal.data.vts
     ",{},{vts:e.vts})),e.geo){try{_ate.geo="string"==typeof
     e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
     geo",{},{geo:_ate.geo})}return
…  e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
     _ate.ed.fire("addthis-internal.data.rdy"):void 0)},_ate._rec.push(function(e){var
     t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
     du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
     un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
…  ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
     auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
     provider_uid)),ln.logout&&(un.logout=1),_ate.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
     &&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
     _ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
     ]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
     ("+ln.onready+")
…  not
     defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
     addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
     loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
     addthis_clickout&&_ate.lad(["cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
…  ,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
     adding json2"),n(689),_adr.append(o)}),function(){function e(e){return
…  _ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
     t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
     _ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
     _ate.util.rfromKV(e)}}function n(e){var
…  n;if(!o||".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
     =e.origin,a(n)}}function
…  a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
     o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
     addthis.com")&&(o=!0),Xt.attachEvent?Xt.attachEvent("onmessage",n,!1):$t.attachEvent
     ("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
     r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
     payload:a}),"*")},0)}}}}(),tn.addEventListener("addthis.emailShare.close",function()
     {_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
     n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
…  a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
     o=e[a],i=t[a];return"string"!=typeof
…  o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
     ,n?o-o:o-i)}function i(){for(var
     e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
     r=t||[],s=0===r.length?{}:i(r),c=r;return
…  r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
     if(e){if(c._map[e.name||e])return void c.add(e)}},c.toMap=function(e){e||(e="name");for(
     var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
     t},c.map=c.toMap,c.has=function(e){return
…  c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
     e&&(e=e.split(",")),0===e.length)return!1;for(var
…  t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
     string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
…  t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
     0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
…  i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
     r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
     n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
     n},c.filter=function(t){for(var
     n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
     return
…  e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
     _ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
…  e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
     and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
     code must consist entirely of letters, numbers and
     underscores.");return!0}tn.logShare=function(t,n,a,o){var
…  i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
     t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
     url=t,_ate.share.track(n,0,r,i)),tn.addClickTag=function(t,a,o,i){var
…  t=t||o&&o.url||addthis_share.url,r=n(24);return
```

120144...

```
e(a)return _ate.track.eurl(y(t,a),y(),C)}}(),window.addthis||(window.addthis={}),tn.user=
function(){function e(e,t){return
ve(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||t)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),e},[["uid",""],["geo",""],["_ssh",[]]])})}
function o(){_=1,n({rdy:1})}function i(e){return
_ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
.HIGH
```

120145...

```
})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.services=o
,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source=m(),S.
location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("addthis.
user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.addthis_translations
?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("addthis.i18n.ready",
function(){u(e)}),_ate.alg())}function l(e){u(e)}function d(){return
_ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){A("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
v(){return A("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Ft.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function C(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1;return!0}return!1}function
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=1,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())};var
S={ready:u,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w};return
tn.session={source:m,isSocial:h("isl",y),isSearch:h("ish",C)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api);var
```

Page 3499

120145…

```
dn,pn,mn,An,rn,sn,document,gn=num=m,kt=window,vn={},nn={},on={},xn=null,yn=[],Cn=[],
En=[],kn={rss:"Subscribe",Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),An=1),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){var"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
RegExp("&"+t+"=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),h=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(655),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(654)})
,_atc._ld_barcss=1),!l.fixed)))){l.fixed=!0;for(var
A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
appendChild(f),A.appendChild(a),l.appendChild(A),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large")))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,share,!o,!o),l.appendChild(h)),h.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),y(),_ate.share.sub(),e&&"function"==typeof
e&&e())},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),C(),_atc.xol?(y(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn)}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Kt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(n(790)),function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",ben:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
```

```
:"eu",eu:1,fa:"fa",fa:1,fi:"fi",fi:1,fil:"fil",fo:"fo",heo:"heo",fil:1,fre:"fr",
ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gul:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk",zh-tr:1,"chi-tr":"
zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
:"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase(),0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js"),c=!0)}function o(){return c}var
i=n(17),r=n(21),s=n(152),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(2),i=n(45),r=n(36),s=n(7),u=n(60),l=n(44),d=n(29),p=n(19);e.
exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(2),i=n(14),r=n(86);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(102).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;t.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location),loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(76);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[1]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(751),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(12),r=n(134),s=n(9),c=n(5).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
```

```
t+"".window.encodeURIComponent(e)}.join("&");return//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(5).makeCUID,i=n(17),r=n(20);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(820),o=n(814),i=n(7),r=n(36),s=n(86),c=n(815),u=n(87),l=n(816),d=n(156),p=n(155),
h=n(16),A=n(24),f=n(128),g=n(14),m=n(140),v=n(78),w=n(45),b=n(2),x=n(22),y=n(35),C=n(
9),E=n(20),k=n(47),M=n(94),R=window,_=document;e.exports=function(e,t){var
n=R.addthis_config?E(R.addthis_config):{},z=R.addthis_share?E(R.addthis_share):{};
switch(t=t||[],n.product=t.product,z.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=C(),z.service=e,z.media=void
0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
0!==t.title?t.title:z.title,z.description=void
0!==t.description?t.description:z.description,z.passthrough=void
0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",w(_.body,"more","","",n,z);break;case"mailto":R.location
.href=h(z,n,l);break;case"email":z.email_template=t.email_template||z.email_template,
z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
addthis.menu.close();break;case"favorites":var
S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
url_transforms,I="Press <"+D+">D to bookmark in
";B=k(B),S=A(S),S=y(S,U,z,e),S=g(e,z,n,S,1),b("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):b("saf")||b("chr")&&alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
_.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
break;case"skype":p(z,n);break;default:"twitter"===e&&(z.title=window.
encodeURIComponent(z.title)),f(e)?v(e,z,n):_ate.share.inBm()||t.defaultShareToNewTab?
x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
a=n(171),o=n(2);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight!=n?t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return function
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a){if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:e||||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)):l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null;null,a=i[i],l=0,o=u:i.length;u>c;c++=1)a=i[c],(!r||!r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
```

```
120145... c.addthis_services_loc.rr),d=function(){var
    e=i["default"]("mob")?u():l();return
    i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e}t.
    getPopServices=d;var p=function(){var
    d().split(",")}}t.getPopServicesArray=p},function(e,t,n){"use strict";var
    a=n(104),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
    t;!o[e]&&"string"==typeof
    e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index),o[e]=e)},empty
    :function(){o={}}};e.exports=i},function(e,t){"use
    strict";e.exports=function(e,t){for(var
    n=0;n<e.length;n++)if(e[n]===t)return!1}},function(e,t,n){"use
    strict";function a(e){var t=e.params||{};return
    e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
    .du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
    o=n(149),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(134),n(6));e.exports=function
    (e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
    Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
    o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
    e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
    }function o(e){var t,n,a={};return
    e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
    substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
    parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
    10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
    .substring(26,27),a.throughput=e.substring(27,28)}a}function i(e,t){var
    n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,""),var
    o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
    0}function r(e){var t="networkType: "+e.networkType()+"  continent: ";return
    t+=e.continent()+"  country: "+e.country()+"  DMA: ",t+=e.dma()+"  latitude:
    "+e.latitude()+"  longitude: ",t+=e.longitude()+"  MSA: "+e.msa()+"  province:
    ",t+=e.province()+"  throughput: "+e.throughput(),t+="  ZIP: "+e.zip()}var
    s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
    :i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
    RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
    a=n(1);e.exports=function(e){var t=[];return
    a(e,function(e){t.push(e)}),t}},function(e,t){function
    a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
    e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
    function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
    e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
    e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
    o=n(73);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
    o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
    Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
    strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
    n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
    i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
    documentElementClassName:document.documentElement.className,isBrandingReduced:v.
    isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
    topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
    o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
    |[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
    i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
    _crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
    r=n(2),s=n(12),c=n(13),u=n(4),l=n(3),d=n(113),p=n(723),h=n(14),A=n(725),f=n(720),g=n(
    727),m=n(16),v=n(19),w=n(41);i.prototype={renderDesktopExpandedMenu:function(e
    ,t,n,a,i){d(function(r){var
    s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
    eventDispatcher=addthis.ed,s(c,u)})},open:function(e,t,n,a,i){var
    c,u;A(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
    _ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
    trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
    r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
    trackUrlForCopyLink=h("link",e,t);var
    s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
    tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
    this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
    menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis.c(_ate.menu.open,this,
```

Page 3503

120145...

```
null,t,e,n)},this._crossWindowCommunicator.setListener(s),rules.onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose)},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list)}:(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null}},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(2),i=n(1),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return void s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=t[n];for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(713),s=n(40),c=a(s),u=n(714),l=a(u),d=n(633),p=a(d),h=n(636).getIconCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(80),i=n(50),r=n(734),s=a(r),u=n(718),u=a(c),l=n(717),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
```

120145...

```
).optional("abt",u["default"])[0,1]).optional("cbu",u["default"])[0,1,2,3]).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d["
default"]).always("rb",function(e)var
t=i.SEARCH|i.DIRECT|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(","),!0}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(6),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(646),ExpandedMenuControllerView:n(650)};n(835)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
a={},o={};a.delicious=function(e){e(n(658))},o.delicious=function(e){n.e(208,function
(){e(n(432))})}},a.digg=function(e){e(n(659))},o.digg=function(e){n.e(205,function(){e
(n(435))})}},a.facebook=function(e){e(n(661))},o.facebook=function(e){n.e(189,function
(){e(n(451))})}},a.google=function(e){e(n(663))},o.google=function(e){n.e(170,function
(){e(n(470))})}},a.linkedin=function(e){e(n(664))},o.linkedin=function(e){n.e(140,
function(){e(n(500))})}},a.reddit=function(e){e(n(668))},o.reddit=function(e){n.e(92,
function(){e(n(548))})}},a.stumbleupon=function(e){e(n(670))},o.stumbleupon=function(e
){n.e(64,function(){e(n(576))})}},a.tumblr=function(e){e(n(671))},o.tumblr=function(e)
{n.e(47,function(){e(n(593))})}},a.twitter=function(e){e(n(672))},o.twitter=function(e
){n.e(45,function(){e(n(595))})}},a.myspace=function(e){e(n(666))},o.myspace=function(
e){n.e(122,function(){e(n(518))})}},a.blogger=function(e){e(n(657))},o.blogger=
function(e){n.e(225,function(){e(n(415))})}},a.print=function(e){e(n(667))},o.print=
function(e){n.e(100,function(){e(n(540))})}},a.favorites=function(e){e(n(662))},o.
favorites=function(e){n.e(183,function(){e(n(457))})}},a.email=function(e){e(n(660))},
o.email=function(e){n.e(194,function(){e(n(446))})}},a.wykop=function(e){e(n(675))},o.
wykop=function(e){n.e(24,function(){e(n(616))})}},a.mailto=function(e){e(n(665))},o.
mailto=function(e){n.e(137,function(){e(n(503))})}},a.sinaweibo=function(e){e(n(669))}
,o.sinaweibo=function(e){n.e(83,function(){e(n(557))})}},a.vk=function(e){e(n(673))},o
.vk=function(e){n.e(34,function(){e(n(606))})}},a.whatsapp=function(e){e(n(674))},o.
whatsapp=function(e){n.e(27,function(){e(n(613))})}},a.addthis=function(e){e(n(656))},
o.addthis=function(e){n.e(244,function(){e(n(396))})}},a.aim=function(e){n.e(460,
function(){e(n(180))})},o.aim=function(e){n.e(240,function(){e(n(400))})}},a.
amazonwishlist=function(e){n.e(459,function(){e(n(181))})},o.amazonwishlist=function(
e){n.e(239,function(){e(n(401))})}},a.bitly=function(e){n.e(448,function(){e(n(192))})
},o.bitly=function(e){n.e(228,function(){e(n(412))})}},a.blogmarks=function(e){n.e(444
,function(){e(n(196))})},o.blogmarks=function(e){n.e(223,function(){e(n(417))})}},a.
diigo=function(e){n.e(426,function(){e(n(214))})},o.diigo=function(e){n.e(203,
function(){e(n(437))})}},a.faves=function(e){n.e(409,function(){e(n(231))})},o.faves=
function(e){n.e(184,function(){e(n(456))})}},a.hatena=function(e){n.e(391,function(){e
(n(249))})},o.hatena=function(e){n.e(164,function(){e(n(476))})}},a.meneame=function(e
){n.e(358,function(){e(n(282))})},o.meneame=function(e){n.e(129,function(){e(n(511))}
)}},a.netvibes=function(e){n.e(348,function(){e(n(292))})},o.netvibes=function(e){n.e(
118,function(){e(n(522))})}},a.netvouz=function(e){n.e(347,function(){
e(n(293))})}},o.netvouz=function(e){n.e(117,function(){e(n(523))})}},a.newsvine=
function(e){n.e(345,function(){e(n(295))})},o.newsvine=function(e){n.e(115,function(){
e(n(525))})}},a.nujij=function(e){n.e(344,function(){e(n(296))})},o.nujij=function(e){
n.e(114,function(){e(n(526))})}},a.thisnext=function(e){n.e(284,function(){e(n(356))}
)},o.thisnext=function(e){n.e(50,function(){e(n(590))})}},a.livejournal=function(e){n.
e(366,function(){e(n(274))})},o.livejournal=function(e){n.e(138,function(){e(n(502))}
)}},a.gmail=function(e){n.e(398,function(){e(n(242))})},o.gmail=function(e){n.e(172,
function(){e(n(468))})}},a.hotmail=function(e){n.e(387,function(){e(n(253))})},o.
hotmail=function(e){n.e(160,function(){e(n(480))})}},a.yahoomail=function(e){n.e(261,
```

120146...

120146...

```
function(){e(n(379))}}},o.yandexmail=function(e){n.e(22,function(){e(n(618))}}},a.
aolmail=function(e){n.e(457,function(){e(n(183))})}},o.aolmail=function(e){n.e(237,
function(){e(n(403))})}},a.googletranslate=function(e){n.e(394,function(){e(n(246))}}}
,o.googletranslate=function(e){n.e(167,function(){e(n(473))})}},a.wordpress=function(e
){n.e(263,function(){e(n(377))})}},o.wordpress=function(e){n.e(25,function(){e(n(615)
)}}},a.typepad=function(e){n.e(280,function(){e(n(360))})}},o.typepad=function(e){n.e(
44,function(){e(n(596))})}},a.yammer=function(e){n.e(260,function(){e(n(380))}}}},o.
yammer=function(e){n.e(21,function(){e(n(619))})}},a.oknotizie=function(e){n.e(341,
function(){e(n(299))}}},o.oknotizie=function(e){n.e(111,function(){e(n(529))})}},a.
oyyla=function(e){n.e(339,function(){e(n(301))})}},o.oyyla=function(e){n.e(109,
function(){e(n(531))})}},a.favoritus=function(e){n.e(408,function(){e(n(232))})}},o.
favoritus=function(e){n.e(182,function(){e(n(458))})}},a.startaid=function(e){n.e(302,
function(){e(n(338))})}},o.startaid=function(e){n.e(69,function(){e(n(571))})}},a.svejo
=function(e){n.e(293,function(){e(n(347))})}},o.svejo=function(e){n.e(59,function(){e(
n(581))})}},a.symbaloo=function(e){n.e(292,function(){e(n(348))})}},o.symbaloo=function
(e){n.e(58,function(){e(n(582))})}},a.yoolink=function(e){n.e(257,function(){e(n(383))
)}}},o.yoolink=function(e){n.e(18,function(){e(n(622))})}},a.youmob=function(e){n.e(255
,function(){e(n(385))})}},o.youmob=function(e){n.e(16,function(){e(n(624))})}},a.n4g=
function(e){n.e(350,function(){e(n(290))})}},o.n4g=function(e){n.e(120,function(){e(n(
520))})}},a.folkd=function(e){n.e(404,function(){e(n(236))})}},o.folkd=function(e){n.e(
178,function(){e(n(462))})}},a.evernote=function(e){n.e(416,function(){e(n(224))})}},o.
evernote=function(e){n.e(192,function(){e(n(448))})}},a.stumpedia=function(e){n.e(297,
function(){e(n(343))})}},o.stumpedia=function(e){n.e(63,function(){e(n(577))})}},a.
studivz=function(e){n.e(299,function(){e(n(341))})}},o.studivz=function(e){n.e(66,
function(){e(n(574))})}},a.pusha=function(e){n.e(329,function(){e(n(311))})}},o.pusha=
function(e){n.e(98,function(){e(n(542))})}},a.kledy=function(e){n.e(372,function(){e(n
(268))})}},o.kledy=function(e){n.e(145,function(){e(n(495))})}},a.plurk=function(e){n.e
(333,function(){e(n(307))})}},o.plurk=function(e){n.e(103,function(){e(n(537))})}},a.
citeulike=function(e){n.e(205,function(){e(n(205))})}},o.citeulike=function(e){n.e(214
,function(){e(n(426))})}},a.care2=function(e){n.e(436,function(){e(n(204))})}},o.care2=
function(e){n.e(215,function(){e(n(425))})}},a.baidu=function(e){n.e(454,function(){e(
n(186))})}},o.baidu=function(e){n.e(234,function(){e(n(406))})}},a.printfriendly=
function(e){n.e(330,function(){e(n(310))})}},o.printfriendly=function(e){n.e(99,
function(){e(n(541))})}},a.arto=function(e){n.e(455,function(){e(n(185))})}},o.arto=
function(e){n.e(235,function(){e(n(405))})}},a.sodahead=function(e){n.e(308,function()
{e(n(332))})}},o.sodahead=function(e){n.e(75,function(){e(n(565))})}},a.viadeo=function
(e){n.e(276,function(){e(n(364))})}},o.viadeo=function(e){n.e(40,function(){e(n(600))}
)}},a.amenme=function(e){n.e(458,function(){e(n(182))})}},o.amenme=function(e){n.e(238,
function(){e(n(402))})}},a.virb=function(e){n.e(272,function(){e(n(368))})}},o.virb=
function(e){n.e(36,function(){e(n(604))})}},a.bizsugar=function(e){n.e(447,function(){
e(n(193))})}},o.bizsugar=function(e){n.e(227,function(){e(n(413))})}},a.bobrdobr=
function(e){n.e(443,function(){e(n(197))})}},o.bobrdobr=function(e){n.e(222,function()
{e(n(418))})}},a.smiru=function(e){n.e(310,function(){e(n(330))})}},o.smiru=function(e
){n.e(77,function(){e(n(563))})}},a.stuffpit=function(e){n.e(298,function(){e(n(342))}}
},o.stuffpit=function(e){n.e(65,function(){e(n(575))})}},a.fabulously40=function(e){n.
e(414,function(){e(n(226))})}},o.fabulously40=function(e){n.e(190,function(){e(n(450))
)}}},a.yorumcuyum=function(e){n.e(256,function(){e(n(384))})}},o.yorumcuyum=function(e)
{n.e(17,function(){e(n(623))})}},a.hackernews=function(e){n.e(392,function(){e(n(248))
)}}},o.hackernews=function(e){n.e(165,function(){e(n(475))})}},a.bonzobox=function(e){n
.e(442,function(){e(n(198))})}},o.bonzobox=function(e){n.e(221,function(){e(n(419))})}}
,a.meinvz=function(e){n.e(362,function(){e(n(278))})}},o.meinvz=function(e){n.e(133,
function(){e(n(507))})}},a.visitezmonsite=function(e){n.e(271,function(){e(n(369))})}},
o.visitezmonsite=function(e){n.e(35,function(){e(n(605))})}},a.memori=function(e){n.e(
360,function(){e(n(280))})}},o.memori=function(e){n.e(131,function(){e(n(509))})}},a.
diggita=function(e){n.e(427,function(){e(n(213))})}},o.diggita=function(e){n.e(204,
function(){e(n(436))})}},a.linkuj=function(e){n.e(367,function(){e(n(273))})}},o.linkuj
=function(e){n.e(139,function(){e(n(501))})}},a.tuenti=function(e){n.e(282,function(){
e(n(358))})}},o.tuenti=function(e){n.e(48,function(){e(n(592))})}},a.informazione=
function(e){n.e(384,function(){e(n(256))})}},o.informazione=function(e){n.e(157,
function(){e(n(483))})}},a.startlap=function(e){n.e(301,function(){e(n(339))})}},o.
startlap=function(e){n.e(68,function(){e(n(572))})}},a.moemesto=function(e){n.e(354,
function(){e(n(286))})}},o.moemesto=function(e){n.e(125,function(){e(n(515))})}},a["
100zakladok"]=function(e){n.e(467,function(){e(n(173))})}},o["100zakladok"]=function(e
){n.e(248,function(){e(n(392))})}},a.domaintoolswhois=function(e){n.e(424,function(){e
(n(216))})}},o.domaintoolswhois=function(e){n.e(201,function(){e(n(439))})}},a.
quantcast=function(e){n.e(327,function(){e(n(313))})}},o.quantcast=function(e){n.e(96,
function(){e(n(544))})}},a.w3validator=function(e){n.e(267,function(){e(n(373))})}},o.
w3validator=function(e){n.e(30,function(){e(n(610))})}},a.hedgehogs=function(e){n.e(
```

```
390,function(){e(n(260))})},o.hedgehogs=function(e){n.e(169,function(){e(n(477))})},a
.cosmiq=function(e){n.e(431,function(){e(n(209))})},o.cosmiq=function(e){n.e(210,
function(){e(n(430))})},a.instapaper=function(e){n.e(382,function(){e(n(258))})},o.
instapaper=function(e){n.e(155,function(){e(n(485))})},a.ziczac=function(e){n.e(250,
function(){e(n(390))})},o.ziczac=function(e){n.e(11,function(){e(n(629))})},a.adifni=
function(e){n.e(462,function(){e(n(178))})},o.adifni=function(e){n.e(242,function(){e
(n(398))})},a.favable=function(e){n.e(410,function(){e(n(230))})},o.favable=function(
e){n.e(185,function(){e(n(455))})},a.camyoo=function(e){n.e(437,function(){e(n(203))}
)},o.camyoo=function(e){n.e(216,function(){e(n(424))})},a.box=function(e){n.e(439,
function(){e(n(201))})},o.box=function(e){n.e(218,function(){e(n(422))})},a.
bookmarkycz=function(e){n.e(441,function(){e(n(199))})},o.bookmarkycz=function(e){n.e
(220,function(){e(n(420))})},a.etsy=function(e){n.e(417,function(){e(n(223))})},o.
etsy=function(e){n.e(193,function(){e(n(447))})},a.bookmerkende=function(e){n.e(440,
function(){e(n(200))})},o.bookmerkende=function(e){n.e(219,function(){e(n(421))})},a.
posteezy=function(e){n.e(331,function(){e(n(309))})},o.posteezy=function(e){n.e(101,
function(){e(n(539))})},a.zakladoknet=function(e){n.e(251,function(){e(n(389))})},o.
zakladoknet=function(e){n.e(12,function(){e(n(628))})},a.douban=function(e){n.e(423,
function(){e(n(217))})},o.douban=function(e){n.e(200,function(){e(n(440))})},a.
pdfmyurl=function(e){n.e(337,function(){e(n(303))})},o.pdfmyurl=function(e){n.e(107,
function(){e(n(533))})},a.rediff=function(e){n.e(323,function(){e(n(317))})},o.rediff
=function(e){n.e(91,function(){e(n(549))})},a.markme=function(e){n.e(364,function(){e
(n(276))})},o.markme=function(e){n.e(135,function(){e(n(505))})},a.naszaklasa=
function(e){n.e(349,function(){e(n(291))})},o.naszaklasa=function(e){n.e(119,function
(){e(n(521))})},a.vybralisme=function(e){n.e(268,function(){e(n(372))})},o.vybralisme
=function(e){n.e(31,function(){e(n(609))})},a.mymailru=function(e){n.e(352,function()
{e(n(288))})},o.mymailru=function(e){n.e(123,function(){e(n(517))})},a.qzone=function
(e){n.e(325,function(){e(n(315))})},o.qzone=function(e){n.e(94,function(){e(n(546))})
},a.xing=function(e){n.e(262,function(){e(n(378))})},o.xing=function(e){n.e(23,
function(){e(n(617))})},a.fashiolista=function(e){n.e(411,function(){e(n(229))})},o.
fashiolista=function(e){n.e(186,function(){e(n(454))})},a.newsmeback=function(e){n.e(
346,function(){e(n(294))})},o.newsmeback=function(e){n.e(116,function(){e(n(524))})},
a.iorbix=function(e){n.e(380,function(){e(n(260))})},o.iorbix=function(e){n.e(153,
function(){e(n(487))})},a.urlaubswerkde=function(e){n.e(277,function(){e(n(363))})},o
.urlaubswerkde=function(e){n.e(41,function(){e(n(599))})},a.mrcnetworkit=function(e){
n.e(353,function(){e(n(287))})},o.mrcnetworkit=function(e){n.e(124,function(){e(n(516
))})},a.pafnetde=function(e){n.e(338,function(){e(n(302))})},o.pafnetde=function(e){n
.e(108,function(){e(n(532))})},a.spinsnap=function(e){n.e(306,function(){e(n(334))})}
,o.spinsnap=function(e){n.e(73,function(){e(n(567))})},a.technerd=function(e){n.e(290
,function(){e(n(350))})},o.technerd=function(e){n.e(56,function(){e(n(584))})},a.
thefreedictionary=function(e){n.e(285,function(){e(n(355))})},o.thefreedictionary=
function(e){n.e(51,function(){e(n(589))})},a.yuuby=function(e){n.e(252,function(){e(n
(388))})},o.yuuby=function(e){n.e(13,function(){e(n(627))})},a.efactor=function(e){n.
e(419,function(){e(n(221))})},o.efactor=function(e){n.e(196,function(){e(n(444))})},a
.adfty=function(e){n.e(463,function(){e(n(177))})},o.adfty=function(e){n.e(243,
function(){e(n(397))})},a.draugiem=function(e){n.e(422,function(){e(n(218))})},o.
draugiem=function(e){n.e(199,function(){e(n(441))})},a.historious=function(e){n.e(389
,function(){e(n(251))})},o.historious=function(e){n.e(162,function(){e(n(478))})},a.
indexor=function(e){n.e(385,function(){e(n(255))})},o.indexor=function(e){n.e(158,
function(){e(n(482))})},a.facebook_like=function(e){n.e(413,function(){e(n(227))})},o
.facebook_like=function(e){n.e(188,function(){e(n(452))})},a.voxopolis=function(e){n.
e(269,function(){e(n(371))})},o.voxopolis=function(e){n.e(32,function(){e(n(608))})},
a.memonic=function(e){n.e(361,function(){e(n(279))})},o.memonic=function(e){n.e(132,
function(){e(n(508))})},a.addressbar=function(e){n.e(464,function(){e(n(176))})},o.
addressbar=function(e){n.e(245,function(){e(n(395))})},a.kaixin=function(e){n.e(377,
function(){e(n(263))})},o.kaixin=function(e){n.e(150,function(){e(n(490))})},a.
odnoklassniki_ru=function(e){n.e(342,function(){e(n(298))})},o.odnoklassniki_ru=
function(e){n.e(112,function(){e(n(528))})},a.zingme=function(e){n.e(249,function(){e
(n(391))})},o.zingme=function(e){n.e(10,function(){e(n(630))})},a.jappy=function(e){n
.e(379,function(){e(n(261))})},o.jappy=function(e){n.e(152,function(){e(n(488))})},a.
vkrugudruzei=function(e){n.e(270,function(){e(n(370))})},o.vkrugudruzei=function(e){n
.e(33,function(){e(n(607))})},a.stylishhome=function(e){n.e(296,function(){e(n(344))}
)},o.stylishhome=function(e){n.e(62,function(){e(n(578))})},a.kindleit=function(e){n.
e(373,function(){e(n(267))})},o.kindleit=function(e){n.e(146,function(){e(n(494))})},
a.scoopit=function(e){n.e(317,function(){e(n(323))})},o.scoopit=function(e){n.e(85,
function(){e(n(555))})},a.govn=function(e){n.e(393,function(){e(n(247))})},o.govn=
function(e){n.e(166,function(){e(n(474))})},a.skyrock=function(e){n.e(314,function(){
e(n(326))})},o.skyrock=function(e){n.e(81,function(){e(n(559))})},a.ketnooi=function(
e){n.e(375,function(){e(n(265))})},o.ketnooi=function(e){n.e(148,function(){e(n(492))
```

```
}}}},a.cariuma=function(e){n.e(291,function(){e(n(349)})}},a.cariuma=function(e){n.e(
57,function(){e(n(583))})}},a.researchgate=function(e){n.e(321,function(){e(n(319))})}
,o.researchgate=function(e){n.e(89,function(){e(n(551))})}},a.blogkeen=function(e){n.e
(445,function(){e(n(195))})}},o.blogkeen=function(e){n.e(224,function(){e(n(416))})}},a
.mendeley=function(e){n.e(359,function(){e(n(281))})}},o.mendeley=function(e){n.e(130,
function(){e(n(510))})}},a.qrsrc=function(e){n.e(328,function(){e(n(312))})}},o.qrsrc=
function(e){n.e(97,function(){e(n(543))})}},a.bland=function(e){n.e(446,function(){e(n
(194))})}},o.bland=function(e){n.e(226,function(){e(n(414))})}},a.sharer=function(e){n.
e(316,function(){e(n(324))})}},o.sharer=function(e){n.e(84,function(){e(n(556))})}},a.
safelinking=function(e){n.e(318,function(){e(n(322))})}},o.safelinking=function(e){n.e
(86,function(){e(n(554))})}},a.cleanprint=function(e){n.e(434,function(){e(n(206))})},
o.cleanprint=function(e){n.e(213,function(){e(n(427))})}},a.disqus=function(e){n.e(425
,function(){e(n(215))})}},o.disqus=function(e){n.e(202,function(){e(n(438))})}},a.
surfingbird=function(e){n.e(294,function(){e(n(346))})}},o.surfingbird=function(e){n.e
(60,function(){e(n(580))})}},a.lidar=function(e){n.e(370,function(){e(n(270))})}},o.
lidar=function(e){n.e(143,function(){e(n(497))})}},a.buffer=function(e){n.e(438,
function(){e(n(202))})}},o.buffer=function(e){n.e(217,function(){e(n(423))})}},a.
beat100=function(e){n.e(451,function(){e(n(189))})}},o.beat100=function(e){n.e(231,
function(){e(n(409))})}},a.cssbased=function(e){n.e(430,function(){e(n(210))})}},o.
cssbased=function(e){n.e(209,function(){e(n(431))})}},a.yookos=function(e){n.e(258,
function(){e(n(382))})}},o.yookos=function(e){n.e(19,function(){e(n(621))})}},a.supbro=
function(e){n.e(295,function(){e(n(345))})}},o.supbro=function(e){n.e(61,function(){e(
n(579))})}},a.google_plusone_share=function(e){n.e(395,function(){e(n(245))})}},o.
google_plusone_share=function(e){n.e(168,function(){e(n(472))})}},a.apsense=function(e
){n.e(456,function(){e(n(184))})}},o.apsense=function(e){n.e(236,function(){e(n(404))}
)}},a.cleansave=function(e){n.e(433,function(){e(n(207))})}},o.cleansave=function(e){n.
e(212,function(){e(n(428))})}},a.openthedoor=function(e){n.e(340,function(){e(n(300))}
)}},o.openthedoor=function(e){n.e(110,function(){e(n(530))})}},a.advqr=function(e){n.e(
461,function(){e(n(179))})}},o.advqr=function(e){n.e(241,function(){e(n(399))})}},a.
pocket=function(e){n.e(332,function(){e(n(308))})}},o.pocket=function(e){n.e(102,
function(){e(n(538))})}},a.margarin=function(e){n.e(365,function(){e(n(275))})}},o.
margarin=function(e){n.e(136,function(){e(n(504))})}},a.gg=function(e){n.e(401,
function(){e(n(239))})}},o.gg=function(e){n.e(175,function(){e(n(465))})}},a.foodlve=
function(e){n.e(403,function(){e(n(237))})}},o.foodlve=function(e){n.e(177,function(){
e(n(463))})}},a.thefancy=function(e){n.e(286,function(){e(n(354))})}},o.thefancy=
function(e){n.e(52,function(){e(n(588))})}},a.mixi=function(e){n.e(355,function(){e(n(
285))})}},o.mixi=function(e){n.e(126,function(){e(n(514))})}},a.wishmindr=function(e){n
.e(264,function(){e(n(376))})}},o.wishmindr=function(e){n.e(26,function(){e(n(614))})}
,a.pinterest_share=function(e){n.e(334,function(){e(n(306))})}},o.pinterest_share=
function(e){n.e(104,function(){e(n(536))})}},a.financialjuice=function(e){n.e(407,
function(){e(n(233))})}},o.financialjuice=function(e){n.e(181,function(){e(n(459))})}},
a.myvidster=function(e){n.e(351,function(){e(n(289))})}},o.myvidster=function(e){n.e(
121,function(){e(n(519))})}},a.exchangle=function(e){n.e(415,function(){e(n(225))})}},o
.exchangle=function(e){n.e(191,function(){e(n(449))})}},a.wanelo=function(e){n.e(266,
function(){e(n(374))})}},o.wanelo=function(e){n.e(29,function(){e(n(611))})}},a.
hootsuite=function(e){n.e(388,function(){e(n(252))})}},o.hootsuite=function(e){n.e(161
,function(){e(n(479))})}},a.internetarchive=function(e){n.e(381,function(){e(n(259))}}
},o.internetarchive=function(e){n.e(154,function(){e(n(486))})}},a.behance=function(e)
{n.e(450,function(){e(n(190))})}},o.behance=function(e){n.e(230,function(){e(n(410))}}
},a.vimeo=function(e){n.e(274,function(){e(n(366))})}},o.vimeo=function(e){n.e(38,
function(){e(n(602))})}},a.flickr=function(e){n.e(406,function(){e(n(234))})}},o.flickr
=function(e){n.e(180,function(){e(n(460))})}},a.instagram=function(e){n.e(383,function(
){e(n(257))})}},o.instagram=function(e){n.e(156,function(){e(n(484))})}},a.foursquare=
function(e){n.e(402,function(){e(n(238))})}},o.foursquare=function(e){n.e(176,function
(){e(n(464))})}},a.rss=function(e){n.e(319,function(){e(n(321))})}},o.rss=function(e){n
.e(87,function(){e(n(553))})}},a.youtube=function(e){n.e(254,function(){e(n(386))})}},o
.youtube=function(e){n.e(15,function(){e(n(625))})}},a.flipboard=function(e){n.e(405,
function(){e(n(235))})}},o.flipboard=function(e){n.e(179,function(){e(n(461))})}},a.
retellity=function(e){n.e(320,function(){e(n(320))})}},o.retellity=function(e){n.e(88,
function(){e(n(552))})}},a.nurses_lounge=function(e){n.e(343,function(){e(n(297))})}},o
.nurses_lounge=function(e){n.e(113,function(){e(n(527))})}},a.kik=function(e){n.e(374,
function(){e(n(266))})}},o.kik=function(e){n.e(147,function(){e(n(493))})}},a.yummly=
function(e){n.e(253,function(){e(n(387))})}},o.yummly=function(e){n.e(14,function(){e(
n(626))})}},a.viber=function(e){n.e(275,function(){e(n(365))})}},o.viber=function(e){n.
e(39,function(){e(n(601))})}},a.edcast=function(e){n.e(420,function(){e(n(220))})}},o.
edcast=function(e){n.e(197,function(){e(n(443))})}},a.slack=function(e){n.e(313,
function(){e(n(327))})}},o.slack=function(e){n.e(80,function(){e(n(560))})}},a.skype=
function(e){n.e(315,function(){e(n(325))})}},o.skype=function(e){n.e(82,function(){e(n
```

```
…(558)}}}},a.linum=function(e){n.e(388,function(){e(n(252))}}},o.linum=function(e){n.e(
…141,function(){e(n(499))}}},a.houzz=function(e){n.e(386,function(){e(n(254))}}},o.
…houzz=function(e){n.e(159,function(){e(n(481))}}},a.google_classroom=function(e){n.e(
…396,function(){e(n(244))}}},o.google_classroom=function(e){n.e(169,function(){e(n(471
…))}}},a.renren=function(e){n.e(322,function(){e(n(318))}}},o.renren=function(e){n.e(
…90,function(){e(n(550))}}},a.tencentweibo=function(e){n.e(287,function(){e(n(353))}}}
…,o.tencentweibo=function(e){n.e(53,function(){e(n(587))}}},a.lineme=function(e){n.e(
…369,function(){e(n(271))}}},o.lineme=function(e){n.e(142,function(){e(n(498))}}},a.
…kakao=function(e){n.e(376,function(){e(n(264))}}},o.kakao=function(e){n.e(149,
…function(){e(n(491))}}},a.telegram=function(e){n.e(289,function(){e(n(351))}}},o.
…telegram=function(e){n.e(55,function(){e(n(585))}}},a.balatarin=function(e){n.e(453,
…function(){e(n(187))}}},o.balatarin=function(e){n.e(233,function(){e(n(407))}}},a.
…pinboard=function(e){n.e(335,function(){e(n(305))}}},o.pinboard=function(e){n.e(105,
…function(){e(n(535))}}},a.diary_ru=function(e){n.e(428,function(){e(n(212))}}},o.
…diary_ru=function(e){n.e(206,function(){e(n(434))}}},a["500px"]=function(e){n.e(466,
…function(){e(n(174))}}},o["500px"]=function(e){n.e(247,function(){e(n(393))}}},a.
…aboutme=function(e){n.e(465,function(){e(n(175))}}},o.aboutme=function(e){n.e(246,
…function(){e(n(394))}}},a.bandcamp=function(e){n.e(452,function(){e(n(188))}}},o.
…bandcamp=function(e){n.e(232,function(){e(n(408))}}},a.bitbucket=function(e){n.e(449,
…function(){e(n(191))}}},o.bitbucket=function(e){n.e(229,function(){e(n(411))}}},a.
…dribbble=function(e){n.e(421,function(){e(n(219))}}},o.dribbble=function(e){n.e(198,
…function(){e(n(442))}}},a.github=function(e){n.e(400,function(){e(n(240))}}},o.github
…=function(e){n.e(174,function(){e(n(466))}}},a.gitlab=function(e){n.e(399,function(){
…e(n(241))}}},o.gitlab=function(e){n.e(173,function(){e(n(467))}}},a.medium=function(e
…){n.e(363,function(){e(n(277))}}},o.medium=function(e){n.e(134,function(){e(n(506))}}
…},a.mixcloud=function(e){n.e(356,function(){e(n(284))}}},o.mixcloud=function(e){n.e(
…127,function(){e(n(513))}}},a.periscope=function(e){n.e(336,function(){e(n(304))}}},o
….periscope=function(e){n.e(106,function(){e(n(534))}}},a.quora=function(e){n.e(326,
…function(){e(n(314))}}},o.quora=function(e){n.e(95,function(){e(n(545))}}},a.slashdot
…=function(e){n.e(312,function(){e(n(328))}}},o.slashdot=function(e){n.e(79,function()
…{e(n(561))}}},a.slideshare=function(e){n.e(311,function(){e(n(329))}}},o.slideshare=
…function(e){n.e(78,function(){e(n(562))}}},a.snapchat=function(e){n.e(309,function(){
…e(n(331))}}},o.snapchat=function(e){n.e(76,function(){e(n(564))}}},a.soundcloud=
…function(e){n.e(307,function(){e(n(333))}}},o.soundcloud=function(e){n.e(72,function()
…){e(n(566))}}},a.spotify=function(e){n.e(305,function(){e(n(335))}}},o.spotify=
…function(e){n.e(72,function(){e(n(568))}}},a.stack_overflow=function(e){n.e(303,
…function(){e(n(337))}}},o.stack_overflow=function(e){n.e(70,function(){e(n(570))}}},a
….steam=function(e){n.e(300,function(){e(n(340))}}},o.steam=function(e){n.e(67,
…function(){e(n(573))}}},a.twitch=function(e){n.e(281,function(){e(n(359))}}},o.twitch
…=function(e){n.e(46,function(){e(n(594))}}},a.vine=function(e){n.e(273,function(){e(n
…(367))}}},o.vine=function(e){n.e(37,function(){e(n(603))}}},a.trello=function(e){n.e(
…283,function(){e(n(357))}}},o.trello=function(e){n.e(49,function(){e(n(591))}}},a.
…wechat=function(e){n.e(265,function(){e(n(375))}}},o.wechat=function(e){n.e(28,
…function(){e(n(612))}}},a.tencentqq=function(e){n.e(288,function(){e(n(352))}}},o.
…tencentqq=function(e){n.e(54,function(){e(n(586))}}},a.deviantart=function(e){n.e(429
…,function(){e(n(211))}}},o.deviantart=function(e){n.e(207,function(){e(n(433))}}},a.
…ello=function(e){n.e(418,function(){e(n(222))}}},o.ello=function(e){n.e(195,function(
…){e(n(445))}}},a.goodreads=function(e){n.e(397,function(){e(n(243))}}},o.goodreads=
…function(e){n.e(171,function(){e(n(469))}}},a.jsfiddle=function(e){n.e(378,function()
…{e(n(262))}}},o.jsfiddle=function(e){n.e(151,function(){e(n(489))}}},a.letterboxd=
…function(e){n.e(371,function(){e(n(269))}}},o.letterboxd=function(e){n.e(144,function
…(){e(n(496))}}},a.ravelry=function(e){n.e(324,function(){e(n(316))}}},o.ravelry=
…function(e){n.e(93,function(){e(n(547))}}},a.stack_exchange=function(e){n.e(304,
…function(){e(n(336))}}},o.stack_exchange=function(e){n.e(71,function(){e(n(569))}}},a
….untappd=function(e){n.e(278,function(){e(n(362))}}},o.untappd=function(e){n.e(42,
…function(){e(n(598))}}},a.yelp=function(e){n.e(259,function(){e(n(381))}}},o.yelp=
…function(e){n.e(20,function(){e(n(620))}}},a.messenger=function(e){n.e(357,function()
…{e(n(283))}}},o.messenger=function(e){n.e(128,function(){e(n(512))}}},a.cloob=
…function(e){n.e(432,function(){e(n(208))}}},o.cloob=function(e){n.e(211,function(){e(
…n(429))}}},a.facenama=function(e){n.e(412,function(){e(n(228))}}},o.facenama=function
…(e){n.e(187,function(){e(n(453))}}},a.unknown=function(e){n.e(279,function(){e(n(361)
…)}}},o.unknown=function(e){n.e(43,function(){e(n(597))}}},e.exports={png:o,svg:a}},
…function(e,t,n){"use strict";var a=n(69);e.exports=function(e){var
…t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
…t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
…n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
…e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
…:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
```

120146…

```
Deviantart:1,digg:{top:1},disqus:{},dribbble:{},drupal:{},email:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:
"LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;n||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
domain=".i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(2);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);for(var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
o=n(679),i=n(11),r=n(125);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(758);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
n(e){return
160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===e&&(0===e?1/e>0:!o(e))}var
o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
o=n(31);e.exports=a},function(e,t){var n=window.JSON&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
h=s[p].split(":");d[h[0]]=h[1]}e.addthis&&e.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
(l[o]=1,e(r(n[a].src)))}}var
i=n(27),r=n(52);e.exports={processAdEvents:a,processAllScripts:o};var
s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){function a(e){var
a=n(8).getHost,o=n(50),i=n(90);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n||"https"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(o).ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===
t.substr(0,1)&&/[a-zA-Z0-9\_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+C&&e.substr(0,C)===b&&/[a-zA-Z0-9\_]{11}/.test(e.substr(C))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,h,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_st;z||O(M)&&(c=p(M.substr(C)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16,10)),N&&!z&&(u=y.h=N
.split(u),h.length<2&&N.indexOf("_")>-1&&(u="_",h=N.split(u),f=h.length>1?h.pop():""
,g=h.join(u),o(g)||(g=N,f="")),o(g)?(c=p(g.substr(C)),T=c.substr(0,16)+","+parseInt(c.
substr(16),10),O="facebook_"+(f||"like")):(s=N.split("=").pop().split(y),2==s.length&
&A(S[0])&&(T=s.join(","),O="facebook_"+(f||"like")))),z&&A(z.split("").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:y,l=M.substr(C).split(u),2==l.length&&o(M.substr(0,1)+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),O=l[1],w=1)),S&&(a=S,z?
```

120146...

```
(b=parseInt(z.split(",").pop()),n.i=z.split(",")[0],n.atd=z):n.atd=atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift()))):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1))),A(n)||(n=null),A(i)||(i=
null),O=(O||"").split("#").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||!t.data_track_clickback!==!1&&!t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=!0;e=e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e=e||f(),b+h(e+Math.min(3,t||0))}function u(e,t,n){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?y+t:"")}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split("."),c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c)),t=c.substr(0,16),o=parseInt(n
.substr(16),10),isNaN(o)||((i=i||{},i.gen=o)),A(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(52)),p=n(37).atohb,h=n(37).hbtoa,A=n(5).isValidCUID,f=n(5).makeCUID,g=n(77
),m=n(135),v=n(6),b=".",x="y",y=".",C=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(119);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(53);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(825);e.exports=function(){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(786),o=(document,window);i=n(6);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(49),i=n(87),r=window;e.exports=function(e,t){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
n):(s=a(e,0,t,n),o.push(r.open(s,"addthis_share"))),
```

120147...

```
!1)},function(e,t,n){function a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(817),i=n(55),r=n(79)(),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===="https:".length||e.origin.
indexOf(t)==="http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r){try{_ate.menu.close
()}catch(s){}a(r)}}}})}},function(e,t,n){"use strict";var
a=n(101),o=n(38),i=n(5).makeCUID,r=n(143),s=n(9),c=n(4),u=n(17),l=n(153),d=n(75),p=n(
24),h=n(35),A=n(131),f=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
```

```
t(){return Math.floor((new Date).getTime()-I/1e3/100)/.toString(16)}function n(e){return 0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
y(t){t=t.split("/");var n=t.shift();t.shift();var
a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(A.seq=i),n&&(e.
uid=n)}function C(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(i?s?l()+(2==s?"&colc="+(new
Date).getTime():""):""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,l);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
,A=h.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
u=Math.ceil(e/32),l=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)A[l]=c[l];else
if(a)for(l=-1;++l<u;)A[l]=a[l];if(this._locations=new
p(h),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
A=this.buckets=a||[];if(c)for(;++l<u;)A[l]=c[l];else
for(;++l<u;)A[l]=0;this._locations=n||[]}}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var r=n(810);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n):_ate.uls?r(e):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(144),r=n(1),s=n(81),c=3,u=600,l=2;e.exports=function d(e,t,n){function
i(e){return
e=e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var u,l={};return e?this instanceof
d?(this.name=e,this.get=function(e){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.remove(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(e,t){if(a=i(t),a.m)var
c=a.m,l=a.d;c>o||c==o&&u-e>l||o-1>c||c==o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}),n
.sort(function(e,t){return
parseInt(e)<parseInt(t)?1:-1}),n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0)},t},this.generateName=function(){return n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})):new
d(e,t,n):null}},function(e,t,n){"use strict";function
```

```
a(e){try{if(!l=e.nodeType)return t}catch(t){}return t},function()
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(55),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t})})})}var
o=n(51).EventDispatcher,i=n(831),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=o.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4))if(l){for(n=s.getElementsByTagName(
"link"),u=n.length;l;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
{o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25);var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,h={},A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+u+(void
0===n||null===n?"":A(n))})},e},this.get=function(){return
n.load(),h},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,h[f[t[0]]]=f(t[1])])}}
a=1}return
h},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],l--),n.save()},this.reset=function(){h={},l=0,n.save()}}var
o=n(23),i=n(1);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}return function o(e){var t;return
y(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return C(t)}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date(new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(){if(!v||!e){var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,A(),!1,!0,u())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
```

120147...

```
o="",r=-1,i=-(setupFunction(){i|1}|{r._fireOnScroll=-1m(),r._scrollInset=-a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return e||a()).split("-").shift()}},function(e,t,n){var
a=n(83);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(14),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getShareURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})|||n}var
o=n(14),i=n(22),r=n(92);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(12);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t,n){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e))){for(var s in a)a[s]!==t||(i=1)|i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=[],o=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
```

120147...

```
0===n)t.appendChild(document.createTextNode(n));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(e.prototype=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t){for(var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o=length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(41),r=n(172),s=n(639),c=n(716);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(169),o=n(165);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank")))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank")))}}}},,function(e,t,n){"use strict";var
a=n(58),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e};n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(103);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(69),o=n(749),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
```

120147...

```
function(e,t,n){"use strict";var a=n(103);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase())){for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){A.svg[e]&&A.svg[e](t)}function p(e){return
A.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(115),A=o(h),f=n(715),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(94),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){function
s(e)+c(e)}function s(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n});\n}\n"}function c(e){var
t=A(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n});\n}\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
h=n(747),A=n(746),f=(n(116),n(69)),g=n(748),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t){"use strict";var
a=n(117);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(62),o=n(118),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){var a=n(62),o=n(118),i=n(65);e.exports=n(755)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString.e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
```

120147...

```
n&&r.prototype==e,p=Array();t,d=!1,f=s7;return d;},for(var A in
e)h&&r(A,t)||"constructor"==A&&(l||!d.call(e,A))||p.push(A);return p}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(31),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;function a},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s(){var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=(A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
e,t=!1,n=(A.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e);t===!1&&(t=y.pop()),delete b[t]}function
l(){var e,t={},n={};for e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);A.sck(w,escape(t),!1,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"__at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},,,,function(e,t){"use strict";function
n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
/^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
default"]()}var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
hidden")}}()}t.__esModule=!0,t["default"]=o;var
i=n(107),r=a(i),s=n(60),c=a(s),u=n(96),l=a(u),d=n(3),p=a(d),h=n(170),A=a(h),f=n(631),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
a=n(741);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
692.072c-1.844-.007-3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322"
```

120147...  fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...  xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
...  1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
...  22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
...  018.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
...  24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.514l9.61
...  5.733c.267.16.8.16 1.067
...  019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
...  exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
...  5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
...  5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.823l.587-3.913h-4.41v-2.5c0-1.123.347-1.
...  903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
...  xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
...  13.56a.432.432 0 0
...  0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
...  7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.4616.06 4.42-2.34
...  7.17c-.06.17.01.35.15.46.14.11.34.1.49 0l6.1-4.43 6.09
...  4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
...  6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
...  height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
...  13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
...  5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.87l-3.188
...  3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
...  6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
...  fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...  xmlns="http://www.w3.org/2000/svg"><path d="M26
...  25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
...  3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
...  5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
...  0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
...  fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
...  xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
...  23.264H4.948v-12.88l.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
...  1.308.804 8.453 5.333 8.453 5.333l.2.1.1
...  12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
...  .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
...  d="M21.753 16.622H10.08a1.59 1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
...  1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
...  11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
...  .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
...  21.956v-10.971-5.837 4.53 5.838 6.44zM5.954 21.956v-10.9715.837 4.53-5.836
...  6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.548l-6.137 6.74-.806-.603
...  6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.334l.61.8-6.32
...  4.823-.61-.8zM5.902 10.38616.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
...  2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
...  3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
...  height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
...  3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
...  3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
...  4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
...  2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
...  2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
...  2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
...  2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
...  0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
...  fill-rule="evenodd"/></svg>';
120148  },function(e,t){e.exports='<svg xmlns="http://www.w3.org/2000/svg" width="32"
...  height="32"><path d="M24.67 10.62h-2.86V7.49H10.82v3.12H7.95c-.5
...  0-.9.4-.9.9v7.66h3.77v1.31L15 24.66h6.81v-5.44h3.77v-7.7c-.05-.41-.9-.91-.9zM11.88
...  8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
...  0-.82-3.74-.82-3.74s3-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
...  91c-.4 0-.72-.32-.72-.72s.32-.72-.72c.4 0 .72.32.72.72zm-4.12
...  2.96h-6.1v1.06h6.1v-1.06zm-6.11
...  3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
...  height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
...  1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
...  1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
...  0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3

.562.356 0-.5-.179.193-1.186a1.17 0 0 1-1.006 1.512z4235-4.385-842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.06314.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.3081-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0 0
1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.04c-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.2911.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.0921-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.23l-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.3481-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0

```
0-.694 1.229-2.233-2.563-.052-.016-.088-.385-.038-.536-.238-1.664-.521-3.261-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
-.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.46713.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
0-3.48-.53-4.942-1.49L7.793 24.411L1.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17615.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.7841-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.813-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,t/a,4),n,arguments.length<3,r)}var
o=n(756),i=n(757),r=n(120),s=n(763),c=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(125);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(678),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!=u}return!1}var
o=n(70),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1,t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++){t=a[o],""!==t.charAt(0)&&(/[$$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,u=v(c),l={};return
y&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type="social",l.service=s.
rsc,l.click=!0,k=l,l):k&&t?k:"undefined"==typeof
c||''"==c?(l.type="direct",k=l,l):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(y&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),l=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
(x,function(e,t){C.add(e,t)}),C.save())}function u(e,t){var
n=t?null:C.get();y&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
referral",x)):document.referrer?(c(n),y&&d.debug("referral - use stored
```

120148

```
state",x)):(y&&d.debug("no referral"),x)):l.cookie,then start a new
session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
l=n(148),d=n(4),p=n(8),h=n(6),A=n(1),f=n(90),g=n(50),m=n(76),v=n(129),w=n(784),b={},x
={},y=0,C=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!y||e){var
t=A.rck(w)||"";t&&(k=g(t).split(x)),y=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!C){var
e=i(v);o(),c(e),C=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5)):k.push("1"+b
+e)}function u(e){o(),k.length&&A.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?23:t>E.med?2:t>C?1:0}function h(){y=0,C=0,k=[]}var
A=n(23),f=n(74);e.exports={reset:h,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,r=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",y=0,C=0
,E={high:250,med:75},k=[]},,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e==e||""!=t||""&"",n=n||"="=,a=e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}}return
e},{}}}},,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(115),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(110),i=a(o),r=n(117),s=n(750);e.exports=function(e,t,n,a,o,c,u,l,d,p,h,A,f,g){var
m,v,w,b,x,y=i["default"](e,f);if(!y)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
=s(b,v);var C=document.createElement("span");return
C.className="at-icon-wrapper",C.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
function(e,t){"use strict";function n(e){
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
```

Page 3521

```
o=n(4),s=exports={};function o(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(h,function(){a.post(u["default"
]({},e,{translations:o}))})}}return a}t.__esModule=!0,t["default"]=o;var
i=n(735),r=a(i),s=n(635),c=n(12),u=a(c),l=n(59),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(81),u=a(c),l=n(787),d=a(l),p=n(719),h=a(p),A=n(159),f=a(A),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(1),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray()))}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i),s=n(98);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(2),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(20),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
```

Page 3522

120148…

```
o(e,t,n,a,o){if(!follow===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:A.getViberURL(t,n)};break;case"slack":d={navigateTo:
h.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),d={navigateTo:f.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;
default:d={navigateTo:c["default"](e,0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=
o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(157),l=a(u),d=n(91),p=a(d),h=n(156),A=n(87),f=n(155)
,g=n(86);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return function(o){var i=void
0,s=void 0,u=void 0,d=void 0,h=void
0;if(o&&o.data){try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,h=i.menuType,s&&u&&d&&("follow"!==h&&l["default"](v,s){?(e.
tellTargetCloseWindow(),setTimeout(function(){A["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0}))},16)):(p["default"](s,"follow"===h?!0,u,d),t&&t.fire("
addthis.menu."+h,n,c["default"]({},u,{service:s,url:u.url||u.followUrl}),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,h,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(12),c=a(s),u=n(100),l=a(u),d=n(93),p=a(d),h=n(95),A=a(h),f=n(726),g
=a(f),m=n(114),v=["addthis","more","bkmore","compact","expanded","thefancy","
pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(89),i=a(o);t["default"]=function(){var
e="",t=i["default"]("addthis_widget.js");return
t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var
a=n(104),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
:function(){if(!i)return{};var e=a(r),t=o(e,function(e,t)(return e+"|"+r[e]});return{fbe:t.join(",")||""}}},e.exports=t["default"]},function(e,t,n){"
use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(1),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o(["ng-app"])},backbone:function(){return
i(window.Backbone),ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
i(p)&&i(p.version)},mootools:function h(){var h=window.MooTools;return
i(h)&&i(h.version)},knockout:function A(){var A=window.ko;return
i(A)&&i(A.version)},jquery:function(){return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)},underscore:function(){return
i(window._)&&i(window._.mapObject)},lodash:function(){return
i(window._)&&i(window._.mapValues)},oraclejet:function(){return
i(window.oj)&&i(window.oj.version)},polymer:function(){return
i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
"==typeof
window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
```

```
i(window.React)&&i(window.React.version)&&"string"==typeof
window.React.version&&(e=window.React.version),e},mithril:function(){var
e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
window.$.fn.jquery)&&"string"==typeof
window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return
i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
e},underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
basicSupport}&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a())e.push(n);var
o=d[n]();t.push(n+"-"+o)}),e.length?{jsfwv:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(1),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(42),s=a(r),c=n(18),u=a(c),l=n(162),d=a(l),p=n(3),h=n(34),A=a(h),f=n
(6),g=a(f),m=n(9),v=a(m),w=n(99),b=a(w),x=n(19),y=a(x),C=n(111),E=a(C),k=n(110),M=n(
728),R=a(M),_=[n(795),n(794),n(792),n(732),n(793),n(731),n(729),n(681),n(730)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?A["default"](window.addthis_config.wix.url):A["default"
```

120148...

```
](g["default"].du),var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(y["default"
].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}}},I=function(e){B.push(e)},O=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:0,update:D,addListener:I},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;e.pop().apply(null,t)}t.__esModule=!0;var
r=n(137),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(27),h=a(p),A=n(40),f=a(A),g=n(162),
m=a(g),v=n(1),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
_type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(h["default"](this._url),Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t
```

120149...

```
}),this},e.prototype.always=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:C,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==s&&this._params[a].value?this._params[a].value:e[r];try{switch(i){case
C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
b:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
```

```
120149… param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:"")))}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type===k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(a)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n           (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(146),u=a(c),l=n(3),d=a(l),p=n(1
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(2),x=a(b),y=n(114),C=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments)))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
```

```
t._handshakeReceiver={v:t._handshakeReceiver(o)})void
h["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n=[],n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})}},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1,i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a))};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
h["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min((e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;",'"':"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}t.__esModule=!0,t["
default"]=o;var
i=n(100),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
56)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
```

120149...

```
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:\'i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','""])},function(e,t
,n){t=e.exports=n(56)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
.at-expanded-menu,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(743)+') 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{color:#fff}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
```

120149...

```
-host
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft-loading
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmNmYiIGQ9Ik0xMy43MjUgMi42ODYyM4ODRmMi43MzIgMCA2NCA
xLjgzOXXQ0Ljk5MA0Ljk5MASAxLjgjgq4NC0xLjjgq9OSA2Ljjg4NC0xLjjgzOSA2Ljjg4NC00Lj5MSA0LjM02Ljjg4NCAxLjjgq
OSO2Ljjg4NC0xLjjgzO0S00Ljjjk5MS00Ljjk5NCAxLjjg4zOSO2Ljjg4NCA0Ljjk5NCA5MS00Ljjk5MS00Ljjk5MASO4Ljjk5MASO2Ljjg4NCAxLjjgq
jg4NC0xLjjgzOXpNMTYgMjQuNTU0ди0iz0zLjM5M3EwLTAuMjUtMC4xMjEtMC40N4MnjtMC40MnQtMC40zOTMtMC4
lxLTAuMjMyIDDAtMC40MTEtMC40nXzl0LTAuMTMy0Lj5IDAuMFMzaDEwLjzDQTE1Ljz5MSAxLjz5MASO4Ljjg4z
0MTEgMC4xNloMy0iMjlxMC40MylgzGCAwLzM5My00nTMTYuNARTINjTzLjz3MCA0N4MTFzbMC4z
MjEtMTEtMTEUMDg5cTAtMC4yMTYtMC4xNzktMC4zNzktMC4xNzktMC4zNDMtMC40MDItMC40NDNkLjMuMuOTI5c0wL
jI1IDATMC40MzdMC4xNzkgMC40Nzg.MC4xNzkgMC40NTctMC4yMDQ5FSOSMC4zMDk5DTWgTMC4TAgMC4TAgMС4
4xNzkgMC4zMTN0MC40Mjkg0jMzMNjkxMC4yNSADAuNDM1fMC4xNzkgMC40MjMN0MC4xNzkgMC40nTA1Mj48LjY3
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:""};display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
```

120149...

```
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiIHhtbG5zOnhsaW5rPSJodHRwOi8vd3d3LnczLm9yZy8xOTk
5L3hsaW5rIj48dGl0bGU+PjxkZXNjPjwvZGVzYz48ZGVmcz4+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiIHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzIzMiIgaWQ9Imljb25zIiB0cmFuc2Zvcm09InRyYW5zbGF0ZSgtNT
PHBhdGggZD0iTTE5LjQyNzEzNjQsMjEuMjEwNDM1MTE3NCNDBMTguMDM3MjQ5NSwyMi40OTc0OODAzIDE2LjMwNjYzYl
jIsMjMgMTQuOSwyMiU1NDU4NDI4ODEyIH0zN1zkzOSwyMyAgMTMuOTU4OTU4MDQ0NDMwMTE1IDIyLjQ5NzQwOS
44MDU1NzkzOSW2IDE0ODLjUsNiBDMTkuNDTkuNDNiNiw1ODSuNCUlIDIzLjkuODQwNyUMIxNiCBDOSPzMzIM
2NjUyMiAyMi40OTc0ODZ4MTQ4LjAzNzI0OTUgMjEuNDI3MTMwOTcxOS40MjcxMTY4IEVuYy4wMTE5MTM2LDI1
LjAxMTMkNzMyYgQzI3LjU1M2EXOD1YaZU2MjUNTYyMyT9mE4NiAyNy41NTc1MzEzLDI1LjQwMjQyODc3NjE4N
SwyNi45ODSyODE1IEwyNi45Ni45SIVVU5dUDAyU0UMbDIyLjQzMzhNzhZ2NDEhTqqT2MaMzNDDMzNTIMaNTT
c2MjA0LDI3LjU1U2LjU1YzYyNTYzMDAgMjUNDMxOT1NzEwTE4MTI2LDFzjNjNvDIgQzI2LjQzjQOMzg2NDJjcuMDExN2E4M
5LjQ2ZyN6NkJuQQsMjUuZuDNIgM2MKbTE3MTE3MDNTE3MTE3MDNTE0ZEwMTdzMTTQDaaT1ZDDNTaT2MDDIgOic2
VhcmNoOi8+PC9nPjwvjvZz48L3N2Zz4=);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75px;margin-top:-5px;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
```

Page 3530

120149…

```
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host .at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi4yODZxMy43MzIgMCA2Lj44NCA
xLjgzOXQ0Ljk1MSA0Ljk1MSAxLjgzOSA2Ljg0LTEuODM5IDYuODQ3LTQuOTUxIDQuODYxLTYuODQgMS4zODkt
OS02Ljg4NC0xLjgzOS0xLj5MS00LjJ5L5MS0xLjg2zOS02Ljg4NCAxLjgzOS02Ljg0NCA0Ljk5N1MS4MSA2Lj
jg4NC0xLjgzOXpNMTYYgMjQuNTU0di0zLjVM5EwLTAuMjUtMC4xNjEtMC4zOTMtMC4xNjIgdH0+0Mj
lxLTAuMjMyLTAuLTAU00MTEyZMC4xNzlOLTAuMTc5IDAuuNDExbjEzOS0wLjUmMkzcTAgMC4yMjMgMC40MTM
0MTEgMC4xNzloMy0wMjlxMC4yMzIgMCAwLjM5My0wLjE3OSAwLjE3OS0wLjQxMX0tMTIxLjAuTuOT1cS0wL
jIlIDAtMC4zMjlgMC4xNzkgMC4xNzkgMC40MTFxMCAwLjIzMiAwLjE5ISA0.wLjM5MyAwLjE3OWgyLjU4NGwM
4xNzkgMC4zMTN0NC40MjkgMC4xNzhzMS4wz5NSAwIDAuNDIzLTAuMTM5IDAuMTc5LTAuMTc5TDAuMTc5VC00z
MjEtMTEuMDMg5cTAtMC4yMTQtMC4xNzktMC4zOTMtMC40MTEtMC4xNzlzLTAuNDExIDAuMTc5LTAuMTc5IDAuN
DMtMC40MTZzMC40MzUMC40MzVgMC40MzVgMC40MzVgMC4zMDQgMDMgyFsMC4zMDQgMDg5tMC5TAgTAgMC4zMgM
4xNzkgMC4zMTN0MC40MjlqMC4xNzQ1yNSAwIDAuNDIzLTAuMTM5IDAuMTc5LTAuMTc5TDAuMTc5VC00z
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:""';display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
```

120149…  .at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email

120149…

```
.at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-email-form,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
.at-copy-link-share{width:420px}}@media screen and
(max-width:449px){#at-expanded-menu-host
#at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
(max-width:369px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:300px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
.at-copy-link-share{width:20pc}}@media screen and
(max-width:879px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
```

120149...

```
screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
.at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
.at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
(max-height:800px) and (min-width:480px){#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
(max-height:800px){#at-expanded-menu-host
.at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
menu-host
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
```

```
120149…  mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
      …  .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
      …  expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
      …  18px}#at-expanded-menu-container.at-expanded-menu-mobile
      …  #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
      …  scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
      …  .at-expanded-menu-round
      …  .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
      …  menu-mobile .at-expanded-menu .at-expanded-menu-wrapper{height:54px;margin:0
      …  auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
      …  #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
      …  mobile
      …  #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
      …  expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
      …  auto}#at-expanded-menu-container.at-expanded-menu-mobile
      …  .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
      …  expanded-menu-container.at-expanded-menu-mobile
      …  #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
      …  mobile #at-expanded-menu-email-sent
      …  .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
      …  -menu-mobile
      …  .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
      …  -expanded-menu-mobile
      …  .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
      …  expanded-menu-mobile .at-copy-link-share{margin:0
      …  10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
      …  .at-copy-link-share-button{margin-top:25px;padding:10px
      …  25px}#at-expanded-menu-container.at-expanded-menu-mobile
      …  .at-expanded-menu-ft{margin-top:-5px}#at-expanded-menu-container.at-expanded-menu-
      …  mobile .at-expanded-menu-fade{height:50px}','""]);
120150…  },function(e,t,n){t=e.exports=n(56)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
      …  icon-wrapper{display:inline-block;overflow:hidden}a
      …  .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
      …  .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
      …  .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
      …  .at-icon{width:2pc;height:2pc}.addthis_24x24_style
      …  .at-icon{width:24px;height:24px}.addthis_20x20_style
      …  .at-icon{width:20px;height:20px}.addthis_16x16_style
      …  .at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
      …  width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
      …  at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
      …  important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
      …  230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
      …  textarea,#at16recap,#at16sas,#at_msg,#at_share
      …  .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
      …  9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
      …  #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
      …  width:250px!important}#at15s{background:url(data:image/png;base64,
      …  iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
      …  9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
      …  IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
      …  visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
      …  span{outline:0;direction:ltr;text-transform:none}#at15s
      …  .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16pbs
      …  .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
      …  .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
      …  repeat;background-position:top
      …  left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
      …  .at4-icon,.addthis_default_style
      …  .at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
      …  1pc!important}.addthis_32x32_style
      …  .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
      …  important}.addthis_24x24_style
      …  .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
      …  important}.addthis_20x20_style
      …  .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
      …  important}.at4-icon.circular,.circular
      …  .at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
```

Page 3535

120150...

```
.at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1pc;width:1pc;height:1pc;background-position:top
left;display:inline-block;line-height:1pc}.addthis_vertical_style
.at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid
#e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_share
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
#fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
```

```
120150… .addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.at300bo,.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16pb{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUggGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}a#at16pit{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqquHh4cLCwszMzP
//////
```

120150... wAAAAAAAACH5BAEAAAAAALAAAAAAQABQAAAInCOLqsRqwQSSsNv0oLtHfeNoTasFbmOauqe7oKimoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg40zs7MjIyMzMzPj4+LOzs3BwcMbGGxsvLy5+
fn/X19dJY2IODg+bm5paWlnl5eeLi4oyMjKmpqdXVldvb28/Pz////////
wAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZAARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRRrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYYGjTa/b7/
h82gEfVfSAgYKDhGcVQ0sLBhAAEAYLhZGGSk5RqYTYqBgSgsNAAOOnA2LAOpagH5oagH05fHygT+
rSQvtAA8A7vDz/wDV5MIUJVa/
gAgTZ7zkmFYYYAUg70USpz45BKGGPwUPIKPIseOhEXI6ihzphE8cMiRTMI58E6ZhEZUWEXqx2LIEAwsUKUjcybOnz
59AgwodSrSo0aNIkypdyrSpU58ofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,

120150... verdana,sans-serif;font-size:9pt;color:#444}background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0}padding:4px}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAAGAGAKAAACF5wncgaAGgJzJ647cWua4sOBFEBd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRtJYAAAh+
QQFAAADACwAAEEAwAIAAACChxgOBPBvpYQYxYAIfkEBQAAAwsAAAEEAAYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALEABwAIAAAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwEAAQABgAGAAACDwjcql7EQYAAQ0p6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmxoxovQAYchQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-container:first-child{border-bottom:1px solid
#c5c5c5}}',""]))},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(740);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(116);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
Error("parse-services: failed to parse file -
"+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"76c840",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:
"f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",

```
120150... evernote:"2fc620",exchange:"0d1f98",fabulously40:"420e18",facebook:"3b5998",facenama
     :"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
     favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
     175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
     E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
     google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
     0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
     hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
     104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
     384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
     1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
     2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
     0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
     083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
     mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
     165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
     :"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c080a",
     nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
     2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
     pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
     EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
     quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
     reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
     B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
     slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
     282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",soundcloud:"
     FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",stack_exchange:"
     1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"DA060D",stuffpit:"
     2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d",supbro:"383838"
     ,surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"165496",technerd:"
     316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",
     thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tumblr:"
     37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"FFCD00",
     urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"01B488",
     virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",voxopolis:"
     1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"2DC100",
     whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",
     yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"A5C736",
     yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
     zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
     strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
     t)a=t[n],a&&e.setAttribute(n,a);return
     e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:"
     https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
     user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
     },blogger:{user:"https://www.blogger.com/profile/{{id}}"},blog:"http://{{id}}.blogspot
     .com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
     }.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
     .com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
     co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
     .facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
     :{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
     gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
     {id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
     ://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
     :{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
     }"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
     linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
     //www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
     mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
     user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
     :{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
     periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
     pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
     https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
     ,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
     "},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
     "http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
```

120150...

```
slashdot:{up:"http://{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(61).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"==typeof n&&s(e)?o(e):i(e,r(t,n,3))}var
o=n(677),i=n(120),r=n(105),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+""):i(e+"",t)}var
o=n(760),i=n(761),r=n(762),s=n(105),c=n(73),u=n(770);e.exports=a},function(e,t,n){
function a(e,t,n,a,p,f,g){
m=s(e),v=s(t),w=l=b=l;m||(w=A.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=A.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,y=b==d,C=w==b;if(C&&!m&&!x)return i(e,t,w);var
E=x&&h.call(e,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(767),i=n(768),r=n(769),s=n(28),c=n(641),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(e,l);else{var p=e[l],h=n[c];d=i?i(p,h,l):void
0,"undefined"==typeof d&&(d=o(p,h,l,!0))}if(!d)return!1}return!0}var
o=n(121),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&(s===void 0||a in s)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}}var
o=n(759),i=n(124),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t)?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(n[e],null,!0)}}var
o=n(121),i=n(124);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(771),i=o?function(e,t){return
o.set(e,t),e}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var h=u;h--&&(p=t[h],!(l=d&&d===p||n(d,p,a,o,i,r)));););else
l=d&&d===p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return+e==+t;case i:return
```

120150

```
e!+=e?t!+=t:0===e?l/e===1/t:e===+t;case s:case c:return e===t+""}return!0}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]",e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
h,A=-1;++A<l;){var f=u[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;h||(h="constructor"==f)}if(!h){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1;
```
120151
```
}return!0}var
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=u.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
o=n(764),i=n(30),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
o;e.exports=i}).call(t,function(){return this}())},function(e,t,n){function
a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,h=[];++p<
n;){var A=t[p];(l&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(642),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
o=n(122),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
e,t)+1)):e}var
o=n(122),i=n(765),r=n(766),s=n(680),c=n(773),u=n(774);e.exports=a},function(e,t,n){
var a=n(18),o=n(1),i=n(791);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?e.indexOf("?")>-1?"&":"?":"")+t:""}}},function(e,t,n){
var
a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(4);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}}
catch(c){a.error(c)}return o}},function(e,t,n){
a=n(138);e.exports=function(e){return e=e||"",a(e,function(e,t){var
n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){var
a=n(49);e.exports=function(){for(var e;e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
C,E,K,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url?window.location.href,B=a();i=i||{},n=n||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.title=window.
addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v=window._atw?1:n.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ad")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
```

```
[0](r=R[i])break;if(_ instanceof Object&&~0 in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",T=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,F="",G=s(
S),P=2==G.length?G.shift().split("=").pop():"",Y=2==G.length?G.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(J=!1),H)for(C in
H)F+=(""==F?"":"&")+f(C)+"="+f(H[C]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1===e.indexOf("pinterest"))for(C in n.shorteners)for(E in
n.shorteners[C])V+=(C?V.length?"&":"?":"")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub"+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1:"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",1)+"&t1="+t&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||"")).replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+A({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L2?"&cr="+(e===L2l:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(F2?"&email_vars="+f(F):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i))?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
"")):(P?"&rsi="+P:"")+(Y?"&gen="+Y:""))+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(139),s=n(75),c=n(24),u=n(722),l=n(47),d=n(35),p=n(18),h=n(21),A=n(131),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(61).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(823),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0)},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!==navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(138);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
```

120151...

```
e}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share.
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(1),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split(":").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i:t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(824),o=n(159),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s,s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(690),s=n(96),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(150).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(834)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||a||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(145),s=n(136),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></div><form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></span><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
```

120151…

```
class="at-expanded-menu-button button"><button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button></span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button></span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button></span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button></span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span><div class="loading-container "><div
class="loading-spinner"></div></div></div></div><div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
o=n(38),i=n(161);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
,e.interval=null,e.firstSeen=null)},this.sampleTimeout))},a.isWatching=function(e){
for(var
t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
function(){setTimeout(function(){for(var
e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
},a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
function(){var
a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
function
n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
```

```
120151  postMessage(JSON.stringify({type:"api:info:request",api:t}))},this.
        addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
        i(e,n,a){var
        o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
        o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
        a(window,"message",function(t){var
        n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
        if("api:response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
        result),delete s[o.api][o.id]);else
        if("api:info"===o.type){for(n=l>o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
        api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())()}}},o[e.__apiID]=n
        ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
        t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
        o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
        ){return!0}),t.push(a))}return t}var
        o=n(147),i=n(51).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
        e=this,t=new
        i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
        instanceof
        Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
        this.resources||this.resources[0]instanceof
        o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
        this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
        function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
        .loading){for(var
        t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
        checkload,e)),this.resources[t].load();this.loading=!0}}}},function(e,t,n){function
        a(){return g.join(A)}function o(){if(!f){var
        e=l.rck(h)||"";e&&(g=d(e).split(A)),f=1}}function
        i(){o(),g.length&&l.sck(h,p(a()),0,!0)}function r(){return o(),g}function
        s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
        n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
        n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
        t=0;t<g.length;t++)if(g[t]===e)g.splice(t,1);break}i()}function u(){g=[]}var
        l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
        d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[],
        function(e,t,n){/**
120152   * AddThis Client
120153   * @license - See s7.addthis.com/static/licenses.html for information about the
        licenses used
120154   */
120155  var
        a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
        isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
        function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!a.addthis||p(
        {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
        t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
        queuer=this,this.flush=function(e,a){this.flushed=1;for(var
        o=0;o<n.length;o++)e.apply(a||t,n[o])}return e}}function
        a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
        ._pmh.call(e))}var
        o,i=n(812),r=n(805),s=n(97).select,c=n(108),u=n(53),l=n(809),d=n(38),p=n(33),h=n(801)
        ,A=n(3).listen,f=n(1),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
        ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
        "v7.5.3-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
        ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,dcn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
        :"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
        :"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
        function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
        v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
        (!g.addthis||g.addthis.nodeType==0){try{v=g.navigator?navigator.userLanguage||
        navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
        }g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
        Date).getTime()},_Queuer:t,_queueFor:e,add:{getShareCount:e("getShareCount","data")}
        ,layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
        addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
        e[t])for(var n in
        e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
```

120155…

```
addThis_share[n]=e[t][n]};else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
"ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
"addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
C=u("addthis_widget");if(C.provider||C.userBlob||C.userapi){var
E=l(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
k("user")),C.provider&&(g.addthis.ProviderAPI=new
k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!C.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc_atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(697),n(698),n(700),n(701
),n(703),n(632),n(645),n(704),n(705),n(706),n(168),n(707),n(708),n(709),n(710),n(711)
,n(712),n(695),n(696),n(702),n(699),n(693),n(694)(function(){n(651),addthis.layers.
apply(addthis,e)})})},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})},addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(653),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(82)](n)}}}()},function(e,t,n){"use strict";var
a=n(160),o=function(){};a(o,"events"),e.exports=o,function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",uk:"TR",zh:"CN",zh-tr":"CN",zh-hk":"HK",zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
```

120155...

```
t={unf1,p11,s11f1,g111,h11,i11,b11,a11,j11,nb11:ie:1,su11,sw11};return i[e]},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*s&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(160),o=n(2),i=n(4),r=n(19),n(88)),s=n(1),!1),c=n(85),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(684),a=n(644);s||(n(150).setup(),n(686).setup(),n(685).setup(),n(688),n(687),n(
836),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(154);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(141),o=n(79)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=n(2),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(55),i=n(3).listen,r=n(2);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(1);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s/)*"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(141),o=n(79)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(157),o=n(63);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){var e.media?o(e,t):(i("pinterest_share"
,e,t),a())}}},function(e,t,n){"use strict";function a(){var
o=n(1),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=1;return o(e._default.widgets,function(e){return
i[e]?(t=!0,i[e]=void 0),t?r:{}})},e.exports=new a},function(e,t,n){var
a=n(826);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(158);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
strict";e.exports=function(){return"visibilityState"in
```

```
120155  document>document.visible==document.visibilityState=="hidden"
        document?document.hasFocus():void 0}},function(module,exports){var
        w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
        module.exports=function(globalObjectString){function
        storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
        ),pageCallbacks[t]=pageCallbacks[t]||0;var
        i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
        callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
        (this,arguments)}),times[r]=(new
        Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
        globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
        times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
        string which will eval to a globally accessible object where callbacks will be
        stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
        },function(e,t){e.exports=function(e){var
        t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
        1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
        evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
        eval(src)}},function(e,t,n){"use strict";var
        a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
        o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
        n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
        e)return e;if(e instanceof Object){var t="";for(var n in
        e)e.hasOwnProperty(n)&&(t+=(t.length?0?"",":"")+e[n]);return t}return
        null}},function(e,t,n){"use strict";var
        a=n(1),o=n(112),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
        flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
        subscription||"PRO"===e.subscription.edition)){var
        r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
        c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
        e.config._default.widgets[t]})}}},function(e,t){e.exports=function(e){return
        e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
        n=Object.prototype.toString;e.exports=function(e){return
        n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
        e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
        81a142dda016aab89f76e554.html"}]));
120156  *****************************************************
120157  The following data is from melanoma_org-20160913-page_source.txt
120158  *****************************************************
120159
120160  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML+RDFa 1.0//EN"
120161    "http://www.w3.org/MarkUp/DTD/xhtml-rdfa-1.dtd">
120162  <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" version="XHTML+RDFa 1.0"
        dir="ltr"
120163    xmlns:fb="http://ogp.me/ns/fb#"
120164    xmlns:og="http://ogp.me/ns#"
120165    xmlns:article="http://ogp.me/ns/article#"
120166    xmlns:book="http://ogp.me/ns/book#"
120167    xmlns:profile="http://ogp.me/ns/profile#"
120168    xmlns:video="http://ogp.me/ns/video#"
120169    xmlns:product="http://ogp.me/ns/product#">
120170
120171  <head profile="http://www.w3.org/1999/xhtml/vocab">
120172    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
120173  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        72x72-precomposed.png" sizes="72x72" />
120174  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        144x144-precomposed.png" sizes="144x144" />
120175  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        114x114-precomposed.png" sizes="114x114" />
120176  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        76x76-precomposed.png" sizes="76x76" />
120177  <link rel="shortcut icon"
        href="https://www.melanoma.org/sites/default/files/favicon_0.ico"
```

```
120177  type="image/vnd.microsoft.icon" />
120178  <link rel="icon" href="https://www.melanoma.org/sites/all/themes/mrf/favicon.ico" />
120179  <meta name="viewport" content="width=device-width, initial-scale=1" />
120180  <meta name="google-site-verification"
        content="lOitTa2RxduR1NG73cCWV7D_aGgak6xAD-1_2dVR-Tk" />
120181  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        120x120-precomposed.png" sizes="120x120" />
120182  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        152x152-precomposed.png" sizes="152x152" />
120183  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        180x180-precomposed.png" sizes="180x180" />
120184  <link rel="apple-touch-icon-precomposed"
        href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        precomposed.png" />
120185  <meta name="description" content="The Melanoma Research Foundation (MRF) is leading
        the melanoma community to transform melanoma from one of the deadliest cancers to one
        of the most treatable through research, education and advocacy." />
120186  <meta name="robots" content="follow, index" />
120187  <meta name="generator" content="Drupal 7 (http://drupal.org)" />
120188  <link rel="canonical" href="http://www.melanoma.org/" />
120189  <link rel="shortlink" href="https://www.melanoma.org/" />
120190  <meta property="og:site_name" content="Melanoma Research Foundation" />
120191  <meta property="og:type" content="article" />
120192  <meta property="og:url" content="https://www.melanoma.org/home-page" />
120193  <meta property="og:title" content="Home Page" />
120194  <meta name="twitter:card" content="summary" />
120195  <meta name="twitter:url" content="https://www.melanoma.org/home-page" />
120196  <meta name="twitter:title" content="Home Page" />
120197  <meta itemprop="name" content="Home Page" />
120198    <title>Melanoma Research Foundation | Research. Educate. Advocate.</title>
120199    <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/css_xE-rWrJf-
        fncB6ztZfd2huxqgxu4WO-qwma6Xer30m4.css" media="all" />
120200  <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/css_OxyIoRMOsCE-
        ijTXrcGt9IJco4IZ6FY-86nWsn12MPY.css" media="all" />
120201  <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/
        css_MnXiytJtb186Ydycnpwpw34cuUsHaKc80ey5LiQXhSY.css" media="all" />
120202  <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/
        css_Ywkkk72kc9If1iimIFhWNLZoofgrDzritJqMbK4Bf5I.css" media="all" />
120203  <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/
        css_7sxsnveEl2x1Ptm_U9OpBrD6KEaJsakzduS6Dy6mRdM.css" media="print" />
120204  <link type="text/css" rel="stylesheet"
        href="https://www.melanoma.org/sites/default/files/css/css_Ff9PZ1jV-V6bRk73fi6GGfqD4-
        mNP2M34nkIX8mFPxI.css" media="screen" />
120205    <script type="text/javascript"
        src="https://www.melanoma.org/sites/default/files/js/
        js_UWQINlriydSoeSiGQxToOUdv493zEa7dpsXC1OtYlZU.js"></script>
120206  <script type="text/javascript"
        src="https://www.melanoma.org/sites/default/files/js/js_gPqjYq7fqdMzw8-
        29XWQIVoDSWTmZCGy9OqaHppNxuQ.js"></script>
120207  <script type="text/javascript">
120208  <!--//--><![CDATA[//><!--
120209  (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
        [r].q||[]).push(arguments)},i[r].l=1*new
        Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
        parentNode.insertBefore(a,m)})(window,document,"script","https://www.melanoma.org/
        sites/default/files/googleanalytics/analytics.js?ocggw1","ga");ga("create",
        "UA-12060359-1", {"cookieDomain":".melanoma.org"});ga("require",
        "displayfeatures");ga("send", "pageview");
120210  //--><![]]>
120211  </script>
```

```
120212  <script type="text/javascript" src="//use.typekit.net/tfy6ljr.js"></script>
120213  <script type="text/javascript">
120214  <!--//--><![CDATA[//><!--
120215
120216          try{Typekit.load();}catch(e){}
120217          //var __st_loadLate=true;
120218          //var switchTo5x=true;
120219          var addthis_config = {ui_508_compliant: true};
120220
120221  //--><!]]>
120222  </script>
120223  <script type="text/javascript"
    …   src="https://www.melanoma.org/sites/default/files/js/
    …   js_v6x5yG4oUwfRF7DtxdyIFUnUiPEfA1ZJ5ywEV59fmnI.js"></script>
120224  <script type="text/javascript">
120225  <!--//--><![CDATA[//><!--
120226  jQuery.extend(Drupal.settings,
    …   {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"mrf","theme_token":"
    …   EHiYCjm96nWRGwEcL4D8L2xdhiIwQvoMRxqaNhEApFw","js":{"sites\/all\/modules\/
    …   custom_modules\/custom_forum\/custom_forum.js":1,"\/\/s7.addthis.com\/js\/300\/
    …   addthis_widget.js#pubid=ra-522d494a51bf7f91":1,"\/\/s7.addthis.com\/js\/300\/
    …   addthis_widget.js#async=1":1,"0":1,"misc\/jquery.js":1,"misc\/jquery.once.js":1,"misc
    …   \/drupal.js":1,"sites\/all\/modules\/google_analytics\/googleanalytics.js":1,"1":1,"\
    …   /\/use.typekit.net\/tfy6ljr.js":1,"2":1,"sites\/all\/themes\/mrf\/js\/jquery-1.7.2.
    …   min.js":1,"sites\/all\/themes\/mrf\/js\/breakpoints.js":1,"sites\/all\/themes\/mrf\/
    …   js\/jquery.cycle2.min.js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.carousel.min.
    …   js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.swipe.min.js":1,"sites\/all\/themes
    …   \/mrf\/js\/global.js":1},"css":{"modules\/system\/system.base.css":1,"modules\/system
    …   \/system.menus.css":1,"modules\/system\/system.messages.css":1,"modules\/system\/
    …   system.theme.css":1,"modules\/comment\/comment.css":1,"sites\/all\/modules\/date\/
    …   date_api\/date.css":1,"sites\/all\/modules\/date\/date_popup\/themes\/datepicker.1.7.
    …   css":1,"modules\/field\/theme\/field.css":1,"sites\/all\/modules\/logintoboggan\/
    …   logintoboggan.css":1,"sites\/all\/modules\/mollom\/mollom.css":1,"modules\/node\/node
    …   .css":1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/
    …   modules\/calendar\/css\/calendar_multiday.css":1,"modules\/forum\/forum.css":1,"sites
    …   \/all\/modules\/views\/css\/views.css":1,"sites\/all\/modules\/ctools\/css\/ctools.
    …   css":1,"sites\/all\/themes\/mrf\/css\/mrf.css":1,"sites\/all\/themes\/mrf\/css\/mrf-
    …   print.css":1,"sites\/all\/modules\/custom_modules\/drivendevelopment\/
    …   drivendevelopment.css":1}},"googleanalytics":{"trackOutbound":1,"trackMailto":1,"
    …   trackDownload":1,"trackDownloadExtensions":"7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|
    …   m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf
    …   |phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar
    …   |tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m|b)?|xlt(x|m)|xlam|xml|z|zip","
    …   trackDomainMode":"1"}});
120227  //--><!]]>
120228  </script>
120229  </head>
120230  <body class="html front not-logged-in no-sidebars page-node page-node-
    …   page-node-24133 node-type-home-page" >
120231    <div id="skip-link">
120232      <a href="#main-content" class="element-invisible element-focusable">Skip to main
    …   content</a>
120233    </div>
120234      <ul class="access-keys">
120235      <li><a class="visually-hidden focusable" href="#content" accesskey="[">Skip to
    …   content</a></li>
120236      <li><a class="visually-hidden focusable" href="#nav" accesskey="]">Skip to
    …   navigation</a></li>
120237      <li><a class="visually-hidden focusable" href="#" accesskey="/">Home</a></li>
120238  </ul>
120239  <div id="master">
120240      <div id="page-top">
120241          <div id="header-wrapper" class="page-section">
120242              <div>
120243                  <div id="header" role="banner">
120244                      <a class="logo" href="/"><img
    …   src="/sites/all/themes/mrf/images/logo-2015.png" alt="Melanoma Research Foundation"
    …   /></a>
```

```
120245                                  <a class="donate" href="http://donate.melanoma.org
     target="_blank">Donate Now</a>
120246                                          <div class="welcome">
120247                                  <span class="name-wrapper">Welcome, Guest</span>
120248                                  <a href="/user?destination=home-page">Login</a>
120249                              </div>
120250                                      <div class="search" role="search">
120251                              <form class="site-search" action="/search/node"
     method="post">
120252                                  <input type="text" placeholder="Search" name="keys" />
120253                                  <input type="submit" value="Search" title="Search" />
120254                                  <a class="toggle-search-options" href="#" title="Search
     options">Search options</a>
120255                                  <div class="clearfix search-options">
120256                                      <div class="radio"><label><input type="radio"
     name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
120257                                      <div class="radio"><label><input type="radio"
     name="search-scope" value="mpip" /> MPIP</label></div>
120258                                  </div>
120259                              </form>
120260                          </div>
120261                          <span class="toggle-menu active"></span>
120262                          <span class="toggle-search"></span>
120263                      </div>
120264                  </div>
120265              </div>
120266          <div id="nav-wrapper" class="page-section">
120267              <div>
120268                  <div class="back">Back</div>
120269                  <nav id="nav" role="navigation">
120270                      <ul class="clearfix">
120271                          <li class="item-0 home"><a class="icon"
     href="/">Home</a></li>
120272                          <li class="item-1 has-children"><a
     href="/understand-melanoma">Understand Melanoma</a><div class="mega-menu
     mega-menu-4-wide"><span class="heading">Understand Melanoma</span><div
     class="clearfix"><div class="col col-0"><ul class="helper"><li><a
     href="/understand-melanoma">Understand Melanoma</a></li></ul><ul><li
     class="has-children"><a href="/understand-melanoma/what-is-melanoma">What is
     Melanoma?</a><ul><li><span class="heading">What is Melanoma?</span></li><li
     class=""><a
     href="/understand-melanoma/what-melanoma/melanoma-facts-and-stats">Melanoma Facts and
     Stats</a></li><li class=""><a
     href="/understand-melanoma/what-is-melanoma/metastatic-melanoma">Metastatic
     Melanoma</a></li></ul></li></ul><ul><li class=""><a
     href="/understand-melanoma/newly-diagnosed">Newly Diagnosed</a></li></ul><ul><li
     class=""><a href="/understand-melanoma/what-is-melanoma/cutaneous-melanoma">Cutaneous
     Melanoma</a></li></ul></div><div class="col col-1"><ul><li class="has-children"><a
     href="/understand-melanoma/what-is-melanoma/mucosal-melanoma">Mucosal
     Melanoma</a><ul><li><span class="heading">Mucosal Melanoma</span></li><li class=""><a
     href="/understand-melanoma/mucosal-melanoma/mucosal-melanoma-treatment">Mucosal
     Melanoma Treatment</a></li></li></ul><li class="has-children"><a
     href="/understand-melanoma/what-is-melanoma/ocular-melanoma">Ocular
     Melanoma</a><ul><li><span class="heading">Ocular Melanoma</span></li><li class=""><a
     href="/understand-melanoma/what-is-melanoma/ocular-melanoma/diagnosing-ocular-
     melanoma">Diagnosing Ocular Melanoma</a></li><li class=""><a
     href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-treatment
     ">Ocular Melanoma Treatment</a></li><li class=""><a
     href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-resources
     ">Ocular Melanoma Resources</a></li><li class=""><a
     href="/research-center/research-initiatives/cure-om/cure-om-webinars">CURE OM
     Webinars</a></li><li class=""><a
     href="/research-center/research-initiatives/cure-om">About CURE OM</a></li><li
     class=""><a
     href="/research-center/research-initiatives/cure-om/cure-om-steering-committee">CURE
     OM Steering Committee</a></li></li></ul><li class="has-children"><a
     href="/understand-melanoma/pediatric-melanoma">Pediatric Melanoma</a><ul><li><span
     class="heading">Pediatric Melanoma</span></li><li class=""><a
```

120272…

```
href="/understand-melanoma/pediatric-melanoma/diagnosing-pediatric-melanoma">
Diagnosing Pediatric Melanoma</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-treatment">Pediatric
Melanoma Treatment</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-resources">Pediatric
Melanoma Resources</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-leadership">
Pediatric Melanoma Leadership</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/holiday-card-contest">Holiday Card
Contest</a></li></ul></li></ul></div><div class="col col-2"><ul><li
class="has-children"><a href="/understand-melanoma/melanoma-treatment">Melanoma
Treatment</a><ul><li><span class="heading">Melanoma Treatment</span></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/surgery">Surgery</a></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/radiation">Radiation</a></li><li
class="has-children"><a
href="/understand-melanoma/melanoma-treatment/clinical-trials">Clinical
Trials</a><ul><li><span class="heading">Clinical Trials</span></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/find-a-clinical-trial">Find a Clinical
Trial</a></li></ul></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/immunotherapy">Immunotherapy</a></li><
li class=""><a
href="/understand-melanoma/melanoma-treatment/targeted-therapy">Targeted
Therapy</a></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/chemotherapy">Chemotherapy</a></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/treatment-center-finder">Treatment
Center Finder</a></li></ul></li></ul></li><li class="has-children"><a
href="/understand-melanoma/diagnosing-melanoma">Diagnosing Melanoma</a><ul><li><span
class="heading">Diagnosing Melanoma</span></li><li class="has-children"><a
href="/understand-melanoma/diagnosing-melanoma/detection-screening">Detection &amp;
Screening</a><ul><li><span class="heading">Detection & Screening</span></li><li
class=""><a
href="/understand-melanoma/diagnosing-melanoma/detection-screening/abcdes-melanoma">
ABCDEs of Melanoma</a></li></ul></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/melanoma-pathology">Melanoma
Pathology</a></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/stages-of-diagnosis">Stages of
Diagnosis</a></li></ul></li></ul></div><div class="col col-3"><ul><li
class="has-children"><a href="/understand-melanoma/preventing-melanoma">Preventing
Melanoma</a><ul><li><span class="heading">Preventing Melanoma</span></li><li
class=""><a
href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous">Why is
Tanning Dangerous?</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/facts-about-sunscreen">Sunscreen
Facts</a></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/i-think-i-have-melanoma">I Think I
Have Melanoma</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/melanoma-risk-factors">Melanoma Risk
Factors</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/detecting-melanoma-early">Early
Detection</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/self-screening-guide">Self-Screening
Guide</a></li></ul></li></ul><ul><li class="has-children"><a
href="/understand-melanoma/resource-library">Resource Library</a><ul><li><span
class="heading">Resource Library</span></li><li class=""><a
href="/understand-melanoma/resource-library/glossary-terms">Glossary of
Terms</a></li><li class=""><a
href="/understand-melanoma/resource-library/pictures-of-melanoma">Pictures of
Melanoma</a></li><li class="has-children"><a
href="/understand-melanoma/resource-library/educational-programs">Educational
Programs</a><ul><li><span class="heading">Educational Programs</span></li><li
class=""><a
href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
-materials">Educational Materials</a></li><li class=""><a
href="/order-educational-materials">Order Educational Materials</a></li><li
class=""><a
```

```
href="/understand-melanoma/resource-library/educational-programs/coloring-book">
Coloring Book</a></li></ul></li><li class=""><a
href="/understand-melanoma/resource-library/educational-recordings">Educational
Recordings</a></li><li class=""><a
href="/understand-melanoma/resource-library/twitter-chat-transcripts">Twitter Chat
Transcripts</a></li><li class=""><a
href="/understand-melanoma/resource-library/helpful-links">Helpful
Links</a></li></ul></li></ul></div></div></div></li><li class="item-2
has-children"><a href="/find-support">Find Support</a><div class="mega-menu
mega-menu-4-wide"><span class="heading">Find Support</span><div class="clearfix"><div
class="col col-0"><ul class="helper"><li><a href="/find-support">Find
Support</a></li></ul><ul><li class="has-children"><a
href="/find-support/patient-community">Melanoma Patient Community</a><ul><li><span
class="heading">Melanoma Patient Community</span></li><li class="has-children"><a
href="/find-support/patient-community/mpip-melanoma-patients-information-page">MPIP
Forum</a><ul><li><span class="heading">MPIP Forum</span></li><li class=""><a
href="/find-support/patient-community/mpip-forum/history-mpip">History of
MPIP</a></li><li class=""><a href="/find-support/patient-community/forum-faq">Forum
FAQ</a></li></ul></li><li class=""><a
href="/find-support/patient-community/cure-om-forum">CURE OM Forum</a></li><li
class=""><a href="/find-support/patient-community/patient-stories">Patient
Stories</a></li><li class=""><a
href="/find-support/patient-community/memorials">Memorials</a></li><li class=""><a
href="/find-support/patient-community/profiles">MPIP Community Profile
Search</a></li></ul></li></ul><ul><li class=""><a
href="/find-support/helpline-nurse">Helpline &amp; Nurse</a></li></ul></div><div
class="col col-1"><ul><li class="has-children"><a
href="/find-support/support-groups">Support Groups</a><ul><li><span
class="heading">Support Groups</span></li><li class=""><a
href="/find-support/support-groups/om-support-groups">OM Support
Groups</a></li></ul></li></ul><ul><li class=""><a
href="/find-support/phone-buddy">Phone Buddy</a></li></ul></div><div class="col
col-2"><ul><li class=""><a href="/find-support/financial-assistance">Financial
Assistance</a></li></ul></div><div class="col col-3"><ul><li class=""><a
href="/find-support/living-with-melanoma">Living with
Melanoma</a></li></ul></div></div></div></li><li class="item-3 has-children"><a
href="/research-center">Research Center</a><div class="mega-menu
mega-menu-3-wide"><span class="heading">Research Center</span><div
class="clearfix"><div class="col col-0"><ul class="helper"><li><a
href="/research-center">Research Center</a></li></ul><ul><li class="has-children"><a
href="/research-center/research-initiatives">Research Initiatives</a><ul><li><span
class="heading">Research Initiatives</span></li><li class="has-children"><a
href="/research-center/research-initiatives/mrfbc">MRFBC</a><ul><li><span
class="heading">MRFBC</span></li><li class=""><a
href="/research-center/research-initiatives/mrfbc/mission-of-the-mrfbc">MRFBC
Mission</a></li><li class=""><a
href="/research-center/research-initiatives/mrfbc/mrfbc-steering-committee">MRFBC
Steering Committee</a></li><li class=""><a
href="/research-center/research-initiatives/mrfbc/participating-sites">Participating
Sites</a></li></ul></li><li class="has-children"><a
href="/research-center/research-initiatives/cure-om">CURE OM</a><ul><li><span
class="heading">CURE OM</span></li><li class=""><a
href="/research-center/research-initiatives/cure-om/scientific-steering-committee">
Scientific Steering Committee</a></li><li class=""><a
href="/research-center/research-initiatives/cure-om/ocular-melanoma-research">CURE OM
Research</a></li></ul></li></ul></li></ul></div><div class="col col-1"><ul><li
class="has-children"><a href="/research-center/research-grants">Research
Grants</a><ul><li><span class="heading">Research Grants</span></li><li class=""><a
href="/research-center/research-grants/the-grant-process">The Grant
Process</a></li><li class="has-children"><a
href="/research-center/research-grants/types-of-funding">Types of
Funding</a><ul><li><span class="heading">Types of Funding</span></li><li class=""><a
href="/research-center/research-grants/types-of-funding/eligibility-requirements">
Eligibility &amp; Requirements</a></li></ul></li><li class=""><a
href="/research-center/research-grants/research-grant-recipients">Research Grant
Recipients</a></li><li class=""><a
href="/research-center/research-grants/partnerships-supported-institutions">
Partnerships &amp; Supported Institutions</a></li><li class=""><a
```

```
href="/research-center/research-grants">Grant FAQs</a></li></ul>
FAQs</a></li></li></ul></div><div class="col col-2"><ul><li class=""><a
href="/research-center/scientific-milestones">Scientific
Milestones</a></li></ul></div></div></li><li class="item-4 has-children"><a
href="/get-involved">Get Involved</a><div class="mega-menu mega-menu-4-wide"><span
class="heading">Get Involved</span><div class="clearfix"><div class="col col-0"><ul
class="helper"><li><a href="/get-involved">Get Involved</a></li></ul><li
class="has-children"><a href="/get-involved/support-the-mrf">Support the
MRF</a><ul><li><span class="heading">Support the MRF</span></li><li class=""><a
href="http://shop.melanoma.org">Shop to Support the
MRF!</a></li></ul></li></ul><ul><li class="has-children"><a
href="/get-involved/advocacy-initiatives">Advocacy Initiatives</a><ul><li><span
class="heading">Advocacy Initiatives</span></li><li class="has-children"><a
href="http://join.melanoma.org/site/PageNavigator/GetNaked/GetNaked_Landing.html">#
GetNaked for Melanoma</a><ul><li><span class="heading">#GetNaked for
Melanoma</span></li><li class=""><a
href="/get-involved/advocacy-initiatives/your-getnaked-story">Your #GetNaked
Story</a></li></ul></li><li class=""><a
href="/get-involved/advocacy-initiatives/key-issues">Key Issues</a></li><li
class=""><a href="/get-involved/advocacy-initiatives/campaigns">Campaigns</a></li><li
class=""><a href="/get-involved/advocacy-initiatives/become-an-mrf-advocate">Become
an MRF Advocate</a></li></ul></li></ul></div><div class="col col-1"><ul><li
class="has-children"><a href="/get-involved/melanoma-awareness">Melanoma
Awareness</a><ul><li><span class="heading">Melanoma Awareness</span></li><li
class=""><a
href="/get-involved/melanoma-awareness/certified-melanoma-educators">Certified
Melanoma Educators</a></li><li class=""><a
href="/get-involved/melanoma-awareness/physician-cme-opportunities">Physician CME
Opportunities</a></li><li class="has-children"><a
href="/get-involved/melanoma-awareness/mark-spot">Mark the SPOT!</a><ul><li><span
class="heading">Mark the SPOT!</span></li><li class=""><a
href="/get-involved/melanoma-awareness/mark-spot/participating-salons">Participating
Salons</a></li></ul></li></ul></li></ul><ul><li class="has-children"><a
href="/get-involved/volunteer-for-the-mrf">Volunteer for the MRF</a><ul><li><span
class="heading">Volunteer for the MRF</span></li><li class="has-children"><a
href="/volunteer-opportunities">Volunteer Opportunities</a><ul><li><span
class="heading">Volunteer Opportunities</span></li><li class=""><a
href="/get-involved/volunteer-mrf/volunteer-opportunities/volunteer-resources">
Volunteer Resources</a></li><li class=""><a
href="/get-involved/volunteer-mrf/volunteer-opportunities/your-volunteer-story">Your
Volunteer Story</a></li></ul></li><li class=""><a
href="/get-involved/volunteer-mrf/dermatologists-medical-oncologists">Dermatologists
&amp; Medical Oncologists</a></li></ul></li></ul></div><div class="col col-2"><ul><li
class=""><a href="/get-involved/calendar-of-events">Calendar of
Events</a></li></ul><ul><li class="has-children"><a
href="/get-involved/miles-for-melanoma">Miles for Melanoma</a><ul><li><span
class="heading">Miles for Melanoma</span></li><li class=""><a
href="/get-involved/miles-for-melanoma/5k-runs-walks">5k Runs &amp; Walks</a></li><li
class=""><a href="/get-involved/miles-melanoma/champions-program">Champions
Program</a></li><li class=""><a
href="/get-involved/miles-melanoma/grassroots-activities">Grassroots
Activities</a></li></ul></li></ul></div><div class="col col-3"><ul><li
class="has-children"><a href="/get-involved/signature-events">Signature
Events</a><ul><li><span class="heading">Signature Events</span></li><li class=""><a
href="/get-involved/signature-events/wings-of-hope-galas">Wings of Hope
Galas</a></li><li class=""><a
href="/get-involved/signature-events/universal-studios-5k-run-walk">Universal Studios
5k Run Walk</a></li></ul></li></ul></div></div></div></li><li class="item-5
has-children"><a href="/about-us">About Us</a><div class="mega-menu
mega-menu-4-wide"><span class="heading">About Us</span><div class="clearfix"><div
class="col col-0"><ul class="helper"><li><a href="/about-us">About
Us</a></li></ul><ul><li class="has-children"><a
href="/about-us/history-mission">History &amp; Mission</a><ul><li><span
class="heading">History & Mission</span></li><li class=""><a
href="/about-us/history-mission/mrf-faq">MRF FAQ</a></li></ul></li></ul><ul><li
class="has-children"><a href="/about-us/executive-leadership-board">Executive
Leadership &amp; Board</a><ul><li><span class="heading">Executive Leadership &
Board</span></li><li class=""><a
```

```
120272... href="/about-us/executive-leadership-board/letter-from-the-chairman">Letter from the
     ... Chairman</a></li></ul></li></ul><ul><li class=""><a
     ... href="/about-us/scientific-leadership">Scientific Leadership</a></li></ul></div><div
     ... class="col col-1"><ul><li class=""><a href="/about-us/mrf-staff">MRF
     ... Staff</a></li></ul><ul><li class="has-children"><a
     ... href="/about-us/news-press-room">News &amp; Press Room</a><ul><li><span
     ... class="heading">News & Press Room</span></li><li class=""><a
     ... href="/about-us/news-press-room/blog">MRF Blog</a></li><li class=""><a
     ... href="/about-us/news-press-room/news">News</a></li><li class=""><a
     ... href="/about-us/news-press-room/press-releases">Press Releases</a></li><li
     ... class=""><a href="/about-us/news-press-room/mrf-newsletters">MRF
     ... Newsletters</a></li></ul></li></ul><ul><li class=""><a
     ... href="/about-us/using-MRF-logo">MRF Logo Use</a></li></ul></div><div class="col
     ... col-2"><ul><li class=""><a href="/about-us/financials-annual-reports">Financials
     ... &amp; Annual Reports</a></li></ul><ul><li class=""><a
     ... href="/about-us/sponsors-partners">Corporate and Foundation
     ... Supporters</a></li></ul></div><div class="col col-3"><ul><li class=""><a
     ... href="/about-us/work-with-the-mrf">Work with the MRF</a></li></ul><ul><li
     ... class="has-children"><a href="/contact-us">Contact Us</a><ul><li><span
     ... class="heading">Contact Us</span></li><li class=""><a
     ... href="/about-us/contact-us/connect-mrf-online">Connect with the MRF
     ... Online!</a></li></ul></li></ul></li></ul></div></div></div></li>                </ul>
120273               </nav>
120274             </div>
120275           </div>
120276         <div id="mobile-search-wrapper" class="page-section">
120277           <div>
120278             <div id="mobile-search">
120279               <form class="site-search" action="/search/node" method="post">
120280                 <input type="text" placeholder="Search" name="keys" />
120281                 <input type="submit" value="Search" title="Search" />
120282                 <div class="clearfix search-options">
120283                   <div class="radio"><label><input type="radio"
name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
120284                   <div class="radio"><label><input type="radio"
name="search-scope" value="mpip" /> MPIP</label></div>
120285                 </div>
120286               </form>
120287             </div>
120288           </div>
120289         </div>
120290             <div class="page-section">
120291           <div>
120292                                                                            <div
     ... id="front-top">
120293             <div class="grid clearfix">
120294               <div class="col col-0 span-2">
120295                 <div>
120296                   <div class="slideshow-wrapper">
120297                     <div class="slideshow cycle-slideshow"
     ... data-cycle-log="false" data-cycle-pager="#front-top .slideshow-wrapper .pager"
     ... data-cycle-swipe="true" data-cycle-slides="> div" data-cycle-pager-template=""
     ... data-cycle-timeout="5000">
120298
     ... <div class="slide">
120299
     ... <a href="/research-center/research-grants/the-grant-process"><img
     ... src="https://www.melanoma.org/sites/default/files/styles/slide/public/DNAslide.jpg?
     ... itok=C8n9TMyD" width="635" height="420" alt="" /></a>
120300
     ... <div class="content">
120301                                                       <div class="caption">
120302                                                         <h2>Apply for a Medical Student
     ... Grant!</h2>
120303                                                       </div>
120304                                                       <div class="more">
120305                                                         <div>
120306                                                           The 2017 Medical Student
```

```
120306…  Research Grant Application is now available!
    …  <a class="link" href="/research-center/research-grants/the-grant-process">Read
    …  more</a>
120307
    …  </div>
120308                                                        </div>
120309                                                </div>
120310                                        </div>
120311
    …  <div class="slide" style="display: none;">
120312
    …  <a href="/understand-melanoma/newly-diagnosed"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/Recently-
    …  Diagnosed_1.jpg?itok=o7K-5GHz" width="635" height="420" alt="" /></a>
120313
    …  <div class="content">
120314                                                <div class="caption">
120315                                                        <h2>Just Diagnosed…Now What?</h2>
120316                                                </div>
120317                                                <div class="more">
120318                                                        <div>
120319                                                                You are not alone. We can
    …  help!
    …  <a class="link" href="/understand-melanoma/newly-diagnosed">Read more</a>
120320
    …  </div>
120321                                                        </div>
120322                                                </div>
120323                                        </div>
120324
    …  <div class="slide" style="display: none;">
120325
    …  <a
    …  href="http://www.melanoma.org/understand-melanoma/pediatric-melanoma/pediatric-
    …  melanoma-resources"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF332-
    …  Pediatric_HomePage_Slider_V1_M01.png?itok=QanLhXWu" width="635" height="420" alt=""
    …  /></a>
120326
    …  <div class="content">
120327                                                <div class="caption">
120328                                                        <h2>Understand Pediatric Melanoma
    …  </h2>
120329                                                </div>
120330                                                <div class="more">
120331                                                        <div>
120332                                                                Find information and
    …  resources for young melanoma patients.
    …  <a class="link"
    …  href="http://www.melanoma.org/understand-melanoma/pediatric-melanoma/pediatric-
    …  melanoma-resources">Read more</a>
120333
    …  </div>
120334                                                        </div>
120335                                                </div>
120336                                        </div>
120337
    …  <div class="slide" style="display: none;">
120338
    …  <a href="/understand-melanoma/what-is-melanoma/ocular-melanoma"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF-CURE-OM-
    …  SLIDE.jpg?itok=MmWsjA-r" width="635" height="420" alt="" /></a>
120339
    …  <div class="content">
120340                                                <div class="caption">
120341                                                        <h2>Melanoma Can Occur in Your
    …  Eyes.</h2>
120342                                                </div>
```

```
120343                                                              <div class="more">
120344                                                                  <div>
120345                                                                      Learn more about ocular
       melanoma and CURE OM.
    …  <a class="link" href="/understand-melanoma/what-is-melanoma/ocular-melanoma">Read
    …  more</a>
120346
    …  </div>
120347                                                                  </div>
120348                                                              </div>
120349                                                          </div>
120350
    …  <div class="slide" style="display: none;">
120351
    …  <a href="http://www.melanoma.org/getnaked"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF315-
    …  GetNaked_Slider_M03v4.jpg?itok=1vOzUly1" width="635" height="420" alt="" /></a>
120352
    …  <div class="content">
120353                                                          <div class="caption">
120354                                                              <h2>It Just Might Save Your
       Life.</h2>
120355                                                          </div>
120356                                                          <div class="more">
120357                                                              <div>
120358                                                                  Find out why baring it all
       could help you catch melanoma early.
    …  <a class="link" href="http://www.melanoma.org/getnaked">Read more</a>
120359
    …  </div>
120360                                                              </div>
120361                                                          </div>
120362                                                      </div>
120363
    …  <div class="slide" style="display: none;">
120364
    …  <a href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/Tanning_0.jpg?
    …  itok=WL59rkAR" width="635" height="420" alt="" /></a>
120365
    …  <div class="content">
120366                                                          <div class="caption">
120367                                                              <h2>Is Tanning Dangerous?</h2>
120368                                                          </div>
120369                                                          <div class="more">
120370                                                              <div>
120371                                                                  Learn why there is no such
       thing as a safe tan.
    …  <a class="link"
    …  href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous">Read
    …  more</a>
120372
    …  </div>
120373                                                              </div>
120374                                                          </div>
120375                                                      </div>
120376                                                          </div>
120377                                                      <div
       class="controls">
120378                                                  <div>
120379                                                      <div class="clearfix">
120380                                                          <a class="play-pause"
    …  href="#">Pause</a>
120381                                                      <ul class="pager"><!--
120382
       --><li><a href="#" title="Slide 1">Slide 1</a></li><!--
120383
    …  --><li><a href="#" title="Slide 2">Slide 2</a></li><!--
```

```
120384    --><li><a href="#" title="Slide 3">Slide 3</a></li><!--
…
120385    --><li><a href="#" title="Slide 4">Slide 4</a></li><!--
…
120386    --><li><a href="#" title="Slide 5">Slide 5</a></li><!--
…
120387    --><li><a href="#" title="Slide 6">Slide 6</a></li><!--
…
120388    </ul>
…
120389                                          --></div>
120390                                   </div>
120391                               </div>
120392                                                      </div>
120393                  </div>
120394              </div>
120395              <div class="col col-1 span-1">
120396                  <div>
120397                      <div class="pillars">
120398                          <ul class="tab-nav clearfix">
120399                              <li class="tab-0 research"><span><a
          href="#research">Research</a></span></li>
120400                              <li class="tab-1 education"><span><a
          href="#education">Education</a></span></li>
120401                              <li class="tab-2 advocacy"><span><a
          href="#advocacy">Advocacy</a></span></li>
120402                          </ul>
120403                      <div class="content">
120404                          <div id="research" style="display: none;">
120405                              <p>Supporting research for effective
…         treatments and eventually a cure for melanoma.</p>
120406    <div class="links">
120407    <h4>Quick Links:</h4>
120408    <ul>
120409    <li><a href="/research-center/research-grants/the-grant-process">Apply for a research
…         grant</a></li>
120410    <li><a href="/research-center/research-initiatives/cure-om">Learn about our CURE OM
…         initiative</a></li>
120411    <li><a href="/research-center/research-grants/recent-grant-recipients">Meet our
…         researchers</a></li>
120412    <li><a href="/research-center/research-initiatives/mrfbc">Read how the MRFBC is
…         accelerating research</a></li>
120413    </ul>
120414    </div>
120415    <p> </p>
120416                              </div>
120417                          <div id="education" style="display: block;">
120418                              <p>Educating patients and physicians about
…         the prevention, diagnosis and treatment of melanoma.</p>
120419    <div class="links">
120420    <h4>Quick Links:</h4>
120421    <ul>
120422    <li><a href="/understand-melanoma/melanoma-treatment">Read about the latest treatment
…         options</a></li>
120423    <li><a href="/understand-melanoma/resource-library/educational-programs">Attend an
…         upcoming educational event</a></li>
120424    <li><a href="/understand-melanoma/preventing-melanoma">Get tips to protect
…         yourself</a></li>
120425    <li><a
…         href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
…         -materials">View our educational materials</a></li>
120426    </ul>
120427    </div>
120428    <p> </p>
120429                              </div>
120430                          <div id="advocacy" style="display: none;">
120431                              <p>Advocating for the melanoma community,
…         raising awareness about melanoma.</p>
```

```
120432  <div class="links">
120433  <h4>Quick Links:</h4>
120434  <ul>
120435  <li><a href="/get-involved/advocacy-initiatives">Learn about our advocacy
    …   initiatives</a></li>
120436  <li><a href="/get-involved/volunteer-for-the-mrf">Volunteer for the MRF</a></li>
120437  <li><a href="/get-involved/support-the-mrf">Find ways to support the MRF</a></li>
120438  <li><a href="/get-involved/miles-for-melanoma/5k-runs-walks">Run/walk for new
    …   melanoma treatments</a></li>
120439  </ul>
120440  </div>
120441                                      </div>
120442                                  </div>
120443                              </div>
120444                          </div>
120445                      </div>
120446                  </div>
120447              </div>                              </div>
120448          </div>
120449          </div>
120450      <div id="page-body" class="page-section" role="main">
120451          <div>
120452              <div id="content" class="front-content grid clearfix">
120453              <div class="col col-0">
120454                  <div>
120455                  <div class="collapsible-block">
120456                      <h2><a href="#">MRF News</a></h2>
120457                      <ul class="news">
120458                                              <li>
120459                          <h3><a
    …   href="/about-us/news-press-room/blog/summers-story-need-om-patient-registry">Summer&#
    …   039;s Story: The Need for an OM Patient Registry</a></h3>
120460                          <p>
120461                              Dear OM Community, 
    …   </p>
120462                          <a class="read-more"
    …   href="/about-us/news-press-room/blog/summers-story-need-om-patient-registry">Read
    …   more...</a>
120463                      </li>
120464                                              <li>
120465                          <h3><a
    …   href="/about-us/news-press-room/blog/christys-words-2nd-annual-pediatric-melanoma-
    …   summit">In Christy&#039;s Words: The 2nd Annual Pediatric Melanoma Summit</a></h3>
120466                          <p>
120467                              &quot;Mommy, thank you so much for taking me
    …   to Great Wolf Lodge again!&quot; Moses wrapped his
    …   </p>
120468                          <a class="read-more"
    …   href="/about-us/news-press-room/blog/christys-words-2nd-annual-pediatric-melanoma-
    …   summit">Read more...</a>
120469                      </li>
120470                                              <li>
120471                          <h3><a
    …   href="/about-us/news-press-room/blog/memoriam-randy-lomax">In Memoriam: Randy
    …   Lomax</a></h3>
120472                          <p>
120473                              The MRF and the melanoma community are
    …   mourning the loss of Randy Lomax, who died from melanoma on
    …   </p>
120474                          <a class="read-more"
    …   href="/about-us/news-press-room/blog/memoriam-randy-lomax">Read more...</a>
120475                      </li>
120476                                              <li>
120477                          <h3><a
    …   href="/about-us/news-press-room/press-releases/uspstf-concludes-not-enough-evidence-
    …   recommend-annual-full">The USPSTF Concludes Not Enough Evidence to Recommend Annual
    …   Full-Body Skin Screenings</a></h3>
120478                          <p>
```

```
120479          The MRF urges the USPSTF to consider the
     …  ramifications of not recommending yearly full body skin checks.
     …  </p>
120480                              <a class="read-more"
     …  href="/about-us/news-press-room/press-releases/uspstf-concludes-not-enough-evidence-
     …  recommend-annual-full">Read more...</a>
120481                          </li>
120482                                          <li class="more"><a
     …  href="/about-us/news-press-room">More MRF News</a></li>
120483                      </ul>
120484                  </div>
120485              </div>
120486          </div>
120487          <div class="col col-1">
120488              <div>
120489                  <div class="collapsible-block">
120490                      <h2><a href="#">Events</a></h2>
120491                      <ul class="events">
120492
     …  <li class="clearfix">
120493                              <div class="date-tile">
120494                                  <span class="month">Sep.</span>
120495                                  <span class="day">15</span>
120496                                  <span class="year">2016</span>
120497                              </div>
120498                              <div class="content">
120499                                  <div>
120500                                      <h3><a
     …  href="/get-involved/calendar-of-events/wings-hope-melanoma-gala-chicago">Wings of
     …  Hope for Melanoma Gala - Chicago</a></h3>
120501                                      <div class="date">Thursday, Sep. 15,
     …  2016</div>
120502                                      <!--<div class="location"></div>-->
120503                                      <!--<a href="#">Register</a>-->
120504                                  </div>
120505                              </div>
120506                          </li>
120507
     …  <li class="clearfix">
120508                              <div class="date-tile">
120509                                  <span class="month">Sep.</span>
120510                                  <span class="day">16</span>
120511                                  <span class="year">2016</span>
120512                              </div>
120513                              <div class="content">
120514                                  <div>
120515                                      <h3><a
     …  href="/get-involved/calendar-of-events/pediatric-melanoma-summit-charlotte-nc">
     …  Pediatric Melanoma Summit - Charlotte, NC</a></h3>
120516                                      <div class="date">Friday, Sep. 16,
     …  2016</div>
120517                                      <!--<div class="location"></div>-->
120518                                      <!--<a href="#">Register</a>-->
120519                                  </div>
120520                              </div>
120521                          </li>
120522
     …  <li class="clearfix">
120523                              <div class="date-tile">
120524                                  <span class="month">Sep.</span>
120525                                  <span class="day">18</span>
120526                                  <span class="year">2016</span>
120527                              </div>
120528                              <div class="content">
120529                                  <div>
120530                                      <h3><a
     …  href="http://join.melanoma.org/2016mfmnj" target="_blank">Miles for Melanoma New
     …  Jersey</a></h3>
```

```
120531                                                      <div class="date">Sunday, Sep. 18,
       2016</div>
120532                                                      <!--<div class="location"></div>-->
120533                                                      <!--<a href="#">Register</a>-->
120534                                                  </div>
120535                                              </div>
120536                                          </li>
120537
       <li class="clearfix">
120538                                              <div class="date-tile">
120539                                                  <span class="month">Sep.</span>
120540                                                  <span class="day">24</span>
120541                                                  <span class="year">2016</span>
120542                                              </div>
120543                                              <div class="content">
120544                                                  <div>
120545                                                      <h3><a
       href="http://join.melanoma.org/2016mfmcentralohio" target="_blank">Miles for Melanoma
       Central Ohio</a></h3>
120546                                                      <div class="date">Saturday, Sep. 24,
       2016</div>
120547                                                      <!--<div class="location"></div>-->
120548                                                      <!--<a href="#">Register</a>-->
120549                                                  </div>
120550                                              </div>
120551                                          </li>
120552                                          <li class="more"><a
       href="/get-involved/calendar-of-events">Calendar of Events</a></li>
120553                                      </ul>
120554                                  </div>
120555                              </div>
120556                          </div>
120557                          <div class="col col-2" role="complementary">
120558                              <div>
120559                                  <div class="region region-right">
120560          <div id="block-block-3" class="block block-block">
120561          <div class="block-content">
120562              <div class="content">
120563                                  <div class="video-block">
120564 <h4>Meet the MRF</h4>
120565 <div>
120566 <iframe allowfullscreen="" class="video" frameborder="0" height="141"
       src="//www.youtube.com/embed/1brpC4g2GwY" width="256"></iframe></div>
120567 <p><a class="icon youtube" href="http://www.youtube.com/user/CureMelanoma"
       target="_blank">Visit the MRF YouTube Channel</a></p>
120568 </div>
120569              </div>
120570          </div>
120571 </div>
120572 <div id="block-block-2" class="block block-block">
120573      <div class="block-content">
120574          <div class="content">
120575                                  <div class="support-block">
120576 <h4>Find Support</h4>
120577 <p><a href="/find-support/patient-community">Connect with the melanoma
       community</a></p>
120578 </div>
120579 <p> </p>
120580              </div>
120581          </div>
120582 </div>
120583 <div id="block-block-4" class="block block-block">
120584      <div class="block-content">
120585          <div class="content">
120586                                  <div class="newsletter-block">
120587 <h4>Subscribe!</h4>
120588 <p><a
       href="https://www.kintera.org/site/c.fwK2LoO4LlK8F/b.8720501/k.9859/Email_SignUp/apps
```

```
120588…  /karet/contactus.asp" target="_blank">Get updates on melanoma research, education
    …  &amp; advocacy</a></p>
120589  </div>
120590  <p> </p>
120591          </div>
120592      </div>
120593  </div>
120594    </div>
120595              </div>
120596          </div>
120597      </div>        </div>
120598      </div>
120599          <div id="sponsors" class="page-section">
120600          <div>
120601          <h4>Melanoma Research Foundation Corporate Partners</h4>
120602          <div class="sponsors-slideshow-wrapper">
120603          <div>
120604              <div class="sponsors-slideshow cycle-slideshow"
    …  data-cycle-log="false" data-cycle-fx="carousel" data-cycle-carousel-visible="7"
    …  data-cycle-slides="> div" data-cycle-next=".sponsors-slideshow-wrapper .next"
    …  data-cycle-prev=".sponsors-slideshow-wrapper .previous" data-cycle-timeout="0">
120605                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-28759"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/provectus_logo.jpg?itok=7rKeGrwD" width="125" height="50" alt="" /></a></div>
120606                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-16160"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/Bristol-Myers-Squibb.jpg?itok=FigwoY69" width="125" height="50" alt=""
    …  /></a></div>
120607                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-31573"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/iconic_2_line_vert_sig_rgb.jpg?itok=ko1IUhqc" width="125" height="50" alt=""
    …  /></a></div>
120608                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-16157"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/wallaroo.png?itok=mj_bH0b0" width="125" height="50" alt="" /></a></div>
120609                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-19042"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/Guerbet.jpg?itok=ZBTlqMH0" width="125" height="50" alt="" /></a></div>
120610                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-16158"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/amgen.png?itok=RfuPJvaQ" width="125" height="50" alt="" /></a></div>
120611                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-16161"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/genentech.png?itok=1pAHEaIV" width="125" height="50" alt="" /></a></div>
120612                              <div class="logo"><a
    …  href="/about-us/sponsors-partners#sponsor-24634"><img
    …  src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    …  logos/Novartis%20Logo_0.jpg?itok=8w8IO2Lc" width="125" height="50" alt=""
    …  /></a></div>
120613                                          </div>
120614              </div>
120615          <a class="previous" href="#">Previous logo</a>
120616          <a class="next" href="#">Next logo</a>
120617      </div>
120618      </div>
120619    </div>
120620      <div id="page-footer" class="page-section" role="contentinfo">
120621      <div class="clearfix">
120622          <div class="col col-0">
120623              <div>
120624                  <h4><a href="/">Home</a></h4>
```

```
120625                    <ul role="navigation">
120626                        <li><a href="/understand-melanoma">Understand
…    Melanoma</a></li><li><a href="/find-support">Find Support</a></li><li><a
…    href="/research-center">Research Center</a></li><li><a href="/get-involved">Get
…    Involved</a></li><li><a href="/about-us">About Us</a></li>                    </ul>
120627                    </div>
120628                </div>
120629                <div class="col col-1">
120630                    <div>
120631                        <h4>Connect with the MRF</h4>
120632                        <ul class="social clearfix">
120633                            <li class="facebook"><a
…    href="http://www.facebook.com/Melanoma.Research.Foundation" target="_blank"
…    title="Follow us on Facebook">Follow us on Facebook</a></li>
120634                            <li class="twitter"><a href="http://twitter.com/curemelanoma"
…    target="_blank" title="Follow us on Twitter">Follow us on Twitter</a></li>
120635                            <li class="youtube"><a
…    href="http://www.youtube.com/user/CureMelanoma" target="_blank" title="Follow us on
…    YouTube">Follow us on YouTube</a></li>
120636                            <li class="google-plus"><a
…    href="https://plus.google.com/117548443946656380737#117548443946656380737/posts"
…    target="_blank" title="Follow us on Google+">Follow us on Google+</a></li>
120637                            <li class="instagram"><a
…    href="http://instagram.com/CureMelanoma" target="_blank" title="Follow us on
…    Instagram">Follow us on Instagram</a></li>
120638                            <li class="feed"><a href="#" target="_blank" title="Subscribe
…    to our feed">Subscribe to our feed</a></li>
120639                            <!--<li class="print"><a href="#" target="_blank"
…    title="Print this page">Print this page</a></li>-->
120640                        </ul>
120641                        <ul>
120642                            <li><a href="/find-support/patient-community">MPIP
…    Community</a></li>
120643                            <li><a href="/get-involved/support-the-mrf">Support the
…    MRF</a></li>
120644                        </ul>
120645                        <p>Helpline: (877) 673-6460</p>
120646                    </div>
120647                </div>
120648                <div class="col col-2">
120649                    <div>
120650                        <h4>Melanoma Research Foundation</h4>
120651                        <p>
120652                            1411 K Street, NW Suite 800<br />
120653                            Washington, DC 20005<br />
120654                            (800) 673-1290 Office<br />
120655                            (202) 347-9678 Fax
120656                        </p>
120657                        <p><a href="/about-us/contact-us">Contact Us</a></p>
120658                    </div>
120659                </div>
120660                <div class="col col-3">
120661                    <div>
120662                        <h4>About the MRF</h4>
120663                        <a class="charity-navigator"
…    href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
…    src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
…    Navigator logo" /></a>
120664                        <p>The Melanoma Research Foundation (MRF) is leading the melanoma
…    community to transform melanoma from one of the deadliest cancers to one of the most
…    treatable through research, education and advocacy.</p>
120665                        <p class="small"><em>The Melanoma Research Foundation is a <a
…    href="http://www.melanoma.org/sites/default/files/u20369/IRS Tax Exemption
…    Letter-dated 10-3-13.pdf" target="_blank">501(c)(3)</a> non-profit
…    organization.</em></p>
120666                    </div>
120667                </div>
120668                <a class="icon top" href="#page-top"><span>Back to Top</span></a>
```

```
120669        <a class="charity-navigator charity-navigator-2"
…      href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
…      src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
       Navigator logo" /></a>
120670          </div>
120671        </div>
120672 </div>
120673 <div id="page-master-footer" class="page-section">
120674      <div class="clearfix">
120675          <div class="legal">
120676              &copy; Copyright 2016 Melanoma Research Foundation (MRF) <span
       class="divider">|</span> <a href="/terms-of-use">Terms of Use</a> <span
       class="divider">|</span> <a href="/privacy-policy">Privacy Policy</a>
120677          </div>
120678          <div class="credits">
120679              <a href="http://www.voxverde.net/" target="_blank">Website Design</a>
120680          </div>
120681        </div>
120682 </div>
120683 <script type="text/javascript">
120684 /* <![CDATA[ */
120685 var google_conversion_id = 985324023;
120686 var google_custom_params = window.google_tag_params;
120687 var google_remarketing_only = true;
120688 /* ]]> */
120689 </script>
120690 <script type="text/javascript" src="//www.googleadservices.com/pagead/conversion.js">
120691 </script>
120692 <noscript>
120693 <div style="display:inline;">
120694 <img height="1" width="1" style="border-style:none;" alt=""
…      src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/985324023/?value=0&
…      amp;guid=ON&amp;script=0"/>
120695 </div>
120696 </noscript>
120697   <script type="text/javascript"
…      src="https://www.melanoma.org/sites/default/files/js/
…      js_AN2_xvKFqCvCm3ThhI1RJgHqdeTqhCpYlvxTtjKDNhE.js"></script>
120698 <script type="text/javascript"
…      src="//s7.addthis.com/js/300/addthis_widget.js#pubid=ra-522d494a51bf7f91"></script>
120699 <script type="text/javascript"
…      src="//s7.addthis.com/js/300/addthis_widget.js#async=1"></script>
120700 <script type="text/javascript">
120701 <!--//--><![CDATA[//><!--
120702
120703              addthis_config.pubid = 'ra-53580b1f2d770da6';
120704              addthis.init();
120705
120706 //--><!]]>
120707 </script>
120708 </body>
120709 </html>
120710
120711 ************************************************
120712 The following data is from melanoma_org-add_this_code-20160627.txt
120713 ************************************************
120714 !function(e){function t(n){if(a[n])return a[n].exports;var
…      o=a[n]={exports:{},id:n,loaded:!1};return
…      e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
…      n=window.atwpjp;window.atwpjp=function(a,i){for(var
…      r,s,c=0,l=[];c<a.length;c++)s=a[c],o[s]&&l.push.apply(l,o[s]),o[s]=0;for(r in i){var
…      u=i[r];switch(typeof u){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
…      function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(u);break;case"function":e[r]=u;
…      break;default:e[r]=e[u]}}for(n&&n(a,i);l.length;)l.shift().call(null,t)};var
…      a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
…      0!==o[e])o[e].push(n);else{o[e]=[n];var
…      a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
…      "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
```

Page 3565

custom-messages","5:"counter","6:"getCounts","7:"lightbox","8:"member","9:"floating-css"}[
e]||e)+"."+{0:"8a0c23c1422c1bd6b403",2:"fcad8d08cb91acd80587",3:"94828076663f4f6ded2b
",4:"fd9dae2629ad973af653",5:"63e3b5a05f6d3da3fafd",6:"47b8a03132fc94c1ddb2",7:"
2f9bc6a3b6fb5c5e08fc",8:"fc5b90f1fdaa5c6d4a3c",9:"4b12a7a9e7547f4f6f0c",10:"
1622423af3db6f04ea19",11:"ecf7099b9f8e51354e32",12:"f260632ce71b7bf61cdf",13:"
ac87dc267b490a84d51d",14:"e8d202de2176151a675d",15:"2b1913c8aa0e336cf8",16:"
a858a701b7448a55755a",17:"8764a8ce9a8ed0920774",18:"988c58e33d5fffca2050",19:"
1c1c6813ef9035b4f855",20:"6f6caa3976324aad10eb",21:"4f55cdd9bd8a8b80f6ff",22:"
6be399c043de00509396",23:"9d155590eef352e7fede",24:"986a6d033d185ea26f68",25:"
4dc00f1ed08bb2219f85",26:"d207e5749fd83ce28b30",27:"18e31b0bdbc729d46cea",28:"
7bffbfa3867515590b8f",29:"33793be707368e399d07",30:"4c897789162f1e13865a",31:"
27ad06beb83c87245f64",32:"d196aeaeb6c46cbd9232",33:"a4cfdb2b7503106042ec",34:"
8362e70ddba4b084b5f3",35:"127f0e348d2a2dd107fb",36:"5a249899845271b715ad",37:"
82dfe8ea9bd55609ab58",38:"db8c4ffde70c1cbb743",39:"63a325a6f61a1ce7ccb3",40:"
726bd0c37353dd30e0bd",41:"b733a5267fd895ea1382",42:"13dd55a6be675f022dde",43:"
93a0556bddcfc246810e",44:"8d31c51131a19dd9fc3e",45:"e96b6049f712ec04d7d044",46:"
90dd7aadbae126a47396",47:"971397073ec9df9a2637",48:"7a2151452779f333ebe4",49:"
53b898e985fb75a90565",50:"6164c776d7963f41d0c1",51:"7351d47863f4d0e2758e",52:"
3875531f324448508563",53:"2021475b426825cf9eea",54:"fdd8675a2104254db9e1",55:"
eede226b767ae657d2b3",56:"95db6f7bc9c4876369f6",57:"1ef25fdcf1f75a4ab82e",58:"
b90deb6979bdad6b18c",59:"99fd76430b120b72f882",60:"b194b958feabc77d1470",61:"
071e0da4a366711cbadf",62:"ba79bdd5a8ee563ac14f",63:"a36afb36c6ab2b106eab",64:"
6b028d3173285b7085eb",65:"a002be83b67b7dae35ef",66:"60f1b141e44204043105",67:"
a6cb0c0cf61e048afa50",68:"ec57f2934a270bc0fa37",69:"e7f37558a75473d6d8be",70:"
63d108f755eb8231d482",71:"0334b4a03d23816b5020",72:"ae53b379b7336ae3e088",73:"
0901e756ea894d672a5d",74:"52161843e2bbae95cd40",75:"1830828bd233a803856d",76:"
69df4bec4b3812819ca6",77:"1062d71866edc22724c9",78:"2870212faae0e819e3df",79:"
6eb08129c5f4b84bbdcb",80:"2a7160726a4c26f38b64",81:"05f3fc21e8964a927bde",82:"
ebbdd72e6996d8123906",83:"53503eae07450be73074",84:"9ab1f53799bb02c8f682",85:"
a086f550ab56fcc06cf9",86:"266e7c1ed506d70b44f7",87:"77a4acac055479756396",88:"
88d983a07d8c16a15a1c",89:"eee052d4d16a3231d51d",90:"f8d3aaa71c81534bca0c",91:"
6c8d44682d58ea5115b6",92:"dc9a81e7a16e278a7ed8",93:"6dffbd9c46fc585dffd8",94:"
a5121ffd455bb5e7659e",95:"b3fd5d1c53d556b3649f",96:"85082475d101e9981315",97:"
996916885486f9a5a4ba",98:"8d71e00af5ee72bdb783",99:"6069435ba3f8d9120719",100:"
5ad7892bdd168c1fdf4f",101:"8270b6d20fc7e8dcc1ab",102:"31d80099e57c2cf8688f",103:"
4b269b91d69099bc437c",104:"7b573f3223d05d3729d2",105:"53d7da1e768ac5d8dd42",106:"
501bf30906630abf05ff",107:"8f8e721ee0b7bb2e81d1",108:"a2d6961738b83e671c08",109:"
87d4d576c9523d3dd51c",110:"aad4931645f025a2f267",111:"6213c5c013c7b3d8ad2b",112:"
1efb09c811c850f38689",113:"c1df5905381735555765",114:"2f62413ddef76a0a2054",115:"
11813ffc1ac711536e84",116:"d52fe2b67f7b4f950738",117:"4709c0f31f88dcb91ad7",118:"
1620ea3e7f645b363443",119:"dc01500e0414d3b0f179",120:"5bb86be5d2e12a133035",121:"
d37610cf77c7b6abd7b1",122:"950fd8db6371e1b28c08",123:"7ab7557153b439c1f14b",124:"
68bd2995e9319d3fe43c",125:"ec585f4031054c8d8c16",126:"4d53cc83ae50ce874a76",127:"
7bb7d00cc112585a10c7a",128:"54d3b6376c475262317b",129:"1e1b82e9487a928bb53f",130:"
473c207e9e941c03b6d0",131:"35080984e4105728f57d",132:"20b91512c759dedee128",133:"
3866a30eb6e75b2de512",134:"c21ee9770fa0f82dad3f",135:"1cb8325a0bb98031a172",136:"
11613d5227bcb52394b4",137:"38cd9d23232f3add9c7e",138:"3b378083b926402e9065",139:"
ddd8ee397870a559a431",140:"3711d4f8f55c2daf17b2",141:"9e6f8ebf6c9af23b66fb",142:"
1dd1663213076e057912",143:"757529fbd50fd4b1e151",144:"e215c4d3b799574d8966",145:"
4badf70476a7b4b21f17",146:"1bdb193a9dc4c7be2c4a",147:"3d6700e02881432a9823",148:"
2b7fe3b67f770cc7596f",149:"d7030e33153388216c68",150:"fe2872c82a62f2ec1df3",151:"
8f5cf637c17ac3a3622a",152:"f84e356b62c92f81f08a",153:"00b61020d8de35196b69",154:"
debc12d269c205becb22",155:"96bb4e1005ea7573d657",156:"0fc4474ca8fb66c04ab5",157:"
044fd57b52543b55641a",158:"776c06083a90cbb44a2d",159:"cdbc251b8419e5951504",160:"
cadead6139baafa86877",161:"a745a11143dee0fd653b",162:"a1b2428e5923e635569e",163:"
73e2a61dc54190569274",164:"4914ab2d30c3b24123ee",165:"bd8605c28fd3f74dc4af",166:"
530029f8baca602fecec",167:"d2991ce4c2e629f9e617",168:"f8538e7026168cb94627",169:"
53f80164ba60b29be6b2",170:"4a10f6c478b2aac5faff",171:"7604731b718139a6d3ca",172:"
acad8702e8e3d37bcee4",173:"149b7f19053f64954ea9",174:"0ad6e68e0d32bf2db8f8",175:"
7da992aeb798a01fd178",176:"b7545718c321225eda8c",177:"93375f03288134109f97",178:"
a89d803cdf3256bcf667",179:"cbb3f570547a597bddb3",180:"87931e54e541ca9e0c9be",181:"
cb49a9ac5b47a9492e0c",182:"03f3bbe37db98f9ec983",183:"95a19372673e7e768a1e",184:"
bfe4677b0395fd6d7827",185:"93dc535a8b6fd84955b4",186:"b53096bff6391fb24344",187:"
340207bbe041105f0673",188:"45e65b81fbb29aa90fb6",189:"d0ed55bb1c9fa5e70093",190:"
f2fea004a8bfb5719afb",191:"88633368916d6dbce1e6",192:"40f273bf6b97ad143ad5",193:"
b1eaf77d2bf436838b50",194:"8c91f2656e61fa513280",195:"119d73ef5fbcc6495b54",196:"
4047a1982cf0f8ec571f",197:"d65cf4e9540d2141d250",198:"a493c34639d7eb678d98",199:"
09a96fd549dd30c3e5d2",200:"18315d928e2c29ad5570",201:"8de038a6046a952800f9",202:"

41e08b59f0892200cb828","205:"1fc7e838dea252a0169a","206:"1da4ae75228f1290deb","205:"
aacf3f8ef3bb7e4262ca","206:"f769b85f391a6952443d","207:"81fc604a3f30596c5184","208:"
c6a162988d88d8866b15","209:"3100b8b3177d1a3aea24","210:"525555390e4d60dcc023","211:"
441f36c2ae140f569d22","212:"2133c73944f152cfcdd8","213:"f12e98589348b040d8a7","214:"
fab5c48e7d0b643e62fb","215:"11156a6d7710a080200f","216:"83b72b07f33df897dfb0","217:"
75d80fa38748d3434a5f","218:"2d5165099bd707535177","219:"8ef7c5bc03d90dbe61b9","220:"
9c12815589cb491c0325","221:"63058cebad88a2dab8e3","222:"371c886d0e339811060a","223:"
cc43499b659e62127966","224:"c4844dade2c2525f5d96","225:"7d41012ec5afb64b1f23","226:"
2fd030b862f31f77f8bf","227:"f9e88f38a17a352ba4b7","228:"10c0443b77ac982fe9c0","229:"
47fbf79eb42c280f4946","230:"4b9d7ea7c006057cea1d","231:"931ce14c6bfa889c886d","232:"
7221969c81bb7847353e","233:"87848f1d0d4d1a81e3e9","234:"afc48e28567d5b1f0883","235:"
0c517347f091b7933778","236:"d12387720a1529a3689b","237:"c5d07b1136dfbdd4dd1d","238:"
31b5cbc31e69cf92cd85","239:"973866b6146b812effe5","240:"585a7e23ac7d7a53c651","241:"
fc95695442002307a2e2","242:"d7447bbfbe0e0b69d6f6","243:"bcf5ea446094b45880ad","244:"
c55b089c0c79433b5cb6","245:"333feb19f2e867453ec9","246:"34810440124271857d52","247:"
6d4a5a81f826adf21813","248:"586fcda53a9752046447","249:"c6c06618704fbf2c8650","250:"
3dac5b77c75d45e0a73a","251:"8a546ef005ff7085aa14","252:"3b9b07e706c919800c62","253:"
cb8fff9116ff0d21993a","254:"03685ace4fda55c53d47","255:"314f454be1c270a727d5","256:"
aaa7dafd4110ce1966ef","257:"e478ac49f083ba4fc81d","258:"ced67dc57ff1771daf8b","259:"
8b4fdefd051b618dab4c","260:"c630b26e09f214657ebe","261:"d9a5d75703f41abf16f8","262:"
b2d6764402eb17dbc134","263:"899bb28a2132c0acc466","264:"fdf9cd422a202926a8b5","265:"
3419cfce067163c04a6f","266:"bc0c7be755db9355913d","267:"352f2cd2695b18519d2a","268:"
d0abca00901b2c028eb1","269:"53748ecdc0496dae69cb","270:"5a4657c01277229e9988","271:"
12607499838818d10750","272:"c4f628e5cd38b29deea9","273:"7b9bfe24037f0f5cb4c77","274:"
0f5cb87353c63129ba08","275:"535afa29ed037a696947","276:"03073eb5e214837e95c1","277:"
a6b23475bfb1e29bc9ae","278:"a314176107917e25bcc8","279:"f3f8575e302d3f083802","280:"
87c586d256612f22f074","281:"1fc1268d2303a8517eab","282:"46817ef3247badd37cb9","283:"
aa534aae1062aa9a52a5","284:"0f42c0eb0793bc0c9af3","285:"a0f70e868a6627aa49a2","286:"
dbbef4739cef0e35a3b9","287:"7bb6a9cb484cab6412a7","288:"3e8f9f6035305890b4e2","289:"
1f3a4322a6d29f203057","290:"f7079e964df90bad7c4c","291:"795328121e96a95dc39d","292:"
82ae3826327de70be3be","293:"b33d6bbae6491a75c229","294:"410f3761990aa67f53b1","295:"
c44188070c1f90234e43","296:"8bfd36d69e145c986541","297:"f2e701d639d82dde00cf","298:"
6227bdb16ab065d12191","299:"b9a9218c005485134fa8","300:"535b2ec9db80f8bff3f3","301:"
0c4abe75c25f8117dc04","302:"05de7c272b6132260c97","303:"bebbd2e7bebf3c145451","304:"
ba7e71a9fad8941750f2","305:"e9618a67d06db3ee6ea1","306:"d5e0183ff231e0557c0b","307:"
4a133d3b8f4240646f0b","308:"f296ea8683030cdca540","309:"2ef166820ac5d460edbf","310:"
af2f303498d72b193dc0","311:"25e91581676a3765e582","312:"f42de62c70b8e5db0313","313:"
b9e164746867350ba759","314:"08ca88e33e72008664ea","315:"1c6520abd906357ea276","316:"
262dde63f2648c2e6349","317:"7950376a210e496e740c","318:"9b2b9dc362d4bb09f666","319:"
57adc923a14536aed675","320:"da708ce290888f9428f2","321:"861d6052f8c772f16188","322:"
2cd57244ccda9fc58c5f","323:"a6d74712bb983b6d2b92","324:"1164f0da98af4cf3b6ab","325:"
e8fd77e1b1d9a46a8a05","326:"d7deea9d674b6e55788e","327:"e172ac03118eb68e6913","328:"
10814cc447968614f3e4","329:"48d42517625dcefe66ce","330:"20482175b8133ebe3d96","331:"
286eeafb56632439475c","332:"79c74999b56ff09bd5ab","333:"0be18e44dc3e42b9c8ea","334:"
ec7dc9c7d7ce61acf445","335:"80bc0ba6d19ca3237e80","336:"61c162ead2066db0ffff","337:"
aa6afaf3968aa69723ab","338:"0c0266e5a68bebe433a1","339:"74873f7f8f925189179b","340:"
9dd78f2cd2d5b78e9599","341:"91f0b69fe177ce0702b1","342:"f40a10e7d3dcd8eaac5a","343:"
5db8c469706355636b7f","344:"2286fc4075992640f949","345:"9793749ed66d781a18ed","346:"
5257bf95e68f57ac6a36","347:"b8a982c79489e6b00e85","348:"0d065f0f79d1a14e86d","349:"
192c4cd8e9fd4ebfffbf","350:"12c231d81a1fa3a504e6","351:"78293aad44f32e7fd77f","352:"
e1e6a3cc6ebebd13b40f","353:"b557eb7c1e0f3634e15e","354:"1ad221330b1bd9a29c4f","355:"
c52d1dc83c7e97102874","356:"67b828f428abbc8a65df","357:"1783809dc1fa2c069472","358:"
8ff2c075389b12caf803","359:"d77bcb5e5b5f6faf018b","360:"0286bc1fa40f89c5b85c","361:"
bec06e27225fcc781c64","362:"ed258263b920395bb660","363:"aba886b1acc270e1160c3","364:"
d777cc01f92589aeba41","365:"f5d94b875abe0639eb5e","366:"f6eb1001b693aa0bd730","367:"
2effb0d648e67dc65a60","368:"76d8441bb724e016b5df","369:"2ac01e189ededc6ce104","370:"
8e8aca245d92338513df","371:"6125803c13e0a3989bf6","372:"c4e70635342c74f2ddb5","373:"
79210942520b64aea045","374:"5ae25da5bc2b50510c35","375:"513551280d077025cb74","376:"
544e37625c4a3be94458","377:"f38f29dc760599d5dfcb","378:"ff6d1fc7b20428c10c92","379:"
f597ead5f8cedf7c2cf3","380:"88d8d3d4a197d39b487e","381:"ff10509ab10d7cd5535f","382:"
f519173d3464f00c38d3","383:"f6e56e2230b432ec9121","384:"969aa3c1ff3c2537d1b4","385:"
f7c2e1125d3d668969f7","386:"c9f34ce072a574c2e387","387:"f5db8c3f5bcaebdb22ce","388:"
f5d2335fab41e0f70c4f","389:"1ca9baa86715792a6b3f","390:"728638b84ad61a2958c1","391:"
32d06884bd3712a359e2","392:"57ff34b2ef8bfe8fe022","393:"f35cf65f2b8dfea6b334","394:"
0abae367d520703b8b3c","395:"e842625d201e6bb8b17d","396:"640500a701cfa0a9d418","397:"
ee4906cb3419e6058c3e","398:"4c79c9bed636065bcab8","399:"ee6647093b8933f09021","400:"
c60d3c798680240ceef9","401:"f58b5f86e66b0c6e62d3","402:"12a1ba5f2fe299c0c9b7","403:"
81cff4f65ce32d01e8d5","404:"47505d7072ec8d6a2811","405:"cb48b4fd0a424253f3af","406:"

```
8e49adee6108icvccud84-54d7"2ara08242d2523b4058977"467:"7e34dee89249ff50d27",409:"
86bf58fae0be8c9d2984",410:"a191935811af394f60b2",411:"aa6e20175718d9226d20",412:"
5fb021a2cca6a55c4f69",413:"59fa9b1fdef84f3d1fcb",414:"3bb7edbbffe881c0021f",415:"
3e04210f33c2165d5806",416:"f23a65220a11e192ee3a",417:"9cc79b4958d7863388d88",418:"
5398927037be275308f0",419:"413ca70420ee68a341f2",420:"be4e6e11f666ea00a0b5",421:"
75f036cb83a776a20999",422:"ffd514d9b988ad16e459",423:"a74bbfd2eaf9b7c307ae",424:"
2a7ce04c5e777c5431a0",425:"63cbdc4d518a2d7e3953",426:"074c0b34d8bac8772b8e",427:"
778dae282558015ea2e91",428:"0570f6e5796eb54f351f",429:"098ea1d46cd0becb085e",430:"
11e21e9c7a593eff66b2",431:"08f05d078a86a930bdfa",432:"bf86b69204d3835cb9de4",433:"
da9659ac8353bf964e9e",434:"00cda1e6aee8f178a2bd",435:"c5ac3b610bd79d496b3c",436:"
5bf47916475a8e044cce",437:"7d01fd217448fb546e1b",438:"c61eca4511cca4f81772",439:"
a363e4b2933f762586fa",440:"517090492294f8f0856c",441:"195b3a05c9143287256f",442:"
cabcd4351f113e944f22",443:"19cfa701af9e69c4721c",444:"f3821c3b9027b3d6039a",445:"
3724cd430ac281d3ab24",446:"88b8eff810b803c0adbd",447:"add68418c00e607f0b53",448:"
a46a24272c48cadf6120",449:"4c3cb392b40cc463124b",450:"a3e6977b8865b120d1ee",451:"
6c8d1d6095459abeca18",452:"5102c8f2822c2bde380",453:"63c04421909bbf5ed902",454:"
60646a8647485356aa92"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return e}([function(e,t,n){n(807),e.exports=n(83)},function(e,t,n){var
a=n(751),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return/mobile|ip(hone|od|ad)|android|blackberry|iemobile|kindle|
netfront|silk-accelerated|(hpw|web)os|fennec|minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&(e.exports.mod=n)}()},function(e,t){e.exports=function(e,t,n){var
a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]((on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"===typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),l=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(u){}for(a={level:r};--l>=0;)!
function(e,t){a[t]=s?function(){}:function(){}{}}(i,c[l]);e.exports=a},function(e,t){
function
n(){return(l/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,l=(new Date).getTime()},function(e,t,n){"use
strict";var
a=n(1),o=n(27),i=n(14),r=n(44),s=n(77),c=n(129),l=n(8),u=n(139),d=n(128),p=n(9),h=
```

```
window,A=h.addthis_share,f=h.encodeURIComponent,g=n._atw;e.exports=function(e,t,n,h,m
){var
v=u(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
g?A:g.share));w.url=f(w.url),w.title=f(w.title||(A||{}).title||""),h="undefined"==
typeof g?h:g.count;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
username:h.username,pub:h.pub,ui_email_to:h.ui_email_to,ui_email_from:h.ui_email_from
,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(l.dr?"&pre="+f(v(l.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\//|\/\/)?([^\/\?\&#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/)/)){t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=document,o=n(46);e.exports={du:a.location.href,dh:a.location.hostname,dr:a.referrer
,search:a.location.search,pathname:a.location.pathname,query:o(a.location.search),
title:document.title,hash:a.location.hash}},function(e,t,n){"use strict";var
a=n(55),o=n(48),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(836),s=n(2),c={};s(["Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t,n){var
a=n(6),o=n(126).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(14);e.exports=function(e,t,n,c
,l,u){var
d=i(),p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return var
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),l&&(A.
xid=h,setTimeout(function(){(new
Image).src=a("twitter"===e&&u?"tweet":e,0,A,n)},100)),f?o(p,e,h):p}},function(e,t){
function n(e){return"number"==typeof e&&e>-1&&e%1==0&&a>=e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},,function(e,t,n){var
a=window.encodeURIComponent,o=n(11),i=n(24),r=n(34),s=n(1),c=n(170);e.exports=
function(e,t,n){var
l=e.share_url_transforms||e.url_transforms||{},u=i(r(e.url,l,e,"mailto")),d=e.title||
u;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,u,n));var
h="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
```

```
t.product||t.product==="men-300"){t(n,pco:t:product})||"#"}j,func1un(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,l){if(!o[e]||l){var
u=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
u.setAttribute("type","text/javascript"),n&&u.setAttribute("async","async"),s&&u.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),u.src=(t||0===e.indexOf("//")?"":p+a())
+e,h.insertBefore(u,h.firstChild),o[e]=1,u}return 1}},function(e,t,n){var
a=n(25),o=n(56);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(106),i=n(9),r=n(4),s=n(88);n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t,this._lojsonResponse=null)}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t,n){var
a=n(25),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0===n?t[a]=n:t[a]=r!0,i(n)?[]:{},n),t):void
0},t),t}}},function(e,t,n){"use strict";var a=n(84),o=n(1);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(35),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return l(A.cookie,";")[e]}function
o(){return g?l:(c("xtc",1),l==a("xtc")&&(g=l),s("xtc",1),g)}function i(e){var
t,n,a,o=e||__ate.dh||__ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=("usarmymedia","govdelivery");for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){A.cookie&&(A.cookie=e+"=; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?";
domain="+(u("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date).o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?";":";";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
domain="+(u("msi")?"":".")+"addthis.com"))}var
l=n(31),u=n(1),d=n(66),p=n(7),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),l2===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t){e.exports=
function(e,t,n,a){if(!e)return n;if(e instanceof Array)for(var
o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var s in e)e
instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
```

120714

```
n}},function(e,t){e.exports=function(e,t,n){
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}};t.__esModule=!0;var
o=n(1),i=a(o),r=n(730),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){var
a=n(12),o=n(29),i=n(49),r="[object
Array]",s=Object.prototype,c=s.toString,l=o(l=Array.isArray)&&l,u=l||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=u},function(e,t,n){function
a(e){return null==e?!1:u.call(e)==r?d.test(l.call(e)):i(e)&&s.test(e)||!1}var
o=n(779),i=n(49),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,l=Function.prototype.toString,u=c.toString,d=
RegExp("^"+o(u).replace(/toString|(function).*?(?=\\\()|
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(780),o=n(753);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(130);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(837),o=n(34);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(792),o=n(785),i=n(24),r=n(781);e.exports=function(e,t,n,s){return
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t){e.exports=[]},function(e,t,n){var
a=n(6);e.exports=function(e,t,n){var new=Image;return
o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,l="",u=0;u<e.length;)t=e.charCodeAt(u++),n=e.charCodeAt(u++),a=e.
charCodeAt(u++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),l+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return l}function
a(e){var
t,n,a,o,i,s,c,l="",u=0;for(e=e.replace(/[^A-Za-z0-9\-_=]/g,"");u<e.length;)o=r.
indexOf(e.charAt(u++)),i=r.indexOf(e.charAt(u++)),c=r.indexOf(e.charAt(u++)),c=r.
indexOf(e.charAt(u++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,l+=String.
fromCharCode(t),64!=s&&(l+=String.fromCharCode(n)),64!=c&&(l+=String.fromCharCode(a))
;return l}function o(e){for var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return
t.apply(e,t.call(arguments,1))}}},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n:n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],l={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(l):t.push(n[i]={id:i,parts:[l]})}return t}function i(e,t){var
```

120714

```
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);return e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(l,null,n,c,!1),o=i(l,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(u,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function l(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function u(e,t){var
n=t.css,a=t.media;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */")};
```

120715

```
var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments),t)},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}for(var l=o(e);a(l,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
u=0;u<c.parts.length;u++)c.parts[u]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return
a.join("\n")}}(),function(e,t){e.exports=function(e,t,n){var a,o=[];if(n=void
0!==n?n:this,null===e||void 0===e)return o;for(a in
e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return o}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var l=[n,a,o,i,r,s],u=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return l[u++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){var
a=n(25),o=n(56);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a)))},e),[]).join(t)},function(e,t,n){"use strict";var
a=n(32),o=n(50);e.exports=function
i(e,t,n,r,s,c){_ate.ao.toString()===i.toString()?(a([("open",e,t,n,r,s,c]),o()):_ate.
ao.apply(this,arguments)}},function(e,t,n){var a=n(31);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|^\??/,""))}},function(e,t){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void
0===e[a]||n)&&(e[a]=t[a])}},function(e,t){e.exports=function(e,t){e&&e.trim&&"
function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return
e&&t&&(e=window.encodeURIComponent(e)),e||""}},function(e,t){function n(e){return
e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){"use strict";var
a=n(85).wasRequestMade,o=n(85).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){n(15)}))))}catch(e){}},function(e,t){e.exports={DIRECT:0,SEARCH:1,
ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(u(e))+"&atc="+encodeURIComponent(u(t))
```

Page 3572

```
120715... +"&this.encodeUriComponent(p.isBrandingReduced())),p()}
o=n(1),i=n(45),r=n(36),s=n(16),n(22)),c=n(6),l=n(61),u=n(44),d=n(27),p=n(19);e.
exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);l(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
e=f({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function l(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function u(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function h(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
A=n(122),f=n(20),g=n(13),m=n(2),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:l,after:c,removeEventListener:u,on:r,off:u,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data)}}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(31);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|^\#?/,""))}},function(e,t,n){var
a=n(54),o=n(46),i=n(158);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t,n){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t,n){var a=n(2);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],l=s(e),u=r(e),d=u?[]:{},p=o||this;if(!(c
(t))throw new TypeError(t+" is not a function");return
u||l?2?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(148);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";var
a=n(63),o=n(112),i=n(65),r=n(748),s=n(749);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e){if(!v["default"]){var
t=n(101)();t._hasLoadedResources||!function(){e=e||{},n(633);var
a=u["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),o=document.createElement("
div"),i="at-expanded-menu-host",s=a.element.innerHTML,l={shareHeading:A["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:s},d=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](l[t])});o.id=i,o.innerHTML=d,document.body.appendChild(o),c["default"]()
,t._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(802),r=a(i),s=n(107),c=a(s),l=n(165),u=a(l),d=n(19),p=a(d),h=n(59),A=a(h),f=n(8),
g=a(f),m=n(2),v=a(m),w=n(732),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?t(a);return
o}function o(){return a(r("name","list"),l)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
```

120715...

```
0==c?e(r=t}),r[t]=c,c}function s(e){var t,n,a={};if(u[e])return u[e];for(t in
c)n=c[t],a[t]=n[e];return u[e]=a,a}var
c=n(63),l=n(60),u={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",top:1,url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon
.com"},amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{name:"blogmarks.net"},
bobrdobr:{top:1,url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"
Bookmarky.cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"
},box:{url:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"
citeulike.org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{
name:"CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq
.de"},cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:!0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:!0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{top:1,url:"mail.google.com"},google:{name:"
Google Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",top:1,url
:"plus.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{top:1,url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},
hotmail:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},
informazione:{name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",top:1,url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal",top:1},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{top:1,url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",top:1,
url:"my.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},
naszaklasa:{name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},
newsmeback:{name:"NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name
:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",top:1,url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",top:1,url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:!0,top:1,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{
name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url
:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},
stylishhome:{name:"FabDesign"},supbro:{name:"SUP
```

120715...

```
BRO",url:"upo.io"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{top:1},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{top:1},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp"},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress",top:1},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",top:1,url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},
yorumcuyum:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{
name:"Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme
:{name:"ZingMe",url:"me.zing.vn"}}},function(e,t){e.exports={addthis:{top:1,list:!1}
,compact:{top:1,name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",
list:!1},more:{top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.
exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration;o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
>-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function l(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
u(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(l).filter(r).map(o).
filter(i).sort(u):[]}function h(){return
w.basicSupport()?performance.getEntriesByType("mark").map(l).filter(d).sort(u).map(
function(e){var
t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(33),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(12),o=n(29),i=n(30),r=n(774),s=o(o=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(29),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(1),i=n(2);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
```

120715... instanceof objects=e.length)t(var

```
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
split(",")":[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(1),o=n(35),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,l=n||360,u=screen.width,d=screen.height,p=Math.round(u/2-c/2),h=0;d>l&&(h=
Math.round(d/2-l/2));var
A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
l+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(A),s?A:!1}},function(e,t,n){"use strict";var
a=n(6),o=n(78),i=n(16),r=n(1),s=window;e.exports=function(e,t,n,c,l,u){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,l||(d[e]||d.fallback).height,u),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
s(e){var t=0;return
i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function l(e){var
t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
u(e){d&&h.localStorage.removeItem(e)}var
d=n(162),p=n(2),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
u,exists:s,removeByPrefix:l}},function(e,t,n){function o(){function
e(){an.layers.length?an.layers([!0]):_ate.ipc=!1}function r(){
t,n,a,o,i,r;ne||h||(h=!0,D.isProDomain()&&(_ate.pro=!0),n=D.getCustomMessageConfig(),
a=D.getLayersConfig(),t=D.getFeedsTestCells(),n&&an.messages(n),t&&(r=D.
isPayingCustomer(),i=O(t,r),_ate.feeds.setTestCell(i)),a?(o=Me({cfs:!0},a),an.layers(
o,{cfs:!0})):e())}function a(){ne=!0,$||e()}function
o(e){if($=!0,clearTimeout(X),e){e.config=null;var
n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
e["pro-config"],be(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
widgets&&(e.config||(e.config={_default:{widgets:{}}}),be(e["tool-config"]._default.
widgets,function(t,a){ge(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
e["tool-config"]),Q(e,_ate.du),e.perConfig=I.getConfig(e),D.updateCache(e),t(),i(e)}}
function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
V(e,t))}var
s=n(95);if(Ft.gov(),!xt()){en.addthis&&en.addthis.timer&&(en.addthis.timer.main=(new
Date).getTime())}var
c,l,u,d=en.addthis_config||{},p=Lt.title,h=!1,A="undefined"!=typeof
_ate.rdr?_ate.rdr:tn.referer||Lt.dr||"",f=document.location?Lt.du:null,g=(Lt.dh,f),m=
0,v=ee().split("-").shift(),w=_ate.track.eop(document.location,A),b=[],x=!!_ate.
cookie.rck("nabc"),y=w.cfc,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.
tot,10):null,z=w.rsiq,R=w.rsi,S=w.rxi,N=w.rsc.split("&").shift().split("%").shift().
replace(/[^a-z0-9_]/g,""),j=w.gen,L=w.fuid,H=w.csi,G=function(){_ate.track.pcs.length
||_ate.track.apc(en.addthis_product||"men-300"),u.pc=_ate.track.pcs.join(","),be(_ate
.track.pcs,function(e,t){s.addPCO(t)})},F=en.l1jep||!1,Y=_ate.pub(),J=5e3;-1===(f||"")
.indexOf(_atr)&&(_ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===N&
&(N="twitter"),w.rsc=N,en.addthis_product&&(_ate.track.apc(addthis_product),-1===
addthis_product.indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=
addthis_product));var
K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//").pop().
split("/"),0===K.indexOf("/")?g=g.shift()+K:(g.pop(),g=g.join("/")+"/"+K),g=document.
```

```
120715…  location.protocol+"//"+g);g=_ate.usu(o,i)),g=g.split("#{q.shift(),ct(g)},g&&(_ate.
     …  share.links.canonical=g);var
     …  Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
     …  addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),B&&(B=B.
     …  substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
     …  q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
     …  bro.mod=q)}}_ate.dr=_ate.truncateURL(A,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
     …  =p=en.addthis_share.title,_ate.smd={rsi:B,rxi:S,gen:j,rsc:N},en.addthis_share.smd=
     …  _ate.smd,_ate.upm&&(en.addthis_share.smd.dr=_ate.dr),_ate.upm&&(en.addthis_share.smd.
     …  sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
     …  dh=Lt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=C||en.addthis_ab||"-",en.
     …  addthis_config=en.addthis_config||{};var
     …  X,$=!1,ne=!1;if((!en.addthis_config.ignore_server_config||en.addthis_config.
     …  call_boost)&&Y){_ate.ipc=!0;_ate.upm&&en.JSON&&"function"==typeof
     …  JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7){X=setTimeout(a,J),U.start(_ate),en.
     …  addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
     …  ;var
     …  ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
     …  ";de(ae)}if(u={rand:_ate.rand,iit:(new
     …  Date).getTime(),tmr:ke((en.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
     …  bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Lt.du.split("?")
     …  [0].split("#")[0],dt:p,dbg:T.level,cap:ke({tc:d.data_track_textcoup?1:0,ab:d.
     …  data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
     …  ),lng:ee(),ogt:_ate.ad.gog().join(","),pc:en.addthis_product||"men",pub:_ate.pub(),
     …  ssl:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300
     …  ,xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},an.addEventListener("addthis-
     …  internal.data.rdy",function(){_ate.cb||an.user.isOptedOut()||_ate.cookie.isgv()||Tt.
     …  setup()}),_atc.noup&&(u.noup=1),_ate.dcp===Number.MAX_VALUE&&(u.dnp=1),_ate.pixu&&(u.
     …  pixu=_ate.pixu),_ate.trl.length&&(u.trl=_ate.trl.join(",")),_ate.rev&&(u.rev=_atc.rev
     …  ),u.ct=_ate.ct&d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(u.pc,d)?
     …  1:0,_ate.prv&&(u.prv=ke(_ate.prv)),N&&(u.sr=N),_ate.track.ssc(N),F&&(u.ljep=F),_ate.
     …  sub||y?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ",_lnk")),isNaN(E)
     …  ||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
     …  push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
     …  y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
     …  u.pre=_ate.track.mgu(_ate.dr,{defrag:1})),u.ce=b.join(",")):B&&L!=_ate.ad.gub()?(b.
     …  push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",B)),b.push(_ate.track.fcv("
     …  gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
     …  b.push(_ate.track.fcv("rcf",Lt.hash)),u.ce=b.join(","),m="addressbar",w.rsc=N="
     …  addressbar":(S||z||N)&&(b.push(_ate.track.fcv("plv",1)),N&&b.push(_ate.track.fcv("
     …  rsc",N)),S?b.push(_ate.track.fcv("rxi",S)):z&&b.push(_ate.track.fcv("rsi",z),(z||S)&
     …  &b.push(_ate.track.fcv("gen",j)),u.ce=b.join(","),m=N||"unknown")),_ate.track.ts.
     …  reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Lt.du.split("#")[0]),m&&(_ate.bamp>=0&
     …  &(u.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=u.gen=_ate.ad.type.CLICK)),_ate.ed.
     …  fire("addthis.user.clickback",en.addthis||{},{service:m,hash:_ate.hash})),en.at_noxld
     …  ||(u.xld=1),_ate.upm&&(u.xd=1),!x&&en.history&&"function"==typeof
     …  history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
     …  data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||B|
     …  |w.hash&&S||y))){var
     …  oe,ie=Lt.pathname+Lt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
     …  (var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
     …  RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
     …  break}}!re||B&&!_ate.util.ioc(B,5)||(c=_ate.track.cur(Lt.du.split("#").shift(),null,
     …  _ate.track.ssid()),history.replaceState({d:new
     …  Date,g:j},Lt.title,c),u.fcu=c.split("#.").pop())))en.addthis&&en.addthis.timer&&(en.
     …  addthis.timer.ifr=(new
     …  Date).getTime(),u.tmr&&(u.tmr+="&ifr="+en.addthis.timer.ifr)),G();var
     …  ce=n(733)(_ate,"ro");ce("call-lojson",function(){if(-1===Lt.du.indexOf(_atr)){var
     …  e=n(33),t=n(105),a=n(67),o=e(u),J=n(67),s={si:u.sid,bl:0|(d.data_use_cookies!==!
     …  1&&1)|(d.data_track_textcoup===!0&2)|(d.data_track_addressbar===!0&4),pub:
     …  decodeURIComponent(Ht(u)),rev:u.rev,ln:te(),pc:u.pc,pdt:a.getPreDwellTime(),clo.cb?1:
     …  0,uud:u.uud?1:M,ab:u.ab,dp:o.domain,dr:o.domain===i.domain?M:i.domain,fp:Ae(o.path,"
     …  fp",500),fr:i.path,pro:u.pro?1:M,fcu:u.fcu,of:_.getValue(),nt:u.nt,tr:u.tr,sr:u.sr,pd
     …  :u.prod?1:0,irt:$e.cla()>0?1:0,vcl:_ate.cookie.view.cla(),md:u.md,ct:u.ct,tct:d.
     …  data_track_textcoup?1:0,abt:d.data_track_addressbar?1:0,cdn:u.cdn,lnlc:ee().split("-"
     …  ).slice(1)[0],at3no:u.at3no,pi:u.inst,vr:u.vr,rb:Mt(u.dr,_ate.dh?_ate.dh.split(".")
     …  .slice(-2).join("."):null,_ate.ssl),gen:n(81).VIEW,sid:u.sid,chr:_ate.ad.gch(),mk:""!=
     …  =u.kw?u.kw:M,ref:u.ref,colc:(new
```

120715...

```
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:u.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};t.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})})})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Lt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){l=
_ate.track.ctf(Nt+"#"+ke(u),!0),r(l,Nt),_ate.track.stf(l)}):(l=_ate.track.ctf(),l.src
=Nt+"#"+ke(u),r(l,Nt),_ate.track.gtf().appendChild(l),_ate.track.stf(l))}}),_ate.
share.inBm()&&(k=new
V(window.parent,_ate.dr)),an._pmh.flushed=1,an._pmh.flush(_ate.pmh,_ate),("en"!==v||
en.addthis_language||ln.ui_language)&&_ate.alg(),P().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===wn&&n in t[n]}function
s(){if(_ate.bro.msi&&!tn.getElementById("at300bhoveriefilter")){var
e=tn.getElementsByTagName("head")[0],t=tn.ce("style"),n=tn.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}")};t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function l(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function u(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var
t=t||{},o={},i=Vt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===r?o[r]=!0:"false"===r&&(o[r]=!1)}}if(
o[r]!==wn&&zn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),bn(a.code)=a)}}}function f(e,t){return bn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function
m(e,t,a,o){if(ct(),e){t=t||{},a=a||{};var
s=n(79),h=t.conf||hn,m=t.share||An,v=qt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=Bn[C]?
function(e,t,n){var a=d(n,yn);return
addthis_open(e,C,a.url,a.title,d(t,xn),a)}:Sn[C]?function(e,t,n){var a=d(n,yn);return
addthis_sendto(C,d(t,xn),a)}:Dn[C]?function(e,t,n){var a=d(n,yn);return
s(C,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,xn),d(n,yn))}):(v===y&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&zt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,xn),d(n,yn))}),w===y&&(w=function(e){return
addthis_close()}),b===y&&(b=function(e,t,n){return
addthis_sendto("more",d(t,xn),d(n,yn))})))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,hn),r(z.share,An),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.
className.indexOf("toolbox")>-1&&&0===R.conf.product||"")?null):null&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),C&&"more"!==C&&(R.conf.product=u(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(C?R.onclick=function(){return
```

```
120715…  b(this,this.conf,this.share)}:R.onclick=function(){
120716   return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){
…        _ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
…        more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
…        _ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
…        more"===C)&&(v||qt("mob")||(v=function(e,t,n){zt(n)}),R.onfocus=function(){for(_ate.
…        maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.maf.sib.
…        nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate.maf.sib
…        .nodeType){var
…        e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
…        for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
…        nextSibling;_ate.maf.sib=e}return
…        _ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
…        share):void
…        0},qt("mob")||(R.onmouseover=R.onfocus),w&&(R.onmouseout=function(){return
…        w(this)}),b&&(R.onclick=function(e){var
…        t=this.conf||R.conf,n=this.share||R.share;return
…        H(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
…        className)&&Xt?jt(Ot("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
…        onkeydown=function(e){if(!e)var
…        e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
…        which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
…        R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
…        this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
…        getElementById(_ate.maf.firstCompact).focus();else
…        if(_ate.maf.key=null,_ate.maf.shift=null,w)return
…        w(this)})),"a"===R.tagName.toLowerCase()){var
…        B=R.share.url||addthis_share.url;if(_ate.usu(B),C){var
…        S=f(R.conf),D=R.firstChild;if(S&&S.code&&S.icon&&D&&(D.className.indexOf("at300bs")
…        >-1||D.className.indexOf("at4-icon")>-1)){var
…        U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):l(R,1)&&(D.
…        className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
…        +S.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
…        left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
…        style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
…        px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
…        backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
…        color:"+D.style.backgroundColor+";"}if(Sn[C])("mailto"===C||"email"===C&&(R.conf.
…        ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
…        function(){R.share.xid=_ate.util.cuid(),(new
…        Image).src=Ot("mailto",0,R.share,R.config),_ate.gat(C,B,R.conf,R.share)},R.href=E(R.
…        share,R.config||R.conf),an.ems.push(R));else{if(a.follow){if("twitter"!==C?R.href=R.
…        share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
…        follow=!0,R.onclick=function(e){return
…        _ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
…        ocw(R.share.followUrl,520,520)):void
…        0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
…        toolbox")>-1){var
…        I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Jt(C).replace("
…        _follow",""),R.appendChild(I)}}else
…        _ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
…        G(C,R.share),!1}),R.conf.follow||an.addEvents(R,C,B),R.noh||R.target||(R.target="
…        _blank"),an.links.push(R)}if(!R.title||R.at_titled){var
…        O=Jt(C,!S);_n[C]&&Mn.push({link:R,title:C}),R.title=i(a.follow?Rn[C]?Rn[C]:"Follow on
…        "+O:_n[C]?_n[C]:O),R.at_titled=1}R.href||(R.href="#")}else
…        R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&u(R)}var
…        N;switch(x){case"img":if(!R.hasChildNodes()){var
…        T=(R.conf.ui_language||ee()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N
…        =p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif"
…        )}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
…        s,c,l,u,d,p,h=(e.className||"",{pinterest:"pinterest_share"});fn?s=e.parentNode.
…        _atsharedconf||{}:(fn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
…        ),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",u=N.
…        getPopServices(),d=e.parentNode.services||"",addthis_options||""===N.share?(window.
…        addthis_options||"").replace(",more","").split(","),u.split(","));do
…        l=p[t++],h[l]&&(l=h[l]);while(t<p.length&&(c.indexOf(l)>-1||d[l]));d[l]&&_ate.util.
…        each(Pt.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
…        0:(l=e,!1)}),e._ips=1,-1===e.className.indexOf(l)&&(e.className="addthis_button_"+l+"
```

```
"+e.className,e._iss-1);b.parentNode.services[1]=1,new(Y[p]=A,0,!0,!1)}}function
w(e,t,a,o,i){var s,d,p=n(164),h=n(620),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:l(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s},z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null===x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),B={};S=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(S);if(r(E.conf,hn),r(E.share,An),S&&!_.ate.share.extern(S,x,E)){if(S.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if(((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",u(x),!gn){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(S.indexOf("follow")>-1)"google_follow"===S?x.title="Follow on
Google":S=S.split("_follow").shift(),B.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(S,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Yt(S)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,S,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,S,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===S||"
expanded"===S?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===S&&(B.nohover=!0,B.singleservice="
more",qt("mob")||(B.onmouseover=function(e,t,n){zt(n)}),B.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[S]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),B.singleservice=S,Wt(S)&&(qt("mob")||(B.onmouseover=function(e,t,n){zt(n)}),
B.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(S))),x._ips&&(B.issh=!0),m([x],E,B,i),x.ost=1
,u(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,B,i),an.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Lt.du,c=e,l="share";c.indexOf("_")>-1&&(c=c.split("_"),l=c.pop(),l.
length<=2&&(l="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!=e?o._trackSocial(c,l,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,l,s):r("send","event","
addthis",e,s)}catch(u){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,l,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
l,s):r("send","event","addthis",e,s)}catch(u){}}}}function x(){var
e=".addthis_";an.osrp||(an.osrp=1,An=en.addthis_share,hn=en.addthis_config,Cn=tn.body
,En=At.getElementsByClassPrefix(Cn,"A","addthis_button_",!0,!0),kn=At.
getElementsByClassPrefix(Cn,"A","addthis_counter_",!0,!0),s(),an.toolbox(e+"toolbox",
null,null,!0,kn.length),an.button(e+"button"),an.counter(e+"counter"),an.count(e+"
count"),"function"==typeof an.overlay&&an.overlay(e+"shareable"),"function"==typeof
an.dock&&an.dock(e+"bar"),w(En,null,null,!1),w(kn,null,null,!1))}function
y(){if(!vn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
```

```
...  );vr=1]}function t(){if(lvn)for(var
...  e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
...  .ns?"string"==typeof
...  e.ns?t[e.ns]:e.ns)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
...  E(e,t,n,a,o){var
...  i=tn.ce("span"),r=tn.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
...  height=a:r.style.height="25px","string"==typeof
...  t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(151),n(816)(),n(
...  741),n(740),n(739);var
...  k,M,R,_=n(718),z=n(630),B=n(128),S=window.encodeURIComponent,D=n(19),U=n(88),I=n(825)
...  ,O=n(784),N=n(94),T=n(4),Q=n(834),V=n(143),j=n(150),L=n(100),H=n(686),G=n(91),F=n(78
...  ,P=n(130),Y=n(144),J=n(805),K=n(32),Z=n(45),W=n(782),q=n(783),X=n(50),$=n(720),ee=n(
...  21),te=n(148),ne=n(811),ae=n(84),oe=n(809),ie=n(810),re=n(149),se=n(86),ce=n(85),le=n
...  (59),ue=n(48),de=n(17),pe=n(38),he=n(161).truncationList,Ae=n(161).truncateURL,fe=n(
...  831),ge=n(832),me=n(57),ve=n(162),we=n(25),r=n(47),be=n(2),xe=n(42),ye=n(103),Ce=n(39
...  ),Ee=n(56),ke=n(18),Me=n(20),Re=n(44),_e=n(687),ze=n(31),Be=n(833),Se=n(13),De=n(14),
...  Ue=n(3).listen,Ie=n(3).unlisten,Oe=n(7).getDomain,Ne=n(7).getQueryString,Te=n(7).
...  getDomainNoProtocol,Qe=n(7).getAbsoluteFromRelative,Ve=n(7).getHost,je=n(10).string,
...  Le=n(10).number,He=n(10).emptyObject,Ge=n(613),Pe=n(53).PolyEvent,Pe=n(53).
...  EventDispatcher,Ye=n(12),Je=n(800),Ke=n(77),Ze=n(136),We=n(4),qe=n(623),Xe=n(806),$e
...  =n(678),et=n(146),tt=n(26),nt=n(159),at=n(814),ot=n(5),it=n(37),rt=n(98),st=n(54),ct=
...  n(788),lt=n(46),ut=n(55),dt=n(158),pt=n(123).processAdEvents,ht=n(123).
...  processAllScripts,At=n(93),ft=n(791),gt=n(82),mt=n(141),vt=n(142),wt=n(139),bt=n(97),
...  xt=n(133),yt=n(801),Ct=n(132),Et=n(89),kt=n(51),Mt=n(125),Rt=n(76),_t=n(677),zt=n(61)
...  ,Bt=n(58),St=n(145),Dt=n(826),Ut=n(126),It=n(803),Ot=n(6),Nt=n(799).source,Tt=n(727),
...  Qt=n(629),Vt=n(731),jt=n(22),Lt=n(8),Ht=n(66),Gt=n(113),Ft=n(23),Pt=n(62),Yt=n(621),
...  Jt=n(60),Kt=n(750),Zt=n(627),Wt=n(617),qt=n(1),Xt=n(27),$t=n(122),en=window,tn=
...  document;try{R=window.location,(0===R.protocol.indexOf("file")||0===R.protocol.
...  indexOf("safari-extension")||0===R.protocol.indexOf("chrome-extension"))&&(_atr="http
...  :"+_atr),-1!==R.hostname.indexOf("localhost")&&(_atc.loc=1)}catch(nn){var
...  an=(navigator.userAgent.toLowerCase(),window.addthis||{}),on=qt;if(tn.ce=tn.
...  createElement,tn.gn=tn.getElementsByTagName,window._ate.inst++;else{window._ate=
...  {rand:function(){var
...  e;if(ve&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
...  random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
...  Number(e)}(),bro:on,wlp:(R||{}).protocol,dl:tn.location,unj:$t,upm:me,uls:ve,bamp:
...  _atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
...  tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(140),
...  tmo:null,sub:xt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Lt.hash};var
...  rn=wt(_ate),sn=n(134)(_ate);if(_ate.evl=fe,_ate.util={unqconcat:ye,reduce:we,filter:
...  Bt,slice:Ce,strip:Ee,extend:Me,toKV:ke,rtoKV:Re,fromKV:ze,rfromKV:_e,otoCSV:Be,bind:
...  Se,listen:Ue,each:be,map:xe,unlisten:Ie,gUD:Oe,gUQS:Ne,clone:De,mrg:r,rel2abs:Qe,
...  json2html:Ge,isEmptyObj:He,isString:je,isNumber:Le,getDomainFromURL:Te,
...  preventDefaultEvent:H,misc:{}},_ate.event={PolyEvent:Fe,EventDispatcher:Pe},_ate.ed=
...  new
...  Pe(_ate),_adr=Ye,_ate.plo=P(),_ate.lad=K,_ate.pub=Ht,_ate.usu=Je,_ate.ver=Ke,_ate.rsu
...  =Ze,!_atc.ost){en.addthis_conf||(en.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
...  )>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var cn in
...  addthis_conf)_atc[cn]=addthis_conf[cn];_atc.ost=1}_ate.log=We,_ate.ckv=ze(document.
...  cookie,";"),_ate.cookie={read:Gt.read,write:Gt.write,kill:Gt.kill,rckv:Gt.read,sck:Ft.
...  sck,kck:Ft.kck,cww:Ft.cww,gov:Ft.gov,isgv:Ft.isgv,ssc:ge,KV:St,tag:Xe,view:$e,visit:
...  et},_ate.mun:tt,_ate.getVisibility=nt,_ate.math={},_ate.math.murmur32=at,an.params=ft
...  (lt(Lt.search),an,_ate),Me(_ate.ad,{type:n(81),ref:{r_ondomain:kt.ON_DOMAIN,
...  r_offdomain:kt.OFF_DOMAIN,r_direct:kt.DIRECT,r_search:kt.SEARCH},gub:Ct,clr:Mt,iss:Et
...  ,fst:Rt}),Me(_ate.data,{storage:{all:gt.getAll,clear:gt.removeAll,add:gt.add,get:gt.
...  get,remove:gt.remove,exists:gt.exists,preRemove:gt.removeByPrefix},bloom:{filter:mt,
...  library:vt(gt,_ate.ich)}}),Me(_ate,{track:{ran:j,fcv:rn.formatCustomEvent,mgu:rn.
...  mungeURL,ssid:rn.ssid,sta:rn.sta,uns:rn.uns,lpx:rn.loadPixel,sxm:rn.scheduleTransmit,
...  dropPixel:bt,cur:Ut.clickifyURL,eop:Ut.extractOurParameters,gcc:Ut.declickifyURL,gcc:
...  Ut.generateClickbackCode,cpf:Ut.clickPrefix,ctp:Ut.clickTrackableProduct,ich:Ut.
...  isClickHash,ict:Ut.isClickTrackingEnabled,hist:{log:yt.logURL,seenBefore:yt.
...  seenBefore},ts:{get:_t.getTrafficSource,gst:_t.getSearchTerms,set:_t.setState,reset:
...  _t.resetState}},lng:ee,jlng:te,iwb:ne,ivl:ae,gfl:oe,ggl:ie,gvl:re,alg:ce.get,_t:le,
...  trim:ue,trl:he,truncateURL:Ae,opp:pe,ajs:de,jlo:X,ao:Z,ac:W,as:q}),Me(_ate.util,{scb:
...  sn.storeCallback,storeCallback:sn.storeCallback,getCallbackCallTime:sn.
...  getCallbackCallTime,ghp:st,ggp:lt,cuid:ot.makeCUID,ivc:ot.isValidCUID,iooc:ot.
...  isOptOutCUID,ioc:ot.isCUIDOlderThan,atob:it.atob,btoa:it.btoa,geo:{dec:rt.decodeGeo,
...  parse:rt.parseGeo,isin:rt.isLocatedIn},host:Ve,gsp:ut,gst:dt,gtt:function(){var
```

```
e=tr.getElementsByTagName("script")jreturn
e[e.length-1]},pae:pt,pas:ht,baseToDecimal:Dt,hbtoa:it.hbtoa,atohb:it.atohb,gebcn:At.
getElementsByClassPrefix,select:At.select,parent:At.getParent,qsa:At.querySelectorAll
,gettxt:At.getText)},Me(_ate,{resource:{Resource:Y,Bundle:J}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(Ue(window,"message",It.messageHandler),Ue(window,"
scroll",It.handler),Ue(window,"resize",It.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+'>',a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)||((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)||((e.Ext||{}).version&&8)||((e.dojo||{}).
version&&16)||((e._gaq||e._gat)&&32)||(e.google_ad_client&&64)||((e.FB||e.fbAsyncInit)&&
128)||(e.$BTB&&256)||(e.meebo&&512)||(e.gigya&&1024)||(e.SHARETHIS&&2048)||(e._qevents&&
4096)||(e.twttr&&8192)||(e.postwidgetnamespace&&16384)||(e.a2a&&32768)||(e.SHRSB_Settings
&&65536)||(e._sf_async_config&&131072)||(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Lt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=ee(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k).post(ke(e))
;else if(!xt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=Nt+"#"+ke(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(e.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=ee().split("-").shift(),a=document.location?Lt.dh:"",o=window._atc;if(p.length>0){
if(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.
push(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(
_ate.track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+u(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+u(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+u(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function l(e,t){return e?e.pco?e.pco:(e.ruleId||T.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`".),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
T.error("missing pco"):void T.error("missing data")}var
u=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0)},_ate.ed.addEventListener("addthis-internal.
```

Page 3582

```
conversion",function(e){r.debug(e),i(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:l})}()
,Me(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=u(),n=d.addthis_title||Lt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Lt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
l=c.content;("description"===s||"keywords"===s)&&(o|=a(l,!1)),"rating"===s&&(o|=t(l))
,"keywords"===s&&l&&l.length&&i(l)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=u(),i=[],r=(o||"").length;if(o&&r)for(;r--;)_ate.upm?0:2*_ate.wait):a.push(e)}
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var t=u(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return ke(n)}function c(){return
m.join(",")}function l(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=u();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
u=n(155),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
length,m=[],v={},w={};f--;)w[e(h[f])]=!0;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
Me(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:l})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n=pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Lt.du),_ate.dh||(_ate.dh=Lt.dh
),_ate.dr||(_ate.dr=Lt.dr),_ate.ad||(_ate.ad={}),Me(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis:t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
```

```
context=E.Context),t&=t.resources&&(t.resources=E.resources,r&a)}}}}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=tn.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||t.ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n,a,o,i,r,s){var
c={wordpress:{width:720,height:570},linkedin:{width:600,height:400},twitter:{width:
520,height:520},"default":{width:550,height:450}},l=Zt(e,t,s);return
L(e,l,n,a),a.use_same_window?R.href=l:a.ui_use_different_full_window?en.open(l,"
_blank"):F(l,o||(c[e]||c["default"]).width,i||(c[e]||c["default"]).height,r),!1}
function i(e,t,n,a){return G("twitter",e,!1)}function r(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,en.
addthis||{},r)}function s(e){_ate.util.each(e,function(e,t){g[e]=t})}function
c(e){v.push(e)}function l(){_ate.util.each(v,function(e,t){t()})}function
u(e,t,n){if(g[e])try{return
g[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
d(e){_ate.util.each(e,function(e,t){m[e]={},_ate.util.each(t,function(t,n){m[e][t]=n
})})}function p(e,t,n){var a=function(){};return
m[e]?((!m[e].require||m[e].require(e,t,n))&&_ate.util.each(m[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return
n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}function h(e,t,n){return
svcurl()+"tellfriend.php?&fromname=aaa&fromemail="+S(t.from)+"&frommenu=1&tofriend="+
S(t.to)+(e.email_template?"&template="+S(e.email_template):"")+(t.vars?"&vars="+S(t.
vars):"")+"&lng="+(ee()||"xx")+"&captcha_provider=nucaptcha&note="+S(t.note)+"&"+B({
svc:"email",feed:!1,share:null,config:n,classificationBitmask:_ate.cb,
secondaryProductCode:_ate.track.spc,uid:_ate.uid,sessionID:_ate.track.ssid(),pubID:Ht
(),feedsABCell:_ate.ab,usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud,
shareMetadata:_ate.smd})}var
A=(n(35),n(11)),f=e(),g={},m={},v=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.
share,{auw:n(124),ocw:F,onw:n(22),caw:n(786),ftw:o,stw:n(79),siw:n(137),cleanly:G,pts
:i,pws:n(820),unt:a,genurl:Ot,geneurl:h,acb:A,gcp:t,gfu:Zt,svcurl:n(129),track:L,
notify:r,links:f,register:s,registerListeners:d,sub:l,registerSubscriber:c,extern:u,
externEvents:p})}(),function(){function e(){return
_atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
en.FB&&&"function"==typeof FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(en.FB_RequireFeatures||en.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=g[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Lt.du.indexOf(_atr)||_ate.sub||v||(a()?(v=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){f[e
]||(i("facebook_like",e),f[e]=1)}),FB.Event.subscribe("edge.remove",function(e){f[e]&
&(i("facebook_unlike",e),f[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):en.fbAsyncInit&&!b&&(3>w&&setTimeout(r,3e3+2e3*w++),b=
1))}function s(e,t){var
n="fb-root",o=A.getElementById(n),i=en.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<m.length;e++)FB.XFBML.parse(m[e]);}if(m.push(e),a()){FB.XFBML.parse(e)
(),FB.XFBML.parse(e);else{if(!i&&o||(o=A.getElementById(n),o.id=n,document.body.appendChild(
o)),!i){var
l=A.createElement("script");l.src="//connect.facebook.net/"+(t||_ate.gfl(ee()))+"/sdk
.js#version=v2.6",l.async=!0,o.appendChild(l),i=function(){for(var
e=A.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:y?"140586622674265":"172525162739317",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}x&&(x=!1,en.__orig__fbAsyncInit=i,en.fbAsyncInit=function(){en.
__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
```

120716...‖ addEventListener?(setTimeout(function(){s|c(y}),9e5),window.addEventListener("load",c
...‖ ,!1)):c()})}}function
...‖ c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?u("send",e,t):(e.
...‖ className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
...‖ ost=1)}function
...‖ l(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?u("share",e,t):(e.
...‖ className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
...‖ ost=1)}function
...‖ u(e,t,n,a){a||(a=Vt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
...‖ ,e="share"===e?e+"-button":e;var
...‖ o=a.height||25,i=A.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
...‖ conf,"."+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
...‖ function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
...‖ (a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a|\a.type||a.layout||t.
...‖ firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
...‖ a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
...‖ show_faces?80:35],button_count:[90,25],box_count:[55,65]},l=r.width||(c[s]?c[s][0]:
...‖ 100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e()){
...‖ r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
...‖ share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=l)
...‖ ,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
...‖ clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
...‖ send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),g[r.href]={};for(o in
...‖ n.share)g[r.href][o]=n.share[o];u("like",t,n,r)}else
...‖ _ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
...‖ scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?'
...‖ src=\"javascript:''\"":"")+'></iframe>',a=t.firstChild):a=A.ce("iframe"),a.style.
...‖ overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
...‖ ",a.style.borderWidth="0px",a.style.width=l+"px",a.style.height=d+"px",a.src="//www.
...‖ facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
...‖ layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
...‖ _ate.bro.msi||E(t,a,"facebook_like_iframe_widget"),a.style.height,a.style.width);t.noh
...‖ =t.ost=1}}var
...‖ p,h,A=document,f={},g={},m=[],v=0,w=0,b=0,x=!0,y=-1!==A.domain.search(/\.addthis\.com
...‖ $/i)?1:0;h=_ate.bro.mob?"http://m.facebook.com/sharer.php":"http://www.facebook.com/
...‖ sharer/sharer.php",_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,
...‖ facebook_send:c,facebook_share:l}),_ate.share.registerSubscriber(r),_ate.share.
...‖ registerListeners({facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
...‖ H(e);var t,a=e.el,o=n(47);return
...‖ t=De(a.conf),o(t,a.share),G("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
...‖ ,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
...‖ window.gapi&&window.gapi.plusone}function t(){if(e())return
...‖ void(gapi&&gapi.plusone&&"[object
...‖ Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
...‖ i){i=1;var n=new
...‖ _ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);
120717...‖ n.addEventListener("load",function(){t()}),n.load()}}function n(e){var
...‖ t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
...‖ ._at_plusonecallback||function(e){var a={};for(var o in
...‖ t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
...‖ plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
...‖ a={};for(var o in
...‖ t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
...‖ a(e,n,a){if(!e.ost){var
...‖ o="googleplus_counter"===a?"plus":"plusone",i=Vt(e,"g:"+o),r=document.ce("g:"+o);_ate
...‖ .gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
...‖ lang||("undefined"==typeof
...‖ i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
...‖ lang||i.lang||_ate.gpl||_ate.ggl(n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
...‖ _ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
...‖ standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
...‖ ("google_plusone_share",n.share,addthis_config),i.action="share"),_ate.share.goog.sub
...‖ (n),_ate.util.each(i,function(e,t){r.setAttribute(e,t)}),E(e,r,"
...‖ google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1,t()}}function
...‖ o(e,n){if(!e.ost){e.title="Follow on Google+";var
...‖ a=Vt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
...‖ o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
...‖ publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|

Page 3585

120717...

```
|"smallbadge"==a.size)}var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":"")),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+'</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+'<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,en.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){var
n=function(e){if("undefined"==typeof window.Intent&&"undefined"==typeof
window.WebKitIntent||!window.navigator||"undefined"==typeof
window.navigator.startActivity&&"undefined"==typeof
window.navigator.webkitStartActivity)return!1;if(!window.Intent||"undefined"!=typeof
window.Intent["native"]&&window.Intent["native"])return!1;if(_ate.bro.chr){var
t=navigator.userAgent,n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a){var o=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};return
o()}}}return!0};n()&&(options.noevents=!0,e.onclick=function(e){var
n=window.Intent||window.WebKitIntent,a=new
n("http://webintents.org/share","text/uri-list",t.share.url);return"undefined"!=
typeof navigator.startActivity?navigator.startActivity(a):"undefined"!=typeof
navigator.webkitStartActivity&&navigator.webkitStartActivity(a),_ate.share.track("
intent_share_url",0,t.share,t.conf),!1})}document;_ate.share=_ate.share||{},_ate.
share.register({intent_share_url:e}),_ate.share.registerListeners({intent_share_url:{
}})}(),function(){function e(e,t){return
Me({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(a,o){if(!t.ost){var
i,r=Vt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src="javascript:'\'\'"":"")+'
style="width:'+r.width+";
height:"+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||Ht()),r.description=s.description=r.description||i.description|
```

120717...

```
||i.Case||("addthis_share")||r.pinit||i.pin||true){return _ate.track.spinit(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
util.rtoKV(addthis_config))+"&href="+Lt.du+"&pubid="+Ht()+"&cb="+_ate.cb+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){en.addthis_share||(en
.addthis_share={}),en.addthis_share.passthrough||(en.addthis_share.passthrough={}),e
.addthis_share.passthrough.pinterest_share||(en.addthis_share.passthrough.
pinterest_share={});var
n=en.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
description,G("pinterest_share",e(i,r))})}}else{var
l=n.ce("span"),l.className="at_PinItButton",E(t,l,"pin_it_iframe_widget"),t.onclick=
function(){en.addthis_share||(en.addthis_share={}),en.addthis_share.passthrough||(en.
addthis_share.passthrough={}),en.addthis_share.passthrough.pinterest_share||(en.
addthis_share.passthrough.pinterest_share={});var
t=en.addthis_share.passthrough.pinterest_share;return
t.pi_media=r.media,t.pi_media_desc=r.description,G("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Vt(n,"pi:pinit"),o=e(n.share||en.addthis_share,a);G("pinterest_share",o),H(t
)}}})}(),function(){function e(e,i,r){if(!e.ost){var
s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
:"number"}),c=Vt(e,"wb:like"),l=t(),u=a(c,l),d=a(s,l);meta_tags=_ate.util.extend(d,u)
,wb_elem=n.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e}}(),function(){_ate.share=_ate.share||{},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;G("thefancy",t),H(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
n(){return
e()&&1===r?t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Vt(e,"tw"),c=t.share,l=s.width||56,u=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D")=s.
url),-1===p.url.search(/\.+.*(\/||\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Lt.title?A.text
:t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
```

```
hashtags=s.hashtags||a.hashtags||"",(s=i||a.via)&&(t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via||a.via||a.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i))?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(u=62,s.height=s.height||u):"horizontal"===s.count&&(l=62,s.width
=s.width||l),s.width&&(l=s.width),s.height&&(u=s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+l+"px;
height:"+u+'px;"></iframe>';E(e,f,"tweet_iframe_widget",u+"px",l+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",u+"
px",l+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Vt(e,"tf"),o=Vt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Vt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Vt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Vt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var l='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+"px;
height:"+s+'px;"></iframe>';E(e,l,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Xt?(window.event.returnValue=!1,jt(Ot("more",0,t.share,t.conf),"_blank")):(Qt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,G(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}}()},function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}function t(e){var
t=_ate.util.clone(en.addthis_config);return
```

120717...

```
t.ui_pane="image",t.image_service=e,t.api=menu(_ate.map.core,t,en.addthis_share),!1
}document.body;_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{imgVer:t,inBm:e
})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof en.WebKitIntent)return!0;if("undefined"==typeof
en.Intent&&"undefined"==typeof en.WebKitIntent||"undefined"==typeof
en.navigator.startActivity&&"undefined"==typeof
en.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(en.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},en.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){an.update("share","url",e.data);for(var t in
e.extras)an.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),en.
open(n,"","width=700,height=500")}}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){l||(l={},_ate.util.each(Pt.map,function(e,t){l[_ate.mun(e)]=e}))}function
n(){return
u||(u=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),u=Kt(u),
u=u||(_ate.smd||{}).rsc||""),u}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n}(),c=[],u=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Pt.map[i]!==M||i.indexOf("
facebook_")>-1&&Pt.map.facebook!==M)&&u++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,l[i]&&(i=l[i],u++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+="+i):window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Pt.map[r]===M||(u++,e.push(r),addthis_ssh=window.addthis_ssh?
addthis_ssh+":"+r,p=r),u}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(","):[],l=N.getPopServices(),u=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),$(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length?",":"")+e}),a||(a=[]),o("
addthis_options_default",l.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",l),o("addthis_options",window.addthis_options_default),t(),u=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?s+","+n.services_compact:addthis_options),
addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&u||a.length||n.services_exclude||addthis_exclude)
{var
A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),S=0;S<v.length;S
++)w[v[S]]=1,f=h[v[S]]||new
RegExp("(?:^|,)("+v[S]+")(?:$|,)"),h[v[S]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(f,",").replace(",,",","));for(S=0;S<g.length;S++)A=g[S],w[A]||(f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,-1===b.search(f)&&m.unshift(A));for(S=0;S<s.
length&&E>S;S++)A=s[S],f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1&&C++;for(S=0;S<s.
length&&!(x.length>=E);S++)A=s[S],y[A]||w[A]||!(Pt.map[A]!==M||A.indexOf("facebook_")
>-1)||(y[A]=1,f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
addthis_options=addthis_options.replace(f,",").replace(",,",","),k++):x.push(A));for(
```

```
addthis_ssh=x.join(",")/addthis_options||window.addthis_ssh&&addthis_ssh+":"))+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&"==="_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11;)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),B=addthis_options.split(","
).length;if(B%2===0||11>B)for(var
S=Math.min(B,11),D=1.split(","),U=B;(11>U||U%2===0)&&S<D.length;){var
I=D[S++];if(z[I]){if(S===D.length){B+(Math.min(B,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}else
w[I]||(addthis_options+=","+I,z[I]=1,U++)}}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
O=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(O,a[0].code)}-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}}return
n.services_compact||(n.services_compact=addthis_options,{conf:n,csl:d,crs:p})}var
c,l,u,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}();_ate.bro.msi?20:M;!function(){function e(e){var
t=this,n=e||{};if(e instanceof Array){n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
,function(){function e(){function t(){function n(e){}function a(){return!0}function
o(e){try{return
e&&e.url?1===e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore
(e.url),w[e.url]):!1}catch(t){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r)for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void i(e));for(a=_ate.util.filter(a,function(e){return
e.promoted||!o(e)}),u=_ate.util.filter(u,function(e,t,n){return
t.features.length}),u.length||(u=[{features:[],name:"no-vector",weight:1}]),t=0;t<u.
length;t++)a=s(a,u[t]);a.callback(l(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],u=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(u.push(n),void t())})}))}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,t=0,u=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;l=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(l+
=a+t.weight)}),e[t].score!=o.score=l,u.push(r))}),t.features.length>0&&u.sort(
function(e,t){return t.score-e.score}),u}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),u(e)}}function l(e,t,n){n&&"function"==typeof
n||(n=u),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function u(e){var t=e.url,n=e.pco,e=e.total,o=e.pos,i=e.ab||"";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
```

120717

```
_ate.ab,t.indexOf("at_pos")>-1&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o))
t+="&at_pos="+(o||o),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,l="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:l+="&",l+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:l+="&",l+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+l,1,10,!0,null,!0)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e.o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=u()
,_.start(_ate.ed)}var
en=window,ln=en.addthis_config||{};en.addthis&&en.addthis.timer&&(en.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(be(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=en.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(en.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,en.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=e=_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),en.addthis_bt2&&(_ate.bt2=en.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo)try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy":void 0},_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Lt.
du.indexOf(_atr)>-1){var un=ze(tn.cookie,";");_ate._rec[_ate._rec.length-1](un)}var
dn={},pn=_ate.util.gsp("addthis_widget.js");if("object"==typeof
pn){if(pn.provider&&(dn={provider:_ate.mun(pn.provider_code||pn.provider),auth:pn.
auth||pn.provider_auth||""},(pn.uid||pn.provider_uid)&&(dn.uid=_ate.mun(pn.uid||pn.
provider_uid)),pn.logout&&(dn.logout=1),_ate.prv=dn),pn.headless&&(_atc.xcs=1),pn.dnp
&&(_ate.dcp=Number.MAX_VALUE),pn.dnt&&(_atc.xtr=1),_ate.util.pae(pn),_ate.util.pas(
_ate.util.pae),pn.domready&&(_atc.dr=1),pn.onready&&pn.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(pn.onready)}catch(nn){T.error("addthis: onready function
("+pn.onready+") not
defined",nn)}pn.async&&(_atc.xol=1)}pn.delayupgrade?_atc.noup=1:(_atc.ver>=152||(en.
addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
loaded",{},{geo:_ate.geo}),(en.addthis_conf||{}).xol&&(_atc.xol=1),en.
addthis_clickout&&_ate.lad(["cout"])}catch(nn){T.error("main",nn)}if(_adr.bindReady()
,en.JSON&&en.JSON.stringify?_adr.append(o):n.e(11,function(){T.debug("JSON not here,
adding json2"),n(684),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
```

120717…_ate.util.fromArray(e)}function n(e){var
… n;if(!o||"".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
… =e.origin,a(n)}}function
… a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
… o=!1,i=me,r=!1;Me(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
… addthis.com")&&(o=!0),en.attachEvent?(en.attachEvent("onmessage",n,!1),tn.attachEvent
… ("onmessage",n,!1)):en.addEventListener("message",n,!1),window.addthis._pml.push(n)),
… r=!0},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
… payload:a},"*")},0)}}}}}(),an.addEventListener("addthis.emailShare.close",function()
… {_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
… n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
… a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
… o=e[a],i=t[a];return"string"!=typeof
… o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
… ,n?o-o:o-i)}function i(){for(var
… e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
… r=t||[],s=0===r.length?{}:i(r),c=r;return
… r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
… if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){e||(e="name");for(
… var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
… t},c.map=c.toMap,c.has=function(e){return
… c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
… e&&(e=e.split(",")),0===e.length)return!1;for(var
… t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
… string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){
… var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
120718…0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
… i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
… r[s]?r[s].name:r[s]);return i}var},c.top=function(e,t){t||(t="score"),a(t);for(var
… n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
… n},c.filter=function(t){for(var
… n=[],a=0;a<r.length;a++)_ate.util.each(n,function(e,t){r[a][e]===t&&n.push(r[a])});
… return
… e(n)},c]_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
… _ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
… e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
… and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
… code must consist entirely of letters, numbers and
… underscores.");return!0}an.logShare=function(t,n,a,o){var
… i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
… t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
… url=t,_ate.share.track(n,0,r,i))},an.addClickTag=function(t,a,o,i){var
… t=t||o&&o.url||addthis_share.url,r=n(24);return
… e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),an.user=
… function(){function e(e,t){return
… we("getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
… function(n){setTimeout(function(){n(a[e]||t)},0)}}function
… n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
… M[n]=M[n].queuer.flush(t.apply(an,e[a]),an),e},[["uid",""],["geo",""],["_ssh",[]]]))}
… function o(){_=1,n({rdy:1})}function i(e){return
… _ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
… s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
… i(e){return _ate.util.geo.isin(e,_ate.geo)}function
… l(e){if(_ate.uud||_ate.ed.fire("addthis-internal_api",window.addthis||{},{call:"rdy"}
… ),_ate.uud=1,R&&("en"===_ate.jlng()||!window.addthis_translations)){_ate.share.
… services.init(window.addthis_config),(window.addthis_options||"").replace(",more","")
… .split(",");if(b())return void e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
… _ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
… _ate.data.OrderedSet(n);var o=new
… _ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:an
… .HIGH})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.
… services=o,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source
… =m(),B.location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("
… addthis.user.data",window.addthis||{},{})}else"en"===_ate.jlng()||!window.
… addthis_translations?setTimeout(function(){l(e)},100):(_ate.ed.addEventListener("
… addthis.i18n.ready",function(){l(e)}),_ate.alg())}function u(e){l(e)}function
… d(){return _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
… t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var

```
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){A("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
v(){return A("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal,a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Pt.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!1}return!0}function C(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!0}function
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=u,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())};var
B={ready:l,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:e};return
an.session={source:m,isSocial:h("isl",y),isSearch:h("ish",C)},Me(M,B),e(function(e,t)
{return e[t]=new
an._Queuer(t).call(e},M)}(),!window.addthis.osta){an.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),an.ready&&an.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{}).__pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},Me(window.addthis.util,{
getServiceName:Jt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),Me(an,_ate.api);var
hn,An,fn,gn,mn,tn=document,vn=0,wn=M,en=window,bn={},xn={},yn={},Cn=null,En=[],kn=[],
Mn=[],Rn={rss:"Subscribe"},_n={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},zn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},Bn
={feed:1,more:0,email:0,mailto:1},Sn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Dn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),gn=1)},se(function(e){if(e)
for(_n.email=_n.mailto=e[0][4],_n.print=e[0][22],_n.favorites=e[0][5],_n.more=e[0][2]
;Mn.length>0;)mn=Mn.pop(),mn&&mn.link&&mn.title&&(mn.link.title=_n[mn.title]||mn.link
.title)}),an.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Vt,_ate.gat=b,an.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,yn[t]=a;for(var i in an.links){var
r=an.links[i],s=new
RegExp("&"+t+"="+(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in an.ems){var
r=an.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,xn[t]=a)},an._render=m,an.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})}),an.toolbox=function(e,t,a,o,i){function r(e,t,n){var
```

120718…

```
a=true[e]}return a}c=s.lassName=c,h&d(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
l,u=s[c],d=window.jQuery,p=g(u,t,a,o),h=document.ce("div");if(u.services={},u&&u.
className&&(p.conf.product||(p.conf.product="tbx"+(u.className.indexOf("32x32")>-1?"
32":u.className.indexOf("20x20")>-1?"20":"")+"-300"),u.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(9,function(){n(638),_atc._ld_pkrcss=1}),u.
peekaboo||u.peekaboo=!0,u.onmouseover=function(){u.is_hovered=1,u.timeout=setTimeout
(function(){u.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):u.getElementsByTagName("ul")[0].style.display="block")},500)},
u.onmouseout=function(){u.is_hovered=0,u.timeout&&clearTimeout(u.timeout),u.timeout=
setTimeout(function(){u.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):u.getElementsByTagName("ul")[0].style.display="none")},500)})),u
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(10,function(){n(636)}
),_atc._ld_barcss=1),u.fixed))){u.fixed?(for(var
A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");u.childNodes.length>0;)f.appendChild(u.firstChild);a.
appendChild(f),A.appendChild(a),u.appendChild(A),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(u.setAttribute("className",u.className.replace("addthis_bar","").
replace("addthis_bar_vertical","").replace("addthis_floating_style","
addthis_quirks_mode")),u.className.indexOf("addthis_32x32_style")>-1?u.setAttribute("
className",u.className+"
addthis_bar_vertical_medium"):u.className.indexOf("addthis_16x16_style")>-1?u.
setAttribute("className",u.className+"
addthis_bar_vertical_small"):u.className.indexOf("addthis_counter_style")>-1&&u.
setAttribute("className",u.className+"
addthis_bar_vertical_large"))}u&&u.getElementsByTagName&&(l=u.getElementsByTagName("a
"),l&&w(l,p.conf,p.share,!o,!o),u.appendChild(h)),h.className="atclear"}},an.ready=
function(e){an.ost||xt()||(an.ost=1,x(),_ate.ed.fire("addthis.ready",an),_ate.onr&&
_ate.onr(an),y(),_ate.share.sub(),e&&"function"==typeof
e&&e())},an.util.getAttributes=g,an.ad=Me(an.ad,_ate.ad),C(),_atc.xol?(y(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",an)}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Wt(e)){if(Xt)return
window.event&&(window.event.returnValue=!1),jt(Ot(e,0,n,t),"_blank");Qt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),_atc.abf&&addthis_open(
document.getElementById("ab"),"emailab",window.addthis_url||"[URL]",window.
addthis_title||"[TITLE]"),n(793)},function(e,t){e.exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
:"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk",zh-tr:1,"chi-tr":"
zh-tr","zho-tr":"zh-tr",zh-tw:1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
:"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase());0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js"),c=!0)}function o(){return c}var
i=n(17),r=n(21),s=n(149),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(43);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
```

Page 3594

```
o=n(1),i=n(11),r=n(32);e.exports=function(e,t){o("ipn")||o("ipa")||o("pro")?window.
location=a(e,t):e.service="email",r(e,t)}},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(98).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.d.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t,n){var a=n(76);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(824),o=n(817),i=n(6),r=n(36),s=n(52),c=n(818),l=n(87),u=n(819),d=n(153),p=n(152),
h=n(16),A=n(24),f=n(124),g=n(11),m=n(137),v=n(79),w=n(45),b=n(1),x=n(22),y=n(34),C=n(
9),E=n(14),k=n(48),M=n(90),R=window,_=document;e.exports=function(e,t){var
n=R.addthis_config?E(R.addthis_config):{};z=R.addthis.share?E(R.addthis_share):{};
switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=C(),z.service=e,z.media=void
0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
0!==t.title?t.title:z.title,z.description=void
0!==t.description?t.description:z.description,z.passthrough=void
0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",w(_.body,"more","","",n,z);break;case"mailto":R.location
.href=h(z,n,1);break;case"email":z.email_template=t.email_template||z.email_template,
z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
addthis.menu.close();break;case"favorites":var
B=z.url,S=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
url_transforms,I="Press <"+D+">+D to bookmark in
";S=k(S),B=A(B),B=y(B,U,z,e),B=g(e,z,n,B,1),b("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
_.all?R.external.AddFavorite(B,S):R.sidebar.addPanel(S,B,"");break;case"print":r(e,z,
n),u();break;case"link":c(z,n);break;case"viber":l(z,n);break;case"slack":d(z,n);
break;case"skype":p(z,n);break;default:"twitter"===e&&z.title=window.
encodeURIComponent(z.title),f(e)?v(e,z,n):_ate.share.inBm()||!t.defaultShareToNewTab?
x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
a=n(169),o=n(1);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof u.querySelector?u.querySelector(e)||null:null}function
a(e){return"function"==typeof
u.querySelectorAll?u.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a){if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=u.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&l[t]?l[t]:(e||d||s.body).getElementsByTagName(t),u=[];if(e===
d&&(l[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&u.push(r
```

120718...

```
);else h.replace(x,fn)}}var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&u.push(r)}return u}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=u.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n):u.querySelectorAll?function(e,t){return
u.querySelectorAll("."+n)}:function(){return l[]},i=o(e,n,r);return new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,l=i.length;l>c;c++=1)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
l={},u=document,d=u.body;e.exports={querySelector:n,querySelectorAll:o,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,l
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},u=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?l():u();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
getPopServices=d;var p=function(){return
d().split(",")};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(625),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index),o[e]=e)},empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(146),i=n(7).getDomainNoProtocol,r=n(9),s=n(44),c=(n(131),n(8));e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=l(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType+" continent: "+e.continent+"
t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
"+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,l=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(6),o=n(5).makeCUID,i=n(17),r=n(16);e.exports=function(e,t,n,s){var
l,u=r(n)||{},d=s(r)||{};u.xid||(u.xid=o()),d.hdl=1,l=a(e,t,u,d),i(l,1),c||__ate.share.
notify(e,u,s,null,t)}},function(e,t,n){"use strict";function
a(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
o=n(1),i=n(14),r=n(103),s=n(13),c=n(4),l=n(3),u=n(107),d=n(94),p=n(11),h=n(721),A=n(
717),f=n(723),g=n(16),m=n(19),v=null;a.prototype={renderDesktopExpandedMenu:function(
e,t,n,a){u(function(o){var
i=o.createExpandedMenu,s=o.ExpandedMenuControllerView,c={allServices:_atw.list,
customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,eventDispatcher:addthis.
ed,hostNodeId:e,isBrandingReduced:m.isBrandingReduced(),initialInnerPane:t,
initialMenuShare:n,initialMenuConfig:a,topServices:r((_ate.cookie.rck("uss")||"").
split(",")),r((window.addthis_options||"").replace(",more","").split(","),d.
getPopServicesArray())))};i(s,c)}}},open:function(e,t,n,a,r){var
s,c;h(t,n),s=i(_ate.menu._menuConfig),c=i(_ate.menu._menuShare),o("mob")?_ate.menu.
openMobileVersion(c,s,a,r):_ate.menu.openDesktopVersion(c,s),_ate.menu.
trackMenuOpened(n,t,c,s)},openMobileVersion:function(e,t,n,a){var
```

120718…

```
o,i={allServices:_ate.list,customConsumerIconsCss:_atw.css,isBrandingReduced:m.
isBrandingReduced(),isMobile:!0,initialInnerPane:t.ui_pane||"expanded",
initialMenuShare:e,initialMenuConfig:t,mailtoUrl:g(e,t,!1),topServices:r((_ate.cookie
.rck("uss")||"").split(",")),r((window.addthis_options||"").replace(",more","").split(
","),d.getPopServicesArray())),trackUrlForCopyLink:p("link",e,t)};if(this.
_crossWindowCommunicator){if(!n||!a)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(u){c.warn(u)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=A(i,n,a),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),o=f(this._crossWindowCommunicator,_ate.ed,s(_ate.menu.open,this,null,t,e)
),this._crossWindowCommunicator.setListener(o),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t){this._hasMountedExpandedMenu?_ate.ed.fire("addthis.
expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t}):(this.
_hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate.
track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"===
a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null)},e.exports=function(){return v||(v=new
a),v}},function(e,t,n){var
a,o=n(1),i=n(2),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
l;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(l===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&l++;var
n=s.gn("style");l+=n.length}return s.styleSheets.length!=l?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t,n){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):u["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(710),s=n(43),c=a(s),l=n(711),u=a(l),d=n(616),p=a(d),h=n(619).getIconCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0,t.var
o=n(81),i=n(51),r=n(728),s=a(r),c=n(715),l=a(c),u=n(714),d=a(u)t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
```

120718

```
,d["default"]).optional("pd",d["default"]).optional("sid",d).optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",l["default"](0,1)).optional("adu6").
optional("uud",l["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",l["default"](1)).optional("fcu").always("of",l["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",l["default"](0,1)).
always("irt",l["default"](0,1)).optional("vcl",l["default"](0,1,2,3)).optional("md",l
["default"](0,1,2)).optional("ct",l["default"](0,1)).optional("tct",l["default"](0,1)
).optional("abt",l["default"](0,1)).optional("cdn",l["default"](0,1,2,3)).optional("
lnlc").optional("at3no",l["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",l["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",");!0}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",l["default"](0,1)).force
(!0).jsonp("callback",e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(8),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(33)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(628),ExpandedMenuControllerView:n(631)};n(839)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"}},function(e,t,n){var
a={},o={};a.aim=function(e){e(n(640))},o.aim=function(e){n.e(242,function(){e(n(382)
})},a.delicious=function(e){e(n(643))},o.delicious=function(e){n.e(210,function(){e(n
(414))})},a.digg=function(e){e(n(644))},o.digg=function(e){n.e(207,function(){e(n(417
))})},a.facebook=function(e){e(n(646))},o.facebook=function(e){n.e(191,function(){e(n
(433))})},a.google=function(e){e(n(649))},o.google=function(e){n.e(172,function(){e(n
(452))})},a.hatena=function(e){e(n(651))},o.hatena=function(e){n.e(166,function(){e(n
(458))})},a.linkedin=function(e){e(n(654))},o.linkedin=function(e){n.e(142,function()
{e(n(482))})},a.meneame=function(e){e(n(657))},o.meneame=function(e){n.e(131,function
(){e(n(493))})},a.reddit=function(e){e(n(664))},o.reddit=function(e){n.e(94,function(
){e(n(530))})},a.stumbleupon=function(e){e(n(666))},o.stumbleupon=function(e){n.e(66,
function(){e(n(558))})},a.tumblr=function(e){e(n(668))},o.tumblr=function(e){n.e(49,
function(){e(n(575))})},a.twitter=function(e){e(n(669))},o.twitter=function(e){n.e(47
,function(){e(n(577))})},a.myspace=function(e){e(n(659))},o.myspace=function(e){n.e(
124,function(){e(n(500))})},a.livejournal=function(e){e(n(655))},o.livejournal=
function(e){n.e(140,function(){e(n(484))})},a.gmail=function(e){e(n(648))},o.gmail=
function(e){n.e(174,function(){e(n(450))})},a.yahoomail=function(e){e(n(674))},o.
yahoomail=function(e){n.e(24,function(){e(n(600))})},a.blogger=function(e){e(n(641))}
,o.blogger=function(e){n.e(227,function(){e(n(397))})},a.wordpress=function(e){e(n(
672))},o.wordpress=function(e){n.e(27,function(){e(n(597))})},a.oknotizie=function(e)
{e(n(661))},o.oknotizie=function(e){n.e(113,function(){e(n(511))})},a.print=function(
e){e(n(663))},o.print=function(e){n.e(102,function(){e(n(522))})},a.favorites=
function(e){e(n(647))},o.favorites=function(e){n.e(185,function(){e(n(439))})},a.
email=function(e){e(n(645))},o.email=function(e){n.e(196,function(){e(n(428))})},a.
wykop=function(e){e(n(673))},o.wykop=function(e){n.e(26,function(){e(n(598))})},a.
viadeo=function(e){e(n(670))},o.viadeo=function(e){n.e(42,function(){e(n(582))})},a.
bobrdobr=function(e){e(n(642))},o.bobrdobr=function(e){n.e(224,function(){e(n(400))})
},a.tuenti=function(e){e(n(667))},o.tuenti=function(e){n.e(50,function(){e(n(574))})}
,a.mailto=function(e){e(n(656))},o.mailto=function(e){n.e(139,function(){e(n(485))})}
,a.mymailru=function(e){e(n(658))},o.mymailru=function(e){n.e(125,function(){e(n(499)
))}},a.vk=function(e){e(n(671))},o.vk=function(e){n.e(36,function(){e(n(588))})},a.
odnoklassniki_ru=function(e){e(n(660))},o.odnoklassniki_ru=function(e){n.e(114,
function(){e(n(510))})},a.jappy=function(e){e(n(653));
```

120719

```
},o.jappy=function(e){n.e(154,function(){e(n(470))})},a.google_plusone_share=function
(e){e(n(650))},o.google_plusone_share=function(e){n.e(170,function(){e(n(454))})},a.
```

```
pinterest_share=function(e){e(n(662))}}},o.pinterest_share=function(e){n.e(106,function
(){e(n(518))}}},a.instagram=function(e){e(n(652))},o.instagram=function(e){n.e(158,
function(){e(n(466))}}},a.rss=function(e){e(n(665))},o.rss=function(e){n.e(89,
function(){e(n(535))}}},a.youtube=function(e){e(n(675))},o.youtube=function(e){n.e(17
,function(){e(n(607))}}},a.addthis=function(e){e(n(639))},o.addthis=function(e){n.e(
246,function(){e(n(378))}}},a.amazonwishlist=function(e){n.e(445,function(){e(n(178)
})}},o.amazonwishlist=function(e){n.e(241,function(){e(n(383))}}},a.bitly=function(e){
n.e(434,function(){e(n(189))}}},o.bitly=function(e){n.e(230,function(){e(n(394))}}},a
.blogmarks=function(e){n.e(430,function(){e(n(193))}}},o.blogmarks=function(e){n.e(
225,function(){e(n(399))}}},a.diigo=function(e){n.e(413,function(){e(n(210))}}},o.
diigo=function(e){n.e(205,function(){e(n(419))}}},a.faves=function(e){n.e(396,
function(){e(n(227))}}},o.faves=function(e){n.e(186,function(){e(n(438))}}},a.
netvibes=function(e){n.e(343,function(){e(n(280))}}},o.netvibes=function(e){n.e(120,
function(){e(n(504))}}},a.netvouz=function(e){n.e(342,function(){e(n(281))}}},o.
netvouz=function(e){n.e(119,function(){e(n(505))}}},a.newsvine=function(e){n.e(340,
function(){e(n(283))}}},o.newsvine=function(e){n.e(117,function(){e(n(507))}}},a.
nujij=function(e){n.e(339,function(){e(n(284))}}},o.nujij=function(e){n.e(116,
function(){e(n(508))}}},a.thisnext=function(e){n.e(282,function(){e(n(341))}}},o.
thisnext=function(e){n.e(52,function(){e(n(572))}}},a.hotmail=function(e){n.e(377,
function(){e(n(246))}}},o.hotmail=function(e){n.e(162,function(){e(n(462))}}},a.
aolmail=function(e){n.e(443,function(){e(n(180))}}},o.aolmail=function(e){n.e(239,
function(){e(n(385))}}},a.googletranslate=function(e){n.e(383,function(){e(n(240))}}}
,o.googletranslate=function(e){n.e(169,function(){e(n(455))}}},a.typepad=function(e){
n.e(279,function(){e(n(344))}}},o.typepad=function(e){n.e(46,function(){e(n(578))}}},
a.yammer=function(e){n.e(261,function(){e(n(362))}}},o.yammer=function(e){n.e(23,
function(){e(n(601))}}},a.oyyla=function(e){n.e(336,function(){e(n(287))}}},o.oyyla=
function(e){n.e(111,function(){e(n(513))}}},a.favoritus=function(e){n.e(395,function
(){e(n(228))}}},o.favoritus=function(e){n.e(184,function(){e(n(440))}}},a.startaid=
function(e){n.e(300,function(){e(n(323))}}},o.startaid=function(e){n.e(71,function(){
e(n(553))}}},a.svejo=function(e){n.e(291,function(){e(n(332))}}},o.svejo=function(e){
n.e(61,function(){e(n(563))}}},a.symbaloo=function(e){n.e(290,function(){e(n(333))}}}
,o.symbaloo=function(e){n.e(60,function(){e(n(564))}}},a.yoolink=function(e){n.e(258,
function(){e(n(365))}}},o.yoolink=function(e){n.e(20,function(){e(n(604))}}},a.youmob
=function(e){n.e(256,function(){e(n(367))}}},o.youmob=function(e){n.e(18,function(){e
(n(606))}}},a.n4g=function(e){n.e(345,function(){e(n(278))}}},o.n4g=function(e){n.e(
122,function(){e(n(502))}}},a.folkd=function(e){n.e(391,function(){e(n(232))}}},o.
folkd=function(e){n.e(180,function(){e(n(444))}}},a.evernote=function(e){n.e(403,
function(){e(n(220))}}},o.evernote=function(e){n.e(194,function(){e(n(430))}}},a.
stumpedia=function(e){n.e(295,function(){e(n(328))}}},o.stumpedia=function(e){n.e(65,
function(){e(n(559))}}},a.studivz=function(e){n.e(297,function(){e(n(326))}}},o.
studivz=function(e){n.e(68,function(){e(n(556))}}},a.pusha=function(e){n.e(327,
function(){e(n(296))}}},o.pusha=function(e){n.e(100,function(){e(n(524))}}},a.kledy=
function(e){n.e(364,function(){e(n(259))}}},o.kledy=function(e){n.e(147,function(){e(
n(477))}}},a.plurk=function(e){n.e(331,function(){e(n(292))}}},o.plurk=function(e){n.
e(105,function(){e(n(519))}}},a.citeulike=function(e){n.e(422,function(){e(n(201))}}}
,o.citeulike=function(e){n.e(216,function(){e(n(408))}}},a.care2=function(e){n.e(423,
function(){e(n(200))}}},o.care2=function(e){n.e(217,function(){e(n(407))}}},a.baidu=
function(e){n.e(440,function(){e(n(183))}}},o.baidu=function(e){n.e(236,function(){e(
n(388))}}},a.printfriendly=function(e){n.e(328,function(){e(n(295))}}},o.
printfriendly=function(e){n.e(101,function(){e(n(523))}}},a.arto=function(e){n.e(441,
function(){e(n(182))}}},o.arto=function(e){n.e(237,function(){e(n(387))}}},a.sodahead
=function(e){n.e(306,function(){e(n(317))}}},o.sodahead=function(e){n.e(77,function()
{e(n(547))}}},a.amenme=function(e){n.e(444,function(){e(n(179))}}},o.amenme=function(
e){n.e(240,function(){e(n(384))}}},a.virb=function(e){n.e(272,function(){e(n(351))}}}
,o.virb=function(e){n.e(38,function(){e(n(586))}}},a.bizsugar=function(e){n.e(433,
function(){e(n(190))}}},o.bizsugar=function(e){n.e(229,function(){e(n(395))}}},a.
smiru=function(e){n.e(308,function(){e(n(315))}}},o.smiru=function(e){n.e(79,function
(){e(n(545))}}},a.stuffpit=function(e){n.e(296,function(){e(n(327))}}},o.stuffpit=
function(e){n.e(67,function(){e(n(557))}}},a.fabulously40=function(e){n.e(401,
function(){e(n(222))}}},o.fabulously40=function(e){n.e(192,function(){e(n(432))}}},a.
yorumcuyum=function(e){n.e(257,function(){e(n(366))}}},o.yorumcuyum=function(e){n.e(
19,function(){e(n(605))}}},a.hackernews=function(e){n.e(381,function(){e(n(242))}}},o
.hackernews=function(e){n.e(167,function(){e(n(457))}}},a.bonzobox=function(e){n.e(
429,function(){e(n(194))}}},o.bonzobox=function(e){n.e(223,function(){e(n(401))}}},a.
meinvz=function(e){n.e(355,function(){e(n(268))}}},o.meinvz=function(e){n.e(135,
function(){e(n(489))}}},a.visitezmonsite=function(e){n.e(271,function(){e(n(352))}}},
o.visitezmonsite=function(e){n.e(37,function(){e(n(587))}}},a.memori=function(e){n.e(
353,function(){e(n(270))}}},o.memori=function(e){n.e(133,function(){e(n(491))}}},a.
```

```
diggita=function(e){n.e(414,function(){e(n(189))})}},o.diggita=function(e){
function(){e(n(418))})}},a.linkuj=function(e){n.e(359,function(){e(n(264))})}},o.linkuj
=function(e){n.e(141,function(){e(n(483))})}},a.informazione=function(e){n.e(374,
function(){e(n(249))})}},o.informazione=function(e){n.e(159,function(){e(n(465))})}},a.
startlap=function(e){n.e(299,function(){e(n(324))})}},o.startlap=function(e){n.e(70,
function(){e(n(554))})}},a.moemesto=function(e){n.e(348,function(){e(n(275))})}},o.
moemesto=function(e){n.e(127,function(){e(n(497))})}},a["100zakladok"]=function(e){n.e
(452,function(){e(n(171))})}},o["100zakladok"]=function(e){n.e(250,function(){e(n(374)
)})}},a.domaintoolswhois=function(e){n.e(411,function(){e(n(212))})}},o.
domaintoolswhois=function(e){n.e(203,function(){e(n(421))})}},a.quantcast=function(e){
n.e(325,function(){e(n(298))})}},o.quantcast=function(e){n.e(98,function(){e(n(526))})}
},a.w3validator=function(e){n.e(267,function(){e(n(356))})}},o.w3validator=function(e)
{n.e(32,function(){e(n(592))})}},a.hedgehogs=function(e){n.e(380,function(){e(n(243))}
)}},o.hedgehogs=function(e){n.e(165,function(){e(n(459))})}},a.cosmiq=function(e){n.e(
418,function(){e(n(205))})}},o.cosmiq=function(e){n.e(212,function(){e(n(412))})}},a.
instapaper=function(e){n.e(373,function(){e(n(250))})}},o.instapaper=function(e){n.e(
157,function(){e(n(467))})}},a.ziczac=function(e){n.e(252,function(){e(n(371))})}},o.
ziczac=function(e){n.e(13,function(){e(n(611))})}},a.adifni=function(e){n.e(447,
function(){e(n(176))})}},o.adifni=function(e){n.e(244,function(){e(n(380))})}},a.
favable=function(e){n.e(397,function(){e(n(226))})}},o.favable=function(e){n.e(187,
function(){e(n(437))})}},a.camyoo=function(e){n.e(424,function(){e(n(199))})}},o.camyoo
=function(e){n.e(218,function(){e(n(406))})}},a.box=function(e){n.e(426,function(){e(n
(197))})}},o.box=function(e){n.e(220,function(){e(n(404))})}},a.bookmarkycz=function(e)
{n.e(428,function(){e(n(195))})}},o.bookmarkycz=function(e){n.e(222,function(){e(n(402
))})}},a.etsy=function(e){n.e(404,function(){e(n(219))})}},o.etsy=function(e){n.e(195,
function(){e(n(429))})}},a.bookmerkende=function(e){n.e(427,function(){e(n(196))})}},o.
bookmerkende=function(e){n.e(221,function(){e(n(403))})}},a.posteezy=function(e){n.e(
329,function(){e(n(294))})}},o.posteezy=function(e){n.e(103,function(){e(n(521))})}},a.
zakladoknet=function(e){n.e(253,function(){e(n(370))})}},o.zakladoknet=function(e){n.e
(14,function(){e(n(610))})}},a.douban=function(e){n.e(410,function(){e(n(213))})}},o.
douban=function(e){n.e(202,function(){e(n(422))})}},a.pdfmyurl=function(e){n.e(334,
function(){e(n(289))})}},o.pdfmyurl=function(e){n.e(109,function(){e(n(515))})}},a.
sinaweibo=function(e){n.e(314,function(){e(n(309))})}},o.sinaweibo=function(e){n.e(85,
function(){e(n(539))})}},a.rediff=function(e){n.e(321,function(){e(n(302))})}},o.rediff
=function(e){n.e(93,function(){e(n(531))})}},a.markme=function(e){n.e(357,function(){e
(n(266))})}},o.markme=function(e){n.e(137,function(){e(n(487))})}},a.naszaklasa=
function(e){n.e(344,function(){e(n(279))})}},o.naszaklasa=function(e){n.e(121,function
(){e(n(503))})}},a.vybralisme=function(e){n.e(268,function(){e(n(355))})}},o.vybralisme
=function(e){n.e(33,function(){e(n(591))})}},a.qzone=function(e){n.e(323,function(){e(
n(300))})}},o.qzone=function(e){n.e(96,function(){e(n(528))})}},a.xing=function(e){n.e(
262,function(){e(n(361))})}},o.xing=function(e){n.e(25,function(){e(n(599))})}},a.
fashiolista=function(e){n.e(398,function(){e(n(225))})}},o.fashiolista=function(e){n.e
(188,function(){e(n(436))})}},a.newsmeback=function(e){n.e(341,function(){e(n(282))})}}
,o.newsmeback=function(e){n.e(118,function(){e(n(506))})}},a.iorbix=function(e){n.e(
371,function(){e(n(252))})}},o.iorbix=function(e){n.e(155,function(){e(n(469))})}},a.
urlaubswerkde=function(e){n.e(276,function(){e(n(347))})}},o.urlaubswerkde=function(e)
{n.e(43,function(){e(n(581))})}},a.mrcnetworkit=function(e){n.e(347,function(){e(n(276
))})}},o.mrcnetworkit=function(e){n.e(126,function(){e(n(498))})}},a.pafnetde=function(
e){n.e(335,function(){e(n(288))})}},o.pafnetde=function(e){n.e(110,function(){e(n(514)
)})}},a.spinsnap=function(e){n.e(304,function(){e(n(319))})}},o.spinsnap=function(e){n.
e(75,function(){e(n(549))})}},a.technerd=function(e){n.e(288,function(){e(n(335))})}},o
.technerd=function(e){n.e(58,function(){e(n(566))})}},a.thefreedictionary=function(e){
n.e(283,function(){e(n(340))})}},o.thefreedictionary=function(e){n.e(53,function(){e(n
(571))})}},a.yuuby=function(e){n.e(254,function(){e(n(369))})}},o.yuuby=function(e){n.e
(15,function(){e(n(609))})}},a.efactor=function(e){n.e(406,function(){e(n(217))})}},o.
efactor=function(e){n.e(198,function(){e(n(426))})}},a.adfty=function(e){n.e(448,
function(){e(n(175))})}},o.adfty=function(e){n.e(245,function(){e(n(379))})}},a.
draugiem=function(e){n.e(409,function(){e(n(214))})}},o.draugiem=function(e){n.e(201,
function(){e(n(423))})}},a.historious=function(e){n.e(379,function(){e(n(244))})}},o.
historious=function(e){n.e(164,function(){e(n(460))})}},a.indexor=function(e){n.e(375,
function(){e(n(248))})}},o.indexor=function(e){n.e(160,function(){e(n(464))})}},a.
facebook_like=function(e){n.e(400,function(){e(n(223))})}},o.facebook_like=function(e)
{n.e(190,function(){e(n(434))})}},a.voxopolis=function(e){n.e(269,function(){e(n(354))
})}},o.voxopolis=function(e){n.e(34,function(){e(n(590))})}},a.memonic=function(e){n.e(
354,function(){e(n(269))})}},o.memonic=function(e){n.e(134,function(){e(n(490))})}},a.
addressbar=function(e){n.e(449,function(){e(n(174))})}},o.addressbar=function(e){n.e(
247,function(){e(n(377))})}},a.kaixin=function(e){n.e(369,function(){e(n(254))})}},o.
kaixin=function(e){n.e(152,function(){e(n(472))})}},a.zingme=function(e){n.e(251,
```

120719…

```
function(){e(n(372))}}},o.zinghome=function(e){n.e(12,function(){e(n(112))}}},a.
vkrugudruzei=function(e){n.e(270,function(){e(n(353))}}},o.vkrugudruzei=function(e){n
.e(35,function(){e(n(589))}}},a.stylishhome=function(e){n.e(294,function(){e(n(329))}
}},o.stylishhome=function(e){n.e(64,function(){e(n(560))}}},a.kindleit=function(e){n.
e(365,function(){e(n(258))}}},o.kindleit=function(e){n.e(148,function(){e(n(476))}}},
a.scoopit=function(e){n.e(316,function(){e(n(307))}}},o.scoopit=function(e){n.e(87,
function(){e(n(537))}}},a.govn=function(e){n.e(382,function(){e(n(241))}}},o.govn=
function(e){n.e(168,function(){e(n(456))}}},a.skyrock=function(e){n.e(312,function(){
e(n(311))}}},o.skyrock=function(e){n.e(83,function(){e(n(541))}}},a.ketnooi=function(
e){n.e(367,function(){e(n(256))}}},o.ketnooi=function(e){n.e(150,function(){e(n(474)
)}}},a.taringa=function(e){n.e(289,function(){e(n(334))}}},o.taringa=function(e){n.e(
59,function(){e(n(565))}}},a.researchgate=function(e){n.e(319,function(){e(n(304))}}}
,o.researchgate=function(e){n.e(91,function(){e(n(533))}}},a.blogkeen=function(e){n.e
(431,function(){e(n(192))}}},o.blogkeen=function(e){n.e(226,function(){e(n(398))}}},a
.mendeley=function(e){n.e(352,function(){e(n(271))}}},o.mendeley=function(e){n.e(132,
function(){e(n(492))}}},a.qrsrc=function(e){n.e(326,function(){e(n(297))}}},o.qrsrc=
function(e){n.e(99,function(){e(n(525))}}},a.bland=function(e){n.e(432,function(){e(n
(191))}}},o.bland=function(e){n.e(228,function(){e(n(396))}}},a.sharer=function(e){n.
e(315,function(){e(n(308))}}},o.sharer=function(e){n.e(86,function(){e(n(538))}}},a.
safelinking=function(e){n.e(317,function(){e(n(306))}}},o.safelinking=function(e){n.e
(88,function(){e(n(536))}}},a.cleanprint=function(e){n.e(421,function(){e(n(202))}}},
o.cleanprint=function(e){n.e(215,function(){e(n(409))}}},a.disqus=function(e){n.e(412
,function(){e(n(211))}}},o.disqus=function(e){n.e(204,function(){e(n(420))}}},a.
surfingbird=function(e){n.e(292,function(){e(n(331))}}},o.surfingbird=function(e){n.e
(62,function(){e(n(562))}}},a.lidar=function(e){n.e(362,function(){e(n(261))}}},o.
lidar=function(e){n.e(145,function(){e(n(479))}}},a.buffer=function(e){n.e(425,
function(){e(n(198))}}},o.buffer=function(e){n.e(219,function(){e(n(405))}}},a.
beat100=function(e){n.e(437,function(){e(n(186))}}},o.beat100=function(e){n.e(233,
function(){e(n(391))}}},a.cssbased=function(e){n.e(417,function(){e(n(206))}}},o.
cssbased=function(e){n.e(211,function(){e(n(413))}}},a.yookos=function(e){n.e(259,
function(){e(n(364))}}},o.yookos=function(e){n.e(21,function(){e(n(603))}}},a.supbro=
function(e){n.e(293,function(){e(n(330))}}},o.supbro=function(e){n.e(63,function(){e(
n(561))}}},a.apsense=function(e){n.e(442,function(){e(n(181))}}},o.apsense=function(e
){n.e(238,function(){e(n(386))}}},a.cleansave=function(e){n.e(420,function(){e(n(203)
)}}},o.cleansave=function(e){n.e(214,function(){e(n(410))}}},a.openthedoor=function(e
){n.e(337,function(){e(n(286))}}},o.openthedoor=function(e){n.e(112,function(){e(n(
512))}}},a.advqr=function(e){n.e(446,function(){e(n(177))}}},o.advqr=function(e){n.e(
243,function(){e(n(381))}}},a.pocket=function(e){n.e(330,function(){e(n(293))}}},o.
pocket=function(e){n.e(104,function(){e(n(520))}}},a.margarin=function(e){n.e(358,
function(){e(n(265))}}},o.margarin=function(e){n.e(138,function(){e(n(486))}}},a.gg=
function(e){n.e(388,function(){e(n(235))}}},o.gg=function(e){n.e(177,function(){e(n(
447))}}},a.foodlve=function(e){n.e(390,function(){e(n(233))}}},o.foodlve=function(e){
n.e(179,function(){e(n(445))}}},a.thefancy=function(e){n.e(284,function(){e(n(339))})
},o.thefancy=function(e){n.e(54,function(){e(n(570))}}},a.mixi=function(e){n.e(349,
function(){e(n(274))}}},o.mixi=function(e){n.e(128,function(){e(n(496))}}},a.
wishmindr=function(e){n.e(263,function(){e(n(360))}}},o.wishmindr=function(e){n.e(28,
function(){e(n(596))}}},a.financialjuice=function(e){n.e(394,function(){e(n(229))}}},
o.financialjuice=function(e){n.e(183,function(){e(n(441))}}},a.myvidster=function(e){
n.e(346,function(){e(n(277))}}},o.myvidster=function(e){n.e(123,function(){e(n(501))}
)}},a.exchangle=function(e){n.e(402,function(){e(n(221))}}},o.exchangle=function(e){n.
e(193,function(){e(n(431))}}},a.wanelo=function(e){n.e(266,function(){e(n(357))}}},o.
wanelo=function(e){n.e(31,function(){e(n(593))}}},a.hootsuite=function(e){n.e(378,
function(){e(n(245))}}},o.hootsuite=function(e){n.e(163,function(){e(n(461))}}},a.
whatsapp=function(e){n.e(264,function(){e(n(359))}}},o.whatsapp=function(e){n.e(29,
function(){e(n(595))}}},a.internetarchive=function(e){n.e(372,function(){e(n(251))}}}
,o.internetarchive=function(e){n.e(156,function(){e(n(468))}}},a.behance=function(e){
n.e(436,function(){e(n(187))}}},o.behance=function(e){n.e(232,function(){e(n(392))}}}
,a.vimeo=function(e){n.e(274,function(){e(n(349))}}},o.vimeo=function(e){n.e(40,
function(){e(n(584))}}},a.flickr=function(e){n.e(393,function(){e(n(230))}}},o.flickr
=function(e){n.e(182,function(){e(n(442))}}},a.foursquare=function(e){n.e(389,
function(){e(n(234))}}},o.foursquare=function(e){n.e(178,function(){e(n(446))}}},a.
flipboard=function(e){n.e(392,function(){e(n(231))}}},o.flipboard=function(e){n.e(181
,function(){e(n(443))}}},a.retellity=function(e){n.e(318,function(){e(n(305))}}},o.
retellity=function(e){n.e(90,function(){e(n(534))}}},a.nurses_lounge=function(e){n.e(
338,function(){e(n(285))}}},o.nurses_lounge=function(e){n.e(115,function(){e(n(509))}
}},a.kik=function(e){n.e(366,function(){e(n(257))}}},o.kik=function(e){n.e(149,
function(){e(n(475))}}},a.yummly=function(e){n.e(255,function(){e(n(368))}}},o.yummly
=function(e){n.e(16,function(){e(n(608))}}},a.viber=function(e){n.e(275,function(){e(
```

```
n(383)}})};o.viber=function(e){n.e(41,function(){e(n(583))})},a.edcast=function(e){n.
e(407,function(){e(n(216))})},o.edcast=function(e){n.e(199,function(){e(n(425))})},a.
slack=function(e){n.e(311,function(){e(n(312))})},o.slack=function(e){n.e(82,function
(){e(n(542))})},a.skype=function(e){n.e(313,function(){e(n(310))})},o.skype=function(
e){n.e(84,function(){e(n(540))})},a.link=function(e){n.e(360,function(){e(n(263))})},
o.link=function(e){n.e(143,function(){e(n(481))})},a.houzz=function(e){n.e(376,
function(){e(n(247))})},o.houzz=function(e){n.e(161,function(){e(n(463))})},a.
google_classroom=function(e){n.e(384,function(){e(n(239))})},o.google_classroom=
function(e){n.e(171,function(){e(n(453))})},a.renren=function(e){n.e(320,function(){e
(n(303))})},o.renren=function(e){n.e(92,function(){e(n(532))})},a.tencentweibo=
function(e){n.e(285,function(){e(n(338))})},o.tencentweibo=function(e){n.e(55,
function(){e(n(569))})},a.lineme=function(e){n.e(361,function(){e(n(262))})},o.lineme
=function(e){n.e(144,function(){e(n(480))})},a.kakao=function(e){n.e(368,function(){e
(n(255))})},o.kakao=function(e){n.e(151,function(){e(n(473))})},a.telegram=function(e
){n.e(287,function(){e(n(336))})},o.telegram=function(e){n.e(57,function(){e(n(567))}
)},a.balatarin=function(e){n.e(439,function(){e(n(184))})},o.balatarin=function(e){n.
e(235,function(){e(n(389))})},a.pinboard=function(e){n.e(332,function(){e(n(291))})},
o.pinboard=function(e){n.e(107,function(){e(n(517))})},a.diary_ru=function(e){n.e(415
,function(){e(n(208))})},o.diary_ru=function(e){n.e(208,function(){e(n(416))})},a["
500px"]=function(e){n.e(451,function(){e(n(172))})},o["500px"]=function(e){n.e(249,
function(){e(n(375))})},a.aboutme=function(e){n.e(450,function(){e(n(173))})},o.
aboutme=function(e){n.e(248,function(){e(n(376))})},a.bandcamp=function(e){n.e(438,
function(){e(n(185))})},o.bandcamp=function(e){n.e(234,function(){e(n(390))})},a.
bitbucket=function(e){n.e(435,function(){e(n(188))})},o.bitbucket=function(e){n.e(231
,function(){e(n(393))})},a.dribbble=function(e){n.e(408,function(){e(n(215))})},o.
dribbble=function(e){n.e(200,function(){e(n(424))})},a.github=function(e){n.e(387,
function(){e(n(236))})},o.github=function(e){n.e(176,function(){e(n(448))})},a.gitlab
=function(e){n.e(386,function(){e(n(237))})},o.gitlab=function(e){n.e(175,function(){
e(n(449))})},a.medium=function(e){n.e(356,function(){e(n(267))})},o.medium=function(e
){n.e(136,function(){e(n(488))})},a.mixcloud=function(e){n.e(350,function(){e(n(273))
})},o.mixcloud=function(e){n.e(129,function(){e(n(495))})},a.periscope=function(e){n.
e(333,function(){e(n(290))})},o.periscope=function(e){n.e(108,function(){e(n(516))})}
,a.quora=function(e){n.e(324,function(){e(n(299))})},o.quora=function(e){n.e(97,
function(){e(n(527))})},a.slashdot=function(e){n.e(310,function(){e(n(313))})},o.
slashdot=function(e){n.e(81,function(){e(n(543))})},a.slideshare=function(e){n.e(309,
function(){e(n(314))})},o.slideshare=function(e){n.e(80,function(){e(n(544))})},a.
snapchat=function(e){n.e(307,function(){e(n(316))})},o.snapchat=function(e){n.e(78,
function(){e(n(546))})},a.soundcloud=function(e){n.e(305,function(){e(n(318))})},o.
soundcloud=function(e){n.e(76,function(){e(n(548))})},a.spotify=function(e){n.e(303,
function(){e(n(320))})},o.spotify=function(e){n.e(74,function(){e(n(550))})},a.
stack_overflow=function(e){n.e(301,function(){e(n(322))})},o.stack_overflow=function(
e){n.e(72,function(){e(n(552))})},a.steam=function(e){n.e(298,function(){e(n(325))})}
,o.steam=function(e){n.e(69,function(){e(n(555))})},a.twitch=function(e){n.e(280,
function(){e(n(343))})},o.twitch=function(e){n.e(48,function(){e(n(576))})},a.vine=
function(e){n.e(273,function(){e(n(350))})},o.vine=function(e){n.e(39,function(){e(n(
585))})},a.trello=function(e){n.e(281,function(){e(n(342))})},o.trello=function(e){n.
e(51,function(){e(n(573))})},a.wechat=function(e){n.e(265,function(){e(n(358))})},o.
wechat=function(e){n.e(30,function(){e(n(594))})},a.tencentqq=function(e){n.e(286,
function(){e(n(337))})},o.tencentqq=function(e){n.e(56,function(){e(n(568))})},a.
deviantart=function(e){n.e(416,function(){e(n(207))})},o.deviantart=function(e){n.e(
209,function(){e(n(415))})},a.ello=function(e){n.e(405,function(){e(n(218))})},o.ello
=function(e){n.e(197,function(){e(n(427))})},a.goodreads=function(e){n.e(385,
function(){e(n(238))})},o.goodreads=function(e){n.e(173,function(){e(n(451))})},a.jsfiddle=
function(e){n.e(370,function(){e(n(253))})},o.jsfiddle=function(e){n.e(153,function()
{e(n(471))})},a.letterboxd=function(e){n.e(363,function(){e(n(260))})},o.letterboxd=
function(e){n.e(146,function(){e(n(478))})},a.ravelry=function(e){n.e(322,function(){
e(n(301))})},o.ravelry=function(e){n.e(95,function(){e(n(529))})},a.stack_exchange=
function(e){n.e(302,function(){e(n(321))})},o.stack_exchange=function(e){n.e(73,
function(){e(n(551))})},a.untappd=function(e){n.e(277,function(){e(n(346))})},o.
untappd=function(e){n.e(44,function(){e(n(580))})},a.yelp=function(e){n.e(260,
function(){e(n(363))})},o.yelp=function(e){n.e(22,function(){e(n(602))})},a.messenger
=function(e){n.e(351,function(){e(n(272))})},o.messenger=function(e){n.e(130,function
(){e(n(494))})},a.cloob=function(e){n.e(419,function(){e(n(204))})},o.cloob=function(
e){n.e(213,function(){e(n(411))})},a.facenama=function(e){n.e(399,function(){e(n(224)
)})},o.facenama=function(e){n.e(189,function(){e(n(435))})},a.unknown=function(e){n.e
(278,function(){e(n(345))})},o.unknown=function(e){n.e(45,function(){e(n(579))})},e.
exports={png:o,svg:a}},function(e,t,n){"use strict";var
a=n(69);e.exports=function(e){var
```

120719…

```
t="RELEASED"),e.state&&"VERIFIED"!==e.state[t.widen||a.recode];return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{top:1},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{
name:"LinkedIn",top:1},mailto:{name:"Email
App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki",top:1},periscope:{},pinterest:{top:1},pocket:{},quora:{},ravelry:{},
reddit:{top:1},renren:{},rss:{name:"RSS",top:1},scoopit:{name:"Scoop.it"},sinaweibo:{
name:"Sina
Weibo"},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},snapchat:{
},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress",top:1},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"
,top:1},yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(31),s=n(1);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e?e.length:0;if(!i(n))return o(e,t);var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
o=n(758),i=n(12),r=n(120);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e===1/t;var c=typeof e,l=typeof
t;return"function"!=c&&"object"!=c&&"function"!=l&&"object"!=l||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(759);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t,n){function
a(e,t){if("function"!=typeof e)return e;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(73);e.exports=a},function(e,t){function n(e){return
160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===e&&(0===e?1/e>0:!o(e))}var
o=n(30);e.exports=a},function(e,t,n){function a(e){return o(e)?Object(e):e}var
o=n(30);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(12),i=n(49),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t){var
n=window.JSON&&"function"==typeof window.JSON.parse&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t){function a(e){var
t=i((e.adurl||"")+(e.adev||"")),n=0;if(!u[t]){if(u[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=l(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
h=s[p].split("=");d[h[0]]=h[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!u[o]&&
(u[o]=1,e(r(n[a].src)))}}var
i=n(26),r=n(54);e.exports={processAdEvents:a,processAllScripts:o};var
s=document,c=window,l=c.decodeURIComponent,u={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){var
a=n(7).getHost,o=n(51),i=n(89);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n||"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(o?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r)},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
```

120719

```
3===c.split(".").length&&t.split(".").slice(0,-1).join(".")},i2=t.length&&"."===
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+E&&e.substr(0,E)===x&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(E))}function
i(e,t){e||(e=b.location),t||(t=b.referer||b.referrer||"");var
n,a,i,r,s,c,l,u,A,g,m,v,w,x=0,k=0,M=e?e.href:"",R=(M||"").split("#").shift(),_=e.hash
.substr(1),z=d(e.search),B=p(e.hash),S=B.at_st,D=B.at_pco,U=B.at_ab,I=B.at_pos,O=B.
at_tot,N=B.at_si,T=z.sms_ss,Q=z.fb_ref,V=z.at_xt,j=z.at_st;S||o(_)&&(l=h(_.substr(E))
,s=l.substr(8,8),S=l.substr(0,8)+"00000000",S+=parseInt(l.substr(16),10)),Q&&!S&&(u=
C,g=Q.split(u),u&&g.length<2&&Q.indexOf("_")>-1&&(u="_",g=Q.split(u)),m=g.length>1?g.pop
()):"",v=g.join(u),o(v)||(v=Q,m=""),o(v)?(l=h(v.substr(E)),V=l.substr(0,16)+","+
parseInt(l.substr(16),10),T="facebook_"+(m||"like")):(c=Q.split("=").pop().split(C),2
==c.length&&f(c[0])&&(V=c.join(","),T="facebook_"+(m||"like")))),S=S&&f(S.split(",").
shift())?S:"",V||(u=_.indexOf(y)>-1?y:C,A=_.substr(E).split(u),2==A.length&&o(_.
substr(0,1)+A[0])&&(l=h(A[0]),V=l.substr(0,16)+","+parseInt(l.substr(16),10),T=A[1],x
=1)),D&&(i=D),S?(k=parseInt(S.split(",").pop())+1,a=S.split(",").shift()):-1===M.
indexOf(_atd+"book")&&R!=t&&(V?(w=V.split(","),n=_duc(w.shift()),n.indexOf(",")>-1&&(
w=n.split(","),n=w.shift())):j&&(w=j.split(","),r=_duc(w.shift()),r.indexOf(",")>-1&&
(w=r.split(","),r=w.shift())),w&&w.length&&(k=Math.min(3,parseInt(w.pop())+1))),f(a)|
|(a=null),f(r)||(r=null),T=(T||"").split("#").shift().split("?").shift();var
L={ab:U||null,pos:I,tot:O,rsi:a,cfc:i,hash:x,rsiq:r,fuid:s,rxi:n,rsc:T,gen:k,csi:N};
return L}function r(e){return
e=e||window.addthis_config,!e||(e.data_track_clickback!==!1&&e.data_track_linkback!==!
1]}function
s(e,t){if(!t||t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(k)return0;
if(m()>=250)return k=!0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(M[e[n].split("-").shift()])return k=!0}return!1}function
c(e,t){return e=e||g(),x+t&&t+Math.min(3,t||0)}function l(e,t,n){return
n=n||g(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+v(),i().gen)+(t?C+t:"")}
function u(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split(".").c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=h(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||((i=i||{},i.gen=o)),f(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=n(46),p=n(54),h=n(37).atohb,f=n(5).isValidCUID,g=n(5).makeCUID,m=n(77
),v=n(132),b=document,x=".",y=";",C=".",E=x.length,k=0,M={wpp:1,blg:1};e.exports={
clickifyURL:l,declickifyURL:u,generateClickbackCode:c,clickPrefix:x,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){"use
strict";function a(){var
e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+u("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
C,E,k,M,R,_,z=window._atw||{},B=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,S=a();i=i||{},n=n||{};var
D=function(e){B&&(M=B.indexOf("#at"+e),M>-1&&(B=B.substr(0,M)))};if(l("config",i),l("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title),B=n.url),S.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=S.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),B.indexOf("addthis.com/static/r07/ab")>
-1)for(B=B.split("&"),M=0;M<B.length;M++)if(R=B[M].split("="),2===R.length&&"url"===R
[0]){B=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,G="",F=s(
B),P=2==F.length?F.shift().split("=").pop():"",Y=2==F.length?F.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&U;
```

120720

```
if(i.data_track_clickback===!1&&(J=!1),H)for(C in
H)G+=(""==G?"?":"&")+f(C)+"="+f(H[C]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
```

Page 3604

```
&&n.shorteners[x]+=e.endexof(y.href)?"":f(c+"=n.shorteners[y])for("in
n.shorteners[C])V+=(V.length?"&":"")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
B=c(B),B=d(B,N,n,e),T&&(n.trackurl=d(n.trackurl||B,T,n,e)),k="pub"+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+u((n.feed||n.
url||"").replace("feed://","",1)+"&t1=":"&url="+u(B,1)+"&title="+u(n.title||((window.
addthis_title||""").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+u(n.userid):"")+"&ate="+A({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L2"&cr="+(e===L?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(G?"&email_vars="+f(G):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+u(n.
description,1):"")+(n.html?"&html="+u(n.html,1):n.content?"&html="+u(n.content,1):"")
+(n.trackurl&&n.trackurl!=B?"&trackurl="+u(n.trackurl,1):"")+(n.media?"&screenshot="+
u(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+u(n.screenshot_secure,1:
"")+(n.swfurl?"&swfurl="+u(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+u(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+u(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&B.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
"")):(P?"&rsi="+P:"")+(Y?"&gen="+Y:""))+(n.xid?"&xid="+u(n.xid,1):"")+(U?"&template="+
u(U,1):"")+(O?"&module="+u(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+u(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+u(i.ui_email_to,1)+"&ui_email_from="+u(i.ui_email_from
,1)+"&ui_email_note="+u(i.ui_email_note,1):""))}var
r=n(136),s=n(75),c=n(24),l=n(719),u=n(48),d=n(34),p=n(18),h=n(21),A=n(127),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var a=document;e.exports=function(e){var
t=e?"https:"a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(113);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(26),o=window;e.exports=function(){var e,t=navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(55);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(829);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(789),o=document,i=window,r=i.addthis_share;e.exports=function(){var
e=o.title,t=o.location||{},n=t.href,s=n.split("#"),c=s.pop();return
a(c)&&(n=s.join("#")),r&&r.imp_url&&n&&n!==i.addthis_share.url?(i.addthis_share.url=i
.addthis_url=n,i.addthis_share.title=i.addthis_title=e,1):0}},function(e,t,n){var
a=n(6),o=n(35),i=n(87),r=window;e.exports=function(e,t,n){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
n):(s=a(e,0,t,n),o.push(r.open(s,"addthis_share"))),!1}},function(e,t,n){function
a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(821),i=n(57),r=n(80)(),s=n(17),c=n(3).listen,l=window.parent===window;e.exports=
function(e){l?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},l
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===="https:".length||e.origin.
indexOf(t)==="http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
```

```
i=e.data.match("/a"+e.share+"\\s*=\\s*(.+?)\\s/"))||j[1]||j[1])if(j[1]){try{_ate.menu.close
()}catch(s){}a(r)}}}}}},function(e,t,n){"use strict";var
a=n(97),o=n(38),i=n(5).makeCUID,r=n(140),s=n(9),c=n(4),l=n(17),u=n(150),d=n(75),p=n(
24),h=n(34),A=n(127),f=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
y(t){t=t.split("/");var
n=t.shift(),a=t.shift(),o=t.shift(),i=t.shift();n&&(e.ab=e.ab),a&&(e.sid=g=a),o&&(A.
seq=o),i&&(e.uid=i)}function C(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?u)+(2==s?"&colc="+(new
Date).getTime():""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),l(p,1);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
,A=h.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
l=Math.ceil(e/32),u=-1;if(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
Int32Array(l);if(c)for(;++u<l;)A[u]=c[u]else
if(a)for(u=-1;++u<l;)A[u]=a[u];if(this._locations=new
p(h),n)for(u=0;u<n.length;u++)this._locations[u]=n[u]}else{var
A=this.buckets=a||[];if(c)for(;++u<l;)A[u]=c[u]else
for(;++u<l;)A[u]=0;this._locations=n||[]}}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,l=o%n;++c<t;)a[c]=0>l?l+n:l,l=
(l+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>>7,e+=e<<3,e^=e>>>17,e+=e<<5,
4294967295&e}var r=n(813);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||l,a=parseInt(t.k)||u,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var c;return null==e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n):_ate.uls?r(e):new
i(l,u),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(141),r=n(2),s=n(82),c=3,l=600,u=2;e.exports=d}function d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var l,u={};return e?this instanceof
d?(this.name=e,this.get=function(e){return
_ate.ich?null:u[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
u[e]||(this.get(e),this.prune()),u[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.remove(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,l=a
.d;for(r(t,function(t,r){if(a=i(t),a.m){var
c=a.m,u=a.d;c>o||c==o&&l-e>u||o-1>c||c==o-1&&(l>e||31-e>u)?s.remove(t):n.push(t)}}),n
.sort(function(e,t){return
parseInt(e)<parseInt(t)?1:-1});n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!l){var
```

120720...

```
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){u[e]||u[e]=a.get(e)}),l=1}return
r(u,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0)},t},this.generateName=function(){return n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})}):new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(57),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(i),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
_window&&_window[n]},a.addEventListener("load",function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t})})})}var
o=n(53).EventDispatcher,i=n(835),r=n(17),s=document,c=window.addthis_config||{},l=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,l,u=c.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(u){for(n=s.getElementsByTagName(
"link"),l=n.length-1;l>=0;l--)if("stylesheet"===n[l].rel&&i(n[l].href)===i(this.url))
{o=n[l];break}o||((t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
})))}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=l,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&l.push(e),t=0;t<l.length;)if(o=l[t],o&&o.test())for(l.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;l.length&&setTimeout(d,25)};var u=new
o(a);u.decorate(u).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,u=0,d=!!t,p=(d?s:"")+e,h={},A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+l+(void
0===n||null===n?"":A(n))}),e},this.get=function(){return
n.load(),h},this.load=function(){if(!a)var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(l),2===t.length&&(u++,h[f[t[0]]]=f(t[1]))})}
a=1}return
h},this.save=function(){this.load(),u?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),u++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],u--),n.save()},this.reset=function(){h={},u=0,n.save()}}var
o=n(23),i=n(2);e.exports=a;var r=window,s="__at",c="|",l="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t;return
y(e)&&(t=parseInt(e,16)),(!t||t!==e||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return C()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date(new Date).setHours(24,0,0,0)).setSeconds(-1))}function l(){return
s()?c():new Date(i()+18e5)}function u(e){if(!v||e)var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter++):w={id:r(),counter:0},v=1}}function
d(){u(),b.sck(k,A(),!1,!0,l())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return u(),0==w.counter}function g(){return
u(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
```

120720...

```
getErg,readyvisitcount.my),function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return e||a()).split("-").shift()}},function(e,t,n){var
a=n(84);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(11),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function
a(e,t){return"https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title)}
var
o=n(11),i=n(22);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.getSlackURL=a},
function(e,t,n){"use strict";var a=n(6);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(20);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){e.
exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t){var n=[],a={};e.exports=function(e,t){var
o,i=(new Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,l=Math.max(r.top,s.top),u=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=u>l&&p>d?(u-l)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e)))for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
```

120720...

```
e,t,n){var a,r,i=[],o=function(){function e(e){if(e&&1===e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+t):e&&this.element.
setAttribute("data-"+t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+t,e)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
l=i[c];r[l]=t(l)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,l=e.backgroundColor,u=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,void
0!==l?l:r(t),m=m||(s?"SVG":"PNG"),u="SVG"===m?u:null,c(t,n,a,o,l,u,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,l,u,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:l,borderWidth:u,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(60),r=n(373),s=n(622),c=n(713);e.exports=function(e){return
1===arguments.length&& instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(167),o=n(163);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank")))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},,function(e,t,n){"use strict";var
a=n(58),o=n(42);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(99);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)},function(e,t,n){"use strict";var
```

120720…

```
a=n(43),o=n(42),i=n(20),r=n(191),s=n(9),c=n(8).makeco();e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`")};var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),l=window._atc&&window._atc.rev,u=
r()||c(),d=i({url:e,uid:u,pub:s(),rev:l,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,function(e,t,n){"use strict";var
a=n(69),o=n(745),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,function(e,t){function n(e){var t,n,a,o;return
a=e.match(/^(\w+)(?:#|.|$)/),a=a?a[1]:"div",t=document.createElement(a),n=e.match(/#[
\w][\w-]*/),n&&(n=n[0].replace(/#/,""),t.setAttribute("id",n)),o=e.match(/\.[\w][\w-]
*/g),o&&(o=o.join(" ").replace(/\./g,""),t.className=o),t}var
a=document;e.exports=function o(e){var t,i,r,s,c,l,u,d,p,h;if(e){for(t in
e){i=t;break}if(r=e[i],s=n(i),r&&"object"==typeof r&&"length"in r){for(t in
r)if("undefined"==typeof r.hasOwnProperty||r.hasOwnProperty(t)){var
A=o(r[t]);s.appendChild(A)}return
s}if(l=e[i],p=["a","b","body","br","div","em","font","head","h","p","span","button","
h1","h2","h3","h4"],h=function(e){if("function"==typeof p.indexOf)return
p.indexOf(e)>-1;for(var t in p)if(e===p[t])return!0;return!1},"string"==typeof
l)s.appendChild(document.createTextNode(l));else if(l&&"object"==typeof
l&&l===l.nodeType)s.appendChild(l);else for(var c in
l)if(l.hasOwnProperty(c))if(u=l[c],"string"==typeof
u&&c.indexOf(".")<0&&(c.indexOf("#")<0||1===c.length)&&!h(c.toLowerCase()))if("html"=
==c)s.appendChild(document.createTextNode(u));else
if("style"===c&&(_ate.bro.ie6||_ate.bro.ie7||_ate.bro.msi&&"backcompat"===a.
compatMode.toLowerCase())){for(var
f,g,m,v=u.split(";"),w=-1;++w<v.length;)if(f=v[w],g=f.substring(0,f.indexOf(":")),m=f
.substring(f.indexOf(":")+1,f.length),g&&m)try{s.style[g]=m}catch(b){}}else"className
"===c||"class"===c?s.className=u:s.setAttribute(c,u);else if("children"==c)for(var A
in
u)s.appendChild(o(u[A]));else if((u||{}).test===!1)continue;d={},d[c]=u,u=o(d),s.
appendChild(u)}return s}}},function(e,t,n){"use strict";var
a=n(99);e.exports=function(e,t){var n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},,function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase()){for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g")),for(var a=0;a<v[e].length;a++){var
o=v[e][a];l(e,o)}v[e]=[]})}function l(e,t){t.appendChild(m[e].cloneNode(!0))}function
u(e){var t=i();return m[e]?t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){A.svg[e]&&A.svg[e](t)}function p(e){return
A.svg[e]|||(e="unknown"),u(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(109),A=o(h),f=n(712),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(90),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
```

Page 3610

```
svg'"+svg'";return n}function l(e){var t=h(e.code);return"svg'"+e.code+"'"] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=h(e.code);return"svg'"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n})\n}\n"}function c(e){var
t=A(e.code);return"png'"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n})\n};\n"}function l(e){return
e.filter(function(e){return e.topService})}function u(e){return
e.filter(function(e){return!e.topService})}function d(e){return
u(e).map(r).join("\n")}function p(e){return l(e).map(i).join("\n")}var
h=n(743),A=n(742),f=n(110),n(69)),g=n(744),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(111);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(63),o=n(112),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high23:e>f.med22:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=(A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function t(){for(var
e,t=!1,n=(A.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]=Math.min(b)&&(t=e),t===!1&&(t=y.pop()),delete b[t]}function
u(){var e,t={},n=[];for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&l()
,c(e)?b[e]++:b[e]="1",b[e]>=v&&u();for(var t=p(b);A.sck(w,escape(t),!l,!g)}}function
p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
20,w=(g?"":"__at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
i,update:d}},function(e,t,n){var a=n(2);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
l=i.userid,u=i.usertype;return(c[u]||"").replace("{{id}}",l)}t.__esModule=!0,t["
default"]=i;var r=n(747),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(){var
e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
default"]();var t=void
0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
documentElement.scrollTop:document.body.scrollTop,n=.15*u["default"](),a=n+t,o=
document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
default"](o,"at-expanded-menu-hidden"),
```
```
p["default"].unlisten(r,"click",s),s=null}p["default"].listen(r,"click",s),i.style.
top=a+"px",g["default"](o,"at-expanded-menu-hidden")}())}t.__esModule=!0,t["default"]=
o;var
i=n(101),r=a(i),s=n(61),c=a(s),l=n(92),u=a(l),d=n(3),p=a(d),h=n(168),A=a(h),f=n(614),
g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
n=t.once,a=void
0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
__esModule=!0,t["default"]=a;var
o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});
```

120721... i=addHints.perfMarkers;e.exports=t[ default ]}},,,function(e,t,n){var
a=n(735);"string"==typeof
a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},,,,,,,function(e,t){e
.exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><circle cx="5.936" cy="16"
r="3.544"/><circle cx="15.989" cy="16" r="3.544"/><circle cx="26.074" cy="16"
r="3.545"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.271l4.012.063a1.712 1.712 0 0
1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M28.907
32s1.156-7.656-1.594-7.844-14.564 2.53-14.564 2.53-1.712 3.69-.246
5.314h16.403zM20.313 10.68s.03-1.126.28-1.653.032-1.09-.28-1.59S18.25 5.25 17.25
6.5s-.635 1.69 0 2.156 2.782 1.426 3.063 2.025zM14
10s-.003-1.562-.423-2.125-2.2.375-2.45.875-.126 1.738.56 1.932S14.002 10 14.002
10z"/><path d="M14.938 9.156s-2.78.438-4.344 1.938c0 0-2.25-.22-2.562 1.25 0 0-2.28
1.75-.875 4.47 0 0-1.094 8.343 8 12.656 0 0 12.188 3.656 12.625-6.406C28.22 13 20.938
8.156 14.938 9.156zm3.508 2.25c.33 0 .6.373.6.834 0 .46-.27.833-.6.833-.332
0-.602-.373-.602-.833 0-.46.27-.834.602-.834zm-5.648.625c.232 0
.422.31.422.69s-.19.685-.422.685-.422-.307-.422-.686.19-.69.422-.69zm3.547
11.064c-.656.53-1.562.625-3.625.22s-4.71-4.995-3.553-4.87c.605.066 1.643.124
2.495.165-.884-.766-1.036-2.39-1.036-2.39.125-2.45 2.906-1.97 3.644-1.69s2.17 1.532
1.92 2.564c-.17.694-.86 1.3-1.848 1.635 3.142.237 7.784 1.114 7.784
1.114-3.25.156-5.125 2.718-5.78 3.25z"/><path d="M8.663
14.712c-.016-.01-1.6-.944-3.1-.944h-3.28v-.1h3.28c1.527 0 3.135.948
3.15.958l-.05.086zM8.14
15.396c-.018-.006-1.748-.623-3.854-.534l-.164.014c-1.182.1-3.16.268-4.59.25v-.1h.17c1
.41 0 3.277-.155 4.412-.25l.164-.014c1.12-.1 2.824.515 2.896.541-.034.094zM2.79
16.986l-.015-.098c.36-.05.86-.18 1.437-.328.52-.136 1.113-.29 1.748-.422 1.337-.28
2.02-.193
2.048-.188l-.014.098c-.005.002-.696-.088-2.015.188-.632.133-1.223.285-1.743.42-.58.15
-1.082.28-1.448.33zM24.086
20.342c-2.27-.422-5.046-3.03-5.073-3.057l.068-.072c.028.027 2.783 2.613 5.023
3.03l-.017.1zM27.02
19.424c-1.26-.285-2.56-1.146-3.236-2.146-.65-.963-3.623-.584-3.65-.58l-.015-.1c.124-.
017 3.06-.39 3.746.623.663.98 1.94 1.827 3.177 2.106l-.022.098zM27.936
16.826c-.814-.045-2.357-.49-3.598-.848-.62-.18-1.157-.334-1.473-.4-.914-.193-2.71.247
-2.728.252l-.023-.098c.074-.02 1.825-.452 2.772-.252.317.066.855.222 1.48.402
1.234.355 2.77.8 3.575.844l-.004.1zM23.825 12.375s2.645-.344 3.02.47.094 2.843-.97
2.937-2.976-.095-2.05-3.407z"/><ellipse cx="18.614" cy="12.01" rx=".168"
ry=".229"/><ellipse cx="12.915" cy="12.509" rx=".117" ry=".208"/><path d="M14.89
18.691-.338-.024a5.454 5.454 0 0
1-1.86.333c-.734.008-1.22-.415-1.543-.932l-.023-.006s-.562 4.062 2.25 4c.312.406
1.16.812 2.22.53 0
0-.162-2.522.078-3.776l-.784-.125z"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><g
fill-rule="evenodd"><path opacity=".4" d="M16
6h10v10H16z"/><path opacity=".2" d="M6 16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
22.757V13.67c0-.556.39-.773.855-.496l8.78 5.238c.782.467 1.95.467 2.73

```
018.63.213c-4.721-8.65-.564435.193v9.051v9.051v9.006 26.02 7
24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.514l9.61
5.733c.267.16.8.16 1.067
019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.823l.587-3.913h-4.41v-2.5c0-1.123.347-1.
903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
13.56a.432.432 0 0
0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.46l6.06 4.42-2.34
7.17c-.06.17.01.35.15.46.14.11.34.1.49 0l6.1-4.43 6.09
4.43c.07.05.16.08.24.08s.17-.03.24-.08s.15-.1.2-.29.15-.46l-2.34-7.18
6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path
opacity=".3" d="M7.03 8h17.94v17H7.03z"/><path d="M7.225 8h-.41C5.815 8 5 8.84 5
9.876v13.248C5 24.16 5.812 25 6.815 25h.962V12.714L16
19.261l8.223-6.546V25h.962C26.188 25 27 24.16 27 23.124V9.876C27 8.84 26.186 8 25.185
8h-.41L16 15.506 7.225 8z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.87l-3.188
3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M12 15v2.4h3.97c-.16 1.03-1.2 3.02-3.97
3.02-2.39 0-4.34-1.98-4.34-4.42s1.95-4.42 4.34-4.42c1.36 0 2.27.58 2.79
1.08l1.9-1.83C15.47 9.69 13.89 9 12 9c-3.87 0-7 3.13-7 7s3.13 7 7 7c4.04 0 6.72-2.84
6.72-6.84 0-.46-.05-.81-.11-1.16H12zm15 0h-2v-2h-2v2v2h-2v2h2v2h2v-2h2v-2z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M6.96
8.22h7.33c1.25 0 2.21.37 2.88 1.1s1 1.64 1 2.72c0 .91-.24 1.69-.72
2.34-.32.43-.78.77-1.4 1.02.93.27 1.61.72 2.05 1.37.44.65.66 1.46.66 2.43 0 .8-.16
1.51-.47 2.15-.31.64-.74 1.14-1.28
1.51-.34.23-.84.4-1.52.5-.9.14-1.5.21-1.79.21H6.96V8.22zm3.88 6.02h1.74c.62 0
0-.44-.12-.8-.37-1.05-.24-.25-.67-.38-1.27-.38h-1.77v2.91zm0 6.03h2.04c.69 0 1.18-.15
1.46-.43s.43-.68.43-1.17c0-.45-.14-.82-.42-1.09-.28-.28-.77-.41-1.47-.41h-2.03c-.01-.
01-.01 3.1-.01 3.1zM21.21 8.41h3.58v9.58h-3.58z"/><circle cx="23" cy="21.53"
r="2.04"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M16 5c-2.987
0-3.362.013-4.535.066-1.17.054-1.97.24-2.67.512a5.392 5.392 0 0 0-1.95 1.268 5.392
5.392 0 0-1.267 1.95c-.272.698-.458 1.498-.512 2.67C5.013 12.637 5 13.012 5 16s.013
3.362.066 4.535c.054 1.17.24 1.97.512 2.67.28.724.657 1.337 1.268 1.95a5.392 5.392 0
0 0 1.95 1.268c.698.27 1.498.457 2.67.51 1.172.054 1.547.067 4.534.067s3.362-.013
4.535-.066c1.17-.054 1.97-.24 2.67-.51a5.392 5.392 0 0 0 1.95-1.27 5.392 5.392 0 0 0
1.268-1.95c.27-.698.457-1.498.51-2.67.054-1.172.067-1.547.067-4.534s-.013-3.362-.066-
4.535c-.054-1.17-.24-1.97-.51-2.67a5.392 5.392 0 0-1.27-1.95 5.392 5.392 0 0
0-1.95-1.267c-.698-.272-1.498-.458-2.67-.512C19.363 5.013 18.988 5 16 5zm0
1.982c2.937 0 3.285.01 4.445.064 1.072.05 1.655.228 2.042.38.514.198.88.437
1.265.822.385.385.624.75.823 1.265.15.387.33.97.38 2.042.052 1.16.063 1.508.063 4.445
0 2.937-.01 3.285.064 4.445.05-.05 1.072.228-1.655.38-2.042.198-.514.437-.88.822-1.265.385
1.265-.385.385-.75.624-1.265.823-.387.15-.97.33-2.042.38-1.16.052-1.508.063-4.445.063
-2.937
0-3.285-.01-4.445-.064-1.072-.05-1.655-.228-2.042-.38-.514-.198-.88-.437-1.265-.822a3
.408 3.408 0 0
1-.823-1.265c-.15-.387-.33-.97-.38-2.042-.052-1.16-.063-1.508-.063-4.445
0-2.937.01-3.285.064-4.445.05-1.072.228-1.655.38-2.042.198-.514.437-.88.822-1.265.385
-.385.75-.624 1.265-.823.387-.15.97-.33 2.042-.38 1.16-.052 1.508-.063 4.445-.063zm0
12.685a3.667 3.667 0 1 1 0-7.334 3.667 3.667 0 0 1 0 7.334zm0-9.316a5.65 5.65 0 1 0 0
11.3 5.65 5.65 0 0 0-11.3zm7.192-.222a1.32 1.32 0 1 1-2.64 0 1.32 1.32 0 0 1 2.64
0" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path fill-rule="evenodd"
clip-rule="evenodd" d="M22.74 6.646C22.61 5 21.383 5 19.96 5c-1.802.002-4.138 0-5.94
0-1.045 0-1.553.674-1.553 1.488 0 3.104.13 5.738.13 9.334 0 2.745-1.228 2.915-3.036
2.97-2.118.065-2.292.743-1.614 2.683.656 1.875 2.488 6.62 2.488 6.62s12.582.745
12.564-7.46c-.008-3.88-.086-11.788-.258-13.99zm-5.62
```

```
19.062-2.148-.912-1.289.505-5.264v9.51-1.224-1.896-1.221-2.267v9.865-9.494-.873
4.75-4.91-.146-2.98-.196-5.714-.196-8.948 2.496-.18 7.19-.164 7.19-.164s.454
7.466.466 11.794c.01 3.884-.163 6.288-4.49
7.59z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26
25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M6.568
9.41.004-.008.004-.01c.19-.398.412-.79.658-1.162a9.52 9.52 0 0 1 .79-1.034c1.454-1.64
3.433-2.623 5.925-2.938l.712-.094.416.594 8.21 11.834.185.264.025.318.594 7.457.158
1.952-1.81-.764-7.044-2.975-.318-.14-.203-.28-8.21-11.833-.39-.56.293-.62zm2.653.127c
-.058.094-.116.196-.177.29717.596 10.95 4.92 2.077-.417-5.183L13.55
6.723c-1.56.318-2.81 1.006-3.743 2.05-.22.245-.416.5-.586.754z"/><path
fill-rule="evenodd" clip-rule="evenodd" d="M22.76 21.921.273 3.006-2.85-1.205
1.198-1.17 1.38-.63z"/><path d="M15.673 20.508c.05-.06.11-.13.17-.19.616-.694
1.25-1.407 1.387-2.621-4.734-6.826c-.426.34-.812.686-1.146 1.033a7.99 7.99 0 0-.897
1.134l5.22 7.468zm.9.47a13.05 13.05 0 0
0-.554.646l-.406.526-.39-.552-5.768-8.255-.18-.257.163-.277a8.434 8.434 0 0 1
1.2-1.585c.483-.512 1.047-1 1.678-1.461.433-.25.267.368 5.12 7.39.1.145-.013.168c-.11
1.67-.893 2.54-1.65 3.392z"/><path d="M21.232
16.64c-.086.026-.162.06-.242.09-.867.34-1.762.692-2.95.386l-4.745-6.84c.467-.285.926-
.518 1.367-.713.475-.2.938-.35 1.385-.4515.185 7.528zm.12
1.01c.27-.105.547-.213.8-.287l.642-.205-.38-.553-5.74-8.316-.174-.26-.31.05a8.414
8.414 0 0 0-1.92.574c-.644.28-1.632.928-2.286 1.36l5.607 8c1.605.478 2.7.052
3.762-.364z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
1.308.808 8.453 5.333 8.453 5.3331.2.1.1
12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
.704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
.604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
21.956v-10.97l-5.837 4.53 5.838 6.44zM5.954 21.956v-10.97l5.837 4.53-5.836
6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.548l-6.137 6.74-.806-.603
6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
4.823-.61-.8zM5.902 10.38616.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g fill-rule="evenodd"
clip-rule="evenodd"><path d="M25.473 5.512c.057.168.14.33.164.502.076.535.11
1.07-.264
1.533-.396.492-.93.627-1.525.59-.773-.047-1.502-.268-2.2-.598-1.224-.58-2.458-1.124-3
.784-1.427-1.9-.432-3.773-.354-5.568.426-1.824.79-2.852 2.712-2.582 4.68.23 1.692
1.062 3.007 2.494 3.937.63.408 1.334.52 2.062.44.564-.062 1.12-.107
1.682-.267.045-.006.092 0 .193 0-.55.332-1.096.52-1.672.63a6.55 6.55 0 0
1-2.31.01c-.647-.106-1.198-.427-1.65-.894-.976-1.014-1.66-2.195-1.907-3.592-.383-2.
145.4-3.83 2.113-5.11 1.03-.774 2.23-1.15 3.49-1.353 2.202-.356 4.267.118 6.267
1.022.908.41 1.822.807 2.748 1.17.295.117.652.195.957.15.68-.104.986-.633
1.156-1.244.053-.188.057-.39.082-.584a1.19 1.19 0 0 0 .053-.022z"/><path d="M18.307
27.072c.135-.076.252-.16.38-.213.77-.32 1.548-.612 2.31-.946.475-.207.928-.463
1.383-.713.148-.08.277-.204.402-.323.24-.236.3-.502.166-.832-.62-1.535-1.24-3.068-1.
824-4.617a12.2 12.2 0 0
1-.762-3.184c-.066-.715-.07-1.438.148-2.135.184-.585.574-1.034 1.03-1.425.583-.5
1.27-.822 1.964-1.133.684-.307 1.387-.582 2.035-.95.51-.288.983-.665
1.417-1.063.623-.573.822-1.35.863-2.173.037-.77-.084-1.525-.26-2.275-.03-.125-.047-.
254-.03-.402.042.043.093.08.122.13.492.827.818 1.702.8 2.685-.024 1.002-.468
1.818-1.118 2.545-.68.762-1.562 1.225-2.455 1.678-.735.373-1.474.744-2.18
1.166-.67.4-1.196.96-1.415 1.744-.166.596-.098 1.195.002 1.79.28 1.688.97 3.24 1.63
4.804.35.834.694 1.674.972 2.53.228.702.022 1.355-.478 1.9-.555.604-1.283.907-2.055
1.122-.934.262-1.89.357-2.857.365a.644.644 0 0
1-.123-.015c-.014-.002-.023-.018-.07-.063zM8.303 12.617c-.965 1.34-1.838 2.738-2.54
4.234-4.858-.817 1.714-.976 2.66-.31 1.862-.02 3.57 1.38 4.95.745.736 1.706 1.11
2.692 1.404 1.003.3 2.038.45 3.08.553 1.073.107 2.145.22 3.218.326.574.06 1.148.104
```

Page 3614

```
0-.01.076c-.048.018-.095.05-.142.05-1.756.052-3.512.144-5.266.134-1.19-.008-2.396-.
045-3.553-.383-1.887-.553-3.395-1.61-4.256-3.428-.606-1.278-.645-2.64-.317-3.99.52-2.
132 1.49-4.046 3.023-5.64.454-.472.988-.87 1.484-1.3021.043.05z"/><path d="M12.61
21.643c.52-.06 1.038-.146 1.56-.17a62.68 62.68 0 0 1 2.842-.053c.336.002.674.062
1.002.133.53.113.64.23.662.764a11.98 11.98 0 0 1-.588
4.354c-.068.206-.203.392-.344.57-.17-.26-.12-.522-.102-.778.09-1.057.207-2.113.266-3.
172.043-.738-.076-.86-.777-1.113-.733-.268-1.503-.348-2.276-.39-.746-.044-1.494-.07-2
.24-.103-.003-.014-.003-.028-.005-.04z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M15.934 4.64c-9.73
0-12.324 7.747-12.324 12.326 0 3.972 3.906 11.382 11.375
11.394.03.002.078.002.14.002.616 0 2.735-.084
4.866-1.15.634-.314.888-1.08.573-1.71s-1.082-.886-1.713-.57c-1.867.933-3.777.88-3.79.
881-.056-.002c-5.72 0-8.842-5.842-8.842-8.843 0-1.633.47-9.774 9.77-9.774 9.638 0
9.907 8.88 9.907 8.97 0 2.71-.634 4.74-1.743
5.57-.387.294-.7.35-.936.306V11.61c0-.702-.57-1.274-1.274-1.274-1.274-.588
0-1.078.402-1.227.945a7.285 7.285 0 0-5.237-2.218 7.32 7.32 0 0-7.312 7.313c0
4.033 3.28 7.314 7.313 7.314 2.027 0 3.86-.83 5.19-2.167v1.758l.37.376c.713.71 2.602
1.652 4.643.117 2.404-1.803 2.764-5.543 2.764-7.61
0-2.99-2.288-11.524-12.456-11.524zm-.51 16.5a4.77 4.77 0 0 1-4.762-4.764c0-2.625
2.137-4.762 4.762-4.762s4.764 2.137 4.764 4.762a4.77 4.77 0 0 1-4.764
4.763z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0 3.45-1.513
3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448 3.378s1.545 3.38
3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934 4.934 0 0 0-3.24
1.206 3.62 3.62 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596 2.596 0 0
0-2.494-1.82c-1.407 0-2.55 1.093-2.6
2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M16.5 16.15A6.15
6.15 0 0 0 22.65 10c0-3.39-2.75-6.14-6.15-6.14-3.4 0-6.15 2.75-6.15 6.14.01 3.4 2.76
6.15 6.15 6.15zm0-9.17c1.67 0 3.02 1.35 3.02 3.02s-1.35 3.02-3.02
3.02-3.02-1.35-3.02-3.02 1.35-3.02 3.02-3.02zm7.08
9.92c-.35-.7-1.31-1.28-2.58-.27-1.73 1.36-4.5 1.36-4.5 1.36s-2.77
0-4.5-1.36c-1.28-1.01-2.24-.43-2.59.27-.6 1.22.08 1.8 1.62 2.79 1.32.85 3.13 1.16 4.3
1.28l-.98.98c-1.38 1.37-2.7 2.7-3.62 3.62-.55-.55-.55 1.438 0 1.991.17.17c.55.55
1.44.55 1.99 013.62-3.622 3.62 3.62c.55.55 1.44.55 1.99 01.17-.17c.55-.55.55-1.44
0-1.991-3.62-3.62-.98-.98c1.17-.12 2.98-.43 4.27-1.28 1.55-.988 2.23-1.58
1.62-2.788z"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g><path d="M14.935
5.687a3.018 3.018 0 0 0-1.213-1.22c-.52-.288-1.22-.435-2.08-.435-.86
0-1.56.146-2.08.435-.526.29-.934.7-1.214 1.22-.272.507-.45 1.117-.53 1.816a20.362
20.362 0 0 0-.114 2.232c0 .81.04 1.562.116 2.24.08.694.257 1.303.53 1.81.28.52.69.925
1.217 1.2 1.52.27 1.217.41 2.076.41.858 0 1.557-.14 2.075-.41.528-.275.938-.68
1.218-1.2.272-.505.45-1.114.53-1.81.076-.675.115-1.428.115-2.24
0-.803-.038-1.553-.115-2.232-.08-.7-.258-1.31-.53-1.816zM10.408
7.95c.034-.47.102-.858.203-1.154.092-.268.218-.46.377-.575.16-.113.38-.17.656-.17.275
0 .496.057.655.17.16.115.286.31.376.576.1.297.17.686.203 1.154.035.49.053 1.09.053
1.785 0 .697-.018 1.3-.053 1.793-.034.474-.102.86-.202
1.152-.09.266-.218.457-.377.57-.16.114-.38.172-.655.172-.276
0-.497-.058-.656-.172-.16-.113-.285-.305-.376-.57-.1-.29-.167-.677-.2-1.152a25.972
25.972 0 0 1-.054-1.793c0-.695.017-1.295.052-1.785zM24.033 14.898l-2.56-4.688
2.204-3.014a2.22 2.22 0 0 0 .018-.234.222.222 0 0 0-.2-.124H21.25a.227.227 0 0
0-.186.097l-1.67 2.416V4.465a.227.227 0 0 0-.225-.226h-2.04a.226.226 0 0
0-.225.226v10.543c0 .125.1.225.225.225h2.04c.122 0 .224-.1.224-.225v-2.242l.46-.603
1.536 2.948c.037.074.115.12.2.12h2.43c.08 0 .154-.04.195-.108a.232.232 0 0 0 0
.005-.224z"/></g><g><path d="M15.14 16.812h-1.948c-.125
0-.226.1-.226.226v5.997l-2-16-6.072a.224.224 0 0 0-.213-.15h-2.45c-.125
0-.226.1-.226.226V27.58c0 .124.1.226.226.226h1.95a.226.226 0 0 0 0
.225-.226v-6.14612.19 6.22c.03.092.116.152.212.152h2.422a.226.226 0 0 0
.226-.226V17.038a.227.227 0 0 0-.227-.226zM24.186
20.077c-.078-.7-.25-1.31-.512-1.814a2.976 2.976 0 0
0-1.174-1.22c-.506-.29-1.184-.437-2.018-.437-.832
0-1.512.146-2.016.436-.51.29-.904.703-1.174 1.22-.264.507-.435 1.118-.51 1.815a20.882
20.882 0 0 0-.113 2.232c0 .808.037 1.56.11 2.237.077.694.25 1.303.512
```

120721... 1.807.727.522.668.929-.178 2.004-.504.272 1.18.04-.24.416-.453.389-.692-.41a2.833
... 2.833 0 0 0 1.18-1.202c.262-.505.434-1.112.512-1.81.072-.67.11-1.423.11-2.237
... 0-.805-.038-1.556-.11-2.233zm-4.887.445c.03-.467.097-.856.194-1.154.088-.27.21-.462.
... 363-.576.15-.113.36-.17.625-.17.266 0
... .475.057.625.17.154.114.277.308.365.576.098.297.162.688.195 1.154.033.49.05 1.092.05
... 1.787s-.017 1.298-.05 1.792c-.033.476-.098.863-.195
... 1.154-.088.266-.21.457-.363.57-.153.112-.364.17-.628.17-.262
... 0-.473-.058-.627-.17-.15-.113-.273-.305-.36-.57-.1-.29-.165-.68-.196-1.154a25.91
... 25.91 0 0
... 1-.054-1.793c0-.698.018-1.3.053-1.788z"/></g></svg>'},function(e,t){e.exports='<svg
... width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M7 13.252c0
... 1.81.772 4.45 2.895 5.045.074.014.178.04.252.04.49 0 .772-1.27.772-1.63
... 0-.428-1.174-1.34-1.174-3.123 0-3.705 3.028-6.33 6.947-6.33 3.37 0 5.863 1.782 5.863
... 5.058 0 2.446-1.054 7.035-4.468 7.035-1.232 0-2.286-.83-2.286-2.018 0-1.742
... 1.307-3.43 1.307-5.225 0-1.092-.67-1.977-1.916-1.977-1.692 0-2.732 1.77-2.732 3.165 0
... .774.104 1.63.476 2.336-.683 2.736-2.08 6.814-2.08 9.633 0 .87.135 1.728.224
... 2.61.134.137.207-.07c2.494-3.178 2.405-3.8 3.533-7.96.61 1.077 2.182 1.658 3.43 1.658
... 5.254 0 7.614-4.77 7.614-9.067C26 7.987 21.755 5 17.094 5 12.017 5 7 8.15 7 13.252z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.67
... 10.62h-2.86V7.49H10.82v3.12H7.95c-.5 0-.9.4-.9.9v7.66h3.77v1.31L15
... 24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
... 8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
... 0-.82-3.74-.82-3.74s-3.65.869-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
... 91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32-.72-.72zm-4.12
... 2.96h-6.1v1.06h6.1v-1.06zm-6.11
... 3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
... height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
... 1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
... 1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
... 0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
... .562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
... 0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
... 1.785-1.258 3.893-1.928 6.324-2.0111.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
... .32-.06314.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
... 1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
... 0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
... 4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
... 1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
... .942-.182 1.302-.547.36-.364.54-.802.54-1.315
... 0-.513-.18-.95-.54-1.31-.36-.364-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
... 0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
... 0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
... 1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
... 0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
... 1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
... 1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
... 1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
... 0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
... 0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M11.454 23.273a2.63 2.63 0 0 1-.796 1.932
... 2.63 2.63 0 0 1-1.93.795 2.63 2.63 0 0 1-1.933-.795A2.63 2.63 0 0 1 6
... 23.273c0-.758.265-1.402.795-1.932a2.63 2.63 0 0 1 1.932-.795c.757 0 1.4.266
... 1.93.796.532.53.797 1.175.797 1.933zm7.272 1.747a.86.86 0 0 1-.242.682.837.837 0 0
... 1-.667.298H15.9a.873.873 0 0 1-.61-.234.865.865 0 0
... 1-.285-.59c-.21-2.168-1.082-4.022-2.62-5.56-1.54-1.54-3.393-2.413-5.56-2.622a.865.865
... 0 0 1-.59-.284A.873.873 0 0 1 6
... 16.1V14.18c0-.275.1-.497.298-.668.16-.16.365-.24.61-.24h.072c1.515.122 2.964.503
... 4.346 1.142 1.382.64 2.61 1.5 3.68 2.578a12.56 12.56 0 0 1 2.576 3.68c.64 1.382 1.02
... 2.83 1.144 4.346zm7.27.028a.82.82 0 0 1-.254.668.84.84 0 0 1-.654.284h-2.03a.887.887
... 0 0 1-.633-.25.85.85 0 0 1-.277-.602 15.88 15.88 0 0
... 0-1.434-5.803c-.843-1.832-1.94-3.423-3.288-4.773-1.35-1.35-2.94-2.445-4.772-3.288a16.
... 085 16.085 0 0 0-5.802-1.45.85.85 0 0 1-.603-.276A.87.87 0 0 1 6 8.94V6.91a.84.84 0 0
... 1 .284-.654A.85.85 0 0 1 6.91 6h.042c2.48.123 4.855.69 7.122 1.705a19.91 19.91 0 0 1
... 6.043 4.176 19.913 19.913 0 0 1 4.176 6.045 19.712 19.712 0 0 1 1.704 7.123z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M17.17 14.29l1.5.7

120721... 2.234-6.651 1.536c20-.901 10-1.813c0 .816 .552 1.536 1.304 1.904c-.032 .104-.732v7.104c0
... .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0 .2.716 2.2 4.916
... 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17 1.17-1.17.642 0
... 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17 1.16-.64
... 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87 4.914 4.87
... 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g><path d="M16.31
... 7.4c.01-.01.02-.01.03-.02v-.011-.03.03zM19.32
... 6.37c-.14-.18-.36-.29-.53-.43-.15.03-.29.05-.44.08-.67.45-1.33.91-2
... 1.37.2.3.42.6.61.91 1.97 3.2 2.83 6.65 2.35 10.4-.34 2.59-1.31 4.95-2.83 7.17l2.48
... 1.59c.1-.17.17-.3.26-.42 4.32-5.7 4.37-14.95.1-20.67zM11.4
... 18.24c-.6-.03-.85.2-.99.77-.48 1.99-1 3.98-1.49 5.97-.06.22-.05.45-.08.76.95 0
... 1.82.03 2.69-.02.21-.01.52-.22.59-.41.78-2.28 1.52-4.57
... 2.33-7.05-1.13-.01-2.09.03-3.05-.02zM11.95 13.94c1.29-.03 2.28-1.09
... 2.27-2.43-.01-1.31-1.07-2.37-2.35-2.36-1.26-.0-2.34 1.11-2.34 2.39 0 1.34 1.11 2.44
... 2.42 2.4z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M19.59
... 22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
... 18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
... 5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
... 3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
... 10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
... 1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
... 0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
... 0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
... 0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
... 12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path fill-rule="evenodd"
... clip-rule="evenodd" d="M19.178 12.822s-1.186-1.812-.29-3.29 1.946-1.79
... 3.468-2.192c1.52-.402 2.438-1.812 2.617-2.527 0 0 2.104 2.527.96 6.51-1.14 3.98-4.474
... 3.982-6.286 2.148 0 0 1.203-.667 2.463-1.655 2.38-1.87 2.453-3.154 2.504-3.154.068
... 0-1.52 3.22-5.436 4.162zM14.926 4.275s2.752 1.633 3.357 7.047c0
... 0-1.355-3.822-3.357-7.047zM18.395 11.613s.96 11.545-5.438 14.723h1.188s4.422-2.64
... 5.05-7.832c.565-4.676-.8-6.89-.8-6.89z"/><path fill-rule="evenodd"
... clip-rule="evenodd" d="M19.984 17.107c.668-.27 1.31-.53 1.975-.797.306.695.487
... 1.457.57 2.238.33 3.143-.67 5.787-3.058 7.865-1.777 1.545-3.902 1.982-6.2
... 1.812-4.6-.34-7.56-4.58-7.548-8.396.012-3.302 1.35-5.888 4.113-7.653 2.195-1.4
... 4.605-1.492 7.066-.76.053.014.1.04.13.053l-.62
... 1.97c-.51-.108-1.043-.265-1.584-.327-3.765-.447-6.49 2.604-6.892 5.404-.348 2.445.297
... 4.564 2.154 6.25a5.442 5.442 0 0 0 2.707 1.336c4.17.758 7.218-1.955 7.632-5.682a6.787
... 6.787 0 0 0-.448-3.313z"/></svg>'},function(e,t){e.exports='<svg width="32"
... height="32" xmlns="http://www.w3.org/2000/svg"><path d="M26.712
... 10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
... 22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
... 2.587-.587-.372-.43-1.51-.43-2.323
... 0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
... 0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
... 1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
... 0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
... -.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
... 2.79 5.7
... 2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
... 12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
... 1.532.46713.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
... -1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M4.12 15.99c0 4.7
... 2.73 8.77 6.7 10.69L5.15 11.16c-.66 1.48-1.03 3.11-1.03
... 4.83zm19.9-.6c0-1.47-.53-2.49-.98-3.28-.6-.98-1.17-1.81-1.17-2.79 0-1.09.83-2.11
... 2-2.11.05 0 .102.01.15.01A11.852 11.852 0 0 0 16 4.11c-4.15 0-7.81 2.13-9.93
... 5.36.28.01.54.01.76.01 1.25 0 3.17-.15 3.17-.15.64-.03.72.9.07.98 0
... 0-.64.07-1.36.1114.33 12.87
... 2.6-7.8-1.85-5.07c-.64-.04-1.25-.11-1.25-.11-.64-.04-.56-1.02.08-.98 0 0 1.96.15
... 3.13.15 1.24 0 3.17-.15 3.17-.15.64-.03.72.9.07.98 0 0-.64.07-1.36.1114.3 12.77
... 1.19-3.96c.6-1.54.9-2.82.9-3.84zm-7.81 1.64l-3.57 10.36a11.967 11.967 0 0 0

120721 7.37c-.09-.09l.28-.12l.05s-.17.06m.05-.17-.74c.05z38.08.78.08 1.22 0
1.2-.23 2.56-.9 4.26l-3.63 10.49c3.53-2.06 5.91-5.89
5.91-10.27-.01-2.06-.54-4.01-1.46-5.7z"/><g><path d="M12.55 11.31s6.08 1.25.111.68
4.6.17-.52-1.85-5.07c-.3-.02-.58-.04-.81-.07-.22-.02-.36-.02-.36.02-.65-.05-.72.93-.
08.97zM9.05 11.4c.57-.04 1.03-.09 1.03-.09.64-.08.56-1.02-.07-.98 0
0-.21.02-.52.04-.23.02-.49.03-.77.05l.33.98zM22.43
25.961l3.18-9.19c.68-1.69.9-3.05.9-4.25 0-.15-.02-.28-.03-.43-.06 1.06-.3 2.25-.88
3.68l-3.63 10.49c.16-.09.3-2.46-.32zM27.85 16.48c.01-.16.03-.32.03-.48
0-.07-.53-4.01-1.45-5.7.05.36.07.75.08 1.17.79 1.5 1.26 3.2 1.34 5.01zM16.21
17.03l-3.57 10.36c.1.03.21.05.32.08l3.25-9.44 3.39 9.27c.12-.04.24-.07.35-.11a.79.79
0 0 1-.08-.16l-3.66-10zM18.92
10.33s-.21.02-.52.04c-.22.02-.49.04-.77.06l.33.98c.568-.04 1.03-.09
1.03-.09.65-.09.57-1.03-.07-.99zM4.12 15.99c0 .2.01.4.02.6.05-1.57.4-3.07
1.01-4.4315.22 14.29.45.24-5.67-15.53c-.66 1.48-1.03 3.11-1.03 4.83zM16 5.11c2.63 0
5.06.86 7.02 2.31.25-.12.53-.2.85-.2.05 0 .102.01.15.01A11.813 11.813 0 0 0 16
4.11c-4.15 0-7.81 2.13-9.93 5.36.27.01.52.01.74.01C8.99 6.82 12.29 5.11 16
5.11zM23.04 13.12c.4.7.85 1.61.94 2.83.02-.19.04-.39.04-.56
0-1.47-.53-2.49-.98-3.28-.5-.81-.95-1.52-1.1-2.3-.04.17-.07.34-.07.51.01.99.57 1.82
1.17 2.8z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.831-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.82 4.83c-.01
0-.01 0 0
0-.04.01-1.02-.16.04-.16.04-.33.07-.5.1l-.21.03c-.16.02-.32.03-.47.03H23.25c-.16
0-.32-.01-.48-.03-.1-.01-.2-.02-.3-.04-.13-.02-.26-.05-.38-.08-.07-.02-.13-.03-.2-.05
-1.29 2.32-5.66 9.42-5.89
9.83-.22-.41-4.6-7.51-5.89-9.83-.05.02-.11.03-.19.05-.13.03-.26.06-.4.08-.1.02-.22.03
-.34.04-.11.01-.22.02-.33.02h-.2c-.58 0-1.05-.08-1.46-.2.19.29.35.54.58.89.3.45.88
1.36 1.58 2.56.55.94 1.45 2.44 2.08 3.53.63 1.09 1.29 2.23 1.92 3.34.79 1.39 1.26
2.22 1.41 2.49v.85c0 1.14-.02 2.36-.06 3.46-.04 1.1-.09 4.14-.14 5.22.46-.13.94-.2
1.45-.2.06 0 .13 0 .19.01.11 0
.23.01z.34.02z.14.01z.28.03z.42.06.09.02.18.03.27.06.08.02.15.03.23.06-.05-1.08-.1-4.12
-.14-5.21-.04-1.1-.06-2.33-.06-3.47v-.85c.46-.82.94-1.65 1.41-2.49.63-1.1 1.29-2.25
1.92-3.34.63-1.09 1.53-2.6 2.08-3.53.71-1.2 1.29-2.12
1.58-2.56.22-.352.38-.602.57-.892z"/></svg>';
120722 },function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M13.73 18.974V12.57l5.945 3.212-5.944
3.192zm12.18-9.778c-.837-.908-1.775-.912-2.205-.965C20.625 8 16.007 8 16.007 8c-.01
0-4.628 0-7.708.23-.43.054-1.368.058-2.205.966-.66.692-.875 2.263-.875 2.263S5 13.303
5 15.15v1.728c0 1.845.22 3.69.22 3.69s.215 1.57.875 2.262c.837.908 1.936.88 2.426.975
1.76.175 7.482.23 7.482.15 0 .08 4.624.072 7.703-.16.43-.052 1.368-.057
2.205-.965.66-.69.875-2.262.875-2.262s.22-1.845.22-3.69v-1.73c0-1.844-.22-3.69-.22-3.
69s-.215-1.57-.875-2.262z" fill-rule="evenodd"/></svg>'},function(e,t){"use
strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\||/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2)).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,l=v(c),u={};return
y&&d.debug("op=",s,"ref="+c,"cla="+l,"cache="+k),s.rsc?(u.type="social",u.service=s.
rsc,u.click=!0,k=u,u):k&&!t?k:"undefined"==typeof
c||''"==="c?(u.type="direct",k=u,u):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof

120722...

```
o&&r.r(y&&d.debug("serviceCode",u),u.type="social",u.domain=p)!(c)!(u.type="search",
u.domain=p.getHost(c),i=m(c),u.terms=a(i)):l&g.ON_DOMAIN?(u.type="internal",u.domain=
document.location.hostname)!l&g.OFF_DOMAIN?(u.type="referred",u.domain=p.getHost(c)):
u.type="direct",k=u,u)}function r(e){return e?b:x||b||{}}function
s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
(x,function(e,t){C.add(e,t)}),C.save())}function l(e,t){var
n=t?null:C.get();y&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
referral",x)):document.referrer?(c(n),y&&d.debug("referral - use stored
state",x)):(y&&d.debug("no referral - kill cookie, then start a new
session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
u=n(145),d=n(4),p=n(7),h=n(8),A=n(2),f=n(89),g=n(51),m=n(76),v=n(125),w=n(787),b={},x
={},y=0,C=new
u("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:l}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!y||e){var
t=A.rck(w)||"";t&&(k=g(t).split(x)),y=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(e.push("0"+b+o))}}function s(){if(!C){var
e=i(v);o(),c(e),C=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5):k.push("1"+b
+e)}function l(e){o(),k.length&&A.sck(w,m(a()),0,e)}function
u(e){o(),s(),l(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>C?1:0}function h(){y=0,C=0,k=[]}var
A=n(23),f=n(74);e.exports={reset:h,update:u,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f()))?"__at":"")+"uvc",b="|",x=",",y=0,C=0
,E={high:250,med:75},k=[]},,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(25),o=n(56);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e==e||""",t=t||"&",n=n||"="=,a=e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),l=o(r(s.slice(1).join(n)));(l.indexOf(t)>-1||l.indexOf(n)>-
1)&&(l=i(l,t,n)),c&&(e[c]=l)}catch(u){}return
e},{})}},,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(111),i=a(o),r=n(111),s=n(746);e.exports=function(e,t,n,a,o,c,l,u,d,p,h,A,f,g){var
m,v,w,b,x,y=i["default"](e,f);if(!y)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:l,
```

120722...

```
height:u.height,width:u.width},borderRadius,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
=s(b,v);var C=document.createElement("span");return
C.className="at-icon-wrapper",A.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
function(e,t){"use strict";function n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
o=n(8);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={share:d["default"]("Share",91),findAService:d["default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(l["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),u=i+c,p=window.open(u+
"/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,u,s.CROSS_WINDOW_NAMESPACE),a.handshake(h,function(){a.post(l["default"
]({},e,{translations:o}))})}return a}t.__esModule=!0,t["default"]=o;var
i=n(729),r=a(i),s=n(618),c=n(20),l=a(c),u=n(59),d=a(u);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(82),l=a(c),u=n(790),d=a(u),p=n(716),h=a(p),A=n(156),f=a(A),g=18e5,m={getValue:
function(){var e=o(l["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};l["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(2),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),l["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(1),s=a(r),c=n(27),l=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||u["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,"
email"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
```

```
i=n(47),r=i(),s=n(14),a=s(),u=n(21),u=a(1);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){var
o={};switch(e){case"pinterest":case"pinterest_share":o={navigateTo:u["default"](t,n)}
;break;case"viber":o={navigateTo:p.getViberURL(t,n)};break;case"slack":o={navigateTo:
d.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),o={navigateTo:h.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),o={navigateTo:A.getEmailURL(t,n)};break;
default:o={navigateTo:c["default"](e,0,t,n)}}a.post(o)}t.__esModule=!0,t["default"]=o
;var
i=n(36),r=a(i),s=n(6),c=a(s),l=n(154),u=a(l),d=n(153),p=n(87),h=n(152),A=n(52);e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){return function a(){var o=void
0,i=void 0,s=void 0,l=void 0;if(a&&a.data){try{o=JSON.parse(a.data)}catch(d){return
void
r["default"].error(d)}if(o[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&a.source)return
void
n(a.source,o[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);i=o.code,s=o.menuShare,l=o.
menuConfig,i&&s&&l&&(u["default"](v,i)?(e.tellTargetCloseWindow(),setTimeout(function
(){A["default"](i,c["default"](!0,{},s,l,{defaultShareToNewTab:!0}))},16)):(p["
default"](i,0,s,l),"link"!==i&&g["default"](i,s,l,e)),t&&t.fire("addthis.expanded.
monitor.share"))}}t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(20),c=a(s),l=n(96),u=a(l),d=n(100),p=a(d),h=n(91),A=a(h),f=n(722),g
=a(f),m=n(108),v=["addthis","more","bkmore","compact","expanded","mailto","thefancy",
"pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e
,t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(2),c=a(s),l=!1,u={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function d(){var d=window.m;return
i(d)&&i(d.version)},mootools:function p(){var p=window.MooTools;return
i(p)&&i(p.version)},knockout:function h(){var h=window.ko;return
i(h)&&i(h.version)},jquery:function A(){var A=window.jQuery;return
i(A)&&i(A.fn)&&i(A.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)};t["default"]={start:function(){!l&&r.basicSupport()&&(l=!0)}
,getParams:function(){if(!l)return{};var e=[];return
c["default"](u,function(t,n){o(n)&&e.push(t)}),e.length?{jsfw:e}:{}}},e.exports=t["
default"]},function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(2),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(42),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e,n){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(47),s=a(r),c=n(18),l=a(c),u=n(160),d=a(u),p=n(3),h=n(33),A=a(h),f=n
(8),g=a(f),m=n(9),v=a(m),w=n(95),b=a(w),x=n(19),y=a(x),C=n(105),E=a(C),k=n(104),M=[n(
798),n(797),n(795),n(726),n(796),n(725),n(676),n(724)],R=!1,_={},z=[],B=function(e){
try{s["default"](_,e)}catch(t){}},S=function(){if(!window.addthis.firedExitEvent){
```

```
e=A["default"](g["default"].du),t=b["default"].getPCOs();i["default"](z,function(e,t)
{t(_)}),i["default"](M,function(e,t){B(t.getParams())}),t.length&&B({al:t.join(",")})
,B({ba:{E["default"].getRequestCount()>0&&1|(E["default"].getResponseCount()>0&&2)|(
y["default"].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.
ssid(),rev:window._atc.rev,pbv:v["default"],dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+l["default"](_),"")}}},D=function(e){z.push(e)},U=function(){
R||(p.listen(window,"unload",S),p.listen(window,"beforeunload",S),i["default"](M,
function(e,t){t.start()}),R=!0)};t["default"]={setup:U,update:B,addListener:D},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;e.pop().apply(null,t))}t.__esModule=!0;var
r=n(134),s=a(r),c=n(17),l=a(c),u=n(13),d=a(u),p=n(26),h=a(p),A=n(43),f=a(A),g=n(160),
m=a(g),v=n(2),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=1,this._multi={},this._lastKey=null,this.
_type=k,this._params=[],this._paramNames=[],this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(h["default"](this._url),Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t}),this},e.prototype.always=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:C,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),l=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,l));break;case
b:f["default"](this._testPasses({test:s,value:l,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
```

```
%s",this._url,r,r),n.push(this._encodePair(r,l)))break;case x.r["default"](void
0===l||this._testPasses({test:s,value:l,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,l),void
0!==l&&n.push(this._encodePair(r,l)),break;case y:f["default"](void
0===l||this._testPasses({test:s,value:l,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,l),n.push(this._encodePair(r,void
0!==l?l:"")))}}catch(u){t.push(u)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type===k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=l["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n            (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(143),l=a(c),u=n(3),d=a(u),p=n(2
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(1),x=a(b),y=n(108),C=
function(){function e(t,n,a){o(this,e);var
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!l}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners,h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(t){e(t),a._handshakeReceiver=null};this.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
```

```
h["default"](t._listeners,function(e,t){return t(o)})})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
l["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+"")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()}},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
h["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;",'"':"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(96),r=a(i),s=n(26),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
40)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
```

```
120722... iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACP7D/
     PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
     GlNUkcc1QAAAB1JREFUeNpiYIQDBjQMAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAElFTKsSuQmCC")}.at
     -branding-logo .at-branding-icon,.at-branding-logo
     .at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
     right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
     .at-privacy-icon{background-image:url("data:image/png;base64,
     iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
     WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAd0Uk5T//////
     ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJAQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
     9BVgAEXbAWI8QDcfAAAAAElFTKsSuQmCC")}.at-branding-logo
     span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
     .at-branding-powered-by{color:#666}.at-branding-logo
     .at-branding-addthis:hover{color:#333}.at-cv-with-image
     .at-branding-addthis,.at-cv-with-image
     .at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
     branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
     #666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
     ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
     0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
     branding-info:before{content:\'i\';font-family:Times New
     Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','"")]},function(e,t
     ,n){t=e.exports=n(40)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
     visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
     ellipses{to{width:1.25em}}#at-expanded-menu-host
     *{box-sizing:border-box}#at-expanded-menu-host
     .at-expanded-menu-hidden,#at-expanded-menu-host
     .at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
     :hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
     .at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
     span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
     .at-expanded-menu,#at-expanded-menu-host
     .at-expanded-menu-button-label,#at-expanded-menu-host
     .at-expanded-menu-email-disclaimer,#at-expanded-menu-host
     .at-expanded-menu-load-btn,#at-expanded-menu-host
     .at-expanded-menu-page-title,#at-expanded-menu-host
     .at-expanded-menu-page-url,#at-expanded-menu-host
     .at-expanded-menu-privacy-link,#at-expanded-menu-host
     .at-expanded-menu-search-label-content,#at-expanded-menu-host
     .at-expanded-menu-top-services-header{font-family:helvetica
     neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
     span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
     .loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
     .loading-container .loading-spinner{background:url("+n(738)+') 50% 50%
     no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
     .at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
     left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
     .at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
     .at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
     overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
     background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
     .at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
     .at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
     :16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
     0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
     100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
     endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
     .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
     .at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
     position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
     .at-branding-info.at-expanded-menu-branding{border:1px solid
     #ccc;color:#ccc}#at-expanded-menu-host
     .at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
     .at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
     radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
     0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
     .at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
     -host
```

120722…

```
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75px;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6Gxgb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHg9IjBweCIgeT0iMHB4IiB2aWV3Qm94PSIwIDAgNC
0iMCAwIDMyIDMyIiB4bWw6c3BhY2U9InByZXNlcnZlIj4NCiAgIDxwYXRoIGQ9Ik0xNS45LDE2LjJjLTAuNCw
xLj
jgzOXQ0Ljk5LjY1MSA0L0Lj5MSAxLjgzOS04Lj4NC0LLjgzOS41LjY1MSAxNC00NC00L0Lj5MSA0LLjg3NCA
xLjgz
OS02LjU5NC0xLjgz9S00LLjg5NQ0S00Lj5MSA00LLjg5MSA0NCAxLjgzOS00L0Lj5MSA0NCAxLjgzOS04LjMA
2L
jg4NC0xLjgzOX0tMC4wNT12LjY5NTYgJDA2MzA0NDQ4jMmVjMzA0NC4yOTA3QTMA0NC4y0TM
lxLTAuMjMy IDAtMC40 0MTEgMC4xNzL0LTAuMTc5IDAuNDExDExdjMuMzkxczAuMC4yMzIgMC4xMDAwMC0
0MTE gMC4xNzMyMjA0MTLxMGC.AwLjM5MSAwLjL1 MC00MTE1LjkdNTMyMC4wOLcANC0MTF5MC4z
MjEtMTEuMDg5cTAtMC4yMTQtMC4xNzktMC4zMjEtMC40xNzktMC40NTMtMC40jktMTAuMTAjktMC40NDNoLTMuuOTI5cS0wL
jI1IDAtMC40MjkgMC4xNDMtMC4xNzkgMC4xNzI2jFsMC4zMDQgMC41TAMDg2LCAg0TMA0NC4xNzkgMC
4xNzdgMC4zMTNOMC40MjkgMC4xMzMxLjgg0MDRxMC4yMDRxaIDAuNDjLjljkSA0LLjg5LjQ2jMTRC0NC4zMTB3
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
```

```
120722... 35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:'\'';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms9Imh0dHA6Ly93d3cudzM
ub3JnLzE5OTkveGxpbmsiPjxnIGlkPSJiYWNrZ3JvdW5kIj48cmVjdCBmaWxsPSJub25lIiBoZWlnaHQ9IjMyI
iB3aWR0aD0iMzIiLz48L2c+PGcgaWQ9ImFudCI+PHBhdGggZD0iTTE5LjQyNzEsMjQuMjMyLDE4LjgzNjY1M
jIsMjMjMgMTQuNSwyMyBDODU44MDU1NzkzOSwyMyAyLDE5LjE5NDYyMCwyMyAyLDLkuODA1NTc5LDIzLmOS
44MDU1NzkzOSw2IDE0LjUsNiBDMTkuMTk0NDIwLDYgMjMsOS44MDU1Nzc5LDMzLjQwLU5LMTQuNzUmODMM
2NjIyMiAyMiA4MTUyLjQ0MTkyMjAsMTQuOTk0Nzg5LjQxMjYzMTkyLjQ0OTM1MTc5LC5LOTUmODM
LjAxMTkxMjYyMmTQ4MDU5OTA1Ni5LMjUmODMM2NjIyMiA4MTQ2NzVhOS40MDgyMDVh
SwyNi45ODgyODE1Nzc5Ni45MDgyMDE1LDI3LjAxTTcuNDU5MC4yMmNMmjJ2NDNzaS5nTU2MTM1aMiAyNDS41Nl
c2MjA0LDI5LjA1LU5ZyMyQQMDMjUmMjDExOTk0NTR5Njc1MjE1ILjMCmjY2NjMmMjcTIEwyS4ExNjQgTDE
5LjQyNzExODIzMDE1MTE5MjLjQUXDIDLjJxQ0Mjg2NicuMDExNTExSVFFFFFFDMF0RDBmMTBuZDMmMjDMmT
c2MjQ0LDEzLjU1NzLjUyMDMmMjDExOTk0NTR5Njc1NjFCbUTExSVFBSENTMMMTAxODMmMjDExSVFBSENTMMTA
MTQuNSBDMjEsMTAuOTEw0TAyOS4yMyw5OS4yMjDxDNDExSVFBSENTMMTEwOS41MCw5My4yMjDxT
Dg5IDgsMTQuNSBDODOCwxOC4w0Dk4NTExIDEwLjMxxMDE0MDksMjEgMTQuNTMMTQuNSwyMSBDMTQuNTMTQuNy
VhcmNoiI8+PC9nPjwvZz48L3N2Zz48L2Zz2Z24=);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:'\'';display:block;margin-left:75pt;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
```

Page 3627

120722...

```
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxp
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi4yODZxMy43MzIgMCA2LjgNCA
xLjgzOXQ0Lj5MSA0Lj5MSAxLjgzOS00Lj5MjA3OA2Lj5MSA0NC00LjgzOS04Lj5MSA0NC00Ljgj
OS02Lj5MQ0xLjgzOXpNMTYgMjUuNTU0di0zLjM5M3EwLTMwLj5MOMnQtMC4zOTMtMC4xMjItMy40MjgtMC
1xLTAuMjMyIDAtMC40OTMgMC4xNzl0LTAuMTc5IDAuNDQzdjMuMzkzcTAgMC4yMjIgMC4xNzkgMC40MTF0
0MTEgMC44MjR0MC4xMjMgMC4yNDN0MC40NTVxMCAwLj5MMjEw0jl3LjE3MCAwLjMzMC04NTRxMCAwLj5MMjA2
MjEtMTEuMjEwMDg5cTAtMC4yMTQtMC4xNzktMC40MzJ0LTAuNDAxLTAuMTc5cTAuMjR0MC40NDNtMC40z
MjEzIDAtMC44NDk9LTAuMTc5cTAtMC4yMTQgMC40MzJtMC40MDEtMC4xNzlxMGy0MDAgMC4xNzkgMC4xzg
4xNzkgMC4xMDFPMjAyIDIxLjUzNOwwLjIxMy00LjE4IDAuMTGxpJ48L3
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
```

120722...

```
p{color:#ececec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-email-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
```

120722…  host .at-expanded-menu-bd,#at-expanded-menu-email
…  #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
…  #at-expanded-menu-email-form,#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email
…  #at-expanded-menu-title,#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email
…  .at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email
…  .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
…  .at-expanded-menu.at-expanded-menu-email
…  #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
…  .at-expanded-menu-ft,#at-expanded-menu-host
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu-page-url,#at-expanded-menu-host
…  .at-expanded-menu-search,#at-expanded-menu-host
…  .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
…  menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
…  menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header
…  li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
…  .at-copy-link-share{width:420px}@media screen and
…  (max-width:449px){#at-expanded-menu-host
…  #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
…  .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
…  .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
…  host .at-expanded-menu-ft,#at-expanded-menu-host
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu-page-url,#at-expanded-menu-host
…  .at-expanded-menu-search,#at-expanded-menu-host
…  .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
…  menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
…  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header
…  li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
…  at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
…  (max-width:369px){#at-expanded-menu-host
…  .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
…  host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
…  .at-expanded-menu-ft,#at-expanded-menu-host
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu-page-url,#at-expanded-menu-host
…  .at-expanded-menu-search,#at-expanded-menu-host
…  .at-expanded-menu-title{width:300px}#at-expanded-menu-host
…  .at-expanded-menu-service-list,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
…  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header
…  li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
…  .at-copy-link-share{width:20pc}}@media screen and
…  (max-width:879px){#at-expanded-menu-host
…  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
…  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
…  top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
…  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
…  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
…  top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
…  screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host

120722… | .at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
… | .at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
… | (max-height:800px) and (min-width:480px){#at-expanded-menu-host
… | .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
… | (max-height:800px){#at-expanded-menu-host
… | .at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
… | margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
… | .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
… | .at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
… | menu-host
… | .at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
… | position:relative;top:-4px}#at-expanded-menu-host
… | .at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
… | expanded-menu-host
… | .at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
… | .at-expanded-menu-search-label:after,#at-expanded-menu-host
… | .at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
… | .at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
… | .at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
… | .at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
… | .at-expanded-menu-service-list.border-before{border:before{padding-bottom:30px}#at-expanded-
… | menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
… | screen and (max-height:550px){#at-expanded-menu-host
… | #at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
… | .at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
… | .at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
… | #at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
… | mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
… | #at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
… | position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
… | mobile
… | .at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
… | top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
… | .at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
… | menu-mobile
… | .at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
… | -container.at-expanded-menu-mobile
… | .at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
… | y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
… | at-expanded-menu-mobile
… | .at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
… | transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
… | #at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
… | mobile .at-expanded-menu-copy-link
… | #at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
… | .at-expanded-menu-email
… | #at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
… | menu-container.at-expanded-menu-mobile
… | .at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
… | menu-container.at-expanded-menu-mobile .at-expanded-menu-email
… | #at-expanded-menu-title{margin:0
… | auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
… | #at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
… | expanded-menu-mobile .at-expanded-menu-copy-link
… | .at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
… | .at-expanded-menu-copy-link
… | .at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
… | mobile
… | .at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
… | container.at-expanded-menu-mobile
… | .at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
… | expanded-menu-mobile
… | .at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
… | expanded-menu-container.at-expanded-menu-mobile
… | .at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
… | expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
… | .at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
… | mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label

```
120722 .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
       expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
       18px}#at-expanded-menu-container.at-expanded-menu-mobile
       #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
       scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-expanded-menu-round
       .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
       menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
       auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
       #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
       mobile
       #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
       expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
       auto}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
       expanded-menu-container.at-expanded-menu-mobile
       #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
       mobile #at-expanded-menu-email-sent
       .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
       -menu-mobile
       .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
       -expanded-menu-mobile
       .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
       expanded-menu-mobile .at-copy-link-share{margin:0
       10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-copy-link-share-button{margin-top:25px;padding:10px
       25px}#at-expanded-menu-container.at-expanded-menu-mobile
       .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
       mobile .at-expanded-menu-fade{height:50px}','""});
120723 },function(e,t,n){t=e.exports=n(40)(),t.push([e.id,".at-icon{fill:#fff;border:0}.at-
       icon-wrapper{display:inline-block;overflow:hidden}a
       .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
       .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
       .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
       .at-icon{width:2pc;height:2pc}.addthis_24x24_style
       .at-icon{width:24px;height:24px}.addthis_20x20_style
       .at-icon{width:20px;height:20px}.addthis_16x16_style
       .at-icon{width:1pc;height:1pc}","")]},function(e,t,n){t=e.exports=n(40)(),t.push([e.
       id,'#at16lb{display:none;position:absolute;top:0;left:0;width:100%;height:100%;z-
       index:1001;background-color:#000;opacity:.001}#at16pc,#at16pi,#at16pib,#at_complete,#
       at_email,#at_error,#at_share,#at_success{position:static!important}.at15dn{display:
       none}.at15a{border:0;height:0;margin:0;padding:0;width:230px}.atnt{text-align:center!
       important;padding:6px 0 0!important;height:24px!important}.atnt
       a{text-decoration:none;color:#36b}.atnt
       a:hover{text-decoration:underline}#at15s,#at16nms,#at16p,#at16p form input,#at16p
       label,#at16p textarea,#at16recap,#at16saas,#at_msg,#at_share
       .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
       9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
       #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
       width:250px!important}#at15s{background:url(data:image/png;base64,
       iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
       9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
       IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
       visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
       span{outline:0;direction:ltr;text-transform:none}#at15s
       .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
       .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
       .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
       repeat;background-position:top
       left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
       .at4-icon,.addthis_16x16_white_style .at4-icon,.addthis_default_style
       .at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
       1pc!important}.addthis_32x32_style .at4-icon,.addthis_32x32_white_style
       .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
       important}.addthis_24x24_style .at4-icon,.addthis_24x24_white_style
       .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
       important}.addthis_20x20_style .at4-icon,.addthis_20x20_white_style
       .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
```

```
120723…  important}.at4-icon.circular,.circular
  …  .at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
  …  .at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
  …  .at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
  …  size:1pc;width:1pc;height:1pc;background-position:top
  …  left;display:inline-block;line-height:1pc}.addthis_vertical_style
  …  .at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
  …  .at4-icon{margin-right:5px}html>body
  …  #at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
  …  ;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
  …  #fff;border:1px solid
  …  #fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
  …  default;border-bottom:1px solid
  …  #e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
  …  #a9d582!important}.at15s_head_success a,.at15s_head_success
  …  span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
  …  position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
  …  #at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
  …  .atiemode2 a#at15sptx,.at15sie6
  …  a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
  …  right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
  …  .at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
  …  at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
  …  .at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
  …  5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
  …  at_hover .at_item{width:7pc!important;padding:2px
  …  3px!important;margin:1px;text-decoration:none!important}#at_hover
  …  .at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
  …  .at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
  …  .at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
  …  .at_item:hover,#at_share .at_item.athov,#at_share
  …  .at_item:hover{background:#f2f2f2!important;border:1px solid
  …  #e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
  …  .at_item:focus{background:#fff!important;border:1px solid #fff}* html #at_hover
  …  .at_item{border:1px solid #fff}* html #at_hover .at_item.athov{border:1px solid
  …  #e5e5e5!important;margin:1px!important}#at_email15{padding-top:5px}.at15e_row{height:
  …  28px}.at15e_row label,.at15e_row
  …  span{padding-left:10px!important;display:block!important;width:60px!important;float:
  …  left!important}.at15e_row input,.at15e_row
  …  textarea{display:block!important;width:150px!important;float:left!important;
  …  background:#fff!important;border:1px solid
  …  #ccc!important;color:#333!important;font-size:11px!important;font-weight:400!
  …  important;padding:0!important}#at_email input,#at_email label,#at_email
  …  textarea{font-size:11px!important}#at_email #at16meo{margin:15px 0 0 2px}#at16meo
  …  span{float:left;margin-right:5px;padding-top:4px}#at16meo
  …  a{float:left;margin:0}#at_sending{top:130px;left:110px;position:absolute;text-align:
  …  center}#at_sending
  …  img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
  …  important;padding-left:20px!important;background-position:0
  …  0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
  …  a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
  …  a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
  …  :200px}.addthis_toolbox.addthis_close_style
  …  .addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
  …  addthis_close_style
  …  .addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
  …  addthis_close_style
  …  .addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
  …  .fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
  …  iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
  …  a.addthis_button_counter,.addthis_toolbox
  …  a.addthis_button_facebook_like,.addthis_toolbox
  …  a.addthis_button_facebook_send,.addthis_toolbox
  …  a.addthis_button_facebook_share,.addthis_toolbox
  …  a.addthis_button_foursquare,.addthis_toolbox
  …  a.addthis_button_google_plusone,.addthis_toolbox
  …  a.addthis_button_linkedin_counter,.addthis_toolbox
  …  a.addthis_button_pinterest_pinit,.addthis_toolbox
```

Page 3633

```
... a.addthis_button_stumbleupon_badge,.addthis_toolbox
... a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
... .google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
... span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
... span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
... addthis_vertical_style
... a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
... a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
... .at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
... span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
... span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
... .addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
... a{float:left}.addthis_toolbox.addthis_pill_combo_style
... a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
... .addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
... .addthis_separator{margin:0
... 5px;display:inline}div.atclear{clear:both}.addthis_default_style
... .addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
... .at300b,.addthis_default_style .at300bo,.addthis_default_style
... .at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
... img{border:0}a.at300b .at4-icon,a.at300m
... .at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
... .at300bo,.addthis_default_style .at300m{padding:0
... 2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
... at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
... addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
... {opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
... alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
... .at300bs,.addthis_20x20_style .dummy
... .at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
... line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
... .at300bs,.addthis_32x32_style .dummy
... .at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
... height:2pc!important}.at300bs{background-position:0
... 0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
... !important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
... left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
... at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
... div{width:102px!important;height:26px!important;line-height:26px!important;float:left
... !important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
... a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
... .fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
... no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
... .fbtn.bloglines{background-position:0
... 0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
... 8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
... .fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
... .fbtn.technorati{background-position:0 -71px!important}#at_feed
... .fbtn.netvibes{background-position:0 -88px!important}#at_feed
... .fbtn.pageflakes{background-position:0 -141px!important}#at_feed
... .fbtn.feedreader{background-position:0 -172px!important}#at_feed
... .fbtn.newsisfree{background-position:0 -207px!important}#at_feed
... .fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
... .fbtn.winlive{background-position:0
... -105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
... important}#at_feed .fbtn.mymsn{background-position:0
... -158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
... important}#at_feed .fbtn.aol{background-position:0
... -189px;width:92px;height:18px!important;line-height:18px!important}.
... addthis_default_style .at15t_compact,.addthis_default_style
... .at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
... bold,verdana,arial,sans-serif}#at_share
... .at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
... #fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
... 1px solid
... #ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
... margin:0
... auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
```

visible}#at16pccimg{height:100%}* html
#at16pcc{position:absolute}#at16abifc{overflow:hidden;margin:0;top:10px;left:10px;
height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBQZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001}#at16p,#atie6cmifh,#atie6ifh{
position:absolute;top:50%;left:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#atie6ifh{width:322px;height:381px;margin-left
:-165px}#atie6cmifh,#atie6ifh{padding:0;z-index:100001}#atie6cmifh{width:15pc;height:
225px;margin:0}#at_share{margin:0;padding:0}#at16ps{overflow-y:scroll;height:19pc;
padding:5px}a#at16pit{position:absolute;top:37px;right:10px;display:block;background:
url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP//////
wAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16p form label
span{font-weight:400;color:#4c4c4c;display:inline}#at_email form
.abif{width:17pc!important}#at_email
textarea{height:55px!important;word-wrap:break-word}* html #at_email
textarea,:first-child+html #at_email textarea{height:42px!important}#at_email
label{width:220px}#at_email input,#at_email textarea{background:#fff;border:1px solid
#bbb;width:17pc!important;margin:0;margin-bottom:8px;font-weight:400;padding:3px!
important;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:11px;line-
height:1.4em;color:#333}#at_email form .atfxmode2{width:279px!important}#at16pc form
.at_ent{color:#333!important}#at16pc textarea{height:3pc}#at16pc form
input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at_email
#ateml{text-align:right;font-size:10px;color:#999}#at16pc{height:343px!important;font
-size:11px;text-align:left;color:#4c4c4c}#at_email{padding:5px 10px}#at16pc
.tmsg{padding:4px 2px;text-align:right}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19jY2IODg+bm5paWlln15eeLi4oyMjZKXmpqdXVldvb28/Pz//////
wAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqbuOu+
cCzPdG3feK7vJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTL1MEQYG7jJa/b7/
h82gEfVfSAgYKDhGcVQ0oSLbhAEAEYLhZhZGSShUN00Nyw+
h82gEfVfSAgYKDhGcVQ0oSLbhAEAEYLhZhZGSZSpU8/QyGZ5sNAA0GnA2QlaOkpaZHASVSGSQYYCEgIABOntLW2eAU
mSxASShIHt8HCw1snSwAGSwGSq3Ez3M3SyhLBw9KD8DP2Nm30UoKrrAACrj5KMWVcYmcCgeAAcR5fHygT+
rSQvtAA8A7A/7Uzo/dVVO5MIUVa/
gAgTZkmFYYUy50T9KxUUO45EhP8E8CMiRTEXX2jvzUUq8KGiQt3E1CDSPE2J9EME+ZHZfBEZZ7ESHEsEUEyVOEIBeL0
59AgwodSrSSpU10fofA2QA7QJ) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc

Page 3635

120723…

```
#at_success{background:#dbfbda;border-bottom:1px solid #a8db87;padding:8px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}#at_s_msg{margin-bottom:10px}.
atabout{left:55px}.ac-about{right:20px}.at_baa{display:block;overflow:hidden;outline:
0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp
label{font-size:11px!important}#at16ppc{padding:10px;width:179px}#at16pph{padding:5px
0 10px}#at16pph select{margin:5px 0 8px}#at16pp
.atinp{width:156px}#at16ppb{background:#fff;border:1px solid
#ccc;height:274px}#at16ep{height:1pc;padding:8px}#at16ep
a{display:block;height:1pc;line-height:1pc;padding-left:22px;margin-bottom:8px;font-
size:9pt}#at16ep
a.at_gmail{background:url(data:image/gif;base64,R0lGODlhEAAQALMPAPKqo95TU+NkY/TCwP74+
PbX1/zo59wtJ/nx7uZ7fvnRzfCTgvq2td9DQf//////yH5BAEAAA8ALAAAAAAQABAAAARi8MlJq700hMS6/
4vWNIdQOERKOMgyvqSgOLRjJAe8CUcw0ApeYyF4DQpCwCDQCyCKo59BGDtNjbRBIvazQRtSxgCwGDAMrO/
AcK7ZztcRoOl+B43oOs0Qb8w/gAxFGISFFREAOw==) no-repeat left}#at16ep
a.at_hotmail{background:url(data:image/gif;base64,R0lGODlhEAAQAMQfAP7XFG7B4/zjl/
JZIAm7TK7V7v3FY/aLRGDNhNoRepo4CeOpNhAUFeuzDEMiRepK/S+
jQvOfw9funZg2EzEWv3zil0heg0zDCbESHx9PpxY6TvJ3QpPJtQf7+/v///////
yH5BAEAAB8ALAAAAAAQABAAAAWO4CeOpNhAUFeuzDEMiRepK/S+
XDBVjzd6kAWHc3tMjpVZhyE8cByvDsViOQYehsPCSeR8IpQpFZMwGCQHl/
dToAQoionGLEHDRJ5CoHJRkM92ED8FCgQEGHNoDgsCJB4XhgpzZwsAjSQZFxcIGgCengwlHRsIpQKfAg0rHQi
GEacGqisfDZsdtzSzHz4rIQA7) no-repeat left}#at16ep
a.at_yahoo{background:url(data:image/gif;base64,R0lGODlhEAAQAKIHAPylpevx8bsICNJfX/
jQOKahof8AAP////yH5BAEAAAcALAAAAAAQABAAAANJeLrc/
jAuAmolcQhjhBiBBRDDAChAVxzE5g3csKRGQQpFqDL0fsCCQCOFUwR8vI7wECgtjQDg6CfA8DxYmWbVCHi/
TK9kTC4zEgA7) no-repeat left}#at16ppf
p@atsb{padding-top:20px;font-size:10px}#at16abr{margin-top:10px}#at16abr
input{padding:0;margin:0;margin-right:5px}#at16ppso{display:none;text-align:right;
margin-top:2px}#at16ppa{background:#fff;border:1px solid
#ccc;height:228px;width:178px;overflow:auto}#at16ppa
a{display:block;white-space:nowrap;padding:4px
8px;font-size:9pt!important}#at16eatdr{position:absolute;background:#fff;border-top:0
;max-height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}* html
#at_email #at16eatdr,:first-child+html #at_email
#at16eatdr{top:115px!important;width:17pc!important}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:2px;float:left}.addthis_textshare{display:block;
background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAEgAAABACAYAAAAYXJRJMAAAAGXRFWHRTb22d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAABmNJREFUeNrsmk9oI3UUx99vJ5L7TbukLbxYvelINa8Ba8i6F48ubAHV2+
KWCoqyF4WpZZ6cuthqg1eKe1oU9+CCoLjg+uciCEWQPSjuReyy77qW7W7LNJM0kM5nxnxvV9+U5NJNk/
xCm8wmMwme06r76P9xUo6CCF9tga8wBU7k 2WI 4XM 6ohdEnhEHk/CWw/
eD5fX1wYZDQAkinSCasCzvYdcAwsZgWLR6H78ttgRxDOdl1+AbuTAxnQrZiQsC0+5tAAkomqgmGGCi/
0C5EuYk5heWMMSj06DFU9B8XfwBgAyAqRXaM-3u63e1XF2goutuw xm86fn5ua+
plPoLhNw1NnZ22ZPZbPai67pgWRbQMUjjGGINYJMKPZOszxC1Pp4tn2t2apjC+
K5TKYpgm2DbaXCKCkKZpeEBIvtd7ngONuNnAs4qlv0U0CpKXtTn7a2jC1+
JuDBBoeMsobcMMAxKSliQqeZJEHmSIofCK8hNhgmWyMb5SFABSOPcOFqtXPK/
/p8O6LzOAylgKnVAEo4WxXruKdW9GBISNNPCz9+jv8uFUdZEAchgcIZAC98+
wjMK644Nz8B9ffBxxG6g9ModEhHk/CWw/
eD5fX1wYZDQAkinSCasCzvYdcAwsZgWLR6H78ttgRxDOdl1+AbuTAxnQrZiQsC0+5tAAkomqgmGGCi/
0C5EuYk5heWMMSj06DFU9B8fKXwBgARHRe2qr4JJTm0ADyprj2gMocgJPIQnUkhhmlAMPBGGEaLmRkBDB18r2LJ
HSwb/kkEFlNBAdgPIMTfqbBOiL7wCypPP1apYMg0RPIzNvs+
hFK6uAlz8hC9KZMYcKkBBAk1KEpjwTtGGKeF3oWT2ApUkEvl8Ct2qBZou5gLQoeIPzRDAty5colqHz/
```

Page 3636

120723... FQerdhmobkxBhU8/Amr9ke9pTJ3kaU+

GhAoTrj84ppqje3gC6eD8WZBfP8887uIajFXEGZzXLkRpzYADRfkjHANIwv1yH9gZ49FDfY63+
DI4eraVWIopwYgAp/NtmUmMODCAZy+EqfyyVxS66KKhWofLN55yXnsK0ymI9SscgMn4Ecuvrw7EN0s2b3/
tpFT48/hSMJBKw1ypo0Vrhjmtyn3SEpUJ+YxPOXPhhODbS0DPox9D/CJepDfYw+
g0l5NDeQkAhoMMBRCV3LcSxZ2uCCQfkikXEEnopZMMZLAkmLrXGfE8anR5lUPNyH/rRgML5E/08+m/oW+
iGJsBQ53dL/OM6ekr0SL3YpGYicl9Cf6zLz/
6LfgH9NjRu9B54C0hwKAgwtwQT27tYiqARET1j6Gl0vUeAFDE2PVZ5Df0Jyc/
dRD8nLr7spcAhAqLNKwN9W3zHHfoeVndH6aIT4sJjPYwgSum4uBGUyrPo0xJwzorovi3utNWDCDJF5OwKYA6j
TS5W22tl4uK9Z2W9agEUcQOOoE+gT6K/2QYSwfkI/Kv/x+
pb4AdVDTjNHjGl7Y5OxfosUxM2IiDpHETTVBlI9nBvo/6Hv0N3F6+7LVkHfG0W3dkesuoJIM+cG+
mdikmgFZ7PfcPgN9Uvm0iKSJkQkTYqaUw8n3284vgJqAYkAjYsamBNR5BucrveDepFuyhhLNxDF0RCpnxdTrm
9wfI+gfSIpJloAJnqdkp9w7hlAdZAUkV7etOv4CQfqGkF+cSsrKyfS6TQXcQZNCkOBQiJOwzBOz8zMNIs45+
fnT46OjnIRJ0nwgijipGd6dMzlcqeQR6OIs1gsLpZKJf48nVQZw/BMq6v1j6pyAaeu6/
S4qlnEub29PeVpo4MGxzNPbIGAmkWcGEEQNPF4y0VZ7YFno4iTtNEhoAZAjSLOEFAToEYRJxXoToCePurCG8c
fh2QsCc4uNsDm/
iLO3YIB569eg192tEEG1CjipAjq1Pu8Pv0QjDEHnI32Is5YPAmvTqTgymZuYHuiprUYRVAnQHHLlBdx4oxAYw
YKkE0iTlVOxGm7MFyAZFLMIRGnJifipFSjMYcGkIym2SFlvSYr4hxcQPvuB8kA4utqJifipFo0qELyfQFJaZo
VrSsR51DppGV+
jOP1SZIizqECFIo4OwCSsVDE2cFCEWdo9RaKOGUsBBQCOhxAoYiz0dYgFHG2tFDE2cZCEWerdTiEIs6OgEIRp
0QENYs468I+FHHeJeIEIV7wY3lzYBGn+EE9N9Wn2cK7W5Y4ErRrAtRkCzh7Urx+
wfETUCtIf9UBOus3HOhRET5IurUVcfYbTtf7QT2wes00QBsRpx9w7oU1ujuS9hVx+
gWHX1jQpHbd2v8CDAAwldUwLVojIgAAAABJRU5ErkJggg==) no-repeat 0
0;width:44px;height:37px;line-height:28px;padding:0 0 0
28px;margin:0;text-decoration:none;font-family:helvetica,arial,sans-serif;font-size:
9pt;color:#fff;cursor:pointer}.addthis_textshare:hover{background-position:0
-37px;text-decoration:none}.at_img_share{position:absolute;opacity:0;background:url(
data:image/gif;base64,R0lGODlhFwAVAMQAAP7/+vLy8vv7/+/X19j9j4+Pz8/PHx8f39/dVw8O/v7/
T09Pn5+fP24/r6+vb29394/394Err+vb29394+/
f4KCglJSUnt7e3h4eAAAAAAAAAAAAAAAAAAA5BAAAAAAAALAAAAAAAXABUAAAX/
MFvMdG3fs6HrfD0/Pl7ME0p1OTd3WA39wKBOKeM1S4+
IUCAAQDcngCUgMquAAAANSUh1EUgAAANSUh1EUgAAABl6AAABl6AAABl6AAABl6AAY/
f4KCglJSUnt7e3h4eAAAAAAAAAAAAAAAAAAA5BAXAAAAAAAXABMEbslIJzB67d+3QDAWAAAAXAKNKInUiBgAFGFVJ
IUCAAQDcngCUgMqwAAABqRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.addthis_overlay_container{position:
absolute}.addthis_overlay_toolbox{-webkit-border-top-left-radius:10px;-webkit-border-
top-right-radius:10px;-moz-border-radius-topleft:10px;-moz-border-radius-topright:
10px;border-top-left-radius:10px;border-top-right-radius:10px;padding:5px;background-
color:#000;background-color:rgba(0,0,0,.6)}.linkServiceDiv{height:200px;width:25pc;
border:1px solid
#000;background-color:#aaa}.at_redloading{background:url(data:image/gif;base64,
R0lGODlhCgAKAJEDAMzMzP9mzVr8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgZJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRtJYAAAh+
QQFAAADACwAAAEAAAwAIAAACChxgOBPBvpYQVxrYXAI3CCXEEQAAwAsAAAEAAYAAgoEhmPJHGGgEGwWACH5BA
UAAAMALAEAAAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwEAAAQBAGAAACDJwncqi7EQYAAA0oAp6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmxoxvQAYchQAOw==);height:1pc;width:1pc;background-repeat:

120723

```
no-repeat;margin:0
auto).at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.atPinBox{position:fixed;top:25%;left:35%;background:#fff;
width:482px;margin:0
auto;overflow:auto;overflow-x:hidden;overflow:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);border-radius:8px;-webkit-border-radius:8px;-
moz-border-radius:8px;padding:8px;font-family:arial,helvetica,tahoma,verdana,sans-
serif;font-size:9pt;color:#cfcaca;z-index:10000001}.atPinHdr,.atPinWinHdr{display:
block;background:#f1f1f1;border-bottom:1px solid #ccc;box-shadow:0 0 3px
rgba(0,0,0,.1);-webkit-box-shadow:0 0 3px rgba(0,0,0,.1);-moz-box-shadow:0 0 3px
rgba(0,0,0,.1);padding:8px 10px;font-size:1pc;line-height:1pc;color:#8c7e7e}.atPinHdr
img,.atPinWinHdr img{vertical-align:bottom;margin-left:5px;cursor:pointer}.atPinHdr
span{vertical-align:top}.atPinHdr{height:1pc}.atPinMn{background:#fff;padding:10px;
height:296px;overflow:auto;overflow-x:hidden;text-align:center;position:relative}.
atPinHdrMsg{left:20px}.atPinClose{width:9pt;text-align:right;font-weight:700;position
:absolute;right:15px;cursor:pointer}.atImgSpanOuter{position:relative;overflow:hidden
;height:200px;width:200px;border:1px solid
#a0a0a0;float:left;display:block;margin:10px;background-color:#fff}.atImgSpanInner
img{cursor:pointer}.atImgSpanSize{position:absolute;bottom:0;left:0;right:0;display:
block;background:#fff;height:22px;line-height:24px;color:#000;overflow:hidden;font-
size:10px;zoom:1;filter:alpha(opacity=70);opacity:.7}.atImgActBtn{display:none;width:
2pc;height:2pc;position:absolute;top:75px;left:5pc;background-color:#fff}.atPinWin{
font-family:arial,helvetica,tahoma,verdana,sans-serif;text-align:center}.atPinWinHdr{
display:block;font-size:20px;height:20px;width:100%;position:fixed;z-index:1}.
atPinWinMn{text-align:center;padding:40px 0
0;display:inline-block}.atImgIco,.atImgMsg{float:left}.atImgIco{margin-right:5px}.
atNoImg{display:block;margin-top:40px;font-size:1pc;line-height:1pc;color:#8c7e7e}.
at_PinItButton{display:block;width:40px;height:20px;padding:0;margin:0;background-
image:url(//s7.addthis.com/static/t00/pinit00.png);background-repeat:no-repeat}.
at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget
span{vertical-align:baseline!important}.at3PinWinMn{text-align:center;padding:20px 0
0
20px;overflow:auto;height:437px}.at3ImgSpanOuter{position:relative;width:185px;height
:185px;border:1px solid #dedede;margin:0 10px 10px
0;overflow:hidden;float:left}.at3ImgSpanOuter:hover{border-color:#3dadfc;box-shadow:0
0 3px #3dadfc;cursor:pointer}.at3ImgSpanOuter
.atImgLB{display:block;position:absolute;top:0;bottom:0;left:0;right:0;z-index:1;
background-color:rgba(0,0,0,.8);background-repeat:no-repeat;background-position:
center
center}#at3lb{position:fixed;top:0;right:0;left:0;bottom:0;z-index:16777270;display:
none}.at3lblight{background-image:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpizCuu/
sRABGBiIBKMKqSOQOAAAwC8KgJipENhxwwAAAABJRU5ErkJggg==);background:hsla(217,6%,46%,.65)}
.at3lbdark{background-image:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBm2M9ABGiBiIBKMKqSO
QoAAAwBAlwDTJEe1aAAAAABJRU5ErkJggg==);background:rgba(0,0,0,.5)}.at3lbnone{background
:hsla(0,0%,100%,0)}#at3win{position:fixed;_position:absolute;top:15%;left:50%;margin-
left:-20px;background:#fff;border:1px solid #d2d2d1;width:40pc;box-shadow:0 0 8px 4px
rgba(0,0,0,.25);font-family:helvetica
neue,helvetica,arial,sans-serif;z-index:16777271;display:none;overflow:hidden}#at3win
#at3winheader{position:relative;border-bottom:1px solid
#d2d2d1;background:#f1f1f1;height:49px;cursor:default}#at3win #at3winheader
p{position:absolute;top:1pc;left:75pt;width:475px;padding:0;margin:0;font-size:14px;
line-height:18px;white-space:nowrap;overflow:hidden;text-overflow:ellipsis}#at3win
#at3winheader h3{height:49px;text-align:left;line-height:49px;margin:0 50px 0
22px;border:0;padding:0 20px;font-size:1pc;font-family:helvetica
neue,helvetica,arial,sans-serif;font-weight:700;text-shadow:0 1px
#fff;color:#333;direction:ltr}#at3win #at3winheader
h3.logoaddthis{padding-left:22px}#at3win #at3winheader
.at3winheadersvc{display:inline-block;position:absolute;top:15px;left:20px;cursor:
default!important;opacity:1!important}#at3win #at3winheader .at3winheadersvc
```

120723...

```
.at-icon,#at3win #at3winheader #at3winheaderclose svg{
.at-icon-wrapper{display:block}#at3win #at3winheader
#at3winheaderclose{display:block;position:absolute;top:0;right:0;background-image:url
(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAABAAAAAQCAYAAAAf8/
9hAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAA2tpVFh0WE1MOmNvbS5hZG9iZS54bXA
AAAAAADw/eHBhY2tldCBiZWdpbj0i77u/IiBpZD0iVzVNME1wQ2VoaUh6cmVTek5tU3BrY3zlkIj8+
IDx4OnhtcGlldGEgeG1sbnM6eD0iYWRvYmU6bnM6bWV0YS8iHg6eG1wdGs9IkFkb2JlIHFhbnCBDb3J1IDUuM
C1jMDYwIDYxLjEzNDc3NywgMjAxMC8wMi8xMi0xNzozMjowMCAgICAgICAgIj4gPHJkZjpSREYgeG1sbnM6bcm
RmPSJodHRwOi8vd3d3Lnczm9yZy8xOTk5LzAyLzIyLXJkZi1zeW50YXgtbnMjIj4gPHJkZjpzEXNjzimclwdGl
vbiByZGY6YWJvdXQ9IiIgeG1sbnM6eG1wUm5aHRzPSJodHRwOi8vbnMuYWRvYmUuY29tL29LvbidubMuMVmP
SJodHRwOi8vbnMuYWRvYmUuY29tL3hhcC8xLjAvbGI Sjb20veGFwLzEuMC9tbS8iIHhtbG5zOnN0UmVmP
A6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC9zVHlwZS9SZXNvdXJjZVJlZiMiIHRtcFJrZW9yZW9ZW5jZUlkE
udElEPSJ4bXAuZGlkOjQwNzcc2QTQ5Qjk1RDExRTFCMkE4OEUxNTUwRlclml2ZWRcGm9tY1N0UVmOmluc3RhbmNlSU
Q9InV1aWQ6OEE1QUU0REM2MEU4REYxMUJCNTg6NDUzQ2FiMHMTNUM0OUmVmOmRvY3VtZW50SUQ9InV1aWQ
6M0M5RkJGRTEyQUU4REYxMUJCNTg6NDUzQ2FiMHMTNVmRiMiLz4gPC9yZGY6RGVzY3JpcHRpb24+
IDwvcmRmOlJERj4gPC94OnhtcGlldGE+IDw/
eHBhY2tldCBlbmQ9InIiPz78RRhFAAAApUlEQVR42rxTiQnAIAxU6QAdxRW6iZ1EnKRu4gqO0glsCilEvT7Q0
kBQ9O4wl6hLKepNGPUyhmMTQhhpSZTZez8jMGEWWizlRJilfUHiS8dARHaMSaiELPaViCB3WClNBMB4CMozWa
JuuwBElBkZdoEB8Qn5kzaaC7fbgN0xN+
TYlNOJmCvyXjPwpBKRL7BnhgERiwQmHhDothDJjMVz8Ptv3AQYAJWjVVdnlDZCAAAAAElFTkSuQmCC);
background-repeat:no-repeat;background-position:center center;border-left:1px solid
#d2d2d1;width:49px;height:49px;line-height:49px;overflow:hidden;text-indent:-9999px;
text-shadow:none;cursor:pointer}#at3win #at3winheader
#at3winheaderclose:hover{background-color:#dedede}#at3win
#at3wincontent{height:450px;position:relative}#at3wincopy,#at3winemail,#at3winshare{
height:450px}#ate-promo .addthis_button_twitter .aticon-twitter{background-position:0
-4pc!important}#at3wincontent{-o-box-sizing:content-box;box-sizing:content-box}#
at3win
#at3wincontent.at3nowin{position:relative;height:25pc;padding:20px;overflow:auto}#
at3winfooter{position:relative;background:#fff;-o-box-sizing:content-box;box-sizing:
content-box;border-top:1px solid
#d2d2d1;height:11px;_height:20px;line-height:11px;padding:5px
20px;font-size:11px;color:#666}#at3winfooter
a{margin-right:10px;text-decoration:none;color:#666;float:left}#at3winfooter
a:hover{text-decoration:none;color:#000}#at3logo{background:url(//s7.addthis.com/
static/t00/at3logo-sm.gif) no-repeat left
center!important;padding-left:10px}#at3privacy{position:absolute;top:5px;right:10px;
background:url(//s7.addthis.com/static/t00/at3-privacy.gif) no-repeat left
center!important;padding-right:14px}#at3winfilter{background:#f1f1f1;border-top:1px
solid #fff;border-bottom:1px solid #d2d2d1;padding:13px
0;text-align:center}#at3winsvc-filter{background-repeat:no-repeat;background-position
:right;background-image:url(data:image/gif;base64,
R0lGODlhHgAUALMAAJiYmHz1dcTk5Kmpqde3n9Z2Y2bh5i+fT09Ozs7MnJyYGBgWpqav39/WZmZv///
yH5BAAAAAAALAAAAAeABQAAASi8MlXxqoLqDa7/xICOGTpLAKoTshCMsZgBG+
6gqNjJA93DAxH4HDzCEgGTqdBIBGKnSYjoewcXAvoZJRVDUhErcEBWClPC1X1fg6ENrHl4GoThquQJxCKn+
kA3sPY2QHSkwMQQJ2Nw0INEIABByYmMTZxCQtBJyWgg0KBkBEMCwQKm0KXgoYTBaiegh8NriUBabFLtH24Hg2z
m368HgULKDcRADs=);border:1px solid #d2d2d1;padding:15px 38px 15px 9pt;margin:0
auto;width:374px;text-align:left;font-size:18px;border-radius:5px;box-shadow:inset 0
1px 2px rgba(0,0,0,.1);-webkit-box-shadow:inset 0 1px 2px
rgba(0,0,0,.1);-moz-box-shadow:inset 0 1px 2px
rgba(0,0,0,.1);color:#666}#service-filter:hover{border-color:#9c9c9c}#service-filter:
focus{border-color:#3dadfc;box-shadow:0 0 4px
rgba(61,173,252,.8);-webkit-box-shadow:0 0 4px rgba(61,173,252,.8);-moz-box-shadow:0
0 4px rgba(61,173,252,.8);outline:0}#at3wintoolbox{margin:0 0 0
20px;height:340px;overflow:auto;padding:10px 0}#at3wintoolbox
a{display:block;float:left;width:180px;padding:4px;margin-bottom:10px;text-decoration
:none;white-space:nowrap;overflow:hidden;text-overflow:ellipsis;border-radius:4px;-
moz-border-radius:4px;-webkit-border-radius:4px;font-size:1pc;color:#235dab}#
at3wintoolbox a:focus,#at3wintoolbox a:hover{background-color:#2095f0}#at3wintoolbox
a:focus,#at3wintoolbox a:hover,#at3wintoolbox
span:hover{text-decoration:none;color:#fff;font-weight:400;text-decoration:none;opacity:1
;filter:alpha(opacity=100);cursor:pointer}#at3wintoolbox
span{display:block;height:2pc;line-height:2pc;padding-left:38px!important;width:auto!
important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
```

120723… span{padding-left:20px}#at3winssl{position:absolute;right:48px;top:0;height:50px;
… display:block}.at-quickshare-header-peep{position:absolute;top:0;right:34px;height:
… 1pc;padding:6px;border-left:1px solid
… #dedede;cursor:pointer}.at-quickshare-header-peep.peep-active{background:#dedede;
… cursor:default}.at-quickshare-header-peep
… span{display:inline-block;background:url(data:image/gif;base64,R0lGODlhBwAEAIABALm5uf
… ///yH5BAEAAAEALAAAAAAHAAQAAAIIhA+BGWoNWSgAOw==) no-repeat
… right;padding-right:11px}.at-quickshare-header-peep span
… img{display:block;background:#ccc;width:1pc;height:1pc;line-height:20px;overflow:
… hidden;text-indent:-9999px;border:1px solid
… #bbb;border-radius:3px;-webkit-border-radius:3px;-moz-border-radius:3px}.at-
… quickshare-header-peep
… ul{position:absolute;top:25px;left:-75px;width:140px;background:#fff;border:1px solid
… #bbb;border-radius:4px;box-shadow:0 1px 4px
… hsla(0,0%,40%,.8);margin:0;padding:0;font-weight:400;z-index:1100}.at-quickshare-
… header-peep ul
… li{list-style:none;font-size:9pt;padding:0;margin:0;text-align:left}.at-quickshare-
… menu{outline:0}.at-quickshare-menu li.at-quickshare-menu-sep{border-bottom:1px solid
… #dedede}.at-quickshare-header-peep ul li a{display:block;padding:5px
… 10px;text-decoration:none;color:#666}.at-quickshare-header-peep ul li
… a:hover{background:#0d98fb;text-decoration:none;color:#fff}#at_auth{position:relative
… ;box-sizing:content-box;-moz-box-sizing:content-box;-webkit-box-sizing:content-box;-o
… -box-sizing:content-box;border-top:1px solid #d5d6d6!important;padding:10px 10px
… 7px;line-height:1pc;height:1pc}#atic_signin{cursor:pointer}#atic_signin,#atic_signin:
… hover{text-decoration:none}#atic_signin
… #at_auth:hover{background:#2095f0;text-decoration:none;color:#fff!important}#
… atic_usersettings{cursor:pointer}#atic_usersettings:hover{text-decoration:underline}#
… atic_usersignout{font-size:11px;position:absolute;top:10px;right:10px;cursor:pointer}
… #atic_usersignout:hover{text-decoration:underline}#at_auth
… img{width:1pc;height:1pc;overflow:hidden;border:none;padding:0;margin:0 5px 0
… 0;float:left}#at_auth
… a{text-decoration:none}#at16pf{height:auto;text-align:right;padding:4px
… 8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
… decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
… ;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media screen and
… (max-width:680px){#at3win{width:95%;left:auto;margin-left:auto}}@media
… print{#at3win,#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s
… ,.at4,.at4-recommended{display:none!important}}@media screen and
… (max-width:400px){.at4win{width:100%}.addthis_bar
… .addthis_bar_p{margin-right:auto}}@media screen and (max-height:700px) and
… (max-width:400px){.at4-thankyou-inner
… .at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
… .at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
… #c5c5c5}}','",""]);

120724… },function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"},function(e,t,
… n){var a=n(734);"string"==typeof
… a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
… a=n(736);"string"==typeof
… a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
… a=n(737);"string"==typeof
… a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
… strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
… function(e,t){"use
… strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
… use strict";var a=n(110);e.exports=function(e){try{var
… t=JSON.parse(e).services.filter(function(e){return!a(e)});return
… t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
… Error("parse-services: failed to parse file -
… "+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
… a97abi:"F595B4",aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",
… advqr:"EC5923",aim:"8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",
… apsense:"d78818",arto:"8db81d",baang:"f8ce2c",baidu:"1d2fe3",balatarin:"019949",
… balltribe:"620e18",bandcamp:"60929C",beat100:"3399CA",behance:"176AFF",biggerpockets:
… "5f729d",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",blogger:"
… F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",blurpalicious:"33b8f8",bobrdobr:"2874C7"
… ,bonzobox:"c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",brainify:"
… 2878ee",bryderi:"191819",buffer:"000000",camyoo:"ace8f7",care2:"6CB440",chiq:"ee2271"
… ,citeulike:"0888c8",classicalplace:"102831",cleanprint:"97ba7a",cleansave:"5BA741",

120724... cloud:"3B4B5E",cntrl:"d56a32",coinvilla:"88b748",cosm:"b7f89a",couchsurfing:"394918",
delicious:"3399FF",deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"
88b748",digo:"abd4ec",diigo:"0888d8",disqus:"2E9FFF",dribbble:"EA4C89",
domaintoolswhois:"305891",domelhor:"29a628",douban:"0e7512",draugiem:"f47312",edcast:"
E03E7C",efactor:"7797b7",ello:"000000",email:"848484",embarkons:"f8b016",etsy:"
EA6D24",evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",
facenama:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favlogde:"
6e6e6e",favoritende:"f88817",favorites:"f5ca59",favoritus:"97462e",financialjuice:"
242D38",flickr:"282828",flipboard:"E12828",folkd:"175ca6",foodlve:"d51e48",foursquare
:"2D5BE3",fresqui:"4798d8",funp:"333333",gg:"D7232D",github:"171515",gitlab:"E3421C",
gluvsnap:"a82868",gmail:"DB4437",goodnoows:"884989",goodreads:"39210D",google:"4285F4
",google_classroom:"25A667",google_follow:"CF4832",google_plusone_share:"DC4E41",
googletranslate:"2c72c8",govn:"0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"
080808",historious:"b84949",hootsuite:"000000",hotmail:"f89839",houzz:"74B943",
indexor:"8bd878",informazione:"104F6E",instagram:"E03566",instapaper:"000000",
internetarchive:"6e6e6e",kakao:"384853",jamespot:"f8b034",jappy:"f59216",jolly:"
666666",jsfiddle:"4478A6",kakao:"FAB900",kaevur:"080808",kaixin:"dd394e",ketnooi:"
1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",moikrug:"72aed0",mrcnetworkit:"
abd4ec",mymailru:"165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa
:"4077a7",netlog:"282828",netvibes:"48d828",netvouz:"4EBD08",newsmeback:"316896",
newsvine:"64a556",nujij:"c8080a",nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",
oknotizie:"8BC53E",openid:"F48000",openthedoor:"2277BB",oyyla:"f6cf0e",pafnetde:"
f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",pinboard:"1111AA",pinterest:"CB2027",
pinterest_share:"CB2027",planypus:"0872d8",plaxo:"318ef6",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",raiseyourvoice:"
666666",ravelry:"DD0F56",reddit:"ff5700",rediff:"d80808",redkum:"f4080d",renren:"
0058AE",researchgate:"00CCBB",retellity:"B70100",rss:"EF8647",safelinking:"3888c8",
scoopat:"d80819",scoopit:"9dcb43",sekoman:"2a58a9",select2gether:"f8b016",slashdot:"
78D4B6",slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",
skyrock:"282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",
sonico:"0ca8ec",soundcloud:"FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow
:"EF8236",stack_exchange:"1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",
studivz:"DA060D",stuffpit:"2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",
stylishhome:"bfd08d",sunlize:"d80808",supbro:"383838",surfingbird:"0ca8ec",svejo:"
f89823",symbaloo:"4077a7",taringa:"165496",technerd:"316896",telegram:"0088CC",
tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",thefreedictionary:"4891b7"
,thewebblend:"bfd08d",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tulinq:"
0e7512",tumblr:"37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"
FFCD00",urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"
01B488",virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",
voxopolis:"1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",webnews:"
f4080d",wechat:"2DC100",weheartit:"FF6699",whatsapp:"4DC247",windows:"00ADEF",wirefan
:"333",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",yahoomail:"
3a234f",yammer:"2ca8d2",yelp:"5C6D00",yiid:"984877",yookos:"0898d8",yoolink:"A5C736",
yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
"https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
}.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
:{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
}"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.

```
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}"},education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(62).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){e.exports=n(752)},function(e,t,n){function
a(e,t,n){return"function"==typeof t&&"undefined"==typeof
n&&s(e)?o(e,t):i(e,r(t,n,3))}var
o=n(754),i=n(114),r=n(117),s=n(28);e.exports=a,function(e,t,n){function
a(e,t,n,a){var l=c(e)?o:s;return l(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(755),i=n(756),r=n(114),s=n(764),c=n(28);e.exports=a,function(e,t,n){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&l(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+""):i(e+"",t)}var
o=n(761),i=n(762),r=n(763),s=n(117),c=n(73),l=n(771);e.exports=a,function(e,t,n){
function a(e,t){for(var a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var
c=r[a];if(t(i[c],c,i)===!1)break}return e}var
o=n(120);e.exports=a,function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(757),i=n(71);e.exports=a,function(e,t,n){function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=u,b=u;m||(w=A.call(e),w==l?w=d:w!=d&&(m=c(e))),v||(b=A.call(t),b==l?b
=d:b!=d&&(v=c(t)));var x=w==d,C=w==b;if(C&&!m&&!x)return i(e,t,w);var
E=x&&h.call(e,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(768),i=n(769),r=n(770),s=n(28),c=n(777),l="[object Arguments]",u="[object
Array]",d="[object
Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a,function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,l=!i;++c<s;)if(l&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var u=t[c];if(l&&a[c])var d=r.call(e,u);else{var p=e[u],h=n[c];d=i?p(h,u):void
0,"undefined"==typeof d&&(d=o(h,p,i,!0))}if(!d)return!1}return!0}var
o=n(115),i=Object.prototype,r=i.hasOwnProperty;e.exports=a,function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
```

120724…

```
l=Array(n),u=Array(n);n--;)s=e[t[n]],l[n]=s,u[n]=r(s);return function(e){return
o(e,t,l,u)}}var
o=n(760),i=n(119),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t)?function(n){return
null!=n&&n[e]===t:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(115),i=n(119);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(71);function n(e,t){return
o.set(e,t)}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,l=t.length,u=!0;if(c!=l&&!(o&&l>c))return!1;for(;u&&++s<c;){var
d=e[s],p=t[s];if(u=void 0,a&&(u=o?a(p,d,s),"undefined"==typeof
u)if(o)for(var h=l;h--&&(p=t[h],!(u=d&&d===p||n(d,p,a,o,i,r)));)else
u=d&&d===p||n(d,p,a,o,i,r)}return!!u}e.exports=n},function(e,t){function
n(e,t,n){case a:case o:return+e==+t;case i:return
e.name==t.name&&e.message==t.message;case r:return
e!=+e?t!=+t:0==e?1/e==1/t:e===+t;case s:case c:return e==e+""}return!1}var a=["object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var l=o(e),u=l.length,d=o(t),p=d.length;if(u!=p&&!i)return!1;for(var
h,A=-1;++A<u;){var f=l[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;h||(h="constructor"==f)}if(!h){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1}return!0}var
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=l.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
o=n(765),i=n(29),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,l=Function.prototype.toString;e.exports=a},function(e,t,n){
function a(e,t,n){if(!r(n))return!1;var a=typeof t;if("number"==a?
s=n.length,c=i(s)&&o(t,s):else c="string"==a&&t in n;if(c){var l=n[t];return
e===e?e===l:l!==l}return!1}var
o=n(70),i=n(12),r=n(30);e.exports=a},function(e,t,n){(function(t){var
a=n(29),o=a(o=t.WeakMap&&o,i=o&&new o;e.exports=i}).call(t,function(){return
this}())},function(e,t,n){function a(e){for(var
t=c(e),n=t.length,a=n&&e.length,u=a&&s(a)&&(i(e)||l.nonEnumArgs&&o(e)),p=-1,h=[];++p<
n;){var A=t[p];(u&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
o=n(121),i=n(28),r=n(70),s=n(12),c=n(778),l=n(72),u=Object.prototype,d=u.
hasOwnProperty.e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(118);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t););return t}var
o=n(118);e.exports=a},function(e,t,n){function a(e){return
i(e)&&o(e.length)&&z[S.call(e)]||!1}var o=n(12),i=n(49),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",l="[object Date]",u="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[l]=z[u]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
B=Object.prototype,S=B.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||l.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,u="function"==typeof
n&&n.prototype===e,p=Array(t),h=t>0;++a<t;)p[a]=a+"";for(var A in
e)h&&r(A,t)||"constructor"==A&&(u||!d.call(e,A))||p.push(A);return p}var
o=n(121),i=n(28),r=n(70),s=n(12),c=n(72),u=Object.prototype,d=u.
hasOwnProperty.e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
```

```
o=n(116),i=/[\+^$\{}()\[\]\/\\]/g,r=RegExp(i.source)?e.exports=a,function(e,t,n){var
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),l(e)+1):(t+="",e.slice(i(e),r(
e,t)+1)):e}var
o=n(116),i=n(766),r=n(767),s=n(772),c=n(775),l=n(776);e.exports=a,function(e,t,n){
var a=n(18),o=n(2),i=n(794);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(32),o=n(50);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(32),o=n(50);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(4);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
catch(c){a.error(c)}return o}},function(e,t,n){var
a=n(135).e.exports=function(e){return e=e||"",a(e,function(e,t){var
n,a,o=e.indexOf(";jsessionid");i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e)}},function(e,t,n){var
a=n(35);e.exports=function(){for(var e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){var
a=n(62).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(827),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0)}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0)},function(e,t,n){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!==navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(135);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e)}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(2),s=n(3).listen,c=!1,l=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},u=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a))}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&l(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?(ict:u(),pct:o):{}}}},function(e,t){"use strict";function n(e){var
```

120724…

```
t=e.data||{},n=t.svg,a=t.pco,i=t.smo,r=t.crs,s=t.cso,o={},h&&(o.sh=h),l&&(o.cm=l),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(828),o=n(156),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,l=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e};e.exports={start:function(){r||(setInterval(l,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(685),s=n(92),c=!1,l=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(147).setup(),addthis.
addEventListener("addthis.events.scroll",l),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){function a(e){var e=source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(838)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n,i||(i=r.get(n)),!i||l||i.test(t)||(l=1,setTimeout(function(){i.add(t),i.save(n
)},5e3)))}}var i,r=n(142),s=n(133),c="hist",l=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div><form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
```

```
120724...  style="background-color:#848484;height:84px;opacity:0.6;"><button
...  class="at-expanded-menu-button"></button><span
...  class="at-expanded-menu-button-label"></span></li><li
...  style="background-color:#848484;height:84px;opacity:0.6;"><button
...  class="at-expanded-menu-button"></button><span
...  class="at-expanded-menu-button-label"></span></li></ul></div><div
...  class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
...  Services</span><div class="loading-container "><div
...  class="loading-spinner"></div></div></div></div></div>{{reducedBrandingInnerHTML
...  }}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
...  a(e,t){void 0===e||a.isWatching||||(t=t|||{},t.minPercentVisible=void
...  0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
...  0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
...  0!==t.sampleRate?t.sampleRate:1,t.onView=void
...  0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
...  ,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
...  minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
...  wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
...  o=n(38),i=n(159);e.exports=a,a.prototype.check=function(){var
...  e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
...  wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
...  Date,this.interval=setInterval(function(){var t=new
...  Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
...  getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
...  interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
...  element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
...  ,e.interval=null,e.firstSeen=null)},this.sampleTimeout)},a.isWatching=function(e){
...  for(var
...  t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
...  function(){setTimeout(function(){for(var
...  e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
...  clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
...  },a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
...  Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
...  n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
...  1]||"]"),l=0;l<document.getElementsByTagName("iframe").length;l++)if(n=document.
...  getElementsByTagName("iframe")[l],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
...  ,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
...  e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
...  clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
...  handler()}break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
...  e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
...  function(){var
...  a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
...  Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
...  postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
...  function
...  n(t){c[t]?i(this,t,c[t]):(u[t]?u[t].push(this):u[t]=[this],e.contentWindow.
...  postMessage(JSON.stringify({type:"api.info_request",api:t}),"*")),this.
...  addReadyListener=function(e){c[t]?e():l[t]?l[t].push(e):l[t]=[e]}}function
...  i(e,n,a){var
...  o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
...  o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},l={},u={};return
...  a(window,"message",function(t){var
...  n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
...  if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
...  result),delete s[o.api][o.id]);else
...  if("api.info"===o.type){for(n=u[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
...  api,c[o.api]);for(;l[o.api]&&l[o.api].length;)(a=l[o.api].pop())()}}}),o[e.__apiID]=n
...  ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
...  t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
...  o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
...  ){return!0}),t.push(a))}return t}var
...  o=n(144),i=n(53).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
...  e=this,t=new
...  i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
...  instanceof
...  Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
```

```
120724   this.resources[this.resources[0]listanceof
o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
.loading)for(var
t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
checkload,e)),this.resources[t].load();this.loading=!0}}}},function(e,t,n){function
a(){return g.join(A)}function o(){if(!f){var
e=u.rck(h)||"";e&&(g=d(e).split(A)),f=1}}function
i(){o(),g.length&&u.sck(h,p(a()),0,!0)}function r(){return o(),g}function
s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
t=0;t<g.length;t++)if(g[t]===e)g.splice(t,1);break}i()}function l(){g=[]}var
u=n(23);e.exports={reset:l,add:s,remove:c,get:r,toKV:a};var
d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[]},
function(e,t,n){/**
120725       * AddThis Client
120726       * @license - See s7.addthis.com/static/licenses.html for information about the
licenses used
120727       */
120728   var
a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
isAddThisTrackingFrame||function(){function e(e,t,n,a){return
function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!g.addthis||p(
{call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
queuer=this,this.flush=function(e,a){this.flushed=1;for(var
o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
._pmh.call(e))}var
o,i=n(815),r=n(808),s=n(93).select,c=n(102),l=n(55),u=n(812),d=n(38),p=n(32),h=n(804)
,A=n(3).listen,f=n(2),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
"v7.3.1-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
ohmp:0,ltj:1,xamp:1,abf:!!g.addthis_do_ab,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark
.html",linkedin:"static/linkedin.html",atimg:"atimg.html",countercss:"counter.css",
counter:"plugin.sharecounter.js",fltcss:"floating.css",layersjs:"layers.js",layerscss
:"layers.css",peekaboocss:"peekaboo.css",embed:"embed.js",embedcss:"embed.css",
lightbox:"lightbox.js",lightboxcss:"lightbox.css",link:"static/link.html",pinit:"
static/pinit.html",fbshare:"static/fbshare.html",tweet:"static/tweet.html",menu:"
menu.js",sh:"sh.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
(!g.addthis||g.addthis.nodeType!==0)try{v=g.navigator?navigator.userLanguage||
navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
}g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
},bar:{show:e("show","bar"),initialize:e("initialize","bar")},layers:e("layers"),login
:{initialize:e("initialize","login"),connect:e("connect","login")},configure:function
(e){g.addthis_config||(g.addthis_config={}),g.addthis_share||(g.addthis_share={});for
(var t in e)if("share"===t&&"object"==typeof e[t])for(var n in
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t]),box:e("box"),button:e("button"),counter:e("counter"),count:e("count"),
lightbox:e("lightbox"),toolbox:e("toolbox"),update:e("update"),init:e("init"),ad:{
menu:e("menu","ad"),event:e("event","ad"),getPixels:e("getPixels","ad")},util:{
getServiceName:e("getServiceName"),ready:e("ready"),addEventListener:e("
addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")}},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
```

Page 3647

```
C=1;return g.widget?:;if(C.provider||userBlob||C.userapi){var
E=u(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
k("user")),C.provider&&(g.addthis.ProviderAPI=new
k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!C.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,l={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},u=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)l[e]&&_ate.track.apc(l[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers,u=!0)}u&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(693),n(694),n(696),n(697
),n(699),n(615),n(626),n(700),n(701),n(702),n(166),n(703),n(704),n(705),n(706),n(707)
,n(708),n(691),n(692),n(698),n(695),n(689),n(690)(function(){n(632),addthis.layers.
apply(addthis,e)})})},addthis.messages=i,addthis.events=r,addthis.lightbox=function(e
){n.e(7,function(){n(709),n(637),addthis.lightbox(e)})},addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu,e)})},addthis.ad.menu=function(){var
e=arguments;n.e(8,function(){n(688),n(635),addthis.ad.menu.apply(addthis.ad,e)})},
addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(83)}(n)}}}()},function(e,t,n){"use strict";var
a=n(157),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"TR",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
```

```
n,a,o,f,r,s,c,l,h)=n+e.length,a=e.length+n,o+=1+3325f8683,s=4018439907,l=0;a>l;)c
=255&e.charCodeAt(l)|(255&e.charCodeAt(++l))<<8|(255&e.charCodeAt(++l))<<16|(255&e.
charCodeAt(++l))<<24,++l,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(l+2))<<16;case
2:c^=(255&e.charCodeAt(l+1))<<8;case
1:c^=255&e.charCodeAt(l),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(157),o=n(1),i=n(4),r=(n(19),n(88)),s=(n(2),!1),c=n(86),l=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(679),a=n(624);s||(n(147).setup(),n(681).setup(),n(680).setup(),n(683),n(682),n(
840),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})}};a(l,"messages"),e.exports=l},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(151);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(138),o=n(80)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=(n(1),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(57),i=n(3).listen,r=n(1);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){"use
strict";var a=n(1),o=n(11),i=n(52);e.exports=function(e,t){var
n;a("iph")||a("ipa")||a("bb10")||a("dro")?(n=o("whatsapp",e,t,!1,!0),window.location=
"whatsapp://send?text="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(n)):(e.service="email",i(e,t))}},function(e,t,n){var
a=n(2);e.exports=function(){var
e=document.getElementsByTagName("img"),n=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(138),o=n(80)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(154),o=n(78);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(822),o=n(823),i=n(36);e.exports=function(e){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){var
o=n(2),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r={{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:"controlfeed
"],vector:[],isProCell:!1}};a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(830);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o+=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(155);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t,n){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
```

120728… callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
…  (this,arguments)}),times[r]=(new
…  Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
…  globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
…  times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
…  string which will eval to a globally accessible object where callbacks will be
…  stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
…  },function(e,t){e.exports=function(e){var
…  t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
…  1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
…  evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
…  eval(src)}},function(e,t,n){"use strict";var
…  a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
…  o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
…  n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
…  e)return e;if(e instanceof Object){var t="";for(var n in
…  e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
…  null}},function(e,t,n){"use strict";var
…  a=n(2),o=n(106),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
…  flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
…  subscription||"PRO"===e.subscription.edition)){var
…  r=n(33)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
…  c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
…  e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
…  e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
…  n=Object.prototype.toString;e.exports=function(e){return
…  n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
…  e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
…  5db545155503ce07aedcd166.html"}]));
120729 ****************************************************
120730 The following data is from melanoma_org-source-20160627.txt
120731 ****************************************************
120732 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML+RDFa 1.0//EN"
120733   "http://www.w3.org/MarkUp/DTD/xhtml-rdfa-1.dtd">
120734 <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" version="XHTML+RDFa 1.0"
…  dir="ltr"
120735   xmlns:fb="http://ogp.me/ns/fb#"
120736   xmlns:og="http://ogp.me/ns#"
120737   xmlns:article="http://ogp.me/ns/article#"
120738   xmlns:book="http://ogp.me/ns/book#"
120739   xmlns:profile="http://ogp.me/ns/profile#"
120740   xmlns:video="http://ogp.me/ns/video#"
120741   xmlns:product="http://ogp.me/ns/product#">
120742
120743 <head profile="http://www.w3.org/1999/xhtml/vocab">
120744   <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
120745 <link rel="apple-touch-icon-precomposed"
…  href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
…  72x72-precomposed.png" sizes="72x72" />
120746 <link rel="apple-touch-icon-precomposed"
…  href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
…  144x144-precomposed.png" sizes="144x144" />
120747 <link rel="apple-touch-icon-precomposed"
…  href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
…  114x114-precomposed.png" sizes="114x114" />
120748 <link rel="apple-touch-icon-precomposed"
…  href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
…  76x76-precomposed.png" sizes="76x76" />
120749 <link rel="shortcut icon"
…  href="https://www.melanoma.org/sites/default/files/favicon_0.ico"
…  type="image/vnd.microsoft.icon" />
120750 <link rel="icon" href="https://www.melanoma.org/sites/all/themes/mrf/favicon.ico" />
120751 <meta name="viewport" content="width=device-width, initial-scale=1" />
120752 <meta name="google-site-verification"
…  content="lOitTa2RxduR1NG73cCWV7D_aGgak6xAD-1_2dVR-Tk" />
120753 <link rel="apple-touch-icon-precomposed"
…  href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
…  120x120-precomposed.png" sizes="120x120" />

Page 3650

```
120754  <link rel="apple-touch-icon-precomposed"
    …   href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        152x152-precomposed.png" sizes="152x152" />
120755  <link rel="apple-touch-icon-precomposed"
    …   href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        180x180-precomposed.png" sizes="180x180" />
120756  <link rel="apple-touch-icon-precomposed"
    …   href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
        precomposed.png" />
120757  <meta name="description" content="The Melanoma Research Foundation (MRF) is leading
    …   the melanoma community to transform melanoma from one of the deadliest cancers to one
        of the most treatable through research, education and advocacy." />
120758  <meta name="robots" content="follow, index" />
120759  <meta name="generator" content="Drupal 7 (http://drupal.org)" />
120760  <link rel="canonical" href="http://www.melanoma.org/" />
120761  <link rel="shortlink" href="https://www.melanoma.org/" />
120762  <meta property="og:site_name" content="Melanoma Research Foundation" />
120763  <meta property="og:type" content="article" />
120764  <meta property="og:url" content="https://www.melanoma.org/home-page" />
120765  <meta property="og:title" content="Home Page" />
120766  <meta name="twitter:card" content="summary" />
120767  <meta name="twitter:url" content="https://www.melanoma.org/home-page" />
120768  <meta name="twitter:title" content="Home Page" />
120769  <meta itemprop="name" content="Home Page" />
120770    <title>Melanoma Research Foundation | Research. Educate. Advocate.</title>
120771    <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/css_xE-rWrJf-
        fncB6ztZfd2huxqgxu4WO-qwma6Xer30m4.css" media="all" />
120772  <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/css_OxyIoRMOsCE-
        ijTXrcGt9IJco4IZ6FY-86nWsn12MPY.css" media="all" />
120773  <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/
        css_MnXiytJtb186Ydycnpwpw34cuUsHaKc80ey5LiQXhSY.css" media="all" />
120774  <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/
        css_Ywkkk72kc9If1iimIFhWNLZoofgrDzritJqMbK4Bf5I.css" media="all" />
120775  <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/
        css_7sxsnveEl2x1Ptm_U9OpBrD6KEaJsakzduS6Dy6mRdM.css" media="print" />
120776  <link type="text/css" rel="stylesheet"
    …   href="https://www.melanoma.org/sites/default/files/css/css_Ff9PZ1jV-V6bRk73fi6GGfqD4-
        mNP2M34nkIX8mFPxI.css" media="screen" />
120777    <script type="text/javascript"
    …   src="https://www.melanoma.org/sites/default/files/js/
        js_UWQINlriydSoeSiGQxToOUdv493zEa7dpsXC1OtYlZU.js"></script>
120778  <script type="text/javascript"
    …   src="https://www.melanoma.org/sites/default/files/js/js_gPqjYq7fqdMzw8-
        29XWQIVoDSWTmZCGy9OqaHppNxuQ.js"></script>
120779  <script type="text/javascript">
120780  <!--//--><![CDATA[//><!--
120781  (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
    …   [r].q||[]).push(arguments)},i[r].l=1*new
    …   Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
    …   parentNode.insertBefore(a,m)})(window,document,"script","https://www.melanoma.org/
    …   sites/default/files/googleanalytics/analytics.js?oa83u7","ga");ga("create",
    …   "UA-12060359-1", {"cookieDomain":".melanoma.org"});ga("require",
    …   "displayfeatures");ga("send", "pageview");
120782  //--><!]]>
120783  </script>
120784  <script type="text/javascript" src="//use.typekit.net/tfy6ljr.js"></script>
120785  <script type="text/javascript">
120786  <!--//--><![CDATA[//><!--
120787
120788          try{Typekit.load();}catch(e){}
120789          //var __st_loadLate=true;
120790          //var switchTo5x=true;
120791          var addthis_config = {ui_508_compliant: true};
```

Page 3651

```
120792
120793  //--><!]]>
120794  </script>
120795  <script type="text/javascript"
        src="https://www.melanoma.org/sites/default/files/js/
        js_v6x5yG4oUwfRF7DtxdyIFUnUiPEfA1ZJ5ywEV59fmnI.js"></script>
120796  <script type="text/javascript">
120797  <!--//--><![CDATA[//><!--
120798  jQuery.extend(Drupal.settings,
        {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"mrf","theme_token":"
        m80Q316U2znes2dwaYC2dAgkCR7hk1BWa6PkSW4-kCk","js":{"sites\/all\/modules\/
        custom_modules\/custom_forum\/custom_forum.js":1,"\/\/s7.addthis.com\/js\/300\/
        addthis_widget.js#pubid=ra-522d494a51bf7f91":1,"\/\/s7.addthis.com\/js\/300\/
        addthis_widget.js#async=1":1,"0":1,"misc\/jquery.js":1,"misc\/jquery.once.js":1,"misc
        \/drupal.js":1,"sites\/all\/modules\/google_analytics\/googleanalytics.js":1,"1":1,"\
        /\/use.typekit.net\/tfy6ljr.js":1,"2":1,"sites\/all\/themes\/mrf\/js\/jquery-1.7.2.
        min.js":1,"sites\/all\/themes\/mrf\/js\/breakpoints.js":1,"sites\/all\/themes\/mrf\/
        js\/jquery.cycle2.min.js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.carousel.min.
        js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.swipe.min.js":1,"sites\/all\/themes
        \/mrf\/js\/global.js":1},"css":{"modules\/system\/system.base.css":1,"modules\/system
        \/system.menus.css":1,"modules\/system\/system.messages.css":1,"modules\/system\/
        system.theme.css":1,"modules\/comment\/comment.css":1,"sites\/all\/modules\/date\/
        date_api\/date.css":1,"sites\/all\/modules\/date\/date_popup\/themes\/datepicker.1.7.
        css":1,"modules\/field\/theme\/field.css":1,"sites\/all\/modules\/logintoboggan\/
        logintoboggan.css":1,"sites\/all\/modules\/mollom\/mollom.css":1,"modules\/node\/node
        .css":1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/
        modules\/calendar\/css\/calendar_multiday.css":1,"modules\/forum\/forum.css":1,"sites
        \/all\/modules\/views\/css\/views.css":1,"sites\/all\/modules\/ctools\/css\/ctools.
        css":1,"sites\/all\/themes\/mrf\/css\/mrf.css":1,"sites\/all\/themes\/mrf\/css\/mrf-
        print.css":1,"sites\/all\/modules\/custom_modules\/drivendevelopment\/
        drivendevelopment.css":1}},"googleanalytics":{"trackOutbound":1,"trackMailto":1,"
        trackDownload":1,"trackDownloadExtensions":"7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|
        m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf
        |phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar
        |tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m|b)?|xlt(x|m)|xlam|xml|z|zip","
        trackDomainMode":"1"}});
120799  //--><!]]>
120800  </script>
120801  </head>
120802  <body class="html front not-logged-in no-sidebars page-node page-node-
        page-node-24133 node-type-home-page" >
120803    <div id="skip-link">
120804      <a href="#main-content" class="element-invisible element-focusable">Skip to main
        content</a>
120805    </div>
120806      <ul class="access-keys">
120807        <li><a class="visually-hidden focusable" href="#content" accesskey="[">Skip to
        content</a></li>
120808        <li><a class="visually-hidden focusable" href="#nav" accesskey="]">Skip to
        navigation</a></li>
120809        <li><a class="visually-hidden focusable" href="#" accesskey="/">Home</a></li>
120810  </ul>
120811  <div id="master">
120812      <div id="page-top">
120813        <div id="header-wrapper" class="page-section">
120814              <div>
120815                  <div id="header" role="banner">
120816                      <a class="logo" href="/"><img
        src="/sites/all/themes/mrf/images/logo-2015.png" alt="Melanoma Research Foundation"
        /></a>
120817                      <a class="donate" href="http://donate.melanoma.org"
        target="_blank">Donate Now</a>
120818                              <div class="welcome">
120819                          <span class="name-wrapper">Welcome, Guest</span>
120820                          <a href="/user?destination=home-page">Login</a>
120821                      </div>
120822                              <div class="search" role="search">
120823                      <form class="site-search" action="/search/node"
```

```
120823…  method="post">
120824             <input type="text" placeholder="Search" name="keys" />
120825             <input type="submit" value="Search" title="Search" />
120826             <a class="toggle-search-options" href="#" title="Search
        options">Search options</a>
120827             <div class="clearfix search-options">
120828                <div class="radio"><label><input type="radio"
        name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
120829                <div class="radio"><label><input type="radio"
        name="search-scope" value="mpip" /> MPIP</label></div>
120830             </div>
120831          </form>
120832       </div>
120833       <span class="toggle-menu active"></span>
120834       <span class="toggle-search"></span>
120835    </div>
120836  </div>
120837  </div>
120838  <div id="nav-wrapper" class="page-section">
120839    <div>
120840       <div class="back">Back</div>
120841       <nav id="nav" role="navigation">
120842          <ul class="clearfix">
120843             <li class="item-0 home"><a class="icon"
…       href="/">Home</a></li>
120844             <li class="item-1 has-children"><a
…       href="/understand-melanoma">Understand Melanoma</a><div class="mega-menu
…       mega-menu-4-wide"><span class="heading">Understand Melanoma</span><div
…       class="clearfix"><div class="col col-0" class="helper"><li><a
…       href="/understand-melanoma">Understand Melanoma</a></li></ul><ul><li
…       class="has-children"><a href="/understand-melanoma/what-is-melanoma">What is
…       Melanoma?</a><ul><li><span class="heading">What is Melanoma?</span></li><li
…       class=""><a
…       href="/understand-melanoma/what-melanoma/melanoma-facts-and-stats">Melanoma Facts and
…       Stats</a></li><li class=""><a
…       href="/understand-melanoma/what-is-melanoma/metastatic-melanoma">Metastatic
…       Melanoma</a></li></ul></li></ul><ul><li class=""><a
…       href="/understand-melanoma/newly-diagnosed">Newly Diagnosed</a></li></ul><ul><li
…       class=""><a href="/understand-melanoma/what-is-melanoma/cutaneous-melanoma">Cutaneous
…       Melanoma</a></li></div><div class="col col-1"><ul><li class="has-children"><a
…       href="/understand-melanoma/what-is-melanoma/mucosal-melanoma">Mucosal
…       Melanoma</a><ul><li><span class="heading">Mucosal Melanoma</span></li><li class=""><a
…       href="/understand-melanoma/mucosal-melanoma/mucosal-melanoma-treatment">Mucosal
…       Melanoma Treatment</a></li></ul></li></ul><ul><li class="has-children"><a
…       href="/understand-melanoma/what-is-melanoma/ocular-melanoma">Ocular
…       Melanoma</a><ul><li><span class="heading">Ocular Melanoma</span></li><li class=""><a
…       href="/understand-melanoma/what-is-melanoma/ocular-melanoma/diagnosing-ocular-
…       melanoma">Diagnosing Ocular Melanoma</a></li><li class=""><a
…       href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-treatment
…       ">Ocular Melanoma Treatment</a></li><li class=""><a
…       href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-resources
…       ">Ocular Melanoma Resources</a></li><li class=""><a
…       href="/research-center/research-initiatives/cure-om/cure-om-webinars">CURE OM
…       Webinars</a></li><li class=""><a
…       href="/research-center/research-initiatives/cure-om">About CURE OM</a></li><li
…       class=""><a
…       href="/research-center/research-initiatives/cure-om/cure-om-steering-committee">CURE
…       OM Steering Committee</a></li></ul></li></ul><ul><li class="has-children"><a
…       href="/understand-melanoma/pediatric-melanoma">Pediatric Melanoma</a><ul><li><span
…       class="heading">Pediatric Melanoma</span></li><li class=""><a
…       href="/understand-melanoma/pediatric-melanoma/diagnosing-pediatric-melanoma">
…       Diagnosing Pediatric Melanoma</a></li><li class=""><a
…       href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-treatment">Pediatric
…       Melanoma Treatment</a></li><li class=""><a
…       href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-resources">Pediatric
…       Melanoma Resources</a></li><li class=""><a
…       href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-leadership">
…       Pediatric Melanoma Leadership</a></li><li class=""><a
```

```
120844…    href="/understand-melanoma/pediatric-melanoma/holiday-card-contest">Holiday Card
…      Contest</a></li></ul></li></ul></div><div class="col col-2"><ul><li
…      class="has-children"><a href="/understand-melanoma/melanoma-treatment">Melanoma
…      Treatment</a><ul><li><span class="heading">Melanoma Treatment</span></li><li
…      class=""><a
…      href="/understand-melanoma/melanoma-treatment/surgery">Surgery</a></li><li
…      class=""><a
…      href="/understand-melanoma/melanoma-treatment/radiation">Radiation</a></li><li
…      class="has-children"><a
…      href="/understand-melanoma/melanoma-treatment/clinical-trials">Clinical
…      Trials</a><ul><li><span class="heading">Clinical Trials</span></li><li class=""><a
…      href="/understand-melanoma/melanoma-treatment/find-a-clinical-trial">Find a Clinical
…      Trial</a></li></ul></li><li class=""><a
…      href="/understand-melanoma/melanoma-treatment/immunotherapy">Immunotherapy</a></li><
…      li class=""><a
…      href="/understand-melanoma/melanoma-treatment/targeted-therapy">Targeted
…      Therapy</a></li><li class=""><a
…      href="/understand-melanoma/melanoma-treatment/chemotherapy">Chemotherapy</a></li><li
…      class=""><a
…      href="/understand-melanoma/melanoma-treatment/treatment-center-finder">Treatment
…      Center Finder</a></li></ul></li></ul><ul><li class="has-children"><a
…      href="/understand-melanoma/diagnosing-melanoma">Diagnosing Melanoma</a><ul><li><span
…      class="heading">Diagnosing Melanoma</span></li><li class="has-children"><a
…      href="/understand-melanoma/diagnosing-melanoma/detection-screening">Detection &amp;
…      Screening</a><ul><li><span class="heading">Detection & Screening</span></li><li
…      class=""><a
…      href="/understand-melanoma/diagnosing-melanoma/detection-screening/abcdes-melanoma">
…      ABCDEs of Melanoma</a></li></ul></li><li class=""><a
…      href="/understand-melanoma/diagnosing-melanoma/melanoma-pathology">Melanoma
…      Pathology</a></li><li class=""><a
…      href="/understand-melanoma/diagnosing-melanoma/stages-of-diagnosis">Stages of
…      Diagnosis</a></li></ul></li></ul></div><div class="col col-3"><ul><li
…      class="has-children"><a href="/understand-melanoma/preventing-melanoma">Preventing
…      Melanoma</a><ul><li><span class="heading">Preventing Melanoma</span></li><li
…      class=""><a
…      href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous">Why is
…      Tanning Dangerous?</a></li><li class=""><a
…      href="/understand-melanoma/preventing-melanoma/facts-about-sunscreen">Sunscreen
…      Facts</a></li><li class=""><a
…      href="/understand-melanoma/diagnosing-melanoma/i-think-i-have-melanoma">I Think I
…      Have Melanoma</a></li><li class=""><a
…      href="/understand-melanoma/preventing-melanoma/melanoma-risk-factors">Melanoma Risk
…      Factors</a></li><li class=""><a
…      href="/understand-melanoma/preventing-melanoma/detecting-melanoma-early">Early
…      Detection</a></li><li class=""><a
…      href="/understand-melanoma/preventing-melanoma/self-screening-guide">Self-Screening
…      Guide</a></li></ul></li></ul><ul><li class="has-children"><a
…      href="/understand-melanoma/resource-library">Resource Library</a><ul><li><span
…      class="heading">Resource Library</span></li><li class=""><a
…      href="/understand-melanoma/resource-library/glossary-terms">Glossary of
…      Terms</a></li><li class=""><a
…      href="/understand-melanoma/resource-library/pictures-of-melanoma">Pictures of
…      Melanoma</a></li><li class="has-children"><a
…      href="/understand-melanoma/resource-library/educational-programs">Educational
…      Programs</a><ul><li><span class="heading">Educational Programs</span></li><li
…      class=""><a
…      href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
…      -materials">Educational Materials</a></li><li class=""><a
…      href="/order-educational-materials">Order Educational Materials</a></li><li
…      class=""><a
…      href="/understand-melanoma/resource-library/educational-programs/coloring-book">
…      Coloring Book</a></li></ul></li><li class=""><a
…      href="/understand-melanoma/resource-library/educational-recordings">Educational
…      Recordings</a></li><li class=""><a
…      href="/understand-melanoma/resource-library/twitter-chat-transcripts">Twitter Chat
…      Transcripts</a></li><li class=""><a
…      href="/understand-melanoma/resource-library/helpful-links">Helpful
…      Links</a></li></ul></li></ul></div></div></div></li><li class="item-2
```

```
120844… has-children"><a href="/find-support">Find Support</a><div class="mega-menu
…  mega-menu-4-wide"><span class="heading">Find Support</span><div class="clearfix"><div
…  class="col col-0"><ul class="helper"><li><a href="/find-support">Find
…  Support</a></li></ul><ul><li class="has-children"><a
…  href="/find-support/patient-community">Melanoma Patient Community</a><ul><li><span
…  class="heading">Melanoma Patient Community</span></li><li class="has-children"><a
…  href="/find-support/patient-community/mpip-melanoma-patients-information-page">MPIP
…  Forum</a><ul><li><span class="heading">MPIP Forum</span></li><li class=""><a
…  href="/find-support/patient-community/mpip-forum/history-mpip">History of
…  MPIP</a></li><li class=""><a href="/find-support/patient-community/forum-faq">Forum
…  FAQ</a></li></ul></li><li class=""><a
…  href="/find-support/patient-community/cure-om-forum">CURE OM Forum</a></li><li
…  class=""><a href="/find-support/patient-community/patient-stories">Patient
…  Stories</a></li><li class=""><a
…  href="/find-support/patient-community/memorials">Memorials</a></li><li class=""><a
…  href="/find-support/patient-community/profiles">MPIP Community Profile
…  Search</a></li></ul></li></ul><ul><li class=""><a
…  href="/find-support/helpline-nurse">Helpline &amp; Nurse</a></li></ul></div><div
…  class="col col-1"><ul><li class="has-children"><a
…  href="/find-support/support-groups">Support Groups</a><ul><li><span
…  class="heading">Support Groups</span></li><li class=""><a
…  href="/find-support/support-groups/om-support-groups">OM Support
…  Groups</a></li></ul></li></ul><ul><li class=""><a
…  href="/find-support/phone-buddy">Phone Buddy</a></li></ul></div><div class="col
…  col-2"><ul><li class=""><a href="/find-support/financial-assistance">Financial
…  Assistance</a></li></ul></div><div class="col col-3"><ul><li class=""><a
…  href="/find-support/living-with-melanoma">Living with
…  Melanoma</a></li></ul></div></div></div></li><li class="item-3 has-children"><a
…  href="/research-center">Research Center</a><div class="mega-menu
…  mega-menu-3-wide"><span class="heading">Research Center</span><div
…  class="clearfix"><div class="col col-0"><ul class="helper"><li><a
…  href="/research-center">Research Center</a></li></ul><ul><li class="has-children"><a
…  href="/research-center/research-initiatives">Research Initiatives</a><ul><li><span
…  class="heading">Research Initiatives</span></li><li class="has-children"><a
…  href="/research-center/research-initiatives/mrfbc">MRFBC</a><ul><li><span
…  class="heading">MRFBC</span></li><li class=""><a
…  href="/research-center/research-initiatives/mrfbc/mission-of-the-mrfbc">MRFBC
…  Mission</a></li><li class=""><a
…  href="/research-center/research-initiatives/mrfbc/mrfbc-steering-committee">MRFBC
…  Steering Committee</a></li><li class=""><a
…  href="/research-center/research-initiatives/mrfbc/participating-sites">Participating
…  Sites</a></li></ul></li><li class="has-children"><a
…  href="/research-center/research-initiatives/cure-om">CURE OM</a><ul><li><span
…  class="heading">CURE OM</span></li><li class=""><a
…  href="/research-center/research-initiatives/cure-om/scientific-steering-committee">
…  Scientific Steering Committee</a></li><li class=""><a
…  href="/research-center/research-initiatives/cure-om/ocular-melanoma-research">CURE OM
…  Research</a></li></ul></li></ul></li></ul></div><div class="col col-1"><ul><li
…  class="has-children"><a href="/research-center/research-grants">Research
…  Grants</a><ul><li><span class="heading">Research Grants</span></li><li class=""><a
…  href="/research-center/research-grants/the-grant-process">The Grant
…  Process</a></li><li class="has-children"><a
…  href="/research-center/research-grants/types-of-funding">Types of
…  Funding</a><ul><li><span class="heading">Types of Funding</span></li><li class=""><a
…  href="/research-center/research-grants/types-of-funding/eligibility-requirements">
…  Eligibility &amp; Requirements</a></li></ul></li><li class=""><a
…  href="/research-center/research-grants/research-grant-recipients">Research Grant
…  Recipients</a></li><li class=""><a
…  href="/research-center/research-grants/partnerships-supported-institutions">
…  Partnerships &amp; Supported Institutions</a></li><li class=""><a
…  href="/research-center/research-grants/grant-faqs">Grant
…  FAQs</a></li></ul></li></ul></div><div class="col col-2"><ul><li class=""><a
…  href="/research-center/scientific-milestones">Scientific
…  Milestones</a></li></ul></div></div></div></li><li class="item-4 has-children"><a
…  href="/get-involved">Get Involved</a><div class="mega-menu mega-menu-4-wide"><span
…  class="heading">Get Involved</span><div class="clearfix"><div class="col col-0"><ul
…  class="helper"><li><a href="/get-involved">Get Involved</a></li></ul><ul><li
…  class="has-children"><a href="/get-involved/support-the-mrf">Support the
```

120844… MRF</a></li><li><span class="heading">Support the MRF</span></li><li class=""><a
href="http://shop.melanoma.org">Shop to Support the
MRF!</a></li></ul></li></ul><ul><li class="has-children"><a
href="/get-involved/advocacy-initiatives">Advocacy Initiatives</a><ul><li><span
class="heading">Advocacy Initiatives</span></li><li class="has-children"><a
href="http://join.melanoma.org/site/PageNavigator/GetNaked/GetNaked_Landing.html">#
GetNaked for Melanoma</a><ul><li><span class="heading">#GetNaked for
Melanoma</span></li><li class=""><a
href="/get-involved/advocacy-initiatives/your-getnaked-story">Your #GetNaked
Story</a></li></ul></li><li class=""><a
href="/get-involved/advocacy-initiatives/key-issues">Key Issues</a></li><li
class=""><a href="/get-involved/advocacy-initiatives/campaigns">Campaigns</a></li><li
class=""><a href="/get-involved/advocacy-initiatives/become-an-mrf-advocate">Become
an MRF Advocate</a></li></ul></div><div class="col col-1"><ul><li
class="has-children"><a href="/get-involved/melanoma-awareness">Melanoma
Awareness</a><ul><li><span class="heading">Melanoma Awareness</span></li><li
class=""><a
href="/get-involved/melanoma-awareness/certified-melanoma-educators">Certified
Melanoma Educators</a></li><li class=""><a
href="/get-involved/melanoma-awareness/physician-cme-opportunities">Physician CME
Opportunities</a></li><li class="has-children"><a
href="/get-involved/melanoma-awareness/mark-spot">Mark the SPOT!</a><ul><li><span
class="heading">Mark the SPOT!</span></li><li class=""><a
href="/get-involved/melanoma-awareness/mark-spot/participating-salons">Participating
Salons</a></li></ul></li></ul></li></ul><ul><li class="has-children"><a
href="/get-involved/volunteer-for-the-mrf">Volunteer for the MRF</a><ul><li><span
class="heading">Volunteer for the MRF</span></li><li class="has-children"><a
href="/volunteer-opportunities">Volunteer Opportunities</a><ul><li><span
class="heading">Volunteer Opportunities</span></li><li class=""><a
href="/get-involved/volunteer-mrf/volunteer-opportunities/your-volunteer-story">Your
Volunteer Story</a></li></ul></li><li class=""><a
href="/get-involved/volunteer-mrf/dermatologists-medical-oncologists">Dermatologists
&amp; Medical Oncologists</a></li></ul></li></ul></div><div class="col col-2"><ul><li
class=""><a href="/get-involved/calendar-of-events">Calendar of
Events</a></li></ul><ul><li class="has-children"><a
href="/get-involved/miles-for-melanoma">Miles for Melanoma</a><ul><li><span
class="heading">Miles for Melanoma</span></li><li class=""><a
href="/get-involved/miles-for-melanoma/5k-runs-walks">5k Runs &amp; Walks</a></li><li
class=""><a href="/get-involved/miles-melanoma/champions-program">Champions
Program</a></li><li class=""><a
href="/get-involved/miles-melanoma/grassroots-activities">Grassroots
Activities</a></li></ul></li></ul></div><div class="col col-3"><ul><li
class="has-children"><a href="/get-involved/signature-events">Signature
Events</a><ul><li><span class="heading">Signature Events</span></li><li class=""><a
href="/get-involved/signature-events/wings-of-hope-galas">Wings of Hope
Galas</a></li><li class=""><a
href="/get-involved/signature-events/universal-studios-5k-run-walk">Universal Studios
5k Run Walk</a></li></ul></li></ul></div></div></div></li><li class="item-5
has-children"><a href="/about-us">About Us</a><div class="mega-menu
mega-menu-4-wide"><span class="heading">About Us</span><div class="clearfix"><div
class="col col-0"><ul class="helper"><li><a href="/about-us">About
Us</a></li></ul><ul><li class="has-children"><a
href="/about-us/history-mission">History &amp; Mission</a><ul><li><span
class="heading">History & Mission</span></li><li class=""><a
href="/about-us/history-mission/mrf-faq">MRF FAQ</a></li></ul></li></ul><ul><li
class="has-children"><a href="/about-us/executive-leadership-board">Executive
Leadership &amp; Board</a><ul><li><span class="heading">Executive Leadership &
Board</span></li><li class=""><a
href="/about-us/executive-leadership-board/letter-from-the-chairman">Letter from the
Chairman</a></li></ul></li></ul><ul><li class=""><a
href="/about-us/scientific-leadership">Scientific Leadership</a></li></ul></div><div
class="col col-1"><ul><li class=""><a href="/about-us/mrf-staff">MRF
Staff</a></li></ul><ul><li class="has-children"><a
href="/about-us/news-press-room">News &amp; Press Room</a><ul><li><span
class="heading">News & Press Room</span></li><li class=""><a
href="/about-us/news-press-room/blog">MRF Blog</a></li><li class=""><a
href="/about-us/news-press-room/news">News</a></li><li class=""><a
href="/about-us/news-press-room/press-releases">Press Releases</a></li><li

```
120844…    class="">…<a href="/about-us/news-press-room/mrf-newsletters">MRF
    …    Newsletters</a></li></ul></li></ul><ul><li class=""><a
    …    href="/about-us/using-MRF-logo">MRF Logo Use</a></li></ul></div><div class="col
    …    col-2"><ul><li class=""><a href="/about-us/financials-annual-reports">Financials
    …    &amp; Annual Reports</a></li></ul><ul><li class=""><a
    …    href="/about-us/sponsors-partners">Corporate and Foundation
    …    Supporters</a></li></ul></div><div class="col col-3"><ul><li class=""><a
    …    href="/about-us/work-with-the-mrf">Work with the MRF</a></li></ul><ul><li
    …    class="has-children"><a href="/contact-us">Contact Us</a><ul><li><span
    …    class="heading">Contact Us</span></li><li class=""><a
    …    href="/about-us/contact-us/connect-mrf-online">Connect with the MRF
    …    Online!</a></li></li></ul></li></ul></div></div></div></li>                  </ul>
120845                    </nav>
120846                </div>
120847            </div>
120848            <div id="mobile-search-wrapper" class="page-section">
120849                <div>
120850                    <div id="mobile-search">
120851                        <form class="site-search" action="/search/node" method="post">
120852                            <input type="text" placeholder="Search" name="keys" />
120853                            <input type="submit" value="Search" title="Search" />
120854                            <div class="clearfix search-options">
120855                                <div class="radio"><label><input type="radio"
name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
120856                                <div class="radio"><label><input type="radio"
name="search-scope" value="mpip" /> MPIP</label></div>
120857                            </div>
120858                        </form>
120859                    </div>
120860                </div>
120861            </div>
120862                <div class="page-section">
120863                    <div>
120864                                                                                <div
    …    id="front-top">
120865                        <div class="grid clearfix">
120866                            <div class="col col-0 span-2">
120867                                <div>
120868                                    <div class="slideshow-wrapper">
120869                                        <div class="slideshow cycle-slideshow"
    …    data-cycle-log="false" data-cycle-pager="#front-top .slideshow-wrapper .pager"
    …    data-cycle-swipe="true" data-cycle-slides="> div" data-cycle-pager-template=""
    …    data-cycle-timeout="5000">
120870
    …    <div class="slide">
120871
    …    <a href="http://www.melanoma.org/about-us/scientific-leadership"><img
    …    src="https://www.melanoma.org/sites/default/files/styles/slide/public/DNASlide.jpg?
    …    itok=C8n9TMyD" width="635" height="420" alt="" /></a>
120872
    …    <div class="content">
120873                                                        <div class="caption">
120874                                                            <h2>Meet Our Scientific Advisory
    …    Committee</h2>
120875                                                        </div>
120876                                                        <div class="more">
120877                                                            <div>
120878                                                                A team of experts directs the
    …    MRF&#039;s research &amp; science objectives.
    …    <a class="link" href="http://www.melanoma.org/about-us/scientific-leadership">Read
    …    more</a>
120879
    …    </div>
120880                                                        </div>
120881                                                    </div>
120882                                                </div>
120883
    …    <div class="slide" style="display: none;">
```

```
120884
  …   <a href="/understand-melanoma/newly-diagnosed"><img
  …   src="https://www.melanoma.org/sites/default/files/styles/slide/public/Recently-
  …   Diagnosed_1.jpg?itok=o7K-5GHz" width="635" height="420" alt="" /></a>
120885
  …   <div class="content">
120886                                                <div class="caption">
120887                                                   <h2>Just Diagnosed…Now What?</h2>
120888                                                </div>
120889                                                <div class="more">
120890                                                   <div>
120891                                                      You are not alone. We can
  …   help!
  …   <a class="link" href="/understand-melanoma/newly-diagnosed">Read more</a>
120892
  …   </div>
120893                                                </div>
120894                                             </div>
120895                                          </div>
120896
  …   <div class="slide" style="display: none;">
120897
  …   <a
  …   href="http://www.melanoma.org/understand-melanoma/pediatric-melanoma/pediatric-
  …   melanoma-resources"><img
  …   src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF332-
  …   Pediatric_HomePage_Slider_V1_M01.png?itok=QanLhXWu" width="635" height="420" alt=""
  …   /></a>
120898
  …   <div class="content">
120899                                                <div class="caption">
120900                                                   <h2>Understand Pediatric Melanoma
  …   </h2>
120901                                                </div>
120902                                                <div class="more">
120903                                                   <div>
120904                                                      Find information and
  …   resources for young melanoma patients.
  …   <a class="link"
  …   href="http://www.melanoma.org/understand-melanoma/pediatric-melanoma/pediatric-
  …   melanoma-resources">Read more</a>
120905
  …   </div>
120906                                                </div>
120907                                             </div>
120908                                          </div>
120909
  …   <div class="slide" style="display: none;">
120910
  …   <a href="/understand-melanoma/what-is-melanoma/ocular-melanoma"><img
  …   src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF-CURE-OM-
  …   SLIDE.jpg?itok=MmWsjA-r" width="635" height="420" alt="" /></a>
120911
  …   <div class="content">
120912                                                <div class="caption">
120913                                                   <h2>Melanoma Can Occur in Your
  …   Eyes.</h2>
120914                                                </div>
120915                                                <div class="more">
120916                                                   <div>
120917                                                      Learn more about ocular
  …   melanoma and CURE OM.
  …   <a class="link" href="/understand-melanoma/what-is-melanoma/ocular-melanoma">Read
  …   more</a>
120918
  …   </div>
120919                                                </div>
120920                                             </div>
```

```
120921                                        </div>
120922
   …  <div class="slide" style="display: none;">
120923
   …  <a href="http://www.melanoma.org/getnaked"><img
   …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/MRF315-
   …  GetNaked_Slider_M03v4.jpg?itok=1vOzUly1" width="635" height="420" alt="" /></a>
120924
   …  <div class="content">
120925                                        <div class="caption">
120926                                            <h2>It Just Might Save Your
   …  Life.</h2>
120927                                        </div>
120928                                        <div class="more">
120929                                            <div>
120930                                            Find out why baring it all
   …  could help you catch melanoma early.
   …  <a class="link" href="http://www.melanoma.org/getnaked">Read more</a>
120931
   …  </div>
120932                                            </div>
120933                                        </div>
120934                                    </div>
120935
   …  <div class="slide" style="display: none;">
120936
   …  <a href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous"><img
   …  src="https://www.melanoma.org/sites/default/files/styles/slide/public/Tanning_0.jpg?
   …  itok=WL59rkAR" width="635" height="420" alt="" /></a>
120937
   …  <div class="content">
120938                                        <div class="caption">
120939                                            <h2>Is Tanning Dangerous?</h2>
120940                                        </div>
120941                                        <div class="more">
120942                                            <div>
120943                                            Learn why there is no such
   …  thing as a safe tan.
   …  <a class="link"
   …  href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous">Read
   …  more</a>
120944
   …  </div>
120945                                            </div>
120946                                        </div>
120947                                    </div>
120948                                                            </div>
120949                                                        <div
   …  class="controls">
120950                                    <div>
120951                                        <div class="clearfix">
120952                                            <a class="play-pause"
   …  href="#">Pause</a>
120953                                        <ul class="pager"><!--
120954
   …  --><li><a href="#" title="Slide 1">Slide 1</a></li><!--
120955
   …  --><li><a href="#" title="Slide 2">Slide 2</a></li><!--
120956
   …  --><li><a href="#" title="Slide 3">Slide 3</a></li><!--
120957
   …  --><li><a href="#" title="Slide 4">Slide 4</a></li><!--
120958
   …  --><li><a href="#" title="Slide 5">Slide 5</a></li><!--
120959
   …  --><li><a href="#" title="Slide 6">Slide 6</a></li><!--
120960
   …  </ul>
```

```
120961                                        </div>
120962                                    </div>
120963                                </div>
120964                                            </div>
120965                            </div>
120966                        </div>
120967                    <div class="col col-1 span-1">
120968                        <div>
120969                            <div class="pillars">
120970                                <ul class="tab-nav clearfix">
120971                                    <li class="tab-0 research"><span><a
href="#research">Research</a></span></li>
120972                                    <li class="tab-1 education"><span><a
href="#education">Education</a></span></li>
120973                                    <li class="tab-2 advocacy"><span><a
href="#advocacy">Advocacy</a></span></li>
120974                                </ul>
120975                                <div class="content">
120976                                    <div id="research" style="display: block;">
120977                                        <p>Supporting research for effective
treatments and eventually a cure for melanoma.</p>
120978 <div class="links">
120979 <h4>Quick Links:</h4>
120980 <ul>
120981 <li><a href="/research-center/research-grants/the-grant-process">Apply for a research
grant</a></li>
120982 <li><a href="/research-center/research-initiatives/cure-om">Learn about our CURE OM
initiative</a></li>
120983 <li><a href="/research-center/research-grants/recent-grant-recipients">Meet our
researchers</a></li>
120984 <li><a href="/research-center/research-initiatives/mrfbc">Read how the MRFBC is
accelerating research</a></li>
120985 </ul>
120986 </div>
120987 <p> </p>
120988                                    </div>
120989                                    <div id="education" style="display: none;">
120990                                        <p>Educating patients and physicians about
the prevention, diagnosis and treatment of melanoma.</p>
120991 <div class="links">
120992 <h4>Quick Links:</h4>
120993 <ul>
120994 <li><a href="/understand-melanoma/melanoma-treatment">Read about the latest treatment
options</a></li>
120995 <li><a href="/understand-melanoma/resource-library/educational-programs">Attend an
upcoming educational event</a></li>
120996 <li><a href="/understand-melanoma/preventing-melanoma">Get tips to protect
yourself</a></li>
120997 <li><a
href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
-materials">View our educational materials</a></li>
120998 </ul>
120999 </div>
121000 <p> </p>
121001                                    </div>
121002                                    <div id="advocacy" style="display: none;">
121003                                        <p>Advocating for the melanoma community,
raising awareness about melanoma.</p>
121004 <div class="links">
121005 <h4>Quick Links:</h4>
121006 <ul>
121007 <li><a href="/get-involved/advocacy-initiatives">Learn about our advocacy
initiatives</a></li>
121008 <li><a href="/get-involved/volunteer-for-the-mrf">Volunteer for the MRF</a></li>
121009 <li><a href="/get-involved/support-the-mrf">Find ways to support the MRF</a></li>
121010 <li><a href="/get-involved/miles-for-melanoma/5k-runs-walks">Run/walk for new
melanoma treatments</a></li>
121011 </ul>
```

```
121012  </div>
121013                                    </div>
121014                                </div>
121015                            </div>
121016                        </div>
121017                    </div>
121018                </div>
121019            </div>                                    </div>
121020          </div>
121021        </div>
121022      <div id="page-body" class="page-section" role="main">
121023          <div>
121024              <div id="content" class="front-content grid clearfix">
121025          <div class="col col-0">
121026              <div>
121027                  <div class="collapsible-block">
121028                      <h2><a href="#">MRF News</a></h2>
121029                      <ul class="news">
121030                                                        <li>
121031                          <h3><a
       href="/about-us/news-press-room/news/durbin-amendment-ensures-research-funding-
       remains-priority-dod">The Durbin Amendment Ensures Research Funding Remains a
       Priority for the DoD</a></h3>
121032                          <p>
121033                              The Peer Reviewed Cancer Research Program at
       the Department of Defense (DoD) has led to many                      </p>
121034                          <a class="read-more"
       href="/about-us/news-press-room/news/durbin-amendment-ensures-research-funding-
       remains-priority-dod">Read more...</a>
121035                      </li>
121036                                                        <li>
121037                          <h3><a
       href="/about-us/news-press-room/press-releases/senate-appropriations-committee-
       increases-military-cancer">Senate Appropriations Committee Increases  Military Cancer
       Research Funding to $60 Million </a></h3>
121038                          <p>
121039                                                                        </p>
121040                          <a class="read-more"
       href="/about-us/news-press-room/press-releases/senate-appropriations-committee-
       increases-military-cancer">Read more...</a>
121041                      </li>
121042                                                        <li>
121043                          <h3><a
       href="/about-us/news-press-room/press-releases/actor-jason-george-leads-fight-against
       -melanoma-5th-annual">Actor Jason George Leads Fight Against Melanoma at the 5th
       Annual Miles For Melanoma 5k in Los Angeles on May 1</a></h3>
121044                          <p>
121045                              World-renowned actor Jason George hosts the
       annual Miles for Melanoma 5k on the Universal Studios Backlot
       </p>
121046                          <a class="read-more"
       href="/about-us/news-press-room/press-releases/actor-jason-george-leads-fight-against
       -melanoma-5th-annual">Read more...</a>
121047                      </li>
121048                                                        <li>
121049                          <h3><a
       href="/about-us/news-press-room/press-releases/preeminent-experts-provide-roadmap-
       future-melanoma-research">Preeminent Experts Provide Roadmap for Future Melanoma
       Research</a></h3>
121050                          <p>
121051                              World-renowned melanoma experts analyzed the
       state of melanoma research, creating a roadmap for the future.
       </p>
121052                          <a class="read-more"
       href="/about-us/news-press-room/press-releases/preeminent-experts-provide-roadmap-
       future-melanoma-research">Read more...</a>
121053                      </li>
121054                                                    <li class="more"><a
```

```
121054…   href="/about-us/news-press-room">More MRF News</a></li>
121055                          </ul>
121056                      </div>
121057                  </div>
121058              </div>
121059          <div class="col col-1">
121060              <div>
121061                  <div class="collapsible-block">
121062                      <h2><a href="#">Events</a></h2>
121063                      <ul class="events">
121064
121065…   <li class="clearfix">
                                <div class="date-tile">
121066                              <span class="month">Jul.</span>
121067                              <span class="day">24</span>
121068                              <span class="year">2016</span>
121069                          </div>
121070                          <div class="content">
121071                              <div>
121072                                  <h3><a
121072…   href="/get-involved/calendar-of-events/1st-annual-joseph-mike-cardile-memorial-
121072…   fundraiser-auto-show">1st Annual Joseph "Mike" Cardile Memorial Fundraiser Auto
121072…   Show</a></h3>
121073                                  <div class="date">Sunday, Jul. 24,
121073…   2016</div>
121074                                  <!--<div class="location"></div>-->
121075                                  <!--<a href="#">Register</a>-->
121076                              </div>
121077                          </div>
121078                      </li>
121079
121080…   <li class="clearfix">
                                <div class="date-tile">
121081                              <span class="month">Jul.</span>
121082                              <span class="day">24</span>
121083                              <span class="year">2016</span>
121084                          </div>
121085                          <div class="content">
121086                              <div>
121087                                  <h3><a
121087…   href="http://join.melanoma.org/2016mfmsanfrancisco" target="_blank">Miles for
121087…   Melanoma San Francisco</a></h3>
121088                                  <div class="date">Sunday, Jul. 24,
121088…   2016</div>
121089                                  <!--<div class="location"></div>-->
121090                                  <!--<a href="#">Register</a>-->
121091                              </div>
121092                          </div>
121093                      </li>
121094
121095…   <li class="clearfix">
                                <div class="date-tile">
121096                              <span class="month">Jul.</span>
121097                              <span class="day">30</span>
121098                              <span class="year">2016</span>
121099                          </div>
121100                          <div class="content">
121101                              <div>
121102                                  <h3><a
121102…   href="/get-involved/calendar-of-events/3rd-annual-mary-nickell-barn-crawl">3rd Annual
121102…   Mary Nickell Barn Crawl</a></h3>
121103                                  <div class="date">Saturday, Jul. 30,
121103…   2016</div>
121104                                  <!--<div class="location"></div>-->
121105                                  <!--<a href="#">Register</a>-->
121106                              </div>
121107                          </div>
121108                      </li>
```

```
121109  <li class="clearfix">
121110                                  <div class="date-tile">
121111                                      <span class="month">Jul.</span>
121112                                      <span class="day">30</span>
121113                                      <span class="year">2016</span>
121114                                  </div>
121115                                  <div class="content">
121116                                      <div>
121117                                          <h3><a
…       href="http://join.melanoma.org/2016SteveCasey" target="_blank">9th Annual Steve Casey
        Memorial Golf Tournament</a></h3>
121118                                          <div class="date">Saturday, Jul. 30,
…       2016</div>
121119                                          <!--<div class="location"></div>-->
121120                                          <!--<a href="#">Register</a>-->
121121                                      </div>
121122                                  </div>
121123                              </li>
121124                                              <li class="more"><a
…       href="/get-involved/calendar-of-events">Calendar of Events</a></li>
121125                          </ul>
121126                      </div>
121127                  </div>
121128              </div>
121129              <div class="col col-2" role="complementary">
121130                  <div>
121131                      <div class="region region-right">
121132      <div id="block-block-3" class="block block-block">
121133      <div class="block-content">
121134          <div class="content">
121135                          <div class="video-block">
121136  <h4>Meet the MRF</h4>
121137  <div>
121138  <iframe allowfullscreen="" class="video" frameborder="0" height="141"
…       src="//www.youtube.com/embed/1brpC4g2GwY" width="256"></iframe></div>
121139  <p><a class="icon youtube" href="http://www.youtube.com/user/CureMelanoma"
…       target="_blank">Visit the MRF YouTube Channel</a></p>
121140  </div>
121141          </div>
121142      </div>
121143  </div>
121144  <div id="block-block-2" class="block block-block">
121145      <div class="block-content">
121146          <div class="content">
121147                          <div class="support-block">
121148  <h4>Find Support</h4>
121149  <p><a href="/find-support/patient-community">Connect with the melanoma
…       community</a></p>
121150  </div>
121151  <p> </p>
121152          </div>
121153      </div>
121154  </div>
121155  <div id="block-block-4" class="block block-block">
121156      <div class="block-content">
121157          <div class="content">
121158                          <div class="newsletter-block">
121159  <h4>Subscribe!</h4>
121160  <p><a href="http://subscribe.melanoma.org" target="_blank">Get updates on melanoma
…       research, education &amp; advocacy</a></p>
121161  </div>
121162  <p> </p>
121163          </div>
121164      </div>
121165  </div>
121166    </div>
121167                  </div>
```

```
121168                          </div>
121169          </div>          </div>
121170      </div>
121171          <div id="sponsors" class="page-section">
121172              <div>
121173                  <h4>Melanoma Research Foundation Corporate Partners</h4>
121174                  <div class="sponsors-slideshow-wrapper">
121175                      <div>
121176                          <div class="sponsors-slideshow cycle-slideshow"
    data-cycle-log="false" data-cycle-fx="carousel" data-cycle-carousel-visible="7"
    data-cycle-slides="> div" data-cycle-next=".sponsors-slideshow-wrapper .next"
    data-cycle-prev=".sponsors-slideshow-wrapper .previous" data-cycle-timeout="0">
121177                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-19042"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/Guerbet.jpg?itok=ZBTlqMH0" width="125" height="50" alt="" /></a></div>
121178                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-31573"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/iconic_2_line_vert_sig_rgb.jpg?itok=ko1IUhqc" width="125" height="50" alt=""
    /></a></div>
121179                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-24634"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/Novartis%20Logo_0.jpg?itok=8w8IO2Lc" width="125" height="50" alt=""
    /></a></div>
121180                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-16157"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/wallaroo.png?itok=mj_bH0b0" width="125" height="50" alt="" /></a></div>
121181                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-16161"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/genentech.png?itok=1pAHEaIV" width="125" height="50" alt="" /></a></div>
121182                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-16158"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/amgen.png?itok=RfuPJvaQ" width="125" height="50" alt="" /></a></div>
121183                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-28759"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/provectus_logo.jpg?itok=7rKeGrwD" width="125" height="50" alt="" /></a></div>
121184                                  <div class="logo"><a
    href="/about-us/sponsors-partners#sponsor-16160"><img
    src="https://www.melanoma.org/sites/default/files/styles/sponsor_logo/public/sponsor-
    logos/Bristol-Myers-Squibb.jpg?itok=FigwoY69" width="125" height="50" alt=""
    /></a></div>
121185                                  </div>
121186                      </div>
121187              <a class="previous" href="#">Previous logo</a>
121188              <a class="next" href="#">Next logo</a>
121189                  </div>
121190              </div>
121191      </div>
121192          <div id="page-footer" class="page-section" role="contentinfo">
121193          <div class="clearfix">
121194              <div class="col col-0">
121195                  <div>
121196                      <h4><a href="/">Home</a></h4>
121197                      <ul role="navigation">
121198                          <li><a href="/understand-melanoma">Understand
    Melanoma</a></li><li><a href="/find-support">Find Support</a></li><li><a
    href="/research-center">Research Center</a></li><li><a href="/get-involved">Get
    Involved</a></li><li><a href="/about-us">About Us</a></li>               </ul>
121199                  </div>
121200              </div>
121201          <div class="col col-1">
121202                  <div>
```

Page 3664

```
121203                <h4>Connect with the MRF</h4>
121204                <ul class="social clearfix">
121205                    <li class="facebook"><a
      href="http://www.facebook.com/Melanoma.Research.Foundation" target="_blank"
      title="Follow us on Facebook">Follow us on Facebook</a></li>
121206                    <li class="twitter"><a href="http://twitter.com/curemelanoma"
      target="_blank" title="Follow us on Twitter">Follow us on Twitter</a></li>
121207                    <li class="youtube"><a
      href="http://www.youtube.com/user/CureMelanoma" target="_blank" title="Follow us on
      YouTube">Follow us on YouTube</a></li>
121208                    <li class="google-plus"><a
      href="https://plus.google.com/117548443946656380737#117548443946656380737/posts"
      target="_blank" title="Follow us on Google+">Follow us on Google+</a></li>
121209                    <li class="instagram"><a
      href="http://instagram.com/CureMelanoma" target="_blank" title="Follow us on
      Instagram">Follow us on Instagram</a></li>
121210                    <li class="feed"><a href="#" target="_blank" title="Subscribe
      to our feed">Subscribe to our feed</a></li>
121211                    <!--<li class="print"><a href="#" target="_blank"
      title="Print this page">Print this page</a></li>-->
121212                </ul>
121213                <ul>
121214                    <li><a href="/find-support/patient-community">MPIP
      Community</a></li>
121215                    <li><a href="/get-involved/support-the-mrf">Support the
      MRF</a></li>
121216                </ul>
121217                <p>Helpline: (877) 673-6460</p>
121218            </div>
121219        </div>
121220        <div class="col col-2">
121221            <div>
121222                <h4>Melanoma Research Foundation</h4>
121223                <p>
121224                    1411 K Street, NW Suite 800<br />
121225                    Washington, DC 20005<br />
121226                    (800) 673-1290 Office<br />
121227                    (202) 347-9678 Fax
121228                </p>
121229                <p><a href="/about-us/contact-us">Contact Us</a></p>
121230            </div>
121231        </div>
121232        <div class="col col-3">
121233            <div>
121234                <h4>About the MRF</h4>
121235                <a class="charity-navigator"
      href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
      src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
      Navigator logo" /></a>
121236                <p>The Melanoma Research Foundation (MRF) is leading the melanoma
      community to transform melanoma from one of the deadliest cancers to one of the most
      treatable through research, education and advocacy.</p>
121237                <p class="small"><em>The Melanoma Research Foundation is a <a
      href="http://www.melanoma.org/sites/default/files/u20369/IRS Tax Exemption
      Letter-dated 10-3-13.pdf" target="_blank">501(c)(3)</a> non-profit
      organization.</em></p>
121238            </div>
121239        </div>
121240        <a class="icon top" href="#page-top"><span>Back to Top</span></a>
121241        <a class="charity-navigator charity-navigator-2"
      href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
      src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
      Navigator logo" /></a>
121242        </div>
121243    </div>
121244</div>
121245<div id="page-master-footer" class="page-section">
121246    <div class="clearfix">
```

```
121247              <div class="legal">
121248                  &copy; Copyright 2016 Melanoma Research Foundation (MRF) <span
      class="divider">|</span> <a href="/terms-of-use">Terms of Use</a> <span
      class="divider">|</span> <a href="/privacy-policy">Privacy Policy</a>
121249              </div>
121250              <div class="credits">
121251                  <a href="http://www.voxverde.net/" target="_blank">Website Design</a>
121252              </div>
121253          </div>
121254  </div>
121255  <script type="text/javascript">
121256  /* <![CDATA[ */
121257  var google_conversion_id = 985324023;
121258  var google_custom_params = window.google_tag_params;
121259  var google_remarketing_only = true;
121260  /* ]]> */
121261  </script>
121262  <script type="text/javascript" src="//www.googleadservices.com/pagead/conversion.js">
121263  </script>
121264  <noscript>
121265  <div style="display:inline;">
121266  <img height="1" width="1" style="border-style:none;" alt=""
      src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/985324023/?value=0&
      amp;guid=ON&amp;script=0"/>
121267  </div>
121268  </noscript>
121269    <script type="text/javascript"
      src="https://www.melanoma.org/sites/default/files/js/
      js_AN2_xvKFqCvCm3ThhI1RJgHqdeTqhCpYlvxTtjKDNhE.js"></script>
121270  <script type="text/javascript"
      src="//s7.addthis.com/js/300/addthis_widget.js#pubid=ra-522d494a51bf7f91"></script>
121271  <script type="text/javascript"
      src="//s7.addthis.com/js/300/addthis_widget.js#async=1"></script>
121272  <script type="text/javascript">
121273  <!--//--><![CDATA[//><!--
121274
121275              addthis_config.pubid = 'ra-53580b1f2d770da6';
121276              addthis.init();
121277
121278  //--><!]]>
121279  </script>
121280  </body>
121281  </html>
121282
121283  **************************************************
121284  The following data is from melenoma_org-pediatric-20160919-addthis_widget_js.txt
121285  **************************************************
121286  !function(e){function t(n){if(a[n])return a[n].exports;var
      o=a[n]={exports:{},id:n,loaded:!1};return
      e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
      n=window.atwpjp;window.atwpjp=function(a,i){for(var
      r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
      l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
      function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
      break;default:e[r]=l[1]}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
      a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
      0!==o[e])o[e].push(n);else{o[e]=[n];var
      a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
      "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
      custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
      550b76ddcec985383192",2:"34b110278e31336d1c48",3:"1f64e60d77dbe84bd711",4:"
      db62ea231012bad36f96",5:"1ae48be42493e3d3451c",6:"a00f69addebec68cddff",7:"
      d9e2c6294d50cb7d3b15",8:"368d52fec27f2314e544",9:"c48027171aeab6135172",10:"
      0b81145220bb8d377fdb",11:"7fdde841fa69b63f7b85",12:"ccabab2686194d9d3f37",13:"
      3f8c5b0f1dce5ace46a0",14:"a24da6a9d2e87b5c4d7c",15:"1ba12bbbeedf5a99a35e",16:"
      dee402e950bdf1062ba4",17:"1416be76d518601e4c7b",18:"de4026af57214c2e3da3",19:"
      0c52e449785790c7eb42",20:"4ed16aee77a17443143c",21:"28394aab35cfee275ddf",22:"
      cacdc9416fb0177645a5",23:"169ae05c7962849fc71b",24:"345627076c8c310cda2d",25:"
```

121286… …f71739a1fa122f3ee9f54","26:"dbddaccb9d9bb21f5d89","27:"47dfec3de3a8aa3b3b08","28:"
… 7baad9d06b8692bdeb71","29:"d3d0dac46a022d577a1f","30:"5d557b3f9a670b654c60","31:"
… 16a13de3df218792ba65","32:"42265a1d242c372e8163","33:"423db6d5a39d3e3e3c16","34:"
… 89bf85b8d888cf6104d3","35:"109627f1aaf14f8cf63e","36:"b55109412c036fa8710e","37:"
… 06e1c102355760603c21","38:"5c4270530d70ac6e0fb6","39:"cbe2825279b714fd3386","40:"
… 9dbe6af37ca4e33affc3","41:"f9bebfc5d0f51f4f1eb1","42:"bf9ae07785aed5002ad2","43:"
… e756685c6f1ec01624c1","44:"01c7ee7c90bc472b7adf","45:"36ac6147695662169603","46:"
… 8ec3d34c7417a359df2a","47:"d442d34e753cf6e9f112","48:"ce28154a341c52a52d5f","49:"
… d3ff7d366e6e5495dbba","50:"92ebb920d5f9c6609024","51:"45727e86a95bf9d0edb6","52:"
… 040f333e9d01b29a8a53","53:"2b50a464cc1624f57196","54:"342111150041d651d5db","55:"
… f77b24356e56d029aa1c","56:"fc740ae6a196c250e55b","57:"a4bc1e929fa3c4904a61","58:"
… 9de37ddd3b37d6c30ce9","59:"897630cd881ab81ea5bb","60:"8bcad57606cd797a7dec","61:"
… 2bc115a6ba0154c317e7","62:"bb163a71054a3dbefe2b","63:"fb240251894d7128b213","64:"
… 53d9d294c26f60705ec1","65:"0ac6dcbf179359fb3afc","66:"d8d5f392d6458a3e20bb","67:"
… e4726aaaf5c1ba47001f","68:"cb2934e4054f658175ac","69:"dd08ffdb37bd61bf872b","70:"
… c646c244eceed29c5a5b","71:"7fd1ff51dcca8f4f109e","72:"af7ef3e6d96fa1a1d3f7","73:"
… 19f0dbcb2ab1ac82ef9c","74:"52cb2d248d058b32b358","75:"51107b628c384c790037","76:"
… f3dac00eba3694cab631","77:"147cfa535e8ab73fe2cd","78:"90efd6f9e972dcaae162","79:"
… 60d95396cf0dc2d4e2ff","80:"28f4a7665e0839bf88cf","81:"c4e1af79d0463c37cf1d","82:"
… be7fb8dacab14ec656b8","83:"e13ad6383f9e8b34b205","84:"abecf47f47d4b23fc5e8","85:"
… 70007883c821afd2d6e4","86:"8c763b110293e755f82a","87:"c29cccd93751632258ba","88:"
… dbe4821350396532bc41","89:"397b39422d2a2dfbc3c5","90:"76ad6670e76b368041ad","91:"
… c1e881eb143d005e5819","92:"06914b96e871cac27a5d","93:"0e031936283b0966f2e0","94:"
… fe5b7e899e368d76f432","95:"c826c7b90899ac108c63","96:"3aad9237e802d4bf8de7","97:"
… 2a966e0cc30252ff188e","98:"40aea6d493a0738d186d","99:"f102b3078a9b00966619","100:"
… 4543d2bcd7b343bbe997","101:"737e4c7089c9495615be","102:"b123e579eb1ee0c20eaa","103:"
… 7d1da2fc03fb60fe418e","104:"aef56efa04e07ea11128","105:"350953fcbc8686c24743","106:"
… 3e1d4c356941e45ef739","107:"71170666218bb55b5fcd","108:"1e430b5468a4877d1a20","109:"
… 5a18187cb31ed8632f8b","110:"4fca77488fb0c77e4eae","111:"d60534645768cd2720c6","112:"
… b93e5688e7043048cc5c","113:"1e955c6cc21f906c5002","114:"010739a8d4f1373d0809","115:"
… c6623cc4cecc5d8baaf8","116:"23a6abb2157b27c9b8f8","117:"4ce105f3b4e3719b2cdb","118:"
… 2ca36a640076b81dcdb9","119:"ccf3fa8a07c3307fc472","120:"ee45e5bbcb995f989bbf","121:"
… b82c8c78687014d00779","122:"2d84089c3c472fe1d907","123:"22c6470403d4d46993da","124:"
… 6802f1d919fa8dec3594","125:"97c3975b9f545be74fc8","126:"acb737861450496c0c3c","127:"
… d1a591af86d5484bb3d0","128:"08a19cc4c052960a6256","129:"8283e43c69752575bb75","130:"
… 679e7a1c35ad6ee6b964","131:"cffc5dba975f885a661b","132:"dfd38bb4394a38077bbb","133:"
… 45725d58f195ad40f189","134:"dfbcbdc447aabffbe0c6","135:"06f40c45db4740fd0976","136:"
… a8483c1f952da5017f1f","137:"9ea828b792b605614e8d","138:"0f49c727bb6d7c7e4a2a","139:"
… 01378a885e2cf2044a95","140:"4208271cb60730878e94","141:"9a841531ca0673047c1d","142:"
… b1781c12183a04962422","143:"e0dea62e6c48fa4d88ce","144:"e83144ef22652e77ce68","145:"
… c15baf0675e1d1e0c34b","146:"4122613f8d7e09b262e","147:"61c8253614c3e86b9bf","148:"
… 285e8ce359f5fc8e839a","149:"88317460a0e00a92cca3","150:"8a7cfdd815379a18d9bd","151:"
… 883e43f1970ec27ba691","152:"d11be4eae5dc0abe83d3","153:"1ffd471bd4156509634c","154:"
… bed92aadca3621b8cce4","155:"d1b298a0b2de59dc6e9b","156:"e7eaf4e58df69e3b23d5","157:"
… 593584627d07f116b0a8","158:"7728fe37a71dee38e566","159:"df2777e8de39e3879977","160:"
… 242890eebfbbddbac890","161:"a9bfadac7ddf39d81a19","162:"f06fef3f08653c171f8c","163:"
… f6881578b9d71c44af51","164:"5e78aaf775adb93282a6","165:"433e904413c67429922d","166:"
… e25cd714cc8d83f578ff","167:"824e749bf8a960237404","168:"14e511d62fa7528f435e","169:"
… acf0d96eb4c6cfadc431","170:"cd18e79a271175827199","171:"abee1eb112e30dc9450c","172:"
… fdcece534de1672de2f49","173:"ab9f103b121b0878c7ea","174:"4786a20b1108840fcba6","175:"
… 8bc5ffdde01353fcfb49","176:"df4a39abc226ae0c88f3","177:"bcaad1fd8c2ba4813cdc","178:"
… 1c0b019e19bb23fbf58b","179:"ea986530b73763dfc14b","180:"a0679b5a6ff4478ac260","181:"
… 20502069f914a91db482","182:"7b0f98d742b01744234a","183:"4497dcf067639da56797","184:"
… 05316f8ca7f01f986f47","185:"ed106bc5fbd73eabdb41","186:"69f8cf730adcd9f36c0b","187:"
… 444fc2bc1361183f9b45","188:"5eadb7aed58c3698cd06","189:"ec062ee84daa7bea2167","190:"
… a5bd7f366ce743aafa65","191:"4e2e1f42ef5cba268fa9","192:"a160ca5659c98c4139cb","193:"
… 1a506163971f24f44ecb","194:"977dd0ee8a345b461b4c","195:"9c58e8033cda035bd9e2","196:"
… 1e56fbdf6366c6e88c91","197:"b12703aa1a273b0b79a8","198:"5a3eacac931da8f74b46","199:"
… 93d2bfcd9b88a3d5458c","200:"1c94d556c0e95841287b","201:"579958bc80f2ade6b4c5","202:"
… eb4086e44e7443d056cb","203:"881e67fed7853ed35e02","204:"1ead5a455d91180541a9","205:"
… fe9036304b65ac787d16","206:"235767189390298ed0b4","207:"bb933396f3483ac240a6","208:"
… fbf6a5481b563ca4a674","209:"f3640b04c62ea5f5adff","210:"047b3f9ffe5ba9dc9647","211:"
… bc66a2f2a2d6c25a905e","212:"401d35e2b4f40e047215","213:"c0b54229e40702653575","214:"
… a356ac98e4bcc26151fc","215:"0cdf7e3113f8b79eb0f1","216:"13e4ad8a42a4a3a90994","217:"
… cf5bd91f60b7e2dddbfc","218:"91dd48b28cb972cc728e","219:"c2802b44f6eec5ea93aa","220:"
… 1b0fb1b2614decf116d","221:"6a2dddeb441d6ff854b1","222:"fc218e3a2828a969e5a1","223:"
… 002ecdf0f98580be5676","224:"83a71b171cd75bb0091f","225:"221b70cd1ba221eb9b5f","226:"
… 1139a7d73756fe12a7e3","227:"cb6ef3d998e680b8f816","228:"d041cbc16ee2413e777f","229:"

121286…

88e0f5f2b0af9308548a"‚231:"b70a4f8f26d276f6b6b1"‚232:"1af22be9fd8f6f493857"‚232:"
0f0dc6a9799f32e0d572"‚233:"06e1e50082af05c219c0"‚234:"f1f190e12e3d18d2f131"‚235:"
fd0792e1a5be79715726"‚236:"f8a8e607bd3891c1faa7"‚237:"93a35795ce2c2bbe38b5"‚238:"
179ac8d3b3d1fa31c381"‚239:"394d57030c9fa30aa284"‚240:"46a2d5fe3d6fed2b21bd"‚241:"
c7b81428d1a9fafb2074"‚242:"c62f69b93e63f96a2885"‚243:"e5bea9b024ca40bc722f"‚244:"
f00d1718c45997f4d737"‚245:"e35c52d280b6b07b1a57"‚246:"fbb475dc6a2ecd56cf73"‚247:"
0b54833442980eac32f2"‚248:"4bbbc54cec060899827f"‚249:"93808febf3ff5edd6b2d"‚250:"
2bc8cd90a6a994bcff10"‚251:"5d86593eda43af503172"‚252:"0c99a9d7539fab94f3b3"‚253:"
7f13e1cb7f1fa469e42e"‚254:"2152f2b6423db2df7d5b"‚255:"8a285b256e29cf433896"‚256:"
9085946348028c64a6cf"‚257:"75a2d77bc28082b17b87"‚258:"d42beda22c69a6f30325"‚259:"
34831a2215a5b4509473"‚260:"2be314b368cf7f00ee8ea"‚261:"5a91700d931a2c2d446f"‚262:"
ea12f4b10f89ebe66f19"‚263:"01bd6ddc519267f1bc7d"‚264:"be95f7ee665077922af7"‚265:"
f80f3e6da42575603832"‚266:"cb40c6433051c71eed04"‚267:"8a163f32400a7de90883"‚268:"
244b2f0720c142987fbb"‚269:"10d0c5d6c96716b4f9a5"‚270:"bbe5643e1447c8eea3b2"‚271:"
179952250abcea10883f"‚272:"0e36b60163ca3360b0e5"‚273:"0c9e7c670aa86b87caaa"‚274:"
83042e4a495e39635c88"‚275:"de382d7433b212928005"‚276:"1dc6ddc0155dca88ac6b"‚277:"
fc5bdcdef307c044e34d"‚278:"03cc5bcbcb0f0e44db9f"‚279:"5a6ed4ad92376c290e5e"‚280:"
4ca6f1c89472a792f626"‚281:"083138c4bef0437218aa"‚282:"0e716be053eb72fed0ad"‚283:"
56aac4dd5f4edc93c9b0"‚284:"bd1fb5431bcd593e6f99"‚285:"71d0e2c3e2ca6b847c02"‚286:"
4690046b09eb4a2828cc"‚287:"76fc1a10b41c9d1794d1"‚288:"d43957a222de016a2398"‚289:"
d4c75a7b1b2dbbe2f86b"‚290:"81a5d424a58bc6220f5c"‚291:"5fa5c5c2be72d594ed5d"‚292:"
e2232c30d0298c64210a"‚293:"53f6df38b1a2a7c9d830"‚294:"8c67e61792b35a939d9c"‚295:"
603144707afb1eda2551"‚296:"3cd29b6b128d30bde742"‚297:"5f502c8634c71cb12689"‚298:"
8c0e7cdc50708bfaa4b3"‚299:"f3213197bf770b0271c"‚300:"621716ad4ecff432b9a8"‚301:"
c9307be44b623cf5e009"‚302:"ef569388c8b916bab257"‚303:"c04b70eccd1d9f8e5e9a"‚304:"
a2511c33f328b04f3f34"‚305:"bd2f3a3e88f4693e574b"‚306:"86be1e994b2a89c00cae"‚307:"
84f1a38fb1b11158ea43"‚308:"5365673d195d5b26f0ec"‚309:"54f4b3e0aa6c73cdb8fa"‚310:"
548e52f42582b3b5a1e5"‚311:"f92ff18a3d5dfdf2a194"‚312:"5d56c95aa31c4ed73fc9"‚313:"
e2c2485c1bd5e29eba41"‚314:"2ad3dd53f22dd6c5499d"‚315:"103f00406cb5838d563f"‚316:"
37761e9b8814e21c5a7b"‚317:"5c97ac353946619d61ca"‚318:"c1bc53800298711f4f3b"‚319:"
c7c8f8cfba363783b532"‚320:"969033a530bc7a40e56a"‚321:"f922ba892adc18887d94"‚322:"
918dbff4283ba6da76a8"‚323:"fc39730803f1d7c61076"‚324:"69642f5b6c5dce440318"‚325:"
424d14d02c332dc31c15"‚326:"c8d59c33ebbc1627f070"‚327:"d96cb2020cf662538025"‚328:"
2c00a95431b755626153"‚329:"2630397db42ce01b9103"‚330:"b2652d13ee2d53d229e4"‚331:"
de17494dd6edd2b0d875"‚332:"7bbf338a8776ebb708dc"‚333:"8b7990c4bb38667c21b2"‚334:"
1a00cce2932f67b5fc13"‚335:"5563cc0c98d63bda0d49"‚336:"9e91d090bdbef7ebe44c"‚337:"
e941062a2856a533681e"‚338:"2319c156dcd514295610"‚339:"f402a7729af01595b1eb"‚340:"
a128c3c905e3792f0dd2"‚341:"cae7d871a0a94b760010"‚342:"932e47a3349b955ce51e"‚343:"
397654ca1c572ab63c0b"‚344:"be86f11127841947f124"‚345:"6c2a9cdfc4f202cfa06f"‚346:"
65b63d5b2f2d511c6b9b"‚347:"7f0cc3e0afbbc799a8b3"‚348:"2795dc9b197f78f366dc"‚349:"
de6e6aa3cdae2ea935db"‚350:"536d7355a662543a806d"‚351:"a3597c2bf688e929cf28"‚352:"
6db9ef64433e9c787298"‚353:"d439ba37046960941341"‚354:"0b2413e07c93366536f2"‚355:"
856b857cffac41fce132"‚356:"94334e3b46a36c81fbb8"‚357:"ee70f5c61e58ae8420b0"‚358:"
6fef4d3e099f68280e6f0"‚359:"00dae0790e442e718343"‚360:"2d8612baef1cb1631d4e"‚361:"
c147db8c1003a685a011"‚362:"b8e26bc9993bf8c02d2f"‚363:"e1803777a9940e86ed0b"‚364:"
0687eeced2ab220bcce3"‚365:"4a778ad3fac7a089d622"‚366:"0bb38cc4e2ac09b7bbca"‚367:"
d403b7114f29a62f6b6c"‚368:"c9e3a3f0b5cfeb2f07ea"‚369:"6af760dead70660d92f6"‚370:"
124093bdffe46dadeda5"‚371:"1591d4f3f4b0189649c2"‚372:"821add78c784c748d317"‚373:"
fc3d3b4ea3b8c7c3add3"‚374:"16fc4b88c4415a7c8501"‚375:"9b6898b561d9440be6e2"‚376:"
09f5510cad31af4d79b7"‚377:"8948e53653be5bf580d9"‚378:"7900e28df87ced3ce6c0"‚379:"
57e3de7915f91bdbf5a1"‚380:"03b07bcb6936280526c4"‚381:"ed649cac1d1f4e701a1a"‚382:"
8f66efd45482e99fd357"‚383:"9f1629dc2679eb904273"‚384:"1f42610549a22a38f7f2"‚385:"
88e81d3e2f6a4d54a872"‚386:"454d2edb62a265937360"‚387:"adecb96314464fcc2dc3"‚388:"
14837b6a6d43155656e0"‚389:"c6071a721fac7fa41ddb"‚390:"03292c9e9c5080be54f9"‚391:"
3766a7a953da68fd8987"‚392:"dfd5f29c0f036da47d70"‚393:"7c9474564dd27dfbf581"‚394:"
a24b1b78028b5eff8938"‚395:"3b9a56d76a6d22357d82"‚396:"efa2e5dd1219915854e9"‚397:"
2e88a3e6e62486bb8617"‚398:"f233a686d043de32ff0f"‚399:"a1b2cfee9807079ccd9f"‚400:"
4e600021e4a5ab990c9a"‚401:"107961038b37e018fb92"‚402:"f5541da65422b6431573"‚403:"
a26332ef93a1406dd7e7"‚404:"631f7145e1695233f52c"‚405:"a2acced5c5fb7c30bae91"‚406:"
c00f4ba6973a7fa8bbe6"‚407:"ef00157baea1d2961b5c"‚408:"5fcda0eba96290d3b676"‚409:"
0350712ff36317fc0164"‚410:"0961622588c25a69db0b"‚411:"cd6683ca9600bb816f63"‚412:"
813b719b3f1f5fcd784f"‚413:"95083a850d132ebff288"‚414:"74673d8848aa3b3b455e"‚415:"
cc2e6b7e8397b3690ffa"‚416:"3919b67fb2d6850b6a83"‚417:"9e76ca4a51009e3e7196"‚418:"
0abe253e7eead41ac4bf"‚419:"30b695e9f803f3511cdb"‚420:"9b31338db9e8fd06c842"‚421:"
dc8f4030ca82441cf7d3"‚422:"eac742fcb1ac0a5aab42"‚423:"a61e2cebefb259c1d6d9"‚424:"
6a1687d9cedc8f30c515"‚425:"2fbbd54c36059b7996d5"‚426:"0704258763e387e4ce36"‚427:"
0e319d66b4a023721f62"‚428:"9bdc84942ee7404c616d"‚429:"9d71ca168fa208f7967e"‚430:"
0f35a904dbc12b493623"‚431:"a2afe22c103afb59b9be"‚432:"56db355906b77e1a0335"‚433:"

```
850baaa7e0719f8e2d04263","435":"b963d1f2d5d4fd2f2f743f1593a8a8d289f5","436":"
8ec371a49752ff11abb5","437":"07e95e2c1aade7b76e16","438":"834639a3fb0bcd8efaaf","439":"
65137b5c54cf1b52dd83","440":"005743ee75487bc4d7f9","441":"bdf841acd156a541d6bc","442:"
528caae5289adee351d2","443":"88b7658e96a632293946","444":"bccf0774238c08084a6f","445":"
24eceec4a92bb5eb79c0","446":"75e686579c101f4c8b5b","447":"8558cbdd888f15b6e523","448:"
d2f46e56c48483186659","449":"aa9163551d306a106865","450":"cb10e3232d7bca185ca","451:"
56d5f693314633f95a11","452":"a16da66c0e620b382810","453":"8606fcd04eeb7ff051dd","454:"
47d3133ed4cbec7329aa","455":"c8bdda1d62d960a3678d","456":"136ae9401af8c768d68d","457:"
719a1155ca15887b72d5","458":"6518bbc99ee1b00955d4","459":"0d1d2edb077ffdb19a9b","460:"
9f0ea9fc67c2f85daed1","461":"c3b0cc3e763ddcdf103d","462":"428fd05477101038b0a6","463:"
b0093a5d68358be47936","464":"a7c396ad721853782f91","465":"bcc324e158911cd44e607","466:"
02e1ad37b5485ed223f3","467":"a1b8986e53f92c207ae5","468":"ecc2a90d083c7e87ffe1"}[e]+".js"
,a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/static/",t(0)}(function(e){for(
var t in e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(t[0]);return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return e}([function(e,t,n){n(806),e.exports=n(83)},function(e,t,n){var
a=n(641),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){e.exports=function(e,t,n){var
a,o;if(n==null||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){"use strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){var a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=n(1),o=n(29),i=n(19),r=n(44),s=n(78),c=n(134),u=n(4),l=n(144),d=n(785),p=n(9),A=
```

```
window,h=A.addthis_share,f=A.encodeURIComponent,g=A._atw,e.exports=function(e,t,n,A,m){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n||("undefined"==typeof
g?h:g.share));w.url=f(w.url),w.title=f(w.title||(h||{}).title||""),A="undefined"==
typeof g?A:g.dot;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(A));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:A.product,data_track_clickback:A.data_track_clickback,pubid:A.pubid,
username:A.username,pub:A.pub,ui_email_to:A.ui_email_to,ui_email_from:A.ui_email_from
,ui_email_note:A.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:A,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\/|\/\/)?([^\/\/>&#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/)/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/)/)){t=/\.\.\//g;var
a=0===e.search()&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=n(54),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(835),s=n(2),c={};s([("Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(7),o=n(132).clickifyURL,i=n(9),r=n(6).makeCUID,s=n(19);e.exports=function(e,t,n,c
,u,l){var
d=i(),p=c||t.url||"",A=t.xid||r(),h=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(h.
xid=A,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,h,n)},100)),f?o(p,e,A):p}},function(e,t,n){
var a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var
s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try{JSON.stringify(n)}catch(e){o=!0}return a(n,function(t,n,a){return
t?(o[t]||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t)},t)}}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}},function(e,t,n){var
a=window.encodeURIComponent,o=n(12),i=n(23),r=n(35),s=n(1),c=n(93);e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
A="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(A,{pco:t.product})||"#"}},function(e,t,n){var
```

121286…

```
a=n(38),o=n(53);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e
},[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
o=n(113),i=n(9),r=n(5),s=n(89),n=n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(84),o=n(1);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(h.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),1==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e|||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(A.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){h.cookie&&(h.cookie=e+"=; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?";
domain="+(l("msi")?"":".")+"addthis.com":""))}
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date).o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?";":";
expires="+o.toUTCString())+"; path=/;"+(a?";":"
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(32),l=n(1),d=n(67),p=n(8),A=/(?:\.mil|\.gov)$/,h=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,sigy:i}},function(e,t,n){var
a=n(6).isValidCUID,o=n(76);e.exports=function(e){var t;return
e==e||"",t=o(e).shift().split().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t,n){var
a=n(75),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",A=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.webstore||r.safari&&r.safari.extension)&&(p=d?
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,A.insertBefore(l,A.firstChild),o[e]=1,l}return
1}},function(e,t){e.exports=function(e,t,n){var a,o=[];if(n=void
0!==n?n:this,null===e||void 0===e)return o;for(a in
e)e.hasOwnProperty(a)&&o.push(n.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
```

121286...

```
n}},function(e,t){e.exports=function(e){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){var a=n(11),o=n(30),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(738),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(777),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()/ for
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(778),o=n(678);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(135);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(836),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(791),o=n(783),i=n(23),r=n(779);e.exports=function(e,t,n,s){return
t||!(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e,t,n){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(63),o=n(120),i=n(66),r=n(754),s=n(755);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t,n){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
a=n(26),o=n(55);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a(["open",e,t,n,r,s,c,u]),o()):
```

```
121286  _.at(tad.apply(this,arguments))},function(e,t,n){var d=n(32);e.exports=function(e){var
        t,n=e.indexOf("?");return
        t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|^\??/,""))}},function(e,t){e.
        exports=function(e){e&&e.trim&&"function"==typeof
        e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
        catch(n){}return e&&t&&(e=window.encodeURIComponent(e),e||""")}},function(e,t,n){"use
        strict";var
        a=n(85).wasRequestMade,o=n(85).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
        &&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
        .e(0,function(){n(15)})))}catch(e){}},function(e,t){
121287  e.exports=[]},function(e,t){e.exports={DIRECT:0,SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},
        function(e,t,n){"use strict";function a(e){return
        c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
        +"&rb="+encodeURIComponent(p.isBrandingReduced())}var
        o=n(1),i=n(45),r=n(36),s=(n(16),n(21)),c=n(7),u=n(61),l=n(44),d=n(29),p=n(18);e.
        exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
        bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
        service,e,t),d)return
        window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
        exports.getEmailURL=a},function(e,t,n){function
        a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
        triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(h){var
        e=f({},this.data);return
        e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
        triggerType,target:{},triggerTarget:{}}})}return""}}function
        o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
        ,this.defaultEventType=t||a}function i(e){var t=this.queues;return
        t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
        s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
        c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
        function u(e,t){var n=this,a=function(){var
        o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
        ;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
        n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
        o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
        o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
        o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
        t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
        a[t](e.clone());try{!h||||!this.remoteDispatcher||"function"!=typeof
        this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
        remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
        function A(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
        h=n(128),f=n(13),g=n(14),m=n(2),v=function(){},w={firedEvents:{},constructor:o,
        getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
        addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:A},b={constructor:a,bubbles:!1,
        preventDefault:v,stopPropagation:v,clone:function(){return new
        this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
        data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
        ,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
        t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|^\#?/,""))}},function(e,t,n){var
        a=n(53),o=n(46),i=n(90);e.exports=function(e){var t=i(e);return
        t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
        function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
        n=window,a=!!n.postMessage&&-1==="("+n.postMessage).toLowerCase().indexOf("[native
        code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
        e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
        n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
        e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
        a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
        i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
        r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n&&(r[2]="("+r[2]+") and
        ("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
        n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
        i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
        push(c(a.parts[i],t))}else{for(var
        r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
        }}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
        o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
```

```
(u)=t.push(n[i]={id:i,parts:u})}return t}function r(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},A=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},h=A(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=A(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=h());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}},v=function(){var
e=[];return function(t,n){var a[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}()},function(e,t,n){var
a=n(2);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]},
function(e,t,n){var a=n(153);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations,i=t?n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(108)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(653);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d=(shareHeading:h["default"]("
Share",91),shareTitle=e.title||g["default"].title||"",shareURL=e.url||g["default"].du
||"",reducedBrandingInnerHTML:u),A=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=A,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(801),r=a(i),s=n(114),c=a(s),u=n(169),l=a(u),d=n(18),p=a(d),A=n(60),h=a(A),f=n(4),
g=a(f),m=n(29),v=a(m),w=n(740),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return a
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(63),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
```

121287...

,amember:{name:"Amen Me"+ly",aoxmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{name:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFMyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:0,top:1,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sms:{name:"SMS"},sodahead:{name:"
SodaHead"},spinsnap:{name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},
studivz:{name:"studiVZ",url:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon
",top:1},stumpedia:{},stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"

121287…

```
url:"...network.de"},vibeo:{},vibe:{},vib:{},visiezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(1),o=n(49),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),A=0;d>u&&(A=
Math.round(d/2-u/2));var
h=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+A+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(h),s?h:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<C.length;i++)if(t.search(C[i].regex)
>-1){o=C[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(y)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function A(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:y.exec(t)[1],startTime:n}}):[]}function h(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=h();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=A,t.getFirstAddThisWidget=h,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(69),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,C=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],y=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a,function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",pinterest_follow:"pinterest_share",
foursquare_follow:"foursquare",google_plusone:"google_plusone_share",googleplus:"
google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",compact:"addthis
",expanded:"addthis",menu:"addthis",more:"addthis",counter:"addthis",facebook_like:"
facebook",facebook_share:"facebook",facebook_send:"facebook",linkedin_counter:"
linkedin",pinterest_pinit:"pinterest_share",stumbleupon_badge:"stumbleupon",tweet:"
twitter"}},function(e,t){function n(e,t){return
e=+e,t=null==t?a:t,e>-1&&e%1==0&&e<=t}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(774),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
```

```
121287  window.addthis_conf||window._acfg||function(e,t,n){var
        a=n(6).isValidCUID;n(n(1),i=n(2);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
        instanceof Object&&e.length){var
        n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
        t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
        split(","):[""]}},function(e,t){e.exports=function(e){return
        t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
        query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
        n<a.length;n++)if(t=o.exec(a[n]))return
        t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
        =152?300:_atc.ver}},function(e,t,n){"use strict";var
        a=n(7),o=n(64),i=n(16),r=n(1),s=window.e.exports=function(e,t,n,c,u,l){var
        d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
        675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
        width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
        ,fallback:{width:550,height:450}},p=a(e,0,t,n);return
        n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,l)
        :o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
        .exports=function(){return PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
        "//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
        50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
        2100}},function(e,t,n){function a(e){return d?A.localStorage.getItem(h+e):void
        0}function o(e,t){if(d){var
        n=h+e;try{A.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{A.
        localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
        e&&p(A.localStorage,e)}function r(e){var t={};if(d)return
        i(function(n,a){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&(t[n]=a)}),t}function
        s(e){var t=0;return
        i(function(n){n&&n.indexOf&&0===n.indexOf(h+(e||""))&&t++}),t>0}function
        c(){i(function(e){0===e.indexOf(h)&&A.localStorage.removeItem(e)})}function u(e){var
        t=r();p(t,function(t){0===t.indexOf(h+e)&&A.localStorage.removeItem(t)})}function
        l(e){d&&A.localStorage.removeItem(e)}var
        d=n(166),p=n(2),A=window,h="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
        l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
        e(){tn.layers.length?tn.layers({cfs:!0}):_ate.ipc=!1}function t(){var
        t,n,a,o,i,r;ne||A||(A=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
        a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
        isPayingCustomer(),i=O(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
        o,{cfs:!0})):e())}function a(){ne!=!0,ne||!e()}function
        o(e){if(te!=!0,clearTimeout(X),e){e.config=null;var
        n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
        e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
        widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
        widgets&&e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
        widgets,function(t,a){fe(n,t)<0&&e.config._default.widgets[t]=a)}),delete
        e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t()),i(e)}}
        function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
        Q(e,t))}var
        s=n(100);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
        Date).getTime());var
        c,u,l,d=Xt.addthis_config||{},p=Vt.title,A=!1,h="undefined"!=typeof
        _ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
        shift(),w=_ate.track.extractOurParameters(h),b=[],x=!!_ate.cookie.rck("nabc"),C=w.cfc
        ,y=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
        rsi,I=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
        =w.gen,L=w.fuid,H=w.css,G=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
        addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
        e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),K=5e3;-1===(f||"").indexOf(_atr)&&(
        _ate.cookie.view.update(10),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
        rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
        indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
        );var
        J=_ate.share.links.canonical;J&&(0!==J.indexOf("http")?(g=(f||"").split("//").pop().
        split("/"),0===J.indexOf("/")?g=g.shift()+J:(g.pop(),g=g.join("/")+"/"+J),g=document.
        location.protocol+"//"+g):g=J,_ate.usu(0,1)),g=g.split("#").shift(),rt(g),g&&(_ate.
        share.links.canonical=g);var
        Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
        addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
```

Page 3677

```
121287... substr(1,r1)},c.lhr=_ate.bro.mod||(Vat.w=document.compatMode,q1.r(w)){var
q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
bro.mod=q)}}_ate.dr=_ate.truncateURL(h,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
=p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:I,gen:j,rsc:V},Xt.addthis_share.smd=
_ate.smd,_ate.upm&&(Xt.addthis_share.smd.dr=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=l!==_ate.cb?_ate.ad.kw():"",_ate.
dh=Vt.du,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=y||Xt.addthis_ab||"-",Xt.
addthis_config=Xt.addthis_config||{};var
X,te=!1,ne=!1;if((!Xt.addthis.ignore_server_config||Xt.addthis.config.
call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,K),D.start(_ate),Xt.
addthis_config.ignore_server_config?_ate.track.config_resp=l:_ate.track.config_resp=o
;var
ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
";le(ae)}if(l={rand:_ate.rand,iit:(new
Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
[0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
),lng:$(),ogt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
:_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,ver:300,
xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||It.
setup()}),_ate.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||(C?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
C?C:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1})))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(I||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),I?b.push(_ate.track.fcv("rxi",I)):z&&b.push(_ate.track.fcv("rsi",z)),(z||I)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=h&&(-1===f.indexOf("#")||S|
|w.hash&&I||C)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,_
_ate.track.ssid()),history.replaceState({d:new
Date),g:j},Vt.title,c),l.fcu=c.split("#.").pop())}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),G();var
ce=n(741)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(112),i=n(68);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0|(d.data_use_cookies===!1&&l)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain===
t.domain?M:t.domain,fp:Ae(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:ge.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(81).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
```

121287

```
t=e?pro.config||{}:{},_ate.ed=file("addthis.lojson.response",null,proe=e:loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
})))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(Ot+"#"+Ee(l),!0),r(u,Ot),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=Ot+"#"+Ee(l),r(u,Ot),_ate.track.gtf().appendChild(u),_ate.track.stf(u))})}),_ate.
share.inBm()}&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),F().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function A(e,t,n,a){var
t=t||{},o={},i=Tt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}}if(
o[r]!==mn&&Rn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function h(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=A(e,t,"conf",a),o.share=A(e,n,"share",a),o}function
m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
s=n(79),A=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,C=M,y=a.singleservice||A.service,E=n(16);y?b===C&&(b=_n[y]?
function(e,t,n){var a=d(n,bn);return
addthis_open(e,y,a.url,a.title,d(t,wn),a)}:zn[y]?function(e,t,n){var a=d(n,bn);return
addthis_sendto(y,d(t,wn),a)}:Sn[y]?function(e,t,n){var a=d(n,bn);return
s(y,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===C&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===C&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn));
}),w===C&&(w=function(e){return addthis_close()}),b===C&&(b=function(e,t,n){return
addthis_sendto("more",d(t,wn),d(n,bn))})))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,A,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),h(R.conf),_&&_.
className.indexOf("toolbox")>-1&&-1===(R.conf.product||"").indexOf("men")&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),y&&"more"!==y&&(R.conf.product=l(R)),R
.conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
(y?R.onclick=function(){return
b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){return
addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
```

```
more,y,this.conf,this.share);addthis_open(this,""+I,null,null,this.conf,this.share)});:(
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===y)&&(v||Zt("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(648)
()){for(;_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
.maf.sib.nodeType){var
e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}else
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v>v(this,this.conf,this.
share):void
0}},Zt("mob")||(R.onmouseover=R.onfocus)),w&&(R.onmouseout=function(){return
w(this)}),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
L(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase()){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),y){var
B=f(y,R.conf),D=R.firstChild;if(B&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,l)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,l)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[y]){"mailto"===y||"email"===y&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(y,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else if(a.follow){if("twitter"!==y?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(y,1,R.share,R.conf),"twitter"===y?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
O=document.ce("span");O.className="addthis_follow_label",O.innerHTML=Pt(y).replace("
_follow",""),R.appendChild(O)}}else
_ate.share.externEvents(y,R,a)||R.noh||(R.onclick=function(e){return
H(y,R.share),!1});R.conf.follow||tn.addEvents(R,y,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
I=Pt(y,!B);Mn[y]&&En.push({link:R,title:y}),R.title=i(a.follow?kn[y]?kn[y]:"Follow on
"+I:Mn[y]?Mn[y]:I),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,A=(e.className||"",{pinterest:"pinterest_share"});An?s=e.parentNode.
_atsharedconf||{}:(An=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=I.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace(",more","").split(","),l.split(","));do
u=p[t++],A[u]&&(u=A[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Gt.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(168),A=n(638),h=A.createCssServiceIcon,w=function(e,t,n){var
a;return
```

```
a=c+e[s2:t(e+2)+18],next=.code+(d=H(n.code,i.icon),a),rs=A(n.code,d3),rs=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],C=x&&x.parentNode?addthis_counter.test(x.parentNode.className):!1,y=document
;if(!(null===x||C||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,pn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
O=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!hn){var
I=_ate.util.bind(v,x,x,O,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",I,!0)}setTimeout(I,2e3),x._iwps=!1}continue}v(x,O,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Ft(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+=
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+=
at300b"),S.singleservice=B,Jt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=y.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+=
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&"object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"
google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=n=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body
,Cn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),yn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",
null,null,!0,yn.length),tn.button(e+"button"),tn.counter(e+"count"),tn.count(e+"
count"),w(Cn,null,null,!1),w(yn,null,null,!1))}function C(){if(!gn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);gn=1}}function y(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
```

121288...

```
i=$.ce("span"),_=$t.cey("div",v="n",b1="M&&(r.style.width=0,a?=M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(156),n(815)(),n(
747),n(746);var
k,M,R,_=n(724),z=n(650),S=window.encodeURIComponent,B=n(18),D=n(89),U=n(823),O=n(782)
,I=n(99),N=n(5),T=n(833),Q=n(148),V=n(155),j=n(94),L=n(693),H=n(96),G=n(64),F=n(135),
P=n(149),Y=n(804),K=n(33),J=n(45),Z=n(780),W=n(781),q=n(48),X=n(727),$=n(20),ee=n(153
),te=n(810),ne=n(84),ae=n(808),oe=n(809),ie=n(154),re=n(86),se=n(85),ce=n(60),ue=n(47
),le=n(24),de=n(38),pe=n(165).truncationList,Ae=n(165).truncateURL,he=n(829),fe=n(830
),ge=n(56),me=n(166),ve=n(26),r=n(42),we=n(2),be=n(25),xe=n(110),Ce=n(39),ye=n(55),Ee
=n(17),ke=n(13),Me=n(44),Re=n(694),_e=n(32),ze=n(832),Se=n(14),Be=n(19),De=n(3).
listen,Ue=n(3).unlisten,Oe=n(8).getDomain,Ie=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(52).PolyEvent,Ge=n(52).EventDispatcher,Fe=n
(109),Pe=n(799),Ye=n(78),Ke=n(141),Je=n(5),Ze=n(644),We=n(805),qe=n(685),Xe=n(151),$e
=n(27),et=n(163),tt=n(813),nt=n(6),at=n(37),ot=n(103),it=n(53),rt=n(787),st=n(46),ct=
n(54),ut=n(90),lt=n(129).processAdEvents,dt=n(129).processAllScripts,pt=n(98),At=n(
790),ht=n(82),ft=n(146),gt=n(147),mt=n(144),vt=n(102),wt=n(138),bt=n(800),xt=n(137),
Ct=n(91),yt=n(50),Et=n(131),kt=n(77),Mt=n(684),Rt=n(61),_t=n(59),zt=n(150),St=n(824),
Bt=n(132),Dt=n(802),Ut=n(7),Ot=n(798).source,It=n(736),Nt=n(649),Tt=n(739),Qt=n(21),
Vt=n(4),jt=n(67),Lt=n(121),Ht=n(22),Gt=n(62),Ft=n(639),Pt=n(41),Yt=n(756),Kt=n(92),Jt
=n(635),Zt=n(1),Wt=n(29),qt=n(128),Xt=window,$t=document;try{R=window.location,(0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
")&&(_atc.loc=1)}catch(en){}var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(145),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(139)(_ate);if(_ate.evl=he,_ate.util={unqoncat:xe,reduce:ve,filter:
_t,slice:Ce,strip:ye,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Oe,gUQS:Ie,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Ge},_ate.ed=new
Ge(_ate),_adr=Fe,_ate.plo=F(),_ate.lad=K,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Ke,!_atc.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_ate.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Je,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rck:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=At
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(81),ref:{r_ondomain:yt.ON_DOMAIN,
r_offdomain:yt.OFF_DOMAIN,r_direct:yt.DIRECT,r_search:yt.SEARCH},gub:xt,clr:Et,iss:Ct
,fst:kt}),ke(_ate.data,{storage:{all:ht.getAll,clear:ht.removeAll,add:ht.add,get:ht.
get,remove:ht.remove,exists:ht.exists,preRemove:ht.removeByPrefix},bloom:{filter:ft,
library:gt(ht,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.
logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,set:Mt.setSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:Ae,opp:de,ajs:le,jlo:q,ao:J,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,ghp:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
```

121288...

```
e(e)(e=e.split(","),e=e.shift()),r)for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild)),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();var
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+">",a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).
version&&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit)&&
128)|(e.$BTB&&256)|(e.meebo&&512)|(e.gigya&&1024)|(e.SHARETHIS&&2048)|(e._qevents&&
4096)|(e.twttr&&8192)|(e.postwidgetnamespace&&16384)|(e.a2a&&32768)|(e.SHRSB_Settings
&&65536)|(e._sf_async_config&&131072)|(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=Ot+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||A){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=A||{};if(t.ce=p.join(","),p=[],A=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`"),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],A=null,h=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc:e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&i({gen:_ate.ad.type.
```

Page 3683

121288...

```
FOLLOW,pixt?dest=-48:data.service,svc:e.data.service,url:e.data.url)}})),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:h,stf:function(e){m=e},trk:i,xtp:g,conversion:u})})()
,ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data.length)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||!{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
,s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||!{},t=e.getAttribute?e.
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var e,t=l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content);return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++);}return!e||e.length>
14?"":e}for(var
l=n(160),a=[9;d=(document,window),p=1,A=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],h=["phz"],f=A.length,g=h.
length,m=[],v={},w={};f--;)w[e(A[f])]=1;for(;g--;)v[e(h[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var a={pco:"cnv-100"},a={pxid:1,ev:1};if(t?o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||!({}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})})(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis);n||(n=window.addthis),t||a(),t.resources instanceof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function s(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||""):""}function
```

```
a(e){return/(e.templates&&e.templates.twitter[]||_ate.wlp&&_http"+1==_ate.wlp)}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){h[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t,n){if(h[e])try{return
h[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&(t.parentNode.
services=t.parentNode.services||[1),-1===(t.className||"")
.indexOf("at300")&&(t.className+=" at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n
})}}function d(e,t,n){var a=function(){};return
f[e]?(!!f[e].require||f[e].require(e,t,n))&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}var
p=n(12),A=e(),h={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(130),ocw:G,onw:n(21),caw:n(784),stw:n(79),siw:n(142),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Kt,svcurl:n(134),track:j,notify:i,links:A,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"===typeof
Xt.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){h[e
]||(i("facebook_like",e),h[e]=1)}),FB.Event.subscribe("edge.remove",function(e){h[e]&
&(i("facebook_unlike",e),h[e]=0)}),FB.Event.subscribe("comment.create",function(e){i(
"facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1))}function s(e,t){var
n="fb-root",o=A.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e])};if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else{if(!i&&(o||(o=A.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=A.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=A.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name)t=e[n].content;break}var
a;a=t?t:x?"140586624674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=i,Xt.fbAsyncInit=function(){Xt.
__orig__fbAsyncInit(),r()}),document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c()})}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=A.ce("div");i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"."+e).replace(",",".","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||!a.type||a.layout||t.
firstChild.setAttribute("data-type","box_count")}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
show_faces?35:18],button_count:[90,25],box_count:[55,65]},u=r.width||((c[s]?c[s][0]:
100),d=r.height||((c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=l,e(){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
```

121288··|share&&M&&(r.share=!false"),r.action===M&&(r.action=i),r.like===M&&(r.width=u)
   ··|,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
   ··|clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
   ··|send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
   ··|n.share)f[r.href][o]=n.share[o];l("like",t,n,r)}else
   ··|_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
   ··|scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
   ··|src=\"javascript:''\"":"")+'></iframe>",a=t.firstChild):a=A.ce("iframe"),a.style.
   ··|overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
   ··|",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
   ··|facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
   ··|layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
   ··|_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
   ··|=t.ost=1}}var
   ··|p,A=document,h={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==A.domain.search(/\.addthis\.com$/
   ··|i)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
   ··|,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
   ··|facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
   ··|t,a=e.el,o=n(42);return
   ··|t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
   ··|,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
   ··|window.gapi&&window.gapi.plusone}function t(){if(e())return
   ··|void(gapi&&gapi.plusone&&"[object
   ··|Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
   ··|i){i=1;var n=new
   ··|_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
   ··|addEventListener("load",function(){t()}),n.load()}}function n(e){var
   ··|t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
   ··|._at_plusonecallback||function(e){var a={};for(var o in
   ··|t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
   ··|plusone",0,a,n);
121289··|},window._at_pluscallback=window._at_pluscallback||function(e){var a={};for(var o in
   ··|t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
   ··|a(e,n,a){if(!e.ost){var
   ··|o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
   ··|.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
   ··|lang||("undefined"==typeof
   ··|i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
   ··|lang||i.lang||_ate.ggl((n.conf||{}).ui_language)||"en-US",i.href=n.share.url.href||
   ··|_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
   ··|standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
   ··|("google_plusone_share",n.share,addthis_config),i.action="share",_ate.share.goog.sub
   ··|(n),_ate.util.each(i,function(e,t){r.setAttribute(e,t)}),E(e,r,"
   ··|google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1,t()}}function
   ··|o(e,n){if(!e.ost){e.title="Follow on Google+";var
   ··|a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
   ··|o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
   ··|publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
   ··||"smallbadge"===a.size){var
   ··|i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
   ··|lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
   ··|a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
   ··|lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
   ··|_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
   ··|()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
   ··|s=t=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
   ··|onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
   ··|text-decoration:none;color:#333;font:13px/16px
   ··|arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
   ··|large"===a.size?txt2='<br/><span
   ··|style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
   ··|style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
   ··|medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
   ··|style="display:inline-block;vertical-align:top;
   ··|margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
   ··|setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
   ··|",e.innerHTML='<span style="'+s+'">'+txt+"<img "+ieQ+'
   ··|src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"

121289_

```
style='border:0 width:'+r+' padding:'+t+' px;outline:0'pointer-
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
'</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:\'\'\'":"")+'
style="width:'+r.width+';
height:'+r.height+';"></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||jt()),r.description=s.description=r.description||i.description
||i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url="+S(r.url)+"&media="+S(r.media||i.media||"")+"&
description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
.addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
.addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
pinterest_share={});var
n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
description,H("pinterest_share",e(i,r))})}else{var
u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
addthis_share.passthrough.pinterest_share={});var
t=Xt.addthis_share.passthrough.pinterest_share;return
t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
)}}})}(),function(){function e(e,i,r){if(!e.ost){var
s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
:"number"}),c=Tt(e,"wb:like"),u=t(),l=a(o,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
```

121289...

```
skir    a||"language"+e.setAttribute(a,h)):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))}}}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e})(),function(){_ate.share=_ate.share||{},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;H("thefancy",t),L(e)}}}})(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
n(){return
e()&&1===r?(t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),A=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=A?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*(\/|\?)/)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
h=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?h.text
:t.share.title)||"",t.related=s.related=s.related||h.related||"",t.hashtags=s.
hashtags=s.hashtags||h.hashtags||"",(s.via||h.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||h.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),A)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?'
src=\"javascript:\'\'\"" style="width:'+u+"px;
height:"+l+'px;"></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{s.text||(s.text=c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t})(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
```

```
",r,s),e.noh=e.ost=1}}function(e,t){!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a"),a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"])),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),o=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+"px;
height:"+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,a.pub||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}}}}})(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"",width=700,height=500")}}}),catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Gt.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||"",l)}function a(e,t){return
e.timestamp>t.timestamp?-1:l}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n}(),c=[],l=0,A=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Gt.map[i]!==M||i.indexOf("
facebook_")>-1&&Gt.map.facebook!==M)&&l++,r===i&&(A=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(A=1));return
d=d.join(","),A||Gt.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_ssh=e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
```

121289…

```
split(","),u=i.getProperties(),l=Uf(r(n),n.services_exclude+l.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=n.services_compact.split(",")).join(","),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
h,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],C={},y=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,f=A[v[B]]||new
RegExp("(?:^|,)("+v[B]+")(?:$|,)"),A[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(f,",").replace(",,",","));for(B=0;B<g.length;B++)h=g[B],w[h]||(f=A[h]||new
RegExp("(?:^|,)("+h+")(?:$|,)"),A[h]=f,-1===b.search(f)&&m.unshift(h));for(B=0;B<s.
length&&E>B;B++)h=s[B],f=A[h]||new
RegExp("(?:^|,)("+h+")(?:$|,)"),A[h]=f,addthis_options.search(f)>-1&&y++;for(B=0;B<s.
length&&!(x.length>=E);B++)h=s[B],C[h]||w[h]||I(Gt.map[h]!==M||h.indexOf("facebook_")
>-1)||(C[h]=1,f=A[h]||new
RegExp("(?:^|,)("+h+")(?:$|,)"),A[h]=f,addthis_options.search(f)>-1?(x.push(h),
addthis_options=addthis_options.replace(f,",").replace(",,",","),k++):x.push(h));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh:"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&""===_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11;)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S&2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
O=D[B++];if(z[O]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}}else
w[O]||(addthis_options+=","+O,z[O]=1,U++)}if(a.length&&a[0].code&&-1===addthis_options.
indexOf(a[0].code)){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,A={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
instanceof Array){n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e}()
,function(){function e(){}function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!e.url)return!1;var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r)for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
```

121289…

```
g==—void 0!==h?h():void
i(e));for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+42):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),A=e.pubid||_ate.pub(),m=!1,w=0;A&&(g||d(b),_ate.bt2[](v=!1,d(b),a="__feed_"+A+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,h(n,{pubid:A,domain:p},function(e,n){
return e?t():(c.push(n),void
t()))})),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:A,domain:p},function(e,
n){return e?t():(l.push(n),void t())))})}))}function
r(e){return(e||{}).pvector||{})||features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+1
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=l),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function A(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function h(e,t,n){var
a,o={};if(e,i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,A(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,A(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()(
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime(),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",")}if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
```

```
...  },n=0;n<t.length;n++)if(c[n]){var
...  s=e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
...  internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
...  internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
...  bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
...  ,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
...  :e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
...  ",{},{vts:e.vts})),e.geo)try{_ate.geo="string"==typeof
...  e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
...  geo",{},{geo:_ate.geo})}return
...  e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
...  _ate.ed.fire("addthis-internal.data.rdy"):void 0)},_ate._rec.push(function(e){var
...  t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
...  du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
...  un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
...  ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
...  auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
...  provider_uid)),ln.logout&&(un.logout=1),_ate.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
...  &&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(
...  _ate.util.pae),ln.domready&&(_atc.dr1=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
...  ]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
...  ("+ln.onready+") not
...  defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_atc.ver>=152||(Xt.
...  addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
...  loaded",{},{geo:_ate.geo}),(Xt.addthis_conf||{}).xol&&(_atc.xol=1),Xt.
...  addthis_clickout&&_ate.lad(["cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
...  ,Xt.JSON&&Xt.JSON.stringify?_adr.append(o):n.e(9,function(){N.debug("JSON not here,
...  adding json2"),n(691),_adr.append(o)}),function(){function e(e){return
...  _ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
...  t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
...  _ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
...  _ate.util.rfromKV(e)}}function n(e){var
...  n;if(!o||"".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
...  =e.origin,a(n)}}function
...  a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
...  o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
...  addthis.com")&&(o=!0),Xt.attachEvent?(Xt.attachEvent("onmessage",n,!1),$t.attachEvent
...  ("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
...  r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
...  payload:a}),"*")},0)}}}}}(),tn.addEventListener("addthis.emailShare.close",function()
...  {_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
...  n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
...  a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
...  o=e[a],i=t[a];return"string"!=typeof
...  o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
...  ,n?o-o:o-i)}function i(r){var
...  e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
...  r=t||[],s=0===r.length?{}:i(r),c=r;return
...  r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
...  if(e){if(c._map[e.name||e])return c.add(e)}},c.toMap=function(e||(e="name");for(
...  var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
...  t},c.map=c.toMap,c.has=function(e){return
...  c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
...  e&&(e=e.split(",")),0===e.length)return!1;for(var
...  t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
...  string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
...  t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
...  0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
...  i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
...  r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
...  n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
...  n},c.filter=function(t){for(var
...  n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
...  return
...  e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
...  _ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e()},function(){function
...  e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
...  and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
```

121289...  code must consist entirely of letters, numbers and
...  underscores.");return!0}tn.logShare=function(t,n,a,o){var
...  i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
...  t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
...  url=t,_ate.share.track(n,0,r,i)),tn.addClickTag=function(t,a,o,i){var
...  t=t||o&&o.url||addthis_share.url,r=n(23);return
...  e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
...  function(){function e(e,t){return
...  ve("getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
...  function(n){setTimeout(function(){n(a[e]||t)},0)}}function
...  n(n){R||n&&n.ridy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
...  M[n]=M[n].queuer.flush:t.apply(tn,e[a]),tn),
121290...  e},[["uid",""],["geo",""],["_ssh",[]]]]))}function o(){_=1,n({rdy:1})}function
...  i(e){return _ate.util.geo.isin(e,_ate.geo)}function r(e){return
...  z.interests.iskey(e)}function s(e){return z.tags.iskey(e)}function c(e){return
...  z.tags.hasKeys(e)}function i(e){return _ate.util.geo.isin(e,_ate.geo)}function
...  u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
...  ),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
...  e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
...  _ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
...  _ate.data.OrderedSet(n);var o=new
...  _ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
...  .HIGH})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.
...  services=o,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source
...  =m(),S.location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("
...  addthis.user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.
...  addthis_translations?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("
...  addthis.i18n.ready",function(){u(e)}),_ate.alg())}function l(e){u(e)}function
...  d(){return _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
...  t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function A(e,t){var n=function(n,a,o){var
...  i=Array.prototype.slice.call(arguments);return
...  _ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
...  return n}function
...  h(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
...  f(){h("gti");var e=w(),t=[];return
...  _ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
...  h("gts"),z.services}function m(){return h("gtt"),_ate.track.ts.get()}function
...  v(){return h("gtl"),z.location}function w(){var
...  e=_ate.bt2,t={};if(e){t={timeStamp:new
...  Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
...  n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
...  i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
...  ),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
...  64)],t.behaviors.push(i),a+=9}}return t}function
...  b(){return"0000000000000000"===_ate.uid}function x(e){return
...  _ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function C(e){var
...  t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
...  instanceof Array){for(var
...  n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Gt.list[t.service])return!0;n[e[
...  a]]=1}if(!n[t.service])return!1}return!0}return!1}function y(e){var
...  t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
...  Array){var
...  a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
...  length;t++)if(!a[n.terms[t]])return!1}return!0}return!1}function
...  E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
...  n),M.getData=l,M.getPreferredServices=function(e){var
...  t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
...  addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
...  _ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
...  window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
...  e(t)}),_ate.alg())};var
...  S={ready:u,isReturning:d,isOptedOut:A("ioo",b),isUserOf:A("iuf",x),hasInterest:r,
...  hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
...  parseBT2Cookie:w};return
...  tn.session={source:m,isSocial:A("isl",C),isSearch:A("ish",y)},ke(M,S),e(function(e,t)
...  {return e[t]=new
...  tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
...  window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.

121290…

```
ready()},window.addthis.cleanup=function(){_ate.util.reach(window.addthis||{}).pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api);var
dn,pn,An,hn,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,Cn=[],yn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),hn=1}),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
RegExp("&"+t+"="=(.*)&"),c="&"+t+"="+S(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),A=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(656),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(655)})
,_atc._ld_barcss=1),!l.fixed)))){l.fixed=!0;for(var
h=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
appendChild(f),h.appendChild(a),l.appendChild(h),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large")))}l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf.share,!o,!o),l.appendChild(A)),A.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),C(),_ate.share.sub(),e&&"function"==typeof
e&&e())},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),y(),_atc.xol?(C(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn)}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Jt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
```

Page 3694

```
_ate.as.apply(_ate,arguments),11}},_atc.dr&&_adr.onReady(),in(992)}],function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"el",en:1,eo:1,es:1,esl:"es",spa:"es",et:1,est:"
et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",ga
:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hi",hr:1,ht:1,hy:1,
cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",my:1,bur:"my",mya:"my",nb:1,
nl:1,nla:"nl",dut:"nl",no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1
,por:"pt",ro:1,ron:"ro",rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",
sq:1,alb:"sq",sr:1,se:1,si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",
te:1,teg:"te",th:1,tha:"th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk"
,ur:1,urd:"ur",vi:1,vec:1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-
hk","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho:"zh","zh-tr":"zh","
chi-tr":"zh","zho-tr":"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=r((e||i()).toLowerCase());if(-1===c.indexOf(","+n+",")&&0!==n.indexOf("en")&&(!_ate
.pll||t)){c+=n+",";var a={lang:n};u.go(a),s=!0}}function o(){return s}var
i=n(20),r=n(154),s=!1,c="",u=n(719);e.exports={get:a,wasRequestMade:o}},function(e,t
,n){var a=n(20),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function n,a=i("sms",e,t,!1,!0);return
n=o("iph")||o("ipa")?"sms:&body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a):"sms:?body="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(a)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("bb10")||o("dro"
)?window.location=a(e,t):(e.service="email",r(e,t))},e.exports.getSMSURL=a},function(
e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(1),i=n(12),r=n(51);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(103).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)
})}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(77);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf(/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("/search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var t=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(753),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(13),r=n(136),s=n(9),c=n(6).makeCUID.e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
```

```
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(6).makeCUID,r=n(19);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,l,l,d),i(u,l),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(66);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(822),o=n(816),i=n(7),r=n(36),s=n(51),c=n(817),u=n(88),l=n(818),d=n(158),p=n(157),
A=n(87),h=n(16),f=n(23),g=n(130),m=n(12),v=n(142),w=n(79),b=n(45),x=n(1),C=n(21),y=n(
35),E=n(9),k=n(19),M=n(47),R=n(95),_=window,z=document;e.exports=function(e,t){var
n=_.addthis_config?k(_.addthis_config):{},S=_.addthis_share?k(_.addthis_share):{};
switch(t=t||{},n.product=t.product,S.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=E(),S.service=e,S.media=void
0!==t.media?t.media:S.media,S.url=void 0!==t.url?t.url:S.url,S.title=void
0!==t.title?t.title:S.title,S.description=void
0!==t.description?t.description:S.description,S.passthrough=void
0!==t.passthrough?t.passthrough:S.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",b(z.body,"more","","",n,S);break;case"mailto":_.location
.href=h(S,n,1);break;case"email":S.email_template=t.email_template||S.email_template,
S.email_vars=t.email_vars||S.email_vars,s(S,n);break;case"pinterest":case"
pinterest_share":a(S,n),addthis.menu.close();break;case"thefancy":r(e,S,n),o(),
addthis.menu.close();break;case"favorites":var
B=S.url,D=S.title,U=x("win")?"Control":"Command",O=S.share_url_transforms||S.
url_transforms,I="Press <"+U+">+D to bookmark in
";D=M(D),B=f(B),B=y(B,O,S,e),B=m(e,S,n,B,1),x("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):x("saf")||x("chr")?alert(I+(x("chr")?"Chrome":"Safari")):x("opr")?alert(I+"
Opera"):x("msedge")?alert(I+"Edge"):x("ffx")&&!_.sidebar.addPanel?alert(I+"Firefox"):
z.all?_.external.AddFavorite(B,D):_.sidebar.addPanel(D,B,"");break;case"print":r(e,S,
n),l();break;case"link":c(S,n);break;case"viber":u(S,n);break;case"slack":d(S,n);
break;case"skype":p(S,n);break;case"sms":A(S,n);break;default:"twitter"===e&&(S.title
=window.encodeURIComponent(S.title)),g(e)?w(e,S,n):_ate.share.inBm()||t.
defaultShareToNewTab?C(i(e,0,S,n),"_blank"):v(e,S,n)}R(S.service)||addthis.ed.fire("
addthis.menu_share",addthis,S),_ate.gat(e,S.url,n,S)}},function(e,t,n){"use
strict";var a=n(173),o=n(1);e.exports=function(e){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a)if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=t.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e>e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c++)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function e(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
```

```
121290   pintetest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
         =function(){return
         c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
         c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
         e=i["default"]("mob")?u():l();return
         i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
         getPopServices=d;var p=function(){return
         d().split(",")}};t.getPopServicesArray=p},function(e,t,n){"use strict";var
         a=n(105),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
         t;!o[e]&&"string"==typeof
         e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index),o[e]=e)},empty
         :function(){o={}}};e.exports=i},function(e,t){"use
         strict";e.exports=function(e,t){for(var
         n=0;n<e.length;n++)if(e[n]===t)return!1}},function(e,t,n){"use
         strict";function a(e){var t=e.params||{};return
         e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
         .du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
         o=n(151),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(136),n(4));e.exports=function
         (e,t,n){var o,i,r=a(t||{});return o=r.src?r.src:n,i=new
         Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
         o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
         e?(e.indexOf("%")>-1&&(e=u(e)),e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
         }function o(e){var t,n,a={};return
         e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
         substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
         parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
         10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
         .substring(26,27),a.throughput=e.substring(27,28),a}function i(e,t){var
         n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
         o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
         0}function r(e){var t="networkType: "+e.networkType()+" continent: ";return
         t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
         "+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
         ",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
         s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
         :i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
         RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
         a=n(2);e.exports=function(e){var t=[];return
         a(e,function(e){t.push(e)}),t}},function(e,t,n){function
         a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
         e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
         function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
         e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
         e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
         o=n(74);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
         o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
         Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
         strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
         n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
         i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
         documentElementClassName:document.documentElement.className,isBrandingReduced:v.
         isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
         topServices:p(_ate.cookie.rck("uss"),window.addthis_options}};return
         o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
         |[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
         i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
         _crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
         r=n(1),s=n(13),c=n(14),u=n(5),l=n(3),d=n(114),p=n(726),A=n(12),h=n(728),f=n(723),g=n(
         730),m=n(16),v=n(18),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
         ,t,n,a,i){d(function(r){var
         s=r.createExpandedMenu,c=r.ExpandedMenuController View,u=o(t,n,a,i);u.hostNodeId=e,u.
         eventDispatcher=addthis.ed,s(c,u)}}},open:function(e,t,n,a,o,i){var
         c,u;h(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
         _ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
         trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
         r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
         trackUrlForCopyLink=A("link",e,t);var
         s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
```

121290

```
tellTargetCloseWindow()}catch(t){l.warn(t)},this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator._ate.ed,addthis.c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e}),close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,
"beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null)},e.exports=function(){return b||(b=new
i),b}},function(e,t,n){var
a,o=n(1),i=n(2),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0),t&&c.onReady())});s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"===s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void0
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=A(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(715),s=n(40),c=a(s),u=n(716),l=a(u),d=n(634),p=a(d),A=n(637).getIconCode,h=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};h.id="service-icons-"+g++,f.appendChild(h)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0,t.
o=n(81),i=n(50),r=n(116),s=a(r),c=n(721),u=a(c),l=n(720),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
```

```
4)).optional("nv").optional("ir").optional("si").optional("qa",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e||t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",");!0}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(4),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(-1.indexOf(":")>-1))return!1;e=a.i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
a={createExpandedMenu:n(647),ExpandedMenuControllerView:n(651)};n(838)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e
instanceof t))throw new TypeError("Cannot call a class as a function")}function
i(e){for(var t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(139),s=a(r),c=n(24),u=a(c),l=n(14),d=a(l),p=n(27),A=a(p),h=n(40),f=a(h),g=n(164),
m=a(g),v=n(2),w=a(v),b=n(831),x=a(b),C=0,y=1,E=2,k=3,M=0,R=1,_=2,z=3,S=function(){
function e(t){o(this,e),"function"==typeof
t?this._urlCallback=t:this._url=t,this._force=!1,this._multi={},this._lastKey=null,
this._type=R,this._params=[],this._paramNames={},this._paramValues={},this.
_requestCount=0,this._responseCount=0,this._loadCallbacks=[],this._errorCallbacks=[],
this._dataErrorCallbacks=[]}return e.prototype.jsonp=function(){var
e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(A["default"](this._url),Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:k,key:e,value:a}),this._type=M,this},e.prototype.pixel=function(
){return this._type=R,this},e.prototype.beacon=function(){return
this._type=_,this},e.prototype.cors=function(e){return
this._type=z,"POST"===e.toUpperCase()?this._method="POST":this._method="GET",this},e.
prototype.go=function(e){this._paramValues=e;var
t=this._processValues(e),n=t.errors,a=t.query;n.length?this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:C,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({
```
121291...
```
type:y,key:e,test:t}),this},e.prototype.always=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:E,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:k,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
```

```
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
k:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
C:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case E:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:""))}}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
getUrl=function(e){var t=void 0;return"function"==typeof
this._urlCallback?(t=this._urlCallback(e,this._paramValues),this._url=t):t=this._url+
"?"+e,t},e.prototype._request=function(e){var t=this.getUrl(e),n=void
0;if(f["default"](this._type===R||this._type===M||this._type===_||this._type===z,"%s:
unrecognized type %s, aborting",this._url,this._type),this._type===R)n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this);else
if(this._type===M)n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this);else if(this._type===_)m["default"](t,"{}");else
if(this._type===z){var
a={url:t,method:this._method,onSuccess:d["default"](function(e){i(this._loadCallbacks
,[e])},this),onFailure:d["default"](function(){i(this._errorCallbacks)},this)};x["
default"](a)}this._requestCount++,e},e();t["default"]=S,e.exports=t["default"]},
function(e,t,n){var
a={},o={};a.delicious=function(e){n(659)},o.delicious=function(e){n.e(208,function
(){e(n(433))})},a.digg=function(e){n(e(660))},o.digg=function(e){n.e(205,function(){e
(n(436))})},a.facebook=function(e){n(e(662))},o.facebook=function(e){n.e(189,function
(){e(n(452))})},a.google=function(e){n(e(664))},o.google=function(e){n.e(171,function
(){e(n(470))})},a.linkedin=function(e){n(e(665))},o.linkedin=function(e){n.e(141,
function(){e(n(500))})},a.reddit=function(e){n(e(670))},o.reddit=function(e){n.e(93,
function(){e(n(548))})},a.stumbleupon=function(e){n(e(672))},o.stumbleupon=function(e
){n.e(64,function(){e(n(577))})},a.tumblr=function(e){n(e(673))},o.tumblr=function(e)
{n.e(47,function(){e(n(594))})},a.twitter=function(e){n(e(674))},o.twitter=function(e
){n.e(45,function(){e(n(596))})},a.myspace=function(e){n(e(667))},o.myspace=function(
e){n.e(123,function(){e(n(518))})},a.blogger=function(e){n(e(658))},o.blogger=
function(e){n.e(225,function(){e(n(416))})},a.print=function(e){n(e(669))},o.print=
function(e){n.e(101,function(){e(n(540))})},a.favorites=function(e){n(e(663))},o.
favorites=function(e){n.e(184,function(){e(n(457))})},a.email=function(e){n(e(661))},
o.email=function(e){n.e(194,function(){e(n(447))})},a.wykop=function(e){n(e(677))},o.
wykop=function(e){n.e(24,function(){e(n(617))})},a.mailto=function(e){n(e(666))},o.
mailto=function(e){n.e(138,function(){e(n(503))})},a.sinaweibo=function(e){n(e(671))}
,o.sinaweibo=function(e){n.e(84,function(){e(n(557))})},a.vk=function(e){n(e(675))},o
.vk=function(e){n.e(34,function(){e(n(607))})},a.pinterest_share=function(e){n(e(668)
)},o.pinterest_share=function(e){n.e(105,function(){e(n(536))})},a.whatsapp=function(
e){e(n(676))},o.whatsapp=function(e){n.e(27,function(){e(n(614))})},a.addthis=
function(e){e(n(657))},o.addthis=function(e){n.e(244,function(){e(n(397))})},a.aim=
```

```
121291… function(e){n.e(459,function(){e(n(621))})},o.atmfm=function(e){n.e(240,function(){e(n(
    401))})},a.amazonwishlist=function(e){n.e(458,function(){e(n(183))})},o.
    amazonwishlist=function(e){n.e(239,function(){e(n(402))})},a.bitly=function(e){n.e(
    447,function(){e(n(194))})},o.bitly=function(e){n.e(228,function(){e(n(413))})},a.
    blogmarks=function(e){n.e(443,function(){e(n(198))})},o.blogmarks=function(e){n.e(223
    ,function(){e(n(418))})},a.diigo=function(e){n.e(425,function(){e(n(216))})},o.diigo=
    function(e){n.e(203,function(){e(n(438))})},a.faves=function(e){n.e(409,function(){e(
    n(232))})},o.faves=function(e){n.e(185,function(){e(n(456))})},a.hatena=function(e){n
    .e(391,function(){e(n(250))})},o.hatena=function(e){n.e(165,function(){e(n(476))})},a
    .meneame=function(e){n.e(358,function(){e(n(283))})},o.meneame=function(e){n.e(130,
    function(){e(n(511))})},a.netvibes=function(e){n.e(348,function(){e(n(293))})},o.
    netvibes=function(e){n.e(119,function(){e(n(522))})},a.netvouz=function(e){n.e(347,
    function(){e(n(294))})},o.netvouz=function(e){n.e(118,function(){e(n(523))})},a.
    newsvine=function(e){n.e(345,function(){e(n(296))})},o.newsvine=function(e){n.e(116,
    function(){e(n(525))})},a.nujij=function(e){n.e(344,function(){e(n(297))})},o.nujij=
    function(e){n.e(115,function(){e(n(526))})},a.thisnext=function(e){n.e(284,function()
    {e(n(357))})},o.thisnext=function(e){n.e(50,function(){e(n(591))})},a.livejournal=
    function(e){n.e(366,function(){e(n(275))})},o.livejournal=function(e){n.e(139,
    function(){e(n(502))})},a.gmail=function(e){n.e(398,function(){e(n(243))})},o.gmail=
    function(e){n.e(173,function(){e(n(468))})},a.hotmail=function(e){n.e(387,function(){
    e(n(254))})},o.hotmail=function(e){n.e(161,function(){e(n(480))})},a.yahoomail=
    function(e){n.e(261,function(){e(n(380))})},o.yahoomail=function(e){n.e(22,function()
    {e(n(619))})},a.aolmail=function(e){n.e(456,function(){e(n(185))})},o.aolmail=
    function(e){n.e(237,function(){e(n(404))})},a.googletranslate=function(e){n.e(394,
    function(){e(n(247))})},o.googletranslate=function(e){n.e(168,function(){e(n(473))})}
    ,a.wordpress=function(e){n.e(263,function(){e(n(378))})},o.wordpress=function(e){n.e(
    25,function(){e(n(616))})},a.typepad=function(e){n.e(280,function(){e(n(361))})},o.
    typepad=function(e){n.e(44,function(){e(n(597))})},a.yammer=function(e){n.e(260,
    function(){e(n(381))})},o.yammer=function(e){n.e(21,function(){e(n(620))})},a.
    oknotizie=function(e){n.e(341,function(){e(n(300))})},o.oknotizie=function(e){n.e(112
    ,function(){e(n(529))})},a.oyyla=function(e){n.e(339,function(){e(n(302))})},o.oyyla=
    function(e){n.e(110,function(){e(n(531))})},a.favoritus=function(e){n.e(408,function(
    ){e(n(233))})},o.favoritus=function(e){n.e(183,function(){e(n(458))})},a.startaid=
    function(e){n.e(302,function(){e(n(339))})},o.startaid=function(e){n.e(69,function(){
    e(n(572))})},a.svejo=function(e){n.e(293,function(){e(n(348))})},o.svejo=function(e){
    n.e(59,function(){e(n(582))})},a.symbaloo=function(e){n.e(292,function(){e(n(349))})}
    ,o.symbaloo=function(e){n.e(58,function(){e(n(583))})},a.yoolink=function(e){n.e(257,
    function(){e(n(384))})},o.yoolink=function(e){n.e(18,function(){e(n(623))})},a.youmob
    =function(e){n.e(255,function(){e(n(386))})},o.youmob=function(e){n.e(16,function(){e
    (n(625))})},a.n4g=function(e){n.e(350,function(){e(n(291))})},o.n4g=function(e){n.e(
    121,function(){e(n(520))})},a.folkd=function(e){n.e(404,function(){e(n(237))})},o.
    folkd=function(e){n.e(179,function(){e(n(462))})},a.evernote=function(e){n.e(415,
    function(){e(n(226))})},o.evernote=function(e){n.e(192,function(){e(n(449))})},a.
    stumpedia=function(e){n.e(297,function(){e(n(344))})},o.stumpedia=function(e){n.e(63,
    function(){e(n(578))})},a.studivz=function(e){n.e(299,function(){e(n(342))})},o.
    studivz=function(e){n.e(66,function(){e(n(575))})},a.pusha=function(e){n.e(330,
    function(){e(n(311))})},o.pusha=function(e){n.e(99,function(){e(n(542))})},a.kledy=
    function(e){n.e(372,function(){e(n(269))})},o.kledy=function(e){n.e(146,function(){e(
    n(495))})},a.plurk=function(e){n.e(334,function(){e(n(307))})},o.plurk=function(e){n.
    e(104,function(){e(n(537))})},a.citeulike=function(e){n.e(434,function(){e(n(207))})}
    ,o.citeulike=function(e){n.e(214,function(){e(n(427))})},a.care2=function(e){n.e(435,
    function(){e(n(206))})},o.care2=function(e){n.e(215,function(){e(n(426))})},a.baidu=
    function(e){n.e(453,function(){e(n(188))})},o.baidu=function(e){n.e(234,function(){e(
    n(407))})},a.printfriendly=function(e){n.e(331,function(){e(n(310))})},o.
    printfriendly=function(e){n.e(100,function(){e(n(541))})},a.arto=function(e){n.e(454,
    function(){e(n(187))})},o.arto=function(e){n.e(235,function(){e(n(406))})},a.sodahead
    =function(e){n.e(308,function(){e(n(333))})},o.sodahead=function(e){n.e(75,function(){
    e(n(566))})},a.viadeo=function(e){n.e(276,function(){e(n(365))})},o.viadeo=function(
    e){n.e(40,function(){e(n(601))})},a.amemne=function(e){n.e(457,function(){e(n(184))})
    },o.amemne=function(e){n.e(238,function(){e(n(403))})},a.virb=function(e){n.e(272,
    function(){e(n(369))})},o.virb=function(e){n.e(36,function(){e(n(605))})},a.bizsugar=
    function(e){n.e(446,function(){e(n(195))})},o.bizsugar=function(e){n.e(227,function()
    {e(n(414))})},a.bobrdobr=function(e){n.e(442,function(){e(n(199))})},o.bobrdobr=
    function(e){n.e(222,function(){e(n(419))})},a.smiru=function(e){n.e(311,function(){e(
    n(330))})},o.smiru=function(e){n.e(78,function(){e(n(563))})},a.stuffpit=function(e){
    n.e(298,function(){e(n(343))})},o.stuffpit=function(e){n.e(65,function(){e(n(576))})}
    ,a.fabulously40=function(e){n.e(413,function(){e(n(228))})},o.fabulously40=function(e
    ){n.e(190,function(){e(n(451))})},a.yorumcuyum=function(e){n.e(256,function(){e(n(385
```

121291…

```
)))}}},o.youmcuyum=function(e){n.e(17,function(){e(n(624))})},a.hackernews=function(e
){n.e(392,function(){e(n(249))})},o.hackernews=function(e){n.e(166,function(){e(n(475
))})},a.bonzobox=function(e){n.e(441,function(){e(n(200))})},o.bonzobox=function(e){n
.e(221,function(){e(n(420))})},a.meinvz=function(e){n.e(362,function(){e(n(279))})},o
.meinvz=function(e){n.e(134,function(){e(n(507))})},a.visitezmonsite=function(e){n.e(
271,function(){e(n(370))})},o.visitezmonsite=function(e){n.e(35,function(){e(n(606))}
)},a.memori=function(e){n.e(360,function(){e(n(281))})},o.memori=function(e){n.e(132,
function(){e(n(509))})},a.diggita=function(e){n.e(426,function(){e(n(215))})},o.
diggita=function(e){n.e(204,function(){e(n(437))})},a.linkuj=function(e){n.e(367,
function(){e(n(274))})},o.linkuj=function(e){n.e(140,function(){e(n(501))})},a.tuenti
=function(e){n.e(282,function(){e(n(359))})},o.tuenti=function(e){n.e(48,function(){e
(n(593))})},a.informazione=function(e){n.e(384,function(){e(n(257))})},o.informazione
=function(e){n.e(158,function(){e(n(483))})},a.startlap=function(e){n.e(301,function(
){e(n(340))})},o.startlap=function(e){n.e(68,function(){e(n(573))})},a.moemesto=
function(e){n.e(354,function(){e(n(287))})},o.moemesto=function(e){n.e(126,function()
{e(n(515))})},a["100zakladok"]=function(e){n.e(466,function(){e(n(175))})},o["
100zakladok"]=function(e){n.e(248,function(){e(n(393))})},a.domaintoolswhois=function
(e){n.e(423,function(){e(n(218))})},o.domaintoolswhois=function(e){n.e(201,function()
{e(n(440))})},a.quantcast=function(e){n.e(328,function(){e(n(313))})},o.quantcast=
function(e){n.e(97,function(){e(n(544))})},a.w3validator=function(e){n.e(267,function
(){e(n(374))})},o.w3validator=function(e){n.e(30,function(){e(n(611))})},a.hedgehogs=
function(e){n.e(390,function(){e(n(251))})},o.hedgehogs=function(e){n.e(164,function(
){e(n(477))})},a.cosmiq=function(e){n.e(430,function(){e(n(211))})},o.cosmiq=function
(e){n.e(210,function(){e(n(431))})},a.instapaper=function(e){n.e(382,function(){e(n(
259))})},o.instapaper=function(e){n.e(156,function(){e(n(485))})},a.ziczac=function(e
){n.e(250,function(){e(n(391))})},o.ziczac=function(e){n.e(11,function(){e(n(630))})}
,a.adifni=function(e){n.e(461,function(){e(n(180))})},o.adifni=function(e){n.e(242,
function(){e(n(399))})},a.favable=function(e){n.e(410,function(){e(n(231))})},o.
favable=function(e){n.e(186,function(){e(n(455))})},a.camyoo=function(e){n.e(436,
function(){e(n(205))})},o.camyoo=function(e){n.e(216,function(){e(n(425))})},a.box=
function(e){n.e(438,function(){e(n(203))})},o.box=function(e){n.e(218,function(){e(n(
423))})},a.bookmarkycz=function(e){n.e(440,function(){e(n(201))})},o.bookmarkycz=
function(e){n.e(220,function(){e(n(421))})},a.etsy=function(e){n.e(416,function(){e(n
(225))})},o.etsy=function(e){n.e(193,function(){e(n(448))})},a.bookmerkende=function(
e){n.e(439,function(){e(n(202))})},o.bookmerkende=function(e){n.e(219,function(){e(n(
422))})},a.posteezy=function(e){n.e(332,function(){e(n(309))})},o.posteezy=function(e
){n.e(102,function(){e(n(539))})},a.zakladoknet=function(e){n.e(251,function(){e(n(
390))})},o.zakladoknet=function(e){n.e(12,function(){e(n(629))})},a.douban=function(e
){n.e(422,function(){e(n(219))})},o.douban=function(e){n.e(200,function(){e(n(441))})
},a.pdfmyurl=function(e){n.e(337,function(){e(n(304))})},o.pdfmyurl=function(e){n.e(
108,function(){e(n(533))})},a.rediff=function(e){n.e(324,function(){e(n(317))})},o.
rediff=function(e){n.e(92,function(){e(n(549))})},a.markme=function(e){n.e(364,
function(){e(n(277))})},o.markme=function(e){n.e(136,function(){e(n(505))})},a.
naszaklasa=function(e){n.e(349,function(){e(n(292))})},o.naszaklasa=function(e){n.e(
120,function(){e(n(521))})},a.vybralisme=function(e){n.e(268,function(){e(n(373))})},
o.vybralisme=function(e){n.e(31,function(){e(n(610))})},a.mymailru=function(e){n.e(
352,function(){e(n(289))})},o.mymailru=function(e){n.e(124,function(){e(n(517))})},a.
qzone=function(e){n.e(326,function(){e(n(315))})},o.qzone=function(e){n.e(95,function
(){e(n(546))})},a.xing=function(e){n.e(262,function(){e(n(379))})},o.xing=function(e)
{n.e(23,function(){e(n(618))})},a.fashiolista=function(e){n.e(411,function(){e(n(230)
)})},o.fashiolista=function(e){n.e(187,function(){e(n(454))})},a.newsmeback=function(
e){n.e(346,function(){e(n(295))})},o.newsmeback=function(e){n.e(117,function(){e(n(
524))})},a.iorbix=function(e){n.e(380,function(){e(n(261))})},o.iorbix=function(e){n.
e(154,function(){e(n(487))})},a.urlaubswerkde=function(e){n.e(277,function(){e(n(364)
))})},o.urlaubswerkde=function(e){n.e(41,function(){e(n(600))})},a.mrcnetworkit=
function(e){n.e(353,function(){e(n(288))})},o.mrcnetworkit=function(e){n.e(125,
function(){e(n(516))})},a.pafnetde=function(e){n.e(338,function(){e(n(303))})},o.
pafnetde=function(e){n.e(109,function(){e(n(532))})},a.spinsnap=function(e){n.e(306,
function(){e(n(335))})},o.spinsnap=function(e){n.e(73,function(){e(n(568))})},a.
technerd=function(e){n.e(290,function(){e(n(351))})},o.technerd=function(e){n.e(56,
function(){e(n(585))})},a.thefreedictionary=function(e){n.e(285,function(){e(n(356))}
)},o.thefreedictionary=function(e){n.e(51,function(){e(n(590))})},a.yuuby=function(e)
{n.e(252,function(){e(n(389))})},o.yuuby=function(e){n.e(13,function(){e(n(628))})},a
.efactor=function(e){n.e(418,function(){e(n(223))})},o.efactor=function(e){n.e(196,
function(){e(n(445))})},a.adfty=function(e){n.e(462,function(){e(n(179))})},o.adfty=
function(e){n.e(243,function(){e(n(398))})},a.draugiem=function(e){n.e(421,function()
{e(n(220))})},o.draugiem=function(e){n.e(199,function(){e(n(442))})},a.historious=
function(e){n.e(389,function(){e(n(252))})},o.historious=function(e){n.e(163,function
```

121291...

```
(){e(n(487))}}},a.indexof=function(e){n.e(389,function(){e(n(256))})}},o.indexor=
function(e){n.e(159,function(){e(n(482))})}},a.voxopolis=function(e){n.e(269,function(
){e(n(372))})}},o.voxopolis=function(e){n.e(32,function(){e(n(609))})}},a.memonic=
function(e){n.e(361,function(){e(n(280))})}},o.memonic=function(e){n.e(133,function(){
e(n(508))})}},a.addressbar=function(e){n.e(463,function(){e(n(178))})}},o.addressbar=
function(e){n.e(245,function(){e(n(396))})}},a.kaixin=function(e){n.e(377,function(){e
(n(264))})}},o.kaixin=function(e){n.e(151,function(){e(n(490))})}},a.odnoklassniki_ru=
function(e){n.e(342,function(){e(n(299))})}},o.odnoklassniki_ru=function(e){n.e(113,
function(){e(n(528))})}},a.zingme=function(e){n.e(249,function(){e(n(392))})}},o.zingme
=function(e){n.e(10,function(){e(n(631))})}},a.jappy=function(e){n.e(379,function(){e(
n(262))})}},o.jappy=function(e){n.e(153,function(){e(n(488))})}},a.vkrugudruzei=
function(e){n.e(270,function(){e(n(371))})}},o.vkrugudruzei=function(e){n.e(33,
function(){e(n(608))})}},a.stylishhome=function(e){n.e(296,function(){e(n(345))})}},o.
stylishhome=function(e){n.e(62,function(){e(n(579))})}},a.kindleit=function(e){n.e(373
,function(){e(n(268))})}},o.kindleit=function(e){n.e(147,function(){e(n(494))})}},a.
scoopit=function(e){n.e(318,function(){e(n(323))})}},o.scoopit=function(e){n.e(86,
function(){e(n(555))})}},a.govn=function(e){n.e(393,function(){e(n(248))})}},o.govn=
function(e){n.e(167,function(){e(n(474))})}},a.skyrock=function(e){n.e(315,function(){
e(n(326))})}},o.skyrock=function(e){n.e(82,function(){e(n(559))})}},a.ketnooi=function(
e){n.e(375,function(){e(n(266))})}},o.ketnooi=function(e){n.e(149,function(){e(n(492))
})}},a.taringa=function(e){n.e(291,function(){e(n(350))})}},o.taringa=function(e){n.e(
57,function(){e(n(584))})}},a.researchgate=function(e){n.e(322,function(){e(n(319))})}}
,o.researchgate=function(e){n.e(90,function(){e(n(551))})}},a.blogkeen=function(e){n.e
(444,function(){e(n(197))})}},o.blogkeen=function(e){n.e(224,function(){e(n(417))})}},a
.mendeley=function(e){n.e(359,function(){e(n(282))})}},o.mendeley=function(e){n.e(131,
function(){e(n(510))})}},a.qrsrc=function(e){n.e(329,function(){e(n(312))})}},o.qrsrc=
function(e){n.e(98,function(){e(n(543))})}},a.bland=function(e){n.e(445,function(){e(n
(196))})}},o.bland=function(e){n.e(226,function(){e(n(415))})}},a.sharer=function(e){n.
e(317,function(){e(n(324))})}},o.sharer=function(e){n.e(85,function(){e(n(556))})}},a.
safelinking=function(e){n.e(319,function(){e(n(322))})}},o.safelinking=function(e){n.e
(87,function(){e(n(554))})}},a.cleanprint=function(e){n.e(433,function(){e(n(208))})}},
o.cleanprint=function(e){n.e(213,function(){e(n(428))})}},a.disqus=function(e){n.e(424
,function(){e(n(217))})}},o.disqus=function(e){n.e(202,function(){e(n(439))})}},a.
surfingbird=function(e){n.e(294,function(){e(n(347))})}},o.surfingbird=function(e){n.e
(60,function(){e(n(581))})}},a.lidar=function(e){n.e(370,function(){e(n(271))})}},o.
lidar=function(e){n.e(144,function(){e(n(497))})}},a.buffer=function(e){n.e(437,
function(){e(n(204))})}},o.buffer=function(e){n.e(217,function(){e(n(424))})}},a.
beat100=function(e){n.e(450,function(){e(n(191))})}},o.beat100=function(e){n.e(231,
function(){e(n(410))})}},a.cssbased=function(e){n.e(429,function(){e(n(212))})}},o.
cssbased=function(e){n.e(209,function(){e(n(432))})}},a.yookos=function(e){n.e(258,
function(){e(n(383))})}},o.yookos=function(e){n.e(19,function(){e(n(622))})}},a.supbro=
function(e){n.e(295,function(){e(n(346))})}},o.supbro=function(e){n.e(61,function(){e(
n(580))})}},a.google_plusone_share=function(e){n.e(395,function(){e(n(246))})}},o.
google_plusone_share=function(e){n.e(169,function(){e(n(472))})}},a.apsense=function(e
){n.e(455,function(){e(n(186))})}},o.apsense=function(e){n.e(236,function(){e(n(405))}
)}},a.cleansave=function(e){n.e(432,function(){e(n(209))})}},o.cleansave=function(e){n.
e(212,function(){e(n(429))})}},a.openthedoor=function(e){n.e(340,function(){e(n(301))}
)}},o.openthedoor=function(e){n.e(111,function(){e(n(530))})}},a.advqr=function(e){n.e(
460,function(){e(n(181))})}},o.advqr=function(e){n.e(241,function(){e(n(400))})}},a.
pocket=function(e){n.e(333,function(){e(n(308))})}},o.pocket=function(e){n.e(103,
function(){e(n(538))})}},a.margarin=function(e){n.e(365,function(){e(n(276))})}},o.
margarin=function(e){n.e(137,function(){e(n(504))})}},a.gg=function(e){n.e(401,
function(){e(n(240))})}},o.gg=function(e){n.e(176,function(){e(n(465))})}},a.foodlve=
function(e){n.e(403,function(){e(n(238))})}},o.foodlve=function(e){n.e(178,function(){
e(n(463))})}},a.thefancy=function(e){n.e(286,function(){e(n(355))})}},o.thefancy=
function(e){n.e(52,function(){e(n(589))})}},a.mixi=function(e){n.e(355,function(){e(n(
286))})}},o.mixi=function(e){n.e(127,function(){e(n(514))})}},a.wishmindr=function(e){n
.e(264,function(){e(n(377))})}},o.wishmindr=function(e){n.e(26,function(){e(n(615))})}}
,a.financialjuice=function(e){n.e(407,function(){e(n(234))})}},o.financialjuice=
function(e){n.e(182,function(){e(n(459))})}},a.myvidster=function(e){n.e(351,function(
){e(n(290))})}},o.myvidster=function(e){n.e(122,function(){e(n(519))})}},a.exchangle=
function(e){n.e(414,function(){e(n(227))})}},o.exchangle=function(e){n.e(191,function(
){e(n(450))})}},a.wanelo=function(e){n.e(266,function(){e(n(375))})}},o.wanelo=function
(e){n.e(29,function(){e(n(612))})}},a.hootsuite=function(e){n.e(388,function(){e(n(253
))})}},o.hootsuite=function(e){n.e(162,function(){e(n(479))})}},a.internetarchive=
function(e){n.e(381,function(){e(n(260))})}},o.internetarchive=function(e){n.e(155,
function(){e(n(486))})}},a.behance=function(e){n.e(449,function(){e(n(192))})}},o.
behance=function(e){n.e(230,function(){e(n(411))})}},a.vimeo=function(e){n.e(274,
```

```
121291…│ function()}e(n(367))}}},o.vimeo=function(e){n.e(98,function()e(n(603))}}},a.flickr=
       │ function(e){n.e(406,function()e(n(235))}}},o.flickr=function(e){n.e(181,function()e
       │ (n(460))}}},a.instagram=function(e){n.e(383,function()e(n(258))}}},o.instagram=
       │ function(e){n.e(157,function()e(n(484))}}},a.foursquare=function(e){n.e(402,function
       │ (){e(n(239))}}},o.foursquare=function(e){n.e(177,function()e(n(464))}}},a.rss=
       │ function(e){n.e(320,function()e(n(321))}}},o.rss=function(e){n.e(88,function()e(n(
       │ 553))}}},a.youtube=function(e){n.e(254,function()e(n(387))}}},o.youtube=function(e){
       │ n.e(15,function()e(n(626))}}},a.flipboard=function(e){n.e(405,function()e(n(236))}}
       │ },o.flipboard=function(e){n.e(180,function()e(n(461))}}},a.retellity=function(e){n.e
       │ (321,function()e(n(320))}}},o.retellity=function(e){n.e(89,function()e(n(552))}}},a
       │ .nurses_lounge=function(e){n.e(343,function()e(n(298))}}},o.nurses_lounge=function(e
       │ ){n.e(114,function()e(n(527))}}},a.kik=function(e){n.e(374,function()e(n(267))}}},o
       │ .kik=function(e){n.e(148,function()e(n(493))}}},a.yummly=function(e){n.e(253,
       │ function()e(n(388))}}},o.yummly=function(e){n.e(14,function()e(n(627))}}},a.viber=
       │ function(e){n.e(275,function()e(n(366))}}},o.viber=function(e){n.e(39,function()e(n
       │ (602))}}},a.edcast=function(e){n.e(419,function()e(n(222))}}},o.edcast=function(e){n
       │ .e(197,function()e(n(444))}}},a.slack=function(e){n.e(314,function()e(n(327))}}},o.
       │ slack=function(e){n.e(81,function()e(n(560))}}},a.skype=function(e){n.e(316,function
       │ (){e(n(325))}}},o.skype=function(e){n.e(83,function()e(n(558))}}},a.link=function(e)
       │ {n.e(368,function()e(n(273))}}},o.link=function(e){n.e(142,function()e(n(499))}}},a
       │ .houzz=function(e){n.e(386,function()e(n(255))}}},o.houzz=function(e){n.e(160,
       │ function()e(n(481))}}},a.google_classroom=function(e){n.e(396,function()e(n(245))}}
       │ },o.google_classroom=function(e){n.e(170,function()e(n(471))}}},a.renren=function(e)
       │ {n.e(323,function()e(n(318))}}},o.renren=function(e){n.e(91,function()e(n(550))}}},
       │ a.tencentweibo=function(e){n.e(287,function()e(n(354))}}},o.tencentweibo=function(e)
       │ {n.e(53,function()e(n(588))}}},a.lineme=function(e){n.e(369,function()e(n(272))}}},
       │ o.lineme=function(e){n.e(143,function()e(n(498))}}},a.kakao=function(e){n.e(376,
       │ function()e(n(265))}}},o.kakao=function(e){n.e(150,function()e(n(491))}}},a.
       │ telegram=function(e){n.e(289,function()e(n(352))}}},o.telegram=function(e){n.e(55,
       │ function()e(n(586))}}},a.balatarin=function(e){n.e(452,function()e(n(189))}}},o.
       │ balatarin=function(e){n.e(233,function()e(n(408))}}},a.pinboard=function(e){n.e(335,
       │ function()e(n(306))}}},o.pinboard=function(e){n.e(106,function()e(n(535))}}},a.
       │ diary_ru=function(e){n.e(427,function()e(n(214))}}},o.diary_ru=function(e){n.e(206,
       │ function()e(n(435))}}},a["500px"]=function(e){n.e(465,function()e(n(176))}}},o["
       │ 500px"]=function(e){n.e(247,function()e(n(394))}}},a.aboutme=function(e){n.e(464,
       │ function()e(n(177))}}},o.aboutme=function(e){n.e(246,function()e(n(395))}}},a.
       │ bandcamp=function(e){n.e(451,function()e(n(190))}}},o.bandcamp=function(e){n.e(232,
       │ function()e(n(409))}}},a.bitbucket=function(e){n.e(448,function()e(n(193))}}},o.
       │ bitbucket=function(e){n.e(229,function()e(n(412))}}},a.dribbble=function(e){n.e(420,
       │ function()e(n(221))}}},o.dribbble=function(e){n.e(198,function()e(n(443))}}},a.
       │ github=function(e){n.e(400,function()e(n(241))}}},o.github=function(e){n.e(175,
       │ function()e(n(466))}}},a.gitlab=function(e){n.e(399,function()e(n(242))}}},o.gitlab
       │ =function(e){n.e(174,function()e(n(467))}}},a.medium=function(e){n.e(363,function(){
       │ e(n(278))}}},o.medium=function(e){n.e(135,function()e(n(506))}}},a.mixcloud=function
       │ (e){n.e(356,function()e(n(285))}}},o.mixcloud=function(e){n.e(128,function()e(n(513
       │ ))}}},a.periscope=function(e){n.e(336,function()e(n(305))}}},o.periscope=function(e)
       │ {n.e(107,function()e(n(534))}}},a.quora=function(e){n.e(327,function()e(n(314))}}},
       │ o.quora=function(e){n.e(96,function()e(n(545))}}},a.slashdot=function(e){n.e(313,
       │ function()e(n(328))}}},o.slashdot=function(e){n.e(80,function()e(n(561))}}},a.
       │ slideshare=function(e){n.e(312,function()e(n(329))}}},o.slideshare=function(e){n.e(
       │ 79,function()e(n(562))}}},a.snapchat=function(e){n.e(309,function()e(n(332))}}},o.
       │ snapchat=function(e){n.e(76,function()e(n(565))}}},a.soundcloud=function(e){n.e(307,
       │ function()e(n(334))}}},o.soundcloud=function(e){n.e(74,function()e(n(567))}}},a.
       │ spotify=function(e){n.e(305,function()e(n(336))}}},o.spotify=function(e){n.e(72,
       │ function()e(n(569))}}},a.stack_overflow=function(e){n.e(303,function()e(n(338))}}},
       │ o.stack_overflow=function(e){n.e(70,function()e(n(571))}}},a.steam=function(e){n.e(
       │ 300,function()e(n(341))}}},o.steam=function(e){n.e(67,function()e(n(574))}}},a.
       │ twitch=function(e){n.e(281,function()e(n(360))}}},o.twitch=function(e){n.e(46,
       │ function()e(n(595))}}},a.vine=function(e){n.e(273,function()e(n(368))}}},o.vine=
       │ function(e){n.e(37,function()e(n(604))}}},a.trello=function(e){n.e(283,function()e(
       │ n(358))}}},o.trello=function(e){n.e(49,function()e(n(592))}}},a.wechat=function(e){n
       │ .e(265,function()e(n(376))}}},o.wechat=function(e){n.e(28,function()e(n(613))}}},a.
       │ tencentqq=function(e){n.e(288,function()e(n(353))}}},o.tencentqq=function(e){n.e(54,
       │ function()e(n(587))}}},a.deviantart=function(e){n.e(428,function()e(n(213))}}},o.
       │ deviantart=function(e){n.e(207,function()e(n(434))}}},a.ello=function(e){n.e(417,
       │ function()e(n(224))}}},o.ello=function(e){n.e(195,function()e(n(446))}}},a.
       │ goodreads=function(e){n.e(397,function()e(n(244))}}},o.goodreads=function(e){n.e(172
       │ ,function()e(n(469))}}},a.jsfiddle=function(e){n.e(378,function()e(n(263))}}},o.
```

```
121291  jsfiddle=function(e){n.e(152,function(){e(n(489))})},a.letterboxd=function(e){n.e(371
        ,function(){e(n(270))})},o.letterboxd=function(e){n.e(145,function(){e(n(496))})},a.
        ravelry=function(e){n.e(325,function(){e(n(316))})},o.ravelry=function(e){n.e(94,
        function(){e(n(547))})},a.stack_exchange=function(e){n.e(304,function(){e(n(337))})},
        o.stack_exchange=function(e){n.e(71,function(){e(n(570))})},a.untappd=function(e){n.e
        (278,function(){e(n(363))})},o.untappd=function(e){n.e(42,function(){e(n(599))})},a.
        yelp=function(e){n.e(259,function(){e(n(382))})},o.yelp=function(e){n.e(20,function()
        {e(n(621))})},a.messenger=function(e){n.e(357,function(){e(n(284))})},o.messenger=
        function(e){n.e(129,function(){e(n(512))})},a.cloob=function(e){n.e(431,function(){e(
        n(210))})},o.cloob=function(e){n.e(211,function(){e(n(430))})},a.facenama=function(e)
        {n.e(412,function(){e(n(229))})},o.facenama=function(e){n.e(188,function(){e(n(453))}
        )},a.sms=function(e){n.e(310,function(){e(n(331))})},o.sms=function(e){n.e(77,
        function(){e(n(564))})},a.unknown=function(e){n.e(279,function(){e(n(362))})},o.
        unknown=function(e){n.e(43,function(){e(n(598))})},e.exports={png:o,svg:a}},function(
        e,t,n){"use strict";var a=n(70);e.exports=function(e){var
        t="RELEASED"!==e.state&&"VERIFIED"!==e.state||a.hidden||a|e.code|;return
        t}},function(e,t){"use strict";e.exports=function(e){if(!e.style||!t)return e;var
        n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
        e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
        :{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
        DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
        flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
        google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
        News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:
        "LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
        Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
        Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
        },renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
        Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
        snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
        Exchange"},stack_overflow:{name:"Stack
        Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
        ,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
        wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
        yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
        t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
        Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+="; 
        path=/;",a||(i+="
        domain="+s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
        i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
        r=n(32),s=n(1);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
        n=e?e.length:0;if(!i(n))return o(e,t);for(var
        a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
        o=n(681),i=n(11),r=n(127);e.exports=a},function(e,t,n){function
        a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e==1/t;var c=typeof e,u=typeof
        t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
        e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(760);e.exports=a},function(e,t){function
        n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
        n(e){return
        160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
        8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
        a(e){return e===e&&(0===e?1/e>0:!o(e))}var
        o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
        o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
121292  var n=window.JSON&&"function"==typeof window.JSON.parse&&"function"==typeof
        window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
        t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
        e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){
        a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
        s=a[r].split(","),d={},p=0;p<s.length;p++){var
        A=s[p].split("=");d[A[0]]=A[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
        o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
        o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
        (l[o]=1,e(r(n[a].src)))}}var
        i=n(27),r=n(53);e.exports={processAdEvents:a,processAllScripts:o};var
        s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
        var
        t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
```

121292...

```
raiseyourvoice!",vkt=",Fumb1",i),return!!t[e]}},function(e,t,n){var
a=n(8).getHost,o=n(50),i=n(91);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n[8]||n||"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r!t===a(r?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split(";").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===
t.substr(0,1)&&/[a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+y&&e.substr(0,y)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(y))}}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,A,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
,O=_.at_si,I=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(y)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000,",z+=parseInt(c.substr(16),10)),N&&!z&&(u=C,A=N
.split(u),A.length<2&&N.indexOf("_")>-1&&(u="_",A=N.split(u)),f=A.length>1?A.pop():""
,g=A.join(u),o(g)||(g(N,f=""),o(g)?(c=p(g.substr(y)),T=c.substr(0,16)+","+parseInt(c.
substr(16),10),I="facebook_"+(f||"like")):(s=N.split("=").pop().split(C),2===s.length&
&h(s[0])&&(T=s.join(","),I="facebook_"+(f||"like")))),z=z&&h(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:C,l=M.substr(y).split(u),2==1.length&&o(M.substr(0,1+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),I=l[1],w=1)),S&&(a=S),z?
(b=parseInt(z.split(",").pop())+1,n=z.split(",").shift()):1===E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1))),h(n)||(n=null),h(i)||(i=
null),I=(I||"").split("#").shift().split("?").shift();var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:I,gen:b,csi:O};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=!0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e=e||f(),b+A(e+Math.min(3,t||0))}function u(e,t,n){return
n=n||f(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?C+t:"")}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split("."),c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt
.substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),h(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
_a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
d=(n(46),n(53)),p=n(37).atohb,A=n(37).hbtoa,h=n(6).isValidCUID,f=n(6).makeCUID,g=n(78
),m=n(137),v=n(4),b=".",x=";",C=".",y=b.length,E=0,k={wpp:1,blg:1};e.exports={
clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
}},function(e,t){"use strict";function n(e,t,n,o){return
n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
n(e.uid,e.sessionID,e.pubID,e.feedsABCell)}},e.exports.seq=a},function(e,t,n){var
a=document;e.exports=function(e){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(121);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(54);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(827);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs"):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(17);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(788),o=(document,window),i=n(4);e.exports=function(){i.rescan();var
```

```
121292… e=i.ab,t.id&&t.split(#=#)),t.pop(),return
        a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
        addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
        addthis_title=i.title,1):0}},function(e,t,n){var
        a=n(7),o=n(49),i=n(88),r=n(87),s=window;e.exports=function(e,t,n){var c;return
        s.location.href.search(_atc.rsrcs.bookmark)>-1?s.location=a(e,0,t,n):"viber"===e?i(t,
        n):"sms"===e?r(t,n):(c=a(e,0,t,n),o.push(s.open(c,"addthis_share"))),!1}},function(e,
        t,n){function a(e,t){var
        n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
        o=n(819),i=n(56),r=n(80)(),s=n(24),c=n(3).listen,u=window.parent===window;e.exports=
        function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
        &&c(window,"message",function(e){if(e){var
        t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===("https:".length||e.origin.
        indexOf(t)==="https?".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
        o="string"==typeof e.data;if(o&&n){var
        i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r){try{_ate.menu.close
        ()}catch(s){}a(r)}}}}})},function(e,t,n){"use strict";var
        a=n(102),o=n(38),i=n(6).makeCUID,r=n(145),s=n(9),c=n(5),u=n(24),l=n(155),d=n(76),p=n(
        23),A=n(35),h=n(133),f={var
        Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
        t(){return Math.floor(((new Date).getTime()-f)/100).toString(16)}function n(e){return
        0===g&&(g=e||i()),g}function
        w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
        b(e,n){return v(e)+"="+v(n)+";"+t()}function x(){return
        h({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
        C(t){t=t.split("/");var n=t.shift?t.shift():void
        a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(h.seq=i),n&&(e.
        uid=n)}function y(e,t){"string"==typeof e&&(e={url:e});var
        n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?"&colc="+(new
        Date).getTime():""):""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
        supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
        supported for iframes");var
        A=document,h=A.createElement("iframe");h.id="_atf",h.src=p,o(h),A.body.appendChild(h)
        ,h=A.getElementById("_atf")}else
        a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
        getOurFragment:d,mungeURL:A,ssid:n,sta:x,uns:C,loadPixel:y,scheduleTransmit:w}}},
        function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
        c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
        u=Math.ceil(e/32),l=-1;if(s){var
        d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
        Uint8Array:2===d?Uint16Array:Uint32Array,A=new ArrayBuffer(d*t),h=this.buckets=new
        Int32Array(u);if(c)for(;++l<u;)h[l]=c[l];else
        if(a)for(l=-1;++l<u;)h[l]=a[l];if(this._locations=new
        p(A),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
        h=this.buckets=a||[];if(c)for(;++l<u;)h[l]=c[l];else
        for(;++l<u;)h[l]=0;this._locations=n||[]}this.locations=function(e){for(var
        t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
        (u+s)%n;return a},this.add=function(e){for(var
        t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
        <t[n]%32},this.test=function(e){for(var
        t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
        floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
        e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
        m)/this.k}}function o(e){return
        e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
        }function i(e){return
        e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
        4294967295&e}var r=n(812);e.exports=a;var s="undefined"!=typeof
        ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
        Date,n=t.getDate(),a=t.getMonth()+1;return
        10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
        r(e){if(_ate.uls){var
        t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
        new i(n,a,o,r)}return e=e||"pbf",c=t&&n&&a&&o?new
        i(t,n,a,o):t&&n?new i(t,n):new i(t,n)}:_ate.uls?r(e):new
        i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
        e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
        =function(){s.removeByPrefix(c.name)},c}var
```

```
121292… i=n(46),r=n(2),s=n(82),c=3,u=600,l=2;e.exports=function d(e,t,n){function
       i(e){return
       e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
       substr(2,4))}}var u,l={};return e?this instanceof
       d?(this.name=e,this.get=function(e){return
       _ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
       =function(e){return
       l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
       name+"."+e)},this.prune=function(e){s.remove(this.name);var
       t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
       .d;for(r(t,function(t,r){if(a=i(t),a.m){var
       c=a.m,l=a.d;c>o||c===o&&u-e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
       .sort(function(e,t){return
       parseInt(e<parseInt(t)?1:-1);n.length>3);s.remove(n.pop())},this.testAll=function(e
       ){var t=!1;if(!u){var
       n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
       r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
       0}),t},this.generateName=function(){return(n||a).call(this,this.name)},void(this.
       getCurrentBlooms=function(){return s.getAll(this.name)})):new
       d(e,t,n):null}},function(e,t,n){"use strict";function
       a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
       o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
       provide an iframe"):s.error("Need to provide a target
       origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
       null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
       setInterval(i(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
       _iframe.contentWindow,this._ready=!0,setTimeout(i(this._drainQueue,this)),
       clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
       this._queue=[]}var
       i=n(14),r=n(56),s=n(5);o.prototype={post:function(e){r&&(this._ready?this._
       targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
       function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
       is
       ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
       function(e,t,n){function a(e,t,n){var i=this,r=new
       o(i);t=t||"",r.decorate(r).decorate(r),this.callbacks=[],this.ready=!1,this.loading=!
       1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
       n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
       _window&&_window[n]},a.addEventListener("load",function(e){var
       t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
       fire(e.type,t,{resource:t})})})}var
       o=n(52).EventDispatcher,i=n(834),r=n(24),s=document,c=window.addthis_config||{},u=[];
       e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===1!?1!:!0;if(e
       instanceof Function&&this.callbacks.push(e),this.loading)return
       1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
       "link"),u=n.length-1;u>=0;u--){if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
       {o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
       createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
       non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
       })}}}else o=r(this.url,1);return
       this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
       t,n,o;for(e&&e instanceof
       a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
       {resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
       t++;u.length&&setTimeout(d,25)};var l=new
       o(a);l.decorate(l).decorate(l),e.exports=a},function(e,t,n){function a(e,t){var
       n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,A={},h=r.encodeURIComponent,f=r.decodeURIComponent;
       this.toString=function(){var e="";return
       i(A,function(t,n){e+=(e.length?c:"")+h(t)+u+(void
       0===n||null===n?"":"h(n))}),e},this.get=function(){return
       n.load(),A},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
       n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,A[f(t[0])]=f(t[1]))})}}
       a=1}return
       A},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
       function(e,t){n.load(),l++,A[e]=t,n.save()},this.remove=function(e){n.load(),A[e]&&(
       delete A[e],l--),n.save()},this.reset=function(){A={},l=0,n.save()}}var
       o=n(22),i=n(2);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
       strict";function a(e){var t;return
```

Page 3708

121292…

```
x(e)}return t.toString(16)},(!t||t.indexOf("NaN")>-1||t.length>5||e===e)&&(e=""),("000"+
t).slice(-3)}function o(e){var t;return
C(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return y()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date(new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||e){var
t=b.rck,n=t(k)||"";n?(w=A(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,h(),!1,!0,u())}function p(){d()}function A(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function h(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(22),x=n(10).number,C=n(10).string,y=n(6).makeCUID,E=n(75),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(20);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(84);e.exports=function(e){var t=a(e)||"en";return
1===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
a,i}}Function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(12),i=n(36),r=n(21),s=n(6).makeCUID,c=n(17);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})|||n}var
o=n(12),i=n(21),r=n(93);e.exports=function(e){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(13);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[e.scrollCheckID]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
```

```
clientWidth),c=0,l=Math.max(r.top,s.top),f=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),A=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/A,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,r){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e)))for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e){for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,A=e.borderRadius,h=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return u=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,A,h,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,A,h){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:A,label:h})}var
i=n(41),r=n(174),s=n(640),c=n(718);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(171),o=n(167);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(e){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
```

```
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},function(e,t,n){"use strict";var
a=n(59),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(104);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(70),o=n(751),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
function(e,t,n){"use strict";var a=n(104);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase())for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],h.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]})}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){h.svg[e]&&h.svg[e](t)}function p(e){return
h.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p,var
A=n(117),h=o(A),f=n(717),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(95),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));}\n;}\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));}\n);}\n}\n"}function c(e){var
t=h(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));}\n);}\n}\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function l(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
A=n(749),h=n(748),f=(n(118),n(70)),g=n(750),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(119);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
```

```
121292... left","background-color":"transparent",
    ... !important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
    ... var a=n(63),o=n(120),i=n(66);e.exports=function(e){return void 0!==a[e]||void
    ... 0!==o[e]||void 0!==i[e]}},function(e,t){"use
    ... strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
    ... feature#Image","1.1")},function(e,t,n){e.exports=n(757)},function(e,t,n){function
    ... a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
    ... Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
    ... Error]",d="[object Function]",p="[object Map]",A="[object Number]",h="[object
    ... Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
    ... WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
    ... Float64Array]",C="[object Int8Array]",y="[object Int16Array]",E="[object
    ... Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
    ... Uint16Array]",_="[object
    ... Uint32Array]",z={};z[b]=z[x]=z[C]=z[y]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
    ... ]=z[u]=z[l]=z[d]=z[p]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
    ... S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
    ... a(e){if(null==e)return[];c(e)||(e=Object(e));var
    ... t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
    ... n=e.constructor,a=-1,l="function"==typeof
    ... n&&n.prototype===e,p=Array(t),A=t>0;++a<t;)p[a]=a+"";for(var h in
    ... e)A&&r(h,t)||"constructor"==h&&(l||!d.call(e,h))||p.push(h);return p}var
    ... o=n(107),i=n(28),r=n(71),s=n(11),c=n(31),u=n(73),l=Object.prototype,d=l.
    ... hasOwnProperty;e.exports=a},function(e,t,n){function a(){y=0,b={},C=[]}function
    ... o(e){return e>f.high?3:e>f.med2?2:1}function i(){var t=[];s();for(e in
    ... b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
    ... e.score>t.score?1:-1})},t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
    ... t}function s(){var e,t;if(!y){var
    ... e,n,a,o,i=(h.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
    ... pop(),o=n.pop()||"",b[o]=a,C.push(o),a>E&&(E=a,A=o);y=1}}function c(e){return
    ... b.hasOwnProperty(e)}function u(){for(var
    ... e,t=!1,n=(h.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
    ... hasOwnProperty(e)&&b[e]===Math.min(b)&&(t=e);t===!1&&(t=C.pop()),delete b[t]}function
    ... l(){var e,t={};for(e in
    ... b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,C=n}function
    ... d(e){if(s(),"string"!=typeof
    ... e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,C.length+1>=m&&!c(e)&&u()
    ... ,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);h.sck(w,escape(t),!1,!g)}}function
    ... p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
    ... e)n.length>1&&a.push(n+":"+e[n]);return t=a.join(",")}var
    ... A,h=n(22),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
    ... 20,w=(g?"":":"__at")+"ssc",b={},x=!1,C=[],y=0,E=0;e.exports={reset:a,get:r,getServices:
    ... i,update:d}},,,,function(e,t){"use strict";function
    ... n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
    ... /^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
    ... default"]},function(e,t,n){"use strict";function a(e){return
    ... e&&e.__esModule?e:{"default":e}}function o(){var
    ... e=r["default"]();e._hasMountedExpandedMenu||!function(){
121293... e._hasLoadedResources||c["default"]();var t=void
    ... 0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
    ... documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
    ... document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
    ... expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){h["
    ... default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
    ... default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
    ... hidden")}()}t.__esModule=!0,t["default"]=o;var
    ... i=n(108),r=a(i),s=n(61),c=a(s),u=n(97),l=a(u),d=n(3),p=a(d),A=n(172),h=a(A),f=n(632),
    ... g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
    ... n=t.once,a=void
    ... 0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
    ... __esModule=!0,t["default"]=a;var
    ... o=n(69);addthis.perfMarkers||(addthis.perfMarkers={});var
    ... i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
    ... a=n(743);"string"==typeof
    ... a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
    ... exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
    ... 14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
    ... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
```

… xmlns="http://www.w3.org/2000/svg"><path d="M9.964-7.38a1.844.844 0 0 1
… 0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
… 1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
… 9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
… 914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
… 692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
… 8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
… 4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
… 1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
… fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
… 6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
… 16h10v10H6z"/><path opacity=".8" d="M16
… 16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><path d="M8.523
… 10h2.19v10.558H5v-7.486h3.523V10zm0
… 8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
… 2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
… 5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
… 513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
… fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
… 1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
… 22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.782.467 1.95.467 2.73
… 0l8.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
… 24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51l9.61
… 5.733c.267.16.8.16 1.067
… 0l9.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
… exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
… 5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
… 5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
… 903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
… xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
… 13.56a.432.432 0 0
… 0-.4-.29h-7.51l-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
… 7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.4616.06 4.42-2.34
… 7.17c-.06.17.01.35.15.46.14.11.34.1.49 016.1-4.43 6.09
… 4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
… 6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
… height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
… 13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
… 5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
… 3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
… 6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
… fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><path d="M26
… 25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
… 3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
… 5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
… 0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
… fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
… xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
… 23.264H4.948v-12.88l.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
… 1.308.804 8.453 5.333 8.453 5.333l.2.1.1
… 12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
… .704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
… d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
… 1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
… 11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
… .604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
… 21.956v-10.971-5.837 4.53 5.838 6.44zM5.954 21.956v-10.9715.837 4.53-5.835 5.836
… 6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.5481-6.137 6.74-.806-.603
… 6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.334l.61.8-6.32
… 4.823-.61-.8zM5.902 10.386l6.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
… 2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
… 3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
… height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
… 3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448

121293...

3.378S1.545-.83-2.842-3.38mm.499-3.233c-1.062-2.974-2.242-4.638-3.694-3.638a4.934
4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M7 13.252c0 1.81.772 4.45 2.895
5.045.074.014.178.04.252.04.49 0 .772-1.27.772-1.63 0-.428-1.174-1.34-1.174-3.123
0-3.705 3.028-6.33 6.947-6.33 3.37 0 5.863 1.782 5.863 5.058 0 2.446-1.054
7.035-4.468 7.035-1.232 0-2.286-.83-2.286-2.018 0-1.742 1.307-3.43 1.307-5.225
0-1.092-.67-1.977-1.916-1.977-1.692 0-2.732 1.77-2.732 3.165 0 .774.104 1.63.476
2.336-.683 2.736-2.08 6.814-2.08 9.633 0 .87.135 1.728.224
2.61.134.137.207-.07c2.494-3.178 2.405-3.8 3.533-7.96.61 1.077 2.182 1.658 3.43 1.658
5.254 0 7.614-4.77 7.614-9.067C26 7.987 21.755 5 17.094 5 12.017 5 7 8.15 7 13.252z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.67
10.62h-2.86V7.49H10.82v3.12H7.95c-.5 0-.9.4-.9.9v7.66h3.77v1.31L15
24.66h6.81v-5.44h3.77v-7.7c0-.01-.5-.41-.9-.91-.9zM11.88
8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4-4c-1.58
0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32.72-.72.72zm-4.12
2.96h-6.1v1.06h6.1v-1.06zm-6.11
3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011l.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278C.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.525 4.694-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0
0 1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.04c-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318

Page 3714

```
4.693-2.623v-31-1.69-1.68-3.376-1.386"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a21.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a63.63 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
0-3.48-.53-4.942-1.49L7.793 24.41l1.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
4.04-8.995 8.997-8.995S25.2 10.845 25.2 15.8c0 4.958-4.04 8.998-8.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17615.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152-4.308v6.46zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(758),i=n(759),r=n(122),s=n(765),c=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(127);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(680),i=n(72);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
```

121293...

```
o=n(71),i=n(1),r=n(31);r.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?A.dr:s.dr||A.dr,u=v(c),l={};return
C&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type=social,l.service=s.
rsc,l.click=!0,k=l,l):k&&!t?k:"undefined"==typeof
c||""===c?(l.type=direct,k=l,l):(n=p.getHost(c),o=w(n),C&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(C&&d.debug("serviceCode",o),l.type=social,l.service=o):f(c)?(l.type=search,
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type=internal,l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type=referred,l.domain=p.getHost(c)):
l.type=direct,k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},h(e,function(e,t){b[e]=t}),b.dr=A.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(h(e,function(e,t){x[e]=t}),C&&d.debug("setting",x),h
(x,function(e,t){y.add(e,t)}),y.save())}function u(e,t){var
n=t?null:y.get();C&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=A.dr,c(e),C&&d.debug("formal
referral",x)):document.referrer?c(n),C&&d.debug("referral - use stored
state",x)):(C&&d.debug("no referral - kill cookie, then start a new
session"),y.reset(),e.dr=A.dr,c(e),b=x,C&&d.debug("session
state",x)):(e.dr=A.dr,c(e),b=x,C&&d.debug("session state",x))}var
l=n(150),d=n(5),p=n(8),A=n(4),h=n(2),f=n(91),g=n(50),m=n(77),v=n(131),w=n(786),b={},x
={},C=0,y=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,getState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!C||e){var
t=h.rck(w)||"";t&&(k=g(t).split(x)),C=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!y){var
e=i(v);o(),c(e),y=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n===e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1===e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e))):k.push("1"+b+e)}function u(e){o(),k.length&&h.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>y?1:0}function A(){C=0,y=0,k=[]}var
h=n(22),f=n(75);e.exports={reset:A,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",C=0,y=0
,E={high:250,med:75},k=[],,,,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(26),o=n(55);e.exports=function(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}}return
e},{}})}},,,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
```

121293...

```
n="SVG",t.FILE_FORMAT_SVG=n,var a="PNG",t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(117),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(111),i=a(o),r=n(119),s=n(752);e.exports=function(e,t,n,a,o,c,u,l,d,p,A,h,f,g){var
m,v,w,b,x,C=i["default"](e,f);if(!C)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:A,borderColor:h},b=r(C,m),b
=s(b,v);var y=document.createElement("span");return
y.className="at-icon-wrapper",y.appendChild(b),g&&y.appendChild(g),x=r(y,w)}},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(116),i=a(o),r=function(e,t){var n=void 0;return n=t&&"string"==typeof
t.lang?t.lang:"en","//s7.addthis.com/l10n/client."+n+".min.json"},s=function(e,t){var
n=void 0;try{n=window.JSON.parse(e)}catch(a){}t(n)};t["default"]=new
i["default"](r).optional("lang").cors("GET").onLoad(function(e){s(e.responseText,
function(e){"object"==typeof e.top_services&&("object"==typeof
e.top_services.desktop&&(window.addthis_services_loc=e.top_services.desktop.join(",")
),"object"==typeof
e.top_services.mobile&&(window.addthis_services_loc_mob=e.top_services.mobile.join(",
"))),window.addthis_translations=[[e.language_codes.alternate].concat(e.strings)];var
t={lng:e.language_codes.client};window._ate&&window._ate.ed.fire("addthis.i18n.ready"
,window.addthis,t)})}),e.exports=t["default"]},function(e,t){"use strict";function
n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
o=n(4);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),A=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(A,function(){a.post(u["default"
]({},e,{translations:o}))})}return a}t.__esModule=!0,t["default"]=o;var
i=n(737),r=a(i),s=n(636),c=n(13),u=a(c),l=n(60),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
Date().getTime()/1e3<g}function s(e){var t=e.value;return
t===!1}t.__esModule=!0;var
c=n(82),u=a(c),l=n(789);d=a(l),p=n(722),A=a(p),h=n(161),f=a(h),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:A["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){
```

```
n=s[e]||[],a={};r[4 default  ](n,function(e,t){return window[e]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(2),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray()))}t.__esModule=!0,t["default"]=o;var
i=n(110),r=a(i),s=n(99);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(1),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"](),_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu._
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu._
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu._
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(19),c=a(s),u=n(20),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:h.getViberURL(t,n)};break;case"slack":d={navigateTo:
A.getSlackURL(t,n)};break;case"sms":d={navigateTo:m.getSMSURL(t,n)};break;case"skype"
:r["default"](e,t,n),d={navigateTo:f.getSkypeURL(t,n)};break;case"email":r["default"]
(e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;default:d={navigateTo:c["default"](e,
0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(159),l=a(u),d=n(92),p=a(d),A=n(158),h=n(88),f=n(157)
,g=n(51),m=n(87);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return
function(o){var i=void 0,s=void 0,u=void 0,d=void
0;if(o&&o.data)try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
menuConfig,A=i.menuType,s&&u&&d&&("follow"!==A&&l["default"](v,s)?(e.
tellTargetCloseWindow(),setTimeout(function(){h["default"](s,c["default"](!0,{},u,d,{
defaultShareToNewTab:!0})))},16)):(p["default"](s,"follow"===A?1:0,u,d),t&&t.fire("
addthis.menu."+A,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
&"mailto"!==s&&g["default"](s,u,d,A,e)),t&&t.fire("addthis.expanded.monitor.share"))}
}}t.__esModule=!0,t["default"]=o;var
i=n(5),r=a(i),s=n(13),c=a(s),u=n(101),l=a(u),d=n(94),p=a(d),A=n(96),h=a(A),f=n(729),g
=a(f),m=n(115),v=["addthis","more","bkmore","compact","expanded","thefancy","
```

121293... `pintest";,"pinterest_share","favorites","print"],e.exports=t["default"]},function(e,`
`t,n){"use strict";function a(e){return`
`e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var`
`o=n(90),i=a(o);t["default"]=function(){var`
`e="",t=i["default"]("addthis_widget.js");return`
`t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.`
`parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.`
`async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use`
`strict";t.__esModule=!0;var`
`a=n(105),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-`
`internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r`
`[e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams`
`:function(){if(!i)return{};var e=a(r),t=o(e,function(e){return`
`e+"|"+r[e]});return{fbe:t.join(",")||""}}},e.exports=t["default"]},function(e,t,n){"`
`use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return`
`null!==document.querySelector(e)}function i(e){return"undefined"!=typeof`
`e}t.__esModule=!0;var r=n(69),s=n(2),c=a(s),u=!1,l={angular:function(){return`
`i(window.angular)||o("[ng-app]")},backbone:function(){return`
`i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return`
`i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return`
`i(p)&&i(p.version)},mootools:function A(){var A=window.MooTools;return`
`i(A)&&i(A.version)},knockout:function h(){var h=window.ko;return`
`i(h)&&i(h.version)},jquery:function(){return`
`i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(`
`window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return`
`i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return`
`i(window.Ext)},yui:function(){return`
`i(window.YUI)||i(window.YAHOO)},vue:function(){return`
`i(window.Vue)},webpack:function(){return`
`i(window.webpackJsonp)},underscore:function(){return`
`i(window._)&&i(window._.mapObject)},lodash:function(){`
121294... `return i(window._)&&i(window._.mapValues)},oraclejet:function(){return`
`i(window.oj)&&i(window.oj.version)},polymer:function(){return`
`i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return`
`i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return`
`i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string`
`"==typeof`
`window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){`
`var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof`
`window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var`
`e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof`
`window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return`
`i(window.React)&&i(window.React.version)&&"string"==typeof`
`window.React.version&&(e=window.React.version),e},mithril:function(){var`
`e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof`
`window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return`
`i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof`
`window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var`
`e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof`
`window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return`
`i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof`
`window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(`
`window.$.fn.jquery)&&"string"==typeof`
`window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return`
`i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.`
`version.major),i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(`
`window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.`
`version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return`
`i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof`
`window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var`
`e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof`
`window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return`
`i(window.YUI)&&i(window.YUI.version)&&"string"==typeof`
`window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"`
`string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var`
`e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof`
`window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return`
`e},underscore:function(){var e="unk";return`

```
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e),lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e),oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e),polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e),d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}};t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a())e.push(n);var
o=d[n]();t.push(n+"-"+o)})},e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(2),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(68),i=n(14),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(42),s=a(r),c=n(17),u=a(c),l=n(164),d=a(l),p=n(3),A=n(34),h=a(A),f=n
(4),g=a(f),m=n(9),v=a(m),w=n(100),b=a(w),x=n(18),C=a(x),y=n(112),E=a(y),k=n(111),M=n(
731),R=a(M),_=[n(797),n(796),n(794),n(735),n(795),n(734),n(732),n(683),n(733)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?h["default"](window.addthis_config.wix.url):h["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(C["default"
].isPayingCustomer()&&4)|(C["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},O=function(e){B.push(e)},I=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:I,update:D,addListener:O},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n              (Received error:
"+a+")")}}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(148),u=a(c),l=n(3),d=a(l),p=n(2
),A=a(p),h=n(59),f=a(h),g=n(5),m=a(g),v=n(39),w=a(v),b=n(1),x=a(b),C=n(115),y=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}return
e.loadCommunicatorUsingStorage=function(){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY))
```

121294... 

```
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=y;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(C.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(C.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===C.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
A["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})}},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(C.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe)var
c;this.post((c={},c[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
```

121294

```
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===C.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
A["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min(e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;","'":"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(101),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
57)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAkAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAd0Uk5T///////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:\'i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','']}]),function(e,t
,n){t=e.exports=n(57)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
```

Page 3722

121294…

```
.at-expanded-menu,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(745)+') 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
-host
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host .at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
```

```
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHhpZHP0dsyYODZ4
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43NTUgMjVsLTAuMTgwIDEwLTAuMTgwIDEwIDIyL
xLjgzOXQ0Qljk5MSuA0L0jk5MSAxLjgzOSuQ09LZ1jyQOSA2L9uQ09L00Lyk5MSLOAxLgzO02LgyQ4NOL0jzO02uOmL8Myk5MSOSL0jyLNMU0Lyk5MSu8OSMNZ9M8qLL0mUYM40MLj9k8qTm09
OS02Ljg4NCOxLjgzO00Ljk5M8MOOLjk5MSO0xLjgzO02LjyLjgyL00LjmLkg4y09L80kOM5OMASO02L9Mk0j5M8 L8uLOmUOkY
jg4NCOxLjgzOXpNMTYgMjQuNTQ0di0zLjM5MWWLTAuMjUtMt4xNjEtMC40OQTMtMC4zOTMtMC44N2gtMy40Mj
1xLTAuMjM1LJDAtMC40OTTAugC4xNz10Lj1AuND8EXdjMuMkzcTAgMC4yMzglMC4xLjOmzk8MTF0MTF0FeMC4
0MTEgMC44NZloMy00MjFxMC4yMzIgMCAwLjE3dAuMTYxLTAuMTY1MTY1TAuNDj6TTE1LjXk8XkO04M0TFMM02
MjEtMTEuMDg5cTAtMC4yMzRtMC4xNZ10Lj1AuND8EQTK4QZmjEz8M08MjkLt8JQZm40JZm5wyLTAuMTMMML2vOjLjM5NDZpyn05A40z0
jIIDAtMC40Mjk8MC04xNDMNtMC4xNzkgMC4xM2j0MtOLxMpFsZD9ZmUM4Md08MgjEuMDg5TAgMC41TAgMC4xNzkgMC
4xNzkgMC4zNT0MC040MJkgMC04xNzRoMjz4yDMDRxMC4yNSAwIDAQ8uNDItMLxNTR0MC4xOdgtMC04xMTN6j48L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
```

Page 3724

121294...

```
18px;background-image:url('data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiI
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiPgogICA8ZyBpZD0iUGFnZS0xIiBzdHJva2U9Im5vbmUiIHN0
5L3hsaW5rIj48dGl0bGU+PjxkXNjL2Z48ZGVmcy8+
PGcgZmlsbSD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIi1BpZD0iUGFnZS0xIiBzdHJva2Uv2U9Im5vbmUiIHN0c
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Imljb24tMTExLXNlYXJjaC1
PHBhdGggZD0iTTE5LjQyNzExNjQsMjEuNDI3MTE2NCBDMTguMDM3MjQ5NSwyMi40OTAzODAzIDE2LjMzNjY1Ml
jIsMjMgMTQuNSwyMyBDMS44MDU1NzkzMywyOSwyMyA2LDE5LjE5NDQyMDYgNiwxNC41IEM2LDkuOTA1Njc5OS
44MDU1NzkzOSw2IDE0LjE1LDUsNiBDMTkuMTk0NDIwNiw2IDIzLDkuOTA1NTc5MzkgMjMsMTQuNSBDMjMsMTYuMzM
2NjUyMiAyMi40OTAzODAzLDE4LjIxNzI0OTUgMjEuNDI3MTE2NCwxOS40MjcxMTY0IEwyOTU3OTI0LDI2Ljk1NzU
LjAxMDcyNDcyNywyLjU3MjUwTTYyMy5MjUuNT0yYy0wLjY4NiNiAyXVhLDEu2LjQ0Mzg2NDgsMjcuMDAcgMjcuMDEwN
SwyNi45ODgyODE1IEwyNi45NTgyMzkyIDI1IDEzLjAyMTgzOTExLDE5LjQyNzcxYTG4E4NiAyNC1lMzE4L1DLDEx
c2MjA0LDI1IDU1NzyMDQgMjUuMDEwGDExOTE3IDIxIEwyMy41MTQxMjIAiAxNjU41NTTMTU1AyNjkzDkuNTA1NAT
5LjQyNzExNjQsMjEuNCBaIE0xNC41LDIxIEMxOC4wODk4NTExLDIxIDIxLDE4LjA4OTg1MTEgMjEsMTQTEgMjEsMTEgMjEsMTEg
MTQuNSBDMjEsMTAuOTEwMTQ4OSAxOC4wOSAxNDExIDE0LjUsMTEgQzEwLjkxMDE0ODksMTEgOCwxMy45MTAxNDg5
Dg5IDgsMTQuNSBDOCwxOC4wOTTexIDEwLjkxMDE0ODksMjEgMTQuNSwyMSBaIiBpZD0iaWNvbi0xMTEtc2VhcmNoLTI
VhcmNoIi8+PC9nPjwvc3ZnPic48L3N2Zz4=');background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1))#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75px;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
```

```
textarea{height:75px}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeGlsbnM6eGxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSh0PSIzMiIgdmlld
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi43ODcxMy43MTQgMi43ODcxNCA
xLjjzOXQ0Ljk5MSA0Ljk5MSj4NCjxwYXRoIGZpbGw9IiNmZmZiIGQ9Ik00LjU3NSA0LjkyNSA0LjkyNSA0Lj
QOS2Ljg4NC9LjgjzOS01Lj5mS00Ljk5NS00LjjzOS02Ljg4NACxLjgzOS02Ljg4NCA0L5k5MS00Lj5mS0A2L
jjg4NC0xLjgzOXpNMTYgMjQuNTU0di0zOS0zLjM5M3EwLTAuMjUtMC4xNjEtMC40MnQtMTUiNzMtNjEwLkxmT
1xLTAuMjMyLTAtMC40MTZgMC4xNzl0LTAuMTQ5LTHIDAuNDExzjXDAuNTEzVDA7dGtMGTF0MC4
0MTEgMC4xNzloMy4wMjlxMC4yMzIgMCAwLjlE3DdAuMTYxLTAuNDUjTTE1Lk1XNCAxOCA0MTMmSMC4z
MjEtMTEuMDg5c1cTAtMC4yMTQtMC4xNNkxtMC4xNjktMC4zNzjTjMC40MDJ0MTAxkTMmC4NDNoLTMuOTT5Lm
jI1IDAtMC40NzlxMC4xNDNtMC4xNzkjkgMC4xMDctMC4xNzjSmGC4zMDQgMTEuMDQgMTEwTEuMDg5LTSgMTAw
4xNzkgMC4zMTc0MC40MjlqMkjMmMMzRyY4NySNSAwIDAuNDI4MD0gmDt4MDgtMC4zMTY6Ij48L3B
hdGg+DQo8L3N2Zz44="); background-size:contain;border-radius:50%;content:""; display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-host
.at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2px;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-email-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
#at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
```

```
… .at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
… -menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
… 4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
… 0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
… 50px)}#at-expanded-menu-host
… .at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
… .at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
… display:block;margin:20px
… auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
… ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message
… span{font-size:14px;line-height:20px}#at-expanded-menu-host
… .at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
… opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
… .at-copy-link-result-message:before{margin:0 5px}@media screen and
… (max-width:950px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
… host .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{width:508px}#at-expanded-menu-host
… .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
… .at-copy-link-share{margin:0;width:578px}}@media screen and
… (max-width:569px){#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
… host .at-expanded-menu,#at-expanded-menu-host
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
… host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-email-form,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… #at-expanded-menu-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
… .at-expanded-menu.at-expanded-menu-email
… .at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
… #at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
… .at-expanded-menu-ft,#at-expanded-menu-host
… .at-expanded-menu-page-title,#at-expanded-menu-host
… .at-expanded-menu-page-url,#at-expanded-menu-host
… .at-expanded-menu-search,#at-expanded-menu-host
… .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
… menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
… .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
… .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
… .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
… menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
… .at-expanded-menu-top-services-header
… li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
… .at-copy-link-share{width:420px}}@media screen and
… (max-width:449px){#at-expanded-menu-host
… #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
… .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
… .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
```

121294… host .at-expanded-menu-ft,#at-expanded-menu-host
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu-page-url,#at-expanded-menu-host
…  .at-expanded-menu-search,#at-expanded-menu-host
…  .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
…  menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
…  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header
…  li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
…  at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
…  (max-width:369px){#at-expanded-menu-host
…  .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
…  host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
…  .at-expanded-menu-ft,#at-expanded-menu-host
…  .at-expanded-menu-page-title,#at-expanded-menu-host
…  .at-expanded-menu-page-url,#at-expanded-menu-host
…  .at-expanded-menu-search,#at-expanded-menu-host
…  .at-expanded-menu-title{width:300px}#at-expanded-menu-host
…  .at-expanded-menu-service-list,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
…  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
…  .at-expanded-menu-top-services-header
…  li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
…  .at-copy-link-share{width:20pc}}@media screen and
…  (max-width:879px){#at-expanded-menu-host
…  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
…  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
…  top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
…  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
…  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
…  top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
…  screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
…  .at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
…  .at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
…  (max-height:800px) and (min-width:480px){#at-expanded-menu-host
…  .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
…  (max-height:800px){#at-expanded-menu-host
…  .at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
…  margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
…  .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
…  .at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
…  menu-host
…  .at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
…  position:relative;top:-4px}#at-expanded-menu-host
…  .at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
…  expanded-menu-host
…  .at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
…  .at-expanded-menu-search-label:after,#at-expanded-menu-host
…  .at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
…  .at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
…  .at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
…  .at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
…  .at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
…  menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media
…  screen and (max-height:550px){#at-expanded-menu-host
…  #at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
…  .at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
…  .at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
…  #at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
…  mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
…  #at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
…  position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
…  mobile

121294… .at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:60px;padding-top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
… #at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-email
… #at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-email
… #at-expanded-menu-title{margin:0 auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
… #at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
… .at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
… .at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
… .at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
… .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0 18px}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-round
… .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0 auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0 auto}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
… #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-mobile #at-expanded-menu-email-sent
… .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-expanded-menu-mobile .at-copy-link-share{margin:0 10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-copy-link-share-button{margin-top:25px;padding:10px 25px}#at-expanded-menu-container.at-expanded-menu-mobile
… .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-fade{height:50px}',""]);
121295… },function(e,t,n){t=e.exports=n(57)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-icon-wrapper{display:inline-block;overflow:hidden}a

121295…

```
.at-icon-wrapper{cursor:pointer}#at-rounded,.at-rounded-element
.at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
.at-icon-wrapper{border-radius:50%}.addthis_32x32_style
.at-icon{width:2pc;height:2pc}.addthis_24x24_style
.at-icon{width:24px;height:24px}.addthis_20x20_style
.at-icon{width:20px;height:20px}.addthis_16x16_style
.at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
230px}#at15s,#at16nms,#at16p form input,#at16p label,#at16p
textarea,#at16recap,#at16sas,#at_msg,#at_share
.at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
#at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
width:250px!important}#at15s{background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==)}float:none;line-height:1em;margin:0;overflow:
visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
span{outline:0;direction:ltr;text-transform:none}#at15s
.at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
.at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
.at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
repeat;background-position:top
left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
.at4-icon,.addthis_default_style
.at4-icon,.at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
1pc!important}.addthis_32x32_style
.at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
important}.addthis_24x24_style
.at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
important}.addthis_20x20_style
.at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
important}.at4-icon.circular,.circular
.at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
.at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
.at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
size:1px;width:1pc;height:1pc;background-position:top
left;display:inline-block;line-height:1pc}.addthis_vertical_style
.at4-follow-container .at4-icon,.sortable-list-container
.at4-icon{margin-right:5px}html>body
#at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
#fff;border:1px solid
#fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
default;border-bottom:1px solid
#e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
#a9d582!important}.at15s_head_success a,.at15s_head_success
span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
#at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
.atiemode2
a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_share
.at_item{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid
```

```
#fff}#at_sending{top:150px;padding:10px;position:absolute;text-align:center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.at300bo,.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r057/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
```

121295…

```
... .fbtn.newsgator, .fbtn.newsgator-on{background-position:0 -29px!important}#at_feed
... .fbtn.technorati{background-position:0 -71px!important}#at_feed
... .fbtn.netvibes{background-position:0 -88px!important}#at_feed
... .fbtn.pageflakes{background-position:0 -141px!important}#at_feed
... .fbtn.feedreader{background-position:0 -172px!important}#at_feed
... .fbtn.newsisfree{background-position:0 -207px!important}#at_feed
... .fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
... .fbtn.winlive{background-position:0
... -105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
... important}#at_feed .fbtn.mymsn{background-position:0
... -158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
... important}#at_feed .fbtn.aol{background-position:0
... -189px;width:92px;height:18px!important;line-height:18px!important}.
... addthis_default_style .at15t_compact,.addthis_default_style
... .at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
... bold,verdana,arial,sans-serif}#at_share
... .at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
... #fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
... 1px solid
... #ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
... margin:0
... auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
... visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
... 10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
... iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
... html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
... iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
... image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
... 9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgAGAjAxElGFVJH
... IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
... :50%;width:300px;padding:10px;margin:0
... auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
... sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
... y:scroll;height:19pc;padding:5px}a#at16pit{position:absolute;top:37px;right:10px;
... display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
... ///////
... wAAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
... M/SGM4eEQSADs=)
... no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
... ;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
... solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
... #at16abc{margin-left:2px!important}#at16pi
... a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
... :13px;padding:5px 10px}#at16pt a,#at16p h4{font-weight:700}#at16p h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
... at16pt
... a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
... }#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
... form
... label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
... -align:left}#at16pc form label
... span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
... form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
... .atbtn,#at16recap .atbtn{background:#fff;border:1px solid
... #b5b5b5;width:60px!important;padding:2px
... 4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
... color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
... .atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
... .atrse,#at16recap
... .atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
... .atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
... size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
... url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
... fn/X19djY2l0b9p+bm5paWN11eeLi4oyMjKmpqdXVldvb28/Pz///////
... wAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqubOu+
... cCzPdG3feK7vPJwQpOBoEOEhcjsikcslsOp/QqHRKrVqvq2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYGjTa/b7/
... h82gEfVfSAgYKDhGcVQV0sLBhAAEAYLhZG3SkrSk5RQyBgBSgsNAAOGnA2QlaOkpaZHASVGSGYYACEgIABOntLW2eAU
... mSxASSShIHt8HCw1snSwAGSq3EzM3OSyhLBw9KD8P2Nm3UoKrrAACtrj5KMWCYmcCgbeAAcR5fHygT+
```

Page 3732

```
gAgTZkmFYYAUg70USpz45BKGPwUPiKPIseOhEXI6ihzphE8cMiRTMI58E6ZhEZUwEXqx2LIEAwsUKujcybOnz
59AgwodSrSo0aNIkypdyrSpU58ofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input:first-child+html #at16psf input{padding:0}#at16psf input,.#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
.at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9px;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt;color:#444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxElGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.at_redloading{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAEAAwAIAAAACnxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYAAYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwAIAAMAAAIKBIYjYhOhRHqpAAAh+QQFAACwAAEAABgAGAAACDJwncqi7EQYAAOp6CgAh+
QQJAACwAAEAAwAIAAACCpRmoxovQAYchQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
```

121295

```
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}',""]))},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(744);"string"==typeof
a&&(a=[[e.id,a,""]]);n(58)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(118);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
Error("parse-services: failed to parse file -
"+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"205081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",bobrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"6CB440",citeulike:"0888c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:
"f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",facename
:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"af122b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa:"4077a7",netvibes
:"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"
2277BB",oyyla:"f6cf0e",pafnetde:"f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",
pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
reddit:"ff5700",rediff:"8d0808",renren:"0058AE",researchgate:"00CCBB",retellity:"
B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sms:"1ECE8E",sodahead:"ff8c00",
soundcloud:"FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",
stack_exchange:"1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"
DA060D",stuffpit:"2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d
",supbro:"383838",surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"
165496",technerd:"316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",
thefancy:"4ca8d8",thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti
```

121295…  .:"5ff9dd",tumblr:"3945ed",twitch:"6441A3",twitter:"1DA1F2",typepad:"0B0808",untappd:"
…  FFCD00",urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"
…  01B488",virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",
…  voxopolis:"1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"
…  2DC100",whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"
…  1a7576",yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"
…  A5C736",yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"
…  290838",zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
…  strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
…  t)a=t[n],a&&e.setAttribute(n,a);return
…  e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
…  "https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
…  user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
…  },blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
…  .com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
…  }.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
…  .com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
…  co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
…  .facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
…  :{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
…  gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
…  {id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
…  ://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
…  :{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
…  }"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
…  linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
…  //www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
…  mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
…  user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
…  :{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
…  periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
…  pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
…  https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
…  ,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
…  "},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
…  "http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
…  slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
…  {user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
…  /{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
…  }"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
…  /steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
…  telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
…  ,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
…  /follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
…  untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
…  vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
…  user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
…  youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{
…  {id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
…  },yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
…  "Address Bar",counter:"AddThis",google_plusone:"Google
…  +1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
…  linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
…  Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
…  It"}},function(e,t){"use strict";e.exports=function(e,t){return
…  t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
…  a=n(62).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
…  mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
…  e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
…  name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
…  t&&"undefined"==typeof n&&s(e)?i(e,r(t,n,3)):var
…  o=n(679),i=n(122),r=n(106),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
…  o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
…  n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
…  e;return"function"==a?"undefined"!=typeof
…  t&&u(e)?s(e,t,n):e==null==e?c:"object"==a?o(e):"undefined"==typeof
…  t?r(e+""):i(e+"",t)}var
…  o=n(762),i=n(763),r=n(764),s=n(106),c=n(74),u=n(772);e.exports=a},function(e,t,n){

Page 3735

121295

```
function a(e,t,r,a,p,f,g){var
m=s(e),v=s(t),w=l,b=l;m||(w=h.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=h.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,C=b==d,y=w==b;if(y&&!m&&!x)return i(e,t,w);var
E=x&&A.call(e,"__wrapped__"),k=C&&A.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!y)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(769),i=n(770),r=n(771),s=n(28),c=n(642),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,A=p.hasOwnProperty,h=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=r.call(e,l);else{var p=e[l],A=n[c];d=i?(p,A,l):void
0,"undefined"==typeof d&&(d=o(A,p,i,!0))}if(!d)return!1}return!0}var
o=n(123),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(l==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(761),i=n(126),r=n(72),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(t)?function(n,i)return
null!=n&&n[e]===t:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(123),i=n(126);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(74),o=n(773);function i=o?function(e,t){return
o.set(e,t),e}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var A=u;A--&&(p=t[A],!(l=d&&d===p||n(d,p,a,o,i,r)));)continue;else
l=d&&d===p||||n(d,p,a,o,i,r))return!1}l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return+e==+t;case i:return
e.name==t.name&&e.message==t.message;case r:return
e!=+e?t!=+t:0==e?1/e==1/t:e===+t;case s:case c:return e==t+""}return!1}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
A,h=-1;++h<l;){var f=u[h],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||||n(m,v,a,i,s,c))}if(g)return!1;A||||(A="constructor"==f)}if(!A){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1;
```

121296

```
}return!0}var
o=n(72),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=u.call(e);r.funcNames||||(t=!s.test(e),t||||(t=c.test(n)||||i(e),o(e,t))}return t}var
o=n(766),i=n(30),r=n(73),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=n},function(e,t,n){(
function(t){var var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
o;e.exports=i}).call(t,function(){return this}())}},function(e,t,n){function
a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||||u.nonEnumArgs&&o(e)),p=-1,A=[];++p<
n;){var h=t[p];(l&&r(h,a)||||d.call(e,h))&&A.push(h)}return A}var
o=n(107),i=n(28),r=n(71),s=n(11),c=n(643),u=n(73),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(125);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(125);e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
o=n(124),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
```

121296...

```
e,t,r,i):e)}var
o=n(124),i=n(767),r=n(768),s=n(682),c=n(775),u=n(776);e.exports=a},function(e,t,n){
var a=n(17),o=n(2),i=n(793);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a([n("close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(33),o=n(48);e.exports=function(e,t,n){a([n("send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(5);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}}
catch(c){a.error(c)}return o}},function(e,t,n){var
a=n(140);e.exports=function(e){return e=e||"",a(e,function(e,t){var
n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){var
a=n(49);e.exports=function(){for(var e;e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,C){var
y,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title,S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",O=n.smd||C,I=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms||{},Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,G="",F=s(
S),P=2==F.length?F.shift().split("=").pop():"",Y=2==F.length?F.pop():"",K=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1&&(K=!1),H)for(y in
H)G+=(""===G?"?":"&")+f(y)+"="+f(H[y]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1=e.indexOf("pinterest"))for(y in n.shorteners)for(E in
n.shorteners[y])V+=(V.length?"&":"")+f(y+"."+E)+"="+f(n.shorteners[y][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl,T,n,e)),k="pub="+v+"&source="+j+"&
lng="+(A()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
url||"").replace("feed://","",1)+"&t1=":"&url="+l(S,1)+"&title="+l(n.title||(window.
addthis_title||""),1).replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+h({sessionID:m,pubID:v,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh===l||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?"":"&ips=1")+(L?"&cr="+(e===L?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(G?"&email_vars="+f(G):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1:
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
```

121296…

```
n.height+"#height="+n.height):"")+(e2?"&p32="+p32:"")+(K||data_track_p32:"")+(K||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((K||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+f(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(O?(O.rxi?"&rxi="+O.rxi:"")+(O.rsi?"&rsi="+O.rsi:"")+(O.gen?"&gen="+O.gen:
""):(P2?"&rsi="+P:""))+(Y?"&gen="+Y:"")+(n.xid2?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(I?"&module="+l(I,1):"")+i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(141),s=n(76),c=n(23),u=n(725),l=n(47),d=n(35),p=n(17),A=n(20),h=n(133),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(62).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(825),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"")).split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0}}},
function(e,t){e.exports=function(e,t){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!=navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(140);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e})}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(67),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(2),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(",")),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement},e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t){"use strict";var
a=n(826),o=n(161),i=n(68).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e}};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}},function(e,t,n){"use strict";var
a,o,i,r=n(692),s=n(97),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
```

121296…

```
0!==a?Math.max(0,1):1,t,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(152).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https":"http")+_atr+"static/"+n(837)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n),i||(i=r.get(n)),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(147),s=n(138),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div><form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span><div class="loading-container "><div
class="loading-spinner"></div></div></div></div></div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
```

121296...

```
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this)}}var
o=n(38),i=n(163);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
,e.interval=null,e.firstSeen=null)},this.sampleTimeout)},a.isWatching=function(e){
for(var
t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
function(){setTimeout(function(){for(var
e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
},a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
getElementsByTagName("iframe")[u],n.src.replace(/^https?:\//,"")===c.replace(/^https?:\/
/,""))){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
e=document.createElement("img"),e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
e,t,n){var a=n(3).listen,o={};e.exports=function(){function t(t,n){return
function(){var
a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
function
n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
i(e,n,a){var
o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
a(window,"message",function(t){var
n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
if("api.response"===o.type){s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
result),delete s[o.api][o.id]);else
if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())()}}}}),o[e.__apiID]=n
,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
){return!0}),t.push(a))}return t}var
o=n(149),i=n(52).EventDispatcher,r=n(14),s=n(39);e.exports=function(){var
e=this,t=new
i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
instanceof
Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=1,!
this.resources||this.resources[0]instanceof
o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
.loading)for(var
t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
a(){return g.join(h)}function o(){if(!f)var
e=l.rck(A)||"";e&&(g=d(e).split(h),f=1)}function
i(){o(),g.length&&l.sck(A,p(a()),0,!0)}function r(){return o(),g}function
s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
```

```
121296... n=0;n<t.length;n++)g.push(e[n]);i()}function s(e){for(var
  ... t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
  ... l=n(22);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
  ... d=window.decodeURIComponent,p=window.encodeURIComponent,A="__attag",h=",",f=0,g=[]},
  ... function(e,t,n){/**
121297...   * AddThis Client
121298...   * @license - See s7.addthis.com/static/licenses.html for information about the
  ... licenses used
121299...   */
121300... var
  ... a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
  ... isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
  ... function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!a.addthis||p(
  ... {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
  ... t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
  ... queuer=this,this.flush=function(e,a){this.flushed=1;for(var
  ... o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
  ... a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
  ... ._pmh.call(e))}var
  ... o,i=n(814),r=n(807),s=n(98).select,c=n(109),u=n(54),l=n(811),d=n(38),p=n(33),A=n(803)
  ... ,h=n(3).listen,f=n(2),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
  ... ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
  ... "v7.5.4-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
  ... ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
  ... :"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
  ... :"static/tweet.html"},imgs:"images/"}),g._atd="s7.addthis.com/"}if(g._atc.rsrcs,
  ... function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
  ... v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
  ... (!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
  ... navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(C){
  ... }g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
  ... Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
  ... ,layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
  ... addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
  ... e[t])for(var n in
  ... e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
  ... addthis_share[n]=e[t][n]);else
  ... e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
  ... =e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
  ... ,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
  ... "ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
  ... "addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
  ... user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
  ... getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
  ... e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
  ... isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
  ... hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
  ... getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
  ... ")},session:{getSource:e("getSource","session"),isSocial:e("isSocial","session"),
  ... isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
  ... y=u("addthis_widget");if(y.provider||y.userBlob||y.userapi){var
  ... E=l(y),k=A(E);x.appendChild(E),y.userapi&&(g.addthis.UserAPI=new
  ... k("user")),y.provider&&(g.addthis.ProviderAPI=new
  ... k("provider")),y.userBlob&&(g.addthis.UserBlobAPI=new
  ... k("userBlob"))}if(!y.headless){if(-1===m.location.href.indexOf(_atr)){var
  ... M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
  ... hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(h(g,"message",a),addthis
  ... ._pml.push(a)),!M.firstChild){var
  ... R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
  ... ="AddThis utility
  ... frame",M.appendChild(R),d(R),R.frameborder=0,R.style.border=0,R.style.top=R.style.left=
  ... 0,_atc._atf=R}}!function(){for(var
  ... e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
  ... "smlwn-1.0",recommendedbox:"smlrb-1.0"},l=!1;l++<o<addthis.plo.length;){if(t=addthis.
  ... plo[o],"layers"===t.call){a=t.args[0];for(e in
  ... a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
  ... e={".addthis-recommendedbox":"recommendedbox"};for(var t in
  ... e)if(e.hasOwnProperty(t)){var
```

121300...

```
n=s(t),a=(y);length&a(a[e[i]]=i0,a,p=r,i,addthis.layers(a)(i=i0))&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(699),n(700),n(702),n(703
),n(705),n(633),n(646),n(706),n(707),n(708),n(170),n(709),n(710),n(711),n(712),n(713)
,n(714),n(697),n(698),n(704),n(701),n(695),n(696)(function(){n(652),addthis.layers.
apply(addthis,e)})})}),addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})}),addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu,e)})}),addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(65),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}}};var d=function(){var
e=arguments;n.e(5,function(){n(65),n(654),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif"+Math.floor(4294967295*Math.random())
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(83)](n)}}}()},function(e,t,n){"use strict";var
a=n(162),o=function(){};a(o,"events"),e.exports=o,function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",xx:"US",zh:"CN",zh-tr:"CN",zh-hk:"HK",zh-
tw:"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",pt:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(17),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(162),o=n(1),i=n(5),r=(n(18),n(89)),s=(n(2),!1),c=n(86),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(686),a=n(645);s||(n(152).setup(),n(688).setup(),n(687).setup(),n(690),n(689),n(
839),a.incrementPageViews(),s=!0),c=function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(156);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
```

121300...

```
a=n(143),o=n(80)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=n(1),n(45);e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(56),i=n(3).listen;r=n(1);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(2);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}}},function(e,t,n){"
use strict";var
a=n(143),o=n(80)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(159),o=n(64);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(820),o=n(821),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){}var
o=n(2),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r={{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o(e._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(828);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(160);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
(this,arguments)}),times[r]=(new
Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
globalObjectString+"."+euc(r))}function getCallbackCallTime(e){return
times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
string which will eval to a globally accessible object where callbacks will be
stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
},function(e,t){e.exports=function(e){var
t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
eval(src)}},function(e,t,n){"use strict";var
a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
n;return-1}}},function(e,t,n){"use strict";function a(){}function o(e,t){return
setTimeout(function(){t({{statusText:e||"Something went wrong."}})},0),null}function
i(e){e=e||{};{};var
t,i,r=e.onFailure||a,s=e.onSuccess||a,o=(e.method||"").toUpperCase()?"POST":
"GET",u=e.withCredentials===!0,l=e.timeoutMs||1e4;if("undefined"==typeof
XMLHttpRequest)return o("Your browser does not support this
method.",r);if("GET"!==c&&"POST"!==c)return o("This method is not
supported.",r);if(t=new XMLHttpRequest,i="withCredentials"in t)return
t.open(c,e.url||"",!0),"POST"===c&&t.setRequestHeader("Content-type",e.contentType||"
application/json"),t.timeout=l,t.withCredentials=u,t.onreadystatechange=function(){4=
==t.readyState&&(t.status>=400||0===t.status?r(t):s(t))},t.send(e.data||null);if(!u&&
```

```
121300  window.XDomainRequest,t=new XDomainRequest;var l,r;if(o.url){var
   …    p=n(4),A=p.du.split("//")[0];d=A+"//"+e.url.split("//")[1]}return
   …    t.open(c,d||""),t.onload=function(){s(t)},t.onerror=function(){r(t)},t.onprogress=a,t
   …    .ontimeout=a,t.timeout=l,t.send(e.data||null)}return o("Your browser does not support
   …    cross-origin
   …    requests.",r)}e.exports=i},function(e,t){e.exports=function(e){if(null==e||"object"!=
   …    typeof e)return e;if(e instanceof Object){var t="";for(var n in
   …    e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
   …    null}},function(e,t,n){"use strict";var
   …    a=n(2),o=n(113),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
   …    flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
   …    subscription||"PRO"===e.subscription.edition)){var
   …    r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
   …    c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
   …    e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
   …    e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
   …    n=Object.prototype.toString;e.exports=function(e){return
   …    n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
   …    e?e.split("://").pop().split("/")[]}},function(e,t){e.exports="sh.
   …    81a142dda016aab89f76e554.html"}]));
121301  **************************************************
121302  The following data is from melenoma_org-pediatric-20160919-page_source.txt
121303  **************************************************
121304
121305  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML+RDFa 1.0//EN"
121306    "http://www.w3.org/MarkUp/DTD/xhtml-rdfa-1.dtd">
121307  <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" version="XHTML+RDFa 1.0"
   …    dir="ltr"
121308    xmlns:fb="http://ogp.me/ns/fb#"
121309    xmlns:og="http://ogp.me/ns#"
121310    xmlns:article="http://ogp.me/ns/article#"
121311    xmlns:book="http://ogp.me/ns/book#"
121312    xmlns:profile="http://ogp.me/ns/profile#"
121313    xmlns:video="http://ogp.me/ns/video#"
121314    xmlns:product="http://ogp.me/ns/product#">
121315
121316  <head profile="http://www.w3.org/1999/xhtml/vocab">
121317    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
121318    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    152x152-precomposed.png" sizes="152x152" />
121319    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    144x144-precomposed.png" sizes="144x144" />
121320    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    180x180-precomposed.png" sizes="180x180" />
121321    <link rel="icon" href="https://www.melanoma.org/sites/all/themes/mrf/favicon.ico" />
121322    <meta name="viewport" content="width=device-width, initial-scale=1" />
121323    <link rel="shortcut icon"
   …    href="https://www.melanoma.org/sites/default/files/favicon_0.ico"
   …    type="image/vnd.microsoft.icon" />
121324    <meta name="google-site-verification"
   …    content="lOitTa2RxduRlNG73cCWV7D_aGgak6xAD-1_2dVR-Tk" />
121325    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    120x120-precomposed.png" sizes="120x120" />
121326    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    114x114-precomposed.png" sizes="114x114" />
121327    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    precomposed.png" />
121328    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
   …    76x76-precomposed.png" sizes="76x76" />
121329    <link rel="apple-touch-icon-precomposed"
   …    href="https://www.melanoma.org/sites/all/themes/mrf/images/favicons/apple-touch-icon-
```

```
121329    72x72-precomposed.png" sizes="72x72" />
121330    <meta name="description" content="Pediatric melanoma diagnoses are increasing in the
          U.S. by 2% each year, and are often delayed and/or misdiagnosed." />
121331    <meta name="generator" content="Drupal 7 (http://drupal.org)" />
121332    <link rel="canonical"
          href="https://www.melanoma.org/understand-melanoma/pediatric-melanoma" />
121333    <link rel="shortlink" href="https://www.melanoma.org/node/28069" />
121334    <meta property="og:site_name" content="Melanoma Research Foundation" />
121335    <meta property="og:type" content="article" />
121336    <meta property="og:url"
          content="https://www.melanoma.org/understand-melanoma/pediatric-melanoma" />
121337    <meta property="og:title" content="Pediatric Melanoma" />
121338    <meta property="og:description" content="Pediatric melanoma diagnoses are increasing
          in the U.S. by 2% each year, and are often delayed and/or misdiagnosed." />
121339    <meta property="og:updated_time" content="2016-09-19T14:35:33-04:00" />
121340    <meta name="twitter:card" content="summary" />
121341    <meta name="twitter:url"
          content="https://www.melanoma.org/understand-melanoma/pediatric-melanoma" />
121342    <meta name="twitter:title" content="Pediatric Melanoma" />
121343    <meta name="twitter:description" content="Pediatric melanoma diagnoses are increasing
          in the U.S. by 2% each year, and are often delayed and/or misdiagnosed." />
121344    <meta property="article:published_time" content="2014-09-15T12:46:46-04:00" />
121345    <meta property="article:modified_time" content="2016-09-19T14:35:33-04:00" />
121346    <meta itemprop="name" content="Pediatric Melanoma" />
121347    <meta itemprop="description" content="Pediatric melanoma diagnoses are increasing in
          the U.S. by 2% each year, and are often delayed and/or misdiagnosed." />
121348      <title>Pediatric Melanoma | Melanoma Research Foundation</title>
121349      <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/css_xE-rWrJf-
          fncB6ztZfd2huxqgxu4WO-qwma6Xer3Om4.css" media="all" />
121350    <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/css_OxyIoRMOsCE-
          ijTXrcGt9IJco4IZ6FY-86nWsn12MPY.css" media="all" />
121351    <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/
          css_MnXiytJtbl86Ydycnpwpw34cuUsHaKc80ey5LiQXhSY.css" media="all" />
121352    <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/
          css_Ywkkk72kc9If1iimIFhWNLZoofgrDzritJqMbK4Bf5I.css" media="all" />
121353    <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/
          css_7sxsnveEl2x1Ptm_U9OpBrD6KEaJsakzduS6Dy6mRdM.css" media="print" />
121354    <link type="text/css" rel="stylesheet"
          href="https://www.melanoma.org/sites/default/files/css/css_Ff9PZ1jV-V6bRk73fi6GGfqD4-
          mNP2M34nkIX8mFPxI.css" media="screen" />
121355      <script type="text/javascript"
          src="https://www.melanoma.org/sites/default/files/js/
          js_UWQINlriydSoeSiGQxToOUdv493zEa7dpsXClOtYlZU.js"></script>
121356    <script type="text/javascript"
          src="https://www.melanoma.org/sites/default/files/js/js_gPqjYq7fqdMzw8-
          29XWQIVoDSWTmZCGy9OqaHppNxuQ.js"></script>
121357    <script type="text/javascript">
121358    <!--//--><![CDATA[//><!--
121359    (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
          [r].q||[]).push(arguments)},i[r].l=1*new
          Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
          parentNode.insertBefore(a,m)})(window,document,"script","https://www.melanoma.org/
          sites/default/files/googleanalytics/analytics.js?ocggw1","ga");ga("create",
          "UA-12060359-1", {"cookieDomain":".melanoma.org"});ga("require",
          "displayfeatures");ga("send", "pageview");
121360    //--><!]]>
121361    </script>
121362    <script type="text/javascript" src="//use.typekit.net/tfy6ljr.js"></script>
121363    <script type="text/javascript">
121364    <!--//--><![CDATA[//><!--
121365
121366            try{Typekit.load();}catch(e){}
121367            //var __st_loadLate=true;
```

```
121368              //var switchro5x=true;
121369              var addthis_config = { ui_508_compliant: true};
121370
121371    //--><!]]>
121372    </script>
121373    <script type="text/javascript"
   ...    src="https://www.melanoma.org/sites/default/files/js/
   ...    js_v6x5yG4oUwfRF7DtxdyIFUnUiPEfA1ZJ5ywEV59fmnI.js"></script>
121374    <script type="text/javascript">
121375    <!--//--><![CDATA[//><!--
121376    jQuery.extend(Drupal.settings,
   ...    {"basePath":"\/","pathPrefix":"","ajaxPageState":{"theme":"mrf","theme_token":"
   ...    qFJTfuF2i5ptqn9ZIslLWDg-fkkLhVbUpm0UOFT6c5Q","js":{"sites\/all\/modules\/
   ...    custom_modules\/custom_forum\/custom_forum.js":1,"\/\/s7.addthis.com\/js\/300\/
   ...    addthis_widget.js#pubid=ra-522d494a51bf7f91":1,"\/\/s7.addthis.com\/js\/300\/
   ...    addthis_widget.js#async=1":1,"0":1,"misc\/jquery.js":1,"misc\/jquery.once.js":1,"misc
   ...    \/drupal.js":1,"sites\/all\/modules\/google_analytics\/googleanalytics.js":1,"1":1,"\
   ...    /\/use.typekit.net\/tfy6ljr.js":1,"2":1,"sites\/all\/themes\/mrf\/js\/jquery-1.7.2.
   ...    min.js":1,"sites\/all\/themes\/mrf\/js\/breakpoints.js":1,"sites\/all\/themes\/mrf\/
   ...    js\/jquery.cycle2.min.js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.carousel.min.
   ...    js":1,"sites\/all\/themes\/mrf\/js\/jquery.cycle2.swipe.min.js":1,"sites\/all\/themes
   ...    \/mrf\/js\/global.js":1},"css":{"modules\/system\/system.base.css":1,"modules\/system
   ...    \/system.menus.css":1,"modules\/system\/system.messages.css":1,"modules\/system\/
   ...    system.theme.css":1,"modules\/comment\/comment.css":1,"sites\/all\/modules\/date\/
   ...    date_api\/date.css":1,"modules\/date\/date_popup\/themes\/datepicker.1.7.
   ...    css":1,"modules\/field\/theme\/field.css":1,"sites\/all\/modules\/logintoboggan\/
   ...    logintoboggan.css":1,"sites\/all\/modules\/mollom\/mollom.css":1,"modules\/node\/node
   ...    .css":1,"modules\/search\/search.css":1,"modules\/user\/user.css":1,"sites\/all\/
   ...    modules\/calendar\/css\/calendar_multiday.css":1,"modules\/forum\/forum.css":1,"sites
   ...    \/all\/modules\/views\/css\/views.css":1,"sites\/all\/modules\/ctools\/css\/ctools.
   ...    css":1,"sites\/all\/themes\/mrf\/css\/mrf.css":1,"sites\/all\/themes\/mrf\/css\/mrf-
   ...    print.css":1,"sites\/all\/modules\/custom_modules\/drivendevelopment\/
   ...    drivendevelopment.css":1}},"better_exposed_filters":{"views":{"patient_stories":{"
   ...    displays":{"block_1":{"filters":[]}}}}},"googleanalytics":{"trackOutbound":1,"
   ...    trackMailto":1,"trackDownload":1,"trackDownloadExtensions":"7z|aac|arc|arj|asf|asx|
   ...    avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|jpe?g|js|mp(2|3|4|e?g)|
   ...    mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|ppam|sld(x|m)?|thmx|qtm?|
   ...    ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m|b)?|xlt(x|m)|xlam|xml|z|
   ...    zip","trackDomainMode":"1"}});
121377    //--><!]]>
121378    </script>
121379    </head>
121380    <body class="html not-front not-logged-in no-sidebars page-node page-node-
   ...    page-node-28069 node-type-detail" >
121381      <div id="skip-link">
121382        <a href="#main-content" class="element-invisible element-focusable">Skip to main
   ...    content</a>
121383      </div>
121384        <ul class="access-keys">
121385        <li><a class="visually-hidden focusable" href="#content" accesskey="[">Skip to
   ...    content</a></li>
121386        <li><a class="visually-hidden focusable" href="#nav" accesskey="]">Skip to
   ...    navigation</a></li>
121387        <li><a class="visually-hidden focusable" href="#" accesskey="/">Home</a></li>
121388    </ul>
121389    <div id="master">
121390      <div id="page-top">
121391        <div id="header-wrapper" class="page-section">
121392          <div>
121393            <div id="header" role="banner">
121394              <a class="logo" href="/"><img
   ...    src="/sites/all/themes/mrf/images/logo-2015.png" alt="Melanoma Research Foundation"
   ...    /></a>
121395              <a class="donate" href="http://donate.melanoma.org"
   ...    target="_blank">Donate Now</a>
121396                              <div class="welcome">
121397                              <span class="name-wrapper">Welcome, Guest</span>
121398                              <a
```

```
121398…  href="/user/destination=understand-melanoma/pediatric-melanoma">Login</a>
121399                          </div>
121400                          <div class="search" role="search">
121401                      <form class="site-search" action="/search/node/
     …  method="post">
121402                          <input type="text" placeholder="Search" name="keys" />
121403                          <input type="submit" value="Search" title="Search" />
121404                          <a class="toggle-search-options" href="#" title="Search
     …  options">Search options</a>
121405                          <div class="clearfix search-options">
121406                              <div class="radio"><label><input type="radio"
     …  name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
121407                              <div class="radio"><label><input type="radio"
     …  name="search-scope" value="mpip" /> MPIP</label></div>
121408                          </div>
121409                      </form>
121410                      </div>
121411                      <span class="toggle-menu active"></span>
121412                      <span class="toggle-search"></span>
121413                  </div>
121414              </div>
121415          </div>
121416          <div id="nav-wrapper" class="page-section">
121417              <div>
121418              <div class="back">Back</div>
121419              <nav id="nav" role="navigation">
121420                  <ul class="clearfix">
121421                      <li class="item-0 home"><a class="icon"
     …  href="/">Home</a></li>
121422                      <li class="item-1 has-children on"><a
     …  href="/understand-melanoma">Understand Melanoma</a><div class="mega-menu
     …  mega-menu-4-wide"><span class="heading">Understand Melanoma</span><div
     …  class="clearfix"><div class="col col-0"><ul class="helper"><li><a
     …  href="/understand-melanoma">Understand Melanoma</a></li></ul><ul><li
     …  class="has-children"><a href="/understand-melanoma/what-is-melanoma">What is
     …  Melanoma?</a><ul><li><span class="heading">What is Melanoma?</span></li><li
     …  class=""><a
     …  href="/understand-melanoma/what-melanoma/melanoma-facts-and-stats">Melanoma Facts and
     …  Stats</a></li><li class=""><a
     …  href="/understand-melanoma/what-is-melanoma/metastatic-melanoma">Metastatic
     …  Melanoma</a></li></ul></li></ul><ul><li class=""><a
     …  href="/understand-melanoma/newly-diagnosed">Newly Diagnosed</a></li></ul><ul><li
     …  class=""><a href="/understand-melanoma/what-is-melanoma/cutaneous-melanoma">Cutaneous
     …  Melanoma</a></li></ul></div><div class="col col-1"><ul><li class="has-children"><a
     …  href="/understand-melanoma/what-is-melanoma/mucosal-melanoma">Mucosal
     …  Melanoma</a><ul><li><span class="heading">Mucosal Melanoma</span></li><li class=""><a
     …  href="/understand-melanoma/mucosal-melanoma/mucosal-melanoma-treatment">Mucosal
     …  Melanoma Treatment</a></li></ul></li></ul><ul><li class="has-children"><a
     …  href="/understand-melanoma/what-is-melanoma/ocular-melanoma">Ocular
     …  Melanoma</a><ul><li><span class="heading">Ocular Melanoma</span></li><li class=""><a
     …  href="/understand-melanoma/what-is-melanoma/ocular-melanoma/diagnosing-ocular-
     …  melanoma">Diagnosing Ocular Melanoma</a></li><li class=""><a
     …  href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-treatment
     …  ">Ocular Melanoma Treatment</a></li><li class=""><a
     …  href="/understand-melanoma/what-is-melanoma/ocular-melanoma/ocular-melanoma-resources
     …  ">Ocular Melanoma Resources</a></li><li class=""><a
     …  href="/research-center/research-initiatives/cure-om/cure-om-webinars">CURE OM
     …  Webinars</a></li><li class=""><a
     …  href="/research-center/research-initiatives/cure-om">About CURE OM</a></li><li
     …  class=""><a
     …  href="/research-center/research-initiatives/cure-om/cure-om-steering-committee">CURE
     …  OM Steering Committee</a></li></ul></li></ul><ul><li class="has-children"><a
     …  href="/understand-melanoma/pediatric-melanoma" class="active">Pediatric
     …  Melanoma</a><ul><li><span class="heading">Pediatric Melanoma</span></li><li
     …  class=""><a
     …  href="/understand-melanoma/pediatric-melanoma/diagnosing-pediatric-melanoma">
     …  Diagnosing Pediatric Melanoma</a></li><li class=""><a
     …  href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-treatment">Pediatric
```

121422...  Melanoma Treatment</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-resources">Pediatric
Melanoma Resources</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-leadership">
Pediatric Melanoma Leadership</a></li><li class=""><a
href="/understand-melanoma/pediatric-melanoma/holiday-card-contest">Holiday Card
Contest</a></li></ul></li></ul></div><div class="col col-2"><ul><li
class="has-children"><a href="/understand-melanoma/melanoma-treatment">Melanoma
Treatment</a><ul><li><span class="heading">Melanoma Treatment</span></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/surgery">Surgery</a></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/radiation">Radiation</a></li><li
class="has-children"><a
href="/understand-melanoma/melanoma-treatment/clinical-trials">Clinical
Trials</a><ul><li><span class="heading">Clinical Trials</span></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/find-a-clinical-trial">Find a Clinical
Trial</a></li></ul></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/immunotherapy">Immunotherapy</a></li><
li class=""><a
href="/understand-melanoma/melanoma-treatment/targeted-therapy">Targeted
Therapy</a></li><li class=""><a
href="/understand-melanoma/melanoma-treatment/chemotherapy">Chemotherapy</a></li><li
class=""><a
href="/understand-melanoma/melanoma-treatment/treatment-center-finder">Treatment
Center Finder</a></li></ul></li></ul></li><li class="has-children"><a
href="/understand-melanoma/diagnosing-melanoma">Diagnosing Melanoma</a><ul><li><span
class="heading">Diagnosing Melanoma</span></li><li class="has-children"><a
href="/understand-melanoma/diagnosing-melanoma/detection-screening">Detection &amp;
Screening</a><ul><li><span class="heading">Detection & Screening</span></li><li
class=""><a
href="/understand-melanoma/diagnosing-melanoma/detection-screening/abcdes-melanoma">
ABCDEs of Melanoma</a></li></ul></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/melanoma-pathology">Melanoma
Pathology</a></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/stages-of-diagnosis">Stages of
Diagnosis</a></li></ul></li></ul></div><div class="col col-3"><ul><li
class="has-children"><a href="/understand-melanoma/preventing-melanoma">Preventing
Melanoma</a><ul><li><span class="heading">Preventing Melanoma</span></li><li
class=""><a
href="/understand-melanoma/preventing-melanoma/why-is-tanning-dangerous">Why is
Tanning Dangerous?</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/facts-about-sunscreen">Sunscreen
Facts</a></li><li class=""><a
href="/understand-melanoma/diagnosing-melanoma/i-think-i-have-melanoma">I Think I
Have Melanoma</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/melanoma-risk-factors">Melanoma Risk
Factors</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/detecting-melanoma-early">Early
Detection</a></li><li class=""><a
href="/understand-melanoma/preventing-melanoma/self-screening-guide">Self-Screening
Guide</a></li></ul></li></ul><ul><li class="has-children"><a
href="/understand-melanoma/resource-library">Resource Library</a><ul><li><span
class="heading">Resource Library</span></li><li class=""><a
href="/understand-melanoma/resource-library/glossary-terms">Glossary of
Terms</a></li><li class=""><a
href="/understand-melanoma/resource-library/pictures-of-melanoma">Pictures of
Melanoma</a></li><li class="has-children"><a
href="/understand-melanoma/resource-library/educational-programs">Educational
Programs</a><ul><li><span class="heading">Educational Programs</span></li><li
class=""><a
href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
-materials">Educational Materials</a></li><li class=""><a
href="/order-educational-materials">Order Educational Materials</a></li><li
class=""><a
href="/understand-melanoma/resource-library/educational-programs/coloring-book">
Coloring Book</a></li></ul></li><li class=""><a
href="/understand-melanoma/resource-library/educational-recordings">Educational

121422...  Recordings</a></li><li class="">>a
... href="/understand-melanoma/resource-library/twitter-chat-transcripts">Twitter Chat
... Transcripts</a></li><li class="">>a
... href="/understand-melanoma/resource-library/helpful-links">Helpful
... Links</a></li></ul></li></ul></div></div></div></li><li class="item-2
... has-children"><a href="/find-support">Find Support</a><div class="mega-menu
... mega-menu-4-wide"><span class="heading">Find Support</span><div class="clearfix"><div
... class="col col-0"><ul class="helper"><li><a href="/find-support">Find
... Support</a></li></ul></li><li class="has-children"><a
... href="/find-support/patient-community">Melanoma Patient Community</a><ul><li><span
... class="heading">Melanoma Patient Community</span></li><li class="has-children"><a
... href="/find-support/patient-community/mpip-melanoma-patients-information-page">MPIP
... Forum</a><ul><li><span class="heading">MPIP Forum</span></li><li class="">>a
... href="/find-support/patient-community/mpip-forum/history-mpip">History of
... MPIP</a></li><li class="">>a href="/find-support/patient-community/forum-faq">Forum
... FAQ</a></li></ul></li><li class="">>a
... href="/find-support/patient-community/cure-om-forum">CURE OM Forum</a></li><li
... class="">>a href="/find-support/patient-community/patient-stories">Patient
... Stories</a></li><li class="">>a
... href="/find-support/patient-community/memorials">Memorials</a></li><li class="">>a
... href="/find-support/patient-community/profiles">MPIP Community Profile
... Search</a></li></ul></li></ul><ul><li class="">>a
... href="/find-support/helpline-nurse">Helpline &amp; Nurse</a></li></ul></div><div
... class="col col-1"><ul><li class="has-children"><a
... href="/find-support/support-groups">Support Groups</a><ul><li><span
... class="heading">Support Groups</span></li><li class="">>a
... href="/find-support/support-groups/om-support-groups">OM Support
... Groups</a></li></ul></li></ul><ul><li class="">>a
... href="/find-support/phone-buddy">Phone Buddy</a></li></ul></div><div class="col
... col-2"><ul><li class="">>a href="/find-support/financial-assistance">Financial
... Assistance</a></li></ul></div><div class="col col-3"><ul><li class="">>a
... href="/find-support/living-with-melanoma">Living with
... Melanoma</a></li></ul></div></div></div></li><li class="item-3 has-children"><a
... href="/research-center">Research Center</a><div class="mega-menu
... mega-menu-3-wide"><span class="heading">Research Center</span><div
... class="clearfix"><div class="col col-0"><ul class="helper"><li><a
... href="/research-center">Research Center</a></li></ul></li><li class="has-children"><a
... href="/research-center/research-initiatives">Research Initiatives</a><ul><li><span
... class="heading">Research Initiatives</span></li><li class="has-children"><a
... href="/research-center/research-initiatives/mrfbc">MRFBC</a><ul><li><span
... class="heading">MRFBC</span></li><li class="">>a
... href="/research-center/research-initiatives/mrfbc/mission-of-the-mrfbc">MRFBC
... Mission</a></li><li class="">>a
... href="/research-center/research-initiatives/mrfbc/mrfbc-steering-committee">MRFBC
... Steering Committee</a></li><li class="">>a
... href="/research-center/research-initiatives/mrfbc/participating-sites">Participating
... Sites</a></li></ul></li><li class="has-children"><a
... href="/research-center/research-initiatives/cure-om">CURE OM</a><ul><li><span
... class="heading">CURE OM</span></li><li class="">>a
... href="/research-center/research-initiatives/cure-om/scientific-steering-committee">
... Scientific Steering Committee</a></li><li class="">>a
... href="/research-center/research-initiatives/cure-om/ocular-melanoma-research">CURE OM
... Research</a></li></ul></li></ul></li></ul></div><div class="col col-1"><ul><li
... class="has-children"><a href="/research-center/research-grants">Research
... Grants</a><ul><li><span class="heading">Research Grants</span></li><li class="">>a
... href="/research-center/research-grants/the-grant-process">The Grant
... Process</a></li><li class="has-children"><a
... href="/research-center/research-grants/types-of-funding">Types of
... Funding</a><ul><li><span class="heading">Types of Funding</span></li><li class="">>a
... href="/research-center/research-grants/types-of-funding/eligibility-requirements">
... Eligibility &amp; Requirements</a></li></ul></li><li class="">>a
... href="/research-center/research-grants/research-grant-recipients">Research Grant
... Recipients</a></li><li class="">>a
... href="/research-center/research-grants/partnerships-supported-institutions">
... Partnerships &amp; Supported Institutions</a></li><li class="">>a
... href="/research-center/research-grants/grant-faqs">Grant
... FAQs</a></li></ul></li></ul></div><div class="col col-2"><ul><li class="">>a
... href="/research-center/scientific-milestones">Scientific

121422... Miles James" a</a></li></ul></div></li></li><li class="item-4 has-children"><a
... href="/get-involved">Get Involved</a><div class="mega-menu mega-menu-4-wide"><span
... class="heading">Get Involved</span><div class="clearfix"><div class="col col-0"><ul
... class="helper"><li><a href="/get-involved">Get Involved</a></li><li><ul><li
... class="has-children"><a href="/get-involved/support-the-mrf">Support the
... MRF</a><ul><li><span class="heading">Support the MRF</span></li><li class=""><a
... href="http://shop.melanoma.org">Shop to Support the
... MRF!</a></li></ul></li></ul><ul><li class="has-children"><a
... href="/get-involved/advocacy-initiatives">Advocacy Initiatives</a><ul><li><span
... class="heading">Advocacy Initiatives</span></li><li class="has-children"><a
... href="http://join.melanoma.org/site/PageNavigator/GetNaked/GetNaked_Landing.html">#
... GetNaked for Melanoma</a><ul><li><span class="heading">#GetNaked for
... Melanoma</span></li><li class=""><a
... href="/get-involved/advocacy-initiatives/your-getnaked-story">Your #GetNaked
... Story</a></li></ul></li><li class=""><a
... href="/get-involved/advocacy-initiatives/key-issues">Key Issues</a></li><li
... class=""><a href="/get-involved/advocacy-initiatives/campaigns">Campaigns</a></li><li
... class=""><a href="/get-involved/advocacy-initiatives/become-an-mrf-advocate">Become
... an MRF Advocate</a></li></ul></div><div class="col col-1"><ul><li
... class="has-children"><a href="/get-involved/melanoma-awareness">Melanoma
... Awareness</a><ul><li><span class="heading">Melanoma Awareness</span></li><li
... class=""><a
... href="/get-involved/melanoma-awareness/certified-melanoma-educators">Certified
... Melanoma Educators</a></li><li class=""><a
... href="/get-involved/melanoma-awareness/physician-cme-opportunities">Physician CME
... Opportunities</a></li><li class="has-children"><a
... href="/get-involved/melanoma-awareness/mark-spot">Mark the SPOT!</a><ul><li><span
... class="heading">Mark the SPOT!</span></li><li class=""><a
... href="/get-involved/melanoma-awareness/mark-spot/participating-salons">Participating
... Salons</a></li></ul></li></ul></li></ul><ul><li class="has-children"><a
... href="/get-involved/volunteer-for-the-mrf">Volunteer for the MRF</a><ul><li><span
... class="heading">Volunteer for the MRF</span></li><li class="has-children"><a
... href="/volunteer-opportunities">Volunteer Opportunities</a><ul><li><span
... class="heading">Volunteer Opportunities</span></li><li class=""><a
... href="/get-involved/volunteer-mrf/volunteer-opportunities/volunteer-resources">
... Volunteer Resources</a></li><li class=""><a
... href="/get-involved/volunteer-mrf/volunteer-opportunities/your-volunteer-story">Your
... Volunteer Story</a></li></ul></li><li class=""><a
... href="/get-involved/volunteer-mrf/dermatologists-medical-oncologists">Dermatologists
... &amp; Medical Oncologists</a></li></ul></li></ul></div><div class="col col-2"><ul><li
... class=""><a href="/get-involved/calendar-of-events">Calendar of
... Events</a></li></ul><ul><li class="has-children"><a
... href="/get-involved/miles-for-melanoma">Miles for Melanoma</a><ul><li><span
... class="heading">Miles for Melanoma</span></li><li class=""><a
... href="/get-involved/miles-for-melanoma/5k-runs-walks">5k Runs &amp; Walks</a></li><li
... class=""><a href="/get-involved/miles-melanoma/champions-program">Champions
... Program</a></li><li class=""><a
... href="/get-involved/miles-melanoma/grassroots-activities">Grassroots
... Activities</a></li></ul></li></ul></div><div class="col col-3"><ul><li
... class="has-children"><a href="/get-involved/signature-events">Signature
... Events</a><ul><li><span class="heading">Signature Events</span></li><li class=""><a
... href="/get-involved/signature-events/wings-of-hope-galas">Wings of Hope
... Galas</a></li><li class=""><a
... href="/get-involved/signature-events/universal-studios-5k-run-walk">Universal Studios
... 5k Run Walk</a></li></ul></li></ul></div></div></div></li><li class="item-5
... has-children"><a href="/about-us">About Us</a><div class="mega-menu
... mega-menu-4-wide"><span class="heading">About Us</span><div class="clearfix"><div
... class="col col-0"><ul class="helper"><li><a href="/about-us">About
... Us</a></li></ul><ul><li class="has-children"><a
... href="/about-us/history-mission">History &amp; Mission</a><ul><li><span
... class="heading">History & Mission</span></li><li class=""><a
... href="/about-us/history-mission/mrf-faq">MRF FAQ</a></li></ul></li></ul><ul><li
... class="has-children"><a href="/about-us/executive-leadership-board">Executive
... Leadership &amp; Board</a><ul><li><span class="heading">Executive Leadership &
... Board</span></li><li class=""><a
... href="/about-us/executive-leadership-board/letter-from-the-chairman">Letter from the
... Chairman</a></li></ul></li></ul><ul><li class=""><a
... href="/about-us/scientific-leadership">Scientific Leadership</a></li></ul></div><div

```
121422    class="col col-1"><ul><li class=""><a href="/about-us/mrf-staff">MRF
    …    Staff</a></li></ul><ul><li class="has-children"><a
    …    href="/about-us/news-press-room">News &amp; Press Room</a><ul><li><span
    …    class="heading">News & Press Room</span></li><li class=""><a
    …    href="/about-us/news-press-room/blog">MRF Blog</a></li><li class=""><a
    …    href="/about-us/news-press-room/news">News</a></li><li class=""><a
    …    href="/about-us/news-press-room/press-releases">Press Releases</a></li><li
    …    class=""><a href="/about-us/news-press-room/mrf-newsletters">MRF
    …    Newsletters</a></li></ul></li></ul><ul><li class=""><a
    …    href="/about-us/using-MRF-logo">MRF Logo Use</a></li></ul></div><div class="col
    …    col-2"><ul><li class=""><a href="/about-us/financials-annual-reports">Financials
    …    &amp; Annual Reports</a></li></ul><ul><li class=""><a
    …    href="/about-us/sponsors-partners">Corporate and Foundation
    …    Supporters</a></li></ul></div><div class="col col-3"><ul><li class=""><a
    …    href="/about-us/work-with-the-mrf">Work with the MRF</a></li></ul><ul><li
    …    class="has-children"><a href="/contact-us">Contact Us</a><ul><li><span
    …    class="heading">Contact Us</span></li><li class=""><a
    …    href="/about-us/contact-us/connect-mrf-online">Connect with the MRF
    …    Online!</a></li></li></ul></div></div></div></li>                    </ul>
121423                    </nav>
121424                </div>
121425            </div>
121426            <div id="mobile-search-wrapper" class="page-section">
121427                <div>
121428                    <div id="mobile-search">
121429                        <form class="site-search" action="/search/node" method="post">
121430                            <input type="text" placeholder="Search" name="keys" />
121431                            <input type="submit" value="Search" title="Search" />
121432                            <div class="clearfix search-options">
121433                                <div class="radio"><label><input type="radio"
    …    name="search-scope" checked="checked" value="node" /> Melanoma.org</label></div>
121434                                <div class="radio"><label><input type="radio"
    …    name="search-scope" value="mpip" /> MPIP</label></div>
121435                            </div>
121436                        </form>
121437                    </div>
121438                </div>
121439            </div>
121440            </div>
121441        <div id="page-body" class="page-section" role="main">
121442            <div>
121443                                    <div class="content-wrapper clearfix">
121444                        <div class="content-left">
121445                            <div class="breadcrumbs"><a href="/">Home</a>
    …    &gt; <a href="/understand-melanoma">Understand Melanoma</a> &gt; Pediatric
    …    Melanoma</div><div class="tabs"></div>  <div class="region region-content">
121446        <div id="block-system-main" class="block block-system">
121447
121448
121449  <div class="content">
121450    <div id="node-28069" class="node node-detail clearfix">
121451
121452
121453
121454
121455  <div class="content">
121456    <div class="field field-name-body field-type-text-with-summary
    …    field-label-hidden"><div class="field-items"><div class="field-item
    …    even"><h1>Pediatric Melanoma</h1>
121457  <h2>About Pediatric Melanoma</h2>
121458  <p><a href="/understand-melanoma/what-is-melanoma">Melanoma</a>, the most dangerous
    …    form of skin cancer, is on the rise in both adults and children. Although pediatric
    …    melanoma is quite rare, a <strong>2013 <a
    …    href="http://pediatrics.aappublications.org/content/131/5/846.abstract?sid=7bc023b6-
    …    8a34-446f-bd80-aab60b4065e6" target="_blank">study</a></strong> published in the
    …    journal <em>Pediatrics </em>indicated that diagnoses are rising in the U.S.,
    …    particularly in the age group of 15-19 years, by approximately 2% each year. The
    …    National Cancer Institute estimates that approximately 500 children in America are
```

121458... diagnosed each year. Additionally, a <strong>2014 <a
    ... href="http://www.nature.com/jid/journal/v135/n3/pdf/jid2014425a.pdf"
    ... target="_blank">study</a></strong> published in the <em>Journal of Investigative
    ... Dermatology</em> contained a comprehensive genomic analysis of pediatric
    ... melanoma - finding unique genomic features for each of the three subtypes (discussed
    ... below) of pediatric melanoma - and suggests compelling evidence that UV exposure may
    ... play more of a role than initially thought in this disease, primarily regarding
    ... conventional pediatric melanoma. </p>
121459 <p>Pediatric melanomas are often divided into three categories:</p>
121460 <ul>
121461 <li><strong>Conventional Melanoma (CM):</strong> Pediatric CM is rarely diagnosed
    ... before puberty. Clinically, CM in younger patients shows several similarities to
    ... adult melanoma, including evidence of UV-induced DNA damage and similar UV-induced
    ... mutations (such as the BRAF mutation). </li>
121462 <li><strong>Spitzoid Melanoma (SM):</strong> Spitzoid Melanomas are often nodular in
    ... nature, round in shape and uniform in color. Therefore, SM does not typically follow
    ... the commonly used <a
    ... href="/understand-melanoma/diagnosing-melanoma/detection-screening/abcdes-melanoma">
    ... ABCDE guide</a> to diagnosing melanoma. Additionally, SMs often lack common adult
    ... melanoma genetic mutations (such as BRAF or NRAS). When first discovered in 1948 by
    ... Sophie Spitz, SMs were described as &quot;melanomas of childhood&quot;. </li>
121463 <li><strong>Congenital Melanocytic Nevus (CNM):</strong> A CNM is a large, pigmented
    ... mole or birthmark that is present at birth. Current research suggests approximately
    ... 5-10% of CNM cases develop into melanoma. </li>
121464 </ul>
121465 <p>We are currently compiling an album of <a
    ... href="https://www.flickr.com/groups/2778270@N24/" target="_blank">pictures of
    ... pediatric melanomas</a> to help parents learn what to look for. If you would
    ... like to submit a photo of your child&#39;s melanoma, please email it to <a
    ... href="mailto:education@melanoma.org">education@melanoma.org</a>. </p>
121466 <h2>Causes and Risk Factors</h2>
121467 <p>Causes and risk factors for conventional pediatric melanoma (CM) appear to be
    ... similar to <a
    ... href="/understand-melanoma/preventing-melanoma/melanoma-risk-factors">that of adult
    ... melanoma</a>. Children with fair skin, light hair and freckles are at higher risk.
    ... Nearly 90% of adult melanomas are thought to be linked to UV exposure. Similarly,
    ... current research indicates that CM has genomic similarities to adult melanoma - such
    ... as UV-induced DNA damage and UVA-induced mutations. However, some pediatricians and
    ... pediatric oncologists are noticing that children with darker pigmented skin and skin
    ... that is less sun-sensitive are being diagnosed with melanoma, especially under the
    ... age of 13. No clear cause is known for spitzoid melanoma (SM) or congenital
    ... melanocytic nevi (CNM). Like adult melanoma, the development of pediatric melanoma,
    ... especially SM, is likely a combination of genetic predisposition and other unknown
    ... triggers, but no one knows for sure at this time. </p>
121468 <p>Children who have been treated for melanoma are at an increased risk of recurrence
    ... later in life, making lifelong skin checks, follow-up with an experienced medical
    ... oncologist and other <a
    ... href="/understand-melanoma/preventing-melanoma/melanoma-risk-factors">prevention
    ... methods</a> very important. It is clear that fighting melanoma must start with
    ... prevention efforts, public awareness efforts, behavior modification and attitude
    ... changes toward sun safety and overall sun exposure. It&#39;s never too early, or too
    ... late, to protect your skin or your child&#39;s skin from harmful UV rays. Do you have
    ... concerns or questions about sunscreen? <a
    ... href="/understand-melanoma/preventing-melanoma/facts-about-sunscreen">Learn the facts
    ... about sunscreen</a> and be sure to share our <a
    ... href="/understand-melanoma/resource-library/educational-programs/melanoma-educational
    ... -materials">educational items</a> with your school and doctor&#39;s office!</p>
121469 <p>To learn more about diagnosing pediatric melanoma, click <a
    ... href="/understand-melanoma/pediatric-melanoma/diagnosing-pediatric-melanoma"
    ... target="_blank">here</a>. Read information about pediatric melanoma <a
    ... href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-treatment"
    ... target="_blank">treatment</a> and <a
    ... href="/understand-melanoma/pediatric-melanoma/pediatric-melanoma-resources"
    ... target="_blank">resources</a>.</p>
121470 <h2>Want to Support the Pediatric Melanoma Program?</h2>
121471 <p>It&#39;s simple and your donation will go directly toward the MRF&#39;s pediatric
    ... melanoma program! Just click <a href="http://donate.melanoma.org"
    ... target="_blank">HERE</a> to donate online - you can<strong> select

```
121471…  Pediatric melanoma at the bottom of the page</strong> </p>
121472  <p> </p>
121473  </div></div></div>  </div>
121474
121475
121476
121477  </div>
121478    </div>
121479  </div>
121480    </div>
121481                                    </div>
121482                    <div class="sidebar">
121483                        <div class="region region-right">
121484      <div id="block-block-17" class="block block-block">
121485      <div class="block-content">
121486        <div class="content">
121487                    <p><a
   …  href="/get-involved/advocacy-initiatives/get-naked"><img alt="Get Naked to catch
   …  melanoma early - It might save your life!" class="scale"
   …  src="/sites/default/files/events/GetNaked-JonMesa.jpeg" style="width: 300px; height:
   …  300px;" /></a></p>
121488  <h3>Catch melanoma early and save a life - even your own!</h3>
121489        </div>
121490    </div>
121491  </div>
121492  <div id="block-views-patient-stories-block-1" class="block block-views">
121493      <div class="block-content">
121494        <div class="content">
121495                    <div class="view view-patient-stories view-id-patient_stories
   …  view-display-id-block_1 view-dom-id-e5cc16bfd651b6d9ebc073a81c33c5ea">
121496
121497
121498
121499        <div class="view-content">
121500          <div class="row clearfix">  <div class="clearfix views-row views-row-1
   …  views-row-odd views-row-first views-row-last">
121501
121502    <div class="views-field views-field-field-patient-image">        <div
   …  class="field-content"><a
   …  href="/find-support/patient-community/patient-stories/alyssa-terlingo"><img
   …  src="https://www.melanoma.org/sites/default/files/styles/patient_sidebar/public/
   …  patient-images/1525588_10151828309081712_158021750_n.jpg?itok=vBxH0trG" width="300"
   …  height="300" alt="" /></a></div>  </div>
121503    <div class="views-field views-field-title">        <span
   …  class="field-content"><h4><a
   …  href="/find-support/patient-community/patient-stories/alyssa-terlingo">Alyssa
   …  Terlingo</a></h4></span>  </div>
121504    <div class="views-field views-field-field-highlight">        <div
   …  class="field-content">A Christmas Miracle <a
   …  href="/find-support/patient-community/patient-stories/alyssa-terlingo">Read
   …  more...</a></div>  </div>  </div>
121505      </div>    </div>
121506
121507
121508
121509
121510
121511
121512  </div>      </div>
121513      </div>
121514  </div>
121515  <div id="block-block-4" class="block block-block">
121516      <div class="block-content">
121517        <div class="content">
121518                    <div class="newsletter-block">
121519  <h4>Subscribe!</h4>
121520  <p><a
   …  href="https://www.kintera.org/site/c.fwK2LoO4LlK8F/b.8720501/k.9859/Email_SignUp/apps
```

```
121520…  /ka/contactus.asp" target="_blank">Get updates on melanoma research, education
     …  &amp; advocacy</a></p>
121521   </div>
121522   <p> </p>
121523        </div>
121524      </div>
121525   </div>
121526   <div id="block-block-28" class="block block-block">
121527       <div class="block-content">
121528          <div class="content">
121529                    <h4>Join Miles for Melanoma!</h4>
121530                    <p><img alt="" src="/sites/default/files/melanoma-3.jpg"
     …  style="width: 178px; height: 192px;" /></p>
121531   <p>Raise awareness and funds to fight melanoma by participating in a Miles for
     …  Melanoma 5k walk/run this year!</p>
121532   <p><a
     …  href="http://join.melanoma.org/site/PageNavigator/mrfgen/Google_Map_2016_MFM_Events.
     …  html">Find a Miles for Melanoma event near you.</a></p>
121533          </div>
121534        </div>
121535   </div>
121536     </div>
121537                                </div>
121538                            </div>
121539                                </div>
121540      </div>
121541          <div id="page-footer" class="page-section" role="contentinfo">
121542          <div class="clearfix">
121543              <div class="col col-0">
121544                 <div>
121545                    <h4><a href="/">Home</a></h4>
121546                    <ul role="navigation">
121547                       <li><a href="/understand-melanoma">Understand
     …  Melanoma</a></li><li><a href="/find-support">Find Support</a></li><li><a
     …  href="/research-center">Research Center</a></li><li><a href="/get-involved">Get
     …  Involved</a></li><li><a href="/about-us">About Us</a></li>              </ul>
121548                 </div>
121549             </div>
121550             <div class="col col-1">
121551                 <div>
121552                    <h4>Connect with the MRF</h4>
121553                    <ul class="social clearfix">
121554                       <li class="facebook"><a
     …  href="http://www.facebook.com/Melanoma.Research.Foundation" target="_blank"
     …  title="Follow us on Facebook">Follow us on Facebook</a></li>
121555                       <li class="twitter"><a href="http://twitter.com/curemelanoma"
     …  target="_blank" title="Follow us on Twitter">Follow us on Twitter</a></li>
121556                       <li class="youtube"><a
     …  href="http://www.youtube.com/user/CureMelanoma" target="_blank" title="Follow us on
     …  YouTube">Follow us on YouTube</a></li>
121557                       <li class="google-plus"><a
     …  href="https://plus.google.com/117548443946656380737#117548443946656380737/posts"
     …  target="_blank" title="Follow us on Google+">Follow us on Google+</a></li>
121558                       <li class="instagram"><a
     …  href="http://instagram.com/CureMelanoma" target="_blank" title="Follow us on
     …  Instagram">Follow us on Instagram</a></li>
121559                       <li class="feed"><a href="#" target="_blank" title="Subscribe
     …  to our feed">Subscribe to our feed</a></li>
121560                       <!--<li class="print"><a href="#" target="_blank"
     …  title="Print this page">Print this page</a></li>-->
121561                    </ul>
121562                    <ul>
121563                       <li><a href="/find-support/patient-community">MPIP
     …  Community</a></li>
121564                       <li><a href="/get-involved/support-the-mrf">Support the
     …  MRF</a></li>
121565                    </ul>
121566                    <p>Helpline: (877) 673-6460</p>
```

```
121567                </div>
121568            </div>
121569            <div class="col col-2">
121570                <div>
121571                    <h4>Melanoma Research Foundation</h4>
121572                    <p>
121573                        1411 K Street, NW Suite 800<br />
121574                        Washington, DC 20005<br />
121575                        (800) 673-1290 Office<br />
121576                        (202) 347-9678 Fax
121577                    </p>
121578                    <p><a href="/about-us/contact-us">Contact Us</a></p>
121579                </div>
121580            </div>
121581            <div class="col col-3">
121582                <div>
121583                    <h4>About the MRF</h4>
121584                    <a class="charity-navigator"
    …  href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
    …  src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
    …  Navigator logo" /></a>
121585                    <p>The Melanoma Research Foundation (MRF) is leading the melanoma
    …  community to transform melanoma from one of the deadliest cancers to one of the most
    …  treatable through research, education and advocacy.</p>
121586                    <p class="small"><em>The Melanoma Research Foundation is a <a
    …  href="http://www.melanoma.org/sites/default/files/u20369/IRS Tax Exemption
    …  Letter-dated 10-3-13.pdf" target="_blank">501(c)(3)</a> non-profit
    …  organization.</em></p>
121587                </div>
121588            </div>
121589            <a class="icon top" href="#page-top"><span>Back to Top</span></a>
121590            <a class="charity-navigator charity-navigator-2"
    …  href="http://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=10208"><img
    …  src="/sites/all/themes/mrf/images/charity-navigator-logo-2.gif" alt="Charity
    …  Navigator logo" /></a>
121591        </div>
121592    </div>
121593 </div>
121594 <div id="page-master-footer" class="page-section">
121595    <div class="clearfix">
121596        <div class="legal">
121597            &copy; Copyright 2016 Melanoma Research Foundation (MRF) <span
    …  class="divider">|</span> <a href="/terms-of-use">Terms of Use</a> <span
    …  class="divider">|</span> <a href="/privacy-policy">Privacy Policy</a>
121598        </div>
121599        <div class="credits">
121600            <a href="http://www.voxverde.net/" target="_blank">Website Design</a>
121601        </div>
121602    </div>
121603 </div>
121604 <script type="text/javascript">
121605 /* <![CDATA[ */
121606 var google_conversion_id = 985324023;
121607 var google_custom_params = window.google_tag_params;
121608 var google_remarketing_only = true;
121609 /* ]]> */
121610 </script>
121611 <script type="text/javascript" src="//www.googleadservices.com/pagead/conversion.js">
121612 </script>
121613 <noscript>
121614 <div style="display:inline;">
121615 <img height="1" width="1" style="border-style:none;" alt=""
    …  src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/985324023/?value=0&
    …  amp;guid=ON&amp;script=0"/>
121616 </div>
121617 </noscript>
121618    <script type="text/javascript"
    …  src="https://www.melanoma.org/sites/default/files/js/
```

```
121618  js_mZ2_kvkFqcvcmsnnn11rvghqderqhcpylvxrtjkbnnb.js"></script>
121619  <script type="text/javascript"
    …    src="//s7.addthis.com/js/300/addthis_widget.js#pubid=ra-522d494a51bf7f91"></script>
121620  <script type="text/javascript"
    …    src="//s7.addthis.com/js/300/addthis_widget.js#async=1"></script>
121621  <script type="text/javascript">
121622  <!--//--><![CDATA[//><!--
121623
121624             addthis_config.pubid = 'ra-53580b1f2d770da6';
121625             addthis.init();
121626
121627  //--><!]]>
121628  </script>
121629  </body>
121630  </html>
121631
121632  **************************************************
121633  The following data is from missouribaptistsullivan_org-20160913-page_source.txt
121634  **************************************************
121635
121636  <!DOCTYPE html>
121637  <html  lang="en-US">
121638  <head id="Head">
121639  <!--**********************************************-->
121640  <!-- DNN Platform - http://www.dnnsoftware.com   -->
121641  <!-- Copyright (c) 2002-2014, by DNN Corporation -->
121642  <!--**********************************************-->
121643  <link
    …    href="//fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
    …    700italic,800italic,400,300,600,700,800" rel="stylesheet" type="text/css" /><meta
    …    content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport" /><meta
    …    http-equiv="X-UA-Compatible" content="IE=edge" /><meta content="text/html;
    …    charset=UTF-8" http-equiv="Content-Type" /><title>
121644          Missouri Baptist Sullivan Hospital: Healthcare and Medical Services in Sullivan,
    …    Missouri
121645  </title><meta id="MetaDescription" name="DESCRIPTION" content="Welcome to Missouri
    …    Baptist Sullivan Hospital. We provide quality healthcare to patients living in or
    …    around Sullivan, Missouri. Learn more about our medical services.  " /><meta
    …    id="MetaKeywords" name="KEYWORDS" content="bjc hospital, community hospital sullivan,
    …    doctor sullivan, family medical center sullivan mo, missouri baptist sullivan
    …    hospital, missouri baptist hospital, missouri medical center, medical treatment
    …    sullivan, mo baptist hospital, mo baptist medical center, mo healthcare, mobap
    …    medical center, mobap sullivan, medical group sullivan,DotNetNuke,DNN" /><meta
    …    id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots"
    …    name="ROBOTS" content="INDEX, FOLLOW" /><link
    …    href="/Portals/_default/default.css?cdv=55" media="all" type="text/css"
    …    rel="stylesheet"/><link href="/DesktopModules/PhysicianSearch/module.css?cdv=55"
    …    media="all" type="text/css" rel="stylesheet"/><link
    …    href="/Portals/0/Skins/MBS/css/bootstrap.css?cdv=55" media="all" type="text/css"
    …    rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/bootstrap-theme.css?cdv=55"
    …    media="all" type="text/css" rel="stylesheet"/><link
    …    href="/Portals/0/Skins/MBS/css/all.css?cdv=55" media="all" type="text/css"
    …    rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/desktop.css?cdv=55"
    …    media="all" type="text/css" rel="stylesheet"/><link
    …    href="/Portals/0/Skins/MBS/css/tablet.css?cdv=55" media="all" type="text/css"
    …    rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/mobile.css?cdv=55" media="all"
    …    type="text/css" rel="stylesheet"/><link
    …    href="/Portals/0/Skins/MBS/css/jquery.fancybox.css?cdv=55" media="all"
    …    type="text/css" rel="stylesheet"/><link
    …    href="/Portals/0/Skins/MBS/css/dnn-admin.css?cdv=55" media="all" type="text/css"
    …    rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=55" media="all"
    …    type="text/css" rel="stylesheet"/><link
    …    href="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/common/base.css?
    …    cdv=55" media="all" type="text/css" rel="stylesheet"/><link
    …    href="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/base.css?cdv=
    …    55" media="all" type="text/css" rel="stylesheet"/><link
    …    href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/arrows/arrows/
    …    arrows.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><link
```

```
121645…  href="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/themes/NewsOne/
…      NewsOne.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><link
…      href="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/themes/
…      NewsOne/NewsOne.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><script
…      src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=55"
…      type="text/javascript"></script><script
…      src="/DesktopModules/EasyDNNRotator/js/eds1.10.2.js?cdv=55"
…      type="text/javascript"></script><script
…      src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=55"
…      type="text/javascript"></script><script
…      src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=55"
…      type="text/javascript"></script>
121646
121647      <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
…      -->
121648      <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
121649      <!--[if lt IE 9]>
121650          <script
…      src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
121651          <script
…      src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
121652      <![endif]-->
121653      <!--[if lt IE 9]>
121654          <script
…      src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
…      script>
121655      <![endif]-->
121656
121657      <script type="text/javascript"
…      src="/portals/0/skins/MBS/js/http.redirect.js?v=2"></script>
121658      <script type="text/javascript">         //
121659          httpRedirect(['/login', '/login.aspx', 'contactus.aspx', 'contact-us',
…      '/giving/charitable-foundation/online-giving',
…      '/patients-visitors/patient-choice-award', '/find-a-doctor/request-an-appointment',
…      '/giving/charitable-giving/online-giving']);
121660      </script>
121661      <script type="text/javascript">         //
121662          caseSensitiveRedirect(['/find-a-doctor/request-an-appointment'],
…      ['/Find-A-Doctor/Request-An-Appointment']);
121663      </script>
121664      <!-- Place this tag in your head or just before your close body tag./ Follow
…      Google+ -->
121665      <script src="https://apis.google.com/js/platform.js" async defer></script>
121666  <link rel='SHORTCUT ICON' href='/Portals/0/MBSH-icon.ico' type='image/x-icon' />
121667
121668                  <script type="text/javascript">
121669                      var _gaq = _gaq || [];
121670                      _gaq.push(['_setAccount', 'UA-38108439-3']);
121671                      _gaq.push(['_trackPageview']);
121672
121673
121674                      (function() {
121675                          var ga = document.createElement('script'); ga.type =
…      'text/javascript'; ga.async = true;
121676                          ga.src = ('https:' == document.location.protocol ? 'https://' :
…      'http://') + 'stats.g.doubleclick.net/dc.js';
121677                          var s = document.getElementsByTagName('script')[0];
…      s.parentNode.insertBefore(ga, s);
121678                      })();
121679                  </script>
121680
121681          <link
…      href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
…      3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
…      3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
…      3ac73cf106" type="text/css" rel="stylesheet" /></head>
121682  <body id="Body">
121683      <!-- Facebook -->
```

```
121684    <div id="fb-root"></div>
121685    <script>(function (d, s, id) {
121686        var js, fjs = d.getElementsByTagName(s)[0];
121687        if (d.getElementById(id)) return;
121688        js = d.createElement(s); js.id = id;
121689        js.src =
"//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
121690        fjs.parentNode.insertBefore(js, fjs);
121691    }(document, 'script', 'facebook-jssdk'));</script>
121692
121693    <form method="post" action="/" id="Form" enctype="multipart/form-data">
121694    <div class="aspNetHidden">
121695    <input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
          value="" />
121696    <input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />
121697    <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
121698    <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
121699    <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

```
          value="Us5PDs6qYmiatPXYTTMaP1uFYP90LPWhAFZTkKET9bMY4z6cyGXTIN+
xIeadw0wUQLCbkPTS8JYNj3GptEB1aJ35C26n9W/mhC//N9U16rAH3RYi7X/
UxnFjPAlKy72H0ecGpdIflpil6uaid7JNKOXImF8/7754ZqJczxT/dCdNzjfS/
TikAubDwU58MpkyLBLnOaU1OBArpaQzkifTwOVSibZ/6p/
G1rjAznQDA0ih1tBCphExXa4oyPG96dyvcGFzVa0Oz6C8LBSfEZadJvhakXop/ofRa/VoX+
rARlhbLlK2XiYVbcHNdPsyAr6LBTPi5A93ndQnD7hzlACKijmQDzw3ACgmj7xEuqoToXleFL0pWkHqntk7pct
9RTrWdq2kMhTgeU2r1LLGSA7yvh5sJIL/XDjdLWfU94tDLaV+
aXHBB7emGiLJqTgoBO251rPhike4uixGzYr6VUtAozqnsWtfDGbFpvM6P2gmudLGSon6LBQyay2pQoskLolr+
QFLI9NUeQ/
k8CrDU3mjZeMS0uMutk8mf0xktQ2gWXUQbZJuqFuyYd1ZmoSZPd3rEp8KrgKdB7bSO43GlLFFdsh+
43QCrnXg9iJ1KucBHhfVAxsacdD0MxmVi3O1+ayMjs/fiBdCx3w+nS1V+yTC0heCy/+fTeoHckoek+
KJeUUi2a01mb8Asv2Qw+ym+w+EBG2B/1ni4Bzj/1SbuOieTfrUSxQJ/Vw7xJ6niWh+
4A9186AmKLiElccoVuDLldfF4QNWTpaewotTBOQIdlTQs21V1qP1YM1rLw95M6EH6vlcz3r0cCsBmXZds+
PuGGe0bQHq2O7yLID0cuD0b8IH8sTQXLxMceKWBAs6B5Fqu+
HaI4k1VLe0nmfC00H5WbxJdBVmLVKLRKPSaGSzRnuKo7UAiLBTyIyEBgYhdsiQsxAQ0Nj0E1U0gjRV/EOz+
isyi6BGAUOu3McX7++QFbMPEi+
BFwMEMbR9m6XS7JPktd0IuTBekURJXzE9nnIll0UBmTQ1C1NZpLEVE6FOSvMMU3FN8hKFQA2/3jNx2/
BVFPukX5HjnABQUfHsztDLajsjjig0V8I9cuwRmFb2j/iTmmZwmq/Isb4IAr+e9eR0xAxyELze/mCcJTgVt+
pAhuRfFUlVPVQ0w0XCc8uv2Emu4P0TgUJndqNGw3hFC0j5XyRdUtaN87nXhVJ9Y9R7R6vmkSvaCy6yGdwdloz
rF8zMD6bWJFyoiclU0w4vBxLnNCOnjaVQ6Vk5VwTsi1RbzaMhoc8UwUKRVPv4EecUX8uWDQ6LnRPlduulIJpM
VrPlwV5tHZDXBax3LrzsuFWAxnONjagGfSXHj3wbF14Tl70NY9K/MvXV8q3q9S9MpV1eOsmcJaecxxObgbwrfTL/
hZNc/UKPVjUcTfnTJyKI7iVjJb4+
uFxIHmZREcSRnGEY7bTBOeRXNchCLdrP926FxRPEkzxUyq28ZFTx8JcdW1nWMl2u7Rrks4Tv8t01esIx7Jjpl
P74XRC3tzOQyHwWQxocxzPW0UO4mdelVyD7auKYlm7ujR6ph8PD0qPkuO1ysXGJmlj9gRvoKz81TtmfGLDYhE
3ZrrjkUe6H0cohMSdziT5znB5dHaKou5JMa6HtlFT/0uxmUzgitcJB2gfR0Bsw9z+
GUaEgWgxMBidwD3VC9Py2Az5BVksKTzqwK0tXJH6ThFGUXHSzd6AUlK2UWd8RESZAAxV2xX2vSTKdsUtDDxW
3/B03qt6EVd2r8DyrP7TNaxhCBoMsC0c/T9ocxrWJB7B+w1UQrWYJxY3Yi0R0Z8K2q3Rv2xbE+xstS//
rM9LBkq/WddaZn78XgQViKzbHc6iAod9VkLS5ZiZE01V3Vsm/+7Dpf2WZSs+
DmTWpm32SabzNOCoWLoSwgbUs0dK1FjcLa/yKrQ85Imy9J6EYZ0KJ2LaVi6QDWW/XZ/
UcERAAbKcJeorrDoWWWXarrb8YgdTWTKP83U4UV3yFeXQFxbAorkREAs/n+
Ur1vzZq5H9NfT5qdVWgdO201ezeuYWxP4RgS9yIrHc1bYwr065IUsg5ax8L/+RWlWLp9+
V2MyeBrvKTcQ9bSPDXFlc34ONzVte+AAy3+iiDBRuHpTXym1CkNN4ud+
3ZKRV7YyMw2bkGUjrbziZF6VC5dtjJ1E6FU0tWybwlMpm5zUW79bcJXugYOUBad6syqyOugXPXMikK1r5PRPi
AvMHYNswFIRJ1Qr8OX04Cj2MDerTcfZh64qdCoqDPVhQsnrEKGglCpT57aYCKGHFPRnUYGpCovyfwaYgK3p5K
J79geYa8o84sVmsGz9gXWzz4ZZQHywZa542gVp5P3ldKCrUpnVGpLsSn9IKPMfWl1a2ZeFnmKSgDgr7fTr/
cXvyyJfnmkI59LcvTLUeJfJMKbJ3OywPxxHJfdGRMfqJsghiDD9ucoE77jm0EKKenbMslSZRq07sz19xPYUy0
yVI4IWfskdcSKl9gDc1szsb3tk+QnkHLWwLPGvBuQJS/HY9seaJP8MdcGUY9yAKvc85hTcu8wAb0wmoGeGW6+
zrqnbFAU4nlO2YQSCp8S5zNirZx/CagGsCirinb1rkh99bmaNIx9o0rxf1+
YUflcs1ofzacIGaXH8JpZHJALhhDwf4LFyrMtPIGAgyT0his2OOa0V8Pc690wS/
ZAzWfz67ksq6hO8QFawRoMHJbGKSoL2Jvst6D/mNxNt0pV9Bo7FEcbDiGHOATdzygMtfMMDdzS/
DtNOSiFywuQ7E+r6XC5IT5apHgctA96bEllWdcChUTTBEkE25By3ZY+kEvjMKKesUI53cs/e/Vy+1N8aChizA
/DZbvGkh5hYpd+obGIa1M4LP/6ZkEoCRt7a95omTHQ8IUjTNoz+
WwDotgYg8TibVfRCi82xYXL2OXkTdKYC3KNsvXScjz+e0egl9zukTswKMJt7z3tGtL/
oaZrJb6k16eInK2LdcRNd2Zc9nen+oPvj+7fmkT3/GgJ5+sRrQpN/
6Yz3St7n6JAj3qgz2N0LtySy2BgFxBm9pkz1H8GIwNFzrPYz08SedS1VrxQ5fDDXyhiDjQTMpI0PcocH1BJ23
ekBPp0ogVfrw77uEkbCwg8rophzUjP4Cf+WzAHu+XXofgmQhRUtQBSvLN/
N0PgchzZTBcymyyIRXcQbQ8y9nya7bIfQ8fbWmR/koeITKHs0yKNXKm3/
OcfXSdhub246Du65e48QyHs4TxZvn+0c2jtKNzW9VSXv5gbchfLWqltc90BxiWY0d/
pDmMKihlOSPOYSxXOXTRfd2Rfr9U4PVzln+MTbaF12Oqt79WU1Rv1Sy5qXgetQXz/
wWiwwDKS75wPXNPmpqNJ9GkhKTcxWk/T15526hhC1qpWByKVBAJAA+0yN/J6R5LP8pLDiuW/
```

121699... vLGWxAN2Yr1S2ZGyHVaQX7kkm4RzUZ7BPyW2rmc4kx1Jj9oE8AXU1UNpF+
... krVuEyLt6b9ZHOmxH7U2lFGdTloICnqGf5+z8/uiX/
... jt6GEmGNIdPWAF1xFnorpX7V7k874d6TkIqwogHW8M83sRuodQzzMKA1YFFUdkLUFrq23Shil345OBw2BWsyB
... sk1dhLfMwjSo4sKM9sqDmileaX6mz1gxAP67yFWZuORzmx4Y2DHndicg2IVbK4h1fhBYL6oTSOBO3F7WMdsg0
... laa8hw2vtBscFFeMRmrpHFR7Di0lKwxJfUlGTbXkXEQ3hBfpH7j8DrF123XovjLkRoHz9sFHR5XS5NqNOzxU0
... +jQ99KhJZHslzcUBFxL3OGx2+EIzS6jF/6ZXhrn+yipHtYhva+LQK1Ysl3jKAw0BSCsvdlKD7WgefMTAFr5q+
... ibo8K84mRQPBTK8+0KT4GPYTV4px17VzSB5cTr7PI6Vw0/
... E5DzdC4BlHH2JNaP2gqcmsw96UUoNBXHpuXBIFq52vFRyf4aHK0jeXp1fOq3UfCo9Xc73XlWsFmEqbTAhB4Hn
... uHLlA7Mbd8IZnoh7Rv9Uh14iucsmmjnvrKGYKww7Uc3isy5rEDyu5oKy4JXxCbgNGbLZrPsgA0omixQdjHfYl
... y2RLE7fS+pN+Z7tXYqlSIp+
... qgUai4TAiWVdOkj3uCCEhxLB3vVqUbFWRycdN9kDiQtYXwbu0zcGP79dTarD8t0vRMaqsJhL3oiwJRa4arWeU
... IsdcLItTIrB9o8FLjgjmTzEoIZVjDyIht+bSL/h7y3t4OUf67NdfvSYCqc9lYClkGZKsXN+/
... fAeDABiF9ltQdt928kpEgDgTOyGaDMizFTM4EXv+
... vXA296U6blh55aDXkp9LOYOOzucXiawlRXluNhFemovMZUHjfbkNJAHnWomzAe5Xkz1oZ/
... DWitnueUHuXrBeyz2vy4H7PwjiQONB5aEExPHe5GkSoVvjaI5Xh8jTmDBockk+/
... HZs1a0w043cQjdSXS2XinG9TsTpay7O+
... 4Yby7nLIfZDfRG7iZ5tz2KLCCBkeGLXgOqvsJNgfBXd9C51RGHsTQxOynJcT04nuRzIwSSqr5JFwx8G+
... KgWYA6KK4WSxNLRwgMlMps2i7MZyclezAsKxOe9P47zojlkatQfzaISN4BOqNdsl7pzx/
... s55f2QRRP87FTwztJP9FQPujSiYeXbTh2oIUZEavrUVrBLqV9HWKkHl5D9fz3+
... fUqeo3tDfTwpitfLj6Vp4fftDNh9P86oS99F6EMAFlEPD7rAH/VKYzpdp9nq3EOOP9ZJv+
... MyAwPITtWO1RVY1MwjE7LHU0Kjc5Cgpz4uRPdZasaO+76l5MGPU+SrVLmMPjrc5KMuV3JlW4+nh2o+
... TiWyyVc337jsoFe7Sy2+ytyJJ0CylXJ7UH76YZ/R1gx9yZU+
... IVlTmA2SIVMXr3EvFa7xRrtGtez56CbDoM4NY40HErS4MLgrMzT8ugo5Gj7ysRBDirHbAGDcGIvWlR61VqfEp
... PF3XtZqPOsEtuwDvuQCSBbd9TgdbVr2BDMhh/
... A7gEC0GHhOlOLFdK94DjzP1FhT3Tl3a4vmMHUlEUE0vRyaADZMluQbzi7AZsOl9QKVIEDAx5r8u7GN0ZQBSke
... qFg9AqmL9IoeHiVciaQt1k/NYvbdiQOrrzE5MysACyr/HozxUrFSA7jRNkO4tubOSzorTDVsVSDTGl+
... gifg9XTu7UPjxJTjTnwpSRbbKx6DQbBYd2vEKXCR9eMSLUmHR4J8YOAR5/KdaROP8qDoFyCwjfl1ajp3+
... ZFhDRhFc9e27/XQ0Hq6sHArvdU36mmWLVET1Ay6oj5Am31xlHMRtkb+
... uKYNP15VlJmo6DDnKvNigZF2w8w6sq91g77Kcca8C8QEXFhsZDNI0Q3lHzkBnX+NZcC/
... fTxk8LUo14r1uj5CAFWqMW4JDt25jyCuPWk6uDH/vi9rLQ4sj+
... oWr6FVlenVrhbPvbezEEop1eWzESIlXRxFUx+WDQkGO1PmvrDw++6dwShsMV3cuFykNUWMoyf5sgm6cKMJZ+
... 04aJjNsM4vA6mmMI3rGun07MsgwWlhxylGqQmi0zIrdRAnyxHyoNv55pJXPzNR5eVN0xDYrz633E0OxZgl2hi
... lripCfDHolQq0MnUOsOGT9QuCOuznEskcgyrJ0pr/
... TQNoEq5rkySxOlaL1JMftmdn4h1eH47gUI9Zut73WKqEz7EF3ZY3Psu48HmwQ/
... uhAYlWbH79RxIWGIh8o9mmIwMBm6b0MA5owhX52XFQEQRYO2FkmTk5dJ7PV+
... JMfqLgQbLHJKZRCA5ZdXOfRAX0nMHmUWaSYAIgKBVthCIaB2HQQQXq8K3iR/
... Z80jilfGq68I2aKuZgzm7uDy9tj479fyIAFOvP9HvuTIhV9xqaJd32Rm/
... bCzszcGL9lTczBM1t0gXPu4wZ9dMDgVuJouz4w8MizKIFlPOwcc1gMMFw1Gs6RqJP15V0zy1tO59EdaBokMms
... RNLxvfWG9w1xwJ6JZNZpn+2hedg9EdhLT7UId7NeaSNwfr54i1Qld/sVmj/kUzl7vg5gFrE+Dw7bK2/
... J04kqnbcllg37clGmEG8ZmaUoY7zDnb3ifUCQbXjTkIhi78sc/Yy3YFkG/1CaHtKojMtMe2Q2OGc6dg+
... PQJ8k2jGFN3S3euAYLjk6UODxGhhtrNP0wLqyScSEY0Fz4xfYemXX/06jKpqtux30oSZUF198PzVN3f1ZR0tdq
... /1L8iSv7KwcRzrprim6PloNCHlH0i4glqhyfHA1SYV7BjoFrMmDfBUTo4LnndNP24JfwU2ddV1XJ6nesBSu83
... /lwKsKLGHeWM9yAwnk/68LpbqUBcc6NgjBEQ7k2Hjz9mM9XIgyKmOW/d3O/sCA9rTzKRz1MDwhlhn3ZuxTWp/
... WpD7tryjaDNMTXfgcLzbymLFq5RcwiruTzZln2K49TYvGusLZxVVgPVQd3Y6UA0VNG5tVnq3sO1xVyQpmJNsf
... GoWES/7gbJX9UIgsg63rtGimGyUjFer3trMq4Z60UN6KavO9VEutTwtC5iNFo/NujsrDjwMUS+
... qcqYWAElRgqghmgo3MrS34+Cim8YO19CNPqpwnY1QVlqbX2swhxsU00KxfFVbWuX2n36Qef/A6+/
... SfODcIMkXIXJBQplT5Lvu9UXWcCQiDO0+HArq1+h1SdTEmOzoYNKztJSoDo1O3itbk2dSe2jHWcqCZA6zmyo/
... Km6TZROav/
... ukBXmN3pCK1GNGzbcHtlsNVJPpMGSzmSopp7aH0zZJvXzw7dyWtbFoAxyk76XrOEVGyF2BHsiqZO81FYrHJBX
... NX47i6eu1igZYKKzCNZGhKD9yqZnW/eIzV+l2pMBKFLqVwOIjTgx+
... 23JNNznLfQwBE8SnK4FkIttDlJGRuG3gfPZch+Cxl3NcZlYqQ+ZssbDHNpw4+UP4ZS/
... ZLJsWXVBLQpgNFvbHAJrFSkvaviJIFZyVXDmWnemIgZiafwfP53N4YB8nSVPnsROT3PWas2kT66vLHhjpiX4D
... xkfyNfI3RM3kudE3YWKy6S/
... 7NhbSHeYSCGZsawbECYc81n91W36GQ4x9VVC7NPjzdKdwWyuzYHRxqGwwAQvUMfHJu7bi/C9ydPIMU+
... H69wnACLQK1awR8FYYfjLURrtiUgckGyqjyPN7UmcI3SqotOZ63fyLi6SlMD0jxq+
... hLSul6aCxojrMj0AIC6A6UDN6CxiBxEJjtDzw9l1QzKoADpu0MwZyELaeq0Oflia/
... A9blnUpsXWTpApY7KDS3N1Vp5vq5dwjCFEGbqqV4I2pH7EEZq/3ruo70nFlfruxcH6D7zPPvs+
... ymBkWMn9WQfkIa7fSnD90BgkKUjffa/bF9SZCy9i6X5gCq+
... UZm3cSE9tx0bXyHzmoHmgru4ucK9DsFGpPlmxw3cPF22AIK10AC+iRRojin0ewIzwhl+
... iAfEEc5W5y80Z3fObyA5Yt7v9YbFDM+h9T0lVLT956me+fCB5emtREFFfhNQdNeIrviAXmWViCvkMIrrVk/
... zajkooK9CSCl7minl3G2ITUsivnNVzob8JW2LqLPsRVrYAUS13Qft+
... FnFWG2N7j9E9QF2Km1WlAJMldVNOLpvd819toR5CRH3me/T/FvrRhM6wA2KmcP/gNzPtsBLnlD2BUCZo+
... QYU76JfrpMPxBKeefgCrRAxf4ubKlxtrmP4b/NwsJBTCO1FtsuCZri5OuykfL7OW2RkNQ7Xy2vQLSn0/
... L1bUNSajUnG36g9U6d+10FNMMN3Jtv15QjSA+bM46hdR1/
... ryTa77vjixxTL75bhAZZFjD72Fkx8tWqqwTrmTCC0MtK9Fovp7VO8NwFRHyzLkFXGDMrJbpZdVy7Y1+kFoBMN
... +Z8aFXsge4CUp2A0W6r01SIdfDjh1pXtnA8EJ70a8OVHxqRG/fo+Eq/D+
... lDAqW3xhWIiWPW2VDfde1mX1jGEzpGZBBK7vLod3dNyUNDMV0ooUVWQESuFgNe9QiWJIkSQQB0n6gFsePXfHg
... 2ji4O5ufjuLTYUskopf7p55+yRhG9u/ramSPTTVDvHP19poPA1hoX6YdB//hCnvVxnsGbGYWUDIZz+

... cHrQSAbDFxd0T7G1tWa8Qr4YDnkBS9UMCT41qSy4Z+9YQpeCV93TwBEKyNoFXyBN-ERTnVSou3C8qg/
... DjarIB/0I5c6mkecUbCgal92RUAbRfLe+hfZDZ+
... Kc1dQR3Z6KKy1lxi1jXrOyjEdmWXcF9pTcJK3GfJlHOLcAJ97ndrzLm5OHOk6JTMs+Nczr48i/
... 0ztN3WYaX1hsXMyGXqyTTZjPzyRyJwqddWI+vWy9aOl/ZmpmQE+
... mZwoRUZ6g8ZaQgby5SoAqzGgt3ob5c8KC7c8KPqIFHvdI89+enS/NpqO/
... 8QwZwbMJ7yebPIhodRjNuH8pRtZl7bvMsl4QO00P27hMh/BtqtOOL/
... JC3n2hVEsemTMm1yfE42lWzhdeSEXtzdAw8DS/M18FUnIAuPqtoWn0qmF9nk+L/teTaSb/
... 6qp66bas0Q8yvSLcxCNZUvZ3h9DyV91LyFDAEDDzA241WL2OBfvmIuvXqAVt6xsbRL95TSV6FkmjMgYFr4KmI
... 197VYWJCLjBD9dCRBCtczPJnVQHZeo85CmYlcI4o04kPehCY42JXYV9q3xWpxiuxv9XFvAn9Km6EU6burC3HB
... ehK5rAOonGBYVrc7p8g3ICudN6lVBpZDWi9hhPA6OnuCvrBKQERzV3SxPj7DgyN+jBUbbFi/
... eD9KuB9tVuu9zpKBMG/UtRsRImYjw0VQ6OuX5RXVYB+
... jhBZtCYhJLHCeubZTOfUIutDdKwBOwwewZEco69WnPu3Tpg9yGVyi4NS7pT2xrdqHrgl2mbYiSEpHodS1cA0Y
... IIo0hD8WHBjpH0ExQYspZGAEZI58wszfzsL4gpVrCZXMeGkEbN/RQzxJPJQXXMJ6EzsJ5CDcuyPka0/
... vB7qt3ZSwbePF0Z3+6IGsW2sVahQLUrAZc9QBvJrB7eWoTBGen/mAqsdqlmA/
... bIvRZVPLbQOxpQ26Nl8EBzu7foYAOc94a6Qv3OFlKwrbbUbUwG2kk+/uOo+fm20Uoa24ATS/i3R2/
... 0y9JdQBtF0rdeRt5aXptNzGFoQB/
... 8djlzaM9N0JLS5RZUSnvDC33CFAJaAtfDFjRMosB7Z9m0YZlaO8YLxNfSL5hkBeaGJx2bDMT6AAjJgMMIY5Jh
... y1buGOVGGUaGu7X6FTnAerX2aB0AclM74MZbsG9vW4zImAS8AVRRJJ/I1ZG5oasdUSME4/c6g/NYpaHc/
... xLjPfF/Ms3Ck9tvz5rHBA1SUy05wOPDrj71fFQtt9t/DTWmVMR1fFA3RfAvOdT0cBJuL/
... aukmjQ69M1jp4zpfo4apQOnz6gcAXAL2uiUiEpr3eRYio1QDcfBZlp/wvzPi4f6rcVEOcQ7g1wsWgOWwDsRbi
... /9BoMSKckZQOHHoXq3TD4Liy0dmRZ95ICOm7USUXsrPx1j50PdvDfbooVLtUPbVHG+
... kXAZXKnm71MRDOs5JSeZvJJT4ssU2VtMv0I9z/AcKHOjP/eDLXylJP0Ny656YOPQ+pz3p/aHm6TVBTmwlm+
... 8hcxKpFhnhIsOA9L1rc5+
... dalyDnXEiEf4IknaYAkTu5DfiRiV0M7rEUNxfpXIaP7XxxEUOoL5Nb8qzXSwHH8qTIHUzr1AW+
... Uzk8KJQovlNS/8cwULHozjWZM1tuB/MwCcD8mWk5HNCqEc70bjebX/Yb9RvpyFoRCLMnYdgtkcQmZt4eN/
... VywjqHhB/vQsDoHIG8uqATZnRZzb2Yg0we0t2WtpumWA7LphTq3x2qd5zpzFSM1T6mvCyrFdg197+
... OpHQswtfC78qlFCTX4ioGPX1Lr/cTCFyquXyc/OgOILLnp4nUnh6mlVCFcCWT5yeS9QG2M9t7rNOsCeV/
... O9mrpKvsDPuSpP/xMDquJxb9K8nf4w8TtGiGlLsQxj3dXmT5WxJy2mqLSID6r80f0Nd5k61+
... dA4WFbAgv5eSjLBHQ8WWDFzyb75FVQH8xxL+Jb/
... a0VkcN4UvVWXWkyOaDk4fz2BkSUSA48uh9NjNNGR6w3fQlvuwYcX1CTOvPrb0pFE1SmWdhh+ms+TuuC3vuNez
... +/fpEq2B3Suoz10v32CKKNh+IMbenZYqbRwnI2KwQileD4pZnQdVfKAsRoPJdGLh/
... ZiwCGVgCrWDsutZac1a3Dj2GJtdfVkMxxSKFCG7v99MZOsjILHhepPeyJukLKZi4DBVxlNUuXZb9Nq1ZnmdDB
... LJv11J+dnoRrf8u2YZtCQR7wT2LfEpBdQUKFtrFmI5vek89a/qLtn4ReS2HL5FasTN6Wn+IRWnaLagAwA/
... KuMhg7YPIFCMJoD/fLhOUBH4+JoTghcn0zRo/WA30IM/
... G6RMax4Pqc33Ue3LHMkkym3knu6EmFJfKBW3YFAPCBO8vdIznl3VisMcMgaD7TkTnQco2buRPUythDSYq1iZA
... MhOYoUdwms9uK/ckJWqJ5svG+QnjKdW9pCvf//yV35AfQ7VZmllabDClig/
... W4kdfgPXZcWdULOSyrkvN5tCzsfCC07CddrY+
... uvGL0W8l0IcFIev4qzMrWvCPqmXjluDPttxTihafL8GlozcFuf/6A4Nf6wrOYQfofd8UI1LCOP4iMBJKhbzzE
... /EToaKqWr7bXs574vLb4LDppZpZrY4kXFDx7K/RjcxbE0iRbT2uSj/wkLx2JvRs93oLRB+smes5T0BUnzG/
... XZe7mCwyyRjDtEr7wg40mHBjLSWTSHMXL0/
... kXSpTgg1sL9ooAZiWm8bBhhguouW0yDVYpJ2nnthMsmlCjJW95nIRcFHQ3KqZsYfvnJxP5nVgn6dEi2KnCXSh
... jPJ3G7NDrLhhmwe9Q2uu1oU0+qoXaC5wKR0ZaavARtcMEcIQn1rrMg6ZgAVrigd26f6nInvB5RXNeD3SCkex/
... 9RF2wbEU5DHS5U3H0LTdntLAafCoYOvlmciQM8Vsoz5WOzBUcPiSPAdAqdJD2HOYTkyDkrYxPxKja9tbBkS+
... E8Bd7TnuN4aeJHgCJ7yRrXKNm2mch9WVquom1TVdoGFe6VtHGzvN0rmgzsvzYOvfFJPsZ5t+vrgVZy9e+/
... o7rJnd927mKgYvPWuFDebYQ2uWk8BlpNtuCVg7IDM1IedWtqSHRQ4wDIbYJ+YKXF4EsgxYXv0pvXv+mH1/
... xPYwggawgKnUEhhqAPRinrScWyO3ualpowKtc49eKPW3N8W9au4Tu5Pp2bXtgbDJzxx/gNg88Yo09pKx/
... Y32h7b+C8Xue9SoESoQuUcsIXRWa9AR4qpyUmlu4aB54W0IkEtCljo1+O9/
... loZqbsrGRP5ugAZQ8tEAIQA47aIQs5C+jH+A+H1/sM0dfoidP55CWqL0HSfvyd9STs+
... Dns3ZpBDnwQcWJUoi1nh4PtmPz3DVqEQwrIpm+oBow9xZPCyAEmfAuIfY9hlGit7iVFzbGAcbtETjX3o6T6OT
... +6HQw/
... SQoK5AphgLyO4slqhz2jkQszHdSE64V9QaMZKzqAFGWdA9ynf4lGwo1egLY1quaKsYJNDdVvCBKOKGGiocnqf
... 6XTfWhCROAEdA56HhUMJUGZGog3YDxCsd+
... 4lxCbKPCnYSgXyrknB3jMxCVFWI6nI6sjWJb9uMN6DOjAoTyEriCFa+
... brYZzCnxzzuqBotwMACASrjWxs174WFemRTN+rMYnjvwByLZmk6kX5BD+
... j2UJ8LCyDeWs6vJCTlk8W1n0m01d8MbjI/YexnCtGpXCiR3lTP5hTIpm2OQLxTm+
... ExzVJTy4Q7RJDaVejT8QFnJ4+FR5CrumTS+vJDtDGueq05y+4LJDIDRBkG3yyFm+
... NPgXjZqFe5uLwKkjpq74VQVgyFRl4BkKN7jSbMB8HJiwVDe++bjmEtRJ3LnjqAWPzI/
... SlysGr0ai2YhOyg7DonAKmFg57A7occKrQmr3swllsOCWaWnOrYNTuf1G4gXTZ4mGzwW2lpeFHtaCTwLHHIcW
... 4DRWgD2w/ocyMTl+D1F7aYOVQxpOX6oZurrCaEzM8bfpKA+
... eCxKhPo5Yp1Ur30xosU2ugTvWH9uTcjgFuRQJ5VXCMvL823s+C2e/
... FrUNVllmxmreCZn00530u9HuQuF1BKWezTz4Cz4RyQ7xeY5kcgqI19KvA+
... N9gsK9r2InrWjSQaG7ZIk8rE4Vk0jPO09Q6ZHi8mvBWYdewFPZOw3FyRplVPkoRNH7BEDwu+ok+1RsLgQnqSc
... /Z/PBa1CwNKGtgcA5sBLreRIepMtwCqflkXV/
... PWTfb1YS5B1YOUqhQ6TmZw4ObPMg96uaGmAro3VY7NXGMvH4iw3nohVOaGNwKZXbqOQ4CpYFGlWlTsZgkCYZw
... gVEyi8t+2HYORb+HMa81UgTFvX9jFR+xDKEopFRO8OSmrUrzrYD/zAC/
... ylUF3YzjS1g3mbE7PSdT7LqII9VMwhlvHBSMPpEMclX1nXIxCoy4M/oWdActolHMW8lpkk6uh/
... OEAoRVxyLfVG5+
... rxF1G2N8lwjuRFYuomjnecFyZr4AmeHzoZLzfdH19iAaH8b0IpWxrpCKWtFEWw6SxsxqUsE7u/

121699... 01YzhdyrR5NVUCU/0/4125y9xKCuhQ2Q4T4EBybs9ukGomdmgR4AmadCyGssGnhPpY+
Qpw9bM0LSJlM05M3dn3GYW5OGGwgndMo8+qkIuwHJAEQ6cBvE0t0csb2kJZ1V+joP1zdAX7V+AqLiI/
Kz8pW6bVZb+H/RDTol2oik9xS2xSBNvPEwhhxi+3JFOnHOk1YyNWAZTapokuhrKDQAtXBSU7WFSjDMt/
x4g92HbIvA4T5gsOs+dg7dDXaEpzSzP038TxUfWlm8kJeBqQ7aGcEp2dzSBeVl3y/
LORsIT6WbrNxT5lh8CKcLH7207GJml0YOqlsWPjjUp5XpebdEM9dDbXBwZee7442kBYk8D0WhfrMdV1vhmQSR
4UDuhoOo0iWDyAwt23wIyf8C8DX1Cy653Ai9loxbddc0/62gvtjmT5n7QHde7jg99/
pkcSIBStF8qXOiIuq00CPILuCjBC0WXA0cbj2XMiJYOtjT667Xz7ZOOnZo0S3DeXR+Bl0er5S4pK0gv1H/
5eEdF/P3NC2xmfTTyh7FY2SvF5sbeLRjKQsxFc4kWSEO+srn0CEwCn4nAwHr96mjln/
yljTzv7sexQjbMizqx2WxwO6SADnHDDTwCE/EZg46+hoOOI85EQp2hUrv//zX4dg7QIDDRz+Db+
Otb6qyphb2XCyRlmLABl8tkkFKgiL144+riWFEQxnzGLQGbp5DdzYrmClar0i/
wPajPxXxYN16WoJv5dFMmuSu5j46uQ0fcJEFbNUZPYY6S2HhU4F6+0GYhTRyaj3kipgd2rksj7+
kWeV0aRO6NpD6abP23bod4WgxRhs+SPeRrIyisUDXQ9/mNglQSKGxUij+K08FDg/
ftvpJwhXrS3Xl164cmArqgJKbWNrdfiOXkYj/76DNWdEGblRSILRkPAJTS8PkjT+PsE8+
4LTf25Qsn8K4mwfrylgp2XTaG+YUIPzEVEVrQzmAaqXsV2jWaZoGAUSEY2vdiMEC1bZJL/mgDBBHv0+
IBOiZl3r2B/x39uEB1qpYJ2YT2qGN4p5oyUi+/Six4xbLiF+M+eB/
1z9sFjrJp1HMPcp0gMBxtb5GBJ4oW0HKwgyjQKzEcoGBY4jcUn6TUMFk7AMxKS+oE0/
UHJ36xCf3IioVYnR5bvt8X3YUzcYCFDoP7OQOMLdjMyT5qdUXe2nDKtV42X1xsRdyyg+h5TDD6J/hhIAu0c+
UZCAxIe8T3Y/utVAAOb3l0bl qm6wYHSEVzExdtEjUFCOeDo+
oamvmzQk1hkEE3APp2Uy02KqvSc6cdnpaUK5MjSQ9AZKo+HGzZv9AGLgIxoXt64g5gY/b2FkWrlP0TEv+
kwJUGAahgYMEYr45LYzVZpTWiNM8uUh4Kwxjp8AI6awY3CDVzKWkx2Fsywo5d9L+7WkbLDi4E1ildJUrnh9nC
/8Kgw2nuE//L18D9PyK1KB6UUG/BxnU8jucDSTNc594n9nCCfAcLXJBqEoImVTMp2xiT/9WdWVZWLgpB/
CIxXHsp48wM/HdAbR2dk+I8QcEX1XyF/sjoXcTPS9fK2L/rGX7okbI1mWs53j60r7LIIKQ8B/
QId0rPFUvhdDFt7B3RGle5l4uyFXQiLoDzmhUKAmuLo371SoXJkkvZBeZy5+7pZwM68InJzEAEXgzYKac+
QdgWv3kEU3WFdSIbxBm8xWsKB+oJ0TDFKEo1qxJu9cPCa5bJTrlEZA/
lujXIQZnjsABIxD1pvtc7WkYimGliyWZqhQNIyirqV4EreAhZlZ3k4THXsOQCF7w1Mo9yRM9J7TYzI/
V3THaRnBmWaqwQ0HhAeU62XDQSYk7Yi3KXUVhjBJZ7JbAQNqvsC+46w/NIWPfkhgwXdZQM1Tir0aLzTuuWVVe
/Tzlq fXhNY45KJalYtTVCw9TSdE6yDHV0jsG0CtvWz+8cqFSUozAkJ9zrKTdvXT+
hDLUUwFJ0FeQQP0RuyFYR5ESko1HThYE/K0FzVQV88eKGYzEc2rZytOLMPZj/EqvFZif+
UWLbdVNtPdtRxYRbXrRtihlL4B6BSmvp65idiqPWTB6tMyRS0aembCTxTWn+57r1veaMqIaojvKhwvc+
nKMRXmOLJGSBP0IbrcKxQtuZAMdRw7tmB4tJGc7kGtMdlRmBXdJp4TnwgTw1tUzTFjn2Mnp6NFDEaO6szFs1G
e+XWexnel2r2A7HP5vsrpmZIiIAj2PF9jqDp51YEi588WHjMj6VWjBF3Z7BHTeiUpgL1u+
XzhUSM19PxSQhzLQ5w0ELCorqj5dC3irtXLw2bBW9kUzbE2grsU6B/0/3ka9KlhutmJ3PwcDo/ERyTGAxCF+
Iq20iLeg6mZAGBKeUfdQjtzuwDD8alAb0kgkTjaJWrEeak76YAbKdnh2tGl/9tVrC9ekM8OwKGGMHZ403/
ERrAsp/4tCeEmCzB5vVwUVkbki1amN8GmnuZlVd7TWfc3N8EoElLueyBx+TNKiNefMKnfFRp/
Q3fTsFATlXu7tRsaYuPJEjwBZ/hvI4fH7phG4kSx8xjohKm9s57fq5EgnftLto9D/
CUb25fTZAvRuHKnaCLB9hCAMyBf207Ks0S0y22OoeHKI6XxxRZEZFyiPFysXfi1k+pMh2bjFQv/
BYadIKAABNnfnLV6iKek6rrAGrwJL2GCJru29NhyTApCIAP+
qiJqEQlekUMg8J38YpEoPyNVMQplLhgErXb1oUA0A0iQTRjfWjMjHE6Pa8/OA/
sxARkfrWRZ8C5INVP7QrtrGrYV2/WqMXNwcXyvF9UIbuL+ykS4d6egKJmhgo0+EZTNsTGA6i6rS/
Xq1fyQpj74mBuKsU33ILaKSIIsQPMxeFJuEtIrQgA58fPIELMHhwAZNWDLioGHlQuTjhPWCJuubkhYRPh8Eme
jbbhh02O2YleFQ/fHT3/HFzroI+8tWtu3f/kp+xpbtDbLoCHC6hvMrbd8IOI48+yeh1b6fOglIKLwq0ZID7/
DbZ3hEmXqlFjcWXAk3brlE0o9KeaL0Rql/Ig30HTqI+oyKe3DCEapj02VvH08K+
NWUSOWoaIr1xfIuaFK6bcKgz/MJi/NYkNXeKzhU9lpxmvkun595mmmBenyyTpiKkQz5JD8UMiRc3j+
6ntnZeHpjXL34ESrDjSJeA68yuYvMa2hYg1s00f/4EaAzWLHX+S+
I7nQzRfI7GJHT0QGkzU1ibwibgyEFkgtGCePkY7AKKBj6tMa7nod7JEHb5vHZOi0tBQqan1VRyrlsDB/
dsypDCG9NkIR8jqXHPSVCQKHVo5RWi6WH0gmBDmU278Vu/Bd5gZ+kvSagB7AbJ6TbXH8Avzwmc9cPuAXPPJ/
7Gy1GAkPBwkegEWiXCPGFqcBLcsqJ7B9BnKnbrwM5nMCk+GFbp8waokz53LG5wEtMA/
J3oc6HxtGNY580bOacCqwVITSFSL32TbOHhR1EoEIBKtdkWpy4wBMTcUGs8xKWM3AYMg7Db9E10Vr3ft9RkDa
DahuH1r/N04X5+V2cS4ANT9EEym88NnX2TEDhRt5vFlc/MvzE6/8/YtLpnWgG7G2q7zeq/
cyrBdX8o7RWzYleQgPoQcTev2ubDh2DSzkM/Kp7KxsIReR6ukxvFQyfgqHPI3YOlp222UzKmk7d+
U8EykA0GD5J3e5WXSY7FXNgs8pV9FXNco8y9fXtfLU57ulW0YjkSgLNi60xqj+
qaHRJtWEzX4D34o0czuTuV826D9Ej5LGnmVDFbWdUsAZroDvNa1MnCHTRx0QJo95TN6VoQbw3CZXJhehHlHph
DLRzyn9yKVnq7FLs5s3+5HkMJPllsvk+mHT2/
8W34Xg1UeeAH2U2wme8drfUJJTmYwNHivPXm4gNRQuyJJ7i6AE9xDvKQS7K//
eFJdHs79dI8MhaqQv9YLSgIdVVArhhaeNaNuer6IHGyax57hs/uJr27XpfM83RdZSAAsnjSVm++
arGy6h2KuckwoDh1fK2t9GPg+scTVSUChc6u1ZEI4NS3ReflIe2eYNXrWBziu/Sd+5twHld/
INqt4W345Sp4o3Nr8smphT7LjUIpmI24yMJLOwUJV0yvisfwcQx/cso8Ps8SlaJeBPTNep+
HU0In0jdyt7gXGpUlg7Gr69otU9kw56Jkc9RPTTwGGG+bz4GLX9UxDs690oTCAVmd7qw1+
RG2B5t7S37K4qxxdSM/Tx4F+AwMJweP7FqVytMZGxyRPrRnCu3m7uZF8v+
iMdx43VTdFWJ98o6eLbxY2gHSRgyKFIkhJWdWlfkxTazvU4lTno9573ThQaxLXVWhAQkAZSH5tIl+
jvlWkqau8C/fNbQi7vEJfkgb4udNCuVAmISi5WdnMqdc9bW6obytWpTBnhNetM4YdbtWGRzqtXBT4Hs/
Doz7Q140Ziiblq+4c7H95pzr6Cox71a8SqEqN2+bBLbIYo/
pBBcI5lHoZpgcTwHdm7bVOYKWgyL3JGFMwIajGBfyV/bssFoJ7gAtEtgQx1d4XMhAjVUZSD9/
9n0vGCI0ByBiRh1LfRceg17UwCdNQk+4Lh/Iz+NS1uZssncuPyZc+
EdHYXMwq65GuIx8w3XyOKso0LMH77lGwRdlAQBlK52RIMzTUeBqq3iPgDAtiwlSsyFf4zXpW3b+
wYaWZSinFqVD9URQJ0beU2J5oHKp9W/W5e8qBo1y5fWgU8A/
F5Oqefr2C6VVxePYyNqbeuj3cDm2qZIGlhkp9n3yfDTnJ+YjDajrd6wCk9mTlyCwnFIxPTh3MmZ/
tMV0p5hhqiLkvcRmXgYhgp4efcW2dM06cyAkEPEKKvyU4bwZ5syYivwgzqRlUF/

... UKcwx8Qu2pb21PFg4tsjbYaPuHuDY4HHW6U1yjbGH+7B9shHj/V/mh6GyWFaP5GCaVIX21oB4/
OXvDYE4xXkd/waf0Xr/5630HMhE8lIo5I6IPbGeansWxEtQVmy4+
QKXQnMZxo9HrW384fCriHOBi4ZmnUc0sbU2ebkTVRhBIBLYn+eYf3JKLDzVEmaa/H+G2h+
UlwUlGGv2xKcbR19hLTZhwJDbnYxee0y9Oh5huBXfxvEnU2ewGG6ikjgIFD6pExFeZMkzdU80NzNVy0TpgS1T
4rCyGK8Pmj0YRXKOLGtx6k13WKmtHrBdm9Dft4bhcAaGv/WvLZ5TmcFWEwBIALMofmV1i/C6S11V+
q9pEp9d3a9edWXTQurQNnD+x0/fx3GLx+Wu5AbglnF0IluVkKrjDpKAzV+
8qzaCmK4mUFK3tAjwy2YmaWJKIPH5FE7EWMiPefHTJj34URQJCuNh3PIbNzrhwe0uRO6ntpcRgzFXJp+
K2SrWQp867ueUrJumj0mzb1geHbzCFOjnl0Ftfbv6iBJ3ZbCtqy8p+D9R4yV/ZDX+
xIIfIaJuT3cn1XysVVSlNui3hEo605xcg55JZ5TDJAQs4jrPFm6zigibS/Goj9qJBciUdHt/XUjyHz9qKh0Y7eN
+jGGudQ138NWiW7is980IZo74SJ/ddLapCsGARi03mp+
Y0ipsWnWs1XTJVRUlCG6SgVkVNZBaI8pAzLJXRPswU5KHPFY8X01DD5xMua5idw5QAHpZZR0GPN/lLwJjx+Hn
+tLWf0nL6jbu5t4SvgKm70r1tYnGBmxrWCTW2q4PsM2aGcAU5vanoV+
wN6VzhPzSkRVXTvjkvis3607O2ZmSETYfdkmEeBV7/uzrnP+RulhOMo8OB2+
yl2UOJBO3MZa7r3FjCxOD6cNtUkDetUPZ8hIB3oTeoMKE4vu3oPvDg9kEOLuWe8wyl4clPELOf8w7eM1JbHxI
2xDSLdd3BV4tQXsSe2NWRSUvD1fD0PqUX2cZ+
SnCDwXZBP3YdOrtCP21enJ7andZ5z1oFFkT2BZg6GWqM0QOT5C2TxM4kByM62HxH/UWtJ+
WV68W5YJV2YfxPwSnf7ZUqk85y8i30+
ZUm9IBjL3uGrMwAMMW5iy20IVBNt1PVQZlctml7XIhI0ISEAQPR7xdZmgV+DfAw1Jw34h+
Fd641Cr4hbnqFjG2dYasvdTK7dj412svkPZQjsmxxHxwBahkifBe2Ox//
H7xOTXDVZAuQGPzQbkWTK9CpVYD3b8sTd8JxLDgrP3uOtM3utwxenuMlcnf0VYQcDA0y8pXj8BAbXzejXwIbu
0AxKyA/lLOpM01UK0V3b5VL65da2zr/mSSUN9D+En6o5FfMKhSvAux6fu7btivFUXzgc+nKH3xyYjpbdV/
AG2xMYjQNmORfhwDhlNQmxXLc9MLopPVBKcAayM87sLOrA2OWnbN3vL77VHYno1fGqnYWO1LBzfRTFiN+
y3TFfl1UCyMaVB8fuf4tLEHq3CuiQXttvmMJAe7CexV6/
cX6wzDUcvR3cUIdPws06DHyQowKuU3q0ZZ7dDrL8YIcmRjx0THF5IK6Yk923po7SgZWddjSnSIN0X4IU63ABq
AbUrBmdGvJz6SAFnko1A7llUrWCcTI10n/X4yVkJfDEffo6wM25RDPtSa4y9cGntLadyMpLQ7yIU/
AAwfsc4hJrinoZL63Bwqhz12HMZPn0Vb51ZeaTkGtc4+v5DgV7oR7b2h6ru2/VmCW86gsCtz9E2/
rddxYtHW1MadYi4YMp3xAeCW6ii3FXAzewHd5EShIi3lbu0h6HvB+ulM6C538L+
byCKd8E3RIU5QW4VAcALLhznhbGXS77m7FktLzpED576+NwLcke59/q3hxa7eX6yCdcgVIvEXBrXz6RqcV/
wsKC1pt031W2C56p5+2wwpNhJH/pMENAtFEtU1XdEODtSaUd+
w7mxVUZkqEQsNyofVYw858CLW4t7OUJbzrYSF0qLGH+
NrQFK5EEyQwGswPRohH5xpPu49gerx9HC9dA3i15jZaJB0wHRNYAdPSfIVOI6hSwLQsDMko1Mm86BwCwpkIBL
jjR/5T/
IJgZ0kyeN15IZjnxylvf50wjnyMTXKaDisqbkRUp169nnurIu2SXMXdk3LSIxeLeEXsSyxRV1r6sRIbiDqsoU
bUhAgsXarjVOrYsvIZjdtrDC1jXpbRCaOvF80M6n1di7MuqyDzL/
CRvhkZIpf6rX6mBGo8SVgUyT9KKxfo8qjQghIRkfRn1bttvIN0viS3+
DZyo98TrCy3AlUlLihMmUhNrxjE4ItkHo6EvxecCC9Rf7lnQe1EDMnIloTWIdf1FtfhQmgvgOpHuwGZy0+
AgRyfmLwHIHVW/RFbXTpd44uhE7GiCfxiF+
ac4koYtMOBJVmCgUIxEr4BYclUszIBiHFv6f07lSAnKxM2JL8N6KnbaWvujblhksEBoMaM2cZ1z2WZUHcVGWi
EXPKf3AO8JUMhJh433tQxXFHCLNq4peg0gOd7RN4wEvRvti25tAYBPS8JDreozZTynjlDJ0Xbs1KL1mCXSt3W
IiBsQsk7AMPJRXePC2XYLYRz3YQfwy9eQi32nAe5Bn/
PUNL91WnPgN5aGQpN7Z1qjnSwQPDCZZwCYKV8Qz0CXm+Di+/CHIqRrr0+
sZ9zfxuh1TCYQ8k007HB8CUVU4QD1mWPfA4j1fQzdbEs4MOLQ6nVundLkVB1k71nTzhBFijTfl+
TesHShMk5OiVhXdAM4VcyHBb6HSkhReaRXU47oXQNWx+
DmsqG6M3yq2ezh7Eyi1fgn1Q7LZjuQ2t6U0tZK5OCKgHwi2z/8Jhf+iRdyY0955nzSAQpYbDr3ESt9u0/
syvkYI8R3YbxYrLowzqtM0aPSK4zGoKD/pXcRUo59wp0HXKA/q2P/5qpExY+
d08udcO7kPApaQlDteJnH6aTJmcD26u/b4ABmSMqjUVQnTa1Vpxgmwl8NUC9P7lFM8s/
f6j7sgexFT2EkXbFmAns36quLkI1FWkKBhJvqM61f6IOYqsBxlSyrqnVbdW5Fj/nRPv/
xfvnsGt0PDUzBAxR3unSL4amirdueA9Irr6nTFwHl92IREIsmX5SWBv5aaLh6s7vUIUyM13vp2p8dVXz44N78
fHs+Lns9unCj/
r0jlmtc2VmFpmhw1Wjgifdwfq5g4OWuusxo33mBbDNWFEx5JP7nEgeuxmA09V6J5HEWuJFihqpZqZ3OfFgxWM
RgXPsEwwFrnGT6BSRFkwM+
iVdXjLHpnZnVJSBSjkCCEsv9wi50hhCyo5eKt6ggWkq7nmWy1vrZ1mSi1dlbbd34E2ePem8qiadu7yVQUDvvO
PmG+ruKoEerwg0Y4Vccsgv0DK1ZWnB7V6yPr08dKt85EAvW8avdYixCAAIww8nBoysXN9q/oPvOLiW2/
mL18CB0bEJHa6tG5AhHkLSyyMVK/38VBKpry8WtWKg6vzr9egzoQx7AleLu1+KAQkJS6+
DesPJCd9fZmFI4h9fcBxJittgjIjX7e6jNfk0mh1ip6Ex6dGU753L7C/
g62WV5ns2HxfYxkR71Zl5avjX1Qp6KGnz0nyfjxJTB8rWPNG1a1gKZa4SaeG6bzMIK0QdTEDL5ZnY0x0uiP/
yvojhebBWkLdufcovmmRe6ANTgOrqlA92agHnBmt1Og5i98VwV+uUFnXpulNSsMRuDLpdDwNRHq0KT1KVd4i+
G0bCYlPuQcsYvsFagJiINEEfyurWNd/PvNFdD++IreUQeFSwi7b+
dFvgUOtaShvYE1IVcAqrnzqfkrm9A3gq6VzsFhrkWqvzqvP53h090tnA5utTLoHSG+nlIC0w6+
0j4qmAn6Ic15HEzYhduWPtLt6F+bOn/Ge9ySCM/eCunq81KyXwQi8fapnR/taJ2SSmoT/BM00rYfhW+
hlOXw5HiedCid1Y3bysCnmk+
QChefrbhVsqeMSopNdA8Pt5aSKstcMeT8YdVoUaglIOIyfyNIe5Un99STAqKfN+7wzkDH0m4hYjFDiz47+
Go025AROPTe7oJPU41ZapVYVSsnWwpnVMctTFFOAhfAqFZWAAsj4pTgmUVkbNJLkfrVPvFJqj9iod4b+
uJ6I7XM+sI9dZZgK8yiY8HwovNkmQr0resoiT1jRL68FFuxKIW+LJcyFGZ6SjLr9gneTuVwGuUYN/5W95QZQ+
m63FFME2s4CTa0aw1cwXpNARx9r+c2Fw5AV/MsNRpYBtJMtakCLn4DhzJM4LJLU1cCD5ZFRmqh/GCrpTRWcLT
/Ufx+XH9bOvU5H4Mi9WcKaTBOeDGur4yl49zvI2+
1KACV502LBfq95nPOy5oPSbBKR2xwrOt0W6L7Yvg8SyDsXY9d5Lcmszdvj8aBT3qIum5czk99IsPD1SaqNaK2
fP1dSe4LejyfYmbLaIrS7mWAJPYcKAr7UGy6VAtWMZeqTIBHzIKo09yDYckN6EKK66UFRbLvqpA9jqMwJA3G6

```
121699...  IVBSIHuLn5oNEOUHU61xceubaMMuUGHM1y8b2p4wCeEg1tu0987nrcy9urexxi14
       ...  8EISgBmGGaotC7q0BKOxzH0pIwakzDkIlFKm7yCNTHxx7BFApPrVUSQwxxwhuLhGu9yGcLylVOk8QzCeBFt9V
       ...  zNiYTrUkTTZkNqH41rxpqsZzuXN3PmT5RZ4NXzEe1rIKa/6uUC3KDMO2xvx/mYVUFj9FEnNdky1/
       ...  aBkz4JDuaL6LM/Sbbmd67qzKpuKvftu7KZ6mSuIg0f2NGTk56W/YvxhvDd/
       ...  kzYV5uebJNOeDaohme6w6J6bP74lhC1WQAO8F7C9m5PIF2jYH3F+J16ZSMh13NuuS7vg/
       ...  mvv5eaYdMlysSQiKHRJU0ka6PH73+lFzYsH5rBI1ZCtEq8vkgRyuBjhqsiPf9ikXG84I+O7Fa+
       ...  BIBrauUxaF6hsJkIqDEm/QyTqsON4ONrg6MkOrIWK82O/Sa/IWaCOT98Rt0EpMGR7nWh0GwXz4Tb7wrEbzq/
       ...  AUThle2R1PsBu5buoTMfyvgPbKEaGM11lJOFDyziQLLvi7wq0JXLWqzIcL8wtBGvj+
       ...  DXiNwDrdJMTAA6gGwvKq0kwacjEX53qpNLDu3LtwZds4S8zriD5hVUAx7euhLa9KKuomqNs0p9XLF5OENwM7P
       ...  VoEEs6cS6r2nUkWqBbxwSGmM8J/J8MIdKSm+U4evXdAQsqXGV/zXhxzoQEO+5GqmJB0ZcB+
       ...  i5ON7AzsPc0eCgEnNy3WeeTvC9v2hyUy8GMvuLDWpTh1+biiG0c7+p6GG5RKuwyJoTPReb6Q/
       ...  3ykLH9Bo04dZHekHaIucj5xflVX86/FNsAc9Ld2Zz5Bh1f8Tf9X+REDm74kRJgttSno+
       ...  cVYpsIv7ze9OoNOZ1AsVM2XoEr0hpYhqFXgLXTnjRhRsTBMb8MgHnCyr01YyHyKkZ2EK5uYkVyrLZ3WfpM/
       ...  VOUUlnhRg7KJeoL6VWdzttjYC3Mj8Hd2CO0hL74PvA9UU1sgiqSQcUsOs8zxMxzZCxJbDOT6PCHQ3
       ...  4o16F6LOcXlWUTwjdC7f/Qems86/a5N83AYFguxeCayfF4rYI4W6DnAZD8uA5vpEfuXKucuqxai7ffbQYe+
       ...  TQfmeMMKLyocmO0Kw60RUHJ4osZnfJTlXlMddhFhC2T6I/
       ...  o4fyxAamjU0oWAddG1SG0VOed1vU6MIJmzCd3bR8Zd3s6K0mpLLF8HW4gtiCFqSS8UDIc1khx2g8sG0TZhP9P
       ...  PzYsZONgHaYTYjnUxb6T5a8DaF9gk2NPln4sKJhfhWoaUn4AQ/
       ...  fYETKdMNs8l5nrLBTQJvspi3Ogp8bOkxkfbUXTP8cv0Qlt2y2O2fTiUMa4AIFbvtjFH9be+jb/3N90zB/
       ...  SKEFYGFh2xPEE560LgkKowbJhdcU1W9kZHHDZNyXVhNTe8KiEtJI2wlkqqnDKPLC154EvLcwdNqLh0Oc+WqT/
       ...  EACvybjdZcoscPgoUvQCAdXzTvfpxjKvaDOtPWvHpGRc3Bu7W/xb+jcCcqJw6y/
       ...  N6aq5aaWZ2cTAPxG8V3lMHraN/TfN+yK/
       ...  qjLoF0cCnuaC7mYtgeQnshvgCOIsREllU4yd4ejclhq8K7FRTEg9uMg8jNw9JUKJoM9lHme5A4U1sqg7WJFa9
       ...  pEWO9/1wbgkrL/Qcom1SB+rE8" />
121700  </div>
121701
121702  <script type="text/javascript">
121703  //<![CDATA[
121704  var theForm = document.forms['Form'];
121705  if (!theForm) {
121706      theForm = document.Form;
121707  }
121708  function __doPostBack(eventTarget, eventArgument) {
121709      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
121710          theForm.__EVENTTARGET.value = eventTarget;
121711          theForm.__EVENTARGUMENT.value = eventArgument;
121712          theForm.submit();
121713      }
121714  }
121715  //]]>
121716  </script>
121717
121718
121719  <script
       ...  src="/WebResource.axd?d=El5R5l7v73nYz9xONLImuGB4fS9klO4gptyxz6nEGtJxJ9y0ppkG6gR1P-
       ...  94grsl6MRnHXCqxn3c1qFu0&amp;t=63580299722000000" type="text/javascript"></script>
121720
121721
121722  <script
       ...  src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
       ...  =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
       ...  Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
       ...  928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
       ...  2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
       ...  4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
121723  <div class="aspNetHidden">
121724
121725      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
       ...  value="CA0B0334" />
121726      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
       ...  value="" />
121727      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
       ...  value="WAnWj6IHJj/lt6+axyhbAYWbv253qQkNIPpicLXNqfjtdV4hGURa1beQd3f6g/
       ...  oZFJ3WbUOXwrYYIhUST2RMahhRrgzFcvvuZkVcUhaqYSBE7ajsHWHnDJhDxP0tSlrE+
       ...  BE0yNZ1UaVnbctqdN13KwOd9g9D6ysLMJK6OzusVZl+Qn0psjUPbUFUxK5y4af2DtQfLQgrw/DGe/
       ...  SOeQukr2hOkORc1poOdlUkXPs53O57L52vxp02mb4yZmNx0/xMO92ZAs8/
       ...  xHeDE0QKh1L5BmH9cBqCmEJ3e2WrSTJWCFTjB5ne88NoP3mZck8WNqc8IgFUgTDvcnwMsMWabn5ETfXgTUsuB
       ...  5Z/HmpdFIH+IqbnCtQSJbt1mBDbY6FS0BLvpxsXLVBZ/2foxIRr8VU+6tyXlMGBzcbWS6bS/
```

```
121727...  8fxYGRBEOugxMwkQCzaBhIEy2gTm26MmHUpOdyD25U2JpGxRMgoBBH4BzUW89gapXgE2JIe36Cp47/H/
    ...  XsZk6lsSweNLtal5NGGPYNZDQ2TjqKP4iI9KMuuT38wRCU85QoGedjIUs94F9qPgLRf+/YHsTP6jlnZy+
    ...  Pqqb6kfD/
    ...  eOwtXgMi4m2k3c5z9afLirgzB0sPSZLfCgXOFVqI5YxejjJ2zbUgVk1rA18klswol7YAmR24icIvHHjK9zQ//
    ...  W7qgFDNWotCr0uhH2aRQGxEGVkyhBywcyDES5zBdFxBo6K2/cAb8iLs4jJ3tErn80gSL9Bredzptu+
    ...  J2V9P0YJ6XjLlOM1YhxjHDicXbyqT0Soijn8cOxh+cmuMoX/vvn5DVRKp1YDdOqoYMMUGynEfKN6ls/Af/
    ...  E6pU6iBsrqgm1tUqnUQM1D2DuRQeJ2nh88uqS9uBpatvNYJl25d7B3yFzRa85qF/a1fXa6+
    ...  fmyLhUvuen5ZAIOojpqNN0nU2mGyClcyP10GFvWpp2xBfkuG6oQ6H5K62Y2gL/
    ...  9MbPTcIuJiScyx5EJn3DGnhgA8T1/pxX/GmIuzqxvD6xOTTLXUwb8YGx3+
    ...  FazGjnvYQQ2uMPoI67CEBzuBUMkWBoiJemku+jsXiov+t9lKQrmou8t63D3uEVMVjG18o5Lq6U+Iy549cO/
    ...  b514+cehTDnSqn/ax0d4Ipt3muChYv9QmO+ZzMh98n4V1m9/
    ...  rEVbfDwIxm4SoYA2WfVwqJMJLXQlYfkbVS4pzUlChqEDp+PKyuigYddZZvDiaFsWgzv/
    ...  YEhV4CMAw30g9WXEKwhgcllBwGf0fL8Cd80zupSPBAu/
    ...  wof5nBx4fmaSJfSaGaocqYcoDmHvS7MfruphTWorbbFfZcGPyQ+vigjNg7IYNNV/0/hOb16ZTpfDmOiH/
    ...  VXj1IfmWQPhnLO+P+JlM639X7oy1YKERZJYBbgV4Q6YfIQCBC84rn7+KwYPgI71lsNTcQTkSfHfwl+
    ...  4OI4EAwzIMZJfPGUe6PCnZdwwtyFOPMMAGOkLODQIy61DsLxhoEzgvUOjyifDIwTjvOHptM8i2vrXqEF/
    ...  NYjupqdkV9GcwymFK/pT/pqdHi00woc7EiGGMSGCYMrfhJVn8siQHir52WOAwJZaJOozx5ZHiU/7vweVn/
    ...  7toOAM420GyQmWjP4nyO/hKtgJ8+x4DC372tXdpe0wD+sAbjXnwuT78KSrK9FCeHbgcYJEbc/
    ...  lzgjFYDAxvk1K9YxSog0jErPKvdE8QDRisy++AhCbzgdYX0uA7W2819mWrWq7+eVwcs15aaLA+
    ...  wO9XhoQ1PTisUZqvr/BaY+DRqNw==" />
```

```
121728  </div><script src="/Portals/0/Skins/MBS/js/bootstrap.js?cdv=55"
    ...  type="text/javascript"></script><script
    ...  src="/Portals/0/Skins/MBS/js/jquery.fancybox.js?cdv=55"
    ...  type="text/javascript"></script><script
    ...  src="/Portals/0/Skins/MBS/js/global.js?cdv=55"
    ...  type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=55"
    ...  type="text/javascript"></script><script
    ...  src="/DesktopModules/EasyDNNRotator/js/jquery.easing.1.3.js?cdv=55"
    ...  type="text/javascript"></script><script
    ...  src="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/js/jquery.
    ...  sizeshifter.js?cdv=55" type="text/javascript"></script><script
    ...  src="/js/dnncore.js?cdv=55" type="text/javascript"></script><script
    ...  src="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/js/jquery.
    ...  multicarousel.min.js?cdv=55" type="text/javascript"></script><script
    ...  type="text/javascript">
121729  //<![CDATA[
121730  Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
    ...  '');
121731  //]]>
121732  </script>
121733
121734
121735
121736
121737
121738  <div class="push">
121739      <!-- Header : row1,2,3-->
121740
121741  <script>
121742      (function () {
121743          var cx = '010350098472772863304:deccs0lzpj8';
121744          var gcse = document.createElement('script');
121745          gcse.type = 'text/javascript';
121746          gcse.async = true;
121747          gcse.src = (document.location.protocol == 'https:' ? 'https:' : 'http:') +
121748              '//cse.google.com/cse.js?cx=' + cx;
121749          var s = document.getElementsByTagName('script')[0];
121750          s.parentNode.insertBefore(gcse, s);
121751      })();
121752  </script>
121753
121754
121755  <!-- Header -->
121756  <!-- Row 1: phone-->
121757  <div class="row1 hidden-xs">
121758      <div class="container">
121759          <div class="col-md-6 col-sm-7 row1Left">
121760              <span>Find a Doctor or Make An Appointment: </span>
```

```
121761                <a class="tel" href="tel:8003920096">800.392.0096</a>
121762            </div>
121763            <div class="col-md-6 col-sm-5 row1Right">General Information: <a class="tel"
   …  href="tel:5734684186">573.468.4186</a></div>
121764        </div>
121765    </div>
121766
121767    <!-- Row 2: Logo & Search-->
121768    <div class="row2 logoRow">
121769        <div class="container">
121770            <div class="row grid">
121771                <div class="col-md-6 col-sm-7 row2Left">
121772                    <div class="row mHeader">
121773                        <div class="col-xs-1 visible-xs mHeaderL"><a data-toggle=".push"
   …  class="mOpen" href="#"><span class="icon-menu"></span><span
   …  class="iconLabel">Menu</span> </a></div>
121774                        <div class="col-sm-12 col-xs-10 mHeaderM">
121775                            <a href="/">
121776                                <img alt=""
   …  src="/Portals/0/Skins/MBS/images/ParklandHealthLogo.png"></a>
121777                        </div>
121778                        <div class="col-xs-1 visible-xs mHeaderR"><a
   …  data-target="#modalContact" data-toggle="modal" class="mCall"><span
   …  class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
121779                    </div>
121780                </div>
121781
121782                <div class="col-md-6 col-sm-5 row2right">
121783                    <div class="input-group">
121784
121785                        <gcse:searchbox-only resultsurl="/Search"
   …  enableImageSearch="false" newwindow="false"
121786                                    queryparametername="search"></gcse:searchbox-only>
121787                        <img class="img-submit" src="/images/btn-go.png" width="45" />
121788                    </div>
121789                    <div class="hidden-xs contactWrap">
121790                        <a href="/Maps-and-Directions"><span
   …  class="icon-get-directions"></span> Get Directions</a><a
   …  href="/Contact-Us"><span class="icon-contact"></span> Contact Us</a>
121791                    </div>
121792                </div>
121793            </div>
121794        </div>
121795    </div>
121796
121797    <!-- Row 3: Top Menu -->
121798    <div class="mainHeader">
121799        <div class="container">
121800            <nav id="mainNav">
121801                <ul id="navmenu">
121802
121803                    <li>
121804                        <div class="navdrop">
121805                            <a href="/Physicians"><span class="nav-text">Find a
   …  Doctor</span><span class="icon-arrow-right-generic visible-xs"></span></a>
121806                            <div class="nav-line"> </div>
121807                        </div>
121808                        <div class='dropBox'><div class='row'><div class='col-md-3
   …  col-sm-3'><ul><li class='line'><a
   …  href='http://www.missouribaptistsullivan.org/Find-a-Doctor/BJC-Medical-Group-Sullivan
   …  '><h4>BJC Medical Group of Sullivan</h4></a></li></ul></div><div class='col-md-3
   …  col-sm-3'><ul><li class='line'><a
   …  href='http://www.missouribaptistsullivan.org/Find-a-Doctor/Physician-Clinics'><h4>
   …  Physician Clinics</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
   …  class='line'><a
   …  href='http://www.missouribaptistsullivan.org/Find-a-Doctor/Request-an-Appointment'><
   …  h4>Request an Appointment</h4></a></li></ul></div><div class='col-md-3
   …  col-sm-3'><ul><li class='line'><a
```

```
121808…  href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Specialists"><h4>
  …      Specialists</h4></a></li></ul></div></div></div>
121809          </li>
121810          <li class="navvert">
121811              <div class="vert"></div>
121812          </li>
121813          <li>
121814              <div class="navlink">
121815                  <a href="/Find-a-Doctor/Request-an-Appointment"><span
  …      class="nav-text">Request an Appointment</span><span class="icon-arrow-right-generic
  …      visible-xs"></span></a>
121816                      <div class="nav-line"> </div>
121817              </div>
121818          </li>
121819          <li class="navvert">
121820              <div class="vert"></div>
121821          </li>
121822          <li>
121823              <div class="navdrop">
121824                  <a href="/Medical-Services"><span class="nav-text">Medical
  …      Services</span><span class="icon-arrow-right-generic visible-xs"></span></a>
121825                      <div class="nav-line"> </div>
121826              </div>
121827              <div class='dropBox'><div class='row'><div class='col-md-3
  …      col-sm-3'><ul><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Cancer-Care'><h4>Cancer
  …      Care</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Cardiology-Heart-Care'>
  …      <h4>Cardiology/Heart Care</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Drug-Alcohol-New-Vision
  …      '><h4>Drug/Alcohol — New Vision</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Emergency-Care'><h4>
  …      Emergency Care</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Gastrointestinal-
  …      Services'><h4>Gastrointestinal Services</h4></a></li></ul></div><div class='col-md-3
  …      col-sm-3'><ul><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Geriatric-Psych-New-
  …      Hope'><h4>Geriatric Psych — New Hope</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Inpatient-Critical-Care
  …      '><h4>Inpatient & Critical Care</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Laboratory-Services'><
  …      h4>Laboratory Services</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Lung-Pulmonary-Care'><
  …      h4>Lung/Pulmonary Care</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Mother-Baby'><h4>Mother
  …      Baby Unit</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
  …      class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Our-Services/Radiology-Imaging-Center'>
  …      h4>Radiology Imaging Center</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Rehabilitation-Sports-
  …      Medicine'><h4>Rehabilitation/Sports Medicine</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Sleep-Disorders-Lab'><
  …      h4>Sleep Disorders Lab</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Surgery'><h4>Surgery</
  …      h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Telehealth'><h4
  …      Telehealth</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Transitional-Care-
  …      Program'><h4>Transitional Care Program</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Weekend-Clinic'><h4>
  …      Weekend Clinic</h4></a></li><li class='line'><a
  …      href='http://www.missouribaptistsullivan.org/Medical-Services/Wound-Care'><h4>Wound
  …      Care</h4></a></li></ul></div></div></div>
121828              </li>
121829          <li class="navvert">
121830              <div class="vert"></div>
121831          </li>
121832          <li>
```

```
121833                    <div class="navdrop">
121834                        <a href="/Patients-Visitors"><span class="nav-text">Patient &
        Visitor Information</span><span class="icon-arrow-right-generic
        visible-xs"></span></a>
121835                        <div class="nav-line"> </div>
121836                    </div>
121837                    <div class='dropBox'><div class='row'><div class='col-md-3
        col-sm-3'><ul><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Becoming-a-Patient'><
    …   h4>Becoming a Patient</h4></a></li><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Cafeteria'><h4
    …   Cafeteria</h4></a></li><li class='line '><a
    …   href='http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
    …   ' target='_blank'><h4>Financial Assistance & Billing
    …   Resources</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
        class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Gift-Shop'><h4>Gift
    …   Shop</h4></a></li><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Maps-Directions'><h4>
    …   Maps & Directions</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
        class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Medical-Records'><h4>
    …   Medical Records</h4></a></li><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Pastoral-Care'><h4>
    …   Pastoral Care</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
        class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Patient-Choice-Award'>
    …   <h4>Patient Choice Award</h4></a></li><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Patients-Visitors/Patient-Rights-and-
    …   Responsibilities'><h4>Patient Rights and
        Responsibilities</h4></a></li></ul></div></div></div>
121838                    </li>
121839                    <li class="navvert">
121840                        <div class="vert"></div>
121841                    </li>
121842                    <li>
121843                        <div class="navdrop">
121844                            <a href="/giving"><span class="nav-text">GIVING</span><span
        class="icon-arrow-right-generic visible-xs"></span></a>
121845                            <div class="nav-line"> </div>
121846                        </div>
121847                        <div class='dropBox'><div class='row'><div class='col-md-4
        col-sm-4'><ul><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Giving/Auxiliary'><h4>Auxiliary</h4></a>
    …   </li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Giving/Charitable-Giving'><h4>Charitable
    …   Giving</h4></a></li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line'><a
    …   href='http://www.missouribaptistsullivan.org/Giving/Volunteering'><h4>Volunteering</
        h4></a></li></ul></div></div></div>
121848                    </li>
121849
121850                </ul>
121851                <ul class="visible-xs contactWrapM">
121852                    <li><a href="/Maps-and-Directions"><span
        class="icon-get-directions"></span><span>Get Directions</span><span
        class="icon-arrow-right-generic"></span></a></li>
121853                    <li><a href="/Contact-Us"><span
        class="icon-contact"></span><span>Contact Us</span><span
        class="icon-arrow-right-generic"></span></a></li>
121854                </ul>
121855            </nav>
121856        </div>
121857    </div>
121858
121859
121860    <div class="overlay"></div>
121861
121862    <!-- Modal Contact Box on mobile-->
```

```
121863   <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
    …  id="modalContact" class="modal">
121864       <div class="modal-contact">
121865           <div class="modal-content">
121866               <div class="modal-header">
121867                   <h4 class="modal-title">Call Us</h4>
121868               </div>
121869               <div class="modal-body">
121870                   <div class="mBtn">
121871                       <div class="mBtnLeft"><span class="icon-phone"></span></div>
121872                       <div class="mBtnRight">
121873                           Find a Doctor or Make<br>
121874                           an Appointment<br>
121875                           <div class="phone-number"><a class="tel"
    …  href="tel:8003920936">800.392.0936</a></div>
121876                       </div>
121877                   </div>
121878                   <div class="mBtn">
121879                       <div class="mBtnLeft"><span class="icon-phone"></span></div>
121880                       <div class="mBtnRight genInfo">
121881                           General Information<br>
121882                           <div class="phone-number"><a class="tel"
    …  href="tel:5734684186">573.468.4186</a></div>
121883                       </div>
121884                   </div>
121885                   <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
121886               </div>
121887           </div>
121888       </div>
121889   </div>
121890
121891   <script type="text/javascript">
121892       $(document).ready(function () {
121893           var rootId = 'home';
121894           $("#navmenu > li").each(function () {
121895               if (this.id == rootId) {
121896                   $(this).addClass("active");
121897               }
121898           });
121899       });
121900   </script>
121901
121902
121903       <!-- Rotating Banner -->
121904       <div id="globalBannerArea" class="globalBannerArea">
121905           <div id="dnn_TopPane1" class="h_TopPane1">
121906           <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-446"><a
    …  name="446"></a><div id="dnn_ctr446_ContentPane"><!-- Start_Module_446 --><div
    …  id="dnn_ctr446_ModuleContent ModEasyDNNrotatorC">
121907           <div class="eds__rotatorWrapper"><script
    …  type="text/javascript">eds1_10(document).ready(function ($) {
    …  $('#SizeShifter446').sizeShifter({maxWidth: 940, transition : 'slideH', fallback3d:
    …  'sliceV', useThumbs: false, usePagination: false, useArrows: true, thumbMargin: 3,
    …  autoPlay: true, delay: 5000, transitionDuration: 800, startSlide: 0, keyNav: true,
    …  captionWidth: 50});});</script>
121908   <div class="edsSizeShifter NewsOne"><ul id="SizeShifter446" class="rs-slider"><li
    …  class="group"><img src="/Portals/0/EasyDNNRotator/446/2yc3jjm2.jpg" alt="Skilled
    …  Hands" /><div class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a
    …  href="#">Skilled Hands</a></h4></div></div>
121909   </div></div></li><li class="group"><img
    …  src="/Portals/0/EasyDNNRotator/446/rzxrca3e.jpg" alt="BJC Doctors" /><div
    …  class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a href="#">BJC
    …  Doctors</a></h4></div></div>
121910   </div></div></li><li class="group"><img
    …  src="/Portals/0/EasyDNNRotator/446/o12ahvve.jpg" alt="Close to Home" /><div
    …  class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a href="#">Close to
    …  Home</a></h4></div></div>
121911   </div></div></li></ul></div></div></div>
```

```
121912
121913  </div><!-- End_Module_446 --></div>
121914  </div></div>
121915      </div>
121916
121917      <!-- Video -->
121918
121919
121920      <!-- Content Pane -->
121921      <div class="row-content">
121922          <div class="container">
121923              <div id="dnn_ContentPane" class="h_ContentPane">
121924                  <div class="DnnModule DnnModule-DNN_HTML DnnModule-421"><a
...     name="421"></a><div id="dnn_ctr421_ContentPane"><!-- Start_Module_421 --><div
...     id="dnn_ctr421_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
121925      <div id="dnn_ctr421_HtmlModule_lblContent" class="Normal">
121926      <div class="h_ContentPane">
121927  <div> </div>
121928  <div> </div>
121929  <div class="content-block gray-border-bottom">
121930  <div class="inner align-center">
121931  <div class="headline1">Missouri Baptist Sullivan Hospital</div>
121932  <p>Since 1962, our mission has been to improve the health and lives of the people in
...     the communities we serve. Today, we remain committed to delivering the highest
...     quality care for our patients in a comfortable environment, that's close to home.
...     It's what sets us apart.</p>
121933  <p>If you're ever in need of exceptional, quality medical care, we are here for
...     you.</p>
121934  </div>
121935  </div>
121936  </div>
121937  </div>
121938
121939  </div><!-- End_Module_421 --></div>
121940  </div><div class="DnnModule DnnModule-EasyDNNrotator DnnModule-447"><a
...     name="447"></a><div id="dnn_ctr447_ContentPane"><!-- Start_Module_447 --><h2>Learn
...     more about …</h2><div id="dnn_ctr447_ModuleContent" class="DNNModuleContent
...     ModEasyDNNrotatorC">
121941      <div class="eds__rotatorWrapper"><script
...     type="text/javascript">jQuery(document).ready(function () {
...     jQuery('#edr_multicarousel447').multicarousel_1_2({ resizeable_container: true,
...     orientation: 'horizontal',viewport_crop: {top: 0,bottom: 20,left: 0,right:
...     0},navigation: {show: true, css_class: 'arrows', autohide: true,previous: {position:
...     {horizontal: 'left',vertical: 'top',h_offset: -10,v_offset: 0.5,h_as_ratio:
...     false,v_as_ratio: true}},next: {position: {horizontal: 'right',vertical:
...     'top',h_offset: -10,v_offset: 0.5,h_as_ratio: false,v_as_ratio: true}}},pagination: {
...     enabled: false },draggable: { enable: true },slide: {duration: 1000,step:
...     'item',infinite: true, easing:'linear', interval: 3000},unique_id: 447});});</script>
121942  <div id="edr_multicarousel447" class="edr_carousel NewsOne 0" style="width:
...     100%;height: 290px; margin: auto;">
121943      <div class="wrapper" style="height: 270px; width: 100%; top: 0px; left: 0px;">
121944          <div class="slider" style="height: 285px; width: 100%; margin: -15px 0 0
...     -15px;">
121945              <ul><li style="width: 250px; height: 270px; margin: 15px 0px 0px
...     15px;"><div class="box2">
121946      <a
...     href="/Medical-Services/Weekend-Clinic?utm_source=Frontpage&utm_medium=bottombanner&
...     utm_campaign=bottomrotator"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/447/thumb/thumb_iglxsvea.jpg" alt=""
...     [EasyDNNrotator:Thumb:Visibility]/></a>
121947  </div>
121948  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
...     class="box2">
121949      <a
...     href="https://youtu.be/JPkA9qTdO2M?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
...     =SullivanWebsite&utm_medium=banner&utm_content=DixonScott&utm_campaign=
...     MeetTheProvider"  target="_self"><img
...     src="/Portals/0/EasyDNNRotator/447/thumb/thumb_ijpax3bp.jpg" alt=""
```

```
121949… [EasyDNNrotator:Thumb:Visibility]/></a>
121950  </div>
121951  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121952       <a
     …  href="/Find-a-Doctor/BJC-Medical-Group-Sullivan?utm_source=Frontpage&utm_medium=
     …  bottombanner&utm_campaign=bottomrotator"  target="_self"><img
     …  src="/Portals/0/EasyDNNRotator/447/thumb/thumb_j5spwqfn.jpg" alt=""
     …  [EasyDNNrotator:Thumb:Visibility]/></a>
121953  </div>
121954  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121955       <a
     …  href="https://youtu.be/Qn-bSLNV9Vs?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
     …  =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
     …  target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_4szrlawg.jpg"
     …  alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121956  </div>
121957  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121958       <a
     …  href="/About-Us/Announcements-and-News?utm_source=Frontpage&utm_medium=bottombanner&
     …  utm_campaign=bottomrotator"  target="_self"><img
     …  src="/Portals/0/EasyDNNRotator/447/thumb/thumb_wizbfrd1.jpg" alt=""
     …  [EasyDNNrotator:Thumb:Visibility]/></a>
121959  </div>
121960  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121961       <a
     …  href="https://www.youtube.com/watch?v=fqHkW0TCfy4&list=PLKvJhyDR4gpuXr-HKIDyCr-
     …  mEYBxtvm3z&index=6&utm_source=SullivanWebsite&utm_medium=banner&utm_content=Zimmerman
     …  &utm_campaign=MeetTheProvider"  target="_self"><img
     …  src="/Portals/0/EasyDNNRotator/447/thumb/thumb_lifrjetx.jpg" alt=""
     …  [EasyDNNrotator:Thumb:Visibility]/></a>
121962  </div>
121963  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121964       <a
     …  href="https://mybjc.org/patient/welcome.htm?utm_source=Frontpage&utm_medium=
     …  bottombanner&utm_campaign=bottomrotator"  target="_self"><img
     …  src="/Portals/0/EasyDNNRotator/447/thumb/thumb_dgvnfse4.jpg" alt=""
     …  [EasyDNNrotator:Thumb:Visibility]/></a>
121965  </div>
121966  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121967       <a
     …  href="https://youtu.be/1OxrCsd8cXc?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
     …  =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
     …  target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_bh3xpfrj.jpg"
     …  alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121968  </div>
121969  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121970       <a
     …  href="/Giving/Charitable-Foundation?utm_source=Frontpage&utm_medium=bottombanner&
     …  utm_campaign=bottomrotator"  target="_self"><img
     …  src="/Portals/0/EasyDNNRotator/447/thumb/thumb_5cotie5q.jpg" alt=""
     …  [EasyDNNrotator:Thumb:Visibility]/></a>
121971  </div>
121972  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
     …  class="box2">
121973       <a
     …  href="https://youtu.be/tAC0jdXRcU0?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
     …  =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
     …  target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_pia1hsn4.jpg"
     …  alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121974  </div>
121975  </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
```

```
121975…   class="box2">
121976      <a href="/About-Us/Community-Speakers-Bureau"  target="_self"><img
   …   src="/Portals/0/EasyDNNRotator/447/thumb/thumb_0nld1h3m.jpg" alt=""
   …   [EasyDNNrotator:Thumb:Visibility]/></a>
121977   </div>
121978   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   …   class="box2">
121979      <a
   …   href="https://youtu.be/Jzdgy9hPsKU?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   …   =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
   …   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_nxzo45hs.jpg"
   …   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121980   </div>
121981   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   …   class="box2">
121982      <a
   …   href="/Find-a-Doctor/Specialists?utm_source=Frontpage&utm_medium=bottombanner&
   …   utm_campaign=bottomrotator"  target="_self"><img
   …   src="/Portals/0/EasyDNNRotator/447/thumb/thumb_qab0jb1n.jpg" alt=""
   …   [EasyDNNrotator:Thumb:Visibility]/></a>
121983   </div>
121984   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   …   class="box2">
121985      <a
   …   href="https://youtu.be/2yTbsPoKG5o?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   …   =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
   …   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_4l4ejfly.jpg"
   …   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121986   </div>
121987   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   …   class="box2">
121988      <a href="https://www.zocdoc.com/hospitals/bjc?promo=sullivanhome&address=63080"
   …   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_nnaz23fe.jpg"
   …   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
121989   </div>
121990   </li></ul>
121991            </div>
121992         </div>
121993   </div>
121994   </div>
121995
121996   </div><!-- End_Module_447 --></div>
121997   </div></div>
121998         </div>
121999      </div>
122000
122001      <!-- Bottom Left and Right Pane -->
122002      <div class="row-content h_mainbottompane">
122003         <div class="container">
122004            <div id="dnn_BottomLeftPane" class="h_bottomleftpane float-left">
122005               <div class="DnnModule DnnModule-DNN_HTML DnnModule-420"><a
   …   name="420"></a><div id="dnn_ctr420_ContentPane"><!-- Start_Module_420 --><div
   …   id="dnn_ctr420_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
122006      <div id="dnn_ctr420_HtmlModule_lblContent" class="Normal">
122007      <div class="h_bottomleftpane_content"><img alt=""
   …   src="/portals/0/Art-Images/FindADoctor.jpg" /> </div>
122008   </div>
122009
122010   </div><!-- End_Module_420 --></div>
122011   </div></div>
122012            <div id="dnn_BottomRightPane" class="h_bottomrightpane float-right">
122013               <div class="DnnModule DnnModule-PhysicianSearch DnnModule-417"><a
   …   name="417"></a><div id="dnn_ctr417_ContentPane"><!-- Start_Module_417 --><div
   …   id="dnn_ctr417_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
122014
122015
122016
122017
```

```
122018
122019
122020  <link type="text/css"
    …   href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
    …   rel="stylesheet" />
122021  <link type="text/css"
    …   href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
    …   rel="stylesheet" />
122022  <link type="text/css"
    …   href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
    …   />
122023
122024  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
    …   rel="stylesheet" />
122025  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
    …   rel="stylesheet" />
122026
122027  <script
    …   src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV3LXTC-I12YFs1k-
    …   AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
122028
122029  <!-- Add fancyBox -->
122030  <link rel="stylesheet"
    …   href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
    …   type="text/css" media="screen" />
122031  <script type="text/javascript"
    …   src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
    …   script>
122032
122033  <span id="dnn_ctr417_View_lblError" style="color:Red;font-weight:bold;"></span>
122034
122035
122036
122037
122038  <div class="physician-search physician-info-group">
122039      <div class="physicianInfoGroup">
122040          <div class="physicianInfoWrap">
122041              <div class="box-heading physicianInfoBar visible-xs">
122042                  <h4 class="box-title-1">
122043                      <a href="#physicianInfoPanel">
122044                          <span class="barspan"><span
    …   id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find A
    …   Doctor</span></span>
122045                          <span class="baricon icon-accordion-closed"></span>
122046                      </a>
122047                  </h4>
122048              </div>
122049              <div id="physicianInfoPanel" class="box">
122050                  <div class="box-inner">
122051                      <h2 class="">
122052                          <span
    …   id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find A
    …   Doctor</span></h2>
122053                      <div class="boxRow">
122054                          <div class="col-md-6 col-sm-6 boxLeft">
122055                              <div class="boxLeftWrap">
122056                                  <div class="boxLeftTop">
122057                                      <h4>Search By Name</h4>
122058                                      <div class="input-group">
122059                                          <!-- 2013.2.717.40 --><span
    …   id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
    …   RadInput RadInput_Default" style="width:100%;"><input
    …   id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"
    …   name="dnn$ctr417$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
    …   riEmpty searchInput" value="Search..." type="text" /><input
    …   id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
    …   name="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
    …   /></span>
```

```
122060                                    <div class="input-group-btn">
122061                                        <input type="submit" class="btn
…  btn-search" value="Go"
…  onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
122062                                        </div>
122063                                    </div>
122064                                </div>
122065                                <div class="boxLeftBot">
122066                                    <h4>Browse by Specialty</h4>
122067                                    <div class="selectWrap">
122068                                        <select
…  name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhysicianSpecialty"
…  id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
…  class="physicianSpecialty">
122069          <option value="">Choose a Specialty</option>
122070          <option value="ALLE">Allergy</option>
122071          <option value="ANEST">Anesthesiology</option>
122072          <option value="CTS">Cardiothoracic Surgery</option>
122073          <option value="CARD">Cardiovascular Disease</option>
122074          <option value="CCARE">Critical Care</option>
122075          <option value="DERM">Dermatology</option>
122076          <option value="EMERG">Emergency Medicine</option>
122077          <option value="FP">Family Practice</option>
122078          <option value="GAST">Gastroenterology</option>
122079          <option value="GPSYC">Geriatric Psychiatry</option>
122080          <option value="GERI">Geriatrics</option>
122081          <option value="GYN">Gynecology</option>
122082          <option value="HANSR">Hand Surgery</option>
122083          <option value="HEMA">Hematology</option>
122084          <option value="PALLI">Hospice &amp; Palliative Medicine</option>
122085          <option value="HOSPI">Hospitalist</option>
122086          <option value="IMMU">Immunology</option>
122087          <option value="INF">Infectious Disease</option>
122088          <option value="MEDI">Internal Medicine</option>
122089          <option value="INVCA">Interventional Cardiology</option>
122090          <option value="INVRA">Interventional Radiology</option>
122091          <option value="NEONA">Neonatal-Perinatal Medicine</option>
122092          <option value="RENAL">Nephrology/Renal</option>
122093          <option value="NEURO">Neurology</option>
122094          <option value="NEURA">Neuroradiology</option>
122095          <option value="NUMED">Nuclear Medicine</option>
122096          <option value="OB">Obstetrics</option>
122097          <option value="ONC">Oncology</option>
122098          <option value="OPHT">Ophthalmology</option>
122099          <option value="OPTOM">Optometry</option>
122100          <option value="ORTH">Orthopedic Surgery</option>
122101          <option value="OTOL">Otolaryngology</option>
122102          <option value="PNMGM">Pain Management</option>
122103          <option value="PATH">Pathology</option>
122104          <option value="PEDI">Pediatrics</option>
122105          <option value="PLAS">Plastic/Reconstructive Surgery</option>
122106          <option value="PODI">Podiatry</option>
122107          <option value="PSYC">Psychiatry</option>
122108          <option value="PULM">Pulmonology</option>
122109          <option value="RAD">Radiology</option>
122110          <option value="REHAB">Rehabilitation/Physiatry</option>
122111          <option value="RHEU">Rheumatology</option>
122112          <option value="SLEEP">Sleep Medicine</option>
122113          <option value="GSURG">Surgery (General)</option>
122114          <option value="UROL">Urology</option>
122115          <option value="VAS">Vascular Surgery</option>
122116          <option value="WOUND">Wound Care</option>
122117
122118      </select>
122119                                        </div>
122120                                    </div>
122121                                </div>
122122                            </div>
```

```
122123                    <div class="col-md-6 col-sm-6 boxRight">
122124                        <h4>Browse by Letter</h4>
122125                        <div class="selectWrap visible-xs">
122126                            <select
      name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlSearchLetter"
      id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
      visible-xs">
122127            <option value="">Choose by letter</option>
122128            <option value="A">A</option>
122129            <option value="B">B</option>
122130            <option value="C">C</option>
122131            <option value="D">D</option>
122132            <option value="E">E</option>
122133            <option value="F">F</option>
122134            <option value="G">G</option>
122135            <option value="H">H</option>
122136            <option value="I">I</option>
122137            <option value="J">J</option>
122138            <option value="K">K</option>
122139            <option value="L">L</option>
122140            <option value="M">M</option>
122141            <option value="N">N</option>
122142            <option value="O">O</option>
122143            <option value="P">P</option>
122144            <option value="Q">Q</option>
122145            <option value="R">R</option>
122146            <option value="S">S</option>
122147            <option value="T">T</option>
122148            <option value="U">U</option>
122149            <option value="V">V</option>
122150            <option value="W">W</option>
122151            <option value="X">X</option>
122152            <option value="Y">Y</option>
122153            <option value="Z">Z</option>
122154
122155        </select>
122156                                </div>
122157                            <div class="alphabet hidden-xs">
122158                                <div
      id="dnn_ctr417_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
122159            <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=A">A</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=B">B</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=C">C</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=D">D</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=E">E</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=F">F</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=G">G</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=H">H</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=I">I</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=J">J</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=K">K</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=L">L</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=M">M</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=N">N</a>
```

```
122159…  <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=O">O</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=P">P</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Q">Q</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=R">R</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=S">S</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=T">T</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=U">U</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=V">V</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=W">W</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=X">X</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Y">Y</a>
…        <a class="letter"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Z">Z</a>
122160      </div>
122161                              </div>
122162                          </div>
122163                      </div>
122164                  </div>
122165              <div class="boxmore">
122166                  <a id="dnn_ctr417_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
          href="http://www.missouribaptistsullivan.org/Find-a-Doctor">
122167                  More Search Options <span
          class="icon-arrow-right-generic"></span>
122168                  </a>
122169              </div>
122170          </div>
122171      </div>
122172  </div>
122173  </div>
122174
122175
122176
122177      <script type="text/javascript">
122178          function btnSearch_OnClientClicking(sender, eventArgs) {
122179              cboName = $find(cboNameID);
122180              cboSpecialty = $find(cboSpecialtyID);
122181              cboInsurance = $find(cboInsuranceID);
122182              cboLanguage = $find(cboLanguageID);
122183              cboGender = $find(cboGenderID);
122184              cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
122185              txtZipCode = $find(txtZipCodeID);
122186
122187              var name = cboName.get_text();
122188              var specialty = cboSpecialty.get_text();
122189              var insurance = cboInsurance.get_text();
122190              var language = cboLanguage.get_text();
122191              var gender = cboGender.get_text();
122192              var locatedWithin = cboDoctorLocatedWithin.get_text();
122193              var zipCode = txtZipCode.get_value();
122194
122195              if (zipCode != "" && locatedWithin != "") {
122196                  PhysicianSearch.geocodingAddress(zipCode, function (results) {
122197                      //console.log(results)
122198                      $(txtHidLatID).val(results[0].geometry.location.lat())
122199                      $(txtHidLngID).val(results[0].geometry.location.lng())
122200                      // Trigger Search
122201                      //eval(btnSearchHandler)
```

Page 3775

```
122202                          });
122203
122204                          eventArgs.set_cancel(true);
122205                      }
122206
122207              }
122208
122209          function radPhysicianSearchBox_ClientClicked(sender, e) {
122210              var keyCode = e.get_keyCode();
122211              if (keyCode == 13) // Enter
122212              {
122213                  sender.blur();
122214                  PhysicianSearch.searchByPhysicianName();
122215              }
122216              return false;
122217          }
122218      </script>
122219
122220
122221  <script type="text/javascript"
    …   src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>
122222  <script type="text/javascript"
    …   src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>
122223
122224  <script type="text/javascript">
122225      var PhysicianSearchBaseUrl =
    …   "http://www.missouribaptistsullivan.org/Find-a-Doctor";
122226      var PhysicianSearchResultsBaseUrl =
    …   "http://www.missouribaptistsullivan.org/Find-a-Doctor/Results";
122227      var FacilityFilterPosition = '1';
122228
122229      $(function () {
122230          PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
    …   PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
122231      });
122232  </script>
122233  </div><!-- End_Module_417 --></div>
122234  </div></div>
122235              </div>
122236      </div>
122237
122238      <!-- Bottom Left and Right Pane 2 -->
122239      <div class="row-content">
122240          <div class="container">
122241              <div id="dnn_BottomLeftPane2" class="h_bottomleftpane2 float-left
    …   DNNEmptyPane">
122242              </div>
122243              <div id="dnn_BottomRightPane2" class="h_bottomrightpane2 float-right
    …   DNNEmptyPane">
122244              </div>
122245          </div>
122246      </div>
122247
122248      <!-- Bottom Pane -->
122249      <div class="row-content">
122250          <div class="container">
122251              <div id="dnn_BottomPane" class="h_ContentPane DNNEmptyPane">
122252              </div>
122253          </div>
122254      </div>
122255
122256
122257
122258      <!-- News Sticker -->
122259
122260
122261      <!-- Footer -->
122262
```

```
122263
122264  <!-- Social Media -->
122265  <div class="row11 socialRow hidden-xs">
122266      <div class="container">
122267          <div class="row">
122268              <div class="col-md-12">
122269                  <div class="socialWrap">
122270                      <div>
122271                          <div class="socialCol">CONNECT WITH US:</div>
122272                          <div class="socialCol facebook">
122273                              <a target="_blank"
    …   href="https://www.facebook.com/MBSH-Missouri-Baptist-Sullivan-Hospital-
    …   145160132185180/">
122274                                  <img
    …   src="/Portals/0/Skins/MBS/Images/FB-f-Logo__blue_29.png" /></a>
122275                          </div>
122276
122277                      </div>
122278                  </div>
122279              </div>
122280          </div>
122281      </div>
122282  </div>
122283
122284  <!-- Phone -->
122285  <div class="row-phone footerRow1">
122286      <div class="container">
122287          <div class="row">
122288              <div class="col-md-6 col-sm-6">
122289                  <div class="appointNum">
122290                      <span>Find a doctor or make an appointment: </span>
122291                      <a class="tel" href="tel:8003920936">800.392.0936</a>
122292                  </div>
122293              </div>
122294              <div class="col-md-6 col-sm-6">
122295                  <div class="genInfoNum"><span>General Information: </span><span><a
    …   class="tel" href="tel:5734684186">573.468.4186</a></span></div>
122296              </div>
122297          </div>
122298      </div>
122299  </div>
122300
122301  <!-- Subfooter -->
122302  <div class="row-subfooter footerRow2">
122303      <div class="container">
122304          <div class="row">
122305              <div class="box-group footerGroup col-md-3">
122306                  <div class="footerWrap">
122307                      <div class="box-heading footerBar hidden-lg hidden-md">
122308                          <h4 class="box-title"><a href="#fPanel1"><span
    …   class="barspan">Patient Care</span><span class="baricon
    …   icon-accordion-closed"></span> </a></h4>
122309                      </div>
122310                      <div class="box" id="fPanel1">
122311                          <div class="boxcontent">
122312                              <ul>
122313                                  <li class="visible-lg visible-md">
122314                                      <h5><a href="/Patients-Visitors"><span>Patient
    …   Care</span></a></h5>
122315                                  </li>
122316                                  <li><a href="/Find-a-Doctor">Find a Doctor</a></li>
122317                                  <li><a href="/Find-a-Doctor/Specialists">Find A
    …   Specialist</a></li>
122318                                  <li><a href="/Medical-Services">Medical
    …   Services</a></li>
122319                                  <li><a
    …   href="/Find-A-Doctor/Physician-Clinics">Physician Clinics</a></li>
122320                                  <li><a href="/Patients-Visitors">Patient & Visitor<br
```

```
122320…  />Information</a></li>
122321                          </ul>
122322                        </div>
122323                      </div>
122324                    </div>
122325                  </div>
122326              <div class="box-group footerGroup col-md-3">
122327                  <div class="footerWrap">
122328                      <div class="box-heading footerBar hidden-lg hidden-md">
122329                          <h4 class="box-title"><a href="#fPanel2"><span
class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
</a></h4>
122330                      </div>
122331                      <div class="box" id="fPanel2">
122332                          <div class="boxcontent">
122333                              <ul>
122334                                  <li class="visible-lg visible-md">
122335                                      <h5><a href="/about-us"><span>About
Us</span></a></h5>
122336                                  </li>
122337                                  <li><a href="/About-Us/History">History</a></li>
122338                                  <li><a
href="/Maps-and-Directions">Directions</a></li>
122339                                  <li><a
href="/About-Us/Leadership">Leadership</a></li>
122340                                  <li><a href="/Contact-Us">Contact Us</a></li>
122341                                  <li><a
href="/About-Us/Community-Health-Needs-Assessment/CHNA-Home">Community Health <br
/>Needs Assessment</a></li>
122342                              </ul>
122343                          </div>
122344                      </div>
122345                  </div>
122346              </div>
122347              <div class="box-group footerGroup col-md-3">
122348                  <div class="footerWrap">
122349                      <div class="box-heading footerBar hidden-lg hidden-md">
122350                          <h4 class="box-title"><a href="#fPanel3"><span
class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
</a></h4>
122351                      </div>
122352                      <div class="box" id="fPanel3">
122353                          <div class="boxcontent">
122354                              <ul>
122355                                  <li class="visible-lg visible-md">
122356                                      <h5><a href="http://www.bjc.org/Jobs"
target="_blank"><span>Careers</span></a></h5>
122357                                  </li>
122358                                  <li><a href="http://www.bjc.org/Jobs/Apply-Now"
target="_blank">Apply Online</a></li>
122359                                  <li><a
href="http://www.bjc.org/Jobs/Why-BJC/Benefits" target="_blank">Benefits</a></li>
122360                              </ul>
122361                          </div>
122362                      </div>
122363                  </div>
122364              </div>
122365              <div class="box-group footerGroup col-md-3">
122366                  <div class="footerWrap">
122367                      <div class="box-heading footerBar hidden-lg hidden-md">
122368                          <h4 class="box-title"><a href="#fPanel3"><span
class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
</a></h4>
122369                      </div>
122370                      <div class="box" id="Div1">
122371                          <div class="boxcontent">
122372                              <ul>
122373                                  <li class="visible-lg visible-md">
```

```
122374                                        <h5><a
      href="/About-Us/Announcements-and-News"><span>What's New</span></a></h5>
122375                                        </li>
122376                                        <li><a
      href="/About-Us/Announcements-and-News">Newsroom</a></li>
122377                                        <li><a
      href="/About-Us/Announcements-and-News#Classes-Events">Classes & Events</a></li>
122378                                        <li><a
      href="/About-Us/Announcements-and-News#Notes">Community Notes</a></li>
122379                                    </ul>
122380                                </div>
122381                            </div>
122382                        </div>
122383                    </div>
122384                </div>
122385            </div>
122386 </div>
122387
122388 <!-- Footer -->
122389 <div class="row-footer copyRow">
122390     <div class="container">
122391         <div class="row copyWrap">
122392             <div class="col-md-12">
122393                 <div class="footerLogoWrap">
122394                     <a href="/">
122395                         <img width="100%" alt=""
      src="/Portals/0/Skins/MBS/images/logo-footer.png" /></a>
122396                 </div>
122397
122398                 <footer>
122399                     <div class="col-md-12 col-sm-12 col-xs-12 addresses">
122400                         <address>
122401                             Missouri Baptist Sullivan Hospital<br>
122402                             751 Sappington Bridge Road<br>
122403                             Sullivan, Missouri 63080
122404                         </address>
122405                     </div>
122406
122407                     <div class="copyright">
122408                         <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
      class="copyRight">Copyright &copy; 1997 - 2016 BJC HealthCare. All Rights
      Reserved.</span>
122409
122410                     </div>
122411                 </footer>
122412             </div>
122413         </div>
122414     </div>
122415 </div>
122416
122417
122418 <div class="row-sitemap sitemapRow">
122419     <div class="container">
122420         <div class="row">
122421             <div class="col-md-12">
122422                 <ul class="sitemapMenu">
122423                     <li><a href="/">Home</a></li>
122424                     <li>|</li>
122425                     <li><a href="/our-policies">Our Policies</a></li>
122426                     <li>|</li>
122427                     <li><a
      href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
      target="_blank">Patient Privacy</a></li>
122428                     <li>|</li>
122429                     <li><a href="/sitemaps">Sitemap</a></li>
122430                     <li>|</li>
122431                     <li><a href="/Financial-Assistance">Financial Assistance</a></li>
122432                     <li>|</li>
```

```
122433                    <li><a href="/joint-commission">Joint Commission</a></li>
122434                    <li>|</li>
122435                    <li><a href="/quality-reports">Quality Reports</a></li>
122436                    <li>|</li>
122437                    <li><a
…     href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
…     Assessment</a></li>
122438                </ul>
122439            </div>
122440        </div>
122441     </div>
122442 </div>
122443 <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
…     Top</span><span class="icon-arrow-back_to_top"></span></a>
122444
122445
122446 <div class="row-bjc-healthcare">
122447     <div class="container">
122448        <div class="row">
122449            <div class="col-md-12">
122450                <a href="http://www.bjc.org" target="_blank"><img
…     src="/Portals/0/Skins/MBS/images/bjc-healthcare-rev.png"alt="" /></a>
122451            </div>
122452        </div>
122453     </div>
122454 </div>
122455
122456
122457 </div>
122458
122459 <!--CDF(Css|/Portals/0/Skins/MBS/css/bootstrap.css?cdv=55)-->
122460 <!--CDF(Css|/Portals/0/Skins/MBS/css/bootstrap-theme.css?cdv=55)-->
122461 <!--CDF(Css|/Portals/0/Skins/MBS/css/all.css?cdv=55)-->
122462 <!--CDF(Css|/Portals/0/Skins/MBS/css/desktop.css?cdv=55)-->
122463 <!--CDF(Css|/Portals/0/Skins/MBS/css/tablet.css?cdv=55)-->
122464 <!--CDF(Css|/Portals/0/Skins/MBS/css/mobile.css?cdv=55)-->
122465 <!--CDF(Css|/Portals/0/Skins/MBS/css/jquery.fancybox.css?cdv=55)-->
122466 <!--CDF(Javascript|/Portals/0/Skins/MBS/js/bootstrap.js?cdv=55)-->
122467 <!--CDF(Javascript|/Portals/0/Skins/MBS/js/jquery.fancybox.js?cdv=55)-->
122468 <!--CDF(Javascript|/Portals/0/Skins/MBS/js/global.js?cdv=55)-->
122469 <!--CDF(Css|/Portals/0/Skins/MBS/css/dnn-admin.css?cdv=55)-->
122470
122471
122472        <input name="ScrollTop" type="hidden" id="ScrollTop" />
122473        <input name="__dnnVariable" type="hidden" id="__dnnVariable"
…     autocomplete="off" />
122474
122475
122476 <script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
…     ></script>
122477 <script type="text/javascript">
122478 //<![CDATA[
122479 ;(function() {
122480                        function loadHandler() {
122481                            var hf = $get('StylesheetManager_TSSM');
122482                            if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
…     ''; }
122483                            hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
…     Culture=neutral,
…     PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
…     c73cf106';
122484                            Sys.Application.remove_load(loadHandler);
122485                        };
122486                        Sys.Application.add_load(loadHandler);
122487                    })();Sys.Application.add_init(function() {
122488        $create(Telerik.Web.UI.RadTextBox,
…     {"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
…     _postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr417$View$
```

```
122488  ucPhysicianInfoGroup$txtSearchBox\"\\u0027,\\u0027A\\u0027)\",
    …  0)","_skin":"Default","_validationText":"","clientStateFieldID":
    …  "dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
    …  ...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
    …  searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
    …  searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
    …  searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
    …  searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
    …  searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
    …  searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
    …  {"keyPress":radPhysicianSearchBox_ClientClicked}, null,
    …  $get("dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"));
122489  });
122490  //]]>
122491  </script>
122492  </form>
122493
122494
122495  </body>
122496  </html>
122497  ************************************************
122498  The following data is from missouribaptistsullivan_org-source-20160728.txt
122499  ************************************************
122500  <!DOCTYPE html>
122501
122502  <html  lang="en-US">
122503
122504  <head id="Head">
122505
122506  <!--********************************************-->
122507
122508  <!-- DNN Platform - http://www.dnnsoftware.com   -->
122509
122510  <!-- Copyright (c) 2002-2014, by DNN Corporation -->
122511
122512  <!--********************************************-->
122513
122514  <link
    …  href="//fonts.googleapis.com/css?family=Open+Sans:300italic,400italic,600italic,
    …  700italic,800italic,400,300,600,700,800" rel="stylesheet" type="text/css" /><meta
    …  content="width=device-width, initial-scale=1,maximum-scale=1" name="viewport" /><meta
    …  http-equiv="X-UA-Compatible" content="IE=edge" /><meta content="text/html;
    …  charset=UTF-8" http-equiv="Content-Type" /><title>
122515
122516      Missouri Baptist Sullivan Hospital: Healthcare and Medical Services in Sullivan,
    …  Missouri
122517
122518  </title><meta id="MetaDescription" name="DESCRIPTION" content="Welcome to Missouri
    …  Baptist Sullivan Hospital. We provide quality healthcare to patients living in or
    …  around Sullivan, Missouri. Learn more about our medical services.  " /><meta
    …  id="MetaKeywords" name="KEYWORDS" content="bjc hospital, community hospital sullivan,
    …  doctor sullivan, family medical center sullivan mo, missouri baptist sullivan
    …  hospital, missouri baptist hospital, missouri medical center, medical treatment
    …  sullivan, mo baptist hospital, mo baptist medical center, mo healthcare, mobap
    …  medical center, mobap sullivan, medical group sullivan,DotNetNuke,DNN" /><meta
    …  id="MetaGenerator" name="GENERATOR" content="DotNetNuke " /><meta id="MetaRobots"
    …  name="ROBOTS" content="INDEX, FOLLOW" /><link
    …  href="/Portals/_default/default.css?cdv=55" media="all" type="text/css"
    …  rel="stylesheet"/><link href="/DesktopModules/PhysicianSearch/module.css?cdv=55"
    …  media="all" type="text/css" rel="stylesheet"/><link
    …  href="/Portals/0/Skins/MBS/css/bootstrap.css?cdv=55" media="all" type="text/css"
    …  rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/bootstrap-theme.css?cdv=55"
    …  media="all" type="text/css" rel="stylesheet"/><link
    …  href="/Portals/0/Skins/MBS/css/all.css?cdv=55" media="all" type="text/css"
    …  rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/desktop.css?cdv=55"
    …  media="all" type="text/css" rel="stylesheet"/><link
    …  href="/Portals/0/Skins/MBS/css/tablet.css?cdv=55" media="all" type="text/css"
    …  rel="stylesheet"/><link href="/Portals/0/Skins/MBS/css/mobile.css?cdv=55" media="all"
```

```
122518    type="text/css" rel="stylesheet"/><link
          href="/Portals/0/Skins/MBS/css/jquery.fancybox.css?cdv=55" media="all"
          type="text/css" rel="stylesheet"/><link
          href="/Portals/0/Skins/MBS/css/dnn-admin.css?cdv=55" media="all" type="text/css"
          rel="stylesheet"/><link href="/Portals/0/portal.css?cdv=55" media="all"
          type="text/css" rel="stylesheet"/><link
          href="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/common/base.css?
          cdv=55" media="all" type="text/css" rel="stylesheet"/><link
          href="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/base.css?cdv=
          55" media="all" type="text/css" rel="stylesheet"/><link
          href="/DesktopModules/EasyDNNRotator/Controls/CarouselRotator/static/arrows/arrows/
          arrows.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><link
          href="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/themes/NewsOne/
          NewsOne.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><link
          href="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/themes/
          NewsOne/NewsOne.css?cdv=55" media="all" type="text/css" rel="stylesheet"/><script
          src="/Resources/libraries/jQuery/01_09_01/jquery.js?cdv=55"
          type="text/javascript"></script><script
          src="/DesktopModules/EasyDNNRotator/js/eds1.10.2.js?cdv=55"
          type="text/javascript"></script><script
          src="/Resources/libraries/jQuery-Migrate/01_02_01/jquery-migrate.js?cdv=55"
          type="text/javascript"></script><script
          src="/Resources/libraries/jQuery-UI/01_10_03/jquery-ui.js?cdv=55"
          type="text/javascript"></script>
122519
122520
122521
122522        <!-- HTML5 Shim and Respond.js IE8 support of HTML5 elements and media queries
          -->
122523
122524        <!-- WARNING: Respond.js doesn't work if you view the page via file:// -->
122525
122526        <!--[if lt IE 9]>
122527
122528            <script
          src="https://oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
122529
122530            <script
          src="https://oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
122531
122532        <![endif]-->
122533
122534        <!--[if lt IE 9]>
122535
122536            <script
          src="http://css3-mediaqueries-js.googlecode.com/svn/trunk/css3-mediaqueries.js"></
          script>
122537
122538        <![endif]-->
122539
122540
122541
122542        <script type="text/javascript"
          src="/portals/0/skins/MBS/js/http.redirect.js?v=2"></script>
122543
122544        <script type="text/javascript">       //
122545
122546            httpRedirect(['/login', '/login.aspx', 'contactus.aspx', 'contact-us',
          '/giving/charitable-foundation/online-giving',
          '/patients-visitors/patient-choice-award', '/find-a-doctor/request-an-appointment',
          '/giving/charitable-giving/online-giving']);
122547
122548        </script>
122549
122550        <script type="text/javascript">       //
122551
122552            caseSensitiveRedirect(['/find-a-doctor/request-an-appointment'],
          ['/Find-A-Doctor/Request-An-Appointment']);
```

```
122553            </script>
122554
122555
122556        <!-- Place this tag in your head or just before your close body tag./ Follow
     …  Google+ -->
122557
122558        <script src="https://apis.google.com/js/platform.js" async defer></script>
122559
122560  <link rel='SHORTCUT ICON' href='/Portals/0/MBSH-icon.ico' type='image/x-icon' />
122561
122562
122563
122564                  <script type="text/javascript">
122565
122566                  var _gaq = _gaq || [];
122567
122568                  _gaq.push(['_setAccount', 'UA-38108439-3']);
122569
122570                  _gaq.push(['_trackPageview']);
122571
122572
122573
122574
122575
122576                  (function() {
122577
122578                      var ga = document.createElement('script'); ga.type =
     …  'text/javascript'; ga.async = true;
122579
122580                      ga.src = ('https:' == document.location.protocol ? 'https://' :
     …  'http://') + 'stats.g.doubleclick.net/dc.js';
122581
122582                      var s = document.getElementsByTagName('script')[0];
     …  s.parentNode.insertBefore(ga, s);
122583
122584                  })();
122585
122586                  </script>
122587
122588
122589
122590          <link
     …  href="/Telerik.Web.UI.WebResource.axd?compress=1&amp;_TSM_CombinedScripts_=%3b%
     …  3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%2c+Culture%3dneutral%2c+PublicKeyToken%
     …  3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-4380-88eb-63855ca4c2d9%3aaac1aeb7%
     …  3ac73cf106" type="text/css" rel="stylesheet" /></head>
122591
122592  <body id="Body">
122593
122594      <!-- Facebook -->
122595
122596      <div id="fb-root"></div>
122597
122598      <script>(function (d, s, id) {
122599
122600          var js, fjs = d.getElementsByTagName(s)[0];
122601
122602          if (d.getElementById(id)) return;
122603
122604          js = d.createElement(s); js.id = id;
122605
122606          js.src =
     …  "//connect.facebook.net/en_US/sdk.js#xfbml=1&appId=210444875773811&version=v2.0";
122607
122608          fjs.parentNode.insertBefore(js, fjs);
122609
122610      }(document, 'script', 'facebook-jssdk'));</script>
122611
```

```
<form method="post" action="/" id="Form" enctype="multipart/form-data">

<div class="aspNetHidden">

<input type="hidden" name="StylesheetManager_TSSM" id="StylesheetManager_TSSM"
value="" />

<input type="hidden" name="ScriptManager_TSM" id="ScriptManager_TSM" value="" />

<input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />

<input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />

<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
```

value="1KY/wGZq/rjoL1UiMutYlIe6SbWQ2BLaiqUUp3UbR/dcLy+Lzyt4/
Cmo4jqNYHxfvvyhdhLcUyhvosf1NRYV7P/BKtjVmeciv4BCo3O5ZN7CTtTy9WbSJSYgSDs1+
CIrrOSGqYG4P5N4n9q/LkN0TiULEojt+UyXTUpWvA+SfoWbnFeP0h7LvCH5zMmAyL+
qpBA1uyYSV3rf2uSeha2jID2ijbcucw65U+zAssWDQxN2EUgcyi2FB5icbwlMNxH8XPrTsE3Rd/
myX4BPfITwwF0spT57zUQXUZBbd4zmcwGopLATD+7D9QO9QAnQfrXnRtl9Xrd/
2jv5kalCBAQ8jpNm1JauO6kjrfxxhbI73Rx5miOKBsuVaLEieASS2SW0uONMIJ3ysXgl8I1kUDQlqdtAnYHGn
4WyWyhqjizHt4yAYgTlg3Rr3MsL/CHLpYlHieUGGDBthtTucUxYPErkLs+Y/
bwNEL0Rf5EgBzkUm77rd5EbOySo+/
1YwEUoHptUtwQ3xXE20KS1gz8rH4n7I51pEUmzULloXFD0iupigMiRPSMjxIQj+7nRDtSpXPF4qlW2bQ/
rEY77bBhxr2jtw0i92DGXM86XOO+4Mltl UsOC1NM5e339tkhnXX6G/t/RBEyARtsk9vOGOxAA/s3n0V/
7uT4U6oBEEyVrLvIjZ3Orj9r2rmUkkfUIm6zkPYNsedTbPjLmcRHhkEwcu4n1xaKCrc03t/
GyDggsVOFqCSvgPBhEXVOrVhoCKLCMXRKZ+d9Bcdn269KPwOQrpzcQCyADs4zbHoGR9hvRUjwjvMy+b/
AiywRl3N2eo4zVDCZotOQUU79O0uUrT8m2rJqVrcO2tAg3fVwZyMfblveow4re0WzurymBTrr2FNakedNQKAx
75jXwTU5TYRi02QySAy1m+KmJ1QnHLLiNZ/c/
wi64gmW2SeilBv7HK0NfVLu4WmfVD1FEX7KzhxukD522nZ34sU7pzsFpcU9lq8gXSqjT0NYYIwdBmBIdV7P9y
c+tHo2Z1sYHJzV9G4OHus341icdm6mEy8wCPTApXSr/p3yOM7T/78T5y4I1Fr/Z8RCzRWEzeI+Q/
kJS5Skly1CuAMN0czQShy65yFsEJzPCUMqk+ixKKlqOp/OHpkFQnOzgM7ApQiX2KHi/
RxFN4xdkkpCbwRVM4RZSUAsh/fd0EpCGkRBVUtgqIFYxkdvoeGVxjKlj+hQiDnaVF8mswhDtQ7rM/
s56ezmKSC48DaOUDHcJJ3lGRQ/UoYYJNF/
ojnp8PZma0oROsTOFe59D7qfwXZMLKF86cu1CPKfiWJkiWfck9qifY3E405WGmHPkrrw2BKqBZ0BGVa2lQNf1
PjAx3ckjrLawbJX7A5qY1zh7HbBbFMVCPCK91+z/AUn0mSJjqGUnzJ1iU+6Xyzpt+/
IwbP40bvbp6xFRdfNbzE5fwhHMIZk4ugNbEIaFt+2luqRX5XDwH/FR9NTPVk1C+11EBKpxkGn6r5347ft/
03wdote4TEyZjkiCzVAt5Zo7Ukznxs0mqmAMFo5bTkE1aY4qbM0Ywxl+o22fOj1f5hjHm/
ySLg22gvXVQa4X4V3mAdZogidjwc2/ciBzHstY3XHmnr/8jqQvxa9QzKPamW+quTIiZ4stc5KXz+
1DjQbyuOeOSH+q1BpcY/9JkaFJc1gNy7sc9y4ZLvrXAlF+
YX8DS16VNpo7RMx7kPA9ZqRZ28SSNIpqesgNSJVeJEV2Vq+QMK6i0ArYSokLS530RgHUpzz9HXX9U/
uMFqOiYeLofTjERdvyR5JoRIQv8onN5RF3sfjAJrcTq/
DoSBdWWGrR6ZOP6L6VbrTNCCGCktxYYKwiRaDHvCZqRUCvlzBY9q3J/zvyIXrpPEvmS4unYCi1M0K88/
0RtTzl61t7BfC0UGGgLR5EBLjZRgapbl/IphbhA/T/HHSvDgcVY5uRqrWR/h9G+
t2VJGn042YLnYnu6s1SSXAWaRJEmJuqy37rfs+aT4M+5ls3zdzAl/
OMp3H2HPkw4wpLEhr862HdNyiLPC9VIWCJxtgGtArA2leNkz94pFwKpVYXDL7geOc4So/yTcGJb+
R7PGoIqLUenrcEdpP8Me06E39qrMv/3sjvAUJ1nbtO1bzaZud/
zWopR3NEe0me8TCzHFcTvf8a6F9L29KOh0VKrd6akykz7UUFuf4Rk9TkF9AxB/
QyZT2Kqb2E2jU5dY0FhAHcudhA9mRi3CjSZxank8c/4KYxp01B63YmhhcURz/G+
JPDMmE5xSzIhTht9VEmaAxDenvWvVKIBfVp1Yp3jq0AChGeOUppqhJxDGE+
P8JILRhJ5l36BC4vsNvUFFDHQJqqY1yBL2UkEkuY4+
oMPYSMwZuRzKDsUZSKlQfmjNTNim83N4nU8aXjticRM1X9tSrkCKVLsV34hRO7CEZtG0WQId+
EktCgHcBV10DrmTxaT+SLthZxLyyXpf6IFcThRXGEemvbiUK8s2cpIg/
AiPqXcEJPyTP3Js0mmDcRz5cfIpMWBTR8SYOHyfN//Jm+vjKOCQqAJV4yAFeCQ8J6FLyh4RDadGX/
UIWEL59Ipn1f+1aa0uqwpnoBA6zypyYBjdvzEkBBfvQ/
BTTId3oYReVPG0PbrUsNjVcvgZWrxUr3P2FtFRwETQ1Jw0xq8RVYH1adh9JIhs1rWxTgMMIXLaPcFHjBCTKIe
Fi+NDUOFR9/NvPUxfhFPBJ86YkHpJFXD5jFsvwyZqi3HJJH6vDTEFQ1Vo2KTR7pnSmd9Z/
MJ3fFvhRu89+uICo3XYCwUwCAn60czRVWrP1N1L+
EkLKgu0YH8tU5Eylg4yM39ma1PPC610B4O0dov1JfsHgkGIm6e+
MRvCU6Tc094a4sjD3byW76WaylcAvrNCedmrUvW+r7nuaPhnax0ZArxc0Nui+/xX2km9TiCUD1XDTD4/
VZZt0aYc7S72BAU1EE66UbaoEZ46G80kT42LtB58p57g5hI2FXMK75KyFxuj7lcEQznm/GYq/
YcMtEZbIDRsTm4HXxQvq8pc1Fz6atyLen1YgugY0wcsRiNRZe6OJxnlhaOR1YrLKinIKokcrr8bIOyA30msdZ
LmeK4Q63p0GZ8pTBoxDbOF+bPBjHbyEV8sCCuUc1Qb0bgox0Z8ubT/b+7GLbCqDK+
Rhclh8i6DHt2hu6ju864O90UW9VVj8RoxYe5IXMmYPHI7vUBiNDEQ8mMlPMCvYJLI0AekhgzINPP5qHEJtPsW
WNytIjEdcOK4FNYmDrySfC2cPSqolX3QDXjj2GJ0HKMsVav3u1KbssOJ6UFore5FrMcOY/p60f7+
kLnv4qRiVtc3taBmieyyw2CidATkl4DXRAZkghpTITPBRH+HtcWAcK+RWPolpSw2Ul+BOpTpmVz+
gE7MSuAHXqSssYvFN/

122626... AXB5dnwnt1opmnbAu5sy2nv4B67+Z06fvQfeu31cErLR1ZyRdy1sV1m551BSymyqnByPXYQ0YKC/
... hc5hLFPGZ1fwM2oZ+IPmJnpSV7KW8KCUSYuQ7q/P0A2uO6EDhCTHpXvRqZ7p8/1JvA0wh3WcnaJjY/
... e8K0AVak9vp7V/UEzad2IploTpzBAXAxcWa4ehcUDfL+xRmmM4Cs/6Auxk9NOpHp7kgNW9b5y6mD/
... MlnhcwAuXxDpI0Ktw/QKj8WWEgOGlpz6P0vUuvCNuYCoFUbLvCZgxJxLxVwCJj+JYzPZde2R6S+h1b+HQ3/
... 1wJy6IcXt11MnyTohmvZXDcWXWUiDc3mCsw2zEfEi0jHMwrKg2ZduJ6JVDMNiqr14DGScEWn09lQ/Fxy8gI+
... qVZBPuOj476XFiObLt5fLaqoKvvp+H8qWd3lkRhJ9JTx7PmUWME7dX9CD10LzYwJeEe7fHZKx+mKQ/QyXXbk/
... MY+HKHb5vuQLD7wPG2CAqIr5m/wEQwAS7vmLHh+tY6rq5e/bJ9mbCCYS6C2v9V7jrawKYXXs5O/
... v4M0HwFu2hBf62baHv+Oak6hxYuta7ZnQ4ZWmvpecBNSINOerHGiCmGZlAjoCnnExvn+
... dDk82iKPflruBTq9m97+AANIGdtveqMnXy+vczlZ25jA/qn1WJrLckOkGssI1oX5VLUT9f7ZjtzjxMhf+
... sJMSQSecr/qBlI8DjzzxM7LMwiU2/8wQODXm+Q4rBwcbpT9DQIuXS/5s6G49o8a/
... zWvMe7d1TcrnOB0NZmAqmwCfYQjY+
... swQraCArUwuAu0hU2RG5y199zA3Koi05dqErxUiyTuNBQCFLsWPIPPdXGDU+tn6+
... kqgyMqhxWQyRcIavfu2PJPcvDgur0NO9ut2n5oiPIAS2bAy7LdtahMycO8FKLuMDoPSKW4l1AmYfMS6xwyxNG
... YSJbpIgYh8y+zZ+K2akTLtkEuNFTpH9xDVli6Ei/
... mL3BzRfnhG1lfKT1JoJnRhB91NNLtGjXfES2ybjTqNtamPMBllLq23GMeD0tm18DE2AZhKQZ+r1rJ4zoK7/
... MyXCC/t7A7n86s17ij0JmvyGxv37SkmAtauVFEx9FTV7y1bJ/
... g7WpcNcrsklbZUjuPTBXVOlQ8Ef75gTmdz9j4u2kaEnBi8mATa3NLfHrV8EzbndI/
... iKpPyhoAq0QwZuDGjj3NAYl46WCjt+YPhu+RBr5J6HSQn+
... xbGZoenddvFIugFcTgRT0oBibY9FdGGEOSzGtSPKMGHEm5XLm7YUM94/
... bSJL1AIrJaejdAbouPegWii3zGMyh29oaZNDIc30CfReVzKoq4WTtKC6BVWrhPxukP+aAIhZfbfy+
... wlBcAT81LuVr3eKnK15WhneVn+NdRbxj5xjbfS0J5Bd4Stge9V6LPaBrkIIy1MzM9mjxuJWti2KzFBh+
... 2J5zMTy1/cwULkupoa9Ew63TtkjZj8UOj+HXxiviH5d3oiNtWEafxFDfTdFYTQOyvG7SjlT/JTuMsqdb/
... t9FoMcEd2OEGMYW0B+ill1DasCrRigh0LJRWIc3riUnFH8hAFuzpfzyZv/
... g7kiNvSywhDGAukZj5HIAUnaZBSjE7mef8yzLnIHZGHqqc12D2s+J++JgLRYjql56/
... Vq7cskH5GSscsq62s8V0brF3sHgeIsu0MRlRYL/
... MHTmy72B0ueWpoXLDSUJGi0HWarONRaKeGa5YGWOYKmqdfFSGx8Fer0Xj2Pp0tm4nlw54e3Kwj3Wj7X59QmUd
... onfMG1R9tj5l3hBJQ//NHL1ssGgcwzdzeBMhK69LIxYRk5GVSb7yvZB9mvFUou8y0JIVRF/
... fVA6uAWtuxqpWIqIBAzwhoqjcZ0kOXTrYHGkdXXt9SKXUSNfwEAQvpSJLvBNW0tMQXboGx7Vphcn7J/
... rNdDEdkjNIpuxE7749M/24R8dYofhPk2tFO7Q4sgGMJfVbCF8B+A18nxWCAhh9FBcnvyYYbPQ01gAoIu1/
... 2xDzrJ8ypGuZbz/dlfrao8/7WROEMcB6t/QLuY6/V+MtT9248iIIjIVAwtZwfxs4QiP3r/
... 4JqAs1XQRl3kbd3yjjezWKESbtqj3Ow9medu5Nou9LU5w8r6lBtJvcrA0t1Uxb5vkNVVvJvGSN3SC5mAxgSpx
... mEQA6HBpFrtPyTEJxJVk4wkxytJqJE7bhonIt5rw10i3GPjEospN4aYNPYdl0JPf3Cz2oF+
... 2aobipKedsMhAwaUAaisPiXyOVp6bThN6TeVsCJkTbiTUOjsNw0P9TFSWImeSx6M+
... 3YZwdG5uUOVZoVY99JxHJlAnPdTYcy713cS2jAjLZ1Ki7wvuf3cbpNHwo30wErxFgeb+
... 94XdZN7m6dBCoAozibOM/IxvX4t2Xt2brD+5Xl1XNsPnSt1EmDQei4Ndf3e4gwJBcHdOY/VnmiDL7/
... rOnYjS8m8yRX8zG4OY1DYBB4uEc98W5jX0bKz9XmM3VVefDhlcNL+z+5k/
... CgdKZ873dHj1nwwUsiQbkphFokrHjITiI5F1+
... XLyqypDd1JLD5Ff2AGvjh8tMky7uImtDjTz1HxMzFUfy9Y7pqRFY6iSGytCApXaKs7uxV/+
... nAfZhasnEsCz0PeI01/CgoeKrAYqbsoWtZz6tCXS7zpqTT20BTvNkssssrkUNvmSninQ1oMM/
... hl1aISytg5qguTLQpdrtKgKOZkGoRC6hSBlOUwikbr7dgcMnKkBaWMRnD5mEMYpp4WXjIhYvuHn5LsGaI2B0P
... 21OtmVqqo5ZIG7pHPlZqWqI6TiXUCbmvO2DPxmTyZTwIvjQiyMn6dryIL6Gdsg99Z9x14RkrPQjYAsDiljZo
... +EE4iF/AjNXepPnz5vF7irw1dZjgWoTD2qvAioEf0wn0PPV2jUIF1SJnHr5F5s4cBOOKsVR0a+
... I2cN7CcBoOmJ0Z4/RpXIpSw/
... n92esVBO02HAZ92M0B76fNBiW4AJL3sM8yQTFPhxFKO3C00ScPzUK8jincMtP4FyOdaSu+FZEMB58QMiPADDQ
... //I1EJq/3LFvP6xzu9B6nWR+j6ub1U3EZj3Ou+b0+
... yjIB3YqILFbitxpL3ISwDjkDzW4M95xhVw1CI2bSqR37DvCQverFdxTrMdgBWL7Mkdvno8fRW+s4/
... 7QgHPLGBxe918ZqFjR9FWlz2Hvi9rMv7J4XJgPvVUXsPKvHlT9by/
... kDiSKdkoESXQ9NiMCBYZuDHZ0dDtEfUHp1XmNPHsfwArjHWviEo6PdUxQE+
... qy0uqTgPNvch8j6IcNI3vQcZ9RUEamvBrW06127ZobK9uXy+E4V3TtH/yzKk7U7Qcnf83c+
... LaMdLKnql379Wf630Mr7oav+4Ou+Vh1LL093z04jHoKB2VKCkR8GEH5CtNx76h+
... LFsDkdHV1xEwMt9mAllxifXzB9Iyd+27W6Vk8GHHsGuKRf/6y+vbKtD6chkFuusgby8D+
... daQX4f9HPtpZKOmwzdmqD3+
... gYKNLlhQ9hObglnse2tnamvpf2CIuCROuapKuTTuvZcs2a84wjPybdVocWblq3hrZ61wzGyb0gmwdUDdKygnM
... 3eZodnC7FotclJ8uu38qPT+jAHR6d9B2CHs5EnAxu13531RFY+
... GPAEQDUblw1nkO3g1V24WT6WHmBomoPHujA1fT4XxbpCkBkUL9HEsrY1tx6khD3pl317Dl/
... JwLu8uT01dCj8zbMFtpP9AbxpiAQGu2woeMzplUSc6TznpSrCQbV3N/
... fPHfEDaygJdJBUL1FjZYGWUVB2n6vOmpME16OEvvM18C8/ucocsJEd5L6pSf7pguvnRswfANfNCVaeH0B+
... jb0Fx90LjF27FMi+IVcMEaIbJ2RSBDi4HYNg+TRVTHNwuhaaBLhUqFyKSXnkQbhddY5cIbPVYtz+
... jwgvsFSUk20fHa7faouys7isxNxwzKNzm0z7SNSEq8feqQu4ucGDmOD8rGiYqfYYcggapMe096X5BWmH5nHjs
... phpptAPrkDkPPgAjf8fHIQgm3TYJQKoxmWDylbPB/VDfH6SBikO5r6znQXamfacaYQlocZc8/T4l6/
... c3zykJR5qFyl8jZMYNRPCDBeouoJdbt3Y6KfConfcyOr+7R5G9R/
... fDfGqQdv6GE3AV2EL7NxCWmnnNliiIJ26y6OOeY2jnrSsBWOzBRhnT0an8iUzKSYIEpUaHxjdrMfQVbYgDrRd
... rnd+n/
... VHQeJPcCDOwuyvS11KGAVYa95JqzDd2OKaSckhqd7OGIJE4A7bxDb6sedLBA51XP6gixo6I43C4GHPWaxAA0A
... hk9je1ukM1eiwLKqHsOVodrsXLjVt3T3Jn/x+ZqiD/v+vXcHzBS6rbGOIwHebhcc4/RAnDU0P+
... TdlPM59iqa6CS7h7sX7y2LUFFhYL7kekTz8KUjRdUnsWcdwa04DPpQG9frdY1f0eLEdHit2pNYua9DC7zjVfz
... HDB5bMGg67KCra+N1xOSbYjyrgt+nDDRRv+
... 3zG86CFL3xqI7lIinjExQVis7B3i8aRralgr4JtBm5X6XrR8JPzchzCqNUVNDXleEqyO9aATdw1WTf4CjbSNW

122626... bHoFrvit P31vyS4+ttpbe15nRrfP9qfapdW5s3IpeyrtUVK1xohCdP+Kv1R0dy7hBsHkt9RgMeKuXzm0+
... OLDsmV+la28xD6Z+23oSi5xAJkaQx4WakFGRwuUHHn2c4TtnADHEMEFNAtIsLnKD8g+
... oVb0C9Xsr6vECo8IVS0H9Ik7nHQDLCykTBBSSiPrSHskqY7w8NHzN5rZ1uQCzm0GE+
... vB417mK4U1fPgZQFdEs7J6K1UWMq/5Ys3UV6LQvmpiR2VBeCB1D/9ANvdAORbmsQFRsQO2CsT/i+
... JorsdnPkASKUhhBr+HBUsvwkBqAOH+X1LFswdAmtsxGN9yimT5JvQVZpyMovlGfGjNj/N5TB4J+
... fkq85nT7Nx7xLqGkglc6LmflVgWpuvHENltxi3dzUl11lUGhOTC+D27XXyIq157B/
... FcB5tytufiZXH0QDrlG1ti2kiH2UYj8Xe1Bpsv6XzncMfTsof5HhhTnX8hXQNxa8d13dxg07hvgd8QSYT4od7
... U4+hfacSyVWpZTKMYbBOnmQTlI6uK9bc/
... CLMOvRBbB0vV6Qq3Y0O0yzjuvAE6UPo1AdOQxn5FDrFvIvyTaw0FUGjIY6HsslbkGSAN95KwB+
... Dg5A85UuyyRkAQoM/
... OyFEibaBxeG85dBkayYkP9J2qilB41hCi9tdmSzE7nyDkOyQOzprICFtjGOU6iY5HqhLOCRikwxLxKLcuzolO
... C6VYHzl9HXX0vsuZWz9EJSWiaw2z8bEm+HYVHHc/gl/ZgeB6Bxt/
... 2xpxQokYlrptVyqijn4ZuN3wpDbQw3ccnOrdYrqD9bNEJNRBJDViNr4c/sy7gFeMZMJltWf3mPqyL/
... u7JskIAiqXNTQxJaAja1/llnIqC9GhbVvK3caq3qK/8gdyuglFFx7RQAelvRE+
... z5LyE8Qs8Kt1QGW6URCyeICRrKGbVKT8hV814hN0HQVWheu7r/
... TylWUz7I3CpVMBOxPq18QQPqe20GgINOGMrGvXUKDfvGvIC2vqBCEvkR19v5IyNbjCk0ThVwNKXoCsQAoH0iG
... OXdESm4rCEvBNZRl3iDvTqey+RWWlcqqfwqAJqAO3Oy/R5JJ2Ogtd7WV5wAzwxz/U2ZABPt/
... WHzROntnOJwZMAuSP4FnQWQSgjG7dsOvfaUWK5vV3utUBccZJIirylftvfU0T1BTIU0WEYz6NFhosLsiZ5Mru
... krSRHePpwt1yl99ed/qu1/vmT+fIIPISGur6RFfbpr+
... OvxI8PVzubmydPJEhB3A0ARSlYtywgVAblCLIojHVJT1Ap1N3u40gpx1ZduX8wfhWu6BwlMLAiRfMO4paWeMx
... n4Mcoge5wi0D3BjG/GT9LRW1PH4ikLIeFGvSNb1IM4aN9R31+
... 0aUpg8u6k9Zbd7mjvBhWqtnL3eNhTE10adZTPLVqOu6SLTyqNe9T0r/lqtTciOODC+ska0Q1r1McD2+
... kO9qsPbhckO/JGWJo4xq3+dAilTnbviCOPw4RPbpD7KHY2iemeVgmTcV6w8cqm912+El0i/SERBn+
... RSesdGjiQw+2phwsEkKfMvs1YLDASbWFYtbQAMAupQPwLxJy1Vaykb/ZuR537wVUetjv/
... a2jbVaZTxMs51gOYnl0sELUvumgjv9Kfg+V3vOeYpFY8Ttfk/
... cZEgQYQyG5k7rUoCheKryVUy45nD6NQUUBQpX848vR+
... uSEJkJREfDZ2RmG1RsCzdeWLmqWCJtID2Spy9WUD6J4zm7XonGvAaB6I0oRXhWUketnbrDf9XxN8wUEbdkghF
... ZOOk+3Zl4SvL6nBGWL+YifMUaPdZd8MqYJV/OVHkGnyEU7n5AO3fmU9JOxJR/
... z2g0RghvKGs0EG0QRTrnCkvMqoQdAOaqqPlH5qEtG+e4u2ib/GzCLoRdZMe8Us9+
... 3z4iCL6SIJACpYOYJDbCS36XmjfxexA6sFS8BbM6DCcX+rTC3WGwZ/r8bI4iTYuHby/8XGP+
... SBtknb06BmHOBD+x6sQ1wVCHETamF8w+
... j5X4bBMQTO3PCgC84qfn1WDCpYZHqauzBXWfL5oZFxByOpi8E6GkUWZH663NHszZePtce5Ka2U8Qj4xATgoPp
... OAzQeUDDXQk5tsPefQTatoFHn3vUBUPCjEpySoxqsAKGXWx/xnjWiQ2RrDGv+ZPKgzluXIChU++CG0/
... nGeDH8Y2hTkH1npjijN+yUzmMQ+
... TCIW0mxcvXYTbwqCy8k5ql15uwpCsUHLoKnLcVb0eS9fmXsXUh2PWWdffwJxswLAe+
... qRdM5C99i7mIbdFWgUUcIEbCoOPt3KIKD44fNsG//lOfPcjuxIp/
... B3w1JnJFdTfYnr0rTmKPW1o584W99HIqJSwVt2SUN+pwmKaABUSntqVbpw5i+
... I6UXNvxeBMK843TSFEBwtJLVxWv4ay++CuhFzNtlE+rjkgGykCpJ+5WijOkOP9LyuRo/
... 8BDACg72AHt7mbaw25p4fOdZUjh+21G+5ZsBpt0/hl/2UrvGtRqLp74O/
... bJrXxHNnZ7Rw10A8x2nV105xQBYBi49+FBrvbIIHIkJh66x7VRgmJfIAGdGm/A2s5PgZNxNG/exL7SuT0y+
... FtoJEI1xD5SwX6nbEwkHwBVld7YtxDqsoVWZNMG6IBd/
... fssog3cnpFrxEaER76XFPEboaklCmtlixjz5AQEjYQ9K6oIFYa59eO4zvg2I6eggI5ITLtiqyXRthesh3vtrR
... HZA+
... eA8aGM4YGOAYVGHvrVVgeXMZnXUNIvXc2SMpk6tvN5lPvKXyUc79jA5NaRRhEnUWqVirez7LsiNLVE0SFeJf2
... kRHAqyramL6OgJE7wIbBWnDwrGwUxrAowU8+
... 0b7vOhYl2vDZQoOnHyUwOH3k6EDpdT776cxcUx17Dw1sG2HJe2P7jAwrfKrrfSlsooDrV+vMOH0k+6ZhDvkf+
... q7TauUDyGoWJSNMUPfoZy0W0Vx5Jum1yHASM96cZIZB5qoiB2LWuhNNlo48ZLvIuqQP6ZpN36eF4RkgtsbN2Z
... ir9MMp3LABc8gdoEjyVLg8EwVOKIC5LgLpf5Yb+S4kRLMUq/
... GMUEYCSGOddYJW2EsH0VKqOV7YglAsodrxT2z8+Oof8/
... JEqPJEwR2cX0WCKzgGDRNxmLSxRAPhdu9lo0YXoCLH4VAYN7nwVU54Pis0NXq0QjSySZ/
... Md7OEYcQdCsmxq3AhYEwcJvz8C26qe6gKeqw7KsB1+
... iM4ngicqds1xCYV16LSvmZ2m57kChSfELpMTuiR1qYCNbtzFUzuYBoSeRnF3fo4VpbvJw3pcpGukhHl0AhP1c
... 61wNFFeM1ZI0w1ZUJRzslLo83DC5IkoBpgfuTDcHcLnydZ40axUfu8ZYdsICaJTRnf2NtMVVYycCJ0BkqFIb/
... cM4pJwC9WeFpOXL1fKyeubFWs8kSvHhmQR26NB7QrXBZIKgV20hY70dc1cEHyim8xG3yseaMu8FY/+
... WLktB8dZU93VTaxvuj4RFu30bxu3A2nvVxpDl0no3sqWb5whIs9CycXybxSIh4KtAI7ukmJpX9y0Tr6ywseSW
... NT/KmXi4KbVU5UxUbOk39pNP/fW4yAxDz0SDBxAJczkMyy45sI2k420k3Dwz2VbCk5/
... Pch2AuFouc8i78r5hLwPP2KRB6vFBUDC4D8nnMnLKcflj4LBeeFk0H1OYumvOxd8nBpjxE5GJ1ONSzIpBY/
... VSqIwUYu3a97vgros6v7RDL1jDdb/sDFBX/ouxoislbhLb+FK/WClX7UfJvi/okruaeOINUvBuPOwDB2i/
... kKA51K7DZQWzVCSbnCGT4HB03DwpZbD13qtVlqIpbEDONRWWFysBlp1gr6RtXuF5xAnDBY7xcXie+
... CjqSP1xAhfRoRRV+
... a6caMei98iQJP8HqHizQh15dEfRo5bFVdM1lgmLBhh6yVEwddbX08d0bjcwwhFHs1W3xAW93KmBLEZgCHAQjt
... dt5185DznFx+cpuSXs3YzLmdRuZA5lASyPpZ1QQkgd48gkNmkcQhUhK2gsU1wbM/A9dcCCu+
... D7Amwp6VoDOZtXDRQr79eymytltt2JyvLIPf8YnyJDDfDfbLhGjakkH6uGvEsX9Om2isH5h6G8cZnM/
... uvYFaoh+ncz4SpokWMCypSbiJHQgljLrJrxayK7+ITi6XJzs4E8AKuiLXcTOuh/
... 1Tp8Gzb9CF22FdM4fw7Dr3gisISY6jOjLkCGju9sD6naRb574kWdVQAsorPNXQ1he3hDUPWr6EnXlaIA/
... 0tidFx7qh8Tgdf/0WJ0OqkVLFkN+ZFAJKAEd67NQiKSnjbqahEyQZPhI1dxHQNWVvlZnjTyxuxR25IbI/
... ae3Hbeia6mMwhPYj1XmkhgQX6U3e3IFFnCKrb7M/
... CRVQPKTmNd8gBmHUawAXHyBMohboJJu3AB6Il1BgmrgIJfqux85l16XFK/

CXbRfHs2cw5wXrj1hObe2mqKv72U0v4maU0q3Te/tlaZrUjXQP/vLpOGBlanGGV5/sY170pwRKDXIvlw2R+
ytsW+vNuHieTLizctvyILXVLNAROEAGo4J9Za6nGh2LMxiEASJ9hq+
YkqLfpYGsEcPKdYxEE41ndlW0OSlSr4SlTvoNdS+
gdnk1pSv7jpLCGriAGBsFDLPfNiye5gm4iqdfokygGjjHVSElrT1JTxOLmlbOXFTIqvhbK6uKDRfkYoB9vr3b
UMJoPWcIvZgi92wGrIeoc67JKgq8+OIjhOKAnMD6G3acsVFTflKe523VvV7GNYjq6nmCb3BUrWbogL52b/
GRYY11br6x6BeIr13V5RE1T9GksXyicJ1L6fqhY2SxEXuvG3N8xbqFTMhQpa0X8l14zdlGz8Pq+
J8ZtheUBXX2U0ywxe8yxp40bXXWVuniUaysw0Aasa93oswTTOwI0u+IMc+k3HM+2pZeA3n0HGR9z11WAn+CZ+
BCBcrjL9LUl9VFbOKI15VfDIH74uLpbKA7j/qMt0MGh6u3vae1CyXs+dOaKE8TxgTVX6Vr2hGHIopxPD+Mu+
IQbWha5widRCR5vsZgS+4W4utMr49X1soB6ekw7i4lzr1QqotVPml/cVXyCOiIQrFuHzrT56uYZ/
fEPLeOzWRCobGM5s1S6Mz+pYncpk788kEkHl4/dy1SIbhXY84J+
3cmee8fdjxumMvcIM7hMBYWOJFquRua8Cxji+PaF/FHFrtE718nTtj/
0WxnN9ahrpHHi2cp1ndvg5w8IBHE49weSWv9bMOK1zJVOhve9hXm/cxbn3JADlE73RODp9CeLjAxILtmJ+
lZGO2C0TdZfj2guuHBOin2eVdJwhYegpnZkVWJ56ssBQGtowzc6X/6rmsn+ph+/
wfla6PeKMYOFkadkktOTN7e9ZRQFgc1+HtBWUItLaMWAxo9cCEqZ0nYTBOBchOMukzo8Xuh4vw+
A3cObRO6REF+r8gBk1BA3ySkMZxN2Yawtu1Qawxz9McgAIbZ/ZRtF80ays15wRDNLIHelKb/30mY5+
khuEZhIb/S7wd0jmA9wpb5V2He+tJFH30ocsia2teuOKOjudEnJPPlxvBKCI2kFpgoY9xnJKmSFiOr4DGa/
Rx8YJJTDwGC6hZFVfuyoZjn0lO9DwDvceIuLc+
AzKbPHHgtZAsAoAlEeHMII7nc5hnhNF4MiVL5oI1OdirtmFgK+
HD1Rjbojaq8oFK94QFTw65dwczhcmLyWPEsTZNFNqk+pUBRP5uLlQC+B3XwJzxVxz+
DaxFHMCypYBBr5aos8EaULsmyRLRzMom1ZQGWiOmd9reiP5nKRTyRWtK/nCJThIK/Giy/
HDV5h4Famp0YeKhna7SK9Fsgsr6QRb4Pth0vZIfOeMMaEZqz1xYUv/4NVtI0RnXkadSyx0S/
EbtmSWb13iFYlWS4/jKYuacAjvpqe+1jBHGS7F0abuO07jPwBuNmDlmPcg0LUhj2x4DV4TL+
O5jIO9tmob88JdYgO7hbGa89LMFyFb6Xnv8GNKn9nVfvM5/jrPeHaSOvNBtvK+mwTrUcxpQnr5z+
6hHvnnOxnt9CGLFAShHMz615rMuBE7rcOX5ZtprJXmeXodnionuFT51CZBcwtiU5g1bq98kcedPjxBUFpBdC5
oCnMUAxy0EUZC0Yny1EFFSGoBG/MHHoLXF7+OcvwyITOUkvE796WiH9FqBQj7NJYm+BhLhyMP266G3+
4o8mChcb7sW8+2ty3EX4BdD84G63jDb/fUKD8oZHKiyN9U+q7Mz9AVSHs+rGTet2kUJQkzIgOpsZs5FjXeht/
MdR732jZQjg/xNTpt2drhFCW79Jg2bc8L67g6n8ZxDYyiXR3O64+wwx/JaBZmF2YQcz1fUYYA+
Qbeyzg2fllu8yAUEC6cxTSbPM91jVkbJquIniGcqzVGskkb4r2Km3yD8lTetiHXwKl3qe4F52B6vbVy0KUpEZ
VEw4WNFMCLqXVc96vjW0MyEznWwM/
OUDMJiP4nQypqVY9XFaAV2BoV1Rjh5dZ86c13rkGquc6QdeJsn050FYKn9KrlAsx6gUfdCCEEDDXdeAcqlQDY
/arsUy409V3P3Bw71dQakzI3/yQjEPtRAH2NJwR7gCTGHIefDAvoe+ukSXBQqFJiRxJ2BmNtnUiJ+
kd1WwsOlIqrNe36TGw8sJJ0fzgLfveBmRfzG9edYmdSe0+
qfahAlaDHnc4l0RNsHCqHNcXNnuVUFsz3RUqIUFYV4vt/
YmW73Z3cnN8MT41wriGbEV4vzH7y9BgeyMcxQWw0f3QA0B7e0Rc3ZHkMc5Wvs4ty5jdr9NuNDcT0xR9NvDGaC
smP5BfW6NJ8DztECI4PHTF/
9PbmoQaujwCo3vVJjVV9Ig7zcbpfVfHZh3LrHL52QWXYZd1ASD2VvmseAC48CPRpucARidzMrt8AMNEc8PO5
8HdC890J65UEuXAqhKoZ02uABeJjb1Tvz+mRWBiKDrGn4jSp84mOW6ydQrPDeQI0etjxkEwClg9cUBNA/
PQpktipwSF8SJEA+84iYj00z6bA8nLXvyyI+Olfa5qx5hkc/Hz76tdKEVo6LUco4etuseogcZgl5t+
8U8q7bdB4fhJHYVnNpVvYDNOqlUX2WIvauiToBts+ob5DZoCK8ACdupeKxe2Fz1BhYzQGUiGXUe/q6w7a/
mPkqP4/7sJKLLDF9tbE9ZuL5Iz+wKDuQd3f9wkFH8LEz0t9r9wlm5+
EW5C8Hax2p35TboM5sp0v4d6WdGGpmEHvB0Z3DsEiiw07FiDxDxhdAwNM20Czp9gRl8fVGDFNoHDYRIdrYR/
nleaJRTeyAxrBen7qld891mcfIn3dbMFKwzwqZaCNuD+8oGx3CbrZb/4F0gv8LLfiayIh4nzx1kEE+DzuyetT
+6ySgS9e6Yr36Qmvh4584Y9rBOzC5Vuu8u+lm6hgKlAhvR3N4M0y4RM3ib5zld+
6XCNLJtuIsTOUiyQfaCqo1cLxzJU3fEUI6KLs/zPPIRY3ZEAMSHVWSOYTueCxGNeOORta4EE3By6hEmUTD/
z8XqEg9VpSMSuTYQanDzjz4ADY8NolTcS7F0KquOIks0Lb6nKNYKUMdSnxY6NtScSotRz+
HV0clNyQuPp43E4s3gKWwBtZEzRVTlUUEpEOZNoDC1t8SEjRpEb1IwUYktSQGEqXhE4+
uUp5p5wym9kYLQE884Sb2iHYjufz2yqmJlmn8IOpbAmRM3xqcMv4lPJ2Rjpk5pK4yq0FupBE7KcUkoZ5wCzDy
5Cfinoqbeym0MVBsSx19HxXQsZPD32n/qk0aqHbQecFd8J/st/uRtyldx0BLL+mlAy/jG+64bnESi28A6aD+
VFIXbpCQdRMoK1Jkt1NjVZ9E0Olod631eiF87ycYORDASEQdcM1dZsXvN7G6jBA6rosCDGzZ2djzUqHo+
jBAaB2ibZVSpPw2NPa/vo4EHyYQPTMBrjL5lGuAcp5WbfwjhGe8Xwfb2zUxOPe64pfe+kgkqDv3qHxN6QELeK
+5M8Uwd464tunEGZ/zEAdmLXu2x418lsTwg/OAa18Up3Qose/JEQPYGHG4WAs93/
xbt474MnwJZWmCZMYTfT6zD8Avp3zzkwRHU54hAiRg1x5pB86D13Z0Q2svXnxHGMsBdu/
8IcnsZKsqHPEYpfTQeNenguVckb9ctnMEIuDXm8QMJmtKgITqBJbiRzn4JbRadb9xP5V3XAwKABgUlwq+
c9TvImnHm2ZF67yTGCSriIu6tZVMgTNry9DGDo+
kxGATQNbESiqrZUUBYSgyzGpsZp0YHiYaloA9uHEX2bimp1juR/
uSnVCmO009rFRowzyzm0qFu2jqJTEjRMYQhyGdK80gE+fAacv740jA9/pIYmPse6bvmspo/
FBzG263ejhF5gEdB6Itvmor27KnC6czh/
ahAMa52sjArEM5PXkAIZmsBfpRcZ8t39TcpYDF8Rc1PgOklzdTY48VUTjJrjc1aNqkxcdVv6FQkc+
K09Xegf4w8VfMtOraEKWyrEtdR90oDPCLjsDyDwJxhC5j7rJ62XdIFa/JCQx4mg4hW0hd+NNqp2YUipekI+
nKM37OtixP+Oj7JAoTL3C8FPEgKRBFlNP6A/CuLtOPFtkGL7/
XDUGlkQfYNF0JMjFnfGpjoEUVSEyrrkhxW5IEAPh+
hSQ9e4nlKizcaqA2mqujY6gTOrhXnTJv8cw9smv9m0K3fWwQZCnuwqPqjqEORn0U+
tBZlfGnVfiOLDTdpnZW6SiXrz2AYk10xU7NVbfLwE4J40U7GmT1huNDcEzXbfEVG/
fplb8SgfGh1KBbQKiGyOKJjw0h55n1U5dZ8xO5EU6uxiNsFcYnfFaOYZ43vWLkzr2CxYnVTaIT1Wciq44HvWEEc
a0srsFfAm4HBAmrhmomvuzKwlQacxQyVoY+hNaKeJyEVAAUqMyImGqaMdbcgMTjts7383ivz801GAcWg88g+
6NUJQ1bbZwNvhsF7dOrFCw0uydvzp4QtNYKkxRYPyXPQDP/t5ztqg31u/1NaELh67anotT4Ng6LuSd4VxZU/
x0LXAMQ3kqC4GvqFeWW3dtbao78q6aNyjbOFkhcI4tN35wBSQQy+WbVCmS+1A7oN0FP/
qYXxmavX9NsgKvoBAizw4NQfMazQfGqjGam0M+pyEWi5QXaYHbXaZVz7K6W6mzCCPUzw6/

122626... y3BCzUpvbomWlaViThe1s2sn41x+
XcooBLZi2mePQChcgtE8Ciko6pfC8rw3eIVsTb8vJ900eTmBk9KJ3vibgE9AZ8zHdSh4YpGUa52JaTyONFD4Z
4Fn5x/iy2ZTpGjEjjq5EQyEIaKbGhAMFYfZWtTv5Az2kWUo84Vryf7CGkXfnMzjmua7KWUBb9bpZozd0Qyo4R
/BU7UItNEGgoSznHzqH/
7RWRNqQLLCc0zEMPAAEg9TXXOhrysYGjM2r984UW5TfVFUVtsgD6zOw5EPSsiO0MvxmKoUu0uDqpVnSAoGqiP
QES9DyIG8/JZaSSxE5M1oKpOGPn/YlK3BUg+Q1plKFMl6k/kee//qniFRtE/
4YkX2oq13ENX76y65Bw2u6vjsiSFRvXJbR7Y88t1ppFO/3nei+L9geEbJjpP8qPe9KG8te9K2w+
yz7E2uhwakfGXVFvSVckSA13XS2kGsPbNkNkCElGMWa0XmwGcaM+nlUXsdthcpBto5g6Cs/
emuUXQeVTCv8wWVbrKiK/HRg+a3VbvfXX3AZ3Vr/
ZKOuyNmsUWf0ZMIESjMuuDz8mK50CeSKPMw5vf2PHGrkLAL/l+HPDlgNZk/pPeB7FSVPbn/
4M8CBlm0JO7g2bg5YoHiGJ39p5h3jdqT8YmYHhPxjWPayU7Wg9SdCKyHCroYlOkgLaJtAVBLAxTC8SNMrnM3U
a2tBpJOzfDVU9dHurG5ec40emOiGs4+NhSVv+7MeNGMxxaCfJjaeC0M4q5/
VIH5I7mO30CsTDMK403jRq7rF87QYCLZ9nvCBeSOmkyuhbE1zfQhGYPuc02+YP4HOCMvAhGKeUBK/
TFLcG1eQ8PQG72fB6jRRvMVANtH9Vto7RtZlIxPjEUfD7q6wIi+J9j5FQJYCvP4qqo9wGc0s5VuSDrr/
5yjgNFf8l6+uDqiZBofc/0d/DnRwMRPl8mui8a9KqQzroPaflzdCfYoHCtFukCS0ox2PPgtap4Nf8PV1h+
oQGLvVajHGXpHIuaM/be6lCNf+
kJ2RzKElwLaOGY01x0ALvdmV9TIauybcXD7P8RWOiwh0l0iuTD80qweiwnmVHcwmNj2Tv05e9neEQYktF15PE
pMAvAs7U4jTO7O7bEYAs0q5iSlt+NaTpc9VJ7BLfu2cD/JVJx39KcT11A9zSHwpKU4Y+
3wI4w1oJmIdUrNm0KFLYsgHnbEnrqeoqUQlXtMBoG2IvZZ7oHLG18LV1hUQmXzk4hLvV42QLRj38XTudAEIAUk
QMSxnPsGsEfq09qFivrm/SaEcK85W9cnCGadTPrOQfd/zrHmmy1sh4nipgM04G3mptJPJC2Yj3FjE8nWO9+
zv2cKUC1VOtNRcwK4m5VnxnUPm8ektEl7mOaDemTQjcMapHUReJBSPpAbvmAbL9lAyru7aYVmhpQpAtehQWgh
WK7bSb7fbe9Qv2c04zEqpTB2AcIwAOLbO4QQ+diAnqxxW95UDVH+
IUgFawJe2B48GxJP4JPSMTzSSAPp6P7msiwBZB0Srqer+V6g6WweN7GCoyjHj3Kq3n30jSyDD+
Y4wDRLCD5LFa/khrj+rdZlFJ3w4iO7t+W0Spg9N3sP0yMP8py7ro3tNLZ+sfW+
TryPcJJp5xbCEPRXeJisMTGfNCP1sIuW76Udxg9jhlL4VsGMx8sj+MQBufRkYjQCniG+Fwv/HvtpyeFUL/
239f/lnsJj7NDxTWxCxZxSnHdSE4GrOaV0eHdeGCKwwhQq9MMBq4p46ZesiUOYmpMOxX91+
Zggpfu4mK2hXCyM5rjG65eBu11EEyTNY15ac2KGaAAYIaepomoCpdMvBaTavMR6+I/XgP9XCtwX7S24z+
l9UMurC95an6JrVkz9V1+wZSQHSkcwS/xKbBvnQE52vZ3+4Ga0NAkss0zNv6M3NgUQ9rMcIV/
nxvnwlrdvgAp8+Q86nmTxprXtiTC8Ew882PPvS9/IBfV3CVAnKpHxDQCGLtztbUWPEtpzc7wK8h6+
0QpSD90nVuCO4F7QdpTvchjHpMtNjC5MmndzwQdTpvnq7RcnscWf4lLYwz7CSLrZWIjEOhrQMATAUEY7M0MIe
u0HCX7TyuxqIgYyuDphPXRe2Knb9ztAZ3nX/StwuUJCMC3RBHMKmDoH/AoxmQbr+
HLRi0fbvJ2FNZDQh8mZL2pgBP12cBblQ496Cz7rRJwRYchHuvrQ+t0aV3y1TFpdVdCBMdvoWD+
BowgaJm2QBfqJ0up0PmwAnmhfEFIQHEMMZV/rxxbRRIIQXmKdNO+kqHpoLTKBtUOpUc9sVXpAya1Pc8t6x/
qfP4TsTDtxB/Vq+mUGUCMqe4Wdyqf8390qVQ4239y/Ps4+
NsNKqrAdcmtnWx2YJmtjI8aLOMUzevQYZUiGXBBWF1AwSHugha4DK0O/
okNwNij3pLE6jCDAGfhlrQhHDYyTLeJJJs8DDMb4YxCOrtufl7uepM4nTJOpIVKaYUCn0RKvj5RdY0XRo7P7V
hF5WmYTe0tMwmacoo32LiZKLSCWNJqz3SRXk/aKrf00aEA+
Hf1aoUJDKRAuuwbMRxdQXcKrIFbEu5rQuYLT8jFH+
dP4RRrjzrlM5WcgeB22GJuPex3eERoGz9mO31JXYyd0ObUTHcPPjXZ1IWsImIiBONVvWbmGd4JqlfJjBBj/
P2KUykbeCGsM4M1nLEOzLrrfT0vxZugTfr8mcPAWZM5Uh720mw/MV+
iK1DTvRGPrl2aBAdVboDTdO0zNGDqynE+
NYSZrxVODAeIEm22nbe9GjDV21uzMe1W7YSsknunPOctWL78Xsar7NYzQAKXerWrgHiHw3OtOZVHp8ZkG9TKC
PQDiCNB9CNGGbtMdlWIXzSxtDWcmyH79H+
GYBP08NGIhYPVUPDth93peQUMsoyffB9odTcDv2Rxsn3hMwZhVRIiPvvz/iGjereIMIAI1VVw/
L0pE9zO1PsckQJyWRFgCKcnGVLw0UCJo+keuuI2Bnygf0rctVejixYjYk7b/IRk/tCwcHYMxgNFGtfw/
WVp9p5603olaiXQKdwt0D9bCS0XyoGVBOc8bue2N24YW+CP9hrv+
nK11b9gcynZgpeoqqafo5cem6hgGo2yucfb/61Ecqj2R6bfHxbHd7Y6BQVqOXuGh7o1DuCf/
VYppKzQxqTSAVX/0dY+CYjgCLtsrf7M3rpZDFgnQQEXr+
EvwF7oRsgDmM10hLv7XzEkFVTTEyoJxue5T5PFVtP1bD19p8oXaETxh8a8g6KITMHT78H9zIY6Pkxkke3bDD18
S1TVCkb/K+r/oDIxEEphUHLUW42ONF/
5nRqeDzXaZ77e1n9UqnpGwItMKps7q5FfLuSyjIDsnV5uzBfHYx6w2Zfb6pXi9g7ta3n0Mq0hNcfmLrwzRsgW
Lw02qAs9+U4ZQFp6b7zHhJh3WbQYqsU+0LYFZl/mOHU466mG62QzrtB+
LWLiFxakFH8TkmzcmzSbJxpacju8Pi7dQmN9tvh/LxXVIvzN8kH4iGIunw2Jv6n2XIP1vQmak1mkiv1+
6sPUGbXgumMP1LyevS9fBTdbwzE1Z5pxhpMGKUBvQrcBlpNe5dW/ob+
GU1xoPkem9OatZvWP4YC8pugrn0YiIquTmMhrAT/1CZvSquy+2jWBE+tXwdbJ7wl4lHW/
FlSoPgQyI26akgaQz2hAZ3iQBA7HwTqPcRrVzkuCwFNKU8dkEjYMwUUGD2hwof8o0pchbz5makMptzMX63ohD
afDoJp/NxruXk/1hbffwTF898Sa/qyi/d6XjSN+
eKBFvsQlQzWa0aks2g6nO7oP30ya2echbtKkJPPizs6C7TYw+fyFT4aXXDaoEOOkW5Y+
Wea7NM0oRKcYYs45W9m6t5wLibuIKf7Gh5iaT4bXAg070ujyshHbK6ueH2KnPrwA6zO9KBEqWwz6W5BS8pf+
OccQyrn96c+lpB+TcUOat2CAwp6eHOV4wiXg8EpaFyVJ8+G/
3K9XagyN01EhkYfVUmyF4H9wJchXdYrK50y8wsmvpn1Th8XtmRRFGreQveWXRTtBzMdz0Hu0zSw7kNHFSRJYOwj
/52ANskuAv+p6FDu5O6uXUNEHQeWD+xcZ+j1jswSCGkp5roEu6sgvjMvsQi1gQmHamSRQYEMxWGJZJfM+
AsAN6fEV76WE6B8ltIpQlQzWxT4rAvjcRPbVjSXCjLVykT4CV3P5IWkyqm5d2vBWE+kj10rtd0stn+x7yG/
8cFZVwTNuaHnjMveEtUGALJX1naEN6Fo1s/Vq1My9IKaJc3oLfaLwltNcMig/jkWMzbfc/8ZTkcrmRp/K/
JveH693v40GHoBt09T6fzJPzL8BjVjQsuE6pGVB89rrcVV26qIcDF4OU0NWk922ecjoAmT15riyC1sGjE2sVR
BuYJmEOa4nXMtGkJEgZ/TUa3W0qC1BcTJeB3aTWXJhvP0obkXFxR243+8RWGCJ+
tjFOVzFFCa9l8DZ0GPCAcWrb693FMFLU+dq6PRxMDTXvzxX9LuD1qgwM+BRdK/x9fxK98vmQnXQl0/
Uf2hPnzFCMCnpEHL+qjPdCjlL9taEKmP1YGPume1+Kn2Zu+a3E7bYjqfbmeqGK+lmeXZcnwg+

uOw2 or 8CrbFQjD98U8jfecOTFRbnfsSxqcQU5v1781TqimIpE8XUCWsS7kA3Q4BKLyA3lxav86jlYlWGg+
jF5WnkJM92Ko5Lxz/HCM2967xoofISppGmTpAofZWS4K1cvfcU3WduMmVagy3RBKeGSBWrOa5Rkw++du2jRn+
iSFECOO8kZ3Q2k44xMTk6xOzkwY04gX4wFEorvOUYYZrtPSOVjSsg6mxcoCnBkoVN3s2iRrnM09TrwmkWBQoM
dhzQXA0flplFL9Ordi9l6Q1bmatQr5sN1LBUzUJKv2ZRY5f1Jp2Qt8GJLGdnc6o2q4GD0lWu2ekexbbVLEM1I
ybBvazTqN7L4J40ZlZoJl/ccqSIjIvEsCSACmXqOlaKbWSU3a+
lAOGjRhrxbDnf8oKiAsojlsklZ9zi5o2vhjrPMZTbIU70Riwj0O/E0rlNOusqlUcv2l0Cmah4gotIWTDpxu+
g96YnF3sxhSRX7BlpSwyRJ0TtnKZtcYjlCn5RZIE4AiHeIXtRYT40VEJ0ievSmN1sGiqa7KG/
LPl6tJ1vyVKggRKMch/9dqdKy9qybRAqwKJRCsZC5u7mX0e6cdTMupn+28CQdsV27A/
VdbOtXThZpPHtzHvbuYGSrTPXBO58XZxDEYavrtco08rHqJByGKc1V7AroWsHMuiYUItSO5fi0rjnPDkln9+
3F2Av70Vn6wyHeyoqetghOJoIc5FQq2FuK9tdrhNGc9jZGTLYD358rR26Mjka19It3HwtTDLSwpgueuF+
LYkFZYBsvHdmCLrO9JKHndXvj3opob9+xMm6tOK0PNgyU0e8xwG06aBSMm5QH6LUTGM/
XMLx3SAEaayJ7adEBmHhfwXNMB2qqtbOhadVNq2T67LaEl5hAfzayDR0DOdp2UL5Q5mtTF9fQmaB7v0QIrEJs
dQiMYdxVRVOxsLKp2MG7tf6YrPQxwElxjhXjixjEZhd/
Ro2PrYyEj09cqhljzq99chj5wAU066ejvuOZNiciHJHpwKbBAKc/
wRlbU7fIqx21UNI4Po8ktI6qzHELI2y0pHqw5y+eIrvg8D4x9s833a+
Ud1s94BjyriS3PfCUJBlwJVXTwoAMybvlsguw2roshICIjjCKWohBg1Or0YaGzYFSEmNfwDQJN4kyOmOMdIwI
g4xpszWRczvlOzy8gt03r2hmdST6bMNroJUEbH2FBFPQZ4yN8p506H8ViiHnVUq0vuiKx71znpGAxOTHIFeTg
niGXccI3ofz8gPqCBD9up2dIcsehqqXOZDtEMC+njQkny8tlRRKCgXoyCEkfdRAhBXccPmMngg4+
IQXohr2pTnkJQgjEjox7uVX+a3fT+aybf+
Cnl43o6Mz85b1EFMtw908bnFfVJR008Hl0S5gvg4fqOXahbpq3OVpg3dLEMiXO3deEtR6ayHqpXvKd2y6Oi51
FTyJPtG7y5l3y8jCHXOLXIUkFT3009KdFdAZg9F7CWqwzDZYkVCGtv5OxWSbt+
9xW3l jy3WJw4Juu6QCyysBVBviN8u6HLrmb+1eoGDkuIttwQ3atx8+ezRjcDNZ5YJkyQSGHczzlSpp/
7vQykPd+z9jRegfs2plfmKVidEktOEHTV4zkA2Y4/65GXxxVRrB+
aXYkIJP8mCFkiTmvb7HOavCVEmLwXjK8f3I4uKBHpLJyJok1QCaoJdf/eDvQFHVpK8k5yDwYZiDBS4b7H+
MrIfbgybYiEPG/ebrT8plMZJ7fjG7sVgXR/Q4BODs7z31dzQRpZemE" />

```html
</div>


<script type="text/javascript">

//<![CDATA[

var theForm = document.forms['Form'];

if (!theForm) {

    theForm = document.Form;

}

function __doPostBack(eventTarget, eventArgument) {

    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {

        theForm.__EVENTTARGET.value = eventTarget;

        theForm.__EVENTARGUMENT.value = eventArgument;

        theForm.submit();

    }

}

//]]>

</script>


<script
src="/WebResource.axd?d=El5R5l7v73nYz9xONLImuGB4fS9klO4gptyxz6nEGtJxJ9y0ppkG6gR1P-
94grsl6MRnHXCqxn3c1qFu0&amp;t=635802997220000000" type="text/javascript"></script>
```

```
122668
122669
122670
122671
122672  <script
    ‥  src="/Telerik.Web.UI.WebResource.axd?_TSM_HiddenField_=ScriptManager_TSM&amp;compress
    ‥  =1&amp;_TSM_CombinedScripts_=%3b%3bSystem.Web.Extensions%2c+Version%3d4.0.0.0%2c+
    ‥  Culture%3dneutral%2c+PublicKeyToken%3d31bf3856ad364e35%3aen-US%3ad28568d3-e53e-4706-
    ‥  928f-3765912b66ca%3aea597d4b%3ab25378d2%3bTelerik.Web.UI%2c+Version%3d2013.2.717.40%
    ‥  2c+Culture%3dneutral%2c+PublicKeyToken%3d121fae78165ba3d4%3aen-US%3aa713c6a1-0827-
    ‥  4380-88eb-63855ca4c2d9%3a16e4e7cd%3ab7778d6c" type="text/javascript"></script>
122673
122674  <div class="aspNetHidden">
122675
122676
122677
122678      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
    ‥  value="CA0B0334" />
122679
122680      <input type="hidden" name="__VIEWSTATEENCRYPTED" id="__VIEWSTATEENCRYPTED"
    ‥  value="" />
122681
122682      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
    ‥  value="wY1pHcKOf+2IUFAbN/QGj0okk3FXO0qrTMqWSVTLuRI9wqD+
    ‥  Wl1yXMSwENgFxIgMcz6RThtsoYaeTsVX2unclCX99p3nZdmqbX7RwdY1wD92tH+
    ‥  36Kw43h9i08IV45vaSFVcWCkcyP/GQQtgmYWECKue+
    ‥  rFUUvuQgMhTiFtHKK8B2K4vC79tK6MqIHNJZ93wQZUf2s/Z0Z/
    ‥  xmlvmCJoWnnoEozkgk3e8qjKqEk2VhyQmkDGo6DkgKtEGx5wdqXq/Ml/nMW0mHm0GkbTkNX8nb/
    ‥  LNXqkibOWRWf5gMSZcw6ilcRSd5Gv1Sf0EdNpa6vHnEWjroy8tvu99qbeA+
    ‥  q0GVkljro6wUiF8ZhAgDO3i2YixuVb+qp7pvFPi5j9ide0iK8xQkl+gdohJindVHM+/FJk/kKbgdIwA+
    ‥  47vJGp7/uVqT84PstwG0YdFQaw0x0llAKPCcboqcwzQsC7NwNSqTMQIWxq8sPsFOj7cs8O/
    ‥  8kKu92IzuwcFJsxLaMIvxCF/GNdB64Pf7LfjiKw/y5oiv+Q9gDgM6OqsbHU4c1eHK+
    ‥  j3jeVGWPklQ9Jv2H7N0Z1ekhbMFs0R/wpoe56JpEhymsA9p+4ZuINKmgjJjxSOYECXIgKCTu+Auf/N04kDnIo
    ‥  +dIZd2V68pjZ0PUeh5s2eH98ehr+fARK49D/J+TwIfVY1PbpuAC2gDkuArxsUKj+Z0P/
    ‥  8TWA091x1QmQgATqrmzRFNHReYtE/EAwp9KchV+e2XClCQpA/UUkPfb9E0+kIhCO6idxd/
    ‥  Mbgwb7n9WrlPABw8mL3GBk/
    ‥  pYxZGrLs1ZtrGZhbmrt8t3xQ3tjobp2OcevFwlwVVL7q2cKKIkrJzDHen3ugqhOWTpr1XHoHHrhDYn83NX04r
    ‥  TZvi+nyU8UKJPDJkFRa0Q8wOxglRakerUQ+vhPEdyP35OOkOq1CSDn4SQLJdUDUBCLn2upI/
    ‥  ZRtNv7c1ilWSYekpN1xu79tWhqkToBBaKRjGWZBO6WM8KAo5fLjMOhfiYp7VIx+bBi/
    ‥  sYxWiiboV7Y1yX3zaokKQ/5fQoFu+O0IxKePj1Qivbp9bT3h9nRoHk6V2oA59g++
    ‥  6Iabvsj0e6ncj0ia1joWNlT9IdjL+RDyjab0ZtQLqHzh9YAPgCbLa2nn1cJ2Wl+
    ‥  GdagWNKEIBe3dKY4HNVhOvcFqAccqDRqwJdjh79orkxya1DPQxY0oj6I7QmXmu+yI+hpin0JSOZ+MSE6YwmaJ
    ‥  /
    ‥  xZW2cqKUhr5QV2Nci0dJGaSWLS88vDnw1Ox2jKpSqW55f7kDcCBq0moGxwk5UxeKThHpEH9S6LOviyAJBVyVp
    ‥  w50VoLJbUO22Q0LiuDls0sX08pIkBzH9VZ5hdMNS5RBcWP463GKYUDniWRp37/0JW8K+
    ‥  zdJyeRGm9WmeVNVT7jth2LOSs4r55o6LFXtEXn2ChR9dHQ6At7Bbz+N8Usxi+mE5+
    ‥  Ph4NSG2y6mKp1Ck3Zj5QlVFzZaH0awVKMeXc8FDuxm7q9GO/
    ‥  0yRiZDSqWDF7Hncojikw67QDNM4dShTiZ6Sxd9yOlrWjGcpq94oYWnV0YesCV98/gTpIzcrw9Bh8HYs+
    ‥  ilHRIojpScsbOPd/guoi3u9o6Px/zxnHckba0uewqJrRnilWOTr+qlli6dQY2YNjjyyVJ8fTw4z2OvNRISYKE
    ‥  /
    ‥  GaEQwb3pNA2gqIOa63KruGUqvs2jPudZNjI8PA5223epFj3FwllcVHAOM2okUPqzYpmo7PZWfCTfxLHGUBriMuf
    ‥  8mHynego6C0pA==" />
122683
122684  </div><script src="/Portals/0/Skins/MBS/js/bootstrap.js?cdv=55"
    ‥  type="text/javascript"></script><script
    ‥  src="/Portals/0/Skins/MBS/js/jquery.fancybox.js?cdv=55"
    ‥  type="text/javascript"></script><script
    ‥  src="/Portals/0/Skins/MBS/js/global.js?cdv=55"
    ‥  type="text/javascript"></script><script src="/js/dnn.modalpopup.js?cdv=55"
    ‥  type="text/javascript"></script><script
    ‥  src="/DesktopModules/EasyDNNRotator/js/jquery.easing.1.3.js?cdv=55"
    ‥  type="text/javascript"></script><script
    ‥  src="/DesktopModules/EasyDNNRotator/controls/sizeshifterrotator/static/js/jquery.
    ‥  sizeshifter.js?cdv=55" type="text/javascript"></script><script
    ‥  src="/js/dnncore.js?cdv=55" type="text/javascript"></script><script
    ‥  src="/DesktopModules/EasyDNNRotator/controls/carouselrotator/static/js/jquery.
    ‥  multicarousel.min.js?cdv=55" type="text/javascript"></script><script
    ‥  type="text/javascript">
```

```
//<![CDATA[

Sys.WebForms.PageRequestManager._initialize('ScriptManager', 'Form', [], [], [], 90,
'');

//]]>

</script>













<div class="push">

    <!-- Header : row1,2,3-->



<script>

    (function () {

        var cx = '010350098472772863304:deccs0lzpj8';

        var gcse = document.createElement('script');

        gcse.type = 'text/javascript';

        gcse.async = true;

        gcse.src = (document.location.protocol == 'https:' ? 'https:' : 'http:') +

            '//cse.google.com/cse.js?cx=' + cx;

        var s = document.getElementsByTagName('script')[0];

        s.parentNode.insertBefore(gcse, s);

    })();

</script>




<!-- Header -->

<!-- Row 1: phone-->

<div class="row1 hidden-xs">

    <div class="container">

        <div class="col-md-6 col-sm-7 row1Left">

            <span>Find a Doctor or Make An Appointment: </span>

            <a class="tel" href="tel:8003920936">800.392.0936</a>
```

```
122752              </div>
122753
122754              <div class="col-md-6 col-sm-5 row1Right">General Information: <a class="tel"
    …  href="tel:5734684186">573.468.4186</a></div>
122755
122756         </div>
122757
122758  </div>
122759
122760
122761
122762  <!-- Row 2: Logo & Search-->
122763
122764  <div class="row2 logoRow">
122765
122766      <div class="container">
122767
122768          <div class="row grid">
122769
122770              <div class="col-md-6 col-sm-7 row2Left">
122771
122772                  <div class="row mHeader">
122773
122774                      <div class="col-xs-1 visible-xs mHeaderL"><a data-toggle=".push"
    …  class="mOpen" href="#"><span class="icon-menu"></span><span
    class="iconLabel">Menu</span> </a></div>
122775
122776                      <div class="col-sm-12 col-xs-10 mHeaderM">
122777
122778                          <a href="/"/>
122779
122780                              <img alt=""
    …  src="/Portals/0/Skins/MBS/images/ParklandHealthLogo.png"></a>
122781
122782                      </div>
122783
122784                      <div class="col-xs-1 visible-xs mHeaderR"><a
    …  data-target="#modalContact" data-toggle="modal" class="mCall"><span
    class="icon-phone"></span><span class="iconLabel">Call</span> </a></div>
122785
122786                  </div>
122787
122788              </div>
122789
122790
122791
122792          <div class="col-md-6 col-sm-5 row2right">
122793
122794              <div class="input-group">
122795
122796
122797
122798                  <gcse:searchbox-only resultsurl="/Search"
    …  enableImageSearch="false" newwindow="false"
122799
122800                                  queryparametername="search"></gcse:searchbox-only>
122801
122802                  <img class="img-submit" src="/images/btn-go.png" width="45" />
122803
122804              </div>
122805
122806              <div class="hidden-xs contactWrap">
122807
122808                  <a href="/Maps-and-Directions"><span
    …  class="icon-get-directions"></span> Get Directions</a><a
    href="/Contact-Us"><span class="icon-contact"></span> Contact Us</a>
122809
122810              </div>
```

```
122811
122812                    </div>
122813
122814                </div>
122815
122816            </div>
122817
122818   </div>
122819
122820
122821
122822   <!-- Row 3: Top Menu -->
122823
122824   <div class="mainHeader">
122825
122826        <div class="container">
122827
122828            <nav id="mainNav">
122829
122830                <ul id="navmenu">
122831
122832
122833
122834                    <li>
122835
122836                        <div class="navdrop">
122837
122838                            <a href="/Physicians"><span class="nav-text">Find a
       Doctor</span><span class="icon-arrow-right-generic visible-xs"></span></a>
122839
122840                            <div class="nav-line"> </div>
122841
122842                        </div>
122843
122844                            <div class='dropBox'><div class='row'><div class='col-md-3
       col-sm-3'><ul><li class='line'><a
       href='http://www.missouribaptistsullivan.org/Find-a-Doctor/BJC-Medical-Group-Sullivan
       '><h4>BJC Medical Group of Sullivan</h4></a></li></ul></div><div class='col-md-3
       col-sm-3'><ul><li class='line'><a
       href='http://www.missouribaptistsullivan.org/Find-a-Doctor/Physician-Clinics'><h4>
       Physician Clinics</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
       class='line'><a
       href='http://www.missouribaptistsullivan.org/Find-a-Doctor/Request-an-Appointment'><
       h4>Request an Appointment</h4></a></li></ul></div><div class='col-md-3
       col-sm-3'><ul><li class='line'><a
       href='http://www.missouribaptistsullivan.org/Find-a-Doctor/Specialists'><h4>
       Specialists</h4></a></li></ul></div></div></div>
122845
122846                        </li>
122847
122848                        <li class="navvert">
122849
122850                            <div class="vert"></div>
122851
122852                        </li>
122853
122854                        <li>
122855
122856                            <div class="navlink">
122857
122858                                <a href="/Find-a-Doctor/Request-an-Appointment"><span
       class="nav-text">Request an Appointment</span><span class="icon-arrow-right-generic
       visible-xs"></span></a>
122859
122860                                <div class="nav-line"> </div>
122861
122862                            </div>
122863
```

```
122864                    </li>
122865
122866              <li class="navvert">
122867
122868                  <div class="vert"></div>
122869
122870              </li>
122871
122872              <li>
122873
122874                  <div class="navdrop">
122875
122876                      <a href="/Medical-Services"><span class="nav-text">Medical
        Services</span><span class="icon-arrow-right-generic visible-xs"></span></a>
122877
122878                      <div class="nav-line"> </div>
122879
122880                  </div>
122881
122882                      <div class='dropBox'><div class='row'><div class='col-md-3
        col-sm-3'><ul><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Cancer-Care'><h4>Cancer
        Care</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Cardiology-Heart-Care'>
        <h4>Cardiology/Heart Care</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Drug-Alcohol-New-Vision
        '><h4>Drug/Alcohol — New Vision</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Emergency-Care'><h4>
        Emergency Care</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Gastrointestinal-
        Services'><h4>Gastrointestinal Services</h4></a></li></ul></div><div class='col-md-3
        col-sm-3'><ul><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Geriatric-Psych-New-
        Hope'><h4>Geriatric Psych — New Hope</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Inpatient-Critical-Care
        '><h4>Inpatient & Critical Care</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Laboratory-Services'><
        h4>Laboratory Services</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Lung-Pulmonary-Care'><
        h4>Lung/Pulmonary Care</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Mother-Baby'><h4>Mother
        Baby Unit</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
        class='line'><a
        href='http://www.missouribaptistsullivan.org/Our-Services/Radiology-Imaging-Center'><
        h4>Radiology Imaging Center</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Rehabilitation-Sports-
        Medicine'><h4>Rehabilitation/Sports Medicine</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Sleep-Disorders-Lab'><
        h4>Sleep Disorders Lab</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Surgery'><h4>Surgery/
        h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Telehealth'><h4>
        Telehealth</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Transitional-Care-
        Program'><h4>Transitional Care Program</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Weekend-Clinic'><h4>
        Weekend Clinic</h4></a></li><li class='line'><a
        href='http://www.missouribaptistsullivan.org/Medical-Services/Wound-Care'><h4>Wound
        Care</h4></a></li></ul></div></div></div>
122883
122884                  </li>
122885
122886              <li class="navvert">
122887
122888                  <div class="vert"></div>
122889
122890              </li>
122891
```

```
122892
122893
122894                    <div class="navdrop">
122895
122896                        <a href="/Patients-Visitors"><span class="nav-text">Patient &
      Visitor Information</span><span class="icon-arrow-right-generic
      visible-xs"></span></a>
122897
122898                        <div class="nav-line"> </div>
122899
122900                    </div>
122901
122902                        <div class='dropBox'><div class='row'><div class='col-md-3
      col-sm-3'><ul><li class='line '><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Becoming-a-Patient'><
      h4>Becoming a Patient</h4></a></li><li class='line '><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Cafeteria'><h4>
      Cafeteria</h4></a></li><li class='line '><a
      href='http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
      ' target='_blank'><h4>Financial Assistance & Billing
      Resources</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
      class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Gift-Shop'><h4>Gift
      Shop</h4></a></li><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Maps-Directions'><h4>
      Maps & Directions</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
      class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Medical-Records'><h4>
      Medical Records</h4></a></li><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Pastoral-Care'><h4>
      Pastoral Care</h4></a></li></ul></div><div class='col-md-3 col-sm-3'><ul><li
      class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Patient-Choice-Award'>
      <h4>Patient Choice Award</h4></a></li><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Patients-Visitors/Patient-Rights-and-
      Responsibilities'><h4>Patient Rights and
      Responsibilities</h4></a></li></ul></div></div></div>
122903
122904                    </li>
122905
122906                    <li class="navvert">
122907
122908                        <div class="vert"></div>
122909
122910                    </li>
122911
122912                    <li>
122913
122914                        <div class="navdrop">
122915
122916                        <a href="/giving"><span class="nav-text">GIVING</span><span
      class="icon-arrow-right-generic visible-xs"></span></a>
122917
122918                        <div class="nav-line"> </div>
122919
122920                    </div>
122921
122922                        <div class='dropBox'><div class='row'><div class='col-md-4
      col-sm-4'><ul><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Giving/Auxiliary'><h4>Auxiliary</h4></a>
      </li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Giving/Charitable-Giving'><h4>Charitable
      Giving</h4></a></li></ul></div><div class='col-md-4 col-sm-4'><ul><li class='line'><a
      href='http://www.missouribaptistsullivan.org/Giving/Volunteering'><h4>Volunteering</
      h4></a></li></ul></div></div></div>
122923
122924                    </li>
122925
```

```
122926
122927
122928                </ul>
122929
122930                <ul class="visible-xs contactWrapM">
122931
122932                    <li><a href="/Maps-and-Directions"><span
…     class="icon-get-directions"></span><span>Get Directions</span><span
…     class="icon-arrow-right-generic"></span></a></li>
122933
122934                    <li><a href="/Contact-Us"><span
…     class="icon-contact"></span><span>Contact Us</span><span
…     class="icon-arrow-right-generic"></span></a></li>
122935
122936                </ul>
122937
122938            </nav>
122939
122940        </div>
122941
122942 </div>
122943
122944
122945
122946
122947
122948 <div class="overlay"></div>
122949
122950
122951
122952 <!-- Modal Contact Box on mobile-->
122953
122954 <div aria-hidden="false" aria-labelledby="modalContact" role="dialog" tabindex="-1"
…     id="modalContact" class="modal">
122955
122956      <div class="modal-contact">
122957
122958          <div class="modal-content">
122959
122960              <div class="modal-header">
122961
122962                  <h4 class="modal-title">Call Us</h4>
122963
122964              </div>
122965
122966              <div class="modal-body">
122967
122968                  <div class="mBtn">
122969
122970                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
122971
122972                      <div class="mBtnRight">
122973
122974                          Find a Doctor or Make<br>
122975
122976                          an Appointment<br>
122977
122978                          <div class="phone-number"><a class="tel"
…     href="tel:8003920936">800.392.0936</a></div>
122979
122980                      </div>
122981
122982                  </div>
122983
122984                  <div class="mBtn">
122985
122986                      <div class="mBtnLeft"><span class="icon-phone"></span></div>
122987
```

```
122988                        <div class="mbtnRight genInfo">
122989
122990                        General Information<br>
122991
122992                        <div class="phone-number"><a class="tel"
…    href="tel:5734684186">573.468.4186</a></div>
122993
122994                    </div>
122995
122996                </div>
122997
122998                <a data-dismiss="modal" class="btnBlue btnMd">Cancel</a>
122999
123000            </div>
123001
123002        </div>
123003
123004    </div>
123005
123006 </div>
123007
123008
123009
123010 <script type="text/javascript">
123011
123012    $(document).ready(function () {
123013
123014        var rootId = 'home';
123015
123016        $("#navmenu > li").each(function () {
123017
123018            if (this.id == rootId) {
123019
123020                $(this).addClass("active");
123021
123022            }
123023
123024        });
123025
123026    });
123027
123028 </script>
123029
123030
123031
123032
123033
123034    <!-- Rotating Banner -->
123035
123036    <div id="globalBannerArea" class="globalBannerArea">
123037
123038        <div id="dnn_TopPane1" class="h_TopPane1">
123039
123040        <div class="DnnModule DnnModule-EasyDNNrotator DnnModule-446"><a
…    name="446"></a><div id="dnn_ctr446_ContentPane"><!-- Start_Module_446 --><div
…    id="dnn_ctr446_ModuleContent" class="DNNModuleContent ModEasyDNNrotatorC">
123041
123042        <div class="eds__rotatorWrapper"><script
…    type="text/javascript">eds1_10(document).ready(function ($) {
…    $('#SizeShifter446').sizeShifter({maxWidth: 940, transition : 'slideH', fallback3d:
…    'sliceV', useThumbs: false, usePagination: false, useArrows: true, thumbMargin: 3,
…    autoPlay: true, delay: 5000, transitionDuration: 800, startSlide: 0, keyNav: true,
…    captionWidth: 50});});</script>
123043
123044 <div class="edsSizeShifter NewsOne"><ul id="SizeShifter446" class="rs-slider"><li
…    class="group"><img src="/Portals/0/EasyDNNRotator/446/2yc3jjm2.jpg" alt="Skilled
…    Hands" /><div class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a
…    href="#">Skilled Hands</a></h4><div></div>
```

```
123045
123046   </div></div></li><li class="group"><img
     …   src="/Portals/0/EasyDNNRotator/446/rzxrca3e.jpg" alt="BJC Doctors" /><div
     …   class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a href="#">BJC
     …   Doctors</a></h4><div></div>
123047
123048   </div></div></li><li class="group"><img
     …   src="/Portals/0/EasyDNNRotator/446/o12ahvve.jpg" alt="Close to Home" /><div
     …   class="rs-caption rs-bottom"><div class="rs-caption-wrapper"><h4><a href="#">Close to
     …   Home</a></h4><div></div>
123049
123050   </div></div></li></ul></div></div>
123051
123052
123053
123054   </div><!-- End_Module_446 --></div>
123055
123056   </div></div>
123057
123058       </div>
123059
123060
123061
123062       <!-- Video -->
123063
123064
123065
123066
123067
123068       <!-- Content Pane -->
123069
123070       <div class="row-content">
123071
123072           <div class="container">
123073
123074               <div id="dnn_ContentPane" class="h_ContentPane">
123075
123076               <div class="DnnModule DnnModule-DNN_HTML DnnModule-421"><a
     …   name="421"></a><div id="dnn_ctr421_ContentPane"><!-- Start_Module_421 --><div
     …   id="dnn_ctr421_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
123077
123078       <div id="dnn_ctr421_HtmlModule_lblContent" class="Normal">
123079
123080       <div class="h_ContentPane">
123081   <div> </div>
123082   <div> </div>
123083   <div class="content-block gray-border-bottom">
123084   <div class="inner align-center">
123085   <div class="headline1">Missouri Baptist Sullivan Hospital</div>
123086   <p>Since 1962, our mission has been to improve the health and lives of the people in
     …   the communities we serve. Today, we remain committed to delivering the highest
     …   quality care for our patients in a comfortable environment, that's close to home.
     …   It's what sets us apart.</p>
123087   <p>If you're ever in need of exceptional, quality medical care, we are here for
     …   you.</p>
123088   </div>
123089   </div>
123090   </div>
123091
123092   </div>
123093
123094
123095
123096   </div><!-- End_Module_421 --></div>
123097
123098   </div><div class="DnnModule DnnModule-EasyDNNrotator DnnModule-447"><a
     …   name="447"></a><div id="dnn_ctr447_ContentPane"><!-- Start_Module_447 --><h2>Learn
     …   more about …</h2><div id="dnn_ctr447_ModuleContent" class="DNNModuleContent
```

```
123098… ModEasyDNNRotatorC>>
123099
123100      <div class="eds__rotatorWrapper"><script
   … type="text/javascript">jQuery(document).ready(function () {
   … jQuery('#edr_multicarousel447').multicarousel_1_2({ resizeable_container: true,
   … orientation: 'horizontal',viewport_crop: {top: 0,bottom: 20,left: 0,right:
   … 0},navigation: {show: true, css_class: 'arrows', autohide: true,previous: {position:
   … {horizontal: 'left',vertical: 'top',h_offset: -10,v_offset: 0.5,h_as_ratio:
   … false,v_as_ratio: true}},next: {position: {horizontal: 'right',vertical:
   … 'top',h_offset: -10,v_offset: 0.5,h_as_ratio: false,v_as_ratio: true}}},pagination: {
   … enabled: false },draggable: { enable: true },slide: {duration: 1000,step:
   … 'item',infinite: true, easing:'linear', interval: 3000},unique_id: 447});});</script>
123101
123102 <div id="edr_multicarousel447" class="edr_carousel NewsOne 0" style="width:
   … 100%;height: 290px; margin: auto;">
123103
123104      <div class="wrapper" style="height: 270px; width: 100%; top: 0px; left: 0px;">
123105
123106        <div class="slider" style="height: 285px; width: 100%; margin: -15px 0 0
   … -15px;">
123107
123108            <ul><li style="width: 250px; height: 270px; margin: 15px 0px 0px
   … 15px;"><div class="box2">
123109
123110      <a
   … href="/Medical-Services/Weekend-Clinic?utm_source=Frontpage&utm_medium=bottombanner&
   … utm_campaign=bottomrotator"  target="_self"><img
   … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_iglxsvea.jpg" alt=""
   … [EasyDNNrotator:Thumb:Visibility]/></a>
123111
123112 </div>
123113
123114 </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   … class="box2">
123115
123116      <a
   … href="https://youtu.be/JPkA9qTdO2M?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   … =SullivanWebsite&utm_medium=banner&utm_content=DixonScott&utm_campaign=
   … MeetTheProvider"  target="_self"><img
   … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_ijpax3bp.jpg" alt=""
   … [EasyDNNrotator:Thumb:Visibility]/></a>
123117
123118 </div>
123119
123120 </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   … class="box2">
123121
123122      <a
   … href="/Find-a-Doctor/BJC-Medical-Group-Sullivan?utm_source=Frontpage&utm_medium=
   … bottombanner&utm_campaign=bottomrotator"  target="_self"><img
   … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_j5spwqfn.jpg" alt=""
   … [EasyDNNrotator:Thumb:Visibility]/></a>
123123
123124 </div>
123125
123126 </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   … class="box2">
123127
123128      <a
   … href="https://youtu.be/Qn-bSLNV9Vs?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   … =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
   … target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_4szrlawg.jpg"
   … alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123129
123130 </div>
123131
123132 </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   … class="box2">
```

```
123133
123134        <a
    … href="/About-Us/Announcements-and-News?utm_source=Frontpage&utm_medium=bottombanner&
    … utm_campaign=bottomrotator"  target="_self"><img
    … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_wizbfrd1.jpg" alt=""
    … [EasyDNNrotator:Thumb:Visibility]/></a>
123135
123136   </div>
123137
123138   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123139
123140        <a
    … href="https://www.youtube.com/watch?v=fqHkW0TCfy4&list=PLKvJhyDR4gpuXr-HKIDyCr-
    … mEYBxtvm3z&index=6&utm_source=SullivanWebsite&utm_medium=banner&utm_content=Zimmerman
    … &utm_campaign=MeetTheProvider"  target="_self"><img
    … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_lifrjetx.jpg" alt=""
    … [EasyDNNrotator:Thumb:Visibility]/></a>
123141
123142   </div>
123143
123144   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123145
123146        <a
    … href="https://mybjc.org/patient/welcome.htm?utm_source=Frontpage&utm_medium=
    … bottombanner&utm_campaign=bottomrotator"  target="_self"><img
    … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_dgvnfse4.jpg" alt=""
    … [EasyDNNrotator:Thumb:Visibility]/></a>
123147
123148   </div>
123149
123150   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123151
123152        <a
    … href="https://youtu.be/1OxrCsd8cXc?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
    … =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
    … target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_bh3xpfrj.jpg"
    … alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123153
123154   </div>
123155
123156   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123157
123158        <a
    … href="/Giving/Charitable-Foundation?utm_source=Frontpage&utm_medium=bottombanner&
    … utm_campaign=bottomrotator"  target="_self"><img
    … src="/Portals/0/EasyDNNRotator/447/thumb/thumb_5cotie5q.jpg" alt=""
    … [EasyDNNrotator:Thumb:Visibility]/></a>
123159
123160   </div>
123161
123162   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123163
123164        <a
    … href="https://youtu.be/tAC0jdXRcU0?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
    … =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
    … target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_pia1hsn4.jpg"
    … alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123165
123166   </div>
123167
123168   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
    … class="box2">
123169
```

```
123170        <a href="/About-Us/Community-Speakers-Bureau" target="_self"><img
   ...   src="/Portals/0/EasyDNNRotator/447/thumb/thumb_0nld1h3m.jpg" alt=""
   ...   [EasyDNNrotator:Thumb:Visibility]/></a>
123171
123172   </div>
123173
123174   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   ...   class="box2">
123175
123176        <a
   ...   href="https://youtu.be/Jzdgy9hPsKU?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   ...   =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
   ...   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_nxzo45hs.jpg"
   ...   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123177
123178   </div>
123179
123180   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   ...   class="box2">
123181
123182        <a
   ...   href="/Find-a-Doctor/Specialists?utm_source=Frontpage&utm_medium=bottombanner&
   ...   utm_campaign=bottomrotator"  target="_self"><img
   ...   src="/Portals/0/EasyDNNRotator/447/thumb/thumb_qab0jb1n.jpg" alt=""
   ...   [EasyDNNrotator:Thumb:Visibility]/></a>
123183
123184   </div>
123185
123186   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   ...   class="box2">
123187
123188        <a
   ...   href="https://youtu.be/2yTbsPoKG5o?list=PLKvJhyDR4gpuXr-HKIDyCr-mEYBxtvm3z&utm_source
   ...   =SullivanWebsite&utm_medium=banner&utm_content=Baker&utm_campaign=MeetTheProvider"
   ...   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_4l4ejfly.jpg"
   ...   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123189
123190   </div>
123191
123192   </li><li style="width: 250px; height: 270px; margin: 15px 0px 0px 15px;"><div
   ...   class="box2">
123193
123194        <a href="https://www.zocdoc.com/hospitals/bjc?promo=sullivanhome&address=63080"
   ...   target="_self"><img src="/Portals/0/EasyDNNRotator/447/thumb/thumb_nnaz23fe.jpg"
   ...   alt="" [EasyDNNrotator:Thumb:Visibility]/></a>
123195
123196   </div>
123197
123198   </li></ul>
123199
123200            </div>
123201
123202        </div>
123203
123204   </div>
123205
123206   </div>
123207
123208
123209
123210   </div><!-- End_Module_447 --></div>
123211
123212   </div></div>
123213
123214            </div>
123215
123216        </div>
123217
```

```
123218
123219
123220        <!-- Bottom Left and Right Pane -->
123221
123222        <div class="row-content h_mainbottompane">
123223
123224          <div class="container">
123225
123226              <div id="dnn_BottomLeftPane" class="h_bottomleftpane float-left">
123227
123228              <div class="DnnModule DnnModule-DNN_HTML DnnModule-420"><a
…      name="420"></a><div id="dnn_ctr420_ContentPane"><!-- Start_Module_420 --><div
…      id="dnn_ctr420_ModuleContent" class="DNNModuleContent ModDNNHTMLC">
123229
123230        <div id="dnn_ctr420_HtmlModule_lblContent" class="Normal">
123231
123232        <div class="h_bottomleftpane_content"><img alt=""
…      src="/portals/0/Art-Images/FindADoctor.jpg" /> </div>
123233
123234  </div>
123235
123236
123237
123238  </div><!-- End_Module_420 --></div>
123239
123240  </div></div>
123241
123242              <div id="dnn_BottomRightPane" class="h_bottomrightpane float-right">
123243
123244              <div class="DnnModule DnnModule-PhysicianSearch DnnModule-417"><a
…      name="417"></a><div id="dnn_ctr417_ContentPane"><!-- Start_Module_417 --><div
…      id="dnn_ctr417_ModuleContent" class="DNNModuleContent ModPhysicianSearchC">
123245
123246
123247
123248
123249
123250
123251
123252
123253
123254
123255
123256
123257
123258  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/ComboBox.Metro.css"
…      rel="stylesheet" />
123259
123260  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/PanelBar.Metro.css"
…      rel="stylesheet" />
123261
123262  <link type="text/css"
…      href="/DesktopModules/PhysicianSearch/Theme/Metro/Input.Metro.css" rel="stylesheet"
…      />
123263
123264
123265
123266  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/site.css?cache=2"
…      rel="stylesheet" />
123267
123268  <link type="text/css" href="/DesktopModules/PhysicianSearch/css/responsive.css"
…      rel="stylesheet" />
123269
123270
123271
123272  <script
```

Page 3802

```
123272…    src="https://maps.googleapis.com/maps/api/js?key=AIzaSyBrBV8LxYC-1I2YFsYk-
      …    AhYQrxKCJtlz1w&v=3.exp&sensor=true"></script>
123273
123274
123275
123276    <!-- Add fancyBox -->
123277
123278    <link rel="stylesheet"
      …    href="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.css?v=2.1.5"
      …    type="text/css" media="screen" />
123279
123280    <script type="text/javascript"
      …    src="/DesktopModules/PhysicianSearch/js/fancybox/jquery.fancybox.pack.js?v=2.1.5"></
      …    script>
123281
123282
123283
123284    <span id="dnn_ctr417_View_lblError" style="color:Red;font-weight:bold;"></span>
123285
123286
123287
123288
123289
123290
123291
123292
123293
123294    <div class="physician-search physician-info-group">
123295
123296        <div class="physicianInfoGroup">
123297
123298            <div class="physicianInfoWrap">
123299
123300                <div class="box-heading physicianInfoBar visible-xs">
123301
123302                    <h4 class="box-title-1">
123303
123304                        <a href="#physicianInfoPanel">
123305
123306                            <span class="barspan"><span
      …    id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitleMobile">Find A
      …    Doctor</span></span>
123307
123308                            <span class="baricon icon-accordion-closed"></span>
123309
123310                        </a>
123311
123312                    </h4>
123313
123314                </div>
123315
123316                <div id="physicianInfoPanel" class="box">
123317
123318                    <div class="box-inner">
123319
123320                        <h2 class="">
123321
123322                            <span
      …    id="dnn_ctr417_View_ucPhysicianInfoGroup_lblPhysicianInfoGroupTitle">Find A
      …    Doctor</span></h2>
123323
123324                            <div class="boxRow">
123325
123326                                <div class="col-md-6 col-sm-6 boxLeft">
123327
123328                                    <div class="boxLeftWrap">
123329
123330                                        <div class="boxLeftTop">
```

```
123331
123332                                    <h4>Search By Name</h4>
123333
123334                             <div class="input-group">
123335
123336                                    <!-- 2013.2.717.40 --><span
       id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_wrapper" class="riSingle
       RadInput RadInput_Default" style="width:100%;"><input
       id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"
       name="dnn$ctr417$View$ucPhysicianInfoGroup$txtSearchBox" size="20" class="riTextBox
       riEmpty searchInput" value="Search..." type="text" /><input
       id="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState"
       name="dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState" type="hidden"
       /></span>
123337
123338                                    <div class="input-group-btn">
123339
123340                                    <input type="submit" class="btn
       btn-search" value="Go"
       onclick="javascript:PhysicianSearch.searchByPhysicianName();return false;" />
123341
123342                                    </div>
123343
123344                                </div>
123345
123346                            </div>
123347
123348                            <div class="boxLeftBot">
123349
123350                            <h4>Browse by Specialty</h4>
123351
123352                            <div class="selectWrap">
123353
123354                            <select
       name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlPhysicianSpecialty"
       id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlPhyscianSpecialty"
       class="physicianSpecialty">
123355
123356          <option value="">Choose a Specialty</option>
123357
123358          <option value="ALLE">Allergy</option>
123359
123360          <option value="ANEST">Anesthesiology</option>
123361
123362          <option value="CTS">Cardiothoracic Surgery</option>
123363
123364          <option value="CARD">Cardiovascular Disease</option>
123365
123366          <option value="CCARE">Critical Care</option>
123367
123368          <option value="DERM">Dermatology</option>
123369
123370          <option value="EMERG">Emergency Medicine</option>
123371
123372          <option value="FP">Family Practice</option>
123373
123374          <option value="GAST">Gastroenterology</option>
123375

123376          <option value="GPSYC">Geriatric Psychiatry</option>
123377
123378          <option value="GERI">Geriatrics</option>
123379
123380          <option value="GYN">Gynecology</option>
123381
123382          <option value="HANSR">Hand Surgery</option>
123383
123384          <option value="HEMA">Hematology</option>
123385
```

```
123386          <option value="PALLI">Hospice &amp; Palliative Medicine</option>
123387
123388          <option value="HOSPI">Hospitalist</option>
123389
123390          <option value="IMMU">Immunology</option>
123391
123392          <option value="INF">Infectious Disease</option>
123393
123394          <option value="MEDI">Internal Medicine</option>
123395
123396          <option value="INVCA">Interventional Cardiology</option>
123397
123398          <option value="INVRA">Interventional Radiology</option>
123399
123400          <option value="NEONA">Neonatal-Perinatal Medicine</option>
123401
123402          <option value="RENAL">Nephrology/Renal</option>
123403
123404          <option value="NEURO">Neurology</option>
123405
123406          <option value="NEURA">Neuroradiology</option>
123407
123408          <option value="NUMED">Nuclear Medicine</option>
123409
123410          <option value="OB">Obstetrics</option>
123411
123412          <option value="ONC">Oncology</option>
123413
123414          <option value="OPHT">Ophthalmology</option>
123415
123416          <option value="OPTOM">Optometry</option>
123417
123418          <option value="ORTH">Orthopedic Surgery</option>
123419
123420          <option value="OTOL">Otolaryngology</option>
123421
123422          <option value="PNMGM">Pain Management</option>
123423
123424          <option value="PATH">Pathology</option>
123425
123426          <option value="PEDI">Pediatrics</option>
123427
123428          <option value="PLAS">Plastic/Reconstructive Surgery</option>
123429
123430          <option value="PODI">Podiatry</option>
123431
123432          <option value="PSYC">Psychiatry</option>
123433
123434          <option value="PULM">Pulmonology</option>
123435
123436          <option value="RAD">Radiology</option>
123437
123438          <option value="REHAB">Rehabilitation/Physiatry</option>
123439
123440          <option value="RHEU">Rheumatology</option>
123441
123442          <option value="SLEEP">Sleep Medicine</option>
123443
123444          <option value="GSURG">Surgery (General)</option>
123445
123446          <option value="UROL">Urology</option>
123447
123448          <option value="VAS">Vascular Surgery</option>
123449
123450          <option value="WOUND">Wound Care</option>
123451
123452
123453
```

```
123454              </select>
123455
123456                                              </div>
123457
123458                                      </div>
123459
123460                                  </div>
123461
123462                              </div>
123463
123464                          <div class="col-md-6 col-sm-6 boxRight">
123465
123466                              <h4>Browse by Letter</h4>
123467
123468                              <div class="selectWrap visible-xs">
123469
123470                                  <select
…   name="dnn$ctr417$View$ucPhysicianInfoGroup$ddlSearchLetter"
…   id="dnn_ctr417_View_ucPhysicianInfoGroup_ddlSearchLetter" class="searchLetter
…   visible-xs">
123471
123472          <option value="">Choose by letter</option>
123473
123474          <option value="A">A</option>
123475
123476          <option value="B">B</option>
123477
123478          <option value="C">C</option>
123479
123480          <option value="D">D</option>
123481
123482          <option value="E">E</option>
123483
123484          <option value="F">F</option>
123485
123486          <option value="G">G</option>
123487
123488          <option value="H">H</option>
123489
123490          <option value="I">I</option>
123491
123492          <option value="J">J</option>
123493
123494          <option value="K">K</option>
123495
123496          <option value="L">L</option>
123497
123498          <option value="M">M</option>
123499
123500          <option value="N">N</option>
123501
123502          <option value="O">O</option>
123503
123504          <option value="P">P</option>
123505
123506          <option value="Q">Q</option>
123507
123508          <option value="R">R</option>
123509
123510          <option value="S">S</option>
123511
123512          <option value="T">T</option>
123513
123514          <option value="U">U</option>
123515
123516          <option value="V">V</option>
123517
123518          <option value="W">W</option>
```

Page 3806

```
123519            <option value="X">X</option>
123520
123521
123522            <option value="Y">Y</option>
123523
123524            <option value="Z">Z</option>
123525
123526
123527
123528        </select>
123529
123530                            </div>
123531
123532                            <div class="alphabet hidden-xs">
123533
123534                                <div
      id="dnn_ctr417_View_ucPhysicianInfoGroup_panelPhysicianAlphaList">
123535
123536            <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=A">A</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=B">B</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=C">C</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=D">D</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=E">E</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=F">F</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=G">G</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=H">H</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=I">I</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=J">J</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=K">K</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=L">L</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=M">M</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=N">N</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=O">O</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=P">P</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Q">Q</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=R">R</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=S">S</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=T">T</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=U">U</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=V">V</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=W">W</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=X">X</a>
      <a class="letter"
      href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Y">Y</a>
```

```
123536…  <a class="letter"
         href="http://www.missouribaptistsullivan.org/Find-a-Doctor/Results?qlastname=Z">Z</a>
123537
123538          </div>
123539
123540                                  </div>
123541
123542                          </div>
123543
123544                  </div>
123545
123546              </div>
123547
123548              <div class="boxmore">
123549
123550                  <a id="dnn_ctr417_View_ucPhysicianInfoGroup_lnkPhyscianSearch"
…        href="http://www.missouribaptistsullivan.org/Find-a-Doctor">
123551
123552                          More Search Options <span
…        class="icon-arrow-right-generic"></span>
123553
123554                  </a>
123555
123556              </div>
123557
123558          </div>
123559
123560      </div>
123561
123562  </div>
123563
123564 </div>
123565
123566
123567
123568
123569
123570
123571
123572      <script type="text/javascript">
123573
123574          function btnSearch_OnClientClicking(sender, eventArgs) {
123575
123576              cboName = $find(cboNameID);
123577
123578              cboSpecialty = $find(cboSpecialtyID);
123579
123580              cboInsurance = $find(cboInsuranceID);
123581
123582              cboLanguage = $find(cboLanguageID);
123583
123584              cboGender = $find(cboGenderID);
123585
123586              cboDoctorLocatedWithin = $find(cboDoctorLocatedWithinID);
123587
123588              txtZipCode = $find(txtZipCodeID);
123589
123590
123591
123592              var name = cboName.get_text();
123593
123594              var specialty = cboSpecialty.get_text();
123595
123596              var insurance = cboInsurance.get_text();
123597
123598              var language = cboLanguage.get_text();
123599
123600              var gender = cboGender.get_text();
```

```
                        var locatedWithin = cboDoctorLocatedWithin.get_text();

                        var zipCode = txtZipCode.get_value();



                        if (zipCode != "" && locatedWithin != "") {

                            PhysicianSearch.geocodingAddress(zipCode, function (results) {

                                //console.log(results)

                                $(txtHidLatID).val(results[0].geometry.location.lat())

                                $(txtHidLngID).val(results[0].geometry.location.lng())

                                // Trigger Search

                                //eval(btnSearchHandler)

                            });


                            eventArgs.set_cancel(true);

                        }



                    }



            function radPhysicianSearchBox_ClientClicked(sender, e) {

                    var keyCode = e.get_keyCode();

                    if (keyCode == 13) // Enter

                    {

                        sender.blur();

                        PhysicianSearch.searchByPhysicianName();

                    }

                    return false;

                }

        </script>





<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/jquery.clipboard.js"></script>

<script type="text/javascript"
src="/DesktopModules/PhysicianSearch/js/physician_search.js"></script>



<script type="text/javascript">
```

```
123667
123668          var PhysicianSearchBaseUrl =
   …    "http://www.missouribaptistsullivan.org/Find-a-Doctor";
123669
123670          var PhysicianSearchResultsBaseUrl =
   …    "http://www.missouribaptistsullivan.org/Find-a-Doctor/Results";
123671
123672      var FacilityFilterPosition = '1';
123673
123674
123675
123676      $(function () {
123677
123678          PhysicianSearch.pageLoad(PhysicianSearchBaseUrl,
   …    PhysicianSearchResultsBaseUrl, FacilityFilterPosition);
123679
123680      });
123681
123682 </script>
123683
123684 </div><!-- End_Module_417 --></div>
123685
123686 </div></div>
123687
123688          </div>
123689
123690      </div>
123691
123692
123693
123694      <!-- Bottom Left and Right Pane 2 -->
123695
123696      <div class="row-content">
123697
123698          <div class="container">
123699
123700              <div id="dnn_BottomLeftPane2" class="h_bottomleftpane2 float-left
   …    DNNEmptyPane">
123701
123702              </div>
123703
123704              <div id="dnn_BottomRightPane2" class="h_bottomrightpane2 float-right
   …    DNNEmptyPane">
123705
123706              </div>
123707
123708          </div>
123709
123710      </div>
123711
123712
123713
123714      <!-- Bottom Pane -->
123715
123716      <div class="row-content">
123717
123718          <div class="container">
123719
123720              <div id="dnn_BottomPane" class="h_ContentPane DNNEmptyPane">
123721
123722              </div>
123723
123724          </div>
123725
123726      </div>
123727
123728
123729
```

```
        <!-- News Sticker -->



        <!-- Footer -->



<!-- Social Media -->

<div class="row11 socialRow hidden-xs">

    <div class="container">

        <div class="row">

            <div class="col-md-12">

                <div class="socialWrap">

                    <div>

                        <div class="socialCol">CONNECT WITH US:</div>

                        <div class="socialCol facebook">

                            <a target="_blank"
href="https://www.facebook.com/MBSH-Missouri-Baptist-Sullivan-Hospital-
145160132185180/">

                                <img
src="/Portals/0/Skins/MBS/Images/FB-f-Logo__blue_29.png" /></a>

                        </div>



                    </div>

                </div>

            </div>

        </div>

    </div>

</div>



<!-- Phone -->

<div class="row-phone footerRow1">

    <div class="container">

        <div class="row">

            <div class="col-md-6 col-sm-6">
```

```
123795
123796                    <div class="appointNum">
123797
123798                        <span>Find a doctor or make an appointment: </span>
123799
123800                        <a class="tel" href="tel:8003920936">800.392.0936</a>
123801
123802                    </div>
123803
123804                </div>
123805
123806            <div class="col-md-6 col-sm-6">
123807
123808                <div class="genInfoNum"><span>General Information: </span><span><a
…     class="tel" href="tel:5734684186">573.468.4186</a></span></div>
123809
123810            </div>
123811
123812        </div>
123813
123814    </div>
123815
123816 </div>
123817
123818
123819
123820 <!-- Subfooter -->
123821
123822 <div class="row-subfooter footerRow2">
123823
123824    <div class="container">
123825
123826        <div class="row">
123827
123828            <div class="box-group footerGroup col-md-3">
123829
123830                <div class="footerWrap">
123831
123832                    <div class="box-heading footerBar hidden-lg hidden-md">
123833
123834                        <h4 class="box-title"><a href="#fPanel1"><span
…     class="barspan">Patient Care</span><span class="baricon
…     icon-accordion-closed"></span> </a></h4>
123835
123836                    </div>
123837
123838                    <div class="box" id="fPanel1">
123839
123840                        <div class="boxcontent">
123841
123842                            <ul>
123843
123844                                <li class="visible-lg visible-md">
123845
123846                                    <h5><a href="/Patients-Visitors"><span>Patient
…     Care</span></a></h5>
123847
123848                                </li>
123849
123850                                <li><a href="/Find-a-Doctor">Find a Doctor</a></li>
123851
123852                                <li><a href="/Find-a-Doctor/Specialists">Find A
…     Specialist</a></li>
123853
123854                                <li><a href="/Medical-Services">Medical
…     Services</a></li>
123855
123856                                <li><a
```

```
123856…   href="/Find-A-Doctor/Physician-Clinics">Physician Clinics</a></li>
123857
123858                                   <li><a href="/Patients-Visitors">Patient & Visitor<br
…      />Information</a></li>
123859
123860                                   </ul>
123861
123862                               </div>
123863
123864                           </div>
123865
123866                       </div>
123867
123868                   </div>
123869
123870               <div class="box-group footerGroup col-md-3">
123871
123872                   <div class="footerWrap">
123873
123874                       <div class="box-heading footerBar hidden-lg hidden-md">
123875
123876                           <h4 class="box-title"><a href="#fPanel2"><span
…      class="barspan">About Us</span><span class="baricon icon-accordion-closed"></span>
…      </a></h4>
123877
123878                       </div>
123879
123880                       <div class="box" id="fPanel2">
123881
123882                           <div class="boxcontent">
123883
123884                               <ul>
123885
123886                                   <li class="visible-lg visible-md">
123887
123888                                       <h5><a href="/about-us"><span>About
…      Us</span></a></h5>
123889
123890                                   </li>
123891
123892                                   <li><a href="/About-Us/History">History</a></li>
123893
123894                                   <li><a
…      href="/Maps-and-Directions">Directions</a></li>
123895
123896                                   <li><a
…      href="/About-Us/Leadership">Leadership</a></li>
123897
123898                                   <li><a href="/Contact-Us">Contact Us</a></li>
123899
123900                                   <li><a
…      href="/About-Us/Community-Health-Needs-Assessment/CHNA-Home">Community Health <br
…      />Needs Assessment</a></li>
123901
123902                               </ul>
123903
123904                           </div>
123905
123906                       </div>
123907
123908                   </div>
123909
123910               </div>
123911
123912               <div class="box-group footerGroup col-md-3">
123913
123914                   <div class="footerWrap">
123915
```

```
123916                        <div class="box-heading footerBar hidden-lg hidden-md">
123917
123918                            <h4 class="box-title"><a href="#fPanel3"><span
   …  class="barspan">Careers</span><span class="baricon icon-accordion-closed"></span>
   …  </a></h4>
123919
123920                        </div>
123921
123922                        <div class="box" id="fPanel3">
123923
123924                            <div class="boxcontent">
123925
123926                                <ul>
123927
123928                                    <li class="visible-lg visible-md">
123929
123930                                        <h5><a href="http://www.bjc.org/Jobs"
   …  target="_blank"><span>Careers</span></a></h5>
123931
123932                                    </li>
123933
123934                                    <li><a href="http://www.bjc.org/Jobs/Apply-Now"
   …  target="_blank">Apply Online</a></li>
123935
123936                                    <li><a
   …  href="http://www.bjc.org/Jobs/Why-BJC/Benefits" target="_blank">Benefits</a></li>
123937
123938                                </ul>
123939
123940                            </div>
123941
123942                        </div>
123943
123944                    </div>
123945
123946                </div>
123947
123948            <div class="box-group footerGroup col-md-3">
123949
123950                <div class="footerWrap">
123951
123952                    <div class="box-heading footerBar hidden-lg hidden-md">
123953
123954                        <h4 class="box-title"><a href="#fPanel3"><span
   …  class="barspan">What's New</span><span class="baricon icon-accordion-closed"></span>
   …  </a></h4>
123955
123956                    </div>
123957
123958                    <div class="box" id="Div1">
123959
123960                        <div class="boxcontent">
123961
123962                            <ul>
123963
123964                                <li class="visible-lg visible-md">
123965
123966                                    <h5><a
   …  href="/About-Us/Announcements-and-News"><span>What's New</span></a></h5>
123967
123968                                </li>
123969
123970                                <li><a
   …  href="/About-Us/Announcements-and-News">Newsroom</a></li>
123971
123972                                <li><a
   …  href="/About-Us/Announcements-and-News#Classes-Events">Classes & Events</a></li>
123973
```

```
123974                             <li><a
     href="/About-Us/Announcements-and-News#Notes">Community Notes</a></li>
123975
123976                                     </ul>
123977
123978                             </div>
123979
123980                         </div>
123981
123982                     </div>
123983
123984                 </div>
123985
123986             </div>
123987
123988         </div>
123989
123990 </div>
123991
123992
123993
123994 <!-- Footer -->
123995
123996 <div class="row-footer copyRow">
123997
123998     <div class="container">
123999
124000         <div class="row copyWrap">
124001
124002             <div class="col-md-12">
124003
124004                 <div class="footerLogoWrap">
124005
124006                     <a href="/">
124007
124008                         <img width="100%" alt=""
     src="/Portals/0/Skins/MBS/images/logo-footer.png" /></a>
124009
124010                 </div>
124011
124012
124013
124014                 <footer>
124015
124016                     <div class="col-md-12 col-sm-12 col-xs-12 addresses">
124017
124018                         <address>
124019
124020                             Missouri Baptist Sullivan Hospital<br>
124021
124022                             751 Sappington Bridge Road<br>
124023
124024                             Sullivan, Missouri 63080
124025
124026                         </address>
124027
124028                     </div>
124029
124030
124031
124032                     <div class="copyright">
124033
124034                         <span id="dnn_ucFooter_dnnCopyright_lblCopyright"
     class="copyRight">Copyright &copy; 1997 - 2016 BJC HealthCare. All Rights
     Reserved.</span>
124035
124036
124037
```

```
124038                           </div>
124039
124040                       </footer>
124041
124042                   </div>
124043
124044               </div>
124045
124046           </div>
124047
124048 </div>
124049
124050
124051
124052
124053
124054 <div class="row-sitemap sitemapRow">
124055
124056     <div class="container">
124057
124058         <div class="row">
124059
124060             <div class="col-md-12">
124061
124062                 <ul class="sitemapMenu">
124063
124064                     <li><a href="/">Home</a></li>
124065
124066                     <li>|</li>
124067
124068                     <li><a href="/our-policies">Our Policies</a></li>
124069
124070                     <li>|</li>
124071
124072                     <li><a
   … href="http://www.bjc.org/For-Patients-Visitors/Patient-Privacy"
   … target="_blank">Patient Privacy</a></li>
124073
124074                     <li>|</li>
124075
124076                     <li><a href="/sitemaps">Sitemap</a></li>
124077
124078                     <li>|</li>
124079
124080                     <li><a href="/Financial-Assistance">Financial Assistance</a></li>
124081
124082                     <li>|</li>
124083

124084                     <li><a href="/joint-commission">Joint Commission</a></li>
124085
124086                     <li>|</li>
124087
124088                     <li><a href="/quality-reports">Quality Reports</a></li>
124089
124090                     <li>|</li>
124091
124092                     <li><a
   … href="/About-Us/Community-Health-Needs-Assessment">Community Health Needs
   … Assessment</a></li>
124093
124094                 </ul>
124095
124096             </div>
124097
124098         </div>
124099
124100     </div>
124101
```

```
124102  </div>
124103
124104  <a class="hidden-lg hidden-md" id="topbtn" href="javascript:void(0)"><span>Back to
    …   Top</span><span class="icon-arrow-back_to_top"></span></a>
124105
124106
124107
124108
124109
124110  <div class="row-bjc-healthcare">
124111
124112      <div class="container">
124113
124114          <div class="row">
124115
124116              <div class="col-md-12">
124117
124118                  <a href="http://www.bjc.org" target="_blank"><img
    …   src="/Portals/0/Skins/MBS/images/bjc-healthcare-rev.png"alt="" /></a>
124119
124120              </div>
124121
124122          </div>
124123
124124      </div>
124125
124126  </div>
124127
124128
124129
124130
124131
124132  </div>
124133
124134
124135
124136  <!--CDF(Css|/Portals/0/Skins/MBS/css/bootstrap.css?cdv=55)-->
124137
124138  <!--CDF(Css|/Portals/0/Skins/MBS/css/bootstrap-theme.css?cdv=55)-->
124139
124140  <!--CDF(Css|/Portals/0/Skins/MBS/css/all.css?cdv=55)-->
124141
124142  <!--CDF(Css|/Portals/0/Skins/MBS/css/desktop.css?cdv=55)-->
124143
124144  <!--CDF(Css|/Portals/0/Skins/MBS/css/tablet.css?cdv=55)-->
124145
124146  <!--CDF(Css|/Portals/0/Skins/MBS/css/mobile.css?cdv=55)-->
124147
124148  <!--CDF(Css|/Portals/0/Skins/MBS/css/jquery.fancybox.css?cdv=55)-->
124149
124150  <!--CDF(Javascript|/Portals/0/Skins/MBS/js/bootstrap.js?cdv=55)-->
124151
124152  <!--CDF(Javascript|/Portals/0/Skins/MBS/js/jquery.fancybox.js?cdv=55)-->
124153
124154  <!--CDF(Javascript|/Portals/0/Skins/MBS/js/global.js?cdv=55)-->
124155
124156  <!--CDF(Css|/Portals/0/Skins/MBS/css/dnn-admin.css?cdv=55)-->
124157
124158
124159
124160
124161
124162          <input name="ScrollTop" type="hidden" id="ScrollTop" />
124163
124164          <input name="__dnnVariable" type="hidden" id="__dnnVariable"
    …   autocomplete="off" />
124165
124166
```

Page 3817

```
<script type="text/javascript" src="/Resources/Shared/scripts/initWidgets.js"
></script>

<script type="text/javascript">

//<![CDATA[

;(function() {

                        function loadHandler() {

                                var hf = $get('StylesheetManager_TSSM');

                                if (!hf._RSSM_init) { hf._RSSM_init = true; hf.value =
''; }

                                hf.value += ';Telerik.Web.UI, Version=2013.2.717.40,
Culture=neutral,
PublicKeyToken=121fae78165ba3d4:en-US:a713c6a1-0827-4380-88eb-63855ca4c2d9:aac1aeb7:
c73cf106';

                                Sys.Application.remove_load(loadHandler);

                        };

                        Sys.Application.add_load(loadHandler);

                })();Sys.Application.add_init(function() {

    $create(Telerik.Web.UI.RadTextBox,
{"_displayText":"Search...","_focused":false,"_initialValueAsText":"","
_postBackEventReferenceScript":"setTimeout(\"__doPostBack(\\\u0027dnn$ctr417$View$
ucPhysicianInfoGroup$txtSearchBox\\\u0027,\\\u0027\\\u0027)\",
0)","_skin":"Default","_validationText":"","clientStateFieldID":"
dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox_ClientState","emptyMessage":"Search
...","enabled":true,"styles":{HoveredStyle: ["width:100%;", "riTextBox riHover
searchInput"],InvalidStyle: ["width:100%;", "riTextBox riError
searchInput"],DisabledStyle: ["width:100%;", "riTextBox riDisabled
searchInput"],FocusedStyle: ["width:100%;", "riTextBox riFocused
searchInput"],EmptyMessageStyle: ["width:100%;", "riTextBox riEmpty
searchInput"],ReadOnlyStyle: ["width:100%;", "riTextBox riRead
searchInput"],EnabledStyle: ["width:100%;", "riTextBox riEnabled searchInput"]}},
{"keyPress":radPhysicianSearchBox_ClientClicked}, null,
$get("dnn_ctr417_View_ucPhysicianInfoGroup_txtSearchBox"));
});

//]]>

</script>

</form>




</body>

</html>
```

```
**************************************************
The following data is from mylittlehospital_org-20160909-gtm_js_id_GTM-Z6TQ.txt
**************************************************
// Copyright 2012 Google Inc. All rights reserved.
// Container Version: 213
```

```
124216  (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
        eval(s);};})(window,'google_tag_manager');(function(){

124217

124218

124219

124220

124221

124222  var __cegg;(function(){var
        a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
        isVendorTemplate=!0})(function(b){try{var
        c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else{b[""]&&(C.
        CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
        e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
        .net"+e+"?"+Math.floor((new Date).getTime()/
124223  36E5),b["55"],b["56"]);a[c]=!0}else w(b["56"])}catch(f){w(b["56"])}})}})();var
        Ba=this,Ca=function(){var a=YT.Player;b=typeof a;if("object"==b)if(a){if(a instanceof
        Array)return"array";if(a instanceof Object)return b;var
        c=Object.prototype.toString.call(a);if("[object
        Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
        a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
        Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
        return"null";
124224  else if("function"==b&&"undefined"==typeof a.call)return"object";return
        b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
        function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
124225   jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
124226  var Ea=/\[object
        (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
        return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
        b?b[1].toLowerCase():"object"},Ga=function(a,b){return
        Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
        (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
        (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
        a);return void 0===
124227  b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
        a)if(Ga(a,d)){var
        e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
        |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
        pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
        Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
        sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
        Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
        yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
        ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
        Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
124228  de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
        Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye;
124229  (function(){var a=function(a){return{toString:function(){return
        a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a("")
        ;Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
124230  eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
        ("");qb=a("");rb=a("");sb=a("");tb=a("");
124231  ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
        Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
124232  Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
        );Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
124233  ec=a("");fc=a("16");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a(""
        );nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
124234  uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
        "24");Ec=a("");Fc=a("25");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a("")
        ;
124235  Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
        ");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
        33");cd=a("");dd=a("");
124236  ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
        37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
```

```
124236… =a("");Ad=a("");Bd=a("");
124237 Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
  =a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
  ");
124238 Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
  ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
124239 ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
  =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
124240 Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
  "45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
124241 Se=a("");Te=a("");Ue=a("50");Ve=a("");We=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
  $e=function(){},N=function(a){return"function"==typeof
  a},af=function(a){return"[object
  Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
  (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
  prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
  d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
  a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
  Math.round(Number(a))||0},ha=function(a){return"false"==
124242 String(a).toLowerCase()?1:!1!a},ff=function(a){var b=[];if(af(a))for(var
  c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
  Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
  Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
  hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
  function(a){return
  this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
  0!==this.get(a)};
124243 var jf=function(a,b,c){try{if(!a[gd])return
  a[Gc](a,b||$e,c||$e)}catch(d){}return!1},kf=function(a,b){function
  c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
  d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
  f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
  function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
  function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
  b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
  of++},ma=function(a,b,c){return
124244 a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
  prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
  0!==a.length},rf=function(a,b){0<=b?a.Va=!0:a.complete=!0;var
  c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
  ){return b(a,d)?-1:b(d,a)?1:0})};var
  H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
  0===d||c?b:d;return
  H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
  a){var
  b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
  ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
  .readyState
  in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
  d=R.createElement("script");d.type="text/javascript";
124245 d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
  c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
  visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
  c},G=function(a,b,c){var d=new
  Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
  null;c&&c()};d.src=a},U=function(a,b,c){a.addEventListener?a.addEventListener(b,c,!
  !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
124246 0)},ra=!1,sa=[],xf=function(a){if(!ra){var
  b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
  |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
  e=0;e<sa.length;e++)sa[e]()}sa=function(){for(var
  a=0;a<arguments.length;a++)w(arguments[a]);return
  0}}},Ef=0,Ff=function(){if(!ra&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
  xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
  b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
  c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
124247 "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
  a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
```

```
124247  a.target[ia.rel.element]||()),wa=function(a){var
     …  b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
     …  b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
     …  c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
     …  e=a,d=0;e&&!c(String(e.tagName).toLowerCase())&&100>d;d++)e=e.parentElement;e&&!c(
     …  String(e.tagName).toLowerCase())&&
124248  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
     …  a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
     …  b=a.location.href,c=b.indexOf("#");return
     …  0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
     …  console.log(a)};var Of=function(a,b,c,d,e){var
     …  f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
     …  switch(b){case "protocol":f=g;break;case
     …  "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
     …  h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
     …  "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
     …  "));break;case "path":f=""/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
     …  k=f.split("/");0<=df(d||[],k[k.length-
124249  1])&&(k[k.length-1]="");f=k.join("/");break;case
     …  "query":f=a.search.replace("?","");if(e)a:{for(var
     …  m=f.split("&"),l=0;l<m.length;l++){var
     …  n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
     …  ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
     …  0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
     …  f},Pf=function(a){var
     …  b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
     …  b},xa=function(a){var b=R.createElement("a");
124250  a&&(b.href=a);return b};var ca=function(a,b){var
     …  c=function(){};c.prototype=a.prototype;var d=new
     …  c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
     …  b="veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
     …  c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
     …  e=b[d]&&b[d].toLowerCase();if(e){var
     …  f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
     …  return!0}}return!1},ga=function(a,b,c){for(var
     …  d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
     …  &(d(a[f][b])=a[f][c],e=!0);return e?d:null};var
     …  aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
     …  0===C[a]||c&&!C[a])&&(C[a]=b)};var
     …  C[a]},u=function(a,b,c){return"https:"==H.location.protocol?a:b)+c};var Qf=new
     …  hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
     …  J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
     …  c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
     …  c}return Qf.get(a)},Sf=function(a,b){var
     …  c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
     …  c};var Uf=new
     …  RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
     …  customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
     …  nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
     …  customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
     …  nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
     …  nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts"],
     …  customScripts:["html"],nonGooglePixels:["customPixels",
124251  "customScripts","html"],nonGoogleScripts:["customScripts","nonGoogleIframes"],nonGoogleScripts:["
     …  customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
     …  Xf=function(a,b){for(var
     …  c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
     …  c},Yf=function(){var a=J("gtm.whitelist");
124252  var
     …  b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
     …  &H.location.hostname)&&(c=ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
     …  d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
     …  0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
     …  k=0;k<g.b.length;k++){if(0>df(b,
124253  g.b[k])){h=!1;break a}else{h=!1;break a}h=!0}var m=!1;if(c){var
     …  l;if(!(l=0<=df(d,g.a))a:{for(var n=g.b||[],q=0;var
     …  hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
     …  break a}l=!1}m=l}return e[g.a]=!h||!m}};var _jsm=function(a){if(void 0!==a[Uc])try{var
```

```
124253... b=H("google_tag_manager");return
    ... b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a=[jsm";_jsm.b=["customScripts"];var
    ... _c=function(a){return a[Ue]};_c.a="c";_c.b=["google"];var tf=function(a){var
    ... b=R;return Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
    ... ag=R.querySelectorAll(":root");ag&&l==ag.length&&ag[0]==R.documentElement&&($f=!0)}
    ... catch(a){}var Zf=$f;var bg=void 0,cg="",dg=0,eg=void 0,_et=function(a){var
    ... b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
    ... {var f;if(c){var g=c.innerText||c.textContent||"";g&&
    ... "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
    ... \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
    ... b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
    ... b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(a);return
    ... b};_eu.a="eu";_eu.b=["google"];var _e=function(){return
    ... La};_e.a="eu";_e.b=["google"];var
    ... fg=/(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
    ... (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
    ... e=b[d].split("=");f=ef(e[0]);if(f&&f==a){var
    ... g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
    ... c},hg=function(a,b,c,d,e){c=ef(c);if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
    ... 1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
    ... ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
124254... R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
    ... 0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
    ... b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
    ... indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?a:a.split("/").length},kg=function(){
    ... var
    ... a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
    ... none"];for(var
    ... b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
    ... lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
    ... a=""+this.f;l<this.j&&(a=a+"-"+this.j);return a};var
    ... mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
    ... ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
    ... c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
    ... W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
    ... hf},rg=function(a,b,c){b&&(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
    ... )))},sg=function(a,b){for(var
    ... c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
    ... c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
    ... b=[],c=0;c<a.h.length;c++){var d=
124255... a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
    ... b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
    ... 864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
    ... a=[],b=0;b<this.h.length;b++){var
    ... c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
    ... +"."+a.join("!")}};
124256... var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
    ... g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
    ... length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
    ... hg("_gaexp",a.toString(),a.W,a.da,c);for(var
    ... h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
    ... lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c))return!0;return!1},og=function(a
    ... ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
    ... g=wg(a,d[f]);g&&e.push(g)}sf(e,
124257... function(a,d){var e=a.D,f=d.D;return
    ... e.f==f.f&&e.j==f.j?1:e.f==b?e=b&&f.j==c?!0:f.f==b?f.f!=b||e.j<f.j:f.f=
    ... =b?!1:e.j==c?f.f&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
    ... .length?e[0].D:new
    ... lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f])))},wg=function(a,b){var
    ... c=b.match(/GAX1\.([^.]+)\.(.*)/);if(c){var d;a:{var
    ... e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
    ... f=ef(e[0]);if(0!=f.length){var g2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
    ... lg(O(f),O(g)):void 0;
124258... break a}}d=void 0}if(d){for(var h=new
    ... ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
    ... l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
    ... mg(l[2],O(l[1])))}}return h}};var _v=function(a){var
    ... b=J(a[md].replace(/\\\./g,".")),a[Ub]);return void
```

Page 3822

124258

```
0!==Fa(b[b])){_.r.a=v;_r_.b=["google"];var _r=function(a){return
gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
b};_f.a="f";_f.b=["google"];var ea=function(a){var
b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);return
f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
_eq=function(a)return String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
_re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
0)).test(a[$a])};_re.a="re";_re.b=["google"];var
Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
if(af(b))a:{var c=b;if("string"==Fa(c[0]))for(var
d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
```

124259

```
n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){var
x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
eventReporter)}Ka||(Ka=b,Fa("gtm.start")||&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
}La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end){b["GTM-Z6TQ"]=!1;var
c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
```

124260

```
b.end=null)}}catch(e){}return a};var
Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
function(c){c=c||H.event;var
d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
shiftKey||c.altKey||!0===c.metaKey);var
f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
d){var
g=simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
g={},k,m=dh(f,
```

124261

```
["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
|k||"LINK_CLICK"==a&&&bh;g.simulateDefault=!k&&&&(e=gh(d,g)||e,
!e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
||Gf(b,"id")||""","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
"LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
```

124262

```
"gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
.eventReporter=function(a){c.eventReport=a};break;case
"FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
(b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
eventReport=a};break;case
"CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
default:return!0}return Qg(g)},
```

124263

```
jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
"a":case "area":case "form":b="_self"}return b},gh=function(a,b){var
c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
"":case "_self":case "_parent":case "_top":var
f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
"_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindow=
```

124264

```
"gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
default:d&&H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
=e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
function(){b.simulateDefault&&(b.targetWindow?b.targetWindow.location.href=a.href:(c=
c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25)))}},kh=function(a,b,
c){return function(){if(b.simulateDefault)if(b.targetWindow){var
d;b.targetWindowName&&
```

124265

```
(d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
targetWindowName&&(a.target=d)}else
```

124266

```
124266  c=c[f]();return(0,a60e.L)(),(0,a60e.l)(c,tath.setTimeout(a,b,c),25)}},qh=function(a,b)
    {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
    e).hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
    f=e;if(!f||""0"==f){if(a.l)return;a.l=!0;f="0"}var
    g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
    ){if(b.wnc["0"]||b.wc["0"])return!0}.
124267  for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
    d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
    f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
    a,b,c,d,e){var f,g,h=!1;switch(a){case
    "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
    function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
    "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location));nh($g,b||!!1,c||!!1,d,e);if(R.
    gtmHasLinkClickListenerTag)return;
124268  R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
    "FORM_SUBMIT":nh(ah,b||!!1,c||!!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
    gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
    h)},ch=function(a){if(!Zg)return!0;var
    b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
    Zg==Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
    a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
    a.gtmReplacedFormSubmit;
124269  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
    R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit},var
    xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
    c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d])}return
    c.join(""))}},yh.prototype.toString=function(){return
    this.resolve("undefined")},yh.prototype.valueOf=yh.prototype.toString;var
    zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
    b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b])c[b]();zh[a]=void 0}};var
    Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
    a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
    Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
    V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(){Hh[" "](a);return a};Hh["
    "]=function(){};var Jh=function(a,b){var c=Ih;return
    Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
    Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
    .toLowerCase().indexOf("webkit")&&!V("Edge"));var
    Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
    ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
    Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
    )||V("iPod")||V("iPad");V("iPad");V("iPod");
124270  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
    Th="",Uh=function(){var
    a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
    if(Lh)return/\b(?:MSIE|rv)[:
    ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
    )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
    Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
124271  var Wh=Sh,Ih={},Xh=function(){return Jh(a,function(){for(var
    b=0,c=Ch(String(Wh)).split(".").split,d=Ch(String(a)).split("."),e=Math.max(c.length,d.
    length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
    k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
    if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
    1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
    3];h=m[3]}while(0==b)}return b>=0},Yh=Ba.document;
124272  Zh=Yh&&Lh?Rh()||(!("CSS1Compat"==Yh.compatMode)?parseInt(Wh,10):5):void 0;var
    $h;if(!($h=!Oh&&!Lh)){var
    ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
    va=function(a,b){var
    c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
    var d="<!DOCTYPE html><html><head><script>var
    inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
    if(di){var
    e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
    ei(a,d)},ci=Ph&&"srcdoc"in
    document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
    Xh(10)&&6>fi()&&gi()&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
```

```
124273  b;a?content.window.location.replace("javascript:window.goog_content"):Lh&&!bi(a)?ii(a
        ,c):c()},fi=function(){var
        a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
        a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
        d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
        b}catch(e){}d=!1}return
        b}catch(e){return!1}},ji=0,ii=function(a,b){var
        c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
        {document.domain = \""+

124274  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
        null;continuation();})()()\\x3c/script>'"};gi=function(a){for(var
        b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
        b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
        String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));l=b.length%2&&(d[c]=b
        .charAt(b.length-1));return d.join("")};/*

124275   Copyright (c) 2014 Derek Brans, MIT license
        https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
        simplehtmlparser, which is licensed under the Apache License, Version 2.0 */

124276
124277  var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};for(var k in
        b)b.hasOwnProperty(k)&&(g.gb&&(g["fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
        h={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
        textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(){var
        b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
        function(){var
        b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
        b=n.startTag();

124278  if(b){var c=a.slice(b.length);if(c.match(new
        RegExp("</\\s*"+b.tagName+"\\s*>","i")))){var d=c.match(new
        RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
        .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
        b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
        k=c||e||g||f.test(b)&&b||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
        textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
        chars:function(){var b=
        a.indexOf("<");return{length:0<=b?b:a.length}}}},q=function(){for(var b in
        h)if(h[b].test(a)){var c=n[b]();return

124279  c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
        function(){var
        b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
        =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[];d.Qa=function(){return
        this[this.length-1]};d.ua=function(a){var b=this.Qa();return
        b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.qb=

124280  function(a){for(var b=0,c=this[b];b++)if(c.tagName===a)return!0;return!1};var
        e=function(a){a&&"startTag"===a.type&&(a.Y=b.test(a.tagName)||a.Y);return
        a},f=q,k=function(){a="</"+d.pop().tagName+">"+a},h={startTag:function(b){var
        e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
        &&d.qb(e)?d.ua(e)?k():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b)},endTag:function(a)
        {d.Qa()?g.tb&&!d.ua(a.tagName)?k():d.pop():g.tb&&(f(),l())}},l=function(){var
        b=a,c=e(f());a=b;if(c&&

124281  h[c.type]h[c.type](c)};q=function(){l();return
        e(f())}})();return{append:function(b){a+=b},Hb:q,nc:function(a){for(var
        b;(b=q())&&(!a[b.type]||!1!==a[b.type](b)););},clear:function(){var b=a;a="";return
        b},oc:function(){return a},stack:[]}}var b=function(){var
        a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
        P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc=2===b.childNodes.
        length;return
        a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
        +))?)*)\s*(\/?)>/,

124282  d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)"
        )|(?:'((?:\\.|[^'])*)')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
        ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
        =function(a){var
        b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
        a.tagName+">"},atomicTag:function(a){return
        b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
        in a.m)var d=a.m[c],

124283  b=b+(" "+c+'="'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
```

```
124283 _  b+(a.i?" />":">")}};charsfunction b(a){return f.text}}}return
       _  b[a.type](a)};a.ec=function(a){var b={},c;for(c in a){var
       _  d=a[c];b[c]=d&&d.replace(/(^|[^\\])"/g,"$1\\"")}return b};for(var g in
       _  b)a.lb=a.lb||lb[g]&&g;ki=a}});(function(){function a(){}function b(a){return void
       _  0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
       _  0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
124284    function e(a,b){d(b,function(b,c){a[b]=c});return a}function
       _  f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
       _  g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
       _  h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(a){return a},done:a,error:function(a){throw
       _  a;},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
       _  a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
       _  b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
124285 _  d):a.removeAttribute(e)}function f(b,c){var
       _  d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
       _  "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]});a(this.Ba,"
       _  proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
       _  a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
       _  a?this.pb(a):this.Ja(a)};f.prototype.pb=function(a){var
       _  b={type:"function",value:a.name||a.toString()};this.za(b);a.call(this.Z,this.L);this.
       _  Sa(b)};
124286    f.prototype.Ja=function(a){this.ia.append(a);for(var
       _  b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
       _  b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
       _  b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);this.Qb(c);d&&this.ub(b)
       _  ;e&&this.vb(b)};f.prototype.Qb=function(a){var
       _  b=this.mb(a);b.La&&(this.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
       _  };f.prototype.mb=function(a){var
       _  b=this.pa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m){if(!/^noscript
       _  $/i.test(a.tagName)){var c=
124287    b++;e.push(a.text.replace(/(\/?>)/," data-ps-id="+c+"
       _  $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
       _  .tagName+" data-ps-proxyof="+c+(a.Y? />":">"))}}}else
       _  e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ia:a,raw:d.join(""),La:e.
       _  join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
       _  c,d=[this.Ba];b(c=d.shift());){var
       _  e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
       _  f=c.parentNode&&a(c.parentNode,"proxyof");f&&
124288    this.pa[f].appendChild(c)}d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
       _  function(a){var
       _  b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
       _  this.ca=a:this.za(a);var
       _  c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
       _  b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.$b||"text/css";this.Rb(a)
       _  ;b&&this.write()};f.prototype.Rb=function(a){var
       _  b=this.ob(a);this.Ab(b);a.content&&(b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
       _  content:b.appendChild(this.L.createTextNode(a.content)))};
124289    f.prototype.ob=function(a){var
       _  b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
       _  .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
       _  id="ps-style"/>');var
       _  b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
       _  function(a){a.Fb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Sa=function(a){a!==
       _  this.X[0]?this.options.error({message:"Bad script nesting or script finished
       _  twice"}):(this.X.shift(),this.write.apply(this,
124290    a.Fb),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
       _  function(a,b){var
       _  c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
       _  function(){b();e()}));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
       _  )}};f.prototype.nb=function(a){var
       _  b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
       _  &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
       _  id="ps-script"/>');var b=this.L.getElementById("ps-script");
124291    b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
       _  c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
       _  d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
       _  (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
       _  e={message:"remote script failed
```

```
124291 "+a.src(),c));Y(e);b(j)}});f.prototype.kb=function(a){return -scripts/i.test(a.
       nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
       f}();k.ja=function(){function b(){var a=
124292 m.shift(),b;a&&(b=a[a.length-1],b.ab(),a.stream=c.apply(null,a),b.bb())}function
       c(c,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
       l(c,h);x.id=d++;x.name=h.name||x.id;var
       m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
       close:a,open:a,write:function(){return
       k(g(arguments).join(""))},writeln:function(){return
       k(g(arguments).join("")+"\n")}});var
       q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
       "+b+":"+c})};q.apply(x.Z,arguments)};x.write(f,
124293 function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
       d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
       e&&(e={done:e});e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.hc?c
       [0]:c;var
       g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[1]=a}};e.hb(g);m.push(g
       );x||b();return c.ja},{qc:{},mc:m,ac:l}})}();qa=k.ja})}();
124294 var li=function(a,b,c,d){var e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
       gtmscript"==e.type){var
       g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
       text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
       h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
       else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script>")){for(var
       k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
124295 a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
       c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
       d=pa;d.postscribe||(d.postscribe=qa);var
       f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
       ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)}};ra?d():sa.push(d)};
       var ni=function(a,b,c){if(R.body){var d=
124296 a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e)if(a[Pe])try{va(da(),"<script>var
       google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
       a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
       H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
       customScripts"];
124297 var zi=function(a,b,c,d){var e=b+": "+c+(d?"
       !important":""),f=document;if(f.createStyleSheet){var
       g=wi(f),h=g.rules.length;g.addRule(a,e);return
       function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
       k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
       function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
       b=a.styleSheets.length-1;0<=b;b--){var
       c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
       return Ai=c}0==a.styleSheets.length&&
124298 a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
       c=(b||document).createElement("style");void
       0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
       c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
       body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
       0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
       0,Ca:!1},Hi[a]=b);Ii=b},Li=function(a,b,c,d){var e=Ii;if(!Zf||!e)return!1;var
       f={id:e.id+"."+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
       null===a?(f.S=!0,b(null)):Ki(e);return!0};Mi=function(a){var
       b=zi(a,"visibility","hidden",!0);return
       function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
       f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
124299 c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
       c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
       .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
       Ki(a)})},U(R,"DOMContentLoaded",a.ya))):Pi(a)},Pi=function(a){for(var
       b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
       d=tf(c.F.w)||[],e=0;e<d.length;e++){var
       f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
       Ri(f,c.id)))}},Oi=
124300 function(a,b){var c=[];if(b.F){var
       d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
```

```
124300   g=d[r],h=i!=null==e&&(n=l.index,Qi(m,e.id-n))==-1&&a=b||a=Ma+c.length<b
         .na.o))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
         .length))return!1;for(var k=0;k<c.length;k++){var
         m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
         q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
124301   b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
         gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
         function(){a.gtmProgressiveApplied&&delete
         a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
         c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
         f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
         ;d.push(f)}}return
         d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
         return!1};var _cl=function(a,b){qh("CLICK");w(b)};var _cl.b="cl";_cl.b="google";var
         Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};
124302   var jj=function(a,b,c){var
         d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
         doubleclick.net/activityi")+";src="+d(a[Sa])+";type="+d(a[Hc])+";cat="+d(a[Ra]);a[Te]
         &&(e+=";u="+d(a[Te]));a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
         f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
         a&&(e+=";num="+d(a[wd]));if(a[qc]){var
         h=a[cb]||[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
         attributiontools.js",function(){jj.Da(a,e,h,
         b,c)},c);return}}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
124303   f={},g=0;g<c.length;g++){var
         h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
         k=[];k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e)};jj.V=function(a,b,c,d){var
         e=ea({});!a[Qe]&&e&&(";"!=!b.charAt(b.length-l)&&(b+=";"),b+="~oref="+
         encodeURIComponent(e));(a[Qe]?G:da)(b+"?",c,d)};var
         _flc=jj;_flc.a="flc";_flc.b=[];var Kj=function(a){var
         b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
         b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
124304   var Lj=function(a){var b=function(b){b=b||H.event;var
         c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
         c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
         c=ma(a,Xe,!0),d=ma(a,wb,!0),e=O(a[Ye]);0>=e&&(e=2E3);var
         f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
         gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
         b=!1;a;){b=b.onclick&&b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),
125305   b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13===a
         .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b="lcl";var gk=493,hk=[],ik=[],jk=[],kk=new
         hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
         this.I.push([a,b]);return this};mk.prototype.resolve=function(a,b){for(var
         c={},d=0;d<this.I.length;d++){var
         e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
         ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
         c=jk[this.index];if(c&&!b(c)){var
         d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
         jf(c)}};
124306   var _M=function(a){return new
         ok(a)},pk=function(a){this.resolve=function(b,c){for(var
         d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
         e?new yh(d):d.join("")}},_T=function(a){return new
         pk(arguments)},qk=function(a){function b(b){for(var
         c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
124307   function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
         e;var
         f=ka();kk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
         e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
         qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
         rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
         pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
124308   [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
         d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
         d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
         pk||c instanceof rk)d=c;else if(af(c))for(var
         d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
         mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return
```

```
124308  d},_ua=function(a,b){for(var c=b.b.split(","),d=0,e=c.length;d++){var
        e=c[d]=c[d].split(":");
124309  0==a&&(e[1]=hk(e[1]));if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
        h=ik[f[g]];e[h[0]]=h[1]}}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk(e[0]));
        if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
        k=0;k<e[g].length;k++)e[g][k]=hk(e[g][k])}else e[g]=[];5==a&&(c[d]=e[0])}return
        c},tk=function(a){var b=[];if(!a)return b;for(var
        c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var
        f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:
124310  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
        );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
124311  var
        Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
        Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
        b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
        .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la)||rf(b,1);if(Na[a])for(var
        e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
        c=b.s.event,d=b.g;}b.complete||
124312  nf(b.fa);rf(b,2);if(Na[a])for(var
        e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
        Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
        =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
        function(a){this.wa.push(a)};
124313  var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
        0==e&&(e=[]);void
        0==f&&(f=[]);d=af(d)?d.slice():[d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
        .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
        g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
        ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b,c){
        var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
        rk&&a[g].v===
124314  d||a[g]===d){f=g;break
        a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
        splice(f,1),1==a.length&&(c=!0,b())):c=!0))},Rk=function(a,b){var
        c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
        k=Pk(b,!0);0<k.length&&(k[0].v)c.push(f);var l=Pk(b,!1);0<l.length&&(l[0].v)else
        d=
124315  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
        g=c[f],h=Pk(g,g,!0);if(0<h.length){var
        k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
        l=Pk(g,g,!1);0<l.length&&(k=c[f+1],Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk
        =function(a,b){var c=b?be:se,d=Y[a],e=void 0==c[d]?[]:d[c];return
        af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
        b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
        b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
124316  f(d);g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
        d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&a-1<df(b[e],d)){delete
        b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
        c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c].state,f=d?void
        0!==d:b.Va||b.dc,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
        0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
        0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
        h&&0==e||k&&0==e=d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}},Uk=function(a){a=nk(a
        ,new hf,b);return a},Ok=function(a,b,c){var m=b.g?b.g:a;var d=new
        Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
        _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
        function(){var
        d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
        a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
        c():c()},c)};_sp.a="sp";_sp.b=["google"];
124317  var Zk=!1,_ua=function(a,b,c){function d(a){var
        b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void
        0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
        g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
        b=function(a,b,c){if(!la(b))return!1;for(var
        e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c,a[jc]?c
        =J("ecommerce");
124318  a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var
```

```
124318... e=ma(a[Dc],currencycode),currencycode));void
    ... 0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
    ... promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
    ... promo_click",c.promoClick.actionField);return}for(var f="detail checkout
    ... checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
    ... h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
    ... h.actionField);break}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
    ... a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
    ... f=x[e]?ha(a[e]):a[e];"string"!=typeof f||c&&f||(f=void 0);b[e]=f;d++}return
    ... d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
    ... H.GoogleAnalyticsObject},l=M(m(),function(){var
    ... a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
    ... n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
    ... a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
124320... v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
    ... allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
    ... cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
    ... :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
    ... javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
124321... var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
    ... 0!==a[Ya]&&d("set","anonymizeIp",a[Ya]||void
    ... 0);e("nonInteraction",vd);g("contentGroup",a[Cb]);g("dimension",a[fc]);g("metric",a[
    ... jd]);
124322... var D={};k(a[Dc],D,!1)&&d("set",D);var
    ... F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
    ... ])||a[Kc]())else{var
    ... c=a[Dc],d=c&&c.hitCallback;N(d)&&c()}b()});if(a[Be]){a[rc]&&(d("require","ec","ec.js"
    ... ),h());var
    ... E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
    ... (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
    ... if(a[Ee]){}else if(a[De]){}else if(a[$b]){}else if(a[Yb]){}else
    ... if(a[Ae]){}else{a[rc]&&(d("require","ec","ec.js"),h());if(a[hc]&&!a[tc]){var
    ... P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
    ... ,void
    ... 0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
    ... ,"linker");var
    ... ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
    ... }if(!Zk){var
    ... W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
124323... Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m()].
    ... loaded||c()},c())};_ua.a="ua";_ua.b=["google"];var $k,al;var l2=!1;var
    ... kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
    ... d=lk[b]&&nk(lk[b],new hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
    ... f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=e,d}return
    ... a[b]}},Ck=function(a,b){for(var
    ... c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
    ... e=b[2],d=0;d<e.length;d++)a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
    ... b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
    ... "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
124324... for(var
    ... e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
    ... (e,oh[g])){f[g]=!0;for(var
    ... h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
    ... n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
    ... v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
    ... Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
    ... D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
    ... for(var E=[],
124325... y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
    ... A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
    ... S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
    ... rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
    ... E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
    ... ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
    ... pb=W[fa],nb=pb.q,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
    ... 0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
    ... 0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
124326... void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
```

Page 3830

```
124326…  pd=wf(ia),i;if(pd.g==yj)Ia&yf[Ia+1]);pd.g==uj)a&w.length>Ia&(nj=w[Ia+1]);if(-
…  1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
…  wj=Number(wc),na=yf,zf=nj;if(na){var
…  zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
…  Af=Qk(zf);Ik(na,Af);var
…  Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
…  Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
…  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
…  resolvedTags:e.P});
124328…  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
…  Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc])){var Cj=Bj[Rc];Df=!("function"!=typeof
…  String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
…  if(Df)return!0}return!1};var ml={macro:function(a){if(kk.contains(a))return
…  kk.get(a)},ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
…  callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
…  za[a]};ml.jb=function(){var
…  a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
…  ml);pa=a};(function(){var a=function(a){var
…  b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
…  ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
124329…  hk.push.apply(hk,function(){for(var a=[_jsm,'CID',(function(){try{var
…  a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
…  console.log(\x22Error fetching
…  clientId\x22),\x22n/a\x22)}})();',_T(2),'_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
…  'gtm.js','56933_1',_sp,'1001982034','','yH_WCJae6wMQ0pDk3QM',4,'.*avistahospital\\.
…  org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,'
…  UA-6319752-3',false,'All Clicks','destination -
…  ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
…  ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
…  ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
…  url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
…  47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
…  classes','gtm.elementClasses',_M(6),'url
…  path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
…  ','element
…  id','gtm.elementId',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
…  castlerockhospital.org','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
…  21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
…  40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
…  44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
…  :32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
…  :47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
…  105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
…  -6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
…  6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
…  /','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
…  summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
…  46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
…  45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
…  32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
…  ,43:32,44:38,45:40,46:21},142,'centura.org','56933_88','UA-6319752-1','Click
…  URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
…  *avistawomenshealth\\.org.*','56933_89','UA-6319752-36',{41:154},145,'.*orthocolorado
…  \\.org.*','56933_46',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
…  -6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
…  168},157,'tel','gtm.linkClick','_triggers','gtm.triggers','',2,_M(10),'(^$|((^|,)
…  56933_107($|,)))','56933_107','UA-6319752-30','Phone
…  Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
…  6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
…  , avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
…  healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
…  Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
…  46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
…  56933_110','Outbound
…  Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
…  25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
…  32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.com','56933_116','UA-6319752-35
…  ',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118','170,'directions','56933_120
```

124329… ',{41:80,42:47,43:32,44:197,45:40,46:21},171,'.*easternocohospital\\.org-*','
56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
56933_127','UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
destination
-',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
','56933_128','UA-25740293-46','Click Text-','  Click
URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
text - ',_T(256,197),'click origin -
',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
'_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
*','56933_137','UA-25740293-57','destination -  - ',' -
',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144','
UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
41:306,42:47,43:32,44:149,45:40,46:21},194,'araceawomenscare.org','56933_148','UA-
25740293-18','origin -
',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20',\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22',\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\\:\\/\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\\\x3ca
class\\x3d\x22cafewell\x22
href\\x3d\x22https://www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\x3e\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
src\\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
x3e\x3c/a\x3e\x27).insertAfter(\x22#page-home
.content-box\\x3ep:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d!0,d\x3d!1,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d!0;var
a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3dc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3d\x3dnsetTimeout(_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\\x3d\x22+e+\
x22\\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none

!important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0],a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
doubleclick.net/dc.js\x22:(\x22https:\x22\x3d\x3ddocument.location.protocol?\x22https
://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!0;a.src\x3d_vj.useSrc;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
staging?\n\x3c/style\x3e',42,'\x3cimg
src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
border\x3d\x220\x22\x3e',45,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
x3dmarketing\x22\x3e',46,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
x3dhomepage\x22\x3e',47,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
ebRand\x3dMath.random()+\x22\x22,ebRand\x3d1E6*ebRand;document.write(\x27\x3cscript
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
ActivityID\x3d139619\x26amp;rnd\x3d\x27+ebRand+\x27\x22\x3e\x3c/script\x3e\x27)
;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
style\x3d\x22border:0\x22
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;

124329… |'Activityb\x3d\x96\x3e\x26amp;noscript\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
… |,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
… |,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
… |56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
… |data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
… |data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
… |data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
… |56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
… |'\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
… |56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
… |data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
… |56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
… |'56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
… |data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
… |\.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
… |data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
… |data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
… |data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
… |\.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
… |stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
… |56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
… |data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
… |','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
… |type\x3d\x22text/gtmscript\x22
… |data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'
… |,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
… |org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
… |56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','
… |56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
… |56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
… |\x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
… |type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
… |','56933_146','\n\x3cscript
… |type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\x3d
… |x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… |._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… |],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… |d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.
… |facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221056236177768461\x22);fbq(\
… |x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… |height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22

124329… src\x3d\x22https://www.facebook.com/tr?id\x3d1062050258770\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','
… 56933_151',\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
… 56933_153',\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221062224180523700\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1062224180523700\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221752378098370464\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1752378098370464\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',203,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221067579596645006\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1067579596645006\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22889530421148884\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221221948561190906\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,_f,'referrer',_c,'ga tracking
… code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
… Target','gtm.elementTarget','Error
… Message','gtm.errorMessage',],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
… b}());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
… ,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
… 31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
… 30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
… 30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
… 77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
… 96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
… 113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
… 0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:

124329… 146:154,7:156,7:153,3:154,7:150,3:155,7:157,3:159
,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
:174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
:191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
:257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
:288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
:302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
:372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
:412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
AAAAAEAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
;vk(lk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAC,
ABAQAAAAAAAg,ABAQAAAAAAAAI,ABAQAAAAAAAAAC,ABAQAAAAAAAAAAAB,ABAQAAAAAAAAAAAQ,
ABAQAAAAAAAAAAE,ABAQAAAAAAAAAAAB,ABAQAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAAAM,
AkAAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAAAAM
,ABAQAAAAAAAAAAAAAAAAAAAAQ,IAACAAAAAAAAAAAAAAAAAAEAAAI,
IAAAAAAAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAAAB,
ABAQAAAAAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAAAAEAAAC,
IBACAAAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
IAAAAAAAAAAAAAAAAAEAAAAAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAC,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAAAAE,
AkAAAAAAAAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAAAAAAAQ,
IBAAAAAAAAAAAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAAAAAAE,
IgACAAAAAAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAAAAAAAAAQ,

```
124329…  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  IBACAAAAAAAAAAAAAAAAAAAE,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
    …  AFAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  IAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  IAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");vk(Y
    …  ,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
    …  AAAA6j3AAAAAAH,AAAA6j3AAAAAAwB,AAAA6j3AAAAAAA8,AAAA6j3AAAAAAAAO,AAAA6j3AAAAAAAgD,
    …  AAAA6j3AAAAAAAA4,AAAA6j3AAAAAAAAAO,AAAA6j3AAAAAAAAAgD,AAAA6j3AAAAAAAAAA4,
    …  AAAA6j3AAAAAAAAAAe,AAAA6j3AAAAAAAAAAH,AAAA6j3AAAAAAAAAAAwB,
    …  AAAA6D3AAAAAAAEAAAAAAkD,AAAAaAUAAAAAAAEAAAAAA4H,AAAAaAUAAAAAAAECAAAAAwy,
    …  AAAAaAUAAAAAAAEAAAAAAwCO,AAAAaAUAAAAAAAEAAAAAAwCgD,AAAA6BUAAAAAAAEAAAAAAAACAAg_,
    …  AAAAaAUAAAAAAAEAAAAAAAQCAAAA_,AAAA6BUAAAAAAAEAAAAAAAACgAAIAgH,
    …  AAAA6B0AAAAAAAEAAAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAAAAAAAA4,
    …  AAAA6j3AAAAAAAAAAAAAAACAAAAAAAD,AAAA6D3AAAAAAAAAAAAACAgAAAAAAAAAA4,
    …  AAAA6j3AAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAAAc,
    …  AAAA6D3AAAAAAEAAAAAAAAAAAAAAAAED,AAAA6B0AAAAAAAEAAAAAAIAAAAA4H,
    …  AAAA6D0AAAAAAAEAAAAAAAAAAAAIAAAAAAwH,AAAA6B0AAAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
    …  AAIAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAgP,
    …  AAAA6B0AAAAAABEAAAAAAAAAAAAMAAABAAAAAAAAAH,
    …  AAAA6D3AAAAAAAEAAAAAAAgAAAAAAAAAAAAAAAAAAAwB,
    …  AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAAAA8,
    …  AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAP,
    …  AAAA6D1AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAAgD,
    …  AAAA6D0AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAA4B,
    …  AAAA6D3AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAAAc,
    …  AAAA6B0AAAAAAAEAAAAAAAAAAAAAIAAAAAAAAAAAAAgAgP,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
    …  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-B,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
    …  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
    …  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
    …  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
    …  AAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
```

```
124329...   AAA...AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
      ...   AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAgB,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAM,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAw,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAD,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAEE,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAY,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgC,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAM,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAw,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAD,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAM,
      ...   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAwB,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAG,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAG,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAM,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAG,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAG,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAgB,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAM,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAM,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAgB,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAw,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAG,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAQAAAAAAAAg,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAD,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
      ...   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
```

```
124329  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
    …   AAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAD,
    …   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAc,
    …   AAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAgB,
    …   AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAG,
    …   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAEY,
    …   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAEgB");
    …   vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
    …   ABAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
    …   QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
    …   QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAAI::,CAAAC:
    …   AAAQAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAABAAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
    …   __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE:,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
    …   QAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
    …   QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
    …   AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAAB:AAAAAAAS::,QAAAAAAAC:
    …   AAAAAAAE::,QAAAAAAAE:AAAAAAI::,CAAAAAAI:AAAAAAAAAE::,CAAAAAAAQ:AAAAAAAAAAQ::,
    …   CAAAAAAAg:AAAAAAAAAgAAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAAACACAg::,CAAAAAAAAC:
    …   AAAAAAAAAAAAA8::,CAAAAAAAAAE:AAAAAAAAAAAAAI::,AAAAAAAAAI:AAAAAAAAAAAAAAB::,
    …   CAAAAAAAAAB:AAAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
    …   AAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAAgB::,
    …   CAAAAAAAAAQ:AAAAAAAAAAAAAAABAAI::,CAAAAAAAAAg:AAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
    …   AAAAAAAAAAAAAAAAAE::,CAAAAE:AAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAC:
    …   AAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAC::,CAAAAAAAAAI:
    …   AAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAI::,CAAAAAAAAAg:
    …   AAAAAAAAAAAAAAAQ::,CAAAAAAAAAAB:AAAAAAAAAAAAAAAAg::,CAAAAAAAAAAC:
    …   AAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAI:
    …   AAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAw:AAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAB:
    …   AAAAAAAAAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAAC::,CAAAAAC:
    …   AAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAI:
    …   AAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAg:
    …   AAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAC:
    …   AAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAI:
    …   AAAAAAAAAAAAAAAB::,AE::AAAAAAAAQ:AAAAAAAAAAAAAB,AEAAAAAAAg::,
    …   AAAAAAAAAAAAAAAAB");vk(ph,4,"14:,22.22:,28:,56:,60.60:,79.79:,84:,89:,94.94:,99:,104:,
    …   109.109:,114:,119:,124:,129:,134:,139:,144:,153:,158.158:,162.162:,167.366.167:,179:,
    …   185.185.324.326.328.330.332.334.336.338.340.342.344.346.348.350.352.358.369.371.373.
    …   375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185:,200:,205:,210:,
    …   214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
    …   354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
    …   436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
    …   :,505:,509:,513:,516:,520:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
    …   :,578:,:427,:429");for(var nl=0;nl<Y.length;nl++){var
    …   ol=Y[nl],pl=1;ol[xd]?pl2=ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
    …   0};Na[nl]=[]}ml.jb();
124330  (function(a){}){("async");
124331  (function(){var
    …   a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
    …   ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
    …   function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))})});var
    …   c=a.push;a.push=function(){var
    …   b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
    …   this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
124332  if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
    …   else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
    …   documentElement.doScroll){var
    …   xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
    …   readyState?Mf():U(H,"load",Mf);
124333  (function(a){}){("async");(function(){})();var
    …   _vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
124334  })()
124335
124336  ***********************************************
124337  The following data is from mylittlehospital_org-20160909-page_source.txt
124338  ***********************************************
124339
124340
124341
```

```
124342  <!DOCTYPE html>
124343
124344  <html xmlns="http://www.w3.org/1999/xhtml">
124345  <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
    …   charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
    …   name="viewport" content="width=device-width, initial-scale=1" /><link
    …   rel="stylesheet" type="text/css"
    …   href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+1553607519+
    …   1088335530+1945865366+-914034194+-731554408+1064114300+-300771134+1985268503"
    …   /><script type="text/javascript"
    …   src="/WorkArea/FrameworkUI/js/ektron.js.ektron.ashx?id=-569449246+-1939951303+-
    …   1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
    …   Hospital Littleton CO | ER, Men's Health, ICU, Pediatrics</title>
124346  <meta name="description" content="At our hospital in Littleton, CO, we offer patients
    …   a wide range of services, including pediatrics, sports medicine, orthopedics,
    …   neurosurgery and more." />
124347  <link rel="stylesheet"
    …   href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
    …   rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
124348
124349
124350      <script
    …   src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
124351      <!--[if lt IE 9]>
124352          <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
124353          <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
124354      <![endif]-->
124355
124356      <!--[if lte IE 9)]><!-->
124357      <link rel="stylesheet" href="/css/ie.css" type="text/css" />
124358      <!--<![endif]-->
124359
124360
124361          <!--Some text-->
124362          <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
    …   src="/temp/wsol.js.header.v=285651389.js"></script>
124363
124364
124365
124366
124367      <script src="/js/countUp.js"></script>
124368
124369
124370  <!-- Google Analytics -->
124371  <script>
124372      (function (i, s, o, g, r, a, m) {
124373          i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
124374              (i[r].q = i[r].q || []).push(arguments)
124375          }, i[r].l = 1 * new Date(); a = s.createElement(o),
124376          m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
    …   m.parentNode.insertBefore(a, m)
124377      })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');
124378
124379      ga('create', 'UA-6319752-4', 'auto');
124380      ga('send', 'pageview');
124381
124382  </script>
124383  <!-- End Google Analytics -->
124384      <script type="text/javascript">
124385          /*<![CDATA[*/
124386          (function () {
124387              var sz = document.createElement('script'); sz.type = 'text/javascript';
    …   sz.async = true;
124388              sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
124389              var s = document.getElementsByTagName('script')[0];
    …   s.parentNode.insertBefore(sz, s);
124390          })();
124391          /*]]>*/
```

```
124392        </script>
124393
124394
124395        <style>
124396            .survey-container {
124397                position: absolute;
124398                right: 0;
124399                bottom: 10%;
124400                border: 1px solid black;
124401                padding-top: 30px;
124402                padding-bottom: 15px;
124403                box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
124404                -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
124405                -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
124406                z-index: 10000;
124407                background: #FFF;
124408                position: fixed;
124409            }
124410
124411            .close {
124412                width: 24px;
124413                position: absolute;
124414                top: 3px;
124415                right: 3px;
124416                padding: 6px;
124417            }
124418
124419            .close {
124420                height: 24px;
124421            }
124422
124423            .survey-container .btn {
124424                border-radius: 0;
124425                text-shadow: none;
124426                text-transform: capitalize !important;
124427            }
124428
124429            .survey-container .btn:hover {
124430                background-color: #CCC !important;
124431            }
124432
124433            @media screen and (max-width: 767px) {.survey-container
     {left:10px;right:10px;}}
124434        </style>
124435
124436 <link rel="canonical" href="http://www.mylittletonhospital.org/mlh/home/" /><meta
     /></head>
124437 <body class='location-landing'>
124438        <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016]
     https://wsol.accelo.com/?action=view_issue&id=980] -->
124439        <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
     [jmayberry (WSOL) 8/31/2016] -->
124440        <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
124441 height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
124442        <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
124443 new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
124444 j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
124445 '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
124446 })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
124447        <!-- End Google Tag Manager -->
124448
124449        <form method="post" action="/MLH/Home/" id="aspnetForm">
124450 <div class="aspNetHidden">
124451 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
124452 <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
124453 <input type="hidden" name="EktronClientManager" id="EktronClientManager"
     value="-1759591071,1553607519,1088335530,1945865366,-914034194,-731554408,1064114300,
     -1687560804,-1080527330,-1939951303,-569449246,-1793043690,1338359439,1743165108,
```

124453… 1531o896z7,56v07n434,198528868d
124454 <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
… value="/
… wEPDwUKMTA4ODc0ODU0OA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDFVBLTYzMTk3NTItNGQCAR
… BkZBYQAgMPZBYKZg8WAh8ABSo8YSBjbGFzcz0ndGVzdCcgaHJlZj0nL01MSC9Ib2llLyc+
… SG9tZTwvYT5kAgEPZBYEAgQPDxYGHglfZGF0YUl0ZW0MrrEAQAAAP////
… 8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHV
… yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5GcmFt
… ZXdvcmsuUVkuTW9kZWxzLlbnVNb2RlbAUAAAATPElkPmtfX0JhY2tpbmdGaWVsZBk8TWVudUxpc3Q0
… a19fQmFja2luZ0ZpZWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQQWPEVycm9yPmtfX0JhY2tpbmdGaWVsZBg8Q
… 2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Sb2xsZWN0aW9uc0dlbmVyaWMuTGlzdGF4RG
… tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VYRXRhL2Ryb24uQ21zLkNvbnRyYWN0cywgVmV
… yc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNi
… ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAAAAAAEAAAAAAAAAA
… AAAAAAJAwAAAAkoKAAwEAAAAWUVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLkNvbnRyb2wuTWVudUxpc3QwAAlLHN
… VyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBAMAAACkAVN5c3RlbS5Sb2xsZWN0
… 0aW9ucy5HZW51cmljLkxpc3RgRmt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VYRXRhL2Ryb24uQ21zRWN
… b24uQ21zLkNvbnRyYWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5V
… G9rZW49NTU5YTJjNGZhMjFlNjNiZV1dAwAAAAZFaXRlbXBMFXRlbXMFMFX3NpemUtNQAAAAEAAAARWt0cm9uLkNt
… 5Pcmdhbml6YXRpb24uTWVudUJhc2VYEVldkAVllbnVCYXNlUXJGF0YQQAAAANBAseC18hRGF0YUJvdW5kZVZt
… Q291bnRmZGQCCA8PFgYfATKioQEAAQAAAP////
… 8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHV
… yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5GcmFt
… ZXdvcmsuUVkuTW9kZWxzLlbnVNb2RlbAUAAAATPElkPmtfX0JhY2tpbmdGaWVsZBk8TWVudUxpc3Q0
… a19fQmFja2luZ0ZpZWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQQWPEVycm9yPmtfX0JhY2tpbmdGaWVsZBg8Q
… 2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Sb2xsZWN0aW9uc0dlbmVyaWMuTGlzdGF4RG
… tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VYRXRhL2Ryb24uQ21zLkNvbnRyYWN0cywgVmV
… yc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNi
… ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAAAAAAEAAAAAAAAAA
… AAAAAAJAwAAAAkEAAAACgAMBQAAAFlFa3Ryb24uQ21zLkNvbnRyb2wuVHJlZU5vZGVMaXN0IE5lbHR1cmU9bm
… N1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZV1dQ2ZQAAAA4FeXN0ZW0uQ29
… sbGVjdGlvbnMuR2VuZXJpY5MaXN0YDFbW0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uLlRyZWV0b2RlW0VrdHJvbi5
… RWt0cm9uLkNtcy5Db250cm9sLlRyZWVOb2RlTGlzdIEryYwsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5l
… 0tleVva2VuPTU1OWEyYzRmYTIxZTYzYmVdXQQAAAGAWPE92ZXJyaWRlX0RhdGFJdGVtZGQCQWPJIFzYXBxc5Ir3
… DbXMuT3JnYW5pemF0aW9uLlRyZWVOb2RlW0VrdHJvbi5DbXMuQXJ0aWNsZXMsIFZlcnNpb249OS4wLjAuMjQ5LCB
… 5DdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPTU1OWEyYzRmYTIxZTYzYmVdXQQAAAAAYyaXRpb24uQ21
… DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVGVlZU5vZGVDb2xsZWN0aW9uAAAAAAEAAAAAAAAAAAAAAAYXR0ZXJuX0RE
… MStfc2l6ZQ9MaXN0YDErX3lclcNpb24EAAAAoRWt0cm9uLkNtcy5GcmFtZXdvcnsuVUkuVHJlS3JVZU5vZ
… GVbXQIAAAAAICAIAAAAJBwAAAAUAAAAFAAAAAAABwYAAAAAQAAAQAAAAAAAAEJkVrdHJvbi5DbXMuRnJhbWV3
… 9uLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAAAAAAAAAAAAMaXN0YDErX3NpemUPTU1OWEyYzRmYTIxZTYzYm
… VdXQIAAAAJCAIAAAAJAwAAAAXYwAAAAkKMAAAAAsAAAAAwAAAAAAwEjkVrdHJvbi5DbXMuRnJhbWV3b3JrLlV
… JLlRyZWUuSVRyZWVOb2RlRlaAAQAAAkAAAAAAAAAAAAAAAAwAAAAAAAwEjkVrdHJvbi5DbXMuRnJhbWV3b3JrLlV
… Q29tbW9uLkLCBWZXJzaW9uPTkuMC4wLjI1OSwgVXVsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlh
… mM0ZmEyMWU2M2JlBQAAAAjRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uU3ViVHdudUdETAAAAFzxJdGVtc+tSW
… Q+
… a19fQmFja2luZ0ZpZWxkGTxQYXJlbnRJZD5rX19CYWNraW5nRmllbGQQTWVudUhdGErPFRlbXBzYXJlPmtfPmtf
… 0JhY2tpbmdGaWVsZA9YSxx8Rm9sZGVySWQ+
… a19fQmFja2luZ0ZpZWxkK011bnVEYXRhKzxBc3NvY2lhdGVkVm1m9sZGVycz5rX19CYWNraW5nRmllbGQQTWVud
… URhdGErPEFzc29jaWF0ZWRUZW1wbGF0ZXM+a19fQmFja2luZ0ZpZWxkK011bnVEYXRhKzxBdWFnZEhdGg+
… a19fQmFja2luZ0ZpZWxkK011bnVEYXRhKzxBdWFnZXJyYW1PmtfX0JhY2tpbmdGaWVsZCNZNTV5UQmZ
… URhdGErPFRleHQ+
… a19fQmFja2luZ0ZpZWxkK11bnVCYXNlRlF0YSVHVllwZT5rX19CYWNraW5nRmllbGQQTWVudUJhc2VYEVRhK
… zxIcmVmPmtfX0JhY2tpbmdGaWVsZCNZN1QmFzZURhdGErPFRhcmdldD5rX19CYWNraW5nRmllbGQQTWVudU
… Jhc2VYRXRhKzxBbmNs3Rvc2klkPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGErPERlbc2NyaXB0aW9uPmt
… fX0JhY2tpbmdGaWVzZCVNZW51QmFzZURhdGErPE9yZGluYWw+
… a19fQmFja2luZ0ZpZWxkK011bnVCYXNlRlF0YSSXRlbXM+
… a19fQmFja2luZ0ZpZWxkK011bnVCYXNlRlF0YSSXN1bHZhbHVlPmtfX0JhY2tpbmdGaWVsZCNtZW51QmFzZ
… URhdGErPEltYWdlT3JlcnJpZGU+a19fQmFja2luZ0ZpZWxkHUNtc0RhdGGfMSs8SWQ+
… a19fQmFja2luZ0ZpZWxkKAAABAAMDAQABBAEBAAEAAwEAAAkJCX5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpcY
… y5MaXN0YDFbW1N5c3RlbS5JbnQzNCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
… FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1MTkzZ5RlMDg5XV1/
… U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
… 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPUzI3N2E1YzU2MTkzNGUwODldXQ
… EsRWt0cm9uLkNtcy5Db21tb24uRWtFbnVtZXJhdG9yIC1TeXN0ZW0uU3RyaW5nLCVcugUAAAACQilAVN5c3RlbS5Sb2x
… sZWN0aW9ucy5HZW51cmljLkxpc3RgRmVtdWRhdGFbW3NpemUtNQAAAAEAAAARWt0cm9uLkNtcy5Pcmdhbml6YX
… RWt0cm9uLkNtcy5Db250cm9sLkLCBWZXJzaW9uPTkuMC4wLjI1OSwgVXVsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZX
… 0tleVva2VuPTU1OWEyYzRmYTIxZTYzYmVdXQQAAAAEEBAAAAEMBAAAAAAGDwAAAAAAAGDwAAAAAAAAAAAAA
… kQAAAACREAAAAJDwAAAAEGEwAAAABtnWExpQdHRSzXRvbmvc3BpdGFsbe
… 8sRWt0cm9uLkNtcy5Db21tb24uRWtFbnVtZXJhdG9yIC1TeXN0ZW0uU3RyaW5nLVR5XRlbVR5cGUGUBAAAAB3ZhbHVlX18ACA0AAAA

124454... EAAAACgoAAAACgoAAAAAvf2vSzgTAGAAAAAACgAAAAA+

AAAACRgAAAAKAEMBAAAAAAAAADBkAAABuRWt0cm9uLkNtcy5GcmFtZXXdvcmsuVUkuQ29udHJvbHMuMRWt0cm9uUVksIFZlcnNpb25Pb249O54wLjAuMjQ5LCBDdWx0dXJlPX5ldXRyYWwsIFB1YmxpY0tleVRva2VuTIxZTYzYmUFCQAAADZfa3Ryb24uQ21zLkZyYW1ld29yay5VSS5Db250cm9scy5Fa3Ryb25P25VSS5NZW51VHJlZUNvvzVGOAAAAHDxEZXJjmlwdGlvbj5r5X19CYWNraW5nRmllbGRHQePEltYWdlT3JlcJzpZGU+

a19fQmFja2luZ0ZpZWxkGjxJbWFnZVBhdGg+

a19fQmFja2luZ0ZpZWxkGDxPcmRpbmFsPmtfX0JhY2tpbmdGaWVsZBc8VGFyZ2V0PmtfX0JhY2tpbmdWc2Bc8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZBc8VGVtcGxhdGVHU+

a19fQmFja2luZ0ZpZWxkGxkBc3NvY2lhdGVkRm9sZGVyczrX19CYWNraW5nRmllbGQGQkPEFzc29jaWF0ZWRUZWdZXM+

a19fQmFja2luZ0ZpZWxkGTxGTxGb2xk2xkXJJZD5rX19CYWNraW5nRmllbGQGQcPENvbnRlbnRSUeXBlUXWtfX0JhY2tpbmdGaWVsZBk8TGlua1R5cGU+

a19fQmFja2luZ0ZpZWxkGDxTdGF0dXM+kX19CYWNraW5nRmllbGRHQcPEZGZQRyZW4bVHJlZU5vZGUrX19CYWNraW5nRmllbGQUT29wbGGRyZW4bVHJlZU5vZGVzK19fQmFja2luZ0ZpZWxkEzxUT29sVHlwZSS8UGF0aEC8UmVDElkPmtfX0JhY2tpbmdGaWVsZBk8UmVsYXRpdmVVcmw+

a19fQmFja2luZ0ZpZWxkGxEcmFnSGJsGQVHJlZU5vZGUrX19CYWNraW5nRmllbGQUT29wbG94aWxGQVHJlZU5vZGVzK19fQmFja2luZ0ZpZWxkEzxUT29sVHlwZSS8UGF0aEC8UmVDElkPmtfX0JhY2tpbmdGaWVsZBc8UFFleHQ+

a19fQmFja2luZ0ZpZWxkGHlRyZWVOb2RlRlKzxUeXBlPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9kZSS8U3ViVHlwZT5rX19CYWNraW5nRmllbGQGQVHJlZU5vZGVzK19fQmFja2luZ0ZpZWxkGQhWHJlZU5vZGVzK19fQmFja2luZ0ZpZWxkBQhWHJlZUsQW+JsZXQ+

a19fQmFja2luZ0ZpZWxkGHlRyZWVOb2RlRlKzxWaXNpYmxlPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSS8U2VsZWN0ZW0WN0ZWQ+

a19fQmFja2luZ0ZpZWxkGHlRyZWVOb2RlRlKzxNb3JlPmtfX0JhY2tpbmdGaWVsZChUcmVlTm9kZSS8TmV4dGFBhZ2VOdW1iZXI+

a19fQmFja2luZ0ZpZWxkGIlRyZWVOb2RlRlKzxFeHBhbmRlZD5rX19CYWNraW5nRmllbGQGQlVHJlZU5vZGUrX19CYWNraW5nRmllbGQGQhWHJlZUsZW0WN0ZWQ8Q29yZTVtbFUcmVlTm9kZSS8U2NdUcmVlTm9kZSS8U2VsZW0WN0aW9uTmRbGlbbRbDbGlbbRbDbGlbdbBMSS8U2VsZW0WN0aW9uTmRbGlbbRbDbGlbdbwdGVsZW0WN0aW9uTmRbGlbbRbDcUcmVlTm9kZSS8a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlRlKzxDdXN0b20+

a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlRlKzxUb3BTBMZZ1bD5rX19CYWNraW5nRmllbGQGQBAAEAAQEBAwMAAQEEA

AABAQEBAAAAAQEBAQAAAAAAEBBAEBAAMAAQh+

U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uSW50MzIsIG1zY29ybGliLCBWZXJzaWW9uPTQuMC4wLjAsIENbHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1d

pb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAABgLL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLkNvbnRyb2xzLkVrdHJvbi5VSS5NZW51VHJlZVZ9jdGVk

VjdGlvbnMuMuSGFzaFNldGAXXW1syHSeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc2W9uPTQuMC4wLjAsIENbHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1d

JHgAAAAkfAAAAAAAAAAAAAkCgAAAAAGGIQAAAAAxMDczMzYyQyMZMN1lAAAAAAMyMMwYjAAAAAMyMMwMwMwMwM+

AAAADzMyMJIwAAAAAwYTQ0QEAAAAAAEGJQAAAA1QYXltZW50OlEhlbHBHHA/

BiYAAAAAHU3ViTWVudUQoKAQEAAAAAAAAAACgoF2f///

y5Fa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlTWZWdyYXRpZ25Bb25Nb2RlbAAAAAd2YW1lZV9fAAgCAA

AAAAAAAAAYoAAAAEC9GaW5bhbmpYwtSGVsSGVsGV80sGVsGdlNAAAOAAAAAAACAAAAAAYAAAAACAAAACAAAAAAAAAA

AAAMzjQJDwAAAAktAAAAC5AAAAAAAAAAoKCU8AAAAABAAYABAAYYAAAAAoKCU8AAAAABAAY7AYAAAAMyMwNAAAAA

AAHHMzIzXjMyNgEAAAAAAAAAAAEGNAAAAAAEGJQAAAAEEGdvAAAAAoAQ

AAAMZxMjQlNAAAAAlLLAAAAACUwAAAAAAAAAAAAAAAoKCU8AAAAABCAAAADAAAACRYAAAAOg

AAAsxMDczNzQyMzE1NAkPaaaAAAAJPQAAAAAAAAAAAAcgoJPgAAAAAB8jAAAAALMLTA1MTA3MzcyOMjMMwNTQ

ZWFsdGhqgJJgAAAAokKEQAAAAAAAAAACgoBu////9n///

8AAAAAByXAAAAA1015Q2VudHYYHUhlYWxoaC8wAAQwAAAAAAJWAAAAAoCQ8AAAAEAAAAACRYAAAAGSQA

AAAMzMjJYJDwAAAAlLAAAACUwAAAAAAAAAAAAAaaoKCU8AAAAABLEA

AAAHHMzIzXjMyNgEAAAAAAAAAAEGUgAAAAoz250250YWN0L2xlcjCSYAAAAAoKAaz////Z/

///

AAAAAZVAAAAFS9NTEgvZS9S9Db250YWN0LVwoGABSPBMAAAJDwAAAAaaaAAAAAJDwAAAAAAJDwAAAABM

AZYAAAAAzmyOAkPAAAAVoaPAAAAAAAAAAAcgoJXAAAAAEBl4l4AAAAAADMzI4Bl4AAAAAACgo

Bnf///9n///

8AAAAABmQAAAYL01MSC9Ib211L0zvci1Qcm92aWRlcnMvCgAKAAAQQAAAAfLN5c3RlbS5DDb5c3RlbS5EDS5Db2xsZWN0aW9uLnwycgBXNjbjJSsGRgWJsaWNLZXl0b2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAABmQAAAYL01MSC9Ib21lL0zvci1Qcm92aWRlcnMvCgAKAAAQQAAAAfLN5c3RlbS5EDS5Db2xsZWN0aW9uLnwycgBXNjbjJSsGRgWJsaWNLZXl0b2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAAB1pdGV4

XJzaW9uBwBwaCGQgJCWUAAAAAAAAAQAAAfLN5c3RlbS5EDS5Db2xsZW0WN0aW9uLnwycgBXNjbjJSsGRgWJsaWNLZXl0b2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAABmQAAAYL01MSC9Ib21lL0zvci1Qcm92aWRlcnMvCgAKAAAQQAAAAfLN5c3RlbS5EDS5Db2xsZW0WN0aW9uLnwycgBXNjbjJSsGRgWJsaWNLZXl0b2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAAB1pdGV4

saWNLZXl0b2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAABl9pdDGVsVfc216QhfdmVyc2lvbgYAAAAACWYA

AAAAAAAAAAAAAQYAAAApQFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5EdXT

3JnYW5pemF0aW9uLldlbGZhcmUuTGlbUmVhZHJvbi5DbXMuRnJhbWV3b3JrLkNBLkBQEBAQgBL

I0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXl0b2tlbj01NTlhbMmM0ZmEyMWU2M2JlXV0DAAAABl9pdGV4

124454… tcwYrEz1ezQnfGmWVyt29vDgoRACd1a9WY524iuq21zLk9Y2Fv4zXpHdGlv33SSThWWdqUfOWHEYXRhW10FAAAA
… CAgJZwAAAAUAAAAFAAAAAR4AAAAQAAAACWUAAAAAAAAAAAAAEfAAAAEQAAAlmAAAAAAAAAAAAAABIAAAA
… AQAAAAJagAAAAAAAAAAAAAS0AAAAQAAAACWUAAAAAAAAAEuAAAAEQAAAlmAAAAAAAAAAAABLw
… AAAAQAAAAJbQAAABYAAAAWAAAAATwAAAAQAAAACWUAAAAAAAAAAAAE9AAAAEQAAAlmAAAAAAAAAAAAA
… BPgAAAAQAAAAJagAAAAAAAAAAAUsAAAAQAAAACWUAAAAAAAAAAAAAEFMAAAAEQAAAlmAAAAAAAAAA
… AAABTQAAAAQAAAAJcwAAAAEAAAABAAAAAVoAAAAQAAAACWUAAAAAAAAAAAAAFbAAAAEQAAAlmAAAAAAAAA
… AAAAAABXAAAAAQAAAAJdgAAAAIAAAACAAAAD2UAAAAAAAAAACRFmAAAAAAAdnAAAAAEEAAAAIAAAABCVFa3
… Ryb24uQ21zLk9yZ2FFuaXphdGlvbi5JTWVuddUl0ZWl1EYXRhBQAAAl3AAAACXgAAAAJeQAAAA16AAAACXsAAAA
… NAwdqAAAAAEAAAAAAAABCZFa3Ryb24uQ21zLk9yZ2F1llzd29yaay5VSS5UcmV1Ck1UcmV1Tm9kZQIAAAAHbQAA
… AAABAAAAIAAAAAQmRWt0cm9uuLkNtcy5GcmFFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGUACWAAAAFZjQAAA
… Al+
… AAAACX8AAAAJgAAAAmBAAAAACYIAAAAJgwAAAAmEAAAACYUAAAJhgAAAAmHAAAACYgAAAAJiQAAAAmKAAAAC
… YsAAAAJjAAAAAmNAAAACY4AAAAJjwAAAAmQAAAACZEAAAANCgdzAAAAAEAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLk
… ZyYW1ld29yay5VSS5UcmV1LklUcmV1Tm9kZQIAAAAJkAAAAQAAAAAQAAAAEJkVrdHJvbi5DbbXM
… uRnJhbWV3b3JrLlVJLlRyZWUuSVRyZWVOb2RlAgAAAAmTAAAACR4AAAAAAoCTAIAAAAAAAQwEAA
… AAAAAAAJDwAAAAAAAAAAACR4AAAAJHwAAAAkPAAAAAQklAAAAADw////z////
… BAAAAabAAAAD0ZpbmFuY21lIhbC1IZWxwLlAwzkABAAAABgAAAAAAAAAAJngAAAAoA5xMAgAIAAAABe
… AAAAAgAAAABEAQAAAAAAAEMBAAAAAAACQ8AAAAAAAAAAAAAktAAAACS4AAAAJDwAAAAEJNAAAAAFc////7P
… ///
… wQAAAAGpQAAABFNTEgvSG9tZSZ9DYXJlJlZXLwkWAAAABgAAAAAAAAAJDwAAAAIAAAAJqAAAAAoARAEAAAAAAA
… ABeQAAAAgAAAADOEgCAAgAAAAEMBAAAAAAAACQ8AAAAAAAAAAAAk8AAAACT0AAAAJDwAAAAEJQwAAAAFS///
… /7P///
… wQAAAAGrwAAABBNeUN1bnR1cmFFZW1FZsdGgvCRYAAAAGAAAAAAAAAAkPAAAAAwAAAAmyAAAACgAOAQDEAgAAAA
… F6AAAACAAAAEYBAAAAAAAAAQwEAAAAAAAJDwAAAAAAAAAAAACUsAAAAJTAAAACQ8AAAAEUsAAAAJPAAAAAAAkPAAAAAAUuAAAAJPAAAAAkPAAAAAKPAAAAAQlSAAAAAUj////
… s////
… BAAAAa5AAAAFE1MSC9Ib211L0NvbnRhY3QVXMvCRYAAAAGAAAAAAAAAAkPAAAAm8AAAAAm8AAAAACgBGAQAAA
… AAAAAF7AAAACAAAAEgBAAAAAAAAQwEAAAAAAAJDwAAAAAAAAAAAACVoAAAAJWwAAAAPAAAAAPAAAAAkPAAAAAT7////s////
… BAAAAabDAAAAF01MSC9Ib211L0Zvci1Qcm92aWRlcnMvCRYAAAAGAAAAAAAAAAkPAAAABQAAAAnGAAAACgBIA
… QAAAAAAAAF8AAACQAAAAUkPAAAAAQklAAAAAAAAkPAAAAQAAAAAkWAAAABskAAAADMzI1CQ84AmAAnmAAAAAAAAAA
… AAAAAKCgnNAAAAAQAGqgAAAMMVmMzMjMjMjQQIwAAAAbxAAAACzMyM142zMjReMzI1AgAAAAQAAAAAAAAAAA
… AAQb5AAAAFEhlYWx0aFdYx0aCBDYYXZl2l2lZXJ1bnRzc1YAAAACgEBAAAAAAAOKAASz////Z////
… AAAAAAbVAAAAIi9NTEgvQ29tbXVuaXR5L0L0NsYXNZXMZMtYW5kLUV2Z50cy9KAAoAAAAJAAAAACQ8AAAAAC
… Q8AAACACRYAAAAG2AAAAA2AAAAACjBDAAAAAAAAAADDb250b2FAAMQVJFAAAAACDb25BAEVAAMW0YXc90cK
… dWAAAAJAAAAAOpAAAAAEAAAAAQAAAAQmRWt0cm9uuLkNtcy5GcmFFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGUAC
… MAIAAAAAAQAAAAAAAG9AAAACVBYf2FkW50dGQ1Ig1UGQAAAAAQ29udGFALUl0ZW0AAAAAeHRAWNvcm1A29udGAYv
… JpbGc0l0aW9vbmBH0/v///2f///
… 8AAAAAuMAAAABBL01MSC9DYXJJlZXJlLW9uLVuVlcVuuldZmNyVlZmN2dy5zdGiOX2YUbpXc2C9
… uc21iaWWxpdGGllcy8RHNhAACXAAAAABqbdMZWYpbnRbZUuUWNyVlzRWNhbAXcVYAAAAAAA
… AAAJ2QAAAnaAAAAACekAAAAAAbqbdAAAnZGMzENNDI1MTKfDMyMDjDEzMjAvAQAAAAQDDCRYAAAAGyAAAAAAnZGMz
… jMyNF4xMDczMjMBQYf2FkW50dTbmFAWHAAAAAAAAAAAAAAQ2FAAAQwADBY2BhQYf2FkW50dTbmFAW
… JbGQkwAADBYAAAAACCYAAAAAAAAAAAAAAAAAQMBAADBOF0BhAAAAAAAACgBHyf7dV///9n///
… 8AAAAAvEAAABML01MSC9DYXJJlZXJlLW9uLWVlcVuuldZmNyVlZmN2dy5zdGlOX2ZGVtYWtSW1pdGGllcy8
… uc21iaWWxpdGGllcy/0tcLUNhcC5DdCZmFwSfwAAOACgBfwAAAAAJDwAAAAAAACZDY2F2YWAAAAQAAAAAanAAAAfGAA
… AAAAbEFAAACAAAAAAACZDwAAAAA0AAAASH7Jc9HUAAAACFAAAAATHAAAAAAAAAACCDyLpAAAAAAAdAAAFAAAA+
… wAAABMMjNeNzI0X0JEnmNZM201Zml0cR0XY2AY0AAAAb8AAAACZDGVtbWYyMgAAAAAb8AAAACZzR2FAAAAAAAAQAwAAAAb8AAAAC
… Jlc3BvbnNpYmxTaSXRRpRZMgLSBOb24tQ2xhpbmYWYW4QAAAAAALaKAAAAAKCZGDANvAB///9n///
… 8AAAAAeAAAABQL01MSC9DYXJJlZXJlLW9uLWVlcVuuldZmNyVlZmN2dy5zdGlOX2ZGVtYWtNY
… AkjAAAABgkBAAAAMZIzJyMjMdkF4xMDczNzQyNTE5Mw1AAAAeAAAAAAAAAGGzEzbA29wnhAAAnAAAACg
… oBAQAAAAAAAAAKCgH0/v///2f///
… wAAAAAGDQEAAACQvTUxIL0NhcmVlcnMvUGF0aWVudC1jZXJZWAAAAGBAAAAAAAAAAAAAb8AAAAANEFjYWWzbWWljIELuc3RpdXRlpLQAAAAAAUUAAQwAAAASUwAAAADMdkF4xMDczNzQyNTE5MAAACgEBAAAAAAAOKAAAKCgH4/v///2f///

124454... AAABkBAABcSW5xaxzp2HVHbCBDbcguAWNhbCBQcgF5jWiY1bWkFYFN1bmIVc1BVc1BPdGH1c1BDbGluaWNhbC
... BQcmFjdGljdW1zCeEAAAAKCgEBAAAAAAAAAoKAbz+///Z///

... AAAAAAZFAQAAXi9NTEgvQ2FyZWVycy1hbmQtRWR1Y1Y2F0aW9uL0luZGl2aWR1YWR1Y2xpZGl2aWR1YWR1YVtZ
... W50cy1TZW5pb3ITtb3ItT3RoZXI1Q2xpbbmljYWwtUUHJhY3tcy9KAAoAAYUAAAAJUAAAAJAAAACQ8AAAACQ8AAAA
... AKAAAACRYAAAAGSAEAAAQ4MTU1CgoKAAAAAAAAAAAJ2QAAAAnaAAAAACUsBAAAAAAZMAQAADZEwNzM3NDNI1MTk
... 4fDMyNAZNAQAAAzMyNAkjAAAABk8BAAAATMzIzXjMyNF4xMDczNzQzQyNTE5OAIAAAAOAAAAAAAAAAAGUAEAADFJ
... bnN0cnVjdG9yyIFJlc3BvbnNpNpY1saXRpPZXMgLSBDbGluaWNhbC1QcmFjdGljdW1zceEAAAAKCgEBAAAAAAAA
... AoKAa7+///Z///

... AAAAAAZTAQAATS9NTEgvQ2FyZWVycy1hbmQtRWR1Y1Y2F0aW9uL0luZGl2aWR1YWR1YWR1WxpuWxpcGBAAAEOD
... E1MQoKCgAAAAAAAAAACdkAAAAJ2gAAAAll1ZAQAAAAAAGWgEAAA8xMDczNzQyNTE5OXcgMjQwjQGWwEAAAMzMjQJIwA
... AAAZdAQAAEzMyM14zMjReMTA3Mzc0MjUxOTRCAAAAADwAAAAAAAAAAAI4BAAA1SW5zdHJ1Y3RvciBSZXNwb25z25z
... aWJpbGGl0aWVzIC0gTm9uLUNsaW5pY2FsUHJhY3RpY3VtcyHhAAAAACgoBAQAAAAAAAAKCgoBoP7//9n///
... 8AAAAABmEBAAABRL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24tSW5kaXZpZHVhbHMt
... zLS0tTm9uLUNsaW5pY2FsUHJhY3RpY3VtcyHhAAAAACgoBAQAAAAAAAAKCgoBoP7//9n///
... 8AAAAABmEBAABRL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24tSW5kaXZpZHVhbHMt
... jQJIwAAAAAzZrAQAAEzcyMXljMjVMzIzXjMyNF4xMDczNzQyNTE5OAIAAAAOAAAAAAAAAAAG
... jQJIwAAAAAzZrAQAAEzcyMXljMjVMzIzXjMyNF4xMDczNzQyNTE5OAIAAAAOAAAAAAAAAAAGmwBaaAOSW50ZXJuYWwt
... MJ4QAAAAAoKAQEAAAAAAAAAACgoBkv7//9n///

... 8AAAAABm8BAAAqL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24tSW5kaXZpZHVhbHMt
... AAAkPAAAAAakPAAAADQAAAAkWAAAABnIBAAAEODEyOQoKCgAAAAAAAAAAAJAdkAAAAJ2gAAAAll1AQAAAAAAGdgEA
... AA8xMDczZnQyNYTIwMXwzMjQGQdwEAAAAxMjQJIwAAAAAzZrAQAAEzMcyMXljMjVMzIzXjMyNF4xMDczNzQyNTE5OAIAAAAOAAAA
... AAAAAABnoBAAAbTWVkaWNhbCBTDHVkZW50cyHhAAAACgoBAQAAAAAAAAKAYT+///Z///
... //

... AAAAAAZ9AQAANy9NTEgvQ2FyZWVycy1hbmQtRWR1Y1Y2F0aW9uL011ZGljYWwtU3R1ZGVudHMtMHTmK5kLU90aGVyc
... y8KAoAAYUkAAAAJ2QAAAAkQ8AAAAAkQ8AAAAkQ8AAAACRYAAAAGSAEAAAQ4MTcyCgoKAAAAAAAAAAJ2QAAAAnaAAAAAll
... AACYMBAAAAAaEAQAADZEwNzM3NDI1MjAxfDMyNAkjAAAABk8BAAAAATMyNF4xMjQJIwAAAAAzZrAQAAEzcyMXljMjVMzIzXjMyNF4x
... yNTMgAAAAAAAAAAAAAAIGIAEAAAQ4MTcyCgoKAAAAAAAAAAAJ2QAAAAnaAAAAAllUAQAAAAAAGdgEAAA8xMDczNzQy
... AAAACgoBdv7//9n///

... 8AAAAABosAAAAzL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24tTVyVc2luZXNzLUFkbWluaXN0cmF0aW9uLQ0
... KAAGKAAAACQ8AAAAkPAAAAAkPAAAADWAAAAAaVAAAAABo4BAAAAEODFAAAAEODEwBoBAAAAEODE0cmK5kLU90aGVyc
... AQAAAAAAAKgdEAAAASAAAACdkAAAAJ2QAAAAkQ8AAAAkW0bQZAAAAMTAwNXwzMjQJIwAAAAAzZrAQAAEzMcyMXljMjVMzIzXjMyNF4x
... DMCAAAAEAAAAAAAABpYBAAAART2Jz2YXR2cyHhaAAAEACgaAAAAAAAAKgoBaP7//9n///
... 8AAAAABpkBAAAtL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24tTVyVc2luZXNzLUFkbWluaXN0cmF0aW9uLQ0
... ACQAAAAkPAAAABpYBAAAAEAAAEAAAEpwAAAaBpwEAAAART2JzZXJ2YXRpb25zIC0gTWFuYWdlbWVudHMVaH50aW9u
... OAEAAA8xMDczNzQyNTEyVIwNgQGoQEAAAAxMjQJIwAAAAAzZrAQAAEzMcyMXljMjVMzIzXjMyNF4xMDczNzQyNTEyMDYAAAAF
... AAAAAAAAABgQBAAAZT3VyIFN0YW5kYXJkcyBoZi1BCZWhhdmlvcnnAAAACgoBAQAAAAAAAAKCgFa/v//2f
... ///

... wAAAAGpwEAADUvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9PdXItU3RhbmRhcmhcmRzLW9mLUJlaGF2aW9yLw
... oACgAaBjAAAAAAJ2QAAAAJDwAAAAJDwAAAAJBwAAAAJFgAAAAaQAEAAAQ4MT2QAAAAJ2QAAAAll1AQAAAAAQdEoCdoaAZZZVE
... JrQEAAAQ4BAAAART2JzZXJ2YXRpb25zIC0gTWFuYWdlbWVudHMVaH50aW9uLw
... MjA1AgAAAAAAAAAayAQAAG1ByZS1FbXBsb3ltZW50Lw
... AAKCgFM/v//2f///

... wAAAAGtPEAADcvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9QcmUtRW1wbG95bWVud4YWudC1PcmlbnRhdGlvbi
... MvCgoAaBygAAAAAJ2QAAAAJDwAAAAJDwAAAAJBwAAAAaAAEAAAQ4Nx2QAAAAJ2QAAAAll1AQAAAAAQdGoCdoaAZZZVE
... AAAm7AQAAAGvAEAAAART2JzZXJ2YXRpb25zIC0gTWFuYWdlbWVudHMVaH50aW9uLw
... AQAAEzMyNF14zMjReMTA3Mzc0MjUyVIDYMDYCAAAAASbABAAfUk4gUmtzU30cnkgSW50cnkgSW50cnkgSW50
... HBsaWNhdGlvbGvbgnhAAAACgoBAQAAAAAAAKCgE+/v//2f///

... wAAAAGwwEAADsvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9STi1SZS1sbbnRyeS1Jbml0aWFsLUFwcGxpY2F0aW9uL0
... F0aW9uL0FwcGxpY2F0aW9uL0FwcGxpY2F0aW9uL0FwcGxpY2F0aW9uL0FwcGxpY2F0aW9uL0FwcGxpY2F0aW9uL0
... ACdoCgaAAAAAAAJ0AAAAJ2QAAAAJDwAAAAADwAAAAAAADOAQAAHNoyNoRvRvd2luBQcmEBaWNhaWUkwNDF
... NzM3NDN1Mja3A3aAq4AaABkAAAAAAAbAOAQAAHVoyNoRvRvd2luBQcmEBaWNhaWUkwNDF
... gEBAAAAAAAAAoKATD+///Z///

... AAAAAbRAQAAOS9NTEgvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL1NoYWRvd2luZ1BcbHBsaWNhdGlvbi1Qcm9jZ
... XNzLwoKCgBjwAAAAAkvAAAAAJDwAAAAADwAAAAAAADOAQAAHNoyNoRvd2luBQcmEBaWNhaWUkwNDF
... oAAAAJ1wEAAAAAAAbPBAAABPMTAzMzc0MjUyMDh8MjI0OBtkBAAAAMzI0CSMAAAAAZsBAAAEzI0XjEyNAkjAAAAK
... 3NDI1Mja4AgAAgAAABgAAAAAAAAAbcAQAAAFFNoyRvd2luBQFIbGlcmlclbmNlCeEAAAAAKCgEBAAAAAAAAAoK
... ASL+///Z///

... AAAAAbfAQAAMC9NTEgvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL1NoYWRvd2luZy1FeHB1bmllbmNlLLWoACgBk
... AAAAAkvAAAJDwAAAAJDwAAAJFgAAAAAbiAQAABDgwAAAABDgwDgwODEKCgoAAAAAAAAAAAZ2QAAAACdoAAAAAll5QAGA
... AABuYBAAAAPMTAzMzc0MjUyMDl8MjI0OBtkBAAAAMzI0CSMAAAAA6QEAAAAEzI0XjEyNAkjAAAAK3NDI1MjA5AgAA
... AABkAAAAAAAAAbgAQAAAEVNoyRvd2luBwUGlcmlclbmNlCgEAAAAAAKCKART+///Z///
... AAAAAbtAQAALS9NTEgvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL1N0dWRlbnQtUGxhY2VtZW50LWoACgBk
... AkAAAAJDwAAAAJDwAAAABYAAAAAJFgAAAAbwAQAAAEVbdWVGpAAAAb8MjI0OWEaAAAAAZ2QAAAACdoAAAAAll8WEAAAAv
... QBAAAAPMTAzMzc0MjUyMTB8MjI0OCASMAAAAAA9gEAAAAEzZbmQtUWEAAAmzI0XjEyNAkjAAAAK3NDI1MjEwLwEAAgABkQAA
... AAAAAAAAAAAAAbkAQAAGFN0dWRlbnQtUGxhY2VtZW50LWoACgBk
... /wAAAAG+
... wEAADQvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9TdHVkZW50LVBsYWNlbWVudC1wcmVjZXNzCgoKAAAKAAGAS
... AACQAAAAkPAAAAQkPAAAAQAAAkWAAAAABv4BAAAAZMTAzMzc0MjUzCQ8AAAAJAAIAAAAJAAIAAAAKCgkCAAAKCgkCAAAK

```
...  AAACBvIAAAAUMYjCBAIAAAMEMMjjY 0wAAAZZMYN14ZMJZeNzI3AgAAABOAAAAAAAAQYHAgAACExv
...  Y2F0aW9wuCSYAAAAKCgEBAAAAAAAAAoKAff9///Z////
...  AAAAAYKAgAAJC9NTEgvQ29udGFjdC1Vcy9Mb2NhdGlvbi9DYW11cCXMtTWFwLwoACgABkwAAAkAAAAJDwAAA
...  AAJDwAAAAEAAAAJFgAAAAYNAgAAABDc1OTEKCgoAAAAAAAAAnZAAAACdoAAAAIAIAAAAAABhECAAAPMTA3Mz
...  c0MjUyMTF8MzI4BhICAAADMzI4CSMAAAAGFAIAABMzMjNeMzI4X4XjEwNzM3NDI1MjExAgAAAB8AAAAAAAAAAY
...  VAgAAHkNlbnR1cmEEgSGVhbHRhcIFJlc2VhcmNoIRoRlcgnhAAAACgoBAQAAAAAAAAAKCgHp/f//2f///
...  wAAAAGGAIAADIvTUxIL0Zvci1Qcm92aWR1cnMvVudHVyYS11ZWFsdGgtUmVzZWFycgY2gtQ2VudGVyLwoACg
...  ABlAAAAAkAAAAJDwAAAAEDwAAAAIAAAAJFgAAAAYbAgAAACzEwNzM3NDIyOTY5Y5CQ8AAAAJHQIAAAkeAgAAAA
...  AAAAAAAAKCgkfAgAAAAGIAIAAsxMDczNzQyMjk4Q2OYhAgAAAzMyOAkIAAAAIMCAAAATMzIzXjMyOF4xMDcz
...  NzQyMjk2OQIAAAAgAAAAAAAAAEGJAIAACRDb250aW51aW5HIlZGlYWwgRWR1Y2F0aW9uIGNSXSZZXMJJ
...  gAAAAoKAQEAAAAAAAAAAACgoB2v3////9n///
...  8AAAAABicCAAAyL0NvbXBvbmVudHMvVEtGVtcGxhdGUztcL2V2ZW50bGlzdC5hc3B4P2ppdHlcjFJRD0yODgKAAo
...  AAZ4AAAAYAAAACSgCAAAAAAAAAAAAAGoAAAAGAAAAAkpAgAAF gAAABYEAAAABsgAAABgAAAAJKAIAAAAAAAA
...  AAAAAbwAAAAYAAAACSsCAAABAAAAAQAAAHGAAAAGAAAAAksAgAAgAAAAI1AAAAABywAAABAAAAAJZQAAAAAAA
...  AAAAAAAAcwAAAAAAAAACYAAAAAAAAAAHNAAAABAAAAAkvAgAAAAEAAAAE2wAAAAQ2wAAAAnJagAAAA
...  AAAAAAAAAAekAAAAEAAAACWoAAAAAAAAAAAAH3AAAABAAAAA1qAAAAAAAAAAAAABBQEAAAAQAAAAAJagA
...  AAAAAAAAAAAAARMBAAAEAAAACWoAAAAAAAAAAAAEhAQAABAAAAA1qAAAAAAAAAAABLwEAAAQAAAAJ
...  agAAAAAAAAAAAAAAT0BAAAEAAAACWoAAAAAAAAAAAAFLAQAABAAAAA1qAAAAAAAAAAAABWQEAAAQAA
...  AAJagAAAAAAAAAAAAAWcBAAAEAAAACWoAAAAAAAAAAAAF1AQAABAAAAA1qAAAAAAAAAAAABgwEAAA
...  QAAAAJagAAAAAAAAAAAAAAZEBAAAEAAAACWoAAAAAAAAAAAAAfAQAABAAAAA1qAAAAAAAAAAAABrQE
...  AAAQAAAAJagAAAAAAAAAAAAAbsBAAAEAAAACWoAAAAAAAAAAAAHJAQAABAAAAA1qAAAAAAAAAAAAAAB
...  1wEAAAQAAAAJagAAAAAAAAAAAAAeUBAAAEAAAACWoAAAAAAAAAAAAHzAQAABAAAAA1qAAAAAAAAAAAA
...  AABAAIAABAAAAAAJZQAAAAAAAAAAAAQEAAAAAAAACWYAAAAAAAAAAAAAAECAgAABAAAAA1qAAAAAAAAAAAA
...  AAAAABEAIAAQAAAAAAAARR0CAAAAAAAAAAAAR0CAAAQAAAAQWUAAAAAAAAAAW1mAAAAAA
...  AAAAABHwIAAQAAAAJagAAAAAAAAAAAAAABygCAAAAAQAAAAAAAAAEJUVrdHJvbi55cy10bWxzDbXMuT3JnNW5YX5pemF0
...  aW9uLklnZW51I1SXR1bUXdHDGEFAAAAByKCAAAAAA9YCAAAAAAAVvEAAAAACWoAAAAAAAAAJUVrdHJvbi5yDbX5pemF0
...  W51SXR1bUXdHDGEFAAAAAACtCAAAJOAIAAAk5AgAACWoAAAAAAAAAACsAAAAAAJzAAAAAAAr
...  AgAACUUCAAAAAAGJQQIAAAlCAgAAAAAlCAgAAAAAlFAgAAACUYCAAAJRwIAAAlAgAAAAlSgAAAlLAgAAC
...  UwCAAAACgAAAAAAACVFgAAAAAAAAAAAAAAASJgAAAAlLAgAAC
...  UwCAAAACgAAAAAAACVFgAAAAAAAAAAAAAAA
```

Page 3846

... /pf3//wAAAAABAAAX28kAAAAAAABgAAAAAAAAAn7QAQAEmWP9//s///
... AQAAAAlTAQAACRYAAAAGAAAAAAAAAAkPAAAACgAAAAmhAgAACQ8AAAAALhsAgAIAAAABQQIAADgCAAABXf3//
... 6X9//8AAAAAAQAAANcfAAAAAAAAAAAAARAEAAAAAAAAAJXgEAAAFb/f//7P///
... wEAAAAJYQEAAAkWAAAAABgAAAAAAAAJDwAAAAsAAAAJgQIAAAkPAAAAC8bAIACAAAAAUICAAA4AgAAAVX9//
... +1/f//AAAAAEAAADeHQAAAAAAAEQBAAAAAAAACWwBAAABU/3//+z///
... 8BAAAACW8BAAAJFgAAAAAACQ8AAAAMAAAACbECAAAJDwAAAAwGwCAAgAAAAFDAgAAOAIAAAFN/f/
... /pf3//wAAAAABAAAwR8AAAAAABEAQAAAAAAAl6AQAAAUv9///s////
... AQAAAAl9AQAACRYAAAAGAAAAAAAAAAkPAAAADQAAAAm5AgAACQ8AAAAAMRsAgAIAAAABRAIAADgCAAABRf3//
... 6X9//8AAAAAAQAAANUfAAAAAAAAAAEAEAAAAAAAAJiAEAAAFD/f//7P///
... wEAAAAJiwEAAAkWAAAAABgAAAAAAAAJDwAAAA4AAAAJwQIAAAkPAAAADIbAIACAAAAAUUCAAA4AgAAAT39//
... +1/f//AAAAAEAAADHWAAAAAAAAEQBAAAAAAAACZYBAAAB/3//+z///
... 8BAAAACZcBAAAJFgAAAAAACQ8AAAAPAAAACckCAAAJDwAAAAzGwCAAgAAAAzGwCAAgAAAAAFGAgAAOAIAAAE1/f/
... /pf3//wAAAAABAAA4h0AAAAAAAEQAAAAAAAAmkAQAAATP9///s////
... AQAAAAmnAQAACRYAAAAGAAAAAAAAAAkPAAAAEAAAAAnRAgAACQ8AAAAANBsAgAIAAAABBsAgAIAAAABRwIAADgCAAABLf3//
... 6X9//8AAAAAAQAAAAOAdAAAAAAAAAEAEAAAAAAAAJsgEAAAEr/f//7P///
... wEAAAAJtQEAAAkWAAAAABgAAAAAAAAJDwAAAAEAAAAJ2QIAAAkPAAAADUbAIACAAAAAUgCAAA4AgAAAAX9//
... +1/f//AAAAAEAAADeHwAAAAAAAEQBAAAAAAAAACABAAAAAU/3//+z///
... 8BAAAACmBAAAAJFgAAAAAACQ8AAAASAAAACeECAAAJDwAAAAEbAIACAAAAAQAQAAAAr9///s////
... pf3//wAAAAABAAA4x8AAAAAAAEQBAAAAAAAAmOAQAAARv9///s////
... AQAAAAnRAQAACRYAAAAGAAAAAAAAAAkPAAAAEwAAAAnxAgAACQ8AAAAANxsAgAIAAAABSgIAADgCAAABFf3//
... 6X9//8AAAAAAQAAAAOAfAAAAAAAAAEAEAAAAAAAAAJ3AEAAAEr/f//7P///
... wEAAAAJ3wEAAAkWAAAAABgAAAAAAAAJDwAAAAUAAAAJAQMAAAkPAAAAAQ8AAAAEbAIACAAAAAUsCAAA4AgAAAT39//
... +1/f//AAAAAEAAACRHwAAAAAAAEQBAAAAAAAACeoBAAAC/3//+z///
... 8BAAAACeOBAAAJFgAAAAAACQ8AAAASAAAAVAAAAeAAAAfkCAAAJDwAAAAEbAIACAAAAAUYCAAA4AgAAAAF/f/
... /pf3//wAAAAABAAA0x8AAAAAAAEQBAAAAAAAAABa4AQAAAQP9///s////
... AQAAAn7AQAACRYAAAAGAAAAAAAAAAkPAAAAFAAAAAkPAAAAFAAAAAhxAgAACQ8AAAAAAhsAgAAaEoDAAAIAAAAE
... AAAAEYBAAAAAAAACQ8AAAAAAAAAAAkAAgAACQ8AAAAACABAAABU/P//7P///
... wQAAAAGCAMAAACNNTEgvQ29udGFjndGFjdC1Vcy9Mb2NhdGlvbvi9DYW1wddXMtTWFFwLwkWAAAAABgAAAAAAAAJDwAAAA
... EAAAAJcWMAAAoAARwEAAAAAAAAABTgIAADgCAAAB9Pz//6X9//
... 8AAAAAQAAAKcdAAAAAAAASAEAAAAAAAAJFQIAAAHy/P//7P///
... wEAAAAJGAIAAAkWAAAAABgAAAAAAAAJDwAAAAAAAAAAJHQIAAAkeRIAgA
... IAAABIAQAAAAAAAkPAAAAAAAAAAAJHQIAAAkeRIAgA
... 8EAAAABhkDAAAxQ29tcG9uZW50cy90ZXh1bGF0ZZXMvZXZlbnRsRSaXN0L0LmFzcHg/
... ZmlsdGVyVyMUlEPTI4OAkWAAAAABgAAAAAAAAJDwAAAAEAAAAJHmAAAoAeRIAgA
... AAJDwAAAAEAAAAJFgAAAAABAAAnnZAAAAnNeMzI0XyMyZZXw
... c0MjUyNzR8MzI1BiQDAAADMzI1CSMAAAAGJdNzM0IX0X4yMTcTmNX4Wd2RPyTnV0cml0aW9u
... AAAAGJwMAAC1EaWFFIGZ1bmNtZG9saWd0Y2FyZHMvaUR4ZXhSRFmbGlmbTY21aW4AIAAAoKAQEA
... AAAAAAACgoB1/z//9n///
... 8AAAAABioDAAAiBaL01MSC9DYXJjL0LZrsLWFuZC1FZHVjYXRpb24vSGVhbHRoLUNhcmVVlci1FdmVudVdHMvRGlhYmV
... 0ZXMtRWR1cY1Y2F0aW9uLnoLSt0TnV0cml0aW9uLUNvdW5zZWxpbmcvCgAKAAFaGGAAkrAwAAQAAAAEAAAAB
... YQIAABgAAAAJKAIAAAAAAAAAAAAAWKCAAAYAAAAACgAAAAAAAABAABeQIAABgAAAAJKAIAAAAAAAAAAAAAWKCAAAGhGYAAAAA
... AAAABkQIAABgAAAAJKAIAAAAAAAAAAAAZkCAAAYAAAAAGhGYAAAkAoAgAAAAA
... AAAAAAABqQIAABgAAAAJKAIAAAAAAAAAAAAAbECAAAYAAAAG5AgAAAGhGYAAAkAoAgAAAAA
... AAAAAAABwQIAABgAAAAJKAIAAAAAAAAAAAAAckCAAAYAAAAGHAgAAAGhGYAAAkAoAgAAAAAkoA
... gAAAAAAAAAB2QIAABgAAAAJKAIAAAAAAAAAAAAeECAAAYAAAAGhGYAAAkHpAgAAAAA
... koAgAAAAAAAAAB8QIAABgAAAAJKAIAAAAAAAAAAAAfkCAAAYAAAAGhGYAAAkAoAgAAAAAEBAwAAGAA
... AAAAkoAgAAAAAAAAAABCwMAABgAAAAJKAIAAAAAAAAAAAARIDAAAYAAAAGhGYAAAkAoAgAAAAAAEcAwAA
... GAAAAAoAgAAAAAAAAAABIgMAABgAAAAJagAAAAAAAAAGhGYAAAkAoAgAAAAAEJUVrdHJvbi5Dbb
... XMuT3JnY2W5pemF0aW9uLWNhbGNNZW51L2xlYW51SXRlbUFydHheAAAkAoAgAAAAAAHR/P/3//
... wAAAAABAAAnSROAAAAAAAABFAQAAAAAAAAknAwAAAAAAAknAwAAAAAknAwAAAAnkAwAAknAwAAAnFtcDsgTnV0
... AQAAAAkqAwAACRYAAAAGAAAAAAAAAAkPAAAAAAAAAAknAwAAAkqAwAAAehsAgAIAAAABNQMAAAAAAAknAwAAAknAwAAAknAwAAAknAwAA
... AAAAAAACx8CZx8DAgVkFgJmD2QWAgIBD2QWAgIBD2QWCMYPZBYCZg8VAxVRmluYW5jaWFsLVVhlhbHRoLWNVbbbbn
... QgSGVscD8NUGF5bWVudP2QWAj8k 9kFgRmDxYCZg8VBBYDzXFlcmQXJldmRWd5b25Y29lFl
... 7IEVkdWNhdGlvbndhdDYXJldZ2IZCzZhbXA7IEVkdWNhdGlvbvbmQCAQ9kFgJmD2QWBB8Cx8DAhZkFgJmD2QWBg
... IBD2QWLGYPZBYCZg8VAyLvU2VydmljZXMvRW5lbmVyZMyLlvU2VydmljZXMvRW5lbmVyZMyLl
... XZlbnRzRFhlYWx0aCBDYXJlIZXJIRXJldRZGJlbnRzZ0lRpYWJldGVzzIGJlbnRzZ0lRpYWJ
... bGJvdWUl9NTEgvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL0hlbHRoLWF0cNDYXJlIFNlcnZpY2VzL0LRp
... IGJlbnRzZ0hlbHRoIENhcmUlMsC9DYXJlZXJzLWFuZC1FZHVjYXRpb24vSGVhbHRoLUNhcmUtU2VydmljZXMvRGlhYm
... bEVudHMTY2hlbHRoIEVudHJYXGhlbHRoIENhcmUtU2VydmljZXMvRGlhYm
... IGJlbnRzZ0hlbHRoIENhcmUlMsC9DYXJlZXJzLWFuZC1FZHVjYXRpb24vSGVhbHRoLUNhcmUtU2VydmljZXMvRGlhYm
... b24gUmVzZ0uc2lpaWdpdGF0aW9uL0lvbnZpbDuaWNoHbRYY2FzkWlpYnBJbnN0aXRpYW
... ZmlhaWRFpY2hIbD9sb2d0Y2FziGWdZW00lRpbmRUdmFaWdIbbhkawlpbnNoaXRpYW
... IGJlbnRzZ0hIbD9sb2d0Y2FziGWdZW00lRpbmRUdmFaWdIbbhkawlpbnNoaXRpYW
... XpdGljcAtIEVucmW5ZpY2FzIDD2QWAmPYPQNQL01MSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24vQWNhbm0loXRd
... GlvbiBSZXNwb25zaWJpbG0oaWApbml3YWNWQNhZGVtaWMgSW5zdGl0dXRpb25zZyUmVzcG9uc2l
... aWWpkWxJbmVzaW5nZ0l0amllbVFycHQy0LUNsaW5pcc0lOxyYWWdSW5zdGl0dXRpb24gUmVzcG9uc2l
... tSW5zdGl0dXRpb24gUmVzcG9uc2liaWxpdGllcyUmVzcG9uc2liaWxpdGl
... b24gUmVzcG9uc2liaWxpdGllcyUmVzcG9uc2liaWxpdGllcyUmVzcG9uc2liaWxpdGllcyUmVzcG9uc2llZZXNwbnNlZ2l

124454... WJpbGQyaWYzYC0gTm9lbGUNsaWpP2FsZAIIED2QWAmYPFQMkL 01MSC9YXJlZXJzLWFuUcl 1F24vjYXRpb24vQm
... VuZWZgdHMvCEJlbmVmaXRzCEJlbmVmaXRzAIFD2QWAmYPFQMpL01MSC9DYXJlZXJzLWFuUcl1FZHVjYXRpb24
... vQ29sb3JhZG8tTGlmZS8 8NQ29sb3JhZG8gTGlmZQ1Db2xvcmFkbyBMaWZlZAIGD2QWAmYPFQMzL01MSC9DYXJl
... ZXJzLWFuZCl1FZHVjYXRpb24vRGl2ZXJzaXR5LWFuZCl1JbmNsdXNpb24vF0RpdmVyc2l0eSBhbmQgSW5jbHVza
... W9uF0RpdmVyc2l0eSBhbmQgSW5jbHVzaW9uZAIHD2QWAmYPFQMnL01MSC9DYXJlZXJzLWFuZCl1FZHVjYXRpb2
... 4vSG93LVdlLUhpcmUvC0hvdyBXZSBIaXJlC0hvdyBXZSBIaXJlZAIID2QWAmYPFQNeL01MSC9DYXJlZXJzLWF
... uZClFZHVjYXRpb24vSW5kaXZpdHNhlcl1DbGluaWNhbC1QbGFjZWl1bnRzLVNlbmvci1vciliPdGhlci1DbGlu
... aWNhbClQcmFjdGljdW1zL0JJbmRpdmlkdWFsIENsaW5pY2FsIFBsYWNlbWVudHMgU2VuaW9yIG9yIE90aGVyI
... ENsaW5pY2FsIFByYWN0aWNlbmSXaXZpdHVhbCBDbGluaWNhbCBQbGFjZW1lbnRzIFNlbmlvciBvciBPdG
... hlciBDbGluaWNhbCBQcmFjdGljdW1zZAIJD2QWAmYPFQNNL01MSC9DYXJlZXJzLWFuZClFZHVjYXRpb24vSW5
... zdHJlY3Rvcil1SZXNwb25zaWJpbGl0aWVzLS0tQ2xpbmljYWwtSW5zdHJ1Y3Rvcix8xSW5zdHJ1Y3RvciBSZXNw
... b25zaWJpbGl0aWVzIC0gQ2xpbmljYWwgSW5zdHJ1Y3RvcjFJbnN0cnVjdG9yIFJlc3BvbnNpYmlsaXRpZXMgL
... SBDbGluaWNhbCBJbnN0cnVjdG9yZAIKD2QWAmYPFQNRL01MSC9DYXJlZXJzLWFuZClFZHVjYXRpb24vSW5zdH
... JlY3RvcilSZXNwb25zaWJpbGl0aWVzLS0tT3m9uLUNsaW5pY2FsULuc3RydWN0b3IvNUluc3RydWN0b3IgVGl
... zcG9uc2liaWxpdGllcyAtIE5vbilDbGluaWNhbCBJbnN0cnVjdG9yNUluc3RydWN0b3IgUmVzcG9uc2liaWxp
... dGllcyAtIE5vbilDbGluaWNhbCBJbnN0cnVjdG9yZAILD2QWAmYPFQMqL01MSC9DYXJlZXJzLWFuZClFZHVjY
... XRpb24vSW50ZXJ2aWV3LVRpcHMvCHludGVydmlldyBUaXBzCHludGVydmlldyBUaXBzZAIMD2QWAmYPFQM3L0
... 1MSC9DYXJlZXJzLWFuZClFZHVjYXRpb24vTWVkaWNhbClTdHVkZW50cy1hbmQtT3RoZXJzLLxtNZWRpY2FsIFN
... 0dWRlbnRzIGFuZCBPdGhlcnmBTWVkaWNhbCBTdHVkZW50cyBhbmQgT3RoZXJzZAIN8d2QWAmYPFQMzL01MSC9D
... YXJlZXJzLWFuZClFZHVjYXRpb24vTnVyc2luZy0tLUFsbGllZC1IZWFsdGgvG051cnNpbmBmcgJmFtcDsgQWxsa
... WVkIEhlYWx0aBtOdXJzaW5nICZhbXA7IEFsbGllZHdHVkwhG4y4PZBYCZg8VAyOvTUxIL0NhcmVlcnMtYW
... 5kLUVkdWNhdGlvbi9PYnNlcnZhdGlvblvbnMtt25seS8RT2JzZXJ2YXRpb25zIE9ubHkRT2JzZXJ2YXRpb25zIE9
... ubHlkAg8PZBYCZg8VAzUvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9PdXItU3RhbmRhcmRzLW9mLUJlaGF2
... aW9yLxlPdXIgU3RhbmRhcmRzIG9mIEJlaGF2aW9yGU91ciBTdGFuZGFyZHMgb2YgQmVoYXZpb3JkAhAPZBYCZ
... g8VAzcvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9QcmUtRW1wbG95bWVudC1SZXF1aXJlbWVudHMgLByZS
... lFbXBsb3ltZW50IFJlcXVpcmVtZW50c0cmtQcmUtRW1wbG95bWVudCBSZXF1aXJlbWVudHMkhEPZBYCZg8VAzs
... vTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9STi1SZSllbnRyeS1Jbml0aWFkcIlUVFwcGxpc29F0aW9uLXx9STiB
... ZSllbnRyeSBJbml0aWFsIEFwcGxpcYxF0aW9uHdJOIFJllLWVudHJ5IElluaXRpYWwgQXBwbGljYXRpb25kAhIPZ
... BYCZg8VAzkvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9TaGFkb3dpbmctb3pbmctQXBwbGljYXRpb24tHUJvY2vcy
... 8dU2hhZG93aW5nIEFwcGxpc2F0aW9uIFByb2Nlc3MdU2hhZG93aW5nIEFwcGxpY2F0aW9uIFByb2Nlc3N3kAhM
... PZBYCZg8VAzAvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9TaGFkb3dpbmctRXhwZXJpZW5jZXMldjAIU2hhZG93
... aW5nIEV4cGVyaWVuY2U1UUU2hhZG93aW5nIEV4cGVyaWVuY2VkAhQPZBYCZg8VAyOvTUxIL0NhcmVlcnMtYW5kL
... UVkdWNhdGlvbi9TdHVkZW50LVBsYW1lbWVudC8RU3R1ZGVudCBQbGFjZW1lbnQRU3R1ZGVudCBQbGFjZW1lbn
... RkAhUPZBYCZg8VAzQvTUxIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9TdHVkZW50LS01c3BvbnNpbmlsaXRpZXN
... vGFN0dWRlbnGpUmVzcG9uc2liaWxpdGllc8xtHdFN0dWR1IFJlc3BvbnNpYmlsaXR5LVByb2Nlc3NdBBAeD2Rm
... TXlDZW50dXJhSGVhbHRoRoLw9NeUNlbnRlcmlFIZWFsdGgPTX1DZW50dXJhJhSGVhbHRoZAIDD2QWBGYPFQMVL01MS
... C9Ib21lL0NvbnRhRY3QtVXMvCkNvbnRhRY3QgVXMkQ29udGFjdCBVcc2QCAQ9kYGgJmDw8BBB8CZx8DAgFkFgJmD2
... QWAgIBD2QWAmYPZBYCZg8VAyQvTUxIL0NvbnRhRY3QtVXMvTG9jYXRpb24vQ2FtcFVzLU1hcC8ITG9jYXRpb24
... ITG9jYXRpb25kAgQPZBYEZg8VAxgvTUxIL0hvbWUvRm9yLVByb3ZpZGVycy9Nrm9yIFByb3ZpZGVycwlGb3Jg
... UHJvdmlkZXJzZAIBD2QWAmYPDxYEHwJnHwMCAmQWAmYPZBYCAgEPZBYEZg9kFgJmDxUDMi9NTEgvRm9yLVByb
... 3ZpZGVycy9DZW50dXJhJhLUhlYWx0aC1SZXNlYXJjaCBDZW50ZXIvHkNlbnR1cmEgSGVhbHRoRoIFJlc2VhcmNoIE
... NlbnRlch5DZW50dXJhIHdlYWx0aCBSZXNlYXJjaCBDZW50ZXJkAgEPZBYCZg8VAzIvQ29tcG9uZW50cy90ZW1
... wbGF0ZXMvZXZlbnRsaXN0OLmFzcHg/
... ZmlsdGVyMUlEPTI4OCRDb250aW51ZS05GljYWwgRWR1Y2F0aW9uIENsYXNzZXMkQ29udGludWluZyBNZ
... WRpY2FsIEVkdWNhdGlvbiBDbGFzc2VzZAICDw8WAh4ISWlhZI2VVcmwFWC91cGxvYWRlLZEltYWdlcy9teWxpdH
... RsZXRvbmhvc3BpdGFsL0NvbnRlbnQvTUxIL0NvbmZpZ3VyYXRpb24vTGl0dGxldG9uLUFkdHkdiliIb3NwLVdlYi5
... wbmdkZAIED2QWAgICDw8WBHB8BMpX0CwABAAAA/////
... wEAAAAAAAAADAIAAABcRWt0cm9uLUNtNcy5GcmFtZXdvcmsuVUksIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dX
... JlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPnTU0WEyYzRmYTIxZTYzYmUFAQAACHfa3Ryb24uV21LZkZyYW1l
... ld29yay5VSS5Nb2RlbHMuTWVudU1vZGVsBQAAABM8SWQ+
... a19fQmFja2luZ0ZpZWxkGTxNZW51TGlzdD5rXI9CYWNraW5nRmllbGQQWPEl0ZWlzPmtfX0JhY2tpbmdGaWVsZ
... BY8RXJyb3I+
... a19fQmFja2luZ0ZpZWxkGDxYW5FZGl0OPmtfX0JhY2tpbmdGaWVsZAADBAEACaQBU3lzdGVtLkNvbGxlY3Rpb2
... 25zLkdlbmVyaWMuTGlzdGGAxWltFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5NZW51QmFzZUHRdGEsIEVrdHJvbi
... 5DbXMuQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI00SwgQ3VsdHVyPT1uZXV0cmFsLCBQdWJsaWNLZXlUb2t
... lbj01NTlhMmM0ZmEyMWU2M2JlXXV0RWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlTm9kZUNvbGx1
... Y3Rpb24CAAAAAQIAAAArAQAAAAAAAAkDAAAACQQAAAAkKAAwFAAAAWWVIHdvbi5DbXMuQ2udHJhY3RzLCBW
... XJzaW9uPTkuMC4wLjI00SwgQ3VsdHVyPT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2
... JlBAMAAACkAVN5c3RlbS5Db2xsZWN0aW9uuy5HZW51cml1kLxpc2RgRgMVtbRWt0cm9uLkNtcy5Pcmdhbml6YXR
... pb24uTWVudUJhc2VYXVEYXRhILCBFa3Ryb24uQ21zLkNvbnRyYWN0cywg05LjAuMC4yNDksIEN1bHR1
... cmU9bmV1dHJhbCwgUHVibGljJjS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZV1dAWAAAAZfaXRlbXBMBXMpmeUIX
... 3ZlcnNpb24EEAAAAmRWt0cm9uLUNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VYXJHhVcl2VEYXRhW10FAAAAACAgJBgAAAAEAAA
... ABAAAABQ8AAAAvRWt0cm9uLUNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlTm9kZUNvbGxlY3Rpb25fXAgF2DdfD
... pc3RgRMStfaXRlbXMMTGlzdGdAxK19zaXplD0xpc3RgMStfdmVyc2lvbkoFFAAAAABCgwJBAAAAUBQAgAAKCJBDQ
... ay5VSS5UcmVlLklklUcmVlTm9kZVtdgAgAAAAkHAAAABgAAAAY AAAAHBgAAAABAAAABAAAAAQkRWt0
... m9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VYXVEYXRhBAAAAAkIAAAAAAQMHBBwAAAABAAAAAQmRWt0cm
... 9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5USV5ZU5vZGVCAAAAQkKAAAACQkAAAAdJjcJAAAAAJAAAAAJDQAAAAk
... OAAAADQIMWdwAAAZFZa3Ryb24uQ21zLkNvbnRyYWN0cywg05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbC

bCwguavLbcIyjS2V9VGS9zuw3nRTUvbU9M3zWmjYPnjHY2gUrAAAnl0vrdmSEu3sbbXMUTJUHYw5pemF0aW9uL lN1Yk1lbnVEYXRhEwAAABc8SXRlbUlkPmtfX0JhY2tpbmdGaWVsZBk8UGFyZW50SWQ+

a19fQmFja2luZ0ZpZWxkIk1lbnVEYXRhKzxUZW1wbGF0ZT5rX19CYWNraW5nRmllbGGQiTWVudURhdGGErPEZvb GRlcklkPmtfX0JhY2tpbmdGaWVsZCtNZW51RGF0YSs8QXNzb2NpYXRlZEVbGRlcnM+

a19fQmFja2luZ0ZpZWxkLU1lbnVEYXRhKzxBc3NvY2lhdGVkVGFcGxhdGVzPmtfX0JhY2tpbmdGaWVsZCNNNZ W51RGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCdNZW51RGF0YSs8SW1hZ2VPdmVycmlkZT5rX19CYW NraW5nRmllbGGQiTWVudUJhc2VEYXRhKzxUZX0+Pmtfx0JhY2tpbmdGaWVsZCJNZW51QmFzZUURhdGErPFR5cGU +

a19fQmFja2luZ0ZpZWxkIk1lbnVCYXNlRGF0YSs8SHJlZj5rX19CYWNraW5nRmllbGGQkTWVudUJhc2VEYXRhK zxUYXJnZXQ+

a19fQmFja2luZ0ZpZWxkKE1lbnVCYXNlRGF0YSs8QW5jZXN0b3JJZD5rX19CYWNraW5nRmllbGGQpTWVudUJhc 2VEYXRhKzxEZXNjcmlwdGlvbj5rX19CYWNraW5nRmllbGGQlTWVudUJhc2VEYXRhKzxPcmRpbmFsPmtfX0JhY2 tpbmdGaWVsZCNNZW51QmFzZUURhdGErPEl0ZW1zPmtfX0JhY2tpbmdGaWVsZCdNZW51QmFzZUURhdGErPEltYWd lUGF0aD5rX19CYWNraW5nRmllbGGQvTWVudUJhc2VEYXRhKzxJbWFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVs ZB1DbXNEYXRhYDErPElkPmtfX0JhY2tpbmdGaWVsZAAAAQADAwEAAQQBAQABAAMBAAAJCQl+

U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTG1zdGGAxWltTeXN0ZW0uSW5jbGlsCBWZXJzaW9uPTQuMC4wLjAsIGN1bHR1cmU9bmV1dHJhbCxHjHbCwgUHVibGljj5C2V5G9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1df1 N5c3RlbSb5Db2xsZWN0aW9uaW9ucy5HZW51cmljLkxpc3RgMVtbU3lzdGVtLlN0cmluZywgbXNjb3JsaWIsIFZlcnN pb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0B LEVrdHJvbi5DbXMuQ29tbW9uLkVrW51bWVyYXRpb24rTWVudUl0ZW1UeXBlDwAAAAkIpQFTeXN0ZW0uQ29sbG VjdGlvbnMuR2VuZXJpY5JpY5MaXN0YDFbW0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uL1NZW51SXRlbURhdGGsIE VrdHJvbi5DbXMuQ29udHJhJY3RzLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWN LZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlXV0BCQUAAAArAQAAAAAAACoAAAAAAAAABhAAAAAAAAAAAAAAAAJ EQAAAAkSAAAACRAAAAABBhQAAAATbXlsaXN0bWVudC9s4XR0bGV0b25wb25tawAXKhbbAXr////

LEVrdHJvbi5DbXMuQ29tbW9uLkVrRW51bWVyYXRpb24rTWVudUl0ZW1UeXBlDwAAAAd2YWx1ZV9fAAgPAAAAB AAAAkQAAAABhcAAAAFX3NlbGVjdAAAAAAkAQAAAAKQAAAABzzAAAAAAAwAAAAAAAAaaAAAAABvKVrdHJvbi 5DbXMuRnJhbnQV3JlVJLVlNbKnvbnRyb2xzZXJndHJvbl9VJLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1 uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlBQAAAAABRWt0cm9uLkNtcy5GcmFtZXdv cmsuUVUkuQ29udHJvbHMuVWdyVWVvb2RlbDRlKAAAAAAB8RGVyZ3JpcHRpb24+

a19fQmFja2luZ0ZpZWxkIjxJbWFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVsZBo8SW9lhZ2VQYXRoPmtfX0JhY 2tpbmdGaWVsZBg8T3JkaW5hbD5rX19CYWNraW5nRmllbGGQPFRhcmdldD5rX19CYWNraW5nRmllbGGQXPEl0ZW 1JZD5rX19CYWNraW5nRmllbGGQZPFRlbXBsYXRlPmtfX0JhY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEVbGRlclcnM +a19fQmFja2luZ0ZpZWxkJDxBc3NvY2lhdGVkVGVtcGxhdGVzPmtfX0JhY2tpbmdGaWVsZBk8Rm9sZGVyySWQ+ a19fQmFja2luZ0ZpZWxkHDxbZ250SW50W50HVlwzT5rX19CYWNraW5nRmllbGGQ2PExpbmtUeXBlPmtfX0JhY2tpb mdGaWVsZBJUcmVlTm9kZT5rX19CYWNraW5nRmllbGGQ5bG5FVHJlZU5v2deUrX2hhc0+ONoaWxkcmVuUGlRyZWV0b2RlP2RlK19jaGlsZ Jlbk5vdEExvYWRlZBxUcmVlTm9kZSS8SWQ+

a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxQYXJlbnRJZD5rX19CYWNraW5nRmllbGGQgVHJlZU5vZGUrPFJvb 3RJZD5rX19CYWNraW5nRmllbGGQeVHJlZU5vZGUrPFBhdGg+

a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGGQeVHJlZU5vZGUrPFJhbms=+ a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDYW5IYXZlQ2hpbGRyZW4+

a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxUZXh0Pmtfx0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VHlwZT5rX 19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPFN1YlR5cGU+

a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlKzxBY3Rpdj24+

a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCFUcmVlTm9rZSs8Vmlza WJsZT5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPFN1bGVjdGVkPmtfX0JhY2tpbmdGaWVsZCB5UcmVlTm9rZ S8TW9yZT5rX19CYWNraW5nRmllbGGQoVHJlZU5vZGUrPE5leHRQYWdlTnVtYmVyPmtfX0JhY2tpbmdGaWVsZCJ UcmVlTm9kZSs8RXhwYW5kZWQ+

a19fQmFja2luZ0ZpZWxkJVRyZWVOb2RlKzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGGQpVHJlZU5vZGUrP ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllbGGQnVHJlZU5vZGUrPFN1bGVjdGlvblkvZGU+ a19fQmFja2luZ0ZpZWxkJVRyZWVOb2RlKzxOYXZpZ2F0ZVVybD5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrP E9uQ2xpZW50Q2xpY2s+

a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxDbGlja0NhbGxNlc1Bvc3RiYWNrPmtfX0JhY2tpbmdGaWVsZCBUc mVlTm9kZSs8Q3VzdG9tPmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8VG9vTGVzW2dW+a19fQmFja2luZ0ZpZWxkKAQABAAEBBAAQMDAAEBBAAAAQBAQAAAAEBAQAAAABAQBAQADAAEIflN5c3Rlb S5Db2xsZWN0aW9aW0W9ucy5HZW51cmljLkxpc3RgMVtbU3lzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00Lj AuMC4wLCBDdWx0dXJlPW51dXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODk9XX9TeXN0ZW0 uQ29sbGVjdGlvbnMuR2VuZXJpY5MaXN0YDFbW1N5c3RlbS5TdHJpbmcsIG1zY29ybGliLCBWZXJzaW9uPTQu MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljj5C2V5G9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1dcS9Fa3Ryb 24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVOb2RlQ29sbGVjdGlvbiAAAAABAQgAQAQEBAQEIAS5Fa3Ryb 4uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVOb2RlX3Rpb25Nb2RlAgAAAAAEcU3lzdGlzdGVtLkNvbGxlY3Rpb25 zLkhhc2h0YWJsZQEaAAAACRAAAAABcRAAAAABAAAAACRAAAAABAQAAAASyMDcsNzQyMDYwODAxQAAAACR8AAAAyIA IAAAAAAAAAAAAcgoJIQAAAAEABiIAAAALMTA3Mzc0Mjk1lMTkGlwAAAAMyOTkGJAAAAAMyOTkGJQAAAA8yO TleMTA3Mzc0Mjk1lMTkBAAAAAgAAAAAAAAAAAABBiYAAAALU3BlY2lhbHRpbnPZXMGJwAAAAdTdWJ3NZW51CgoBAQAAA AAAAAKCgXY////

LkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUuVHJlZVNlbGVjdGlvbk1vZGUBAAAAB3ZhbHVlX18AACAIAA AAAAAAAABikAAAAWL01MSC9Jb211lL1NwZWNpYWx0aWVzC0gABAEAAAaAAAAAIEkAAAAAIAAAAJFw AAAAYsAAAACzEwNzM3NDIwNTkTE3CRAAAAALYgAAAAkvAAAAAAAAAAAACgkwAAAAAAAQAGMGAAAAsxMDczNzQ yMDUxNwYyAAAAzI5OQkkAAAABjQAAAAPMjk5LXJ1Y3NzNzM3NDIwNTE3AQAAAAOwAAAAAAAAAAQY1AAAAG0ZvciBQ

... YXRpamdSocyAmVWiwoyBeYWIpbGllY0wHAHACgoBAQAHHARAAAAKCgHJ7//92P7//
... wAAAAGOAAAABsvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9KAAoAAQsAAAAAJAAAACRAAAAABCRAAAAADAA
... AACRcAAAAGOwAAAAMzMDAJEAAAAAk9AAAACT4AAAAAAAAAAAAAoKCT8AAAABAAZAAAAAAzMwMAZBAAAAAzI
... 5OQkkAAAABkMAAAAHMjk5XjMwMAEAAAAAbAQAAAAAAAAEGRAAAAAhBYm91dCBCVcwknAAAACgoBAQAAAAAAAAK
... CgG6////2P///
... wAAAAAGRwAAABMvTUxIL0hvbWUvVQWJvdXQtVXMvcgAAAEMAAAACQAAAAkQAAAAkQAAAABAAAAAAkXAAAABk
... oAAAALMTA3Mzc0OMjA1MTgJEAAAAAlMAAAACU0AAAAAAAAAAAAAAAAoKCU4AAAABAAZPAAAACzEwNzM3MDIwIwNTE
... 4BlAAAAADMjk5CSQAAAAGUgAAAA8yOTTleMTA3Mzc0OMjA1MTgBAAAAPQEAAAAAAAAAABBlMAAAAAJQ29tbXVuaXXR5
... CScAAAAAKCgEBAAAAAAAAAAoKAav/////Y////
... AAAAAAZWAAAADy9Db21tdW5pcdHktTEFILwoACgABDQAAAkaaaaAJEAAAAEJEAAAAAUAAAAJFwAAAAZZAAAAC
... zEwNzM3N3NDIwlNTIwCRAAAAJWAAAAlcAAAAAAAAAAAAkCgldAAAAAQAGXgAAAASSxsMDcznZQyMyHDUyMAZfAAA
... AAAZI5OQkkAAAABmEAAAAPMjk5XjEwNzM3NDIwNTIwAQAAAEgBAAAAAAAAAQZiAAAAAFUhlYWx0aCcCAMyYWlwOyB
... XZWxsbmVzVzcwknAAAACgoBAQAAAAAAAAAKCgGc////2P///
... wAAAAAGZQAAAB4vTUxIL0hvbWUvSGVhbHRoLWFuZC1XZWxsbmVzcy8KAAoAAQAAAAAAAAABCRAAAA
... AGAAAACRcAAAAGaAAAAAmzMTczJEAAAAAlqAAAAACWsaAAAAAAAAAAAAoKCWwAAAABAAZtAAAAAzMxNzNwZuAAA
... AAzI5OQkkAAAABnAAAAAHMjk5XjMxNzMBAAAAETAQAAAAAAAAAEGcQAAAAROZXdzCScAAAAAKCgEBAAAAAAAAAAoK
... AY3////Y////
... AAAAAAZOAAAADy9NTEgvSG9tZS9OZXdzLwoACgAEEQAAAH5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN
... XN0YDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLC
... BQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV0DAAAABl9pdGVtc1xcb3VudFhfc2l6ZQAAAAAgAAA
... ICAl1AAAAAAAAAAAAEEgAAAH9TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbWlN5c3RlbS5JbnQ2
... dHJpbmcsIGlzY29ybGliLCBWZXJzaW9uPXuPTQumC4wLjIsIEVhIcmUtcmF0lcmU9ChlYjhhHjhcmU9Y2VsbS9
... W49Yjc3YTVjJNTYxOTM0ZTA4OV1dAwAAAAAzfaXRlbXMXMFX3NpeptUIX3ZlcnNpb24EGAAAACAl2AAAAAAAAA
... AEGQAAAAKUBU3lcdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTa3Ryb24uQZllbmVyaWMuTGlzdGAxW1tTa
... vbi5JTWVudUl0ZWIlYXRRhLCBFa3Ryb24u2QlzkLkNvbnRyYWN0cygWmVyc2lvbj05YJaUmC4yNDNsIENlbHI
... cmU9mbW1dIHJhbCwgUHVibGljZktleVVbluPWI3N2E1YzU2MTkzNGUwODldXQMAAAAAzfaXRlbXMXFX3NpeptUIX3Z
... 3ZlcnNpb24EEAAAWRt0cm9uLkNtZWwLkNZdGytLkdiZXJpYy5MaXN0YDFbWlN5c3RlbS5JbnQ2NAAAACAl1AAAAAAG
... AABgAAAAEfAAAAEQAAAAllAAAAAAAAAAAABIAAABIAAAAJdgAAAAAAAAAAAASEAAAAEAAAAACXoAAAA
... VAAAAFQAAAAEuAAAAEQAAAAllwAAAABLWAAAABIAAAAJdgAAAAAAAAAAAASEAAAAEAAAAACX0A
... AAaaAAAAGgAAAAE9AAAAEQAAAAAABPgAAAABIAAAAJdgAAAAAAAAAAAAAT8AAAAEAAAAAC
... YAAAAJAAAACQAAAAFMAAAAEQAAAAll1AAAAAAAAAABTQAAAABIAAAAJdgAAAAAAAAAAAAU0AAAAEAAAAACX0A
... AACYMAAAAEAAAAAAAAABfAAAAEQAAAAll1AAAAABAAAAAABTBXAAAABIAAAAJdgAAAAAAAAAAAAVO0AAAA
... EAAAACYYAAAAHAAAAABwAAAAFqAAAAEQAAAAll1AAAAAAAAAABawAAAABIAAAAJdgAAAAAAAAAAAAAAWwA
... AAAEAAAACkAAAAAACAAAAAAAAABwKdgAAAAAAAEQAAAAll1AAAAAAHdwAAAAABAAAAAACAAAAAQ0lRWt0cm9u
... y5Pcmdhhbml6YXRpb24dSUSUl1bnVJdGGVtRGF0YQUAAAAJigAAAAJ1gAAAAMcAAAACQAAAACaUAAAAy8AAAAAA
... d6AAAAAEAAAAgBCZFa3Ryb24u4uQ2l2lcLkZyWAl1dDI9yYW1ldmL1YSS5VSS5UbYm9kZQIAAAAJkAAAAAm
... RAAAAACZIAAAAJkwAAAAMmEAAAACZUAAAAJMwAAAACAAAAAACaUAAAAAAAAAAYAAAACSAAAAm4mAA
... CZ4AAAAJnwAAAAmgAAAACaEAAAAJogAAAAmjAAAACaQAAAANWd9AAAAAEAAAAgAAAAgAAAABCZFa3Ryb24uQ2l2lzL
... kZzYW1l1d29yay5VSS5UbYm9kZS5tewVzc2FnZQIAAAAAJpQAAAAmAAAAAAACaCAAAAAGEAAAAAJqAAAAAmE
... AAAmsAAACa0AAAAJrgAAAAmvAAAACbAAAAAMbnJvd1cbAAACbEAAAACbIAAAAmsAAACbMAAAACbQAAAAl
... 4AAAACbkAAAAJugAAAm7AAAAACbwAAAAJvQAAAAm+
... AAAADQYhAAAAABAAAAEAAAAAAQmRtcm8uUlckNtcy95GcmFtZXddvcmsuVUkuVHJlZS5JVHJlU5vZGUCAAAAC
... b8AAAJwAAAAnBBAAAACiAAAAJwwAAAAnEEAAAACcUAAAAJxgAAAAnHAAAAABAAAAADQcHgwAAAAABAAAAEQmRw
... t0cm9uLkNtcy95GcmFtZXdvcmsuVUkuVHJlZS5JVHJlU5vZGUCAAAAABIAAAAJcUAAAABAAAAAAAQmRAAA
... AAABAAAACAAAAAAAAAmRAAAAAABAAAAADEAAAAAAABCZpkVrdHJvbi5DbVMvRnJhbWV3b3JrLlVJLlRyZWUuSVRyL
... lVJLlRyZWUuSVRyZWVOb2Rl2CAAAANgKAAAAAAAgkBAAAAAgKAAAAAgKAAAAAAAkQAAAAAAACoaAAAAABYAAAAJ
... AAAAAAAAAACR8AAAAJIAAAAAkQAAAAQkmAAAAASb////r////
... BAAAAAbbAAAAFU1MSC9Ib211lL1NwZWNpYWwtcGFnZXMvwAAAAKwAAAAkkwZAAAAaAAaEAAAAAAEAAAAAJ3wgAo5wgAg
... AIAAAABiwAAAAgAAADyACAAgACSBAAAAAAAACRAAAAAAAAAAAkuAAAACS8AAAAAAAAAAAAAAkuAAAAEAJNQAAAA
... Ec////6////
... wQAAAAG5QAAABpGB3U3I1dUGF0aWVudHMYW5kLWZhbWlseXwkAAAAAJEAAAAIAAAAJ6AAAAA
... oA5QgAgAIAAAABjAAAAAAsAQAAAAAAACsBAAAAAAAACRAAAAAAAAAAAAk9AAAACT4AAAAAAEAAAAAJEAAAAAAE
... JRAAAAAES/////6////
... wQAAAG7wAAABJNTEgvSG9tZS9TZGBYm91dC1Vcy8JAAAAAAoAAAAAAAAACRAAAADAAAACfIAAAAKACwBAAAAAACwAAAAA
... AAAY0AAAAIAAAAA5ggAgAIAAAArAQAAAAAAAkQAAAAAAAAAAAAJTAAAAlNAAAACRAAAAAABCVMAAAAABCP/
... //+v///
... 8EAAAABvkAAAAQ29tbVuaXVuaXR5LXBhBSC9LUxBSC8JFwAAAACoAAAAAAAAAACRAAAAEAAAACfwAAAAKAOYlAIAIAACAAAAAY4
... AAAAIAAAA6AgAgAIAAAAArAQAAAAAAACkQAAAAAAJWwAAAAlcAAAAAAABCWIAAAAAAABCWIAAAAB/v7//+v/
... //
... 8EAAAABgMBAAAAdTUxIL1hvbWVWUvSGVhbHRoLRoLWFuZC1XZWxsbmVzcy9JFwAAAACoAAAAAAAAAAAFAAAADDAAAAAAY
... BAAAAKOqIAIACAAAAAY8AAAAIAAAA1AAAAIAAAAAPQEAAAAAAAAAAAArAQAAAAAAAkQAAAAAAAAAAAJagAAAAlraAACRAA
... AAABEXEAAAAB9P7//+v///
... 8EAAAABg0BAAAAOTUxIL1hvbWVWUvTmV3cy9JFwAAAACoAAAAAAAAAAAACRAAAAGAAAACRAABAAAD0BAAAAAAAAZA
... AAAAJAAAACRAAAAGwAAAAAAAAAAACRAAAAABhgBAAAAALMTA3Mzc0MjA1MjFMjUyMDUyMQkkAAAACRUBAAAJfgEAAAA
... AAACgoJFwAAAAAEBhgBAAAAALMTA3MzANTIwNTIwCRAAAAACkQCAckJpcnRoOUGxhY2VAAAAAAAAAAAA
... AACgoB4v7//9j///

124454...

8AAAAAABbBAAACL01MSC9TcGVjaWFsdGljY9caXJ0a1pBsYWW1IW9ACgA8QAAAAKAAAAJFWAAAAAEJEAAAAAI
AAAAJFwAAAAYiAQAACzEwNzM33NDIwTI2CRAAAAAJJAEAAAk1AQAAAAAAAAAAAKCgkmAQAAAQAGJwEAAAsx
MDczNzQyMDUyNgYoAQAACzEwNzM3NDIwNTE5CSQAAAAGKgEAAbsyOTleMTA3Mzc0MjA1MTeMTA3Mzc0MjA1M
jYCAAAAAAAAAAAAAAABBisBAAApQm9uZXMIEpvaW50cyAmYW1wIwOyBNdXNjbGViZ1IchPcnRob3BlZGljykJJw
AAAAAOKAQEAAAAAAAAAAACgoB0/7//9j///

8AAAAABi4BAAA3L01MSC9TcGVjaWFsdGljY9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLU9ydGhvcGVkaWWN
zLwoACgABkgAAAAkAAAAJEAAAAAEJEAAAAAMAAAAJFWAAAAYxAQAACzEwNzM3NDIwNTM1CRAAAAAJMwEAAAk0
AQAAAAAAAAAAAKCgk1AQAAAQAGNgEAAAsxMDczNzQyMDUzNQY3AQAACzEwNzM3NDIwNTE5CSQAAAAGOQEAA
BsyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzUCAAAAVQAAAAAAAABBjoBAAAKQnJhaWW4gQ2FyZQknAAAACg
oBAQAAAAAAAAAKCgHE/v//2P///

wAAAAAGPQEAABwvTUxIL1NwZWNpYWx0eS0UJyWluLUNhcmMUvCgAKAAGTAAAACQAAAAkAQAAAAQkQAAAAQ
AAAAkXAAABkBAAAALMTA3Mzc0MjA1MjcEAAAAAl CAQAACUMBAAAAAAAAAAAAAAOKCUQBAAAABAAZFAQAACzE
wNzM3NDIwNTI3BkYBAAAALMTA3Mzc0MjA1MTkJAAAAAZIAQAAGzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUy
NwIAAABsAAAAAAAAAAAEGSQQEAACNUaGUgUDQnJlYXN0IENhcmUUgU2VydmljZXMaAAAACgoBA
QAAAAAAAAAAKCgG1/v//2P///

wAAAAAGTAEAADVvTUxIL1NwZWNpYWx0eS0KBreast Care9caXJ0a1LoZS1CcmVhc3Q3Q2Fyzy1DZW50ZXItCg9u
oACgABlAAAAkAAAAJEAAAAAEJEAAAAAUAAAJFwAAAAZPAQAACzEwNzM3NDIwNTI3BkYBAAAAL MTA3Mzc0MjA1MTkJ
AAAAAZMAQAAGzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyNwIAAAAAAAAAAAAAAAABBlgBAAALQ2FuY2VyIENhcmUQA
QEAAAAAAAAAAKCgoBpv7//9j///

8AAAAABlsBAAAdL01MSC9TcGVjaWFsdGljY9Cb251cywtSm9pbnRzLQAAAAkAAAAJEAAAAAEJEAAAAAVCRAAAAAA
GAAAAACRcAAAAGkGEAAAsxMDczNDcxAQAAAMDcxOAkAAAAQWABAAABBmMMBAAAL
MTA3Mzc0MjA1MjgGTgdAAAEAAAsxMDczNzQyMDUxOQkkAAAAAJQ0AQAAGzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyN
zE4IAAaAAAAAAUAAAAAAAAAAAAQznAQAAEEHhcmRpYyWMgU3dlymdlIENhcmUgT0FUaWWNIENhcmUgBl/7//9j///

8AAAAABmoBAAAoL01MSC9TcGVjaWFsdGljY9DYXkaWFjLVNlcnZllaWNlcy1DYXJkaWFjLTcgAAAACglx
AQAAAQAGEAAAsxMDczNzQyMDUyOQZ2AQAACzEwNzM3NDIwNTI4CSQAAAAGdQEAAbyOTleMTA3Mzc0MjA1Mjg
TleMTA3Mzc0MjA1MjkCAAAAnAAAAAAAAAAABBnYBAAAoQ2hpbGRyZW4mIzM5O3MgZHZhXA1IFBlZGlhdHJpY3
BTZXJ2aWNlcwknAAAACgoBAQAAAAAAAAAKCgGI/v//2P///

wAAAAGeQEAADEvTUxIL1NwZWNpYWx0eS0KBCb25Voawxcmcel2l2ZS1DYXRoUXRpcVBlZGlhdHJpY3MtCgA
GXAAAACQAAAAQkQAAAAQAAAAKkAAAAABnvBAAAAL01MLNTA3Mzc0MjA1MjkCAAAAAAAEGhQEAABZFbWVyZ2VuY3kgR2Vu
AQAACX8BAAAAAAAAAAAAAAAAAAOKCY8BAAAABAAA1l+A
AQAAACX8BAAAAAAAAOKCY8BAAAABAAAYAQAAMTA3Mzc0MjA1MjlNAAAAJFwAAAAYlAQAAABZgQAAAAMDUzNAZpAQAACzEwNzM3NDIwNTE5CSQAAAAAGQ
FtcDsgGQAXn+//Y///

AAAAAAeIAQAAJC9NTEgvU3BlY2lhbHR5L2lqcmdlbmN5IC0KCgAGBmcAAAAkAAAAJEAAAAAAAAAAAAAAJEAAAAA
AEJEAAAAAkAAAAJFwAAAAaaLAQAACzEwNzM3NDIwNTM3MCRAAAAJqEAAAAAOAQAAAAAAAAAAAAAAAAAEGhQEAACQ
AGkEAAAsxMDczNzQyMDUzNzZkdAAAAAAAAAAaRAAAABZIAQAAACzEwNzM3NDIwNTI5CSQAAAAGdwEAAbyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1M
3Mzc0MjA1MzEAAAAAAAAAAAAAAAAAAAABBpQBAAAZW50ZW5GQ2FyZSgAVNVNVKGknAAAACgoBAQAAAAAAA
AAAAAKCgFAFq/v//2P///

wAAAAGlwEAACkvTUxIL1NwZWNpYWx0eS0KBCludGVuc2l2ZS1DYXJlLWludGVuc2l2ZS1DYXJl
AJEAAAAAEJEAAAAaaAAAAaJFwAAAAAaIcQAAAAAaaAaCzEwNzM3NDIwNTM4CSQAAAAGkTMCRAAAAEEAA
eaQAAAAQGnwEAAAAasxMDczNzQyMDUzOGdmagaQAAAACzEwNzM3NDIwNTE5CSQAAAAGkAESOYgAEBsyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1M
MTleMTA3Mzc0MjA1MzICAAAArQAAAAAAAAAABQqBBAAAYSW50ZW5zaXZlIENhcmUgVW5pdCBaw9uXd5sb2dpYSWNAAAAC
gEBAAAAAAAAAAAAAAAKCgFFq/v//2P///

AAAAAAamAQAAKi9NTEgvU3BlY2lhbHR5l2lhHRyHRpRpeMSW50ZW5zaXZlLWNhcmUgBj6XZW50aW9uUmFkaW9sb2d5LQA
AAAJFwAAAAaLAQAACzEwNzM3NDIwNTM5CSQAAAAJqEAAAAAAaAAAAaOAQAAAAAAAaAaOKCY8BAAAAABAAA
mtAQAAAQGrgEAAAsxMDczNzQyMDUzOUdmawQAAACzEwNzM3NDIwNTE5CSQAAAAGkAESOYaWAAAABBrIBAAAPTWkaWNhbCBJbWFnaW5nCgEBAAAAAAAA
AAoKAUz+///Y///

AAAAAa1AQAAIS9NTEgvU3BlY2lhbHR5LwTWVkaWNhbC1JbWFnaW5nLWNhcmUgBj6BmwAAAAkAAAAJEAAAAAEJE
AAAAwAAAAJFwAAAAaa4AQAAABZqQAAAACzEwNzM3NDIwNTM2CRAAAAAJugEAAAAAAAAAAAAKCgm8AQAAAAGvQ
EAAAsxMDczNzQyMDUzNga+AQAACzEwNzM3NDIwNTE5CSQAAAAGwAESOY+AAAAGwAEAAAGwAEAAAGwAEAAAGwAAAAAaCzEwNzM3NDIwNTM2CSQAAAAGwAAAaGWAEAAAAvXHGWAaa+///Y///

AQAACzEwNzM3NDIwNTE5CSQAAAAGwAEAABsyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzYCAAAavwAAAAA
AABBsEBAAAaYUGVSOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzYCAAAAajT3+///Y///

AAAAAAbEAQAAAKi9NTEgvU3BlY2lhbHR5l2lhHRyHRpRpeVGVUGVUGVMaW5uY5MyaWVabHKcCAAAAAJ
AAAAAJEAAAAAEJEAAAAawAAAaJFwAAAAaa4Q AAAABZLlQ3ZEYnDdQAAAAAAAAaaaa
AaJEAAAAAaCzEwNzM3NDIwNTE5CSQAAAGw4SOY
nLAQAAAQGyQEAAAsxMDczNzQyMDUzNga+AQAACzEwNzM3NDIwNTE5CSQAAAAGwAESOYgAEBsyOTleMTA3Mzc0MjA
1MTleMTA3Mjc0MjQ1NAbNAQAAAaAaGWAEAAaaaaGWAEAAaaaQbAaaaaaMUHJpbWVyeSBDYXJlCSCSAAAAACgEBAAAAAAAAaOK
AS7+///Y///

AAAAAAbTAQAAAKS9NTEgvU3BlY2lhbHR5L2lhHRyHRpRpeVHJpbmVyeS1DYXJlLVBoeXNpY2lhbnMvCgAKAAAAAAaaaa
AkQAAAAQkQAAAAQQAAAAQkGAAAAAaBtYBAAAvL01MLMTA3Mzc0MjA1MjA1MTleMTA3Mzc0MjA1NTQaG
oBAAAAabbAaQAAACzEwNzM3NDIzMjU0MRAwBtwBAAALMTA3Mzc0MjA1MTMaAAAaaaaEG3wEAABJQdWxtb25hcnkS15OV4xMDczNzQyMDUx
xOV4xMDczNzQyMDI1NAIAAAADDAAAAaaaaaaaaAEG3wEAABJQdWxtb25hcnkS15O_mFWN
AAAACgoBH/7//9j///

8AAAAABuIBAAA7L01MSC9TcGVjaWFsdGljY9QdWxtb25hcntU2Vydml1jZXMVQnJvbmNoaWFsLVROoRoZXJhRvVWFGVSLVRoZXJhRtZXJt3Jtb3N5LVRoZXJhRtZWN0ZXJ0NWxrb3BpY3N0ZXRoY3
sYXN0eGinb3R5Z1ZXJ0cm9ib3hmb25vUm9ib3RpYyBTdXJnZXJ5YW1wIw9yQ2FybGAaNzQyMDUyZWEAAAsxMDczNzQyMDUxOQkkACecB
AAAJ6AEAAAAAAAAAAAAaaCoJ6AEAAAaaaaGwxjwAAAaaGW1z
u0BAAAbMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTE3MAgAAAAMQAAAAAAAAAAQbuQQAAF1JlaGFiFiaWxpdGF0aW9u

```
...  9uIPMHCnZpT9V2cSCAAAAKCgEBAAAwAAAAoKARD+//9///Y//
...  AAAAAAbxAQAASi9NTEgvU3BlY2lhbHHpZXMVVWJpbGl0YXRpb24tU2VydmljZXMtT2NjdXBhdGlvbmFsL
...  C1QaHlzaWNhbHBC0tLU1hc3NhZ2UvCgAKAAgfAAAACQAAAAkQAAAAAQkQAAAAEAAAAkXAAAABvQBAAALMTA3Mz
...  c0MjA1MzgJEAAAAAn2AQAACfcBAAAAAAAAAAAAAoKCfgBAAABAAb5AQAACzEwNzQyMDUzOAkQAAAAAnDIwNTM4
...  3Mzc0MjA1MTKkJJAAAAAAb8AQAAGz150V4xMDczNzQyMDUxMTKkcZNzQyMDUzOAIAAADgA
...  QEAAC9SSb2JvdGljjIFN1cmdlcnkYXQgTGl0dGxldG9uIEFkdmVudGlzdCBIb3NpYXRhBknAAAAACgoBAQAAAA
...  AAAAAKCgEB/v//2P///
...  wAAAAGAAIAADEvUm9ib3RpYy1TdXJnZXJ5LFWF0LUxpdHRsZXRvbi1BZHZlbnRpc3QtSG9zcGl0YWwvCgAKAAA
...  GgAAAAAgAAAAkQAAAAAQkQAAAAEQAAAAkXAAAABgMCAAAAMTA3Mzc0MjA1MzgJEAAAAAkFAgAACQYCAAAAAAAAA
...  AAAAAAAAoKCQcCAAABAAAYIAgAAACzEwNzQyMzNDIwNTM5YlBgkCAAALMTA3MzY0MjAIMTKkJJAAAAAYLAAAGAgZI5OV4x
...  MDczNzQyMDUxOV4xMDczNzQyMDUyQIAAAADMAAAAAAAAAAAEGDAIAABZTbGVlcCBEaXNvcmRlcnLlcnMgQ2VudGVVyC
...  ScAAAAKCgEBAAAAAAAAAoKAfL9///Y////
...  AAAAAAYPAgAAJy9NTEgvU3BlY2lhbHHpZXMvU2x1ZXAtRGlzb3JkZXJzLTQ5UudVyLwoACgABoQAAAAAkAAAAJE
...  AAAAAEJEAAAABIAAAAJFwAAAAYSAgAACzEwNzQyM3M3MjCwTWCRAAAAJFAIAAAAkVAgAAAAAAAAAAAAAAAKCgkWAg
...  AAAQAGFwIAAAsxMDczNzQyMDU0MAYYAgAACzEwNzQzM3NwTE5TQSQAAAGGGgIAABsyOTTleMTA3MzNc0MjA1MTl
...  eMTA3Mzc0MjA1NDACAAAA1wAAAAAAAAABBhsCAAAOU3BpbmUUgU2Vydml1jZXMJJwAAAAAAAKAQEAAAAAAAAAAAAACgoB
...  4/3//9j///
...  8AAAAABh4CAAAgL01MSC9TcGVjaaWFsdGllcy9TcGluZS1TZXJ2aWNlcy8KAAoAAaIAAAAJAAAACRAAAAABCRA
...  AAAATAAAACRcAAAAGIQIAAAsxMDczNzQyMDU0MQkQAAAJCSQCAAAJJAIAAAAAAAAAAAAACgoJJQIAAAABAAYC
...  AAALMTA3Mzc0MjA1NDEGJwIAAAsxMDczNzQyMDUQXkAAAABik5XjEwNzM3NDIwNTE5JEwNzM3ND
...  DIwNTQxAgAAANwAAAAAAAAAQYqAgAAD1Nwb3J0cyBNZWRpY2luZQknAAAAAAAAAACgoBAQAAAAAAAAAAAAACgHU/f//2P
...  ///
...  wAAAAGLQIAAEkvTUxIL1NwZWNpYWx0aWVzL01ydmVzL01Kb2ludHMtbHMtU2NsZXNzZXJ0hMTKE9ydGhvcGVkaWcaw
...  NzKS9TcG9ydHMtTWVkaWNpbmUvCgAKAAgjAAAACQAAAAkQAAAAAQkQAAAAEAAAAkXAAAABjACAAALMTA3Mzc
...  Mzc0MjA1MTKkJJAAAAAY4AgAAABZ15OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyMjA0AAADdAAAAAAAAAAEGOQIAA
...  A1TdHJva2UgU2dQ2VudGVVyCSCAAAAKCgEBAAAAAAAAAoKKAcX9///Y////
...  AAAAAAY8AgAAHy9NTEgvU3BlY2lhbHHpZXMvU3Ryb2tlLUNlbnRlci8KAAoAAaQAAAAJAAAACRAAAAABCRAAA
...  AAVAAAACRcAAAAGPwIAAAsxMDczNzQyMDU0MgkQAAAJCUAAAACUECAAAAAAAAAAAAACgoJQQIAAAABAAYCAAA
...  LMTA3Mzc0MjA1NDIGJwIAAAsxMDczNzQyMDUQXkAAAAAABik5XjEwNzM3NDIwNTE5JEwNzM3NDIwNTIwNDAAAAA
...  wNTQyAgAAANwAAAAAAAAAQZIAgAAAldvbWVuJ3MgSGVhbHRoIEhlYWx0aAknAAAAACgoBAQAAAAAAAAAAAAAC
...  AAAKCgCg2/f//2P///
...  wAAAAGSwIAACkvTUxIL1NwZWNpYWx0aWVzL1dvbWVucy1IZWFsdGgtVG9waWNzLwoACgABAbpAAAAAJAAAACRAA
...  AAABCRAAAAAVAAAACRcAAAAGVAIAAABhQYXRpZW50LU9ubGluZS1TZXJ2aWNlcy8KAAAAGVAIAAARMaW5rcCgoBAQ
...  AAAAAAKCgCg/f//2P///
...  wAAAAGVwIAAA0vI1ByZVJ2Z1Z01vZGFsCgAKAAAGmAAAAACQAAAAkQAAAAAQkQAAAAgAAAAkXAAAABloCAAALMT
...  A3Mzc0MjA1NDUJEAAAAAkAcAgAAACVOCAAAAAAAAAAAAoKKCfAgAAACzEwNzQzM3NDIwNTQ1JhZAACzEwNzQyMD
...  LMTA3Mzc0MjA1MTKkJJAAAAAiAgAAGzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyMDUQXkAAAAAAAAAKCgGb/f//2P///
...  wAAAAGZgIAAACVOCmlsbGZ1ZG9pQWlkcyVSJ2VTeW50GAkNbHMvCgAKAAgmAAAACQAAAAkQAAAAAQkQAAAAEQ
...  AABsxMDczNzQyMDUzMmgwIAAAsxMDczNzQyMDU0NQknAAAAAAKCgltAgAAAQABgzZI2EwNzM3NDIwNTMyMDUz
...  AAbwMDUCAAAQU2VydmljZXMJJwAAAAAYBsyOTTleMTA3MzNc0MjA1MTl1bHNhX3AgoBAQAAAAAAAAAAAACgoB
...  EJEAAAAQAAAAJFwAAAAz4AgAACTEwNzQyM3NDIwMzRzMwCRAAAAJegIAAAsxMDczNzQyMDUyOV4xMDczNzQyMDUy
...  GfQIAAAsxMDczNzQyMzM4MAz+
...  AgAACzEwNzQzM3NDIwNTQ3CSQAAAGGyAIAABsyOTTleMTA3MzNc0MjA1MTl1bHNhX3AgoBAQAAAAAAAAAAAAC
...  gAAAAAAABBoECAAAdUXVhbGl0eSSwSdU2VydmljZXMJJwAAAAAYBsyOTTleMTA3MzNc0MjA1MTlSdGF3UyWloyBTY
...  3//9j///
...  8AAAAABoQCAAALL1FlYWxpdHktU2VydmljZS1hbmQtUmZXUlLwoAAKYAAAAkAAAAJEAAAAAQkQAAAAEAAAAkXAA
...  AAAJFwAAAAAHaGAACzEwNzQzM3NDIwNTQ4CRAAAAJiQIAAAkAaAgAAAAAAAAAAAAAAAKCgmLAgAAAQABgDIAAAsx
...  MDczNzQyMDU0OAaOAacEAgAAAAC1ZJ3NQ5BDghgpGAkNbHMvCgAKAAgmAAAACJhwIAAACzEwNzQyMDUzM3NDI
...  DgCAAAA/wAAAAAAAABBpCAAAUQ2VudHVyeSSBIZIQGWlOLMJMmdSzOS9z3QS7JhZYMTU4MDgJ9//
...  9j///
...  8AAAAABpMCAAAAW0WlbnRlcmmtlcmm9TGVhbHRoLUxjTktTLTLwoACgBgqAAAAkAAAAJEAAAAAQkQAAAAATQ
...  AAAaWAgAAACzEwNzQyMDUzM3NDIwMwCRAAAAJmIAABsyOTTleMTA3MzNc0MjA1MTl1bHNhX3AgoBAQAAAAAA
...  AAAaWAgAAACzEwNzQyMDUzM3NDIwMwCRAAAAKaCAAAAQU2VydmljZXMJJwAAAAAYBsyOTTleMTA3MzNc0MjA1NTAC
...  AEAAAAAAABBpBp8CAAAPTWVkaWNhbC1Hcm91cC8KAAAAAAAAAAAoKAV/9///Y////
...  AAAAAaiAgAAESz9ENRpeY2Fsuz9FV1Z29Y2YaEHyMCgKAAAAOQAAAkAAAAJEAAAAQkVQUySAAAAAKCAAAAB
...  AALMTA3Mzc0MjA1MTKE9TEAA3nAgAAAatgAAGzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUxMTA3MzNc0MjA1Nl4x
...  MDczNzQyMDU0N12xMDczNzQyMDUyMDUQXkAAAAACgAAAAkA/Y//
...  9j///
...  8AAAAABpMCAAAAW0WlbnRlcmmtlcmm9TGVhbHRoLUxjTktTLTLwoACgAAAAAAAAAAAAAAAAAAAAAAAAAAAAKCAAAAAAAAB
...  ACQAAAAkQAAAAQkQAAAATQ
...  AAoKCbgCAAAQAbsAgAAACzEwNzQyMDUzM3NDIwMwCRAAAAKCAAAAAAAAAAAAAAAAAAAAAAA
...  AAoKCbgCAAABAAb5AQAACzEwNzQyMDUzM3NDIwNTQ3BroCAAAAALMTA3Mzc0MjA1MTKkJJAAAAAYa8AgAAGGzI5OV4xMDczN
```

124454... zQymb0sRP41kMDcZNzQyMpU0NWViAAAAHAQAHAAAAAEGVQYAAAUBZH2hbmNSTERpcHmYjdG122XMJJwAAAAoKAQ
EAAAAAAAAACgoBQf3//9j///
8AAAAABsACAAAUL0FkdmFuY2UtRGlyZWN0axZlcy9KAAoAAa0AAAAJAAAACRAAAAABCRAAAAAJAAAACRcAAAA
GwwIAAAsxMDczNzQyMDU1MgkQAAAACcUCAAAJxgIAAAAAAAAAAAACgoJxwIAAAAABsgCAAALMTA3Mzc0MjA1
NTIGyQIAAAsxMDczNzQyMDUxNwkKAAAAbBssCAAAbMjk5XjEwNzM3NDIwNTE3X2EwNM3NTDIwNTIwHzgVA2AAAAkBA
AAAAAAAAAQbMAgAAEVByaXZhY2hY3kgUHJhY3RpY2VzCsAAAAKCgEBAAAAAAAAAAOKATL9///Y////
AAAAAAbPAgAALS9Gb3ItU2VsbGVycy9KAAoALYByaXZhY3kktUHJhY3RpY2VzLwoACgAABrgAAA
AAkAAAAJEAAAAAEJEAAAAoAAAAJFwAAAAbSAgAACzEwNzM3NDIwNTUyCRAAAAAlAIAAAnVAgAAAAAAAAAA
AKCgnWAgAAAAAG1wIAAAsxMDczNzQyMDU1MwbYAgAACzEwNzM3NDIwNTE3CSQAAAAG2gIAABsyOTleMTA3Mzc
0MjA1MTdeMTA3Mzc0MjA1NTMCAAAACgEAAAAAAAABBtsCAAAbQ29ubmVjdCBmb3I3IEGVhbHRoRoIENvbG9yYYWRv
CSCAAAAKCgEBAAAAAAAAAAOKASP9///Y////
AAAAAbeAgAAHS9Db25uZWN0LWZvci1IZWFsdGgtQ29sb3JhZG8vCgAKAAAAAQAAAAQkQAAAAC
wAAAAkXAAAABuECAAALMTA3Mzc0MjEwNTEwETEJEAAAAnjAgACeQCAAAAAAAAAAAAAAAOKCeUCAAAAAAbmAgAACz
EwNzM3NDIxMDEeBucCAAALMTA3Mzc0MjA1MTcyJJAAAAbpAgAAAS9IiU4xMDczNzQyMDUxN14xMDczNzQyMTA
xMQIAAAALAQAAAAAAAEG6gIAAYlAABJMaXZzpbmcgV2l0aCBDY5J2XiAYAAAkCgEAAAAAAAAAOKAQoBFP3//9j/
//
8AAAAABu0CAAAyL01MSC9Gb3ItTUGF0aWVudHMYW5kUHVudHMYW5kLUxpdmzmluyZ1XaXRoLUNhbmNlci8KAAo
AAbAAAAAJAAAACRAAAAABCRAAAAAmAAAACRcAAAAAbgAAAABBOTYKAAYAaCgoJ4YAIAAvxAAJ8WAATUG9zaTAAaxsk5
AAAAAAAACgoJ9AIAAAAABvUCAAALMTA3Mzc0MjA1MTcJJAAAAAAAAAAAAAApD5AgAAD1BhbmAdUgQ2FyZQxnAAAA
oBAQAAAAAAAAAAAKCgEF/f//2P//wAAAAAG/
AIAAC8vTUxIL0Zvci1QYXRpZW50cy15U0VsbDzbmEFtaWxWxXMVdMG50tsQl2D1YXJllLwoAAAkAAA
AJEAAAAAEJEAAAA0AAAAJFwAAAAb/
AgAACZwEAAAsxMDczNzQyMDU1MgkQAAAAGBAMAAAxsxMDczNzQyMTAxM
wWYFAwACZwEAAAsxMDczNzQyMTAxNgkQAAAEGBuwAABsyOTleMTA3Mzc0MjA1NTMtMDczNzQyMTAxM2TMCAAAAEQEAAA
AAAAAABBggDAAAiRW1vdGlvbmFsICZhbXA7IFNwaXJpdHVhbCB0dWFsIFJsLlpc291cmNlcwkKAAAAAAAAAAAAKCgH
2/P//2P///
wAAAAAGCwMAAD8vTUxIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvRW1vdGlvbmFsFSL5U3Bpcml0dWFsLWRWFsLV
Jlc291cmNlcy9KAAoAAbIAAAAJAAAAaCRAAAAAACRAAAAAOAAAACRcAAAAAGjDgMAAAZhBmMDAAALMTA3Mzc0MjAwNWEw
N3M3NDIwNTE3CSQAAAAAGbHADAAAbh4bmDAAALMTA3Mzc0MjE0MDE0EG9AgAAAAAQYXAwAAEUl1lGljYXRpb25zRpb
AAAPVGhlERBSVNVZIEF3JXJkBiYDAAAHY2udGVudAoKAAoAQAAAAAAAAACgoB2fz//9j///
8AAAAABigDAAAL0MSC9Gb3ItUGF0aWVudHMYW5kLUZhbWlsaWVzL0RvZ1EQUlTS1EUU1TWS1Bd2FyZC8KAAoAAbQ
AAAJAAAACRAAAAAACRAAAAoAAAAJKwaGeMAAAQKAAAAQYXAwAAEUl5bWxptY2FrY2gowNTRAAAAAAJGWwAAHY4DA
AYxYWAAF2ZEwNzM3NDIwNTE3CSQAAAAAAGwMAAbsyOTleMTA3Mzc0MjA1MTdeMTA3Mzc0MjE0MDA0AgAAAEQEAAAAAA
AACAGyBwMAAEUl5bWTYCAAAQAQAAAAAAAAGMwMAAAlHaWZ0ThSRXN0YXRlIFBsYW5uaW55nAoKAAoAQAAAAAAAAOKCg
Ahvz//9j///
/

124454... 8AAAAABnsDARASL01MSC9Cb3ItUGF0aWV1dHMtYW5kLUZhbW5saWVzL0NyZW9tZ2s1bnQtV2ViLVB
... hZ2UvCgAKAAG6AAAACQAAAAkQAAAAQkQAAAAFgAAAAkXAAAABn4DAAALMTA3Mzc0OGJ4d0Eu
... CYEDAAAAAAAAAAAAAAoKCYIDAAAAAAaDAwAACzEwNzM3NDhwNTQ 5BoQDAAALMTA3Mzc0OGJ1TcJJAAAAAaGA
... wAAGzI5OV4xMDczNzQyQyMDUxN14xMDczNzQyQyMDU0OQIAAAAWAQAAAAAAAEGhwMAAA9NeUNlbnR1cmFFIZWFsdG
... gJJwAAAAoKAQEAAAAAAAAACgoBd/z//9j///
... 8AAAAABooDAAAARL01SQ2VudHVyYUhlYWx0aC5hAAAAJAAAAACRAAAAABCRAAAAAXAAAACRcAAAAGjQMM
... AAAsxMDczNzQyMTAyMAkQAAAACY8DAAAJkAMAAAAAAAAAAACgoJkQMAAAAABpIDAAALMTA3Mzc0OMjEwMjAg
... kwMAAAsxMDczNzQyMDUxNwkkAAAABpUDAAALbMjk5XjJEwNzM3NDIwMTcIWgAAAABcBAAAAA
... AAAAQaWAwAAGVBhdGllbnRqQgR3JpZXXZhbmNL1IFByb2Nlc3MJJwAAAAoKAQEAAAAAAAAACgoBaPz//9j///
... 8AAAAABpkDAAA5L01MSC9Gb3ItUGF0aWVudHMtYW5kLUZhbW5saWVzL1BhdGllbnQtR3JpZXXZhbmNlLVByb2N
... lc3MvCgAKAAG6AAAACQAAAAkQAAAAQkQAAAAFgAAAAkXAAAABpwDAAALMTA3Mzc0OMjEwMjAIWgAAAAmeAwAA
... CZ8DAAAAAAAAAAAAAAoKCaADAAAAAahAwAACzEwNzM3NDIxMDIxBxQTDAAALMTA3Mzc0OMjEwMjAIWgAAAAkwMAAaa2kA
... wAAGzI5OV4xMDczNzQyMDUxN14xMDczNzQyQTAyMQIAAAAAYAQAAAAAAAAEGpQMAABdQcmVhbnbmFuY3J3gTG9zcy
... BTZXJJ2aWNlwknAAAACgoBAQAAAAAAAAAKCgFZ/P//2P///
... wAAAAAAGgAMAADcvTUxIL0Zvci1QYXRpZW50c0lhbmQtRmFtaWxpZXMtaW5kVUxZL25hbmN5LUxvvc3MtU2Vydml jZX
... MvCgAKAAG7AAAACQAAAAkQAAAAQkQAAAAQJQAAAAkXAAAABqsDAAALMTA3Mzc0OMjEwMjEJEAAAAAmtAwAACa4
... DAAAAAAAAAAAAAAAoKCa4DAAAAaawAwAACzEwNzM3NDIxMDIyC0IZrBDAAALMTA3Mzc0OMjEwMjEJJAAAAaazAwAa
... GzI5OV4xMDczNzQyMDUxN14xMDczNzQyQTAyMQIAAAAAZAQAAAAAAAAEGtAMAABlQcmVvYXNJ3BpbmcgZm9yIGEGU
... HJvY2VkdXJllCsCAAAAAKCgEBAAAAAAAAAAoKAUr8////Y////
... AAAAAAa3AwAAOS9NTEgvRm9yLVBhdGllbnQtLndFuFuZC1GYW1pbGllcy9QcmVvYXJpbmctUEVUJpbmctRm9yLUVHJvY2Vkd
... XJlLwoAcgAABvgAAAAAAAAAJEAAAAAEJEAAAAAoAAAAJFwAAAABoAAAAaAwAAAFyWAAAAAa6AwAAAAACEwNzM3ND1 xMD1xM
... m9AwAAAAAAAAAAACgm+
... AwAAAAAAGvwMAAAsxMDczNzQyMTAyMwbAwAACzEwNzM3NDIwNTE3CSQAAAAAGwgMAAABsyOTleMTA3Mzc0OMjA1M
... TdeMTA3Mzc0OMjEwMjMCAAAAAGoBAAAAAAAAABBsMDAAOU3VwcG9ydCBHcm91cHMJJwAAAAoKAQEAAAAAAAAACg
... oBO/z//9j///
... 8AAAAABsYDAAAAuL01MSC9Gb3ItUGF0aWVudHMtYW5kLUZhbW5saWVzVC1nbHR0cGYJ3JvdXBzLwoAcgAABvwA
... AAAKIEAAAAEJEAAAAAEJEAAAAEAAAAAJFwAAAABJAwAAAAAVsJYwAAAAAaCDAAAAAaCsDAAAJzAANAAAAAAAAAEGgMAABgZd
... AAABs4DAAAMmZxBs8DAAAMmZAwCSQAAAAAQ0QAAAAAsyOTleMTA3Mzc0OMjA1MTdeMTA3Mzc0OMjEwMjMCAAAAAAEG0gMAABZd
... 2FyZHMgY9VwQWduZX1sCFBAAAAAAoAQAAbAAAAAoKAQEAAAAAAAAAoKBSEg0gMAABdwmQdVwQWdpdGVt9u9uaXR5XAAAAAAaCDAAAAAaYXaXb
... aW5nlEFydHMJJwAAAAoKAQEAAAAAAAAACgoBDvz//9j///
... 8AAAAABvMDAAAbL01MSC9BYm91dC1Vcy9IZWFsdGgtU2VydmljZXMJJwAAAAoKAQEAAAAAAAAACgoBDvz//9j///
... AAAAAAbvMDAAAAVYDAAAAA3XNxMDczNzQyMDEyMwkQAAAAEJEAAAAAoKAQEAAAAAAAAAoKAw0JEAAAAAoAQAAA
... NzM3NDIzMTQwBvwDAAAAAwCSQAAAAG/gMAADBMSC9BYm91dC1VcyYWxzzmVydmljZXMJJwAAAAoKAQEAAAAAAAAAACg
... oBBv///9j///
... 8AAAAABhEEAAAaL01MSC9BYm91dC1Vcy9PdXItTGVhZGVyc2hpcC8KAAoAACQAAAAAAAJAAAACRAAAAABCRAAAAAGAAA
... ACRcAAAAGFAQAAAAzMDQ4JEAAAAAkWBAAACRcEAAAAAAAAAAAAAoKCRgEAAAAAAYZBBAAAAAzMwNAYAAAzMw
... MAkKAAAABhwEAAAALmJ5XWFmF4zMDQCAAAAAAAAAAAQAAAAAAABh0EAAAUTWljzlvbiAmYW1YWx0aMjJJ
... wAAAAoKAQEAAAAAAAAACgoB4fv//9j///
... 8AAAAABiAEAAAfL01MSC9BYm91dC1Vcy9OaXNuZaW9uLS0tVmFsdWVzCgAKAAG6AAAACQAAAAkQAAAAkEJEAAAAAE
... AAACAAAAJFwAAAABhLBAAAAAzMDQ4JEAAAAAAAAEGgMAAB1sIEAAAAa1wmMWF4MDczNzQyMDUyQyQmyMWMW
... AEGLAQAABFGaW5kIE91ciBGYWNpbG10aWVzCg 01bG0eQknAaAAAAAAKCgHS+///2P///
... wAAAAGLwQAABMvRmluzC1PdXItRmFjaWxpdGllc9Q4XLAQAAAzXDczNzQyMDUyQyQmyaXAAAAAGkKXAAAAGjQAAXAAAAAAAAABj
... IEAAALMTA3Mzc0OMj19DIEAAAAa0bAAAAaA0AAAUTVUUEUEAAAAoKC TYEAAAA3BBAAACzEwNzM3NDIyNDIyNDyndDA
... yBjgEAAALMTA3Mzc0OMjQ1lzxtCZWAwMiTA4lUMmMW4MDczNzQyMDUyQyQmMTlxMDczNzQyMDUyQyQmBAAAAzMWQAAaa
... AEGLQwAABVGaW5kLUsxabM4hIEH3mcQyAD0a3dhMTA3Mzc0OMjE5OCgoAQAAAAAAAAAAAABJYEAAaXBjQAAAA1WXd1
... IFRlY0W0JJwAAAAAoKAQEAAAAAAAAACgoBv/v//9j///
... 8AAAAABj4EAAAZL01MSC9Vcy9HcmVhdHVyZcJ2lnbmVwHblEmVnbHdsaWVzUUVWbc1DZzZXb3J4XdkYXbd4Vu
... JFwAAAABJBBAAAAMTA3Mzc0OMjZ1TUtWmNyAAAAAQwQAAAAAAAaAAEbBAAAABkkuaWAAAABBkEAAATMjk5XMWMW4N
... A1NaXNnaW9nuIFRyaXBzCSCAAAAAoKCgEBAAAAAAAAAAAACgoBKAbT////Y////
... AAAAAAZNAAAAHC9NTEgvQWJvdXQtVXMvTWlzc2lvbi1Ucmlwcy84KAAoAACgAAAAACAAAAARAAAAACRAAAAAAXAAAAAAa
... AAAACTgDAAAAGUAQAAAAAEYwCgoKAAAAAAAAQAAAAUGQAAAGVCgQLCc1D4bjXAA7ZEXZAAAAAACgoByNPv//9j///
... ZTBAAAACzEwNzM3NDIwNTEwNTEwCSQAAAAGVQQABsyOTleMTA3Mzc0OMjU1XjAozNNMMBU3NTgCAAAAACgoBpy//9j///
... 8AAAAABlkEAAAaZPaHROcHM6Ly9yZWcuYWJjj2c2j1nbnNvVWLNvb5S92aWV3L3JZpZXdfdbHW9udGGguYXNWN2eD9hYOCZ
... hbXA7d3A9MTE3JmftcDthaWQ9Q00VOVFVSQQoAcgABYQAAAAkAAAAkJEAAAAJEAAAAIAAAAJFwAAAAzcBAAA

124454...

CzEwMTA3NjI1NTYzCkRAAAAJXgQAAAQJBHUAAAAAuRAAKCgTgBAAAQJ6rTyQUAAA3MDczNzQyMDU3MwZiB
AAACzEwNzM3NDINTE4CSQAAAAGZAQAAByOTlLeMTA3Mzc0MjA1MTheMTA3Mzc0MjA1NzMMCAAAAPwEAAAAAAA
ABBmUEAAAMVm9sdW50WVaW5nCScAAAAKCgEBAAAAAAAAAAOKAZn7///Y////
AAAAAAZoBAAAHC9NTEgvQ29tbXVuaXR5R1Vcmluc3RlZXIgKCQTAAAGAAQJGQ9jYMDU3NQAAAABmUEAAAMV
AAACRcAAAGawQAAAsxMDczNzQyMDU3NQtCTQAAAQRE0XVAAAAAYWcCgoTgBUAAAAABnAEAAALMT
A3Mzc0MjA1NzQGcQQAAAsxMDczNzQyMDU7x0AkkAAAANmEAAAbMjk5X5jEwNzM3ND1wNTE8X4jEwNzM3ND1wNTc
OAgAAAEYBAAAAAAAAQZ0BAAADFNYY2lhbCBNZWRYQknAAAACgoBAQAAAAAAAAAKCgGK+///2P///
wAAAAAGdwQAAA4vU29jaWFFcLSuLU1lZGlhLwoACgBAByWAAAAAKAAAAAEjEAAAAAEJEAAAAAQAAAAJFwAAAAZ6BAAACz
EwNzM3ND1yNzU1CRAAAAAJfAQAAAl9BAAAAAAAAAAAAAAAKCgl+
BAAAAAAGfwQAAAsxMDczNzQyNjMjc1NQcAAAAACzEwNzM3ND1wNTE4CSQAAAGgQQAABsyOTlLeMTA3Mzc0MjA1M
TheMTA3Mzc0MjI3NTUCAAAARwEAAAAAAAABBoMEAAARQ29tbXVuaXR5CXcAAAAoKAQEAAAAAAA
AACgoBe/v//9j///
8AAAAABoYEAAAhL01MSC9DQb21tdW5pdHkvQ29tbXVuaXR5CAAAAAQVCgKAAHMAAAACQAAAAkQAAAAAAk
QAAAAAQAAAAkXAAAABokEAAALMTA3Mzc0MjA1MzNDc5CgoAAAAAAAAAAaeAeAACR8BAAAiJgQAAAAABo0EAAAX
MTA3Mzc0MjY4NjV3MTA3Mzc0MjA1MjAG1jQggQAAAsxMDczNzQyMDUyMAkkAAAABpEAAAAbMjk5X5jEwNzM3ND1wN
TIwXjEwNzM3ND120DY1AgAAAAEkBAAAAAAAAAAaRBAAAF0Vib2xhTFZpJZpcnVzVzIEluZm9ybWF0aW9uCSDAAAAKCg
EBAAAAAAAAAAoKAW37///Y////
AAAAAAuUBAAADS9FYm9sYSS1WaXJ1cy8AAAAOAc0AAAAJAAAACRAAAABCRAAAACAAAARcAAAAGlwQAAAsxM
DczNzQyMDU2QAAkCAkEAAAJZjmgQkAAAAAAAAAACgoJmwQAAAABpwEAAALMTA3Mzc0MjA1N1jgGnQQAAA
sxMDczNzQyMDVUyMAkkAAAsxMDczNzQyMDY1AgAAAAEjBABAAAsxMDczNzQyMDU1X4jEwNzM3ND1wNTY8X4jEwNzM3
ND1wNTE4CSQAAAAGoEAAAbMjk5X5jEwNzM3NDIADY1YAAAABmUEAAAMV29sdW50ZWVyKCQTAAAAKCgFP+///2P///
wAAAAADbQAAAoWvVRyaWFFnZS1BcHAvCgBAAAkAAAAEJEAAAAAYAAAAAtRAAAAAAAABrUEAAAALMT
A3Mzc0MjA1NzAJEAAAAAam3BAAACbgEAAAAAAQAAAAACKbKEAAAAAa6BAAAACzEwNzM3NDIWNTcwBrsEAAA
LMTA3Mzc0MjA1MjAJJAAAAAa9BAAAGzI5OW4xMDczNzQyMDUyMF4xMDczNzQyMDU3MAIAAAABMAQAAAAAAAAAAEG
vgQAAApNb3ZlIbWVudHVHVtCScAAAAoKAEBAAAAAAAAOKAUD7///Y////
AAAAAAbBBAAAEC9Nb3ZlbWVudHHVtLUFwcC8KAAkAAAAAJAAAACRAAAAABCRAAAAFAAAACRcAAAAGxQAA
AsxMDczNzQyMDU3MUJ0QQkQAAAAceCEAAAJxwQAAAAAAAAAACgoJyQAGQakEAAALMTA3Mzc0MjA1NzEwxEGyg
QAAAsxMDczNzQyMDU1MyQkAAAAAAJBUoEAAAbMjk5X5jEwNzM3ND1wNTI1X4jEwNzM3NDIWNTcxAIAAAABOBAAAAAAAAAA
AAQbrBAAAAFFNlYXNvbmFsIEluZm9ybWF0aW9uCScAAAAAAAAAAOKATH7///Y////
AAAAAaQbBAAAAFi9TY2Fyb25hbC1JbmZvcm1hdGlvbi8KAAAkAAAAAJHgMAAAkfAwAACfAQAACEGAOAAdEAAAAEAAAACRcAA
AAG9wQAAAsxMDczNzQyMDU3MGtkQQJWx0x0aEkgt5c3GFcAAAAEBtgWJyYXJ5X4jEwNzM3NDIWNTcxCxgEAAAAE4
BAAAAAAAAQbcBAAAkDh1YWx0aF4jIZWdGF2x0yUwAAAAAAOKAJ7///Y////
AAAAAbuBAAAEC9IZWFsdGgvAAAAAAAAAJHgMAAkAAAEAAAACRAAAAABCRAAAAFAAAACRcAAAAG8QAA
AQ4MDg1CgoKAAAAAAAAAAJHgMAAAkfAwACfQAAAAACfQAAAaAb1BAAADzEwNzM3NDI1MDctDMyFMxNwb2BAAAAAZMxNw
kkAAAABvgEAAATMjk5X5jE2X4jMxNeMTA3Mzc0MjI3NmAzMCEAAAAABUAQAAAAAAAG+
QQAA1Gb3IgdGhlIE11ZGlhcCSYDAAAKCgEBAAAAAAAAAAoKAQX7///Y////
AAAAAb8BAAAGC9NTEgvTmV3cy9Gb3ItdGhlLU11ZGlhLwoACgB1AAAAkAAAAJEAAAAAJEAAAAAIAAAAAIAAAAJF
wAAAAb/
BAAACzEwNzM3ND1UwNjM4CgoKAAAAAAAAAJHgMAAAkfAwAACQIFAAAAAYDBQAADzEwNzM3ND1I3MDczfMxN
wYEBQAAAAZMxNwkkAAAABgYFAAATMjk5X5jMxNeMTA3Mzc0MjI3NzNMwIAAAAGBwUAAAAABgWuAAAADcmVhdGUg
UJJgMAAAAKCgEBQAAAAAAAAoKAQoB9/r//9j///
8AAAAABgoFAAARL01MSC9OZWZpdC9DcmVhdGUAAAAAAaA4AAAAUQQ/sFAAAACQsFAAAAA4fWAAAACQ4FAAAAk
MBQAAAQgAAABWGAAAACR0AAABAEAEAABkdAAAABAJEAEAAAAAAAAWfWAAAAAEWAQAAE
gAAAal2AAAAAAAAABFwEAAAAAAAAQAAAAAJFwAAAAEJAEAAAAAAIBJgEAAAJFgUAAAJFwAAAAAAAAAAAaCg4
OAQbwFAAAEgAAABBgEAAAFJgUAAAJFwAAAAAAAAAAAacgoAAZAABUBrAAAABBEfAAAABJEfAAAABQIfAAAABgAAAAacg
AAAZAABUBrAAAABBEfAAAABJEfAAAABQIfAAAABgAAAAacg
UAAAAAAAAAAHZAQAAEgAAAl2AAAAAAAAAAB2gEAAAQAAAJNAAAAAAAAAAAAAecBAAAAAAA

124454... ACX9zAAAAAAAAAAAAoAQrAEgAAAUJDHUAAAAAHAAAA4HXAAAAoQEAAAQAAFAU5PQUUAAEAAAAABAAAAAfYBAAAR
... AAAACXUAAAAAAAAAAAAAAAH3AQAAEgAAAl2AAAAAAAAAAAAAAB+
... AEAAAQAAAAJQAUAAAUAAAAFAAAAQUCAAAARAAAACXUAAAAAAAAAAAAAEGAgAAEgAAAl2AAAAAAAAAAAAAA
... ABBwIAAAQAAAAJQwUAAAoAAAAKAAAAARQCAAAARAAAACXUAAAAAAAAAAAAAEVAgAAEgAAAl2AAAAAAAAAA
... AAAAABFgIAAAQAAAAJRgUAAAQAAAAEAAAAASMCAAAARAAAACXUAAAAAAAAAAAAAEkAgAAEgAAAl2AAAAAAAA
... AAAAAAABJQIAAAQAAAAJNAUAAAAAAAAAAAAAATICAAAARAAAACXUAAAAAAAAAAAAAEzAgAAEgAAAl2AAAAA
... AAAAAAAAAABNAIAAAQAAAAJTAUAAAoAAAAKAAAAAUECAAAARAAAACXUAAAAAAAAAAAAAAFCAgAAEgAAAl2AA
... AAAAAAAAAAAAABQwIAAAQAAAAJTwUAAAMAAAADAAAAAU8CAAAEAAAACTQFAAAAAAAAAAAAAAAAFCAgAAEQAAAl
... 1AAAAAAAAAAAAAAABXQIAABIAAAAJdgAAAAAAAAAAAAAV4CAAAEAAAACVMFAAAHAAAABwAAAAFrAgAAEQAA
... AAl1AAAAAAAAAAAAABbAIAABIAAAAJdgAAAAAAAAAAAAAW0CAAAEAAAACVYFAAADAAAAAwAAAAF6AgAAE
... QAAAAl1AAAAAAAAAAAABewIAABIAAAAJdgAAAAAAAAAAAAAXwCAAAEAAAACVkFAAAEAAAABAAAAAGJAg
... AAEQAAAAl1AAAAAAAAAAAABigIAABIAAAAJdgAAAAAAAAAAAAAYsCAAAEAAAACVwFAAAEAAAABAAAAAG
... YAgAAEQAAAAl1AAAAAAAAAAAABmQIAABIAAAAJdgAAAAAAAAAAAAAZoCAAAEAAAACTQFAAAAAAAAAAAAA
... AAGnAgAAEQAAAAl1AAAAAAAAAAAABqAIAABIAAAAJdgAAAAAAAAAAAAAakCAAAEAAAACWIFAAABAAAAA
... QAAAAG2AgAAEQAAAAl1AAAAAAAAAAAABtwIAABIAAAAJdgAAAAAAAAAAAAAbgCAAAEAAAACWUFAAABAAAA
... AAAQAAAAHFAgAAEQAAAAl1AAAAAAAAAAAABxgIAABIAAAAJdgAAAAAAAAAAAAAccCAAAEAAAACTQFAAAA
... AAAAAAAAAAAAHUAgAAEQAAAAl1AAAAAAAAAAAAB1QIAABIAAAAJdgAAAAAAAAAAAAAdYCAAAEAAAACTQF
... AAAAAAAAAAAAAAAAH3jAgAAEQAAAAl1AAAAAAAAAAAAB5AIAABIAAAAJdgAAAAAAAAAAAAAeUCAAAEAAAC
... TQFAAAAAAAAAAAAAAAAHyAgAAEQAAAAl1AAAAAAAAAAAAB8wIAABIAAAAJdgAAAAAAAAAAAAAfQCAAAEAAA
... AACTQFAAAAAAAAAAAAEQAwAAEQAAAAl1AAAAAAAAAAAABEQMAABIAAAAJdgAAAAAAAAAAAAARID
... AAEEAAACTQFAAAAAAAAAAAAEQAwAABgAwAABAAAk0BQAAAAAAAAAAAAAABLgMAAAQAAAAJNAUAAAAAAAAAAAAA
... ToDAAAAEAAAACTQFAAAAAAAAAAAFHAwAAEQAAAAl1AAAAAAAAAAAABSAMAABIAAAAJdgAAAAAAAAAAAA
... AAAUkDAAAAEAAAACTQFAAAAAAAAAAAFWAwAAEQAAAAl1AAAAAAAAAAAABVwMAABIAAAAJdgAAAAAAAAA
... AAAAAAgVdAAAEAAAACTQFAAAAAAAAAAAFkAwAABAAAAk0BQAAAAAAAAAAAAAABcQMAAEEAAACJdgAA
... AAAAAAAXIDAAAASAAAACXYAAAAAAAAAAAAAGCAwAABAAAAk0BQAAAAAAAAAAAjwMAABEAAAAJdQ
... AAAAAAAAAAAAAZADAAASAAAACXYAAAAAAAAAAAAGRAwAABAAAAk0BQAAAAAAAAAAAABngMAABEAAAA
... JdQAAAAAAAAAAAAAZ8DAAASAAAACXYAAAAAAAAAAAAGgAwAABAAAAk0BQAAAAAAAAAAAABrQMAABEAAA
... AAJdQAAAAAAAAAAAAAa4DAAASAAAACXYAAAAAAAAAAAAGvAwAABAAAAk0BQAAAAAAAAAAAABvAMAA
... BEAAAAJdQAAAAAAAAAAAAAG+
... AwAABAAAAk0BQAAAAAAAAAAAAAABywMAABEAAAAJdQAAAAAAAAAAAAAAcwDAAASAAAACXYAAAAAAAAAAA
... AHNAwAABAAAAk0BQAAAAAAAAAAAAAB2gMAABEAAAAJdQAAAAAAAAAAAAAdsDAAASAAAACXYAAAAAAAAAAA
... AAAHcAwAABAAAAmVBQAABwAAAACAAAA6QMAABEAAAAJdQAAAAAAAAAAAAeoDAAASAAAACXYAAAAAAAAAA
... AAAAAAAHrAwAABAAAAk0BQAAAAAAAAAAAAAB+
... AMAABAAAAk0BQAAAAAAAAAAAAAAAfkDAAASAAAACXYAAAAAAAAAAAAAH6AwAABAAAAmbBQAADAAAADAAAAwAA
... ABBwQAABEAAAAJdQAAAAAAAAAAAAgEAAASAAAACXYAAAAAAAAAAAAAEJBAAABAAAAk0BQAAAAAAAAAAAU
... AAABFgQAAABEAAAAJdQAAAAAAAAAAAAAARcEAAASAAAACXYAAAAAAAAAAAAAEYBAAABAAAAk0BQAAAAAAA
... AAAAABJQQAABEAAAAJdQAAAAAAAAAAAAASYEAAASAAAACXYAAAAAAAAAAAAAEnBAAABAAAAk0BQAAAA
... AAAAAAAABNAQAABNAQAABEAAAAJdQAAAAAAAAAAAAATUEAAASAAAACXYAAAAAAAAAAAAAE2BAAABAAAAk0BQ
... 0BQAAAAAAAAAABUQQAABIAAAAJdQAAAAAAAAAAAAAAV4EAAARAAAACXUAAAAAAAAAAAAAAAAAAFbAAAE
... gAAAl2AAAAAAAAAAAAAAAABQwQAABYAQAAAAJrQUAAAYAAAAAAAAV0EAAARAAAACXUAAAAAAAAAAAAAAAAAAAFuBAAAE
... gAAAl2AAAAAAAAAAAAAAAABbwQAAAAAJrQUAAAAAAAAAAAXwEAAAARAAAACXUAAAAAAAAAAAAAAAAAAAAF9BA
... AAEgAAAl2AAAAAAAAAAAABfgQAAAQAAAAJNAUAAAAAAAAAAAAAYwEAAAARAAAACTQFAAAAAAAAAAAG
... ZBAAAEQAAAAl1AAAAAAAAAAAABmgQAABIAAAAJdgAAAAAAAAAAAAAZsEAAAEAAAACTQFAAAAAAAAAAAG
... AAGoBAAAEQAAAAl1AAAAAAAAAAAABqQQAABIAAAAJdgAAAAAAAAAAAAAao EAAAEAAAACTQFAAAAAAAAAAA
... AAAAAG3BAAAEQAAAAl1AAAAAAAAAAAABuQQAABIAAAAJdgAAAAAAAAAAAAAbkEAAAEAAAACTQFAAAAAA
... AAAAAAAAHGBAAAEQAAAAl1AAAAAAAAAAAABxwQAABIAAAAJdgAAAAAAAAAAAAAcgEAAAEAAAACTQFAAAAA
... AAAAAAAHVBAAAEQAAAAl1AAAAAAAAAAAAB1gQAABIAAAAJdgAAAAAAAAAAAAAdcEAAAEAAAACTQFAAAAA
... AAABAAAAQAAAAHkBAAAEQAAAAl1AAAAAAAAAAAAB5QQAABIAAAAJdgAAAAAAAAAAAAAeYEAAAEAAAACTQFAA
... cUFAAACAAAAAAAAAAHVBAAAEQAAAAAJdQAAAAAAAAAAAABgyQAABIAAAAJdgAAAAAAAAAAAAABgUUAAAAJNAUAAAAAA
... AAACAAAAAEJUVrdHJvbi5DbXXuMT3JnYW5pememF0aW9uLklNN51SXRlbURhUdhGEFAAAACccFAAAJyAUAAAnJBQA
... ACCoFAAAJywUAAAnMBQAACc0FAAAJzgUAAAnPBQAACdAFAAAJ0QUAAAnSBQAACdMFAAAJ1AUAAAnVBQAACdYF
... AAAJ1wUAAAnYBQAACdkFAAAJ2gUAAAnbBQAADc4FAAAAAAAAAAAlRWt0cm9uLkxkNtcy5Pcmdhbml6Y6Y
... XRpb24uSU11bnVJdGGVtRGF0YQUAAAAJ3AUAAAndBQAACd4FAAAJ3wUAAAnZwUAAAnBQAACeEFAAAJgUAAAnjBQAACe
... QFAAAJ5QUAAAnmBQAACecFAAAJ6AUAAAnpBQAACeoFAAAJ6wUAAAnsBQAACe0FAAAJ7gUAAAnvBQAACe
... J8QUAAAnyBQAACfMFAAAJ9AUAAAn1BQAADYQYHDQUAAAAABAAAAEAAAAAQlRWt0cm9uLkxkNtcy5Pcmdhbml6Y6YXRp
... b24uSU11bnVJdGGVtRGF0YQUAAAn3BQAADYQYHDQUAAAAABQUAAAAAB6QAAAAn6BQAAeFAAAJ/
... AUAAAn9BQAAACf4FAAAnBwcOBQAAAAAEAAAEAAAAEAAAABCVFa3Ryb24uQl2LzkYzFuaQRdyyQlvbi5JTWVudUl0ZW
... 1EYXRhBQAAAn/
... BQAACQAGAAAJAQYAAAJQYAAkCBgAABw8FAAAQAAAAQAAAEUJUVrdHJvbi5DbXXuMT3JnYW5pememF0aW9uLklNN51N
... XRlbURhdGEFAAAACccFAAAJ3BxMuT3JnYW5pememF0aW9uLklN51SXRlbURhUdGEFAAAACwFAAAACfAFAAAJOGAAAAB
... VrdHJvbi5DbXXuMT3JnYW5pememF0aW9uLklN51SXRlbURhdGEFAAAACwYAAAAJCwYAAAnDBxMFAAAAAQAAAABA
... AAAEJkVrdHJvbi5DbXXuMuRn.JhbWV3b3JrLlVJLllRyZWUuSVRyZWVVb2RlLlRAAkAAkkMBgAACQ0GAAAKP
... BgAACRAGAAAJEWYAAAJSBgAACRMGAAAkFAYAAAJFAYAAAkFYAACRYGAAAJFwYAAAkhBgAACSIGAAAJIWYAAAABA
... AAQAAAJBQAACZFa3Ryb24uQl2LzkYzFuaQRdyyQACWAGAAAkeBgAACRkGAAAJGgYAAAkbBgAACRwGAAAJHQYAAAAC
... AJHQYAAAkeBgAACR8GAAAJIAYAAAkhBgAAAAB0DBxkkGBQAAAAAB+
... AJHQYAAAkeBgAACR8GAAAJIAYAAAkhBgAAAAB0DBxkkGBQAAAAAB+

124454…
AAAAAKVrahuvbl5DbXMuRnJhbWV3b3JrIIIRyZWNlSVRyZWVVOb2RlAgAAAAmBgAACSgGAAAJKQYAAAkq
BgAACSsGAAAJLAYAAAktBgAACS4GAAAJLwYAAAkwBgAACTEGAAANQbCcBQAAAAEAAAAIAAAABCZFa3Ryb24tQ
21zLkZyYW1ld29yay5SVSSUcmVlLklUcmVlTm9kZQIAAAAJMgYAAAkzBgAACTQGAAAJNQYAAAk2BgAACTcGAA
AJOAYAAAk5BgAABx8FAAAAAQAAAAEAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlLlJlUZWVuUSVRyZWVVOb2R
lAgAAAAk6BgAACTsGAAAJPAYAAAk9BgAACT4GAAAJPwYAAAk/BgAACT4GAAAIBgAACUQGAAAJRQYA
AAlGBgAACUcGAAAJSAYAAAoHIgUAAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkUuVHJlZS5JV
HJlZU5vZGVDAGAAAUkGAAAJSgYAAAlLBgAACUwGAAAJTQYAAAlUBgAACUkUAAAJUAYAAAlRBgAACVIGAAAJUw
YAAAlUBgAACVUGAAAJVgYAAAkCByUFAAAAAAAAAAAAQAAAAAQJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlLlVJlRyZWU
uSVRyZWVVOb2RlAgAAAAlXBgAACVgGAAAJWQYAAAoHKAUAAAAAAAAAAAAAAAAAAAAAAAQmRWt0cm9uLkNtcy5GcmFt
cmsuVkVkZ25SZS5UcmVlLklUcmVlTm9kZQIAAAAJWgYAAAlbBgAACWwGAAAJXQYAAAlWQYAAAlfBgAAAQHIQU
AAAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkUuVHJlZS5JVHJlZU5vZGUCAAAACWAGAAAJYQYAAAJi
BgAACYMGAAAJZAYAAAllBgAACWYGAAAJZwYAAAHIMQUAAAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkU
uVHJlZS5JVHJlZU5vZGUCAAAACWgGAAAJaQYAAAlqBgAACWsGAAAJbAYAAAltBgAACW4GAAAJbwYAAAkBIDEFA
AAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkUuVHJlZS5JVHJlZU5vZGUCAAAACXAGAAAJcQYAAAlyBgAA
CXMGAAAJdAYAAAl1BgAACXYGAAAJdwYAAAkBITEFAAAAAAAAAAAAAQAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsu
VkVkZ3JuRzZS5UcmVlLklUcmVlTm9kZQIAAAAJeAYAAAl5BgAACXoGAAAJewYAAAl8BgAACX0GAAAJfgYAAAmQBg
AACZEGAAAJkgYAAAmTBgAATmDQXYQHWUAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkUuVHJlZS5JV
HJlZU5vZGVDAGAAAAlzMGAAAJPAYAAAk9BgAACT4GAAAJPwYAAAk/BgAACT4GAAAIBgAAAEB54FAA
AAAQAAAAAQAAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlLlVJlRyZWUuSVRyZWVVOb2RlAgAAAAmmB
gAACBGAAAJtAYAAAm1BgAACbYGAAAJtwYAAAm4BgAAYAAAoKAgAAAABQnRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkU
uVHJlZS5JVHJlZU5vZGVDAGAAAAnAQMH5QUAAAAAAAAAEAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuUkUuVHJlZS5JVHJl
ZU5vZGVDAGAAAnLBgAAYAAAJwQYAAAnCBgAACsMGAAAJxAYAAAnFBgAACcYGAAAJxwYAAAnIBg
AACcMGAAAJtAYAAAnvBgAAAOIAIACAAAA5wgAgAIAAAAJEAAAAAAAAAAAAAAACRUBAAAJqcAQAAAAS/////r////
BAAAAAbSBgAAG01MSC9TcGVyjaWFsdGll1cy9cAXJ0aFByYW1lXWABKAAAYAAAAAAAAAAAkkAQAAAAJEAAAAAEAAAAJ1QYAA
Ao7QgAgAIAAAAByAUAAgAAAADuCACAAAAOcIAIACAAAACRAAAAAAAAAAAAAAAkkkAQAAAABJEEAE
EJkWEAAAEl+f//6////
wQAAAAG3AYAADZNTEJgvyU3BlY2lhbHRpZXMvzXZXVNQm9uXz9XDgSMHUpaVW50eXIxy2xlcy1PcnRob3BlZGljy
8JfFwAAACoAAAAAAAAAAAAACRAAAAcCAAAAACkkkkQAAAABJMwEAAAACkNCBQAAAAAAEAAAA
QAAAAAAAAAAAJMwEAAAARH5////r////
BAAAAAbvBgAAG01MSC9TcGVyaWFsdGll1cy9UaGUtQnJ1YXN0LUNlbnRlci1Nc6AUpaVW50eXIxyZXVuXzaXDgU
wAAACoAAAAAAAAAAAkkAQAAAAJEAAAAAEAAAAJ1QYAAAoKLAIAAGAAAAZSBgAAG01MSC9TcGVyaWFsdGll1cAaVU0JACkp
LANVQQ1ldXVYMAIAAAAAAAAAAAAAAJRSMwEAAAAAAAAACVgGAAABBn////+///
8EAAAAbgBgAADZNTEMvU3BlY2lhbHRpZXMvVUdyVwVscGlub18wZHNhX0NpcGFUMAUpaVW50eXIxyZXVuXzaXDg
UMAAACoAAAAAAAAAAAkkAQAAAAJEAAAAAEAAAAJ1QYAAAoKLAIAAGAAAAZSBgAAA
AAAAAAAACX4BAAAjfwEAAAAQmFAQQlan4/4////
BAAAAAYYBwAAI01MSC9TcGVyaWFsdGll1cy9FbWVyZ2VuY3kvb2tjtLS1lUcm1bWVvcNcRcAAAAAAAAAAAkkAQAAAC
AAABwBwAAB6dYQACDYCAACEPBQAAAAPMIAIACAAAAPMIAIACAAAACY0BAAAJjg
EAAEQAQAAAd/4////r////
BAAAAAYiBwAAE01MSC9TcGVyaWFsdGll1cy9Jbm5lbFNpbmUtNpdmUtQ2FyZS1Vbml0LUlDVS8JZkwAAAAAAAAAAAAJn
RAAAAAJAAAAACSUHAAAAACBCaMBAAAB1fj//+v///
EAAAmdAQAACRAAAAAABCaMBAAAB1fj//+v///

124454… 8EAAAABtIHAAAApTUxIL1NwZWNpYWx0aWVydGlcUdUdSVrbmFSLVJhZ19hbcvlc9Snes8UTWAAACoAAAAAAAA
… ACRAAAAKAAAACS8HAAAKAPQIAIACAAAAAdEFAAAIAAAA9QgAgAIAAADnCACAAgAAAAkQAAAAAAAAAAAAAAAJ
… qwEAAAmsAQAACRAAAAABCbIBAAABy/j//+v///
… 8EAAAABjYHAAAgTUxIL1NwZWNpYWx0aWVzL01lZGljJYYwtSW1hZ21uZy9JFwAAACoAAAAAAAAACRAAAAALAAA
… ACTkHAAAKAPUIAIACAAAAAdIFAAAIAAAA+
… AgAgAIAAADnCACAAgAAAAkQAAAAAAAAAAAAAJugEAAAm7AQAACRAAAAABCcEBAAABwfj//+v///
… 8EAAAABkAHAAAApTUxIL1NwZWNpYWx0aWVzL1BlZGlhdHJpYy1FbWVyZ2VuY3ktQ2FyZS8JFwAAACoAAAAAAAA
… ACRAAAAmAAAACUMHAAAKAPgIAIACAAAAAdMFAAAIAAAAtBMAgAIAAADnCACAAgAAAAkQAAAAAAAAAAAAAAJ
… yQEAAAnKAQAACRAAAAABCdABAAABt/j//+v///
… 8EAAAABkoHAAAoTUxIL1NwZWNpYWx0aWVzL1ByaW1hcnktQ2FyZS1QaHlzaWNpYW5zLWkXAAAAKgAAAAAAAA
… JEAAAAA0AAAAJTQcAAAoAtBMAgAIAAAABlAUAAAgAAACWEwCAAgAAAAOcIAIACAAAACRAAAAAAAAAAAAAAAnY
… AQAACdkBAAAJEAAAAAEJ3wEAAAGt+P//6////
… wQAAAAGVAcAADpNTEgvU3BlY2lhbHRpZXZXMvUHVsbW9uYXJ5LLVNlcnZpY2VzL0Jyb25jaGlhbC1UaGGVybW9wbG
… FzdHkvCRcAAAAqAAAAAAAAAAkQAAAAlXBwAACgCWEwCAAgAAAAHVBQAACAAAAPkIAIACAAAA5wgAgAI
… AAAAJEAAAAAAAAAAAAAAAACecBAAAJ6AEAAAkQAAAAAQnuAQAAAAAP4///r////
… BAAAAAZeBwAASU1MSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi1TZXJ2aWNlcy9TZWhhYmlsaXRhdGl
… VBoeXNpY2FsS0tTWFzc2FnZS1JfWAAAACoAAAAAAAAACRAAAAAPAAAACWEHAAAKAPkIAIACAAAAAdYFAAAIAA
… AA+ggAgAIAAADnCACAAgAAAAkQAAAAAAAAAAAAAAJ9gEAAAn3AQAACRAAAAABCf0BAAABmfj//+v///
… 8EAAAABmgHAAAwUm9ib3R3I-TdXJnZXJ5LWF0LUxpcdHRsZXRvbi1QZZRvbi1BZHZlbnR1cmGQA5ROLQU1WWvvCRcAAAA
… qAAAAAAAAAkQAAAEEAAAAAlrBwAACgGD6CACAAgAAAAAHXBQAACAAAAAAPsIAIACAAAAA5wgAgAIAAAAJEAAAAAAA
… AAAAAAAAACQUCAAAAJBgIAAAkQAAAAAQkMAgAAAY/4///r////
… BAAAAAZyBwAAJk1MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlcnMlci1DZW50ZXIVIvcRcAAAAqAAAAAAAAAkQA
… AAAEQAAAAll1BwAACgD7CACAAgAAAAAHYBQAACAAAAAPwIAIACAAAA5wgAgAIAAAAJEAAAAAAAAAAAAAAAACRQCAA
… AJFQIAAAkQAAAAAQkbAgAAAYX4///r////
… BAAAAAz8BwAAAH01MSC9TcGVjaWFsdGllcy9TcGluZS1TZWxlY3Q2aWNlcy9JFwAAACoAAAAAAAAACRAAAAASAAAAC
… X8HAAAKAPwIAIACAAAAAdkFAAAIAAAA/
… QgAgAIAAADnCACAAgAAAAkQAAAAAAAAAAAAAAAJIwIAAAkkAgAAACBSoCAAAABe/j//+v///
… 8EAAAABoYHAABITUxIL1NwZWNpYWx0aWVzL0JvbmVVzLC1Kb2ludHMludHMtMHtYW5kLU5lcnZlLVN1cmdlcnkvCR
… zKS9TcG9ydHMtTWVkaWNpbmUtUVcCRcAAAAqAAAAAAAAAkQAAAAEwAAAAJBwAAACgD9CACAAgAAAAHaBQAACAAAA
… AP4IAIACAAAA5wgAgAIAAAAJEAAAAAAAAAAACTICAAAJMwIAAAkQAAAAAQnaAgAAAY5Agf4H///r////
… BAAAAAaQBwAAHk1MSC9TcGVjaWFsdGllcy9TdHJva2UtU2VyVmljZVyLwkXAAAAKgAAAAAAAAJEAAAABQAAAAJk
… wcAAAoA/ggAgAIAAAAB2wUAAAgAAAD/
… CACAAgAAAAAOcIAIACAAAACRAAAAAAAAAAAAAAAAAlBAgAAAUICAAAAEJSAIAAAFn+P//6////
… wQAAAAGmgcAACDhChNTEgvU3BlY2lhbHRpZXZXMvzEW4tcy1SZXNvdXJjZXMtVGVybXMvCR
… kQAAAAFQAAAAmdBwAACgD/
… CACAAgAAAAXcBQRAVrdHJvb15vDbXMvZ2MZCN2XlSXJlbUlkcPmPtfX0JhY2tpbmdGaWVsZGUdbZNGV8XAAAAKg
… GVtRGF0YGSs8SXRlbUlkPmFtfX0JhY2tpbmdGaWVsZGUdbZNGV9RhdGEgZXRyPFRleHQ+XW5ySXRlbUlkPntYW5uZWw
… JSc2VYRhKzxBbmNlbmlujZ2NlbklkPmdytbpbmdGaWVsZGUdbZNIzbGVRGlzcGxheSBsYWJpbHVlXZZZzMvSG9+
… a19fQmFja2luZ0ZpZWxkLnBweF9VYQTNlRGF0YDEyPFJleUx0cWNYWnraW5nQmGTWVudUJhc2VYEYXRhRhK
… zxIcmVmPmtFX0JhY2tpbmdGaWVsZGUdbZNGV9RhdGEgRGVyPFRleHQ+XW5ySXRlbUlkPntYW5uZWwuD
… Jhc2VYRhKzxRvb2xiYXJJdGVtRGF0YD51cbGVQHJvfXdWZXJ9bGliTGVRGE5LWRUV3VkU
… fX0JhY2tpbmdGaWVsZGUdbZNIbGVYRhKzxSXJlbUlkPntYW5uZWwuD
… a19fQmFja2luZ0ZpZWxkLnB4SXRlbUlkPntYW5uZWwuD-IRGF0YD8SXJlbUlkXM+
… a19fQmFja2luZ0ZpZWxkLnB4SXRlbUlkPntYW5uZWwuD-ICFlSCRvPmtFX0JhY2tpbmdGaWVsZGCtNZW5aYZBXSbmpMZGzSXMvSWQ+
… URhdGlrPEltYWdlTlSlJcnJzpZpZTZBHt2cfFsdGCvbY2VzSXQtN1aGFnZU9yaFdlY3RvYFSnZ/z
… a19fQmFja2luZ0ZpZWxkLnB4SXRlbUlkPntYW5uZWwuMWU+VQYXKoPmtFX0JhY2tpbmdGaWVsZGCNZW5hYZVXSbmpMZGzSXMvSWVxIdHJY3Rpb05LWUhdHJYpbm5pbmcHQ1hd
… WVudUl0ZWltdUeXblblADWAAAAKIpQFTeXN0ZWW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YYDYFbW0VrdHJvb5Dbx
… MuT3JnYW5pem0tdW5LlnNZW51SXRlbUlkcRdGEsIEVrdHJvb15bXMvZn02udHJZ3RzZLCBWZJXZaaW9uPTkuMC4
… wLjI0OSWgQ3VsdHVyZT1uZXV0cmFsLPGBdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMWU2M2JlXV0iXV0BCQUAAAAA
… AAAAAAAAAOUIAIACAAAACVQCAAABYfj//+v///
… 8FAAAABgAHAAANLyNQcmVSSZWdNb2RhbkXAAAxAAAAAAAAJEAAAAAEAAAAAJowcAAAkQAAAAAQAAAPURAIACAAAA
… AAd0FAAAIAAAAAkQAgAIAAADlCACAAgAAAAkQAAAAAAAAAAAXAIAAAldAgAACRAAAAAABCWMCAAAABV/j/
… /+v///
… 8EAAAABqoHAAAfQmlsbGluZy1hbmQtRmluYW5jaWFsLVNlcnZpY2VzL3VzkXAAAAKgAAAAAAAAJEAAAAAIAAAA
… JrQcAAAoAAQkAgAIAAAAB3gUAAAgAAAAOUIAIACAAAACRAAAAAAAAAAAAAAAlrAgAACWcCAAAJ
… EAAAAAEJcgIAAAFn+P//6////
… wQAAAAGtAcAACJGb3JtSdBSItUGF0aWVudHMYW5tcvLkLUzhbWlsaVBlcnLlBxyaVNwbmNmYcVRcAAAAqAAAAAAAw
… AAAm3BwAACgCBlEwCAAgAAAAAHfBQAACAAAAABQUAICAAAA5QgAgAIAAAAJEAAAAAAAAAAAAAAACXoCAAAJewI
… AAAkQAAAAAQgAAAUP4///r////BAAAAa+
… BwAAG1F1YWxpdHktU2VydmljZXMvCWAAAKAPhUtU2VdmljZS1hbmQtUm2FmZ2FmcVRcAAAAqAAAAAAAAAJEAAAAQAAAAAJwAoAFBQAg
… AIAAAAB4AUAAAAAEEOQAASAAAAAAOUIAIACAAAAmJagAAACYoCAAAJEAAAAAEJkaIAAA
… E5+P//6////
… wQAAAAGyACAABVBVDZW50dJdXLlUhLUhl Yx0aC1MUy8zMSU50LUyBJFwAAACoAAAAAAAAACRAAAAAAAAAFAAAACsHAAAAkAAQAJAI
… ACAAAAAeEFAAAIAAAA1AMcACAAgAAAAAkQAAAAAAAAAmJaIAAmZAgAAACRAAAAABCZ8CAAA
… BL/j//+v///
… 8EAAAABtIHAAAQTWVkaWNhbZVY3hvbmC1SZWNvcmRzLwkXAAAAKgAAAAAAAAJEAAAAAAYAAAAJ1QcAAAoABgkYgAIAAA
… B4gUAAAgAAAAAOcIAIACAAAACRAAAAAAAAAAAamnAgAAACagCAAAJEAAAAAEJrgIAAAEl+P//
… 6////

… wQAAAGS3RcaACxQYxRp2W51bJbpbwcUqfUUm1n3HRzLWFuzC1SzXNwb233awJphcb1ol4V20wkXAAAAKgAAAA
… AAAAAJEAAAAAcAAAAJ3wcAAAoABwkAgAIAAAAB4wUAAAgAAAAADCQCAAgAAAAOUIAICAAAACRAAAAAAAAAAAAA
… AAAm2AgAACbcCAAAJEAAAAAEJvQIAAAEb+P//6////
… wQAAAAG5gcAABNBZHZhbmNlNlLURppcmVcjdGl2ZZXMvCRcAAAAqAAAAAAAAAAAkQAAAACAAAAAnpBwAACgADCQCAAg
… AAAAHkBQAACAAAAAgJAIACAAAA5QgAgAIAAAAJEAAAAAAAAAAAAAAAccUCAAAJxgIAAAkQAAAAAQnMAgAAARH
… 4///r////
… BAAAAAbwBwAALEZvcil1QYXRpZW50ocy1hbmQtRmFtaWxpZXMMvUHJpdmFFjeS1QcmFjdGljjZXMvCRcAAAAqAAAAA
… AAAAAkQAAAACQAAAAnzBwAACgAICQCAAgAAAAHlBQAACAAAAAkJAIACAAAA5QgAgAIAAAAJEAAAAAAAAAAAAAAAAA
… AACdQCAAAJ1QIAAAkQAAAAAQnbAgAAAQF4///r////
… BAAAAAb6BwAAHENvbm5l1Y3QtZm9yLUhlYWx0aC1Db2xvvcmFkby8JFwAAAACoAAAAAAAAACRAAAAAKAAACf0HA
… AAKAAkJAIACAAAAAeYFAAAAIAAAA0woAgAIAAADlCACAAgAAAkQAAAAAAAAAAAAAAAJ4wIAAAnkAgAACRAAAAA
… ABCeoCAAAB/ff//+v///
… 8EAAAABgQIAAAxTUxIL0Zvcil1QYXRpZW50ocy1hbmdttQtRmFtaWxpZXMMvTGl2aW5nLVdpdpdGgtQ2FuY2VyVyLwkXAAA
… AKgAAAAAAAAAJEAAAAAsAAAAAJBwgAAAoA0woAgAIAAAAB5wUAAAgAAAADXCgCAAgAAAAOUIAICAAAACRAAAAAAA
… AAAAAAAAAAnyAgAACfMCAAAJEAAAAAEJ+QIAAAHz9///6////
… wQAAAAGDggAAC5NTEgvRm9yLVVBhdGl1bnRzLWFuZC1GYW1pbGllcy9QYWxsaWF0aXY1LUNhcmUmVUVCRcAAAAqAA
… AAAAAAAAAkQAAAADAAAAAkRCAAACgDXCgCAAgAAAAHoBQAACAAAAANUKAIACAAAA5QgAgAIAAAAJEAAAAAAAAAA
… AAAAAACQEDAAAJAgMAAAAkQAAAAAQkIAwAAAen3///r////
… BAAAAAYYCAAAPk1MSC9Gb3J1UGF0aWVudHMtYW5kLUZhbWlsaWVzL0Vtb3Rpb25hbC1TdXBwb3J0Lwk
… XNvdXJJjZXMvCRcAAAAqAAAAAAAAAkQAAAADQAAAAkbCAAACgZWCAAgAAAAHpBQAACAAAAANYKAIACAAAA5Q
… gAgAIAAAAJEAAAAAAAAAAAAAAAAAAAACRADAAAJEQMAAAEQAAAAAQkXAwAAAn0b3///r////
… BAAAAAYiCAAAME1MSC9Gb3J1UGF0aWVudHMtYW5kLUZhbWlsaWVzL0l1ZGl1Y3Rpb24tUmVjb3Zlcnl5LwkXAAAAK
… gAAAAAAAAAJEAAAAA4AAAAJJQgAAAoA1goAgAIAAAAF6gUAACfa3Ryb24q21zLk9yZ2FuaXphdGlvbi5Db2
… 50ZW50WVvudUl0ZW1lXYXRhbKAAkB8TGlua1R5cGU+
… a19fQmFja2luZ1pZpxXkHjxDb250ZW50HlwZUlkPmtfX0hY2tpbmdGaWVzCRNZW51SXRlbURhdGGErPEl0Z
… W1JZD5rX19CYVIwaW5mQW5lllbGQtMHVudUl0ZWVYXRhRkzxQYY2X1ZIRhRkzb5rX19CYVIwaW5mRmllbGQQiTWVudU
… Jhc2VYXRHhKzxUZXh0PmtfX0hY2tpbmdGaWVzCZSNZW51SXRlbURhdGGErPEl0ZWVYXRHhRkzzbrX5cGU+
… a19fQmFja2luZ1pZpxXkIk1lbnVCYXNlRGF0YSs8SHJlZj5rX19CYWtpbmdRmlllbGQtMHVudUl0ZWVYXRHhRk
… zxUYXJnZXQ+
… a19fQmFja2luZ1pZpxXkKE1lbnVCYXNlRGF0YS8QW5jZXN0b3JJ2D5rX19CYWtpbmdRmlllbGQtMHVudUl0ZWVYXRHhc
… 2VEYXRoRkzzEZXN1jmljbmdlvbj5rX19CYWtpbmdGaWVzCZS2VEYXRoRkzzKzPcmRpbmFsFsPmttfX0hY2tpbmdQYWt
… pbmdGaWVzCZSCNNZW51QmFzZURhdGGErPEl0ZW1JZD5rX19CYWtpbmdGaWVzCZSCdNZW51QmFzZURhdGGErPEltYW
… lUGF0aD5rX19CYWtpbmdGaWVzCZSCZS2VEYXRoRkzzbrX19CYWtpbmdGaWVzCZS2VEYXRoRkzzKzJbWR1ZU92Z2ZXJyaWR
… lPmttfX0hY2tpbmdGaWVzCZSZB1DbXNEYXRHhRkzzZSCZW51QmFzZURhdGGErPEZBBEBAAEAAwEAADBFa3Ryb24q21zLk9vb
… i5Fa0VudWllllcmF0aW9uL01lbnVJdGVtVGlua1R5cGU+PAAAACAkJLEVrdHJvbi5DbXMuMuQ29tbW9uLVXJsc
… VyYXRpb24rTWVudUl0ZW1JbXBleWttfX0hY2tpbmdQYWtpbmdGaWVzCZS2VuY29tY29uZXJyaWRllPmttfX0hY2
… rdHJvbi5DbXMuMuT3JnYW5pemF0aW9uL1SXSRlbUhRhGESlEVrdHJvbi5DbXMuMuQ29udGludHJyaWRlPmttf
… aW9uPTkuMC44wLjJIO0SwgQ3VsdHVyZT11zUZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEyMjM2
… V0BCQUAAAAF2vf//
… zBFa3Ryb24q21zLk9vbi5Fa0VudUlwcmlvb25waWVyVGlua1R5cGU+PAAAAAB3ZhbHVlX18ACA
… 8AAAAAAAAAAQAAAO98AIACAAAA5QgAgAIAAAAJJQMAAAAJJQMAAAHHRzLWFuZC1GYW5pbGllcy9UcmVhdG1lbnR
… Lev8AeneoS/a9///AAAAAAEAAAA1IQAAAAAAOUIAIACAAAACTMDAAAB0Pf//+v///
… 8BAAAAACTYDAAAJFwAAAcoAAAAAAACRAAAAAQAAAACTQIAAAADYHwCAAgAAAAHsBQAA3AUAAAAA
… AAAAA5QgAgAIAAAAJPwMAAAHJ9///6////
… wUAAAAAJQgMAAAk4AwAgAAAAAAJEAAAABeAAAAAJOwgAAAoACQWAAAAAAPUQAAAAAAAPUBQAAOoAAgAg
… IAAADlCACAAgAAAAkQAAAAAAAAAAAAAAAJRwMAAAliEAAAAACRAAAAAABCU4DAAABv/f//+v///
… 8EAAAABkIIAAAApTUxIL0Zvcil1QYXRpZW50ocy1hbmdtQtRmFtaWxpZXMMvQ2FtcHVzLU1hcC8J8FwAAAACoAAAAAAA
… ACRAAAAAAaAAAACUUIAAAkANIKAIACAAAA5QgAg5AIAAAAJRwMAAAHJ4///6////
… 8EAAAABkwIAAA4TUxIL0Zvcil1QYXRpZW50ocy1hbmgtQtRmFtaWxpZXMMvUGF0aWVudC1EZWNpc2lvbi1HdWlkZW
… kZS8JFwAAAACoAAAAAAAAACRAAAAAAhaAAAAANCU4IAAAkANKAIACAAAA5QgAgIAAAAJRwMAAAHJ5///6////
… AAlpAwAAAa/3//r////
… BQAAAAAlsAwACTgDAAAk4AwAAAAAAACQAAAAFAAAAlVCAAAACRAAAAAJh0AgAIAAAAB8AUAAAgAAAADUCgCAA
… gAAAOUIAICAAAACRAAAAAAAAAAAAAAlxAwAACXIDAAAJ4AwAACQAAAAQmlAwAAAz9///r////
… wQAAAAGXgADhNTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QY29tVhdGUtYS1QYXRpZW50LVdlLYi1QYW
… dLWtxXAAAAKgAAAAAAAAAJEAAAABUAAAAJXgAAAoA1oAgAIAAAAB8BQAAAAgAAAAAFQCQCAAgAAAAOUIAICAAA
… ACRAAAAAAAAAAAAAAAAmAAwAACYEDAAAJEAAAAAEJhwMAAAGb3///6////
… wQAAAAGZggAABBNeUNlbnRFIzIlZFsGScCRcAAAAAqAAAAAAAAAkQAAAAAXgAAAAAlpCAAACgAFCAAAAAB8DGdVbm
… HyBQAACAAAAANKAIACAAAA5QgAgAIAAAAJEAAAAAAAAAACX8DAAAAAQmWAwAAAQmWAwAAAz///
… r////
… BAAAAAZwCAAAOE1MSC9Gb3J1UGF0aWVudHMtYW5kLUZhbWlsaWVzL1BhdGllbnQtR3JpZXZhbmNlLVByb2Nlc
… 3MvCRcAAAAqAAAAAAAAAAAAAAFwAAAAlzCAAACgDCgCAAgAAAAH8BQAAAAN0KAIACAAAAN0KAIACAAAA5QgAgAIAAAA
… AJEAAAAAAAAAAAAAAAACZ4DAAAJnwMAAAAkQAAAAAQmlAwAAAYf3///r////
… BAAAAAZ6CAAANk1MSC9Gb3J1UGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByZWdudW5jeS1Mb3NzLVNlbmlc2P2VzL
… wkXAAAAKgAAAAAAAAAAJEAAAAAJfAgAAAoA1JfAgAAAoA1JQoAAgAIAAAAB8AUAAAgAAAAAAJtAwAACd4DAAAJEtAMAAAAf99///6////
… wQAAAAGhAgAAAdhNTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QCm9uVwYXJpbmctRm9yLUEtHjvJv2VkdX

124454... JlLLwcKfaraAKqAAAAAAAAAAaamBrAAAAdlWVAAACAHWgAAAoA5gGAgAIAAAAB9QUAAAgAAAABfCqCAAgAAAAOUIAIACAAA
... ACRAAAAAAAAAAAAAAAAm8AwAACb0DAAAJEAAAAAEJwwMAAAFz9///6////
... wQAAAAGjggAAC1NTEgvRm9yLVBhdGCllbnRzLWFuZC1CVFdubmdGlbcy9TdXBwb3J3dXludb3Vwcy98JFwAAACoAAA
... AAAAAAACRAAAAAaAAAAAACZEIAAAKAN8KAIACAAAAAfYFAAAIAAAALQEAAAAAAAsAQAAAAAAAAkQAAAAAAAAAAAAA
... AAAAJywMAAAnMAwAACRAAAAAABCdIDAAABaff//+v///
... 8EAAAABpgIAAAdTUxIL0Fib3V0LVVzL0F3XXJkcy0tHLUhvbm9ycy8JFwAAACoAAAAAAAAACRAAAAAABAAAAAACZs
... IAAAKACBAAAAAAAAAfcFAAAIAAAATRQAgAIAAAAsAQAAAAAAAkQAAAAAAAAAAAAAAJ2gMAAAnbAwAACRAA
... AAAABCeEDAAABX/f//+v///
... 8EAAAABqIIAAArTUxIL0Fib3V0LVVzL0xpdHRsZXRRvbi1IIb3NwaXRhbC1Gb3VZGF0aW9uLWLtXKAAAAKgAAAA
... AAAAJEAAAAAIAAAAJpQgAAAoATRQAgAIAAAAB+
... AUAAAgAAAAuAQAAAAAAACwBAAAAAAAACRAAAAAAAAAAAAAAAAnpAwAACeoDAAAJEAAAAAEJ8MAAAAFV9///6/
... ///
... wQAAAAGrAgAABpNTEgvQWJvdXQtVXMvSGVvbGlu2y1BcnRzLwkXAAAKgAAAAAAAAAJEAAAAAMAAAAJrwgAAA
... oALgEAAAAAAAAB+
... QUAAAgAAAAoEwCAAgAAACwBAAAAAAAAACRAAAAAAAAAAAAAAAn4AwAACfkDAAAJEAAAAAEJ/wMAAAFL9///6/
... ///
... wQAAAAGtggAAB9NTEgvQWJvdXQtVXMvRW1vdGlvbmFsLUhlbHAxbpbmcvCRcAAAAqAAAAAAAAAAkQAAAAAAA
... m5CAAACgAoEwCAAgAAAAH6BQAACAAAAC8BAAAAAAAALAEAAAAAAAAJEAAAAAAAAAAAAAAACQcEAAAJCAQAAAk
... QAAAAQkOBAAAAUH3///r////
... BAAAAAbACAAAGU1MSC9BYm91dC1Vcy9PdXItSXRTGVhZGVycy8JFwAAACoAAAAAAAAACRAAAAAFAAAACcMIAAAKA
... C8BAAAAAAAAAsfsFAAAIAAAAMAEAAAAAAAAsAQAAAAAAAkQAAAAAAAAAAAAAAJFgQAAAkXBAAACRAAAAAABCR
... 0EAAABN/f//+v///
... 8EAAAABsoIAAAeTUxIL0Fib3V0LVVzL01pc3Npb24tdLS1WYWx1ZXMvCRcAAAAqAAAAAAAAAAkQAAAABgAAAAn
... NCAAACgAwAQAAAAAAAAAH8BQAACAAAAOkIAIACAAAALAEAAAAAAAAJEAAAAAAAAAAAAAAACSUEAAAJJgQAAAkQ
... AAAAAQksBAAAAS33///r////
... BAAAAbUCAAAEKKZpbmQtT3VyLVUZhY2lsaXRpZXMR5LwkXAAAAKgAAAAAAAAAJEAAAAAEAAAAACAAAAJ1wgAAAoA
... AAB/QUAAgAAAABCEACAAgAAACwBAAAAAAAAAAAAAAk0BAAACTUEAAAJEAAAAAEJOwQAAAEJOwQAAAEEJOwQAAAEJ9/
... //6////
... wQAAAAG3ggAABhNTEgvQWJvdXQtVXMvRWR3JlZW4tVGVVhbS8JFwAAACoAAAAAAAAACRAAAAAIAAAAACeEIAAAKAE
... IQAIACAAAAAf4FAAAIAAAAALhMAgAIAAAAsAQAAAAAAAkQAAAAAAAAAAAAAAJQwQAAAlEBAAACRAAAAAABCUo
... EAAABGff//+v///
... 8EAAAABugIAAAbTUxIL0Fib3V0LVVzL01pc3Npb24tdVHJpcHMvCRcAAAAqAAAAAAAAAAkQAAAAAAAkQAAAACQAAAnrCAA
... ACgAuEwCAAgAAAAH/BQAA3AUAAAAAAAAAAAAA5ggAgAIAAAAJVgQAAAET9///6////
... wUAAAAJWQQAAAk4AwWAACgAAAAAAAAJEAAAAEAAAAAJ8QgAAAoAAAAQAAAAKAAAAAAAAAAAAAHQkAgA
... IAAADmCACAAgAAAAkQAAAAAAAAAAAAAAJXgQAAAlfBAAACRAAAAAABCWUEAAABCff//+v///
... 8EAAAABvgIAAAbTUxIL0NvbW11bibml0eS9Sb2x2bnR1lZXIlb3BwymVm3VuaXR5ZXMvCRcAAAAqAAAAAAAAAAkQAAAAn7CAA
... ACgAdCQCAAgAAAAEBBgAACAAAB4JAIACAAAA5ggAgAIAAAAJEAAAAAAAAAAACW0EAAABJbgQAAAkAQAAAAAAA
... AQl0BAAAAf/2///r////
... BAAAAAYCCQAADVNvYT2lhbC1NZWRpYYS8JFwAAACoAAAAAAAAACRAAAADAAAACQUJAAAKAB4JAIACAAAAAQIGA
... AAIAAAAAoxEAgAIAAAADmCACAAgAAAAJfAQAAAl9BAAACRAAAAAABCYMEAAABCYMEAAABCYMEAAAB9fb///v///
... 8EAAAABgwJAAAgTUxIL0NvbW11bml0eS9DaGFyaXR5LWF1dG9ycy8JFwAAACoAAAAAAAAACRAAAAEAAAAACZkJAA
... ACQAAAOxEAgAIAAAADmCACAAgAAAAJgQAAATUJAAAJfAQAAAmpBAAApBAAACRAAAAAAACeEAAAAB9vb///v///
... 8EAAAABigJAAAfTUxIL0NvbW11bibml0eS9DQ1BVbCBgAUFyVXdWaVZXIVY5XBcAAAAqAAAAAAAkAAAkQAAAAAAwQAAAAq
... wYAAAAgAAAAbCQCAAgAAAAOgIAIACAAAAACRAAAAAEAAAAACWEAAAABJjQAAAkAQAAAAAAAnGBAAACcEAAAAJEAAAAAEJzQQAAAHG9v/6/
... ///
... wQAAAAGOwkAABVTVZFzb25hbHIhQmJmZvcml1dGlhdGlvbi88JFwAAACoAAAAAAAAACRAAAAAFAAAACAAAAAT4JAAAKAB
... ACAAAAAQgAAAAAHAkAkQAAAkQAAAAADoCACAAgAAAAkQAAAAAAAAAAAAAJ1QQAAAnWBAAACRAAAAAABCdwEAAA
... BvPb//+v///
... 8EAAAABkUJAAAPSGVlbHRoLUxpdXpYnJnckvCRcAAAAAAAAkAAAAAAAAAAAAAAAAkQAAAA5QAAAoAA9AQAACwQrAAAAAACAAAAAq
... JBgAAAAAusGUSAIACAAAA6AgAgAIAAAAJEAAAAAAAAAAAACeQEAAAAJ5QQAAAQnrBAAAAbL///r/
... ////
... BAAAAAZPCQAADV0hYW0aHktSGVvbHRoLWF1dG9ycy8JFwAAAAKgAAAAAAAAJEAAAAcAAAAJUgkAAAoZaAOZRIAgAIAAAAABC
... gYAAOoFAAABrfb//9r3//8AAAAaAAAAQAAJUfAAAAAOPQEAAAAAJ+QQAAAAJ+QQAAAJ+QQAAAAGAAAAGr9v//6////wEAAAAJ+
... AQAAAAKhKAXAAAAamRYW0aHktSGVvbHRoLWF1dG9ycy8JFwAAAKQAAAAAAAAACQCFAAAABo/b//9r3//8AAAAaAAAAAAEEAAA
... BAAAAAEAAAACOfgCAAgAAAD0BAAAAAAAACQcFAAABo/b//+v///
... 8BAAAACQoFAAAAJFwAAACoAAAAAAAAACAAAACWEJAAAAUWEJAAAACQCFAAAABJbgQAAAkAQAAAAAAAEBIgCAAgAAAAaAAAAAQAAAA
... AAAKQ00AAAAABmQJAAABMAoKAAAAEBgQAACgAAAAAJUJ0QAAAkAQAAAAAAAABmYJAAAAOU0JAAAABmYJAAAoKgAAAAAQAAAA
... AAAkVQ00AAAABmQJAAAABTAoKAAAAEBgQAACgAAAAAJUJ0QAAAkAQAAAAAAAABmYJAAAAOU0JAAAABmYJAAAoKgAAAAAAQAAAA
... AAAkVQ00AAAABmQJAAAA5kMzNz2QyMDUyQyNDYkkAAAAaAAAAAAaQqCQAAF0JpcnRocGxhY2ZHBZdGHUj9UgUHJl1LVJlZ2lzdGVyLVNlCgAAAAKgCgEBAAA
... AAAAAAAoKAZT2///Y////
... AAAAAAZtCQAADS8jUHJl1UmVnW9kYWKAAoAQ0GAAAJAAAAAACRAAAABCRAAAAACAAAAACRcAAAAGcAkAAAsxM

DczNzQyMjU2ZMQkQAAAACk15rAkAJ0WGAAAAAAbABh89AAAAtA3MzU0MjI1NjEGdgkAAA
sxMDczNzQyMDUyNQkkAAAABngJAAAnMjk5XjJEwNzM3NDIwNTE5XjEwNzM3NDIyNTIxXjEwNzM3NDIyNTYxAwA
AAAUAAAAAAAAAAQZ5CQQAAFEFib3V0IFRoZSBCaXJ0QaFBsYWNlCScAAAAKCgEBAAAAAAAAAoKAYX2///Y////
AAAAAAZ8CQAAMS9NTEgvU3BlY2lhbHRpZZXMvQmlydGhQbGFjZS9BYm91dC1UaGUtQmlydGhQbGFjZS8RKAoAA
Q4GAAAJAAAnCRAAAAAABCRAAAAAADAAAACRcAAAAGfwkAAAAsxMDczNzQyMDYxMwkQAAAACYEJAAAJggkAAAAAA
AAAAAACgoJgwkAAAAEABoQJAAALMTA3Mzc0MjA2MTMGhQkAAAsxMDczNzQyMDUyNQkkAAAAABocJAAAAnMjk5XjE
wNzM3NDIwNTE5XjEwNzM3NDIwNTI1XjEwNzM3NDIwNjEzEzAwAAAAYAAAAAAAAAAQACQAAEEJpcnRoRheSBX
aXNoZZXMJJwAAAAAoKAQEAAAAAAAAACgoBdvb//9j///
8AAAAABosJAAAtL01MSC9TcGVjaWFsZGllcy9CaXJ0aFBsYWNlL0JpcnRoUGxhY2UvQAKAAAEPBgA
ACQAAAAkQAAAAAQkQAAAABAAAAkkXAAAABo4JAAALMTA3Mzc0MjA2MTQJEAAAAAmQCQAACZEJAAAAAAAAAAA
AAoKCZIJAAABAAAaTCQAACzEwNzM3NDIwNjE0BpQJAAALMTA3Mzc0MjA1MjUJJAAAAABawCCmVhc3RmZWVk 
zQyMDUxOV4xMDczNzQyMDUyNV4xMDczNzQyMDYxN04xAAAAAAAJAAAAAAAAAEGlwkAABVCcmVhc3RmZWVkaW5nF
N1cHBvcnQJJwAAAAAoKAQEAAAAAAAAACgoBZ/b//9j///
8AAAAABpoJAAAyL01MSC9TcGVjaWFsZGllcy9CaXJ0aFBsYWNlL0JyZWFzdGZlZWRpZW5nU3VwcG9ydC8K8KAAo
AARAGAAAJAAAnCRAAAAAABCRAAAAAFAAAACRcAAAAGnQkAAAsxMDczNzQyMDYxNQkQAAAAAQ28JAAAJoAkAAAAA
AAAAAAACgoJoQkAAAEABqIJAAALMTA3Mzc0MjA2MTUGowkAAAsxMDczNzQyMDUyNQkkAAAAABamCQAAIERlb1G12ZXJppbm
cgYXQgTGl0dGxldG9uIEhvc3BpdGFsCScCAAAAKCgEBAAAAAAAAAoKAVj2///Y////
AAAAAapCQAAPS9NTEgvU3BlY2lhbHRpZZXMvQmlydGhQbGFjZS9EZXWxpdmVyaW5n-5nLWF0LUxpdHRsZXRvbi1Ib
3NwaXRhbC8K8KAAoAAREGAAAJAAAnCRAAAAAABCRAAAAAGAAAAACRcAAAAGfwkAAAsxMDczNzQyNQZODUyNQkkAAAA
AAAAAAACR4DAAAJHwMAAAAvmycQAAAAGsAkAAAABBcxMDczNzQyNQ2MDUyNQkQAAAAmQUcJAAAAAAAAAAAAAAAAAAAAAAAA
wNTI1CSQAAAAGswkAAACCyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjVeMTA3Mzc0MjU1MzgzDAAAAEQAAAAAAA
AAAABrQJAAAzTGl0dGxldG9uIEV1ExvdmVzIExppdHRsZSBPbmVzIENvbnRlNlc3QgV21ubmVycyBHBYWxsZXJ5IC55CSYDA
AAKCgEBAAAAAAAAAKAUr2///Y////
AAAAAAa3CQAAUC9NTEgvU3BlY2lhbHRpZZXMvQmlydGhQbGFjZS9MaXR0bG0V0b24tTG92ZXMtTGl0dGxlLU9uZz
XMtCQ29udGVzdC1XaW5uZXJzLVdhbGxlcnkvckkncAACZA4AAAAQkAAAAAQkQAAAAQkQAAAAAGkAAAAAAkAAAABroJAAA
ALMTA3Mzc0MjA2MTYA8CQAACb0JAAAAAAAAAAAAAoK Cb4JAAAAA/
CQAACzEwNzM3NDIwNjE2BsAJAAALMTA3Mzc0MjA1MjUJJAAAAAbbCCQAAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUxOV4xMDczNzQyMDUxOV4xMDczNzQyMDUxOV4xMDczNzQyMDU
doLVJpc2sgUHJlZZ25hbmNpZXMJJwAAAAAoKAQEAAAAAAAAAAACgoBO/b//9j///
8AAAAABsYJAAAvL01hdGVybmF0aSBSaXNrIFByZWduYW5jaWVzL3NoYXJlZ3mVlbmRlCyAAdG9HoY2t5MQcmlzay1wcmVnbmFuY2llcy8K8KAAoAARIGAAAJAAAnCRAAAAAABCRAAAAAHAAAA
AAnMCQAAAAAGzQkAA Bc xMDczNzQyNTU0MHwxMDczNzQyMDUyNQkQAAAACYEJAAAJggkAAAAAAA
AAAAAACgoJgwkAAAAEABoQJAAALMTA3Mzc0MjA2MTcGhQkAAAsxMDczNzQyMDUyNQkkAAAAABrCCQAACZvCQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
CcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjVeMTA3Mzc0MjU1MDADAAAAEAAAAAwAAAABtEJAAgTWVlY1RWTVldC
BPdXIgUGh5c2ljaWFucyBhbmQQGFjdC5jYkAAAAoKAQEAAAAAAAAAACgoBLfb//9j///
8AAAAABvIJAAAtL01MSC9TcGVjaWFsZGlpZXMvQmlydGhQbGFjZS9NZWV0LU91ci1QaHlzaWNpYW5zLWFuZC1TdGFmZi8LCAAoAARYGAAAJAAAAAAAAAAoKCeoJAAAABAbrCQAACZQAAAEJ4BuwJAAALMTA3Mzc0MjAADAAAAAABtEJAAATWVQ
2QkAAnaCQAAAAAAAAAAAAAKCgntpbCQAAAAGwQkAA Bc xMDczNzQyMDYxNwkQAAAACZ0JAAAAAAAAAAAAA
AAD3U6AAAJ1NTEgvU3BlY2lhbHRpZZXMVQmlydGhQbGFjZS9NZWV0LU91ci1QaHlzaWNpYW5zLWFuZC1TdGFmZi8
ml0LU5JQ1UvcGFkAEVBgAACQAAAKQAAAAQkQAAAACgaAAAkXAAAABurYJAAALMTA3Mzc0MjA2MTgGxJEAAAA
noCQAACekJAAAAAAAAAAAAAoKCeoJAAABAAbrCQAACzEwNzM3NDIwNjE4BuwJAAALMTA3Mzc0MjA1MjUJJAAAAABEG7AAAAJ
AAbuCQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDYxOF4xDDwLJJwAAAAAoKAQEAAAAAAAAAAEG7AwAA
goBD/b//9j///
8AAAAABvIJAABKL01SC9TcGVjaWFsZGlpZXMvQmlydGhQbGFjZS9OSUNVL1BlcmluYXRhbC1DYXJlJlLUNlbnRlcmlci1mb3I
tSGlnaC1SaXNrLVByZWduYW5jeS8K8KAAoARYGAAAJAAAAAAAABRYGAAAAAAAAAACRAAAAAABCRcAAAAG9QkAAAsxMDcz
NzQyMDYxOQkQAAAAQAAAACfcJAAAJ+AkAAAAAAAAAAAAAAAoKCfkJAAAAAAAAAAACg/9j///
CQAAHVByZW5hdGFsIENsYXNzZXMJJwAAAAAoKAQEAAAAAAAAAAAKAQD2///Y////
AAAAAAYBCgAAANi9NTEgvU3BlY2lhbHRpZZXMVQmlydGhQbGFjZS9QcmVuYXRhbC1DbGFzc2VzLwoKCQ
woACgABFwYAAAAAkAACgCgAAAAGCQoAAAAsxMDczNzQyMAYyMHwxMDczNzQyMDUyNQkQAAAABgoKCQHCg
AAAAAAAAAACgkICgAAAAGCgkICgAAAAGCgoAAAAGCQAAAAAGCgoAAAAAGDbGDbGFzc2VzLwoKCQAA
yOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA2MjBeMQgkAAAAAAAAJgAAAAAABBg0KAAAaUHJlcGFy
aW5nIGZvciciBEZWxpdmVyeSBEYXkJJwAAAAAoKAQEAAAAAAAAACgoB8fX///9j///
8AAAAABhAKAAAAAAA3L01MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL1ByZXBhcmluZy1mb3ItRGVsaXZlcnktRGF5
5LwoACgABGgYAAAAAkAAAAJEAAAADAAAAEJEaAAAAAAEJFwAAAAAAAAACgkICgAAAAAGgkBAAGDDbGG
CgaAAAAAAAAAAAAAACgkJCgKAAAAAGgAAAsxMDczNzQyMDYyMQkQAAAACZwoKAAAAAAAACZ0KAAAAAAAAAAAAAAAAAAAAAACQWoAAAW
CcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA2MjFeMQAJAAAEAUJ2AAAJgAAAAAKAQEAAAAAAAAAACgoB8fX8//2/P///
wAAAAAGHwoAADMvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUGxubRoUGxhY2UvUGxubRoUGxhY2UvUGxubRoUGxhY2UvUG51Y8LUTi8KAA
oAARkGAAAAAAAACBicKAAALMTA3Mzc0MjA2MjJIGKAoAAsxMDczNzQyMDUyNQkQDYyMgkQAAAABJQoKAAAAJQoKAAJJQoAAAA
AAAAAAAACgoJJgoAAAABicKAAALMTA3Mzc0MjA2Mj1GKAoAAsxMDczNzQyMDUyNQkkAAAABioKAAAJzI5OV4xMDczNzQy
MDUxOV4xMDczNzQyMDYyMl4xMDczNzQyNjIyNTleMTA3Mzc0MjU1MzgzDAAAAEQAAAAAAAJYrCgAAC1Rha2UgYSBUb
3VyCSAAAAAKCgEBAAAAAAAAAAKAdP1///Y////
AAAAAAYuCgAAAKC9NTEgvU3BlY2lhbHRpZZXMVQmlydGhQbGFjZS9UYWtlLWEtVG91ci8ci8KAAoARoGAAAJAAAAAAAAAAoKAAAR
oGAAAJAAAnCRAAAAAAA

124454 RAAAAAAABCRAAAAABAAAACKCAAKAGAQAAAAsXMDczNzQyMDYyNykkQAAACTMGAAAHnoOAIAAAAAAAAAAAAAAAAAAc0oJNQ
oAAAAABjYKAAALMTA3Mzc0MjA2MjYGNwoAAAsXMDczNzQyMDYYNgkkAAAABjkKAAAnMjk5XjEyEwNzM3NDIwNTE
5XjEwNzM3NDIwNTI2XjEyEwNzM3NDIwNjI2AwAAACoAAAAAAAAAAQY6CgAAEUJyb2tlbiBDDb2xsYXJib25lbl25lCScA
AAAKCgEBAAAAAAAAAoKAcT1///Y////
AAAAAY9CgAASy9NTEgvU3BlY2l1hbHRppZXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWdWRpRpY
3MpL0Jyb2t1bi1Db2xsYXJib25lLwoACgABGwYAAAkAAAAAJEAAAAAEJEAAAAAIAAAAAJFwAAAAZACgAACZEwNz
M3NDIwNjI3CRAAAAAAJQgoAAAAlDCgAAAAAAAAAAAKCglECgAAQAGRQoAAAsXMDczNzQyMDYYNwZGCgAACzE
wNzM3NDIwNTI2CSQAAAAGSAoAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2MjcAAAA
KwAAAAAAAABBkkKAAAtQ29juZGl0aW9ucyBXSBUcmVhdGVkAknAAAACgoBAQAAAAAAAAAKCgI9f///2P///
wAAAAGTAoAAE0vTUxIL1NwZWNpYWx0aWVzL0JvbmVzLWFuZC1Kb2ludHMtYW5kLU11c2NsZXMtT3J0aG9wZWRpaW
NzKS9Db3Jrb2525zLVdlIVRy ZWF0ZWQLAAAKCgABGwYAAAkAAAAAJEAAAAAEJEAAAAAIAAAAAJFwAAAAZeCgAACzEwNz
wNzM3NDIwNjI4CRAAAAAAJUJQoAAAAlBCgAAAAAAAAAAAKCglECgAAGVwoAAAsXMDczNzQyMDYYNgZGCgAACzE
wNzM3NDIwNjI4CRAAAAAAJUJQoAAAAlDgoAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2Mjg
wAAAAAAAABBmcKAAALSGVhbHRoIRFRpcHMLJwAAAAoKAQEAAAAAAAAAAAAgoBl/X//9j///
8AAAAABmoKAABFL01MSC9TcGVjaWFsdHllcy9Cb25lcy1hbmQtSm9pbnRzLWFuZC1NdXNjbGVzLU9ydGhvcGVkaWMzKS
jcyV1ZGVhbHRoROLVRpcHHMvCgAKAAEebgAAACQAAAAQkAAAAAQkAAAAQAAAAABAAAAbYEAAAABmOKAAABLTA3Mzc0MjA
MzAJEAAAAAINaVAJJwAAAAoKAXEKAAAAABAAAZCgAAAAAAAAAAKCXEKAAAGBiPX///9j///
8AAAAABnkKAAA9L01MSC9TcGVjaWFsdHllcy9Cb25lcy1hbmQtSm9pbnRzLWFuZC1NdXNjbGVzLU9ydGhvcGVkaWMzKS
jcykvSGlwLWFuZC1QZWx2aWMtQXJlYTgCgAACzEwNzM3NDIwNjI4CRAAAAAJJMxCRAAAAAAJ
fgoAAAl/
CgAAAAAAAAAAAAAKCgmACgAAQAgAGgQoAAAsXMDczNzQyMDYYMQaCCgAACzEwNzM3NDIwNTI2CSQAAAAGhAoAA
CcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2MzEDAAAAKdAAAAAAAAQBoUKAAAASm9pbnRzSm9p
QgUmVmGf jZW1lbnQgU3VyZ2VyeQknAAAACgoBAQAAAAAAAAAAAKGCF59f///2P///
wAAAAGiAoAAAFFvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLWFuZC1Kb2ludHMtYW5kLU11c2NsZXMtT3J0aG9wZWRpaW
NzKS9Kb2ludC1SZXBsYWNlbWVudC1TdXJnZXJ5L5LwoACgABGwYAAAkAAAAAJEAAAAEJEAAAAAIAAAAAJFwAAAAa
LCgAAAAZeWNzM3NDIwNjM0CRAAAAAAJjQoAAAmOCgAAAAAAAAAAAAAAKCgmPCgAAAAGKAoAAAAsXMDczNzQyMDYZMzc0M
NAaRCgAACzEwNzM3NDIwNTI2CSQAAAAGkwoAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2Mzc
jA2MzQDAAAAPwAAAAAAAAAABBqMKAAAAWUHJlLUlLLU9wZXJhdGlvbkBLcBDDb2IwbGltGlt50cy1PcnRob3Bl
AKCgFq9f///2P///
wAAAAAGpgoAAAFAvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLWFuZC1Kb2ludHMtYW5kLU11c2NsZXMtT3J0aG9wZWRpaW
NzKS9QcmUtUK9wZXJhdGlvbi1Db21wbGljYXRpb25zLwoACgABGwYAAAkAAAAAJEAAAAEJEAAAAAkAAAAJFwAAAapCgA
ACzEwNzM3NDIwNjY0CRAAAAAJcwoAAAsXMDczNzQyMDY0MAaCCgAACgmtCgAAAAGrgoAAAsXMDczNzQyMDY2NAaN
jQoAAAtBCgAACzEwNzM3NDIwNTI2CSQAAAAGrQoAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0M
jlZWGjbCALEbmV2bzI2ZSFEIdlIE9mZmVyYScCsAAAAKCgEBAAA
AAAAAAOKAUz1///Y////
AAAAAAa1CgAAWy9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtYW5kLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpRpY
3MpL1J1aGFiaWxpdGF0aW9uLwoAU3VyZ2VoeCGllcy1YZS1PZlVZGlzb3JkZXJzLwoACgABGwYAAAkAAAAAJEAAAAEJ
AACRcAAAAAGuCAoAAAAsXMDczNzQyMDYZNwEJEQAAAAACYKAAAAVQbBCgGAKKFfdoeSBDaG9yGlt50cy1PcnRob3Bl
3Mzc0MjA2MjciUGVUGlt5 RAACTMGAAAHnoOAIAAAAAAAAAAQbCCgAAKFfdoeSBDaG9yGlt50cy1PcnRob3Bl
3Mzc0MjA2MjciUGVUGlt5 RAACTMGAAAHnoOAIAAAAAAAAAAQbCCgAAKFfdoeSBDaG9yGlt50cy1PcnRob3Bl
3NwaXRhbCB0J1w2aWNlwoACgABGwYAAAkAAAAAJEAAAAEIAAAAAEJEAAAAAQbQbCEtuZWUZGAUzGAEAAAAAKAgoBLvX
//9j///8AAAABtMKAAA+
L01MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtSm9pbnRzLWFuZC1NdXNjbGVzLU9ydGhvcGVkaWMzKS9jcykvkvS25lZS8KA
AoASUGAAAJAAAAACRAAAAAABCRAAAAAANAAAAAAACRcAAAAAGs1goAAAsXMDczNzQyMDY4MQkQkQAAAAJkvKAAAY0
AAAAAAAAAAACgoJ2goAAAEABtsKAAAAAsXMDczNzQyMDEG4AoAAAsXMDczNzQyMDUyNgkkAAAABt4KAAAnMjk
5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTI2XjEwNzM3NDIwNjg4CSAAAAEwAAAAAAAAAAQbPfX//9j///
CScAAAAKCgEBAAAAAAAAAAAoKAR/1///Y////
AAAAAAblCgAAQi9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtYW5kLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpRpY
3MpL1Nob3VsZGVyLwoACgABGwYAAAkAAAAAJEAAAAEJEAAAAAIAAAAAAAblCgAAcgCR
AAAAAJ5woAAAnoCgAAAAAAAAAAAKCgnpCgAAQAG6goAAAsXMDczNzQyMDY4MgbrcTGAACAAAACzEwNzM3NDIwNTI

Page 3862

124454...
2CSQaaAaAc7QoAAcCyOrieMTA3MzC0MjA1MTleMTA3MzC0MjA1MjEwMjA3MzC0ODIDAAAAUgAAAAAAAAB
Bu4KAAAPU3BvcnRzIE11ZGljljaW5lCScAAAAKCgEBAAAAAAAAAaoKARD1///Y////
AAAAAAbxCgAASS9NTEgvU3BlY2lhbHHRpZXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY
3MpL1Nwb3J0cy1NZWRpY21uZS58KAAoAAScGAAAJAAAACRAAAAABCRAAAAABAAAAACRcAAAAG9AoAAAsxMDczNz
QyMDkyMgkQAAAAACfYKAAAJ9woAAAAAAAAAAAacCgoJ+AoAAAEAEBvKKAAALMTA3Mzc0MjA1MjIG+
goAAAAsxMDczNzQyMDUzNQkkAAAAnJk5X5jEwNzM3NDIwNTE5jEwNzM3NDIwNTM1XjEwNzM3NDIwoT
IyAwAAAFYAAAAAAAAAAQb9CgAAE0NvbmRpdGlvbnMvU2VgVHJlYX
IyAAAAAFYAAAAAAAAAAgb9CgAAE0NvbmRpdGlvbnMvU2VgVHJlYXQlAAAAoKAQEAAAAAAAAaoCgoBAfX//9j
///
8AAAAABgALAAAzL01MSC9TcGVjjaWFsdGllcy9CcmFpbi1DYXJlLllL0NvbmRpdGlvbnMvU2UtVHJlYXQoMSkvCgA
KAAEoBgAACQAAAAkQAAAaAQkQAAAAAgAAAAkAXAAAABgMLAAALMTA3Mzc0MjA1MjMwMTIwNzM3NDIwNTM1M
AAAAAAAAAAoKCQcLAAAAAAY1CwAAACEwNzM3NDIwNTIwCwYAAAAAAAAAAEBTgVDzgYlaBqLAAAAJVLCwAAAJzI5O
V4xMDczNzQyMDUxOV4xMDczNzQyMDUyMDUzNV4xMDczNzQyMDUyMTgUuBAAAAAdAAAAAAAAAAAAEGDAsAAABpEZWVwIEJyYW
luIFN0aW11bGF0aW9uCgAKAAAaAAAAAAY0CgAAJAAAAAkQAAAaAQ0KcgHY9P//2P///
wAAAAAGDwsAADcvTUxHL1NwZWNpYWx0aWvzL0JyYW1uL0NhcmUtVHJlYXQoMSkvCgAKAAEaBgAACgAAA
MvCAeIpEBpAAAWJydwlxaJmMBRhaAAAAAaMcCRYlcCUvOTleMWxwbAAAWJydwlxaJmMBRhaAAAAaAcCUvOTleMWxwbAAAAAAAAAA
CRYSBNb25pdGdyaAN5nyaW5nIFVuaXQ0JQjjJwAAAAoKAQEAAAAAAAaoCgoB4/T//9j///
8AAAAAvBaLLZBJL01MSC9TcGVpaWFsdGllcy9CcmFpbi1DYXJlLTAAAAAaAKAAEaBgAACRAAAaAQmpEZWVwIEJyY
wc3ktTW9uaXRvcmluZy1Vbml0lIn0LwaOAcgABgYAAAAJEEAAAAJEEAAAAJEAAAAOACgkCWAAAABQjkNXAAAALMT
NDIwNTOIC0RAAAaAAAAAWCkyMzM3NDIwNTM1MzM3XjEwNzM3NDIwNTEzXjEwNzM3NDIwNTM1
2M3NDIwNTM1CSQAAAAAGKgSAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzVeMTA3Mzc0MjA1MjEwYw
AAAAAAAABBioLAAAVRnJlcXVlbnRseSBBc2tlZCBRdWVzdGlvbnMzCScAAAAKCgEBAAAAAAAAoKAdT0///Y////
AAAAAYtCwAAMi9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS1UcmVhdHtlPGYzS9GcmVxdWVudGx5LUFza2VkLQuAA
AErBgAAAAJENAAAAAJEEAAAAJEAAAAKAXAAAABgpCwAALMTA3Mzc0MjA1MjMKAA8LAAAAJEEAAAAJHXAAAcyOTleMTA
xMDczNzQyMDUxOV4xMDczNzQyMDUyMDUyMDUzNV4xMDczNzQyMDUyMTgQ4gEQGEOQsAAABBOZWVwIFdCRuZu
b3N0aWMgVGVzdGluZ7UZBXBZmZmlZlcgKAAAJAAAAAlCgHFP9j///
wAAAAGPAsAAD8vTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUtVFwbndicylnJvV1cm9uLTNCL3wKAAoAAErBgAAAAJEEA
UtT2Zm2XlvCgAKAAEsBgAAAAJEEAAAAJEEAAAAJEAAAAKAXAAAABgpCwAALMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAcyOTleQGSAAA
BCwAAACUILaaaaaaaaaaaaoKCUMLAAAAAAZECwAAAECwAAAAZEwAAAAJHXAAAcyOTleMTA3Mzc0MjA1MzVeMTA3Mzc0MjA1
AAZHJl50V4xMDczNzQyMDUyMDUzNV4xMDczNzQyMDUyMDUyMDUyMTgQ4gEQGE9QSAAAAIkONOZXby1JBnRlbndicylnJvV1c
m9uLTNCL3wKAAoAAErBgAAAAJEEA
UtT2Zm2XlvCgAKAAEsBgAAAAJEEAAAAJEEAAAAJEAAAAKAXAAAABgpCwAALMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAcyOTleQGSAsAA
CNOZXVyby1Jbnn1cnZlbnRpb25z25hbCBOZXVyb3JhZG1vbG9neqknAAAACgoBAQAAAAAAAAaoKCg29P//2P///
wAAAAAGSwsAAAEAvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUtVFwbndicylnJvV1cm9uLTNCbHY1OZXVybwUw9U9YWwtTmV1cm
9yYWRpb2xvZ3kvCgAKAAErBgAAAAJEEAAAAJEAAAAKAXAAAABgpCwAALMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAcyOTleMTA3
9yYWRpb2xvZ3kvCgAKAAErBgAAAAJEEAAAAJEAAAAKAXAAAABgpCwAAAAZECwAAAECwAAAAZEwAAAAJHXAAAcyOTleMTA3
xMDczNzQyMDUyMDUzNV4xMDczNzQyMDUyMTgQ4gEQGE9QSAAAAIkONOZXByby1JbnRlcnZlbn
wsAABtOZXVyby1JbnRlcnZlbnRpb24LJwYWNAAAAoKAQEAAAAAAAaoCgoBT/T//9j///
8AAAABloLAAA4L01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLTHNLJvbGthZ2VydGvyLTNCL3wKAAoAAErBgAAAAJEEAA
vbi8KAAoAAS4GAAAAAJEEAAAAJEAAAAKAXAAAABBmlZlcgKAAAJEEAAAAJHXAAAcyOTleMTA3Mzc0MjA1
AAnh5XjEwNzM3NDIwNTIwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTIwXjEwNzM3NDIwNTIxCg
BvcnQgR3JvdXBZcSCAAAAKCgEBAAAAAAAAoKAZj0///Y////
AAAAAAzpcCwAAKy9NTEgvU3BlY2lhbHFHRpZXMvU3BvcnRzL05lZGljjaW5lL1RQVQ2MDlSFTdDXZ9TdXBwb3J0LUdyb3VwCgA
KAAErBgAAAAJEEAAAAJEAAAAKAXAAAABgpCwAAALMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAAcyOTleMTA3Mzc0MjA1MjEKAAAAAZQ2M
0jcCRAAAAAAcCgoJ+AoAAAEAEBmMkjKGcgsAAAsxMDczNzQyMDUyM01jKGcgsAAAsxMDczNzQyMDUyM01jKGcgsAAAsxMDczNz
NDIwNTM1XjEwNzM3NDIwNTIwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTIxCw
NDIwNTM1XjEwNzM3NDIwNTIwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTIxCw
NDIwNTM1XjEwNzM3NDIwNTIwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTIxCw
ZXIJJwAAAoKAQEAAAAAAAaoKAgBift//9j///
8AAAAABngLAAAwL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLTHNLJvbGthZ2VydGvyLTNCL3wKAAoAAErBgAAAAJEEAA
wBgAACQAAAAkQAAAaAQkQAAAAAgAAAAkAXAAAABnsLAAALMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAAcyOTleMTA3
AAAAAoKCX1AAAaCwAAAaAaCwAAAaAaCwAAAaBLAAAAaAaBgAADCwAAJzI5MTg9YGYsxMDczNzQyMDUyM01j
DczNzQyMDUwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTM1CScAAAAAAcCgoJ+AoAAAEAEBTAABlXaGF0I0lGNhbiBBBtY
tlIGEgaGVhZGFjaGU/CScAAAAKCgEBAAAAAAAAoKAXr0///Y////
AAAAAaHCwAANS9NTEgvU3BlY2lhbHFHRpZXMvQnJhaW4tQ2FyZS9XaGF0LUlXLLWEtaGVhZGFjaGUvCgAKAAErBgAAAAJEEAA
gAKAAEaBgAAAaAPcwAAaAZECwAAaAaAZEbAAAAAJHXAAAcyOTleMTA3Mzc0MjA1MzVeMTA3Mzc0MjA1MzVeM1MC
wAAAaAaAaAoKCX1AAAAaaPcwAAaAZECwAAaAZEbAAAAAJHXAAAcyOTleMTA3Mzc0MjA1MzVeMTA3Mzc0MjA1MzVeM1MC
5OV4xMDczNzQyMDUwXjEwNzM3NDIwNTM1XjEwNzM3NDIwNTM1XjEwNzM3NDIwNTM1Cw
JwAAAoKAQEAAAAAAAaoCgoBa/T//9j///
8AAAAABpyLAAAmL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLTR1bB1YycygxKS8KAATAAATIGAAAAAJAAAAAaCRA
AAAaCAAAAaCRAAAAaGmpSAAAaAaCRAAAAaGcCwAAAAJHXAAAcyOTleMTA3Mzc0MjA1MjMKAA8LAAAAJHXAAAcyOTleQGSA
DqSAABcxMDczNzQyD5jNTM3XjOxOWNoOZBnQjZm2QylhbnJ0MjEwoJ1YXN0LUlZeWEtaGVhZGFjaGUvCgAKAAErBgAAAAJEEAA
zc0MjA1MTleMTA3Mzc0MjA1jdeMTA3Mzc0MjA1MjEwYW5jNTM1DAAAAJHXAAAcyOTleMTA3Mzc0MjA1
FzdCBDZW50ZXIvXjJJgMAAAoKAQEAAAAAAAaoCgoBXft//9j///
8AAAAABgqADAAAmL01MSC9TcGVjaWFsdGllcy9UaGUtQm9keSN1YXN0L1YXN0LUlZeWEtaGVhZGFjaGUvCgAKAAErBgAAAAJEEAA
BYm91dC10aGUtQm9keSN1YXN0L1YXN0LUlZeWEtaGVhZGFjaGUvCgAKAAErBgAAAAAJHXAAAAcyOTleMTA3Mzc0MjA1MzVeQAAA3
NjY4CgoAAAaAaAaAaAaAJHMAAAAaCaoATIGAAAAAAAaCRAAAAaCRAAAAaGpSAAAaAaCRAAAAaGmpSA9lYXN0L1YXN0L
AALMTA3Mzc0MjA1MjMKAAAaAaAAaAaAaAaAaAaAaAaAaAaAaAauCwAAJzI5MV4xMDczNzQyMDUyMTleMDczNzQyMDUxOV4xMDczNzQyMTgQ0MA
MAAABuAAAaAaAaAaAAaGrwsAABJCcmVhc3QgQ2FyZ2Fu2VyIEVIhcmnbUJJgMAAAoKAQEAAAAAAAaoCgoBT///9j///

Page 3863

... 8AAAAABr1LAABBL01MSC9TcGVjaWFsdGllYJ9uAGut0lSnYkXN0LUNhcmmtUg2VudGVyLWF0bUxp 
... CcmVhc3QtQ2FuY2VyVyLUNhcmmtUg2VudGVyLWF0bUxpCcmVhc3QtQtQ2FuY2VyLUNhcmmtUg2VudGVyLWF0bUxpCcmVhc3Q9 
... CcmVhc3QtQ2FuY2VyLUNhcmmtUg2VudGVyLWF0bUxp9 
... CgAAAAAAAAACR4DAAAJHwMAAAm4CwAAAAAGuQsAABcxMDczNzQyNjg0Myg0MYWxMDczNzQyMDUyNwa6CwAACzEwN 
... zM3NDIwNTI3CSQAAAAGvAsAACcyOTTleMTA3Mzc0MjA1MjI1MTleMTA3Mzc0MjA1MjdeMTA3Mzc0MjY4NDEDAAAAbw 
... AAAAAAAAAAAABr0LAAALQnJlYXN0OIENhcmmtUJJgMAAAoKAQEAAAAAAAAACgoBQfT//9j/// 
... 8AAAAABsALAABBL01MSC9TcGVjaWFsdGllYj9UaGUtQnJlYXN0OLUNhcmmtUtQ2VudGVyLWF0bUxpxpdHRsZXRvbi9 
... CcmVhc3QtQ2FyZS8KAAoAATUGAAAJAAAACRAAAAAACRAAAAAEEAAAACRcAAAAGwwsAAAsxMDczNzQyODY0NwoK 
... CgAAAAAAAAAAACR4DAAAJHwMAAAnGCwAAAAAGxwsAABcxMDczNzQyNjg0MYwxMDczNzQyMDUyNwbICwAACzEwN 
... zM3NDIwNTI3CSQAAAAGygsAACcyOTTleMTA3Mzc0MjA1MjI1MTleMTA3Mzc0MjA1MjdeMTA3Mzc0MjY4NDIDAAAACA 
... AAAAAAAAABssLAAASQnJlYXN0OIENhcmmtUgVmlkZW9zCSYDAAAKAAgKAEBAAAAAAAAAAKATP0///Y//// 
... AAAAAAbOCwAAAFC9CcmVhc3QtQ2FyZS81WaWRlb3MvCgAKAAE2BgAACQAAAAKQAAAAAAKQAAAABQAAAAkXAAAAB 
... tELAAAENzc4NQoKCgAAAAAAAAAACR4DAAAJHwMAAAnUCwAAAAAG1QsAABcxMDczNzQyNjg0M3wxMDczNzQyMD 
... UyNwbWCwAACzEwNzM3NDIwNTI3CSQAAAAG2AsAACcyOTTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjdeMTA3Mzc 
... 0MjY4NDMDAAAACQAAAAAAAAABtkLAAAZQnJlYXN0OIERpYWdub3N0aWNzCSYDAAAKAAgKAEQAAAAAAA 
... AAAAKCgEl9P//2P/// 
... wAAAAG3AsAAE8vTUxIL1NwZWNpYWx0aWVzL0RoZS1CcmVhc3QtQ2FyZS1DZW50ZXItYXQtTGl0dGxldG9uL0 
... JyZWFFzdC1EaWFnbm9zdGljc8JyLVRlc3Rpbmc7CgAKAAE3BgAACQAAAAKQAAAAAAKQAAAABQAAAAkXAAAABt8LAAA 
... LMTA3Mzc0MzEyMjgCgoAAAAAAAAAKeAwAACR8DAAAJ4gsAAAAABuMLAAAXMTA3Mzc0MjY4NDR8MTA3Mzc0Mzc0 
... MjA1MjcG5AsAAAsxMDczNzQyMDUyNwkkAAAAG5gsAABuyLAAAnU5KjJEwYmtZMWN1TnlXZWQC1CbXQtZGxlZ1gyNXItBt8LAAA 
... zM3NDI2ODQyCSQAAAAGbCwAAACnOJyZWdzCBJT1JUCSYDAAAKAAoKAKRf0///Y/// 
... AAAAAAb4CwAASy9NTEgvU3BlY2lhbHRpZXMvCgAKAAE4BgAACQAAAAKQAAAAAAKQAAAABu0LAAAENzUwNA 
... nJlYXN0OLUlPU1QvcGAKAAE4BgAACQAAAAKQAAAAAAKQAAAABwAAAAAAACAR8DAAAJ4gsAAAAABuQLAAAXMTA3Mzc0Mj 
... 3CSQAAAAGxQsAACcyOTTleMTA3Mzc0MjA1MjI1MTleMTA3Mzc0MjA1MjdeMTA3Mzc0MjY4NDUDAAAAwAAAAAAA 
... BvULAAAVQnJlYXN0OIFZjY29uc3RydWN0aW9uCSYDAAAKAAgKAAQAAAAAAAAAAKAQn0///Y/// 
... AAAAAAb4CwAASy9NTEgvU3BlY2lhbHRpZXMvCgAKAAE4BgAACQAAAAKQAAAAAAKQAAAABwAAAAkXAAAABu0LAAAENzUw 
... 3CSQAAAAGxQsAACcyOTTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjdeMTA3Mzc0MjY4NDUDAAAAwAAAAAAAB 
... JJAAAAAYAADAAAZI5OV4xMDczNzQyMDUyNwkkAAAAG5gsAANuyLAAAnU5KjJEwYmtZMWN1TnlXZWQ 
... AQwAABpNYWttlIFlvdHRRwczovL2NlbnR1cmEudldxVjIx!N1bcmlcmEuc2VjdWxkZEzVvcm0uYXNweND 
... 9mb3JtbmFtZT1MQUhfUmVVxdWVzdF9hZXNEZzI1bhbW1cvCgAKAAE6BgAACQAAAAKQAAAAQkQAAAAQAAAAkXAAA 
... ABgcMAAALMTA3Mzc0MjA3MDUJEAAAAAJAAAAJDAAACZWtiMAAAAAAAoKCQsMAAAAAYMDAAACZEwNzM3NDNIw 
... NzA1Bg0MAAALMTA3Mzc0MjA1MjgJJAAAAYPDAAAJzI5OV4xMDczNzQyMDUyMDUxMTleMTA3Mzc0MjA1MjdeMTA3Mzc 
... 0MjY4NDQzCQBAAAAAAAAAAAAAAAEGEAwOZDYW5jZXIgU3VwcG9ydCBHcm91cHMKCgoKAAoKAAE6BgAAAZ9AAAAE 
... knAAAACgoBQAQAAAAAAAAAAKCgHu8///2P/// 
... wAAAAAGEwwAAEAvTUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL01hbmFnaW5nLUNhbmNlci1TdXBwb3J0LUdyb3Vwcy0tLU 
... NvdW5zZWxXxpbmcvCgAKAAE7BgAACQAAAAKQAAAAQkAAAAkXAAAABhEMAAALMTA3Mzc0MjA1MjdEAAAAAAAA 
... AAAkYDAAACRkMAAAXMTA3Mzc0MjY4NDR8MTA3Mzc0MjA1MjgJJAAAYbDAAAJzI5OV4xMDczNzQyMDUyNwkkAAAAYenM 
... wwAAAAYTgAACRkMAAAXMTA3Mzc0MjY4NDR8MTA3Mzc0MjA1MjgJJAAAYbDAAAJzI5OV4xMDczNzQyMDUyNwkkAAAAYtH 
... wwAAAAYIgwAACkvTUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL01OvbG9ub3ub3Njb3B5L0wAoCgABPAYAAAAAAA 
... AJEAAAAAAJFwAAAAAoKCRAMAAAAYMDAAACR4DAAAJ4gsAAAAABAAAAAAzcOMjA1MjgJMDczNzQyMDUyNwkkAAAAYHH 
... wwAAAAYIgwAACkvTUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL01jcwODcDAAAegAAAAAAAAAAAAAAAAAkYDAAAJ4gsAAAAABA 
... 29sb2dpYXBBPbmNvbG9neWNAwAoCgABPAYAAAAAAAAJEAAAAAAJFwAAAAAoKCQAMAAAAYMDAAACR4DAAAJ4gsAAAAABvAAA 
... ABgcMAAALMTA3Mzc0MjA3MDUJEAAAAAJAAAAJDAAACZWtiMAAAAAAAoKCQsMAAAAAYMDAAACZEwNzM3NDNIw 
... AAAAAOKCVUMAAAAAAAZWDAAACzEwNzM3NDIwNzA5BlcMAAALMTA3Mzc0MjA1MjgJJAAAAZZI1MDV4xMD 
... czNzQyMDUxOV4xMDczNzQyMDUyOV4xMDczNzQyMDcwMAMAAABhAAAAAAAEGgwAAABJbmZ1c2lvbiBDZW50ZXI 
... 0ZXIJJwAAAAoKAQEAAAAAAACgoBpPP//9j/// 
... 8AAAAAB10MAAATL01MSC9TcGVjaWFsdGllYj9DYW5jZXItQ2FyZS9JbmZ1c2lvbi1DZW50ZXIvCgAKAAFAFBgAgA 
... ACQAAAAKQAAAAQkQAAAAbmAAAALMTA3Mzc0MjA5MTAJMTAJMTAJEAAAAAliDAAACWMMAAAAAAAAAAAA 
... AAoKCWQMAAAAAzlbmNlci1DbmNlci1DbmVyL2luZnVzaW9uLWNlbnRlci8CgGz8///2P/// 
... VyIENhcmmtUJJwAAoKAQEAAAAAAAAACgoBlfP//9j///

124454...

... 8AAAAABmwMAAAAZL01MSC9TcGVjawFsdGllY9bYMSjZXTtQ2FyZ89JpnBsda11bHQtQ2Fud21VyLUNhcmUvUcgA
... KAAFBBgAACQAAAAkQAAAAAQkQAAAACAAAAAkXAAAABm8MAAALMTA3Mzc0MjA3MTEJEAAAAA1xDAAACXIMAAAA
... AAAAAAAAAAaOKCXMMAAAAAAZ0DAAACzEwNzM43NDIwNzEzcBxEnUMAAALMTA3Mzc0MjA1MjgJJAAAAAZ3DAAAJzI5IO
... V4xMDczNzQyMDUxOV4xMDczNzQyMDUy8eCgBxyMDcxMQMAAAB9AAAAAAAAAEGeAwAABdJbnRlcnZlbbn
... Rpb25hbCBPbmmNvbG9gneQknAAAAACgoBQAAAAAAAAAAKCgGG8///2P///
... wAAAAGewwAADUvTUxIL1NwZWNpYWx0eWNkdGllY9bYMSjZXTtQ2FyZ89JoludGVydmVudGlvbmFsLU9uY29sb2dk2d5Lw
... oACgABQgYAAAkAAAAJEAAAAAEJEAAAAAkAAAAJFwAAAAZ+
... DAAACzEwNzM3NDIwNzEyCRAAAAAJgwAAAAmBDAAAAAAAAAAAAKCgmCDAAAAAAAAgywwAAsxMDczNzQyMDYwM
... gaEDAAACzEwNzM3NDIwNTI4CSQAAAAGhgwAACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA5MjhIMTA3Mzc0Mj
... A3MTIDAAAAaFgAAAAAAAAABBocMAAAAgSW50cmFvcGVyYXRpdmmFkaWF0aW9uQWRpZmljYXRpb250eQAQE
... AAAAAAAAACgoBd/P//9j///8AAAAABooMAAA+
... L01MSC9TcGVjaaWFsdGllY9DYW5jZXItQ2FyZS9SJbnRyYW9wZXJhdGl2ZS1SYWRpYXRpb24tVGhlcmFweeS8KA
... AoAAUMGAAAJAAAAACRAAAAABCRAAAAAAKAAAACRcAAAgJQwAAAsxMDczNzQyMDYwMwkQAAAAAZ8MAAANjYwMA
... AAAAAAAAACgoJkQwAAAAABpIMAAALMTA3Mzc0MjA3MTMMkwwAAAsxMDczNzQyMDUyOAkkAAAAABpUMAAAAnMjk
... 5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTI4XjEwNzM3NDIwOTI4XjEwNzM3NDIwNzEzAwAAAAaDAAAAAAAA
... Y2lwbGGluYXJ5J5IEJyZWFzdCBDDW5jZXIgQ2xpbmljJCSAAAAAAoKAWz///Y///
... AAAAAAaZDAAARC9NTEgvU3BlY2lhbHR5Q2FuY2VyLUNhcmUvTXVsdGlkaXNjaXBsaW5hcnktBreaEt5Y2hcnktQnJlYXN0LW
... UNhbmNlNlci1DbGluaWMyAAAAkQAAAAkQAAAAkEQAAAAkQAAAAAkWAAAABpwMAAALMTA3Mzc0MjA3MTMMkzM3NDIwNT
... UJEAAAAAmeDAAACzEwNzM3NDIwNTI4CSQAAAAAhahDAAAACzEwNzM3NDIwNZE1TA3Mzc0MjA3MTIbBqIMAAALMTA3Mzc0MjA
... 1MjgJJAAAAaakDAAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyOV4xMDczNzQyMDUyOV4xMDczNzQyMDcxNQMAAAAAAAAA
... AAEGpQwAAB9QYXRpZW50IENvbXBsaWNhdGlvbnRzLUNhbmNlcciBDYSCAAAAACgBAAAAAAAAAAOKAVnz///Y/
... ///
... AAAAAAaoDAAAIS9QYXRpZW50LUNvbXBsaWNhdGlvbnRzLUNhbmNlci1DYXJlLLwoACgABRQYAAAkAAAAJEAAAAAJE
... AAAAAwAAAAJFwAAAAarDAAACzEwNzM3NDIwNTU0U1NDIU1DQ2ggAAAAAAaAAAAAJHgmMAAAkfawAAaca4MAAAAavDAAAFzI
... EwNzM3NDI3NDk5bFfDEwNzM3NDIwNTI4XBrAAAALMTA3Mzc0MjA3MTAJMjA3MTJeMTA3Mzc0MjA3MTU5YXVAANDU
... xOV4xMDczNzQyMDUyOV4xMDczNjk5Q5QAAAACBAAAAAAAAGswwAABJSYWRpcGXjdG25jb2xvZ2kJJgBSYWRpYXRpb24t
... JgMAAA0oKAQEAAAAAAAACgoBS/P//9j///
... 8AAAAABrYMAAAAwL01MSC9TcGVjaaWFsdGllY9DYW5jZXtQ2FyZS9SYWRpY5YWtpb24tUmFkaWF0aW9uLU9uY29sb2dk
... GBgAAAaQkAAAAQkQAAAAAQkAAAABrkMAAAALMTA3Mzc0MjA3MTYbTYMAAAAm7DAAACbwMAAAAAAAAA
... AAAAaoKCb0MAAAAaa+
... DAAACzEwNzM3NDIwNZE2Br8MAAALMTA3Mzc0MjA3MTcJMjgBNAAAALMTA3Mzc0MjA1MTVDczNzQyMDUyOV4xMDczN
... zQyMDUyOF4xMDczNzQyMDcxNDcBxMDcxNUUGwgAAAAAoKATzz///Y////
... AAAAAAbFDAAAMS9NTEgvU3BlY2lhbHR5Q2FuY2VyLUNhcmUvUmFkaWF0aW9uLU9uY29sb2dneS9wb2d5LUNhcmUvA
... UcgAAAAJAAAAARAAAAOAMAAALMTA3Mzc0MjA3MZ4wAAAAcRcAAAAyAwAAAsxMDczNzQyMDcyMAkQAAAAcoMAAAAyJywwwAAAA
... AAAAAACgoJAwAAAAaAbBrMAAAALMTA3Mzc0MjA3MZAMMJ3MzLGzgUwAASxMDczNzQyMDUyOAkkAAAAbRDAAAAC1NraWE4J5XjE
... wNzM3NDIwNTE5XjEwNzM3NDIwNTI4XjEwNzM3NDIwNTI4A3AwAAAAaMAAAAAAAIMAAAAAAABbRDAAAC1NraWA4Y4g4UyFuY4g4g
... CSCAAAAKCgEBAAAAAAAAAoKAS3z///Y////
... AAAAAAbUDAAAKS9NTEgvU3BlY2lhbHR5Q2FuY2VyLUNhcmUvUmFkaWF0aW9uLU9uY29sb2dneS0t5jdGlvbs1DaW9uLU9u
... AkQAAAAbQkAAAAbQwAAAaaaawAAXAAAAbtcAAAALMTA3Mzc0MjA3MTIJ1NQJQJEAAAAAnzDAAACdoMAAAALMTA3Mzc0MjA7I
... sMAAAAAAbcczEwNzM3NDIwNTI4CSQAAAAnzNTA3Mzc0MjA3MTAJMjgJJAAAAAnzDAAAJzI5OV4xMDczNzQyMDUy1dAAACz
... DAAACEwNzM3NDIwNTI4CSQAAAAnz0F4xMDczNzQyMjU0U1NDAAACEAwFBFBYm91dCBDBDYW9JdcZXIICBDYYQkZn
... AAAACgoBAQAAAAAAAAKCgEe8///2P///
... wAAAAAG4wwAAC8v TUxIL1NwZWNpYWx0eL0NhbmNlcRRyYWMtU0wL0NhbmNlci1DYXJlLUFyawFpbmmFkaWF0aW9uLABSY
... YAAkkkkAAA2EAAAAGEJAEAAAAAnJFWAAAAbmDAAAACzEwNzM3NDIwNDE5JABW1DAAAAAAAAAAAAAAJFWAAAAbmDAAAA
... AAAAKcgnqDAAAAACG6wwAAaSxMDczNzQyMjMyJQMjY5bDAAACz1wNzM3NDIwNDE5JwC4AAAACyMzNDIwNDE5JwCGqAuECy
... OTleMTA3Mzc0MjA5MTIeMTA3Mzc0MjA1MTTheMTA3Mzc0MjA3MTUeMTA3Mzc0MjA3MTUyJwCAAAAyJwCAAAAAAAAAAABu
... yBTZXJ2aWNzCSCAAAAKCgEBAAAAAAAAAAoKAQ/z///Y////
... AAAAAAbyDAAAOS9NTEgvU3BlY2lhbHR5Q2FuY2VyLUNhcmUvYXVpamcnY5DYXZ1LXBhdDpeWFJ5J5LVNlbnZpY2VzZ2YzVzLUhlY
... XJ0LWoACgABgYVAAAkAAAAAJEAAAAAaIAAAAAAIAAAAABbYzJwAAAA1DAAAACzEwNzM3NDIwNTE5CRAAAAAJ9wwAAA
... n4d2n4d0LWOACgBAAAAAGwbBwwAAsxMDczNzQyMjMyJQMjY5bDAAACzEwNzM3NDIwNTI4CS9gwAAAACyOTleMTA3Mzc0M
... Mzc0MjA1MTleMTA3Mzc0MjA3MTheMTA3Mzc0MjA3MTM3eMTA3Mzc0MjA3MTkgYAAAAAAABu5MAAAAQQm
... UgSGVhcQgSGVhbHRoRoeQknAAAAACgoBQAAAAAAAAAAAKCgEA8///2P///
... wAAAAaGAQ0AAADMvTUxIL1NwZWNpYWx0eL0Nhcm1pRpYWMtU2vydm1jZXMvQmUtSGVhcnQtSGVhbHRoRoeS8KAA
... oOAUsAAAAJAAAACRAAAABCRAAAAAAkQAAAACQYNDczNzQyMAkQAAAACQYNAAAJBw0AAAA
... XJEwNzM3NDIwNTE5XjEwNzM3NDIwNTE4WjEwNzM3NDIwNTI3eIwAAAI2YNDQAEOJsb29IKAO39XIEBNy
... XNzdXJlIFF1aW5xOJJwAAAAoKAQEAAAAAAAAAACgoB8fL//9j///
... 8AAAAABhANAAAA2L01MSC9TcGVjaaWFsdGllY9DYXJkaWF1LVNlcnZpY2VzL0VLBVY2YXZkZXJlLVF1aXo
... vCgAKAAFMBgAACQAAAAkQAAAAkQAAAAAkXAAAABhMNAAAALMTA3Mzc0MjA3MjEJEJEAAAAkVDQAACRYN
... AAAAAAaaaoKKCRcNAAAAAaYYDQAACzEwNzM3NDIwNTIxXjEwNzM3NDIwNTI4XjEwNzM3NDIwN4AAAAmBDQoAAAJ
... zI5OV4xMDczNzQyMDUyMDcxOV4xMDczNjkyMQAyMWwQMAAC1AAAAAACgoB4vL//9j///
... 8AAAAABh8NAAA4L01MSC9TcGVjaaWFsdGllY9DYXJkaWF1LVNlcnZpY2VzL0NhcmRpYWMtUkV3YW3JZ3J3
... hbS8KAAoAAU0GAAAJAAAAACRAAAAABCRAAAAAFAAAACRcAAAgJQwAAAsxMDczNzQyMDcyMWwQAAAAALVDQAAAJ
... JQ0AAAAAAAAAAACgoJJg0AAAAaBicNAAALMTA3Mzc0MjA3MjIJIGKA0AAAAxMDczNzQyMDcx9CRGGoAAAAoKAbioNA
... AAnAmjb5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTE4XjEwNzM3NDIwN1yIwAAAIoAAAAAAAAAQyrDQAAAG0Nhcm
... RpYWMgQXdhcmdhcmRzICZhbbkhA7IEhvbm9ycywknAAAAACgoBAQAAAAAAAAAAKCgHT8v///2P///

124454...

wAAAACgoAABDcVfUX11ZiNwzWNpPWmUOVZ1lohkcmRpbWtU9PYbWu2lQUZ3NQuqr2lyZ3281NYY]bU2FyZHMtLS1Ib2
5vcnMvCgKAAAFOBgAACQAAAAkQAAAAQkQAAAABgAAAAkXAAAABjENAAALMTA3Mzc0MjA3Ljg7Y3VjQEAAAAAkzDQA
ACTQNAAAAAAAAAAAAAAoKCTUNAAABAAAY2DQAACzEwNzM3ND1wNzI0BjcNAAALMTA3Mzc0MjA3MTgJJAAAAAY5
DQAAJzI5OV4xMDczNzQyMDU4OV4xMDczNzQyMDcyOF4xMDczNzQyMDczNjcNAMAAACLAAAAAAAAAAEGOg0AABVDZ
W50dXJhJhEhlYXJ10IE5ldHHdvcmsJJwAAAAoKAQEAAAAAAAAAACgoBxPL//9j///

8AAAAABj0NAAA4L01MSC9TcGVjaaWFsdGllcy9DYXJkaWFjMXjLVNlcnZpcY2VzL0NlbnRlcm1cSGVchcnQtTmV0d29
yay8KAAoAAAU8GAAAJAAAACRAAAAAAABCRAAAAAAAAAAAACRCAAAAAQCA0AAAsxMDczNzQyMDcyNQkQAAAAACUINAAAAJ
Qw0AAAAAAAAAAAAACgoJRA0AAAAABkUNAAALMTA3Mzc0MjA3MjUGRg0AAAsxMDczNzQyMDcxOAkkAAAAABkgNA
AAnMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNzI4XjEwNzM3NDIwNzJ1AwAAAI0AAAAAAAAAAAQZJDQAAGUhlYX
J0IENhdGhldG1dGVyaXphdGlvbiBMYW11JJwAAAAoKAQEAAAAAAACgoBtfL//9j///

8AAAAABkwNAAA8L01MSC9TcGVjaaWFsdGllcy9DYXJkaWFjMXjLVNlcnZpcY2VzL0hlYXJ0LUNhdGhldGdGVyaXphdGl
vbi1MYWlvCgKAAAFOBgAACQAAAAkQAAAAAQkQAAAACAAAAAkXAAAABk8NAAALMTA3Mzc0MjA3MjYJYEAAAAAlR
DQAACVINAAAAAAAAAAAAAAAoKCVMNAAABAAAY2UDQAACzEwNzM3ND1wNzI2BlUNAAALMTA3Mzc0MjA3MTgJJAAAA
AZXDQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDcyOF4xMDczNzQyMDcyNwcNAMAAACLAAAAAAAEGWA0AAC
hIZWFydCBSZWxhdGGVkIENvbmRpdGlvbnMgJmFtcDsgVHJ1YXRtZW50CgKAAAAKCgBAAAAAAAAAAoKAAaby///
Y////

AAAAAAzbDQAARy9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9IZWFydC1SZWxhdGVkLUNvbmRpd
GlvbnMtLS1UcmVhdGGllbnQvCgKAAAFRBgAACQAAAAkQAAAAQAAAAQAAAAAkXAAAABl4NAAALMTA3Mzc0MjA3Mj
A3MjcJEAAAAAlgDQAACWENAAAAAAAAAAAAAJAAAAoKCWINAAAAAAAJjDQAACzEwNzM3ND1wNzI3BmQNAAALMTA3Mzc
0MjA3MTgJJAAAAAZmDQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDcyOF4xMDczNzQyMDcyNwcNAMAAACUAAAA
AAAAAAEGZw0AAB5QYXRpZW50IENvbnRhbSllbnRzCgKAAAAAKAEAAAAAAAAAAACgoBl/L//
9j///

8AAAAABmoNAABBL01MSC9TcGVjaaWFsdGllcy9DYXJkaWFjMXjLVNlcnZpcY2VzL1BhdGllbnQtQ29ntcGxpbWVudHM
tQ2FyZGlvbG9neS8KAAoAAAVIGAAAJAAAAAAARAAAAAAkRAAAAABCRAAAAAAAAAAAKAAABjENAAALMTA3Mzc0MjA3Mjc
AAkXAAAABnUNAAAAAAAAAAAAAACgoJcQ0QAAAEABAnINAAABAAAY2MDQAAEzEwNzM3ND1wNzI4BlYNAAALMTA3Mzc
0MjA3MTgJJAAAAAZmDQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDcyOF4xMDczNzQyMDcyOAcNAMAAACLAAAA
Z2DQAAR1NvdXRoRoIER1bnZ1bc1BIZWFydCBDZW50ZXIJxIsIGEgRGVwYXJ0bWVudCBvZiBMaXR0bGU0b4g4g2QWR2ZW5
0aXN0IEhlvc3BpdGFscCCSCAAAAAKCgBAAAAAAAAAAoKAYjy///Y////

AAAAAAZ5DQAAai9NTEgvU3BlY2lhbHhRpZXMvQ2FyZGlhY1y1TZXJ2aWNlcy9Tb3V0aC1EZW52ZXItS
GVhcnQtQ2VudGVyLWluLUR1cGFydGllbnQtb2YtTG10dGxlLWFkdmVudG1zdC1Jb3NwaXRhbHMvCgKAAAVMGAAAJ
AACRAAAAAABCRAAAAAAJAAAAoKCRAAAGfA0AAasxMDczNzQyMDcyOQkQGQKAAAAAADJAUFkdmVudG1zdCBHo
JgAOAAAAAAAAAACgRAAAAAAQaFDQAAAIzMDczNzQyMDcyOF4xMDczNzQyMDcyOF4xMDczNzQyMDcyOF4xMDczNzQyMDcyOQ
NTE5XjEwNzM3NDIwNzE4XjEwNzM3NDIwNzI1AwAAAJgAAAAAAAAAaFDQAAIlRlbGVGVZXyeSlDYXJkaWFFjI
E9ic2VydmF0aW9nW9uIFVuaXQQJXAAAAAKAEAAAAAAAACgoBefL//9j///

8AAAAABogNAABFL01MSC9TcGVjaaWFsdGllcy9DYXJkaWFjMXjLVNlcnZpcY2VzL1RlbGVGVtZXRyeSlDYXJkaWFjMXjLU9
ic2VydmF0aW9uLUVuaXQvCgKAAAFUBgAACQAAAAPAAAAAQkQAAAAAABosNAAALMTA3Mzc0MjA3MjkJ
MzAJEAAAAAmlDQAAAAAAAACFAACkQAAAAQQDQAAAAY2UDQAAEzEwNzM3ND1wNzI5BlYNAAAAMTA3Mzc0MjA3Mzc0MjA3Mzc0
jA3MTgJJAAAAaTDQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDcyOF4xMDczNzQyMDcyOQcNAMAAACZAAAAA
AAAAAEGlA0AAByEaGdOFG1EhlYXJ0IHBlMWx0aFx1cmsCSCAAAAAACgEBAAAAAAAAoKCRAAAAGfA0AAasxMDczNzQyMDcyOAaKA
AAAAaAxDQAAOS9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhY1y1TZXJ2aWNlcy9Tb3V0aC1EZW52ZXJ
AGmw0AAAtMaWJyJXJ5SSXR1bHkvQ2F1R3JvdXBzSWQlQcmVWcnVidHmhsIiP3ewXpbG0IdGGCgKAC
zNzQyMDcxOAkxMDczNzQyMDcyOF4xMDczNzQyMDcyOF4xMDczNzQyMDcyOF4xMDczNzQyMDcyOWXjEwNzM3NDIwNTE5XjEwNzM3NDIwNzI4XjEwNzM3NDIyMjk2Mjk2AWAAAAJoA
AAAAAaaahDQAAEEgEGSgSgSVhcnQgdG8gSgGSBgSVhcnQgdGxvZG0gY3NhbmF0aW9uLUJmZbGSvbmhvxTUxIL1NwZWNpYW
x0aWVzL0hlYXJ0L0X2NhcmUvUQSBIZWFydqdCB0byBIZWFy3QtGXGYKAAAoAAVYGAAAJAAAAAACRAAAAAAaAAA
ACRcAAAAgoYmVdGNzNzQyMDcyNAkQAAAaaKNAAAAaaAAAaaAJqgAAAAAAAAAAAACgoJqw0AAAABqwNAAALMTA3Mzc0MjA3MTgJ
jEwNzM3NDIwM0wAAaaJAAAAAQawDQAAEUhUEUNhcmRpYWMgRkRFJRJiMzOTtzCSCAAAAAKCgBAAAAAAAAAAoKAU7y///Y////

AAAAAazDQAAES9DYXJkaWFFjIzLUZBUS9Mv3N3MvCgKAAAFXBgAACQAAAAkQAAAAkQAAAAAkXAAAABrYNA
AEODA0MAoKCgAAAAAAAAAACR4DAAAJJHwMAAAAmLsDQAAAAAGug0AAABcxMDczNzQyNTc1MHwxMDczNzQyMDUyOQ
a7DQAACzEwNzM3NDIwNTI5CSQAAAAGvQ0AAACyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjleMTA3Mzc0MjU
3NTAdAAaaAnQAAAAAAAAAaBr4NAAAYUGVkaWF0cmljCBJcmNjbDENvdGGCSCAAAAAAACgEBAAAAAAAAoK
AUDy///Y////

AAAAAaBDQAAKi9NTEgvU3BlY2lhbHRpZXMvUGVkaWF0cmljCBJcmNjbDENvdGGCSCAAAAAAACgEBAAAAAAAAoK
AAJEAAAAaEJEAAAAaIAAAaAJFwAAAabEDQAACzEwNzM3NDIwNzM2CRAAAAAGzA0AAACyOTleMTA3Mzc0MjA
1MTleMTA3Mzc0MjA1MjleMTA3Mzc0MjMzMzYDAAAAngAAAAAaaBBs0NAAAAOUGVkaWF0cmljJIFVuaQXJJwAA
AAoKAQEAAAAAAAACgoBMfL//9j///

8AAAAABtANAABBL01MSC9TcGVjaaWFsdGllcy9DaGlsZHJlbnMtYW5kLVBlZGlhdHJpcy1TZXJ2aWNlcy9QZWR
pYXRyaWMtVW5pdC8KAAoAAAVxGAAAJAAAAAAARAAAAAAaCRAAAAAABAAAAAACRcAAAABt0NAAAAw0AAAsxMDczNzQyMDczNQkQ
AAACdUNAAAJ1g0AAAAAAAAACgoJ1w0AAAABtgNAAALMTA3Mzc0MjA3MzUGVUG0A0AAAsxMDczNzQyMDUyO
QkkAAAABtsNAAAnMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTI5XjEwNzM3NDIwNzM1AwAAAJ8AAAAAAAaaaQ
bcDQAAHlBhdGllbnQgQ29tcGxpbWVudHMtUGVkaWF0cmljLw0cnkAAACgoBAQAAAAAAAAAAoKCgEi8v//2P///
wAAAAG3w0AAFFEvTUxIL1NwZWNpYWx0aWVzL0NoaWxkcmVuLWFuZC1QZWRpYXRyaWMtU2VydmljZXMtUGF0
llbnQtQ29tcGxpbWVudHMtUGVkaWF0cmljLwl0cjckAAACgoJXJKF4xKVAAVOzDgaAAAXvcGAAAUJXFdIHJyJ
AAAUyMzQ2MwoKCgAAAAAAAAAAAAACR4DAAAJJHwMAAAAnlDQAAAAAaaAG5g0AABcxNzE3OTOg2OTE3N3wxMDczNzQyMDU

124454... MAbmpQbACzEWnZM3NDIwNTMwCSQAAAAo6QGAACcyOTIeMTAzMzc0MjA1MTzBeMTcxNzk4N4N
... jkxNzcDAAAAoQAAAAAAAAAABuoNAAAuRW1lcmdlbmN5N5IFJvb20gYXQgTGl0dGxldG9uIEFkdmVudGlzdCBIb3
... NwaXRhbAkmAwAACgoBAQAAAAAAAAAKCgEU8v///2P///
... wAAAAAG7Q0AADUvTUxIL1NwZWNpYWx0aWVzIL1VtZXJnZW5jeS1hbmQtVHJhdW1hL0VtZXJnZW5jeS1S9b29tLw
... oACgABWwYAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAbwDQAACzEwNzM3N3DIwNTQ0CRAAAAAJ8g0AAAnzDQA
... AAAAAAAAAAAAKCgn0DQAAAAAAG9Q0AAAAsxMDczNzQyMDU0NDA0CzEwNzM3NDIwNTMwCSQAAAAG+
... A0AACcyOTIeMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzBeMTA3Mzc0MjA1NDQDAAAAoqAAAAAAAAAABBvkNAAANRV
... IgV2FpdCBUaW1llcwknAAAAACgoBAQAAAAAAAAAKCgEF8v///2P///wAAAAG/
... A0AADQvTUxIL1NwZWNpYYWx0aWVtZXJnZW5jeS1hbmQtVHJhdW1hL0VSLVdhaXQtVGltZVvCgAKAAFcBg
... AACQAAAAkQAAAAkQAAAAwAAAAkXAAAABv8NAAEODA0MAoKCgAAAAAAAAAAACR4DAAAJHwMAAkcDgAAAAAA
... GAw4AABcxMDczNzQyNTc0MjA1MDCzNzQyMDUzMAYEDgAACzEwNzM3NDIwNTIwNTMwCSQAAAABg4cAAyOTIeMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzBeMTA3Mzc0MjU3NDIwNTQDAAAAoqwAAAAAAAAABgcOAAAYUGVkaWF0cmljI
... XJnZW5jeS1yb29tCgABAAAACgoBAQAAAAAAAAAKAffx///Y////
... AAAAAAYKDgAAKi9NTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvRW1lcmdlbmN5
... AAJEAAAAAAJEAAAAAQAAAAAJFwAAAAYNDgAACzEwNzM3NDU2NDU3Mzc0MjA1MDzEwNzM3NDIwNTQwCSQAAAAGQ4
... AAAAYRDgAAF2EwNzM3NDI3NTE5MTzBeDEwNzM3NDIwNTMwCSQAAAAHQtMAoE5MOAAAAAAAUgF04V
... xMDczNzQyMDUxOV4xMDczNzQyMDUzMF4xMDczNzQyNTcxOV4xMDczNzQyMDUwMAAAAAFGF9AARYJZ1
... CgEBAAAAAAAAAAAKAenx///Y////

... AAAAAAYYDgAAKy9NTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvRW1lcmdlbmN5
... AAACRAAAAABCRAAAAFAAAAAFAACRAAAGGw4AAAsxMDczNzQyMDUxOV4xMDczNzQyMDczOAkQAAAAAH4g0AAAJHg4
... oJHw4AAAAAAAAALMTA3Mzc0MjA3MzgGQI04AAAsxMDczNzQyMDczOAkQAAAAEUluanVyeSBQbcmV2ZW50aW9u
... CScAAAAAKCgEBAAAAAAAAAAKAdrx///Y////

... AAAAAYnDgAAOC9NTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvRW1lcmdlbmN5LWVSW5nLWVlcW5
... 24vCgAKAAFfBgAACQAAAAkQAAAAkgQAAAABgAAAAkXAAAABioOAAALMTA3Mzc0MjA3Mz8NDAJEAAAAAksDgAACS
... 0OAAAAAAAAAAAAAAoKCS4OAAAAAyVdgAACzEwNzM3NDIwNzIwNQbJAOAAALMTA3Mzc0MjA3MzgGUk4DAAABYWCS
... AJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUzMF4xMDczNzQyMDczOMwMAAAAcpAAAAAAAAAAEGUJ4AABRJb
... mZlY3Rpb24g24gUHJldmVudGlvbgknAAAACgoBAQAAAAAAAAAKCgt8f//2P///

... wAAAAGVA4AACwvTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0VtZXJnZW5jeS1S
... KAAAJEAAAAAEJEAAAAAEAAAAAJFwAAAAY5DgAACzEwNzM3NDIwNzIwyCRAAAAAJOw4AAnk8k8DgAAAAAAAAAAAA
... KCgk9DgAAAAGPg4AAAsxMDczNzQyMDMy/bic/
... DgAACzEwNzM3NDIwNTMwCWxSQAAAAGQQ4AACcyOTIeMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzFeMTA3Mzc0MjA3MjA3N
... DIDAAAAqAAAAAAAAAAABBkIOAAAKQ29udGFjdCBjBCVwknAAAACgoBAQAAAAAAAAAKCg88f///2P///
... wAAAAGRQ4AADovTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0VSL0VSSkVSkDSkvUcy1
... 1JQ1UvCgAKAAFhBgAACQAAAAkQAAAAkgQAAAABgAAAAkXAAAABYyDgAACzEwNzM3NDIwNTMy3NDIwNTQQAJEAAAAA
... ACUsOAAAAAAAAAAAAAAoKCUsOAAAAAAyZNdgAACzEwNzM3NDIwNzIwIwgEBJAOAAALMTA3Mzc0MjAmZAAAAAZQ
... DgAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUzMF4xMDczNzQyMDczOMwMAAAAcpAAAAAAAAAAEGUQ4AABRJb
... mZlY3Rpb24g24gUHJldmVudGlvbgknAAAAACgoBAQAAAAAAAAAKCgt8f//2P///

... wAAAAGVA4AAEAvTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0VSL0VSSkVSkSW5mZWN0aW9uLV
... ByZXZlbnRpb2424vCgAKAAFiBgAACQAAAAkQAAAAkgQAAAABgAAAAkXAAAABlcOAAALMTA3Mzc0MjA3NDJEAAAA
... AAAlZDgAACVoOAAAAAAAAAoKCVsOAAAAAzDgAACzEwNzM3NDIwNzIwNyQyMDUyMF4xMDczNzQyMDczOMwMIEzMF
... JAAAAAzfDgAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUzMF4xMDczNzQyMDczOMwMAAAAcpAAAAAEGY
... A4AABdQYXRpZW50IENVvbXBsYWludHzIElDVQknAAAACgoBAQAAAAAAAAAKCge8f///2P///
... wAAAAGYw4AAEEMvTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0VSL0VSSkVSkvUGF0aWVudC1Db2
... 1wbGltZW50cy1JQ1UvCgAKAAFjBgAACQAAAAkQAAAAkgQAAAABmYOAAAlMTA3Mzc0MjA3NDU
... JEAAAAAloDgAACUsOAAAAAAAAAAAAAoKCWoDgAAAAAyZVuaACzEwNzM3NDIwNzIwNyQyMDUyMF4xMDczNzQyMDczOMw
... MzEJJAAAADuDgAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUzMF4xMDczNzQyMDczOMwMAAAAcpAAAAAAAAAAA
... AEGbw4AABBTdGF5aW5nIEluZm9ybWVkVkCScAAAAAKCgEBAAAAAAAAAAKAY/x///Y////
... AAAAAAZyDgAAPC9NTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvRW1lcmdlbmN5LVJvb20tSW5LUl
... m9ybWVkLwoACgABYwYAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAy1DgAACzEwNzM3NDIwNzIwQ2CRAAAAAJdw4A
... 4AAl1dDgAAAAAAAAoKCg5DgAAAAGeg4AAAsxMDczNzQyMDczOAkgQ24gUHJ9db2AACzEwNzM3NDIwNTMxCSQAAAAEDgAACz
... GfQ4AAAcyOTIeMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzFeMTA3Mzc0MjA3MjA3N3NDcDAAAAqAAAAAAAAAAABBoO0AAA0
... VmlzaXRpcbmcgSG91cnMJJwAAAAoKAQEAAAAAAAAAKCgoBPH//9j///
... 8AAAAAABoEOAAA6L01MSC9TcGVjaWFsdGlllcy9Jbm5lbnNpdmUtY2FyZS11bml0LwoACgABYwYAAAkAAAAJEAAAA
... vdXJzLwoACgABZQYAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAEDgAACzEwNzM3NDIwNzQ2CRAAAAAJhg4A
... AAmHDgAAAAAAAAAAKCgmIDgAAAAAGgg4AAAsxMDczNzQyMDczOAkQDzZNzQyNDc0MjA1MzFeMTMycSQAAAAAG
... A4AACcyOTIeMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzFeMTA3Mzc0MjA3NDcDAAAAqAAAAAAAAAAABBoO0AAAjSW
... 50ZXJZZW50aW9uYWwgUmFkaW9sb2d5IENEVNvbmRpdGlvbnMJJwAAAAoKAQEAAAAAAAAAKCgoBefH//9j///
... 8AAAAAABpAOAAAlL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS1Db25kaXRpb25zLwoACgABZgYAAAkAAAAJEAA
... AAAEJEAAAAAIAAAAJFwAAAiDgAACzEwNzM3NDIwNzQ3CRAAAAAJlQ4AAmmVDgAAAAAAAAAAKCgmXDgAA
... AAGGg4AAAsxMDczNzQyMDczOAkQDzZNzQyNDc0MjA1MzFeMTMycSQAAAAAGgg4AAAVUmVub3ZhdGlvbnMJJwAAAAo
... KAQEAAAAAAAAAKCgoBYvH//9j///
... 8AAAAAABpAOAAAlL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS1Qcm9jZWR1cmVzLwoACgABZgYAAAkAAAAJEAA
... AAAEJEAAAAAIAAAAaiDgAACzEwNzM3NDIwNzQ4CRAAAAAJpA4AAmmlDgAAAAAAAAAAKCgmmbDgAA
... AAGGpw4AAAsxMDczNzQyMDczOAkQDzZNNDIwNTMxCSQAAAAVVmVub3RpcbmcQ29udGFjdHMJJwAAAAoKAQEAAAAAAAAAKCgoBVPH//9j///
... cAAAAKCgEBAAAAAAAAAAAOKAVPx///Y////

124454... AAAAAaGuDgAAfy9WaW59dxMtDmv1p259dRDJY3Rpb29UCgaKXArT 0BgAACgAAAAXAAAAAAAQAAAAkXA
... AAABrEOAAALMTA3Mzc0MjA4NjgJEAAAAAmzDgAACbQOAAAAAAAAAAAAoKCbUOAAAAAAa2DgAACzEwNzM3ND
... IwODY4BrcOAAALMTA3Mzc0MjA1MzMJJAAAAAa5DgAAJzI5O4xMDczNzQyMDUxOV4xMDczNzQyMDUzM14xMDc
... zNzQyMDg2OAMAAACyAAAAAAAAEGug4AAAxCYXJpdW06dW5lW5lpWEJJwAAAAoKAQEAAAAAAAAACgoBRPH//9j/
... //
... 8AAAAABr00AAAuL01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvQmFyaXVtL2ltYWdlcy9gBaQY
... AAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAbADgAACzEwNzM3NDIwODY5CRAAAAAJwg4AAAnDDgAAAAAAAAAA
... AAAAKCgnEDgAAAAAGxQ4AAAsxMDczNzQyMDg2OQbGDgAACzEwNzM3NDIwNTMzCSQAAAAAGyA4AACcyOTleMTA3M
... zc0MjA1MTleMTA3Mzc0MjA1MzNeMTA3Mzc0MjA4NjkDAAAAAsWAAAAAAAAAABBsk0AAACQ1QJJwAAAAoKAQEAAA
... AAAAAACgoBNfH//9j///
... 8AAAAABswOAAAkL01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvQlQvCgAKAAFqBgAACQAAAAAkQAAA
... AAQkQAAAAAwAAAAkXAAAABs8OAAALMTA3Mzc0MjA1NzEJEAAAAAnRDgAAACdIOAAAAAAAAAAAAAAoKCdMOAAAAA
... AAbUDgAACzEwNzM3NDIwODcwBtUOAAALMTA3Mzc0MjA1MzMJJAAAAAbXDgAAJzI5O4xMDczNzQyMDUxOV4xM
... DczNzQyMDUzM14xMDczNzQyMDg3MAMAAAC0AAAAAAAAAEG2A4AACZEaWdpdGFsSGE1hbW1v1vZ3JhbSSAmYW1wYy
... BDQUQgVGVjaG5pcWSvbG9neQknAAAAACgoBAQAAAAAAAAKCgEm8f//2P///
... wAAAAAG2w4AAEQvTUxIL1NwZWNpYWx0aWVzL01lZGljYWxJbWFnaW5nL0ludGVydmVudGlvbmFsL2J3aWhsbW0v
... NBRC1UZWNobm9sb2d5L2VhbmQvaWJlci9iZXhhZGlVWHRSd1h4d00BVE9wZGlzcC9pLDg1YXRjaC9zZWFyY2gvcGF
... yCRAAAAAJ4A4AAAnhDgAAAAAAAAAAAAAAAKKCgniDgAAAAG4w4AAAsxMDczNzQyMDg3Mgb6DgAACzEwNzM3NDIw
... NTMzCSQAAAAG5q4AACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzNeMTA3Mzc0MjA4NzIDAAAAt0AAAAAAAAA
... AABBucOAAAjTWVkaWNhbCBCBJbWFnaW5nIFBhdGllbtQgQ291cGxGxmxODAAAACgoBF/
... H//9j///
... 8AAAAABuoOAAABFL01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvTWVkaWNhbC1JbWFnaW5nLVBhdGl
... lbnQtQ29tcGxpbWVudHMvCgAKAAFBsBgAACQAAAAkQAAAAQkQAAAABgAAAAkXAAAABu0OAAALMTA3Mzc0MjA4
... NzMJEAAAAAnvDgAACfAOAAAAAAAAAAAAAAoKCfEOAAAAAAbvDgAACzEwNzM3NDIwODcyBvMOAAALMTA3Mzc0M
... jA1MzMJJAAAAAb1DgAAJzI5O4xMDczNzQyMDUxOV4xMDczNzQyMDUzM14xMDczNzQyMDg3MwMAAAC2AAAAAAAA
... AAAAEG9g4AAANUWVkaWNhbCBJbWFnaW5nIFBhdGllbnQgQ291cGxpbWVudHMJAAAAAACgoBF/
... 8AAAAABvk0AAAlL01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvTVJJLwoACgABbQYAAAkAAAAkJEAA
... AAAEJEAAAAAcAAAAJFwAAAAb8DgAACzEwNzM3NDIwODc0CRAAAAAJ/g4AAAn/
... DgAAAAAAAAAAAAGAQ8AAAAAGAQ8AAAsxMDczNzQyMDg3BA9AYCWAACzEwNzM3NDIwNTMzCSQAAAAEGBA8AAA
... CcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzNeMTA3Mzc0MjA4NzQDAAAABGA8AAAjAAAAAAAAAABBgUPAAAfTnVjbG
... VhciBNZWRpY2luZSAmYXBtcDtBTUEVDVDC1DVAkxnAAAACgoBAQAAAAAAAAKCgHb8P//2P///
... wAAAAAGCA8AAADV0vTUxIL1NwZWNpYWx0aWVzL01lZGljYWxJbWFnaW5nL05vdWNsZWFyLU1lZGljaW5lL05uY2xl
... BFQ1QtQ1QvCgAKAAFuBgAACQAAAAkQAAAAQkQAAAACAAAAkXAAAABgsPAAALMTA3Mzc0MjA4NzUJEAAAAk
... NDwAACQAPAAAAAAAAAAAAAACoKCP4PAAAAAAAGxQ8AAAsxMDczNzQyMDg3BtEPAAALMTA3Mzc0MjA1MzJJAA
... AAYTDwAAJzI5O4xMDczNzQyMDUxOV4xMDczNzQyMDUzM14xMDczNzQyMDg3NQMAAAC4AAAAAAAAAAAAEGFA8AAA
... BNPdGhlciBmBJwZW5uIF1Rlc3RzCgAAAAAAEGCgEAYAAAAEw8AAAsxMDczNzQyMDg3NQAAAAAAoKAerw////
... AAAAAAYXDwAANS9NTEgvU3BlY2lhbHRpZXMvTWVkaWNhbEltYWdpbmcvbnN5bC1hhaW5nL1JbWFnaW5nmVGVzdHMvdHMv
... gAKAAFvBgAACQAAAAkQAAAAQkQAAACAAAAkXAAAABhoPAAALMTA3Mzc0MjA4NzYJEAAAAAkCDwAACwME0R0PAA
... AAAAAAAAAAAAAYTDwAAAAAAAYfwAAAAYfwAAAAYTDwAAAAAAAAAAAAAAAABhoPAAABhoPAAALMTA3Mzc0MjA4
... NzY7lcDwAAAAoKCRP4AAAAAAAGxQ8AAAsxMDczNzQyMDg3BtEPAAALMTA3Mzc0MjA1MzJJAAAAYTDwAAJzI5O
... 4xMDczNzQyMDUxOV4xMDczNzQyMDUzM14xMDczNzQyMDg3NgMAAAC4AAAAAAAAAAAAEGI9AAAQRVQlQRVQlQ1Qg
... SW1hZ21uZwUAAAAAAAAAAAKCgHb8P//2P///
... wAAAAAGJg8AAADVvTUxIL1NwZWNpYWx0aWVzL01lZGljYWxJbWFnaW5nL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL
... AGAAAJAAAAAAACRAAAAkKCSsPAAAJLA8AAAAAAAAAAAoKCSwPAAAAAbCgoJbgAAsxMDczNzQyMDg2NwkQAAAACSsPAAAJLA8AAAAAAAAAAAAAoKCSsPAAAAA
... AAAAaCgoJPA8AAAEBAABi4PAAALMTA3Mzc0MjA4NjcGMAAACRAAAAkNjcGPg8AAAsxMDczNzQyMDg2NwkQAAAAkKCSsPAAAJLA8AAAAAAAAAAAAAoKCSsPAA
... AAYTPg8AAAsxMDczNzQyMDUzM14xMDczNzQyMDg2Nw0DAAAAkjcBAAAAAAAABbAQYAAALMTA3Mzc0MjA4NjcGMAAAC
... NjcGPg8AAAsxMDczNzQyMDg2NwkJEAAAAAkPTPAAAAAAAAAAAAAAYTPg8AAAsxMDczNzQyMDUzM14xMDczNzQyMDg2
... NzA5NNg8AAAYTKCIwAJ1hbHNhbnduT3MzM14xMDczNzQyMDg2NwkQAAAAkFwAAAJ1hbG1RlbmRtbmNlZldpbmcvCgoJ
... XJlIFFVuaXXJJJwAAAAoKAQEAAAAAAAKCgoBzPD//9j///
... 8AAAAABjUPAAAAl1L01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvUmFkaW9sb2d5L2dteW1bmcCgAKAABrBa
... AAACQAAAAkKCSsPAAAJLA8AAAAAAAAAAAAAAoKCSsPAAAAAbCgoJbgAAsxMDczNzQyMDg2NwkQAAAAkKCSsPAAAJLA8AAAAAAAAAAAoKCSsPAAAAAAY
... jk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTMzXjEwNzM3NDIwODY2A3AwAAAAAAAZBDwAAIlJlc291cmNlcwkQAAAAkFwAAA
... NlcyBmbb3IgUmVkZXJyYWxzKQllbnBnbnJhbMJwAAAAoKAQEAAAAAAAKCgEAAAAAAAKCgoBvfD//9j///
... 8AAAAABjPAAAAABUPAAA1L01MSC9TcGVjaWFsRdGllcy9NZWRpY2FsUltYWdpbmcvUmVzb3VyY2VzLUZvci1SZWZlcmJh
... bHMvCgAKAAFyBgAAACQAAAAkKCSsPAAAAAAAAAAoKCSsPAAAAAbCgoJbgAAsxMDczNzQyMDg2NwkQAAAAkKCSsPAAAJLA8AA
... OAkPJPAAAAAAAAAAAAAAYTDwAAAAAAAYfwAAAAYfwAAAAYTDwAAAAAAAAAAAAAAABhoPAAABhoPAAALMTA3Mzc0MjA4
... DUzMwkkAAAAABqPAAAnMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTMzXjEwNzM3NDIwODY2A3AwAAAAAAAZAAAAAZC
... AAAAAAoKAZ////Y//////
... AAAAAAZDwAAAjy9NTEgvU3BlY2lhbHRpZXMvTWVkaWNhbEltYWdpbmcvUmVzb3VyY2VzLUZvci1SZWZlcmJhbHMv
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAJHgMAAAAkfAwAACWgCgoAAAAAAAAAAAkkkJHgMAAAAkfAwAACWgPAAAA
... ZpDwAAFzvTUxIL1NwZWNpYWx0aWVzL01lZGljaW5lL0NvcGQvBmoPAAALMTA3MzcyMDZiQmNp2P1501V4xMDc
... zNzQyMDUxOV4xMDczNzQyMDg2MQMAAAAGgDg0AABJNZPUNJZW91cmNlTDljloud25jB1mQQHYVDQYA
... aWRlcE1JJgMAAAAKCgEAAAAAAoKAQBkfD//9j///
... 8AAAAABnAPAAAxL01MSC9TcGVjaWFsRdGllcy9NZWRpY2luZS9DYXJkaW9sb2d5LwoAZqcmxtdWljdllXdlbWvcmCgA
... BdQYAAAkAAAAJEAAAAAJEAAAAAIAAAAJFwAAAAZZDwAACzEwNzM3NDIwODY2A3AwAAAAAAAZZ_DwAACzEwNzM3NDIwODY2A3AwAAAAAAAAAJHgMAAAkf

124454... AwAAcSYPAAAAAAZJ0wAAFzEwNzA5ND1zMbCYrbEWNZlNbIZWjgDBNgPAAAMTtd3Mzc0MjMyyODQDQJJAAAAAZ6D
... wAAJzI5OV4xMDczNzQyNMDUxOV4xMDczNzQyNJM3MgMAAADCAAAAAAAAAAAGew8AAAxQCm
... ltYXJ5IENhcmUUJgMAAAoKAQEAAAAAAAAACgoBg/D///9j///
... 8AAAAABn4PAAArL01MSC9TcGVjaWFsDllcy9QcmltYXJ5IENhcmUUHJpbWFyeS1DYXJlLLwoACgABdgYAAAk
... AAAAJEAAAAAEJEAAAAAEAAAAJFwAAAaBDwAACzEwNzM3ND1wOTM3CRAAAAAJgw8AAAmEDwAAAAAAAAAAAK
... CgmFDwAAAAAGhg8AAAsxMDczNzQyNMDkzNwwAHDwAACzEwNzM3ND1wNTM3CSQAAAAGiQ8AACcyOTleMTA3Mzc0M
... jA1MTleMTA3Mzc0MjA1MzdeMTA3Mzc0MjA5MzccDAAAAxQAAAAAAAAABBooPAAAMUGVsdmljJIEZsb29tm9CScAAA
... AKCgEBAAAAAAAAAAoKAXTw///Y////
... AAAAAaNDwAADi9QZWx2aWMtRmxvb3IIvCgAKAAF3BgAACQAAAAkQAAAAAQkQAAAAQAAAAXkAAAABpAPAAAALM
... TA3Mzc0MjA5MkzkJEAAAAmSDwAACZMPAAAAAAAAAAAAAoKCZQPAAAAAaVDwAACzEwNzM3ND1wOTM5BpYPAAA
... ALMTA3Mzc0MjA1MzgJJAAAAaYDwAAjZI5OV4xMDczNzQyNMDUxOV4xMDczNzQyNMDUzOF4xMDczNzQyMDkzOQM
... AAADHAAAAAAAAAAGmQ8AABNHWU4gUm9ib3RpYyBTdXJnZXJ5CScAAAAKCgEBAAAAAAAAAAoKAWXw///Y////
... AAAAAacDwAANS9NTEgvU3BlY2lhbHHpZXMvUm9ib3RpY3MvL3RdZXJnZXJ5L5L0dZTi1Sb2JvdGljjLVN1cmdlcnkvC
... gAKAAF4BgAACQAAAAkQAAAAAQkQAAAAgAAAAkXAAAABpAPAAAALMTA3Mzc0MjA5NDEEJEAAAAmhDwAACaIPAA
... AAAAAAAAAAAAoKCaMPAAAAAAkDwAACzEwNzM3ND1wOTQxBpUPAAAALMTA3Mzc0MjA2MjgIAAAAAAaanDwAAjZI
... 5OV4xMDczNzQyNMDUxOV4xMDczNzQyMDk0OMQMAAAADIAAAAAAAAAAAGqA8AABlIb3cgUm9i3RpbTdTcGVjaWg
... b3RpYyBTdXJnZXI5IFfdvcmtzCScAAAAKCgEBAAAAAAAAAAoKAVbw///Y////
... AAAAAarDwAAOy9NTEgvU3BlY2lhbHHpZXMvUm9ib3RpY3MvL3RdL0hvdy1Sb2JvdGljjLVN1cmdlcnktV
... 29ya3MvcgAKAAF5BgAACQAAAAkQAAAAAQkAAAAAAAkXAAAABpAPAAAALMTA3Mzc0MjA5NDMMJEAAAAmwDw
... AACbEPAAAAAAAAAAAAoKCbIPAAAAAaazDwAACzEwNzM3ND1wOTQyBpcPAAAALMTA3Mzc0MjA1MzgJJAAAAa
... 2DwAAjZI5OV4xMDczNzQyNMDUxOV4xMDczNzQyMDk0M0wMwMAAAADJAAAAAAAAAAGtw8AAACJS
... b2JvdGljjIFN1cmdlcnkgTW1uaW1ppemVIRvd250e0aWljSCAAAAAKCgEBAAAAAAAAAAoKAUfw///Y////
... AAAAAAa6DwAARC9NTEgvU3BlY2lhbHHpZXMvUm9ib3RpY3MvL3RdZXJ5L2L1vYm90aWMtU3VyZ2VyeS1NaW5pbWl6
... Wl6ZXMtRtRG93bnRpbWUvcgAKAAF6BgAACQAAAAkQAAAAQAAAAXkAAAABpAPAAAALMTA3Mzc0MjEzNT
... MJEAAAAm/
... DwAACAPAAAAAAAAAAAAoKCcEPAAAAAAkDPAAAALMTA3Mzc0MjA1MzQxMzUSBsBzMmZU5mbTFMWmMAAAD1MTA3Mzc0MjA1MzgZJAAAAa
... AbFDwAAJzI5OV4xMDczNzQyNMDUxOV4xMDczNzQyMDUzOF4xMDczNzQyMTM1MwMAAADKAAAAAAAAAAEGxg8AAA
... 5Eci4gQnJ1Y2UgR9ycgknAAAACgoBAQAAAAAAAAAKCgE48P//2P///
... wAAAAAGyQ8AAAEyQyVTUxIL1NwZWNpYYWx0aWVzL2VyeS9HWU4tUm9ib3RpY3MvYXJlS1NaWwoACgABdgYAAAk
... RyLS1CcnYjZS1Eb3JJyLwoACgABewYAAAkBewYAAAkAAAAkEAAAAAEJEAAAAAUAAAAJFwAAAbMDwAACzEwNzM3ND1Ix
... MzUMCRAAAAAJzg8AAAnPDwAAAAAAAAAAoKCgN0QwAAAAAAAQ8PAAAAASxNAbSDwAACzEwNzM3ND1wNTM3CSQAAAAG0g8AACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzdeMTA3Mzc0MjEzNTQMEAAAAyAAAAwyawAAAAAA
... AABBtUPAAATRHIuIERhdmlkLklEEouIFdhdHVbvbgknAAAACgoBAQAAAAAAAAAKCgEp8P//2P///
... wAAAAAG2A8AAAEEvTUxIL1NwZWNpYWx0aWVzL2VyeS9HWU4tUm9ib3RpY3MvYXJlS1NaWwoACgABdgYAAAk
... RyLS1EYXZpZC1LLS1XYXRzb24tMrcgAKAAF4BgAACQAAAAkQAAAAQkQAAAAQAAAAXkAAAABsMPAAACzEwNzM3ND1Ix
... MjA5NDcCRAAAAAJzg8AAAnQDw0AAAAAAAAAAoKCgPEQwAAAAAAQ8PAAAAAEG5A8AABdTbGVicEBnaXNcDW5jbcR1cibHBTeW1wdG9tcwknAAAACgoBAQAAAAAAAAAKCgEa8P//2P///
... wAAAAAG5w8AAADEyQyVTUxIL1NwZWNpYWx0aWVzL2VyeS9HWU4tUm9ib3RpY3MvYXJlS1NaW5jbWRlbHsrQWx0LrmMIkAQQARFzyOQkbAAAACgoB
... AACwPAAAAAGcjoY7g8AAAnNPAAAAzEwNzM3ND1wNTM3CSQAAAGzQ8AACcyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MzdeMTA3Mzc0MjA5NDcDAAAAyAAAAwQbzD
... wAAFkNvbWv1bjk5X1EwNzM3ND1wNTM3CSQAAAGzw8AAAk3////2P///
... wAAAAAGzg8AAAEEExQyVTUxIL1NwZWNpYWx0aWVzL2VyeS9HWU4tUm9ib3RpY3MvYXJlS1NaWwoACgABQbzD
... wAAFkNvbWv1bjk5X1EwNzM3ND1wNTM3CSQAAAGzw8AAAkNTUxIL1NwZWNpYWx0aWVzL2VyeS9HWU4tUm9ib3RpY3MvYXJlS1NaW5jbWRlbHsrQWx0...
... pzW5OIFF1ZXN0aW9ubmFpcmUgdXJncGVydCWljBQYXR
... 8AAAAABi4QAABiL3VwbG9hZHMvZG9jcy8zMvbX1saXR0bGV0OVRhbC9Db250ZW50L01MSC9TcGVjaWaWF
... sdGllcy9TbGVlcF9EaVNvcmRlcnMvL3RdZXJyL3JJPAYXRhaTiGFkYWAoAAAAAAYIGAAAJAAAAACRAAAAEAAAAAAJRAAAAAUAAAAJkZWRlY1RhbC9Db250ZW50LkwoACgABQbzD
... wAAFkNvbWv1bjk5X1EwNzM3ND1wNTM3CSQAAAGzw8AAAk2P///
... jYQAAALMTA3Mzc0MjA5NTEGNxAAAsxMDczNzQyMDUzOQkAAAAAAAAAAABjkQAANmjk5X1EwNzM3ND1wNTM3

124454…

… M3NDiMTM5XjEwNzM5NDFwoFoxawAAANMHAAAAAAAQY0EAAADkZvciBQdHI2awNpyWN52CSCAAAAKCgEBAAAA
AAAAAAoKAcTv///Y////

… AAAAAAY9EAAANi9NTEgvU3BlY2lhbHHRpZXXMvU2xlZXXAtRGlzb3JkZXItQ2VudGVyL0Zvci1QaHlzaWNa
woACgABgwYAAAkAAAAJEAAAAAE jEAAAAAgAAAAJFwAAAAZAEAAACzEwNzM3M3DIwOTUzCRAAAAAJQhAAAAlDEA
AAAAAAAAAAAAKCglEEAAAAAAGRRAAAAsxMDczNzQyMDk1MwZGEAAACzEwNzM37M3DIwNTM75CSQAAAAAGSBAAACc
yOTleMTA3Mzc0MjA1MlTleMTA3Mzc4MjA1MlzleMTA3Mzc4MjA5NTMTMDAAAAA1AAAAAAAAAAABBkkQAAAYU2x1ZXAg
RGlzb3JkZXXIgUmVzb3ViY2V2ZVcCSCAAAAKCgEBAAAAAAAAAAAooKAbXv///Y////

… AAAAAAAZMEAAAQC9NTEgvU3BlY2lhbHHRpZXXMvU2xlZXXAtRGlzb3JkZXXItQ2VudGVyL0NsZWVWLURpc29yZGVy
VJlc291cmNlcy9KAAoAAYQQAAAJAAAACRAAAAAABCRAAAAAJAAAACRcAAAAGTxAAAAsxMDczNzQyMDk3MgkQAA
AACVEQAAAAJUhAAAAAAAAAAAAACgoJUxAAAAAABlQQAAAlMTA3Mzc0MjA5NzIgIGVRAAAAsxMDczNzQyMDUzOQk
kAAAABlcQAAAAnMjk5XjZwNM3NDIwNTE5XjJwNM3NDIwNTM75XjJwNzM3NDIwOTcyAAAAAUAAAAAAAAAAAACgoBpu///9j//
/

… 8AAAAAB1sQAABJL01MSC9TcGVjaWFsFsdGllcy9TbGVVlcC1EaXNvcmRlci1DZW50ZXJXIvQ29udGFjdC10aGUtU2x
lZXAtRGlzb3JkZXXItQ2VudGVyLwoACgABhQYAAAAkAAAAJEAAAAJEAAAAoAAAAJOAMAAAAZeEAAAACzEwNzM7M3
NDI4OTUygkQAAAAAAAAAAAAJmw0AAAOoJYBAAAAAAABmEQAAAXMTA3Mzc4MjI1NDN8NDH8MTA3Mzc0MjA1MzkXfDEwNz
AsxMDczNzQyMDUzOQkkAAAAABmQQAAnMjk5XjZwNM3NDIwNTE5XjZwNM3NDIwNTM75XjZwNM3NDIwNTQzYQzA
AAANYAAAAAAAAAAAAZlEAAAAFFdha2UgVXAgdG8gYSBOZXcgRGF5I5CaIINAAAAKCgEBAAAAAAAAAooKAZnv///Y///
/

… AAAAAAAoEAAAaS91cGxvYWRyZEZpbGGVzL215bGl0dGxldG9uaug9yzcgGl0YWwvQ29udGVudC9NTEgvU3BlY2lhbh
HRpZXXMvU2xZXBfRGlzb3JkZXXItQ2VudGVyL1dha2UgVXAgdG8gYSBOZZXcgRGF5LnBkBZgoAAACgABhgYAAkAAAA
AJEAAAAAEjEAAAAAAAAAAAAJFwAAAAZr EAAAACzEwNzM7M3NDIwOTUxQwAAAAABJbAAAAAluEAAAAAAAAAAAAKCgl
vEAAAAAAGcBAAAAsxMDczNzQyMDk3NAZkEAAACzEwNzM7M3NDIwNTQ5QwSQAAAAGcxAAAACcyOTleMTA3Mzc7M3A7j
AMTleMTA3Mzc0MjA1MzleMTA3Mzc0MjA5NzQAAAAAAAAAAAAABBnQQAAAQRGlzYyBSZXXBsYWN1bWVudAknA
AAACgoBAQAAAAAAAAAAKCgGK7///2P///

… wAAAAAGdxAAAAEovTUxIL1NwZWNpYWx0aWVzL1NsZWVwL25vcmRlci1DZW50ZXIvRGlzY2xhaW1lci50eHQAAKAAKW
NzKS9EaXNjbGVpbWVyLnR4dAoACgABgwYAAAkAAAAJEAAAAAEJEAAAAAAA1IAAAAJFwAAAAZ6EAAAACzEwNzM;
3NDIwOTTczCRAAAAJfBAAAAl9EAAAAAAAAAAAKCgl+

… EAAAAAAAgfxAAAAsxMDczNzQyMDk7M3A3MwaAEAAAACzEwNzM7M3NDIwNTMwDAAAAQQAAAAAAAAAABBoMQAAAAdTWluaH1hb1bGGx5IEludmFzaZXl
Byb2NllZHVyYZXMJJwAAaAoKAQEAAAAAAAAAAACgoBe+///9j///8AAAAABoYQAAA+

… L01MSC9TcGVjaWFWFsdGllcy9TcG1uZS1S1TZXJ2aWNlcy9NaW5pbWFsbXHSaFskW52YXNpdmUtUHJvY2VkXJcy9KA
AoAAYgAAAAJAAAACRAAAAAACRAAAAAADAAAACTgDAAAGiRAAAAsxMDczNzQyMDk1NQoKCgAAAAAAAAAAAACZsNAA
AKCYsQAAAAAaMEAAAFzEwNzM;M3NDIyNTQ2ZfDEwNzM;M3NDIwNTQwQwQAAALMTA3Mzc0MjA1NDAJJAAAAAAaPEAA
AJzI5OV4xMDczNzQyMDUyM0l4NDMzZNzYM3NDIwNTQwXjM7M3NDIwNTQwAAAAAAAAKAW7v///Y////

… AAAAAAaTEAAAXi91cGxvYWRyZEZpbGGVzL215bG10dGxldG9uaug9yzcgGl0YWwv Q29udGVudC9NTEgvU3BlY2lhbh
HRpZXXMvU3BpbmVfU2Vydml jZXMvc3BpbmUtU2VydmljZXMvM2gtY3dzZYKAAYAYkGAAAJAAAACRAAAAAACRAAAAA
AEAAAACRcAAAAGlhAAAAsxMDczNzQyMDk1NQZEAAAAJAAAAAAACGgm1EAAAAJEAAAAAAAAA1IAAAAJFwAAAAGmhAAABcxEwN
zNzQyQwN3wxMDczNzQyMDU0MAabBcxEwNzM;M3NDIwNTQwQwSAAAAGnRAAAAAcyOTleMTA3Mzc;M3A1MTle
MTA3Mzc0MjA1NDBeMTA3Mzc0MjA1NDAeMTA3Mzc0MjA5NTQAAAAAAAABp4QAAAUU0kgSm9pbnQgRHlsZnnuVuY3Rpb24
gMAAAoKAQEAAAAAAAAAACgoBYO///9j///

… 8AAAAABqEQAAA1L01MSC9TcGVjaWFsFsdGllcy9TcGluZS1S1TZXJ2aWNlcy9TSS1Kb21udC1EeXNmdW5jdGlvbi8
KAAoAAYgQAAAAAaanEAAAFzEwNzM;M3NDIyNTQ3ZfDEwNzM;M3NDIwNTQ1Q8wQAAALMTA3Mzc0MjA1NDUJJAAAAaqE
AAAAZI5OV4xMDczNzQyMDUyNOl4NDMzZNzYM3NDIwNTQ1XjM;M3NDIwNTQ1QwSAAAAGxAAAABVBcG
hhc2I1IFNvcm5zZXlQyMDk5bZSAcyNQymDUx4xMDczNzQyMDU0MAAAAAADeAAAAAAAAAAAGqxAAABVBcG
hhc2I1IFNvcm5zZXlQyMDk5bXSAcyNQyMDUx4xMDczNzQyMDU0MAAAAAADeAAAAAAAAAAAGqxAAABVBcG
hhc2I1IFNvcm5zZXlQyMDk5bZSAcyNQyMDUx4xMDczNzQyMDU0MAAAAAADeAAAAAAAAAAAGqxAAAB
hhc2I1IFNvcm5zZXlQyMDk5bXSAcyNQyMDUx4xMDczNzQyMDU0MAAAAAADeAAAAAAAAAAAGxAAAABVBcG
… 8AAAAABq4QAABSL3VwbG9hZGVkRmlsZXMvbXlsaXR0bGV0b24tODVob3NwaXRhbC9Db250ZW50L01MSC9TcGVjaWFWF
sdGllcy9TcGhhc2I1IHU3VwcG9ydEdyb3Vw0AAGciCgABPyAAAAAlLUU3Boc3REZmlsZXMKgm1EAAAsxMDczNzQyMDk
EAAACzEwNzM;M3NDIwOTc1CRAAAAAJsxAAAAAAGthAAAEGth1AAAGmEQcAAAAlEAAAAAKCgm1EAAAAGthAAAAsxMDczNzQyMDkz
Qa3EAAAACzEwNzM;M3NDIwNTQyCRAAAAAasxAAAAAAEAAGth1AAAAGthBroQAAATQ2FySBBZnRlci1CbiFFN0cm9rZQknAAAAACgoBAQAAAAAAAAAAKCgFE7///
/2P///

… wAAAAAGvRAAAADEvTUxIL1NwZWNpYWx0aWVzL1N0cm9rZS1S1DZW50ZXIvQ2FyZS1BZnR1ci1BIFN0cm9rZSwKgKAAAA
GMBgAACQAAAAkAAAAQkQAAAAwAAAAAkXAAAAxAAAALMTA3Mzc0MjA5NzNzNzEJEAAAAAnCEAAAACcMQAAAAAaAA
AAAAAAAAoKCcQQAAAAanbAFEAAACzEwNzM;M3NDIwOTc2Zc2BsYQAAALMTA3Mzc0MjA1NDIJJAAAAAAnDIxJ50V4x
MDczNzQyMDU0M4xMDczNzQyMDU0Ml4xMDczNzQyMDk3M3NgMAAAADgAAAAAAAAAAEgyRAAACVDZW50dXJ5IEhlbY
Wx0aCBTdHJva2UgTmV0d29yayByBviIBDYXJlL1CSCAAAAKCgEBAAAAAAAAAAAoKATXv///Y////

… AAAAAAbMEAAAARS9NTEgvU3BlY2lhbHRHpZXXMvU3Ryb2tlLUNlbnRlcl9D3c3dCUlUNlbnRlRlci19DZW50dXJ5YXc0cTdKdHJva2UtUttH
mV0d29yay1vzi1DYXJlL1LwoACgABjQAAAJEAAAAAEJEAAAAAAAAJAAAAJEAAAAoAAAAJOgMAAAZeEAAAACzEwNzM;M3NDIwOT
c3CRAAAAAnWTQyCSQAAAAAGlxAAAACcyOTleMTA3Mzc;M3A1MTleMTA3Mzc0MjA1NDJeMTA3Mzc0MjA5NzcDAAAAAA4QAAAAAAA
AAABBtgQAAAaQ29tbXVuaXR5IEFN0cm9rZSBSZXNvdXJjZXMJJzXMJJwAAAooKAQEAAAAAAKCgoBJu///9j///

… 8AAAAABtsQAAA6L01MSC9TcGVjaWFsFsdGllcy9TdHJva2UtUtQ2VudGVyL0NvbW1llbml0eS1TdHJva2UtUtUmVzb3V
yY2VzLwoACgABjYAAYAAAkAAAAJEAAAAJEAAAAAUAAAABeEaAAACzEwNzM;M3NDIwOTc4CRAAAAAanDNzQyCSQA
AAnhEAAAAAAAAAAAKCgniEAAAAAGjgBAAAAsxMDczNzQyMDk;M3A3OAbkEAAACzEwNzM;M3NDIwNTQzQwSCQAAAAAaeQ2
9udGdFjdCB0aGUgU3Ryb2tlIENvm3JkaW5hdG9yCSCAAAAKCgEBAAAAAAAAAoKARfv///Y////

... AAAAAAAqFAAAFo3NTEgvU3bIY21lnbHpgXAVHvu3Ryb21tLUN1bnklJrJ5XRvvmoX5R0ZUTTIHJva2UtQ29vc
... mRpbmF0b3IvCgKAAAGPBgAACQAAAAkQAAAAQkQAAABgAAAAkXAAAABu0QAAALMTA3Mzc0MjA5NzkxAzkkJEAAAAA
... nvEAAACfAQAAAAAAAAAAAAAAOKCfEQAAAAAbyEAAACzEwNzM3NDNDIwOTc5VmQAAAALMTA3Mzc0MjA1ND1JZJAA
... AAAb1EAAAJzI5OV4xMDczNzQyQyMDUxOV4xMDczNzQyMDU0Ml4xMDczNzQyMDk3Mzg3OQQMAAAADjAAAAAAAEG9nAA
... AB5MaXR0bGGV0b24gU3Ryb2tlIIENlbnRlRlciBBd2fyZHMJJwAAAAAAoKAQEEAAAAAAAAACgoBC0////9j///
... 8AAAAAABvkQAAA+
... L01MSC9TcGVVjjaWFsdGllcy9TdHJva2U3Q2VudGGVyL0xpdHRsZXRvbilTdHJva2U3Q2VudGVyLUF3YXJkCy8KA
... AoAAZAGAAAJAAAAACRAAAAABCRAAAAAHAAAACRcAAAAG/BAAAAsxMDczNzQyMTM1NQkQAAAACf4QAAAJ/
... xAAAAAAAAAAAAAAACgoJABEAAAAABgEAAAALMTA3Mzc0MjEzNTYlxHEAAAsxMDczNzQyMDU0OMgkkAAAABgQRAA
... AnMjk5Xj1EwNzM3NDIwNTE5XjEwNzM3NDIwNTQyXjEwNzM3NDIxMzU1AwAAAAAOQAAAAAAAAAAAAQYFEQAAH05hdG1
... vbmFssIFN0cm9rZSBBd2fyZW5lc3MgTW9udGgJJwAAAAoKAQEAAAAAAAAAACgoB+e7///9j///
... 8AAAAABggRAABaL01MSC9TcGVjaWFsdGllcy9TdHJva2U3Q2VudGVyL0NvbW11bml0eS1TdHJva2U3UtUmVzb3V
... yY2VzL05hdGlvbmFsLVN0cm9rZS1Bd2fyZW5lc3MtTW9udGgvCgKAAAGRGBgAACQAAAAkQAAAAQkQAAAACAAA
... AAkXAAAABgsRAAALMTA3Mzc0MjI5AADAJEAAAAEkNEQACQ4RAAAAAAAAAOKCQ4RAAAAOYQEQAAAUZEZwn.
... zM3NDIwOTgwBhERAAAALMTA3Mzc0MjA1NDIJJAAAAAAATEQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDU0Ml
... 4xMDczNzQyMDk4MAMMAAAADlAAAAAAAAEGFBEAACBOZXXvyb2RpYWdub3N0aWWMaAGVGVzdGlGuYBXZSBPZmZlcgk
... nAAAACgoBAQAAAAAAAAAAKCgHq7v//2P///
... wAAAAAGFxEAAEAvTUxlL1NwZWNpYWx0aWVzL1N0cm9rZS1DZW50ZXIvTmV1cm9kaWFnbm9zdGljLVRlc3Rpbm
... ctV2UtT2ZmZXIvCgKAAAGSBgAACQAAAAkQAAAAQkQAAAACAAAAAkXAAAABhoRAAAALMTA3Mzc0MjI5ODIDEJEAA
... AAAkcEQAACR0RAAAAAAAAAAAAOKCR4RAAAAbyEAAACzEwNzM3NDIwOTgxVmQAAAALMTA3Mzc0MjA1NDJMQMAAADmAAAAAAAAEGI
... JAAAAAyiEQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDU0Ml4xMDczNzQyMDk4MQMMAAAADnAAAAAAAAAAEGI
... xEAAACgOAAAACZ29uaAAAACgoBAQAAAAAAAAAAKCgHb7v//2P///
... wAAAAGJhEAAACsvTUxlL1NwZWNpYWx0aWVzL1N0cm9rZS1DZW50ZXIvQ29tbXVsbml0eS1TdHJva2UtUmVzb3Vy
... KCS0RAAAAAAAYuEQAACzEwNzM3NDIwOTgyTjgyUaAAAALMTA3Mzc0MjA1NDJMQMAAAADmAAAAAAAAAAEGMhEAAAACgOAAAAKC
... gEBAAAAAAAAAoKAczu//Y////
... AAAAAAY1EQAAKi9NTEgvU3BlY2lhbHRpZXMvU3Ryb2tlLUNlbnRlci9VZWxlc3Ryb2tlLUNyb2tlLwoACgABLAYAAAkAA
... AAJEAAAAAEJEAAAAA1IWAAAAYfEQAAAYFQEAAACzEwNzM3NDIwOTgzVmQAAAtkxwAAAAAGMhEAAACgOAAAAAKCg
... k8EQAAAAGPREAAsxMDczNzQyMDk4MQPg2UaAAAALMTA3Mzc0MjA1NDJMQMAAAADnAAAAAAAAAAEGMhEAAAAKCg
... EQAACzEwNzM3NDIwZCSAVAAAAAQBEEAAAACcyUQAAABGAAAAkQAAAACf4QAAAJ/
... xAAAAAAAAAAAAAAACgoB+7///9j///
... 8AAAAABmIRAABEL01MSC9TcGVjaWFsdGllcy9Xb21lbnMtSGVhbHRoRoLVNlcnZpY2VzL2VlbmtUGVuc2l0eS1
... ldHJ5LwoACgABLQYAAAkAAAAkQAAAABCEQAAAAAJAAAAAkXAAAABmMRAAAALMTA3Mzc0MjEzMzYJ9wAAAASREA
... AAlKEQAAAAAAAAAKCgLLEQAAAAGTBEAAAsxMDczNzQyMDk4NDgMgZNEQAACZ2EwNzM3NDlwNTQMDWAAAAAAAAAA
... xEAAAAyLlQAACuVaaW5zdHD0aW5neSEQAAAAAKAa7u//Y///
... AAAAAZTEQAADi9QZWx2aWMtRmxvb3IvCvIgVaGAYGBgAACQAAAAkQAAAAQkQAAAAHAAAAkXAAAABlYRAAAALM
... TA3Mzc0MjA5ODEYRAACzEwNzM3NDIwOTQJdEAAAAy1EYQAACVOVoAAAAAADm7CVoRAAAAzBEQAACzEwNzM3NDIwOBlwRAA
... ALMTA3Mzc0MjA1NDlMJJAAAAaeEQAAJzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDU0Ml4xMDczNzQyMDk4NAM
... AAADrAAAAAAAAAAEGxxEAAEBvdVgyaW5lLl9IZWFYmZbbwJvblg6YXRph24JJwAAAoKAQEAAAAAAAAAAAAAACgoB
... n+7//9j///
... 8AAAAABmIRAABEL01MSC9TcGVjaWFsdGllcy9Xb21lbnMtSGVhbHRoLVNlcnZpY2VzL1V0ZXJpbmUtUtQXJ0ZXJ
... 5LVUtYm9saXphdGlvbi8KACgAAS4GAAAJAAAAACRAAAAABCRAAAAAJAAAAAkXAAAABmQRAAAALMTA3Mzc0MjEzM
... NaKQAAAACWCRAAAZ8EQAAAAAAOKWJEQAAAAGSREAAAsxMDczNzQyMDk4NTQJ9wEWNzM3NDIyNTU0UAAAAAOBAAAAAAAA
... AAAQZuEQAAEUhdvdyBCaWxsaaW5neUhvdy1Eb2VzLUl0LVdvcmstCgAAAAKCgEBAAAAAAAAAAKAZDu///Y////
... AAAAAAzxEQAAEy9Ib3ctdG9tlsbGluZy1xb3Jrcy9KAAoAAZDJrcy0KRAAAoAAZGAAAACRAAAAABCRAAAAAAAAAAAACRcAAAAAd
... BEAAAxMDczNzQyMDU0NAkAlREAAAAAAAAACXYxpaRAAAdFdjdWUuM3MygZBWGVpbGg6WDQ6YWRib3d3CJwAAAAAAAAAAAAAA
... UGehEAAAsxMDczNzQyMDU0N0BnwRAAAnMjk5XjEwNzM3NDIwNTE3XjEwNzM3NDIwNTQxXjEwNzM3NDI
... wNTU1AwAAAAAPAAAAAAAAQZ9EQAAEEhvc3BpdGGFsIEJpbGxpbmcJJwAAAAoKAQEAAAAAAAAACgoBge7//9j/
... //
... 8AAAAABoARAAASL0hvc3BpdGGFsLUJpbGxpbmcvCgKAAAGZBgAACQAAAAkQAAAAQkQAAAwAAAAkXAAAABoM
... RAAALMTA3Mzc0MjA1NTYJ9wAAAASREA+EQAAAAWAAAAkXACQoBcRAAAWVCBAAAAAOKCRAAAAAIEQAAAAGJwRAAAsxMDczNzQyMDU2
... DU1NgMAAAADBAAAAAAAAAAokXZ0IFANYQAAA9Pbmxpbm4tVpbGxpbmcJJwAAAAoKAQEAAAAAAAAACgoBCu7//9j///
... 8AAAAABo8RAAARL0hvc3BpdGGFsLVZpbGxpbmcJJgEAAA9Pbmxpbm4tUGFsbGluZy8KACgAAS8GAAAJAAAAAkQ
... AAAsxMDczNzQyMDU1NwkQAAAACZCRAAAJlREAAA9PbmluZS1CaWxsaW5nCBQYXklJwAAAAoKAQEAAAAAAAAACgoJlhE
... mBEAAAsxMDczNzQyMDU2MDU0MAkAlREAAAAAAAAACgoJlhEAAAAGBpcRAAALMTA3Mzc0MjA1NTcgZNEAAAACZ
... TU3AwAAAAPIAAAAAAQabEQAANkZpbmFuY2lhbHh1CBBc3Npc3RhbmNlCZwAAAAoKAQEAAAAAAAAACgoJlhEAAAAGE
... mBEAAAsxMDczNzQyMDU2MAlAlREAAAAAAAAACgoJlhEAAAAGBpRAAAxMDczNzQyMDU3AwAAAAAQYfdEQAAAZGhfE
... AAAsxMDczNzQyMDU1NwkAlREAAAAAAAAACgoJlhEAAAAAGBpRAAAxMDczNzQyMDU3AwAAAAAQYfdEQAAAZGhfE
... AAAsxMDczNzQyMDU1NwkAlREAAAAAAAAACgoJlhEAAAAGBpRAAAxMDczNzQyMDU3AwAAAAAGBjgZgZBWGVpbGgLVNhcnVsbk
... GSbEAAAsxMDczNzQyMDU1ADUxOQkAlREAAAAAAAAACgoJbEAAAABrUR0RAALMTA3Mzc0MjA
... NTkGthEAAAAsxMDczNzQyMDU1ADUxOQkAlREAAAAAAAAACgoJlhEAAAAGBpRAAAxMDczNzQyMDU1ADUxOQkAlREAAAAAAAAACgoJlhEAA3N

124454... DIwnrRaAwAAAPQAAAARAAABRAQa5pQacofUVcibTzw5pus9zcSCkAAAKCgEBAAAAAAAAAAAAo4xu///Y////
... AAAAAAa8EQAADS9Gb3ItU2VuaW9ycy8KAAoAAZ0QAAAJAAAAACRAAAAABCRAAAAAHAAAACRCAAAAGvxEAAAsxM
... DczNzQyMDU2MAkQAAAAACcERAAAJwhEAAAAAAAAAAAACgoJwxEAAAAABsQRAAALMTA3Mzc0OMjA1NjAjAGxREAAA
... sxMDczNzQyMDU0ONQkkAAAABscRAAANMjk5XjEwNNzM3NDIwNTE3JEwNzM3NDIwNTQ1jEwNzM3NDIwNTYVAwWAA
... AAPUAAAAAAAAAQbIEQAAHkhvc3BpdGFvlEJpbGxxZICZhbXA7IEluc3VyYW5jZQkHAAAACgoBAAQAAAAAAAAAAA
... CgE27v//2P///
... wAAAAGyxEAABIvSG9zcG10QlmlsbGluZy98KAAoAAZ4GAAAJAAAAACRAAAAABCRAAAAABAAAACRcAAAAgzh
... EAAAsxMDczNzQyMjwgNkgAAAAACdARAAAJ0REAAAAAAAAAAAAACgoJ0hEAAAAABtMRAAALMTA3Mzc0OMjMyMDY
... G1BEAAAsxMDczNzQyMjwNQkkAAAABtYRAAAnMjk5XjEjEwNzM3NDIwNTE3XjEwNzM3NDIwNTQ1xjEwNzM3NDIz
... MjA2AwAAAPcAAAAAAAAAAQbXEQAAG0Nvc3RzIGZvciBDb21tb24gUHJvY2VkdXJlcwknAAAAACgoBAQAAAAAAA
... AAKCgEn7v//2P///
... wAAAAG2hEAAD8vRm9yyLVBhdGllbnRzLWZuZC1GYW1pbGllcy9kCmljjaW5nLW5LOaNvc3RzLWZvcii1Db21tb24tUH
... JvY2VkdXXJlcy8KAAoAAZ8GAAAJAAAAACRAAAAABCRAAAAACAAAACRcAAAAg3REAAAsxMDczNzQyMzIwNgkQAAA
... ACd8RAAAJ4EAAAAAAAAAAAAAACgoJ4REAAAAABuIRAAALMTA3Mzc0MjMyMDcJEAAAAABuIRAAAnMjk5XjEwNzM3
... NDIwNTE3XjEwNzM3NDIwNTQ1XjEwNzM3NDIzMjA3AwAAAPgAAAAAAAAAQbmE
... QAAFJlcXVlc3RzIGZvciBDb3BpZXMgb2YgUmVjb3JkcwknAAAAAoAAZpwAAACRAQAAABCRAAAAACAAAACRc
... QAAF1Jlc3Vlc3QgQm9ydW5nIEVQbGF0Zm9ybTgoBAQAAAAAAAAKCgEBAAAAAAAAAAAAo8goBCe7//9j///
... 8AAAAAB vgRAABIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMtQmlsbGluZy1FUGxhdGZvcm0vCgAoAAZ50
... lbnRzLWFuZC1GYW1pbGllcy1GYW1pbGllcy1FUGxhdGZvcm0vCgAoAAZ50
... NDYOMjcKCgoAAAAAAAAAAAkeAwAAACR8DAAAJ/
... hEAAAAABv8RAAAXMTA3Mzc0MjY1Y2ODhM8TM3NDIwMjEzODkGAABIAAAsxMDczNzQyMzM4MAkkAAAAAnMj
... k5XjEwNzM3NDIwNTE3XjEwNzM3NDIzMzgwXjEwNzM3NDI2Njg4g4AwwAAPsAAAAAAAAAAYDEgAADk91ciBDb25
... taXRtZW50CSDYDAAAACgEBAAAAAAAAAAAoKAfvt///Y////
... AAAAAYGEgAAEC9PdXItQ29tbW50b0VudducGA4AAyAAAAsxMDczNzQyMzM4MAkkAAAAAoKAfvt///Y////
... AsxMDczNzQ2N1NQoFc1gAAAAAAAAACR4DAAAJHwMAAAAkGEgAAAGDRIAABcxMDczNzQyNjjY4OXxmDczNz
... QyMzM4MAYOEgAAACzEwNzM3NDIzMzgwCSQAAAAAGEBIAACcyOTleMTA3Mzc0MjA1MTdeMTA3Mzc0MjMzODeMTA
... 3Mzc0MjA1MTRjAAAAAAABhEESAAAQSG9zcG10YTWwgUmF0aW5ncwknAAAAAAAAAACgHt7f//2P///
... wAAAAAGFBIAABIvSG9zcG10Q1YWrtUmF0aW5ncy/8KAAoAAEsxMDczNzQyNjhIcRAAAJHwMAAAAkGAEAAAAGFx
... IAAsxMDczNzQyN0OAoKCAAAAAAAAACR4DAAAJHwMAAAAkGhIAACcyOTleMTA3Mzc0MjA1MTdeMTA3Mzc0MjMzODe
... MTA3Mzc0MjA7ODADAAAA/
... QAAAAAAAAABh8SAAARSG9tZSBDYXJlIFFhdGluZ3MJMJJgMAAAoKAXQEAAAAAAAAAAACgoB3+3//9j///
... 8AAAABiISAAATLOhvbWUtQ2FyZS1SYXRpbmdzL8KAAoAAEsxMDczNzQyNjhICRAAAAJHwMAAACGGAAAoKXQEAA
... QAAABAAAAakxXAAABiYXAAAAABMoKCgAAAAAAAACoJJxIAAAAABigSAAAXMTA3Mzc0MjY4N0j18MTA3Mzc0Mzc
... MjMzODADGAAAAAAxMDczNzQyMjgwCSQAAAAAGisGAAAAAnMjk5XjEwNzM3NDIwNTE3XjEwNzM3NDIzMzgwXjEwNz
... zM3NDI2ODY5AwAAAPDAAAAAAAAAASEgAADkbrYJ8BSYXRpbmdzBymdzCVUCAAAAKCgEBAAAAAAAAACoKAdLt//
... /Y////
... AAAAAAYvEgAAKS9Db21wb25lbnRzL1RlBsXXBsYXlcy9Qcm92aWdlci1JBgAAAAlBgAACQAAA
... AkQAAAAAQkQAAAAAQkkXAAAABjSISAAALMTA3Mzc0MjA1NjMJMFEAAAAAAK0EgCTTUSAAAAAAAAAAAAAoKCT
... YSAAAAAAY3EgAAAACzEwNzM3NDIwNTY4CSQAAAAAGXg16iCTTY6JBjgSAAAAAl9gAACQ6EgAAAAOGOxIAAAhSeEFzc2l2lZAkn
... AAAAAAKCgHD7f//2P///
... wAAAAGPhIAAB8vQVudHHVySlll1IZWFsdGhjYXJlLy8KAAoAAZ51AAAJAAAAACRAAAAABCRAAAAACAAAACRcQAAA
... AAaAgAAAkYXAAAAABkESAAALMTA3Mzc0MjA1NjJQZAAAAA1DEgAACUQSAAAAAAAAAAAAAoKCUUSAAAAAAZGEgA
... ACzEwNzM3NDIwNTYlMRB0kcSAAALMTA3Mzc0MjA1NjDJZJAAAAAYEgA1I50V4xMDczNzQyMDUxNDe
... MDU0OF4xMDczNzQyMDU2NAMAAAAAPBAQAAAEEGSQ1IAABpYzZml1m0NoZVWdYXVNGL8KAAoAAZ
... AoKAQEAAAAAAAAACoBtO3//9j///
... 8AAAABk0SAArL0NlbnRcb1cmEtU2VydmljZS1DamVnXy8KAAoAAZ9jzHZr1RlbBsYXkcy9Qcm92aWdlci1JBgAAAAlBgAACQAAA
... AECglUEgAAAAAAVRIAAABbbaXZLmVzc2FnZS1DZWdlc85mDZSSpYaClYXWdoZUYVFdSL8KAACRCBEAAAAAJwQAAAE
... GoxXV4xMDczNzQyMDUOMF4xMDczNzQyMDUyMDU2MgkkAAAAABp1SAAAAnMjk5XjEwNzM3NDIwNTE3XjEwNzM3NDI
... wNTEjXjEwNzM3NDIwNTQ1Q4XjEwNzM3NDIwNTY3AwAAAABMRAAARFBWAllcaWhmlhdGlvbiJUGVXVlsLcAAAAAACgGW7f//2P///
... wAAAAGGaxIAADQvVudHVyeS1JZWFsdGhjYXJlLy8KAAoAAZ9jzHZr1RlbBSYXNpYWWBm4SAAAALMTA3Mzc0MjA1NjcEAAAAAAACE
... AAAAAAAAAAoKCXIIAAAAAAAZzKEgAAAAZzLEgAAAZz
... OV4xMDczNzQyMDUxN14xMDczNzQyMDU1MV4xMDczNzQyMDU2MwAAAAAAAAAGd4IAABOYXZpZ2F0aW9uTjUGVXVl
... FJlcHJlc2VudGl0aXZlCSQAAAAAAoKAYft///Y/////

124454... AAAAASOFgAAGS9QYXRpZW50dLvIJcHUTDVUdGF9aX2Tlcy8KAoAAaCGAQAAAABAACRAIAABCAAAAAABAAAAC
... RcAAAAGfRIAAAsxMDczNzQyMjQQAAAAACX8SAAAJgBIAAAAAAAAAAAACgoJgRIAAAAABoISAAALMTA3Mz
... c0MjA1NjIGgxIAAAsxMDczNzQyMDU0NwkkAAAABoUSAAAnMjk5XjEwNzM3NDIwNTE3NjEwNzM3NDIwNTQ3M3XjE
... wNzM3NDIwNTYyYwAAAAAgBAAAAAAAAAQaGEgAAE0ltcG9ydGFudCBdWvzdGlvbnMJJwAAAAoKAQEAAAAAAAAA
... CgoBeO3//9j///
... 8AAAAAABokSAAAVL0ltcG9ydGFudC1RdWVzdGlvbnMvCgAKAAGrBgAACQAAAAkQAAAAAAkQAAAAAQAAAAkXAAA
... ABowSAAALMTA3Mzc0ODK5ODEKCgoAAAAAAAAAAakeAwAACR8DAAAJjxIAAAAABpASAAAXMTA3Mzc0OMjcwNTB8
... MTA3Mzc0OMjM0MzcGkRIAAAsxMDczNzQyMzQzNwkkAAAABpMSAAAfMjk5XjMmWF4xMDczNzQyMzQzN14xMDczN
... zQyNzA1MAMAAAAAeAQAAAAAAAAGlBIAAA9NYWtllIGEgRG9uYXRpb24JJgMAAAAoKAQEAAAAAAAAACgoBau3//
... 9j///
... 8AAAAABpcSAAAApL01MSC9BYm91dC1Vcy9Gb3VyZGF0aW9uL01ha2UtYS1Eb25hdGlvbi8KAAoAAwMAAAJAAA
... ACRAAAAAACRAAAAACAAAACRcAAAAGmhIAAAsxMDczNzQyNTQ0OAkkAAAAAAAAACR4DAAAJHwMAAAmdEgAA
... AAAGnhIAABcxMDczNzQyNzA1MXwxMDczNzQyNzQ2MzcGwxIAAAsxMDczNzQyNzQ2MzckAAAAAABpYOTleM
... zAwXjEwNzM3NDIzNDM3XjEwNzM3NDIwNTEKAwAAAAB8BAAAAAAAAaiEgAAE1Byb2dyYW1zIFdl1IFdLVRvcHven
... QJJgMAAAAoKAQEAAAAAAAAACgoBXO3//9j///
... 8AAAAABqUSAAAtL01MSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL1Byb2dyYW1zLVdlLVN1cHBvcnQvCgAKAAGtBgA
... ACQAAAAkQAAAAAkQAAAAAwAAAAkXAAAAABqwSAAAALMTA3Mzc0ODI4MDcGkRIAAAsxMDczNzQyNzkwODgkAAAAfM
... jk5XjMwWF4xMDczNzQyNzQ2Mzc4XjEwNzM3NDI40AMAAAAgQAAAAAAAAAGsBIAAABJBc3NvNW2l1hdGUgUgQ2FtcG
... FpZ24JJgMAAAAoKAQEAAAAAAACgoBTu3//9j///
... 8AAAAABrMSAAAsL01MSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0Fzc29jaWF0ZVNlbDGkAAAAAAA4AAAAAA4GAAA
... JAAAACRAAAAAaAACAAAAAAAACRcAAAAGCRcAAAAGtUSAAAsxMDczNzQyODQwMwkkAAAAaxAAAAAAAAAGxAAA
... EgAAAAGuhIAABcxMDczNzQyNzA2MAOHWxMDczNzQyNzAyNwa7EgAACWNzQyODQwM14xMDczNzQyODQwM14yO
... TleMzAwXjEwNzM3NDI3NDI3MDMGNV1IDMDQ4AwAAAAEBAAAAAAAAAAAAEBAAAAAEEZvdW5kYXXdGlvbi1BYm91dC-
... EgAAEUZvdW5kYXXRpb24gRXZ1bnRzCSYDAAAKCgEBAAAAAAAAAAOoKAUDt///Y////
... AAAAAAbBEgAAKy9NTEgvQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uLVUV2ZW50cy9KAoAAAa8BGAAAA
... AAACRAAAAAACRAAAAAFAAAACRAAAAGxBIAAAsxMDczNzQyODQwNwkkAAAAAAAACR4DAAAJHwMAAAnHEg
... AAAAAGyBIAAAsxMDczNzQyNzA3MAOH3wxMDczNzQyNzAwNwbgEgAACzEwNzM3NDI3NDM3CSQAAAAbMEgAAEEZvdW5
... JgMAAAoKAQEAAAAAAAAACgoBMu3//9j///
... 8AAAAABs8SAAAqL01MSC9BYm91dC1Vcy9GzGF0aW9uL0vdW5kYXXpb24tRXZlbnRzL2kgKAAAAbgAACQAAAACQ
... AAaKQAAAAakQAAAAA0AAAkXAAAAACs8SAAAsIAALSAAAALMTA3Mzc0ODk0OGQWD5ODEKCgoAAAAAAAakeAwAACR8D
... AAAABtYSAAACMTA3Mzc0ODk4MgaAOH8xMTA3Mzc0OGjM0MzEKCgoAAAAkXAAAAGFZBrcAAAATA3Mzc0ODk4OWtk
... jWhTmCxAAAMTA3Mzc0ODQwM14xMDczNzQ4NTfbE8AAAGBDAWBTYEkMw0wCjAAAAAAAGBBDgVuYMlwOyBH
... ZXQgSW52b2x2ZWQJJgMAAAoKAQEAAAAAAAAACgoBFu3//9j///
... 8AAAAABusSAAAsL01MSC9BYm91dC1Vcy9GzGF0aW9uL0NvbnRhY3QtRm91bmRhdGlvbi8KAoAAAb0AACAAAA
... JAAAACRAAAAAACRAAAAAAaCAAAAAaCAAAAA0AAAAJHwACAAAAAAHJlIAAAsxMDczNzQoMmzeCSQAAAAbxEgAAAAAby
... EgAAEvREwNzM3NDI1OTI4fDEwNzM3NDI1OTI40BvMSAAALMTA3Mzc0MjMyNDQwLJJAAAAAb1EgAAHzI5OV4zMDBeM
... TA3Mzc0MjMGNDReMGU5MjggDAAAJwEAAAAAAAAAABvYSAAAPQXNraW5nEEZvciGNDeA4KCg
... EBAAAAAAAAAoKAQjt///Y////
... AAAAAAb5EgAAQC9NTEgvQWJvdXQtVXMvRm91bmRhdGlvbi9GaWxLFdLW9uL1cTClcGlyaXR1YWWxUmVzb2luZzI2luZ
... y1Gb3ItSGVscC8KAAoAAbm0AABgAACAAAAAACRAAAAAaEZRAAaOaCgAAACCRAAAAG
... BIAAAQ4MjA0CgoKAAAAAAaJHgMAAAJfAwAAAaCf8SAAAAAAYAEwWAAaaFZEwNzM3NDI1OTI4fDAwNzM3NDIzMT
... Q0bGETAAAALMTA3Mzc0MjMyMzMkAAAAAbSEgAAAXMTA3Mzc0OMjM4NTf0aMAAAaCAKAEAAAAAAAaCgLZAAA
... AKAEAAAAAAaBgQTAAAAaKQ2hhcGxhaW5zIWjeGkmWAAAJJeQkmAwWAACeBgAAaAaKCgH67P//2P///
... wAAAAAGBxMAAADsvTUxIL0Fib3V0LVVzL0Vtb3Rpb25hbC1TdXBwb3J0/CgAKAAGLBgAACQAAAACRAAAAAewAA
... FpbmN5TUAAAaBCgQAAAAAAaAGAAAAAAAACR8DAAAAaBg4TAAAAAAAaCR8DAAAJfAwAAAaACf4SAAAAAAeAw
... ACR8DAAAAJDRMAAAAaBg4TAAAAA1TAAAALMTA3Mzc0OMjMzMZTAAAsxMDczNzQ2MEONAkkAAAA
... BhETAAAaFMjk5XjMmWF4xMDczNzQyMzM0MzcGNDeA4KCgEBAAAAAAAAACgoBHu3//9j///
... 8AAAAABhUTAAABML01MSC9BYm91dC1Vcy9FbW90aW9uYWwtU3VwcG9ydC8KAAoAAbmE0AABgAACAAAAAACRAAAA
... aEZRANb3JhbCBCZFZHV1JYRpb24JJgMAAAoKAQEAAAAAAAAACgoBGu3//9j///
... wAAAAAGMRMAAAEIvTUxIL0Fib3V0LVVzL0Vtb3Rpb25hbC1TdXBwb3J0L0dWFsLVJlc291cmNlcy9Db211dW
... luZy1by1BZGFwdC8KAAoAAbcGAAAAAbcGAAAAACRAAAAACRAAAAAGAAAAGAAAAGNBMAAAQ4MTgwCgoKAAAAAAAA

Page 3873

124454…
AAAAAjmAAAAAfAwAAAnfGfAAAAAAYnMMLDTUTDTUTDTw2fDEwMw2M3M9SEmTqQBjUTAAALMTA3Mzc0MjMx
NDQJJAAAAAAY7EwAAHzI5OV4zMDBeMTA3Mzc0MjMxNDReMTA3Mzc0MjU5MzMADAAAALAEAAAAAAAAABjwTAAAOT
GlnaHQgYSBDYW5kbGUJJgMAAAoKAQEAAAAAAAAACgoBwuz//9j///8AAAAABj8TAAA/
LO1MSC9BYm91dC1Vcy9Y9FbW90aW9uCAAAAFtBUwt0LVNVMtYW5kLVNVQ9dHVhbC1HQtYS1DYW5kbGUvC
gAKAAG4BgAACQAAAAkQAAAAAAkQAAAABwAAAAkXAAAABkITAAAEODE3MQoKCgAAAAAAAAACR4DAAAJHwMAA
A1FEwAAAAAGRhMAABcxMDczNzQyNjE4NHNwxMDczNzQyNzE0NHNwaWxsZMTQ0OCSQAAAAGSRMAAB8
yOTIeMzAwMzEzwyJEwEwAzTU5NDIzMTQ0OxJEwNzM3NDIlOTM1MTQ0OMAAAAAAAAAAZKEwAAFE1ha2luZSBrUb3VnaCBD
aG9pY1VzCSYDAAAKCgEBAAAAAAAAoKAbTs//Y////
AAAAAAzNEwAARS9NTEgvQWJvdXQtVXMvRW1vdGlvbmFsLWFuZC1TcG1yaXR1YWwtQ2FuZGxlL01ha2luZ
y1Ub3VnaC1DaG9pY2VzLwoACgABuQYAAAkAAAAJEAAAAJEAAAAgAAAAJFWAAAAZQEwAABDgwOTUKCgoAAA
AAAAAAxAkeAwAACR8DAAAJUxMAAAAABlQTAAAXMTA3Mzc0MjU5M3M4MTA3Mzc0MjMxNzQyNzE4NHNwaWxsZMvQ
yMzE0NAkkAAAABlcTAAAFMjk5MwM3M4xMDczNzQyMzE0Njk4MTA3Mzc0MjMxNDA0OMAAAAAAAAAAAGWBMA
ABJQcmFjdGljJ2SBvZiBQcmF5ZXIZIJJgMAAAoKAQEAAAAAAAAACgoBpuz//9j///
8AAAAABlsTAABDL01MSC9BYm91dC1Vcy9FbW90aW9uYWwtYW5kLVNwaXJpdHVhbC1DYW5kbGUHJhY1R
pY2Utb2YtUHJheWVyLwoACgABugYAAAkAAAAJEAAAAJEAAAAgAAAAJFWAAAAZQEwAAADgwOTYKCgoAAAAAAAAAAGZhMAAA
lSZXNvdXJjZXMJJgMAAAoKAQEAAAAAAAAACgoBmOz//9j///
8AAAAABmkTAAAL6L01MSC9BYm91dC1Vcy9FbW90aW9uYWwtYW5kLVNwaXJpdHVhbC1DYW5kbGUvUmVzb3V
yY2VzLwoAKgABuwYAAAkAAAAJEAAAAJEAAAAoAAAAJFWAAAAZQEwAABDgwOTcKCgoAAAAAAAAAAkeAwAA
CR8DAAAJUxMAAAAACAEwAAAXMTA3Mzc0MjU5M3M4MTA3Mzc0MjMxNzQyNzE4NHNwaWxsZMAAAAAGBMAAB5XaGF0IGlsmIE
kmIzM5O20gbm90IENocmlzdGlhbhj8JJgMAAAoKAQEAAAAAAAAACgoBiuz//9j///
8AAAAABncTAAABLL01MSC9BYm91dC1Vcy9FbW90aW9uYWwtYW5kLVNwaXJpdHVhbC1DYW5kbGUvV29yZC1
pZi1JLW0tbm90LUNocmlzdGlhbi0wVcgAKAAG4BgAACQAAAAkQAAAAAkQAAAAwAAAAJFWAAAAZQEwAAADEBA
EwAAABncTAAABLL01MSC9BYm91dC1Vcy9FbW90aW9uYWwtYW5kLVNwaXJpdHVhbC1DYW5kbGUvV29yZ25
tdG8tdGdlEmdC1zb3UvCgAKAAG4
BgAAAEBwAADEBA
BgACQAAAAkAQAAAAkQAAAAkXAAAABpYTAAALMTA3Mzc0MjMwMjJUJEAAAAAmYEwAACZkTAAAAAAA
AAAAAoKCZoTAAAAAabEwAACzEwN3M3NDIxMDlBpwTAAADMzAzCSQAAAAGnhMAAByOTIyNQAQAAAAAAAAAAEGnxAAAAAAAAEGnxMAAATxw
czNzQyMTAyNQAQAAAAAAAEGnxMAAABxwIDxwxTAwAAAAACmAAAxCcmVGV5c3QQAJJWAAAAAAACgoBX+z//9j
///
8AAAAABqITAAAATL01MSC9BYm91dC1Vcy9MZWFkZXJzaGlwLjUzaGUVL0oyZXXR0LZDUiZcmZW5dSwZ5dcRA
AAABqoTAAALMTA3Mzc0MjEwMjEKCgoAAAAAAtEwAAAAAtEwAAAAatEwAAAAAtEwAAAAatEwAAAAAoGoJrgMAA
AAAAUBwAAEAAAAAAAAAOAhAAAMLMAAQauEwAADENoZXXR0LZDUiZcmZW5dSwZ5dcR
LO1MSC9BYm91dC1Vcy9MZWFkZXJzaGlwLjUzaGUVL0oyZXXR0LZDUiZcmZW5dSwZ5dcRAAAA
/Y////
8AAAAABqITAAAABqITAAA9TL01MSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0oyZGluLU9uLUFDUiZcmZW5dSwZ5dcR
AAAABqoTAAALMTA3Mzc0MjEwMjQKCgoAAAAAAtEwAAAAAdEwAAAAadEwAAAAAdEwAAAAadEwAAAAAAAA
AAAAAa/
EwAAKS9NTEgvQ29udGFjdC1Vcy9GdGdZGVyc2hpcC9NYWRaY2hpbmtVL0oyZGlu
APMTA3Mzc0MjZMTZ8MzAzCSQAAAAGyhMAAByOTIyNQAQAAAAAAAAAAEGyxMAAAEDyZ45MjMxNDQKCgoAAA
3AQAAAAAAAAGyhMAABBBgbFuIFZlcnJjEbjbGwsIEl0ECSYDAAAKCgEBAAAAAAAAAKoKATTs///Y////
AAAAAAbNEwAAKi9NTEgvQWJvdXQtVXMvTGVhZGVyc2hpcC9KdGdhbC1Pbi1Bl0xQVvLWCgBwgY1AAAkAAAAJEA
AAJEAAAAaANEwAAAUAAAAJFWAAAAZQ2F3aWduZSBkZWNpc2lvbnMJJgMAAAoKAQEAAAAAAAAACg
nUEwAAAAAQ1RMAAAAXMTA3Mzc0MjZMTQ2M4w5MTMwMTA3Mzc0MjZMTZ8MzAzCSQAAAAGyhMAABBBgbFuIFZlcn
wMjcDAAAOAEAAAEAEAAABBtkTAAALUmhvdmFhbHRUbRhIFdhcmNhcGJlQ2VyaWZpY2F0ZS0wCgAKAAG4B
gAAACQAAAAkQAAAAAAAAZKEwAAFE1ha2luZSBrUb3VnaCBDaG9pY1VzCSYDAAAKCgEBAAAAAAAAoKAbTs//Y////
8AAAAAAbtwTAAALL01MSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0pvb25iczI1a3lYJKLwoAAACgBwwWAAAAkAAAAJEAA
AAAaJEAAAAAAAAAAJFWAAAAZC1hZWVRvaWduZSBkZWNpc2lvbnMJJgMAAAoKAQEAAAAAAAAAKoKATbs///Y////
Mzc0MjQxZMd8MTA3NzQyMjMxNDQKCgoAAAAAAAAbEwAAByTAAAnMjk5MWk3M3M4MTA3Mzc0MjNDVWTE4X
jEwNzM3NDIwNTczXjEwNzM3NDIwMTU1MTQ0OMAAAAAAEAAAAAAbnEwAAF1ZvbHVidGVlciBPcHBvcnR1bml0aWVz
VzCSYDAAAKCgEBAAAAAAAAoKARfs///Y////
AAAAAAbqEwAAMS9NTEgvQ29udGFjdC1Vcy9Volci9Wb2x1bnRlZXItT3Bwb3J0dW5pdGllcy8wCgAKAAo
cQGAAAEBAAAAAAAAEAAAAAaAAEABbwAACRAAAAJEAAAEQAAAOTE8CgoAAAAAAaxMAAAXMTA3Mzc0MjZMTZ8MzJHAAAAAb
AAAbxEwAAEWNzEwNzM3NDI0MTMwMTA3Mzc0MjZMTZ8MzAzCSQAAAAGyhMAAByOTIyNQAQAAAAAAAAAAEGyxMAAAYnEwAAF1ZvbHVudGVlci1PcHBvcnR1bml0aWVzCSYDAAAKCgEBAAAAAAAAoKAafs///Y////
8AAAAAAbqEwAAMS9NTEgvQ29udGFjdC1Vcy9Volci9Wb2x1bnRlZXItT3Bwb3J0dW5pdGllcy8w
xMDczNzQyMDUxOV4xMDczNzQyMDMyMU4xMDczNzQyNDEzMAAAAAABqAAAAAaAaoBAQAAAAAKCgEJ7P//2P///wAAAAAB+
dHMgZm9yIFFZHVdGVlcmlu
dHMgZm9yIFFZHVdGVlcmlu
BMAADcvTUxIL0NvbW11bml0eS9Wb2x1bnRlZXItT3Bwb3J0dW5pdGllc5ZW5jvci9Wb2x1bnRlZXItT3Bwb3J0dW5pdGllc5ZXJpbmcvCgAKAA

124454

HFBgAAQyAAAAKQAAAAAAKQAAAaWAAAAAXHAAAABvsTAAAAENzKyOQoRCgAAAAAAAAACR4DAAAJHwMAAAn+
EwAAAAAG/
xMAABcxMDczNzQyNDEzNHwxMDczNzQyMDU3MwYAFAAACzEwNzM3NDIwNTczCSQAAAAGAhQAACcyOTtMTA3Mz
c0MjA1MTheMTA3MzczMjA1MjA3MTA3Mjc4MjAxNzcSUQAAAAAABgMUAAAXSnVuaW9yY1FFZvbHVudGV
lcnMJJgMAAAoKAQEAAAAAAAAACgoB++v//9j///
8AAAAABgYUAAArL01MSC9Dbb2ltdW5pbntcVm9sZW50ZWVyc01wb1mlvci1Wb2x1bnRlZXJzbWLwoACgABxgYYAAAk
AAAAJEAAAAAJEAAAAAYAAAAJFwAAAAYJFAAABDc5MTcKCgoAAAAAAAAAkeAwAACR8DAAAJDBwAAAAABg0U
AAAXMTA3Mzc0MjQxMzRzV8MTA3Mzc0MjA1NzMGDhQAAAAsMDczNzQyMDU3M3wkAAAABhUAAANjk5XjEwNZM3N
DIwNTE4XjEwNzM3NDIwNTEwMTcxMDcyNzgyMDE3MTRAAEAAEME4XjEwNzM3NDIwNTE4Xjc5ECBWAA2
x1bnRlZXIgVm9pp8pY2UJJgMAAoKAQEAAAAAAAAACgoB7ev//9j///
8AAAAAABhQUAAAA2L01MSC9Dbb2ltdW5pdHkVm9sdW50ZWVyc01Dzb2xLdSlWb2x1bnRlZXItVm9pY2U
vCgAKAAHHBgAACQAAAAAAKQAAAAAkQAAAABwAAAAkXAAAAABhcUAAAAENzkzkzMwoKCgAAAAAAAAAACR4DAAAJHwMA
AAkaFAAAAAAAGGxQAABcxMDczNzQyNDEzNHwxMDczNzQyMDU3MwYcFAAACzEwNzM3NDIwNTczCSQAAAAGAhQAA
CcyOTtEeMTA3Mzc0MjA1MTheMTA3Mzc0MjA1NzM3MjA1MTA3Mjc0MjA1MTA1MWdGFjdCBNYW5hZ2VtZW50CQoKAAAABh8UAAaddQ29udG
FjdCBNYW5hZ2VtZW50
8AAAAABiIUAAAA3L01MSC9Dbb2ltdW5pdHkVm9sdW50ZWVyc01wb1nvbnRhY3QtTWFuYWdlbWVudAkmAwAAQgoKA
zLwoACgAByAYAAAkAAAAAAAJEAAAAAaAoAAAAJOAMAAAYvIFAAAAoZoQAAAAAAQAAARoKKSSYUAAAAAAoKCSYUAAAAAYn
FAAAAFzEwNzM3NDI1NjVmDEwNzczMjA1MDctMTA3Mzc0MjA1MTgBigUAAAYFhaWnYY0NlbGFtaW1sdFA1dEZvcm0uUYXNweD
zQgRm9ybQlVAgAACgoBQAAAAAAAAAAKCgHT6///2P///
wAAAAGLhQAAFpoGHRwczovL2N1bnbn1cmEuc2VydmljZXM1NmbsmEuc2VyecovRmlsbE9lctZveumuuYXNwe
9mb3JtbmtfZT1MQUhfVm9sdW50ZWVyX0ludm9sdmVtZW50MDEKAAJAAAAaACRAAAAAABAAAAAR6
ACRcAAAAGMRQAAsASxMDczNzQyjczNwkQAAAACTMUAAAJNBQAAAAAAAAAAACgoJNRQAAAAABJYUAAALMTA3
Mzc0MjI3MzMzcGNxQAAAsxMDczNzQyMDU3MzMgkkAAAAMjk5XjUAAANMjk5Xj5XjEwNzM3NDIwNTcy
jEwNzM3NDIyNzM3AwAAAAE8BAAAAAAAAQY6FAAAF0Vib2xnHIFZpcnNVzIElulm9ybWFhcaW9uCSYAAAAEBAAAAAOkCAcTr///Y////
AAAAAAoKAcTr///Y////
AAAAAA9FAAADS9FYm9sYS1J1WaXJ1y8KKAAAcoGAAAJAAAAACRAAAAAAAcKAAAAAABAAAAARcRAAAGBQAAAasxM
DczNzQxODY1NQoKCgAAAAAAAAACR4DAAAJHwMAAAlDFAAAAAAGRBQAABcxMDczNzQyNTQM3wxMDczNzQyMj
k0OQQZTFAAAAAlcFAAANAAATDIyOTtM50AMCcyOYOTleMTA3Mzc0MjALMjBeMTA3Mzc0MjA1MjBeMTA3Mzc
0MjU0ONDMAAAUQEAAAAAAAAABkgUAAAIRXhlcmNpc2UgUJJgMAAAoKAQEAAAAAAACgoBtuv//9j///
8AAAAABksUAAALL0V4ZXJjaaXNlL1LS8RKAAoAAcsGAAAAJAAAAAACRAAAAAAAcKAAAAAABAAAAARcRAAAGUhQAAAXMrR
cNzQxODY1NQoKCgAAAAAAAAAAAACR4DAAAJHwMAAAlRFAAAAAAUh0hQAABzSLRFAAAAAAUhQAAAAzwcAABcxMzNwdAABCXM3wM
OQZTFAAAAACzEwNzM3NDIyNDQ5VRQAACyOTleMTA3Mzc0MjALMjBeMTA3Mzc0MjU0ONDMMTA3Mzc0Mzc0MjU3NDleMTA3Mzc0M
jU0NDQDAAAAUgEAAANLMFUAAAAJTnV0cml0aW9uCgkmAwAAAAoKAQEAAAAAAACgEBAAAAAAAAAAAKaajr///Y////
AAAAAAzZFAAADS9OdXRyaXRpb24KKAAAAsxLwoACgAByMGAAAAJAAAAAYWAAAAACWVAAAAAWAAAAAAAAAA8GAAAAAARsHAAAAAAACWE
AADQAAAAAWAAAAAAAWAAAWXAAAWXAAAAAAAWAAA8GxAAAAAA4RUHBwAAAAA4RWXBwAAAAAAAA8GAAAAA8GAAAAA8GAAAA8GAAAA8GAAAAsHAAAAAAACWE
AADQAAAAAWAAAAAAAWAAAAAAAWXAAAWXAAAAAAAWAAA8GxAAAAAA4RUHBwAAAAA4RWXBwAAAAAAAA8GAAAAAA8GAAAAA8GAAAAsHAAAAAAACWE
UAAAGAAAAEIBwAAGQAAAAAAAAADABBwAAGQAAAAAAAa0HAAAGBQAAAAAAACW0UAAAGAAAAaAaaCgAAAAF/
BwAAGQAAAAlrFAAABAAAAAAQAAAAABIQcAABbkAAAJZRQAAAAAAaAMHAAAA2AAAAACWOUAAAAKACWoF/
AGdBwAAGQAAAAluFAAAwAAAAMAAAABowcAABkAAAAJZRQAAAAAAAAa0HAAAAn0HAAAZAAAAAACXAUAAAAHAAAABw
AAAAG3AAAAAAAWXAAAAWXAAQgAAAAsxXAAaAaAaAa3wcAABkAAAAJdRQAAAEAAAAAAaekHAAAAsAAAAAaaCXYUAAAB
AAAAGAAAAEIBwAAGQAAAAllFAAAAaAaAaAaAaB/
QcAABkAAAAJZRQAAAaaAaAQcIAAAZAAAAACWUUAAAAAAaaaAAaaaAAERCAAAGAAAAllFAAAAAaaaA
ABGwgAABkAAAAJZRQAAAaaASUIAAAZAAAAACWUUAAAAaaaaaAAaaesCAAAGAAAAllFAAAAaaaaA
AAABNAgAABkAAAAJZRQAAAaaaaAATsIAAAZAAAAACWUUAAAaaaaaAAAFFCAAAGQAAAAllFAAAAaaa
AAAAAABTwgAABkAAAAJZRQAAAaaaaaAAVUIAAAZAAAAAACWUUAAAaaaaaaAAAAfCAAAGQAAAAllFAAA
AAaaaaaBaQgAABkAAAAJZRQAAAaaaaaaAAXMIAAAZAAAAACWUUAAAaaaaaaaaAAAAF9CAAAGQAAAAllFA
AAaaaaaaaaBhwgAABkAAAAJZRQAAAaaaaaaaAZEIAAAZAAAAACWUUAAAaaaaaaaaaaaGbCAAAGQAAAAllFAA
AlFAAAAaaaaaaaaaBpQgAABkAAAAJeBQAAAcAAAAHAAAAa8IAAAZAAAAACWUUAAAaaaaaaaaaaaAAG5CAAAGQAA
AAl6FAAADAAAAAWAAAABwwgAABkAAAAJexQAAAUAAAAAaaaaaAAAHXCAAAG
QAAAAl1FAAAaaaaaaaaaB4QgAABkAAAAJZRQAAAaaaaaaaaaesIAAAZAAAAACWUUAAAaaaaaaaaaaaaHxCA
AAGQAAAAl1FAAAAaaaaaaaaaB+
wgAABkAAAAJfRQAAAYAAAAYAAAAQUJAAAZAAAAACWUUAAAaaaaaaaaaaaaaEPCQAAGQAAAAllFAAAAaaaaaaaaa
ABFgkAABkAAAAJZRQAAAaaaaaaaaaSAJAAAZAAAAACWUUAAAaaaaaaaaaaaaEqCQAAGQAAAAllFAAAAaaaaaaa
AAAABNAkAABkAAAAJZRQAAAaaaaaaaaaaT4JAAAZAAAAACWUUAAAaaaaaaaaaaaaFICQAAGQAAAAl/
FAAAAQAAAaAEaaaaaBUgkAABkAAAAJgBQAAAIAaaaaaaCAAAAAVkJAAAZAAAAACWUUAAAaaaaaaaaaaaaFhCQAAGQAAA
AllFAAAaaaaaaaaaaBZQkAABkAAAAJNAUAAAaaaaaaaaaXIJAAARaaaaCXUAAAaaaaaaaaaaaFzCQAAGgAaaaa
AAAl2AAAAaaaaaaaaBdAkAAAQAAAAJNAUAAAaaaaaaaaaaYEJAAAraaaaaCXUAAAaaaaaaaaaaaaAGCCQA
AEgAAAl2AAAAaaaaaaaaaBgwkAAAQAAAAJiBQAAAIAaaaaaCAAAAA2JAAAAraaaaCXUAAAaaaaaaaaaaaaaaaGR
CQAAEgAAAl2AAAAaaaaaaaaaaBkgkAAAQAAAAJixQAAAEAaaaaBaaaaaat8JAAARaaaaaCXUAAAaaaaaaaaaaaa
AGgCQAAEgAAAl2AAAAaaaaaaaaaaBoQkAAAQAAAAJjhQAAAUAaaaaFaaaaaa8JAAAEaaaaaCTQFAAAAaaaaa
AAAAG8CQAAEgAAAl1AaaaaaaaaaaaaBvQkAABIAaaaJdgAAaaaaaaaaaaaaaaaa4JAAAEaaaaaCTQFAaaaaaa
AAAAaaaAHMCQAABaaaak0BQAAaaaaaaaaaaaB2QkAABEaaaaJdQAAaaaaaaaaaaaaaadoJAAAAsAAAACXYAAAaaa
AAAAAaaaHbCQAABaaaaak0BQAAaaaaaaaaaaaB6AkAABEaaaaJdQAAaaaaaaaaaaaaaaaekJAAAAsAAAACXYAA

... AAAAAQAAAAAAAAmqCQAABAAAAkmYFAAAQAAUIAAEAAAS0WKAABEAIAANdQAAEAAAAAAAAAAAAAAAAAAg1JAAASAAAACX
... YAAAAAAAAAAAAAAH5CQAABAAAAAmbFAAADqAAAA4AAAABBgoAABEAAAAJdQAAAAAAAAAAAAAAAQcKAAASAAA
... ACXYAAAAAAAAAAAAAEICgAABAAAAAk0BQAAAAAAAAAABFQoAABEAAAAJdQAAAAAAAAAAAAAARYKAAAS
... AAAACXYAAAAAAAAAAAAAEXCgAABAAAAAk0BQAAAAAAAAAABJAoAABEAAAAJdQAAAAAAAAAAAAAASUKA
... AASAAAACXYAAAAAAAAAAAAAEmCgAABAAAAAk0BQAAAAAAAAAABBMwoAABEAAAAJdQAAAAAAAAAAAAAAT
... QKAAASAAAACXYAAAAAAAAAAAAAAE1CgAABAAAAAk0BQAAAAAAAAAABQgoAABEAAAAJdQAAAAAAAAAAAAAA
... AAUMKAAASAAAACXYAAAAAAAAAAAAAFECgAABAAAAmqFAAAAgAAAAIAAAABUQoAABEAAAAJdQAAAAAAAAAA
... AAAAAVIKAAASAAAACXYAAAAAAAAAAAAAFTCgAABAAAAAk0BQAAAAAAAAAABYAoAABEAAAAJdQAAAAAAAA
... AAAAAAAAWEKAAASAAAACXYAAAAAAAAAAAAAFiCgAABAAAAAmwFAAAAEAAAAEAAAAABbwoAABEAAAAJdQAAAA
... AAAAAAAAAAAXAKAAASAAAACXYAAAAAAAAAAAAAFxCgAABAAAAmzFAAACAAAAAgAAAABfgoAABEAAAAJdQA
... AAAAAAAAAAAAAX8KAAASAAAACXYAAAAAAAAAAAAAGACgAABAAAAm2FAAAAwAAAAMAAAAABjQoAABEAAAAJ
... dQAAAAAAAAAAAAAAY4KAAASAAAACXYAAAAAAAAAAAAAGPCgAABAAAAk0BQAAAAAAAAAABnAoAABEAA
... AAJdQAAAAAAAAAAAAAAZ0KAAASAAAACXYAAAAAAAAAAAAAGeCgAABAAAAk0BQAAAAAAAAAABgwoAAB
... EAAAAJdQAAAAAAAAAAAAAawKAAASAAAACXYAAAAAAAAAAAAAGtCgAABAAAAk0BQAAAAAAAAAAABugo
... AABEAAAAJdQAAAAAAAAAAAAAabsKAAASAAAACXYAAAAAAAAAAAAAG8CgAABAAAAk0BQAAAAAAAAAAAAB
... yQoAABEAAAAJdQAAAAAAAAAAAAAacoKAAASAAAACXYAAAAAAAAAAAAAHLCgAABAAAAnFFAAACQAAAAkAA
... AAB2AoAABEAAAAJdQAAAAAAAAAAAAAadkKAAASAAAACXYAAAAAAAAAAAAAHaCgAABAAAAAnIFAAABQAAAA
... UAAAAB5woAABEAAAAJdQAAAAAAAAAAAAAaegKAAASAAAACXYAAAAAAAAAAAAAHpCgAABAAAAnLFAAAAgA
... AAAATIAAAB9goAABEAAAAJdQAAAAAAAAAAAAAaAIAAAASAAAACXYAAAAAAAAAAAAAHEtCgAABAAAAk0B
... QAAAAAAAAAAARULAAASAAAACXYAAAAAAAAAAAAAEWCwAABAAAAA
... k0BQAAAAAAAAAABIwsAABEAAAAJdQAAAAAAAAAAAAAaSQLAAASAAAACXYAAAAAAAAAAAAAElCwAABAAA
... AAk0BQAAAAAAAAAABMGsAABEAAAAJdQAAAAAAAAAAAAAATMLAAASAAAACXYAAAAAAAAAAAAAE0CwAA
... BAAAAAk0BQAAAAAAAAAABUILAAASAAAACXYAAAAAAAAAAAAAAAFDC
... wAABAAAAAk0BQAAAAAAAAAABUAsAABEAAAAJdQAAAAAAAAAAAAAaAVELAAASAAAACXYAAAAAAAAAAAAA
... FSCwAABAAAAAk0BQAAAAAAAAAABXwsAABEAAAAJdQAAAAAAAAAAAAAaAAFhCwAABAAAAAk0BQAAAAAAAA
... AABbgsAABEAAAAJdQAAAAAAAAAAAAAaAAAFwCwAABAAAAnmFAAAQAAAAEAAAAABfQsAABEAAAAJdQAAAA
... AAAAAAAAF/
... CwAABAAAAk0BQAAAAAAAAAABjAsAABEAAAAJdQAAAAAAAAAAAAAaY0LAAASAAAACXYAAAAAAAAAAAAA
... AGOCwAABAAAAk0BQAAAAAAAAAABnAsAABEAAAAJNAUAAAAAAAAAAaoLAAAEAAAACTQFAAAAAAAAAA
... AAAG4CwAABAAAAAk0BQAAAAAAAAAABxgsAAAQAAAAJNAUAAAAAAAAAAAAfwLAAAEAAAACTQFAAAAA
... AAAAAAAHiCwAABAAAAAk0BQAAAAAAAAAAB8AsAAAQAAAAJNAUAAAAAAAAAAAAfwLAAAEAAAACTQFAAAA
... AAAAAAAAAEJDAAAEQAAAl1AAAAAAAAAAAAABCgwAABIAAAAJdgAAAAAAAAAAAAAQsMAAAEAAAACTQF
... AAAAAAAAAAEYDAAAEQAAAl1AAAAAAAAAAAAABGQwAABIAAAAJdgAAAAAAAAAAAAAoROMAAAEAAAACT
... QFAAAAAAAAAAEnDAAAEQAAAl1AAAAAAAAAAAAABKAwAABIAAAAJdgAAAAAAAAAAAAASkMAAAEAAAAA
... ACTQFAAAAAAAAAAE2DAAAEQAAAl1AAAAAAAAAAAAABNwwAABIAAAAJdgAAAAAAAAAAAAATgMAAAEAAAAA
... AAAACTQFAAAAAAAAAAFGDAAABAAAAAk0BQAAAAAAAAAABUwwAABEAAAAJdQAAAAAAAAAAAAAAVQMA
... AASAAAACXYAAAAAAAAAAAAAFVDAAABAAAAAk0BQAAAAAAAAAABYgwAABEAAAAJdQAAAAAAAAAAAAAAW
... MMAAASAAAACXYAAAAAAAAAAAAAFkDAAABAAAAk0BQAAAAAAAAAABcQwAABEAAAAJdQAAAAAAAAAAAAAA
... AAXIMAAASAAAACXYAAAAAAAAAAAAAFzDAAABAAAAk0BQAAAAAAAAAABgAwAABEAAAAJdQAAAAAAAAAA
... AAAAAYEMAAASAAAACXYAAAAAAAAAAAAAGCDAAABAAAAk0BQAAAAAAAAAABjwwAABEAAAAJdQAAAAAA
... AAAAAAAaAZAMAAASAAAACXYAAAAAAAAAAAAAGRDAAABAAAAk0BQAAAAAAAAAABngwAABEAAAAJdQAAAA
... AAAAAAAAaAZ8MAAASAAAACXYAAAAAAAAAAAAAGgDAAABAAAAk0BQAAAAAAAAAABrgwAAAQAAAAJNAU
... NAUAAAAAAAAAAaAAAbsMAAASAAAACXUAAAAAAAAAAAAAG8DAAAEgAAAl2AAAAAAAAAAAAABBVQwAAAAAJ
... NAUAAAAAAAAAAaAAAbsMAAASAAAACXUAAAAAAAAAAAAAG8DAAAEgAAAl2AAAAAAAAAAAAABBzAwAAQAQ
... AAJNAUAAAAAAAAAAaAAAbsMAAASAAAACXUAAAAAAAAAAAAAHaDAAAEgAAAl2AAAAAAAAAAAAABBvQwAAQAAAAJ
... QAAAJNAUAAAAAAAAAAaAAAbsMAAASAAAACXUAAAAAAAAAAAAAHaDAAAEgAAAl2AAAAAAAAAAAAABB6gw
... AAAQAAAAJNAUAAAAAAAAAAaAAAbsMAAASAAAACXUAAAAAAAAAAAAAH4DAAAEgAAAl2AAAAAAAAAAAAABB
... +
... QwAAAQAAAAJNAUAAAAAAAAAAaAAAQYNAAASAAAACXUAAAAAAAAAAAAAQYNAAAEHDQAAEgAAAl2AAAAAAA
... ABCA0AAAQAAAAJNAUAAAAAAAAAAaRUNAAAACXUAAAAAAAAAAAAAEWDQAAEgAAAl2AAAAAAAAAAAAAA
... AAAABFw0AAAQAAAAJNAUAAAAAAAAAAaSQNAAAACXUAAAAAAAAAAAAAElDQAAEgAAAl2AAAAAAAAAAAAAA
... AAAAAABBJg0AAAQAAAAJNAUAAAAAAAAAAaTMNAAAACXUAAAAAAAAAAAAAE0DQAAEgAAAl2AAAAAAAAAAA
... AAAAAAAABNQ0AAAQAAAAJJRUAAAEAAAABAAAAAAUINAAAAACXUAAAAAAAAAAAAAEFDDQAAEgAAAl2A
... AAAAAAAABBRA0AAAQAAAAJNAUAAAAAAAAAAVENAAAAACXUAAAAAAAAAAAAAEFSDQAAEgAAAl2A
... 2AAAAAAAAAABBUw0AAAQAAAAJKxUAAAUAAAAFAAAAAWNAAAAAACXUAAAAAAAAAAAAAEFhDQAAEgA
... AAl2AAAAAAAAAABBYg0AAAQAAAAJNAUAAAAAAAAAAW8NAAAAACXUAAAAAAAAAAAAAEFwDQAAE
... gAAAl2AAAAAAAAAABBcQ0AAAAQAAAAJMRUAAAIAAAACAAAAAX4NAAAAACXUAAAAAAAAAAAAAEF/
... DQAAEgAAAl2AAAAAAAAAABBgA0AAAQAAAAJNAUAAAAAAAAAAY0NAAAAACXUAAAAAAAAAAAAAEG
... AGODQAAEgAAAl2AAAAAAAAAABBjw0AAAQAAAAJNAUAAAAAAAAAAzwNAAAAACXUAAAAAAAAAAAAAEFQTQ
... AAAGpDQAAEQAAAl1AAAAAAAAAAAAABBgg0AABIAAAAJdgAAAAAAAAAAAAaasNAAAAEAAAACTQFAAAAAAAA
... AAAAAG5DQAAAEAAAACTQFAAAAAAAAAABxg0AABEAAAAJdQAAAAAAAAAAAAAAaccNAAASAAAACXYAAA
... AAAAAAAAAAHIDQAAEAAAACTQFAAAAAAAAABQ0AABEAAAAJdQAAAAAAAAAAAAAaAdYNAAASAAAACXYAA
... AAAAAAAAAAAHXDQAAEAAAACTQFAAAAAAAAAB5Q0AAAQAAAAJNAUAAAAAAAAAAaAfINAAARAAAACX
... UAAAAAAAAAAAAAHzDQAAEgAAAl2AAAAAAAAAAB9A0AAAQAAAAJNAUAAAAAAAAAAaAQIOAAAEAAA
... ACTQFAAAAAAAAAAEQDgAABAAAAk0BQAAAAAAAAAABHQ4AABEAAAAJdQAAAAAAAAAAAAAAa4OAAAS
... AAAACXYAAAAAAAAAAAAAEfDgAABAAAAk0BQAAAAAAAAAABLA4AABEAAAAJdQAAAAAAAAAAAAAaS0Oa

124454... AASk4SRCXYARAAAAAAAAAAAAAAEuDgAABAHAAAk0BQAAAAAAAAAAAABOw4AABEHAAAk0QAAAAAAAAAAAAAT
... wOAAASAAAACXYAAAAAAAAAAAAAAE9DgAABAAAAAk0BQAAAAAAAAAAAABSg4AABEAAAAJdQAAAAAAAAAAAA
... AAUsOAAASAAAACXYAAAAAAAAAAAAAFMDgAABAAAAAk0BQAAAAAAAAAAAABWQ4AABEAAAAJdQAAAAAAAAAA
... AAAAAVoOAAASAAAACXYAAAAAAAAAAAAAFbDgAABAAAAAk0BQAAAAAAAAAAAABaA4AABEAAAAJdQAAAAAAA
... AAAAAAAWkOAAASAAAACXYAAAAAAAAAAAAAFqDgAABAAAAAk0BQAAAAAAAAAAAABdw4AABEAAAAJdQAAAA
... AAAAAAAAAAXgOAAASAAAACXYAAAAAAAAAAAAAF5DgAABAAAAAk0BQAAAAAAAAAAAABhg4AABEAAAAJdQA
... AAAAAAAAAAAAAYcOAAASAAAACXYAAAAAAAAAAAAAGIDgAABAAAAAk0BQAAAAAAAAAAAABlQ4AABEAAAAJ
... dQAAAAAAAAAAAAAAAZYOAAASAAAACXYAAAAAAAAAAAAAGXDgAABAAAAAk0BQAAAAAAAAAAAABpA4AABEAA
... AAJdQAAAAAAAAAAAAAAaUOAAASAAAACXYAAAAAAAAAAAAGmDgAABAAAAAk0BQAAAAAAAAAAAABsw4AAB
... EAAAAJdQAAAAAAAAAAAAAAbQOAAASAAAACXYAAAAAAAAAAAAAG1DgAABAAAAAk0BQAAAAAAAAAAAABWg4
... AABEAAAAJdQAAAAAAAAAAAAAcMOAAASAAAACXYAAAAAAAAAAAAAHEDgAABAAAAAk0BQAAAAAAAAAAAAB
... 0Q4AABEAAAAJdQAAAAAAAAAAAAAdIOAAASAAAACXYAAAAAAAAAAAAAHTDgAABAAAAAk0BQAAAAAAAAAAA
... AAB4A4AABEAAAAJdQAAAAAAAAAAAAAeEOAAASAAAACXYAAAAAAAAAAAAAHiDgAABAAAAAk0BQAAAAAAA
... AAAAAB7w4AABEAAAAJdQAAAAAAAAAAAAAfAOAAASAAAACXYAAAAAAAAAAAAAHxDgAABAAAAAk0BQAAAAA
... AAAAAAAAB/
... g4AABEAAAAJdQAAAAAAAAAAAAAf8OAAASAAAACXYAAAAAAAAAAAAAEADwAABAAAAAk0BQAAAAAAAAAAAA
... ABDQ8AABEAAAAJdQAAAAAAAAAAAAAAQ4PAAASAAAACXYAAAAAAAAAAAAAEPDwAABAAAAAk0BQAAAAAAAAA
... AAAAABHA8AABEAAAAJdQAAAAAAAAAAAAAAR0PAAASAAAACXYAAAAAAAAAAAAAEeDwAABAAAAAk0BQAAAAAA
... AAAAAAABKw8AABEAAAAJdQAAAAAAAAAAAAAAAwPAAASAAAACXYAAAAAAAAAAAAAEtDwAABAAAAAk1FQAAA
... AAAAAAAAABOg8AABEAAAAJdQAAAAAAAAAAAAAATsPAAASAAAACXYAAAAAAAAAAAAAE8DwAABAAAAAk0BQ
... QAAAAAAAAAAAABSg8AABEAAAAJdQAAAAAAAAAAAAAUoPAAASAAAACXYAAAAAAAAAAAAAFDwAABAAAAAk0BQ
... 0BQAAAAAAAAAAAABWA8AABEAAAAJdQAAAAAAAAAAAAAAVkPAAASAAAACXYAAAAAAAAAAAAAVkPAAASAAAACXYAAAAAAAAAAAAAFaDwAABAAAAAA
... AAk0BQAAAAAAAAAAAABaA8AABAAAAAJNAUAAAAAAAAAAAAXPAAASAAAACXYAAAAAAAAAAAAAGDwAAE
... QAAAAll1AAAAAAAAAAAAAAABh8AABIAAAAJdgAAAAAAAAAAAAAAYUPAAASAAAACXYAAAAAAAAAAAAAAGSDw
... AAEQAAAAll1AAAAAAAAAAAAAAABkw8AABIAAAAJdgAAAAAAAAAAAAAAAZQPAAASAAAACXYAAAAAAAAAAAAAAAAG
... hDwAAEQAAAAll1AAAAAAAAAAAAAAABog8AABIAAAAJdgAAAAAAAAAAAAAaMPAAASAAAACXYAAAAAAAAAAAA
... AAGwDwAAEQAAAAll1AAAAAAAAAAAAAAABsQ8AABIAAAAJdgAAAAAAAAAAAAAbIPAAASAAAACXYAAAAAAAAA
... AAAAAG/
... DwAAEQAAAAll1AAAAAAAAAAAAAAABwA8AABIAAAAJdgAAAAAAAAAAAAAcEPAAASAAAACXYAAAAAAAAAAAAA
... AHODwAAEQAAAAll1AAAAAAAAAAAAAAABzw8AABIAAAAJdgAAAAAAAAAAAAAdAPAAASAAAACXYAAAAAAAAAA
... AAAAHdDwAAEQAAAAll1AAAAAAAAAAAAAAAB3g8AABIAAAAJdgAAAAAAAAAAAAAd4PAAASAAAACXYAAAAAAA
... AAAAAAAHsDwAAEQAAAAll1AAAAAAAAAAAAAAAB7Q8AABIAAAAJdgAAAAAAAAAAAAAe4PAAASAAAACXYAAAA
... AAAAAAAAAAAH7DwAAEQAAAAll1AAAAAAAAAAAAAAAB/
... A8AABIAAAAJdgAAAAAAAAAAAAAf0PAAASAAAACXYAAAAAAAAAAAAEKEAAAEQAAAAll1AAAAAAAAAAAAAAAA
... ABCxAAABIAAAAJdgAAAAAAAAAAAAAAQwPAAASAAAACXYAAAAAAAAAAAAAAEZEAAABAAAAAk0BQAAAAAAAAAA
... AAAABJhAAAAQAAAJNAUAAAAAAAAAAAAATMQAAARAAAACXUAAAAAAAAAAAAAAAAFDEAAAEgAAAAl2AAAAAAA
... AAAAAAAAABNRAAAAQAAAJNAUAAAAAAAAAAAAAAAUIQAAARAAAACXUAAAAAAAAAAAAAFDEAAAEgAAAAl2AAAA
... AAAAAAAABRBRAAAAQAAAJNAUAAAAAAAAAAAAAVEQAAARAAAACXUAAAAAAAAAAAAAAAFSEAAAEgAAAAl2AA
... AAAAAAAAAAABUxAAAAQAAAJNAUAAAAAAAAAAAAWAQAAARAAAACXUAAAAAAAAAAAAAAAFtEAAAEgAAAAl
... 1AAAAAAAAAAAAAAAABhAAAAQAAAJNAUAAAAAAAAAAAAAAW8QAAARAAAACXUAAAAAAAAAAAAAX8EAAAEgAAAA
... AAk0BQAAAAAAAAAAAAAAAAABmAAAAQAAAJNAUAAAAAAAAAAAAAAX4QAAARAAAACXUAAAAAAAAAAAAGzEAA
... AAEQAAAAll1AAAAAAAAAAAAAAAABtAAAAQIAAAAJdgAAAAAAAAAAAAAbUQAAARAAAACXUAAAAAAAAAAAAAAAAH
... CEAAAEQAAAAll1AAAAAAAAAAAAAAAABwxAAAAQIAAAAJdgAAAAAAAAAAAAAcQQAAARAAAACXUAAAAAAAAAAAAA
... AAHREAAAEQAAAAll1AAAAAAAAAAAAAAABAh0AAAQIAAAAJdgAAAAAAAAAAAAAdMQAAARAAAACXUAAAAAAAAA
... AAAAHgEAAAEQAAAAll1AAAAAAAAAAAAAAB4R0AAAQIAAAAJdgAAAAAAAAAAAAAeIQAAARAAAACXUAAAAAAAAA
... AAAAAAHvEAAAEQAAAAll1AAAAAAAAAAAAAABB8AAAQIAAAAJdgAAAAAAAAAAAAAfEQAAARAAAACXUAAAAAAA
... AAAAAAAAAH+EAAAEQAAAAll1AAAAAAAAAAAAAAAB/
... xAAABIAAAAJdgAAAAAAAAAAAAAQARAAAEQAAAAll1AAAAAAAAAAAAAAAENEQAAEQAAAAll1AAAAAAAAAAAAAAAA
... ABDhEAABIAAAAJdgAAAAAAAAAAAAAQ8RAAAEQAAAAll1AAAAAAAAAAAAAAAECEQAAEQAAAAll1AAAAAAAAAAAA
... AAABHREAABIAAAAJdgAAAAAAAAAAAAAR4RAAAEQAAAAll1AAAAAAAAAAAAAAAErEQAAEQAAAAll1AAAAAAAAAA
... AAAAAABLBEAABIAAAAJdgAAAAAAAAAAAAAS0RAAAEQAAAAll1AAAAAAAAAAAAAAAE6EQAAEQAAAAll1AAAAA
... AAAAAAAABOxEAABIAAAAJdgAAAAAAAAAAAAATwRAAAEQAAAAll1AAAAAAAAAAAAAAAFJEQAAEQAAAAll1AA
... AAAAAAAAAABShEAABIAAAAJdgAAAAAAAAAAAAAUsRAAAEQAAAAll1AAAAAAAAAAAAAAAFYEQAAEQAAAAll1
... 1AAAAAAAAAAAAAABWREAABIAAAAJdgAAAAAAAAAAAAAVoRAAAEQAAAAll1AAAAAAAAAAAAAAAFnEQAAEQAAAAll
... 1AAAAAAAAAAAAAABaBEAABIAAAAJdgAAAAAAAAAAAAAWkRAAAEQAAAAll1AAAAAAAAAAAAAAAF2EQAAE
... QAAAAll1AAAAAAAAAAAAAABdxEAABIAAAAJdgAAAAAAAAAAAAAXgRAAAEQAAAAll1AAAAAAAAAAAAGFEQ
... AAEQAAAAll1AAAAAAAAAAAAAABhhEAABIAAAAJdgAAAAAAAAAAAAAYcRAAAEQAAAAll1AAAAAAAAAAAAAAAG
... UEQAAEQAAAAll1AAAAAAAAAAAAAABlREAABIAAAAJdgAAAAAAAAAAAAAZYRAAAEQAAAAll1AAAAAAAAAAAAG
... AAGjEQAAEQAAAAll1AAAAAAAAAAAAAABpBEAABIAAAAJdgAAAAAAAAAAAAAaURAAAEQAAAAll1AAAAAAAAAA
... AAAAAGyEQAAEQAAAAll1AAAAAAAAAAAAAABsxEAABIAAAAJdgAAAAAAAAAAAAAbQRAAAEQAAAAll1AAAAAAA
... AAAAAAAAAAHBEQAAEQAAAAll1AAAAAAAAAAAAAABwhEAABIAAAAJdgAAAAAAAAAAAAAcMRAAAEQAAAAll1AA
... AAAAAAAAAHQEQAAEQAAAAll1AAAAAAAAAAAAAAB0REAABIAAAAJdgAAAAAAAAAAAAAdIRAAAEQAAAAll1AA
... AAAAAAAAAAAHuEQAAEQAAAAll1AAAAAAAAAAAAAAB7xEAABIAAAAJdgAAAAAAAAAAAAAe4RAAAEQAAAAll1
... TQFAAAAAAAAAAAAAAH+EQAAEQAAAAll1AAAAAAAAAAAAAAAB7xEAABIAAAAJdgAAAAAAAAAAAAAeERAAAAAAAAC
... AACTQFAAAAAAAAAAAH+
... EQAABAAAk0BQAAAAAAAAAAAAABDBIAAAQAAAJNAUAAAAAAAAAAAARoSAAASAAAACXYAAAAAAAAAAAAA
... AEnEgAABAAAAAk0BQAAAAAAAAAAABNBIAABEAAAAJdQAAAAAAAAAAAATUSAAASAAAACXYAAAAAAAAAAAA

124454...

AAAMEEgAABAAAAAk0BQAAAAAAAAAAABQxIAABEAAAkYcdgAAAAAAAAAAAAAtQSAAAAAAACXYAAAAAAAA
... AAAAAAAFFEgAABAAAAAk0BQAAAAAAAAAAABUhIAABEAAAAJdQAAAAAAAAAAAAAAVMSAAASAAAACXYAAAAA
... AAAAAAAAAAFUEgAABAAAAAk0BQAAAAAAAAAAABYRIAABEAAAAJdQAAAAAAAAAAAAAAWISAAASAAAACXYAA
... AAAAAAAAAAAAFjEgAABAAAAAk0BQAAAAAAAAAAABcBIAABEAAAAJdQAAAAAAAAAAAAAAXESAAASAAAACX
... YAAAAAAAAAAAAAAFyEgAABAAAAAk0BQAAAAAAAAAAABfxIAABEAAAAJdQAAAAAAAAAAAAAAYASAAASAAA
... ACXYAAAAAAAAAAAAAGBEgAABAAAAAk0BQAAAAAAAAAAABjxIAAAQAAAAJNAUAAAAAAAAAAAAAAAZOSAAAE
... AAAACTQFAAAAAAAAAAAAGrEgAABAAAAAk0BQAAAAAAAAAAABuRIAAAQAAAAJNAUAAAAAAAAAAAAAAccSA
... AAEAAAACTQFAAAAAAAAAAAAHVEgAABAAAAAk0BQAAAAAAAAAAAB4xIAAAQAAAAJNAUAAAAAAAAAAAAAAf
... ESAAAEAAAACTQFAAAAAAAAAAAAAAH/
... EgAABAAAAAk0BQAAAAAAAAAAABDRMAAAQAAAAJNAUAAAAAAAAAAAAARsTAAAEAAAACTQFAAAAAAAAAAAA
... AEpEwAABAAAAAk0BQAAAAAAAAAAABNxMAAAQAAAAJNAUAAAAAAAAAAAAAAUUTAAAEAAAACTQFAAAAAAAAA
... AAAAFTEwAABAAAAAk0BQAAAAAAAAAAABYRMAAAQAAAAJNAUAAAAAAAAAAAAAAW8TAAAEAAAACTQFAAAAAA
... AAAAAAAF9EwAABAAAAAk0BQAAAAAAAAAAABixMAAAQAAAAJNAUAAAAAAAAAAAAAAZgTAAARAAAACXUAAAAA
... AAAAAAAAAAGZEwAAEgAAAAl2AAAAAAAAAAAAAABmhMAAAQAAAAJNAUAAAAAAAAAAAAAacTAAARAAAACXUA
... AAAAAAAAAAAAAGoEwAAEgAAAAl2AAAAAAAAAAAAAABgRMAAAQAAAAJNAUAAAAAAAAAAAAAAAbcTAAAEAAAACT
... QFAAAAAAAAAAAAHHFEwAABAAAAAk0BQAAAAAAAAAAAB0hMAABEAAAAJdQAAAAAAAAAAAAAAdMTAAASAAA
... ACXYAAAAAAAAAAAAHUEwAABAAAAAk0BQAAAAAAAAAAAB4hMAAAQAAAAJNAUAAAAAAAAAAAAAAfATAAAE
... AAAACTQFAAAAAAAAAAAAAH+
... EwAABAAAAAk0BQAAAAAAAAAAABDBQAAAQAAAAJNAUAAAAAAAAAAAAARoUAAAEAAAACTQFAAAAAAAAAAAAA
... AEmFAAABAAAAAk0BQAAAAAAAAAAABMxQAABEAAAAJdQAAAAAAAAAAAAAAATQUAAASAAAACXYAAAAAAAAAA
... AAAAE1FAAABAAAAAk0BQAAAAAAAAAAABQxQAAAQAAAAJNAUAAAAAAAAAAAAAAVEUAAAEAAAACTQFAAAAAAA
... AAAAAAAdaFAAAAAEAAAAQAAAABCVFa3Ryb24uQ21zLk9YZ2yZFuaXphdGlvbi5JTWVVudUl0ZW1WEYRhBQAAAAktT
... FgAACRQWAAAJFRYAAAkWFgAACRcWAAAJGBYAAAkZFgAACRoWAAAJGxYAAAkfFgAAC0WAAAJHhYAAkfFgAAC
... SAWAAANAgdbFAAAAAEAAAAQAAAABCVFa3Ryb24uQ21zLk9YZ2yZFuaXphdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAA
... khFgAACSlWAAAJIxYAAAkkFgAACSUWAAAJJhYAAAkoWAAAJKRYAAAkfGAAACSgWAAAkfFgAAkfFgAAC
... ADQMHXBQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhA
... AAkvFgAACTAWAAAJMRYAAAkyFgAACTMWAAAJNAYAAACTWAAAJNRYAAAkfFgAACTWsWAAAJLJYBYAAAkt
... FgAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAAkfYAAACT
... SAWAAAAAAgdbFAAAAAEAAAAQAAAABCVFa3Ryb24uQ21zLk9YZ2yZFuaXphdGlvbi5JTWVVudUl0ZW1XEYRhB
... YAAlZFgAACVoWAAAJWxYAAAlcFgAACV0WAAAAAgdgFAAAAAEAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2yZ
... hdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAAleFgAACV8WAAAJYAAAoHYZQAAAAAAAAAAAAAQlRWt0cm9uLkNt
... cy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAAlZFgAAClJ9BYAAAkfFgAACSgWAAAN
... gdiFAAAAAEAAAAQAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAAlnFgAAC
... gWAAAJaRYAAAAqlgAACVEWAAAlFgAAkfFGAACW0WAAAAAgdoFAAAAAEAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2
... udUl0ZW1XEYRhBQAAAAlsFgAACW0WAAAJbhYAAAoHZBQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6
... YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAAlxYAAAlwFgAACXEWAAAJckWAAAkfD9RYAAAl2FgAAC2
... XcWAAAJeBYAAAl5FgAAXoWAAANBdlFAAAAAEAAAAQAAAAABCVFa3Ryb24uQ21zLk9YZ2udUl0ZW1XEYRhB
... VudUl0ZW1XEYRhBQAAAAld9FgAADQMHaRQAAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lb
... nVJdGVtVGF2RGF0YUV4YhhBQAAAAJfhYAAAl/
... FgAACYAWAAAJgRYAAmCFgAACYMHahQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4
... nVJdGVtVGF2RGF0YUV4YhhBQAAAAJgxYAAmFgaACYUWAAAAJhhYAAmxEFgAACYcYWAAAJyGWAAAJyBYAAA
... 0GB2sUAAAAAQAAAAQAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAA
... JjhYAAmPFgAACZAWAAAHbRQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4
... RGF0YUV4YhhBQAAAAJkRYAAmSFgAACZMWAAAJl3BYAAAlxYAAmYFgAACZcYWAAAJmhYAAA0GB24Uk
... AAAAQAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2udUl0ZW1XEYRhBQAAAAJmhYAAmdFgAACZ4WAAAJl2BY
... mdFgAACgdwFAAAAAEAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2udUl0ZW1XEYRhBQAAAAJmhYAAmtlx
... eFgaACZ8WAAAlZBYAAmfFgAAoHchQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lb
... nVJdGVtVGF2RGF0YUV4YhhBQAAAAJ0BYAAmPFgAACaYWAAAoHhQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4
... m9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAmlFgAACaYWAAAJpxYAAAoHchQAAAABAAAABAAAAAQlRWt0c
... m9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAmlFgAACaYWAAAJpxYAAAoHchQAAAABAAAABAAAAAQlRWt0c
... EAAAAEAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAmsFgAACa0WAAArJhY
... AAAmvFgAAB3UUAAAAAQAAAAQAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAmsFgAACa0WAAArJhY
... CbAWAAAANAwd2FAAAAAEAAAAEAAAAAABCVFa3Ryb24uQ21zLk9YZ2udUl0ZW1XEYRhBQAAAA
... AmxFgAADQMHeBQAAAABAAAAEAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAA
... AJshYAAmzBQWAAArRYAAm2FgAACbAWAAAJuBYAAoHehQAAAABAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4
... Pcmdhbml6YXRpb24uSU1lbnVJdGVtVGF2RGF0YUV4YhhBQAAAAJuRYAAm4FgAACbsWAAAJvBYAAm5GFgAACW4AAAAQAAAAQAAAAABCVFa3
... AAnAFgAACdGWAAAJwhYAAAmDFgaACqCqWAAAANBad7FAAAAAEAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAA
... Glvbi5JTWVVudUl0ZW1XEYRhBQAAAAnCFgACc0WAAAAJxxYAAAnIAAnIFgAACWAAAnwdAAnwdAAnwd
... VFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhBQAAAAnKFgaACcsWAAAJzBYAAAnnFgaACqc4
... WAAAJzxYAAA0CB38UAAAAAQAAAAQAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhB
... AAAACdWAAAANAweAFAAAAAEAAAAEAAAAABCVFa3Ryb24uQ21zLk9YZ2yZhdGlvbi5JTWVVudUl0ZW1XEYRhB
... QAAAAnRFgaACdIWAAANAgeIFAAAAAEAAAAEAAAAABCZFa3Ryb24uQ21zLkZYZ1Y5VSS5UcmVlLklUcm
... VlTm9kQZIAAAAJ0xYAAAnUFgADQDQHixQAAAAABAAAAAAAAQmRWt0cm9uLkNtcd07Z5dXdvcmsuVUkuVHJ
... lZS5JVHJlZU5vc5ZGUCAAAAcdUWAAANAweOFAAAAAEAAAAEAAAAAABCZFa3Ryb24uQ21zLkZYZ1Y5VSS5U

124454… cmv1ds0Ucmv1Tm9kZQIAAAAJ1hYAAAAITgHACdgkWAAb12RYYAAnsFgAADQHfmbQAAAABAAAAAAAQmRWt0c
… m9uLkNtcy5GcmFtZXXvcmsuVUkuVHJlZS5JZUU5uVHJlZU5vZGUCAAAACdsWAAANAwebFAAAAAEAAAAQAAAABCZFa3
… Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLklcmVlTm9kZQIAAAAJ3BYAAAndFgAACd4WAAAJ3xYAAAngFgA
… ACeEWAAAJ4hYAAAnjFgAAAceQWAAAJ5RYAAAnmFgAACecWAAAJ6BYAAAnpFgAADQIHqhQAAAAABAAAAAABAAAAAAQm
… RWt0cm9uLkNtcy5GcmFtZXXvcmsuVUkuVHJlZS5JVHJlZU5vZGUCAAAACeoWAAAAJ6xYAAAOCB7AUAAAAQAAAA
… AQAAAAEJkVrdHJvbi5DbXMuRnJhbbWV3b3JrLlVJLlRyZWUuSVRyZWVNb2RlORlAgAAAAnsFgAADQMHsxQAAAAABAA
… AACAAAAAQmRWt0cm9uLkNtcy5GcmFtZXXvcmsuVUkuVHJlZS5JZUU5vZGUCAAAACeoWAAAAnvFgA
… ACfAWAAAJ8RYAAAnyFgAACfMAAAAJ9BYAAee2FAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5V
… SS5UcmV1LklUcmV1Tm9kZQIAAAAJ9RYAAAn2FgAACfcWAAANB8RUAAUAAAAQAAAABAAAAAAEJkVrdHJvbi5DbXMuR
… nJhbWV3b3JrLlVJLlRyZWUuSVRyZWVOb2RlAgAAAAn4FgAACfkWAAAJ+hYAAAn7FgAACfwWAAAJ/RYAAAn+
… FgAACf8WAAAAJAbcAAAA0HB8gUAAAAAQAAAAgAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuSVRyZ
… WVOb2RlAgAAAAkbFwAACQIXAAAJAxcAAAkEFwAACQUXAAAANAwfLFAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLk
… ZyYW1ld29yay5VSS5UcmV1LklUcmV1Tm9kZQIAAAAJBhcAAAkHFwAADQIHzhQAAAABAAAAEAAAAEAAAAQmRWt0cm9
… uLkNtcy5GcmFtZXXvcmsuVUkuVHJlZS5JVHJlZU5vZGUCAAAACQgXAAAJCRcAAAkKFwAACQsXAAAJDBcAAAkN
… FwAACQ4XAAAJDxcAAAREXAAANBTFwAADQMHKxUAAAAABkxAAAJKvAAAAEAAAAQAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmV1LklUcmV1Tm9kZQIAAAAJEhcAAA0DBMqFAAAAAAbkxAAAJLvAAAAEAAAAQAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmV1LklUcmV1Tm9kZQIAAAAJGxcAAA0DARMWAADCBQ
… AAAAAAAAAAAAADtCACAAgAAAAlqCQAAAePo///r////
… BQAAAAYeFwAADS8jUHJlUmVVnTW9kYWwYW3AAACoAAAAAAaaaCRAAAAAABAaaaCSEXAAAJEAAAAADlIACAAgAAA
… AEUFgAACAAAOEQAIACAAAA7QgAgAIAAAAJEAAAAAAAAAAAAACXIJAAAJcwkAAAkQAAAAAQl5CQAAAdno///
… /r////
… BAAAAAYoFwAAME1MSC9TcGVjjaWFsdGllcy99CaXJ0oaFBsYWNll0Fib3V0LVRoZlMlCaXJ0oaFBsYWNllLwkXAAAAAK
… gAAAAAAAAAJEAAAAAIAAAAJKxcAAAoA4RAAgAIAAAAABFRYAAAgAAAABFCQCAAgAAAA00IAIACAAAACRAAAAAAAAA
… AAAAAAAAmBCQAACYIJAAAJEAAAAAEJiAkAAAHF6P//6////
… wQAAAAGMhcAACxNTEgvU3BlY2lhbHRpRpZXMvQmlydGhQbGyclvbQ7GFjZS9CaXJ0oaC1EYXktV2lzaGVzL1zaGVuUmQAAAAKgAAAA
… AAAAAJEAAAAmAAAAJNRcAAAoA0RQkAgAIAAABFhYAAAABgAAAABCQCAAgAAAA00IAIACAAAACRAAAAAAAAAAAA
… AAAmQCQAACZEJAAAJEAAAAAEJlwkAAAHF6P//6////
… wQAAAAGPBcAADFNTEgvU3BlY2lhbHRpZXMvQ2NmVhc3RmZWVkaW5n5nLVN1cHBvcnQvCRcAAA
… AqAAAAAAAAAAkQAAAAAIAAAAk/
… FwAACgBCQCAAgAAAAAEXFgAACAAAAEcJAIACAAAA7QgAgAIAAAAJEAAAAAAAAAACZ8JAAAJoAkAAAkQA
… AAAQmmCQAAAbvo///r////
… BAAAAAZGFwAAPE1MSC9TcGVjaWFsdGllcy9DaXJ0aFBsYWNll0RlbGl2ZXJ5LVJpcGpsbctYXQTGl0dGxDG9uLUhvc
… 3BpdGFsL2t8d0xAAAAKgAAAAAAAAAAkQAAAAUAAAAJEAAAAmAAAoAXRwkAgAIAAAABFhYAAAABGBYAAAoOFAAAAAQ
… 8AAAAAQAAADNPAIACAAAAnoCQAACekJAAAAEEJAAAEJ7wkAAAGP6////
… wQAAAAGchcAAElNTEgvU3BlY2lhbHRpZXMvQmlydGhQbGyclZS9DZW50ZXJpbmc8MRItZW9yLYXUNLmDZW50ZyLY
… hpZ2grtUmlzay3kbVnbmFyY3kCRCAAAAAAAAAAAAAJaxcAAAoAoAOASkAgAIAAAABIBYAAAgGhYAAAoOFAAAAAQ
… fcJAAAJ+AkAAAkQAAAAAQn+CQAAAYo///r////
… BAAAAAZ8FwAANU1MSC9TcGVjaWFsdGllcy9DaXJ0aFBsYWNlL1ByZW5hdGFsLStSW5tYW50dGFsLUNhcmUtUXVlc3Rpb25zZXMvCR
… RcAAAqAAAAAAAAAAkQAAAAAIAAAAJEAAAAmAAAAJ/
… FwAACgBCLQCAAgAAAAEeFgAACAAAAEwJAIACAAAA7QgAgAIAAAAJEAAAAAAAAAACQYKAAAJBwoAAAkQA
… AAAQKNCQAAAXvo///r////
… BAAAAAaGFwAANk1MSC9TcGVjaWFsdGllcy9DaXJ0aFBsYWNlL1ByZXBhbmumluZy1mb3ItStRGVsaXZlcnkLRGF5LW9mLURGlszd0yCR
… wkAAAKgAAAAAAAAAAkQAAAAAIAAAAJEAAAAmAAAAJkCgAACSUKAAAJEAAAAAAAEJxGkAAAHn6P//6////
… wQAAAAGbgcAADJNTEgvU3BlY2lhbHRpZXMvQ2NuYmluZy1mb3ItSmVwZWN0aW9uLVN1cHBvcnQvCRcAAA
… AqAAAAAAAAAAkQAAAAAIAAAAJKgoAAAoA4RwkAgAIAAABIxYAAAoGhYAAAoOFAAAAQ8AAAAAQAAAADNPwIACAAAAno
… CQAACekKAAAAEEJAAAEJ7woAAAGP6////
… 8EAAAABmgXAAA9TUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUGVWbmF0YWwtSUsW50ci1VbGSmaC1ydy1zaWdhbl
… zKS9Ccm9rZW4tQ2sbsbGFyYm9uZS9JFwAAACoAAAAAAAAAAAkQAAAAAIAAAAJEAAAAmAAAAJxCgAACXIKAAAJEAAAAAEJ
… cwoAAAHF6P//6////
… 8EAAAABpgXAAA9TUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUGVWbmF0YWwtSUsW50ci1VbGSmaC1ydy1zaWdhbl
… zKS9Db25kYXpp25kLllRyZWF0bWVudLmDZW50ZyLWAAAACoAAAAAAAAAAAkQAAAAAIAAAAJEAAAAmAAAsJsRcAAAoAoAO
… AAk0CgAACAAAABCToKAAABXej//v///
… 8EAAAABq4XAAABKTUxIL1NwZWNpYWx0aWVzL0JvaXMvCK1b2ludVzLC1Kb2ludHMtMTdhW5vci1TZXBhcmF0aW9uLwkXAAAAAK
… zKS9Ccm9yZW4tTQ29sbGFyYm9uZS9FwAAACoAAAAAAAAAAkQAAAAAIAAAAJEAAAAmAAAsJsRcAAAoAoAO
… 8EAAAAAbq4XAAABMTUxIL1NwZWNpYWx0aWVzL0JvaXMvCK1b2ludVzLC1Kb2ludHMtMTdhW5vci1TZXBhcmF0aW9uLwkXAAAAAK
… zKS9Db25ka2aRpb25zLWFuZC1UcmVhdG1lbnQvCR2ViAAAAAEAAAAAAJEAAAAIAAAAsRcAAAoAoAUwkgAAIAAAABIxY

Page 3879

... AAgAAABUCQCAAgAAAb49iAiAcAAAACRGWAAAAAAAAAAAAnIRegAbCGVqIKAAAQEAAAAEDWAAAAAFJ6P///6////
... wQAAAAGuBcAAElNTEgvU3BlY2lhbHRpZXQXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... MpL0Rpc2MtUmVwbGFjZW1lbnQ3hsbbQvCRcAAAAqAAAAAAAkQAAAAwAAAAm7FwAACgBUCQCAAgAAAEkFgAACAA
... AAFUJAIACAAAA7ggAgAIAAAAJEAAAAAAAAAAAAAAAcWAKAAAJYQoAAAkQAAAAQlnCgAAAT/o///r////
... BAAAAAbCFwAARE1MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtTXVzY2xlcy1hbmQtU3J0aG9wZWRpY3Y3
... ykvSGVhbHRHRoLVRpcHHMvCRcAAAAqAAAAAAAAAAkQAAAABAAAAAnnFFwAACgBVCQCAAgAAAAEdFgAACAAAAFYJAI
... ACAAAA7ggAgAIAAAAJEAAAAAAAAAAAAAACW8KAAAJcAoAAAkQAAAAQl2CgAAATXo///r////
... BAAAAAbMFwAAPE1MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtTXVzY2xlcy1hbmQtU3J0aG9wZWRpY3Y3
... ykvSGlwLwkXAAAAKgAAAAAAAAAJEAAAAUAAAAJzxcAAAAoAVgkAgAIAAAABJhYAAAgAAABXCQCAAgAAAO4IAI
... ACAAAACRAAAAAAAAAAAAAAl+CgAACX8KAAAAJEAAAAEJhQoAAAAEr6P//6////
... wQAAAAGlhcAAFJNTEgvU3BlY2lhbHRpZXQXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... MpL0pvaW50LVJlcGxhY2VtZW50LVN1cmdlcnk8hsbbQvCRcAAAAqAAAAAAAkQAAAAwAAAAmUCgAAASHo
... ///r////
... BAAAAAbgFwAAUk1MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... ykvUGF0aWVudC1Db21wbGltZW50cy9Roby8JFwAAACoAAAAAAAAACRAAAAAAIAAAACeMXAAAAKAoJAIACAA
... AAASgWAAAIAAAAdwkAgAIAAADuCAcAAgAAAAkQAAAAAAAAAAAAAAJnAoAAAmdCgAACRAAAAABeCaMKAAAABF+j
... //+v///
... 8EAAAABuoXAAABPTUxIL1NwZWNpYWx0aWVzL0JvbmVzLUC1kb2ludHMtYW5kLU11c2NsZXMtYW5kLU9ydGhvcGVkaWNz
... zKS9QcmUtT3BlcmF0aXZlLVN0c3B5c2LwkXAAAAKgAAAAAAAJEAAAAAkAAAJ7RcAAAoAdwkAgAIAAAAB
... KRYAAAgAAAB4CQCAAgAAAO4IAIACAAAACRAAAAAAAAAAAAAAmrCgAACawKAAAAJEAAAAEJsgoAAAEN6P//6
... ////
... wQAAAAG9BcAAFpNTEgvU3BlY2lhbHRpZXQXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... MpL1JlaGFiaWxpdGF0aW9uLVRoZXJhcHhjbGUy1XZS1PZmZ1ci8JFwAAACoAAAAAAAAACRAAAAAAKAAAACfcXAAA
... KAHgJAIACAAAAASoWAAAIaAAAAeQkAgAIAAADuCAcAAgAAAAkQAAAAAAAAAAAAJugoAAAm7CgAACRAAAAAB
... CcEAAAABA+j//+v///
... 8EAAAABv4XAAABhTUxIL1NwZWNpYWx0aWVzL0JvbmVzLUC1kb2ludHMtYW5kLU11c2NsZXMtYW5kLU9ydGhvcGVkaWNzWN
... zKS9XaHktQ2hvb3N3NlLUxpxdHRSZXZbi1BZHZlbnRpcn3QtSG9zcGl0YWwtLwkXAAAAKgAAAAAAAAJEAAAAAsA
... AAAJAJRgAAoAeQkAgAIAAAABKxYAAAgAAAAICQCAAgAAAO4IAIACAAAACRAAAAAAAAAAAAAAnJCgAACoKA
... AAJEAAAAAEJ0AoAAAH55///6////
... wQAAAAGCBgAAD1NTEgvU3BlY2lhbHRpZXQXMvQm9uZXMLUpvaW50cy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... MpL0tuZWUvcRcAAAAqAAAAAAAAAkQAAAADAAAAAkLGAAACICQCAAgAAAAEsFgAACAAAAAAIkJAIACAAAA7gg
... AgAIAAAAJEAAAAAAAAAAAAAAACdgKAAAJ2QoAAAkQAAAAQnfCgAAAe/n///r////
... BAAAAAYSGAAAQU1MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... ykvU2hvdWxkZXJzLVRyZWF0bWVudHMvQAAAAQAAAAAJEAAAAAAAACecKAAAJ6AoAAAkQAAAAQnuCgAAeXn///r////
... BAAAAYcGAAASE1MSC9TcGVjaWFsdGllcy9Cb25lcy1hbmQtTXVzY2xcy0oT3J0aG9wZWRpY3Y3
... ykvU3BvcnRzLU1lZGljaW5lW5LwkXAAAAKgAAAAAAAJEAAAAA4AAAAJHxgAAAoAigkAgAIAAAABLhYAAgAAAA
... B6CgCAAgAAAPcIAIACAAAACRAAAAAAAAAAAAn2CgAACnIACAAAJEAAAAEJAAAAAEJ/QoAAAAJ/QoAAABCTkLAAABs+f//+v///
... wQAAAAGJhgAAD1NTEgvU3BlY2lhbHRpZXQXMvQm9uZXMLQ2FyZS1QeFyS9Db25kaXRpb25zLUVdLVRVdGhtZW50cy8/
... 8JFwAAACoAAAAAAAAACRAAAAATAAAAAAwAAAAAAAAJFasAAAkVcwAACRAAAAAABCRsLAAAABx+f//+v///
... 8EAAAABjoYAABBTUxIL1NwZWNpYWx0aWVzL0JyYW1uL1LUNhcmUtUHVyYWZ0aWVXVHJlYXRtZW50cy8/
... zeS1Nb25pdG9yaW5nLW5LVVuaQvCRcAAAAqAAAAAAAkQAAAAwAAAAk9GAAADoDACAAgAAAAExFgAACAAA
... AHwKAIACAAAA9wgAgAIAAAAJEAAAAAAAAAAAAAAACSMLAAAJJAsAAAkQAAAAkqCwAAAb3n///r////
... BAAAAAZEGAAAMU1MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLUNvZ25pdGl2ZS1MZXZlbHMtYW5kLU9yZ2FuZXQXVGNy3y8JFwAAAB
... CoAAAAAAAAACRAAAAAAJMgsAAAkkCwAAAkQAAAAQQTkLAAAABCTkLAAAABf//+v///
... 8EAAAABk4YAA8TUxIL1NwZWNpYWx0eWMvQnJhaW4tQ2FyZS1Db2duaXRpdmUtTGV2ZWxzLWFuZC1PcmdhbmVsc3RyZW9udG5jdV2U
... tT2ZmZXIvCRcAAAAqAAAAAAAAkQAAAABQAAAlRGAAACgBPcCRcAAAAqAAAAAAAHAAAaAIACAAAA9wg
... gAIAAAAJEAAAAAAAAAAACUELAAAAJQoAAQJgsAAAkQAAAAQlICwAAAHf//+v///
... BAAAAAYZGAAAPU1MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLUNvZ25pdGl2ZS1L051dHdvcmtzWUxsciWmFsdUwvGlvbmmFsLU51dWVjdi
... mFkaW9sb2d5LUdldKAAAACgAAAAAAAJEAAAAAYAAAlJwYAAAoAKgAAgoAAgAIAAAABLWYAAAgAAgAAABVCQCAAgAAAPcIAIACAAAAALJ1QWNVELAAAAJAVWsAAAGf5///6////
... wQAAAAGYhgAADNTTEgvU3BlY2lhbHRpZXQXMvQnJhaW4tQ2FyZS1QcmV2ZW50aW9uLVdlbGxuZXNzWVdNCTUmVoYVJbpb2
... 4vCRcAAAAqAAAAAAAAkQAAAABwAAAAlGAAACgBQ
... CgCAAgAAAAE1FgAACAAAAIKAIACAAAA9wgAgAIAAAAJEAAAAAAAAAAAAAAACV8LAAAAJYsAAAkQAAAAQlmC
... wAAAZXn///r////
... BAAAAASGAAAKk1MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL1N1cHBvcnQtR3JvdXBzLWFuZG-UAAAAKgAAAAAA
... AAJEAAAAJbxgAAoAQoAgAIAAABNhYAAAAACBCgCAAgAAAPcIAIACAAAACRAAAAAAAAAACRAAAAAAAAAAAAAAA
... luCwAACW8LAAAAEJdQsAAAEJ5///6////
... wQAAAAGdhgAAC9NTEgvU3BlY2lhbHRpZXQXMvQnJhaW4tQ2FyZS9UcmhmdHGllbnRzRZVzdlLLU9mZmVyLwkXAAAAKg
... AAAAAAAAJbxgAAoAQoAgAIAAABNhYAAAABNbxYAAAgAAAGFQCgCAAgAAAPcIAIACAAAACRAAAAAAAAAAAA
... AAAAAAl9CwAACX4LAAAAEJhAsAAAGB5///6////
... wQAAAAGgBgAADRNTEgvU3BlY2lhbHRpZXQXMvQnJhaW4tQ2FyZS9XaXF0LWNvbWhbi1tYWtlLWFuZC9XhZGFjaGVUcR

… cAAAAgaRAAAAAAAAAkQaAAAAegAAAAMOGAARCQacFQCAAURAAA4rFgAACAAAAiIRAIACAAAN9WgAgAIAAAAJEAA
… AAAAAAAAAAAAACYwLAAAJjQsAAAkQAAAAAQmTCwAAAXfn///r////
… BAAAAaKGAAAJU1MSC9TcGVjjaWFsdGllcy99CcmFpbi1DYXJlL1R1bW9ycygxKS8JFwAAACoAAAAAAAACRAAA
… AALAAAACY0YAAAKAIIKAIACAAAAATkWAADqBQAAAXLn///a9///
… AAAAAAEAAABGOACAAgAAAO8IAIACAAAACaELAAABcOf//+v///
… 8BAAAACaQLAAAJFwAAACoAAAAAAAAACRAAAAABAAAACZQYAAAJEAAAAACXIQCAAgAAAAE6FgAA6gUAAAFq5//
… /2vf//wAAAAABAAAA9B0AAAAAAADvCACAAgAAAAmvCwAAAWjn///r////
… AQAAAAmyCwAACRcAAAAqAAAAAAAAAkQAAAAgAAAAmcGAAACRAAAAAAmCEAgAIAAAABOxYAAOoFAAABYuf//
… 9r3//8AAAAAAQAAANEdAAAAAAAA7wgAgAIAAAAJvQsAAAFg5///6////
… wEAAAAJwAsAAAkXAAAAKqAAAAAAAAAJEAAAAAMAAAAJpBgAAAkQAAAAAAJkhAIACAAAAATwWAADqBQAAAVrn//
… /a9///AAAAAAEAAADPKACAAgAAAO8IAIACAAAACcsLAAABWOf//+v///
… 8BAAAACc4LAAAJFwAAACoAAAAAAAACRAAAAAEAAAACawYAAAJEAAAAACaIQCAAgAAAAE9FgAA6gUAAAFS5//
… /2vf//wAAAAABAAAAaR4AAAAAAADvCACAAgAAAnZCwAAAVDn///r////
… AQAAAAncCwAACRcAAAAqAAAAAAAAAkQAAAAgAAAAmyEAgAIAAAABPhYAAOoFAAABSuf//
… 9r3//8AAAAAAQAAALwyAIACAAAA7wgAgAIAAAAJ5wsAAAFI5///6////
… wEAAAAJ6gsAAAkXAAAAKqAAAAAAAAAJEAAAAAYAAAAJvBgAAAkQAAAAAAJwhAIACAAAAAT8WAADqBQAAAULn//
… /a9///AAAAAAEAAABPHQAAAAAAAO8IAIACAAAAcfULAAABQOf//+v///
… 8BAAAACfgLAAAJFwAAACoAAAAAAAACRAAAAAHAAAAACQYAAAJEAAAACdIQCAAgAAAAAFAFgAA3AUAAAAAAAAA
… AAAAA7wgAgAIAAAAJQwAAAE55///6////
… wUAAAAJBAwAAAk4AwAEAAAAAAAAAAAJEAAAAgAAAAJyxgAAAkQAAAAC4fAIACAAAAAUEWAAAAIAAAAoQkAgA
… IAAADwCACAAgAAAAAkQAAAAAAAAAAAAAAJCQwAAAkKDAAACRAAAAABCRAMAAABL+f//+v///8EAAAABtIYAAA
… /
… TUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL0NhbmNlcltTdXBwb3J0L0Udyb3Vwcy0tLUNvddW5zZWxpbmcvc
… RcAAAAqAAAAAAAAAkQAAAAgAAAAnVGAAACgChCQAgAAAAFCFgAACAAAAAt1JAIACAAAA8AgAgAIAAAAJEA
… AAAAAAAAAAAAAAACRgMAAAJGQwAAAkQAAAAAQkfDAAAASXn///r////
… BAAAAAbcGAAAKE1MSC9TcGVjjaWFsdGllcy99DYW5jZXItQ2FyZS9Tb2bxvbm9zY29weS1zLU9mZWxpcmVmcm0vc
… RAAAAACAAAAACd8YAAAKAKIJAIACAAAAUMWAAAIAAAowkAgAIAAAADwCACAAgAAAAkQAAAAAAAAAAAAAAAJJw
… wAAAAkoDAAACRAAAAABCS4MAAABG+f//+v///
… 8EAAAABuYYAAA6TUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL0VkdWNhdGlvbi0tLUNsYXNzYXWJdXQtQ2F
… uY2VyLXVyLWNhcmUtLUNhbmNlci1DYXJlLTExLS0tLS0tLS0tLS0tLS0tLS0tLS0tLS0tLS0tLS0tLS0t
… AAACRAAAAAoAAAAAAAAAAAak2DAAACTcMAAAAJEAAAAAEJPQwAAAEJ///6////
… wQAAAG8BgAAC9NTEgvU3BlY2lhbHRpZXMvQ2FuY2VyLQ2VyLUNhcmUvR2VuZXJvYy1Db3Vuc2VsaW5nLXNuLw
… kKAAAAAAAJEAAAAAAAAAAA8xgAAAO8xgAAAEPWAAAEP///r////
… 8EAAAABgEZAAAsTUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL0luZzNVzaW9uLWLnbnRlci8JFwAAACoAAAA
… AAAAACRAAAAAgAAAACQQZAAAJAKUJAIACAAAAUcWAAAIAAAApgkAgAIAAAADwCACAAgAAAAkQAAAAAAAAAAAA
… AAAJYgwAAAljDAAACRAAAAAABCWkMAAAB9ub//+v///
… 8EAAAABgsZAAAyTUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL0lucGF0aWVudC1DYXJlLwkJFwAAACoAAAA
… AACoAAAAAAAACRAAAAAHAAAAAhAAACQ4ZAAAKAKUJAIACAAAUgWAAAAIAAAApwkAgAIAAAADwCACAAgAAAAkQAAA
… AAAAAAAAAAACJCQwAAA1yDAAACRcAAAAAAACMgMAAAB7Ob//+v///
… 8EAAAABhUZAAA0TUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL0ludGVybmFsLVN1cnZlcb2dl5Lwk
… XAAAAKqAAAAAAAAAAJEAAAAgaAAAAJGBkAAAkQbKAAAoApwkAgAIAAAADBSRYAAAqAAAAC0oCQCAAgAAAUHGCAAA
… AAAAAAAAAAAmADAAAACYEMAAAJEAAAAAEJhwwAAAHjwwAAHi5v//6////
… wQAAAAGHxkAAD1NTEgvU3BlY2lhbHRpZXMvQ2FuY2VyLQ2VyLUNhcmUvYXXR50cmVhM50c2mFYVcmVwd3UtUmFw
… RoZXJhcHkvCRcAAAAqAAAAAAAAAkQAAAAgAAAAACQkZAAAJAKUJAIACAAACoQoCQCAAgAAAAFKFgAAAkKJAIACAAAA8Ag
… AgAIAAAAJEAAAAAAAAAAAAAACY8MAAAJkAwAAAkQAAAAQmWDAAAAdjm///r////
… BAAAAYpGQAAQ01MSC9TcGVjjaWFsdGllcy9DYW5jZXItQ2FyZS9SNWdWx0aWLmcy8JFwAAACoAAAAAAAACRAAAAA
… IAAADwCACAAgAAAAJJngwAAAmfDAAACBaUMAAAABCaUMAAAB9zub//+v///
… 8EAAAABjMZAAAgUGF0aWVudC1Db21tdW5pdHkvDYW5jZXItQ2FyZS9TZXJ2aXNlcy8JFwAAACoAAAAAAAAAAAR
… ACTYZAAAKAKSJAIACAAAAUwWAADqBQAAAcnm///a9///
… AAAAAEAAABgkQCAAgAAAAPAIAIACAAAAAcbMMAAAAbn+b//+v///
… 8BAAAACbYMAAAJFwAAACoAAAAAAAAACRAAAAAAAACT0ZAAAJEAAAAArJACAAgAAAAFNFgAACAAAAAKwJAIA
… CAAAA8AgAgAIAAAAJEAAAAAAAAAAAAACbsMAAAJbAwAAAkQAAAAAQnCDAAAAb3m///r////
… BAAAAAZEGQAAME1MSC9TcGVjjaWFsdGllcy9DYW5jZXItQ2FyZS9S9SYWRpb2xvZ3kvDYW5jZXItU2VyaXNlcy8JFw
… AAAAAAAAAAAnKDAAAACsMAAAAJRxkAAAoArAkAgAIAAABThYAAAQAAAAActCQCAAgAAAPAIAIACAAAAcRAAAAAA
… AAAAAAAAAnKDAAAACsMAAAAJ0QwAAAEJQAAAADgsAAAAEJ9v//6////
… wQAAAGThkAAChNTEgvU3BlY2lhbHRpZXMvQ2FuY2VyLUNhcmUvVUtpbi1DY25YY5YW5jZXItU2VyaXNlcy8JFwAAAAkQ
… kQAAAAAlRGQAAACgCgCtCQCAAgAAAAF3FgAACAAAAAJngwAAmfDAAAAAQnCDAAAAAAAAAAAAACdk
… kQAAAAAlRGQAACgCtCQCAAgAAAAF7FgAACAAAAAJnwAAATE2CAAAA7AgAAAAEJQAAAADgsAAAAEJ9v//6////
… MAAAJ2gwAAAkQAAAAAQngDAAAanm///r////
… BAAAAAZYGQAAALk1MSC9TcGVjjaWFsdGllcy9DYW5jZXItQ2FyZS9SBYm91dC1DY1DYW5jZXItQ2FyZS8JFwAAACoAAA
… AAAAAACRAAAAAAAPAAAACVsZAAAKAOQQAIACAAAAVAWAAAAAVAWAAAIAAACuBFEAgAIAAccIACAAAAAJ6AwAAAFZ5//+
… AAAAJ6AwAAAnpDAAAAABCe8MAAABn+b//+v///
… 8EAAAABmIZAAA4TUxIL1NwZWNpYWx0aWVzL0NhbmNlci1DY29NhcmRtYMtU2VydmljZXMvQ2FyZGlhYy1TZXJ2aWdeF
… ydC8JFwAAACoAAAAAAAAAAAWCUZAAAKBQRAIACAAAAVEWAAAIAAAArwkAgAIAAAACuCQCAAgAAAJ6AwAAA
… AAkQAAAAAAAAAAAAJ9wwAAAn4DAAAACRAAAAABCf4MAAABleb//+v///

124454... 8EAAAaBmwZAAAyT1UxIL1NwZWNpYWx2aWVlZW0L0hhcmRpYWwU2Vydml jzXMvQwbotso4hdlQtSev9hbHRoeS8JFwA
... AACoAAAAAAAAACRAAAAACAAAACW8ZAAAKAK8JAIACAAAAAVIWAAAIAAAAsAkAgAIAAACuCQCAAgAAAAkQAAAA
... AAAAAAAAAAJBg0AAAkHDQAACRAAAAABCQ0NAAABi+b//+v///
... 8EAAAABnYZAAA1TUxIL1NwZWNpYWxoaWVlZW0L0hhcmRpYWwtU2Vydml jZXMvQmxvb2QtUjHUl1c3N1cmUtUXVpei8
... JFwAAACoAAAAAAAAACRAAAAADAAAACXkZAAAAKALAJAIACAAAAAVMWAAAIAAAAsQkAgAIAAACuCQCAAgAAAAkQ
... AAAAAAAAAAAAAJFQ0AAAkWDQAACRAAAAABCRwNAAABgeb//+v///
... 8EAAAABoAZAAA3TUxIL1NwZWNpYWxoaWVlZW0L0hhcmRpYWwtU2Vydml jZXMvQ2FyZGlhYy1BbGVydC1Qcm9ncm5F
... tLwKXAAAAKgAAAAAAAAAJEAAAAAQAAAAJgxkAAAoAsQkAgAIAAAABVBYAAAgAAACyCQCAAgAAAAK4JAIACAAAA
... CRAAAAAAAAAAAAAAkkkDQAACSUNAAAJEAAAAAEJKw0AAAAF35v//6////
... wQAAAAGihkAADlNTEgvU3BlY2lhbHHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9DYXJkaWFWFjLUF3YXJkcy0tLUhvvbm
... 9ycy8JFwAAACoAAAAAAAAACRAAAAAFAAAACY0ZAAAKALIJAIACAAAAVYUWAAAAAAtAkAgAIAAACuCQCAAgA
... AAAkQAAAAAAAAAAAAAJMw0AAAk0DQAACRAAAAAABCToNAAAABbeb//+v///
... 8EAAAABpQZAAA3TUxIL1NwZWNpYWxoaWVlZW0L0hhcmRpYWwtU2Vydml jZXMvQ2VudHVyVyS1IZWFydC1OZXR3b3J
... rLwKXAAAAKgAAAAAAAAAJEAAAAYAAAAJ1xkAAAoAtAkAgAIAAAABVhYAAAgAAAC1CQCAAgAAAK4JAIACAAAA
... CRAAAAAAAAAAAAAAlCDQAACUMNAAAJEAAAAAEJSQ0AAAFj5v//6////
... wQAAAAGnhkAADtNTEgvU3BlY2lhbHHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9IZWFyZDC1DYXRoZXRlcml6YXRpb2
... 4tTGFiLwKXAAAAKgAAAAAAAAAJEAAAAcAAAAJoRkAAAoAtQkAgAIAAAABVxYAAAgAAAC2CQCAAgAAAAK4JAIA
... CAAAACRAAAAAAAAAAAAAAlRDQAACVINAAAJEAAAAAEJWA0AAAFZ5v//6////
... wQAAAAGgBkAAEZNTEgvU3BlY2lhbHHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9IZWFydC1SZWhhdG1VnbUxLUNvbmRpdG
... lvbnMtLS1UcmVhdGdl1lbnQvCRcAAAAqAAAAAAAAAkQAAAAAmrGQAACgC2CQCAAgAAAAFYFgAACAAAALc
... JAIACAAAAArgkAgAIAAAAJEAAAAAAAAAAAACWANAAAJYQ0AAAkQAAAAAQlnDQAAAU/m///r////
... BAAAAAayGQAAQE1MSC9TcGVjaaWFsdGllcy9DYXJkaWFjLVNlcnZpZZVzL1BhdGllbnQtQ9tcGxpYW5jZ----
... 2FyZGlvbG9neS88JFwAAACoAAAAAAAAACRAAAAJAAAACbUZAAAAKALCJAIACAAAAAVkWAAAIAAAAuAkAgAIAAA
... CuCQCAAgAAAAkQAAAAAAAAAAAAAJbw0AAA1wDQAACRAAAAAABCXYNAAAABCXYNAAAABCXYNAAAAABCXY/AAAB
... 8EAAAABrwZAAABpTUxIL1NwZWNpYWxoaWVlZW0L0hhcmRpYWwtU2Vydml jZXMvU291dGgtV2VudmUyLUhlYXJ0LUNhbnR
... lbnRlciwtYS1EZXNbHcnRtZW50LW5LMUxpcdHRsZXRRvbi1BZHZlbmRpcc3QtSG9zcGl0YWwvCRcAAAAAAAAAAA
... AAkQAAAACgAAAAm/
... GQAACgC4CQCAAgAAAAFaFgAACAAAALkJAIACAAAAArgkAgAIAAAAJEAAAAAAAAAAAAAACX4NAAAJfw0AAAkQA
... AAAQmFDQAAATvm///r////
... BAAAAAbGGQAARE1MSC9TcGVjaaWFsdGllcy9DYXJkaWFjLVNlcnZpZZVzL1RlbGVVtZXR5eS1DYXJkaWFjLWFyU9ic
... 2VydmF0aW9uLVVuaaXQvCRcAAAAqAAAAAAAAAkQAAAACwAAAAm/GQAACgC5CQCAAgAAAAFbFgAACAAAALoJAI
... ACAAAArgkAgAIAAAAJEAAAAAAAAAAAACY0NAAAJhg0AAAkQAAAAAQmUDQAAATHm///r////
... BAAAAAbQGQAAOE1MSC9TcGVjaaWFsdGllcy9DYXJkaWFjLVNlcnZpZZVzL1doYXQtQXMtSGVhcnQtQtRmFpbHVye
... S0vCRcAAAAqAAAAAAAAAkKAAAACwAAAAm8ZAAAKALKCLYJAIACAAAAAVIZAAAAAAuAkAgAIAAAABVIhYAAAAALk
... wLjI0OSCwgQ3VsdHdyZTTlu2XV0ZlbUdGENAAAAAJE1lbnYdJdGVtIQGrd00xXrlbUkhrdGENAAAAAJE1lbnY0UhGV
... sZCZNZW51SSXR1bUdHRdrdGErPFPBhcmVvdEldkPmcPtdmxPX0JhY2tmdGCXXPWGRDGrTW51QmVzZXR8l0gVtdU
... F0aW9uLwJhY2tmdGCXXVfF0aWPuL01QmVzZXRPWGRDGr...
... BAAAAAbxGQAAQE1MSC9TcGVjaaWFsdGllcy9DaGlsZHJlbnMtNVY5kLVBlZGlhdHJpYy1TZXJ2aWNlcy9QZWRpY
... XRyaWMtVW5pdC0jYWAAAAAAAAAAAAAAAAAACAAAAAAAAAAA1Q0AAAnWDQAACRAAAAAABCdwNAAAABub//+v///
... 8EAAAABvsZAABQTUxIL1NwZWNpYWxoaWVlZW0L0oaWWxkcmVucy1hbmQtUGVkaWF0cmljLVNlcnZpY2VzL1BhdGll
... lbnQtQ29tcGxpYW5jZS0vCRcAAAAqAAAAAAAACRAAAAAAAAAAACeMZAAAKAL8JAIACAAAAAVIhIYAAAAvAkAgAIAAAB
... AWEWAADqBQAAQHm///a9///AAAAAAEAAACnWwAAAAAAPIIAIACAAAACeoNAAAB/+X//+v///
... 8BAAAACe0NAAAJFwAAACoAAAAAAAACRAAAAABAAAACQUaAAAJEAAAAD5////
... AwAAAAFiFgAACAAAAAJAIACAAAA8ggAgAIAAAAJEAAAAAJEAAAAAAAAAACfIN4AAAAKQAAAAAAAQn5DQAAA
... fXl///r////
... BAAAAAYMGgAAM01MSC9TcGVjaaWFsdGllcy9FbWVyZ2VuY3ktU2tpbLVNyYXVtYS9FUi1lXYW0lOLVRpbWWVzLwkkXA
... AAAKgAAAAAAAAAJEAAAAAIAAAAJDxoAAAoAAAkAgAIAAAABYxYAAAoOFAAAB8X//9r3///
... 8AAAAAQAAAAgfAAAAAAAA8ggAAgAAAAIAIAAAAJBw4AAAHu5f//6////
... wEAAAAACg4AAAkhAAAJEAAAAAAJEAAAAAAAAAAAJFhoAAAkQAAAAAAAAAFhoAAAkQAAAAAACyiAAACAgAAAPIIAIACAAAACRUOAAAB5uX//6////
... /a9///AAAAAAEAAACyiACAgAAAPIIAIACAAAACRUOAAAB5uX//+v///

124454… 8BAAAACRgoAAGYFwAAAcoAAARAAAAACRCHAAAAtBAAAACfYgCAAgAAAAI1TgAACAAAAAMIJAIA
… CAAAA8ggAgAIAAAAJEAAAAAAAAAAAAACR00OAAAJHg4AAAkQAAAAAQkkDgAAAdz1///r////
… BAAAAAYlGgAAN01MSC9TcGVjaWFsKG5y9FbWVyZ2VuY3JtYW5kLVRYYXVtYVCATxtUHJldmVudGlvb
… i8JFwAAACoAAAAAAAAACRAAAAAFAAAACSgaAAAAKAMIJAIACAAAAAWYWAAAIAAAAxAkAgAIAAADyCACAAgAAAAA
… kQAAAAAAAAAAAAAAJLA4AAAktDgAACRAAAAABCTMOAAAB0uX///v///
… 8EAAAABi8aAAArTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQ-THJhdW1hL1NCNVJJUWkhAxAAAKgAAAAA
… AAAAJEAAAAAYAAAAJMhoAAAoAxAkAgAIAAAABzxYAAAgAAADGCQCAAgAAAPMIAIACAAAACRAAAAAAAAAAAA
… AAk7DgAACTwOAAAJEAAAAAEJQg4AAAHI5f//6////
… wQAAAAGOROAADlNTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvU0I5cdC0oSUNVKS9Db250YWluZXJzLWFuZC1
… lDVS8JFwAAACoAAAAAAAAACRAAAAABAAAACTwaAAAAKAMYJAIACAAAAAWgWAAAIAAAAxwkAgAIAAADzCACAAgA
… AAAkQAAAAAAAAAAAAAJSg4AAAlLDgAACRAAAAABCVEOAAABvuX//+v///8EAAAABkMaAAA/
… TUxIL1NwZWNpYWx0aWVzL0ludGVybmFsLU1lZGljaW5lLVVudXQtKElDVSkvSkvSW5mdXNpb24tUHVtcHB24vC
… RcAAAAqAAAAAAAAAAkQAAAAAgAAAAlGGgAAACgDHCQCAAgAAAAAFpFgAACAAAAAMgJAIACAAAA8wgAgAIAAAAAJEA
… AAAAAAAAAAAAAAACVkOAAAAJWg4AAAkQAAAAAQlgDgAAAbTl///r////
… BAAAAAZNGgAAQk1MSC9TcGVjaWFsKG5y9JbnRlbnNpdmNpdUtQ2FyZS1Vbml0OLShZJQ1UpL1BhdGllbnQtQ29tcC
… GxpbWVVudHMUNVLwkAAAAkQAAAAAAAAAAAAJEAAAAAAAAAJUBoAAAoAyAkAgAIAAAABahYAAAgAAADJCQCAAg
… AAAPMIAIACAAAAACRAAAAAAAAAAAAAAAloDgAACWkOAAAJEAAAAAEJfg4AAAGg5f//6////
… wQAAAAGVxoAADtNTEgvU3BlY2lhbHRpZXMvSW50ZW5zaXZlLUNhcmUtVW5pdC0oSUNVKS9UdGF5aW5nLUx1LUluZm
… 9ybWVkLwkAAAAAKqAAAAAAAAAJEAAAAAQAAAAJWhoAAAoAyQkAgAIAAAABaxYAAAgAAADKCQCAAgAAAPMIAIA
… CAAAACRAAAAAAAAAAAAAAAAl3DgAACXgOAAAJEAAAAAEJfg4AAAGg5f//6////
… wQAAAAGYRoAADlNTEgvU3BlY2lhbHRpZXMvSW50ZW5zaXZlLUNhcmUtVW5pdC0oSUNVKS9sWaXNpdGluZy1Ib3
… Vycy9JFwAAACoAAAAAAAAACRAAAAAFAAAACWQaAAAAKAMJAIACAAAAAWAAAAIAAAAywkAgAIAAAAD0CACAAgA
… AAAkQAAAAAAAAAAAAAJhg4AAAmHDgAACRAAAAABCY0OAAABluX//+v///
… 8EAAAABmsaAAAkSW50ZW5zaXZlLUNhcmUtVW5pdC0oSUNVNVbmRpbmvMvCRcAAAAqAAAAAAAAAAkQAAA
… AAQAAAluGgAACgDLCQCAAgAAAAFTgAACAAAAAMwJAIACAAAA9AgAgAIAAAAAJEAAAAAAAAAAAAAAACZUOAAAJ
… 1g4AAAkQAAAAAmcDgAAAYz1///r////
… BAAAAAZ1GgAAJEludGVGVydmVudGlvbvbmFSLVJhZGlvbG9neS1eneS1Qcm9jZWR1cmVzLwkAAAAAAAAAJEAAAA
… AIAAAAJeBoAAAoAzAkAgAIAAAAABhYAAAgAAADNCQCAAgAAAPQIAIACAAAACRAAAAAAAAAAAAAmkDgAACa
… UOAAAJEAAAAAEJqw4AAAGC5f//6////
… wQAAAAGfxoAABZWZ5vdXMtUmFkaW9sb2d5LZBycm9jZWR1cmVzLwkAAAAAAkQAAAAwAAAAmCGgAACgDNCQ
… CAAgAAAAFvFgAACAAAAAEQKAIACAAAA9QgAgAIAAAAJEAAAAAAAAAAAAACbMOAAAJtA4AAAkQAAAAAQm6DgA
… AAXj1///r////
… BAAAAAaJGgAALU1MSC9TcGVjaWFsKG5y9NZWRpY2FsLU1tYWdpbmcvQmFyaXVtLUVudDLULWVZWlhLwkAAAAKgAAAA
… AAAAAAJjBoAAAoAAJbOAAAoARQoAgAIAAAABcBYAAAgABGCgCAAgAAAPUIAIACAAAACRAAAAAAAAAAAAAAAmkDgAACa
… AAnCDgAACJyQ4AAAHf5f//6////
… wQAAAAGkxoAAENNTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL0NoZXN0LVgtUmF5LwkAAAAAAAAAJEAAAAA
… IAAAAJlhoAAAoAARQoAgAIAAAAABcRYAAAgABGCgCAAgAAAPUIAIACAAAACRAAAAAAAAAAAAAAAnRDgAAAcd1
… OAAAJEAAAAAEJ2A4AAAFk5f//6////
… wQAAAAGnRoAAAENNTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL0RpZ2l0YWwtWC1SYXkvCWAAAA
… FELVRlY12hub2xvZ3kvCRcAAAAqAAAAAAAAAAkQAAAAwAAAmgGgAACgBCGCgCAAgAAAAFFyFgAACAAAAAQnnDgAAAVrl///r////
… BAAAAAenGgAARE1MSC9TcGVjaWFsKG5y9NZWRpY2FsLUltYWdpbmctTWFnbmV0aWMtUmVzb25hbmNlLUltYWdpbmct
… nQtQ29tcGxpGxpVhud1HMvCRcAAAAqAAAAAAAAAAkQAAAABQAAAmcGgAACgBICgCAAgAAAAFFzFgAACAAAAAEkKAI
… ACAAAA9QgAgAIAAAAJEAAAAAAAAAAAAAACe80AAAJ8A4AAAkQAAAAAQnn2DgAAAVDl///r////
… BAAAAAaxGgAAJE1MSC9TcGVjaWFsKG5y9NZWRpY2FsKG5y9FSLUltYWdpbmctVVJJLwkAAAAKgAAAAJEAAAA
… AYAAAAJtBoAAoASQoAgAIAAAABdBYAAAgABBKCgCAAgAAAAPUIAIACAAAACRAAAAAAAAAAAAAAAAn+
… DgAACf80AAAJEAAAAAEJBQ8AAAAFg5f//6////
… wQAAAAGuxoAAXNTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL051Y2xlYXItTWVkaWNpbmUvCWAAAAL051Y2xlYXItTWVkbWNpbmUwbUtLS1TUE
… VDVC1DVC8JFwAAACoAAAAAAAAACRAAAAAHAAAAAACWAAAAACeOAAAAAAEOkAIACAAAAAXUWAAAIAAAwoAgAIAAAD1CAC
… AAgAAAAkQAAAAAAAAAAAAJDQ08AAAkODwAAkODwAAkDwaAAAkDwAAAABCRQPAAAABPOX//+v///
… 8EAAAABsUaAAA0TUxIL1NwZWNpYWx0aWVzL011Y2xlYXItTWVkaWNpbmUtU3BFQ1DVDC1JY2hlbGludC8JFwAAACRzLwk
… XAAAAKgAAAAAAAAAJEAAAAJyBoAAAoAArQ0oAgAIAAAABdAUAAAgABEAMBgCAAgAAAUPUIAIACAAAACRAAAAA
… AAAAAAAAAAAAAkcDwAACR0PAAAAEJIw8AAAAEy5f//6////
… wQAAAAGzxoAAC9NTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL0JBFVDVC1DVC1JbWFnaW5nL0xwbmtXAAAAKg
… AAAAAAAAAJEAAAAAJ0hoAAAoATAoAgAIAAAABdqYAAAgAAANBDCgCAAgAAAAPUIAIACAAAACRAAAAAAAAAA
… AAAAAAkrDwAACSwPAAAAEJMg4AAAEo5f//6////
… wQAAAAG2ROAADRNTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL1JhZGlvbG9neS1TDYXJlLVVuaXQtQ0VR
… cAAAAqAAAAAAAAAkQAAAACAAAAncGgAACgBZCgCAAgAAAAF4FgAACAAAAAQl0KAIACAAAA90gAgAIAAAAAJEAA
… AAAAAAAAAAAACToPAAAAJOw4AAAJOw8AAAQl7///r////
… BAAAAAbjGgAAQ01MSC9TcGVjaWFsKG5y9NZWRpY2FsKG5y9VmVzb3VyeV0VdLWLZW5jLWVuY2RlcDb
… mctUGh5c2l1jaWFuZFwy8JFwAAACoAAAAAAAAACRAAAAAAAAACRAAAAAAAAACRcAAAAYAWAAAIaAAATgoAg
… IAAAD1CACAAgAAAAAAAAJSQ8AAAlKDwAACRAAAAABCVgAAAABFOX//+v///
… 8EAAAABu0aAAArTUxIL1NwZWNpYWx0aWVzL011ZGljYWwtWWWtWXmvVbHRyYXNvdW5kL011LWxwbkXAAAAqAAAAAAAAA
… AAAAJEAAAAwwAAAAJ8BoAAoAOATgoAgAIAAAABehYAAAgAAABPCgCAAgAAAAPUIAIACAAAACRAAAAAAAAA
… AAlYDwAACVkPAAAAEEJXw4AAAAEKX5f//6////
… wQAAAAG9xoAACZNTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nL1gtgtcmF5LwkAAAAAAAAAJEAA
… AAAA0AAAAJ+hoAAAoATwoAgAIAAAABexYAAAgAAABPCgCAAgAAAAPUIAIACAAAACRAAAAAAAAAAAAAAtBMAgAIAAAAJbQ8AAAAED5f//6////
… 8AAAAAQAAAIRnAIACAAAAtBMAgAIAAAAJbQ8AAAAED5f//6////

… wEAAAf3cR8AAAAXHAAAKgAAAAAQQgTAHOAtAErAaAARNBSAAAXkQAAPAAAMMFATACAAAAAXWWAADqBQAAAf3k//
… /a9///AAAAAAEAAACgZwCAAgAAALQTAIACAAAACXsPAAAB++T//+v///
… 8BAAAACX4PAAAJFwAAACoAAAAAAAAACRAAAAACAAAACQkbAAAJEAAAAADEHwCAAgAAAAF9FgAACAAAAIkKAIA
… CAAAA+QgAgAIAAAAJEAAAAAAAAAAAACYMPAAAJhA8AAAkQAAAAAQmKDwAAAfHk///r////
… BAAAAAYQGwAADVBlbHZpY3y1iGbG9vci8JFwAAACoAAAAAAAAACRAAAAABAAAACRMbAAAAKIkKAIACAAAAAX4WA
… AAIAAAAiwoAgAIAAAD6CACAAgAAAAkQAAAAAAAAAAAAAAAJkg8AAAmTDwAAACRAAAAABCZkPAAAB5+T//+v///
… 8EAAAABhobAAAA0TUxIL1NwZWNpYWx0aWVzL1JvYm90aWVVT3VyZ2VyYU9WHWU4tUm9ib3RpY1y1TdXJnZXJ5Lwk
… XAAAAKgAAAAAAAAAJEAAAAAEAAAAJHRsAAAoAiwoAgAIAAAABfxYAAgAAAACNCgCAAgAAAAPoIAIACAAAACRAA
… AAAAAAAAAAAAAmhDwAACaTPAAAJEAAAAAEJqA8AAAHd5P//6////
… wQAAAAGJBsAADpNTEgvU3BlY2lhbHRpZXMvRm9ib3RpY1y1TdXJnZXJ5L0hvdy1Sb2JvdGljjLVN1cmdlcnktV2
… 9ya3MvCRcAAAqAAAAAAAAAAkQAAAAAgAAAAknGwAACgCNCgCAAgAAAAGAFgAACAAAAI8KAICAAAA+
… ggAgAIAAAAJEAAAAAAAAAAAAaCbAPAAAJsQ8AAAkQAAAAAQm3DwAAAdPk///r////
… BAAAAAYuGwAAQ01MSC9TcGVjaaWFsdGllcy9Sb2JvdGljjLVN1cmdlcnkvUm9ib3RpcYy1TdXJnZXJ5LU1pbmlta
… Xplcy1Eb3dudGltZS8JFwAAACoAAAAAAAAACRAAAAAAAAACTEbAAAAkAI8KAIACAAAAAYEWAAAIAAAAKQwAgA
… IAAAD6CACAAgAAAAkQAAAAAAAAAAAAAAJvw8AAnnADwAACRAAAAABCcYPAAAByeT//+v///
… 8EAAAABjgbAABDTUxIL1NwZWNpYWx0aWVzL1JvYm90aWWMtU3VyZ2VyeS9HWU4tUm9ib3RpY1yYTdXJnZXJ5L0R
… yLS1CcnVjZS1Eb3JyeWsXAAAAKgAAAAAAAAAJEAAAAAQAAAAJOxsAAAoAKQwAgAIAAAABghYAAgAAAAqDACA
… AgAAAPoIAIACAAAACRAAAAAAAAAAAAAnODwAACc8PAAAJEAAAAAEJ1Q8AAAG/5P//6////
… wQAAAAGQhsAAEhNTEgvU3BlY2lhbHRpZXMvRm9ib3RpY1yTdXJnZXJ5L5OdZTi1Sb2JvdGljjLVN1cmdlcnkvRH
… ItLURhdmlkkLUotLVdhdHHNvbi8JFwAAACoAAAAAAAAACRAAAAAFAAAACUUbAAAKACoMAIACAAAAAYMWAAAIAAA
… AkwoAgAIAAAD7CACAAgAAAAkQAAAAAAAAAAAAAJ3Q8AAAneDwAACRAAAAABCeQPAAABteT//+v///
… 8EAAAABkwbAAA+
… TUxIL1NwZWNpYWx0aWVzL1NsYWVWLURpc29yZGVyLUNlbnRlci9TBGVlcC1EaXNvcmNilcil1eW1wdG9tcy9JF
… wAAACoAAAAAAAAACRAAAAAABABAAAACU8bAAAKAACU8bAAAA8IAoAACVQiAIAACAAAAAJ7A8AAAntDwAAAAkKAAAAAAAAJ7A8AAntDwAAAAAkkAAAAAAAAJ7A8AAntDwAAAAAJ7A8AAntDwAAAAAJ7A8AAntDwAAAAAJ7A8AntDwAAAAAAJ7A8AntD

```
124454…  NlcY8UFwAAAACoAAAAAAAAACCAAAAAAAC6uDARAKAlLERAtRCACAAAaZUWgWAAAAAsgoAgAIAAAD+
…        CACAAgAAAAkQAAAAAAAAAAAAAJ4BAAAAnhEAAACRAAAAABCecQAAABFeT//+v//
…        8EAAAABuwbAAA9TUxIL1NwZWNpYWx0aAAVzL1N0cm9rZS1DeDdGDEW50ZXIvQ29udGFjdC10aGUtU3Ryb2tl
…        kaW5hdG9yYLwkXAAAAKgAAAAAAAAJEAAAAUAAAAJ7xsAAAoAsgoAgAIAAAABlhYAAAgAAAACzgCAAgAAAP4I
…        AIACAAAACRAAAAAAAAAAAAAnvEAAACfAQAAAJEAAAAEJ9hAAAAEL5P//6////
…        wQAAAAG9hsAAD1NTEgvU3BlY2lhbHRRpZ2VtU3Ryb2tlL1N0cm9rZS9jaW5hdG9yLm1cGGXgAACAAAACsMAIACAAAA/
…        1Bd2FyZHMvRcRAAAAqAAAAAAAAAkQAAAABgAAAAn5GwAACgCzCgCAAgAAAAGXFgAACAAAACsMAIACAAAA/
…        ggAgAIAAAAJEAAAAAAAAAAAAACf4QAAAJ/xAAAAkQAAAAAQkFEQAAAQHk///r////
…        BAAAAAYAHAAAWU1MSC9TcGVjaaWFSdGllcy9TdHJva2UtU3Ryb2tlL0NvbbW11bm0e/S1TdHJva2UtUtVmVzb3VyY
…        2VzL05hdGl0vbmFsLVN0cm9yZS1Bd2FyZW5l5c3MtTW9ud9udGgvcRcAAAAqAAAAAAAAAkQAAAABwAAAAkDHAAACg
…        ArDACAAgAAAAGYFgAACAAAAALQKAIACAAAA/
…        ggAgAIAAAAJEAAAAAAAAAAAACQ0RAAAJDhEAAAkQAAAAQkUEQAAAffj///r////
…        BAAAAAYKHAAAP01MSC9TcGVjaaWFSdGllcy9TdHJva2UtU3Ryb2tlL05ldXJvZGlhZ25vc3RpcY1UZXN0aW5nL
…        VdlLU9mZmVyVyLwkXAAAAKgAAAAAAAAJEAAAAUgAAAAJDRwAAAoAtAoAgAIAAAABmRYAAgAAAAC1CgCAAgAAAP
…        4IAIACAAAACRAAAAAAAAAAAAAkcEQAACR0RAAAkJJxEAAAHt47//6////
…        wQAAAAGFBwAACpNTEgvU3BlY2lhbHRRpZ2VtU3Ryb2tlL1N0cm9rZS9TdHJva2UtUtVGVhbHRoS8JFwAAACoAAAAAAA
…        AACRAAAAAAJAAAACRccAAAkALUKAIACAAAAAZoWAAAIAAAAtgoAgAIAAAD+
…        CACAAgAAAAkQAAAAAAAAAAAAAJKxEAAAksEQAACRAAAAABCTIRAAAB4+P//+v///
…        8EAAAABh4cAAApTUxIL1NwZWNpYWx0aaVtU3Ryb2tlL1N0cm9yZS1DdVGVSVGVhbHRoS8JFwAAACoAAAAAAAA
…        ACRAAAAAAAAACSEcAAAkALYKAIACAAAAAAvwoAgAIAAAD/
…        CACAAgAAAAkQAAAAAAAAAAAJOhEAAAk7EQAACRAAAAABCUERAAAB2eP//+v///
…        8EAAAABigcAAA5TUxIL1NwZWNpYWx0aaVtU3Ryb2tlL1dvUcy1IZWFsdGgGtU2Vydml1jZXMvQm9uZSW1Sl2ZW51ZZ5EZW5zaXRyWbWV
…        0cnkvCRcAAAAqAAAAAAAAAkQAAAAgAAAAkrHAAACg/CgCAAgAAAAgCFgAACAAAAMAKAIACAAAA/
…        wgAgAIAAAAJEAAAAAAAAAAAACUkRAAAAShEAAAkQAAAAQl0EQAAAc/j///r////
…        BAAAAAyYHAAADVDlbHZpZyY1lGbG9vvci8JFwAAACoAAAAAAAAACRAAAAAAAAAACTUCAAAAADAAAACTUCAAAAAABCV8RAAAABxEAAAAz0WA
…        AAIAAAAwgoAgAIAAAD/CACAAgAAAAkQAAAAAAAAAAAJWBEAAAl2EQAACRAAAAAACBCV8RAAAABxEAAAY74///6////
…        8EAAAABjwcAABDTUxIL1NwZWNpYWx0aaVtU3Ryb2tlL1dvUcy1IZWFsdGgGtU2Vydml1jZXMvQm9uZS1SZXNvdXJjZSW1Sl2ZW5
…        tRW1ib2xpc20F0aW9uL1dLAAAKgAAAAAAAAAJEAAAAQAAAAJPxwAAAoAwgoAgAIAAAABnhYAAgAAAAKCQCA
…        AgAAAEJAIACAAAACRccAAAKALULAIACAAAAAlnEQAACWgRAAAJEbhEAAAG74///6////
…        wQAAAAGRhwAABJIb3ctQmlsbGGluZy1Xb3Jrcy8JFwAAACoAAAAAAAAACRAAAAAAAAAABAAAAACUkAAAAkAoJAIAcAA
…        AAAZ8WAAAIAAAACwkAgAIAAAABCQCAAgAAAAkQAAAAAAAAAAAAAJdhEAAAl3EQAACRAAAAAABCX0RAAAABseP
…        //+v///
…        8EAAAABlAcAAARSG9zcGl0YWwtQmlsbGGluZy8JFwAAACoAAAAAAAAACRAAAAAAAAACVMcAAAKAASJAIACAAAA
…        AaAWAAAA1IAAAADAkAgAIAAAAlBCQCAAgAAAAkQAAAAAAAAAAAAAJhEEAAAmGEQAACRAAAAAABCYwRAAAABp+P/
…        /+v///
…        8EAAAABlocAAAQT25saW51LUJpbGxpbmGUF5LwkXAAAAKgAAAAAAAAAJEAAAAmAAAAJXRwAAAoAoDAAAJXRwAAAoAo
…        BoRYAAgAAAANCQCAAgAAAAEJAIACAAAACRAAAAAAAAAAAmUEQAACZURAAAAJEAAAAAACJmxEAAAqAg4///
…        6////
…        wQAAAAGZBwAAA9GaW5hbmPpYWwtU3Vwc8C8JFwAAACoAAAAAAAAACRAAAAAEAAAACWccAAAKAAJAIACAAAAAa
…        IWAAAIAAAADgkAgAIAAAABCQCAAgAAAAkQAAAAAAAAAAAAAJoxEAAAmkEQAACRAAAAAABCaoRAAAABk+P//+v
…        ///
…        8EAAAABm4cAAATVW5pbmN1cmVkLVBhdGllbnRzLVdAAAKgAAAAAAAAAJEAAAAUAAAAJcRwAAAoADgkAgAI
…        AAAABoxYAAAgAAAAPCQCAAgAAAAAEJAIACAAAACRAAAAAAAAAAAmyEQAACbMRAAAJEAAAAABCZuEAAAAGEJuREAAAGJ
…        4///6////
…        wQAAAAGeBwAAAxGb3Jtcy8JFwAAACoAAAAAAAAACRAAAAAEAAAAACXscAAAKAA8JAIACAAAAAaQWAAAIAAAA
…        AIAAAEAkAgAIAAAABkQAAAAAAAAAAJwREAAnCEQAACRAAAAAABCcgRAAAABp+P//+v///
…        8EAAAABoIcAAAARSG9zcGl0YWwtQmlsbGGluZy8JFwAAACoAAAAAAAAACRAAAAAAHAAAACYcAAAKAASJAIACAAA
…        AAuUWAAAIAAAAZhMAgAIAAAABlEwCAAgAAAAkQAAAAAAAAAAAAAJ0BEAAnREQAACRAAAAAAABCdcRAAAABdeP/
…        /+v//8EAAAABowcAAA+
…        Rm9yLVBhdGllbnRzRzLWFuZC1GYW1pbGllcy9QcmljaW5nLW5uLNvc3RzRzLWZvci1Db21tb24tUHJvY2Vkc3J8c1ZJ8
…        wAAACoAAAAAAAAACRAAAAACAAAAACYRwAAAKAaJTAIACAAAAAyWAAAIAAAAZxMAgAIAAAABcgRAAAABzx4+v/
…        /AAAAAAAAAAAJ3xEAAAngEQAACBeYRAAABa+P//+v///
…        8EAAAABpYcAAA5Rm9yLVBhdGllbnRzRzLWFuZC1GYW1pbGllcy9QcmljaW5nLWFuZC1jb3N0cy9kXN0b20tUXV
…        vdGUvCRcAAAAqAAAAAAAAAAkQAAAAAgAAAAkGHwAAAoAaJTAIACAAAAAyWAAAIAAAAZxMAgAIAAAABcgRAAAAB
…        AAAJEAAAAAAAAAACe4RAAAJ7xEAAAkQAAAAABCcMRAAAABdeP//+v///
…        BAAAAAagHAAAR0zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQmlsbGGluZy8JFwAAACoAAAAAAAAACRAAAAAEAAAA
…        AyQWAAAgAAAACZhMAgAIAAAABhMwCAAgAAAAkQAAAAAAAAAAAJ0BEAAnRREQAACRAAAAAAABCdcRAAAABdeP//
…        /2vf//wAAAAABAAAAG24AgAIAAAAUFACAAgAAAAkDEgAAAVrj///r////
…        AQAAAAkGEgAACRcAAAAqAAAAAAAAAAkQAAAAAmqHAAAC4gCAAAAAAAAECEAgAIAAAABqRYAAOoFAAABVOP//
…        /9r3//8AAAAAAQAAALtxAIACAAAAAFBQAgAIAAAAJERIAAAAFS4///6////
…        wEAAAAJFBIAAAkXAAAAKgAAAAAAAAAJEAAAAUAAAAIJshwAAAAaEhAIAACAAAAEEhAIACAAAAE9RSAAABSuP//+v///
…        /a9///AAAAAAEAAAC+cQCAAgAAAAEBQUIACAAAAAAAAAAAAAAEBAAAAABDrY22ggkJAUUYQAAAAAAUA
…        AAAAFBQAgAIAAAAJLBIAAAAFD4///6////
…        wUAAAAvGhwAAACkvQ29tcG9uZW50LWNvY29wZSW1SdGVuYWncY8YYY2guCRAAAAAJEAAAAUCRAAAAAJEAAAAUCR
…        AJIxIAAAAqAAAAAAAAAAJEAAAAUCRAAAAAJLBIAAAFD4///6////
…        wUAAAAGvhwAAACkvQ29tcG9uZW50LWNvY29wZS15ZXIvCRAAAAAJEAAAAUCJHLTWFyY2guCRAAAAAAJEAAAAUCR
…        AJIxIAAAAqAAAAAAAAAAJEAAAAUCRAAAAAJLBIAAAAFD4///6////
…        AAAAJNBIAAAk1EgACRAAAAAABCTSAAAABOeP//+v///
…        8EAAAABsgcAAAeQ2VudHHyYS1IZWF0aAgGtU3Ryb2tlL1N0cm9rZS9TdGlyb2tl8yW1SdGltZXHAAAAqAAAAAAAAAAkQAAAAQAAAAn
```

... LHAAAAgATCQCAAgAAAACLrgAKCAAAABQJAIACAARABAKAgAIAAAAJEAAAAAAAAAAAAAACAOMSAAAJRBIAAAkQ
... AAAAAQlKEgAAAS/j///r///
... BAAAAAbSHAAAAkNlbnR1cmEEtSGVhbHRHRoLUJllbmVVmaXRzRLUNoZWNNWNrdXAtQ29ssb3JhZG8tUHKbWVKXAAAAKgAAAAAAA
... AAJEAAAAAAAAAAJ1RwAAAoAFAkAgAIAAAABrhHAAAgAAAAVCQCAAgAAAAAQJAIACAAAACRAAAAAAAAAAAAAAAAAAAA
... lSEgAACVMSAAAJEAAAAAAEJWRIAAAE14///6////
... wQAAAAG3BwAACpDZW50dXJhUhlLUhllYWx0aC1NZWRpcY2FyZS51QYXJQLUQtQXNzaXN0YW5jZS58JFwAAACoAAAAAAAA
... AACRAAAAADAAAACd8cAAAKABUJAIACAAAAAa8WAAAaIAAAFgkAgAIAAAAECQCAAgAAAAkQAAAAAAAAAAAAAAA
... JYRIAAAliEgAACRAAAAAABCWgSAAABG+P//+v///
... 8EAAAABuYcAAAzQ2VudHVyYS1IZWFsdGgtU0hJ2C1TdGF0ZS1IZWFsdGSW5zdXJhbmNlNlLVByb2dyYW0vvCRc
... AAAqAAAAAAAAAAkQAAAABAAAAAnpHAAACgAWCQCAAgAAAAGwFgAACAAAABcJAIACAAAABwkAgAIAAAAJEAAA
... AAAAAAAAAAAACXASAAAAJcRIAAAkQAAAAAAQl3EgAAARHj///r////
... BAAAAAbwHAAAGFBhdGllbnQtUmVwcemVzZW50YXRpdmUtLwkkXAAAAKgAAAAAAAAAJEAAAAAEAAAAJ8xwAAAoAF
... wkAgAIAAAABsRYAAAgAAAASCQCAAgAAAAMJAIACAAAACRAAAAAAAAAAAAAAAAAl/
... EgAACYASAAAAJEAAAAAEJhhIAAAEH4///6////wQAAAAG+
... hwAABRJbXBvcnRhbnQtUXVlc3Rpb25zL21uLWKgAAAAKgAAAAAAAAAAJEAAAAAEAAAAJ/
... RwAAAoAEgkAgAIAAAAABshYAAOoFAAABAuP//9r3//8AAAAAAQAAAP17AIACAAAAATRQAgAIAAAAJlBIAAAEA4/
... //6////
... wEAAAAJlxIAAAkXAAAAKgAAAAAAAAAAJEAAAAAEAAAAJBB0AAAkQAAAAAGoiAIACAAAABWWAADqBQAAAfri///
... /a9///AAAAAAEAAAD8ewCAAgAAAAE0UAIACAAAACaISAAAB+0L//+v///
... 8BAAAACaUSAAAJFwAAACoAAAAAAAAAACRAAAAACAAAACQwdAAAAJEAAAAABrIgCAAgAAAAG0FgAA6gUAAAHy4v/
... /2vf//wAAAAABAAAAAocAgAIAAAABNFACAAgAAAAMmwEgAAAfDi///r////
... AQAAAAmzEgAACRcAAAAqAAAAAAAAAAAkQAAAAAwAAAAkUHQAACRAAAAAAkCIAgAIAAAABtRYAAOoFAAAB6uL//
... 9r3//8AAAAAAQAAAAF8AIACAAAAATRQAgAIAAAAJvhIAAAHo4v//6////
... wEAAAAJwRIAAAkXAAAAKgAAAAAAAAAAJEAAAAAqAAAAAJHB0AAAkQAAAAAAGgiAIACAAAAAbYWAADqBQAAAeLi//
... /a9///AAAAAAEAAAD+ewCAAgAAAAE0UAIACAAAACwSAAAB4OL//+v///
... 8BAAAACc8SAAAJFwAAACoAAAAAAAAAACRAAAAFAAAACSQdAAAAJEAAAAABnIgCAAgAAAAG3FgAA6gUAAAHa4v/
... /2vf//wAAAAABAAAAnwAgAIAAAABNFACAAgAAAAAnaEgAAAdji///r////
... AQAAAAndEgAACRcAAAAqAAAAAAAAAAAkQAAAABgAAAAksHQAACRAAAAAAAAaSIAgAIAAAABuBYAAOoFAAAB0uL//
... 9r3//8AAAAAAQAAAAB8AIACAAAAATRQAgAIAAAAJ6BIAAAHQ4v//6////
... wEAAAAJ6xIAAAkXAAAAKgAAAAAAAAAAJEAAAAAcAAAAJNB0AAAkQAAAAAGYiAIACAAAAbkWAADqBQAAAcri///
... /a9///AAAAAAEAAADpHwAAAAAAACgTAIACAAAACfYSAAAByOL//+v///
... 8BAAAACfkSAAAJFwAAACoAAAAAAAAAACRAAAAAABAAAACTwdAAAAJAEgAAAAAIHgCAAgAAAAG6FgAA6gUAAAHC4v/
... /2vf//wAAAAABAAAADCAAAAAAAAAoEwCAAgAAAAkEEwAAAcDi///r////
... AQAAAAkHEwAACRcAAAAqAAAAAAAAAAAkQAAAAqgAAAAlEHQAACRAAAAAACR4AgAIAAAABuxYAAOoFAAABuuL//
... 9r3//8AAAAAQAAA8gAAAAAAAAkBMAgAIAAAAJEhMAAAAG44v//6////
... wEAAAAJFRMAAAkXAAAAKgAAAAAAAAAAJEAAAAAmAAAAJTB0AAAkQAAAAAoeAIACAAAAbwWAADqBQAAAbLi//
... /a9///AAAAAAEAAAD4HwAAAAAAACgTAIACAAAACSATAAABsOL//+v///
... 8BAAAACSMTAAAJFwAAACoAAAAAAAAAACRAAAAEAAAACVQdAAAJEAAAAAALHgCAAgAAAAG9FgAA6gUAAAGq4v/
... /2vf//wAAAAABAAAAA7R8AIACAAAAAAoEwCAAgAAAAkUEwAAAaji///r////
... AQAAAAkxEwAACRcAAAAqAAAAAAAAAAAkQAAAABQAAAAlcHQAACRAAAAAAADB4AgAIAAAABvhYAAOoFAAABouL//
... 9r3//8AAAAAQAAAPQfAAAAAAAABMAgAIAAAAJPBMAAAGg4v//6////
... wEAAAAJPxMAAAkXAAAAKgAAAAAAAAAAJEAAAAAYAAAAYZJB0AAAkQAAAAAA0eAIACAAAAb8WAADqBQAAAZri///
... /a9///AAAAAAEAAADrHwAAAAAAACgTAIACAAAACUoTAAABmOL//+v///
... 8BAAAACU0TAAAJFwAAACoAAAAAAAAAACRAAAAAHAAACWwdAAAJEAAAAAAOHgCAAgAAAAHAFgAA6gUAAAGS4v/
... /2vf//wAAAAABAAAAnx8AAAAAAAoEwCAAgAAAAlYEwAAAZDi///r////
... AQAAAAlbEwAACRcAAAAqAAAAAAAAAAAkQAAAACAAAAAl0HQAACRAAAAAADx4AgAIAAAABwRYAAOoFAAABiuL//
... 9r3//8AAAAAQAAAAAKEfAAAAAAAABMAgAIAAAAJZhMAAAGI4v//6////
... wEAAAAJaRMAAAkXAAAAKgAAAAAAAAAAJEAAAAkAAAAJfB0AAAkQAAAAAABeAIACAAAAAcIWAADqBQAAAYLi//
... /a9///AAAAAAEAAADvHwAAAAAAACgTAIACAAAACXQTAAABgOL//+v///
... 8BAAAACXcTAAAJFwAAACoAAAAAAAAAACRAAAAAARHgCAAgAAAAHDFgAA6gUAAAF64v/
... /2vf//wAAAAA8R8AAAAAAAoEwCAAgAAAAmMHMHQAACRAAAAAAEh4AgAIAAAABxBYAAOoFAAABcuL//
... 9r3//8AAAAAQAAAJ0fAAAAAAAABMAgAIAAAAJkbMAAAFw4v//6////
... wEAAAAJkxMAAAkXAAAAKgAAAAAAAAAAJEAAAAwAAAAaWAAAAJmB0AAAkQAAAAABMeAIACAAAAAcUWAADqBQAAAYLi///
... /a9///AAAAAAEAAAEiHWAAAAAAACgTAIACAAAACZ8TAAABZ28//+v///
... 8EAAAABpsdAAAlTUx1L0Fib3V0LVVVzL0x1YWRlxllcnNoAAAaXAAvQOJldHQtU3BlbnN0LWLwlkXAAAAKgAAAAAAAAJEAA
... AAAEAAAAJnh0AAAoA4QoAgAIAAAABxhYAAAgAADgCgCAAgAAAC8BAAAAAAAAACRAAAAAAAAAAAAAAAAmnEwAA
... CagTAAAJEAAAAAEJrhMAAAFc4v//6////
... wQAAAAGpR0AACVNTEgvQWJvdXQtVXMvVXMtTGVhZGVyc2hpcC9VaWVwWwtQ3VycnkvvCRcAAAAqAAAAAAAAAkQAA
... AAAgAAAAmoHQAACgDgCgCAAgAAAAHHFgAA6gUAAAAFX4v//2vf//
... wAAAAABAAAAKGUAgAIAAAAvAQAAAAAAAAAm8EwAAAXXi////r///AQAAAm/
... EwAACRcAAAAqAAAAAAAAAAkQAAAAAwAAAAmvHQAACRAAAAAAAix8AgAIAAAAByBYAAOoFAAABT+L//9r3//
... /8AAAAAAQAAAACllAIACAAAALwEAAAAJyhMAAAFYj///r////
... wEAAAAJzRMAAAkXAAAAKgAAAAAAAAAAJEAAAAAqAAAAACkWAAAAAckWAAAaIwfAIACAAAAAckWAAAA4woAgA
... IAAAAvAQAAAAAAAAAAJ0hMAAAnTEwAACRAAAAAABCdkTAAABQ+L//+v///
... 8EAAAABr4dAAAkTUx1L0Fib3V0LVVzL0x1YWRlcnNoaXAvXApVzd5b20vVhbmRhLVVidhcmRhLLdbcmQvCRcAAAAqAAAAAAAAAkQAAA
... ABQAAAnBHQAACgDjCgCgCAAgAAAAHHKFgAA6gUAAAAE+v//2vf//
... wAAAAABAAAA8R4AAAAAAAAAdCQCAAgAAAAnnEwAAAATzi///r////

124454… AQAAAAAqFwAAACRcAAAAgAAAAAAAAAQAABAnqAAAAAnIHgAACRcAAAAAACRpQYzAAAAABBbYXYTAAOoFAAABNuL//
… 9r3//8AAAAAAQAAAO8eAAAAAAAAHQkAgAIAAAAJ9RMAAAE04v//6////wEAAAAJ+
… BMAAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJ0B0AAAAkQAAAAAAgXAIACAAAAAAcwWAADqBQAAAS7i///a9///
… AAAAAAEAAAD5HgAAAAAAB0JAIACAAAAACQMUAAABLOL//+v///
… 8BAAAACQYUAAAAJFwAAACOAAAAAAAAACRAAAAADAAAACdgdAAAAJEAAAAAGFwCAAgAAAAAHNFgAA6gUAAAEm4v/
… /2vf//wAAAAAABAAAA7R4AAAAAAAdCQCAAgAAAAkRFAAAASTi///r////
… AQAAAAkUFAAAACRcAAAAqAAAAAAAAAAkQAAAABgAAAAngHQAACRAAAAAABxcAgAIAAAABzhYAAOoFAAABHuL//
… 9r3//8AAAAAAQAAAP0eAAAAAAAAHQkAgAIAAAAJHxQAAAAEc4v//6////
… wEAAAAJHxQAAAAkXAAAAKgAAAAAAAAAJEAAAAAcAAAAJ4B0AAAkQAAAAAAQXAIACAAAAAAc8WAADcBQAAAAAAAA
… AAAAAdCQCAAgAAAAkrFAAAARXi///r////
… BQAAAAkuFAAACTgDAAAAAAAAAAAAAAkQAAAACQAAAAnvHQAAAAkAnvHQAACRAAAAAAAABn0AgAIAAAAB0BYAAAAAO
… gAAABwJAIACAAAACRAAAAAAAAAAAAAAAAkzFAAACTQUAAAAEJOhQAAAEL4v//6////
… wQAAAAG9h0AAAxFYm9sYYS1WaXJlcy8JFwAAACoAAAAAAAAAACRAAAAABAAAACFkdAAAKAJERAIACAAAAAdEWAAA
… DqBQAAAQbi///a9///AAAAAAEAAACfAQCAAgAAAGUSAIACAAAACUgUAAAABOL//+v///
… 8BAAAACUsUAAAAJFwAAACoAAAAAAAAAACRAAAAAAAAACQAeYm42N3dlIwAAAACQAEgHgAAAAJ9nIGZvciBGwAgAAA
… AEJEAAAAABEAAAkJFwAAAYLHgAACYLEgCAAgAAAkV1WFAAAAfzh///r////
… AQAAAAlZFAAAACRcAAAAqAAAAAAAAAAkIHgAACRcAAAAAJBwAgAIAAAB0xYAAAAAAAAAAAAJEAAAAA0AAAACRAAAA
… AEJEAAAAAAaAAAAJFwAAAYLHgAACYLEgCAAgAAAYLHgAACA4GAGBER4EwvzNZM3N3DIwIj0CRAAAAJDR4AAAkOHgAA
… AGEB4AAAsxMDcwMjA2MjA2MjJTeMTA3Mzc0MjA2MjA2MjA2MTNeMTA3Mzc0MjA2MjQEAAAABWAAAAAAAAABBhQeAAAa
… UHJlcGFyyWxpcGFyXXJjeciBEEWxxpdmVyeSBBEYYXkJJwAAAAAAKCgoB6uH//9j///
… 8AAAABhceAABEL01MSC9TcGVjaaWFsZGllcy9CaXJkaHBsYXQ1XaXNoeSLXaXNoZXMvUHJlcoLURheSlXaXNoeQaW5
… nLWZvciiI1EZWxpdmVyeS8S8KAoAAdQWAAAJAAAACRAAAAAACQAAAAACRcAAAAAcRcAAAAGGh4AAsxMDczNzQyMDYyMD
… NQKQAAAACRweAAAJHH4AAAAAAAACgoJHhB8eAAAAAAAAAAAAAAYJUGIS4AADOUm91dGdUdG9dG8gTGl1dGldGdguICF
… DYxMwkkAAAAABieAAAAJmj5XjEwNzQ2MDYyMDYyMD4yMDYyMDcwMjA2MjA2MjA2MTNeMTA3Mzc0MjA2MjA2MTNeMTA3Mw
… I1BAAAAAgAAAAAAAAAQYjHgAAkkLn3Qm0m1dGUgdG8gTG0dGxld0guIEFkdmUdGldzdCBIb3NwaXRhbAk
… nAAAAACKCgoBAQAAAAAAACKCgb4f//2P///
… wAAAAAGJh4AAAfgvTUxIL1lNwZWNpYWxkaWVzL0pcnRoUGxhY2UvUVpydGldHkgYy9CZXNYL1dpc2hlcy9XaXNoZXNQZHN
… RlLXRvLUpxddHRyZXNZXRvL0dWmVgZWxpdmVyeS9JY2FulGZhAAQAAAAkQAAAAAkQAAAAAAQAAAAkQAAAAAA
… XAAAABikeAAAENzIzNaoACAQAAAAAAACR4AAAkQ4DAAAJHwAAJHwLQMYTGldHRyZXNZNAAAAJHwCQGMB4AAACMDczNzQy
… NzQyMDYxZTEwNzQyMDYxZTEwNjEwMzQyMDY4AADMyMDYyMDYZNMBAAMyOTEldMTA1MTldMTA3Mzc0MjA2MjA1MTldMTA3MjVe
… TA3MzcyMDJAMTReMTA3Mzc0MjA3MjQ2NzgEAAAADAAAAAAAAAABjBeAAAWQmVsbEEgQmFFieSBQ90b2dyYXBoeQo
… QkmAwAACgoBQAAAAAAAAAAAAAAAAAAAkCgoBo+H//9j///
… wAAAAQAFAAFwvTUxIL1lNwZWNpYWxkaWVzL0pcnRoUGxhY2UvVUvRsaXNobHluZy1lhdC1MaXR0bGV0b24tSG9zcGl0YW
… wJ9zcG10YWwwtQWJvdXQtVXMvCgKAAHBYfGAAAkQAAAAAkQAAAkAAAAAkXAAAAAAkXAAAAAGGh4AAsxMDczNzQyMDYxZTE
… Bko5e5AAALMTA3Mzc0MjA2MTUJJAAAAAAAMZHgAAMI5OV4xMDczNzQyMDYyMDUxOV4xMDczNzQyMDUyNDReMTA3MzcN
… zQyMDYyODEldMTA3Mzc0MjA2MjQ2NzgEAAAADAAAAAAAAAABj8eAAAWQmVSBQmFFieSBQ90b2dyYXBoeQo
… QkmAwAACgoBQAAAAAAAAAAAAAAAAAAAkCgoAQ4f//2P///
… wAAAAAGUB4AAEwvTUxIL1lNwZWNpYWxkaWVzL0pcnRoUGxhY2UvVUvRsaXNobHluZy1lhdC1MaXR0bGV0b24tSG9zcGl0YW
… wJ9zcG10YWwwtQWJvdXQtVXMvCgKAAHBYfGAAAkQAAAAAkQAAAkAAAAAkXAAAAAAkXAAAAAGGh4AAsxMDczNzQyMDYxZT
… BmNXWmVbXVGdmyZStyL1dpc2hlcy9CaXJkaHBsYXQ1XaXNoeS8IqdHRyZXNZXRvL0dWmVgZWxpdmVyeS9JY2FulGZhAAQ
… AAAAkQAAAAABAAAAkXAAAAAABpZHgAAATTbeAAAmVG9wlDEwYZFplKVUxNvbiBoIE91lEAAAAkgUxlZ25bmN5IExvc2VZX
… CSYDAAAKCgoBAAAAEAAAAAAAACoKAXfh//Y////
… AAAAAAZ6HgAAWS9NTEgvU3BlY2lhbHRpRZXMvQmVQmVQmMvQmlydGhQbGFjZS9EZWxpdmVyeS88XpwZmdyYWSvLWRpc2
… hWmxzdHJhQmV0aC1DbmEwY3BlcC0AAAAAAQkXAAAAAkXAAAAAcRcAAAAGGh4AAHbNUIAAAAMAAAAAAAAAAAAAAAAAAAAAAB
… kXAAAAABoeAAAPblY2EkaGpUSFYGc3J1dC9AAAkZ5VIEHJRoE1SXxvc2MgU3VpdGUE
… CSYDAAAKCgoBAQAAAAAAAAoKAXfh//Y////
… AAAAAA6HgAAWS9NTEgvU3BlY2lhbHRpRZXMvQmVQmVQmMvQmlydGhQbGFjZS9EZWxpdmVyeS88XpwZmdyYWSvLWRpc2
… 3NwaXRhbC9YYWtHmVGdmyZStbHV4cGRHcnsXRvaiIIb3NwaXRhbAk
… kXAAAABn0eAAAaCHdmMAAAAACR4AAAAAAkX4AAAAAAcRcAAAAGGh4AAsxMDczNzQyMDY4AADMyMDY
… zNzQyMDY2MTleMTA3Mzc0MjA2MjQ2NzgEAAAAAAAAAAAAAAAAAAAAAAAABoUeAAAgUHJlZ25hbmN5IExvc2MvU3VpdGUE

WFsIrHBcnBvcnQUJUgMRAckAQgEAAKAAKCgoBeeH///9///Y////
8AAAAABogeAABrL01MSC9TcGVjaWFFsdGllcy9CaXJ0aFBsYWNlLl1BlcmluYXRhbc1DYXJlJlLUN1bnRlci1mb3I
tSGlnaC1SaXNrLVByZWduYW5jeS9QcmVnbmFuY3kktTG9zcy1TcGlyaXR1YWwtU3VwcG9ydC8KAAoAAdwWAAAJ
AAAACRAAAAAACRAAAAAABAAAACRcAAAAGix4AAAQ3NDcyCgoKAAAAAAAAAAAJHgMAAAkfAwAACY4eAAAAAAaPH
gAAFzEwNzM3M3NDI0NjY3fDEwNzM3M3NDIwNjE5BpAeAAALMTA3Mzc0MjA2MTkJAAAAAAaSHgAAMzI5OV4xMDczZN
QyMDUxOV4xMDczZNQyMDUUyNV4xMDczZNQyMDYX4xMDczZNQyNDY2DNwQAAAAYAAAAAAAAAAAGkx4AAAkyMXN
0IENlbnRR1cnkkR3JhbmRwYXJJlbnRzCSYDAAAAKCgEBAAAAAAAAAoKAWvh///Y////
AAAAAAaWHgAAT9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVnbmFuY3kktJbmZhbnRQtQ2xhc3Nlcy8yM
XN01UNlbnRR1cnktR3JhbmRwYXJJlbnRzLwoACgAB3RYAAAAkAAAAJEAAAAaJAAAAJEAAAAaaIAAAAJFwAAAaZHgAABD
c0NzYKCgoAAAAAAAAAAAkeAwAACR8DAAAAJnB4AAAAABp0eAAAAXMTA3Mzc0MjQ2Nj18MTA3Mzc0MjA2MTkGnh4
AAAsxMDczNzQyMDYX0QkkAAAABqAeAAAaZMjk5XjEwNzc0MjA3NzE1XjEwNzc0MjA3MTk1XjEwNzc0MjA3NDE5
XjEwNzM3NDI0NjY5BAAAABkAAAAAAAAAaahHgAACUJhYnkgU2FmZXknRdBAAAAAAAAKCgd4f4f//
2P///
wAAAAGpB4AAD4vTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQm
FieS1TYWZldLwoACgAB3hYAAAkAAAAJEAAAAaJEAAAAAJEAAAAMAAAJFwAAAanHgAABDc00TQKCgoAAAAAAAAAAAk
eAwAACR8DAAAJqh4AAAAABqseAAAXMTA3Mzc0MjQ2Nj18MTA3MzkGB8MTA3Mzc0MjA2MTkJAAAsxMDczNzQyMDYxOQkk
AAAABq4eAAAazMjk5XjEwNzM3NDI0NjY5XjEwNzM3NDIxNTI1XjEwNzM3NDIxNjE5XjEwNzM3NDI0NjcwBAAAA
BoAAAAAAAAAAaavHgAAFkJvb3QgQ2FtcCBmb3IgTmV3IERhZHMJJgMAAAoKAQEAAAAAAAAAAaCgoBT+H///9j///
8AAAAABrIeAABLL01MSC9TcGVjaWFFsdGllcy9CaXJ0aFBsYWNlL1ByZW5hdGFsLUluZmFudC1DbGGFzc2VzL2J1
vb3QtQ2FtcC1mb3ItTmV3LURhZHMvCgAAAkkeAwAAanGR4AAkQGUR4AABcxMDczNzQyMDYX0QkkAAAazEwNzM3N
DI0NjY5BAAAAAAAAAAaDEwNzM3NDI0NjY5BAAAAAAAzEwNzM3NDIxM2MyMDYX0QkJAAAAaMjk5XjEwNzM3NDI0NjY5XjEwNzM3N
DIwNTE5XjEwNzM3NDIwNTE1XjEwNzM3NDIwNTE1XjEwNzM3NDI0NjcxBAAAAayOTlgZAeAAAaBr0eAAATQnJlYXN0ZmVlZGluZ0BBDYzIwkmmWACgoBAQAAAAAAAAA
KCgFB4f//2P///
wAAAAGwB4AAEgvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQn
JlYXN0ZmVlZGluZy1DbGFzcy8KAAoAAeBYAAAAkAAAAJEAAAAaJAAAAAJEAAAAaCAAAAaAAKAAAARcAAAaAGR4AAAAAABp4eAAAXMTA3MzkG
AAAsxMDczNzQyMDYX0QkJAAAAaMjk5XjEwNzM3NDI0NjY5XjEwNzM3NDIxNTI1XjEwNzM3NDIwNTE1XjEwNzM3N
DI0NjcxBAAAABkAAAAAAAAAaTGR4AAAAAXMTA3Mzc0MjQ2Nj18MTA3MzkGB8MTA3Mzc0MjA2MTkktJbmZhbnRDbGFzcy8
3QkkAAAABqAeAAAazMjk5XjEwNzM3NDI0NjY5XjEwNzM3NDIxNTI1XjEwNzM3NDIwNTE1XjEwNzM3NDI0NjcxBDA
AAAAAKCgEl4f//2P///
wAAAAG3B4AAEcvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQ2
hpbGRRiaXJ0aQaC1FeHByZXNzLwoACgAB4GIYAAAkAAAAJEAAAAaJEAAAAAJEAAAAACAAAJFwAAAabfHgAABDc0NjcKgo
AAAAAAAAAAAkeAwAACR8DAAAJEAAAAaJEAAAAaBuMeAAAXMTA3MzkG0MjQ2Nj18MTA3MzkG0MjA2MTkGR8MTA3Mzc0MjA2MTkktJbmZhbnRDbGFzcy8N
DI0Njc0BAAAAB4AAAAAAAAAAbnHgAAFENoaWxkQmlydGgtRXhwcmVzcwkmAwAAoKAoR
fh///Y////
AAAAAAbqHgAASS9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9Da
GlsZGJpcnRoLUZ4cHJlc3MvCgAoAAeBhYAAAAAoAAAAaMTEzMzc0MjQ2Nj18MTA3MzkGBGR8MTA3Mzc0MjA2MTkGQ0M
Q0MDYwNwoKCgAAAAAAAAAAACR4DAAAJHwMAAAnwHgAAAAGr8eAAAAXMTA3Mzc0MjQ2Nj18MTA3MzkG0Nj18MTA3MzkGR8MTA3Mzc0MjA2MTkGQ0M
yHgAAaCzEwNzM3NDI0NjY5XjEwNzM3NDIxNTI1XjEwNzM3NDIwNTE1XjEwNzM3NDI0Njc0BAAAAGyMDAaMTEzMzc0MjA2MjA2MTkGQ0M
MTleMTA3Mzc0MjU5NTRkEAAAAaHwAAAAAAAAAaaaBvUeAAApQ2hpbGRGaXJ0aCBjCBQcmVwYXJhdGlvbiAtIENvbWVyZWxhdGVkCl
nQgTWVhc3VyZXMJJgMAAAoKAQEAAAAAAAAAAAaCgoBCeH///9j///
8AAAAABvgeAABFL01MSC9TcGVjaWFFsdGllcy9CaXJ0aFBsYWNlL1ByZW5hdGFsLUluZmFudC1DbGGFzc2VzL0N
vbWZvcnQtTWVhc3VyZXMtCgKAAHkYgAAkQCAAAAaKAAAAaQAAAAaQAAAAaKXAAAAVseAAAEBEzQ2CgoKAAaAAAaAAAaAaJHgAAAaCR8DAAA/
x4ABcxMDczNzQyNDY3M3NwxMDczNzQyMDQyAHwAACzEwNzM3NDIwNjE5CSQAAAAGQh8AAADYTleMTA3Mzc0MjA2MTkGGR8MTA3Mz
c0MjA1MTleMTA3Mzc0MjA1MjVeMTA3Mzc0MjA2MTkGR8MTA3Mzc0MjA2NzUEAAAAIAAAAAAAAAAaBgMfAAAkQ2h
pbGRRiaXJ0aCBQcmVwYXJhdGlvbiAtIFRyYWRpdGlvbmFsCSYDAAAAKCgEBAAAAAAAAAoKAfvg///?///
AAAAAYGHwAAWS9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9Da
GlsZGJpcnRoLVByZXBhcmF0aW9uLTB1VHJhZGl0aW9uYWwvV2uWvCgAKAAHl1FgAACQAAAAkAAAAQAAAAAQAAAAa
kXAAAABgkfAAALMTA3Mzc0ODDA2MTEKCgoAAAAAAAAAeAwAACR8DAAAJJEAAAABhfAAAzMjk5XjEwNzM3NDI0NjY5XjEwNzM3
NDIwNTI1XjEwNzM3NDIwNTE5XjEwNzM3NDI1OTU3BAAAACEAAAAAAAAAAAaaYRHwAAIkNoaWxkYmlydGggUHJlc
GFyYXRpb24gLSBSZWZyZXZXhNoZXIIJJgMAAAoKAEAAAAAAAAAAaCgoB7eD//9j///
8AAAAABhQfAABXL01MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL1ByZW5hdGFsLUluZmFudC1DbGGFzc2VzL0N
oaWxkYmlydGgtUHJlcGFyYXRpb24tLS1SZWZyZXNoZXIvCgAKAAHkYgAAEQAAAAAAAkeAwAACR8DAAAaBhfAAAzMjk5XjEwNzM3NDI0NjY5XjEwNzM3N
Th8MTA3Mzc0MjA2MTlgCGFlPdhR8AAAaxMDczNzQyMDYX0QkkAAAABh4fAAAz05XjEwNzM3NDIxNTE5XjEwNzM3N
DI0NjcwBAAAAAAKCg6 1d4f//2P///
AAAAAYiHwAAVS9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9Da
GlsZGJpcnRoRLVByBhcmF0aW9uLTBhcmV6cNlVUZWVucy8KAAoAAecWAAAJAAAAJAAAAACRAAAAAACRAAAAAAAAAAAAACRcAAA

AGJR8AAAQ2MTgQ0CgOkARAAAAAAAAAGHUAC1GYFARAAAHyPhwAAASGGFxwkNb1UNJY4fDEwNzM3NDI
wNjE5BiofAAAALMTA3Mzc0MjA2MTkJJAAAAAYsHwAAMzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUx
NzQyMDYxOV4xMDczNzQyMDY1OQAQAAAAAjAAAAAAAAAAGLR8AABFJbmZhbnQgQ2FyZSBDbGFzcwkmAwAACgoBA
QAAAAAAAAAKCgHR4P//2P///
wAAAAAGMB8AAEYvTUxIL1NwZWNpNyWx0aWVzL0JpcnRoOUGxhY2UUUHJlbmF0YWwtSW5mYW50LUNhcmVVSW
5mYW50LUNhcmMtUtQ2xhc3MvCgAKAAHoFgAACQAAAAkQAAAAAKQAAAADQAAAAkXAAAAAkXAAAAABjMfAAAAENzQ4MQoOKCpA
AAAAAAAAACR4DAAAJHwMAAAk2HwAAAAAGNx8AABcxMDczNzQyMDY3NY3NnwxMDczNzQyMDY5OQY4HwAACzEwNzM3
NDIwNjE5CSQAAAAEGOh8AADMyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjVeMTA3Mzc0MjA2MTleMTA3Mzc0M
jQ2NzYEAAAAJAAAAAAAAAABjsfAAAAO5mYW50OIE1hc3NhbdtZ2UJJgMAAAAHHyYMAACgoBw+D//9j///
8AAAABj4fAABDL01MSC9TcGVjaWFsdFdscllcy9CaXJ0aFBsYWNlV 1By2W5hdGFsLUluZmFudC1DbGFzcz2VzL0l
uZmFudC1NYXNzYWdlL0cBRYAAAkAAAAJEAAAAAAJEAAAAAFwAAAAZBHwAABDc0ODUKOKAAAAAAA
AAAAAkeAwAAACR8DAAAJRB8AAAAAABkUfAAAAXMTA3Mzc0MjQ2Nzd8MTA3Mzc0MjQ2Nzd8MTA3Mzc0MjA2MjkM
DYxOQkAAAABkgfAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTI1XjEwNzM3NDIwNjE5XjEwNzM3NDI0Nj
c3BAAAACUAAAAAAAAAAAAZJHwAAAElNpYmxpbmcbmcgUHJlcGFyYXRpb24JJgMAAAAoKAQEBDBhEeD//9j
///
8AAAAABkwfAABIL01MSC9TcGVjaWFsaWVhlcy9CaXJ0aFBsYWNlL1ByXXZW5hdGFsLUluZmFudC1DbGFzcz2VzL1N
pYmxpbmctUHJlcG14cqXXXR24vCgAKAAHgYGQAAAkAAAAJEAAAAkXAAAAAkXAAAAABXAAAABfAAAAABgtfAAAATA
3Mzc0MjA2NzEwYTIwTleMTA3Mzc0MjA2NzEwYTIwTleMTA3Mzc0MjA2NzEwYTIwTleMTA3Mzc0MjA2MkdzNTA
zMyN2ORYYOTNEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9JbmZhbnQtTWFz
c2FnZS9HCnR4P4P//2P///
wAAAAAGah8AAFovTUxIL1NwZWNpYWx0aWVzL0JvdmZVzL1Kb2ludDHMtYW5kLUl1c2NsZXMtKE9ydGhvcGVkaWaw
NzK5Db25kaXRpb25z25zVLVSzY2WF0LUJvzmb3Lg1BbmtsZS8KAAoAAewWAAAJAAAACRAAAAkKAAAAAB8AAAAJKA
ACRcAAAAGdbR8AAAsxMDczNzQyMDY2OAkQAAAACR8fAAAsxMDczNzQyMDY2OAkQAAAABnUfAAAAARRTA3Mzc0MjA2NDMB
Mzc0MjA2NjQQ4YYTIwTkcwMDIwNjgJJgMAAAAHHyYMAACgoBwQACQAAAAkQAAAAAAkQAAAAAAJKAAAAAAZcBcmNoAoXZlCSCAAAAKCgEBAAAAAAAAAOKAYjg///Y////
AAAAAAZ5HwAAYy9NTEgvU3BlY2lhbHRpZXMvQm9uZVUmxUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYw
3MpL0hlYWx0aC1UaXRlbC10Zy5NTEgvQm9ZWFpbnMxgc2R0L1dyYX0yOXlkdGVvdbRRhMR0L1RycC1CcmNOoAXZlCSCAAAAKCgEBRYAAAB7RYAAAAIJfh8AAAl/
HwAAAAAAAAAAAAAAKCgmAHwAAAAAAAAGgR8AAAsxMDczNzQyMDYyOQkQACHwAACzEwNzM3NDIwNjMwCSQAAAAGhB8AA
DMyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZlMTA3Mzc0MjA2MzBlMTA3Mzc0MjA2NjkEAAAAMgAAAAAAAAAA
AABBoUfAAAPSGlvEFYdGhyb3Nib3B3JJgMAAAAHHyYMAACgoBwQAAAAUAAAAkXKAXng///Y////
AAAAAaIHwAATS9NTEgvU3BlY2lhbHRpZXMvQm9uZVUmxUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYw
3MpL0hpcC9Ia3XtQXJ0aHJvc2NvcHkvCgAKAAHuFgAACQAAAAkQAAAAAAkQAAAAAAk9fAAAAAORYJfAAAAAQKCY5eFAAAAaVHwAAAAABosf
A3Mzc0MjA2NzEeCwAAAAHhWAAACwfAAAAAAAAAAAOKCa0fAAAAAAQYHwAAAAUAAAAkXAAAAAAAAABOKAWrg//
//Y////
AAAAAaXHwAAASy9NTEgvU3BlY2lhbHRpZXMvQm9uZVUmxUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYw
3MpL0hpcC9IaXAtHjRhJY3R1cmVzLwoACgAB7xYAAAkAAAAAJEAAAAAAJEAAAAZAoAAAanx8AAAsxMDczNzQyMDY3MQagHwAACzEw
wNzM3NDIwNjcxMDkcxCRAAAAGdnx8AAAsxMDczNzQyMDY3MQMAgHwAACzEwNzM3NDIwNjczMTAwCSQAAAAEZpGxwcmCzEw
Mzc0MjA2Nzi8EEAAAAJnB8AAAmdTA3Mzc0MjA2NzkMTA3Mzc0MjA2MjzEVtcGluGxuZW0uWGFsdCGEBAAAAoKAVvg/
//Y////
AAAAAamHwAATS9NTEgvU3BlY2lhbHRpZXMvQm9uZVUmxUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYw
3MpL0hpcC9IaXAtSW1wbGFjZW1lbnQvCgAKAAHoFgAACAAAAAkQAAAAAkQKAAAAAkXAAAAABkfAAAAAAAAZ29haXA4fAAC
nQyMDYyMQkQAAAAAkfAAAAAAAAAAAAAAAAAGsh8AAAUZhbHbgWbGF1bnBrZjZ1bllnQyYXQgTGl0dGxlguIEFkdmVud
GlzdCBIb3NwaXRhbkAkbnAAAACgoBAQAAAAAAAACgFM4P//2P///
wAAAAAGtR8AAAG0vTUxIL1NwZWNpYWx0aWVzL0JvbmVUmxUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYw
NzK5Db25kaXRpb25zZVLVSzY2WF0LUJvzmb3Lg1BbmtsZS8KAAoAAewWAAAJAAAACRAAAAkKAAAAAB8AAAAJKA
ACRcAAAAGdbR8AAAsxMDczNzQyMDY2OAkQAAAACR8fAAAsxMDczNzQyMDY2OAkQAAAABnUfAAAAARRTA3Mzc0MjA2NDMB
Mzc0MjA2NjQQ4YYTIwTkcwMDIwNjgJJgMAAAAHHyYMAACgoBwQACQAAAAkQAAAAAAkQAAAAAAJKAAAAAAZcBcmNoAoXZlCSCAAAAKCgEBAAAAAAAAAOKAYjg///Y////
8AAAAABkwfAABIL01MSC9TcGVjaWFsdFdscllcy9CaXJ0aFBsYWNlL1ByXXZW5hdGFsLUluZmFudC1DbGFzcz2VzL1N
jcykvSGlwL0hpcC1SZXN1cmZhY2luZy9Cb251lcywtSm9pbnRzLLWFuZC1NdXNjbGVzLShPcnRob3BlZGlj
MDczNzQyMDY3 3NAkQAAAAACkfAAAJyh8AAAAAAAAAAAQbQHwAAGE9zdGVvYXJ0aHJpdGlzIEFydGhyb3Njb3B3JL
AsxMDczNzQyMDY3MAkkAAAAABB8AAAAAFAxMjk5Xk3wNzM3NDIwNTE5XjEwNzM3NDIwNTI2XjEwNzM3NDIwNjMwXjiwNjMwWj
EwNzM3NDIwNjc0BAAAADcAAAAAAAAAAAAAAQbQHwAAGE9zdGVvYXJ0aHJpdGlzIEFydGhyYXRpcwknAAAACgoBA

... AAAAAHARcgBuGY//2P///
... wAAAAAG0x8AAFYvTUxIl1NwZWNpYWx0aWVzL0JvbmVzL0C1Kb21udHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWkw
... NzKS9IaXAvT3N0ZW9hcnocRocml0aXMtQXJ0aJpdGlzLwoACgAB8xYAAAkAAAAJEAAAAAEJEAAAAcAAAAJFwA
... AAAbWHwAACzEwNzM3NDIwNjc1lcCRAAAAAJ2B8AAAnzHwAAAAAAAAAAAAAKCgnaHwAAAAAG2x8AAAsxMDczNzQy
... MDY3NQbcHwAACzEwNzM3NDIwNjMwwCSQAAAAG3h8AADMyOTleMTA3Mzc0MjA1MMTleMTA3Mzc0MjA1MjZeMTA3M
... zc0MjA2MzBeMTA3Mzc0MjA2NzUEAAAAOAAAAAAAAAABBt8fAAAUUmhldWlhdG9pZZCBBcnRocml0aXMMJJwAAAA
... oKAQEAAAAAAAAAACgoBH+D//9j///
... 8AAAAABuIfAABSL01MSC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvSGlwL1JoZXVtYXRvaWRQXJ0aHJpdGlzLwoACgAB9RYAAAkAAAAJEAAAAAEJEAAAAgAAAAJFwAAAAbl
... HwAACzEwNzM3NDIwNjc2CRAAAAAJ5x8AAAnoHwAAAAAAAAAAAAAKCgnpHwAAAAG6h8AAAsxMDczNzQyMDY3N3
... gbrHwAACzEwNzM3NDIwNjMwCSQAAAAG7R8AADMyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjO
... A2MzBeMTA3Mzc0MjA2NzYEAAAAOAAAAAAAAAABBu4fAAAdVG90YWwgSGlwIFJlcGxhY2VtZW50IFN1cmdlcnk
... JJwAAAAoKAQEAAAAAAAAAACgoBEOD//9j///
... 8AAAAABvEfAABbL01MSC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvSGlwL1RvdGFsLUhpcC1SZXBsYWNlbWVudC1TdXJnZXJ5LwoACgAB9RYAAAkAAAAJEAAAAAEJEAAAAAEA
... AAAJFwAAAAb0HwAACzEwNzM3NDIwNjc3jc3CRAAAAAJ9h8AAAn3HwAAAAAAAAAAAAAKCgn4HwAAAAG+
... R8AAAsxMDczNzQyMDY3N3Nwb6HwAAACzEwNzM3NDIwNjMwMjxCSQAAAAG/
... B8AADMyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2MzBeMTA3Mzc0MjA2NzcEAAAAOwAAA
... AAAAABBv0fAAAnNyBXYXlzIHRvIEltcHJvdmUgWW91ciBTdXJnaWNhbOBhbCBTdWN2ZXNzCxAAAAKCgBEAAAAA
... AAAoKAQHg///Y////
... AAAAAAYAIAAAey9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYRpY
... 3MpL0pvaW50LVJlcGxhY2VtZW50LVN1cmdlcnkv1XYX1zLXRvLU1ltcHJvdmUtWW91ci1TdXJnaWNhbHN1Y2Nlc3M
... NjZXNzLwoACgAB9hYAAAkAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAYDIAAACzEwNzM3NDIwNjc4CRAAAAAJBSA
... AAAkGiAAAAAAAAAAAAAAKCgkHIAAAAAAGCCAAAAsxMDczNzQyMDY3OAYJIAAACzEwNzM3NDIwNjMwMjxCSQAAAAG
... CyAAADMyOTleMTA3Mzc0MjA1MTleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2MzBeMTA3Mzc0MjA2NzgEAAAAPAAAA
... AAAAAABBgwgAAASSm9pbnmvQgUmVwbGFjZW1lbnRRzcSCAAAAAKCgEBAAAAAAAAoKAfLf///Y////
... AAAAAAYPIAAAAEz/i9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYRpY
... 3MpL0pvaW50LVJlcGxhY2VtZW50LVN1cmdlcnkvSm9pbnQtUmVwbGFjZW1lbnRRzcLWoACgAB9xYAAAkAAAAJEA
... AAAAEJEAAAAAMAAAAJFwAAAAYSIAAACzEwNzM3NDIwNjc5CRAAAAAJCSAAAAkKIAAAAAAAAAAAAAKCgkWIAA
... AAAGFyAAAAsxMDczNzQyMDY3OQYJIAAACzEwNzM3NDIwNjMwMjxCSQAAAAGiAAADMyOTleMTA3Mzc0MjA1MTle
... MTA3Mzc0MjA1MjZeMTA3Mzc0MjA2MzBeMTA3Mzc0MjA2NzkEAAAAPQAAAAAAAAABBhsgAAAZUmVoYYIgQWZ0OZ
... XIgSm9pbnQgU3VyZ2VyeQknAAAACgoBAQAAAAAAAAKCgHj3///2P///
... wAAAAAGHiAAAG0vTUxIl1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWkw
... NzKS9Yb2ludC1SZXBsYWNlbWVudC1TdXJnZXJ5L1JlaGFiL1UFmdGVylUpvaW50LVN1cmdlcnkv4AFGc
... ACQAAAAkQAAAAAkQkAAAAAQAAAAKXAAAABiEgAAALMTA3Mzc0MjA2ODMyIAAAAC1AACSQgAAAAAAAAAAAAAA
... AAoKCSUgAAAAAAYmIAAAczEwNzM3NDIwNjNiNjjgzBicgAAALMTA3Mzc0MjA2ODMyIAAAAJAAAAAAYpIAAAMrzI5OV4xMDczNDczN
... zQyMDUxX1qxMDczNzQyMDUyXjEwNzM3NDIwNjMwXjEwNzM3NDIwNjgzMWQAAAADAAAAAAAAEGKiAAABjQ0
... wgUmVjb3ViHdJ1Y3Rpb24yJJwAAAAoKAQEAAAAAAAAACgoB1N//9j///
... 8AAAAABi0gAABRL01MSC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvS251ZS9BQ0wtUmVjb25zdHJ1Y3Rpb24yVcgAKAAH5FgAAAQAAAAkQAAAAAQkQAAAAQAAAAkQAAAAAkAAAAkXAAAAABjAg
... AAALMTA3Mzc0MjA2ODAyIAAAAQkCAAAAAAQAAAAKCTQgAAAAAAAAAaOKTQgAAAALMTA3Mzc0MjA2ODAyIAAACzEwNzM3NDIwNjMw
... jYgAAALMTA3Mzc0MjA2ODAJJAAAAAY4IAAACzEwNzM3NDIwNjMwMjxCSQAAAAGiBDcnVjaWF0ZSBMaWdhbWVudA
... vGVhcnMyJJwAAAAoKAQEAAAAAAAAAACgoBxd///9j///
... 8AAAAABjwgAABSL01MSC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvS251ZS9BBnRlcmlvci1DcnVjaWF0ZS1MaWdhbWVudC1UZWFycy8yV2cgAKAAH5FgAAAQAAAAkQAAAAAQkA
... AQkQAAAAAwAAAAkXAAAAABj8gAAALMTA3Mzc0MjA2ODEyIAAAAQkCAAAAQAAAAKCUMgAAAAAAAAAaOKCUMgAAAAAAaAdBgg
... AZEIAAAACzEwNzM3NDIwNjg0MTQ0xMDczNzQyMDY4NAQQAAAEBEAAAAAAAAAAEGOSAAACRBbnRlcmlvciBDcnVjaWF0ZSBMaWdhbWVudCBBQ0w
... gVGVhcnmJJwAAAAoKAQEAAAAAAAAAACgoBxd///9j///
... 8AAAAABjwgAABSL01MSC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvS251ZS9BBnRlcmlvci1DcnVjaWF0ZS1MaWdhbWVudC1UZWFycy8yV2cgAKAAH5FgAAAQAAAAkQAAAAAQkA
... AQkQAAAAAwAAAAkXAAAAABj8gAAALMTA3Mzc0MjA2ODEyIAAAAQkCAAAAQAAAAKCUMgAAAAAAAAAaOKAbbf///Y////
... AAAAAAZLIAAATs9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYRpY
... 3MpL0tuZWUvS251ZS1BcnRocm9zY29weeS8KAAoAAfsWAAAJAAAAQkAAAAAEJQAAAAAEAAAAkXAAAAAGT1AAAACgoJUi
... sxMDczNzQyMDY4NgkQAAAACVAgAAAAJUSAAAAAAAAAAAAAAKCoJUiAAAAABlmgAAALMTA3Mzc0MjA2ODYVCA
... AAAsxMDczNzQyMDY4MAkkAAAAABlYgAAAzMjk5Xl5EWnNzM3NDIwNTE5XlEwNzM3NDIwNTI1XjEwNzM3NDIwNjgw
... XjEwNzM3NDIwNjg2QQAAAEYAAAAAAAAAAAQZXIAAADktuZWUgU3VyZgJpBrWd1W16CScAAAAKCgEBAAAAAAAAoKA
... aff///Y////
... AAAAAAZaIAAATS9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYRpY
... 3MpL0tuZWUvS251ZS1QYWlulLVF1aXovQgAKAAH8FgAACQAAAAkQAAAAAQkQAAAAQAAAAkXAAAAAB10gAAALMT
... A3Mzc0MjA2ODcJEAAAAAIFlaAACWAgAAAAAAAAAAAAAKCWKCWEcgAAAAAAaOOaAAAAAAaZiIAAAAAAAAAKCWEcgEzEwNzM3NDIwNjg3
... LMTA3Mzc0MjA2ODcJEAAAAAz1IAAAAAQoMUxNTd2cml0aW5nTUxINj3NDIwNTE5XlEwNzM3NDIwNTI1XjEwNjg3NDIwNjgwUxNTd2
... MDczNzQyMDY4YwAAAAAEGEGZiAAADBLBmVlIFJlGxhY2VtZW50UA0DWVuVlIEFydGhyb3N
... nRpc3QgSG9zZcGl0YWwJJwAAAAoKAQEAAAAAAAAAACgoBmN//9j///
... 8AAAAABmkgAABvL01SC9TcGVjaWFsdGllcy9Cb25lcycywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGlG
... jcykvS251ZS9LbmV1LVL2ZtZ2NKZXIyV2cgAKAAH8FgAACQAAAAkQAAAAAQkQAAAAQAAAAkXAAAAAB1QgAAAAaH9
... FgACQAAAAkQAAAAAQkQAAAAAQAAAAkXAAAAABmwgAAAAmwgAAAAAAAAALMTA3Mzc0MjA2ODJ2ZtAAAAluIAAACWAAgAAAAAAA
... AAAAAKCXAgAAAAAAZxIAAAACzEwNzM3NDIwNjg1XjEwNzM3NDIwNTI1XjEwNzM3NDIwNjg3NDIwNjgwUxNTd2
... czNzQyMDY4MzZeMTA3Mzc0MjA2ODcEAAAAE0dSAAABIAAAAAAAAAEGdSAAAAA
... NZW5pbic2QgSG1yd1JwAAAAoKAQEAAAAAAAAAAKCgGJ3///2P//

124454... | wAAAAAEeCAAAEOvTUxIL1NwZWNpbn9odGWmV2lo5IvBmDmvzLC1Kb21udHmtYW5KLU1rIcZNsZXMtKE9ydGhvcGVkaaW
... | NzKS9LbmVlLL01lbmlzY3VzLVRlYXJJzLwoACgAB/
... | hYAAAkAAAAJEAAAAAEJEAAAAAcAAAAAJFwAAAAZ7IAAACzEwNzM3NDIwIwNjg5CRAAAAAAJfSAAAAl+
... | IAAAAAAAAAAAAAAAKCgl/
... | IAAAAAAGgCAAAAsxMDczNzQyMDY4OQaBIAAACzEwNzM3NDIwIwNjgwCSQAAAAGgyAAADMyOTTleMTA3Mzc0MjA1M
... | TleMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2ODQeMTA3Mzc0MjA2ODgmAAAASQAAAAAAAAABBoQgAAAOT3N0ZW9hcn
... | Rocml0aXMMJJwAAAAoKAQEAAAAAAAAACgoBet///9j///
... | 8AAAAABocgAABNL01MSC9TcGVjaWFsdGllcy9Cb25l1cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGl
... | jcykvS25lZS9Pc3Rlb2FyZ0hyaXRpcy9KAAoAaf8WAAAJAAAACRAAAAABCRAAAAAIAAAACRcAAAGiiAAAAsx
... | MDczNzQyMDY5MAkQAAAACYwgAAAJjSAAAAAAAAAAAAAcgoJjiAAAAAABo8gAAALMTA3Mzc0MjA2OTAkTAGkCAAA
... | AsxMDczNzQyMDY4MAkkAAAABpIgAAAzMjk5XjEwNzM3NDIwNTDiNTWNTE5XjEwNzM3NDIwNTIyXjEwNzM3NDIwNjgwXj
... | EwNzM3NDIwNjkwkwBAAAAEoAAAAAAAAAAQaTIAAAIFBhcnRpYYWwgS25lZSBSZXBsYWNlbWVudCBTdXJnZXJ5JCSc
... | AAAAKCgEBAAAAAAAAAAoKAWvf///Y///
... | AAAAAaWIAAAXy9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGljcykvV3Blci
... | 3MpL0tuZWVUvUGFydGlhbC1LbmVlLVJlcGxhY2VtZW50LVN1cmdlcnkvCgAKAAEAFwAACQAAAAkkQAAAAAQkQAA
... | AACQAAAAkXAAAABpkgAAALMTA3Mzc0MjA2OTEJEAAAAAAnmbIAAACZwgAAAAAAAAAAAAAAAoKCZ0gAAAAAAaeIAA
... | ACzEwNzM3NDIwNjkxBp8gAAALMTA3Mzc0MjA2ODQkJAAAAAahIAAAAMzI5OV4xMDczNzQyMDUxOV4xMDczNzQzy
... | MDUyNl4xMDczNzQyMDY4MF4xMDczNzQyMDY5MQQAAABLAAAAAAAAAAEGoiAAAB5Ub3RhbhcCBLbmVl1IFJlcGxhY2VnY
... | 2VtZW50IFN1cmcldHJ5JwAAAAnoKQAEAAAAAAAcgoBXN///9j///
... | 8AAAAABg/gABADL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGl
... | jcykvS25lZS9Ub3RhbC1LbmVlLVJlcGxhY2VtZW50LVN1cmdlcnkvCgAKAAEEBFwAACQAAAAkkQAAAAAQkQAAAA
... | AQAAAABbggAAALMTA3Mzc0MjA2OTTEJEAAAAAmqIAAAACZwgAAAAOTIJEAAAAmqIAAAAawIAAAAMzI5OV4xMDczNzQyMDY
... | UyNl4xMDczNzQyMDY4MF4xMDczNzQyMDY5MgQAAABNAAAAAAAAAEGSAAABEaXNb2NhdGVkVGVuIFIFtob3VSCVGV
... | ycwknAAAAACgoBAQAAAAAAAAAKCgFN3///2P///
... | wAAAAAGtCAAAFcvVTuxIL1NwZWNpYWx0aWVzL0JvbmVzLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpYyk
... | NzKS9TaG91bGRlci9EaXNsb2NhdGlvbi9TaG91bGRlci1EaXNsb2NhdGlvbi9SAAoACgABAAAAACRAAAAAACABRcAAAC
... | AAAAGtyAAAAsxMDczNzQyMDY5MwkQAAAAACbkgAAAJJuiAAAAAAAAAAAAAAACgoJuyAAAAAABrwgAAALMTA3Mzc0Mzc0Mzco
... | MjA2OTMGvSAAAAsxMDczNzQyMDY4MQkkAAAAawIAAAAMzk5Xj5jEwNzM3NDIwNTE5XjEwNzM3NDIwNTIyXjEwNzE4
... | zM3NDIwNjgxXjEwNzM3NDIwNjkzBBAAAAE4AAAAAAAAAAEGSwAAABG9ccHRpb2thbCBMYXRlcmFsIEVwaWNvCmRpbGFyIFJlc2
... | EBAAAAAAAAAAAoKgoBL9///9j///
... | AAAAAAbhIAAAVi9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGljcykv
... | 3MpL1Nob3VsZGVyyL1JvdGF0b3ItQ3VmZi1UZWFyLWFuZC1JbmZsYW1tYXRpb24vCgAKAAEEJEAAAAAEJEAAAAAMAAAAJFwAAAA
... | bGIAAACzEwNzM3NDIwNjkJkQCRAAAAAyCAAAAnAIAAAAAAAAAAAAAAAKCgnKIAAAAAAGvIAAAAsxMDczNzQyND
... | 5NAbMIAAACzEwNzM3NDIwNjgxgcQAAAADMyOTeMTA3Mzc0MjA1MTdeMTA3Mzc0MjA1MjZeMTA3Mzc0MjA2ODFeMTA3Mzc0Mzc0
... | MjA2ODkeMTA3Mzc0MjA2OTQEAAAATwAAAAAAAAABBs8gAAAUU2hvdWxkZXIgXjQ1J0aHJvd2NsJJwAAAAoKA
... | QEAAAAAAAAAcgoBL9///9j///
... | 8AAAAABtIgAABXL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGl
... | jcykvU3VtcmRzLU1lZG5aa5lcy9UaAAEBRcAAAADMyOTdeMTA3Mzc0MjAeMTA3Mzc0MjAeMTA3Mzc0MjA1MjZeMTA3Mzc0Mzc0M3M
... | DIWNjk1BtsgAAALMTA3Mzc0MjA2ODEEJEAAAAbdIAAAMzI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDUyNl4xMDczNzQy
... | MDY4MV4xMDczNzQyMDY5NQQAAABE8AAABbbAAAAAAAAAEG7SAAABzSAAABpU3Bhb1bGRlciBSZXBsYWNlbWVudCBTdXVud
... | AknAAAACgoBAQAAAAAAAAAKCgER3///2P///
... | wAAAAAG8CAAAF0vTUxIL1NwZWNpYWx0aWVzL0JvbmVzL1Kb21udHmtYW5KLU1rIcZNsZXMtKE9ydGhvcGVkaaW
... | NzKS9TaG91bGRlci9Ub3VsZGVyL1RaG91bGRlci1SZXBsYWNlbWVudC1XdXJnZXJ5LwoACgAAAQYAAAAAAAQYAAAAAcRAAAAA
... | BAAAAACRcAAAAYsxYAAAsxMDczNzQyMDY5NwkQAAAAACgoJUgAAAJ0gAAAAAAAAAAAAAAAcgoJ9yAAAAAABvggAAAL
... | MTA3Mzc0MjA2OTcG+
... | SAAAAsxMDczNzQyMDY5MgkkAAAAAsvsgAAAzMjk5Xj5EwNzM3NDIwNTE5XjEwNzM3NDIwNTI2XjEwNzM3NDIwNTIyXjEwNzM3NDIwNj
... | gyXjEwNzM3NDIwNjk3Xjk3Mzc0MjA2OTcgCgBAAAAAFMAAAAAAAAAAQb8IAAAE0vbmtpdaGVrdEdlbnVPbVM
... | AAAAAsxMDczNzQyMDY5MgkkAAAAAsvsgAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTI2XjEwNzM3NDIwNTIyXjEwNzM3NDIwNj
... | gyXjEwNzM3NDIwNjk3Xjk3Mzc0MjA2OTcgQb1IAAAE0NbvbmRpdaGVubgMgV2UgVHJlYXQJwAAAAoKAQEAAAA
... | AAAAACgoBAt///9j///
... | 8AAAAABv8gAABgL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B3ZGl
... | jcykvU3BvcnRzLU1lZG5aa5lcy9UaAAEBRcAAAADMyOTdeMTA3Mzc0MjA2ODIeMTA3Mzc0MjA2ODEeMTA3Mzc0MjA2ODEeMTA3Mzc0M
... | QAACzEwNzM3NDIwNjk4BgghAAALMTA3Mzc0MjA2ODIgT1gJEAAAAYKIQAAAYI5OV4xMDczNzQyMDUyNl4xMDczNzQy
... | QyMDUyNl4xMDczNzQyMDY5OAQAAAABzSAAAAAAAAAAEGyEAAB3UaXNbiGZGZvciciBTdGGF5aW
... | nIFNhZmUgUgaW4gU3BvcnRzCSAAAAAoKAfPe///Y///
... | AAAAAAYOIQAAaS9NTEgvU3BlY2lhbHRpZXMvQm9uZXMtSm9pbnRzLWFuZC1NdXNjbGVzLWL0aGVyL2FpbiAvCgAAG9wZWRpYy
... | 3MpL1Nwb3J0cy1NZWRpY2luZ5L2luU3BbvcViBTZXa4cvci1TdGF5aW5nLVNhZmmtUtaW4tU3BvcnRzLwoACgABgABCBCAAkAAAA
... | AJEAAAAAEJEAAAAAAFwAAAAYbwAAAAsxMDczNzQyMDY5OCRIQAAFeAwYkTkcCgoZjaAAAABhghAAAzMjk5Xj4
... | XMTA3Mzc0MjQ2ODMETA3Mzc0MjA2ODJgL2FpcHEIcUaAAAADMyOTdeMTA3Mzc0MjQ2ODMeMTA3Mzc0MjA2ODJgY
... | NTE5XjEwNzM3NDIwNTM1XjEwNzM3NDIwNTI1YjEwNzM3NDIwNjgzXjEwNzM3NDIwNjgyXjEwNzM3NDIwNDIwQAAHEFMUyBMb
... | 3UgR2VocmlnIMzOTtzIERpc2Vhc2UJzUJJgMAAAoKAQEAAAAAAAAAAAAAAAACgoB5d7///9j///

… 8AAAAShwhAABgYL01MsC9TcGVjaWFsdG1cy9tCmFpbl1DYxYJlL0nvbmRpdGlvbmMt20UtVHJ1YXQvQUxTLUx
… vdS1HZWhyaWctcy1EaXNlYXNlLLwoACgABCRcAAAkAAAAJEAAAAAJEAAAAAIAAAAJFwAAAAYfIQAABDc4NzAK
… CgoAAAAAAAAAAkeAwAACR8DAAAJIiEAAAAABiMhAAAXMTA3Mzc0OMjQ2NDh8MTA3Mzc0OMjA5MjIGJCEAAAsxM
… DczNzQyMDkyMgkkAAAABiYhAAAAzMjk5XjEwNzM4MD1wNTE75XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNz
… M3NDI0NjQ4BAAAAFgAAAAAAAAAYnIQAADkJyYWluIEFuZXVyeXNXtCSYDAAAKCgEBAAAAAAAAKCoAAKAAKoAKAdfe///
… Y////
… AAAAAAYqIQAAPy9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9Db25kaXRpb25zLVdlLLVRyZWF0L0JyYWtuL
… UFuZXVyeXNtLwoACgABChcAAAkAAAAJEAAAAAJEAAAAAAAAAJFwAAAAYtIQAABDc1MDEKCgoAAAAAAAAAAAA
… keAwAACR8DAAAJMCEAAAAABjEhAAAXMTA3Mzc0OMjQ2NDh8MTA3Mzc0OMjA5MjIGMiEAAAsxMDczNzQyMDkyMgk
… kAAAABjQhAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNzM3NDI0NjQ5BAAA
… AFkAAAAAAAAAAY1IQAADEJyYWluIFR1bW9ycwkmAwAACgoBAQAAAAAAAAAAKCoA///2P///
… wAAAAGOCEAAD0vTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9CcmFpbi
… 1UdW1vcnMvCgAAKAAELFwAACQAAAkQAAAAAkQAAAABAAAAAkXAAAABjshAAAENzg3MGoKCgAAAAAAAAAACR4
… DAAAJHwMAAAk+
… IQAAAAAGPyEAAABcxMDczNzQyNDY1MHwxMDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIyCSQAAAAGQiEAADMyO
… TleMTA3Mzc0OMjA1MTleMTA3Mzc0OMjA1MzVeMTA3Mzc0OMjA2NTAeMTA3Mzc0OMjQ2NTAEAAAAWgAAAAAAAABk
… MhAAAIRHlzdG9uaWaWEJJgMAAAoKAQEAAAAAAAAAACgoBu97//9j///
… 8AAAAABkYhAAA5L01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQvRHlzdG9
… uaWEvCgABAAEMFwAACQAAAkQAAAAAkQAAAkkXAAAABkkhAAAAXBkkhAAAENzg3NGoKCgAAAAAAAAAACR4DAAAJH
… wMAAAl1MIQAAAAGTSEAAAAAxcxMDczNzQyNDY1MHwxMDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIyCSQAAAAGV
… CEAADMyOTleMTA3Mzc0OMjA1MTleMTA3Mzc0OMjA1MzVeMTA3Mzc0OMjQ2NTAeMTA3Mzc0OMjQ2NTAEAAAAW
… AAAAABlEhAAAAIRXBpbGVwc3kJJgMAAAoKAQEAAAAAAAAAACgoBrd7//9j///
… 8AAAAABlQhAAA5L01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQvRXBpbGV
… wc3kvCgAKAAElFwAACQAAAkQAAAAAkQAAAAABnMhAAAXMTA3Mzc0OMjQ2NTAeMTA3Mzc0OMjA5MjIGVCEAAACEwN
… DczNzQyMDkyMgkkAAAABnUhAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNzM
… iEAADMyOTleMTA3Mzc0OMjA1MTleMTA3Mzc0OMjA1MzVeMTA3Mzc0OMjA2NTAeMTA3Mzc0OMjQ2NTAEAAAAAAA
… AAAAAABluhAAAAQRXNzW50aWFsIFRyZW1vcgkmAwAACgoBAQAAAAAAAAAAAKCgCgf3v///2P///
… wAAAAGYiEAAEEvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9Fc3Nlbn
… RpYWwtVHJlbW9yLwoACgABDhcAAAkAAAAJEAAAAAJEAAAAAJEAAAAAAIAAAAJFwAAAAYtIQAABDc0NzgKCgoAAAAA
… AAAAkeAwAACR8DAAAJIiEAAAAABmkhAAAXMTN8MTA3Mzc0OMjQ2NTg8MTA3Mzc0OMjA5MjIGVCEAAAsxMDczNzQy
… MgkkAAAABmshAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNzM3NDI0NjU4
… AAAAFgAAAAAAAAABzIQAAAAZtbG9dc1IQAAAxcxMDczNzQyNDY1OHwxMDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIy
… AAAAAGcEAADovTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9OaWdyYW
… luZ2VuULXMtRGlzZWFzZS8KAAAkAAAAEAAAAJEAAAAAhlAAAAlbnAAAACRRAAAAAAAAAAACRAAAAANbnAAADAD
… JHwMAAAk+
… IQAAAAAGPyEAAEEvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9OaWdyYW
… 1nbmFsUL51ldXJvbG9naWNhbAoACgABFxcAAAkAAAAJEAAAAAJEAAAAAAAAAAJFwAAAAYtIQAAAABDc0NzMKCgoAAAAAAAA
… keAwAACR8DAAAJIiEAAAAABnghAAAXMTA3Mzc0OMjQ2NTN8MTA3Mzc0OMjA5MjIGVCEAAAsxMDczNzQyMDkyMgkk
… AAAABnohAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNzM3NDI0NjUzBAAAAAA
… AFgAAAAAAAAAB0IQAAAAaTWVkaWNhbCBHZW5ldGljcwkmAwAACgoBAQAAAAAAAAAACgoBBd7//9j///
… wAAAAGeiEAAEEvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9NZWRpY2Fs
… LUdlbmV0aWNzLwoACgABGBcAAAkAAAAJEAAAAAJEAAAAAAJEAAAAJFwAAAAYtIQAABDc1MDEKCgoAAAAAAAAAAAAA
… MDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIyCSQAAAAGfyEAADMyOTleMTA3Mzc0OMjA1MTleMTA3Mzc0OMjA1MzVe
… MTA3Mzc0OMjA1MzVeMTA3Mzc0OMjQ2NTAeMTA3Mzc0OMjA5MjIGfyEAAAsxMDczNzQyMDkyMgkkAAAABoEhAAAzMjk
… 5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjEwNzM3NDI0NjUwBAAAAFgAAAAAAAAAB4IQAA
… AAAbEIQAAAYS9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9Db25kaXRpb25zLVdlLVRyZWF0L1NwaW5hbC1Db
… 0NjM4BAAAAFgAAAAAAAAAB4IQAAAaTXlncmFpbmUJJgMAAAoKAQEAAAAAAAAAAKCgdB25pdG9yaWNTFVuaXQ
… JHwMAAAk+
… IQAAAAAGPyEAAAAAxcxMDczNzQyNDYzOHwxMDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIyCSQAAAAGQiEAADMyOTle
… MTA3Mzc0OMjA1MTleMTA3Mzc0OMjA1MzVeMTA3Mzc0OMjA1MzVeMTA3Mzc0OMjQ2MzgeMTA3Mzc0OMjA5MjIGfyEA
… AAsxMDczNzQyMDkyMgkkAAAABoEhAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyXjE
… wNzM3NDI0NjM4BAAAAFgAAAAAAAAAB4IQAAAaTXlncmFpbmUJJgMAAAoKAQEAAAAAAAAAAKCgdBd7//9j///
… 8AAAAABghAABJL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL1RyZWF0bWVudHMtV2UtT2ZmZXIvRXBpbGV
… wc3ktTW9uaXRvcmluZy1Vbml0L0woACgABExcAAAkAAAAJEAAAAAJEAAAAAAAAJFwAAAAYfIQAABDc2NzQK
… CgoAAAAAAAAAkeAwAACR8DAAAJriEAAAAAhAAAXMTA3Mzc0OMjQ2NzR8MTA3Mzc0OMjA5MjIGfyEAAAsxMDczNzQ
… DczNzQyMDcyNAkkAAAABrIhAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwNzE0X1jEwNzM3
… M3NDI0NjM0X1jEwNzM3NDIwNTE5XjEwNzM3NDIwNzE0X1jEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyX1jEwNzM3NDI
… uYWwgRGVmaWJyaWxXxsYXRvcmBRRUQJJgMAAAoKAQEAAAAAAAAAAACgoBS97//9j///
… 8AAAAABrYhAAACEAS9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9UcmVhdG1lbnRzLVdlLV9mZmVyL1NlWnhd
… pdGlvbmMtbWUt5kLVRyZWF0bwVudC9TdWRkZW4tQ2FyZGlhYy1BcnJlc3QtQ2FyZVV0L3dxMDczNzQyMDkyMg
… LMTA3Mzc0OMjA5MjkJJAAAAAakIQAAMzI5OV4xMDczNzQyMDUzNV4xMDczNzQyMDcyNV4xMDczNzQyMDkyMg0v4x
… MDczNzQyNDY1OHwxMDczNzQyMDkyMgY2IQAACEwNzM3NDIwOTIyCSQAAAAGpSEAABhFcGlsZXBzeSBNb25pdG9yaW
… AAAAAAAACgoBWd7//9j///
… 8AAAAABgqhAABJL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL1RyZWF0bWVudHMtV2UtT2ZmZXIvRXBpbGVwc3
… wc3ktTW9uaXRvcmluZy1Vbml0L0woACgABExcAAAkAAAAJEAAAAAJEAAAAAAAAJFwAAAAYfIQAABDc2NzQK
… CgoAAAAAAAAAkeAwAACR8DAAAJriEAAAAAhAAAXMTA3Mzc0OMjQ2NzR8MTA3Mzc0OMjA5MjIGVCEAAAsxMDczNDcy
… DczNzQyMDcyNAkkAAAABrIhAAAzMjk5XjEwNzM3NDIwNTE5XjEwNzM3NDIwNTM1X1jEwNzM3NDIwNzE0X1jEwNzM
… M3NDI0NjM0X1jEwNzM3NDIwNTE5XjEwNzM3NDIwNzE0X1jEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyX1jEwNzM3NDI
… 0NjM0X1jEwNzM3NDIwNTE5XjEwNzM3NDIwNzE0X1jEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyX1jEwNzM3NDI0NjM
… 0NjM0X1jEwNzM3NDIwNTM1X1jEwNzM3NDIwOTIyX1jEwNzM3NDIwNTE5X1jEwNzM3NDIwNzE2X1jEwNzM3NDI4X1j
… AT3e///Y////
… AAAAAAbEIQAAYS9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9Db25kaXRpb25zLVdlLVRyZWF0L1NwaW5hbC1Db

Glvb4MYW5kLUVyZWF0bWVudC5Db3VvbmV5c1BcnRiullktRGl2aWzS8WaoRRUIAAUWAAAACRAAAAAACR
AAAAACAAAACRcAAAAGxyEAAAQ3MzQxCgoKAAAAAAAAAAJHgMAAAkfAwAACcohAAAAAAbLIQAAFzEwNzM3NDI
0NjM4fDEwNzM3NDI0NjM2IWzIbswhAAALMTA3Mzc0MjA3MjYJJAAAAAbOIQAAMzI50V4xMDczNzQyMDUxOV4xMDcz
NzQyMDcxOF4xMDczNzQyMDcyN14xMDczNzQyND10xOAQAAACQAAAAAAAAAAgzyEAAAl1ZWFydCBGYW1sdXXJlC
SYDAAAKCgEBAAAAAAAAAAoKAS/e///I////
AAAAAAbSIQAAVy9NTEgvU3BlY2lhbHRRpZXMvQ2FyZGlhYy1TZXJ2aWNlQ1SZWxhdGVkVkLUNvbmRpZ
GlvbnMtY1YW5kLVRyZWF0bWVudC9IZWFydC1GYW1sdXXJlC1GXU9BAAAAAAAEJEAAAAAJEAAAAAMAAAAJFw
AAAbVIQAABDczNDYKCgoAAAAAAAAAkeAwAACR8DAAAJ2CEAAAAABtkhAAAXMTA3Mzc0MjQzMzc1MTA3Mzc
0MjA3MjYGI2EAAsxMDczNzQyMDcyOAqNgkdDczNDYKCgoAAAAAAAAAA2CEAAAbtkh5ZJEwNzM3NDIWNzI2
NzM3NDIWNzI2I2IxEwNzM3NDIWNjM1BAAAAJEAAAAAAAAAAAbdIQAAIk15b2NhcdhmNhcmRpYWMOJQ2gtY1EW
WFydCBBdHRhY2sgZHVlCAtIFFRC8KAAoAAAAxJAAAACRAAAAAAACRAAAAAbAAAACRCAAAAG/
SEAADpTdWRkZW4gQ2FyZGlhYyBBcnJlc3QtQXV0b21hdGljlV0dGVybmFsIERlZmlicmlsbGGYTb3IIg
YDAAAKCgEBAAAAAAAAAoKAQXe///I////
AAAAAAb8IQAAhAEvTUxIL1NwZWNpYWx0aWVzL0NhcmRpYWMtU2VydmljZXMtUmVsYXRlZC1Db25kaXRpb25zLWNhcmRpYW5
XRpb25zLWF1bmQtVcmVhdG1lbnQvSWcGVhcnQtQXR0YWNrL1lbd1lvdG9yIldgG9t9XRlXlcm5hbGxbZW
ZpYnJpbGxhdG9yL1UFFRC8KAAoAARkXAAAkJAAAACRAAAAAAACRAAAAAbAAAACRcAAAAGxyEAAAQ3
yEAAAQ3ODA3CgoKAAAAAAAAAJHgMAAAkfAwAACQiIAAAAYDIgAAfEzEwNzM3NDI0NjM2IWzIbswhAAALMTA3Mzc
I4BgQiAAALMTA3Mzc0MjA3MjgJJAAAAAYGIgAAZI5OV4xMDczNzQyMDUxOV4xMDczNzQyMDcxOF4xMDczNzQyNzQ
yMDcyOF4xMDczNzQyNDQyNQ0AAACWAAAAAAAAAAAgBy1AADPYXJkaWFjlERpYWdub3Npcy9IZWFydC...

124454...

AZAAAACWUUAAAAAAAAAAAAAAPVGQAAGQAAAk/IFRAAkAAAAAAPeAAAAAAAAYAAAAAAAAAAAAAAAAYM
ZAAAZAAAACWUUAAAAAAAAAAAAAGNGQAAGQAAAllFAAAAAAAAAAAAB1xkAABkAAAAJPSIAAAEAAAABAAAA
AaEZAAAZAAAACWUUAAAAAAAAAAAAAAGrGQAAGQAAAk/
IgAABQAAAAUAAAABtRkAABkAAAAJZRQAAAAAAAAAAAAAb8ZAAAZAAAACUEiAAACAAAAAgAAAAHJGQAAGQAAA
AllFAAAAAAAAAAAAB0xkAABkAAAAJZRQAAAAAAAAAAAAdkZAAAZAAAACWUUAAAAAAAAAAAAAHjGQAAGQ
AAAAllFAAAAAAAAAAAAB6hkAABkAAAAJZRQAAAAAAAAAAAAfQZAAAZAAAACWUUAAAAAAAAAAAAAH+
GQAAGQAAAllFAAAAAAAAAAAAABBRoAABkAAAAJZRQAAAAAAAAAAAAQ8aAAAZAAAACWUUAAAAAAAAAAAA
AEWGgAAGQAAAllFAAAAAAAAAAAAABHhoAABkAAAAJZRQAAAAAAAAAAAAASgaAAAZAAAACWUUAAAAAAAAA
AAAAEyGgAAGQAAAllFAAAAAAAAAAAAABPBoAABkAAAAJZRQAAAAAAAAAAAAAUYaAAAZAAAACWUUAAAAAAA
AAAAAAAFQGgAAGQAAAllFAAAAAAAAAAAAABWhoAABkAAAAJZRQAAAAAAAAAAAAAWQaAAAZAAAACWUUAAAA
AAAAAAAAAFuGgAAGQAAAllFAAAAAAAAAAAAABeBoAABkAAAAJZRQAAAAAAAAAAAAAYIaAAAZAAAACWUUA
AAAAAAAAAAAAGMGgAAGQAAAllFAAAAAAAAAAAAABlhoAABkAAAAJZRQAAAAAAAAAAAAaAaAAAZAAAACW
UUAAAAAAAAAAAAAAGgGgAAGQAAAllFAAAAAAAAAAAAABtBoAABkAAAAJZRQAAAAAAAAAAAAAAb4aAAAZAAA
ACWUUAAAAAAAAAAAAAAHIGgAAGQAAAllFAAAAAAAAAAAAAB0hoAABkAAAAJZRQAAAAAAAAAAAAAdwaAAAZ
AAAACUMiAABAAAAAQAAAAHmGgAAGQAAAllFAAAAAAAAAAAAAB8BoAABkAAAAJZRQAAAAAAAAAAAAfoaA
AAZAAAACWUUAAAAAAAAAAAAAAEBGwAAGQAAAllFAAAAAAAAAAAAABCRsAABkAAAAJZRQAAAAAAAAAAAAAR
MbAAAZAAAACWUUAAAAAAAAAAAAAEdGwAAGQAAAllFAAAAAAAAAAAAABJxsAABkAAAAJZRQAAAAAAAAAA
AATEbAAAZAAAACWUUAAAAAAAAAAAAAAE7GwAAGQAAAllFAAAAAAAAAAAAABRRsAABkAAAAJZRQAAAAAAAAA
AAAAU8bAAAZAAAACWUUAAAAAAAAAAAAAFZGwAAGQAAAllFAAAAAAAAAAAAABYxsAABkAAAAJZRQAAAA
AAAAAAAAW0bAAAZAAAACWUUAAAAAAAAAAAAAFzGwAAGQAAAllFAAAAAAAAAAAAABehsAABkAAAAJZRQAAA
AAAAAAAAAAYQbAAAZAAAACWUUAAAAAAAAAAAAAGOGwAAGQAAAllFAAAAAAAAAAAAABmBsAABkAAAAJZRQ
AAAAAAAAAAAAAAZ4bAAAZAAAACWUUAAAAAAAAAAAAAGoGwAAGQAAAllFAAAAAAAAAAAAABshsAABkAAAAJ
ZRQAAAAAAAAAAAAAbgbAAAZAAAACWUUAAAAAAAAAAAAAHAGwAAGQAAAllFAAAAAAAAAAAAABxxsAABkAA
AAJZRQAAAAAAAAAAAAdEbAAAZAAAACWUUAAAAAAAAAAAAAHbGwAAGQAAAllFAAAAAAAAAAAAAB5RsAAB
kAAAAJZRQAAAAAAAAAAAAQ0cAAAZAAAACWUUAAAAAAAAAAAAAEXHAAAGQAAAllFAAAAAAAAAAAAAB
IRwAABkAAAAJZRQAAAAAAAAAAAASscAAAZAAAACWUUAAAAAAAAAAAAAE1HAAAGQAAAllFAAAAAAAAAAAA
AABPxwAABkAAAAJZRQAAAAAAAAAAAAUkcAAAZAAAACWUUAAAAAAAAAAAAAFTHAAAGQAAAllFAAAAAAAA
AAAAABBXRwAABkAAAAJZRQAAAAAAAAAAAAWccAAAZAAAACWUUAAAAAAAAAAAAAFxHAAAGQAAAllFAAAAAA
AAAAAAABBexwAABkAAAAJZRQAAAAAAAAAAAAYUcAAAZAAAACWUUAAAAAAAAAAAAAGPHAAAGQAAAllFAA
AAAAAAAAAAABBmRwAABkAAAAJZRQAAAAAAAAAAAAmcAAAZAAAACWUUAAAAAAAAAAAAAGqHAAAGQAAAllF
AAAAAAAAAAAAABBshwAABkAAAAJZRQAAAAAAAAAAAAbocAAAZAAAACWUUAAAAAAAAAAAAAHBHAAAGQA
AAllFAAAAAAAAAAAAABByxwAABkAAAAJZRQAAAAAAAAAAAAdUcAAAZAAAACWUUAAAAAAAAAAAAAHfHAAAGQA
AAllFAAAAAAAAAAAAAB6RwAABkAAAAJZRQAAAAAAAAAAAAfMcAAAZAAAACWUUAAAAAAAAAAAAAAH9HAAA
GQAAAllFAAAAAAAAAAAAABBB0AABkAAAAJZRQAAAAAAAAAAAAQwdAAAZAAAACWUUAAAAAAAAAAAAAAEUH
QAAGQAAAllFAAAAAAAAAAAAABHB0AABkAAAAJZRQAAAAAAAAAAAAASQdAAAZAAAACWUUAAAAAAAAAAAAAA
EsHQAAGQAAAllFAAAAAAAAAAAAABNB0AABkAAAAJZRQAAAAAAAAAAAATwdAAAZAAAACWUUAAAAAAAAAA
AAAFEHQAAGQAAAllFAAAAAAAAAAAAABTB0AABkAAAAJZRQAAAAAAAAAAAAVQdAAAZAAAACWUUAAAAAAAA
AAAAAAFcHQAAGQAAAllFAAAAAAAAAAAAABZB0AABkAAAAJZRQAAAAAAAAAAAAWwdAAAZAAAACWUUAAAAAAA
AAAAAAAGMHQAAGQAAAllFAAAAAAAAAAAAABlB0AABkAAAAJZRQAAAAAAAAAAAA4dAAAZAAAACWU
UAAAAAAAAAAAAAGoHQAAGQAAAllFAAAAAAAAAAAAABrx0AABkAAAAJZRQAAAAAAAAAAAAbcdAAAZAAAACA
CWUUAAAAAAAAAAAAAHBHQAAGQAAAllFAAAAAAAAAAAAABByB0AABkAAAAJZRQAAAAAAAAAAAAAdAdAAAZA
AAACWUUAAAAAAAAAAAAAHYHQAAGQAAAllFAAAAAAAAAAAAABHvHQAAGQAAAllFAAAAAAAAAAAAAB+
R0AABkAAAAJZRQAAAAAAAAAAAAQeAAAZAAAACWUUAAAAAAAAAAAAAEIHgAAGQAAAllFAAAAAAAAAAAAA
ABDR4AABEAAAAJdQAAAAAAAAAAAAAAQ4eAAAZAAAACXYAAAAAAAAAAAAAAEPHgAABAAAAk0BQAAAAAAAA
AAAAABBHB4AABEAAAAJdQAAAAAAAAAAAAAR0eAAASAAAACXYAAAAAAAAAAAAAAEeHgAABAAAAk0BQAAAAAAA
AAAAAABBLB4AAAAJNAUAAAAAAAAAAAAAAToeAAAEAAAACTQFAAAAAAAAAAAAAAFIHgAABAAAAk0BQAAAA
AAAAAAAAABBVh4AAAAQAAJNAUAAAAAAAAAAAAAWQeAAAEAAAACTQFAAAAAAAAAAAAAAFyHgAABAAAAAk0BQ
AAAAAAAAAAAAABgB4AAAAQAAJNAUAAAAAAAAAAAAAAY4eAAAEAAAACTQFAAAAAAAAAAAAAGcHgAABAAAAk
0BQAAAAAAAAAAAAABBqh4AAAQAAJNAUAAAAAAAAAAAAAbgeAAAEAAAACTQFAAAAAAAAAAAAAHGHgAABAAA
AAk0BQAAAAAAAAAAAAB1B4AAAAQAAJNAUAAAAAAAAAAAAAAeIeAAAEAAAACTQFAAAAAAAAAAAAAAHwHgAAB
AAAAk0BQAAAAAAAAAAAAB/
h4AAAQAAJNAUAAAAAAAAAAAAQwfAAAEAAAACTQFAAAAAAAAAAAAAAEaHwAABAAAAk0BQAAAAAAAAAAAA
ABKB8AAAQAAJNAUAAAAAAAAAAAAATYfAAAEAAAACTQFAAAAAAAAAAAAAFEHwAABAAAAk0BQAAAAAAAA
AAAABUR8AAAQAAJdQAAAAAAAAAAAAAVIfAAAEAAAACXYAAAAAAAAAAAAAAFTHwAABAAAAk0BQAAAA
AAAAAAAABYB8AAAEAAAAJdQAAAAAAAAAAAAAWEfAAAEAAAACXYAAAAAAAAAAAAAAFiHwAABAAAAk0BQAAA
AAAAAAAAAABBbx8AAAEAAAAJdQAAAAAAAAAAAAAAXA8AAAEAAAACXYAAAAAAAAAAAAAAFxHwAABAAAAk0BQ
AAAAAAAAAAAAAABfh8AAAEAAAAJdQAAAAAAAAAAAAAX8fAAAEAAAACXYAAAAAAAAAAAAAGAHwAABAAAAk
0BQAAAAAAAAAAABjR8AAAEAAAAJdQAAAAAAAAAAAAAY4fAAASAAAACXYAAAAAAAAAAAAAGPHwAABAAAk
AAk0BQAAAAAAAAAAAAABnB8AAAEAAAAJdQAAAAAAAAAAAAAZ0fAAAEAAAACXYAAAAAAAAAAAAAAGeHwAAB
AAAAk0BQAAAAAAAAAAABBqx8AAAEAAAAJdQAAAAAAAAAAAAAawfAAAEAAAACXYAAAAAAAAAAAAAAGtHw
AABAAAAk0BQAAAAAAAAAABuh8AAAEAAAAJdQAAAAAAAAAAAAAbsfAAAEAAAACXYAAAAAAAAAAAAAG
8HwAABAAAAk0BQAAAAAAAAAAAAByR8AAAEAAAAJdQAAAAAAAAAAAAAcofAAAEAAAACXYAAAAAAAAAAAAAG
AAHLHwAABAAAAk0BQAAAAAAAAAAAAB2B8AAAEAAAAJdQAAAAAAAAAAAAAdkfAAAEAAAACXYAAAAAAAAAAAAAGG
AAAAHaHwAABAAAAk0BQAAAAAAAAAAB5x8AAAEAAAAJdQAAAAAAAAAAAAAegfAAAEAAAACXYAAAAAAAAA
AAAAAAAHpHwAABAAAAk0BQAAAAAAAAAAAB9h8AAAEAAAAJdQAAAAAAAAAAAAAfcfAAAEAAAACXYAAAAA

... AAAzAAAAAAAABwWABAAAAAkPkBQAAAAAAAAAAAAzRBBSKBRBEAAAAJQAAAAAAAAAAAAAAAQYgAAAAAAAAACXYA
... AAAAAAAAAAAAAAEHIAAABAAAAAk0BQAAAAAAAAAAAAABFCAAABEAAAAJdQAAAAAAAAAAAAAAARUgAAASAAAAC
... XYAAAAAAAAAAAAAAAEWIAAABAAAAAk0BQAAAAAAAAAAAAABIyAAABEAAAAJdQAAAAAAAAAAAAAASQgAAASAA
... AACXYAAAAAAAAAAAAAAAElIAAABAAAAAk0BQAAAAAAAAAAAAABMiAAABEAAAAJdQAAAAAAAAAAAAAATMgAAA
... SAAAACXYAAAAAAAAAAAAAAAE0IAAABAAAAAk0BQAAAAAAAAAAAAABQSAAABEAAAAJdQAAAAAAAAAAAAAAAUIg
... AAASAAAACXYAAAAAAAAAAAAAAAFDIAAABAAAAAk0BQAAAAAAAAAAAAABUCAAABEAAAAJdQAAAAAAAAAAAAAA
... VEgAAASAAAACXYAAAAAAAAAAAAAAAFSIAAABAAAAAk0BQAAAAAAAAAAAAABXyAAABEAAAAJdQAAAAAAAAAAAA
... AAAWAgAAASAAAACXYAAAAAAAAAAAAAAAFhIAAABAAAAAk0BQAAAAAAAAAAAAABbiAAABEAAAAJdQAAAAAAAA
... AAAAAAW8gAAASAAAACXYAAAAAAAAAAAAAAAFwIAAABAAAAAk0BQAAAAAAAAAAAAABfSAAABEAAAAJdQAAAAAA
... AAAAAAAAAX4gAAASAAAACXYAAAAAAAAAAAAAAAF/
... IAAABAAAAAk0BQAAAAAAAAAAAAABjCAAABEAAAAJdQAAAAAAAAAAAAAAY0gAAASAAAACXYAAAAAAAAAAAAA
... AGOIAAABAAAAAk0BQAAAAAAAAAAAAABmyAAABEAAAAJdQAAAAAAAAAAAAAAZwgAAASAAAACXYAAAAAAAAAA
... AAAAGdIAAABAAAAAk0BQAAAAAAAAAAAAABgiAAABEAAAAJdQAAAAAAAAAAAAAAAasgAAASAAAACXYAAAAAAA
... AAAAAAAAGsIAAABAAAAAk0BQAAAAAAAAAAAAABuSAAABEAAAAJdQAAAAAAAAAAAAAAAbogAAASAAAACXYAAAA
... AAAAAAAAAAG7IAAABAAAAAk0BQAAAAAAAAAAAAAByCAAABEAAAAJdQAAAAAAAAAAAAAAAAckgAAASAAAACXYA
... AAAAAAAAAAAAAAHKIAAABAAAAAk0BQAAAAAAAAAAAAAB1yAAABEAAAAJdQAAAAAAAAAAAAAAAddggAAASAAAACX
... YAAAAAAAAAAAAAAHZIAAABAAAAAk0BQAAAAAAAAAAAAAB5iAAABEAAAAJdQAAAAAAAAAAAAAAecgAAASAAA
... ACXYAAAAAAAAAAAAAAAHoIAAABAAAAAk0BQAAAAAAAAAAAAAB9SAAABEAAAAJdQAAAAAAAAAAAAAAAfYgAAAS
... AAAACXYAAAAAAAAAAAAAAAH3IAAABAAAAAk0BQAAAAAAAAAAAAABCEAAABEAAAAJdQAAAAAAAAAAAAAAAQUhA
... AASAAAACXYAAAAAAAAAAAAAAAEGIQAABAAAAAk0BQAAAAAAAAAAAAABFCEAAABEAAAJNAUAAAAAAAAAAAAAAA
... IhAAAEAAAACTQFAAAAAAAAAAAAAAAEwIQAABAAAAAk0BQAAAAAAAAAAAAABPiEAAAQAAAAJNAUAAAAAAAAAA
... AAAUwHAAAEAAAACTQFAAAAAAAAAAAAAAAAFaIQAABAAAAAk0BQAAAAAAAAAAAAABaBaCEAAABEAAAAJNAUAAAAA
... AAAAAAAAXYhAAAEAAAACTQFAAAAAAAAAAAAAAGEIQAABAAAAAk0BQAAAAAAAAAAAAABkiEAAAQAAAAJNAUAAAAA
... AAAAAAAaahAAAEAAAACTQFAAAAAAAAAAAAAAGuIQAABAAAAAk0BQAAAAAAAAAAAAABvCEAAAQAAAAJNAUAAA
... AAAAAAAAAAcohAAAEAAAACTQFAAAAAAAAAAAAAHYIQAABAAAAAk0BQAAAAAAAAAAAAAB5iEAAAQAAAAJNAU
... AAAAAAAAAAAAAAfQhAAAEAAAACTQFAAAAAAAAAAAAAECIgAABAAAAAk0BQAAAAAAAAAAAAABECIAAAQAAAAJ
... NAUAAAAAAAAAAAAAR0iAAAArAAAACXUAAAAAAAAAAAAAEeIgAAEgAAAAl2AAAAAAAAAAAAAAAAABHyIAAAQAA
... AAJNAUAAAAAAAAAAAAAByklAAAAQAAAAQAAAAEJUVrdHJvjvbi5DbXMuT3JnNW5emF0aW9uUkzNW51SXRbuU
... RhdGEFAAAACagiAAAJqSIAAAC0ByoiAAAAAQAAAAAEJUVrdHJvjvbi5DbXMuT3JnNW51SXRbuU5NZW5
... 1SXRlbURhdGGEFAAAACaoiAAAANwcrIgAAAAEAAAAAAAAk0BCVFa3Ryb24UQ21zLjylYZnVhcGhpdGxvbi5U
... dUl0ZWlEYXRlAAAAAAAMMIgAAACBEVrdHJvbi5DbXMuT3JnNW51eXRpb2NAbWdAADQMHLlIAAAABAAAAAAABCVFa3Ry
... b24uQ21zLjylYZnVhcGhpdGlvbi5TWVdudUl0ZWlEYXRhcGFpbnQADMHLlIAAAABAAAACX0IAAAnNIgAAAACAAAAAAAAe
... AAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25VbGlTYWludAAAAJwyIAAACX0IAAAnOIgAAACuIAAAk0BCVFaxp
... hdGlvbi5TWVdudUl0ZWlEYXRlRhdGAAAAAAMMHLlIAAAABAAAACX0IAAAnPIgAAAACAAAAAAAIAAAACTQFAAAAAAAAm+
... IgAADQIHMCIAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25VbGlTYWlud+
... yIAAAnAIgADQIHMiIAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25VbGlTYWludAAAAJv
... UAAAAywSIAAAA0DBzMiAAAAQQAAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uVWxpU2FpbnRbuURhdGGE
... FAAAACciIAAAJwyIAAAnEIgAAACUiIAAAnHIgAAAAnIgAACgiAAAJySAAAC0IgAAAEAAAAEAAAABCVFa3Ry
... b24uQ21zLjylYZnVhcGhpdGlvbi5TWVdudUl0ZWlEYXRlRhdGAAAAAAMMIgAAACBEVrdHJvbi5DbXMuT3JnYW5
... pemF0aW9uVWxpU2FpbnQAAAAJNAUAAAAAAAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25VbGlTYWlud+
... yIAAAnKIgADQIHMiIAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25VbGlTYWludAAAAnIgAACcI
... IAAAJwyIAAAnEIgAAAACUiIAAAnHIgAAAAnIgAAnHIgAAAnKIgAAAAnIgAAngc5IgAAAAAEAA
... AAQAAABCVFa3Ryb24uQ21zLjylYZnVhcGhpdGlvbi5TWVdudUl0ZWlEYXRlRhdGQAAAnbIgAACwIAAANgc5IgAAAAEAA
... ngIgAACeEiAAAJ4iIAAAnjIgAACeQiAAAJ5SIAAAnmIgAADQYHQYIAAAABAAAAAAAABBAAAAAAAAAAQlRWt0cm9uLkNtcy5
... Pcmdhbml6YXRpb25VbGlTYWlud+0iAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3Jn
... T3JnYW5pemF0aW9uNW51SXRlbURhdGE5yIAAAnAwc+
... IgAAAAEAAAAIAAAABCVFa3Ryb24uQ21zLjylYZnVhcGhpdGlvbi5TWVdudUl0ZWlEYXRlRhdGAAAnpIgAACeoiA
... AAJ6yIAAAnqIgAACeEiAAANAdgIBMC9TcGVjaWFsdAAwAmAgAAAAIGAAEAAAEAAAAEAAAABCVFa3Ryb24uQ21zLjylYZnV
... l0ZWlEYXRlRhdGQAAAnuIgAACeEiAAAnyIgAAAnjAgAAAAAEAAAABCVFa3Ryb24uQ21zLjylYZnVhcGhpdGlvbi5
... HgAACQ4eAAAJEAAAEABHg4AAAEX3f3//6////
... wQAAAAG9yIAAENNTEgvbX5ThpRpXMBXMvQmlydGhDhQbGFsjZS9CaXJ0a0NlIEYXktkY1zlnaGVzL1lzaGxBYZhcmluZY
... 1mb3JtRGVzaXZlY/RcAAAAqAAAAAAAAAAAAACRweAAAAjHR4AAAXkJAAAA6IgAAEGAAACAGQCAAgAAAAGpIgAEAFEJAIA
... CAAAARQkAgAIAAAAJEAAAAAAAAAAAAAACRweAAAAjHR4AAAXkJhGAAQkjHgAAQDd///r////
... BAAAAAYBIwAAV01MSC9TcGVjaWFsdGlcy9CaXJ0aFBsYWNlL0JpcnNoLUlUheS1XaXhNoZXMvQmVZdC1Sb3V0
... S10by1MaXR0bGVGb24vb24tQWR2ZW50uPXhRYZC1CdWxSdGlcy1XWxlcyYXRyZW5vNTQxAAAXkXaXRBC1XWAAoAUQ
... kAgAIAAAABQiIAAOoFAAAAB+9z//9r3//8AAAAAAQAAAAEIcAAAAAAAAAAAAArgkAgAIAAAAAJMR4AAAH53P//6////
... wEAAAAJNB4AAXkAAAXkXAAAAKgAAAAAAAEJEAAAAAAAAAAJCyMAAAAAAAAAAaasiAADqBQAAAaFPc///
... /a9///AAAAAEAAAABIHAAAAAAAAEcJAIACAAAACT8eAAAB8dz//+v///
... 8BAAAACUIeAAAAJFwAAACoAAAAAAAAABCRAAAAAAAAAAAAmGQCAAgAAAAGsIgA6gUAAAAAHr3P/
... /2vf//wAAAAAAAAAAR0AAAAAAABHCQCAAgAAAAl1NHgAAAenc///r////
... 9r3//8AAAAAQAAADAeAAAAAAAAAAAAAARwkAgAIAAAAAJwXAAAAJXx4AAAANH3P//6////
... wEAAAAJXh4AAAKAAAAAAAAEcJAIACAAAACT9eAAAB8dz//+v///
... /a9///AAAAAEAAAAE6HAAAAAAAAEcJAIACAAAACAAAACWkaAAAE2Bdz//+v///
... 8BAAAACWwAAAAAJFwAAACoAAAAAAAAABCRAAAAAAAAAAAAmGQCAAgAAAAGvIgA6gUAAAAAAAHT3P/
... /2vf//wAAAAAAAAAOBwAAAAAAABHCQCAAgAAAAAl3HgAAAHc///r////

124454... AQAAAAAHgAACRcAAAAqAAAAAAAAAAAAAAKgAAAAAAAAAKIWAACRAAAAAAAKAAKIWAAGAIAAAABSCIAAOoFAAABy9z//
… 9r3//8AAAAAAQAAAPMjAAAAAAAAASgkAgAIAAAAJhR4AAAHJ3P//6////
… wEAAAAJiB4AAAkXAAAAKgAAAAAAAAAJEAAAAEAAAAJOyMAAAkQAAAAAJYZAIACAAAAAbEiAADqBQAAAcPc//
… /a9///AAAAAAEAAAAwHQAAAAAAAAEsJAIACAAAACZMeAAABwdz//+v///
… 8BAAAACZYeAAAAJFwAAACoAAAAAAAAACRAAAAABAAAACUMjAAAAEAAAAbGQCAAgAAAAGyIgAA6gUAAAG73P//
… /2vf//wAAAAABAAAANB0AAAAAAABLCQCAAgAAAAmhHgAAAbnc///r////
… AQAAAAmkHgAACRcAAAAqAAAAAAAAAAAkQAAAAAgAAAAlLIwAACRAAAAAAHRkAgAIAAAAABsyIAAOoFAAABs9z//
… 9r3//8AAAAAAQAAAEYdAAAAAAAASwkAgAIAAAAJrx4AAAAGx3P//6////
… wEAAAAJsh4AAAkXAAAAKgAAAAAAAAAJEAAAAEAAAAJUyMAAAkQAAAAAB4ZAIACAAAAAbQiAADqBQAAAavc//
… /a9///AAAAAAEAAAABAHQAAAAAAAEsJAIACAAAACb0eAAABqdz//+v///
… 8BAAAACcAeAAAAJFwAAACoAAAAAAAAACRAAAAAAHAAAACVsjAAAAEAAAAfGQCAAgAAAAGgIgAA6gUAAAGj3P//
… /2vf//wAAAAABAAAAQx0AAAAAAABLCQCAAgAAAAnLHgAAAaHc///r////
… AQAAAAnOHgAACRcAAAAqAAAAAAAAAAAkQAAAABQAAAAljIwAACRAAAAAAAIBkAgAIAAAABtiIAAOoFAAABm9z//
… 9r3//8AAAAAAQAAAC0dAAAAAAAASwkAgAIAAAAJ2R4AAAGZ3P//6////
… wEAAAAJ3B4AAAkXAAAAKgAAAAAAAAAJEAAAAYAAAAJayMAAAkQAAAAACEZAIACAAAAAbciAADqBQAAAZPc//
… /a9///AAAAAAEAAAAqHQAAAAAAAEsJAIACAAAACeceAAABkdz//+v///
… 8BAAAACeoeAAAAJFwAAACoAAAAAAAAAACRAAAAAAHAAAAACXMjAAAAEAAAAAiGQCAAgAAAAG4IgAA6gUAAAGL3P//
… /2vf//wAAAAABAAAAX1cAgAIAAAABLCQCAAgAAAAAn1HgAAAYnc///r////
… AQAAAAn4HgAACRcAAAAqAAAAAAAAAAAkQAAAAAwAAAAABuSIAAOoFAAABg9z//
… 9r3//8AAAAAQAAACcdAAAAAAAASwkAgAIAAAAJAx8AAAGB3P//6////
… wEAAAAJBh8AAAkXAAAAKgAAAAAAAAAJEAAAAkAAAAAkAyMAAAkQAAAAACMZAIACAAAAAboiAADqBQAAAXvc//
… /a9///AAAAAAEAAAAqHQAAAAAAAEsJAIACAAAACReAAABkdz//+v///
… 8BAAAACeoeAAAAJFwAAACoAAAAAAAAAACRAAAAAHAAAAACXMjAAAAEAAAAAiGQCAAgAAAAG4IgAA6gUAAAGL3P//
… /2vf//wAAAAABAAAAX1cAgAIAAAABLCQCAAgAAAAAn1HgAAAYnc///r////
… AQAAAAkiHwAACRcAAAAqAAAAAAAAAAAkQAAAACwAAAAAmTIwAACRAAAAAAAh4AgAIAAAAABvCIAAOoFAAABa9z//
… 9r3//8AAAAAQAAAAOgbAAAAAAAASwkAgAIAAAAJLR8AAAFp3P//6////
… wEAAAAJMB8AAAkXAAAAKgAAAAAAAAAJEAAAAwAAAAJmyMAAAkQAAAAABwZAIACAAAAAb0iAADqBQAAAWPc//
… /a9///AAAAAAEAAAA5HQAAAAAAAEsJAIACAAAACTsfAAABYdz//+v///
… 8BAAAACT4fAAAAJFwAAACoAAAAAAAAAACaMjAAAAEAAAAkkGQCAAgAAAAGkIgAA6gUAAAG+IgAA6gUAAAFb3P//
… /2vf//wAAAAABAAAAPR0AAAAAAABLCQCAAgAAAAnLHgAAAaHc///r////
… AQAAAAlMHwAACRcAAAAqAAAAAAAAAAAkQAAAAQAAAAmrIwAACRAAAAAAAmIgAAOoFAAABJkAgAIAAAAAAAAA6CQCAA
… gAAAFMJAIACAAAACRAAAAAAAAAAAAAlRHwAACVIfAAAEJWB8AAAFP3P//6////
… wQAAAAGSiMAAGJNTEgvU3BlY2lhbHHRpZXM/Qm9uZXMLUpvaW50cylhbmQtTXVzY2xcy0oT3J0aG9aG9wZWRpY3
… MpL0NvbmRpdGlvbnMvTV2UtVHJlYXJMYXQRm9vdC0tLUFua2xlLWluanVyaWVzLXN0cmFpbnMtYW5kLXNwcmFpbnM
… AAAAJtSMAAAoAegkAgAIAAAABwcIAAGhwCIAAgAAAB7CQCAAgAAAAFJAIACAAAAAAAAAAAAAAAAAAAlgHwAACWEf
… AAAJEAAAAEJZx8AAAFP3P//6////
… wQAAAAGvCMAAFPlNTEgvU3BlY2lhbHHRpZXMvQm9uZXMtSm9pbnQtYW5kLT11c2xlLWtvcHVXJvch0T3J0aG9aG9wZWRpY3
… MpL0hlYWx0aC0tLUVtLVHJ2dmVtVTUtUHJldm4dC0tLUFua2xlLWluanVyaWVzLWFuZC1zdHJhaW5zLWFuZC1zcHJhaW5z
… AewkAgAIAAAABwSIAAgAAAB8CQCAAgAAAAFUJAIACAAAACRAAAAAAAAAAAAAlvHwAACXAfAAAAJEAAAAEJ
… dh8AAAE73P//6////
… wQAAAAGxiMAAGJNTEgvU3BlY2lhbHHRpZXMvQm9uZXMtSm9pbnQtYW5kLT11c2xlLUpvaW50cylhbmQtTXVzY2xcy0oT3J0aG9
… MpL0hlYWx0aC0cC1UaXBzL09ydGhvcGVkaWWMtSGVhbHRoLVRpcClBcm0NoaXZlLWluanVyaWVzLWFuZC1zdHJhaW5zLWFuZC1zc
… AAAAJySMAAoAfAkAgAIAAAABwiIAAgAAAB9CQCAAgAAAAFYJAIACAAAACRAAAAAAAAAAAAAAAl+
… HwAACX8fAAAAJEAAAAEJeR8AAAEx3P//6////
… wQAAAAG0CMAAExNTEgvU3BlY2lhbHHRpZXMvQm9uZXMtSm9pbnQtYW5kLT11c2xlLUpvaW50cylhbmQtTXVzY2xcy0oT3J0aG9
… MpL0hpcC9IaXatQXJ0aHJvc2NvcHkvarthY0FmZXcrbmVnYXRpdmUtYW5kLVlvdXItVnViVy0oT3J0aG9aGVkaWNhbC1wc29dc
… ACAAAAH4JAIACAAAAVgkAgAIAAAAJEAAAAAAAAAAACY0fAAAAAAAAAAAACY8fAAAAQmjH
… wAAAR3c///r////
… BAAAAAbkIwAATE1MSC9TcGVjaWFsdHllcy9Cb25lcy1Kb2ludC1hbmQtTXVzY2xlLXFuZC1NdXNjbGUtam9pbnQtYW5kLTXVzY2xj
… ykvSGlwL0hpcCC1GcmFjdHVyZS50LWFuZC1ieXMtSm9pbnRzLWFuZC1ycFNtjPpbnRzLWFuZC1ycFNtjPpbnRzLWFuZC1ycFNtjPp
… AAAAgAkAgAIAAAABWiIAAGhwCQCAAgAAAABQYRJYAIACAAAAAAAnx1wAACgACQCAAgAAAAAHGIgAA6gUAAAAAAAA
… AAACbofAAAJux8AAAkQAAAAAAQnBHwAAAQnc///r////
… BAAAAAb4IwAATE1MSC9TcGVjaWFsdHllcy9Cb25lcy1Kb2ludC1hbmQtTXVzY2xlLXFuZC1NdXNjbGUtam9pbnQtYW5kLTXVzY2xj
… ykvSGlwL0hpcC1SZXN1cmZhY2luZy9JZndAACoAAAAAAAACRAAAAADAAAACecjAAAAKAH8JAIACAAAAAcCaAA
… AIAAAAgAkAgAIAAAABWCQCAAgAAAAkAAAAAQAAAAJyR8AAAmsHwAAAAQnc///r////
… 8EAAAABu4jAABsTUxIL1NwZWNpYWx0aWVzL0JvbmVzLUpvaW50HMtYW5kLLU11c2NsZS1Kb2ludHlhbmQtTXVzY
… zKS9IaXAvSGlwLVJlcGxhY2VtZW50L0JvdmZlcmVdcXRpHRsZXRibmQtrmNoYW5nZXMtbmQtuXWvcCRcAAAAqAAAA
… AAAAAAQAAAAkAAAnxIwAACgCACQCAAgAAAAHGIgAAAHGIgAAOoFAAAAAAAIEJAIACAAAAVgkAgAIAAAAJEAAAAA
… AAACbofAAAJux8AAAkQnBHwAAAQnc///r////
… BAAAAAb4IwAATE1MSC9TcGVjaWFsdHllcy9Cb25lcy1Kb2ludC1hbmQtTXVzY2xlLXFuZC1NdXNjbGUtam9pbnQtYW5kLTXVzY2xj
… ykvSGlwL0hpcC1SZXN1cmZhY2luZy9JZndAACoAAAAAAAACRAAAAADAAAACecjAAAAKAH8JAIACAAAAAcCaAA
… AIAAAAgAkAgAIAAAABWCQCAAgAAAAkAAAAAQAAAAJyR8AAAmsHwAAAAQnc///r////
… 8EAAAABu4jAABsTUxIL1NwZWNpYWx0aWVzL0JvbmVzLUpvaW50HMtYW5kLLU11c2NsZS1Kb2ludHlhbmQtTXVzY
… zKS9IaXAvT3N0ZW9hcnRocml0aXMtQXJthQJpdHJpdGlzLXdoYXVzZXMtYW5kLXRyZWF0bWVudC1hbmQtNXRhAAABySQQAAoAgagkA
… gAIAAAAByCIAAgAAACDQCAAgAAAAFYJAIACAAAACRAAAAAAnYHwAACAAAACDfAAABAH12///6////
… wQAAAAGDCQAAFFNTEgvU3BlY2lhbHHRpZXMvQm9uZXMtSm9pbnQtYW5kLT11c2xlLUpvaW50cylhbmQtTXVzY2xcy0oT3J0aG9
… MpL0hpcC9SaGV1bWF0b2lkLUFydGhyaXRpcy9JFwAACoAAAAAAAACRAAAAAkQ8kAAAKAIMJAIACAAA
… AAckiAAAIAAAAhAkAgAIAAAABWCQCAAgAAAAAkQAAAAAAAAAAAJ5x8AAAnoHwAACRAAAAABCe4fAAAB69v/

124454… /+v///
… 8EAAAABhYkAABaTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsXXMtKE9ydGhvcGVkaWVzKQ9
zKS9IaXAvVG90YWwtSGlwLVVJcGxhY2VtZW50LVN0cm_1cmlbcnkvcRcAAAAqAAAAAAAAAAkQAAAACAAAAAkZJAAA
CgCECQCAAgAAAAHKIgAACAAAAIUJAIACAAAAVwkAgAIAAAAJEAAAAAAAAAAAAAACfYfAAAJ9x8AAAkQAAAAA
Qn9HwAAAeHD///r////
… BAAAAAYgJAAAek1MSC9TcGVjaaWFsdGllcy9Cb25lc1-cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljjc
ykvSm9pbnbQtUmVwbGGFjZW1lbnQtU3VyZ2VyeS83LVdheEMtdGG8tSW1wcm92ZZS1Zb3VyLVN1cmdpY2FsLVN1Y
Nlc3MvCRcAAAAqAAAAAAAAAAkQAAAAAQAAAAkjJAAACgCFCQCAAgAAAAHLIgAACAAAAIYJAIACAAAAVwkAgAI
AAAAJEAAAAAAAAAAAAAAACQUgAAAAJbiAAAAkQAAAAAQKMIAAAAdfb///r////
… BAAAAAYgJAAAZU1MSC9TcGVjaaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljjc
ykvSm9pbnbQtUmVwbGGFjZW1lbnQtU3VyZ2VyeS9Kb2ludC1SZXBsYWNlbWVudHMtCRcAAAAqAAAAAAAAAAkQAA
AAAgAAAAktJAAACgCGCQCAAgAAAAHMIgAACAAAAIcJAIACAAAAVwkAgAIAAAAJEAAAAAAAAAAAAAAACRQgAAAA
JFSAAAAAkQAAAAAQkbIAAAAc3b///r////
… BAAAAAY0JAAAbE1MSC9TcGVjaaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljjc
ykvSm9pbnbQtUmVwbGGFjZW1lbnQtU3VyZ2VyeS9SZWhhYi1BZnRlci1Kb2ludC1UZXJsbmZXdVVBKEVAAAAKgAAAA
AAAAAAEAAAAAAAAAAAJNyQAAAoAhwkAgAIAAAABzyIAAAgAAAACNCQCAAgAAAIgJAIACAAAACRAAAAAAAAAAAAAAAAA
AAAkjIAAACSQgAAAJEAAAAAAEJKiAAAAHD2///6////
… wQAAAAGPiQAAFBNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvQUNMVlJlY29uc3RydWN0aW9uLUV4YXJjaXNlcy1UaGF0LXlvdS1jYW4tZG8tYXQtaG9tZS9
BziIAAAgAAAACMCQCAAgAAAAIgJAIACAAAACRAAAAAAAAAAAAAAAAAAkyIAAACTMgAAAAJEAAAAAAEJOSAAAAG52///
… 6////
… wQAAAAGSCQAAGJNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvQW50ZXJpb3It3Q3J1Y1hdGUtGUtTGlnYW1lbnQtQUNMVlRlY3JzLWtXAAAAKgAAAAAAAAAAEAAAAAI
AAAAJSyQAAAoAjAkAgAIAAAABzyIAAAgAAAACNCQCAAgAAAAIgJAIACAAAAACRAAAAAAAAAAAAAAAAAAlBIAAACUIg
AAAJEAAAAAAEJSCAAAAGv2///6////
… wQAAAAGUiQAAE5NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvUs251ZS1BcnRocm9zY29weeS8JFwAAACoAAAAAAAAAACRAAAAADAAAACVUkAAAKAI0JAIACAAAAdA
iAAAIAAAAAjgkAgAIAAAACICQCAAgAAAAkQAAAAAAAAAAAJUCAAAAlRIAAACRAAAAAABCVCgAAABpdv//+v/
… //
… 8EAAAABlwkAABMTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsXXMtKE9ydGhvcGVkaWVzKQ9
zKS9LbmVlL0tuZWUtUGFpbi1RdWl6Lwkk1hXAAAAKgAAAAAAAAAJEAAAAAQAAAAJXyQAAAoAjkAgAIAAAAB0SI
AAAgAAAACPCQCAAgAAAAIgJAIACAAAACRAAAAAAAAAAAAAAlfIAAAACWAgAAAAJEAAAAAAEJZiAAAAGb2///6////
… wQAAAAGZiQAAG5NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvUs251ZS1S1SZXBsYWNlbWVudC1hdC11MaXR0bGGV0b24td24t24tQWR2ZW50aXNoLUhvc3BpdGFsLwkk
AAAAAAEJAAAAUAAAAJaSQAAAoAjwkAgAIAAAAB0iIAAagAAAACQCQCAAgAAAAxIgJAIACAAAACRAAAAAAAAAA
AAAAAluIAAACW8gAAAJEAAAAAEJdSAAAAGR2///6////
… wQAAAAGcCQAAExNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvTWVuaXNjdXMtVGVhcnMvCRcAAAAqAAAAAAAAAAkQAAABgAAAAlzJAAACgCQCQCAAgAAAAHTIgA
ACAAAAJEJAIACAAAAAiAkAgAIAAAAAACCQCAAgAAAACX0iAAAAYfiAAAAkQAAAAAQAAAABgEIAAAAYfb///r///
… BAAAAAZ6JAAAATE1MSC9TcGVjaaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljjc
ykvS251ZS9Pc3Rlb2FydGhyaXRpcy8JFwAAAACoAAAAAAAAAAHAAAAAAAAACX0kAAAKAJEJAIACAAAAdQiAA
AIAAAAkgkAgAIAAAACICQCAAgAAAAAAAJjCAAAmNIAAACRAAAAABCZMgAAABfdv//+v///
… 8EAAAABoQkAABeTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsXXMtKE9ydGhvcGVkaWVzKQ9
zKS9LbWVlL1BhcnmRpYWwtS251ZS1S1SZXBsYWNlbWVudC1dC1TdXJnZXJ5L5wkAgAIAAAAaJEAAAAgAAAAJ
hyQAAoAkgkAgAIAAAAB1SIAAAgAAAACTCQCAAgAAAAxIgJAIACAAAACRAAAAAAAAAAmbIAAACZwgAAAJE
AAAAAEJoiAAAAFz2///6////
… wQAAAAGjiQAAFxNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL0tuZWUvVG90YWwtS251ZS1SZXBsYWNlbWVudC1TdXJnZXJ5L5wkAgAIAAAAaJEAAAAAkAAAAJkSQ
AAAoAkwkAgAIAAAAB1iIAAagAAAACUCQCAAgAAAAxIgJAIACAAAACRAAAAAAAAAAmqIAAACasgAAAJEAAA
AAEJsSAAAAAFp2///6////
… wQAAAAGmCQAAFZNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL1Nob3VsZGVyL0Rpc2xvY2F0ZWQtU2hvdWxkZXIvCRcAAAAqAAAAAAAAAJEAAAAEAAAAJmyQAAoAlAk
AgAIAAAAB1yIAAagAAAACVCQCAAgAAAAIkJAIACAAAACRAAAAAAAAAAAAAAm5IAAAcbogAAAJEAAAAAEJwCAA
AAFf2///6////
… wQAAAAGoiQAAFNNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL1Nob3VsZGVyL1JvdGF0b3ItU3VmZi1UZWFyLwkAAAAqAAAAAAAAAJEAAAAAAAAJpSQAAAoAlQkAgAI
AAAAB1iIAAagAAAACnIIAACckgAAAJEAAAAAEJzyAAAAAFV2///6////
… wQAAAAGrCQAAFZNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL1Nob3VsZGVyL1Nob3VsZGVyLUFydGhyb3Njb3B5LwkAAAAqAAAAAAAJEAAAAAMAAAAJryQAAoAlgk
AgAIAAAAB1iIAAagAAAACnXIAAAdCdgAAAJEAAAAAEJ3iAAAAAFL2///6////
… wQAAAAGtiQAAFVNTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3Mp
MpL1Nob3VsZGVyL1Nob3VsZGVyLVN1cGF0eYXRpb24tU3VyZ2VyeS8JFwAAAACoAAAAAAAAAAkQAAAAABAAAAnt5JAAA
CAAgAAAAHaIgAAAgAAAAiQkAgAIAAAAAiQkAAAqkQAAAAACeYgAAJ5yAAAAkQAAAAAQntIAAA
AUHb///r////
… BAAAAAbJAAAXE1MSC9TcGVjaaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljjc
ykvU2hvdWxkZXIvVG90YWwtU2hvdWxkZXItUmVwbGFjZW1lbnQvCRcAAAAqAAAAAAAAAkQAAABQAAAAnDJA

124454… AACgCgCQCAAgAAAAnHtgAACAAAAJkJdATACAAAAigkAghATAAAAJTAAAAAAAAAAAACTUgAAAJ9iAAAAkQAAA
… AAQn8IAAAATfb///r////
… BAAAAAbKJAAAX01MSC9TcGVjaWWFsdGllcy9Cb25lcywcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B1ZGljljc
… ykvU3BvcnRzLU1lZGljjaW5lLL0NvbmRpdbnMtmTV2UtVHJlYXQoMSkvCRcAAAAgAAAAAAAAAkQAAAAAQAAAA
… nNJAAACgCZCQCAAgAAAAHcIgAACAAAAJoJAIACAAAAigkAgAIAAAAJEAAAAAAAAAAAAACQQhAAAJBSEAAAk
… QAAAAAQkLIQAAAS3b///r////
… BAAAAAbUJAAAaE1MSC9TcGVjaWWFsdGllcy9Cb25lcywcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3B1ZGljljc
… ykvU3BvcnRzLU1lZGljjaW5lLL1RpcHMtZm9yLVN0YXlpbmctmctU2FmZS5lpbi1TcG9ydHMtMSkvCRcAAAAgAAAAAAAAA
… kQAAAAgAAAAnXJAAACgCaCQCAAgAAAAHdIgAA6gUAAAEo2///2vf//
… wAAAAABAAAASx0AAAAAAAB6CgCAAgAAAAkZIQAAASbb///r////
… AQAAAAkcIQAACRcAAAAqAAAAAAAAAAkQAAAAQAAAAneJAAACRAAAAAABxkAgAIAAAAB3iIAAOoFAAABINv//
… 9r3//8AAAAAQAAAL4eAAAAAAAAaegoAgAIAAAAJJyEAAAEe2///6////
… wEAAAAJKiEAAAkXAAAAkQAAAAAAAAAAJEAAAAAAAAAJ5iQAAAkQAAAAAgZAIACAAAAAd8iAADqBQAAARjb//
… /a9///AAAAAAEAAABNHQAAAAAAAHoKAIACAAAACTUhAAABFtv//+v///
… 8BAAAACTghAAAJFwAAACoAAAAAAAAACRAAAAADAAAACe4kAAAJEAAAAAAJGQCAAgAAAAHgIgAA6gUAAAEQ2//
… /2vf//wAAAAABAAAAwB4AAAAAB6CgCAAgAAAAlDIQAAAQ7b///r////
… AQAAAAlGIQAACRcAAAAqAAAAAAAAAAkQAAAABAAAAn2JAAACRAAAAAAAAChkAgAIAAAAB4SIAAOoFAAABCNv//
… 9r3//8AAAAAQAAAMIeAAAAAAAAaegoAgAIAAAAJUSEAAAAEG2///6////
… wEAAAAJVCEAAAkXAAAAkQAAAAAAAAAAJEAAAAAUAAAAJ/iQAAAAAAAAsZAIACAAAAeIiAADqBQAAAQDb//
… /a9///AAAAAAAADEHgAAAAAAAHoKAIACAAAACV8hAAAB/tr//+v///
… 8BAAAACWIhAAAJFwAAACoAAAAAAAAACQYIAAAAMGQCAAgAAAAHjIgAA6gUAAAH42v//
… /2vf//wAAAAAAAAAxh4AAAAAB6CgCAAgAAAAltIQAAAfba///r////
… AQAAAAlwIQAACRcAAAAqAAAAAAAAAAkQAAAABwAAAAkOJAAAC5CIAAOoFAAAB8Nr//
… 9r3//8AAAAAQAAAM4eAAAAAAAAaegoAgAIAAAAJeyEAAAHu2v//6////
… wEAAAAJfiEAAAkXAAAAkQAAAAAAAAAAJEAAAAkAAAAJFiUAAAkQAAAAAA8ZAIACAAAAeUiAADqBQAAAeja//
… /a9///AAAAAAEAAADQHgAAAAAAAHoKAIACAAAACYkhAAAB5tr//+v///
… 8BAAAACYwhAAAJFwAAACoAAAAAAAAACR4lAAAAADR4lAAAAAQGQCAAgAAAAHmIgAA6gUAAAHg2v//
… /2vf//wAAAAABAAAA1ygAgAIAAAA6CgCAAgAAAAmXIQAAAd7a///r////
… AQAAAmaIQAACRcAAAAqAAAAAAAAAAkQAAAAcWAAAAkAAAACRAAAAAAAAEkkAgAIAAAAB5yIAAOoFAAAB2Nr//
… 9r3//8AAAAAQAAAOQbAAAAAAAAgQoAgAIAAAAJpSEAAAHW2v//6////
… wEAAAAJqCEAAAkXAAAAkQAAAAAAAAAAJEAAAAAEAAAAJLiUAAAAAAAAAAJLiUAAAACbMhAAAABztr//+v///
… 8BAAAACbYhAAAJFwAAACoAAAAAAAAACRAAAAAAAAAACTYlAAAAAD6GACAAgAAAAHpIgAA6gUAAAHI2v//
… /2vf//wAAAAABAAAAwBwAAAAAAC2CQCAAgAAAAnBIQAAAcba///r////
… AQAAAAnEIQAACRcAAAAqAAAAAAAAAAkQAAAAAAAAAtgkAgAIAAAAJzyEAAAG+2v//6////
… 9r3//8AAAAAQAAAK0eAAAAAAAAtgkAgAIAAAAJpSEAAAHW2v//wEAAAAJ
… wEAAAAJ0iEAAAkXAAAAkQAAAAAAAAAAJEAAAAiAAAAJRiUAAAkQAAAA4P4YAIACAAAAeiiAADqBQAAAbja//
… /a9///AAAAAAEAAAACyHAAAAAAAAALYJAIACAAAACd0hAAABttr//+v///
… 8BAAAACeAhAAAJFwAAACoAAAAAAAAACRAAAAAADAAAACU14lAAAAAlWJQAACAAAAAluWJQAAAAAAlWJQAAAAAA
… 9r3//8AAAAAQAAALocAAAAAAAAtgkAgAIAAAAJ+SEAAAGm2v//6////
… CEAAAkXAAAAkQAAAAAAAAAAJEAAAAUAAAAJXiUAAAkQAAAAEZAIACAAAAAe4iAADqBQAAAaDa//a9///
… AAAAAAEAAAABHgAAAAAAAAgLJAIACAAAACQciAAAABntr//+v///
… 8BAAAACQoiAAAJFwAAACoAAAAAAAAACRAAAAAADAAAACWYlAAAAAa6gUAAAGY2v//
… /2vf//wAAAAABAAAAZR4AAAAAAAC4CQCAAgAAAAluJQAACAAAAAluJQAAAAAA/
… BgAgAIAAAAB8CIAAgAAABQCgCAAgAAAAEMKAIACAAAACRAAAAAAAAAAAAAAAAkdIgAACR4iAAAAJEAAAAAAAEJJC
… IAAAGM2v//6////
… wQAAAAGdSUAClNTEgvU3BlY2lhbHHRpZXMvSW50ZXJpZXW50ZXJpZXW50ZXJpZXWswaW9uyWWwsUmFkaW9sb2d5LwbWd2d5LwbWXXAAAAKgAAAAAAAA
… AJEAAAAaEAAAABJeCUAAAoAUAoAgAIAAAAB+
… iIAABkAAAAJZRQAAAAAAAAQQjjAAAAAACWUUAAAAAACWUUAAAAAACWUUAAELIwAAAGQAAAAAllFAAAAAAAAAAAAAA
… ABEyMAABkAAAAJZRQAAAAAAAAAAAARsjAAAAZAAAACWUUAAAAAACWUUAAAAAAAAAAAAEjIwAAGQAAAAAllFAAAAAAAAAA
… AAAABKyMAABkAAAAJZRQAAAAAAAAAAATMjAAAZAAAACWUUAAAAAACWUUAAAAAAAE7IwAAGQAAAAllFAAAAAAAAAA
… AAAAABQyMAABkAAAAJZRQAAAAAAAAAAAUsjAAAAZAAAACWUUAAAAAACWUUAAAAAAAFTIwAAGQAAAAllFAAA
… AAAAAAAAAABWyMAABkAAAAJZRQAAAAAAAAAAAWMjAAAZAAAACWUUAAAAAACWUUAAAAAAAFrIwAAGQAAAAllFAAA
… AAAAAAAAAAABcyMAABkAAAAJZRQAAAAAAAAAAAXsjAAAZAAAACWUUAAAAAACWUUAAAAAAAGDIwAAGQAAAAl
… lFAAAAAAAAAAAAABiyMAABkAAAAJZRQAAAAAAAAAAAAZMjAAAAZAAAACWUUAAAAAAAAAAAGbIwAAGQAAAAl
… AAllFAAAAAAAAAAAAABoyMAABkAAAAJZRQAAAAAAAAAAAaasjAAAAZAAAACWUUAAAAAACWUUAAAAAAAG1IwAAG
… QAAAAllFAAAAAAAAAAAAABvyMAABkAAAAJZRQAAAAAAAAAAAAckjAAAZAAAACWUUAAAAAAAAAAAHTIw
… AAGQAAAAllFAAAAAAAAAAAAAB3SMAABkAAAAJZRQAAAAAAAAAAAaecjAAAZAAAACWUUAAAAAAAAAAAAAAAAAH
… xIwAAGQAAAAllFAAAAAAAAAAAAAB+
… yMAABkAAAAJZRQAAAAAAAAAAAQUkAAAZAAAACWUUAAAAAAAAAAAAAAAAAEPJAAAGQAAAAllFAAAAAAAAAAAAAA
… ABGSQAABkAAAAJZRQAAAAAAAAAASMkAAAZAAAACWUUAAAAAAAAAAAEtJAAAGQAAAAllFAAAAAAAAAAAAAA
… AAAABNyQAABkAAAAJZRQAAAAAAAAAAAUEkAAAAZAAAACWUUAAAAAAAAAAAAAFLJAAAGQAAAAllFAAAAAAAAAAAAAA
… AAAAABVSQAABkAAAAJZRQAAAAAAAAAAAV8kAAAZAAAACWUUAAAAAAAAAAAAFpJAAAGQAAAAllFAAAA
… AAAAAAAAAABcyQAABkAAAAJZRQAAAAAAAAAAX0kAAACAAAAAlWJQAAAAAAGHJAAAGQAAAAllFA
… AAAAAAAAAAABkSQAABkAAAAJZRQAAAAAAAAAAAZskAAAAZAAAACWUUAAAAAAAAAAAGlJAAAGQAAAAl

... 1FAAAAAAAAAAAAAAAABHJy0aAbKkAAACg90QAAAAAAAAARAAkRRhBkYdAkZPAAAAACWUUAAAAAAAAHDJAAAGQAA
... AAllFAAAAAAAAAAAABzSQAABkAAAAJZRQAAAAAAAAAAAAAAdckAAAZAAAACWUUAAAAAAAAAAAAHeJAAAG
... QAAAAllFAAAAAAAAAAAAB5iQAABkAAAAJZRQAAAAAAAAAAAAAe4kAAAZAAAACWUUAAAAAAAAAAAAAH2JA
... AAGQAAAAllFAAAAAAAAAAAAAB/
... iQAABkAAAAJZRQAAAAAAAAAAAAAQYlAAAZAAAACWUUAAAAAAAAAAAAEOJQAAGQAAAAllFAAAAAAAAAAAA
... ABFiUAABkAAAAJZRQAAAAAAAAAAAAAAR4lAAAZAAAACWUUAAAAAAAAAAAAEmJQAAGQAAAAllFAAAAAAAAAA
... AAAAABLiUAABkAAAAJZRQAAAAAAAAAAAAAATYlAAAZAAAACWUUAAAAAAAAAAAAAE+
... JQAAGQAAAAllFAAAAAAAAAAAABRiUAABkAAAAJZRQAAAAAAAAAAAAAU4lAAAZAAAACWUUAAAAAAAAAAAA
... AFWJQAAGQAAAAllFAAAAAAAAAAAABxiUAABkAAAAJZRQAAAAAAAAAAAAAWYlAAAZAAAACWUUAAAAAAAAAAA
... AAAAFuJQAAGQAAAAllFAAAAAAAAAAAABeCUAABkAAAAJZRQAAAAAAAAAAAACx8CZx8DAgZkFgJmD2QWBAI
... BDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMSI+
... ZAIDD2QWDGYPZBYEZg8VBByvTUxIL0hvbWUvU3BlY2lhbHRpZXMvAAVfc2VsZgtTcGVjaWFsUCAQ9kF
... gJmDw8WBB8CZx8DAhVkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
... ZAIDD2QWKmYPZBYEZg8VBByvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvAAVfc2VsZggpCaXJ0aFBsYWNlZ
... AIBD2QWAmYPDxYEHwJnHwMCDmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZB
... YcZg9kFgJmDxUEDCNQcmVSZWdNb2RhbAFX3NlbGYXQmlydGhwbGFjZSBQcmUtUmVnaXN0ZXIgWyZ8
... VBDEvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvQWJvdXQtVGhlLUJpcnRoUGxhY2UvAAVfc2VsZxRBYm91
... dCBUaGUgQmlydGhQbGFjZWQCAg9kFgRmDxUELS9NTEgvU3BlY2lhbHRpZXMvQmlydGhwbGFjZS9CaXJ0aC1EY
... XktV2lzaGVsZwAFX3NlbGYQQmlydGhpGGgRGF51Fdpc2hlc2QCAg9kFgJmDw8WBB8CZx8DAgJkFgJmD2QWBAIBDx
... YCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItNCI+
... ZAIDD2QWBGYPZBYEZg8VBByvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvQmlydGdtRGF5L1Vdpc2hlcy9Qc
... mVwYXJpbmctZm9yLURlbGl2ZXJ5L1NjaGVkdWxlLcGFyaW5nIGZvciBEZWxpdmVyeSBEYXlkAgEPZBYCZg
... 8VBFgvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvQmlydGdtRGF5L1Vdpc2hlcy9CZXN0LVJvdXRlLXRvLUx
... pdHRsZXRvLWl3BZHZlbnRRpc3QtSG9zcGl0YWwvAAVfc2VipCZXN0IFJvdXRlIlHRvIExpdHRsZXRvbiBBZHZl
... bnRpc3QgSG9zcGl0YWxkAgMPZBYEZg8VBDIvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvQnZnJ1YXN0ZmVlZ
... GluZy1TdXBwb3J0L0wAFX3NlbGYQV3QnJ1YXN0ZmVlZGluZyBTdXBwb3J0IAIBD2QWAmYPDxYEHwJnHwMCAWQWAm
... YPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci00Ij5kAgMPZBYCZg9kFgJmDxUEWS9NTEgvU3BlY2l
... hbHRpZXMvQmlydGhQbGFjZS9CcmVhc3RmZWVkaW5nLU5LN1LVN1cHBvcnQvTGFjdGF0aW9uLWNsYW5pc3MvTFM1JbmRp
... dmlkdWFFsLVN1cHBvcnQvQvAAVfc2VsZipMYWN0YXRpb24gQ2xpcyBJbmRpdmlkdWFsLVN1cHBvcnT1cHBvcnRAsAg
... nRkAgQPZBYEZg8VBD0vTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvQnZnRGVsaXZlcmluZy1hdC1MaXR0bGV0b2
... 4tSG9zcGl0YWwvAAVfc2VsZiBEZWxpdmVyaW5nIGF0IExppdHRsZXRvbiBGb3NwaXRhbGQCAQ9kFgJmDw8WBB8
... CZx8DAgVkFgZmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItNCI+
... ZAIDD2QWCmYPZBYEZg8VBFQvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvRGVsaXZlcmluZy1hdC1MaXR0b
... GV0b24tSG9zcGl0YWwvQmVsbGEtQ2FtZXIlS1QaG90b2dyYXBoeS8ABV9zZWxmWFkJlbGxhIENhbWVyYSBQaG90b2
... FwaHlkAgEPZBYCZg8VBEwvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvRGVsaXZlcmluZy1hdC1MaXR0bGV0b24t
... SG9zcGl0YWwvUGFja2luZy15b3VyLWJhZ3MvAAVfc2VsZg5MZWFybiBBYmi5BYm91dC1QYWNraW5nLVlvdXItQmFnc
... 0b24tSG9zcGl0YWwvTGVhcm4tQWJvdXRfVXAtVGhlLTBpcnRoLVBYbiBkTGNlYXJuIEFib3V0IFVwIFRoZSBCaXJ0aC
... BpbWctYmFnTGd1ZXNzbm9zLNVyLWVwaWRldXJhbHMvTGVhcm4gQWJvdXQgRmVhdXJlIFJvdXRlIEphYm5zZIH
... TEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9EZWxpdmVyaW5nLWF0LUxpdHRsZXRvbi1Ib3NwaXRhbC9SZXR1cm4
... TAtUmVhc29uuy110byl1EZWxpdmVyLWF0LUxpdHRsZXRvbi8ABV9zZWxmJlRvcCAxMCBSZWFzb25zIHRvIERlbG
... l2ZXIgYXQgTGl0dGxldG9uIAIDD2QWAmYPFGRLL01MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL1RldbGl2ZXJ
... pbmctYXQtTGl0dGxldG9uLUhvc3BpdGFsL1doYXQtVG8tEXpBjdmVsAAVfc2VsZg1XaGF0IFRvIEJyaW5nZnI2AE
... D2QWAmYPFQRLL01MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL0RlbGl2ZXJpbmctYXQtTGl0dGxldG9uLUhvc
... 3BpdGFsL1doe3S1UYWt1LU91ci1CaXJ0aC1DbGFzc2VzLS8ABV9zZWxmG1doeS5BYWtlIE91ciBCaXJ0aCBDbG
... Fzc2VzP2QCBQ9kFgJmDxUEUC9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9MaXRrbGV0b24tTG92ZXMtTGl
... 0dGxlLU9uZXMtQ29udGVzdC1XaW5uZXJzLUdhbGxlcnkvAAVfc2VsZjNMaXR0bGV0b24gTG92ZXMgTGl0dGxl
... IE9uZXMgQ29udGVzdCBXaW5uZXJzIEdhbGxlcnkkAgZPZBYCZg9VBC8vTWF0ZXJuaXR5LWNhcmUvTWVkaWNpbm
... mUtSGlnaC1yaXNrLVByZWduYW5jeS9MZWRpY2FsLXNlcnZpY2VzLAAVfc2VsZjNMZWFpYbiBBYm91dCBNZWRpY2Fs
... NrIFByZWdnYW5jeSAIAHD2QWAmYPFQQ9L01MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL0llZXQtT3VyLVB
... oeXNpY2lhbnMtYW5kLU1pdZHdpdmVzLwAFX3NlbGYgTWVldCBPdXIgUGh5c2ljaWFucyBhbmQgTWlkd2l2ZXNk
... AggPZBYCZg8VBD4vTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY20vTmVvbmFt0YWwtSW50ZW5zaXZlLUNhcmUtV
... W5pdC1OSUNVLWFX3NlbGYhTmVvbmF0YWwgSW50ZW5zaXZlIENhcmUgVW5pdCBOSUNVZAIJD2QWBGYPFQRKL0
... 1MSC9TcGVjaWFsdGllcy9CaXJ0aFBsYWNlL1BlcmluYXRhbC1DYXJlL1UNlbnRlci1mb3ItSGlnaC1SaXNrLVB
... yZWduYW5jeS8ABV9zZWxmLVBlcmluYXRhbCBDDYXJlIENlbnRlciBmb3IgSGlnaCBSaXNrIFByZWduYW5jeWQC
... AQ9kFgJmDw8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItNCI+
... ZAIDD2QWAmYPZBYCZg8VBGsvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY3UvUGVyaW5hdGFsLUNhcmUtUtQ2Vud
... GVyLWZvci1IaWdoLVJpc2stUHJlZ25hbmN5L1ByZWduYW5jeS1Mb3NzLVNwaXJpdHVhbC1TdXBwb3J0LWAFX3
... NlbGYgUHJlZ25hbmN5IExvc3MgU3Bpcml0dWFsIFN1cHBvcnRBYPZBYEZg8VBDYvTUxIL1NwZWNpYWx0aWV
... zL0JpcnRoUGxhY2UvUHJlbmF0YWwtLS1JbmZhbnQtQ2xhc3Nlcy9ABV9zZWxmHVByZW5hdGFsIENhbXdJE1u
... ZmFudCBDbGFzc2VzZAIBD2QWAmYPDxYEHwJnHwMCDmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtd
... Gllci00Ij1JbkAgMPZBYCZg9kFgJmDxUEYS9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1Jbm
... ZhbnQtQ2xhc3Nlcy9yMXN0LUNlbnR1cnktR3JhbmdmcmVYXJ1bnRzLVNlbGGYZMJFzdCBDZW50dXJ5IEdyYW5
... kcGFyZW50c2QCAQ9kFgZmD2QWUEPi9NTEgvU3BlY2lhbHRpZXMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQt
... Q2xhc3Nlcy9CYWJ5LUNhbmZmUvAAVfc2VsZgjCYWJ5IFNhZmV0eQIBD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0
... 0JpcnRoUGxhY2UvUUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQm9vdC1DYW1wLWZvci1OZXctRGFkcy8ABV9zZW
... xmFkJvb3QgQ2FtcCBmb3IgTmV3IERhZHNkAgMPZBYCZg8VBEgvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2Uv
... UUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQnJlYXN0ZmVlZGluZy1bDbGFzcy8ABV9zZWxmE0JyZWFzdGZlZWRp
... bmcgQ2xhc3NkAgQPZBYEZg8VBFEvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5mYW50
... LUNsYXNzZXMvQmluJlXN0aW5nLUNlbnN1cmtzR3JhbnZmcmVYXJ1bnRzL1NlbGYYZ2dGFzcBhsaBcBYNpc3QtG
... ... 9ydCBDbGGluaWNAkAgUPZBYCZg8VBEcvTUxIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5m

124454... 0LUns4Nn2zkRvQ21pbcRiaxJbac1HeHByZXNzLwFrX5N1bGcY9Q2HpDGRiaxJ0aCBrehByZXNzZAIGD2QWAmYP
FQRJL01MSC9TcGVjaWFsdGllcy9CaXJ0aAFBsYWNlL1ByZW5hdGFsLUluZmFudC1DbGFzc2VzL0NoaWxkYmlyd
GgtRmFzdFRyYWNrLwAFX3N1bGYtUQ2hpbGRiaXJ0aCBGYXN0UVHJhY2tAgcPZBYCZg8VBEUvTUxIL1NwZWNpYW
x0aWVzL0JpcnRoUGxhY2UvUHJlbmF0YWwtSW5mYW50LUNsYXNzZXMvQ29tZm9ydC1NZWFzdXJlcy8BAV9zZWx
mKUNoaWxkYmlydGggUHJlcGFyYXRpb24gLSBDb21mb3J0IE11YXN1cmVzZAIID2QWAmYPFQRJL01MSC9TcGVj
aWFsdGllcy9CaXJ0aAFBsYWNlL1ByZW5hdGFsLUluZmFudC1DbGFzc2VzL0NoaWxkYmlydGgtUHJlcGFyYXRpb
24tLS1UcmFkaXRpb25hbC08ABV9zZWxmIENoaWxkYmlydGggUHJlcGFyYXRpb24gLSBUcmFkaXRpb25hbCBGQQ
9kFgJmDxUEVy9NTEgvU3BlY2lhbHRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9DaGl
sZGJpcnRoLVByZXBhcmF0aW9uLS0tUmVmcmVzaGVyLwAFX3N1bGYiQ2hpbGRiaXJ0aCBQcmVwYXJhdGlvbiBt
IFJlZnJlc2hlcmQCCg9kFgJmDxUEVy9NTEgvU3BlY2lhbHRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhb
nQtQ2xhc3Nlcy9DaGlsZGJpcnRoLVByZXBhcmF0aW9uLVUZWVucy8BAV9zZWxmIENoaWxkYmlydGggUHJl
JlcGFyYXRpb24gZm9yIFRlZW5zZAILD2QWAmYPFQRJL01MSC9TcGVjaWFsdGllcy9CaXJ0aAFBsYWNlL1ByZW5
hdGFsLUluZmFudC1DbGFzc2VzL0luZmFudC1DYXJlLUNsYXNzZXMvLwAFX3N1bGYiSW5mYW50IENhcmUgQ2xhc
3NlcyBGQQ9kFgJmDxUEVy9NTEgvU3BlY2lhbHRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3N
lcy9QYXJpbmctLS1DbGFzc2VzLwAFX3N1bGYiUGFyZW50aW5nIENsYXNzZXNkFgJmDxUEVy9NTEgvU3BlY2lhb
HRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9TaWJsaW5nLUNsYXNzZXNkFgJmDxUEVy9
NTEgvU3BlY2lhbHRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1JbmZhbnQtQ2xhc3Nlcy9Ub3VyLS0tQW5kLUJ2a
Ja2luY2XLkE9iciBSZXpZpZXdzZLU9Cr1l0ZAIND2QWAmYPFQQoL01MSC9TcGVjaWFsdGllcy9CaXJ0aAFBsYWNlL1R
ha2UtY51Ub3VyLwAFX3NlbGYiUGFzZSBhIFRvdXJkAgEPZBYCEg8VBDcvTUxIL1NwZWNpYWx0aWVzL0JvdmNz
LC1Kb2ludHMtYW5kLUluc2NZXMt3J0aG9wZWRpY3MyVszilCb251cywgbnRzAw1ZhXA7IE11c
2NsZXMgKE9ydGhvcGVkaWNzKWQCAg9kFgJmDxWBB8CZx8DAg1kFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz
0ibmF2LXRpZXXItMyI+

ZAIDD2QWGmYPZBYCZg8VBEsvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLUluc2NZXMt3J0aG9
GhvcGVkaWNzKS9Ccm9rZW4tQ29sbGFyYm9uZS8BAV9zZWxmEUJyb2t1biBDb2xsYXJib25lRUZMIiIvU3BlY2l
RNL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljcykvQ29uZGl0
0aW9ucy1XZS1UcmVhdC8BAV9zZWxmIE0NvbmRpdGlvbnMgV2UgVHJlYXRkAgEPZBYCZg8PQfAmcfAwICZBYC
Zg9kFgQCAQ8WAh8BABRc8dWwgY2xhc3M9Im5hbeXIlnQtPmMQCAw9kFgRmD2QWAmYPFQRJL01MSC9TcGVja
WFsdGllcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljcykvQ29uZGl0aW9ucy1XZS1Ucm
VhdC9Jvdy1Gb3J1YXJtLS0tS0Jvd3JpsQlvZSVzbC1FbGJvdy9pdGByb3J1YXVzIIXYjLTFKdyaXN0ZAIBD2Q
WAmYPFQRaL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljyWlvL0h
pcC1BcnRocm9zY29weWeS8ABV9zZWxmIENvbmRpdGlvbnMgV2UgV3JlYXRkAgEPZBYCZg8VBEUvTUxIL1NwZW
ZXMvQm9uZXMtLC1Kb2ludHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWNzKS9IaWFuAVfc2VzHRRnRob3BlZGl
3NlbGYiNSNSYUNGV0JVSUNCV0djaY2lUZXZvbXBuZGV1YTFwYXlbbnRrAgEPZBYCZg8VBGoVTUxIL1NwZWNpYWx
0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWNzKS9IaXAtRnJhY3R1cmVzLC9IaXAtZn
JhY3R1cmVzLC9IaXAtRnJhY3R1cmVzLC9IaEXA1IEFua2xlZAIGD2QWA
mYPFQRKL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvRG
lzY1SZXBsYWN1bWVudC8BAV9zZWxmEERpc2MgUmVwbGFjZW1lbnRrAgMPZBYCZg8VBEUvTUxIL1NwZWNpYWx0
0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWNzKS9IZWFsdGgtVGlwcy8BAV9zZWxm
C0hlYWx0aCBUaXBZZAIBD2QWAmYPDXYEYEHwJnHwMCAWQWAmYPZBYCEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtd
Gllci00Ij5Ik5AgMPZBYCZg9kFgJmDxUEVy9NTEgvU3BlY2lhbHRpcZMvQmlydGhQbGFjZS9QcmVuYXRhbC1J
xlcy0oT3J0aG9wZWRpYyMpL0hlYWx0aC1UaXBZL09ydGhvcGVkaWMtSGVhbHRoLVRpcC1BcmNoaXZlL1wFX3N
lbGYdT3J0aG9wZWRpYBIZWFsdGggVGlwIEFyY2hpdmVkAgQPZBYCZg8VBD0vTUxIL1NwZWNpYWx0aWVzL0Jv
bmVzLC1Kb2ludHMtYW5kLU11c2NZXMtKE9ydGhvcGVkaWNzKS9IaXAvAAVfc2VzZg9IaXAgSW1waW5nZW1lbn
gQfAmcfAwIIZBYCZg9kFgQCAQ8WAh8BABRc8dWwgY2xhc3M9Im5hdi10aWVyLTUiPmMQCAw9kFhBmD2QWAmYPFQ
RNL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvSGlwL0h
pcC1BcnRocm9zY29weeS8ABV9zZWxmE0hpcCBBcnRocm9zY29weeQCAg9kFgRmD2QWAmYPFQRjL01MSC9TcGV
ZXMvQm9uZXMtLC1Kb2ludHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWNzKS9IaXAvSG1wLURpc2xvY2F0aW9uL0J
3NlbGYdSG1wIERpc2xvY2F0aW9uZAILD2QWAmYPFQQoL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbnRzLwF
QtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL0hpcC9IaXAtSW1waW5nZW1lbnQvAAVfc2VzZg9IaXAgSW1waW5na
lbnRkAgEPZBYCZg8VBG0vTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2NsZXMtKE9ydGhv
cGVkaWNzKS9IaXAvSG1wLVJlcGxhY2VtZW50LUUxpdHRrVQ2xlbnRzL3QtSG9zcGl0YWwvAAVfc
2VsZi9IaXAgUmVwbGFjZW1lbnQgXQgTG10dGxldG9uIEhvc3BpdGFsQCBA9kFgJmDxUEVy9NTEgvU3BlY2lhbHR
3NlbGY4SGlwIEVyYW0O0dXJ1c2QCAg9kFg1mDxUETS9NTEgvU3BlY2lhbHRpcZMvQm9uZXMtLC1Kb2ludHMtQ
tWuvzdXJmYWNpbmcvAAVfc2VzZg9IaXAgUmVzdXJmYWNpbmdAgUPZBYCZg8VBFYvTUxIL1NwZWNpYWx0aWVzL
L0JvbmVzLC1Kb2ludHMtYW5kLU11c2NZXMtKE9ydGhvcGVkaWNzKS9IaXAvT3N0ZW9hcnRocml0aXMtQXJ0a
HJpdGlzLwAFX3N1bGYiT3N0ZW9hcnRocml0aXMgQXJ0aHJpdGlzZAIGD2QWAmYPFQRSL01MSC9TcGVjaWFsdGl
llcy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvSGlwL1JoZXVtYXRvaWQtQXJ0aHJ
pdGlzLwAFX3N1bGGYUUmhldW1hdGlkIEXydGhyaXRpcZMyVyeWQCBQ9kFgJmDxUETS9NTEgvU3BlY2lhbHRpcZM
bmVzLC1Kb2ludHMtYW5kLU11c2NZXMtKE9ydGhvcGVkaWNzKS9IaXAvVG90YWwtSG1wLVJlcGxhY2VtZW50L
VN1cmdlcnkvAAVfc2VzZh1Ub3RhbCBIaXAgUmVwbGFjZW1lbnQgU3VyZ2VyeVQCBQ9kFgRmD2QWAmYPFQRmL01
3NlbGYdzZW5lcmFsIEluZm9ybWF0aW9uZAIBD2QWAmYPFQRjL01MSC9TcGVjaWFsdGllcy9Cb251cywtSm9pbn
tzMHvQm9uZXMtLC1Kb2ludHMtYW5kLU11c2NZXMtKE9ydGhvcGVkaWNzKS9IaXAvR2VuZXJhbC1JbmZvcm1hd
A2QWAmYPZBYCEAgEPFgIfAAUVPHVsIGNsYXNzPSJuYXYtdGllcl0cGlll00jYI5IkRgaGpDZBYCZg8VBGMvTcGVj
3BlY21hbHRpcZMvQm9uZXMtLC1Kb2ludHMtQ t0cHVdmlt0W91c1iTdXJnaWNhbC1TdWN1jZXN2LwF
XYXlzIHRvIEltcHJvdmUQW91IW91c1iTdXJnaWNhbC1TYWN1jZXN2LwF
cy9Cb251cywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvSm9pbnQtUmVwbGFjZW1lbnRzL3VyZ2V
2VyeS9Kb2ludC1SZXBsYWNlbWVudHVVudmAAVfc2VzZhJKb21udCBSZXBsYWNlbWVudHNrQ1PZBYCZg8VBG0vTU
xIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtQ1NkNDWLLVc2NZXMtKE9ydGhvcGVkaWNzKS9Kb2ludC1SZXB
sYWNlbWVudC1TdXJnZXJ2ZXJ5L1JlaGFiLUFmdGVyLUpvaW50LVJlcGxhY2VtZW50LVN1cmdlcnkvAAVfc2VzZhhBznRlciBK

Page 3900

124454... b21udHRtcXJhZz5JZ2FIeDB2QWAmYPFQRL01MSC9TcGVjaWFsc9Gc11cy9Cb25lcywSm9pbnRzLWFuZC1NdXNjb
... GVzLShPcnRob3BlZGljykvUGF0aWVud0Lccl1Db21wbGltZW50cy1PcnRoby8ABV9zZWxmGVBhdGllbnQgQ29tcG
... xpbWVuddHMtT3J0aG9kYAgcPZBYCZg8VBFAvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb2ludHMtYW5kLU11c2N
... sZXMtKE9ydGhvcGVkaWNzKS9QcmUtT3BlcmF0aXZlLN1c3Npb25LwXF2X3N1bGYWUHJ1LU9wZXJhdGl2ZSBT
... ZXNzaW9uc2QCCA9kFgJmDxUEWy9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT
... 3J0aG9wZWRpY3MpL1JlaGFiaWxppdGF0aW9uLVRoZXJhcGllcy1XZS1PZmZlci8JABV9zZWxmImVIVJlaGFiaWxppdG
... F0aW9uLIFRoZXJhcGllcy1BXZSBPZmZlcmQCCQ9kFgJmDxUEYi9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW5S
... 0cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL1doeES1DaG9yc2UtTGl0dGxldG9uLUFkdmVudGlzdC11b3Nw
... aXRhbC0vAAAVfc2VsZihXaHkgQ2hvb3NlIExpdHRsBZHZlbnRpc3QgSG9zcG10YWw/
... ZAIKD2QWBGYPFQQ+
... L01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvS25lZS8AB
... V9zZWxmBEtuZWVkAgEPZBYCZg8PFgQfAmcfAwIJZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M3M9Im5hdi10aW
... VyLTQiPmQCAw9kFhJmD2QWAmYPFQRRL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGV
... zLShPcnRob3BlZGljykvS25lZS9BQ0wtUtWVib25p 25zdHJ1Y3Rpb24vAAVfc2VsZhJBQ0wgUmV1jb25zdHJ1Y3Rp
... b25kAgEPZBYCZg8VBGMvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9ydGhvc
... GVkaWNzKS9LbmVlL0FudGGVyaW9yLUNydWNpYXRlLUxpZ2FtZW50LUFDTC1UZWFycy8BV9zZWxmJEFudGGVyaW
... 9yIENydWNpYXRlIExpZ2FtZW50IEFDTCBUZWFycc2QCAg9kFgJmDxUEYTy9NTEgvU3BlY2lhbHRpZXMvQm9uZXM
... sLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL0tuZWUvS25lZS1BcnRocm9zY29weS8ABV9zZWxm
... EEtuZWUgQXJ0aHJvc2NvcHlkAgMPZBYCZg8VBE0vTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kL
... U11c2NsZXMtKE9ydGhvcGVkaWNzKS9LbmVlL0tuZWUtUGFpbi1RdWl6LwAFX3NlbGYOS25lZSBQYWluIFF1aX
... pkAgQPZBYCZg8VBG8vTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9ydGhvcGV
... kaWNzKS9LbmVlL0tuZWUtUmVwbGFjZW1lbnQtYXQtTGl0dGxldG9uLUFdkmVudUlgzdCl1b3NwaXRhbC8ABV9z
... ZWxmMEtuZWUgQmVwbGFjZW1lbnQgYXQgTGl0dGxldG9uIEFkdmVudUlgzdCBIb3NwaXRhbGQCBQ9kFgJmDxUET
... S9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL0tuZWUvTW
... VuaXNjdlXMtVGVhcnMvAAVfc2VsZg5NZW5pc2N1cyBUZWFycc2QCBg9kFgJmDxUETS9NTEgvU3BlY2lhbHRpZXM
... vQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL3N0ZW9hcnRocml0aXMvAAVfc2VsZg5P
... c2VsZg5Pc3Rlb2FydGhyaXRpcc2QCBw9kFgJmDxUEYy9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hb
... mQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL0tuZWUvUGFydGlhbC1LbmVlLVJlcGxhY2VtZW50LVN1cmdlcnkvAA
... Vfc2VsZiBQYXJ0aWFsIEtuZWUgUmVwbGFjZW1lbnQgU3VyZ2VyeQCCA9kFgJmDxUEXS9NTEgvU3BlY2lhbHRpZXMvQ
... pZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL0tuZWUvS251ZS1XZWFrbmVzcy8ABV
... YWN1bWVudC1TdXJnZXJ5L1dvaFX3N1bGYOQW90aGV0ic3BlYWtuZXNzdCBhcm0zdXRpZ3VvbGQCBA9k
... zcz0ibmF2LXRpZXItItNCI+
... ZAIDD2QWCmYPZBYCZg8VBFcvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9yd
... GhvcGVkaWNzKS9TaG91bGRlci9EaXNob2NhdGlvbi3VsZGVycy9ABV9zZWxmFERpc2xvY2F0ZWQgU2hvdWxk
... xkZXJzZAIBD2QWAmYPFQRUL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnR
... ob3BlZGljykvU2hvdWxkZXIvU90YXRvci1DdWZmLMVRlYXIvXVIvAAVfc2VsZhFSb3RhdG9yIEN1ZmYgVGVhcmQC
... Ag9kFgJmDxUEYy9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY
... 3MpL1Nob3VsZGVyL1Nob3VsZGVyLUFydGhyb3Njb3B5LwAFX3NlbGYUU2hvdWxkZXIgQXJ0aHJvc2NvcHlrbA
... MPZBYCZg8VBFYvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9ydGhvcGVkaWN
... zKS9TaG91bGRlci9TaG91bGRlci1TZXBhcmF0aW9uLwAFX3NlbGYVU2hvdWxkZXIgU2VwYXJhdGlvbmQCBA9k
... FgJmDxUEXS9NTEgvU3BlY2lhbHRpZXMvQm9uZXMsLUpvaW50cy1hbmQtTXVzY2xlcy0oT3J0aG9wZWRpY3MpL
... 1Nob3VsZGVyL1RvdGFsLVNob3VsZGVyLUcghlcGxhY2VtZW50LwAFX3NlbGYZVG90YWwgU2hvdWxkZXIgUmVw
... FjZW1lbnRrbAgwPZBYEZg8VBEkvTUxIL1NwZWNpYWx0aWVzL0JvbmVzLC1Kb21udHMtYW5kLU11c2NsZXMtKE9
... ydGhvcGVkaWNzKS9TcG9ydHMtTWVkaWNpbmUvAAVfc2VzZg9TcG9ydHMgTWVkaWNpbmVrbAgPZBYCZg8PFgQf
... AmcfAwICZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M3M9Im5hdi10aWVyLTQiPmQCAw9kFgRmD2QWAmYPFQRgL
... 01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykvU3BvcnRzLU
... l1ZGljjaW51L0NvbmRpdGlvbnMtV2UtVHJlYXQQNV2UtQm94L2VzZhNDb25kaXRpb25zIFdlIFRyZWF0ZAIBD2Q
... WAmYPFQRpL01MSC9TcGVjaWFsdGllcy9Cb25lcywtSm9pbnRzLWFuZC1NdXNjbGVzLShPcnRob3BlZGljykv
... U3BvcnRzLU11ZGljjaW51L1RpcHMtMtZm9yLVN0YXlpbmctU2FmZS1pbi1TcG9ydHMvAAVfc2Vzh9UaXBzIGZvc
... iBTdGF5aW5nIFNhZmUgaW4gU3BvcnRzAICD2QWBGYPFQQcL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlLw
... AFX3NlbGYKQnJhaW4gQ2FyZWQCAQ9kFgJmDw8WBB8CZx8DAgtkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0
... ibmF2LXRpZXItMyI+
... ZAIDD2QWFmYPZBYCZg8VBDMvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhd
... CgxKS8ABV9zZWxmE0NvbmRpdGlvbnMgV2UgVHJlYXRkAgEPZBYCZg8PFgQfAmcfAwIXZBYCZg9kFgQCAQ8WAh
... 8ABRc8dWwgY2xhc3M3M9Im5hdi10aWVyLTQiPmQCAw9kFhRmD2QWAmYPFQRJL01MSC9TcGVjaWFsdGllcy9CcmF
... pbbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQQvQUxTLUxvdS1HZWhyaWctcy1EaXNlYXNlLwAFX3NlbGYcQUxT
... IExvdSBHZWhyaWcmc1M5O3MgRGlzZWFzZWQCAQ9kFgJmDxUEYy9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZ
... S9Db25kaXRpb25zLUVdlLVRyZWF0L0JyYW1uLUFuZXVyeXNtLwAFX3NlbGYOQnJhaW4gQW51dXJ5c21kAgIPZB
... YCZg8VBD0vTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvQ29uZGl0aW9ucy1XZS1UcmVhdC9CcmFpbi1UdW1
... vcnMvAAVfc2VsZgxCcmFpbiBUdW1vcnNkAgMPZBYCZg8VBDkvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUv
... Q29uZGl0aW9ucy1XZS1UcmVhdC9EeXN0b2pYS8ABV9zZWxmCER5c3RvbmlhZAIED2QWAmYPFQQ5L01MSC9Tc
... GVjaWFsdGllcy9CcmFpbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQvRXBpbGVwc3kvAAVfc2VsZghFcGlsZX
... BzeWQCBQ9kFgJmDxUEQS9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9Db25kaXRpb25zLVdlLVRyZWF0L0V
... zc2VudGlhbC1UcmVtb3IvAAVfc2VzZhBFc3NlbnRpYWwgVHJlbW9yYXIgdC2QWAmYPFQQ6L01MSC9TcGVjaWFs
... dGllcy9CcmFpbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQvTWlncmFpbmVzLwAFX3NlbGYJTWlncmFpbmVzZ
... AIHD2QWAmYPFQREL01MSC9TcGVjaWFsdGllcy9CcmFpbi1DYXJlL0NvbmRpdGlvbnMtV2UtVHJlYXQvQUE5Gya

124454...

luc29uaXMtRE1CZWFsZ2ZhBV9zZWxmRiBllcmLpbHNvbliVJmzX7cyBPaxN109RlRQ4110JQWAmYPFQRFL01MSC9
TcGVjaWFlfsdGllcy9CcmFpbliDYXJlLL0NvbmRpbGllbvbnMtV2UtVHJlVXQvVHJpZ2VtaW5hbC1OZXVyYWxnaWEv
AAVfc2VsZhRUcmlnZW1pbmFsSE51dXJhbGdpaVWQCCQ9kFgJmDxVUEDC9UdW1vcnlTMtEFlLWAFX3NlbGYKVHVtb
3JzIExBSGQCAQ9kFgJmDxUENy9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9EZWVwLUJyYWluLVN0aW11bGF0
F0aW9uLURCUy8ABV9zZWxmGkRlZXAgQnJhaW4gU3RpbXVsYXRpb24gREJTZAICD2QWAmYPFQRJL01MSC9TcGV
jaWFsdGllcy9CcmFpbliDYXJlLL1RyZWF0bWVudHMtV2UtT2ZmZXIvRXBpbGVwc3ktTW9uaXRvcmluZy1Vbml0
LWAFX3NlbGYYRXBpbGVwc3kgTW9uaXRvcmluZyBVbml0ZAICD2QWAmYPFQQyL01MSC9TcGVjaWFsdGllcy9Cc
mFpbliDYXJlLL0ZyZXFlZW50bHktVXNlZC1UZXJtcy8ABV9zZWxmFUZyZXF1ZW50bHkgVXNlZCBUZXJtc2QCBA
9kFgJmDxUEPS9NTEgvU3BlY2lhbHRpZXMvQnJhaW4tQ2FyZS9OZXVyb2RpYWdub3N0aWMtVGVzdGluZy1XZS1
PZmZlci8ABV9zZWxmIE5ldXJvZGlhZ25vc3RpYyBUZXN0aW5nIE9mZmVyZAIFD2QWAmYPFQRAL01MSC9T
cGVjaWFsdGllcy9CcmFpbliDYXJlL051dXJvbGdpU1l05ldXJvbG9neS14X3NlbGYbTmV1cmxvZ2ljIE5ldXJvbG9
GYjTmVlcm8tSW50ZXJ2ZW50aW9uYWwgTmVlcm9jYXJlX3NlbGYPZBYCZg8VBDgvTUxIL1NwZWNpYWx0aW
VzL0JyYWluLUNhcmUvTmV1cm9sb2dpY2FsLVJlaGFiaWxpdGF0aW9uLWAFX3NlbGYbTmV1cm9sb2dpY2FsIFJl
laGFiaWxpdGF0aW9uZAIHD2QWAmYPFQQrL01MSC9TcGVjaWFsdGllcy9CcmFpbliDYXJlL1N1cHBvcnQtR3Jv
dXBzLwAFX3NlbGYOU3VwcG9ydCBHcm91cHNhZBYCZg8VBDAvTUxIL1NwZWNpYWx0aWVzL0JyYWluLUNhc
mUvVHJlYXRtZW50cy1XZS1PZmZlci8ABV9zZWxmE1RyZWF0bWVudHMgV2UgT2ZmZXJKAgEPZBYCZg8PFgQfAm
cfAwIBZBYCZg8kFgGCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1uYXYgbmF2LWxpc3QiPmwCQWMTPFQRJL01
MSC9TcGVjaWFsdGllcy9CcmFpbliDYXJlL1RyZWF0bWVudHMtV2UtT2ZmZXIvRXBpbGVwc3ktTW9uaXRvcmlu
Zy1Vbml0LwAFX3NlbGYYRXBpbGVwc3kgTW9uaXRvcmluZyBVbml0ZAICD2QWAmYPFQQ1L01MSC9TcGVjaWFsd
Gllcy9CcmFpbliDYXJlL1doYXQtY2FuLWlha2UtyS1oZWFkYWNoZS8ABV9zZWxmGVdoYXQtY2FuIG1ha2UgYS
BoZWFkYWNoZV9zZWxmZWxmDYXJlL1NwZWNpYWx0aWVzL0JyYWluLUNhcmUvVHVtb3JzL3RdDEpLwAFX3Nl
bGYGVHVtb3J2Z3JzAIIDAIDD2QWBGYPFQQL01MSC9TcGVjaWFsdGllcy9UYXN0LUNLUNlbmRlci1oZXF
LUxpdGV
ZW5lV2UtLWAFX3NlbGYRVGVzdC1TZW5kZXIRU3BlY2lhbCBSZYU3EwIXQ9TlG2F0dGVvgjZ1JT0J2P
XItMyI+

dXJlIHNlaxoVAAVfc2v8zmeCg9r2BgumvZc3vyZsBRUN162aMJyDQWAmdrPQQ4i0 MSC9TcGVjaWFsdGllc
y9DYXJkaWFjILVNlcnZpY2VzL0NhcmRpYWMtQWxlcntUHJvZ3JhbS8ABV9zZWxmFUNhcmRpYWMgQWxlcnQgUH
JvZ3JhbWQCBA9kFgJmDxUEOi9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9DYXJkaWFjLUF3YXJl
kcy0tLUhvbm9ycy8ABV9zZWxmG0NhcmRpYWMgQXdhcmRzICZhbXA7IEhvbm9yc2QCBQ9kFgJmDxUEOC9NTEgv
U3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9DYXJkaWFjLU0lU1dHdvcmsvaAVfc2VsZhVDZW50d
XJhIEhlYXJ0J0IE5ldHdvcmtkAgEPZBYCZg8PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8AbBRc8dWwgY2xhc3M9Im
5hdi10aWVyLTQiPmQCAw9kFgJmD2QWAmYPFQSEAS9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9
IZWFydC1SZWxhdGVkLUNvbmRpdGlvbnMtYW5kLVRyZWF0bWVudC9TdWRkZW4tQ2FyZGlhYy1BcnJlc3QtQXV0
b21hdGVkLUV4dGVybmFsLURlZmlicmlsbGF0b3ItQUVELWhFX3NlbGY6U3VkZGVuIENhcmRpYWMgQXJyZXN0L
UFldG9tYXRlZCBFeHRlcm5hbCBEZWZpYnJpbGxhdG9yIEFFRGCDCBg9kFgJmDxUEOC9NTEgvU3BlY2lhbHRpZX
MvQ2FyZGlhYy1TZXJ2aWNlcy9IZWFydC1SZWxhdGVkLUNvbmRpdGlvbnMtYW5kLVRyZWF0bWVudC9PYW4gQ2F0aGV
0ZXJpemmF0aW9uIExhYmMQCBw9kFgJmDxUEUERy9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9IZWFy
dC1SZWxhdGVkLUNvbmRpdGlvbnMtLS1UcmVhdGdllbm9uvAAVfc2VszihIZWFydCBSZWxhdGVkIENvbmRpdGlvb
nMgJmFtcDsgVHJlYXRtZW50OZAIBD2QWAmYPDxYEHwJnHwMCBWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNnPS
JuYXYtdGllci00Ij5kAgMPZBYCZg9kFgJmDxUEYS9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9
IZWFydC1SZWxhdGVkLUNvbmRpdGlvbnMtYW5kLVRyZWF0bWVudC9Db3JvbmFyeS1BcnRlcnktRGlzZWFzZS8A
BV9zZWxmF0Nvcm9uYXJ5IEFydGVyeSBEaXNlYXNlZAIDD2QWAmYPFQRLML01MSC9TcGVjaWFsdGllcy9DYXJka
WFjLVNlcnZpY2VzL0hlYXJ0LRlbGF0ZWQtQ29uZGl0aW9ucy1hbmQtVHJlYXRtZW50L0hlYXJ0LUZhaWx1cm
UvAdGVybWFzLURlZmlicmlsbGF0b3ItdGVsZ29yOWAmYPFQRsL01MSC9TcGVjaWFsdGllcy9DYXJkaWFjLVNlcn2
pY2VzL0hlYXJ0LVJlbGF0ZWQtQ29uZGl0aW9ucy1hbmQtVHJlYXRtZW50L015c26NhcmRpYWwtSW5mYXJjdGlv
bi1IZWFydC1BdHRhY2svaAVfc2VsZiNJeW9jYXJkaWFsIEluZmFyY3Rpb24tSGVhcnQgQXR0YWNrY2QCEQ9kFg
JmDPZBYEAgEPFgIfAAUXPHVsIGNsYXNnPSJuYXYtdGllci00Ij5kAgMPZBYCZg9kFgJmDxUEYS9NTEgvU3BlY2l
hYy1TZXJ2aWNlcy9QYXRpZW50LUNvbnXBsaW1lbnRzLUNhcmpbb2xvZ3kvaAVfc2Vzh5QYXRpZW50IENvbXBs
aW1lbnRzLUNhcmRpb2xvZ3kzIkAgkPZBYEVBGOvTUxlL1NwYWNwYWx0L0NhcmRpb2xvZ3ktUExBTUF0X2VybnJ
291dGgtRGVudmVyLU5YJ0LU1nbnRhciNyltX1EZXBhcnRtZW50cwU1E9yM9kNmUXQsdHRsBZHIlbmRpc3QtSG
9zcGl0YWwrkZvc2VzKdTb3V0aCBEZW52ZXJZIGlSGVhcnQgQ2VudGVyL0CBhIEBhaWlrFgJmD2QWBAIBZZhYCHwAFzx1bCBj
bGFzcz0ibmF2LXRpZXItNCI+

ZAIDD2QWBGYPZBYCZg8VBKUBL01MSC9TcGVjaWFsdGllcy9DYXJkaWFjLVNlcnZpY2VzL1NvdXRoLURlbmNl
i1IZWFydC1DZW50ZXIsLWEtRGVwYXJ0bWVudC1vZi1MaXR0bGV0b24t0QWR2ZW50aXN0L1Uhvc3BpdGFsL0Nhcm
RpYWMtRGlhZ25vc3RpYy1UZXN0aW5n/hAVfc2Vselh2Y2Wl0UlLnheyaWRpYWMgRGlhZ25vc3RpYyBUZXN0aW5n
DYXJkaWFjIERpYWdub3N0aWMgVGVzdGbCBMaXR0bGV0b24t4gQWR2ZW50aXN0IEhvc3BpdGFsZAIBD2QW
AmYPFQSsAS9NTEgvU3BlY2lhbHRpZXMvQ2FyZGlhYy1TZXJ2aWNlcy9Tb3V0aC1ELZW52ZXItSGVhcnQtQ2Vud
GVyLC1hLURlcGFydG1lbnQtb2YtTGl0dGxldG9uLUFkdmVudGlzdC1Ib3NwaXRhbC9DYXJkaWFjLVVmbuZ21
N0aWMtVGVzdGluZy1BdmFpbGBFibGUtYXQtU291c2gtRGVudmVyLUhlYXJ0LUNlbnRlci8ABV9zZW4wmQUNhcmR
pYWMgRGlhZ25vc3RpYyBUZXN0aW5nIEF2YWlsYWJsZSBhdCBTb3V0aCBEZW52ZXIgSGVhcnQgQ2VudGVyZAIK
D2QWAmYPZQRFL01MSC9TcGVjaWFsdGllcy9DYXJkaWFjLVNlcnZpY2VzL1RlbGVtZXRyeS1SZXJ2aWNlc
2VydmF0aW9uLVVuaXQvAAVfc2VszJUZWxlbWV0cnktQ2FyZGlhYyBPYnNlcnZhdGlvbiBVbml0ZAILD2QWAm
YPFQQ5L01MSC9TcGVjaWFsdGllcy9DYXJkaWFjLVNlcnZpY2VzL1doYXQtaXMtSGVhcnRmaWxhdXJlL1U9ic
fc2VsZhXZaGF0IGlzIEhlYXJ0IEZhaWx1cmU/

ZAIMD2QWAmYPFQRaL3VwbG9hZGVkRmlsZXMvbXlsaXR0bGV0b25ob3N0aWwxRhbC9Db250ZW50L01MSC9TcGVj
WFsdGllcy9IZWFydF9jYXJld0EgsSGVhcnQgdG8gSGVhcnQuaCRmAAZfYmxhbmsQQSBIZWFydCB0byBIZWFydG
QCDQ9kFgJmDxUEES9DYXJkaWFjIEZBUS0yN3MvAAVfc2VszhFDYXJkaWFjIEZBUSYjMzk7c2QCBg9kFgRmDxU
EMS9NTEgvU3BlY2lhbHRpZXMvQ2hpbGRyYX4tcy0tLVBlZGlhdHJpY1TZXJ2aWNlcy9ABV9zZWxmKENoaWxk
cmVuJiMzOTtzICAmYW1wYyBQZWRpYXRyaWMgU2Vydmljj2XNkAgEPZBYCZg8PFgQfAmcfAwIDZBYCZg9kFgQCA
Q8WAh8AbBRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgZmD2QWAmYPFQQqL01MSC9TcGVjaWFsdGllcy
9QZWRpYXRyaWMtRW1lcmdlbmN5LUNhcmUvaAVfc2VszhhQZWRpYXRyaWMgRW1lcmdlbmN5IENhcmWkAgEPZBY
CZg8VBEEvTUxIL1NwZWNpYWx0aWVzL0NoaWxkcmVucy1hbmQtUGVkaWF0cmljLVNlcnZpY2VzL1BlZGlhdHJp
Yy1Vbml0LWwAFX3NlbGYOUGVkaWF0cmljIFVuaXRkAgIPZBYCZg8VBFEvTUxIL1NwZWNpYWx0aWVzL0NoaWxkc
mVucy1hbmQtUGVkaWF0cmljLVNlcnZpY2VzL1BhdGllbnQtQ29tcGxpbWVudHMtUGVkaWF0cmljcy8ABV9zZW
xmH1BhdGllbnQgQ29tcGxpbWVudHMtUGVkaWF0cmljc2QCBw9kFgRmDxUEZC9NTEgvU3BlY2lhbHRpZXMvRW1
lcmdlbmN5L0t0VHJhdW1hLwAFX3NlbGYWRW1lcmdlbmN5ICZhbXA7IFRyYXVtYWQCAQ9kFgJmDxUEWBC8Zx8D
AgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+

ZAIDD2QWDGYPZBYCZg8VBDUvTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0VtZXJnZW5je
S1Sb29tLwAFX3NlbGYuRWllcmdlbmN5IEdyb20gY2XQgTGl0dGxldG9uIEFkdmVudGlzdCBIb3NwaXRhbGQCAQ
9kFgJmDxUENC9NTEgvU3BlY2lhbHRpZXMvRW1lcmdlbmN5L2QCBw9kFgRmDxVEItV2FpdC1UaW1lcy8ABV9
zZWxmDUVSIFdhaXQgVGlt2XNkAgIPZBYCZg8VBCovTUxIL1NwZWNpYWx0aWVzL1BlZGlhdHJpYy1FbWVyZ2Vu
Y3ktQ2FyZS8ABV9zZWxmGFBlZGlhdHJpYyBFbWVyZ2VuY3kgQ2FyZWQCAw9kFgJmDxUEKy9NTEgvU3BlY2lhb
HRpZXMvRW1lcmdlbmN5LWFuZC1UcmF1bWEvU0FORS8ABV9zZWxmBFNBTkVkAgQPZBYCZg8VBDgvTUxIL1NwZW
NpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL0luanVyeS1QcmV2ZW50aW9uL2l2ZS1NbGZYS5SWQdXJ5IFB
yZXZlbnRpb25vR25kAgUPZBYCZg8VBCwvTUxIL1NwZWNpYWx0aWVzL0VtZXJnZW5jeS1hbmQtVHJhdW1hL1NCSVJU
LwAFX3NlbGYFU0JJUlRkAggPZBYCZg8VBCkvTUxIL1NwZWNpYWx0aWVzL0ludGVuc212ZS1DYXJlLWVuaXQtS
UNVLwAFX3NlbGYZW50ZW5zaXZlIENhcmUgVW5pdCAoSUNVKWQCAQ9kFgJmDw8WBB8CZx8DAgVkFgJmD2QWBA

124454...

```
IBDXRfWAFF2x1bCbjberzc3pibmd9zXR9zX11MYI+
ZAIDD2QWCmYPZBYCZg8VBDovTUxIL1NwZWNpYWx0aWVzL0ludGVuc2l2ZS1DYXJlLLVVuaXQtKElDVSkvQ29ud
GFjdC1Vcy1JQ1UvAAVfc2VsZgpDb250YWN0IFVzAIBD2QWAmYPFQRAL01MSC9TcGVjaWFsdGllcy9JbnRlbn
NpdmUtQ2FyZS1Vbml0LShJQ1UpL0luZmVjdGlvbi1QcmV2ZW50aW9uLwAFX3NlbGYUSW5mZWN0aW9uIFByZXZ
lbnRpb25kAgIFZBYCZg8VBEMvTUxIL1NwZWNpYWx0aWVzL0ludGVuc2l2ZS1DYXJlLVVuaXQtKElDVSkvUGF0
aWVudlclDb21wbGltZW50cy1JQ1UvAAVfc2VsZhdQYXRpZW50IENvbXBsaW1lbnRzLICBsaW1lbnRzKgYJmDxUEP
C9NTEgvU3BlY2lhbHRpZXMvSW50ZW5zaXZlLUNhcmUtVW5pdC0oSUNVKS9TdGF5aW5nLU1uZm9ybWVkLwAFX3
NlbGYQU3RheWluZyBJbmZvcm1lZGCBA9kFgJmDxUEOi9NTEgvU3BlY2lhbHRpZXMvSW50ZW5zaXZlLUNhcmU
tVW5pdC0oSUNVKS9WaXNpdGluZy1Ib3Vycy8ABV9zZWxmDlZpc2l0aW5nLIVvc3Jz2 AZAIJD2QWBGYPFQQqL01M
SC9TcGVjaWFsdGllcy9JbnRlcnZlbnRpb25hbC1SYWRpb2xvZ3kvAAVfc2VsZhhJbnRlcnZlbnRpb25hbCBSY
WRpb2xvZ3lkAgEPZBYCZg8PFgQfAmcfAwIDZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1oaWVyLT
MiPmQCAw9kFgJmD2QWAmYPFQQlL0ludGVydmVudGlvbmFsLVJhZGlvbG9ne51Db25kaXRpb25zLwAFX3NlbGY
jSW50ZXJ2ZW50aW9uYWwgUmFkaW9sb2d5IENvbmRpdGlvbnNkAgEPZBYCZg8VBCUvSW50ZXJ2ZW50aW9uYWwt
UmFkaW9sb2d5IENvbmRpdGlvbnMvQ2VsaWNjbnRlbnRzL0hlcERpc2Vhc2VkAgEPZBYCZg8VBCUvSW50ZXJ2ZW
2QCAg9kFgJmDxUEFy9WZW5vdXMtUmVjb25zdHJ1Y3Rpb24vAAVfc2VsZhVWZW5vdXMgUmVjb25zdHJ1Y3Rpb2
5kAgoPZBYEZg8VBCEvTUxIL1NwZWNpYWx0aWVzL011ZGljjYWwtSW1hZ2luZy8ABV9zZWxmDI1lZG1jYWwgSW1
hZ2luZ2QCAQ9kFgJmDw8WBB8CZx8DAgxkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWGGYPZBYCZg8VBC4vTUxIL1NwZWNpYWx0aWVzL011ZGljYWwtSW1hZ2luZy9CYXJpdW0tRW5lbWEvA
AVfc2VsZgxCYXJpdW0gRW5lbWFkAgEPZBYCZg8VBCQvTUxIL1NwZWNpYWx0aWVzL011ZGljYWwtSW1hZ2luZy
9DVC8ABV9zZWxmAkNUZAICD2QWAmYPFQREL01MSC9TcGVjaWFsdGllcy9NZWRpY2FsLUltYWdpbmcvRGlnaXR
hbC1NYW1tb2dyYW0tLS1DQUQtVGVjaG5vbG9neS8ABV9zZWxmRGlnaXRhbCBNYW1tb2dyYW0tLS1DQUQtVGVj
aG5vbG9neSBhc3JBAg8VBCUvTUxIL1NwZWNpYWx0aWVzL011ZGljYWwtSW1hZ2luZy9EaWdpdGFsLU1hbW1vZ3
JhbXhbAg8VBBhbG1hZ2luZy9EaWdpdGFsLU1hbW1vZ3JhbXhbAg8VBBhbG1hZ2luZy9EaWdpdGFsLU1hbW1vZ3
BuUtLS1TUEVDVC1DVC8ABV9zZWxmMH051Y2xlYXItTWVkaWNpbmUtSW1hZ2luZy1TUEVDVC1DVCBhbG1hZ2luZ
DUvTUxIL1NwZWNpYWx0aWVzL011ZGljYWwtSW1hZ2luZy9PdGhlci1JbWFnaW5nLVRlc3RzLwAFX3NlbGYTT3
RoZXIgSW1hZ2luZyBUZXN0c2QCBw9kFgJmDxUEMC9NTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC1JbWFnaW5nLLB
FVC1DVC1JbWFnaW5nLwAFX3NlbGYOUEVULUNUIEltYWdpbmdkAgcPZBYEZg8VBDUvTUxIL1NwZWNpYWx0aWVz
L011ZGljYWwtSW1hZ2luZy9SYWRpb2xvZ3ktM2QtaW1hZ2luZy8ABV9zZWxmDVRhZGlvbG9neS0zZC1pbWFnaW5n
GQCAQ9kFgJmDw8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItNCI+
ZAIDD2QWAmYPZBYCZg8VBCovTUxIL1NwZWNpYWx0aWVzL0ludGVydmVudGlvbmFsLVJhZGlvbG9neS0zRC1BSV9zZ
WxmGEludGVydmVudGlvbmFsSIFJhZGlvbG9neWQCQ9kFgJmDxUERC9NTEgvU3BlY2lhbHRpZXMvTWVkaWNhbC
lJbWFnaW5nLlJc291cmMlcny1mb3ItUmVmZXJyaW5nLUJveXNpNpY21hbmVAAVfc2VsZiJSSXNvdXJjZXMg2m9
yIFJlZmVycmluZyBQaHlzaWNpYW5zZAIKD2QWAmYPFQQsL01MSC9TcGVjaWFsdGllcy9NZWRpY2FsLUltYWdp
bmcvVWx0cmFzb3VuZC8ABV9zZWxmClVsdHJhc291bmQkAgEPZBYCZg8VBCcvTUxIL1NwZWNpYWx0aWVzL011ZW
GlJYWwtSW1hZ2luZy9YLXJheS8ABV9zZWxmBVgtcmF5ZAIID2QWAmYPFQQqL01MSC9TcGVjaWFsdGllcy9QZW
RpYXRyaWMtRW1lcmdlbmN5LUNhcmUvAAVfc2VsZhhQZWRpYXRyaWMgRW1lcmdlbmN5IENhcmVkAgYPZBYEZg8
VBCkvTUxIL1NwZWNpYWx0aWVzL1ByaW1hcnktQ2FyZS1QaHlzaWNpYW5zLWFXLlbmVUMUHJpbWFyeSBSDYXJl
ZAIBD2QWAmYPPZDxYEHwJnHwMCAmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzYXNzPSJuYXYtdGllci0zIj5kAgMP
BYEZg9kFgJmDxUEMS9NTEgvU3BlY2lhbHRpZXMvUHJpbWFyeS1DYXJlLl01lZXQtT3VyLVByb3ZpZGVycy9ABV
9zZWxmEkl1ZXQgT3VyIFByb3ZpZGVyc2QCAQ9kFgJmDxUEKy9NTEgvU3BlY2lhbHRpZXMvUHJpbWFyeSlDYXJl
lLl1ByaWlhcnktQ2FyZS8ABV9zZWxmDFByaWlhcnkgQ2FyZWQCQ9kFgJmDxUEOy9NTEgvU3BlY2lhbHRpZXMv
UHVsbW9uYXJ5LUNlcnZpY2VzL2Fyb2JyeS1hcnktQ2FyZS1QaHlzaWNpYW5zLWFXLlbmVUMUHJpbWFyeSBDYXJl
mljZXNkAg4PZBYEZg8VBEovTUxIL1NwZWNpYWx0aWVzL1JlaGFiaWxpdGF0aW9uLUNlcnZpY2VzL3JVWVYX
Rpb25hbCwtUGh5c2ljYWwtLS1NYXNzYWdlLXRoZXJhcHkvAAVfc2VsZWFwddGllcnMkVXHnkgUJ3VwYX
Czg8PFgQfAmcfAwIBZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QW
AmYPFQQOL1BlbHZpYy1GbG9vci8ABV9zZWxmDFBlbHZpYyBGbG9vcmMQCDw9kFgRmDxUEMS9Sb2JvdGljjLVN1c
mdlcnktYXQtTGl0dGxldG9uUFkdmVudGlzdC1Ib3NwaXRhbC8ABV9zZWxmL1JvYm90aWMgU3VyZ2VyeSBhdC
BMaXR0bGV0b24gQWR2ZW50aXN0IEhvc3BpdGFsZAIBD2QWAmYPZBYEHwJnHwMCBWQWAmYPZBYEAgEPFgIfAAU
XPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYEZg9kFgJmDxUENS9NTEgvU3BlY2lhbHRpZXMvUm9ib3Rp
Yy1TdXJnZXJ5L0dZTi1Sb2JvdGljjLVN1cmdlcnkvAAVfc2VsZhNHWU4gUm9ib3RpYyBTdXJnZXJ5ZAIBD2QWA
mYPFQQ7L01MSC9TcGVjaWFsdGllcy9Sb2JvdGljjLVN1cmdlcnkvSG93LVJvYm90aWMtU3VyZ2VyeS1Xb3Jrcy
8ABV9zZWxmSG9wIHdvyBSb2JvdGljjIFN1cmdlcnkgV29ya3NkAgIPZBYCZg8VBEQvTUxIL1NwZWNpYWx0aWVzL1J
vYm90aWMtU3VyZ2VyeS9Sb2JvdGljjLVN1cmdlcnktTW1uaW1pbxpsY2Vfc250YXR250aWllLWFsX31bGYiSW9pb3Rp
YyBTdXJnZXJ5IE1pbmltaXppcyBEb3dudGltZWQCAw9kFgJmDxUERC9NTEgvU3BlY2lhbHRpZXMvUm9ib3Rp
YlTdXJnZXJ5L0dZTi1Sb2JvdGljjLVN1cmdlcnkvAAVfc2VsZhNHWU4gUm9ib3RpYyBTdXJnZXJ5ZAIBD2QWA
9ycmQCBA9kFgJmDxUESS9NTEgvU3BlY2lhbHRpZXMvUm9ib3RpYy1TdXJnZXJ5L0dZTi1Sb2JvdGljjLVN1cmd
lcnkvRHItLURhdmlkLLUotLVdhdHNvbi8ABV9zZWxmEC1EYXZpZCBLLBEYXZpb25zKahAPZBYEZg8VBCcv
TUxIL1NwZWNpYWx0aWVzL1NsZWVwLURpc29yZGVyLLUNlbnRlci8ABV9zZWxmFlNsZWVwIERpc29yZGVycyBDZ
W50ZXJkAgEPZBYCZg8PFgQfAmcfAwIKZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPm
QCAw9kFhRmD2QWAmYPFQQ/
L01MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmMlcilDZW50ZXJvL0Q2xlZXAtRGlzb3JkZXItU3ltcHRvbXMvA
AVfc2VsZhdTbGVlcCBEaXNvcmMlciBTeW1wdG9tc2QCAQ9kFgJmDxUEPi9NTEgvU3BlY2lhbHRpZXMvU2xlZXA
tRGlzb3JkZXItQ2VudGVyL0lNvbWlvbi1TbGVlcC1EaXNvcmMlcltlnZAAVfc2VsZhZDb21tb24gU2xlZXAgRGl
zb3JkZXJzZAICD2QWAmYPFQQL01MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmMlci1DZW50ZXJvIzuU2xlZXAt
U3R1ZGllcy8ABV9zZWxmDVNsZWVwIFN0dWRpZXNkAgEPZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hZWV0
URpc29yZGVyLUNlbnRlcli9QcmVwYXJpbmctRm9yLVlvdXItU2xlZXAtU3R1ZHkvAAVfc2VsZh5QcmVwYXJpbg
```

Page 3904

cgRm9YlFIvdxTgU2x1zXAgu3kl2hRxq0PZBYcZg8vBCQVdxWsb2FbZFQzWRc5WkxIcy9tewxpdHRsszXRvbmhvc3B
pdGFsL0NvbnRlbnQvTUxIL1NwZWNpYWx0aWVzL1NsZWVwX0Rpc29yZGVyX0NlbnRlc19MQUhTbGVlcFRyaWZv
bGQucGRmAAZfYmxhbmsOU2xlZXAgQnJvY2h1cmVsAgUPZBYCZg8VBGIvdXBsb2FkZWRzaWxcy9teWxpdHRlsz
XRvbmhvc3BpdGFsL0NvbnRlbnQvTUxIL1NwZWNpYWx0aWVzL1NsZWVwX0Rpc29yZGVyX0NlbnRlci9xdWVzdGl
vbm5haXJlLlBkZgAGX2JsYW5rJURxBSCBTbGVlcCBPcmRlciBQYXRpZW50IFF1ZXN0aW9ubmFpcmUVkAgPYZBY
CZg8VBDYvTUxIL1NwZWNpYWx0aWVzL1NsZWVwLURpc29yZGVyLUNlbnRlci9Gb3ItUGVh5c2ljaWFucy8ABV9z
ZWxmDkZvciBQaGVzaWNpYW5zAZAIHD2QWAmYPFQRAL01MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlci1D
W50ZXIvU2xlZXAtRGlzb3JkZXItUmVzb3VyY2VzLwAFX3NlbGYU2xlZXAgRGlzb3JkZXItUmVzb3VyY2VzZA
IID2QWAmYPFQRJL01MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlci1DZW50ZXIvQ29udGFjdC10aGUtU2x
lZXAtRGlzb3JkZXItQ2VudGVyLwAFX3NlbGYiQ29udGFjdCB0aGUgU2xlZXAgRGlzb3JkZXItQ2VudGVybRlcmQC
CQ9kFgJmDxUEaS91cGxvYWRlZEzpbGVzL215bGl0dGxldG9uaG9zcGl0YWwvQ29udGVudC9NTEgvU3BlY2lhb
HRpZXMvU2xlZXBfRGlzb3JkZXJfQ2VudGVyL1dha2UgVXAgdG8gYSBOZXcgRGF5LnBkZgAGX2JsYW5rFFdha2
UgVXAgdG8gYSBOZXcgRGF5AIRD2QWBGYPFQQgL01MSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlci1DZW50
ZXA0mDlNwaW5llIFNlcnZpcY2VzZAIBD2QWAmYPDxYEHwJnHwMCMQQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNz
PSJuYXYtdGdllci0zIj5kAgMPZBYIZg9kFgJmDxUESi9NTEgvU3BlY2lhbHRpRpZXMvU2xlZXBfRGlzb3JkZXJfQ
mQtTXVzZ2xcy0oT3J0aG9wZWRpY3MpL0Rpc2MtUmVwbGFjZW1lbnQvAAVfc2VsZhBEaXNjIFJlcGxhY2VtZW
50ZAIBD2QWAmYPFQQ+

L01MSC9TcGVjaWFsdGllcy9TcGluZS1TZXJ2aWNlcy9NaW5pbWFsbHktSW52YXNpdmUtS3VyZ2VyeS8AB
V9zZWxmHU1pbmltYWxseSBJbnZhc2l2ZSBTdXJnZXJ5IEVlcmV2ZXJzIZAIBTQcm9jZXNlciaXMvbXX
lsaXR0bGV0b25ob3Nwb3NwaXRhbC9Db250ZW50L01MSC9TcGVjaWFsdGllcy9TcGluZV9TZXJ2aWNlcy9TcGluZ
jbGFzcyBjYXJkLnBkZgAGX2JsYW5rTlBYzS1PcGVyYXRpdmUgU3VyZ2lyeWWgU3BpbmUgQ29xhc3NNcGAgMPZBYC
Zg8VBDUvTUxIL1NwZWNpYWx0aWVzL1NwaW5lLVNlcnZpY2VzL1NwaW5lLUpvaW50LUR5c2Z1bmN0aW9uL1NlbHl
GYUU0kgSm9pbnQgRHlzZnVuY3Rpb25cD25kYAhIPZBYCZg8VBEkvTUxIL1NwZWNpYWx0aWVzL1NwaW5lLTV3
MtYW5kLU1lc2NSZXNjcmlwdGlvbnhAvAVfc2VsZg9DaGlyb3ByYWN0aWNzVGNyCg7cGF0aGV0aW9uczAE
pbmVPcmlnaW5zZZANkEk9Yci85VTA5cZ7Fz5FBdnQBCDYxEBBJYXJj1jbWVjdXBpbnJTbBdtUCBzbW5vaWdu
GYUU0kgSm9pbnQg
Page 3905

124454...
SC9GbStlUciF0aWVudHMiYW5kIuZhbmdYUVhbQl5BloWcV0mV2U3VyY2VwbWdvci1QYXRpZW50cy1hbmQtQ
29uc3VtZXJzLwAFX3NlbGYmUmVmb3JVy2V2IGZvciBQYXRpZW51bWVyYW4tUXNkAgMPZBYEZg
8VBBwvUXhbGl0eS1TZXJ2aWNlLWFuZC1TYWZldHkvAAVfc2VsZh1RdWFsaXR5LCBTZXJ2aWNlICZhbXA7IFN
hZmV0eWQCAQ9kFgJmDw8WBB8CZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWCGYPZBYCZg8VBBAvT3VyLUNvbW1pdG1lbnQvAAVfc2VsZg5PdXIgQ29tbW10bWVudGQCAQ9kFgJmD
xUEEi9Ib3NwaXRhbC1SYXRpbmdzLwAFX3NlbGYQSG9zcGl0YWwgUmF0aW5nc2QCAg9kFgJmDxUEEy9Ib21lLU
NhcmUtUmF0aW5ncy8AFX3NlbGYMSG9tZSBDYXJlLVJhdGluZXJTYPz2AIDD2QWCmYPQQtLQ1NvbkXbvmtUHMvVG
tcGxhdGVzL1Byb3ZpZGVyU2VhcmNoLmFzcHgVb3Blbi1waHlzaWNhbnYW4tZmluZGVyBV9zZWxmDkRvY3RvciBS
YXRpbmdzZAIED2QWBGYPFQQWL0NlbnRlcmtEtSGVhbHRoLUxJTktTLwAFX3NlbQYUQ2VudHVyYSBIZWFsdGggT
ElOSlNkAgEPZBYCZg8PFgQfAmcfAwIEZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1uaWVyLTMiPm
QCAw9kFghmD2QWAmYPFQQQfL0NlbnRlcmtEtSGVhbHRoLVJYLUFzc2l2dGFuY2UtLwAFX3NlbGYIUnhBc3Nkc3R
kAgEPZBYCZg8VBCsvQ2VudHVyYS1IZWFsdGgtQmVuZXppdHMtQ2hlY2t1cD2xvcmFkby0vAAVfc2VsZhhC
ZW51Zml0c0NoZWNrVXAgQ29sb3JhZG8kAgIPZBYCZg8VBCsvQ2VudHVyYS1IZWFsdGgtTWVkaWNhbNhcmUtUtGFyd
C1ELUFzc2l2dGFuY2V2sZg9NZWRpY2FyeSBSQYXJ0IERkAgMPZBYCZg8VBDQvQ2VudHVyYS1IZWFsdG
gtU0hJUC1TdGF0ZS1IZWFsdGgtSW5zdXJhbmNlLVByb2dyYW0vAAVfc2VsZht TdGF0ZSBIZWFsdGggSW5zdXJ
hbmNl1FBsYW5kAgUPZBYCZg8VBBEvTWVkaWNhbNlSZWNvcmRzLwAFX3NlbGYPTWVkaWNhbhCBSZWNvcmRzZAIE
D2QWBGYPFQQtL1BhdGllbnQtQmlsbC1vzi1SaWdodHMtYW5kLVJlc3BvbnNpYmlsaXRpZXMvAAVfc2VsZi1QY
XRpZW50IEJpbGwgb2YgUmlnaHRzIENzhbXA7IFJlc3BvbnNpYmlsaXRpZXNkAgEPZBYCZg8PFgQfAmcfAwIBZB
YCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1uaWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQZL1BhdGllbll
tUmVwcmVzZW50YXRpdmVzLwAFX3NlbGYWUGF0aWVudCBSZXByZXNlbnRhdGl2ZWQCAQ9kFgJmDxUEFC9BZBYC
bmNlLURpcmVjdjdG12ZXMvAAVfc2VsZhJBZHZhbmNlIERpcmVjdGl2ZXMkAgEPZBYCZg8PFgQfAmcfAwIBZBYC
g9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1uaWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQVL0ltcG9ydGFudC
1RdWVzdGlvbnMvAAVfc2VsZhNJbXBvcnRhbnQgUXVlc3Rpb25zZAIID2QWAmYPFQQtL0zvci1QYXRpZW50cy1
hbmQtRmFtaWxpZXNvL1pdmFjeS1QcmFjdGljZXMvAAVfc2VsZhxQcml2YWN5IFByYWN0aWNlc2QCCQ9kFgJm
DxUEHS9Db25uZWN0LWIZWFsdGgtQ29sb3JhZG8vAAVfc2VsZhtDb25uZWN0IEZIVGFsbGGgQ2950G9yYWR
3JhZG9kAgoPZBYCZg8VBDIvTUXlL0Zvci1QYXRpZW50cy1hbmQtQ29uc3VtZXJzLwAFX3NlVDdpdGgtQ2FuY2V
VyLwAFX3NlbGYSTG1aWsN1IFpddGggQ2FuY2VyZAILD2QWAmYPFQQVL0lMSC9Gb3ItUGF0aWVudHMtY2LkUZ
hbWlsaWVzL1BhbBgGpYXRpdmUtQ2FyZS8AFX3NlbGYbUGFsbGlhdGl2ZSBDYXJlZWQCDA9kFgJmDUEPy9NTEgv
Rm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9FbW90aW9uYWwtU1cGlyaXR1YWwtU3VwcG9ydC8AFX3NlbGYXR3lb
GYiRW1vdGlvbmFsPYNwaXJpdHVhbCBTdXBwb3J0ZAINPy9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9
RzLwAFuZC1GYWNpbGllcy9NZWRpY2F0aW9uLVJ1Z29yZC8ABV9zZWxmEllZG1jYXRpb24gUmVjb3JkZAIOD2QW
AmYPFQQVL0lMSC9Gb3ItUGF0aWVudHMtY5LUZhbWlsaWSvRoZS1EQUlTWS1Bd2FyZC8ABV9zZWxmD1Ro
ZSBEQUlTWSBBd2FyZGQCDw9kFgJmDxUEKS9MSGhHrwczovL2NlbnR1cmEuc2VjdXJ3d3Jwd9jpyWdlaGGVhbNvbS9mYW
NpbGl0eS9saaXR0bG9vb24tYWR22W50X0NlblXhvc3BpdGFsLTYXmlnhbmsTUGF0aWVudCBDb21wbGt0Z50c2QCFQ9kFgJm
7cmUgQ29taW5nZAIRD2QWAmYPFQQqL01MSC9Gb3It0UGFoaWVudHMt5dWLUZhbBWlsaW5vL06hbBXB1cy1NYXAv
AAVfc2VsZgpDYW1wdXMgTWFwZAISD2QWAmYPFQQ5L01MSC9Gb3It0UGF0aWVudHMtY5LUZhbWlsaWVzL1Bhd
GllbnQtY5LkVZpc2l0b3ItR3VpZGUvAAVfc2VsZhtQYXRpZW50IEZIZpc2l0b3IgR3VpZGVkAhMPZB
YCZg8VBFVodHRwczovL2NlbnR1cmEuc2VjdXJ3d3RyZmRwbXdQYXRpZW50IFByb2Nlc3NBchcPZBYC
tbmFtZT1MQUhfU2hhcmVfYQV9Db21wbGl0ZW50AAAZfYmxhbmsTUGF0aWVudCBDb21wbGt0ZW50c09CPgJm
DxUEOS9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9DcmVhdGlUtY5LUZhbWlsaWVzL1Qlb0dvWFlL wAFX
3NlbGYQQ3Jl YXR1IGEgUGF0aWVudCBXZWUgUGFnZWQCFQ9kFgJmDxUEES9NeUNlbnR1cmFIZWFsdGgvAAVfc2
VsZg9NeUNlbnR1cmFIZWFsdGhkAhYPZBYCZg8VBDkvTUxIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUGF
0aWVudC1Hcml1bmRfFY2UtUHJvY2Vzcy8ABV9zZWxmGVBhdGllbnQtR2plZXhbmNl1FByb2Nlc3N kAhcPZBYC
Zg8VBDcvTUxIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvUHJl25hbmN5LUxvc3MtU2Vydml1jZXMvAAVfc
2VsZhdQcmVnbmFuY3kgTG9zcyBTZXJ2aWNlc2QCGA9kFgJmDxUEOS9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW
1pbGllcy9QcmVwYXJpbmctbmF9yULUEtUHJvY2VkdXJlLwAFX3NlbGYZUHJlcGFyaW5nIGZvciBhIFByb2NlZHV
yZWQCGQ9kFgJmDUEi9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TdXBwb3J0LUdyb3Vwcy8ABV9z
ZWxmDlN1cHBvcnQgR3JvdXBzZAICD2QWBGYPFQQtL01MSC9Yb211L0Fib3V0LVVzLwAFX3VXJlQWJvdXQgV
XNkAgEPZBYCZg8PFgQfAmcfAwIJZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1uaWVyLTIiPmQCAw
9kFhJmD2QWAmYPFQQeL01MSC9BYm9ld1vcy9Bd2FyZHMtLS1Ib25vcmmVcAAVfc2VsZhZBd2FyZHMgYW5kIFJ
lY29nbml0aW9uZAIBD2QWBGYPFQQsL01MSC9BYm91dC1Vcy9MaXR0bGV0b24tQ0YWtmb01bmRhdGlv
bi8ABV9zZWxmHUxpdHRsZXRvbiBIb3NwaXRhbCBGb3VuZGF0aW9uZAIBD2QWAmYPZB xYEYEYHnJnHwMCB2QWAmYPZ
BYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXtdGl1ci0zIj5AsgMPZBYOZg9kFgJmDxUEKS9NTEgvQWJvdXQtVX
MvRm91bmRhdGlvbi9NYWt1LWEtRG9uYXRpb24vAAVfc2VsZg9NYW1t1IGEgRG9uYXRpb25kAgEPZBYCZg8VBC0
vTUxIL0Fib3V0LVVzL0ZvdW5kYXRpb24vUHJvZ3JhbXMtY2Ut0U3VcG9ydC8ABV9zZWxmE1Byb2dyYW1zIFd1
IFN1cHBvcnRkAgEPZBYCZg8VBCwvTUxIL0Fib3V0LVVzL0ZvdW5kYXRpb25vQXNQdGhlc19Db2Rm%wAFX3NlbGYVAWJ
wAFX3NlbGYSQXNzb2NpYXRlIEhhbXBhdWZAIDD2QWAmYPFQQrL01MSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0
ZvdW5kYXRpb24tRXZlbnRzLwAFX3NlbGYRRm91bmRhdGlvbiBFdmVudHNkAhENZQWAmYPFQQ2L01MSC9BYm9
1L0Vvzl0ZvdW5kYXRpb24vbmRmbFGlvbi1Cb2FyZC8ABV9zZWxmEEZvdW5kYXRpb24gQm9hcmRkAgUPZBYC
Zg8VBCovTUxIL0Fib3V0LVVzL0ZvdW5kYXRpb24vbmRmbFGlvbi1TdGFmZi8ABV9zZWxmEEZvdW5kYXRpb
24gU3RhZmZkAgYPZBYCZg8VBCwvTUxIL0Fib3V0LVVzL0ZvdW5kYXRpb24vQXNQ2dF jdC1Gb3VuZGF0aW9uL w
AFX3NlbGYdQ29udGFjdCBVcyAmYW1wOyBHZXQgSW52b2x2ZWRkAgIPZBYCZg8VBBsvTUxIL0Fib3V0LVVzL0h
lYWxpbmctQXJ0cy8ABV9zZWxmEEhlYWxpbmcgQXJ0c2QCAw9kFgJmDxUEIC9NTEgvQWJvdXQtVXMvRW1lcmdlbm
bmFsLUhlYWxpbmcvAAVfc2VzNlNfW9aW9uYW9tFctDsgU3Bpcml0dWFsSVJlc291cmNlc2QCAQ9kFgJmD
w8WBB8CZx8DAgxkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMy I+
ZAIDD2QWGGYPZBYCZg8VBEAvTUxIL0Fib3V0LVVzL0Vtb3Rpb25hbC1hbmQtU3Bpcml0dWFsLVJlc291cmNl
y9Bc2tpbmctcm9yLUhlbHAvAAVfc2VzNF9Bc2tpbmcgRm9yIEhlbHBrAgEPZBYCZg8VBDsvTUxIL0Fib3V0LV

124454...

VzLDv0J3Rpb25hbCc1bmQeu3BpcmluUdWfsLVvZc291cmNlcy9DaGFvbGfsdmh9LVafX3nlbe1KQ2hhcGxhaW5leWQCAg9kFgJmDxUETC9NTEgvQWJvdXQtVXMvRW91vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmVzb3VyY2VzLONsaW5pY2FsLVBhc3RvcmFsLUVkdWNhdGlvbi8ABV9zZWxmG0NsaW5pY2FsLVBhc3RvcmFsLUVkdWNhdGlvbiQCAw9kFgJmDxUETC9NTEgvQWJvdXQtVXMvRW91vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmVzb3VyY2VzLONsaW5pY2FsLVBhc3RvcmFsLUVkdWNhdGlvbi8ABV9zZWxmG0NsaW5pY2FsLVBhc3RvcmFsLUVkdWNhdGlvbi8ABV9zZWxmBaWJvdXQtVXMvRW91vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmVzb3VyY2VzLONsaW5pY2FsLVBhc3RvcmFsLUVkdWNhdGlvbiQ4CBMaXNzaW9uY3uc2QCBA9kFgJmDxUEQi9NTEgvQWJvdXQtVXMvRW01vdGlvbmFsLWFuZC1TcGlyaXR1YWwtUmV2b3VyY2VzLOxlY1JuaW5nLXRlYW1zLWFSX3NlbGYWLUFSX3NlbGYYXpTWvtSS1tLW5vdClDaHJpc3RpYW4tLWFSX3NlbGYeV2hhdCBpZiBJJiMzOTttIG5vdCBDaHJpc3RpYW4/ZAIKD2QWAmYPFQRLL01MSC9BYm91dC1Vcy9FbW90aW9uYWwtYW5kLVNwaXJpdHVhbC1SZXNvdXJjZXMvV2hhdC1pZi1JLW9tbm90LXJLC1Vbm5hd0ObUoU02lJZXMvAAVfc2VsZhRNYwtpbmcgVG91d2ggQ2hvaWNlc19zZWxmGwhpdD8zcgJBYmpZZ8VBEIvTUxIL0Fib3V0LVVzL0Vtb3Rpb25hbC1hbmQtU3BpcmRlTUxImNZ ooy1Vcy9Db0Vlbbxxx

Page 3907

ZAID0ZQWBAIBDxYCHwVoZAIDBxYCHwAFPIxhIGhyZWY9aHR0cDovL3d3dy9ydXWub2zcGl0YWwub
3JnPkNhc3RsZSBSb2NrIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgQPZBYEAgEPFgIfBWhkAgMPFgIfAAVLPG
EgaHJlZjlodHRwOi8vd3d3Lm15bGd0d5dexl1dG9lu9JnPkxpdHRsBBsvlZlbnRpoPc3QSG9
zcG10YWw8L2E+

ZAIFD2QWBAIBDxYCHwVoZAIDDxYCHwAFPIxhIGhyZWY9aHR0cDovL3d3dy9sdWhjYXJly9vcmcvPkxvbmdtb
250IFVuaXRlZCBIb3NwaXRhbDwvYT5kAgYPZBYEAgEPFgIfBWhkAgMPFgIfAAVFPGEgaHJlZjlodHRwOi8vd3
d3Lml1cmN5ZHZyYW5nb3vcmc+TWVyY3kgUmVnaWWWaVNhbCBDZW50ZXI8L2E+

ZAIHD2QWBAIBDxYCHwVoZAIDDxYCHwAFPzxhIGhyZWY9aHR0cDovL3d3dy9vcnRob2NvbG9yYWRvLm9yZz5Pc
nRob0NvbG9yYWRvIEhvc3BpdGFsPC9hPmQCCA98WAh8FaGQCAw8WAh8ABUM8YSBocmVmPWh0dHA6Ly
93d3cugGFya2VyaG9zcGl0YWwub3JnPlBhcmtlciBEZHlbnRpc3QgSG9zcGl0YWw8L2E+

ZAIEDxQrAAIPFgQfAmcfAwIIZGQWEGYPZBYCAgEPFgIfAAVPPGEgaHJlZjlodHRwOi8vd3d3LnBlbnJvc2Vzd
GZyYW5jaXMub3JnPlBlbnJvc2UtU3QuIEZyYW5jaXMgSGVhbHRoIFNlcnZpY2VzPC9hPmQCAQ9WAh
8ABUM8YSBocmVmPWh0dHA6Ly93d3cuG9ydGVyaG9zcGl0YWwub3JnPlBvcnRlciBEZHlbnNpc3QgSG9zcGl
0YWw8L2E+

ZAICD2QWAgIBDxYCHwAFPIxhIGhyZWY9aHR0cDovL3d3dy5zdGFudGhvbnlob3NwLm9yZz5TdC4gQW50aG9ue
SBIb3NwaXRhbDwvYT5kAgMPZBYCAgEPFgIfAAVVPGEgaHJlZjlodHRwOi8vd3d3L1nN0YW50aG9ueW5vcnRoaG
VhbHRoY2FtcHVzLm9yZz5TdC4gQW50aG9ueVNvBOb3J0aCBIZWFsdGggQ2FtcHVzPC9hPmQCBA9kFgICAQ8WAh8
ABVA8YSBocmVmPWh0dHA6Ly93d3cuc3VtbWl0bWVkaWNhbGNlbnRlci5vcmc+

U3QuIEFudGhvbnkgU3VbWl0IE1lZGljYWwgQ2VudGVyPC9hPmQCBQ9kFgICAQ8WAh8ABUY8YSBocmVmPWh0d
HA6Ly93d3cuc3RtYXJ55Y29yd2lue9yZTdC4gTWFyeSlbbJJ3aW4gTWVkaWNhbHNCBDZW50ZXI8L2E+

ZAIGD2QWAgIBDxYCHwAFQTxhIGhyZWY9aHR0cDovL3d3dy5zdGNhbdGhlcmluZXWhvc3Aub3JnPlN0LiBDYXRo
XJpbmUgSG9zcGl0YWw8L2E+

124454...

FsbGHhcC2sBbVXdH2AiNbZgWAmYPFQlp+
L01MSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0Vtb3Rpb25hbC0tLVNwaXJpdHVhbC1SZXNvdXJjZXMvI
kVtb3Rpb25hbCAmYW1wOyBTcGlyaHVhbCBSZXNvdXJjZXMkAg4PZBYCZg8VAjEvTUxIL0Zvci1QYXRpZW50cy
1hbmQtRmFtaWxpZXMvTWVkaWNhdGlvbi1SZWNvcmQvEU11ZGljYXRpb24gUmVjb3JkZAIPD2QWAmYPFQIvL01
MSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1RoZS1EQUlTWS1Bd2FyZC8PVGhlIERBSVNZIEF3YXJkZAIQ
D2QWAmYPFQIpL01MSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0dpZnQtU2hvcC8JR2lmdCBTaG9wZAIRD
2QWAmYPFQJIaHR0cHM6Ly93d3cuaXRyaWFnZW2WhlYWx0aC5jb20vZmFjaWwpdHkvbGl0dGxldG9uLWFkdmVudG
lzdC1ob3NwaXRhbC02MTczcGVRlbGwgVXMgWW91JiMzOTtyZSBDb21pbmdkAhIPZBYCZg8VAiovTUxIL0Zvci1
QYXRpZW50cy1hbmQtRmFtaWxpZXMvQ2FtcHVzIL1hcC8KQ2FtcHVzIElhcGQCEw9kFgJmDxUCOS9NTEgvRm9y
LVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LWFuZC1WaXNpdG9yLUd1aWRlL1xtQYXRpZW50ICZhbXA7I
FZpc2l0b3IgR3VpZGVkAhQPZBYCZg8VAi1vdUhfRwczovL2NlbnR1cmmEuc2VjdXJlZm9ybXMl1MC5uZXQvZm
lsbE91dEZvcm0uYXNweD9mb3JtbmFtZT1MQUhfU2hhcmVfQV9Db21wbGltZW50QW1hbGdllbnQgQ29tcGxpbWV
udHNkAhUPZBYCZg8VAjkvTUxIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQ3JlYXRlLWEtUGF0aWVudC1X
ZWItUGFnZS5BZQ3JlYXRlIGEgUGF0aWVudCBXZWIgUGFnZWQCFg9kFgJmDxUCES9NeUNlbnRlcmFIZWFsdGdvD
015Q2VudHVyYUhlYWx0aG0aGQCFw9kFgJmDxUCOS9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW
50LUdyaWV2YW5jZS1Qcm9jZXNzL1xQYXRpZW50IEdyaWV2YW5jZSBQcm9jZXNzZAIYD2QWAmYPFQI3L01MSC9
Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByZWduYW5jeS1Mb3NzLVNlcnZpY2VzLxdQcmVnbmFuY3kgTG9z
cyBTZXJ2aWNlc2QCGQ9kFgJmDxUCOS9NTEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QcmVwYXJpbmctR
m9yLUEtUHJvY2VkdXJlL1xlQcmVwYXJpbmcgZm9yIGEgUHJvY2VkdXJlL1AIaD2QWAmYPFQIuL01MSC9Gb3ItUG
F0aWVudHMtYW5kLUZhbWlsaWVzL1lNcHBvcntZR3JvdXBzLw5TdXBwb3J0IEdyb3Vwc2QCAw9kFgRmDxUFEk1
MSC9Ib211L0Fib3V0LUVVzLw9kcm9wZG93bi10b2dnbGUIZHJvcGRvd24IQWJvdXQgVXMVPGIgY2xhc3M9ImNh
cmV0Ij48L2I+
ZAIBDxQrAAIPFgQfAmcfAwIJZGQWAmYPZBYSAgEPZBYCZg8VAh4vTUxIL0Fib3V0LVVzL0F3YXJkcy0tLUhvb
m9ycy8WQXdhcmMRzIGFuZCBSZWNvZ25pdGlvbmQCAg9kFgJmDxUCUC9NTEgvQWJvdXQtVXMvTGl0dGxldG9uLU
hvc3BpdGFsLUEvdW5k5kYXRpb24tHUxpdHRsZXRvbi1BawXRhbCBGb3VuZGF0aW9uZAwAmYPFQIbL0
MSC9BYm91dC1Vcy9IZWFsaW5nLUFydHMvDEhlYWxpbmcgQXJ0c2Q2QBkFgJmDxUC9NTEgvQWJvdXQtVXMv
RW1vdGlvbmFsL1UhlYWxpbmcvI0Vtb3Rpb25hbC1IZWFsaW5nZAIPZBYCZg8VAhMvRmluZC1PdXItRmF
jaWxpdHkvEUZpbmdgT3VyIEZhY21saaXR5ZAIID2QWAmYPFQIZL01MSC9BYm91dC1Vcy9HcmVlbi1UZWFtTLwph
cmVlbiBUZWFtZAIJZ2QWAmYPFQIcL01MSC9BYm91dC1Vcy9NaXNzaW9uVy1RyaXZBzZ
AIED2QWBGYPFQUOQ29tbXVuaXR5LUxBSC8PZHJvcGRvd241tdG9nZ2xlIGRyb3duduCUNvbWl1bml0eRU8Yi
BjbGFzcz0iY2FyZXQiPjwvYj5kAgEPFCsAAg8WBB8CZx8DAgRkZBYCZg8VFggCAQ9kFgJmDxUCT2h0dHBzOi8
vcmVvLmFmFiY3NppZ251cC5jjb20vdmllbdy92mY3X21vbnRoLmFFzcHg/
YXM9MjgmYW1wO3dwPTExNy9zhbXA7YWlkPUNFTlRURVUkEEXZXlbmdIPZBYCZg8VA
hwvTUxIL0NvbW11bml0eS9Wb2x1bnRlZXIvBHVudGVlcmluZ2QCAw9kFgJmDxUCOS9NTEgvQ29tbXVuaXR5TW
VkaWEvDFNvY21hbCBNZWRpYWQ2WQCBA9kFgJmDxUCIS9NTEgvQ29tbXVuaXR5L00vbW11bml0eS1CZW5lZml0cy9
Db21tdW5pdHkgQmVuZWZpdHNkAgUPZBYCZg8VAjAvTUxIL0hvbWUgV29sdW50ZWVyX2hlbHBfdHJhaW5pbmdfa
3Jhb3XRyZ2dmcluZmNXJkVIl9ZfSdGggaWiZfQ3VsbG5kMnV2b3Zhdm1SC9Ib211L0hlYWx0aC1bbHBfY2pcmVzV
2ZAIBDxQrAAIPFgQfAmcfAwIHZGQWAmYPFQYOZBYCZg8VAg0vVRwJvbGEtVmlydXMvF0Vib2xhIFZpcnVzV2l
EluZm9ybWF0aW9uZ2QWAmYPFQILL0NhZWXwsS8JQ2Fmw6lXZWxsZAIDD2QWAmYPFQINL21UcmlhZ2
UtQXBwLwdpVHJpYWdlIZAIED2QWAmYPFQIQL01vdmVtZW50dWxQXRBwLwpNb3Z1bWVudFRvZAIFD2QWAmYPFQI
WL1NlYXNvbmFsLUl1uZm9ybWF0aW9uLxRTZWFzb25hbCBJbmZvcm1hdGlvbmQCBg9kFgJmDxUCEZgVZWdGg
TGlicmlFyeS8OSGVhbHRoI1ExpYnJhcnlkAgcPZBYCZg8VAhAvSGVhbHRoRoeS1IYWJpdHMvDKhlYWx0aHkgSGFi
aXRzZAIGD2QWBGYPFQUOTUxIL0hvbWUvTmV3cy9PZHJvcGRvd241tdG9nZ2xlIGRyb3duduCUNvbXl1bml0eRU8Yi
xhc3M3ImNhcmV0Ij48L2I+
ZAIBDxQrAAIPFgQfAmcfAwICGQWAmYPZBYEAgEPZBYCZg8VAhgvTUxIL05ld3MvRm9yLXRoZS1NZWRpYS5SN8R
m9yIHRoZSBNZWRpYWQCAg9kFgJmDxUCES9NTEgvTmV3cy9DcmVhdGVuBkNyZWF0ZWQCBw9kFgYCAw9kFgJmD2
QWBGYPZBYCAgMPZBYCZg9kFgICAQ8WAh4FY2xhc3MFREGRyb3B6b251IFBCQ2xlYXJ9xAkgEPZBYCAgEPZBYCZg9
kFgICAQ9kFgICAQ8WAh8DAgEWAmYPZBYCZg8VAgAAZAIBDxCXyCHwVoZAIDDxCYCHwMCARYCZg9kFgICAQ9kFgJm
D2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgRmD2QWAmYPZBYIAgIPZBYCZg8FgIBWkWB8BEBU8vdXBsb2
FkZWRJbWFnZXMvXlsaXR0bGV0b25ob3NwaXRhbC9Db250250ZW50L01MSC9Ib211L0Nhcm91c2Vscy9MaXR0bGV
0b24tbGcuanBnH1g1BbHRlcm5hdGVUZXh0wBRBcm94bGF0b24gQXNwaXRhbCBDb2FvdXJlF1gIHhbWdlVXJsB0k
aBYCZg8VAQBkAgMFpgFIBgULaXRlbSBhY3RpdmUWJBBdW8vdXBsb2FkZWRJbWFnZXMvXlsaXR0bGV
0b24tbGcuanBnHg1bBHRlcm5hdGVUZXh0wBRBcm94bGF0b24gQXNwaXRhbCBDb2FvdXJlF1gIHhbWdlVXJsB0k
aBYCZg8VAQBkAgMFpgFIBgULaXRlbSBhY3RpdmUWBBIBDw8WBBEBU8vdXBsb2FkZWRJbWFnZXMvXlsaXR0b
GV0b25ob3NwaXRhbC9Db250250ZW50L01MSC9Ib211L0Nhcm91c2Vscy9MaXR0bGV0b24tbGcuanBnHwFHFEXpdH
RsZXRvbiBBZHIlbnRpc3QgSG9zcG10YWxkAIDDxCYCHwVoZgJmD2QWBGYPZBYCAgMPZBYCZg9kFgIC
AQ8WAh8DAgEWAmYPZBYCZg8FQIAAGQCBg9kFgJmD2QWAmYPZBYCAgMPZBYCZg9kFgICAQ8WAh8DAgEWAmYPZB
YCZg8VAgAAZAIBDxCXyCHwVoZgJmD2QWBGYPZBYCAgMPZBYCZg9kFgICAQ8WAh8DAgEWAmYPZBYCZg8FQIAAGQ
CBg9kFgJmD2QWAmYPZBYCAgMPZBYCZg9kFgICAQ8WAh8DAgEWAmYPZBYCZg8VAgAAZAIBDxCXyCHwVoZgJmD2QWB
GYPZBYCAgMPZBYCZg9kFgICAQ8WAh8DAgEWAmYPZBYCZg8FQIAAGQCBg9kFgJmD2QWAmYPZBYCAgMPZBYCZg9kFgIC
AQ8WAh8DAgEWAmYPZBYCZg8VAgAAZAIBDxCYC
G92ZXMgTGl0dGxlIE9uZXMuIEZpbmQgb3V0IHdooeSBldmVyeW9uZeKAmXMgdGFsa2luZyBhYm91dCB0aGUgYZ

9udGVzdCBoaGF0IGNvbmxlRcThatQ9ewWJfclb1rWJ5tczhbW9icy4gVm1aQdogU3V1HdThNpdGUgYXQgTGl
0dGxldG9uTG92Z2XNaXR0bGVPbmVzLiBkAgQPFgIfBWcWBgIBDxYCHwAFAjIlIZAIDDxYGHglpbm5lcmh0bVwF
CHZpZXcgYWxsHgdvbmNsaWNrIBU5kb2N1bWVudC5sb2NhdGlvbi5ocmVmPScvTUxIL1NwZWNpYWx0aWVzL0VtZ
XJnZW5jeS1hbmQtVHJhdWlhLOVSLVdhaXQtVGl0ZXMvJzsfBWdkAgUPDxYKHwAFFVRlbGwgVXMgWW91J3JlIE
NvbWluZzx4LTMF2aWdhdGVVcmwfBSGh0dHBzOi8vd3d3Lml0cmlhZ2VoZWFsdGguY29tL2Zhय1saaXR5L2xppdHR
sZXRvbi1hZHZlbnRpc3Q0tagG92cGl0YWwtNjE3Mx4GVGFyZ2V0BQZfYmxhbmse BlRvb2xUaXAFFVRlbGwgVXMg
WW91J3JlIENvbWluZx8FZ2RkAgYPFgIfBWcWBAIBDxYCHgNzcmMFUWh0dHBzOi8vbWFwcy5nb29nbGUuY29tL
21hcHM/
bGw9MzkuNTc2Mjg4NCwtMTA0Ljk4NjEwNDAmYW1wO3o9MTAmYW1wO291dHB1dD1lbWJlZGQCAw8WAh4EaHJlZ
gVZL0NvbXBvbnVudHMvVGVtcGxhdGVzL0RpcmVjdGlvbnMuYXNwedD9lbmRhZGRyYZNzPTc3MDAgU291dGggQ
JvYWR3YXksIExpdHRsZXRvbiaQO08q0DAxMjJkAgggPFgIfAwIDFgYCAQ9kFgJmDxUEFS9NTEgvSG9tZS9Db25
0YWN0LVVzLwVfc2VsZHFDYWxsIDMyMy03MzAtODkwMGQCAg9kFgJmDxUEHC9NTEgvQ29tb
YXJlZXZwL1FZHuYQlYYXRpb24vRkVMbHVkaAgDy3FX3N1bGYMVm9sdW50ZWVyhFZvdHVuQlVclmulZ2QCAg9kFgFg
JmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGwwMF9Db250ZW50U0GxhY27Ib2xkZXIxX0Ryb3Bab251MV91eENvbHV
tbkRpc3BsYXlfY3RsMDBfdXhhhDb250ocm9sQ29sd5u1WluX2N0bDAwX3V4Yz1kZZ2V0SG9zdF91eFpZGdldEhvc3Rf
d2lkZ2V0X1dpdGglbEVkaXRvrc19VeENhbmNIbbF8wX0JldHRvdHRvbmRpbGF2bnknN0dGluX3V4YzElbG9jYXRpo25
GwwMCRDb250ZW50UGxhY2hY2VIb2xkZXIxX0Ryb3Bab251MSR1eENvbHVtbkRpc3BsYXlfY3RsMDBfdXhhhDb250oc
9sQ29sdW1uX0JldHRvbkRpc3BsYXlfY3RsMDBfdXhjWjHldUaW1kZ2V0SG9zdF91eFpZGdldEhvc3RfdolkZ2V0X1dpd
hbmNlbCcsJycp0x3QJldHVybiBmYWxzZTtkBQDYM5jZWxkAgUPZBYCZg9kFgRmD2QWAgIDEZQWAmYPZBYCAgEP
FgIfBgUQZHJvcHpvbmUgUElJDbGVhckmQCAg9kFgJCAQ9kFgJmD2QWAgIBDxYCHwYFBCByb3cWAgIBDxYCHwMCB
BYIZg9kFgZmDxUCAABkAgEFFgIfBWhkAgMFFgIfBWwICFgnwICFgJmD2QWAmYPZBYCZg9kFgRmD2QWBGYPFQGAAWN
9kFgICAQ9kFgJmD2QWAgICD2QWAgIGD2QWAmYPZBYCZg9kFgmD2QWBGYPFQGPAWN0bbAwX0NvbnRlbnRQbGF
jZUhvbGRlcjFfRHJvcFpvbmUyX3V4Q29sdW1uRGlzcGxheV9jdGGwwMF91eENvbnRyb2xDb2x1bW5f5fY3RsMDBf
dXhXaWRnZXRIb3N0X3V4V2lkZ2V0SG9zdF93aWR35F93aXRoX0RlaXRvxFjdWFuUY2VsK1ZzVsJywnKScp0x3JZYF
AIBDxQrAgMFpwFfX2RvUG9zdEJhY2zonY29sdW1uX0N0bDAwX0NvbnRyb2xDb2x1bW5fSW5saVPSZnVbmRyb2xCb2x1bW5fSW5sa
9sdW1uRGlzcGxheSR1dGGwwMClEbENvbnRyb2xDb2x1bW5fSW5uaVfSZnVbmRyb2xCb2x1bW5fSW5sa
zdF93aWRnZXQkVXJkZ2V0SG9zdF91eFRpbmRpc3BsYXlfY3RsMDBfdXhjWl9jbVfsb25laHVpY2xsLmFjZHJg/
cGFnZWlkPTY3JmlkPTEwNzN3DU1NzqwYiA+
PHRpbWUgZGF0ZXRpbWU9IjYvOS8yMDE2IDEyOjAwOjAwIEFNIj5KdW40gOSwgMjAxNjwvdGltZT48L2E+
ZAIDDxYCHwAFpgE8YSBocmVmPSIvQ29tcG9uZW50c8y9XaXJlZnNHbWVzL3BiX25kIGluIF
N0YXRlIHRvIE9mMyISpdpkXMgT3hpZGGZG2m9yIExhY9yaW5uIElvbnVaEbnR25GWZD0MT0SmxWdU2VmMPHRwKpVm
ZAIBDxQWBAIBDxYCHwAFiwE8YSBocmVmPSIvQ29tcG9uZW50cy9XaXJlZnNHbWVzL3BiX25kIGluIFN0YXRlIHRvL
3B4P3BhZ2VpZD02NzMmaWQ9MTA3NTg1IgjpzYjx0aWllIGRhdGV0aW1lPSI2LzIwLzIwMTY2MDA6MDA6MDA
AgQU0iPk1heSAyMCwgMjAxNjwvdGltZT48L2E+
ZAIDDxYCHwAFtgE8YSBocmVmPSIvQ29tcG9uZW50cy9XaXJlZnNHbWVzL3BiX25kIGluIFN0YXRlIHRvL3B4P3BhZ
2VpZD02NyZpZD0xMDczNzNQ1NTgiPjx0aWllIGRhdGV0aW1lPSI1LzIwLzIwMTY2MDA6MDA6MDA6MDA
G10YWxtQXdhcmQtZm9yLUNsaW5pY2FsLUV4Y2VsbGVuY2UtLU9mLVBIeXNpY2lhbi1XZVwwdHJvcGljYWwt
Q2VudHJyyL1IIZWFsdGgtsSG9zcGl0YWxzLUFjaGlldmVtZW50LCJ3abR0ZWRpCHGUbVch3R0cG0vemxjb25j
G10YWxtQXdhcmQtZm9yLUNsaW5pY2FsLUV4Y2VsbGVuY2UtLU9mLVBIeXNpY2lhbi1XZVwwdHJvcGljYWwtQ2Vu
dGFyLUhIZWx0aGNhcmUtbGFBpbWQtTmVwZ2hib3Jj3Jvb3JlIEhlYWx0aCBZW50ZXIgaW4gTGl0dGxldG9uPC9
hPmQCAg9kFgQCAQ8WAh4BABdEBPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLUVyZXNnLVJlbGVhc2VzL0zpdmUt
Q2VudHVyYS1IZWFsdGgtSG9zcGl0YWxzLUFjaEVlbmnImcmlbd2hbHRoL25ZXdzLDcpRpdGxlPSdBbG9nPHNwb
G10YWNtQXdhcmQtZm9yLUNsaW5pY2FsLUV4Y2VsbGVuY2UtLU9mLVBIeXNpY2lhbi1XZVwwdHJvcGljYWwt
Q2VudHVyYS1IZWFsdGhjYXJlLUFjaGlldmVtZW50IChbdxDWEL2ZpbmQtYS1kb2N0b3Ip0x3JZldHVybiBmYWxzZTt
kjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXlfY3RsMDBfdXhjb250
cm9sQ29sdW1uJ0b0DbAwJHV4V2lkZ2V0SG9zdF91eFdpZGdldEhvc3Rfd2lkZ2V0X0RpdGlzcGxheVVkJXTsdkdLdXTsdkdL
ENhbmNlbCcsJycp0x3JldHVybmbYWxzZTtkBQZDYW5jZWxkAgYPZBYCZg9kFgRmD2QWAgIBDxYCHwYFBVQhcm3M3M9J2NvbTC02Jw
BkAgEPFgIfBWhkAgMFFgIfAwIDFgZmD2QWAgIBDxYCZg9kFgRmD2QWAmYPZBYCAgEPZBYCAgEPFgIfBgUQZH
WBGYPZBYCZg9kFgICBA8PFgIfBWdkZAICD2QWAgICD2QWAgIGD2QWAmYPZBYCZg9kFgmD2QWBGYPFQGPAWN0N
bnRlbnRQbGF jZUhvbGRlcjFfRHJvcFpvbmUyX3V4Q29sdW1uRGlzcGxheV9jdGwwMF91eENvbnRyb2xDb2x1b

W5fY3RsMDB1dxhXaWRnZXRIb3NoQWxkZ2v0SG5cUuY3aWRnZXRv2lkZ2v0RWRpdG9yY1V4Q2FuY2VsXz
BfQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG9zdEJhY2soJ2N0bWwJENvbnRlbnRQbGFjZUhvbGRlcljEkRHJvcFp
vbmUyJHV4Q29sdW1uGlzcGxheSRjdGwwMiR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0QHV4
V2lkZ2V0SG9zdGF93aWRnZXQkV2lkZ2V0RWRpdG9yY1V4Q2FuY2VsJywnJyk7cmV0dXJuIGZhbHN1O2QFBkNhb
mNlbGQCAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgRmD2QWAmYPZBYCAgQPDx
YCHwVnZGQCAg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGwwMF9Db250ZW50U0xvt2VIb2xkZXI
xX0Ryb3Bab25lMl91eENvbHVtbkRpc2BsYXlfY3RsMDJfdXhDb250cm9sQ29sdW1uX2N0bDAxX3V4V2lkZ2V0
SG9zdF91eFdpZGdldEhvc3Rfd2lkZ2V0X1dpZGdldEVkaXRvcl9veENhbmNlbGQCAQ8UKwIDB
acBX19kb1Bvc3RCYWNrKCdjdGGwwMCRDb250ZW50UGxhY3ZIb2xkZXIxJHVzRRyb3Bab25lMiR1eENvbHVtbkRpc3
BsYXkkY3RsMDIkdXhDb250cm9sQ29sdW1uJGN0bDAxJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2V
0JFdpZGdldEVkaXRvciVt0eENhbmNlbDsCcsJycp03JldHVybiBmYWxzZTtkBQZDYW5jZWxkAgIPZBYCAgEPZBYC
Zg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD2QWAmYPZBYCAgIEDw8WAh8FZ2RkAgIPZBYCAgYPZ
BYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYWN1SG9sZGVyMV9Ecm9wWm9uZTJfdXhDb2
x1bW5EaXNwbGF5X2N0bDAyX3V4Q29udHJvbENvbHVtbl91eENvbHVtbl91eENvbHVtbjEfdXhDb250ZW50U0xvbnJ
0X3dpZGGdlF9XaWRnZXRFZGl0b3JfVXhDYW5jZWxfQnV0dG9uZAIBDxQrAgMFpwFfX2Rvb1Bvc3RCYWNrKCdjdGwwMCR
Y3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdGF9wd3aWRnZXQkV2lkZ2V0RWRpdG9yJHV4Q2FuY2VsJywnJyk7
cmV0dXJuIGZhbHN1O2QFBkNhbmNlbGQCAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgRm
D2QWAmYPZBYEZg9kFgJmD2QWAgICDw8WAh8FZ2RkAgIPZBYCAgYPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8B
Y3RsMDBfQ29udGVudFBsYWN1SG9sZGVyMV9Ecm9wWm9uZTJfdXhDb2x1bW5EaXNwbGF5X2N0bDAyX3V4Q29u
dHJvbENvbHVtbl91eENvbHVtbjEfdXhDb250ZW50U0xvbnJ0X3dpZGGdlF9XaWRnZXRFZGl0b3JfVXhDYW5j
ZWxfQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG9zdEJhY2soJ2N0bWwJENvbnRlbnRQbGFjZUhvbGRlcljEkRHJvc
Fp2lkZ2V0SG9zdGF93aWRnZXRv2lkZ2V0RWRpdG9yY1V4Q2FuY2VsXzBfQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG
9zdEJhY2soJ2N0bWwJENvbnRlbnRQbGFjZUhvbGRlcljEkRHJvcFp2lkZ2V0SG9zdGF93aWRnZXRv2lkZ2V0R
WRpdG9yY1V4Q2FuY2VsXzBfQnV0dG9uZAIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgRmDxUBjwFjdGwwMF
g4Q28W8kAh8DAggWEGYPZBYCZg9VBB4vTUxIL0Fib3V0LVVvZL0F3YXJkcy0tLUhvbm9ycy84BV9zZWxmWBYE
JkIFdpbm5pbmcQ2FyZWQCAQ9kFgJmDxUEMmh0dHA6Ly93d3cuY2FzdXlcm9ja9ja2hvc3BdFsLm9yZy9Db25
0YWN0LVVzL2DYXRvci11HdWlkZS88A8BV9zZWxmWBBYEMdxd1NpdXNpZGGVsOM9kFgJ_WaXNpdG5Ib1EdTawR
lhXaGLlVBkGYPZBYCZg9VBB4vTUxIL0Fib3V0LVVvZL0F3YXJkcy0tLUhvbm9ycy84BV9zZWxmWBYE
JkIFdpbm5pbmcQ2FyZWQCAQ9kFgJmDxUEMmh0dHA6Ly93d3cuY2FzdXlcm9ja2hvc3BdFsLm9yZy9Db250YWN
0LVVzLm1zaXRvd1HdWlkZS8A8BV9zZWxmWbBdGxpbnB9HdWlkZW5hV2Nw5IEd1aWRlZ2xmZ2D05IElbWR5aXzZ
ZtP2lkPTE2OQAFX3Nlbm9lQ3YWxwdWdyY3DYMvUGF3YXJkcy0tLUhvbm9ycy8VEC9Db3tZdCBzBSZ9WYvcmRkA
Igx6YIEd1aWRlX3NlbGYPZBYCZtP2lkPTQ2OQAFFldUGF9zX4YvcmRkA0YIEd1aWRlX3NlbGYPZBYCZtP2lkPTQ
2OQAFFldUGF9zX4YvcmRkA0YIEd1aWRlX3NlbGYPZBYCZt2lkPT6XNlbGY2FuY2VyY1ENHcmVkAgMPZBYCZg8V
g8VBA8vYm9keS5jZm0/
aWQ9NTkABV9zZWxmEENhcmRpYWMgU2Vydml1jZXNkAgQPZBYCZg8VBBAvYm9keS5jZm0/
aWQ9Mjk5SAAVfc2VsZg9NZWRpY2FsIEltYWdpbmdkAgUPZBYCZg8VBA8vYm9keS5jZm0/
aWQ9NjcABV9zZWxmGE5ldXJvc3VyZ2VyeSAmIE5ldXJvbmNueCW8aWh8DAgUWCmYPZBYCZg8VBBA0vT3VyL
U5ldHdvcmsvAAALT3VyIE5ldHdvcmtrAgEPZBYCZg8VBBUvSG9tZQ29tcGxleCBpcDJZS8AAA5BREEgQ2
9tcGxpeW5jZ5jWQCAg9kFgJmDxUEdEF9DYXJkZ1FYfUFzIHYKYXRpb24lLZXI9DZXJkdGVuIFNhcGxlL
G1Z2NvbmFkawVBGlsZXRpd2VuREZ5bnN1Qbzaxp3kvAAAhV2Vic2l0Q2lvIElncmVzc3MkTqUVWhpbAWN1
VhbmQCbXVXHuQTbl8eIGludPZWhvbGR9bGlvbnNkAgIPZBYCZg8VBBrAAFX35lbnJnZL3NlbGYL3RlbXBsYXR1
cvaAVfc2VsZglWb21nbRlZXJfQXBbYZBYCAg8VBBavYm9keYm9keY9cnRkAgYIEd1aWRlX3NlbGY2YXJkc3lyd
c3QgQ2VudGVyAICD2QWAmYPFQQQL2JvZHkuY2ZtP2lkPTgxMwAFX3NlbGY2FuY2VyIENhcmVkAgMPZBYCZ
g8VBA8vYm9keS5jZm0/
aWQ9NTkABV9zZWxmEENhcmRpYWMgU2Vydml1jZXNkAgQPZBYCZg8VBBAvYm9keS5jZm0/
aWQ9Mjk5AAVfc2VsZg9NZWRpY2FsIEltYWdpbmdkAgUPZBYCZg8VBA8vYm9keS5jZm0/
aWQ9NjcABV9zZWxmGE5ldXJvc3VyZ2VyeSAmIE5ldXJvbmNuXBkAg8VBA0vT3VyL
U5ldHdvcmsvAAALT3VyIE5ldHdvcmtrAgEPZBYCZg8VBBUvSG9tZQ29tcGxleCBpcDJZS8AAA5BREEgQ2
9tcGxpeW5jZ5jWQCAg9kFgJmDxUEdEF9DYXJkZ1FYfUFzIHYKYXRpb24lLZXI9DZXJkdGVuIFNhcGxlL
G1Z2NvbmFkawVBGlsZXRpd2VuREZ5bnN1Qbzaxp3kvAAAhV2Vic2l0Q2lvIElncmVzc3MkTqUVWhpbAWN1
VhbmQCbXVXHuQTbl8eIGludPZWhvbGR9bGlvbnNkAgIPZBYCZg8VBBrAAFX35lbnJnZL3NlbGYL3RlbXBsYXR1
cvaAVfc2VsZglWb21nbRlZXJfQXBbYZBYCAg8VBBavYm9keYm9keY9cnRkAgYIEd1aWRlX3NlbGY2YXJkc3lyd
c3QgQ2VudGVyAICD2QWAmYPFQQQL2JvZHkuY2ZtP2lkPTgxMwAFX3NlbGY2FuY2VyIENhcmVkAgMPZBYC
g8VBA8vYm9keS5jZm0/
aWQ9NTkABV9zZWxmEENhcmRpYWMgU2Vydml1jZXNkAgQPZBYCZg8VBBAvYm9keS5jZm0/
aWQ9Mjk5AAVfc2VsZg9NZWRpY2FsIEltYWdpbmdkAgUPZBYCZg8VBA8vYm9keS5jZm0/
aWQ9NjcABV9zZWxmGE5ldXJvc3VyZ2VyeSAmIE5ldXJvbmNuXBkAg8VBA0vT3VyL
U5ldHdvcmsvAAALT3VyIE5ldHdvcmtrAgEPZBYCZg8VBBUvSG9tZSB0cDS9BREEgQ29tcGxleCBpcDJZS8AAA5B
REEgQ29tcGxpeW5jZ5jWQCAg9kFgJmDxUEdEF9DYXJkZ1FYfUFzIHYKYXRpb24lLZXI9DZXJkdGVuIFN
hcGxlL21Z2NvbmFkawVBGlsZXRpd2VuREZ5bnN1QbzaAxp3kvAAAhV2Vic2l0Q2lvIElncmVzc3MkTqUVW
hpbAWN1VhbmQCbXVXHuQTbl8eIGludPZWhvbGR9bGlvbnNkAg8VBA0ArAAFX35lbnJnZL3NlbGYL3RlbXBsY
XR1cvaAVfc2VsZglWb21nbRlZXJfQXBbYZBYCAg8VBBavYm9keYm9keY9cnRkAgYIEd1aWRlX3NlbGY2YXJ
kc3lydc3QgQ2VudGVyAICD2QWAmYPFQQQL2JvZHkuY2ZtP2lkPTgxMwAFX3NlbGY2FuY2VyIENhcmVkAgMPZ
BYCg8VBA8vYm9keS5jZm0/
aWQ9NDMAAVfc2VsZg9bXhzaWNhbRlZXJfQXBbYZBYCZg8VBBavYm9keYm9keY9cnRkAgYIEd1aWRlX3Nlb
GY2YXJkc3lydc3QgQ2VudGVyAICD2QWAmYPFQQQL2JvZHkuY2ZtP2lkPTgxMwAFX3NlbGY2FuY2VyIENhc
mVkAgMPZBYCg8VBA8vYm9keS5jZm0/
aWQ9NDMAAVfc2VsZg9bXhzaWNhbRlZXJfQXBbYZBYCZg8VBBavYm9keYm9keY9cnRkAgYIEd1aWRlX3Nl
bGY2YXJkc3lydc3QgQ2VudGVyAICD2QWAmYPFQQQL2JvZHkuY2ZtP2lkPTgxMw

... bmsXZXiGDxYCHWVmFyteAQ8Wkh8DAgUWB5YPjbYZzg8VYmhhmVWNTYm9va2c8mRWoI8Vd9d3EZmZhY2Vib29rL
... mNvbS9MaXR0bGV0b25BZHZlbnRpRc3RIb3NwaXRhbAZfYmxhbmsAZAIBD2QWAmYPFQQHdHdpdHRlciRodHRwOi
... 8vd3d3LnR3aXR0ZXIuY29tL0xpdHRsZXRvbkhvc3AGX2JsYW5rAGQCBw8WAh8DAgUWCmYPZBYCZg8VAw0vT3V
... yLU5ldHdvcmsvAAtPdXIgTmV0d29ya2h1bhQ8mRWoI8Vd9d3EZmZhY2Vib29rLmNvbQ8WAh8DAgUWCmYPZBYCZg8VAxcvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL3RlYW0tY2FyZWVycyAmIEVkdWNhdGlvbg
... mQCAw9kFgJmDxUDES9Ib2llLL0Rpc2Nsb3N1cmVzAAtEaXNjbG9zdXJlcyEHBUQWAmYPFQITVTEPBvbGljjeWQ
... CDQ8WAh8ABXo8aDM+

... V2h5IFdlIEFzayBZb3VyIFpppcCBDb2RlRlpC9oMz48cD5PdXIgc2VhcmNhoIHRvb2xzIHJlcXVpcmUgYSB6aXAgY
... 29kZSB0byBtYXRjaCB0aGUgbG9jYXRpb24gbmVhcmVzdCB5b3UuPGJyIC8+PGJyIC8+
... PC9wPmQCDw8WAh8ABRtQbGVhc2UgdXBncmFkZSB5b3VyIGJyb3dzZXJkAEHFgIfAAVhRm9yIHRoZSBiZXN0I
... HNpdGUgdmlld2luZyBleHBlcmllbmNlIHBsZWZzZSB1cGdyYWRlIHlvdXIgYnJvd3NlciB0byBJbnRlcm5ldC
... BFeHBsb3JlciA5IG9yIGFib3ZlLLmQCFw8WAh8AZWQYAgV4Y3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRcm9
... wWm9uZTIkdXhDb2x1bW4tEaXNwbGF5LW9udHJvbAwJHV4Q29udHJvbENvbHVtbiRleFdpZGdldElEhvc3Qk
... dXhXaWRnZXRIb3N0X3dpdGgdCRWaWV3U2V0Dw9kZmQFL2N0bDAwJEVnbnRlbnRRbGFjZUhvbGRlcjEkVXhQY
... WdlSG9zdCRleFYU3dpdGgdGNoDw9kAgFkBUFjdGwwMCRveFByaW1hcnl0cnVpc2pBZubGVkXhNb2JpbGVOYXkY3
... RybDAkVXhNb2JpbGVOYXZTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDwrAUUAhVkZGRmAv////
... 8PZAWUAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uLlzcGxheS1jb250cm9s

... leENvbnRyb2xDb2x1bW4kY3RsMDAkQ29udHJvbENvbHVtbiRleFdpZGdldElEhvc3QkdXhXaWRnZXQkVXhMYXRlc3R0R
... ZXdzbGlzdCRleE5ld3JhZGVtbGzGldFZpZXcPrCFsADmRkZGRKZGQGUKwADZGRkAgNkZGRmAv////
... 8PZAUuY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRecm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5LW9udHJvbA
... kQ29udGVudFBsYWNlSG9sZGVyMSRecm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5LW9udHJvbEhvc3Qk
... bHVtbiRjdGwwMCRleFdpZGdldElEaG9zdXhXaWRnZXQkVXhMYXRlc3Rexs3QKeJkZGRkZGQGUKwAI
... ZGRk8VkZGRmAv////

... w9kBWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiRleENvbHVtbkRpc3BsYXktY29udHJvbA
... hDb250cm9sQ29sdW1uJHRsMDAkQ29udHJvbENvbHVtbiRleFVYU3dpdGdoNoDw9kAgFkBaEBY3RsMDAkQ27udGVu
... dFBsYWNlSG9sZGVyMwWm9uZTIkdXhDb2x1bW5EaXNwbGF5LW9udHJvbEhvc3RiRj
... dGwwMCRleFdpZGdldElEhvc3QkdXhXaWRnZXRZRIb3N0X3dpdGdCRWaWN3U2V0Dw9kZmQAWRnXZXFRZGl0b3JrWGVkdW5Yb
... G9uJGFzcEJ1dHRvbk1hcmt1cnsYW9ZRMAkQ29udGVudFBsYWNlSG9sZGVyMSRecm9wWm9uZTIkdXhDb2x1bW5
... MkdXhDb2x1bW5EaXNwbGF5LW9udHJvbEhvc3RiRjdGwwMCRleFdpZGdldElEhvc3QkdXhXaWRnZXR
... nZXRIb3N0X3dpdGdCRWaWV3U2V0Dw9kZmQFjdGwwMCRveFByaW1hcnl0cnVpc2pBZubGVkXhMb2JpbGVOYXkY3
... MiR1eENvbHVtbkRpc3BsYXktY29udHJvbEhvc3QkdXRib2JpbGVOYXZTZWNvbmRMZXZlbA8UKwAO
... GdldEhvc3Rfd2l0aZ2V0DVFdpZGdldEVkaXRvciRveENvbHRtbmlbCRCdXR0b24kYXNwQnV0dG9uTFya3VwZ
... 8PZGZkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMwWm9uZTIkdXhDb2x1bW5EaXNwbGF5LW9udHJvbEhvc
... wJHV4Q29udHJvbENvbHVtbiRjdGwwMCRDb250cm9sQ29sdW1uJHRsMDAkQ29udHJvbENvbHVtbiRZRF
... ZGl0b3IkVXhDb2JpbGVAHVBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMwWm9uZTIkdXhDb2x1bW5EaXNwbGF5
... mF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwyJFV4TW9iaWxlTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8Kw
... AJAAIJZGRkZgL/////
... D2QFKGN0bDAwJFV4SGVhZGVyJFV4TWljcm9zaXRlTWVudSRVeExlZnRuRuYXYPFCsADmRkZGRkZGQ8KwAJAAIJZ
... GRkZgL/////

... D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiRleENvbHVtbkRpc3BsYXktY29udHJvbEhvc3RiRjdGwwMCRleFdpZGdldElEaG9zdXhXaWRnZXQkVXhMYXRlc3RleHR
... XhDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiRleENvbHVtbkRpc3BsYXktY29udHJvbEhvc3RiRjdGwwMCRleFdpZGdldElEaG9zdXhXaWRnZXRZR
... Ib2xkZXIxJDRyb3Bab25lMiR1eENvbHVtbkRpc3BsYXktY29udHJvbEhvc3RiRjdGwwMCRleFdpZGdldElEaG9zdXhXaWRnZXR
... V2lkZ2V0U2V0dXRiRlFVYU3dpdGdoNoDw9kAgFkBdWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25l
... iR1eENvbHVtbkRpc3BsYXktY29udHJvbEhvc3RiRjdGwwMCRleFBkXhNb250cm9sQ29sdW1uJHRsMDAkQ29udHJvbEhvc3
... dpdGNoDw9kAgFkBBFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiR1eENvbHVtbkRpc3BsYXktY29udHJvbEhvc3
... kY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRecm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5LW9udHJvbEhvc3RiRjdGwwM
... MCRveFByaW1hcnl0cnVpc2pBZubGVkXhNb2JpbGVOYXkY3RybDAkVXhNb2JpbGVOYXZTZWNvbmRMZXZlbA8UKwA
... wAOZGRkZGRkZDwrAAcAgdkZGRmAv////
... 8PZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1nbGVkXhNb2JpbGVOYXkY3
... 1eENvbnRyb2x2x1bW4kY3RsMDAkQ29udHJvbENvbHVtbiRjdGwwMCRDb250cm9sQ29sdW1uJHRsMDAkQ29udHJvbEhvc3RiRjdGwwM
... dG9yJFV4Q2FuY2VsJEJ1dHRvbiRhc3BCdXR0b25YNYXJrdXBNb2RlDw9kZmQFQWN0bDAwJFV4UHJpbWFyeU5hd
... k1vYmlsZSRveE1vYmlsZU5hdiRjdHJsNSRVeE1vYmlsZU5hdl1nNY29uZExldmVsDVQrAA5kZGRkZGRkPCsAAm
... RkAgJkZGRmAv////
... 8PZAUpY3RsMDAkVXhIZWFkZXIkVXhNaWNyb3NpdGVNZW51JFV4UmlnaHRuYXYPFCsADmRkZGRkZGQ8KwAIAAAII
... IZGRkZgL/////
... D2QFogFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiRleENvbHVtbkRpc3BsYXktY29udHJvbEhvc
... XhDb250ZW50UGxhY2VIb2xkZXIxJDRyb3Bab25lMiR1eENvbHVtbkRpc3BsYXktY29udHJvbEhvc3RiRjdGwwMCRleFdpZGdldElEaG9zdXhXaWRnZXRZR
... RvcjEkVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvbkh1b2ml1CE1vZGUPD2RmZAVBY3RsMDAkVXhQcmltYXJ5TmF
... 2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwxJFV4TW9iaWxlTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwAA
... AAIaZGRkZgL/////
... D2QFJGN0bDAwJFV4UHJpbWFyeU5hdiR1YmlsZSRVeE1vYmlsZU5hdg8UKwAOZGRkZGRkZDwrAAYAAAgzkZGRmm

124454  v//
        8PZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRcm9wWm9uZTEkdXhDb2x1bW5SaXNNbGGF5JGN0bDAwJHV
        4Q29udHJvbEHVtbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAUuY3RsMDAkQ29udGVu
        dFBsYWNlSG9sZGVyMSRcm9wWm9uZTEkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZ
        GVyMSRcm9wWm9uZTMkdXhDb2x1bW5SaXNNbwbGF5JGN0bDAwJHV4Q29udHJvbEHVtbiRjdGwwMCR1eFdpZ
        dldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRcm9wWm9uZTMkdXhDb
        2x1bW5SaXNNbwbGF5JGN0bDAwJHV4Q29udHJvbEHVtbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhVWFN3aXRj
        aA8PZAIBZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRcm9wWm9uZTMkdXhDb2x1bW5SaXNNbwbGF5JGN0bDAw
        DAWJHV4Q29udHJvbEHVtbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ
        9udGVudFBsYWNlSG9sZGVyMSRcm9wWm9uZTIkdXhDb2x1bW5SaXNNbwbGF5JGN0bDAyJHV4Q29udHJvbENvb
        tbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVhY3RsMDAkQ29udGVudFBsYWNlSG9sZGRl
        cjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDEkdXhXaWRnZ
        XRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQXQkV2lkZ2V0RWRpdG9y9yJFV4Q2FuY2VsJEJ1dHRvbiRhc3BCdXR0b2
        5NYXJrdXBBNb2RlbDw9kZmQFZ2N0bDAwJENvbnRlbnRRbnQkZGF1bHybUjJUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGl
        zcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPD2GPD2QCAWQF
        oQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MSRleENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb
        250cm9sQ29sdW1uJGN0bDAwJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEVkaXRvci
        RVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9uJG9uTWFya3VwTW9kZWw9kZGFQ8PZGZkBWdjdGwwMCRDb250ZW50UGxhY2VIb2x
        kZXIxJERyb3Bab251MiRleENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lk
        Z2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBS5jdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyRle
        FVYU3dpdGNoDw9kAgFk0Xae137NPOiW39C7AZ6cCr9cVj/DAtk4YULTMz++4=" />
124455  </div>
124456
124457  <script type="text/javascript">
124458  //<![CDATA[
124459  var theForm = document.forms['aspnetForm'];
124460  if (!theForm) {
124461      theForm = document.aspnetForm;
124462  }
124463  function __doPostBack(eventTarget, eventArgument) {
124464      if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
124465          theForm.__EVENTTARGET.value = eventTarget;
124466          theForm.__EVENTARGUMENT.value = eventArgument;
124467          theForm.submit();
124468      }
124469  }
124470  //]]>
124471  </script>
124472
124473
124474  <script
        src="/WebResource.axd?d=
        t6Xk1lyxXcG3Twa91mdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2
        1-8q6Yk2c4QTTGPS_sQfQs1&amp;t=635586452020000000" type="text/javascript"></script>
124475
124476
124477  <script
        src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
        lh7d_XvfCmt3JVE-
        v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
        KZ51fKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
124478  <script
        src="/ScriptResource.axd?d=
        lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS10l8k-
        jDXi1WxaLqm-
        nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
        _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
124479  <div class="aspNetHidden">
124480
124481      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
        value="928E56FE" />
124482      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
        value="/wEdAARrk+COk0/rl6dDd913+MpbIKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
        O7/r72ox0aBhVzj2Ka/Zj/Zt8/G2mLkVrpuqSRPciGtiYszanPqL6qIlA=" />
124483  </div>
124484          <div id="top"></div>
124485
124486

```
124487
124488
124489
124490  <div class="logo-wrap visible-print">
124491      <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
124492  </div>
124493
124494  <header id="header" class="hidden-print">
124495      <div class="c">
124496          <a class="open-link opener hamburger-menu" href="#"></a>
124497          <div class="top-header">
124498
124499              <div class="col-md-12">
124500                  <div class="topbreadcrumb ">
124501                      <a class='test' href='/MLH/Home/'>Home</a>
124502                  </div>
124503
124504
124505
124506  <nav>
124507
124508
124509
124510          <ul class="contact-list">
124511              <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…   class="glyphicon glyphicon-chevron-left"></span></li>
124512
124513          <li>
124514              <a href="/Financial-Help/" target="" title="Payment Help?">Payment
…   Help?</a>
124515
124516          </li>
124517
124518          <li>
124519              <a href="/MLH/Home/Careers/" target="" title="Careers &amp;
…   Education">Careers &amp; Education</a>
124520          <ul class="contact-list">
124521              <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…   class="glyphicon glyphicon-chevron-left"></span></li>
124522
124523          <li>
124524              <a href="/MLH/Community/Classes-and-Events/" target="" title="Health
…   Career Events">Health Career Events</a>
124525
124526
124527          <ul class="contact-list">
124528              <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…   class="glyphicon glyphicon-chevron-left"></span></li>
124529
124530          <li>
124531              <a
…   href="/MLH/Careers-and-Education/Health-Career-Events/Diabetes-Education---Nutrition-
…   Counseling/" target="" title="Diabetes Education &amp; Nutrition Counseling">Diabetes
…   Education &amp; Nutrition Counseling</a>
124532
124533          </li>
124534
124535          </ul>
124536
124537          </li>
124538
124539          <li>
124540              <a
…   href="/MLH/Careers-and-Education/Academic-Institution-Responsibilities/" target=""
…   title="Academic Institution Responsibilities">Academic Institution
…   Responsibilities</a>
124541
124542          </li>
```

```
124543              <li>
124544                  <a
124545      href="/MLH/Careers-and-Education/Academic-Institution-Responsibilities---Clinical/"
…           target="" title="Academic Institution Responsibilities - Clinical">Academic
            Institution Responsibilities - Clinical</a>
124546
124547              </li>
124548
124549              <li>
124550                  <a
            href="/MLH/Careers-and-Education/Academic-Institution-Responsibilities---Non-Clinical
…           /" target="" title="Academic Institution Responsibilities - Non-Clinical">Academic
            Institution Responsibilities - Non-Clinical</a>
124551
124552              </li>
124553
124554              <li>
124555                  <a href="/MLH/Careers-and-Education/Benefits/" target=""
…           title="Benefits">Benefits</a>
124556
124557              </li>
124558
124559              <li>
124560                  <a href="/MLH/Careers-and-Education/Colorado-Life/" target=""
            title="Colorado Life">Colorado Life</a>
124561
124562              </li>
124563
124564              <li>
124565                  <a href="/MLH/Careers-and-Education/Diversity-and-Inclusion/"
…           target="" title="Diversity and Inclusion">Diversity and Inclusion</a>
124566
124567              </li>
124568
124569              <li>
124570                  <a href="/MLH/Careers-and-Education/How-We-Hire/" target=""
…           title="How We Hire">How We Hire</a>
124571
124572              </li>
124573
124574              <li>
124575                  <a
…           href="/MLH/Careers-and-Education/Individual-Clinical-Placements-Senior-or-Other-
…           Clinical-Practicums/" target="" title="Individual Clinical Placements Senior or Other
…           Clinical Practicums">Individual Clinical Placements Senior or Other Clinical
…           Practicums</a>
124576
124577              </li>
124578
124579              <li>
124580                  <a
…           href="/MLH/Careers-and-Education/Instructor-Responsibilities---Clinical-Instructor/"
…           target="" title="Instructor Responsibilities - Clinical Instructor">Instructor
…           Responsibilities - Clinical Instructor</a>
124581
124582              </li>
124583
124584              <li>
124585                  <a
…           href="/MLH/Careers-and-Education/Instructor-Responsibilities---Non-Clinical-
…           Instructor/" target="" title="Instructor Responsibilities - Non-Clinical
…           Instructor">Instructor Responsibilities - Non-Clinical Instructor</a>
124586
124587              </li>
124588
124589              <li>
124590                  <a href="/MLH/Careers-and-Education/Interview-Tips/" target=""
```

```
124590…    title="Interview Tips">Interview Tips</a>
124591
124592                </li>
124593
124594                <li>
124595                    <a href="/MLH/Careers-and-Education/Medical-Students-and-Others/"
…      target="" title="Medical Students and Others">Medical Students and Others</a>
124596
124597                </li>
124598
124599                <li>
124600                    <a href="/MLH/Careers-and-Education/Nursing---Allied-Health/"
…      target="" title="Nursing &amp; Allied Health">Nursing &amp; Allied Health</a>
124601
124602                </li>
124603
124604                <li>
124605                    <a href="/MLH/Careers-and-Education/Observations-Only/" target=""
…      title="Observations Only">Observations Only</a>
124606
124607                </li>
124608
124609                <li>
124610                    <a href="/MLH/Careers-and-Education/Our-Standards-of-Behavior/"
…      target="" title="Our Standards of Behavior">Our Standards of Behavior</a>
124611
124612                </li>
124613
124614                <li>
124615                    <a href="/MLH/Careers-and-Education/Pre-Employment-Requirements/"
…      target="" title="Pre-Employment Requirements">Pre-Employment Requirements</a>
124616
124617                </li>
124618
124619                <li>
124620                    <a href="/MLH/Careers-and-Education/RN-Re-entry-Initial-Application/"
…      target="" title="RN Re-entry Initial Application">RN Re-entry Initial Application</a>
124621
124622                </li>
124623
124624                <li>
124625                    <a href="/MLH/Careers-and-Education/Shadowing-Application-Process/"
…      target="" title="Shadowing Application Process">Shadowing Application Process</a>
124626
124627                </li>
124628
124629                <li>
124630                    <a href="/MLH/Careers-and-Education/Shadowing-Experience/" target=""
…      title="Shadowing Experience">Shadowing Experience</a>
124631
124632                </li>
124633
124634                <li>
124635                    <a href="/MLH/Careers-and-Education/Student-Placement/" target=""
…      title="Student Placement">Student Placement</a>
124636
124637                </li>
124638
124639                <li>
124640                    <a href="/MLH/Careers-and-Education/Student-Responsibilities/"
…      target="" title="Student Responsibilities">Student Responsibilities</a>
124641
124642                </li>
124643
124644            </ul>
124645
124646                </li>
124647
```

```
124648                <li>
124649                    <a href="/MyCenturaHealth/" target=""
…  title="MyCenturaHealth">MyCenturaHealth</a>
124650
124651                </li>
124652
124653                <li>
124654                    <a href="/MLH/Home/Contact-Us/" target="" title="Contact Us">Contact
…  Us</a>
124655
124656                <ul class="contact-list">
124657                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…  class="glyphicon glyphicon-chevron-left"></span></li>
124658
124659                <li>
124660                    <a href="/MLH/Contact-Us/Location/Campus-Map/" target=""
…  title="Location">Location</a>
124661
124662                </li>
124663
124664                </ul>
124665
124666                </li>
124667
124668                <li>
124669                    <a href="/MLH/Home/For-Providers/" target="" title="For
…  Providers">For Providers</a>
124670
124671                <ul class="contact-list">
124672                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…  class="glyphicon glyphicon-chevron-left"></span></li>
124673
124674                <li>
124675                    <a href="/MLH/For-Providers/Centura-Health-Research-Center/"
…  target="" title="Centura Health Research Center">Centura Health Research Center</a>
124676
124677                </li>
124678
124679                <li>
124680                    <a href="/Components/templates/eventlist.aspx?filter1ID=288"
…  target="" title="Continuing Medical Education Classes">Continuing Medical Education
…  Classes</a>
124681
124682                </li>
124683
124684                </ul>
124685
124686                </li>
124687
124688                </ul>
124689
124690  </nav>
124691                </div>
124692
124693        </div>
124694        <div class="lower-header">
124695            <div class="holder">
124696                <div class="logo-wrap">
124697                    <a href="/">
124698                        <img id="ctl00_UxHeader_UxLogo" class="logo"
…  src="/uploadedImages/mylittletonhospital/Content/MLH/Configuration/Littleton-Adv-Hosp
…  -Web.png" />
124699                    </a>
124700
124701                    <a href="#" class="drop-arrow">drop arrow</a>
124702
124703                </div>
124704                <div class="right-wrap">
```

```
124705                       <div class="search-form-new">
124706                         <div class="input-group input-group-sm">
124707                           <input id="searchText" type="text" class="form-control"
…    placeholder="Enter your search terms here" />
124708                           <div class="input-group-btn" >
124709                             <input type="hidden" id="searchFolderId"
…    value="1392"/>
124710                             <button type="button" class="btn btn-default
…    dropdown-toggle" data-toggle="dropdown" tabindex="-1">
124711                               <span class="search-tip">current site</span><span
…    class="caret"></span>
124712                               <span class="sr-only">Toggle Dropdown</span>
124713                             </button>
124714                             <ul class="dropdown-menu pull-right search-filter"
…    role="menu">
124715                               <li><a href="0" data-folderid="1392"
…    class="active">current site</a></li>
124716                               <li><a href="0" data-folderid="0">all
…    sites</a></li>
124717                             </ul>
124718                             <button id="main-site-search" type="button"
…    class="btn btn-default" tabindex="-1"><span class="glyphicon
…    glyphicon-search"></span></button>
124719                           </div>
124720                         </div>
124721                         <!-- /.input-group -->
124722                       </div>
124723
124724
124725 <nav id="nav">
124726
124727           <ul class="nav-tier-1">
124728
124729           <li>
124730             <a href="/MLH/Home/Specialties/" class=""
…    target="_self">Specialties</a>
124731
124732           <ul class="nav-tier-2">
124733
124734           <li>
124735             <a href="/MLH/Specialties/BirthPlace/" class=""
…    target="_self">BirthPlace</a>
124736
124737           <ul class="nav-tier-3">
124738
124739           <li>
124740             <a href="#PreRegModal" class="" target="_self">Birthplace
…    Pre-Register</a>
124741
124742           </li>
124743
124744           <li>
124745             <a href="/MLH/Specialties/BirthPlace/About-The-BirthPlace/" class=""
…    target="_self">About The BirthPlace</a>
124746
124747           </li>
124748
124749           <li>
124750             <a href="/MLH/Specialties/BirthPlace/Birth-Day-Wishes/" class=""
…    target="_self">Birth Day Wishes</a>
124751
124752           <ul class="nav-tier-4">
124753
124754           <li>
124755                 <a
…    href="/MLH/Specialties/BirthPlace/Birth-Day-Wishes/Preparing-for-Delivery/" class=""
…    target="_self">Preparing for Delivery Day</a>
124756
```

```
124757                </li>
124758
124759                <li>
124760                   <a
    …  href="/MLH/Specialties/BirthPlace/Birth-Day-Wishes/Best-Route-to-Littleton-Adventist-
    …  Hospital/" class="" target="_self">Best Route to Littleton Adventist Hospital</a>
124761
124762                </li>
124763
124764             </ul>
124765
124766          </li>
124767
124768          <li>
124769             <a href="/MLH/Specialties/BirthPlace/Breastfeeding-Support/" class=""
    …  target="_self">Breastfeeding Support</a>
124770
124771             <ul class="nav-tier-4">
124772
124773                <li>
124774                   <a
    …  href="/MLH/Specialties/BirthPlace/Breastfeeding-Support/Lactation-Clinics---
    …  Individual-Support/" class="" target="_self">Lactation Clinics &amp; Individual
    …  Support</a>
124775
124776                </li>
124777
124778             </ul>
124779
124780          </li>
124781
124782          <li>
124783             <a
    …  href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/" class=""
    …  target="_self">Delivering at Littleton Hospital</a>
124784
124785             <ul class="nav-tier-4">
124786
124787                <li>
124788                   <a
    …  href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/Bella-Baby-
    …  Photography/" class="" target="_self">Bella Baby Photography</a>
124789
124790                </li>
124791
124792                <li>
124793                   <a
    …  href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/Learn-About-Us/"
    …  class="" target="_self">Learn About Us</a>
124794
124795                </li>
124796
124797                <li>
124798                   <a
    …  href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/Top-10-Reasons-to-
    …  Deliver-at-Littleton/" class="" target="_self">Top 10 Reasons to Deliver at
    …  Littleton</a>
124799
124800                </li>
124801
124802                <li>
124803                   <a
    …  href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/What-To-Bring/"
    …  class="" target="_self">What To Bring</a>
124804
124805                </li>
124806
124807                <li>
```

```
124808                href="/MLH/Specialties/BirthPlace/Delivering-at-Littleton-Hospital/Why-Take-Our-Birth
  …     -Classes-/" class="" target="_self">Why Take Our Birth Classes?</a>
124809
124810                </li>
124811
124812                </ul>
124813
124814                </li>
124815
124816                <li>
124817                   <a
  …     href="/MLH/Specialties/BirthPlace/Littleton-Loves-Little-Ones-Contest-Winners-Gallery
  …     /" class="" target="_self">Littleton Loves Little Ones Contest Winners Gallery</a>
124818
124819                </li>
124820
124821                <li>
124822                   <a href="/Maternal-Fetal-Medicine-High-risk-Pregnancies/" class=""
  …     target="_self">Maternal Fetal Medicine High-Risk Pregnancies</a>
124823
124824                </li>
124825
124826                <li>
124827                   <a
  …     href="/MLH/Specialties/BirthPlace/Meet-Our-Physicians-and-Midwives/" class=""
  …     target="_self">Meet Our Physicians and Midwives</a>
124828
124829                </li>
124830
124831                <li>
124832                   <a
  …     href="/MLH/Specialties/BirthPlace/Neonatal-Intensive-Care-Unit-NICU/" class=""
  …     target="_self">Neonatal Intensive Care Unit NICU</a>
124833
124834                </li>
124835
124836                <li>
124837                   <a
  …     href="/MLH/Specialties/BirthPlace/Perinatal-Care-Center-for-High-Risk-Pregnancy/"
  …     class="" target="_self">Perinatal Care Center for High Risk Pregnancy</a>
124838
124839                <ul class="nav-tier-4">
124840
124841                <li>
124842                   <a
  …     href="/MLH/Specialties/BirthPlace/Perinatal-Care-Center-for-High-Risk-Pregnancy/
  …     Pregnancy-Loss-Spiritual-Support/" class="" target="_self">Pregnancy Loss Spiritual
  …     Support</a>
124843
124844                </li>
124845
124846                </ul>
124847
124848                </li>
124849
124850                <li>
124851                   <a href="/MLH/Specialties/BirthPlace/Prenatal---Infant-Classes/"
  …     class="" target="_self">Prenatal &amp; Infant Classes</a>
124852
124853                <ul class="nav-tier-4">
124854
124855                <li>
124856                   <a
  …     href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/21st-Century-Grandparents/"
  …     class="" target="_self">21st Century Grandparents</a>
124857
124858                </li>
```

```
124859                    <li>
124860                        <a
124861
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Baby-Safe/" class=""
  …   target="_self">Baby Safe</a>
124862
124863                    </li>
124864
124865                    <li>
124866                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Boot-Camp-for-New-Dads/"
  …   class="" target="_self">Boot Camp for New Dads</a>
124867
124868                    </li>
124869
124870                    <li>
124871                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Breastfeeding-Class/"
  …   class="" target="_self">Breastfeeding Class</a>
124872
124873                    </li>
124874
124875                    <li>
124876                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Breastfeeding-Support-
  …   Clinic/" class="" target="_self">Breastfeeding Support Clinic</a>
124877
124878                    </li>
124879
124880                    <li>
124881                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Childbirth-Express/"
  …   class="" target="_self">Childbirth Express</a>
124882
124883                    </li>
124884
124885                    <li>
124886                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Childbirth-FastTrack/"
  …   class="" target="_self">Childbirth FastTrack</a>
124887
124888                    </li>
124889
124890                    <li>
124891                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Comfort-Measures/" class=""
  …   target="_self">Childbirth Preparation - Comfort Measures</a>
124892
124893                    </li>
124894
124895                    <li>
124896                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Childbirth-Preparation---
  …   Traditional/" class="" target="_self">Childbirth Preparation - Traditional</a>
124897
124898                    </li>
124899
124900                    <li>
124901                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Childbirth-Preparation---
  …   Refresher/" class="" target="_self">Childbirth Preparation - Refresher</a>
124902
124903                    </li>
124904
124905                    <li>
124906                        <a
  …   href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Childbirth-Preparation-for-
  …   Teens/" class="" target="_self">Childbirth Preparation for Teens</a>
```

```
124907
124908                    </li>
124909
124910                    <li>
124911                         <a
      href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Infant-Care-Class/"
      class="" target="_self">Infant Care Class</a>
124912
124913                    </li>
124914
124915                    <li>
124916                         <a
      href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Infant-Massage/" class=""
      target="_self">Infant Massage</a>
124917
124918                    </li>
124919
124920                    <li>
124921                         <a
      href="/MLH/Specialties/BirthPlace/Prenatal-Infant-Classes/Sibling-Preparation/"
      class="" target="_self">Sibling Preparation</a>
124922
124923                    </li>
124924
124925                </ul>
124926
124927             </li>
124928
124929             <li>
124930                     <a href="/MLH/Specialties/BirthPlace/Preparing-for-Delivery-Day/"
      class="" target="_self">Preparing for Delivery Day</a>
124931
124932             </li>
124933
124934             <li>
124935                     <a href="/MLH/Specialties/BirthPlace/Read-Our-Reviews-OBGYN/"
      class="" target="_self">Read Our Reviews-OBGYN</a>
124936
124937             </li>
124938
124939             <li>
124940                     <a href="/MLH/Specialties/BirthPlace/Take-a-Tour/" class=""
      target="_self">Take a Tour</a>
124941
124942             </li>
124943
124944         </ul>
124945
124946     </li>
124947
124948     <li>
124949             <a href="/MLH/Specialties/Bones,-Joints-and-Muscles-Orthopedics/"
      class="" target="_self">Bones, Joints &amp; Muscles (Orthopedics)</a>
124950
124951         <ul class="nav-tier-3">
124952
124953             <li>
124954                 <a
      href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Broken-Collarbone/"
      class="" target="_self">Broken Collarbone</a>
124955
124956             </li>
124957
124958             <li>
124959                 <a
      href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Conditions-We-Treat/"
      class="" target="_self">Conditions We Treat</a>
124960
```

```
124961              <ul class="nav-tier-4">
124962
124963                  <li>
124964                      <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Conditions-We-Treat/
…   Elbow-Forearm---Wrist/" class="" target="_self">Elbow Forearm &amp; Wrist</a>
124965
124966                  </li>
124967
124968                  <li>
124969                      <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Conditions-We-Treat/
…   Foot---Ankle/" class="" target="_self">Foot &amp; Ankle</a>
124970
124971                  </li>
124972
124973              </ul>
124974
124975          </li>
124976
124977          <li>
124978              <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Disc-Replacement/"
…   class="" target="_self">Disc Replacement</a>
124979
124980          </li>
124981
124982          <li>
124983              <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Health-Tips/" class=""
…   target="_self">Health Tips</a>
124984
124985              <ul class="nav-tier-4">
124986
124987                  <li>
124988                      <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Health-Tips/Orthopedic
…   -Health-Tip-Archive/" class="" target="_self">Orthopedic Health Tip Archive</a>
124989
124990                  </li>
124991
124992              </ul>
124993
124994          </li>
124995
124996          <li>
124997              <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/" class=""
…   target="_self">Hip</a>
124998
124999              <ul class="nav-tier-4">
125000
125001                  <li>
125002                      <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Hip-Arthroscopy/"
…   class="" target="_self">Hip Arthroscopy</a>
125003
125004                  </li>
125005
125006                  <li>
125007                      <a
…   href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Hip-Fractures/"
…   class="" target="_self">Hip Fractures</a>
125008
125009                  </li>
125010
125011                  <li>
125012                      <a
```

```
125012    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Hip-Impingement/"
…         class="" target="_self">Hip Impingement</a>
125013
125014                    </li>
125015
125016                    <li>
125017                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Hip-Replacement-at
…         -Littleton-Adventist-Hospital/" class="" target="_self">Hip Replacement at Littleton
…         Adventist Hospital</a>
125018
125019                    </li>
125020
125021                    <li>
125022                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Hip-Resurfacing/"
…         class="" target="_self">Hip Resurfacing</a>
125023
125024                    </li>
125025
125026                    <li>
125027                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Osteoarthritis-
…         Arthritis/" class="" target="_self">Osteoarthritis Arthritis</a>
125028
125029                    </li>
125030
125031                    <li>
125032                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Rheumatoid-
…         Arthritis/" class="" target="_self">Rheumatoid Arthritis</a>
125033
125034                    </li>
125035
125036                    <li>
125037                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Hip/Total-Hip-
…         Replacement-Surgery/" class="" target="_self">Total Hip Replacement Surgery</a>
125038
125039                    </li>
125040
125041                </ul>
125042
125043            </li>
125044
125045            <li>
125046                <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Joint-Replacement-
…         Surgery/" class="" target="_self">Joint Replacement Surgery</a>
125047
125048                <ul class="nav-tier-4">
125049
125050                    <li>
125051                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Joint-Replacement-
…         Surgery/7-Ways-to-Improve-Your-Surgical-Success/" class="" target="_self">7 Ways to
…         Improve Your Surgical Success</a>
125052
125053                    </li>
125054
125055                    <li>
125056                        <a
…         href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Joint-Replacement-
…         Surgery/Joint-Replacements/" class="" target="_self">Joint Replacements</a>
125057
125058                    </li>
125059
125060                    <li>
```

```
125061                        <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Joint-Replacement-
…     Surgery/Rehab-After-Joint-Surgery/" class="" target="_self">Rehab After Joint
…     Surgery</a>
125062
125063                    </li>
125064
125065                </ul>
125066
125067            </li>
125068
125069            <li>
125070                    <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Patient-Compliments-
…     Ortho/" class="" target="_self">Patient Compliments-Ortho</a>
125071
125072            </li>
125073
125074            <li>
125075                    <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Pre-Operative-Sessions
…     /" class="" target="_self">Pre-Operative Sessions</a>
125076
125077            </li>
125078
125079            <li>
125080                    <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Rehabilitation-
…     Therapies-We-Offer/" class="" target="_self">Rehabilitation Therapies We Offer</a>
125081
125082            </li>
125083
125084            <li>
125085                    <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Why-Choose-Littleton-
…     Adventist-Hospital-/" class="" target="_self">Why Choose Littleton Adventist
…     Hospital?</a>
125086
125087            </li>
125088
125089            <li>
125090                    <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/" class=""
…     target="_self">Knee</a>
125091
125092                <ul class="nav-tier-4">
125093
125094                    <li>
125095                            <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/ACL-
…     Reconstruction/" class="" target="_self">ACL Reconstruction</a>
125096
125097                    </li>
125098
125099                    <li>
125100                            <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Anterior-Cruciate
…     -Ligament-ACL-Tears/" class="" target="_self">Anterior Cruciate Ligament ACL
…     Tears</a>
125101
125102                    </li>
125103
125104                    <li>
125105                            <a
…     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Knee-Arthroscopy/
…     " class="" target="_self">Knee Arthroscopy</a>
125106
125107                    </li>
```

```
125108                    <li>
125109                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Knee-Pain-Quiz/"
…    class="" target="_self">Knee Pain Quiz</a>
125111
125112                    </li>
125113
125114                    <li>
125115                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Knee-Replacement-
…    at-Littleton-Adventist-Hospital/" class="" target="_self">Knee Replacement at
…    Littleton Adventist Hospital</a>
125116
125117                    </li>
125118
125119                    <li>
125120                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Meniscus-Tears/"
…    class="" target="_self">Meniscus Tears</a>
125121
125122                    </li>
125123
125124                    <li>
125125                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Osteoarthritis/"
…    class="" target="_self">Osteoarthritis</a>
125126
125127                    </li>
125128
125129                    <li>
125130                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Partial-Knee-
…    Replacement-Surgery/" class="" target="_self">Partial Knee Replacement Surgery</a>
125131
125132                    </li>
125133
125134                    <li>
125135                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Knee/Total-Knee-
…    Replacement-Surgery/" class="" target="_self">Total Knee Replacement Surgery</a>
125136
125137                    </li>
125138
125139                </ul>
125140
125141            </li>
125142
125143            <li>
125144                <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/" class=""
…    target="_self">Shoulder</a>
125145
125146                <ul class="nav-tier-4">
125147
125148                    <li>
125149                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/Dislocated-
…    Shoulders/" class="" target="_self">Dislocated Shoulders</a>
125150
125151                    </li>
125152
125153                    <li>
125154                        <a
…    href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/Rotator-Cuff-
…    Tear/" class="" target="_self">Rotator Cuff Tear</a>
125155
125156                    </li>
```

```
125157                    <li>
125158                        <a
125159  href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/Shoulder-
    …   Arthroscopy/" class="" target="_self">Shoulder Arthroscopy</a>
125160
125161                    </li>
125162
125163                    <li>
125164                        <a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/Shoulder-
    …   Separation/" class="" target="_self">Shoulder Separation</a>
125165
125166                    </li>
125167
125168                    <li>
125169                        <a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Shoulder/Total-
    …   Shoulder-Replacement/" class="" target="_self">Total Shoulder Replacement</a>
125170
125171                    </li>
125172
125173                </ul>
125174
125175            </li>
125176
125177            <li>
125178                <a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Sports-Medicine/"
    …   class="" target="_self">Sports Medicine</a>
125179
125180                <ul class="nav-tier-4">
125181
125182                    <li>
125183                        <a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Sports-Medicine/
    …   Conditions-We-Treat(1)/" class="" target="_self">Conditions We Treat</a>
125184
125185                    </li>
125186
125187                    <li>
125188                        <a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Sports-Medicine/Tips-
    …   for-Staying-Safe-in-Sports/" class="" target="_self">Tips for Staying Safe in
    …   Sports</a>
125189
125190                    </li>
125191
125192                </ul>
125193
125194            </li>
125195
125196        </ul>
125197
125198    </li>
125199
125200    <li>
125201        <a href="/MLH/Specialties/Brain-Care/" class="" target="_self">Brain
    …   Care</a>
125202
125203        <ul class="nav-tier-3">
125204
125205            <li>
125206                <a href="/MLH/Specialties/Brain-Care/Conditions-We-Treat(1)/"
    …   class="" target="_self">Conditions We Treat</a>
125207
125208                <ul class="nav-tier-4">
125209
```

```
125210                <li>
125211                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/ALS-Lou-Gehrig-s-Disease/"
…     class="" target="_self">ALS Lou Gehrig&#39;s Disease</a>
125212
125213                </li>
125214
125215                <li>
125216                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Brain-Aneurysm/" class=""
      target="_self">Brain Aneurysm</a>
125217
125218                </li>
125219
125220                <li>
125221                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Brain-Tumors/" class=""
      target="_self">Brain Tumors</a>
125222
125223                </li>
125224
125225                <li>
125226                        <a href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Dystonia/"
…     class="" target="_self">Dystonia</a>
125227
125228                </li>
125229
125230                <li>
125231                        <a href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Epilepsy/"
…     class="" target="_self">Epilepsy</a>
125232
125233                </li>
125234
125235                <li>
125236                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Essential-Tremor/" class=""
…     target="_self">Essential Tremor</a>
125237
125238                </li>
125239
125240                <li>
125241                        <a href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Migraines/"
…     class="" target="_self">Migraines</a>
125242
125243                </li>
125244
125245                <li>
125246                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Parkinson-s-Disease/" class=""
…     target="_self">Parkinson&#39;s Disease</a>
125247
125248                </li>
125249
125250                <li>
125251                        <a
…     href="/MLH/Specialties/Brain-Care/Conditions-We-Treat/Trigeminal-Neuralgia/" class=""
…     target="_self">Trigeminal Neuralgia</a>
125252
125253                </li>
125254
125255                <li>
125256                        <a href="/Tumors-LAH/" class="" target="_self">Tumors LAH</a>
125257
125258                </li>
125259
125260                </ul>
125261
125262                </li>
```

```
125263
125264                <li>
125265                    <a href="/MLH/Specialties/Brain-Care/Deep-Brain-Stimulation-DBS/"
…     class="" target="_self">Deep Brain Stimulation DBS</a>
125266
125267                </li>
125268
125269                <li>
125270                    <a
…     href="/MLH/Specialties/Brain-Care/Treatments-We-Offer/Epilepsy-Monitoring-Unit/"
…     class="" target="_self">Epilepsy Monitoring Unit</a>
125271
125272                </li>
125273
125274                <li>
125275                    <a href="/MLH/Specialties/Brain-Care/Frequently-Used-Terms/" class=""
…     target="_self">Frequently Used Terms</a>
125276
125277                </li>
125278
125279                <li>
125280                    <a
…     href="/MLH/Specialties/Brain-Care/Neurodiagnostic-Testing-We-Offer/" class=""
…     target="_self">Neurodiagnostic Testing We Offer</a>
125281
125282                </li>
125283
125284                <li>
125285                    <a
…     href="/MLH/Specialties/Brain-Care/Neuro-Interventional-Neuroradiology/" class=""
…     target="_self">Neuro-Interventional Neuroradiology</a>
125286
125287                </li>
125288
125289                <li>
125290                    <a href="/MLH/Specialties/Brain-Care/Neurological-Rehabilitation/"
…     class="" target="_self">Neurological Rehabilitation</a>
125291
125292                </li>
125293
125294                <li>
125295                    <a href="/MLH/Specialties/Brain-Care/Support-Groups/" class=""
…     target="_self">Support Groups</a>
125296
125297                </li>
125298
125299                <li>
125300                    <a href="/MLH/Specialties/Brain-Care/Treatments-We-Offer/" class=""
…     target="_self">Treatments We Offer</a>
125301
125302                <ul class="nav-tier-4">
125303
125304                <li>
125305                    <a
…     href="/MLH/Specialties/Brain-Care/Treatments-We-Offer/Epilepsy-Monitoring-Unit/"
…     class="" target="_self">Epilepsy Monitoring Unit</a>
125306
125307                </li>
125308
125309                </ul>
125310
125311                </li>
125312
125313                <li>
125314                    <a href="/MLH/Specialties/Brain-Care/What-can-make-a-headache/"
…     class="" target="_self">What can make a headache?</a>
125315
125316                </li>
```

```
125317              <li>
125318                  <a href="/MLH/Specialties/Brain-Care/Tumors(1)/" class=""
...  target="_self">Tumors</a>
125320
125321              </li>
125322
125323          </ul>
125324
125325          </li>
125326
125327          <li>
125328              <a href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/"
...  class="" target="_self">The Breast Care Center at Littleton</a>
125329
125330          <ul class="nav-tier-3">
125331
125332          <li>
125333                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/About-the-Breast-Center/"
...  class="" target="_self">About the Breast Center</a>
125334
125335          </li>
125336
125337          <li>
125338                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/Breast-Cancer-Care/"
...  class="" target="_self">Breast Cancer Care</a>
125339
125340          </li>
125341
125342          <li>
125343                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/Breast-Care/" class=""
...  target="_self">Breast Care</a>
125344
125345          </li>
125346
125347          <li>
125348                  <a href="/Breast-Care-Videos/" class="" target="_self">Breast Care
...  Videos</a>
125349
125350          </li>
125351
125352          <li>
125353                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/Breast-Diagnostic-Testing/
...  " class="" target="_self">Breast Diagnostic Testing</a>
125354
125355          </li>
125356
125357          <li>
125358                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/Breast-IORT/" class=""
...  target="_self">Breast IORT</a>
125359
125360          </li>
125361
125362          <li>
125363                  <a
...  href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/Breast-Reconstruction/"
...  class="" target="_self">Breast Reconstruction</a>
125364
125365          </li>
125366
125367          <li>
125368                  <a
...  href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
```

```
125368…  LAH_Request_a_3D_Mammo" class="" target="_blank">Make Your Mammo Appt Today</a>
125369
125370                </li>
125371
125372            </ul>
125373
125374          </li>
125375
125376          <li>
125377              <a href="/MLH/Specialties/Cancer-Care/" class=""
     …  target="_self">Cancer Care</a>
125378
125379            <ul class="nav-tier-3">
125380
125381          <li>
125382                  <a
     …  href="/MLH/Specialties/Cancer-Care/Cancer-Support-Groups---Counseling/" class=""
     …  target="_self">Cancer Support Groups &amp; Counseling</a>
125383
125384          </li>
125385
125386          <li>
125387              <a href="/MLH/Specialties/Cancer-Care/Colonoscopy/" class=""
     …  target="_self">Colonoscopy</a>
125388
125389          </li>
125390
125391          <li>
125392                  <a href="/MLH/Specialties/Cancer-Care/Educate-Yourself-about-Cancer/"
     …  class="" target="_self">Educate Yourself about Cancer</a>
125393
125394          </li>
125395
125396          <li>
125397              <a href="/MLH/Specialties/Cancer-Care/Genetic-Counseling/" class=""
     …  target="_self">Genetic Counseling</a>
125398
125399          </li>
125400
125401          <li>
125402                  <a href="/MLH/Specialties/Cancer-Care/Gyncologic-Oncology/" class=""
     …  target="_self">Gyncologic Oncology</a>
125403
125404          </li>
125405
125406          <li>
125407                  <a href="/MLH/Specialties/Cancer-Care/Infusion-Center/" class=""
     …  target="_self">Infusion Center</a>
125408
125409          </li>
125410
125411          <li>
125412                  <a href="/MLH/Specialties/Cancer-Care/Inpatient-Cancer-Care/"
     …  class="" target="_self">Inpatient Cancer Care</a>
125413
125414          </li>
125415
125416          <li>
125417                  <a href="/MLH/Specialties/Cancer-Care/Interventional-Oncology/"
     …  class="" target="_self">Interventional Oncology</a>
125418
125419          </li>
125420
125421          <li>
125422                  <a
     …  href="/MLH/Specialties/Cancer-Care/Intraoperative-Radiation-Therapy/" class=""
     …  target="_self">Intraoperative Radiation Therapy</a>
125423
```

```
125424                </li>
125425
125426                <li>
125427                    <a
     href="/MLH/Specialties/Cancer-Care/Multidisciplinary-Breast-Cancer-Clinic/" class=""
…    target="_self">Multidisciplinary Breast Cancer Clinic</a>
125428
125429                </li>
125430
125431                <li>
125432                    <a href="/Patient-Compliments-Cancer-Care/" class=""
…    target="_self">Patient Compliments-Cancer Care</a>
125433
125434                </li>
125435
125436                <li>
125437                    <a href="/MLH/Specialties/Cancer-Care/Radiation-Oncology/" class=""
…    target="_self">Radiation Oncology</a>
125438
125439                </li>
125440
125441                <li>
125442                    <a href="/MLH/Specialties/Cancer-Care/Radiology-Care-Unit/" class=""
…    target="_self">Radiology Care Unit</a>
125443
125444                </li>
125445
125446                <li>
125447                    <a href="/MLH/Specialties/Cancer-Care/Skin-Cancer/" class=""
…    target="_self">Skin Cancer</a>
125448
125449                </li>
125450
125451                <li>
125452                    <a href="/MLH/Specialties/Cancer-Care/About-Cancer-Care/" class=""
…    target="_self">About Cancer Care</a>
125453
125454                </li>
125455
125456            </ul>
125457
125458        </li>
125459
125460        <li>
125461            <a href="/MLH/Specialties/Cardiac-Services-Heart/" class=""
…    target="_self">Cardiac Services</a>
125462
125463            <ul class="nav-tier-3">
125464
125465                <li>
125466                    <a href="/MLH/Specialties/Cardiac-Services/Cardiac-Services-Heart/"
…    class="" target="_self">About Cardiac Servics</a>
125467
125468                </li>
125469
125470                <li>
125471                    <a href="/MLH/Specialties/Cardiac-Services/Be-Heart-Healthy/"
…    class="" target="_self">Be Heart Healthy</a>
125472
125473                </li>
125474
125475                <li>
125476                    <a href="/MLH/Specialties/Cardiac-Services/Blood-Pressure-Quiz/"
…    class="" target="_self">Blood Pressure Quiz</a>
125477
125478                </li>
125479
125480                <li>
```

```
125481              <a href="/MLH/Specialties/Cardiac-Services/Cardiac-Alert-Program/"
…   class="" target="_self">Cardiac Alert Program</a>
125482
125483              </li>
125484
125485              <li>
125486              <a href="/MLH/Specialties/Cardiac-Services/Cardiac-Awards---Honors/"
…   class="" target="_self">Cardiac Awards &amp; Honors</a>
125487
125488              </li>
125489
125490              <li>
125491              <a href="/MLH/Specialties/Cardiac-Services/Centura-Heart-Network/"
…   class="" target="_self">Centura Heart Network</a>
125492
125493              <ul class="nav-tier-4">
125494
125495              <li>
125496              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/Sudden
…   -Cardiac-Arrest-Automated-External-Defibrillator-AED/" class="" target="_self">Sudden
125497   Cardiac Arrest-Automated External Defibrillator AED</a>
125498              </li>
125499
125500              </ul>
125501
125502              </li>
125503
125504              <li>
125505              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Catheterization-Lab/" class=""
…   target="_self">Heart Catheterization Lab</a>
125506
125507              </li>
125508
125509              <li>
125510              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions---Treatment/"
…   class="" target="_self">Heart Related Conditions &amp; Treatment</a>
125511
125512              <ul class="nav-tier-4">
125513
125514              <li>
125515              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/
…   Coronary-Artery-Disease/" class="" target="_self">Coronary Artery Disease</a>
125516
125517              </li>
125518
125519              <li>
125520              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/Heart-
…   Failure/" class="" target="_self">Heart Failure</a>
125521
125522              </li>
125523
125524              <li>
125525              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/
…   Myocardial-Infarction-Heart-Attack/" class="" target="_self">Myocardial
…   Infarction-Heart Attack</a>
125526
125527              </li>
125528
125529              <li>
125530              <a
…   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/
```

```
125530…   Octopus-Heart---Takotsubo/" class="" target="_self">Octopus Heart - Takotsubo</a>
125531
125532                 </li>
125533
125534                 <li>
125535                     <a
       …   href="/MLH/Specialties/Cardiac-Services/Heart-Related-Conditions-and-Treatment/Sudden
       …   -Cardiac-Arrest-Automated-External-Defibrillator-AED/" class="" target="_self">Sudden
       …   Cardiac Arrest-Automated External Defibrillator AED</a>
125536
125537                 </li>
125538
125539                 </ul>
125540
125541                 </li>
125542
125543                 <li>
125544                     <a
       …   href="/MLH/Specialties/Cardiac-Services/Patient-Compliments-Cardiology/" class=""
       …   target="_self">Patient Compliments-Cardiology</a>
125545
125546                 </li>
125547
125548                 <li>
125549                     <a
       …   href="/MLH/Specialties/Cardiac-Services/South-Denver-Heart-Center,-a-Department-of-
       …   Littleton-Adventist-Hospital/" class="" target="_self">South Denver Heart Center, a
       …   Department of Littleton Adventist Hospital</a>
125550
125551                 <ul class="nav-tier-4">
125552
125553                 <li>
125554                     <a
       …   href="/MLH/Specialties/Cardiac-Services/South-Denver-Heart-Center,-a-Department-of-
       …   Littleton-Adventist-Hospital/Cardiac-Diagnostic-Testing-at-Littleton-Adventist-
       …   Hospital/" class="" target="_self">Cardiac Diagnostic Testing at Littleton Adventist
       …   Hospital</a>
125555
125556                 </li>
125557
125558                 <li>
125559                     <a
       …   href="/MLH/Specialties/Cardiac-Services/South-Denver-Heart-Center,-a-Department-of-
       …   Littleton-Adventist-Hospital/Cardiac-Diagnostic-Testing-Available-at-South-Denver-
       …   Heart-Center/" class="" target="_self">Cardiac Diagnostic Testing Available at South
       …   Denver Heart Center</a>
125560
125561                 </li>
125562
125563                 </ul>
125564
125565                 </li>
125566
125567                 <li>
125568                     <a
       …   href="/MLH/Specialties/Cardiac-Services/Telemetry-Cardiac-Observation-Unit/" class=""
       …   target="_self">Telemetry-Cardiac Observation Unit</a>
125569
125570                 </li>
125571
125572                 <li>
125573                     <a href="/MLH/Specialties/Cardiac-Services/What-is-Heart-Failure-/"
       …   class="" target="_self">What is Heart Failure?</a>
125574
125575                 </li>
125576
125577                 <li>
125578                     <a
```

```
125578…    href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/Heart_Care/A Heart
   …       to Heart.pdf" class="" target="_blank">A Heart to Heart</a>
125579
125580                  </li>
125581
125582                  <li>
125583                      <a href="/Cardiac-FAQ-27s/" class="" target="_self">Cardiac
   …       FAQ&#39;s</a>
125584
125585                  </li>
125586
125587              </ul>
125588
125589          </li>
125590
125591          <li>
125592              <a href="/MLH/Specialties/Children-s---Pediatric-Services/" class=""
   …       target="_self">Children&#39;s  &amp; Pediatric Services</a>
125593
125594          <ul class="nav-tier-3">
125595
125596          <li>
125597              <a href="/MLH/Specialties/Pediatric-Emergency-Care/" class=""
   …       target="_self">Pediatric Emergency Care</a>
125598
125599          </li>
125600
125601          <li>
125602              <a
   …       href="/MLH/Specialties/Childrens-and-Pediatric-Services/Pediatric-Unit/" class=""
   …       target="_self">Pediatric Unit</a>
125603
125604          </li>
125605
125606          <li>
125607              <a
   …       href="/MLH/Specialties/Childrens-and-Pediatric-Services/Patient-Compliments-
   …       Pediatrics/" class="" target="_self">Patient Compliments-Pediatrics</a>
125608
125609          </li>
125610
125611          </ul>
125612
125613          </li>
125614
125615          <li>
125616              <a href="/MLH/Specialties/Emergency---Trauma/" class=""
   …       target="_self">Emergency &amp; Trauma</a>
125617
125618          <ul class="nav-tier-3">
125619
125620          <li>
125621              <a href="/MLH/Specialties/Emergency-and-Trauma/Emergency-Room/"
   …       class="" target="_self">Emergency Room at Littleton Adventist Hospital</a>
125622
125623          </li>
125624
125625          <li>
125626              <a href="/MLH/Specialties/Emergency-and-Trauma/ER-Wait-Times/"
   …       class="" target="_self">ER Wait Times</a>
125627
125628          </li>
125629
125630          <li>
125631              <a href="/MLH/Specialties/Pediatric-Emergency-Care/" class=""
   …       target="_self">Pediatric Emergency Care</a>
125632
125633                  </li>
```

```
125634
125635                    <li>
125636                        <a href="/MLH/Specialties/Emergency-and-Trauma/SANE/" class=""
…      target="_self">SANE</a>
125637
125638                    </li>
125639
125640                    <li>
125641                        <a href="/MLH/Specialties/Emergency-and-Trauma/Injury-Prevention/"
…      class="" target="_self">Injury Prevention</a>
125642
125643                    </li>
125644
125645                    <li>
125646                        <a href="/MLH/Specialties/Emergency-and-Trauma/SBIRT/" class=""
…      target="_self">SBIRT</a>
125647
125648                    </li>
125649
125650                </ul>
125651
125652            </li>
125653
125654            <li>
125655                <a href="/MLH/Specialties/Intensive-Care-Unit-ICU/" class=""
…      target="_self">Intensive Care Unit (ICU)</a>
125656
125657                <ul class="nav-tier-3">
125658
125659                    <li>
125660                        <a href="/MLH/Specialties/Intensive-Care-Unit-(ICU)/Contact-Us-ICU/"
…      class="" target="_self">Contact Us</a>
125661
125662                    </li>
125663
125664                    <li>
125665                        <a
…      href="/MLH/Specialties/Intensive-Care-Unit-(ICU)/Infection-Prevention/" class=""
…      target="_self">Infection Prevention</a>
125666
125667                    </li>
125668
125669                    <li>
125670                        <a
…      href="/MLH/Specialties/Intensive-Care-Unit-(ICU)/Patient-Compliments-ICU/" class=""
…      target="_self">Patient Compliments ICU</a>
125671
125672                    </li>
125673
125674                    <li>
125675                        <a
…      href="/MLH/Specialties/Intensive-Care-Unit-(ICU)/Staying-Informed/" class=""
…      target="_self">Staying Informed</a>
125676
125677                    </li>
125678
125679                    <li>
125680                        <a href="/MLH/Specialties/Intensive-Care-Unit-(ICU)/Visiting-Hours/"
…      class="" target="_self">Visiting Hours</a>
125681
125682                    </li>
125683
125684                </ul>
125685
125686            </li>
125687
125688            <li>
125689                <a href="/MLH/Specialties/Interventional-Radiology/" class=""
```

```
125689…    target="_self">Interventional Radiology</a>
125690
125691                    <ul class="nav-tier-3">
125692
125693                    <li>
125694                        <a href="/Interventional-Radiology-Conditions/" class=""
     …    target="_self">Interventional Radiology Conditions</a>
125695
125696                    </li>
125697
125698                    <li>
125699                        <a href="/Interventional-Radiology-Procedures/" class=""
     …    target="_self">Interventional Radiology Procedures</a>
125700
125701                    </li>
125702
125703                    <li>
125704                        <a href="/Venous-Reconstruction/" class="" target="_self">Venous
     …    Reconstruction</a>
125705
125706                    </li>
125707
125708                    </ul>
125709
125710                    </li>
125711
125712                    <li>
125713                        <a href="/MLH/Specialties/Medical-Imaging/" class=""
     …    target="_self">Medical Imaging</a>
125714
125715                    <ul class="nav-tier-3">
125716
125717                    <li>
125718                        <a href="/MLH/Specialties/Medical-Imaging/Barium-Enema/" class=""
     …    target="_self">Barium Enema</a>
125719
125720                    </li>
125721
125722                    <li>
125723                        <a href="/MLH/Specialties/Medical-Imaging/CT/" class=""
     …    target="_self">CT</a>
125724
125725                    </li>
125726
125727                    <li>
125728                        <a
     …    href="/MLH/Specialties/Medical-Imaging/Digital-Mammogram---CAD-Technology/" class=""
     …    target="_self">Digital Mammogram &amp; CAD Technology</a>
125729
125730                    </li>
125731
125732                    <li>
125733                        <a
     …    href="/MLH/Specialties/Medical-Imaging/Medical-Imaging-Patient-Compliments/" class=""
     …    target="_self">Medical Imaging Patient Compliments</a>
125734
125735                    </li>
125736
125737                    <li>
125738                        <a href="/MLH/Specialties/Medical-Imaging/MRI/" class=""
     …    target="_self">MRI</a>
125739
125740                    </li>
125741
125742                    <li>
125743                        <a
     …    href="/MLH/Specialties/Medical-Imaging/Nuclear-Medicine---SPECT-CT/" class=""
     …    target="_self">Nuclear Medicine &amp; SPECT-CT</a>
```

```
125744                    </li>
125745
125746
125747                    <li>
125748                        <a href="/MLH/Specialties/Medical-Imaging/Other-Imaging-Tests/"
…  class="" target="_self">Other Imaging Tests</a>
125749
125750                    </li>
125751
125752                    <li>
125753                        <a href="/MLH/Specialties/Medical-Imaging/PET-CT-Imaging/" class=""
…  target="_self">PET-CT Imaging</a>
125754
125755                    </li>
125756
125757                    <li>
125758                        <a href="/MLH/Specialties/Medical-Imaging/Radiology-Care-Unit/"
…  class="" target="_self">Radiology Care Unit</a>
125759
125760                    <ul class="nav-tier-4">
125761
125762                    <li>
125763                        <a href="/MLH/Specialties/Interventional-Radiology/" class=""
…  target="_self">Interventional Radiology</a>
125764
125765                    </li>
125766
125767                    </ul>
125768
125769                    </li>
125770
125771                    <li>
125772                        <a
…  href="/MLH/Specialties/Medical-Imaging/Resources-for-Referring-Physicians/" class=""
…  target="_self">Resources for Referring Physicians</a>
125773
125774                    </li>
125775
125776                    <li>
125777                        <a href="/MLH/Specialties/Medical-Imaging/Ultrasound/" class=""
…  target="_self">Ultrasound</a>
125778
125779                    </li>
125780
125781                    <li>
125782                        <a href="/MLH/Specialties/Medical-Imaging/X-ray/" class=""
…  target="_self">X-ray</a>
125783
125784                    </li>
125785
125786                    </ul>
125787
125788                    </li>
125789
125790                    <li>
125791                        <a href="/MLH/Specialties/Pediatric-Emergency-Care/" class=""
…  target="_self">Pediatric Emergency Care</a>
125792
125793                    </li>
125794
125795                    <li>
125796                        <a href="/MLH/Specialties/Primary-Care-Physicians/" class=""
…  target="_self">Primary Care</a>
125797
125798                    <ul class="nav-tier-3">
125799
125800                    <li>
125801                        <a href="/MLH/Specialties/Primary-Care/Meet-Our-Providers/" class=""
```

```
125801…  target="_self">Meet Our Providers</a>
125802
125803                  </li>
125804
125805                  <li>
125806                      <a href="/MLH/Specialties/Primary-Care/Primary-Care/" class=""
         target="_self">Primary Care</a>
125807
125808                  </li>
125809
125810                  </ul>
125811
125812              </li>
125813
125814              <li>
125815                  <a href="/MLH/Specialties/Pulmonary-Services/Bronchial-Thermoplasty/"
         class="" target="_self">Pulmonary Services</a>
125816
125817              </li>
125818
125819              <li>
125820                  <a
    …    href="/MLH/Specialties/Rehabilitation-Services-Occupational,-Physical---Massage/"
    …    class="" target="_self">Rehabilitation Services</a>
125821
125822              <ul class="nav-tier-3">
125823
125824                  <li>
125825                      <a href="/Pelvic-Floor/" class="" target="_self">Pelvic Floor</a>
125826
125827                  </li>
125828
125829              </ul>
125830
125831              </li>
125832
125833              <li>
125834                  <a href="/Robotic-Surgery-at-Littleton-Adventist-Hospital/" class=""
         target="_self">Robotic Surgery at Littleton Adventist Hospital</a>
125835
125836              <ul class="nav-tier-3">
125837
125838                  <li>
125839                      <a href="/MLH/Specialties/Robotic-Surgery/GYN-Robotic-Surgery/"
         class="" target="_self">GYN Robotic Surgery</a>
125840
125841                  </li>
125842
125843                  <li>
125844                      <a href="/MLH/Specialties/Robotic-Surgery/How-Robotic-Surgery-Works/"
         class="" target="_self">How Robotic Surgery Works</a>
125845
125846                  </li>
125847
125848                  <li>
125849                      <a
         href="/MLH/Specialties/Robotic-Surgery/Robotic-Surgery-Minimizes-Downtime/" class=""
    …    target="_self">Robotic Surgery Minimizes Downtime</a>
125850
125851                  </li>
125852
125853                  <li>
125854                      <a
         href="/MLH/Specialties/Robotic-Surgery/GYN-Robotic-Surgery/Dr--Bruce-Dorr/" class=""
    …    target="_self">Dr. Bruce Dorr</a>
125855
125856                  </li>
125857
```

```
125858                <li>
125859                    <a
…     href="/MLH/Specialties/Robotic-Surgery/GYN-Robotic-Surgery/Dr--David-J--Watson/"
      class="" target="_self">Dr. David J. Watson</a>
125860
125861                </li>
125862
125863            </ul>
125864
125865        </li>
125866
125867        <li>
125868                <a href="/MLH/Specialties/Sleep-Disorder-Center/" class=""
      target="_self">Sleep Disorders Center</a>
125869
125870            <ul class="nav-tier-3">
125871
125872            <li>
125873                    <a
…     href="/MLH/Specialties/Sleep-Disorder-Center/Sleep-Disorder-Symptoms/" class=""
      target="_self">Sleep Disorder Symptoms</a>
125874
125875            </li>
125876
125877            <li>
125878                    <a
…     href="/MLH/Specialties/Sleep-Disorder-Center/Common-Sleep-Disorders/" class=""
      target="_self">Common Sleep Disorders</a>
125879
125880            </li>
125881
125882            <li>
125883                    <a href="/MLH/Specialties/Sleep-Disorder-Center/Sleep-Studies/"
      class="" target="_self">Sleep Studies</a>
125884
125885            </li>
125886
125887            <li>
125888                    <a
…     href="/MLH/Specialties/Sleep-Disorder-Center/Preparing-For-Your-Sleep-Study/"
      class="" target="_self">Preparing For Your Sleep Study</a>
125889
125890            </li>
125891
125892            <li>
125893                    <a
…     href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/
…     Sleep_Disorder_Center/LAHSleepTrifold.pdf" class="" target="_blank">Sleep
      Brochure</a>
125894
125895            </li>
125896
125897            <li>
125898                    <a
…     href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/
…     Sleep_Disorder_Center/questionnaire.pdf" class="" target="_blank">LAH Sleep Order
…     Patient Questionnaire</a>
125899
125900            </li>
125901
125902            <li>
125903                    <a href="/MLH/Specialties/Sleep-Disorder-Center/For-Physicians/"
      class="" target="_self">For Physicians</a>
125904
125905            </li>
125906
125907            <li>
125908                    <a
```

```
125908    href="/MLH/Specialties/Sleep-Disorder-Center/Sleep-Disorder-Resources/" class=""
    …     target="_self">Sleep Disorder Resources</a>
125909
125910                    </li>
125911
125912                    <li>
125913                        <a
    …     href="/MLH/Specialties/Sleep-Disorder-Center/Contact-the-Sleep-Disorder-Center/"
    …     class="" target="_self">Contact the Sleep Disorders Center</a>
125914
125915                    </li>
125916
125917                    <li>
125918                        <a
    …     href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/
    …     Sleep_Disorder_Center/Wake Up to a New Day.pdf" class="" target="_blank">Wake Up to a
    …     New Day</a>
125919
125920                    </li>
125921
125922                </ul>
125923
125924            </li>
125925
125926            <li>
125927                <a href="/MLH/Specialties/Spine-Services/" class=""
    …     target="_self">Spine Services</a>
125928
125929                <ul class="nav-tier-3">
125930
125931                    <li>
125932                        <a
    …     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Disc-Replacement/"
    …     class="" target="_self">Disc Replacement</a>
125933
125934                    </li>
125935
125936                    <li>
125937                        <a
    …     href="/MLH/Specialties/Spine-Services/Minimally-Invasive-Procedures/" class=""
    …     target="_self">Minimally Invasive Procedures</a>
125938
125939                    </li>
125940
125941                    <li>
125942                        <a
    …     href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/Spine_Services/spine
    …     class card.pdf" class="" target="_blank">Pre-Operative Surgical Spine Class</a>
125943
125944                    </li>
125945
125946                    <li>
125947                        <a href="/MLH/Specialties/Spine-Services/SI-Joint-Dysfunction/"
    …     class="" target="_self">SI Joint Dysfunction</a>
125948
125949                    </li>
125950
125951                </ul>
125952
125953            </li>
125954
125955            <li>
125956                <a
    …     href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Sports-Medicine/"
    …     class="" target="_self">Sports Medicine</a>
125957
125958            </li>
125959
```

```
125960              <li>
125961                  <a href="/MLH/Specialties/Stroke-Center/" class=""
…    target="_self">Stroke Center</a>
125962
125963              <ul class="nav-tier-3">
125964
125965              <li>
125966                  <a
…    href="/uploadedFiles/mylittletonhospital/Content/MLH/Specialties/AphasiaSupportGroup.
…    pdf" class="" target="_blank">Aphasia Support Group</a>
125967
125968              </li>
125969
125970              <li>
125971                  <a href="/MLH/Specialties/Stroke-Center/Care-After-Stroke/" class=""
…    target="_self">Care After a Stroke</a>
125972
125973              </li>
125974
125975              <li>
125976                  <a
…    href="/MLH/Specialties/Stroke-Center/Centura-Health-Stroke-Network-of-Care/" class=""
…    target="_self">Centura Health Stroke Network of Care</a>
125977
125978              </li>
125979
125980              <li>
125981                  <a href="/MLH/Specialties/Stroke-Center/Community-Stroke-Resources/"
…    class="" target="_self">Community Stroke Resources</a>
125982
125983              </li>
125984
125985              <li>
125986                  <a
…    href="/MLH/Specialties/Stroke-Center/Contact-the-Stroke-Coordinator/" class=""
…    target="_self">Contact the Stroke Coordinator</a>
125987
125988              </li>
125989
125990              <li>
125991                  <a
…    href="/MLH/Specialties/Stroke-Center/Littleton-Stroke-Center-Awards/" class=""
…    target="_self">Littleton Stroke Center Awards</a>
125992
125993              </li>
125994
125995              <li>
125996                  <a
…    href="/MLH/Specialties/Stroke-Center/Community-Stroke-Resources/National-Stroke-
…    Awareness-Month/" class="" target="_self">National Stroke Awareness Month</a>
125997
125998              </li>
125999
126000              <li>
126001                  <a
…    href="/MLH/Specialties/Stroke-Center/Neurodiagnostic-Testing-We-Offer/" class=""
…    target="_self">Neurodiagnostic Testing We Offer</a>
126002
126003              </li>
126004
126005              <li>
126006                  <a href="/MLH/Specialties/Stroke-Center/Stroke-Team/" class=""
…    target="_self">Stroke Team</a>
126007
126008              </li>
126009
126010              <li>
126011                  <a href="/MLH/Specialties/Stroke-Center/Telestroke/" class=""
```

```
126011…  target="_self">Telestroke</a>
126012
126013                  </li>
126014
126015                  </ul>
126016
126017                  </li>
126018
126019                  <li>
126020                      <a href="/MLH/Specialties/Women-s-Health-Services/" class=""
…      target="_self">Women&#39;s Health Services</a>
126021
126022                  <ul class="nav-tier-3">
126023
126024                  <li>
126025                      <a href="/MLH/Specialties/Womens-Health-Services/Bone-Densitometry/"
…      class="" target="_self">Bone Densitometry</a>
126026
126027                  </li>
126028
126029                  <li>
126030                      <a href="/Pelvic-Floor/" class="" target="_self">Pelvic Floor</a>
126031
126032                  </li>
126033
126034                  <li>
126035                      <a
…      href="/MLH/Specialties/Womens-Health-Services/Uterine-Artery-Embolization/" class=""
…      target="_self">Uterine Artery Embolization</a>
126036
126037                  </li>
126038
126039                  </ul>
126040
126041                  </li>
126042
126043                  </ul>
126044
126045                  </li>
126046
126047                  <li>
126048                      <a href="/For-Patients-and-Families/" class="" target="_self">For
…      Patients &amp; Families</a>
126049
126050                  <ul class="nav-tier-2">
126051
126052                  <li>
126053                      <a href="#PreRegModal" class="" target="_self">Patient
…      Pre-Registration</a>
126054
126055                  </li>
126056
126057                  <li>
126058                      <a href="/Billing-and-Financial-Services/" class=""
…      target="_self">Billing &amp; Financial Services</a>
126059
126060                  <ul class="nav-tier-3">
126061
126062                  <li>
126063                      <a href="/How-Billing-Works/" class="" target="_self">How Billing
…      Works</a>
126064
126065                  </li>
126066
126067                  <li>
126068                      <a href="/Hospital-Billing/" class="" target="_self">Hospital
…      Billing</a>
126069
```

Page 3943

```
126070                    </li>
126071
126072                    <li>
126073                        <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
    …   Pay</a>
126074
126075                    </li>
126076
126077                    <li>
126078                        <a href="/Financial-Help/" class="" target="_self">Financial
        Assistance, Charity Care &amp; Payment Plans</a>
126079
126080                    </li>
126081
126082                    <li>
126083                        <a href="/Uninsured-Patients/" class="" target="_self">Uninsured</a>
126084
126085                    </li>
126086
126087                    <li>
126088                        <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
126089
126090                    </li>
126091
126092                    <li>
126093                        <a href="/Hospital-Billing/" class="" target="_self">Hospital Bills
    …   &amp; Insurance</a>
126094
126095                    </li>
126096
126097                </ul>
126098
126099            </li>
126100
126101            <li>
126102                <a href="/For-Patients-and-Families/Pricing/" class=""
    …   target="_self">Pricing</a>
126103
126104                <ul class="nav-tier-3">
126105
126106                    <li>
126107                        <a
    …   href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
    …   target="_self">Costs for Common Procedures</a>
126108
126109                    </li>
126110
126111                    <li>
126112                        <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
    …   class="" target="_self">Request a Custom Quote</a>
126113
126114                    </li>
126115
126116                    <li>
126117                        <a
    …   href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
    …   class="" target="_self">Resources for Patients &amp; Consumers</a>
126118
126119                    </li>
126120
126121                </ul>
126122
126123            </li>
126124
126125            <li>
126126                <a href="/Quality-Service-and-Safety/" class=""
        target="_self">Quality, Service &amp; Safety</a>
126127
```

```
126128              <ul class="nav-tier-3">
126129
126130              <li>
126131                  <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
126132
126133              </li>
126134
126135              <li>
126136                  <a href="/Hospital-Ratings/" class="" target="_self">Hospital
…   Ratings</a>
126137
126138              </li>
126139
126140              <li>
126141                  <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
…   Ratings</a>
126142
126143              </li>
126144
126145              <li>
126146                  <a href="/Components/Templates/ProviderSearch.aspx"
…   class="open-physician-finder" target="_self">Doctor Ratings</a>
126147
126148              </li>
126149
126150              </ul>
126151
126152              </li>
126153
126154              <li>
126155                  <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
…   Health LINKS</a>
126156
126157              <ul class="nav-tier-3">
126158
126159              <li>
126160                  <a href="/Centura-Health-RX-Assistance-/" class=""
…   target="_self">RxAssist</a>
126161
126162              </li>
126163
126164              <li>
126165                  <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
…   target="_self">BenefitsCheckUp Colorado</a>
126166
126167              </li>
126168
126169              <li>
126170                  <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
…   target="_self">Medicare Part D</a>
126171
126172              </li>
126173
126174              <li>
126175                  <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
…   class="" target="_self">State Health Insurance Plan</a>
126176
126177              </li>
126178
126179              </ul>
126180
126181              </li>
126182
126183              <li>
126184                  <a href="/Medical-Records/" class="" target="_self">Medical
…   Records</a>
126185
126186              </li>
```

```
126187
126188                    <li>
126189                        <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
     …  target="_self">Patient Bill of Rights &amp; Responsibilities</a>
126190
126191                    <ul class="nav-tier-3">
126192
126193                    <li>
126194                        <a href="/Patient-Representatives/" class="" target="_self">Patient
     …  Representitive</a>
126195
126196                    </li>
126197
126198                    </ul>
126199
126200                    </li>
126201
126202                    <li>
126203                        <a href="/Advance-Directives/" class="" target="_self">Advance
     …  Directives</a>
126204
126205                    <ul class="nav-tier-3">
126206
126207                    <li>
126208                        <a href="/Important-Questions/" class="" target="_self">Important
     …  Questions</a>
126209
126210                    </li>
126211
126212                    </ul>
126213
126214                    </li>
126215
126216                    <li>
126217                        <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
     …  target="_self">Privacy Practices</a>
126218
126219                    </li>
126220
126221                    <li>
126222                        <a href="/Connect-for-Health-Colorado/" class=""
     …  target="_self">Connect for Health Colorado</a>
126223
126224                    </li>
126225
126226                    <li>
126227                        <a href="/MLH/For-Patients-and-Families/Living-With-Cancer/" class=""
     …  target="_self">Living With Cancer</a>
126228
126229                    </li>
126230
126231                    <li>
126232                        <a href="/MLH/For-Patients-and-Families/Palliative-Care/" class=""
     …  target="_self">Palliative Care</a>
126233
126234                    </li>
126235
126236                    <li>
126237                        <a
     …  href="/MLH/For-Patients-and-Families/Emotional---Spiritual-Resources/" class=""
     …  target="_self">Emotional &amp; Spirtual Resources</a>
126238
126239                    </li>
126240
126241                    <li>
126242                        <a href="/MLH/For-Patients-and-Families/Medication-Record/" class=""
     …  target="_self">Medication Record</a>
126243
```

```
126244                  </li>
126245
126246                  <li>
126247                      <a href="/MLH/For-Patients-and-Families/The-DAISY-Award/" class=""
        target="_self">The DAISY Award</a>
126248
126249                  </li>
126250
126251                  <li>
126252                      <a href="/MLH/For-Patients-and-Families/Gift-Shop/" class=""
        target="_self">Gift Shop</a>
126253
126254                  </li>
126255
126256                  <li>
126257                      <a
        href="https://www.itriagehealth.com/facility/littleton-adventist-hospital-6173"
        class="" target="_blank">Tell Us You&#39;re Coming</a>
126258
126259                  </li>
126260
126261                  <li>
126262                      <a href="/MLH/For-Patients-and-Families/Campus-Map/" class=""
        target="_self">Campus Map</a>
126263
126264                  </li>
126265
126266                  <li>
126267                      <a href="/MLH/For-Patients-and-Families/Patient-and-Visitor-Guide/"
        class="" target="_self">Patient &amp; Visitor Guide</a>
126268
126269                  </li>
126270
126271                  <li>
126272                      <a
        href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
        LAH_Share_A_Compliment" class="" target="_blank">Patient Compliments</a>
126273
126274                  </li>
126275
126276                  <li>
126277                      <a href="/MLH/For-Patients-and-Families/Create-a-Patient-Web-Page/"
        class="" target="_self">Create a Patient Web Page</a>
126278
126279                  </li>
126280
126281                  <li>
126282                      <a href="/MyCenturaHealth/" class=""
        target="_self">MyCenturaHealth</a>
126283
126284                  </li>
126285
126286                  <li>
126287                      <a href="/MLH/For-Patients-and-Families/Patient-Grievance-Process/"
        class="" target="_self">Patient Grievance Process</a>
126288
126289                  </li>
126290
126291                  <li>
126292                      <a href="/MLH/For-Patients-and-Families/Pregnancy-Loss-Services/"
        class="" target="_self">Pregnancy Loss Services</a>
126293
126294                  </li>
126295
126296                  <li>
126297                      <a href="/MLH/For-Patients-and-Families/Preparing-For-A-Procedure/"
        class="" target="_self">Preparing for a Procedure</a>
126298
```

```
126299                    </li>
126300
126301              <li>
126302                  <a href="/MLH/For-Patients-and-Families/Support-Groups/" class=""
       target="_self">Support Groups</a>
126303
126304              </li>
126305
126306          </ul>
126307
126308          </li>
126309
126310          <li>
126311              <a href="/MLH/Home/About-Us/" class="" target="_self">About Us</a>
126312
126313          <ul class="nav-tier-2">
126314
126315              <li>
126316                  <a href="/MLH/About-Us/Awards---Honors/" class=""
       target="_self">Awards and Recognition</a>
126317
126318              </li>
126319
126320              <li>
126321                  <a href="/MLH/About-Us/Littleton-Hospital-Foundation/" class=""
       target="_self">Littleton Hospital Foundation</a>
126322
126323              <ul class="nav-tier-3">
126324
126325                  <li>
126326                      <a href="/MLH/About-Us/Foundation/Make-a-Donation/" class=""
       target="_self">Make a Donation</a>
126327
126328                  </li>
126329
126330                  <li>
126331                      <a href="/MLH/About-Us/Foundation/Programs-We-Support/" class=""
       target="_self">Programs We Support</a>
126332
126333                  </li>
126334
126335                  <li>
126336                      <a href="/MLH/About-Us/Foundation/Associate-Campaign/" class=""
       target="_self">Associate Campaign</a>
126337
126338                  </li>
126339
126340                  <li>
126341                      <a href="/MLH/About-Us/Foundation/Foundation-Events/" class=""
       target="_self">Foundation Events</a>
126342
126343                  </li>
126344
126345                  <li>
126346                      <a href="/MLH/About-Us/Foundation/Foundation-Board/" class=""
       target="_self">Foundation Board</a>
126347
126348                  </li>
126349
126350                  <li>
126351                      <a href="/MLH/About-Us/Foundation/Foundation-Staff/" class=""
       target="_self">Foundation Staff</a>
126352
126353                  </li>
126354
126355                  <li>
126356                      <a href="/MLH/About-Us/Foundation/Contact-Foundation/" class=""
       target="_self">Contact Us &amp; Get Involved</a>
```

Page 3948

```
126357                        </li>
126358
126359
126360                    </ul>
126361
126362                </li>
126363
126364                <li>
126365                        <a href="/MLH/About-Us/Healing-Arts/" class="" target="_self">Healing
…     Arts</a>
126366
126367                </li>
126368
126369                <li>
126370                    <a href="/MLH/About-Us/Emotional-Healing/" class=""
…     target="_self">Emotional &amp; Spiritual Resources</a>
126371
126372                <ul class="nav-tier-3">
126373
126374                    <li>
126375                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Asking-For-Help/" class=""
…     target="_self">Asking For Help</a>
126376
126377                    </li>
126378
126379                    <li>
126380                        <a href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Chaplaincy/"
…     class="" target="_self">Chaplaincy</a>
126381
126382                    </li>
126383
126384                    <li>
126385                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Clinical-Pastoral-Education/"
…     class="" target="_self">Clinical Pastoral Education</a>
126386
126387                    </li>
126388
126389                    <li>
126390                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Community---Patient-Based-
…     Missions/" class="" target="_self">Community &amp; Patient Based Missions</a>
126391
126392                    </li>
126393
126394                    <li>
126395                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Learning-to-Adapt/" class=""
…     target="_self">Learning to Adapt</a>
126396
126397                    </li>
126398
126399                    <li>
126400                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Light-a-Candle/" class=""
…     target="_self">Light a Candle</a>
126401
126402                    </li>
126403
126404                    <li>
126405                        <a
…     href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Making-Tough-Choices/" class=""
…     target="_self">Making Tough Choices</a>
126406
126407                    </li>
126408
126409                    <li>
```

```
126410                    <a
   …  href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Practice-of-Prayer/" class=""
   …  target="_self">Practice of Prayer</a>
126411
126412                    </li>
126413
126414                    <li>
126415                        <a href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Resources/"
   …  class="" target="_self">Resources</a>
126416
126417                    </li>
126418
126419                    <li>
126420                        <a
   …  href="/MLH/About-Us/Emotional-and-Spiritual-Resources/What-if-I-m-not-Christian-/"
   …  class="" target="_self">What if I&#39;m not Christian?</a>
126421
126422                    </li>
126423
126424                    <li>
126425                        <a
   …  href="/MLH/About-Us/Emotional-and-Spiritual-Resources/What-if-I-m-not-religious-/"
   …  class="" target="_self">What if I&#39;m not religious?</a>
126426
126427                    </li>
126428
126429                    <li>
126430                        <a
   …  href="/MLH/About-Us/Emotional-and-Spiritual-Resources/Words-to-Lift-You/" class=""
   …  target="_self">Words to Lift You</a>
126431
126432                    </li>
126433
126434                  </ul>
126435
126436                </li>
126437
126438                <li>
126439                    <a href="/MLH/About-Us/Our-Leaders/" class=""
   …  target="_self">Leadership</a>
126440
126441                  <ul class="nav-tier-3">
126442
126443                    <li>
126444                        <a href="/MLH/About-Us/Leadership/Brett-Spenst/" class=""
   …  target="_self">Brett Spenst</a>
126445
126446                    </li>
126447
126448                    <li>
126449                        <a href="/MLH/About-Us/Leadership/Cheryl-Curry/" class=""
   …  target="_self">Cheryl Curry</a>
126450
126451                    </li>
126452
126453                    <li>
126454                        <a href="/MLH/About-Us/Leadership/Michael-Brendel/" class=""
   …  target="_self">Michael Brendel</a>
126455
126456                    </li>
126457
126458                    <li>
126459                        <a href="/MLH/About-Us/Leadership/Alan-Verrill,-MD/" class=""
   …  target="_self">Alan Verrill, MD</a>
126460
126461                    </li>
126462
126463                    <li>
```

```
126464                <a href="/MLH/About-Us/Leadership/Rhonda-Ward/" class=""
    …  target="_self">Rhonda Ward</a>
126465
126466                </li>
126467
126468              </ul>
126469
126470            </li>
126471
126472          <li>
126473                <a href="/MLH/About-Us/Mission---Values/" class=""
    …  target="_self">Mission &amp; Values</a>
126474
126475            </li>
126476
126477          <li>
126478                <a href="/Find-Our-Facility/" class="" target="_self">Find Our
    …  Facility</a>
126479
126480            </li>
126481
126482          <li>
126483                <a href="/MLH/About-Us/Green-Team/" class="" target="_self">Green
    …  Team</a>
126484
126485            </li>
126486
126487          <li>
126488                <a href="/MLH/About-Us/Mission-Trips/" class=""
    …  target="_self">Mission Trips</a>
126489
126490            </li>
126491
126492          </ul>
126493
126494          </li>
126495
126496          <li>
126497            <a href="/Community-LAH/" class="" target="_self">Community</a>
126498
126499          <ul class="nav-tier-2">
126500
126501          <li>
126502                <a
    …  href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=117&amp;aid=CENTURA
    …  " class="" target="_blank">Events &amp; Classes</a>
126503
126504            </li>
126505
126506          <li>
126507                <a href="/MLH/Community/Volunteering/" class=""
    …  target="_self">Volunteering</a>
126508
126509          <ul class="nav-tier-3">
126510
126511          <li>
126512                <a href="/MLH/Community/Volunteer/Volunteer-Opportunities/" class=""
    …  target="_self">Volunteer Opportunities</a>
126513
126514            </li>
126515
126516          <li>
126517                <a href="/MLH/Community/Volunteer/Requirements-for-Volunteering/"
    …  class="" target="_self">Requirements for Volunteering</a>
126518
126519            </li>
126520
126521          <li>
```

```
126522              <a href="/MLH/Community/Volunteer/Junior-Volunteers/" class=""
  …   target="_self">Junior Volunteers</a>
126523
126524              </li>
126525
126526              <li>
126527              <a href="/MLH/Community/Volunteer/Newsletter---Volunteer-Voice/"
  …   class="" target="_self">Newsletter - Volunteer Voice</a>
126528
126529              </li>
126530
126531              <li>
126532              <a href="/MLH/Community/Volunteer/Contact-Manager-of-Volunteers/"
  …   class="" target="_self">Contact Manager of Volunteers</a>
126533
126534              </li>
126535
126536              <li>
126537                  <a
  …   href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
  …   LAH_Volunteer_Interest_Form" class="" target="_blank">Volunteer Interest Form</a>
126538
126539              </li>
126540
126541          </ul>
126542
126543          </li>
126544
126545          <li>
126546              <a href="/Social-Media/" class="" target="_self">Social Media</a>
126547
126548          </li>
126549
126550          <li>
126551              <a href="/MLH/Community/Community-Benefit/" class=""
  …   target="_self">Community Benefit</a>
126552
126553          </li>
126554
126555          </ul>
126556
126557          </li>
126558
126559          <li>
126560              <a href="/MLH/Home/Health-and-Wellness/" class=""
  …   target="_self">Health &amp; Wellness</a>
126561
126562          <ul class="nav-tier-2">
126563
126564          <li>
126565              <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
  …   Information</a>
126566
126567          </li>
126568
126569          <li>
126570              <a href="/CafeWell-/" class="" target="_self">CaféWell</a>
126571
126572          </li>
126573
126574          <li>
126575              <a href="/iTriage-App/" class="" target="_self">iTriage</a>
126576
126577          </li>
126578
126579          <li>
126580              <a href="/Movementum-App/" class="" target="_self">Movementum</a>
126581
```

```
126582                    </li>
126583
126584                <li>
126585                    <a href="/Seasonal-Information/" class="" target="_self">Seasonal
…    Information</a>
126586
126587                </li>
126588
126589                <li>
126590                    <a href="/Health-Library/" class="" target="_self">Health Library</a>
126591
126592                <ul class="nav-tier-3">
126593
126594                <li>
126595                    <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
…    Information</a>
126596
126597                </li>
126598
126599                </ul>
126600
126601                </li>
126602
126603                <li>
126604                    <a href="/Healthy-Habits/" class="" target="_self">Healthy Habits</a>
126605
126606                <ul class="nav-tier-3">
126607
126608                <li>
126609                    <a href="/Exercise-/" class="" target="_self">Exercise</a>
126610
126611                </li>
126612
126613                <li>
126614                    <a href="/Nutrition-/" class="" target="_self">Nutrition</a>
126615
126616                </li>
126617
126618                </ul>
126619
126620                </li>
126621
126622                </ul>
126623
126624                </li>
126625
126626                <li>
126627                    <a href="/MLH/Home/News/" class="" target="_self">News</a>
126628
126629                <ul class="nav-tier-2">
126630
126631                <li>
126632                    <a href="/MLH/News/For-the-Media/" class="" target="_self">For the
…    Media</a>
126633
126634                </li>
126635
126636                <li>
126637                    <a href="/MLH/News/Create/" class="" target="_self">Create</a>
126638
126639                </li>
126640
126641                </ul>
126642
126643                </li>
126644
126645                </ul>
126646
```

```
126647  </nav>
126648  <script type="text/javascript">
126649          $(".nav-tier-2").last().addClass("last-tier");
126650  </script>
126651              </div>
126652          </div>
126653      </div>
126654      <div id="nav-slide-out">
126655          <div class="slide-out-left"></div>
126656          <div class="slide-out-middle"></div>
126657          <div class="slide-out-right"></div>
126658      </div>
126659      <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
     …  id="EktronScriptBlock8c4682f51d8b4d738a2aa6fac4455b71" type="text/javascript">
126660
126661  $ektron.extend(true, $ektron,
     …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
     …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
     …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
     …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
126662
126663
126664  </script></span>
126665  <div id="locations-slide-out">
126666      <div class="nav-col">
126667          <ul>
126668
126669              <li><span class="glyphicon glyphicon-home"></span>
126670                  <a href=http://www.centura.org/home/>Centura Health</a>
126671              </li>
126672
126673              <li>
126674                  <a href=http://www.avistahospital.org/avh/home/>Avista
     …  Adventist Hospital</a>
126675              </li>
126676
126677              <li>
126678                  <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
     …  Grant County Hospital</a>
126679              </li>
126680
126681              <li>
126682                  <a href=http://www.castlerockhospital.org>Castle Rock
     …  Adventist Hospital</a>
126683              </li>
126684
126685              <li>
126686                  <a href=http://www.mylittletonhospital.org>Littleton
     …  Adventist Hospital</a>
126687              </li>
126688
126689              <li>
126690                  <a href=http://www.luhcares.org/>Longmont United Hospital</a>
126691              </li>
126692
126693              <li>
126694                  <a href=http://www.mercydurango.org>Mercy Regional Medical
     …  Center</a>
126695              </li>
126696
126697              <li>
126698                  <a href=http://www.orthocolorado.org>OrthoColorado
     …  Hospital</a>
126699              </li>
126700
126701              <li>
126702                  <a href=http://www.parkerhospital.org>Parker Adventist
     …  Hospital</a>
```

```
126703                          </li>
126704
126705                  </ul>
126706              </div>
126707          <div class="nav-col">
126708              <ul>
126709
126710                      <li>
126711                          <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
…    Health Services</a>
126712                      </li>
126713
126714                      <li>
126715                          <a href=http://www.porterhospital.org>Porter Adventist
…    Hospital</a>
126716                      </li>
126717
126718                      <li>
126719                          <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
126720                      </li>
126721
126722                      <li>
126723                          <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
…    North Health Campus</a>
126724                      </li>
126725
126726                      <li>
126727                          <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
…    Medical Center</a>
126728                      </li>
126729
126730                      <li>
126731                          <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
…    Center</a>
126732                      </li>
126733
126734                      <li>
126735                          <a href=http://www.stcatherinehosp.org>St. Catherine
…    Hospital</a>
126736                      </li>
126737
126738                      <li>
126739                          <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
…    Hospital</a>
126740                      </li>
126741
126742          </ul>
126743      </div>
126744      <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
…    hospital-image">
126745
126746          <img alt="Centura Health Find a Location"
…    src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
126747          <br />
126748          <p>Centura Health has more experts in more places throughout the region.
…    Start your health journey by finding the right one for you.</p>
126749          <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
…    btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
…    Menu Dropdown">search locations</button>
126750
126751 </div>
126752      <div class="clearfix"></div>
126753 </div>
126754
126755      </div>
126756 </header>
126757
126758
```

```
126759
126760
126761  <div id="theMobileNav" role="navigation" class="hidden-print">
126762      <div class="navbar navbar-default navbar-fixed-top" role="navigation">
126763          <div class="container">
126764              <div class="navbar-header">
126765                  <button type="button" class="navbar-toggle pull-left
        mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
126766                      <span class="sr-only">Toggle navigation</span>
126767                      <span class="icon-bar"></span>
126768                      <span class="icon-bar"></span>
126769                      <span class="icon-bar"></span>
126770                  </button>
126771                  <a class="navbar-brand" href="/">
126772                      <img id="ctl00_UxPrimaryNavMobile_UxLogo"
        src="/uploadedImages/mylittletonhospital/Content/MLH/Configuration/Littleton-Adv-Hosp
        -Web.png" />
126773                  </a>
126774              </div>
126775              <div class="navbar-collapse collapse">
126776
126777                      <ul class="nav navbar-nav navbar-right" id="mobile-nav">
126778
126779                      <li class="dropdown">
126780                          <a href="/MLH/Home/Specialties/"
126781                              class="dropdown-toggle"
126782                              data-toggle="dropdown">
126783                              Specialties
126784                              <b class="caret"></b>
126785                          </a>
126786
126787                              <ul class="dropdown-menu">
126788
126789                              <li><a
        href="/MLH/Specialties/BirthPlace/">BirthPlace</a></li>
126790
126791                              <li><a
        href="/MLH/Specialties/Bones,-Joints-and-Muscles-Orthopedics/">Bones, Joints &amp;
        Muscles (Orthopedics)</a></li>
126792
126793                              <li><a href="/MLH/Specialties/Brain-Care/">Brain
        Care</a></li>
126794
126795                              <li><a
        href="/MLH/Specialties/The-Breast-Care-Center-at-Littleton/">The Breast Care Center
        at Littleton</a></li>
126796
126797                              <li><a
        href="/MLH/Specialties/Cancer-Care/">Cancer Care</a></li>
126798
126799                              <li><a
        href="/MLH/Specialties/Cardiac-Services-Heart/">Cardiac Services</a></li>
126800
126801                              <li><a
        href="/MLH/Specialties/Children-s---Pediatric-Services/">Children&#39;s  &amp;
        Pediatric Services</a></li>
126802
126803                              <li><a
        href="/MLH/Specialties/Emergency---Trauma/">Emergency &amp; Trauma</a></li>
126804
126805                              <li><a
        href="/MLH/Specialties/Intensive-Care-Unit-ICU/">Intensive Care Unit (ICU)</a></li>
126806
126807                              <li><a
        href="/MLH/Specialties/Interventional-Radiology/">Interventional Radiology</a></li>
126808
126809                              <li><a
        href="/MLH/Specialties/Medical-Imaging/">Medical Imaging</a></li>
```

```
126810
126811                              <li><a
    …  href="/MLH/Specialties/Pediatric-Emergency-Care/">Pediatric Emergency Care</a></li>
126812
126813                              <li><a
    …  href="/MLH/Specialties/Primary-Care-Physicians/">Primary Care</a></li>
126814
126815                              <li><a
    …  href="/MLH/Specialties/Pulmonary-Services/Bronchial-Thermoplasty/">Pulmonary
    …  Services</a></li>
126816
126817                              <li><a
    …  href="/MLH/Specialties/Rehabilitation-Services-Occupational,-Physical---Massage/">
    …  Rehabilitation Services</a></li>
126818
126819                              <li><a
    …  href="/Robotic-Surgery-at-Littleton-Adventist-Hospital/">Robotic Surgery at Littleton
    …  Adventist Hospital</a></li>
126820
126821                              <li><a
    …  href="/MLH/Specialties/Sleep-Disorder-Center/">Sleep Disorders Center</a></li>
126822
126823                              <li><a
    …  href="/MLH/Specialties/Spine-Services/">Spine Services</a></li>
126824
126825                              <li><a
    …  href="/MLH/Specialties/Bones,-Joints-and-Muscles-(Orthopedics)/Sports-Medicine/">
    …  Sports Medicine</a></li>
126826
126827                              <li><a
    …  href="/MLH/Specialties/Stroke-Center/">Stroke Center</a></li>
126828
126829                              <li><a
    …  href="/MLH/Specialties/Women-s-Health-Services/">Women&#39;s Health Services</a></li>
126830
126831                              </ul>
126832
126833                      </li>
126834
126835                      <li class="dropdown">
126836                          <a href="/For-Patients-and-Families/"
126837                              class="dropdown-toggle"
126838                              data-toggle="dropdown">
126839                              For Patients &amp; Families
126840                              <b class="caret"></b>
126841                          </a>
126842
126843                              <ul class="dropdown-menu">
126844
126845                              <li><a href="/#PreRegModal">Patient
    …  Pre-Registration</a></li>
126846
126847                              <li><a
    …  href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>
126848
126849                              <li><a
    …  href="/For-Patients-and-Families/Pricing/">Pricing</a></li>
126850
126851                              <li><a
    …  href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>
126852
126853                              <li><a href="/Centura-Health-LINKS/">Centura
    …  Health LINKS</a></li>
126854
126855                              <li><a href="/Medical-Records/">Medical
    …  Records</a></li>
126856
126857                              <li><a
```

```
126857    href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
   …      Responsibilities</a></li>
126858
126859                               <li><a href="/Advance-Directives/">Advance
   …      Directives</a></li>
126860
126861                               <li><a
   …      href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
126862
126863                               <li><a
   …      href="/Connect-for-Health-Colorado/">Connect for Health Colorado</a></li>
126864
126865                               <li><a
   …      href="/MLH/For-Patients-and-Families/Living-With-Cancer/">Living With Cancer</a></li>
126866
126867                               <li><a
   …      href="/MLH/For-Patients-and-Families/Palliative-Care/">Palliative Care</a></li>
126868
126869                               <li><a
   …      href="/MLH/For-Patients-and-Families/Emotional---Spiritual-Resources/">Emotional
   …      &amp; Spirtual Resources</a></li>
126870
126871                               <li><a
   …      href="/MLH/For-Patients-and-Families/Medication-Record/">Medication Record</a></li>
126872
126873                               <li><a
   …      href="/MLH/For-Patients-and-Families/The-DAISY-Award/">The DAISY Award</a></li>
126874
126875                               <li><a
   …      href="/MLH/For-Patients-and-Families/Gift-Shop/">Gift Shop</a></li>
126876
126877                               <li><a
   …      href="https://www.itriagehealth.com/facility/littleton-adventist-hospital-6173">Tell
   …      Us You&#39;re Coming</a></li>
126878
126879                               <li><a
   …      href="/MLH/For-Patients-and-Families/Campus-Map/">Campus Map</a></li>
126880
126881                               <li><a
   …      href="/MLH/For-Patients-and-Families/Patient-and-Visitor-Guide/">Patient &amp;
   …      Visitor Guide</a></li>
126882
126883                               <li><a
   …      href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
   …      LAH_Share_A_Compliment">Patient Compliments</a></li>
126884
126885                               <li><a
   …      href="/MLH/For-Patients-and-Families/Create-a-Patient-Web-Page/">Create a Patient Web
   …      Page</a></li>
126886
126887                               <li><a
   …      href="/MyCenturaHealth/">MyCenturaHealth</a></li>
126888
126889                               <li><a
   …      href="/MLH/For-Patients-and-Families/Patient-Grievance-Process/">Patient Grievance
   …      Process</a></li>
126890
126891                               <li><a
   …      href="/MLH/For-Patients-and-Families/Pregnancy-Loss-Services/">Pregnancy Loss
   …      Services</a></li>
126892
126893                               <li><a
   …      href="/MLH/For-Patients-and-Families/Preparing-For-A-Procedure/">Preparing for a
   …      Procedure</a></li>
126894
126895                               <li><a
   …      href="/MLH/For-Patients-and-Families/Support-Groups/">Support Groups</a></li>
126896
```

```
126897                                    </ul>
126898
126899                              </li>
126900
126901                        <li class="dropdown">
126902                           <a href="/MLH/Home/About-Us/"
126903                              class="dropdown-toggle"
126904                              data-toggle="dropdown">
126905                              About Us
126906                              <b class="caret"></b>
126907                           </a>
126908
126909                              <ul class="dropdown-menu">
126910
126911                              <li><a
href="/MLH/About-Us/Awards---Honors/">Awards and Recognition</a></li>
126912
126913                              <li><a
href="/MLH/About-Us/Littleton-Hospital-Foundation/">Littleton Hospital
Foundation</a></li>
126914
126915                              <li><a href="/MLH/About-Us/Healing-Arts/">Healing
Arts</a></li>
126916
126917                              <li><a
href="/MLH/About-Us/Emotional-Healing/">Emotional &amp; Spiritual Resources</a></li>
126918
126919                              <li><a
href="/MLH/About-Us/Our-Leaders/">Leadership</a></li>
126920
126921                              <li><a
href="/MLH/About-Us/Mission---Values/">Mission &amp; Values</a></li>
126922
126923                              <li><a href="/Find-Our-Facility/">Find Our
Facility</a></li>
126924
126925                              <li><a href="/MLH/About-Us/Green-Team/">Green
Team</a></li>
126926
126927                              <li><a
href="/MLH/About-Us/Mission-Trips/">Mission Trips</a></li>
126928
126929                              </ul>
126930
126931                        </li>
126932
126933                        <li class="dropdown">
126934                           <a href="/Community-LAH/"
126935                              class="dropdown-toggle"
126936                              data-toggle="dropdown">
126937                              Community
126938                              <b class="caret"></b>
126939                           </a>
126940
126941                              <ul class="dropdown-menu">
126942
126943                              <li><a
href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=117&amp;aid=CENTURA
">Events &amp; Classes</a></li>
126944
126945                              <li><a
href="/MLH/Community/Volunteering/">Volunteering</a></li>
126946
126947                              <li><a href="/Social-Media/">Social
Media</a></li>
126948
126949                              <li><a
href="/MLH/Community/Community-Benefit/">Community Benefit</a></li>
```

```
126950                                              </ul>
126951
126952
126953                                        </li>
126954
126955                                  <li class="dropdown">
126956                                      <a href="/MLH/Home/Health-and-Wellness/"
126957                                         class="dropdown-toggle"
126958                                         data-toggle="dropdown">
126959                                         Health &amp; Wellness
126960                                         <b class="caret"></b>
126961                                      </a>
126962
126963                                          <ul class="dropdown-menu">
126964
126965                                              <li><a href="/Ebola-Virus/">Ebola Virus
…       Information</a></li>
126966
126967                                              <li><a href="/CafeWell-/">CaféWell</a></li>
126968
126969                                              <li><a href="/iTriage-App/">iTriage</a></li>
126970
126971                                              <li><a
…       href="/Movementum-App/">Movementum</a></li>
126972
126973                                              <li><a href="/Seasonal-Information/">Seasonal
…       Information</a></li>
126974
126975                                              <li><a href="/Health-Library/">Health
…       Library</a></li>
126976
126977                                              <li><a href="/Healthy-Habits/">Healthy
…       Habits</a></li>
126978
126979                                          </ul>
126980
126981                                        </li>
126982
126983                                  <li class="dropdown">
126984                                      <a href="/MLH/Home/News/"
126985                                         class="dropdown-toggle"
126986                                         data-toggle="dropdown">
126987                                         News
126988                                         <b class="caret"></b>
126989                                      </a>
126990
126991                                          <ul class="dropdown-menu">
126992
126993                                              <li><a href="/MLH/News/For-the-Media/">For the
…       Media</a></li>
126994
126995                                              <li><a href="/MLH/News/Create/">Create</a></li>
126996
126997                                          </ul>
126998
126999                                        </li>
127000
127001                                    </ul>
127002
127003                      </div>
127004                      <!--/.nav-collapse -->
127005                  </div>
127006              </div>
127007          <div class="mobile-search">
127008              <div class="input-group input-group-sm">
127009                  <input id="mobile-search-text" type="text" class="form-control"
…       placeholder="Enter your search terms here" />
127010                      <div class="input-group-btn">
```

```
127011                    <button type="button" class="btn btn-default dropdown-toggle"
        data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
127012                    <input type="hidden" id="mobileSearchFolderId" value="1392" />
127013                    <span class="mobile-search-tip">current site</span><span
        class="caret"></span>
127014                    <span class="sr-only">Toggle Dropdown</span>
127015                    </button>
127016                    <ul class="dropdown-menu pull-right mobile-search-filter"
        role="menu">
127017                        <li><a href="0" data-folderid="1392" class="active">current
        site</a></li>
127018                        <li><a href="0" data-folderid="">all sites</a></li>
127019                    </ul>
127020                    <button id="mobile-search-button" type="button" class="btn
        btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
127021                    </div>
127022                </div>
127023            </div>
127024    </div>
127025
127026    <script>
127027        $(document).ready(function () {
127028            // Add an item for the root node link to each sub-menu
127029            $("#mobile-nav .dropdown-toggle").each(function () {
127030                var dropdownHeader = $(this);
127031                var dropdownMenu = dropdownHeader.next();
127032
127033                var newTitle = dropdownHeader.text() + " Home";
127034                var newLink = dropdownHeader.attr("href");
127035
127036                var newTopItem = $(document.createElement("li"));
127037                var newTopLink = $(document.createElement("a")).attr("href",
        newLink).text(newTitle);
127038
127039                newTopItem.append(newTopLink);
127040
127041                dropdownMenu.prepend(newTopItem);
127042            });
127043
127044            // Prevent sub-menu items from triggering collapse when clicked
127045            $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
127046                clickEvent.stopPropagation();
127047            });
127048
127049            $('#mobile-nav').append('<li class="your-navs"><a
        href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
127050            $('#mobile-nav').append('<li class="your-navs"><a
        href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
127051            $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
        target="_blank">MyCenturaHealth</a></li>');
127052        });
127053    </script>
127054
127055        <div class="contentPush"></div>
127056        <div id="content" class="container-fluid snap-content">
127057
127058            <!--Header-->
127059
127060            <div>
127061
127062    <script type="text/javascript">
127063    //<![CDATA[
127064    Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
        ctl03', 'aspnetForm',
        ['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
        DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
        tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
```

```
127064  ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
        ctl01$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl01$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
        ctl01$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl00$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
        ctl02$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl02$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
        ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
        uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
        ctl00$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
        ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl03$
        uxWidgetHost$uxUpdatePanel','']], [], [], 90, 'ctl00');
127065  //]]>
127066  </script>
127067
127068
127069      <script type="text/javascript">
127070          Ektron.PBSettings = { 'dontClose': false }
127071      </script>
127072
127073
127074
127075
127076      <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">
127077
127078      </div>
127079      <script id="EktronScriptBlock460f70ed8a7a4c2289312e64f19a134b"
        type="text/javascript">
127080
127081  Ektron.ready(function(event, eventName){
127082
127083              $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
        .ui-dialog-buttonpane a").button();
127084              $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
        .framework").accordion({
127085                  heightStyle: "content",
127086                  activate: function(event, ui){
127087                      $ektron(ui).closest(".ui-accordion").accordion("refresh");
127088                  }
127089              });
127090              $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
        handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
127091
127092  });
127093
127094
127095  </script>
127096
127097
127098
127099      <div id="location-landing-header">
127100          <div class="container">
127101
127102          <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">
127103
127104              <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
        data-ux-pagebuilder="DropZone">
127105
127106                  <div data-ux-pagebuilder="Column">
127107
127108                      <ul>
127109
```

```
127110
127111
127112            <div
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxUpdatePanel">
127113
127114                    <div data-ux-pagebuilder="Widget">
127115
127116                    <div class="widgetBody">
127117                        <span
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
    … id="EktronScriptBlock06c842329ab0431d9145b0d7293bde9b" type="text/javascript">
127118
127119            $ektron.extend(true, Ektron,
    … {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    … FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    … Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    … IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127120
127121
127122            </script></span>
127123 <div class="container">
127124        <div
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
127125
127126     <div id="landing-carousel" class="col-md-9 no-padding">
127127        <div id="location-landing-full" class="carousel slide" data-ride="carousel"
    … data-wrap="true">
127128            <div class="carousel-inner">
127129
127130
127131
127132
127133
127134                    <div
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    … l00_UxSliderNoLink" class="item active">
127135                        <img
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    … l00_Image1" class="full"
    … src="/uploadedImages/mylittletonhospital/Content/MLH/Home/Carousels/Littleton-lg.jpg"
    … alt="Littleton Adventist Hospital" />
127136
127137                    </div>
127138
127139
127140
127141
127142
127143                    <div
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    … l01_UxSliderNoLink" class="item">
127144                        <img
    …  id="
    … ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    … getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    … l01_Image1" class="full"
```

```
127144…   src="/uploadedImages/mylittletonhospital/Content/MLH/home/Carousels/LLLo%20Greyson%
          20Photo%201.031915.jpg?n=6566" alt="GreysonPhoto" />
127145                                        <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
   …      l01_Div2" class="carousel-caption">
127146                                        <p>Meet Greyson. You'll be seeing a lot more of him
          this year as the star of Littleton Loves Little Ones. Find out why everyone's talking
          about the contest that could make your baby famous. Visit our website at
          LittletonLovesLittleOnes. </p>
127147                                    </div>
127148                                </div>
127149
127150                            </div>
127151
127152                            <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxNavigationControlsP
   …      anel">
127153
127154                                <a class="left carousel-control" href="#location-landing-full"
          data-slide="prev">
127155                                    <span class="glyphicon glyphicon-chevron-left"></span>
127156                                </a>
127157                                <a class="right carousel-control" href="#location-landing-full"
          data-slide="next">
127158                                    <span class="glyphicon glyphicon-chevron-right"></span>
127159                                </a>
127160
127161                            </div>
127162                        </div>
127163                    </div>
127164
127165                    </div>
127166                <div id="landing-column" class="col-md-3 no-padding">
127167
127168                        <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxWaitTime" class="yellow-block">
127169                            <span class="er">ER:</span>
127170                            <span class="min">25<sup>min</sup></span>
127171                            <button
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxViewAllButton" type="button"
   …      class="btn btn-orange btn-wait" title="view all"
   …      onclick="document.location.href=&#39;/MLH/Specialties/Emergency-and-Trauma/ER-Wait-
          Times/&#39;;">view all</button>
127172                            <a
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxTellUsYoureComingLink" title="Tell
          Us You&#39;re Coming"
   …      href="https://www.itriagehealth.com/facility/littleton-adventist-hospital-6173"
   …      target="_blank">Tell Us You're Coming</a>
127173                        </div>
127174
127175                        <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxLandingPageBanner_mapDiv" class="gmap">
127176                            <div class="mask"></div>
127177                            <iframe
   …      src="https://maps.google.com/maps?ll=39.5762884,-104.9861040&amp;z=10&amp;output=
          embed"
```

```
127177…  id="
    …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
    …  width="425"></iframe>
127178              <a href="/Components/Templates/Directions.aspx?endaddress=7700 South
    …  Broadway, Littleton  CO 80122"
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
    …  data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
    …  data-title="Directions" class="ilightbox btn btn-gmap"
    …  data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
    …  data-action="click" role="button">directions</a>
127179          </div>
127180
127181          <div class="linx">
127182
127183                  <ul>
127184
127185                      <li><a href="/MLH/Home/Contact-Us/" target="_self" title="Call
    …  303-730-8900">Call 303-730-8900</a></li>
127186
127187                      <li><a href="/Careers-and-Education/" target="_self"
    …  title="Careers">Careers</a></li>
127188
127189                      <li><a href="/MLH/Community/Volunteering/" target="_self"
    …  title="Volunteering">Volunteering</a></li>
127190
127191                  </ul>
127192
127193          </div>
127194      </div>
127195  </div>
127196
127197
127198                  </div>
127199              </div>
127200
127201      </div>
127202
127203                                          </li>
127204
127205                              </ul>
127206                          </div>
127207
127208              </div>
127209
127210  </div>
127211
127212          </div>
127213      </div>
127214      <div class="container">
127215          <div class="col-md-9">
127216
127217          <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
    …  class="container">
127218
127219              <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
    …  data-ux-pagebuilder="DropZone" class=" row">
127220
127221                      <div data-ux-pagebuilder="Column">
127222
127223                          <ul>
127224
127225                              <li>
127226
127227          <div
    …  id="
```

```
127227…  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
         getHost_uxUpdatePanel">
127228
127229                   <div data-ux-pagebuilder="Widget">
127230
127231                        <div class="widgetBody">
127232
127233  <div>
127234      <h1 class="global-h1">Welcome to Littleton Hospital</h1>
127235  </div>
127236
127237                        </div>
127238                    </div>
127239
127240      </div>
127241
127242                                          </li>
127243
127244                                          <li>
127245
127246          <div
     …  id="
     …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
     …  getHost_uxUpdatePanel">
127247
127248                   <div data-ux-pagebuilder="Widget">
127249
127250                        <div class="widgetBody">
127251
127252          <div
     …  id="
     …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
     …  getHost_uxWidgetHost_widget_CB">
127253              <p>Littleton Adventist Hospital is a full-service medical center that has
         provided compassionate health care and quality treatment for more than 20 years. Our
         medical teams specialize in
127254                                 cardiology,
     …  orthopedics,
     …  neurology,
127255                                 cancer care and
     …  women's and
     …  children's services. The hospital is home to a
127256                                 Level III NICU, a
     …  Level II Trauma Center and a
     …  nationally accredited breast center. Littleton Adventist Hospital is one of 15
         hospitals in the
127257                                 Centura Health system of care and is part of the
     …  Adventist Health System.</p>
127258          </div>
127259
127260          <span
     …  id="
     …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
     …  getHost_uxWidgetHost_widget_errorLb"></span>
127261
127262                        </div>
127263                    </div>
127264
127265      </div>
127266
127267                                          </li>
127268
127269                              </ul>
127270                          </div>
127271
127272                          <div data-ux-pagebuilder="Column" class='col-md-6'>
127273
127274                               <ul>
```

```
127275                                    <li>
127276
127277
127278          <div
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…   getHost_uxUpdatePanel">
127279
127280                  <div data-ux-pagebuilder="Widget">
127281
127282                      <div class="widgetBody">
127283                          <span
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…   getHost_uxWidgetHost_widget_UxLatestNewslist_uxAccessPoint"><script
…   id="EktronScriptBlock52b6752436df49bf8312a1dfe1ed0ce6" type="text/javascript">
127284
127285          $ektron.extend(true, Ektron,
…   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127286
127287
127288          </script></span>
127289   <div class="blue-news-box">
127290      <div class="news-block">
127291          <h2>Latest News</h2>
127292          <ul class="news-list">
127293
127294                  <li>
127295                      <a
…   href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455780" ><time
…   datetime="6/9/2016 12:00:00 AM">Jun 9, 2016</time></a>
127296                      <a
…   href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455780" >Littleton
…   Adventist Hospital Second in State to Offer Nitrous Oxide for Laboring Moms</a>
127297                  </li>
127298
127299                  <li>
127300                      <a
…   href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455495" ><time
…   datetime="5/20/2016 12:00:00 AM">May 20, 2016</time></a>
127301                      <a
…   href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=10737455495" >Centura
…   Health Announces Emergency and Urgent Care Center and Neighborhood Health Center in
…   Littleton</a>
127302                  </li>
127303
127304                  <li>
127305                      <a
…   href="/Centura-Health-Press-Releases/Five-Centura-Health-Hospitals-Achieve-
…   Healthgrades-Distinguished-Hospital-Award-for-Clinical-Excellence/" ><time
…   datetime="1/19/2016 12:00:00 AM">Jan 19, 2016</time></a>
127306                      <a
…   href="/Centura-Health-Press-Releases/Five-Centura-Health-Hospitals-Achieve-
…   Healthgrades-Distinguished-Hospital-Award-for-Clinical-Excellence/" >Five Centura
…   Health Hospitals Achieve Healthgrades Distinguished Hospital Award for Clinical
…   Excellence</a>
127307                  </li>
127308
127309          </ul>
127310          <button
…   id="
…   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…   getHost_uxWidgetHost_widget_UxLatestNewslist_UxButton" type="button" class="btn
…   btn-gray" onclick="document.location.href='/mlh/home/news/';">read
…   more</button>
```

Page 3967

```
127311            </div>
127312    </div>
127313
127314
127315                        </div>
127316                    </div>
127317
127318        </div>
127319
127320                                            </li>
127321
127322                                            <li>
127323
127324          <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl01_uxWid
    …  getHost_uxUpdatePanel">
127325
127326                    <div data-ux-pagebuilder="Widget">
127327
127328                        <div class="widgetBody">
127329
127330      <hr class="gray" />
127331
127332
127333                        </div>
127334                    </div>
127335
127336        </div>
127337
127338                                            </li>
127339
127340                                            <li>
127341
127342          <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
    …  getHost_uxUpdatePanel">
127343
127344                    <div data-ux-pagebuilder="Widget">
127345
127346                        <div class="widgetBody">
127347                            <span
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    …  id="EktronScriptBlock5fd4d44fb0af4e25b084fd716e832959" type="text/javascript">
127348
127349          $ektron.extend(true, Ektron,
    …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127350
127351
127352          </script></span>
127353
127354
127355    <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
    …  getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
127356
127357      <div class="media col-spacing-medium">
127358          <a class="pull-left " href='/mlh/about-us/littleton-hospital-foundation/'
    …  target='_self' data-category="Featured Content" data-action="click"
    …  data-label="Littleton Hospital Foundation">
127359              <img class="media-object" alt='Littleton Hospital Foundation'
```

```
127359…   src='/uploadedImages/mylittletonhospital/Content/MLH/About_Us/Foundation/
…         plantfeature_80.jpg' title='Littleton Hospital Foundation'>
127360            </a>
127361            <div class="media-body">
127362                <h4 class="media-heading"><a class=""
…         href='/mlh/about-us/littleton-hospital-foundation/' target='_self'
…         data-category="Featured Content" data-action="click" data-label="Littleton Hospital
…         Foundation">Littleton Hospital Foundation</a></h4>
127363                <p>Together we can help to grow a healthier community.</p>
127364                <button type="button" class="btn btn-gray "
…         onclick="document.location.href='/mlh/about-us/littleton-hospital-foundation/';"
…         data-category="Featured Content" data-action="click" data-label="Littleton Hospital
…         Foundation">learn about the foundation</button>
127365            </div>
127366        </div>
127367
127368            </div>
127369
127370
127371                    </div>
127372                </div>
127373
127374        </div>
127375
127376                                    </li>
127377
127378                        </ul>
127379                    </div>
127380
127381                    <div data-ux-pagebuilder="Column" class='col-md-6'>
127382
127383                        <ul>
127384
127385                            <li>
127386
127387        <div
…         id="
…         ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
…         getHost_uxUpdatePanel">
127388
127389                    <div data-ux-pagebuilder="Widget">
127390
127391                        <div class="widgetBody">
127392                            <span
…         id="
…         ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
…         getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…         id="EktronScriptBlockec94509f3b6d4a439d360e6a8978a440" type="text/javascript">
127393
127394            $ektron.extend(true, Ektron,
…         {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…         FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…         Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…         IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127395
127396
127397        </script></span>
127398
127399
127400  <div
…         id="
…         ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
…         getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
127401
127402      <div class="media col-spacing-medium">
127403          <a class="pull-left "
…         href='/MLH/Specialties/BirthPlace/Littleton-Loves-Little-Ones-Contest-Winners-Gallery
…         /' target='_self' data-category="Featured Content" data-action="click"
```

```
127403…   data-label="See Our Irresistible Little Ones">
127404         <img class="media-object" alt='See Our Irresistible Little Ones'
   …   src='/uploadedImages/mylittletonhospital/Content/MLH/Specialties/BirthPlace/LLLO
   …   December Baby Photo 1.jpg' title='See Our Irresistible Little Ones'>
127405         </a>
127406      <div class="media-body">
127407         <h4 class="media-heading"><a class=""
   …   href='/MLH/Specialties/BirthPlace/Littleton-Loves-Little-Ones-Contest-Winners-Gallery
   …   /' target='_self' data-category="Featured Content" data-action="click"
   …   data-label="See Our Irresistible Little Ones">See Our Irresistible Little
   …   Ones</a></h4>
127408         <p>Meet the monthly Littleton Loves
127409   Little Ones contest winners.</p>
127410         <button type="button" class="btn btn-gray "
   …   onclick="document.location.href='/MLH/Specialties/BirthPlace/Littleton-Loves-Little-
   …   Ones-Contest-Winners-Gallery/';" data-category="Featured Content" data-action="click"
   …   data-label="See Our Irresistible Little Ones">learn more</button>
127411         </div>
127412      </div>
127413
127414         </div>
127415
127416
127417                  </div>
127418            </div>
127419
127420      </div>
127421
127422                              </li>
127423
127424                              <li>
127425
127426         <div
   …   id="
   …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
   …   getHost_uxUpdatePanel">
127427
127428               <div data-ux-pagebuilder="Widget">
127429
127430               <div class="widgetBody">
127431                  <span
   …   id="
   …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
   …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
   …   id="EktronScriptBlocka094d93ad707485ea3129a093eff3ca2" type="text/javascript">
127432
127433         $ektron.extend(true, Ektron,
   …   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
   …   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   …   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   …   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127434
127435
127436         </script></span>
127437
127438
127439   <div
   …   id="
   …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
   …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
127440
127441      <div class="media col-spacing-medium">
127442         <a class="pull-left "
   …   href='/MLH/Specialties/Neurosurgery-and-Neurology/Deep-Brain-Stimulation-DBS/'
   …   target='_self' data-category="Featured Content" data-action="click"
   …   data-label="Asleep DBS">
127443            <img class="media-object" alt='Asleep DBS at Littleton Adventist
   …   Hospital'
```

```
127443…  src='/uploadedImages/mylittletonhospital/Content/MLH/Featured-Item/DBS-CereTomWeb.jpg
…        ' title='Asleep DBS at Littleton Adventist Hospital'>
127444          </a>
127445      <div class="media-body">
127446              <h4 class="media-heading"><a class=""
…        href='/MLH/Specialties/Neurosurgery-and-Neurology/Deep-Brain-Stimulation-DBS/'
…        target='_self' data-category="Featured Content" data-action="click"
…        data-label="Asleep DBS">Asleep DBS</a></h4>
127447          <p>Asleep DBS Treatment for Parkinson's disease.</p>
127448              <button type="button" class="btn btn-gray "
…        onclick="document.location.href='/MLH/Specialties/Neurosurgery-and-Neurology/Deep-
…        Brain-Stimulation-DBS/';" data-category="Featured Content" data-action="click"
…        data-label="Asleep DBS">learn more</button>
127449          </div>
127450      </div>
127451
127452          </div>
127453
127454
127455                      </div>
127456                  </div>
127457
127458      </div>
127459
127460                                              </li>
127461
127462                                          <li>
127463
127464          <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
…        getHost_uxUpdatePanel">
127465
127466              <div data-ux-pagebuilder="Widget">
127467
127468              <div class="widgetBody">
127469              <span
…        id="
…        ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
…        getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…        id="EktronScriptBlock21bda7e4d4504994ad17ac1f756ee47e" type="text/javascript">
127470
127471          $ektron.extend(true, Ektron,
…        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127472
127473
127474          </script></span>
127475
127476
127477  <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
…        getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
127478
127479      <div class="media col-spacing-medium">
127480      <a class="pull-left " href='/MLH/Specialties/Cancer-Care/' target='_self'
…        data-category="Featured Content" data-action="click" data-label="Cancer Care">
127481              <img class="media-object" alt='Cancer Care at Littleton Adventist
…        Hospital'
…        src='/uploadedImages/mylittletonhospital/Content/MLH/Specialties/BirthPlace/
…        cancercarelah.jpg' title='Cancer Care at Littleton Adventist Hospital'>
127482          </a>
127483      <div class="media-body">
127484              <h4 class="media-heading"><a class=""
…        href='/MLH/Specialties/Cancer-Care/' target='_self' data-category="Featured Content"
```

```
127484…  data-action="click" data-label="Cancer Care">Cancer Care</a></h4>
127485              <p>Whether you or a loved one are facing the challenge of breast cancer
         or another cancer, we are dedicated to providing compassionate care and comprehensive
         services to provide a superior patient experience.</p>
127486              <button type="button" class="btn btn-gray "
     …  onclick="document.location.href='/MLH/Specialties/Cancer-Care/';"
     …  data-category="Featured Content" data-action="click" data-label="Cancer Care">learn
     …  more</button>
127487            </div>
127488          </div>
127489
127490          </div>
127491
127492
127493                  </div>
127494                </div>
127495
127496        </div>
127497
127498                                      </li>
127499
127500                                </ul>
127501                            </div>
127502
127503                        <div data-ux-pagebuilder="Column" class=''>
127504
127505                            <ul>
127506
127507                            </ul>
127508                        </div>
127509
127510                </div>
127511
127512  </div>
127513
127514          </div>
127515          <div class="col-md-1"></div>
127516          <div class="col-md-3">
127517
127518
127519          <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">
127520
127521                  <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
     …  data-ux-pagebuilder="DropZone">
127522
127523                          <div data-ux-pagebuilder="Column">
127524
127525                              <ul>
127526
127527                                  <li>
127528
127529          <div
     …  id="
     …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     …  getHost_uxUpdatePanel">
127530
127531                      <div data-ux-pagebuilder="Widget">
127532
127533                          <div class="widgetBody">
127534
127535
127536          <div
     …  id="
     …  ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
     …  getHost_uxWidgetHost_widget_divBreak" style="height: 15px;"></div>
127537
127538                          </div>
127539                      </div>
```

```
127540          </div>
127541
127542
127543                                          </li>
127544
127545                                          <li>
127546
127547          <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…     getHost_uxUpdatePanel">
127548
127549                  <div data-ux-pagebuilder="Widget">
127550
127551              <div class="widgetBody">
127552                      <span
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…     getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…     id="EktronScriptBlock72bb5a7a659b45a0a249150421c4c838" type="text/javascript">
127553
127554          $ektron.extend(true, Ektron,
…     {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…     FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…     Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…     IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127555
127556
127557          </script></span>
127558 <div
…     id="
…     ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…     getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
127559
127560      <div class="read-more">
127561          <div>
127562              <a href='/CMSlogin.aspx?id=12286' class="thumbnail provider-finder"
…     target='_self' data-category="Featured Content" data-action="click" data-label="Find
…     a Doctor">
127563                  <img alt='Find a Doctor'
…     src='/uploadedImages/mylittletonhospital/Content/MLH/Featured_Item/feature_Health-
…     281x194.jpg' title='Find a Doctor' /></a>
127564              <h3><a class="provider-finder" href='/CMSlogin.aspx?id=12286'
…     target='_self' data-category="Featured Content" data-action="click" data-label="Find
…     a Doctor">Find a Doctor</a></h3>
127565              <p>Get started on your journey to healthier today. Find a doctor or
…     office to help you get there.</p>
127566          </div>
127567          <button type="button" class="btn btn-gray provider-finder"
…     onclick="document.location.href='/CMSlogin.aspx?id=12286';" data-category="Featured
…     Content" data-action="click" data-label="Find a Doctor">find a doctor</button>
127568      </div>
127569
127570          </div>
127571
127572
127573
127574
127575                  </div>
127576              </div>
127577
127578      </div>
127579
127580                                          </li>
127581
127582                                          <li>
127583
127584          <div
```

```
127584… id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
    …    getHost_uxUpdatePanel">
127585
127586                    <div data-ux-pagebuilder="Widget">
127587
127588                        <div class="widgetBody">
127589
127590    <hr class="gray" />
127591
127592
127593                        </div>
127594                    </div>
127595
127596    </div>
127597
127598                                            </li>
127599
127600                                            <li>
127601
127602        <div
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …    getHost_uxUpdatePanel">
127603
127604                    <div data-ux-pagebuilder="Widget">
127605
127606                        <div class="widgetBody">
127607                            <span
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    …    id="EktronScriptBlockb47690e82f624d39bbfea318618439e4" type="text/javascript">
127608
127609        $ektron.extend(true, Ektron,
    …    {Context:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
127610
127611
127612        </script></span>
127613 <div
    …    id="
    …    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
127614
127615    <div class="read-more">
127616        <div>
127617            <a href='/MLH/Specialties/BirthPlace/' class="thumbnail " target='_self'
    …    data-category="Featured Content" data-action="click" data-label="The BirthPlace">
127618                <img alt='Littleton Loves Little Ones Home'
    …    src='/uploadedImages/mylittletonhospital/Content/MLH/Featured_Item/LLLO Greyson Photo
    …    2.jpg' title='Littleton Loves Little Ones Home' /></a>
127619            <h3><a class="" href='/MLH/Specialties/BirthPlace/' target='_self'
    …    data-category="Featured Content" data-action="click" data-label="The BirthPlace">The
    …    BirthPlace</a></h3>
127620            <p>See the many reasons to deliver your Little One at Littleton Adventist
    …    Hospital. </p>
127621        </div>
127622        <button type="button" class="btn btn-gray "
    …    onclick="document.location.href='/MLH/Specialties/BirthPlace/';"
    …    data-category="Featured Content" data-action="click" data-label="The BirthPlace">read
    …    more</button>
127623    </div>
127624
127625        </div>
127626
```

Page 3974

```
127627
127628
127629
127630                              </div>
127631                          </div>
127632
127633          </div>
127634
127635                                              </li>
127636
127637                                      </ul>
127638                                  </div>
127639
127640                          </div>
127641
127642  </div>
127643
127644              </div>
127645          </div>
127646
127647                      <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
127648                  </div>
127649
127650                  <!--Footer-->
127651
127652
127653
127654  <div id="footer">
127655
127656      <div class="footer-desktop">
127657          <div class="container">
127658              <div class="row">
127659                  <div class="col-md-12">
127660                      <a class="footer-logo-desktop" href="/">
127661
127662                              <img alt="centura-health"
    …  src="/css/imgs/logo-centura-health.png" />
127663
127664                      </a>
127665                  </div>
127666              </div>
127667              <div class="row">
127668                  <div class="col-md-3">
127669                      <nav class="footer-nav-links">
127670                          <ul>
127671
127672                              <li>
127673                                  <a href='/MLH/About-Us/Awards---Honors/'
    …  class="" target='_self'>Award Winning Care </a>
127674                              </li>
127675
127676                              <li>
127677                                  <a
    …  href='http://www.castlerockhospital.org/Contact-Us-CRAH/' class=""
    …  target='_blank'>Castle Rock Health Campus </a>
127678                              </li>
127679
127680                              <li>
127681                                  <a
    …  href='/MLH/For-Patients-and-Families/Campus-Map/' class="" target='_self'>Campus Map
    …  </a>
127682                              </li>
127683
127684                              <li>
127685                                  <a href='/Find-Our-Facility/' class=""
    …  target='_self'>Find Littleton Adventist Hospital </a>
127686                              </li>
127687
```

```
127688                                      115
127689                              <a href='#PreRegModal' class=""
…  target='_self'>Online Pre-Registration </a>
127690                                  </li>
127691
127692                              <li>
127693                                  <a
…  href='/MLH/For-Patients-and-Families/Patient-Bill-of-Rights/Patient---Visitor-Guide/'
…  class="" target='_self'>Patient & Visitor Guide </a>
127694                                  </li>
127695
127696                              <li>
127697                                  <a href='/body.cfm?id=273' class=""
…  target='_self'>Quality & Patient Safety </a>
127698                                  </li>
127699
127700                              <li>
127701                                  <a href='/body.cfm?id=169' class=""
…  target='_self'>Medication Record </a>
127702                                  </li>
127703
127704                          </ul>
127705                      </nav>
127706                  </div>
127707                  <div class="col-md-3">
127708                      <nav class="footer-nav-links">
127709                          <ul>
127710
127711                              <li>
127712                                  <a href='/body.cfm?id=30' class=""
…  target='_self'>BirthPlace </a>
127713                                  </li>
127714
127715                              <li>
127716                                  <a href='/body.cfm?id=42' class=""
…  target='_self'>Breast Center </a>
127717                                  </li>
127718
127719                              <li>
127720                                  <a href='/body.cfm?id=813' class=""
…  target='_self'>Cancer Care </a>
127721                                  </li>
127722
127723                              <li>
127724                                  <a href='/body.cfm?id=59' class=""
…  target='_self'>Cardiac Services </a>
127725                                  </li>
127726
127727                              <li>
127728                                  <a href='/body.cfm?id=299' class=""
…  target='_self'>Medical Imaging </a>
127729                                  </li>
127730
127731                              <li>
127732                                  <a href='/body.cfm?id=67' class=""
…  target='_self'>Neurosurgery & Neurology </a>
127733                                  </li>
127734
127735                          </ul>
127736                      </nav>
127737                  </div>
127738                  <div class="col-md-3">
127739                      <nav class="footer-nav-links">
127740                          <ul class="go-gray">
127741
127742                              <li>
127743                                  <a href='/Our-Network/' class=""
…  target=''>Our Network </a>
```

```
127744                                                </li>
127745
127746                                            <li>
127747                                                <a href='/Home/ADA-Compliance/' class=""
…    target=''>ADA Compliance </a>
127748                                            </li>
127749
127750                                            <li>
127751                                                <a href='/Careers-and-Education/' class=""
…    target=''>Careers & Education </a>
127752                                            </li>
127753
127754                                            <li>
127755                                                <a href='/Home/Disclaimer/' class=""
…    target=''>Disclaimer  </a>
127756                                            </li>
127757
127758                                            <li>
127759                                                <a
…    href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
     Security Policy </a>
127760                                            </li>
127761
127762                                  <li>&copy; 2016  Centura Health</li>
127763                                 </ul>
127764                             </nav>
127765                         </div>
127766                         <div class="col-md-3">
127767                             <div class="contact-wrap">
127768                                 <ul class="pay-list">
127769
127770                                     <li>
127771                                         <a
…    href='http://www.youtube.com/playlist?list=PLD94AFB3E810E918E&feature=plcp' class=""
     target='_blank'>YouTube Channel </a>
127772                                     </li>
127773
127774                                     <li>
127775                                         <a
…    href='http://www.instagram.com/littletonadventisthospital' class=""
     target='_blank'>Instagram </a>
127776                                     </li>
127777
127778                                     <li>
127779                                         <a
…    href='http://www.flickr.com/photos/39321660@N06/' class="" target='_blank'>Flickr
     Galleries </a>
127780                                     </li>
127781
127782                                     <li>
127783                                         <a
…    href='/Components/templates/eventlist.aspx' class="" target='_self'>Classes & Events
     </a>
127784                                     </li>
127785
127786                                     <li>
127787                                         <a href='/body.cfm?id=108' class=""
…    target='_self'>News & Community </a>
127788                                     </li>
127789
127790                                     <li>
127791                                         <a href='/MLH/Community/Volunteering/'
…    class="" target='_self'>Volunteer </a>
127792                                     </li>
127793
127794                                     <li>
127795                                         <a href='/body.cfm?id=430' class=""
…    target='_self'>Your Health, Your Hospital </a>
```

```
127796                                                   </li>
127797
127798                                          <li>
127799                                                  <a href='/MLH/Home/Contact-Us-LAH/' class=""
…     target='_self'>Contact Us </a>
127800                                          </li>
127801
127802                          </ul>
127803
127804                                  <strong class="title">Connect With Us</strong>
127805                                  <ul class="social-networks">
127806
127807                                          <li class='facebook'>
127808                                                  <a
…     href='http://www.facebook.com/LittletonAdventistHospital' target='_blank'> </a>
127809                                          </li>
127810
127811                                          <li class='twitter'>
127812                                                  <a
…     href='http://www.twitter.com/LittletonHosp' target='_blank'> </a>
127813                                          </li>
127814
127815                                  </ul>
127816
127817                          </div>
127818                     </div>
127819                 </div>
127820         </div>
127821         <div class="footer-mobile">
127822             <div class="row">
127823
127824                     <div class="col-sm-12 text-center">
127825                         <h2>Connect With Us</h2>
127826                         <nav class="faux-table">
127827                             <ul class="social-networks">
127828
127829                                          <li class='facebook'>
127830                                                  <a
…     href='http://www.facebook.com/LittletonAdventistHospital' target='_blank'> </a>
127831                                          </li>
127832
127833                                          <li class='twitter'>
127834                                                  <a
…     href='http://www.twitter.com/LittletonHosp' target='_blank'> </a>
127835                                          </li>
127836
127837                                  </ul>
127838                             </nav>
127839                     </div>
127840
127841             </div>
127842             <div class="row">
127843                 <div class="col-sm-12 text-center">
127844                     <nav class="faux-table">
127845                         <ul class="disclaimers">
127846
127847                                          <li>
127848                                                  <a href='/Our-Network/' class=""
…     target="_blank">Our Network </a>
127849                                          </li>
127850
127851                                          <li>
127852                                                  <a href='/Home/ADA-Compliance/' class=""
…     target="_blank">ADA Compliance </a>
127853                                          </li>
127854
127855                                          <li>
127856                                                  <a href='/Careers-and-Education/' class=""
```

```
127856…    target="_blank">Careers & Education </a>
127857                                        </li>
127858
127859                                        <li>
127860                                            <a href='/Home/Disclaimer/' class=""
    …    target="_blank">Disclaimer </a>
127861                                        </li>
127862
127863                                        <li>
127864                                            <a
    …    href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
    …    & Security Policy </a>
127865                                        </li>
127866
127867                                    </ul>
127868                                </nav>
127869                            </div>
127870                        </div>
127871                        <div class="row">
127872                            <div class="col-sm-12 text-center">
127873                                <span class="copyright">2016 Centura Health</span>
127874                            </div>
127875                        </div>
127876                    </div>
127877                </div>
127878
127879            <div class="link-to-top">
127880                <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
127881            </div>
127882
127883            <div id="drawer-content">
127884                <iframe id="drawer-iframe" src="about:blank"
    …    allowtransparency="true"></iframe>
127885            </div>
127886
127887                <script type="text/javascript">
127888                setTimeout(function(){var a=document.createElement("script");
127889                var b=document.getElementsByTagName("script")[0];
127890
    …    a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
    …    Math.floor(new Date().getTime()/3600000);
127891                a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
127892                </script>
127893    </div>
127894
127895            </div>
127896
127897    <div class="snap-drawers hidden-print">
127898        <div class="snap-drawer snap-drawer-left">
127899            <div class="open-close">
127900                <div class="searcher-wrap">
127901                    <div class="searcher">
127902                        <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
    …    type="text" id="hamburgerSearchBox" />
127903                        <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
    …    value="" id="ctl00_UxHamburgermenu_drawersearch" />
127904                    </div>
127905                    <a href="#" class="closer"><span class="glyphicon
    …    glyphicon-remove"></span></a>
127906                    <div class="site-options">
127907                        Search:
127908                        <input type="radio" name="site" value="current site"
    …    checked="checked" folderid="1392" data-folderid="1392" /><span>Current Site</span>
127909                        <input type="radio" name="site" value="all sites"
    …    data-folderid="0" /><span>All Sites</span>
127910                    </div>
127911                </div>
```

```
127913                <ul class="feature-list">
127914
127915                    <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
…     class="physician-finder">Find a Doctor</a></li>
127916
127917                    <li class="four"><a
…     href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
127918                    <li class="three"><a href="/MyCenturaHealth/"
…     target="_blank">MyCenturaHealth</a></li>
127919                </ul>
127920            </div>
127921        </div>
127922  </div>
127923
127924  <script type="text/javascript">
127925      function ValidateSearch(e) {
127926          var txtValue = document.getElementById('hamburgerSearchBox').value;
127927          if (txtValue == "") {
127928              $(".searcher").css("background-color", "#FBC2C4");
127929              $(".searcher input").css("background-color", "#FBC2C4");
127930              e.preventDefault();
127931              return false;
127932          }
127933          else {
127934              e.preventDefault();
127935              hamburgerSearch();
127936          }
127937      }
127938
127939      $(".searcher input[type='submit']").click(function (e) {
127940          ValidateSearch(e);
127941      });
127942      $(".searcher input[type='text']").keyup(function (event) {
127943          if (event.which == '13') {
127944              var txtValue = document.getElementById('hamburgerSearchBox').value;
127945              if (txtValue != "") {
127946                  event.preventDefault();
127947                  hamburgerSearch();
127948                  return false;
127949              }
127950              if (txtValue == "") {
127951                  $(".searcher").css("background-color", "#FBC2C4");
127952                  $(".searcher input").css("background-color", "#FBC2C4");
127953                  return false;
127954              }
127955          }
127956          else {
127957              $(".searcher").css("background-color", "#ACACAC");
127958              $(".searcher input").css("background-color", "#ACACAC");
127959          }
127960      });
127961
127962          function hamburgerSearch() {
127963              var txtValue = document.getElementById('hamburgerSearchBox').value;
127964              $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
…     + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
127965              $('#drawer-content iframe').attr('src',
…     '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
…     $('#searchFolderId').val());
127966          }
127967  </script>
127968
127969
127970          <!--<script src="/js/jquery-min.js"></script>-->
127971          <script src="//code.jquery.com/jquery.min.js"></script>
127972          <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
127973          <script src="/js/bootstrap.min.js"></script>
127974
```

```
127975          <!--[if (gt IE 9) | !(IE)]><!-->
127976          <script src="/js/snap.min.js"></script>
127977          <!--<![endif]-->
127978          <!--[if lt IE 10 ] <script src="/js/snap-ie9.min.js"></script> <![endif]-->
127979
127980
127981          <script type="text/javascript"
…     src="/js/jquery.requestAnimationFrame.js"></script>
127982          <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
127983          <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
127984          <script type="text/javascript" src="/js/responsive-tabs.js"></script>
127985          <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
127986          <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
127987          <script type="text/javascript" src="/js/googleEventTracking.js"></script>
127988          <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
127989          <script type="text/javascript" src="/js/zipCodeModal.js"></script>
127990
127991          <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
…     aria-labelledby="myModalLabel" aria-hidden="true">
127992              <div class="modal-dialog">
127993                  <div class="modal-content">
127994                      <div class="modal-header">
127995                          <button type="button" class="close" data-dismiss="modal"
…     aria-hidden="true">&times;</button>
127996                          <h4 class="modal-title" id="myModalLabel">Your Current Saved
…     Zip Code: <strong id="savedZipCode"></strong></h4>
127997                      </div>
127998                      <div class="modal-body">
127999                          <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
…     a zip code to match the location nearest you.<br /><br /></p>
128000                          <hr />
128001                          <div class="panel panel-default">
128002                              <div class="panel-heading"><strong>Changing Your Saved
…     Zip Code</strong></div>
128003                              <div class="panel-body">
128004                                  <div class="input-group">
128005                                      <span class="input-group-addon">Your Zip
…     Code</span>
128006                                      <input type="text" class="form-control"
…     placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
128007                                  </div>
128008                              </div>
128009                          </div>
128010
128011                      </div>
128012                      <div class="modal-footer">
128013                          <button type="button" class="btn btn-default"
…     data-dismiss="modal">Close</button>
128014                          <input type="button" id="saveZipCodeChanges" class="btn
…     btn-primary" value="Save changes" />
128015                      </div>
128016                  </div>
128017              </div>
128018          </div>
128019
128020          <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
…     aria-labelledby="directions-modal-label" aria-hidden="true">
128021              <div class="modal-dialog" style="width: 840px">
128022                  <div class="modal-content" style="width: 100%">
128023                      <div class="modal-header">
128024                          <button type="button" class="close" data-dismiss="modal"
…     aria-hidden="true">&times;</button>
128025                          <h4 class="modal-title"
…     id="directions-modal-label">Directions</h4>
128026                      </div>
128027                      <div class="modal-body" style="width: 100%">
128028                          <iframe width="800" height="550" scrolling="no"
…     frameborder="0" id="er-directions-iframe"></iframe>
```

```
128029                          </div>
128030                          <div class="modal-footer">
128031                              <button type="button" class="btn btn-default"
…      data-dismiss="modal">Close</button>
128032                          </div>
128033                      </div>
128034                  </div>
128035              </div>
128036
128037          <div class="modal fade" id="browser-warning-modal" tabindex="-1"
…      role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
128038              <div class="modal-dialog">
128039                  <div class="modal-content">
128040                      <div class="modal-header">
128041                          <button type="button" class="close" data-dismiss="modal"
…      aria-hidden="true">&times;</button>
128042                          <h4 class="modal-title" id="browser-warning-modal-label">
128043                              Please upgrade your browser</h4>
128044                      </div>
128045                      <div class="modal-body">
128046                          For the best site viewing experience please upgrade your
…      browser to Internet Explorer 9 or above.
128047                      </div>
128048                      <div class="modal-footer">
128049                          <button type="button" class="btn btn-default"
…      data-dismiss="modal">Close</button>
128050                      </div>
128051                  </div>
128052              </div>
128053          </div>
128054
128055          <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
…      aria-labelledby="whats-this-modal-label" aria-hidden="true">
128056              <div class="modal-dialog">
128057                  <div class="modal-content">
128058                      <div class="modal-header">
128059                          <button type="button" class="close" data-dismiss="modal"
…      aria-hidden="true">&times;</button>
128060                          <h4 class="modal-title" id="whats-this-modal-label"></h4>
128061                      </div>
128062                      <div class="modal-body" id="whats-this-modal-body"></div>
128063                      <div class="modal-footer">
128064                          <button type="button" class="btn btn-default"
…      data-dismiss="modal">Close</button>
128065                      </div>
128066                  </div>
128067              </div>
128068          </div>
128069
128070          <div id="pre-reg-modal" class="modal-main" style="display: none">
128071              <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
128072              <div class="modal-pre-reg">
128073                  <div id="pre-reg-modal-close" class="big-modal-close" style="display:
…      block;">X</div>
128074                  <iframe width="800" height="1800" scrolling="no" frameborder="0"
…      class="preregmodal" id="preregmodal-iframe"></iframe>
128075              </div>
128076          </div>
128077          <script type="text/javascript" src="/js/EktronJS.js"></script>
128078          <div id="ctl00_liveagent" class="live-agent-code-file"></div>
128079
128080          <div class="live-agent-code">
128081
128082          </div>
128083          <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
…      class="hdnLiveAgentURL" />
128084
128085
```

```
128086        </form>
128087
128088        <div id="ctl00_Panel1">
128089
128090            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
128091
128092
128093 </div>
128094    <script>
128095        $('.flik-thumbnails-slider').magnificPopup({
128096            delegate: 'a',
128097            type: 'image',
128098            image: {
128099                titleSrc: 'title'
128100            },
128101            gallery: {
128102                enabled: true,
128103                preload: [0, 1],
128104                navigateByImgClick: true
128105            }
128106        });
128107
128108
128109        $('.flik-slider-container').flikSlider();
128110
128111        $('.flik-timeline').flikScrollEffect();
128112
128113        //flikScrollEffect($('.flik-timeline'));
128114    </script>
128115    <script>
128116        function handleCloseSurvey() {
128117            var el = document.querySelector('.survey-container .close'),
128118              eventName = "click",
128119              handler = function () {
128120                  Cookies.set('surveytab', true, { expires: 7 });
128121                  document.querySelector('.survey-container').style.display = 'none';
128122              };
128123
128124            if (el.addEventListener) {
128125                el.addEventListener(eventName, handler);
128126            } else {
128127                el.attachEvent('on' + eventName, function () {
128128                    handler.call(el);
128129                });
128130            }
128131        }
128132
128133        if (document.readyState != 'loading') {
128134            handleCloseSurvey();
128135        } else if (document.addEventListener) {
128136            document.addEventListener('DOMContentLoaded', handleCloseSurvey);
128137        } else {
128138            document.attachEvent('onreadystatechange', function () {
128139                if (document.readyState != 'loading')
128140                    handleCloseSurvey();
128141            });
128142        }
128143    </script>
128144 </body>
128145 </html>
128146
128147 ************************************************
128148 The following data is from parkerhospital_org-20160909-gtm_js_id_GTM-Z6TQ.txt
128149 ************************************************
128150 // Copyright 2012 Google Inc. All rights reserved.
128151 // Container Version: 213
128152 (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
…    eval(s);};})(window,'google_tag_manager');(function(){
```

```
128153
128154
128155
128156
128157
128158  var __cegg;(function(){var
        a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
        isVendorTemplate=!0})(function(b){try{var
        c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else b[""]&&(C.
        CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
        e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
        .net"+e+"?"+Math.floor((new Date).getTime()/
128159  36E5),b["55"],b["56"]);a[c]=!0}else w(b["56"])}catch(f){w(b["56"])}})})()();var
        Ba=this,Ca=function(){var a=YT.Player;b=typeof a;if("object"==b)if(a){if(a instanceof
        Array)return"array";if(a instanceof Object)return b;var
        c=Object.prototype.toString.call(a);if("[object
        Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
        a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
        Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
        a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
        return"null";
128160  else if("function"==b&&"undefined"==typeof a.call)return"object";return
        b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
        function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
128161   jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
128162  var Ea=/\[object
        (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
        return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
        b?b[1].toLowerCase():"object"},Ga=function(a,b){return
        Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
        (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
        (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
        a);return void 0===
128163  b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
        a)if(Ga(a,d)){var
        e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
        |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
        pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
        Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
        sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Rb,Sb,Tb,Ub,Vb,
        Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
        yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
        ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
        Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
128164  de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
        Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
128165  (function(){var a=function(a){return{toString:function(){return
        a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a("")
        ;Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
128166  eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
        ("");qb=a("");rb=a("");sb=a("");tb=a("");
128167  ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
        Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
128168  Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
        );Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
128169  ec=a("16");fc=a("");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a(""
        );nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
128170  uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
        "24");Ec=a("");Fc=a("");Gc=a("25");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a("")
        ;
128171  Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
        ");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
        33");cd=a("");
128172  ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
        37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
        =a("");Ad=a("");Bd=a("");
128173  Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
```

```
128173  =a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Ud=a("
        ");
128174  Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a(
        "");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
128175  ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
        =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
128176  Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
        "45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
128177  Se=a("");Te=a("");Ue=a("50");Ve=a("");Wd=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
        $e=function(){},N=function(a){return"function"==typeof
        a},af=function(a){return"[object
        Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
        (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
        prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
        d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
        a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
        Math.round(Number(a))||0},ha=function(a){return"false"==
128178  String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
        c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
        Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0;b=2147483647;return
        Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
        hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
        function(a){return
        this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
        0!==this.get(a)};
128179  var jf=function(a,b,c){try{if(!a[gd])return
        a[Gc](a,b|||$e,c||$e);c&&c()}catch(d){}return!1},kf=function(a,b){function
        c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
        d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
        f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
        function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
        function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
        b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
128180  of++},ma=function(a,b,c){return
        a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
        prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
        0!==a.length},rf=function(a,b){0===b?a.Va=!0:a.complete=!0;var
        c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
        ){return b(a,d)?-1:b(d,a)?1:0})};var
        H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
        0===d||c?b:d;return
        H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
        a){var
        b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
        ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
        .readyState
        in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})}},r=function(a,b,c){var
        d=R.createElement("script");d.type="text/javascript";
128181  d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
        c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
        visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
        c},G=function(a,b,c){var d=new
        Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
        null;c&&c()};d.src=a},U=function(a,b){a.addEventListener?a.addEventListener(b,c,!
        !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(){H.setTimeout(a,
128182  ra=!1,sa=[],xf=function(a){if(!ra){var
        b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
        |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
        e=0;e<sa.length;e++)sa[e]()}sa=null}},ba=function(){for(var
        a=0;a<arguments.length;a++)w(arguments[a]);return
        0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
        xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(){var
        b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
        c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
128183  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
        a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
        a.target||a.srcElement||{}},wa=function(a){var
        b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
```

```
128183  b=b.lastChild,c=[];for(;firstChild;)b.push(b.removeChild(b.lastChild));return
        c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
        e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
        String(e.tagName).toLowerCase()]&&
128184  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
        a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
        b=a.location.href,c=b.indexOf("#");return
        0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
        console.log(a)};var Of=function(a,b,c,d,e){var
        f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
        switch(b){case "protocol":f=g;break;case
        "host":f=a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
        h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
        "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
        "));break;case "path":f="/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
128185  k=f.split("/");0<=df(d||[],k[k.length-
        1])&&(k[k.length-1]="");f=k.join("/");break;case
        "query":f=a.search.replace("?","");if(e)a:{for(var
        m=f.split("&"),l=0;l<m.length;l++){var
        n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
        ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
        0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
        f},Pf=function(a){var
        b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
        b},xa=function(a){var b=R.createElement("a");
128186  a&&(b.href=a);return b};var ca=function(a,b){var
        c=function(){};c.prototype=a.prototype;var d=new
        c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
        b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
        c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
        e=b[d]&&b[d].toLowerCase();if(e){var
        f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
        return!0}return!1},ga=function(a,b,c){for(var
        d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
        &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
        aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
        0===C[a]||c&&!C[a])&&(C[a]=b)},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
        hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
        J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
        c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
        c}return Qf.get(a)},Sf=function(a,b){for(var
        c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
        c};var Uf=new
        RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
        customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
        nonGooglePixels","nonGoogleScripts"],customScripts:["html","
        customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
        nonGooglePixels:[],nonGoogleScripts:["customScripts","nonGooglePixels"],nonGoogleIframes:["
        nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts",
        customScripts:["html"],nonGooglePixels:["customScripts",
128187  "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
        customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
        Xf=function(a,b){for(var
        c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
        c},Yf=function(){var a=J("gtm.whitelist");
128188  var
        b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
        &H.location.hostname)&&(c=Xf(ff(c),Wf),c.push("nonGooglePixels","nonGoogleScripts"));var
        d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
        0!==e[g.a])return e[g.a];var ha=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
        k=0;k<g.b.length;k++){if(0>df(b,
128189  g.b[k])){h=!1;break a}else{h=!0;break a}h=!0}var m=!1;if(c){var
        l;if(l:{l=0<=df(d,g.a)}a:{for(var n=g.b||[],q=new
        hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
        break a}l=!1}m=1}return e[g.a]=h||!m}};var _jsm=function(a){if(void 0!==a[Uc])try{
        b=H.google_tag_manager;return
        b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
```

```
128189 _c=function(a){return Eye];_ua=c};b=E[google];var _ea=function(a){var
       b=R;return Zf?b.querySelectorAll(a):null};$f=!1;if(R.querySelectorAll)try{var
       ag=R.querySelectorAll(":root");ag&&l=ag.length&&ag[0]==R.documentElement&&($f=!0)}
       catch(a){}var Zf=$f;var bg=void 0,cg="",dg=0,eg=void 0,_et=function(a){var
       b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
       {var f;if(c){var g=c.innerText||c.textContent||"";g&&
       "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
       \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
       b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
       b=String(J("gtm.elementUrl")||a[bc]||"");,c=xa(b);return
       b};_eu.a="eu";_eu.b=["google"];var _eu=function(){return
       La};_e.a="e";_e.b=["google"];var
       fg=/(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
       (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
       e=b[d].split("=");,f=ef(e[0]);if(f&&f==a){var
       g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
       c};hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||""/"==c&&gg.test(d))return!
       1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
       ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
128190 R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
       0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
       b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
       indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
       var
       a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
       none"];for(var
       b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
       lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
       a=""+this.f;1<this.j&&(a+="-"+this.j);return a};var
       mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
       ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
       c};,ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
       W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
       hf},rg=function(a,b,c){b&&(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
       )))},sg=function(a,b){for(var
       c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
       c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
       b=[],c=0;c<a.h.length;c++){var d=
128191 a.h[c];b.push([d,a.B.get(d)])]}return b},ug=function(a){for(var
       b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
       864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
       a=[],b=0;b<this.h.length;b++){var
       c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
       +"."+a.join("!")};};
128192 var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
       g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
       length>b||10)return!1;c.setTime(ug(a));if("auto"!=a.da)return
       hg("_gaexp",a.toString(),a.W,a.da,c);for(var
       h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
       lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},og=function(a
       ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
       g=wg(a,d[f]);g&&e.push(g)}sf(e,
128193 function(a,d){var e=a.D,f=d.D;return
       e.f==f.f&&e.j==f.j?1!:e.f==b&&f.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
       =b?!1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
       .length?e[0].D:new
       lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
       c=b.match(/GAX1\.([^.]+)\.(.*)/);if(c){var d;a:{var
       e=(c[1]||"").split("-");if(1!=0==e.length||2<e.length){var
       f=ef(e[0]);if(0!=f.length){var g=2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
       lg(O(f),O(g)):void 0;
128194 break a}}d=void 0}if(d){for(var h=new
       ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
       l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
       mg(l[2],O(l[1])))}}}return h}};var _v=function(a){var
       b=J(a[md].replace(/\\\./g,"."),a[Ub]);return void
       0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
       gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
```

Page 3987

```
128194  b=String.fromCharCode(169)).indexOf(er);if(!b)return b;var e=xa(b);return
        b};_f.a="f";_f.b=["google"];var e=function(a){var
        b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
        d=b.href,e=d.indexOf("#"),f=0>e?d.substr(0,e);return
        f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
        0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
        _eq=function(a){return String(a[$a])===String(a[ab])};_eq.a="eq";_eq.b=["google"];var
        _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
        0)).test(a[$a])};_re.a="re";_re.b=["google"];var
        Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
        Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
        b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
        a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
        if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
        d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
        0===g=g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}else{var k=b,m=void
        0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
128195  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
        0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"])var
        x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
        z=Rg(k.eventCallback),D&&H.setTimeout(z,Number(D));z=Ng(v,t,z,k.
        eventReporter)}Ka||(Ka=k["gtm.start"]&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
128196  }La=null;a=q||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
        b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end)b["GTM-Z6TQ"]=!1;var
        c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
128197  b.end=null)}}catch(e){}return a};var
        Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
        function(c){c=c||H.event;var
        d=c[0],e=!1;if(3!==c.which||"LINK_CLICK"!=a)"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
        e=!d)||!d.href||ch(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
        shiftKey||c.altKey||!0===c.metaKey);var
        f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1==c.returnValue||c.sa&&c.sa()){if(
        d){var
        g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else{if(d){var
        g={},k,m=dh(f,
128198  ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
        |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=gh(d,g)||e,
        !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
        c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
        f=d||!2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
        ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
128199  "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
        "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
        .eventReporter=function(a){c.eventReport=a};break;case
        "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
        (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
        eventReport=a};break;case
        "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
        formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
        default:return!0}return Qg(g)},
128200  jh=function(a){var b=a.action,d=b.tagName&&(b=a.cloneNode(!1).action);return
        b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
        "a":case "area":case "form":b="_self"}return b},gh=function(a,b){var
        c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
        "":case "_self":case "_parent":case "_top":var
        f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
        "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
128201  "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
        default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
        =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
        function(){c.simulateDefault&&a?b.targetWindow?b.targetWindow.location.href=a.href:(c=
        c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}}},kh=function(a,b,
        c){return function(){if(b.simulateDefault)if(b.targetWindow){var
        d;b.targetWindowName&&
128202  (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
        targetWindowName&&(a.target=d)}else(c=
        c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)},dh=function(a,b)
        {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
```

Page 3988

```
128202_ e)e)HasOwnProperty(e)&&e[l]&&e.push(l[c]);return c.join(", ")},Ah=function(a,b,c,d,e){var
   _ f=e;if(!f||"0"==f)if(a.l)return;a.l=!0;f="0"}var
   _ g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
   _ )if(b.wnc["0"]||b.wc["0"])return!0;
128203_ for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
   _ d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
   _ f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
   _ a,b,c,d,e){var f,g,h=!1;switch(a){case
   _ "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
   _ function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
   _ "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location));nh($g,b||!1,c||!1,d,e);if(R.
   _ gtmHasLinkClickListenerTag)return;
128204_ R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
   _ "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
   _ gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
   _ h)},ch=function(a){if(!Zg)return!0;var
   _ b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
   _ Zg=Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
   _ a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
   _ a.gtmReplacedFormSubmit};
128205_ R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
   _ R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
   _ xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
   _ c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
   _ c.join("")}};yh.prototype.toString=function(){return
   _ this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
   _ zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
   _ b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
   _ Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
   _ a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
   _ Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
   _ V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
   _ "]=function(){};var Jh=function(a,b){var c=Ih;return
   _ Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
   _ Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
   _ .toLowerCase().indexOf("webkit")&&!V("Edge"));var
   _ Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
   _ ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
   _ Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
   _ )||V("iPod")||V("iPad");V("iPad");V("iPod");
128206_ var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
   _ Th="",Uh=function(){var
   _ a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
   _ if(Lh)return/\b(?:MSIE|rv)[:
   _ ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
   _ )[ \/]?(\S+)/.exec(a)}(),Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
   _ Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
128207_ var Wh=Sh,Ih={},Xh=function(a){return Jh(a,function(){for(var
   _ b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
   _ length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
   _ k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
   _ if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
   _ 1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
   _ 3];h=m[3]}while(0==b)}return 0<=b}),Yh=Ba.document,
128208_ Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
   _ $h;if(!($h=!Oh&&!Lh)){var
   _ ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
   _ va=function(a,b){var
   _ c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
   _ var d="<!DOCTYPE html><html><head><script>var
   _ inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
   _ if(di){var
   _ e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
   _ ei(a,d)},ci=Ph&&"srcdoc"in
   _ document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
   _ Xh(10)&&6>fi(1)&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
128209_ b};a.contentWindow.location.replace("javascript:window.goog_content"}};Lh&&!bi(a)?ii(a
   _ ,c):c()},fi=function(){var
```

```
128209    a=navigator.userAgent.match(/^(idevtitle )[(0-5]+[b0-9]+)/);return
          a?parseFloat(a[1]):0},bi=function(a){try{var c=a.contentWindow;try{var
          d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo)}catch(e){d=!0;break
          b}catch(e){}d=!1}b=d}catch(e){b=!1}return
          b}catch(e){return!1}},ji=0,ii=function(a,b){var
          c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
          {document.domain = \""+
128210    document.domain+'"';var continuation = window.parent.'+c+'";window.parent."+c+" =
          null;continuation();})()\x3c/script>'"},gi=function(a){for(var
          b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
          b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
          String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1==b.length%2&&(d[c]=b
          .charAt(b.length-1));return d.join("")};/*
128211     Copyright (c) 2014 Derek Brans, MIT license
          https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
          simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
128212
128213    var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};{};for(var k in
          b)b.hasOwnProperty(k)&&(g.gb&&(g["fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
          h={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
          textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(b){var
          b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
          function(){var
          b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
          b=n.startTag();
128214    if(b){var c=a.slice(b.length);if(c.match(new
          RegExp("</\\s*"+b.tagName+"\\s*>","i"))){var d=c.match(new
          RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
          .m,content:d[1],length:d[0].length+b.length}}}},startTag:function(){var
          b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
          k=c||e||g||f.test(b)&&b||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
          textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
          chars:function(){var b=
128215    a.indexOf("<");return{length:0<=b?b:a.length}}},q=function(){for(var b in
          h)if(h[b].test(a)){var c=n[b]();return
          c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
          function(){var
          b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
          =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[];d.Qa=function(){return
          this[this.length-1]};d.ua=function(){var b=this.Qa(),return
          b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.gb=
128216    function(a){for(var b=0,c=this[b];b++)if(c.tagName===a)return!0;return!1};var
          e=function(a){a&&"startTag"===a.type&&(a.Y=b.test(a.tagName)||a.Y);return
          a},f=q,k=function(){a="<"+d.pop().tagName+">"+a},h={startTag:function(b){var
          e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
          &&d.qb(e)?d.ua(e)?k():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b)},endTag:function(a)
          {d.Qa()?g.tb&&!d.ua(a.tagName)?k():(d.pop():g.tb&&(f(),l())},l=function(){var
          b=a,c=e(f());a=b;if(c&&
128217    h[c.type])h[c.type](c)};q=function(){l();return
          e(f())}}}();return{append:function(b){a+=b},Hb:q,nc:function(a){for(var
          b;(b=q())&&(!(a![b.type]||!1!==a[b.type](b));););},clear:function(){var b=a;a="";return
          b},oc:function(){return a},stack:[]}}var b=function(){var
          a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
          P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc=2===b.childNodes.
          length;return
          a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=?\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
          +))?)*)\s*(\/?)>/,
128218    d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)"
          )|(?:'((?:\\.|[^'])*)')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
          ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
          =function(a){var
          b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
          a.tagName+">"},atomicTag:function(a){return
          b.startTag(a)+a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
          in a.m)var d=a.m[c],
128219    b=b+(" "+c+'="'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
          b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
          b[a.type](a)};a.ec=function(a){var b={},c;for(c in a){var
```

Page 3990

```
128219  d=a[c]}b[c]=a&&a.replace(/-([\da-z])/g,$1)}return b},for(var g in
        b)a.lb=a.lb||!b[g]&&g;ki=a})();(function(){function a(){}function b(a){return void
        0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
        0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
128220  function e(a,b){d(b,function(b,c){a[b]=c});return a}function
        f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
        g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
        h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(a){return a},done:a,error:function(a){throw
        a;},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
        a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
        b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
128221  d):a.removeAttribute(e)}function f(b,c){var
        d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
        "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]});a(this.Ba,"
        proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
        a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
        a?this.pb(a):this.Ja(a)};f.prototype.pb=function(a){var
        b={type:"function",value:a.name||a.toString()};this.za(b);a.call(this.Z,this.L);this.
        Sa(b)};
128222  f.prototype.Ja=function(a){this.ia.append(a);for(var
        b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
        b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
        b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);this.Qb(c);d&&this.ub(b)
        ;e&&this.vb(b)};f.prototype.Qb=function(a){var
        b=this.mb(a);b.La&&(b.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
        };f.prototype.mb=function(a){var
        b=this.pa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m){if(!/^noscript
        $/i.test(a.tagName)){var c=
128223  b++;e.push(a.text.replace(/(\/?>)/," data-ps-id="+c+"
        $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
        .tagName+" data-ps-proxyof="+c+(a.Y?" />":">")))}}else
        e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ia:a,raw:d.join(""),La:e.
        join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
        c,d=[this.Ba];b(c=d.shift());){var
        e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
        f=c.parentNode&&a(c.parentNode,"proxyof");f&&
128224  this.pa[f].appendChild(c))d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
        function(a){var
        b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
        this.ca=a:this.za(a);var
        c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
        b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.$b||"text/css";this.Rb(a)
        ;b&&this.write()};f.prototype.Rb=function(a){var
        b=this.ob(a);this.Ab(b);a.content&&b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
        content:b.appendChild(this.L.createTextNode(a.content)))};
128225  f.prototype.ob=function(a){var
        b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
        .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
        id="ps-style"/>');var
        b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
        function(a){a.Fb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Sa=function(a){a!==
        this.X[0]?this.options.error({message:"Bad script nesting or script finished
        twice"}):(this.X.shift(),this.write.apply(this,
128226  a.Fb),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
        function(a,b){var
        c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
        function(){b();e()})));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
        )}};f.prototype.nb=function(a){var
        b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
        &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
        id="ps-script"/>');var b=this.L.getElementById("ps-script");
128227  b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
        c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
        d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
        (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
        e={message:"remote script failed
        "+a.src};c();d(e);b()}})};f.prototype.Kb=function(a){return!/^script$/i.test(a.
        nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
```

Page 3991

```
128227… f}(),r=ja=function(){function h(){var a=
128228 m.shift(),b;a&&(b=a[a.length-1],b.ab(),a.stream=c.apply(null,a),b.bb())}function
     … c(c,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
     … l(c,h);x.id=d++;x.name=h.name||x.id;var
     … m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
     … close:a,open:a,write:function(){return
     … k(g(arguments).join(""))},writeln:function(){return
     … k(g(arguments).join("")+"\n")}});var
     … q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
     … "+b+":"+c});q.apply(x.Z,arguments)};x.write(f,
     … function(){e(m,n);x.Z.onerror=q;h.done();x.null;b()});return x}var
128229 d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
     … e&&(e={done:e});e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.hc?c
     … [0]:c;var
     … g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[1]=a}};c.hb(g);m.push(g
     … );x||b();return c.ja},{qc:{},mc:m,ac:l}})();qa=k.ja})();
128230 var li=function(a,b,c,d){return function(){try{if(0<b.length){var
     … e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
     … gtmscript"==e.type){var
     … g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
     … text||e.textContent||"";e.charset&&(g.charset=e.charset);var
     … h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
     … else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
     … k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
128231 a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
     … c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
     … d=pa?d.postscribe||(d.postscribe=qa);var
     … f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
     … ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)}};ra?d():sa.push(d);
     … var ni=function(a,b,c){if(R.body){var d=
128232 a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(,"<script>var
     … google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
     … a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
     … H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
     … customScripts"];
128233 var zi=function(a,b,c,d){var e=b+": "+c+(d?"
     … !important":""),f=document;if(f.createStyleSheet){var
     … g=wi(f),h=g.rules.length;g.addRule(a,e);return
     … function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
     … k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
     … function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
     … b=a.styleSheets.length-1,0<=b;b--){var
     … c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
     … return Ai=c}0==a.styleSheets.length&&
128234 a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
     … c=(b||document).createElement("style");void
     … 0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
     … c=b||document,d=c.getElementsByTagName("head")[0]||d||(d=c.createElement("head"),c.
     … body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
     … 0,Ji=function(a){var b=Hi[a];b||(b=(b={id:a,u:[],T:0,Ha:null,ya:void
     … 0,Ca:!1},Hi[a]=b);return b},Li=function(a,b,c,d){var e=!1;if(!Zf||!e)return!1;var
     … f={id:a.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
     … null===a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
     … b=zi(a,"visibility","hidden",!0);return
     … function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
     … Hi(a.w);sa.push(f);e=function(a,c){f();return d}}return Li(a,e,
     … c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
128235 c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
     … .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
     … Ki(a)})},U(R,"DOMContentLoaded",a.ya))):Pi(a)},Pi=function(a){for(var
     … b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
     … d=tf(c.F.w)||[],e=0;e<d.length;e++){var
     … f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
     … Ri(f,c.id)))}}},Oi=
128236 function(a,b){var c=[];if(b.F){var
     … d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
     … g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
     … .na.o)))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
```

```
128236   .length)}return!0;for(var k=0,l=c.length;k<l;){var
         m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
         q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}}if(b.F.o&&
128237   b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
         gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
         function(){a.gtmProgressiveApplied&&delete
         a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
         c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
         f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b])if(a.C&&!Ti(f))break
         ;d.push(f)}}return
         d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
         return!1};var _cl=function(a,b){qh("CLICK");w(b)};_cl.a="cl";_cl.b=["google"];var
         Wi,Xi;var gj=function(a){return function(){}};hj=function(a){return function(){}};
128238   var jj=function(a,b,c){var
         d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
         doubleclick.net/activityi")+";src="+d(a[Sa])+";type="+d(a[Hc])+";cat="+d(a[Ra]);a[Te]
         &&(e+=";u="+d(a[Te]);a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
         f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
         a&&(e+=";num="+d(a[wd]));if(a[qc]){var
         h=a[cb]||[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
         attributiontools.js",function(){jj.Da(a,e,h,
128239   b,c)},c);return}}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
         f={},g=0;g<c.length;g++){var
         h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
         k=[];k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e)};jj.V=function(a,b,c,d){var
         e=ea({});!a[Qe]&&e&&(";"!=!b.charAt(b.length-1)&&(b+=";"),b+="~oref="+
         encodeURIComponent(e));a[Qe]?G:da)(b+"?",c,d)};var
         _flc=jj;_flc.a="flc";_flc.b=[];var Kj=function(a){var
         b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
         b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
128240   var Lj=function(a,b){var b=function(b){b=b||H.event;var
         c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
         c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
         c=ma(a,Xe,!0),d=ma(a,wb,!0),e=O(a[Ye]);0>=e&&(e=2E3);var
         f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
         gtmLinkClickListener=!0,!R.addEventListener)){var g=function(){a=a||H.event;for(var
         b=If(a);b;){b.onclick&&!b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick));
128241   b=b.parentElement;}U(R,"mousedown",g,!1),U(R,"keydown",function(a){a=a||H.event;13==a
         .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=493,hk=[],ik=[],jk=[],kk=new
         hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
         this.I.push([a,b])};return this};mk.prototype.resolve=function(a,b){for(var
         c={},d=0;d<this.I.length;d++){var
         e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
         ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
         c=jk[this.index];if(c&&!b(c)){var
         d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
         jf(c)}};
128242   var _M=function(a){return new
         ok(a)},pk=function(a){this.resolve=function(b,c){for(var
         d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk(a[f]),b,c);g===xg&&(e=!0);d.push(g)}return
         e?new yh(d):d.join("")}},_T=function(a){return new
         pk(arguments)},qk=function(a){function b(b){for(var
         c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
128243   function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
         e;var
         f=ka();kk.set(f,e);return"google_tag_manager["GTM-Z6TQ"].macro(\'"+f+"')"}for(var
         e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
         qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
         rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof rk){a instanceof
         pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
128244   d=[],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
         d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
         d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
         pk||c instanceof rk)d=c;else if(af(c))for(var
         d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
         mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return
         d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var
         e=c[d]=c[d].split(":");
```

128245 `0==a.tagName[e[0]]))&&(c=e[0],w=e[0])}else c={},g=0;g<l.length;g++){var`
`h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);`
`if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var`
`k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return`
`c},tk=function(a){var b=[];if(!a)return b;for(var`
`c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&&a.charCodeAt(d)||65;if(65!=e){var`
`f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:`

128246 `62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4`
`);32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};`

128247 `var`
`Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},`
`Gk=function(a,b){},Ug=function(){};var Hk=function(a){var`
`b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b`
`.s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la);rf(b,1);if(Na[a])for(var`
`e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var`
`c=b.s.event,d=b.g;}b.complete||`

128248 `nf(b.fa);rf(b,2);if(Na[a])for(var`
`e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},`
`Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa`
`=[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=`
`function(a){this.wa.push(a)};`

128249 `var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void`
`0==e&&(e=[]);void`
`0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a`
`.Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var`
`g=function(){0<a.U&&a.U--;0<a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b`
`]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){`
`var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof`
`rk&&a[g].v===`

128250 `d||a[g]===d){f=g;break`
`a}f=-1}0<f||||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),l==a.length&&(c=!0)):e?(a.`
`splice(f,1),l==a.length&&(c=!0,b())):c=!0)}},Rk=function(a,b){var`
`c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var`
`k=Pk(b,!0);0<k.length&&e(k[0].v);c.push(f);var l=Pk(b,!1);0<l.length&&e(l[0].v)}else`
`d=`

128251 `!0};e(b);if(!d){for(var f=0;f<c.length;f++){var`
`g=c[f],h=Pk(g.g,!0);if(0<h.length){var`
`k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var`
`l=Pk(g.g,!1);if(0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}a.Fa.push(c)}},Pk`
`=function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return`
`af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var`
`b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(var`
`b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};`

128252 `f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var`
`d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete`
`b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var`
`c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state,f=d?void`
`0!==d:b.Va||b.dc,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void`
`0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void`
`0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else`
`h&&0===e||k&&0==d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}},Uk=function(a,b){a=nk(a`
`,new hf,a);return a},Ok=function(a,b,c){var d=new`
`Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var`
`_sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",`
`function(){var`
`d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:`
`a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||`
`c():c()},c)};_sp.a="sp";_sp.b=["google"];`

128253 `var Zk=!1,_ua=function(a,b,c){function d(a){var`
`b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void`
`0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function`
`g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var`
`b=function(a,b,c){if(!la(b))return!1;for(var`
`e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[jc]?c`
`=J("ecommerce"):`

128254 `a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var`
`e=ma(a[Dc],"currencyCode",c.currencyCode);void`
`0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.`

```
128254  promoClick?c.promoClick:c.promoView],c.promotions);a&&a.products.length&&(d["ecsetAction","
        promo_click",c.promoClick.actionField);return}for(var f="detail checkout
        checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
        h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
128255  h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
        a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e]))){var
        f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=void 0);b[e]=f,d++}return
        d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
        H.GoogleAnalyticsObject},l=M(m(),function(){var
        a=H(m());a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
        n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
128256  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
        v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
        allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
        cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
        :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
        javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
128257  var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
        0!==a[Ya]&&d("set","anonymizeIp",a[Ya]||void
        0);e("nonInteraction",vd);g("contentGroup",a[Cb]);g("dimension",a[fc]);g("metric",a[
        jd]);
128258  var D={};k(a[Dc],D,!1)&&d("set",D);var
        F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
        ]))a[Kc]();else{var
        c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[Be]){a[rc]&&(d("require","ec","ec.js"
        ),h());var
        E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
        (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
        if(a[Ee]){}else if(a[De]){}else if(a[Sb]){}else if(a[Yb]){}else
        if(a[Ae]){}else{a[rc]&&(d("require","ec","ec.js"),h());if(a[hc]&&!a[tc]){var
        P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
        ,void
        0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
        ,"linker");var
        ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
        }if(!Zk){var
        W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
128259  Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m()].
        loaded||c()},c)}};_ua.a="ua";_ua.b="google"];var $k,al;var l2=!1;var
        kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
        d=lk[b]&&nk(lk[b],new hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
        f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
        a[b]}},Ck=function(a,b){for(var
        c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
        e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
        b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
        "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
128260  for(var
        e={id:a,name:b,ac:||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
        (e,oh[g]))){f[g]=!0;for(var
        h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
        n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
        v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
        Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
        D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[Cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
        for(var E=[],
128261  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
        A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
        S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
        rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
        E.push(y)}}for(y=0;y<E.length;y++){var J=E[y]]A();for(y=0;y<x.Fa.length;y++){for(var
        ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
        pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(l==rd&&void
        0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
        0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
128262  void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
        pd=W[Ia];!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
        1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){
```

```
128262  wj=number(wd),na-yi-zi=nj,if(na){var
        zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
        Af=Qk(zf);Ik(na,Af);var
        Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
        Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
128263  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
        resolvedTags:e.P});
128264  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
        Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc])){var Cj=Bj[Rc];Df=!("function"!=typeof
        String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
        if(Df)return!0}return!1};var ml=macro:function(a){if(kk.contains(a))return
        kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
        callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]()};delete
        za[a]};ml.jb=function(){var
        a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
        ml);pa=a};(function(){var a=function(a){var
        b=M("google_tag_manager",{},!1),d=b[a]||d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
        ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
128265  hk.push.apply(hk,function(){for(var a=[_jsm,'CID',](function(){try{var
        a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
        console.log(\x22Error fetching
        clientId\x22),\x22n/a\x22}})();',_T(2),_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
        'gtm.js','56933_1',_sp,'1001982034','','yH_WCJae6wMQ0pDk3QM',4,'.*avistahospital\\.
        org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,'
        UA-6319752-3',false,'All Clicks','destination -
        ',_v,'element','gtm.element',_M(3),_T(33,37),'originated -
        ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
        ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
        url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
        47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
        classes','gtm.elementClasses',_M(6),'url
        path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
        ','element
        id','gtm.elementId',_M(8),{41:30,42:47,43:72,44:75,45:67,69:31,46:21},55,'
        castlerockhospital.org','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
        21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
        40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
        44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
        :32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
        :47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
        105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
        -6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
        6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
        /','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
        summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
        46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
        45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
        32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
        ,43:32,44:38,45:40,46:21},142,'centura.org','56933_88','UA-6319752-1','Click
        URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
        *avistawomenshealth\\.org.*','56933_89','UA-6319752-4',{41:154},145,'.*orthocolorado
        \\.org.*','56933_46',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
        -6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
        168},157,'tel','gtm.linkClick','_triggers','gtm.triggers','',2,_M(10),'(^$|((^|,)
        56933_107($|,)))','56933_107','UA-6319752-30','Phone
        Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
        6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
        , avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
        healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
        Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
        46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
        56933_110'},'Outbound
        Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
        25740929-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
        32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-35
        ',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_117',{41:30,177,'directions','56933_120
        ',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
        56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
```

Page 3996

128265… 569'3_127','UA-25740293-54','ALL CLICKS','click text',_T(256,197),'click
… destination
… -',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
… ','56933_128','UA-25740293-46','Click Text-',' Click
… URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
… 175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
… text - ',_T(256,197),'click origin -
… ',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
… org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
… '_high_max_random',100000000000,100000000000,_M(12),181,'.*porterprimarycare\\.org.
… *',_'56933_137','UA-25740293-57','destination -  - ',' -
… ',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
… Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
… click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144',
… 'UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
… org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:40,45:40,
… 46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
… 41:306,42:47,43:32,44:149,45:40,46:31},194,'araceawomenscare.org','56933_148','UA-
… 25740293-18','origin -
… ',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
… 56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
… Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
… 56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
… 56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
… 56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
… ',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
… 56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
… ',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
… 56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
… 56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
… 56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
… type\x3d\x22text/gtmscript\x22
… data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/
… swap.js\x22\x3e\x3c/script\x3e',13,'.*centuraseniors\\.org.*','56933_20','\x3cscript
… type\x3d\x22text/gtmscript\x22
… data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
… swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
… type\x3d\x22text/gtmscript\x22
… data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
… swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
… data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
… swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
… data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
… swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\\:\\/\\/(www\\.)?(
… staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
… \n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\\x3ca
… class\x3d\x22cafewell\x22
… href\x3d\x22https://www.cafewell.com/code/centurahealth\x22
… target\x3d\x22_blank\x22\\x3e\x3cimg class\x3d\x22cafewell\x22
… style\x3d\x22margin:20px 0 0 0\x22
… src\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
… x3e\\x3c/a\\x3e\x27).insertAfter(\x22#page-home
… .content-box\\x3e:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
… e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d!0,d\x3d!1,c\x3ddocument;return{
… use_existing_jquery:function(){return h},library_tolerance:function(){return
… g},finish:function(){if(!d){d\x3d!0;var
… a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
… a)}},finished:function(){return d},load:function(a){var
… b\x3dc.createElement(\x22script\x22);b.src\x3da:b.type\x3d\x22text/javascript\x22;b.
… innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
… \x22)[0].appendChild(b)},init:function(){settings_timer\x3d\nsetTimeout(\x22_vwo_code
… .finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\x3d\x22+e+\
… x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
… a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
… !important;filter:alpha(opacity\x3d0) !important;background:none
… !important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
… x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.

128265

```
stylesheet:a.stylesheet.cssText\x3d:a.appendChild(c.createTextNode(b))}d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d/\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
doubleclick.net/dc.js\x22:(\x22https\x3d\x3d\x3ddocument.location.protocol?\x22https
://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!0;a.src\x3d_vj.useSrc;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
)();\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
staging?\n\x3c/style\x3e',42,'\x3cimg
src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
border\x3d\x220\x22\x3e',45,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
x3dmarketing\x22\x3e',46,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
x3dhomepage\x22\x3e',47,'\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
ebRand\x3dMath.random()+\x22\x3d2,ebRand\x3d1E6*ebRand;document.write(\x27\\x3cscript
src\\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\\x3das\\x26amp;
ActivityID\\x3d139619\\x26amp;rnd\\x3d\x27+ebRand+\x27\x22\\x3e\\x3c/script\\x3e\x27)
;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
style\x3d\x22border:0\x22
src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
```

... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',79,'.*stanthonthealthcenter\\.org.*'
...,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
...,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
... 56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
... data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
... data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
... data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
... 56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
... '\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
... 56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
... data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
... 56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
... '56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
... data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
... \.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
... data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
... data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
... data-gtmsrc\x3d\x22//54547.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\
... \.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/
... stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)
... 56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async
... data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*
... ','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript
... type\x3d\x22text/gtmscript\x22
... data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'
... ,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.
... org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','
... 56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','
... 56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','
... 56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','
... \x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22
... type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/
... ','56933_146','\n\x3cscript
... type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
... x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
... ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
... ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
... d.parentNode.insertBefore(c,d)))}(window,document,\x22script\x22,\x22//connect.
... facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221056236717768461\x22);fbq(\
... x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
... height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
... src\x3d\x22https://www.facebook.com/tr?id\x3d1056236717768461\x26amp;ev\x3dPageView\
... x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*aracawomenscare\\.org.*','

128265… 569\x3d\x22\x3cscript async data-gtmsrc\x3d\x22//4791.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','
… 56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22
… type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22106222418052370 0\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1062224180523700\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221752378098370464\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1752378098370464\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',203,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221067579596645006\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1067579596645006\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',204,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22889530421148884\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
… type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
… x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
… ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
… ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
… d.parentNode.insertBefore(c,d)}}(window,document,\x22script\x22,\x22https://connect.
… facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221221948561190906\x22);fbq(\
… x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
… height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
… src\x3d\x22https://www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\
… x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,_f,'referrer',_c,'ga tracking
… code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
… Target','gtm.elementTarget','Error
… Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
… b}());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
… ,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
… 31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
… 30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
… 30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
… 77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
… 96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
… 113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
… 0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
… 146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
… ,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37

128265…

…:175,43:178,21:179,7:181,20:182,43:183,7:184,0:186,24
…:191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
…:202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
…:219,3:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
…:235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
…:257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
…:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
…:288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
…:302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
…:319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
…:335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
…:45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
…:372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
…,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
…:412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
…:27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
…446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
…459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
…470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
…43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
…503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
…27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
…535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
…27:551,43:552,7:553,27:555,43:556,7:557,43:559,43:560,7:561,27:563,43:564,7:565,27:
…567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
…43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
…30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
…AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAAAY,
…AAAAAEAAAAAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
…AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
…AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
…AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
…AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…AAAAAEAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…AAAAAEAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
…AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
…;vk(lk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAAC,
…ABAQAAAAAAAg,ABAQAAAAAAAAI,ABAQAAAAAAAAAC,ABAQAAAAAAAAAAB,ABAQAAAAAAAAAAQ,
…ABAQAAAAAAAAAAAE,ABAQAAAAAAAAAAAB,ABAQAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAE,
…ABAQAAAAAAAAAAAAB,ABAQAAAAAAAAAAAg,ABAQAAAAAAAAAAAAI,
…ABAQAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAI,
…IBAAAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAAAM,
…AkAAAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAM
…,ABAQAAAAAAAAAAAAAAAAQ,IAACAAAAAAAAAAAAAAAEAAAAI,
…IAAAAAAAAAAAAAAAIAAAQ,ADAQ,IBACAAAAAAAAAAAAAAAB,
…ABAQAAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAEAAAC,
…IBACAAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAE,
…ABAQAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAI,
…ABAQAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAQ,
…IAAAAAAAAAAAAAAAEAAAAQ,IBAAAAAAAAAAAAAAAAAAAAg,
…ABAQAAAAAAAAAAAAAAAAAAAAAI,
…ABAQAAAAAAAAAAAAAAAAAAAAAC,
…ABAQAAAAAAAAAAAAAAAAAAAAQ,
…ABAQAAAAAAAAAAAAAAAAAAAAAE,
…ABAQAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAI,
…IBACAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAAI,
…IBACAAAAAAAAAAAAAAAAAC,
…IBACAAAAAAAAAAAAAAAAAg,
…IBACAAAAAAAAAAAAAAAAE,
…AkAAAAAAAAAAAAAAAAAAI,
…IBACAAAAAAAAAAAAAAAAAQ,
…IBAAAAAAAAAAAAAAAAAAg,
…IBACAAAAAAAAAAAAAAAAE,
…IgACAAAAAAAAAAAAAAAAAAC,
…IBACAAAAAAAAAAAAAAAAAQ,
…IBACAAAAAAAAAAAAAAAAAAC,
…IBACAAAAAAAAAAAAAAAAAAI,

128265… IBAC AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… AFAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… IAAAAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IAAAAAAAAAAAAAAAAAAAAAAAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… ABAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… IBACAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg");vk(Y
… ,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAAc,
… AAAA6j3AAAAAAH,AAAA6j3AAAAAwB,AAAA6j3AAAAAA8,AAAA6j3AAAAAAAO,AAAA6j3AAAAAAAAgD,
… AAAA6j3AAAAAAAA4,AAAA6j3AAAAAAAAAO,AAAA6j3AAAAAAAAAgD,AAAA6j3AAAAAAAAAA4,
… AAAA6j3AAAAAAAAAAAe,AAAA6j3AAAAAAAAAAAAAH,AAAA6j3AAAAAAAAAAAAAwB,
… AAAA6D3AAAAAAAEAAAAAAkD,AAAAaAUAAAAAAAEAAAAAA4H,AAAAaAUAAAAAAAECAAAAAwy,
… AAAAaAUAAAAAAAEAAAAAAwCO,AAAAaAUAAAAAAAEAAAAAAwCgD,AAAA6BUAAAAAAAEAAAAAAAACAAg_,
… AAAAaAUAAAAAAAEAAAAAAAQCAAAA_,AAAA6BUAAAAAAAEAAAAAAAACgAAIAgH,
… AAAA6B0AAAAAAAEAAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAAAAA4,
… AAAA6j3AAAAAAAAAAAAAAAAACAAAAAAAD,AAAA6D3AAAAAAAAAAAAACAgAAAAAAAAAA4,
… AAAA6j3AAAAAAAAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
… AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAED,AAAA6B0AAAAAAAEAAAAAAAAAAAAIAAAAAA4H,
… AAAA6D0AAAAAAAEAAAAAAAAAAAAIAAAAAAwH,AAAA6B0AAAAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
… AAIAAAAAAAAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAgP,
… AAAA6B0AAAAAABEAAAAAAAAAAAAAMAAABAAAAAAAAAH,
… AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAAAAwB,
… AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAA8,
… AAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAP,
… AAAA6D1AAAAAAAEAAAAAAgAAAAIAAAAAAAAAAAAAAgD,
… AAAA6D0AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAAAA4B,
… AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAAAAAAAAc,
… AAAA6B0AAAAAAAEAAAAAAAAAAAAIAAAAAAAAAAAAAAAAgAgP,
… AAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-B,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
… AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,

128265... AAAEAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
... AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAw,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAD,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAEE,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAY,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgC,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAM,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAD,
... AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAM,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAwB,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAG,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAG,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAM,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAG,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAG,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAgB,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAM,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAM,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAgB,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAw,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAG,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAQAAAAAAg,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAD,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAY,
... AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,

128265… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAEgB");
… vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
… ABAAAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
… QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
… QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAAAAI::,CAAAC:
… AAAQAAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAAABAAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
… __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE::,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
… QAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
… QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
… AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAAB:AAAAAAAS::,QAAAAAAAC:
… AAAAAAAE::,QAAAAAAAE:AAAAAAI::,CAAAAAAI:AAAAAAAAAE::,CAAAAAAAQ:AAAAAAAAAAQ::,
… CAAAAAAAg:AAAAAAAAAgAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAAACACAg::,CAAAAAAAAC:
… AAAAAAAAAAAAA8::,CAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAI:AAAAAAAAAAAAAAAB::,
… CAAAAAAAAAB:AAAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
… AAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAAQgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAgB::
… ,CAAAAAAAAAQ:AAAAAAAAAAAAAABAAI::,CAAAAAAAAAg:AAAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
… AAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAAE:AAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAAw:AAAAAAAAAAAAAAAAAAAB::,AAAAYAAAAAAAAB:
… AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAC:
… AAAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAAB::,AE::AAAAAAAAAQ:AAAAAAAAAAAAAAAAB,AEAAAAAAAg:::
… AAAAAAAAAAAAAAAAB");vk(ph,4,"14::,22.22::,28::,56::,60.60::,79.79::,84::,89::,94.94::,99::,104::,
… 109.109::,114::,119::,124::,129::,134::,139::,144::,153::,158.158::,162.162::,167.366.167::,179::,
… 185.185.324.326.328.330.332.334.336.338.340.342.344.346.348.350.352.358.369.371.373.
… 375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185::,200::,205::,210::,
… 214::,218::,222::,225::,229::,233::,243::,253::,264::,277::,286::,291::,296::,305.305::,310::,317::,
… 354::,361::,364.525::,408.408.490::,413.413.413.413::,417::,425::,433::,436.436.436.436.436.
… 436.436::,440.440.440::,444.444.444::,448.448::,474.474::,478::,482::,487::,494.494::,498::,502
… ::,505::,509::,513::,516::,520::,531::,382::,385::,540::,546::,550::,554::,558::,562::,566::,570::,574
… ::,578::,427::,429");for(var nl=0;nl<Y.length;nl++){var
… ol=Y[nl],pl=1;ol[xd]?pl2=2:ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
… 0};Na[nl]=[]}ml.jb();
128266… (function(a){})()("async");
128267… (function(){var
… a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
… ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
… function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
… c=a.push;a.push=function(){var
… b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
… this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
128268… if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
… else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
… documentElement.doScroll){var
… xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.
… readyState?Mf():U(H,"load",Mf);
128269… (function(a){})()("async");(function(){})()();var
… _vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
128270… })()
128271…
128272… *************************************************
128273… The following data is from parkerhospital_org-20160909-page_source.txt
128274… *************************************************
128275…
128276…
128277…
128278… <!DOCTYPE html>
128279…

```
128280  <html xmlns="http://www.w3.org/1999/xhtml">
128281  <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
    …   charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
    …   name="viewport" content="width=device-width, initial-scale=1" /><link
    …   rel="stylesheet" type="text/css" media="all"
    …   href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=1553607519+1088335530+
    …   1945865366+-1759591071+-914034194+-731554408+1064114300+-300771134+1985268503"
    …   /><script type="text/javascript"
    …   src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
    …   1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><title>
    …   Parker, CO | Parker Adventist Hospital</title>
128282  <meta name="description" content="Ranked among the top hospitals in the nation for
    …   patient satisfaction, Parker Hospital performs complex spine and brain surgery along
    …   with weight-loss and joint-replacement surgery." />
128283  <meta name="keywords" content="parker adventist hospital, parker hospital, trauma
    …   center, parker hospital birth center" />
128284  <link rel="stylesheet"
    …   href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700" /><link
    …   rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
128285
128286
128287      <script
    …   src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
128288      <!--[if lt IE 9]>
128289          <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
128290          <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
128291      <![endif]-->
128292
128293      <!--[if (lte IE 9)]><!-->
128294      <link rel="stylesheet" href="/css/ie.css" type="text/css" />
128295      <!--<![endif]-->
128296
128297
128298          <!--Some text-->
128299          <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
    …   src="/temp/wsol.js.header.v=285651389.js"></script>
128300
128301
128302
128303
128304      <script src="/js/countUp.js"></script>
128305
128306
128307  <!-- Google Analytics -->
128308  <script>
128309      (function (i, s, o, g, r, a, m) {
128310          i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
128311              (i[r].q = i[r].q || []).push(arguments)
128312          }, i[r].l = 1 * new Date(); a = s.createElement(o),
128313          m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
    …   m.parentNode.insertBefore(a, m)
128314      })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');
128315
128316      ga('create', 'UA-6319752-5', 'auto');
128317      ga('send', 'pageview');
128318
128319  </script>
128320  <!-- End Google Analytics -->
128321      <script type="text/javascript">
128322          /*<![CDATA[*/
128323          (function () {
128324              var sz = document.createElement('script'); sz.type = 'text/javascript';
    …   sz.async = true;
128325              sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
128326              var s = document.getElementsByTagName('script')[0];
    …   s.parentNode.insertBefore(sz, s);
128327          })();
128328          /*]]>*/
```

```
128329        </script>
128330
128331
128332        <style>
128333            .survey-container {
128334                position: absolute;
128335                right: 0;
128336                bottom: 10%;
128337                border: 1px solid black;
128338                padding-top: 30px;
128339                padding-bottom: 15px;
128340                box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
128341                -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
128342                -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
128343                z-index: 10000;
128344                background: #FFF;
128345                position: fixed;
128346            }
128347
128348            .close {
128349                width: 24px;
128350                position: absolute;
128351                top: 3px;
128352                right: 3px;
128353                padding: 6px;
128354            }
128355
128356            .close {
128357                height: 24px;
128358            }
128359
128360            .survey-container .btn {
128361                border-radius: 0;
128362                text-shadow: none;
128363                text-transform: capitalize !important;
128364            }
128365
128366            .survey-container .btn:hover {
128367                background-color: #CCC !important;
128368            }
128369
128370            @media screen and (max-width: 767px) {.survey-container
       {left:10px;right:10px;}}
128371        </style>
128372
128373 <link rel="canonical" href="http://www.parkerhospital.org/pah/home/" /><meta
       /></head>
128374 <body class='location-landing'>
128375        <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
       https://wsol.accelo.com/?action=view_issue&id=980] -->
128376        <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
       [jmayberry (WSOL) 8/31/2016] -->
128377        <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
128378        height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
128379        <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
128380        new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
128381        j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
128382        '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
128383        })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
128384        <!-- End Google Tag Manager -->
128385
128386        <form method="post" action="/PAH/Home/" id="aspnetForm">
128387 <div class="aspNetHidden">
128388 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
128389 <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
128390 <input type="hidden" name="EktronClientManager" id="EktronClientManager"
       value="1553607519,1088335530,1945865366,-1759591071,-914034194,-731554408,1064114300,
       -1687560804,-1080527330,-1939951303,-569449246,-1793043690,1338359439,1743165108,
```

128390... 153108627.73007714347,1985286369
128391... `<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"`
... value="/
... wEPDwUKMTA4ODc0ODU0OA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDFVBLTYzMTk3NTItNWQCAR
... BkZBYQAgMPZBYKZg8WAh8ABSo8YSBjbGFzcz0ndGVzdCcgaHJlZj0nL1BBSC9Ib2llLyc+
... SG9tZTwvYT5kAgEPZBYEAgQPDxYEAgjfZGF0YU10ZW0yqwcAAQAAAP////
... 8BAAAAAAAAAAwCAAAAXErvdHJvbi5DbXMuRnJhbWV3b3Jr3JrLlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHV
... yZT1uZXV0cmFsLCBCdWJsaWNLZX1Ub2tlbj02NTl1MmM0MGFmMWU2M2JlBQEAAAAoRWt0cm9uLkNtcy5GcmFmd
... ZXdvcmsuUVUkuTW9kZWxzLkltbkVNb2RlbAUAAAAATPE1kPmtfX01hY3t2pbmdGaWVsZBk8TWVudUxpc3Q0d+
... a19fQmFja2luZ0ZpZWxkGVtcz5rX19CYWNraW5nRmllbGQGWPEVycm9yPmtfX0hY2t2pbmdGaWVsZBg8Q
... 2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Db2xsZWN0aW9u0aW9ucy5HZW51cmljLLkxpc3RgMV
... tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VEYXRhLCBFZ3Ryb24uQ21zLkNvbnRyYWN0cywgVm
... yc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNi
... ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlJyZWUuVHJlZVVGVDb2xsZW40w9uAgAAAECAAAAAAAAAAAA
... AAAAAAAAwAAAAoKAAwEAAAAWUVrdHJvbi5DbXMuY3udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdH
... VyZT1uZXV0cmFsLCBCdWJsaWNLZXlUb2tlbj01NTlhMmM0MGZmMWU2M2JlBAMAAACkAVN5c3RlbS5Db2xsZWN0
... aW9uc5HZW51cmljLLkxpc3RgMRtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VEYXRhLCBFa3Ry
... b24uQ21zLkNvbnRyYWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbCwgUHVibGljS2V5
... G9rZW49NTU5YTJjNGZhMjFlNjNiZV1dAwAAAAZrX1bXMFX3NpemUIX3NpemEAAAXRpemVuAAAWRt0cm9uLkNtcy
... 5Pcmdhbhl6YXRpb24uTWVudUJhc2VEYXRNw9lEAAAACAgJBQAAAAEAAAAABAAAABwUAAAAAAQAAAAAQAAAAEJEV
... rdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVCYXNlRGF0YQQAAAANBAseC18hRGF0YUJvdW5kkZ4X4LXyFJdGVt
... Q291bnRRmZGQCCA8PFgYfAfTLBcAABAAAA/////
... wEAAAAAAAAADAIAAAABcRWt0cm9uLkNtcy5GcmFmdZXdvcmsuVUksIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5
... JlPW5ldutcmRYYWwsIFmxpY1l0eVRva2VuPTUwOT 5NUR9FZuc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbC
... lld29jayVSS5Nb2RlbHMuTWVudUlv2VGVsBQAAAAB8MSQP+
... a19fQmFja2luZ0ZpZWxkGTxNZW51TGlzdD5rX19CYWNraW5nRmllbGQGQWPEl0ZW1zPmtfX0hY2t2pbmdGaWVsZ
... BY8RXJyb3I+
... a19fQmFja2luZ0ZpZWxkGDxEYW5FZGl0PmtfX0hY2t2pbmdGaWVsZAADBAEACaQBQBU3l2dGVtLkNvbGxlY3Rpb25
... 25zLkdlbmVyaWMuTGlzdGAxWtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cyJhdmZyb
... 5DbXMuUyd11dHJ1cmU9bmV1dHHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZV1dJaZ2YmNhZXO
... Y3Rpb24uTwV1dXJl
... XJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiZV1dJaZ2YmNhZXhdY3Rpb24uTwV1dXJl
... 3ZlcnNpb24EEAAmRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJhc2VEYXRhLCBFa3Ryb24uQ21zLkNvbnRy
... YWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjN
... ABAAAAABQQAAAAvRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlVm9jayVSS5Nb2RlbHMu
... pc3RgMRStfaXRlbXMMTGlzdGAxMtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb25uCQQQ1zLkZyY2g1bG
... ay5VSS5UcmVsLklUcmVlTm9kZQAAAgAAAQAAaAADMdXNWUdwWHAAAAAUdQMMRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uTWVudUJ
... zLkNvbnRyYWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJj
... 9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlVm9jayVSS5Nb2RlbHMuSXRlbURhdGEAAAAdFpbnRDb3VudFRmZGQCCA8PFgY
... fAfTLBcAABAAAAA/////
... wEAAAAAAAAADDA4AAABWRWt0cm9uLkNtcy5Db21tb24uUUxhbmd1YWdlGVtcz5rGQGQ5QZPBhcmNVudElkPmtfX0hY2t2pbmdGaWVsZCJNZW
... 51RGF0YSs8VGVtcGxhdGU+
... a19fQmFja2luZ0ZpZWxkIkllbnVEYXRhKzxGb2xkZXJJZD5rX19CYWNraW5nRmllbGQGQrTWVudUhhdGEgErPEFzc
... 29jaWF0ZWRWb2xkZXJJZPmtfX0hY2t2pbmdGaWVsZC1NZW51RGF0YSs8QXNzb2NpYXRlZFJlbFBXYXRlcz5rX1
... 9CYWNraW5nRmllbGQGjTWVudURhdGEgErPElEtYWdlUGF0aD5rX19CYWNraW5nRmllbGQGQnTWVudURhdGEgErPElEtYWd
... lT3JlcnNpZpGU+
... a19fQmFja2luZ0ZpZWxkIk1lbnVDYXRlRGF0YSs8V9VdGV4dD5rX19CYWNraW5nRmllbGQGiTWVudUJhc2VEYXJhRhZ
... zxUeXBlPmtfX0hY2t2pbmdGaWVsZCJNZW51QmFzZURhdGErPEhyZWY+
... a19fQmFja2luZ0ZpZWxkJE1lbnVDYXNlRGF0YSs8VGFyZ2V0PmtfX0hY2t2pbmdGaWVsZCJNZW51QmFzZURhd
... GErPEFuY2VzdG9ySWQ+a19fQmFja2luZ0ZpZWxkJE1lbnVDYXNlRGF0YSs8R0VzY2Ryb250PmtfX0hY2t2pbmdGaW
... a19fQmFja2luZ0ZpZWxkJU1lbnVDYXNlRGF0YSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGQGjTWVudUJhc2VEY
... XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGQGnTWVudUJhc2VEYXJhRkxzJbWFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YSs8SW1hZ2VPdmVycmlkZT5rX19CYWNraW5nRmllbGQGdQ21zR
... GF0YWAxKzxJZD5rX19CYWNraW5nRmllbGQQAAAEEAwMBAAEEAQEAAQADAQAACQkJfjlN5c3RlbS5Db2xsZWN0aW9uaW0aW9
... 9ucy5HZW51cmljLLkxppc3RgMVtU9l3Z1dGV0LCBtc2NvcmxpYiwgVmVyc2lvbj00LjAuMC4wLCBDdWx
... 0dXJlPW5ldutcmRYYWsIFmxpY1l0eVRva2VuPWI3N2E1YzU2MTkzNGUwODkpM2I4ANM4OVldAs4FFa3RyB24uQ21zLkNvbW
... 1vbi5Fa0VudWl1cmF0aW9uc5CXUBU31zdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxMtbRWt0cm9u
... uTGlzdGAxK1Fa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXJhRhCLCBFa3Ryb24uQ21zLkNvbnRyYWN0cy
... YWN0cywgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU9bmV1dHHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjN
... GZhMjFlNjNiZV1dFAEAAAAfaEAAAAAAAAAAAAPAAAAAAAAAAAAAARAAAAAJEQAAAkPAAAAAP
... YTAAAADnBhcmtllcmhvc3BpdGFsBez///
... 8sRWt0cm9uLkNtcy5Db21tb24uRWtfbnVtZXJhdGlvbitNZW51SXRlbVR5cGUGUBAAAAB3hbHVlX18ACA4AAAA

128391...

EAAAAACgQAAAACgYGAAAAAVf2zV5ZgYAAGAAAAAAAEAHAAYAAAAACgAAAACgBPXAAABuRWt0cm9u
LkNtcy5GcmFtZXXdvcmsuVUkuQ29udHJvbHHMuRWt0cm9uVUksIFZlcnNpNpb249OS4wLjAuMjQ5LCBDdWx0dXJl
W5ldXRyYWwsIFB1YmxpcY0tleVRva2VuPTU1OWEyRmYTIxZTYzYmUFCQAAADZFa3Ryb24u24uQ21zLZzYYWlld2Fydwd5
9yay5VSS5Db250cm9scy5Fa3Ryb25VSS5NZW51VHJlZU5vzGUoAAAAHDxEZXN|cmlwdGlvbj5r5rX19CYWNraW5n
RmllbGGQePElZxVWdlT3ZlcnJpZGU+a19fQmFja2luZ0ZpZWxkGjxUbWFnZVBhdGg+
a19fQmFja2luZ0ZpZWxkGDxPcmRpbmFsPmtF0JhY2tpbmdGaWVsZBc8VGFyZ2V0PmtFX0JhY2tpbmdGaWVsZ
Bc8SXRlbUlkPmtFX0JhY2tpbmdGaWVsZBk8VGVtcGxhdGGU+
a19fQmFja2luZ0ZpZWxkIjxBc3NvY2lhdGVkRkm9sZGVycz5rX19CYWNraW5nRmllbGGGQkPEFzc29jaWF0ZWRRUZ
W1wbGF0ZXM+
a19fQmFja2luZ0ZpZWxkGTxGb2xkZXJJZD5rX19CYWNraW5nRmllbGGGQcPENvbnRlbnRRUeXBlPmtF0JhY2tpbmdGaWVsZBk8TGlua1R5cGU+
a19fQmFja2luZ0ZpZWxkElRyZWVOb2RlK19jaGlsZHJlbbhVUcmVlTm9kZStaFGFZQ2hpbpGRyZW4bVHJlZU5vZ
GUrX2NoaWxkcmVuVuTm90TG9hZGVkHFRyZWVOb2RlKzxZD5rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPFBhcm
VudElkPmtFX0JhY2tpbmdGaWVsZBUcmVlTm9kZSta8Um9vdElkPmtFX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs
8UGF0aD5rX19CYWNraW5nRmllbGGQfVHJlZU5vZGUrPExldmVsPmtFX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs
UmFuaz5rX19CYWNraW5nRmllbGGQpVHJlZU5vZGUrPENhbbkhhdmDaGlsZHJlbbj5rX19CYWNraW5nRmllbGGQeV
HJlZU5vZGUrPFRleHQ+
a19fQmFja2luZ0ZpZWxkHlRyZWVOb2RlKzxUeXBlPmtFX0JhY2tpbmdGaWVsZBc8CFVucmVlTm9kZSs8U3ViVHlwZ
T5rX19CYWNraW5nRmllbGGQgVHJlZU5vZGUrPEFjdGlvbj5rX19CYWNraW5nRmllbGGQhVHJlZU5vZGUrPEVuYW
JsZWQ+
a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxWaXNpYmxlPmtFX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8U2VsZ
WN0ZWQ+
a19fQmFja2luZ0ZpZWxkHlRyZWVOb2RlKzxNb3JlPmtFX0JhY2tpbmdGaWVsZChUcmVlTm9kZSs8TmV4dFBhZ
2VOdW1iZXI+
a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxFeHBhbmRlZD5rX19CYWNraW5nRmllbGGQlVHJlZU5vZGUrPENvb
W1hbmRROYW1lPmtFX0JhY2tpbmdGaWVsZChUcmVlTm9kZSta8Q29tbWFuZFUeEFyZ2V3VXJl50PmtFX0JhY2tpbmdGaW
VsZCdUcmVlTm9kZSs8U2ZWN0aW9uU0a9u9UtU9W9k9W9k9rX19CYWNraW5nRmllbGGQiVHJlZU5vZGUrPElhbmxYRlVXJ
sPmtFX0JhY2tpbmdGaWVsZCdUcmVlTm9kZSs8T25DbGljbGlbnRRbGjaz5rX19CYWNraW5nRmllbGGQtVHJlZU5v
ZGUrPENsaWNrQ2F1c2VzUG9zdGJhY2s2s+a19fQmFja2luZ0ZpZWxkWkxYZWZWNob2RlR2tKxzbDdXNb20+
a19fQmFja2luZ0ZpZWxkEk1zxzUb3BBMZXZlbD5rX19CYWNraW5nRmllbGGQBAAEAAEAEBAwMAAQEEA
AABAQEBAAAAAQEBAQAAAAAAAEEBBAEBAAMAAQA+
U3lzdGVtLkNvbGxlY3Rpb25zLkdldmlyaWMuTGlzdGBHAXdlTGdXN0ZW0uSW50Q29sbGVjdGlvbnMuR2VuZXJpY
W9uPTQuMC4wLjAsIEN1bHRicmUuY1bmVldHJhbc1cmVvVHViGljJS2V5VG9rZW49YjcyM3VjYTNlYTNYOTU3ZTYjYc3YTRTTY
pb249NC4wLjAuMCwgV3VsdHVyZXtuZXU0cmFsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM2MTlkNDA4NmNhBYAQgBL
kVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZVNIcmJlcj4gQAAAAEBCAkkBAQEBBAQAQg
JHgAAAAAkfAAAAAAAAAAAAAKCgAAAAAAGIQAAAAsxMDczNzQyMzNQzMzMAAAAA8AAAAAAAAAAAYkxMDczNzQ1Mzc4
AAAADzM4MF4x4MDczNzQyMDlzWW9AAAAoAAAAAAAAAAAEGJQAAAA1QYX5t50IEhlbHHA/
BiYAAAAHU3ViTWVuudQoKAQEAAAAAAAAACgoF2////
y5Fa3Ryb24uQ21zLkZyYWlld29yay5VSS5UcmVlVLlRyZWVTZWxlY3Rpb25Nb2RlbAQAAAAd2YWx1ZV9fAAgCAA
AAAAAAAAAYoAAAAEC9GaW5hbmNpYWxHSVscC8KAAoAAQoAAAAJAAAACQ8AAAABCQ8AAAACAAAACRYAAAAGKwA
AAAsxMDczNzQxODYxPNAAAA5DOAAAAAAAAAAACgoJLwAAAAAEABjAAAALMTAzMzc2OMTkyMDEfAAAAAQ8AAAAAA8
AAAYCAAAOcgDAJIwAAAAYzAAAAM2F4xMDczNzQxMDQAOTIwMgAAAAAAAAAEGNAAAAAJIAAAAAAADEGNAAAAAAAEGNAAAAAAAEGNAAAAAAEGNAAAAAAEEGNAAAAAAEEGNAAAAA
XA7IEVkdWNWhdGlvbnAAAAAAAAAAAQZQAAAAAK0J1dHRvbg0/AAAA2f////
wAAAAAQAAAaBcvQ2FyZWVycy1hbmQtbzWR1Y1Y1Y3Rpb24W9u9LwoAACgBACwAAAAAAAAJDWAAAAEJDwAAAAAAAAAAJFg
AAAY6AAAACEwNzM3NDIzMDU1CQ8AAAAAAAAAk9AAAAAAAAAAAAAAAACgk+
AAAAAAGPwAAAAsmxMDczNzZQ2MzZkGWtQ4M4AkIAAAAPMzgwX4z4MAk2EJMzkzNDIzMDU1AQAAAAoAAAAAoAoA
AAAAAAAQZDAAAAAD015Q2VudHVyYyUhl1YWxAaAAAACgoBAQAAAAAAAAACgoB7////2f///
wAAAAAAQAAAaEBEEvTXlDW501cGXXJhY5VhbHRoWLwoAACgBACwAAAAAAAAJDWAAAAEJDwAAAAAAAAAAAJFgAAAAZ
AAzM4MgkPAAAAAcUAAAAAbjVhbHRoWmtuYXRpb25OdJ5uT1QAAAAAAAAAEGcgoTQAAAAAk5vbnRyRrY3Qg3YXMLJgzAgAAAAAKAEQZDoAAAaAGMzgyNAAAsAAAAAAAAQZSAAAACkNvbnRyRhY3RQgoBrP///9n/
//
8AAAABlUAAAAQL1BBSC9Db250YWN0LVVlcLwoAAGQABDQAAAkAAAJDWAAAAEJDwAAAAUAAAAAJFgAAAAZYAAA
ACzEwNzM7NDM1NDIyNTU3U3CQ8AAAJWgAAAbkhaaaaaaaa3YXJLJJgAAAAoAAAAAAAAAAQZCglAAAANAQAGSCgLCAAAAAGQgOQgAQVGSAAAAAXMDczNnQyNQyMjU1NwZE
AAAAzM4MAkjAAAAAMMxAaAAAAzMPMgzwIEwNzM7NDIyNTUTAQAAAAAQZhAAAAADUZvciBQcm92aWRlcl9AAARlc
nMJJgAAAAAoAAKAQEAAAAAAAAACgoBnf///9n///
8AAAAABmQAAAAUL0hvbWUvVRm9yLVByb3ZpZGVycy9KAAOBBAAAAB+
U3lzdGGVtLkNvbGxlY3Rpb25zLkdldmlyaWMuTGlzdGNhXltTeXN0ZW0uU1W9uSW50Q29sbGVjdGlvbnNXZ2Zra
W9uPTQuMC4wLjAsIEN1bHRbrmVldHJhbc1cmV2VHViGljJS2V3YRnYMlcIMEWt0ZS1N3E2NdWxWOldX
AAAAfaXRlbXbMFX3NpemUIX3NlcnNp24HAAAJACAgZAQAAAAAAAABBEAAAB/
U3lzdGGVtLkNvbGxlY3Rpb25zLkdldmlyaWMuTGlzdGNhXltTeXN0ZW0uU1uRyaW5nLnTBtc2Nvcmsvbcg5
2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1Yz2UyM3ZTE1YzU2MTZkNGGwOdldXQ
MAAAAGX2l0ZW1zX19zaXplbCF92ZXJzaW9uBgBygAAAAaBBYAAClAVN5c3RlbHvsDb2xsZWN0
0aW9ucy5HZW51cmljLkxpc3RgMRtVlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSUllbnRpd3JdZGV2U0pwSWtl
cm9uLkNtcy5Db250cmdlHMIFZ1cnNpNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva
VRva2VuPTU1OWEyRmYTIxZTYzYmVdXQMAAAAGX2l0ZW1zX19zaXplbCF92ZXJzaW9uBAAAAJ0VrdHJvbi5Db

MuTsJnW5pennF6aw9tzX1nZw51sRd9UHHduFbxQuAAAAAICHmAAnBQAAAUfAAABIGAAABAAAAAJZQAAAAA
AAAAAAAAAAR8AAAARAAAACWYAAAAAAAAAAAAAAEgAAAABAAAAlqAAAAAAAAAAAAABLQAAABAAAAAJZQAA
AAAAAAAAAAAS4AAAARAAAACWYAAAAAAAAAAAAAEvAAAABAAAAltAAAABgAAAAYAAAABPAAAABAAAAAJZ
QAAAAAAAAAAAAAT0AAAARAAAACWYAAAAAAAAAAAAAE+
AAAABAAAAlqAAAAAAAAAAAAABSwAAABAAAAAJZQAAAAAAAAAAAAAAUwAAAARAAAACWYAAAAAAAAAAAAA
AFNAAAABAAAAlqAAAAAAAAAAAAABWgAAABAAAAAJZQAAAAAAAAAAAAAAVsAAAARAAAACWYAAAAAAAAA
AAAAFcAAAABAAAAl2AAAAAWAAAAMAAAAPZQAAAAAAAAAJEWYAAAAAAAAAB2cAAAAAAQAAAAgAAAAEJUVrdHJ
vbi5DbXMuMuT3JnYW5isem pemF0aW9uaW5LdXpW51sRdOeAAAAHChH R5CC3AQOaAAAA0 AAAD
B2oAAAAAAAAAA22o aMEZt Jvbi5DbXYrdHJvbi5DbxXMurnJhbWV3 3b3JrLV1VJ1lRyZW UuSVRyZW VOb 2R1gAAAAdt AAAAA
AEAAAIAAAABCZFa 3Ryb24uQ21zLkZyYW11 ed29 yay5VSS5UcmV1 lLkl UcmV1Tm9kZQIAAAAJf AAAAi1 9AAAACX
4AAAJfwAAAAmAAAACYEAAAAANgd2AAAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYW11 ed29 yay5VSS5UcmV1
lLklUcmV1Tm9kZQIAAAAJggAAAAmDAAAACYQAAAAKAxcAAAAIAAA6RMAgA1AAAB8AQAAAAAAAxkPAAAAAAA
AAAAAAAJHgAAAAkfAAAACQ8AAAABCSUAAAABdv///+z///

8EAAAAABosAAAAPRmluYM5jaWFFsLUhlbHAvcRYAAAAGAAAAAAAAAkPAAAAAQAAAAmOAAAACgDpEwCAAgAAAAF
4AAAACAAAAMEDAIACAAAAfAEAAAAAAAAJDwAAAAAAAAAAAAACS0AAAAJLgAAAAkPAAAAAQk0AAAAWz////s
////

BAAAAaVAAAAFkNhcmVVlcnMtMtYW5tLkUVkdWNhWNhdGlvbi8JFgAAAAYAAAAAAAAACQ8AAAACAAAAAZgAAAAKAMEDAI
ACAAAAXkAAAA1AAAAA0RIAgAIAAAB8AQAAAAAAAAAAkPAAAAAAAAAAAAAJPAAAAAk9AAAACQ8AAAAABCUMAAA
ABYv///+z///

8EAAAABpBAAAAQTXlDZW50dXJpX5SHGVhbHRoRoLWkAAAAABgAAAAAJDwAAAAMAAAAAJogAAAAoA0RIAgAIAAAA
BegAAAAgAAAB+AQAAAAAAAHwBAAAAAAAACQ8AAAAAAAAAAAAAlLAAAACUwAAAAJDwAAAAEJUgAAAAFY////
7P///

wQAAAAAGqAAAAA9QQUUgvQ29udGFyjdC1Vcy8JFgAAAAYAAAAAAAAAACQ8AAAAEAAAACawAAAAAKAH4BAAAAAAAAX
sAAAAIAAAA3RAAgAIAAAB8AQAAAAAAAJWgAAAAlbAAAACQ8AAAABCWEAAAABTv///+z///

8EAAAABrMAAAAATSG9tZS9hZ3ItIcUHUJvdm1llZXJzLwkWAAAABgAAAAAAAADwAAAAJtgAAAAAJtgAAAAJtAAAA
AAABfAAAAkAAAAJDwAAAAEJwAAAAEAAAAJFgAAAa5AAAACzeEwNzM3NDE5MjAyCZEwNzM7OMTkyAyQ9QAAAAJuwAAAA
AAAAAAAAKCgm9AAAAAAGvgAAAAAsxMDczNzQxODAzMTiMga/

AAACzEwNzM7NDE5MjAzACSMAAAAGwQAAABszOBeMTA3Mzc0MTkyMDIdTc0MTkyMDIMThyMDTCAAAAABAAAAAA
AABBsIAAAAIQmVuZZWpdHJJZGAAAAoKAQEAAAAssAAAAAABsGoBPP///9n///
8AAAAABsUAAAAApLlBBSC9DYVXlzJ1ZZXJzLwkFuZC1Cl ZHJlYXpb24vQmVUQmVZZpHMVycgpGAAF9AAAACQAAAAPAA
AAQkPAAAAAAkAQEAAAAAAAAAAAgoBPP///9n///

8AAAAABuMAAAAApLlBBSC9DYVXlJlZZXJzLwkFpL1BBSC9DYVX1c2VyczCEFsJYXJnNb24vQmVUQmVZZpHMVycg
AAQkPAAAAAgAAAAKWAAAABsgAAAALMTA3Mzc0MTkyMDM0AAABLMTA3Mzc0MTkyMDEJwAAAabQAAAAGzM4MF4x
MDczNzQxOTIaxXjEwNzM3NDE5MjA0AgAAAAYAAAAAAAAAQb0AAAADUNvbSG9yYWVWlRvIEx1pbmcyVzIFVzIFUVuaXF1ZUmakAAAAA
AKCgEt////2f///

wAAAAG1AAAADAvUEFIL0NhcmVVlcnMtMtYW5tLKLVkdWNhWNhdGlvbi8JXZgAAAAYAAAAAAAAAQkPAAAAAAkAAoAAX
4AAAJAAAAACQ8AAAAAMAAAALMTA3Mzc0MTkyMDQ3MDQAAAAsxMDczNzQxOTIwMQkJAAAABt8AAAAbMzqwX1Ew
AAAAACgoJ2wAAAAAABtwAAAALMTA3Mzc0MTkyMDQ3MDMQAAAsxMDczNzQxOTIwMQkjAAAABt8AAAAbMzgwX1Ew
NzM3NDE5MjAxX1EwZGNkZNDE5MjA3AGAAAAAYAAAAAAAAAQb0AAAADUNvbnRyb2wyVzIFVVRIIxExpLmc5Q3Y9WRvIExp
AAAAAACgoBHv////9n///

8AAAAABuMAAAAApLlBBSC9DYVX1czPDYpL1BBSC9DYVXc2VyczCEFsJYXJnNb24vQmVUQmVZZ pHMVycg
ACQ8AAAAAAAAaD2s8AAACACRYAAAADSgAAAAsxMDczNzQxOTIwMQk5sZAAAALMTA3Mzc0MTkyMDMENA
AAAYAAAAAACgoBvsAAAAABugAAAALMTA3Mzc0MTkyMDULxNwAAAAsxMDczNzQxOTIwMQkjAAAABu4AAAAbMzgwX1E
wNzM3NDE5MjA0Mj1AgAAAAYAAAAAAAAQbpAAAADUNvbnRyb2wyVzIFUVRIIxExpbmc5Q3Y9WRvIBXJqZmKAAAAoOAKAQ
/////Z////

AAAAAbyAAAAAJy9QQUUgvQ29yZWWcy1hbmQtRWR1Y2F0aW9uL0Tk1CguVLwoAAAhd0vdcyCQ4gAAAAkAAAAAJD
wAAAAJDwAAAAUVAAAAFJgAAABAAAAlaAAAAZYWRzNTA3ZW5mNTM3NDI2NDkyfDEwNzM3NDE5MjA4OVxAAAAA
AJUXVpY2TmaW5r5CfgAAAAAb5AAAAAFZEwNzM3NDI2NDkyfDEwNzM7NDE5MjAkBvoAAAALMTA3Mzc0MTkyMDE
JIwAAAAAb8AAAAZG9uZTYxMDczNDI2NDkyfDEwNzM7NDE5MjA5Q5MgCJUQmQ1jY7
QAAACRJbmZvZcm1hdGlvbiBmb3IIgU2hhZG9tVzIIaw5nIEV4cGVyaWVuY2Ug2UG/
gAAAAAaDb250ZW50LUlmb3JtAAAbmV2v///2f///2f///

wAAAAAAEEAAAFQvUEFIL0NhcmVVlcnMtMtYW5tLKLVkdWNhWNhdGlvbi8JFZHJjYXRpcn0JXZZAAACBAAAAQQBAAAAAAAAQ
F0aW9uL0WZ vci1TaGFFkb3dpbmctRXhwZXJpZW5jZS8KAAAYEAAAAJAAAACQ8AAAACQ8AAAAAQAAAAGBIBAAA
GX2JsY5rBgBAAAALMTA3Mzc0MTkyMjMwOyMwMjMwoDg0AAAAAAAAzEwNzM3NDE5MjAwCjdJdGVmY1cgKkFAQAAAAAAAGBgEA
ABcxMDczNZQyNjI1M3wxMDczNCZQxOTQWIWHAQAAACZEwNzM3NDE5MjAxICSMAAAAGCEEAbsZODEwNzM3NDE5Mzc0
TkyMDFeMjJyb0MjY0OTMCAAAACjQAAAAABgoBAAAANNggoBAAAAAAAAGBgoBAAAAolM1QxAVzIFEVGEIZ VWUvV24
Rpb25sIJiYAxcly9wY Xr ZXJob3NmaWAxRhbKC9bBDz0ZW50L1BBSC9DYXJlVXtlcnsJX2tmyp3wX1kXZlkXZJx/
JYXAAAAAANYNAQAAlgEvdXBsb2FkcBGRGaWxlcy9wYXJxJrJZXJob3NmaNwRhbkC9bBDz0ZW50L1BBSC9DYXJlzX2F
uZ
F9FZHVjY1XRpb24vRWR1Y2F0aW9uLU1VNoYVRvd2luZy19TaGFkb3dpbmcmcRXhwZXJpZW5jZSFKjSBBcHBhbkNhbWVudWhp
AgV2FpdmVycy1IC0gTnVyc2luZyIaIyLTkFMICgyKS5Wd9GYyKAAOAAYIAAAAJAAAAAAaKAAAAJAAAAAAQYZAQAAAAbkURyX
AAAAGEAEAAASAAAMDczNzQyMjUwIOkPAAAAAKCYJAAAAAJ9OAkPAAAAJDwAAAAACJgaBAAAAaAbhUBAAAALMTA3Mzc0
MjI1NTgGCFgEAAAAsxMDczNzQyMjUwIUINzwkpAAAAAbhBAAAALMTA3Mzc0MjUyMDEJJwAAAAbhUAAAAbMzqwX1EtNTkg
A0AAAAAAAAAAQYZAQAAEk15VmlydHViZHvcmtwbGG5jZQkMAAAAACgoBAAAACAAAAKCgHl/v//2f///
wAAAAAGHAEAAFFodRwczovL3d3dy5teEXZpcnR1YWx3b3JXlcGxhY2UuY29tLXJlcG9ydC1Nb2xIUEwqLIBhcm9c2Vy
04NkIzLTBBMTgxxNTYyNlRyIWSwy9sb2dpb5sDdppiIdC6oAAAAYYMAAAAJAAAAAJAAAAAAAAARYAAABgHwE
AAAxMDczNzQyMjUxMDEJJwAAAAbhMAAAAbMzqwX1EtNTUyMDQxJJAAAAQoAAAAAAAACgEBAAAAlCgHl/v//2f///
JQEAAAAsxMDczNzQyMjU1NwkjAAAABBczBAAAAbhMzqwXjEwNzM3NDIyNTU3AgAAAAMjY0OTMCAgWlAgAAAAAAAAAA
AAAAQYoAQAAFFBheSBBZ3ByYVEDCZlzXMgT25saW5lCSYAAAKCgEBAAAAAAAAoKAdb+///Z////

... AAAAAAArAQAAFV9QYXxkWW91Ci1cGWVJU9Jubc1UzS6kkROAxRVQAAAJAAAACQ8AAAAACQ8AAAAADAAAACRYAA
... AAGLgEAAAsxMDczNzQyMjU2MAkPAAAACTABAAAJMQEAAAAAAAAAAACgoJMgEAAAAABjMBAAALMTA3Mzc0Mj
... I1NjAGNAEAAAsxMDczNzQyMjU1NwkjAAAABjYBAAAbMzgwXjEwNzM3NDIyNTU3M3IyNTU3AAAAAAAAJ6Ak
... AAAAAAAAAQY3AQAAHVBoeXNpY2FsIGhbiBDb25zdWx0aW9nR9yIFRyYW5zY3JvYW5VyCSYAAAAKCgEBAAAAAAAAAAokACf+
... ///Z////
... AAAAAAY6AQAALS9Gb3ItUHJvdmlkZXJzL1BoeXNpY2FsIENvbnN1bHRhdGlvbnMtbWVLwoACgABjgAAA
... BgAAAAJOwEAAAAAAAAAAAAAAAAzgAAAAYAAAAACTwBAAAAgAAAAGiAAAAGAAAAAk7AQAAAAAAAAAAAAAAABrA
... AAABgAAAAJOwEAAAAAAAAAAAAAbYAAAAYAAAACT4BAAADAAAAAwAAAAG7AAAAAAllAAAAAAAAAAllAAAAAAAAAA
... BvAAAABEAAAAJZgAAAAAAAAAAAAAAAAAb0AAAAEAAAACWoAAAAAAAAAAAAAHKAAAAEAAAAA11AAAAAAAAAAAA
... AAABywAAABEAAAAJZgAAAAAAAAAAAAAAAcwAAAAEAAAAACWoAAAAAAAAAAAAAAAHZAAAAEAAAAA11AAAAAAAAA
... AAAAAAB2gAAABEAAAAJZgAAAAAAAAAAAAAAdsAAAAEAAAAACWoAAAAAAAAAAAAAAAHoAAAAEAAAAA11AAAAAA
... AAAAAAAAAB6QAAABEAAAAJZgAAAAAAAAAAAAAAeoAAAAEAAAAACWoAAAAAAAAAAAAAAAH4AAAABAAAAA1qAAA
... AAAAAAAAAAAAAABBQEAAAQAAAAJagAAAAAAAAAAAAAARIBAAAQAAAAACWUAAAAAAAAAAAAAAAETAQAAEQAAAAlm
... AAAAAAAAAAAAAAABFAEAAAQAAAAJagAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABiAQAAEQAAAA
... AlmAAAAAAAAAAAAAAAAAB1wEAAAAQAAAAJagAAAAAAAAAAAAAABABAAAQAAAAACWUAAAAAAAAAAAAAAAAAExAQAAEQ
... AAAlmAAAAAAAAAAAAAAAAABBMgEAAAQAAAAJagAAAAAAAAAAAAAAAAAABzsBAAAAAAQAAAAAAAAAAAAAAAAAEJUVrdHJvbi5Db5XM
... uT3JnYW5pdmemF0aW9uYW9uLklNZW51SXRlbWRRhdGEFAAAABzwBAAAAAAAAAgAAAAEJUVrdHJvbi5Db5XMuT3JnYW5p
... emF0aW9uYW9uLklNZW51SXRlbWRRhdGEFAAAACVQBAAAJVQEAAlWAQAACVcBAAAJWAEAAlZAQADAADQIHPgEAAAABA
... AAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSXRlbWRRdGEFAAAACWUBAAAJWgEAAlbAQAACVwBAAA
... AKAVQBAAAAIAAAAAwgMAgAIAAADBAwCAAgAAAAAkPAAAAAAAAAAAAAJuwAAAAAm8AAAAACQ8AAAAABCcIAAAABnv7
... //+z///
... 8EAAAABmMBAAAjUEFIL0NhcmVVlcnMtTtYW5kLUVvkdWNhdGlvbi9CZW51Zml0cy9JFgAAAAYAAAAAAAAAAACQ8AAAA
... 8AAAACWYBAAAKAMIDAIACAAAAAVUBAAAIAAAAwwMAgAIAAAAADBAwCAAgAAAAkPAAAAAAAAAAAAJygAAAAnL
... AAAACQ8AAAABCdEAAAABlP7//+z///
... 8EAAAABm0BAAAvUEFIL0NhcmVVlcnMtTtYW5kLUVvkdWNhdGlvbi9XaGF0LUlha2VzLVVVuaXF1ZS8JGdAAAAY
... AAAAAAAAAACQ8AAAAcaAAAcAAABAAAAAVYBAAAIAAAAwwMAgAIAAAAADBAwCAAgAAAAkPAAAAAAAA
... AAAAAJ2QAAAnaAAAACQ8AAAAABCeAAAAABiv7//+z///
... 8EAAAABncBAAAoUEFIL0NhcmVVlcnMtTtYW5kLUVvkdWNhdGlvbi9Db2xvcmMFbky1MaWZlLwkWAAAAAgAAAAAAAAAAA
... JDwAAAAmAAAAAAJegEAAAxMAgAAxAMAgAIAAAADBAwCAAgAAAAMEDAICAAAAAmAADAADCEAAAABiv7//+z//
... AAAACekAAAAJDwAAAAEJ7HAAAAAno
... AAAACekAAAAJDwAAAAEJ7HAAAAAno
... wQAAAAGgQAEAACZQQUgvcQ2FyZWVVycy1hbmQtRWR1Y2F0aW9uL2Fyb2hpdmVzLwl1XZS1IaXJlbLwkWAAAABgAAAAAAJDw
... AAAAQAAAAJhAEAAAxOxAQMAgAIAAAAFWAEAACFa3Ryb24uQ21zLkyzYZFuaXphdGlvbi5EW50ZW1EYXRhBQAAAA
... 0ZW1EYXRhBQAAAAAlUEYRhdAAAABk8TGlua1R5cGVEYXRhZQAAAAAA
... a19fQmFja2luZzZ0ZpZXN0aWJ4jxbDb250ZW50W50UlckdWNkdWNkdGVUlckdWNkdGVUlckdWNkdGVUlckdWNkdGVUl

... dEACaAgAAAAPaAAAAARAAAAAAAAAAAAAAAAAgQUAAAARACUgBAAAAAAj7//27//
... 8EAAAABqABMBAAAVUGF5LVlvdXItRmVlVlcy1PbmxpbmUVCRYAAAAGAAAAAAAAAAkPAAAAAgAAAAmmAQAACgDfEAC
... AAgAAAAFcAQAACAAAAOAQAIACAAAA3RAAgAIAAAAJDwAAAAAAAAAAACTABAAAAJMQEAAAkPAAAAAQk3AQAA
... AVT+//s////
... BAAAAAatAQAALEZvci1Qcm92aWRlclcnMvUGh5c2l2aWFuLUNvvbnN1bHQtb3ItVHJhbnNmZXIvCRYAAAAGAAAAA
... AAAAAkPAAAAwAAAAAmwAQAACgDgEACAAgAAAAFmAQAAAAAk7AQAAAAAAAAAAAAAkBCAEAABgAAAAAJOwEAAA
... AAAAAAAAAXoBAAAYAAAAAACTsBAAAAAAAAAAAAAAAGEAQAAGAAAAAk7AQAAAAAAAAAAAAABiwEAABgAAAAJOwE
... AAAAAAAAAAAAAZIBAAAYAAAATsBAAAAAAAAAAAAAAGcAQAAGAAAAk7AQAAAAAAAAAAAAABpgEAABgAAAAJ
... OwEAAAAAAAAAAAAAAAbABAAAYAAAACTsBAAAAAAAAAAAsfAmcfAwIFZBYCZg9kFgICAQ9kFgpmD2QWAmYPF
... QMQL0ZpbmFuY2l2lhbC1IZWxwLw1QYXltZW50IEhlbHHA/
... DVBheWllbQgSGVscD9kAgEPZBYEZg8VAxcvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uLLxdDYXJlIC2IZXhbXA7I
... EVkdWNhdGlvbhDYXJlIZXJzICZhbXA7IEVkdWNhdGlvbmQCAQ9kFgJmDw8BWBB8CZx8DAgZkFgJmD2QWAgIBD2
... QWDGYPZBYCZg8VAyQvUEFIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9CZW5lZml0cy4Q1QmVuZWZpdHMIQmVuZWZ
... pdHNkAgEPZBYCZg8VAzAvUEFIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9XaGF0LUlha1a2vzLVVzLVVuaXF1ZS8U
... V2hhdCBNYW1lcyBVcyBVbmlxdWUU2hhdCBNYW1lcyBVcyBVbmlxdWVkAgIPZBYCZg8YAykvUEFIL0NhcmVlVlc
... nMtYW5kLUVkdWNhdGlvbi9Db2xvcmFkby1MaWZlLw1Db2xvcmFkbyBMaW2lDUNvbG9yYWRvViExpZmVkAgMPZB
... YCZg8YAycvUEFIL0NhcmVlVlcnMtYW5kLUVkdWNhdGlvbi9Ib3ctcV2UtSGlyZS8lSG93IFdlIEhpcmVULSG93IFd
... lIEhpcmVkAgQPZBYCZg8VAl1QvUEFIL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9FZHVjYXRpb24tU2hhZG93aW5nL
... L0luZm9ybWF0aW9uV2R1Y2l1TaGFkb3dpbmctRXhwZXJpZW5jZXUU2hhZG93aW5nLUV4cGVyaWVuY2VkAg
... yBFeHBlcml1bmNlZJE1ZeMtT25saW5lLLxzRQYXkkgWW91ciBGZWVzIB9ubGluZUS2NDJyXRpd2Q15YYXhdG4luZ
... FgJmDxUDLS9GbJItUHJvdmlkZXJzL1Boe09YNpY2lhbi1Db25zdWx0L1BBSC9DYXJlZXJz2FuZF9FZHVjYXRpb24tWRVR
... 1Y2F0aW9uLVNoYWRvd1uZ1uZy9TaGFkb3dpbmc2RxhwZXJpZW5jZSBSBcHBaaWNnhNhdGlvbi9Au2FpdmIC0gTnVy
... c21uZyAtIEZJTkFMICgyKS5zWzGY1lU2hhZG93aWVU4cGVyaWVuY29uU2gQXBwbGljYXRpb24gbj1AxnSVTaGFkkb
... 3dpbmcgRkhveWQ250YWN01FVzZAIED2QWBgYFPFQMUL0hvbWUvRm9yLVByb3ZpZGVycy9NRm9yYIFByb3ZpZCVycl
... b3IgUHJvdmlkZXJzIAzAIBD2QWAmYPDxYEHwJnHwMCA2QWAmYPZBYCAgEPZBYCZg9kFgJmDxUDUWh0dHBzOi8vd
... 3d3Lm15dmlzbDdHVhbbHdvcmt1bmBvcmZjS5vcmVvvcmVkI3ODk4OYtQTBGMS00MDg0LTg2QjMtMEExODE1NjA0NkIzL2
... xvZ21uLmh0bBRJNeVZpcnR1YWxXb3JrcGxhY2Ut1USTXlWaXJ0dWFFsV29ya3BsYWNlWN1lZAIBD2QWAmYPFQMWL1BheS1
... Zb3VyLUZlZXMtT25saW5lLXzRQYXkgWW91ciBGZWVzIE9ubGluZRRQYXkgWW91ciBGZWVzIE9ubGluZWQCAg9k
... FgJmDxUDLS9GbJItUHJvdmlkZXJzL1Boe09YNpY2lhbi1Db25zdWx0L1BhY2UvY1yLIGaHlzaWNpYW5zIFByb29c
... 29uc3VsdCBvciBUcmFuc2Flch1QaHlzaWNpYW5zIFByb2lkZXIvUHJvdmlkZXIvQ2lcmQCAg8BFgIeCEltYWdlLVX
... JsBVAvdXBsb2Fkc2FrZWRJbWFnZXMvcGFya2A0gYzcGl0YWwvQ29udGVudC9QQUgvQ29uZmlndXJhdGlvbi9QYXJ
... rZXItQWR2LUhvc3AtV2ViLnBuZ2RkAgZPBYCAgIPDxYGHwEyYrEJAAEAAAD/////
... AQAAAAAAAAMAgAAAAFxFa3Ryb24gQzLkZyYWl1d29ay5VSSwgVmVuc2lvbj1vbj05LjAuMC4wLCBDdWx0dXVlPW5ldXRyYWwsIHB
... mU9bmV1ddHJhbCwCgUHVibGljS2V5VG9rZW49bnVsbD00NWZhZGDmZjVlNjA2ZQUAAAEVRdHJvbi5DbXMuRmVhdHVyZXMu
... V3b3JrFlVJVJLlvZCvscy5NZW51TW9kZWwFAAAAEzxJZD5rX19CWNraW5nRmllbGQ8PmtfQUFFYzJEbnVNaXX0 PmtfX0J
... hY2tpbmdGaWVsZZBY8SXRlbXM+
... a19fQmFja2luZ0ZpZWxkPmtfQURcnJvbmNcmV3b3JrW5nbWxlbBGQYPENhbkVaXkXQ+
... a19fQmFja2luZ0ZpZWxkFlAAAMEQAJpAFTeXN0ZW0uT3BtDjbdlg5bvUENYzlvbR24EYAQP90XQAFAJp 10dVRvdXJ
... i5DbXMuuT3J3YW5pbWF0aW9uWV1uluYVd5TDaHRyCBOvSwgVmVyc2lubjOZDmVuc2lvbjE9bDQ5LYjQ5ZDMyMdXS9Fa3R
... 4wLjAuMjQ5LCBDdWx0dXJ1PWStldNlbLjAmMQwPkxT0YWR1RyYWl1cg9wUTU1OWEyYztpeVRva2VuPTlmYWRl
... yb24uQ21zLkZyYWV1Ld29ay5VLRyZWV0Ob2RlZ29sbgGYjdGlvbgAABBgAAAAFwBAAAAAAAAACQMA
... AAAAJBAAAAAAOADAUAAABZRWt0cm9uLkNtcy5Db250ZW50IjdHMsIFZlcnNpb249OS4wLjAuMjQ5LDlP
... W5ldXkYYWwsIFB1YmxpY0tleVRva2VuPTlmYWRlbmlmNTYwNmQBQXR1WwNWBdGVtLkNvbGxlY3Rpb2
... 5zLkdlbmVyaWMuVG1zdGZAxdW1tFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5NZW51Qm1FdGGEGSIEVrdHJvbi5Dbx
... DbXMuQ29udHJhJ3RzLCBWZXJZaW9uPTkuMC0wLjIOxOSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2t1
... bj01NTlhMmM0ZmEyMWU2M2JlX0DAAAABl9pdGVtVcwVfc2l6ZWQhdmVyc2lvbgQAACZFa3Ryb24uQ21zLk9yeZ
... 2FuaXphdGlvbi5NZW51QmFZaW9uRhdGGFbkXQUAAAAICAkGAAAAAQAAAAAEEFAAAAC9Fa3Ryb24uQ21zLk9yeZ
... lld29yay9VSS5UcmVlWWlVbENvbGxlY3Rpb24gbG1zbGdvbGdHVbGkNv0mcmF5ScLCBQdWJsaWNLZXlUb2t1
... PTlgzdGAxX192ZXJzaW9uBUFFYXZEVBdFJ3bDBkMtT1xZTYyJmUEAwAAAAkQBU3lzdGVtLkNvbGxlY3Rpb25
... 5zLkdlbmVyaWMuTGlzdGCAxdTwFa3Ryb24uQ21zLk9yeZ2FuaXphdGlvbi5NZW51U2mFZaW9uG0QYSGECdGVudAxXv
... DbXMuQ29udHJhJ3RzLCBWRXJZaW9uPTkuMC0wLjIOxSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2t1
... bj01NTlhMmM0ZmEyMWU2M2JlX0DAAAABl9pdGVtcwVfc2l6ZQhfdmVyc2lvbgQAACZFa3Ryb24uQ21zLk9yeZ
... 2FuaXphdGlvbi5NZW51U2mFZaW9uRhdGGFbkXQUAAAAICAkGAAAAAQAAAAAgAAAwPAAAAAXWfAAAAAUVrdHJvbi
... 5DbXMuQ29udHJhJ3RzLEBWRXJZaW9uPTkuMC0wLjIOxSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2t1
... bj01NTlhMmM0ZmEyMWU2M2JlX0DAAAAAl9pdGVtcwVfc2l6ZQhfdmVyc2lvbgQAACZFa3Ryb24uQ21zLk9yeZ
... 2FuaXphdGlvbi5NZW51U2mFZaW9uRhdGGFbkXQUAAAAICAkGAAAAAQAAAAAAAAAwPAAAAAXWfAAAAAUVrdHJvbi
... 5DbXMuQ29udHJhJ3RzLEBWRXJZaW9uPTkuMC0wLjIOxSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2t1
... bj01NTlhMmM0ZmEyMWU2M2JlX0DAAAAAl9pdGVtcwVfc2l6ZQhfdmVyc2lvbgQAAA8AAAAAXWfAAAAA
... a19fQmFja2luZ0ZpZWxkXTgyXRkRJZD5rX19CWXNraW5nRmllbGQ8PmtfQUFFYzJEbnVNaXX0PmtfX0JhY2tpbmdm
... aWVsZDwSXRlbXM+
... a19fQmFja2luZ0ZpZWxkFlxdGRYSZGY5YXYzSZGVySWQ+
... a19fQmFja2luZ0ZpZWxkK0llbnVYXRRhKzxBwFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkJ011bnVYXRRhKzxBwFnZXJwRlmPmtfX0JhY2tpbmdGaWVsZCZCZW51MZXBhdGg+
... URhdGErPFRleHQ+
... a19fQmFja2luZ0ZpZWxkIk11bnVYXNlRGVyZXZ8SVHlwZT5rX19CWXNraW5nRmllbGQ8PmtfX0JhY2tpbmdGaWVsZHvUud
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCZDZXRpbmdGaWVsZCZDZXRbmcxbG1sbDD5rX19CWXNraW5nRmllbGQoTWVudWd
... Jhc2VYFXRRhKzxBbmNlc3RvclRkPmtfX0JhY2tpbmdGaWVsZChNZW51UQmFZaWRRURhdGErPERlc2NyaXB0aW9uPmt
... fX0JhY2tpbmdGaWVsZCZCZW51UQmFZaWRRUQRhdGErPERlc2NyaXB0aW9uTWVu
... a19fQmFja2luZ0ZpZWxkI01lbnVYXRRkFlAAAMEQ8SXRlbXM+
... a19fQmFja2luZ0ZpZWxkJ011bnVYXNlRGVyZXY8SWhZ2VQYXRoRoPmtfX0JhY2tpbmdGaWVsZCZCZW51

128391... URhacdsFPl1YwdlT9ziBnJpzGu+dr47QmFja2luZ0ZpWxkhNWrCdmdEg1sss8WQ/
... a19fQmFja2luZ0ZpZWxkAAAABAAMDAQABBAEBAAEAAwEAAAkJCX5TeXN0ZW0uQ29sbGVjdGlvbnMuMuR2VuZXXJpY
... y5MaXN0YDYFbW1N5c3RlbS5JbnQ2NCwgXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
... FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1NjE5MzRlMDg5XV1/
... U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxWltTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQ
... EsRWt0cm9uLkNtcy5Db21tb24uRWtfbnVtZXJhdGlvbitNZW51SXRlbVR5cGUAAAACQ1lAVN5c3RlbS5Db2x
... sZWN0aW9ucy5HZW5lcmljLkxpc3RgRWVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtRGF0YSwg
... RWt0cm9uLkNtcy5Db250cm9sbGVyIFZlcnNpb249NC4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY
... 0tleVRva2VuPVuTU1OWEyYzRmYTIxZTYzYmVdXQEJBQAAAFwBAAAAAAAAAKgAAAAAAAAAgEAAAAAAAAAAAAAAAA
... kRAAAACRIAAAAJEAAAAAEGFAAAAA5wYXJrZXJJob3J3waXRhbAXr////
... LEVrdHJvbi5DbXMuQ29tbW9uLkVrVRW51bWVYYWVpb24rTWVudUl0ZW1UeXBlAAAAAd2YWx1ZV9fAAgPAAAAB
... AAAAAkQAAAABhcAAAAFX3NlbGGYqAAAAAAAAAkQAAAAPgAAAAkZAAAACgCgAAAAAAAAwaAAAAbkVrdHJvbi
... 5DbXMuRnNJhbWV3b3JrL1VJLkNvbnRyb2xzLkVrVlJdHUvblVJLCBWZXJzaW9uPTQuMC4wLjI0OSwgQ3VsdHVyZT1
... uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1b101NTlhMmM0ZmEyMWU2M2JlQkAAAAA2RWt0cm9uLkNtcy5GcmFtZXdkv
... cmsuVUkuQ29udHJvbHMuRWt0cm9uV0hlbWRUdYVRyZWVWOb2RlKAAAABw8RGcYZ3JpcHRpb24+
... a19fQmFja2luZ0ZpZWxkhjxJbWFnZU92ZXJsaWRlPmtfX0hY2tpbmdmdGGWVsZBo8SW1hZ2VQYXRoPmtfX0hY
... 2tpbmdGaWVsZBg8T3JkaW5hbbD5rX19CYWNraW5nRmllbGGGQXPFRhcmdldDD5rX19CYWNraW5nRmllbGGGQXPEl0ZW
... 1JZD5rX19CYWNraW5nRmllbGGGQZFPRlbXBsYXRlPmtfX0hY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEZvbGRlcm5M
... +a19fQmFja2luZ0ZpZWxkJDxBc3NvY2lhdGVkVGVtcGxhdGU8X19CYWNraW5nRmllbGGGRm9sZGVySWQ+
... a19fQmFja2luZ0ZpZWxkHDxDb250aW50dW50ZXJ2YWw5bmRlbGGGQPExpbmtUeXBlPmtfX0hY2tpbmdG
... mdGaWVsZBJUcmVlVm9kZtEyYF2hpbGRRyZW4gVVHJlZU5jc2dlUnX2tmncuNoaWxkcmmVuGlRyZWVOb2RlZBlK19jaGlssZH
... Jlbk5vdExvYWRlZBxUcmVlVm9kZXS8SWQ+
... a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlKzxQYXJlbnRJRZD5rX19CYWNraW5nRmllbGGGQgVHJlZU5vZGUrPFJvb
... 3RJZD5rX19CYWNraW5nRmllbGGGQeVHJlZU5vZGUrPFBhdGg+
... a19fQmFja2luZ0ZpZWxkHlRyZWVOb2RlKzxMZXZlbD5rX19CYWNraW5nRmllbGGGQeVHJlZU5vZGUrPFJhbms+
... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2Rld2xrYDYW5IYXZlQ2hpbGRyZW4+
... a19fQmFja2luZ0ZpZWxkHlRyZWVOb2RlKzxUZXh0PmtfX0hY2tpbmdGaWVsZB5UcmVlTm9kZtS8VHlwZT5rX
... 19CYWNraW5nRmllbGGGQhVHJlZU5vZGUrPFNlY0GU+
... a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlKzxBY3Rpb24+
... a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxFbmFibGVkPmtfX0hY2tpbmdGaWVsZCFUcmVlTm9kZtSs8Vm1za
... WJsZT5rX19CYWNraW5nRmllbGGGQiVHJlZU5vZGUrPFNlbGVjdGVkPmtfX0hY2tpbmdGaWVsZB5UcmVlTm9kZS
... s8TW9yZT5rX19CYWNraW5nRmllbGGGQoVHJlZU5vZGUrPE5lHRYQWdlTnVtYmVyPmtfX0hY2tpbmdGaWVsZCJ
... UcmVlTm9kZSs8RXhwYW5kZWQ+
... a19fQmFja2luZ0ZpZWxkJVRyZWVOb2RlKzxFbmGtFtZT5rX19CYWNraW5nRmllbGGGQpVHJlZU5vZGUrP
... ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllbGGGQnVHJlZU5vZGUrPFNlbGVjdGlvbklrlvZGU+
... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxOYXZpZ2F0ZVVyyb0D5rX19CYWNraW5nRmllbGGGQoVHJlZU5vZGUrP
... E9uQ2xpZW50Q2xpY2s+
... a19fQmFja2luZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0hhbmRsZXIxQBvc3RiYWNrPmtfX0hY2tpbmdGaWVzZCBUc
... mVlTm9kZSs8Q3VzdG9tPmtfX0hY2tpbmdGaWVzZCJUcmVlTm9kZSs8VG9wTGV2ZWw+
... a19fQmFja2luZ0ZpZWxkKVRyZWVOb2RlKzxAQABAAEBAQMDAAEBBAAAAQEBAQEAAAAAABAQQBAQADAAEEIflN5c3Rlb
... S5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgRGVtlbU3b3b6U3lzdGVtLkludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00Lj
... AuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXX9TeXN0ZW0
... uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5TdHJpbmcsIG1zY29ybGliLCBWZXJzaW9uPTQu
... MC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OV1dY3Sa9Fa3Ryb
... 24uQ21zLkZyYW1ld29yay5VSS5UcmVlVLlRyZWVOb2RlQ29sbGVjdGlvbl1gbGpAZAAEBAAQIAE5cTa3Ryb2
... 4uQ21zLkZyYWlld29yay5VSS5UcmVlVLlRyZWVOb2R1Q29sbGVjdGlvbkdAZ1hAAAAkERUCU1hNb29kZSs
... zLkhhc2h0OYWJsZQEaAAAACRAAAABCRAAAAABAAAACRcAAAAAGHQAAAAmZNTYJEAAAAAkfAAAAaaCSAAAAAAAAAA
... AAAAAaAoKCSEAAAAABAAYiAAAAAzM1NgYjAAAAAzM00AYiAAAAAzM00AYlAAAABzM00F4zNTYBAAAAAgAAAAAA
... AABBiYAAAALU3BlY2lhbHRRpZXMGQJwAkandATdWJNZW51CgoBAQAAAAAAAAKCgXY/////
... LkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUuVHJlZVNlbGVjdGlvbk1vZGUBAAAAB3ZhbHVlX18XBACAIAA
... AAAAAAABikAAAARL1BBSC9TcGVjaWFsFsdGllcy9KAAOAAQOAAAAaxJAAACRAAAAABCRAAAAACAAAACRcAAAAAGLA
... AAAsxMDczNzQ0xODQyOQkQAAAACS4AAAAJLwAAAAAAAAAAAAAACgoJMAAAAAEABjEAAAALMTA3Mzc0MTg0Mjk
... GMgAAAAmZNDgJAAAAAY0AAAADzM00F4xMDczNzQxODQyOQkAAAADEKAAAAAAAAAEGNQAABtGb3IgUGF0aWVudHM
... dHMgJmFtcDsgRmFtaWxpZXMGBgoBAwoAAAoKAQEAAAAAAAAAAAAAAAAAAAAgoByf////9j///
... 8AAAAABjgAAAAFl1BBSC9Gb3Jtczl0UGF0aWVudHMtY2VZW1wOAagABDQAAAkAAAAkJEAAAAAEJEAAAAAAAAEEAAA
... AAMMAAAAJFwAAAAY7AAAAAazM00Q0QgAAAACgoJXQAAAAzmbTQwAQAAAAAAAAACUgoJwAAAAeAAAAATYXAwQQ5BkEA
... AAAAAoKAbr////Y////
... AAAAAAZHAAAADi9QQUgvQWJvdXQtVXMvCgAKAAAEAMAAAACQAAAAkQAAAAqkQAAAAAAAAAkXAAAAAAAAAAAAkBoAAAAALM
... TA3Mzc0MTg0MzIZEAAAAAMMAAAAJLwAAAAAAAAAAAAAAoKCU4AAAABBAAAAA7ZAAAAAAZPAAAACEwZVm2N3KDZGE4NDNylB1AAAA
... ADMzQ4CSQAAAGUgAAAA8zNDheMTA3Mzc0MTg0MzIBAAAAAAAEAAAAAAAAAABBlMAAAAAJQ29tbXVuaXR5X18AAAAXR5CsCAAAA
... KCgEBAAAAAAAAAAoKAav////Y////
... AAAAAAZWAAAAEi9bb21tdW5pdHkvCgAKAAEEAAAAAACQAAAAkAAAAAkJEAAAAAEJEAAAAUAAAAAJFwAAAAAZA
... AAAAAzM3NwkQAAAAACVsAAAAJVsAAAAAAAAAAAAAACgoJXQAAAAEBl4AAAAAEBl4AAAAAAAMzc3Bl8AAAAAzM30Q4CSQAAAAGYQ
... AAACQAAAAkJEAAAAEJEAAAAUAAAAJiAAAAUFhlYWxoaCAmYW1wOyBXZXxsbmVzc3ckbkAAACgoBAQAAAAA
... AAAAKCgGc////2P////
... wAAAGZQAAABwvSGVhbHRoLWFuZC1XZWxsbmVzcy1QYXJZcIvcgAKAAAEAOAAACAAAAkAAAAQkAAAAABp

AAAAtBuAAAbhgAAAmfiA3mzc0MYKyHHUYEAAAAAR1qAAAmCWsAAKAPaAA5AAR0kCwAAAAABAAZtAAAACzE
wNzM3NDE5MjU1Bm4AAAADMzQ4CSQAAAAGcAAAAA8zNDheMTA3Mzc0MTkyNTUBAAAAAAAAAABBnEAAAAE
TmV3cwknAAAAACgoBAQAAAAAAAAKCgGN////2P///
wAAAAAGdAAAAAovUEFIL05l3d3MvCgAKAAQRAAAAf1N5c3RlbS55Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgRMV
tbU3lzdGVtLklludDY0LCBtc2NvcmxpYiwgVmVyc2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1Ymx
pY0tleVRva2VuPWI3N2E1YzU2MTkzNGU5ODldXQMAAAAGX2l0ZW1zZXR9c2l6ZQVfc2l6ZZXUwbWAAACgICXUA
AAAAAAAAAAAAAAAAQSAAAAf1N5c3RlbS5Db2xsZWN0aW9ucy5HZW5lcmljLkxpc3RgRVtbU3lzdGVtLlN0cmluZ
ywgbXNjb3JsaWIsIFFlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1i
dhNWM1NjE5MzRlMDg5XV0DAAAAB19pdGVtcwVfc2l6ZQhfdmVyc2lvbgYAAAgICXYAAAAAAAAAAAAAAQAAA
ApQFTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW0V0VdHJvbi5DbXMuT3JnYW5pZW0F0aW9uLklN
ZW51SXRlbUhRdGGEsIEVrdHJvbi5DbXMuQ29udGJhY3RzLCBWZXJzaW9uPTkuMC40LjI0OSwgQ3VsdHVyZT1u
XV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NT1hMmM0ZmEyMWU2M2Jl0IDAAAAAB19pdGVtcyVfc2l6ZQhfdmVyc2
lvbgQAACdFa3Ryb2h4uQ21zLlk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1IYXRhIE9AAAAAB19pdGVtcyVfc2
AAR8AAAARAAAACXUAAAAAAAAAAAAAEgAAAAEgAAAl2AAAAAAAAAAAAAABIQAAAAQAAAAJegAAABgAAAAY
AAAAAS4AAAARAAAAACXUAAAAAAAAAAAAAEvAAAAEgAAAAl2AAAAAAAAAAAAAABMAAAAQAAAAAJfQAAAA0AA
AANAAAAAT0AAAARAAAAACXUAAAAAAAAAAAAAE+
AAAAEgAAAl2AAAAAAAAAAAAAABPwAAAAQAAAAJgAAAA0AAAAN4AAAAAUwAAAARAAAAACXUAAAAAAAAAAA
AFNAAAAEgAAAAl2AAAAAAAAAAAAAABTgAAAAQAAAAJgwAAAAkAAAANJAAAAVsAAAARAAAAACXUAAAAAAAAA
AAAAFcAAAAEgAAAAl2AAAAAAAAAAAAAAABXQAAAAQAAAAJhgAAAAAWoAAAAARAAAACXUAAAAAAAAAAAAAA
AAAAAAAFrAAAAEgAAAAl2AAAAAAAAAAAAAAAABbAAAAAQAAAAJiQAAAAEAAAAAD3UAAAAAAAAAAAAAACRF2AAAA
AAAAAd3AAAAAEAAAAAAEAAAABCVFa3Ryb24uQ21zLlk9yZ2FuaXphdGlvbi5TDbXVkdUl0ZW1EYTXRhBQAAAAmKA
AAACYsAAAAAJjAAAAmNAAAACYAAAAJwAAAA0CB3oAAAAAAAQAAACAAAAAEJkVrdHJvbi5DbXMuXmJhWV3b3
JrLlVJLlRyZWUuUVRyZWWVOb2RlIAAAABAAAAmQAAAACEAAAAJkgAAAmTAAAACZQAAAJlQAAAmWAAAAACZcAAA
JmAAAAAmZAAAACoAAAAJmwAAAAmcAAAACxAAAAJngAAAm4fAAAATtAACaAAAAl6AAAAmiAAAACmAAAAJnbWV3Vb3
AAmlAAAACaYAAAAAJpwAAAAADDHoAAAAAAAAEAAAmARJEJkVrdHJvbi5DbXMuXmJhWV3b3JrLlVJLlRyZWVuVuS
VRyZWVOb2RlIAAAABAAAAmoAAAAmCaAkAAAAJggAAAAmDAAAAAAACCAAAAmJxQAAAAnAAAAAaGAAAAsAcoAAAAmBVWeGAAAAAEA4
AAmAAAAABcZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlFUcmVlTm9kZSAAAAQAAAmJygAAAAmIAAAAAMM
m9kZQIAAAaJwgAAAAnDAAAAAADCQAAAAAnDAAAAAACc0AAAAnEcAAAAJAAAAJAYAAAANJwAAAAmJAMAAaCo0AAAA
AIAAAABCZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlFUcmVlTm9kZQIAAAJywAAAAnMAAAAACcIAAAAAAn
JzgAAAnDdAAAAAANAgeJAAAAAAAAEAAAAABAAACZFa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlFUcmVlTm9kZQIA
AAAmCmVlTm9kZQIAAAAJ0QAAAA0DAYoAAAAIAAAAZAEAAAAAABAcAQAAAAAAAKQAAAAAAAAAAJHwAAAAkgA
AAACRAAAAABCSYAAAABKf///+v///
8EAAAABtgAAAAQUEFIL1NwZWNpYWwQ1Q4cW1zLwkXAAAAKgAAAAAAAAAJEAAAAAEAAAA2wAAAAAoAZAEAAAAAAAA
BiwAAAgAAAC9AACAAgAAAFwBAAAAAAAACRAAAAAAAAAAAkuAAAAACS8AAAAJEAAAAEJNQAAAAEf////
6////
wQAAAAG4gAAABB5QQUgvRm9yLVBhdG5ZLHVFbHN1ZC1HYW1paDbGlcy8JFwAAAACoAAAAAAAAAACRAAAAAACAAAACe
UAAAAKAL0AAIACAAAAYWAAAIAAAAXQEAAAAAAABcAQAAAAAAAAkQAAAAAAAAAAJPQAAAAk+
AAAACRAAAAABCUQAAAABFf///+v///
8EAAAABuwAAAANUEFIL0Fib3V0LVVVzLwkXAAAAKgAAAAAAAAAJEAAAAAEAAAAj7wAAAAAABjQA
AAAgAAAC9AACAAgAAAAFwBAAAAAAAAACRAAAAAAAAAAl2AAAAAAAACRAAAAABEJUwAAAAEJU////6////
/wQAAAAG9gAAABFDb21tdW5pdHktUHJpdmFjeS1Qb2xpY3kJFwAAAAKgAAAAAAAAAAJEAAAAAQAAAAJ+
QAAAAoAwAAAAgAAAAEABjgAAAgAAAAB5QAAAAAAAAAAAFwBAAAAAAAAACRAAAAAAAAAAACVwAAAAAJEAAAAAAJEY
gAAAAEB////6////
wQAAAAAGA4AAABtIZWFsdGGgtY1YFsdGhGxkbxu0RzLWhtcl1ci1J3fsGgxZXhcmtlci1i3JFw29AaxNnc0JdGJ3b
AKAHkBAAAAAAY8AAAAIAAAA9wmAgAIAAAAxAQAAAAAAAAACRAAAAAAAAAAAJagAAAAlrAAAACRAAAAA
BCXEAAAAB9/7/+v///
8EAAAABgoBAAAJUEFIL05l3d3MvCRAAAAACoAAAAAAAkQAAAgBgAAAAkNAQAACgD3AwCAAgAAAAgQAAAACQA
AAAkQAAAAQkQAAAAAkkXAAAAABhABAALMTA3Mzc0MTg3Mzc0MTgTMjEEAAAAAAAAkSAQACRMBAAAAAAAAAoK
CRQBAAAABAAYVAQAAAAAYEYVZAAAAEjZhNDg1ZDZNoDBNDEEABjhAAAAByEzMzc0MTg3MTg3MDgwMAAXAAAAAAAAAACRAAAAA
gAAAAYcAQAAALy9QQUgvvU3lY2hlbHBRZXXMvMvFyaWF0cmljbjLVdlaWdodC1Mb3NzNzZNzLVN1cmdlcnkCgAKAAGRA
AAACpAAAAAkQAAAAACSSZAAAACXAAAAAkXAAAAABhBAAALMTA3Mzc0MTg3MTg3MDgwMAAXAAAAAAAAAACRAAAAAQ
AAAAAAAoKCSMBAAAABAAYJoAQAAAACXwuJpcnRoUoOGHvcWF1YAWF2cmllbmN5MgZDAQAAAAAkZmF0QGJmN2E1
AAAAAKCSMBAAAABAAYJoAQAAAACXwuJpcnRoUoOGHvcWF1YAWF2cmllbmN5MgZDAQAAAAAkZmF0QGJmN2E1YzU2M
TkSAMQhbdmFpbBjTQeaNbXNdbB0tMDdlaQYHuMm1NgkNRAAAAXMeMQMDcGQAABA3ZS1CWZXJzaW9uPTDAAAAAACgBQl1v0A
4NDExExAgaAAAAB8AAAAACRRY0YoQAACXAJcJpcnRoRoODYW1lcmWZFzdGgGlcy9cAcFzZW5nZXJzMgZDAQAAAAkZmF0QGJm
N2QxODQxMgZaAAAAAAAAAAAAEGRgEAAAt4DYW51cmWZFzgTMzc0MTg3MTg3MDEEABjhAAAAACgoBll/v///7//2P///
wAAAAAGSQEAAawvY2FuY2VyLXN1cmWZFzS8KAAoAQAAAACpAAAAAACR0AAAAACRRY0YoAAAAAAAAAAAFzaAAAAAsMD
czN2QxODQxMwKAAAACU4BAAAJc1NgkkAAAAAACgoJUAEAAAAAEBlEBAAl1BUBAAAALMTA3Mzc0MTg3MTg7MGMvGUgEAAAM
zNTYJJAaAAAAAzUAQAAEZm0OF4zNTZeMTA3Mzc0MTg3MTMCAAAAAAABlUBAAAKQ2FyZGlvbuG9eQkn
AAAACoBAQAAAAAAAAAKCgGp/v///2P///

… wAAAAAsWAEAACkVQ2ry2e1vUu9neSshuc7QYx5iFzx1TcwRZzW90zAxN0LiHvuSB0aMFgLw0ACgAB1QAAAAkAAA
… AJEAAAAAEJEAAAAAYAAAAJFwAAAAZbAQAACzEwNzM3N3Nde4NDQ4CRAAAAAJXQEAAAleAQAAAAAAAAAAAAAAKCgl
… fAQAAAAGYAEAAAsxMDczNzQxODQ00AZhAQAAAzM1NgkkAAAABmMBAAAATMzQ4xjM1N14xMDczNzQxODQ00AIA
… AABLAAAAAAAAAAEGZAEAAB5DZW50dXJhJhEhlYWx0aCBQaHlzaWNpYW5zIFw4gR3JvdXAJJwAAAAoKAQEAAAAAAAAC
… goBmv7//9j///
… 8AAAAABmcBAAAwLlBBSC9TcGVvaWWFsdGdllcy9DZW50dXJhJhEhlUHlYWx0aC1QaHlzaWNpYW5zIFw4tR3JvdXAvCgKAAG
… WAAAACQAAAAkQAAAAAQkQAAAABwAAAAkXAAAABmoBAAAALMTA3Mzc0MTg0MTUJEAAAAAA1sAQAACW0BAAAAAAAAA
… AAAAAAAoKCW4BAAAABAAZvAQAACzEwNzM4NDE1EnABAAAADMzU2CSQAAAAAQgEAABMzNDheMzU2O2XjEwNzM3N
… DE4NDE1AgAAAEwAAAAAAAAAAAQZqZAOAACERpYWdlYWJl1bnJ1cCAAAAAkAAAAAAAAAAOKAYv+///Y////
… AAAAAA2ZAQAAAGi9QQUUgvU3BlY21hbHRpcZXMvRGlhYmV0ZXMvRGlhZ25vc3RpYy1DZW50ZXIJAAAAAAAAAA
… AkXAAAABnkBAAAALMTA3Mzc0MTg0MTYJEAAAAAl7AQAACXwBAAAAAAAAAAAAAOKCX0BAAAABAAZ+
… AQAACzEwNzM4NDE1EnABAAADMzU2CSQAAAAAQgEAAAMzNDheMzU2O2XjEwNzM3NDE4NDE1AgAAAFIAAAAAA
… AAAAQaCAQAAAEkVtZXJnZW5jeSBZ3QXJ2aWNlcwknAAAACgoBAQAAAAAAAAAKCgF8/v//2P///
… wAAAAAGhQEAAByvRW1lcmdlbmN5IENlbnRpcmVyY2l0ae9dlciEwNWFsdGdllcwvRGlhZ25vc3RpYy1DZW50ZXIJ
… AAAAAGYBAAAALMTA3Mzc4NDE1Em5lbG5lbGdlbmN5IFNlcnZpY2VzCSQAAAAAQgEAABMzNDheMzU2OQ
… 0NAoAQAAAAzM1NgkkAAAAAzM1NgkkAAAABmAATMzQ4xjM1N14xMDczNzQxODQ0OA1AAABbAAAAAAAAAEGkQEAAACFGYW1p
… bHkgdG8gRmFtaWWx5IEFkb3B0B0aW9uIFFhbCBDbIzWFsdGdllcCSQAAAAAAAAAAAAEGkQEAACoBbf7//9j///
… 8AAAAAAAABpQBAAAAzLlBBSC9TcGVvaWWFsdGdllcy9GYW1pbpHktdG8tRmFmTaWx5LUFkb3B0B0a9uLVN1cHBvcnQvCgA
… KAAGZAAAAACQAAAAkQAAAAAQkQAAAAAghVAAAAbvBAAAALMTA3Mzc0MTg0MTYJEAAAAAAAAAAAAAAAAAOKCbKBAAAABAA6AQAACzEwNzM
… 3NDIzNjI0BrsBAAAADMzU2CSQAAAAAghVAAAAbpBAAAALMTA3Mzc4NDE1EnJlZ25ZWx5I0AgaAAAFIAAAAaaaa
… AAAAAAKCgEv//2P///
… wAAAAAGowEAAACkVQ2ryyEFIL1lNwZWNpYWx0aXMvRGlhbmVrbdmxyZ0Y8KAAOAAAoAAAAJAAAAACRAAAA
… ABCRAAAAALAAAAACRcAAAABpgEGAAAsxMDczNzQxODQyM0qM4QkUAJEAAAAAAzM1NgkkAAAACgoJqgEAAAAAA
… ABqsBAAAALMTA3Mzc0MjYxMzOdEwZ0A1EAAAAm8NTYJAAAAaaUuQAAEZM00F4zNTZeMTA7MjMzODNkIzoXODQkEAAAA
… AAAAAAAABBq8BAAAAHSW1hZZ21uZwknAAAACgoBAQAAAAAAAAAKCgFP/v//2P///
… wAAAAAGsgEAAABkvUEFIL1lNwZWNpYWx0aXMvL0ltYWdpbmcvCgKAAGoAAAAACQkQAAAAAQkQAAAAQkQAAAAA
… kXAAAABrUBAAAALMTA3Mzc0MjM2MjQJEAAAAAm3AQAACbgAAAAmm3AQAACbgAAAAAAAAoKCkbKBAAAABAa6AQAACzEwNzM
… 3NDIzNjI0BrsBAAAADMzU2CSQAAAAAghVAAAAmzZ2MmMEwZ0A1EAAAAm8NTYJAAAaaUuQAAQa+
… AQAAQ05laWWdoVm9yaG9vZCBDBIZWFsdGggQ2VudGVyCgKAAGoAAAAACQkQAAAAKCgFA/v//2P///
… wAAAAAWDoVYDBgKV9CnYm4vZWVkVycKAAOAAAoAAAAALAAAAACRcAAAABBBs0BAAAAtMBAAAATmVWmVTmVWm
… AJAAAAACRAAAAAAABCRAAAALNAMDc4MDDyMNwAAAAAAAACRcEgZQAAAAmm4QAAeM0OF4zNTZeMTA7MjMzODNkIzoXODQkEAAAA
… AAAAAAAABBs0BAAAAzNDheMzU2O2XjEwNzM3NDE4NDE1AgAAAGAAAAAAAAAAAQzMDczQNmF2AQAAAAzM1NgkkAAAAAkCgoJ
… qgEAAAAABAAZoQAAQ05laWWdoVm9yaG9vZCBDBIZWFsdGgJ2VudGVyKgPAAADDc4DcwOTUCAAAAGQAAAAAAAAAAAQzNDheMzU2
… 2XjEwNzM3NDE4NDE1AgAAFIAAAAaaAAAAAAQzMDczNDE4NDE1AgAACEwAAAAaaAAAAAQzMDczNDE4NDE1AgAAAAQzM1NgkkAAAA
… CAABAAYuAgAACzEwNzM3NDIzNjI0AAAAAAQzM1NgkkAAAA
… 8AAAAABu0BAAAAzLlBBSC9TcGVvaWWFsdGdllcy9QYXJtZXIzdQWR50aXLUHvc3BpdGFscXJlN0LVRlYW0vCgKAAG
… KAAGFAAAAACQAAAAkQAAAAAQkQAAAAAEAAAAEAAAAEAAAAAEEAAAAAbyAAAALMTA3Mzc0MjYxMgAZboBAAAhUGY
… 2VyIEFkdWx0IEhvc3BpdGFsc2WBAAAAACzEwNzM3NDE4NDE1AgAAAAQzM1NgkkAAAAaaAAAAAQzMDczNDE4NDE1AgAA
… CAJAAAAAAAAAAG9gEAAA1QYWludIElZ1GmlZGlaaw5lBvcBAAAEETGluAawoKAQEAAAAAAAAAACgoBCP7//9j///
… 8AAAAABvkBAAAuAaHR0cDovL3d3dy5wYXlhClJXCJXJlIw5lIw2lYbHub2b2ll2IMmubllwoKAQAAAA
… AAkKAAAAAAAEAAAAAEJEAAAAAYAAAAAJEAAAAAEJEAAAAAZbAQAAACzEwNzM3N3Nde4NDQ4CRAAAAAAAAAAAaoKASL+/
… //Y///
… AAAAAAbfAQAAKy9QQUUgvU3BlY21hbHRpcZXMm9pbnQtUmVWbwFjZW1lbnQtQtUHJvZ3JhbS8KAAOAAAz4AAAA
… AAACRcAAAAAAbvBAAAAtPAAAACBAAAACEAACRAAAAAZbAQAAACzEwNzM3NHAATMzQ4BuMBuMAAAAHUGYya2VyIEFkdWx0
… 0OF4zNTZeMTA3MjcwOTUCAAAAiAAAAAAAAAABuoBAAAAhUGY2VyIEFkdWx0IEhvc3BpdGFscXJlN0LVRlYW0v
… dCBUZWFtFtBusBAAAHQ2udAAoAKAQAAAAAAAgoBBP7//9j///
… 8AAAAABu0BAAAAzLlBBSC9TcGVvaWWFsdGdllcy9QYXRZXIzdQWR50aXLUHvc3BpdGFscXJlN0LVRlYW0vCgA
… KAAGFAAAAACQAAAAkQAAAAAEAAAAAAAAAAzM1NgkkAAAAAbyAAAALMTA3MzcCNDIzNjI0SlNkMmUwZnJ4SXZlI2NpZW5
… acAxBMtJcm9lcCQJZW5lBvcBAAAEETGluAawoKAQEAAAAAAAAAACgoBKP7//9j///
… AAAAAAbfAQAAKy9QQUUgvU3BlY21hbHRpcZXMm9pbnQtUmVWbwFjZW1lbnQtQtUHJvZ3JhbS8KAAOAAAz54AAAA
… AAACRcAAAAAAbvBAAAAtNAAAACBAAAAAAAAAACzEwNzM4NDE1AgAAAAzM1NgkkAAAAaaAAAAAAQzMDczNDE4NDE1AgAA
… H5/f//2P///
… wAAAAAGCAIAACAvUEFIL1lNwZWNpYWx0aXMvL1JlaGFibGlXxpdGF0aW9uVVycKAAOAAAz2AAAAACRcAAAAAAAJEA
… AABIAAAAJFwAAAA1LAgAACzEwNzM4NDE1DDUCRAAAAAJDQIAAAkOAgAAAAAAAAAAAAKCgkPAgAAAQAGEAI
… AAAsxMDczNzQxODQ1DMQYARAgAAAzM1NgkAAAAAzM1NgkkAAAABhCMCAAAZXQ4xjM1N14xMDczNzQxODQ00AIAAAAAAAA
… AAEGFAAA9Sb2JvdGljJjIFN1cmdlcnkJJ2VudGVyKgPAAADDc4DcwOTUCAAAAGQ6v3//9j///
… 8AAAAABhcCAAAhLlBBSC9TcGVvaWWFsdGdllcy9Sb2JvdGljJjVNlclllbnkvQykUGVudGVyKgAAAQkQkQkAAAAQk
… QAAAAEwAAAAAkXAAAABhoCAAAATMzQ4xjM1N14xMDczNzQxODQ00AzNTYJAAAaaAaY
… AgAACzEwNzM3NDE4NDU2BiAAAAAzM1NgkkAAAAAb1QAAAaZ2IAAAjIEFIaBMzZuMzU2XjEwNzM3NDE4NDU0AgAAAAAAA
… AAAAQYjyAgAAFVNdIEVIRpc29yREVGOWNlbnRlnbnJlcCAAAAACgoBBf//2P///
… wAAAAAGyjAgAACgvUEFIL1lNwZWNpYWx0aXMvL1NsZWVWVwLURpc29yZGVycycKAAOAAAAz16AAAA
… kQAAAAkQOAAAAFQAAAAAEAAAAAABikCAAAABpkBAAAALMTA3Mzc4NDE1AgAAAAzM1NgkkAAAAaaAAaaAAAoKCS0v
… CAAABAAYuAgAACzEwNzM3NDIYJ0YDI1TdXJnZXJ5IExlbnRlnbnJlcAAAAAAaaaAQAAAAAQzM1NgkkAAAAAoKCgP/f//2P///
… AKUAAAAAAAAAQYyAgADVNwaW5lIFFNVncmSpdciCJYXAAAaoKAQEAAAAAAAAACgoBzP3//9j///
… 8AAAAAABjUCAAAWxLlBBSC9TcGVvaWWFsdGdllcy9TcGluZS1TdDXJnZXJ5LWoQAXBbPaAAAATmVWmVyaWHaFGEgEJEAAAA
… AABYAAAAAJFwAAAABkZAgAAAsxMDczNzQxODQ1NDUCRAAAAAJogEAAAzM1NgkkAAAAaaAAAaaAVycKAAoKAQEaaaaAQAGPQIA
… AAsxMDczNzNDIYODQ1DMQYARAgAAAzM1NgkkAAAAaaAQAGPQIA
… AAsxMDczNzQxODQ1DMQYARAgAAAzM1NgkkAAAAaaaAQAGPQIA
… AAsxMDczNzNDE4NDU0AgAAFIAAAAaaAAAAAAAQzMDczNDE4NDE1AgAACEwAAAAaaAAAAAQzMDczNDE4NDE1AgAAAAQzM1NgkkAAAA
… AAsxMDczNzQxODQxNQY+

... AgAAAAHlNgkAAAAAAAbkAcAAATMzQ4XjPHlNf4xbDczNzQxODQ1NQTAACvAAAAAAAAAGGQQ1AAAtTdHJva2UgQ
... 2FyZQknAAAACgoBAQAAAAAAAAAAKCgG9/f//2P///
... wAAAAGRAIAABgvUEFIL1NwZWNpYWw0aWVzL1N0cm9yZS8KAAoAaAUAAAAJAAAACRAAAAABCRAAAAAXAAAACR
... cAAAAGRwIAAAsxMDczNzQyMyMyNgAQkAAAACUkCAAAJSgIAAAAAAAAAAAACgoJSwIAAAAEBkwCAAALMTA3Mzco
... 0MjMzMjYGTQIAAAMzNTYJJAAAAAAZPAgAAEzM0OF4zNTZeMTA3Mzc0MjMzMjYCAAAAtwAAAAAAAAAABblACAAAH
... VXJvbG9neQknAAAAACgoBAQAAAAAAAAAKCgGu/f//2P///
... wAAAAGUwIAABkvUEFIL1NwZWNpYWlsYYWx1Vyb2xvZ3kvCgAKAGmAAAACQAAAAkQAAAAQkQAAAGAAAAA
... kXAAAAAblYCAAAALMTA3Mzco0MTg0MjIJEAAAAAlYAgAACVkCAAAAAAAAAAAAoKCVoCAAAABAAZbAgAACzEwNzM
... 3NDE4NDIyYBlwCAAADMzU2CSQAAAAAGXjgAAAAoKCVoCAAAAEGM5OTSvAGm2X2X1EAAAAAAALsAAAAAAAAAAAAQZfAgAA
... ClvdW5kW5kIENhcmUUJJwAAAAoKAQEAAAAAAAAACgoBn/3//9j///
... 8AAAAABmICAAAcLlBBSC9TcGVjaaWFsZGllcy9Xb3ZlUZC1DYXJlLl1LwoACgAABpwAAAAkAAAAAAJEAAAAAEJEAAAAABk
... AAAJFwAAAAZlAgAACzEwNzM3NDIzMzIzCRAAAAAZJwIAAAlo0AgAAAAAAAAAAAAKCglpAgAAAQAgAAgIAAAsx
... MDczNzQyMyMyNWZrAgAAAAz1NgkkAAAAAABm0CAAAATMzQ4X4jM1N14xMDczNzQyMyMyNyMyNWIAAADDAAAAAAAAAEGb
... gIAABFFPdGhlciBTcGVjaaWFsdGllcwknAAAAAAAoKCgCgG9Q/f//2P///
... wAAAAAGcQIAAACMvUEFIL1NwZWNpYWFsVGllcy8KAAoGVQLVNwZWNpYWLwoACgBqAAAAAkAAAAAkAAAAAAJEAAAAAEJEAAAAABk
... EJEAAAAAEAAAAJFwAAAAZlAgAAAzO0AgAACzEwNzM3NDIxNDNNlcwoACgBqAAAAAAdglAAA13AgAAAAAAAAAAKCgl4A0mgA
... GeQIAAAAsxMDczNzQyMTQ0Mg26AgAACzEwNzM3NDE4NDI1CSQAAAAGfAIAABsc2DNheMTA3Mzc0MTg4jlleMTA3
... Mzc0MjE0ND2DICAAAAAywAAAAAAAAAABBn0CAAAYUGF0aWVudVudCUmVnaXN0cm0F0aW9ucSCcEBAAAAAA
... AAAAAoKAYH9///Y////
... AAAAAAaaAgAADS8jUHJlUmVnVnTW9kYYWwKAAoaAAakAAAAJAAAAACRAAAAABCRAAAAACAAAAARcAAAAAGgwIAAAsxM
... DczNzQxODQzNgkQAAAACVUCAAAJhgIAAAAAAAAAAAAAKCglhwIAAADBwIAAAsxMDczNzQxODQ1N14jEwNzNDNDM2AgAAAAAAAaa
... sxMDczNzQxODQyODQkZAAAABosCAAAABBgQ4jEwNzNDE4NDI15XjEwNzNDMyAgAAMMwAAAAAAAAAQQa
... MAgAAHkJpbGxpbmcKAAoYjW5kIEZpbmFuY2U8L21lbhBCBTZXJ2aWNlcwknAAAACgoBAQAAAAAAAAAKCgFy/f//2P///
... wAAAAAGjwIAAATYdnci1QYXRIL0Zvci1QYXRplbnQKAAoAAZ4jMC5lQYFtaXWxapQm1luYY5 jYWFFsVFV5 jarWFsLV
... NlcnZpcZ2V2LwoAoaCgBqgAAAAsxAAAAAJEAAAAAEJEAAAAAAAAAAAAAAAAAAZAgAABBAAAAAAEwAAAAABEGd
... JlAgAAAzO2CSQAAAAGfAIAABscA0Mkwm1eeMTA3Mzc0MTg4Y20Ly2j
... DczNzQyNzMMYTAAACgoBVP3//9j///
... 8AAAAAABq0CAAAcLlF1YXxpdHktU2VydmljZXMvCgAoAYjYEPFtaXWxapQm1LuiYZ2F0gAAAAAGfAIAAAXwAm5u6F
... AAAAJFwAAAaawAgAAAaxAgAAAAAAAAAAAAAGuAIAAAEtYEvwIndAAAAAALm4jACA15AyNrM2wLwoACgBVP3//
... QEAAAAAAAAAACgoBVP3//9j///
... 8AAAAABgq0CAAAcL1F1YXxpdHktU2VydmljZXMvCgAoAYjYE9FtaXWxapQM1uyYZ2F0gAAAAAAGfAIAAAXwAm5u6F
... AAAAJFwAAAaawAgAAAaxAgAAAAAAAAAAAAGuAIAAAEtYEvwIndAAAAAALm4jAC15xv2VxdmljZXMvCgAoAYjYE9FtaXWxapQM1uyYZ2
... ODQyOV4xMDczNzQyOYODQzOAIAAADeAAAAAAAAAAAAEGxwIAAAEGxwIAAABBqoCAAAUXVhbGl0eSBTZXJ2aWNlc8CAAAAoKAQEAA
... AAAAAAACgoBN/3//9j///
... 8AAAAABsoCAAAyL1BBSC9Gb3ItUGF0aWVudC1TZXJ2aWNlcy8KAAoAYjYE9FtaXWxapQM1uyYZ2F0gAAAAGxwIAAAXw5
... AAa4jAAAAIAJAAAABCRAAAAABCRAAAAAHRcaAAAaACgyIAAATWRizZnlLYW4jMC5lQYxwIndAAAABAGdQYgAAF4xDczNzQ
... 4jEwNzM3NDE4NDI1XjEwNzM3NDIyMyMyMDczNTZeMTA3Mzc0MTZAgAAAAAAAADAmPWBWAgAAFBlbnRlYS1SEPpcmVUVjdGl2Z
... cAAAAKCgEBAAAAAAAAAoKASj9///Y////
... AAAAAAbZAgAANC9QUgvgvRm9yLVBhddGlentRzLWFuZC1GYW1bbbnRzLWFuZC1GYW1bnRzL0FuaGF1Z2ljMSU1SUUy5LUy9K8KA
... AoAaA8AAAAAJAAAACRAAAAAABCRAAAAAHRcAAAAGzoCAAAAsMTA3Mzc0MTg4Y20LyKXj
... AAAAAAAoJ0QIAAAEAbEtICaAALMTA3Mzc0MTg4Y20LyiaAAAAAAAQbJAgAAAoR4jEwNzNDE4NDI1X4jEwNzNDIyNDczNTZeMTA3
... CAAAAKCgEBAAAAAAAAoKAS9///Y////
... AAAAAAbZAgAANC9QUgvgvRm9yLVBhdGlentRzLWFuZC1GYW1bbbnRzL0FuaGF1Z2ljMSU1SU1y5LUy9K8KA
... AoAaA8AAAAJAAAAACRAAAAABCRAAAAAHRcAAAGzoCAAAAsMTA3Mzc0MTg4Y20LyiaAAAAAAAQbJAgAAAoR4jEwNzNDE4NDI1X4jEwNzNDIyNDczNTZeMTA3
... 4jEwNzM3NDE4NDI1XjEwNzM3NDIyNDczNTZeMTA3Mzc0MTZAgAAAAAAAAQblAgAAAD015Q2VudHVdVjA9LYUlhL0FuaGF1
... CgoBAQAAAAAAAAAKCgEZ/f//2P///
... wAAAAAG6AIAAABEvTXlDZW50dXdRm9yLVBhdGlentRzLWFuZC1GYW1bbbnRzLWF0aWVudC1TZXJ2aWNlc8CAAAAoKAQEAA
... AACzEwNzM3NDE5NDYzLUVhY2hQbGFuRzLWFuZC1GYW1bnRzL0FuaGF1Z2ljMSU1SU1y5LUyLYUlhL0FuaGF1
... AACgnvAgAAAAAG8AIAAAsxMDczNzQxMTA1Mab
... xAgAAAzCcEwNzM3NDE5NDYzLUVhY2hQbGFuRzLWFuZC1GYW1bnRzL0FuaGF1
... AABBvQCAAAPTWVkaWNhbbbCBSZWNvcmRzZCc8AAAAooKAQr9///Y////
... AAAAAAb3AgAAA5SZWRpY2FsLVJlY29yZHMvCgAoAAZ4jMC5lQYxwIndAAAABCRAAAAABkXAAAAAAvoCA
... AALMTA3Mzc0MTg4jNDEJEAAAAAn3AgAA4jEwNzNDEJEAAAAAAAXj4jMC5lQYxwIndMC5lRzLWFuZC1GYW1bnRzL0FuaGF1
... AgAACzEwNzM3NDE4NDQyLABgzL0FuaGF1Z2ljMSU1SU1y5LUyLYUlhL0FuaGF1Z2ljMSU1SU1y5LUyLYUlhL0FuaGF1
... zQxODQ0OMgIAAnAAAAAAGAwMAACtQYXRHpbE5JEJpbGwgb2YgUmlnaHRzIGFuZCBSZXNwb25zaWJpbGc
... l0aWVzCSCAAAAKCgEBAAAAAAAAoKAfv8///Y////
... AAAAAAYGAwAARy9mb3ItcGF0aWVudC1HMW5kLWZhbWlseWVzVzL3BhdGllbnQtYmlsbC1vZi1yaWdodHMtYW5kL
... XJlc3BvbnNibnMplYmlsaXRpZXMvCgAKAYAAAACQAAAAAkQAAAAQkQAAAAXAAAAAXAAAAAAXAAAAAMcQ0md
... kzNTIJEAAAAAAL4wAACAgAAAAAAAAAAAAoKQODAAAAAAAYOAwAACzEwNzM3NDE5MzUyUnyByBy0yUJbmlaHRzIG
... 0MTg0MjIJAAAAAAAXjAwIAAAAAAAAAAokQOQDIJEAAAAAb4AgAAozEwNzM3NDEJEAAAAAAAAAGEgMAABFYj
... cml2YWN5LUY3IFByYWN0aWNcyBhbm1luZy9PcmdhbmltZ
... cml2YWN5LUY3IFByYWN0aWNlcyBhbm2V2aWN0aQ2V2c8dMTVlcAAAAAAAGAAAAAGAEaAAAGjl2AAa
... wAAAAAGFQMAAC0vRm9yLVVBhdGlentRzLWFuZC1GYW1bbbnRzL0FuaGF1Z2ljMSU1SUUy9Qcml2YWN5LVByYWN0aWNlc9KAAOAbMAAA

... | AJAzArCRAAAABCRAAAAAAMACRCAAAALCAMAAAsxMbCzNzQxOpUOoMakGBHqAROpDAlUowMAAAAAAAAAA
... | ACgoJHAMAAAAABh0DAAALMTA3Mzc0MTg0NDAGHgMAAAsxMDczNzQxODQyOQkkAAAABiADAAAbMzQ4XjEwNzM3
... | NDE4NDI5XjJEwNzM3NDE4NDQwAgAAAAOoAAAAAAAAAAAAQYhAwAAG0Nvbm5llY3QgZm9yIEhlYWx0aCBDb2x2vcmFkb
... | wknAAAACgoBAQAAAAAAAAAKCgHd/P//2P///
... | wAAAAAGJAMAADsvUEFIL0Zvci1QYXRpcZW50cy1hbmQtRmFtaWx5ZXMvQ29ubmVjdjdC1mb3ItSGVhbHRoLUNvbvbG
... | 9yYWRvLWoACgAbtAAAAAkAAAAJEAAAAA0AAAAJFwAAAAYnwAAACzEwNzM3NDE4NDYWCRAAAAAJKQM
... | AAAkqAwAAAAAAAAAAKCgkrAwAAAAAGLAMAAAsxMDczNzQxODQ2MAYtAwAACzEwNzM3NDE4NDI5CSQAAAAG
... | LwMAABszNDheMTA3Mzc0MTg0MjleMTA7Mzc0MTg0NjACAAAA6wAAAAAAAAAABBjADAAAUTWVkaWNhcmUgU5mb
... | 3JtYXRpb24GChdAAAAA4OAKQEAAAAAAAAAACgoBzvz//9j///
... | 8AAAAABjMDAAA0L1BBSC9Gb3IttUGF0aWVudHMtYW5kLUZhbWlseWVzL01lZGljYXJlLUluZm9ybWF0aW9uLWoA
... | ACgABtQAAAAkAAAAJEAAAAAJEAAAAAEAAAAJFwAAAAY2AwAAACzEwNzM3NDQ0ODI5CSQAAAAGKAMAACzEwNzM3NDE8dA
... | AAnkAQAACTkDAAAAAAAY6AwAAADzEwNzM3NDI2ODlD2OTE0OTBlAAAAEVC4cGFuc2lvbgnrAQAACgoBAQAAAAAAAAKCgHA/P
... | //2P///
... | wAAAAAGQQMAAAB0vUEFIL0Fib3V0LVVzLzzIwMTUtRXhwYW5zaW9uLwoACgABtgAAAAkAAAAJEAAAAAEJEAAAAA
... | IAAAAJFwAAAAZEAwAACzEwNzM3NDE4Mzc3CRAAAAAJRgMAAAl1HAwAAAAAAAAAAKCglIAwAAAQAGQSQMAAAAs
... | xMDczNzQxODM0MwZKAwAAz00QQkkAAAABkwDAAAaTM3Q4XjM0OOV4xMDczNzQxODM4MwQ1ODc0XjUAAAAAAAAAAEG
... | TQMAABMxMCBZZWFyyIEFubml2ZXJzYXJJ5CScAAAAKCgEBAAAAAAAAAoKAbH8//T////
... | AAAAAAAZQAwAAAIi9QQUgvQWJvdXQtVXMvMTAtWWVhci1Bbm5pdmVyc2FyeS8AAAoAAbcAAAAJAAAAACRAAAAABC
... | RAAAAAEAAAAJCRAAAAAAGUwMAAAsxMDczNzQxODM0NgkQAAAAAACVUDAAAJVgMAAAAAAAAAAAACgoJVwMAAAAAB1
... | gDAAAALMTA3Mzc0MTg0OTUGWQMAAAAzEwNzM3NDE4MzgzBwAAAAAAACgOJVwMAAAAABl
... | AAABBlwDAAARQXdhcmRzRzIGFuZCBIb25vcnMJJwAAAAoKAQEAAAAAAAAACgoBovz//9j///
... | 8AAAAAB18DAAAgL1BBSC9BYm91dC1Vcy9Bd2FyZFHMtYW5kLUhvbm9yycy8KAAoAAbgAAAAJAAAAACRAAAAABCRA
... | AAAAFAAAACRcAAAAGYgMAAAsxMDczNzQxODM1NQkQAAAAADAAAAzJZQQMAAAAAAAAAAAAACgoJZgMAAAAAAAB
... | AALMTA3Mzc0MjM0ODUXjqANEA3NUxdJJAAAAAZqAwAABzZMOF4zNDleMTA7Mzc0MjM0ODMGTw4CCwAAAA
... | AABBmsDAAAaUGF2ydy1Ehvc3BpdGFlsIEEzvdW5kXYRpb24JJwAAAAoKAQEAAAAAAAAACgoBk/z//9j///
... | 8AAAAAABm4DAAApL1BBSC9BYm91dC1Vcy9ZQYXJzZXltSG9zcGl0YWwtRm91bmRhdGlvbi8KAAoAAbkAAAAJAAA
... | ACRAAAAAABCRAAAAGAAAAACRcAAAAAGYgMAAAzQMAAAAAlzAwAAACXQDAAAAAAAAAAAAAAAAOKCXUDAAAABAAZ2
... | AwAAAzM1MAZ3AwAAAzM00QkkAAAABnkDAAALMzQ4XjM0OV4zNTACAAAA/
... | wAAAAAAAAABBnoDAAAJQ29tbXVuaXR5L0NSBEAAAAAAoKAYT8//Y////
... | AAAAAA29AwAAAJS9QQUgvQ0YvbXVuaXR5LeSL0NvbW11bmloeS1zAAAAAAAAAoBrIDAAAALMTA3Mzc0MjQ2ODlD
... | AABCRAAAAAHAAAACRcAAAAgGwAAAAsxMDczNzQxODM4N9NgkQAAAAaIAwAAEzM0OF4zNDleMTA3Mzc0MTg0OT
... | QAAAAAAAAABBokDAAAKTGVhZGVyc2hpcAkQAAAAAAAAAAKCgFl/P//2P///
... | wAAAAGjAMAABovUEFIL0Fib3V0LVVzL091ci1MZWFkZXJzaGlwL28i1MZWFkZXJzaGlwL28i1MWF0MZXJzhAAAAEJEAAAAgAAA
... | AJFwAAAAaPawAACzEwNzM3NDE4Mzc0OCRAAAAJkQMAAASwNAAAAAAAAAKCgmTAwAAQAGllAMAAAsxMDc
... | zNzQxODM3NAaVAwAAAzM00QkkAAAABpcDAAALMzQ4XjM0OV4zNTACAAAAAAAAAAAAEGmAAA
... | AAtPdXIgU3BvbnNvcnNknAAAAACgoBAQAAAAAAAAAKCgFm/P//2P///
... | wAAAAGmwMAABovUEFIL0Fib3V0LVVzL091ci1TcG9uc29ycwoACgABuQAAAAkAAAAJEAAAAAJEAAAAAAkAAA
... | AJFwAAAAaeAwAAAz1MQkAAAaaAdAAA1oQMAAAAAAAACgoJogMAAAAABqAwAAABqMDAAAALMTA3Mzc0MTgzNzQG
... | 5CSQAAAAGpgMAAAsxMyIYmZQMjVxjM1MQlAAAAAAAAAEGpwMAAAYGXYN0IEZhY3RzRzScAAAAAAoKAQEAAAAA
... | AAAAAAOKAVf8///Y////
... | AAAAAAqAwAAGS9QQUgvQWJvdXQtVXMvRmFjdDF1GWYYN0cy8KAAoAAb0AAAAJAAAAACRAAAAABCRAAAAAAKAAAC
... | RcAAAAGrQwAAACzEwNzM3NDI4ODlDZMQNkQAAaaa8AAAJsAwAAA8a3AwAAAsxMDczNzQxODM0OV4zNDleMTA3Mzc0M
... | c0MTgzODUGwwMAAAsxMDczNjA3CSQAAAAAlzAwAAAA1lAwAAAAEzM0OF4zNDleMTA3Mzc0MTgzODUGwVDAAA
... | STWlzc2lvbiBhbmQgVmFzdWWVzCSScAAAACgoBAEAAAAAAAAAKAUj8///Y////
... | AAAAAAa5AwAAAJy9QQUgvQWJvdXQtVXMvTWlzc2lvbi9NaXNzaW9uLW5hXNzaW9u0SUtVmFsdWVzCSScAAAABAAvgmAAAAkAAAAJE
... | AAAAAEJEAAAAAaAaAAAJFwAAAAa0AwAAACzEwNzM3NDE4Mzg3Z3CRAAAAAAJvgMAAAm/
... | AwAAAAAAAAAWAAAaACgnAAwAAAAAAOWQMAAAsxMDczNzQxODM4N9NwbWAACzEwNzM3NDE4OTQ0OQkkAAAAAAAAAEGxAA
... | V4xMDczNzQxODM4NwIAAAaaJQAAAAAAAACgGxQMAABgDZW50dXJ5IEhhbHYWx0aCBCSZNlYXJjaAAnAAAACgoBAQ
... | AAAAAAAAKCgE5/P//2P///
... | wAAAAGyAMAAACAvQ2VudHHyYS1IZWFsdGgtUmVzZWFyY2gtZ2tQ2VudGVyLWoACgAbvAAAAAkAAAAJEAAAAAEJEA
... | AAAAvgAAAJFwAAAAbLAwAAACzEwNzM3NDE4Mzg0Z3CRAAAAAJzQMAAAnOAwAAAAAAAAAAAKCgnPAwAAAAAAG0AM
... | AAAsxMDczNzQxODM4NAbwMDAAAbb1dNaWzl88N5CSQAAAABjQzWVlBbXl1ZH4dHVhbCBDbYXQgSGVhbHRoRoRoRoIENhcmU
... | AAEGjAMAACRSb2FkbWFwIHRvMRHvIHBGdXRlcmUgb2YgSGVhbHRoRoRoNlENhcmUUJJwAAAoKAQEAAAAAAAAAACgoBk
... | vz//9j///
... | 8AAAAABtcDAAAAzLlBBSC9BeW91dC1Vcy9Sb2FkbWFwLXRvLXRoZS1mdXR1cmUtb2YtaEADTA3Mzc0MTgzODkJAAAAAAAcAwACA0DAAA
... | KAAHAAAAAAAAAACQAAAAkQAAAAAQkQAAAAAAkAAAAJFwAAAAbbAwAAAsxMDczNjQxODQ2Mzg5BuAoAAAAAA0gMAAAAA
... | AAAAAAAAAAKCd4DAAAAAzfbwfAAAACZEwNzM3NDE4Mzg4A2DMq5CSQAAAAgmaMDnOAwAAAAAKCgnqAwAAAAAAA8x
... | zM3NDE4Mzg5AgAAAASBAAAAABAAAAAAAAQDJyawAAD1NwaJpdNwbwoACAAAAAkwOAAAoKAQEAAAAAAAAAACgoBu8
... | DAAASU2hhcmUUgYSBDb21wbGltaZW50CSQAAAAAAAAAAAAAoKAQ/8///Y////
... | AAAAAAbmAwAAALi9QQUgvQWJvdXQtVXMvU2hhcmUtYS1DB21wbGltaZW50CZwAAAAKCgkAaCEAAAAaAAAAACR
... | AAJAAAACRAAAAAAAJCRaAAAAaAaAAAACRcAAAAAbubwAACZM3NDE4Mzg3A2DMq5CSQAAAAAAAAAAEM0OF4zNDleMTA3Mzc0
... | QYNjI4OHwzNDkG7AMAAAAbuAwAAAbabuAwAAAbjyAwpdHVhbCBTZWFyY2gJAAAAAACgoKAQ/8///Y////
... | AAAAAByAwAAVWh0d0DdHRBZ2Oi8vY27VudHVrY2I5S5zZWN1cmlmmb3JtL3Jtc3cvewY3Jtc3cvl3VpbE05lc5hc5c5BA4
... | 2Zvcm1uYWlFPVBBSS19TaGFyZV9V3Y7N0NvbXBsbWAu7JJAAAAAAAAAQMjIGQmFzYWdlCSZwAAAAACgoKAQ/8///Y////
... | AAAAAByAwAAVVh0DdHRBZ9yL0BhdGc11bbnRzZWN1cmlmb3JtL3Jtcy9lbmVycm9ylN3vlJpdHAAA
... | AG9QMAAAEwCgoKAAAAAAAAAAKCgn2AwAAAG9wMAAAbcxMDczNzQxOQyNTc3NHMxMDczNzQxODQzNmGgb4AwAAACzE

Page 4016

... gMAABszNDheMTA3Mzc0MTg0MzJeMTA3Mzc0MjU3NzQCAAAAEQEAAAAAAAAABvsDAAAUQ2xhc3NlcyAmYW1lwOy
... BFdmVudHMlJ9wEAAAoKAQEAAAAAAAAACgoBA/z///9j///
... 8AAAAABv4DAAABPaHR0cHM6Ly9yZWcuYWJjL3o1ndnbVwLmNvbS5venVibnNvS92aW5VT3Z3ZXcwVWcdGguNVXcdGguVZ92Q2OyObZ
... hbXA7d3A9MTIyJmFtcDthaWQ9Q00VOVFVSQQoAoCgABwwAAAAkAAAAnJEAAAAEAAAAAEJEAAAAAIAAAAJFwAAAAAYBBAAA
... CzEwNzM3NDIzMTUyCRAAAAAAJAwQAAAAkEBAAAAAAAAAAAAAAAKCgkFBAAAAAAAgBgQAAAAsxMDcZNzQyMzE1MgYYHB
... AAACZEwNzM3NDE4NDNDMyCSQAAAGCQQAABszNDheMTA3Mzc0MTg0MzJeMTA3Mzc0MzMjMxNTlCAAAAAEgEAAAAA
... ABBgoEAAAIU2VtaW5hr5hcnMJJwAAAAoKAQEAAAAAAAAACgoB9Pv//9j///
... 8AAAAABg0EAAAAYL1BBSC9Db2l1tdW5pdHkkV2VtaGhcnMnVcgKAAAHEAAAACQAAAAkQAAAAAKQAAAAAwAAAAn
... vAQAAABhAEAAABmAoKCgAAAAAAAAAAcgoJEQQAAAAABhIEAAAAXMTA3Mzc0MjU5NTE88MTA3Mzc0MTg0MzJeIGEwQA
... AAsxMDczNzQxODQyMgkkAAAAABhUEAAAA8MzQ4XjEwNzM3NDE4NDNDMyXjEwNzM3NDI1OTU2AgAAABMBAAAAAAAAA
... AYWBAAAC0NvbmZlcmVuVuY2VVzCfcBAAAKCgEBAAAAAAAAAAoKAEj7///Y////
... AAAAAAYZBAAAXGh0dHBzOi8vcmVnVnLmFiY3J3NpZZ251cC5jb5jb20vdmllllrdy92aWVVX3ZlbnRooLmFzcHg/
... YXM9MjgmYW1wO3dwPTEyyMXJblwkPUNFTlRVUkUmYW1wO2NhdDDE9MzU1CgKAAAHFAAAACQAAAAkQAAAA
... AkQAAAABAAAAAkXAAAABhwEAAAAEODg4NgoKCgAAAAAAAAAACeMBAAAXJ5EAAAAkfBAAAAAAGIAQAABcxMDcZNzQz
... QyNzEyMXMwxMDczNzQyODQzMzYgYTHDheMTA3Mzc0MTg0NDMyCSQAAAAGIwQAABszNDheMTA3Mzc0MTg0MzJeMTA
... 3Mzc0MjcxMXJKEEAAAFAEAAAAAAAAABiQEAAAMSGVhbGluZ2luZBcnCzEwNzBcnBNzEeBAAAAKCgEBAAAAAAAAAoKAdr7///Y
... ////
... AAAAAYnBAAAHC9QQUgvV29tbXVuXR5L0hlYWxhXWxpbmcvbcmZQXpPceyY0hyMzZXkYWVU29jaWFFsLU1lUGLhLWoAAAkAAA
... AJEAAAAAEJEAAAAYAAAAAYAAAAGAAAAAKCgkFBAAAAAAgoRYQgAAAAsxMDcZNzQxODQyMgkkAAAAAOjAQAAAF9EAAAAAAAAAAKCgk
... 9BAAAAQAGPgQAAAsxMDcZNzQzQxOTI0MAY////
... BAAACzEwNzM3NDE4NDNDMyCSQAAAGQQQAABszNDheMTA3Mzc0MTg0MzJeMTA3Mzc0MTkyNDlCAAAAAFgEAAAAAAAA
... AABBkIEAAAAJVm9sdW50ZWVWyCASwdC5ScAAAAAKCgEBAAAAAAAoKAbz7////Y////
... AAAAAZFBAAAGS9QQUgvQ29tbXVuaXR5L1ZvbHVudGVlci9kAAAoKAQEAAAAAABCRAAAAAHAAAAAAAAAACRAAAAAHAAAAA
... RcAAAAGSAQAAAsxMDcZNzQyQyMjMjMQk9MUYgkgoAAAAAEUoEAAAJSwQAAAAAAAAAAk1TQAAAABk0EAAAALMTA3Mzc
... c0MjIzOTTEgQQAAAsxMDczNzQzOyQyQxOQ5vMgkkAAAAABkAEALEAAAbMzQ4XjEwNzM3NDE4NDNMYXJEwNzM3NDIyMzkyQkAg
... AAByyAAAAsMZRAAAUdyb3cgTmFYppXppUJJUJUAAAAaoKAQEAAAAAAAAACgHL+///2P///
... wAAAAAGNgQAAAACkvUEFIL0NvbVw1bml0eS9Tb2NpYWwxTWvaAWEv29jaABxwWAAAkAAA
... AJEAAAAAJEAAAAAAIAAAAAJFwAAAAABmAEAAAzhtAyQ4XjEwNzM3NDE4NDNDMyXjEwNzM3NDIyMzkyQkAg
... AAAAAEAEAAAADLTE4NjNmNTY3ODkwEAEAAAEAAAAAgoBrfv//9j///
... 8AAAAABlQEAAAAdL1BBSC9Db21tdW5pdHkvU29jaWFsL1NvdWxTOAAVXcAABM3Mc9AAAkLCRAAAAAAABMCRAAAAAAA
... IAAAAAKCRAAAAAGVwQAAAsxMDcZNzQzMjc1NgkQAAAACkEAAAVkEAAAJWgQAAAAAAAAAACgoJWwQAAABlwEAAAL
... MTA3Mzc0MjJ3NTYXQYGXQQAAsxMDcZNzQzKODQzMgkkAAAAABlEEAAAN2MYKjEwNzM3NDE4NDNMZYXjEwNzM3NDIyMzkyQkAg
... zU2AgAAAB0BAAAAAAYAZgBAAAEUNvbW1lbi0xbmc9eSBCZW5l1byaW5LCgCAAAAKCgBEAAAAAAAAAKAZ77////Y//
... //
... AAAAAAZjBAAAIS9QQUgvQ29tbXVuXR5L0NvbVw1bml0eS1oeS9jZWXSbmLwOAcGBAABygAAAAkAAAAkAAAAJEAAAAAAJE
... AAAAAkAAAAkFwAAAAAZmBAAABDg4N5UKCgoAAAAAAAAAAnjAQAACeQBAAAAkQAAAACeQBAAAAABmoEAAAAXMTA3Mzc0Mj
... c0MjJ8MTA3Mzc0MTg0MzJeMTGauQAAAsxMDcZNzQzMzQ8MTA3Mzc0MTg0NDMyCSQAAAsxMDczNzQ4NDNDMyXjEwNzM
... 3NDI3NDIyAgAAABAAAAAAAAAAuBAAAEUVxddWVudDHpYW4gU2NecBAAAaoKAZ277////Y////
... AAAAAAZxBAAAKS9QQUgvV29tbXVuaXR5L0VxdWVzdHhHpYW4tdFFmZXR5L1VByb2dyYW0vcGGAKAAAHLAAAAAkAAAA
... AkQAAAAAQkQAAAAQkQAAAAkAAAAkXAAAABnQEAAAALMTA3Mzc0MTkzMzkkEAAAAl2BAAACXcEAAAAAAAAAAAoKCX
... gEAAAAAAAAZ5BAAADUdyb3cgTmVdldvcmsJMTA3Mzc0MTg0MzJeMTA3Mzc0MTg0NDMyXjEwNzM3NDE4NDNDMyXjEwNzM5AgA
... AACABAAAAAAAAAAZ9BAAADlblYWt2aWV3IENvbUwbHdVdzLNoKAYH7////Y////
... AAAAAAaxBAAAMi9QQUgvSGVhbHRoHRoHRoHRo3YW4tF21mZXR5LVByb2dyYW0tbA2pbml1eS9hY29tPWVuACAAAkAAAA
... AkQAAAAQkQAAAAQkQAAAAACeaxAQAAAzhtAyQ4XjEwNzM3NDE4NDNDMyXjEwNzM3NDI3NDIyCgAAAHEAAAAk
... gEAAAAZ5BAAAGL1BBSC9IZWFsdGgvRW1lcmdlbmN5U2FmZXR5L1Byb2dyYW0vY29tdPWVuAcGBAAAyyAAAAAkAAAA
... AkQAAAAAQkQAAAAQkQAAAAkAAAAkFwAAAAAAAAZ5BAAAD2Yhl3YQaABMGAAAAAakBAAAAANXQAAAACEDHmVXXWxsCSCAAAAACgEBAAAAAAAK
... AWP7///Y////
... AAAAAAaeBAAACy9DYWL1V2VsbC0xC0vCgAAAH0AAAACQAAAAkAAAAQkQAAAABAAAAkXAAAABqEEAAADMzc4C4
... RAAAAAJowQAAAmkBAAAAAAAAAAAAKCgmlBAAAAQAGpgBAAACzgDrkQAAAAmzNzgQBAAAAapsBAAACzM00F
... 4zNzdeMzc4AgAAAMAAAAAAAAAQaqBAAADkhlYWx0aCBDbWpDMyMRAAAAkCSCAAAAAAAKCgEBAAAAAAAAAKAVT7///
... Y////
... AAAAAatBAAAEC9IZWFsdGgtTGlicmFyyES8KAAoAAc8AAAAkAAAAJAAAAACBRAAAAAaCRAAAAAQkAAAAkXAAAABrUEAAALMT
... AsxMDcZNzQyMjU1MwkQAAAACbIEAAAJsQAAAAAAAAAACgoJtQAAAABrUEAAAALMTA3Mzc0MjI1NTMqCg
... QAAAMzNzcJJAAAAAa4BAAAEezM00F4zNzdeMTA3Mzc0MjI1NTMMAAAJwEAAAAABBrkEAAAOSGVhbHRoRoeSB
... IYWJpdHMJJwAAAAoKAQEAAAAAAAoKAgoBRfv//9j///
... 8AAAAABrwEAAAQL0hlYWx0aAktTGlicmFyeS9Db2FjaC1HZWFsdGgtQ29hY2gAAAAkAAAAAkAAAAJEAAAAAEJEAAAAAAYAAAAAJFwAAAAAa/
... BAAACZEwNzM3NDI1NTUCRAAAAAJwQAAAAkEBAAAAAAAAAAAAAAKCgnlB
... gbFBAAAAAZM3NwkkAAAAAsaZM00F4zNzdeMTA3Mzc0MjU1UmlJ1AAAAQAAAAAAACwEYQAAAatpVHpJpY
... dLIFEwcAknAAAACgoBAQAAAAAAAAAKCgE2+///2P///
... wAAAAGywQAAA0vaVRyaWWFnFnZS1BcHAtbnVZEwcAAAAdLIEAAAACbAAAAaOKCdIEAAAAABTBAAACzEwNzM3NDNNDIyNjY1TVtBGAAAA
... A3Mzc0Mjl2NjUUEAAAAnQBAAAAAnQBAAAACdEEAAAAAAAAAAAAAKCdIEAAABTBAAACzEwNzM3NDIyNjY1TVBtQEAA

```
128391  LMTx3H8CoM1KyNTUUJ4RAAABWBAAAACzWO0F4xmD2nZcQXQT1WV4xmDcZm8pyMjY2NQIAAAAgAAQAAAAAAAEG
     1wQAABdFYm9sYYSBWaXJ1cyBJbmZvcm1hdGlvbgknAAAACgoBAQAAAAAAAAAKCgEn+///2P///
     wAAAAG2gQAAA0vRWJvbGEGEtVmlydXMMvCgAXAAHbAAAAGQAAAAAAAnbBAAAGAAAABgAAAAB5QAAABkAAAAJ3AQAAA
     0AAAANAAAAAe8AAAAZAAAACd0EAAANAAAADQAAAAH5AAAAGQAAAAneBAAACQAAAAkAAABAwEAAABkAAAJ3wQ
     AAAYAAAAGAAAAAQ0BAAAZAAAACeAEAAAABAAAAAQAAAAESAQAAAEQAAAl1AAAAAAAAAABEwEAAABIAAAAJ
     dgAAAAAAAAAAAAAARQBAAAEAAACeMEAAALAAAACwAAAAEhAQAAAEQAAAl1AAAAAAAAAABIgEAAABIAA
     AAJdgAAAAAAAAAAAAAASMBAAAEAAACeYEAAAANAAAADQAAAAEwAQAAAEQAAAl1AAAAAAAAAABMQEAAB
     IAAAAJdgAAAAAAAAAAAAAATIBAAAEAAAACekEAAANAAAAD0AAAAE/
     AQAAEQAAAl1AAAAAAAAAAAABQAEAAAB1AAAAJdgAAAAAAAAAAUEBAAAEAAAACewEAAARAAAAAEQAAA
     AFOAQAAEQAAAl1AAAAAAAAAABTwEAAABIAAAAJdgAAAAAAAAAAAVABAAAEAAAACe8EAAAFAAAABQ
     AAAAFdAQAAEQAAAl1AAAAAAAAAABXgEAAABIAAAAJdgAAAAAAAAAAW4BAAAEAAAACfUEAAAF
     AAAAABQAAAAF7AQAAEQAAAl1AAAAAAAAAAAAbfAEAAABIAAAAJdgAAAAAAAAAAAAx0BAAAEAAAACfgEAAAF
     AIAAAACAAAAAgKAAQAAEQAAAl1AAAAAAAAAABiwEAAABIAAAAJdgAAAAAAAAAAAAYwBAAAEAAAACf
     sEAAAJAAAAJ2QAEAAEQAAAl1AAAAAAAAAABmgEAAABIAAAAJdgAAAAAAAAAAAAzsBAAAEAAAACf
     ACf4EAAAJAAAAGoAQAAEQAAAl1AAAAAAAAAABgQEAAABIAAAAJdgAAAAAAAAAAAAaoBAAAE
     AAAACfIEAAAAAAAAAAAAABuAEAAABIAAAAJdgAAAAAAAAAAbkBA
     AAEEAAAAACQQFAAADAAAAAwAAAAEQAAAl1AAAAAAAAAABuaEAAABIAAAAJdgAAAAAAAAAAAAbkBA
     AAEEAAAAACQCFAAAGAAAABgAAAEQAAAl1AAAAAAAAAABxwEAAABIAAAAJdgAAAAAAAAAAAAc
     gBAAAEAAAAACQcFAAAABgAAAHVAQAAEQAAAl1AAAAAAAAAABIgEAAABIAAAAJdgAAAAAAAA
     AAdcBAAAEAAACQoFAAAKAAAAnhlQAAABAAAAnyBAAAAAAAAAAAAAB8QEAAAQAAAAAA8jGAAAAA
     AAAAAf4BAAAAAAAAACXUAAAAAAAAAAAAAAH/
     AQAAEgAAAl2AAAAAAAAAABAATAAAQAAAAJDgUAAA0AAAANAAAANAAAAAQ0CAAAAAAAAAACXUAAAAAAAA
     AEOAgAAEgAAAl2AAAAAAAAAABDwIAAAQAAAAJEQUAAAUAAAAFAAAAAAFAAAARwCAAAAAAAACXUAAAAAAA
     AAAAEdEgAAEgAAAl2AAAAAAAAAABHgIAAAAAAAAAABHgIAAAAAAAAABFAUAAAUAAAAFAAAAAAAFwSCAAAAAAAACXUAAAAA
     AAAAAAAAE7AgAAEgAAAl2AAAAAAAAAAABPAIAAAUAAAAFAAAAAAGABbASCAAAAAAAACXUAAAAA
     AAAAAAAAF7AgAAEgAAAl2AAAAAAAAAABPAIAAAJGgUAAAUAAAAFAAAAAAHAAxACAAAAAAAACXUA
     AAAAAAAAAAFKAgAAEgAAAl2AAAAAAAAAABSwIAAAHJQUAAAUAAAAFBSwIAAAAAAAAAHJAAEgUAAAVgC
     UAAAAAAAAAF6AgAAEgAAAl2AAAAAAAAAABWwIAAAJIAUAAAUAAAAFAAAFBAAAAAAAHgIgAAEgUAAAVgC
     AAAAAAAAAAAF6AgAAEgAAAl2AAAAAAAAAABWgIAAAJHAUAAAUAAAAFAAAAAAHAAwWcCAAAAAAAC
     ACXAAAAAAAAAAAABaQIAAAAAEgUAAAVgCwGAAAAAAAAAABaQIAAAJIwUAAAUAAAAFIwUAAAUAAAFJwGAAAAAC
     AAAAAAABAaQIAAAAAEgUAAAVgCwGAAAAAAAAAABbAIAAAJHgUAAAUAAAAFBhwIAAAQAAAAJKQUAAAAFIwGAAAAC
     QCAAAAAAAAAAAABcAIAAAAAEgUAAAVgCwGAAAAAAAAAABbgIAAAJHQUAAAVgCLAUAAAAAAAAAAAAAAAAD
     AAAMCAAARAAAACXUAAAAAAAAAAAAAAGkAAAAEgUAAAVgCwGAAAAAAAAAABbgIAAAJHQUAAAVgCLwUAAAAAAAAAABpQIAAAQAAAAJLwUAAAAAAAAE
     AAAAAABAaQIAAAAAEgUAAAVgCwGAAAAAAAAAAA1AAGUAAAAEgUAAAVgCwGAAAAAAAAAABbgIAAAB0AIAABIAAAAJdgAAAAAAAAAAAABc
     AAAAAAAAAAAABdECAAAAAATYFAAABBAAAAAAAAAHeAgAAEgAAAl1AAAAAAAAAABwIAAABBwMAAAAAAAAAAAB3AIAABIAAAAJdgAAAAAAAAAABc
     AAAAAAAAAAAAABeACAAAACfIEAAAAAAAAAAAAAAAAABHtAgAAEgAAAl1AAAAAAAAAAB7AIAAABIAAAAJdgAAAAAAAAAABc
     dgAAAAAAAAAAAAAeB8CAAAEAAAACfIEAAAAAAAAAAAAAAH8AgAAEgAAAl1AAAAAAAAAAAAAAB/
     QIAABIAAAAJdgAAAAAAAAf4CAAAEAAAACfTFAAAAAAAAAAAAAAELAwAAEgAAAl1AAAAAAAAAAAAAAAAA
     ABDAMAABIAAAAJdgAAAAAAAAAAAAAQ0DAAAEAAAACfIEAAAAAAAAAAAEaAwAAEQAAAl1AAAAAAAAAAAAAAAAA
     AAAABGwMAABIAAAAJdgAAAAAAAAAAAAAARwDAAAEAAACfIEAAAAAAAAAAAEpAwAAEQAAAl1AAAAAAAAA
     AAAAAAABKgMAABIAAAAJdgAAAAAAAAAAAAAASsDAAAEAAAACfIEAAAAAAAAAAAE5AwAABAAAAAnyBAAAA
     AAAAAAAAAABRgMAABEAAAAACfQEAAAAAAAAAAAUcDAAASAAAACXYAAAAAAAAAAAAAAFIAwAABAAAAAnyBAAAAAAALBQ
     AAwAAAAAABRgMAABEAAAAJdQAAAAAAAAAAAVYDAAASAAAAACXYAAAAAAAAAAAAAFXAwAABAAAAAFXAwAAAABAAAAAn
     yBAAAAAAAAAAAAAAABZAMAABEAAAAACXYAAAAAAAAAAAAAWUDAAASAAAACXYAAAAAAAAAAAAAFmAwAABAAAAA
     AAlUBQAAAAAAAAAABggMAABEAAAAACXYAAAAAAAAAAAAYMDAAASAAAAACXYAAAAAAAAAAAAAAAAEGEAw
     AABAAAAAlXBQAABQAAAUAAABkQMAABEAAAAACXYAAAAAAAAAAAAAAZIDAAASAAAAACXYAAAAAAAAAAAAAAAAAG
     TAwAABAAAAAlaBQAAWAAAAMAAAAoBoAMAABEAAAAACXYAAAAAAAAAAAAAeAwAABAAAAA
     AAGiAwAABAAAAAnyBAAAAAAAAAAAAABrwMAABEAAAAACXYAAAAAAAAAAABBDAAASAAAAACXYAAAAAAA
     AAAAAGxAwAABAAAAAnyBAAAAAAAAAAAAABvgMAABEAAAAACXYAAAAAAAAAAAAAb8DAAASAAAAACXYAAAA
     AAAAAAAAAAHPAwAABAAAAAnyBAAAAAAAAAAAAAB3AMAABEAAAAACXYAAAAAAAAAAAAB3ADAAASAAAAACXYA
     AAAAAAAAAAHPAwAABAAAAAnyBAAAAAAAAAAAAAB3AMAABEAAAAACXYAAAAAAAAAAd0DAAASAAAAACXYA
     AAAAAAAAAAHeAwAABAAAAAnyBAAAAAAAAAAAB3AMAABEAAAAACXYAAAAAAAAAd0DAAASAAAAACXYAAAAd
     AAAAAAAAAAYcEAAAEAAAACf4FAAAAAAAAAAAAaGUBAAAd0AAAAAAAAAAAfYDAAAEAAACXYAAAAAAAAAAAd
     AAAAAAAAAAAAHeAwAABEAAAAACYUF8FAAAAAgAAAAgGUBAAAll1AAAAAAAAAABlQQAABIAAAAJdg
     AAAAAAAAAAAAAYcEAAAEAAAACYUF8FAAAAgAAAAgj1BAAAEQAAAl1AAAAAAAAAABpQAABIAABIAABIAAAJdg
     AAAAAAAAAAAAAYEAAAEAAAACYUF8FAAAEAAAAAGjBAAAEQAAAl1AAAAAAAAAABpAQABIAABIAAAAJdg
     JdgAAAAAAAAAAaUEAAAEAAAACYUFAAABBAAAAAAAAAAAUEAAAEAAAACYUFAAAAAAAAAAAAAAG
     BIAAAJdgAAAAAAAAAAa0EAAAEAAAACMEAAAEAAAACYUFAAAHQBAAAEAAAAACYUFAAAAAAAAAAH
     QBAAAEAAAACXYAAAAAAAAAAdIEAAAEAAAAACfIEAAAAAAAAAAAAAAHQBAAAEAAAACYUFAAAAAAAAAAAAAAB0
     QAABIAAAJdgAAAAAAAAAAAAdIEAAAEAAAACfIEAAAAAAAAAAAAAAAAAAAfbBAAAAEAAAAgAAAACBCVFa3Ryb24z
```

128391

uQ21zK9yz2FuaXphdeivPDi5JTwVUdH0VNtt4YRhBQAARmPBQAACzaFAAAJKQUAAAmsBQAACZMFAAAJlAUA
AAmVBQAACZYFAAAJlwUAAAmYBQAACZkFAAAJmgUAAAnbBQAACZwFAAAJnQUAAAmeBQAACZ8FAAAJoAUAAAmhB
QAACaIFAAAJowUAAAmkBQAACaUFAAAJpgUAAA0IB9wEAAAAAQAAABAAAAAEJUVrdHJvbi5TDbXMuT3JnYW5pzationpem
F0aW9uLklNZW51SXR1bUlhdGVGZFAAAACacFAAAJqAUAAAmpBQAACaoFAAAJqwUAAAmsBQAACa0FAAAJrgUAAAm
vBQAACbAFAAAJsQUAAAmyBQAACbHFAAAAwfdBAAAAAEEAAAAAQAAABCVFa3Jyb24uQ21zLk9yZ2FuaXphdGlvbi5JTWV
bi5JTWVudUl0U2l1EYXRhFBQAAAm0BQAACbUFAAAJtgUAAAmbBQAACbgFAAAJuQAAAm6BQAACbsFAAAJvAC0wb
Am9BQAACb4FAAAJvwUAAAnABQAADQMH3gQAAAAAAAAAAAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU
1lbnVJdGVGVRGF0YQUAAAJwQUAAAnCBQAACcMFAAAJxAUAAAnFBQAACcYFAAAJxwUAAAnIBQAACckFAAAAnBwf
fBAAAAEAAAAAIAAAABCVFa3Jyb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXRhBQAAnKBQAACcsf
AAAJzAUAAAnNBQAACc4FAAAJzwUAAAnOCB+

AEAAAAAQAAAAQAAAAEEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLklNZW51SXR1bUlhdGVGZAAAACdwAAAJ0AUAAAnf
jBAAAAEAAAAAAABCZFa3Jyb24uQ21zLkZyYW1lld29ya29yayVSYXAAkIBgAACQkAAAAJCgYAAAAJ0QUAAAnS
BQAACdMFAAAJ1AUAAAnVBQAACdYFAAAJ1wUAAAnYBQAACdkFAAAJ2gUAAAnbbQAADQUH0g9QAAAAAAAAAAAAAAA
AQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuWtrYW50dGhpbmdsZU5vdGVQAAJ6QUAAAnQ0AAAAJPgYAAAA/
JAQ4UAAAAnsBQAACd0FAAAJ3gUAAAnfBQAACeAFAAAJ4QUAAAniBQAACeMFAAAJ5AUAAAn1BQAACeYFAAAJ5wUAAAn0Y
W9kUBQAAAQGCZTAAAlcBgAACAMFXGFMdvFFQAAAAAQAAAABAAAAAEEJUVrdHJvbi5DbXMuRnJhbWV3b3JrLklSZW1vdGVAAA
AAnZAAAIBAAAAOHYAUAAAnbBQAACd4FAAAJ3wUAAAngBQAACeEFAAAJ4gUAAAnjBQAACeQFAAAJ5QUAAAnmBQAA
CecFAAAJ6AUAAAnpBQAAneqBQAAnuBQAACesFAAAJ7AUAAAntBQAACe4FAAAJ7wUAAAnwBQAADQMH3gQAAAAAAAQAAAAQ
AQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuSVJlbW90ZU5vdGVQAAJ8QUAAAnZAAAJ3gYAAAA/JAQ4UAAAAntBQAAMM
9uLkNtcy5GcmFtZXdvcmsuSVJlbW90ZU5vdGVQAAJ/QUAAAniZAAAJ3gYAAAA/JAQ4UBQAAC

wYAACCgcBQAAAAEAAAAEAAAABCZFa3Jyb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZWlEYXRhBQAAJf
wYAAAmBQAACYEGAAAJ3gYAAAAQAAAAQAAAAECZFa3Jyb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZWlEYXRhBQAAJf
rLlVJLlRyZWUuSVRyZWVWb2RlAAAAmGBgAAADQMHNgUAAAAAAAAAAAAAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvc
cmsuVUkuVHJlZS5JVHJlZU5vZGVQAAACYGAAAJiAYAAAmJBgAACYoGAAAmGgYAAADQMHNgUAAAAAAAAQAAAAQAAAABCZFa3
m9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGVQAAACYsGAAANAwdBAAAAAEAAAAAIAAAABCZFa3
Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLklUcmVlTm9kZQUAAAJjQYAAAmOBgAACY8GAAAmGgYAAANAwdBA
AAAAEEAAAAIAAAABCZFa3Jyb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLklUcmVlTm9kZQUAAAmRBgAACZIGAAAJ
kwYAAAmUBgAACZUGAAAJlgYAAAmXBgAACZgGAAAJmQYAAAmaBgAACZsGAAAJnAYAADQMHNgUAAAAAAAQAAAAQAAAABCZFa3
RyZWUuSVRyZWVOb2RlUBQAAAmnBgAACZgGAAAJmQYAAAmaBgAACZsGAAAJnAYAADQMHNgUAAAAAAAQAAAAQAAAABCZFa3
RyYW1ld29yay5VSS5UcmVlLklUcmVlTm9kZQUAAAmfBgAACaAGAAAJoQYAAAmiBgAACaMGAAAJpAYAAAmlBgAAC
AoHcwUAAAAAAAAAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZGVQAAACaQGAAAJ
AJowYAAAmkBgAACaUGAAAJpgYAADQUH0d8FAAAAAAAAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU
yZWUuSVRyZWVOb2RlUBQAAAmnBgAACagGAAAJqQYAADQMHNgUAAAAAAQAAAAQAAAABCZFa3Jyb24uQ21zLk9y
AAAAAAJEgEAAAkTAQAACRQBCRkKAAAAACRKAAAAABCRkBAAAUBUfn//+v///
8EAAAAAAArAGAAAuUEFIL1NWZWNpYYWpx0aWNmhdHJpYy1Xl1naXQtTG9zacy1TdXXJnZXZ5 5LwkXAAAAAKgA
AAAAAAAAJEAAAAEAAAA1JswYAAAoAqgAGAAIAAAABkAUAAAAAACAAAGAAAJqQCnAAACRAAEAAAFH+f//6////
AAAAAAkhAQAACSIBAAAJEAAAAACKAAAAAEJKAEAAAAFFH+f//6////

... wQAAAGzGgYAAEAGEtQQUGy03EFtY2lhbbHRpZXMVQmIyddhQDUEFjZS8dFWAAACAAAAAAARAUCRAAAACAAAACb0GAA
... AKAKsAAIACAAAAAZEFAAAIAAAA2QAAgAIAAABkAQAAAAAAAkQAAAAAAAAAAAAAJMAEAAAkxAQAACRAAAAA
... BCTcBAAABPfn//+v///
... 8EAAAABsQGAAAxUEFIL1NwZWNpYWx0aWVzLlRoZSICcmVhc3QtQtQ2FyZS1DZW50ZXItYQtUGFya2VyLwkXAAA
... AKgAAAAAAAAJEAAAAAMAAAAJxwYAAAoA2QAAgAIAAAABkgUAAAgAAACsAACAAgAAAGQBAAAAAAAACRAAAAAA
... AAAAAAAAAAk/AQAACUABAAAJEAAAAAEJRgEAAAEz+f//6////
... wQAAAGzgYAAAtjYW5jZXJjYXJlLlwkXAAAAKgAAAAAAAAJEAAAAQAAAAJ0QYAAAoArAAAgAIAAAABkwUAAA
... gAAACtAACAAgAAAGQBAAAAAAAACRAAAAAAAAAAAAAAAl0AQAACU8BAAAJEAAAAAEJVQEAAAEp+f//6////
... wQAAAAG2AYAACNCHDYXJkaW9sb2d5LmNTdLWF0LVBhcmtlci5wQtCSG9zcHRpWwvcRcAAAAqAAAAAAAAAA
... kQAAAABQAAAAnbBgAACgCtAACAAgAAAAGUBQAACAAAANAAAIAAAACAAAAA2AAAAAAAAAAJEAAAAAAAAAAAAAACV0
... BAAAJXgEAAAkAAAAAAQlkAQAAARX5///r////
... BAAAAbiBgAAL1BBSC9TcGVjaaWFsdGllcy9DZW50dXJhLlUhlYWx0aC1QaHIzaWNpYW5WNpYW4tR3JvdXAvCRcAAAAqA
... AAAAAAAAAkQAAAABgAAAEnlBgAACgDQAACAAgAAAAGVBQAACAAAAK8AAIACAAAAZEAAAAAAAAAJEAAAAAAA
... AAAAAACWwBAAAJbQEAAAkQAAAAAQlzAQAAARX5///r////
... BAAAAbsBgAAGVBBSC9TcGVjaaWFsdGllcy9EaWFlRlcy8JFwAAACoAAAAAAAAACRAAAAAHAAAACe8GAAAKA
... K8AAIACAAAAAZYFAAAIAAAAsAAAgAIAAABkAQAAAAAAAkQAAAAAAAAAAAJewEAAA18AQAACRAAAAABCY
... IBAAABC/n//+v///
... 8EAAAABvYGAAATRW1lcmdlbmbmN5LVNlcnZpY2VzLwkXAAAAKgAAAAAAAAJEAAAAgAAAAJ-
... QYAAAoAsAAAgAIAAAABlwUAAAgAAAADMAAgAIAAAAGQAAAAAAAAACRAAAAAAAAAAAAAAmKAQAACYsBAAAJEA
... AAAAEJkQEAAAEB+f//6////
... wQAAAAGAAcAADJQQUgvU3BlY2lhbHRpZXMvRXaWx5LU1lZGljaW5lLTdBWx5LXLUZUlhbWlseSBsBZG9wdGlvbi1TdXBwb3J0LwkX
... AKgAAAAAAAJEAAAAsAAAAJAwcAAAoAoAzAAAgAIAAAABmAUAAAgAAAACsAACAAgAAAGQBAAAAAAAAACRAAAAAA
... AAAAAAAAAmZAQAACZCoBAAAJEAAAAAEJoEAAAH3+P//6////
... wQAAAAGCgcAACNQQUgvU3BlY2lhbHRpZXMvR2VuZXJhbC1NZWRpY2luZS5wQtCSG9zcHRpWwvcRcAAAAqAAAAAAAAAA
... oAAAJDQcAAAoAsQAAgAIAAAABmQUAAAgAAAACsAACAAgAAAGQBAAAAAAAAmoAQAACak
... BAAAJEAAAAAEJrwEAAAHt+//6////
... wQAAAAGFcCaABhQQUgvU3BlY2lhbHRpZXMvR2VuZXJhbC1NZWRpY2luZS5wQtCSG9zcHRpWwvcRcAAAAqAAAAAAAAAA
... 0UAIACAAAAZoFAAAIAAAsBUAgAIAAABkAQAAAAAAAkQAAAAAAAAAAAJtwEAAAm4AQAACRAAAAABCb4
... BAAAB4/j//+v///
... 8EAAAABh4HAAAtL3BhaBL3BhaC9TcGVjaaWFsdGllcy9uZWuZWFsdGgvCRcAAAAqAAAAAAAAAkQAAAAqAAAAJ0QYAAA
... AAAAAAAAA0AAAAAAkhBwAAAIAhBwAACgCCAAAgAIAAAABawUAAAgAAAACsAACAAgAAAGQBAAAAAAAA
... AAAACcYBAAAJxwEAAAkAAAAAQnNAQAAARX5///r////
... BAAAAAYoBwAAHLlBBSC9TcGVjaaWFsdGllcy9OZXVyby1neW5ZWZWuY2VyLwkXAAAAKgAAAAAAAAJEAAAA0AAAAJK
... wcAAAoA2QAAgAIAAAB8T3JkaWwhbbD5rX19CYW5nRmllbGQzBUAACdY
... AAAEJ3AEAAAHP+//6////
... wQAAAAGMgcAACQpQQUgvU3BtSm9bnQtUmVwbGFjZW1lbnQtUHJvZ3JhbXMwkXAAAAKgAAAAAAAAAJEAAAAANMAAAAAJ
... AACAAA0AAAAAOAAAAACTUHAAAKAMQAAIACAAAAZFAAAAJCSQUHBmVyRWR0cm9jm9uLc9ulkNtcy5Pcmcmchbbml6YXpb24uQ29tdUgvudVudE1
... lbnVJdGVtRGF0YQ8AAAAPExpbmtmVUxBIhMX0JhY3JpdGVlWShBcm3nhY3eWhlbnRmPU43Z0MyJ
... aW5kVXtGVtRGRF0YQ8AAAAPExpbmtmTUxBIhMX0JhY3JpdGVlWShCaXRlcDBsbmJ5TVoeY21ZW0pZ2
... aW5RmlbGF3LBBSG9zcHRpWwvcRcAAAAqAAAAAAAAJEAAAAANMAAAAAAkiBwAAAKAIhBwAAAKAcQAAgAIAAABawUAAAgAAAAC
... sAACAAgAAAGQBAAAAAAAAmNAQAACc4BAAAJAAAAAAQndAEAAAHP+//6////
... 8EAAAABh4HAAAtL3BhaBL3BhaC9TcGVjaaWFsdGllcy9uZXuVZWFsdGgvCRcAAAAqAAAAAAAJEAAAAqAAAAAJ0QYAAAoAsAAAgAIAAA
... ABawUAAAgAAAACsAACAAgAAAGQBAAAAAAAmcAQAACc4BAAAJAAAAAAQndAEAAAHP+//6////
... a19fQmFja2luZ0ZpZWxkJk1lbnVJdGVyRGF0YQ8PYZW50SWQgUGFyZW50SWQ+
... a19fQmFja2luZ0ZpZWxkJk1lbnVJtY3VMlRGRF0YSs8VGQddD5rX19CYW5naWVsbGGQiTWVudUdhc2VzVEVYRhK
... zxUeXBlUGFttfX0JhY3tpbmdGaWVsZCZMCJZLZUZURhdGEyPHyZ2FtEHyWY+
... a19fQmFja2luZ0ZpZWxkJkVttbbnVJtY3VMlRGRF0YSs8VGYZV0PmttfX0JhY3tpbmdGaWVsZCZCaZW50NXFmFtuZX5QmFzZURhd
... GErPEFuY2VyaXByZ0gySWQ+a19fQmFja2luZ0ZpZWxkZWxtlFttbnVJtY3VMlRGRF0YSs8RGVzY3JpcHRpcnb24+
... a19fQmFja2luZ0ZpZWxkJkU1bbnVJtY3VMlRGRF0YSs8T3JkaWwhbD5rX19CYW5naWVsZCZtbllbGJGQjTVVdUdJhc2VzVEVY
... XRhKzzJdGVtcz5rX19CYW5naWVsbGGQGnTVVdUJhc2VzVEVYXRhKzxJbWFnZVBhdGg+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YQ8SW1hZ2VQdmVycmVlcy5lX19CYW5naWVsbGGQdQ21zR
... GF0YWAxKzzJZD5rX19CYW5naWVsbGGQGQEAAAAAQQBAQBAAMBAAAwRWt0cm9uaWNtNXDb21btb24uUmVbbn
... VtZXJhdGlbNZW51SXRlbUVleBlDwAAABkcJCSWRpY3Ryb24uQ2xvc2dYk19CYW5naWVsbGGQ2puYk54u5NHUs5Fa0Vd
... uK011bnVJdGVtVHlwZQ8AAAAZJCKUBU31zdLkNtcy5Pcmcmcmchbbml6YXpb24uQ29tdUgvudVudE1lbnVJdGVtRH
... lwZS5yZ2FuaXphhdGlbbmlIdGhHYmcwgUHVbaBihvYXk19EYW5naWVsbGGQ4mJbmRSeVYWNocwcygVmVyc2l2bj05L
... jAuMC4yNDkssIEN1bmU19mKmlcmLJHbHJcbWVcmcmcmcmchdLkNtcy5ZS2V5Q19hZGFkJHNYSkXd3NTU5TYJjNGZhMjFlN2iVZV1dAQkFAA
... AABcr4//
... 8wRWt0cm9uaWNtNXDb21btb24uTvXZXJhdGlbbNZW51SXRlbUVleBlDwAAQAAAAd2YWx1ZV9fAAg
... PAAAAAAAAAEAAAB6hwCAAgAAGQBAAAAAAAACeoBAAAByPj//+v///
... 8BAAAAACe0BAAAJFwAAACoAAAAAAAAACRAAAAPAAAACXIgCAAgAAAAWeBQAAKEVrdHHJvbi5
... DbXMuT3JnYW5pemF0aW9uLkxpcxMbmt1NZW51SXRlbBURhdHENEAAAAACX1lbbnVJdGVtRGF0YSs8SXRlbUlkPmtfX0Jh
... Y2tpbmdGaWVsZCZNZW51SXRlbUVdRGEyFPPFBhcmVudElrPmtfX0JhY2tpbmdGaWVsZCZNZW51SXRlbUVYRH
... FRleHQ+/
... a19fQmFja2luZ0ZpZWxkJk1lbnVJtY3VMlRGRF0YSs8VGYZW0SWQgUGFyZW50SWQ+
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCZNZW51SXRlbVBhc2VURhdGErPE1lbnVJtbXRlbVR5cGVudUJhc2VR
... Jhc2VURhdGErzxIbmFnZUJhc2VUZERrPE1lbnVJtbXRlbVR5cGVudEJhc2VURGEylc2NyYXB0aW9uPmtf
... fX0JhY2tpbmdGaWVsZCZNZW51SXRlbVBhc2VURhdGErPE9yZGLyUYww+
... a19fQmFja2luZ0ZpZWxkK01lbnVJtY3VMlRGRF0YSs8SXRlbBXM+
... a19fQmFja2luZ0ZpZWxkJk1lbnVJtY3VMlRGRF0YSs8SWlhZ2VYRoPmtfX0JhY2tpbmdGaWVsZCZNZWZZ
... URhdGErPEltYWdlY1dlJZ3lcbkpzZUJhY2tpbmdGaWVsbGGMgMSs8SWQ+
... a19fQmFja2luZ0ZpZWxkK01lbnVCYXNlRGF0YQ8SWlhZ2VQdmVyXAAABBAEBAAAEAAwEAAAkJLEVrdHJvbkhjbS5Pb
... WVudUl0ZW1UeXBlAAAAkIpQFTeXN0ZW0uU29sdQ29sbbVjdGlbbnMuR2VuZXJpYy5MaXN0YF9YDFbW0VrdHJvbkhjbS5PbXX

```
MuT3JnW5penHF0aW9tzK1nZwW51sKUJ0RHdGessI3PvrGHJD9bBXMuQ25udGmY3k2tQBWXYzaW9uPTkuMC4
wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmEEyMWU2M2JlXV0BCQUAAAAA
AAAAAAAAAQBAAAAAAAACfYBAAABwfj//+v//
8FAAAACfkBAAAJ7wEAAACoAAAAAAAAACRAAAAAQAAAACUMHAAAAJEAAAAABXIACAAgAAAAGfBQAACAAAAANIAAIA
CAAAAZAEAAAAAAAAAJEAAAAAAAAAAAAAAAACf4BAAAJ/wEAAAkQAAAAAQkFAgAAAbf4///r////
BAAAAAZKBwAAH1BBSC9TcGVyGvjaWFsdGlly9SZWhhYmlsaaXRhdGlvbi8BFwAAACoAAAAAAAAACRAAAAAAAAAAC
U0HAAAAKANIAAIACAAAAAAFAAAIAAAA0wAAgAIAAABkAQAAAAAAAAAkQAAAAAAAAAAJDQIAAAkOAgAACR
AAAAABCRQCAAABrfj//+v///
8EAAAABlQHAAAAgUEFIL1NwZWNpYWx0eW190aWMtU3VyZ2VyeS8JFwAAACoAAAAAAAAACRAAAAASAAA
ACVcHAAAAKANMAAIACAAAAAAaEFAAAIAAAA1QAAgAIAAABkAQAAAAAAAAAkQAAAAAAAAAAAAAAJHAIAAAkdAgAA
CRAAAAABCSMCAAAABo/j//+v///
8EAAAAB14HAAAAnUEFIL1NwZWNpYWx0eW1901VzWVvwLURpc29yZGVycy1DRcAAAAqAAAAAAAAAAk
QAAAAEwAAAAlhBwAACgDVAACAAgAAAAGiBQAACAAAAOkRAIACAAAAZAEAAAAAAAAAJEAAAAAAAAAAAAAAAACSsC
AAAJLAIAAAkQAAAAAQkyAgAAAAZn4///r////
BAAAAAZoBwAAH1BBSC9TcGVyGvjaWFsdGllcy9TcGluZS1TdXJnZXJ5LWFuZAAAAAKgAAAAAAAAAJEAAAABUAAAAJa
wcAAAAoA6REAgAIAAAABowUAAAgAAADXAACAAgAAAAGQBAAAAAAAACRAAAAAAAAAAAAAAAAACk6AgAACTsCAAAJEA
AAAAEJQQIAAAGP+P//6////
wQAAAAGcgcAAAdQDQQUgvU3BlY2lhbHRpZXMvU3Ryeb2tlLwkXAAAAKgAAAAAAAAAAJEAAAAAABYAAAAJdQcAAAoA1w
AAgAIAAAABpUAAAAgAAAADeEwCAAgAAAAGQBAAAAAAAACRAAAAAAAAAAAAAAAAlJAgAACUoCAAAJEAAAAAEJUAI
AAAGF+P//6////
wQAAAAGfAcAABhQQUgvU3BlY2lhbHRpZXMv3XMvXJvbX5kZStZGVsEtSdGVzcy8JFwAAACoAAAAAAAACX8HAAAKN
4TAIACAAAAAaUFAAAIAAAAtgAAgAIAAAABkAQAAAAAAAAAkQAAAAAAAAAAJWAIAAAlZAgAACRAAAAABCV8
CAAABe/j//+v///
8EAAAABoYHAAAABUEFIL1NwZWNpYWx0eW1901vZGFsaXR5L1dvNhcmUtVcRcAAAAqAAAAAAAAAAkQAAAAABBwAA
ACgC2AACAAgAAAAGmBQAACAAAAAN8TAIACAAAAAAcFAAAIAAAA1JEAAAAAAAAAAAAAAAACWcAAAJaAIAAAkdAgAAAAA
AQluAgAAXH//r////
BAAAAAaQBwAAI1BBSC9TcGVyGvjaWFsdGllcy9PdGhlci1UcGVyGvjaWFsdGllcy8JFwAAACoAAAAAAAACRAAAAAAZA
AAACZMHAAAAKAN8TAIACAAAAAacFAAAIAAAAggwAgAIAAAAC9AACAAgAAAAkQAAAAAAAAAAAAAAAADJgIAAAl3Ag
AACRAAAAAABCX0CAAABZ/j//+v///
8EAAAABpoHAAAAMI1ByZVJlZ01vZGFyFGFsCRcAAAAqAAAAAAAAAAkQAAAAAAQAAAAmdBwAACgCCDACAAgAAAAGoBQA
ACAAAAMQAAAAIACAAAAaAAgAIAAAAAJEAAAAAAAAAAAACYUCAAAAjhgIAAAkXDAAAAAACYUCAAAAAY35CAAAg8AAAAA
BAAAAAakBwAAPVBBSC9TcGVyGvjaWFsdGllcy9PdGhlci1TcGVyGvjaWFsdGllcy8JFwAAACoAAAAAAAACAAAAAAZA
CAAgAAAAkQAAAAAAAAAAAAAAAlAAAAAWxAgAACRAAAAAABCZsCAAAAU/j//+v///
8EAAAABq4HAAAAiRm9yLVBVHGdmllbnRzLWFuZHMLwFuRFwAAACoGAAAAWFACAAgAAAAL0AAIACAAAAACRAAAAAAAAAAA
AAAJsJsCAAAoAWxMAgAIAAAAABgqUAAAAWFACAAgAAAAUBQAACAAAAABAVAIACAAAAvQAAgAIAAAAAAIAAAAAAAA
AAAJEAAAAAEJqgIAAAFJqgIAAAAFJ+P//6////
wQAAAAGuAcAABhQTWVkaWNhbHRlc1SZWNvcmRzLTwkXAAAAKgAAAAAAAAAAJEAAAAkAAAAJ6gcAAoAVgQAgAIAAAAA
BsAUAAAgAAAADKACAAgAAAAL0AAIACAAAACRAAAAAAAAAAAAAAAAn8AgAACf0CAAAJEAAAAAEJAwDAAAGQ//v//
6////
wQAAAAG8QcAAEZmb3Imb1tGF0aW9uLXVzLLWthbmxIaWdoLbPhcmUt5Zi5yYWdvYW50c2V0ZXNyLWtlLX
Jlc3BvbnNpYmxlLWZvcmVxdWVzdAAAAAVAAAAAAQAAAgAAnBwaAAAAT4j///r////
EAIACAAAAvQAgAIAAAAEAAAAAAAACQsDAAAJDAMAAAAkQAAAAAnlAgAAAST4///r////
BAAAAAb7BwAAALEZvci1QYXRpZW50cy1hbmQtRmFtaWxplcy8JFwAAAAA0+
BwAACgCyBYACAAgAAAAGyBQAACAAAAMgAIACAAAAvQAgAIAAAAJEAAAAIEAAAACRoDAAAJGwMAAAAkQA
AAAKhAhAwAAAfz3///r////
BAAAAAYFCAAAOlBBSC9TcGVyGvjaWFsdGllcy9Wb251bj5lY3Q0UGFzZm9l4xUUHlWx0Db2xvc
mFkby8JFwAAACoAAAAAAAAAJKQMAAAkkAwAAAAkQACAAgAAAAJACOARWAAAABCTAAAAB0v//+v///
8EAAAABg8IAAAAzUEFIL1Zvci1QYXRpZW50cy1hbmR1UHdpbFQtRmFtFTaWxpZXMvTWVkaWNhbHNctUS5Sb5mb3JtYXJpb
AAAAqAAAAAAAAAAkQAAAAAvAAgAIAAAABkSCACAAAAv0AAIACAAAACBCXACAAAABQAAnQUAAAHt9///yvj//
wAAAAABAAAjHgAgAIAAAABdQAAAAAAAA+AwAAAev3///r////
AQAAAlBAwAACRcAAAAkAAAAkQAAAQAAAkAZCAACAAAA4iEAgAIAAAABtQUAAgAAACPAACAAAAAA
```

... gAAAfBBAAAAAAAACRAAAAAAAAAAAAAAAAATCWAACUcDAKBJAYAAAAABTQMMAAHW9///8/992
... wQAAAAGIAgAACFQQUgvQWJvdXQtVXMvMTAtWWVVhci1Bbm5pdmVyc2FyeS88JFwAAACoAAAAAAAACRAAAAACAA
... AACSMIAAAKAI8AAIACAAAAAbYFAAAIAAAAkgAAgAIAAABdAQAAAAAAAAkQAAAAAAAAAAAAAAAJVQMAAAlWAwA
... ACRAAAAABCVwDAAAB1/f//+v///
... 8EAAAABioIAAAfUEFIL0Fib3V0LVVzL0F3YXJkcy1hbmQtSG9ub3JzJzLwkXAAAAKgAAAAAAAAJEAAAAAQAAA
... JLQgAAAoAkgAAgAIAAAABtwUAAAgAAABfFACAAgAAAF0BAAAAAAAACRAAAAAAAAAAAAAAAlkAwAACWUDAAAAJ
... EAAAAAEJawMAAAHN9///6////
... wQAAAAGNAgAACkvUEFIL0Fib3V0LVVzL1Bhcmtlci1Ib3NwaXRhbHMtQnVzZGF0aW9uLwkXAAAAKgAAAAAAA
... AJEAAAAAUAAAAJNwgAAAoAXxQAgAIAAAABuAUAAAAgAAABeAQAAAAAAF0BAAAAAAAACRAAAAAAAAAAAAAAAAAl
... zAwAACXQDAAAAJEAAAAAEJegMAAAHD9///6////
... wQAAAAGPggAACRQQUgvQ29tbXVuaXR5LL0NvbnRyaWJ1dGlvbnMvPHyAAAACoAAAAAAAACRAAAAA
... AGAAAACUEIAAAKAF4BAAAAAAAAAkbkFAAAIAAAAIAAgAIAAABdAQAAAAAAAkQAAAAAAAAAAAAAAJggMAAAm
... DAwAACRAAAAABCYkDAAABuff///+v///
... 8EAAAABkgIAAAZUEFIL0Fib3V0LVVzL091ci1MZWFkZXJzaGlwLwkXAAAAKgAAAAAAAAJEAAAAAcAAAAJSwgAAAo
... AiAAAgAIAAAABugUAAAAgAAACGAACAAgAAAF0BAAAAAAAACRAAAAAAAAAAAAAAAAmRAwAACZIDAAAAJEAAAAAEJ
... mAMAAAGv9///6////
... wQAAAAGUggAABlQQUgvQWJvdXQtVXMvVDNvVLVNwb25zb3IvCRcAAAAqAAAAAAAAAkQAAAACAAAAAAlVCAAACg
... CGAACAAgAAAAAG7BQAACAAAAAF8BAAAAAAAAXQEAAAAAAAAJEAAAAAAAAAAAAAAACaADAAAAJoQMAAAkQAAAAAQm
... nAwAAAaX3///r////
... BAAAAAAzcCAAAGFBBSC9BYm91dC1Vcy9GYXN0N0LUZhY3RzRzLwkXAAAAKgAAAAAAAAJEAAAAAkAAAAJXwgAAoAX
... wEAAAAAAAAABvAUAAAAgAAAACRAACAAgAAAF0BAAAAAAAACRAAAAAAAAAAAAAmvAwAACbADAAAAJEAAAAAEJtg
... MAAAGb9///6////
... wQAAAAGZggAACZQQUgvQWJvdXQtVXMvTWlzc2lvbi9NaNXnzaW9uLS0tVmFsdWVzLwkXAAAAKgAAAAAAAAJEA
... AAAAoAAAAJaQgAAAoAkQAAgAIAAABvQUAAAgAAACTAACAAgAAAF0BAAAAAAAACRAAAAAAAAAAAAAAAAAAm+
... AwAACb8DAAAAJEAAAAAEJxQMAAAGR9///6////
... wQAAAAGcAgAAB9DZW50dXJhcnkTFW0cAc1SZXNlb1YXJjaC1DZW50ZXRVicRcAAAAqAAAAAAAAAAkQAAAACwAAAA
... lzCAAACgCTAACAAgAAAAAG+
... BQAACAAAAAJQAAIACAAAAAXQEAAAAAAAAJEAAAAAAAAAAAAAAACc0DAAAAJEAAAAAEJzgMAAAkQDAAAkAAAAQnUAWAAAYf3///r/
... ///
... BAAAAAZ6CAAAMlBBSC9BYm91dC1Vcy9Sb2FkbWFwLLXRvLXRoZS1GdXR1cmUtUtb2YtSGVhbHRoLURoLUNhcmC
... RcAAqAAAAAAAAAkQAAADAAAAAl9CAAACgCUAACAAgAAAAG/
... BQAACAAAAJUAAIAACAAAAAXQEAAAAAAAAJEAAAAAAAAAAAAAAACdwDAAAJ3QMAAAkQAAAAAQnjAwAAAX33///r/
... ///
... BAAAAAaECAAAlVBBSC9Gb3ItUGF0aWVudHMtYW5kLVZpc2l0b3JzLLXNwaXJpdHVhbC1DYXJlLLwkXAAAAKgAAA
... AAAAAJEAAAAA0AAAAJhwgAAAoAlQAAgAIAAAABwAUAAJ4FAAAAAAAAAAAAF0BAAAAAAAACe8DAAABd//f//+
... v///
... 8FAAAACfIDAAAAJFwAAAAoAAAAAAAAACRAAAAAAOAAAACY0IAAAAEJwHwCAAgAAAAHBBQAAnguAAAAAA
... AAAAAwAAAgAIAAAAJ+wMAAAFw9///6////wUAAAAJ/
... gMAAAnvAQAAAAAkAAAAAACAAAAAJEAAAAAEAAAAAJawQAAAAAEBAAACRAAAAABCQoEAAABZvf///+v///
... CAAgAAAAkQAAAAAAAAAAAAAJAwQAAAkcEBAAACBEBAAAAABCQoEAAABZvf///+v///
... 8EAAAABpsIAAAXUEFIL0NvbW11bml0eS9Hc9Y9bmFFycy8JFwAAACoAAAAAAAAACRAAAAAAACRAAAAAAAAACZ4IAAAADA
... TAIACAAAAcMFAACeBQAAAAAAAAAADAAAACAAgAAAAkWBAAAAWD3///r////
... BQAAAAkzBAAACe8BAAAAAAAkQAAAAwAAAAkQAAAwAAAmkCAAACRAAAAAAJB4AgAIAAAABxAUAAJ0FAAAB
... 8r4//8AAAAAAAQAAAALYiAAAAAAAAwAAAgAIAAAAJJAQAAAFY9///6////
... wEAAAAJJwQAAAkXAAAAXAAKKgAAAAAAAAJEAAAAAQAAAAJrAgAAAkQAAAAkLEiAIACAAAAAcUFAAAIAAAA7AMgA
... IAAAADAACAAgAAAAAADAJLAQAAAKBtAAAkQAAAABCTMEAAABvTf///+v///
... 8EAAAABrMIAAAoUEFIL0NvbW11bml0eS9Tb2NpYWwtUmVzcG9uc2liaWxpdHktUGFydG5lcnNoaXBzLwkXAAAA
... JEAAAAAUAAAAJtggAAAoA7AMAgAIAAAABxgUAAAgAAADoAwCAAgAAAAMAAAAIACAAAAACRAAAAAAAAAAAAAAAk7
... BAAACTwEAAAAEJQgQAAAFE9///6////
... wQAAAAGvQgAABhQQUgvUQ29tbXVuaXR5L01zb1LZHVHdl2ci8JFwAAACoAAAAAAAACRAAAAAGAAAAAACAIAAAKAO
... gDAIACAAAAccFAAAIAAAANxAgAIAAAADAAAAgAIAAAAJSgQAAAlBAAACRAAAAABCVEE
... EAAAABvf//+v///
... 8EAAAABscIAAAcUEFIL0NvbW11bml0eS9Sc9Hcm93b1U3LUhzZF2F6F5LwkXAAAAKgAAAAAAAAJEAAAAAAcAAAAJ
... ygg
... AAAoAnxAAByAUAAAAAByAAAACEQCAAgAAAAAIACAAAAcRAAAAAAAAAAAAAAAlZBAAACVoEAAAAJEAAA
... AAEJYAQAAAAw9///6////
... wQAAAAGQOpBAACBQQUgvQ29tbXVuaXR5L0NZW51LZml0eS1CZW5lZml0cy8JFwAAAAqAAAAAAAAAJEAAAAAgAAA
... AJ1AgAAAoApBEAgAIAAAAByQUAAABK/f//8r4//
... 8AAAAAAQAAAAAKEiAAAAAAAAwAAAgAIAAAAJbgQAAAEp9///6////
... wEAAAAJcQQAAAkXAAAAXAAAKgAAAAAAAAJEAAAAAYAAAAJeAgAAAoAkK5AAAKgAAAAQAAAN4jAIACAAAAAcoFAAAASwQAgA
... IAAABA5AAAAAAAAAkQAAAwAAAAkDgAAAl3BAAAACX0EAAAAAJQgQAAAFE9///6////
... 8EAAAABuIIAAAxUEFIL0hlYWx0aC1bmZvcml1bHyWt2aWNlLW5uU3dpbDVY291Y21OLLyWt3k2pWBlYWt2aWB9LLUNhcmU
... AKgAAAAAAAAAJEAAAAAAAAAAJ5QgAAAoASwQAgAIAAAAByWwCAAgAAAAB4QAAgAIAAAADAAAAgAIAAAAJxAQAAAEl
... AAAAAAmFBAAAACYYEAAAAYYEAAAAJaQAAAEV9///6////
... wQAAAAG7AgAAB1QQUgvSGVhbHRoLWluZm9ybWF0aW9uLWFuZC1yZXNvdXJjZXMtbWhc29bdmcmljZXMtV2Vvmb3mb3
... JtYXRpb24LLwkXAAAAKgAAAAAAAAAAkQAAAAnvCAAAANQAAmbBAAAANCQAIACACAAAANcQAIACACAAAAAAeQE
... AAAAAAAJEAAAAAEJ2QQAAAFF9///6////
... BAAAAb2CAAACkNhZmNZmlyZXwsL04JW2Vycym'GBZmcm1hdGlvbjJbVMmZG9jbvimG91GdUSW5b3
... AAAegEAAAAAAAB5QAAAAAAAAKQAAAAAAAAAAAAAAJowQAAmkBAAACRAAAAABCaoEAAABAff//+v///

... 8EAzAAAgJgAAAPSGVmOHkoEuXpYJHCRhVCRcAAAAgAAAAAAAAAAKbQuAACg86AQAAAAAAAAH
... OBQAACAAAAANkQAIACAAAAeQEAAAAAAAAJEAAAAAAAAAAAAAACbIEAAAJswQAAAkQAAAAAAQm5BAAAAff2///r
... ////
... BAAAAAYKCQAAD0hlYWx0aHktSGFiaXRzLwkXAAAAAKgAAAAAAAAJEAAAAUAAAAJDQkAAAoA2RAAgAIAAAABz
... wUAAAgAAADYEACAAgAAAHkBAAAAAAAACRAAAAAAAAAAAAAAnBBAAACcIEAAAJEAAAAAEJyAQAAAHt9v//6/
... ///
... wQAAAAGFAkAAAxpVHJpYWdlLLUFwcC8JFwAAAACoAAAAAAAAACRAAAAAGAAAACRcJAAAANgQAIACAAAAAdAFAA
... AIAAAASREAgAIAAAD3AwCAAgAAAAkQAAAAAAAAAAAAAAJ0AQAAAnRBAAACRAAAAABCdcEAAAB4/b//+v///
... 8EAAAABh4JAAAMRWJvbGEtVmlydXMxMvCRcAAAAgAAAAAAAAAAkhCQAACgBJEQCAAgAAAAHRBQA
... ACQAAAAkQAAAAAAkQAAAAAQAAAAnvAQAAABiQJAAABMAoKCgAAAAAAAAACgoJJQkAAAAABiYJAAAAXMTA3Mzc0
... MjY5NTl8MTA3Mzc0MjY0OTMYTGWdoXY3BQQAAAACRwLRwAPEv//9j///
... 8AAAAABi0JAABcaHR0cHM6Ly9yZWWcuYWJjY2J2c1nbnVwLmNvbnVoS92aWV71L3ZpZfbW9udGuyYXNweD9hcz0
... hbXA7d3A3M9MTIyJmFytcDdhaWQ9QOVOVFVSZ2X3YTuA3F2Y7Y2FON9NT0yNzIKAAoAAdIFAAAJAAAACRAAAAAC
... AAAACRcAAAAGMkkAASxsMDczNzQyMDMWwNQoKCgAAAAAAAAACeMBAAAAJ5AEAAAkzCQAAAAAGNAkAABxBcxMDczN
... zQyNTU1N3wxMDczNzQxODQxMAYTEWdoXY3BQQAAAABxJEwNzM3NDI1NDEwNDNNDNEwCSQAAAAA4N
... EwXJEwNzM3NDI1NDI1NTU3AWAAAAUAAAAAAAAAAY4CQAABUFib3V0CesBAAAAKCgEBAAAAAAAAAAoKAcb2///Y////
... /
... AAAAAAY7CQAAAKS9QQUgvU3BlY2lhbHRppZSZMvmQmFyaWF0cmljjLVN1cmdlcnkvQWJvdXQgvCgAKAAHTBQAACQAA
... AkQAAAAAkQAAAAAAAAAAkXAAAAAkJAAAALMTA3Mzc0NDkzzODIKCgoAAAAAAAAAAnjAQAACeQBAAAAJQkAAAAAAAAAA
... AABkIJAAAXMTA3Mzc0MjY5MvY8MTA3Mzc4MTg0MTAwMTg0MTAwMTAGMTAGMTTAGQwkAAAAsxMDczNzQyMDMWwN
... DNl4xMDczNzQxODQxMF4xMDczNzQyNjQyNjkzNQMAAAAAGAAAAAAAAAGRgkAABBBBbSBJIGEgQ2FuZGlkYXRlCesB
... AAAKCgEBAAAAAAAAAAoKAbj2///Y////
... AAAAAAZJCQAANC9QQUgvU3BlY2lhbHRppZSZMvmQmFyaWF0cmljjLVN1cmdlcnkvQW0tSS1hLUNhbmRpbmRpZ2F0ZS8KA
... AoAAdQFAAAJAAAAAAkQAAAACRAAAAAEAAAACRcAAAAGTakAAAsxMDczNzQyODEyNYwxMDczNzQyODMWwNWNgoKCgoAAAA
... AJ5AEAAAAl1PCQAAAAAAGUAkAABxBcxMDczNzQyNTU1N3wxMDczNzQyUTU0MQNZTYwAwAAACAAAAAAAAAAAZUCQAAFENlbnRlcleBv
... ZiBFeGNlZGlzbnlCesBAAAAKCgEBAAAAAAAAAoKAar2///Y////
... AAAAAAaZXCQAAOC9QQUgvU3BlY2lhbHHRppZSZMvmQmFyaWF0cmljjLVN1cmdlcnkvQ2VudGVyLW9mLUV4Y2VsbGVuY2UvY
... 2UvcQAKAAHTBQAACQAAAkQAAAAkQAAAACRAAAAAEAAAAAAAAAACRcAAAAGcABmEJAAAfMzQ4XjM1Ml4xMDczNzQyODQxMF4xMDczNzQyQyTU2MQMAAAAAIAAAAAAAAAAAGYkAABhGaW5k5k
... IGEgQmFyaWF0cmljjIFN1cmdlb24iCesBAAAAKCgoBZPb//9j///
... 8AAAAABmUJAAA8L1BBSC9TcGVjaWFsdEGllcy9CYXJpYXRyaWMtU3VyZ2VyeS9GaW5kLWEtW2LEtQmFyaWF0cmljLVN
... lcmdlb2nvCQAAAAAkQAAAkQAAAAAAAACRAAAAAEAAAAAAAAAAAAAAGGmwAAAXMTA3Mzc0MjY5MzddXJyRyRWAWMgU3VyZ2VveQAAAAAACAkAAC
... BUaGUgQ2VudGVyIGZvcci8BCYXJpYXRyaWMeWMgMv3VyZ2VovcQAAAACgoBAQAAAAAAAKCgO9v//2P///
... wAAAAAGcwkAAEQvUEFIL1NwZWNpYWx0aWVzL0JhcmlhdHJpYy1TdXJnZXJ5L1TdXJnZXJ5L5L1RoZS1DZW50ZXItZm9yLUJhcmlhdHJpYy1Tdk5ITFIjaycm9yUYYXXJnhcm
... lhdHJpYy1TdXJnZXJ5L1TdXJnZXJyL5LwUAAAVAAAAAAAN 4wEAAAnkAQAAUm9ib3RpYy9GbGFWMgU3VyZ2VueQAAAAAAWQgkAABVpTnR5IFwAAAAAJEAAAAAAAAAAAAAAWMT
... A3Mzc0MjY5Mpib3RpY5j4wEAAAnkAQAAUm9ib3RpYy8KAAoAAdRFAAAJAAAAAAAJmH6EAAAAKCgAACgoBn4JAAAL
... MTA3Mzc0MjY9MTAzNzQyMAJJAAAAAAZ7CQAAHZMOOF4zNTeTeMTA3Mzc0MjY0MTEeMTA3Mzc0Mjc0NTYTDAAAACgAAAAA
... AAABn4JAAAzUm9ib3RpYy5TcGVjaWFsdEGllcdRyPYALwkXAAAAJ4wEAAAnkAQAAUm9ib3RpYy4KAAoAAdRFAAAJAAAAAAkNmH6
... EAAAAKCgAACgoB4JAAALMTA3Mzc0MjY9MkNAAAAAAZ7CQAAHZMOOF4zNTeTeMTA3Mzc0MjY0MTEeMTA3Mzc0Mjc0NTYTDAAACgAA
... AAAAAABn4JAAEwUm9ib3RpYy5TcGVjaWFsdEGllcdRyPYALwkXAAAAJ4wEAAAnkAQAAUm9ib3RpYy8KAAoAAdRFAAAJAAAA
... AAkNmH6EAAAAKCgAACgoBEvQmFyaWF0cmljy1GQVFzLwoAAqGB2wUAAAkAAAAJEAAAAAAJEAAAAsAAAAJFwAAAAauCQ
... AACzEwNzM3NDM4Mz4zMExcvAACgpbAAABcBcxMDczNzQyODM4Mz4zNTEeMTA3Mzc0MjY9M0ZTHCvSQAAAACgpAAQAAAAAAAAAAaCQAADO1hcm
... 3NDE4NDEWBrMJAAAAMvMTAGMTAJJAAAAAAANIQ1COBMD0MjmZ2F0ZAAaMvMTAGMTAJJAAAMT3VyZEXcvU2F0ZCBaaMvMTAGMTAJJAAAA
... AAAABrJAAAAMT3VyZEXcvU2F0ZCBaaMvMTAGMTAJJAAAMT3VyZEWcvU2FycuAAA8CQAAAAcEAAAADgAA8QAAAJgkAAA2m4lwoKCgEB
... CQAAAMv2X/MN0MZexCgoKAAAAAAAAAAAAaaBYEAAAnkAQAAAAWCQAAFfCQAAEWZ2F0ZAABDAAAaCQAAAAcAAAADgAAAAAAABoJA
... AAUUGF0aWVudCBCUZXN0aWvYOW1vbmlhbHMKCGFQAAAAAAAAAAACQoBZPb//2///
... wAAAAAGpwkAAABv4dEFAL4LLBBSC9TcGVjaWFsdFsdEGllcy9QYXJpYXRyaWMtU3VyZ2VyeS9QYXRpZW50LVRlc3RpbW9uaWUuaWF
... scy8KAAoAAdM4zExLwoAAqGB2wUAAAkAAAAJEAAAAAAJEAAAAsAAAAJFwAAAAuCQAAAyxMDczNzQyNE5NDU5AAAAAAACRAAAAAAA
... AAAAAAAAAApoJA
... 8AAAAABq0JAAAL4L4B13TcGVjaWFsdFsEllcy9QYXRpZW50LVR1c3RpbW9uaWUuaWFscy8KAAoAAdM4zExLwoAAaQB2wUAAAkAAA
... Byb2dyYW1zLwoAAqGB2wUAAAkAAAAJEAAAAAAJEAAAAsAAAAJFwAAAAaayCQAAAyxMDN5MDU5AAAaCRAAAAAAAAAAAAAAABpoJA
... AAUUGF0aWVudCBCUZXN0aWvYOW1vbmlhbHMKCGFQAAAAAAAAAAACQoBZPb//2///
... wAAAAAGrwkAAABv4dEFAL4L4MzExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCQAAAAAkQAAAkQAAAAAEAAAAAAAA
... scgr8KAAoAdM0M4zExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCesBAAAAKCgoBZPb//2///
... 8AAAAABr0JAAA4L4L4MzExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCesBAAAAKCgoBZPb//2///
... scy8KAAoAAdM0M4zExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCGFQAAAAAAAAACRAAAAAAAAoCQAAD0hcm
... lhdHJpY3Mg0RkXFcwnrAQAADgAAAAkwJAAA2m4lY6wEAAAnkAQAAACRAAAAaDgAA8QAAAJgkAAA2m4lBZEAAAnuuCQ
... AACzEwNzM3NDM0M2ExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCGFQAAAAAAAAACRAAAAAAAAoCQAADgAAAAAAAA
... 3NDE4NDEWvlhRrcwnrAQAADgBAAQAAAAAAAAAAAAAAACgoBZFv9v//2P///
... wAAAAAGywkAAABEvQmFyaWF0cmljjycy1GQVFzLwoAAqGB2wUAAACgA8CRAAAAJEAAAAAAJEAAAAsAAAAJFwAAAAauCQ
... AACZEwN3M4z4M2ExcvQmFyaWF0cmljyLVN1cmdlcnkvUHJvZ3JhbXMvCGFQAAAAAAAAAACRAAAAJEAAAAsAAAAJFwAAAAauCQAAAA
... 3NDE4NDEWBrMJAAAAMv3VyIEExvIEzv2F0ZlOF0aW9uCesBAAAMT3VyZEWcvU2F0ZCBaaMvMTAGMTAJJAAAMT3VyZEXcvU2F0ZCBaaMv
... AAAAAa5CQAAMC9QQUgvU3BlY2lhbHRppZSZMvmQmFyaWF0cmljjLVN1cmdlcnkvT3VyLUxvc0tACgaGB3
... AUAAAkAAAAJEAAAAAAJEAAAAsAAAAJFwAAAa8CQAAAyxMDczNzQyN4TM5CRAAAAJvgkAAA2m4lB
... CQAAAAcAAAADgAAAAkwJAAA2m4lBZEAAAnY 2UgQW
... CQAAAAAAcEAAAADgAAAAkwJAAA2m4lBrcwnrAQAADgBAAQAAAAAAAAAAAAaQAAFENlbnRlclecvQF9jcEpcnRoRoUGxhY2UKAAAaCgBZ2Ug
... B8zNDheMzU2XjEwNzM3NDE4NDEeXjEwNzM3NDE4NTM4AAAAAAAAAAaQB8FQAAFEEpcnRoRoUGxhY2UKAAAaCgBZ2Ug
... 1lbml0aWVzuCScAAAAKCgEBAAAAAAAAAoKATn2///Y////

AAAAAbiCgAAWS9QQUgv63BlY2lhHRpZXNVQmjydcHoBUGFjZS9FdVcFO1lUPC1HSPdCllcy8KAAoAA
d0FAAAJAAAACRAAAAAACRAAAAACAAAACe8BAAAGywkAAAEwCgoKAAAAAAAAAAAKCgnMCQAAAAAGzQkAABcxMD
czNzQyNjycyM3wxMDczNzQxODQxMQbOCQAACzEwNzM2NDDExCSQAAAAG0AkAAB8zNDheMzU2IjEwNzM3NDDE
4NDExXjEwNzM3NDI2NzIzAwAAABEAAAAAAAAAAbRCQAAF0JpcnRocGxhY2VzY2UgUHJlL2VsZ2dVyCfcBAAAK
CgEBAAAAAAAAAAAoKAS32///Y////
AAAAAAbUCQAAbGh0dHBzOi8vY2VudHVyeS5zZWNludVmb3Jtc3VibW10Lm5lLmdtdGxmc3N3VT3V0Rm9ybSS5hc3B4P
2Zvcm1uYW11PVPVBhcmtlicl9BZHZlbbnRpc3RRfSgSrSfSG9zcGl0YWxfdTJfUHJlLXJll2lzdHJhdGlvbnbgAoCgAB3gUAAA
kAAAAJEAAAAAJEAAAAMAAAAJFwAAAAbXCQAACzEwNzNzM3NDUwMTQl0CgoKAAAAAAAAAAJ4wEAAnkAQAACdo
JAAAAAAbbCQAAFzEwNzM3NDItMz1l3MDMfUwfvfDEwNzRsfzzzM3NDQ0Q0MTEJAAAAAAbeCQAAHzM0OF
OF4zNTZeMTA3Mzc0MTg0MTFeMTA3Mzc0MjcwMzWzQDAAAAEgAAAAAAAAAABt8JAAAIQWJvdXQgVXJMJ6wEAAAKOKA
QEAAAAAAAAAAAAAAACgoBH/b//9j///
8AAAAABuIJAAAlLlLBBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlllLOFib3V0LVLzwLwoACgAB3wUAAAkAAAAJEAAA
AAAEJEAAAAAQAAAAFwAAAblCQAACzEwNzM3NDE4NTQwCRAAAAAAAAABgC9yKAAB8zNDheMzU2IjEwNzM3NDE8N
DExXjEwNzM3NDNTQwWAwAAABMAAAAAAAAAAAbuCQAAF0zpbmQgYSBCaXZ0aFBsYWNllENsYXNzCScAAAAKCg
EBAAAAAAAAAoKARD2///Y////
AAAAAbxCQAANS9QQUgvU3BlY2lhbHRpZXNVQmlydGhQbGFjZS9GaW5kLtEtQ2hpcGQtQmylydGgtQ2xhc3MvcC8
gAKAAHgBQAACQAAAAIQAAAAJKAAAABgABAAAABgAABBvQAAAMTA3MzcONTM1NDgCgoKAAAAAAAAAAAAnjAQ
AACeQBAAAJ9wkAAAaAnfBygAAAEMTA3MzccMjcxOTQ0JAAAXMTA3Mzc0MTg1NDgxMK4CgoKAAAAAAAAAAAGg4
QkAAAsxMDczNzQ2ODdlbDJuIjEwNzM3NDQxOTQ4MTqMTA3MzcDODM5XjEwNzM3NDY1MTg0MTEwAAA
AAAAAAAGG6gkAAAZAxkAAaAoTOZXdib3JuJyAAAAAKgAzAHgFAAAKAAAAAAAAAAAAAAACgEv9///2///
wkAAAwgVEFIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvbmV3Yw9uUGBhd3JZCfcBAAAHjBQAAQAAA
kQAAAAAwWAAAAAAAgIKAAALMTA3Mzc0MTg1NDEEJEAAAAAkECgAACQUKAAAAAAAAAAoCQYKAAAAY
HCgAACzEwNzM3NDE4NTQxBggKAAAALMTA3Mzc0MTg0TEJJAAAAAAYkCgAHzM4zNTZeMTA3Mzc0MTg0MTFe
MTA3Mzc0MTg1NDEEDAAAAHQAAAAAAABBgsKAAAVJl1YX0ZWNuYV2clgluAQAAAAoAKAfl1///Y////
AAAAAAYCgAAMi9QQUgvU3BlY2lhbHRpZXMVQmlydGhQbGFjZS9JZS9DcmVhbhc3RmRmVWKaW5LVN1cHBvcnQvcC8gAKA
AHiBQAACQAAAAIQAAAAJKAAAABhEKAAALMTA3MzcwNDY3NjkKCgoAAAAAAAAAAAAnjAQAAACe
QBAAAJFAoAAAaAnbUKAAAAYkVmZmFzbmVdNGIxZCBtYWFmIzNNDMyNzQ3OTQzVcTOd8MTA3MzcOMGTEG+
QkAAAsxMDczNzQyOxOQxMQkkAAAAAByJAAAYMTA3Mzc0MjcxM1l14xMDMzNzQxODQxMV4xMDczNzQyNzE5NwMAAAAACc
AAAAAAAAAAg/AkAAAAAAKAkAAAMTA3Mzc0MjcxOTQBJAAAAYCgAAHbBQAACQAAAAIQAAAAJCgHl9f//2P///
wAAAAAGHAoAACgvUEFIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvY2VuVmr3RlckHMtQWhlYWQVCgAAAhjBQAAQAAA
kQAAAAQkQAAAACQAAAAkXAAAABh8KAAALMTA3Mzc0MTg1NDIEJEAAAAAkkCgAACSIKAAAAAAAAAAoAOKCSM
KAAAAAAYkCgAACzEwNzM3NDE5MzczBiUuZXdBiUKAAAAlMTA3Mzc0MTg1NDIBbgoKAAAAAAAAAAAoKCSM
MTg0MTFeMTA3Mzc0MjIzNzMAAAAAgoBvX//9j///
8AAAAABisKAAASBRL1BBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlL0JyWZFdGdGZl1ZWpbctU3VwcG9ydC9QcmV
uYXRhbL1hbmQtQmlydGgtSW5mb3JtYXRpb24vcCgvKAAAHbBQAAAAkQAAAAQkQAAAAQkQAAAAQAAAAAkXAAAAAi4K
AAALMTA3Mzc0MTg1NDEEJEAAAAAkECgAACSIKAAAAAAAAAoKTIKAAAAAAAGhCgAACSIKAAAAAAAAAAOoKSM
jQEAAALMTA3Mzc0MTg1NDIEJAAAAAY2CgAHzM4zNTZeMTA3Mzc0MTg0MTFeMTA3Mzc0MTg1NDIEDAAAAA
AAAAAAAAAB jcKAAATVGFrZSBhIFZpcnN1YWwgV91cgkAnAAAACgoBAQAAAAAAAAAoCgHH9f//2P///
wAAAAAGOgoAADAvUEFIL1NwZWNuUGBhd3JZCf2UvVGFrZS1hLVZpcnN1YWwtVG91ci8KAAoAA
UFAAAJAAAACRAAAAACRAAAALAAAACRcAAAGPQoAAAsxMDczNzQ0Q0NjMzQQAAAxMDczNzQxMzczcAAAAAAAACeMBAAAJ5AE
AAAlaCgAAAaAxQQOAABcxMDczNzQyN1zXYODlyZV2N2xMDczNzQxODQxMV4xMDczNzQ1NDExCSQAAAAGRAoA
AB8zNDheMzU2XjEwNzM3NDE4NDExXjEwNzM3NDI3NTQyAwAAAAEAAAAAAAAAAAZFcgAFlBhcmtlciB1ci1BIb3Nwa
XRhbCBPQi1HWU4J6wEAAAoAKAESAAAAACSgoBufX//9j///
8AAAAABkgKAAAzL1BBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlL0JBhcmtlci1IB3Nwa XRlci1BLlEAAAYkCgAA
KAAHmBQAACQAAAAkQAAAAQkQAAAAAAkXAAAABksKAAALMTA3Mzc0MTg1NDNlNCgAAUCU14AAAAA
AAAAAAAAKCU18KAAAAAAkCU18KAAAAAAgzEwNzM3NDE4NTQ4MlBkZWYnAAALMTA3Mzc0MTg1NDNlNTQ2AAHM0
F4zNTZeMTA3Mzc0MTg1NDNlNTQ4MTg1NDAAAAAABBlQKAAAkBSGlndCBaSNSalnacfABSaXNrIFByZWduYW
5jaWVzCLCBOZW9uYXRhbcBDBDYXJlC1cScAAAAKCgEBAAAAAAAAoKAar1///Y////
AAAAAAZXCgAAKy9Y1aWdoLVJpc2stUHJ1Z25hbmN5LTZDDUbhdGFsLUNhcmUtVXUtdmDVS8KAAoAAAECRA
AAACRAAAAABCRAAAANAAAACRcAAAAGWgoAAAsxMDczNzQxODYyOQkRAAAAVWgoAAAsxMDczNzQ1MTk4MThLAAAAA
oJXgoAAAbBl8KAAALMTA3Mzc0MTg1NDMzC1dG.bkGYwOAAAsxMDczNzQxMDczNQkXAAAbBNHkIKAAAAAAZ
zNZQxODQxMV4xMDczNzQxODU0MzAAAAAAAAAAAAAAEGYwoAAA9TY2hlZHVsZSBhIFZpc2l0CJgAAAAKCgEBAAAAAAAAKQEA
AAAAAAACgoBm/X//9j///
8AAAAABmYKAAAsxLBBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlL1NjaGVkdWxlLWEtVmlzaXQuaWRAegFAAA
JAAAAACRAAAAACRAAAALAAAACRcAAAGaCgoAAAsxMDczNzQxODYzCglKTAGbwOAAAsxMDczNzQxODYwMTADAAAAAAAAAAA
CgoJbQoAAAaABm4KAAALMTA3Mzc0MTg1NDMzC1dGbkGYwOAAAsxMDczNzQxODYwMTADAAAABnEKAAAAAAAXjXM1N14x
DczNzQxODQxMV4xMDczNzQxODYwMTAMAAAAAAAAAAAAAAEGgYwoAAA9TY2hlZHVsZSBhIFZpc2l0CKmBAAAA
AKCgEBAAAAAAAAAAoKAYz1///Y////
AAAAAZI1CgAAFS9GaW5kLXWEtUGhhd3JCf2UVFuLWEtUGhhd3JCf2UV4wLwoACgAB6QUAAAkAAAAJEAAAAAJEAAAAAQAAAAJFwAAAA
AZ34CgAACzEwNzM3NDI1ODkkzTwDkZKAAAAAAAAAAAJ4wEAAnkaQAAACsKAAAXsXsKAAAAAZZ8CgAAFzEwNzRI2ODE4fD
EwNzM3NDUl8DN1BN0KAAAALMTA3Mzc0MTg0MTEwCJAAAAAaHAYZYnXY///Y////
CgAAHzMOOF4zNTZeMTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MTgTDAAAAgJAAAAAAAAAAAABoAKAAAOM0QgTWFtbW9ncm
mFwaHJaJ6wEAAAoAKAEAAAAAAAACgoBfvX//9j///
8AAAAABoMKAAABLBBSC9TcGVjaaWFsdGllcy9UaGUgUtUdGpnyYxYWN1L1URhcmtlcltC2VudGVyeLWF0LWHmLVMuaWRAe
NYW1tb2dyYXBoeS8KAAoAAeoFAAACRAAAAACRAAAAACRAAAAACRAAAACRcAAAAGCAgoAAAGChgoAAAQ4NDgyNDX2

AAAT4RARAhRAQKACrkRAARRAaARCgAAFzEwNzM3NDI0ODI4TDEwNE4zNDNSNDU3Bo5KAAALMTA3Mzc0MTg0N
TcJJAAAAAaNCgAAHzM0OF4zNTzeMTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MjgDAAAAJwAAAAAAAAABo4KAAAUV2
hhdCBpcyBhIE1hbW1lbVJvZ3JhbT8J6wEAAAoKAQEAAAAAAAACgoBcPX//9j///
8AAAAABpEKAABHLlBBSC9TcGVjjaWFsdGllcy9UaGUtQ1JYN0LUNhcmUtUQ2VudGVyLWF0LVBhcmct9XagF
0LW1zLWEtTWFtbW9ncmFtTLS8KAAoAAesFAAAJAAAACRAAAAAAACRAAAAADAAAACRcAAAAAGlAoAAAQ4NDg0CgoK
AAAAAAAAAAAJ4wEAAAnkAQAACZcKAAAAAAAaYCgAAFzEwNzM3NDI2ODI5fDEwNE4zNDNSNDU0U3BpKAAALMTA3M
zc0MTg0NTcJJAAAAAabCgAAHzM0OF4zNTzeMTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MjkDAAAAAAAAAAAAAAAp
wKAAAfV2h5IERlbWFuZCBZBEaWdpdGFsIE1hbWlvZ3JhcGh5PwnrAQAACgoBAQAAAAAAAAKCgFi9f//2P///
wAAAAAGnwoAAFIVUEFIL1NwZWNpYWx0aWVzL0hlcGUtaW5zdXJhbmNlLTQ0L0RyLXXQtUGFya2VycGF5LXUzZ3lL1doeS
1EZWlhbmQtRGlnaXRhbHR1aC1NYW1tb2dyYXBoeS0vCgAKAAhsBQAACQAAAAkkQAAAAAAAAAAAkXAAAABqI
KAAAEODQ5MQoKCgAAAAAAAAAACeMBAAAJ5AEAAAmlCgAAAAAGpgoAABcxMDczNzQyNQyNjgyNHwxMDczNzQxODQ1
NwanCgAACzEwNzM3NDE4NDU3CSQAAAAAG9qCgoAAB8zNDheMzU2XjEwNzM3NDE4NDU3XjEwNzM3NDI2ODI0OAAwAAA
CkAAAAAAAAAAaqCgAAEE1lZXQgT3ViamERvY3JvcnMMJ6wEAAAoKAQEAAAAAAAACgoBVPX//9j///
8AAAAABq0KAABHLlBBSC9TcGVjjaWFsdGllcy9UaGUtQ1JYN0LUNhcmUtUQ2VudGVyLWF0LVBhcmct9NZWV
0LU91ci1Eb2N0b3JzLwcoAACgAB7QUAAAkAAAAJAAAAAAAAAUAAAAUAAAAAJFwAAAawCgAABgOOTUxCgoKAAAAA
AAAAAnjAQAACeQBAAAJswoAAAAAABrQKAAAXMTA3Mzc0MjY4MjV8MTA3Mzc0MTg0NTcJJAAAAAbCgAAHzM0OF4zNTzeMTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MjUDAAAAAAAAAAGuAoAAAD
FOYXRpb25DbhCBBY2NyZWRpdGF0aW9uOTBlIeMzdYWzgm9yIEJyZWFzdCBCDZW50ZXJzCesBAAAKCgEBAAAAAAAA
AAAoKAUb1///Y////
AAAAAaa7CgAAZC9QQUUgvU3BlY2lhbHRpZXMvdGhlLUNSWDdLUNhcmUtUQ2VudGVyLWF0LVBhcmctQm9yLXRoZ
W9uW0wtQWNjcmVkaXRlZC1DZW50ZXITCesBAAAKCgEBAAAAAAAAAAoKAUv9///Y////
AAAAAAbJCgAAUC9QQUUgvU3BlY2lhbHRpZXMvdGhlLUNSWDdLUNhcmUtUQ2VudGVyLWF0LVBhcmctQ3JvdWdkF
GFjdC1hbmQtTG9jYXWwtSW5tb3JtdTU3N2mb3JtYXRpb24taW5mb3JtYXRpb24JYWxCRlc3RpbmcJ6wEAAAoKAQEA
AACRAAAAAAAAAACeMBAAAJ5AEAAAmlCgAAAAAACeMBAAABwAoAABc
RCgAACzEwNzM3NDE4NDU3CSQAAAAG9woAAB8zNDheMzU2XjEwNzM3NDE4NDU3XjEwNzM3NDI2ODE5AwAAAAwAA
AAAAAAAAAAbUCgAAGUvbMUgvbumUgRGVuc2l0b211bHHJ5IFRlc3RpbmcJ6wEAAAoKAQEAAAAAAAAAAAACgoBKvX//9j//
/
8AAAAABtcKAABML1BBSC9TcGVjjaWFsdGllcy9UaGUtQ1JYN0LUNhcmUtUQ2VudGVyLWF0LVBhcmct9Cb25
lLURlbnNpdHktQ2hlY2stYW5kLUJ3aW5nLUJOW5dLWgG0lAUAAAkAAAAJAAAAAAAAAJAAAAAFwAAACgoAABDg5
MzIKCgoAAAAAAAAAAnjAQAACAeMQBAAAJ5AEAAAmlCgAAAAAACeMBAAAAAAAAxMDczNzQyNjgyOHwxMDczNzQwNTdCwAAA
AsxMDczNzQyNjgyNXwxMDczNzQxODQ1NwlkCgAAH1MzQ4XjM1N16MTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MjgDAAAAA
AAAKCgzqAChSaSXNrIEZhY3RvRvcnMgMgR9ylERldmSb3BpbmcgT3N0ZWwwb3Jvc2lzCesBAAAKCgEBAAAAAA
AAoKARz1///Y////
AAAAAblCgAAWy9QQUUgvU3BlY2lhbHRpZXMvdGhlLUNSWDdLUNhcmUtUQ2VudGVyLWF0LVBhcmct9XUmlza
y1GYWN0b3JzLUZvci1EZXZlbG9waW5nLU1hbW9ncmFtLWFuZC1CcmVhc3QtQ2FuY2VyLWF0LVBhcmctTLgIcmFyeUlWl0ZW0KCeoKAAAAAAAAbrCgA
AFzEwNzM3NDE4NDU3CSQAAAAABuKKAABubGZF4zNTzeMTA3Mzc0MTg0NTdeMTA3Mzc0MTg0NTdeMTA3MzQxODQ1NwlkCgAAH1MzQ4XjM1Nl
Mzc0MTg0NTdeMTA3MzQxODQ1NwlkCgAAH1MzQ4XjM1Nl6MTA3Mzc0MTg0NTdeMTA3Mzc0MjY4MjgDAAAALw
AAAAAAAAAABv0KAAAd8TG9vay1hbmQtU2F2YSBByB29rIEZlZWxWwgQmV0dGVylFByb2dyYW0J6wEAAAoKAQEAAAAAAACgoBAfX
//9j///
wAAAAAG8goAAAfL0xvb2stR29vZC1GZWVsLUJldHRlciLlc1Cm1ccGYa2Vyc2cL0YWwvQ29sdGVudHMeMVYWwvQ2B9VudG
9ybB4fTWF4tYWxfbmU5cy1Gb2hpbmctQ2FuY2VyLXRoLWt5YWwv29ydG5kY29udGl0LW1hdGVybWFs...

UJyzufzdc1byXzV1D0hIbnFIcJ1h0Cq4U3VUackHbmRzLWoACgAB9gUAAAAAAAkAUEAAAAAAAAEAAAAAJFw
AAAAYrCwAACzEwNzM3NDQxMDYxCgoKAAAAAAAAAAJ4wEAAAnkAQAACS4LAAAAAAYvCwAAFzEwNzM3NDI1OTV
Mzc0MjU1ODI3NDE1NDE1NDQyMTkxNDVXTjVEMTRXTjVEMTRKMTROUTQ0QTNCMDU1RDRZMTFTVFI5U0ZENTdL
g
3fDEwNzM3NDE5NDNNDEyZOTJjZ1OjYjALAAALMTA3Mzc0MTY0MDMyCwAAHzM0OF4zNTZeMTA3Mzc4MTg0MTA3
Mzc0MjU5ODcDAAAANAAAAAAAAAAjBjMLAAAAUQ2FuY2VyIENhcmUgU2Vydml1ijZMLMJJ6wEAAAAoKAQEAAAAAAAaac
goBy/T//9j///
8AAAAABjYILAAA0L1BBSC9TcGVjjaWFsdCllcy9DYW5jjXIt1Q2VudGVyyL0NhbmNlci1DYXNlZg9ZyJVzLwo
ACgAB9wUAAAkAAAAAJEAAAAAEJEAAAAAIAAAAJFwAAAAY5CwAACzEwNzM3NDE4NTc4CRAAAAAJOwsAAAk8CwAA
AAAAAAAAAAAKCgk9CwAAAAAGPgsAAAsxMDczNzQxODU40Ay/
CwAACzEwNzM7NDE8NDEyZXyCQAAAAGQQsAAB8zNDheMzU2XjEwNzM3NDE4NDEzzyXwNzM3NDE4NTc4AwAAADUAA
AAAAAAAQZCCwAAIkNvbW1lpc3Npb24g4ngg24gb24gQ2FuY2VyIEFjYjY3J3JlZGl0YXRpb24gUXJhZg9Zy///Cg
oBvFT//9j///
8AAAAABkBULAAAkL0NvbW1pc3Npb24b24t24tQ2FuY2VyLUFjj3J3JlZGl0YXRpb24vCgAKAAH4BQAACQAAAAkQAAA
AAAkQAAAAAwAAAAAkXAAAABkgLAAAMLMTA3Mzc0NDQ4MTIKCgoAAAAAAAAAAAnjAQAACeQBAAJSwsAAAAAAbkwL
AAAXMTA3Mzc0MjYxXzEwNzM3NDE4NTc5AAAAwxMDczNDXDcNzQxOVUyVzVnZMeQqnnDcODYxMdc2Xk4xM1N14xM
DczNzQxODQxMl4xMDczNzQyQyNjM3NQMAAAA2AAAAAAAAAGUAsAABlPbmNvdvbG9neSBTDExBzc3BJ0IFNlcnZpY2J
VzCesBAAAKCgEBAAAAAAAaOKAa70///Y////
AAAAAAZTCwAAOS9QUgvU3BlY2lhbHHRpZXMvQ29udGVudC9FYVzLUNlbnRlcipBbmVvbG9neeS1TdXBwb3J0LVNlcnZpY
2VzLwoACgAB+
QUAAAkAAAAAEJEAAAAAEJEAAAAAQAAAAJFwAAAAAZWCwAACzEwNzM3NDE4NTc5CRAAAAAJWAAAANlZCwAAAAAAAA
AAAAAAKCgla CwAAAAAAGWWsAAAsxMDczNzQxODU0U3OQ2CwAACzEwNzM3NDE4NDEyCSQAAAAGgsAABZ8zNDheMzU
2XjEwNzM7NDE4NDEzY1EwNzM3NDE4NTc5AwAAAJQfCwAAElJhZGl0aDhu9LU9u9LU9HUj9WBpBmNvbG9neeQkn
AAAACgoBAQAAAAAAAAKCgGf9P//2P///
gUAAAkAAAAEJEAAAAAEJEAAAAAUAAAAJFwAAAAZ1CwAACzEwNzM3NDE4NTgwCRAAAAAZwsAAAloCwAAAAAAAAA
AAAAAKCglpCwAAAAAGagsAAAsxMDczNzQxODU0MAZrCwAACzEwNzM3NDE4NDEyCSQAAAAGbQsAAAsxMDczNzQxODU4MA
2XjEwNzM3NDE4NDEyYjEwNzM3NDE4TgwAwAAAAJzDZuCwAAFVlcnZpY2VZIGFuZCBQBpmNvbG9neS9ncmcmt
cwknAAAAACgoBAQAAAAAAAKCgGQ9P///2P///
wAAAAGgwsAADUvUEFFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvTHVuZy1DYW5jZXItTmV2dWdy5nLw
oACgAB/
AUAAAAkAAAAEJEAAAAAaCAAAAAJFwAAAAADCwAACzEwNzM3NDIZMDY0wCRAAAAAJhQsAAAmgCwAAAAAAAAAAAAA
AAAAAKCgmHCwAAAAGiAsAAAsxMDczNzQyMzA2NAaJCwAACzEwNzM3NDE4NDEyCSQAAAAGiwsAAB8zNDheMzU2XjEwNzM;
2XjEwNzM3NDE4NDEyYjEwNzM3NDIZMDAwDoAAAAAAAAAQaMCwAADEyYlu1ENhbmNlcgknAAAACgoB
AQAAAAAAAKCgFy9P//2P///
wAAAAGjwsAACwvUEFFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvQnJhaW4tdQ2FuY2VyLwoACgAB/
QUAAAAkAAAAEJEAAAAaCAAAAJFwAAAAAADSwCwAACzEwNzM3NDE4NDEyCRAAAAaSwsAAAlasAAmVCwAAAAAAAAAoK
AAAAAKCgmWCwAAAGlwsAAAsxMDczNzQyMzA2NQaNCwAAC2NQaYCwAAC2NQAYCwAAC2NQ2CwAAC2NQ2CwAAC2N4NDEy
AQEAAAAAAKCgoB/T//9j///
8AAAAABp4LAAAAtL1BBSC9TcGVjjaWFsdCllcy9DYW5jZXJdC2VudGVyL0JyYWZdc1DYW5jZXIvCgAKAAH+
BQAACQAAAAQkAAAAAQkAAAAAaCwxAAAAYrELAAAQkELAAAl2ELAAAm4sAAAAmjCwAACzEwNzM3NDMzMDM2MjYzNDQzMDQ2N
ZeMTA3Mzc0MTg0MTJeMTA3Mzc0MjU5NjJYDAAAAPAAAAAAAAAAABBgoLAAAZQ29s24b24g24g24gFtcDsgUmVjdvGFsIEN
hbmNlcgknAAACgoBAQAAAAAAAAKCgFU9P///2P///
wAAAAAGrQsAAADcvUEFFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvQ29s24b24t24t25k5tLVJlY3RhbC1DYW5jZX
IvCgAKAAH+
BQAACQAAAAkQAAAAAQkAAAAAaCwxAAAAYrELAAAQkCbMLAAAAAAAAaa
AAAAoKCbQLAAAAAaalCwAAQkQAAAAg4AAAAaArALAAALMTA3Mzc0MjMwMjMzCJEAAAAmyCwAAhbMLAAAAAAAAA
AAAAAAoKCbLAAAaa1CwAAQkQAAAAg4AAAAaArALAAALMTA3Mzc0MjMwMjMzCJEAAAAmyCwAAAAAAAAAA
AAAAAAoKCbLAAAaa1CwAAQkQAAAAg4AAAAaBrALAAALMTA3Mzc0MjMwMjMzCJEAAAAmyCwAAAAAAAAAA
ZeMTA3Mzc0MTg0MTJeMTA3Mzc0MjMwMjAOQAMAAAA+
hbMLcgknAAAACgoBAQAAAAAAAKCgFF9P//2P///
wAAAAAGvAsAAACcvUEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvR1LOLUNhbmNlci8KAAoAAQAGAAAJAA
AACRAAAAABtLAAAALMTA3Mzc0MjMwMjAkKQAUwSAASxMDczNzQyMzA2OAkQAAAASwgsAAAAAAAAAAAAAAAAAACgo
JwwsAAAAAABsQLAAAMLMTA3Mzc0MjMwMjM3wjjQsAAAsxMDczNzQyMzA2OAkkAAAABsCwAAALMTA3Mzc0MjMwNDcz
NzQxODQxMl4xMDczNzQyMzA2OAMAAAA+
AAAAAAAAAAEGlwsAABdMMZXVrZW1pYSwp5SAmYW1wwlwoYBMewwaG91wa9jZDZSBDYW5jZXIKAAAAACgBQAAAAAAAAAKATb0///Y////
AAAAAabLCwAANC9QQUUvU3BlY2lhbHRpZXMvQ2FuY2VyLUNlbnRlci9MZXVrZW1pYS1hbmQtQmxvb2QtQ2FuY2VyL8KA
AoAAQEGAAAJAAAAACRAAAAABCRAAAAg4CwAAYrELAAAROEwLAAAaAACRAAAAACwAAAAAQkAAAAg4CwAAY
4XjM1N14xMDczNzQyMzAyMl4xMDczNzQyMzA2OQAMAAAA+
AAAAAAAAAAEGlwsAAABdMMZXVkbMZXVrZW1pYSwP1YW1wWlwoYBMewwaG91waG91wa9jZCBDYW5jZXIKAAAAACgEn9P///2P///
wAAAAAG2gsAADUvUEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvTGV1a2VtaWEtYW5kLUJsb29kLWNhbmNlci8KAAAA
oACgABAgYAAAkAAAAEJEAAAEEJEAAAAAAAAAABdwCwAACzEwNzM3NDIzMDcwCRAAAAAAAAQbmCwAAOx1bmcgU3VwcG9
NDheMzU2XjEwNzM3NDE4NDEyXjEwNzM3NDE4NDEyYjEwNzM3NDE4NDEyCSQAAAAGQbmCwAAx1bmcgU3VwcG9ydC9VyCyCCwA
AAKCgEBAAAAAAAAAoKARj0///Y////

AAAAAAPgcvAARKy9QQUgv03B1Y2l1hbHRpZXNhV2tV2fFjY2VyEUbmTwmkY1JSMdWFSrLUWlbmNYlcl9RKAAoAAQMGAAAJA
AAACRAAAAABCRAAAAAOAAAACRCAAAAG7AsAAAsxMDczNzQyMzA3MQkQAAAACe4LAAAJ7wsAAAAAAAAAAAAACg
oJ8AsAAAAABvELAAALMTA3Mzc0MjMwNzEG8gsAAAsxMDczNzQxODQ4MgkAAAAABvQLAAAfMzQ4XjM1Nl4xMDc
zNzQxODQxMQ0XMDczNzQyMzA3MQMAAAABBAAAAAAAAAEG9QsAAA9Qcm9zdGF0ZSBDYW5jZXIIJJwAAAAoKAQEA
AAAAAAAACgoBCfT//9j///
8AAAAABvgLAAAvLlBBSC9TcGVjjaWFsdGllcy9DYW9jj2XItQ2VudGVyL1Byb3N0YXRlLUNhbmNlcci8KAAoAAQQ
GAAAJAAAAACRAAAAABCRAAAAAPAAAACRcAAAAG+wsAAAsxMDczNzQyMzA3MgkQAAAAAACf0LAAAJ/
gsAAAAAAAAAAAAACgoJ/
wsAAAAABgAMAAALMTA3Mzc0MjMwNzIGAQwAAAsxMDczNzQyMzA3MQkQAAAABgMAAAAfMzQ4XjM1Nl4xMDczNz
QxODQxMl4xMDczNzQyMzA3MgMAAAABCAAAAAAAAAEGBAwAAAATa2luIENHbmNlcgoknAAAAAQoBAQAAAAAAAAA
KCgH68///2P///
wAAAAAGBvwwAACsvUEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvU2tpbi1DYW5jZXIvCgAAAAEFBgAACQ
AAAAkQAAAAAAQkQAAAAEAAAAkXAAAABgoMAAALMTA3Mzc0MjMwNzMJEAAAAAkMDAAACQ0MAAAAAAAAAAAAAAAAo
KCQ4MAAAAAAYPDAAACzEwNzM0MjMwNzNDbANMAAALMTA3Mzc0MTg0NJQQAAAYUTIJJAAAAAYSDAAAHzM0OF4zNTZeMTA3
Mzc0MTg0OMTJeMTA3Mzc0MjMwNzQDAAAAQwAAAAAAAAABBhMMAAATUXJlYXRtZW50L0lERzhzbXXA7IERpYWdub3Npc
wknAAAACgoBAQAAAAAAAAACgHr8///2P///
wAAAAAGGwAADcvUEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvVHJlYXRtZW50LWZuZC1EaWFnbm9zaX
MvCgAKAAEGBgAACQAAAAkQAAAAQkQAAAEQAAAkXAAAABhkMAAALMTA3Mzc0MjMwNzQJEAAAAkbDAAACRcRw
MAAAAAAAAAAAAAAAoKCR0MAAAAAYcR8MAAADEwNzQyMzA3NDNTUwTAAALMTA3Mzc0MTg0NTMZ8gsxMDczNTQxODQxMQ0XM
zM00F4zNTZeMTA3Mzc0MTg0OMTJeMTA3Mzc0MjMwNzQDAAAAAAAAAABBiIMAAAZRm9yIFBhdGllbnRzI
GFuZCBGYW1pbGllcwknAAAACgoBAQAAAAAAAAAKCgHc8///2P///
wAAAAGJQwAADkvUEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXIvRm9yLWBhdGllbnRzLWFuZC1GYW1pbG
llcy8KAAoAAQcGAAAJAAAACRAAAAAQkQAAAAABAAAAkXAAAABgoMAAALMTA3Mzc0MjMwNzUGQ0T1xxNAoKCgAAAAAAAAA
ACeMBAAAJ5AEAAAkrDAAAAAGLAwAABcxMDczNzQyNjkkxNnwwMDczNzQyODAzMQkMAAAAEYgAAAAfMzQ4XjM
1Nl4xMDczNzQxODQxMl4xMDczNzQ1MQMAAAABHAAAAAAAAAEGpwmljCesBAAAKCgEBAAAAAoKAc7z///Y////
AAAAAAYzDAAAMS9QQUgvU3BlY2lhbHRpZXMvQ2FuY2VyLUNlbnRlci8KAAoAAQgGAAAJAAAACRAAAAAA
QgEAAAJAAAACRAAAAABCRAAAAAAAAAACRcAAAAGNgwAAAsxMDczNzQxODU1MQkQAAAACgMAAAACTgMAAAAAAA
AAAAAACgoJOgwAAAAAbsjsMAAALMTA3Mzc0Mjg0MAAAAxMDczNzQyODAzMQ0XMDczNzQxODQ1MQMAAAABHEhIY
JAAMMS9QQUgvU3BlY2lhbHRpZXMvQ2FuY2VyLUNlbnRlcgoKAAoAAQgGAAAJAAAACRcAAAAAAAAAACRcAAAAGNgwAAAsxMDczNzQx
1Nl4xMDczNzQxODQxMl4xMDczNzQxODU1MQMAAAAEGPwwAAAsxMDczNTQxODU1MQMAAAAEDBAAAAaMTAzNzQyMzA
CgEBAAAAAAAAAAAoKAb/z///Y////
AAAAAAZCDAAKki9QQUgvU3BlY2lhbHRpZXMvQ2FuY2VyLUNlbnRlci8KAAoAAQgGAAAJAAAACRcAAAAAAAAAACRcAAAAGSgwAAAsxMDczNTQxODU1MQk
AAJEAAAAAAEEAAAAMAAAAJFwAAAAAFDAAAJZDAAAAZFwAAAFDAAAACzEwNzQyMzA3NGgyCRAAAAAJ1wsAAAlIDAAAAAAAAAAAKCg
1JDAAAAAAGSgwAAAsxMDczNTQyODA1MgkNMTA3Mzc0MTg1MQk0CRAAAASgoM8zDNDheMzU2XjEyJ
3NDE4NDEzMl4xMDczNTQxODU0NTNNAANgENgkwAAAAYYXAAsxMDczNTQxODU0NTNQZODAAAAFNhcm1vdmdmYZrY3VsYXIIFNjcmVlbmlluZ
AAoKAQEAAAAAAAAAACgBsPP//9j///
8AAAAABlEMAAAaL0NhcmRpb3Zhc2N1bGFyLUNlbnRlci8KAAoAAQgGAAAJAAAACRAAAAAACRAAAAABCRAAAAAaAAAAA
ACRcAAAAGVAwAAAsxMDczNTQxODU0Mwk0QAAAACVYAAAAhVwwAAAAAAAAAAAACgoJWAAAAABlkMAAALMTA3
Mzc0MTg1LODMGWgwAAAsxMDczNTQxODU0M3cQAAAAfMzQ4XjM1Nl4xMDczNTQxODQxMl4xMDczNzQxO
DU4MwMAAAABJAAAAAAAAAEGXQwAAABEGY3AAABPDYXAsxMDczNTQxODU5MQ0XMDczNzQxODU4MwMAAAAA
AKCgGh8///2P///
wAAAAAGY0Dv8vFyZGlhYy1EaWFnbm9zdGljjljVRlc3RpbmctLwoKAAAAEJEAAAAEJAAAAAEAAAAJFwAAAAEJEAAAA
UAAAAJFwAAAAAzjDAAACzEwNzQyNDE4NTQ1CRAAAAAJZQAAAlmDAAAAAAAAAAAKCglnDAAAAAAGaAwAAAsxMDczNTQxODU5MQk
NDTA3Mzc0MTg1NDUJAAAAAAEJEAAAASgoM8zDNDheMzU2XjEyXDE4NDEzMl4xMDczNTQxODU5MQ0XMDczNzQx
NDE4NTQAAAEoOAAAAaAAAAAAQZsDAAAAUNvcm9uYXJ5IEIFydVGyeSBDYWxjaXVtIFFjbmlluYmluAAAAAC
goBAQAAAAAAAACgBsPP//9j///
8AAAAABlEMAAALMTA3Mzc0MjQyMzk0CRAAAAQkQAAAAaAAAAJFwAAAAEJEAAAA
NyZWVVuaW5nLwoKAAaAaAAABDAYAAABAAABAAAAJEAAAAJEAAAAEAAAAJFwAAAAzyDAAACzEwNzQyNDE4NTQ1CRAAAA
AAAAaAAAJ4WEAAAnkQAACVMAAAAABBnoaAAAAAAAAAAACgoJWAAAAZyDAAAEczEwNzQyMzA3NGgyCRAAA
MTg0MTUJJAAAAZ5DAAAH2M0OF4zNTZeMTA3Mzc0MTg0MTEzMl4xMDczNzQxODQxMzMeMTA3Mzc0MTg0M
AAZRGlhYmV0ZXMtTWFuYWdlbWVudAoKAAAACgoBZvP//9j///
wAAAAAGfQwAAQvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzLVUvbGVhLXVVbmhbnktDZW50ZXIvCg
AKAAEJBgAAJAAAAACRAAAAAQkQAAAAQgAAAAkXAAAAAGgUMAAABLMTA3Mzc0MTg1OTMJEAAAAAmCDAAACYMDAAAC
AAAAAAAAAAACfKCYKCQADYFTANMAAALMTA3Mzc0MTg1OTQDQAAAAAABokMAAAbUHJhYZVtgZASAAAAAABBokMAAAbUHJ
W5kIEJlbmVmaXRzCAAAABPDYXAsxMDczNTQxODU5MwMAAAABokKAAAbUHJ
woAcgBDgYAAAkAAAAJEAAAAAEJEAAAAMAAAAJFwAAAAaPDYXAPDAAAAAAAAAAJFwAAAaPDAAAAAMJZANSD
AAAAAAAAAAAAACgmTDAAAAAlaWAAAAAsxMDczNTQyODA1MgkNMTA3Mzc0MTg1OTRk1AwAAAAUaQYDADAAAUaQYDADAA
JwAAAAoKAQEAAAAAAAAACgoBzvP//9j///
8AAAAABpsMAAAoL1BBSC9TcGVjaWFsdGllcy9EaWFiZXRlcy9Ib3ctdG8tRW5yb2xsLwoKAQBDwYAAAkAAAAAAAAA
JEAAAAAEJEAAAAQAAAAJFwAAAaeDAAAAcDyDAAAsxMDczNTQyODA1MgkNMTA3Mzc0MTg1OTRkJoAAAAmhD
DAAAAAGowwAAAsxMDczNTQyODA1MNAakDAAACzEwNzQyNDE4NTQ1CSQAAAAABQanDAAAURpYWJldGVzLVdlYXJuaW5n
AAAAAAOKAVfz///Y///
AAAAAaqDAAAEy9EAAAEy9FZXRlcy1TeW1wdG9tcy8KAAAAAAAAAAACeMBAAAJ5AEAAAMwDAAAAGSQwAAABcxMDczNTQyNDE4NTQ1C
QwAAAsxMDczNzQ0OMjg1NAoKGAAAAAAAAAACeMBAAAmwDAAAGSQwAABcxMDczNTQxODQxMNAOOxwxMD

128391…

… cznXoxoDQxNQayDAMACzEwNzM3NDE4NDE5EBCEsQAARAgCEWRAB8ZNDiEMzU2XjEwNzM3NDE4NDE1XjEwNzM3NDI
2MDQ5AwAAAFEAAAAAAAAAAaa1DAAAHURpYWJldGVzIENsYXNzXZXMgJmFtcDsgRXZlbnRzRzEZbnRzCesBAAAKCgEBAAAA
AAAAAAoKAUnz///Y////

… AAAAAAa4DAAANC9QQUgvU3BlY2lhbHRpcZXMvRGlhYmV0ZXMvRGlhYmV0ZXMvQ2xhc3Nlcy0tLUV2ZW50cy8y8KA
AoAAREGAAAJAAAACRAAAAAACRAAAAABAAAAAcRcAAAAGuwwAAAsxMDczNzQ0ODODI5QQoKCgAAAAAAAAAACeMBAAAA
AJ5AEAAAm+

… DAAAAAAGvwwAABcxMDczNzQyNjM4M3wxMDczNzQxODQxNgbADAAACzEwNzM3NDE4NDE2CSQAAAAGwgwAAB8zN
DheMzU2XjEwNzM3NDE4NDE2XjEwNzM3NDI2ODE2AwAAAFMAAAAAAAAAAAbDDAAAGEfib3V0IEVtZXJnZW5jeS
BTZXJ2aWN1cwnrAQAAKCgBAQAAAAAAAAAAKCgE78///2P///

… wAAAAGxgwAAD0vUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzL0NsYXNzZXMtLUV2ZW50cy8y8lTZXJ2aWNlcy9BYm91dC1FbWVyZ2VuY3kt
VydmljjZXMvCgEAAAEBgeAACgAAAAAkQAAAAAAkQAAAAAAAAkbAAAAXAAABbsMAAAIsMzAzMzMmMAASExBmMzU2Ex
NDheXDAKA

… AAAAANjAQAACeQBAAAAjZAwAAAAAeBs0MAAAXMTA3Mzc0MjQ0MTQ3NAASwMTA3Mzc0MTg0MTGzgYGMTYQoKAAsxMDczNzQx
ODQxNgkKAAAABtAMAAAfMzQ4XjM1Nl4xMDczNzQxODQxNl4xMDczNzQyNQQ3N3wMAABUAAAAAAAAAAAAAG0QwAA
BRFbWVyZ2VuY3kgV2FpdCBUaW1lcwnrAQAAKCgBAQAAAAAAAAAAKCgEt8///2P///

… wAAAAAG1AwAAADkvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzL0NsYXNzZXMtLUV2ZW50cy9FbWVyZ2Vu
l1cy8KAAoAARMGAAAJAAAACRAAAAAACRAAAAAAAAAbAAAAX1wwAAAsxMDczNzQxODQxNwkKAAsxMDczNzQxODQxN
ACeMBAAAJ5AEAAAnaDAAAAAAGgwwAABcxMDczNzQ1MDMyMTEyXjEwNzM3NDE4NDE1XjEwNzM3NDI5ODY5AwAAAFMAAA
AAAAAAAAbtDAAAIkVtZXJnZW5jeSBSBEZXZhcnRtZW50SGFzlGFuZCBFcHBvaW50bWVudHMJ6wEAAAAAAAAAACg
oBEfP//9j///

… 8AAAAAB1BBSC9TcGVjjaWFsdGllcy9FbWVyZ2VuY3kgaWFudHMvRW1lcmdlbmN5L1dlcldRdG1lbnRzLURlcGFyXRt
lbnQtYW5kLUVWcGluU1UyWFtcy8KAAoAARUGAAAJAAAACRAAAAAACRAAAAAAAAAbCAAAGcgPmwwAAAsxMDczNzQyMDg2+
QwAAAsxMDczNzQxODQxNgkKAAAABvsMAAAfMzQ4XjM1Nl4xMDczNzQxODQxNl4xMDczNzQyNQQxODYwMwwAAAABXAA
AAAAAEG/AwAAAEG/AwAA1Tb3V0aGGxbmbmrIEVlSCScA
AAAKCgEBAAAAAAAAAoKAeTy///Y////

… AAAAAYDDQAAmi9QQUgvU3BlY2lhbHRpZXMvRGlhYmV0ZXMvRGlhYmV0ZXMvQ2xhc3Nlc1BhdGhlbmmMcnZpY2VzL1NvdXRoRobGFuZHMtZXJvcjcGugA
AEYBgAAACQAAAAkQAAAAACQAAAAAcAAAAAAABiQNAAAAAAvhXXYVZZiANAAAlMTA3Mzc0ODgzMDgkDgCgoAAAAAAAAAAAnjAQAACe
QBAAAA1w0AAAAAGBs0MAAABhYNAAAlMTA3Mzc0MTg0MTcJKgAAAAACYWXdAABaXAAAAAAAAEGGg0AAA1Tb3V0aGGxbmbjsGgMTY1
b25zCesBAAAKCgEBAAAAAAAAAoKAdby///Y////

… AAAAAYrDQAAmi9QQUgvU3BlY2lhbHRpZXMvRGlhYmV0ZXMvRGlhYmV0ZXMvQ2xhc3MtY291ci1Mb2NhdGlvbnMvMvCgAAA
AEZBgAACQAAAAAkQAAAAkQAAAAAAAAXAAAAABi4NAAAlMTA3Mzc0MTg0MTcJ2MDQJEAAAAAAkwDQAACTENAAAAAAA
AAAAAAAoKCTINAAAAAAAYzDQAACzEwNzM3NDE4NDE4jA0BjQNAAAlMTA3Mzc0MTg0NDQ0JJDQQAAAAAABBjcNAAAVQWRvcHRpRpmUgQ2ZYSBDbGFFrz
c2VzCScAAAAKCgEBAAAAAAAAoKAcfy///Y////

… AAAAAY6DQAAaTCvUGgvU3BZG9wdGlZ2l2LLLUNsYXNzXXMvZXMvaGEaEBgAACQAAAAkQAAAAAqkXA
AAABj0NAAAlMTA3Mzc0MTg0MTcJ2MTkJEAAAAAAAAAAoKCDQACzEwNzM3NDE4NDE5CSQAAAAGQAQAAAEB5BkMNAAAAAA
DQAACUAAAAAAAAAAAAAKCUENAAAAAAAACDQAACzEwNzM3NDE4NjE5BkMNAAALMTA3Mzc0MTg0NDReMTA3Mzc0MTg0MTkkDAAAAAA
4gUGVyc3BlY3RpdmC1C0gUmFkaW8gU2hvdwknAAAAACgoBAQAAAAAAAAAACgo48v//2P///

… wAAAAGSQ0AACiv9QQUgvU3BlY2lhbHRpZXMvRGlhYmV0ZXMvRGlhYmV0ZXMvQ2xhc3MtY291ci1Mb2NhdGlvbnMtAAAAAA
kQAAAABAwAAAXAAAABkwNAAAlMTA3Mzc0MTg0MTmMzMzYJEAAAAAA1ODQAACU4NAAAAAAAAoKCVANAAAAAAAAAY3DQAAC
RDQAACzEwNzM3NDE4NjElBjcNAAAlUDQAAaUZDQAAAzUDQAAAzMTA3Mzc0MTg0MTmMzMzYJEAAAAAAA
MTA3Mzc0MzMzMYzDQAACzEwNzM3NDE4NjE5BkMNAAAlMTA3Mzc0MTg0NDReMTA3Mzc0MTg0MTkkDAAAAAAAAA
QEAAAAAAAACgoBqfL///9j///

… 8AAAAABlgNAAAcL0FydGljbGVvU3LUFib3V0LU9il1cil0cm9mLUxhwoCgABHAYAAAkAAAAACRAAAAAAJEAAAAY
AAAAY2ZbmVhS3JvcAvZUEwDAAACzEwNzM3NDE4NzM4RAAAAJXQ0AAAleDQAAAAAAAKglfDQAAAAGYA0AAAsx
MDczNzQyODY0ODODI5QQoKCgAAAAAAAAAACCDgAZEwNzM3NDE4NDE1CSQAAAAGNDheMzU2XjEwNzM3NDE4N
DE4NzM4AwAAAFEAAAAAAAAAQ2kDAAAAFFkb1BpBkBfiBcm0aAAAAAAoKAZry///Y////

… AAAAAZnDQAANy9QQUg9wdGlZ2lvbi1TZaRpdmZhbnUtTZmaBwaWN1cm0aU0IttLwoACgABDwYAAAkAAAAAY8BKAAAAABnCRAA
AAHASuDAAAGag0AAAsxMDczNzQxODcwMXwxMDczNzQxODQxNgkKAAAABBnOAAAfMzQ4XjM1Nl4xMDczNzQxODQxNl4x
MDczNzQzMkGcGA0AAAsxMDczNzQyODY0ODODI5QVCUAwAAAKCgEBAAAAAAAACgoBqfL///Y////

… AYvy///Y////

```
...  AAAAAz2DQAARY9QQUgv63B1Y21hHRpZXNVRmFTaWs5LXRVYUZHdWlseS9BZG9wdG9vb11TdXBwb3J0L01he
...  WJlLVdlLVdpbGGwtQWRvcHQvCgAKAAEeBgAACQAAAAkQAAAAQkQAAAACAAAAAkXAAAABnkNAAALMTA3Mzc0MT
...  g3NDAJEAAAAAl7DQAACXwNAAAAAAAAAAAAAAoKCX0NAAAAAAZ+
...  DQAACzEwNzM3NDE4NzQwzBn8NAAALMTA3Mzc0MTg0NDQJIAAAAAaBDQAAHzM0OF4zNTZeMTA3Mzc0MTg0NDReM
...  TA3Mzc0MTg3NDADAAAAYQAAAAAAAABBoINAAAJT3VyIFN0YWZmCScAAAAKCgEBAAAAAAAAAoKAXzy///Y///
...  //
...  AAAAAaFDQAAPS9QQUgvU3BlY21hbHRpZZXMvRmFtaWx5LXRvLUZhbWlseeS1BZG9wdGlvbi1TdXBwb3J0L091c
...  i1TdGFmZi8KAAoAAR8GAAAJAAAAACRAAAAAABCRAAAAAkAAAACRCAAAAGiA0AAAsxMDczNzQxODcOMgkQAAAACY
...  oNAAAJiw0AAAAAAAAAAAAACgoJjA0AAAABo0NAAALMTA3Mzc0MTg3NDIGjg0AAAsxMDczNzQxODc0NDkOF4xDNAkkAAA
...  ABpANAAAfMzQ4XjM1N14xMDczNzQxODQ0NF4xMDczNzQxODc0MgMAAABiAAAAAAAAAAEGkQ0AAAxUZXN0aW1v
...  bmlhbHMHJwAAAAoKAQEAAAAAAAAACgoBbfL//9j///
...  8AAAAABpQNAAAeL0ZhbWlseeS1BZG9wdGlvbi1UZXN0aW1vbmlhbHMHvCgAKAAEgBgAAACQAAAAkQAAAAQkQAAA
...  ADQAAAAkXAAAABpcNAAALMTA3Mzc0MTg3NDQJEAAAAAmZDQAACZoNAAAAAAAAAAAAAAoKCZsNAAAAAAacDQAA
...  CzEwNzM3NDE4NzQ0OBp0NAAALMTA3Mzc0MTg3NDQJIAAAAAafDQAAHzM0OF4zNTZeMTA3Mzc0MTg0NDReMTA3M
...  zc0MTg3NDADAAAAYwAAAAAAAABBgANAAAKQ29udGFjdCBVcwknAAAACgoBAQAAAAAAAAAAKCgFe8v//2P///
...  wAAAAAGow0AAD4VUEFIL1NwZWNpYWx0eS1GYW1pbHktdG8tRmFtaWx5LWFkb3B0aW9uLXN1cHBvcnQtb3VyeC1
...  50YWN0LVVvLWoACgABIQYAAAkAAAAAJEAAAAAEAAAAA4AAAAJ7wEAAAAamDQAACzEwNzM3NDE4NzDCgoKAAAA
...  AAAAAAAAJ6QoAAAoJqA0AAAAABqkNAAAAXMTA3Mzc0MjEwMDh8MTA3Mzc0MTg3NDADNDGog0AAAsxMDczNzQxODQ0
...  NAkkAAAABqwNAAAfMzQ4XjM1N14xMDczNzQxODQ0NF4xMDczNzQyMTAwOAMAAABkAAAAAAAAAAGrQ0AAB9Ua
...  GUgT3B0aW9uLUlG9mIEFkb3B0aW9uLUZlj.byb2NodXJlJlCfAKAAAKCgEBAAAAAAAAAoKAVHy///Y////
...  AAAAAawDQAAYC91cGxvYWRlZZpbGGV2L3Bhcmt1cmhvc3BpdGFsL1BhZ2VzL1BhdGllbnQtYW5kLVRlYXRtZW50sY
...  XRpb25tYWtlcl9ROTQxNlcnZpY2VzLXFkb3RvLoAThEB3MyeYSdyGdGZeWTNDE4NzQyCRAAAAAAAAAAAEJEAAAAAEAAAA
...  AAAAEEAAAJFwAAAazDQAACzEwNzM3NDE4NzQ2CRAAAAAAJtQ0AAAm7QDAAAAAAAAAAAAKCgm3DQAAAAAAGuA0
...  AAAsxMDczNzQxODQ3CNgaS5DQAACzEwNzM3NDE4NzQ3CSQAAAAAGuw0AAB8zNDheMzU2XjEwNzM3NDE4NDE4NDE4XjEw
...  NzM3NDE4NzQyAwAAAAGYAAAAAAAAAqa8DQAAIUNhbmNlbC1iSaXNrIGFuZCBIdGZlZCBIZZJlZGl0YXXOS1ENhbmNllgkAA
...  AAAACgoBAQAAAAAAAAAKCgcF8v//2P///
...  wAAAAAGvw0AAEYvUEFIL1NwZWNpYWx0eS1mYW1pbHktdG8tbGbmV0aWxy0291bnNlbGluZy1zdGFmZi8KAAoAAR8G
...  VyZWRpdGFyeS1DYW5jZXItRGV0ZWN0aW9uLUNvdW5zZWxpbmctU3RhZmYvCgAKAAEjBgAAJAAAAACQAAAAAkQAAAAAAkkg
...  3NDczEAAAAANEDQAACcUNAAAAAAAAAAAAAAoKCcYNAAAAAAoKDHQAAAAACzEwNzM3NDE4NzQ3CNgaS5DQAACzEwNzM3NDE4NzQ3CS
...  MTg0MTcJJAAAAAbkDQAAHzM0OF4zNTZeMTA3Mzc0MTg3NDQ3XjEwNzM3NDE4DAAAAAzWAAAAAAAAABBsNA
...  AAaU21bnNMgb2YgSGVyZWRpdGFyeSBDYW5jZXIJJXIJJwAAAAoKAQEAAAAAAAAAAACgoBM/L//9j///
...  8AAAAABs4NAAA/
...  L1BBSC9TcGViaWFsdFScy9HZW5ldGljLUNvdW5zZWxpbmctV2zWxpbmctU2lnbnMtb2YtSGVyZWRpdGFyeS1DYW5jZXIvC
...  gAKAAEkBgAACQAAAAkQAAAAQkQAAAAwAAAAkXAAAABtENAAAAtLMTA3Mzc0MTg3NDQJEAAAAAnTDQAAAAkgg
...  0OF4zNTZeMTA3Mzc0MTg3NDQ7eMTA3Mzc0MTg3NDUDAAAAAAAAAAAAAAAAABBtoNAAAbRmFjdHMgQWJvdXQ
...  QTEgYW5kIEJQQ0yEyCAAAAKCgEBAAAAAAAAAoKASTy///Y////
...  AAAAAbdDQAAQC9QQUgvU3BlY21hbHRpZZZXMvVHJppby1CcmVhc3QtQ2VuZGVyL0Zh4YZ3RzLUFib3V0LUJSQ0ExL
...  WFuZC1CUkNNBmi8KAAoAASUGAAAJAAAAACRAAAAAAAAACeAAAAAAWAAAACzEwNzM3NDE4NzQJEAAAAACY4ANAAAjZ
...  AAAAAAAAAACeMBAAAAJ5AEAAACeBAAAAoJ5QEAAASZ5gEABymE5wEAAoJ5wEAAAAAAAAbo
...  DQAAEEdlbmV0aWMgQW5y2YW5jZXIJJXIJJXIJJwAAAAAoKAQEAAAAAAAAAACgoBFvL//9j///
...  8AAAAABusNAAA1L1BBSC9TcGViaWFsdFScy9HZW5ldGljLUNvdW5zZWxpbmctR2VuZXRpYy1DYW5jZXI8
...  KAAoAASYGAAAJAAAAACRAAAAAQkRAAAAAACeAAAACg7g0AAAsxMDczNzQxODczNzQyQyMjc2NBymDc5OQoKCgAAAAAAAAAAAeMB
...  AAAJ5AEAAAAACzEwNzM3NDE4NzQ3CNgaiwNAAAaS5DQAACzEwNzM3NDE4NzQ3CSQAAAAAAbo
...  DQAAEEdlbmV0aWNiZZ9BvL//2P///wAAAAAG+
...  Q0AAEYvUEFIL1NwZWNpYWx0eS1HZW5ldGljLUNvdW5zZWxpbmcte2291bnNlbGluZy1HZW5ldGljLU
...  NvdW5zZXwpbmctcgAKAAEnBgAACQAAAAAQAAAAQkQAAAAAAAvNAAALMTA3Mzc0MTg3NDQJEAAA
...  AAAn+
...  DQAACf8NAAAAAAAAAAAAAAoKCQAOAAAAAAAoKQOQAAAYBDgAACzEwNzM3NDE4NzQ2BgIINAAALMTA3Mzc0MTg3NDcJJJJw
...  AYEDgAAHzM0OF4zNTZeMTA3Mzc0MTg3NDgeMTA3Mzc0MTg3NDQDAAAAAawAAAAAAAAABBgUOAAAJUHJljY2uY2
...  VwdGlvbiBhbmQgQ2FycmllclBTY3JlZW5pbmcJJwAAAAoKAQEAAAAAAAAAACgoB+fH//9j///
...  8AAAAABggOAAAL1LlByZWNvbmNlcHRpb24tYW5kLUNhcnJpZXItU2NyZWVuaW5nL2zKaUZWAAAAoKAQEAAAAAAAAJEAA
...  AAAEJEAAAAAcAAAAJFwAAAAYLDgAAYLDgAAYLDgAAYCZEwNzM3NDE4NzQyCRAAAAAOaGBDgAAB8zNDheMzU2XjEwNzM3NDE4
...  NE3XjEwNzM3NDE4NzQ5AwAAAAGwAAAAAAAAAAAYUDgAAGKdlbmV0aWMHYWgR2VuZXR1Vz2VaW5cSmCSAAA
...  AKCgEBAAAAAAAAAoKAerx///Y////
...  AAAAAAYXDgAAJS9HZW51clMfMFCsLUdlbmV0aWMtQ291bnNlbGluZy1TZXJ2aWNlcy8KAAoAASgGAAAJAAAAACRAA
...  AABCRAAAAAIAAAA8xMDczNzQxODczNzQyChym
... AABh8OAAALMTA3Mzc0MTg3NTEGIAAAsxMDczNzQxODQxNgkkAAAABZIoIAAAfMzQ4XjM1N14xMDczNzQxODQxNgkkAAAAAAGjoB
... xN14xMDczNzQxODc1MQMAAABtAAAAAAAAAEGIw4AAAsxNAAAsxMDczNzQxODQxNgIGIGUGF0aWVudHMpJwnmuCSsAAAA
...  2/H//9j///
...  8AAAAABiYOAAAxL1BBSC9TcGViaWFsdFScy9HZW5ldGljLUNvdW5zZWxpbmctRm9yLVBhdGllbnRzLwoACgA
...  BKGyYAAAkAAAAAJEAAAAEJEAAAAAcAAAAJFwAAAYpDgAACZEwNzM3NDE4NzUzNzQyCRAAAAAAAbgAAAKw0AAAkSDgAAAAA
...  AAAAAAACgoKSDgAAAAAGMQ4AAAsxMDczNzQxODc1MwlEAAAAAbkDQAAAQYpAAbgADAcZvciBQaHlzaWNpYW5zCZcAAA
...  AKCgEBAAAAAAAAAAoKAczx///Y////
```

... AAAAAAJDgAAHy9QQUgv03B1Y21hHHRpzXNvRvzv0zxRpzY1Dv3VfzVvsaW8HLUvUcr1qaH12aWNpYW5zLwoAC
... gABKwYAAAkAAAAJEAAAAEJEAAAAAoAAAAJFwAAAAY4DgAACzEwNzM3M3NDE4NzUwCRAAAAAJOg4AAAk7DgAAAA
... AAAAAAAAAAKCgk8DgAAAAAGPQ4AAAsxMDczNzQzOxODc1MAY+
... DgAACzEwNzM7M3NDE4NDE3E3CSQAAAAAGQA4AAB8zNDheMzU2U2XjEwNzM3M3NDE4NDE3E3XjEwNzM7M3NDE4NzUuUwAAAAAG8AA
... AAAAAAAAAQZBDgAAJUFib3V0OIG91ciBHZW5ldGljJIENvdW5zZWWxpbmcgU2Vydml1jZXMZJJwAAAAoKAQEAAAAAAA
... AACgoBvfH//9j///
... 8AAAAABkQOAAAnL0Fib3V0LW91cilHZW5ldGljJLUNvdW5zZWWxpbmctU2VydmljZXMvCgAKAAEsBgAACQAAAAk
... QAAAAAQkQAAAAAcwAAAAKXAAAABkcOAAALMTA3Mzc0OMTg3NTUJEAAAAAJDgAACUoOAAAAAAAAAAAAAAAAAoKCUsO
... AAAAAAZMDgAACzEwNzM7M3NDE4NzU1BkOOAAALMTA3Mzc0MTg7OMTc7JJAAAAAZPDgAAHzM00F4zNTZeMTA3Mzc0OMTc5
... Tg0MTdeMTA3Mzc0MTg3NTUDAAAAAcAAAAAAAAAABB1AOAAAKQ29udGFjdCBVcwknkAAAAACgoBAQAAAAAAAAAKCg
... Gu8f//2P///
... wAAAAGUw4AAC8vUEFIL1NwZWNpYWx0aWvzL0dlbmV0aWMgQ291bnNlbGluZy9bb250YWN0LWVzLwoACgABLQ
... YAAAkAAAAJEAAAAAJEAAAAEAAAAJFwAAAAZWDgAACzEwNzM3M3NDU1NDYxCgoKAAAAAAAAAAJ4wEAAAnkAQA
... ACVkOAAAAAAZaDgAAFZzEwNzM3M3NDI3N3NDU1ODlzOAAALMTA3Mzc0Mjg3OMTJDKAAAALMTA3Mzc0Mjg3OMTJI0BlsOAAALMTA3Mzc0MjM2AQDgAA
... HzM0OF4zNTZeMTA3Mzc0Mjg3OMjMjMjReMTA3Mzc0MjcOOTcDAAAAAAAAAABl4OAAAZQ2VudHVyYTSBIZWFFsd
... GggQ29ybmVvyc3RhcgnrAQAACgoBAQAAAAAAAAKCgG8f//2P///
... wAAAAGYQ4AADgvUEFIL1NwZWNpYWx0aWVzL05laWdodm9yaG9yJG1laHViLQJ1Z2VydG90HvVUdCVycy9Db3J3ZJzdg
... FyLwoACgABLQYAAAkAAAAJEAAAAAJEAAAAEAAAAJFwAAAAZkDgAACzEwNzM3M3NDU1MjE3E3CgoKAAAAAAAAAAA
... J4wEAAAnkAQAACVkOAAAAAAZoDgAAFZzEwNzM3M3NDI3N3NDU1MjI3E3E3DgoKAAAAAAAAAAAABmwOAAANQ29ud
... HVySBIZIZWFFsdGggQ2VudHVyYS9Wb1gW4J6wEAAAoKAQEAAAAAAAAKCgBkvH//9j///
... 8AAAAABm8OAAA2L1BBSC9TcGVjaaWFsdGllcy9OZWlnaHvcmhvb0RlcUllbnRlcnMvTWVyaWRpYW4
... vCgAKAAEvBgAAAQAAAAAkAAAAAAkQAAAAAwAAAAAAAAAAAAABnIOAAALMTA3Mzc0NTUyMTYTYCgoAAAAAAAAAAnj
... AQAACgQBAAAJdQ4AAAAABnYOAAAnTA3Mzc0MjcOTV8MTA3Mzc4Mjg3OMjMjQQGoW4AAAsxMDczNzQyQyMjNAkk
... AABnkOAAAfMzQw4Q4M1n4cm9rZS8AAAAAAAANbyYYNyNYtXXXvN4xMDczNzQy0DY4MTceMTA3Mzc0MjQQUw9BS
... JhIEhlYWx0aCBDTb3Va9xGbmbmRzCesBAAAKCgEBAAAAAAAoKAYTx///Y////
... AAAAAAY9DgAAOC9QQUgvU3BlY2lhbHRpZXMvTmVpZ2hib3JHb29Kk9LWRuWXhx0aC1DZW50ZXJzL1NvZW5rRobGFuZ
... HMvCgAKAAEvBgAACQAAAAkAAAAJEAAAAAJEAAAoAAAAABMAoCgAAABBMAoCgAAAAAAAAAAAAgoJgQ4AAAAABo
... IOAAAXMTA3Mzc0MjUxO8l8MTA3Mzc0MjNzMcOTUDNDcGg+4AAAsxMDczNzQyODcOTUNDcxNWxMDczNzQyODQ0N14
... xMDczNzQxODQQ0N14xMDczNzQyNTE4OQMMAAAAB3AAAAAAAAAAAAGhg4AAA1TcGlvZISBTdXJKvZXJ5J5CfcfBAAAACgEB
... AAAAAAAAoKAXjx///Y////
... AAAAAAaJDgAAHy9QQUgvU3BlY2lhbHRpZXMvU3BpbmHpHRpzXMvU3BpbmU3U3VyZ2VyeS8KAAoAAAE8BgAAAAkA
... AACAAAACRcAAAAACRcAAAAsxMDczNzQyODcOMQpKQAAAACY4OAAAjw4AAAAAAAAAAAoJkAAAAAABpEOAA
... ALMTA3Mzc0MTg3ODODEGkAy4AAAsxMDczNzQyODQQQBpQOAAAlzxMDczNzQyODQ2OMjMjM14xMDczNzQyODQQN14xMDc
... zNzQxODc4MQMAAAAAAAAAEgAQAAxTdHJva2UyJJwAAAAoKAQEAAAAAAACgoBafH//9j///
... 8AAAAABpgOAAA1L1Pocm9rZS8KAAoAAATIGAAAAAJCRAAAAABCRAAAAAAoAAAAJDAAAAAGmw4AAAsxMDczNzQ
... xODc4MgkQAAAAAJg4AAAACCUzAAAAAAAAAAACgoJnw4AAAsxMDczNzQxODc4MgY+
... NzQxODQ0N14xMDczNzQyODQ2OMjMjQ14xMDczNzQ0YN14xMDczNzQ0YOMgMAAAB5AAAAAAAAAAEGp
... A4AAAVCvmbgknAAAACgoBQMAAAAAAAAAKCgFa8f//2P///
... wAAAAGpw4AAAUCUvUEFIL1NwZWNpYWx0aWvzL051dXJvc2NpZW5jZS9zdHJva2UvCgAKAAEsBgAAAAkQAAAAAkQAA
... AAQkQAAAAAoAAAAJDgAAAkbMTA3Mzc0MTg3ODA4JDEEAAAAayDgAACQZ0OAAAAAAAAAOKCa4OAAAAAAAAAAOKCa4OAA
... AAvUvDgAACzEwNzM3M3NDE4NzQ4NzgNzgzRAOAAALMTA3Mzc0MTg3OODcJDAAAAaayDgAAHzM00F4zNTZeMTA3Mzc0MTg7Tg0
... NDdeMTA3Mzc0MTg3ODOMDAAAAegAAAAAAAAAAAABBrMOAAARTmVlcm8gc8gRlhlZZvc3RpMjJwAAAAoKAQEAAAAAAA
... AAACgoBS/H//9j///
... 8AAAAABrYOAAAxL1BBSC9TcGVjaaWFsdGllcy9OZWlgWVuY2VzL051cm9sb2dpZXMvU3Ryb2tlLWNhcmUvCgAKAAZ
... BNAYAAAkAAAAEJEAAAAAUUUAAAAJFwAAAAY4DgAACZgvZGVuZXRpY3MvCRAAAAAAJuw4AAAAAABGDgAAAAAAAAAAKCgm
... AAAAAAAKCgm9DgAAAAAGEAAAAGSGpM4DczNzQyDsxMDczNzQyODcOMNAaNaY+
... DgAAACzEwNzM3M3NDE4NDQ0CSQAAAAAQwGQ4AAB8zNDheMzU2U2XjEwNzM3M3NDE4NDNJ3E3XjEwNzM7M3NDE4Nzgw0AwAAAHsAA
... AAAAAAAKCcwAAAAAbNDgAAAAAKCZwEAAB9DgAAVQzEwNzM3M3NDI3N3NDE4NDU3N3F4NzNeMTA3Mzc0Mjg3OMNDcx0O
... F4zNTZeMTA3Mzc0MTg7ODQ0NDeMTA3Mzc0MjgMwNzgDAAAAAfAAAAAAAABBtEOAAAWRGlcCBCmmFpBTdGltdW
... xhdGlvbgknAAAACgoBAQAAAAAAACgoEt8f//2P///
... wAAAAG1A4AADyvUEFIL1NwZWNpYWx0aWvzL05ldXvbc2NpZW5jZS9CcmFpbil1TdGltdWxhdGlvbi8
... 8KAoAATYGAAAkAAAAJEAAAAABCRAAAAAABAAAAJFwAAAAZoDgAACzMjgMwNzg1Ng9gAA4AAAsxMDczNzQyODcOAAASF
... AAAAAAQbCDgAAE1N1cmdlcnkyFsIFRlbY2hub2xvZ3kJwAAAAoKAQEAAAAAAAAAACgoBQPf///2P///
... AAAAAAAAAa4AA4AAUvDb250YWN0L1V1YWAAAAAAAAAAAoKAR7x///Y////
... AAAAAAbjDgAAHy9bdtidWwk9Kb250YWN0LWVzLwoAAAoAAAAEzBgAAAkAAAAJEAAAAEJEAAAAEAAAAJFwAAAAby
... AACACACAxMDczNzQyODcMgcb7DgAACzEwNzM3M3NDE4NDE5CSQAAAAG/
... g4AAAsxMDczNzQyODOc3Mgb7DgAAACzEwNzM3M3NDE4NDE5NDE5CSQAAAAG/

... Q4AaBwZNDhemzU2XjEwNzM3NDE4NDE5XjEwNzM3NDE4NDIyWAAAAYrAAAAAAARQjb//
... DgAAEEtuZWUgUmVwbGFjZW1lbnQQJJwAAAAoKAQEAAAAAAAAACgoBAPH//9j///
... 8AAAAABgEPAAA8L1BBSC9TcGVjaWFsFsdGllcy9Kb21udC1SZXBsYWNlbWVudC1tZWVUWUtUmVwbGF
... jZW1lbnQvCgAKAAE5BgAACQAAAAkQAAAAQkQAAAABAAAAkkXAAAABgQPAAALMTA3Mzg5JNzMJEAAAAAL
... DwAACQcPAAAAAAAAAAAAAAAAAoKCQgPAAAAAAYJDwAACzEwNzM3NDE4NzczBgoPAAALMTA3MzcOMTg0MTkkJAAAA
... AYMDwAAHzM0OF4zNTZeMTZzNzM3NDE4NDIyWAAAAYrAAAAAAARQjb//
... xhY2VtZW50c0CSCAAAAkCgEBAAAAAAAAAoKAfHw///Y////
... AAAAAAYQDwAAOy9QQUgvU3BlY2lhbHHRpZXMvMm9pbnQtUmVwbGFjZW1lbnQtUHJvZHVjdHMvUmVwbGFjZW1
... W1lbnQvCgAKAAE6BgAACQAAAAkQAAAAQkQAAAABAAAABhMPAAALMTA3MzgzNzgZEAAAAAkXAAAAYkVDw
... AACRYPAAAAAAAAAAAAAAAAoKCRcPAAAAAAYYDwAACzEwNzM3NDE8NDE4NDEzNzc4BhIPAAALMTA3MzcOMTgOMTkkJAAAAAY
... bDwAAHzM0OF4zNTZeMTRzNzM3NDE4Nzc3NDE4NDI4NDE4NDE4Nzc3NDE8NDI4NDE4Nzc4NDE4Nzc8NDE4Nzc8NDI8NDE8NDI8NDI8
... UmVwbGGfjZW1lbnQQJJwAAAAoKAQEAAAAAAAAACgoB4vD//9j///
... 8AAAAABh8PAABAL1BBSC9TcGVjaWFsFsdGllcy9Kb21udC1SZXBsYWNlbWVudC1tZWVUWUmVwbGF
... lcGxhY2VtZW50c0CSCAAAAkCgBAOwYAAAkkAAAAAkQAAAAQkJEAAAAAAJFwAAAAYiDwAAC0DOTY2ZCCRA
... AAAJJ4wEAAAnkAQAACTQPAAAAAAAAAAFwDwAAFzQ4ZWNzNDIDNDI3NDE4NDE5XjEwNzM3NDE4NDIyVU00CgoV0AAYYY4xAAAAAAAY
... MTkJJAAAAAY4DwAAHzM0OF4zNTZeMTZzNzM3NDE4NDIyXjEwNzM3NDE4Nzc2NDE4NDE4Nzc3NDE4Nzc3NDE8
... 4gTWFuYWdlbWVudAknAAAACgoBAQAAAAAAAAAKCgfH8P//2P///
... wAAAAAGLg8AADsvUEFIL1NwZWNpYWx0aWVzL0pvaW50LUV0cGxhY2VtZW50LVByb2R1Y3RzL1JlcGxhY2VtZW50
... VtZW50LwoACgABPAYAAAkAAAAJEAAAAIkJAAAABAAAAAJFwAAAAYxDwAAAZxDwdAACzEwNzM3NDE4NDE1NDIDNDU0C
... AAAJJ4wEAAAnkAQAACTwPAAAAAAAAAAFwDwAAFzQ4ZW5zNDIDNDI3NDE4NDE5XjEwNzM3NDE4NjcTIDAAAAhkAAAAAAAAAQYrDwAASU
... XVhbGl0eSBUb2Jsdgf9d0aAYBAAAAACgoBAQAAAAAAAAAoKAcx/w///Y////
... AAAAAAY8DwAAAPAAPi9QQUgvU3BlY2lhbHHRpZXMvMm9pbnQtUmVwbGFjZW1lbnQtUHJvZHVjdHMvUmVwbGFjZW1lbnQvCgAKAAE9BgAACQAAAAkQAAAAQkJAAAAABAAAAAJFwAAAAYrDwAAC0RwAAAQkbgdXyBVc0CSCAAAAkCgEBAAAAAAAAAoKAcx/w///Y////
... AAAAAAZPDwAAA0DwaW9pbnQtUmVwbGFjZW1lbnQLVNzd3c3NDE4NDE5XjEwNzM3NDE8NDIyWAAAYrAAAAAAARQZQ2hvb9Np
... bmcgYSBTdGJuZW9uUcSCAAAkCgEBAAAAAAAAAoKAbbw///Y////
... AAAAAAZLDwAAAPi9QQUgvU3BlY2lhbHHRpZXMvMm9pbnQtUmVwbGFjZW1lbnQLVNzZ3ZjbuzUy1hL
... VN1cmdlb24vCgAKAAE+
... BgAACQAAAkQAAAAQkQAAAAkkXAAAABk4PAAAABk4PAAAABk4PAAAABk4PAAAABk4PAAAABKAAAAAB
... AAAAoKCVIPAAAAAAAZTDwAAC0RwAAAEwMzg4Nzc4XjEwNzM3NDE4NDE4NjcINDg4MzBBNHAAAAkQAAAAkCVEWBAkkk1AAAO4zNT
... ZeMTA3MzcOMTg0MTleMTA3MzcOMTg0MjNzNzhNDE4Nzc4NDE4Nzc4Nzc8Nzc8Nzc8Nzc8NjcINzc4Nzc8Nzc4Nzc4Nzc4Nzc4Nzc8Nzc4Nzc4Nzc8
... hc3MJJwAAAAoKAQEAAAAAAAAACgoBp/D//9j///
... 8AAAAABloPAAABDL1BBSC9TcGVjaWFsdGllcy9Kb21udC1SZXBsYWNlbWVudC1tZWVUWUmVwbGF
... hY2VtZW50LUNyXyNXoAcgaWFdFsdGllcy9Kb21udC1SZXBsYWNlbWVudC1tZWVUWUmVwbGF
... CRAAAAAXAw8AAAkgrwDwaW9pbnQtUmVwbGFjZW1lbnQLUCgl1DwAAAAAY4g8AAAxDbzZQXyXXAAAACzEwNzM3NDE4Nzc4
... DE5CSQAAAAGZDwAA4zdzhNDE4Nzc4Nzc8Nzc4Nzc8XjEwNzM3NDE4Nzc4XjEwNzM3NDE4Nzc8Nzc4Nzc4QZmAAAFk
... pvaW50IFJlcGxhY2VtZW50IFVuaaXQJJwAAAAoKAQEAAAAAAAAACgoBmPD//9j///
... 8AAAAABmkPAABL1BBSC9TcGVjaWFsdGllcy9Kb21udC1SZXBsYWNlbWVudC1tZWVUWUmVwbGF
... hY2VtZW50LVVuaXQvCgAKAAEFAOBgAACQAAAAkQAAAAQkQAAAAAkXAAAABmwPAAALMTA3MzcOMjIzOTIJEAAAAAkCg
... EAAAAAoUuWACgEXAAAAAAAoKCXAPAAAAAAAY4g8AAAxXDwAAAZTECSpAAAACzEwNzM3NDE4Nzc8NjcI
... TAJJAAAAAAZODwAAHzM0OF4zNTZeMTZzNzM3NDE4NDE4Nzc4NDE4Nzc4NDI4Nzc4NDI4Nzc8NjcINTFU
... VnaXN0I 0cmF0aW9uIGUIlc2MzIzMlcSCAAAAkCgEBAAAAAAAAAoKAYnw///Y////
... AAAAAAZ4DwAAFz44FC9SZWdpc3Dy3RyYXRpb24z24t8rmYybysMV0sXAAAAEEBBGAAACQAAAAkQAAAAkkXAAAAAAkXAAAAABAAAAkkXAAAAAB
... nsPAAALMTA3MzcOMTkwNjEzJEwxDwAACX4PAAAAAAAAAAAAAoKCX8PAAAAAAY4g8AAAx2DwaW9pbnQtUmVwbGFjZW1lbnQLVNzd3NDE4NDE5XjEwNzM3NDE4NDIyWM5E
... cxBoEPAAALMTA3Mzg3ODk2NTNBoQPAAAAoKAAAAkkXAAAAkCg4xDwaW9pbnQtUmVwbGFjZW1lbnQLVNzdkDE4NzdNDEAAA
... AjAAAAAAAAaaBoQPAAAAPQXF1YXRpY3MyBUaGVyYXB5BUaGVyYXB5NXB5LwoACgABQ
... gYAAAkAAAAJEAAAAkQAAAAIkJFwAAAAFwAAAaamrDwAAACzEwNzM3NDE4NjcIMDcyCRAAAAAjA8AAmrwDwaAAAAj
... AAAAAKCgmODwAAAADwAAAjw8AAkDEnZXNMDcz2XOTA3MgQ2DwAAACxSTAgMDczNDE4NDUCSQAAAAAjA8AAMr
... AAAAAAKCgmmODwAAAADwAAAjw8AAgmsmDwAAAGjw8AAAAAAACzEwNzM3NDE4NjcIMDcyCRAAAAAjA8AAbANDUGUzU
... 2XjEwNzM3NDE4NDUXjEwNzM3NDE4NDE5XjEwNzM3NDE4NDIyWAAAAYrDyAwAAAI0AAAAAAAAAQaTDwAAEUNvZ25pdGl2ZS
... AAKCgEBAAAAAAAAAAoKAWvw///Y////
... AAAAAaWDwAAMi9QQUgvU3BlY2lhbHHRpZXMvUmVoYWJpbGl0YXRpb24vQ29nbml0aXZlLVJoZXJhcHkvQ2dvbml0aXZlL
... AFDBgAACQAAAAkQAAAAQkQAAAABpkPAAALMTA3MzcOMTkwNjEzJEwxDwAACaAPAAAAAAAAAAAAAoKCaEP
... AAAAAAAoKCZ0PAAAAAaeDwAAC0RwAAAEwMzg4Nzc4XjEwNzM3NDE4Nzc4NjcI0Bp8PAAALMTA3MzcOMTg0MThNDUGUzU
... zNTZeMTA3MzcOMTg0MTleMTA3MzcOMTg0MjNzNzhNDE4Nzc4NDE4Nzc4Nzc4QZmAAAMS4GuZCBUaGVyYXB5XB5CSCSAAAAAK
... CgEBAAAAAAAAAAoKAVZw///Y////
... AAAAAalDwAALS9QQUgvU3BlY2lhbHHRpZXMvUmVoYWJpbGl0YXRpb24vU0FudGF4L1UaGVyYXB5XB5CSCSLwoACgBRAYAA
... AkAAAAJEAAAAIkJFwAAAaaaUAAAAWUAAAAAaCAAAAAaaCgmsmDwAAAGjw8AAAAAAACaAPAAAoKCZ0PAAAAAAeDwAAC0R
... wAAAEwMzg4Nzc4XjEwNzM3NDE4Nzc4NjcINDg4MDcCSDwAAAEkExvdkBWaXNpb24GuZCCgG3CSC
... AKCgmsDwAAAGr08AACzEwNzM3NDE4NjcI0Bp8PAAAAAAACQAAAAQkQAAAAAkXAAAABWAAAAWUzU
... wNzM3NDE4NDUXjEwNzM3NDE4Nzc4NDI4NDI4NDI4XjEwNzM3NDE4NjcINTFU1ZUIEjpzyBhbmQgTG91Z
... AknAAAACgBAQAAAAAAAAAKCgE+8P//2P///
... wAAAAAGww8AADIvUEFIL1NwZWNpYWx0aWVzL1JlaGFiaWxpdGF0aW9uL0xvdy1WaXNpb24tVGhlcmFwcy9Mb20goACgABR

... ABRGYAAAAAAAAJEAAAAAEJEAAAAAAADGHUTWAAAARbGWBAKCZEWNZm3NDE5MDE5UAAAAAQYA8AAAnJDwAAAAAAA
... AAAAAAAAKCgnKDwAAAAGyw8AAAsxMDczNzQxOTA3OQbMDwAACzEwNzM3NDFNUWCSQAAAAGzg8AAB8zNDhe
... MzU2XjEwNzM3NDFNDUWXjEwNzM3NDE5MDc5AwAAAJEAAAAAAAAAAQbPDwAAG05ldXJvG9naWNMNhbCBSZWhhY
... mlsaXRhdGlvbgknAAAACgoBAQAAAAAAAAAKCgEv8P///2P///
... wAAAAAG0g8AADwvUEFIL1NwZWNpYWx0aWVzL1JlaGFiaWxpdGF0aW9uL05ldXJvbG9naWNhbC1SZWhhYmlsaX
... RhdGlvbi8KAAoAAUcGAAAAJAAAACRAAAAAABcRAAAAAIAAAACRcAAAAIQ8AAAsxMDczNzQxOTA3OTA4MAkQAAAACH
... PAAAJ2A8AAAAAAAAAAAAACgoJ2Q8AAAAABtoPAAALMTA3Mzc0MTkwODdd2a9AAAMLTA3Mzc0MTkwODQlMAkkAAAAA
... Bt0PAAAfMzQ4XjM1Nl4xMDczNzQxOTA3OTA8MFAxMDczNzQxOTA3OTA4MAMAAACSAAAAAAAAAAEG3g8AAA1Wb21jJZSBUa
... GVyYXB55CSCAAAAKCgEBAAAAAAAAAAoKASDw///Y///
... AAAAAAbhDwAALi9QQUgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24vVm9yYVm9pY2UtVGhlcmFweS8KAAoAAUgA
... AAJAAAACRAAAAABCRAAAAAIAAAACRcAAAAIQ8AAAsxMDczNzQxOTA3OA4MQkQAAAACeYPAAAJ5w8AAAAAAAAAAA
... AAACgoJ6A8AAAAAABukPAAALMTA3Mzc0MTkwODEG6g8AAAsxMDczNzQxOQODQlMAkkAAAABuwPAAAfMzQ4XjM1Nl4
... xMDczNzQxOQODQlMF4xMDczNzQxOTA4MQMAAACTAAAAAAAAAAEG7Q8AAB5Xb2l1bmGSGVhbHRoOIFBoeXNpYWYy2Fs
... IFRoZXJhcHkJAAAAAAKAQEAAAAAAAACgoBEfD//9j///
... 8AAAAABvAPAAAgLldvcyUiIZWFsdGgzc2lzUYWwtVGhlcmFweS8KAAoAAUkGAAAAJAAAAACRAAAAAACRAAAAAAACRA
... AAAAAAkCEAAACQMQAAAAAAAAAAAoKCQQQAAAAAAYFEAAACzEwNzM3NDE5MTg4BgYQAAALMTA3Mzc0MTkg0
... NTAJJAAAAAYIEAAAHzM0OF41NTZeMTA3Mzc0MTkwODdd2a9AAAMTkwODQlMA0AAAAlQAAAAAAAAAABBgkQAAAIT
... 3VyIFRlYW00JJwAAAAoKAQEAAAAAAAACgoB9e///9j///
... 8AAAAABgwQAAApLlBBSC9TcGVjjaWFsdGllcy9SZWhhYmlsaXsaXRhdGlvbi9PdXItVGVhbs8KAAoAAUsGAAAAJAAA
... ACRAAAAABCRAAAAAIAAAACRcAAAAIQ8AAAsxMDczNzQyMjM0OQbQQAAAAAACREQAAAJEhAAAAAAAAAAAACgoJ
... ExAAAAAABhQQAAAALMTA3Mzc0MjIzNzkkGFRAAAAsxMDczNzQxOQODQlMAkkAAAABhcQAAAfMzQ4XjM1Nl4xMDczN
... zQxODQlMF4xMDczNzQyMjM0OQMAAAACWAAAAAAAAAEGGBAAABpIb3cgZGVgVmluuY2kgZyVyeSB3b3Jrcw
... knAAAACgoBAQAAAAAAAAAKCgHm7///2P///
... wAAAAAGGxAAAAE0vUEFIL1NwZWNpYWx0aWVzL1JvYm9Uav9ytcy9Db250aWwudY2tpLWNvbmtvdWm9ib3RpY3Mt
... JtZWQtd2l0aC10aGUtMk9UQTc0LTIwMTUvCgAAoAAVUG44AAAJ4AAAACRAAAAAAkCEAAACQCQUAAAJIBAAAAkhEAAAAAAA
... AAAAAKCgkiEAAAAAABNhEHUwCSQAAAGAJhaAAB8zNDheMzU2XjMyVyZ2VyeS83MvVmlkZW9zLwAAAAAZ\wZXJmb
... AAAAYnEAAAIENlbnRlcilcibBmb3IgVGhlcmFweWSBhdCBTb3V0aG1zkcAAAAKCgEBAAAAAAAAAAoKAdv///
... //Y///
... AAAAAAYgEAAAQS9QQUgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24vQ2VudGVyLWZvci1UaGVyYXB5LWF0LW
... VNvdXRoRobGFuZHMvCgAAoAAFNBgAACQAAAAAQkAAAAQkQAAAAQAAAAQkAAAABi0QAAALMTA3Mzc0MTkwODYJEA
... AAAkvEAAACQAQAAAJAAAAACRAAAAAKCTEQAAAAAAABNhEMSMDg2BjMAAALMTA3Mzc0MTkwODE5MDg2BjMyQAAALMTA3Mzc0MTkg0NTE
... JJAAAAAY1EAAAHzM0OF4zNTZeMTA3Mzc0MTkwODE5MDg2BjMyQAAAALMTA3Mzc0MTkwODZlVwVNTeMDg2BjMyQAAALMTA3Mzc0MTkg0OTE
... b3RpYYBWaWRlb3MJAAAAoKAQEAAAAAAAAACgoByO///9j///
... 8AAAABgkQAAxLlBBSC9TcGVjjaWFsdGllcy9Sb2JvdGljjaSLVN1cmdlcnktMtVmlkZW9zLwoACgAAUgA
... BTgYAAAAJEAAAAAEAAAAAAIAAAAAJFwAAAAY8EAAAAzEwNzM3NDE5MDg5CRAAAAAJPhAAAA/
... EAAAAABgyQAAlaEAAAAkCglAEAAAAAAAAQGRAAAAsxMDczNxOTA4NwZCEAAAACzEwNzM3NDE5MDZCExMDczNzQxOTA4Nte
... B8zNDheMzU2XjEwNzM3NDE5MDczNDExMDg2BjMyQAAAAAAJoAAAAAAACAAAAAAAZQFEAAAGWRhIWIFZpbmNpNpFNJIE
... hEIFRlY2hub2xvZ3kJJwAAAAoKAQEAAAAAAAACgoBO///
... 8AAAAABgkgQAAA7L1BBSC9TcGVjjaWFsdGllcy9Sb2JvdGljjaSLVN1cmdlcnktZGEtVmluY2ktVGVjaG5vbG9neS8KAAoACgA
... vbG9neS8KAAoAAU8GAAAAU8GAAAAJAAAAAEAAAAAAIAAAAAACRAAAAABCRAAAAAIAAAACRcAAAAsxMDczNzQxOTA4OQkQAAAACU0Q
... AAAJThAAAAkhEAAAAAAAAAAACRAAAAAQAAAAAACRA5MDg2BjMAAALMTA3Mzc0MTkg0OQkQEgAAAABEGUEXbGmnMgR3
... luZWWNvbG9neKnAAAAACgoBAQAAAAAAACgoCg7///2P///
... wAAAAAGGxAAAABMvUEFIL1NwZWNpYWx0aWVzL1doYXQtd2UtdHJlYXQvV29tZW4ncy1IZWFsdGgvdGxvT0AYWdVGhl
... cmFweS8KAAoAAUBmMQAAAR2VuZXJhbFBtb2R1Y3QyVNCSCAAAAKCgEBAAAAAAAAAoKCgZ7///Y///
... AAAAAZmEAAAMS9QQUgvU3BlY2lhbHRpZXMvd2hhdC13ZS10cmVhdC9XaW1lbj9zL1d1YWx0aC9VdGVyaW5lLVBAAAAA
... VEGAAAJAAAACRAAAAABCRAAAAAIAAAACRcAAAAsxMDczNzQxOTA4NA5MQkQAAAACgoJbRAAAAAAABm4QAAAAsxMDczNzQxOTA4NA5M
... AAAAACgoJbRAAAAAAABm4QAAAAsxMDczNxOTA4NTGbxAAAAsxMDczNzQxOTA4NTGbxAAABnEQAAAfMzQ4XjM1NjEyNl4x
... lN14xMDczNzQxOTA4NTV4MDczNzQxOTA4NQMAAAACAAAAAAAAAEGchAAABB8TaW5bdGGU2l2l0ZSBHYWxsYxmxh
... ZGRlciBTdXJnZXXY5CSCAAAAKCgEBAAAAAAAAAoKAKYzv///Y///
... AAAAAAI1EAAAQS9QQUgvU3BlY2lhbHRpZXMvd2hhdC13ZTphdC9TZ5L1NpbbmdsZS1TaXRlLUddhbGxibGFkZ
... GVyLVN1cmdlcnktcgAAAFBgAACQAAAAAACRAAAAAQkAAAQkAAAAAAACRAAAAABngQAAALMTA3Mzc0MTkwOTQJEA
... AAAl6EAAACXsQAAAAAAAACRAAAAAACKCxwQAAAAAAAXQg9EAAAAAA7EAAACzEwNzM3NDE5MDk1Bn4QAAAALMTA3Mzc0MTkg0NTM
... JJAAAAAY9EAAAHzM0OF4zNTZeMTA3Mzc0MTkwOTEyNl4xMDczNzQxOTA4NTdeMDg2BjMyQAAAAAAARG8g
... SSBIYXZlIIGEgU2x1ZXAgRGlzb3JkZXIJJwAAAAoKAQEAAAAAAAAACgoBfe///9j///
... 8AAAAABoQQAAABDL1BBSC9TcGVjjaWFsdGllcy9TbGVlcC1eaXNvcmRlcilDZW50ZXIvRg8tZXAtbSS51YyCUtU2
... lZXAtRGlzb3JkZXItLwoACgABUGYAAAAJEAAAAAEJEAAAAAIAAAAFwAAAAHEAAEAAAAmKEAAAAAAAAAAAKCgmLEAAAAGjBAAAsxMDczNzQxOTA5NQNQAAAAACzEwNzM3NDE5NDE4
... CRAAAAAJiRAAAmKEAAAAAAAAAAKCgmLEAAAAGjBAAAsxMDczNzQxOTA5NQNQAAAAAEAACZEwNzM3NDE5NDE4N

128391… DUzCsQgAAAcyYxAAABbznbnenDu2XjRuw2M3NDb4RDU2XjEwN2M3NDB5Mb4dwWAAAAAAAACAAAAAAAAaQEAAAFk
… NvbWlvbiBTbGVlcCBEaXNvcmRlcnMJJwAAAAoKAQEAAAAAAAAACgoBbu///9j///8AAAAABpMQAAA+
… L1BBSC9TcGVjjaWFsdGllcy9TbGVlcC1EaXNvcmRlci1DZW50ZXIvIvQ29tbW9uLVNsZWVwLURpc29yZGVycy8KA
… AoAAVQGAAAJAAAACRAAAAAABCRAAAAAADAAAACRcAAAAGlhAAAAsxMDczNzQxOTA5YQAAAAACZgQAAAJmRAAAA
… AAAAAAAAAACgoJmhAAAAAAABpsQAAALMTA3Mzc0MTkwOTYkwWBAAAAAsxMDczNzQxOQOQl1MwkkAAAABp4QAAAfMzQ
… 4XjM1Nl4xMDczNzQxOQOQlMl4xMDczNzQxOTA5NgMAAAAChAAAAAAAAAAAEGnxAAAACNXaGF0IENhbmBiBJIEV4cGVj
… dCBBdCBNeSBTbGVlcCBTdHVkeQknAAAAACgoBAQAAAAAAAAKCgFf7///2P///
… wAAAAGohAAAEwvUEFIL1NwZWNpYWx0aWVzL1NsZWVwL0Rpc29yZGVyLUNlbnRlci9Db21tb24tU2xlZXAtRGlzb3JkZXJz
… VjdC1BdC1NeS1TbGVlcC1TdHVkeS8vCgAKAAfYBgAACQAAAAkQAAAAAABnvAQAABquUQAALMTA
… 3Mzc0MjU2NzMwMACgoAAAAAAAAAAAnpCgAACgmnEAAAAAAAGgBAAABcxMDczNzQxOTA5MvQXM2x9Mwp
… EAAACzEwNzM3NDE4NDUzODQEAAAAAXjQAAAAAAAAA8zNDheMzU2XjEwNzM3NDE8NDUzXjEwN2M3NDE5MDkaAAAAIAA
… AAAAAAAAasEAAAG0Rvd25sb2FkIFE19ciBTbGVlcCBCcm9zamFHVyZQnwCgAAQCgoBAQAAAAAAAAKCgFS7///2P
… ///
… wAAAAGrxAAAH4vdXBsb2FkIFk/dXRob3Jpb3No3NwaXRhRhbC9DB250ZW50L1BBSC9IZWFsdGhfSW5mb3Jt
… JtYXRpb25/YW5dXT1NlcN1NlcnZpY2VzL1NwZWNpYWx0aWVzL0Rpc29yZGVyL0NlbnRlci9zbGVlcC1DZW50ZR29
… yZGVycy5wZGYKAAoAAVQGAAAJAAAACRAAAAAAAAAAACFAAAAAAAAfAAAACe8BAAAGsHxAAAAsxMDczNzQlpDM
… AAAAAAAACeKKAAAAAAkbCbQQAAAAAaa1EAAAFzEwNzM3NDI2MzIlDfEwNDE4NDU0NDUzxMDczNzQxOTA5MTg0N
… TMJJAAAAAA4EAAAHzM0MOF4zNTZeMTA3Mzc0MTcoNTNeMTA3Mzc0MjYzMjUDAAAAowAAAAAAAAAABrkQAAAfU2
… xlZXAgRGlzb3JJckZXlUGFja2V0IFNET0cqAAQAVQGAAAACEe5f///2P///
… wAAAAGvBAAAAIYBL3VwbG9hZ2hZCWRmlsZXMxZXMvcCZGya2Vya2gzcGl0YWwvY2xudGVudC9QHSVhbHRoRoX0luZm
… 9ybWF0aW9nYW5kX1NlcnZpY2VzL1NwZWNpYWx0aWVzL0Rpc29yZGVyL0NlbnRlci9zbGVlcC1DZW50ZXcoAAoAAVQGAAAA
… ja2V0IFFNET0cgMjAxNCyGWF4dlBFIFdzdGVyaWFsc0Qbkc4BAAAACkgAADbdFAAAAAkoJ1bLZSQAAAAAAbFEAAAABF09ubGluZ
… BTbGVlcCBFdmFssdWF0aW9ucCBAAAAACgoBEAAAAAAAAAAoKATnv///Y////
… AAAAAAbIEAAAYmh0dHBBzOi8vY2VudHJhbC1hyYS5zd2WN1cmVmb3JtLnRlc3ViM5H0lcC9GaWxxsT3V0Rm9ybybBhc3B4P
… 2Zvcm1uYYWl1PVBSS19TbGVlcC9FeXNvcmRlcl19TY2XwmXmcM0VvW2V0YwXpbmF0aW9uVABybFdsdAhwsSAQAAAQ
… kQAAAAAQAAAAkXAAAABssQAAALMTA3Mzc0MjM0OMDYJEAAAAnnNEAAAACc4QAAAAAAAAAAAoKCc8QAAAAAAb
… QEAAACzEwNzM3NDIzNDIxDA2BtEQAAALMTA3Mzc0MjE4NTBeMTAzMzc0MjQxNDheTEAAATHxAMDc2MjTZeMTA3MjVe
… MTA3Mzc0MjM0ODExHDAAAAspgAAAABBtQQAAAIU2VtaW5hcm5MjYyAEAAGAAAAAAAAKCgoBKu///9j//
… /
… 8AAAAABtcQAAAoL1BBSC9TcGVjjaWFsdGllcy9TbGVlcCS1TdXJnZXJ5L5L1NlbWluYXJzLwoACgBWQYAAkAAAA
… JEAAAAAEJEAAAAIAAAAJFwAAAbaEAAACzEwNzM3NDNIzMzAzXCRAAAAAJ3BAAAndEAAAAAAAAAAAAAKCgne
… EAAAAAG3xAAAAsxMDczNzQyMzMMwMbQbgEAAALAMTA3Mzc0MjNIMDYYDIDzCSQAAAAG4hAAAB8zNDheMzU5M
… DIyODI1XjEwNzM3NDIzMzAzXcAAAAAQbjEAAAAE0FiboW50OFib3V0IFNwaWwlF9uNqcmdlcnkAAAAoKAQ
… EAAAAAAAAKAQgoBG+///9j///
… 8AAAAABuYQAAAzL1BBSC9TcGVjjaWFsdGllcy9TbGVlcCS1TdXJnZXJ5L0Fib3V0LVNwaWwl5LVN1cmdlcnkvCgA
… KAAFaBgAACQAAAAkQAAAAQkQAAAAwAAAAkXAAAABuKQAAALMTA3Mzc0MjI4MjIJEAAAAAnrEAAACewQAAAA
… AAAAAAAooKCQsRAAAABuEAAAABAbuEAAAczEwNzM3NDIzMjA2XjEwNjM3NDI4MjI1XjEwN2M3NDIzMzAQM0
… F4zNTZeMTA3Mzc0MjI4MjI1XjEwN2M3NDI4MjI1XjEwN2M3NDIzMzAQMDQAAAAAAAAAAAAABBhvIQAAAYUG3BpbmdUgU3VyZ2VyeSBQcm
… 9jZWR1cmVzCSCsAAAAACgEgEBAAAAAAAAKAQ2r///Y////
… AAAAAAb1EAAAKi9QQUgvU3BlY2lhbHRpZXMvU2xlZXAtU3VyZ2VyeS9Qcm9jZWR1cmVzOQcm9jZWQm9jZWRm9jZWRm9j
… AAJEAAAAAEJEAAAAAAAAAJFwAAAAb4EAAAAzEwNzM3NDIzMDYeCRAAAAAJ3BAAAndEAAAAAAAAAAAoKAe7//9j///
… 8AAAAABgQRAAAwL1BBSC9TcGVjjaWFsdGllcy9TbGVlcC1NaWRpbmUvMvCgAKAAF
… cBgAACQAAAAkQAAAAQkQAAAAABAAAAkXAAAABgcRAAAAMTA3Mzc0MjI4MjIJEAAAAkJEQAACQoRAAAAAAA
… AAAAoKCQsRAAAAb4EAAACzEwNzM3NDIzMjA2XjEwNjM3NDI4MjI1XjEwN2M3NDI4MjI1XjEwN2M3NDIzMjA2XjE
… wEAAAAAAAAAAMYQAAAAsxMDczNzQyMTUDDPQqgEAAALAMTA3Mzc0MjI4MDBeTEAAAxZ9a2YAAAB1E1AAAAAAAA
… AAAAAAAAKAe7u///Y////
… AAAAAAaYiEQAALy9QQUgvU3BlY2lhbHRpZXMvU2xlZXAtTWVkaWNpbmUCgAKAAFeBgAACQAAAAkQAAAAQkQAA
… AAAAoKCSkRAAAAAbuEAAAczEwNzM3NDIzMjA2XjEwNjM3NDI4MjI1XjEwN2M3NDI4MjI1XjEwN2M3NDIzMjA2XjE
… wEAAAAAGnxAAAAsxMDczNzQyMjNIMDYYDIDzCSQAAAAG4hAAAB8zNDheMzU5MDIyODI1XjEwNzM3NDIzMzAzXcAAAAAQbjE
… AAAAGG4hAAAAEUvUEFIL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL1NwZWNpYWx0aWVzL1NsZWVwLU
… JnZXJ5L0LVSUVuYmtAAAVAV6GAAAAAABCRcbAAAAAAAcgoJOBEAAAAAAAACgoJOBEAAAAsxMDczNzQyMjg0N
… yNwkQAAAAQkTTYRAAAAAJjnxAAAAGIJxAAAAczEwNzM3NDI4MjI1XjEwN2M3NDI4MjI1XjEwN2M3NDI4MjI1XjE
… MjgyNQkkAAAABjwRAAAAfAmZQ4XjM1Nl4xMDczNzQyNQkkNbyjNV4xMDczNzQyNDYJMDczNzQxOTA5NkEGPREAA
… ApDb250YWN0OIFVzCsAAAKAKGgCEBAAAAAAAAoKAcHu///Y////
… AAAAAAZAEAQAUi9QQUgvU3BlY2lhbHRpZXMvU2xlZXAtU3VyZ2VyeS9Db250YWN0LXVzOIZXZib3NjaWVuY
… 2UtYW5kLLVNwaWl5LVByb2dyYW0t0tTWFuYWdlci8tKAAoAAWAGAAAJAAAACRAAAABCRAAAAAJAAAACRcAAAAGQx

128391...
EAAAsxMDczNzQyMjYMyMwkQRRRAcUURGAAAHRHARRAAAACgJPRxEAAAAABCgRRAALMTA3Mzc0MjMzMjM
GSREAAAsxMDczNzQyMjgyNQkkAAAABksRAAAfMzQ4XjM1Nl4xMDczNzQyMjgyNV4xMDczNzQyMzMyMwMMAAACu
AAAAAAAAAAEGTBEAAA9TSSBKb2luCBGdXNpb24JJwAAAAoKAQEAAAAAAAAACgoBsu7//9j///
8AAAAABk8RAAAvLLBBSC9TcGVjjaWFsdGllcy9TcGluGlZ3TdXJnZXJ5I0lNJZLlUpvaW50bcz1vbi8KAAoAAWE
GAAAJAAAACRAAAAABCRAAAAABAAAACRcAAAAGUhEAAAsxMDczNzQxOTA5QkAAAAVDRAAAJVREAAAAAAA
AAAACgoJVhEAAAAABlcRAAALMTA3Mz<OMTkwOTgUGWBEAAAsxMDczNzQyODQ1N1QkkAAAABloRAAAFMzQ4XjM1N
l4xMDczNzQyOxODQ1N1V4xMDczNzQyOTA5OAMAAACwAAAAAAAAAAEGWxEAABDkAGAF0IGlzIGEgU3Ryb2tlCSAaa
AKCgEBAAAAAAAAAoKAaPu///Y///
AAAAAAZeEQAAMS9QQUgvU3BlY2lhbHRpZZXMvU3Ryb2tlLVByb2dyYW0vVUhhdC1pcy1hLVN0cm9rZS8KAAoA
WIGAAAJAAAACRAAAAABCRAAAAACAAAACRcAAAAGYREAAAsxMDczNzQxOTA5OQkkQAAAAACWMRAAAJZBEAAAAAAA
AAAAACgoJZREAAAAABmYRAAALMTA3MzcOMTkwOTkGGZxEAAAsxMDczNzQyODQ1OQkkAAAABmkRAAAfMzQ4Xj
M1N14xMDczNzQyODQ1OV4xMDczNzQyOTA5OQMMAAACYAAAAAAAAAAEGahEAAA1XYXJuaW5nIFNpZ25zCxCAAAAAK
CgEBAAAAAAAAAoKAZTu///Y////
AAAAAAZtEQAALi9QQUgvU3BlY2lhbHRpZZXMvU3Ryb2tlLVByb2dyYW0vV2FybmluZy1TaWducy8KAAoAAWMGA
AAJAAAACRAAAAABCRAAAAADAAAACRcAAAAGyBEAAAsxMDczNzQxOTEwQkAAAACXIRAAAJcxEAAAAAAAAAAA
AACgoJdBEAAAAABnURAAALMTA3MzcOMTkxMDAGGxEAAAsxMDczNzQyODQ1M14xMDczNzQyOTA5OTA5Mz1YjM1Nl4
xMDczNzQyODQ1NV4xMDczNzQyOTEwMAMAAACyAAAAAAAAAAEGeREAABtSaXNrIlEZhY3RvcnMgYXNzb2NpYXRl
bnRpb24JJwAAAAoKAQEAAAAAAAAACgoBhe7//9j///
8AAAAABnwRAAAL8LLBBSC9TcGVjjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS9SaXNrLUZhY3RvcnMvR3ZlcnZpZXX
1bnRpb24J4xCgAAAKAAFwYAAAAJAAAACRAAAAABCRAAAAAAEAAAAaaTEQAAACEwNDM1NDTMTTTMTAyXjM1Nl4xMDcz
NzQyODQ1NV4xMDczNzQyODQ1M14xMDczNzQyOTEwMAMMAAAAaAEQAAH5pc2sgRmFjdG9yc19PdmVydmlldyAzMzc0
MjMzMgAAAAAaAAUAAAAAAAAAAEGL27//2P///
wAAAAAGixEAAD0vUEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFtL1JpY2ZWF0aW5LVN2Cm9ncmZZS1TcGVlbZC
1Db3VudHMvCgAAAKAAFgABwYAAAAJAAAAkQAAAABCRAAAABXAAAAaAAxAAAAAaaERAAAALMTA3MzcOMTkxMDMzEAAAAm
QEQAACZEAAAAAAAAAAAAAaoKCZIRAAAAAaTEQAAAaaTEQAAALMTA3MzcOMTkwOTQ5NDAGGxEAAAsxMDczNzQyODQ1M14
AAaWEQAAHMOOF4zNTZeMTA3MzcOMTkyVeMTA3MzcOMTkxMDIAAAAtAAAAAAAABBpcRAAAAOQOZXIgY
SBTdHJva2U2UJJwAAAAoKAQEAAAAAAAAACgoBZ+7//9j///
8AAAAABpoRAAALBBSC9TcGVjjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS9BZBnZS1Qcm9ncmFtLlRyb2tlLUU4KAAAAWWY
GAAAJAAAACRAAAAABCRAAAAAGAAAACRcAAAAGrBEAAAsxMDczNzQxOTEwMwkAAAAJoBEAAAAAAAAA
AAAACgoJoREAAAAABqIRAAALMTA3MzcOMTkwMDMgGGxEAAAsxMDczNzQyOQDQ1N1QkkAAAABqGxEAAAfMzQ4XjM1Nl
14xMDczNzQyODQ1N14xMDczNzQyOTEwMwMMAAAAAAaaAGphEAAAAGtEAAAACGphEAAAAaaOKAVju///Y////
AAAAAapEQAAPS9QQUgvU3BlY2lhbHRpZZXMvU3VoVUJldmVUdGdsuZy1SZWN1cnJlbnQtU
3Ryb2tlcy8KAAoAAWcGAAAAJAAAACRAAAAABCRAAAAAHAAAAaCRAAAAGrBEAAAsxMDczNzQxOTEwNAkQAAAACa
4RAAAJrxEAAAAAAAAAAAaoKCgoJsBEAAAAABrERAAAAAaBrERAAALMTA3MzcOMTkwMDQggxEAAAsxMDczNzQyODQ1N
ABrQRAAAfMzQ4XjM1Nl4xMDczNzQyODQ1N14xMDczNzQyOTEwNAMAAACaAAAAAAAAEGtREAABpcdW5kcm
dHkgU3Ryb2tlIFJlc291cmNlcwknAAAAoKAQEAAAAAAAAAACgoFJ7v//2P///
wAAAAaGuBEAADsvUEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFtL01OVbW11bml0eS1TdHJva2UtUmVzb3
VyY2VzLwoACgABaAYAAAAkAAAAAJEAAAABCRAAAAAFwAAAAaaaFwAAAaJFwAAAa7EQAAACNvcnNNcHkK6wEAAAKAoGoE
AAAJ4wEAAANkAQAAAaa/
EQAAFZEeWNZM3D3NThI2TNTAy17MzI2BsAARAALMTA3MzcOMjMzMjY2JJAAAABbsCEQAaAHzM0OF4zNZTeM
TA3MzcOMjMzMjEMTA3MzcOMjY1MDIDAAAAUAAAAAAAABsMRAAHQVJJEXhYgnrAQAACgoBAQAAAAAAAaa
AKCgETT7v//2P///
wAAAAaGxhEAACEvUEFIL1NwZWNpYWx0eS1Vyb2xvZ3kvQVJJQLUxhYii8KAAoAAWkGAAAJAAAAAACRAAAAAACR
AAAACAAAACRcAAAAGyBEAAAsxMDczNzQ1NjZ0jAyCgBAAAoKAQABAACwRAAAAVEfEWFrsQQAAAAagDEQAAAaa
2NTAzIDPMTA3MzcOMTMyMjIE2Bs44ARAALMTA3MzcOMjMzMjEMTA3MzcOMjMzMJQDEQAAHMOOF4zNZTeMTA3MzcO
MTA3MzcOMTMyMjeMTA3MzcOMTMyMjE1MDMDAAAAuQAAAAAAAaBtERAAALQ29sYnNybc2Nlcwkn AAAAoKAQgoBAQAAAAAAAaaKCgFJ7v//2P///
9j///
8AAAAaBtQRAAAlLL1BBSC9TcGVjjaWFsdGllcy9Vcm9sb2d5L0NvbGdub3ub3sNjb3B5LwoACgABaaYAAAAJEAA
AAAJEAAAAJEAAAAaAAAAAaJEAAAAaAAAAaOKAR/u///Y///
AAAAAabiEQAAKKS9QQUgvU3BlY2lhbHRpZZXMvVXJvbG9neS9neS9SdkdGljLVN1cmdlcnktUHJvCgAKAAFrBgAACQAA
AkQAAAAAkxpmAAAAaGBuURAAALMTA3MzcOMTkxMDEMTkxMDEMWRkAAAAamRraaaAAoKc
kRAAAAabgEQAACEwNDNZDE5MTgyBusRAAALMTA3MzcOMTkxMDQ0MjvZTQyODQ1N14xMDczNzQyOTEwMzc
OMTg0MjeMTA3MzcOMTkxMDIAAAAAaaaBBu4RAAAZSHlwZXJiYXJpYyBPeHlnZW4gVGhlcmFweQkn
AAAACgoBAQAAAAAAAAACgEQ7v//2P///
wAAAAaQ8REAADYvUEFIL1NwZWNpYWx0dW5kLUNhcmUvSHlwZXJiYXJpYy1PeHlnZW4tVGhlcmFweS8
8KAAoAAWwGAAAAJAAAACRAAAAABCRAAAAACAAAACRcAAAAAfYRAAAsxMDczNzQyODQ1MyMJMG6+
hEAAAsxMDczNzQyOQDQyMgkkAAAAAAABvwRAAAfMzQ4XjM1Nl4xMDczNzQyODQyMDQxMDczNzQyOTEyMWWMAAAACAA
AAAAAAAAEG/ REAAA5TXaFgYHJvIHRvIEVIEV1cgYGJdkAnAzdAexWsxMDczNzQyOTEyMjYeBB7///2P///
wAAAAaGABIAACsvUEFIL1NwZWNpYWx0dW5kLUNhcmUvRW5kLUNhcmUvvU3hdC10by1FeHBlY3Q3vGUGAAAACQ
AAaaaQkQAAAJAAAAawaaAAA AAaaaAkxwaaaAaaAaaAaAAaaAAaaAaAaaAaAAaaAaAa
KCQcSAAAAAYIEgAAACzEwNzcOMTNDE5MT4GTA5BgkSAAALMTA3MzcOMjQ0MTI4B14wSAAAUQSBDb21wcmVoZW5zaXZlY2FzZXIzlFRlYW0W0JJwAAA

128391... AoKAQEAAAAAAAAACgoB8u3+7/j;//

... 8AAAAABg8SAAAxL1BBSC9TcGVjaWFWFsdGllcy9Xb3VzC1DYXJlL0EtQ29tcHJlaGVuc2l2ZS1UZWFtLwoACgA
... BbgYAAAkAAAAJEAAAAAEJEAAAAQAAAAJFwAAAAYSEgAACzEwNzM3NDNE5MTI1CRAAAAAJFBIAAAkVEgAAAAAA
... AAAAAAAAKCgkWEgAAAAAGFxIAAAsxMDczNzQxOTTEyNQYAAACzEwNzM3NDNDIyCSQAAAAGGhIAAB8zNDheM
... zU2XjEwNzM3NDNDI4NDIyYjEwNzM3NDNDB5MTI1AwAAAL8AAAAAAAAAAQYbEgAADU1lZXQgT3VyIFRlY3W0JwAAAAA
... oKAQEAAAAAAAACgoB4+3//9j///

... 8AAAAABh4SAAAPL0llZXQgT3VyRlRlY3W0vCgAKAAFvBgAAAQkAAAkQAAAAQkQAAAABQAAAAkXAAAABiESAAA
... LMTA3Mzc0MTkxMzIJEAAAAAkjEgAACSQSAAAAAAAAAAAAAAAAoKCSUSAAAAAAYmEgAAACzEwNzM3NDE5MTMyBicS
... AAALMTA3Mzc0MTg0MjIJIJAAAAAYfAgAACzEwNzM3NDNDAzMzc0MTg0MjJeMTA3Mzc0MTkxMzIDAAAAwAAAA
... AAAAAABBioSAAAVUHJlcGFyaW5nIGZvciIBUaGVyYXB5B5CScAAAAKCgEBAAAAAAAAAAoKAdTt///Y////

... AAAAAAYtEgAAMi9QQUgvU3BlY2lhbHRpZXMvV291bmQtQ2FyZS9Sb2QvQ29tcHJlaGVuc2l2ZS1UZWFtLwoACgA
... AFwBgAACQAAAkQAAAAQkQAAAABgAAAAkXAAAAABjSAAALMTA3Mzc0MTkxMzIJEAAAAAkyEgAACTMSAAAAAAA
... AAAAAAAAoKCTQSAAAAAAY1EgAACzEwNzM3NDE5MTMzBjYSAAALMTA3Mzc0MTg0MjINAAAAwQAAAAAAAAABBjkSAAAKQ29udGFjdGJCVwknkAAAACgoB
... AQAAAAAAAAAAKCgHF7f//2P///

... wAAAAAGPBIAABcvQ29udGFjdC1Vcy1Xb3VuZC1DYXJlYAAAkAAAAJEAAAAAJEAAAAAcAAAAJFw
... AAAAY/

... EgAACzEwNzM3NDNDQ1OTg1CgoKAAAAAAAAAAJ4WEAAAnkAQAACUISAAAAAAAZDEgAAFzEwNzM3NDNDI2Ndk0fDEwN
... zM3NDE4NDIyBkQSAAALMTA3Mzc0MTg0MjIJIJAAAAAZGEgAAEh0fGVwYmxmbHhbHM0LEwEAAoKAAQEAAAAAAAAAcgoBt+3
... //9j///

... 8AAAAABkoSAAAxL1BBSC9TcGVjaWFWFsdGllcy9Xb3VzC1DYXJlL0BhdGllbnQtVGVvZGltb25pYWxzCgoKAAAAAAAAAAJ4wEAAnk
... BcgYAAAkAAAAJEAAAAAEJEAAAAAEAAAAJFwAAAAZNEgAACzEwNzM3NDNDI0NzM3CgoKAAAAAAAAAAJ4wEAAnk
... AQAACV4SAAAAAAAZREgAACTEwNzM3NDNDI1ZM3dNTA3Mzc0MTkzMzc0MTg0MjItMTA3Mzc0MTg0MjIDAAAAAAAAAAAAAABlUSAAASQ3JpbGcljYWwgQ2
... FyZSBVbml0CesBAAAKCgEBAAAAAAAAAoKAant///Y////

... AAAAAYYEgAAANi9QQUgvU3BlY2lhbHRpZXMvV3R3ZXJtV3R3ZXJtVmQ3JpdGljYWwtQ2FyZS1Vbml0L
... woACgABcwYAAAkAAAAJEAAAAAEJEAAAAAAMAAAAJFwAAAAZbEgAACzEwNzM3NDNDI0NTA3Mzc0MTg0MjItMTA3Mzc0MTg0MjIDAAAAAAAAAABmMSAAAPSW5mmdXNpb25DYXJlL
... EAAAnkAQAACV4SAAAAAAAZREgAACTEwNzM3NDNDI1ZM3dNTA3Mzc0MTkzMzc0MTg0MjItMTA3Mzc0MTg0MjIDAAAAAAAAAABmMSAAAPSW5mmdXNpb25DYXJlL
... AAAAAZmEgAAMi9QQUgvU3BlY2lhbHRpZXMvV3JvZXJtV3RyNS9JbmZ1c2lvbkNhcmUvCgoKAAAAAAAAAAJ4wEAAnk
... EAAAZpEgAACzEwNzM3NDNDI1NTA4Bje///9j///

... AAAAAAZmEgAAMy9QQUgvU3BlY2lhbHRpZXMvV3RyNS9JbmZ1c2lvbkNhcmUvCgoKAAAAAAAAAAJ4wEAAnk
... gABdAYAAAkAAAAJEAAAAAEJEAAAAAOAAAAJFwAAAAZpEgAACzEwNzM3NDNDI1NTA4Bje///9j///

... 8AAAAABnQSAAA7L1BBSC9TcGVjaWFWFsdGllcy9PdGhlcii1TcGVjaWFWFsdGllcy9QYXJrJrZXItUGFpbi1TcGVjaWFWF
... saXN0cy9K8AAAoAAXUGAAAJAAAAJAAAAACRAAAAAFAAAAAAACRcAAAAGGdxIAAAsxMDczNzQyQyNDIzOAoACgAAAAAA
... AAAAceMBAAA7L5AEAAAi6EgAAC2JAAAACgoB8///9j///

... AAAAAAaCEgAAMy9QQUgvU3BlY2lhbHRpZXMvV3RyNS9Sb2RtUi9MaHJhbHHRyRW1IZnViZXIvCgoKAAAAAAAAAAZ
... EgAAADlBlcmluiuYXRhbDNMCesBAAAKCgEBAAAAAAAAAoKAX/t///Y////

... AAAAAAaCEgAMy9QQUgvU3BlY2lhbHRpZXMvV3RyNS9Sb2RtUi9MaHJhbHHRyLUVVVyaW5hdGFsLwoAAAAUEODM1MQoKCgAAAAACeMBAAAJ5AEAAAmIEg
... AAAAGiRIAAABcvcG9zdC1hY3V0ZS1mYW5hZ2VtZW50LWNvbXByZWhlbnNpdmUtdGVhbS8LmMDczNzQyQyNDIzSAAAAACeMBAAAJ5AEAAAmIEg
... AAAAGiRIAAABcvcG9zdC1hY3V0ZS1tYW5hZ2VtZW50LWNvbXByZWhlbnNpdmUtdGVhbS8LmMDczNzQyQyNDIzSAAAAACeMBAAAJ5AEAAAmIEg
... eMzU2XjEwNzM3NDNDI3MzJeMTA3Mzc0MjNDI3NTEwNzM3NDNDI3NTE0NTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAAAAAaNkZAAALMTA3Mzc0MjNDI3Mzk
... cyBIb3NwaXRhbFNlcnZpY2UsCgoKAAAAAAAAAAAAAAAAAAAAAAACgF7f//2P///

... wAAAAAGkbIAAADovUEFIL1NwZWNpYWx0aWVzL090aGVyLVNwZWNpYWx0aWVzL1Bhcmtlci1QYWluLVNwZWNpYWxpc3RzLwoACgA
... l0YWwvcgkAAAF3BgAACQAAAkQAAAAQkQAAAAwAAAABwAAAAkXAAAABpMAAALMTA3Mzc0MjQyMDczNzQyQyNDAKCgoAAAAAAAAA
... AAAnjAQAACeBAAAJlh1AAAAABpcCSAAANBpcCSAAALMTA3Mzc0Mjc1M4fTA3Mzc0Mjc1M4fTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAGmxIAABtXb
... 21lbiY5jMzk7cyBIZWFsdGggQ2VudmyJ2ZXMuCgoKAAAAAAAAAACgoBY+3//9j///

... 8AAAAABp4SAAA6L1BBSC9TcGVjaWFWFsdGllcy9PdGhlci1TcGVjaWFWFsdGllcy9QYXJrZXItUGFpbi1TcGVjaWFWF
... pY2VzLwoACgABeAYAAAkAAAAJEAAAAAEJEAAAAAhEgAACzEwNzM3NDNDI3NTEzCgoKAAAAAAAAAAGmxIAAB0Xb
... AAmkEgAAAABGSwAAAAAAAAAAAJ4wEAAnkAQAAAABpcCSAAALMTA3Mzc0Mjc1M4fTA3Mzc0Mjc1M4fTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAGmxIAAB0Xb
... RIAACzNDheMTA3Mzc0MTg0MjleMTA3Mzc0MTg0MzZeMTA3Mzc0MTkzOTQ5XjEwNzM3NDNDI3NTE0NTA3Mzc0MjNDI3NTE0NTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAGmxIAAB0Xb
... 93IEpbGxpbmcgQ29ya3MJJYwAAAAoKAQEAAAAAAAAAAAAAAAAAAcgoBVO3//9j///

... 8AAAAABq0SAABZL1BBSC9Tb3RUdGF0aWVudWVudHMvV3RyNS9LUZhbWlssaW9Lpb0JpbGxpbmcyW5kLUZpbmFuY2lhbCl
... TZXJ2aWNlcy9Y1b3ctdQmlsbGluZy1Xb3JrcEKAAoAXXUGAAAAJAAAAAAJAAAAACRAAAAAAARAAAAACRcAAAAGGsSAAALMTA3Mzc0MjNDT0
... AAsxMDczNzQyOTM0MwkQAAAAAAAkIAAAAJsxIAAAsxIAAAAAAACgoJIAAAoJTAAAACRcAAAAGGsSAAALMTA3Mzc0MjNDT0
... hIAAAsxMDczNzQyOXQNkkkkAAAAABrgSAAAnMzQ4XjEwNzM3NDNDI3MzJeMTA3Mzc0MjNDI3NTEwNzM3NDNDI3NTE0NTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAGmxIAAB0Xb
... 8AAAAABrwSAAAXL2hvc3BpdGFsLUZTLUVVcGhpbmUvCgoKAAAAAAAAAAAJ4wEAAnkAQAAAABr8
... SAAALMTA3Mzc0MTkzOTQ5XjEwNzM3NDNDI3MzleMTA3Mzc0MjNDI3NTE0NTA3Mzc0MjNDI3NTEwNzM3NDNDI3NTE0NTA3Mzc0MjNDI3NTEzCgoKAAAAAAAAAAGmxIAAB0Xb
... BsUSAAALMTA3Mzc0MTg0MjlJJAAAAAbhEgAAJ2M0OF4xMDczNzQyOXQOVGY0V4xMDczNzQyOXQNl4xMDczNzQxO
... TE5MwMAAADPAAAAAAAAEGyBIAAA9PbmxpbmUgQmlsbsBCQYXkJJwAAAAoKAQEAAAAAAAAACgoBNu3//9j///

... 8AAAAABssSAABOL1BBSC9Tb3RUdGF0aWVudWVudHMvV3RyNS9LUZhbWlssaW9Lpb0JpbGxpbmcyW5kLUZpbmFuY2lhbC1
... TZXJ2aWNlcy9PbmxpbmUtQmlsbsC1QYXkvCgAKAAF7BgAACQAAAkQAAAAQkQAAAACRcAAAAGGsSAAALMTA3Mzc0MjNDT0
... MTA3Mzc0MTkxOTEJEAAAAnQEgAACdSAAAAAAAAAAAAAoKCdSAAAAAAbTEgAACzEwNzM3NDNDI3NTE0NTA3Mzc0MjNDT0

AALMTA3Mzc0MTg0NzYy93AzAAbWBgAUJhU0F+xAMDczNzQxODQyOY94xMDczAEQxODQ2N1T9MDczNzQxOTE5MQ
MAAADQAAAAAAAAAEG1xIAADZGaW5hbmNpYWwgQXNzaXN0YW5jNYW5jZSwgQ2hcml0eSBDYXJlIChzhbHeW1
lbnQgVGxhbnMMJJwAAAAoKAQEAAAAAAAAACgoBJ+3//9j///
8AAAAABtoSAABNL1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0JpbGxpbmctYW5kLUNvbGxlY3Rpb
TZXJ2aWNlcy9GaW5hbmNpYWwtSGVsccC8KAAoAAXwGAAAJAAAACRAAAAABCRAAAAAFAAAACRcAAAAG3RIAAAsx
MDczNzQxOTE5NAkQAAAACd8SAAAJ4BIAAAAAAAAAAAAAAAAACgoJ4RIAAAAABuISAAALMTA3Mzc0MTYxxOTQG4xIA
AsxMDczNzQxODQzNgkkAAAABuUSAAAnMzQ4JEyEwNzM3NDE4NDI5MDUxEyEwNzM3NDE8NDI2M2JEyEwNzM3NDE5NTk5MTKk0Aw
AAANEAAAAAAAAAAQbmEgAACVVuaW5zdXJlZ1JZAkAAnAACgoBAQAAAAAAAAAKCgEY7f//2P///
wAAAAAG6RIAAFEvUEFTIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQmlsbGluZy1hbmQtQ29sbGVjdGlv
NlcnZpcZ2V2zL1VuaW5zdXJlZC1QYXRpZW50cyBKAAAoAAX0GAAAJAAAAACRAAAAAABCRAAAAAFAAAACRcAAAAG7BI
AAAsxMDczNzQxOTE5NAkQAAAACd8SAAAAJ4BIAAAAAAAAAAACgoJ4RIAAAAABuISAAALMTA3Mzc0MTYxxOTdG4
8hIAAAsxMDczNzQxODQzNgkkAAAABvQSAAAnmZ04xIwJEwNzM3NDE4NDI5MDUxEyEwNzM3NDE4NDI2M2JEyEwNzM3NDE5NTk5NDE5NE5M
zQyAwAAANIAAAAAAAAAAAAQb1EgAAC0ZvciBTW5pbnN1cmVkIFBhdGllbnRzCAAAAAKCgEBAAAAAAAAAAoKAQnt///Y////
AAAAAAb4EgAADS9Gb3It3cU2VuaW9ycy8KAAAoAAX4GAAAJAAAACRAAAAAABCRAAAAAFAAAACRcAAAAG5BI
AAAsxMDczNzQxOTE5NAkQAAAACd8SAAAAJ4BIAAAAAAAAAACgoJ4RIAAAAABuISAAALMTA3Mzc0MTYxOTQG4xIA
AsxMDczNzQxODQzNgkkAAAABvcSAAAnMzQ4JEyEwNzM3NDE4NDI5MDUxEyEwNzM3NDE4NDI2M2JEyEwNzM3NDE5NTk5NGE5NE5M
zQyAwAAANIAAAAAAAAAAAQb1EgAAC0ZvciBTZW5pb3JzCAAAAAKCgEBAAAAAAAAAoKAQnt///Y////
8AAAAABgcTAAA8L1BBSC9Gb3It3UGF0aWVudHMtYW5kLUZhbWlsaWVzL0JpbGxpbmctYW5kLUNvbGxlY3Rpb25
1cmFuY2UvCgKAAAF/
BgAACQAAAAKQAAAAQAAAAAAaAAAAAXkAAAABgoTAAAALMTA3Mzc0MjMxxOTJEAAAAAkMEwAACQTAAAAAAAAA
AAAAAoKCQ4TAAAAAAAYPEwAACZ2EwNzM3NDIzMTk2CBhATAAALMTA3Mzc0MjMxOTJJAAAAYSEwAAJzM0OF4xMD
czNzQxODQyOV04xMDczNzQyMzE5NV4xMDczNzQyMzE5NgMAAADVAAAAAAAAAAEGExMAABDb3N0cyBmb3IgQ29
tbW9uIFFByb2N1ZHVyZXMCAAAAKCgEBAAAAAAAAAAoKAQb6///Y/////
L0ZvciclQYXRpZW50cy8KAAAoAAX8GAAAJAAAACRAAAAAABCRAAAAAFAAAACRcAAAAG+RIAAsxMDczNzQxOTE5NAkQAAAACd8SAAAAJ4BIAAAAA
gAKAAGABgAACQAAAAKQAAAAQAAAAAAaAAAAAXkAAAABhwTAAAALMTA3Mzc0MjMxxOTdJAAAAJzM0OF4xMDczNzQyMzE5M4xMDczNzQyMzE5NwMAAADVAAAAAAAAAEGhMAABZSZXN1bHRzAAAAAoAAX///Y////
AAAAAAYlEwAAOi9Gb3It3UGF0aWVudHMtYW5kLUZhbWlsaWVzL0JpbGxpbmctYW5kLUNvbGxlY3Rpb25zCAAAAAAEGIhMAABZSZXN1bHRzAAAAoKAABZSZXN1bHRzAAAAAAAAAEGhMAABZSZXN1bHRzAAAAoAABZSZXN1bHRzAAAAoAAX///Y////
IGEgQ3VzdG9tZXIIFIb3Rl3Sl1b3Rl8aAAAAAAAAoKAABZSZXN1bHRzAAAoAABZSZXN1bHRzSAAAAAARAAAYAAA1WEAAAoKAABQ
AAAAAoKAAAZeEwAEEy9Gb3It3UGF0aWVudHMtYW5kLUZhbWlsaWVzL0JpbGxpbmctYW5kLUNvbGxlY3Rpb
NEwAAAsxMDczNzQxOTE5NAkQAAAACd8SAAAAJ4BIAAAAAAAAAACgoJ4RIAAAAABuISAAALMTA3Mzc0MTYxOTQG4xIA
2P///
wAAAAAGaxMAAAAAbWFkcuQ29tcGxlaW50cwMAAAANTWpleXN0ZW0gUGFyYW1ldGVyc3gNmVud1dmdlbXMAAAAAAAA
AJEAAAAAEJEAAAAEAAAAAJFwAAAAAAGcxMAAsxMDczNzQxOTdTAAAAAAAAAABBncTAAAATSW1wbGVtZW50YXRpb24
Mzc0MTg0MjIlleMTA3Mzc0MTg0MzcNDADAAAAAQAAAAAAAAAAABBncYTAAAATUnhbnInUnBtdG5Zc8aAAAAAAAK
AoKAAPs//Y////
8AAAAABokTAAAAAbL0ZvciphMEWvAAC2EwNzM3NDE5NDE5NE5M5MzQ2QAAAACgoAEC0LwoAQ6OAAAAAAoAEJEAA
AAA1IAAAAJFwAAAAMEWAAC2EwNzM3NDE5NDE5NE5M5MzQ2Q4xZ2hMAAAAmPEwAAAAAAAAAKCgmBEWAAAAAGkRMA
AAsxMDczNzQxOTE5NAkQAAAAClBMAAAACzNDheMTA3Mzc0MTg0MzMzMGzc0MTg0MzMzMGzc0MTg0MzMzMGzc0MTg0MzMzMGzc0MTg0MzMzMGzc0MTg0MzMzMGzc0

128391… Tg0mzhwTA3Mzc0MTkzNDc0RAAA4q4gAAAArHAAAABpUTAARYQmVuzWzpdHNDaCVja1vwIENvDG9yYWRvCScAAA
… AKCgEBAAAAAAAAAAoKAWns///Y////
… AAAAAAaYEwAAKy9DZW50dXJhhLUhlYWx0aC1CZW5lZm10cy1DaGVja2luZy9yYWRvVLS8KAAoAAYkGAAAJA
… AAACAAAAAABCRAAAAADAAAACRcAAAAGmxMAAAsxMDczNzQxOTTM00AkQAAAACA0TAAAJnhMAAAAAAAAAAAAACg
… oJnxMAAAAABqATAAALMTA3Mzc0OMTkzNDgGoRMAAAsxMDczNzQxOQDzOQkkAAAABqMTAAAnMzQ4XjEwNzM3A3NDE
… 4NDI5XjEwNzM3NDE4NDM5NDM5XjEwNzM3NDE5MzQ4AwAAAOMAAAAAAAAAAQakEwAAD0llZGljYXJlZmThcnQgRAkn
… AAAACgoBAQAAAAAAAAAKCgFa7P//2P///
… wAAAAAGpxMAACsvQ2VudHVyYS1IZWFsdGGgtTWVkaWNhcmUtUGFydC1CLELUFzc2lzdGFuY2UmUvCgAKAAGKBgAACQ
… AAAAkQAAAAQkQAAAABAAAAAkKXAAAABqoTAAALMTA3Mzc0MTkzZEAAAAAmsEwAAACo0TAAAAAAAAAAAAAAoA
… KCa4TAAAAAAavEwAACzEwNzM3NDE5MzQ5BrATAAAALMTA3Mzc0MTg0Mzk4zJJAAAAAayEwAAJzM0OF4xMDczNzQx
… ODQyOV4xMDczNzQxODQzOV4xMDczNzQxOTM0OMQAAAAkAAAAAAAAAAAEGsxMAAABtTdGF0ZSBIZWFsdGGgSW5zd
… XJhbmNlN1IFBsYW44JJwAAAoKAQEAAAAAAAAACgoBS+z//9j////
… 8AAAAABrYTAAA0L0NlbnR1cmEtSGVhbHRoLVNVTlSVAtU3RhdGGtSGVhbHRoLUluc3VyYW5jZS1Qcm9ncmFtFtLwo
… ACgABiwYAAAkAAAAJEAAAAEJEAAAAEAAAAJFwAAAAa5EwAAACzEwNzM3NDE2DYJZNmjXMxCRAAAAAJuxMAAAm8EwAA
… AAAAAAAAAAKCgm9EwAAAAAAGvhMAAAAsxMDczNzQyMZYZMQ/
… EwAACzEwNzM3NDE4NDQyCSQAAAAGWRMAAACczNDheMTA3Mzc0MTg0OMjleMTA3Mzc0MTgzODleMTA3Mzc0MjM2M
… zEDAAAA6AAAAAAAAAABBsITAAASUGF0aWVudCBHclldlmFuY2VzIDDA/Y////
… //
… AAAAAAbFEwAAAmi9QQUgvRm9yLVVBbhdGllbnRzLWFuZGllbcy9QYXRpbmQSbHllcy9QYXRpZW50LUdyaWV2YW5jZ
… AGMBgAACQAAAAkQAAAAQkQAAAAAAAkXAAAABsgTAAALMTA3Mzc0MTgzOTTAJEAAAAAKEwAAACcsTAAAAAA
… AAAAAAAAAoKCKCwTAAAAAAaNNEwAAACzEwNzM3NDE4MzkwAs8TAAAALMTA3Mzc0MDAAAAA7wAAAAAAAABtBETAAAAWQSDBNZXXNZ1YWdlIEZyb20b38b3Vy
… IENFTwknAAAACgoBAQAAAAAAAAAKCgEt7P//2P///
… wAAAAAG1BMAAAbxvUEFIL3VEFIL0Fib3V0LVVza29EwLVVIXItQW5uaGcVQS1NZXNzYWdlVl1vLUluc3VzbWVyY2FyZS9QYXRpL1lVYLU
… NFTy8KAoACgABjgYAAAkAAAAJEAAAAEAAAAKF1AAAAbmEwACczEwNzM3NDE4Mzk2CRAAAAAJ6B
… MAAAnpEwAAAAAAAAAAAAAACgngEwAAAAAG6xMAAAsxMDczNzQxODQ0NAbsEwAACzEwNzM3NDE8Mzg6MjQyCSQAAA
… G7HMAAAB8zNDheMZQ5XjEwNzM3NDE4MzgzeJEwNzM3NDE4Mzk5XjEwNzM3NDE4Mzk4XjEwNzM3NDE4MzgzeCSQYj
… Mzk7dmUgrR3Jvd24JJwAAAoKAQEAAAAAAAACgoBD+z///9j///
… 8AAAAABvITAAATL0hvdy1IZXJlL1XZS1lYXRzL0Ludyb3duaWdhdGlvbnMvQWdBjwYEAAAAkAAAAAJEAAAAEEAAAAJFwAAAAb
… 1EwAACzEwNzM3NDNDUzMTU5CgoKAAAAAAAAAAJ4wEAAAnkAQAAACfgTAAAALMTA3Mzc0MjM2MjM4Mzc0Mzg5XjEwNzM3NDE4MzQ4eJEwNzM3NDE4Mzc4eJEwNzM3NDE5MYTMzdFw
… NzM3NDIzNDU1BvoTAAAALMTA3Mzc0MjM6MjM4eEwAAsxMDczNzQxODQ4eJEwNzM3NDE4Mzc5XjEwNzM3NDE4Mzc0M
… jcxMTQAAAA9AAAAAAAAABv0TAAAPTWFrZXZSBhIER1YmxmIEVrbmF0aW9ucwB0aAs0jesBAAAKCgEBAAAAAAAAAAoKAQHs///Y////
… //
… AAAAAAYAFAAAKS9QQUgvQWJvdXQtVXMvVXMvXMRm91bmRhdGlvbi9NYWtlLLWtRG9uYXRpb24s24vCgAKAAGDBgAACQAAA
… AkQAAAAAAKQAAAgAAAAkXAAAAbgMUAAALMTA3Mzc0MjM6MNTMxNTgjAKCgoAAAAAAAAAAnjAQAAACeBAAAAJhQAAA
… AABgcUAAAXMTA3Mzc0OMjcxMMTd8MTA3Mzc0MjM6MMjM6MjM5TAAAAAAsxMDczNzQyMzYlNQkKkAAAABgIUAAAAsxMjM6M00V4xMDczNzQyMTNV4xMDczNzQyQyNzEzxNwMAAAAGJxQAABBgb3ncmFTlAcgZzBXZSBtZXDkb3J3J3
… Ce5BAAAAKCgEBAAAAAAAAAAoKAfPr///Y////
… AAAAAAYOFAAALS9QQUgvQWJvdXQtVXMvVXMvXMRm91bmRhdGlvbi9Qcm9ncmFtcy1XZS1TdXBwb3J3J3J0LWwoLW0AVBgAA
… AkqAAAAAAAkQAAAAAJEAAAAAAJFwAAAAbbRWAAALMTA3Mzc0MjM6MTU0CKCgoAAAAAAAAAAAnjAQAACRe0QUACR
… QUAAAABiUUAAAXMTA3Mzc0MMjcxM0ExdVD4xMDczNzQyMjM6MjM6MjM5XjEwNzM3NDIzNjI1CkpXAAAABiYUAAAAsxMjM6M
… 4XjMOOV4xMDczNzQyMjM6MTTNMVTNV4xMDczNzQyMTNXEXNjEwNzM3NDIzMDAVNFQ4xjQQABFGb3JVuiZ0aWwhjFQaW9
… eBAAAAKCgEBAAAAAAAAAAoKAcnr///Y////
… AAAAAAY4FAAAKi9QQUgvQWJvdXQtVXMvVXMvXMRm91bmRhdGlvbi9Hb3VuGUF0aW9uLWWoLQVsBYAAAkA
… AAJEBAAAAAMTAzzcx0MjcxMMTd8MTA3Mzc0MjM6MMjM6MTU0CKCgAAAAAAAAAAAAAAnJ4wEAAAnkAQAACQAACT4UAA
… AAAAYJ7FAAAAAAAAAA0F7FAAAnAVDuVSBHb3VuGUF0aWwNLwObCAAAAKCgEBAAAAAAAAAAoKAcnr///Y////
… AAAAAY4FAAAi9QQUgvQWJvdXVmVXMvVXMvXMRm91bmRhdGlvbi9Hb3VuGUF0aWwNLwObCAAAKCgEBAAAAAAAAAAoKAcnr///Y////
… AAAAY//
… FAAAFzEwNzM3NDI3MTEzfDEwNzM3NDIzNDU1BkUAAAALMTA3Mzc0MjM6MNTUJJAAAAAAZCFAAAHzM00F4zNDleM
… TA3Mzc0MjM6M0NTVeMTA3Mzc0MjcxMMTMDAAAA+
… QAAAAAGRhQAACovUEFIL0Fib3V0LVVzL0zvdW5kYXRpb24vVm91bmRhdGlvbi9hCb2FyZFWAAAzUGAAAAJA
… AACRAAAAaAACRAAAAGSRQAAAAGSRQAAAAAAAAAAAAAAGRAVUMFHsAAKGRAQABGUVIL0Fib3V0LVVzL0zvdW5kYXRpb24vVm91bmRhdGlvbi9hCb2FyZ
… AAAAGTRQAABCxvUEFIL0Fib3V0LVVzL0zvdW5kYXRpb24vVm91bmRhdGlvbi9hCb2FyZWNZbWxMTA3Mzc0MjM6MjM6MTNDA9Y////
… MzQ5XjEwNzM3NDIzNDUxJEwNzM3NDI3MTEyAAAAPoAAAAAAAAAAAAAAAZRFAAHUNvbnRhRhY3QVGQVVMgJmFm

```
128391…  2V01nAsfum9sdmVxCesBAAAKCgEBAAAAAHAaokRa3s7j9jyy///
…  AAAAAAZUFAAALC9QQUgvQWJvdXQtVXMvRm9lbmRHdlvbi9Db250YWN0LUzvdW5kYXRppb24vCgAKAAGWBgAAC
…  QAAAAKQAAAAAkQAAAAAQAAAAZWFAAAAQAGVxQAAAQ3MTU4CgoKAAAAAAAAAAAJ4wEAAAnkAQAACVoUAAAAAA
…  ZbFAAACDk0MDF8MzUwBlwUAAAADMzUwCSQAAAAGXhQAABAzNDheMzQ5X5XjM1MF45NDAxAwAAAPwAAAAAAAAAAZ
…  fFAAAFUNvbWl1bml0eSBJbnZvbHZlbWVudANrAQAACgoBAQAAAAAAAAAKCgGf6///2P///
…  wAAAAGYhQAACUvUEFIL0NvbWl1bml0eS9Db21tdW5pdHktSW5sSW52b2x2ZW1lbnQvCgAKAAGXBgAACQAAAAkQAA
…  AAAAkQAAAAAQAAAAkXAAAABmUUAAAALMTA3Mzc0ND5U3MjQKCgoAAAAAAAAAAAnjAQAACeAgBAAAAJaBQAAAAABmk
…  UAAAXMTA3Mzc0MjY0Y0NzR8MTA3Mzc0MTMzY2Nz5YGAhQAAAsxMDczNzg9zXODM3Ngk3AAAABmwUAAAAfMzQ4X9jM0O4x
…  MDczNzgzxODM3Nl4xMDczNzQyNjQjQ9NAMAAAAD+
…  AAAAAAAAAAGbRQAABJTYW0gRC4gSHVlbmVyVyZ2ZyZHQJ6wEAAAoKAQEAAAAAAAAACgoBkev//9j///
…  8AAAAABnAUAAAAsL1BBSC9BYm91dC1Vcy9Mz9MFWFkZXJzaG1wL1NhbS1ELDS1IdWVuZXJnY3Rvbi8KAAGcBgAAg8GAAA
…  JAAAACRAAAAAAACRAAAAACRAAAAAACRCxAAAAGcxQAAAAsxMDczNzQzZMDg1Nwo5CgAAAAAAAAAACeMBAAAJ5AEAAAl2
…  FAAAAAAGdxQAABcxMDczNzQyNyNDQyN0zNwxMDczNzQxODM3NgZ4FAAACzEwNzM1NDE4Mzc2CSQAAAAGehQAAB8zN
…  DheMzQ5X5jEwNzM1NDE4Mzc2XjEwNzM1NDI1Z3AawAAP8AAAAAAAAAaaJ7FAAAFF0RyLiBFbGl6YWJldGggGgS2
…  luY2Fubm9uCesBAAAAKCgEBAAAAAAAAAAoKAYPr///Y////AAAAAZ+
…  FAAAMS9QQUgvQWJvdXQtVXMvTGVhZGVyc2hpcC9Eci0tRWxpemFmiZXRoLUtpbbmNhbm5vbi9bvbi8kAAAoAAAZkGAAAAACg
…  AAACRAAAAAAAACRAAAAAAACRAAAAGgxQAAAAsxMDczNzQzZ3AgQRQAAAAsxMDczNzQzOQ3OkgKAAAAAAAAAACg
…  oJhRQAAAAABoYUAAAALMTA3Mzc0MTgzNzkKQAAAsxMDczNzQxODM3NgkkAAAABokUAAAAfMzQ4X3jM00V4xMDc
…  zNzQxODM3Nl4xMDczNzQxODM3OQMAAAAAAAAQAAAAAAAAAAAEGihQAAA9Kb25hdGhhbiBiaGxcZXJJXJJwAAAAokAQEAA
…  AAAAAAAACgoBdOv//9j///
…  8AAAAABo0UAAAApL1BBSC9BYm91dC1Vcy9MZWFkZXJzaG1wL0pvbmF0aGGFuLUzpc2hlci8KAAoAAAoZoGAAAAJAAA
…  ACRAAAAABCRAAAAABEAAAAARcRAAAASsxMDczNzQxODM3CQAAAAQ1UAAAJx1UAAAAAAAAACgoJ
…  lBQAAAABpUUAAAALMTA3Mzc0MTgzODAJwAAAsxMDczNzQxODM3NgkkAAAABpgUAAAAfMzQ4X4jM00V4xMDczNzQ
…  zQxODM3Nl4xMDczNzQxODM4MAMAAAAAEGmRQAAA9MZWФubmUgSGFydWJycJJwAAAAokAQEAAA
…  AAAAACgoBZev//9j///
…  8AAAAABpwUAAApL1BBSC9BYm91dC1Vcy9MZWFkZXJzaG1wL0xlYW5uZS1IYXJ1YnJvL0lYM0zOm9yZC8KAAoAAAZoGAAAAAJAAA
…  ACRAAAAAAAAAACRAAAAFCRAAAAAARcRAAAASnxQAAAsxMDczNzQx0NTYyFAAAACzEwNzM1NDE4Mzc2CSQAAAAGphQAAA8zNDheM
…  zQ5XjEwNzM1NDE4Mzc2XjNDM1NDE4NTEwAAAAAAImFAAAD1BhdHJpY2lhIElEpdmVucnAQ
…  AACgoBQAAAAAAAAAAKCgFX6///2P///
…  wAAAAAGqhQAACKvUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvUGF0cmljaWEtWElzVGVr2l2ZW5uL8wcG9ydC8KAAoACgBnAQ
…  AJEAAAAAEJEAAAAAEAAAAAJFwAAAAatFAAACzEwNzM1NDE4Mzc1CRAAAAAJrxQAAAnmwFAAAAAAAAAACgm
…  xFAAAAAAGshQAAsxMDczNzQzODM3NQazFAAACzEwNzM1NDE4Mzc2CSQAAAAGtRQAAB8zNDheMzQ5X5XjEwNzM1N3M3
…  NDE4Mzc0X3jEwNzM1NDE4Mzc1AwAAAAQ2FAAAElldobyBhcmmUgQWR2aW50YWdlCmwAAAACgoBA
…  QAAAAAAAAAKCgFI6///2P///
…  wAAAAAGuRQAAC8vUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvQnici1TcG9uc29yc2Vycy9YAG8tYXJlY3J0LUФwLWLwoCAgBnQ
…  YAAkAAAAJEAAAAAEJEAAAAIAAAAAJFwAAAA8AFAAACzEwNzM1NDE4MzgcxCRAAAAAJvhQAAAm/
…  FAAAAAAAAAAAAKCgnAFAAAAAwRQAAsxMDczNzQxODM4MZbxdlAAAAAAAAAAAAAAAQbFFAAAG0FkdmltDAtIF
…  doYXRzIGluIGIGIzmF2ZQknAAABAzEwNzM1NDE4Mzc2CSQAAAABCgE56///2P///
…  wAAAAGyBQAADkvUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvY9BZHFlbnRpc2U0tSXNSAGF0LOXMxaG4zLWl5
…  11LS8tKAAoAAZ4GAAAJAAAACRAAAAABtAAAALMTA3Mzc0MTgzODIJwAAAsxMDczNzQxODM3NgkkAAAABtMU
…  AAAAfMzQ4X3jM0OV4xMDczNzQxODM3NgkkAAAABtMUAAAfMzQ4X3jM0OV4xMDczNzQ3OTZDAQAAAAAAAQAAAAAAAEG1BQAABpXaGF0I0IGRVIEfkd
…  mVudGlzlHMgQmVsaWdnbnmVsaWdodAkkAAAAAAAKCgEq6///2P///
…  wAAAAABg1xQAADcvUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvV2ZhdG-2ZZS4tSXNRGlzlHMvVmSuZXR0ZS0tYWFudUdsc0lu0MZS
…  0vCgAKAAGABgAAkQAAAAAkQAAAAAkQAAAAAAAAkXAAAABxAAAAALMTA3Mzc0MTgzMzk3UVEAAAAncFAAAADlUAAAAAAb
…  fFAAAAAAAAAaoKCd4UAAAAAbfFAAACzEwNzM1NDE4Mzkl1BuAUAAAALMTA3Mzc0MTgzODkJAAAAAAbiFAAA
…  HzM0OF4z4ZNDleMTA3Mzc0MTgzOtUJAAAAACGOTUDAAAAAEAAAAAAAAQBuMUAAAdSWYgWW91IEFyZSBFr2
…  HBlcmllbmbmlbmpbmcgR3JpZWYJJwAAAAoKAQEAAAAAAAAACgoBG+v//9j///
…  8AAAAABuYYUAAABML1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlseWllcy1Lub21xd1bHmtDY0txJlL0lmLVlvdSdBcmUt
…  BcmUtUtRXhwZXJpZW5jaW5nLWdyaWVmLLUdyaWVmLWwcAWW0xJNwAAAAAAAAJEAAAAAAJEAAAAAIAAAAAAJFwAAAAbpFAAACzE
…  wNzM1NDE4Mzk2CRAAAAAJ6xQAAAnsFAAAAAAAAAACgntFAAAAG7hQAAAsxMDczNzQxODg5NgbvFAAAC
…  zEwNzM1NDE4Mzg2CSQAAAAGxFldozW4gdG8gU2lIGEguhcGxhQJJwAAAoKAQEAAAAAAAAACgoBDOv//9j///
…  8AAAAABvUUAABFlL1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlseWllcy1LDlmt1DYXJlLKAAoAAAZ4GAAAk4Ikt
…  tU2VlLWEtU2phcGxhbJ4WvCgAKhBgAyQAAAAkQAAAAkQAAAAAXAAAAAkXAAAAABvUAAAALMTA3Mzc0MTgzOMT0z
…  OTcJEAAAAn6FAAACfsUAAAAAAAAAAAAAoKCfwUAAAAAb6FAAACzEwNzM1NDE4Mzk3IBv4UAAAALMTA3Mzc0MTgzODYJ
…  TgzODkJJAAAAAAYAFQAAHzM0OF4zODleMTA3Mzc0MTgzOdDAAAAAFwBuAAAAABBgEVAA
…  AOTWVtb3JpYWwgQmVuY2gJwAAAAoKAQEAAAAAAAAACgoB/er//9j///
…  8AAAAABgQVAAA9L1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlseWllcy1LDlmtDYXJlLKjpqHVhbC0tDY0XJyLlJl1DlmL1DYXJlLLUF0LKLUF
…  sLUJlbmNoLLwoACgAgBogYAAAKAAAJEAAAAAAJEAAAAAEAAAAAJFwAAAAYHFQAAAAYy2QAAACzEwNzM1NDE4Mzc0CRAAAAAJ
…  CRUAAAKKFQAAAAAAAAAAAAAKCgkLFQAAAGDBUAAAsxMDczNzQyMDUwNANYZAACzEwNzM1NDE4Mzc5MjQwCSQA
…  AAGDxUAACczNDheMTA3Mzc0MTgzOtMjZ4MTA3Mzc0MTgzNBeMTAD1QDAAAAFwEAAAAAABBhAVAA
…  AXVm9sdW50ZWVyIE9wcG9ydHVuaXRpZXMJwAAAAoKAQEAAAAAAAAACgoB7ur//9j///
…  8AAAAABhMVAAAxL1BBSC9Db3ItUGF0aWVudHMvY0lmt1DYXJlLwhsaWdodAkkAAAAAAAAKCgGFHUAAAcCzNDheMjQwCSQAAAAGqhUAAAczNm
…  BowYAAAkAAAAJEAAAAAAIAAAAAJFwAAAAWYFQAAACzEwNzM1NDIwNTQ0CRAAAAAAJlBUAAAAkZFAAAAAA
…  AAAAAKCgkaFQAAAAGGxUAAAsxMDczNzQyMDUwNQNYZAACzEwNzM1NDE4Mzg5NDYJQwCSQAAAAGhhUAAACzNDhe
```

8AAAAABiIVAAA3L1BBSC9Db21tdW5pdHkvVm9sdW50ZWVyLlJlcXVpcmVtZW50Z3W50cy1mb3ItVm9sdW50ZWVyaW5nCJ4
nLwoACgABpAYAAAkAAAAJEAAAAAJEAAAAAMAAAAJFwAAAAYlFQAACzEwNzM3NDQ0MTQNDQQ0MTk2Vm1zdWQ0WVyWZW50
4wEAAAnkAQAACSgVAAAAAAyPFQAAFzEwNzM3Vm1zdWQ0WVyTlDEWNzM3NDE5MjQwBioVAAAALMTA3Mzc0MTkNDAJJ
AAAAAYsFQAAJzM0MT4xMDczNzQ0OXyQyOQyZM14xMDczNzQxMDQqNrNzQyN1jMxOQMAAAAZAQAAAAAAAAAGLR
UAAB1Wb2x1bnRlZXIgQXBwbGljYXRpb24gUHJvY2VzcwnrAQAAcgoBAQAAAAAAAAAKcgHR6v//2P///
wAAAAAGMBUAADcvUEFIL0NvbW11bml0eS9Wb2x1bnRlZXIvVm0sdW50ZWVyLUFwcGxpY2F0aW9uLVByb2Nlc3
MvCgAKAAGl1BgAACQAAAkAAAAKkQAAAAAnvAQAABjMAAAAAMAoKCgoJNBUAAAAAAAAAACgoJNBUAAAAAABjU
VAAAXMTA3Mzc0MjU2NTQyMzc4MTAzMzc0MjUwMTcyNDAGNhUAAAsxMDczNzQyOTNAAkAAAAABjyVAAAAnMzQ4JEwNzM
NDE4NDMMyXyJEwNzM3NDE5MjQwZWVnNzM3NDNI1NjU4AwAAAABoBAAAAAAAAAAAY5FQAAIEluZm9ybWF0aW9uIFNlc
dXJzCe8BAAAAAKCgEBAAAAAAAAAAoKAbfq///Y////
AAAAAAZKFQAALi9QQUgvQ29tbXVuaXR5L1ZvbHVudGVlci9JbmZvcm1hdGlvbi1SZXNvdXJjZXMvCgAKAAGlAQAAA
AAJAAAACRAAAAAABwAAAAAMAgoKCgoAAAAAAAAAAAAAAnjAQAACZMAAAAAMAoKCgoAAAAAAAAnjAQAACGAAAAA
ABlUVAAAPRmx1IELuZm9ybWF0aW9uCVQw8uCesBAAAAAKCgEBAAAAAAAAAAoKAanq///Y////
AAAAAAZYFQAAPi9QQUgvSGVhbHRoLWFuZC1XZWxsbmVzcy9TZWFzb25hbC1hbmQtRmx1L1JlbW1uZGVycy8KAAoA
3JtYXRpb24tUmVzb3VyY2VzLwoKAAGlAQAACQAAAAkQAAAABwAAAAAMAgoKCgoAAAAAAAAAAAAAAnjAQAACGBAAAAAMAo
AAAAAAANjAQAACpMAAAAABlVAAAAB1wVAAAAAALQYAAAAAAAAAAZHFQAAFEN1cmzlbnQbdXZlbnRzCVQwBb9V
c3RyaWN0aW9ucwpbbzVwcwnrAQAABDwBAAAAAAACKCgG6v//2P///
wAAAAAGZhUAAE8vUEFIL0hlYWx0aC1hbmQtV2VsbG5lc3MvU2Vhc29uYWwtYW5kLUZsdUltMzJtYXRpb24vCgAKAAGlAQA
wtVmlzaXRRhdGlvbi1SZXNvdXJjZS9BQ0tnGlvbnMvCgAKAAGlAQAAAAAAAAAJEAAAAAnvAQAABjMAAAAAMAoKCgoA
LMTA3Mzc0MjI3NDULZXNlcnZlc0VQAAAAAAAAAAoKCW0VAAAAZuFQAAAAYTFQAAAAALKCGAAAAJ3Q0NFV
SBWaXJJ1cyBBybmFzdC3RUAAAXNDcXNDAyM3NDNzMXM30F4xMDczNzQyOYMjc1NQMAAAAAEGchUAAbdFYm9sY
SBWaXJJ1cyBBybmFzdC3RUAAAXNDcXNDAyM3NDNzMXM30F4xMDczNzQyOYMjc1NQMAAAAAEGchUAAbdFYm9sY
wAAAAGdRUAAA0vRWJvbGEtVmlydXMtCgAKAAGzBgAAGQAAAl2FQAACwAAAAsAAAABvQYAABkAAAJdxUAAA
0AAAnAAAAAAcGAAAACXVAAAAAAAhAAAHRBgAAAABpQcAABkAAAJbAxUAAANBAcAAAAAAHHBEAAAAAAHBAHRBgA
AAAAG7BwAAGQAAAmMQFQAABAAAAAnFQAAAAXVAAAGBpcAAABkbAxUAAAh0UAAAcAAAAHaAAAAAAw
AAAAG7BwAAGQAAAmQFQAABAAAAAAnBgcAABkbAxUAAAExUAAAcwAAAGgcAAAACXVAAAAAAcZIVAAAAAw
AAQAAAAHWBwAAGQAAAmTFQAABkbAxUAAAAAA4AcAABkbAxUAAAexUAAAAeoHAAAZAAAACXsVAAAA
AAAAAAAAAAH0BwAAGQAAAmVFQAAAQAAAAEAAAAB/
gcAABkbAxUAAAAAAAAAAQgIAAAAXsVAAAAAAAAAAESCAAAGQAAAACXsVAAAAAAAAAAH0FQAAJfAAAnAAAABvQYAABkbAxUAAA
ABGcgAAABkbAxUAAAAAASMIAAAACXsVAAAAAAAAAASEtCAAABAnyBAAABAXsVAAAAAAAAAAFDBwAAG
AAUAAAABVQgAABkbAxUAAAAAAnbUAAAMAAAAAAAAAAnJbRUAAAAAESIAAAACXsVAAAAAAAAAAFpCAAABAnyBAAAB
AAAAAAAABcwgAABkbAxUAAAAAAAAAAAX0IAAAACXsVAAAAAAAGHCAAAQGAAAAAmeFQ
AAAwAAAAAAAAAAZjQAAACXsVAAAAAAAAAAZQIAAAAEnCAAAl
7FQAAAAAAAAAAAABpApAABkbAxUAAAAaaawIAAAAZC2AAAGG2CAAAGQY
AAl7FQAAAAAAAAAAAABWApAABkbAxUAAAoBUAAAUAAAAFAAAAAcoIAAAAZC2AAAAAAAAHUCAAAG
QAAAl7FQAAAAAAAAAAABP2wgAABkbAxUAAAAAAAAAAaeUIAAAACXsVAAAAAAAAAAHvCAAAG
AAGQAAAmiFQAAAAgAAAAA1IAAAACQAAAENCQAABgQAAAl7FQAAAAAAAAAAABFCB+
QgAABkbAxUAAAAAAAAAAQMJAAAABAAAAAAAEENCQAABgQAAAl7FQAAAAAAAAAAABENCQAABgQAAAl7FQAAA
ABFwkAAAJexUAAAAAAAAASEJAAAACXsVAAAAAAAAAAAAlCQAABAAAAnyBAAAABAXsVAAAAAAyBAAAAnA
AAAAMwkAAAJ8gQAAAAAAAAUEJAAAACfIEAAAAAAAAAPCQAABAAAAAnyBAAAABAXsVAAAAAnA
AAAAABXQkAAAl7FQAAAAAAAAAWsJAAAAABAAAAnAAAAAABk4JAAAACXsVAAAAAAAAAAAB2JAAAACfIEAAAAAAAAG/
CQAAAgQAAAl2ydAAAAnBwkAAAl7FQAAAAAAAAAWMJAAAAZC2AAAGCQAAAG
QAAAl7FQAAAAAAAAAAABFCQAAgQAAAl2ydAAAnBwkAAAl7FQAAAAAAAAAWMJAAAGCQAAAG
QAAAl7FQAAAAAAAAAAAAcwJAAAgQAAAl2ydAAAAnBgoAAAAAdCQAAl2ydAAAAAAATIKAAAACfI
IEAAAAAAAAAAAFAcgAAQnyBAAAAnyBAAAAABTQoAABEAAAAAABTQoAAAJdQAAAnyBAAAAAU4KAAASAA

... ACXYAAAAAAAAAAAAAAAFeCgAABAAAAAnyBAAAAAAAAAAAAABzAwoAAAEAAAAJdQAAAAAAAAAAAAAAV0KAAAS
... AAAACXYAAAAAAAAAAAAAAAFeCgAABAAAAAnyBAAAAAAAAAAAABawoAABEAAAAJdQAAAAAAAAAAAAAAWwKA
... AASAAAACXYAAAAAAAAAAAAAAAFtCgAABAAAAAnyBAAAAAAAAAAAAABewoAAAQAAAAJ8gQAAAAAAAAAAAAAY
... kKAAAEAAAACfIEAAAAAAAAAAAAAGXCgAABAAAAAnyBAAAAAAAAAAAAABpQoAAAQAAAAJ8gQAAAAAAAAAAA
... AAbMKAAAEAAAACfIEAAAAAAAAAAAAAHBCgAABAAAAAnyBAAAAAAAAAAAAABzwoAAAQAAAAJ8gQAAAAAAAAA
... AAAAAd0KAAAEAAAACfIEAAAAAAAAAAAAAHqCgAABAAAAAnyBAAAAAAAAAAAAAB+
... AoAAAQAAAAJ8gQAAAAAAAAAAAAAAQYLAAAEAAAACfIEAAAAAAAAAAAAAESCwAABAAAAAnyBAAAAAAAAAAAA
... ABIAsAAAQAAAAJ8gQAAAAAAAAAAAAAS4LAAAEAAAACfIEAAAAAAAAAAAAAE7CwAAEQAAAAl1AAAAAAAAAAA
... AAAABPAsAABIAAAAJdgAAAAAAAAAAAAAT0LAAAEAAAACfIEAAAAAAAAAAAAAFLCwAABAAAAAnyBAAAAAAA
... AAAAAAABWAsAABEAAAAJdQAAAAAAAAAAAAAVkLAAASAAAACXYAAAAAAAAAAAAAAAFaCwAABAAAAAnyBAAAA
... AAAAAAAAAABZwsAABEAAAAJdQAAAAAAAAAAAAAWgLAAASAAAACXYAAAAAAAAAAAAAAAFpCwAABAAAAAnyBA
... AAAAAAAAAAAABdgsAABEAAAAJdQAAAAAAAAAAAAAXcLAAASAAAACXYAAAAAAAAAAAAAAAF4CwAABAAAAAn
... yBAAAAAAAAAAAAABhQsAABEAAAAJdQAAAAAAAAAAAAAYYLAAASAAAACXYAAAAAAAAAAAAAAAGHCwAABAAA
... AAnyBAAAAAAAAAAAAABlAsAABEAAAAJdQAAAAAAAAAAAAAZULAAASAAAACXYAAAAAAAAAAAAAAAGWCwAAB
... AAAAAnyBAAAAAAAAAAAAABowsAABEAAAAJdQAAAAAAAAAAAAAaQLAAASAAAACXYAAAAAAAAAAAAAAAGlCw
... AABAAAAAnyBAAAAAAAAAAAAABsgsAABEAAAAJdQAAAAAAAAAAAAAbMLAAASAAAACXYAAAAAAAAAAAAAAAG
... 0CwAABAAAAAnyBAAAAAAAAAAAAABwQsAABEAAAAJdQAAAAAAAAAAAAAcILAAASAAAACXYAAAAAAAAAAAA
... AAHDCwAABAAAAAnyBAAAAAAAAAAAAAB0sAABEAAAAJdQAAAAAAAAAAAAAdELAAASAAAACXYAAAAAAAAAA
... AAAAHSCwAABAAAAAnyBAAAAAAAAAAAAAB3wsAABEAAAAJdQAAAAAAAAAAAAAeALAAASAAAACXYAAAAAAA
... AAAAAAAHhCwAABAAAAAnyBAAAAAAAAAAAAAB7gsAABEAAAAJdQAAAAAAAAAAAAAe8LAAASAAAACXYAAAA
... AAAAAAAAAAHwCwAABAAAAAnyBAAAAAAAAAAAAAB/
... QsAABEAAAAJdQAAAAAAAAAAAAAf4LAAASAAAACXYAAAAAAAAAAAAAAAH/
... CwAABAAAAAnyBAAAAAAAAAAAAABDAwAABEAAAAJdQAAAAAAAAAAAAAQ0MAAASAAAACXYAAAAAAAAAAAAA
... AEODAAABAAAAAnyBAAAAAAAAAAAAABGwwAABEAAAAJdQAAAAAAAAAAAAAARwMAAASAAAACXYAAAAAAAAA
... AAAAEdDAAABAAAAAnyBAAAAAAAAAAAAABKwwAAAQAAAAJ8gQAAAAAAAAAAAAATgMAAARAAAAACXUAAAAAAA
... AAAAAAAE5DAAAEgAAAAl2AAAAAAAAAAAAABOgwAAAQAAAAJ8gQAAAAAAAAAAAAAUcMAAARAAAACXUAAAAA
... AAAAAAAAAFIDAAAEgAAAAl1AAAAAAAAAAAAABSQwAAAQAAAAJ8gQAAAAAAAAAAAAAVYMAAARAAAACXUAA
... AAAAAAAAAAAAFXDAAAEgAAAAl2AAAAAAAAAAAAABWAwAAAQAAAAJ8gQAAAAAAAAAAAAAWUMAAARAAAACX
... UAAAAAAAAAAAAAAFmDAAAEgAAAAl1AAAAAAAAAAAAAAAEZwwAAAQAAAAJ8gQAAAAAAAAAAAAAXUMAAAEAA
... ACfIEAAAAAAAAAAAAAGCDAAAEQAAAAl1AAAAAAAAAAAAABgwwAABIAAAAJdgAAAAAAAAAAAAAAAYQMAAAE
... AAACfIEAAAAAAAAAAAAAGRDAAAEQAAAAl1AAAAAAAAAAAAABkgwAABIAAAAJdgAAAAAAAAAAAAAAZMMAA
... AAEAAAACfIEAAAAAAAAAAAAAGGwwAAAQAAAAJ8gQAAAAAAAAAAAAABoQwAABIAAAAJdgAAAAAAAAAAAAA
... IMAAAEAAAACfIEAAAAAAAAAAAAAGwwwAAAQAAAAJ8gQAAAAAAAAAAAAABvgwAAAQAAAAJ8gQAAAAAAAAA
... AAcwMAAAEAAAACfIEAAAAAAAAAAAAAHaDAAAEAAAACfIEAAAAAAAAAAAAAHGBw6AAAwAAAAJ8gQAAAAAAA
... AAAAAfUMAAARAAAACXUAAAAAAAAAAAAAAAH2DAAAEgAAAAl2AAAAAAAAAAAAAAAH9wwAAAQAAAAJ8gQAAAA
... AAAAAAAAAQQNAAARAAAACXUAAAAAAAAAAAAAAAEFDQAAEgAAAAl2AAAAAAAAAAAAABBg0AAAQAAAAJ8gQAA
... AAAAAAAAAAAARMNAAARAAAACXUAAAAAAAAAAAAAAAEUDQAAEgAAAAl2AAAAAAAAAAAAABFQ0AAAQAAAAJ8gQ
... AAAAAAAAAAAAATINAAAEAAAACfIEAAAAAAAAAAAAAET
... DQAAEQAAAAl1AAAAAAAAAAAAABQA0AABIAAAAJdgAAAAAAAAAAAAAAUENAAAEAAAACfIEAAAAAAAAAAAAAA
... AFODQAAEQAAAAl1AAAAAAAAAAAAABTw0AABIAAAAJdgAAAAAAAAAAAAAAVANAAAEAAAACfIEAAAAAAAAAAAA
... AAAAFdDQAAEQAAAAl1AAAAAAAAAAAAABXg0AABIAAAAJdgAAAAAAAAAAAAAAV8NAAAEAAAACfIEAAAAAAAAA
... AAAAAAAFsDQAAEQAAAAl1AAAAAAAAAAAAABbQ0AABIAAAAJdgAAAAAAAAAAAAAAW4NAAAEAAAACfIEAAAAA
... AAAAAAAAAAAAF7DQAAEQAAAAl1AAAAAAAAAAAAABfA0AABIAAAAJdgAAAAAAAAAAAAX0NAAAEAAAACfIEA
... IEAAAAAAAAAAAAAGZDQAAEQAAAAl1AAAAAAAAAAAAABmg0AABIAAAAJdgAAAAAAAAAAAAAzsNAAAEAAAAA
... ACfIEAAAAAAAAAAAAAGoDQAAEQAAAAnyBAAAAAAAAAAAAABtQ0AABEAAAAJdQAAAAAAAAAAAAAbYNAAAS
... AAAACXYAAAAAAAAAAAAAAAG3DQAAEQAAAAnyBAAAAAAAAAAAAABxA0AABEAAAAJdQAAAAAAAAAAAAAcUNA
... AASAAAACXYAAAAAAAAAAAAAAAHGDQAAEQAAAAnyBAAAAAAAAAAAAAB0w0AABEAAAAJdQAAAAAAAAAAAAAd
... QNAAASAAAACXYAAAAAAAAAAAAAAAHVDQAAEQAAAAnyBAAAAAAAAAAAAAB4w0AABEAAAAJ8gQAAAAAAAAAA
... AAfENAAAEAAAACfIEAAAAAAAAAAAAAH+DQAAEQAAAAl1AAAAAAAAAAAAAAAEENgwAAAQAAAAJ8gQAAAAAAAA
... w0AABIAAAAJdgAAAAAAAAAAAAAAQoAAAEAAAACfIEAAAAAAAAAAAAAENDgAAEQAAAAl1AAAAAAAAAAAAAAA
... ABDg4AABIAAAAJdgAAAAAAAAAAAAAAQ80AAAEAAAACfIEAAAAAAAAAAAAAEcDgAAEQAAAAl1AAAAAAAAAAAA
... AAAABHQ4AABIAAAAJdgAAAAAAAAAAAAAR4OAAAEAAAACfIEAAAAAAAAAAAAAErDgAAEQAAAAl1AAAAAAAA
... AAAAAAAABLA4AABIAAAAJdgAAAAAAAAAAAAAS00AAAEAAAACfIEAAAAAAAAAAAAAE6DgAAEQAAAAl1AAAAAA
... AAAAAAAAAABOw4AABIAAAAJdgAAAAAAAAAAAAATwOAAAEAAAACfIEAAAAAAAAAAAAAEFJDgAAEQAAAAl1aA
... AAAAAAAAAAAAAAABSg4AABIAAAAJdgAAAAAAAAAAAAAUsOAAAEAAAACfIEAAAAAAAAAAAAAAFZDgAABAAAAAn
... yBAAAAAAAAAAAAABZw4AAAQAAAAJ8gQAAAAAAAAAAAAAXUOAAAEAAAACfIEAAAAAAAAAAAAAGBDgAABAAAAAn
... AAnyBAAAAAAAAAAAAABjg4AAAQAAAAJ8gQAAAAAAAAAAAAAY80AAAEAAAACfIEAAAAAAAAAAAAAGQDgAAB
... AAAAAnyBAAAAAAAAAAAAABnQ4AABEAAAAJdQAAAAAAAAAAAAAZ40AAASAAAACXYAAAAAAAAAAAAAAAGfDg
... AABAAAAAnyBAAAAAAAAAAAAABrA4AABEAAAAJdQAAAAAAAAAAAAAa00AAASAAAACXYAAAAAAAAAAAAAAAG
... uDg4AABAAAAAnyBAAAAAAAAAAAAABuw4AABEAAAAJdQAAAAAAAAAAAAAbwOAAASAAAACXYAAAAAAAAAAAAA
... AAG9Dg4AABAAAAAnyBAAAAAAAAAAAAABYg4AABEAAAAJdQAAAAAAAAAAAAAcsOAAASAAAACXYAAAAAAAAAA
... AAAAHMDg4AABAAAAAnyBAAAAAAAAAAAAAB2Q4AABEAAAAJdQAAAAAAAAAAAAAdoOAAASAAAACXYAAAAAAAAA
... AAAAAAHbDg4AABAAAAAnyBAAAAAAAAAAAAAB6A4AABEAAAAJdQAAAAAAAAAAAAAekOAAASAAAACXYAAAAA
... AAAAAAAAAHqDg4AABAAAAAnyBAAAAAAAAAAAAAB9w4AABEAAAAJdQAAAAAAAAAAAAAfgOAAASAAAACXYA
... AAAAAAAAAAAAAAH5Dg4AABAAAAAnyBAAAAAAAAAAAAABBg8AABEAAAAJdQAAAAAAAAAAAAAQcPAAASAAAAC
... XYAAAAAAAAAAAAAAAEIDw4AABAAAAAnyBAAAAAAAAAAAAABFQ8AABEAAAAJdQAAAAAAAAAAAAARYPAAASAA

... AACXYXAAAAAAAAAAAAEXDwXABAQAAAnyHRAAAARAATBRATBUJ8gQAAAAAAAAAAAAAAAASUPAAA
... SAAAACXYAAAAAAAAAAAAAAEmDwAABAAAAAnyBAAAAAAAAAAAAABNA8AAAQAAAAJ8gQAAAAAAAAAAAAAAUEP
... AAARAAAACXUAAAAAAAAAAAAAFCDwAAEgAAAAl2AAAAAAAAAAAAAABQw8AAAQAAAAJ8gQAAAAAAAAAAAA
... VAPAAARAAAACXUAAAAAAAAAAAAAFRDwAAEgAAAAl2AAAAAAAAAAAAABUg8AAAQAAAAJ8gQAAAAAAAAAA
... AAAV8PAAARAAAACXUAAAAAAAAAAAAAFgDwAAEgAAAAl2AAAAAAAAAAAAAABYQ8AAAQAAAAJ8gQAAAAAA
... AAAAAW4PAAARAAAACXUAAAAAAAAAAAAAFvDwAAEgAAAAl2AAAAAAAAAAAAAABcA8AAAQAAAAJ8gQAAAAA
... AAAAAAAAX0PAAARAAAACXUAAAAAAAAAAAAAAF+
... DwAAEgAAAAl2AAAAAAAAAAAAAABfw8AAAQAAAAJ8gQAAAAAAAAAAAAAAYwPAAARAAAACXUAAAAAAAAAAAAA
... AGNDwAAEgAAAAl2AAAAAAAAAAAAAABjg8AAAQAAAAJ8gQAAAAAAAAAAAAAAzsPAAARAAAACXUAAAAAAAA
... AAAAGcDwAAEgAAAAl2AAAAAAAAAAAAAABnQ8AAAQAAAAJ8gQAAAAAAAAAAAAAAAaoPAAARAAAACXUAAAAAAAA
... AAAAAAAGrDwAAEgAAAAl2AAAAAAAAAAAAAABrA8AAAQAAAAJ8gQAAAAAAAAAAAAAAbkPAAARAAAACXUAAAAA
... AAAAAAAAAAG6DwAAEgAAAAl2AAAAAAAAAAAAAABuw8AAAQAAAAJ8gQAAAAAAAAAAAAAAcgPAAARAAAACXUAA
... AAAAAAAAAAAAHJDwAAEgAAAAl2AAAAAAAAAAAAAAByg8AAAQAAAAJ8gQAAAAAAAAAAAAAAdcPAAARAAAACX
... UAAAAAAAAAAAAAAAHYDwAAEgAAAAl2AAAAAAAAAAAAAAB2Q8AAAQAAAAJ8gQAAAAAAAAAAAAAAeYPAAARAAA
... ACXUAAAAAAAAAAAAAAAHnDwAAEgAAAAl2AAAAAAAAAAAAAAB6A8AAAQAAAAJ8gQAAAAAAAAAAAAAAfUPAAAE
... AAAACfIEAAAAAAAAAAAAAAECEAAAEQAAAl1AAAAAAAAAAAAAABxAAAABIAAAAJdgAAAAAAAAAAAAAAAAQQQA
... AAEAAAACfIEAAAAAAAAAAAAAEREAAAEQAAAl1AAAAAAAAAAAAAABEhAAABIAAAAJdgAAAAAAAAAAAAAAR
... MQAAAEAAAACfIEAAAAAAAAAAAAAAEgEAAAEQAAAl1AAAAAAAAAAAAAABIRAAABIAAAAJdgAAAAAAAAAAAA
... AASIQAAAEAAAACfIEAAAAAAAAAAAAAAEvEAAAEQAAAl1AAAAAAAAAAAAAABMBAAABIAAAAJdgAAAAAAAAAA
... AAAAATEQAAAEAAAACfIEAAAAAAAAAAAAAAE+
... EAAAEQAAAl1AAAAAAAAAAAAAABPxAAABIAAAAJdgAAAAAAAAAAAAAUAQAAAAEAAAACfIEAAAAAAAAAAAA
... AFNEAAAAEQAAAl1AAAAAAAAAAAAAAABThAAABIAAAAJdgAAAAAAAAAAAAAAU8QAAAEAAAACfIEAAAAAAAAA
... AAAAAFcEAAAEQAAAl1AAAAAAAAAAAAAAABXRAAABIAAAAJdgAAAAAAAAAAAAAAV4QAAAEAAAACfIEAAAAAA
... AAAAAAAFrEAAAEQAAAl1AAAAAAAAAAAAAABbBAAABIAAAAJdgAAAAAAAAAAAAAW0QAAAEAAAACfIEAAAA
... AAAAAAAAAAAF6EAAAEQAAAl1AAAAAAAAAAAAAABexAAABIAAAAJdgAAAAAAAAAAAAAAXwQAAAEAAAACfIEA
... AAAAAAAAAAAAGJEAAAEQAAAl1AAAAAAAAAAAAAABihAAABIAAAAJdgAAAAAAAAAAAAAAYsQAAAEAAAACf
... IEAAAAAAAAAAAAAAGYEAAAEQAAAl1AAAAAAAAAAAAAABmRAAABIAAAAJdgAAAAAAAAAAAAAAZoQAAAEAAAAc
... ACfIEAAAAAAAAAAAAAAGnEAAABAAAAAnyBAAAAAAAAAAAAABtBAAAAQAAAAJ8gQAAAAAAAAAAAAAAcAQAAAE
... AAAACfIEAAAAAAAAAAAAHNEAAAEQAAAl1AAAAAAAAAAAAAABzhAAABIAAAAJdgAAAAAAAAAAAAAAc8QA
... AAEAAAACfIEAAAAAAAAAAAAHcEAAAEQAAAl1AAAAAAAAAAAAAAB3RAAABIAAAAJdgAAAAAAAAAAAAAAd
... 4QAAAEAAAACfIEAAAAAAAAAAAAHrEAAAEQAAAl1AAAAAAAAAAAAAAB7BAAABIAAAAJdgAAAAAAAAAAAAAA
... AAe0QAAAEAAAACfIEAAAAAAAAAAAAH6EAAAEQAAAl1AAAAAAAAAAAAAAB+
... xAAABIAAAAJdgAAAAAAAAAAAAAAfwQAAAEAAAACfIEAAAAAAAAAAAAEJEQAAEQAAAl1AAAAAAAAAAAAAA
... ABChEAABIAAAAJdgAAAAAAAAAAAAAAQsRAAAEAAAACfIEAAAAAAAAAAAAEYEQAAEQAAAl1AAAAAAAAAAA
... AAABGREAABIAAAAJdgAAAAAAAAAAAAAAoRoRAAAEAAAACfIEAAAAAAAAAAAAEnEQAAEQAAAl1AAAAAAAA
... AAAAAABkBEAABIAAAAJdgAAAAAAAAAAAAAASkRAAAEAAAACfIEAAAAAAAAAAAAE2EQAAEQAAAl1AAAAA
... AAAAAAAABNxEAABIAAAAJdgAAAAAAAAAAAAAATgRAAAEAAAACfIEAAAAAAAAAAAAFFEQAAEQAAAl1AAa
... AAAAAAAAAAABRhEAABIAAAAJdgAAAAAAAAAAAAAAUcRAAAEAAAACfIEAAAAAAAAAAAAFUEQAAEQAAAl
... 1AAAAAAAAAAAAAABVREAABIAAAAJdgAAAAAAAAAAAAAAVYRAAAEAAAACfIEAAAAAAAAAAAAFjEQAAEQAAA
... AAl1AAAAAAAAAAAAAABZBEAABIAAAAJdgAAAAAAAAAAAAAAWURAAAEAAAACfIEAAAAAAAAAAAAFyEQAAE
... QAAAl1AAAAAAAAAAAAAABcxEAABIAAAAJdgAAAAAAAAAAAAAAXQRAAAEAAAACfIEAAAAAAAAAAAAGBEQAAE
... AAEQAAAl1AAAAAAAAAAAAAABghEAABIAAAAJdgAAAAAAAAAAAAAAYMRAAAEAAAACfIEAAAAAAAAAAAAG
... QEQAAEQAAAl1AAAAAAAAAAAAAABkREAABIAAAAJdgAAAAAAAAAAAAAAZIRAAAEAAAACfIEAAAAAAAAAAAA
... AAGfEQAAEQAAAl1AAAAAAAAAAAAAABoBEAABIAAAAJdgAAAAAAAAaERAAAEAAAACfIEAAAAAAAAA
... AAAAGuEQAAEQAAAl1AAAAAAAAAAAAAABrxEAABIAAAAJdgAAAAAAAAAAAAAAbRAAAEAAAACfIEAAAAAA
... AAAAAAAAG+
... EQAABAAAAAnyBAAAAAAAAAAAAABzBEAAAQAAAAJ8gQAAAAAAAAAAAAAAdoRAAAEAAAACfIEAAAAAAAAAAA
... AHnEQAAEQAAAl1AAAAAAAAAAAAAAB6BEAABIAAAAJdgAAAAAAAAAAAAAAAekRAAAEAAAACfIEAAAAAAAAA
... AAAH2EQAAEQAAAl1AAAAAAAAAAAAAAB9xEAABIAAAAJdgAAAAAAAAAAAAAAFgAAAEAAAACfIEAAAAAAAA
... AAAAAAAEFEgAAEQAAAl1AAAAAAAAAAAAAABBhIAABIAAAAJdgAAAAAAAAAAAAAAQcSAAAEAAAACfIEAAA
... AAAAAAAAAAEUEgAAEQAAAl1AAAAAAAAAAAAAABFRIAABIAAAAJdgAAAAAAAAAAAAAARYSAAAEAAAACfIEA
... AAAAAAAAAAAAEjEgAAEQAAAl1AAAAAAAAAAAAAABJBIAABIAAAAJdgAAAAAAAAAAAAAASUSAAAEAAAACf
... IEAAAAAAAAAAAAAAEyEgAAEQAAAl1AAAAAAAAAAAAAABMxIAABIAAAAJdgAAAAAAAAAAAAAAATQSAAAEAA
... ACfIEAAAAAAAAAAAAFCEgAABAAAAAnyBAAAAAAAAAAAAABUBIAAAQAAAAJ8gQAAAAAAAAAAAAAAV4SAAAE
... AAAACfIEAAAAAAAAAAAAFsEgAABAAAAAnyBAAAAAAAAAAAAABehIAAAQAAAAJ8gQAAAAAAAAAAAYgSA
... AAEAAAACfIEAAAAAAAAAAAAGWEgAABAAAAAnyBAAAAAAAAAAAAABoxIAAAQAAAJdQAAAAAAAAAAAAAAa
... QSAAAEAAAACXYAAAAAAAAAAAAAAGlEgAABAAAAAnyBAAAAAAAAAAAAABshIAABEAAAAJdQAAAAAAAAAAA
... AAbMSAAAESAAAACXYAAAAAAAAAAAAAAG0EgAABAAAAAnyBAAAAAAAAAAAAABwRIAABEAAAAJdQAAAAAAAA
... AAAAAcISAAAESAAAACXYAAAAAAAAAAAAAAHDEgAABAAAAAnyBAAAAAAAAAAAAAB0BIAABEAAAAJdQAAAAAAAA
... AAAAAAAAAdESAAAESAAAACXYAAAAAAAAAAAAAAHSEgAABAAAAAnyBAAAAAAAAAAAAAB3xIAABEAAAAJdQAAAAA
... AAAAAAAAAAeASAAAESAAAACXYAAAAAAAAAAAAAAHhEgAABAAAAAnyBAAAAAAAAAAAAAB7hIAABEAAAAJdQA
... AAAAAAAAAAAAAAAe8SAAAESAAAACXYAAAAAAAAAAAAAAHwEgAABAAAAAnyBAAAAAAAAAAAAAB/
... RIAABEAAAAJdQAAAAAAAAAAAAAAf4SAAAESAAAACXYAAAAAAAAAAAAAH/
... EgAABAAAAAnyBAAAAAAAAAAAAABDBMAABEAAAAJdQAAAAAAAAAAAAAAQ0TAAASAAAACXYAAAAAAAAAAAA
... AEOEwAABAAAAAnyBAAAAAAAAAAAAABGxMAABEAAAAJdQAAAAAAAAAAAAAAARwTAAASAAAACXYAAAAAAAAAAA
... AAAAEdEwAABAAAAAnyBAAAAAAAAAAAAABKhMAABEAAAAJdQAAAAAAAAAAAAAAsTAAASAAAACXYAAAAAAAAA
... AAAAAAAEsEwAABAAAAAnyBAAAAAAAAAAAAABOhMAAAQAAAJ8gQAAAAAAAAAAAAAAUgTAAAEAAAACfIEAAAA
... AAAAAAAAFWEwAABAAAAAnyBAAAAAAAAAAAAABYxMAAAQAAAAJ8gQAAAAAAAAAAAAAXATAAAAAAACXUAA

... AAAARAAAAAAAAAAAAAEwAAEgAAAAl2AAAAAAAAAAABCHMAAAQAAAAAJ8gQAAAAAAAAAAAAAX8TAAARAAAAACX
... UAAAAAAAAAAAAAGAEwAAEgAAAAl2AAAAAAAAAAABgRMAAAQAAAAJ8gQAAAAAAAAAAAAY4TAAARAAA
... ACXUAAAAAAAAAAAAGPEwAAEgAAAAl2AAAAAAAAAAABkBMAAAQAAAAJ8gQAAAAAAAAAAAAZ0TAAAR
... AAAACXUAAAAAAAAAAAAGeEwAAEgAAAAl2AAAAAAAAAAABnxMAAAQAAAAJ8gQAAAAAAAAAAAAawTA
... AARAAAACXUAAAAAAAAAAAAGtEwAAEgAAAAl2AAAAAAAAAAABrhMAAAQAAAAJ8gQAAAAAAAAAAAAb
... sTAAARAAAACXUAAAAAAAAAAAAAG8EwAAEgAAAAl2AAAAAAAAAAABvRMAAAQAAAAJ8gQAAAAAAAAAAAA
... AAcoTAAARAAAACXUAAAAAAAAAAAAAHLEwAAEgAAAAl2AAAAAAAAAAABzBMAAAQAAAAJ8gQAAAAAAAA
... AAAAAdkTAAARAAAACXUAAAAAAAAAAAAAHaEwAAEgAAAAl2AAAAAAAAAAAAB2xMAAAQAAAAJ8gQAAAAAAA
... AAAAAAAegTAAARAAAACXUAAAAAAAAAAAAHpEwAAEgAAAAl2AAAAAAAAAAAAAAB6hMAAAQAAAAJ8gQAAA
... AAAAAAAAAAfgTAAAEAAAACfIEAAAAAAAAAAAAAEGFAAABAAAAAnyBAAAAAAAAAAAAAAABFBQAAAQAAAAJ8gQ
... AAAAAAAAAAAASIUAAAEAAAACfIEAAAAAAAAAAAAAEwFAAABAAAAAnyBAAAAAAAAAAAAAAABPhQAAAQAAAAJ
... 8gQAAAAAAAAAAAAAUwUAAAEAAAACfIEAAAAAAAAAAAAFaFAAABAAAAAnyBAAAAAAAAAAAAAAABaBQAAAQAA
... AAJ8gQAAAAAAAAAAAAAXYUAAAEAAAACfIEAAAAAAAAAAAAAGDFAAAEQAAAAll1AAAAAAAAAAAAAAABhBQAAB
... IAAAAJdgAAAAAAAAAAAAAAYYUUAAAEAAAACfIEAAAAAAAAAAAAGSFAAAEQAAAAll1AAAAAAAAAAAAAAABkxQ
... AABIAAAAJdgAAAAAAAAAAAAAAbAUAAASAAAACXYAAAAAAAAAAAAAGiFAAABAAAAAnyBAAAAAAAAAAAAAA
... rxQAABEAAAAJdQAAAAAAAAAAAAAAbAUAAASAAAACXYAAAAAAAAAAAAAGxFAAABAAAAAnyBAAAAAAAAAAA
... AABvhQAABEAAAAJdQAAAAAAAAAAAAAAb8UAAASAAAACXYAAAAAAAAAAAAAHAFAAABAAAAAnyBAAAAAAAAAA
... AAAAABzRQAABEAAAAJdQAAAAAAAAAAAAAAc4UAAASAAAACXYAAAAAAAAAAAAAHPFAAABAAAAAnyBAAAAAA
... AAAAAAAAAB3BQAABEAAAAJdQAAAAAAAAAAAAAAd0UAAASAAAACXYAAAAAAAAAAAAAHeFAAABAAAAAnyBAAA
... AAAAAAAAAAb6xQAABEAAAAJdQAAAAAAAAAAAAAAewUAAASAAAACXYAAAAAAAAAAAAAHtFAAABAAAAAnyB
... AAAAAAAAAAAAAB+
... hQAABEAAAAJdQAAAAAAAAAAAAAAfsUAAASAAAACXYAAAAAAAAAAAAAH8FAAABAAAAAnyBAAAAAAAAAAAA
... ABCRUAABEAAAAJdQAAAAAAAAAAAAAAQoVAAASAAAACXYAAAAAAAAAAAAAELFQAABAAAAAnyBAAAAAAAAA
... AAAABGBUAABEAAAAJdQAAAAAAAAAAAAAARkVAAASAAAACXYAAAAAAAAAAAAAEFQAABAAAAAnyBAAAAAAA
... AAAAAAABKBUAAAQAAAAJ8gQAAAAAAAAAAAAATQVAAAEAAAACfIEAAAAAAAAAAAAAAFCFQAABAAAAAnyBAAA
... AAAAAAAAABUBUAAAQAAAAJ8gQAAAAAAAAAAAAAV4VAAAEAAAACfIEAAAAAAAAAAAAAFrFQAAEQAAAAll1AA
... AAAAAAAAAAAAABbBUAABIAAAAJdgAAAAAAAAAAAAAAW0VAAAEAAAACfIEAAAAAAAAAAAAAAd2FQAAEAAAAll1
... QAAAABCVFa3Ryb24uQ21zZtnsY2FuAZphdGlvbi5JTWVVudUl0ZWl4Y. QBQAAAlFwAACUEXAAAJQhcAAAlD
... FwAACUQXAAAJRRcAAAlGFwAACUcXAAAJdxAAAJeAAAJldFwAACUoXAAAANBQd3fQAAAAAAAAEBCVFa3Ryb24uQ
... 21zLk9yZ2FuaXphdGlvbi5JTWVVudUl0ZWl4YEXRhBQAAAlLFwAACUwXAAAAJTRcAAAl0FwAACU8XAAAJUBcAAA
... lRFwAACVIXAAAJUxcAAAlUFwAACVVXAAAJVhcAAAlXFwAADQMHeBUAAAAAAAAEAAAAQlRWt0cyl5
... Pcmdhbml6YXRpb24uSU1lbnVJdGVTVtRGF0YQUAAAAJWRcAAAlZFwAACVoXAAAJWxcAAAlcFwAACV0XAAAJXhcA
... AAlfFwAACWAXAAAJYRcAAAliFwAACWMXAAAJZBcAAA0DB3kVAAAAAQAAACAAAAEJUVrdHJvbi5DbXMuT3JnYW5
... W5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAACWUXAAAJZhcAAAlnFwAACWgXAAAJaRcAAAlqRcAAAlw
... cAAAltFwAACW4XAAAJbxcAAAlwFwAACXEXAAAJchcAAAlzFwAACXQXAAAJdRcAAA0DB3oVAAAAAQAAAAgAAAA
... EJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAACXYAAAJdxcAAAlqdxcAAAJd
... ehcAAA0DB3sVAAAAAQAAACEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAAAAA
... 3wVAAAAAQAAACgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAACXsXAAAJfB
... cAAAl9FwAACX4XAAAJfxcAAA0DB3wVAAAAAQAAAAAxAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1
... SXRlbURhdGEQAAAACXAXAAAJgRcAAAJgRcAAAmCFwAACYMXAAAJhBcAAAmFwAACYYXAAAd+
... FQAAAAEAAAAQAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVYRhBQAAAlEFwAACYcXAAAX
... AAJihcAAAmLFwAACYwXAAAJjRcAAAmOFwAACY8XAAAJkBcAAA0DB38VAAAAAQAAAAQAAAEJUVrdHJvbi5DbX5DbX
... MuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAAACZEXAAAJkhcAAAJkRcAAA1jhcAAAmTFwAACZc
... XAAAJmBcAAA0DB4AVAAAAAAQAAACgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdG
... EQAAAACZkXAAAJmhcAAAJmxcAAAmcFwAACZ0XAAAJnhcAAA1DB4EVAAAAAAQAAAAgAAAAEJUVrdHJvbi5DbXMuT3Jn
... YW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAAACZ8XAAAJoBcAAAmhFwAACaIXAAAJoRcAAAmkFwAACaUXAAAJ
... phcAAAmnFwAACagXAAAJqRcAAAmqFwAACasXAAAJrBcAAAmtFwAACa4XAAANBgeFFQAAAAEAAAAQAAAABCVFa3Ryb24u
... Q21zLk9yZ2FuaXphdGlvbi5JTWVYRhBQAAAnaFwAACbEXAAAJshcAAAmzFwAACbQXAAAJtRcAAAm2FwAACbcXAAAJuBcA
... Am1FwAACbYXAAAJtxcAAAm4FwAACbkXAAAJuhcAAAm7FwAADQMHhhUAAAAAAAAxAAAABCVFa3Ryb24uQ21zLk9yZ2FuaX
... phZGlvbi5JTWVYRhBQAAAnsFwAACbsXAAAnmFwAACb0XAAAnmFwAACb4XAAAJvBcAAAm9FwAADQMHhxUAAAA
... BAAAACAAAAAQlRWt0cyl5Pcmdhbml6YXRpb24uSU1lbnVJdGVTVtRGF0YQUAAAAJvBcAAAnFFwAACbsXAAAJvRcAAAmCMX
... AAAJxBcAAAnFFwAACYXAAANAgeIFQAAAAEAAAAAgeIFQAAAAEAAACCgAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhd
... Ul0ZWl4YEXRhBQAAAnAFwAACcgXAAAJyRcAAAnKFwAACcsXAAAJzBcAAAnUzxcAAAnEHB4kVAAAAAQAAAOB44VAAAA
... AAAQAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAAACdAXAAAJ0RcAAAn
... SFwAACdMXAAAJ1BcAAAnUzxcAAAJ1ZcAAAnmH4oVAAAAAQAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbn
... VJdGVTVt1SXRlbURhdGEQAAAACdcXAAAJ2BcAAAn2FwAACdsXAAAnaFwAACeLXAAAnmgFwAACg4XAAAJ3xcAAAngFwAACg
... eMFQAAAAEAAAAgeIAAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVVudUl0ZWl4YEXRhBQAAAnaFwAACdsXAAAn3
... XAAAJ3xcAAAngFwAACg4XAAAnmkFwAACeLXAAAJ5RcAAAnGFwAACg4XAAAnmkFwAACeAXAAAJ5hcAAAng
... LklNZW51SXRlbURhdGEQAAAACecXAAAJ6BcAAAn2FwAACeoXAAAnmkFwAACesXAAAnmwFwAAABnmFwAACeoXAAAnmAXAAAJ5hcAAAng
... AQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEQAAAACewXAAAJ7RcAAAnmFwAACg4XAAAJ
... eQFQAAAAEAAAAgeIAAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVVudUl0ZWl4YEXRhBQAAAnaFwAACfI
... XAAAJ8xcAAAnFwAAB5IVAAAAAQAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhd
... dGEFAAAACfUXAAAAAnAAweTFQAAAAEAAAAAAAEAAAAQlRWt0cyl5Pcmdhbml6YXRpb24uSU1lbnVJdGVTVtRGF0YQUAAAAn2FwAACfAXAAAJ+
... BcAAAn5FwAAB5UVAAAAAQAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLk1lbnVJdGVTVt1SXRlbURhdGEFAA
... AACfoXAAAAAweXFQAAAAEAAAAgeIAAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVVudUl0ZWl4YEXRhBQAAAn3

... AAAnrrwAAc1wxAAAD/
... RcAAAoHmRUAAAABAAAACAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVlRGF0YQUAAAAJ/
... hcAAAn/
... FwAACQAYAAAJARgAAAkCGAAACQMYAAAJBBgAAAoHmhUAAAABAAAABAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6Y
... XRpb24uSU1lbnVJdGVtRGF0YQUAAAAJBRgAAA0DB5sVAAAAAQAAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pem
... F0aW9uLklNZW51SXRlbURhdGEFAAAACQYYAAAJBxgAAAkIGAAACQkYAAAJChgAAA0DB5wVAAAAAQAAAAQAAAAA
... EJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLklNZW51SXRlbURhdGEFAAAACQsYAAAJDBgAAAkNGAAACgeeFQAA
... AAEAAAAAEAAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW1EYXRhBQAAAAkOGAAACQ8YAAAJE
... BgAAAoHoBUAAAABAAAACAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSU1lbnVJdGVtRGF0YQUAAAAJER
... gAAAkSGAAACRMYAAAJFBgAAAkVGAAADQMHohUAAAABAAAABAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24
... uSU1lbnVJdGVtRGF0YQUAAAAJFhgAAAkXGAAADQIHpBUAAAABAAAAAAAAAAQlRWt0cm9uLkNtcy5Pcmdhbml6
... YXRpb24uSU1lbnVJdGVtRGF0YQUAAAAJGBgAAA0DB6wVAAAAAQAAAAgAAAAEJkVrdHJvbi5DbXMuRnJhJbbWV3b
... 3JrLlVJLlRyZWUuSVRyZWVVb2RlRlaAgAAAAkZGAAACRoYAAAJGxgAAAkcGAAACR0YAAAJHhgAAAkfGAAACSAYAA
... ABQBcAAJ4FAAAAAAAAAAoAAIACAAAACSoJAAAB3uf///+v///
... 8FAAAACS0JAAAJ7wEAACoAAAAAAAAAACRAAAAABAAAACSYYAAAJEAAAAAAPIgCAAgAAAAFBFwAAnQUAAAHY5///
... /yvj//wAAAAABAAAAYU4AgAIAAACqAACAgAAAAAk4CQAAAdbn///r////
... AQAAAAk7CQAACRcAAAAqAAAAAAAAAAkQAAAAgAAAAkuGAAAACRAAAAAAAAlRwAgAIAAAAABQhcAAJ0FAAAB0Of//
... 8r4//8AAAAAQAAAKZ5AIACAAAAqgAgAIAAAAJRgkAAAH05////6////
... wEAAAAJSQkAAAkXAAAAKgAAAAAAAAAAJEAAAAAAAAAJNhgAAAkAAAAAAAAPchAIACAAAAAUMXAAAACdBQAAAcjn//
... /K+P//AAAAAEAAABiTgCAAgAAAAkOAAIACAAAACVQJAAAABxuf///v////
... 8BAAAACVcJAAAJFwAAACoAAAAAAAAAACRAAAACYHACAAgAAAAEFEFwAAnQUAAAHA5/
... /yvj//wAAAAABAAAAY04AgAIAAACqAACAgAAAAAliCQAAAb7n///r////
... AQAAAAllCQAACRcAAAAqAAAAAAAAAAkQAAAAgAAAAlGGAAACRAAAAAAAAAmRwAgAIAAAABRRcAAJ0FAAAABuOf//
... 8r4//8AAAAAQAAAGVOAIACAAAAqgAgAIAAAAJCAkAAAG25///6////
... wEAAAAJcwkAAAkXAAAAqAAAAAAAAAAJEAAAAAYAAAAJThgAAAkAAAAAAAUYXAAAACdBQAAAbDn//
... /K+P//AAAAAEAAADijwCAAgAAAAkOAAIACAAAACVQJAAAACagJAAAABuUf///v////
... 8BAAAACYEJAAAJFwAAACoAAAAAAAAAACRAAAAHAFwAAJ0FAAAAEFEXAAACdBQAAAAZjn//
... /K+P//AAAAAEAAA3JgCAAgAAAAkOAAIACAAAACagJAAAABluf///+v////
... 8BAAAACasJAAAJFwAAACoAAAAAAAAAACRAAAAKAAACW4YAAAmAAAAYAAAAACXHACAAgAAAAFKFwAAnQUAAAAGQ5//
... /yvj//wAAAAABAAAAZ04AgAIAAACqAACAgAAAAAm2CQAAAY7n///r////
... AQAAAAm5CQAACRcAAAAqAAAAAAAAAAkQAAAACwAAAAnBGAAACRAAAAAAAAmxwAAAABSxcAAAgAAAAAARQCAA
... gAAAksAAIACAAAACwAAAAAAAAAAAAAAm+CQAAACB+JAAAJEAAAAAAATxxwAAAAESxcAAAgAAAAAAwCAAgAAAAAnRCQAAAAX7
... n///r////
... BQAAAAnUCQAAACe8BAAAqAAAAAAAAAAkQAAAAgAAAAmGGAAACRAAAAAABTRcAAJ0FAAAABeOf//
... 8r4//8AAAAAQAAAKqAAKAAAAFF8AIACAAAAqwAAgAIAAAAJ3wkAAAF25////6////
... wEAAAAJ4gkAAAkXAAAAEAAAAAAAAAAAJjhgAAAkAAAAnoCQAAAAABCe4JAAABBOf//+v///
... 8EAAAABpUYAAA0UEFIL1NwZWNpYXRvYW5Wz0.0JpcnRooUCxhY2UrRmluZZrD2UvRmluZZrD2UvQnJlYXNlbWll
... XAAAAKgAAAAAAAAAJEAAAAAQAAAAJmBgAAAoADAEAgAIAAAABTxcAAJ0FAAABZ+f//8r4//8AAAAAQAAAHyLAIACAAAAqwAgAIAAAJAkAAAaQ1IAAkaIAAAABAkAAABAZ15///6////
... wkAAAAQAAAHyLAIACAAAAqwAgAIAAAJAkAAAaQ1IAAkaIAAAABAkAAABAZ15///6////
... wkAAAAQAAAHyLAIACAAAAqwAgAIAAAJ5wkAAAnoCQAAAAABCe4JAAABByEAAAAAVAXAAAABCe4JAAABW+f//+v///
... 8EAAAABqYYAAAk0EFIL1NwZWNpYXRvYW5Wz0.0JpcnRooUCxhY2UrRmluZZrD2UvRmluZZrD2UvMll7YXNebWll
... XAAAAKgAAAAAAAAAJEAAAAAQAAAAJiQoAAAkiCgAACRMKAAAAUwXAAAACQOsKAAABW4YAAAmQ1RAAAkaIAAAABBeOf//
... 8r4//8AAAAAQAAAAkaXQ8AIACAAAAqwAAgAAAqFOiAIACAAAAAU4XAAAAAVAXAAAALAEAgA
... IAAACrAACAgAAAAkJ5wkAAAnoCQAAAAABBCe4JAAAABCe4JABOf//+v///
... 8EAAAABpUYAAA0UEFIL1NwZWNpYXRvYW5Wz0.0JpcnRoQnxhY2UrRmluZZrD2UvRmluZZrD2UvRBLUNvaWZXAJd
... XAAAAKgAAAAAAAAAJEAAAAAQAAAAJmBgAAoOANAEAgAIAAAABTxcAAJ0FAAABf//8r4//
... 8AAAAAQAAAHyLAIACAAAAqwAgAIAAAJAkAAAnoCQAAAAABCe4JAAABAZ15///6////
... wkAAAAQAAAHyLAIACAAAAqwAgAIAAAJ5wkAAAnoCQAAAAABCe4JAAAABC4JABl5///6////
... 8EAAAABrcYAAABQUEFIL1NwZWNpYXRvYW5Wz0.0JpcnRooUCxhY2UrRmluZ1ZGluZ1ZGluZ1ZGluZZrD2UvQnJlY
... wkAAAAQAAAHyLAIACAAAAqwAgAIAAAJ5wkAAAnoCQAAAAABCe4JAAABByEAAABSAXAAAAVAXAAAALGEAgAIAAAAB
... AVMXAAAAIAAAAAMgEAgAIAAAAAnRCQAAAAX7n///r////
... 8EAAAABrcYAAAABQUEFIL1NwZWNpYXRvYW5Wz0.0JpcnRooUCxhY2UrRmluZ1ZGluZ1ZGluZ1ZGluZ1Z1ByZW5
... hdGFsLWFuZC1CaXJJ0aC1JbmZvcml1aGdllvbi8JFwAAACoAAAAAAAACRAAAAAAJAAAAACUYACAAAAkx1cGACAAAA
... AVMXAAAAIAAAAMgEAgAIAAAAAnRCQAAAAXFXwAAAAAAMgEAgAIAAAkxCgAACRAAAAABCTcKAAABQOf//
... +v///
... 8EAAAABsEYAAAVUEFIL1NwZWNpYXRvY3B1Z3VTTl3LVGFzc11LVLVGpcnRoR1YWt0MkTmTVvbmFQ0FyZS1h
... AAAAAAAACRAAAAAAAkAAAAADYBAIACAAAAVQXAAAADBQAAATvn///K+P//AAAAAEAAAACAAAC/
... bQCAAgAAAkSAAIACAAAACUUKAAABOef///v///
... 8BAAAACUgKAAAJFwAAACoAAAAAAAAAACCsYAAAlaAAAACsYAAAAACsYAAAAAAAADQBAIAC
... CAAAAqwAgAIAAAAAJEAAAAAJTgoAAAkiCgAAAJ0UKAAAAUwXAAAAAVAXAAACU00KAAALQUCgAAAS/n///r////
... BAAAAAbSGAAAkKhpZ2gtUmlzay1CAc1hZay1QcmVnbmFuY3ktMkTmTVvbmFQ0FyZS1lSUNVLwkAAAAKgAAAAAk
... AAJEAAAAAWAAAAJ1RgAAoANAEAgAIAAAABTxcAAAAyw8qbm5zbVbbmxIAAAlcCgaACAC0VJYwoAAAEl5///6////
... wQAAAAk3Ba3BtCQgtUmlzay1QcmVnbmFuY3ktMkTmTY2hlZHVsaHVLVVRvdXIvCRcCrCAAAAqwAgAIAAAAAAA
... AAAAkQAAAAAAfGAAACgAlAQCAAgAAAAFXFwAAAAAyDBAAATvn///K+P//AAAAAEAAA
... ACWsKAAAAJbAoAAAkQAAAAQlyCgAAARvn///r////

... BAAAAAomGAAAFEzpbmQtY5TqZwRpVXRYaWNpvW4VCRCuRNAqAAEAAAAAAAPDgAAAnpGAAAnCgA2AQCAA
... gAAAAFYFwAAnQUAAAEW5///yvj//wAAAAABAAAA/RkAgAIAAADZAACAAgAAAAmACgAAARTn///r////
... AQAAAAmDCgAACRcAAAAqAAAAAAAAAAkQAAAAAQAAAnwGAAACRAAAAAgiEAgAIAAAABWRcAAJ0FAAABDuf//
... 8r4//8AAAAAAQAAACIhAAAAAAA2QAAgAIAAAAJjqoAAAEM5///6////
... wEAAAAJkQoAAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJ+BgAAAkQAAAAAIwhAIACAAAAAVoXAACdBQAAAQbn//
... /K+P//AAAAAAEAAAAkIQAAAAAAANkAAIACAAAAACZwKAAAABOf//+v///
... 8BAAAACZ8KAAAJFwAAACoAAAAAAAAACRAAAAAAADAAAACQAZAAAJEAAAAACNIQCAAgAAAAAFbFwAAnQUAAAH+5v/
... /yvj//wAAAAABAAAAKyEAAAAAAADZAACAAgAAAAAmqCgAAAfzm///r////
... AQAAAAmtCgAACRcAAAAqAAAAAAAAAAkQAAAABAAAAAkIGQAACRAAAAAAiCEAgAIAAAABXBcAAJ0FAAAB9ub//
... 8r4//8AAAAAQAAAC8hAAAAAAAA2QAAgAIAAAAJuAoAAAH05v//6////
... wEAAAAJuwoAAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJEBkAAAkQAAAAAAIkhAIACAAAAAV0XAACdBQAAAAe7m//
... /K+P//AAAAAAEAAAOHQCAAgAAANkAAIACAAAAACcYKAAAB7Ob//+v///
... 8BAAAACckKAAAJFwAAACoAAAAAAAAACRAAAAAAADAAAACRgZAAAJEAAAAACEIQCAAgAAAAAFeFwAAnQUAAAHm5v/
... /yvj//wAAAAABAAAA4iIAAAAAAADZAACAAgAAAAnUCgAAAeTm///r////
... AQAAAAnXCgAACRcAAAAqAAAAAAAAAAkQAAAABwAAAgCGQAACRAAAAAAagyEAgAIAAAABXxcAAJ0FAAAB3ub//
... 8r4//8AAAAAQAAAOQiAAAAAAAA2QAAgAIAAAAJ4goAAAHcv5v//6////
... wEAAAAJ5QoAAAkXAAAAKgAAAAAAAAAJEAAAAAgAAAAJKBkAAAkQAAAAAIohAIACAAAAABWAXAAArRWt0cm9uuLk
... Ntcy5Pcmdhbml6lXRpb24T24uTGlicmFyeU11bnVJdGVtVFRGVt0YQ0AAAAkTWVudU10Ul0ZW1EVRRhKzxJdGVtSWVSWQ+
... a19fQmFja2luSnZ0XfMJk21lbnVJdFRGVt0ZY5pdGBF0Ys80UGFvTWVt05YVWQ+
... a19fQmFa2luZ0ZpZXxkJk11bnVCYXN1RlRGVt0YZ5p8VGV4dD5rX19CYWNrV20rRmxlbGQgGQiTWVudUJhc2VYEYXRhKt
... zxUeXBlPmtFX0JhY2tpbmdmaWVsZCZCXZUJTONZW51QmFzZURhbGErPEhyZWY+
... a19fQmFja2luZ0ZpZXxkJkElbnVCYXN1RlRGVt0ZYSs8VGVyV20rPmtfX0JhY2tpbmdmaWVsZCZCYX7TZW50
... GErPEFuY2VdzG9y5SWQ+a19fQmFja2luZ0ZpZXxkKU11bnVCYXN1RlRGVt0ZYSs8RGVyY3JpcHRpb24+
... a19fQmFja2luZ0ZpZXxkJk11bnVCYXN1RlRGVt0ZYSs8T3JkaW5hbD5rX19CYWNraW5nRmllbGQGQjTWVudUJhc2VYEY
... XRhKzxJdGVtcz5rX19CYWNraW5nRmllbGdQnTWVudUdZHRhKzxJbWF9aBhdGg+
... a19fQmFja2luZ0ZpZXxkK011bnVCYXN1RlRGVt0ZSs8SW1hZ2VPdmmVycmlkkZT5rX19CYWNraW5nRmllbGdQdQ21zR
... GF0YWAxKzxZD5rX19CYWNraW5nRmllbGdQAAAEEAQEAAQADAQAQCAQksRWt0cm9uaWNzL05yZ2Db21tb24uRWxbn
... VtZXJhdGVkR2lvbitNZW51SGFuZGxlVitNZW51SGFuZGxlVitNZW51SGFuZGxlVitNZW51SGFuZGxlVit
... bRWt0cm9uaWNzL05yZ2Db21tb24uRXJbW50dWN5Db250ZW50cy9kYTltZmRITSWd0Vt0cm9uaWNzL05yZ2Db250bZw250
... cnNpb2V9OS4wLjAuMjQwS5SChDDdWx0dXJlPW5ldXRyYWwsIFByb2tlVlRva2VuPXU1OWU2OWVzRmRTYzmRmYTIxZl
... mVdXQEJBQAAAACdAIACAAAA2QAAgAIAAAAJ7woAAAHV5v//6////
... wIAAAAJ8goAAnvAQAAKgAAAAAAAAAEAAAAkAAAAJLLxkAAAAkQAAAAJcEAIACAAAAAWEXAACdBQAAAc/m//
... /K+P//AAAAAEAAAAADGgCAAgAAANkAAIACAAAACf0KAAAABzeb//+v///
... 8BAAAACQALAAAJFwAAACoAAAAAAAAACRAAAAAAADAAAACHIQCAAgAAAAAFiFwAAnQUAAAHH5v//
... /yvj//wAAAAABAAAA7SIAAAAAAADZAACAAgAAAAaaAkLCwAAAcXm///r////
... AQAAAAkOCwAACRcAAAAqAAAAAAAAACwAAAAk/
... GQAACRAAAAAAhSEAgAIAAAABYxcAAJ4FAAAAAAAAAAAkAAIACAAAACRcLAAABvub//+v///
... 8FAAAACRoLAAAJ7wEAACoAAAAAAAAAAAACRAAAAANAAAAACUYZAAAAAAttHwCAAgAAAAAFkFwAAnQUAAAAG45v/
... /yvj//wAAAAABAAAA7SIAAAAAAADZAACAAgAAAAKCwAAAbbm///r////
... AQAAAAkOCwAACRcAAAAqAAAAAAAAAAkQAAAAdAAAAJAAAA1OGQAACRAAAAAAiyEAgAIAAAABZRcAAJ0FAAABsOb//
... 8r4//8AAAAAQAAAACVZAICAAAnrAAyAIAAAAJJowsAAAHmqyAAAAEMeAIACAAAAAWYXAACdBQAAAQHm5v//
... wEAAAAJNgsAAAkXAAAAKgAAAAAAAAAJEAAAAAEAAAAJVhkAAAAQAAAAEMeAIACAAAAAAWYXAAAAIAAUgEAgA
... IAAACsAACAAgAAAAkQAAAAAAAAAAAAAAJOwsAAAk8CwAAAABCUILAAABpOb//+v///
... 8EAAAABl0ZAAAjQ29tbWlzc2l2bi1hDYW5jj2XItQWNjcmVVkaXRhdGGlvbi8JFwAAACoAAAAAAAAACRAAAAA
... CAAAACWAZAAAAAKFIBAIACAAAAAWcXAACdBQAAAZ/m///K+P//
... AAAAAAEAAAAEDMYCAAgAAAkWkwAAIACAAAAACVALAAABneb//+v///
... 8BAAAACVMLAAAJFwAAACoAAAAAAAAACRAAAAADAAAACWcZAAAAAAAADHHwCAAgAAAAAFoFwAAAAFMBAIA
... CAAAArAAgAIAAAAJEAAAAAAAAAAAAAAACVgLAAAJWQsAAAkQAAAAAlfCwAAAZPm///r////
... BAAAAAZuGQAAAE1JhZGlhl1BpbmVvbG8J9neS8JFwAACoAAAAAAAAAAAAAAAACXEZAAAKAFMBAIACA
... CAAAAWkXAAAAIAAAAAEVAEAgAIAAACsAACAAgAAAAAkQAAAAAAAAAAAAAJZwsAAAloCwAACRAAAAAABCW4LAAABie
... b//+v///
... 8EAAAABngZAAAWU2VydmljZXMttY95kLVByb2dyYW1zLwkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJexkAAAoAVAE
... AgAIAAAABahcAAAAgAAAABBEACAAgAAAAkwAAIACAAAAACRAAAAAAAAAAAAAAl2CwAACXcLAAAJEAAAAAEJfQsA
... AAF/5v//6////
... wQAAAAGghkAADRQQUgvU3blY2lhbHHRpZXMtvQ2FuY2VyVyLUNlbRlci9MdW5LUNhbm5lcii1TY3JlZW5pbmcvcR
... cAAAAqAAAAAAAAAAkQAAAABgAAAAkfGQAACgBBEEACAAgAAAAFrFwAACAAAANgSAIACAAAArAAAgAIAAAAJEAU
... AAAAAAAAAAAACYULAAAJhgsAAAkQAAAQmMCwAAAXm///r////
... BAAAAAaMGQAAK1BBSC9TcGVjjaWFsdGllcy9DYW5jZXItQ2VudGVyL0JyYWluLUNhbmNlci8JFwAAACoAAAAAA
... AAACRAAAAAAHAAAACY8ZAAAKANgSAIACAAAAABXXAAAAiAAAA2RIAgAIAAAArAAAgAIAAAAJ6AAAAAQUdAgAAA
... AJlsASAAmVCwAACRAAAABCZsLAAABa+b//+v///
... 8EAAAABpYZAAAsUEFFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXItQnJhaW4tQ2FuY2VyLwkXAAACCoAAAAAA
... AAAACRAAAAAAiAAAAACZkZAAAAKAFMBAIACAAAAW0XAAAAIAAAA2hIAgAIAAAAAcSAACAAgAAAkAAAAAkQAAAAAAA
... AAAJowsAAAmkCwAACRAAAABCaoLAAAAByeb//+v///
... 8EAAAABpAGAZAAA2UEFFIL1NwZWNpYWx0aWVzL0XvQ29sb24tQ2FuY2VyLwkXAAAACoAAAAAAAAAAAACRAAAAA
... vCRcAAAAqAAAAAAAAAkQAAAAAQAAAAmjGQACDaEgCAAgAAAAAFuFwAAAAAAAAAAsSAICAAAArAAAgAIAAAAJ
... EAAAAAAAAAAAACbILAAAJswsAAAkQAAAqM5CwAAAAkV///r////
... BAAAAAaqGQAAKVBBSC9TcGVjjaWFsdGllcy9DYW5jZXItQ2VudGVyL0dzTil1DYW5jZXItCRcAAACaAAAAAAAAA
... AkQAAACgAAAAmtGQAACGDbEgCAAgAAAAAFvFwAACAAAANwSAICAAAArAAAgAIAAAAJEAAAAAAAAAAAAAAAAAAAAACc

128391... ELAAAAAhgaAARkQAAAAAGhTcwAAAAGhHW7/5/7/
... BAAAAAa0GQAAM1BBSC9TcGVjaWFsdFsdGllcy9DYW5jZXItQ2VudGVyL0hlYWQtYW5kLU5lY2stU3JnZXJ5IFN1YmNhXA
... AAAKgAAAAAAAAAJEAAAAAsAAAAJtxkAAAoA3BIAgAIAAAABcBcAAAgAAADdEgCAAgAAAKwAAIACAAAACRAAAA
... AAAAAAAAAAAAAnQCwAACdELAAAJEAAAAAEJlwsAAAFD5v//6////
... wQAAAAGvhkAADRQQUgvU3BlY2lhbHRRpZXMvQ2FyZVyVyLUNlbbnRlci9MZXVrZW1pcS1hbmQtTHltcGhvbWWEvCR
... cAAAAgAAAAAAAAAAkQAAAADAAAAAnBGQAACgDdEgCAAgAAAAFxFwAACAAAAN4SAIACAAAArAAAgAIAAAAJEAA
... AAAAAAAAAAAAAAACd8LAAAJ4AsAAAkQAAAAAQnmCwAAATnm///r////
... BAAAAAbIGQAAk1BBSC9TcGVjaWFsdFsdGllcy9DYW5jZXItQ2VudGVyL0x1bmctQ2FuY2VyLWFuZCXAAAAKgAAAAAAA
... AAJEAAAAA0AAAAJyxkAAAoA3hIAgAIAAAAAAAAAAAAAAbchcAAAgAAADfEgCAAgAAAKwAAIACAAAACRAAAAAAAAAAAAAA
... nuCwAACe8LAAAJEAAAAAEJ9QsAAAEv5v//6////
... wQAAAAG0hkAAC5QQUgvU3BlY2lhbHRRpZXMvQ2FuY2VyLUNlbbnRlci9Qcm9zdGF0ZS1DYW5jZXI-Q2FuY2VyLUNvcCAAAAqAA
... AAAAAAAAAkQAAAADgAAAAnVGQAACgCDfEgCAAgAAAAFzFwAACAAAAOASAIACAAAArAAAgAIAAAAJEAAAAAAAAAAAAA
... AAAAAACf0LAAAJ/gsAAAkQAAAAAQkEDAAAASXm///r////
... BAAAAAbcGQAAk1BBSC9TcGVjaWFsdFsdGllcy9DYW5jZXItQ2VudGVyL1NyaW4t0XRQ2FuY2VyLWZhbmQAAAAAAAAAA
... AAJEAAAAA8AAAAJ3xkAAAoA4BIAgAIAAAAAAAAbdBcAAAgAAADiEgCAAgAAAKwAAIACAAAACRAAAAAAAAAAAAAAAAAAAk
... kMDAAACQ0MAAAJEAAAAAAEJEwwAAAAEb5v//6////
... wQAAAAG5hkAADZQQUgvU3BlY2lhbHRRpZXMvQ2FuY2VyLUNlbbnRlci9UcmVhdGdlllbnQtYW5kLURpYXdndb3Npcy
... 8JFwAAAACoAAAAAAAAACRAAAAAAQAAAACekZAAAAKAOISAIACAAAAUXAAAAIAAAA4RIAgAIAAACsAACAAgAAAAk
... QAAAAAAAAAAAAAAAAAJGwwAAAkcDAAAAAEJJWGAAAEeb//+v///
... 8EAAAABvAZAAA4UEFIL1NwZWNpYWx0aWVzL0NhbmNlci1DZW50ZXJ2Rm9sbG93LVdJbGwtUFkwR1Y1pbGl
... lcy8JFwAAAAoAAAAAAAAACRAAAAAAAAACfMZAAAAKAOESAIACAAAAXYXAACdBQAAAQzm///K+P//
... AAAAAEAAAAD+eACAAgAAAK0AAIACAAAACTAMAAAABCub//+v///
... 8BAAAACTMMAAAAJFwAAAAoAAAAAAAAACRAAAAABAAAACfoZAAAAADkIQCAAgAAAAF3FwAACAAAAFUBAIA
... CAAAArQAAgAIAAAAJEAAAAAAAAAAAAAAAAACTgMAAAJOQwAAAAAAFwAACAAAArQAAgAIAAAAJEAAAAAAAAAAAAAAAAAAr//r////
... BAAAAAYBGgAAKVBBSC9TcGVjaWFsdFsdGllcy9DYW5jZXItDY9YkaW9sb2d5L0hlYXJ0LUdpc2Vhc2UtU3JnZXJ5L0lUY0gdGgL
... AkQAAAAAgAAAAkEGgAACgBVAQCAAgAAA4F4FwAACAAAArYBAIACAAAArQAAgAIAAAAJEAAAAAAAAAAAAAAACU
... cMAAAJSAwAAAkQAAAAAQlODAAAAfbl///r////
... BAAAAAYLGgAAGUNhcmRpb2xhHZ2Zhc2N1bGFyLUNLbnhkGgtTGlLS3BJFwAAAAoCAAAAAAAAACRAAAAAAADAAAAK
... FYBAIACAAAAkXXAAAAIAAAAVwEAgAIAAAAkQAAAAAAAAAAAAAAAAAAAJVgwAAAlXDAAAACRAAAAAAAACQ4+aAAAKA
... 0MAAAB7OX///+v///
... 8EAAAABhUaAAAcQ2FyZGlhHYylEaWFmbnbm9zdGljL1VRl1c3RppbmctTLwkXAAAAkgAAAAAAAAACRAAAAAAQAAAAJGBo
... AAAoAVwEAgAIAAAABehcAAAgAAAByBYAQCAAgAAAK0AAIACAAAACRAAAAAAAAAAAAAAllDAAACYYYAAAAEAAAA
... AAEJbAwAAAHi5f//6////
... wQAAAGHxoAAD1QQUgvU3BlY2lhbHRRpZXMvGlvbG9neS9eS9DbmNlcnMlbS1Rlci9Rc3F2lll1bS1bS1TY
... J1ZW5pmcvcCRcAAAAgAAAAAAAAAAkQAAAABQAAAAkiGgAACgBYAQCAAgAAAAAF7FwAAnQUAAAHd5f//yvj//
... wAAAAABAAAAARRWAAgAIAAAACvAACAAgAAAAAl6DAAAAdv1///r////
... AQAAAAl9DAAACRcAAAqAAAAAAAAAAkQAAAAkpgGAACRAAAAAAgh4AgAIAAAABfBcAAgAAABhAQCAA
... gAAAK8AAIACAAAACRAAAAAAAAAAAAAAAmCDAACYMMAAAAJEAAAAAEJiQwAAAHR5f//6////
... wQAAAGMBoAADVQQUgvU3BlY2lhbHRRpZXMvZGVybWF0b2xvZ3kvRGVybWYwdG9sWGJvZ3ktU2tpbi1DYW5jZXItLw
... kXAAAAkgAAAAAAAAACRAAAAAAACAAAAmRDAAACZTIMAAAJEAAAAAEJmAwAAAAHl//+v///
... wQAAAAG0hoAAACdQQUgvU3BlY2lhbHRRpZXMvHXlhY3RpY3MvU3JnZXJ5L0FrLVVVcm93 c9sbC8JFwAAAACoAAAAAAAAACR
... AAAAADAAAACT0aAAAKAGBAIACAAAAAX4XAAAIAAAGyYgEAgAIAAAAk0AAAAAAAAAAAAAAAAAAJoAw
... AAAmhDAAAAABCacMAAAABveX//+v///
... 8EAAAABkQaAAAASRGlhYmV0b2xvZ3kvU3RtdU3l3dDCHRRHvbXVrClcAAAAqAAAAAAAAAkQAAAAAAAkQAAAAlHGgAACgBiAQCAAgA
... AAAF/FwAAnQUAAA45f//yvj//wAAAAABAAAAAmdCvAAAACAAAAmVCAAAAmlDAAAAbl0DAAACYIMAAAAAAAAAAAAA
... AAAF/wAInQUAAAHl5f//6////
... AQAAAAl4DAAAARcAAAqAAAAAAAAAAkQAAAAwAAAAlmGgAACxDAAAABFFwAAAAqAAAAAAAAA1OGgAACRAAAAAAgm
... xDAAAACYYMAAAAEVhoACAAgAAAAawEAgAIAAAACSAMAAAJ9QwAAAAJhbWBpbbJhb2dyYXBoeS9VaG9OAAAH
... /K+P//AAAAAEAAAAKBkMgCAAgAAAALAAATACAAAACEMAAABpuX//+v///
... 8BAAAAACdQMAAAAJFwAAAAqAAAAAAAAAAARAAAAADAAAAAEJEAAAAABdgACAAgAAAAGCFwAAAAAEAAAADgcAAgAAAAGFWA
... ACAAAAAnfDAAAAZ71///r////
... AQAAAAniDAAACRcAAAqAAAAAAAAAAkQAAAAwWAAAAlmGgAAACRAAAAAsiEAgAIAAAABgxcAAJ0FAAABmOX//
... 8r4//8AAAAAQAAAAgp1AIACAAAAsAAAgAIAAAAJ7QwAAACf5f//6////
... wEAAAAJ8AwAAAAkXAAAAqAAAAAAAAAAEAAAAAJbo0AAAAqAAAAAIEhAIACAAAAAAYQXAAAAIAAAAawEAgAI
... IAACwAACAAgAAAAAJ9QwAAAn2DAAAAAAAAAAAAAACQQQNAAAAJBQ0AAAkQAAAAQkAAAAAQkLDQAAAYL///r////
... BAAAAAZ/
... GgAAM1BBSC9TcGVjaWFsdFsdGllcy9FbWVyZ2VuY3ktU2VydmljZXMvGHV-UGF0aWVudC1MZXIR0XJZzLwkXAAAAKgAAA
... AAAAAJEAAAAAYAAAAJghoAAAoAAgISAgAIAAAABhhcAAAgAAAAAEIEQCAAgAAAagLAAAIACAAAACRAAAAAAAAAAAAAA
... AAAkTDQAACRQNAAAAJEAAAAAEJGg0AAAAF45f//6////
... wQAAAAGiRoAADFQQUgvU3BlY2lhbHRRpZXMvRW1lcmdlbmN5LVNlcnZpY2VzL3NvdXRobGFuCQRFuXHVIZHZlXIvCRc
... AqAAAAAAAAwQAAAABwAAAAmYaAAAKAGAISAgAIAAAAwAAAAAGHFwAAnQUAAAHXf//yvj//
... wAAAAAABAAAdHUAgAIAAAACwAAAgAAAANfDAAAAZ71///r////
... AQAAAAkrDQAACRcAAAqAAAAAAAAAAkwDQAAATGgAAACAAAAAAAAAAkwDQAAATENNAAAAEJNwwAAAAFn5f//6////
... wQAAAAGmhoAAABZBZG9dGwl2ZSSlDYXJlQmVkcy9Wc3JnZXJ5L1VucyYXNzZXNzb3JlLwkXAAAAkgAAAAAAAAACRAAAAAAAkQAAAAAmdgGgAACgBSAQ

... CAAgA8BCgYWAvCAAAAmsBAIACAAAAzAAAgAIAAAAzJEAAAAAAAAAAAAAOt8NAAAQAUAAAKQAAAAAQlGDQA AAV3l///r////
... BAAAAAakGgAAIUFkb3B0oaW9uLVBlcnNwZWN0aXZlMnBly1TaG93LWXAAAAKgAAAAAAAAAAJEAAAAAIAA AAJpxoAAAoAewEAgAIAAAABihcAAAgAAADWAQCAAgAAAMwAAIACAAAACRAAAAAAAAAAAAAlODQAACU8NAA AJEAAAAAEJVQ0AAAFT5f//6////
... wQAAAAGrhoAABtBcnRpY2lzY2l1BYm91dC1PdXItUHJvbG9ngZSB0tUHJvZ3JhbbS8JFwAAACoAAAAAAAAACRAAAAAFAAAACbEAAA AKAPABAIACAAAAAAysXAAAAIAAAA8gEAgAIAAADMAACAAgAAAAkQAAAAAAAAAAAAAAAJXQ0AAAleDQAACRAAAAA BCWQNAAAABSeX//+v////
... 8EAAAABrgaAAAAeQWRvcHRpb24tU2Vuc2l0aXZlLU9mZmVlZXXMvCRcAAAAqAAAAAAAAAkQAAAABgAAAAm 7GgAAACgDyAQCAAgAAAAGMFwAAACAAAAPMBAIACAAAAzAAAgAIAAAAJEAAAAAAAAAAAAAACWwNAAAJbQ0AAAkQ AAAAAQlzDQAAAT/1///r////
... BAAAAAbCGgAARlBBSC9TcGVjjaWFsdGGllcy9GYW1pbHktdGDt8tRmFtaWx5LUFkb3B0aW9uLcHBvcnQvTWF5Y F5YmMUtV2UtV2lsbC1BZG9wdC8JFwAAACoAAAAAAAAAACRAAAAHAAAACcUaAAAKAPMBAIACAAAAY0XAAAAIAAAA9A EAgAIAAADMAAACAAgAAAAkQAAAAAAAAAAAAAAAAAJew0AAAAl8DQAACRAAAAAABCYINAAABNeX//+v////
... 8EAAAABswaAAA8UEFIL1NwZWNpYWx0YWxlcy1GYW1pbHktdGGt8tRmlseXHcmVjVHJpbmdHcrMBAIACAAAAAAKOcrMBAIACAAAA zAAA gAIAAAAJEAAAAAAAAAAAAAACYoNAAAJiw0AAAkQAAAAQAAAApmRDQAAASvl///r////
... BAAAAAbWGgAAHUZhbWlseS1BZG9wdGlvbi1UZXN0aW1vbmlhbHMtHMvCRcAAAAqAAAAAAAAAkQAAAACgAAAnZG gAACgD2AQCAAgAAAAGPFwAAACAAAAzADBAIACAAAAzAAAgAIAAAAJEAAAAAAAAAAAAAACZkNAAAJmg0AAAkQAAAQuAA AAAAQmgDQAAASHl///r////
... BAAAAAbgGgAAPVBBSC9TcGVjjaWFsdGGllcy9GYW1pbHktkb3B0aW9uLUJub3ctdGGt8tRmFtaWx5LUFkb3B0aW9uLVQ29zdW GFjdC1Vcy9FJFwAAACoAAAAAAAAACRAAAANAAAAeCMaAAAKAPoBAIACAAAAAZAXAAAABgFwAAaiYAgAIAAADMAA CAAgAAAAmtDQAAARvl///r////
... AgAAAAmwDQAACe8BAAAqAAAAAAAAAAAkQAAAADgAAAnpGgAACRAAAAAA0AoAgAIAAAABkRcAAAgAAAD6AQCAA gAAALEAAAIACAAAACRAAAAAAAAAAAAAAm1DQAAAcbYNAAAJEAAAAAEJvA0AAAER5f//6////
... wQAAAAG8BoAAAEVQQUgvU3BlY2lhbHRpZXMvRmFtaWx5LUFkb3B0aW9uLUNvbnRhY3Qt4VsAAAB0//r////ZX JlZGl0OYXJ5SLUNhbmNlbl0ci8JFwAAACoAAAAAAAAAAAAkQAAAAABAAAAeCsNAAAKaPoBACACAAAABAAAAAJxA 0AAAAnnFDQAACRAAAAAAAAAAAAAAxJxA0AAAnFDQAAAqAAAAAAAAAkQAAAADgAAAnpGgAACRAAAAAA0AoAgAIAAAAB kRcAAAgAAAD6AQCAAgAAALEAAAIACAAAACRAAAAAAAAAAAAAAm1DQAAAcbYNAAAJEAAAAAEJvA0AAAER5f//6////
... 8EAAAABvoaAAA+
... UEFIL1NwZWNpYWx0aWxlcy9GYW1pbHktQ29udGFjdC1TaGdudy1vZi1IZXilIXIZlZGl0OYJ5LUNhbmNibci8JF wAAACoAAAAAAAAACRAAAAACAAAACf0aAAAKAPoBAIACAAAAZMXAAAAIAAAA+
... QEAgAIAAACxAAACAAgAAAAAAAAAAAJ0w0AAAnUDQAACRAAAAAABCdoNAAAB/eT//+v////
... 8EAAAABgQbAAA/
... UEFIL1NwZWNpYWx0aWxlcy9GYW1pbHktQ29udGFjdC1TaGduLW9mLUhlcmUtQnV0LU9ubHktUNBMS1hbmMtQlJDQTIvCRcAAAATvC RcAAAAAAAAAkQAAAAwAAAAkHGwAACgD5AQCAAgAAAAGFwAAnUQUAAH45P//yvj//
... wAAAAABAAAA5HIAgAIAAACxAAAgAIAAAAnoDQAAAfbk///r////
... AQAAAAnrDQAACRcAAAAqAAAAAAAkQAAAABAAAAAkOGwAACRAAAAAAAAAATCEAgAIAAAAABlRcAAAJ0FAAAB8OT// 8r4//8AAAAAAQAAAAA8xAIACAAAAsQAAgAIAAAAJ9g0AAAHu5P//6////wEAAAAJ+
... Q0AAAkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJFhsAAAAJFhsAAADAAAAnDQAAAAEAYjRcAAAkACAAAAKDAYQCAAg AAAAmhcAAAAAQAAAAAmDAQCAAgAAAAAJEAAAAUAAAAAYAAAAm1hsAAAAJFhsAAADAAAAnDAAAAJEAAAAAEAAAAJ/ g0AAAn/DQAAAAJ4AAAnFDQAACBUOAAAB5OT//+v////
... 8EAAAAAEAYjRcAAAkACAAAAKDAYQCAAgAAAAmhcAAAAAQAAAACQUOAAAJ Dg4AAAkQAAAAQkUDgAAdrk///r////
... BAAAAYnGwAAJEdlbYmVyYWwtYnRvaW9uLQmBcCRcAAAAqAAAAAAAAAkQAAAAwAAAAJKHsAAAoA/QEAgAIAAAAAAmR cAAAgAAAAD6AQCAAgAAALEAAAIACAAAAmAAAAAD//
... AQCAAgAALEAAAIEAAAAACdgAACkgDhACRcAAAAAAqAAAAAAAAAAAkcDgAACR0OAAAAAAkQAAAAAQkUDgAAdrk///r////
... BAAAAAnrDQAACRcAAAqAAAAAAAAAAAkcDgAACBlTEAgAIAAAAAATCEAgAIAAAAABlRcAAAJ0FAAAB8OT//8r4//8AAAAAAQAAAAQU EOAAAJDg4AAAkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJFhsAAAAJFhsAAADAAAAnDAAAAAEAYjRcAAAkACAAAAKDAYQCAAgAAAAmhcAA AAAQAAAAAmDAQCAAgAAAAAJEAAAAUAAAAAYAAAAmJg4AAAmDQAACRcAAAAKgAAAAAAAAAJEAAAAABAAAAAJ0w0AAAnUDQAAC RAAAAAABCVOEAAABSuT//+v////
... wQAAAAGMRsAADBQQUgvU3BlY2lhbHRpZXMvRmFtaWx5LUdlbmVyYWwtQnRvaW9uLUdVFwAAnUQUAAH45P//yvj// oAAAAAAAAAACRAAAAAIAAAACTQbAAAKAP8BAIACAAAAZkXAAAAIAAAAQIAgAIAAAACxAAAgAIAAAAkQAAAAAAAAAAAAAAAAJ KQAAAAABQbAAAuYEFIL1NwZWNpYWx0aWxlcy9GYW1pbHktR2VuZXJhbC1Bc2stQVBCQXBvLXRoZS1BQkJCQS8JFwAAAAAQAAAAAJ Dg4AAAkXAAAAKgAAAAAAAAAJ0FAAAB8OT//8r4//8AAAAAAQAAAAQU EOAAAJDg4AAAkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJFhsAAAAJFhsAAADAAAAnDAAAAAEAYjRcAAAkACAAAAKDAYQCAAgAAAAmhcAA AAAQAAAAAmDAQCAAgAAAAAJEAAAAUAAAAAYAAAAmJg4AAAmDQAACRcAAAAKgAAAAAAAAAJEAAAAABAAAAAJ0w0AAAnUDQAAC RAAAAAABCVOEAAABSuT//+v////
... 8EAAAABjsbAAAyUEFIL1NwZWNpYWx0aWxlcy9GYW1pbHktR2Vib3ItY2x1LWF1cy8JFwAAAAAAQAAAAOg4AAAkJg4AAAmOAAA kQAAAAAAAAACRAAAAAYAAAAmHgQCAAgAAAAABjRcAAAkXAAAAKgAAAAAAAAAJEAAAAABAAAAAJ0w0AAAnUDQAAC RAAAAAABCVOEAAABSuT//+v////
... 8EAAAABkUbAAAmQWJvdXQtb3VyLUdlbmVyYWwtQnRvaW9uLUdlbmV3cy8JFwAAACoAAAAAAAAACRAAAAABAAAAAADB HSJ2dk1hlbV0wAAGDQAAAAAAAAAADYAZXAAAAAQCUEOAAAABvOT//+v////
... 8EAAAABkUbAAAmQWJvdXQtb3VyLUdlbmVyYWwtQnRvaW9uLVRlc3QtaW1vbmlhbHMvCRcAAAAqAAAAAAAAAAAkQAAA AAAYAAAAmJJUhsAAAoAAwIAgAIAAAABIAAAAwAwIAgAIAAAAJSQ4A AAlKDgAACRAAAAAABCVAOAAABSuT//+v////
... 8EAAAAAQAAAGWRAIACAAAACBUAgAIAAAAAJXg4AAAGr5P//6////
... wEAAAAJYQ4AAAkXAAAAKgAAAAAAAAAJEAAAAABWRsAAAoAAAWJRsAAAAAUJWRsAAAgAAAQAAAACkkAIACAAAAA0XAAAcdBQAAAaXk// /K+P//AAAAAAEAAABxkACAAgAAAAgVAIACAAAACWwOAAABo+T//+v////
... 8BAAAACW80AAAYLjFwAAACoAAAAAAAAAAAkQAAAAYCWEbAAAnUJEAAAAmJACAAgAAAAGeFwAAnQUAAAGd5P// /yvj//wAAAAABAAAACJAAgAIAAAAAIFQCAAgAAAL6DgAAZvk///r////
... AQAAAA19DgAACRcAAAqAAAAAAAAAAAkQAAAAwAAAAlpGwAACRAAAAAAJyQAgAIAAAAABnxcAAJ4FAAAAAAAA AAAM8AAIACAAAAACYYYOAAAAbl0T//+v////
... 8FAAAABm0bAAAfLl1BBSC9TcGVjjaWFsdGGllcy9TcGluZZS1TdXJnZXJ5LUxwkXAAAAAAAAJEAAAAAEAAAAAAAJcBsAAAAAAUbA AAAAAJCbuAAAAAAY0ACXAIACAAAACZUAgAIAAAABIuT//+v////
... 8EAAAABncbAAAHU3Ryb2t1LLwkXAAAAKgAAAAAAAAJEAAAAAIAAAAAAAJehsAAoAHQIgAIAAAABoRcAAgAAAA
Page 4046

... eAgCAAgAAAABAYlACRAAACRAAAAAAGWAABDAHRCZ4VAXAJPAAAAQGpAAARAAP76/////
... wQAAAAGgRsAACRQQUgvU3BlY2lhbHRpZXMvTmV1cm9zY2llbmNlfbi8JFwAAACoAAAAAAAACRAAAA
... ADAAAACYQbAAAKAB4CAIACAAAAAaIXAAAIAAAAHwIAgAIAAADPAACAAgAAAAkQAAAAAAAAAAAAAJrA4AAm
... tDgAACRAAAAABCbMOAAAABduT//+v///
... 8EAAAABosbAAAwUEFIL1NwZWNpYWx0aWVzL05lddXJvc2NpZW5jZXMvTmV1cm9zY3RGlhZ25vc3RpY3MvCRcAAAA
... qAAAAAAAAAkQAAAABAAAAmOGwAACgAfAgCAAgAAAAGjFwAACAAAACACAICAAAAzwAAgAIAAAAJEAAAAAA
... AAAAAAAAACbsOAAAJvA4AAAkQAAAAAQnCDgAAAWzk///r////
... BAAAAAaVGwAAMlBBSC9TcGVjaWFsdGllcy9OZXVyb3NjaWVuY2VzL1N1cmdpY2FsL1RlY2hub2xvZ2llcy2ub3svY3kvCRcAA
... AAqAAAAAAAAAAkQAAAABQAAAAmYGwAACgAgAgCAAgAAAAGkFwAACAAAAAOYSAIACAAAAzwAAgAIAAAAJEAAAAA
... AAAAAAAAAACcoOAAAJyw4AAAkQAAAAAQnRDgAAAWLk///r////
... BAAAAAafGwAANVBBSC9TcGVjaWFsdGllcy9OZXVyb3NjaWVuY2VzL0RlZXAtQnJhaW4tdU3RpbXVsYXRpb24vCRcAA
... RcAAAAqAAAAAAAAAAkQAAAABAAAAmiGwAACgDmEgCAAgAAAAGlFwAACAAAABACAICAAAAswAAgAIAAAAJEA
... AAAAAAAAAAAAAACdkOAAAJ2g4AAAkQAAAAAQngDgAAAVjk///r////
... BAAAAAapGwAAHUpvaW50cy80OLVJlcGxhY2VtZW50L1N1cmdpY2FsLCRcAAAAqAAAAAAAAAkQAAAAAAAmsG
... wAACgAQAgCAAgAAAAGmFwAACAAAAAeAIACAAAAswAAgAIAAAAJEAAAAAAAAAAACegOAAAJ6Q4AAAkQAA
... AAAQnvDgAAAU7k///r////
... BAAAAAazGwAAQ1BBSC9TcGVjaWFsdGllcy9Kb2ludC1SZXBsYWNlbWVudC1Qcm9ncmFtFtL0pvaW50LVJlcCRvY
... 2VtZW50LLVZpZGVvcy8JFwAAACoAAAAAAAAACRAAAAACAAAACbYbAAAKABMCAIACAAAAAacXAAAIAAAAAFAIAgA
... IAAAAzAACAAgAAAAkQAAAAAAAAAAAAAAJ9w4AAAn41DgAACRAAAAABROT//+v///
... 8EAAAABr0bAAA7UEFIL1NwZWNpYWx0aWVzL0pvaW50LiVtcGxhY2VtZW50L1N1Z2dlcnkvQ2xpbmljYWwCRcAAAA
... lbWVudC8JFwAAACoAAAAAAAAACRAAAAADAAAAmAYbAAAKABQCAIACAAAACAAQCO0PAAAAOuT//+v///
... 8EAAAABscbAAA6UEFIL1NwZWNpYWx0aWVzL0pvaW50LiVtcGxhY2VtZW50L1NwdWdlcnkvCRcAAAAlbWVud8
... tZW50LwkXAAAAAAAAAAAkQAAAAAJEAAAAAAAQAAAAJyhsAACRAAAAAAAkVDwAACRYPAAAAEEJHA8AAAEw5P//6////
... wQAAAAGOR0AAD9QQHUgvU3BlY2lhbHRpZXMvSm9pbnQtRXN0UmVwbG9jZW1lbnQgjZW1lbnUtUHJvZ3JhbSRvY3UH0SZX
... BsYWNlbWVudDSGU2xlcGVsZ3MvLdWdlcnkvCRcAAAAlbWVud8tZW50LwkXAAAACRSsPAAAAABCSsPAAABJuT//+v///
... 8EAAAABtsbAAA6UEFIL1NwZWNpYWx0aWVzL0pvaW50LiVtcGxhY2VtZW50L1NwdWdlcnkvVGVjaG5vbG9naWVzL
... tZW50LwkXAAAAAAAAAAAJEAAAAAYAAAAAJ3hsAAACoGAIAIAAAAAJOQ8AAAJbETz//8r4///
... 8AAAAAAQAAAALqKAIACAAAswAAgAIAAAAAJOQ8AAAAEf5P//6////
... wEAAAAJPA8AAAkXAAAAAKgAAAAAAAAAJEAAAAACAAAAAJ5RsAAAAAawCAAAKJ5RsAAAAAPgiAIACAAAAAAawXAAAIAAAAAAa
... IAAACzAAACAAgAAAAkQAAAAAAAAAAAAAAJQQ8AAAl0CDwAAACBCUgPAAAABFeT//+v///
... 8EAAAABuwbAAA9UEFIL1NwZWNpYWx0aWVzL0pvaW50L0VscGFjZW1lbnQtFUHJvZ3JhbSRvRbWVudLUHJvZ3JhbSRvVQ2hvb2hb3YmctYS1
... TdXJnZW9uLuLwkXAAAAAqAAAAAAAAAAJEAAAAgAAAJ7xsAAAaGAIAIAAAABrRcAAAgAAAAGAgCAAgAAAALMA
... AIACAAAAAAAAAAAAlQDwAACVPEAAIAJAEAAAAEJVw8AAAAEL5P//6////
... wQAAAAG9hsAAEJQQUgvU3BlY2lhbHRpZXMvSm9pbnQtUmVwbGFjZW1lbnQgjZW5lbnNtOXBBnQtUmVwbGFjZW1lbnRMA
... NlbWVudC1DbGGFzcy8JFwAAACoAAAAAAAAAAACRAAAAJAAAACfkbAAAKABoCAIACAAAAAa4XAAAIAAAAAGWIAgAI
... AAAACzAAACAAgAAAAkQAAAAAAAAAAAAAAJXw8AAAlwgKGFxXRDwAAAABBCWYPAAAABaeT//+v///
... 8EAAAABgAcAABBUEFIL1NwZWNpYWx0aWVzL0pvaW50LiVtcGxhY2VtZW50L0VscGFjZW1lbnQtFUm0VmbwbGF
... jZW1lbnQtVW5pdC8PCAICAAAAAAAAAAAAAAJbgGAIACAAAAAAACRAAAAAKBCXUPAAAAB+P//+v///
... 8EAAAABgocAAATUmVzaXN0aW5mcmF0U1dlLUZ1LUZ2cm1zZXdRLzLwkXAAAAAKgAAAAAAAAAJEAAAAEEAAAAJDRwAAAo0AOBAAgAI
... AAAABcBcAAgAAAAAA---
... AwCAAgAAAAN1IAAIACAAAAAARAAAAAAAAAAAAAAAAl9DwAAACX4PAAAEEJhA8AAAEJt4//6////
... wQAAAAGFBwAACQQUgvU3BlY2lhbHRpZXMvZXMVmUmVmVmVmVoVGZXVm01UmVWFmmjZXMvJpbG9tVmVmVoVGZWUmVW4vQXFXY1YXYv
... AAAAAAAAAJEAAAAAIAAAaIXFxwAAAoFYWmgYMAgAIAAAAaXAAAAIAAAAAAaWIAgAIAAAANMDwAACY0PAAAAAJkw8AAAAJkw8AAAAAEEJkw8AAAA
... AAAAAAAAmMDwAACY0PAAAAAEJkw8AAAAHj4//6////
... wQAAAAGHhwAADFQQHUgvU3BlY2lhbHRpZXMvZXMVmUmVmVmVoVGZXVmmjZXMvpbG9tVQ29vZDF0aFZLVLVRoZZHUmVmjZXMvA
... AqAAAAAAAAAwQAAAAAwAAAAwAaXFxwHhAAAACgBBAAwCAAAAAAAmQiDwAAdnj///r////
... AAAAAAAACZsPAAAJnA4AAAkQAAAAAQmiDwAAAdnj///r////
... BAAAAAAYoHAAALFBBSC9TcGVjaWFsdGllcy9SWWhhYXlsaXRhXRhdGLlYi9IYW5kbkZvRXJhUzXYWhjdktHvcVRcRcRAAAAqAAAAAaaaa
... AAAAkQAAAABAAAAkrHAAACgBCAAwCAAgAAAAGzFwAACAAAAEQDAIACAAAA0gAAgAIAAAAJEAAAAAAAAAAAAAA
... AACaoPAAAJqw4AAAkQAAAAAQmxDwAAAdnj///r////
... BAAAAAAYyHAAAMVBBSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9Nb3ctctVmlzaWFhaW9uLVJlRoZZHUmVmjZXMvA
... AAqAAAAAAAAAABQAAAAABQAAABkrHAAAoBCAAwCAAgAAAAG0FwAAACAAAAEUDAIACAAAA0gAAgAIAAAAJEAAAAAA
... AAAAAAAAAAACbkPAAAJug4AAAkQAAAAAQnADwAACXj///r////
... BAAAAAAY8HAAAMVBBSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9MU1ZULULJJRy1hbmQmQtTE9VRC8JFwAA
... CoAAAAAAAAAAACRAAAAEAAAAAAAAmAwCRAAAAGAAAAcBCPAAABu+P//+v///
... 8EAAAABkYcAAA7UEFIL1NwZWNpYWx0aWVzL0JlaGFiaWxpdGF0aW9uL0p1aGGFpa-CRFiaWxpdGF0aW9uL0p1SXViXA
... hdGlvbi9JJFwAAACoAAAAAAAAAAAJw8AAnYDyNWLLVRoZXhYXAAAIAAAADbYXAAAIAAAAAGYIAgA
... IAAAACzAAgAIAAAAAJ1w8AAAAJlaGGFxXRDwAAAAAACBCd4PAAAABseP//+v///
... 8EAAAABlAcAAAtUEFIL1NwZWNpYWx0aWVzL0JlaGGFiaWxpdGF0aW9uL0JsYWNGIaWxpdGF0aW9uL0p1SXViXA
... AAAAAAkQAAAACAAAAlTHAAACgBIAAwCAAgAAAAG1FwAACAAAAAEkDAIACAAAA0gAAgAIAAAAJEAAAAAAAAAAAAAAAA
... AAACeYPAAAJ5w8AAAAQntDwAAAdnj///r////
... BAAAAAAzaHAAAH1dvbW1Vdcy1IZWFsdGgtvVcl1ZWwvVGhlUmhlvbWFfweS8JFwAAACoAAAAAAAAACRAAAAAAJAAAAC
... V0cAAAKEkDAIACAAAAAbgXAAAIAAAADSAACAAgAAAAAn6DwAAAaaHj///r////

128391... AgAAAABDwARCe8BAAAGAAAAAAAAAAAJHAACRAAAAAADgAgAAAABuRCRAAgAAAC0AwCAA
.. gAAANIAAIACAAAACRAAAAAAAAAAAAAAAAAkCEAAACQMQAAAJEAAAAAEJCRAAAAGX4///6////
.. wQAAAAGahwAAChQQUgvU3BlY2lhbHHRpZXMvUmVoYYWJpbGl0YXRpb24t2vT3VyLVRlYW90vCRcAAAAqAAAAAAAAAA
.. kQAAAACwAAAAltHAAACgC0AwCAAgAAAAAG6FwAACAAAACsQAIACAAAA0gAAgAIAAAAJEAAAAAAAAAAAAACRE
.. QAAAJEhAAAAkQAAAAAQkYEAAAAY3j///r////
.. BAAAAAZ0HAAATFBBSC9TcGVjaaWFsdGllcy9Sb2JvdGljjLVN1cmdlcnkkSG93kvSG93G93LWlzLXN1cmdlcnktbHzcVyZm9yb
.. WVkLXdpdMdGgtdGhlLWRhLVZpbmMNpLS8JFwAAACoAAAAAAAAACRAAAAAAMAAAACXccAAAAKACsQAIACAAAAAbsXAA
.. AIAAAA6BEAgAIAAADSAACAAgAAAAkQAAAAAAAAAAAAAAJIBAAAAkhEAAACRAAAAABCScQAAABg+P//+v///
.. 8EAAAABn4cAABAUEFIL1NwZWNpYYWx0aWVzL3JlaWWVzL0lJlaGFiaWxpdGF0aW9uLnldW9uL01NlbnRlci1mb3ItYW-idmhdC1
.. Tb3V0aGxxbbmRzLwkXAAAAKgAAAAAAAAAJEAAAA0AAAAJgRwAAAoA6BEAgAIAAAABvBcAAAgAAAABOAwCAAgAA
.. ANMAIACAAAACRAAAAAAAAAAAAAAAkvEAAACTAQAAAJEAAAAAEJNhAAAAF54///r////
.. wQAAAAGiBwAADBQQUgvU3BlY2lhbHRpZZXMvUm9ib3RppY1TdXJnZXJ5L1JvYm90aWNzL1VZpZGVvvcy8JFwAAAC
.. oAAAAAAAAACRAAAAABAAAACYscAAAKAE4DAIACAAAAAb0XAAAIAAAAtWMAgAIAAAADTAACAAgAAAAkQAAAAAA
.. AAAAAAAJPhAAAAk/EAAACRAAAAAABCUUQAAABb+P//+v///
.. 8EAAAABpIcAAA6UEFIL1NwZWNpYWx0aWVzL01lbnRlci1mb3ItamXVwYS1kaWFic2NkC1LwkXAAAAKgAAAAAAAAAJEAAAA1lRwAAA0AwATwAeIAgAIAAAABvhcAAAgAAAABRAwCAAgAAAANMAIAC
.. AAAACRAAAAAAAAAAAAAAAlNEAAACU4QAAAJEAAAAAAEJVBAAAAF14///6////
.. wQAAAAGnBwAABJXb2llbnMtbtR3luZWNvbG9nZ9neS8JFwAAACoAAAAAAAAAACRAAAAAAAEAAAACZ8cAAAKAFEDAIACAA
.. AAAb8XAAAIAAAAAUgMAgAIAAAADTAACAAgAAAAAkQAAAAAAAAAAAAAAJXBAAAAAkXBAAAAWMAAgAIAAAADXBAAAABW+P
.. //+v///
.. 8EAAAABgYcAAAwUEFIL1NwZWNpYWx0aWVzL0jvY19WbHtU3VyZ2VyeS9HZW5lcmFsLVN1cmdlcnktCRcAAAA
.. qAAAAAAAAAAmpHAAACgBSAwCAAgAAAAAbAcAAAgAAAAAAsQAIACAAAAAOgAAgAAAAAAJEAAAAAOAAAAJlyEAAAVHj///r////
.. BAAAAAawHAAAQFBBSC9TcGVjaaWFsdGllcy9SdmJvdGljjcy9Sb2JvdGljcy1TdXJnZXJ5L0hvdy1pcy1zdXJnZXJ5LXBlcm
.. XItU3VyZ2VyeS8JFwAAACoAAAAAAAAAACRAAAAAAAAAACbMcAAAKAFMDAIACAAAAAAAAEXAAAIAAAAVgMAgAIAA
.. DVAACAAgAAAAkQAAAAAAAAAAAAAAJehAAAA17EAAACRAAAAABCYEQAAABR+P//+v///
.. 8EAAAABrocAABCUEFIL1NwZWNpYWx0aWVzL1NsZWVwLURpc29yZGVyL1UNlbnRlci1nby1IHBy1JLUhhdmdmUtQS1TbGV
.. lcC1EaXNvcmc0lci0vCRcAAAAqAAAAAAAAAAAkQAAAAQAAAM9HAAACgBWAwCAAgAAAAHCFwAACAAAAAFcDAIAC
.. AAAA1QAAgAIAAAADAAAAAAAAAAAAAAAAAAACYkQAAAAJihAAAAmZEAAAABCZ8QAAAABm+P//+v///
.. BAAAAAbEHAAAAPVBBSC9TcGVjaaWFsdGllcy9TbGVVlcC1EaXNvcmRlcnkkccAAAAKACAAAAAAAAAAAAAAAAAAAAAA
.. CAAgAAAAkQAAAAAAAAAAAAAAAAJmBAAAAmZEAAAAAmZEAAAAAAAAAAAAAAAJmBAAAAmZEAAAAAmZEAAAAAAACRAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
.. 8EAAAABs4cAABLUEFIL1NwZWNpYWx0aWVzL1NsZWVwLURpc29yZGVyLnLnZGVyLzVyLnLnZGVyLzVyLzVyL0lPUuNhbi1JLUV4cGV
.. jdC1BdC1NeS1TbGVlcC1TdHVkeS0vCRcAAAAAqAAAAAAAAAAAkQAAAwAAAARHAAACgBYAwCAAgAAAAHEFwAA
.. YBcAAAkdAIACAAAA1QAAgAIAAAAAJrBAAAAEt4///6////
.. wIAAAAJrxAAAAnvAQAAKgAAAAAAAAAJEAAAAAQAAAAJ1xwAAAAkQAAAAH8EAIACAAAAcUXAABgFwAA92UAgA
.. IAAADVAACAAgAAAAm5EAAAASbj///r////
.. AgAAAAm8EAAACe8BAAAqAAAAAAAAAAkQAAABQAAAAneHAAACRAAAAAAlR8AgAIAAAABxhcAAJ4FAAAAAAAAA
.. AAAANUAAIACAAAAAccUQAAABH+P//+v///
.. 8FAAAACcgQAAAJ7wEAACoAAAAAAAAAACRAAAAAAAAAACeUcAAAJEAAAAAADaIwCAAgAAAAAHHFwAAAAAAC4UAIA
.. CAAAA6REAgAIAAAAJEAAAAAAAAAAAAAAAAcc0QAAAJzhAAAAqQAAAQAAAAARXj///r////
.. BAAAAAbsHAAAJ1BBSC9TcGVjaaWFsdGllcy9TdGluZ1TdXJnZ29Zzcy9SdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJnZ2VyeS1TdXJuY0EA
.. AAAEAAAAJ7xwAAAOAHhQgAIAAAAByBcAAAgAAAADFEwCAAgAAAA0OkRAIAACAAAACRAAAAAAAAAAAAAAAncEA
.. AACd0QAAACAAAAAEJ4xAAAAEL4//6////
.. wQAAAAG9hwAADJQQUgvU3BlY2lhbHHRpZZXMvU3BpbmUtU3VyZ2VyeS9BYm91dC1TcGluZS1UcGluZS1UcGx1dGZTZS1LwkXAA
.. AAKgAAAAmAAAAAAJEAAAAAAAAAAAAAAJ+
.. RwAAAoAoAxRMAgAIAAAADqEQCAAgAAAA0kRAIAAAAAAAAAAAAAAAAAAnrEAAACewQAAAJEA
.. AAAAEJ8hAAAAEB4///6////
.. wQAAAAGAB0AAClQQUgvU3BlY2lhbHHRpZZXMvU3BpbmUtU3VyZ2VyeS9Qcm9jZWR1cmVzL2xwLXVzZWQtdG8t
.. AJEAAAAmAAAAAAJAx0AAAA6hEAgAIAAAAByhcAAgAAADvEQCAAgAAAAOkRAIAAAACRAAAAAAAAAAAAAAAAn
.. 6EAAAACfsQAAAAEJAREAAAAEJAREAAAAEJAREAAAABv//6////
.. wQAAAAGDh0AAC9QQUgvU3BlY2lhbHHRpZZXMvU3BpbmUtU3VyZ2VyeS9TcGluZS1LDb25kaXRppb25zLzVLwkXAAAAKg
.. AAAAAAAAAAJEAAAAmAAAAAAJDR0AAAAo7xEAgAIAAAAByxcAAAgAAAADvEQCAAgAAAA0kRAIAAAACRAAAAAAAAAAAAAAAA
.. AAAAAAAAAAJEQAAAAAOAAAAAJEBEAAAB4v//6////
.. wQAAAAGFB0AADRQQUgvU3BlY2lhbHRpZZXMvU3BpbmUtU3VyZ2VyeS9UaGUtTGF0ZXN0LVN1cmdpY2Fs
.. cAAAAqAAAAAAAAAAAkQAAAAmAAAAAAJFR0AAAAo7xEAgAAAADgEQCAAgAAAAOkRAIAAAAAAAAAAAAAACRgRAAAAJGREAAAAqAAAABQEQAAAe
.. AAAAAAAAAAACRgRAAAAJGREAAAAqAAAABQEQAAAe
.. BAAAAAYeHQAALlBBSC9TcGVjaaWFsdGllcy9TcGluZS1LDb2ci1FeHBlbcnQtVGVhbcS8JFwAAACoAA
.. AAAAAAAAAACRAAAAAAAAAAAAAAAKA0O0RAIACAAAAyXAAAAB2eL//+v///
.. 8EAAAABigdAABEUEFIL1NwZWNpYWx0aWVzL1NwaW51LVN1cmdlcnkvVGhlLXN1cmdlcnktc2ci1FeHBlcnQtdGVhbC0v
.. nZXJ5LUVkdWNhdGlvbi8JFwAAACoAAAAAAAAAAAJNhEAAAAK04RATACAAAAAc4XAAAAAA6xEA
.. gAIAAAADpEQCAAgAAAAkQAAAAAAAAAAAAAAAAJNhEAAAAK04RATACAAAAAAAAB0T0RAAAABz+L//+v///
.. 8EAAAABjIdAABREFIL1NwZWNpYWx0aWVzL1NwaW51LVN1cmdlcnkvQ29udGF0dTmV1cm9meS1cm9meS1cm9meS1cm0
.. lLWFuZC1TcGluZS1S1Qcm9ncmnFtLU1hbbmFnZW1lbnQtLU9meS0v
.. AAHPFwAACAAAANsTAIACAAAA6REAgAIAAAAJEAAAAAAAAAAAAAAAAAAAAAAAAAAAJRhEAAAK04RJRhEAAKQAAAAAQ1MEQAAAcXi/
.. //r////
.. BAAAAAY8HQAALlBBSC9TcGVjaaWFsdGllcy9TcGluZS1LU3VyZ2VyeS9TcGluZS1LNJL091ci1FeHBlbcnQtVGVhbc0v

128391… AAAAAASCRAAAAAJDAAACFOuRAKAmgWHKCAAAA6dAtKRAIAAAWgMAgAIAARDXAACAAgAAAkQAAAAAAAAAA
… AAAAAJVBEAAAlVEQAACRAAAAABCVsRAAABu+L//+v//
… 8EAAAABkYdAAAwUEFIL1NwZWNpYXx0aWVzL1N0cm9rZS1LdoYXQtaXMtY1S1TdHJva2UVCRcAAAA
… qAAAAAAAAAAkQAAAAAAQAAAAlJHQAACgBaAwCAAgAAAAHRFwAACAAAAFsDAIACAAAA1wAAgAIAAAAJEAAAAAAA
… AAAAAAAACWMRAAAAJZBEAAAkQAAAAAAQlqEQAAbHi///r////
… BAAAAAZQHQAALVBBSC9TcGViaWFsdGllcy9TdHJva2UtUtUHJvZ3JhbS9XYXJuaW5nP25zLwkXAAAAKgAAA
… AAAAAAJEAAAAAiAAAAJUx0AAAoAWwMAgAIAAAAB0hcAAAgAAABcAwCAAgAAAANcAAIACAAAACRAAAAAAAAAAAA
… AAAAlyEQAACXMRAAAJEAAAAAJeREAAAGn4v//6////
… wQAAAAGWh0AAdtQQUgvU3BlY2lhbHRpZXMvU3Ryb2t1LVByb2dyYW0vUmlzay1GYWN0b3JzLm5zLzcHVuZ2V2ZW
… 50aW9uLwkXAAAAKgAAAAAAAAAAJEAAAAAAMAAAAJXR0AAAoAXAMAgAIAAAAAB0xcAAAgAAABdAwCAAgAAANcAAIA
… CAAAACRAAAAAAAAAAAAAAmBEQAACYIRAAAJEAAAAAEJiBEAAAGd4v//6////
… wQAAAAGZB0AADxQQUgvU3BlY2lhbHRpZXMvU3Ryb2t1LVByb2dyYW0vVHJlYXRtbWctU3Ryb3tlLVNWdWVWbWkLU
… NvdW50ocy8JFwAAACoAAAAAAAACRAAAAAEAAAACWcdAAAKAF0DAIACAAAAdQXAAAIAAAAXgMAgAIAAADXAAC
… AAgAAAAkQAAAAAAAAAAAAAJkBEAAAmREQAACRAAAAABCZcRAAABL+L//+v//
… 8EAAAABm4dAAAuUEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFmtL0FmdGVyLWEtU3Ryb2tlLwkXAAAAKgA
… AAAAAAAAJEAAAAUAAAAJcR0AAAoAXgMAgAIAAAAB1RcAAAgAAABfAwCAAgAAANcAAIACAAAACRAAAAAAAAAA
… AAAAAmfEQAACaARAAAJEAAAAAEJphEAAAGJ4v//6////
… wQAAAAGeB0AADxQQUgvU3BlY2lhbHRpZXMvU3Ryb2t1LVByb2dyYW0vUHJldmVudGluZy1ZSZWN1cnJlbnQtU3
… Ryb2tlcy8JFwAAACoAAAAAAAAAGAAAACXsdAAAKAFAGAIACAAAAAdYXAAAIAAAAAYAMAgAIAAAA1wAAgAIAAAAAX
… AAgAAAAAAmfEQAACaARAAAJEAAAAAEJphEAAAG4v//6////
… 8EAAAABoIdAAA6UEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFtL0NNvbW1l1bml0eS1TdHJva2UtUtUmVzb3
… yY2VzLwkXAAAAKgAAAAAAAAAJEAAAAAcAAAAJhR0AAAoAYAMAgAIAAAAB1xcAAAJ0FAAABeuL//8r4//
… 8AAAAAQAAAOQVAIACAAAA3hMAgAIAAAJwxEAAAF44v//6////
… wEAAAAJxhEAAAAkXAAAAKgAAAAAAAAAJEAAAAAAAxAAAJjB0AAAkQAAAAEYgAIACAAAAdgXAAACdBQAAAXLi//
… /K+P//AAAAAEAAAACaIQAAAAAAAN4TAIACAAAACdERAAABcOL//+v///
… 8BAAAACdQRAAAJFwAAACoAAAAAAAAACAAAAAAAAAACZQdAAAJEAAAAABHIACAAgAAAAHZFwAAnQUAAAFq4v//6////
… /yvj//wAAAABAAAAHG0AgAIAAADeEwCAAgAAAnfEQAAWji///r////
… AQAAAAniEQAACRcAAAAqAAAAAAAAAkQAAAAwAAAAmcHQAACRAAAAAAVCAAgAIAAAAB2hcAAAgAAAByAwCAA
… gAAALyAAIACAAAAAACRAAAAACAAAAAAnnEQAACegRAAAJEAAAAAEJe4v//6////
… wQAAAAGox0AADVQQUgvU3BlY2lhbHRpZXMvV291bmQtQ2FyZS9SfIexBlcmUjhcmlj]L9U94eWdlbi1UaGVyYVBYB5Lw
… kXAAAAKgAAAAAAAAAJEAAAAAiAAAAJph0AAAoAAcgMAgAIAAADB2xcAAAgAAAALYAAIACAAAACXA
… AAAAAAAAAAAAAn2EQAACfcRAAAJEAAAAAEJ/REAAAFU4v//6////
… wQAAAAGrR0AACpQQUgvU3BlY2lhbHRpZXMvV291bmQtQ2FyZS9XaGF0LXdjLUV4cGVjdC8JFwAAACoAAAAAAAAAA
… AACRAAAAACbAdAAAKAHMDAIACAAAAdwXAAAIAAAAAIAAAADAMDAgAAAgAAAkQAAAAAAAQAAAAaAAAAQAAAA
… JBRIAAkGEgAACRAAAAABCQwSAAABSuL//+v///
… 8EAAAABrcdAAAwUEFIL1NwZWNpYWx0aWVzL1dvdW5kLUNhcmUmUvQS1Db21wcmVzoVZW5uZW5cyaXZ2l1LVRlZ
… qAAAAAAAAAkQAAAAAwAAAAm6HQAACgB0AwCAAgAAAAHdFwAACAAAAAHUDAIACAAAAtgAgAIAAAAkEAAAAAAA
… AAAAAAAACRQSAAAJFRIAAkkqAAAAAAQkbEgAAAUDi///r////
… BAAAAAbBHQAADk1lZXQtT3VyLVVRl1YW0vcRcAAAAqAAAAAAAAAAAkQAAAABAAAAnEHQAACgBlAwCAAgAAAAHeF
… wAACAAAAHwDAIACAAAAtgAAgAIAAAAAAAAAACSMSAAAJJBIAAAkQAAAAQkgEgAAATbi///r////
… //
… BAAAAAbLHQAAMVBBSC9TcGViaWFsdGllcy9Yb3VuZC1DYXJlL2FYZXJhcGllcy9DYWxjaXVtLWluYmlmcFTtItVGhlcmFwWFweS8JFwAAA
… CoAAAAAAAAACRAAAAAFAAAACc4dAAAKAHWDAIACAAAAd8XAAAIAAAfQMAgAIAAAC2AACAAgAAAkQAAAAAAAAkAAAAAAA
… AAAAAAAAJMhIAAAkqAAAAAABgEgACRAAAAAABCTkSAAABLOL//+v///
… 8EAAAABtUdAAAWQ29udGFjdC1Vcy1Xb3VuZC1DYXJlL1DYXJlL1LwkXAAAAAkQAAAAAAJEAAAAAYAAAAJ2B0AAAoAfQM
… AgAIAAaAFBcAAAJ0FAAABJ+L//8r4//8AAAAAQAAAQAAAGF2AgAIAAAADJRxIAAAE14v//6////
… wEAAAAJShIAAAAkXAAAAKgAAAAAAAAAJEAAAAQAAAAAJ3x0AAAoAAAAAAAJ3x0AAAAKAHcDAIACAAAADg4AAAAAQAAAAAD4gAIACAAAAAAmEXAAAAEXAACdBQAAAR/i//
… /K+P//AAAAAEAAAABeGQCAAgAAAN8TAIACAAAACVUSAAABHeL//+v///
… 8BAAAACVgSAAAJFwAAACoAAAAAAAAAkQAAAAEECddAAAJEAAAAAABKIACAAgAAAAHfFwAAAnQUAAAFHiFwAAnQUAAAEX4v//
… /yvj//wAAAABaAAAAZhcAgAIAAAAADfEwCAAgAAAAljEgAAARxi///r////
… AQAAAAlmEgAACRcAAAAqAAAAAAAAkQAAAAnvHQAACRAAAAAB6x0AAAgAAAABKIACAAgAAAAAH4gAIACAAAAecXAAAIAAAAuaMAgA
… IAAADEACAAgAAAkQAAAAAAAAAJoxIAAAmkEgAACRAAAAAAABCaoSAAAB6+H//
… 8r4//8AAAAAQAAAHAXAIACAAAA3xMAgAIAAAAJmxIAAAH14f//6////
… wEAAAAJnhIAAAkXAAAAAKgAAAAAAAAAJEAAAAJDx4AAAkqAAAAAAAAAAAABBCaoSAAAB8gAIACAAAAecXAAAAAA8gAIACAAAAuaMAgA
… IAADEACAAgAAAAk4oxIAAAkqAAAJEACAAgAAAAxMAgAIAAAAJmxIAAAH14f//6////
… 8EAAAABhYeAABPUEFIL0Zvci1lQYXRpZW50cy9QYXRpZW50RmRtFaWxpcZXMlQmxlGluZXMlQmx1ZS1jcm9zcy8JYWFSLVNVN
… lcnZpY2VzL0hvdy1jCaWxsaW5nVW5kvcmt0zLwkXAAAAKgAAAAAAAAJEAAAAAiAAAAAGx4AAAoAAAAAAXQ8AAAgAIAAAAAB
… 6BcAAAgAAABPBACAAgAAAAAMQAAIACAAAACRAAAAAAAAAAAAAAAAAAAAmyEgAACbMSAAAJEAAAAAEJuRIAAAHh4f//6
… ////
… wQAAAAGIB4AABFIb3NwaXRhbHMtCaWxsaW5nLwkXAAAAKgAAAAAJEAAAAIAAAAJIx4AAAoAATwQAgAIAAA
… AB6RcAAgAAAAC5AwCAAgAAAAMQAAIACAAAACRAAAAAAAAAAAAnBEgAACISAAAAEJyBIAAAHX4f//
… /6////
… wQAAAAGKh4AAAE1QQUgvRm9yLVBhdGllbnRzRzLWFuZC1GYW1pbGllcy9CaWxsaW5nL1BheW1lbnRNcHVWwtU2

VydmrjzXmV125Saw51l03pbEwtUGF5IwkAAnkAAkgjaAAHAAAWJgtHAAAaAAAsJ1R4AAAoAuQMAgAIAAAAB6hc
AAAgAAAC3AwCAAgAAAMQAAIACAAAACRAAAAAAAAAAAAAAAnQEgAACdESAAAJEAAAAAEJ1xIAAAHN4f//6///
/
wQAAAAGNB4AAExQQUgvRm9yLVBhdGGllbnRzLWFuZC1GYW1pbGllcy9CaWxsaW5nMWLWFuZC1GaW5hbmNpYWwtU2
VydmljjZXMvRmluUW5jjaWFsLUhlbHHAvCRcAAAAqAAAAAAAAAkQAAAABAAAAk3HgAACgC3AwCAAgAAAAHrFwA
ACAAAALoDAIACAAAAxAAAgAIAAAAJEAAAAAAAAAAAAAACd8SAAAJ4BIAAAkQAAAAQnmEgAAAcPh///r////
BAAAAAY+
HgAAUFBBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL0JpbGxpbmctYW5kLUZpbmFuY2lhbC1TZXJ2aWNlc
y9Vbmluc3VyZWQtUGF0aWVudHMvRcAAAAqAAAAAAAAAkQAAAABAAAlBHgAACgC6AwCAAgAAAAHsFwAACA
AAAE4EAIACAAAAxAAAgAIAAAAJEAAAAAAAAAAAAAACe4SAAAJ7xIAAAkQAAAAQn1EgAAAbnh///r////
BAAAAAZIHgAADEZvci1TZW5pb3JzLWk.XAAAAKgAAAAAAAAAJEAAAAYAAAAJSx4AAAoATgQAgAIAAAAB7RcAA
AgAAACrBACAAgAAAMQAAIACAAAACRAAAAAAAAAAAAAAAn9EgAACf4SAAAJEAAAAAEJBBMAAAGv4f//6////
wQAAAAGUh4AADtQQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Ib3NwaXRhbEhhcl9CaCWxscy1hbmQtQtSW05zdX
JhbmNlZXR3AAAACXAAAAAAAAAAAEAAAACANAJVR4AAAoAqwQAgAIAAAAB7hcAAAgAAAABcEwCAAgAAAAFsTAIA
CAAAACRAAAAAAAAAAAAAAAkMEwAACQ0TAAAJEAAAAAEJExMAAAGl4f//6////
wQAAAAGXB4AAD5Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaWNpbmctYW5kLUJpbGxpbmctSW5mb3JtYXRpb24QV29t9yLUVNvbW1bvbi1
9jZWR1cmVzLWkXAAAkgAAAAAAAAAJEAAAAAEAAAJX4AAoAXBMAgAIAAAAB7xcAAAgAAAABdEwCAAgAAAAFs
TAIACAAAACRAAAAAAAAAAAAAAAAkbEwAACRwTAAAJEAAAAAEJJhMAAAGb4f//6////
wQAAAAGZh4AAD1Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaWNpbmctYW5kLUJpbGxpbmctSW5mb3JtYXRpb24V
90ZS8JFwAAACoAAAAAAAAACRAAAAACAAAAcWWAAkKAF0TAIACAAAAfAXAAAIAAAAAXxMAgAIAAABbEwCAAgA
AAAkQAAAAAAAAAAAAAAJKhMAAAkrEwAACRAAAAACBETAAABkeH//+v///
8EAAAABnAeAABHRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Qcmljaw5nLW5L1Jlc291cmNlcy1mb3I3ItUGF0aWVudHM9
udHMtYW5kLUNvbmN1b1bWVycy8JFwAAACoAAAAAAAAACRAAAAEAAAACXMeAAAKAF8TAIACAAAAAfEXAAAACdBQAA
AYzh///r/P/AAAAAEAAAABbbgCAAgAAAB7YUAICAAAAUlNEwAAAYUBT8TAAABiuH//+v///
8BAAAACUITAAAJFwAAACoAAAAAAAAACRAAAAABAAAACXoeAAAKAnnAlIIQCAAgAAAA1HyFwAAnQUAAAGF4f/
/yvj//wAAAAABAAAAu3EAgAIAAAAWFACAAgAAAA1lNEwAAAYLn////r////
AQAAAA1QEwAACRcAAAAqAAAAAAAAAAAkQAAAAgAAAAmCHgAACRAAAAAAAAAACSEAgAIAAAAB8xcAAJ0FAAAABfOH//
8r4//8AAAAAAQAAAAL5xAIACAAAAFhQAgAIAAAJWxMAAAF64f//6////
wEAAAAJXhMAAAkXAAAAKgAAAAAAAAAJEAAAAMAAAAJih4AAAkQAAAAAohAIACAAAAAfQXAAACeBQAAAAA
AAAAWFACAAgAAAAloEwAAAXPh///r////
BQAAAAaOHgAAKS9Db21wb20251bnRzLlR1RlbXBsYXRlcy9Qcm92aWRlcl1clNlYXJjaC0zB4CRcAAAAqAAAAAAAAAA
AlfEwAABAAAAAmRHgAACRAAAAAAtyEAgAIAAAAB9RcAAAgAAAABMBACAAgAAAAMYAAIACAAAAxCRAAAAAAAAAAAAAA
AAAAlwEwAACXETAAAJEAAAAAEJdxMAAAFp4f//6////
wQAAAAGmB4AAC5mb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL2ltcG9ydGFudC1xdWVzdGlvbnMvCRcAAAAqAA
AAAAAAAACkQAAAAqAAAAAmbHgAACRAAAAAAH2FwAACAAAAFIEAIACAAAAxwAAgAIAAAAJEAAAAAAAAAAAAAA
AAAAnCR8TAAAJrRMAAAkQAAAAQmGEwAAAU/h///r////
BAAAAaiHgAAHkNlbnRlcmEtEtSGhRoLVJYLUFzc2lzdGFuY2UtLwkXAAAAqAAAAAAAAAAAkQAAAAAAAAAAAJp
R4AAAoAUgQAgAIAAAAB9xcAAAgAAAABTBACAAgAAAAmCAAIACAAAACRAAAAAAAAAAAAAAAmOEwAACY8TAAAJEA
AAAAEJlRMAAAFV4f//6////
wQAAAAGrB4AACpDZW50ZXJzLWFuZC1Qcm9ncmFtcy9BYXNpc3RhbmNlL1BvbGljaWVzL0NyZWF0ZS1hLVdyaXR0ZW4tY29tcGxhaW50LwkXcAAAAAqAAAAAAAAVAQAgAIAAADHAACAAgAAkkQAAAAAAAAA
JnRMAAAmeEwACRAAAAAABCaQTAAABS+H//+v///
8EAAAABrYeAAAqQ2VudHVyS1IZWFsdGgtQ2FyZS9TcmVzdGLXUGF0aWVudHMtUGF5c2l2LUVsUFdC3c2l2dGGF1cY2UvRcrCRcAAAAqAAAAAAAAAA
AAAkQAAAAAwwAAam5HgAACaAAAAAmP5HgAACgC6BUBACAAgAAgAAAAH5FwAACAAAAFUEAIACAAAAxwAAgAIAAAAJEAAAAAAAAAAA
CAwTAAAJrRMAAAxkQAAAAAQmzEwAAAUH///r////
BAAAAABAHgAAM0NlbntEtSGVhbHRoLVNlcnZpY2VzL1U3RhdGUtU3RhbmRlbnRzLWkuxwkXAAAAqAAAAAAAA
AAAAkQAAAAAAAAAAAJwx4AAAoAQVOQYIAVAAAAJwx4AAAoAVOQYIACAAAACRAAAAAAAAAAAAAAAMOEwAACY8TAAABJ
whMAAAE34f//6/
///
wQAAAAGyh4AADFQQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QYXRpZW50LUJpbGwtb2YtUmlnaHRzLwkXAAA
AqAAAAAAAAAAAnnNhQACPgvQUgvCAAAAAH8FwAAnwUAAAFYYAAAIAJyxMAAkQAAAAwAAgAIAAAAJEAAAAA
AAAAAAAAAACoTAAAJyxMAAkQAAAAgQnREwAAAUn///r////
BAAAAbUHgAAEVmb3ItU2VuaW9yczgxUYXiLUVdyb3dkbEwkxXAAAAkgAAAAAAAAAJEAAAAMAAAAJ6x4AAAmoAmgAAgAIAA
AAB/hcAAAgAAAAFIOFAAAFOAAAIACAAAAxQgAgAIAAAAJ/RMAAAES4f//6////
wEAAAAJABQAAAkxAAAAKgAAAAAAAAAJEAAAAYAAAAJ8h4AAACoBoiACAAgAAAAF8UIACAAAACQsUAAAABCuH//+v///
8BAAAACQ4UAAAJFwAAAACoAAAAAAAAACRAAAAAAAAAACcfoeAAAJEAAAAActIgCAAgAAAAEAGAAANQUAAAEE4f//
yvj//wAAAAABAAAAyYogAAgAIAAABffFACAAgAAAAkZFAAAQLh///r////
AQAAAAkcFAAACRcAAAAqAAAAAAAAAAwAAAAwAAAACHwAACRAAAAAAApyIAgAIAAAAABARgAAAJ0FAAAB/OD//
8r4//8AAAAAQAAAAQAAAGWIAIACAAAAxxQAgAIAAAAJJxQAAAH4f//6////
wEAAAAJKhQAAAkXAAAAAJEAAAAAACRAAAAoAiAIACAAAAQIYAACdBQAAAfTg//
/K+P//AAAAAEAAABmiACAAgAAAF8UIACAAAACUTUAAAB8uD//+v///

… 8BAAAACTgUARAUYwAAACoAAAAAAAAACAAAAiAFAAAACHFFAAAnFAAAAAACTgCAAgAAAAEDGAAAnQUAAAHs4P/
… /yvj//wAAAAABAAAAZIgAgAIAAABfFACAAgAAAAlDFAAAAerg///r////
… AQAAAA1GFAAACRcAAAAqAAAAAAAAAAAkQAAAABgAAAAkaHwAACRAAAAAAqSIAgAIAAAABBBgAAJ0FAAAB5OD//
… 8r4//8AAAAAAQAAAGOIAIACAAAAxxQAgAIAAAAJURQAAAHi4P//6////
… wEAAAAJVBQAAAkXAAAAKgAAAAAAAAAJEAAAAAcAAAAJIh8AAAkQAAAAAKgiAIACAAAAAQUYAACdBQAAAdzg//
… /K+P//AAAAAAEAAAD2GwAAAAAAF4BAAAAAAAAC4V8UAAAB2uD//+v////
… 8BAAAACWIUAAAJVhQAAACoAAAAAAAAACRAAAABAAAACSofAAAJEAAAAAC5JAAAAAAAAAAEGGAAAnQUAAAHU4P/
… /yvj//wAAAAABAAAAXGsAgAIAAACIAACAAgAAAAltFAAAAdLg///r////
… AQAAAA1wFAAACRcAAAAqAAAAAAAAAAkQAAAABAAAACSMfAAAJEAAAAAAAAAAkAAABxg...
… 8r4//8AAAAAAQAAAEkxAIACAAAAiAAgAIAAAAJexQAAAHK4P//6////
… wEAAAAJfhQAAAkXAAAAKgAAAAAAAAAJEAAAAAAAAAJOh8AAAkQAAAAAD8YIACAAAAAQgYAAAiwAAAAwAAgA
… IAAACIAACAAgAAAkAAAAAAAAAAAAJgxQAAAmEFAAACRAAAAAABCYoUAAABwOD//+v////
… 8EAAAABkEfAAAoUEFIL0Fib3V0LLVVzL0x1YWR1lcnNoQAxAVSm9uYXJoRoYW4tRmlzaGVyGVyLwkXAAAAKgAAAAAA
… JEAAAAMAAAAJRB8AAAoAiwAAgAIAAAABCRgAAgAAAACMAACAAgAAAUi gAAAICAAAACRAAAAAAAAAAAAAAAAmS
… FAAACZMUAAAJEAAAAAEJmRQAAAG24P//6////
… wQAAAAGSx8AAChQQUgvUgVVJvdXQtVXMvTGVhcnyc2hpcC9MZWFybUtSGFydGQvzmQvCRcAAAAqAAAAAAAA
… kQAAAABAAAAL0HwAACgCMAACAAgAAAAEKGAAAnQUAAAGx4P//
… wAAAAABAAAABJIAgAIAAACIAACAAgAAAAEMGGAAAnFAAAAa/g///r////
… AQAAAACb4UAAAJvxQAAAAkQAAAAQnFFAAAAZvg///r////
… BAAAAAZmHwAAOFBBBSC9ByYm91dC1Vcy9PdXJtLZW0tMvbnNlcnNvQQR2ZW50ZW0tMvbVtLSW5sdLWEtbmFtFtZ
… S0vCRcAAAAqAAAAAAAAkQAAAABAAAA1pHwAACgCNAAACAAgAAAAEENGAAACAAAAI4AAIACAAAAhgAAgAIAAA
… AJEAAAAAAAAAAAAAACc0UAAAAJEAAAAEJ4xQAAAAAEEJ4xQAAAAEJ4P/
… wQAAAAGeh8AAEtQQUgvRm9yLVBhddC1GlblnRzLWFuZC1GYW1lcGlpbGGlly9TcGlyaX1YWtwQ2FyZS91bZ3B3Zb3B
… J1LUV4cGVyaWVuY2Ut1uZy1HcmllZi8JFwAAACoAAAAAAAAAJ6xQAAAAnsFAAAAAAACBfIUAAABfeD//+v////
… 8EAAAABoQfAABEUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMtQW5kLWFyZS1MUNhcmUvUvV2hlbi1l0by1
… TZWUtYS1DaGFFwbGFpbi8JFwAAACoAAAAAAAAAAAAAAJ+hQAAAn7FAAAAAAACBQEVAAABc+D//+v////
… 8EAAAABo4fAAB8UEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMtQW5kLWFyZS1MUNhcmUvMyVubHVVt1V1V3kJpy
… tQmVuY2y2gvCRcAAAAqAAAAAAAAAQkAAAAwAAAAmRHwAACgCdAAACAAgAAAAEERGAAACAAAACQkVAAAAAOAMA
… gAIAAAAJEAAAAAAAAAAAAAAAACQkVAAAJChUAAAAkQAAAAQkQFQAAAWng///r////
… BAAAAaYHwAAmFBBBSC9Db21tdW5pdHktUmVzb3VyY2VzL1Yvbl9HcmllZi8JFwAAACoAAAAAAAAJ6xQAAAAK
… gAAAAAkKYFQAAAEAAAAkQAAAAAAEAAAAJmx8AAAo2AgAgAIAAAAABEhgAAAqdPgDAIAACAAAAACRAAAAAAAAAAA
… AAAAAAkKYFQAACRcAAAkJ4xQAAAAkJ4P//6////
… wQAAAAGoh8AADZQQUgvU29tbWVudHMvQ29udGFjdC1VcyCRcAAAAqAAAAAAAAACaUfAAAKANKIAIACAAAARMYAACdBQAAAVrg//
… 8JFwAAACoAAAAAAAAACRAAAAACAAAACaUfAAAANKAAAQkQIAIACAAAAARMYAACdBQAAAVrg//
… AAAAAEAAAABkZCQCAAAgAAAQgDAIACAAAAS0VAAAABWOD//+v////
… 8BAAAACTAVAAAJFwAAACoAAAAAAAAACRAAAAAAAAAAAAAAAAAAAJORUAAAFAAACPFAAAJORUAAAH4P4P//6////
… wUAAAAJPBUAAnvAQAAKgAAAAAAAAAJEAAAAAUAAAAJsx8AAAkQAAAAAAUVYAAAPocAIACAAAAAURUYAACdBQAAAUvg//
… /K+P//AAAAAAEAAAB4ZgCAAgAAAAOgDAIACAAAAACUcVAAAABSeD//+v////
… 8BAAAACUoVAAAJFwAAACoAAAAAAAAAJEAAAAAAAAAJbsfAAAJEAAAAAC0HwAACRAAAAAAACoHwAACAAAAAA1iQAAAABFxgAAJ0FAAABo4P//
… /yvj//wAAAAABAAAAoyIAAAAACBAAgAAAAJ1VFQAAAAAUHg///r////
… AQAAAAJYFQAACUcVwAAAqAAAAAAAAAACQAAAAAAAABFxgAAJ0FAAABo4P+D//+v////
… 8r4//8AAAAAAQAAAH1LAIACAAAewEAAAAAAJYxUAAAE54P//6////
… wEAAAAJZhUAAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJyx8AAAkQAAAAAFUcIACAAAAAURUYAACdBQAAAmREAgA
… IAAAB6AQAAAAAAAACQAAAAAAAAACaUfAAAKXAAAADOAAAAAAAACaUfAAAKXAAAADOAAAAwAAgA
… AAoCdwAACAAgAIAAAAAQkVAAAB4P4P//6////
… 8EAAAABIfAAAMRWJvdXGEtVmlydHVhbC1Ub3VycCYtQXJvdW5kLQhWAACZCZEQCAAgAAAEZGAA
… ACQpAAAQkQKxUUAAAAgkQrPAAACAAAAACAAJaxUAAlSFQAAABuwfAAAAALMTA3Mzc0MTg2MzM4
… MTA3Mzc0MTg5NTYyMzY0MTMzMzc0MTg5NTYyMzY0MTNMTEAAAAFAAAAAAAABBuEfAAAQQmlydGhjbGGzJzS
… BUb3VycvkawwAAACgoBAQAAAAAAAAXCgEd4P//2P///
… wAAAAA5B5AABIvQmlydGhjbGGzJzS1Ub3VycvkawwAAACgoBAQAAAAAAAAXCgEd4P//2P///
… 8AAasXsxMDczNzQxODk1NjIzNjRAARoYAAAAiABAAAUBwwfAAAAAMTA3Mzc0MTg5NTYyMzY0MTMxNTQ
… xMDczNzQxODk1NjIzNjRMTN1NTMwMThzUjRmjm1l4xMDczNzQxODk1NjIzNjRMTNxMDczNzQxODU0MDcz
… NzQxODU0MTNAQAAAVAAAAAAAAAAAEG8B8AAABVCcmVhc3RfRmVWWlkaW5nL51ENENYXNzZXJZXXMMJwAAoKAQEAAAAAAAAAC
… goBDuD//9j//2/
… 8AAAAABVMfAAAPL0JyZWFzdGZlZGluZy1DbGGzcbmcvCgKAAoEBGAAAkQAAAAkQkQQAAABokQkQQAAABoAAAAAAoKXAAAAAvYfAAA
… LMTA3Mzc0MTgZANTYZYAAAAQNHwAAAAAAoOKfofAAAAAb7HwAAAzEwNzM3NDE4NDU4NTU2NTU2
… AAALMTA3Mzc0MTg1NDNAJJAAAAAAb+
… HwAAAkZM0OF4zNTZeMTA3Mzc0MTg0MTFeMTA3Mzc0MTg1NDBeMTA3Mzc0MTg1NTYEAAAAgfAAAAAAAAABBV8fA

... AASQ2hpbGRiaX0vdCBFeHByZXNzCsdAAAKCgEBRAAAAAAAQKA1r/////9j////
... AAAAAAYCIAAASC9QQUgvU3BlY2lhbHRpQTYXMvQmlydGhQbGFjZjZS9GaW5kLWWtQ2hpbGRpbQtQmlydGgtQ2xhc3hc3MvQ
... 2hpbGRRiaXJJ0aC1FeHByZXNzLwoACgABHBgAAAkAAAAAJEAAAAAEJEAAAAAYAAAAJFwAAAAAYFIAAACzEwNzM3M3ND
... E4NTU3CRAAAAAJByAAAAkIIAAAAAAAAAAAAAAKCgkJIAAAAAAGCiAAAAsxMDczNzQxMzg5NTU3MDE2MTA4NTI2MTU
... 3NDE4NTQwCSQAAAAAGDSAAACszNDheMzU2X2jEwNzM3ND4NDExXjEwNzM3ND4NTQwXjEwNzM3ND4NTU3MBAAA
... ABcAAAAAAAAAQYOIAAAGUNoaWxkYmlydGRggRXhwcmVzyBTZXJppZXMJJwAAAAoKAQEAAAAAAAACgoB8N////
... 9j///
... 8AAAAABhEgAABPL1BBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlL0L0ZpbmQtYS1DaGlsZ2C1CaXJ0aC1DbGFzcy9
... DaGlsZGZRpcnRoLUV4cHHJlc3MtU2VVyaWVzCzaW5kLWEtY2hpbGQtYmlydGhwbGFjZQAAAAkAAAAAJEAAAAAEJEAAAAAYUIAAA
... CzEwNzM3ND4NTU4CRAAAAAJFiAAAkXIAAAAAAAAAAAKCgkYIAAAAAAGGSAAAsxMDczNzQxODU0U1OAYaI
... AAACzEwNzM3ND4NTQwCSQAAAAGHCAAACszNDheMzU2X2jEwNzM3ND4NTExXjEwNzM3ND4NTQwXjEwNzM3ND
... E4NTU4BAAAAABgAAAAAAAAAAQYdIAAAFENoaWxkYmlydGggUmVmcmVzzaGVyCSCsAAAAKCgEBAAAAAAAAAoKAeH
... f///Y////
... AAAAAAYgIAAASi9QQUgvU3BlY2lhbHRpQTYXMvQmlydGhQbGFjZjZS9GaW5kLWWtQ2hpbGRiarQtQmlydGgtQ2xhc3hc3MvQ
... 2hpbGRRiaXJJ0aC1SZWZyZXNoZXIvCgAKAAEeGAAACQAAAAAkQAAAAAQkAAAAAYAAAAJAkAAAAAYFIAAACzEwNzM3M
... c0MTg1NjEzEAAAAkAIIAAACSYgAAAAAAAAAAAAAAoKCScgAAAAAAGYIAAAEAAAAsxMDczNzQxNTYxA3MgLAAAAlMTA
... 3Mzc0MTg1MDU2CTQAAAJAAAYrIAAAAKzM0OF4zNTZfMTg0MzM2MTg4MTFeMTA3Mzc0MTg1MDUxXjEwNzM3NDE4NTQwXjEwNzM3NDE8jEE
... AAAAGQAAAAAAAAABBiwgAAARQ2hpbGRRiaXJJ0aCBTZXJpZXMJJwAAAAoKAQEAAAAAAAACgoB0t///9j///
... 8AAAAABi8gAABHL1BBSC9TcGVjaaWFsdGllcy9CaXJ0aFBsYWNlL0L0ZpbmQtYS1DaGlsZC1CaXJ0aC1DbGFzcy9
... DaGlsZGZRpcnpLVNlcmllcy8YKAAoAARBEKAAoY3BYAAAJBYAAAJAAAJNvaWxkYmlydGgtY2xhc3MtaGkAAAsxMDczNzQ
... ODU2MgkQAAAJNSAAAAJNSAAAAAAAoCgjNiAAAAoKKAACgoJNiAAAAAAoLMTA3Mzc0MTg1MDUxLMTA3Mzc0MTg1MDU2Cs
... zQxODU0U0MAkkAAAAABjogAAArMzQ4X2jM1Nl4xMDczNzQxODUtMFe4xMDczNzQxODU0MFe4xMDczNzQxODU0MFe4xMDczN
... zQxODU0U0MAkkAAAAABjogAArMzQ4X2jM1Nl4xMDczNzQxODUtNFe4xMDczNzQxODU0MFe4xMDczNzQxODU0MFe4xMDczN
... zQxODU0U0MAkkAAAAAAEGOyAAABxJbmZhbnQQsIENoaWxkIFFNhZmV0eSBHdQgQ1BSCScAAAAAoKAQEAAAAAAAoKAcP
... f///Y////AAAAAY+
... IAAAUS9QQUgvU3BlY2lhbHRpQTYXMvQmlydGhQbGFjZjZS9GaW5kLWWtQ2hpbGQtQ2xhc3hc3MvSW5mYW50LWFuZC1DaGlsZC1TYWZldHktR3V0c3MW5mYW50LWFuZC1jaGlsZ2C1zYWZldHktZ3Vpc3MvSW5mYW50LWFuZC1jaGlsZC1zYWZldHktZ3VpZ3MvSW5mYW50LWFuZC1jaGlsZC1zYWZldHktZ3Vpc3MW50LW5maW5kLWFuZC1jaGlsZC1zYWZldHktZ3Vpc3Mf///Y////AAAAAY+
... IAAAUS9QQUgvU3BlY2lhbHRpQTYXMvQmlydGhQbGFjZjZS9GaW5kLWWtQ2hpbGQtQ2xhc3MW5mYW50LWFuZC1DaGlsZC1TYWZldHktR3VtUW5mYW50LWFuZC1jaGlsZC1zYWZldHktZ3Vpc3MW5mYW50LWFuZC1jaGlsZC1zYWZldHktZ3VpZ3MW50LW5miW5kLWFuZC1jaGlsZC1zYWZldHktZ3Vpc3M
... M3NDE4NTYzCRAAAAAJQyAAAAkIEIAAAAAAAAAAAKCglFIAAAAAAAGRiAAAAxMDczNzQxODU2O2DU2MWDczNzQxODU2OXIAAAsxMDczNzQxODU0U0MAkkAAAAAGQyAAAAkIEIAAAAAAAAAAAAKCglFIAAAAAAAGRiAAAAxMDczNzQxODU2O2DU2MWDczNzQxODU2OXIAAAsxMDczNzQxODU0U0M
... wNzM3ND4NTQwCSQAAAAAGGSSAAAACszNDheMzU2X2jEwNzM3ND4NDExXjEwNzM3ND4NTQwXjEwNzM3ND4NTYz
... BAAAABsAAAAAAAAAQZKIAAAHk1hcnJpYWdlIG91YXBzIGNyBNdWx0aXBsZQ1hpbGcgRiaXJ0aC1QcmVnbmFuY3kCoBAQAAknAAAnAAACgoGQ03///2P///
... AAKCgG03///2P///
... wAAAAAQPvUEFIL1NwZWNpYWx0aWVzL0JpcnRoUGxhY2UvRmluZC1hLUNoaWxkLUNsYXNzL0JpcnRoUGxhY2UvRmluZC1hLUNoaWxkLUNsYXNz
... 1hcnZlbG91cy1tdWx0aXBsZS1jaGlsZC1iaXJ0aC1wcmVnbmFuY3kCoBAQAAknAAAnAAACgoGQ03///2P///
... AAKCgG03///2P///
... AAAAAGQPGQAAGQAAAl7FQAAAAAAAAAABNhgAABkAAAAJexUAAAAAAAAAAAAAT4YAAAZAAAACXsVAAAAAAAAAAAAAAFGGAAA
... GQAAAAl7FQAAAAAAAAAABThgAABkAAAAJexUAAAAAAAAAAAVYYAAAZAAAACXsVAAAAAAAAAAAAAFeG
... AAAGQAAAAl7FQAAAAAAAAAABZhgAABkAAAAJexUAAAAAAAAAAAAW4YAAAZAAAACXsVAAAAAAAAAAAAAYE
... F2GAAAGQAAAAl7FQAAAAAAAAAABgBgAABkAAAAJexUAAAAAAAAAAAAYYYAAAZAAAACXsVAAAAAAAAAAAAAYG
... AAAGOGAAAGQAAAAl7FQAAAAAAAAAABmBgAABkAAAAJTyAAAAgAAAAlIAAAAAT8YAAAZAAAACXsVAAAAAAAA
... AAAAAGpGAAAGQAAAAl7FQAAAAAAAAAABsBgAABkAAAAJexUAAAAAAAAAAAboYAAAZAAAACXsVAAAAAA
... AAAAAAAAHEGAAAGQAAAAl7FQAAAAAAAAAAByxgAABkAAAAJexUAAAAAAAAAAAdUYAAAZAAAACXsVAAA
... AAAAAAAAAAHfGAAAGQAAAAl7FQAAAAAAAAAAB6RgAABkAAAAJexUAAAAAAAAAAAAAfAYAAAZAAAACXs
... VAAAAAAAAAAAAH4GAAAGQAAAAl7FQAAAAAAAAAABABkAABkAAAAJexUAAAAAAAAAAAAAQgZAAAZAAAA
... CXsVAAAAAAAAAAAEQGQAAGQAAAAl7FQAAAAAAAAAABGBkAABkAAAAJexUAAAAAAAAAAASAZAAAZAAAA
... AAACXsVAAAAAAAAAAAAEoGQAAGQAAAAl7FQAAAAAAAAAABLxkAABkAAAAJexUAAAAAAAAAAAAATcZAA
... AZAAAACXsVAAAAAAAAAAAAAE/
... GQAAGQAAAl7FQAAAAAAAAAABRhkAABkAAAAJexUAAAAAAAAAAAAU4ZAAAZAAAACXsVAAAAAAAAAAAAA
... AFWGQAAGQAAAAl7FQAAAAAAAAAABYBkAABkAAAAJexUAAAAAAAAAAAAWcZAAAZAAAACXsVAAAAAAAA
... AAAAFxGQAAGQAAAAl7FQAAAAAAAAAAABexkAABkAAAAJexUAAAAAAAAAAAAAYUZAAAZAAAACXsVAAAAAAA
... AAAAAAGPGQAAGQAAAAl7FQAAAAAAAAAABmRkAABkAAAAJexUAAAAAAAAAAAAaMZAAAZAAAACXsVAAAA
... AAAAAAAAAGtGQAAGQAAAAl7FQAAAAAAAAAABtxkAABkAAAAJexUAAAAAAAAAAAcEZAAAZAAAACXsVA
... AAAAAAAAAAAAHLGQAAGQAAAl7FQAAAAAAAAAABlRkAABkAAAAJexUAAAAAAAAAAAAAd8ZAAAZAAAAACX
... sVAAAAAAAAAAAAAHpGQAAGQAAAAl7FQAAAAAAAAAABxkAABkAAAAJexUAAAAAAAAAAAAfoZAAAZAAAA
... ACXsVAAAAAAAAAAAAAEEGQAAGQAAAAl7FQAAAAAAAAAABDhoAABkAAAAJexUAAAAAAAAAAAAAAgaAAAZ
... AAAACXsVAAAAAAAAAAAAEiGgAAGQAAAAl7FQAAAAAAAAAABKRoAABkAAAAJexUAAAAAAAAAAAATMaA
... AAZAAAACXsVAAAAAAAAAAAAE9GgAAGQAAAAl7FQAAAAAAAAAABRxoAABkAAAAJexUAAAAAAAAAAAAU
... 4aAAAZAAAACXsVAAAAAAAAAAAAAFWGgAAGQAAAAl7FQAAAAAAAAAABYhoAABkAAAAJexUAAAAAAAAAAAAAAAZAAAZAAAA
... AAWYaAAAZAAAACXsVAAAAAAAAAAAAFuGgAAGQAAAl7FQAAAAAAAAAABeBoAABkAAAAJexUAAAAAAAAAAAAAAAWaAAAZAAAA
... AAAAYIaAAAZAAAACXsVAAAAAAAAAAAGMGgAAGQAAAAl7FQAAAAAAAAAABkxoAABkAAAAJexUAAAAAA
... AAAAAAAZ0aAAAZAAAACXsVAAAAAAAAAAAGnGgAAGQAAAAl7FQAAAAAAAAAABsRoAABkAAAAJexUAA
... AAAAAAAAAAAAbsaAAAZAAAACXsVAAAAAAAAAAAHfFGgAAGQAAAAl7FQAAAAAAAAAABzxoAABkAAAAJexU
... AAAAAAAAAAAAAdkaAAAZAAAACXsVAAAAAAAAAAAHjGgAAGQAAAAl7FQAAAAAAAAAABH9GgAAGkAAAAJexU
... exUAAAAAAAAAAAAAAfMaAAAZAAAACXsVAAAAAAAAAAAAH9GgAAGQAAAAl7FQAAAAAAAAAABBxsAAB
... kAAAAJexUAAAAAAAAAAAAAAZAAAZAAAACXsVAAAAAAAAAAAAAEWGgAAGQAAAAl7FQAAAAAAAAAABIBsAAB
... kAAAAJexUAAAAAAAAAAAAAASobAAAZAAAACXsVAAAAAAAAAAAHiNiAAAZAAAACXsVAAAAAAAAAABPhs
... AAAAJexUAAAAAAAAAAAAQ4bAAAZAAAACXsVAAAAAAAAAAAAEWGWAAGQAAAAl7FQAAAAAAAAAABIBsAAB
... ABkAAAAJexUAAAAAAAAAAAAAAAUgbAAAZAAAACXsVAAAAAAAAAAAFSGwAAGQAAAl7FQAAAAAAAAAAB
... WRsAABkAAAAJexUAAAAAAAAAAAAWEbAAAZAAAACXsVAAAAAAAAAAAAAFpGwAAGQAAAAl7FQAAAAAAAAAAB
... AABcBsAABkAAAAJexUAAAAAAAAAAAXobAAAZAAAACXsVAAAAAAAAAAAGEGWAAGQAAAAl7FQAAAAAAAAAAB
... AAAAABjhsAABkAAAAJexUAAAAAAAAAAAZgbAAAZAAAACiGwAAGQAAAAl7FQAAAAAAAAA
... AAAAAABrBsAABkAAAAJexUAAAAAAAAAAAbYbAAAZAAAACXsVAAAAAAAAAAAHAGwAAGQAAAAl7FQAA

128391... AAAAAAAAABYh3AABkAAAAJExUAAAAAAAAAARAqQURAZ2AAhCKsVAAAAAAAAAAAlAhHGewAAGQAAAAl7F
... QAAAAAAAAAAAAB5RsAABkAAAAJexUAAAAAAAAAAAae8bAAAZAAAACXsVAAAAAAAAAAAAAAAH5GwAAGQAAAA
... l7FQAAAAAAAAAAAABAxwAABkAAAAJexUAAAAAAAAAAAAQ0cAAAZAAAACXsVAAAAAAAAAAAAAEXHAAAGQA
... AAAl7FQAAAAAAAAAAAABIRwAABkAAAAJexUAAAAAAAAAAAAASscAAAZAAAACXsVAAAAAAAAAAAAAE1HAAA
... GQAAAAl7FQAAAAAAAAAAAABPxwAABkAAAAJexUAAAAAAAAAAAAAUkcAAAZAAAACXsVAAAAAAAAAAAAAFTH
... AAAGQAAAAl7FQAAAAAAAAAAAABXRwAABkAAAAJexUAAAAAAAAAAAAAWMcAAAZAAAACXsVAAAAAAAAAAAAA
... FtHAAAGQAAAAl7FQAAAAAAAAAAAABdxwAABkAAAAJexUAAAAAAAAAAAAYEcAAAZAAAACXsVAAAAAAAAAAA
... AAAGLHAAAGQAAAAl7FQAAAAAAAAAAAABlRwAABkAAAAJexUAAAAAAAAAAAAZ8cAAAZAAAACXsVAAAAAAAA
... AAAAAAGpHAAAGQAAAAl7FQAAAAAAAAAAAABsxwAABkAAAAJexUAAAAAAAAAAAAb0cAAAZAAAACXsVAAAAA
... AAAAAAAAAHHHAAAGQAAAAl7FQAAAAAAAAAAAAB0RwAABkAAAAJexUAAAAAAAAAAAAdccAAAZAAAACXsVAA
... AAAAAAAAAAAAHeHAAAGQAAAAl7FQAAAAAAAAAAAAB5RwAABkAAAAJexUAAAAAAAAAAAAe8cAAAZAAAACXs
... VAAAAAAAAAAAAAAAH5HAAAGQAAAAl7FQAAAAAAAAAAAABAx0AABkAAAAJexUAAAAAAAAAAAAQ0dAAAZAAAa
... CXsVAAAAAAAAAAAAEXHQAAGQAAAAl7FQAAAAAAAAAAAABIR0AABkAAAAJexUAAAAAAAAAAAASsdAAAZA
... AAACXsVAAAAAAAAAAAAAE1HQAAGQAAAAl7FQAAAAAAAAAAAABPx0AABkAAAAJexUAAAAAAAAAAAAUkdAA
... AZAAAACXsVAAAAAAAAAAAAAFTHQAAGQAAAAl7FQAAAAAAAAAAAABXR0AABkAAAAJexUAAAAAAAAAAAAWc
... dAAAZAAAACXsVAAAAAAAAAAAAAFxHQAAGQAAAAl7FQAAAAAAAAAAAABex0AABkAAAAJexUAAAAAAAAAAA
... AYUdAAAZAAAACXsVAAAAAAAAAAAAGMHQAAGQAAAAl7FQAAAAAAAAAAAABlB0AABkAAAAJexUAAAAAAAAA
... AAAAZwdAAAZAAAACXsVAAAAAAAAAAAAGmHQAAGQAAAAl7FQAAAAAAAAAAAABsB0AABkAAAAJexUAAAAAAA
... AAAAAAAbodAAAZAAAACXsVAAAAAAAAAAAAHEHQAAGQAAAAl7FQAAAAAAAAAAAABzh0AABkAAAAJexUAAAA
... AAAAAAAAAdgdAAAZAAAACXsVAAAAAAAAAAAAHfHQAAGQAAAAl7FQAAAAAAAAAAAAB5x0AABkAAAAJexUA
... AAAAAAAAAAAAe8dAAAZAAAACXsVAAAAAAAAAAAAH3HQAAGQAAAAl7FQAAAAAAAAAAAAB/
... x0AABkAAAAJexUAAAAAAAAAAAAQceAAAZAAAACXsVAAAAAAAAAAAAEPHgAAGQAAAAl7FQAAAAAAAAAAAA
... ABGR4AABkAAAAJexUAAAAAAAAAAAASMeAAAZAAAACXsVAAAAAAAAAAAAEtHgAAGQAAAAl7FQAAAAAAAAA
... AAAABNx4AABkAAAAJexUAAAAAAAAAAAAUEeAAAZAAAACXsVAAAAAAAAAAAAFLHgAAGQAAAAl7FQAAAAAA
... AAAAAAABVR4AABkAAAAJexUAAAAAAAAAAAAW8eAAAZAAAACXsVAAAAAAAAAAAAFpHgAAGQAAAAl7FQAAA
... AAAAAAAAABcx4AABkAAAAJexUAAAAAAAAAAAAXoeAAAZAAAACXsVAAAAAAAAAAAAGCHgAAGQAAAAl7FQ
... AAAAAAAAAAAABih4AABkAAAAJexUAAAAAAAAAAAAZEeAAAZAAAACXsVAAAAAAAAAAAAGbHgAAGQAAAAl
... 7FQAAAAAAAAAAAABpR4AABkAAAAJexUAAAAAAAAAAAAa8eAAAZAAAACXsVAAAAAAAAAAAAAG5HgAAGQAAA
... AAl7FQAAAAAAAAAAAABwx4AABkAAAAJexUAAAAAAAAAAAAc0eAAAZAAAACXsVAAAAAAAAAAAAHXHgAAG
... QAAAAl7FQAAAAAAAAAAAAB4R4AABkAAAAJexUAAAAAAAAAAAAeseAAAZAAAACXsVAAAAAAAAAAAAAHyHg
... AAGQAAAAl7FQAAAAAAAAAAAAB+
... h4AABkAAAAJexUAAAAAAAAAAAAQIfAAAZAAAACXsVAAAAAAAAAAAAAEKHwAAGQAAAAl7FQAAAAAAAAAAA
... ABEh8AABkAAAAJexUAAAAAAAAAAAAARofAAAZAAAACXsVAAAAAAAAAAAAAEiHwAAGQAAAAl7FQAAAAAAAAA
... AAAABKh8AABkAAAAJexUAAAAAAAAAAAATIfAAAZAAAACXsVAAAAAAAAAAAAAE6HwAAGQAAAAl7FQAAAAAAA
... AAAAAABRB8AABkAAAAJexUAAAAAAAAAAAAU4fAAAZAAAACXsVAAAAAAAAAAAAAFVHwAAGQAAAAl7FQAAA
... AAAAAAAAABXx8AABkAAAAJexUAAAAAAAAAAAAWkfAAAZAAAACXsVAAAAAAAAAAAAAFzHwAAGQAAAAl7FQ
... AAAAAAAAAAAABfR8AABkAAAAJexUAAAAAAAAAAAAYcfAAAZAAAACXsVAAAAAAAAAAAAAGRHwAAGQAAAAl
... 7FQAAAAAAAAAAAABmx8AABkAAAAJexUAAAAAAAAAAAAaUfAAAZAAAACXsVAAAAAAAAAAAAAGsHwAAGQAA
... AAl7FQAAAAAAAAAAAABsx8AABkAAAAJexUAAAAAAAAAAAAbsfAAAZAAAACXsVAAAAAAAAAAAAHDHwAAGQ
... QAAAAl7FQAAAAAAAAAAAAByx8AABkAAAAJexUAAAAAAAAAAAAdUfAAAZAAAACXsVAAAAAAAAAAAAAHaHw
... AAEQAAAl1AAAAAAAAAAAAAAAB2x8AABIAAAAJdgAAAAAAAAAAAAAAadwfAAAEdAAACfIEAAAAAAAAAAAAAAH
... pHwAAEQAAAl1AAAAAAAAAAAAAAAB6h8AABIAAAAJdgAAAAAAAAAAAAAAaesfAAAEdAAACfIEAAAAAAAAAAA
... AAH4HwAAEQAAAl1AAAAAAAAAAAAAAAB+
... R8AABIAAAAJdgAAAAAAAAAAAAAAfofAAAEdCfIEAAAAAAAAAAAAAAEHIAAAEQAAAl1AAAAAAAAAAAAAAAA
... ABCCAAABIAAAAJdgAAAAAAAAAAAAAAQkgAAAEAAAACfIEAAAAAAAAAAAAAAEWIAAAEQAAAl1AAAAAAAAAA
... AAAABFyAAABIAAAAJdgAAAAAAAAAAAAAARggAAAEAAAACfIEAAAAAAAAAAAAAAElIAAAEQAAAl1AAAAAAA
... AAAAAAAABjiAAABIAAAAJdgAAAAAAAAAAAAAAScgAAAEAAAACfIEAAAAAAAAAAAAAAE0IAAAEQAAAl1AAAA
... AAAAAAAAAAAABNSAAABIAAAAJdgAAAAAAAAAAAAAAATYgAAAEAAAACfIEAAAAAAAAAAAAAAFDIAAAEQAAAl1AA
... AAAAAAAAAAAAABRCAAABIAAAAJdgAAAAAAAAAAAAAAUUgAAAEAAAACfIEAAAAAAAAAAAAAAAEPIAAAEAAAAA
... IAAAABCVFa3Ryb24q4uQ21zLk9yZ2FuFuaXphdGlvbi55JTWVudUl0ZW1EQW5spIAAACWogAAAJayAAAls
... IAAACW0gAAAJbiAAAAlvIAAACXAgAAbaSAAAAgAAAA5AQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAAAAnaH
... wAACdsfAAAJEAAAAAEJ4R8AAAGK3///6////
... wQAAAAGdyAAABFCaXJ0Q0aFBsYWNlNLVRRvdXJJzLwkAXAAAAKgAAAAAAAAAJEAAAAMAAAAJeiAAAAoOAOQEAgAIAAA
... ABaiAAAAgAAAA6AQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAAnpHwAACeofAAAJEAAAAEJ8B8BAAAGA3//
... /6////
... wQAAAAGgSAAAA5CcmVhc3Vyb3U3vcwAAAAAAAAAAJEAAAANAAAAJehIAAAoAOgEAgAIAAAABay
... AAAAgAAAA8AQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAAAn4HwAACfkfAAAJEAAAAEJ/x8AAAF23///6//
... //
... wQAAAAGiyAAAdQDQUgvU3BlY21lbbHRpZXMwMVQmlydGhGGFjZS9zaGYw5kLWEtQ2hpbGQtQGtZmlydGl5Q2
... hpbGRiaXJ0aC0xFeHByXNzaW9uLwkAXAAAAKgAAAAAAAAAJEAAAAUAAAAJfiIAAAoOAPAEAgAIAAAABbCAAAgAAAA
... 9AQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAAkHIAACQggAAAJEAAAAEJDiAAAAFs3///6/////
... wQAAAAGlSAAAE5QQUgvU3BlY21lbbHRpZXMwMVQmlydGhGGFjZS9zaGYw5kLWEtQ2hpbGRiaXJ0aC0xRXhwcmVz
... hpbGRiaXJ0aC0xFeHByXNzaW9uLwkAXAAAAKgAAAAAAAAAJEAAAAUAAAAJfiIAAAoOAPAEAgAAABay
... AAAAgAAAA9AQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAAAn4HwAACfkfAAAJEAAAAEJ/x8AAAF23///6////
... /
... 8EAAAABp8gAABJUEFIL1NwZWNpYWxpdGllcy9QcmOnRoR0Ugxhy2Vu2VuZDLpUpcnRoRoR0LNNoYTZtU0N0N
... oaWxkYmlydGGgtUmVmcmVzaVGyLwkAXAAAAKgAAAAAAAJEAAAAAAAoJoiAAAAoOAPgEAgAIAAAABbiAAAAgA
... AABBAQCAAgAAACwBAIACAAAACRAAAAAAAAAAAAAklIAAACSYgAAAJEJLCAAAFY3///6/////

... wQAAAAaazAAAAEZQQUgv03sBiYZ1lhhpZXMvQmIydchQUEFjzs9GaW9xLNiat0gznpbGQQUm1ydegtQ2xhc3MvQ2
... hpbGRiaXJ0aC1TZXJpZXMvCRcAAAAqAAAAAAAAAAkQAAAACQAAAAmsIAAACgBBAQCAAgAAAAFvIAAACAAAAEI
... BAIACAAAALAEAgAIAAAAJEAAAAAAAAAAAAAACTQgAAAJNSAAAAkQAAAAAQk7IAAAAU7f///r////
... BAAAAAazIAAAUFBBSC9TcGVjjaWFsdGllcy9CaXJ0aFByYWNlL0ZpbmQtYS1DaGlsdZC1CaXJ0aC1DbGFzcy9Jb
... mZhbnQtQ2hpbGQtU2FmZXR5LWFuZC1DUFIvCRcAAAAqAAAAAAAAAAkQAAAACgAAAAm7IAAACgBCAQCAAgAAAA
... FwIAAACAAAAEMBAIACAAAALAEAgAIAAAAJEAAAAAAAAAAAAAACUMgAAAJRCAAAAkQAAAAAQlKIAAAAUTf///
... r////
... BAAAAAa9IAAAU1BBSC9TcGVjjaWFsdGllcy9CaXJ0aFByYWNlL0ZpbmQtQtYS1DaGlsdZC1CaXJ0aC1DbGFzcy9NY
... XJ2ZWxvvdXMtTXVsdGlwbGVzLUNoaWxkYmlydGgvCRcAAAAqAAAAAAAAAAkQAAAACwAAAAnIAAACgBDAQCAAg
... AAAAF6IAAAGQAAAAl7fQAAAAAAAAAAAAAAABhCAAABkAAAAJexUAAAAAAAAAAAAAY4gAAAZAAAACXsVAAAAAAAA
... AAAAAAAGYIAAAGQAAAAl7fQAAAAAAAAAABoiAAABkAAAAJexUAAAAAAAAAAAAAawgAAAZAAAACXsVAAAA
... AAAAAAAAAAG2IAAAGQAAAAl7fQAAAAAAAAAAAABwCAAABkAAAAJexUAAAAAAAAAAAAACx8CZx8DAgZkFgJmD
... 2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXXRpZXItMSI+
... ZAIDD2QWDGYPZBYEZg8VBBEvUEFIL1NwZWNpYWx0aWVzLwAFX3NlbGYLU3BlY2lhbHRpzXNkAgEPZBYCZg8PF
... gQfAmcfAwIYZBYCZg9kFgQCAQ8WAh8ABhc8dWWgY2xhc3M9Im5hdi10aWPmQCAw9kFgJBmD2QWBGYPFQ
... QvL1BBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWMtV2VpZ2h0LUxvc3MtU3VyZ2VyeS8ABV9zZWxmcEmhdHJ
... pYyBTdXJnZXJ5ZAIBD2QWAmYPDxYEHwJnHwMCC2QWAmYPZBYEAgEPFgIfAAYfInAPHVSIGNsYXNzYXJ5SJuYXYt01Gi1
... ci0zIj5kAgMPZBYWZg9kFgJmDxUEGh0dHBzOi8vcmVnLnMiFiY3NpZ251cC5jb20vdmllddy92aWV3X3Z1vbnRooL
... mFzcHg/
... YXM9MjgmYW1wO3dwPTEyMizhbXA7Y91kPUNFTIRVUkEmYW1wO2NhdDDE9MjcyAAZfYmxhbshnRnJlZSBXZWlna
... HQgTG9zcyBTdXJnZXJ5Z5IFNlbWluYXJ5ZAIBD2QWAmYPFQQpL1BBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWMtU3
... VyZ2VyeS9BYm91dC8ABV9zZWxmbUFib3V0QAICD2QWAmYPFQQ0L1BBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWM
... tU3VyZ2VyeS9BbS1JLWEtQ2FuZGlkYXRlLwAFX3NlbGYQQW0gSSBhIENhbmRpZGF0ZT9kAgMPFgJmDxUEOC9Q
... QUgvU3BlY2lhbHRpZXMvQmFyaWF0cmljLVN1cmdlcnkvQ2udGVyLWluLmLUxVY2F0aW9uLwAFX3NlbGZhII
... W50ZXIgb2YgRXhjZWxsZW5jZWQ2QWAmYPFgJmDxUEPC9QQUgvU3BlY2lhbHRpZXMvQmF2aW0uLmNlLm1j1cmdlcn
... kvRmluZC1hLUJhcmlhdHJppY1TdXJnZW9uLwAFX3NlbGYZmluzCBhIEJhcmlhdHJpYyBTdXJnZW9uZAIFD2Q
... WAmYPFQRELiBBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWMtU3yZ2VyeS9UaGUtQ2VudGVyLWincilCYXJpYXRy
... aWMtU3VyZ2VyeS8ABV9zZWxmIFRoZSBDZW50ZXIgZm9yIEJhcmlhdHJppYyBTdXJnZXJ5ZAIGD2QWAmYPFQQ9L
... 1BBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWMtU3yZ2VyeS9Sb2JvdGlj1LUJhcmlhdHJppY1TdXJnZXJ5LwAFX3
... NlbGYZUm9ib3RppY1CYXJpYXRyaWMgU3VyZ2VyeWQCBW9kFgJmDxUEPi9QQUgvU3BlY2lhbHRpZXMvQmFyaWF
... 0cmljLVN1cmdlcnkvU2dsZS0yQ2NhbWVyYS9kAgcPFgJmDxUEOC9QQUgvU3BlY2lhbHRpZXMvQmFyaWF0cmljLV
... N1cmdlcnkvSjhPt01DbHVic3kkLwAFX3NlbGZKOFODbHVicm9zY29weQIID2QWAmYPFQQ5L1BBSC9TcGVjja
... WFsdGllcy9CYXJpYXRyaWMtU3yZ2VyeS9XZWlnaHQtTG9zcy1TdXJnZXJ5LWFmdGVyLWFmdGVyLwAFX3NlbGY
... Nzc1vbmhhbHBIYHMvAAVfc2VzaHJQYXRpZW50IFRlc3RpbW9uaWFsc2QCCQ9kFgJmDxUEPi9QQUgvU3BlY2lhbHRp
... ZXMvQmFyaWF0cmljLVN1cmdlcnkvQmF2aWF0cmljLUJhbmQtcmVtb3ZhbAWAFX3NlbGZCYXJpYXRyaWMgQmFu
... ZCByZW1vdmFsZAIKD2QWAmYPFQQ5L1BBSC9TcGVjjaWFsdGllcy9CYXJpYXRyaWMtU3yZ2VyeS9SbG9iZXJhcG
... hdHJpY1TdXJnZXJ5L091ci1Mb2NhdGlvbnvi8ABV9zZWxmIEJiciBMb2NhdGlvbnMCAQ9kFgJmDxUEPGFuZW
... VhY2hlci1mZW50ZXJzL1dlaWdodC1Mb3NzLWZvci1tZWVraW5nLWhlbHAvAAV_c2VsZjaGVkaGF2aW9yLQ
... dGUaXZlLWFwcHJvYWNoLTFvci1oYXZpbmctYmFyaWF0cmljLXN1cmdlcnkvCRcAAAAq
... U3BlY2lhbHRpZXMvQmFyaWF0cmljLVN1cmdlcnkvCRcAAAAqAAAAAAAAAAkQAAAADAAAAAnIAAACgBEAQCAAgA
... AAAFfIAAACAAAAE7ayYLdVcVeyIfBhcmtlci1GBPQi1HWU5kAgoPZBYCZg8VBCvsSGlnaC1SaXNkrLVByYWd
... uYW5jeS0yOyQTyl0ZW9uYXRhbGhcR1DYXJlLU5JQ1UvAAVfc2VsZiRiaEdoIfpc2sgHighLZ25hbmN5IZ2hbm
... dGFsIENhcmUgKHNpY3UpYXJZmWtmILUhcsmlcB1hVWU5kAgoPZBYCZg8VBCvzSGlnaC1SaXNrLVByYWd1YWw
... 9CLUdZT18tBAV9zZWxm1Bhcmtlci1GBPQi1HWU5kAgoPZBYCZg8VBCsvSGlnaC1SaXNkLVB
... uY95jeS0yQy1OZW9uYXRhbClDYXJlLU5JQ1UvAAVfc2VsZiRiIaWdoIfzm2sgHighLZ25bmNpZXMsISE5lb25h
... dGFsIENhcmNVkAgsPZBYCZg8VBCwvUEFIL1NwZWNpYWx0aWVzL0pucnoUXxoY2UvNoZWR1bGUtYS1Ub3Vy

128391...

wAFX3N1bGYPPU2W6ZWR1BeUgYSBuD3VyZATNbJ2QWAmYPFQQvL02pbmQ1y53cdWRpYXRpWNpYW4vAAVfc2VsZh
NGaW5kIGEgUGVkaWF0cmljaaWFuZAtlcD2QWBGYPFQQyL1BBSC9TcGVjaaWFsdGllcy9UaGUtQnJlYXN0LCNhcmU
tQ2VudGVyLWF0LVBhcmtlci8ABV9zZWxmIFRoZSBCcmVhc3QgQ2FyZSBDZW50ZXIgYXQgUGFya2VyZAIBD2QW
AmYPDxYEHwJnHwMCDWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllbci0zIj5kAgMPZBYAZg9kFgJ
gJmDxUEQS9QQUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvM0QtTWFtbW
9ncmFwaHkvAAVfc2VsZg4zRCBNYW1tb2dyYXBoeWQCAQ9kFgJmDxUERy9QQUgvU3BlY21hbHRpZXMvVGhlLUJJ
yZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvV2hhdC1pcy1hLU1hbW1vZ3JhbS0vAAVfc2VsZhRXRXaGF0IGIz
IGEgTWFtbW9ncmFtP2QCAg9kFgJmDxUEUi9QQUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlc
i1hdC1QYXJrZXIvV2h5LUR1bWFuZC1EaWdpdGFsLU1hbW1vZ3JhcGh5LS8ABV9zZWxmH1doeSBEZW1hbmQgRG
lnaXRhbCBCNYW1tb2dyYXBoeT9kAgMPZBYCZg8VBEMvUEFIL1NwZWNpYWx0aWVzL1RoZS1CcmVhc3QtQ2FyZS1
DZW50ZXItYXQtUGFya2VyL011ZXQtT3VyLURvY3RvcnMvAAVfc2VsZhBNZWV0IE91ciBEb2N0b3JzZAIED2QW
AmYPFQRkL1BBSC9TcGVjaaWFsdGllcy9UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLWF0LVBhcmtlci9OYXRpb25bh
C1BY2NyZWRpdGF0aW9uLVByb2dyYW0tZm9yLUJyZWFzdC1DZW50ZXJzLwAFX3NlbGYxTmF0aW9uYWwgQWNjcm
VkaXRhdGlvbiBQcm9ncmFtIGZvciBCcmVhc3QgQ2VudGVyc2QCBQ9kFgJmDxUEUC9QQUgvU3BlY21hbHRpZXM
vVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvQ29udGFjdC1hbmQtTG9jYXRwUm5sb3JhZzZ4p24v
AAVfc2VsZh1Db250YW50IGFuZCBMb2NhdGBvbnMY2VmzW1hdGlvbmQCBg9kFgJmDxUETC9QQUgvU3BlY21hbHRpZX
MvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvQm9uZS1EZW5zaXRvbWV0cmd1dZuY3ABV
9zZWxmUGJvbmUgUGVuc2l0b21ldHJ5IFRlc3RpbmdkAgcPZBYCZg8VBFsvUEFIL1NwZWNpYWx0aWVzL1RoZS1
CcmVhc3QtQ2FyZS1DZW50ZXItYXQtUGFya2VyL1JPc3StRmFjdG9ycy1Gb3ItRGV2ZWxvcGluZy1Pc3Rlb3Bv
cm9zaXMvAAVfc2VsZihSaXNrIEZhY3RvcnMgRm9yIERldmVsb3BpbmcgT3N0ZW9wb3Jvc21zZAIID2QWAmYPF
QSIAS91cGxvYWRlZEZpbGVzL3Bhcmtlcmhvc3BpdGFsL0NvbnRlbnQvUEFIL0hlYWx0aF9JbmZvcmlhdGlvbl
9hbmRfU2Vydml1jZMvU3BlY21hbHRpZXMvVGhlQnJlYXN0Q3Jhc3RfRfQ2VudGVyL1dpbnRlci5kcIwMTR30IhbWl
vX1N0cm9rZS5SWZGYAB19ibGFuaxpMb29rIEJJaGLuZ1uCBZb3VyIE1hbWlvZ3JhbQCCQ9kFgJmDxUEHy9Mb29r
LUdvb2QtRmVlbC1CZXR0ZXItUHJvZ3JhbS8ABV9zZWxmHUxvb2sgR29kCBZGVWwIGBlbG1zZRSNuY3JlYM0c
AIKD2QWAmYPFQROL1BBSC9TcGVjaWFsdGllcy9UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLWF0LVBhcmtlci9GYWN
0c1BYmm91dC1UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLwAFX3NlbGYLGmFjdHMgQWJvdXQgVGhlIEJyZWFzdCBD
YXJlIENlbnRlcmQCCw9kFgJmDxUEMS9QQUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hd
C1QYXJrZXIvUELS9QPUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9
QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMv
VGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DY
XJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1
QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUg
vU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvV
GhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYX
JlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1Q
YXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU
3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGh
lLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlL
UNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYX
JrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3B
lY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlL
UJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUN
lbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZ
XIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY2
1hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJy
ZWFzdC1DYXJlLUNlbnRlci1hdC1QYXJrZXIvUELS9QUgvU3BlY21hbHRpZXMvVGhlLUJyZWFzdC1DYXJlLUNlbn
Rl
ZAIDD2QWCmYPZBYCZg8VBDQvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzLUVkdWNhdGlvbi1Z

128391...

W50zxVAAVIe2VsZmtEawFlzkRloBFuHYJYxRpB24gQ2VudGVyZAfBD2QWAmYPFQQZL1BBSC9TcGVjaWFssd
llcy9EaWFiZXRlcy9Qcm9ncmFtLVRvcGljjcy1hbmQtQmVuZWZpdHMvAAVfc2VsZhtQcm9ncmFtIFRvcGljjcyR
hbmQgQmVuZWZpdHNkAgIPZBYCZg8VBCgvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0hvdy10by1FbnJvbGwv
AAVfc2VsZg1Ib3cgdG8gRW5yb2xszAIDD2QWAmYPFQQTL0RpYWJldGVzLVN5bXB0b21zLwAFX3NlbGYRRGlhY
mV0ZXMgU3ltcHRvbXNkAgQPZBYCZg8VBDQvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzLUNsYX
NzZXMtLS1FdmVudHMvAAVfc2VsZh1EaWFiZXRlcyBDbGFzc2VzICZhbXA7IEV2ZW50c2QCBw9kFgRmDxUEFC9
FbWVyZ2VuY3ktU2Vydmljjg1XMvAAVfc2VsZhJFbWVyZ2VuY3kgU2VydmljZXNkAgEPZBYCZg8PFgQfAmcfAwII
ZBYCZg9kFgQCAQ8WAh8BBRc8dWwgY2xhc3M9Im5hdi10aWVmiPmQCAw9kFhBmD2QWAmYPFQQ9L1BBSC9TcG
VjaWFssdGllcy9FbWVyZ2VuY3ktU2Vydmljjg1XMvQWJvdXQtRW11cmdlbmN5LVNlcnZpY2VzLwAFX3NlbGYQW
JvdXQgRW1lcmdlbmN5IFNlcnZpY2VzZAIBD2QWAmYPFQQ5L1BBSC9TcGVjaWFssdGllcy9FbWVyZ2VuY3ktU2V
ydmljZXMvRWlcmdlbmN5LVdhaXQtcVGltZXMvAAVfc2VsZhRFbWVyZ2VuY3kgV2FpdCBUaW1lc2QCAg9kFgJm
DxUECC90cmFlbkVwaWNvZVs2VsZhZMZXlbCBJSSBUcmFlbWEgQ2VudGVyZAIDD2QWAmYPFQRHL1BBSC9TcGVja
WFsdGllcy9FbWVyZ2VuY3ktU2Vydmljjg1XMvQmVkaWNhb-WRUlclCFydGllbnQtYW5kLUVNVUy1UZWFtcy8ABV
9zZWxmLV1cZXJnZW5jeSBSEY9zaBhcnRtZW50Lkl2ZUFzcUBFTVMgVGVhbXNkAgQPZBYCZg8VBA0vVHJhdW1hLUZBUXM
vAAVfc2VsZgtUcmF1bWEgRkFRc2QCBQ9kFgJmDxUEIC9QQUgvU3BlY2llhhRpZXMvRW1lcmdlbmN5LVNlcnZpZ
Y2VzL1BhdGllbnQtQTV0dGVycy8ABV9zZWxmQ1BhdGllbnQgQTV0dGVyc2QCBg9kFgJmDxUEMi9QQUgvU3BlY2
llhhRpZXMvRW1lcmdlbmN5LVNlcnZpZZ2VzL3NvdXRobGFuZHMtL3V0aXNvY3MvAAVfc2VsZg1Tb3V0aGxhbmRs
IHD2QWAmYPFQQyL1BBSC9TcGVjaWFssdGllcy9FbWVyZ2VuY3ktU2Vydmljjg1XMvT3VyLUxvY2F0aW9ucy8ABV9
zZWxmDU91ciBMb2NhdGlvbnNkAggPZBYEZg8VBDMvUEFIL1NwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzLWS
QWRvcHRRpb24tU1VwcG9ydC8ABV9zZWxmWzxmbShkQWRvcHRpb24gU3VwcG9ydHQ24gU3VwcG9ydGQCAQ9kFg
gJmDwW8BB8CZx8DAglkFgJmD2QWAIBDxYTCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWEmYPZBYCZg8VBBcvQWRvcHRpdmUtQ2FyZS1DbGFzc2VzLWFzX3NlbGYVQWRvcHRpdmUgQ2FyZSBDb
GFzc2VzZAIBD2QWAmYPFQQiL0Fkb3B0aW9uLVN1cHBvcnQtQmVuZWZpdHMvAAVfc2VsZhYiQWRvcHRp
Rpb24gU3VwcG9ydCBCZW5lZml0c2QCAg9kFgJmDwW8BB8CZx8DAglkFgJmD2QWAIBDxYTCHwAFFzx1bCBjbGFzcz
0ib2FuZS10aWVyLTMiPmQ2VnViamVhdCBmb25lLWRhdA93cmVs2mYZdDgw
AXHHILnNwZWNpYWx0aWVzL0RpYWJldGVzL0RpYWJldGVzLUNsYXNzZXMtLS1FdmVudHMvAAVfc2VsZht

```
...  sdGriey90JxiVyb3njawUyzVZL1hR1hmup2rsilVY1ziuuZ2XvZ3KiAaVf20RlRdXiWaWhhbCBUZWNobm9s
...  b2d5ZAIFD2QWAmYPFQQ2L1BBSC9TcGVjaWFsdGllcy9OZXVyb3NWaWVuY2VzL0NlZXAtQnJhaW4tU3RpbXVsY
...  XRpb24vAAVfc2VsZhZEZWVwIEJyYWluIFN0aW11bGF0aW9uZAINDD2QWBGYPFQQrL1BBSC9TcGVjaWFsdGllcy
...  9Kb2ludC1SZXBsYWNlbWVudC1Qcm9ncmFtLwAFX3NlbGYjT3J0aG9wZWRpY3MgJmFtcDsgSm9pbnQgUmVwbGF
...  jZW1lbnRkAgEPZBYZCg8PFgQfAmcfAwIKZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1oaWVyYLTMi
...  PmQCAw9kFhRmD2QWAmYPFQQeL0pvaW50LVJlcGxhY2VtZW50LUNvbnRhY3QtVXMvAAVfc2VsZgpDb250YWN0I
...  FVzZAIBD2QWAmYPFQREL1BBSC9TcGVjaWFsdGllcy9Kb2ludC1SZXBsYWNlbWVudC1Qcm9ncmFtLC0pvaW50LV
...  JlcGxhY2VtZW50LVZpZGVvcy8ABV9zZWxmGEpvaW50IFJlcGxhY2VtZW50IFZpZGVvc2QCAg9kFgJmDxUEPC9
...  QQUgvU3BlY2lhbHRpZXMvSm9pbnQtUmVwbGFjZW1lbnQtUHJvZ3JhbS9LbmVlLVJlcGxhY2VtZW50LwAFX3Nl
...  bGYQS25lZSBSZXBsYWNlbWVudGCAw9kFgJmDxUEOy9QQUgvU3BlY2lhbHRpZXMvSm9pbnQtUmVwbGFjZW1lb
...  nQtUHJvZ3JhbS9IaXAtUmVwbGFjZW1lbnQvAAVfc2VsZg9IaXAgUmVwbGFjZW1lbnRkAgQPZBYCZg8VBEAvUE
...  FIL1NwZWNpYWx0aWVzL0pvaW50LVJlcGxhY2VtZW50LVByb2dyYW0vU2hvdWxkZXItUmVwbGFjZW1lbnQvAAV
...  fc2VsZhRTaG91bGRlciBSZXBsYWNlbWVudGCBQ9kFgJmDxUEOy9QQUgvU3BlY2lhbHRpZXMvSm9pbnQtUmVw
...  bGFjZW1lbnQtUHJvZ3JhbS9QYWluLU1hbmFnZW1lbnQvAAVfc2VsZg9QYWluIE1hbmFnZW1lbnRkAgYPZBYCZ
...  g8VBD4vUEFIL1NwZWNpYWx0aWVzL0pvaW50LVJlcGxhY2VtZW50LVByb2dyYW0vVthbGl0eS1SZXBldGl0aW
...  9uLwAFX3NlbGYSUXVhbGl0eSBSZXBldGl0aW9uZANID2QWAmYPFQQ+
...  L1BBSC9TcGVjaWFsdGllcy9Kb2ludC1SZXBsYWNlbWVudC1Qcm9ncmFtLNob29zaW5nLWEtU3VyZ2Vvbi8AB
...  V9zZWxmEkNob29zaW5nIGEgU3VyZ2VvbmQCCA9kFgJmDxUEQy9QQUgvU3BlY2lhbHRpZXMvSm9pbnQtUmVwbG
...  FjZW1lbnQtUHJvZ3JhbS9Kb2ludC1SZXBsYWNlbWVudC1DbGFzcy8ABV9zZWxmF0pvaW50IFJlcGxhY2VtZW5
...  0IENsYXNzZAIJD2QWAmYPFQRCL1BBSC9TcGVjaWFsdGllcy9Kb2ludC1SZXBsYWNlbWVudC1Qcm9ncmFtL0pv
...  aW50LVJlcGxhY2VtZW50LVVuaXQvAAVfc2VsZhZKb2ludCBSZXBsYWNlbWVudCBVbml0ZAIOD2QWAmYPFQQzL
...  1BBSC9TcGVjaWFsdGllcy9QYXJrZXXItQWR2ZW50aXN0LUhvc3BpdGFssaXN0LVRvVnAAVfc2VsZiFQYXJrZX
...  IgQWR2ZW50aXN0IEhvc3BpdGFsaXN0IFRlYWlkAkg8PZBYCZg8VBC5odHRwOi8vd3d3LnBhcmtllcnBhaW5jcGV
...  jaWFsaXN0cy5vcmcvcHBzL2hvbWUvAAZfYmxhbmsNUGFrbiBNZWRpYZ1uZWQCEA9kFgRmDxUEIC9QQUgvU3Bl
...  Y2lhbHRpZXMvUnVJpbGl0YXRpb24vAAVfc2VsZg5SZWhhYmlsaXRhdGlvbmQCAQ9kFgJmDxW8WBB8CZx8DA
...  g1kFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
...  ZAIDD2QWGmYPZBYCZg8VBBQvUmVnaXN0cmF0aW9uLUZvcm1zLwAFX3NlbGYSUmVnaXN0cmF0aW9uIEZvcmlzZ
...  AIBD2QWAmYPFQQwL1BBSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9BcXVhdGljLVRoZXJhcHkvAAVfc2
...  VsZg9BcXVhdGljIFRoZXJhcHkCAg8kHlIAgIPZBYCZg8VBDIvUEFIL1NwZWNpYWx0aWVzL0plaFvaWxpdGF0aW
...  9uL1NlZWRsZS1UaGVyYXB5LwAFX3NlbGYOTmVlZGxlIFRoZXJhcHkCAw9kFgJmDxUEQS9QQUgvU3BlY2lhbHRp
...  ZXMvUmVoYWJpbGl0YXRpb24vRmlhWHxwZGF0aW9uLwAFX3NlbGYHMmhibWbyUGhlcm1zYWxpdmF0aW9uZANtS
...  xUEMy9QQUgvU3BlY2lhbHRpZXMvUmVoYWJpbGl0YXRpb24vQ2l2aWxpdGF0aW9uLwAFX3NlbGYSTG93LWFFX3NlbGdYSTG
...  93IFZpc2l2biBiUaGVyYXB5ZAIFD2QWAmYPFQQyL1BBSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi9MU1
...  ULUJJRy1hbmQtTE9VRC8ABV9zZWxmEUxTVlQgQmlnIGFuZCBMb3VkZAIGD2QWAmYPFQQ8L1BBSC9TcGVjaWFs
...  dGllcy9SZWhhYmlsaXRhdGlvbi9OZXVyb3J2xvZ2ljYWwtUmVoYWJpbG10YXRpb24vAAVfc2VsZhtOZXVyb2xvZ2
...  2ljYWwgUmVoYWJpbGl0YXRpb25SkagcPZBYCZg8VBC4vUEFIL1NwZWNpYWx0aWVzL1JlaGFiaWxpdGF0aW9uL1
...  ZvaWNlLVRoZXJhcHkvAAVfc2VsZg1Wb2ljZSBUaGVyYXB5AAIID2QWAmYPFQQgL1dvbWVucy1IZWFsdGgtUGlh
...  5c2ljYWwtVGhlcmFweS8ABV9zZWxmHldvbWVucyBIZWFsdGggUGh5c2ljYWwgVGhlcmFweWQCQ9kFgJmDxUE
...  ggEvdXBsb2FkWRGaWxlcy9wYXJrZXXJob3NwaXRhb7c9Db250aW50L1BBSC9IZWFsdGhfSW5mb3JtYXRpb25fY
...  W5kX1NlcnZpY2VzL1NwZWNpYWx0aWVzL1dpbnRlcl9wb6bRlcjIwMTFncm93X3Nhc19hbFJhdbWUoMS
...  kucGRmAAZfYmxhbmsyYQXJ0aHJpdGlzIEhhbmQgQ2FyZSBUaXBzZAIKD2QWAmYPFQQpL1BBSC9TcGVjaWFsdGl
...  lcy9SZWhhYmlsaXRhdGlvbi9PdXItVGVhbS8ABV9zZWxmCE91ciBUZWFtZAIMD2QWAmYPFQRNL1BBSC9TcGVj
...  aWFsdGllcy9Sb2JvdGljL1VN1cmdlcnkvSG93LWl0LXdvcmtzLwAFX3NlbGYSSG93IEl0IFdvcmtzZAIBD2QWAA
...  mNpLS8ABV9zZWxmGkhvdyBkYSBWaW5jaSBSb3XlnZXJ1HdvcmtzZAIMD2QWAmYPFQRBL1BBSC9TcGVjaWFsdGl
...  lcy9SZWhhYmlsaXRhdGlvbi9DZW50ZXItZm9yLVRoZXJhcHktYXQtU291dGhsYW5kcy8ABV9zZWxmIENlbnR
...  lciBmb3IgVGhlcmFweSBhdCBTb3V0aGxhbmRzZAIRD2QWBGYPFQQhL1BBSC9TcGVjaWFsdGllcy9Sb2JvdGlj
...  LVN1cmdlcnkvAAVfc2VsZg9Sb2JvdGljIFN1cmdlcnlkAgEPZBYCZg8PFgQfAmcfAwIFZBYCZg9kFgQCAQ8WA
...  h8ABRc8dWwgY2xhc3M9Im5hdi1oaWVyYLTMiPmQCAw9kFgpmD2QWAmYPFQQxL1BBSC9TcGVjaWFsdGllcy9Sb2
...  JvdGljLVN1cmdlcnkvUm9ib3RpY3MtVmlkZW9zLwAFX3NlbGYOUm9ib3RpY3BWaWRlb3NkAgEPZBYCZg8VBDs
...  vUEFIL1NwZWNpYWx0aWVzL1JvYm90aWMtU3VyZ2VyeS9kYS1WaW5jaS1TSS1IRC1UZWNob9m9sb2d5LwAFX3Nl
...  bGY2ZGEgVmluY2kgU0kgSEQgVGVjaG5vbG9neWQCAg9kFgJmDxUEEy9Kb211bnRRt3luZWNvbG9neS8ABV9zZ
...  WxmEVdvbWVucyBHeW5lY29sb2d5ZAIDD2QWAmYPFQQxL1BBSC9TcGVjaWFsdGllcy9Sb2JvdGljLVN1cmdlcn
...  kvR2VuZXJhbC1TdXJnZXJ5LwAFX3NlbGYPR2VuZXJhbCBTdXJnZXJ5ZAIED2QWAmYPFQRBL1BBSC9TcGVjaWF
...  sdGllcy9Sb2JvdGljLVN1cmdlcnkvU2luZ2xlLVNpdGUtS3VyZ2VyeS8ABV9zZWxmH1Np
...  bmdsZSBTaXRlIEdhbGxibGFkZGVyIFN1cmdlcnlkAhIPZBYEZg8VBCgvUEFIL1NwZWNpYWx0aWVzL1NZWVwL
...  URpc29yZGVycy1DZW50ZXIvAAVfc2VsZhVTbGVlcCBEaXNvcmRlciBDZW50ZXJkAgEPZBYCZg8PFgQfAmcfAw
...  IGZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1oaWVyYLTMiPmQCAw9kFgxmD2QWAmYPFQRDL1BBSC9
...  TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlci1DZW50ZXIvRG8tSS1IYXZlLUEtU2xlZXAtRGlzb3JkZXItLwAF
...  X3NlbGYaRG8gSSBIYXZlIGEgU2xlZXAgRGlzb3JkZXIyZBYCZg8VBD4vUEFIL1NwZWNpYWx0aWVzL1NsZ
...  WVwLURpc29yZGVyLUNlbnRlci9Db21lb24tU2xlZXAtRGlzb3JkZXJzLwAFX3NlbGYQYW9tbW9uIFNsZWVwIE
...  Rpc29yZGVyc2QCAg9kFgJmDxUETC9QQUgvU3BlY2lhbHRpZXMvU2xlZXAtRGlzb3JkZXItQ2VudGVyL1doYXQ
...  tQ2FuLUktRXhwZWN0LUF0LU1zLVNsZWVwLVN0dWR5LS8ABV9zZWxmI1doYXQgQ2FuIEkgRXhwZWN0IEF0IE15
...  IFNsZWVwIFN0dWR5ZAIDD2QWAmYPFQR+
...  L3VwbG9hZGVkRmlsZXMvcGFya2Vyx9cBGaY2lGl0YWwvQ29udGVudC9QQUgvSGVhbHRoX0luZm9ybWF0aW9uX2FuZ
...  F9TZXJ2aWNlcy9TcGVjaWFsdGllcy9TbGVlcF9EaXNvcmRlcl1DZW50ZXIvc2xlZXBkaXNvcmRlcnMucGRmAA
...  ZfYmxhbmsbRG93bmxvYWQgT3VyIFNsZWVwIEJyb2NodXJlZAIED2QWAmYPFQSGAS91cGxvYWRlZEZpbGVzL3B
...  hcmtlcmhvc3BpdGFsL0NvbnRlbnQvUEFIL0hlYWx0aF9JbmZvcm1hdGlvbl9hbmRfU2VydmljZXMvU3BlY2lh
...  bHRpZXMvU2xlZXBfRGlzb3JkZXJfQ2VudGVyL1NsZWVwIFBhY2tldCBTRE9HIDIwMTUucGRmAAZfYmxhbmsfU
```

2x1zXyReL1D3VkZxrG0eFjaFv0YHEFl0EgmFjAxNwQCB6G3kGJmDX0Eymit0dHFs20l8vYZV0aMVyYS5zZWN1cm
Vmb3Jtc3VibWl0Lm5ldC9GaWxsT3V0RmybS5hc3B4P2Zvcm1uYW1lPVBSS19TbGVlcF9EaXNvcmRlcl9TZWx
mX0V4YW1pbmF0aW9uaAZfYmxhbmsXT25saW5lIFNzZWVwIEV2YWx1YXRpb25 iKAhMPZBYEZg8VBB8vUEFIL1Nw
ZWNpYWx0aWVzL1NwaW5lLVN1cmdlcnkAAVfc2VsZg1TcGluZSBTdXJnZXJ5ZAIBD2QWAmYPDxYEHwJnHwMCC
WQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGl1ci0zIj5kAgMPZBYSZg9kFgJmDxUEKC9QQUgvU3
BlY2lhbHRpZXXMvU3BpbmUtU3VyZ2VyeS9TZW1pbmFycy8ABV9zZWxmCFNlbWluYXJzZAIBD2QWAmYPFQQzL1B
BSC9TcGVjaWFsdGllcy9TcGluZS1TdXJnZXJ5L5Fib3V0LVNwaW5lLVN1cmdlcnkAAVfc2VsZhNBYm91dCBT
cGluZSBTdXJnZXJ5ZAICD2QWAmYPFQQqL1BBSC9TcGVjaWFsdGllcy9TcGluZS1TdXJnZXJ5L1Byb2NlZHVyZ
XMvAAVfc2VsZhhTcGluZSBTdXJnZXJ5IFByb2NlZHVyZXNkAgMPZBYCZg8VBDAvUEFIL1NwZWNpYWx0aWVzL1
NwaW5lLVN1cmdlcnkvU3BpbmUtQ29uZGl0aW9ucy8ABV9zZWxmC1NwaW5lIENvbmRpdGlvbnNkAgQPZBYCZg8
VBDDvUEFIL1NwZWNpYWx0aWVzL1NwaW5lLVN1cmdlcnkvU3BpbmUtLUxhdGVzdC1UZWNobm9sb2d5L5LwAFX3Nlb
VGhlIExhdGVzdCBUZWNobm9sb2d5ZAIFD2QWAmYPFQQvL1BBSC9TcGVjaWFsdGllcy9TcGluZS1TdXJnZXJ5L
091ci1FeHBlcnQtVGVhbS8ABV9zZWxmD091ciBFeHBlcnNQgVGVhbWQCBg9kFgJmDxUERS9QQUgvU3BlY2lhbH
RpZXMvU3BpbmUtU3VyZ2VyeS9QcmUtb3BlcmF0aXZlLVNwaW5lLVN1cmdlcnktRWR1Y2F0aW9uL5wAFX3NlbGY
1UHJlLW9wZXJhdGl2ZSBTcGluZSBTdXJnZXJ5IEVkdWNhdGlvbmQCBw9kFgJmDxUEUi9QQUgvU3BlY2lhbHRpZ
XMvU3BpbmUtU3VyZ2VyeS9Db250YWN0LXXoZXVib3JhbWUvY2UtYW5kLVNwaW5lLVN1cLVByb2dyYW0tTWFuY
Wdlci8ABV9zZWxmCkNvbnRhY3JgVXNkAgsPZBYCZg8VBC8vUEFIL1NwZWNpYWx0aWVzL1NwaW5lLVN1cmdlcn
kvU0ktSm9pbnQtRnVzaW9uL9wAFX3NlbGGYPU0kgSm9pbnQgRnVzaW9uZ9uZAIUD2QWBGYPFQQYL1BBSC9TcGVjaWF
sdGllcy9TdHJva2Uv2VsZgtTdHJva2UgQ2FyZWQCAQ9kFgJmDxWBBB8CZx8DAgdkFgJmD2QWBAIBDxYC
HwAFFzx1bCBjbGFzcz0ibmF2LXRpZXXItMyI+
ZAIDD2QWDmYPZBYCZg8VBDEvUEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFtFtL1doYXQtaXMtYS1TdHJva
2UvAAVfc2VsZhBXaGF0IGlzIGEgU3Ryb2tlIZAIBD2QWAmYPFQQuL1BBSC9TcGVjaWFsdGllcy9TdHJva2UtUtUH
JvZ3JhbS9XYXJuaW5nLVNpZ25zLWFuZC1TeW1wdG9tcy8ABV9zZWxmDldhcm5pbmcgU2lnbnMgYW5kIFN5bXB0b
hbHRpZXMvU3Ryb2tlLLVByb2dyYW0vUmlzay1GYWN0b3JzL1JzUHJvbGUXUlzUzBlY2lhbHRpZXMvU3
YWN0b3JzZAIGD2QWAmYPFQQuL1BBSC9TcGVjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS9FbWVyZ2VuY3ktUHJv
S9U9ZDJzIGFuZCBQcmV2ZW50aW9wV2AIDD2QWAmYPFQQ9L1BBSC9TcGVjaWFsdGllcy9TdHJva2UtUHJvZ3Jhb
S9UcmVhdGdluZy1TdHJva2UtU3BlZWQQ291bnRzL4ABV9zZWxmC0NlVHJ5YXRpbmcgU3Ryb2tlZAIEDYQWAmYPF
Q54XaCBQ9kFgJmDxUELy9QQUgvU3BlY2lhbHRpZXMvU3Ryb2tlLVByb2dyYW0vTrkdzYW5kLUVkdWNhdGlvbi
Vzb3VyY2VzLwAFX3NlbGYaQ29tbXVuaXR5IGFuZCBFZHVjYXRpb24gUmVzb3VyY2VzZAIFD2QWAmYPFQQff
AAUXPHVsIGNsYXNzPSJuYXYtdGl1ci0zIj5kAgMPZBYSZg9kFgJmDxUEIS9QQUgvU3BlY2lhbHRpZXMvU3Ryb2
tlLVByb2dyYW0tQXBwb2ludG1lbnRzL0VtZXJnZW5jeS1SZXNwb25zZS1UZWFtL0VtZXJnZW5jeS1SZXNwb25z
ZS1UZWFtZAIBD2QWAmYPFQQ8L1BBSC9TcGVjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS1BcHBvaW50bWVudHMvU3
Ryb2tlLVByb2dyYW0tQ2VudGVyL0VtZXJnZW5jeS1SZXNwb25zZS1UZWFtL091ci1FeHBlcnQtVGVhbS8AAVfc2
VsZg1PdXIgRXhwZXJ0IFRlYW1kAgIPZBYCZg8VBDkvUEFIL1NwZWNpYWx0aWVzL1N0cm9rZS1Qcm9ncmFt
IFBhdGllbnQtU3Rvcmllcy9QYXRpZW50LVN0b3JpZXMvQXBwb2ludG1lbnRzLwAFX3NlbGYPUGF0aWVudCBTdG
9yaWVzZAIGD2QWAmYPFQQyL1BBSC9TcGVjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS1BcHBvaW50bWVudHMvU3
Ryb2tlLVByb2dyYW0tQ2VudGVyL0NvbnRhY3QtVXMvQ29udGFjdC1Vcy8AAVfc2VsZg9Db250YWN0IFVzZAIH

... aWVtdHRtYW5kbWF1aaWVzb0JpdGdpbWElYW5RLU2pbmFuY2hthuawncy9caN5nomNpYWwtSGVsc
C8ABV9zZWxmNkZpbmFuY2l1hbCBBc3Npc3RhbmNlLCBDaGFyaXR5IENhcmUgJmFtcDsgUGF5bWVudCBQbGFuc2
QCBA9kFgJmDxUEUS9QQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9CaWxsaW5nLWFuZC1GaW5hbmNpYWw
tU2VydmljjZXMvVW5pbnN1cmVkLVBhdGllbnRzLWFuZX3NlbGYJVW5pbnN1cmVkLAIFD2QWAmYPFQQNL0Zvci1T
ZW5pb3JzLwAFX3NlbGYLRm9yIFNlbmlvcnNkAgYPZBYCZg8VBDwvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFta
WxpZXMvSG9zcGl0YWwtQmlsbHMtYW5kLUluc3VyYW5jjZS8ABV9zZWxmHEhvc3BpdGFsIEJpbGxzIGFuZCBJbn
N1cmFuY2VkAgIPZBYEZg8VBCMvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QcmljaW5nLwAFX3NlbGYHUHJ
pY2luZ2QCAQ9kFgJmDw8WBB8CZx8DAgNkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMy1I+
ZAIDD2QWBmYPZBYCZg8VBD8vRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QcmljaW5nL0Nvc3RzLWZvci1Db
21tb24tUHJvY2VkdXJlcy8ABV9zZWxmG0Nvc3RzIGZvciBDb21tb24gUHJvY2VkdXJlc2QCAQ9kFgJmDxUEOi
9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaWNpbmcvUmVxdWVzdC1hLUN1c3RvbS1RdW90ZS8ABV9zZWxm
mFlJlcXVlc3QgYSBDdXN0b20gUXVvdGVkAgkAgIPZBYCZg8VBEgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Q
cmljaW5nLnL1Jlc291cmNlcy1mb3ItUGF0aWVudHMtYW5kLUVuY3VyZWQtUGF5bWVudHMvL2luc29yY2VzLwAFX
3IGUGF9WAh8ABRc8dWwgY2xhc2M9Im5hdi10aWVyLTMtbGluaygAgF9zZWxmLTMibGlua2QCAjMnWw9kFgYGD4
ZW50LwAFX3NlbGYOT3VyIENvbW1pdG1lbnRRkAgEPZBYCZg8VBBIvSG9zcgl0YWwtUmF0aW5ncy8ABV9zZWxmE
Ehvc3BpdGFsIFJhdGluZ33NkAgIPZBYCZg8VBBMvSG9tZS1DYXJlLVJhdGluZ3MvAAVfc2VsZhFIb21lIENhcm
UgUmF0aW5nc2QCAw9kFgJmDxUEKS9Db21wb25lbnRzLW1lbmnQcC9kAgYDZg8VBBrlcNlYXJjaC5hB4FW9
wZW4tcGh5c2ljjaWFuLWZpbmRlc19cgVyc2VbZ5Eb2N0b3IgTmFtaW9uMCRhaXN5IEF3YXJkc2QFFD2QWBGYPFQQyc
1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzLUFkdmFuY2UtUtRGlyZWN0aXZlcy8ABV9zZWxmEkFkdmFuY2Uy
UgRGlyZWN0aXZlc2QCAQ9kFgJmDw8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXR
pZXItMy1+
ZAIDD2QWAmYPZBYCZg8VBC8vZm9yLXBhdGllbnRzLWFuZC1mYW1pbGllcy9pbBVcnRhbnQtVic3Rpb25zLzL
wAFX3NlbGYTSW1wb3J0YW50IFF1ZXN0aW9uc2QCAQ9kFgJmDxUEOi9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzC
1pbGllcy9DZW50dXJlLUhlYWx0aC1MaW5lcy8ABV9zZWxmTENlbnR1cnkgSGVhbHRoIExpTkttTZAIBD2QWAmY
PDxYEHwJnHwMCBGQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYCZg8VFgJm
DxUEHy9DZW50dXJhLUhlYWx0aC1SE5c3Npc3RhbmNlLAIFX3NlbGYFQXNzaXN0YW5jZ0 IFQXNzaXN0YW5jZQrL
0Nlbl1cmEtSGVhbHRoLULlbmVmaXRzL1UNoZWNrYdXAtQ29sb3JJZhZ3LtLwAFX3NlbGYGYQmVuZWZpdHNDaGVja3
VwIENvbG9yGQrL0NlbnR1cmktSGVhbHRoLUlsc28vbnBlbmZpdHMtSGVhbHRoLVNzVAtU3RhdGUtSGVhbHRoLUluc
2QWAmYPFQQRL015Q2VudHVyYUhlYWx0aC8ABV9zZWxmWM15Q2VudHVyYUhlYWx0aCQrRW5yb2xsbWVudCAzaFJpbGw
RpY2Fsd1LJV29yZHMvAAVfc2VsZg9NZWRpY2FsIFJlY29yZHNkAgUPFgIfAAUXPHVsIGNsYXNzPSJuYXYt
uZC1mYW1pbGllcy9wYXRpZW50LWxpbkpbmVtb2JYtcmlnaHRzLwAFX3NlbGYyUHF0aWVudCBPbmxpbmVRpZ2h0
UGF0aWVudCBCaWxsZS9IbWFnZZsLvcyBhbmQgUmVzb3VyY2llbwphBcC9kAgYJKF8wX3NlbGYyPAVEHJvbmljIFdl
b25uZWN0IGZvc32IZWFsdGggQ29sb3dhZ5kAgwPZBYCZg8VBDQvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFta
WxpZXMvTWVkaWNhbC1UU5mb3JtYXRpb24tU2VjdXJpdHkvAAVfc2VsZhNNZWRpY2FsIEluZm9ybWF0aW9uIFN
lY3VyaXR5ZAIPZBYCZg8VBDUvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvSGVhbHRoLVJlY29yZHNE
b25uZWN0LWxhUWhjbQtbm9ZWJpbGl0eS9kAgMPZBYCZg8VBDQvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFta
WxpZXMvTWVkaWNhbmNtUtSW5mb3JtYXRpb24tYmpwb29rbWHyZyZFyZ5SBJbmZvcm1hdGlvbmVyaWdldRmFta
UEDi9QQUgvQWJvdXQtVXMvAAVfc2VsZghBYm91dCBVc2QCAg9kDzIQBhJmDmVzcBsBAZ5wBBB8CZx8DAgFkFgJmD
CHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWAmYPZBYCZg8VBD0vUEFIL0Fib3V0LVZzLzIwMTUtRXhwYW5zaW9uLwAFX3NlbGYOMjAxNSBFeHBhb
nNpb25AgEPZBYCZg8VBCIvUEFIL0Fib3V0LVVzLzEwLVll1YXItTW5uaXZlcnNhcnkvAAVfc2VzhMxMCBZZW
FyIEFubml2ZXJzYXJ5ZAIBD2QWAmYPZBYEYEWHwJnHwMCA2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYt
tdGllci0zIj5kAgMPZBYGZg9kFgJmDxUEOS9QQUgvQWJvdXQtVXMvMTAtWWVhci1Bbm5pdmVyc2FyeS9BLUl1
c3NhZ2UtRnJvbS1vdXXtQ0VPLwAFX3NlbGYWQSBNZXNzYWdlIEZyb20gb3VyIENFT2QCAQ9kFgJmDxUEPC9QQ
UgvQWJvdXQtVXMvMTAtWWVhci1Bbm5pdmVyc2FyeS9PdXItR2lmdC10by10aGUtQ29tbXVuaXR5LwAFX3NlbG
YZT3VyIEdpZnQgdG8gdGhlIENvbW1lbml0eWQCAg9kFgJmDxUEy9Ib3ctd2UtSGF2ZS1Hcm93bi8ABV9zZWx
mE0hvdyBXZSYjMzk7dmUgR3Jvd25kAgIPZBYCZg8VBCAvUEFIL0Fib3V0LVVzL0F3YXJkcy1hbmQtSG9hb3Jz
LwAFX3NlbGYRQXdhcmRzIGFuZCBIb25vcnNkAgMPZBYCZg8VBCkvUEFIL0Fib3V0LVVzL1Bhcnl1ci11Ib3Nwa
XRhbC1Gb3VuZGF0aW9uLwAFX3NlbGYaUGFya251ci1Ib3NwaXRhbCBGb3VuZGF0aW9uZg8PFgQfAm
cfAwIHZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTFkY2xhc3M9ImRhY2llciIgPFBYm91
BSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL01ha2UtYS1Eb25hdGlvbi8ABV9zZWxmD01ha2UgYSBEb25hdGlvbmQC
AQ9kFgJmDxUELS9QQUgvQWJvdXQtVXMvRm91bmRhdGlvbi9Qcm9ncmFtcy1XZS1TdXBwb3J0LAIFX3NlbGYTU
HJvZ3JhbXMgV2UgU3VwcG9ydGQCAg9kFgJmDxUELC9QQUgvQWJvdXQtVXMvRm91bmRhdGlvbi9Bc3NvY2lhdEd
UtQ2FtcGFpZ24vAAVfc2VsZhJBc3NvY2lhdGUgQ2FtcGFpZ25rAgNkFgRmDxUEJS9QQUgv
vdW5kYXRpb24tRm91bmRhdGlvbi1FdmVudHMvAAVfc2VsZhFGb3VuZGF0aW9uIEV2ZW50c2QCBA9kFgJmDxUE
Ki9QQUgvQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uLVN0YWZmLwAFX3NlbGYQRm91bmRhdGlvbiBTd
GFmZmQCBQ9kFgJmDxUEKi9QQUgvQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uLUJvYXJkLWFuZX3NlbG
YQRm91bmRhdGlvbiBCb2FyZGQCBg9kFgJmDxUELC9QQUgvQWJvdXQtVXMvRm91bmRhdGlvbi9Db250YWN0LUZ
vdW5kYXRpb24vAAVfc2VsZh1Db250YWN0IFlvdXIgTG9jYWwgRm91bmRhdGlvbi1zZGCBA9kFgRmDxUEJS9QQUg
vvdW5kYXRpb24tRm91bmRhdGlvbi9Db250YWN0LUZvdW5kYXRpb25uU2NMMlb29UWQCAg9kFgJmDw8WBB8CZ
x8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+

... ZAIDD2QWAmYPZBYCZg8VBCvOEFIL0hlbmVwbml0es5Db21tdW5pdHktSW5sb2U2W91DhQVAAvfc2VsZhRTm
... 21tdW5pdHkgSW52b2x2ZW1lbnRAkAgUPZBYEZg8VBBovUEFIL0Fib3V0LVVzL091ciMZWFkZXJzLwAFX3NlbG
... YKTGVhZGVyc2hpcGQCAQ9kFgJmDw8WBB8CZx8DAgVkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXR
... pZXItMyI+
... ZAIDD2QWCmYPZBYCZg8VBCwvUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvU2FtLUQtLUh1ZW51cmdhcmR0LwAFX
... 3NlbGYSU2FtIEQuIEh1ZW5lcmdhcmR0AIBD2QWAmYPFQQxL1BBSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0RyLS
... 1FbGl6YWJ1dGgtS2luY2Fubm9uLwAFX3NlbGYXRHiuIEVsaXphYmV0aCBLaW5jYW5ub25AkAgIPZBYCZg8VBCk
... vUEFIL0Fib3V0LVVzL0xlYWRlcnNoaXAvSm9uYXRoYW4tRmlzaGVyLwAFX3NlbGYPSm9uYXRoYW4gRmlzaGVy
... ZAIDD2QWAmYPFQQpL1BBSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0xlYW5uZS1IYXJ0Zm9yZC8AFX3NlbGYWmD0xlY
... W5uZSBIYXJ0Zm9yZGQCBA9kFgJmDxUEKS9QQUgvQWJvdXQtVXMvTGVhZGVyc2hpcC9QYXRyaWNpYS1HaXZlbn
... MvAAVfc2VsZg9QYXRyaWNpYSBHaXZlbnNkAgYPZBYEZg8VBBovUEFIL0Fib3V0LVVzL091ci1TcG9uc29yLwA
... FX3NlbGYLT3VyIFNwb25zb3JkAgEPZBYCZg8PFgQfAmcfAwIDZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9
... Im5hdi10aWVyLTMiPmQCAw9kFgJmD2QWAmYPFQQvL1BBSC9BYm91dC1Vcy9PdXItU3BvbnNlcnMvV2hvLWFyZ
... S1BZHZlbnRpc3RzLS8ABV9zZWxmEldobyBhcmUgQWR2ZW50aXN0c=2QCAQ9kFgJmDxUEOS9QQUgvQWJvdXQtVX
... MvT3VyLVNwb25zb3JzL0FkdmVudGlzdC0tLVdoOYXQtcy1pbi1hLW5hbWUtLwAFX3NlbGYbQWR2ZW50aXN0IC0
... gV2hhdHMgaW4gYSBuYW1lZAICD2QWAmYPFQQ3L1BBSC9BYm91dC1Vcy9PdXItU3BvbnNlcnMvV2hhdC1kby1B
... ZHZlbnRpc3RzLWJlbGlldmUtLwAFX3NlbGYaV2hhdCBkbyBBZHZlbnRpc3RzIEJlbGlldmVkAgcPZBYCZg8VB
... BkvUEFIL0Fib3V0LVVzL0zhc3QtRmFjdHMvAAVfc2VsZgpGYXN0IEZhY3RzZAIID2QWAmYPFQQnL1BBSC9BYm
... 91dC1Vcy9NaXNzaW9uL1o1mpb24tLS1WYWx1ZXMvAAVfzhJNaXNzaW9uaW9uIGFuZCBWYWx1ZXNkAgkPZBY
... CZg8VBCAvQ2VudHVyYS1IZWFsdGgtUmVzZWFyY2gtQ2VudGVyLwAFX3NlbGYXQ2VudHVyYSBIZWFsdGggGgUmVz
... ZWFyY2hkAgoPZBYCZg8VBDMvUEFIL0Fib3V0LVVzL1JvYWRtYXAtdG8tdGhlLUZ1dHVyZS1vZi1ldHIcEFSdGgtQ
... 2FyZS8ABV9zZWxmJFJvYWRtYXAgdG8gdGhlIEZ1dHVyZSBvZiBIZWFsdGggGg2FyZWQCCw9kFgRmDxUELi9QQU
... gvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ2FyZS8ABV9zZWxmDlNwaXJpdHVhbCBDYXJ
... lZAIBD2QWAmYPDxYEHwJnHwMCA2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPZSJuYXYtdGllci0zIj5kAgMP
... ZBYGZg9kFgJmDxUETC9QQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyaXR1YWwtQ2FyZS9JZi1IZ
... 3UtQXJlLUV4cGVyaWVuY2luZy1Hcm11Zi8ABV9zZWxmHU1mIFlvdSBBcmUgRXhwZXJpZW5jaW5nIEdyaWVmMzA
... IBD2QWAmYPFQRFL1BBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzaWVzL1NwaXJpdHVhbC1DYXJlL1ldoZW4tdG8
... tU2VlLWEtQ2hhcGxhaW4v4vAAVfc2VsZhXaGVuIHRvIFNlZSBhIENoYXBsYWluZAICD2QWAmYPFQQ9L1BBSC9G
... b3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1NwaXJpdHVhbC1DYXJlL011bW9yeWFsLUNvbmRvbGVuY2VzL1NlbGYOT
... WVtb3JpYWwtQ29uZG9sZW5jZXNkAgMPZBYCZg8VBFVodHRwczovL2NlbnRlci1mb3JlbmQtc3VzdHJhzBZhIEN
... vbXBhaW1lbnRAkAgMPZBYEZg8VBBIvQ29tbXVuaXR5LWhtcGlci8ABV9zZWxmCMUNvbWl1bml0eWQCAQ9kFgJm
... Dw8WBB8CZx8DAglkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
... ZAIDD2QWEmYPZBYCZg8VBE9odHRwczovL3JlZy5hYmNlZ2WdudXAuY29tL32pZXcvMdlld19tb250c5hc3hc3B4P
... 2FzPTI4JmFtcDt3cdOxMjImYW1wO2FzZIU5UVVJBAAzfYmxhbmsUQ2xhc3NlcyAmYW1wObYBFdmVudHNkAg
... EPZBYCZg8VBBgvUEFIL0NvbW1lbml0eS9TZW1pbmFfycy8ABV9zZWxmCFNlbWluYXXZAICD2QWAmYPFQRcaHR
... 0cHM6Ly9yZWcuYWJjY2lnbnVwLmNvbnbS92aWV3L3ZpZXdfbW9udGguYXNweD9hc3A9MzE3JmFtcDt3cdTly
... cDthaWQ9Q0VOVFVRSQSZhbXA7Y2F0MT0zNTUABl9ibGFuawtDb25tZXJlbmNlc2QCAw9kFgJmDxUEHC9QQUgvQ
... 29tbXVuaXR5L0hlYWdpbmcbt

lhzZuRSQkBvLWaFX3NHoeYiEaVRyaWn1gSBBdLHBkAgUPzBYczg8vBARXnoUEF1596Tbd8v2AVTc2VszgROZXdzZAI
BD2QWAmYPDxYEHwJnHwMCAWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0yIj5kAgMPZBYC
Zg9kFgJmDxUEDS9FYm9sYS1WaXJlcy8ABV9zZWxmOF0Vib2xhIFZpcnVzIEluZm9ybWF0aW9uZAIFD2QWBgICD
xQrAAIPFgQfAmcfAwIJZGQWEmYPZBYCAgMPFgIfAAU3PGEgaHJlZj1lodHRwOi8vd3d3LLmNlbnRlRcmEub3JnL2
hvbWUvPkNlbnRlR1cmEgSGVhbHRoPC9hPmQCAQ9kFgCGQCAQ8WAh4HVmlzaWxJzWhkAgMPFgIfAAVNPGEgaHJlZj1
odHRwOi8vd3d3LmF2aXN0dWdl5lDxMF2aXN0YWhvc3BpdGFsLm9yZy9hdmlgvaG9tZS88+
QXZpc3RhIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgIPZBYEAgEPFgIfBWhkAgMPFgIfAAVWPGEgaHJlZjlod
HRwOi8vd3d3LmJvYndpbHNvbmhvc3BpdGFsLm9yZz5Cb2IgV2lsc29uIEllbW9yaWFsIEdyYW50IENvdW50eS
BIb3NwaXRhbDwvYT5kAgMPZBYEAgEPFgIfBWhkAgMPFgIfAAVMPGEgaHJlZj1odHRwOi8vd3d3LmNhc3RsZXJ
vY2tob3NwaXRhbC5jdmovc+
Q2FzdGGxlIFJvY2sgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQCBA9kFgQCAQ8WAh8FaGQCAw8WAh8ABUs8YSBoc
mVmPWh0dHA6Ly93d3cubXlsaXR0bGVyb2Nrb25odGFsPC9hPmQCBA9kFgQCAQ8WAh8FaGQCAw8WAh8ABUs8YSBoc
TGl0dGxldG9uIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgUPZBYEAgEPFgIfBWhkAgMPFgIfAAU9PGEgaHJlZ
j1odHRwOi8vd3d3Lmx1aGNhcmUuLm9yZy8+
TG9uZ21vbnQgVW5pdGVkIEhvc3BpdGFsPC9hPmQCBg9kFgQCAQ8WAh8FaGQCAw8WAh8ABUU8YSBocmVmPWh0d
HA6Ly93d3cubWVyY3l3aLdkJhbmdmLm9yZz5NZXJjeSBSZWdpb25hbCBNZWRpY2FsIENlbnRlcjwvYT5kAgcPZB
YEAgEPFgIfBWhkAgMPFgIfAAU/
PGEgaHJlZj1odHRwOi8vd3d3Lm9ydGhvY29sb3JhZG8ub3JnLnJnb3ydGhvQ29sb3JhZG8gSG9zcGl0YWw8L2E+
ZAIID2QWBAIBDxYCHwVoZAIDDxYCHwAFQzxhIGhyZWY9aHR0cDovL3d3dy5wYXJrZXJhos3Nwb3NwaXRhbC5vcmc+
UGFya2VyIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgkPZBYEAgEPFgIfBWhkAgMPFgIfAAU8AB
U88YSBocmVmPWh0dHA6Ly93d3cucGVucm9zZXN0Zn.JhbmNpcy5vcmc+
UGVucm9zZS1TdC4gRnJhbhmNpcyBIZWFsdGggU2Vydml0ZXM8L2E+
ZAIBD2QWAgIBDxYCHwAFQzxhIGhyZWY9aHR0cDovL3d3dy5wb3J0ZXJob3Nw2luNwRhbC5vcmc+
UG9ydGVyIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgcPZBYEAgEPFgIfAAU9PGEgaHJlZj1odHRwOi8vd3d3L
nN0YW50aGV3c3Mub3JnL2ViBBbnRob255IEhvc3BpdGFsPC9hPmQCAw9kFgQCAQ8WAh8FaGQCAw8WAh8ABUU8YSBocm
VmPWh0dHA6Ly93d3cuc3RhbnRob255bm9ydGhoZWFzdGhjYW1wdXMub3JnLlNLBBbnRob255IE5vcnRoIEh
lYWx0aCBDYW1wdXM8L2E+
ZAIED2QWAgIBDxYCHwAFUDxhIGhyZWY9aHR0cDovL3d3dy5zdWltbXl0XRvZWRpY2FsY2VudGVyLm9yZz5TdC4gQ
W50aG9ueSBTdW1taXQgTWVkaWNhbCBDZW50ZXI8L2E+
ZAIFD2QWAgIBDxYCHwAFRjxhIGhyZWY9aHR0cDovL3d3dy5zdG1hcnljbj1j3J3a4ub3JnLlN0LiBNYXJ5XJ5LUNvc
ndpbiBNZWRpY2F5IEN1bnRlcljwvYT5kAgYPZBYCAgEPFgIfAAVWPGEgaHJlZj1odHRwOi8vd3d3LnN0Y2F0aG
VyaW5l5aG9zcC5vcmc+
U3QuIENhdGhlcmluZSBIb3NwaXRhbDwvYT5kAgcPZBYCAgEPFgIfAAVVPGEgaHJlZj1odHRwOi8vd3d3LnN0b
Whvc3BpdGFsLm9yZyz9zcGdOvaG9t5Z88+
U3QuIFRob21hcyBNb3NwaXRhbDwvYT5kAgMPZBYEAgEPFgIfBWdkZAIFD2QWBGYPDxQrAAIPFgQfBXVkZ2cc
1XZWIucG5nZGQCAQ8UKwACDxYEHwJnHwMCBmRkFgJmD2QWAIBDD2QWBGYPFgIfQUQUEFIL1NwZWNpYWw9.2aWVzLw9
kcm9wZG93bi10b2dnbGUIHJvcGRvd24LU3BlY2lhbHRpcRpzMVPGIgY2xhc3M9ImhncmV0I2j48L2I+
ZAIBDxQrAAIPFgQfAmcfAwIYZGQWAmYPZBYWAgEPZBYCZg8VAi8vUEFIL1NwZWNpYWx0aWVzL0JhcmlhdHJpY
y1XZWlnaHQtTG9zcy1TdXJnZXJ5L5LxFCYXJpYXRyaWMgU3VyZ2VyeWQCAg9kFgJmDxUCHC9QQUgvU3BlY2lhbH
RpZXMvQmlydGhpbmctU2l5ZS88KQmlydGhpbgGFj2WQCAw9kFgJmDxUCMi9QQUgvU3BlY2lhbHRpZXMvVGhlLUJyZWF
zdCl0YXJlLUNlbnRlci1hdC1QYXJrZXIvIFRoZSBCcmVhc3QgQ2FyZSBDZW50ZXIgYXQgUGFya2VyZAIED2QW
AmYPZQIML2NhbmlcmNhcmUvC0NhbmlciBDYXJlZAIFD2QWAmYPZQIpL0NhcmRpb2xvZ3kt1XQtUGFya2VyL
UFkdmVudGlzdC1Ib3NwdGl1bb8K2KQ2YzlGvbG9neWQCBg9kFgJmDxUCMC9QQUgvU3BlY2lbhRpZXMvQ2VudGVy
VyYS1IZWFsdGgtUGh5c21jaWFuLUdyb3VwLx5DZW50dXJhIEhlYWx0aCBQaHlzaWNpYW4gR3JvdXBkAgcPZBY
CZg8VAhovUEFIL1NwZWNpYWx0aWVzL1NjbGdGVzLwhEaWFiZXRlc2QCCA9kFgJmDxUCFC9FbWVyZ2VuY3kt
U2Vydml1jZXMvEkVtZXJnZW5jeSBTZXJ2aWNlc2QCCQ9kFgJmDxUCMy9QQUgvU3BlY2lhbHRpZXMvRmFtaWx5L
XRvLUZhbWlseS1BZG9wdGlvbi1TdXBwb3J0LyFGYW1pbHkgdG8gRmFtaWx5IEFkb3B0aW9uIFN1cHBvcnRkAg
oPZBYCZg8VAiQvUEFIL1NwZWNpYWx0aWVzL0dlbm9taWNz5U2VkaWNpbmUvR2Vub21pYyBNZWRpY2luZQIBD2QW
AmYPZQIML2NhbmlcmNhcmUvC0NhbmlciBDYXJlZAIFD2QWAmYPZQIpL0NhcmRpb2xvZ3kt1XQtUGFya2VyL
UFkdmVudGlzdC1Ib3NwdGl1bb8K2KQ2YzlGvbG9neWQCBg9kFgJmDxUCMC9QQUgvU3BlY2lbhRpZXMvRmFtaWx5
LWFtZAIQD2QWAmYPFQIuaHR0cDovL3d3dy5wYXJrZXJwYWluc3BlY2lhbGlzdC5jb20vPkRpc3BjbGluQYW
luIE1lZGljjaW5lZAIRD2QWAmYPFQIgL1BBSC9TcGVjaWFsdGllcy9SZWhhYmlsaXRhdGlvbi8OUmVoYWJpbGl
0YXRpb25kAhIPZBYCZg8VAiEvUEFIL1NwZWNpYWx0aWxzL1JvYm90aWMtU3VyZ2VyeS8PUm9ib3RpYyBTdXJn
ZXJ5ZAITD2QWAmYPFQIoL1BBSC9TcGVjaWFsdGllcy9TbGVlcC1EaXNvcmRlcnMtQ2VudGVyLxVTbGVlcCBEa
XNvcmRlciBDZW50ZXJkAhQPZBYCZg8VAh8vUEFIL1NwZWNpYWx0aWxzL1NwlHQtcmVudGVyLxFBdWxlL5lFpY
N1cmdlcnlkAhkPZBYCZg8VAhgvUEFIL1NwZWNpYWx0aWxzL1N0cm9rZS8LU3Ryb2tlIENhcmVkAhYPZBYCZg8
VAhkvUEFIL1NwZWNpYWx0aWxzL1Vyb2xvZ3kvb1Vyb2xvZ3lkAhcPZBYCZg8VAhwvUEFIL1NwZWNpYWx0aWxz
L1dvdW5kLUNhcmUvbC1dvdW5kIENhcmVkAhgPZBYCZg8VAiMvUEFIL1NwZWNpYWx0aWxzL190aGVyLVNwZWNpY
Wx0aWxzLxFdGhlciBTcGVjaWFsdGllc2QCAg9kFgRmDxUFHlBBSC9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaW
VzLw9kcm9wZG93bi10b2dnbGUIHJvcGRvd24cRm9yIFBhdGllbnRzIC2hbXA7IEZhbWlsaWVzTFTxiIGNsYXN
zPSJjYXJldCI+
PC9iPmQCAQ8UKwACDxYEHwJnHwMCMDRkFgJmD2QWGgIBD2QWAmYPFQINLyNQNQcmVSZWdhNb2RhbBhQYXRpZW50I
FByZS1SZWdpc3RyYXRpb25kAgIPZBYCZg8VAj4vUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQmlsbG

... luZytH6MQtRmlUYW5jaWFsEvRlIchQ2Y2VlLX5caWxsaW5lIIeFU2cBGaw5ituMghpYWWg02JVqmtjZXNkAgMPZBY
... CZg8VAiMvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9QcmljaW5nLXdlbWFuZC1GYW1pbGllcy5nZAIED2QWAmYPFQIcL1F1
... YWxpdHktU2Vydml1ZS1hbmQtU2FmZXR5Lx1RdWFsaXR5LCBTZXJ2aWNlICZhbXA7IFNhZmV0eWQCBQ9kFgJmD
... xUCKy9QQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1lzeS1bd2FyZ2C8LRGFpc3kgQXdhcmRkAgYPZB
... YCZg8VAjIvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQWR2YW5jZS1EaXJlY3RpdmVzLxJBZHZhbmN
... lIERpcmVjjdGl2ZXNkAgcPZBYCZg8VAjQvUEFIL0Zvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvQ2VudHVyS1I
... ZWFsdGgtTElOS1MvFENlbnRlcmEgSGVhbHRoIExJTktTZAIID2QWAmYPFQIRL015Q2VudHVyYUhlYWx0aC8PT
... XlDZW50dXJhSGVhbHRoZAIJD2QWAmYPFQIRL0l1ZGljYWwtUmVjb3Jkcy8PTWVkaWNhbCBSZWNvcmRzZAIKD2
... QWAmYPFQJHL2Zvci1wYXRpZW50cy1hbmQtZmFtaWxpZXMvcGF0aWVudC1iaWxsLW9mLXJpZ2h0cy1hbmQtcmV
... zcG9uc2liaWxpdGllcy8rUGF0aWVudCBCaWxsIG9mIFJpZ2h0cyBhbmQgUmVzcG9uc2liaWxpdGllc2QCCw9k
... FgJmDxUCLS9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaXZhY3ktUHJ1bmNpcGxlcy9Qcml2YWN5IFBy
... WN0aWNlc2QCDA9kFgJmDxUCOy9QQUgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9Db25uZWN0LWZvci11ZW
... FsdGgtQ29sb3JhZG8v0Nvbm5lY3Qgc29ryIEhlYWx0aCBDb2xvcmFkb2QCDQ9kFgJmDxUCNC9QQUgvRm9yLVB
... hdGllbnRzLWFuZC1GYW1pbGllcy9NZWRpY2FyZS1JbmZvcm1hdGlvbi8UTWVkaWNhcmUgSW5mb3JtYXRpb25k
... AgMPZBYEZg8VBQl0QUgvQWJvdXQtVXMvD2Ryb3Bkb3duLXRvZ2dsZQhkcm9wZG93bi10ZG9vZ2xlZAEYiBjb
... GFzcz0iY2FyZXQiPjwvYj5kAgEPFCsAAg8WBB8CZx8DAg1kZBYCZg9kFhoCAQ9kFgJmDxUCHS9QQUgvQWJvdX
... QtVXMvMjAxNS1FeHBhbnNpb24tD2JIwMTUgRXhwYW5zaW9uC2QCAQ9kFgJmDxUCgERlbmVyYWwtQWRkcmVzc
... ZZWFyLUFubml2ZXJzYXJ5LxMxMCBZZWFyIEFubml2ZXJzYXJ5ZAIDD2QWAmYPFQIgL1BBSC9BYm91dC1Vcy8xMC1
... ZZWFyLUFubml2ZXJzYXJ5LxMxMCBZZWFyIEFubml2ZXJzYXJ5ZAIDD2QWAmYPFQIgL1BBSC9BYm91dC1Vcy9B
... d2FyZHMtYW5kLUhvbm9ycy8RQXdhcmRzIGFuZCBIb25vcnNkAgQPZBYCZg8VAikvUEFIL0Fib3V0LVVzL1Bhc
... mtlcilIb3NwaXRhbC1Gb3VuZGF0aW9uLXpxQYXJzIgSG9zcGl0YWwgRm91bmRhdGlvbmQCBQ9kFgJmDxUCJS
... 9QQUgvQ29tbXVuaXR5LU0vbW1lbm10e5S1JbnZvbHZlbWVudC8JQ29tbXVuaXR5ZAIGD2QWAmYPFQIaL1BBSC9
... BYm91dC1Vcy9PdXItTGVhZGVyc9KTGVhZGVyc2hpcGQCBw9kFgJmDxUCGi9QQUgvQWJvdXQtVXMvT3VyLVNw
... b25zb3IvC091ciBTcG9uc29yZAIID2QWAmYPFQIZL1BBSC9BYm91dC1Vcy9GYXN0LUZhY3RzLxJGYXN0IEZhY
... 3RzZAIJD2QWAmYPFQInL1BBSC9BYm91dC1Vcy9qaXN0aWNlL1WYWx1ZXMvEklpc3Npb24g24gYW
... 5kIFZhbHVlc2QCCg9kFgJmDxUCI9C9DZW50dXJhLUhlYWx0aC0aC1SZXNlYXJjjac1DZW50ZXIvF0NlbnR1cmEgSGV
... hbHRoIFJlc2VhcmNoZAIILD2QWAmYPFQIzL1BBSC9BYm91dC1Vcy9Sb2FkbWFwLXRvLXRoZS1GdXR1cmUtb2Y1
... SGVhbHRoLUNhcmUvJFJvYWRtYXAgdG8gdGhlIEZ1dHVyZSBvZiBIZWFsdGggQ2FyZWQCDA9kFgJmDxUCLi9QQ
... UgvRm9yLVBhdGllbnRzLWFuZC1GYW1pbGllcy9TcGlyYXR1YWwtQ2FyZS8OU3Bpcmml0dWFFsIENhcmVkAg0PZB
... YCZg8VAlVodHRwczovL2NlbnRlcmEuY2JpY3QvZdXJlam9ybXN1bE6lZdEzvcm0uYXNweD9tb3JltbmFsZTEr
... tbmFtZT1QUkttfU2hhcmVfQV9Db21wbGltZW50X50ElNoYXXJlIGEgQ29tcGxpbWVudGQCBA9kFgRmDxUFEUNvbW11
... bml0eS1QYXJrZXIvD2Ryb3Bkb3duLXRvZ2dsZShkcm9wZG93bi10b2dnbGUydDW5pdHkvPGlgY2xhc3M9M3Jv
... j48L2I1+
...
... ZAIBDxQxAAIPFgQfQfAmcfAwIJZGQWAmYPZBYSAgEPZBYCZg8VAk9odHRwczovL3JlZy5hYmNNaZWduddXAuY29tL
... 3ZpZXcvdmll1b1tb250aC5hc3B4c3B4P2FzPTI4JmFtcDt3cD0xMj1mYW1wO2FpzDlDRU5UVVJFBFENsYXNzZXMgJm
... FtcDsgRXZlbnRzZAIICD2QWAmYPFQIYL1BBSC9Db21tdW5pdHkvU2VtaW5hbWlnuYXJzZAIICD2QWAmYPFQ
... FQJcaHR0cHM6Ly9yZWcuYWJjZ1nbnVwLmNvbvbS92aWV3L3ZpeXZXdkfbW9udGguYXNweD9hcz0yOCZhbXA7bXA7ZA
... MTIyJmFtcDthaWQ9Q0VOVUVFVSQSZhbXA7Y2F0M0znTULQ29uZmVyyYR5jZXNkAgQPZBYCZg8VAhwvUEFIL0Nvb
... Wllbml0eS9FaW5hbmNpYWwtUHVpcHRpY25hrEhlYWxpbmcgQXJi0c2QCBQ9kFgJmDxUCKKS9QQUgvQ29tbXVuaXR5L1NvY2
... lhbC1NZWRpYS9Tb2NpYWwtTWVkaWEvEvrnFNvb2lhbCBNZWRpYYWQCBg9kFgJmDxUCGS9QQUgvQ29tbXVuaXR5L1Z
... vbHVudGVlci8JVm9sdW50ZWVyZAIHD2QWAmYPFQIdL1BBSC9Db21tdW5pdHkvR3Jvdy1NYWdhemlzZS8NR3Jv
... dyBNYWdhemluZZAIID2QWAmYPFQ1cL1BBSC9Db21tdW5pdHkvUGVudGVyLVNlbmR1cmEtSW50ZW1sbE90aXN
... HkgQmVuZWZpdHPgQ29Q9kFgJmDxUCKS9QQUgvQ29tbXVuaXR5L0vXxdWVzdHlpuY4U2FmZXR5LVBytb2dyYW0vEU
... VxdWVzdHJpYW4gU2FmZXR5IAIFD2QWBGYPFQUbSGVhbHRoLWFuZC1XZWxsbmVzcy1QYXJrZXIvD2Ryb3Bkb3d
... uLXRvZ2dsZQhkcm9wZG93bitYWFsdGggaW5nTcDsgV2Vsbc51c3MVPFGlY2xhc3M9ImNhcmV0Ij48L2I1+
... ZAIBDxQxAAIPFgQfQfAmcfAwIGZGQWAmYPZBYMAgEPZBYCZg8VAjIvUEFIL0hlYWx0aC1hbmQtV2VsbG51c3MvT
... nV0cml0aW9uL1BlYWt2aWV3L1UNhZsOpLw5Q2WFrdmllbyBDYWbDqWQCAg9kFgJmDxUCPi9QQUgvSGVhbHRoLW
... FuZC1XZWxsbmVzcy9TZWFzb25hbC1Db2mZvcm1hdGlvbi9GbHUtU3VlYXNvbi1hbmQtV2FyZXBpb24+FFNlYXNvbmFs
... ybWF0aW9uLXdhbmQtV2F0ZXJpb24+FFNlYXNvbmFsIEluZm9ybWF0aW9uIGFuZCBXF aW5n
... cnkvRkhlYWx0aCBmaWYXJ5ZAIFD2WCAmYPFFQULONhZmVZXWxsLS8IQ2FmZVdlbGxkAgQPZBYCZg8VAhAvQVNvbGhhR
... eQ9kFgJmDxUCDS9PVHJpYWdlLUFwcC8LaVRyaWFnZSBBcHBkAgYPZBYEZg8VBQlQQUgvTmV3cy9PZHJvcGRvd2
... 4tdG9nZ2xlCGRyb3Bkb3duBE5ld3MVPGlgY2xhc3M9ImNhcmV0Ij48L2I1+
... ZAIBDxQxAAIPFgQfAmcfAwIEZGQWAmYPZBYGAgEPZBYCZg8VAg0vRWJvbGEtVmlydXMvF0Vib2xhIFZpcnVzI
... EluZm9ybWF0aW9uuZAIHD2QWBgIDD2QWAmYPZBYEZg9kFgJICAw9kFgJmD2QWAgIBDxYCHgVjbGFzcwUQZHJvcH
... pvbmtUgUEJDbGVhcmQCAQ9kFgJICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgJICAQ9kFgJmD2QWBGYPZBYC
... Zg9kFggCAg9kFgJmDw8WAh8FZ2QWBAIBDxYCHwMCARYCZg9kFgFQCAQ9kWBBBGBQBtpdGVtIGFjdGl2ZR8FaBYGZ
... g8VAgAFX3NlbGEkAgEPDxYEHwQFUi91cGxvYWRlZEltYWdlcy9wYXJrZXJJob3NwaXRhbC9Db250ZW50L0l1BBSC
... 9Ib211LL0Nhcm91c2Vscy9QS1JfZXh0ZXJpb3JJf0DU1eDQxNyq5qcGceDUFsdGVyym0vZVleHQFD1Bhcmt1ciB
... FeHRlcmlvcmRkAgMPFQEAZAIDDxYCHwYFZCl0ZW0gYWN0aXZlAgZPFgQCAR8PFgQfBAVSL3VwbG9h
... ZGVkSW1hZ2VzL3Bhcmt1chmvc3BpdGFsL0NvbnRlbnQvUEFIL0hvbWUvQ2Fyb3VzZWxzL1BLU19leHRlcmlvc
... l84NTV4NDE3LmpwZx8HBQ9QYXJrZXIgRXh0ZXJpb3JJpb3JkAgIADDxYCHwVoZg9JmDxUBAGQCAw8PFgIfBWhkZAIEDx
... YCHwVnFgYCAQ8WAh8ABQE5ZAIDDxYGHglpbm51cmh0bNwWfCHZpZXcgYWxsHgdvbmNaWNrBVNkb2N1bWVudC5
... sb2ZNhdGlvbi5ocmVmPScVUEFIL1NwZWNpYWwx0YXWtZXXbCL0VtZXJnZW5jeS1TZXJ2aWNlcy9FbWVyZ2Vu
... dC1UaWllcy8nOx8FZQ2CBQ8PFgofAAUVVGVsbZCHhvcVBEBb3UncmUgQ29taW5nsIQX5kWBdG9oIFRlaHNtIZ
... HM6Ly93d3cuaXRyYWFnZWhlYWx0aC5jb20vZmFJaWWWxpdHkvcGFya2VyLWkdmVudGlzZC1ob3NwaXRhbC02MT
... gxMR4GVGFyZ2V0OBQVfc2VsZh4HVG9vbFRpcAUVVGVsbCBVcyBYb3UncmUgQ29taW5nLQ29taW5nvnZGQCBg8WAh8FZxY
... EAgEPFgIeA3Ny YWVHaHR0cHM6Ly9tYXBzLmdvb2dsZS5jb20vbWFwcz9sb2cZoS41NDg2MTMzLC0xMDQuNzcc
... MDM4MyZhbXA7ej0xMCZhbXA7KA7b3V0cHV0PWVtYmVkZAIDDxYCHgRocmVmBV0vQ29tcG9uZW50cy9UZW1wbGF0Z

```
...  XMvRGIyZwhoAw5UdyShd3B4FPVuRCc4RrFlJ54H9OTM5NS8BDmv9SDlYbcmV9UECROJ3Sv9jXZHcmQsIFBhcmtlci
...  AgQ08gODAxMzhkAggPFgIfAwIDFgYCAQ9kFgJmDxUEGy9QQUgvQ29udGFjdC1Vcy9Db250YWN0LVVzLwVfc2V
...  sZhlDb250YWN0IFVzIC0gMzAzLTI2OS00MDAwGUNvbnRhY3QgVXMgLSAzMDMtMjY5LTQwMDBkAgIPZBYCZg8V
...  BBcvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uLwVfc2VsZhVDYXJlZXJzIGFuZCBFZHVjYXRpb24VQ2FyZWVycyBhb
...  mQgRWR1Y2F0aW9uZAIIDD2QWAmYPFQQZL1BBSC9Db21tdW5pdHkv5dW50ZWVyLwVfc2VsZglWb2x1bnRlZX
...  IJVm9sdW50ZWVyZAICD2QWAgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPFGQPAWN0bDAwX0NvbnRlbnRQbGFjZUh
...  vbGRlcjFRFHJvcFpvbmUxX3V4Q29sdW1uGlzcGxheV9jdGwwMF91ENvbnRyb2xDb2x1bW5fY3RsMDBfdXhX
...  aWRnZXRIb3N0X3V4Q2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0RWRpdG9yX1V4Q2FuY2VsXZfQnV0dG9uZAIBD
...  xQrAgMFpwFfX2RvUG9zdEJhY2soJ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUxJHV4Q29sdW
...  1uRGlzcGxheSRjdGwwMCRleENvbnRyb2xDb2x1bW5kY3RsMDAkdXhXaWRnZXRIb3N0JHV4Q2lkZ2V0SG9zdF9
...  3aWRnZXVkV2lkZ2V0RWRpdG9yJHV4Q2FuY2VsJywnJyk7cmV0dXJuIGZhbHNlO2Q2FBkNhbmNlbGGQCBQ9kFgJm
...  D2QWBGYPZBYCAgMPZBYCZg9kFgICAQ8WAh8GBRBkcm9wem9uZSBQQkNsZWFyZAIBD2QWAgIBD2QWAmYPZBYCA
...  gEPFgIfBgUEIHJvdxYCAgEPFgIfAwIEFghmD2QWBmYPFQIJIGNsYXNzPScnAGQCAQ8WAh8FaGQCAw8WAh8hDAg
...  MWBGYPZBYCAgEPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCAgIPZBYCAgIPZBYCZg9kFgJ
...  mD2QWAmYPZBYCEg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9sZGVyMV9Ecm9wWm9uZTJfdXhDb2x1bW5EaXNw
...  bGF5X2N0bDAwX3V4Q29udHJvbENvbHVtbl9jdGwwMF91eFdpZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpZGdld
...  F9XaWRnZXRFZGl0b3JfV3hDbmNlbC25bkAgEPFCsCAwWnAV9fZG9Qb3N0QmFjayanY3RsMDAkQ29
...  9udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHV
...  tbiRjdGwwMCR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkyXVhbDlYWh5zWwn
...  LCcnKTtyZXR1cm4gZmFsc2U7ZAUGQ2FuY2VsZAICD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICA
...  Q9kFgJmD2QWAmYPZBYCEg9kFgQCAQ8WAh8FaGQCAw8WAh4Fc3R5bGUFDWhlaWdodDogMjVweDtkAgEPZBYCZg
...  8QDxYCHwAFEEhvcml6b250YWwgQnJlYWtkZGRkAgIPEGRkFgBkAgMPDxYCHwAFBFNhbdmVkZXIBD2QWBmYPFQI
...  RIGNsYXNzPSdjb2wtbWQtNicAZAIBDxYCHwVoZAIDDxYCHwMCBBYIZg9kFgICAQ9kFgJmD2QWAgIBD2QWAgIB
...  D2QWAmYPZBYCAgEPZBYCZg9kFgJmD2QWAmYPZBYEAgEPFcsAAg8WBh8CXx8DAgMfBWdkZBYGZg9kFgYCAQ8WAh
...  8ABAbABPGEgaHJlZj0iLONlbnRlcmtSGVhbHRoRHOLVByZXNzLVJlbGVhc2VzL1N0LS1WaW5jZW50LSUhvc3BpdG
...  FsLC1DZW50dXJhLUhlYWx0aC1GbCgFuLU5ldy1NwaXRhbC1Gb3ItTGFrZS1Db3VudHHvIiA+
...  PHRpbGUgZGF0XXRpbWU7Y3jgvMzAvNiAxMjowMDowMCBBTSI+
...  QXVnIDMwLCAyMDE2ZC90aWllljwjPjwvYT5kAgMPFgIfAAW8ATxhIGhyZWY9Ii9DZW50dXJhLUhlYWx0aC0aClQcmVzc
...  y1SZWxlYXNlcy9TdC0tVmluY2VudC1Ib3NwaXRhbC0wQ2VudHVyYS1IZWFsdGgtGUxhbi1OZXctSG9zcGl0YW
...  wtRm9yLUxha2UtQ291bnR5LyIgPlN0LiBWaW5jZW50IEhvc3BpdGFsLCBDZW50dXJhIEhlYWx0aCBpbGFuIE5
...  ldyBIb3NwaXRhbCBCGb3IgTGFrZSBDb3VudHk8L2E+
...  ZAIBD2QWBAIBDxYCHwAFiQE8YSBocmVmPSIvQ29tcG9uZW50cy9uZW50c0y9XaXJlZnhoWVzL3BiX3JpZ2h0cmFpbC5hc
...  3B4P3BhZ2VpZD020NyZpZD0xNzE3OTg2OTIyNS1SIgPjx0aWllIGRhdGV0aWllPSI4LzgvMjAxNiAxMjowMDowMC
...  BBTSI+QXVnIDgsIDIwMTY8L3RpbWU+
...  PC9hPmQCAw8WAh8ABaoBPGEgaHJlZj0iL0NvbXBvbmVudHMvMV2lyZWZyYW1lcy9wYl9yaWdodHJhaWwuYXNwe
...  D9yYWdlaWQ9N1jcmaWQ9MTcxNzk4NjkyMjUiID5Qb3J0ZXIgQWR2ZW50aXN0IEhvc3BpdGFsIGFuZCBTZW5pb3
...  IgQ2FyZSBvZiBDb2xvcmFkbyBBbm5vdW5jZSB0aGVBIHBhbHRlZBHHbhmbhQ2xpbmljYWlDYmplY3RpdmYI
...  EAgEPFgIfAAWgATxhIGhyZWY9Ii9DZW50dXJhLUhlYWx0aC0aClQcmVzcy1SZWxlYXNlcy9Jbm5vdmF0aXZlLUNv
...  bG9yYWRvLUNsaW5pY2FsLXB5bGFubmluZy1MZXZlcmFnZXMtYXJZaXN0LUlmd2VtMlZzc210cy8iD48GltZT0iO
...  C80LzIwMTYgMTI6MDA6MDAgQU0iPkF1ZyA0OLCAyMDE2PC90aW11PjwvYT5kAgMPFgIfAAWgATxhIGhyZW9Y1i
...  9DZW50dXJhLUhlYWx0aC1QcmVzcy1SZWxlYXNlcy9Jbm5vdmF0aXZlLUNvbG9yYWRvLUNsaW5pY2FsLXBsYW5u
...  aW5nLUxldmVyYWdlcy1hcnRpc3QtVXdlbVZzc210cy8iPlBsbm5vdmF0aXZlIENvbG9yYWRvIENsaW5pY2FsIFFvu
...  bmVjZXNYXJ5IEVSIFZpc2l0czwvYT5kAgIPFgYfCAUJcmVhZCBtb3JlHwkFJGRvY3VtZW50LmxvY2F0aW9uL
...  mhyZWY9Jy9QQUgvTmV3cy9t0x8RFZ2QWAgIfCBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBkAFjdGwwMF9Db2
...  50ZW50UGxhY2Vib2xkZXIxX0Ryb3Bab251Ml91eENvbHVtbkRpc3BsYXlfY3RsMDFfdXhDb250cm9sQ29sdW1
...  uX2N0bDAwX3V4V2lkZ2V0SG9zdF91eFdpZGdldEhvc3Rfd2lkZ2V0X1dpZGdldEVkaXRvcjfFVXhDYW5jZWxxf
...  MF9CdXR0b25kAgEPFCsCAwWoAV9fZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm0ww
...  m9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbiRjdGwwMCR1eFdpZGdldEhvc3QkdX
...  hXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkJFV4Q2FuY2VsJywnJyk7cmV0dXJuIGZhbHNlO2QPBkN
...  hbmNlbGGQCAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgRmD2QWAmYPZBYCAgQP
...  DxYCHwVnZGQCAg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgRmDxUBjwFjdGwwMF9Db250ZW50UGxhY2Vlb2xkZ
...  XIxX0Ryb3Bab251Ml91eENvbHVtbkRpc3BsYXlfY3RsMDFfdXhDb250cm9sQ29sdW1uX0tDbAxX3V4Q2lkZ2
...  V0SG9zdF91eFdpZGdldEhvc3RfRfd2lkZmV0X1dpZGdldEVkaXRvcl9VeENhbmNlbF8xX0J1dHRvbmQCAQ8UKwI
...  DBacBX19kb1Bvc3RCYWNrKCdjdGwwMCRDb250ZW50UGxhY2Vlb2xkZXIxJERyb3Bab25lMiR1eENvbHVtbkRp
...  c3BsYXkkY3RsMDEkdXhDb250cm9sQ29sdW1uJGN0bDAxJHV4Q2lkZ2V0SG9zdCR1eFdpZGdldEhvc3RfZd2lk
...  2V0JFdpZGdldEVkaXRvciRVeENhbmNlb1Bccy1JycpO3JldHVybiBmYWxzZTtkBQZDYW51Z2WxkAgIPZBYCAgEPZB
...  YCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYCZg9kFgJmD2QWAgIEDw8WAh8FZ2RkAgIPZBYCAgY
...  PZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9sZGVyMV9Ecm9wWm9uZTJfdXhD
...  b2x1bW5EaXNwbGF5X3V4Q29udHJvbENvbHVtbl91eFdpZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpZGdldRXb2R
...  3N0X3dpZGdldF9XaWRnZXRFZGl0b3JfWXhDmncl5VeENhbmNlbF8xX0J1dHRvbmQCAQ8UKwIDBanY3RsMD9X0X
...  gnYJRsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29
...  udHJvbEhvbHVtbiRjdGwwMiRleFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3Ik
...  VXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFsc2U7ZAUGQ2FuY2VsZAICD2QWAgIBD2QWAmYPZBYCAgEPZBYCAgEPZ
...  BYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgICBA8PFgIfBWdkZAICD2QWAgIGD2QWAmYPZBYCZg9kFgJmD2
...  QWBGYPFGQPAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRlcjFfRHJvcFpvbmUyX3V4Q29sdW1uGlzcGxheV9jdGw
...  wMV91eENvbnRyb2xDb2x1bW5fY3RsMDBfdXhXaWRnZXRIb3N0X3V4Q2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0
...  RWRpdG9yX1V4Q2FuY2VsXZfQnV0dG9uZAIBDxQrAgMFpwFfX2RvUG9zdEJhY2soJ2N0bDAwJENvbnRlbnRQb
...  GFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMSR1eENvbnRyb2xDb2x1bW5kY3RsMD
```

MkdXlyRaWRnzXRIb3N0bHV4Vz1kZZV0SG59dF93aWRnbXQbV29kZYV0RWRpdGY9ZW9kZWtsYsJywnJyk7cmV
0dXJuIGZhbHNlO2QFBkNhbmNlbGGQCAg9kFgZmDxUCESBjbGFzcz0nY29sLW1kLTYnAGQCAQ8WAh8FaGGCAw8W
Ah8DAgQWCGYPZBYCAgEPZBYCZg9kFgZICAQ9kFgZICAQ9kFgZmD2QWAgIBD2QWAmYPZBYEZg9kFgZmD2QWAgIED
w8WAh8FZ2RkAgIPZBYCAgYPZBYCZg9kFgZmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9sZG
VyMV9Ecm9wWm9uZTJfdXhDb2x1bW5EaXNNwbGF5X2N0bDAyX3V4Q29udHJvbEhvbNVtbl93jdGwwMF91eFdpZGd
ldEhvc3RfdXhXaWRnZXRIb3N0X3dpZcGgldF9XaWRnZXRFZGl0b3JfVXhhDYW5jZWxfMF9CdXR0b25kAgEPFCsC
AwWnAV9fZG9Qb3N0N0QmFjaygnV3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5Ea
XNwbGF5JGN0bDAyJHV4Q29udHJvbENvbHVtbl93jdGwwMCR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZG
dldCRXaWRnZXRFZGl0b3IkYXhDYW5jZWxfM0c1cm4gZmFsc2U7AAUGQ2FuY2VsDGQFBkNhbmNlbAg9kFgZmD2Q
WAmYPZBYCAgEPZBYCAgEPZBYCZg9kFgZICAQ9kFgZICAQ9kFgZmD2QWAgIBD2QWAmYPZBYCZg9k
D2QWAmYPZBYCZg9kFgRmD2QWBAIDDxCYVoZAIDDxYCHw8FDGhlaWdodDogNXB4O2QCAQ9kFgZ
...

... YCZgaVBARAAkKAQpPFgIfAw1rbFgmd2QWAnVNFoQQLlBBSe9bJsV3wNd5WF2AAr25n1BerKQ29udGFjdCB
... Vc2QCAQ9kFgJmDxUEGS9QQUgvQ29tbXVuaXR5L1ZvbHVudGVlci8ABV9zZWxmcCVzvbHVudGVlmQCAg9kFgJm
... DxUETi9QQUgvRn9yLVBhdGllbnRzLWFuZC1GYWlpbGlllcy9CaWxsaW5nLWFuZC1GaW5hbmNppYWwtU2VydmljjZ
... XMvT25saW5lLLUJpbGwtUGF5LwAFX3NlbGYGYPT25saW5lIEJpbGwgUGF5ZAIFDxYCHwVnFgICAQ8WAh8DAgIWBg
... YPZBYCZg9VBAhmYWNlYm9vay9odHRwOi8vd3d3LmZhY2Vib29rLmNvbS9QYXJrZXJZBZHZlbnRpc3R1b3NwaXRh
... hbAZfYmxhbmsAZAIBD2QWAmYPFQQHdHdpdHRlciVodHRwOi8vd3d3LnR3aXR0ZXIuY29tL1Bhcmtlckhvc3Bp
... dGFsBl9ibGGFuawBkAgYPFgIfBWcWAgIBDxYCHwMCAhYEZg9kFgJmDxUECZHyY2Vib29rL2h0dHA6Ly93d3cuZ
... mFjZWJvb2suY29tL1BhcmtlckFkbmVudGlzdEhvc3BpdGFsB19ibGFuawBkAgEPZBYCZg8VBAd0d2l0dGVyJW
... h0dHA6Ly93d3cudHdpdHRlRlci5jb20vUGFya2VySG9zcGl0YWwGX2JsYW5rAGQCBw8WAh8DAgQWCGYPZBYCZg8
... VAxUvSG9tZS9BREEtQ29tcGxpYW5jZS9BDkFEQSBDb21wbGlhbmNlZAIBD2QWAmYPFQMRL0hvbWUvRGlzY2xh
... aW1lci8ACkRpc2NsYW1lZdAIBD2QWAmYPFQNGL0hvbWUvRGVzaWduLVN0YW5kYXJkcy9jZW50ZXJQcHJvZmVzc2
... lvbmFscy8ABkNvbnRhY3RkAgMPZBYCZg8VBAxoRmcvzovL3d3dy5jb3JwLW9uZS5jb20vUGFyZXJ0YWxfS2Bya
... XZhY3kkt1YW5LLXN1Y3VyaXR5L1XBvbGljyleS8AIVdlYnNpdGUgUHJpdmFjeSBSmIFNlY3VyaXR5IFBvbGljyWQCAw
... 9kFgJmDxUDAAAAAZAINDxYCHwAFejxoMz5XaHkgV2UgQXNrIFlvdXIgWmlwIENvZGU8L2gzPjxwPk91ciBzZWF
... yY2ggdG9vbHMgcmVxdWlyZSBhIHppcCBjb2RlIHRvIGlhdGNoIHRoZSBsb2NhdGlvbiBuZWFyYZXN0IHlvdXS48
... YnIgLz48YnIgLz48L3A4+
... ZAIPDxYCHwAFGlBsZWFzZZSB1cGdyYWRlIHlvdXIgYnJvd3NlcmQCEQ8WAh8ABWFGb3IgdGhlIGJlc3QgZ2l0OZ
... SB2aW3aW5IGV4cGVyaWVuY2UgcGxlYXNlIHVzZ1YGhlIGUgeW91ciBicm93c2VyIHRvIEluludGVybmV0IEV4cG
... xvcmVyIDkgb3IgYWJvdmUuIAIXDxYCHwBlZBguBSRjdGwMCRFByaWlhcnlOYXZRb2JpdGVVXhNb2JpbGGV
... OYXYPFCsADmRkZGRkZGQ8KwAGAAIGZGRkZGL/////
... D2QFQWN0bDAwJFV4UHJpbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdiRJsMyRVeE1vYmlsZU5hdlNlY29tuZ
... ExldmVssDxQrAA5kZGRkZGRkPCsACQACCWRkZGYC/////
... w9kBaEBY3RsMDAkQ29udGVudFBsYWN1SG9sZGVyVMSEcm9wWm9uZTMkd2hDb2x1bW5EaXNwbGF5JGN0bDAwJH
... V4Q29udHJvbEVNbHRtbitbjRjdGwwMSRleFRwDzGdldEdhvc3QkdXhaWRnZXRlRIb3N0X3dpZGdldCRXaWRnZXRXRFGl
... 0b3IkVXhhDYW5jZWwkQ0w9uvdGFjZC1dHRvb1kltc1cE1vZGUPD2RmZAWhWRpdG9yZ3JfVy2sYL3kErHRvbiRRh
... c3A+c3A+WBKbnRqRljlbIbbm5QUiFaHOYWRVQ3ZxdL1kZ2VlZHnRlRTAnRlXbWNRlbEYbW4Y3RsMDAkQ29udGVudFBsYWNlSG9sZG
... ZUhvxWRnZXRlbm0Rlc2VydmljZXM0Y29tZTGiZ3VpZGVyYXRpY28VveXgY3RsMDAkY29udGVudFBsYWN1SG9sZ
... BCdXR0b25SNYXJrdXBXb2RlRl9w9kXmQFlAFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXJ1ZXJyb3Jlb2Bab251MiR1eE
... vbHVtbkRpc3BsYXkkY3RlbMEkXhDb250cm9sZ5Q29udGxhdqJH0b0kuGN0bDAwJHV4Q29udGVudFBsYWN1SG9sZGEv
... c3Rfd2l1kZ2V0X3dpdGdldF93aWdldCRXaWRnZXRFZGl0b3JkQXdpZGdldEVkaXRvcl9wbG9jYXJ5ZXN5ZAIIBDxZ
... AIDZGRkZgL/////
... D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyUjHV4Q29zdW1uRGlzcGxheSRjdGwwMCR1e
... ENvbnRyb2x2b2x1bW4kY3RsMDEkRxoYWdldEhvc3RkdXhhZdGdldEhvc3Rfd2l1kZ2V0X3dpZGdldCRXaWRnZXRFZ
... lcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDFSRFDAkdXhXWRn
... ZXRIb3N0JHV4V2hkZ2V0JHV4V2luZ2V0UY5WuJHV4V2luZ2V0MxRXmF4Q29udG9sdGFzdkQ2ZF93aWRnZXRfd2l1
... 29sdW1uRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDFSRHMDkdXhXWRnZXRIb3N0JHV4V2hkZ2V0U
... gPD2QCAWFgeFGNmUdZGuWJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGw
... wMCR1eENvbnRyb2xDb2x1bW4kY3RsMDFkdXhXWFuZXRiSb3N0JHV4V2lkZ2V0VSV0SG9zdF93aWRnZXRXQkVmlld1Nl
... dA8PZGRzKBS5jdGwwMCR0b250ZW50UGxhY2VIb2xkZXIxJHRyb2Bab251MyR1eFVYU3dpdGdOdw8kagFkbAEBBSWdjd
... GwwMCR0b250ZW50UGxhY2VIb2xkZXIxJHRyb2Bab251JHYmjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDFkdXhXWFuZ
... 9sQ29udGVudFBsYWNlSG9sZGVyMSRECm93Wm9uZTMkdXhXWFuZ2V0SG9zdC93aWRnZXRFdmlld1NlbGVjdGlvbkQyQ
... IbexkkZXIxJHRyb2Bab251MSR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJHV0ZGlzcGxheSRjbQ
... V2lkZ2V0SG9zdCRlcFVYU3dpdGdOdw8kAgFkbaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRECm93Wm9uZ
... TIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbiRjdGwwMSRl4VFdpZGdldEhvc3QkdXhXWF
... RnZXRIb3N0X3dpZGdldCRXaWRnZXRlcl9wbG9jYxXZl0I1rlYXDYW5jZWxkd1dHRvbjlkdDHRvbhDcmcmcmmcmt1c1
... PD2RmZAV4Y3RsMDAkQ29udGVudFVudFFBsYWNlSG9sZGVyMSREcm93Wm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAw
... JHV4Q29udHJvbENvbHViaRjdGwwMSRleFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRWaWV3U2V0VD
... w9kZmQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29zdW1uRGlzcGxheSRjdGwwMi
... R1eENvbnRyb2xDb2x1bW4kY3RsMDFkdXhXaWRnZXRIb3N0JHV4V2hkZ2V0U2V0SG9zdF93aWRnZXRFZGl0b3JkHJ
... pbWFyeU5hdk1vYmlsZSRVeE1vYmlsZU5hdiRJsMSRVeE1vYmlsZU5hdlNlY29tdUZVeExldmVsDxQrAA5kZGRk
... ZGRkPCsADQACADCWRkZGYC/////
... w9kBS9jdGwwMCRDb250ZW50UGxhY2Vib2xkZXIxJFVGFnZUhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMSRD
... AkQ29udGVudFBsYWNlSG9sZGVyMSREcm93Wm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbEN
... vbHVtbiRjdGwwMiR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMSRDAkCAACCGRkZGYC/////
... aWxlJFV4TW9iaWxlTmF2JGN0cmwyJFV4TW9iaWxlTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwANAAINZ
... GRkZgL/////
... D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyUjHV4Q29zdW1uRGlzcGxheSRjdGwwMCR1e
... ENvbnRyb2xDb2x1bW4kY3RsMDFkdXhXaWRnZXRIb3N0JHV4V2hkZ2V0U2V0SG9zdF93aWRnZXRFZGl0b3JkHJ
... VyJFV4TWljcm9zaXRlTWVudSRVeFJpZ2h0bmF2DxQrAA5kZGRkZGRkPCsACAACCGRkZGYC/////
... w9kBWdjdGwwMCRDb250ZW50UGxhY2Vib2xkZXIxJFVGFnZUhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDEkdX
... hDb250cm9sQ29sdW1uJGN0bDAwJHV4Q29udHJvbENvbHVtbiRjdGwwMiR1eFdpZGdldEhvc3QkdXhVWFN3aXRj
... aA8PZAIBZAVnY3RsMDEkdXhXWFFuZXRIb3N0JHV4V2lkZ2V0U2V0SG9zdF93aWRnZXRFZGl0b3JkHVyJFV2sZEJ1d
... HRvbiRhc3BDdXR0b25SNYXJrdXBNb2RlRl9w9kZmQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbm
... UzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDFkdXhXaWRnZXRIb3N0JHV4V2lk
... Td2l0Y2gPD2QCAWFgeFGNmUdZGuWJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4UCXYPFCsADmRkZGRk
... ZGQ8KwAJAAIJZGRkZgL/////
... D2QFLmN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyUjHV4VVhTd2l0Y2gPD2QCAWQFZN0bDAwJ

128391
ENvbmRlbnRpbGjZUhvbGRlciJyEkRHVcFpvbmUyJHV4Q29sdWluRGlzcGxheWMCR1eENvbnRyb2xDb2
x1bW4kY3RsMDEkXhaWRnZXR1b3N0JHV4VVhTd2l0Y2gPZ2QCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGR
lcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSRjdGwwMSR1eENvbnRyb2xDb2x1bW4kY3RsMDIkdXhXaWRn
ZXRIb3N0JHV4VVhTd2l0Y2gPZDQCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q
29sdWluRGlzcGxheSRjdGwwMSR1eENvbnRyb2xDb2x1bW4kY3RsMDEkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2
gPD2QCAWQFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMyR1eENvbHRtbkRpc3BsYXkkY3R
sMDAkdXhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2l0Z2V0JFdpZGdl
dEVkaXRvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9uUWFya3a3VwTW9kZQ8PZGZkBaEBY3RsMDAkQ29udGVud
FBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbiRjdG
wwMyR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkVXhDYW5jZWwkQnV0dG
uJGFzcEJ1dHRvb1hcmt1cE1vZGUPD2RmZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIk
dXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbiRjdGwwMyR1eFdpZGdldEhvc3QkdXhXVFN3a
XRjaA8PZAIBZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheS
RjdGwwMSR1eENvbnRyb2xDb2x1bW4kY3RsMDEkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPZDQCAXQkV2l
kZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dHRvbiRhc3BCdXR0b25NYXJrdXBNb2RlDw9kZmQFZ2N0bDAwJENvbnRl
bnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSRjdGwwMiR1eENvbnRyb2xDb2x1bW4kY
3RsMDEkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPZ2QCAWQFQWN0bDAwJFV4UHJpbWFyeU5hdk1vYmlsZSRVeE
1vYmlsZU5hdiRjdHJsMCRVeE1vYmlsZU5hdlNlY3Rpb25zUxDxQrAA5kZGRkZGRkPCsAGAACGGRkZGYC///
//
w9kBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTTMkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJH
V4Q29udHJvbENvbHVtbiRjdGwwMyR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl
0b3IkVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvb1hcmt1cE1vZGUPD2RmZAVnAWN0bDAwJENvbnRlbnRQbGFj
ZUhvbGRlcjEkRHJvcFpvbmUxJHV4Q29sdWluRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkd
XhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dHRvbiRhc3
BCdXR0b25NYXJrdXBNb2RlDw9kZmQFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiR1eEN
vbHRtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc
3Rfd2l0Z2V0JFdpZGdldEVkaXRvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9uUWFya3a3VwTW9kZQ8PZGZkB
aEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAy
9udHJvbENvbHVtbiRjdGwwMyR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3I
kVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvbVhcmt1cE1vZGUPD2RmZAVnAWN0bDAwJENvbnRlbnRQbGFjZUhv
bGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSRjdGwwMiR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXa
WRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXRXZXQkV2lkZ2V0RWRpdG9yJFV4Q2FuY2VsJEJ1dHRvbiRhc3Bc
R0b25NYXJrdXBNb2RlDw9kZmQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUxJHV4Q29sdW
luRGlzcGxheSRjdGwwMCR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4VVhTd2l0Y2gPZDQ
CAWQFeGN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSRjdGwwMiR1e
ENvbnRyb2xDb2x1bW4kY3RsMDIkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkVmlldlNlZ21lbnRz
ZkBUFjdGwwMCRVeFByaW1hcnlOYXZNb2JpbGUkVXhNb2JpbGVOYXYkY3RybDUkVXhNb2JpbGVOYXZTZWNvbmR
MZXZlbA8UKwAOZGRkZGRkZBQrAAFkAgFkZGRmAv////
8PZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmw0JFV4TW9iaWxlTmF2U2Vjb25
kTGV2ZWwPFCsADmRkZGRkZGQ8KwAGAAIGZGRkZgL/////
D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25lMiR1eENvbHRtbkRpc3BsYXkkY3RsMDIkd
XhDb250cm9sQ29sdW1uJGN0bDAyJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2l0Z2V0JFdpZGdldEVkaX
RvciRVeENhbmNlbCRCdXR0b24kYXNwQnV0dG9uUWFya3a3VwTW9kZQ8PZGZkZkOau6pF51uQsL9JNUUv3VEDEtpA
Jw5fMyLU47ZI6KV3E=" />
128392
</div>
128393
128394
<script type="text/javascript">
128395
//<![CDATA[
128396
var theForm = document.forms['aspnetForm'];
128397
if (!theForm) {
128398
    theForm = document.aspnetForm;
128399
}
128400
function __doPostBack(eventTarget, eventArgument) {
128401
    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
128402
        theForm.__EVENTTARGET.value = eventTarget;
128403
        theForm.__EVENTARGUMENT.value = eventArgument;
128404
        theForm.submit();
128405
    }
128406
}
128407
//]]>
128408
</script>
128409
128410
128411
<script
src="/WebResource.axd?d=
t6Xk1lyxXcG3Twa9lmdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2
1-8q6Yk2c4QTTGPS_sQfQs1&amp;t=635586452020000000" type="text/javascript"></script>
128412

```
128413
128414  <script
    …   src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
    …   lh7d_XvfCmt3JVE-
    …   v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
    …   KZ5IfKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
128415  <script
    …   src="/ScriptResource.axd?d=
    …   lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS10l8k-
    …   jDXi1WxaLqm-
    …   nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
    …   _CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
128416  <div class="aspNetHidden">
128417
128418      <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
    …   value="928E56FE" />
128419      <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
    …   value="/wEdAASn7sr0oeVORYD2tRp1OZbUIKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
    …   O7/r72ox0aBhVzpl7w0mCxrBqF2M4p1I0j/I7Lze1wkDc9ZYVCagWoUtQ=" />
128420  </div>
128421      <div id="top"></div>
128422
128423
128424
128425
128426
128427  <div class="logo-wrap visible-print">
128428      <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
128429  </div>
128430
128431  <header id="header" class="hidden-print">
128432      <div class="c">
128433          <a class="open-link opener hamburger-menu" href="#"></a>
128434          <div class="top-header">
128435
128436              <div class="col-md-12">
128437                  <div class="topbreadcrumb ">
128438                      <a class='test' href='/PAH/Home/'>Home</a>
128439                  </div>
128440
128441
128442
128443  <nav>
128444
128445
128446
128447              <ul class="contact-list">
128448                  <li class="ektron-util-trigger"><span id="ektron-util-trigger"
    …   class="glyphicon glyphicon-chevron-left"></span></li>
128449
128450                  <li>
128451                      <a href="/Financial-Help/" target="" title="Payment Help?">Payment
    …   Help?</a>
128452
128453                  </li>
128454
128455                  <li>
128456                      <a href="/Careers-and-Education/" target="" title="Careers &amp;
    …   Education">Careers &amp; Education</a>
128457
128458                  <ul class="contact-list">
128459                      <li class="ektron-util-trigger"><span id="ektron-util-trigger"
    …   class="glyphicon glyphicon-chevron-left"></span></li>
128460
128461                      <li>
128462                          <a href="/PAH/Careers-and-Education/Benefits/" target=""
    …   title="Benefits">Benefits</a>
128463
```

```
128464                </li>
128465
128466                <li>
128467                    <a href="/PAH/Careers-and-Education/What-Makes-Us-Unique/" target=""
…      title="What Makes Us Unique">What Makes Us Unique</a>
128468
128469                </li>
128470
128471                <li>
128472                    <a href="/PAH/Careers-and-Education/Colorado-Life/" target=""
…      title="Colorado Life">Colorado Life</a>
128473
128474                </li>
128475
128476                <li>
128477                    <a href="/PAH/Careers-and-Education/How-We-Hire/" target=""
…      title="How We Hire">How We Hire</a>
128478
128479                </li>
128480
128481                <li>
128482                    <a
…      href="/PAH/Careers-and-Education/Education-Shadowing/Information-for-Shadowing-
…      Experience/" target="" title="Information for Shadowing Experience">Information for
…      Shadowing Experience</a>
128483
128484                </li>
128485
128486                <li>
128487                    <a
…      href="/uploadedFiles/parkerhospital/Content/PAH/Careers_and_Education/Education-
…      Shadowing/Shadowing Experience Application  Waiver - Nursing - FINAL (2).pdf"
…      target="" title="Shadowing Experience Application 2015">Shadowing Experience
…      Application 2015</a>
128488
128489                </li>
128490
128491            </ul>
128492
128493        </li>
128494
128495        <li>
128496            <a href="/MyCenturaHealth/" target=""
…      title="MyCenturaHealth">MyCenturaHealth</a>
128497
128498        </li>
128499
128500        <li>
128501            <a href="/PAH/Contact-Us/" target="" title="Contact Us">Contact
…      Us</a>
128502
128503        </li>
128504
128505        <li>
128506            <a href="/Home/For-Providers/" target="" title="For Providers">For
…      Providers</a>
128507
128508        <ul class="contact-list">
128509            <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…      class="glyphicon glyphicon-chevron-left"></span></li>
128510
128511        <li>
128512            <a
…      href="https://www.myvirtualworkplace.org/2B789886-A0F1-4084-86B3-0A18156046B3/login.
…      htm" target="" title="MyVirtualWorkplace">MyVirtualWorkplace</a>
128513
128514        </li>
128515
```

```
128516                     <li>
128517                         <a href="/Pay-Your-Fees-Online/" target="" title="Pay Your Fees
…     Online">Pay Your Fees Online</a>
128518
128519                     </li>
128520
128521                     <li>
128522                         <a href="/For-Providers/Physician-Consult-or-Transfer/" target=""
…     title="Physician Consult or Transfer">Physician Consult or Transfer</a>
128523
128524                     </li>
128525
128526                     </ul>
128527
128528                     </li>
128529
128530                     </ul>
128531
128532  </nav>
128533                     </div>
128534
128535         </div>
128536         <div class="lower-header">
128537             <div class="holder">
128538                 <div class="logo-wrap">
128539                     <a href="/">
128540                         <img id="ctl00_UxHeader_UxLogo" class="logo"
…     src="/uploadedImages/parkerhospital/Content/PAH/Configuration/Parker-Adv-Hosp-Web.png
…     " />
128541                     </a>
128542
128543                     <a href="#" class="drop-arrow">drop arrow</a>
128544
128545                 </div>
128546                 <div class="right-wrap">
128547                     <div class="search-form-new">
128548                         <div class="input-group input-group-sm">
128549                             <input id="searchText" type="text" class="form-control"
…     placeholder="Enter your search terms here" />
128550                             <div class="input-group-btn" >
128551                                 <input type="hidden" id="searchFolderId"
…     value="1662"/>
128552                                 <button type="button" class="btn btn-default
…     dropdown-toggle" data-toggle="dropdown" tabindex="-1">
128553                                     <span class="search-tip">current site</span><span
…     class="caret"></span>
128554                                     <span class="sr-only">Toggle Dropdown</span>
128555                                 </button>
128556                                 <ul class="dropdown-menu pull-right search-filter"
…     role="menu">
128557                                     <li><a href="0" data-folderid="1662"
…     class="active">current site</a></li>
128558                                     <li><a href="0" data-folderid="0">all
…     sites</a></li>
128559                                 </ul>
128560                                 <button id="main-site-search" type="button"
…     class="btn btn-default" tabindex="-1"><span class="glyphicon
…     glyphicon-search"></span></button>
128561                             </div>
128562                         </div>
128563                         <!-- /.input-group -->
128564                     </div>
128565
128566
128567  <nav id="nav">
128568
128569         <ul class="nav-tier-1">
128570
```

Page 4069

```
128571                    <li>
128572                        <a href="/PAH/Specialties/" class="" target="_self">Specialties</a>
128573
128574                    <ul class="nav-tier-2">
128575
128576                    <li>
128577                        <a href="/PAH/Specialties/Bariatric-Weight-Loss-Surgery/" class=""
…   target="_self">Bariatric Surgery</a>
128578
128579                    <ul class="nav-tier-3">
128580
128581                    <li>
128582                        <a
…   href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
…   &amp;cat1=272" class="" target="_blank">Free Weight Loss Surgery Seminars</a>
128583
128584                    </li>
128585
128586                    <li>
128587                        <a href="/PAH/Specialties/Bariatric-Surgery/About/" class=""
…   target="_self">About</a>
128588
128589                    </li>
128590
128591                    <li>
128592                        <a href="/PAH/Specialties/Bariatric-Surgery/Am-I-a-Candidate/"
…   class="" target="_self">Am I a Candidate</a>
128593
128594                    </li>
128595
128596                    <li>
128597                        <a href="/PAH/Specialties/Bariatric-Surgery/Center-of-Excellence/"
…   class="" target="_self">Center of Excellence</a>
128598
128599                    </li>
128600
128601                    <li>
128602                        <a
…   href="/PAH/Specialties/Bariatric-Surgery/Find-a-Bariatric-Surgeon/" class=""
…   target="_self">Find a Bariatric Surgeon</a>
128603
128604                    </li>
128605
128606                    <li>
128607                        <a
…   href="/PAH/Specialties/Bariatric-Surgery/The-Center-for-Bariatric-Surgery/" class=""
…   target="_self">The Center for Bariatric Surgery</a>
128608
128609                    </li>
128610
128611                    <li>
128612                        <a
…   href="/PAH/Specialties/Bariatric-Surgery/Robotic-Bariatric-Surgery/" class=""
…   target="_self">Robotic Bariatric Surgery</a>
128613
128614                    </li>
128615
128616                    <li>
128617                        <a
…   href="/PAH/Specialties/Bariatric-Surgery/Bariatric-Support-Programs/" class=""
…   target="_self">Bariatric Support Programs</a>
128618
128619                    </li>
128620
128621                    <li>
128622                        <a href="/PAH/Specialties/Bariatric-Surgery/Patient-Testimonials/"
…   class="" target="_self">Patient Testimonials</a>
128623
```

```
128624                </li>
128625
128626                <li>
128627                    <a href="/Bariatrics-FAQs/" class="" target="_self">Bariatrics
…    FAQs</a>
128628
128629                </li>
128630
128631                <li>
128632                    <a href="/PAH/Specialties/Bariatric-Surgery/Our-Location/" class=""
…    target="_self">Our Location</a>
128633
128634                </li>
128635
128636                </ul>
128637
128638                </li>
128639
128640                <li>
128641                    <a href="/PAH/Specialties/BirthPlace/" class=""
…    target="_self">BirthPlace</a>
128642
128643                <ul class="nav-tier-3">
128644
128645                <li>
128646                    <a href="/PAH/Specialties/BirthPlace/BirthPlace-Amenities/" class=""
…    target="_self">BirthPlace Amenities</a>
128647
128648                </li>
128649
128650                <li>
128651                    <a
…    href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…    Parker_Adventist_Hospital_OB_Pre-registration" class="" target="_blank">Birthplace
…    Pre-Register</a>
128652
128653                </li>
128654
128655                <li>
128656                    <a href="/PAH/Specialties/BirthPlace/About-Us/" class=""
…    target="_self">About Us</a>
128657
128658                </li>
128659
128660                <li>
128661                    <a href="/PAH/Specialties/BirthPlace/Find-A-Child-Birth-Class/"
…    class="" target="_self">Find a BirthPlace Class</a>
128662
128663                <ul class="nav-tier-4">
128664
128665                <li>
128666                    <a href="/BirthPlace-Tours/" class="" target="_self">BirthPlace
…    Tours</a>
128667
128668                </li>
128669
128670                <li>
128671                    <a href="/Breastfeeding/" class="" target="_self">Breastfeeding
…    Classes</a>
128672
128673                </li>
128674
128675                <li>
128676                    <a
…    href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Childbirth-Express/"
…    class="" target="_self">Childbirth Express</a>
128677
128678                </li>
```

```
128679
128680                  <li>
128681                      <a
…  href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Childbirth-Express-Series/
…  " class="" target="_self">Childbirth Express Series</a>
128682
128683                  </li>
128684
128685                  <li>
128686                      <a
…  href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Childbirth-Refresher/"
…  class="" target="_self">Childbirth Refresher</a>
128687
128688                  </li>
128689
128690                  <li>
128691                      <a
…  href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Childbirth-Series/"
…  class="" target="_self">Childbirth Series</a>
128692
128693                  </li>
128694
128695                  <li>
128696                      <a
…  href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Infant-Child-Safety-and-
…  CPR/" class="" target="_self">Infant, Child Safety and CPR</a>
128697
128698                  </li>
128699
128700                  <li>
128701                      <a
…  href="/PAH/Specialties/BirthPlace/Find-a-Child-Birth-Class/Marvelous-Multiples-
…  Childbirth/" class="" target="_self">Marvelous Multiples Childbirth</a>
128702
128703                  </li>
128704
128705              </ul>
128706
128707          </li>
128708
128709          <li>
128710              <a href="/PAH/Specialties/BirthPlace/Newborn-101/" class=""
…  target="_self">Newborn 101</a>
128711
128712          </li>
128713
128714          <li>
128715              <a href="/PAH/Specialties/BirthPlace/Breastfeeding-Support/" class=""
…  target="_self">Breastfeeding Support</a>
128716
128717          </li>
128718
128719          <li>
128720              <a href="/PAH/Specialties/BirthPlace/Steps-Ahead/" class=""
…  target="_self">Steps Ahead</a>
128721
128722          </li>
128723
128724          <li>
128725              <a
…  href="/PAH/Specialties/BirthPlace/Breastfeeding-Support/Prenatal-and-Birth-
…  Information/" class="" target="_self">Prenatal and BirthPlace Information</a>
128726
128727          </li>
128728
128729          <li>
128730              <a href="/PAH/Specialties/BirthPlace/Take-a-Virtual-Tour/" class=""
…  target="_self">Take a Virtual Tour</a>
```

```
128731                      </li>
128732
128733
128734              <li>
128735                      <a href="/PAH/Specialties/BirthPlace/Parker-Hospital-OB-GYN/"
   …    class="" target="_self">Parker Hospital OB-GYN</a>
128736
128737                      </li>
128738
128739              <li>
128740                      <a href="/High-Risk-Pregnancy-2C-Neonatal-Care-NICU/" class=""
   …    target="_self">High Risk Pregnancies, Neonatal Care</a>
128741
128742                      </li>
128743
128744              <li>
128745                      <a href="/PAH/Specialties/BirthPlace/Schedule-a-Tour/" class=""
   …    target="_self">Schedule a Tour</a>
128746
128747                      </li>
128748
128749              <li>
128750                      <a href="/Find-a-Pediatrician/" class="" target="_self">Find a
   …    Pediatrician</a>
128751
128752                      </li>
128753
128754                  </ul>
128755
128756                  </li>
128757
128758              <li>
128759                      <a href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/" class=""
   …    target="_self">The Breast Care Center at Parker</a>
128760
128761              <ul class="nav-tier-3">
128762
128763              <li>
128764                      <a
   …    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/3D-Mammography/" class=""
   …    target="_self">3D Mammography</a>
128765
128766                      </li>
128767
128768              <li>
128769                      <a
   …    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/What-is-a-Mammogram-/"
   …    class="" target="_self">What is a Mammogram?</a>
128770
128771                      </li>
128772
128773              <li>
128774                      <a
   …    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Why-Demand-Digital-
   …    Mammography-/" class="" target="_self">Why Demand Digital Mammography?</a>
128775
128776                      </li>
128777
128778              <li>
128779                      <a
   …    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Meet-Our-Doctors/" class=""
   …    target="_self">Meet Our Doctors</a>
128780
128781                      </li>
128782
128783              <li>
128784                      <a
   …    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/National-Accreditation-
```

```
128784…    Program-for-Breast-Centers/" class="" target="_self">National Accreditation Program
  …        for Breast Centers</a>
128785
128786                    </li>
128787
128788                    <li>
128789                        <a
  …        href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Contact-and-Local-Information
  …        /" class="" target="_self">Contact and Local Information</a>
128790
128791                    </li>
128792
128793                    <li>
128794                        <a
  …        href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Bone-Densitometry-Testing/"
  …        class="" target="_self">Bone Densitometry Testing</a>
128795
128796                    </li>
128797
128798                    <li>
128799                        <a
  …        href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Risk-Factors-For-Developing-
  …        Osteoporosis/" class="" target="_self">Risk Factors For Developing Osteoporosis</a>
128800
128801                    </li>
128802
128803                    <li>
128804                        <a
  …        href="/uploadedFiles/parkerhospital/Content/PAH/Health_Information_and_Services/
  …        Specialties/Trio_Breast_Center/Winter2011grow_Mammo_Stroke.pdf" class=""
  …        target="_blank">Look Behind Your Mammogram</a>
128805
128806                    </li>
128807
128808                    <li>
128809                        <a href="/Look-Good-Feel-Better-Program/" class=""
  …        target="_self">Look Good Feel Better Program</a>
128810
128811                    </li>
128812
128813                    <li>
128814                        <a
  …        href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/Facts-About-BRCA1-and-BRCA2/"
  …        class="" target="_self">Facts About BRCA1 and BRCA2</a>
128815
128816                    </li>
128817
128818                    <li>
128819                        <a
  …        href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
  …        PRK_Request_a_3D_Mammo" class="" target="_blank">Make Your Mammo Appointment
  …        Today</a>
128820
128821                    </li>
128822
128823                    <li>
128824                        <a
  …        href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/The-Breast-Care-Center-at-
  …        Southlands/" class="" target="_self">The Breast Care Center at Southlands</a>
128825
128826                    </li>
128827
128828                </ul>
128829
128830            </li>
128831
128832            <li>
128833                <a href="/cancercare/" class="" target="_self">Cancer Care</a>
```

```
128834                    <ul class="nav-tier-3">
128835                        <li>
128836
128837                            <li>
128838                                <a href="/PAH/Specialties/Cancer-Center/Cancer-Care-Services/"
…    class="" target="_self">Cancer Care Services</a>
128839
128840                            </li>
128841
128842                            <li>
128843                                <a href="/Commission-on-Cancer-Accreditation/" class=""
…    target="_self">Commission on Cancer Accreditation</a>
128844
128845                            </li>
128846
128847                            <li>
128848                                <a href="/PAH/Specialties/Cancer-Center/Oncology-Support-Services/"
…    class="" target="_self">Oncology Support Services</a>
128849
128850                            </li>
128851
128852                            <li>
128853                                <a href="/Radiation-Oncology/" class="" target="_self">Radiation
…    Oncology</a>
128854
128855                            </li>
128856
128857                            <li>
128858                                <a href="/Services-and-Programs/" class="" target="_self">Services
…    and Programs</a>
128859
128860                            </li>
128861
128862                            <li>
128863                                <a href="/PAH/Specialties/Cancer-Center/Lung-Cancer-Screening/"
…    class="" target="_self">Lung Cancer Screening</a>
128864
128865                            </li>
128866
128867                            <li>
128868                                <a href="/PAH/Specialties/Cancer-Center/Brain-Cancer/" class=""
…    target="_self">Brain Cancer</a>
128869
128870                            </li>
128871
128872                            <li>
128873                                <a href="/PAH/Specialties/Cancer-Center/Breast-Cancer/" class=""
…    target="_self">Breast Cancer</a>
128874
128875                            </li>
128876
128877                            <li>
128878                                <a href="/PAH/Specialties/Cancer-Center/Colon-and-Rectal-Cancer/"
…    class="" target="_self">Colon &amp; Rectal Cancer</a>
128879
128880                            </li>
128881
128882                            <li>
128883                                <a href="/PAH/Specialties/Cancer-Center/GYN-Cancer/" class=""
…    target="_self">GYN Cancer</a>
128884
128885                            </li>
128886
128887                            <li>
128888                                <a href="/PAH/Specialties/Cancer-Center/Head-and-Neck-Cancer/"
…    class="" target="_self">Head &amp; Neck Cancer</a>
128889
128890                            </li>
```

```
128891
128892                    <li>
128893                        <a href="/PAH/Specialties/Cancer-Center/Leukemia-and-Lymphoma/"
    …  class="" target="_self">Leukemia &amp; Lymphoma</a>
128894
128895                    </li>
128896
128897                    <li>
128898                        <a href="/PAH/Specialties/Cancer-Center/Lung-Cancer/" class=""
    …  target="_self">Lung Cancer</a>
128899
128900                    </li>
128901
128902                    <li>
128903                        <a href="/PAH/Specialties/Cancer-Center/Prostate-Cancer/" class=""
    …  target="_self">Prostate Cancer</a>
128904
128905                    </li>
128906
128907                    <li>
128908                        <a href="/PAH/Specialties/Cancer-Center/Skin-Cancer/" class=""
    …  target="_self">Skin Cancer</a>
128909
128910                    </li>
128911
128912                    <li>
128913                        <a href="/PAH/Specialties/Cancer-Center/Treatment-and-Diagnosis/"
    …  class="" target="_self">Treatment &amp; Diagnosis</a>
128914
128915                    </li>
128916
128917                    <li>
128918                        <a href="/PAH/Specialties/Cancer-Center/For-Patients-and-Families/"
    …  class="" target="_self">For Patients and Families</a>
128919
128920                    </li>
128921
128922                </ul>
128923
128924            </li>
128925
128926            <li>
128927                <a href="/Cardiology-at-Parker-Adventist-Hosptial/" class=""
    …  target="_self">Cardiology</a>
128928
128929                <ul class="nav-tier-3">
128930
128931                    <li>
128932                        <a href="/PAH/Specialties/Cardiology/Heart-Failure-Clinic/" class=""
    …  target="_self">Heart Failure Clinic</a>
128933
128934                    </li>
128935
128936                    <li>
128937                        <a href="/PAH/Specialties/Cardiology/Heart-Attacks/" class=""
    …  target="_self">Heart Attacks</a>
128938
128939                    </li>
128940
128941                    <li>
128942                        <a href="/Cardiovascular-Cath-Lab-/" class=""
    …  target="_self">Cariovascular Cath Lab</a>
128943
128944                    </li>
128945
128946                    <li>
128947                        <a href="/Cardiac-Diagnostic-Testing-/" class=""
    …  target="_self">Cardiac Diagnostic Testing</a>
```

```
128948
128949                    </li>
128950
128951                    <li>
128952                        <a
       href="/PAH/Specialties/Cardiology/Coronary-Artery-Calcium-Screening/" class=""
       target="_self">Coronary Artery Calcium Screening</a>
128953
128954                    </li>
128955
128956                </ul>
128957
128958            </li>
128959
128960            <li>
128961                <a href="/PAH/Specialties/Centura-Health-Physician-Group/" class=""
       target="_self">Centura Health Physician Group</a>
128962
128963            </li>
128964
128965            <li>
128966                <a href="/PAH/Specialties/Diabetes/" class=""
       target="_self">Diabetes</a>
128967
128968                <ul class="nav-tier-3">
128969
128970                    <li>
128971                        <a href="/PAH/Specialties/Diabetes/Diabetes-Education-Center/"
       class="" target="_self">Diabetes Education Center</a>
128972
128973                    </li>
128974
128975                    <li>
128976                        <a href="/PAH/Specialties/Diabetes/Program-Topics-and-Benefits/"
       class="" target="_self">Program Topics and Benefits</a>
128977
128978                    </li>
128979
128980                    <li>
128981                        <a href="/PAH/Specialties/Diabetes/How-to-Enroll/" class=""
       target="_self">How to Enroll</a>
128982
128983                    </li>
128984
128985                    <li>
128986                        <a href="/Diabetes-Symptoms/" class="" target="_self">Diabetes
       Symptoms</a>
128987
128988                    </li>
128989
128990                    <li>
128991                        <a href="/PAH/Specialties/Diabetes/Diabetes-Classes---Events/"
       class="" target="_self">Diabetes Classes &amp; Events</a>
128992
128993                    </li>
128994
128995                </ul>
128996
128997            </li>
128998
128999            <li>
129000                <a href="/Emergency-Services/" class="" target="_self">Emergency
       Services</a>
129001
129002                <ul class="nav-tier-3">
129003
129004                    <li>
129005                        <a
```

```
129005…   href="/PAH/Specialties/Emergency-Services/About-Emergency-Services/" class=""
          target="_self">About Emergency Services</a>
129006
129007              </li>
129008
129009              <li>
129010                  <a href="/PAH/Specialties/Emergency-Services/Emergency-Wait-Times/"
     …    class="" target="_self">Emergency Wait Times</a>
129011
129012              </li>
129013
129014              <li>
129015                  <a href="/trauma/" class="" target="_self">Level II Trauma Center</a>
129016
129017              </li>
129018
129019              <li>
129020                  <a
          href="/PAH/Specialties/Emergency-Services/Emergency-Department-and-EMS-Teams/"
     …    class="" target="_self">Emergency Department and EMS Teams</a>
129021
129022              </li>
129023
129024              <li>
129025                  <a href="/Trauma-FAQs/" class="" target="_self">Trauma FAQs</a>
129026
129027              </li>
129028
129029              <li>
129030                  <a href="/PAH/Specialties/Emergency-Services/Patient-Letters/"
     …    class="" target="_self">Patient Letters</a>
129031
129032              </li>
129033
129034              <li>
129035                  <a href="/PAH/Specialties/Emergency-Services/southlands-er/" class=""
          target="_self">Southlands ER</a>
129036
129037              </li>
129038
129039              <li>
129040                  <a href="/PAH/Specialties/Emergency-Services/Our-Locations/" class=""
          target="_self">Our Locations</a>
129041
129042              </li>
129043
129044          </ul>
129045
129046          </li>
129047
129048          <li>
129049              <a href="/PAH/Specialties/Family-to-Family-Adoption-Support/"
     …    class="" target="_self">Family to Family Adoption Support</a>
129050
129051          <ul class="nav-tier-3">
129052
129053              <li>
129054                  <a href="/Adoptive-Care-Classes/" class="" target="_self">Adoptive
          Care Classes</a>
129055
129056              </li>
129057
129058              <li>
129059                  <a href="/Adoption-Perspectives-Radio-Show/" class=""
          target="_self">Adoption Perspectives - Radio Show</a>
129060
129061              </li>
129062
```

```
129063              <li>
129064                  <a href="/Articles-About-Our-Program/" class=""
…  target="_self">Articles About Our Program</a>
129065
129066              </li>
129067
129068              <li>
129069                  <a href="/Adoption-Sensitive-OB-Offices/" class=""
…  target="_self">Adoption Sensitive OB Offices</a>
129070
129071              </li>
129072
129073              <li>
129074                  <a
…  href="/PAH/Specialties/Family-to-Family-Adoption-Support/Maybe-We-Will-Adopt/"
…  class="" target="_self">Maybe We Will Adopt</a>
129075
129076              </li>
129077
129078              <li>
129079                  <a
…  href="/PAH/Specialties/Family-to-Family-Adoption-Support/Our-Staff/" class=""
…  target="_self">Our Staff</a>
129080
129081              </li>
129082
129083              <li>
129084                  <a href="/Family-Adoption-Testimonials/" class=""
…  target="_self">Testimonials</a>
129085
129086              </li>
129087
129088              <li>
129089                  <a
…  href="/PAH/Specialties/Family-to-Family-Adoption-Support/Contact-Us/" class=""
…  target="_self">Contact Us</a>
129090
129091              </li>
129092
129093              <li>
129094                  <a
…  href="/uploadedFiles/parkerhospital/Pages/PAH/Health_Information_and_Services/
…  adoptionsupportflyer.pdf" class="" target="_blank">The Option of Adoption
…  Brochure</a>
129095
129096              </li>
129097
129098          </ul>
129099
129100      </li>
129101
129102      <li>
129103          <a href="/PAH/Specialties/Genetic-Counseling/" class=""
…  target="_self">Genetic Counseling Services</a>
129104
129105          <ul class="nav-tier-3">
129106
129107              <li>
129108                  <a
…  href="/PAH/Specialties/Genetic-Counseling/Cancer-Risk-and-Hereditary-Cancer/"
…  class="" target="_self">Cancer Risk and Hereditary Cancer</a>
129109
129110              </li>
129111
129112              <li>
129113                  <a
…  href="/PAH/Specialties/Genetic-Counseling/Signs-of-Hereditary-Cancer/" class=""
…  target="_self">Signs of Hereditary Cancer</a>
```

```
129114                    </li>
129115
129116
129117                    <li>
129118                        <a
       href="/PAH/Specialties/Trio-Breast-Center/Facts-About-BRCA1-and-BRCA2/" class=""
       target="_self">Facts About BRCA1 and BRCA2</a>
129119
129120                    </li>
129121
129122                    <li>
129123                        <a href="/PAH/Specialties/Genetic-Counseling/Genetic-Advances/"
       class="" target="_self">Genetic Advances</a>
129124
129125                    </li>
129126
129127                    <li>
129128                        <a
       href="/PAH/Specialties/Genetic-Counseling/Cardiovascular-Genetic-Counseling/"
       class="" target="_self">Cardiovascular Genetic Counseling</a>
129129
129130                    </li>
129131
129132                    <li>
129133                        <a href="/Preconception-and-Carrier-Screening/" class=""
       target="_self">Preconception and Carrier Screening</a>
129134
129135                    </li>
129136
129137                    <li>
129138                        <a href="/General-Genetic-Counseling-Services/" class=""
       target="_self">General Genetic Counseling</a>
129139
129140                    </li>
129141
129142                    <li>
129143                        <a href="/PAH/Specialties/Genetic-Counseling/For-Patients/" class=""
       target="_self">For Patients</a>
129144
129145                    </li>
129146
129147                    <li>
129148                        <a href="/PAH/Specialties/Genetic-Counseling/For-Physicians/"
       class="" target="_self">For Physicians</a>
129149
129150                    </li>
129151
129152                    <li>
129153                        <a href="/About-our-Genetic-Counseling-Services/" class=""
       target="_self">About our Genetic Counseling Services</a>
129154
129155                    </li>
129156
129157                    <li>
129158                        <a href="/PAH/Specialties/Genetic-Counseling/Contact-Us/" class=""
       target="_self">Contact Us</a>
129159
129160                    </li>
129161
129162                </ul>
129163
129164            </li>
129165
129166            <li>
129167                <a href="/PAH/Specialties/Imaging/" class=""
       target="_self">Imaging</a>
129168
129169            </li>
```

```
129170
129171                    <li>
129172                        <a href="/pah/specialties/neighborhood-health-centers/" class=""
…       target="_self">Neighborhood Health Centers</a>
129173
129174                    <ul class="nav-tier-3">
129175
129176                        <li>
129177                            <a href="/PAH/Specialties/Neighborhood-Health-Centers/Cornerstar/"
…       class="" target="_self">Centura Health Cornerstar</a>
129178
129179                        </li>
129180
129181                        <li>
129182                            <a href="/PAH/Specialties/Neighborhood-Health-Centers/Meridian/"
…       class="" target="_self">Centura Health Meridian</a>
129183
129184                        </li>
129185
129186                        <li>
129187                            <a href="/PAH/Specialties/Neighborhood-Health-Centers/Southlands/"
…       class="" target="_self">Centura Health Southlands</a>
129188
129189                        </li>
129190
129191                    </ul>
129192
129193                    </li>
129194
129195                    <li>
129196                        <a href="/PAH/Specialties/Neurosciences/" class=""
…       target="_self">Neurosciences</a>
129197
129198                    <ul class="nav-tier-3">
129199
129200                        <li>
129201                            <a href="/PAH/Specialties/Spine-Surgery/" class=""
…       target="_self">Spine Surgery</a>
129202
129203                        </li>
129204
129205                        <li>
129206                            <a href="/Stroke/" class="" target="_self">Stroke</a>
129207
129208                        </li>
129209
129210                        <li>
129211                            <a href="/PAH/Specialties/Neurosciences/Brain/" class=""
…       target="_self">Brain</a>
129212
129213                        </li>
129214
129215                        <li>
129216                            <a href="/PAH/Specialties/Neurosciences/Neuro-Diagnostics/" class=""
…       target="_self">Neuro Diagnostics</a>
129217
129218                        </li>
129219
129220                        <li>
129221                            <a href="/PAH/Specialties/Neurosciences/Surgical-Technology/"
…       class="" target="_self">Surgical Technology</a>
129222
129223                        </li>
129224
129225                        <li>
129226                            <a href="/PAH/Specialties/Neurosciences/Deep-Brain-Stimulation/"
…       class="" target="_self">Deep Brain Stimulation</a>
129227
```

```
129228                    </li>
129229
129230                </ul>
129231
129232            </li>
129233
129234            <li>
129235                    <a href="/PAH/Specialties/Joint-Replacement-Program/" class=""
…   target="_self">Orthopedics &amp; Joint Replacement</a>
129236
129237            <ul class="nav-tier-3">
129238
129239            <li>
129240                    <a href="/Joint-Replacement-Contact-Us/" class=""
…   target="_self">Contact Us</a>
129241
129242            </li>
129243
129244            <li>
129245                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Joint-Replacement-Videos/" class=""
…   target="_self">Joint Replacement Videos</a>
129246
129247            </li>
129248
129249            <li>
129250                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Knee-Replacement/" class=""
…   target="_self">Knee Replacement</a>
129251
129252            </li>
129253
129254            <li>
129255                    <a href="/PAH/Specialties/Joint-Replacement-Program/Hip-Replacement/"
…   class="" target="_self">Hip Replacement</a>
129256
129257            </li>
129258
129259            <li>
129260                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Shoulder-Replacement/" class=""
…   target="_self">Shoulder Replacement</a>
129261
129262            </li>
129263
129264            <li>
129265                    <a href="/PAH/Specialties/Joint-Replacement-Program/Pain-Management/"
…   class="" target="_self">Pain Management</a>
129266
129267            </li>
129268
129269            <li>
129270                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Quality-Reputation/" class=""
…   target="_self">Quality Reputation</a>
129271
129272            </li>
129273
129274            <li>
129275                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Choosing-a-Surgeon/" class=""
…   target="_self">Choosing a Surgeon</a>
129276
129277            </li>
129278
129279            <li>
129280                    <a
…   href="/PAH/Specialties/Joint-Replacement-Program/Joint-Replacement-Class/" class=""
```

```
129280…    target="_self">Joint Replacement Class</a>
129281
129282                    </li>
129283
129284                    <li>
129285                        <a
      …    href="/PAH/Specialties/Joint-Replacement-Program/Joint-Replacement-Unit/" class=""
      …    target="_self">Joint Replacement Unit</a>
129286
129287                    </li>
129288
129289                    </ul>
129290
129291                </li>
129292
129293                <li>
129294                    <a href="/PAH/Specialties/Parker-Adventist-Hospitalist-Team/"
      …    class="" target="_self">Parker Adventist Hospitalist Team</a>
129295
129296                </li>
129297
129298                <li>
129299                    <a href="http://www.parkerpainspecialists.org/pps/home/" class=""
      …    target="_blank">Pain Medicine</a>
129300
129301                </li>
129302
129303                <li>
129304                    <a href="/PAH/Specialties/Rehabilitation/" class=""
      …    target="_self">Rehabilitation</a>
129305
129306                <ul class="nav-tier-3">
129307
129308                    <li>
129309                        <a href="/Registration-Forms/" class="" target="_self">Registration
      …    Forms</a>
129310
129311                    </li>
129312
129313                    <li>
129314                        <a href="/PAH/Specialties/Rehabilitation/Aquatic-Therapy/" class=""
      …    target="_self">Aquatic Therapy</a>
129315
129316                    </li>
129317
129318                    <li>
129319                        <a href="/PAH/Specialties/Rehabilitation/Cognitive-Therapy/" class=""
      …    target="_self">Cognitive Therapy</a>
129320
129321                    </li>
129322
129323                    <li>
129324                        <a href="/PAH/Specialties/Rehabilitation/Hand-Therapy/" class=""
      …    target="_self">Hand Therapy</a>
129325
129326                    </li>
129327
129328                    <li>
129329                        <a href="/PAH/Specialties/Rehabilitation/Low-Vision-Therapy/"
      …    class="" target="_self">Low Vision Therapy</a>
129330
129331                    </li>
129332
129333                    <li>
129334                        <a href="/PAH/Specialties/Rehabilitation/LSVT-BIG-and-LOUD/" class=""
      …    target="_self">LSVT Big and Loud</a>
129335
129336                    </li>
```

```
129337
129338                    <li>
129339                        <a
    …  href="/PAH/Specialties/Rehabilitation/Neurological-Rehabilitation/" class=""
    …  target="_self">Neurological Rehabilitation</a>
129340
129341                    </li>
129342
129343                    <li>
129344                        <a href="/PAH/Specialties/Rehabilitation/Voice-Therapy/" class=""
    …  target="_self">Voice Therapy</a>
129345
129346                    </li>
129347
129348                    <li>
129349                        <a href="/Womens-Health-Physical-Therapy/" class=""
    …  target="_self">Womens Health Physical Therapy</a>
129350
129351                    </li>
129352
129353                    <li>
129354                        <a
    …  href="/uploadedFiles/parkerhospital/Content/PAH/Health_Information_and_Services/
    …  Specialties/Winter2011grow_Carpal_Tunnel_Syndrome(1).pdf" class=""
    …  target="_blank">Arthritis Hand Care Tips</a>
129355
129356                    </li>
129357
129358                    <li>
129359                        <a href="/PAH/Specialties/Rehabilitation/Our-Team/" class=""
    …  target="_self">Our Team</a>
129360
129361                    </li>
129362
129363                    <li>
129364                        <a
    …  href="/PAH/Specialties/Robotic-Surgery/How-is-surgery-performed-with-the-da-Vinci-/"
    …  class="" target="_self">How da Vinci surgery works</a>
129365
129366                    </li>
129367
129368                    <li>
129369                        <a
    …  href="/PAH/Specialties/Rehabilitation/Center-for-Therapy-at-Southlands/" class=""
    …  target="_self">Center for Therapy at Southlands</a>
129370
129371                    </li>
129372
129373                    </ul>
129374
129375                    </li>
129376
129377                    <li>
129378                        <a href="/PAH/Specialties/Robotic-Surgery/" class=""
    …  target="_self">Robotic Surgery</a>
129379
129380                        <ul class="nav-tier-3">
129381
129382                    <li>
129383                        <a href="/PAH/Specialties/Robotic-Surgery/Robotics-Videos/" class=""
    …  target="_self">Robotic Videos</a>
129384
129385                    </li>
129386
129387                    <li>
129388                        <a href="/PAH/Specialties/Robotic-Surgery/da-Vinci-SI-HD-Technology/"
    …  class="" target="_self">da Vinci SI HD Technology</a>
129389
```

```
129390                </li>
129391
129392                <li>
129393                    <a href="/Womens-Gynecology/" class="" target="_self">Womens
…      Gynecology</a>
129394
129395                </li>
129396
129397                <li>
129398                    <a href="/PAH/Specialties/Robotic-Surgery/General-Surgery/" class=""
…      target="_self">General Surgery</a>
129399
129400                </li>
129401
129402                <li>
129403                    <a
…      href="/PAH/Specialties/Robotic-Surgery/Single-Site-Gallbladder-Surgery/" class=""
…      target="_self">Single Site Gallbladder Surgery</a>
129404
129405                </li>
129406
129407            </ul>
129408
129409        </li>
129410
129411        <li>
129412            <a href="/PAH/Specialties/Sleep-Disorders-Center/" class=""
…      target="_self">Sleep Disorder Center</a>
129413
129414            <ul class="nav-tier-3">
129415
129416                <li>
129417                    <a
…      href="/PAH/Specialties/Sleep-Disorder-Center/Do-I-Have-A-Sleep-Disorder-/" class=""
…      target="_self">Do I Have a Sleep Disorder</a>
129418
129419                </li>
129420
129421                <li>
129422                    <a
…      href="/PAH/Specialties/Sleep-Disorder-Center/Common-Sleep-Disorders/" class=""
…      target="_self">Common Sleep Disorders</a>
129423
129424                </li>
129425
129426                <li>
129427                    <a
…      href="/PAH/Specialties/Sleep-Disorder-Center/What-Can-I-Expect-At-My-Sleep-Study-/"
…      class="" target="_self">What Can I Expect At My Sleep Study</a>
129428
129429                </li>
129430
129431                <li>
129432                    <a
…      href="/uploadedFiles/parkerhospital/Content/PAH/Health_Information_and_Services/
…      Specialties/Sleep_Disorder_Center/sleepdisorders.pdf" class=""
…      target="_blank">Download Our Sleep Brochure</a>
129433
129434                </li>
129435
129436                <li>
129437                    <a
…      href="/uploadedFiles/parkerhospital/Content/PAH/Health_Information_and_Services/
…      Specialties/Sleep_Disorder_Center/Sleep Packet SDOG 2015.pdf" class=""
…      target="_blank">Sleep Disorder Packet SDOG 2015</a>
129438
129439                </li>
129440
```

```
129441                  <li>
129442                      <a
…    href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…    PRK_Sleep_Disorder_Self_Examination" class="" target="_blank">Online Sleep
     Evaluation</a>
129443
129444                  </li>
129445
129446              </ul>
129447
129448          </li>
129449
129450          <li>
129451              <a href="/PAH/Specialties/Spine-Surgery/" class=""
     target="_self">Spine Surgery</a>
129452
129453          <ul class="nav-tier-3">
129454
129455              <li>
129456                  <a href="/PAH/Specialties/Spine-Surgery/Seminars/" class=""
     target="_self">Seminars</a>
129457
129458              </li>
129459
129460              <li>
129461                  <a href="/PAH/Specialties/Spine-Surgery/About-Spine-Surgery/"
     class="" target="_self">About Spine Surgery</a>
129462
129463              </li>
129464
129465              <li>
129466                  <a href="/PAH/Specialties/Spine-Surgery/Procedures/" class=""
     target="_self">Spine Surgery Procedures</a>
129467
129468              </li>
129469
129470              <li>
129471                  <a href="/PAH/Specialties/Spine-Surgery/Spine-Conditions/" class=""
     target="_self">Spine Conditions</a>
129472
129473              </li>
129474
129475              <li>
129476                  <a href="/PAH/Specialties/Spine-Surgery/The-Latest-Technology/"
     class="" target="_self">The Latest Technology</a>
129477
129478              </li>
129479
129480              <li>
129481                  <a href="/PAH/Specialties/Spine-Surgery/Our-Expert-Team/" class=""
     target="_self">Our Expert Team</a>
129482
129483              </li>
129484
129485              <li>
129486                  <a
…    href="/PAH/Specialties/Spine-Surgery/Pre-operative-Spine-Surgery-Education/" class=""
…    target="_self">Pre-operative Spine Surgery Education</a>
129487
129488              </li>
129489
129490              <li>
129491                  <a
…    href="/PAH/Specialties/Spine-Surgery/Contact-the-Neuroscience-and-Spine-Program-
     Manager/" class="" target="_self">Contact Us</a>
129492
129493              </li>
129494
```

```
129495                  <li>
129496                      <a href="/PAH/Specialties/Spine-Surgery/SI-Joint-Fusion/" class=""
    …  target="_self">SI Joint Fusion</a>
129497
129498                  </li>
129499
129500                  </ul>
129501
129502              </li>
129503
129504              <li>
129505                  <a href="/PAH/Specialties/Stroke/" class="" target="_self">Stroke
    …  Care</a>
129506
129507              <ul class="nav-tier-3">
129508
129509                  <li>
129510                      <a href="/PAH/Specialties/Stroke-Program/What-is-a-Stroke/" class=""
    …  target="_self">What is a Stroke</a>
129511
129512                  </li>
129513
129514                  <li>
129515                      <a href="/PAH/Specialties/Stroke-Program/Warning-Signs/" class=""
    …  target="_self">Warning Signs</a>
129516
129517                  </li>
129518
129519                  <li>
129520                      <a
    …  href="/PAH/Specialties/Stroke-Program/Risk-Factors-and-Prevention/" class=""
    …  target="_self">Risk Factors and Prevention</a>
129521
129522                  </li>
129523
129524                  <li>
129525                      <a
    …  href="/PAH/Specialties/Stroke-Program/Treating-Stroke-Speed-Counts/" class=""
    …  target="_self">Treating Stroke Speed Counts</a>
129526
129527                  </li>
129528
129529                  <li>
129530                      <a href="/PAH/Specialties/Stroke-Program/After-a-Stroke/" class=""
    …  target="_self">After a Stroke</a>
129531
129532                  </li>
129533
129534                  <li>
129535                      <a
    …  href="/PAH/Specialties/Stroke-Program/Preventing-Recurrent-Strokes/" class=""
    …  target="_self">Preventing Recurrent Strokes</a>
129536
129537                  </li>
129538
129539                  <li>
129540                      <a href="/PAH/Specialties/Stroke-Program/Community-Stroke-Resources/"
    …  class="" target="_self">Community Stroke Resources</a>
129541
129542                  </li>
129543
129544                  </ul>
129545
129546              </li>
129547
129548              <li>
129549                  <a href="/PAH/Specialties/Urology/" class=""
    …  target="_self">Urology</a>
```

```
129550                    <ul class="nav-tier-3">
129551
129552                        <li>
129553                            <a href="/PAH/Specialties/Urology/ARP-Lab/" class=""
129554    target="_self">ARP Lab</a>
 …
129555
129556                        </li>
129557
129558                        <li>
129559                            <a href="/PAH/Specialties/Urology/Colonoscopy/" class=""
129560    target="_self">Colonoscopy</a>
 …
129561                        </li>
129562
129563                        <li>
129564                            <a href="/PAH/Specialties/Urology/Robotic-Surgery/" class=""
 …     target="_self">Robotic Surgery</a>
129565
129566                        </li>
129567
129568                    </ul>
129569
129570                </li>
129571
129572                <li>
129573                    <a href="/PAH/Specialties/Wound-Care/" class="" target="_self">Wound
 …     Care</a>
129574
129575                    <ul class="nav-tier-3">
129576
129577                        <li>
129578                            <a href="/PAH/Specialties/Wound-Care/Hyperbaric-Oxygen-Therapy/"
 …     class="" target="_self">Hyperbaric Oxygen Therapy</a>
129579
129580                        </li>
129581
129582                        <li>
129583                            <a href="/PAH/Specialties/Wound-Care/What-to-Expect/" class=""
 …     target="_self">What to Expect</a>
129584
129585                        </li>
129586
129587                        <li>
129588                            <a href="/PAH/Specialties/Wound-Care/A-Comprehensive-Team/" class=""
 …     target="_self">A Comprehensive Team</a>
129589
129590                        </li>
129591
129592                        <li>
129593                            <a href="/Meet-Our-Team/" class="" target="_self">Meet Our Team</a>
129594
129595                        </li>
129596
129597                        <li>
129598                            <a href="/PAH/Specialties/Wound-Care/Preparing-for-Therapy/" class=""
 …     target="_self">Preparing for Therapy</a>
129599
129600                        </li>
129601
129602                        <li>
129603                            <a href="/Contact-Us-Wound-Care/" class="" target="_self">Contact
 …     Us</a>
129604
129605                        </li>
129606
129607                        <li>
129608                            <a href="/PAH/Specialties/Wound-Care/Patient-Testimonials/" class=""
```

```
129608…   target="_self">Patient Testimonials</a>
129609
129610                   </li>
129611
129612                   </ul>
129613
129614                   </li>
129615
129616                   <li>
129617                       <a href="/PAH/Specialties/Other-Specialties/" class=""
     …   target="_self">Other Specialties</a>
129618
129619                   <ul class="nav-tier-3">
129620
129621                   <li>
129622                       <a href="/PAH/Specialties/Other-Specialties/Critical-Care-Unit/"
     …   class="" target="_self">Critical Care Unit</a>
129623
129624                   </li>
129625
129626                   <li>
129627                       <a href="/PAH/Specialties/Other-Specialties/Infusion-Center/"
     …   class="" target="_self">Infusion Center</a>
129628
129629                   </li>
129630
129631                   <li>
129632                       <a href="/PAH/Specialties/Other-Specialties/Parker-Pain-Specialists/"
     …   class="" target="_self">Parker Pain Specialists</a>
129633
129634                   </li>
129635
129636                   <li>
129637                       <a href="/PAH/Specialties/Other-Specialties/Perinatal-Care/" class=""
     …   target="_self">Perinatal Care</a>
129638
129639                   </li>
129640
129641                   <li>
129642                       <a href="/PAH/Specialties/Other-Specialties/The-Childrens-Hospital/"
     …   class="" target="_self">The Children&#39;s Hospital</a>
129643
129644                   </li>
129645
129646                   <li>
129647                       <a href="/PAH/Specialties/Other-Specialties/Womens-Health-Services/"
     …   class="" target="_self">Women&#39;s Health Services</a>
129648
129649                   </li>
129650
129651                   </ul>
129652
129653                   </li>
129654
129655                   </ul>
129656
129657                   </li>
129658
129659                   <li>
129660                       <a href="/PAH/For-Patients-and-Families/" class="" target="_self">For
     …   Patients &amp; Families</a>
129661
129662                   <ul class="nav-tier-2">
129663
129664                   <li>
129665                       <a href="#PreRegModal" class="" target="_self">Patient
     …   Pre-Registration</a>
129666
```

```
129667                    </li>
129668
129669                    <li>
129670                        <a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/" class=""
    … target="_self">Billing and Financial Services</a>
129671
129672                    <ul class="nav-tier-3">
129673
129674                    <li>
129675                        <a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/How-Billing-Works
    … /" class="" target="_self">How Billing Works</a>
129676
129677                    </li>
129678
129679                    <li>
129680                        <a href="/Hospital-Billing/" class="" target="_self">Hospital
    … Billing</a>
129681
129682                    </li>
129683
129684                    <li>
129685                        <a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/Online-Bill-Pay/"
    … class="" target="_self">Online Bill Pay</a>
129686
129687                    </li>
129688
129689                    <li>
129690                        <a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/Financial-Help/"
    … class="" target="_self">Financial Assistance, Charity Care &amp; Payment Plans</a>
129691
129692                    </li>
129693
129694                    <li>
129695                        <a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/Uninsured-
    … Patients/" class="" target="_self">Uninsured</a>
129696
129697                    </li>
129698
129699                    <li>
129700                        <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
129701
129702                    </li>
129703
129704                    <li>
129705                        <a
    … href="/PAH/For-Patients-and-Families/Hospital-Bills-and-Insurance/" class=""
    … target="_self">Hospital Bills and Insurance</a>
129706
129707                    </li>
129708
129709                    </ul>
129710
129711                    </li>
129712
129713                    <li>
129714                        <a href="/For-Patients-and-Families/Pricing/" class=""
    … target="_self">Pricing</a>
129715
129716                    <ul class="nav-tier-3">
129717
129718                    <li>
129719                        <a
    … href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
```

```
129719…   target="_self">Costs for Common Procedures</a>
129720
129721                  </li>
129722
129723                  <li>
129724                      <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
        class="" target="_self">Request a Custom Quote</a>
129725
129726                  </li>
129727
129728                  <li>
129729                      <a
    …   href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
    …   class="" target="_self">Resources for Patients &amp; Consumers</a>
129730
129731                  </li>
129732
129733                  </ul>
129734
129735                  </li>
129736
129737                  <li>
129738                      <a href="/Quality-Service-and-Safety/" class=""
    …   target="_self">Quality, Service &amp; Safety</a>
129739
129740                  <ul class="nav-tier-3">
129741
129742                  <li>
129743                      <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
129744
129745                  </li>
129746
129747                  <li>
129748                      <a href="/Hospital-Ratings/" class="" target="_self">Hospital
        Ratings</a>
129749
129750                  </li>
129751
129752                  <li>
129753                      <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
        Ratings</a>
129754
129755                  </li>
129756
129757                  <li>
129758                      <a href="/Components/Templates/ProviderSearch.aspx"
    …   class="open-physician-finder" target="_self">Doctor Ratings</a>
129759
129760                  </li>
129761
129762                  </ul>
129763
129764                  </li>
129765
129766                  <li>
129767                      <a href="/PAH/For-Patients-and-Families/Daisy-Award/" class=""
    …   target="_self">Daisy Award</a>
129768
129769                  </li>
129770
129771                  <li>
129772                      <a href="/PAH/For-Patients-and-Families/Advance-Directives/" class=""
    …   target="_self">Advance Directives</a>
129773
129774                  <ul class="nav-tier-3">
129775
129776                  <li>
129777                      <a href="/for-patients-and-families/important-questions/" class=""
```

```
129777…    target="_self">Important Questions</a>
129778
129779                    </li>
129780
129781                </ul>
129782
129783            </li>
129784
129785            <li>
129786                    <a href="/PAH/For-Patients-and-Families/Centura-Health-LINKS/"
     …   class="" target="_self">Centura Health LINKS</a>
129787
129788                <ul class="nav-tier-3">
129789
129790            <li>
129791                    <a href="/Centura-Health-RX-Assistance-/" class=""
     …   target="_self">RxAssist</a>
129792
129793            </li>
129794
129795            <li>
129796                    <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
     …   target="_self">BenefitsCheckUp Colorado</a>
129797
129798            </li>
129799
129800            <li>
129801                    <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
     …   target="_self">Medicare Part D</a>
129802
129803            </li>
129804
129805            <li>
129806                    <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
     …   class="" target="_self">State Health Insurance Plan</a>
129807
129808            </li>
129809
129810                </ul>
129811
129812            </li>
129813
129814            <li>
129815                    <a href="/MyCenturaHealth/" class=""
     …   target="_self">MyCenturaHealth</a>
129816
129817            </li>
129818
129819            <li>
129820                    <a href="/Medical-Records/" class="" target="_self">Medical
     …   Records</a>
129821
129822            </li>
129823
129824            <li>
129825                    <a
     …   href="/for-patients-and-families/patient-bill-of-rights-and-responsibilities/"
     …   class="" target="_self">Patient Bill of Rights and Responsibilities</a>
129826
129827                <ul class="nav-tier-3">
129828
129829            <li>
129830                    <a href="/PAH/For-Patients-and-Families/Patient-Grievances/" class=""
     …   target="_self">Patient Grievances</a>
129831
129832            </li>
129833
129834                </ul>
```

```
129835                    </li>
129836
129837
129838              <li>
129839                    <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
…      target="_self">Privacy Practices</a>
129840
129841              </li>
129842
129843              <li>
129844                    <a href="/PAH/For-Patients-and-Families/Connect-for-Health-Colorado/"
…      class="" target="_self">Connect for Health Colorado</a>
129845
129846              </li>
129847
129848              <li>
129849                    <a href="/PAH/For-Patients-and-Families/Medicare-Information/"
…      class="" target="_self">Medicare Information</a>
129850
129851              </li>
129852
129853              </ul>
129854
129855              </li>
129856
129857              <li>
129858                    <a href="/PAH/About-Us/" class="" target="_self">About Us</a>
129859
129860              <ul class="nav-tier-2">
129861
129862              <li>
129863                    <a href="/PAH/About-Us/2015-Expansion/" class="" target="_self">2015
…      Expansion</a>
129864
129865              </li>
129866
129867              <li>
129868                    <a href="/PAH/About-Us/10-Year-Anniversary/" class=""
…      target="_self">10 Year Anniversary</a>
129869
129870              <ul class="nav-tier-3">
129871
129872              <li>
129873                    <a href="/PAH/About-Us/10-Year-Anniversary/A-Message-From-our-CEO/"
…      class="" target="_self">A Message From our CEO</a>
129874
129875              </li>
129876
129877              <li>
129878                    <a
…      href="/PAH/About-Us/10-Year-Anniversary/Our-Gift-to-the-Community/" class=""
…      target="_self">Our Gift to the Community</a>
129879
129880              </li>
129881
129882              <li>
129883                    <a href="/How-We-Have-Grown/" class="" target="_self">How We&#39;ve
…      Grown</a>
129884
129885              </li>
129886
129887              </ul>
129888
129889              </li>
129890
129891              <li>
129892                    <a href="/PAH/About-Us/Awards-and-Honors/" class=""
…      target="_self">Awards and Honors</a>
```

```
129893                    </li>
129894
129895
129896            <li>
129897                <a href="/PAH/About-Us/Parker-Hospital-Foundation/" class=""
…  target="_self">Parker Hospital Foundation</a>
129898
129899            <ul class="nav-tier-3">
129900
129901            <li>
129902                <a href="/PAH/About-Us/Foundation/Make-a-Donation/" class=""
…  target="_self">Make a Donation</a>
129903
129904                    </li>
129905
129906            <li>
129907                <a href="/PAH/About-Us/Foundation/Programs-We-Support/" class=""
…  target="_self">Programs We Support</a>
129908
129909                    </li>
129910
129911            <li>
129912                <a href="/PAH/About-Us/Foundation/Associate-Campaign/" class=""
…  target="_self">Associate Campaign</a>
129913
129914                    </li>
129915
129916            <li>
129917                <a href="/PAH/About-Us/Foundation/Foundation-Events/" class=""
…  target="_self">Foundation Events</a>
129918
129919                    </li>
129920
129921            <li>
129922                <a href="/PAH/About-Us/Foundation/Foundation-Staff/" class=""
…  target="_self">Foundation Staff</a>
129923
129924                    </li>
129925
129926            <li>
129927                <a href="/PAH/About-Us/Foundation/Foundation-Board/" class=""
…  target="_self">Foundation Board</a>
129928
129929                    </li>
129930
129931            <li>
129932                <a href="/PAH/About-Us/Foundation/Contact-Foundation/" class=""
…  target="_self">Contact Us &amp; Get Involved</a>
129933
129934                    </li>
129935
129936                </ul>
129937
129938                    </li>
129939
129940            <li>
129941                <a href="/PAH/Community/Community-Involvement/" class=""
…  target="_self">Community</a>
129942
129943            <ul class="nav-tier-3">
129944
129945            <li>
129946                <a href="/PAH/Community/Community-Involvement/" class=""
…  target="_self">Community Involvement</a>
129947
129948                    </li>
129949
129950                </ul>
```

```
129951                    </li>
129952
129953
129954              <li>
129955                    <a href="/PAH/About-Us/Our-Leaders/" class=""
…       target="_self">Leadership</a>
129956
129957              <ul class="nav-tier-3">
129958
129959              <li>
129960                    <a href="/PAH/About-Us/Leadership/Sam-D--Huenergardt/" class=""
…       target="_self">Sam D. Huenergardt</a>
129961
129962              </li>
129963
129964              <li>
129965                    <a href="/PAH/About-Us/Leadership/Dr--Elizabeth-Kincannon/" class=""
…       target="_self">Dr. Elizabeth Kincannon</a>
129966
129967              </li>
129968
129969              <li>
129970                    <a href="/PAH/About-Us/Leadership/Jonathan-Fisher/" class=""
…       target="_self">Jonathan Fisher</a>
129971
129972              </li>
129973
129974              <li>
129975                    <a href="/PAH/About-Us/Leadership/Leanne-Hartford/" class=""
…       target="_self">Leanne Hartford</a>
129976
129977              </li>
129978
129979              <li>
129980                    <a href="/PAH/About-Us/Leadership/Patricia-Givens/" class=""
…       target="_self">Patricia Givens</a>
129981
129982              </li>
129983
129984              </ul>
129985
129986              </li>
129987
129988              <li>
129989                    <a href="/PAH/About-Us/Our-Sponsor/" class="" target="_self">Our
…       Sponsor</a>
129990
129991              <ul class="nav-tier-3">
129992
129993              <li>
129994                    <a href="/PAH/About-Us/Our-Sponsers/Who-are-Adventists-/" class=""
…       target="_self">Who are Adventists</a>
129995
129996              </li>
129997
129998              <li>
129999                    <a href="/PAH/About-Us/Our-Sponsers/Adventist---What-s-in-a-name-/"
…       class="" target="_self">Adventist - Whats in a name</a>
130000
130001              </li>
130002
130003              <li>
130004                    <a href="/PAH/About-Us/Our-Sponsers/What-do-Adventists-believe-/"
…       class="" target="_self">What do Adventists Believe</a>
130005
130006              </li>
130007
130008              </ul>
```

```
130009                      </li>
130010
130011
130012              <li>
130013                  <a href="/PAH/About-Us/Fast-Facts/" class="" target="_self">Fast
…      Facts</a>
130014
130015              </li>
130016
130017              <li>
130018                  <a href="/PAH/About-Us/Mission/Mission---Values/" class=""
…      target="_self">Mission and Values</a>
130019
130020              </li>
130021
130022              <li>
130023                  <a href="/Centura-Health-Research-Center/" class=""
…      target="_self">Centura Health Research</a>
130024
130025              </li>
130026
130027              <li>
130028                  <a href="/PAH/About-Us/Roadmap-to-the-Future-of-Health-Care/"
…      class="" target="_self">Roadmap to the Future of Health Care</a>
130029
130030              </li>
130031
130032              <li>
130033                  <a href="/PAH/For-Patients-and-Families/Spiritual-Care/" class=""
…      target="_self">Spiritual Care</a>
130034
130035              <ul class="nav-tier-3">
130036
130037              <li>
130038                  <a
…      href="/PAH/For-Patients-and-Families/Spiritual-Care/If-You-Are-Experiencing-Grief/"
…      class="" target="_self">If You Are Experiencing Grief</a>
130039
130040              </li>
130041
130042              <li>
130043                  <a
…      href="/PAH/For-Patients-and-Families/Spiritual-Care/When-to-See-a-Chaplain/" class=""
…      target="_self">When to See a Chaplain</a>
130044
130045              </li>
130046
130047              <li>
130048                  <a
…      href="/PAH/For-Patients-and-Families/Spiritual-Care/Memorial-Bench/" class=""
…      target="_self">Memorial Bench</a>
130049
130050              </li>
130051
130052              </ul>
130053
130054              </li>
130055
130056              <li>
130057                  <a
…      href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…      PRK_Share_A_Compliment" class="" target="_self">Share a Compliment</a>
130058
130059              </li>
130060
130061              </ul>
130062
130063              </li>
```

```
130064
130065                    <li>
130066                        <a href="/Community-Parker/" class="" target="_self">Community</a>
130067
130068                    <ul class="nav-tier-2">
130069
130070                    <li>
130071                        <a
…     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
…     " class="" target="_blank">Classes &amp; Events</a>
130072
130073                    </li>
130074
130075                    <li>
130076                        <a href="/PAH/Community/Seminars/" class=""
      target="_self">Seminars</a>
130077
130078                    </li>
130079
130080                    <li>
130081                        <a
…     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
…     &amp;cat1=355" class="" target="_blank">Conferences</a>
130082
130083                    </li>
130084
130085                    <li>
130086                        <a href="/PAH/Community/Healing-Arts/" class=""
      target="_self">Healing Arts</a>
130087
130088                    </li>
130089
130090                    <li>
130091                        <a href="/PAH/Community/Social-Media/Social-Media/" class=""
      target="_self">Social Media</a>
130092
130093                    </li>
130094
130095                    <li>
130096                        <a href="/PAH/Community/Volunteer/" class=""
      target="_self">Volunteer</a>
130097
130098                    <ul class="nav-tier-3">
130099
130100                    <li>
130101                        <a href="/PAH/Community/Volunteer/Volunteer-Opportunities/" class=""
      target="_self">Volunteer Opportunities</a>
130102
130103                    </li>
130104
130105                    <li>
130106                        <a href="/PAH/Community/Volunteer/Requirements-for-Volunteering/"
…     class="" target="_self">Requirements for Volunteering</a>
130107
130108                    </li>
130109
130110                    <li>
130111                        <a href="/PAH/Community/Volunteer/Volunteer-Application-Process/"
      class="" target="_self">Volunteer Application Process</a>
130112
130113                    </li>
130114
130115                    <li>
130116                        <a
…     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
…     &amp;cat1=769" class="" target="_blank">Information Session Registration</a>
130117
130118                    </li>
```

```
130119
130120                    <li>
130121                        <a href="/PAH/Community/Volunteer/Curious-George-Tours/" class=""
…    target="_self">Curious George Tours</a>
130122
130123                    </li>
130124
130125                    </ul>
130126
130127                </li>
130128
130129                <li>
130130                    <a href="/PAH/Community/Grow-Magazine/" class="" target="_self">Grow
…    Magazine</a>
130131
130132                </li>
130133
130134                <li>
130135                    <a href="/PAH/Community/Community-Benefit/" class=""
…    target="_self">Community Benefit</a>
130136
130137                </li>
130138
130139                <li>
130140                    <a href="/PAH/Community/Equestrian-Safety-Program/" class=""
…    target="_self">Equestrian Safety</a>
130141
130142                </li>
130143
130144            </ul>
130145
130146        </li>
130147
130148        <li>
130149            <a href="/Health-and-Wellness-Parker/" class="" target="_self">Health
…    &amp; Wellness</a>
130150
130151            <ul class="nav-tier-2">
130152
130153                <li>
130154                    <a href="/PAH/Health-and-Wellness/Nutrition/Peakview-Café/" class=""
…    target="_self">Peakview Café</a>
130155
130156                </li>
130157
130158                <li>
130159                    <a
…    href="/PAH/Health-and-Wellness/Seasonal-Information/Flu-Information/" class=""
…    target="_self">Seasonal Information</a>
130160
130161                    <ul class="nav-tier-3">
130162
130163                        <li>
130164                            <a
…    href="/PAH/Health-and-Wellness/Seasonal-Information/Flu-Information/" class=""
…    target="_self">Flu Information</a>
130165
130166                        </li>
130167
130168                        <li>
130169                            <a
…    href="/PAH/Health-and-Wellness/Seasonal-Information/Hospital-Visitation-Restrictions/
…    " class="" target="_self">Hospital Visitation Restrictions</a>
130170
130171                        </li>
130172
130173                    </ul>
130174
```

```
130175                </li>
130176
130177                <li>
130178                    <a href="/CafeWell-/" class="" target="_self">CafeWell</a>
130179
130180                </li>
130181
130182                <li>
130183                    <a href="/Health-Library/" class="" target="_self">Health Library</a>
130184
130185                <ul class="nav-tier-3">
130186
130187                <li>
130188                    <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
      Information</a>
130189
130190                </li>
130191
130192                </ul>
130193
130194                </li>
130195
130196                <li>
130197                    <a href="/Healthy-Habits/" class="" target="_self">Healthy Habits</a>
130198
130199                </li>
130200
130201                <li>
130202                    <a href="/iTriage-App/" class="" target="_self">iTriage App</a>
130203
130204                </li>
130205
130206                </ul>
130207
130208                </li>
130209
130210                <li>
130211                    <a href="/PAH/News/" class="" target="_self">News</a>
130212
130213                <ul class="nav-tier-2">
130214
130215                <li>
130216                    <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
      Information</a>
130217
130218                </li>
130219
130220                </ul>
130221
130222                </li>
130223
130224                </ul>
130225
130226  </nav>
130227  <script type="text/javascript">
130228          $(".nav-tier-2").last().addClass("last-tier");
130229  </script>
130230                    </div>
130231                </div>
130232            </div>
130233        <div id="nav-slide-out">
130234            <div class="slide-out-left"></div>
130235            <div class="slide-out-middle"></div>
130236            <div class="slide-out-right"></div>
130237        </div>
130238        <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
      id="EktronScriptBlockf280233bd6e64b3bb3fcfda767ec4577" type="text/javascript">
130239
```

```
130240    $ektron.extend(title, Ektron,
   …      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
   …      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   …      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   …      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130241
130242
130243    </script></span>
130244    <div id="locations-slide-out">
130245        <div class="nav-col">
130246            <ul>
130247
130248                    <li><span class="glyphicon glyphicon-home"></span>
130249                        <a href=http://www.centura.org/home/>Centura Health</a>
130250                    </li>
130251
130252                    <li>
130253                        <a href=http://www.avistahospital.org/avh/home/>Avista
   …      Adventist Hospital</a>
130254                    </li>
130255
130256                    <li>
130257                        <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
   …      Grant County Hospital</a>
130258                    </li>
130259
130260                    <li>
130261                        <a href=http://www.castlerockhospital.org>Castle Rock
   …      Adventist Hospital</a>
130262                    </li>
130263
130264                    <li>
130265                        <a href=http://www.mylittletonhospital.org>Littleton
   …      Adventist Hospital</a>
130266                    </li>
130267
130268                    <li>
130269                        <a href=http://www.luhcares.org/>Longmont United Hospital</a>
130270                    </li>
130271
130272                    <li>
130273                        <a href=http://www.mercydurango.org>Mercy Regional Medical
   …      Center</a>
130274                    </li>
130275
130276                    <li>
130277                        <a href=http://www.orthocolorado.org>OrthoColorado
   …      Hospital</a>
130278                    </li>
130279
130280                    <li>
130281                        <a href=http://www.parkerhospital.org>Parker Adventist
   …      Hospital</a>
130282                    </li>
130283
130284            </ul>
130285        </div>
130286        <div class="nav-col">
130287            <ul>
130288
130289                    <li>
130290                        <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
   …      Health Services</a>
130291                    </li>
130292
130293                    <li>
130294                        <a href=http://www.porterhospital.org>Porter Adventist
   …      Hospital</a>
```

```
130295                            </li>
130296
130297                            <li>
130298                                <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
130299                            </li>
130300
130301                            <li>
130302                                <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
…      North Health Campus</a>
130303                            </li>
130304
130305                            <li>
130306                                <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
…      Medical Center</a>
130307                            </li>
130308
130309                            <li>
130310                                <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
…      Center</a>
130311                            </li>
130312
130313                            <li>
130314                                <a href=http://www.stcatherinehosp.org>St. Catherine
…      Hospital</a>
130315                            </li>
130316
130317                            <li>
130318                                <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
…      Hospital</a>
130319                            </li>
130320
130321                        </ul>
130322                    </div>
130323                    <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
…      hospital-image">
130324
130325                        <img alt="Centura Health Find a Location"
…      src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
130326                        <br />
130327                        <p>Centura Health has more experts in more places throughout the region.
…      Start your health journey by finding the right one for you.</p>
130328                        <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
…      btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
…      Menu Dropdown">search locations</button>
130329
130330 </div>
130331      <div class="clearfix"></div>
130332 </div>
130333
130334        </div>
130335 </header>
130336
130337
130338
130339
130340 <div id="theMobileNav" role="navigation" class="hidden-print">
130341      <div class="navbar navbar-default navbar-fixed-top" role="navigation">
130342          <div class="container">
130343              <div class="navbar-header">
130344                  <button type="button" class="navbar-toggle pull-left
…      mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
130345                      <span class="sr-only">Toggle navigation</span>
130346                      <span class="icon-bar"></span>
130347                      <span class="icon-bar"></span>
130348                      <span class="icon-bar"></span>
130349                  </button>
130350                  <a class="navbar-brand" href="/">
130351                      <img id="ctl00_UxPrimaryNavMobile_UxLogo"
```

```
130351    src="/uploadedimages/parkerhospital/content/PAH/configuration/Parker-Adv-Hosp-Web.png
    "    " />
130352                        </a>
130353                    </div>
130354                    <div class="navbar-collapse collapse">
130355
130356                            <ul class="nav navbar-nav navbar-right" id="mobile-nav">
130357
130358                            <li class="dropdown">
130359                                <a href="/PAH/Specialties/"
130360                                    class="dropdown-toggle"
130361                                    data-toggle="dropdown">
130362                                    Specialties
130363                                    <b class="caret"></b>
130364                                </a>
130365
130366                                    <ul class="dropdown-menu">
130367
130368                                    <li><a
    href="/PAH/Specialties/Bariatric-Weight-Loss-Surgery/">Bariatric Surgery</a></li>
130369
130370                                    <li><a
    href="/PAH/Specialties/BirthPlace/">BirthPlace</a></li>
130371
130372                                    <li><a
    href="/PAH/Specialties/The-Breast-Care-Center-at-Parker/">The Breast Care Center at
    Parker</a></li>
130373
130374                                    <li><a href="/cancercare/">Cancer Care</a></li>
130375
130376                                    <li><a
    href="/Cardiology-at-Parker-Adventist-Hosptial/">Cardiology</a></li>
130377
130378                                    <li><a
    href="/PAH/Specialties/Centura-Health-Physician-Group/">Centura Health Physician
    Group</a></li>
130379
130380                                    <li><a
    href="/PAH/Specialties/Diabetes/">Diabetes</a></li>
130381
130382                                    <li><a href="/Emergency-Services/">Emergency
    Services</a></li>
130383
130384                                    <li><a
    href="/PAH/Specialties/Family-to-Family-Adoption-Support/">Family to Family Adoption
    Support</a></li>
130385
130386                                    <li><a
    href="/PAH/Specialties/Genetic-Counseling/">Genetic Counseling Services</a></li>
130387
130388                                    <li><a
    href="/PAH/Specialties/Imaging/">Imaging</a></li>
130389
130390                                    <li><a
    href="/pah/specialties/neighborhood-health-centers/">Neighborhood Health
    Centers</a></li>
130391
130392                                    <li><a
    href="/PAH/Specialties/Neurosciences/">Neurosciences</a></li>
130393
130394                                    <li><a
    href="/PAH/Specialties/Joint-Replacement-Program/">Orthopedics &amp; Joint
    Replacement</a></li>
130395
130396                                    <li><a
    href="/PAH/Specialties/Parker-Adventist-Hospitalist-Team/">Parker Adventist
    Hospitalist Team</a></li>
130397
```

```
130398                              <li><a
    … href="http://www.parkerpainspecialists.org/pps/home/">Pain Medicine</a></li>
130399
130400                                          <li><a
    … href="/PAH/Specialties/Rehabilitation/">Rehabilitation</a></li>
130401
130402                                          <li><a
    … href="/PAH/Specialties/Robotic-Surgery/">Robotic Surgery</a></li>
130403
130404                                          <li><a
    … href="/PAH/Specialties/Sleep-Disorders-Center/">Sleep Disorder Center</a></li>
130405
130406                                          <li><a
    … href="/PAH/Specialties/Spine-Surgery/">Spine Surgery</a></li>
130407
130408                                          <li><a href="/PAH/Specialties/Stroke/">Stroke
    … Care</a></li>
130409
130410                                          <li><a
    … href="/PAH/Specialties/Urology/">Urology</a></li>
130411
130412                                          <li><a href="/PAH/Specialties/Wound-Care/">Wound
    … Care</a></li>
130413
130414                                          <li><a
    … href="/PAH/Specialties/Other-Specialties/">Other Specialties</a></li>
130415
130416                                      </ul>
130417
130418                                  </li>
130419
130420                              <li class="dropdown">
130421                                  <a href="/PAH/For-Patients-and-Families/"
130422                                      class="dropdown-toggle"
130423                                      data-toggle="dropdown">
130424                                      For Patients &amp; Families
130425                                      <b class="caret"></b>
130426                                  </a>
130427
130428                                      <ul class="dropdown-menu">
130429
130430                                          <li><a href="/#PreRegModal">Patient
    … Pre-Registration</a></li>
130431
130432                                          <li><a
    … href="/PAH/For-Patients-and-Families/Billing-and-Financial-Services/">Billing and
    … Financial Services</a></li>
130433
130434                                          <li><a
    … href="/For-Patients-and-Families/Pricing/">Pricing</a></li>
130435
130436                                          <li><a
    … href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>
130437
130438                                          <li><a
    … href="/PAH/For-Patients-and-Families/Daisy-Award/">Daisy Award</a></li>
130439
130440                                          <li><a
    … href="/PAH/For-Patients-and-Families/Advance-Directives/">Advance Directives</a></li>
130441
130442                                          <li><a
    … href="/PAH/For-Patients-and-Families/Centura-Health-LINKS/">Centura Health
    … LINKS</a></li>
130443
130444                                          <li><a
    … href="/MyCenturaHealth/">MyCenturaHealth</a></li>
130445
130446                                          <li><a href="/Medical-Records/">Medical
```

```
130446…   Records</a></li>
130447
130448                        <li><a
   …   href="/for-patients-and-families/patient-bill-of-rights-and-responsibilities/">
   …   Patient Bill of Rights and Responsibilities</a></li>
130449
130450                        <li><a
   …   href="/For-Patients-and-Families/Privacy-Practices/">Privacy Practices</a></li>
130451
130452                        <li><a
   …   href="/PAH/For-Patients-and-Families/Connect-for-Health-Colorado/">Connect for Health
   …   Colorado</a></li>
130453
130454                        <li><a
   …   href="/PAH/For-Patients-and-Families/Medicare-Information/">Medicare
   …   Information</a></li>
130455
130456                    </ul>
130457
130458                </li>
130459
130460            <li class="dropdown">
130461                <a href="/PAH/About-Us/"
130462                    class="dropdown-toggle"
130463                    data-toggle="dropdown">
130464                    About Us
130465                    <b class="caret"></b>
130466                </a>
130467
130468                    <ul class="dropdown-menu">
130469
130470                        <li><a href="/PAH/About-Us/2015-Expansion/">2015
   …   Expansion</a></li>
130471
130472                        <li><a
   …   href="/PAH/About-Us/10-Year-Anniversary/">10 Year Anniversary</a></li>
130473
130474                        <li><a
   …   href="/PAH/About-Us/Awards-and-Honors/">Awards and Honors</a></li>
130475
130476                        <li><a
   …   href="/PAH/About-Us/Parker-Hospital-Foundation/">Parker Hospital Foundation</a></li>
130477
130478                        <li><a
   …   href="/PAH/Community/Community-Involvement/">Community</a></li>
130479
130480                        <li><a
   …   href="/PAH/About-Us/Our-Leaders/">Leadership</a></li>
130481
130482                        <li><a href="/PAH/About-Us/Our-Sponsor/">Our
   …   Sponsor</a></li>
130483
130484                        <li><a href="/PAH/About-Us/Fast-Facts/">Fast
   …   Facts</a></li>
130485
130486                        <li><a
   …   href="/PAH/About-Us/Mission/Mission---Values/">Mission and Values</a></li>
130487
130488                        <li><a
   …   href="/Centura-Health-Research-Center/">Centura Health Research</a></li>
130489
130490                        <li><a
   …   href="/PAH/About-Us/Roadmap-to-the-Future-of-Health-Care/">Roadmap to the Future of
   …   Health Care</a></li>
130491
130492                        <li><a
   …   href="/PAH/For-Patients-and-Families/Spiritual-Care/">Spiritual Care</a></li>
130493
```

```
130494                               <li><a
   …  href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
   …  PRK_Share_A_Compliment">Share a Compliment</a></li>
130495
130496                                       </ul>
130497
130498                               </li>
130499
130500                               <li class="dropdown">
130501                                   <a href="/Community-Parker/"
130502                                      class="dropdown-toggle"
130503                                      data-toggle="dropdown">
130504                                      Community
130505                                      <b class="caret"></b>
130506                                   </a>
130507
130508                                       <ul class="dropdown-menu">
130509
130510                                       <li><a
   …  href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
   …  ">Classes &amp; Events</a></li>
130511
130512                                       <li><a
   …  href="/PAH/Community/Seminars/">Seminars</a></li>
130513
130514                                       <li><a
   …  href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=122&amp;aid=CENTURA
   …  &amp;cat1=355">Conferences</a></li>
130515
130516                                       <li><a
   …  href="/PAH/Community/Healing-Arts/">Healing Arts</a></li>
130517
130518                                       <li><a
   …  href="/PAH/Community/Social-Media/Social-Media/">Social Media</a></li>
130519
130520                                       <li><a
   …  href="/PAH/Community/Volunteer/">Volunteer</a></li>
130521
130522                                       <li><a href="/PAH/Community/Grow-Magazine/">Grow
   …  Magazine</a></li>
130523
130524                                       <li><a
   …  href="/PAH/Community/Community-Benefit/">Community Benefit</a></li>
130525
130526                                       <li><a
   …  href="/PAH/Community/Equestrian-Safety-Program/">Equestrian Safety</a></li>
130527
130528                                       </ul>
130529
130530                               </li>
130531
130532                               <li class="dropdown">
130533                                   <a href="/Health-and-Wellness-Parker/"
130534                                      class="dropdown-toggle"
130535                                      data-toggle="dropdown">
130536                                      Health &amp; Wellness
130537                                      <b class="caret"></b>
130538                                   </a>
130539
130540                                       <ul class="dropdown-menu">
130541
130542                                       <li><a
   …  href="/PAH/Health-and-Wellness/Nutrition/Peakview-Café/">Peakview Café</a></li>
130543
130544                                       <li><a
   …  href="/PAH/Health-and-Wellness/Seasonal-Information/Flu-Information/">Seasonal
   …  Information</a></li>
130545
```

```
130546                                 <li><a href="/carewell/">carewell</a></li>
130547
130548                                 <li><a href="/Health-Library/">Health
       Library</a></li>
130549
130550                                 <li><a href="/Healthy-Habits/">Healthy
       Habits</a></li>
130551
130552                                 <li><a href="/iTriage-App/">iTriage App</a></li>
130553
130554                                 </ul>
130555
130556                             </li>
130557
130558                             <li class="dropdown">
130559                                 <a href="/PAH/News/"
130560                                    class="dropdown-toggle"
130561                                    data-toggle="dropdown">
130562                                     News
130563                                     <b class="caret"></b>
130564                                 </a>
130565
130566                                 <ul class="dropdown-menu">
130567
130568                                 <li><a href="/Ebola-Virus/">Ebola Virus
       Information</a></li>
130569
130570                                 </ul>
130571
130572                             </li>
130573
130574                             </ul>
130575
130576             </div>
130577             <!--/.nav-collapse -->
130578         </div>
130579     </div>
130580     <div class="mobile-search">
130581         <div class="input-group input-group-sm">
130582             <input id="mobile-search-text" type="text" class="form-control"
       placeholder="Enter your search terms here" />
130583             <div class="input-group-btn">
130584                 <button type="button" class="btn btn-default dropdown-toggle"
       data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
130585                     <input type="hidden" id="mobileSearchFolderId" value="1662" />
130586                     <span class="mobile-search-tip">current site</span><span
       class="caret"></span>
130587                     <span class="sr-only">Toggle Dropdown</span>
130588                 </button>
130589                 <ul class="dropdown-menu pull-right mobile-search-filter"
       role="menu">
130590                     <li><a href="0" data-folderid="1662" class="active">current
       site</a></li>
130591                     <li><a href="0" data-folderid="">all sites</a></li>
130592                 </ul>
130593                 <button id="mobile-search-button" type="button" class="btn
       btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
130594             </div>
130595         </div>
130596     </div>
130597 </div>
130598
130599 <script>
130600     $(document).ready(function () {
130601         // Add an item for the root node link to each sub-menu
130602         $("#mobile-nav .dropdown-toggle").each(function () {
130603             var dropdownHeader = $(this);
130604             var dropdownMenu = dropdownHeader.next();
```

```
130605                        var newTitle = dropdownHeader.text() + " Home";
130606                        var newLink = dropdownHeader.attr("href");
130607
130608
130609                        var newTopItem = $(document.createElement("li"));
130610                        var newTopLink = $(document.createElement("a")).attr("href",
…       newLink).text(newTitle);
130611
130612                        newTopItem.append(newTopLink);
130613
130614                        dropdownMenu.prepend(newTopItem);
130615                    });
130616
130617                    // Prevent sub-menu items from triggering collapse when clicked
130618                    $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
130619                        clickEvent.stopPropagation();
130620                    });
130621
130622                    $('#mobile-nav').append('<li class="your-navs"><a
…       href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
130623                    $('#mobile-nav').append('<li class="your-navs"><a
…       href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
130624                    $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
…       target="_blank">MyCenturaHealth</a></li>');
130625                });
130626    </script>
130627
130628            <div class="contentPush"></div>
130629            <div id="content" class="container-fluid snap-content">
130630
130631                <!--Header-->
130632
130633                <div>
130634
130635        <script type="text/javascript">
130636    //<![CDATA[
130637    Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
…       ctl03', 'aspnetForm',
…       ['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
…       DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
…       tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl00$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl00$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl01$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl02$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl01$uxControlColumn$ctl03$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl00$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl02$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl02$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
…       ctl02$uxControlColumn$ctl03$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
…       ctl00$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
…       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl02$
…       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
…       ctl00$uxControlColumn$ctl03$uxWidgetHost$uxUpdatePanel','',], [], [], 90, 'ctl00');
130638    //]]>
130639    </script>
130640
130641
```

```
130642              <script type="text/javascript">
130643                  Ektron.PBSettings = { 'dontClose': false }
130644              </script>
130645
130646
130647
130648
130649          <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">
130650
130651          </div>
130652          <script id="EktronScriptBlockcbbbbac2a9dc4a00aa01f564dfacdece"
        type="text/javascript">
130653
130654  Ektron.ready(function(event, eventName){
130655
130656                  $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
        .ui-dialog-buttonpane a").button();
130657                  $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
        .framework").accordion({
130658                      heightStyle: "content",
130659                      activate: function(event, ui){
130660                          $ektron(ui).closest(".ui-accordion").accordion("refresh");
130661                      }
130662                  });
130663                  $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
        handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
130664
130665  });
130666
130667
130668  </script>
130669
130670
130671
130672      <div id="location-landing-header">
130673          <div class="container">
130674
130675          <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">
130676
130677                  <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
        data-ux-pagebuilder="DropZone">
130678
130679                              <div data-ux-pagebuilder="Column">
130680
130681                                  <ul>
130682
130683                                      <li>
130684
130685          <div
        id="
        ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
        getHost_uxUpdatePanel">
130686
130687                  <div data-ux-pagebuilder="Widget">
130688
130689                      <div class="widgetBody">
130690                          <span
        id="
        ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
        getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
        id="EktronScriptBlocke8033034aee044348174567bd2942c72" type="text/javascript">
130691
130692          $ektron.extend(true, Ektron,
        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130693
```

Page 4108

```
130694
130695        </script></span>
130696  <div class="container">
130697      <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
130698
130699      <div id="landing-carousel" class="col-md-9 no-padding">
130700          <div id="location-landing-full" class="carousel slide" data-ride="carousel"
    …   data-wrap="true">
130701              <div class="carousel-inner">
130702
130703
130704
130705
130706
130707                      <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    …   l00_UxSliderNoLink" class="item active">
130708                          <img
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
    …   l00_Image1" class="full"
    …   src="/uploadedImages/parkerhospital/Content/PAH/Home/Carousels/PKR_exterior_855x417.
    …   jpg" alt="Parker Exterior" />
130709
130710                      </div>
130711
130712                  </div>
130713
130714
130715          </div>
130716      </div>
130717
130718          </div>
130719      <div id="landing-column" class="col-md-3 no-padding">
130720
130721          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxWaitTime" class="yellow-block">
130722              <span class="er">ER:</span>
130723              <span class="min">9<sup>min</sup></span>
130724              <button
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxViewAllButton" type="button"
    …   class="btn btn-orange btn-wait" title="view all"
    …   onclick="document.location.href=&#39;/PAH/Specialties/Emergency-Services/Emergency-
    …   Wait-Times/&#39;;">view all</button>
130725              <a
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_UxTellUsYoureComingLink" title="Tell
    …   Us You&#39;re Coming"
    …   href="https://www.itriagehealth.com/facility/parker-adventist-hospital-61811"
    …   target="_self">Tell Us You're Coming</a>
130726          </div>
130727
130728          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …   getHost_uxWidgetHost_widget_UxLandingPageBanner_mapDiv" class="gmap">
130729              <div class="mask"></div>
```

```
130730                <iframe
   …    src="https://maps.google.com/maps?ll=39.5486133,-104.7710383&amp;z=10&amp;output=
   …    embed"
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …    getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
   …    width="425"></iframe>
130731                <a href="/Components/Templates/Directions.aspx?endaddress=9395 Crown
   …    Crest Boulevard, Parker  CO 80138"
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …    getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
   …    data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
   …    data-title="Directions" class="ilightbox btn btn-gmap"
   …    data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
   …    data-action="click" role="button">directions</a>
130732            </div>
130733
130734        <div class="linx">
130735
130736                <ul>
130737
130738                <li><a href="/PAH/Contact-Us/Contact-Us/" target="_self"
   …    title="Contact Us - 303-269-4000">Contact Us - 303-269-4000</a></li>
130739
130740                <li><a href="/Careers-and-Education/" target="_self"
   …    title="Careers and Education">Careers and Education</a></li>
130741
130742                <li><a href="/PAH/Community/Volunteer/" target="_self"
   …    title="Volunteer">Volunteer</a></li>
130743
130744                </ul>
130745
130746        </div>
130747    </div>
130748 </div>
130749
130750
130751                </div>
130752            </div>
130753
130754    </div>
130755
130756                                </li>
130757
130758                    </ul>
130759                </div>
130760
130761            </div>
130762
130763 </div>
130764
130765        </div>
130766    </div>
130767    <div class="container">
130768        <div class="col-md-9">
130769
130770        <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
   …    class="container">
130771
130772            <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
   …    data-ux-pagebuilder="DropZone" class=" row">
130773
130774                    <div data-ux-pagebuilder="Column" class=''>
130775
130776                        <ul>
130777
130778                            <li>
```

```
130779
130780                    <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
    …  getHost_uxUpdatePanel">
130781
130782                        <div data-ux-pagebuilder="Widget">
130783
130784                            <div class="widgetBody">
130785
130786 <div>
130787     <h1 class="global-h1">Welcome to Parker Adventist Hospital</h1>
130788 </div>
130789
130790                        </div>
130791                    </div>
130792
130793     </div>
130794
130795                                            </li>
130796
130797                                            <li>
130798
130799         <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxUpdatePanel">
130800
130801                        <div data-ux-pagebuilder="Widget">
130802
130803                            <div class="widgetBody">
130804
130805         <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_CB">
130806                Parker Adventist Hospital, located at  E-470 and Parker Road, offers
    …  leading medical experts, cutting edge technology and a broad array of clinical
    …  services. We are committed to excellence in health care. Ranked among the top
    …  hospitals in the nation for patient satisfaction, Parker Hospital performs complex
130807 spine and  brain surgery along with  weight-loss and  joint-replacement surgery. We
    …  have a  Level II Trauma Center and a  BirthPlace with a  Level III NICU caring for
    …  babies born as early as 28 weeks. Parker Adventist Hospital offers health care
    …  excellence, close to home.
130808 <meta name="google-site-verification"
    …  content="Ijoh3dB5GHO_a0xTR-RU5k4RTqMTGvI_rjXjRm1pt_0"/>
130809                        </div>
130810
130811         <span
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_errorLb"></span>
130812
130813                        </div>
130814                    </div>
130815
130816     </div>
130817
130818                                            </li>
130819
130820                                            <li>
130821
130822         <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
    …  getHost_uxUpdatePanel">
130823
130824                        <div data-ux-pagebuilder="Widget">
```

```
130825
130826                        <div class="widgetBody">
130827
130828
130829            <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…      getHost_uxWidgetHost_widget_divBreak" style="height: 25px;"></div>
130830
130831                        </div>
130832                    </div>
130833
130834      </div>
130835
130836                                    </li>
130837
130838                        </ul>
130839                    </div>
130840
130841                    <div data-ux-pagebuilder="Column" class='col-md-6'>
130842
130843                        <ul>
130844
130845                                    <li>
130846
130847            <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…      getHost_uxUpdatePanel">
130848
130849                    <div data-ux-pagebuilder="Widget">
130850
130851                        <div class="widgetBody">
130852                            <span
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…      getHost_uxWidgetHost_widget_UxLatestNewslist_uxAccessPoint"><script
…      id="EktronScriptBlockc250a320416f447290b1c37a884720ec" type="text/javascript">
130853
130854            $ektron.extend(true, Ektron,
…      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130855
130856
130857            </script></span>
130858  <div class="blue-news-box">
130859      <div class="news-block">
130860          <h2>Latest News</h2>
130861          <ul class="news-list">
130862
130863                    <li>
130864                        <a
…      href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
…      Hospital-For-Lake-County/" ><time datetime="8/30/2016 12:00:00 AM">Aug 30,
…      2016</time></a>
130865                        <a
…      href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
…      Hospital-For-Lake-County/" >St. Vincent Hospital, Centura Health Plan New Hospital
…      For Lake County</a>
130866                    </li>
130867
130868                    <li>
130869                        <a
…      href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=17179869225" ><time
…      datetime="8/8/2016 12:00:00 AM">Aug 8, 2016</time></a>
130870                        <a
```

```
130870…  href="/Components/Wireframes/pb_right1a1.aspx?pageid=67&id=17173809223">Porter
…      Adventist Hospital and Senior Care of Colorado Announce Expanded Geriatric Clinic
…      </a>
130871                        </li>
130872
130873                        <li>
130874                           <a
…      href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
…      ER-Visits/" ><time datetime="8/4/2016 12:00:00 AM">Aug 4, 2016</time></a>
130875                           <a
…      href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
…      ER-Visits/" >Innovative Colorado Clinics Reduce Unnecessary ER Visits</a>
130876                        </li>
130877
130878        </ul>
130879        <button
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
…      getHost_uxWidgetHost_widget_UxLatestNewslist_UxButton" type="button" class="btn
…      btn-gray" onclick="document.location.href=&#39;/PAH/News/&#39;;">read more</button>
130880        </div>
130881  </div>
130882
130883
130884                        </div>
130885                    </div>
130886
130887      </div>
130888
130889                                        </li>
130890
130891                                        <li>
130892
130893        <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl01_uxWid
…      getHost_uxUpdatePanel">
130894
130895                    <div data-ux-pagebuilder="Widget">
130896
130897                        <div class="widgetBody">
130898                            <span
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl01_uxWid
…      getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…      id="EktronScriptBlockb3ecc09caad64caeaefecf54925df653" type="text/javascript">
130899
130900        $ektron.extend(true, Ektron,
…      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130901
130902
130903        </script></span>
130904
130905
130906  <div
…      id="
…      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl01_uxWid
…      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
130907
130908      <div class="media col-spacing-medium">
130909        <a class="pull-left " href='http://www.parkerhospital.org/mycenturahealth/'
…      target='_blank' data-category="Featured Content" data-action="click"
…      data-label="MyCenturaHealth Patient Portal">
130910                <img class="media-object" alt='Centura Health Patient Portal Yoga'
…      src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/
```

```
130910    service_callout_HealthyLiving1.jpg' title='Centura Health Patient Portal-Yoga'>
130911              </a>
130912           <div class="media-body">
130913              <h4 class="media-heading"><a class=""
      href='http://www.parkerhospital.org/mycenturahealth/' target='_blank'
      data-category="Featured Content" data-action="click" data-label="MyCenturaHealth
      Patient Portal">MyCenturaHealth Patient Portal</a></h4>
130914              <p>MyCenturaHealth is a secure, online portal that helps you conveniently
      manage your health. </p>
130915              <button type="button" class="btn btn-gray "
      onclick="window.open('http://www.parkerhospital.org/mycenturahealth/');"
      data-category="Featured Content" data-action="click" data-label="MyCenturaHealth
      Patient Portal">learn more</button>
130916           </div>
130917        </div>
130918
130919        </div>
130920
130921
130922                 </div>
130923              </div>
130924
130925        </div>
130926
130927                                     </li>
130928
130929                                     <li>
130930
130931        <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
      getHost_uxUpdatePanel">
130932
130933              <div data-ux-pagebuilder="Widget">
130934
130935                 <div class="widgetBody">
130936                    <span
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
      getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
      id="EktronScriptBlockaedeb608894343619ad597362f1f1ca1" type="text/javascript">
130937
130938        $ektron.extend(true, Ektron,
      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130939
130940
130941        </script></span>
130942
130943
130944 <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
130945
130946     <div class="media col-spacing-medium">
130947        <a class="pull-left " href='/PAH/Specialties/BirthPlace/' target='_self'
      data-category="Featured Content" data-action="click" data-label="The BirthPlace">
130948           <img class="media-object" alt='The BirthPlace at Parker Hospital_1'
      src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/birth home feature
      callout.jpg' title='The BirthPlace at Parker Hospital_1'>
130949        </a>
130950        <div class="media-body">
130951           <h4 class="media-heading"><a class="" href='/PAH/Specialties/BirthPlace/'
      target='_self' data-category="Featured Content" data-action="click" data-label="The
      BirthPlace">The BirthPlace</a></h4>
```

Page 4114

```
130952            <p>With comfortable birthing suites, NICU and caring staff, you and your
       …    baby are in the best hands.</p>
130953            <button type="button" class="btn btn-gray "
       …    onclick="document.location.href='/PAH/Specialties/BirthPlace/';"
       …    data-category="Featured Content" data-action="click" data-label="The
       …    BirthPlace">visit the birthplace</button>
130954            </p>
130955        </div>
130956
130957        </div>
130958
130959
130960                </div>
130961            </div>
130962
130963        </div>
130964
130965                                                    </li>
130966
130967                                                    <li>
130968
130969        <div
       …    id="
       …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
       …    getHost_uxUpdatePanel">
130970
130971                <div data-ux-pagebuilder="Widget">
130972
130973                <div class="widgetBody">
130974                    <span
       …    id="
       …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
       …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
       …    id="EktronScriptBlockcf5ae99688a940a5a275b8f53c96964e" type="text/javascript">
130975
130976            $ektron.extend(true, Ektron,
       …    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
       …    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
       …    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
       …    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
130977
130978
130979            </script></span>
130980
130981
130982    <div
       …    id="
       …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
       …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
130983
130984        <div class="media col-spacing-medium">
130985            <a class="pull-left " href='/pah/specialties/imaging/' target='_self'
       …    data-category="Featured Content" data-action="click" data-label="Imaging Services">
130986                <img class="media-object" alt='Imaging Services'
       …    src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/
       …    service_thumbnail_Imaging1.jpg' title='Imaging Services'>
130987            </a>
130988            <div class="media-body">
130989                <h4 class="media-heading"><a class="" href='/pah/specialties/imaging/'
       …    target='_self' data-category="Featured Content" data-action="click"
       …    data-label="Imaging Services">Imaging Services</a></h4>
130990                <p>We offer a broad spectrum of imaging services including CT, MRI,
       …    mammograms, angiography and PET/CT</p>
130991                <button type="button" class="btn btn-gray "
       …    onclick="document.location.href='/pah/specialties/imaging/';" data-category="Featured
       …    Content" data-action="click" data-label="Imaging Services">imaging services</button>
130992            </div>
130993        </div>
```

```
130994              </div>
130995
130996
130997
130998                  </div>
130999              </div>
131000
131001      </div>
131002
131003                              </li>
131004
131005                  </ul>
131006              </div>
131007
131008                  <div data-ux-pagebuilder="Column" class='col-md-6'>
131009
131010                  <ul>
131011
131012                      <li>
131013
131014      <div
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
     getHost_uxUpdatePanel">
131015
131016              <div data-ux-pagebuilder="Widget">
131017
131018                  <div class="widgetBody">
131019                      <span
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
     id="EktronScriptBlock00032f16a341425cb39036eadbf401a5" type="text/javascript">
131020
131021          $ektron.extend(true, Ektron,
     {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
     FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
     Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
     IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131022
131023
131024      </script></span>
131025
131026
131027 <div
     id="
     ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
     getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
131028
131029      <div class="media col-spacing-medium">
131030          <a class="pull-left "
     href='http://www.coloradoentspecialists.org/CDS/Home/Our-Physicians/' target='_blank'
     data-category="Featured Content" data-action="click" data-label="Dr. Ben Milam">
131031              <img class="media-object" alt='Ben Milan, MD'
     src='/uploadedImages/coloradoentspecialists/Content/CDS/Featured_Item/ben-milam-md-
     80x80.jpg' title='Ben Milan, MD'>
131032          </a>
131033          <div class="media-body">
131034              <h4 class="media-heading"><a class=""
     href='http://www.coloradoentspecialists.org/CDS/Home/Our-Physicians/' target='_blank'
     data-category="Featured Content" data-action="click" data-label="Dr. Ben Milam">Dr.
     Ben Milam</a></h4>
131035              <p>Welcome Dr. Ben Milam, adult and pediatric ENT physician.</p>
131036              <button type="button" class="btn btn-gray "
     onclick="window.open('http://www.coloradoentspecialists.org/CDS/Home/Our-Physicians/'
     );" data-category="Featured Content" data-action="click" data-label="Dr. Ben
     Milam">learn more</button>
131037              </div>
```

```
131038                </div>
131039
131040            </div>
131041
131042
131043                    </div>
131044                </div>
131045
131046        </div>
131047
131048                                    </li>
131049
131050                                    <li>
131051
131052            <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
      getHost_uxUpdatePanel">
131053
131054                <div data-ux-pagebuilder="Widget">
131055
131056                    <div class="widgetBody">
131057                        <span
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
      getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
      id="EktronScriptBlockf73293d1f9a544d5aa861264207ea889" type="text/javascript">
131058
131059            $ektron.extend(true, Ektron,
      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131060
131061
131062            </script></span>
131063
131064
131065  <div
      id="
      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
131066
131067      <div class="media col-spacing-medium">
131068          <a class="pull-left "
      href='http://online.publicationprinters.com/launch.aspx?eid=1b0544df-f060-4fb6-844e-
      c72b90c3b477' target='_blank' data-category="Featured Content" data-action="click"
      data-label="Top 5 in Two Categories">
131069              <img class="media-object" alt='Colorado Parent Magazine Top 5'
      src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/Family-Favorites-2016-
      Top-5-80x80.jpg' title='Colorado Parent Magazine Top 5'>
131070          </a>
131071          <div class="media-body">
131072              <h4 class="media-heading"><a class=""
      href='http://online.publicationprinters.com/launch.aspx?eid=1b0544df-f060-4fb6-844e-
      c72b90c3b477' target='_blank' data-category="Featured Content" data-action="click"
      data-label="Top 5 in Two Categories">Top 5 in Two Categories</a></h4>
131073              <p>Parker Adventist Hospital has been voted TOP 5 in the categories of
      "Birthing Center" and "Hospital or Health Clinic" by Colorado Parent Magazine! We are
      honored by this award, a HUGE thanks to our community for voting for us!</p>
131074              <button type="button" class="btn btn-gray "
      onclick="window.open('http://online.publicationprinters.com/launch.aspx?eid=1b0544df-
      f060-4fb6-844e-c72b90c3b477');" data-category="Featured Content" data-action="click"
      data-label="Top 5 in Two Categories">learn more</button>
131075          </div>
131076      </div>
131077
131078          </div>
```

```
131079
131080
131081                            </div>
131082                        </div>
131083
131084        </div>
131085
131086                                        </li>
131087
131088                                        <li>
131089
131090            <div
    … id="
    … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    … getHost_uxUpdatePanel">
131091
131092                    <div data-ux-pagebuilder="Widget">
131093
131094                        <div class="widgetBody">
131095                            <span
    … id="
    … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    … getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    … id="EktronScriptBlock887c47465b2141e599bc1b7fccf629b7" type="text/javascript">
131096
131097                $ektron.extend(true, Ektron,
    … {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    … FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    … Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    … IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131098
131099
131100            </script></span>
131101
131102
131103 <div
    … id="
    … ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    … getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
131104
131105        <div class="media col-spacing-medium">
131106            <a class="pull-left "
    … href='/PAH/Specialties/Diabetes/Program-Topics-and-Benefits/' target='_self'
    … data-category="Featured Content" data-action="click" data-label="Diabetes Topics &
    … Benefits">
131107                <img class="media-object" alt='Diabetes Topic and Benefits'
    … src='/uploadedImages/parkerhospital/Content/PAH/Featured_Item/diabete-topics-and-
    … benefits-80x80.jpg' title='Diabetes Topic and Benefits'>
131108            </a>
131109            <div class="media-body">
131110                <h4 class="media-heading"><a class=""
    … href='/PAH/Specialties/Diabetes/Program-Topics-and-Benefits/' target='_self'
    … data-category="Featured Content" data-action="click" data-label="Diabetes Topics &
    … Benefits">Diabetes Topics & Benefits</a></h4>
131111                <p>We know you're not like any other person with diabetes and that your
    … experience and needs are unique to you. For this reason, we work...</p>
131112                <button type="button" class="btn btn-gray "
    … onclick="document.location.href='/PAH/Specialties/Diabetes/Program-Topics-and-
    … Benefits/';" data-category="Featured Content" data-action="click"
    … data-label="Diabetes Topics & Benefits">learn more</button>
131113            </div>
131114        </div>
131115
131116        </div>
131117
131118
131119                        </div>
131120                    </div>
```

```
131121
131122          </div>
131123
131124                                          </li>
131125
131126                                          <li>
131127
131128            <div
…       id="
…       ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
…       getHost_uxUpdatePanel">
131129
131130                    <div data-ux-pagebuilder="Widget">
131131
131132                        <div class="widgetBody">
131133                            <span
…       id="
…       ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
…       getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…       id="EktronScriptBlock0320089f2d1a4c4a9a310a64253fc224" type="text/javascript">
131134
131135            $ektron.extend(true, Ektron,
…       {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…       FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…       Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…       IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131136
131137
131138          </script></span>
131139
131140
131141  <div
…       id="
…       ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl03_uxWid
…       getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
131142
131143      <div class="media col-spacing-medium">
131144          <a class="pull-left "
…       href='http://www.parkerhospital.org/pah/specialties/breast-care-center/'
…       target='_self' data-category="Featured Content" data-action="click" data-label="The
…       Breast Care Center">
131145              <img class="media-object" alt='Breast Cancer Prevention'
…       src='/uploadedImages/parkerhospital/Content/PAH/Health_Information_and_Services/
…       Specialties/Cancer_Care/Rightfit_breastcenterlanding.png' title='Breast Cancer
…       Prevention'>
131146          </a>
131147          <div class="media-body">
131148              <h4 class="media-heading"><a class=""
…       href='http://www.parkerhospital.org/pah/specialties/breast-care-center/'
…       target='_self' data-category="Featured Content" data-action="click" data-label="The
…       Breast Care Center">The Breast Care Center</a></h4>
131149              <p>The Breast Care Center at Parker Adventist Hospital offers superior
…       imaging, digital mammograms, a respect for your busy schedule and a warm inviting
…       atmosphere</p>
131150              <button type="button" class="btn btn-gray "
…       onclick="document.location.href='http://www.parkerhospital.org/pah/specialties/breast
…       -care-center/';" data-category="Featured Content" data-action="click" data-label="The
…       Breast Care Center">prevent breast cancer</button>
131151          </div>
131152      </div>
131153
131154      </div>
131155
131156
131157                  </div>
131158              </div>
131159
131160          </div>
```

```
131161
131162                                          </li>
131163
131164                                  </ul>
131165                              </div>
131166
131167                              <div data-ux-pagebuilder="Column" class=''>
131168
131169                                  <ul>
131170
131171                                  </ul>
131172                              </div>
131173
131174                      </div>
131175
131176  </div>
131177
131178          </div>
131179          <div class="col-md-1"></div>
131180          <div class="col-md-3">
131181
131182
131183          <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">
131184
131185                  <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
…       data-ux-pagebuilder="DropZone">
131186
131187                          <div data-ux-pagebuilder="Column">
131188
131189                              <ul>
131190
131191                                  <li>
131192
131193          <div
…       id="
…       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…       getHost_uxUpdatePanel">
131194
131195                  <div data-ux-pagebuilder="Widget">
131196
131197                      <div class="widgetBody">
131198
131199
131200          <div
…       id="
…       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…       getHost_uxWidgetHost_widget_divBreak" style="height: 5px;"></div>
131201
131202                      </div>
131203                  </div>
131204
131205      </div>
131206
131207                                  </li>
131208
131209                                  <li>
131210
131211          <div
…       id="
…       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…       getHost_uxUpdatePanel">
131212
131213                  <div data-ux-pagebuilder="Widget">
131214
131215                      <div class="widgetBody">
131216                          <span
…       id="
…       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
```

```
131216…  getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…        id="EktronScriptBlockfeb9c7d38f624999b59187342d3272b2" type="text/javascript">
131217
131218          $ektron.extend(true, Ektron,
…        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131219
131220
131221          </script></span>
131222  <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
…        getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
131223
131224      <div class="read-more">
131225          <div>
131226              <a href='/CMSlogin.aspx?id=12286' class="thumbnail provider-finder"
…        target='_self' data-category="Featured Content" data-action="click" data-label="Find
…        a Doctor">
131227                  <img alt='Health Information'
…        src='/uploadedImages/Centura/CNA/Featured_Item/service_Health.jpg?n=3686'
…        title='Health Information' /></a>
131228                  <h3><a class="provider-finder" href='/CMSlogin.aspx?id=12286'
…        target='_self' data-category="Featured Content" data-action="click" data-label="Find
…        a Doctor">Find a Doctor</a></h3>
131229                  <p>Get started on your journey to healthier today. Find a doctor or
…        office to help you get there.</p>
131230          </div>
131231          <button type="button" class="btn btn-gray provider-finder"
…        onclick="document.location.href='/CMSlogin.aspx?id=12286';" data-category="Featured
…        Content" data-action="click" data-label="Find a Doctor">find a doctor</button>
131232      </div>
131233
131234          </div>
131235
131236
131237
131238
131239                  </div>
131240              </div>
131241
131242      </div>
131243
131244                                      </li>
131245
131246                                      <li>
131247
131248          <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…        getHost_uxUpdatePanel">
131249
131250              <div data-ux-pagebuilder="Widget">
131251
131252                  <div class="widgetBody">
131253                      <span
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…        getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…        id="EktronScriptBlock84c9f60df2d04441958086b44e8e9daa" type="text/javascript">
131254
131255          $ektron.extend(true, Ektron,
…        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
```

```
131256
131257
131258        </script></span>
131259  <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
    …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
131260
131261      <div class="read-more">
131262          <div>
131263              <a href='/pah/about-us/parker-hospital-foundation/' class="thumbnail "
    …   target='_self' data-category="Featured Content" data-action="click"
    …   data-label="Parker Hospital Foundation">
131264                  <img alt='Parker Hospiatl Foundation'
    …   src='/uploadedImages/parkerhospital/Content/PAH/About_Us/Foundation/foundationhome.
    …   jpg' title='Parker Hospiatl Foundation' /></a>
131265                  <h3><a class="" href='/pah/about-us/parker-hospital-foundation/'
    …   target='_self' data-category="Featured Content" data-action="click"
    …   data-label="Parker Hospital Foundation">Parker Hospital Foundation</a></h3>
131266                  <p>Together we can help to grow a healthier community.</p>
131267          </div>
131268          <button type="button" class="btn btn-gray "
    …   onclick="document.location.href='/pah/about-us/parker-hospital-foundation/';"
    …   data-category="Featured Content" data-action="click" data-label="Parker Hospital
    …   Foundation">learn about the foundation</button>
131269      </div>
131270
131271          </div>
131272
131273
131274
131275
131276                      </div>
131277                  </div>
131278
131279      </div>
131280
131281                                          </li>
131282
131283                                          <li>
131284
131285          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …   getHost_uxUpdatePanel">
131286
131287                  <div data-ux-pagebuilder="Widget">
131288
131289                  <div class="widgetBody">
131290                          <span
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
    …   id="EktronScriptBlockf6f798780c464367beba6b7356bcb0de" type="text/javascript">
131291
131292          $ektron.extend(true, Ektron,
    …   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
131293
131294
131295          </script></span>
131296  <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
    …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
131297
```

```
131298              <div class="read-more">
131299                  <div>
131300                      <a href='https://issuu.com/parkeradventisthospital/docs/grow_summer_2016'
   …    class="thumbnail " target='_blank' data-category="Featured Content"
   …    data-action="click" data-label="Grow Health Magazine">
131301                          <img alt='Grow Summer 2016_'
   …    src='/uploadedImages/southdenverhealth/Content/SDH/Featured_Item/Grow-Summer-2016-
   …    281x194.gif' title='Grow Summer 2016_' /></a>
131302                      <h3><a class=""
   …    href='https://issuu.com/parkeradventisthospital/docs/grow_summer_2016'
   …    target='_blank' data-category="Featured Content" data-action="click" data-label="Grow
   …    Health Magazine">Grow Health Magazine</a></h3>
131303                      <p>Learn more about important health topics, in Parker's quarterly health
   …    magazine, Grow.</p>
131304                  </div>
131305                  <button type="button" class="btn btn-gray "
   …    onclick="window.open('https://issuu.com/parkeradventisthospital/docs/grow_summer_2016
   …    ');" data-category="Featured Content" data-action="click" data-label="Grow Health
   …    Magazine">read more</button>
131306              </div>
131307
131308          </div>
131309
131310
131311
131312
131313                  </div>
131314              </div>
131315
131316      </div>
131317
131318                                              </li>
131319
131320                          </ul>
131321                      </div>
131322
131323              </div>
131324
131325 </div>
131326
131327          </div>
131328      </div>
131329
131330              <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
131331          </div>
131332
131333          <!--Footer-->
131334
131335
131336
131337 <div id="footer">
131338
131339     <div class="footer-desktop">
131340         <div class="container">
131341             <div class="row">
131342                 <div class="col-md-12">
131343                     <a class="footer-logo-desktop" href="/"/>
131344
131345                         <img alt="centura-health"
   …    src="/css/imgs/logo-centura-health.png" />
131346
131347                     </a>
131348                 </div>
131349             </div>
131350             <div class="row">
131351                 <div class="col-md-3">
131352                     <nav class="footer-nav-links">
131353                         <ul>
```

```
131354                                          <li>
131355                                              <a
   …  href='/PAH/Specialties/Emergency-Services/' class="" target='_self'>Emergency
       Services </a>
131356                                          </li>
131357
131358
131359                                          <li>
131360                                              <a
   …  href='/PAH/Specialties/Joint-Replacement-Program/' class="" target='_self'>Joint
       Replacement </a>
131361                                          </li>
131362
131363                                          <li>
131364                                              <a href='/PAH/Specialties/Spine-Surgery/'
       class="" target='_self'>Spine Surgery </a>
131365                                          </li>
131366
131367                                          <li>
131368                                              <a href='/PAH/Specialties/Cancer-Center/'
       class="" target='_self'>Cancer Center </a>
131369                                          </li>
131370
131371                                          <li>
131372                                              <a href='/PAH/Specialties/Neurosciences/'
       class="" target='_self'>Neurosciences </a>
131373                                          </li>
131374
131375                                      </ul>
131376                                  </nav>
131377                              </div>
131378                              <div class="col-md-3">
131379                                  <nav class="footer-nav-links">
131380                                      <ul>
131381
131382                                          <li>
131383                                              <a
   …  href='/PAH/Specialties/Bariatric-Weight-Loss-Surgery/' class=""
       target='_self'>Bariatric Weight Loss Surgery </a>
131384                                          </li>
131385
131386                                          <li>
131387                                              <a href='/PAH/Specialties/Robotic-Surgery/'
       class="" target='_self'>Robotic Surgery </a>
131388                                          </li>
131389
131390                                          <li>
131391                                              <a href='/PAH/Specialties/BirthPlace/'
       class="" target='_self'>The BirthPlace </a>
131392                                          </li>
131393
131394                                          <li>
131395                                              <a
   …  href='/PAH/Specialties/Trio-Breast-Center/' class="" target='_self'>Breast Care
       Center </a>
131396                                          </li>
131397
131398                                      </ul>
131399                                  </nav>
131400                              </div>
131401                              <div class="col-md-3">
131402                                  <nav class="footer-nav-links">
131403                                      <ul class="go-gray">
131404
131405                                          <li>
131406                                              <a href='/Home/ADA-Compliance/' class=""
   …  target=''>ADA Compliance </a>
131407                                          </li>
```

```
131408                                              <li>
131409                                                  <a href='/Home/Disclaimer/' class=""
…     target=''>Disclaimer </a>
131411                                              </li>
131412
131413                                              <li>
131414                                                  <a
…     href='https://www.centura.org/website-privacy-and-security-policy/' class=""
…     target=''>Website Privacy & Security Policy </a>
131415                                              </li>
131416
131417                                              <li>
131418                                                  <a href='' class="" target=''> </a>
131419                                              </li>
131420
131421                                          <li>&copy; 2016  Centura Health</li>
131422                                          </ul>
131423                                      </nav>
131424                                  </div>
131425                                  <div class="col-md-3">
131426                                      <div class="contact-wrap">
131427                                          <ul class="pay-list">
131428
131429                                              <li>
131430                                                  <a href='/PAH/Contact-Us/' class=""
…     target='_self'>Contact Us </a>
131431                                              </li>
131432
131433                                              <li>
131434                                                  <a href='/PAH/Community/Volunteer/' class=""
…     target='_self'>Volunteer </a>
131435                                              </li>
131436
131437                                              <li>
131438                                                  <a
…     href='/PAH/For-Patients-and-Families/Billing-and-Financial-Services/Online-Bill-Pay/'
…     class="" target='_self'>Online Bill Pay </a>
131439                                              </li>
131440
131441                                          </ul>
131442
131443                                          <strong class="title">Connect With Us</strong>
131444                                          <ul class="social-networks">
131445
131446                                              <li class='facebook'>
131447                                                  <a
…     href='http://www.facebook.com/ParkerAdventistHospital' target='_blank'> </a>
131448                                              </li>
131449
131450                                              <li class='twitter'>
131451                                                  <a
…     href='http://www.twitter.com/ParkerHospital' target='_blank'> </a>
131452                                              </li>
131453
131454                                          </ul>
131455
131456                                      </div>
131457                                  </div>
131458                              </div>
131459                          </div>
131460                          <div class="footer-mobile">
131461                              <div class="row">
131462
131463                                      <div class="col-sm-12 text-center">
131464                                          <h2>Connect With Us</h2>
131465                                          <nav class="faux-table">
131466                                              <ul class="social-networks">
```

```
131467
131468                                          <li class='facebook'>
131469                                              <a
…     href='http://www.facebook.com/ParkerAdventistHospital' target='_blank'> </a>
131470                                              </li>
131471
131472                                          <li class='twitter'>
131473                                              <a
…     href='http://www.twitter.com/ParkerHospital' target='_blank'> </a>
131474                                              </li>
131475
131476                                  </ul>
131477                              </nav>
131478                          </div>
131479
131480                  </div>
131481              <div class="row">
131482                  <div class="col-sm-12 text-center">
131483                      <nav class="faux-table">
131484                          <ul class="disclaimers">
131485
131486                                  <li>
131487                                      <a href='/Home/ADA-Compliance/' class=""
…     target="_blank">ADA Compliance </a>
131488                                  </li>
131489
131490                                  <li>
131491                                      <a href='/Home/Disclaimer/' class=""
…     target="_blank">Disclaimer </a>
131492                                  </li>
131493
131494                                  <li>
131495                                      <a
…     href='https://www.centura.org/website-privacy-and-security-policy/' class=""
…     target="_blank">Website Privacy & Security Policy </a>
131496                                  </li>
131497
131498                                  <li>
131499                                      <a href='' class="" target="_blank"> </a>
131500                                  </li>
131501
131502                          </ul>
131503                      </nav>
131504                  </div>
131505              <div class="row">
131506                  <div class="col-sm-12 text-center">
131507                      <span class="copyright">2016 Centura Health</span>
131508                  </div>
131509              </div>
131510          </div>
131511      </div>
131512
131513
131514      <div class="link-to-top">
131515          <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
131516      </div>
131517
131518      <div id="drawer-content">
131519          <iframe id="drawer-iframe" src="about:blank"
…     allowtransparency="true"></iframe>
131520      </div>
131521
131522          <script type="text/javascript">
131523          setTimeout(function(){var a=document.createElement("script");
131524          var b=document.getElementsByTagName("script")[0];
131525
…     a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
…     Math.floor(new Date().getTime()/3600000);
```

```
131526         a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
131527                 </script>
131528 </div>
131529
131530         </div>
131531
131532 <div class="snap-drawers hidden-print">
131533     <div class="snap-drawer snap-drawer-left">
131534         <div class="open-close">
131535             <div class="searcher-wrap">
131536                 <div class="searcher">
131537                     <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
…      type="text" id="hamburgerSearchBox" />
131538                     <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
…      value="" id="ctl00_UxHamburgermenu_drawersearch" />
131539                 </div>
131540                 <a href="#" class="closer"><span class="glyphicon
…      glyphicon-remove"></span></a>
131541                 <div class="site-options">
131542                     Search:
131543                     <input type="radio" name="site" value="current site"
…      checked="checked" folderid="1662" data-folderid="1662" /><span>Current Site</span>
131544                     <input type="radio" name="site" value="all sites"
…      data-folderid="0" /><span>All Sites</span>
131545                 </div>
131546             </div>
131547
131548             <ul class="feature-list">
131549
131550                 <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
…      class="physician-finder">Find a Doctor</a></li>
131551
131552                 <li class="four"><a
…      href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
131553                 <li class="three"><a href="/MyCenturaHealth/"
…      target="_blank">MyCenturaHealth</a></li>
131554             </ul>
131555         </div>
131556     </div>
131557 </div>
131558
131559 <script type="text/javascript">
131560     function ValidateSearch(e) {
131561         var txtValue = document.getElementById('hamburgerSearchBox').value;
131562         if (txtValue == "") {
131563             $(".searcher").css("background-color", "#FBC2C4");
131564             $(".searcher input").css("background-color", "#FBC2C4");
131565             e.preventDefault();
131566             return false;
131567         }
131568         else {
131569             e.preventDefault();
131570             hamburgerSearch();
131571         }
131572     }
131573
131574     $(".searcher input[type='submit']").click(function (e) {
131575         ValidateSearch(e);
131576     });
131577     $(".searcher input[type='text']").keyup(function (event) {
131578         if (event.which == '13') {
131579             var txtValue = document.getElementById('hamburgerSearchBox').value;
131580             if (txtValue != "") {
131581                 event.preventDefault();
131582                 hamburgerSearch();
131583                 return false;
131584             }
131585             if (txtValue == "") {
```

```
131586                    $(".searcher").css("background-color", "#FBC2C4");
131587                    $(".searcher input").css("background-color", "#FBC2C4");
131588                    return false;
131589                }
131590            }
131591            else {
131592                $(".searcher").css("background-color", "#ACACAC");
131593                $(".searcher input").css("background-color", "#ACACAC");
131594            }
131595        });
131596
131597        function hamburgerSearch() {
131598            var txtValue = document.getElementById('hamburgerSearchBox').value;
131599            $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
      + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
131600            $('#drawer-content iframe').attr('src',
      '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
      $('#searchFolderId').val());
131601        }
131602 </script>
131603
131604
131605        <!--<script src="/js/jquery-min.js"></script>-->
131606        <script src="//code.jquery.com/jquery.min.js"></script>
131607        <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
131608        <script src="/js/bootstrap.min.js"></script>
131609
131610        <!--[if (gt IE 9)|!(IE)]><!-->
131611        <script src="/js/snap.min.js"></script>
131612        <!--<![endif]-->
131613        <!--[if lt IE 10 ] <script src="/js/snap-ie9.min.js"></script> <![endif]-->
131614
131615
131616        <script type="text/javascript"
      src="/js/jquery.requestAnimationFrame.js"></script>
131617        <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
131618        <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
131619        <script type="text/javascript" src="/js/responsive-tabs.js"></script>
131620        <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
131621        <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
131622        <script type="text/javascript" src="/js/googleEventTracking.js"></script>
131623        <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
131624        <script type="text/javascript" src="/js/zipCodeModal.js"></script>
131625
131626        <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
      aria-labelledby="myModalLabel" aria-hidden="true">
131627            <div class="modal-dialog">
131628                <div class="modal-content">
131629                    <div class="modal-header">
131630                        <button type="button" class="close" data-dismiss="modal"
      aria-hidden="true">&times;</button>
131631                        <h4 class="modal-title" id="myModalLabel">Your Current Saved
      Zip Code: <strong id="savedZipCode"></strong></h4>
131632                    </div>
131633                    <div class="modal-body">
131634                        <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
      a zip code to match the location nearest you.<br /><br /></p>
131635                        <hr />
131636                        <div class="panel panel-default">
131637                            <div class="panel-heading"><strong>Changing Your Saved
      Zip Code</strong></div>
131638                            <div class="panel-body">
131639                                <div class="input-group">
131640                                    <span class="input-group-addon">Your Zip
      Code</span>
131641                                    <input type="text" class="form-control"
      placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
131642                                </div>
```

```
131643                                   </div>
131644                              </div>
131645
131646                         </div>
131647                         <div class="modal-footer">
131648                             <button type="button" class="btn btn-default"
        data-dismiss="modal">Close</button>
131649                             <input type="button" id="saveZipCodeChanges" class="btn
        btn-primary" value="Save changes" />
131650                         </div>
131651                     </div>
131652                 </div>
131653             </div>
131654
131655             <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
        aria-labelledby="directions-modal-label" aria-hidden="true">
131656                 <div class="modal-dialog" style="width: 840px">
131657                     <div class="modal-content" style="width: 100%">
131658                         <div class="modal-header">
131659                             <button type="button" class="close" data-dismiss="modal"
        aria-hidden="true">&times;</button>
131660                             <h4 class="modal-title"
        id="directions-modal-label">Directions</h4>
131661                         </div>
131662                         <div class="modal-body" style="width: 100%">
131663                             <iframe width="800" height="550" scrolling="no"
        frameborder="0" id="er-directions-iframe"></iframe>
131664                         </div>
131665                         <div class="modal-footer">
131666                             <button type="button" class="btn btn-default"
        data-dismiss="modal">Close</button>
131667                         </div>
131668                     </div>
131669                 </div>
131670             </div>
131671
131672             <div class="modal fade" id="browser-warning-modal" tabindex="-1"
        role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
131673                 <div class="modal-dialog">
131674                     <div class="modal-content">
131675                         <div class="modal-header">
131676                             <button type="button" class="close" data-dismiss="modal"
        aria-hidden="true">&times;</button>
131677                             <h4 class="modal-title" id="browser-warning-modal-label">
131678                                 Please upgrade your browser</h4>
131679                         </div>
131680                         <div class="modal-body">
131681                             For the best site viewing experience please upgrade your
        browser to Internet Explorer 9 or above.
131682                         </div>
131683                         <div class="modal-footer">
131684                             <button type="button" class="btn btn-default"
        data-dismiss="modal">Close</button>
131685                         </div>
131686                     </div>
131687                 </div>
131688             </div>
131689
131690             <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
        aria-labelledby="whats-this-modal-label" aria-hidden="true">
131691                 <div class="modal-dialog">
131692                     <div class="modal-content">
131693                         <div class="modal-header">
131694                             <button type="button" class="close" data-dismiss="modal"
        aria-hidden="true">&times;</button>
131695                             <h4 class="modal-title" id="whats-this-modal-label"></h4>
131696                         </div>
131697                         <div class="modal-body" id="whats-this-modal-body"></div>
```

```
131698                <div class="modal-footer">
131699                    <button type="button" class="btn btn-default"
…    data-dismiss="modal">Close</button>
131700                </div>
131701            </div>
131702        </div>
131703    </div>
131704
131705    <div id="pre-reg-modal" class="modal-main" style="display: none">
131706        <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
131707        <div class="modal-pre-reg">
131708            <div id="pre-reg-modal-close" class="big-modal-close" style="display:
…    block;">X</div>
131709            <iframe width="800" height="1800" scrolling="no" frameborder="0"
…    class="preregmodal" id="preregmodal-iframe"></iframe>
131710        </div>
131711    </div>
131712    <script type="text/javascript" src="/js/EktronJS.js"></script>
131713    <div id="ctl00_liveagent" class="live-agent-code-file"></div>
131714
131715    <div class="live-agent-code">
131716
131717    </div>
131718    <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
…    class="hdnLiveAgentURL" />
131719
131720
131721
131722    </form>
131723
131724    <div id="ctl00_Panel1">
131725
131726        <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
131727
131728</div>
131729    <script>
131730        $('.flik-thumbnails-slider').magnificPopup({
131731            delegate: 'a',
131732            type: 'image',
131733            image: {
131734                titleSrc: 'title'
131735            },
131736            gallery: {
131737                enabled: true,
131738                preload: [0, 1],
131739                navigateByImgClick: true
131740            }
131741        });
131742
131743
131744        $('.flik-slider-container').flikSlider();
131745
131746        $('.flik-timeline').flikScrollEffect();
131747
131748        //flikScrollEffect($('.flik-timeline'));
131749    </script>
131750    <script>
131751        function handleCloseSurvey() {
131752            var el = document.querySelector('.survey-container .close'),
131753                eventName = "click",
131754                handler = function () {
131755                    Cookies.set('surveytab', true, { expires: 7 });
131756                    document.querySelector('.survey-container').style.display = 'none';
131757                };
131758
131759            if (el.addEventListener) {
131760                el.addEventListener(eventName, handler);
131761            } else {
```

```
131762                el.attachEvent('on' + eventName, function () {
131763                    handler.call(el);
131764                });
131765            }
131766        }

131767
131768        if (document.readyState != 'loading') {
131769            handleCloseSurvey();
131770        } else if (document.addEventListener) {
131771            document.addEventListener('DOMContentLoaded', handleCloseSurvey);
131772        } else {
131773            document.attachEvent('onreadystatechange', function () {
131774                if (document.readyState != 'loading')
131775                    handleCloseSurvey();
131776            });
131777        }
131778    </script>
131779 </body>
131780 </html>
131781
131782 **************************************************
131783 The following data is from parkridgehealth_org-20160913-CKBTCOY2QZBLRBPFAKGVSD_js.txt
131784 **************************************************
131785 (function () {
131786    var scheme = (("https:" == document.location.protocol) ? "https" : "http");
131787    var adnxs_domain = 'secure.adnxs.com';
131788    var aol_domain = 'secure.leadback.advertising.com';
131789    var rule = ["*", "*"];
131790    if (scheme=='http') { adnxs_domain = 'ib.adnxs.com'; aol_domain =
       'leadback.advertising.com';}}
131791    var el = document.createElement("div");
131792    el.style["width"] = "1px";
131793    el.style["height"] = "1px";
131794    el.style["display"] = "inline";
131795    el.style["position"] = "absolute";
131796    var content =
       unescape('%3cimg%20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%
       3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/r/out%22/%
       3e%0a%3cimg%20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%
       22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/f/out%22/%3e%0a%3cimg
       %20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d
       %22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/b/out%22/%3e%0a%3cimg%20height%3d
       %221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%
       20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/w/out%22/%3e%0a%3cimg%20height%3d%221%
       22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%
       22%5bprotocol%5d%3a//d.adroll.com/cm/x/out%22/%3e%0a%3cimg%20height%3d%221%22%20width
       %3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%
       5bprotocol%5d%3a//d.adroll.com/cm/l/out%22/%3e%0a%3cimg%20height%3d%221%22%20width%3d
       %221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%
       5d%3a//d.adroll.com/cm/o/out%22/%3e%0a%3cimg%20height%3d%221%22%20width%3d%221%22%
       20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d
       .adroll.com/cm/g/out%3fgoogle_nid%3dadroll5%22/%3e%0a');

131797
131798
131799    !function(f,b,e,v,n,t,s){if(f.fbq)return;n=f.fbq=function(){n.callMethod?
131800    n.callMethod.apply(n,arguments):n.queue.push(arguments)};if(!f._fbq)f._fbq=n;
131801    n.push=n;n.loaded=!0;n.version='2.0';n.queue=[];t=b.createElement(e);t.async=!0;
131802    t.src=v;s=b.getElementsByTagName(e)[0];s.parentNode.insertBefore(t,s)}(window,
131803    document,'script','//connect.facebook.net/en_US/fbevents.js');

131804
131805    try {

131806
131807 (function() {
131808 var rtb = document.createElement("div");
131809 rtb.style["width"] = "1px";
131810 rtb.style["height"] = "1px";
131811 rtb.style["display"] = "inline";
131812 rtb.style["position"] = "absolute";
```

```
131813  rtb.innerHTML = "<img height=\"1\" width=\"1\" style=\"border-style:none;\"
    …   alt=\"\" src=\"https://d.adroll.com/cm/aol/out\"/><img height=\"1\" width=\"1\"
    …   style=\"border-style:none;\" alt=\"\" src=\"https://d.adroll.com/cm/index/out\"/><img
    …   height=\"1\" width=\"1\" style=\"border-style:none;\"
    …   alt=\"\" src=\"https://d.adroll.com/cm/n/out\"/><img height=\"1\" width=\"1\"
    …   style=\"border-style:none;\" alt=\"\" src=\"https://d.adroll.com/cm/pubmatic/out\"/>";
131814  __adroll._head().appendChild(rtb);
131815  })();
131816  if(typeof __adroll.fb === 'undefined'){
131817          fbq('init', '245282962505849');
131818      __adroll.fb=true;
131819      fbq('track', "PageView", {segment_eid: ["CKBTCOY2QZBLRBPFAKGVSD"]});
131820
131821
131822  } else {
131823      fbq('track', "CustomEvent", {event: "EventSegment", segment_eid:
    …   ["CKBTCOY2QZBLRBPFAKGVSD"]});
131824
131825  }
131826
131827
131828    } catch(e) {}
131829
131830
131831    var r = Math.random()*10000000000000000;
131832    content = content.replace(/\[ord\]/gi, r);
131833    content = content.replace(/\[protocol\]/gi, scheme);
131834    content = content.replace(/\[adnxs_domain\]/gi, adnxs_domain);
131835    content = content.replace(/\[aol_domain\]/gi, aol_domain);
131836    content = __adroll.replace_external_data(content);
131837    el.innerHTML = content;
131838    __adroll._head().appendChild(el);
131839    if (typeof __adroll.set_pixel_cookie != 'undefined')
    …   {__adroll.set_pixel_cookie(adroll_adv_id, adroll_pix_id, "CKBTCOY2QZBLRBPFAKGVSD");}
131840  }());
131841
131842  ***************************************************
131843  The following data is from parkridgehealth_org-20160913-gtm_js-id_KPRBWG.txt
131844  ***************************************************
131845  // Copyright 2012 Google Inc. All rights reserved.
131846  // Container Version: 16
131847  (function(w,g){w[g]=w[g]||{};})(window,'google_tag_manager');(function(){
131848
131849
131850
131851
131852  var Ba=this,Ca=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a)if(a
    …   instanceof Array)return"array";if(a instanceof Object)return b;var
    …   c=Object.prototype.toString.call(a);if("[object
    …   Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
    …   a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
    …   a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
    …   Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
    …   a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
    …   return"null";
131853  else if("function"==b&&"undefined"==typeof a.call)return"object";return
    …   b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
    …   function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
131854  jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
131855  var Ea=/\[object
    …   (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
    …   return String(a);var b=Ea.exec(Object.prototype.toString.call(Object(a)));return
    …   b?b[1].toLowerCase():"object"},Ga=function(a,b){return
    …   Object.prototype.hasOwnProperty.call(Object(a),b)},Ia=function(a){if(!a||"object"!=Fa
    …   (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
    …   (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
    …   a);return void 0===
131856  b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
```

131856…
```
a)if(c==a,b))(var
e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])|
|(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e return c};var
pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,
de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
```
131857…

131858…
```
(function(){var a=function(a){return{toString:function(){return
a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("");Sa=a("");Ta=a("");Ua=a("");Va=a("");Wa=a("");
Ya=a("");Za=a("");$a=a("3");ab=a("4");bb=a("");cb=a("");db=a("");
```
131859…
```
eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a
("");qb=a("");rb=a("");sb=a("");tb=a("");
```
131860…
```
ub=a("");vb=a("");wb=a("5");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("6");Cb=a("");Db
=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
```
131861…
```
Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("7");Tb=a("8");Ub=a("9");Vb=a("");Wb=a("10")
;Xb=a("");Yb=a("");Zb=a("11");$b=a("");ac=a("");bc=a("12");cc=a("");dc=a("");
```
131862…
```
ec=a("");fc=a("");gc=a("");hc=a("13");ic=a("");jc=a("14");kc=a("");lc=a("");mc=a("");
nc=a("");oc=a("");pc=a("");qc=a("");rc=a("15");sc=a("");tc=a("");
```
131863…
```
uc=a("16");vc=a("17");xc=a("18");yc=a("");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a("
19");Ec=a("");Fc=a("");Gc=a("20");Hc=a("");Ic=a("37");Jc=a("38");Kc=a("");Lc=a("");
```
131864…
```
Mc=a("21");T=a("22");Nc=a("");Oc=a("");Pc=a("");Qc=a("");Rc=a("23");Sc=a("");Tc=a("")
;Uc=a("");Vc=a("");Wc=a("");Xc=a("24");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("25")
;cd=a("");dd=a("");
```
131865…
```
ed=a("");fd=a("");gd=a("");hd=a("");id=a("");jd=a("");kd=a("");ld=a("");md=a("26");nd
=a("");qd=a("");td=a("");ud=a("");vd=a("27");wd=a("");xd=a("");yd=a("");zd=a("");Ad=a
("");Bd=a("");
```
131866…
```
Cd=a("");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("29");Kd=a("");Ld
=a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
");
```
131867…
```
Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
```
131868…
```
ke=a("30");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
=a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
```
131869…
```
Be=a("31");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("
32");Le=a("");Me=a("");Ne=a("");Oe=a("33");Pe=a("");Qe=a("");Re=a("");
```
131870…
```
Se=a("");Te=a("");Ue=a("34");Ve=a("");We=a("");Xe=a("35");Ye=a("36");Ze=a("")})();var
$e=function(){},N=function(a){return"function"==typeof
a},af=function(a){return"[object
Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
(a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
Math.round(Number(a))||0},ha=function(a){return"false"==
String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
function(a){return
this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
0!==this.get(a);};
```
131872…
```
var jf=function(a,b,c){try{if(!a[gd])return
a[Gc](a,b||$e,c||$e)}catch(d){}return!1},kf=function(a,b){function
c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
d=ef(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
function(){return a("GTM-KPRBWG")}},nf=function(a){for(var
b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
of++}},ma=function(a,b,c){return
```
131873…
```
a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
```

```
131873  0!==a.length},rf=function(a){return"Drawva=!0:a.complete=!0;var
        c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
        ){return b(a,d)?-1:b(d,a)?1:0})};var
        H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
        0===d||c?b:d;return
        H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
        a){var
        b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
        ,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
        .readyState
        in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})}},r=function(a,b,c){var
        d=R.createElement("script");d.type="text/javascript";
131874  d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
        c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
        visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
        c},G=function(a,b,c){var d=new
        Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
        null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
        !d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
131875  0)},ra=!1,sa=[],xf=function(a){if(!ra){var
        b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
        |"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
        e=0;e<sa.length;e++)sa[e]()}sa.push(function(){for(var
        a=0;a<arguments.length;a++)w(arguments[a]);return
        0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
        xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
        b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
        c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
131876  "id")==a)return document.all[a][c];return b},Gf=function(a,b){return
        a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
        a.target||a.srcElement||{}},va=function(a){var
        b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
        b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
        c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
        e=a,d=0;e&&!c(String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
        String(e.tagName).toLowerCase()]&&
131877  (e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
        a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
        b=a.location.href,c=b.indexOf("#");return
        0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
        console.log(a)};var Of=function(a,b,c,d,e){var
        f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
        switch(b){case "protocol":f=g;break;case
        "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
        h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
        "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
        "));break;case "path":f=""/"==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
        k=f.split("/");0<=df(d||[],k[k.length-
131878  1])&&(k[k.length-1]="");f=k.join("/");break;case
        "query":f=a.search.replace("?","");if(e){a:{for(var
        m=f.split("&"),l=0;l<m.length;l++){var
        n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
        ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
        0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
        f},Pf=function(a){var
        b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
        b},xa=function(a){var b=R.createElement("a");
131879  a&&(b.href=a);return b};var ca=function(a,b){
        c=function(){};c.prototype=a.prototype;var d=new
        c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
        b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
        c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){
        e=b[d]&&b[d].toLowerCase();if(e){var
        f=c.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
        return!0}}return!1},ga=function(a,b,c){for(var
        d={},a=0;a<b.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
        &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
        aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
```

Page 4134

```
131879__  0===C[a]||Ua(C[a])&&(C[a]=b))}return
      __  C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Qf=new
      __  hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
      __  J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
      __  c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===d[e])return;c=c[d[e]]}return
      __  c}return Qf.get(a)},Sf=function(a,b){for(var
      __  c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
      __  c};var Uf=new
      __  RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
      __  customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
      __  nonGooglePixels"],nonGoogleScripts:["nonGoogleIframes"],customScripts:["html","
      __  customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
      __  nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
      __  nonGooglePixels"]},Wf={customPixels:["customScripts","customPixels"],html:["customScripts"],
      __  customScripts:["html"],nonGooglePixels:["customPixels",
131880  "customScripts","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
      __  customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
      __  Xf=function(a,b){for(var
      __  c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
      __  c},Yf=function(){var a=J("gtm.whitelist");
131881  var
      __  b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
      __  &H.location.hostname)&&(c=ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
      __  d=c&&Xf(ff(c),Wf),e={};return function(b){var g=f&&f[Gc];if(!g)return!0;if(void
      __  0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
      __  k=0;k<g.b.length;k++){if(0>df(b,
131882  g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
      __  l;if(!(l=0<=df(d,g.a)))a:{for(var n=g.b||[],q=new
      __  hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=0;
      __  break a}l=!1}m=l}return e[g.a]=h||m}};var _c=function(a){return
      __  a[Ue]};_c.a="e";_c.b=["google"];var tf=function(a){return b=R;return
      __  Zf?b.querySelectorAll(a):null},$f=!1;if(R.querySelectorAll)try{var
      __  ag=R.querySelectorAll(":root");ag&&1==ag.length&&ag[0]==R.documentElement&&($f=!0)}
      __  catch(a){}var Zf=$f;var bg=void 0,cg="",dg=0,eg=void 0,_et=function(a){var
      __  b,c=J("gtm.element"),d=J("gtm.event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
      __  {var f;if(c){var g=c.innerText||c.textContent||"";g&&
      __  "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
      __  \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
      __  b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
      __  b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(b);return
      __  b};_eu.a="eu";_eu.b=["google"];var _eu=function(){return
      __  La};_e.a="e";_e.b=["google"];var
      __  fg=/^(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
      __  (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
      __  e=b[d].split("=")),f=ef(e[0]);if(f&&f==a){var
      __  g=ef(e.slice(1).join("="));c&&g=decodeURIComponent(g));c.push(g)}}return
      __  c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
      __  1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
      __  ");d&&(f+="domain="+d+";");var g=R.cookie;R.cookie=f;return g!=
131883  R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
      __  0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
      __  b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
      __  indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
      __  var
      __  a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
      __  none"];for(var
      __  b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
      __  lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
      __  a=""+this.f;1<this.j&&(a+="-"+this.j);return a};var
      __  mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
      __  ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
      __  c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
      __  W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
      __  hf};var rg=function(a,b,c){b&&(""==c.Ea?qg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
      __  )))},sg=function(a,b){for(var
      __  c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
      __  c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},tg=function(a){for(var
      __  b=[],c=0;c<a.h.length;c++){var d=
```

Page 4135

```
131884  a.h[c]};b.push([a,a.B.get(a)])}return b},ug=function(a){for(var
    ⸱⸱  b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
    ⸱⸱  864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
    ⸱⸱  a=[],b=0;b<this.h.length;b++){var
    ⸱⸱  c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
    ⸱⸱  +"."+a.join("!")};
131885  var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
    ⸱⸱  g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
    ⸱⸱  length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
    ⸱⸱  hg("_gaexp",a.toString(),a.W,a.da,c);for(var
    ⸱⸱  h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
    ⸱⸱  lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c)))return!0;return!1},og=function(a
    ⸱⸱  ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
    ⸱⸱  g=wg(a,d[f]);g&&e.push(g)}sf(e,
131886  function(a,d){var e=a.D,f=d.D;return
    ⸱⸱  e.f==f.f&&e.j==f.j?1!e.f==b&&e.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
    ⸱⸱  =b?!1:e.j==c?f.f!=b&&(f.j!=c||e.f<f.f):f.j==c?!1:e.f<f.f||e.f==f.f&&e.j<f.j)};a.D=0<e
    ⸱⸱  .length?e[0].D:new
    ⸱⸱  lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
    ⸱⸱  c=b.match(/GAX1\.([^.]+).(.*)/);if(c){var d;a:{var
    ⸱⸱  e=(c[1]||"").split("-");if(!(0<e.length||2<e.length))var
    ⸱⸱  f=ef(e[0]);if(0!=f.length){var g2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
    ⸱⸱  lg(O(f),O(g)):void 0;
131887  break a}}d=void 0}if(d){for(var h=new
    ⸱⸱  ng(d,a.da,a.W),k=(c[2]||"").split("!").length;m<k.length;m++){var
    ⸱⸱  l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
    ⸱⸱  mg(l[2],O(l[1])))}}return h}}};var _j=function(a){for(var
    ⸱⸱  b=String(a[md]).split("."),c=H,d=0;d<b.length;d++)c=c&&c[b[d]];return
    ⸱⸱  c};_j.a="j";_j.b=["google"];var _v=function(a){var
    ⸱⸱  b=J(a[md].replace(/\\\./g,"."),a[Ub]);return void
    ⸱⸱  0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
    ⸱⸱  gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
    ⸱⸱  b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
    ⸱⸱  b};_f.a="f";_f.b=["google"];var
    ⸱⸱  b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
    ⸱⸱  d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);a[Bb]&&(f=Of(b,a[Bb],a[ee],a[ac],a[Sd
    ⸱⸱  ]));return f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
    ⸱⸱  0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
    ⸱⸱  _eq=function(a){return String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
    ⸱⸱  _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
    ⸱⸱  0)).test(a[$a])};_re.a="re";_re.b=["google"];
131888  var _asp=function(a,b,c){H.adroll_adv_id=a[Tb];H.adroll_pix_id=a[Jd];
131889  H.__adroll_loaded=!0;r(Q("https://s","http://a",".adroll.com/j/roundtrip.js"),b,c)};
    ⸱⸱  _asp.a="asp";_asp.b=["nonGoogleScripts"];
131890  var Gg=!1,Hg=[],Ig=function(a){var
    ⸱⸱  b=H.google_trackConversion,c=a.gtm_onFailure;N(b)?b(a)||c():c()},Jg=function(){for(;0
    ⸱⸱  <Hg.length;)Ig(Hg.shift())},_awct=function(a,b,c){var
    ⸱⸱  d={google_conversion_id:a[T],google_conversion_label:a[Xc],google_conversion_value:a[
    ⸱⸱  Ue]||0,google_remarketing_only:!1,onload_callback:b,gtm_onFailure:c};a[Qb]&&(d.
    ⸱⸱  google_conversion_currency=a[Qb]);a[Ad]&&(d.google_conversion_order_id=a[Ad]);Hg.push
    ⸱⸱  (d);Gg||(Gg=!0,r("//www.googleadservices.com/pagead/conversion_async.js",function(){
    ⸱⸱  Jg();
131891  Hg={push:Ig}},function(){Jg();Gg=!1}))};_awct.a="awct";_awct.b=["google"];var
    ⸱⸱  Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
    ⸱⸱  Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){var
    ⸱⸱  b=!1;return function(){!b&&a(a)&&&w(mf(a));b=!0}},Sg=function(){for(var
    ⸱⸱  a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
    ⸱⸱  if(af(b))a:{var c=b;if("string"==Fa(c[0])){for(var
    ⸱⸱  d=c[0].split("."),e=d.pop;f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
    ⸱⸱  0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
    ⸱⸱  0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
131892  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
    ⸱⸱  0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"]){
    ⸱⸱  x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
    ⸱⸱  z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));q=Ng(v,t,z,k.
    ⸱⸱  eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!Iq){var B=v,L=t;
131893  }La=null;a=q||!a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
    ⸱⸱  b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-KPRBWG"]&&b.end){b["GTM-KPRBWG"]=!1;var
```

```
131893… c=!0,d);c=!0&&I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25)}}if(
        b.end=null)}}catch(e){}return a};var
131894… Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
        function(c){c=c||H.event;var
      … d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
        e=!d||!d.href||ch(d.href)||2===c.which||null==c.which&&4==c.button||c.ctrlKey||c.
        shiftKey||c.altKey||!0===c.metaKey);var
      … f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
        d){var
      … g={simulateDefault:!1},h=dh(f,["wnc","nwnc"]);h&&eh(a,d,g,f.wt,h)}}else if(d){var
      … g={},k,m=dh(f,
131895… ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
        |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=gh(d,g)||e,
        !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
        c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
      … f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
        ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
      … "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
131896… "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
        .eventReporter=function(a){c.eventReport=a};break;case
      … "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
        (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
        eventReport=a};break;case
      … "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
        formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
        default:return!0}return Qg(g)},
131897… jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
        b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
      … "a":case "area":case "form":b="_self";return b},gh=function(a,b){var
        c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
      … "":case "_self":case "_parent":case "_top":var
        f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
      … "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
131898… "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
        default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
        =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
        function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
        c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}},kh=function(a,b,
        c){return function(){if(b.simulateDefault)if(b.targetWindow){var
        d;b.targetWindowName&&
131899… (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
        targetWindowName&&(a.target=d)}else
      … c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
        {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
        e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
        f=e;if(!f||"0"==f){if(a.l)return a.l=!0;f="0"}var
        g=a.wt;b&&(!g||!g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
        ){if(b.wnc["0"]||b.wc["0"])return!0;
131900… for(var c=0;c<oh.length;c++){var
        d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
        f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
        a,b,c,d,e){var f,g,h=!1;switch(a){case
      … "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
        function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
      … "LINK_CLICK":b&&!Zg&&(Zg=Pf(R.location);nh($g,b||!1,c||!1,d,e);if(R.
        gtmHasLinkClickListenerTag)return;
131901… R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
      … "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
        gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
        h)},ch=function(a){if(!Zg)return!0;var
        b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
        Zg==Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
        a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
        a.gtmReplacedFormSubmit;
131902… R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
        R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
      … xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
        c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
```

```
131902  c.join("")}},yh.prototype.toString=function(){return
        this.resolve("undefined")};yh.prototype.valueOf=yh.prototype.toString;var
        zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
        b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
        Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
        a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
        Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
        V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(a){Hh[" "](a);return a};Hh["
        "]=function(){};var Jh=function(a,b){var c=Ih;return
        Object.prototype.hasOwnProperty.call(c,a)?c[a]:c[a]=b(a)};var
        Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
        .toLowerCase().indexOf("webkit")&&!V("Edge"));var
        Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
        ")&&!V("Edge");Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
        Qh=Ba.navigator||null;Qh&&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
        )||V("iPod")||V("iPad");V("iPad");V("iPod");
131903  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
        Th="",Uh=function(){var
        a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
        if(Lh)return/\b(?:MSIE|rv)[:
        ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
        )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
        Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
131904  var Wh=Sh,Ih={},Xh=function(a,function(){for(var
        b=0,c=Ch(String(Wh)).split("."),d=Ch(String(a)).split("."),e=Math.max(c.length,d.
        length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
        k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
        if(0==k[0].length&&0==m[0].length)break;b=Dh(0==k[1].length?0:parseInt(k[1],10),0==m[
        1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
        3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document,
131905  Zh=Yh&&Lh?Rh()||("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
        $h;if(!($h=!Oh&&!Lh)){var
        ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
        va=function(a,b){var
        c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
        var d="<!DOCTYPE html><html><head><script>var
        inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
        if(di){var
        e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
        ei(a,d),ci=Ph&"srcdoc"in
        document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
        Xh(10)&&6>fi()&&gi(b)&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
131906  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
        ,c):c()},fi=function(){var
        a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
        a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
        d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
        }catch(e){}d=!1}b=d}catch(e){b=!1}return
        b}catch(e){return!1}},ji=0,ii=function(a,b){var
        c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
        {document.domain = \""+
131907  document.domain+'";var continuation = window.parent.'+c+";window.parent."+c+" =
        null;continuation();})()\x3c/script>'"},gi=function(a){for(var
        b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
        b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
        String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1==b.length%2&&(d[c]=b
        .charAt(b.length-1));return d.join("")};/*
131908   Copyright (c) 2014 Derek Brans, MIT license
         https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
         simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
131909
131910  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
        e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
        gtmscript"==e.type){var
        g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
        text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
        h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
        else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
```

```
131910  k=[];re.firstChild;);x.push(e.removedChild);re.firstChild);
131911  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}else
        c()}catch(m){w(d)}}};var ni=function(a,b,c){if(R.body){var d=
131912  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
        google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
        a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
        H.setTimeout(function(){ni(a,b,c)},200)},_html=ni;_html.a="html";_html.b=["
        customScripts"];
131913  var zi=function(a,b,c,d){var e=b+": "+c+(d?
        !important":""),f=document;if(f.createStyleSheet){var
        g=wi(f),h=g.rules.length;g.addRule(a,e);return
        function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
        k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
        function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
        b=a.styleSheets.length-1;0<=b;b--){var
        c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
        return Ai;c}0==a.styleSheets.length&&
131914  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
        c=(b||document).createElement("style");void
        0!==a.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
        c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
        body.parentNode.insertBefore(d,c.body))d.appendChild(a)};var Hi={},Ii=void
        0,Ji=function(a){var b=Hi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
        0,Ca:!1},Hi[a]=b);return b},Li=function(a,b,c,d){var e=Ti;if(!Zf||!!e)return!1;var
        f={id:e.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1},e.u.push(f);
        null===a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
        b=zi(a,"visibility","hidden",!0);return
        function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
        f=Mi(a.w);sa.push(f);e=function(a,c){f();return d}}return Li(a,e,
        c,d)},Ki=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
131915  c=a.u[b],d=b==a.T;if(!c.S&&!0i(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
        .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
        Ki(a)})},U(R,"DOMContentLoaded",a.ya)):Pi(a)}},Pi=function(a){for(var
        b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
        d=tf(c.F.w)||[],e=0;e<d.length;e++){var
        f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
        Ri(f,c.id)))}}},Oi=
131916  function(a,b){var c=[];if(b.F){var
        d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
        g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
        .na.o)))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
        .length))return!1;for(var k=0;k<c.length;k++){var
        m=c[k].element,l=c[k].Lb,n;b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
        q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
131917  b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
        gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
        function(){a.gtmProgressiveApplied&&delete
        a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
        c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
        f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
        ;d.push(f)}}return
        d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
        return!1};var _cl=function(a,b){qh("CLICK");w(b)};_cl.a="cl";_cl.b=["google"];var
        Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};
131918  var mj=function(a,b){return function(){lj(a);var
        c=ah,d=dh(c,["wnc","nwnc","nwc","wc"]);if(eh("FORM_SUBMIT",a,b,c.wt,d)||!fh(b.
        eventReport,c))b.simulateDefault=!1,R.gtmSubmitFormNow=!0,mh(a).call(a),R.
        gtmSubmitFormNow=!1;else{b.simulateDefault=!0;var
        e=lh(a).toLowerCase();switch(e){case
        "_blank":b.targetWindowName="gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b
        .targetWindowName);case "":b.targetWindowName=H.frames.self;break;case "_parent":case
        "_self":case "_top":b.targetWindow=H.frames.e.substring(1)];
131919  break;default:H.frames[e]||(b.targetWindowName=e),b.targetWindow=H.frames[e]||H.open(
        "",e)}}}},oj=function(a){return
        a.action&&a.action.tagName?a.attributes.action.value:a.action},pj=function(a,b){a.
        action&&a.action.tagName?a.attributes.action.value=b:a.action=b},qj=function(a){var
        b=function(b){b=b||H.event;if(a){var c=a(b);!1===c&&(b.returnValue=!1);return
        c}return!0};b.gtmOnsubmitWrapper=!0;return
```

Page 4139

```
131919  b},Lj=function(a){{R.gtmForceHtmlWrappers||bh)&&&&a.onsubmit&&a.onsubmit.
        gtmOnsubmitWrapper&&(a.onsubmit=
131920  qj(a.onsubmit))}},sj=function(){return function(){var a="undefined"==typeof
        HTMLFormElement;if(R.gtmSubmitFormNow){R.gtmSubmitFormNow=!1;var
        b=this.gtmCachedSubmitElement;if(b)try{for(var
        c=b.id,d=b.name,e=0;e<this.elements.length;e++)"submit"==this.elements[e].type&&(this
        .elements[e].id||this.elements[e].name)&&(c&&c==this.elements[e].id&&(this.elements[e
        ].gtmOldId=this.elements[e].id,this.elements[e].id="gtm_sub_"+this.elements[e].id),d&
        &d==this.elements[e].name&&(this.elements[e].gtmOldName=this.elements[e].name,
        this.elements[e].name="gtm_sub_"+this.elements[e].name));var
131921  f=R.createElement("input");f.type="hidden";f.value=Gf(b,"value");c&&(f.id=c)&&(f.
        name=d);this.gtmTempHiddenSubmit=f;this.appendChild(f)}catch(l){}a?this.
        gtmOldFormSubmit.call?this.gtmOldFormSubmit.call(this):this.gtmOldFormSubmit():
        HTMLFormElement.prototype.gtmOldFormSubmit.call(this);if(this.gtmCachedSubmitElement)
        {try{this.gtmTempHiddenSubmit&&(this.removeChild(this.gtmTempHiddenSubmit),this.
        gtmTempHiddenSubmit=void 0);for(var g=0;g<
131922  this.elements.length;g++)this.elements[g].gtmOldId&&(this.elements[g].id=this.
        elements[g].gtmOldId,this.elements[g].gtmOldId=void
        0),this.elements[g].gtmOldName&&(this.elements[g].name=this.elements[g].gtmOldName,
        this.elements[g].gtmOldName=void 0)}catch(l){}this.gtmCachedSubmitElement=void
        0}}else{lj(this),this.gtmCachedSubmitElement=void 0;var
        h={},k=ah,m=eh("FORM_SUBMIT",this,h,k.wt,"")||!fh(h.eventReport,k)?!0:gh(this,h);h.
        simulateDefault=!m;m&&(R.gtmSubmitFormNow=!1,a?this.gtmOldFormSubmit.call?
131923  this.gtmOldFormSubmit.call(this):this.gtmOldFormSubmit():HTMLFormElement.prototype.
        gtmOldFormSubmit.call(this))}}},tj=function(){R.gtmHasSubmitInputListener||(R.
        gtmHasSubmitInputListener=!0,U(R,"click",function(a){var
        b,c=If(a);if((c=Jf(c,["button","input"])||c)&&("submit"==c.type||"image"==c.type)){
        var
        d=c.name&&Gf(c,"value");if(b=Jf(c,["form"]))d&&(b.gtmCachedSubmitElement=c),rj(b);
        else
        if(c.form)if(c.form.tagName&&"form"==String(c.form.tagName).toLowerCase())d&&(c.form.
        gtmCachedSubmitElement=c),
131924  rj(c.form);else for(var
        e=af(c.form)?c.form:[c.form],f=0;f<e.length;f++)if(b=Hf(e[f]))d&&(b.
        gtmCachedSubmitElement=c),rj(b))return!0},!1))}},lj=function(a){var
        b=a||R.gtmFormActionSwapped;if(b)R.gtmFormActionSwapped=void
        0;if(b.gtmJSFormActionSet){var
        c="",d=oj(b);d&&0==d.indexOf("javascript:document.gtmFormActionFunction();//")&&(c=d.
        substring(46));pj(b,c||b.gtmOldAction);b.gtmJSFormActionSet=void
        0}b.gtmOldTarget&&(b.target=b.gtmOldTarget);b.gtmOldAction=void 0;b.gtmOldTarget=void
        0}},_fsl=function(a,
131925  b){var c=a[Xe],d=a[wb],e=O(a[Ye]);0>=e&&(e=2E3);var
        f=ma(a,Ke,""),g=sj(),h="undefined"==typeof
        HTMLFormElement;h||HTMLFormElement.prototype.gtmOldFormSubmit||(HTMLFormElement.
        prototype.gtmOldFormSubmit=HTMLFormElement.prototype.submit,HTMLFormElement.prototype
        .submit=g);!c&&&R.addEventListener||tj(R).addEventListener||(R.
        gtmHasFormSubmitListenerTag=!0);qh("FORM_SUBMIT",c,d,e,String(f));if(!R.
        addEventListener){if(!R.gtmActionTargetCleanup){R.gtmActionTargetCleanup=!0;var
        k=function(){lj()};U(R,"click",
131926  k,!1);U(R,"keydown",k,!1)}var m=function(a){a=a||window.event;var
        b=If(a),c={},d=ah;if(a.defaultPrevented||!1===a.returnValue||a.sa&&&a.sa()){var
        e=dh(d,["wnc","nwnc"]);e&&(c.simulateDefault=!1,eh("FORM_SUBMIT",b,c,d.wt,e))}else
        b!==R.gtmFormActionSwapped&&(R.gtmFormActionSwapped=b,R.gtmFormActionFunction=mj(b,c)
        ,b.gtmOldAction=oj(b),b.gtmOldTarget=b.target,pj(b,"javascript:document.
        gtmFormActionFunction();//"+b.gtmOldAction),b.target="",b.gtmJSFormActionSet=!0)};R.
        gtmForceFormWrappers=!0;for(var l=
131927  R.getElementsByTagName("form"),n=0;n<l.length;n++)if(!l[n].
        gtmFormSubmitListenerAttached&&(l[n].gtmFormSubmitListenerAttached=!0,U(l[n],"submit"
        ,m,!1),h&&!l[n].gtmOldFormSubmit)){l[n].gtmOldFormSubmit=mh(l[n]);try{l[n].submit=g}
        catch(q){}l[n].gtmReplacedFormSubmit=g}}w(b)};_fsl.a="fsl";_fsl.b=[];var
        Kj=function(a){var
        b=H||!Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&(d=!d).b.onerror=function(b,f,g,h,k){c&&c(
        b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
131928  var Lj=function(a){var b=function(b){b=b||H.event;var
        c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
        c};b.gtmOnclickWrapper=a;return b};var Jj_lcl=function(a,b){var
        c=ma(a,Xe,!0),d=ma(a,wb,!0),e=O(a[Ye]);0>=e&&(e=2E3);var
        f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
```

131928 `gtm.linkClick"));f=!1;f.addEventListener(a){var g=function(a){a=a||H.event;for(var`
`b=If(a);b;)b.onclick&&!b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),`

131929 `b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a`
`.keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=166,hk=[],ik=[],jk=[],kk=new`
`hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){`
`this.I.push([a,b])};return this};mk.prototype.resolve=function(a,b){for(var`
`c={},d=0;d<this.I.length;d++){var`
`e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var`
`ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var`
`c=jk[this.index];if(c&&!b(c)){var`
`d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return`
`jf(c)}};`

131930 `var _M=function(a){return new`
`ok(a)},pk=function(a){this.resolve=function(b,c){for(var`
`d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk(a[f]),b,c);g===xg&&(e=!0);d.push(g)}return`
`e?new yh(d):d.join("")}},_T=function(a){return new`
`pk(arguments)},qk=function(a){function b(b){for(var`
`c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=`

131931 `function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return`
`e;var`
`f=ka();kk.set(f,e);return"google_tag_manager["GTM-KPRBWG"].macro(\''+f+"')"}for(var`
`e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new`
`qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new`
`rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof`
`pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=`

131932 `[],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var`
`d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return`
`d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof`
`pk||c instanceof rk)d=c;else if(af(c))for(var`
`d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new`
`mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return`
`d},uk=function(a,b){for(var c=b?b.split(","):[],d=0;d<c.length;d++){var`
`e=c[d]=c[d].split(":");`

131933 `0==a&&(e[1]=hk(e[1]));if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var`
`b=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk(e[0]));`
`if(4==a)for(g=0;2>g;g++)e[g]=hk(e[g]);e[g]=e[g].split(".");for(var`
`k=0;k<e[g].length;k++)e[g][k]=hk(e[g][k])}else e[g]=[];5==a&&(c[d]=e[0])}return`
`c},tk=function(a){var b=[];if(!a)return b;for(var`
`c=0,d=0;d<a.length&&c<g&c;c++=6,d++){var a=a.charCodeAt(d)||65;if(65!=e){var`
`f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:`

131934 `62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4`
`);32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};`

131935 `var`
`Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},`
`Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var`
`b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b`
`.s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||nf(b.la)||rf(b,1);if(Na[a])for(var`
`e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var`
`c=b.s.event,d=b.g;}b.complete||`

131936 `nf(b.fa);rf(b,2);if(Na[a])for(var`
`e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},`
`Jk=function(a,b){a.fa.push(b)},Kk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa`
`=[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=`
`function(a){this.wa.push(a)};`

131937 `var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void`
`0==e&&(e(e=[]));void`
`0==f&&(f=[]);d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a`
`.Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var`
`g=function(){0<a.U&&a.U--;0<=a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b`
`]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){`
`var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof`
`rk&&a[g].v===`

131938 `d||a[g]===d){f=g;break`
`a}f=-1}c||0>f||(("or"==a[0]?e?c=(!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.`
`splice(f,1),1==a.length&&(c=!0,b())):c=!0})},Rk=function(a,b){var`
`c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var`
`k=Pk(b,!0);0<k.length&&e(k[0].v);c.push(f);var l=Pk(b,!1);0<l.length&&e(l[0].v)}else`
`d=`

```
131939  !0);e&&j.li(j.o);for(var z=0,c=b;c=b[z];z++){var
        g=c[f],h=Pk(g.g,!0);if(0<h.length){var
        k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
        l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}}a.Fa.push(c)}},Pk
        =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
        af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
        b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
        b=Pk(a,!0);0<b.length&&f(b[0].v);e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
131940  f(d.g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
        a=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
        b[d];break}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
        c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state,f=d?void
        0!==d:b.Va||b.dc,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
        0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
        0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
        h&&0===e||k&&0==d?Na[c].push(b):h&&l==e||k&&l==d?b.O():b.N()}},Uk=function(a,b){a=nk(a
        ,new hf),return a},Ok=function(a,b,c){var d=new
        Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
        _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
        function(){var
        d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
        a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
        c():c()},c)};_sp.a="sp";_sp.b="google"];
131941  var Zk=!1,_ua=function(a,b,c){function d(a){var
        b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void
        0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0==b?a:b}function
        g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
        b=function(a,b,c){if(!la(b))return!1;for(var
        e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!1e&&0<e.length},c;a[jc]?c
        =J("ecommerce");
131942  a[ic]&&(c=a[ic].ecommerce);if(!la(c))return;c=Object(c);var
        e=ma(a[Dc],"currencyCode",c.currencyCode);void
        0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
        promoClick?"promoClick":"promoView"],"promotions")&&e.promoClick){d("ec:setAction","
        promo_click",c.promoClick.actionField);return}for(var f="detail checkout
        checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
        h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
131943  h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
        a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0!==v[e])){var
        f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=void 0);b[e]=f;d++}return
        d}M("GoogleAnalyticsObject",a[Md]||"ga",!1);var m=function(){return
        H.GoogleAnalyticsObject],l=M(m(),function(){var
        a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
        n="",q="";"string"!=typeof a[Fe]&&(q=ka(),n=q+".");""!==
131944  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
        v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
        allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
        cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
        :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
        javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
131945  var
        z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-KPRBWG");e("
        nonInteraction",vd);
131946  var D={};k(a[Dc],D,!1)&&d("set",D);var
        F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
        ]))a[Kc]();else{var
        c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[Be]){a[rc]&&(d("require","ec","ec.js"
        ),h());var
        E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
        (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E;;}else if(a[Ce]){}else
        if(a[Ee]){}else if(a[De]){}else if(a[$b]){}else if(a[Yb]){}else
        if(a[Ae]){}else{a[rc]&&(d("require","ec","ec.js"),h());if(a[hc]&&!a[tc]){var
        P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
        ,void 0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview")}}if(!Zk){var
        W=a[Wb]?"u/analytics_debug.js":analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
131947  Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m()].
        loaded||c()},c))};_ua.a="ua";_ua.b="google";var $k,al;var jl=!1;var
        kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
```

```
131947...  d=1;if(a&&k(k[b],new hr(c),e,d),!if(d)if(d[z]&&a(d[ab]))for(var
    ...    f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
    ...    a[b]}},Ck=function(a,b){for(var
    ...    c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
    ...    e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
    ...    b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
    ...    "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
131948  for(var
    ...    e=id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf(),f=[],g=0;g<oh.length;g++)if(Ck
    ...    (e,oh[g])){f[g]=!0;for(var
    ...    h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
    ...    n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
    ...    v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
    ...    Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
    ...    D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
    ...    for(var E=[],
131949  y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
    ...    A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
    ...    S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
    ...    rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
    ...    E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){var
    ...    ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
    ...    pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
    ...    0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
    ...    0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
131950  void 0,nj=void 0,od=sd[wc],uj=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
    ...    pd=W[Ia];!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-l&&(nj=W[Ia+1]);if(-
    ...    l<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
    ...    wj=Number(wc),na=yf,zf=nj;if(na){var
    ...    zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
    ...    Af=Qk(zf);Ik(na,Af);var
    ...    Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
    ...    Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
131951  Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
    ...    resolvedTags:e.P});
131952  if("gtm.js"==b||"gtm.sync"==b)a:{for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
    ...    Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc])){var Cj=Bj[Rc];Df=!("function"!=typeof
    ...    String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
    ...    if(Df)return!0}return!1};var ml=!macro:function(a){if(kk.contains(a))return
    ...    kk.get(a)}};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
    ...    callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
    ...    za[a]};ml.jb=function(){var
    ...    a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-KPRBWG"]||(a["GTM-KPRBWG
    ...    "]=ml);pa=a};(function(){var a=function(){var
    ...    b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
    ...    {},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
131953  hk.push.apply(hk,function(){for(var a=[_eq,_e,'_event',_M(0),'gtm.click','All
    ...    Clicks','1924643_11',_ua,true,_c,'UA
    ...    Number','UA-1824469-1',_M(1),false,'Click',_v,'element','gtm.element',_M(2),'\x26tid'
    ...    ,'\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{19:12,20:25,21:5,22:14,23:18,24
    ...    :13},11,'Clicks With Element Class Info','element
    ...    classes','gtm.elementClasses',_M(3),{19:12,20:25,21:28,22:14,23:31,24:13},12,'Clicks
    ...    With Element ID Info','element
    ...    id',{19:12,20:25,21:34,22:14,23:37,24:13},13,'gtm.formSubmit','gtm.elementId',_M(4),{19:12,20:25,21:34,22:14,23:37,24:13},13,'gtm.formSubmit','gtm.
    ...    _re,_triggers','gtm.triggers','',2,_M(5),'(^$|((^|,)1924643_13($|,)))','1924643_13',
    ...    'Form Submitted',_u,'Page Path','path',_M(6),_et,'Form
    ...    Text',_M(7),{19:12,20:25,21:49,22:53,23:56,24:13},16,_cn,'Click
    ...    URL',_gtm.elementUrl',_M(8),'parkridgehealth.org','gtm.linkClick','(^$|((^|,)
    ...    1924643_14($|,)))','1924643_14','Outbound
    ...    Links',{19:12,20:25,21:67,22:62,23:53,24:13},17,_j,'document.title',_M(9),'Page not
    ...    found','gtm.js','404
    ...    Error','1924643_10',_f,'Referrer',_M(10),{19:12,20:25,21:75,22:53,23:79,24:8},18,'.
    ...    pdf','(^$|((^|,)1924643_15($|,)))','1924643_15','PDF
    ...    Download',{19:12,20:25,21:85,22:62,23:53,24:13},19,'1924643_2147479553','cookieDomain
    ...    ','auto',{89:90},{19:12,89:90},20,_sp,'890911752','','bn3rCJPgmmQQiPjoqAM',21,_awct,'
    ...    Moy5CKjEz2QQiPjoqAM',22,_asp,'GBSZ3NMPLJBCNKCCKMPKQX','VCFCVJ6ROVDQ3EVZ7KZTMT',23,'
    ...    1924643_16',_cl,24,'url',_M(11),'commercial-industrial-supply.com','1924643_17',_fsl,
    ...    '2000',25,'Page
```

Page 4143

131953… | URL\_fr\x22',\`:\`,'4824649\_18',\`\_ld\`,20,'f924dd9\_19',27,\_htmI\x5cscript
type\x3d\x22text/gtmscript\x22\x3e(function(b,c,e,g,d){var
f,a;b[d]\x3db[d]||[];f\x3dfunction(){var
a\x3d{ti:\x225117438\x22};a.q\x3db[d];b[d]\x3dnew
UET(a);b[d].push(\x22pageLoad\x22)};a\x3dc.createElement(e);a.src\x3dg;a.async\x3d1;a
.onload\x3da.onreadystatechange\x3dfunction(){var
b\x3dthis.readyState;b\x26\x26\x22loaded\x22!\x3d\x3db\x26\x26\x22complete\x22!\x3d\x3d
x3db||(f(),a.onload\x3da.onreadystatechange\x3dnull)};c\x3dc.getElementsByTagName(e)[
0];c.parentNode.insertBefore(a,c)})(window,document,\x22script\x22,\x22//bat.bing.com
/bat.js\x22,\x22uetq\x22);\x3c/script\x3e\x3cnoscript\x3e\x3cimg
src\x3d\x22//bat.bing.com/action/0?ti\x3d5117438\x26amp;Ver\x3d2\x22
height\x3d\x220\x22 width\x3d\x220\x22 style\x3d\x22display:none; visibility:
hidden;\x22\x3e\x3c/noscript\x3e',14,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/328183071/9dd60b43f2fa78924f80/12/
swap.js\x22\x3e\x3c/script\x3e',15,'element target','gtm.elementTarget','element
text',\_eu,'element url','history change source','gtm.historyChangeSource','history
new state','gtm.newHistoryState','history new url
fragment','gtm.newUrlFragment','history old state','gtm.oldHistoryState','history old
url fragment','gtm.oldUrlFragment','referrer','url hostname','host','url path','Click
Text','Error Message','gtm.errorMessage','Event','Form URL','Click
Classes',\_r,'Random Number','Click Target','Form Classes','Form ID','Form
Target','Click Element','Click ID','Form Element','Page
Hostname'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
b}());vk(ik,0,"20:0,20:1,23:2,3:3,4:4,20:7,28:8,20:9,23:10,34:11,0:12,15:13,14:13,31:
8,2:8,17:5,16:14,20:15,23:16,26:17,18:18,27:13,10:13,1:26,25:13,13:13,30:27,17:28,23:
29,26:30,18:31,1:32,30:33,17:34,23:35,26:36,18:37,1:38,30:39,4:40,20:41,23:42,26:43,
12:44,9:45,3:46,4:47,17:49,20:50,23:51,6:52,16:53,20:54,23:55,18:56,1:57,30:58,20:59,
23:60,26:61,3:62,4:63,4:64,4:65,17:67,16:62,18:53,1:68,30:69,20:70,23:71,26:71,3:72,4
:73,4:74,17:75,20:77,23:78,18:79,27:8:1:80,30:81,4:82,4:83,17:85,1:86,30:87,33:13,19:
91,11:13,1:92,13:8,30:93,20:94,22:95,7:96,24:97,30:98,20:99,24:100,34:96,30:101,20:
102,8:103,29:104,30:105,20:107,30:108,23:109,3:110,4:111,20:113,35:8,5:8,32:48,36:114
,30:115,23:116,3:117,4:118,20:120,32:66,30:121,32:84,30:123,20:124,21:125,30:126,21:
127,30:128,23:129,26:130,23:131,20:132,23:133,23:25,23:134,26:135,23:136,26:137,23:
138,26:139,23:140,26:141,23:142,26:143,23:144,23:145,6:146,23:147,23:148,23:149,26:
150,23:151,23:152,23:153,20:154,23:155,23:156,23:157,23:158,23:159,23:160,23:161,23:
162,23:163");vk(jk,1,"G,AO,AAgD,AAgAw,AAgAAw,AAgAAgH,AAAAAAAH,AAAAAAAw,AAgAAAAAw,
AAAAAAAAAA4,AAAAAAAAAAAw,AAAAAAAABAAAAAAAB,AAAAAAAABAAAAAAAAI,
AAgAAAAAAAAAAAAAAAAAw,AAAAAAAQAAAAAAAAAAAB,AAAAAAAAAAAAAAAAAAAG,
CAAAAAAAAAAAAAAAAAAI,AAgAAAAAAAAAAAAAAAAAw,AAgAAAAAAAAAAAAAAAAAD,
AAgAAAAAAAAAAAAAAM,AAgAAAAAAAAAAAAAAAw,AAgAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAQAAAAAAAAAE,AAAAAAABAAAAAAAAAAAY,AAAAAAAFAAAAAAAAAAAg,
AAAAAAAQAAAAAAAAAAAB,AAgAAAAAAAAAAAAAAAAG,CAAAAAAAAAAAAAAAAAAAI,
AAgAAAAAgAAAAAAAAAAAAQ,AAgAgAAAAAAAAAAAAAg,AAAAAAAAAAAAAAAAAAAAAD,
AAgAAAAAAAAAAAAAAgAAAAE,AAgAgAAAAAAAAAAAAAAAI,AAgAAgAAAAAAAAAAAAAQ,
AAgAAAAAAAAAAAAgAAAAg,AAgCAAAAAAAAAAAAAAAAB,AAgAAgAAAAAAAAAAAAAAAAC
,AAgCAAAAAAAAAAAAAAAE,AAAAAAABAAAAAAAAAAAQAAI");vk(lk,1,"Z,JAAAAI,
AAAAAQY,AAAAAAAAID,JAAAAAAAAE,AAAAAQIAAI,AAAAAAAAIAAD,JAAAAAAAAAAE,
AAAAAAAAIBAAQ,AAAAAQIAAAAAg,AAAAAAAAIAAAAAAAG,AAAAAQAAAAAAAAAAAw");vk(Y,1,"
gxf8H,gxXYLH,gxXYDIH,gxHYDAAgIH,gxHYDAAAAwH,gxHQDAAIAAAIP,gxHYDAAAAAgBAAH,
gxBQBAAAAAAAA4H,gxHYDAAAAAAA4D,ABAAAAAAAAAAAQ8,ABAAAAAAAAAAAAAAP,
AAAAAAAAAAAAw,AAAAAAAAAAAAAAAAA4H,AAAAAAAAAAAAAAwCH,AAAAAAAAAAAAAAwCZ,
ABAAAAAAAAAAAAAAAAgD,ABAAAAAAAAAAAAAAAgM");vk(oh,2,"B:H::,G:II::,w:Q:I:,AD:g::,
QM:AB::,AC:A2Y::,AS:AAB::,Ai:AAG::");vk(ph,4,"6.6.6::,48.48::,66::,76::,84::,88.88.88.106.
88.88::,112::,119.122::");for(var nl=0;nl<Y.length;nl++){var
ol=Y[nl],pl=1;ol[xd]?pl2=2:ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
0};Na[nl]=[]}ml.jb();

131954… (function(a){}) ("async");

131955… (function(){var
a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
c=a.push;a.push=function(){var
b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();

131956… if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
documentElement.doScroll){var
xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"===R.

```
131956   readyState=r())u(n,_load,_mr);
131957   (function(a){})()("async");(function(){})()();var
     …   _vs="res_ts:1464992909604000,srv_cl:132329128,ds:live,cv:16";
131958   })()
131959
131960   **************************************************
131961   The following data is from parkridgehealth_org-20160913-page_source.txt
131962   **************************************************
131963
131964   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
     …   "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
131965   <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en" dir="ltr">
131966
131967   <head>
131968   <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
131969     <title>parkridgehealth.org | Experience the Difference</title>
131970     <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
131971   <meta name="keywords" content="Park Ridge Health, North Carolina Hospital,
     …   Hendersonville Physicians, Pediatrics, Cardiology, Family Practice, Cancer Center,
     …   Internal Medicine, Hospital, Wellness Center" />
131972   <meta name="description" content="Park Ridge Health is a full service hospital in
     …   Hendersonville North Carolina that offers complete medical services including
     …   Pediatrics, Cardiology, Family practice, Cancer services and much more." />
131973   <link rel="shortcut icon" href="/sites/default/files/parkridge_favicon_0.png"
     …   type="image/x-icon" />
131974     <link type="text/css" rel="stylesheet" media="all"
     …   href="/sites/default/files/css/css_e0ece914aca02002fd7ffbb6033feb9d.css" />
131975   <link type="text/css" rel="stylesheet" media="print"
     …   href="/sites/default/files/css/css_a6fcd7884015a0e9b023f92160ab989e.css" />
131976   <!--[if IE]>
131977   <link type="text/css" rel="stylesheet" media="all"
     …   href="/sites/all/themes/zen/zen/ie.css?C" />
131978   <![endif]-->
131979     <script type="text/javascript"
     …   src="/sites/default/files/js/js_1ca4a9605a15313784da8075c35811c0.js"></script>
131980   <script type="text/javascript">
131981   <!--//--><![CDATA[//><!--
131982   jQuery.extend(Drupal.settings, { "basePath": "/", "CTools": { "pageId":
     …   "page-027430c81c31eb8a454ab789f5d1fa56" }, "googleanalytics": { "trackOutgoing": 1,
     …   "trackMailto": 1, "trackDownload": 1, "trackDownloadExtensions":
     …   "7z|aac|avi|csv|doc|exe|flv|gif|gz|jpe?g|js|mp(3|4|e?g)|mov|pdf|phps|png|ppt|rar|sit|
     …   tar|torrent|txt|wma|wmv|xls|xml|zip" }, "lightbox2": { "rtl": "0", "file_path":
     …   "/(\\w\\w/)sites/default/files", "default_image":
     …   "/sites/all/modules/lightbox2/images/brokenimage.jpg", "border_size": "10",
     …   "font_color": "000", "box_color": "fff", "top_position": "", "overlay_opacity":
     …   "0.8", "overlay_color": "000", "disable_close_click": 1, "resize_sequence": "0",
     …   "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
     …   0, "disable_resize": 0, "disable_zoom": 0, "force_show_nav": 0, "loop_items": 0,
     …   "node_link_text": "View Image Details", "node_link_target": "_blank", "image_count":
     …   "Image !current of !total", "video_count": "Video !current of !total", "page_count":
     …   "Page !current of !total", "lite_press_x_close": "press \x3ca href=\"#\"
     …   onclick=\"hideLightbox(); return FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to
     …   close", "download_link_text": "", "enable_login": false, "enable_contact": false,
     …   "keys_close": "c x 27", "keys_previous": "p 37", "keys_next": "n 39", "keys_zoom":
     …   "z", "keys_play_pause": "32", "display_image_size": "", "image_node_sizes": "()",
     …   "trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
     …   "trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
     …   "trigger_lightframe_group_classes": "", "custom_class_handler": 0,
     …   "custom_trigger_classes": "", "disable_for_gallery_lists": true,
     …   "disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
     …   "slideshow_interval": 5000, "slideshow_automatic_start": true,
     …   "slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
     …   false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": "460",
     …   "iframe_height": "440", "iframe_border": 0, "enable_video": 0 } });
131983   //--><![]]>
131984   </script>
131985
131986   <!--[if IE]>
```

```
131987        <link rel="stylesheet"  type="text/css" href="/sites/all/themes/parkridge/ie.css"
…       />
131988   <![endif]-->
131989   <!--[if IE 6]>
131990        <link rel="stylesheet" type="text/css" href="/sites/all/themes/parkridge/ie6.css"
…       />
131991   <![endif]-->
131992
131993   <!-- include Cycle plugin -->
131994   <script type="text/javascript"
…       src="/sites/all/themes/parkridge/scripts/jquery.cycle.all.2.74.js"></script>
131995
131996   <!--  initialize the slideshow and superfish menu when the DOM is ready -->
131997   <script type="text/javascript">
131998   $(document).ready(function() {
131999        $('.view-front-testimonial')
132000            .css('cursor','pointer')
132001            .click(function(e){
132002                window.location.href = '/all-voices';
132003            });
132004
132005     $('#slideshow').cycle({
132006       fx:        'fade',
132007       timeout: 6000,
132008       speed:   1000,
132009       random:  1,
132010       after:   onAfter,
132011       next:    '#next',
132012       prev:    '#prev'
132013     });
132014     $('#pause').click(function() {
132015       if($('#pause').hasClass('playing')) {
132016         $('#slideshow').cycle('pause');
132017         $('#pause').removeClass('playing');
132018       }
132019       else {
132020         $('#slideshow').cycle('resume');
132021         $('#pause').addClass('playing');
132022       }
132023     });
132024     $('ul.parkridge-menu').superfish({
132025            autoArrows: false,
132026            dropShadows: false,
132027            speed: 1
132028     });
132029     //$(".view-front-testimonial").fadeIn(800);
132030   });
132031   function onAfter() {
132032     $('.slide_593').width("100%");
132033   }
132034   </script>
132035   <!-- Chart Beat -->
132036   <script type="text/javascript">var _sf_startpt=(new Date()).getTime()</script>
132037   </head>
132038
132039   <!--<body class="">-->
132040   <body class="front not-logged-in node-type-page no-sidebars"
…       onResize="window.location.href = window.location.href;">
132041   <!-- Google Tag Manager -->
132042   <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-KPRBWG"
132043   height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
132044   <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
132045   new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
132046   j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
132047   '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
132048   })(window,document,'script','dataLayer','GTM-KPRBWG');</script>
132049   <!-- End Google Tag Manager --><div id="slideshowbg">
132050   <div id="slideshow">
```

Page 4146

```
132051
132052
132053
132054  <div class="slide_593" style="background: url('sites/default/files/WB0220_Share
    …   Experience Main Web Banner.jpg') no-repeat scroll center top transparent;">
132055
132056  <a href="http://www.parkridgehealth.org/share
    …   "><div class="front_slide_link"> </div></a>
132057
132058  </div>
132059
132060
132061
132062
132063  <div class="slide_593" style="background:
    …   url('sites/default/files/10919_Cash_Welcome_Banner.jpg') no-repeat scroll center top
    …   transparent;">
132064
132065  <a href="https://www.parkridgehealth.org/content/sarah-cash"><div
    …   class="front_slide_link"> </div></a>
132066  </div>
132067
132068
132069
132070
132071  <div class="slide_593" style="background:
    …   url('sites/default/files/11000_DaisyAward_Banner.jpg') no-repeat scroll center top
    …   transparent;">
132072
132073  <a href="http://www.parkridgehealth.org/daisyaward/nominationform"><div
    …   class="front_slide_link"> </div></a>
132074  </div>
132075
132076
132077
132078
132079  <div class="slide_593" style="background:
    …   url('sites/default/files/11157_prh_org_banner_welcome_norfleet.jpg') no-repeat scroll
    …   center top transparent;">
132080
132081  <a href="http://www.parkridgehealth.org/content/kathryn-norfleet"><div
    …   class="front_slide_link"> </div></a>
132082  </div>
132083
132084
132085
132086
132087  <div class="slide_593" style="background:
    …   url('sites/default/files/Web_Banner_Choose[1].jpg') no-repeat scroll center top
    …   transparent;">
132088
132089  <a href="http://www.parkridgehealth.org/myprh"><div
    …   class="front_slide_link"> </div></a>
132090  </div>
132091
132092
132093  </div>
132094  <div id="controls"> <a href="#stay" id="next"></a> <a href="#stay" id="pause"
    …   class="playing"></a> <a href="#stay" id="prev"></a>
132095  </div>
132096  </div>
132097
132098
132099      <!-- navbar container -->
132100      <div id="topnavigation-container">
132101          <div id="topnavigation-inner">
132102                        <div id="logo"><a href="/" title="Home" rel="home">
    …   <img src="/sites/default/files/header-logo.gif" alt="Home" id="logo-image"
    …   /></a></div>
```

Page 4147

```
132103              <div id="topnav-right">
132104                  <div id="topnav-right-top-container" class="clear-block">
132105                  <div id="topnav-contact-btn">
132106                  <a href="/experience-park-ridge/contact-us" title="Contact Us"
132107   id="a-contactus">Contact Us</a>
132108                  </div>
132109                  <div id="topnav-right-rt">
132110                  <div id="search-box">
132111                  <form action="/"  accept-charset="UTF-8" method="post"
…    id="search-theme-form">
132112   <div><div id="search" class="container-inline">
132113     <div class="form-item" id="edit-search-theme-form-1-wrapper">
132114     <label for="edit-search-theme-form-1">Search this site: </label>
132115    <input type="text" maxlength="128" name="search_theme_form"
…    id="edit-search-theme-form-1" size="15" value="" title="Enter the terms you wish to
     search for." class="form-text" />
132116   </div>
132117   <input type="submit" name="op" id="edit-submit" value="Search"  class="form-submit"
…    />
132118   <input type="hidden" name="form_build_id" id="form-3fbc3440900b02ae0c0699022f4dd9f7"
…    value="form-3fbc3440900b02ae0c0699022f4dd9f7"  />
132119   <input type="hidden" name="form_id" id="edit-search-theme-form"
…    value="search_theme_form"  />
132120   </div>
132121
132122   </div></form>
132123                  </div> <!-- /#search-box -->
132124                  </div>
132125                  </div>
132126                  <div id="topnav-right-navblock">
132127                  <div id="block-block-10" class="block block-block region-odd even
…    region-count-1 count-2"><div class="block-inner">
132128
132129
132130     <div class="content">
132131        <ul class="parkridge-menu">
132132   <li id="physicians">
132133          <a class="hidden" href="/physicians-and-services" title="Park Ridge
…    Physicians &amp; Services">Physicians &amp; Services</a></p>
132134   <ul id="menu-tab1">
132135   <li>
132136   <div id="menu-tab1-top">
132137   <div id="menu-tab1-inner-lc">
132138   <div id="menu-tab1-inner-lc-img">
132139                              <a
…    href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
…    &amp; Services"><img alt="Find a physician"
…    src="/sites/all/themes/parkridge/images/menu-icons/find-a-physician-120.jpg"
…    /></a></div>
132140   <div id="menu-tab1-inner-lc-copy">
132141   <h3>
132142                              <a
…    href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
…    &amp; Services">Find a Physician</a></h3>
132143   <p>
132144                              Find a physician using our comprehensive database of
…    more than 230 providers representing numerous specialties.</p>
132145   <p>                        <span class="learn-more-btn"><a
…    href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
…    &amp; Services"><img alt="learn more"
…    src="/sites/default/files/nav/learn-more-btn.png" /></a> </span></div>
132146   <div id="menu-tab1-inner-lc-bottom">
132147   <h3>
132148                              Most Popular Departments</h3>
132149   <div class="menu-tab1-inner-lc-left-links">
132150                              <a
…    href="/physicians-and-services/our-services/pediatrics" title="Park Ridge Physicians
```

```
132150…  &amp; Services">Pediatrics</a> <a href="/cancer-services" title="Park Ridge
  …      Physicians &amp; Services">Cancer Services</a> <a href="/cardiology" title="Park
  …      Ridge Physicians &amp; Services">Cardiology</a><br />
132151                              <span class="all-departments-btn"><a
  …      href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
  …      Services"><img alt="all departments"
  …      src="/sites/default/files/nav/all-departments-btn.png" /></a></span></div>
132152  <div class="menu-tab1-inner-lc-right-links">
132153                              <a
  …      href="http://www.parkridgehealth.org/physician-search?name=&amp;spec=323&amp;distance
  …      %5Bpostal_code%5D=&amp;distance%5Bsearch_distance%5D=50&amp;distance%5Bsearch_units%
  …      5D=mile&amp;gender=All&amp;phy_name=" title="Park Ridge Physicians &amp;
  …      Services">Family Practice</a> <a href="/physicians-and-services/our-services/surgery"
  …      title="Park Ridge Physicians &amp; Services">Surgery Center</a> <a
  …      href="/physicians-and-services/our-services/ear-nose-throat-head-and-neck-surgery"
  …      title="Park Ridge Physicians &amp; Services">Ear Nose and Throat</a></div>
132154  </div>
132155  </div>
132156  <div id="menu-tab1-inner-rc">
132157  <div id="menu-tab1-inner-rc-img">
132158                              <a href="/physicians-and-services/our-services"
  …      title="Park Ridge Physicians &amp; Services"><img alt=""
  …      src="/sites/default/files/nav/physicians-services-ourservices.png" /></a></div>
132159  <div id="menu-tab1-inner-rc-copy">
132160  <h3>
132161                              <a href="/physicians-and-services/our-services">Our
  …      Services</a></h3>
132162  <p>
132163                              From our world-class Baby Place to our
  …      state-of-the-art Surgery Center, search a comprehensive list of services and
  …      offerings.</p>
132164  <p>                         <span class="learn-more-btn"><a
  …      href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
  …      Services"><img alt="learn more" src="/sites/default/files/nav/learn-more-btn.png"
  …      /></a> </span></div>
132165  <div id="menu-tab1-inner-rc-bottom">
132166  <h3>
132167                              Most Popular Services</h3>
132168  <div class="menu-tab1-inner-rc-left-links">
132169                              <a href="/er" title="Park Ridge Physicians &amp;
  …      Services">Emergency Services</a> <a
  …      href="/physicians-and-services/our-services/rehabilitation-services" title="Park
  …      Ridge Physicians &amp; Services">Rehabilitation Services</a> <a
  …      href="/baby-place/welcome" title="Park Ridge Physicians &amp; Services">The Baby
  …      Place</a><br />
132170                              <span class="all-services-btn"><a
  …      href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
  …      Services"><img alt="all services" src="/sites/default/files/nav/all-services-btn.png"
  …      /></a></span></div>
132171  <div class="menu-tab1-inner-rc-right-links">
132172                              <a
  …      href="/physicians-and-services/our-services/wound-care" title="Park Ridge Physicians
  …      &amp; Services">Wound Care</a> <a
  …      href="/physicians-and-services/our-services/home-health-services" title="Park Ridge
  …      Physicians &amp; Services">Home Health</a> <a href="/behavioral-health"
  …      title="">Behavioral Health</a></div>
132173  </div>
132174  </div>
132175  <div class="clear">
132176                               </div>
132177  </div>
132178  <div id="menu-tab1-bottom">
132179                        </div>
132180  </li>
132181  </ul>
132182  </li>
132183  <li id="experience">
132184          <a class="hidden" href="/experience-park-ridge" title="Experience Park
```

```
132184…  Ridge">Experience Parkridge</a></p>
132185  <ul id="menu-tab2">
132186  <li>
132187  <div id="menu-tab2-top">
132188  <div class="parkridge-experience-cols">
132189                          <a href="/experience-park-ridge/about-us" title="About
    …  Us"><img alt="About Us"
    …  src="/sites/all/themes/parkridge/images/menu-icons/about-us.jpg" /></a></p>
132190  <div class="110square-copy">
132191  <h3>
132192                          <a href="/experience-park-ridge/about-us"
    …  title="About Us">About Us</a></h3>
132193  <p>
132194                          Since 1910, Park Ridge Health has provided healing,
    …  health and hope to Western North Carolina.</p>
132195  </div>
132196  </div>
132197  <div class="parkridge-experience-cols">
132198                          <a href="/experience-park-ridge/events" title="Events"><img
    …  alt="Events" src="/sites/all/themes/parkridge/images/menu-icons/events.jpg"
    …  /></a></p>
132199  <div class="110square-copy">
132200  <h3>
132201                          <a href="/experience-park-ridge/events"
    …  title="Events">Events</a></h3>
132202  <p>
132203                          Search our list of upcoming events, educational
    …  opportunities and free health screenings.</p>
132204  </div>
132205  </div>
132206  <div class="parkridge-experience-cols">
132207                          <a href="/experience-park-ridge/our-community" title="Our
    …  Community"><img alt="Our Community"
    …  src="/sites/all/themes/parkridge/images/menu-icons/our-community.jpg" /></a></p>
132208  <div class="110square-copy">
132209  <h3>
132210                          <a href="/experience-park-ridge/our-community"
    …  title="Our Community">Our Community</a></h3>
132211  <p>
132212                          The beauty of the Blue Ridge Mountains sustains us.
    …  Find out more about the area we call home.</p>
132213  </div>
132214  </div>
132215  <div class="parkridge-experience-cols">
132216                          <a href="/foundation" title="Foundation"><img
    …  alt="Foundation"
    …  src="/sites/all/themes/parkridge/images/menu-icons/our-foundation.jpg" /></a></p>
132217  <div class="110square-copy">
132218  <h3>
132219                          <a href="/foundation" title="Foundation">Our
    …  Foundation</a></h3>
132220  <p>
132221                          Discover how the Park Ridge Health Foundation
    …  supports our organization and the community.</p>
132222  </div>
132223  </div>
132224  <div class="parkridge-experience-cols">
132225                          <a href="/experience-park-ridge/news-and-media" title="News
    …  and Media"><img alt="News and Media"
    …  src="/sites/all/themes/parkridge/images/menu-icons/news-and-media.jpg" /></a></p>
132226  <div class="110square-copy">
132227  <h3>
132228                          <a href="/experience-park-ridge/news-and-media"
    …  title="News and Media">News &amp; Media</a></h3>
132229  <p>
132230                          Learn more about the latest Park Ridge Health news,
    …  including a special Media Portal for special downloads and information.</p>
132231  </div>
```

```
132232  </div>
132233  <div class="parkridge-experience-col-last">
132234                          <a href="/experience-magazine" title="Experience
    …   Magazine"><img alt="Experience Magazine"
    …   src="/sites/all/themes/parkridge/images/menu-icons/magazine_issue3.jpg" /></a></p>
132235  <div class="110square-copy">
132236  <h3>
132237                          <a href="/experience-magazine" title="Experience
    …   Magazine">Experience Magazine</a></h3>
132238  <p>
132239                          Catch up on the latest issue of our Experience
    …   Magazine. Or sign up to get your own copy.</p>
132240  </div>
132241  </div>
132242  <div class="clear">
132243                           </div>
132244  </div>
132245  <div id="menu-tab2-bottom">
132246                       </div>
132247  </li>
132248  </ul>
132249  </li>
132250  <li id="careers">
132251          <a class="hidden" href="/careers" title="Join Our Team">Careers</a></li>
132252  <li id="resources">
132253          <a class="hidden" href="/guest-resources" title="Guest
    …   Resources">Resources</a></p>
132254  <ul id="menu-tab4">
132255  <li>
132256  <div id="menu-tab4-top">
132257  <div class="patient-resources-cols">
132258                          <a href="/guest-resources/driving-directions" title="Driving
    …   directions"><img alt="Driving directions"
    …   src="/sites/all/themes/parkridge/images/menu-icons/driving-directions.jpg" /></a></p>
132259  <div class="110square-copy">
132260  <h3>
132261                          <a href="/guest-resources/driving-directions"
    …   title="Driving directions">Driving Directions</a></h3>
132262  <p>
132263                          Need to find us? Detailed driving directions to Park
    …   Ridge Health.</p>
132264  </div>
132265  </div>
132266  <div class="patient-resources-cols">
132267                          <a href="http://parkridgehealth.org/medlineplus"
    …   title="MedlinePlus"><img alt="MedlinePlus"
    …   src="/sites/all/themes/parkridge/images/menu-icons/medlineplus.jpg" /></a></p>
132268  <div class="110square-copy">
132269  <h3>
132270                          <a href="http://parkridgehealth.org/medlineplus"
    …   title="MedlinePlus">MedlinePlus</a></h3>
132271  <p>
132272                          MedlinePlus brings you information about diseases,
    …   conditions, and wellness issues in language you can understand.</p>
132273  </div>
132274  </div>
132275  <div class="patient-resources-cols">
132276                          <a href="http://www.parkridgehealth.org/pac" title="Patient
    …   Account Center"><img alt="Patient Account Center"
    …   src="/sites/all/themes/parkridge/images/menu-icons/pay-my-bill.jpg" /></a></p>
132277  <div class="110square-copy">
132278  <h3>
132279                          <a href="http://www.parkridgehealth.org/pac"
    …   title="Patient Account Center">Patient Account Center</a></h3>
132280  <p>
132281                          Save a stamp &ndash; Pay your bills online. Access
    …   your patient records.</p>
132282  </div>
```

```
132283  </div>
132284  <div class="patient-resources-cols">
132285                          <a href="/guest-resources/gift-shop-and-cafe-menu"
    …  title="Gift Shop and Cafe"><img alt="Gift Shop and Cafe"
    …  src="/sites/all/themes/parkridge/images/menu-icons/gift-shop-and-cafe.jpg" /></a></p>
132286  <div class="110square-copy">
132287  <h3>
132288                          <a href="/guest-resources/gift-shop-and-cafe-menu"
    …  title="Gift Shop and Cafe">Gift Shop and Cafe</a></h3>
132289  <p>
132290                          Learn more about the special gifts available at the
    …  Park Ridge Health gift shop, Polly&rsquo;s Gifts, and find the daily Park Ridge
    …  Caf&eacute; menu.</p>
132291  </div>
132292  </div>
132293  <div class="patient-resources-cols">
132294                          <a href="/guest-resources/community-benefit" title="Community
    …  Benefit"><img alt="Community Benefit"
    …  src="/sites/all/themes/parkridge/images/menu-icons/community_benefit.jpg" /></a></p>
132295  <div class="110square-copy">
132296  <h3>
132297                          <a href="/guest-resources/community-benefit"
    …  title="Community Benefit">Community Benefit</a></h3>
132298  <p>
132299                          Learn more about how Park Ridge Health supports the
    …  surrounding community financially.</p>
132300  </div>
132301  </div>
132302  <div class="patient-resources-cols">
132303                          <a href="/guest-resources/patient-safety-quality"
    …  title="Safety and Quality"><img alt="Safety and Quality"
    …  src="/sites/all/themes/parkridge/images/menu-icons/safety-and-quality.jpg" /></a></p>
132304  <div class="110square-copy">
132305  <h3>
132306                          <a href="/guest-resources/patient-safety-quality"
    …  title="Safety and Quality">Safety &amp; Quality</a></h3>
132307  <p>
132308                          See important data reflecting Park Ridge
    …  Health&rsquo;s quality and safety scores.</p>
132309  </div>
132310  </div>
132311  <div class="patient-resources-col-last">
132312                          <a href="/guest-resources/guest-services" title="Guest
    …  Services"><img alt="Guest Services"
    …  src="/sites/all/themes/parkridge/images/menu-icons/guest-services.jpg" /></a></p>
132313  <div class="110square-copy">
132314  <h3>
132315                          <a href="/guest-resources/guest-services"
    …  title="Guest Services">Guest Services</a></h3>
132316  <p>
132317                          Our guest services team is here to ensure that your
    …  Park Ridge Health experience is a positive one.</p>
132318  </div>
132319  </div>
132320  <div class="clear">
132321                           </div>
132322  </div>
132323  <div id="menu-tab4-bottom">
132324                       </div>
132325  </li>
132326  </ul>
132327  </li>
132328  </ul>
132329    </div>
132330
132331
132332  </div></div> <!-- /block-inner, /block -->
132333                  </div>
```

```
132334                  </div>     <!-- /#topnav-right -->
132335                </div>
132336            </div><!-- end navbar-container -->
132337
132338            <!-- below-slideshow-bg -->
132339            <div id="below-slideshow-bg">
132340                <div id="below-slideshow-bg-inner">
132341                        <div id="content-bottom" class="region region-content_bottom">
132342                    <div id="block-views-front_testimonial-block_1" class="block block-views
       region-odd odd region-count-1 count-3"><div class="block-inner">
132343
132344
132345    <div class="content">
132346        <div class="view view-front-testimonial view-id-front_testimonial
       view-display-id-block_1 testing view-dom-id-1">
132347
132348
132349
132350        <div class="view-content">
132351            <div class="views-row views-row-1 views-row-odd views-row-first
       views-row-last">
132352
132353    <div class="views-field-field-testimonial-value">
132354                    <div class="field-content"><p>Incredible experience! Wow. Thank you.
       - <span class="testimonial-name">read more</span></p></div>
132355      </div>
132356      </div>
132357        </div>
132358
132359
132360
132361
132362
132363
132364  </div>    </div>
132365
132366
132367  </div></div> <!-- /block-inner, /block -->
132368  <div id="block-views-front_events-block_1" class="block block-views region-even even
       region-count-2 count-4"><div class="block-inner">
132369
132370
132371    <div class="content">
132372        <div class="view view-front-events view-id-front_events view-display-id-block_1
       view-dom-id-2">
132373            <div class="view-header">
132374        <div id="see-all-btn"><a href="/experience-park-ridge/events/" title="See all
       events" target="_self">See all events</a></div>
132375      </div>
132376
132377
132378
132379        <div class="view-content">
132380            <div class="views-row views-row-1 views-row-odd views-row-first">
132381        <div class="front_events_date">
132382        <span class="front_events_month"><span
       class="date-display-single">Sep</span></span><br />
132383        <span class="front_events_day"><span class="date-display-single">18</span></span>
132384  </div>
132385  <p><a href="/node/7097">5th Annual Bids &amp; Blues</a></p>
132386  <div class="clear"></div>
132387      </div>
132388      <div class="views-row views-row-2 views-row-even views-row-last">
132389        <div class="front_events_date">
132390        <span class="front_events_month"><span
       class="date-display-single">Sep</span></span><br />
132391        <span class="front_events_day"><span class="date-display-single">20</span></span>
132392  </div>
```

```
132393      <p><a href="/node/7160">Memory Caregivers Support Group - New Hope</a></p>
132394      <div class="clear"></div>
132395        </div>
132396          </div>
132397
132398
132399
132400
132401
132402
132403    </div>    </div>
132404
132405
132406    </div></div>  <!-- /block-inner, /block -->
132407    <div id="block-block-3" class="block block-block region-odd odd region-count-3
…         count-5"><div class="block-inner">
132408
132409
132410      <div class="content">
132411        <div>
132412          <a href="http://www.parkridgehealth.org/myprh"><img alt=""
…         src="http://www.parkridgehealth.org/sites/default/files/images/front-makeappointment-
…         block.png" style="width: 277px; height: 166px;" title="Make an Appointment"
…         /></a></div>
132413    </div>
132414        </div>
132415
132416
132417    </div></div>  <!-- /block-inner, /block -->
132418    <div id="block-views-banner_rotator-block_1" class="block block-views region-even
…         even region-count-4 count-6"><div class="block-inner">
132419
132420
132421      <div class="content">
132422        <div class="view view-banner-rotator view-id-banner_rotator
…         view-display-id-block_1 view-dom-id-3">
132423
132424
132425
132426        <div class="view-content">
132427          <div class="views-row views-row-1 views-row-odd views-row-first
…         views-row-last">
132428        <div class="front_image_rotator_block">
132429        <a href="http://www.parkridgehealth.org/er"><img  class="imagefield
…         imagefield-field_banner" width="277" height="166" title="Graphic Banner" alt="Graphic
…         Banner"
…         src="http://www.parkridgehealth.org/sites/default/files/ER-banner-rotator.jpg?
…         1337009414" /></a>
132430    </div>
132431      </div>
132432        </div>
132433
132434
132435
132436
132437
132438
132439    </div>    </div>
132440
132441
132442    </div></div>  <!-- /block-inner, /block -->
132443              <div class="clear"></div>
132444              </div>  <!-- /#content-bottom -->
132445              </div>
132446        </div><!-- end below-slideshow-bg -->
132447
132448        <!-- footer-top-bg -->
132449        <div id="footer-top-bg">
```

```
132450              <div id="footer-top-bg-inner">
132451                        <div id="footer"><div id="footer-inner" class="region
…    region-footer">
132452                        <div id="block-block-5" class="block block-block region-odd
…    odd region-count-1 count-7"><div class="block-inner">
132453
132454
132455  <div class="content">
132456      <div class="footer_menu_row">
132457 <h3>
132458        <a href="/physicians-and-services" style="font-size: 16px; line-height:
…    1.3em;">Physicians &amp; Services</a></h3>
132459 <ul>
132460 <li>
132461            <a href="/physiciandirectory" title="Find a Physician">Find a
…    Physician</a></li>
132462 <li>
132463            <a href="/physicians-and-services/our-services" title="Our Services">Our
…    Services</a></li>
132464 </ul>
132465 </div>
132466 <div class="footer_menu_row">
132467 <h3>
132468        <a href="/experience-park-ridge" style="font-size: 16px; line-height:
…    1.3em;">Experience Park Ridge</a></h3>
132469 <ul>
132470 <li>
132471            <a href="/experience-park-ridge/contact-us" title="Contact Us">Contact
…    Us</a></li>
132472 <li>
132473            <a href="/experience-park-ridge/about-us" title="About Us">About
…    Us</a></li>
132474 <li>
132475            <a href="/experience-park-ridge/events" title="Events">Events</a></li>
132476 <li>
132477            <a href="/experience-park-ridge/our-community" title="Our Community">Our
…    Community</a></li>
132478 <li>
132479            <a href="/foundation" title="Our Foundation">Our Foundation</a></li>
132480 <li>
132481            <a href="/experience-magazine" title="Experience Magazine">Experience
…    Magazine</a></li>
132482 <li>
132483            <a href="/experience-park-ridge/news-and-media" title="News and
…    Media">News and Media</a></li>
132484 <li>
132485            <a href="/request-an-appointment" title="Make an Appointment">Make an
…    Appointment</a></li>
132486 </ul>
132487 </div>
132488 <div class="footer_menu_row">
132489 <h3>
132490        <a href="/join-our-team" style="font-size: 16px; line-height: 1.3em;">Join
…    Our Team</a></h3>
132491 <ul>
132492 <li>
132493            <a href="http://www.parkridgehealth.org/node/6959">Physicians</a></li>
132494 <li>
132495            <a href="/join-our-team/careers" title="careers">Careers</a></li>
132496 <li>
132497            <a href="/join-our-team/volunteers"
…    title="Volunteers">Volunteers</a></li>
132498 <li>
132499            <a
…    href="http://www.parkridgehealth.org/careers/living-working-here">Living and Working
…    Here</a></li>
132500 </ul>
132501 </div>
```

```
132502 <div class="footer_menu_row">
132503 <h3>
132504         <a href="/guest-resources" style="font-size: 16px; line-height: 1.3em;">Guest
…      Resources</a></h3>
132505 <ul>
132506 <li>
132507         <a href="/guest-resources/driving-directions" title="Driving
…      Directions">Driving Directions</a></li>
132508 <li>
132509         <a href="http://parkridgehealth.org/medlineplus"
…      title="MedlinePlus"><span data-scayt_word="MedlinePlus"
…      data-scaytid="1">MedlinePlus</span></a></li>
132510 <li>
132511         <a href="http://www.parkridgehealth.org/pac">Patient Account
…      Center</a></li>
132512 <li>
132513         <a href="/guest-resources/gift-shop-and-cafe-menu" title="Gift Shop and
…      Cafe">Gift Shop and Cafe</a></li>
132514 <li>
132515         <a href="/guest-resources/community-benefit">Community Benefit</a></li>
132516 <li>
132517         <a href="/guest-resources/patient-safety-quality" title="Safety and
…      Quality">Safety and Quality</a></li>
132518 <li>
132519         <a href="/guest-resources/guest-services" title="Guest Services">Guest
…      Services</a></li>
132520 <li>
132521         <a href="http://www.parkridgehealth.org/node/6620">Financial
…      Assistance</a></li>
132522 <li>
132523         <a href="/estimate">Service Estimate</a></li>
132524 </ul>
132525 </div>
132526   </div>
132527
132528
132529 </div></div> <!-- /block-inner, /block -->
132530 <div id="block-views-footer_recent_blog-block_1" class="block block-views region-even
…      even region-count-2 count-8"><div class="block-inner">
132531
132532
132533   <div class="content">
132534     <div class="view view-footer-recent-blog view-id-footer_recent_blog
…      view-display-id-block_1 view-dom-id-4">
132535         <div class="view-header">
132536       <h3>Park Ridge News</h3>
132537     </div>
132538
132539
132540
132541       <div class="view-content">
132542         <div class="views-row views-row-1 views-row-odd views-row-first">
132543     <div class="footer_blog_date">
132544     <span class="footer_blog_month">Aug</span><br />
132545     <span class="footer_blog_day">30</span>
132546 </div>
132547 <p><a href="/node/7103">Park Ridge Health Earns Designation as COMMUNITY VALUE 100®
…      HOSPITAL and Community Value Five Star Health Care System by Cleverley +
…      Associates</a></p>
132548 <div class="clear"></div>
132549   </div>
132550   <div class="views-row views-row-2 views-row-even">
132551     <div class="footer_blog_date">
132552     <span class="footer_blog_month">Aug</span><br />
132553     <span class="footer_blog_day">01</span>
132554 </div>
132555 <p><a href="/node/7085">Park Ridge Health brings Psychiatry to Primary Care
…      Settings</a></p>
```

```
132556  <div class="clear"></div>
132557    </div>
132558    <div class="views-row views-row-3 views-row-odd views-row-last">
132559      <div class="footer_blog_date">
132560      <span class="footer_blog_month">Jul</span><br />
132561      <span class="footer_blog_day">19</span>
132562  </div>
132563  <p><a href="/node/7075">Park Ridge Health Joins Large Accountable Care
    …   Network</a></p>
132564  <div class="clear"></div>
132565    </div>
132566      </div>
132567
132568
132569
132570
132571
132572
132573  </div>    </div>
132574
132575
132576  </div></div> <!-- /block-inner, /block -->
132577  <div id="block-block-37" class="block block-block region-odd odd region-count-3
    …   count-9"><div class="block-inner">
132578
132579
132580    <div class="content">
132581      <div class="clear-block">
132582      <div id="park_ridge_portals">
132583        <h3>
132584            Park Ridge Portals</h3>
132585        <ul id="footer_four_item_box">
132586            <li class="middle">
132587                <a
    …   href="http://parkridgearc.ahss.org/Pages/Default.aspx">Employees</a></li>
132588            <li class="middle">
132589                <a
    …   href="https://physician.ahss.org/Home/tabid/2426/logon/windows/Default.aspx">
    …   Physicians</a></li>
132590  <!--<li class="middle"><a
    …   href="https://netapp.netlearning.com/ncsi/login.aspx?id=249">NetLearning</a></li>-->
    …   <li class="middle">
132591                <a href="https://ahs.vendormate.com/vm/login.do">Vendors</a></li>
132592            <li class="last">
132593                <a href="http://www.parkridgehealth.org/pac">Patients</a></li>
132594        </ul>
132595      </div>
132596      <div id="connect_with_us">
132597        <h3>
132598            Connect with Us</h3>
132599        <ul id="footer_two_item_box">
132600            <li class="social-blog">
132601                <a
    …   href="http://www.facebook.com/search/?init=srp&amp;sfxp=&amp;q=park+ridge+health&amp;
    …   o=69&amp;c1=3#!/pages/Park-Ridge-Health/128451607184577?ref=search">Facebook</a></li>
132602            <li class="social-twitter">
132603                <a href="http://twitter.com/parkridgehealth">Twitter</a></li>
132604        </ul>
132605      </div>
132606  </div>
132607    </div>
132608
132609
132610  </div></div> <!-- /block-inner, /block -->
132611  <div id="block-block-90" class="block block-block region-even even region-count-4
    …   count-10"><div class="block-inner">
132612
132613
```

```
132614     <div class="content">
132615         <script>
132616 btg="cm.n2z5";
132617 </script>
132618 <img height="1" src="http://b.collective-media.net/seg/cm/n2z5" width="1" />
132619     </div>
132620
132621
132622 </div></div> <!-- /block-inner, /block -->
132623 <div id="block-block-93" class="block block-block region-odd odd region-count-5
...    count-11"><div class="block-inner">
132624
132625
132626   <div class="content">
132627     <!-- Tracking tag. Place in the <body> section of webpage --><!-- Privacy policy
...    at http://tag.brandcdn.com/privacy --><script type="text/javascript"
...    src="http://tag.brandcdn.com/autoscript/Park_Ridge_Health.js"></script><!-- Analytics
...    Code for Paid Search --><script>
132628     (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
132629     (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
132630     m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
132631     })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
132632
132633     ga('create', 'UA-58411100-1', 'auto');
132634     ga('create', 'UA-58411100-2', 'auto', {'name': 'newTracker'});
132635     ga('send', 'pageview');
132636     ga('newTracker.send','pageview');
132637 </script>
132638
132639   </div>
132640
132641
132642 </div></div> <!-- /block-inner, /block -->
132643             <div class="clear"></div>
132644         </div></div> <!-- /#footer-inner, /#footer -->
132645             </div>
132646         <div class="clear"></div>
132647     </div><!-- end footer-top-bg -->
132648
132649     <!-- footer-bottom-bg -->
132650     <div id="footer-bottom-bg">
132651             <div id="footer-bottom-bg-inner">
132652             <div id="footer-bottom-left"> <a href="/"><img
...    src="/sites/default/files/footer-parkridgehealth-logo.png"  height="60" width="180"
...    alt="" /></a> <a href="http://www.adventisthealthsystem.com/Default.aspx"
...    title="Adventist Health" ><img src="/sites/default/files/images/adventist-health.gif"
...    alt="Adventist Health" style="margin: 0px 0px 16px 12px;" /></a></div>
132653             <div id="footer-bottom-right">
132654             <a href="/financial-assistance" title="Charity Care Policy"
...    target="_self">Charity Policy</a> <a href="/sitemap" title="Sitemap"
...    target="_self">Sitemap</a>
132655             <!--<a href="/experience-park-ridge/contact-us" title="Contact
...    Us" target="_self">Contact Us</a>--><a href="/privacy-policy" title="Privacy
...    Policy(HIPPA)" target="_self">Privacy Policy(HIPAA)</a>
132656             <a href="http://www.parkridgehealth.org/web-privacy" title="Web Privacy"
...    target="_self">Web Privacy</a>
132657             </div>
132658             </div>
132659         </div><!-- end footer-bottom-bg -->
132660
132661
132662   <script type="text/javascript"
...    src="/sites/default/files/js/js_fb83babaf2f76b94601f51ba67abe2f5.js"></script>
132663 <script type="text/javascript">
132664 <!--//--><![CDATA[//><!--
132665 var gaJsHost = (("https:" == document.location.protocol) ? "https://ssl." :
...    "http://www.");document.write(unescape("%3Cscript src='" + gaJsHost +
...    "google-analytics.com/ga.js' type='text/javascript'%3E%3C/script%3E"));
```

```
132666  //--><![]]>
132667  </script>
132668  <script type="text/javascript">
132669  <!--//--><![CDATA[//><!--
132670  try{var pageTracker = _gat._getTracker("UA-1824469-1");pageTracker._trackPageview();}
        catch(err) {}
132671  //--><![]]>
132672  </script>
132673  <!-- Chart Beat -->
132674  <script type="text/javascript">
132675  var _sf_async_config={uid:8721,domain:"parkridgehealth.org"};
132676  (function(){
132677    function loadChartbeat() {
132678      window._sf_endpt=(new Date()).getTime();
132679      var e = document.createElement('script');
132680      e.setAttribute('language', 'javascript');
132681      e.setAttribute('type', 'text/javascript');
132682      e.setAttribute('src',
132683        (("https:" == document.location.protocol) ? "https://s3.amazonaws.com/" :
        "http://") +
132684        "static.chartbeat.com/js/chartbeat.js");
132685      document.body.appendChild(e);
132686    }
132687    var oldonload = window.onload;
132688    window.onload = (typeof window.onload != 'function') ?
132689      loadChartbeat : function() { oldonload(); loadChartbeat(); };
132690  })();
132691
132692  </script>
132693  </body>
132694  </html>
132695
132696
132697  ************************************************
132698  The following data is from parkridgehealth_org-fbevents_js-20160728.txt
132699  ************************************************
132700  /*1469720503,,JIT Construction: v2471932,en_US*/
132701
132702  /**
132703   * Copyright Facebook Inc.
132704   *
132705   * Licensed under the Apache License, Version 2.0
132706   * http://www.apache.org/licenses/LICENSE-2.0
132707   */
132708  try {(function(a,b,c,d){'use strict';var
        e="2.5.0",f='https://www.facebook.com/tr/',g='/fbevents.',h={IDENTITY:'plugins.
        identity.js'},i={},j=[],k=null,l=null,m=/^\d+$/,n={allowDuplicatePageViews:false},o=
        function(ra){var sa={exports:ra};'use strict';var ta='deep',ua='shallow';function
        va(){this.list=[];}va.prototype={append:function(xa,ya){this._append(
        encodeURIComponent(xa),ya,ta);},_append:function(xa,ya,za){if(Object(ya)!==ya){this.
        _appendPrimitive(xa,ya);}else if(za===ta){this._appendObject(xa,ya);}else
        this._appendPrimitive(xa,wa(ya));},_appendPrimitive:function(xa,ya){if(ya!=null)this.
        list.push([xa,ya]);},_appendObject:function(xa,ya){for(var za in
        ya)if(ya.hasOwnProperty(za)){var
        ab=xa+'['+encodeURIComponent(za)+']';this._append(ab,ya[za],ua);}},each:function(xa){
        var ya=this.list;for(var
        za=0,ab=ya.length;za<ab;za++)xa(ya[za][0],ya[za][1]);},toQueryString:function(){var
        xa=[];this.each(function(ya,za){xa.push(ya+'='+encodeURIComponent(za));});return
        xa.join('&');}};function wa(xa){if(typeof
        JSON==='undefined'||JSON===null||!JSON.stringify){return
        Object.prototype.toString.call(xa);}else return
        JSON.stringify(xa);}sa.exports=va;return sa.exports;}({}),p=function(ra){var
        sa={exports:ra};'use strict';var ta='console',ua='error',va='Facebook Pixel
        Error',wa='Facebook Pixel
        Warning',xa='warn',ya=Object.prototype.toString,za=!('addEventListener' in
        b),ab=function(){},bb=a[ta]||{},cb=a.postMessage||ab;function db(ib){return
        Array.isArray?Array.isArray(ib):ya.call(ib)==='[object Array]';}function
        eb(ib){cb({action:'FB_LOG',logType:va,logMessage:ib},'*');if(ua in bb)bb[ua](va+':
```

```
'+ib);}function ht(ib,jb){c(action=="LOG",logType=4,logMessage=ib),''+''},'';if(xa in
bb)bb[xa](wa+': '+ib);}function gb(ib,jb,kb){jb=za?'on'+jb:jb;var
lb=za?'attachEvent':'addEventListener',mb=za?'detachEvent':'removeEventListener',nb=
function(){ib[mb](jb,nb,false);kb();};ib[lb](jb,nb,false);}function hb(ib,jb,kb){var
mb=ib.apply(this,arguments);kb.apply(this,arguments);return
mb;};};ra.isArray=db;ra.logError=eb;ra.logWarning=fb;ra.listenOnce=gb;ra.injectMethod=
hb;return sa.exports;}({}),q=function(ra){var sa={exports:ra};'use strict';var
ta=/^[+-]?\d+(\.\d+)?$/,ua='number',va='currency_code',wa={AED:1,ARS:1,AUD:1,BOB:1,
BRL:1,CAD:1,CHF:1,CLP:1,CNY:1,COP:1,CRC:1,CZK:1,DKK:1,EUR:1,GBP:1,GTQ:1,HKD:1,HNL:1,
HUF:1,IDR:1,ILS:1,INR:1,ISK:1,JPY:1,KRW:1,MOP:1,MXN:1,MYR:1,NIO:1,NOK:1,NZD:1,PEN:1,
PHP:1,PLN:1,PYG:1,QAR:1,RON:1,RUB:1,SAR:1,SEK:1,SGD:1,THB:1,TRY:1,TWD:1,USD:1,UYU:1,
VEF:1,VND:1,ZAR:1},xa={value:{type:ua,isRequired:true},currency:{type:va,isRequired:
true}},ya={PageView:{},ViewContent:{},Search:{},AddToCart:{},AddToWishlist:{},
InitiateCheckout:{},AddPaymentInfo:{},Purchase:{validationSchema:xa},Lead:{},
CompleteRegistration:{},CustomEvent:{validationSchema:{event:{isRequired:true}}},za=
Object.prototype.hasOwnProperty;function
ab(cb,db){this.eventName=cb;this.params=db||{};this.error=null;this.warnings=[];}ab.
prototype={validate:function(){var cb=this.eventName,db=ya[cb];if(!db)return
this._error('Unsupported event: '+cb);var eb=db.validationSchema;for(var fb in
eb)if(za.call(eb,fb)){var
gb=eb[fb];if(gb.isRequired===true&&!za.call(this.params,fb))return
this._error('Required parameter "'+fb+'" is missing for event
"'+cb+'"');if(gb.type)if(!this._validateParam(fb,gb.type))return
this._error('Parameter "'+fb+'" is invalid for event "'+cb+'"');}return
this;},_validateParam:function(cb,db){var eb=this.params[cb];switch(db){case ua:var
fb=ta.test(eb);if(fb&&Number(eb)<0)this.warnings.push('Parameter "'+cb+'" is negative
for event "'+this.eventName+'"');return fb;case va:return
wa[eb.toUpperCase()]===1;}return true;},_error:function(cb){this.error=cb;return
this;}};function bb(cb,db){return new
ab(cb,db).validate();}ra.validateEvent=bb;return
sa.exports;}({}),r=null,s=a.fbq;if(!s)return p.logError('Pixel code is not installed
correctly on this page');var
t=Array.prototype.slice,u=Object.prototype.hasOwnProperty,v=c.href,w=false,x=false,y=
a.top!==a,z=[],aa={},ba=b.referrer,ca={};function da(ra){for(var sa in
ra)if(u.call(ra,sa))this[sa]=ra[sa];}function ea(ra){if(!j.length){var
sa=t.call(arguments),ta=sa.length===1&&p.isArray(sa[0]);if(ta)sa=sa[0];if(ra.slice(0,
6)==='report'){var
ua=ra.slice(6);if(ua==='CustomEvent')ua=(sa[1]||{}).event||ua;sa=['trackCustom',ua].
concat(sa.slice(1));}else
sa=['track',ua].concat(sa.slice(1));}ra=sa.shift();switch(ra){case
'addPixelId':w=true;return fa.apply(this,sa);case 'init':x=true;return
fa.apply(this,sa);case 'track':if(m.test(sa[0]))return ia.apply(this,sa);if(ta)return
ha.apply(this,sa);return ga.apply(this,sa);case 'trackCustom':return
ha.apply(this,sa);case 'send':return ja.apply(this,sa);default:p.logError('Invalid or
unknown method name "'+ra+'"');}}else
s.queue.push(arguments);}s.callMethod=ea;function
fa(ra,sa){if(u.call(aa,ra)){p.logError('Duplicate Pixel ID: '+ra);return;}var
ta={id:ra,userData:sa||{}};if(sa!=null)pa('IDENTITY');z.push(ta);aa[ra]=ta;}function
ga(ra,sa){sa=sa||{};var
ta=q.validateEvent(ra,sa);if(ta.error)p.logError(ta.error);if(ta.warnings)for(var
ua=0;ua<ta.warnings.length;ua++)p.logWarning(ta.warnings[ua]);if(ra==='CustomEvent')
ra=sa.event;ha.call(this,ra,sa);}function ha(ra,sa){var ta=this instanceof
da?this:n,ua=ra==='PageView';for(var wa=0,wa=z.length;va<wa;va++){var
xa=z[va];if(ua&&ta.allowDuplicatePageViews===false&&ca[xa.id]===true)continue;ka(xa,
ra,sa);if(ua)ca[xa.id]=true;}}function ia(ra,sa){ka(null,ra,sa);}function
ja(ra,sa){for(var ta=0,ua=z.length;ta<ua;ta++)ka(z[ta],ra,sa);}function
ka(ra,sa,ta){ra=ra||{};var ua=new
o();ua.append('id',ra.id);ua.append('ev',sa);ua.append('dl',v);ua.append('rl',ba);ua.
append('if',y);ua.append('ts',new
Date().valueOf());ua.append('cd',ta);ua.append('ud',ra.userData);ua.append('v',e||s.
version);ua.append('a',s.agent);var
va=b.visibilityState;if(va!==undefined)ua.append('pv',va);var
wa=ua.toQueryString();if(2048>(f+'?'+wa).length){la(f,wa);}else ma(f,ua);}function
la(ra,sa){var ta=new Image();ta.src=ra+'?'+sa;}function ma(ra,sa){var
ta='fb'+Math.random().toString().replace('.','');ua=b.createElement('form');ua.method
='post';ua.action=ra;ua.target=ta;ua.acceptCharset='utf-8';ua.style.display='none';
var va=!!(a.attachEvent&&!a.addEventListener),wa=va?'<iframe
```

132708 | name="ta"+s>';iframe=xa=b.createElement(wa),xa.src='javascript:false';xa.id=ta;xa
… | .name=ta;ua.appendChild(xa);p.listenOnce(xa,'load',function(){sa.each(function(ya,za)
… | {var
… | ab=b.createElement('input');ab.name=ya;ab.value=za;ua.appendChild(ab);});p.listenOnce
… | (xa,'load',function(){ua.parentNode.removeChild(ua);});ua.submit();});});b.body.
… | appendChild(ua);}function na(){while(s.queue.length&&!j.length){var
… | ra=s.queue.shift();ea.apply(s,ra);}}function
… | oa(){k=b.getElementsByTagName('script');for(var ra=0;ra<k.length&&!l;ra++){var
… | sa=k[ra].src.split(g);if(sa.length>1)l=sa[0];}}function pa(ra){var
… | sa=h[ra];if(sa)if(i[ra]){i[ra]({pixels:z});}else
… | if(j.indexOf(ra)===-1){if(l===null)oa();j.push(ra);var
… | ta=b.createElement('script');ta.src=l+g+sa;ta.async=true;var
… | ua=k[0];if(ua)ua.parentNode.insertBefore(ta,ua);}}s.loadPlugin=pa;function
… | qa(ra,sa){if(ra&&sa){if(ra&&sa)a[sa]=a[pixels:z};}var
… | ta=j.indexOf(ra);if(ta>-1)j.splice(ta,1);if(!j.length)na();}}s.registerPlugin=qa;if(s
… | .pixelId){w=true;fa(s.pixelId);}na();}if(w&&x||a.fbq!==a._fbq)p.logWarning('Multiple
… | pixels with conflicting versions were detected on this
… | page');if(z.length>1)p.logWarning('Multiple different pixels were detected on this
… | page');(function
… | ra(){if(s.disablePushState===true)return;if(!d.pushState||!d.replaceState)return;var
… | sa=function(){ba=v;v=c.href;if(v===ba)return;var ta=new
… | da({allowDuplicatePageViews:true});ea.call(ta,'trackCustom','PageView');};p.
… | injectMethod(d,'pushState',sa);p.injectMethod(d,'replaceState',sa);a.addEventListener
… | ('popstate',sa,false);})();})})(window,document,location,history);} catch (e) {new
… | Image().src="https:\/\/www.facebook.com\/" +
… | 'common/scribe_endpoint.php?c=jssdk_error&m='+encodeURIComponent('{"error":"LOAD",
… | "extra":
… | {"name":"'+e.name+'","line":"'+(e.lineNumber||e.line)+'","script":"'+(e.fileName||e.
… | sourceURL||e.script)+'","stack":"'+(e.stackTrace||e.stack)+'","revision":"2471932","
… | namespace":"FB","message":"'+e.message+'"}}');}}
132709 | ************************************************
132710 | The following data is from parkridgehealth_org-gtm_js-20160728.txt
132711 | ************************************************
132712 | // Copyright 2012 Google Inc. All rights reserved.
132713 | // Container Version: 16
132714 | (function(w,g){w[g]=w[g]||{};});})(window,'google_tag_manager');(function(){
132715 |
132716 |
132717 |
132718 | var za=this,Aa=function(){var a=YT.Player,b=typeof a;if("object"==b)if(a)if(a
… | instanceof Array)return"array";if(a instanceof Object)return b;var
… | c=Object.prototype.toString.call(a);if("[object
… | Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
… | a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
… | a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
… | Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
… | a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
… | return"null";
132719 | else if("function"==b&&"undefined"==typeof a.call)return"object";return
… | b},Ba=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
… | function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
132720 | jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
132721 | var Ca=/\[object
… | (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Da=function(a){if(null==a)
… | return String(a);var b=Ca.exec(Object.prototype.toString.call(Object(a)));return
… | b?b[1].toLowerCase():"object"},Ea=function(a,b){return
… | Object.prototype.hasOwnProperty.call(Object(a),b)},ja=function(a){if(!a||"object"!=Da
… | (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ea(a,"constructor")&&!Ea
… | (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
… | a);return void 0===
132722 | b||Ea(a,b)},Fa=function(a,b){var c=b||("array"==Da(a)?[]:{}),d;for(d in
… | a)if(Ea(a,d)){var
… | e=a[d];"array"==Da(e)?("array"!=Da(c[d])&&(c[d]=[]),c[d]=Fa(e,c[d])):ja(e)?(ja(c[d])|
… | |(c[d]={}),c[d]=Fa(e,c[d])):c[d]=e}return c};var
… | oa=null,Ga=Math.random(),Ia=null,Ja=null,xa=!1,Ka={},La={},ya={};var
… | Ma,Na,Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Xa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,pb,
… | qb,rb,sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Nb,Ob,Pb,Qb,Rb,Sb,Tb,
… | Ub,Vb,Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,

```
132722  vc,xc,yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc
        ,Yc,Zc,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,
        Dd,Ed,Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,
        be,ce,de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,
132723  De,Ee,Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe;
132724  (function(){var a=function(a){return{toString:function(){return
        a}}};Ma=a("");Na=a("0");Oa="";Pa=a("");Qa=a("");Ra=a("");Sa=a("");Ta=a("");Ua=a("");
        Va=a("");Xa=a("");Ya=a("3");Za=a("4");$a=a("");ab=a("");bb=a("");
132725  cb=a("");db=a("");eb=a("");fb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a(
        "");nb=a("");pb=a("");qb=a("");rb=a("");
132726  sb=a("");tb=a("");ub=a("5");vb=a("");wb=a("");xb=a("");yb=a("");zb=a("6");Ab=a("");Bb
        =a("");Cb=a("");Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");
132727  Lb=a("");Nb=a("");Ob=a("");Pb=a("");Qb=a("7");Rb=a("8");Sb=a("9");Tb=a("");Ub=a("10")
        ;Vb=a("");Wb=a("");Xb=a("11");Yb=a("");Zb=a("");$b=a("12");ac=a("");bc=a("");
132728  cc=a("");dc=a("");ec=a("");fc=a("13");gc=a("");hc=a("14");ic=a("");jc=a("");kc=a("");
        lc=a("");mc=a("");nc=a("");oc=a("15");qc=a("");rc=a("");
132729  sc=a("16");tc=a("17");uc=a("18");vc=a("");xc=a("");yc=a("");zc=a("");Ac=a("");Bc=a("
        19");Cc=a("");Dc=a("");Ec=a("20");Fc=a("");Gc=a("37");Hc=a("38");Ic=a("");Jc=a("");
132730  Kc=a("21");T=a("22");Lc=a("");Mc=a("");Nc=a("");Oc=a("21");Pc=a("23");Qc=a("");Rc=a("")
        ;Sc=a("");Tc=a("");Uc=a("");Vc=a("24");Wc=a("");Xc=a("");Yc=a("");Zc=a("");$c=a("25")
        ;ad=a("");bd=a("");
132731  cd=a("");dd=a("");ed=a("");fd=a("");gd=a("");hd=a("");id=a("");jd=a("");kd=a("26");ld
        =a("");md=a("");nd=a("");qd=a("");td=a("27");ud=a("");vd=a("");wd=a("");xd=a("");yd=a
        ("");zd=a("");
132732  Ad=a("");Bd=a("");Cd=a("");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("29");Id=a("");Jd
        =a("");Kd=a("");Ld=a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("
        ");
132733  Td=a("");Ud=a("");Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a
        ("");ce=a("");de=a("");ee=a("");fe=a("");ge=a("");he=a("");
132734  ie=a("30");je=a("");ke=a("");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re
        =a("");se=a("");te=a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");
132735  ze=a("31");Ae=a("");Be=a("");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie=a(
        "32");Je=a("");Ke=a("");Le=a("");Me=a("33");Ne=a("");Oe=a("");Pe=a("");
132736  Qe=a("");Re=a("");Se=a("34");Te=a("");Ue=a("35");We=a("36");Xe=a("")})();var
        Ye=function(){},N=function(a){return"function"==typeof
        a},Ze=function(a){return"[object
        Array]"==Object.prototype.toString.call(Object(a))},$e=function(a){return"number"==Da
        (a)&&!isNaN(a)},af=function(a){return/^[0-9]+$/.test(a)},bf=function(a,b){if(Array.
        prototype.indexOf){var c=a.indexOf(b);return"number"==typeof c?c:-1}for(var
        d=0;d<a.length;d++)if(a[d]===b)return b;return-1},cf=function(a){return
        a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
        Math.round(Number(a))||0},ma=function(a){return"false"==
132737  String(a).toLowerCase()?!1:!!a},df=function(a){var b=[];if(Ze(a))for(var
        c=0;c<a.length;c++)b.push(String(a[c]));return b},M=function(){return new
        Date},ef=function(a,b){if(!$e(a)||!$e(b)||a>b)a=0;b=2147483647;return
        Math.round(Math.random()*(b-a)+a)},ff=function(){this.prefix="gtm.";this.values={}};
        ff.prototype.set=function(a,b){this.values[this.prefix+a]=b};ff.prototype.get=
        function(a){return
        this.values[this.prefix+a]};ff.prototype.contains=function(a){return void
        0!==this.get(a)};
132738  var gf=function(a,b,c){try{if(!a[ed])return
        a[Ec](a,b||Ye,c||Ye);c&&c()}catch(d){}return!1},hf=function(a,b){function
        c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
        d=cf(b).split("&"),e=0;e<d.length;e++)if(d[e]){var
        f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},jf=
        function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},kf=function(a){return
        function(){return a("GTM-KPRBWG")}},lf=function(a){for(var
        b=0;b<a.length;b++)a[b]()},mf=M().getTime,ia=function(){return"gtm"+
        mf++},ka=function(a,b,c){return
132739  a&&a.hasOwnProperty(b)?a[b]:c},nf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
        prototype[b];a.prototype[b]=c},of=function(a){return null!=a&&void 0!==a&&void
        0!==a.length},pf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
        c=a.g;a.s&&(a.s.Ga[c]=b);Ka[c]&&(Ka[c].state=b)},qf=function(a,b){a.sort(function(a,d
        ){return b(a,d)?-1:b(d,a)?1:0})};var
        H=window,R=document,tf=navigator,L=function(a,b,c){var d=H[a];H[a]=void
        0===d||c?b:d;return
        H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},uf=function(
        a){var
```

```
132739  b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
        },na=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
        .readyState
        in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
        d=R.createElement("script");d.type="text/javascript";
132740  d.async=!0;d.src=a;na(d,b);c&&(d.onerror=c);uf(d)},da=function(a,b){var
        c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
        visibility="hidden";uf(c);na(c,b);void 0!==a&&(c.src=a);return
        c},G=function(a,b,c){var d=new
        Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
        null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
        !d):a.attachEvent&&a.attachEvent("on"+b,c)},x=function(a){H.setTimeout(a,0)},qa=!1,
132741  ra=[],vf=function(a){if(!qa){var
        b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
        |"readystatechange"!=a.type||c||!b&&d){qa=!0;for(var
        e=0;e<ra.length;e++)ra[e]()}ra.push=function(){for(var
        a=0;a<arguments.length;a++)x(arguments[a]);return
        0}}},wf=0,xf=function(){if(!qa&&140>wf){wf++;try{R.documentElement.doScroll("left"),
        vf()}catch(a){H.setTimeout(xf,50)}}},Ff=function(a){var
        b=R.getElementById(a);if(b&&yf(b,"id")!=a)for(var
        c=1;c<document.all[a].length;c++)if(yf(document.all[a][c],
132742  "id")==a)return document.all[a][c];return b},yf=function(a,b){return
        a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},Gf=function(a){return
        a.target||a.srcElement||{}},va=function(a){var
        b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
        b=b.lastChild,c=[];b.firstChild;)c.push(b.removeChild(b.firstChild));return
        c},Hf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
        e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
        String(e.tagName).toLowerCase()]&&
132743  (e=null);return e},If=!1,Jf=[],Kf=function(){if(!If){If=!0;for(var
        a=0;a<Jf.length;a++)Jf[a]()}},Lf=function(a){a=a||H;var
        b=a.location.href,c=b.indexOf("#");return
        0>c?"":b.substring(c+1)},sa=function(a){window.console&&window.console.log&&window.
        console.log(a)};var Mf=function(a,b,c,d,e){var
        f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
        switch(b){case "protocol":f=g;break;case
        "host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
        h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
        "port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
        "));break;case "path":f=""/="==a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
        k=f.split("/");0<=bf(d||[],k[k.length-
132744  1])&&(k[k.length-1]="");f=k.join("/");break;case
        "query":f=a.search.replace("?","");if(e)a:{for(var
        m=f.split("&"),l=0;l<m.length;l++){var
        n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
        ")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
        0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
        f},Nf=function(a){var
        b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
        b},wa=function(a){var b=R.createElement("a");
132745  a&&(b.href=a);return b};var ca=function(a,b){var
        c=function(){};c.prototype=a.prototype;var d=new
        c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
        b=["veinteractive.com","ve-interactive.cn"];if(!a)return!1;var
        c=Mf(wa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
        e=b[d]&&b[d].toLowerCase();if(e){var
        f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
        return!0}}return!1},ga=function(a,b,c){for(var
        d={},e=!1,f=0;a&&f<a.length;f++)a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
        &(d[a[f][b]]=a[f][c],e=!0);return e?d:null};var
        aa=function(a,b,c){r(a,b,c);C=H,p=function(a,b,c){b&&(void
        0===C[a]||c&&!C[a])&&(C[a]=b);return
        C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c};var Of=new
        ff,Pf={},Rf={set:function(a,b){Qf(a,b),Pf}},get:function(a){return
        K(a,2)},reset:function(){Of=new ff;Pf={}}},K=function(a,b){if(2==b)for(var
        c=Pf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
        c}return Of.get(a)},Qf=function(a,b){for(var
        c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
```

```
132745… c};var r=new
        RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Tf={
        customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
        nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
        customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
        nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels","nonGoogleIframes:["
        nonGooglePixels"]},Uf={customPixels:["customScripts","html"],html:["customScripts"],
        customScripts:["html"],nonGooglePixels:["customScripts",
        "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleIframes:["
        customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
        Vf=function(a,b){for(var
        c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
        c},Wf=function(){var a=K("gtm.whitelist");
132747… var
        b=a&&Vf(df(a),Tf),c=K("gtm.blacklist")||K("tagTypeBlacklist")||[];Sf.test(H.location&
        &H.location.hostname&&(c=df(c),c.push("nonGooglePixels","nonGoogleScripts"));var
        d=c&&Vf(df(c),Uf),e={};return function(f){var f=g&&f[Ec];if(!g)return!0;if(void
        0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>bf(b,g.a))if(g.b&&0<g.b.length)for(var
        k=0;k<g.b.length;k++){if(0>bf(b,
132748… g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
        l;if(!(l=0<=bf(d,g.a)))a:{for(var n=g.b||[],q=new
        ff,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
        break a}l=!1}m=1}return e[g.a]=!h||m}};var _c=function(a){return
        a[Se]};_c.a="c";_c.b=["google"];var rf=function(a){var b=R;return
        Xf?b.querySelectorAll(a):null};Yf=!1;if(R.querySelectorAll)try{var
        Zf=R.querySelectorAll(":root");Zf&&1==Zf.length&&Zf[0]==R.documentElement&&(Yf=!0)}
        catch(a){}var Xf=Yf;var $f=void 0,ag="",bg=0,cg=void 0,_et=function(a){var
        b,c=K("gtm.element"),d=K("event"),e=Number(M());if($f==c&&ag===d&&bg>e-250)b=cg;else
        {var f;if(c){var g=c.innerText||c.textContent||""g&&"
        "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
        \t)/g," "))}f=g}else f="";cg=f;$f=c;ag=d}bg=e;return
        b?b:a[$b]};_et.a="et";_et.b=["google"];var _eu=function(a){var
        b=String(K("gtm.elementUrl")||a[$b]||"");c=wa(b);return
        b};_eu.a="eu";_eu.b=["google"];var _eu=function(a){return
        Ja};_e.a="e";_e.b=["google"];var
        dg=/(^|\.)doubleclick\.net$/i,eg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,fg=function
        (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
        e=b[d].split("=");f=cf(e[0]);if(f&&f==a){var
        g=cf(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
        c},gg=function(a,b,c,d,e){if(dg.test(R.location.hostname)||"/"==c&&eg.test(d))return!
        1;var f=a+"="+b+"; ";c&&(f+="path="+c+" ");d&&(f+="expires="+e.toGMTString()+";
        ");d&&(f+="domain="+d+" ");var g=R.cookie;R.cookie=f;return g!=
132749… R.cookie||0<=bf(fg(a),b)},hg=function(a){if("none"==a)return
        0;0==a.indexOf(".")&&a.a=a.substr(1));return a.split(".").length},ig=function(a){var
        b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
        indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},jg=function(){
        var
        a=Mf(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]*$/.exec(a[3]))return["
        none"];for(var
        b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
        kg=function(a,b){this.f=a;this.j=b};kg.prototype.toString=function(){
        a=""+this.f;1<this.j&&(a=a+"-"+this.j);return a};var
        lg=function(a,b){this.Ea=a;this.ea=b};lg.prototype.toString=function(){return""+this.
        ea+"."+this.Ea};var og=function(a,b){var og=new kg(null,a,b);ng(c);return
        c},mg=function(a,b,c){this.Na=Math.floor(M().getTime()/864E5);this.da=b||"auto";this.
        W=c||"/";var d=hg(this.da,a=ig(this.W);this.D=a||new kg(d,e);this.h=[];this.B=new
        ff},qg=function(a,b,c){b&&(""==c||E.Ea?pg(a,b):(a.B.contains(b)||a.h.push(b),a.B.set(b,c
        )))},rg=function(a,b){for(var
        c=0;c<b.length;c++)a[b][c][0],b[c][1])},pg=function(a,b){var
        c=bf(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(b,void 0)},sg=function(a){for(var
        b=[],c=0;c<a.h.length;c++){var
132750… a.h[c];b.push([d,a.B.get(d)])}return b},tg=function(a){for(var
        b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
        864E5*b};mg.prototype.toString=function(){if(0==this.h.length)return"";for(var
        a=[],b=0;b<this.h.length;b++){
        c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
        +"."+a.join("!")};
132751… var ug=function(a,b){for(var c=new Date,d=ig(a.W),e=[],f=0;f<a.h.length;f++){var
```

```
132751   g=a[nf],a=B.get(g).ea=a.Name,push(g);for(g,f=0;f<e.length;f++)g[a,e[f]];if(a.h.
         length>(b||10))return!1;c.setTime(to(a));if("auto"!=a.da)return
         gg("_gaexp",a.toString(),a.W,a.da,c);for(var
         h=g[],k=0;k<h.length;k++)if("none"!=h[k]&&a.D=new
         kg(hg(h[k]),d),gg("_gaexp",a.toString(),a.W,h[k],c))return!0;return!1},ng=function(a
         ){for(var b=a.D.f,c=a.D.j,d=fg("_gaexp"),e=[],f=0;f<d.length;f++){var
         g=vg(a,d[f]);g&&e.push(g)}qf(e,
132752   function(a,d){var e=a.D,f=d.D;return
         e.f==f.f&&e.j==f.j?!1:e.f==b&&f.j==c?!0:f.f==b&&f.j==c?!1:e.f==b?f.f!=b||e.j<f.j:f.f=
         =b?!1:e.j==c?f.f!=b&&(f.j=c||e.f<f.f):f.j==c?!0:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
         .length?e[0].D:new
         kg(b,c);for(f=e.length-1;0<=f;f--)rg(a,sg(e[f]))},vg=function(a,b){var
         c=b.match(/GAX1\.(.[^.]+)\.(.*)/);if(c){var d;a:{var
         e=(c[1]||"").split("-");if(!(0==e.length||2<e.length)){var
         f=cf(e[0]);if(0!=f.length){var g2==e.length?cf(e[1]):"1";if(af(f)&&af(g)){d=new
         kg(O(f),O(g));
132753   break a}}}d=void 0}if(d){for(var h=new
         mg(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
         l=k[m].split(".");if(3==l.length){if(!af(l[1]))return;qg(h,l[0],new
         lg(l[2],O(l[1])))}}return h}}};var _j=function(a){for(var
         b=String(a[kd]).split("."),c=H,d=0;d<b.length;d++)c=c&&c[b[d]];return
         c};_j.a="j";_j.b=["google"];var _v=function(a){var
         b=K(a[kd].replace(/\\\./g,"."),a[Sb]);return void
         0!==b?b:a[$b]};_v.a="v";_v.b=["google"];var _r=function(a){return
         ef(a[id],a[gd])};_r.a="r";_r.b=["google"];var _f=function(a){var
         b=String(K("gtm.referrer")||R.referrer);if(!b)return b;var c=wa(b);return
         b};_f.a="f";_f.b=["google"];var fa=function(a){var
         b=H.location,c;(c=a[Pb]?a[Pb]:K("gtm.url"))&&(b=wa(String(c)));var
         d=b.href,e=d.indexOf("#"),f=0>e?d:d.substr(0,e);a[zb]&&(f=Mf(b,a[zb],a[ce],a[Zb],a[Qd
         ]));return f},_u=fa;_u.a="u";_u.b=["google"];var _cn=function(a){return
         0<=String(a[Ya]).indexOf(String(a[Za]))};_cn.a="cn";_cn.b=["google"];var
         _eq=function(a){return String(a[Ya])==String(a[Za])};_eq.a="eq";_eq.b=["google"];var
         _re=function(a){return(new RegExp(a[Za],a[Lc]?"i":void
         0)).test(a[Ya])};_re.a="re";_re.b=["google"];
132754   var _asp=function(a,b,c){H.adroll_adv_id=a[Rb];H.adroll_pix_id=a[Hd];
132755   H.__adroll_loaded=!0;r(Q("https://s","http://a",".adroll.com/j/roundtrip.js"),b,c)};
         _asp.a="asp";_asp.b="nonGoogleScripts"};
132756   var Fg=!1,Gg=[],Hg=function(a){var
         b=H.google_trackConversion,c=a.gtm_onFailure;N(b)?b(a)||c():c()},Ig=function(){for(;0
         <Gg.length;)Hg(Gg.shift())},_awct=function(a,b,c){var
         d={google_conversion_id:a[T],google_conversion_label:a[Vc],google_conversion_value:a[
         Se]||0,google_remarketing_only:!1,onload_callback:b,gtm_onFailure:c};a[Ob]&&(d.
         google_conversion_currency=a[Ob]);a[yd]&&(d.google_conversion_order_id=a[yd]);Gg.push
         (d);Fg||(Fg=!0,r("//www.googleadservices.com/pagead/conversion_async.js",function(){
         Ig();
132757   Gg={push:Hg}},function(){Ig()}Fg=!1})))};_awct.a="awct";_awct.b=["google"];var
         Jg=Math.random(),Kg="1.000000">Jg;var Lg=Ye;var
         Mg=Ye,Ng=[],Og=!1,Pg=function(a){return H["dataLayer"].push(a)},Qg=function(a){var
         b=!1;return function(){!b&&N(a)&&a(!0,!0);b=!0}},Rg=function(){for(var
         a=!1;!Og&&0<Ng.length;){Og=!0;var b=Ng.shift();if(N(b))try{b.call(Rf)}catch(ta){}else
         if(Ze(b)}a:{var c=b;if("string"==Da(c[0])){for(var
         d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Pf,h=0;h<d.length;h++){if(void
         0===g[d[h]])break a;g=g[d[h]]}try{g[e].apply(g,f)}catch(ta){}}}else{var k=b,m=void
         0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
132758   n=k[m];Of.set(l,n);Fa(Qf(l,n),Pf)}var q=!1,t=k.event,v=void
         0;if(t){v=mf++;Ja=t;if(!k["gtm.uniqueEventId"])var
         w=v;Of.set("gtm.uniqueEventId",w);Fa(Qf("gtm.uniqueEventId",w),Pf)}var
         A=Qg(k.eventCallback),E=k.eventTimeout;E&&H.setTimeout(A,Number(E));q=Mg(v,t,A,k.
         eventReporter)}Ia||(Ia=k["gtm.start"])&&Lg();var F=k,D=v,y=t,I=Pf;if(!q)var B=v,J=t;
132759   }Ja=null;a=q||a}var S=b,P=Pf;Vg();Og=!1}return!a},Xg=function(){var a=Wg();try{var
         b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-KPRBWG"]&&b.end){b["GTM-KPRBWG"]=!1;var
         c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
132760   b.end=null)}}catch(e){}return a};var
         Yg,Zg,$g,ah=/(Firefox\D28\D)/g.test(tf.userAgent),gh=function(a,b){return
         function(c){c=c||H.event;var
         d=Gf(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a){"LINK_CLICK"==a&&(d=Hf(d,["a","area"]),
         e=!d||!d.href||bh(d.href)||2===c.which||null==c.which&&4===c.button||c.ctrlKey||c.
         shiftKey||c.altKey||!0===c.metaKey);var
```

```
132760  f="POST_SUBMIT"==a?$g:zg;if(c.defaultPrevented||!1==c.returnValue?c.sa&&c.sa()){if(
        d){var
        g={simulateDefault:!1},h=ch(f,["wnc","nwnc"]);h&&dh(a,d,g,f.wt,h)}}else{if(d){var
        g={},k,m=ch(f,
132761  ["wnc","nwnc","nwc","wc"]);(k=dh(a,d,g,f.wt,m))||(eh(g.eventReport,f)?b=!0:e=!0);e=e|
        |k||"LINK_CLICK"==a&&ah;g.simulateDefault:!k&&b&&!e;g.simulateDefault&&(e=fh(d,g)||e,
        !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
        c.returnValue}return!0}}},dh=function(a,b,c,d,e){var
        f=d||2E3,g={"gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
        ||yf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
        "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
132762  "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=hh(b,c);g
        .eventReporter=function(a){c.eventReport=a};break;case
        "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=ih
        (b);g.eventTimeout=f;g.eventCallback=jh(b,c);g.eventReporter=function(a){c.
        eventReport=a};break;case
        "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
        formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
        default:return!0}return Pg(g)},
132763  ih=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
        b},kh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
        "a":case "area":case "form":b="_self"}return b},fh=function(a,b){var
        c=!1,d=/(iPad|iPhone|iPod)/g.test(tf.userAgent),e=kh(a).toLowerCase();switch(e){case
        "":case "_self":case "_parent":case "_top":var
        f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
        "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindow=H.open("",
132764  "gtm_autoEvent_"+M().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
        default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindowName
        =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},hh=function(a,b,c){return
        function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
        c||M().getTime(),500>M().getTime()-c&&H.setTimeout(hh(a,b,c),25))}}},jh=function(a,b,
        c){return function(){if(b.simulateDefault)if(b.targetWindow){var
        d;b.targetWindowName&&
132765  (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;lh(a).call(a);b.
        targetWindowName&&(a.target=d)}else
        c=c||M().getTime(),500>M().getTime()-c&&H.setTimeout(jh(a,b,c),25)}},ch=function(a,b)
        {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
        e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},mh=function(a,b,c,d,e){var
        f=e;if(!f||"0"==f){if(a.i)return!1;if(d=f=="0")return!0;f="0"}var
        g=a.wt;b&&(!g||g>d)&&(a.wt=d);a[b?c?"wc":"wnc":c?"nwc":"nwnc"][f]=!0},eh=function(a,b
        ){if(b.wc["0"])return!0;if(b.wc["0"])return!0
132766  for(var c=0;c<nh.length;c++)if(a.passingRules[c]){var
        d=nh[c],e=oh[c],f=e&&e[0]&&e[0][0]||e[1]&&e[1][0];if(f&&"0"!=f&&(b.wc[f]||b.wnc[f]))
        for(var
        g=d[1],h=0;h<g.length;h++)if(a.resolvedTags[g[h]])return!0}return!1},ph=function(a,b,
        c,d,e){var f,g,h=!1;switch(a){case
        "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
        function(a){var b=Gf(a);b&&dh("CLICK",b,{},d)};h=!0;break;case
        "LINK_CLICK":b&&Yg&&(Yg=Nf(R.location));mh(Zg,b||!1,c||!1,d,e);if(R.
        gtmHasLinkClickListenerTag)return;
132767  R.gtmHasLinkClickListenerTag=!0;f="click";g=gh(a,b||!1);break;case
        "FORM_SUBMIT":mh($g,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
        gtmHasFormSubmitListenerTag=!0;f="submit";g=gh(a,b||!1);break;default:return}U(R,f,g,
        h)},bh=function(a){if(!Yg)return!0;var
        b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=wa(a);return
        Yg==Nf(c)},lh=function(a){try{if(a.constructor&&a.constructor.prototype)return
        a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
        a.gtmReplacedFormSubmit;
132768  R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
        R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
        wg=new String("undefined"),xh=function(a){this.resolve=function(b){for(var
        c=[],d=0;d<a.length;d++)c.push(a[d]===wg?b:a[d]);return
        c.join("")}};xh.prototype.toString=function(){return
        this.resolve("undefined")};xh.prototype.valueOf=xh.prototype.toString;var
        yh={},zh=function(a,b){var c=mf++;yh[c]=[a,b];return c},Ah=function(a){var
        b=a?0:1;return function(a){var d=yh[a];if(d&&N(d[b]))d[b]();yh[a]=void 0}};var
        Bh=String.prototype.trim?function(a){return a.trim()}:function(a){return
        a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Ch=function(a,b){return a<b?-1:a>b?1:0};var
```

```
132768  Dh;za[fu(var b=za.navigator||null){for(var d=Eh.userAgent,c=Eh;fh){bn=fh;break a}}Dh=""}var
        V=function(a){return-1!=Dh.indexOf(a)};var
        Gh=V("Opera"),Hh=V("Trident")||V("MSIE"),Ih=V("Edge"),Jh;if(Jh=V("Gecko"))Jh=!(-1!=Dh
        .toLowerCase().indexOf("webkit")&&!V("Edge"));var
        Kh=Jh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Lh=-1!=Dh.toLowerCase().indexOf("webkit
        ")&&!V("Edge");Lh&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
        Mh=za.navigator||null;Mh&&(Mh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
        )||V("iPod")||V("iPad");V("iPad");V("iPod");
132769  var Nh=function(){var a=za.document;return a?a.documentMode:void 0},Oh;a:{var
        Ph="",Qh=function(){var
        a=Dh;if(Kh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Ih)return/Edge\/([\d\.]+)/.exec(a);
        if(Hh)return/\b(?:MSIE|rv)[:
        ]([^\);]+)(\)|;)/.exec(a);if(Lh)return/WebKit\/(\S+)/.exec(a);if(Gh)return/(?:Version
        )[ \/]?(\S+)/.exec(a)}();Oh&&Qh(Ph[1]:"");if(Hh){var
        Rh=Nh();if(null!=Rh&&Rh>parseFloat(Ph)){Oh=String(Rh);break a}}Oh=Ph}
132770  var Sh=Oh,Th={},Uh=function(a){var b;if(!(b=Th[a])){for(var
        c=0,d=Bh(String(Sh)).split("."),e=Bh(String(a)).split("."),f=Math.max(d.length,e.
        length),g=0;0==c&&g<f;g++){var
        h=d[g]||"",k=e[g]||"",m=RegExp("(\\d*)(\\D*)","g"),l=RegExp("(\\d*)(\\D*)","g");do{
        var
        n=m.exec(h)||["","",""],q=l.exec(k)||["","",""];if(0==n[0].length&&0==q[0].length)
        break;c=Ch(0==n[1].length?0:parseInt(n[1],10),0==q[1].length?0:parseInt(q[1],10))||Ch
        (0==n[2].length,0==q[2].length)||Ch(n[2],q[2])}while(0==c)}b=Th[a]=0<=c}return b},
132771  Vh=za.document,Wh=Vh&&Hh?Nh()||("CSS1Compat"==Vh.compatMode?parseInt(Sh,10):5):void
        0;var Xh;if(!(Xh=!Kh&&!Hh)){var
        Yh;if(Yh=Hh)Yh=9<=Number(Wh);Xh=Yh}Xh||Kh&&Uh("9");var
        Zh=function(a){Zh[" "](a);return a};Zh[" "]=function(){};var ua=function(a,b){var
        c="";Hh&&!$h(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
        var d="<!DOCTYPE html><html><head><script>var
        inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ai)a.srcdoc=d;else
        if(bi){var
        e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
        ci(a,d)},ai=Lh&&"srcdoc"in
        document.createElement("iframe"),bi=Kh||Lh||Hh&&Uh(11),ci=function(a,b){Hh&&Uh(7)&&!
        Uh(10)&&6>di(a)&&ei(b)&&(b=fi(b));var c=function(){a.contentWindow.goog_content=
132772  b;a.contentWindow.location.replace("javascript:window.goog_content")};Hh&&$h(a)?gi(a
        ,c):c()},di=function(){var
        a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
        a?parseFloat(a[1]):0},$h=function(a){try{var b;var c=a.contentWindow;try{
        d;if(d=!!c&&null!=c.location.href)b:{try{Zh(c.foo)}catch(e)}break
        b}catch(e){}d=!1}b=d}catch(e){}return
        b}catch(e){return!1}},hi=0,gi=function(a,b){
        c="goog_rendering_callback"+hi++;window[c]=b;a.src="javascript:'<script>(function()
        {document.domain = \""+
132773  document.domain+'"';var continuation = window.parent.'+c+'";window.parent."+c+" =
        null;continuation();})()\x3c/script>'"},ei=function(for(var
        b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},fi=function(a){for(var
        b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
        String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));l=b.length%2&&(d[c]=b
        .charAt(b.length-1));return d.join("")};/*
132774  Copyright (c) 2014 Derek Brans, MIT license
        https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
        simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
132775
132776  var ji=function(a,b,c,d){return function(){try{if(0<b.length){var
        e=b.shift(),f=ji(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
        gtmscript"==e.type){var
        g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
        text||e.textContent||"";e.charset&&(g.charset=e.charset);var
        h=e.getAttribute("data-gtmsrc");h&&(g.src=h,na(g,f));a.insertBefore(g,null);h||f()}
        else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
        k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
132777  a.insertBefore(e,null);ji(e,k,f,d)()}else a.insertBefore(e,null),f()}else
        c()}catch(m){x(d)}}};var li=function(a,b,c){if(R.body){var d=
132778  a[Kc];d instanceof xh&&(d=d.resolve(zh(b,c)),b=Ye);if(a[Ne])try{ua(da(),"<script>var
        google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),x(b)}catch(e){x(c)}else
        a[Pe]?ki(d,b,c):ji(R.body,va(d),b,c)()}else
        H.setTimeout(function(){li(a,b,c)},200)},_html=li;_html.a="html";_html.b=["
```

```
132778  customScripts")]
132779  var xi=function(a,b,c,d){var e=b+": "+c+(d?"
        !important":""),f=document;if(f.createStyleSheet){var
        g=ui(f),h=g.rules.length;g.addRule(a,e);return
        function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
        k=vi(a+"{"+e+"}",f);wi(k,f);var m=k.parentNode;return
        function(){m.removeChild(k)}},yi=null,ui=function(a){if(yi)return yi;for(var
        b=a.styleSheets.length-1;0<=b;b--){var
        c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
        return yi=c}0==a.styleSheets.length&&
132780  a.createStyleSheet();return yi=a.styleSheets[0]},vi=function(a,b){var
        c=(b||document).createElement("style");void
        0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},wi=function(a,b){var
        c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
        body.parentNode.insertBefore(d,c.body))d.appendChild(a)};var Fi={},Gi=void
        0,Hi=function(a){var b=Fi[a];b||(b={id:a,u:[],T:0,Ha:null,ya:void
        0,Ca:!1},Fi[a]=b);Gi=b},Ji=function(a,b,c,d){var e=Gi;if(!Xf||!!e)return!1;var
        f={id:e.id#":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
        null===a?(f.S=!0,b(null)):Ii(e);return!0},Ki=function(a){var
        b=xi(a,"visibility","hidden",!0);return
        function(){N(b)&&b.apply();b=null}},Li=function(a,b,c,d){var e=b;if(!qa){var
        f=Ki(a.w);ra.push(f);e=function(){var d=b(a,c);f();return d}}return Ji(a,e,
132781  c,d)},Ii=function(a){if(!a.Ca){for(var b=a.T;b<a.u.length;b++){var
        c=a.u[b],d=b==a.T;if(!c.S&&!Mi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
        .setTimeout(function(){a.Ha=null;Ii(a)},80)),qa||a.ya||(a.ya=function(){x(function(){
        Ii(a)})},U(H,"DOMContentLoaded",a.ya))):a.N=a(a)}},Ni=function(a){for(var
        b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
        d=rf(c.F.w)||[],e=0;e<d.length;e++){var
        f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Oi(f,c.id),c.R.push(
        Pi(f,c.id)))}}},Mi=
132782  function(a,b){var c=[];if(b.F){var
        d=Qi(b.F,b.id),e=null;b.na&&(e=Qi(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
        g=d[f],h;if(null!=e&&(h=e.length>f?e[f]:null,!h&&!qa&&(null===b.na.o||b.Ma+c.length<b
        .na.o)))break;c.push({element:g,Lb:h})}}if(!qa&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
        .length))return!1;for(var k=0;k<c.length;k++){var
        m=c[k].element,l=c[k].Lb,n=b.qa++;Oi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Oi(l,n));var
        q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Pi(m,b.id));l&&n&&b.R.push(Pi(l,n))}if(b.F.o&&
        b.F.o==b.qa||qa)b.S=!0;return!0},Oi=function(a,b){a.gtmProgressiveApplied||(a.
132783  gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Pi=function(a,b){return
        function(){a.gtmProgressiveApplied&&delete
        a.gtmProgressiveApplied[b]}},Qi=function(a,b){for(var
        c=rf(a.w)||[],d=[],e=0;e<c.length;e++){var
        f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ri(f))break
        ;d.push(f)}}return
        d},Ri=function(a){if(qa)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
        return!1};var _cl=function(a,b){ph("CLICK");x(b)};_cl.a="cl";_cl.b=["google"];var
        Ui,Vi;var ej=function(a){return function(){}},fj=function(a){return function(){}};
132784  var kj=function(a,b){return function(){jj(a);var
        c=$g,d=ch(c,["wnc","nwnc","nwc","wc"]);if(dh("FORM_SUBMIT",a,b,c.wt,d)||!eh(b.
        eventReport,c))b.simulateDefault=!1,R.gtmSubmitFormNow=!0,lh(a).call(a),R.
        gtmSubmitFormNow=!1;else{b.simulateDefault=!0;var
        e=kh(a).toLowerCase();switch(e){case
        "_blank":b.targetWindowName="gtm_autoEvent_"+M().getTime(),b.targetWindow=H.open("",b
        .targetWindowName);case "":b.targetWindow=H.frames.self;break;case "_parent":case
        "_self":case "_top":b.targetWindow=H.frames[e.substring(1)];
132785  break;default:H.frames[e]||(b.targetWindowName=e),b.targetWindow=H.frames[e]||H.open(
        "",e)}}}},lj=function(a){return
        a.action&&a.action.tagName?a.attributes.action.value:a.action},mj=function(a,b){a.
        action&&a.action.tagName?a.attributes.action.value=b:a.action=b},nj=function(a,b){var
        b=function(b){b=b||H.event;if(a){var d=a(b);!1===d&&(b.returnValue=!1);return
        d}return!0};b.gtmOnsubmitWrapper=!0;return
        b},pj=function(a){(R.gtmForceFormWrappers||ah)&&a&&a.onsubmit&&!a.onsubmit.
        gtmOnsubmitWrapper&&(a.onsubmit=
132786  nj(a.onsubmit)))},qj=function(){return function(){var a="undefined"==typeof
        HTMLFormElement;if(R.gtmSubmitFormNow){R.gtmSubmitFormNow=!1;var
        b=this.gtmCachedSubmitElement;if(b)try{for(var
        c=b.id,d=b.name,e=0;e<this.elements.length;e++)"submit"==this.elements[e].type&&(this
        .elements[e].id||this.elements[e].name)&&(c&&c==this.elements[e].id&&(this.elements[e
```

```
132786  ].gtmStand(this.elements[e],e);this.elements[e].id=gtm_sub_"+this.elements[e].id),d&
        &d==this.elements[e].name&&(this.elements[e].gtmOldName=this.elements[e].name,
        this.elements[e].name="gtm_sub_"+this.elements[e].name));var
132787  f=R.createElement("input");f.type="hidden";f.value=yf(b,"value");c&&(f.id=c);d&&(f.
        name=d);this.gtmTempHiddenSubmit=f;this.appendChild(f)}catch(l){}a?this.
        gtmOldFormSubmit.call?this.gtmOldFormSubmit.call(this):this.gtmOldFormSubmit():
        HTMLFormElement.prototype.gtmOldFormSubmit.call(this);if(this.gtmCachedSubmitElement)
        {try{this.gtmTempHiddenSubmit&&(this.removeChild(this.gtmTempHiddenSubmit),this.
        gtmTempHiddenSubmit=void 0);for(var g=0;g<
132788  this.elements.length;g++)this.elements[g].gtmOldId&&(this.elements[g].id=this.
        elements[g].gtmOldId,this.elements[g].gtmOldId=void
        0),this.elements[g].gtmOldName&&(this.elements[g].name=this.elements[g].gtmOldName,
        this.elements[g].gtmOldName=void 0)}catch(l){}this.gtmCachedSubmitElement=void
        0}}else{jj(this);this.gtmCachedSubmitElement=void 0}var
        h={},k=$g,m=dh("FORM_SUBMIT",this,h,k.wt,"")||!eh(h.eventReport,k)?!0:fh(this,h);h.
        simulateDefault=!m;m&&(R.gtmSubmitFormNow=!1,a?this.gtmOldFormSubmit.call?
132789  this.gtmOldFormSubmit.call(this):this.gtmOldFormSubmit():HTMLFormElement.prototype.
        gtmOldFormSubmit.call(this))}}},rj=function(){R.gtmHasSubmitInputListener||(R.
        gtmHasSubmitInputListener=!0,U(R,"click",function(a){var
        b,c=Gf(a);if((c=Hf(c,["button","input"])||c)&&("submit"==c.type||"image"==c.type)){
        var
        d=c.name&&yf(c,"value");if(b=Hf(c,["form"]))d&&(b.gtmCachedSubmitElement=c),pj(b);
        else
        if(c.form)if(c.form.tagName&&"form"==String(c.form.tagName).toLowerCase())d&&(c.form.
        gtmCachedSubmitElement=c),
132790  pj(c.form);else for(var
        e=Ze(c.form)?c.form:[c.form],f=0;f<e.length;f++)if(b=Ff(e[f]))d&&(b.
        gtmCachedSubmitElement=c),pj(b))return!0},!1))},jj=function(a){var
        b=a||R.gtmFormActionSwapped=void
        0;if(b.gtmJSFormActionSet){var
        c="",d=lj(b);d&&0==d.indexOf("javascript:document.gtmFormActionFunction();//")&&(c=d.
        substring(46));mj(b,c||b.gtmOldAction);b.gtmJSFormActionSet=void
        0}b.gtmOldTarget&&(b.target=b.gtmOldTarget);b.gtmOldAction=void 0;b.gtmOldTarget=void
        0}},_fsl=function(a,
132791  b){var c=a[Ve],d=a[ub],e=O(a[We]);0>=e&&(e=2E3);var
        f=ka(a,Ie,""),g=qj(),h="undefined"==typeof
        HTMLFormElement;h||HTMLFormElement.prototype.gtmOldFormSubmit||(HTMLFormElement.
        prototype.gtmOldFormSubmit=HTMLFormElement.prototype.submit,HTMLFormElement.prototype
        .submit=g);!c&&R.addEventListener||rj()||R.addEventListener||(R.
        gtmHasFormSubmitListenerTag=!0);ph("FORM_SUBMIT",c,d,e,String(f));if(!R.
        addEventListener)if(!R.gtmActionTargetCleanup){R.gtmActionTargetCleanup=!0;var
        k=function(){jj()};U(R,"click",
132792  k,!1)}U(R,"keydown",k,!1)}var m=function(a){a=a||window.event;var
        b=Gf(a),c={},d=$g;if(a.defaultPrevented||!1===a.returnValue||a.sa&&a.sa())){var
        e=ch(d,["wnc","nwnc"]);e&&(c.simulateDefault=!1,dh("FORM_SUBMIT",b,c,d.wt,e))}else
        b!==R.gtmFormActionSwapped&&(R.gtmFormActionSwapped=b,R.gtmFormActionFunction=kj(b,c)
        ,b.gtmOldAction=lj(b),b.gtmOldTarget=b.target,mj(b,"javascript:document.
        gtmFormActionFunction();//"+b.gtmOldAction),b.target="",b.gtmJSFormActionSet=!0)};R.
        gtmForceFormWrappers=!0;for(var l=
132793  R.getElementsByTagName("form"),n=0;n<l.length;n++)if(!l[n].
        gtmFormSubmitListenerAttached&&(l[n].gtmFormSubmitListenerAttached=!0,U(l[n],"submit"
        ,m,!1),h&&!l[n].gtmOldFormSubmit)){l[n].gtmOldFormSubmit=lh(l[n])};try{l[n].submit=g}
        catch(q){}l[n].gtmReplacedFormSubmit=g}x(b)};_fsl.a="fsl";_fsl.b=[];var
        Ij=function(a){var
        b=H||!za,c=b.onerror,d=!1;Lh&&!Uh("535.3")&&(d=!d);b.onerror=function(b,f,g,h,k){c&&c(
        b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
132794  var Jj=function(a){var b=function(b){b=b||H.event;var
        d=a.call(this,b);b.returnValue=!1!==d&&(b.returnValue||void 0===b.returnValue);return
        d};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
        c=ka(a,Ve,!0),d=ka(a,ub,!0),e=O(a[We]);0>=e&&(e=2E3);var
        f=ka(a,Ie,"");ph("LINK_CLICK",!1,c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
        gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
        b=Gf(a);b;)b.onclick&&!b.onclick.gtmOnclickWrapper&&(b.onclick=Jj(b.onclick)),
132795  b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a
        .keyCode&&g(a)},!1)}x(b)};_lcl.a="lcl";_lcl.b=[];var ek=166,fk=[],gk=[],hk=[],ik=new
        ff,jk=[],Y=[],nh=[],oh=[],kk=function(){this.I=[]};kk.prototype.set=function(a,b){
        this.I.push([a,b]);return this};kk.prototype.resolve=function(a,b){for(var
        c={},d=0;d<this.I.length;d++){var
```

```
132795  e=lk(this.i[d][0],a,b),f=lk(this.i[d][1],a,b),c[e]=f;return c},var
     mk=function(a){this.index=a};mk.prototype.resolve=function(a,b){var
     c=hk[this.index];if(c&&!b(c)){var
     d=c[Pc];if(a){if(a.get(d))return;a.set(d,!0)}c=lk(c,a,b);a&&a.set(d,!1);return
     gf(c)}};
132796  var _M=function(a){return new
     mk(a)},nk=function(a){this.resolve=function(b,c){for(var
     d=[],e=!1,f=0;f<a.length;f++){var g=lk(fk(a[f]),b,c);g===wg&&(e=!0);d.push(g)}return
     e?new xh(d):d.join("")}},_T=function(a){return new
     nk(arguments)},ok=function(a){function b(b){for(var
     d=1;d<a.length;d++)if(a[d]==b)return!0;return!1}this.resolve=
132797  function(c,d){var e=lk(a[0],c,d);if(a[0]instanceof mk&&b(8)&&b(16)){if(e===wg)return
     e;var
     f=ia();ik.set(f,e);return'google_tag_manager["GTM-KPRBWG"].macro(\''+f+'")'}for(var
     e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
     ok(arguments)},pk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
     pk(a,b)},qk=function(a,b){return lk(a,new ff,b)},lk=function(a,b,c){var d=a;if(a
     instanceof mk||a instanceof kk||a instanceof nk||a instanceof ok)return a.resolve(b,
     c);if(!(a instanceof pk)){if(Ze(a))for(var
132798  d=[],e=0;e<a.length;e++)d[e]=lk(a[e],b,c);else if(a&&"object"==typeof a){var
     d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=lk(a[f],b,c))}return
     d},rk=function(a,b){var c=b[a],d=c;if(c instanceof mk||c instanceof ok||c instanceof
     nk||c instanceof pk)d=c;else if(Ze(c))for(var
     d=[],e=0;e<c.length;e++)d[e]=rk(c,b);else if(c&&"object"==typeof c){var d=new
     kk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],rk(c[f],b))}return
     d},tk=function(a,b){for(var c=b?b.split(","):
132799  [],d=0;d<c.length;d++){var
     e=c[d]=c[d].split(":");0==a&&(e[1]=fk(e[1]));if(1==a)for(var
     f=sk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
     h=gk[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=sk(e[g]);3==a&&(c[d]=fk(e[0]));
     if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
     k=0;k<e[g].length;k++)e[g][k]=fk(e[g][k])}else e[g]=[];5==a&&(c[d]=e[0])}return
     c},sk=function(a){var b=[];if(!a)return b;for(var
     c=0,d=0;d<a.length&&c<ek;c+=6,d++){var e=a&a.charCodeAt(d)||65;if(65!=e){var
     f;f=65<e&&90>=
132800  e?e-65:97<=e&&122>=e?e-97+26:95==e?63:48<=e?e-48+52:62;1&f&&b.push(c);2&f&&b.push(c+1
     );4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4);32&f&&b.push(c+5)}}return
     b},uk=function(a,b,c){a.push.apply(a,tk(b,c))};
132801  var
     Sg=function(){},Ck=function(a){},Vg=function(){},Dk=function(a){},Ek=function(a,b){},
     Fk=function(a){},Tg=function(a){};var Gk=function(a){var
     b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
     .s&&b.s.event){var c=b.s.event,d=b.g;}b.complete||lf(b.la);pf(b,1);if(La[a])for(var
     e=0;e<La[a].length;e++)La[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
     c=b.s.event,d=b.g;}b.complete||
132802  lf(b.fa);pf(b,2);if(La[a])for(var
     e=0;e<La[a].length;e++)La[a].shift().N()};this.A=Ye},Hk=function(a,b){a.la.push(b)},
     Ik=function(a,b){a.fa.push(b)},Jk=function(a){this.J=[];this.Fa=[];this.Oa={};this.wa
     =[];this.U=0;this.Ta={};this.Wa={};this.Ga={};this.event=a};Jk.prototype.addListener=
     function(a){this.wa.push(a)};
132803  var Kk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
     0==e&&(e=[]);void
     0==f&&(f=[]);d=Ze(d)?d.slice():["or",d];e=Ze(e)?e.slice():[e];f=Ze(f)?f.slice():[f];a
     .Oa[c]=b;a.Ta[b]=0<e.length;a.Wa[b]=0<e.length;a.U++;var
     g=function(){0<a.U&&a.U--;0<a.U||lf(a.wa)};Hk(c,g);Ik(c,g)}},Lk=function(a,b,c){a.J[b
     ]&&(Hk(a.J[b],function(){c(b,!0)}),Ik(a.J[b],function(){c(b,!1)}))},Mk=function(a,b){
     var c=1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
     pk&&a[g].v===
132804  a||a[g]===d){f=g;break
     a}f=-1}c||0>f||("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
     splice(f,1),1==a.length&&(c=!0,b())):c=!0)}},Qk=function(a,b){var
     c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Nk(h,b,a);if(f=g){var
     k=Ok(b,!0);0<k.length&&(k[0].v);c.push(f);var l=Ok(b,!1);0<l.length&&(l[0].v))else
     d=
132805  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
     g=c[f],h=Ok(g.g,!0);if(0<h.length){var
     k=c[f-1],m=Pk(g);Hk(k,m),0==h[0].ma&&Ik(k,m)}var
     l=Ok(g.g,!1);0<l.length&&(m=Pk(c[f+1]),Hk(g,m),0==l[0].ma&&Ik(g,m))}a.Fa.push(c)}},Ok
```

```
132805  =function(a,b){var c=b>>>0;b.qe;d=T[a],e=v?id=d(c);T;d(c)};d(c);d(c);return
        Ze(e)?e:[e]},Pk=function(a){return function(){a.A()}},Sk=function(a){for(var
        b={},c=0;c<a.length;c++){var d=a[c],e=[],f=function(a){var
        b=Ok(a,!0);0<c.length&&f(b[0].v);e.push(a);var c=Ok(a,!1);0<c.length&&f(c[0].v)};
132806  f(d.g);b[d.g]=e}Rk(a,b);return b};Rk=function(a,b){for(var c=0;c<a.length;c++){var
        d=a[c],e,g;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<bf(b[e],d)){delete
        b[d];break}}};var Uk=function(a,b){return function(){a[Gc]=b.O;a[Hc]=b.N;var
        c=b.g,d=b.s&&b.s.Ga[c],e=Ka[c]&&Ka[c].state,f=d?void
        0!==d:b.Va||!b.s&&g=Ka[c]&&Ka[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
        0===e||!f&&!h||!h&&!k){pf(b,0);var m=b.s?b.s.event:void
        0;a=Tk(a,m?m.c:Wf());if(m){var l=a;Ek(m,c)}gf(a,b.O,b.N)}else
        h&&0==e||k&&0==e?La[c].push(b):h&&1==e||k&&1==e?b.O():b.N()}},Tk=function(a,b){a=qk(a
        ,b);return a},Nk=function(a,b,c){var d=new
        Gk(b);d.s=c;Hk(d,ej(a));!b&&Ek(d,fj(a));d.A=Uk(a,d);return d};var
        _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
        function(){var
        d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
        a[Vc],google_custom_params:a[Qb]||{},google_remarketing_only:!0,onload_callback:b})||
        c()):c()},c)};_sp.a="sp";_sp.b=["google"];
132807  var Yk=!1,_ua=function(a,b,c){function d(a){var
        b=[].slice.call(arguments,0);b[0]=n+b[0];H[m]().apply(window,b)}function e(b,c){void
        0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
        g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(){var
        b=function(a,b,c){if(!ja(b))return!1;for(var
        e=ka(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[hc]?c
        =K("ecommerce"):
132808  a[gc]&&(c=a[gc].ecommerce;if(!ja(c))return;c=Object(c);var
        e=ka(a[Bc],"currencyCode",c.currencyCode);void
        0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
        promoClick?"promoClick":"promoView"],"promotions")&&c.promoClick){d("ec:setAction","
        promo_click",c.promoClick.actionField);return}for(var f="detail checkout
        checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
        h=c[f[g]];if(h){b("ec:addProduct",h,"products");d("ec:setAction",f[g],
        h.actionField);break}}};var ka=function(a,b,c){var d=0;if(void 0!==a)for(var e in
        a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
        f=w[e]?ma(a[e]):a[e];"anonymizeIp"!=e||!f||(f=void 0);b[e]=f;d++}return
        d}L("GoogleAnalyticsObject",a[kd]||"ga",!1);var m=function(){return
        H.GoogleAnalyticsObject},l=L(m(),function(){var
        a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(M());var
        n="",q="";"string"!=typeof a[De]?(q=ia(),n=q+"."):""!==
132810  a[De]&&(q=a[De],n=q+".");var t=!1;var
        v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
        allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
        cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},w={allowAnchor
        :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
        javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
132811  var
        A={name:q};k(a[Bc],A,!0);l("create",a[Na],A);d("set","&gtm","GTM-KPRBWG");e("
        nonInteraction",td);
132812  var E={};k(a[Bc],E,!1)&&d("set",E);
        F;a[$c]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Ic
        ]))a[Ic]();else{var
        c=a[Bc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[ze])[a[pc]&&(d("require","ec","ec.js"
        ),h());var
        D={hitType:"event",eventCategory:String(a[tc]),eventAction:String(a[sc]),eventLabel:f
        (String,a[uc]),eventValue:f(O,a[vc])};k(F,D,!1);d("send",D)}else
        if(a[Ce]){}else if(a[Be]){}else if(a[Yb]){}else if(a[Wb]){}else
        if(a[ye]){}else{a[pc]&&(d("require","ec","ec.js"),h());if(a[fc]&&!a[rc]){var
        P="_dc_gtm_"+String(a[Na]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures
        ",void 0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview")};if(!Yk){var
        W=a[Ub]?"u/analytics_debug.js":"analytics.js";a[Qc]&&!a[Ub]&&(W="internal/"+W);
132813  Yk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H[m]().
        loaded||c()},c)}};_ua.a="ua";_ua.b=["google"];var Zk,$k;var il=!1;var
        jl=function(){var a=[];return function(a,b){for(var c,d=0;void 0===a[b]){var
        d=jk[b]&&qk(jk[b],c),e=d;if(d)if(d(d[Xa]&&Ze(d[Za]))for(var
        f=d[Za],e=!1,g=0;!e&&g<f.length;g++)d[Za]=f[g],e=gf(d);else e=gf(d);a[b]=[e,d]}return
        a[b]}},Bk=function(a,b){for(var
        c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
```

Page 4171

```
132813  e=b[2],c=b.c.length;c++)if(k=W[e[c]])for(e=0;e<c.length;e++)return!0}return!1},ki=!1,Mg=function(a,
        b,c,d){switch(b){case "gtm.js":if(kl)return!1;kl=!0;break;case
        "gtm.sync":if(K("gtm.snippet")!=Ga)return!1}K("tagTypeBlacklist");
        for(var
132814  e={id:a,name:b,ba:c||Ye,aa:sk(),ka:sk(),M:jl(),c:Wf()},f=[],g=0;g<nh.length;g++)if(Bk
        (e,nh[g]))[f[g]=!0;for(var
        h=e,k=nh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
        n=k[3],l=0;l<n.length;l++)h.ka[n[l]]=!0}else f[g]=!1;Ek(e);var t=[];for(var
        v=0;v<ek;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v]))else{t[v]=Y[v];}e.P=t;for(var w=new
        Jk(e),A=0;A<ek;A++)if(e.aa[A]&&!e.ka[A])if(e.c(Y[A]))else{var
        E=e.P[A],F=Nk(E,A,w);Kk(w,A,F,E[ac],E[$d],E[qe]);if(E[Ma])break}w.addListener(e.ba);
        for(var D=[],
132815  y=0;y<w.J.length;y++){var I=w.J[y];if(I){var
        z=w.Oa[y],B=w.Ta[y],J=w.Wa[y];if(0!=z.length||B||J){if(0<z.length)for(var
        S=Mk(z,I.A),P=0;P<z.length;P++)z[P]instanceof
        pk&&z[P].v!=y&&Lk(w,z[P].v,S);(B||J)&&Qk(w,y)}else
        D.push(y)}}for(y=0;y<D.length;y++)w.J[D[y]].A();for(y=0;y<w.Fa.length;y++){for(var
        ta=w.Fa[y],W=ta,ha=[],ea=0;ea<W.length;ea++){var
        ob=W[ea],mb=ob.g,Mb=ka[mb],mb=W.firingOption;0!=rd&&(1==rd&&void
        0!==ob.s.Ga[mb]||2==rd&&void 0!==Mb.state)&&ha.push(ob)}var sd=Sk(ha),wc=void
        0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var zf=
132816  void 0,oj=void 0,od=sd[wc],xl=od[0],yj=od[od.length-1],wj,Ha=0;Ha<W.length;Ha++){var
        pd=W[Ha];!zf&&pd.g==xl&&0<Ha&&(zf=W[Ha-1]);pd.g==vj&&Ha<W.length-1&&(oj=W[Ha+1]);if(-
        1<bf(od,pd.g))if(wj=W.splice(Ha,1)[0],pd.g==vj)break;else Ha--}if(wj){var
        xj=Number(wc),la=zf,Af=oj;if(la){var
        yl=la.la[0],zl=la.fa[0],yj=la;yj.la=[];yj.fa=[];Hk(la,yl);Ik(la,zl)}if(la&&Af){var
        Bf=Pk(Af);Hk(la,Bf);var
        Cf=Ok(la.g,!1);0<Cf.length&&Cf[0].v!=xj&&0==Cf[0].ma&&Ik(la,Bf);var
        Df=Ok(Af.g,!0);0<Df.length&&Df[0].v!=xj&&0==Df[0].ma&&Df[0].ma&
132817  Ik(la,Bf)}}}0<ta.length&&ta[0].A()}0<w.U||lf(w.wa);d&&N(d)&&d({passingRules:f,
        resolvedTags:e.P});
132818  if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Bj in e.P)if(e.P.hasOwnProperty(Bj)){var
        Cj=e.P[Bj],Ef;if(!(Ef=void 0===Cj[Pc])){var Dj=Cj[Pc];Ef=!("function"!=typeof
        String.prototype.startsWith?0===Dj.indexOf("_implicit"):Dj.startsWith("_implicit"))}
        if(Ef)return!0}return!1};var ll={macro:function(a){if(ik.contains(a))return
        ik.get(a)}};ll.dataLayer=Rf;ll.onHtmlSuccess=Ah(!0);ll.onHtmlFailure=Ah(!1);ll.
        callback=function(a){ya.hasOwnProperty(a)&&N(ya[a])&&ya[a]();delete
        ya[a]};ll.jb=function(){var
        a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-KPRBWG"]||(a["GTM-KPRBWG
        "]=ll);oa=a};(function(){var a=function(a){var
        c=L("google_tag_manager",{},!1),d=c[a]||(d=c[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
        ={},d.wt=null,d.l=!1);return d};Zg=a("linkClickMap");$g=a("formSubmitMap")}})();
132819  fk.push.apply(fk,function(){for(var a=[_eq,_e,'_event',_M(0),'gtm.click','All
        Clicks','1924643_11',_ua,true,_c,'UA
        Number','UA-1824469-1',_M(1),false,'Click',_v,'element','gtm.element',_M(2),'\x26tid'
        ,'\x26ec','\x26ea','\x26ea','\x26el','\x26ni','event',{19:12,20:25,21:5,22:14,23:18,24
        :13},11,'Clicks With Element Class Info','element
        classes','gtm.elementClasses',_M(3),{19:12,20:25,21:28,22:14,23:31,24:13},12,'Clicks
        With Element ID Info','element
        id','gtm.elementId',_M(4),{19:12,20:25,21:34,22:14,23:37,24:13},13,'gtm.formSubmit',_
        _re,'_triggers','gtm.triggers','',2,_M(5),'(^$|((^|,)1924643_13($|,)))','1924643_13',
        'Form Submitted',_u,'Page Path','path',_M(6),_et,'Form
        Text',_M(7),{19:12,20:25,21:49,22:53,23:56,24:13},16,_cn,'Click
        URL','gtm.elementUrl',_M(8),'parkridgehealth.org','gtm.linkClick','(^$|((^|,)
        1924643_14($|,)))','1924643_14','Outbound
        Links',{19:12,20:25,21:67,22:62,23:53,24:13},17,_j,'document.title',_M(9),'Page not
        found','gtm.js','404
        Error','1924643_10',_f,'Referrer',_M(10),{19:12,20:25,21:75,22:53,23:79,24:8},18,'.
        pdf','(^$|((^|,)1924643_15($|,)))','1924643_15','PDF
        Download',{19:12,20:25,21:85,22:62,23:53,24:13},19,'1924643_2147479553','cookieDomain
        ','auto',{19:12,89:90},{19:12,89:90},20,_sp,'890911752','','bn3rCJPgmmQQiPjoqAM',21,_awct,'
        Moy5CKjEz2QQiPjoqAM',22,_asp,'GBSZ3NMPLJBCNKCCKMPKQX','VCFCVJ6ROVDQ3EVZ7KZTMT',23,'
        1924643_16',_cl,24,'url',_M(11),'commercial-industrial-supply.com','1924643_17',_fsl,
        '2000',25,'Page
        URL',_M(12),'.*','1924643_18',_lcl,26,'1924643_19',27,_html,'\x3cscript
        type\x3d\x22text/gtmscript\x22\x3e(function(b,c,e,g,d){var
        f,a;b[d]\x3db[d]||[];f\x3dfunction(){var
        a\x3d{ti:\x225117438\x22};a.q\x3db[d];b[d]\x3dnew
```

```
132819  UET(a);b[d]:push(\x22pageLoad\x22)}}a\x3dc.createElement(e);a.src\x3dg;a.async\x3d1;a
        .onload\x3da.onreadystatechange\x3dfunction(){var
        b\x3dthis.readyState;b\x26\x26\x22loaded\x22!\x3d\x3db\x26\x26\x22complete\x22!\x3d\
        x3db||(f(),a.onload\x3da.onreadystatechange\x3dnull)};c\x3dc.getElementsByTagName(e)[
        0];c.parentNode.insertBefore(a,c)})(window,document,\x22script\x22,\x22//bat.bing.com
        /bat.js\x22,\x22uetq\x22);\x3c/script\x3e\x3cnoscript\x3e\x3cimg
        src\x3d\x22//bat.bing.com/action/0?ti\x3d5117438\x26amp;Ver\x3d2\x22
        height\x3d\x220\x22 width\x3d\x220\x22 style\x3d\x22display:none; visibility:
        hidden;\x22\x3e\x3c/noscript\x3e',14,'\x3cscript type\x3d\x22text/gtmscript\x22
        data-gtmsrc\x3d\x22//cdn.callrail.com/companies/328183071/9dd60b43f2fa78924f80/12/
        swap.js\x22\x3e\x3c/script\x3e',15,'element target','gtm.elementTarget','element
        text',_eu,'element url','history change source','gtm.historyChangeSource','history
        new state','gtm.newHistoryState','history new url
        fragment','gtm.newUrlFragment','history old state','gtm.oldHistoryState','history old
        url fragment','gtm.oldUrlFragment','referrer','url hostname','host','url path','Click
        Text','Error Message','gtm.errorMessage','Event','Form URL','Click
        Classes',_r,'Random Number','Click Target','Form Classes','Form ID','Form
        Target','Click Element','Click ID','Form Element','Page
        Hostname'],b=[],c=0;c<a.length;c++)b[c]=rk(c,a);return
        b}());uk(gk,0,"20:0,20:1,23:2,3:3,4:4,20:7,28:8,20:9,23:10,34:11,0:12,15:13,14:13,31:
        8,2:8,17:5,16:14,20:15,23:16,26:17,18:18,27:13,10:13,1:26,25:13,13:13,30:27,17:28,23:
        29,26:30,18:31,1:32,30:33,17:34,23:35,26:36,18:37,1:38,30:39,4:40,20:41,23:42,26:43,
        12:44,9:45,3:46,4:47,17:49,20:50,23:51,6:52,16:53,20:54,23:55,18:56,1:57,30:58,20:59,
        23:60,26:61,3:62,4:63,4:64,4:65,17:67,16:62,18:53,1:68,30:69,20:70,23:71,26:71,3:72,4
        :73,4:74,17:75,20:77,23:78,18:79,27:8,1:80,30:81,4:82,4:83,17:85,1:86,30:87,33:13,19:
        91,1:11,3,1:92,13:8,30:93,20:94,22:95,7:96,24:97,30:98,20:99,24:100,34:96,30:101,20:
        102,8:103,29:104,30:105,20:107,30:108,23:109,3:110,4:111,20:113,35:8,5:8,32:48,36:114
        ,30:115,23:116,3:117,4:118,20:120,32:66,30:121,32:84,30:123,20:124,21:125,30:126,21:
        127,30:128,23:129,26:130,23:131,20:132,23:133,23:25,23:134,26:135,23:136,26:137,23:
        138,26:139,23:140,26:141,23:142,26:143,23:144,23:145,6:146,23:147,23:148,23:149,26:
        150,23:151,23:152,23:153,20:154,23:155,23:156,23:157,23:158,23:159,23:160,23:161,23:
        162,23:163");uk(hk,1,"G,AO,AAgD,AAgAw,AAgAAw,AAgAAAgH,AAAAAAAAH,AAAAAAAAw,AAgAAAAAAw,
        AAAAAAAAAAA4,AAAAAAAAAAAAw,AAAAAAAABAAAAAAAAAB,AAAAAAAABAAAAAAAAAAI,
        AAgAAAAAAAAAAAAAAAAAAw,AAAAAAAAQAAAAAAAAAAAAAAB,AAAAAAAAAAAAAAAAAAAAAAAG,
        CAAAAAAAAAAAAAAAAAAAAI,AAgAAAAAAAAAAAAAAAAAAw,AAgAAAAAAAAAAAAAAAAAAAD,
        AAgAAAAAAAAAAAAAAAAAM,AAgAAAAAAAAAAAAAAAAAAw,AAgAAAAAAAAAAAAAAAAAAD,
        AAAAAAAAAAAAQAAAAAAAAAE,AAAAAAAABAAAAAAAAAAAAAAY,AAAAAAAAFAAAAAAAAAAAAAAg,
        AAAAAAAAQAAAAAAAAAAAAAAB,AAgAAAAAAAAAAAAAAAAAAAG,CAAAAAAAAAAAAAAAAAAAAAAAI,
        AAgAAAAAAgAAAAAAAAAAAAAAQ,AAgAgAAAAAAAAAAAAAAAAAAg,AAAAAAAAAAAAAAAAAAAAAAAAD,
        AAgAAAAAAAAAAAAAAAgAAAAE,AAgAgAAAAAAAAAAAAAAAAAAI,AAgAAgAAAAAAAAAAAAAAAAAAQ,
        AAgAAAAAAAAAAAAAgAAAAg,AAgCAAAAAAAAAAAAAAAAAAAC
        ,AAgCAAAAAAAAAAAAAAAAAAAAAE,AAAAAAAABAAAAAAAAAAAAAAQAAI");uk(jk,1,"Z,JAAAAAI,
        AAAAAAQY,AAAAAAAAID,JAAAAAAAAAE,AAAAAAQIAAI,AAAAAAAAAIAAD,JAAAAAAAAAAAE,
        AAAAAAAAIBAAQ,AAAAAAQIAAAAAg,AAAAAAAAAIAAAAAG,AAAAAAQAAAAAAAAAAAw");uk(Y,1,"
        gxf8H,gxXYLH,gxXYDIH,gxHYDAAgIH,gxHYDAAAAAwH,gxHQDAAAIAAAIP,gxHYDAAAAgBAAH,
        gxBQBAAAAAAAAA4H,ABAAAAAAAAAAAA4D,ABAAAAAAAAAAAAAQ8,ABAAAAAAAAAAAAAP,
        AAAAAAAAAAAAAAAAw,AAAAAAAAAAAAAAAAA4H,AAAAAAAAAAAAAAAAwCH,AAAAAAAAAAAAAAAAAwCZ,
        ABAAAAAAAAAAAAAAAAAgD,ABAAAAAAAAAAAAAAAAAAgM");uk(nh,2,"B:H::,G:II::,w:Q:I:,AD:g::,
        QM:AB::,AC:A2Y::,AS:AAB::,Ai:AAG::");uk(oh,4,"6.6.6:,48:48:,66:,76:,84:,88.88.88.106.
        88.88:,112:,119.122:");for(var ml=0;ml<Y.length;ml++){var
        nl=Y[ml],ol=1;nl[vd]?ol=2:nl[Je]&&(ol=0);Ka[ml]={firingOption:ol,state:void
        0};La[ml]=[]}ll.jb();
132820  (function(a){})("async");
132821  (function(){var
        a=L("dataLayer",[],!1),b=L("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
        ]||{};ra.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Jf.push(
        function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
        c=a.push;a.push=function(){var
        b=[].slice.call(arguments,0);c.apply(a,b);for(Ng.push.apply(Ng,b);300<this.length;)
        this.shift();return Wg()};Ng.push.apply(Ng,a.slice(0));x(Xg)})();
132822  if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)vf();
        else{U(R,"DOMContentLoaded",vf);U(R,"readystatechange",vf);if(R.createEventObject&&R.
        documentElement.doScroll){var
        wl=!0;try{wl=!H.frameElement}catch(a){}wl&&xf()}U(H,"load",vf)}"complete"===R.
        readyState?Kf():U(H,"load",Kf);
132823  (function(a){})("async");(function(){})();var
        _vs="res_ts:1464992909604000,srv_cl:128195729,ds:live,cv:16";
132824  })()
```

```
132825  ****************************************************
132826  The following data is from parkridgehealth_org-source-20160728.txt
132827  ****************************************************
132828  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
132829  "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
132830
132831  <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en" dir="ltr">
132832
132833
132834
132835  <head>
132836  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
132837
132838    <title>parkridgehealth.org | Experience the Difference</title>
132839
132840    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
132841  <meta name="keywords" content="Park Ridge Health, North Carolina Hospital,
        Hendersonville Physicians, Pediatrics, Cardiology, Family Practice, Cancer Center,
        Internal Medicine, Hospital, Wellness Center" />
132842  <meta name="description" content="Park Ridge Health is a full service hospital in
        Hendersonville North Carolina that offers complete medical services including
        Pediatrics, Cardiology, Family practice, Cancer services and much more." />
132843  <link rel="shortcut icon" href="/sites/default/files/parkridge_favicon_0.png"
        type="image/x-icon" />
132844    <link type="text/css" rel="stylesheet" media="all"
        href="/sites/default/files/css/css_7a985c01abf4ba97ffe60629a9798062.css" />
132845  <link type="text/css" rel="stylesheet" media="print"
        href="/sites/default/files/css/css_3de19d6dc8ba14f8556649272823c649.css" />
132846  <!--[if IE]>
132847  <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/zen/zen/ie.css?7" />
132848  <![endif]-->
132849    <script type="text/javascript"
        src="/sites/default/files/js/js_9789797dabb2b4cc0781824c277ac36b.js"></script>
132850  <script type="text/javascript">
132851  <!--//--><![CDATA[//><!--
132852  jQuery.extend(Drupal.settings, { "basePath": "/", "CTools": { "pageId":
        "page-df44c9d45cd22309fbff21ec9906f727" }, "googleanalytics": { "trackOutgoing": 1,
        "trackMailto": 1, "trackDownload": 1, "trackDownloadExtensions":
        "7z|aac|avi|csv|doc|exe|flv|gif|gz|jpe?g|js|mp(3|4|e?g)|mov|pdf|phps|png|ppt|rar|sit|
        tar|torrent|txt|wma|wmv|xls|xml|zip" }, "lightbox2": { "rtl": "0", "file_path":
        "/(\\w\\w/)sites/default/files", "default_image":
        "/sites/all/modules/lightbox2/images/brokenimage.jpg", "border_size": "10",
        "font_color": "000", "box_color": "fff", "top_position": "", "overlay_opacity":
        "0.8", "overlay_color": "000", "disable_close_click": 1, "resize_sequence": "0",
        "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
        0, "disable_resize": 0, "disable_zoom": 0, "force_show_nav": 0, "loop_items": 0,
        "node_link_text": "View Image Details", "node_link_target": "_blank", "image_count":
        "Image !current of !total", "video_count": "Video !current of !total", "page_count":
        "Page !current of !total", "lite_press_x_close": "press \x3ca href=\"#\"
        onclick=\"hideLightbox(); return FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to
        close", "download_link_text": "", "enable_login": false, "enable_contact": false,
        "keys_close": "c x 27", "keys_previous": "p 37", "keys_next": "n 39", "keys_zoom":
        "z", "keys_play_pause": "32", "display_image_size": "", "image_node_sizes": "()",
        "trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
        "trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
        "trigger_lightframe_group_classes": "", "custom_class_handler": 0,
        "custom_trigger_classes": "", "disable_for_gallery_lists": true,
        "disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
        "slideshow_interval": 5000, "slideshow_automatic_start": true,
        "slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
        false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": "460",
        "iframe_height": "440", "iframe_border": 0, "enable_video": 0 } });
132853  //--><![]]>
132854  </script>
132855
132856
```

```
132857  <!--[if IE]>
132858
132859      <link rel="stylesheet" type="text/css" href="/sites/all/themes/parkridge/ie.css"
     …  />
132860
132861  <![endif]-->
132862
132863  <!--[if IE 6]>
132864
132865      <link rel="stylesheet" type="text/css" href="/sites/all/themes/parkridge/ie6.css"
     …  />
132866
132867  <![endif]-->
132868
132869
132870
132871  <!-- include Cycle plugin -->
132872
132873  <script type="text/javascript"
     …  src="/sites/all/themes/parkridge/scripts/jquery.cycle.all.2.74.js"></script>
132874
132875
132876
132877  <!--  initialize the slideshow and superfish menu when the DOM is ready -->
132878
132879  <script type="text/javascript">
132880
132881  $(document).ready(function() {
132882
132883    $('#slideshow').cycle({
132884
132885      fx:      'fade',
132886
132887      timeout: 6000,
132888
132889      speed:   1000,
132890
132891      random:  1,
132892
132893      after:   onAfter,
132894
132895      next:    '#next',
132896
132897      prev:    '#prev'
132898
132899    });
132900
132901    $('#pause').click(function() {
132902
132903      if($('#pause').hasClass('playing')) {
132904
132905        $('#slideshow').cycle('pause');
132906
132907        $('#pause').removeClass('playing');
132908
132909      }
132910
132911      else {
132912
132913        $('#slideshow').cycle('resume');
132914

132915        $('#pause').addClass('playing');
132916

132917      }
132918

132919    });
132920

132921    $('ul.parkridge-menu').superfish({
```

```
          autoArrows: false,

          dropShadows: false,

          speed: 1

  });

  //$(".view-front-testimonial").fadeIn(800);

});

function onAfter() {

  $('.slide_593').width("100%");

}

</script>

<!-- Chart Beat -->

<script type="text/javascript">var _sf_startpt=(new Date()).getTime()</script>

</head>



<!--<body class="">-->

<body class="front not-logged-in node-type-page no-sidebars"
onResize="window.location.href = window.location.href;">

<!-- Google Tag Manager -->
<noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-KPRBWG"
height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
'//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
})(window,document,'script','dataLayer','GTM-KPRBWG');</script>
<!-- End Google Tag Manager --><div id="slideshowbg">

<div id="slideshow">







<div class="slide_593" style="background: url('sites/default/files/WB0220_Share
Experience Main Web Banner.jpg') no-repeat scroll center top transparent;">


<a href="http://www.parkridgehealth.org/share

"><div class="front_slide_link"> </div></a>

</div>
```

```
132988
132989
132990
132991   <div class="slide_593" style="background:
     …   url('sites/default/files/front_banner_Savl_2015.jpg') no-repeat scroll center top
     …   transparent;">
132992
132993
132994
132995   <a href="http://www.parkridgehealth.org/southasheville"><div
     …   class="front_slide_link"> </div></a>
132996
132997   </div>
132998
132999
133000
133001
133002
133003
133004
133005
133006
133007   <div class="slide_593" style="background:
     …   url('sites/default/files/10095__Jonsson_Welcome_Banner.jpg') no-repeat scroll center
     …   top transparent;">
133008
133009
133010
133011   <a href="http://www.parkridgehealth.org/content/sven-jonsson"><div
     …   class="front_slide_link"> </div></a>
133012
133013   </div>
133014
133015
133016
133017
133018
133019
133020
133021
133022
133023   <div class="slide_593" style="background:
     …   url('sites/default/files/10918_Melvin_Welcome_Banner.jpg') no-repeat scroll center
     …   top transparent;">
133024
133025
133026
133027   <a
     …   href="http://www.parkridgehealth.org/physicians-and-services/our-services/pediatrics"
     …   ><div class="front_slide_link"> </div></a>
133028
133029   </div>
133030
133031
133032
133033
133034
133035
133036
133037
133038
133039   <div class="slide_593" style="background:
     …   url('sites/default/files/10919_Cash_Welcome_Banner.jpg') no-repeat scroll center top
     …   transparent;">
133040
133041
133042
133043   <a href="https://www.parkridgehealth.org/content/sarah-cash"><div
```

```
133043…  class="front_slide_link"> </div></a>
133044
133045  </div>
133046
133047
133048
133049
133050
133051
133052
133053
133054
133055  <div class="slide_593" style="background:
    …  url('sites/default/files/11000_DaisyAward_Banner.jpg') no-repeat scroll center top
    …  transparent;">
133056
133057
133058
133059  <a href="http://www.parkridgehealth.org/daisyaward/nominationform"><div
    …  class="front_slide_link"> </div></a>
133060
133061  </div>
133062
133063
133064
133065
133066
133067
133068
133069
133070
133071  <div class="slide_593" style="background:
    …  url('sites/default/files/11085_Web_Banner_Hussey.jpg') no-repeat scroll center top
    …  transparent;">
133072
133073
133074
133075  <a href="http://www.parkridgehealth.org/baby-place/welcome"><div
    …  class="front_slide_link"> </div></a>
133076
133077  </div>
133078
133079
133080
133081
133082
133083  </div>
133084
133085  <div id="controls"> <a href="#stay" id="next"></a> <a href="#stay" id="pause"
    …  class="playing"></a> <a href="#stay" id="prev"></a>
133086
133087  </div>
133088
133089  </div>
133090
133091
133092
133093
133094
133095      <!-- navbar container -->
133096
133097      <div id="topnavigation-container">
133098
133099          <div id="topnavigation-inner">
133100
133101                      <div id="logo"><a href="/" title="Home" rel="home">
    …  <img src="/sites/default/files/header-logo.gif" alt="Home" id="logo-image"
    …  /></a></div>
```

```
133102
133103
133104
133105                    <div id="topnav-right">
133106
133107                    <div id="topnav-right-top-container" class="clear-block">
133108
133109                    <div id="topnav-contact-btn">
133110
133111                    <a href="/experience-park-ridge/contact-us" title="Contact Us"
…  id="a-contactus">Contact Us</a>
133112
133113                    </div>
133114
133115                    <div id="topnav-right-rt">
133116
133117                    <div id="search-box">
133118
133119                    <form action="/"  accept-charset="UTF-8" method="post"
…  id="search-theme-form">
133120   <div><div id="search" class="container-inline">
133121
133122    <div class="form-item" id="edit-search-theme-form-1-wrapper">
133123    <label for="edit-search-theme-form-1">Search this site: </label>
133124    <input type="text" maxlength="128" name="search_theme_form"
…  id="edit-search-theme-form-1" size="15" value="" title="Enter the terms you wish to
…  search for." class="form-text" />
133125   </div>
133126   <input type="submit" name="op" id="edit-submit" value="Search"  class="form-submit"
…  />
133127   <input type="hidden" name="form_build_id" id="form-56b2e7f1ba78990b47eef0dae53b56ad"
…  value="form-56b2e7f1ba78990b47eef0dae53b56ad"  />
133128   <input type="hidden" name="form_id" id="edit-search-theme-form"
…  value="search_theme_form"  />
133129   </div>
133130
133131
133132   </div></form>
133133                    </div> <!-- /#search-box -->
133134
133135                    </div>
133136
133137                    </div>
133138
133139                    <div id="topnav-right-navblock">
133140
133141                    <div id="block-block-10" class="block block-block region-odd even
…  region-count-1 count-2"><div class="block-inner">
133142
133143
133144
133145
133146
133147     <div class="content">
133148
133149        <ul class="parkridge-menu">
133150   <li id="physicians">
133151           <a class="hidden" href="/physicians-and-services" title="Park Ridge
…  Physicians &amp; Services">Physicians &amp; Services</a></p>
133152   <ul id="menu-tab1">
133153   <li>
133154   <div id="menu-tab1-top">
133155   <div id="menu-tab1-inner-lc">
133156   <div id="menu-tab1-inner-lc-img">
133157                              <a
…  href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
…  &amp; Services"><img alt="Find a physician"
…  src="/sites/all/themes/parkridge/images/menu-icons/find-a-physician-120.jpg"
```

```
133157…  /><a>x>x<a/>
133158  <div id="menu-tab1-inner-lc-copy">
133159  <h3>
133160                                <a
    href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
    &amp; Services">Find a Physician</a></h3>
133161  <p>
133162                                Find a physician using our comprehensive database of
    more than 230 providers representing numerous specialties.</p>
133163  <p>                           <span class="learn-more-btn"><a
    href="http://www.parkridgehealth.org/physiciandirectory" title="Park Ridge Physicians
    &amp; Services"><img alt="learn more"
    src="/sites/default/files/nav/learn-more-btn.png" /></a> </span></div>
133164  <div id="menu-tab1-inner-lc-bottom">
133165  <h3>
133166                                Most Popular Departments</h3>
133167  <div class="menu-tab1-inner-lc-left-links">
133168                                <a
    href="/physicians-and-services/our-services/pediatrics" title="Park Ridge Physicians
    &amp; Services">Pediatrics</a> <a href="/cancer-services" title="Park Ridge
    Physicians &amp; Services">Cancer Services</a> <a href="/cardiology" title="Park
    Ridge Physicians &amp; Services">Cardiology</a><br />
133169                                <span class="all-departments-btn"><a
    href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
    Services"><img alt="all departments"
    src="/sites/default/files/nav/all-departments-btn.png" /></a></span></div>
133170  <div class="menu-tab1-inner-lc-right-links">
133171                                <a
    href="http://www.parkridgehealth.org/physician-search?name=&amp;spec=323&amp;distance
    %5Bpostal_code%5D=&amp;distance%5Bsearch_distance%5D=50&amp;distance%5Bsearch_units%
    5D=mile&amp;gender=All&amp;phy_name=" title="Park Ridge Physicians &amp;
    Services">Family Practice</a> <a href="/physicians-and-services/our-services/surgery"
    title="Park Ridge Physicians &amp; Services">Surgery Center</a> <a
    href="/physicians-and-services/our-services/ear-nose-throat-head-and-neck-surgery"
    title="Park Ridge Physicians &amp; Services">Ear Nose and Throat</a></div>
133172  </div>
133173  </div>
133174  <div id="menu-tab1-inner-rc">
133175  <div id="menu-tab1-inner-rc-img">
133176                                <a href="/physicians-and-services/our-services"
    title="Park Ridge Physicians &amp; Services"><img alt=""
    src="/sites/default/files/nav/physicians-services-ourservices.png" /></a></div>
133177  <div id="menu-tab1-inner-rc-copy">
133178  <h3>
133179                                <a href="/physicians-and-services/our-services">Our
    Services</a></h3>
133180  <p>
133181                                From our world-class Baby Place to our
    state-of-the-art Surgery Center, search a comprehensive list of services and
    offerings.</p>
133182  <p>                           <span class="learn-more-btn"><a
    href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
    Services"><img alt="learn more" src="/sites/default/files/nav/learn-more-btn.png"
    /></a> </span></div>
133183  <div id="menu-tab1-inner-rc-bottom">
133184  <h3>
133185                                Most Popular Services</h3>
133186  <div class="menu-tab1-inner-rc-left-links">
133187                                <a href="/er" title="Park Ridge Physicians &amp;
    Services">Emergency Services</a> <a
    href="/physicians-and-services/our-services/rehabilitation-services" title="Park
    Ridge Physicians &amp; Services">Rehabilitation Services</a> <a
    href="/baby-place/welcome" title="Park Ridge Physicians &amp; Services">The Baby
    Place</a><br />
133188                                <span class="all-services-btn"><a
    href="/physicians-and-services/our-services" title="Park Ridge Physicians &amp;
    Services"><img alt="all services" src="/sites/default/files/nav/all-services-btn.png"
    /></a></span></div>
```

```
133189  <div class="menu-tab1-inner-rc-right-links">
133190                          <a
        href="/physicians-and-services/our-services/wound-care" title="Park Ridge Physicians
        &amp; Services">Wound Care</a> <a
        href="/physicians-and-services/our-services/home-health-services" title="Park Ridge
        Physicians &amp; Services">Home Health</a> <a href="/behavioral-health"
        title="">Behavioral Health</a></div>
133191  </div>
133192  </div>
133193  <div class="clear">
133194                                   </div>
133195  </div>
133196  <div id="menu-tab1-bottom">
133197                           </div>
133198  </li>
133199  </ul>
133200  </li>
133201  <li id="experience">
133202          <a class="hidden" href="/experience-park-ridge" title="Experience Park
        Ridge">Experience Parkridge</a></p>
133203  <ul id="menu-tab2">
133204  <li>
133205  <div id="menu-tab2-top">
133206  <div class="parkridge-experience-cols">
133207                          <a href="/experience-park-ridge/about-us" title="About
        Us"><img alt="About Us"
        src="/sites/all/themes/parkridge/images/menu-icons/about-us.jpg" /></a></p>
133208  <div class="110square-copy">
133209  <h3
133210                          <a href="/experience-park-ridge/about-us"
        title="About Us">About Us</a></h3>
133211  <p>
133212                          Since 1910, Park Ridge Health has provided healing,
        health and hope to Western North Carolina.</p>
133213  </div>
133214  </div>
133215  <div class="parkridge-experience-cols">
133216                          <a href="/experience-park-ridge/events" title="Events"><img
        alt="Events" src="/sites/all/themes/parkridge/images/menu-icons/events.jpg"
        /></a></p>
133217  <div class="110square-copy">
133218  <h3>
133219                          <a href="/experience-park-ridge/events"
        title="Events">Events</a></h3>
133220  <p>
133221                          Search our list of upcoming events, educational
        opportunities and free health screenings.</p>
133222  </div>
133223  </div>
133224  <div class="parkridge-experience-cols">
133225                          <a href="/experience-park-ridge/our-community" title="Our
        Community"><img alt="Our Community"
        src="/sites/all/themes/parkridge/images/menu-icons/our-community.jpg" /></a></p>
133226  <div class="110square-copy">
133227  <h3>
133228                          <a href="/experience-park-ridge/our-community"
        title="Our Community">Our Community</a></h3>
133229  <p>
133230                          The beauty of the Blue Ridge Mountains sustains us.
        Find out more about the area we call home.</p>
133231  </div>
133232  </div>
133233  <div class="parkridge-experience-cols">
133234                          <a href="/foundation" title="Foundation"><img
        alt="Foundation"
        src="/sites/all/themes/parkridge/images/menu-icons/our-foundation.jpg" /></a></p>
133235  <div class="110square-copy">
133236  <h3>
```

```
133237                                         <a href="/foundation" title="Foundation">Our
    …  Foundation</a></h3>
133238  <p>
133239                                         Discover how the Park Ridge Health Foundation
    …  supports our organization and the community.</p>
133240  </div>
133241  </div>
133242  <div class="parkridge-experience-cols">
133243                                 <a href="/experience-park-ridge/news-and-media" title="News
    …  and Media"><img alt="News and Media"
    …  src="/sites/all/themes/parkridge/images/menu-icons/news-and-media.jpg" /></a></p>
133244  <div class="110square-copy">
133245  <h3>
133246                                         <a href="/experience-park-ridge/news-and-media"
    …  title="News and Media">News &amp; Media</a></h3>
133247  <p>
133248                                         Learn more about the latest Park Ridge Health news,
    …  including a special Media Portal for special downloads and information.</p>
133249  </div>
133250  </div>
133251  <div class="parkridge-experience-col-last">
133252                                 <a href="/experience-magazine" title="Experience
    …  Magazine"><img alt="Experience Magazine"
    …  src="/sites/all/themes/parkridge/images/menu-icons/magazine_issue3.jpg" /></a></p>
133253  <div class="110square-copy">
133254  <h3>
133255                                         <a href="/experience-magazine" title="Experience
    …  Magazine">Experience Magazine</a></h3>
133256  <p>
133257                                         Catch up on the latest issue of our Experience
    …  Magazine. Or sign up to get your own copy.</p>
133258  </div>
133259  </div>
133260  <div class="clear">
133261                                  </div>
133262  </div>
133263  <div id="menu-tab2-bottom">
133264                          </div>
133265  </li>
133266  </ul>
133267  </li>
133268  <li id="careers">
133269          <a class="hidden" href="/careers" title="Join Our Team">Careers</a></li>
133270  <li id="resources">
133271          <a class="hidden" href="/guest-resources" title="Guest
    …  Resources">Resources</a></p>
133272  <ul id="menu-tab4">
133273  <li>
133274  <div id="menu-tab4-top">
133275  <div class="patient-resources-cols">
133276                                 <a href="/guest-resources/driving-directions" title="Driving
    …  directions"><img alt="Driving directions"
    …  src="/sites/all/themes/parkridge/images/menu-icons/driving-directions.jpg" /></a></p>
133277  <div class="110square-copy">
133278  <h3>
133279                                         <a href="/guest-resources/driving-directions"
    …  title="Driving directions">Driving Directions</a></h3>
133280  <p>
133281                                         Need to find us? Detailed driving directions to Park
    …  Ridge Health.</p>
133282  </div>
133283  </div>
133284  <div class="patient-resources-cols">
133285                                 <a href="http://parkridgehealth.org/medlineplus"
    …  title="MedlinePlus"><img alt="MedlinePlus"
    …  src="/sites/all/themes/parkridge/images/menu-icons/medlineplus.jpg" /></a></p>
133286  <div class="110square-copy">
133287  <h3>
```

```
133288                              <a href="http://parkridgehealth.org/medlineplus"
     ...  title="MedlinePlus">MedlinePlus</a></h3>
133289  <p>
133290                              MedlinePlus brings you information about diseases,
     ...  conditions, and wellness issues in language you can understand.</p>
133291  </div>
133292  </div>
133293  <div class="patient-resources-cols">
133294                              <a href="http://www.parkridgehealth.org/pac" title="Patient
     ...  Account Center"><img alt="Patient Account Center"
     ...  src="/sites/all/themes/parkridge/images/menu-icons/pay-my-bill.jpg" /></a></p>
133295  <div class="110square-copy">
133296  <h3>
133297                              <a href="http://www.parkridgehealth.org/pac"
     ...  title="Patient Account Center">Patient Account Center</a></h3>
133298  <p>
133299                              Save a stamp &ndash; Pay your bills online. Access
     ...  your patient records.</p>
133300  </div>
133301  </div>
133302  <div class="patient-resources-cols">
133303                              <a href="/guest-resources/gift-shop-and-cafe-menu"
     ...  title="Gift Shop and Cafe"><img alt="Gift Shop and Cafe"
     ...  src="/sites/all/themes/parkridge/images/menu-icons/gift-shop-and-cafe.jpg" /></a></p>
133304  <div class="110square-copy">
133305  <h3>
133306                              <a href="/guest-resources/gift-shop-and-cafe-menu"
     ...  title="Gift Shop and Cafe">Gift Shop and Cafe</a></h3>
133307  <p>
133308                              Learn more about the special gifts available at the
     ...  Park Ridge Health gift shop, Polly&rsquo;s Gifts, and find the daily Park Ridge
     ...  Caf&eacute; menu.</p>
133309  </div>
133310  </div>
133311  <div class="patient-resources-cols">
133312                              <a href="/guest-resources/community-benefit" title="Community
     ...  Benefit"><img alt="Community Benefit"
     ...  src="/sites/all/themes/parkridge/images/menu-icons/community_benefit.jpg" /></a></p>
133313  <div class="110square-copy">
133314  <h3>
133315                              <a href="/guest-resources/community-benefit"
     ...  title="Community Benefit">Community Benefit</a></h3>
133316  <p>
133317                              Learn more about how Park Ridge Health supports the
     ...  surrounding community financially.</p>
133318  </div>
133319  </div>
133320  <div class="patient-resources-cols">
133321                              <a href="/guest-resources/patient-safety-quality"
     ...  title="Safety and Quality"><img alt="Safety and Quality"
     ...  src="/sites/all/themes/parkridge/images/menu-icons/safety-and-quality.jpg" /></a></p>
133322  <div class="110square-copy">
133323  <h3>
133324                              <a href="/guest-resources/patient-safety-quality"
     ...  title="Safety and Quality">Safety &amp; Quality</a></h3>
133325  <p>
133326                              See important data reflecting Park Ridge
     ...  Health&rsquo;s quality and safety scores.</p>
133327  </div>
133328  </div>
133329  <div class="patient-resources-col-last">
133330                              <a href="/guest-resources/guest-services" title="Guest
     ...  Services"><img alt="Guest Services"
     ...  src="/sites/all/themes/parkridge/images/menu-icons/guest-services.jpg" /></a></p>
133331  <div class="110square-copy">
133332  <h3>
133333                              <a href="/guest-resources/guest-services"
     ...  title="Guest Services">Guest Services</a></h3>
```

```
133334  <p>
133335                        Our guest services team is here to ensure that your
…       Park Ridge Health experience is a positive one.</p>
133336  </div>
133337  </div>
133338  <div class="clear">
133339                           </div>
133340  </div>
133341  <div id="menu-tab4-bottom">
133342                      </div>
133343  </li>
133344  </ul>
133345  </li>
133346  </ul>
133347    </div>
133348
133349
133350
133351
133352
133353  </div></div> <!-- /block-inner, /block -->
133354
133355               </div>
133356
133357               </div> <!-- /#topnav-right -->
133358
133359           </div>
133360
133361     </div><!-- end navbar-container -->
133362
133363
133364
133365     <!-- below-slideshow-bg -->
133366
133367     <div id="below-slideshow-bg">
133368
133369         <div id="below-slideshow-bg-inner">
133370
133371                     <div id="content-bottom" class="region region-content_bottom">
133372
133373            <div id="block-views-front_testimonial-block_1" class="block block-views
…       region-odd odd region-count-1 count-3"><div class="block-inner">
133374
133375
133376
133377
133378
133379    <div class="content">
133380
133381       <div class="view view-front-testimonial view-id-front_testimonial
…       view-display-id-block_1 view-dom-id-1">
133382
133383
133384
133385
133386
133387
133388
133389        <div class="view-content">
133390
133391          <div class="views-row views-row-1 views-row-odd views-row-first
…       views-row-last">
133392
133393
133394
133395    <div class="views-field-field-testimonial-value">
133396
133397                    <div class="field-content"><p>Stephanie Marotta was so kind and
```

```
133397…   compassionate to me during my stay in the baby Place. She is a...</div>
133398
133399        </div>
133400
133401        </div>
133402
133403          </div>
133404
133405
133406
133407
133408
133409
133410
133411
133412
133413
133414
133415
133416
133417    </div>      </div>
133418
133419
133420
133421
133422
133423    </div></div> <!-- /block-inner, /block -->
133424
133425    <div id="block-views-front_events-block_1" class="block block-views region-even even
…         region-count-2 count-4"><div class="block-inner">
133426
133427
133428
133429
133430
133431        <div class="content">
133432
133433            <div class="view view-front-events view-id-front_events view-display-id-block_1
…         view-dom-id-2">
133434
133435              <div class="view-header">
133436
133437            <div id="see-all-btn"><a href="/experience-park-ridge/events/" title="See all
…         events" target="_self">See all events</a></div>
133438              </div>
133439
133440
133441
133442
133443
133444
133445
133446          <div class="view-content">
133447
133448              <div class="views-row views-row-1 views-row-odd views-row-first">
133449
133450        <div class="front_events_date">
133451
133452        <span class="front_events_month"><span
…         class="date-display-single">Aug</span></span><br />
133453
133454        <span class="front_events_day"><span class="date-display-single">02</span></span>
133455
133456    </div>
133457
133458    <p><a href="/node/7079">MemoryCaregivers Network Support Group - Fletcher</a></p>
133459
133460    <div class="clear"></div>
```

```
133461
133462        </div>
133463
133464        <div class="views-row views-row-2 views-row-even views-row-last">
133465
133466          <div class="front_events_date">
133467
133468          <span class="front_events_month"><span
       class="date-display-single">Aug</span></span><br />
133469
133470          <span class="front_events_day"><span class="date-display-single">07</span></span>
133471
133472  </div>
133473
133474  <p><a href="/node/7082">WOW Event: Screenings at Mills River Adventist Church</a></p>
133475
133476  <div class="clear"></div>
133477
133478      </div>
133479
133480        </div>
133481
133482
133483
133484
133485
133486
133487
133488
133489
133490
133491
133492
133493
133494  </div>     </div>
133495
133496
133497
133498
133499
133500  </div></div>  <!-- /block-inner, /block -->
133501
133502  <div id="block-block-3" class="block block-block region-odd odd region-count-3
       count-5"><div class="block-inner">
133503
133504
133505
133506
133507
133508    <div class="content">
133509
133510      <div>
133511        <a href="http://www.parkridgehealth.org/physiciandirectory"><img alt=""
       src="http://www.parkridgehealth.org/sites/default/files/images/front-makeappointment-
       block.png" style="width: 277px; height: 166px;" title="Make an Appointment"
       /></a></div>
133512    </div>
133513
133514
133515
133516
133517
133518  </div></div>  <!-- /block-inner, /block -->
133519
133520  <div id="block-views-banner_rotator-block_1" class="block block-views region-even
       even region-count-4 count-6"><div class="block-inner">
133521
133522
```

```
133523
133524
133525
133526      <div class="content">
133527
133528        <div class="view view-banner-rotator view-id-banner_rotator
           view-display-id-block_1 view-dom-id-3">
133529
133530
133531
133532
133533
133534
133535
133536          <div class="view-content">
133537
133538            <div class="views-row views-row-1 views-row-odd views-row-first
           views-row-last">
133539
133540        <div class="front_image_rotator_block">
133541
133542        <a href="http://www.parkridgehealth.org/er"><img  class="imagefield
           imagefield-field_banner" width="277" height="166" title="Graphic Banner" alt="Graphic
           Banner"
           src="http://www.parkridgehealth.org/sites/default/files/ER-banner-rotator.jpg?
           1337009414" /></a>
133543
133544  </div>
133545
133546    </div>
133547
133548      </div>
133549
133550
133551
133552
133553
133554
133555
133556
133557
133558
133559
133560
133561
133562  </div>    </div>
133563
133564
133565
133566
133567
133568  </div></div> <!-- /block-inner, /block -->
133569
133570            <div class="clear"></div>
133571
133572            </div> <!-- /#content-bottom -->
133573
133574                </div>
133575
133576      </div><!-- end below-slideshow-bg -->
133577
133578
133579
133580      <!-- footer-top-bg -->
133581
133582      <div id="footer-top-bg">
133583
133584          <div id="footer-top-bg-inner">
```

```
133585
133586              <div id="footer"><div id="footer-inner" class="region
       region-footer">
133587
133588                  <div id="block-block-5" class="block block-block region-odd
    …  odd region-count-1 count-7"><div class="block-inner">
133589
133590
133591
133592
133593
133594    <div class="content">
133595
133596      <div class="footer_menu_row">
133597  <h3>
133598          <a href="/physicians-and-services" style="font-size: 16px; line-height:
    …  1.3em;">Physicians &amp; Services</a></h3>
133599  <ul>
133600  <li>
133601              <a href="/physiciandirectory" title="Find a Physician">Find a
    …  Physician</a></li>
133602  <li>
133603              <a href="/physicians-and-services/our-services" title="Our Services">Our
       Services</a></li>
133604  </ul>
133605  </div>
133606  <div class="footer_menu_row">
133607  <h3>
133608          <a href="/experience-park-ridge" style="font-size: 16px; line-height:
    …  1.3em;">Experience Park Ridge</a></h3>
133609  <ul>
133610  <li>
133611              <a href="/experience-park-ridge/contact-us" title="Contact Us">Contact
    …  Us</a></li>
133612  <li>
133613              <a href="/experience-park-ridge/about-us" title="About Us">About
    …  Us</a></li>
133614  <li>
133615              <a href="/experience-park-ridge/events" title="Events">Events</a></li>
133616  <li>
133617              <a href="/experience-park-ridge/our-community" title="Our Community">Our
       Community</a></li>
133618  <li>
133619              <a href="/foundation" title="Our Foundation">Our Foundation</a></li>
133620  <li>
133621              <a href="/experience-magazine" title="Experience Magazine">Experience
       Magazine</a></li>
133622  <li>
133623              <a href="/experience-park-ridge/news-and-media" title="News and
       Media">News and Media</a></li>
133624  <li>
133625              <a href="/request-an-appointment" title="Make an Appointment">Make an
       Appointment</a></li>
133626  </ul>
133627  </div>
133628  <div class="footer_menu_row">
133629  <h3>
133630          <a href="/join-our-team" style="font-size: 16px; line-height: 1.3em;">Join
    …  Our Team</a></h3>
133631  <ul>
133632  <li>
133633              <a href="http://www.parkridgehealth.org/node/6959">Physicians</a></li>
133634  <li>
133635              <a href="/join-our-team/careers" title="careers">Careers</a></li>
133636  <li>
133637              <a href="/join-our-team/volunteers"
       title="Volunteers">Volunteers</a></li>
133638  <li>
```

```
133639     href="http://www.parkridgehealth.org/careers/living-working-here">Living and Working
   …       Here</a></li>
133640     </ul>
133641     </div>
133642     <div class="footer_menu_row">
133643     <h3>
133644             <a href="/guest-resources" style="font-size: 16px; line-height: 1.3em;">Guest
   …       Resources</a></h3>
133645     <ul>
133646     <li>
133647                 <a href="/guest-resources/driving-directions" title="Driving
   …       Directions">Driving Directions</a></li>
133648     <li>
133649                 <a href="http://parkridgehealth.org/medlineplus"
   …       title="MedlinePlus"><span data-scayt_word="MedlinePlus"
   …       data-scaytid="1">MedlinePlus</span></a></li>
133650     <li>
133651                 <a href="http://www.parkridgehealth.org/pac">Patient Account
   …       Center</a></li>
133652     <li>
133653                 <a href="/guest-resources/gift-shop-and-cafe-menu" title="Gift Shop and
   …       Cafe">Gift Shop and Cafe</a></li>
133654     <li>
133655                 <a href="/guest-resources/community-benefit">Community Benefit</a></li>
133656     <li>
133657                 <a href="/guest-resources/patient-safety-quality" title="Safety and
   …       Quality">Safety and Quality</a></li>
133658     <li>
133659                 <a href="/guest-resources/guest-services" title="Guest Services">Guest
   …       Services</a></li>
133660     <li>
133661                 <a href="http://www.parkridgehealth.org/node/6620">Financial
   …       Assistance</a></li>
133662     <li>
133663                 <a href="/estimate">Service Estimate</a></li>
133664     </ul>
133665     </div>
133666       </div>
133667
133668
133669
133670
133671
133672     </div></div> <!-- /block-inner, /block -->
133673
133674     <div id="block-views-footer_recent_blog-block_1" class="block block-views region-even
   …       even region-count-2 count-8"><div class="block-inner">
133675
133676
133677
133678
133679
133680       <div class="content">
133681
133682         <div class="view view-footer-recent-blog view-id-footer_recent_blog
   …       view-display-id-block_1 view-dom-id-4">
133683
133684             <div class="view-header">
133685
133686         <h3>Park Ridge News</h3>
133687         </div>
133688
133689
133690
133691
133692
133693
```

```
        <div class="view-content">

            <div class="views-row views-row-1 views-row-odd views-row-first">

      <div class="footer_blog_date">

      <span class="footer_blog_month">Jul</span><br />

      <span class="footer_blog_day">19</span>

</div>

<p><a href="/node/7075">Park Ridge Health Joins Large Accountable Care
Network</a></p>

<div class="clear"></div>

   </div>

   <div class="views-row views-row-2 views-row-even">

      <div class="footer_blog_date">

      <span class="footer_blog_month">Jul</span><br />

      <span class="footer_blog_day">08</span>

</div>

<p><a href="/node/7073">Park Ridge Health Receives 2016 QUEST® Award for High-Value
Healthcare from Premier Inc.</a></p>

<div class="clear"></div>

   </div>

   <div class="views-row views-row-3 views-row-odd views-row-last">

      <div class="footer_blog_date">

      <span class="footer_blog_month">Jun</span><br />

      <span class="footer_blog_day">06</span>

</div>

<p><a href="/node/7054">Park Ridge Health Welcomes New Dermatologist</a></p>

<div class="clear"></div>

   </div>

      </div>











</div>    </div>
```

```
133760
133761
133762
133763
133764
133765    </div></div> <!-- /block-inner, /block -->
133766
133767    <div id="block-block-37" class="block block-block region-odd odd region-count-3
  …       count-9"><div class="block-inner">
133768
133769
133770
133771
133772
133773      <div class="content">
133774
133775        <div class="clear-block">
133776        <div id="park_ridge_portals">
133777            <h3>
133778                Park Ridge Portals</h3>
133779            <ul id="footer_four_item_box">
133780                <li class="middle">
133781                    <a
  …       href="http://parkridgearc.ahss.org/Pages/Default.aspx">Employees</a></li>
133782                <li class="middle">
133783                    <a
  …       href="https://physician.ahss.org/Home/tabid/2426/logon/windows/Default.aspx">
  …       Physicians</a></li>
133784    <!--<li class="middle"><a
  …       href="https://netapp.netlearning.com/ncsi/login.aspx?id=249">NetLearning</a></li>-->
  …       <li class="middle">
133785                    <a href="https://ahs.vendormate.com/vm/login.do">Vendors</a></li>
133786                <li class="last">
133787                    <a href="http://www.parkridgehealth.org/pac">Patients</a></li>
133788            </ul>
133789        </div>
133790        <div id="connect_with_us">
133791            <h3>
133792                Connect with Us</h3>
133793            <ul id="footer_two_item_box">
133794                <li class="social-blog">
133795                    <a
  …       href="http://www.facebook.com/search/?init=srp&amp;sfxp=&amp;q=park+ridge+health&amp;
  …       o=69&amp;c1=3#!/pages/Park-Ridge-Health/128451607184577?ref=search">Facebook</a></li>
133796                <li class="social-twitter">
133797                    <a href="http://twitter.com/parkridgehealth">Twitter</a></li>
133798            </ul>
133799        </div>
133800    </div>
133801      </div>
133802
133803
133804
133805
133806
133807    </div></div> <!-- /block-inner, /block -->
133808
133809    <div id="block-block-90" class="block block-block region-even even region-count-4
  …       count-10"><div class="block-inner">
133810
133811
133812
133813
133814
133815      <div class="content">
133816
133817        <script>
133818    btg="cm.n2z5";
```

```
133819  </script>
133820  <img height="1" src="http://b.collective-media.net/seg/cm/n2z5" width="1" />
133821    </div>
133822
133823
133824
133825
133826
133827  </div></div> <!-- /block-inner, /block -->
133828
133829  <div id="block-block-93" class="block block-block region-odd odd region-count-5
        count-11"><div class="block-inner">
133830
133831
133832
133833
133834
133835    <div class="content">
133836
133837      <!-- Tracking tag. Place in the <body> section of webpage --><!-- Privacy policy
        at http://tag.brandcdn.com/privacy --><script type="text/javascript"
        src="http://tag.brandcdn.com/autoscript/Park_Ridge_Health.js"></script><!-- Analytics
        Code for Paid Search --><script>
133838      (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
133839      (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
133840      m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
133841      })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
133842
133843      ga('create', 'UA-58411100-1', 'auto');
133844      ga('create', 'UA-58411100-2', 'auto', {'name': 'newTracker'});
133845      ga('send', 'pageview');
133846      ga('newTracker.send','pageview');
133847  </script>
133848
133849    </div>
133850
133851
133852
133853
133854
133855  </div></div> <!-- /block-inner, /block -->
133856
133857              <div class="clear"></div>
133858
133859              </div></div> <!-- /#footer-inner, /#footer -->
133860
133861                  </div>
133862
133863          <div class="clear"></div>
133864
133865      </div><!-- end footer-top-bg -->
133866
133867
133868
133869      <!-- footer-bottom-bg -->
133870
133871      <div id="footer-bottom-bg">
133872
133873              <div id="footer-bottom-bg-inner">
133874
133875                  <div id="footer-bottom-left"> <a href="/"><img
        src="/sites/default/files/footer-parkridgehealth-logo.png"   height="60" width="180"
        alt="" /></a> <a href="http://www.adventisthealthsystem.com/Default.aspx"
        title="Adventist Health" ><img src="/sites/default/files/images/adventist-health.gif"
        alt="Adventist Health" style="margin: 0px 0px 16px 12px;" /></a></div>
133876
133877                  <div id="footer-bottom-right">
133878
```

```
133879          <a href="/financial-assistance" title="Charity Care Policy"
     target="_self">Charity Policy</a> <a href="/sitemap" title="Sitemap"
     target="_self">Sitemap</a>
133880
133881                    <!--<a href="/experience-park-ridge/contact-us" title="Contact
     Us" target="_self">Contact Us</a>--><a href="/privacy-policy" title="Privacy
     Policy(HIPPA)" target="_self">Privacy Policy(HIPAA)</a>
133882
133883          <a href="http://www.parkridgehealth.org/web-privacy" title="Web Privacy"
     target="_self">Web Privacy</a>
133884
133885              </div>
133886
133887          </div>
133888
133889      </div><!-- end footer-bottom-bg -->
133890
133891
133892
133893
133894
133895   <script type="text/javascript"
     src="/sites/default/files/js/js_fb260e964767403785a0585dcf595153.js"></script>
133896 <script type="text/javascript">
133897 <!--//--><![CDATA[//><!--
133898 var gaJsHost = (("https:" == document.location.protocol) ? "https://ssl." :
     "http://www.");document.write(unescape("%3Cscript src='" + gaJsHost +
     "google-analytics.com/ga.js' type='text/javascript'%3E%3C/script%3E"));
133899 //--><![]]>
133900 </script>
133901 <script type="text/javascript">
133902 <!--//--><![CDATA[//><!--
133903 try{var pageTracker = _gat._getTracker("UA-1824469-1");pageTracker._trackPageview();}
     catch(err) {}
133904 //--><![]]>
133905 </script>
133906 <!-- Chart Beat -->
133907
133908 <script type="text/javascript">
133909
133910 var _sf_async_config={uid:8721,domain:"parkridgehealth.org"};
133911
133912 (function(){
133913
133914   function loadChartbeat() {
133915
133916     window._sf_endpt=(new Date()).getTime();
133917
133918     var e = document.createElement('script');
133919
133920     e.setAttribute('language', 'javascript');
133921
133922     e.setAttribute('type', 'text/javascript');
133923
133924     e.setAttribute('src',
133925
133926         (("https:" == document.location.protocol) ? "https://s3.amazonaws.com/" :
     "http://") +
133927
133928         "static.chartbeat.com/js/chartbeat.js");
133929
133930     document.body.appendChild(e);
133931
133932   }
133933
133934   var oldonload = window.onload;
133935
133936   window.onload = (typeof window.onload != 'function') ?
```

```
133937
133938      loadChartbeat : function() { oldonload(); loadChartbeat(); };
133939
133940  })();
133941
133942
133943
133944  </script>
133945
133946  </body>
133947
133948  </html>
133949
133950
133951
133952
133953  **************************************************
133954  The following data is from parkridgehealth_org-VCFCVJ6ROVDQ3EVZ7KZTMT-20160728.txt
133955  **************************************************
133956  (function () {
133957    var scheme = (("https:" == document.location.protocol) ? "https" : "http");
133958    var adnxs_domain = 'secure.adnxs.com';
133959    var aol_domain = 'secure.leadback.advertising.com';
133960    var rule = ["*", "*"];
133961    if (scheme=='http') { adnxs_domain = 'ib.adnxs.com'; aol_domain =
...   'leadback.advertising.com';}
133962    var el = document.createElement("div");
133963    el.style["width"] = "1px";
133964    el.style["height"] = "1px";
133965    el.style["display"] = "inline";
133966    el.style["position"] = "absolute";
133967    var content =
...   unescape('%3cimg%20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%
...   3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/r/out%22/%
...   3e%0a%3cimg%20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%
...   22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/f/out%22/%3e%0a%3cimg
...   %20height%3d%221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d
...   %22%22%20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/b/out%22/%3e%0a%3cimg%20height%
...   3d%221%22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%
...   20src%3d%22%5bprotocol%5d%3a//d.adroll.com/cm/w/out%22/%3e%0a%3cimg%20height%3d%221%
...   22%20width%3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%
...   22%5bprotocol%5d%3a//d.adroll.com/cm/x/out%22/%3e%0a%3cimg%20height%3d%221%22%20width
...   %3d%221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%
...   5bprotocol%5d%3a//d.adroll.com/cm/l/out%22/%3e%0a%3cimg%20height%3d%221%22%20width%3d
...   %221%22%20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%
...   5d%3a//d.adroll.com/cm/o/out%22/%3e%0a%3cimg%20height%3d%221%22%20width%3d%221%22%
...   20style%3d%22border-style%3anone%3b%22%20alt%3d%22%22%20src%3d%22%5bprotocol%5d%3a//d
...   .adroll.com/cm/g/out%3fgoogle_nid%3dadroll5%22/%3e%0a');
133968
133969
133970    !function(f,b,e,v,n,t,s){if(f.fbq)return;n=f.fbq=function(){n.callMethod?
133971    n.callMethod.apply(n,arguments):n.queue.push(arguments)};if(!f._fbq)f._fbq=n;
133972    n.push=n;n.loaded=!0;n.version='2.0';n.queue=[];t=b.createElement(e);t.async=!0;
133973    t.src=v;s=b.getElementsByTagName(e)[0];s.parentNode.insertBefore(t,s)}(window,
133974    document,'script','//connect.facebook.net/en_US/fbevents.js');
133975
133976    try {
133977
133978  (function() {
133979  var rtb = document.createElement("div");
133980  rtb.style["width"] = "1px";
133981  rtb.style["height"] = "1px";
133982  rtb.style["display"] = "inline";
133983  rtb.style["position"] = "absolute";
133984  rtb.innerHTML = "<img height=\"1\" width=\"1\" style=\"border-style:none;\"
...   alt=\"\"src=\"https://d.adroll.com/cm/aol/out\"/><img height=\"1\" width=\"1\"
...   style=\"border-style:none;\" alt=\"\"src=\"https://d.adroll.com/cm/index/out\"/><img
...   height=\"1\" width=\"1\" style=\"border-style:none;\"
```

Page 4194

```
133984…  alt=\"\" src=\"https://d.adroll.com/cm/n/out\"/>'; '
133985  __adroll._head().appendChild(rtb);
133986  })();
133987  if(typeof __adroll.fb === 'undefined'){
133988      fbq('init', '245282962505849');
133989      __adroll.fb=true;
133990      fbq('track', "PageView", {segment_eid: ["CKBTCOY2QZBLRBPFAKGVSD"]});
133991  } else {
133992      fbq('track', "CustomEvent", {event: "EventSegment", segment_eid:
    … ["CKBTCOY2QZBLRBPFAKGVSD"]});
133993  }


133994
133995
133996    } catch(e) {}
133997
133998
133999    var r = Math.random()*10000000000000000;
134000    content = content.replace(/\[ord\]/gi, r);
134001    content = content.replace(/\[protocol\]/gi, scheme);
134002    content = content.replace(/\[adnxs_domain\]/gi, adnxs_domain);
134003    content = content.replace(/\[aol_domain\]/gi, aol_domain);
134004    content = __adroll.replace_external_data(content);
134005    el.innerHTML = content;
134006    __adroll._head().appendChild(el);
134007    if (typeof __adroll.set_pixel_cookie != 'undefined'
    … ){__adroll.set_pixel_cookie(adroll_adv_id, adroll_pix_id, "CKBTCOY2QZBLRBPFAKGVSD");}
134008  }());
134009
134010  *************************************************
134011  The following data is from porterhospital_org-20160909-gtm_js_id_GTM-Z6TQ.txt
134012  *************************************************
134013  // Copyright 2012 Google Inc. All rights reserved.
134014  // Container Version: 213
134015  (function(w,g){w[g]=w[g]||{};w[g].e=function(s){return
    … eval(s);};})(window,'google_tag_manager');(function(){
134016
134017
134018
134019
134020
134021  var __cegg;(function(){var
    … a={};(function(a){__cegg=a;__cegg.a="cegg";__cegg.b=["nonGoogleScripts"];__cegg.
    … isVendorTemplate=!0})(function(b){try{var
    … c=b["52"];if(c)if(a.hasOwnProperty(c)&&!0===a[c])b["55"]();else{b[""]&&(C.
    … CE_SNAPSHOT_NAME=b[""]);for(var d=c.toString();8>d.length;)d="0"+d;var
    … e=d.replace(/(\d+)(\d{4})$/,"/pages/scripts/$1/$2.js");aa("//dnn506yrbagrg.cloudfront
    … .net"+e+"?"+Math.floor((new Date).getTime()/
134022  36E5),b["55"],b["56"]);a[c]=!0}else w(b["56"])}catch(f){w(b["56"])}}})})();var
    … Ba=this,Ca=function(){a=YT.Player;b=typeof a;if("object"==b)if(a){if(a instanceof
    … Array)return"array";if(a instanceof Object)return b;var
    … c=Object.prototype.toString.call(a);if("[object
    … Window]"==c)return"object";if("[object Array]"==c||"number"==typeof
    … a.length&&"undefined"!=typeof a.splice&&"undefined"!=typeof
    … a.propertyIsEnumerable&&!a.propertyIsEnumerable("splice"))return"array";if("[object
    … Function]"==c||"undefined"!=typeof a.call&&"undefined"!=typeof
    … a.propertyIsEnumerable&&!a.propertyIsEnumerable("call"))return"function"}else
    … return"null";
134023  else if("function"==b&&"undefined"==typeof a.call)return"object";return
    … b},Da=function(a,b){var c=Array.prototype.slice.call(arguments,1);return
    … function(){var b=c.slice();b.push.apply(b,arguments);return a.apply(this,b)}};/*
134024   jQuery v1.9.1 (c) 2005, 2012 jQuery Foundation, Inc. jquery.org/license. */
134025  var Ea=/\[object
    … (Boolean|Number|String|Function|Array|Date|RegExp)\]/,Fa=function(a){if(null==a)
    … return String(a);var b=Ea.exec(Object.prototype.toString.call(a));return
    … b?b[1].toLowerCase():"object"},Ga=function(a,b){return
    … Object.prototype.hasOwnProperty.call(Object(a),b)},la=function(a){if(!a||"object"!=Fa
    … (a)||a.nodeType||a==a.window)return!1;try{if(a.constructor&&!Ga(a,"constructor")&&!Ga
    … (a.constructor.prototype,"isPrototypeOf"))return!1}catch(c){return!1}for(var b in
```

```
134025… a);return void
134026 b||Ga(a,b)},Ha=function(a,b){var c=b||("array"==Fa(a)?[]:{}),d;for(d in
     a)if(Ga(a,d)){var
     e=a[d];"array"==Fa(e)?("array"!=Fa(c[d])&&(c[d]=[]),c[d]=Ha(e,c[d])):la(e)?(la(c[d])||
     |(c[d]={}),c[d]=Ha(e,c[d])):c[d]=e}return c};var
     pa=null,Ja=Math.random(),Ka=null,La=null,ya=!1,Ma={},Na={},za={};var
     Oa,Pa,Qa,Ra,Sa,Ta,Ua,Va,Wa,Ya,Za,$a,ab,bb,cb,db,eb,fb,gb,hb,ib,jb,kb,lb,mb,ob,qb,rb,
     sb,tb,ub,vb,wb,xb,yb,zb,Ab,Bb,Cb,Db,Eb,Fb,Gb,Hb,Ib,Jb,Lb,Mb,Ob,Pb,Qb,Rb,Sb,Tb,Ub,Vb,
     Wb,Xb,Yb,Zb,$b,ac,bc,cc,dc,ec,fc,gc,hc,ic,jc,kc,lc,mc,nc,oc,pc,qc,rc,sc,tc,uc,vc,xc,
     yc,zc,Ac,Bc,Cc,Dc,Ec,Fc,Gc,Hc,Ic,Jc,Kc,Lc,Mc,T,Nc,Oc,Pc,Qc,Rc,Sc,Tc,Uc,Vc,Wc,Xc,Yc,Zc
     ,$c,ad,bd,cd,dd,ed,fd,gd,hd,id,jd,kd,ld,md,nd,qd,td,ud,vd,wd,xd,yd,zd,Ad,Bd,Cd,Dd,Ed,
     Fd,Gd,Hd,Id,Jd,Kd,Ld,Md,Nd,Od,Pd,Qd,Rd,Sd,Td,Ud,Vd,Wd,Xd,Yd,Zd,$d,ae,be,ce,De,Ee,
     Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
134027 de,ee,fe,ge,he,ie,je,ke,le,me,ne,oe,pe,qe,re,se,te,ue,ve,we,xe,ye,ze,Ae,Be,Ce,De,Ee,
     Fe,Ge,He,Ie,Je,Ke,Le,Me,Ne,Oe,Pe,Qe,Re,Se,Te,Ue,Ve,We,Xe,Ye,Ze;
134028 (function(){var a=function(a){return{toString:function(){return
     a}}};Oa=a("");Pa=a("0");Qa="";Ra=a("1");Sa=a("2");Ta=a("");Ua=a("");Va=a("");Wa=a(""
     );Ya=a("5");Za=a("");$a=a("6");ab=a("7");bb=a("");cb=a("");db=a("8");
134029 eb=a("");fb=a("");gb=a("");hb=a("");ib=a("");jb=a("");kb=a("");lb=a("");mb=a("");ob=a(
     "");qb=a("");rb=a("");sb=a("");tb=a("");
134030 ub=a("");vb=a("");wb=a("9");xb=a("");yb=a("");zb=a("");Ab=a("");Bb=a("");Cb=a("10");
     Db=a("");Eb=a("");Fb=a("");Gb=a("");Hb=a("");Ib=a("");Jb=a("");Lb=a("");Mb=a("");
134031 Ob=a("");Pb=a("");Qb=a("");Rb=a("");Sb=a("11");Tb=a("");Ub=a("12");Vb=a("");Wb=a("13"
     );Xb=a("");Yb=a("");Zb=a("14");$b=a("");ac=a("");bc=a("15");cc=a("");dc=a("");
134032 ec=a("");fc=a("16");gc=a("");hc=a("17");ic=a("");jc=a("18");kc=a("");lc=a("");mc=a(""
     );nc=a("");oc=a("");pc=a("");qc=a("");rc=a("19");sc=a("");tc=a("");
134033 uc=a("20");vc=a("21");xc=a("22");yc=a("23");zc=a("");Ac=a("");Bc=a("");Cc=a("");Dc=a(
     "24");Ec=a("");Fc=a("25");Gc=a("");Hc=a("26");Ic=a("55");Jc=a("56");Kc=a("");Lc=a(""
     );
134034 Mc=a("27");T=a("28");Nc=a("29");Oc=a("");Pc=a("");Qc=a("");Rc=a("30");Sc=a("");Tc=a("
     ");Uc=a("31");Vc=a("");Wc=a("");Xc=a("32");Yc=a("");Zc=a("");$c=a("");ad=a("");bd=a("
     33");cd=a("");
134035 ed=a("");fd=a("");gd=a("");hd=a("");id=a("34");jd=a("35");kd=a("36");ld=a("");md=a("
     37");nd=a("");qd=a("");td=a("");ud=a("");vd=a("38");wd=a("39");xd=a("41");yd=a("");zd
     =a("");Ad=a("");Bd=a("");
134036 Cd=a("42");Dd=a("");Ed=a("");Fd=a("");Gd=a("");Hd=a("");Id=a("");Jd=a("");Kd=a("");Ld
     =a("");Md=a("");Nd=a("");Od=a("");Pd=a("");Qd=a("");Rd=a("");Sd=a("");Td=a("");Ud=a("
     ");
134037 Vd=a("");Wd=a("");Xd=a("");Yd=a("");Zd=a("");$d=a("");ae=a("");be=a("");ce=a("");de=a
     ("");ee=a("");fe=a("");ge=a("");he=a("");ie=a("");je=a("");
134038 ke=a("43");le=a("");me=a("");ne=a("");oe=a("");pe=a("");qe=a("");re=a("");se=a("");te
     =a("");ue=a("");ve=a("");we=a("");xe=a("");ye=a("");ze=a("");Ae=a("");
134039 Be=a("44");Ce=a("");De=a("");Ee=a("");Fe=a("");Ge=a("");He=a("");Ie="";Je=a("");Ke=a(
     "45");Le=a("46");Me=a("");Ne=a("");Oe=a("47");Pe=a("");Qe=a("48");Re=a("49");
134040 Se=a("");Te=a("");Ue=a("50");Ve=a("");We=a("");Xe=a("53");Ye=a("54");Ze=a("")})();var
     $e=function(){},N=function(a){return"function"==typeof
     a},af=function(a){return"[object
     Array]"==Object.prototype.toString.call(Object(a))},bf=function(a){return"number"==Fa
     (a)&&!isNaN(a)},cf=function(a){return/^[0-9]+$/.test(a)},df=function(a,b){if(Array.
     prototype.indexOf.call(a,b))return"number"==typeof c?c:-1}for(var
     d=0;d<a.length;d++)if(a[d]===b)return d;return-1},ef=function(a){return
     a?a.replace(/^\s+|\s+$/g,""):""},O=function(a){return
     Math.round(Number(a)||0},ha=function(a){return"false"==
134041 String(a).toLowerCase()?!1:!!a},ff=function(a){var b=[];if(af(a))for(var
     c=0;c<a.length;c++)b.push(String(a[c]));return b},I=function(){return new
     Date},gf=function(a,b){if(!bf(a)||!bf(b)||a>b)a=0,b=2147483647;return
     Math.round(Math.random()*(b-a)+a)},hf=function(){this.prefix="gtm.";this.values={}};
     hf.prototype.set=function(a,b){this.values[this.prefix+a]=b};hf.prototype.get=
     function(a){return
     this.values[this.prefix+a]};hf.prototype.contains=function(a){return void
     0!==this.get(a)};
134042 var jf=function(a,b,c){try{if(!a[gd])return
     a[Gc](a,b|||$e,c|||$e);c&&c()}catch(d){}return!1},kf=function(a,b){function
     c(b,c){a.contains(b)||a.set(b,[]);a.get(b).push(c)}for(var
     d=ef(b).split("&"),e=0;e<d.length;e++){if(d[e]){var
     f=d[e].indexOf("=");0>f?c(d[e],"1"):c(d[e].substring(0,f),d[e].substring(f+1))}},lf=
     function(a){var b=a?a.length:0;return 0<b?a[b-1]:""},mf=function(a){return
     function(){return a("GTM-Z6TQ")}},nf=function(a){for(var
     b=0;b<a.length;b++)a[b]()},of=I().getTime,ka=function(){return"gtm"+
```

134043

```
of+r};na=function(a,b,c){return
a&&a.hasOwnProperty(b)?a[b]:c},pf=function(a,b,c){a.prototype["gtm_proxy_"+b]=a.
prototype[b];a.prototype[b]=c},qf=function(a){return null!==a&&void 0!==a&&void
0!==a.length},rf=function(a,b){0==b?a.Va=!0:a.complete=!0;var
c=a.g;a.s&&(a.s.Ga[c]=b);Ma[c]&&(Ma[c].state=b)},sf=function(a,b){a.sort(function(a,d
){return b(a,d)?-1:b(d,a)?1:0})};var
H=window,R=document,vf=navigator,M=function(a,b,c){var d=H[a];H[a]=void
0===d||c?b:d;return
H[a]},Q=function(a,b,c,d){return(d||"http:"!=H.location.protocol?a:b)+c},wf=function(
a){var
b=R.getElementsByTagName("script")[0]||R.body||R.head;b.parentNode.insertBefore(a,b)}
,oa=function(a,b){b&&(a.addEventListener?a.onload=b:a.onreadystatechange=function(){a
.readyState
in{loaded:1,complete:1}&&(a.onreadystatechange=null,b())})},r=function(a,b,c){var
d=R.createElement("script");d.type="text/javascript";
```

134044

```
d.async=!0;d.src=a;oa(d,b);c&&(d.onerror=c);wf(d);return d},da=function(a,b){var
c=R.createElement("iframe");c.height="0";c.width="0";c.style.display="none";c.style.
visibility="hidden";wf(c);oa(c,b);void 0!==a&&(c.src=a);return
c},G=function(a,b,c){var d=new
Image(1,1);d.onload=function(){d.onload=null;b&&b()};d.onerror=function(){d.onerror=
null;c&&c()};d.src=a},U=function(a,b,c,d){a.addEventListener?a.addEventListener(b,c,!
!d):a.attachEvent&&a.attachEvent("on"+b,c)},w=function(a){H.setTimeout(a,
```

134045

```
0)},ra=!1,sa=[],xf=function(a){if(!ra){var
b=R.createEventObject,c="complete"==R.readyState,d="interactive"==R.readyState;if(!a|
|"readystatechange"!=a.type||c||!b&&d){ra=!0;for(var
e=0;e<sa.length;e++)sa[e]())sa.push=function(){for(var
a=0;a<arguments.length;a++)w(arguments[a]);return
0}}},Ef=0,Ff=function(){if(!ra&&140>Ef){Ef++;try{R.documentElement.doScroll("left"),
xf()}catch(a){H.setTimeout(Ff,50)}}},Hf=function(a){var
b=R.getElementById(a);if(b&&Gf(b,"id")!=a)for(var
c=1;c<document.all[a].length;c++)if(Gf(document.all[a][c],
```

134046

```
"id")==a)return document.all[a][c];return b},Gf=function(a,b){return
a&&b&&a.attributes&&a.attributes[b]?a.attributes[b].value:null},If=function(a){return
a.target||a.srcElement||{}},wa=function(a){var
b=R.createElement("div");b.innerHTML="A<div>"+a+"</div>";for(var
b=b.lastChild;b.firstChild;)c.push(b.removeChild(b.firstChild));return
c},Jf=function(a,b){for(var c={},d=0;d<b.length;d++)c[b[d]]=!0;for(var
e=a,d=0;e&&!c[String(e.tagName).toLowerCase()]&&100>d;d++)e=e.parentElement;e&&!c[
String(e.tagName).toLowerCase()]&&
```

134047

```
(e=null);return e},Kf=!1,Lf=[],Mf=function(){if(!Kf){Kf=!0;for(var
a=0;a<Lf.length;a++)Lf[a]()}},Nf=function(a){a=a||H;var
b=a.location.href,c=b.indexOf("#");return
0>c?"":b.substring(c+1)},ta=function(a){window.console&&window.console.log&&window.
console.log(a)};var Of=function(a,b,c,d,e){var
f,g=(a.protocol.replace(":","")||H.location.protocol.replace(":","")).toLowerCase();
switch(b){case "protocol":f=g;break;case
"host":f=(a.hostname||H.location.hostname).split(":")[0].toLowerCase();if(c){var
h=/^www\d*\./.exec(f);h&&h[0]&&(f=f.substr(h[0].length))}break;case
"port":f=String(1*(a.hostname?a.port:H.location.port)||("http"==g?80:"https"==g?443:"
"));break;case "path":f="/"!=a.pathname.substr(0,1)?a.pathname:"/"+a.pathname;var
k=f.split("/");0<=df(d||[],k[k.length-
```

134048

```
1])&&(k[k.length-1]="");f=k.join("/");break;case
"query":f=a.search.replace("?","");if(e)a:{for(var
m=f.split("&"),l=0;l<m.length;l++){var
n=m[l].split("=");if(decodeURIComponent(n[0]).replace(/\+/g,"
")==e){f=decodeURIComponent(n.slice(1).join("=")).replace(/\+/g," ");break a}}f=void
0}break;case "fragment":f=a.hash.replace("#","");break;default:f=a&&a.href}return
f},Pf=function(a){var
b="";a&&a.href&&(b=a.hash?a.href.replace(a.hash,""):a.href);return
b},xa=function(a){var b=R.createElement("a");
```

134049

```
a&&(b.href=a);return b};var ca=function(a,b){var
c=function(){};c.prototype=a.prototype;var d=new
c;a.apply(d,Array.prototype.slice.call(arguments,1));return d};var ba=function(a){var
b=["veinteractive.com","ve-interactive.c"];if(!a)return!1;var
c=Of(xa(a),"host");if(!c)return!1;for(var d=0;b&&d<b.length;d++){var
e=b[d]&&b[d].toLowerCase();if(e){var
f=c.length-e.length;0<f&&"."!=e.charAt(0)&&(f--,e="."+e);if(0<=f&&c.indexOf(e,f)==f)
return!0}}return!1},ga=function(a,b,c){for(var
```

```
134049    d={},a={},aa=a.length,f=0;a[f]&&a[f].hasOwnProperty(b)&&a[f].hasOwnProperty(c)&
          &(d(a[f][b]]=a[f][c],e=!0);return e?d:null};var
          aa=function(a,b,c){r(a,b,c)},C=H,Aa=function(a,b){C[a]=b},p=function(a,b,c){b&&(void
          0===C[a]||c&&!C[a])&&(C[a]=b)},
          C[a]},u=function(a,b,c){return("https:"==H.location.protocol?a:b)+c)+c};var Qf=new
          hf,Rf={},Tf={set:function(a,b){Ha(Sf(a,b),Rf)},get:function(a){return
          J(a,2)},reset:function(){Qf=new hf;Rf={}}},J=function(a,b){if(2==b){for(var
          c=Rf,d=a.split("."),e=0;e<d.length;e++){if(void 0===c[d[e]])return;c=c[d[e]]}return
          c}return Qf.get(a)},Sf=function(a,b){for(var
          c={},d=c,e=a.split("."),f=0;f<e.length-1;f++)d=d[e[f]]={};d[e[e.length-1]]=b;return
          c};var Uf=new
          RegExp(/^(.*\.)?(google|youtube|blogger|withgoogle)(\.com?)?(\.[a-z]{2})?\.?$/),Vf={
          customPixels:["nonGooglePixels"],html:["customScripts","customPixels","
          nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],customScripts:["html","
          customPixels","nonGooglePixels","nonGoogleScripts","nonGoogleIframes"],
          nonGooglePixels:[],nonGoogleScripts:["nonGooglePixels"],nonGoogleIframes:["
          nonGooglePixels"]},Wf={customPixels:["customScripts","html"],html:["customScripts"],
          customScripts:["html"],nonGooglePixels:["customPixels",
134050    "customScripts","html","nonGoogleScripts","nonGoogleIframes"],nonGoogleScripts:["
          customScripts","html"],nonGoogleIframes:["customScripts","html","nonGoogleScripts"]},
          Xf=function(a,b){for(var
          c=[],d=0;d<a.length;d++)c.push(a[d]),c.push.apply(c,b[a[d]]||[]);return
          c},Yf=function(){var a=J("gtm.whitelist");
134051    var
          b=a&&Xf(ff(a),Vf),c=J("gtm.blacklist")||J("tagTypeBlacklist")||[];Uf.test(H.location&
          &H.location.hostname)&&(c=Xf(ff(c),c.push("nonGooglePixels","nonGoogleScripts"));var
          d=c&&Xf(ff(c),Wf),e={};return function(f){var g=f&&f[Gc];if(!g)return!0;if(void
          0!==e[g.a])return e[g.a];var h=!0;if(a)a:{if(0>df(b,g.a))if(g.b&&0<g.b.length)for(var
          k=0;k<g.b.length;k++){if(0>df(b,
134052    g.b[k])){h=!1;break a}}else{h=!1;break a}h=!0}var m=!1;if(c){var
          l;if(!(l=0<=df(d,g.a)))a:{for(var n=g.b||[],q=new
          hf,t=0;t<d.length;t++)q.set(d[t],!0);for(t=0;t<n.length;t++)if(q.get(n[t])){l=!0;
          break a}l=!1}m=l}return e[g.a]=!h||!m}};var _jsm=function(a){if(void 0!==a[Uc])try{var
          b=H.google_tag_manager;
          b&&b.e&&b.e(a[Uc])}catch(c){}};_jsm.a="jsm";_jsm.b=["customScripts"];var
          _c=function(a){return a[Ue]};_c.a="c";_c.b=["google"];var tf=function(a){var
          b=R;return Zf?b.querySelectorAll(a):null};$f=!1;if(R.querySelectorAll)try{var
          ag=R.querySelectorAll(":root");ag&&l==ag.length&&ag[0]==R.documentElement&&($f=!0)}
          catch(a){}var Zf=$f;var bg=void 0,eg=void 0,_et=function(a){var
          b,c=J("gtm.element"),d=J("event"),e=Number(I());if(bg===c&&cg===d&&dg>e-250)b=eg;else
          {var f;if(c){var g=c.innerText||c.textContent||"";g&&
          "!=g&&(g=g.replace(/^[\s\xa0]+|[\s\xa0]+$/g,""));g&&(g=g.replace(/(\xa0+|\s{2,}|\n|\r
          \t)/g," "));f=g}else f="";eg=b=f;bg=c;cg=d}dg=e;return
          b?b:a[bc]};_et.a="et";_et.b=["google"];var _eu=function(a){var
          b=String(J("gtm.elementUrl")||a[bc]||"");c=xa(b);return
          b};_eu.a="eu";_eu.b=["google"];var _eu=function(){return
          La};_e.a="e";_e.b=["google"];var
          fg=/(^|\.)doubleclick\.net$/i,gg=/^(www\.)?google(\.com?)?(\.[a-z]{2})?$/,ia=function
          (a){for(var b=String(R.cookie).split(";"),c=[],d=0;d<b.length;d++){var
          e=b[d].split("="),f=ef(e[0]);if(f&&f==a){var
          g=ef(e.slice(1).join("="));g&&(g=decodeURIComponent(g));c.push(g)}}return
          c},hg=function(a,b,c,d,e){if(fg.test(R.location.hostname)||"/"==c&&gg.test(d))return!
          1;var f=a+"="+b+"; ";c&&(f+="path="+c+"; ");e&&(f+="expires="+e.toGMTString()+";
          ");d&&(f+="domain="+d+"; ");var g=R.cookie;R.cookie=f;return g!=
134053    R.cookie||0<=df(ia(a),b)},ig=function(a){if("none"==a)return
          0;0==a.indexOf(".")&&(a=a.substr(1));return a.split(".").length},jg=function(a){var
          b=a;b?(1<b.length&&b.lastIndexOf("/")==b.length-1&&(b=b.substr(0,b.length-1)),0!=b.
          indexOf("/")&&(b="/"+b),a=b):a="/";return"/"==a?1:a.split("/").length},kg=function(){
          var
          a=Of(H.location,"host",!0).split(".");if(4==a.length&&/^[0-9]+$/.exec(a[3]))return["
          none"];for(var
          b=[],c=a.length-2;0<=c;c--)b.push(a.slice(c).join("."));b.push("none");return b};var
          lg=function(a,b){this.f=a;this.j=b};lg.prototype.toString=function(){var
          a=""+this.f;1<this.j&&(a+="-"+this.j);return a};var
          mg=function(a,b){this.Ea=a;this.ea=b};mg.prototype.toString=function(){return""+this.
          ea+"."+this.Ea};var pg=function(a,b){var c=new ng(null,a,b);og(c);return
          c},ng=function(a,b,c){this.Na=Math.floor(I().getTime()/864E5);this.da=b||"auto";this.
          W=c||"/";var d=ig(this.da),e=jg(this.W);this.D=a||new lg(d,e);this.h=[];this.B=new
```

```
134053  hf}_vg=function(a,b,c){b&&(____=c.Ba=qg(a,b)!(a.B=contains(b)||a.h.push(b),a.B.set(b,c
        ))))},sg=function(a,b){for(var
        c=0;c<b.length;c++)rg(a,b[c][0],b[c][1])},qg=function(a,b){var
        c=df(a.h,b);0<=c&&a.h.splice(c,1);a.B.set(a,void 0)},tg=function(a){for(var
        b=[],c=0;c<a.h.length;c++){var d=
134054  a.h[c];b.push([d,a.B.get(d)])}return b},ug=function(a){for(var
        b=0,c=0;c<a.h.length;c++)b=Math.max(b,a.B.get(a.h[c]).ea);return
        864E5*b};ng.prototype.toString=function(){if(0==this.h.length)return"";for(var
        a=[],b=0;b<this.h.length;b++){var
        c=this.h[b];a.push(""+c+"."+this.B.get(c).toString())}return"GAX1."+this.D.toString()
        +"."+a.join("!")};
134055  var vg=function(a,b){for(var c=new Date,d=jg(a.W),e=[],f=0;f<a.h.length;f++){var
        g=a.h[f];a.B.get(g).ea<a.Na&&e.push(g)}for(f=0;f<e.length;f++)qg(a,e[f]);if(a.h.
        length>(b||10))return!1;c.setTime(ug(a));if("auto"!=a.da)return
        hg("_gaexp",a.toString(),a.W,a.da,c);for(var
        h=kg(),k=0;k<h.length;k++)if("none"!=h[k]&&(a.D=new
        lg(ig(h[k]),d),hg("_gaexp",a.toString(),a.W,h[k],c))return!0;return!1},og=function(a
        ){for(var b=a.D.f,c=a.D.j,d=ia("_gaexp"),e=[],f=0;f<d.length;f++){var
        g=wg(a,d[f]);g&&e.push(g)}sf(e,
134056  function(a,d){var e=a.D,f=d.D;return
        e.f==f.f&&e.j==f.j?1!e.f==b&&f.j==c?!0:f.f==b&&f.j==c?1!1:e.f==b?f.f!=b||e.j<f.j:f.f=
        =b?!1:e.j==c?f.f!=c?1!1:e.f<f.f||e.f==f.f&&e.j<f.j});a.D=0<e
        .length?e[0]:D:new
        lg(b,c);for(f=e.length-1;0<=f;f--)sg(a,tg(e[f]))},wg=function(a,b){var
        c=b.match(/GAX1\.([^.]+)\.(.*)/);if(c){var d;a:{var
        e=(c[1]||"").split("-");if(!(0==e.length||2<e.length))var
        f=ef(e[0]);if(0!=f.length)var g2==e.length?ef(e[1]):"1";d=cf(f)&&cf(g)?new
        lg(O(f),O(g)):void 0;
134057  break a}}d=void 0}if(d){for(var h=new
        ng(d,a.da,a.W),k=(c[2]||"").split("!"),m=0;m<k.length;m++){var
        l=k[m].split(".");if(3==l.length){if(!cf(l[1]))return;rg(h,l[0],new
        mg(l[2],O(l[1])))}return h}};var _v=function(a){var
        b=J(a[md].replace(/\\\./g,"."),a[Ub]);return void
        0!==b?b:a[bc]};_v.a="v";_v.b=["google"];var _r=function(a){return
        gf(a[kd],a[id])};_r.a="r";_r.b=["google"];var _f=function(a){var
        b=String(J("gtm.referrer")||R.referrer);if(!b)return b;var c=xa(b);return
        b};_f.a="f";_f.b=["google"];var _ea=function(a){var
        b=H.location,c;(c=a[Rb]?a[Rb]:J("gtm.url"))&&(b=xa(String(c)));var
        d=b.href,e=d.indexOf("#");0>e?d:d.substr(0,e);return
        f},_u=ea;_u.a="u";_u.b=["google"];var _cn=function(a){return
        0<=String(a[$a]).indexOf(String(a[ab]))};_cn.a="cn";_cn.b=["google"];var
        _eq=function(a){return String(a[$a])==String(a[ab])};_eq.a="eq";_eq.b=["google"];var
        _re=function(a){return(new RegExp(a[ab],a[Nc]?"i":void
        0)).test(a[$a])};_re.a="re";_re.b=["google"];var
        Kg=Math.random(),Lg="1.000000">Kg;var Mg=$e;var
        Ng=$e,Og=[],Pg=!1,Qg=function(a){return H["dataLayer"].push(a)},Rg=function(a){
        b=!1;return function(){!b&&N(a)&&w(mf(a));b=!0}},Xg=function(){for(var
        a=!1;!Pg&&0<Og.length;){Pg=!0;var b=Og.shift();if(N(b))try{b.call(Tf)}catch(ua){}else
        if(af(b))a:{var c=b;if("string"==Fa(c[0])){var
        d=c[0].split("."),e=d.pop(),f=c.slice(1),g=Rf,h=0;h<d.length;h++){if(void
        0===g[d[h]])break a}}try{g[e].apply(g,f)}catch(ua){}}}else{var k=b,m=void
        0;for(m in k)if(k.hasOwnProperty(m)){var l=m,
134058  n=k[m];Qf.set(l,n);Ha(Sf(l,n),Rf)}var q=!1,t=k.event,v=void
        0;if(t){v=of++;La=t;if(!k["gtm.uniqueEventId"])var
        x=v;Qf.set("gtm.uniqueEventId",x);Ha(Sf("gtm.uniqueEventId",x),Rf)}var
        z=Rg(k.eventCallback),D=k.eventTimeout;D&&H.setTimeout(z,Number(D));qg=Ng(v,t,z,k.
        eventReporter)}Ka||(Ka=k["gtm.start"])&&Mg();var F=k,E=v,y=t,K=Rf;if(!q){var B=v,L=t;
134059  }La=null;a=q||||a}var S=b,P=Rf;Wg();Pg=!1}return!a},Yg=function(){var a=Xg();try{var
        b=H["dataLayer"].hide;if(b&&void 0!==b["GTM-Z6TQ"]&&b.end)b["GTM-Z6TQ"]=!1;var
        c=!0,d;for(d in b)if(!0===b[d]){c=!1;break}c&&(b.end(),
        b.end=null)}}catch(e){}return a};var
134060  Zg,$g,ah,bh=/(Firefox\D28\D)/g.test(vf.userAgent),hh=function(a,b){return
        function(c){c=c||||H.event;var
        d=If(c),e=!1;if(3!==c.which||"LINK_CLICK"!=a)"LINK_CLICK"==a&&(d=Jf(d,["a","area"]),
        e=!d||!d.href||ch(d.href)||2===c.which||null!=c.which&&4===c.button||c.ctrlKey||c.
        shiftKey||c.altKey||!0===c.metaKey);var
        f="FORM_SUBMIT"==a?ah:$g;if(c.defaultPrevented||!1===c.returnValue||c.sa&&c.sa()){if(
        d){var
```

```
134060 g={sandCrateDefault:!1},n=dh(f,{["wnc","nwnc"]},n&&eh(a,d,g,f.wt,n))}else if(d){var
       g={},k,m=dh(f,
       ["wnc","nwnc","nwc","wc"]);(k=eh(a,d,g,f.wt,m))||(fh(g.eventReport,f)?b=!0:e=!0);e=e|
134061 |k||"LINK_CLICK"==a&&bh;g.simulateDefault=!k&&b&&!e;g.simulateDefault&&(e=gh(d,g)||e,
       !e&&c.preventDefault&&c.preventDefault());c.returnValue=k||!b||e;return
       c.returnValue}return!0}}},eh=function(a,b,c,d,e){var
       f=d||2E3,g={gtm.element":b,"gtm.elementClasses":b.className,"gtm.elementId":b["for"]
       ||Gf(b,"id")||"","gtm.elementTarget":b.formTarget||b.target||""};switch(a){case
       "LINK_CLICK":g["gtm.triggers"]=e||"";g.event=
134062 "gtm.linkClick";g["gtm.elementUrl"]=b.href;g.eventTimeout=f;g.eventCallback=ih(b,c);g
       .eventReporter=function(a){c.eventReport=a};break;case
       "FORM_SUBMIT":g["gtm.triggers"]=e||"";g.event="gtm.formSubmit";g["gtm.elementUrl"]=jh
       (b);g.eventTimeout=f;g.eventCallback=kh(b,c);g.eventReporter=function(a){c.
       eventReport=a};break;case
       "CLICK":g.event="gtm.click";g["gtm.elementUrl"]=(b.attributes&&b.attributes.
       formaction?b.formAction:"")||b.action||b.href||b.src||b.code||b.codebase||"";break;
       default:return!0}return Qg(g)},
134063 jh=function(a){var b=a.action;b&&b.tagName&&(b=a.cloneNode(!1).action);return
       b},lh=function(a){var b=a.target;if(!b)switch(String(a.tagName).toLowerCase()){case
       "a":case "area":case "form":b="_self")return b},gh=function(a,b){var
       c=!1,d=/(iPad|iPhone|iPod)/g.test(vf.userAgent),e=lh(a).toLowerCase();switch(e){case
       "":case "_self":case "_parent":case "_top":var
       f;f=(e||"_self").substring(1);b.targetWindow=H.frames&&H.frames[f]||H[f];break;case
       "_blank":d?(b.simulateDefault=!1,c=!0):(b.targetWindowName=
134064 "gtm_autoEvent_"+I().getTime(),b.targetWindow=H.open("",b.targetWindowName));break;
       default:d&&!H.frames[e]?(b.simulateDefault=!1,c=!0):(H.frames[e]||(b.targetWindow
       =e),b.targetWindow=H.frames[e]||H.open("",e))}return c},ih=function(a,b,c){return
       function(){b.simulateDefault&&b.targetWindow?b.targetWindow.location.href=a.href:(c=
       c||I().getTime(),500>I().getTime()-c&&H.setTimeout(ih(a,b,c),25))}},kh=function(a,b,
       c){return function(){if(b.simulateDefault)if(b.targetWindow){var
       d;b.targetWindowName&&
134065 (d=a.target,a.target=b.targetWindowName);R.gtmSubmitFormNow=!0;mh(a).call(a);b.
       targetWindowName&&(a.target=d)}else
       c=c||I().getTime(),500>I().getTime()-c&&H.setTimeout(kh(a,b,c),25)}},dh=function(a,b)
       {for(var c=[],d=0;d<b.length;d++){var e=a[b[d]],f;for(f in
       e)e.hasOwnProperty(f)&&e[f]&&c.push(f)}return c.join(",")},nh=function(a,b,c,d,e){var
       f=e;if(!f||"0"==f){if(a.l)return;a.l=!0;f="0"}var
       g=a.wt;b&&(!g||!g>d)&&(a.wt=d);a[b?c="wc":"wnc":c?"nwc":"nwnc"][f]=!0},fh=function(a,b
       ){if(b.wnc["0"]||!b.wc["0"])return!0;
134066 for(var c=0;c<oh.length;c++)if(a.passingRules[c]){var
       d=ph[c],e=d&&d[0]&&d[0][0]||d[1]&&d[1][0];if(e&&"0"!=e&&(b.wc[e]||b.wnc[e]))for(var
       f=oh[c][1],g=0;g<f.length;g++)if(a.resolvedTags[f[g]])return!0}return!1},qh=function(
       a,b,c,d,e){var f,g,h=!1;switch(a){case
       "CLICK":if(R.gtmHasClickListenerTag)return;R.gtmHasClickListenerTag=!0;f="click";g=
       function(a){var b=If(a);b&&eh("CLICK",b,{},d)};h=!0;break;case
       "LINK_CLICK":b&&!Zg&&(g=Pf(R.location));nh($g,b||!1,c||!1,d,e);if(R.
       gtmHasLinkClickListenerTag)return;
134067 R.gtmHasLinkClickListenerTag=!0;f="click";g=hh(a,b||!1);break;case
       "FORM_SUBMIT":nh(ah,b||!1,c||!1,d,e);if(R.gtmHasFormSubmitListenerTag)return;R.
       gtmHasFormSubmitListenerTag=!0;f="submit";g=hh(a,b||!1);break;default:return}U(R,f,g,
       h)},ch=function(a){if(!Zg)return!1;var
       b=a.indexOf("#");if(0>b)return!1;if(0==b)return!0;var c=xa(a);return
       Zg==Pf(c)},mh=function(a){try{if(a.constructor&&a.constructor.prototype)return
       a.constructor.prototype.submit}catch(b){}if(a.gtmReplacedFormSubmit)return
       a.gtmReplacedFormSubmit;
134068 R.gtmFormElementSubmitter||(R.gtmFormElementSubmitter=R.createElement("form"));return
       R.gtmFormElementSubmitter.submit.call?R.gtmFormElementSubmitter.submit:a.submit};var
       xg=new String("undefined"),yh=function(a){this.resolve=function(b){for(var
       c=[],d=0;d<a.length;d++)c.push(a[d]===xg?b:a[d]);return
       c.join("")}}};yh.prototype.toString=function(){return
       this.resolve("undefined")}};yh.prototype.valueOf=yh.prototype.toString;var
       zh={},Ah=function(a,b){var c=of++;zh[c]=[a,b];return c},Bh=function(a){var
       b=a?0:1;return function(a){var c=zh[a];if(c&&N(c[b]))c[b]();zh[a]=void 0}};var
       Ch=String.prototype.trim?function(a){return a.trim()}:function(a){return
       a.replace(/^[\s\xa0]+|[\s\xa0]+$/g,"")},Dh=function(a,b){return a<b?-1:a>b?1:0};var
       Eh;a:{var Fh=Ba.navigator;if(Fh){var Gh=Fh.userAgent;if(Gh){Eh=Gh;break a}}Eh=""}var
       V=function(a){return-1!=Eh.indexOf(a)};var Hh=function(Hh[" "](a);return a}Hh["
       "]=function(){};var Jh=function(a,b){var c=Ih;return
```

```
134068  Object.prototype.hasOwnProperty.call(b,a)?b[a]:b[a]=b(a);var
     …  Kh=V("Opera"),Lh=V("Trident")||V("MSIE"),Mh=V("Edge"),Nh;if(Nh=V("Gecko"))Nh=!(-1!=Eh
     …  .toLowerCase().indexOf("webkit")&&!V("Edge"));var
     …  Oh=Nh&&!(V("Trident")||V("MSIE"))&&!V("Edge"),Ph=-1!=Eh.toLowerCase().indexOf("webkit
     …  ")&&!V("Edge")&Ph&&V("Mobile");V("Macintosh");V("Windows");V("Linux")||V("CrOS");var
     …  Qh=Ba.navigator||null;Qh&(Qh.appVersion||"").indexOf("X11");V("Android");!V("iPhone"
     …  )||V("iPod")||V("iPad");V("iPad");V("iPod");
134069  var Rh=function(){var a=Ba.document;return a?a.documentMode:void 0},Sh;a:{var
     …  Th="",Uh=function(){var
     …  a=Eh;if(Oh)return/rv\:([^\);]+)(\)|;)/.exec(a);if(Mh)return/Edge\/([\d\.]+)/.exec(a);
     …  if(Lh)return/\b(?:MSIE|rv)[:
     …  ]([^\);]+)(\)|;)/.exec(a);if(Ph)return/WebKit\/(\S+)/.exec(a);if(Kh)return/(?:Version
     …  )[ \/]?(\S+)/.exec(a)}();Uh&&(Th=Uh?Uh[1]:"");if(Lh){var
     …  Vh=Rh();if(null!=Vh&&Vh>parseFloat(Th)){Sh=String(Vh);break a}}Sh=Th}
134070  var Wh=Sh,Ih={},Xh=function(){return Jh(a,function(){for(var
     …  b=0,c=Ch(String(Wh)).split(".").d=Ch(String(a)).split("."),e=Math.max(c.length,d.
     …  length),f=0;0==b&&f<e;f++){var g=c[f]||"",h=d[f]||"";do{var
     …  k=/(\d*)(\D*)(.*)/.exec(g)||["","","",""],m=/(\d*)(\D*)(.*)/.exec(h)||["","","",""];
     …  if(0==k[0].length&&0==m[0].length)break;b=0=k[1].length?0:parseInt(k[1],10),0==m[
     …  1].length?0:parseInt(m[1],10))||Dh(0==k[2].length,0==m[2].length)||Dh(k[2],m[2]);g=k[
     …  3];h=m[3]}while(0==b)}return 0<=b}},Yh=Ba.document;
134071  Zh=Yh&&Lh?Rh()||(("CSS1Compat"==Yh.compatMode?parseInt(Wh,10):5):void 0;var
     …  $h;if(!($h=!Oh&&Lh)){var
     …  ai;if(ai=Lh)ai=9<=Number(Zh);$h=ai}$h||Oh&&Xh("1.9.1");Lh&&Xh("9");var
     …  va=function(a,b){var
     …  c="";Lh&&!bi(a)&&(c='<script>document.domain="'+document.domain+'";\x3c/script>'+c);
     …  var d="<!DOCTYPE html><html><head><script>var
     …  inDapIF=true;\x3c/script>"+c+"</head><body>"+b+"</body></html>";if(ci)a.srcdoc=d;else
     …  if(di){var
     …  e=a.contentWindow.document;e.open("text/html","replace");e.write(d);e.close()}else
     …  ei(a,d),ci=Ph&&"srcdoc"in
     …  document.createElement("iframe"),di=Oh||Ph||Lh&&Xh(11),ei=function(a,b){Lh&&Xh(7)&&!
     …  Xh(10)&&6?fi()&&gi()&&(b=hi(b));var c=function(){a.contentWindow.goog_content=
134072  b;a.contentWindow.location.replace("javascript:window.goog_content")};Lh&&!bi(a)?ii(a
     …  ,c):c()},fi=function(){var
     …  a=navigator.userAgent.match(/Trident\/([0-9]+.[0-9]+)/);return
     …  a?parseFloat(a[1]):0},bi=function(a){try{var b;var c=a.contentWindow;try{var
     …  d;if(d=!!c&&null!=c.location.href)b:{try{Hh(c.foo);d=!0;break
     …  b}catch(e){}d=!1}b=d}catch(e){b=!1}return
     …  b}catch(e){return!1}},ji=0,ii=function(a,b){var
     …  c="goog_rendering_callback"+ji++;window[c]=b;a.src="javascript:'<script>(function()
     …  {document.domain = \""+
134073  document.domain+'";var continuation = window.parent.'+c+'";window.parent."+c+" =
     …  null;continuation();})()\x3c/script>'"},gi=function(a){for(var
     …  b=0;b<a.length;++b)if(127<a.charCodeAt(b))return!0;return!1},hi=function(a){for(var
     …  b=unescape(encodeURIComponent(a)),c=Math.floor(b.length/2),d=[],e=0;e<c;++e)d[e]=
     …  String.fromCharCode(256*b.charCodeAt(2*e+1)+b.charCodeAt(2*e));1==b.length%2&&(d[c]=b
     …  .charAt(b.length-1));return d.join("")};/*
134074   Copyright (c) 2014 Derek Brans, MIT license
     …  https://github.com/krux/postscribe/blob/master/LICENSE. Portions derived from
     …  simplehtmlparser, which is licensed under the Apache License, Version 2.0 */
134075
134076  var ki,qa=function(){};(function(){function a(a,g){a=a||"";g=g||{};for(var k in
     …  b)b.hasOwnProperty(k)&&(g.g&&(g["fix_"+k]=!0),g.Pa=g.Pa||g["fix_"+k]);var
     …  h={comment:/^\x3c!--/,endTag:/^<\//,atomicTag:/^<\s*(script|style|noscript|iframe|
     …  textarea)[\s\/>]/i,startTag:/^</,chars:/^[^<]/},n={comment:function(b){var
     …  b=a.indexOf("--\x3e");if(0<=b)return{content:a.substr(4,b),length:b+3}},endTag:
     …  function(){var
     …  b=a.match(d);if(b)return{tagName:b[1],length:b[0].length}},atomicTag:function(){var
     …  b=n.startTag();
134077  if(b){var c=a.slice(b.length);if(c.match(new
     …  RegExp("</\\s*"+b.tagName+"\\s*>","i"))){var d=c.match(new
     …  RegExp("([\\s\\S]*?)</\\s*"+b.tagName+"\\s*>","i"));if(d)return{tagName:b.tagName,m:b
     …  .m,content:d[1],length:d[0].length+b.length}}},startTag:function(){var
     …  b=a.match(c);if(b){var d={};b[2].replace(e,function(a,b,c,e,g){var
     …  k=c||g||f.test(b)&&b||null,h=document.createElement("div");h.innerHTML=k;d[b]=h.
     …  textContent||h.innerText||k});return{tagName:b[1],m:d,Y:!!b[3],length:b[0].length}}},
     …  chars:function(){var b=
```

```
134078  a.indexOf("<")){return d[b](function(){f.bb&&a.length}}},q=function(){for(var b in
        h)if(h[b].test(a)){var c=n[b]();return
        c?(c.type=c.type||b,c.text=a.substr(0,c.length),a=a.slice(c.length),c):null}};g.Pa&&
        function(){var
        b=/^(AREA|BASE|BASEFONT|BR|COL|FRAME|HR|IMG|INPUT|ISINDEX|LINK|META|PARAM|EMBED)$/i,c
        =/^(COLGROUP|DD|DT|LI|OPTIONS|P|TD|TFOOT|TH|THEAD|TR)$/i,d=[],d.Qa=function(){return
        this[this.length-1]};d.ua=function(a){return b=this.Qa();return
        b&&b.tagName&&b.tagName.toUpperCase()===a.toUpperCase()};d.qb=
134079  function(a){for(var b=0,c=this[b];b++)if(c.tagName===a)return!0;return!1};var
        e=function(a){a&&"startTag"===a.type&&(a.Y=b.test(a.tagName)||a.Y);return
        a},f=q,k=function(){a="</"+d.pop().tagName+">"+a},h={startTag:function(b){var
        e=b.tagName;"TR"===e.toUpperCase()&&d.ua("TABLE")?(a="<TBODY>"+a,l()):g.fc&&c.test(e)
        &&d.qb(e)?d.ua(e)?k():(a="</"+b.tagName+">"+a,l()):b.Y||d.push(b)},endTag:function(a)
        {d.Qa()?g.tb&&!d.ua(a.tagName)?k():d.pop():g.tb&&(f(),l())}},l=function(){var
        b=a,c=e(f());a=b;if(c&&
134080  h[c.type])h[c.type](c);q=function(){l();return
        e(f())}})();return{append:function(b){a+=b},Hb:q,nc:function(a){for(var
        b;(b=q())&&(!a[b.type]||!1!==a[b.type](b)););;},clear:function(){var b=a;a="";return
        b},oc:function(){return a},stack:[]}}var b=function(){var
        a={},b=this.document.createElement("div");b.innerHTML="<P><I></P></I>";a.sc="<P><I></
        P></I>"!==b.innerHTML;b.innerHTML="<P><i><P></P></i></P>";a.pc=2===b.childNodes.
        length;return
        a}(),c=/^<([\-A-Za-z0-9_]+)((?:\s+[\w\-]+(?:\s*=?\s*(?:(?:"[^"]*")|(?:'[^']*')|[^>\s]
        +))?)*\s*(\/?)>/,
134081  d=/^<\/([\-A-Za-z0-9_]+)[^>]*>/,e=/([\-A-Za-z0-9_]+)(?:\s*=\s*(?:(?:"((?:\\.|[^"])*)"
        )|(?:'((?:\\.|[^'])*)')|([^>\s]+)))?/g,f=/^(checked|compact|declare|defer|disabled|
        ismap|multiple|nohref|noresize|noshade|nowrap|readonly|selected)$/i;a.supports=b;a.tc
        =function(a){var
        b={comment:function(a){return"<--"+a.content+"--\x3e"},endTag:function(a){return"</"+
        a.tagName+">"},atomicTag:function(a){return
        b.startTag(a.content+b.endTag(a)},startTag:function(a){var b="<"+a.tagName,c;for(c
        in a.m)var d=a.m[c],
134082  b=b+(" "+c+'="'+(d?d.replace(/(^|[^\\])"/g,'$1\\"'):"")+'"');return
        b+(a.Y?"/>":">")},chars:function(a){return a.text}};return
        b[a.type](a)};a.ec=function(a){var b={},c;for(c in a)var
        d=a[c];b[c]=d&&d.replace(/(^|[^\\])"/g,'$1\\"')}return b};for(var g in
        b)a.lb=a.lb||!b[g]&&g;ki=a}});(function(){function a(){}function b(a){return void
        0!==a&&null!==a}function c(a,b){var c,d=a&&a.length||0;for(c=0;c<d;c++)b.call(void
        0,a[c],c)}function d(a,b){for(var c in a)a.hasOwnProperty(c)&&b.call(void 0,c,a[c])}
134083  function e(a,b){d(b,function(b,c){a[b]=c});return a}function
        f(a,c){a=a||{};d(c,function(c,d){b(a[c])||(a[c]=d)});return a}function
        g(a){try{return m.call(a)}catch(t){var b=[];c(a,function(a){b.push(a)});return b}}var
        h={$a:a,ab:a,bb:a,cb:a,hb:a,ib:function(){return a},done:a,error:function(a){throw
        a;},Ib:!1},k=this;if(!k.ja){var m=Array.prototype.slice,l=function(){function
        a(a,c,d){var e="data-ps-"+c;if(2===arguments.length){var f=a.getAttribute(e);return
        b(f)?String(f):f}b(d)&&""!==d?a.setAttribute(e,
134084  d):a.removeAttribute(e)}function f(b,c){var
        d=b.ownerDocument;e(this,{root:b,options:c,Z:d.defaultView||d.parentWindow,L:d,ia:ki(
        "",{gb:!0}),pa:[b],Aa:"",Ba:d.createElement(b.nodeName),X:[],K:[]})};a(this.Ba,"
        proxyof",0)}f.prototype.write=function(){[].push.apply(this.K,arguments);for(var
        a;!this.ca&&this.K.length;)a=this.K.shift(),"function"===typeof
        a?this.pb(a):this.Ja(a)};f.prototype.pb=function(a){var
        b={type:"function",value:a.name||a.toString()};this.za(b);a.call(this.Z,this.L);this.
        Sa(b)};
134085  f.prototype.Ja=function(a){this.ia.append(a);for(var
        b,c=[],d,e;(b=this.ia.Hb())&&!(d=b&&"tagName"in
        b?!!~b.tagName.toLowerCase().indexOf("script"):!1)&&!(e=b&&"tagName"in
        b?!!~b.tagName.toLowerCase().indexOf("style"):!1);)c.push(b);this.Qb(c);d&&this.ub(b)
        ;e&&this.vb(b)};f.prototype.Qb=function(a){var
        b=this.mb(a);b.La&&(b.wb=this.Aa+b.La,this.Aa+=b.Gb,this.Ba.innerHTML=b.wb,this.Ob())
        };f.prototype.mb=function(a){var
        b=this.pa.length,d=[],e=[],f=[];c(a,function(a){d.push(a.text);if(a.m)if(!/^noscript
        $/i.test(a.tagName)){var c=
134086  b++;e.push(a.text.replace(/(\/?>)/," data-ps-id="+c+"
        $1"));"ps-script"!==a.m.id&&"ps-style"!==a.m.id&&f.push("atomicTag"===a.type?"":"<"+a
        .tagName+" data-ps-proxyof="+c+(a.Y?" />":">"))}})}else
        e.push(a.text),f.push("endTag"===a.type?a.text:"")});return{Ia:a,raw:d.join(""),La:e.
        join(""),Gb:f.join("")}};f.prototype.Ob=function(){for(var
```

```
134086  c,d=[this.Ba],b(c.parentNode,f,c)}:function(){}:var
        e=1===c.nodeType;if(!e||!a(c,"proxyof")){e&&(this.pa[a(c,"id")]=c,a(c,"id",null));var
        f=c.parentNode&&(c.parentNode,"proxyof");f&&
134087  this.pa[f].appendChild(c)}d.unshift.apply(d,g(c.childNodes))}};f.prototype.ub=
        function(a){var
        b=this.ia.clear();b&&this.K.unshift(b);a.src=a.m.src||a.m.Wb;a.src&&this.X.length?
        this.ca=a:this.za(a){var
        c=this;this.Pb(a,function(){c.Sa(a)})};f.prototype.vb=function(a){var
        b=this.ia.clear();b&&this.K.unshift(b);a.type=a.m.type||a.m.$b||"text/css";this.Rb(a)
        ;b&&this.write()};f.prototype.Rb=function(a){var
        b=this.ob(a);this.Ab(b);a.content&&(b.styleSheet&&!b.sheet?b.styleSheet.cssText=a.
        content:b.appendChild(this.L.createTextNode(a.content))};
134088  f.prototype.ob=function(a){var
        b=this.L.createElement(a.tagName);b.setAttribute("type",a.type);d(a.m,function(a,c){b
        .setAttribute(a,c)});return b};f.prototype.Ab=function(a){this.Ja('<span
        id="ps-style"/>');var
        b=this.L.getElementById("ps-style");b.parentNode.replaceChild(a,b)};f.prototype.za=
        function(a){a.Fb=this.K;this.K=[];this.X.unshift(a)};f.prototype.Sa=function(a){a!==
        this.X[0]?this.options.error({message:"Bad script nesting or script finished
        twice"}):(this.X.shift(),this.write.apply(this,
134089  a.Fb),!this.X.length&&this.ca&&(this.za(this.ca),this.ca=null))};f.prototype.Pb=
        function(a,b){var
        c=this.nb(a),d=this.Kb(c),e=this.options.$a;a.src&&(c.src=a.src,this.Jb(c,d?e:
        function(){b(c);e()})));try{this.zb(c),a.src&&!d||b()}catch(F){this.options.error(F),b(
        )}};f.prototype.nb=function(a){var
        b=this.L.createElement(a.tagName);d(a.m,function(a,c){b.setAttribute(a,c)});a.content
        &&(b.text=a.content);return b};f.prototype.zb=function(a){this.Ja('<span
        id="ps-script"/>');var b=this.L.getElementById("ps-script");
134090  b.parentNode.replaceChild(a,b)};f.prototype.Jb=function(a,b){function
        c(){a=a.onload=a.onreadystatechange=a.onerror=null}var
        d=this.options.error;e(a,{onload:function(){c();b()},onreadystatechange:function(){/^
        (loaded|complete)$/.test(a.readyState)&&(c(),b())},onerror:function(){var
        e={message:"remote script failed
        "+a.src};c();d(e);b()}})};f.prototype.Kb=function(a){return!/^script$/i.test(a.
        nodeName)||!!(this.options.Ib&&a.src&&a.hasAttribute("async"))};return
        f}();k.ja=function(){function b(){var a=
134091  m.shift(),b&&(b=a.length-1,h.ab(),a.stream=c.apply(null,a),h.bb())}function
        c(f,f,h){function k(a){a=h.ib(a);x.write(a);h.cb(a)}x=new
        l(c,h);x.id=d++;x.name=h.name||x.id;var
        m=c.ownerDocument,n={close:m.close,open:m.open,write:m.write,writeln:m.writeln};e(m,{
        close:a,open:a,write:function(){return
        k(g(arguments).join(""))},writeln:function(){return
        k(g(arguments).join("")+"\n")}});var
        q=x.Z.onerror||a;x.Z.onerror=function(a,b,c){h.error({jc:a+" -
        "+b+":"+c});q.apply(x.Z,arguments)};x.write(f,
134092  function(){e(m,n);x.Z.onerror=q;h.done();x=null;b()});return x}var
        d=0,m=[],x=null;return e(function(c,d,e){"function"===typeof
        e&&(e={done:e});e=f(e,h);c=/^#/.test(c)?k.document.getElementById(c.substr(1)):c.hc?c
        [0]:c;var
        g=[c,d,e];c.ja={cancel:function(){g.stream?g.stream.abort():g[l]=a}};e.hb(g);m.push(g
        );x||b();return c.ja},{qc:{},mc:m,ac:l})}();qa=k.ja})();
134093  var li=function(a,b,c,d){return function(){try{if(0<b.length){var
        e=b.shift(),f=li(a,b,c,d);if("SCRIPT"==String(e.nodeName).toUpperCase()&&"text/
        gtmscript"==e.type){var
        g=R.createElement("script");g.async=!1;g.type="text/javascript";g.id=e.id;g.text=e.
        text||e.textContent||e.innerHTML||"";e.charset&&(g.charset=e.charset);var
        h=e.getAttribute("data-gtmsrc");h&&(g.src=h,oa(g,f));a.insertBefore(g,null);h||f()}
        else if(e.innerHTML&&0<=e.innerHTML.toLowerCase().indexOf("<script")){for(var
        k=[];e.firstChild;)k.push(e.removeChild(e.firstChild));
134094  a.insertBefore(e,null);li(e,k,f,d)()}else a.insertBefore(e,null),f()}}else
        c()}catch(m){w(d)}}};var mi=function(a,b,c){var d=function(){var
        d=pa;d.postscribe||(d.postscribe=qa);var
        f={done:b},g=R.createElement("div");g.style.display="none";g.style.visibility="hidden
        ";R.body.appendChild(g);try{d.postscribe(g,a,f)}catch(h){w(c)};ra?d():sa.push(d)};
        var ni=function(a,b,c){if(R.body){var d=
134095  a[Mc];d instanceof yh&&(d=d.resolve(Ah(b,c)),b=$e);if(a[Pe])try{va(da(),"<script>var
        google_tag_manager=parent.google_tag_manager;\x3c/script>"+d),w(b)}catch(e){w(c)}else
        a[Re]?mi(d,b,c):li(R.body,wa(d),b,c)()}else
```

```
134095  H.setTimeout=function(){ni(a,b,c);2007},_ntmi=ni,_ntmi.a=ntmr,_ntmi.b=["
        customScripts"];
134096  var zi=function(a,b,c,d){var e=b+": "+c+(d?"
        !important":""),f=document;if(f.createStyleSheet){var
        g=wi(f),h=g.rules.length;g.addRule(a,e);return
        function(){g.removeRule?g.removeRule(h):g.deleteRule(h);g.addRule("x","-",h)}}var
        k=xi(a+"{"+e+"}",f);yi(k,f);var m=k.parentNode;return
        function(){m.removeChild(k)}},Ai=null,wi=function(a){if(Ai)return Ai;for(var
        b=a.styleSheets.length-1;0<=b;b--){var
        c=a.styleSheets[b],d=c.ownerNode;if(d&&d.parentNode&&"HEAD"==d.parentNode.tagName)
        return Ai=c}return a.styleSheets.length&&
134097  a.createStyleSheet();return Ai=a.styleSheets[0]},xi=function(a,b){var
        c=(b||document).createElement("style");void
        0!==c.cssText?c.cssText=a:c.innerHTML=a;return c},yi=function(a,b){var
        c=b||document,d=c.getElementsByTagName("head")[0];d||(d=c.createElement("head"),c.
        body.parentNode.insertBefore(d,c.body));d.appendChild(a)};var Hi={},Ii=void
        0,Ji=function(a){var b=Hi[a];b||(b=(b={d:a,u:[],T:0,Ha:null,ya:void
        0,Ca:!1},Hi[a]=b);Ii=b},Li=function(a,b,c,d){var e=Ii;if(!Zf||!e)return!1;var
        f={id:e.id+":"+e.u.length,eb:b,R:[],Za:c,F:a,qa:0,na:d||null,Ma:0,S:!1};e.u.push(f);
        null===a?(f.S=!0,b(null)):Ki(e);return!0},Mi=function(a){var
        b=zi(a,"visibility","hidden",!0);return
        function(){N(b)&&b.apply();b=null}},Ni=function(a,b,c,d){var e=b;if(!ra){var
        f=Mi(a.w);sa.push(f);e=function(a,c){var d=b(a,c);f();return d}}return Li(a,e,
134098  c,d)},Ki=function(a){var I=a.Ca){for(var b=a.T;b<a.u.length;b++){var
        c=a.u[b],d=b==a.T;if(!c.S&&!Oi(d,c))break;c.S&&d&&a.T++}a.u.length>a.T?(a.Ha||(a.Ha=H
        .setTimeout(function(){a.Ha=null;Ki(a)},80)),ra||a.ya||(a.ya=function(){w(function(){
        Ki(a)})},U(H,"DOMContentLoaded",a.ya))):Pi(a)}},Pi=function(a){for(var
        b=0;b<a.u.length;b++){var c=a.u[b];if(c.F)for(var
        d=tf(c.F.w)||[],e=0;e<d.length;e++){var
        f=d[e];f.gtmProgressiveApplied&&f.gtmProgressiveApplied[c.id]||(Qi(f,c.id),c.R.push(
        Ri(f,c.id)))}}},Oi=
134099  function(a,b){var c=[];if(b.F){var
        d=Si(b.F,b.id),e=null;b.na&&(e=Si(b.na,b.id+"-t"));for(var f=0;f<d.length;f++){var
        g=d[f],h;if(null!=e&&(h=e.length>?e[f]:null,!h&&!ra&&(null===b.na.o||b.Ma+c.length<b
        .na.o))break;c.push({element:g,Lb:h})}}if(!ra&&b.Za&&(!a||null==b.F.o||b.F.o!=b.qa+c
        .length))return!1;for(var k=0;k<c.length;k++){var
        m=c[k].element,l=c[k].Lb,n=b.qa++;Qi(m,b.id);l&&(b.Ma++,n=b.id+"-t",Qi(l,n));var
        q=b.eb(m,l);N(q)&&b.R.push(q);b.R.push(Ri(m,b.id));l&&n&&b.R.push(Ri(l,n))}if(b.F.o&&
134100  b.F.o==b.qa||ra)b.S=!0;return!0},Qi=function(a,b){a.gtmProgressiveApplied||(a.
        gtmProgressiveApplied={});a.gtmProgressiveApplied[b]=!0},Ri=function(a,b){return
        function(){a.gtmProgressiveApplied&&delete
        a.gtmProgressiveApplied[b]}},Si=function(a,b){for(var
        c=tf(a.w)||[],d=[],e=0;e<c.length;e++){var
        f=c[e];if(!f.gtmProgressiveApplied||!f.gtmProgressiveApplied[b]){if(a.C&&!Ti(f))break
        ;d.push(f)}}return
        d},Ti=function(a){if(ra)return!0;for(;a;){if(a.nextSibling)return!0;a=a.parentNode}
        return!1};var _cl=function(a,b){qh("CLICK";w(b)};_cl.a="cl";_cl.b=["google"];var
        Wi,Xi;var gj=function(a){return function(){}},hj=function(a){return function(){}};
134101  var jj=function(a,b,c){var
        d=encodeURIComponent,e=(a[Qe]?"//ad.doubleclick.net/activity":"//"+d(a[Sa])+".fls.
        doubleclick.net/activity")+";src="+d(a[Sa])+";type="+d(a[Ra])+";cat="+d(a[Ra]);a[Te]
        &&(e+=";u="+d(a[Te]));a[He]&&(e+=";tran="+d(a[He]));var f=a[Sb]||{},g;for(g in
        f)f.hasOwnProperty(g)&&(e+=";"+d(g)+"="+d(f[g]));e+=";ord="+d(a[Cd]);wd in
        a&&(e+=";num="+d(a[wd]));if(a[qc]){var
        h=a[cb]||[];if(0<h.length){r("//www.gstatic.com/attribution/collection/
        attributiontools.js",function(){jj.Da(a,e,h,
134102  b,c)},c);return}}jj.V(a,e,b,c)};jj.Da=function(a,b,c,d,e){for(var
        f={},g=0;g<c.length;g++){var
        h=c[g];h.hasOwnProperty("key")&&h.hasOwnProperty("value")&&(f[h.key]=h.value)}var
        k=[];k.push(f);b+=H.google_attr.build(k);jj.V(a,b,d,e);};jj.V=function(a,b,c,d){var
        e=ea({});!a[Qe]&&e&&(":"!=1b.charAt(b.length-1)&&(b+=";"),b+="~oref="+
        encodeURIComponent(e));(a[Qe]?G:da)(b+"?",c,d)};var
        _flc=jj;_flc.a="flc";_flc.b=[];var Kj=function(a){
        b=H||Ba,c=b.onerror,d=!1;Ph&&!Xh("535.3")&&d=!d);b.onerror=function(b,f,g,h,k){c&&c(
        b,f,g,h,k);a({message:b,fileName:f,Cb:g,cc:h,error:k});return d}};
134103  var Lj=function(a){var b=function(b){b=b||H.event;var
        c=a.call(this,b);b.returnValue=!1!==c&&(b.returnValue||void 0===b.returnValue);return
        c};b.gtmOnclickWrapper=!0;return b},_lcl=function(a,b){var
```

```
134103  c=ma(a,Ke,"!0),d=ma(a,Wb,!0),e=af(a[e])?b>=e&&e<=2e3):!0;var
        f=ma(a,Ke,"");qh("LINK_CLICK",!!c,!!d,e,String(f));if(!R.gtmLinkClickListener&&(R.
        gtmLinkClickListener=!0,!R.addEventListener)){var g=function(a){a=a||H.event;for(var
        b=If(a);b;)b.onclick&&b.onclick.gtmOnclickWrapper&&(b.onclick=Lj(b.onclick)),
134104  b=b.parentElement};U(R,"mousedown",g,!1);U(R,"keydown",function(a){a=a||H.event;13==a
        .keyCode&&g(a)},!1)}w(b)};_lcl.a="lcl";_lcl.b=[];var gk=493,hk=[],ik=[],jk=[],kk=new
        hf,lk=[],Y=[],oh=[],ph=[],mk=function(){this.I=[]};mk.prototype.set=function(a,b){
        this.I.push([a,b]);return this};mk.prototype.resolve=function(a,b){for(var
        c={},d=0;d<this.I.length;d++){var
        e=nk(this.I[d][0],a,b),f=nk(this.I[d][1],a,b);c[e]=f}return c};var
        ok=function(a){this.index=a};ok.prototype.resolve=function(a,b){var
        c=jk[this.index];if(c&&!b(c)){var
        d=c[Rc];if(a){if(a.get(d))return;a.set(d,!0)}c=nk(c,a,b);a&&a.set(d,!1);return
        jf(c)}};
134105  var _M=function(a){return new
        ok(a)},pk=function(a){this.resolve=function(b,c){for(var
        d=[],e=!1,f=0;f<a.length;f++){var g=nk(hk[a[f]],b,c);g===xg&&(e=!0);d.push(g)}return
        e?new yh(d):d.join("")}},_T=function(a){return new
        pk(arguments)},qk=function(a){function b(b){for(var
        c=1;c<a.length;c++)if(a[c]==b)return!0;return!1}this.resolve=
134106  function(c,d){var e=nk(a[0],c,d);if(a[0]instanceof ok&&b(8)&&b(16)){if(e===xg)return
        e;var
        f=ka();kk.set(f,e);return'google_tag_manager["GTM-Z6TQ"].macro(\''+f+"')"}for(var
        e=String(e),g=1;g<a.length;g++)e=X[a[g]](e);return e}},_E=function(a,b){return new
        qk(arguments)},rk=function(a,b){this.v=a;this.ma=b},_R=function(a,b){return new
        rk(a,b)},nk=function(a,b,c){var d=a;if(a instanceof ok||a instanceof mk||a instanceof
        pk||a instanceof qk)return a.resolve(b,c);if(!(a instanceof rk))if(af(a))for(var d=
134107  [],e=0;e<a.length;e++)d[e]=nk(a[e],b,c);else if(a&&"object"==typeof a){var
        d={},f;for(f in a)a.hasOwnProperty(f)&&(d[f]=nk(a[f],b,c))}return
        d},sk=function(a,b){var c=b[a],d=c;if(c instanceof ok||c instanceof qk||c instanceof
        pk||c instanceof rk)d=c;else if(af(c))for(var
        d=[],e=0;e<c.length;e++)d[e]=sk(c[e],b);else if("object"==typeof c){var d=new
        mk,f;for(f in c)c.hasOwnProperty(f)&&d.set(b[f],sk(c[f],b))}return
        d},uk=function(a,b){for(var c=b>b.split(",");!=[],d=0;d<c.length;d++){var
        e=c[d]=c[d].split(":");
134108  0==a&&(e[1]=hk[e[1]]);if(1==a)for(var f=tk(e[0]),e=c[d]={},g=0;g<f.length;g++){var
        h=ik[f[g]];e[h[0]]=h[1]}if(2==a)for(g=0;4>g;g++)e[g]=tk(e[g]);3==a&&(c[d]=hk[e[0]]);
        if(4==a)for(g=0;2>g;g++)if(e[g]){e[g]=e[g].split(".");for(var
        k=0;k<e[g].length;k++)e[g][k]=hk[e[g][k]]}else e[g]=[];5==a&&(c[d]=e[0])}return
        c},tk=function(a){var b=[];if(!a)return b;for(var
        c=0,d=0;d<a.length&&c<gk;c++=6,d++){var e=a&a.charCodeAt(d)||65;if(65!=e){var
        f;f=65<e&&90>=e?e-65:97<=e&&122>=e?e-97+26:95<=e?63:48<=e?e-48+52:
134109  62;1&f&&b.push(c);2&f&&b.push(c+1);4&f&&b.push(c+2);8&f&&b.push(c+3);16&f&&b.push(c+4
        );32&f&&b.push(c+5)}}return b},vk=function(a,b,c){a.push.apply(a,uk(b,c))};
134110  var
        Tg=function(){},Dk=function(a){},Wg=function(){},Ek=function(a){},Fk=function(a,b){},
        Gk=function(a,b){},Ug=function(a){};var Hk=function(a){var
        b=this;this.g=a;this.complete=this.Va=!1;this.la=[];this.fa=[];this.O=function(){if(b
        .s&&b.s.event){var c=b.s.event,b=b.g;b.complete||nf(b.la);rf(b,1);if(Na[a])for(var
        e=0;e<Na[a].length;e++)Na[a].shift().O()};this.N=function(){if(b.s&&b.s.event){var
        c=b.s.event,d=b.g;b.complete||
134111  nf(b.fa);rf(b,2);if(Na[a])for(var
        e=0;e<Na[a].length;e++)Na[a].shift().N()};this.A=$e},Ik=function(a,b){a.la.push(b)},
        Jk=function(a,b){a.fa.push(b)},Kk=function(a,b){this.J=[];this.Fa=[];this.Oa={};this.wa
        =[];this.U=0;this.Ta=this;this.Wa={};this.Ga={};this.event=a};Kk.prototype.addListener=
        function(a){this.wa.push(a)};
134112  var Lk=function(a,b,c,d,e,f){if(!c.complete){a.J[b]=c;void 0==d&&(d=[]);void
        0==e&&(e=[]);void
        0==f&&(f=[]);var d=af(d)?d.slice():["or",d];e=af(e)?e.slice():[e];f=af(f)?f.slice():[f];a
        .Oa[b]=d;a.Ta[b]=0<e.length;a.Wa[b]=0<f.length;a.U++;var
        g=function(){0<a.U&&a.U--;0==a.U||nf(a.wa)};Ik(c,g);Jk(c,g)}},Mk=function(a,b,c){a.J[b
        ]&&(Ik(a.J[b],function(){c(b,!0)}),Jk(a.J[b],function(){c(b,!1)}))},Nk=function(a,b){
        var c=!1;return function(d,e){var f;a:{for(var g=0;g<a.length;g++)if(a[g]instanceof
        rk&&a[g].v===
134113  d||a[g]===d){f=g;break
        a}f=-1}c||0>f||(("or"==a[0]?e?(c=!0,b()):(a.splice(f,1),1==a.length&&(c=!0)):e?(a.
        splice(f,1),1==a.length&&(c=!0,b()):c=!0)))},Rk=function(a,b){var
        c=[],d=!1,e=function(b){var f,g,h=Y[b];if(a.event.c(h)){}else g=Ok(h,b,a);if(f=g){var
```

```
134113  k=Pk(b,!0)?0<k.length&&e(k[0].v),c.push(f),var l=Pk(b,!1)?0<l.length&&e(l[0].v))else
        d=
134114  !0};e(b);if(!d){for(var f=0;f<c.length;f++){var
        g=c[f],h=Pk(g.g,!0);if(0<h.length){var
        k=c[f-1],m=Qk(g);Ik(k,m);0==h[0].ma&&Jk(k,m)}var
        l=Pk(g.g,!1);0<l.length&&(m=Qk(c[f+1]),Ik(g,m),0==l[0].ma&&Jk(g,m))}}a.Fa.push(c)}},Pk
        =function(a,b){var c=b?be:se,d=Y[a],e=void 0===d[c]?[]:d[c];return
        af(e)?e:[e]},Qk=function(a){return function(){a.A()}},Tk=function(a){for(var
        b={},c=0,e<a.length;c++){var d=a[c],e=[],f=function(a){var
        b=Pk(a,!0);0<b.length&&f(b[0].v),e.push(a);var c=Pk(a,!1);0<c.length&&f(c[0].v)};
134115  f(d,g);b[d.g]=e}Sk(a,b);return b},Sk=function(a,b){for(var c=0;c<a.length;c++){var
        d=a[c].g,e;for(e in b)if(b.hasOwnProperty(e)&&e!=d&&-1<df(b[e],d)){delete
        b[d];break}}};var Vk=function(a,b){return function(){a[Ic]=b.O;a[Jc]=b.N;var
        c=b.g,d=b.s&&b.s.Ga[c],e=Ma[c]&&Ma[c].state,f=d?void
        0!==d:b.Va||b.dc,g=Ma[c]&&Ma[c].firingOption,h=g&&2==g,k=g&&1==g;if(!f&&void
        0===e||!f&&!h||!h&&!k){rf(b,0);var m=b.s?b.s.event:void
        0;a=Uk(a,m?m.c:Yf());if(m){var l=a;Fk(m,c)}jf(a,b.O,b.N)}else
        h&&0==e||k&&0==d?Na[c].push(b):h&&1==e||k&&1==d?b.O():b.N()}},Uk=function(a,b){a=nk(a
        ,new hf,b);return a},Ok=function(a,b,c){var d=new
        Hk(b);d.s=c;Ik(d,gj(a));Jk(d,hj(a));d.A=Vk(a,d);return d};var
        _sp=function(a,b,c){r("//www.googleadservices.com/pagead/conversion_async.js",
        function(){var
        d=H.google_trackConversion;N(d)?d({google_conversion_id:a[T],google_conversion_label:
        a[Xc],google_custom_params:a[Sb]||{},google_remarketing_only:!0,onload_callback:b})||
        c():c()},c)};_sp.a="sp";_sp.b=["google"];
134116  var Zk=!1,_ua=function(a,b,c){function d(a){var
        b=[].slice.call(arguments,0);b[0]=n+b[0];H[m()].apply(window,b)}function e(b,c){void
        0!==a[c]&&d("set",b,a[c])}function f(a,b){return void 0===b?b:a(b)}function
        g(a,b){if(b)for(var c in b)b.hasOwnProperty(c)&&d("set",a+c,b[c])}function h(a){var
        b=function(a,b,c){if(!la(b))return!1;for(var
        e=ma(Object(b),c,[]),f=0;e&&f<e.length;f++)d(a,e[f]);return!!e&&0<e.length},c;a[jc]?c
        =J("ecommerce"):
134117  a[ic]&&(c=a[ic].ecommerce;if(!la(c))return;c=Object(c);var
        e=ma(a[Dc],"currencyCode",c.currencyCode);void
        0!==e&&d("set","&cu",e);b("ec:addImpression",c,"impressions");if(b("ec:addPromo",c[c.
        promoClick?"promoClick":"promoView"],"promotions")&&e.promoClick)d("ec:setAction","
        promo_click",c.promoClick.actionField);return}for(var f="detail checkout
        checkout_option click add remove purchase refund".split(" "),g=0;g<f.length;g++){var
        h=c[f[g]];if(h){b("ec:addProduct",h,"products");if("ec:setAction",f[g],
134118  h.actionField);break}}}function k(a,b,c){var d=0;if(void 0!==a)for(var e in
        a)if(a.hasOwnProperty(e)&&(c&&v[e]||!c&&void 0===v[e])){var
        f=x[e]?ha(a[e]):a[e];"anonymizeIp"!=e||f||(f=void 0);b[e]=f;d++}return
        d}M("GoogleAnalyticsObject",a[md]||"ga",!1);var m=function(){return
        H.GoogleAnalyticsObject},l=M(m(),function(){var
        a=H[m()];a.q=a.q||[];a.q.push(arguments)},!1);l.l=Number(I());var
        n="",q="";"string"!=typeof a[Fe]?(q=ka(),n=q+"."):""!==
134119  a[Fe]&&(q=a[Fe],n=q+".");var t=!1;var
        v={name:!0,clientId:!0,sampleRate:!0,siteSpeedSampleRate:!0,alwaysSendReferrer:!0,
        allowAnchor:!0,allowLinker:!0,cookieName:!0,cookieDomain:!0,cookieExpires:!0,
        cookiePath:!0,legacyCookieDomain:!0,legacyHistoryImport:!0,storage:!0},x={allowAnchor
        :!0,allowLinker:!0,alwaysSendReferrer:!0,anonymizeIp:!0,exFatal:!0,forceSSL:!0,
        javaEnabled:!0,legacyHistoryImport:!0,nonInteraction:!0,useBeacon:!0};
134120  var z={name:q};k(a[Dc],z,!0);l("create",a[Pa],z);d("set","&gtm","GTM-Z6TQ");void
        0!==a[Ya]&&d("set","anonymizeIp",a[Ya]||void
        0);e("nonInteraction",vd);g("contentGroup",a[Cb]);g("dimension",a[fc]);g("metric",a[
        jd]);
134121  var D={};k(a[Dc],D,!1)&&d("set",D);var
        F;a[bd]&&d("require","linkid","linkid.js");d("set","hitCallback",function(){if(N(a[Kc
        ]))a[Kc]()else{var
        c=a[Dc],d=c&&c.hitCallback;N(d)&&d()}b()});if(a[Be]){a[rc]&&d("require","ec","ec.js"
        ),h()};var
        E={hitType:"event",eventCategory:String(a[vc]),eventAction:String(a[uc]),eventLabel:f
        (String,a[xc]),eventValue:f(O,a[yc])};k(F,E,!1);d("send",E);}else if(a[Ce]){}else
        if(a[Ee]){}else if(a[De]){}else if(a[Sb]){}else if(a[Yb]){}else
        if(a[Ae]){}else{a[rc]&&d("require","ec","ec.js"),h()};if(a[hc]&&!a[tc]){var
        P="_dc_gtm_"+String(a[Pa]).replace(/[^A-Za-z0-9-]/g,"");d("require","displayfeatures"
        ,void
        0,{cookieName:P})}F?d("send","pageview",F):d("send","pageview");if(a[db]){d("require"
```

```
134121 .,"1"inner))var
     ua=String(a[db]).replace(/\s+/g,"").split(",");l(n+"linker:autoLink",ua,a[Oe],a[Zb])}
     }if(!Zk){var
     W=a[Wb]?"u/analytics_debug.js":"analytics.js";a[Sc]&&!a[Wb]&&(W="internal/"+W);
134122 Zk=!0;r(Q("https:","http:","//www.google-analytics.com/"+W,t),function(){H(m()].
     loaded||c()},c))};_ua.a="ua";_ua.b=["google"];var $k,al;var jl=!1;var
     kl=function(){var a=[];return function(b,c){if(void 0===a[b]){var
     d=lk[b]&&nk(lk[b],new hf,c),e=d;if(d)if(d[Za]&&af(d[ab]))for(var
     f=d[ab],e=!1,g=0;!e&&g<f.length;g++)d[ab]=f[g],e=jf(d);else e=jf(d);a[b]=[e,d]}return
     a[b]}},Ck=function(a,b){for(var
     c=b[0],d=0;d<c.length;d++)if(!a.M(c[d],a.c)[0])return!1;for(var
     e=b[2],d=0;d<e.length;d++)if(a.M(e[d],a.c)[0])return!1;return!0},ll=!1,Ng=function(a,
     b,c,d){switch(b){case "gtm.js":if(ll)return!1;ll=!0;break;case
     "gtm.sync":if(J("gtm.snippet")!=Ja)return!1}J("tagTypeBlacklist");
134123 for(var
     e={id:a,name:b,ba:c||$e,aa:tk(),ka:tk(),M:kl(),c:Yf()},f=[],g=0;g<oh.length;g++)if(Ck
     (e,oh[g])){f[g]=!0;for(var
     h=e,k=oh[g],m=k[1],l=0;l<m.length;l++)h.aa[m[l]]=!0;for(var
     n=k[3],l=0;l<n.length;l++)h.ka[n[1]]=!0}else f[g]=!1;Fk(e);var t=[];for(var
     v=0;v<gk;v++)if(e.aa[v]&&!e.ka[v])if(e.c(Y[v])){}else{t[v]=Y[v];}e.P=t;for(var x=new
     Kk(e),z=0;z<gk;z++)if(e.aa[z]&&!e.ka[z])if(e.c(Y[z])){}else{var
     D=e.P[z],F=Ok(D,z,x);Lk(x,z,F,D[cc],D[be],D[se]);if(D[Oa])break}x.addListener(e.ba);
     for(var E=[],
134124 y=0;y<x.J.length;y++){var K=x.J[y];if(K){var
     A=x.Oa[y],B=x.Ta[y],L=x.Wa[y];if(0!=A.length||B||L){if(0<A.length)for(var
     S=Nk(A,K.A),P=0;P<A.length;P++)A[P]instanceof
     rk&&A[P].v!=y&&Mk(x,A[P].v,S);(B||L)&&Rk(x,y)}else
     E.push(y)}}for(y=0;y<E.length;y++)x.J[E[y]].A();for(y=0;y<x.Fa.length;y++){for(var
     ua=x.Fa[y],W=ua,ja=[],fa=0;fa<W.length;fa++){var
     pb=W[fa],nb=pb.g,Nb=Ma[nb],rd=Nb.firingOption;0!=rd&&(1==rd&&void
     0!==pb.s.Ga[nb]||2==rd&&void 0!==Nb.state)&&ja.push(pb)}var sd=Tk(ja),wc=void
     0;for(wc in sd)if(sd.hasOwnProperty(wc)){for(var yf=
134125 void 0,nj=void 0,od=sd[wc],yl=od[0],uj=od[od.length-1],vj,Ia=0;Ia<W.length;Ia++){var
     pd=W[Ia];!yf&&pd.g==yl&&0<Ia&&(yf=W[Ia-1]);pd.g==uj&&Ia<W.length-1&&(nj=W[Ia+1]);if(-
     1<df(od,pd.g))if(vj=W.splice(Ia,1)[0],pd.g==uj)break;else Ia--}if(vj){var
     wj=Number(wc),na=yf,zf=nj;if(na){var
     zl=na.la[0],Al=na.fa[0],xj=na;xj.la=[];xj.fa=[];Ik(na,zl);Jk(na,Al)}if(na&&zf){var
     Af=Qk(zf);Ik(na,Af);var
     Bf=Pk(na.g,!1);0<Bf.length&&Bf[0].v!=wj&&0==Bf[0].ma&&Jk(na,Af);var
     Cf=Pk(zf.g,!0);0<Cf.length&&Cf[0].v!=wj&&0==Cf[0].ma&&
134126 Jk(na,Af)}}}0<ua.length&&ua[0].A()}0<x.U||nf(x.wa);d&&N(d)&&d({passingRules:f,
     resolvedTags:e.P});
134127 if("gtm.js"==b||"gtm.sync"==b)a:{}for(var Aj in e.P)if(e.P.hasOwnProperty(Aj)){var
     Bj=e.P[Aj],Df;if(!(Df=void 0==Bj[Rc]))var Cj=Bj[Rc];Df=!("function"!=typeof
     String.prototype.startsWith?0===Cj.indexOf("_implicit"):Cj.startsWith("_implicit"))}
     if(Df)return!0}return!1};var kk={macro:function(a){if(kk.contains(a))return
     kk.get(a)};ml.dataLayer=Tf;ml.onHtmlSuccess=Bh(!0);ml.onHtmlFailure=Bh(!1);ml.
     callback=function(a){za.hasOwnProperty(a)&&N(za[a])&&za[a]();delete
     za[a]};ml.jb=function(){var
     a=H.google_tag_manager;a||(a=H.google_tag_manager={});a["GTM-Z6TQ"]||(a["GTM-Z6TQ"]=
     ml);pa=a};(function(){var a=function(a){var
     b=M("google_tag_manager",{},!1),d=b[a];d||(d=b[a]={},d.nwnc={},d.nwc={},d.wnc={},d.wc
     ={},d.wt=null,d.l=!1);return d};$g=a("linkClickMap");ah=a("formSubmitMap")})();
134128 hk.push.apply(hk,function(){for(var a=[_jsm,'CID',(function(){try{var
     a\x3dga.getAll()[0];return a.get(\x22clientId\x22)}catch(b){return
     console.log(\x22Error fetching
     clientId\x22),\x22n/a\x22})}}());(';',_T(2),_re,_u,'url',_M(1),'.*',_eq,_e,'_event',_M(2),
     'gtm.js','56933_1',_sp,'1001982034','','yH_WCJae6wMQ0pDk3QM',4,'.*avistahospital\\.
     org.*',true,'56933_39',_cl,50,_cn,'avistahospital.org/','gtm.click','56933_74',_ua,
     UA-6319752-3',false,'All Clicks','destination -
     ',_v,'element',_'gtm.element',_M(33,37),'originated -
     ',_T(39,7),'\x26tid','\x26t','\x26ec','\x26ea','\x26el','\x26ni','event',{41:30,42:47
     ,43:32,44:38,45:40,46:21},51,_M(4),_eu,'element
     url',_M(5),'.*itriagehealth.com/facility/*','object','56933_38','Outbound',{41:30,42:
     47,43:57,44:38,45:40,46:21},52,'56933_37','Class','element
     classes','gtm.elementClasses',_M(6),'url
     path',_M(7),_T(39,66),{},'\x26aip',{41:30,42:47,43:61,44:64,45:67,69:31,46:21},54,'ID
     ','element
```

… id','gtm.elementId',_M(8),{41:94,42:47,43:5,44:95,45:96,46:21}',133,'.*
castlerockhospital.org/','56933_75','UA-6319752-28',{41:80,42:47,43:32,44:38,45:40,46:
21},130,'porterhospital.org/','56933_76','UA-6319752-7',{41:85,42:47,43:32,44:38,45:
40,46:21},131,'mylittletonhospital.org','56933_77','UA-6319752-4',{41:90,42:47,43:32,
44:38,45:40,46:21},132,'mercydurango.org/','56933_78','UA-6319752-26',{41:95,42:47,43
:32,44:38,45:40,46:21},133,'orthocolorado.org/','56933_79','UA-44863982-1',{41:100,42
:47,43:32,44:38,45:40,46:21},134,'parkerhospital.org/','56933_80','UA-6319752-5',{41:
105,42:47,43:32,44:38,45:40,46:21},135,'penrosestfrancis.org/','56933_81','UA-6319752
-6',{41:110,42:47,43:32,44:38,45:40,46:21},136,'stanthonyhosp.org/','56933_82','UA-
6319752-2',{41:115,42:47,43:32,44:38,45:40,46:21},137,'stanthonynorthhealthcampus.org
/','56933_83','UA-6319752-33',{41:120,42:47,43:32,44:38,45:40,46:21},138,'
summitmedicalcenter.org/','56933_84','UA-6319752-9',{41:125,42:47,43:32,44:38,45:40,
46:21},139,'stmarycorwin.org/','56933_85','UA-6319752-10',{41:130,42:47,43:32,44:38,
45:40,46:21},140,'stcatherinehosp.org/','56933_86','UA-6319752-31',{41:135,42:47,43:
32,44:38,45:40,46:21},141,'stmhospital.org/','56933_87','UA-6319752-11',{41:140,42:47
,43:32,44:38,45:40,46:21},142,'centura.org','56933_88','UA-6319752-1','Click
URL','gtm.elementUrl',_M(9),_T(33,148),{41:145,42:47,43:32,44:149,45:40,46:21},144,'.
*avistawomenshealth\\.org.*','56933_89','UA-6319752-36',{41:154},145,'.*orthocolorado
\\.org.*','56933_90',{41:100},149,'stanthonynorthwhs|chpgwomenshealth','56933_93','UA
-6319752-37',{41:163},150,'.*coloradojoint\\.org.*','56933_96','UA-6319752-38',{41:
168},157,'tel','gtm.linkClick','_triggers','gtm.triggers',_,2,_M(10),'(^$|((^|,)
56933_107($|,)))','56933_107','UA-6319752-30','Phone
Clicks','Click',{41:180,42:47,43:181,44:182,45:148,46:31},159,'56933_2147479553','UA-
6319752-39','allowLinker','cookieDomain','true','auto',{187:189,188:190},'centura.org
, avistahospital.org, avistmarycorwin.org, stroseasc.org, stmhospital.org,
healthlibrary.centura.org',{41:186,187:189,188:190},160,_et,'Click
Text',_M(11),'Directions','.*coloradojoint.*','56933_108',{41:168,42:47,43:198,45:37,
46:31},161,'.*centurahealthphysiciangroup\\.org.*','(^$|((^|,)56933_110($|,)))','
56933_110','Outbound
Clicks','click',{41:180,42:47,43:206,44:207,45:148,46:31},164,'56933_119','UA-
25740293-20',{41:211,42:47,43:32,44:38,45:40,46:21},166,'56933_115',{41:163,42:47,43:
32,44:38,45:40,46:21},167,'myneighborhoodhealthcenter.org','56933_116','UA-6319752-35
',{41:219,42:47,43:32,44:149,45:40,46:21},168,'56933_118',170,'directions','56933_120
',{41:30,42:47,43:32,44:197,45:40,46:21},171,'.*castlerockhospital\\.org.*','
56933_121',{41:80,42:47,43:32,44:197,45:40,46:21},172,'womenshealthlittleton','
56933_127','UA-25740293-54','ALL CLICKS','click text -',_T(236,197),'click
destination
-',_T(238,148),{41:234,42:47,43:235,44:237,45:239,46:31},174,'penrosecancercenter.org
','56933_128','UA-25740293-46','Click Text-/'  Click
URL-',_T(245,197,246,148),'URL-',_T(248,7),{41:244,42:47,43:32,44:247,45:249,46:31},
175,'centurahealthphysiciangroup.org','56933_133','click url - ',_T(254,148),'click
text - ',_T(256,197),'click origin -
',_T(258,7),'\x26ev',{41:180,42:47,43:235,44:255,45:257,260:259,46:31},179,'centura.
org/contact-centura-health/','56933_134',_flc,'4978556','invmedia','9putdnum','1',_r,
'_high_max_random',100000000000,10000000000000,_M(12),181,'.*porterprimarycare\\.org.
*','56933_137','UA-25740293-57','destination -  - ',' -
',_T(279,148,280,197),{41:278,42:47,43:32,44:40,45:281,46:21},183,'.*Templates/
Directions\\.aspx.*','.*porterhospital\\.org.*','56933_138','Directions
click',{41:85,42:47,43:287,44:207,45:148,46:31},184,'ridgegateobgyn.org','56933_144',
'UA-33762307-41',{41:292,42:47,43:32,44:149,45:40,46:21},190,'primarycarecherrycreek.
org','56933_145','UA-67806216-1',_T(33,148,280,197),{41:297,42:47,43:32,44:298,45:40,
46:21},191,__cegg,'00253734',192,'chpgwomenshealth.org','56933_147','UA-25740293-8',{
41:306,42:47,43:32,44:149,45:40,46:21},194,'araceawomenscare.org','56933_148','UA-
25740293-18','origin -
',_T(312,7),{41:311,42:47,43:32,44:149,45:313,46:31},195,'chpgneurospine.org','
56933_152','UA-25740293-3',{41:318,42:47,43:32,44:149,45:40,46:21},198,'Contact Page
Tag',{41:306,42:47,43:321,44:257,45:255,46:31},200,'56933_154',207,'56933_155',208,'
56933_156',209,'56933_157',210,'56933_158',211,'56933_159',212,'56933_160',213,'
56933_161',214,'56933_162',215,'56933_163',216,'56933_164',217,'56933_165',218,'
56933_166',219,'56933_167',220,'56933_168',221,'56933_169',_lcl,'2000',222,'56933_170
',223,'.*coloradojoint.org\\.*','56933_171','56933_109',224,'56933_172',225,'
56933_173','56933_111',226,'56933_174',227,'56933_175',228,'56933_176',229,'56933_177
',230,'56933_178',231,'56933_179',232,'56933_180','56933_122',233,'56933_181','
56933_125',234,'56933_182',235,'56933_183',236,'56933_184',237,'56933_185',238,'
56933_186',239,'56933_187',240,'56933_188',241,'56933_189',242,'56933_190',243,'
56933_191',244,'.*stanthonyhosp\\.org.*','56933_10',_html,'\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/188859301/8095ae9f94f24edf2c10/12/

```
swap.js\x22\x3e\x3c/script\x3e',15,'.*centuraseniors\\.org.*','56933_20','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/228649645/0bd60f132889ca0fee85/12/
swap.js\x22\x3e\x3c/script\x3e',19,'.*porter\\-place','56933_22','\x3cscript
type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/265714298/9fdd6a58f119405988dd/12/
swap.js\x22\x3e\x3c/script\x3e',20,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/286114234/93ab0460c01bbb5f507d/12/
swap.js\x22\x3e\x3c/script\x3e',21,'\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/321158471/a513a9676d4c0b8e7b47/12/
swap.js\x22\x3e\x3c/script\x3e',22,'vjga.done','56933_21','^http\\:\\/\\/(www\\.)?(
staging\\.)?centura.org\\/centuraconnected.*','56933_18','(dev|staging)','56933_14','
\n\n\x3cscript type\x3d\x22text/gtmscript\x22\x3ejQuery(\x27\x3ca
class\\x3d\x22cafewell\x22
href\\x3d\x22https://www.cafewell.com/code/centurahealth\x22
target\\x3d\x22_blank\x22\\x3e\x3cimg class\\x3d\x22cafewell\x22
style\\x3d\x22margin:20px 0 0 0\x22
src\\x3d\x22images/2014_CenturaConnected/img/ab/cafeWell_ABTest_text_opt1.png\x22\\
x3e\x3c\x3e\x3e\x27).insertAfter(\x22#page-home
.content-box\x3ep:last-of-type\x22);\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar _vwo_code\x3dfunction(){var
e\x3d68965,f\x3d2E3,g\x3d2500,h\x3d!0,d\x3d!1,c\x3ddocument;return{
use_existing_jquery:function(){return h},library_tolerance:function(){return
g},finish:function(){if(!d){d\x3d!0;var
a\x3dc.getElementById(\x22_vis_opt_path_hides\x22);a\x26\x26a.parentNode.removeChild(
a)}},finished:function(){return d},load:function(a){var
b\x3dc.createElement(\x22script\x22);b.src\x3da;b.type\x3d\x22text/javascript\x22;b.
innerText;b.onerror\x3dfunction(){_vwo_code.finish()};c.getElementsByTagName(\x22head
\x22)[0].appendChild(b)},init:function(){settings_timer\x3dsetTimeout(\x22_vwo_code
.finish()\x22,f);this.load(\x22//dev.visualwebsiteoptimizer.com/j.php?a\\x3d\x22+e+\
x22\\x26u\\x3d\x22+encodeURIComponent(c.URL)+\x22\\x26r\\x3d\x22+Math.random());var
a\x3dc.createElement(\x22style\x22),b\x3d\x22body{opacity:0
!important;filter:alpha(opacity\\x3d0) !important;background:none
!important;}\x22,d\x3dc.getElementsByTagName(\x22head\x22)[0];a.setAttribute(\x22id\
x22,\x22_vis_opt_path_hides\x22);a.setAttribute(\x22type\x22,\x22text/css\x22);a.
styleSheet?a.styleSheet.cssText\x3db:a.appendChild(c.createTextNode(b));d.appendChild
(a);return
settings_timer}}}();\n_vwo_settings_timer\x3d_vwo_code.init();\x3c/script\x3e\n',23,'
.*centurahealthathome\\.org.*','56933_23','\x3cscript type\x3d\x22text/gtmscript\x22
data-gtmsrc\x3d\x22//cdn.callrail.com/companies/249614301/a8d53c9a4ff73c4b678b/12/
swap.js\x22\x3e\x3c/script\x3e',26,'56933_12','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d202c7a35c56540dfa75c39c59fed68c4\x26amp;t\
x3dmarketing\x22\x3e',27,'.*\\#.*Modal.*','56933_27','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3d647adc982ae54b2095765bd9d562fc15\x26amp;t\
x3dmarketing\x22\x3e',31,'^.*cafewell\\.com.*$','56933_25','\x3cimg
src\x3d\x22http://tags.w55c.net/rs?id\x3dff664f6c60d44c5e837e8fd744db0a93\x26amp;t\
x3dmarketing\x22\x3e',33,'staging\\.centura\\.org\\/centuraconnected','56933_36','\
x3cscript
type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',38,'\x3cstyle\x3e\n//styles needed
to modify the /centuraconnected page \n\x3c/style\x3e',39,'\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3evar
_vj\x3d{autometrics:{allowDomain:[\x22centura.org\x22,\x22www.centura.org\x22,\
x22stanthonyhosp.org\x22,\x22www.stanthonyhosp.org\x22],primary:\x22UA-28503845-2\x22
,secondary:!1,trackClicks:!0,trackForms:!0,trackViewport:!0,trackScroll:!0,
trackAdblock:!0,trackSocial:!0,configSocial:{facebook:\x221484797828435889\x22},
useReferrer:!0,useFragment:!1,customVars:!0,debug:!1,useAddThis:!1,useShareThis:!1,
useDoubleclick:!0,trackParams:[]}},_gaq\x3d_gaq||[];\x3c/script\x3e\n\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22\x3d\x3dtypeof
jQuery){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//ajax.googleapis.com/ajax/libs/jquery/1/jquery.min.js\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
})();\x3c/script\x3e\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e(function(){if(\x22undefined\x22!\x3d\x3dtypeof
_vj.autometrics.trackAdblock\x26\x26_vj.autometrics.trackAdblock){var
a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
\x3d!1;a.src\x3d\x22//vj-ga.googlecode.com/svn/trunk/ads.js?adurl\\x3d\x22;var
b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
```

```
…  })();\x3c/script\x3e\n\x3cscript type\x3d\x22text/gtmscript\x22\x3e(function(){var
…  a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
…  \x3d!1;a.src\x3d\x22//vj-autometrics.googlecode.com/svn/trunk/vj_ga.js\x22;var
…  b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
…  )();\x3c/script\x3e\n\x3cscript
…  type\x3d\x22text/gtmscript\x22\x3e_vj.useSrc\x3d\x22undefined\x3d\x22\x3dtypeof
…  _vj.autometrics.useDoubleclick\x26\x26_vj.autometrics.useDoubleclick?\x22//stats.g.
…  doubleclick.net/dc.js\x22:(\x22https:\x22\x3d\x3ddocument.location.protocol?\x22https
…  ://ssl\x22:\x22http://www\x22)+\x22.google-analytics.com/ga.js\x22;(function(){var
…  a\x3ddocument.createElement(\x22script\x22);a.type\x3d\x22text/javascript\x22;a.async
…  \x3d!0;a.src\x3d_vj.useSrc;var
…  b\x3ddocument.getElementsByTagName(\x22script\x22)[0];b.parentNode.insertBefore(a,b)}
…  )();\x3c/script\x3e\n\x3cscript
…  type\x3d\x22text/gtmscript\x22\x3edataLayer.push({event:\x22vjga.done\x22});\x3c/
…  script\x3e\n',40,41,'\x3cstyle\x3e\n//tested it on
…  staging?\n\x3c/style\x3e',42,'\x3cimg
…  src\x3d\x22https://s.tribalfusion.com/ti.ad?client\x3d617923\x26amp;ev\x3d1\x22
…  width\x3d\x221\x22 height\x3d\x221\x22 border\x3d\x220\x22\x3e',43,44,'\x3cimg
…  src\x3d\x22http://a.tribalfusion.com/i.cid?c\x3d617923\x26amp;d\x3d30\x26amp;page\
…  x3dlandingPage\x22 width\x3d\x221\x22 height\x3d\x221\x22
…  border\x3d\x220\x22\x3e',45,'\x3cimg
…  src\x3d\x22http://tags.w55c.net/rs?id\x3d8021ede7bbac4f48a96507129ba834d3\x26amp;t\
…  x3dmarketing\x22\x3e',46,'\x3cimg
…  src\x3d\x22http://tags.w55c.net/rs?id\x3d5c82e5b73a7f45049f489168986dec13\x26amp;t\
…  x3dhomepage\x22\x3e',47,'\x3cimg
…  src\x3d\x22http://tags.w55c.net/rs?id\x3d53859a41f95c44ef81ad61649eec5d9e\x26amp;t\
…  x3dmarketing\x22\x3e',48,'\x3cscript type\x3d\x22text/javascript\x22\x3evar
…  ebRand\x3dMath.random()+\x22\x22,ebRand\x3d1E6*ebRand;document.write(\x27\\x3cscript
…  src\\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\\x3das\\x26amp;
…  ActivityID\\x3d139619\\x26amp;rnd\\x3d\x27+ebRand+\x27\x22\\x3e\\x3c/script\\x3e\x27)
…  ;\x3c/script\x3e\n\x3cnoscript\x3e\n\x3cimg width\x3d\x221\x22 height\x3d\x221\x22
…  style\x3d\x22border:0\x22
…  src\x3d\x22HTTP://bs.serving-sys.com/Serving/ActivityServer.bs?cn\x3das\x26amp;
…  ActivityID\x3d139619\x26amp;ns\x3d1\x22\x3e\n\x3c/noscript\x3e',49,'\x3cscript async
…  data-gtmsrc\x3d\x22//60727.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',59,'.*summitmedicalcenter\\.org.*'
…  ,'56933_42','\x3cscript async data-gtmsrc\x3d\x22//47871.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',60,'.*mylittletonhospital\\.org.*'
…  ,'56933_43','\x3cscript async data-gtmsrc\x3d\x22//47865.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',61,'.*mercydurango\\.org.*','
…  56933_44','\x3cscript async data-gtmsrc\x3d\x22//47880.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',62,'\x3cscript async
…  data-gtmsrc\x3d\x22//47877.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',64,'56933_50','\x3cscript async
…  data-gtmsrc\x3d\x22//46452.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',65,'56933_51','\x3cscript async
…  data-gtmsrc\x3d\x22//47886.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',66,'.*parkerhospital\\.org.*','
…  56933_45','\x3cscript async data-gtmsrc\x3d\x22//47868.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',67,'.*centura\\.org.*','56933_52',
…  '\x3cscript async data-gtmsrc\x3d\x22//47844.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',68,'.*penrosestfrancis\\.org.*','
…  56933_48','\x3cscript async data-gtmsrc\x3d\x22//47889.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',69,'56933_49','\x3cscript async
…  data-gtmsrc\x3d\x22//47874.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',70,'.*stcatherinehosp\\.org.*','
…  56933_90','\x3cscript async data-gtmsrc\x3d\x22//49966.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',146,'.*stanthonynorthwhs\\.org.*',
…  '56933_91','\x3cscript async data-gtmsrc\x3d\x22//47841.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',147,'56933_92','\x3cscript async
…  data-gtmsrc\x3d\x22//47892.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',148,'.*stanthonynorthhealthcampus\
…  \.org.*','56933_47','\x3cscript async data-gtmsrc\x3d\x22//52699.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',158,'\x3cscript async
…  data-gtmsrc\x3d\x22//53005.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',162,'56933_106','\x3cscript async
…  data-gtmsrc\x3d\x22//53008.tctm.co/t.js\x22
…  type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',163,'\x3cscript async
```

134128...||data-gtmsrc\x3d\x22//75457.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',165,'.*myneighborhoodhealthcenter\

...| \.org.*','56933_117','\x3cscript async data-gtmsrc\x3d\x22//55777.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',169,'https://www.stmarycorwin.org/

...| stc/specialties/centura-health-physician-group/touchstone-health-west/','(^$|((^|,)

...| 56933_122($|,)))','(^$|((^|,)56933_125($|,)))','\n\x3cscript async

...| data-gtmsrc\x3d\x22//57265.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',173,'.*penrosecancercenter\\.org.*

...| ','56933_129','\x3cscript async data-gtmsrc\x3d\x22//59143.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',176,'\x3cscript

...| type\x3d\x22text/gtmscript\x22

...| data-gtmsrc\x3d\x22https://microsite.cpm.com/ICRM/PSF/icrm.js\x22\x3e\x3c/script\x3e'

...| ,178,180,'56933_136','\x3cscript async data-gtmsrc\x3d\x22//62377.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',182,'.*primarycarecherrycreek\\.

...| org.*','56933_139','\x3cscript async data-gtmsrc\x3d\x22//62716.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',185,'.*stmhospital\\.org.*','

...| 56933_140','\x3cscript async data-gtmsrc\x3d\x22//62740.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',186,'.*stmarycorwin\\.org.*','

...| 56933_141','\x3cscript async data-gtmsrc\x3d\x22//62734.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',187,'castlerockhospital','

...| 56933_142','\x3cscript data-gtmsrc\x3d\x22//cdn.optimizely.com/js/4636811059.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',188,'ridgegateobgyn','56933_143','

...| \x3cscript async data-gtmsrc\x3d\x22//64438.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',189,'.*centura\\.org/virtual-care/

...| ','56933_146','\n\x3cscript

...| type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\

...| x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b

...| ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[

...| ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],

...| d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22//connect.

...| facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221056236717768461\x22);fbq(\

...| x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg

...| height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22

...| src\x3d\x22https://www.facebook.com/tr?id\x3d1056236717768461\x26amp;ev\x3dPageView\

...| x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',193,'.*araceawomenscare\\.org.*','

...| 56933_151','\x3cscript async data-gtmsrc\x3d\x22//71791.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',197,'.*chpgneurospine\\.org.*','

...| 56933_153','\x3cscript async data-gtmsrc\x3d\x22//76828.tctm.co/t.js\x22

...| type\x3d\x22text/gtmscript\x22\x3e\x3c/script\x3e',199,'\n\x3cscript

...| type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\

...| x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b

...| ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[

...| ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],

...| d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.

...| facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221062224180523700\x22);fbq(\

...| x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg

...| height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22

...| src\x3d\x22https://www.facebook.com/tr?id\x3d1062224180523700\x26amp;ev\x3dPageView\

...| x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',201,'\n\x3cscript

...| type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\

...| x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b

...| ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[

...| ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],

...| d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.

...| facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221752378098370464\x22);fbq(\

...| x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg

...| height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22

...| src\x3d\x22https://www.facebook.com/tr?id\x3d1752378098370464\x26amp;ev\x3dPageView\

...| x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n\n',203,'\n\x3cscript

...| type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\

...| x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b

...| ._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[

...| ],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],

...| d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.

...| facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221067579596645006\x22);fbq(\

...| x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg

...| height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22

...| src\x3d\x22https://www.facebook.com/tr?id\x3d1067579596645006\x26amp;ev\x3dPageView\

```
x26amp;noscript\x3d\x22\x3e\x3c/noscript\x3e\n',204,'\n');descript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x22288953042114888\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d889530421148884\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',205,'\n\x3cscript
type\x3d\x22text/gtmscript\x22\x3e!function(b,e,f,g,a,c,d){b.fbq||(a\x3db.fbq\
x3dfunction(){a.callMethod?a.callMethod.apply(a,arguments):a.queue.push(arguments)},b
._fbq||(b._fbq\x3da),a.push\x3da,a.loaded\x3d!0,a.version\x3d\x222.0\x22,a.queue\x3d[
],c\x3de.createElement(f),c.async\x3d!0,c.src\x3dg,d\x3de.getElementsByTagName(f)[0],
d.parentNode.insertBefore(c,d))}(window,document,\x22script\x22,\x22https://connect.
facebook.net/en_US/fbevents.js\x22);fbq(\x22init\x22,\x221221948561190906\x22);fbq(\
x22track\x22,\x22PageView\x22);\x3c/script\x3e\n\x3cnoscript\x3e\x3cimg
height\x3d\x221\x22 width\x3d\x221\x22 style\x3d\x22display:none\x22
src\x3d\x22https://www.facebook.com/tr?id\x3d1221948561190906\x26amp;ev\x3dPageView\
x26amp;noscript\x3d1\x22\x3e\x3c/noscript\x3e\n',206,_f,'referrer',_c,'ga tracking
code','UA-28503845-2','Click Element','Click Classes','Click ID','Click
Target','gtm.elementTarget','Error
Message','gtm.errorMessage'],b=[],c=0;c<a.length;c++)b[c]=sk(c,a);return
b}());vk(ik,0,"25:0,30:1,31:3,25:4,25:5,30:6,6:7,7:8,25:9,25:10,30:11,6:12,7:13,25:15
,28:16,11:17,32:18,43:19,7:20,29:21,25:23,43:24,25:25,7:26,7:27,25:29,0:30,19:31,18:
31,44:21,4:21,21:32,25:34,30:35,37:36,20:38,22:40,38:21,13:31,3:48,33:31,17:31,43:49,
30:47,6:50,25:51,30:52,6:53,7:54,6:37,7:55,21:57,3:58,43:59,21:61,30:62,37:63,20:64,
30:65,22:67,5:31,10:68,16:68,35:68,24:68,3:70,43:71,21:72,30:73,37:74,20:75,3:76,43:
77,7:78,0:80,3:81,43:82,7:83,0:85,3:86,43:87,7:88,0:90,3:91,43:92,7:93,40:21,0:95,3:
96,43:97,7:98,0:100,3:101,43:102,7:103,0:105,3:106,43:107,7:108,0:110,3:111,43:112,7:
113,0:115,3:116,43:117,7:118,0:120,3:121,43:122,7:123,0:125,3:126,43:127,7:128,46:21,
0:130,3:131,43:132,7:133,0:135,3:136,43:137,7:138,0:140,3:141,43:142,7:143,0:145,30:
146,37:147,20:149,3:150,43:151,7:152,0:154,47:31,14:31,3:155,17:21,43:156,7:157,3:159
,43:160,7:161,0:163,3:164,43:165,7:166,0:168,3:169,43:170,6:148,7:171,7:172,30:173,37
:174,15:175,12:176,6:177,7:178,0:180,21:181,20:182,22:148,38:31,3:183,43:184,0:186,24
:191,8:192,14:21,3:193,43:194,25:195,30:196,6:197,7:198,7:199,21:198,22:37,3:201,43:
202,7:203,7:204,21:206,20:207,3:208,43:209,0:211,3:212,43:213,3:215,43:216,7:217,0:
219,3:220,43:221,43:223,7:224,20:197,3:226,43:227,7:228,3:230,43:231,7:232,0:234,21:
235,20:237,22:239,3:240,43:241,7:242,0:244,20:247,22:249,3:250,43:251,7:252,20:255,22
:257,23:259,3:261,43:262,7:263,25:265,2:266,26:267,1:268,42:269,25:270,30:271,36:272,
34:273,39:274,48:31,43:275,7:276,0:278,20:40,22:281,3:282,43:283,7:284,7:285,21:287,3
:288,43:289,7:290,0:292,3:293,43:294,7:295,0:297,20:298,3:299,43:300,25:301,51:269,52
:302,43:303,7:304,0:306,3:307,43:308,7:309,0:311,22:313,3:314,43:315,7:316,0:318,3:
319,43:320,21:321,20:257,22:255,3:322,43:323,43:325,43:327,43:329,43:331,43:333,43:
335,43:337,43:339,43:341,43:343,43:345,43:347,43:349,43:351,43:353,25:355,53:21,9:21,
45:179,54:356,43:357,43:359,7:360,45:362,43:363,45:205,43:365,45:367,43:368,43:370,43
:372,43:374,43:376,43:378,43:380,53:31,9:31,45:382,43:383,45:385,43:386,43:388,43:390
,43:392,43:394,43:396,43:398,43:400,43:402,43:404,43:406,7:407,25:409,27:410,43:411,7
:412,27:414,43:415,7:416,27:418,43:419,27:420,43:421,27:422,43:423,7:424,7:426,7:428,
27:430,43:431,7:432,27:434,43:435,27:437,43:438,7:439,27:441,43:442,7:443,27:445,43:
446,7:447,27:449,43:450,27:451,43:452,27:453,43:454,43:455,27:456,43:457,27:458,43:
459,43:460,27:461,43:462,27:463,43:464,27:465,43:466,27:467,43:468,27:469,49:21,43:
470,27:471,43:472,7:473,27:475,43:476,7:477,27:479,43:480,7:481,27:483,43:484,27:485,
43:486,27:488,43:489,27:491,43:492,7:493,27:495,43:496,7:497,27:499,43:500,7:501,27:
503,43:504,27:506,43:507,7:508,27:510,43:511,7:512,27:514,43:515,27:517,43:518,7:519,
27:521,43:522,27:523,43:524,27:526,43:527,27:528,43:529,7:530,27:532,43:533,7:534,7:
535,7:536,27:537,43:538,7:539,27:541,43:542,27:543,43:544,43:545,27:547,43:548,7:549,
27:551,43:552,7:553,27:555,43:556,7:557,27:559,43:560,7:561,27:563,43:564,7:565,27:
567,43:568,7:569,27:571,43:572,7:573,27:575,43:576,7:577,27:579,43:580,41:21,27:581,
43:582,27:583,43:584,27:585,43:586,27:587,43:588,27:589,43:590,25:591,30:592,25:593,
30:594,50:595,30:596,30:597,30:598,30:599,37:600,30:601,37:602");vk(jk,1,"H,w,AY,
AAAAAc,AIAAAAAC,AAAAAAAY,AAAAAEAAAG,QAAAAAAAAQ,AAAAAEAAAAAM,AAAAAEAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAgH,AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4B,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAG,
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA4,
AAAAAUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
```

134128 AAAAAEAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
AAAAAEAAAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAY,
AAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAgB")
;vk(lk,1,"ID,AkB,IBAD,ABAw,AkAAB,AAAQBAAE,IAAAAAgB,AAAQAAAAG,Ii,ABAQAAAAAAAAC,
ABAQAAAAAAAg,ABAQAAAAAAAAI,ABAQAAAAAAAAAAC,ABAQAAAAAAAAAAB,ABAQAAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAAE,ABAQAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAQ,ABAQAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAB,ABAQAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAC,IBAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAAI,
IBAAAAAAAAAAAAAAAAB,IBACAAAAAAAAAAAAAAAQ,AAAQAAAAAAAAAAAAAAAAM,
AkAAAAAAAAAAAAAAAAQ,IAAAAAAAAAAAAAAAAAY,AAAQAAAAAAAAAAAAAAAAAAM
,ABAQAAAAAAAAAAAAAAAAAAAQ,IAACAAAAAAAAAAAAAAAEAAAI,
IAAAAAAAAAAAAAAAAAAAAIAAQ,ADAQ,IBACAAAAAAAAAAAAAAAAB,
ABAQAAAAAAAAAAAAAAAE,AAAQAAAAAAAAAAAAAAAAEAAAC,
IBACAAAAAAAAAAAAAAAAAg,ABAQAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAI,ABAQAAAAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAAAI,IBAAAAAAAAAAAAAAAAAAAAAAQ,
IAAAAAAAAAAAAAAAEAAAAAAQ,IBAAAAAAAAAAAAAAAAAAAAAg,
ABAQAAAAAAAAAAAAAAAAAI,
ABAQAAAAAAAAAAAAAAAAAAC,
ABAQAAAAAAAAAAAAAAAAAAQ,
ABAQAAAAAAAAAAAAAAAAAAAAE,
ABAQAAAAAAAAAAAAAAAAAAAC,ABAQAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAAE,IBACAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAAAAE,
AkAAAAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAAQ,
IBAAAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAE,
IgACAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAQ,
IBACAAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAAI,
IBACAAAAAAAAAAAAAAB,
IBACAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAE,
IBACAAAAAAAAAAAAAE,
IBACAAAAAAAAAAAAAAC,
IBACAAAAAAAAAAAAAQ,
AFAAAAAAAAAAAAAAAAC,
IAAAAAAAAAAAAAAIAAAAE,
IAAAAAAAAAAAAAAIAAAAAI,
IBACAAAAAAAAAAAAAAAB,
IBAAAAAAAAAAAAAAE,
IBAAAAAAAAAAAAAAg,
IBACAAAAAAAAAAAAAE,
IBACAAAAAAAAAAAAAAAAg");vk(Y
,1,"AA-,AAAM,AAAA-j_B,AAAA-h3A4,AAAA-BWAAp_B,AAAA-BWAAgfyB,AAAA6j3AAAAc,
AAAA6j3AAAAAH,AAAA6j3AAAAAwB,AAAA6j3AAAAAA8,AAAA6j3AAAAAAAO,AAAA6j3AAAAAAgD,
AAAA6j3AAAAAA4,AAAA6j3AAAAAAAO,AAAA6j3AAAAAgD,AAAA6j3AAAAAAAA4,
AAAA6j3AAAAAAAAAe,AAAA6j3AAAAAAAAAAH,AAAA6j3AAAAAAAAwB,
AAAA6D3AAAAAEAAAAAkD,AAAAaAUAAAAAAEAAAAAH,AAAAaAUAAAAAAECAAAAAwy,
AAAAaAUAAAAAEAAAAAwCO,AAAAaAUAAAAAAEAAAAAwCgD,AAAA6BUAAAAAEAAAAAACAAg_,
AAAAaAUAAAAAEAAAAAQCAAAA_,AAAA6BUAAAAAAEAAAAAACgAAIAgH,
AAAA6B0AAAAAEAAAAAAAAgMAAgH,AAAA6j3AAAAAAAAAAAAAAAA4,
AAAA6j3AAAAAAAAAAAAACAAAAAAD,AAAA6D3AAAAAAAACAgAAAAAA4,
AAAA6j3AAAAAAAAAAAAAAAAAAAYAB,AAAA-D3AAAAAAAAAAAAAAAAAAAc,

```
134128…  AAAA6D0AAAAAAAEAAAAAAAAAAAAAAAAA6D1,AAAA6B0AAAAAAAEAAAAAAAAAAAAAAwH,
…  AAAA6D0AAAAAAAEAAAAAAAAAAAAIAAAAAAAwH,AAAA6B0AAAAAAAAAAAAACAAAAAAgIAAAAAAQAwH,
…  AAIAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAwHO,AAAA6D2AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAgP,
…  AAAA6B0AAAAAAABEAAAAAAAAAMAAABAAAAAAAAAH,
…  AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAwB,
…  AAAA6D3AAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAA8,
…  AAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAP,
…  AAAA6D1AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAAgD,
…  AAAA6D0AAAAAAAEAAAAAAgAAAAAIAAAAAAAAAAAAAA4B,
…  AAAA6D3AAAAAAAEAAAAAAgAAAAAAAAAAAAAAAAAAAAAc,
…  AAAA6B0AAAAAAAEAAAAAAAAAAAAIAAAAAAAAAAAgAgP,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA-B,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAugB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAuAG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAA4B,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAiAAYG,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAE,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAI,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQ,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAg,
…  AAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAc,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAED,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAG,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAD,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAw,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAD,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAEE,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAY,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgB,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAgC,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAM,
…  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAw,
```

134128… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAM,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAwB,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAG,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAG,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAM,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAM,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAM,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAw,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAQAAAAAAAAg,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAY,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAD,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAc,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAgB,
… AAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAG,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAEY,
… AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAAAAAAAAAAAEgB");
… vk(oh,2,"D:B::,G:CAAAAAAAAAAAAAAAg::,Y:E::,gF:I:AC:,gE:w::,QI:
… ABAAAAAAAAAAAAAAAAAAg::,QQ:AC::,Qg:AE::,QAB:AIAAAAAAAAAAAAAAAAAAAQ::,QAC:AQ::,
… QAE:Ag::,QAI:AABAAAAAAAAAAAAAAAAAAAAI::,QAQ:AAC::,QAg:AAE::,QAAB:AAI::,QAAC:AAQ::,
… QAAE:AAg::,QAAI:AAAB::,QAAQ:AAAC::,CAAg:AAAE::,CAAAB:AAAIAAAAAAAAAAAAAI::,CAAAC:
… AAAQAAAAAAAAAAAAAAQ::,CAAAE:AAAgAAAAAAAABAAAAAAAAE::,AAAA4:AAAAB::,C:AAAACAAh__L-
… __BAAAAAAAAG::,QAAAAD:AAAAE::,AAAAQI:AAAAI:AAAAAE:,QAAAAQ:AAAAQ::,QAAAAg:AAAAg::,
… QAAAAAB:AAAAAB::,QAAAE:AAAAAC::,UAAAAAC:AAAAAE::,QAAAAAAG:AAAAAI::,QAAAAAI:AAAAAQ::,
… QAAAAAQ:AAAAAg::,QAAAAAg:AAAAAAB::,CAAAAAAB:AAAAAAC::,QAAAAAAC:AAAAAAE::,QAAAAAAM:
… AAAAAAI::,QAAAAAAQ:AAAAAAQ::,QAAAAAAg:AAAAAAg::,QAAAAAAB:AAAAAAAS::,QAAAAAAAC:
… AAAAAAAE::,QAAAAAAAE:AAAAAAAI::,CAAAAAAAI:AAAAAAAAAE::,CAAAAAAAQ:AAAAAAAAAQ::,
… CAAAAAAAg:AAAAAAAAAgAAAAAAAAI::,CAAAAAAAAB:AAAAAAAAAAAACACAg::,CAAAAAAAAC:
… AAAAAAAAAAAAAA8::,CAAAAAAAAE:AAAAAAAAAAAAI::,AAAAAAAAAI:AAAAAAAAAAAAAAB::,
… CAAAAAAAAAB:AAAAAAAAAAAAAAC::,CAAAAAAAAQ:AAAAAAAAAAAAAAAAEOV::,AAAAAAAAAAC:
… AAAAAAAAAAAAAAAIQC::,CAAAAAAAAAE:AAAAAAAAAAAAAAAAAgI::,CAAAAAAAAAI:AAAAAAAAAAAAAAAgB::
… ,CAAAAAAAAAQ:AAAAAAAAAAAAAABAAI::,CAAAAAAAAg:AAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAB:
… AAAAAAAAAAAAAAAAAAE::,CAAAAAE:AAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAABAE::,CAAAAAAAAAE:AAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAB:AAAAAAAAAAAAAAAg::,CAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAg::,AAAAYAAAAAAAw:AAAAAAAAAAAAAAAAAAAB::,AAAYAAAAAAAAB:
… AAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAC:AAAAAAAAAAAAAAAAAAAC::,CAAAAAC:
… AAAAAAAAAAAAAAAAAAAAQ::,CAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAAE::,CAAAAAAAAAAAAQ:AAAAAAAAAAAAAAAAAAAAAC::,CAAAAAAAAAAAAg:
… AAAAAAAAAAAAAAAAAAAAAB::,CAAAAAAAAAAAAB:AAAAAAAAAAAAAAAAAAAI::,CAAAAAAAAAAAAAC:
… AAAAAAAAAAAAAAAAAAAAAE:AAAAAAAAAAAAAAAAAAAAAAAg::,CAAAAAAAAAAAAAI:
… AAAAAAAAAAAAAAAAAAAAB::,AE::AAAAAAAAAQ:AAAAAAAAAAAAB,AEAAAAAAg:::
… AAAAAAAAAAAAAAAB");vk(ph,4,"14::,22.22::,28::,56::,60.60::,79.79::,84::,89::,94.94::,99::,104::,

```
134128  109.111.115.122.129,240/135,1144/,133,158,158,158,482,162,167,366.167:,179:,
        185.185.324.326.328.330.332.334.336.338.340.342.344.346.348.350.352.358.369.371.373.
        375.377.379.381.384.387.389.391.393.395.397.399.401.403.405.185.185:,200:,205:,210:,
        214:,218:,222:,225:,229:,233:,243:,253:,264:,277:,286:,291:,296:,305.305:,310:,317:,
        354:,361:,364.525:,408.408.490:,413.413.413.413:,417:,425:,433:,436.436.436.436.436.
        436.436:,440.440.440:,444.444.444:,448.448:,474.474:,478:,482:,487:,494.494:,498:,502
        :,505:,509:,513:,516:,520:,531:,382:,385:,540:,546:,550:,554:,558:,562:,566:,570:,574
        :,578:,:427,:429");for(var nl=0;nl<Y.length;nl++){var
        ol=Y[nl],pl=1;ol[xd]?pl=2:ol[Le]&&(pl=0);Ma[nl]={firingOption:pl,state:void
        0};Na[nl]=[]}ml.jb();
134129  (function(a){})("async");
134130  (function(){var
        a=M("dataLayer",[],!1),b=M("google_tag_manager",{},!1),b=b["dataLayer"]=b["dataLayer"
        ]||{};sa.push(function(){b.gtmDom||(b.gtmDom=!0,a.push({event:"gtm.dom"}))});Lf.push(
        function(){b.gtmLoad||(b.gtmLoad=!0,a.push({event:"gtm.load"}))});var
        c=a.push,a.push=function(){var
        b=[].slice.call(arguments,0);c.apply(a,b);for(Og.push.apply(Og,b);300<this.length;)
        this.shift();return Xg()};Og.push.apply(Og,a.slice(0));w(Yg)})();
134131  if("interactive"==R.readyState&&!R.createEventObject||"complete"==R.readyState)xf();
        else{U(R,"DOMContentLoaded",xf);U(R,"readystatechange",xf);if(R.createEventObject&&R.
        documentElement.doScroll){var
        xl=!0;try{xl=!H.frameElement}catch(a){}xl&&Ff()}U(H,"load",xf)}"complete"==R.
        readyState?Mf():U(H,"load",Mf);
134132  (function(a){})("async");(function(){})();var
        _vs="res_ts:1473260692628000,srv_cl:132329128,ds:live,cv:213";
134133  })()
134134
134135  ****************************************************
134136  The following data is from porterhospital_org-20160909-page_source.txt
134137  ****************************************************
134138
134139
134140
134141  <!DOCTYPE html>
134142
134143  <html xmlns="http://www.w3.org/1999/xhtml">
134144  <head><meta charset="utf-8" /><meta http-equiv="Content-Type" content="text/html;
        charset=utf-8" /><meta http-equiv="X-UA-Compatible" content="IE=edge" /><meta
        name="viewport" content="width=device-width, initial-scale=1" /><link
        rel="stylesheet" type="text/css"
        href="/WorkArea/FrameworkUI/css/ektron.stylesheet.ashx?id=-1759591071+1553607519+
        1088335530+1945865366+-914034194+-731554408+1064114300+-300771134+1985268503"
        /><script type="text/javascript"
        src="/WorkArea/FrameworkUI/js/ektron.javascript.ashx?id=-569449246+-1939951303+-
        1080527330+-1687560804+-1793043690+1338359439+1743165108+1531089627"></script><link
        rel="stylesheet" href="//fonts.googleapis.com/css?family=Open+Sans:300,400,600,700"
        /><link rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:400,700" />
134145
134146
134147      <script
        src="//cdnjs.cloudflare.com/ajax/libs/modernizr/2.7.1/modernizr.min.js"></script>
134148      <!--[if lt IE 9]>
134149          <script src="//oss.maxcdn.com/libs/html5shiv/3.7.0/html5shiv.js"></script>
134150          <script src="//oss.maxcdn.com/libs/respond.js/1.4.2/respond.min.js"></script>
134151      <![endif]-->
134152
134153      <!--[if (lte IE 9)]><!-->
134154      <link rel="stylesheet" href="/css/ie.css" type="text/css" />
134155      <!--<![endif]-->
134156
134157
134158      <!--Some text-->
134159      <link href="/temp/wsol.css.v=-3609476900.css" rel="stylesheet" /><script
        src="/temp/wsol.js.header.v=285651389.js"></script>
134160
134161
134162
134163
```

```
134164          <script src="/js/countUp.js"></script>
134165
134166
134167   <!-- Google Analytics -->
134168   <script>
134169        (function (i, s, o, g, r, a, m) {
134170             i['GoogleAnalyticsObject'] = r; i[r] = i[r] || function () {
134171                 (i[r].q = i[r].q || []).push(arguments)
134172             }, i[r].l = 1 * new Date(); a = s.createElement(o),
134173             m = s.getElementsByTagName(o)[0]; a.async = 1; a.src = g;
 …       m.parentNode.insertBefore(a, m)
134174        })(window, document, 'script', '//www.google-analytics.com/analytics.js', 'ga');
134175
134176        ga('create', 'UA-6319752-7', 'auto');
134177        ga('send', 'pageview');
134178
134179   </script>
134180   <!-- End Google Analytics -->
134181        <script type="text/javascript">
134182            /*<![CDATA[*/
134183            (function () {
134184                 var sz = document.createElement('script'); sz.type = 'text/javascript';
 …       sz.async = true;
134185                 sz.src = '//us2.siteimprove.com/js/siteanalyze_39326.js';
134186                 var s = document.getElementsByTagName('script')[0];
 …       s.parentNode.insertBefore(sz, s);
134187            })();
134188            /*]]>*/
134189        </script>
134190
134191
134192        <style>
134193            .survey-container {
134194                position: absolute;
134195                right: 0;
134196                bottom: 10%;
134197                border: 1px solid black;
134198                padding-top: 30px;
134199                padding-bottom: 15px;
134200                box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
134201                -moz-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
134202                -webkit-box-shadow: 0 0 6px 3px rgba(0,0,0,.2);
134203                z-index: 10000;
134204                background: #FFF;
134205                position: fixed;
134206            }
134207
134208            .close {
134209                width: 24px;
134210                position: absolute;
134211                top: 3px;
134212                right: 3px;
134213                padding: 6px;
134214            }
134215
134216            .close {
134217                height: 24px;
134218            }
134219
134220            .survey-container .btn {
134221                border-radius: 0;
134222                text-shadow: none;
134223                text-transform: capitalize !important;
134224            }
134225
134226            .survey-container .btn:hover {
134227                background-color: #CCC !important;
134228            }
```

Page 4217

```
134229
134230         @media screen and (max-width: 767px) {.survey-container
       {left:10px;right:10px;}}
134231         </style>
134232
134233 <link rel="canonical" href="http://www.porterhospital.org/poh/home/" /><meta
       /></head>
134234 <body class='location-landing'>
134235         <!-- removed Google Tag Manager [jmayberry (WSOL) 8/25/2016
       https://wsol.accelo.com/?action=view_issue&id=980] -->
134236         <!-- Updated: re-enabling Google Tag Manager per email request from Kevin Guill
       [jmayberry (WSOL) 8/31/2016] -->
134237         <noscript><iframe src="//www.googletagmanager.com/ns.html?id=GTM-Z6TQ"
134238         height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
134239         <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
134240         new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
134241         j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
134242         '//www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
134243         })(window,document,'script','dataLayer','GTM-Z6TQ');</script>
134244         <!-- End Google Tag Manager -->
134245
134246         <form method="post" action="/POH/Home/" id="aspnetForm">
134247 <div class="aspNetHidden">
134248 <input type="hidden" name="__EVENTTARGET" id="__EVENTTARGET" value="" />
134249 <input type="hidden" name="__EVENTARGUMENT" id="__EVENTARGUMENT" value="" />
134250 <input type="hidden" name="EktronClientManager" id="EktronClientManager"
       value="-1759591071,1553607519,1088335530,1945865366,-914034194,-731554408,1064114300,
       -1687560804,-1080527330,-1939951303,-569449246,-1793043690,1338359439,1743165108,
       1531089627,-300771134,1985268503" />
134251 <input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
       value="/
```

wEPDwUKMTA4ODc0ODU0OA9kFgJmD2QWBGYPZBYCAhEPZBYCAgEPFgIeBFRleHQFDFVBLTYzMTk3NTItN2QCAR
BkZBYQAgMPZBYKZg8WAh8ABSo8YSBjbGFzcz0ndGVzdCCgaHJlZj0nL1BPSC9Ib21lLyc+
SG9tZTwvYT5kAgEPZBYEAgQPDxYGHglfZGF0YU10ZW0yqwcAAQAAAP////
8BAAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHV
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmMyMWU2M2U2M2JlBEAAAAoRWt0cm9uLkNtcy5GcmFt
ZXdvcmsuVUkuTW9kZXxzLkllbnVVNb2RlbAUAAAATPElkPmtfX0hY2tpbmdGaWVsZBk8TWVudUxpxpc3Q+
a19fQmFja2luZ0ZpZWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQGQWPEVYcm9yPmtfX0hY2tpbmdGaWVsZBg8Q
2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Db2xsZWN0aW9uDy5HZW5lcmljLkxpc3RgMRV
tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVUhc2VYEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
yc2lvbj05LjAuMC4yNDXsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNlNi
ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAW9uAyAAAAAECAAAAAAAA
AAAAAJAwAAAAoKAAwEAAAAWUVrdHJvbi5DbXMuMQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHVyH
VyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmMyMWU2M2U2M2JlBAAAACkAVN5c3RlbS5Db2xsZWN0aW9u
0aW9ucy5HZW5lcmljLkxpc3RgMRVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVUhc2VYEYXRhLCBFa3Ry
b24uQ21zLkNvbnRyYWN0cywgVmVyc2lvbj05LjAuMC4yNDXsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG
G9rZW49NTU5YTJjNGZhMjFlNjNlNiZV1dAwAAAAZfaXRlb5XMFX3NpemmUIX3lcnNpb24WEAAARWt0cm9uLkNtcy5Pcmdhbml6
5Pcmdhbml6YXRpb24uVUhc2VRhW10EAAAACAgBQAAAAEAAAABAAAABwUAAAAAQAAAAQAAAAEJEV
rdHJvbi5DbXMuT3JnYW5pemF0aW9uLlVzZXJEYXRhSBAseC18hRGF0YU10ZW0yqwcAAQAAAP////
8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHVyH
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmMyMWU2M2U2M2JlBEAAAAoRWt0cm9uLkNtcy5GcmFt
ZXdvcmsuVUkuTW9kZXxzLkllbnVVNb2RlbAUAAAATPElkPmtfX0hY2tpbmdGaWVsZBk8TWVudUxpxpc3Q+
a19fQmFja2luZ0ZpZWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQGQWPEVYcm9yPmtfX0hY2tpbmdGaWVsZBg8Q
2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Db2xsZWN0aW9uDy5HZW5lcmljLkxpc3RgMRV
tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVUhc2VYEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
yc2lvbj05LjAuMC4yNDXsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNlNi
ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAW9uAyAAAAAECAAAAjwEAA
AAAAAJAwAAAAoKAAEAAAACgAMBQAAAAGYXlmLFa3Ry b24uQ21zLkNvbnRyYWN0cywgQAAAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLlVzZXJEYXRhSE
N1bHR1cmU9bmV1dHJhbC1dHJhbC1dHJhbHN1dHJhHc2VYlU2V2V3YyRW49NTU5YTJjNGZhHc2V2V3Y7Wt0cm9uLkNtcy5P6W49NTU5YTJjNGZhMjFlNjNlNiZV1dZU5vSwg
sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDElW3htUR2VuZXJpY5Db2xsZWN0aW9uLlVzZXJEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ1LCBjdWx0dXJ1PW5ldXRyYWwsIFB1Ymxp
0tleVRva2VuPWU5YTJjYzRmYTIxZTYzMVdXQMAAAAGX2l2ZW9fazXpXl1P5C9ZWwndHJhNWJkVmRHJvbi
5DbXMuT3JnYW5pemF0aW9uLlVzZXJEYXRhSE2V3YYtcnNpb24WEAAAACAgBQAAAAEAAAABAAAABwUAAAAAQAAAAQA
AAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLlVzZXJEYXRhSBAseC18hRGF0YU10ZW0yqwcAAQAAAP////
8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbWV3b3JrLlJlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwgQ3VsdHVyH
yZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhMmM0ZmMyMWU2M2U2M2JlBEAAAAoRWt0cm9uLkNtcy5GcmFt
ZXdvcmsuVUkuTW9kZXxzLkllbnVVNb2RlbAUAAAATPElkPmtfX0hY2tpbmdGaWVsZBk8TWVudUxpxpc3Q+
a19fQmFja2luZ0ZpZWxkFjxJdGVtcz5rX19CYWNraW5nRmllbGQGQWPEVYcm9yPmtfX0hY2tpbmdGaWVsZBg8Q
2FuRWRpdD5rX19CYWNraW5nRmllbGQQAAwQBAAmkAVN5c3RlbS5Db2xsZWN0aW9uDy5HZW5lcmljLkxpc3RgMRV
tbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVUhc2VYEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
yc2lvbj05LjAuMC4yNDXsIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNlNi
ZV1dL0VrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWUuVHJlZU5vZGVDb2xsZWN0aW9uAW9uAyAAAAAEC AAAAjwEAA
AAAAAJAwAAAAoKAAEAAAACgAMBQAAAAGaMBQAAAALFa3Ry b3b24uQ21zLkNvbnRyYWN0cywgQAAAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLlVzZXJEYXRhSE
N1bHR1cmU9bmV1dHJhbC1dHJhbHN1dHJhHc2VYlRRHRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uVUhc2VYEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
N1bHR1cmU9bmV1dHJhbC1dHJhbC1dHJhbHN1dHJhHc2VYlRRHRWt0cm9uLkNtcy5PcmdhbTluZQQDAAAApAFTeXN0ZW0uQ29
sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDElW3htUR2VuZXJpYy5Db2xsZWN0aW9uLlVzZXJEYXRhLCBFa3Ryb24uQ21zLkNvbnRyYWN0cywgVmVyc2lvb
RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ1LCBjdWx0dXJ1PW5ldXRyYWwsIFB1Ymxp
0tleVRva2VuPWU5YTJjYzRmYTIxZTYzMVdXQMAAAAGX2l5ZW9fazXpXl1PTluZQQ2xsZWN0aW9uLlVzZXJE
5DbXMuSm5hbWV3b3JrLlJlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwg5TluZQQ2xsZWN0aW9uLlVzZXJEYXRhLCBFa3Ry
5DbXMuRnJhbWV3b3JrLlJlVJLCBWZXJzaW9uPTkuMC4wLjI1OSwg5TluZQ1MaXN0YDErElzlDExzDExpc3RgM1MaXN0YDErElzlDEx
MStfc216ZQ9MaXN0YDErX3JlcnNpb24AAEAAoRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JVHJlZU5vZ
GVbXQAAAAiCAIAAAAJBwAAAAAuAAAFAAAABwYAAAAAQAAAAQAAAAEJEVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLl
9uUl1bbnVCXXNlRGF0YTluZQUAAAADBwcAAAAAQAAAgAAAAAEJkVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLlV
9uLl1bbnVCXXNlRGF0YTluZUkRGF0YU10ZW0yqwcAAQAAAP////8BAAAAAAAAAwCAAAAXEVrdHJvbi5DbXMuRnJhbGV3b3JrLlV
```

... JLlRyZWdudSVRyZWVOb2RlIagRAAAkCAAAACgAAAAQQ0AAAdvAAAATkVvYdHJvbi5DbXMu
... Q29tbW9uLCBWZXJzaW9uPTkuMC4wLjI1OOSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NTlhM
... mM0ZmEyMWU2M2JlBQgAAAAjRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24u3ViTWVudURhdGEAAAFzxJdGVtSW
... Q+
... a19fQmFja2luZ0ZpZWxkGTxQYXJlbnRJZD5rX19CYWNraW5nRmllbGQGQiTWVudURhdGErPFRlbXBsYXRlPmtfX
... 0JhY2tpbmdGaWVsZCZGF0YSs8Rm9sZGVySWQ+
... a19fQmFja2luZ0ZpZWxkK0llbnVEYXRhKzxBc3NvY21hdGVkVkRmRsZGVycz5rX19CYWNraW5nRmllbGQGQtTWVud
... URhdGErPEFzc29jaWF0ZWRRUZW1wbGF0ZXM+a19fQmFja2luZ0ZpZWxkK0llbnVEYXRhKzxBbmFZVBhdGg+
... a19fQmFja2luZ0ZpZWxkK0llbnVEYXRhKzxBwFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVsZCZNZQmFzZ
... URhdGErPFRleHQ+
... a19fQmFja2luZ0ZpZWxkK1llbnVCYXNlRGF0YXSs8VHlwZT5rX19CYWNraW5nRmllbGQGQiTWVudUJhc2VZEYXRhKX
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCZNZW51QmFzZURhdGErPFRhcmdldD5rX19CYWNraW5nRmllbGQQoTWVudU
... Jhc2VEYXRhKzxBbmNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZClNZW51QmFzZURhdGErPERlc2NyaXB0aW9uPmt
... fX0JhY2tpbmdGaWVsZCZNZW51QmFzZURhdGErPE9yZGGluYXw+
... a19fQmFja2luZ0ZpZWxkK0llbnVCYXNlRGF0YSs8SXRlbXM+
... a19fQmFja2luZ0ZpZWxkK0llbnVCYXNlRGF0YSs8SW1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCZNZW51QmFzZ
... URhdGErPEltYWdlT3Z1cnJpZGU+a19fQmFja2luZ0ZpZWxkK0hUNtc0RhdGGFgMSs8SWQ+
... a19fQmFja2luZ0ZpZWxkAAABAAMDAQABBAEBAAEAAwEAAAkJCX5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJppY
... y5MaXN0OYDFbW1N5c3RlbS5JbnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
... FsLCBQdWJsaWNLZXlUb2tlbj03YjU3YTU2MTM0ZTA4OTM5VX1/
... U3lzdGVtLkNvbGx1Y3Rpb25zLkdlbmVyaWMuTGlzdGAxWltTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyyc
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW51dXRyYWwsIFB1YmxpY0tleVRva2VuPTdiNTc3YTU2MTM2NGZUGUwMDldXQ
... EsRWt0cm9uLkNtcy5Db21tb24uRWtBpbnZTZXJ0aWdlbigtNZW51SXRlbVR5CGUOAAAACQilAVN5c3RlbS5Db2x
... sZWN0aW9ucy5HZW5lcmljLkxppc3RgRVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24u3ViSWNlbnVJdGGVtVRGF0YSwg
... RWt0cm9uLkNtcy5Db250ZW1pZ+lcnNpb249OS4wLjAuMjUOSXRlbVR5cGUOAAAACQilAVN5c3RlbS5Db2x
... sZWN0aW9ucy5HZW51cmljLkxpc3RgRVtbRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uU1ViSWNlbnVJdGGVtVRGF0YSwg
... RWt0cm9uLkNtcy5Db250ZW1pZ+lcnNpb249OS4wLjAuMjUOSXRlbVR5cGUOAAAACQilAVN5c3RlbS5Db
... kQAAAACREAAAAJDwAAAAEGEwAAAA5wb3J0ZXXob3NWaXRhbiAs////
... LEVrdHJvbi5DbXMuQ29tbW9uLkVrRW50bWVyeVRpcG24rTWVudUl0ZW1UeXBlLQAAAAd2YWx1ZV9fAAgOAAAAB
... AAAAkPAAAABhYAAAAAFFX3N1bGtGdWxsdW1bmtbAAAAkPAAAAkYAAAACgCPAQAAAAAAAwZAAAAbkVrdHJvbi5DbXMu
... 5DbXMuRnJhbhbWV3b3JrLiVJLkVnbnRyRyb2xxzLkVrdHJvbJvLVJLCBWZXJzaW9uPTkuMC4wLjI0OOSwgQ3VsdHVyZT1
... uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj01NjlhMmM0ZmEyMWU2M2JlBQkAAAA2RWt0cm9uLkNtcy5GcmFtZXdv
... cmsuVUkuQ29udHJvbHMuRW50cm9uU9uVUkuVHVudVRyZWVOb2RlIKAAAABw8RGOAA24+
... a19fQmFja2luZ0ZpZWxkHjxBwFnZU92ZXJyaWRlPmtfX0JhY2tpbmdGaWVsZBo8SW1hZ2VQYXRoPmtfX0JhY
... 2tpbmdGaWVsZBg8T3JkaW5hbD5rX19CYWNraW5nRmllbGRDD5rX19CYWNraW5nRmllbGQGQXPEL0Z9hd
... 1JZD5rX19CYWNraW5nRmllbGQGQZPFRlbXBsYXRlPmtfX0JhY2tpbmdGaWVsZCI8QXNzb2NpYXRlZEZvbGRlcnM
... +a19fQmFja2luZ0ZpZWxkK0JxBc3NvY21hdGVkVGVtcGxhdGVzPmtfX0JhY2tpbmdGaWVsZBk8Rm9sZGVySWQ+
... a19fQmFja2luZ0ZpZWxkHDxvb250ZW50VHlwZT5rX19CYWNraW5nRmllbGQGQXPEbXpbmtUeXBlPmtfX0JhY2tpb
... mdGaWVsZBJUcmVlTm9kZStfY2hpbGRyZW4VVHJlZU5vZGVyX2hhc0NoaWxkcmVuVUlRyZWVOb2RlK19jaGlsZH
... Jlbk5vdEExvYWRlZBxUcmVlTm9kZStfSW9kZW50aWZpZXI+
... a19fQmFja2luZ0ZpZWxkIlRyZWVOb2RlK1KzxQYXJlbnRJZD5rX19CYWNraW5nRmllbGQGQgVHJlZU5vZGVrPFJvb
... 3RJZD5rX19CYWNraW5nRmllbGQGQeVHJlZU5vZGUrPFBhdGg+
... a19fQmFja2luZ0ZpZWxkJlRyZWVOb2RlK1KzxMZXJlbD5rX19CYWNraW5nRmllbGQGQeVHJlZU5vZGUrPFJhbms+
... a19fQmFja2luZ0ZpZWxkJlRyZWVOb2RlK1KzxUZXh0PmtfX0JhY2tpbmdGaWVsZB5UcmVsTm9kZSs8VHlwZT5rX
... 19CYWNraW5nRmllbGQhVHJlZU5vZGUrPFN1Yl5R5cGU+
... a19fQmFja2luZ0ZpZWxkIFRyZWVOb2RlK1KzxBY3Rpb24+
... a19fQmFja2luZ0ZpZWxkIVRyZWVOb2RlKzxFbmFibGVkPmtfX0JhY2tpbmdGaWVsZCFUcmVsTm9kZSs8Vmlza
... WJsZT5rX19CYWNraW5nRmllbGQiVHJlZU5vZGUrPFNlbGVjdGVkPmtfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZS
... s8TW9yZT5rX19CYWNraW5nRmllbGQoVHJlZU5vZGUrPFE1eHRQYWdlPmtfX0JhY2tpbmdGaWVsZCJ
... UcmVlTm9kZSs8RXhwYW5kZWQ+
... a19fQmFja2luZ0ZpZWxkJVRyZWVOb2RlK1KzxDb21tYW5kTmFtZT5rX19CYWNraW5nRmllbGQpVHJlZU5vZGUrP
... ENvbW1hbmRBcmd1bWVudD5rX19CYWNraW5nRmllbGQnVHJlZU5vZGUrPFR1bGVvbltvZGU+
... a19fQmFja2luZ0ZpZWxkJVRyZWVOb2RlKzxOYXZpZ2F0ZVVybD5rX19CYWNraW5nRmllbGQnVHJlZU5vZGUrP
... E9uQ2xpZW50Q2xpY2s+
... a19fQmFja2luZ0ZpZWxkLVRyZWVOb2RlKzxDbGlja0NhdXNlc1Bvc3RiYWNrPmtfX0JhY2tpbmdGaWVsZCBUc
... mVlTm9kZSs8Q3VzdG9tZm9ybXBmtfX0JhY2tpbmdGaWVsZCJUcmVlTm9kZSs8VHGV2ZWw+
... a19fQmFja2luZ0ZpZWxkAQABAAEBAQMDAAEBBAAAAAQEBAQAAAAEBAQEAAAAAAAAABAQQBAQADAAEIflN5c3Rlb
... S5Db2xsZWN0aW9ucy5HZW5lcmljLmxppKkxpc3RgRGVtbU3lzdGVtLklsdGGVtLkludDY0LCBtc2NvcmxpYiwgVm
... AuMC4wLCBDdWx0dXJlPW51dXRyYWwsIFB1YmxpY0tleVRva2VuPW1N3N2E1YzU2MTkzNGUOOWDlzdXX9TeXN0Z
... W0uQ29sbGVjdGlvbnMuR2VuZXJpY5MaXN0OYDFbW1N5c3RlbS5TdHJpbmcsIG1zY29ybGliLCBWZXJzaW9uPTQu
... MC4wLjAsIEN1bHR1cmU9bmV1dHGheddHJhbCwgUHVibGljljS2V5VG9rZW49Yjc3YTVjNTYxOTM0ZTA4OTlkcS9Fa3Ryb
... 24uQ21zLkZyYW1ld29yay5VSS5UcmVlTm9kZQV0b2lQ29sbGVjdGlvblIAAAABAQgJAQEBAQEQEIAS5Fa3Ryb2
... 4uQ21zLkZyYW1ld29yay5VSS5UcmVlTm9kZWXlZGNOb3R1bGdlblIAAAABAGQEcU3lzdGVtLkNvbGxlbGxlY3Rpb
... zLkhhc2h0YWGJsZQEEZAAAAACQ8AAAABQAAAABAAAACAoAAAAAgAAABAQxMDczNzQAAAAAoYAAAABcgJ2MDzzOmb
... HwAAAAAAAAAAAAACgoJIAAAAAAABiEAAAALMTA3Mzc0MjkyMzkzIgAAAAMzOTkyIgAAAAB1N3Yk1lbnUKCgEBAA
... AAAAAAAAoKBdn///
... 8uRWt0cm9uLkNtcy5GcmFtZXdvcmsuUVUkuVHJlZS5UcmVlVU2VGGZWN0aW9uW9uW9uTW9kZQEAAAAHdmFsdWVfXwAIAgA

... AAAAAAAGkAkAABAVkmiUYw5jaWPSflHlHBHVctgKAAAkKWAARCQAAPAkPAAAlhgAAAAkWAAAABisA
... AAADNDAwCQ8AAAAJLQAAAAkuAAAAAAAAAAAAAAAAAKCgkvAAAAAQAGMAAAAAM0MDAGMQAAAAMzOTkJIwAAAAYzA
... AAABzM5OV4OMDABAAAAAwAAAAAAAAABBjQAAAAXQ2FyZWVyycyAmYW1wOyBFZHVjYXRpb24JJgAAAAoKAQEAAA
... AAAAAACgoByv////9n///
... 8AAAAABjcAAAAXL0NhcmVlcl1cnMtYW5kLUVkdWNhdGlvbi8i8KAAoAAQsAAAAJAAAACQ8AAAABCQ8AAAADAAAACRY
... AAAAGOgAAAAsxMDczNzQyMzAlNgkPAAAACTwAAAAJPQAAAAAAAAAAACgoJPgAAAAAABj8AAAALMTA3Mzzc0
... MjMwNTYJIwAAAAABAzMzOTkJIwAAAAzCAAAADzM5OV4xMDczNzQyMzAlNgEAAAAAAAAAAAAAEGQwAAAAA9NeUNlb
... nR1cmFsFIZWFsdGgzJJgAAAAoKAQEAAAAAAAAACgoBu////9n///
... 8AAAAABkYAAAAARL015Q2VudHVyYYUhlYWx0aCRKAAoAAQwAAAAJAAAACQ8AAAABCQ8AAAAEAAAACRYAAAAGSQA
... AAAsxMDczNzQyMTczMQkPAAAAACUsAAAAJTAAAAAAAAAAAACgoJTQAAAAEABk4AAAALMTA3Mzzc0MjE3MzEG
... TwAAAAmzOTkJIwAAAAZRAAAADzM5OV4xMDczNzQyMTczMQEAAAASAAAAAAAAAAAEGUgAAAA1Gb3IgUHJvdmllkZ
... XJzCSYAAAAAAKCgEBAAAAAAAAAAoKAaz////Z////
... AAAAAAAZVAAAAGS9Q7T0gvSG9tZS9Gb3ItUHJvdmlkZXJzL21jaWWFucy9KAAoAAQ8AAAAJAAAACQ8AAAABCQ8AAAAEFAAAAC
... RYAAAAGWAAAAAAsxMDczNzQyMgkPAAAAACVoAAAAJWwAAAAAJWwAAAAAAAAAAACgoJXAAAAAABl0AAAALMTA3Mz
... c0MjE3MzIGIXgAAAAAmzOTkJIwAAAAGzLAAAADzM5OV4xMDczNzQyMgEAAAAAEAAAAAAAAAAEGYQAAAAApby15
... 0YWN0IFVzCSYAAAAAKCgEBAAAAAAAAAAoKAz////Z////
... AAAAAAZkAAAAFS9Q7T0gvSG9tZS9Db250YWN0LVVzLwoJAAQAAAAAH5TeXN0ZW0WuQ29sbGVjdGlvbnMuR2VuZ
... XJpYy5MaXN0YDFbW1N5c3RlbS5SdW50aW1lLlNlcmlhbGl6YXRpb24JJgAAAAALMTA3Mzzc0MjE2YXRpb249NC4wLjAuMCwgQ3VsdHVyZT1uZX
... V0cmFsLCBQdWJsaWNLZXlUb2tlbj1udWxsXQAAAAABUZpbGQ1LkNvbnRhaW5lcklEQ291bnQAWHbmlbDljb
... vbgmeAAAkNzUTdHJpbmdsiI1zY29ybGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVib
... GljS2V5VG9rZW49bnVsbAoJAAQAAAAFS9Q7T0gvSG9tZS9Db250YWN0LVVzLwoJAAQAAAAGIXeAAA00MDczNz
... c3RlbS5SdGHJpbmdzIG1zY29ybGliLCBWZXJzaW9uPTQuMC4wLjAsIEN1bHR1cmU9bmV1dHJhbCwgUHVib
... GljS2V5VG9rZW49bnVsbAoJAAQAAAAFS9Q7T0gvSG9tZS9Db250YWN0LVVzLwoJAAQAAAA
... AAAAAAAAAEGAAAAAKUBU3l3zdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGDAXltbU3lzdGVtLlJ5bnRp
... uaXphdGlvbi5GdTJTWVudUl0JIWYXRhbGlhtaHvwb24JJgAAAAALMTA3NzQyMjZMzAyC0zLk5yZ2
... IEN1bHR1cmU9bmV1dHJhbJhbcWugCvVHVibVibGljS2V5VG9rZW49bnVsbABAAAAAAZfaFXbXMFX
... 3NpemUUTI3Z1cnNpcb24EEAAnRWt0cm9uaWNLNTcy5Pcmdhbml6YXRpb24JJgAAAAALMTA3NzQyMjZMzAyC0zLk5yZ2
... cAAAAFAAAAABQAAAAEeAAAAEAAAAAllAAAAAAAAAAABHwAAAABEAAAAAJZgAAAAAAAAAAAASAAAAAEAAAAE
... ACWoAAAAAAAAAAAAAAEtAAAAEAAAAAllAAAAAAAAAAABLgAAAAEAAAAAJZgAAAAAAAAAAAAA8AAAAE
... AAAACW0AAAAAEAAAABAAAAAEeAAAAEAAAAAllAAAAAAAAAAABPQAAAAEAAAAAJZgAAAAAAAAAAAAAT4AA
... AAEAAAACWoAAAAAAAAAAAAAAAW9lAAAAAAKRZgAAAAAAAAHZwAAAAABAAAACAAAAAAQlRWt0cm9u
... LkNtcy5Pcmgdbbml6YXRpb24JYXRpb249NCXdvcmsuYXRpb249NTU5JZVl0bnB24lALdwbWAAAAAQlRWt0cm9u
... gAAAAAAAAAAAAQmRWt0cm9u9uLkNtcy5GcmFtZXdvcmsuTGlzdGDAXltbU3lzdGVtLjJzdGVtLkNtcy5GcmFtZXdvcmsuTGlzdGDAXltbU3lzd
... AAAAQAAAAAEJkVrdHJvbi5DbXMuTGlzdGDAXlt0U3lsdGVtLjJzdGVtLjJzdGVtLjJsbGljS2V5VG9rZW49bnVsbCXdv
... AAAl/
... AAAAB3MAAAAAAAQAAAAAgAAAAAEJkVrdHJvbi5DbXMuTGlzdGDAXltbU3lzdGVtLjJzdGVtLjJsbGljS2V5VG9rZW49bnVsbCXdv3b3JrLlVJLlRyZWVUu5SVRyZWVYOb2RlAgAAAAAmAA
... AAACYEAAAAJggAAAAmDAAAACYQAAAAJhQAAAAmGAAAACYcAAAABdwAAAAgAAADrEwCAgAAAI8BAAAAAACQ
... 8AAAAAAAAAAAAAAkeAAAAEk8RAAAAH4VSFsedGgvc2VhUmPAAAAAAAAxK0BAAAJQQAAAf////7P///
... wQAAAAGjgAAAA9GaW5hbnNpYWwAAAAAAACQ8AAAAABAAAACCEAAAAJAAAACCQ8AAAABAAAAAAAB0QAAAAKAOsTAICAAAAX
... qAAAAAAAAAakEAAAAAAxKPAQACPAQAAAAAAAAkAAAAAAHPAAAAAAAAAAJLQAAAAkuAAAAAAAAAAAAAAAAAAAAACQ8AAAAABTQAAAAA
... gAAAAiAAAAAkAEAAAAAAAACPAQAAAAAAAkPAAAAAAAAAJLQAAAAkuAAAAAAAAAAAAAJLQAAAAuAAAABCTQAAAABaf///+z
... ///
... 8EAAAAAAABpgAAAAWQ2FyZWVycy1hbmQtRWR1Y2F0aW9uCQAAAAAJDwAAAAIAAAAJmwAAAAoAkAE
... AAAAAAAAAABeQAAAAgAAAAAQDEgCAAgAAAAI8BAAAAAAAAAAAAAAAk8AAAAACE8RAAAAJDwAAAAEJQWAA
... AAFf////7P///
... wQAAAAGogAAAABBNeUNlbnR1cmFlFIZWFsdGgvYXAAAAAAAAAAml0AAAACgDQEgCAgAAAAAAAAAAA
... F6AAAACAAAAKMNAIACAAAAjwEAAAAAAAAkAAAAAACUsAAAAJTAAAAAAAAAAAAPAAAAAAAAJLQAAAAuAAAAAABCSQAAAAAA
... s////
... BAAAAAasAAAAGFBPSC9Ib2llL0Zvci1QaGlzaWNpYW5zL21jaWWFucAAAAAAAAAAAAAAAAJmwAAAAoAoAo
... w0AgAIAAAABewAAAAgAACkDQEgCAAAAAAI8BAAAAAAlAAAAACVsAAAAJWwAAAAAAAlaAAAAACsAAAAJDwAAAAEJYQ
... AAAAFL////7P///
... wQAAAABRQT0gvSG9tZS250YWN0LVcwLVkdALwAAAAAAAAAABjQAAAAJDwAAAAUAAAAJuQAAAAoApA0AgA
... IAAAABfAAAAAkAAAAkAAAAJDwAAAAJDwAAAAEAAAAJFgAAAAa8AAAAASAAAATAKCgoAAAAAAAAoKCb0AAAAAAa+
... AAAADzEwNzM2M3Nl0zDTQyfDQyMAa/
... AAAAAzQwMAkjAAAAABtsEAAASTzk4M2Mf5XjQwMF4xMDczNzQyMzk4MgIAAAAAAAAAAAGwgAAAAtTZWFyY2ggg5
... m9icwbDAAAAABExpbmsCECgBAAaQkgg4ADQEtzz////Z////
... AAAAAbFAAAAAGmbh0dHA6Ly9jYXJlZXJzLWFuZC1lZHVjYXRpb24JJgAAAAAAAAGwgAAAAtTZWFyY2g
... AkWAAAABsgAAAALMTA3Mzc0MjQ3WDwaAnAnAAAAAnAAAAAACsAAAAAAAAAAAAoKCwwAAAAAbNAAACZEwN
... M3NDIyMDczNTk4MgIAAAADNDAwCSMAAAAUV0leNDAwXjEwNzM3NDI0NzEyCQAAAAUAAAAASAAAAAAoKAS3////Z////
... ACEJlbmVmaXRzCSYAAAAKCgEBAAAAAAAAAAoKAS3////Z////
... AAAAAbUAAAAAS9Q7T0gvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL0JlbmVmaXRzCWcwaAAAAuL0lJlbmVmaXRzCWcwaAAAAuL0J
... AEJDwAAAAAAAJFgAAAAA9FgAAAAYXAAAABAA0XAAAAAACsAAAAAAoKCgoAAAAAAAAKCgnbAAAAAAAAAAJDwA
... AG3AAAAAsxMDczNzQyNjQyNaVMwMFRWR1Y2F0aW9uL0JlbmVmaXRzCWcwaAAAAuL0J
... AAAAAAEG4AAAANDxUDWAAAA/
... AAAAAAzQwMAkjAAAAUVpbeNDAwXjEwNzM3NDI2NDI1CQAAAAUAAAAASAAAAAAoKATz////Z////
... AAAAAbFAAAAGmh0dHA6Ly9jYXJlZXJzLWFuZC1lZHVjYXRpb24LmJlbmVmaXRzCWcwaAAAAuL0J
... AkWAAAABsgAAAALMTA3Mzc0MjY0MjUNDwDNaAAnAnAnAnAAAAAAACsAAAAAAAAAAoKCwwAAAAABnAAAAAzEzNDIy
... M3NDIyMDczMjZ4MDAAAAAAAAAAAAAAAAoKAS3////Z////
... AAAAAbVAAAAAGmmbh0dHA6Ly9jYXJlZXJzLWFuZC1lZHVjYXRpb24JJgAAAAAAAAAKCgwAAAAAoKAS3////2f///
... ACEJlbmVmaXRzCSYAAAAKCgEBAAAAAAAAAAoKAoKCgEBAAAAAAAAAAoKATz////2f///
... AAAAAbUAAAAGFBPSC9Ib2llL0Zvci1QaGlzaWNpYW5zL21jaWWFucAAAAAAAAAAAAAAAAJmwAAAAoAoAo
... AEJDwAAAAAAAQAVoQVoQAQJ0gyfDQwMAa/AAAAAzQwMAkjAAAAAAAAAAAAAAoKCgnbAAAAAAAAAAJDwA
... AG3AAAAAsxMDczNzQyNjQyNAJDwDNaAnAnAnAAAAAAACsAAAAAAoKCgoAAAAAAAAKCgnbAAAAAAAAAAJDwA
... ACgoJ6AgAAAAEABusAAAAAAAAAAAAAAAAmOMQ0MjIwMDczMzI3OT83AAAAAKCgoAAAAAAAAM5OV4OMDMBEMTA3Mzc
... NzYCAAAACQAAAAAAAAAAAAAABBu8AAAAAALSG93IFdUlEhEpcmUpUUJJgAAAAOKAQEAAAAAAAAACgoBD////9n///

134251…

… 8AAAABvPAAAANLlBP6e9DYxU1ZKQZ1WFIZC1+zFWjyxkRpb2vsd99Lvd1smpcmbvcgAKAAEAAAANCQAAAAk
… PAAAAAQkPAAAAAQAAAAkWAAAABvUAAAALMTA3Mzc0Mj1zMTUJDwAAAAn3AAAACfgAAAAAAAAAAAAAoKCfkA
… AAAABAAb6AAAACzEwNzM3M3DIyMzE1BvsAAAALMTA3Mzc0Mj1E3MzEJIwAAAAb9AAAAGzM5OV4x4MDczQYMTczM
… V4xMDczNzQyMjMxNQNIAAATAAAAAAAAAAEJQ
… gAAACJDb250aW51aW5lIE1lZGljYWwgRWR1Y2F0aW9uIChDTUUpCSYAAAAKCgEBAAAAAAAAAoKAQD////Z///
… //
… AAAAAAYBAQAAHi9Db250aW51aW5uLU1lZGljYWwtRWR1Y2F0aW9uLwoACgABgQAAAkAAAAJDwAAAAEJDwAAA
… AIAAAAJFgAAAAYEAQAACzEwNzM3M3DIyMzE2CQ8AAAAJBgEAAAkHAQAAAAAAAAAAAAAKCgkIAQAAAQAGCQEAAA
… sxMDczNzQyMjMxNQoACgABgQAAAkCzEwNzM3M3DIxNzMxCSMAAAAGBEAABszOT1eMTA3Mzc0Mj1E3MzFeMTA3Mj1
… zMTYCAAAAGAAAAAAAAAABBg0BAAAnSm9pbnQgSW5zdGl0dXRpb24gZm9yIFN0YXdCAAAAAAoKAFH+///Z////
… AAAAAAYQAQAAIy9kb2ludC1JbnN0aXR1dGlvbi1mb3JfU3RhdmluZy1MVJ1dmllbWdvCb2FyZC0vCgAkAAGAAAk
… QkPAAAAwAAAAkWAAAABhMBAAALMTA3Mzc0Mj1zMTcJDwAAAAkVAQAACRYBAAAAAAAAAAAAAoKCRcBAAAAA
… YYAQAACzEwNzM3M3DIyMzE3BvsBAAALMTA3Mzc0Mj1zM3zEJIwAAAAYbAQAAGzM5OV4xMDczNzQyMjTczMV4xMDc
… zNzQyMjMxNwIAAAAfAAAAAAAAAAEGHAEAABRNZWRpY2FsIEV2YWx1YXRpb24JDwAAAACgoBAQAAAAAAAAAAK
… CgHi/v//2f///
… wAAAAGHwEAABYvTWVkaWNhbNhbC1TdGFmmZil1PZmZpY2UvAAKAAGDAAAACQAAAAkPAAAAAQkPAAAAAQkPAAAAkWAA
… AABiIBAAALMTA3Mzc0Mj1zMTgJDwAAAAkkAQAACSUBAAAAAAAAAAAAAAoKCSYBAAAAYnAQAACzEwNzM3M3DIyMzE4
… yMzE4BigBAAAALMTA3Mzc0Mj1E3MzEJIwAAAAYAQAGQAAGZM5OV4xMDczNzQyMjTczMV4xMDczNzQyMjMxOAIAAAAg
… AAAAAAAAAAEGKWEAABJQaHlzaWNpYW4gU2VydmljZXMJDwAAAAoKCgoB0/7//9n///
… 8AAAAABi4BAAAUL1BoeXNpY2lhbi1TZXJ2aWNlcy8AAkAAAAYQQAAGBQ5SAAAACQ8AAAAFBgEAAAAFAAAAAAg
… GMQEAAAsxMDczNzQyMjMxOQQkPAAAAkxMBAAAAAAAAAAAAAAAgoJEAAAAGGjjYBAAAbjYBAAAbMzk5X4jYBAAAbYBAAAjYBAAAjMDczNzQyMjMxOAIAAAAj
… MTkGNwEAAxsxMDczNzQyMjTczMQkJAAAAAjBkBAAAbMzk5X4jYBAAAbMDczNzQyMjM2E5AgAAAACEAA
… AAAAAAAAABBkkBAAAUUmVmZXJyYWwgSW5mb3JtYXRpb24gaW5kIFFzcGVKZAJgAAAAoKAQEAAAAAAAAAAAAgoBtf7//9n///
… 8AAAAABkwBAAAWL1JlZmVycmFsLUluZm9ybWF0aW9uLUFuZC1UaGVyYXB5LwoACgABgQAAAJDwAAAAEJDwAAAAIFga
… AAAZPQEAAQAACzEwNzM3M3DIyMzIwCSMAAAAGGF.BAAAAGzM5OV4xMDczNzQyMjTczMQkJAAVAEAAAsxMDczNzQyNzQy
… MzQyNzQzYQACzEwNzM3M3DIyMjAwCQ8AAAAGMUBAAAAAAAAAAAAAAAAAAAAoKCgGMkBAAAAVWxBZHaAeeQ2VudFZyJ2cgQ
… b+///Z////
… AAAAAAzbAQAALC9PdXIt1bmlbtmLUhlLUhlUlYWxec1SZXN1YXJjaC1Qcm9ncmFtLW9mLXRoZS1QAAAAA
… QkAAAkPAAAAAQAAAAkWAAAABl4BAAAALMTA3Mzc0Mj1zMTzIjDwAAAAlgAQAACWEBAAAAAAAAAAAAAAAAAoK
… oKCWIBAAAAAAzJQAACzEwNzM3M3DIyMzIyCQ8AAAAGMUBAAAALMTA3Mzc0Mj1E3MzEJIwAAAAQAAGbMzk9czNzQy
… yMTczMV4xMDczNzQyMjMxNzQyMjMxmCSMAAAAAAAEGZwEAAAAAAEGZwEAAAANGJ2YWVuZ2NSX2hc3MQkPAAAAoK
… AZf+///Z////
… AAAAAAzqAQAALC9PDb250YWN0-U0tT3VyVyb3p3ZGGvcy8KAAoAAAgc0NEFAAEEAAAAAAAnCWsBAAAACWtAQAAAoK
… AGbAAAkAAAAAlrsAQAABpQAAAJawKAAkAYdWJPQAAAKpBpQAAAJAwEAAAAavwQAAAJ4wEAAAAkAAjawKAAAkA
… AAAAAHLAAAAEQAAAAlmAAAAQAAABzAAAAAQAAAAJagAAAAAAAdkAAAAQAAAAAkWAAAACUWAAA
… AAAAAAAAAaEAAAAQAAAAlmAAAAAAAAAAAB2wAAAQAAAAJgdEAAAIAAAAaCAAAAegAAAQAAAAQAAACWUAA
… AAAAAAAAAaaHpAAAAEQAAAAlmAAAAAAAAAAAB6gAAAAQAAAAJeQAEAAAcAAAAHAAAAAAafcAAAACW
… UAAAAAAAAAAAAAH4AAAAEQAAAAlmAAAAAAAAAAAAB+
… QAAAAQAAAAJfAEAAAAQQYBAAAAACWUAAAAAAAAAAAAAAEHAQAEEAAAmlmAAAAAAAAAAAAA
… ABCAEAAAQAAAAJfwEAAAAQyAAAAAURUBAAAACWUAAAAAAAAAAAAAAEEWAQAEEAAAmlmAAAAAAAAAAAA
… AAABFWEAAAQAAAAJagAAAAAAAASQBAAAQAAAACWUAAAAAAAAAAAAAAElAQAEEAAAmlmAAAAAAAAAAAA
… AAAAABjEgEAAAQAAAAJagAAAAAAAATMBAAAQAAAACWUAAAAAAAAAAAAAAEE0AQAEEAAAmlmAAAAAAAAAAAA
… AAAAAAABNQEAAAEQAAAAJagAAAAAAAAUIBAAAQAAAACWUAAAAAAAAAAAAAFDAQAEEAAAmlmAAAAAAAAAAAA
… AAAAABREAAAAQAAAAJagAAAAAAAAVEBAAAQAAAACWUAAAAAAAAAAAAAAFSAQAEEAAAmlmAAAAAAAAAAAAl
… mAAAAAAAAAAAAVBUwEAAAAJagAAAAAAAAAWB6gAAAAQAAAAJeQEAACAAAAHAAAAfcAAAAEHAQAEEAAQAAAAl
… AAlmAAAAAAAAAAAAAABYgEAAAJagAAAAAAAAAB2sBAAAQAAAAAAAAAAAAAAAEJUVrdHJvJvbi5DQXMuT
… 3JnYW5pzcmF0aW5uLU1lZGljYWwtRWR1Y2F0aW9uLwoACgABgQAAAkAAAAJDwAAAAEJDwAAAAIFga
… F0aW9uLklNlXS5SXBlbDUhYTIBAAAAQAAAAUQ4BAAAAAAAAAASQBAAAAEHAQAEEAAQAAAAAlmAAAAAAAAAAAA
… uLkNtcy5Pcmdhbnl6YXRpb24uU0llbnVpdmVyc2l0eSJvbHVkGmtFVNtVudU10ZW1EYXRhZtb+
… AAAAAAAmeAQAACZ8AAAAd2YYBAAAAUQBAAAAQAAAAAASQBAAAAEHAQAEEAAQAAAAAlmAAAAAAAAAAAA
… 2R1AgAAAAAmeAQAACZ8AAAANgd5AQAAAEEAAAAAAAAIAAAABCZFa3Ryb2u21LkZyYW5uQ21zEkxkZYY11ld29yay5VSS
… lUcmVlVlTm9kZ1AAAAAmhAQAAQ2tAAAmhQAAAQAAAAAASQBAAAAEHAQAHfEAEAABAAAAAAAAAAAAAAEEAaQAA
… mRWt0cm9uaWNNtcy5GcemFtZXdvcmsuVUkuVHJlZS5JVHllZZS5JVHlyZGGvcgAAAAACacBAAAAmpAQAACaoBAAA
… fwEAAAECZFa3Ryb25pQ21zEkZyYW5lNd29yay5VSTyZGGvcmtzEkxkZYY11ld29yay5VUUkuVHVudU11ZW1EYXRh
… AEEAAmtAQAACa4BAAJrwEAAAnRyYQEAAAAQAAAAAAAAEJUVrdHJvJvbi5DQXMuT3JvYW5pzcmF0aW5uLU1lZGljYWwt
… l0ZW1EYXRhRhDQAAAACRNZ51SXJlbURHdGVErPElyZWJ5JZD5rX19CYWNraW5RbmllbGGQQmTWVudUl0ZW1EYXRhKzz
… QYXJlbnRRZD5rX19CYWNraW5RbmllbGGQQmTWVudUJhc2VVEYXRhKzz
… QmFzZURhdGdErPFR5cGU+
… a19fQmFja2luZ2ZpZWxkKIk1llbnVCYXNlTlRGF0YSs8SHJlZj5rX19CYWNraW5RbmllbGGQQmTWVudUJhc2VVEYXRh
… zxUYXJnZXQ+
… a19fQmFja2luZ2ZpZWxkKIE1llbnVCYXNlTlRGF0YSs8QW5jZXN0b3JJZD5rX19CYWNraW5RbmielbGQQmTWVudUJhc2U

134251...

2VEYxRhKzxEzXWjdmhwde1Yb5r5rkt9CYWhiaw5nRm1lUeg1tWVudu0hc2V9S4kHzzkPcmRpbMrFsPmtfX0JhY2tpbmdGaWVsZCNNZW51QmFzZURhdGEPEl0ZW1zPmtfX0JhY2tpbmdGaWVsZCNNZW51QmFzZURhdGEPElt0YWdlUGF0aD5rX19CYWNraW5nRmllbGQjTWVudUJhc2VYRhKzxJbWFnZU92ZXJZJyaWRlPmtfX0JhY2tpbmdGaWVsZB1DbXNfZ2ltcGRlZB1DbXNfZB1DbXNfZB1DbXNfZBDbXNfZBDbBXNfZBDbQkBAAMBAAAAJCSxFa3Ryb3Ryb3Ryb3Ryb1DbXNfZB1DbBQkBAAMBAAAAJCSxFa3i5Fa0VudWllcmF0aW9u5U0llbnVJdGVtVHlwZQ4AAAAAJCKUBU3lzdGlbLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGGAXW1tFa3Ryb3uuQ2kzWd2FuPhdG0lvbi5NZW51SWVtOW11EYXRhLCBFa2kQ2zKlkZGlbmRyeYWN0cygwVVyc2lvbj05L05jAuMC4yMyxIb3BlE1bHR1cmU9bmVHbHBhbU9cmUF4YXJ0Ym12YaWMuTGlzdGGAXW1tFa3Ryb3Ryb3Ry0Zk2yeQUyLk5yZW2yb3Ryb3Ry0Zk2yeQUyLk5yZW2yb3Ryb3Ry0Zk2yeQUyLk5yZW2y0cygwVVyNGZNTE5YTJdGVNGM50ThjMlFlNGNTU5YTJdNGXZGZKAIAuMC4yMyxIb3BlMET1bHR1cmU9bmVHbHBhbU9cmUFhpmkzV5VG9NIaNGZNjN5GNZr

134251...
gAKrAgJAQAACQAAAAkFAAAAAkPAAAABwAAAkwRAAAABHOWOAACAgJAYAAAAAAACgCAAAJKQIAAA
lwAgAAAAAgCQIAABcxMDczNzQyMzk4OTXwxMDczNzQyMjA3NgZyAgAACzEwNzM3NDIyMDc2CSMAAAAAGdAIAAB8
zOTleNDAwXjJEwNzM3NDIyMDc2CXjEwNzM7NTIzOTg5AwAAAA0AAAAAAAAAAAZ1AgAADkludGVyYWxsaWd1BUaXBz
CTACAAAAKCgEBAAAAAAAAAAAOKAYn9///Z////
AAAAAAZ4AgAANi9QT0gvQ2FyZWVycy1ombmQtRWR1Y2F0aW9uv%uL0hvdy1XZS1IaXJlL0ludGVydmlldy1UaXBzL
woACgABpAEAAAAkAAAAJDwAAAAAJDwAAAAUAAAAJFgAAAAZ7AgAACzEwNzM3NDI15TU0C0gOKAAAAAAAAAAAJKA
IAAAkpAgAACX4CAAAAAAZ/
AgAAFzEwNzM3NDIzOTkTkwfDEwNzM3NDIyMDc2BoACAAALMTA3MzcwMjIwNzYJYYJIwAAAACAgAAHzM5OV040MDBeM
TA3MzcwMjIwNzM3NDIyMDc2MjM5OTQxMzc0MDAwDAgAAAAAAAAAABoMCAAAVTmV3IE51cnNpbmpbmcgR3JhZCBGVzFCT
ACAAAKCgEBAAAAAAAAAAOKAXv9///Z////
AAAAAaGAgAAFy9QZXctT3Vtyc2luJy1Hcmd9kLUZBUXMvCgAKAAG1AQAACQAAAAkPAAAAkPAAAABkAgAAAAAAkWA
AAABoKCAAAENjUxMgoKCgAAAAAAAAACSgCAAAJKQIAAAmMAgAAAAAAAgjQIAABcxMDczNzQyMzk6N5MXwxMDczNz
QyMjA3NgaOAgAACzEwNzM3NDIyMDc2CSMAAAAGkAIAAB8zOTleNDAwXjJEwNzM3NDIyMDc2CXjEwNzM3NDIzOTk
xAwAAAA8AAAAAAAAAAAAARAgAAGU1ciBTdGFuZGFyZHHMgb2YgQmVOrYXVpb3IgSVJMAIAAAKAQEAAAAAAAAAAAAOCgoB
bf3//9n///
8AAAAABpQCAAABBL1BPSC9DYXJlZXJzLWFuZC1FZHVjYXRpb24gS3VHljLmcmULUHpcmUvT3VyLVN0YW5kYXJkcy1
vZi1CZWhhdmlvci8tK8AAoAaYBAAAJAAAAAACQ8AAAAACQ8AAAAHAAAACRYAAAAGlwIAAAQ2NTEWCgoKAAAAAAAAA
AAAJKAIAAAkpAgAAACZoAgAAAAAhPgIAABcxMDczNzQyMjA3NjkxMDczNzQyMjA3NgaQAgAACzEwNzM3NDIyMDc2CSM
AAAAAZJaAIAAByM5OV40MDBeMTA3MzcwMjIwNzYJTzIzOTk1MzceMDAwAAAA8AAAAAAAAAAAAAAaEAgAAGU5ldyBTdGFuZGFyZHMgb
2YgQmVOYXZpb3IgSVJMAIAAAKAQEAAAAAAAAAAAOCgoBbf3//9n///
8AAAAABsACAAA6L1BPSC9GGb3tUHIVdmlkZXJzL0NvbnRhY3QvTWVkaWNhbC1Qcm92aWRlci1
vcm1zLwoACgAwBgQEAAAAAAkAAAACAJDwAAAAACQ8AAAAAHAAAACRYAAAAGowIAAAQ2NTEWCgoKAAAAAAAAAAAAJKA
IAAAkpAgAAACZoAgAAAAAhPgIAABcxMDczNzQyMzk5xcxMDczNzQyMjA3NgaQAgAACzEwNzM3NDIyMDc2CSMAAAAAGdAIAAB8
wAAAAAQ7QIAAAAlDTUGyRh9yb2Wf0aW9ucAFIENhbHBYcyC1SYZGEBAAAAAAAAoKATL9///Z////
AAAAAbPAgAAPS9QT0gvVEyb3ZpZGVycy9Db250YWN0L01kaWNhbC1Qcm92aWRlci1vcm1zLwoKAKATL9///Z////

... AAAAARCgoJMRNWAAAABjEDAARLMYAGHJCONJl1kNTUGHqGMRAt5xMbcAnZqyMgMXMWgQjAAAABjQDAAAnMzk5XjE
... wNzM3NDIxNzMxXjEwNzM3NDIyMzE2XjEwNzM3NDIyMzUlAwAAAB4AAAAAAAAAAQY1AwAAGEpJUkIgQ29udGFj
... dCBJbmZvcm1hdGlvbGGlvbgkmAAAACgoBAQAAAAAAAAAKCgHJ/P//2f///
... wAAAAAGOAMAADEvUE9IL0Zvci1Qcm92aWRlcnMvVklSQi9KSVJBIC9QL0lnpdDAAAAnMzk5XjE
... G2AQAAGAAAAAlrAQAAAAAAAAAAAABwAEAABgAAAAJawEAAAAAAAAAAAAAcoBAAAYAAAACToDAAACAAAAAgA
... AAAHUAQAAGAAAAAk7AwAABwAAAAcAAAAB3gEAABgAAAAJPAMAAQAAAAEAAAAAegBAAAYAAAACTODAAAGAAAA
... BgAAAAHyAQAAGAAAAAlrAQAAAAAAAAAAAAAB/
... AEAABgAAAAJawEAAAAAAAAAAAAAQYCAAAYAAAACWsBAAAAAAAAAAAEQAgAAGAAAAAlrAQAAAAAAAAAAAA
... ABGgIAABgAAAAJawEAAAAAAAAAAAASQCAAAYAAAACWsBAAAAAAAAAAEqAgAABAAAAAlqAAAAAAAAAAA
... AAAABOAIAAAQAAAAJagAAAAAAAAAAAAUYCAAAEAAAACWoAAAAAAAAAAAAAFUAgAABAAAAAlqAAAAAAAA
... AAAAAAABYgIAAAQAAAAJagAAAAAAAAAAAAXACAAAEAAAACWoAAAAAAAAAAAAAAF+
... AgAABAAAAAlqAAAAAAAAAAAAAABjAIAAAQAAAAJagAAAAAAAAAAAAZoCAAAEAAAACWoAAAAAAAAAAAAA
... AGnAgAAEAAAAAllAAAAAAAAAAAAAABgAIAABEAAAAJZgAAAAAAAAAAAAakCAAAEAAAACWoAAAAAAAAAA
... AAAAG2AgAAEAAAAAllAAAAAAAAAAAAAABtwIAABEAAAAJZgAAAAAAAAAAAAbgCAAAEAAAACWoAAAAAAA
... AAAAAAAAHFAgAAEAAAAAllAAAAAAAAAAAAAABxgIAABEAAAAJZgAAAAAAAAAAAAAccCAAAEAAAACWoAAAAA
... AAAAAAAAAAAHUAgAAEAAAAAllAAAAAAAAAAAAAABlQIAABEAAAAJZgAAAAAAAAAAAAAdyCAAAEAAAACWoAA
... AAAAAAAAAAAAHjAgAAEAAAAAllAAAAAAAAAAAAAAB8AIAABEAAAAJZgAAAAAAAAAAAAeUCAAAEAAAACWoAACW
... oAAAAAAAAAAAAHyAgAAEAAAAAllAAAAAAAAAAAAAB8wIAABEAAAAJZgAAAAAAAAAAAAAfQCAAAEAAAA
... ACWoAAAAAAAAAAAAEBAwAAEAAAAAllAAAAAAAAAAAAAABgMAAABEAAAAJZgAAAAAAAAAAAAAAQMDAAAE
... AAAACWoAAAAAAAAAAAAAEQAwAAEAAAAAllAAAAAAAAAAAAAABEQMAABEAAAAJZgAAAAAAAAAAAAAARIDA
... AAAACWoAAAAAAAAAAAAAEuAwAAEAAAAAllAAAAAAAAAAAAAABLwMAABEAAAAJZgAAAAAAAAAAAAAAAAA
... EDAAAEAAAACWoAAAAAAAAAAAAAEuAwAAEAAAAAllAAAAAAAAAAAAAABLwMAABEAAAAJZgAAAAAAAAAAAA
... AATADAAAEAAAACWoAAAAAAAAAAAAAEc6AwAAEAAAAEAAAAEAAAABCVFa3Ryb24uQ21zLk9yc3FuaS55J
... TWVudUl0ZW1lXYXRhBQAAAAleAwAACV8DAAnAAAAAgc7AwAAAAAAAAAAIAAAABCVFa3ryb24uQ11zLk9yZZ2FuaXphd
... Glvbi5JTWVVudU1l0ZW1lEYXRhBQAAAAAAlgAwAAACWEDAAAAJYgMAAl1jAwAAAgc7AwAAEVYXRhBQAAAJaQM
... AAAlgAwAAABZo20AAAAAQAAAAgAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLklNZW51TGVtRGF0YQU
... CWsDAAAJbAMAAAltAwAACW4DAAAJbwMAAAlwAwAADQIFXgMAAAleZYZ2FuaXphdGlvbi5JTWVudUl0ZW1l
... 250ZW50TWVudUl0ZW1lXYXRhBwAAAAABk8TGlua1R5cGU+
... al9fQmFFja2luZFOZpZWxkHjxDb250ZW50VHlwZUlkPmFtFX0JhY2tpbmdGaWVsVsZCRNZW51SXRlbURdGErPEl0Z
... W1JZD5rX19CYWNraW5nRmllbGQgMTWVudUl0ZW1JZXRhKXzxQYXJlbnRJRD5rX19CYWNraW5nRmllbGQQiTWVudU
... Jhc2VYXRhKzxUZXh0bWpxPmpFX0JhY2tpbmdGaWVsZCXzUYXJlbnRJRD5rX19CYWNraW5nRmllbGQgCGU+
... al9fQmFFja2luZO2ZpZWxkIk11bbnVCYXNlYXRhBwAAAAAAAAAAAAAAAAAAAAAQQW51SXRlbURBXHh
... zxUYXJnZXQ+
... al9fQmFFja2luZO2ZpZWxkKE1lbbnVCYXNlYXRhBQW5jZXN0b3JzbXpYXNlWXRhBQW51SXRlbURBc1BtdGFY0JhY2
... 2VEYXRhKzxEZXNjcmljmllbGQg5rX19CYWNraW5nRmllbGQgTWVudUl0Z W1lZXRhKzVEYXNlWXRhKGZpZWxkHj
... tpbmdGaWVsZCZCNNZW51QmFZZUdhdGErPEl0ZW1JZXRhKX0JhY2tpbmdGaWVsZCdNZW51QmFZZUdhdGErPElt
... lUGF0aD5rX19CYWNraW5nRmllbGQgTWVudUl0Z VEYXRhKzxBdWRpb2F0aCBwXZU92Z2XJyaWRlPmpFX0JhY2tpbmdGaWVs
... ZB1DbXNNEYXRhPElyPElkPmtFX0JhY2tpbmdGaWVsZAQAAAAABBAEBAAEAAwEAADBFa3Ryb24uQ21zLkNvbnRlbnVvb
... i5Fa0VudWllcmF0aW9uU0llbbnVJdGVlGCGlLAUNBAAKJLEVrdHJvbi5DbXMuQ29tbW9uLkVrVrNV51bW
... VyYXRpb24rX1dWudU10ZW1UeXBlDgAAADQIFjdElvbnMuQO29sbGVjdGlvbnMuR2VuZXJpY0xpc3QBAAAAFZ2l0ZW
... rdHJvbi5DbXMuT3JnYW5pemF0aW9uLklNZW51VGVudEdFVErdHJvbi5DbXMuQ29udEdFVErPElthJHZRzLCBWZXJz
... aW9uPTkuMC4wLjI0O0SwgQ3VsdHVyZT1uZXV0cmFsLCCBQdWJsaWNLZXlUb2tlbj01NTlhMmMMZmEyMWU2M2JlX
... V0BCQUAAAAFj/z//
... zBFa3Ryb24uQ21zLkNvbnRlbnUvbi5Fa0VudWllcmF0aW9uUJllbbnVJdGVtVGVTGlua1R5cGUBAAAAB3ZhbHVlX18ACA
... 4AAAAAAAAAQAAPosAIACAAAA+w4AgAIAAAAJLwIAAAGN/P//7P///
... wEAAAAJMgIAAAkWAAAABgAAAAAAAAAAAJDwAAAEEAAAAJdwMAAAkPAAAAHkWAIACAAAAAV8DAABeAeAwAAAAYf8//
... +P/P//AAAAAEAAAC8GgAAAAAAPsOAIACAAAACT0CAAABhfz//+z///
... 8BAAAACUACAAAJFgAAAAAAAAAAAAAAAACX8DAAAJDwAAAAAAB6FgCAAgAAAAFgAwAAAXgPAAAACxmAAAF//P/P/
... /j/z//wAAAAABAAAAwS0AgAIAAAAD8DgCAAgAAAAllAgAAAX8//s///
... AQAAAAl0AgAACRYAAAAAAAAAAAAkPAwAAAAkPAwAAAAkPAwAAAAkPAwAAAAkPAwAAAAkPAwAAAAkPAwAA
... AQAAAAlOAgAAACRYAAAAAAAAAAAAAAAkPAwAAA/A4AgAIAAAAllAgAAAX8//s///
... wEAAAAJXAIAAAkWAAAAkWAAAAkWAAAAJDwAAAAIAAAAJjwMAAAkrPAAAAHMWAIACAAAAAWIDAABeAeAwAAW/8//
... +P/P//AAAAAAEAAABgGQAAAAAAPwOAIACAAAACWcCAAAABd/z//+z///
... 8BAAAACWoCAAAACRYAAAAAAAAAAAAAAQ8AAAADCzDAAJDwAAAABB 0FgCAAgAAAAFjAwAAXgPAAAACxmAAAFn/P/
... /j/z//wAAAABAAAAAAAABkBKAAAAQ8DgCAAgAAAllAgAAAX8//s///
... AQAAAl4AgAACRYAAAAAAAAAAAPkRPBAaAAaamfAwAACDAAAAddRYAgIAAAABZAMAAF2AMAACZiAMAAF/8//
... 4/8//8AAAAAAQAAAMItAIACAAAA/A4AgAIAAAAJgwIAAAFd/P//7P//?
... wEAAAAJhgIAAAkWAAAAJDwAAAAIAAAAJpwMAAAkrPAAAAHYWAIACAAAAAUDDAABeAeAwAAAAFmAwAAXgPAAAFP/P/
... /j/z//wAAAAABAAAAbbhKAAAAAAAAD8DgCAAgAAAAamfAgAAU38////
... AQAAAAmiAgAACRYAAAAAAAAAAPkPAAAAAAAAAAAAmnAgAAACRYAAAAAAAAAAAAPkPAwAABBB2YAZwIAAAKEACAA
... gAAAOsPAIACAAAAACQ8AAAAAAAAAAAAAmnAgAACagAACagACCAAAAEJrgIAAAFD/P//7P//?
... wQAAAAGvgMAAEhQT0gvRm9yyLYBy3ZpZ2GVycy9Db250aW5aW5nY9Db250aW5aW5gTG9sZyJYWwtRWR1Y2F0aW9uIAAA
... ACxAgAIAAAADrDwCAAgAAAAkPAAAAAAAAAAAAJtgIAAAGhb9jyAAAACBcb9w0AAABOfz//+z///
... 8EAAAABsgDAAA5UE9IL0Zvci1Qcm92aWRlcnNwVluZ1Q29udGludWluZz91NZWRpY2FsLUVkdWNhdGlvbi9DVFUUtRm9

134251... ybxMvrStVAAACAAAAAAAAAAAAAAARkFAAAAQmAAHnLAwRACgHLtBAEcAAgAAAAAFDYAAoCwAAAAAWwQATACAAAA6w8AgAIA
... AAAJDwAAAAAAAAAAAAAAAACcUCAAAJxqIAAAkPAAAAAQnMAgAAAS/8///s////
... BAAAAAbSAwAAPFBPSC9Gb3ItUHJvdmlkZXJzZL0NvbnRpbnVpbmdEdWNhdGlvbnPbmctTWVkaWNhbC1FZHVjYXRpb24vQ01FLUNhhb
... GVuZGFyLwkWAAAABgAAAAAAAAJDwAAAAMAAAAJ1QMAAAoADBAAgAIAAAABagMAAAgAAAAANEACAAgAAAAOsPAI
... ACAAAACQ8AAAAAAAAAAAAAAAnUAgAACdUCAAAJDwAAAAEJ2wIAAAEl/P///7P///
... wQAAAAG3AMAAEdQT0gvRm9yLVByb3ZpZGVycy9Db250aW51aW5nLUl1Y2F0aW9uLW1lZGljYWwtRWR1Y2F0aW9uL0NNRS1lDb2
... 50YWN0LUluZm9ybWF0aW9uLWNhaWwAAAAAABgAAAAAAAAAJDwAAAAQAAAAJ3wMAAAoADRAAgAIAAAABAwMAAAAgAAAA
... OEACAAgAAAAOwPAIACAAAACQ8AAAAAAAAAAAAAAAnjAgAACeQCAAAJDwAAAAEJ6gIAAAEb/P///7P///
... wQAAAAG5gMAAADFQT0gvRm9yLUVByb3ZpZGVycy9KSVJCL0dldHHRpbmmctU3RhcnNlRlZC13aXRoLUpUkIvCRYAAA
... AGAAAAAAAAAkPAAAAQAAAAnpAwAACgAOEACAAgAAAAFsAwAAACAAAAA8QAIACAAAA7A8AgAIAAAAJDwAAAAA
... AAAAAAAAACfICAAAJ8wIAAAkPAAAAAQn+////s////
... BAAAAAbwAwAAMVBPSC9Gb3ItUHJvdmlkZXJzZL0pJUkIvSklSQil1SZWd1YWx0b3J5LVJlc291cmNlcy9JFgAA
... AYAAAAAAAAAACQ8AAAAAAACAAAAAcfMDAAAAKAA8QAIACAAAAAWw0DAAAIAAAAEBAAgAIAAADsDwCAAgAAAAkPAAAA
... AAAAAAAAJAQMAAAkCAwAACQ8AAAAAAAABBCQgDAAAB/z//+z///
... 8EAAAABvoDAAAzUE9IL0Zvci1Qcm92aWRlcnSklSQi9KSVJCLUllZXRpbmdzLWFuZC1CZWWFkbGluZZVMvCRY
... AAAAGAAAAAAAAAkPAAAAwAAAAnw9AwAACgAQEACAAgAAAAFuAwAACAAAAABEQAIACAAAA7A8AgAIAAAAJDwAA
... AAAAAAAAAAAAACRADAAAAJIAMAAAAAkPAAAAQAAAAnRdx0/////s////
... BAAAAAYEBAAAL1BPSC9Gb3ItUHJvdmlkZXJzZL0pJUkIvSklSQil1Jbm1lcm5hbC1SZXNvdXJjZXMvCRYAAAAGA
... AAAAAAAAAkPAAAAAkHBAAAACgAREAACAAgAAAAFvAwAACAAAAABIQAIACAAAA7A8AgAIAAAAJDwAAAAAAAAAA
... AAAAACR8DAAAAJIAMAAAAkPAAAAAQkmAwAAAAfb7/////s////
... BAAAAAYOBAAAMFBPSC9Gb3ItUHJvdmlkZXJzZL0pJUkIvIvSklSQil1Gb3Jtcy1hbmQtVGVtcGxhdGVzLwkWAAAAB
... gAAAAAAAAAJDwAAAAUAAAAnJEQQAAAoEhAAgAIAAAABcAwAAgAAAAA0TEACAAgAAAAOwPAIACAAAACQ8AAAAA
... AAAAAAAAkuAwAACS8DAAAJDwAAAAEJNQMAAAHp+///7P///
... wQAAAAGGAQAADBQT0gvRm9yLVByb3ZpZGVycy9KSVJCL0pUkItQ29udGFjdC1JbmZvcm1hdGlvbi8kFgAAAAAACF/
... AwAAGAAAAAAAA1rAQAAAAAAAAAAAAAAAAAY8DAAAYAAAACWsBAAAAAAAAAAAAAAAAAAAAAF/
... AGXAwAAGAAAAA1rAQAAAAAAAAAAAAAAABnwMAAAgBAAAAJawEAAAAAAAAAAAAAACAAAAAAAWsBAAAAAAAA
... AAAAGvAwAAGAAAAA1rAQAAAAAAAAAAAAAABtwMAAAgBAAAAJawEAAAAAAAAAAAAAACEDAAAYAAAACWsBAAAA
... AAAAAAAHLAwAAGAAAAA1rAQAAAAAAAAAAAAAABwMAAAgBAAAAJ1QMAAAoADBAAAgAAAAAd8DAAAYAAAACWsBA
... AAAAAAAAAAAAHpAwAAGAAAAA1rAQAAAAAAAAAAAAAAB8wMAAAgBAAAAJawEAAAAAAAAAAAAAAaaaaf/0DAAAYAAAACWsBA
... AAAAAAAAAAAEHBAAAGAAAAA1rAQAAAAAAAAAAAABEQQAAAgBAAAAJawEAAAAAAAAAAAAAAAAARsEAAAYAAAACW
... sBAAAAAAAAAAAAAAAASfAmcfAwIFZBYCZg9kFgICAQ9kFgpmgpmD2QWAmYPFQMQL0zpbmFuY21hbHc1IZWxwLwlQYXl
... tZW50IEhlbbHA/
... DVBheW11bnQgSGVscD9kAgEPZBYCZg8VAxcvQ2FyZWVycy1hbmQtRWR1Y2F0aW9uL0xdDYXJlJZ3JzIczhbXA7I
... EVkdWNhdGlvbjhvdDhDYXJlJZ3JzIChbXA7TIEVkdWNhdGhdGlvbmQ2CAQ9kFgJmDw8WBBB8CZx8DAgRkFgJmD2QWAgIBD2
... QWCGYPZBYCZg8VAxpodHRwvOi8vY2FyZWVycy1hbmQtZWR1Y2F0aW9yY2gmSWicwtTZWFyY2ggSm9ic2Q
... CAQ9kFgJmDxUDJC9QT0gvQ2FyZWVycy1hbmQtZWR1Y2F0aW9uL0JlbmVmaXRzLwkbY2VuZGFyM5lZml0cwhC
... c2QCAg9kFgRmDxUDLS9QT0gvQ2FyZWVycy1hbmQtZWR1Y2F0aW9uL1dvcmstWFhaHkgvZWxsLGsvLGsvLXaHkvYW
... 2UgQXJlIFVuaXF1ZZIFZFXaHkgv2UgQXJlIFVuaXF1ZZIF2UjAQ9kFgJmDw8WBBB8CZx8DAgRkZpGmD2QWAgIBD2QWBG
... YPZBYCZg8VAxMvQXdhcmRzLWFuZFuZC1Ib25vcnNhbmRoUEdF3XYHkYBhbmQgC9ub3JzIDAEUF9XYHkYBhbmQgC9ub3J
... zZAIBD2QWAmYPFQM9L1BPSC9BYm9sdC1Vcy90dW4xdGl2cy9Jbnn1cnNpZZXICyXm3nbml0aW9uLWPuSOSW50ZXJ2aW9lU
... LxVNYWduZXVXtihKIgUmVjb2g9duaXRpcb24TWFtbmtV04oSiIFFJJY29nbml0aW9uCAIbD2QWBgYPFQMQl1BPSC9DY
... XJlZXXviBhbmQtRWR1Y2F0aW9uL0xdDYXNlZXXvbHfYXJLZXJhbXLoZWxsZXJHHVjcy8k...
... BUXMOQXBwbGljYW50IEZBUXNkAgEPZBYCZg8VAxzQvUE9IL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9Ib3ctdV2Ut
... SGlyZS9Db21wZW5zYXRpb24vDENvbXBlbnNhdGlvbgxbnwzY2XRpb25sbkdGlvbjlkAg8VAz8vUE9IL0Nhc
... mVlcnMtYW5kLUVkdWNhdGlvbi9Ib3ctd2UtSGlyZS9EeXZlcm5pdHktWX5kLUluZy1x2c21vbi8k8RGl2ZXJzaX
... R5IGFuZCBJbmNsdXNpb24kRGl2ZXJzaXR5IGFuZCBJbmNsdXNpb24kAgMPZBYFZg9kFgJmDw8WAgcLnpdHktYW5kLXzcQmUtRW1wbG95bWVudCBSZXNvdXJjZXNkAg8VACQvUE9IL
... XMVTmV3IEl1c1cnNpbmcZR3JhZCBGQVYFZAIFD2QWAmYPZBYCZg9kFgxmD2QWAgIBD2QWBGYPZBYCZg8VAz8vUE9IL0Nhc
... mVlcnMtYW5kLUVkdWNhdGlvbi9Ib3ctd2UtSGlyZS9EeXZlcm5pdHktYW5kLUluY2x1c2lvbi8kRGl2ZXJzaX
... R5IGFuZCBJbmNsdXNpb24kRGl2ZXJzaXR5IGFuZCBJbmNsdXNpb24kAgMPZBYFZg9kFgJmDw8WAgcLnpdHktYW5kLXz
... cQmUtRW1wbG95bWVudCBSZXNvdXJjZXNkAg8VACQvUE9IL0NhcmVlcnMtYW5kLUVkdWNhdGlvbi9Ib3ctd2Ut
... SG9kLUNhbGVuZGFyM05hbmRpbmVybcGTWVkaWNhbCBFZHVjYXRpb24gQ2FsZW5kYXIkTWVkaWNhbCBFZHVjYXRpb2
... 4gQ2FsZW5kYXIkAgQPZBYFZg9kFgJmDw8WAgcLnpdHktY3QtSW5mb3JtYXRpb24kU05maW9uEluZm9ybWF0aW9uJCQv
... 0NNRSBDb250Y5WN0LUIuZm9ybWF0aW9uYXUzIAIBD2QWBGYPZBYCZg8VAz8vUE9IL0NhbnRpbnVpbmctbWVkaWNh
... bC1FZHVjYXRpb24vZ0dGluZy1TdGFydGVkVkLXdpdGgtTU1FLXhhZXXR0aW9uYXUzIOZWQgd210oaCBDTUUyR2V0
... aWNhbC1FZHVjYXRpb24vZ0dGluZy1TdGFydGVkLXdpdGgtTU1FLXhhZXXR0aW9uYXUzIOZWQgd210oaCBDTUUyR2V0
... 0NRRSBDb250Y5WN0LUIuZm9ybWF0aW9uAAAABQAAAAnp JUkIpJ0pvaWWMFZ0J0J0pvaWWMFZ0...

134251... uYWvgbmVzaWV3LEVVYXkkIcHksVvrCKNQcWQ4y5mDvbWwBB8CZxR9pWmDZQWAQIBD2QWDGYPZBYCZg8V
... AzIvUE9IL0Zvcil Qcm92aWRlcnMvSklSQi9HZXR0aW5LVN0YXJ0ZWQtd2l0aC1KSVJZCLxlHZXR0aW5nIFN0Y
... XJ0ZWQgd2l0aCBKSVJCGUdldHRpbmcgU3RhcnRlZCB3aXRoIEpJUkJkAgEPZBYCZg8VAzIvUE9IL0Zvcil Qcm
... 92aWRlcnMvSklSQi9KSVJCLVJlZ3VhbHRvcnktUmVzb3VyY2VzLxlKSVJCIFJlZ3VsYXRvcnkgUmVzb3VyY2V
... zGUpJUkIgUmVndWxhdG9yeSBSZXNvdXJjZXNkAgIPZBYCZg8VAzQvUE9IL0Zvcil Qcm92aWRlcnMvSklSQi9K
... SVJCLUllZXRpbmdzLWF1ZC1EZWFkbGluZXMvG0pJUkIgTWVldGluZ3MgYW5kIERlYWRsaW5lc1cXsVJCICIEllZ
... XRpbmdzIGFuZCBEZWFkbGluZXNkAgMPZBYCZg8VAzAvUE9IL0Zvcil Qcm92aWRlcnMvSklSQi9KSVJCLUludG
... VybmFsLVJlc291cmNlcy9XSklSQiBJbnRlcm5hbCBSZXNvdXJjZXMXSklSQiBJbnRlcm5hbCBSZXNvdXJjZXN
... kAgQPZBYCZg8VAzEvUE9IL0Zvcil Qcm92aWRlcnMvSklSQi9KSVJCLUZvcm1zLWFuZC1UZW1wbGF0ZXMvG0pJ
... UkIgRm9ybXMgYW5kIFRlbXBsYXRlcxhKSVJCIEZvcm1zIGFuZCBUZW1wbGF0ZXMX SklSQi9KSVJCLUJNbm9
... 0Zvcil Qcm92aWRlcnMvSklSQi9KSVJCLUNvbnRhY3QtSW5mb3JtYXRpb24vG0pJUkIgQ29udGFjdCBJbmZvcm
... 1hdGlvbhhKSVJCIENvbnRhY3QgSW5mb3JtYXRpb25kAgUPZBYCZg8VAXYvTWVkaWNhbC1TdGFmZi1PmZmpY2U
... vFEllZGljYWwgU3RhZmYgT2ZmaWNlIFllZG1jYWwgU3RhZmYgT2ZmaWNlZAIDD2QWAmYPFQMUL1BoeXNpY2lh
... bi1TZXJ2aWNlcy9SUGh5c2lljaWFuIFNlcnZpY2VzIElBoeXNpY21hbiBTZXJ2aWNlc2QBCBA9kFgJmDxUDFC9Qc
... m92aWRlci1SZWxhdGlvbnMvElBypb3ZpZGVyIFJlbGF0aW9ucxJQcm92aWRlciBSZWxhdGlvbnNkAgUPZBYCZg
... 8VAxYvUmVmZXJyYWwtSW5mb3JtYXRpb24vFFJlZmVycmFsIEluZm9ybWF0aW9uIFJlZmVycmFsIEluZm9ybWF
... 0aW9uZAIGD2QWAmYPFQMsL091cil0ZXR3b3JrLi0NlbnRlcmdVhbHRoIFVlL2VhcmNoLimNdLUNLmRlbmS_Ku
... dHVyYSBIZWFsdGggUmVzZWFyY2ggQ2VudGVyHkNlbnRlciBmb3IgMeEgSVhbHRoHZLi9ZBYCJc2VhcmNoIEN4
... gJmDxUDHC9Db250YWN0LVVzL0tt3VyLVByb3ZpZGVyc3RQ29udGFjdCBVcwpDb250YWN0IFVzZAIED2QWAm
... YPFQMVL1BPSC9Ib211L0NvbnRhY3QtVXMvCkNvbnRhY3QgVXMKQ29udGFjdCBVc2QCAg8PYgIeCEltYWdlVXJ
... sBVAvdXBsb2FkZWRpbWFncmvMvcG9ydGVyaG9zcGl0YWwvQ29udGVudC9QT0gvQ29yZ0lndXJhdGlvbi9Qb3J0
... ZXItQWR2ZLUhvc3AtV2ViLnBuZZRkAgZPZBYCAgIPDxYGHwEy2coHAAEAAAD/////
... AQAAAAAAAAAMAgAAAFxFa3Ryb24u24uQ21zLkZyYW11d29yay95VSSwgVmVyc2lvbj_05LjAuMC4yNDksIEN1bHR1
... mU9bmV1dHHJhbCwgUHVibGlljS2V5VG9rZW49N5TU5YТJjNGZhMjFlNjZQUBAAAAEVrdHJvbi5DbWRuLnJhbbW
... V3b3JrLlVLk1vZGVscy5NZW51TW9kZWwwFAAAAEzxJZD5rX19CYWNrWrkbm5RmllbbGQ4YX5SXRllbbM+
... hY2tpbmdaGaWVsZBY8SXRlbXM+
... a19fQmFja2luZ0ZpZWxkFjxFcnJvcj5rX19CYWNraW5nRmllbGGQYPENhbkVkaXQ+
... a19fQmFja2luZ0ZpZWxkAAMEAQAJpAfTeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW0VrdHJvb
... i5DbXMuU3RJnYW5pemF0aW9uTGV5ZWwtRWt0cm9uLkNtcy5DbGFzc2Vz2Llb250YWludmludC5JlcnNpbngb5Uyb2Q
... 4wLjAuMjQ5LCBDdWx0dXJlPW51bXRyYWwsIFB1YmxpY0tleVRoe2tlbj04N5ThU5YTJjNGZhNaX5ODY5Fa3Ra
... yb24uQ21zLkZyYWl1d29yay5Vb5SSUcmVlLI0Z9bWVOb2RlR2l0bXyY291cnQ5OS4wLjAuMjQ5LCBDdWx0dXJlPW
... AAAJBAAAAAoOADAUAAABZRWt0cm9uLkNtcy5Db250cmFsdGbMszTIcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlP
... W5ldXRyYWwsIFB1YmxpY0tleVRvbGVuPTg3TU5YTJjNGZhMjFlNjZQUBAAAAAQBU3lzdGVtLkNvbGxlY3Rpb2
... 5zLkdlbmVyaWMuTGlzdGAxW1tFa3Ryb24uQ21zLk9yZ2FuaXphdGlvb0xldmVsLUVrdHJvbi5DbWduLlJhbWbi5
... DbXMuQ29udHJhY3RzLCBWZXJzaW9uPTkuMC4wLjI0OSwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tb1
... bj01NT1hMmM0ZmEyMWU2M2JlXV0DAAAAB19pdGVtVcvc12l6ZQhfdmVyc2lvbhQAQAACZFa3Ryb24uQ21zLk9yZ
... 2FuaXphdGlvbi5NZW51QmFzZURhd2hQXQUAAAICAkGAAAAAQAAAAEAAAFAAAAAAAAAQ4zP9Fa3Ryb24uQ21zL
... kZyYW1ld29yay5Vb5SSUcmVlLIRyZWVOb2RlR29kIPDxYGHwEy2coHAAEAAAD/////
... AQAAAAAAAAAMAgAAAAFxFa3Ryb24uQ21zLkZyYWll29yay9yVSSwgVmVyc2lvbj05LjAuMC4yNDksIEN1bHR1cmU
... PTGlzdGAxW1922XXJzaW9uBAAAAEVrdHJvbi5DbXMuRmJhbWV3b3JrLkxSLkRuU1YuSVRyZWVOb2Db2RlR1Rl1W0DAAAAA
... CAgCAAAACQcAAAAGAAAABgAAAAcGAAAAAAAEAAAAEAAAABCRFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5NZW51Q
... mFzZURhdGEFAAAACQgAAAAAAAnAwcHAAAAAAwcHAAAAAAAAAACBCRFa3Ryb24uQ21zLkZyYWl1d29yay5VSSSUcmVlLk
... 1UcmVlVTm9kZ2lAAAAJCQAAAAAAAKQAAAJDAAAAAkNAAAAAAAQAAAANAgwPAAAAAAVArdHJvbi5DbXMuQ29
... tbW9uLCBWZXJzaW9uPTkuMC4wLjI0OSwgSVdHVyZTnluZX0cmFsLCBQdWJsaWNLZXl2b2tlbj01NT1hMmM0
... ZmEyMWU2M2JlBQgAAAApRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uU3VidW1lbnUDAAAAB18lbmFtZV9fbmFt
... ZQ1fdXRpbmdhZEAGAVsZCNXRY/SWQ+
... a19fQmFja2luZ0ZpZWxkGTxQYXJlbnRJZD5rX19CYWNraW5nRmllbGGQYSXRlbXM+
... a19fQmFja2luZ0ZpZWxkK0llbnVEVXJhKzBuY3NZIhdGVkRm9zZGVyc5rX19CYWNraW5nLGGQTWVudU
... RhdGErPEFzc29jaWF0ZWRDYWdZW1wbGF0ZXM+a19fQmFja2luZ0ZpZWxkQ11lbnVZRRhKzBNFnZVBhdGGg+
... a19fQmFja2luZ0ZpZWxkQ0llbnVEYXRhKzBmaXNZXYludHJhY19pbGV4X19pUWkBUc4X19pdGpbmdNaWVzdCNZNW5lQmZ
... UhhdGErPFRleHQ+
... a19fQmFja2luZ0ZpZWxkK1lbnVCYXNlURGF0YSUZT5rX19CYWNraW5nRmllbGGQTWVudWJhc2VEYXRhK
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZCNRNW5lQmFzZURhdGErPFRhcmdldD5rX19CYWNraW5nRmllbGGQTWVudUJ
... hc2VEYXRhKzBbmNlc3RvcklkPmtfX0JhY2tpbmdNaWVsZClNZW51QmFzZURhdGErPRlc2NyaXB0aW9uPmtfX0JhY
... 2tpbmdGaWVsZCNRNW5lQmFzZURhdGErPEl1YQ0llbGXM+
... a19fQmFja2luZ0ZpZWxkK011bnVCYXNlRGF0YSUZR0SNSBWl1hZ2VQYXRoPmtfX0JhY2tpbmdGaWVsZCNtNZW51QmZ
... URhdGErPEltYWdlT3ltlcnJpb2ZGU+a19fQmFja2luZ0ZpZWxkHUNvbmRpdGlvbkGFZMSs8SWQ+
... a19fQmFja2luZ0ZpZWxkKAAABAAMDAQABBAEBAAEAAwEAAAkJCX5TeXN0ZW0uQ29sbGVjdGlvbnMuR2VuZZXJpY
... y5MaXN0YDFbW1N5c3RlbS5JbnQyNCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cm
... FsLCBQdWJsaWNLZXlUb2tlbj1iNzdhNWM1MNjE5MzRlMDg5XV1/
... U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdGAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
... 2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRvb2VuPWI3N2E1YzU2MTkzNGUwODldXQ
... EsRWt0cm9uLkNtcy5Db21tb24uRWtfbnVtZXJhdGlvbitNZW51SXRlbVR5cGUPAAAACQilAVN5c3RlbS5Db2x
... sZWN0aW9ucy5HZW51cmljLkxppc3RgRgMVtbRWt0cm9uLkNtcy5Pcmdhbmbml6YXRpb24uU3VlbnVJdGVtRGF0YSwg
... RWt0cm9uLkNtcy5Db250cmFjdHMsIFZlcnNpb249OS4wLjAuMjQ5LCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY
... 0tleVRvb2VuPTg3TU5YTJjNGZhMjFlNjZQQABYRoPmtfX0JhY2tpbmdGaWVsZCNtNW5lQmZsUQmZr
... kRAAAACRIAAAAJEAAAAAEGFAAAAA5wb3J0ZXJob3N//////
... LEVrdHJvbi5DbXMuQ29tbW9uLkVrbVR5bWVyYXRpb24r TWVudUl0ZW1UeXBlLBAQAAAAd2YWx1ZV9fAAgPAAAAB

134251...
AAAAAAAAAAB1BPSC9YB21TLBuFib9VdUVVVJJAAAAAAAVvzxXmKJAAAAAAAHSAAEUAAAAJGQAAAoAhg
EAAAAAAAMGgAAAG5Fa3Ryb24uQ21zLkZyYW1ld29yay5VSS5Db250cm9scy5Fa3Ryb25VSS5SSWSSwgVmVyc2lvbj0
5LjAuMC4yNDksIEN1bHR1cmU9bmV1dHJhbCwgUHVibGljjS2V5VG9rZW49NTU5YTJjNGZhMjFlNjNiNiZQUJAAAA
NkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLkNvbnRyb2xzLkVrdHJvblVJLk1lbnVUcmVlTm9kZSxgAAAAcPERlc
2NyaXB0aW9u.pUUmPtfX0JhY2tpbmdGaWVsZB48SW1hZ2VPdmVycmlkZT5rX19CYWNrMW5RmllbGQ+PEltYWdlUG
F0aD5rX19CYWNrMW5SbmllbGQGGQYPE9yZGluYWw+a19fQmFja2luZ0ZpZWxkFzxUYXJnZXXQ+
a19fQmFja2luZ0ZpZWxkFzxVdbSWQ+
a19fQmFja2luZ0ZpZWxkGTxUW1bGF0ZT5rX19CYWNraW5nRmllbGGQiPEFzc29jaaWF0ZWRGb2xkZXJZPmttFX
0JhY2tpbmdGaWVsZB48aGlkZGVuPkxTFRlbXBsYXRlcmlzcz5rX19CYWNraW5nRmllbGGQZPEZvbGRlcklkPmttFX
0JhY2tpbmdGaWVsZB48UGFsZW50SWQ+
a19fQmFja2luZ0ZpZWxkFTxMYW5WVOb2RlKzxrX19CYWNraW5nRmllbGGQiPEFzc29jaWF0ZWRGb2xkZXJZSb290SWQ+
a19fQmFja2luZ0ZpZWxkFTxMYW5WVOb2RlKzxrX19CYWNraW5nRmllbGGQVsZClUcmVlTm9kZSs8Q2FuSGF2Z
UNoaWxkcmMuPmttfX0JhY2tpbmdGaWVsZB5UcmVlTm9kZSs8VGV4dD5rX19CYWNraW5nRmllbGGQVdHVlZU5vZ
UrPFR5cGU+
a19fQmFja2luZ0ZpZWxkFVRyYWVOb2RlKzxTdWJJUeXBlPmttfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZSs8QWN0a
W9uPmttfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZSs8RW5hYmxlZD5rX19CYWNraW5nRmllbGGQhVHJlZU5vZGVyPF
Zpc2libGU+
a19fQmFja2luZ0ZpZWxkFIlRyYWVOb2RlKzxTZWxlY3RlZD5rX19CYWNraW5nRmllbGGQeVHJlZU5vZGVyPE1vc
mU+
a19fQmFja2luZ0ZpZWxkFKFRyYWVOb2RlKzxOZXh0UGFnZU51bWJlcj5rX19CYWNraW5nRmllbGGQiVHJlZU5vZ
GVrPEV4cGFuZGVkPmttfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZSs8Q2VudGVyPmttfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZSs8VmFuZXllbnQ+
a19fQmFja2luZ0ZpZWxkFKVRyYWVOb2RlKzxEb21tYW5kQW5kb1bnQ+
a19fQmFja2luZ0ZpZWxkFJlRyYWVOb2RlKzxTZWxlY3Rpb25Nb2RlPmttfX0JhY2tpbmdGaWVsZCBUcmVlTm9kZ
Ss8TmF2aWdhdGVVcmmw+
a19fQmFja2luZ0ZpZWxkFJlRyYWVOb2RlKzxPbkNsaWNrPmttfX0JhY2tpbmdGaWVsZC1UcmVlTm9kZ
Ss8Q2xpcVTDYXV2ZXXNQb3N0PmttfX0JhY2tpbmdGaWVsZB5DU3lhZ1VUGVuPkN4ubUR2VuZUrZVudW5
5nRmllbGGQiVHJlZU5vZGVyPFRvbExpdmmtvSPmttfX0JhY2tpbmdGaWVsZBEAQABAQEDAwBAQQAAAEBAQEAAAA
BAQEBAAAAAAAAQEEAQEAAwABCH5TeXN0ZW0u0ZW0uuQuZ29sbGVjjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1s5J
bnQ2NCwgbXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1b
jliNzdhNWNNNWM1NjE5MzRlMDg5XV1/
U3lzdGVtLkNvbGxlY3Rpb25zLkdlbmVyaWMuTGlzdEAxW1tTeXN0ZW0uU3RyaW5nLCBtc2NvcmxpYiwgVmVyc
2lvbj00LjAuMC4wLCBDdWx0dXJlPW5ldXRyYWwsIFB1YmxpY0tleVRva2VuPWI3N2E1YzU2MTkzNGUwODldXQ
kvRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlTm9kZUNvbGxlY3Rpb24wAAAAAAQEICQEBAQEBCAE
uRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5UcmVlTm9kZUNvbGxlY3Rpb24wAAW9ucy9TW9AAW9ucy1YRZb2xsZB2xs
ZWN0aW9ucy5JYNodGFiGUBGQAAAAkQAAAAAQkQAAAAQAAAAkXAAAABh0AAAADMzkxCRAAAAAAJHwAAAAkgAAAAgA
AAAAAAAAAAAAAAAQYmAAAAC1gkhAAAAAQiqAAAAAzMzQrOTA2WAAAAAAzOTAxzWAAAzTAAAAz0TAGJzOTAGJZyNAxQAAAAA
IAAAAAAAAAQYmAAAACNLnZWNpYWwWYWx0aWCAAAAAAA3ViTTWFTWVcAAVVUTTWTWVVTWTWVWTWTWVTWAAAAAAAAcgoF2P///
y5Fa3Ryb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyZWVTZXXxlr25zb250b0lRlaFQAAAAd2Yw3fAAgCAAAA
AAAAAAAAAAQYmAAAAC1gkhAAAAAQiOTEGbWVbYWMuTGlzdEAxW1tTeXN0ZW0uU3RyaW5nLCB0TAAAAAAAAAiw
AAAAALMTA3Mzc0MjEyNTAJEAAAAAAAQkuAAAACS8AAAAAAAAAAAAAoAoKCTAAAAAAAAAYxAAAACzEwNzM3NDIxMjUw
BjIAAAADMzkwCSQAAAAQrZ0TBeMTA3Mzc0MjEyNTABAAAAAAAAAAAABBjUAAAABNM2y9IFBhdGM+
nRzICZhbXA7IEZhbHNlaWWVzSCSCAAAAAQCgBEAAAAAoKAcn////Y////
AAAAAY4AAAAJC9QT0gvSG9tZS59Sb2ITUGF0bWVHWmT5W5LUZhbWlsa5WVzLwoAQgBCwAAAAEJEAAAA
AEJEAAAAAMAAAA1AFJAAAACEF/WAAAAY7AAAAJaYAAAAEY/////
AAAAAZHAAAAEy9QT0gvSG9tZS5YBym91dClVcyY9KAAAAQJAQQAAAAAAAJAAAAACRAAAAAAAQcGQRAAAGS
gAAAAAsxMDczNzQyMTI5NgkQAAAAAQCwAAAJTQAAAAAAcgoJTgAAAAEAAAABAAAAAJgoJgAAAAEiOTATGAAAAAAQGxXY
EAAAAAAASgoBQRAAAAAxMTA3MzY0MjEy0TYJEAAAAAAoKAcgOBnP///9j///
8AAAABmUAAAAVL0hlYWx0aC1hbmQtQtV3BjQl3c3VsaAEAACIoOAAAAQAAAAAAKoJQQAAAABgkAAAAZgAAAAgAXAAA
ABmgAAAADMdJjCRAAAAAJgcglQY1cdAAAABkcCgsdCYWAAAAPPUGxkwoAQgBAAAAAkCgoAQgBAAAAAAAQKAbr////2P///
AAZwAAAAEy8QT0gvSG9tZS5CYm91dClVcAAAAoQJAQQAAAAAAAAJQBnEAAAAAQcHQRAAAGS
5lcmljLTkxKBycRgRMtVtbU3lzdVDVUGV1cldUDVNXdcmW5NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJ
saWNLZXlUb2tlbj1iT77hNWNNNWNNWM1NjE5MzRlMDg5XV0JEAAAAAQCgBRQRAAAGAX2l2bDAJAuMC4wLjAuMCwg
aW9uPWttfX0BIQCGxICZhbXA7IFRydWAAAAAAAAgSAAAACIFN1cGVyPmttfX0JhY2tpbmdGaWVsZAAAAAAAEGVyZHJyPG1v
3lzdGVtLllvbmluZywgXNjb3JsaWIsIFZlcnNpb249NC4wLjAuMCwgQ3VsdHVyZT1uZXV0cmFsLCBQdWJsaWNLZXlUb2tlbj1i
NLZXlUb2tlbj1iNzdhNWNNNWM1NjE5MzRlMDg5XSAxbnplIb1ppdGVsmVyb24uQ21zLkZyYW1ld29yay5VSS5UcmVlLlRyJ
AAAAAAAAAAAAAQZAAApQPTEWNc9YTeXN0ZW00uQ29sbGVjdGlvbnMuR2VuZXJpYy5MaXN0YDFbW1N5c3RlbS5PYmplY3Qs
YW5pemF0aW9uTWFuYWdlbWVudC5DbwBWRGUGvTYXJpczVuVWpeTkuMC4wLjAuMDAAEuMDAWQ==

Swg93AsdmVy2TiU2XvoomFstcBQbOo4aWnLZx1oB2tIiyj91nY1nhmmo2mRyHwo2n2dJXVbDAAAAB19pdGVtcw
Vfc2l6ZQhfdmVyc2lvbgQAACdFa3Ryb24uQ21zLk9yZ2FUaXXphdlvbi5JTWVudUl0ZW1lEYXRhW10FAAAACAg
JdwAAAAYAAAAGAAAAAR8AAAARAAAACXUAAAAAAAAAAAAAAEgAAAAEgAAAl2AAAAAAAAAAAAAABIQAAAAQA
AAAJegAAABEAAAARAAAAAS4AAAARAAAACXUAAAAAAAAAAAAAAEvAAAAEgAAAl2AAAAAAAAAAAAAABMAAAA
AQAAAAJfQAAAAwAAAAMAAAAAT0AAAARAAAACXUAAAAAAAAAAAAAAE+
AAAAEgAAAl2AAAAAAAAAAAAAAABPwAAAAQAAAAJgAAAAA0AAAANAAAAAUwAAAARAAAACXUAAAAAAAAAAAAA
AFNAAAAEgAAAAl2AAAAAAAAAAAAAABTgAAAAQAAAAJgwAAAAoAAAAKAAAAAVsAAAARAAAACXUAAAAAAAAA
AAAAFcAAAAEgAAAAl2AAAAAAAAAAAAAABXQAAAAQAAAAJhgAAAAYAAAAGAAAAAWoAAAARAAAACXUAAAAAAAA
AAAAAAFrAAAAEgAAAAl2AAAAAAAAAAAAAABbAAAAAQAAAAJiQAAAAIAAAACAAAAD3UAAAAAAAAACRF2AAAA
AAAAAAd3AAAAAAEAAAAIAAAABCVFa3Ryb24uQ21zLk9yZ2FUaXphdlvbi5JTWVnudU10ZW1lEYXRhRbQAAAmKA
AAACYsAAAAJjAAAAmNAAAACYTY4AAAAC3AJwAAAAAOCB3oAAAAAaQAAAACAAAAAEJkVrdHJvbi5DbXMuT3JnYW5p
JrLlVJLlRyZWUUuSVRyZWVUOb2RlAgAAAmKQAAACEAAAAJkgAAAmTAAAACZ0AAAAJzQAAAAJ1QAAAAmWAAAACCcAAAA
JmAAAAAmZAAAACZoAAAAJmwAAAAmcAAAAACZ0AAAAJngAAAAmfAAAAACzAAAAANdwd9AAAAAAEAAAADQAAABCZF
a3Ryb24uQ21zLkZyYW1l1d29yay5VSS55UcmVlVl1LklUcmVlVm9kZQIAAAAJoQAAAmiAAAACwMAAAAmlAAAAAmlA
AAACaYAAAACAkXAAAAJqwAAAACCZAGAAAAACmwAAAAmxMMxmmxPZKmpmdssAAAOAUAAAAACmxCZ3Ryb24uQ1dZ
1zLkZyYW11d29yay5VSVI5UcmV1VlLklUcmVlVm9kZQIAAAANJrQAAAAmuAAAAACz8AAAAmmxxAAAAAmxAAAAmlA
JswAAAmOaAACbUAAAAJt1AAAAmQAAAAmJuQAAAADB4MAAAAAAAAAQaAABAAAAAEJkVrdHJvbi5DbXMuRnJhbWV3
RnJhbWV3b3J4LlVJLlR1ZWUUuSVRyZWVOb2RlAgIAAAAm6AAAACbsAAAAJvAAAAmxAAAAmJvwAAAADB4MAAAAnnAA
AAACcEAAAABQYAAAADQYHhgCAAAAAQmR0bmNzbUVvcm0wOnVMkNtcy5GcmdtZXd3b3JrLlVJLkTleWUUuSVRyZWV
Ob2RlAgIAAAAAAAQmR1thgYCAAAAAQmR0bmNsc3VYAAAAZ3VpLkNtcy5HZWVNCGRlAjtHaCXdvcmsmsuVUkuVHJlZVO
AAACEEAAAAJcQAAAAH9v//6////

8EAAAABvAAAAAATUE9IL0hvbWUuQ2tTXVuaXR5LkLwkXAAAAAKgAAAAAAAAJEAAAAAQAAAAJ8wAAAAoA3AsAgAI
AAAABjgAAAgAAAAADdCwCAAgAAAIYBAAAAAAACRAAAAAAAAAAAAAA1bAAAAACwAAAAJEAAAAAAEJYgAAAAEH
////6////wQAAAAG+gAAAABRIZWfsdGdtYW5kLVdldlBxXZ2ZXN4ZXJ3eVduZUJKdlNyZm9mZXJzaXRlAGVyc01A
QAAAoA3QsAgAIAAAABjwAAAAgagaAAAACLAQAAAAAAA1YBAAAAAAAACRAAAAAAAAAAAAAAAAlqAAAAACWsAAAAJEA
AAAAEcQAAAAH9v//6////

wQAAAAGBEAAABVQT0gvSG9tZS5Db21tdW5pdHkuSWNvbgAAAAAACRAAAAAAAAAQcQBAAAAAAISAAAAATYAIaS
AAAAAAAZAAAAAJAAAACRAAAAABCRAAAAAACCgoJDmNzbUVvcm0wOnVMkNtcy5HcmVOb2RlAjtHaCXdvcmsmsuVU
k5Mzc0MjEyEyODCAAAAAAAAAAAAABBhMBBAAARQmVoYXXZpb3Jhc3Yah3c3YBIZWFsbmdpZGJ3yXJlWEbndsWWAAAAJEA
AAABjJpEyOAAAAAAAn9v//6////

8AAAAABhYBhAAAjL1BPSC9TcGVjjaWFsFsdGllcy9CZWhhdmlvcmFsSUhlbHhoWx0aC8AAAAZAAAAAACRAAAAAAnAAAA
BCRAAAAAACAAAACRcAAAAAGGGDEAAAJEAsxMDczNTQ0NAkQAAAASoBAAAAJHJAEAAAAAAAMBh4BAAAAABhMAzc0
Mj3czc0MjEyEyODCAAAAAAAAyZhCmVoYXZpb3JhbFoIZWFsbmhdTljN0EAAAAACgoJHQmQAAAAEzMzc0MjEyEyODBh
AAAAAAABBiIBAAAgVGhlIEJyZWFzdCBDBDYXJlU2VudGVyGh4BAAAAAgOTEJJJJWAAAAAoKAKQEAAAAAAACgoB3
7//9j////

8AAAAABiUBAAAyL1BPSC9TcGVjjaWFsFsdGllcy9UaGJVcnNtJ1YXN0LUNhcmVDZW50ZXIAAAAACRAAAAAAAnAAAA
AAZAAAAACgoJLAEAAAAABi0BAAAALMTA3Mzc0MjMzNAkQAAAAASoBAAAATYAAAAZEzMzc0MjEyEyODCAAAAAAAM3
zc0MjEyODMCAAAAAACgaAAAAAAAAABBjEBAAAAgzFuYSIEH0TIENhPmtvbBBxjEnVbNvbNbG9neSxKZWVnSkJAAoKAQ
AAAAAAAZAAAQDkVtZXJnZW5jeUNhcmUAAoKAb7+///Y////

8AAAAABjQBAAAkL1BPSC9TcGVjjaWFsFsdGllcy9EWVY5jZXItItYXN0LURZW50ZXIAAAAACAgoKWQAAAABBjcBAAAB
AAQkQAAAABAAAAAkXAAAAJjcBAAAAjcBAAAAjcBAAAAjcBAAAAjckAAAAAnoBCBAAAAA5AQACTyOBAAAAAlmcToBC
AAYAQAJZwAAAAJcXAAAJeSBDYXJlU2VudGVyGh4BAAAAAgOTEJJJJWAAAAAoKAb7+///Y////

AAAAAAZDAQAAClc19jQ0oZUFUUFUiOEKAAoAAZQAAAAJAAAAAJAAAACRcAAAAAGGGDEAAAmAZQAAAABEksBAAAAsxMDcz
zQyMTI5M0AKAAAAAAAUgBAAAACbmmmmmm5dczNyMA1dczNyMA1dczNOQBzbGVodZE0IBAAATMzc0MjEyEyOTCmVoYXZp
JAEYYAAANQKAEAQAAAAAABmQBAAACSEsxMDczNTQ0NAkQAAAASoBAAAmAZQAAAABEksBAAAAsxMDczNTQ0CgZ1ZAAAAQ
AGWgEAAAAsxMDczNTQ0NTQ5Q0AAAAAZBjcBl0BAAAAMMzkXjm5MV4xMDczNyMeyOQMQJjAAAAAZGXgEAAAtIb3NwaWd0
AAAAAAAAEGXgEAAABtIb3NwaWd0AAAAAZBjcBl0BAAAAMb3MguMV4xMDczNyMeyOQMQJjAAAAAZGXgEAAtIb3NwaWd0AAAAAAZCgoBoP7//9j/
//

8AAAAABmEBAAAtL1BPSC9TcGVjjaWFsFsdGllcy9Ib3NwaWd0LUxXFuYZdFsdGllcy9Ib3NwaWd0LUxXFuYZ1Nm9sb2d5L1ZXNhaXdhdHVyZQAA
ACQAAAAkQaAAAAAQpAAAABmBmQBAAAsxMDczNTQ0NTQ5Q0AEAABml0EyOTC2ZBemxxxQJ1ZWNzNDNIxMjg4Bmox
jg4AgAADUAAAAAAAAAQZtAQAAEkdlbmVyYWwg291bnNlbBGluZ3zwkQxxAAAAAAAKGGR/v//2P

Page 4228

```
wAAAAAGcAEAACQvUE9IL1NwZWNpYWx0aWVtV0aWMtQ291bnNlbGluZy8KAAoAAZcAAAAJAAAACRAAAA
ABCRAAAAAIAAAACRcAAAAGcwEAAAsxMDczNzQyMzQwMQkQAAAACXUBAAAJdgEAAAAAAAAAAAACgoJdwEAAAE
ABngBAAALMTA3Mzc0MjM0MDEwMDk2CgEAAAAMzOTEJJAAAAAAZ7AQAAAEzM5MF4zOTTFeMTA3Mzwc0MjM0MDEwMDEDECAAAAPwAA
AAAAAAABBnwBAAAMR0ktRW5kb3Njb3B5CEBAAAAAAAAAoKAYL+///Y////AAAAAAZ/
AQAAHi9QT0gvU3BlY2lhbHRpcQXMvR0ktRW5kb3Njb3B5LwoACgABmAAAAAAkAAAAJEAAAAEJEAAAAAkAAAAJF
wAAAAaCAQAACzEwNzM3NDIyNjQyCRAAAAAJhAEAAAmFAQAAAAAAAAAAAAAAAKCgmGAQAAAAQAGhwEAAAsxMDczNz
QyMjY0NgaIAQAAAAzM5QkkAAAABooBAAAATMzkwXjM5M4VxMDczNzQyMjY0NgIAAABJAAAAAAAAAAEGiwEAABN
PdXRwYXRpZW50L0IFNlcnNZpY2V2CScAAAAKCgEBAAAAAAAAxoKAXP+///Y////
AAAAAAaOAQAAJS9QT0gvU3BlY2lhbHRpcRXMvT3V0cGF0aWVudC1TZXJ2aWNlcy8KAAoAAZcAAAAJAAAACRAAAA
AABCRAAAAAKAAAACRcAAAAGcQEAAAsxMDczNzQyMzQwMQkQAAAAJ1AEAAAAAAAAAAAAAACgoJlQEAAA
EABpYBAAALMTA3Mzc0MjMxMjAjAGlwEAAAmMzOTEJJAAAAAZAQAAEzM5MF4zOTTFeMTA3Mzc0MjMxMjACAAAAAUAA
AAAAAAAABBpoBAAALT3J0aG9wZWRpY3MzJ3AAAAAoKAQEAAAAAAAACgoBZP7///9j///
8AAAAABp0BAAAdL1BPSC9TcGVjaWFsdHkvT3J0aG9wZWRpY3MzJRsb3B1bnRRob3B1ZGl3cy9R4oAoARZoAAAAJAAAAACRAAAAABCRAAAA
LAAAACRcAAAAGoAEAAAsxMDczNzQyMQ2MAkQAAAACaIBAAAJowEAAAAAAAAAAAAAAAAACgoJpEAAAAEABqUBAAAL
MTA3Mzc0MjM0MjAQjb3AAAAAAAQAAEzM5MF4zOTTFeMTA3Mzc0MjM4MjACAAAAAWAAAAAAAAAAABB
qkBAAAMUG9ydGVyIF7BsYWNhaWXCAAAAKCgEBAAAAAAAAAoKAVX+///Y////
AAAAAasAQAAMy9QT0gvU3BlY2lhbHRpcRXMvUG9ydGVyLVBsYWN1LVLdGlyZ2VllbnQQ29tbtQt9trbXVuaXR5LwoAC
gABmwAAAkAAAAAJEAAAAJEAAAAEJEAAAAJFwAAAAaAwAAAzEwNzM3NDlMDQ0CzICzEwNDUxMTArCgoAAAAAAAAGsAEAAA
dBrYBAAATMF0zM5M4V4xMDczNzQyNzUwQUaACzBQAAAAAQAZAAEzN3NDU1fDM5M5QaOAQAAArY1MQk90ZXyeM5QkkAAAA4Xjl
IENsaW5pY2FsIZnMGuAEAAAddDb250Gc1goBAQAAAAAAAAAAAAKCgFH/v///2P///
wAAAAGugEAAAEEvUE9IL1NwZWWNpYWx0aWFsdHkvQ091dBHbdGlpbnQtQVydmljZXMvzXMvUG9ydGVyLVBlYW1lhcnktQ2
FyZS1DbmGluaWWNsLwoACgABnAAAAAAkAAAAAJEAAAAEJEAAAAJFwAAAaA9aAQAAAzEwNzQxMTErCgoAAAAAAAAGsAEAAA
AAAZMTxZkZXRhZ9aW9hvMDYzNzQyNzUwQUacxMDczNzQyMzQxMQkQAAAAAAAAAEGxgEAAAdbxdDhbdXDhbdbmNzSQAAAAGTqbVubGSU0BsV3
AAAAQvY5U3ScxMDczNzQyNzUwQUacxMDczNzQyMzQxMQkQAAAAAAAAAEGxgEAAAdbxdDhbdXDhbdbmNzSQAAAAGTqbVubGSU0BsV3
wAAAAAG2AEAACEvUE9IL1NwZWWNpYWx0aWFsdHkvQ091bnNlbGluZy8KAAoAAZcAAAAJAAAACRAAAABCR
AAAAAPAAAACRcAAAAGcwEAAAsxMDczNzQyMTI1NwkQAAAAAC0d0BAAAJ3gEAAAAAAAAAAAAAACgoJ3wEAAAEBuA
BAAALMTA3Mzc0MjEyOTQzMjE3CgEAAAAMzOTEJJAAAAAAZ7AQAAAEzM5MF4zOTTFeMTA3Mzc0MjEyOTQzCAAAAAAAAA
AAABBuQBAAAPU3BpbmUUgSW5qcnHiXkvClbdXRlRXLSCAAAAKCgEBAAAAAAAAAoKARr+///Y////
AAAAAAbnAQAAES9TcG1uZS1JbmNd0aRdGUvUCAAAAKKAgGQkVAAAQpAAAAKAAAAAARAAAAAAEBAAEAAAAXXAAAAAuoBA
AALMTA3Mzc0MjEyOTQzCgEAAAAAnsAQAAAm5e4BAAAAAAAAAAAoKCe4BAAAAAOKCe4BAAAAzcEwNzM3NDIxMjk0Mjk4
ABAAADMzkkxCSCAAAAGaAEAAAmBEAAMZOTEBeAMAAAAAOKCe4BAAAAAOQbzAQAAdlN0cmZZSB
Qcm9ncmFmFtCSCsAAAAKCgEBAAAAAAAAAAKAQv+///Y////
AAAAAAb2AQAAIC9QT0gvU3BlY2lhbHRpcRXMvU3Ryb2t1LLVlyb2dyYW0vcgAKAGAAAksAAAAAQkAAAAAQkQAAAAQkQkA
AAAEQAAAAAAAVBvkBAAALMTA3Mzc0MjEyNAQAAAAAASCRcwWAAAmCAAAAAApAQAAqCjAEBAAAAoAoKCEfWbEAAAAaAvkBA
AQAACZ4BAAACmUE9IL1NwZWWNpYWx0aWFsdHkvTBmZSAhAAAAQ1Sb2QSAYXR1bnQUgCSXZlNzNDIxNjQ1aSAYNN3N3jAg1lDUuUeVYm
AAAAQYCAgAAClRyYW5zcGxhbnQJQwAAAAoKAQEAAAAAAAAAKAgoB/P3///9j///
8AAAAABgUCAAAcL1BPSC9TcGVjaWFsdHkvY3l50VcmFuc3Bsb3WWWNjAzBsYW50IPWW501LwoACgBoQAAAAAkAAAAEAAAAJEAAAAE
AAAAJFwAAAAAYIAgAAAATAAKCgoAAAAAAAAAoKCQyCAAAAAAAAKAgKAYXAgACcKAcAAAAAARAAAAKAgGzAFTNAzA7c2E24cMzcnzQ
BgsCAAAALMTA3Mzc0MjEyNTAjAAAAAYNAZAAGzcQyMTIxMTxBdAAAAAAEGIxxMCyQyMyQyMTzCC
AAAAGazIIAAYHQXRpZW501FfBYy0ZXRpaGUAzBsYW4501FmbmQ7b3RyYXKpG2DwIAAAMaW5rcgoQAQAAAAAAAAACgyCAGhw/f//2P
///
wAAAAGEQIAAA0vIByZVJlZ01vZGFcCgKAAAGiAAAACQAAAAkQAAAAkQAAAAAkAAAAkXAAAAABhQCAAALMT
A3Mzc0MjE3MDggJEAAAAAkWAgAACRccCAAAAAAAAAAAoKCRgJCAAAAAAhBAAYAAgCzAEwNzM3NDIxNzA4BhoCAAAA
LMTA3Mzc0MjEyNTAjAAAAAYNAZAAGAzNMF4xMDczNzQyMTExMF4xMDczNzQyMzQwMTcwOAIAAAAB6AAAAAAAAAEG
HQIAACFQYXRpZW50IChZbhX7IFZpc2l0KAAAAAAAALFfBmbWb3JtYXRpb24vCgAAAAAAAAAoKCgoB4f3///9j///
/
8AAAAABiACAAAqL1BPSC9Ib21llL1BhdGllbnQtVisyLVZpc2l0L0luZm9ybWF0aW9uLwoAC
AAAkQAAAAAQkQAAAAAAAkXAAAABIMCAAALMTA3Mzc0MjE3MDkJEAAAAkAgQAAAkkAAkXAAAABiMCAAALMTA3Mzc0MjM0MD
CScCAAABAAYoACWNzN3DIxNjQ1BikCAAALMTA3Mzc0MjM0MDEwMDk2CkEYZgAAAAAtAZgAGAz0AAAM
TI1Mf4xMDczNzQyMTcwCwOQIAAAxJCAAAHAAAAAAAAAAAEGLAIAAAgLQTGlhYXA1TcGlyaWWWW 1YWWWWWNzQyNzUwQUaAgoBAQAAoAQEA
AKCgHS/f//2P///
wAAAAAGLvIAACvUE9IL1BhdGllbnQtVisyLVZpc2l0L0luZm9ybWF0aW9uLwoACgBoQAAAAAkAAAAE
kQAAAAAAAAXAAAABjCAAAALMTA3Mzc0MjE3MDggJEAAAAkaAwCzCAAAAAKAwCAGaZ5AAAAAAAACgyCKCaAGKaZxAAAAQkQ
3AgAACzEwNzM3NDIxNjQ1BikCAAALMTA3Mzc0MjM0MDEwMDk2CkEYZgAAAAAtAZgAGAzcM
NzQyM4g4gAAAAAABiAAAAAACIAAAAAGOwIAABYFbm5kQbgb2Yyd3vWgYWidBPFYfbmdbbb3v3BgTGlmZSAvIEhqbmW cM3BpY2F2SAViEhvc3BpY2F2SAviEhvc3BpY2UAZYMNzAYMDI01aT3UJJwAAAAAAAAACgoB
goBw/3//9j///
8AAAAABj4CAAAKL0NISC9IB2l1LwoACgABpPQAAAkaAAAAJEAAAAAAJEAAAAAAAAJFwAAAAAAUAAAUAAAAJFwAAAAAhB4CBAGAA
3NDIxNzEwEwCRAAAAKQwAAAzTAYMDI01aT3UxJwyMxZHAgAACzEwNzM3NDIxMf4xMDczNzQyMzQwMTcxMAIAAAAB
NzQyM4g4gAAAAAABiAAAAAACIAAAAAGOwIAABYFbm5kQbgb2Yyd3vWgYWidBPFYfbmdbbb3v3BgTGlmZSAvIEhqbmWcM3BpY2F2SAviEhvc3BpY2UAZYMNzAYMDI01aT3UJJwAAAAAAAAACgoB
AAqQmlsbCGluZyAyAmY1w0ybgBaW5hbmNpYWwv////VydmljZXMvCgBtBP3///9j///
8AAAAABk0CAAAgL0JpbGxpbmcbmctU3VtbWFyeS8KAAoAAaYAAAAAYYAAAAJAAAACRAAAABCRAAAAACRA
```

... AAAAARACADGUAIAAAAsxMDczNzQyMTjlwHARQAAHRCVrCAAHJNwIAAAAAAAAAACgo3VAIAAAEABluC
... AAALMTA3Mzc0MjMyMDAGVgIAAAsxMDczNzQyMTI1MAkkAAAAABlgCAAAbMzkwXjEwNzM3NDIxUwXjEwNzM3N
... DIzMjAwAgAAAJgAAAAAAAAAAAQZZAgAAB1ByaWNpNAAAAoKAQEAAAAAAAAAACgoBpf3J//9j///
... 8AAAAABlwCAAAjL0Zvci1QYXRpnZW50cy1hbmQtRmFtaWx5eMXMvUHJpY21uZy8KAAoAAacAAAAJAAAACRAAAAA
... BCRAAAAAHAAAACRcAAAAGXwIAAAsxMDczNzQyMzM4Mwk5QAAAAAACWECAAAJYgIAAAAAAAAAAAACgoJYwIAAAEA
... BmQCAAALMTA3Mzc0MjMzODMGVgIAAAsxMDczNzQyMTI1MAkkAAAAABmcCAAAbMzkwXjEwNzM3NDIxUwXjEyEwN
... zM3NDIzMzgzAgAAAJwAAAAAAAAAAQZoAgAAHVFlYWxppdHksIFNlcnppY2VZUgJmFtcDsgU2FmZXR5QCSCAAAAKCg
... EBAAAAAAAAAAAAoKAZb9////Y////
... AAAAAAzrAgAAHC9RdWFsaXR5LVNlcnZpY2UtYW5kLVNhZmV0eS8KAAoAAagAAAAJAAAACRAAAAABCRAAAAAIA
... AAACRcAAAAGbgIAAAsxMDczNzQyMTcxMgkQAAAACXACAAAJcQIAAAAAAAAAAAACgoJcgIAAAEABnMCAAALMT
... A3Mzc0MjE3MTIGdAIAAAsxMDczNzQyMTI1MAkkAAAAABnYCAAAbMzkwXjEwNzM3NDIxUwXjEwNzM3NDIxNzE
... yAgAAAKEAAAAAAAAAAQZ3AgAAEkFkdmFuY2UtU2VydmljZS1QcmljZS8
... /
... wAAAAAGegIAABQvQWR2YW5jZS1TZXJ2aWNlLQAgBqQAAAAkAAAAJEAAAAAEJEAAAAAAAAAJFwAAA
... Z9AgAACzEwNzM3NDIxNzEzCzRAAAAJfwIAAAmAAgAAAAAAAAAAAACgmBAgAAAQAGgIAAAsxMDczNzQyMTc
... xMwaDAgAACzEwNzM3NDIxMjUwCQAAAAAAGhQIAAAbszOTBeMTA3Mzc0MjEyNTBeMTA3Mzc0MjEzMTMMCAAAAowAA
... AAAAAAABBoYCAAAAUQ2VudHVyYYSBIZWFFsdGggTElOS1MJJwAAAAoKAQEAAAAAAAAAACgoBeP3//9j///
... 8AAAAABokCAAAWL0NlbnR1cmEtSGVhbHRoLUxvZXTktTLwoACgBqgAAAAkAAAAJEAAAAAEJEAAAAAAAAAJFwA
... AAAaMgAAACzEwNzM3NDIxNzE0OCRAAAAJjgIAAAnPAgAAAAAAAAAAAAKCgmQAgAAAQAGgKQIAAAsxMDczNzQy
... MTcxNAaSAgAACzEwNzM3NDIxMjUwCQAAAAAAlAIAAABszOTBeMTA3Mzc0MjE3MTReMTA3Mzc0MjEyNTQCAAA
... AAAAAAABBpUCAAAtUGF0aWVudCBCCAWxsI9mIFJpZ2h0cyAmYW1w1OyBSZXNwb25zaWJpbGl0aWVzCcAAA
... AKCgEBAAAAAAAAAAAoKAWn9///Y////
... AAAAAAaYAgAALS9QYXRpZW50LUJpbGwtb2YtUmlnaHRzLWFuZC1SZXNwb25zaWJpbGl0aWVzLwoACgBqwAAA
... AkAAAAJEAAAAAEJEAAAAAsAAACJFwAAAAabAgAACzEwNzM3NDIxNzE1CkRAAAAJnAIAAAndAgAAAAAAAAAAAA
... AKCgmfAgAAAQAGgIAAAsxMDczNzQyMTcxNQaeAgAACzEwNzM3NDIxMjUwCQAAAAAAGowIAAAAbszOTBeMTA3Mzc
... 0MjEyNTBeMTA3Mzc0MjE3MTUMMMTUCAAAAqgAAAAAAAAAAQZnQgAATHNlbGZzZXJ2aWNlL2NvbnRlbnQvZGVm
... YXVsdC9LtbWdzNTkwXjEwNzM3NDIxNzE1XjEwNzM3NDIxMjUwCcAAAAoKAVr9///Y////
... AAAAAAanAgAAES9NeUNlbnRlcmFIZWFFsdGgvcGAkAAGSAAAACQAAAAAAAAAAAAkQAAAAkQAAAADAAAAAkXAAAABgoCA
... AALMTA3Mzc0MjE3MTYJEAAAAmAsAgAAAAAAAAAAAAACAAAAAavAgAAACzEwNzM3NDIxNzE2E2Bzr
... ACAAALMTA3Mzc0MjE3MTYAJTAAAAaayAgAAG5SMF4xMDczNzQyMTI1MF4xMDczNzQyMTcxNglAAAAAAAAA
... AAAAEGgsWIAABtDb25uZWN0lEZvciBIZWFFsdGggGg9sb3JhbmQtTm90aWZpY2F0aW9ucXC9oBS/3//9j///
... 8AAAAABrYCAAAdL0Nvbm5lY3QtZm9yLUhlYWx0aC1Ob3RpZmljYXRpb25zLwoACgBqwAAAAkAAAAJEAAAAA
... BAAAAACRcAAAAGuQIAAAsxMDczNzQyMTcxN0NAkQAAAACbsCAAAJvAIAAAmdAgAAAAAAAAAAAACgoJvQIAAAEA
... MTA3Mzc0MjE4NDNQbCAgAAAAGAAEUNlbnRlcmlcBZDVkGiwVAAsBSAAVGhlIFIFvcnRlBMZWdhdGlvbnsCSAAAAAAAAkCgoBH
... v3//9j///
... 8AAAAABuMCAAAgL1BPSC9BYm91dC1Vcy9UaGUtUG9GVGUlUxlZ2FjeS8gKAAoAAbAAAAJAAAACRAAAAAAAAACBRA
... AAAaFAAAACRcAAAAGgSgGIAAAsxMDczNzQyMTg0MwkQAAAAAoKCcwAAAAAbNgAACzEwNzM3NDIxODQzC1Bs
... AAALMTA3Mzc0MjE4NDgGZ7AIAAAsxMDczNzQyMTI3NQkkAAAAABu4CAAAbMzkwXjEwNzM3NDIxMjc1XjEwNzM3N
... DIxODQ4AgAAAAAAAAAAAAAQbvAgAAE0F3YXJkcyAyMzc1OGIxdlGhcyAKAAoAAACgoBD/
... 3//9j///
... 8AAAAABvICAAATL0F3YXJkcy1hbmdtQtSG9jb2GAAGiiLcmodaAzY5CgAyMDZ2JmUJAAAAAAJFwAAAAb
... 1AgAACzEwNzM3NDIxODQ5CRAAAA9wIAAANgAgAAAAAAAAAAAAKCgn5AgAAAQAG+
... gIAAAsxMDczNzQyMTg0OQb7AgAACzEwNzM3NDIxMjc1CSCSSAAAAG/
... QlAABszOTBeMTA3Mzc0MjE3NeVeMTA3NDNkCAAAASTnVyc2luZyBFeGNlbGxlbmblbG
... xlbmNlCSCAAAAKCgEBAAAAAAAAAaAQD9///Y////
... AAAAAAYBAwAAIS9QT0gvQWJvdXQtVXMvTnVyc2luZy1FeGNlbGxlbmNlLwoACgBsgAAAkAAAAJEAAAAAEJE
... AAAACAAAAJFwAAAAYEAwAAALAYEAwAACzEwNzM3NDIxODUwCRAAAAJBgMAAAmHAwAAAAAAAAAAKCgkIAwAAAAAGCQ
... MAAAsxMDczNzQyMTg1MAYKAwAACzEwNzM3NDIxMjc1CSCSCAAAAGDAMAABszOTBeMTA3Mzc0MjE4NTBeMTA3Mzc
... 0MjE4NTACAAAaUAAAAAAAABBg0DAAAKRmFjjdCBTaGVldDAkdAkXnAAAACgoBQAAAAAAAAAAKCgHx/P//2P///
... wAAAAAGEAMAABkvUE9IL1Bib3V0LVVzL2ZhY3QtZJ3QtU2hlZXQtLZXXCgAAAAAAZHAQQACJQAAAAAAAAAAAAAAA
... kXAAAABhhMDAAAAEGHAMAAAAtPdXIgTGVhZGGVyc2hpcAAAoCgoBAQAAAAAAAAAAAKCgHi/P//2P///
... wAAAAGHwMAAABovUE9IL1Bib3V0LVVzL091ci1MZWFkZXJzaGlwLwoACgBtAAAAkAAAAJEAAAAAEJEAAAAAAkAA
... AJFwAAAAYiAwAACzEwNzM3NDIxODU0CRAAAAJJMAAAAlAwAAAAAAAAAAAAKCgkmAwAAAAAGJwMAAAsxMDc
... zNzQyMTg1NwYoAwAACzEwNzM3NDIxMjc1CSCQAAAAGKgMAAABszOTBeMTA3Mzc0MjE4NTceMTA3Mzc0MjE4NTcC
... AAAvwwAAAAAAABBisDAAALT3VyLVFyaWNwb25zZ3IzIJJwAAAAoKAQEAAAAAAAgoBO/z//9j///
... 8AAAAAABi4DAAAaL1BPSC9BYm91dC1Vcy9PdXItVTU3Bvbm5Nvci8KAAoAAbUAAAJAAAACRAAAAABCRAAAAAAAA

134251… ACRCABACHQMAAAsxMDczNzQyMTcyNGAyAwAACBzAEwNzAmHnaMrAAAsAAAzAGgcoNQMAAAARbjYDAAALMTA3
… Mzc0MjE4NTgGNwMAAAsxMDczNzQyMTI3NQkkAAAABjkDAAAbMzkwXjEwNzM3NDIxMjc1CjEwNzM3NDIxODU5AwAA
… gAAAMAAAAAAAAAAAAQY6AwAAJFJvYWRtYXAgdG8gdGhlIEZ1dHVyZSBvbiZiBIZWFFsdGlgQ2FFyZQknAAAAACgoBAQ
… AAAAAAAAAKCgHE/P//2P///
… wAAAAAGPQMAACovUm9hZG1hcC10by1aGUtRnV0dXJlLW9uLUhlYWx0aC1DYXJlLVBPSC8KAAoAAbYAAAAJAA
… AACRAAAAAABCRAAAAAALAAAACRcAAAAGQAMAAsxMDczNzQyMTg1OQkQAAAAACUIDAAAJQwMAAAAAAAAAAAAACgo
… JRAMAAAAABkUDAAALMTA3Mzc0MjE4NTkGRgMAAAsxMDczNzQyMTI3NQkkAAAABkgDAAAbMzkwXjEwNzM3NDIx
… Mjc1CjEwNzM3NDIxODU5AgAAMEAAAAAAAAAAAAQZJAwAAHk1pc3Npb2424sIFZpc2l2biAmYW1wOybNaW5pc3Rye
… QknAAAACgoBAQAAAAAAAAAKCgG1/P//2P///
… wAAAAAGTAMAACkvUE9IL0Fib3V0LVVzL01pc3Npb24-SLVZpc21vbi0tLU1pbmlzdHJJ5LwoACgABtwAAAAkAAA
… AJEAAAAAJEAAAAA0AAAAJFwAAAAZPAwAACEzEwNzM3NDIxODYxCRAAAAAJUQMAAAlsCgogAAAAAAAAAAAAAAKCgl
… TAwAAAQAGVAMAAAsxMDczNzQyMTg2MQZVAwAACzEwNzM3NDIxMjc1CSQAAAAGVwMAABszOTBeMTA3Mzc0MjEy
… NzVeMTA3Mzc0MjE4NjECAAAAwgAAAAAAAAAABBlgDAAAaUG9ydGVyIEhvc3BpdGFsIEVzdW5ka5YXRpb24-24JJwAAA
… AoKAQEAAAAAAAAACgoBpvz//9j///
… 8AAAAABlsDAAApL3BvaC9hYm91dC11cy9wb3J0ZXItaG9zcGl0YWwtZm91bmRhdGlvbi8KAAoAAbgAAAAJAAA
… ACRAAAAABCRAAAAAAAACRcAAAAGXgMAAAsxMDczNzQyMTg2OQkQAAAACWADAAAAJYgMAAAAAAAAAAAAACgoJ
… YgMAAAAABmMDAAALMTA3Mzc0MjE4NjgGZAMAAAsxMDczNzQyMTI3NQkkAAAABmYDAAAbMzkwXjEwNzM3NDIxM
… jc1XjEwNzM3NDIxODY1AgAAMEoAAAAAAAAAAQZnAwAADEhlYWxpbcgQXJ0cknAAAAACgoBAQAAAAAAAAAKCg
… GX/P//2P///
… wAAAAAGagMAABsvUE9IL0Fib3V0LVVzL01hYWxpbmctcQXJ0cy8KAAAAAAbkAAAAJAAAAJAAAACRAAAAABCRAAAAPAA
… AACRcAAAAGbQMAAAsxMDczNzQyMTg2OQkQAAAAACW8DAAAJcAMAAAAAAAAAAAAACgoJcAMAAAAABnUDAAAbn1DAAAbBn
… Mzc0MjE4NjkGcwMAAAsxMDczNzQyMTI3NQkkAAAABnUDAAAbUDAAAbMzkwXjEwNzM3NDIxMjc1XjEwNzM3NDIxODY5
… AgAAMEsAAAAAAAAAAAAQZ2AwAACNVbnBnRhlY3QyQ3JpeV1WlAAAAAACWBQMAAAlxjAAAAAAwwAAGewMAAACgoBiPz//9j///
… 8AAAAABnkDAAAQL0NvbnRhY3QtVE9lL1LwoACgABugAAAAJAAAAJEAAAAAJEAAAAAACEAAAAAGewMAAAAAAAGewMAAAAGewMAAAEAAAAAAGewMAAGewMAAAAAAGewMAAAAGewMAAAAGewMAAAGewMAAGewMAAGewMAAAGewMAAAGewMAAAAGewMAAAAAAAGewMAAAGewMAAAGewMAAAAAGewMAAGewMAAAGewMAAAGewMAAAGewMAAAGewMAAAGewMAAAGewMAAAAAAAAAAAAAGewMAAAGewMAAAAAAAAAAAAAGewMAA
… AAAAAGewMAAAAABnkDAAALMTA3Mzc0MjE4NjkGdwMAAAsxMDczNzQyMTI3NQkkAAAABnsDAAAbMzkwXjEwNzM3NDIxMjc1XjEwNzM3NDIxODY5AgAAMEsAAAAAAAAAAAAQZ2AwAACNVbnBnRhlY3QyQ3JpeV1WlAAAAAACWBQMAAAlxjAAAAAAwwAAGewMAAACgoBiPz//9j///
… /
… Zm9ybW5hbWU9UEFIX0V2ZW50OX0tVtYWlsX1NpZ25FVXKKAAoAAbwAAAAJAAAAJAAAACRAAAAAACRAAAAAADAAAACXSDA
… AAGlAMAAEwCgoKAAAAAAAAAAAAAAKCgmVAwAAAAAGlgMABszOTBeMTA3Mzc0MjEyNzNk2MHwxM4wxMDczNzQyMTI3NGAVAwAAC
… EwNzM3NDIxMjc2CSQAAAAGmQMAABszOTBeMTA3Mzc0MjEyNzU1N0jACAAAAzwwAAAAAAAAAAAABpo
… DAAAPSW50ZXJuYWwgRXZlbnRzCQ8AAAACgoBEBAAAAAAAAAoKAWT8///Y////
… AAAAAadAwAAXGh0dHBzOi8vcmVmLnVnY2NpZnNjaWJ2b2dvaW9ly92aW9kaW9jXy9jAAVAAAYLdGFyRWyd
… YXM5MjgmYW1wO3dwPTEwNzMzNzQyMTlwYWvPUNFTlRVRUtEmYW1wO2NhdWVGV2yY4CgAKAAG9AAAAAJAAAAAAAbwAAAA
… AkQAAAABAAAAl7AwAABQgDAAAAAAAAAMAoCgJoQMAAAAABqEDAAAbqD8AAECQYBvgAAAAEAXMTA3Mzc0MjE1NTAAAg
… 0MjEyNzYtTUVyQQAAAAAaMAyMAAAE1bml0ZWQgQ29tbXVuaXNlcGNlbnRlcmVwZWXZXY1oCgEBAAAAAAOKAV
… AVj8///Y////
… AAAAAapAwAAYGh0dGBzOi8vY2VudHRyY2WT5zZWN1cmVhdmw1LmNvbSNhbXAvRW1wbG95ZWUtY3VzdG9tIGZ
… 2Zvcm1uYW1lWllPVBBSF9Db250ZW50DHl1fU3Bvbm5vcnNvbnBsZW1vbnlVdWdlAxvZ0AoAACXBvBgVgWAssAAA
… AAAUAAAAJfwAAAAw8AwAAAC1Eb2N1bWVudABEXV3cDzLmF4eGZVVFNJVldXVZXXpdcW1nVbBvdDAoACGAAAAsxMDczNzQyMTI3N
… AAAsxMDczNzQyMTcyNgyNgayAwAACEzEwNzM3NDIxMjc2CSQAAAAGtAMAABszOTBeMTA3Mzc0MjEyNzVeMTA3Mzc0MjE4N
… MjE3MjYCAAAAQQAAAAAABBrYDAAALz2l2IE1lJhY2J5SJJwAAAAoKAQEAAAAAACgoBSfz//9j///
… 8AAAAABrgDAAANL0dpdmluZy1CYWNrLwoACgABvwAAAAkAAAAJEAAAAAYYAAAYAAAYAAAAAAAAAAAACgm/
… AwAAAAMAAAsxMDczNzQyMTJvQMAAAmn+AwAAkvMCAAAAAAAAAAAAKCgm/
… AwAAAAMAAAsxMDczNzQyMTcyNgyNgayAwAACEzEwNzM3NDIxMjc2CSQAAAAwwMAABszOTBeMTA3Mzc0MjEyNzVeN
… zzEMTA3Mzc0MjE3MjcCAAAAQgAAAAAABBsQDAAAAQ29tbXVuaXR5CQgAAAAoKAQEAAAAAACgoBOvz//9j///
… 8AAAAABscDAAAhL1BPSC9Db21tdW5pdHkvQ29tbXVuaXR5LUlbmVmaXQvL1BbmVmaXQvL1BQVcGARXDAAAAACQAAAAAAAAQ
… QAAAABwAAAkXAAAAzsDAAAAMTA3Mzc0MjE3MjgJEAAAGJJEAAAAAAACKcGARXDAAAAAAAAAAAAAACKcGARXDAAAAAAACKcGARXDAAAAAACKcGARXDAAAAAAACKcGARXDAAAACKcGARXDAAACKcGARXDAAAAAAAAAAAAACKcGARXDAAAAAACKcGARXDAAAAACKcGARXDAAAAACKcGARXDAAAAACKcGARXDAAAAACKcGARXDAAAAAACKcGARXDAAAAACKcGARXDAAAACKcGARXDAAAAACKcGARXDAAAACKcGARXDAAAACKcGARXDAAAACKcGARXDAAACKcGARXDAAAACKcGARXDAAAAACKcGARXDAAAAAACKcGARXDAAAAAACKcGARXDAAAAAAACKcGARXDAAAAAAAAAAAAAAACKcGARXDAAAAAAAAAA
… PAwAACEzEwNzM3NDIxNzMzCRAAAAAJEQMAAAAsxMDczNzQyMTJjMEDAAAAAACQaAAAAAAAAAGVQMAAAAABscDAAAhL1
… AAsxMDczNzQyMTJjMEyNgQMAAAmMwMAAACoAAAwwAAABBs3NzQyMTJjMEyNgQMAAAmMwMAAGVQMAAAAwMAAAAAAAAAAAA
… QbiAwAAD0NSRUFFUSU9OIEhlYWx0aAkAAkNAAAAAAACgBAQAAAAAACgoBArz//9j///
… wAAAAAG5QMAAB8vUE9IL0NvbVl1bmhdeS9DUkVBVEVPTi1IZWFsdGgvL1BQVcGARXAAooCgAByHcGARXAAoCgAByHAAAAQAAYcGARXAAoCgGARXAAoCgGARXA
… AACQAAAAAkXAAAAkBugDAAALMTA3Mzc0MjE3MzMGcmMwMAAACWAwAAAAACoBAAAAAAAAAAAAACKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoCKcGARXAAoC
… ACzEwNzM3NDIxOTBu4DAAAALMTA3Mzc0MjE3MzMGcmMwMAAACWAwAAAAACoBAAAAAAAAAAAAACKcGARXAAoCKcGARX
… MTkwMgIAAAAWAAAAAAAAAEG8QMAAABJWb2x1bnRlZXJpZXJpUHJvZ3JhbXMKAAAAAAKAQEAAAAAACgoBDfz//
… 9j///
… 8AAAAABvQDAAAiL1BPSC9Db21tdW5pdHkvVm9sdW50ZWVyLVByb2dyYW1zLwoACgABwwAAAAkAAAAJEAAAAAAEE

134251... JEAAAAAoAAAAJTWAAAAB3AwAACzWAUW9NBLAoTRzCRAAAAAYQMAAAn6AwAAAAAAAAAAAAKCgn7AwAAAAAG
... /AMAAAsxMDczNzQyMTkwMwb9AwAACzEwNzM3NDIxMjc2Q2SQAAAAG/
... wMAABszOTBeMTA3Mzc0MjEyNzeMTA3Mzc0MjE5MDMMCAAAA2QAAAAAAAAABBgAEAAAUUG9ydGVyIEF0aGxldG
... ljIENsdWIJJwAAAAoKAQEAAAAAAAAACgoB/vv//9j///
... 8AAAAABgMEAAAkLl1BPSC9Db2ltdW5pHkvUG9ydGVyLUF0aGxldGljLlUNsdWIvCgAKAAHEAAAACQAAAAkQAAA
... AAQkQAAAAAQAAAAkXAAAAABgYEAAALMTA3Mzc0MjE3MTgJEAAAAAkIBAAACQkEAAAAAAAAAAAAAoKCQoEAAAB
... AAYLBAAAACzEwNzM3NDIxNzE4BgwEAAAALMTA3Mzc0MjEyNzcJJAAAAAYOBAAAGzM5MF4xMDczNzQyMTI3N14xM
... DczNzQyMTcxOAIAAAAADbAAAAAAAAAAAEGDwQAAA5IZWFsdGggTGlicmFyyeQknAAAACgoBAQAAAAAAAAAKCgHv+/
... //2P///
... wAAAAAGEgQAABAvSGVhbHRoRoLUxpYYnJhcnkvCgAKAAHFAAAACQAAAAkQAAAAAQkQAAAAAQAAAAkXAAAABhUEAA
... ALMTA3Mzc0MjE3MTkJEAAAAAkXBAAACRgEAAAAAAAAAAAAAoKCKkEAAAAAAYABAAACzEwNzM3NDIxNzE5Bhs
... EAAALMTA3Mzc0MjEyNzcJJAAAAAYdBAAAGzM5MF4xMDczNzQyMTI3N14xMDczNzQyMTcxOQIAAADbAAAAAAAAA
... AAEGHgQAAAlDYWbDqVdlbGwJJwAAAAoKAQEAAAAAAAAACgoB4Pv//9j///
... 8AAAAABiEEAAALL0NhZmVVZXXsLS8KAAoAAcYAAAAJAAAACRAAAAABCRAAAAABDAAAACRcAAAAGJAQAAAsxMDc
... zNzQyMTcyMQkQAAAACSYEAAAJJwQAAAAAAAAAAAAACgoJXAQAAAAYGAQAAAsxMjAzNzQyMTEzMjEzJEwNzQyMTcx
... MDczNzQyMTI3N1NwkkAAAABiwEAAAbMzkwXjEwNzM3NDIxMjc3XjEwNzM3NDIxNzIxAgAAAAN4AAAAAAAAAAAAQYtB
... AAAC2lUcmlhZTilT2UgQXBwCScAAAAAKCgEBAAAAAAAAAAoKAdH7///Y////
... AAAAYwBAAADS9pVHJpYYWdlLUFwcC8KAAoAAcwAAAcCAAAAAAAAABCRAAAEAAAAAERCRAAAAEAAAAARcAAAAGMwQAAAsxM
... DczNzQyMTcyMAkQAAAACTUEAAAJNzQgAAAASQQAAEAAjgjAoQMXWxwMDczNzQyMTcyMAI8AAAAN4AAAAAAQYtB
... /8BBAAAADkhlYWx0aH9yb3ZlcnN2LwoACgAHxwAAAAkUAAAACRAAAAAAoKAcL7////J////AAAAAY
... 8BAAADkhlYWX0aC9hcHAvCAoAHkgSGFyZSBCZAAAAAAoKAcL7///Y////AAAAY
... BAAAEC9IZWFsdGhSLUhhYWx0aC9hcHAvCgAKAAIAAACRAAAACRAAAAAAoKAQEAAAACbAAAAAASgEAAAlfBAAAAAGRgQAAAcxMDczNzQyMTY3Mjc1MFNuoKCgAAAAAQBcxMDczNzQyMTcyMA5wMXAAAAAQgAAAAAACgoBtPv//9j///
... 8AAAAABkoEAAAAV0ib2zxhLVZpcnVzLwoACgAybQAAAAAAYIEAAAAAJEAAAAEJEAAAAAYJEAAAAAYAAAAYAAAAYAAAAY1AAAAYAAAAYYAAAJFwAAAAYAAAAAZFEAAAAUV2xAAAACzE
... wNzM3NDIxNzIxCRAAAAAJUgQAAAcJUgAAABAAAAACKGlUBAAAAAGVQQAAAsxMDczNzQyMTcyMWQ0WjEwNzM3NDIxNw
... CzEwNzM3NDIxMjc3Q3SQAAAAAGWAQAABszOTBeMTA3Mzc0MjEyNzdeMTA3Mzc0MjE3MjCAAAA4wAAAAAAAAAAABB
... lkEAAUU2Vhc2uYVwgSW5m5b3JtYXRpb24JJwAAAAoKAcgPv//9j///
... 8AAAAABlwEAAAWL1NlYXNvbmFsLUluZm9ybWF0aW9uLwoACgABy9NgIAAAAUl1AAAAAAAEGaAQAAA1Gb3IgdUll1ZGlhLAoKAAAAA
... AAFZbAAAAC2DoJWTsUuuM5Ng1AAADlAAAAAAAEGaAQAAA1Gb3IgdUll1ZGlhICEl1ZGlhLAoKAAAAC
... AAAAoKAKZb7///Y////
... AAAAAzrBAAAGC9QT0gvTmV3Y3y9Gb3ItdGhlLUll1ZGlhLwoACgABywAAAAAAKAAAAEJEAAAAEJEAAAAIAAAAJF
... wAAAAZuBAAAAzM5NwkkQAAAACXAEAAAAJcQQAAAAAAAAAAACgoJcgQAAAABnMEAAADMzk3B3nEAAADMzk1CS
... QAAAAGdgQAAAszOTBeMzk3MzQAAADmAAAAAAAAAEGdwQAAdWaWJyYYW50CScAAAAAKCgEBAAAAAAAAo
... KAYf7///Y////
... AAAAAAZ6BAAAEi9QT0gvTmV3c3y9WaWJyYW50LWNoLWgbLQAAAkAAAABkAAAAJewQAAAAEAAAARAAAAd8AAAAZAAAAC
... XwEAAAmDAAAAAYYhPAAAAl9BAAADQAAAADAAAAADAAQQAAAAAQQkoBBAAAAAJfgQAAAAGRwRB
... AACX8EAAACRwQAAAAEHAQAAAAmABAAAAAAAiAAAAAAAAAdZAAAAAAAJQ0BAAA
... AAAQQkoBBAAAAAJgwQAAAEQAAAoAQAAAAAY4AAAAARAAAAdwQAAAmQBAAAAAAAAARwB
... SAAAACXYAAAAAAAAAAAAEOAQAAAAAmGBAAAACUAAAAAABkgEAAAAQ0Jd0AAAAAAAAAAARwB
... SsBAAASAAAACXYAAAAAAAAEsAQAABAAAAAmJBAAACQAAAAAkAAABOQEAAABEAAAAJdQAAAAAAAAAAAA
... AAAToBAAASAAAACXYAAAAAAAAAAAE7AQAABAAAAmMBAAAAAABSAEAABSAEAAAEAAAAJdQAAAAAAAAAAAA
... AAAAAUkBAAASAAAACXYAAAAAAAAFAAAAAmmPBAAAAUAAABVwEAABEAAAAJdQAAAAAAAAAAAA
... AAAAAAVgBAAASAAAACXYAAAAAAAAAF2QAAAAAmSBAAAAUAAABQAAAAAQAAAEguEAAAAAAAAAAEGAAAAJdQ
... AAAAAAAXYBAAASAAAACXYAAAAAAAAF3QAAAAAmYBAAAACQAAAAAkAAAABhAEAABEAAAAAAAAAAAJdQ
... JdQAAAAAAAAAAAYUBAAASAAAACXYAAAAAAAAAAGGAAAAmbBAAAACQAAAAAkAAAABOQEAAAABAAAAAJdQAAAAAA
... AAaJdQAAAAAAAAAAAYQBAAAASAAAACXYAAAAAAAAGVAAAAAmeBAAABwAAAAAAiBAgEAAAAAQQAAAaBogEAA
... BEAAAAJdQAAAAAAAAAAaAmBAAAACXYAAAAAAAAAGkAAAAAmhBAAAAAAAYAAAAAAaBsg
... EAAAAJogQAAAAAAAAAAaAAAAAmMmBAAAACXYUAAAAAAAAAAHAAQAAAAEgAAAl2AAAAAAAAAAAA
... BwQEAAAQAAAAJpQQAAAUAAAAAaAAFAAAARAAaAaCaYEAAAAAAAAAAAAAAAHPAQAAAEgAAAl2AAAAAA
... AAAB0EAAAAQAAAAAAJqQAAAAdAAAAAAQAAAAAAAAAHAeAaAEgAAAl2AAAAA
... AAAAAA3wEAAAAQAAAAAmYBAAADQAAAADAAQAAAAAAAHtAQAAAEgAAAl2AAAAA
... AAAAAAB7wEAAAAQAAAJrgQAAAIAAAAAAAAAH8AQAAEgAAAl2AAA
... AAAAAAAAAAB/
... QEAAAQAAAJsQQAAgAAAAAAaAIeAAAAAAAAEwAgAAEgQAAAl1AAAAAAAAAAAAA
... ABFwIAABIAAAAJdgAAAAAAAAAARgCAAAACbUEAAAAAalagAAEQAAAAl1AAAAAAAAAAAAA
... AAAABJgIAABIAAAAJdgAAAAAAAAAAAScCAAAACbgEAAAATYCAAAEAAAAAAAAAAAAAAAAA0AgAAEgAAAAl1AAAAA
... AAAAAAAAABNQIAABRAIAABIAAAAJdgAAAAAAAAUUCAAAAACd4EAAAAwAAAAAAE4EAAAA0AgAAEgAAAl1aA
... AAAAAAAABUwIAABIAAAAJdgAAAAAAAAAAVQCAAAACd4EAAAAAVQCAAAEAAAAwWAAAAAQAaBhY
... 1AAAAAAAAAABBYgIAABIAAAAJdgAAAAAAAAAAAVwCAAAAAAAYUQAAAEQAAAAl1AAA
... AAAAAAAABBUWIAABIAAAAJdgAAAAAAAAAAAVgCAAAATYCAAAAEAAAAUUCAAAACvAAAAAQAAAF/
... AgAAEgQAAAJsQAAAgAAAAIAAAAACaIEAAAAAEWAgAAEgAQAAl1AAAAAAAAAAAAAAa
... ABFwIAABIdgAAAAAAAAAAARgCAAAACbUEAAAAAAMXcCAAAEQAAAACbgEAAAAAlAgAAEgAAAl1AAAAAAAa
... AAAABBNQIAABIAAAAJdgAAAAAAAAAATYCAAAAAAACAEAAAACAaAAIEAAAATYCAAAAAaCAAAAEAAaAaAAa
... AAAABBBNQIAABIAAAAJdgAAAAAAAAUCAAAATYCAAAAAAAAAAAAAIAgAAEgAQAAl1AAAAAAA
... AAAABBBRAAAAAACbcqQIAABIAAAAJdgAAAAAAAAAAXICAAAEAAACcCcEAAABAAAAAAQAAAAAF/
... AgAAEgAAAJsQAAAgAIAAAIAAAAACaIEAAAAAEYEAAAAAYgAIAAQAAAAl1AAAAAAAAAAAaa
... AGOAgAAEQAAAll1AAAAAAAAAAAABjwIAABIAAAAJdgAAAAAAAAAAAACacAAAEAAAAACc0EAAAAAAAAAaAaAAAQ
... AAAAGdAgAAEQAAAAll1AAAAAAAAAAAAABngIAABIAAAAJdgAAAAAAAAAAAZ8CAAEAAAAACaIEAAAAAAa

... AAAGAwGsAgAAEYQAAAA11AAAAAAAAAAAABGbIQTAABIBAABvdgAAAAAAAAFAAAAACaIEAAAA
... AAAAAAAAAG7AgAAEQQAAAA11AAAAAAAAAAAABvAIAABIAAAAJdgAAAAAAAAAAAAAb0CAAAEAAAACaIEA
... AAAAAAAAAAAAHKAgAAEQQAAAA11AAAAAAAAAAAAABywIAABIAAAAJdgAAAAAAAAAAAAAAcwCAAAEAAAACa
... IEAAAAAAAAAAAAAAHZAgAAEQQAAAA11AAAAAAAAAAAAAAB2gIAABIAAAAJdgAAAAAAAAAAAAAAdsCAAAEAAA
... ACaIEAAAAAAAAAAAAAAAHoAgAAEQQAAAA11AAAAAAAAAAAAAAB6QIAABIAAAAJdgAAAAAAAAAAAAAAeoCAAAE
... AAAACaIEAAAAAAAAAAAAAAAH3AgAAEQQAAAA11AAAAAAAAAAAAAAAB+
... AIAABIAAAAJdgAAAAAAAAAAAAAAAfkCAAAEAAAACeIEAAAGAAAAABgAAAAEGAwAAEQQAAAA11AAAAAAAAAAAA
... ABBwMAABIAAAAJdgAAAAAAAAAAAAAAQgDAAAEAAAACaIEAAAAAAAAAAAAAAEVAwAAEQQAAAA11AAAAAAAAAAA
... AAAABFgMAABIAAAAJdgAAAAAAAAAAAAAARcDAAAEAAAACegEAAAFAAAABQAAAAEkAwAAEQQAAAA11AAAAAAAA
... AAAAAAABJQMAABIAAAAJdgAAAAAAAAAAAAASYDAAAEAAAACaIEAAAAAAAAAAAAAAEzAwAAEQQAAAA11AAAAA
... AAAAAAAAAABNAMAABIAAAAJdgAAAAAAAAAAAAATUDAAAEAAAACaIEAAAAAAAAAAAAAAAFCAwAAEQAAAA11AA
... AAAAAAAAAAAAAABQwMAABIAAAAJdgAAAAAAAAAAAAAUQDAAAEAAAACaIEAAAAAAAAAAAAAAAFRAwAAEQQAAAl
... 1AAAAAAAAAAAABUgMAABIAAAAJdgAAAAAAAAAAAAAVMDAAAEAAAACfQEAAAHAAAABwAAAAEgAwAAEQQ
... AAl1AAAAAAAAAAAAABYQMAABIAAAAJdgAAAAAAAAAAAAAWIDAAAEAAAACaIEAAAAAAAAAAAAAAAFvAwAE
... QAAAA11AAAAAAAAAAAABcAMAABIAAAAJdgAAAAAAAAAAAAAXEDAAAEAAAACaIEAAAAAAAAAAAAAAAF9Aw
... AABAAAAAmiBAAAAAAAAAAAAAAABiQMAAAQAAAAJogQAAAAAAAAAAAAAZUDAAAEAAAACaIEAAAAAAAAAAAAG
... hAwAABAAAAAmiBAAAAAAAAAAAAAAABrgMAABEAAAAJdQAAAAAAAAAAAAAAAa8DAAASAAAACXYAAAAAAAAAA
... AAGwAwAABAAAAAmiBAAAAAAAAAAAAAABvQMAABEAAAAJdQAAAAAAAAAAAAAb4DAAASAAAACXYAAAAAAAAA
... AAAAAG/
... AwAABAAAAAmiBAAAAAAAAAAAAAAABzAMAABEAAAAJdQAAAAAAAAAAAAAc0DAAASAAAACXYAAAAAAAAAAAA
... AHOAwAABAAAAAmiBAAAAAAAAAAAAAAABu2wMAABEAAAAJdQAAAAAAAAAAAAAdwDAAASAAAACXYAAAAAAAAA
... AAAAHdAwAABAAAAAkGBQAAAQAAAAAEAAAAB6gMAABEAAAAJdQAAAAAAAAAAAAAAesDAAASAAAACXYAAAAAAA
... AAAAAAAHsAwAABAAAAAkJBQAAgAAAAAAIAAAAB+
... QMAABEAAAAJdQAAAAAAAAAAAAAAfoDAAASAAAACXYAAAAAAAAAAAAAH7AwAAEQQAAAAoDAAASAAAACXYAAAA
... ABCAQAAEAAAAAaAAAAAAH7AwAABAAAAAmiBAAAAAAAAAAAAAAH
... QMAABEAAAAJdQAAAAAAAAAAAAAAfoDAAASAAAACXYAAAAAAAAAAAAAH7AwAAEQQAAAAoDAAASAAAACXYAAAA
... ABCAQAAEAAAAAaAAAAAAH7AwAABAAAAAmiBAAAAAAAAAAAAAAH
... ABCAQAAEAAAAAaAAAAAAB6QMAABEAAAAJdQAAAAAAAAAAAAAAeoCAAAE3BAAABAAAAAkPBQAAAQAAAAAEAAAA
... AAAAAAAAABJgQAABEAAAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACfQEAAAHA
... AAAABgAAAAApQAABEAAAAJdQAAAAAAAAAAAAAAQgAAAASAAAACXYAAAAAAAAAAAAAAAB3BAAAEAAAACaIEAAA
... AaAAAAAAB3BAAABAAAAAmiBAAAAAAAAAAAAAAE3BAAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJgQAABEA
... AAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACfQEAAAHAAAABgAAAAAApQAABEA
... AAAJdQAAAAAAAAAAAAAAQgAAAASAAAACXYAAAAAAAAAAAAAAAB3BAAAEAAAACaIEAAAAaAAAAAAB3BAAABAA
... AAAmiBAAAAAAAAAAAAAAE3BAAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJgQAABEAAAAJdQAAAAAAAAAAA
... AAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACfQEAAAHAAAABgAAAAApQAABEAAAAJdQAAAAAAAAAAAA
... AAgAAAASAAAACXYAAAAAAAAAAAAA3BAAAEAAAACaIEAAAAaAAAAAB3BAAABAAAAAmiBAAAAAAAAAAAAAAE3B
... AAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJgQAABEAAAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAAAAAAA
... AAAAAAAE0BAAAEAAAACfQEAAAHAAAABgAAAAAApQAABEAAAAJdQAAAAAAAAAAAAAAQgAAAASAAAACXYAAAAAA
... AAAAAAAAAB3BAAAEAAAACaIEAAAAaAAAAB3BAAABAAAAAmiBAAAAAAAAAAAAAAE3BAAAEAAAACfQEAAAHAAAA
... BwAAAAAAAAAAAAAABJgQAABEAAAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACf
... QEAAAHAAAABgAAAAAApQAABEAAAAJdQAAAAAAAAAAAAAAQgAAAASAAAACXYAAAAAAAAAAAAAAAB3BAAAEAAAA
... CaIEAAAAaAAAAAAB3BAAABAAAAAmiBAAAAAAAAAAAAAAE3BAAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJ
... gQAABEAAAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACfQEAAAHAAAABgAAAAAp
... QAABEAAAAJdQAAAAAAAAAAAAAAQgAAAASAAAACXYAAAAAAAAAAAAAAAB3BAAAEAAAACaIEAAAAaAAAAAAB3BA
... AABAAAAAmiBAAAAAAAAAAAAAAE3BAAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJgQAABEAAAAJdQAAAAAA
... AAAAAAAScEAAASAAAACXYAAAAAAAAAAAAAAE0BAAAEAAAACfQEAAAHAAAABgAAAAAApQAABEAAAAJdQAAAAAAA
... AAAAAAAQgAAAASAAAACXYAAAAAAAAAAAAAAAB3BAAAEAAAACaIEAAAAaAAAAB3BAAABAAAAAmiBAAAAAAAAAAA
... AAAE3BAAAEAAAACfQEAAAHAAAABwAAAAAAAAAAAAAABJgQAABEAAAAJdQAAAAAAAAAAAAAScEAAASAAAACXYAA

134251…

… 9kzQAAAAAoVwUAAAAmEBQAAceUrAAADSgQWDAAAACUgFAAAJyQUAAAAnBQAAACsFAAAJDAAAAAANBQAACc4
… FAAANBAe4BAAAAAEAAAAIAAAABCZFa3Ryb24uQ21zLkZyYWlld29yay5VSS5UcmVlUcmVlTm9kZQIAAAAJ
… zwUAAAnQBQAACdEFAAAJ0gUAAAnTBQAACdQFAAAJ1QUAAAnWBQAAB74EAAAAAQAAAAgAAAAEJkVrdHJvbi5Db
… XMuRnJhbWV3b3JrLlVJLlVJLlRyZWUuSVRyZWVVOb2RlAgAAAAnXBQAACdgFAAAJ2QUAAAnaBQAACdsFAAAJ3AUAAA
… 0CB8EEAAAAAQAAAAQAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUuSVRyZWVVOb2RlAgAAAAnBQA
… ACd4FAAAJ3wUAAAoHxAQAAAABAAAAABAAAAAQmRWt0cm9uLkNtcy5GcmFmtZXdvcmsuVUkuVHJlZS5JVHJlZS5U5v
… ZGUCAAAACeAFAAAJ4QUAAAniBQAACeMFAAAhxwQAAAABAAAAABAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuV
… UkuVHJlZS5JVHJlZS5U5vZGUCAAAACeQFAAAAnAwfKBAAAAAEAAAAEAAAABCZFa3Ryb24uQ21zLkZyYWlld29yay
… 5VSS5UcmVlLlUcmVlTm9kZQIAAAASnNzUcmVlUcmVlTm9kZQIAAAAAnpk6QUAAAADB+
… IEAAAAAQAAAAgAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUuSVRyZWVVOb2RlAgAAAAnqBQAACes
… FAAAJ7AUAAAAntBQAACe4FAAAJ7wUAAAOCB+
… gEAAAAAQAAAAgAAAAEJkVrdHJvbi5DbXMuRnJhbWV3b3JrLlVJLlRyZWVUuSVRyZWVVOb2RlAgAAAAnwBQAACfE
… FAAAJ8gUAAAnzBQAACfQAAAAAwf0BAAAAAEAAAAIAAAABCZFa3Ryb24uQ21zLkZyYWlld29yay5VSS5UcmVl
… LklUcmVlTm9kZQIAAAAJ9QUAAAn2BQAACfcAAAAJ+AUAAAn5BQAACfoAAAAJ+
… wUAAAoHBgUAAAABAAAAABAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JZU5U5vZGUCAAAAAC
… wFAAAAEAAAAAAEAAAABAAAAACZFa3Ryb24uQ21zLkZyYWlld29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAA
… J/QUAAAn+

… BQAADQIHDwUAAAABAAAAABAAAAAQmRWt0cm9uLkNtcy5GcmFtZXdvcmsuVUkuVHJlZS5JZU5U5vZGUCAAAAAC
… f8FAAANAwcYBQAAAAEAAAAIAAAABCZFa3Ryb24uQ21zLkZyYWlld29yay5VSS5UcmVlLklUcmVlTm9kZQIAAAA
… AJAAYAAAkBBgAADQIBIwUAAAgAAADgCwCAAgAAAAcBAAAAAAAAAACRAAAAAAAAAAAAAAAAkMAQAACQ0BAAAJEA
… AAAEJEweEAAAH5+f//6////
… wQAAAAGCAYAACJQT0gvU3BlY2lhbHHRpZXZNiQmVoYXZpcb3JhbC1ZWdGgvCRcAAAAqAAAAAAAAAAAAkQAAAAQ
… AAAAkLBgAACgDgCwCAAgAAAAEkbBQAACAAAACIUAIACAAAAhwEAAAAAAAAAAAAAAAAAACRsBAAAJHAE
… AAAkQAAAAQkiAQAAAe/5///r////

… BAAAAAYSBgAAWVBPSC9TcGVjaaWFsdGllcy9UaGGUtU3BlY2lhbHRpZXMvQmVoYXZpb3JhbC1ZWdGgvCRcAAAAq
… CoAAAAAAAAAACRAAAAAACAAACAUCRUGAAAACAACIUAIAACAAAAAUFAAAIAAAA4wsAgAIAAAAAAACHAQAAAAAAAAAA
… AAAAAAAAAJKgEAAAAkrAQAAACRAAAAAABCTEBAAAB5fn//+v///

… 8EAAAAAABhwGAAAAjUE91L1NZWNpYWx0aWVzMoaWAmNOb1mNlci1DYXJlLlUNLbnNlci1DYXJhWAdDoAAAAAAACRAAAAA
… DAAAACR8GAAAAKOMLAIACAAAAaSYFAAAIAAAAA5wsAgAIAAAAAAACHAQAAAAAAAAAQAAAAAAAAAAAAAAJOQEAAAAk6
… AQAACRAAAAAABCUABAAAB2/n//+v///

… 8EAAAAAABiYGAAAJUG9ydGGVyRV1vCRcAAAAqAAAAAAAAAAAAkQAAAAAAkpBgAACgDnCwCAAgAAAAEnBQAACAA
… AAAOoLAIACAAAAhwEAAAAAAAAAAACUgBAAAJSQEAAAAAQlPAQAAAAAACVcRcAAAAqAAAAAAAAAAACRAAAAAAAAkQAAAAB
… QAAAkzBgAACgDnCwCAAgAAAAAEoBQAACuCUIACAAAAcCUIACAAAAhwEAAAAAAAAAAAAACVcBAAAJWA
… EAAAkQAAAAQleAQAAAcf5///r////

… BAAAAAY6BgAALFBPSC9TcGVjaaWFsdGllcy9Ib3B3NaWNlLL1SFuzVuZC1DYXJlLlUNLbnNlci1DYXJhZAAAAAACRAAAAA
… kQAAAABgAAAk5BgAACgDnAFACAAAAEpBQAAcGBQAACgAnFACAAAAhwEAAAAAAAAAAAAAACAACWBAAAJWA
… EAAAkQAAAAQltAQAAAb5///r////

… BAAAAZEBgAAB1BPSC9TcGVjaaWFsdGllcy9HZW5ldmRGGFsLLU5ViNdW5pY1Z5bXBibmvCRcAAAAqAAAAAAAAAAAAkQAAAAB
… kQAAAABgAAAk5BgAACgDoCwCAAgAAAAUCkUIACAAAAhwEAAAAAAAAAAAAAAAACXUBAAAJdg
… EAAAkQAAAAQl8AQAAAb5P/r////

… BAAAAZOBgAAH1BPSC9TcGVjaaWFsdGllcy9HSS1FbmRvc2NvcHkvCRcAAAAqAAAAAAAAAAACRAAAAAAAlRB
… gAACgFAFACAAAAErBQAACAAAADYRAIACAAAAhwEAAAAAAAAAAAAACYQBAAAJhQEAAAkQAAAAQllB
… AAAQmLAQAAAAn5///r////

… BAAAAAZYBgAAJUG9ydGGVyRVVvCRcAAAAqAAAAAAAAAAAACRAAAAAAkQAAAAJIgmEAAAGf+f//6////
… AkawWJAAAoNOhEAgAIAAAALAUIACAAAAhwEAAAAACY0BAAAAAAAAAAAAAJEAAAAAAmTAQACZ
… QBAAAJEAAAAAEJmgEAAAAgf+f//6////
… wQAAAAGYAABQAt0gvU3BlY2lhbHRpZXl2l2hbHRpZXMvQUIAIACAAAAhwEAAAAACaIBAAAJoeR
… AAAkQAAAAQl3AQAAAr/r////

… BAAAAAZgGAAAml1BPSC9TcGVjaaWFsdGllcy9Qb3B3J0ZXITUkxohxyY2Ut UmVud1aaZBlbVVudc1Db21tdW5pdHkvQ
… RcAAAAqAAAAAAAAAAAkQAAAAACWAAAAlvBgAACgBkFACAAAAUuBQAAK0VrdHJvbi5DbXMuT3JnYW5pemF0aW9uL
… NvbnRlbnRBcmVhRWRpdG9ybW1bGVQaVRlbVuXZUwdRW50aXR5QnJvd2Vy+

… a19fQmFja2l2ul20ZpZWxkJE1lbnVJdGGVtRGF0YSs8SXRlbU1kPmtfX0JhY2tpbmdGaWVsZDRIWEVYRXRlU
… XRlbFJ5aGVtVudElkPmtfX0JhY2tpbmdGaWVsZGQCUFJNZW51SQmFzZUVRHdGFyFFRlcEHQ+

… a19fQmFja2l2ul20ZpZWxkIk1lbnVJdGGVtRGF0YSs8VHlwZT5rX19CYWNraW5nRmVsZGROaWxsbGQGQiTWVudUJhc2
… ZxIcmVmPmtfX0JhY2tpbmdGaWVsZGQCWRdGGlbGREZXBlRHHRlcL1cmVudC1UmWZQWdzG9mdeUmVwdU1lc0
… Jhc2VVEVYRXRlQWdGGlbGRkZXBlRHHRlUEUuUFRldWUvZGluUVXJVPE5ha01jZE9uRndhY2tpbmdGaWdU+

… a19fQmFja2luZ0ZpZWxkI011bnVJdGGVtRGF0YSs8SXRlbXM+
… a19fQmFja2luZ0ZpZWxkJ0l1bnVJdGVtRGF0YSs8SWlhZ2VQVQRoPmtfX0JhY2tpbmdGaWVsZWdGGlbGRk+
… URhdGGErPEltYWdlT3N1bmZj2GU+a19fQmFja2luZ0ZpZWxkSHUNtc0RhdGGMgMSs8SWQ+

… a19fQmFja2luZ0ZpZWxkBAAAAAEEAQEAAQADQAAAEVrdHJvbi5DbXMuQ29tbW9uLllkZXVRRW5yb2RpbmdGaWRsbVr
… WVudU0Zl0ZM1MaW5lQm9hAAAAEQksRWRkHUNtRdldGdkHUNtc5KUFXdyUXJVbit 0RhdGGfyGMSs8SWQ>a19fQmFja2ludb
… R5cGUAAAACQilAVN5c3RlbS5Db2xsZWN0aW9uQucy5HZW5lcmljLkxpc3RgRWVtbRW0cm9uLkNtcy5Pcmdhbhml
… 6YXRpb24uaSU1llbnVJdGGVtRGF0YSWgRWt0cm9uLkNtcy5Db250ZW50cjdHUHMsIFZlcnNpb249249OS4wLjAuMjQ5LCBD

134251... dWxoddUlPv5YdXkYHwwSiFBiYTmxpD0CU6VRVa2tvPTU16NEyY2kNYPIxZfYeYmVdXQDJBQARAAAWQ+f//
... MEVrdHJvbi5DbXXMuQ29tbW9uLkVrRW51bWVyYXRpYm24rTWVudUl0ZW1MaW5rVHlwZQEAAAAHdmFsdWWFXwAID
... wAAAAAAAAAABAAAAVJAAgAIAAACHAQAAAAAAAAm3AQAAAY75///r////
... AQAAAAm6AQAACRcAAAAqAAAAAAAAAAkQAAAADAAAAAl2BgAACRAAAAANSQAgAIAAAABLwUAAAgAAABiFACAA
... gAAAIcBAAAAAAAACRAAAAAAAAAAAAAAm/AQAACcABAAAJEAAAAAEJxgEAAAGE+f//6////
... wQAAAAGfQYAABpQT0gvU3BlY2l1hbHRppZXMvVmFmkaW9sb2d5LWXkAAAAKgAAAAAAAAAJEAAAAA0AAAAJgAYAAAA
... oAYhQAgAIAAAABMAUAAAgAAAArFACAAgAAAAICBAAAAAAAAACRAAAAAAAAAAAAAAAnOAQAACc8BAAAAJEAAAAAE
... J1QEAAAF6+f//6////
... wQAAAAGhwYAACBQT0gvU3BlY2l2lhbHRpZXMvVm9ib3RpcYy1TdXJnZXJ5LWXkAAAAKgAAAAAAAAAJEAAAAA4AAA
... AJigYAAAoAKxQAgAIAAAABMQUAAAgAAADxCwCAAgAAAIcBAAAAAAAACRAAAAAAAAAAAAAAnndQAACd4BAAA
... JEAAAAAEJ5AEAAAFw+f//6////
... wQAAAAGjQYAABBTcGluZS1zZXJ2aWNlcwAAAAAAkQAAAADwAAAAmUBgAACgDxCwCAAgAAAAA
... EyBQAACAAAAAPILAIACAAAAhwEAAAAAAAAJEAAAAAAAAAAAAAACewBAAAJ7QEAAAkQAAAAAQnzAQAAAWb5///
... r////
... BAAAAAabBgAAH1BPSC9TcGVjjaWFsdGllcy9TdHJva2UtUtUHJv2UtUHJvZ3JhbS8JFwAAAACoAAAAAAACRAAAAAAQAAAC
... Z4GAAAKAPILAIACAAAAATMFAAAIAAAA8wsAgAIAAAACHAQAAAAAAAAkQAAAAAAAAAAAAAAJ+
... wEAAAn8AQAACRAAAAABCQICAAABXPn//+v///
... 8EAAAABqUGAAAbUE9IL1NwZWNpYWx0aWVzL1RyYW5zcGxhbnRQvCRcAAAAqAAAAAAAAkQAAAAEQAAAAmoBgA
... ACgDzCwCAAgAAAAU0BQAAAgAAAArFdHJvbi5DbXXMuQ29tbW9uLkVrRW51bWVyYXRpb24JLEVrRW51bWVyYXRpb24ucH
... VrdJdGVtRGF0YSxSZWxxbUBtPtfX0JhY2tpbmdFbGVtZW50RlpkEgrPFFFRhcmdldER0D5rX19CYWNraW5nRWxlbWVud
... 2tpbmdGaWVsZFZwemVsZW11ZDlkEkrPDBhcmdldFBEhcmdldElcsYTlkEQAAAAHdmFsdWU5AAgAIAAAABXPn//+v///
... a19fQmFja2luZEZhcmdldF8JICwJIl1bnVCYXJ
... zxIcmVmPmtfX0JhY2tpbmdGaWVsZEArX19CYWNraW5nRmllbGRfX29iamVjdAEAAAAHdmFsdWU5
... Jhc2VYXRhXKzxBbmNlc3RvcklkPmtfX0JhY2tpbmdGaWVsZC1sZW5ndGgJL2F1bmVMlbmRQcE9yeGGluYWw+
... fX0JhY2tpbmdGaWVsZENVNZW51QmFzZURhZGErPE9yeGluYW+
... a19fQmFja2luZFXZpXdXzWtbbzJ0b1bVCYXNlYXRhXQ==
... a19fQmFja2luZFJ0bGVWVXNlSW1hZ2U+VQYXRoRoPmtfX0JhY2tpbmdGaWVsZCtCtNZW51QmFzZ
... URhdGErPEltYWdlT3Zlcl9pZ2ZGU+a19fQmFja2luZFZpXHUtc0RhdGGFMSs8SWQ+
... a19fQmFja2luZFZpXWtbXAAKKBAEAAAAEAAEQQAAAJLEVrdHJvbi5DbVXMuQ29tbW9uLkVrRW51bWVyYXRpb24JLEVrRW51bWVyYXRpb24ucH
... WVudUl0ZW1EYWGFMSs8SWQ+a19fQmFja2luZZhVNtdc0RhdGGFMSs8SWQ+
... MuT3JnYW5pemF0aW9uU2JldmVyYWdlXVrVNkOtc0RhdGGFMSs8SWQ+a19fQmFja2luZXZpXHUtc0RhdGGFMSs8SWQ+
... wLjI0OSwgQ3VsdHVyUlT1uZXhtSLCBQdWJsaWNXhlbxZ1b1Ub2tlbj01NTlhMmM0ZMmEyMyM2J1XV0BCQUAAAAA
... AAAAAAAAMILAIACAAAAACQ4CAAABVvn//+v///
... 8FAAAABqsGAAANLyNQcmVSZWWdNb2RhhbXAAAAXkgAAAAAAAEJEAAAAEAAAJrgYAAAkQAAAAPsRAICAAA
... AATUFAAAIAAAAjA0AgAIAAAACWvCwCAAgAAAAkQAAAAAAAAAAAAAAJFgIAAAkXAgAACRAAAAABCR0CAAABTPn//
... /+v///
... 8EAAAABrUGAAAgpUE9IL0hvbWWUvUGF0aWVudDC1hbmQtVmlzaXRvcmci1JbmZvcm1hdGlvbi9JFwAAAAAA
... ACRAAAAACAAAACbgGAAAAQ4wbGAAAKAIwNAIACAAAAATYFAAAIAAAAYTFAAAIAAAAjQ0AgAIAAAAACRAAAAAAAAAAJ
... JQIAAAkmAgAACRAAAAAABCSwCwIAAAJ5///r////
... 8EAAAABr8GAAAhUE9IL1BhdGllbnRzR3V3VdUyVHVuUHVnbXhhbmdtZXMuUGFnhcmNvcmluZ1FJFwAAAAAwAAAA
... AAnCbgZAGAAANLUGYzCcGNDQCAAgAAAAE3BQAAAAAAAAk0OAIAAAwgAAgAAIAAAAAAAAAACTQCAAAJNQIA
... AAkQAAAAAQk2AgAAAAAABQ4gAAgAaAAAB3ZAqAGAAEaYGmVzc2FnZXMJ5///r////
... BAAAAAbJBgAACUNISC91b211LnLwkXAAAAAgAAAAAAAJEAAAAAAJEAAAAAQAAAAJzAYAAAoP4g4AAAB
... ACODQCAAgAAAMILAIACAAAAADRAAAAAAAAAAAmDAYAACULDAyUQCWCAAAAAQBvn//+v///
... wQAAAAGdDYYAABCaWxsaW5nLVNlcnZpXWcCwIAAAwgAAAAkgAACgAIAAAACRAAAAAAAAAACVICAAAJUwIAAAk
... QAAAAQlZAgAAAT5///r////
... BAAAAAbdBgAAaIkZvci1QYXRpZW50sycy1hbmQtRmtFaWWpbXZZXN0b3JzL0pGAAAACoAAAAAACRAAAAAGA
... AAACeAGAAAKAGAEADGATAIACAAAAATOFAAAIxQYAAAIFAACZWFQcm9kdWUCwIAAAwgAAAAkgAAADJYQIAAAliAg
... AACRAAAAAABCWgCAAABGvn//+v///
... 8EAAAABucGAAAbUXVhbgl0ZXSl1TZXlvdWdhLWVyaWNlcJFwAAAAAAAwAAAADkgAAAAAAAAkQAAAAEwAAqBgA
... ACgAXFACAAgAAAAAE7BQAACAAAAJANAIACAAAAAwsgAgAIAAAAAAAACXACAAAJcQIAAAkgAAAAQBjQ1AAkQAAAAA
... AQl3AgAAARD5///r////
... BAAAAAbxBgAAE0FFkdmFuY2VkX0NsaW5pY1wkAAAAAAkQAAAAAAACRAAAAAIAAAAfZGAAAKAJANAIACA
... AAAATWFAAAIAAAAkQ0CwCAAgAAABAAAAAAAAAAJfwIAAAkfwYAA8EAAAABvsGAAAVQ2VudCEl1MVcdGgtTElOS1MvJ
... n//+v///8EAAAABvsGAAAVQ2VudCE1MVcdGgtTElOS1MvJTdGgtTElOS1MvJn//+v///
... BgAACgCRDQCAAgAAAAE9BQAAAgAAAACwsgAgAIAAAAACRAAAAAAAAAACVICAAAJwIAAAkgAAAAQk5cJwIAAAn+
... BAAAAAbzBgAAsDlmbGF0dGVuZWQtTGt3aGljaC1hbmQtMTM0MjUx4///r////
... BAAAAAYFBwAALFBhdGllbnQtQmlsbGluZy1hbmQtMTM0Mjuxz2Jvbvbn5sYT18cJXPZXMvRlZXMvQcCAAAAAA
... AAAAkQAAAACgAAAACBwAACgCSDQCAAgAAAAE+BQAAAgAAAACwsgAgAIAAAACRAAAAAAAAAAAE+
... BQAACAAAAJMNAIACAAAAwsgAgAIAAAAAQJ7YwIAAAkQ0CAAAQmkcAAAAmkAgAAAfL4///r/
... ///
... BAAAAAYPBwAAEE15Q2VudHVyYVBhtsycy1hbmQAAAAAAACICiNAIACAAAAAwsgAgAAAAAlAAAAJrAIACMAQ6Pj/+
... T8FAAAAAIao15Q2VudHVyYVBhtsycy1hbmAjkaAAAmtAgAACRAAAAABCbMCBwMCAAAB6Pj/+
... v///
... 8EAAAABhkHAAAcQ29ubmVjdJdC1mb3It3ViZHBRoHRoLUNvbvbG9nY9yYWRvLwkXAAAAqAAAAAAJEAAAAJHAc
... AAAoAlA0AgAIAAAABQAUAAAgAAAAADUgCAAgAAAAAGAAAAAAAAAAAAAAm7AgAACbwCBwCAAABCwMAA
... AAEJwgIAAAHe+P//6////

... wQAAAAElwcARBBD2W500kJHrDNvbm0I43QVCRcrARAAqAAAAAAAAQAAAAAQZKaRkmBwAACgAUDgCAAgAAAA
... FBBQAACAAAABU0AIACAAAA2wsAgAIAAAAJEAAAAAAAAAAAAAACcoCAAAJywIAAAkQAAAAAQnRAgAAAdT4///
... r////

... BAAAAAYtBwAAIlBPSC9BYm91dC1Vcy9Db21taXRtZW50c0LXRvLVNvdVJvLVVNhZmV0eS9JcmF1AAAAACOAAAAAAAACRAAAAACA
... AAACTAHAAAKABU0AIACAAAAAUIFAAAIAAAAFw4AgAIAAADbCwCAAgAAAAkQAAAAAAAAAAAAAAAAJ2QIAAAnaAg
... AACRAAAAABCeACAAABYvj//+v///

... 8EAAAABjcHAAAfUE9IL0Fib3V0LVVzL1RoZS1Qb3J0YXItTGVnYWN5LXdAAAAKgAAAAAAAAAJEAAAAAQAAAA
... JOgcAAAoAFw4AgAIAAAABQwUAAAgAAAAYDgCAAgAAANsLAIACAAAACRAAAAAAAAAAAAAAnoAgAACekCAAAJ
... EAAAAAEJ7wIAAAhA+P//6////

... wQAAAAGQQcAABJBd2FyZHHMtYW5kLUhvvbm9ycy98JFwAAACoAAAAAAAACRAAAAAFAAAACUQHAAAAKABgOAIACAA
... AAAUQFAAAIAAAAGQ4AgAIAAADbCwCAAgAAAAkQAAAAAAAAAAAAAAJ9wIAAAn4AgAACRAAAAABCf4CAAABtvj
... //+v///

... 8EAAAABksHAAAgUE9IL0Fib3V0LVVzL051cnNpbmctdRXhjZWxsZW5jZS8JFwAAACoAAAAAAAACRAAAAAGAAA
... ACU4HAAAAABk0AIACAAAAAUUFAAAIAAAAGg4AgAIAAADbCwCAAgAAAAkQAAAAAAAAAAAAAAaJBgMAAAkHAwAA
... CRAAAAABCQ0DAAAABrPj//+v///

... 8EAAAABlUHAAAYUE9IL0Fib3V0LVVzL0ZhY3QtU2hlZXRzL0hCAAAgAAAAAAAAAAAk0QAAAABwAAAAlYBwAACgA
... aDgCAAgAAAAFGBQAACAAAABsOAIACAAAA2wsAgAIAAAAJEAAAAAAAAAAAAAACRUDAAAJFgMAAAkAQAAAAAQkc
... AwAAAaL4///r////

... BAAAAAzfBwAAGVBPSC9BYm91dC1Vcy9DdmdZcy9jJFwAAACoAAAAAAAACRAAAAAIAAAAACWIHAAAAKA
... BsOAIACAAAAAUcFAAAIAAAAIQ4AgAIAAADbCwCAAgAAAAkQAAAAAAAAAAAAAAJJAMAAAklAwAACRAAAAAABCS
... sDAAABmPj//+v///

... 8EAAAABmkHAAAZUE9IL0Fib3V0LVVzL091ci1TcG9uc29yLWyLwkXAAAAKgAAAAAAAAAJEAAAAAkAAAAAJbAcAAAo
... AIQ4AgAIAAAABSAUAAgAAAAiDgCAAgAAANsLAIACAAAACRAAAAAAAAAAAAAAAkzAwAAACTQDAAAJEAAAAAEJ
... OgMAAAAGO+P//6////

... wQAAAAGcwcAAClSb2FfkbWFwLLXRvLXRoZS1SGdXRlcmtUut2b2YtSGVhbHRhoLUNhcmUtUtUE9ILwkXAAAAKgAAAAAAAA
... AJEAAAAAoAAAAAJdgcAAAAoAIg4AgAIAAAAABSQUAAAgAAAAAjDgCAAgAAANsLAIACAAAACRAAAAAAAAAAAAAAAAl
... CAwAACUMDAAAJEAAAAAAEJSQMAAAGE+P//6////

... wQAAAAGfQcAAChQT0gvQWJvdXQtVXMvTWlzc2lvbi1hbmQtVmlzaW9uLwkXAAAAKgAAAAAAAAAA
... kQAAAACwAAAAmBAwAACgAZDgCAAgAAADXBKBQAACAAAACUOAIACAAAA2wsAgAIAAAAJEAAAAAAAAAAAAAAACVE
... DAAAJUgMAAAkLAAAAYLAAAXr4///r////

... BAAAAaHBwAAKKS9wb2gvYYWJvdXQtdXMvTWVkaWEtUm9vbS8JFwAAAKgAAAAAAAAAJEAAAAAAAAAAA
... AkQAAAADAAAAAMmKBwAACgAZDgCAAgAAAFBQAACAAAACw0AIACAAAA2wsAgAIAAAAJEAAAAAAAAAAAAAAAAACW
... ADAAAJYQMAAAAkQAAAAXD4///r////

... BAAAAARBwAAGlBPSC9BYm91dC1Vcy9IZWFsdGgtUGxhbnMvCXWAAAAKgAAAAAAAAAJEAAAAAEAAAAAmUBwAAC
... gAsDgCAAgAAAAFMBQAACAAAACU0AIACAAAA2wsAgAIAAAAJEAAAAAAAAAAAAAAACW8DAAAJcAMAAAkQAAAAAQ
... l2AaAAWb4///r////

... BAAAAabbBwAAD0NvbnRhY3QtVXMtUE9ILwkXAAAAKgAAAAAAAAAJEAAAA8AAAAJngcAAAoALQ4AgAIAAAABT
... QUAADQFAAAAAAAAAAAAAANwLAIACAAAACYIDAAAACYIDAAAJj//+v///

... 8FAAAACYUDAAAJewMAAACoAAAAAAAACRAAAAABAAAACaQHAAAACrHQCAAgAAAAFOBQAANAUAAAAAAA
... AAAAA3AsAgAIAAAAJjgMAAAFZ+P//6////

... wUAAAAJkQMAAl7AwAAKgAAAAAAAAAJEAAAAAIAAAAJqwcAAACoAAAAPYcAICAAAAAU8FAAAIBQAAAAAA
... AAAADcCwCAAgAAAAmaDwAAACaYDAAAJj//+v///

... BQAAAAmdAwAACXsDAAAAKgAAAAAAAAAkQAAAAwAAAAmyBwAACRAAAAAAKB4AgAIAAAABUAUAADQFAAAAAAA
... AAAANwLAIACAAAACaYDAAAJ/j//+v///

... 8FAAAACakDAAAJewMAAAAoAAAAAAAAACRAAAAAEAAAACbkHAAAJEAAAAAAD3HACAAgAAAAFRBQAACAAAAJ4NAIA
... CAAAA3AsAgAIAAAAJnAMAAAFZ+P//6////

... BAAAAabABwAADEdpdmUzyl1CYWNrLXRvLXRoZS1Db21tdW5pdHkvCXWAAAAKgAAAAAAAAAJEAAAAUAAAAAm9Awc
... AgAAACfDQCAAgAAANwLAIACAAAACRAAAAAAAAAAAAAAAAm9AwAAACb4DAAAAEJxAMAAAE3+P//6////

... wQAAAAGygcAACBQT0gvQ29tbXVuaXR5L05vbnByb2ZpdHMvCXWAAAAKgAAAAAAAAAJEAAAAAGAAAAmygcAAACo
... AACesHAAAK4E4OAIACAAAAAVyFAAAIAg1g0AgAIAAAANwLAIACAAAACRAAAAAAAAAAAAAAnMAwAAACb4DAAAAJ
... QMAAAQkeBAAAAv3//r////

... 8FAAAABvwHAAAPBwHbm9sdUxxpYYZ25jnkvCRcAAAAAAqAAAAAQkAAAAQAAAn/
... BwAACgCWDgCAAgAAAAFBYBQAACAAAACWWJcAIACAAAA3QsAgAIAAAAAAACRCEAAAJGAQAAAkQA
... AAAQkeBAAAAfv3///r////

... BAAAAAYGCAAAACkNhZmVZmVZWxsS8JFwAAACoAAAAAAAAACRAAAAAAAAACQkiAAAKJcNAIACAAAAAAVkFAAAIA
... AAmQ0AgAIAAADdCwCAAgAAAAkQAAAAAAAAAAAAAAAAJJgQAAAknBAAAAABCS0EAAAABCS0EAAAABCS0EAAAABf8f//+v///

Page 4236

8EAAAAmRiARaWaVkyawFnzs1BcHAVCRCHANAqAAAAAHnawAQAAAAwAAABBKTCAAACgC2DQCAAqAAAAFaBQA
ACAAAAJgNAIACAAAA3QsAgAIAAAAJEAAAAAAAAAAAAAAAACTUEAAAJNgQAAAkQAAAAAQk8BAAAAef3///r////
BAAAAAYaCAAAD0hlYWx0aGktXRzLwkXAAAAKgAAAAAAAJEAAAAAQAAAAJHQgAAAoAmA0AgAIAAAABW
wUAAC4FAAAB4vf//5D5//8AAAAAAQAAAFs9AIACAAAA3QsAgAIAAAAJSgQAAAHg9///6////
wEAAAAJTQQAAAkXAAAAKgAAAAAAAAJEAAAAUAAAAJJAgAAAkQAAAAADUhAIACAAAAAVwFAAAIAAAAmw0AgA
IAAADdCwCAAgAAAAkQAAAAAAAAAAAAAJUgQAAAlTBAAACRAAAAABCVkEAAAB1vf///+v///
8EAAAABisIAAAVU2Vhc29uYYtWtSW5mb3JtYTtYXRpb24wEvCRcAAAAgAAAAAAAAAkQAAAABgAAAkuCAAACgCbDQC
AAgAAAAFdBQAACAAAAIwBAAAAAAAAAiwEAAAAAAAAJEAAAAAAAAAAAAAAACWEEAAAAJYgQAAAkQAAAAAQloBAAA
Acz3///r////
BAAAAAY1CAAAF1BPSC9OZXdzLZ0Zvci10aGUtTWVkaWEvCRcAAAAqAAAAAAAAAAkQAAAAAQAAAAk4CAAACgCMA
QAAAAAAAAFeBQAACAAAAI0BAAAAAAAAiwEAAAAAAAAJEAAAAAAAAAAAAAAAACXAEAAAJcQQAAAkQAAAAAQl3BA
AAAcL3///r////BAAAAAY/
CAAAEVBPSC9OZXdzLZlpYnJhbnQvCRcAAAAqAAAAAAAAAAkQAAAAgAAAAlCCAAACgCNAQAAAAAAAAFfBQAAC
QAAAAkQAAAAAkQAAAAQAAAAkXAAAABkUIAAALMTA3MAzc0Mjc1MDB8BMTA3Mzc0MjYyODwg0AAAAAAAAAAAnCDeBAAAJSA
gAAAAABkkIAAAXMTA3Mzc0Mjc1MDB8B8MTA7MAzc0MjEyOODAgSgxAAAAAxMDczNZQyMTI4MAkkAAAABkwIAAAFMzk
wXjM5MV4xMDczNzQyMTI4MF4xMDczNzQyNzUwMAMAMAAAAEAAAAAAAAAAGTQgAABpCZWhhdmlvcmFsIEhlY6Wx0
aCBTZXJ2aWNlcm4dAQAACAAAAAAAKCgGx9///2P///
wAAAAAGUAgAAD4vUE9IL1NWVZWNpYWx0aGV0L0JlaGF2aW9yYYTWvWwtSGVhbHRoOL0JlaGF2aW9yYYTWvWwtSGVhbHHROLV
NlcnZpY2VzLwoACgABYAUAAAkAAAAJEAAAAAAAAAJEAAAAIAAAAAAJfwAAAAT7CAAACzEwNzM0MjI1MDBeEOCRAAAAAA
JVQgAAAlWCAAAAAAAAAAAAAAKCglXCAAAAAAAGWAgAAAsxMDczNZQyMTTxNAZZCCAAACzEwNzM0MjI1MDByjgyCSQAAA
AAAgAAASAEAAAmgCAAAAAAAGoQgAABcxMDczNZQjk2MHwxMDczNZQyMTI4MAaiCAAACzEwNzM0MjI1MDByjg
SBmb3IgQmVoYXZpb3JhbBJhbCBIZWFsdGggU2VydmljZXMKAAoACgABoBQAAAABoBovf//9j///
8AAAAAB18IAABAL1BPSC9TcGVjaaWFsdGllcy9CZWhhdmlvcmFsLSUhlYWx0aC9CZWhhdmlvcmFsLSUhlYWx0aC9
yYWwtSGVhbHHRoLwoACgABgYAUAAAkAAAAJEAAAAAAAAjXfwAAAABkkIAAAAXMTA3MzQyMTI4MAAAAAAAAABm
zc0MjEyODIxMAAAAAAZ2CAAHMF4zOTFeMTA3Mz<Q2MjImAmjEyODEyGGBeMTA3MzdNDIxMjgwYmcxIAAALMTA3
oIAAAANTWVldCBPdXIgTGVhZHVyZBAoACgoQAiQBAAACgoBAAAAJAAjQ///2P///
wAAAAAGbQgAADEvUE9IL1NWVZWNpYWx0eS9CZWhhdmlvcmFsLSUhlYWx0aC9lbGXZQtT3VLVRlYRlYW9OvCgAKA
FiBQAACQAAAAkQAAAAkQAAAABAAAAABnAIAAAAnBnAIAABnAIABnAIAAABnAIAAABnAIAAAAAAAAEAAAAAQkpyCAAACXIMIAAAAxx
AAAAAAAAoOKCXQIAAAAAAZ1CAAAAZ1CAAACXE4YWNlZWN3M3N3DIxMjE8EBnYIAAALMTA3Mzc0MjEyOODIyKjEyGGBe
QTFeMTA3Mzc0MjEyODExXjE3MTAzNTAgMY WAAAAAAAAABBnkIAAAZU3ViC3RhbmNlIFFVzZSBJbnRllb
nNpdmUgT3V0cGF0aWVudCBhIChJdDLatU1UpCScAAAAKcgEBAAAAAAAAoKAXYX3///Y////
AAAAAAZ8CAAAVS9QT0gvU3BlYzlhbHRpcZXMVQmVoYXZpb3JhbC1IZWFsdGgvdU3Vic3RhbmNlL1VVzZS1JbnRl
nNpdmUtT3V0cGF0aWVudC1Qcm9ncm9nSG9ob3RDIhT1atUp3UpCScAAAAKcgEBAAAAAAAoKAXYX3///Y////
AAAAAAAZ8CAAAVS9QT0gvU3BlYzlhbHRpcZXMVQmVoYXZpb3JhbC1IZWFsdGgvdU3Vic3RhbmNlLVVzZS1JbnRlbnNp
nNpdmUtT3V0cGF0aWVudC1Qcm9ncm9gSG9ob3RDIhT1atUp3UpAAAAkQAAAAo0KAXX3///Y////
AGfwgAAAsxMDczNZQyMTMxNgKQAAACYTEIAAAJggAAAAAAAAAAAAAAAAAAAACgoJgwgAAAAABoQIAAALMTA3Mzc0MjE
zMTYTGhQgAAAsxMDczNZQyMTI4MAkkAAAABoBocIAAAAfMzkxMF4zNzk1M4V4xMDczNZQyMTMxNj4xMDczNZQyMTMxNgNl
AAAIAAAAAAAAAAEGiAgAADNNZW50U0YWwgSGVhbHHRoIEludGVuc2l2ZSBPdXRwYXRpZW50IEIyb2dyYW0oE1IL
UlPUCkJJwAAAAoKAQEAAAAAAAAAACgoBdvf//9j///
8AAAAABosIAAABWL1BPSC9TcGVjaaWFsdGllcy9CZWhhdmlvcmFsLSUhlYWx0aC9lbGXZQtTbVW5udGFsLSUhlYWx0aC11dGludwL
uc2l2ZS1PdXRRwYXRpZW50LVByb2dyYW0wOTUgtSU9QKS8KAAowAAQFAAAJAAAAAAAACBRAAAAAGAAAACRcA
AAAJgqgAAAsxMDczNZQyMTMxNwkQAAAACZXIAAAJkQAAAABAAAAAAAAACgOJkggAAAAABpIAAALMTA3Mzc0MjEyOOD
jEzMTcGCgAAAsxMDczNZQyMTI4MAkkAAAABAAAAABAAAAOTYwYwAAAAoAAAAAAAAAAalCAAAIEFk
dWx0IEFjdlXRlIENhcmUgUG9ncG9ycVDrWxpcGFtF0aW9uCbgBAAAKCgEBAAAAAAAACKVn3///YYY////
AAAAAaoCAAAQS9QT0gvU3BlYzlhbHRpcZXMVQmVoYXZpb3JhbC1IZWFsdGgvQWR1bHQtQWN1dGUtQ2FyZS1Ib
3NwaXRhbHG6YXRpb24vCgAKAKAAFmBQAACQAAAAAkQAAAAkQAAAAABoQQAAAAAAQ0KCa8IAAAAawCAAACZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWVhZWV
kJEAAAAAmtCAAACa4IAAAAAAAAAooKCa8IAAAAAAaACg8IAAAALMTA3Mzc0MjEyODlrSEAAAAwCAAACZWVhZWVhZWVhZWVhZWVhZWVhZWVhZW
yODAJAAAAmtCAAAAxMDczNZQyMTI4MAkkAAAABAAAAAAAQkpyCAAACXIMIAAAAAAAAgoBKCXQIAAAAAAAZ1CAAAAZ1CAAACXE4YWNl
kJEAAAAAmtCAAACa4IAAAAAAAAAooKCa8IAAAAAAaACg8IAAAALMTA3Mzc0MjEyODlrSEAAAAwCAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
R2VyaWF0cmljIEludGVuc2l2ZSBPdXRwYXRpZW50IFByb2dyYW0oR1IL
UlPUCkJJwAAAAoKAQEAAAAAAAAAACgoBPPf//9j///
8AAAAABsUIAABOL1BPSC9TcGVjaaWFsdGllcy9UaGUtUj1lYXN0LUNhcm1lcy1CdWdWlVLOLVBvcnLclci9CcmV
hc3QtQ2VudGVyL1UFjY3J3J3RlL0YX0bgFQAACQAAAAkQAAAAkQAAAAABAAAAAAQkpyCIAAALMTA3Mzc0MjZ8MT A3Mzc0M
jMzOTQzJgyQgAAAsxMDczNZQyMzM5NAkkAAAABsEIAAAAfMzkxMV4xMDczNZQyMjV4NF4xMDczNZQyMzM5NF4x
MDczNZQ2MzM5NAAAAAAAooAaAaAaATbB250YWNtdABkKCKCK3////2P///
wAAAAAG0wgAAAFMvUE9IL1NWZWNpYWx0eS9UaGUtQmVhc3QtQ2VudGVyL0ClW cVIdUH09bsu10Nvbn
RhYk3QtdGhlLVBvcnRlci1CcmVhc3QtQ2VudGVyL0CgBaQUAAAkAAAAAJEAAAAAAAAJEAAAAmAAAAAJFwAAAAb
WCAAACzEwNzM0MjI1Mjc2gCoKAAAAAAAAAAAJsAEAAmxAQAACdkIAAAAABaCAAAFzEwNzM0MjI2ODM1dFE

NzM3N9SRz2MzkXbCSIAAALMTA3Mzc0MjYOVQUJAARAAbuCRCAAAW2M5MF4zOTFeMTFxM2Mc0MjM2OTReMTA3Mzc0M
jY4MzcDAAAADwAAAAAAAAAABt4IAAAfTWFtbW9ncmFmtcyBhbmQgQnJlYXN0IFNjcmVlbmlbmluZZwm4AQAACgoBAQ
AAAAAAAAAAAKCgEg9///2P///
wAAAAAG4QgAAFIvUE9IL1NwZWNpYWx0aWVzL1RoZVJpZmXWZL1RoZS5ZXItYXQtUG9ydGVyL01hbW
1vZ3JhbXMtYW5kLUJyZWFzdC1TY3JlZW5pbmcvCgAKAAFqBQAACQAAAAkQAAAAAkQAAAABAAAAAkXAAAABuQ
IAAALMTA3Mzc0MjkyODAKAAAAAAAAAAACASBYAAAAAmwAQAAACbEBAAAJ5wgAAAAABugIAAAXMTA3Mzc0M0jY4Mzc8MTA3M
Mzc0MjMzOTQxM2RcZkNYQYqWZMXBoALAAAXmMzQ9YzMHAAAABusIAAAfMzkwzAjM5MF4xMDczNzQyMz5MF4xMTcDzxQyN
jgzOMAAAAAQAAAAAAAAAAAG7AgAACZNdWx0aWRpc2NpcGxpbmFyeSBCcmVhc3Q3QgQ2FuY2VyIENSsaW5pcYwm4AQ
AACgoBAQAAAAAAAAAKCgES9///2P///
wAAAAG7wgAAFkvUE9IL1NwZWNpYWx0aWVzL1RoZVJpZmXWZL1RoZS5ZXItYXQtUG9ydGVyL01lbH
RpZGlzY2lwbGluYXJYL5LUJyZWFzdC1DYW5jZXItQ2xpbmljL2RyYWJl.LWoAQoBAwnUAAAAAAJEAAAAAUAAAA
JewMAAAbyCAAAATAKCgoAAAAAAAAAOKCfMIAAAAAAb0CAAAfzEwNzM3NDI2NzU3Y0dEwNzM3NDIzMzgxN0BVUI
AAALMTA3Mzc0MjMzOTU2CAAAhzM5MF4zOTFeMTA3Mzc0MjMzOTReMTA3NDIzMzgxN5NTcDAAAAAEQAAA
AAAAAAABvgIAAAhUmVydXXrdCBhIEJyZWFzdCCBDYXJl.ll1EFwcG9pbnRtRtW5OCQ8CAAAKCgEBAAAAAAAAAOKAQ
b3///Y////
AAAAAAb7CAAAZGh0dHBzOi8vY2VudHHVyYS5zZWVuidwnMmb3Jtc3VibW10Lm5l1dC9GaWxsT3VORm9ybS5hc3B4P
2Zvcm1uYTWllPVBBSF9SZXF1ZXZ1 VfZXN0VfQWVmbFwoAAAAAAXwVFAAAJAAAACRAAAA
ABCRAAAAABAAAACRCAAAAG/
ggAAasxMDczNzQyNTMTMyOQkQAAAAACAAJAAAAJQkAAAAAAAAAAAACgoJAgkAAAAABgMJAAALMTA3Mzc0MjEzMj
kGBAkAAAsxMDczNzQyMTI4MwkkAAAABgYJAAAfMzkwXjM5MV4xMDczNzQyMTI4M14xMDczNzQyMTMyOQMAAAA
TAAAAAAAAAEGBwkAACBDYW5jZXIgRGlhZ25vc2lzIC2zhbXA7IFRyZWF0bVudAknAAAAACgoBAQAAAAAAAAAK
CgH39v//2P///
wAAAAAGCgkAAEMvUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL01lbnLbnRci9DYW5jZXItRGlhZ25vc2lzLW
FuZC1UcmVhdGdllbnQvCgAKAAFqAAAAAAAAAKCQAAAAAkQAAAAAAkXAAAAAABgOJAAALMTA3Mzc0MjEzM
JEAAAAAkPCQAACRAJAAAAAAAAAAAOKCREJAAAAAAYSCQAAAYESCQAAAAjEwNzM3NDI2ODg1Y0dEwNzM3NDIzMjEy
ODMXAAAATAAAAAAAAAAAAAAAAAABBhYJAAATT
3VyIFRl1YW0gb2YgRXhwZXJ0J0cwknAAAACgoBAQAAAAAAAAAAAKCgHo9v//2P///
wAAAAGGQkAADyvUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXIl.DYXJlL1UNlbnRci9PdXItVGVhbS1vZ1LFeHBlbcn
RzLwoACgABg0AAAAAAAAAKEAAAAAAJEAAAAAJEFvWAAAAYCQAABBZ/wAAAAAyCQAAAAAkQAAAAAAAmwAQAAACbE
BAAAJHwkAAAAAABiAJAAAXMTA3Mzc0MjY0ODV4MTA3Mzc0MjEyODMNAAAAAEAAAAAAAAAAAAGJAkAAABJHZW5ld
W5zZWxpbmcJAAAAAAKEAAAAAAAAAAAOKgoB2vb//9j///
8AAAAAABicJAAAkL1BPSC9TcGVjaWFsdFlZcy9HZW5ldGljLUNvdW5zZWxpbmcvCgAKAAFvBQAACQAAAAkQAAA
AAQkQAAAAAAAAkAAAAkXAAAABioJAAALMTA3Mzc0MjEzMjkJEAAAAAxsCQAACQAAAAkXAAAAAABABoKCS4JAAAAA
AAYcvQAACZEwNzM3NDI2NDg1Y0dEwNzM3NDIzMjEyODMXAAAAAAAAAAAAAAAAABBjMAAAQU3VwcG9ydZCBZJ2aWN
lcyBOZWVkZWQglbnQgQB8mwdXNkpbnuCQAAAKCgEB2v//2P///
AKCgHL9v//2P///
wAAAAAGNgkAADUvUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlL1UNlbnRci9TdXBwb3J0LUxlbmNlbnpY2VzLw
oACgABcAAAAAAAAKCgk9QAAAAAGPgkAAAsxMDczNzQyMTYwAY/
CQAACZEwNzM3NDI1MjgzCSQQQAAB8zOTBeMzkxXjEwNzM3NDIxMjgzXjEwNzM3NDIxNjAxMzlxM2MxRhdRdGRh
AAAAAAAAQCCCQAAGk91dHBhdGllbnQgTGFiIFNlcnZpY2VzCSAAAAVCHBEBAAAAAAAAAAAAABOAABz2///Y///
//
AAAAAAZFCQAASi9QT0gvU3BlY2lhbHRpZXMvQ2FuY2VyLUNhcmUtUyVudGVyL1BhbVbnvbG5eSkvT3VOcGF0a
WVudC1JbmZ1c2lvbi1EZW50ZXJVUvCgAKAAFxBQAACQAAAAkQAAAAAkQAAAAAkQAAAAAAAAkXAAAABkgAAAALMTA3M
c0MjEzMjkJEAAAAAYyCQAACzEwNzM3NDI2ODg1AAAAAbEJAAAJ5wgAAAAAAbuBIAAAYODA3Mzc0MjEzMxMDczNz
3Mzc0MjEyODMJEAAAAA8EJAAAJ5wgAAAAAAAAAAABBLEJAAAeSGVhbHRoRoeSBMdW5nIEFBcjcmVlbmluZbXBQcm9ncmFtC
AAAAAUZCAAQCQAYQy9QT0gvU3BlY2lhbHRpZXMvQ2FuY2VyLUVhbHRIbWN1Q2hl1LWNZMxMZBhKZ4AAALMTA3Mz
c0MjEyODMJEAAAAAyC9Y0gVQAAEAAAACQQAAAAAkPQAAAAAUJAhmMWFAUQY0WNjcmVhVkaXRhd2dbkAAACgoBAQAAAAAAAAAKCgE9
v//2P///
wAAAAAGYwkAAFEvUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXIl.DYXJlL1UNlbnRci9TZWJbm.
l0aWF0a2x1bhmtQWNjcmVhVkaXRhd2dbkAAAOAAAXMTFAAAAMCRAAAAAYyC9QAAAAQAAAAQkAAAAkQAAAAkQAAAAAk
XAAAABbCAAAAxMDczNzQyMTMyOAkQAAAAAWWdAAAAJQkAAAkXAAAAAABABmkCSgyCSAAAAlCHBEBAAAAAAAAAAAAAAABO
bAAAAsxMDczNzQyMTI4Mwk8AYQAAAAaBm4JAAAfMzkwXjM5MV4xMDczNzQyMTI4M14xMDczNzQyMTMyOAOAAAA
AAAAAAAAKCgl5CQAAAAAEGpkAAA8z0TBeMzkxXjEwNzM3NDIxMjgzXjEwNzM3NDIxMzIxM2MxJmMzQ4QQZ+
CQAACVJlc291cmNlcwwAAAwJQAAAAAAAAAKCGa9v//2P///
wAAAAAGgQkAAC4vUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXIl.DYXJlL1SZXNvdXJjZXMvCgAKAAF1BQ
AACQAAAAkQAAAAAkQAAAAAkQAAAAAkXAAAAAAABoQkAAAsxMDczNzQyMTMyOTDQ3OAMAAAAAdAAAAAAAAAAAGjAkAABBmQ
JhwkAAAAABogJAAAXMTA3Mzc0MjQONzh8MTA3Mzc0MjEyODM2Mzc0MjEyODMJEAAAAA8EJAAAJ5wgAAAAAAAAAGjAkAABosJAAAf
MzkwXjM5MV4xMDczNzQyMTI4N14xMDczNzQyNDQ3OAMAAAAAdAAAAAAAAAAAGjAkAABlFbWVlVyZ2VuY3kgQ2FyZ

SBXYuFuiFRpbWV2CbgBAAAkCgEBAAQGAAAAaoKRxLZ/7/Y/y/
AAAAAaaPCQAAOi9QT0gvU3BlY2lhbHRpcZXMvRW1lcmdlbmN1bVN5LUNhcmMvcmVlVU1lcmdlbmVtN5LUNhcmUtV2FpdC1Ua
W1lcy8KAAoAAXYFAAAAAAAACRAAAAAAAABCRAAAAACAAAACRcAAAAGkgkAAAsxMDczNzQyMMTU2MAkQAAAACZQJAA
AJlQkAAAAAAAAAAAAAACgoJlgkAAAAAABpcJAAALMTA3Mnc0MjE1M1jAGmAkAAAsxMDczNzQyMYTI4NwkkAAAABpo
JAAAfMzkwXjM5MV4xMDczNzQyMTI4N14xMDczNzQyMYMTU2MAMAAAAeAAAAAAAAAAEGmwkAAAtpVHJpYWd1lEFw
cAknAAAACgoBAQAAAAAAAAAkCgFj9v//2P///
wAAAAAGngkAAA0vaVRyaWFnZS1BcHAvKAAAF3BQAACQAAAAkQAAAAAQkQAAAAwAAAAkXAAAABqEJAAALMT
A3Mzc0MjE1NjMMJEAAAAAmjCQAACAQjAAAAAAAAAAAAAAoKCaUJAAAAAaamCQAACzEwNzM3NDIxNTYzBqcJAAA
LMTA3Mzc0MjYODcJJAAAAAaapCQAAH2M5MF4zOTFeMTA3Mzc0MjY0O1FeMTA3Mzc0MjE1NjMMDAAAAHwAAAAA
AAABBqoJAAAUSGVhcnggRW1lcmdlbmN5SIENhcmUtUJJwAAAAoKAQEAAAAAAAACgoBVPb//9j///
8AAAAABq0JAAABCLlBPSC9TcGVjaWFsdGllcy9FbWVyZ2VuY3kvRW1lcmdlbmN5LWNhcmUtRW1lcmdlbmN5LUNhcmUtV2FpdC1SDaGV
zdC1QYWlULUNhcmUvGAKAAF4BQAACQAAAAkQAAAAAQkQAAAAwAAAAAAl7AwAABrAJAAAAAaahBqUJAAAAAAAAAbrUJA
CgoJsQkAAAAABrIJAAAXMTA3Mzc0Mjc1NTh8MTA3Mzc0MjEYODcJwAAAAaBrAJAAATMzkwQjORXNjgwERRPQOcGswkAAAsxMDczNzQyNzQyMTI4NwkkAAAABrUJA
AAfMzkwXjM5M14xMDczNzQyNzU1NTheMTA3Mzc0MjQyNzU1OAMAAAAAGtgkAAANFVFVMJDwIAAoKAQ
EAAAAAAAAAAkCgoBSPb//9j///
8AAAAABrkJAAAhaHR0cHM6Ly93d3cud2VibWQuHvbS5vcmcvU1TL0hvbWUvcCgAAKAF5BQAACQAAAAkQAAAAAk
QAAAAAkqXAAAABrwJAAALNgkWAABcxAAABrwJAAAXj0NwoEQAAAAAACbAhABAAAABxTBqkJAAACMDczNjI1MjkyQE1ZdQ
CQAAAGWkAABcxMDczNzQyNzQyMTI4NwkXNHWxMDczNzQyMTI5MAkkAAABAAAAAyJzBIUDMAAAABCQAAAAAGwwkAAAB8zO
TBeMzkxXjEwNzM3NDI3NTUxMGMzOTBeMzkxXjEwNzM3NDIxMjkwYWRtaXNzaW9uAMAAAAAEkdmAoAAATM
CQAAAAGzWLAAAABcxMDczNjI1MjkyQE1ZdQAAAAACZUAGAIwTBMABAAAABxBqkJAAAAACIMjezNzczO

134251… GlvbAfhbmQt8W5U2ku22W59aW9uYWVtWNlYUlYxRt2w5UlWUacgaBgW0AAAAlAAAAAAAAAAWAAAAJFw
… AAAAZICgAABDY1ODcKCgoAAAAAAAAAmwAQAAAACbEBAAAJSwoAAAAABkwKAAAXMTA3Mzc0MjJyYNDV8MTA3Mzc
… 0MjEyOTAGTQoAAAsxMDczNzQyMTI5MAkkAAAAABk8KAAAfMzkwXjM5MV4xMDczNzQyMTI1MF4xMDczNzQyNjI0O
… NQMAAAAsAAAAAAAAAAAGUAoAAAtIZWFydCBGYWlsdXJlIIfdhcm5pbmcgU2lnbnMMJuAEAAAoAKAQEAAAAAAAAAAAAC
… goBrvX///9j///
… 8AAAAABlMKAAABALlBPSC9TcGVjaWFsdGllcy9IZWFydC1hbmQtVmFzY3VsYXIvSGVhcnRQdEbHVyZS1IYXJJ
… uaW5nLVNpZ25zLwoACgABhAUAAAkAAAAJEAAAAAJEAAAAA4AAAAJFwAAAAZWCgAACzEwNzM1NDY0OCgoK
… AAAAAAAAAAJsAEAAAmxAQAACVkKAAAAAZaCgAAFzEwNzM3NDDI2MjQwfDEwNzM3NDDIxMjkwBlsKAAALMTA3M
… zc0MjEyOTAJJAAAAAZdCgAAHzM5Ml4zOTFeMTA3Mzc0MjEyOTOTBeMTA3Mzc0MjYyNDDADAAAAALQAAAAAAAAAABl
… 4KAAAKQ29udGFjdCBVcwm4AQAACgoBAQAAAAAAAAAKCgGg9f//2P///
… wAAAAGYQoAAC8vUE9IL1NwZWNpYWx0aWVzL0hlYXJ0LWFuZC1WYXNjdWxhci9Db250YWN0LWCgABhQ
… UAAAkAAAAJEAAAAAJEAAAAAAJFWAAAAJKCgAACzEwNzM3NDU2NzczoKAAAAAAAAAAAAAsAEAAAmxAQA
… ACWcKAAAAAAZoCgAAFZEwNzM3NDDI1NzUlfDEwNzM3NDDIxMjkwBmkKAAALMTA3Mzc0MjEyOTAJJAAAAAAZrCgAA
… HzM5MF4zOTM5MjIyOTBeMTA3Mzc0MjU3NUDAAAAALgAAAAAAAAAABmwKAAAxQXJyYWhIEZpcmmUgR
… GVwYXJ0bWVuddCBIZWFYdCBQCm9ncmFttCbgBAAAKCgEBAAAAAAAAoKAZL1///Y////
… AAAAAAZvCgAASS9QT0gvU3BlY21hbHRpZXXMvSG9hcnQtYW5kLVZhc2N1bGFyPTHlIGaXJlLURlcGFyd
… GllbnQtSGVhcnQtUHJvZ3JhbS8KAAoAAYYFAAAJAAAACAAAAACRAAAAAAAAACRcAAAAGcgoAAAsxMDczNz
… Q0NzcxOAoKCgAAAAAAAAAACbABAAAJsQEAAA1lCgAAAAAGdgoAABcxMDczNzQyNjc4MWxxMDczNzQyMzM5MTQ 5OQZ
… 3CgAACzEwNzM3NDDIzMzk5CSQAAAAAeQoAAB8zOTBeMzkxXjEwNzM3NDDIzMzk5NjcxfEwNzM3NDDI2NzgxAAAAAAAAA
… AAAAAAAAAAAZ6CgAAFEFib3V0IFBvcnRIclciBIB3NwaWNlLCgBAAAKCgEBAAAAAAAAAKAYT1///Y////
… AAAAAAZ9CgAAQj9QT0gvU3BlY21hbHRpZXXMvSG9zcGljZlZS1hbmQtUGFsbGlhdGl2ZS1DYXJlL3JlBvc3BpY
… nRlci1lb3NwaWNlLwoACgAAAAAAAJEAAAAAJEAAAAAAAAAAJFwAAAAsAaCgAAAAAAaCgAAYCYMKAAAAAeCg
… oKAAAAAAAAAAJsAEAAAmxAQAACYMKAAAAAAaECgAAFYMKAAAAAAaCgAAAaCgAAEQwAAAAAJsAEAAAmx
… 3Mzc0MjOtQKJAAAAeHhCgAAHcHMB5MF4zUgUmVzaW1lB1rbmNlCgBAAAKCgEBAAAAAAAAAoKAXb1///Y////
… AAAAAaLCgAAri9QT0gvU3BlY21hbHRpZXXMvSG9zcGljZlZS1hbmQtUGFsbGlhdGl2ZS1DYXJlL3JlBvc3BpY
… 3NwaWNlLWNhcmUuaHRtCgBAAAKCgEBAAAAAAAAAoKAX0AAAAAAAAAAaCXNybW1sb2djZG1lIIfdvR2NAWCgABhQ
… UAAAkAAAAJEAAAAAJEAAAAAJFwAAAAaCgAAABCVBBcHMlDcnZQ25EIOHwxMDczNZQyMTI4OAa9CgAAAaCgAAEZ
… AACzEwNzM3NDDIxMDgwCSQAAAAAAaCgAAHzM5MF4zUgUmZS1hbmDtQ29udGFdCBVcwmYAQAACgoAAaCgO
… HDdlbmV0YWWMgQ291bnNlbGluGY9BpBEZW52ZXIIJuAEAAAoAKAQEAAAAAAACgoBPvX///9j///
… 8AAAAABsMKAAABALlBPSC9TcGVjaWFsdGllcy9HZW5ldGljL1UdVvdW5zZWxpbmcpY9DYY29VuZ2Vsaw5
… nLWlulUJlbnZlci8KAAoAAAAAAJFAAAAAJEAAAAAAAJFwAAAAaCgxwoAAAaCgxwoAAAaCgO0QkQ
… AAAACgKAAAJyQoAAAaCgxwoAAAaCgO0AAAJyoAAAAAAAAAAAAJsAEAAAmxAQAACYMKAAAAAaGzwoAAAxPdX
… IgU2Vydml2dmljZXMKAAAAAaCgpAAAaCgOfBpBEZW52ZXIICgABAAAKCgEBAAAAAAAAAoKAX/X/9j///
… 8AAAAABtIKAAABALlBPSC9TcGVjaWFsdGllcy9HZW5ldGljL1UUdvdW5zZWXpbmcpY9DYY29VuZ2VsaW5
… nLU91ci1TZXJ2aWNlcy9KAAoAAaCgxwoAAAxPdXIgU2VydmljZXMKAAAAAAAAAaCgOEBoAAAaCgxwoAAAAaCg
… JIgU2Vydml2dvZS9UQAaCgOfBpBEZW52ZXIICgABAAAKCgEBAAAAAAAAAoKAX///9j///
… 8AAAAABtKAAABEIKAAABALlBPSC9TcGVjaWFsdGllcy9HZW5ldGljL1UUdvdW5zZWXpbmcpY9DYY29VuZ2Vsaw
… nLU91ci1TZXJ2aWNlcy9HZW5ldGljLENvdW5zZWXpbmcpY9YY29VuZ2Vsaw5nLUlulUJlbnZlci9YY29VuZ2V
… MAkQAAAADcKAAAJ2AoAAAaCgOAAAaCgOfBhLbAAAAAaCgOfBhkYIYU29udGFdCBVcwmYAQAACgoAAaCgO
… TI4OAkkAAAAABt0KAAAaBtKAAABEZW52ZXIICgABAAAKCgEBAAAAAAAACRcAAAAAAEGzwoAAAxPdX
… IgU2Vydml2dvZS9UQAaCgOfBpBEZW52ZXIICgABAAAKCgEBAAAAAAAAAoKAgOBL/X//9j///
… 8AAAAABtIKAAAAB6L1BPSC9TcGVjaWFsdGllcy9HZW5ldGljL1UdvdvdW5zZWXpbmcpY9T3VyLUdlbAbmM291bmN
… lbG9yLwoACgAAxwoAAAaCgOAAaCgOEBoAAAaCgAaCgOAAaCgOAAaCgOfBpBEZW52ZXIICgABAAAKCgEBAAAAAAAAAAAAAoK
… AAAAAAaCfKAAAAb3CgAAaCgAAaCgAaCgOAAaCgOAAaCgOAAAaCgAaCgAAaCgEBEfX///9j///
… 8AAAAABvAKAAAAB6L1BPSC9TcGVjaWFsdGllcy9HZW5ldGljL1UUvdW5zZWXpbmcpY9T3VyLUdlbmM291bmMlbG9
… lbG9yLwoAAAaCgxwoAAAaCgOAAaCgxwoAAAAAAAaCgxwoAAAAaCgOAAaCgxwoAAAAAAaCgAAaCgxwoAAAAaCgAAaCgAA
… AAAAKCgKFCwAAAAGBgsAAAsxMDczNzQyMTU4MgYHCwAACzEwNzM3NDDIxMjg4CSQAAAAGCSAAB8zOTBeMzYzz

134251... XjEwNzAMNbDIXNfgyAWAAAbsRAAAAARARAQYKCwAADBZVcIBQYXRpZW50wcknAAAACgoBA
QAAAAAAAAKCgH09P//2P///
wAAAAAGDQsAAEQvUE9IL1NwZWNpNpYWx0aWlemY3HZW5ldGljJLUNvdW5zZWxpbm
ctRm9yLVBhdGllbnRzLwoACgABkQUAAAkAAAAJEAAAAAEJEAAAAcAAAAJFwAAAAGAYCwAACzEwNzM3NDNIYTg
zCRAAAAAJEgsAAAkTCwAAAAAAAAAAKCgkUCwAAAAGFQsAAAsxMDczNzQyMTU4MwYWCwAACzEwNzM3NDIx
Mjg4CSQAAAAAGAsAAB8zOTTBeMzkxX1jEwNzM3NDIxMjg4X1jEwNzM3NDIxNTgzwAAAADwAAAAAAAAAAQYZCwAAD
1JlZmVyZW5jZUGF0aWVudAknAAAACgoBAQAAAAAAAAKCgHl9P//2P///
wAAAAAGHAsAACQvR2VuZXRpYy1Db3Vuc2VsaW5nLVVJJTZVWEtUGF0aWVudC9KAAAACRIAAAAJEAAAAAEJEAAAAcAAAAJFwAAAAAGAYCwAACRRAAAAAAAAIAAAAACXSDAAGHwsAAAAGCgKAAAAAAAAACgkhCwAAAAGIQsAAAsxMDczNzQyMTU4MwYWCwAACzEwNzM3NDII
NjUyyAwAAAD0AAAAAAAAAAYY1CwAAFlJcWAAFlJlcXVlc3QgYW4gQXBwb2ludG1lbnQQJDwIAAAoKAQEAAAAAAAAAKCgoB2
fT//9j///
8AAAAABigLAAByaHR0cHM6Ly9jZW50dXJhXhLnNlY3VyZVZvcm1zL
/
Zm9ybW5hbWU9UEFIX1jlcXVlc3RfY29YY9DYW5jZXJfR2VuZXRpY19Db3Vuc2VsaW5nX50C0gAKA
AGTBQAACQAAAKkQAAAkQAAAkXZXXAAAAAbisLAAALMTA3Mzc0MjE1ODMyCwAACS4LAAAAAAAA
AAAAAAAAAoKCS8LAAAAAYwCwAACzEwNzM3NDIxNTg1BjELAAALMTA3Mzc0MjEyODgYEyYDgyAAAAwAAAHzM4MF4
zOTEFeMTA3Mzc0MjEyODDheMTA3Mzc0MjE1ODUDDUDAAAAApgAAAAAABBjQLAAAKQ2udGGjdCBVcwknAAAACgoB
AQAAAAAAAAKCgHK9P//2P///
wAAAAAGNwsAAEIvUE9IL1NwZWNpNpYWx0eS0aW5lZW5ldGljJLUNvdW5zZWxpbm
ctQ29udGFjdC1Vcy8RAAAAOAZQFAAAJEAAAAAEJEAAAAcAAAAJFwAAAAGAYCwAACRCYCwAAAaAATCRAAAAcRAAAAANyAAAAARcA
KCgAAAAAAAACbABAAAJsQEAAAJsQEAAAAACbABAAAJ
CwAACzEwNzM3NDIxNDAxCQAAAAGQQsAAB8zOTTBeMzkxX1jEwNzM3NDIxNDAxX1jEwNzM3NDI2TkxjawAAAAEAAAAAA
AAAAAAAZFCwAALS9QdvU3B1Y21hbHRpcnNzZWxp5nLWxXaWxlZWluCdGhpcmRfUGFydHkuagB9P///
AAAAAAFZfCwAALS9QdvU3B1Y1iaxEaWZmZXJlbnRfUGFydHkuagAAXWZMTA3Mzc0MjIyThzLAAAALM
TA3Mzc0MjE1ODMLAAAALMTA3Mzc0MjEyODgyxM1MV4
xMDczNzQyMjkwMV4xMDczNzQyNjk5NgMAAABBBAAAAAAAAAAAGUAsAABdEaWdlc3RpcdmUgSVhbRoIENbnRl
cgm4AQAACgoBAQAAAAAAAAKCgU9P//2P///
wAAAAAGUwsAAC8vUE9IL1NwZWNpYWx0eS1DLWELGlLZW5ldGljJLUNvdW5zZWxpbmctQgAAl
UAAAkAAAaAJEAAAAAEJEAAAAcAAAAJFwAAAAJFwAAAAZQCwAAAALMTA3Mzc0MjE1ODMUAAAAAaaJAEAAAAAajCwAA
ACVkLAAAAAAaACwAAAaAJEAAAACwAAAAAajCWAAAAGFQsAAAsxMDczNzQyMTU4MwYWCwAACzEwNzM3NDIxMjg4
HzM5MF4zOTTeMTA3Mzc0MjE1ODD FeMTA3Mzc0MjE5OTZEAAAAAQgAAAAAAAAAAB14LAAARR0kguU3ltCHRvbXMJuADeAEAAAKAoBopT//9j///
8AAAAAmELAAAqL1BPSC9TcGVjjaWFsdGktR2VuZXRpY9vdU3ltcHRvbXMvCgAKAAKBAAGXBYAACQAAAKCQAACLBAACaqR0XNB4NTkc
AAAkQAAAkqQAAAbmgmLAAAAXXjTA3Mzc0MjE1ODMUNTkGdkxjZXA0ZnKkXXRlcAGbmsLAAAAACGbASABBHSSBUZXN0IENyBPZmZmlcmVkCgBAAAJZWsTB
gBAAAACgkCgEBAAAAAAAAAoKAZL0///Y////
AAAAAAzVcwAAILy9QdvU3B1Y3BlY1iaxEaWZmZXJlbnRfUGFydHkuagB9P///
AAAAAAFZfCwAALS9QdvU3B1Y3BlY1iaxEaWZmZXJlbnRfUGFydHkuagAAXWZMTA3Mzc0MjIyThzLAAAALM
AJdQsAAAABnYLAAAAXMTA3Mzc0MjE1ODUTA3Mzc0MjE5OTZEAAAQkgAAAbnnkLAAAAmmwAQAACgoBopT//9j///
8AAAAAzvwAAAqL1BPSC9TcGVjaWFsdGktR2VuZXRpY9vbnRhY3QtVXMvCgAKAAKBBoQIAAAAAaMTA3Mzc0MjY5OTZEAAAQkgAAAbnnkLAAAAmmwAQAACgoBopT//9j///
sAAAAABoQLAAAXMTA3Mzc0MjY5OD18OTM4MF4zOTTeMTA3Mzc0MjE1ODUxM
wXjM5MV4xMDczNzQyMz4xMDczNzQyNjk4OQMAAABFAAAAAAAGiAsAAARHRVJEECbgBAAAKCgEBAAAAAAAAAoKAZL0///Y////
AAAAAALCwAAIy9QdvU3B1Y1iaxEaWZmZXJlbnRfUGFydHkuagAAXWZMTA3Mzc0MjIyThzLAAAALM
AXMTA3Mzc0MjE1ODUxM
wXjM5MV4xMDczNzQyMzg1MV4xMDczNzQyNjk5NAMAAABGAAAAAAAGlsAAARHNBAAlHSSBUcmVhdGVkICbgBAAAKCgEBAAAAAAAAAoKAZL0///Y////
AAAAAazCwAACy9QdvU3B1Y1iaxEaWZmZXJlbnRfUGFydHkuagAAXWZMTA3Mzc0MjIyThzLAAAALM
wXjM5MV4xMDczNzQyMzg1M
wXjM5MV4xMDczNzQyNjk5NQMAAAABqMLAAAApHSSBaXNrIEZhY3RvcnMg
YW5kIENhdGVnb3J5CgBAAACgoBAQAAAAAAAAKCgFa9P//2P///
wAAAAAGpwsAADkvUE9IL1NwZWNpYWx0eS1HZW5ldGljLUNvdW5zZWxpbmctMtYWLUNvdU3ltcHRvbXNtWY5Wk5LUNhdGVnb3J5CgBAAAACgoBopT//9j///
8AAAAAzvwAAAqL1BPSC9TcGVjaWFsdGktR2VuZXRpY9vbnRhY3QtVXMvCgAKAAKBBoQIAAAAAaMTA3Mzc0MjY5OTZEAAAQkgAAAbnnkLAAAAmmwAQAACgoBopT//9j///
ACbABAAAJsQEAAAmtCwAAAAGrgsAABcxMDczNzQyMjc0NnwzOTgwXjM5MV4xMDczNzQyNTgzXjEwNzM3NDI3NTk1 AwAAAAeGwsACkmvb2xBaXQACgBAAACkCbkvb
nRhY3QtVXMvCgBAAAKCgEBAAAAAAAAAoKAZL0///Y////
8AAAAABrULAAAPlBPSC9TcGVjaWFsdGktR2VuZXRpY1iSkvQ29udGFjdC1VcykJuADeAEAAAKoBI2Mjc8CgOZAAAF2udGFjdC1VcykJuADeAEAAAKoBI2
FzEwNzM3NDI2Nzk2
CwAAHzM5MF4zOTTeMTA3Mzc0MjI2NDZeMTA3Mzc0MjI2NDZeMTA3Mzc0MjI3Nzk1
CwAAHzM5MF4zOTTeMTA3Mzc0MjI2NDZeMTA3Mzc0MjI2NDZeMTA3Mzc0MjI3Nzk1

134251… AEAAAAQsAAAA4vAAAAAACgoB+T//9j//
… 8AAAAABsMLAAAuL1BPSC9TcGVjaWFFsdGlcy9PdXRwYXRpRpZW50LVlcnNpZW5ZpZW50LXNwAQABngU
… AAAkAAAAJEAAAAAJEAAAAAMAAAAJFwAAAAbGCwAABDYyNTYKCgoAAAAAAAAAAmwAQAACbEBAAAJyQsAAAAA
… BsoLAAAXMTA3Mzc0OMjY3OTd8MTA3Mzc0OMjI2NDYGywsAAAsxMDczNzQyMjY0OTNgkkAAAABs0LAAAAfMzkwXjM5M
… V4xMDczNzQyMjY0Nl4xMDczNzQyNjc4NwMAAABLAAAAAAAAAAGzgsAAAhQaGFybWFyeQm4AQAACgoBAQAAAAA
… AAAAACgEw9P//2P///
… wAAAAG0QsAAC4vUE9IL1NwZWNpYWx0aWVzL09lZHBhdGllbnQtU2Vydmlj1ZXMvUGhhcm1hY1hY3kvCgAKAAGfBQ
… AACQAAAAkQAAAAAkQAAAABAAAAkXAAAABtQLAAAENjUxOQoKCAAAAAAAAAACbABAAAJsQEAAAnXCwAAAAA
… G2AsAABcxMDczNzQyNjc5MDMxXMDczNzQyMjY0ONgbZCwAACACEwNzM3NDIyNjY0OSJCSQAAAAG2wsAAB8zOTBeMzkx
… XjEwNzM3NDIyNjQ2XjEwNzM3NDI2Nzk5Nzk2zk5AwEAAAAAAAAAAAAAbcCwAADlJlaGFiWxpdGGF0aW9uCgoAAAKC
… gEBAAAAAAAAaoKASL0///Y////
… AAAAAAbfCwAANC9QT0gvU3BlY2lhbHRpZXMvT3V0cGF0aWVudC1TZXJ2aWNlcy9SZWhhYmlsaXRhdGlvbi8KA
… AoAAaAFAAAJAAAACRAAAAAACRAAAAAFAAAACRcAAAAGAgsAAAQ4gsAAAQ2NTIxCgoKAAAAAAAAAAJsAEAAAmxAQAACe
… ULAAAAAAAbmCwAAFzEwNzM3NDI2ODE2MjFfEwNzM3NDIyNjQyQBucLAAAALMTA3Mzc0MjI2NDIYJAAAAAbpCwAAhzM
… 5MF4zOTFeMTA3Mzc0MjI2NDZeMTA3Mzc0MjY4MTYDAAAATQAAAAAAAAAAABuoLAAAWU2x1ZXXAgRGlzb3JkZXJZXJJz
… IEN1bnR1cgm4AQAACgoBAQAAAAAAAAKCgEU9P//2P///
… wAAAAG7QsAADsvUE9IL1NwZWNpYWx0aWVzL091dHBhdGllbnQtU2Vydmlj1ZXMvU2x1XATRGlzb3JkZXJzItQ2
… VudGVyLwoACgABoQUAAAkAAAAJEAAAAAJEAAAAAYAAAAJFwAAAAbwCwAABDY1MjKCgoAAAAAAAAAAmwAQA
… ACbEBAAAJ8wsAAAAABvQLAAAXMTA3Mzc0MjcyMDYyMDN8MTA3Mzc0MjI2NDY9QsAAAsxMDczNzQyMjY0ONgkkAAAA
… BvcLAAAfMzkwXjM5MV4xMDczNzQyMjY0Nl4xMDczNzQyNzIwNwMAAAABOAAAAAAAAAAG+
… AsAABRUcmF2ZWwgSGVhbHRoRoIENsaW5pcYwm4AQAACgoBAQAAAAAAAAAKCgEG9P//2P///wAAAAAG+
… wsAADovUE9IL1NwZWNpYWx0eWVzL091dHBhdGllbnQtU2Vydmlj1ZXMvUHJhdmVsSUhlYWx0aCBDbGluaWMvCg
… AKAAGiBQAAJAAAAkQAAAAAkQAAAABaAAAABtAAAAkXAAAABv4LAAAEZWNzNzQyNjY0OHwxMDczNzQyNjY0ONgbgwAAB8z
… OTBeMzkxXjEwNzM3NDIyNjQ2XjEwNzM3NDI0ODAyNzNwMDAAAABEEAAAAAAAAAAAAAYGDAAAClvdW5kIENhcmUgIENhbGVA EA
… AoKAQEAAAAAAAAACgoB+PP//9j///
… 8AAAAABgkMAAAALmL1BPSC9TcGVjaWFFsdGlcy9PdXRwYXRpZW50LVNlcnZpY2VzL2dkddW5kLUNhcmUKAAKAAGAAAg9c
… jBQACQAAAAkQAAAAAkQAAAAQAAAAkXAAAABgwMAAAENjUxOQoKCAAAAAAAAAACbABAAAJsQEAAAnyCwAAAAA
… AAAJDwwMAAAgBhAMAAAAXMTA3Mzc0MjI2ODU0MDJ8MTA3Mzc0MjI2NDIyQ0AAAAADczNzQyMjY0OTJAGEQwAAAAsxMDczN
… zQ0MjMjAJJAAAAAYhDAAAfMzk5MF42OTBeMTA3Mzc0MjY4NTAyNzNwMDAAAABFAAAACNQbFD3M5J0ZXIg2yVudd
… VyIElEGpcGGhBaWI4AQAAAAAAAAAYDAAAAldvdW5kIENhcmUgIENlbnRlcgoKAAKCAoBB+PP//9j///
… AAAAAYlDAAAAJy9QT0gvU3BlY2lhbHRpZXMvT3V0cGF0aWVudC1TZXJ2aWNlcy9Xb3VuZC1DYXJlL0NlbnRlci/K
… AAAAAAEAAAAJEAAAAAMAAAAJFwAAAAYoDAAAEZQEwNzM3NDIyNjQ5MyMDczNzQyMjY0OTNQxAAAAAAAAYsbAAL
… MTAAAAJQXJ0Dpbml2zy9QB1BlYWx0aCBDbGlpY2coF3dVsZXIqb3Kcc0OTNwAaqWQWNyNzVtcmFFbmtby1Kb21ud
… C1SZXBsdYWNlbbWV1dC8KAAoAAoFAAAAFAAFJAAAcRAAAAAACRAAAAAAAAACbABAAAJ8PP//9j///
… AAAAAArDAAAQyy9QT0gvU3BlY2lhbHRpZXMvT3V0cGF0aWVudC1TZXJ2aWNlcy9Xb3VuZC1DYXJlL0NlbnRlci/K
… AAZ2DAAAEkFib3V01FBvcnRlciBQbGFjjZQm4AQAACgoBAQAAAAAAAAAKCgEI8///2P///
… wAAAAGeQwAADEvUE9IL1NwZWNpYWx0aWVzL1BvcnRlcl1QbGFjZ1ZS9BYm91dC8KAAoAAoFAAAAkQAAAAAkQAAAgAAAAkXAAAABnwMAAALMTA3Mzc0MjI2NDIyQTMQK9goAAAAAAAAAAmwAQAACbE
… GrBQAAQAAAQAAAkQAAAAgQAAAABnwwMAAAAxMDczNzQyMjYyNDIyAGAAACWYQ9CbD

134251... BAAAzHWwAAAAABoAMAAAAkMTA3NzMzMzUwMjUwMjU1WwJu8MTA3NzMwMjMwCQwAAAAsxMDc2NjQyM2Q2MAkkAAAABoMM
... AAAfMzkwXjM5MV4xMDczNzQyMzQ2MF4xMDczNzQyNzE2MgMAAAABaAAAAAAAAAGhAwAABJPdXIgTGl2aW5nLn5nI
... E9wdGlvbnMuJuEAEAAAoKAQEAAAAAAAAACgoBevP//9j///
... 8AAAAABocMAAAxLlBPSC9TcGVyjaWFsdGllLcy9Qb3J0ZXItUGxhY2UtY29tbWVlcnktQ2VudGVyLn5nIaWg
... BrUAAAkAAAAJEAAAAAAJEAAAAAMAAAJFwAAAAaKDAAACzEwNzM1NDQ0MzE2MzCgoKAAAAAAAAAAAJsAEAAAmx
... AQAACY0MAAAAaAaODAAAFzEwNzM1NDcxMTQ3MTZfDEwNzM1NDIzNDYwMURfDEwNzM1NDIzNjIxMjBAJJAAAAAaRD
... AAAHzM5MF4zOTFeMTA3Mzc0MjM1MGM1M0MxNjQDAAAAAWwAAAAAAAAAAABpIMAAAWU2VydmljZXMgYW
... 5kIEFtZW5pdGllcwm4AQAACgoBAQAAAAAAAAKCgFs8///2P///
... wAAAAAGlQwAADUvUE9IL1NwZWNpYWx0aWVzL0dvb2dsZS1CvcnRlcl1jQbGfjZS9TZXJ2aWNlcy1hbmQtQW1lbZ
... oACgABrQUAAAkAAAAJEAAAAAJEAAAAAQAAAAJFwAAAaYDAAACzEwNzM1NDQ0MzE1CgoKAAAAAAAAAAJsAE
... AAAmxAQAACZsMAAAAAacDAAAFzEwNzM1M3YzfDEwNzM5NDIzNDYwMUVfDEwNzM1NDIzNjIxMjBAJJAAAA
... AAafDAAAHzM5MF4zOTFeMTA3Mzc0MjM1BeMTA3Mzc0MjcxNjIDAAAAAAAAAAAAAAAAAAAAAAbqAMAAATUG9ydGVyI
... FBsYWN1IFRlc3RpbW9uaWFscwm4AQAACgoBAQAAAAAAAAKCgFe8///2P///
... wAAAAAGowwAADqvUE9IL1NwZWNpYWx0aWVzL0dvb2dsZS1Qb3J0ZXItUGxhY2UtVGVzdGltb25pYWxzLn5nYW
... xzLwoACgABrgUAAAkAAAAJEAAAAAJEAAAAUAAAAJFwAAAamDAAACzEwNzM1NDU1MjYxMjCgoKAAAAAAAAAA
... JsAEAAAmxAQAACaKMAAAAaaqDAAAFzEwNzM1NDU3NDNhfDEwNzM5NDIzNDZMUVfDEwNzM1NDIzMjEyBQsMAAAAMjMc0MjM0NjA1M0MxNjQ
... JAAAAAatDAAAHzM5MF4zOTFeMTA3Mzc0MjM1BeMTA3Mzc0OTTgDAAAAAXQAAAAAAAAAABq4MAAAATUG9yd
... GVyIFBsYWN1IFFob3Rvcwm4AQAACgoBAQAAAAAAAAKCgFQ8///2P///
... wAAAAAGsQwAADUvUE9IL1NwZWNpYWx0aWVzL0dvb2dsZS1Cbnca1ci1QbGFjZS9Q903ZS9Qb3J0ZXItUGhvdG9zLn5nYW
... ABrwUAAAkAAAAJEAAAAAJEAAAAYAAAAJFwAAAa0DAAACzEwNzM1NDQ0MzEDCgoKAAAAAAAAAAAJsAEAAAmx
... xAQAACbcMAAAAaaKDAAAFzEwNzM1NDcxNjA1N0MxNjQDAAAAAAAAAAAAAAAAAAAAAAAbrwMAAAUQ2udGFjdCBhb
... mQgTG9jYXRpb24JuEAEAAAoKAQEAAAAAAAAACgoBQvP//9j///
... 8AAAAABr8MAAAxzLlBPSC9TcGVjjaWFsdGllLcy9Qb3J0ZXItUGxhY2UtCb25hdGghbmQtTG9jYXRpb24ubn5nYW
... KAAGwBQAAkAAAAJEAAAAaQAAAaAkXAAAAbXAAAAa7AQAALMTA3Mzc0MDI3NTg5N1IxNjQDAAAAAAAAAAAAmwAQA
... CbEBAAAAJxQwAAAxXMTA3Mzc0MjcxNkm8hMTA3Mzc0MjM0N1mTgEAAaQ1Q2wAAAsxMDczNzQyMjQ1Q1OAkkAAAB
... skMAAAfMzkwXjM5MV4xMDczNzQyMzQ1OF4xMDczNzQyNzE2OOAMAAAABhAAAAAAAAAAGyGgwAABxBYY2NyNyZWRpdd
... VkIFJhZGlvbG9neSBQcm9ncmFmTCBqBAAAKCgEBAAAAAAAAAoKATTz///Y////
... AAAAAbNDAAAAOC9QT0gvU3BlY2lhbHRpZXMvQmVhdW9rYW9sb2d5L0FjY3JlZGl0ZWQtUmFkaW9sb2d5LVByb2dyYY
... W0vCgAKAAGxBQAAkAAAAJEAAAAaAkaaaQAAAaaXAAAAbUBAAAALMTA3Mzc0MDI3NThmM0MxNjQDAAAAAAAA
... mwAQACbEBAAAAJwwAAAxXMTA3Mzc0MjcxNkm8hMTA3Mzc0MjM0N1mTgEAAaQ1QvWAAAAsxMDczNzQyMjQyMFOAkkaAA
... kAAABtcMAAAfMzkwXjM5MV4xMDczNzQyMzQ1OF4xMDczNzQyNzE2NgMAAAABhAAAAAAAAAGgEgwAABxBYY2NyZWRpd
... iDAAAFzEwNzM1M3Q5fDEwNzM5NDIzNDYwMUVfDEwNzM1NDIzMjEyMAsMAAAAMjMc0MjM0NjAxX2wNNzM1NDIzMjE2Mg
... MTA3Mzc0MjM0N1mTaMTA3Mzc0MjcxNkm8hDAAAAADLBUuAAAAAAAyIFIzZMVycm9yIEFnY1mVm23y9IFJlZmVycmFscwm4
... W5zCBgBAAAKCgEBAAAAAAAAAoKARjz///Y////
... AAAAAbpDAAAOC9QT0gvU3BlY2lhbHRpZXMvQmVhdW9rYW9sb2d5L0zvci1SZWZlcnnJpbmctDUgjh5c2ljaaWVycy8KA
... AoAbMFAAAJAAAAAxRCRAAAARAxRAAAAEAAAAARxCRAAAAG7AwAAC7AwAAAAAAAAAAAJsAEAAAmxAQAACe
... 8MAAAAabwDAAAFzEwNzM1M3QzfDEwNzM5NDIzNDYwMUUfDEwNzM1NDIzMjEyMAAMMbM1NDIzMjE2MAsMAAAAMjMc0MjM0NjAxX2wNY
... 5MF4zOTFeMTA3Mzc0MjM0N1mTaMTA3Mzc0MjcxNgMAAAABVQMAAAAYW50X2l2ZW50X2F5X3NwDHdRmFfaWGVudd
... UmFkaW9sb2d5dC5CbgBAAAKCgEBAAAAAAAAAoKAQrz///Y////
... AAAAAAb3DAAAANC9QT0gvU3BlY2lhbHRpZXMvQmVhdW9rYW9sb2d5L0ludGVydmdudWRGlvbmFsLVJhZHZ0sbgvbG9neS9S8KA
... AoAbQFAAAkAAAAAaaCRAAAARCRAAAAAFAAAAcRCRAAAAG+
... gwAAAsxMDczNzQyQyOTQ3QOCgXCgAAAAAAAAAAACbAAAAJsQEAAAn9DAAAAG/
... gwAABcxMDczNzQyNzE1MXwxMDczNzQyMjQ1QOAb/
... DAAACzEwNzM1NDIzNDU4CSQAAAAGQ0AAB8zOTBeMzkxXjEwNzM1NDIzNDU4XjEwNzM1NDI3MTUxAwAAAAGUAAAAAAAGoB/
... gwAABcxMDczNzQyNzE1MXwxMDczNzQyMjQ1QvOAb/
... PL//9j///
... 8AAAAABgUNAAA7L1BPSC9TcGVjjaWFsdGllLcy9SYWRpb2xvZ3kvSYWRpb2xvZ3kuR3Q3Y3kLLUXvnRhY3QtY5YW5kLUxvY2f
... 0aW9ucy8KAAAAbUFAAAkAAAAJxRCRAAAAaaQAAAaaXcRAAAAG7AwAAAALMTA3Mzc0MjM0Bg0NAAALMTA3Mzc0MjM0N1mTAaa
... AYPDQAAHzM5MF4zOTFeMTA3Mzc0MjM0MDMNeMTA3Mzc0MjY4MDIDAAAAAzwAAAAAAAAABhNAAAAAKR3R3WNvbG
... 9neQm4AQAACgoBAQAAAAAAKCgHu8v//2P///
... wAAAAAGEw0AACwvUE9IL1NwZWNpYWx0aWVzL1JvYm90aWMtU3VyZ2VyeS9HeW5lY29sb2d5LwoACgABtgUAA
... kAAAAJEAAAAJEAAAAJJAAAAAaaaFwAAAYWDQAACzEwNzM1NDU2YXfDEwNzM1NDIzNDAzBhsNAAALMTA3Mzc0MjM4M5
... NAAAAAYaDQAAFzEwNzM1NDI3NTYxfDEwNzM1NDIzNDAzBhsNAAALMTA3Mzc0MjM0MDMJJAAAAAYdQQAAHzM5
... MF4zOTFeMTA3Mzc0MjM0MDNeMTA3Mzc0Mjc1NjEDAAAAAAAAAAAAABh4NAAANSGVhcnQgU3VyZ2VyeQm4A
... QAACgoBAQAAAAAAAAAAKCgHg8v//2P///
... wAAAAAGIQ0AAEIvUE9IL1NwZWNpYWx0aWVzL1JvYm90aWMtU3VyZ2VyeS9HeW5lY29sb2d5L3N3DvdGVLUNhcm
... RpYWMtU3VyZ2VyeS8KAAoAAbcFAAAkAAAAJEAAAAAARCRAAAAAAAJJAAAAAsxMDczNzQyOTT1Q
... KCgAAAAAAAAAAACbDAAAABAAAAsJsEQEAAAknDQAAAAGKAAAXBcxMDczNzQyNjIgwM3wxMDczNzQyQwMwYpDQAACzEw
... NzM1NDIzNDAzCSQAAAaGKw0AAB8zOTBeMzkxXjEwNzM1NDIzNDAzXjEwNzM1NDIzOTAzAwAAAAbAAAAAAAAA
... AYsDQAAB1Vyb2xvZ3kJuAEAAAoKAQEAAAAAAAAAKCgoB0vL//9j///
... 8AAAAABi8NAAAAtL1BPSC9TcGVjjaWFsdGllLcy9Qb3JvdGljLVN1cmdlcnktVXJvbG9neS8KAAoAAbgFAAAkAAAAG4BQA
... ACQAAAAkJQAAAAaaaJsQEAAAmxAQAAAsxAAAAbjIAAAABMAoKAAAAACgoJMw0AAAaAsbJQNAAAAMTA3Mzc0MjQTI5N
... MjU2NTN8MTA3Mzc0MjEyOTcGNQ0AAAsxMDczNzQyMTI5NwkkAAAABjcNAAAfMzkwXjM5MV4xMDczNzQyMTI5N

134251... 14xmSMNzQyNTY1NwMAAABrRAxAAAAAAAKGA0ARBhSZXF1ZXN0IEIvcmUgSW5mb3JtYXRpb24KAQ
... EAAAAAAAAACgoBxvL//9j///
... 8AAAAABjsNAABhaHR0cHM6Ly9jZW50dXJhJhLnNlY3VyZWZvcm1zdWJtaXQubmV0L0ZpbGGxPdXRGb3JtLmFzcHg
... /
... Zm9ybW5hbWU9UEFIXlJlcXVlc3RfTW9yZV9TcGluZV9JbmZvcmVhdGlvbgoACgABuQUAAAkAAAAJEAAAAAEJE
... AAAAAEAAAAJFwAAAAY+
... DQAACzEwNzM3ND1IxNjgzCRAAAAAJQA0AAAlBDQAAAAAAAAAAAAAKCglCDQAAAAAGQw0AAAsxMDczNzQyMTY4M
... wZEDQAACzEwNzM3NDIxMjk4CSQAAAAGRg0AAB8zOTBeMzkxxjEwNzM3NDIxMjk4X4JEwNzM3NDIxNjgzAwAAAG
... 0AAAAAAAAAAQZHDQAAClRJQSBDbGluaWMMJJwAAAAoKAQEAAAAAAAAACgoBt/L//9j///
... 8AAAAABkoNAAArLlBPSC9TcGVjjaWFsdGGllcy9TdHJva2UtUHJlQ3JhbmlhbGUUCAuAABugUAAAk
... AAAAJEAAAAAEJEAAAAAiIAAAAJFwAAAANDQAACzEwNzM3NDIxNjgzCRAAAAAJTw0AAAlQDQAAAAAAAAAAAAAK
... CglRDQAAAAUGU0AAAsxMDczNzQyMTY4NAZTDQAACzEwNzM3NDIxMjk4X4JEwNzM3NDIxNjg0AwAAAGV8JEwN
... zM3NDIxMjk4X4JEwNzM3NDIxNjg0AwAAAAAAAAZWDQAAJUZhc3RLaW5lIGFsbe0CB0aG
... UgZGlmZmVyZW5jZ5JZSEJAwAAAoKAQEAAAAAAAAACgoBqPL//9j///
... 8AAAAABlkNAABGLlBPSC9TcGVjjaWFsdGGllcy9TdHJva2UtUHJlQ3JhbmlhbFtYWtlcy1hbGGw
... tdGhlLWRpZmZlcmVuY2UuaHRtLwoACgABuQUAAAkAAAAJEAAAAAEJEAAAAAiIAAAAzCDQAACzEwNzM3NDIx
... Njg4CRAAAAAJXg0AAAlfDQAAAAAAAAAAAAAKCglgDQAAAAGYQ0AAAsxMDczNzQyMTY4OAZiDQAACzEwNzM3N
... DIxMjk5CSQAAAAGZ0AAAB8zOTBeMzkxxjEwNzM3NDIxNjg4X4JEwNzM3NDIxNjg4AwAAAHAAAAAAAAAAAQZlDQ
... AAGEllZXQgdGhliFfib3V0IE91ciciBQcm9ncmFttFCbgBAAAKCgEBAAAAAAAAAoKAXvy///Y////
... AAAAAAZ2DQAALi9PST0gvU3BlY21hbHRpZXZHVJhbnNwbGsudGdFudC9BYm91dC1UuUHJvZ3JhbS8KAAAb0FA
... AAJAAAACRAAAAAAEJEAAAAAIoCRAAAAAAAAQ2DNkwCgoKAAAAAAAAAJsAEAAAmxAQACKwNAAAAAAA
... Z9DQAAFZEwNzM3NDI0MjdEMzk3NDIxMjk5X4JE3AwAAALMTA3Mzc0MjEyOTkKJJYOTKk1JAAAAAaDAAB8Mi5zTF
... eMTA3Mzc0MjEyOTlTeMTA3Mzc0MjY4MDkgDAAAAAzAAAABoENAAAfS2lkbmV5IGFuc2CBQYW5jmchVcyBU
... cmFuc3BsYW50bL0CAAAAQCAACgoBQAAAAAAAAAAAAAAAAOKAXv8//2////
... wAAAAAGhA0AADwvUE9IL1NwZWNpYWxaWFsdGeyL1RyYW5zcGxhbnQvS2lkbmV5LVBhbmNyZWFzL0lyYW5mb3Jt
... BsYW50cy9KAAAmKAAAAAKDQAAAAGjw0AAAghw0AAAEAAAACAAAAAKDQAAAAaPDQAAAAAAAAAAAAaPDQAABpw
... AAAACbABAAAAJSQEAAmKDQAAAAIg0AAAcxMDczNzQyNjgwCSAAAAFGDQAAAAimDQAAAAAAAAAAAa1DQAAAAAAa
... PDQAABpwAAAAKDQAAAAaPDQAAAAAAAAAAAaPDQAAAIIADQAAAHYDQAAAABoEAAAfS2lkbmV5IGFuc2CBQY
... W5jcmVhcyBUcmFuc3BsYW50b0CAAAAQCAACgoBQAAAAAAAAAAAAAAAAOKAXv8//2////
... wAAAAAGhA0AADwvUE9IL1NwZWNpYWxaWFsdGeyL1RyYW5zcGxhbnQvS2lkbmV5LVBhbmNyZWFzL0lyYW5mb3Jt
... BsYW50cy9KAAAmKAAAAAKDQAAAAGjw0AAAghw0AAAEAAAACAAAAAKDQAAAAaPDQAAAAAAAAAAAaPDQAABpw
... 8AAAAABrwNAAArLlBPSC9TcGVjjaWFsdGGllcy9TdHJva2UtU3VyZ2VyeS8KAAo
... AAcAFAAAAAJAAAAAAJCRAAAAAJCRAAAAAAAAAcRcAAAAGgw0AAAsxMDczNzQyNjgxJwXNxMDczNzQyMTI5OQq
... SQEAAmmDQAAAAAGpw0AAAcxMDczNzQyNjgxCSAAAAAFGDQAAAAiWDQAAAAAAAAAAAHYDQAAfS3Ryb2tlIFN1c
... mdlcnkKAAAAAJbABAAAAJQ0AAAmKDQAAAAIg0AAAcxMDczNzQyNjgxCSAAAAFGDQAAAAjmDQAAAAAAAAAAAa5D
... QAAAAAaPDQAABpwAAAAKDQAAAAaPDQAAAAAAAAAAAaPDQAAAIIADQAAAHYDQAAAABoEAAAfU3Ryb2tlIFN1cmdl
... cnkKAAAAJbABAAAAJQ0AAAmKDQAAAAIg0AAAcxMDczNzQyNjgxCSAAAAFGDQAAAAjmDQAAAAAAAAAAAa5D
... 8AAAAABqNAAAyLlBPSC9TcGVjjaWFsdGGllcy9TdHJva2UtU3VyZ2VyeS8KAAo
... AAcAFAAAAAJAAAAAAJCRAAAAAJCRAAAAAAAAAcRcAAAAGgw0AAAsxMDczNzQyNjgxJwXNxMDczNzQyMTI5OQq
... SQEAAmmDQAAAAAGpw0AAAcxMDczNzQyNjgxCSAAAAFGDQAAAAiWDQAAAAAAAAAAAa1DQAAAAAAaPDQAABpwAA
... g0AAB8zOTBeMzkxxjEwNzM3NDIxMjk4X4JEwNzM3NDI2ODA4AwAAAHUAAAAAAAAAAarDQAAEtpZG5leSBBUcm
... Fuc3BsYW50IEZBUSBAmYW1wI0yBMaXZlclxllBUcmFuc3BsYW50IEZBUQm4AQAACgoBQAAAAAAAACgfT8v//2P/
... //
... wAAAAAGrg0AAAEYXUE9IL1NwZWNpYWxaWFsdGeyL1BvcnRhbC9VcmFuc3BsYW50L1Bvbmxpbmxc2ljULaWZ2
... ItvHJhbnNwbNwNbGFudC1GQVEVQ0yxxAAAABAAAAAJAAAAAAJAAAAAAJCRAAAAAACbABAAAAJSQEAAmm0DQAAAAAGtQ0A
... AAcxMDczNzQyNjgwJAAAAAAAAAAAAAAAAAAAJAAAAAAJAAAAAAJCRAAAAAAAAcbABAAAAJSQEAAmm0D
... NDIxMjk5CSQAAAAGuQ0AAAgUaGg8zOTBeMzkxxjEwNzM3NDIxMjk5X4JE0ODA4AwAAAHYAAAAAAAAAAa5D
... QAACJlc291cmNlcyBAmYW1wI0yBMaXZlclxlbBUcmFuc3BsYW50b0CAAAAQCAACgoBQAAAAAAAAAACJcgfBfL/
... //2P///
... 8AAAAABrwNAAArLlBPSC9TcGVjjaWFsdGGllcy9TdHJva2UtU3VyZ2VyeS8KAAo
... AAcAFAAAAAJAAAAAAJCRAAAAAJCRAAAAAAAAAcRcAAAAGgw0AAAsxMDczNzQyNjgxJwXNxMDczNzQyMTI5OQq
... SQEAAmmDQAAAAAGpw0AAAcxMDczNzQyNjgxCSAAAAFGDQAAAAjmDQAAAAAAAAAAAa5D
... E38v//2P///
... wAAAAAGyg0AADDvUE9IL1NwZWNpYWxaWFsdGeyL1BvcnRhbC9VcmFuc3BsYW50L1BvbmxpbnJlc291cmNlcy9
... AKAHDBQAACQAAAAkQAAAAACQAAAAAAAAkXAAAAABs0NAAALMTA3Mzc0MjE3MDgJJEAAAAAbVDQAAJ2M5
... MF4xMDczNzQyMTI1MF4xMDczNzQyMTcwOF4xMDczNzQyMTcgMAAAB7AAAAAAAAAAEG1g0AAA9NZWRRpY2FssI
... FJlY29yZHMJJwAAAAoKAQEAAAAAAAAAACgoBKPL//9j///
... 8AAAAABrkNAAABDLlBPSC9TcGVjjaWFsdGGllcy9QYXRpZW50LUlUvLUd1aWRlLWRlbGxlbBsbhGllbclpY19uZXd
... kaWNhbbC1SZWNvcmRzLwoACgBxUAAAAAkAAAAJEAAAAAEJEAAAAAiIYAAAJFwAAAAbcDQAACzEwNzM3NDM4M4
... CRAAAAAJ3g0AAnfDQAAAAAAAAAAAAAKCgngDQAAAAA4Q0AAAsxMDczNzQyMTcoBzcDQAACzEwNzM3NDIxN
... zA4CSQAAAA5A0AACczOTBeMzkxxjEyNTBeMTA3Mzc0MjE3MDheMTA3MzgDAAAAHEAAAAAAAAAAAa5D
... ABBuUNAAAQQ3VzdG9tZXIgU2xvaWxlZQ0kbnAAAACgoBQAAAAAAAAAACJcgfE28v//2P///
... wAAAAAG6A0AAEQvUE9IL1BhdGGllbnQtR3VpZGUVOaVGd0aUC1hbmQtYmlsbGlucC1zcm9jmvci1hdGlvbi9DdX
... N0b2lllciTZXJ2aWNlLwoACgBxUAAAAAkAAAAJEAAAAAEJEAAAAAiIYAAAJFwAAAAbcDQAACzEwNzM3NDM4M4
... 2CRAAAAAJ7Q0AAAnuDQAAAAAAAAAAAAAKCgnvDQAAAAG8A0AAAsxMDczNzQyMTg3NgxDQAACzEwNzM3NDIxNjIx

134251… NzA4CSQAAAABCW0AAcC2OTBeMTA3Mzc0MjE3MDc0NjE3MDheMTA3Mzc0MjE1NTA2NTI4AAAAfQAAAAAA
… AABBvQNAAASQXNzZXNzIFlvdXIgSGVhbHRoCScAAAAKCgEBAAAAAAAAAAoKAQry///Y////
… AAAAAAb3DQAAFC9IZWFsdGgtQXNzZXNzbWVuddHMvCgAKAAHGBQAACQAAAAkQAAAAAQkQAAAACQAAAAkXAAAAB
… voNAAALMTA3Mzc0MjE4NzcJEAAAAAn8DQAACf0NAAAAAAAAAAAAAAoKCf4NAAAAAAb/
… DQAACzEwNzM4NDIxODDc3BgAOAAAALMTA3Mzc0MjE3MDgJJAAAAAYCDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczN
… zQyMTcwOF4xMDczNzQyMTg3NwMAAAB+
… AAAAAAAAAEGAw4AABpCb2R5SE1lho3cMgSW5kZXggQ2FsY3VsYXRvcgknAAAACgoBAQAAAAAAAAKCgH78f//
… 2P///
… wAAAAAGBg4AABwvQm9keS1NYXNzZLLUlulZGV4LUNhbGN1bGF0b3I3IvCgAKAAHHBQAACQAAAAkQAAAAAQkQAAAACg
… AAAAkXAAAABgkOAAALMTA3Mzc0MjE4NzgJEAAAAAkLDgAACQwOAAAAAAAAAAAAAAAoKCQ0OAAAAAAYODgAAACzE
… wNzM3NDIxODDc4Bg8OAAALMTA3Mzc0MjE3MDgJJAAAAAYRDgAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMTcw
… OF4xMDczNzQyMTg3OAMAAAB/
… AAAAAAAAAAAEGEg4AABlDYWxvcmllIEJ1cm5lciciBDYWxjdWxhdhdG9yCScAAAAKCgEBAAAAAAAAAAoKAezx///Y/
… ///
… AAAAAAYVDgAAGy9DYWxvcmllLUJ1cm5lci1DYWxjdWxhdG9yLwoACgAByUUAAAkAAAAJEAAAAAEJEAAAAAsaA
… AAJFwAAAAYYDgAACzEwNzM4NDI0CRAAAAAJG4AAkbDgAAAAAAAAAAAAAKCgcDgAAAAAAGHQ4AAAsxMD
… czNzQyMTg3OQYDgAACzEwNzM4NDIxNDAxCSQAAAAGIA4AACzOTBeMTA3Mzc0MjEyNTBeMTA3Mzc0MjE3MDheMTA3Mz
… c0MjE4NzkDAAAAAAAAAAKCgHd8f//2P///
… wAAAAAGJA4AAB4vTnV0cml0aW9uWWWtTmVlZHMtQ2FsY3VsYXRvcidci8KAAoAAckFAAAJAAAAACRAAAAABCRAAAA
… AMAAAACRcAAAAGJw4AAAsxMDczNzQyMTg3MQkQAAAAJhsOAAAJyAOAAAAAAAAAAAAAAoCgoJ4DgAAAAAAAaiwOAAA
… LMTA3Mzc0MjE4ODcJEAAAAAASNDgJJAAAAAYrDgAAAAAAAAAAAQ2FsY3VsYXRvci8KAAoAAckFAAAJAAAAACRAAA
… AAABCRAAAAAMAAAACRcAAAAAGJw4AAAsxMDczNzQyMTg3MQkQAAAAJhsO

134251... 4AAASxMDczNzQyMTcwOQkKAAAABQ4AAMHtmzkwkzjEwNzM3NjN0AMJjUX0jEwNjN3N3NjN3XNJjAJ5XJEwNzM3NDIxOTA3AwAAAIsAAAAAAAAAQa3DgAAE1VuZGVyc3RhbmRpbmcgR3JpZWYpJAwAAAAAoKAQEAAAAAAAACgoBR/H//9j//
8AAAAABroOAAA2L1BPSC9QYXRpZW50LUd1aWRlLL1NwaXJpdHVhbC1DYXJlJlI1UzVGVyc3RhbmRpbmctctZ3JpZWYv+VCgAKAAHTBQAAQAAAAkQAAAAQkQAAAABQAAAAAkXAAAABr0OAAALMTA3Mzc0OTMDgJEAAAAAm/DgAACAOAAAAAAAAAAAooKCcEOAAAAAAbCDgAACzEwNzM3NDIxOTA7+BsMOAAALMTA3Mzc0OTMjE3MDkJMkjJjAAAAAbFDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMyMzQyMDM0woWAAMAAAAACMAAAAAAAAAAACGxg4AAA5TdXBwb3JjJ0IEdyb3I3VwcWknAAAACgoBAQAAAAAAAAKCgE48f//2P//
wAAAAAGyQ4AABAvU3VwcG9ydC1Hcm1cb3J0UGFrdVHBQAACQAAAAkQAAAAAkQAAAABgAAAAkXAAAABswOAAALMTA3Mzc0OTMDkJEAAAAAAnODgAACc80AAAAAAAAAAAAooKCdoOAAAAAAbRDgAACzEwNzM3NDIxOTA5BtIOAAALMTA3Mzc0OTMjE3MDkJMkjJjAAAAAbFDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMyMzQyMDM0wOQMAAACNAAAAAAAAAAAEG1Q4AABJQcmFjdGljZXSBVYVlZlBQcmF5ZXI5/9j//
8AAAAABtgOAAA1L1BPSC9QYXRpZW50LUd1aWRlLL1NwaXJpdHVhbC1DYXJlL1ByYWN0aWNlLLW9mLXByYYXllci8KAAoAAdUFAAA1AAAACRAAAAAkCRAAAAAAkEAAAACAAAAAkXAAAAACgoJ3w4AAAAAAUoAAAMLA3Mzc0MjE5MTMTAG4Q4AAAsxMDczNzQyMTcwOQkKAAOQkKAAAABuMOAAAAAAAAAAAAnzkwZkEwNzM3NDIxMyUwXkEwNzM3NDIxNA5XjEwNzM3NDIxOTA3XjEwNzM3NDIxOTA3QmxAAAACMEAJYjAAAAbQbkDgAAEVVvdcvmRzIHRvIExp2pcmQgwgW91CScAAAAACgEBAAAAAAAAAAoKARrx///Y////
AAAAAAbnDgAANC9QT0gvdnVGF0aWVudC1HdWlkZS9TcGlyaXR1YWwtQ2FyZS9XYWtpbmctdG8tTGl2aW5nL1NpaV0rAoAAoAAAcrAAAAAAACRAAAAAkCRAAAABg6AAAAkXAAAABvI0AAALMTA3Mzc0OTMDkJEAAAAAAAnoDgAACc80AAAAAABu80AAAAAAAAAAAAnzkwXkEwNzM3NDIxMyUwXkEwNzM3NDIxNA5XjEwNzM3NDIxOTA3XTEXAAAAAAACMAAAAAAAAAACFBhEPAAAAQbzDgAACzEwNzM3NDIxOTA5BtIOAAALMTA3Mzc0OTMjE3MDkJMkjJjAAAAAbFDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMyMzQyMDM0cwknAAAACgoBAQAAAAAAAAKCgEL8f//2P///
wAAAAAG9g4AACwvUE9IL1BhdGllbnRHdWlkZS9TcGlyaXR1YWwtV2Fsa2luZy10by1MaXZpbmcvU3RlcC0zCRAAAAAJ+
w4AAsxMDczNzQyMTcwOQkKAAAAAACgn9DgAAAAg/g4AAAAsxMDczNzQyMTcwOQoCDgAACzEwNzM3NDIxOTA7BeMTA3Mzc0MjE5MTMzMzc0MjE5MTQwNzA3XjEwNzM3NDIxOTA3XdE3Axzc0MjE5MTcwOQ7XfTDAAAAkgAAAAAAAAAABBgIPAAAAQdgA4ACczCczOTBeMTA3Mzc0MjEyNTBeMTA3Mzc0MjM1MMTAwMjE5MDcJMkJjJjAAAAAAAoKAQEAAAAAAAACgoB/PD//9j///
8AAAAABgUPAAAIL1BPSC9QYXRpZW50LUd1aWRlLL1NwaXJpdHVhbC1XYWxraW5nLXRvLUxpdmluZy9TdGVwLTQCJAAAAACRAAAAkCRAAAAAAAAkEgmYmmyDg4AAAAGIDwAAAAsxMDczNzQyMTcwOTkJAAAAoKAQEAAAAAAAACgoGL8f//2P///
8AAAAABhYPAAAIL1BPSC9QYXRpZW50LUd1aWRlLL1NwaXJpdHVhbC1XYWxraW5nLXRvLUxpdmluZy9TdGVwLTUJEAAAAJ+
IDwAAAAsxMDczNzQyMTcwOQkKAAAAoKARa3AACQoCDgAACzEwNzM3NDIxOTA7BeMTA3Mzc0MjE5MTMzMzc0MjE5MTQwNzA3XjEwNzM3NDIxOTA3XdE3Axzc0MjE5MTcwOQ7XfTDAAAAkgAAAAAAAAAABBgIPAAAAQdgA4ACczCczOTBeMTA3Mzc0MjEyNTBeMTA3Mzc0MjM1MMTAwMjE5MDcJMkJjJjAAAAAAAoKAQEAAAAAAAACgoGw9PD///
AAAAAAYyDwAAEC9GaW5hbFNwNpYWwtSGVhbGluZy8KAAoAAdsFAAA3L0ZpbmFsU3BpcmlaaGVhbGluZy8KAAoAAdsFAAAALMTA3Mzc0OTMjE3MDkJDQTAAAAAAkLDwAAAAsxMDczNzQyMTcwOQoJCDgAACzEwNzM3NDIxOTA7BeMTA3Mzc0MjE5MTMzMzc0MjE5MTQwNzA3XTEwNzM3NDIxOTA3XdE3XTDAAAAkgAAAAAAAAAABBgmPAAAAQY0DgAACzEwNzM3NDIxOTA5BtIOAAALMTA3Mzc0OTMjE3MDkJMkjJjAAAAAbFDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMyMzQyMDM0cwknAAAACgoBAQAAAAAAAAKCgEL8f//2P///
wAAAAAGQQ8AABQvVW5pbmNmVkVkbGluRzLwoAAgB3UAAAAkAAAAkQAAAAkQAAAABgAAAAkXAAAAAEJEAAAAEJEAAAAYAAAAIAAAAAJFwAAAASDwAAAAsxMDczNzQyMTcwOQkKAAAAoKAQE48f//2P///
8AAAAABPAAAANvLFTZW5pbmctTWluc3VsYW50XmMd29yZHMtCkAAKAAHXBdTZW5pbmctTWluc3VsYW50ZyDAAAAAAoKARRm9yIFNlbnNlbnCuZGVMAAAAkZEwAAAAsxMDczNzQyMTI1MF4xMDczNzQyMyMMTAwMjE5MDcJMlJjJAAAAAbmsPAAAAUmxdWVuY3dVzdCBhIEN1c3RvbWVyLWJhc2VkQ29BAAAkgAAAAAAAAAAoKAQEAAAAAAAACgGE8f//2P///
wAAAAAGQ08AABAvU3VwcG9ydC1Hcm1cb3J0UGFrdVHBQAACQAAAAkQAAAAAkQAAAABgAAAAkXAAAABnsPAAAALMTA3Mzc0OTMDkJEAAAAAAnkDwAAAAkZEwAAAAsxMDczNzQyMTI1MF4xMDczNzQyMyMMTAwMjE5MDcJMlJjJAAAAAbmsPAAAAUmxdWVuY3dVzdCBhIEN1c3RvbWVyLWJhc2VkQ29BAAAkgAAAAAAAAAAoKAQEAAAAAAAACgGE8f//2P///
wAAAAAGAAPAAVud5pbn1cmVkLVBhdGllbnRzLwoAAgB3UAAAAkAAAAkQAAAAkQAAAABgAAAAkXAAAAAEJEAAAAEJEAAAAYAAAAIAAAAAJFwAAAAAAAABBlwPAAADQ29zdHHMEZm9yIENvbnN1bWVyLWRyaXZlbi1oZWFsdGhjYXJlCAAAUmxdWVuY3dVzdCBhIEN1c3RvbWVyLWJhc2VkQ29BAAAkgAAAAAAAAAAoKAQEAAAAAAAACgGE8f//2P///
wAAAAAGgDOAADovR9YVudHMtU29ydC9Jbm5vdmF0aW9ucy8KAAoAAdsFAAA3L0ZpbmFsU3BpcmlaaGVhbGluZy8KAAoAAdsFAAAALMTA3Mzc0OTMjE3MDkJDQTAAAAAAkLDwAAAAsxMDczNzQyMTcwOQoJCDgAACzEwNzM3NDIxOTA7BeMTA3Mzc0MjE5MTMzMzc0MjE5MTQwNzA3XTEwNzM3NDIxOTA3XdE3XTDAAAAkgAAAAAAAAAABBgmPAAAAQY0DgAACzEwNzM3NDIxOTA5BtIOAAALMTA3Mzc0OTMjE3MDkJMkjJjAAAAAbFDgAAAJzM5MF4xMDczNzQyMTI1MF4xMDczNzQyMyMzQyMDM0cwknAAAACgoBAQAAAAAAAAKCgEL8f//2P///

134251... 0NjQyMwoRCgRAAAAAAAAAACBDAAAHIDDwAAHUobwAwnmwAAAABAARBxMDczNzQyMjM4MwaFDwAACzEwNzM3NDIzMzgzCSQAAAAGhw8AACczOTBeMTA3Mzc0MjEyNTBeMTA3Mzc0MjY3M3MDADAAAnQAAAAAAAAABogPAAAOT3VyIENvb1dpdGllbnQQJuAEAAAoKAQEAAAAAAAAACgoBdvD//9j///8BAAAABosPAAAAQL091ci1Db21taXRtZW50LwoACgAB4QUAAAAkAEAAAAAJEAAAAAAJEAAAAAIAAAAJFwAAAaoODwAACzEwNzM3NDQ3MzU1CgoQUAAAAAAAAAAAJsAEAAAmxAQAACZEPAAAAAAaSDwAAFzEwNzM3NDIxNzAxRDEwNDczNDM3NDDNIzMzgzBpMPAAALMTA3Mzc0MjMzMzDMJJAAAAAaVDwAAJzM5MF4xMDczNzQyMYTM4MTQxxMDczNzQyNjcwCSCEAAAAAAAAAgAABBIb3NwaXRhbCBDSYXRpbmdoCbgBAAAKCgEBAAAAAAAAAooKAWjw///Y////

AAAAAAaZDwAAEi9Ib3NwaXRhbCBSYXRpbmdMwoACgAB4QUAAAAkAEAAAAAJEAAAAAAJEAAAAAIAAAAJFwAAAacDwAACzEwNzM3NDQ3MzU1CgoQUAAAAAAAAAAAJsAEAAAmxAQACZ8PAAAAAagDwAAFzEwNzM3NDIxNzAxRDEwNDczNDM3NDDNIzMzgzBqEPAAALMTA3Mzc0MjODMJJAAAAAaJDwAAFzM5MF4xMDczNzQyNjcwXTEwNzM3NDIxMjUwXTEwNzM3NDI2NzMDczNzQyNjcwCNjcwMQAAAABMDZEAAaAAAAAAAAAAAABrEPAAAAORG3jdG9yIEFJhdGluZ3MoCBTfD//9j///

8AAAAABrQPAAApL0NvbXBvbmVudHVudHMvVGVtcGxhdGVzIEJyb3ZpZGVyc0hpBp3ZpZGVyU2VhcmNhFc2VIICNtFc2VhcmNhZHMKAAHxAAACRAEAAACRAEAAACRAEAAAECgoJuw8AAAALMTA3Mzc0Mjc5MTYxNjkgNgKQAAACbkPAAAJug8AAAAAAAAAAAACgoJuw8AAAALMTA3Mzc0MjcxMjkwMjcCxMgw8AAAArMDczNzQyNDcxMkw4AAAxMDczNzQyNjcwMQpBAAAAE0ltcGQyODxkFdmZDFoZ2lvbJuWAAAAoKAQEAAAAAAAAACgoBPvD//9j///

8AAAAABsMPAAAVL01tcG9ydFdvZGFsbjVnbVvpGcGAAAHlBQACQAAAAkQAAAAkQAAAAkXAAAABsNPAAAABsyPAAAIDwAAAkCkPAAAAAACkPAABSyPAAAIDwAAAAAAAAAAAGgw8AABLlZml0cm9ycm9hZGlnYWRhCYAAAAoKAS/w///Y////

AAAAAbSDwAAKi9ZDW50d0dXhUUlYWx0aC9yb250cmFjdF9Tb2x1Y2ljY2y3V3LUNvbNbvc0tyWRvuS2KAAAAoAeAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACgoJ2B8AAAALMTA3Mzc0MjcxMDlgMjzdFQACdPAAABSxPAAAIDwAAAAAAoKAS/w///Y////

AAAAAbgDwAAKi9Zml0cm9oZWFsdGgvcm9udGJhY3QvU2VhcmNoL2RhaWxlcy9kDWd3NzmwbTRAAAgAAAAAAACgoJ2D8AAAALMTA3Mzc0MjcxMDlgMjz0AAAAoKAS/w///Y////

AAAAABoEg8AAAAPAAAAAAKCgEg8P//2P///

wAAAAG4g8AACsvQ2Vud0VyU1IZWFldGtzL0hUJUC1TdGF0ZS0zb2xpZWFjdGljdUVsGFzZUdkdU0hdUV5c2ldEFGc2lzczIzMdGFyU2vUvCgAAHnBgAAAFAAAAAAAoKAS8P//2P///

wAAAABwCQVyU2VhcmNodHRwOi8vbmcuaGVhbHRoY2AuY29tL3NpZ25pbjxBjbn1cmFuY2UgUGgbgknbAAAAoKAS8P//2P///

AAAoKCQYQAAAAAAHEAAACZEwNzM3NDIxOTDxXjEwNzM3NDIxODDcwAwAAALIAAAAAAAAAAQYaEAAJE51cnNpbmcgYXQgUG9ydCBNZXJjeQ0a

… tTdhVZAV501PBsYWnibwVudcBSzkNVdXUjZXMjJYAAH4KAQEAAAAAACgoBU0///9j///
… 8AAAABkkQAAA9L1BPSC9BYm91dC1Vcy9OdXJzaW5nL0VvdW5kZXJzL0QbGFjZW1lbnQtUmV
… zb3VyY2VzLwoACgAB7gUAAAkAAAAJEAAAAAJEAAAAUAAAAJFwAAAAZMEAAACzEwNzM3NDIxODczCRAAAAAJ
… ThAAAAlPEAAAAAAAAAAAAAAAKCgIQEAAAAAAGURAAAAsxMDczNzQyMTg3MwZSEAAAACzEwNzM3NDIxODQ5CSQAA
… AAGVBAAACczOTBeMTA3Mzc0MjEyNzcVEMTA3Mzc0MjE4NDN0zE4NzNDAAAAtgAAAAAAAABblUQAA
… AVTWFnbmV04oSiIFJlY29nbml0aW9uCScAAAAKCgEBAAAAAAAAAoKAanv///Y////
… AAAAAAZYEAAANC9QT0gvQWJvdXQtVXMvTnVc21uZy1FeGNlbBGxlbmNlNlL01hZ25ldC1SZWNvZ25pdGlvbi8KA
… AoAAe8FAAAJAAAACRAAAAABCRAAAAAGAAAAACRcAAAAGWxAAAAsxMDczNzQyMTg3NAkQAAAACV0QAAAJXhAAAA
… AAAAAAAAACgoJXxAAAAAABmAQAAALMTA3Mzc0MjE4NzQZGYRAAAAsxMDczNzQyMTg0OQkAAAABmMQAaAnMzk
… wXjEwNzM3NDIxMjc1XjEwNzM3NDIxODQ5XjEwNzM3NDIxODc0AwAAALcAAAAAAAAAAAZQkEAAAFENhcmVVlciBP
… cHBvcnR1bml0aWVzWCScAAAAKCgEBAAAAAAAAAoKAZrv///Y////
… AAAAAAZnEAAAEi9QT0gvSG9tZS9DYXJlZXJzL1ZvLWpvb2hLwoACgAB7gUAAAkAAAAJEAAAAAJEAAAAEAAAAJFwAAAAZqE
… AAACzEwNzM3NDQxMzgwCgoAAAAAAAAAAJsAEAAAmxAQAACW0QAAAAAAZuEAAAAAZsEAAAAACAAAAZ8EAAAFENhcmVlcn
… M3NDIxODUxBm8QAAAALMTA3Mzc0MjE4NTRgBHEAAAAAAAAEAAAJzM5XjEwNzM3NDQxMzgwXjEwNzM3NDIxMV4
… xMDczNzQyNjgA0NwMAAAC6AAAAAAAAAAAgchAAABRNb3JJyZSBMLiBEZWFuLCBGQUNNIQm4AQAAACgoBAQAAAAAAA
… AAAKCgM7///2P////
… wAAAAGdRAAAC4vUE9IL0Fib3V0LVVzL0xlYWRlcnNoaXAvNoAXvW9ycmUUtTC0tRGVhbiwtRkFDSEUUvCgAKAAH7xBQ
… AACQAAAAkQAAAAQkAAAAJEAAAAAkBAgAAAABngQAAALMTA3Mzc0MjE4NTMCJAAAAAl6EAACXsQAAAAAAAAAAA
… AAAoKCXwQAAAAAAAZ9EAAAACz9EAAAAACgoBAQAAAAAAAAxMDczNzQyMjE4NTEvAQAAAAaaEAAAJzM5XjEwNzM3NDIx
… NzQyMTI3NV4xMDczNzQyMTg1NF4xMDczNzQyMjEMwAAAACRDBAABpEYwxPEEUSBvDw9j///
… SwgTVBILCBGQUNIRQknAAAACgoBAAQAAAAAAAAoKAZv97///2P////
… wAAAAAGhBAAACgvUE9IL0Fib3V0LVVzL0xlYWRlcnNoaXAvBQZS1Eb29rzZmxvY_W0vCgaKAAH7hyBQAACQAAA
… kQAAAAAkQAAAAwAAAAkXAAAABocQAAALMTA3Mzc0MjE4NTQ7JZEAAAAAmJEAAACYoQAAAAAAAAAAAAAAAAoKCYs
… QAAAAAAaMEAAACzEwNzM3NDIxODU1UOo0Bo0QAAALMTA3Mzc0MjE4NTEJAAAAAaPEAAAzEwNzM3NDIxMTI3I3I3
… NV4xMDczNzQyMTg1MV4xMDczNzQyMTg1NAMAAAATCgBAAAAABbBmmRyXXcgR2Fhc2fnoLCBDUEEJJ
… wAAAAoKAQEAAAAAAAAAAAACgoBbu///9j///
… 8AAAAABpMQAAAnLlBPSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0FuZXJyoY1ldHJyZy2gvCgKAAH7BQAACQAAAAk
… QAAAAAQkQAAABAAAAkXAAAABpYQAAALMTA3Mzc0MjE4NTUJEAAAAAmYEAAACZkQAAAAAAAAAAAAAAoKCZoZoQ
… AAAAAabEAAACzEwNzM3NDIxODU1BpwQAAALMTA3Mzc0MjE4NTEJAAAABaeEAAAJzM5XjEwNzM3NDIxMTI3I3I3I3I1N
… V4xMDczNzQyMTg1MV4xMDczNzQyMTg1NANAMAAAC5AAAAAAAAAAAAGnxAAAABBUaG9t1YXMgRHJha2UvUsIE1ECScAAA
… AKCgEBAAAAAAAAAoKAV/v///Y////
… AAAAAAaiEAAAJi9QT0gvQWJvdXQtVXMvTGVhZGVyc2hpcC9UaG9tYXMtRHJha2UvCgAKAAH0BQAAACQAAAkQA
… AAAAQkQAAABQAAAAkXAAAABuQQAAALMTA3Mzc0MjE4NTYJEAAAAAmnEAAACagQAAAAAAAAAAAAAAAAAAoKCakQAA
… AAAaqEAAACzEwNzM3NDIxODU2UOo0BqsQAAALMTA3Mzc0MjE4NTEJAAAAAatEAAAJzM5XjEwNzM3NDIxMTI3I3NV4
… xMDczNzQyMTg1MV4xMDczNzQyMTg1NgMAAAATCgBAAAAAAEGrhAAAACFTaGFyb24gS4C4gUGFwcGFzLCBCSTiwgUGhEL
… CBORUETUkMJJ1AAAAoKAQEAAAAAAAAoKAQEAAAAAAAAAAAAAAAAAAAC
… goBU0///9j///
… 8AAAAABrEQAAAnnL1BPSC9BYm91dC1Vcy9MZWFkZXJzaGlwL0NoYXJvbi1QYXBwYXMvCgAKAAH1BQAACQAAA
… QAAAAAkQAAAAkQAAAAkXAAAABpYQAAALMTA3Mzc0MjNTM0ODAiEHNnARMaS8sUGhEL09GUkAAAAxsMDcxzNzQyMTg3NH4
… BrgQAAAXMTA3Mzc0MjJ8M8MTA3Mzc0MjE4NjJEGuRAAAAsxMDczNzQyM2QkkAAAABrsQAAAnMzkxMDczMTg3I3II
… zM3NDIxMjc1XjEwNzM3NDIxMV4xMDczNzQyMTg5IV4xMDczNzQyMTg5I3MTMyAwAAAMAAAAAAAAAa8EAAAD01ha2UzYnhdG
… lvbgm4AQAACgoBAAQAAAAAAAAKCgFC7///2P////
… wAAAAAGvxAAAACkvUE9IL0Fib3V0LVVzL0zvdW5kX5kkXRpb24Tv0aVWFrzF1hLURvbmF0aW9uLW0aVWLuLwoACgAB8w
… AJEAAAAAJEAAAAIAAAAJFwAAAAAxEeCEAAAACsxMDczNzQyMThNDNUDc2vraWdzE5AEAAACsxMD0DczNzQyMT82ArZ5I
… AAAbGEAAAACzEwNzM3NDIxOD3MTMfZEBewNzM3NDIxODYxBscQAAALMTA3Mzc0MjE4NjJEGyHAAABNQcm9ncmFtcntyByBX
… MDczNzQyMjE4NTNxNDMwNzQyNTjMg2MV4xMDczNzQyNzNyy9gyhAAABNQcm9ncmFtc0tFwY2RBQQyyehYBZX
… SBTdXBwb3J0J0OCbgBAAAAKCgEBAAAAAAAAoKATTv///Y////
… AAAAAAbNEAAALS9QT0gvQWJvdXQtVXMvRm91bmRhdGlvbi9Qcm9ncmFtcy1XZS1TdXBwb3J0J0OLwoACgAB9wUAA
… AkAaaAJEAAAAAJEAAAAAJFwAAAAbQQAAAAsxMDczNzQyMTg3NAkQAAAAAl6EAACXsQAAAAAAAAoKAXwQAAAAAAaZdAzM
… MQAAAAAbUEAAAFzEwNzM3NDIxM3TI3fDEwNzM3NDIxODYsUQAAALMTA3Mzc0MjE4NjJkDEFzAAAVMEAAJEYEwNWAAAADFAA
… 5MF4xMDczNzQyMTI3I3NV4xMDczNzQyMTg2MV4xMDczNzQyNyEyNwMAAAADFAAAAAAAAAAAG2BAAABJBc3NvY2lhdGlvbn
… dGUgQ2FtcGFpZ24JuuAEAAAoKAQEAAAAAAAAoKAgBJu///9j///
… 8AAAAABtsQAAAsL1BPSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0Fzc29jaWF0ZS1DYW1wYWlnbi8KAAoAAfgUAAA
… JAAAAACRAAAAAAJEAAAAAABCRAAAAAAAACRcAAAAG3hAAAAsxMDczNzQyMTg3NAkQAAAACV0QAAAJXhAAAAnh
… EAAAAAG4hAAAbcxMDczNzQyNzEzMHhwZMDczNzQyMTg3MQZyEAAAACzEwNzM3NDIxODYxBcrQAAALMTA3Mzc0MjE4NjJEAAAAxgAAAAAABuYQAAARm91bmRhdGlvbi
… TBeMTA3Mzc0MjEyNzc3Mzc0MjE4NjNFwNjNjxMzAAAAxgAAAAAABuYQAAARm91bmRhdGlvbi
… lvbiBFdmVudUdHMJuAEAAAoKAQEAAAAAAAAoKAgBGO///9j///
… 8AAAAABukQAAArL1BPSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL0ZvdW5kYXRpb24tRXZlbnRzLwoACgAB+
… QUAAAkAAAAJEAAAAAJEAAAAUAAAAJFwAAAAbuEAAAACzEwNzM3NDIxM3TI3fDEwNzM3NDIxODcxI3RCkAAAAxAQ
… AACe8QAAAAAAbwEAAAFzEwNzM3NDIxM3TI3fDEwNzM3NDIxODYxBXEQAAAAAAAAbzEAAAACzEwNzM3NDQxMzgwArw
… ZGF0aW9uIEJvVXJkCbgBAAAKCgEBAAAAAAAAAoKAQrv///Y////
… AAAAAAb3EAAAKi9QT0gvQWJvdXQtVXMvRm91bmRhdGlvbi9Gb3VuZGF0aW9uLVJvYXJkLwoACgAB+
… gUAAAkAAAAJEAAAAAJEAAAAAJFwAAAAbzAQAAAYAAAAAb0QAAAAEbEACE6AAAAACAAAAZ8EAAAFENhcmVlcn
… AACf0QAAAAAAb+
… EAAAFzEwNzM3NDI3MTMMxfDEwNzM3NDIxODYxBvQAAALMTA3Mzc0MjE4NjJEJJJAAAAAYBEQAAJzM5MF4xMDczN
… zQyMTI3I3NV4xMDczNzQyMTg2MV4xMDczNzQyNzEzMQMADAAAAAAAAAAGAhEAABBGb3VuZGF0aW9uWuIFNOYW
… ZmCbgBAAAKCgEBAAAAAAAAoKAfzu///Y////

134251...

(base64-encoded data — illegible for faithful transcription)

134251... AAAAAAAsWJAAAAAAACkUAAAAAAAAAGUAAEsFQAAAEgAAAViZAAAAAAAAABigKAAQAAAAJogQAAA
... AAAAAAAAAATsJAAARAAAACXUAAAAAAAAAAAAAE8CQAAEgAAAAl2AAAAAAAAAAAABPQkAAAQAAAAJogQ
... AAAAAAAAAAAAUoJAAARAAAACXUAAAAAAAAAAAAAFLCQAAEgAAAAl2AAAAAAAAAAAABTAkAAAQAAAAJ
... ogQAAAAAAAAAAAAAVkJAAARAAAACXUAAAAAAAAAAAAAFaCQAAEgAAAAl2AAAAAAAAAAAABWwkAAAQAA
... AAJogQAAAAAAAAAAAAAWgJAAARAAAACXUAAAAAAAAAAAAAFpCQAAEgAAAAl2AAAAAAAAAAAABagkAAA
... QAAAAJogQAAAAAAAAAAAAAXcJAAARAAAAXcXUAAAAAAAAAAAAAF4CQAAEgAAAAl2AAAAAAAAAAAABeQk
... AAAQAAAAJogQAAAAAAAAAAAAAYcJAAAEAAAACaIEAAAAAAAAAAAAAGUCQAAEQAAAAl1AAAAAAAAAAAAB
... lQkAABIAAAAJdgAAAAAAAAAAAAAZYJAAAEAAAACaIEAAAAAAAAAAAAAGjCQAAEQAAAAl1AAAAAAAAAA
... AABpgPAkAABIAAAAJdgAAAAAAAAAAAAAaUJAAAEAAAACaIEAAAAAAAAAAAAAGxCQAABAAAAAmiBAAAAA
... AAAABvwkAAAQAAAAJogQAAAAAAAAAAAAAAc0JAAAEAAAACaIEAAAAAAAAAAAAAHbCQAABAAAAAmiBAAAA
... AAAAAAAB6QkAAAQAAAAJogQAAAAAAAAAAAAAAcfcJAAAEAAAACaIEAAAAAAAAAAAAAEFCgAABAAAAAmiBAAA
... AAAAAAAAAAABEwoAAAQAAAAJogQAAAAAAAAAAAAAASEKAAAEAAAACaIEAAAAAAAAAAAAAEvCgAABAAAAAmiB
... AAAAAAAAAAAABPQoAAAQAAAAJogQAAAAAAAAAAAAAAUsKAAAEAAAACaIEAAAAAAAAAAAAAFZCgAABAAAAAA
... miBAAAAAAAAAAAABZwoAAAQAAAAJogQAAAAAAAAAAAAAAXUKAAAEAAAACaIEAAAAAAAAAAAAAGDCgAABAA
... AAAmiBAAAAAAAAAAAABkQoAAAQAAAAJogQAAAAAAAAAAAAAA28KAAAEAAAACaIEAAAAAAAAAAAAAGtCgAA
... BAAAAAmiBAAAAAAAAAAAABuwoAAAQAAAAJogQAAAAAAAAAAAAAAcgKAAAEAAAACaIEAAAAAAAAAAAAAHJC
... gAAEgAAAAl2AAAAAAAAAAAABygoAAAQAAAAJogQAAAAAAAAAAAAAAdcKAAAEAAAACXUAAAAAAAAAAAAAA
... HYCgAAEgAAAAl2AAAAAAAAAAAAAB2QoAAAQAAAAJogQAAAAAAAAAAAAAAeYKAAAEAAAACXUAAAAAAAAAAA
... AAAHnCgAAEgAAAAl2AAAAAAAAAAAAAAB6AoAAAQAAAAJogQAAAAAAAAAAAAAAfYKAAAEAAAACaIEAAAAAA
... AAAAAAAEDCwAAEQAAAAl1AAAAAAAAAAAAABBAsAABIAAAAJdgAAAAAAAAAAAAAAQULAAAEAAAACaIEAAAA
... AAAAAAAAAAESCwAAEQAAAAl1AAAAAAAAAAAAABEwsAABIAAAAJdgAAAAAAAAAAAAAARQLAAAEAAAACaIEAA
... AAAAAAAAAAAEgCwAAEgAAAAl2AAAAAAAAAAAAABLQsAAAEAAAACXUAAAAAAAAAAAAAAEgPwAABAAAAAmiBA
... AAAAAAAAAAAABLQsAABEAAAAl1AAAAAAAAAAAAABPQsAAAEAAAACXUAAAAAAAAAAAAAAEUCwAAEQAAAAl1AA
... AAAAAAAAAAABdwsAAAEAAAACaIEAAAAAAAAAAAAAFZCwAAEgAAAAl2AAAAAAAAAAAAAAABPQsAAAQAAAAJog
... QAAAAAAAAAAAAAXsCwAAEAAAACaIEAAAAAAAAAAAAAGxCwAAEgAAAAl2AAAAAAAAAAAAAAZ8LAAAQAAAAJo
... gQAAAAAAAAAAAAAX0CwAAEAAAACaIEAAAAAAAAAAAAAGDCwAAEgAAAAl2AAAAAAAAAAAAAB28LAAAQAAAAJ
... ogQAAAAAAAAAAAAAdcCwAAEAAAACXUAAAAAAAAAAAAAAEAEwAAEgAAAAl2AAAAAAAAAAAAAc2LAAAQAAAAHJC
... wAAEgAAAAHXCwAAEAAAACaIEAAAAAAAAAAAAAB5QsAAAQAAAAJogQAAAAAAAAAAAAAAZ8LAAAEAAAACXUAA
... AfMLAAAEAAAACaIEAAAAAAAAAAAAAEBDAAAEAAAACaIEAAAAAAAAAAAAAABDwwAAQAAAAJogQAAAAAAAAAAA
... AAAR0MAAAEAAAACaIEAAAAAAAAAAAAAErDAAABAAAAAmiBAAAAAAAAAAAAAABOQwAAQAAAAJogQAAAAAAAAAA
... AAAAAUcMAAAEAAAACaIEAAAAAAAAAAAAAFVMAAAEgAAAACaIEAAAAAAAAAAAAAAABFVDAAAEAAAACaIEAAAAA
... AAAAAAAAAXEMAAAEAAAACaIEAAAAAAAAAAAAAAXXMAAAEgAAAACaIEAAAAAAAAAAAAAABFdwwAAQAAAAJogQ
... AAAA/
... DAAABAAAAmiBAAAAAAAAAAAAABjQwAAQAAAAJogQAAAAAAAAAAAAAAZsMAAAEAAAACaIEAAAAAAAAAAAA
... AGpDAAABAAAAmiBAAAAAAAAAAAAABtwwAAQAAAAJogQAAAAAAAAAAAAAAcUMAAAEAAAACaIEAAAAAAAAAA
... AAAHTDAAABAAAAmiBAAAAAAAAAAAAAB4QwAAQAAAAJogQAAAAAAAAAAAAAAe8MAAAEAAAACaIEAAAAAAAAA
... AAAAAAH9DAAABAAAAmiBAAAAAAAAAAAABCw0AAAQAAAAJogQAAAAAAAAAAAAAAAARkNAAAEAAAACaIEAAAA
... AAAAAAAAAAEnDQAABAAAAmiBAAAAAAAAAAAABMw0AAAQAAAAJogQAAAAAAAAAAAAAUANAAAARAAAACXUA
... AAAAAAAAAAAAAFBDQAAEgAAAAl2AAAAAAAAAAAAABUQ0AAAQAAAAJogQAAAAAAAAAAAAAAU8NAAAEAAAACX
... UAAAAAAAAAAAAAAFFDQAAEgAAAAl2AAAAAAAAAAAAABYA0AAAQAAAAJogQAAAAAAAAAAAAAAW4NAAAEAAAA
... AAAACaIEAAAAAAAAAAAAGmDQAABAAAAmiBAAAAAAAAAAAAABtA0AAAQAAAAJogQAAAAAAAAAAAAAAc
... INAAAEAAAACaIEAAAAAAAAAAAAHPDQAAEAAAACaIEll1AAAAAAAAAAAAABA0AABIAAAAJdgAAAAAAAAAAAAA
... AAdENAAAEAAAACaIEAAAAAAAAAAAAAHeDQAAEQAAAAl1AAAAAAAAAAAAAAB3w0AABIAAAAJdgAAAAAAAAAAA
... AAAAeAnAAAEAAAACaIEAAAAAAAAAAAAAHtDQAAEQAAAAl1AAAAAAAAAAAAAAB7g0AABIAAAAJdgAAAAAAAA
... AAAAAAAAe8NAAAEAAAACaIEAAAAAAAAAAAAAH8DQAAEQAAAAl1AAAAAAAAAAAAAAAB/
... Q0AABIAAAAJdgAAAAAAAAAAAAf4NAAAEAAAACaIEAAAAAAAAAAAAAELDgAAEQAAAAl1AAAAAAAAAAAAAAA
... ABDA4AABIAAAAJdgAAAAAAAAAAAAAQ00AAAEAAAACaIEAAAAAAAAAAAAAEaDgAAEQAAAAl1AAAAAAAAAAAA
... AAAABGw4AABIAAAAJdgAAAAAAAAAAAAAARwOAAAEAAAACaIEAAAAAAAAAAAAAEpDgAAEQAAAAl1AAAAAAAAA
... AAAAAAABBKg4AABIAAAAJdgAAAAAAAAAAAAASsOAAAEAAAACaIEAAAAAAAAAAAAAE4DgAAEQAAAAl1AAAAAA
... AAAAAAAAAABOQ4AABIAAAAJdgAAAAAAAAAAAAAAToOAAAEAAAACaIEAAAAAAAAAAAAAFHDgAAEQAAAAl1AA
... AAAAAAAAAAAABSA4AABIAAAAJdgAAAAAAAAAAAAAAUkOAAAEAAAACaIEAAAAAAAAAAAAAFWDgAAEQAAAAl1
... AAAAAAAAAAAAAABVw4AABIAAAAJdgAAAAAAAAAAAAAVgOAAAEAAAACaIEAAAAAAAAAAAAAFlDgAAEQAAAAl
... AAl1AAAAAAAAAAAAAABZg4AABIAAAAJdgAAAAAAAAAAAAAAWcOAAAEAAAACaIEAAAAAAAAAAAAAAF0DgAAE
... QAAAAl1AAAAAAAAAAAAAABZg4AABIAAAAJdgAAAAAAAAAAAAAWcOAAAEAAAACaIEAAAAAAAAAAAAAAF0DgAAE
... QAAAAl1AAAAAAAAAAAABdQ4AABIAAAAJdgAAAAAAAAAAAAAXYOAAAEAAAACaIEAAAAAAAAAAAAAAGDDg
... SDgAAEQAAAAl1AAAAAAAAAAAABkw4AABIAAAAJdgAAAAAAAAAAAAAZQOAAAEAAAACaIEAAAAAAAAAAAAAAAG
... AAGhDgAAEQAAAAl1AAAAAAAAAAAAABog4AABIAAAAJdgAAAAAAAAAAAAAaMOAAAEAAAACaIEAAAAAAAAAA
... AAAAAGwDgAAEQAAAAl1AAAAAAAAAAAAABsQ4AABIAAAAJdgAAAAAAAAAAAAAbIOAAAEAAAACaIEAAAAAA
... AAAAAAAG/
... DgAAEQAAAAl1AAAAAAAAAAAAABwA4AABIAAAAJdgAAAAAAAAAAAAAcEOAAAEAAAACaIEAAAAAAAAAAAA
... AHODgAAEQAAAAl1AAAAAAAAAAAABzw4AABIAAAAJdgAAAAAAAAAAAAAdAOAAAEAAAACaIEAAAAAAAAAA
... AAAAHdDgAAEQAAAAl1AAAAAAAAAAAAAB3g4AABIAAAAJdgAAAAAAAAAAAAAd8OAAAEAAAACaIEAAAAAAAAA
... AAAAAAHsDgAAEQAAAAl1AAAAAAAAAAAAAB7Q4AABIAAAAJdgAAAAAAAAAAAAAe4OAAAEAAAACaIEAAAAA
... AAAAAAAAH7DgAAEQAAAAl1AAAAAAAAAAAA/
... A4AABIAAAAJdgAAAAAAAAAAAAAf00AAAEAAAACaIEAAAAAAAAAAAAAEKDwAAEQAAAAl1AAAAAAAAAAAAA
... ABCw8AABIAAAAJdgAAAAAAAAAAAAAQwPAAAEAAAACaIEAAAAAAAAAAAAAEZDwAAEQAAAAl1AAAAAAAAAAAA
... AAAABGg8AABIAAAAJdgAAAAAAAAAAAAAARsPAAAEAAAACaIEAAAAAAAAAAAAAEoDwAAEQAAAAl1AAAAAAAA
... AAAAAAABKQ8AABIAAAAJdgAAAAAAAAAAAAASoPAAAEAAAACaIEAAAAAAAAAAAAAE3DwAAEQAAAAl1AAAAA

134251...
… AAAAAAAAAAAAABIAAAAJdgAAAAAAAAAAAAAAUgPAAAEAAAACaIEAAAAAAAAAAAAAAFCbWAAEQAAAAllAA
… AAAAAAAAAAAAAABRw8AABIAAAAJdgAAAAAAAAAAAAUgPAAAEAAAACaIEAAAAAAAAAAAAAAAFVDwAAEQAAAAl
… 1AAAAAAAAAAAAAAABVg8AABIAAAAJdgAAAAAAAAAAAAVcPAAAEAAAACaIEAAAAAAAAAAAAAAAFkDwAAEQAAA
… AAl1AAAAAAAAAAAAAAABZQ8AABIAAAAJdgAAAAAAAAAAAAWYPAAAEAAAACaIEAAAAAAAAAAAAAAAFzDwAAE
… QAAAAl1AAAAAAAAAAAAAAABdA8AABIAAAAJdgAAAAAAAAAAAAXUPAAAEAAAACaIEAAAAAAAAAAAAAAAGDDw
… AABAAAAAmiBAAAAAAAAAAABkQ8AAAAQAAAAJogQAAAAAAAAAAAAAAZ8PAAAEAAAACaIEAAAAAAAAAAAAAAAg
… sDwAABAAAAAmiBAAAAAAAAAAABuQ8AABEAAAAJdQAAAAAAAAAAAAboPAAASAAAACXYAAAAAAAAAAAAA
… AAG7DwAABAAAAAmiBAAAAAAAAAAAByA8AABEAAAAJdQAAAAAAAAAAAAckPAAASAAAACXYAAAAAAAAAA
… AAAAAHKDwAABAAAAAmiBAAAAAAAAAAABlw8AABEAAAAJdQAAAAAAAAAAAAdgPAAASAAAACXYAAAAAAAA
… AAAAAAAAHZDwAABAAAAAmiBAAAAAAAAAAAB5g8AABEAAAAJdQAAAAAAAAAAAAAecPAAASAAAACXYAAAA
… AAAAAAAAAAAHoDwAABAAAAAmiBAAAAAAAAAAAB9Q8AABEAAAAJdQAAAAAAAAAAAAfYPAAASAAAACXYA
… AAAAAAAAAAAAH3DwAABAAAAAmiBAAAAAAAAAAABBBAAABEAAAAJdQAAAAAAAAAAAAQUQAAASAAAAC
… XYAAAAAAAAAAAAAEGEAAABAAAAAmiBAAAAAAAAAAABExAABEAAAAJdQAAAAAAAAAAAARQQAAASAA
… AACXYAAAAAAAAAAAAEVEAAABAAAAAmiBAAAAAAAAAAABIxAAAAQAAAAJogQAAAAAAAAAAAAATAQAAA
… RAAAACXUAAAAAAAAAAAAAExEAAAEgAAAAl2AAAAAAAAAAAAAAAAMhAAAAQAAAAJogQAAAAAAAAAAAAA8Q
… AAARAAAAACXUAAAAAAAAAAAAAFAEAAAEgAAAAl2AAAAAAAAAAAAAAABQRAAAAQAAAAJogQAAAAAAAAAAAA
… U4QAAAAAAAACXUAAAAAAAAAAAAAFPEAAAEgAAAAl2AAAAAAAAAAAAAAABUBAAAAQAAAAJogQAAAAAAAAAA
… AAAV0QAAAARAAAAACXUAAAAAAAAAAAAAFeEAAAEgAAAAl2AAAAAAAAAAAAAAABXxAAAAQAAAAJogQAAAAAAA
… AAAAAAW0QAAAAAEAAAACaIEAAAAAAAAAAAAAF6EAAAEgAAAAl2AAAAAAAAAAAAAAABexAAAABIAAAAJdgAAAA
… AAAAAAAAAXwQAAAEAAAACaIEAAAAAAAAAAAGJEAAAEgAAAAl2AAAAAAAAAABihAAABIAAAAJdgAAA
… AAAAAAAAAAAAYsQAAAEAAAACaIEAAAAAAAAAAAGYEAAAEgAAAAl2AAAAAAAAAABmRAAABIAAAAJdg
… AAAAAAAAAAAAAAAZoQAAAEAAAACaIEAAAAAAAAAAAGnEAAAEgAAAAl2AAAAAAAAAABqBAAAABIAAAAJdg
… JdgAAAAAAAAAAAAaakQAAAEAAAACaIEAAAAAAAAAAAG3EAAABAAAAAmiBAAAAAAAAAAABxRAAAAQA
… AAAJogQAAAAAAAAAAAdMQAAAEAAAACaIEAAAAAAAAAAAHhEAAABAAAAAmiBAAAAAAAAAAAB7xAAA
… AQAAAAJogQAAAAAAAAAAAAf0QAAAEAAAACaIEAAAAAAAAAAALEQAAABAAAAAmiBAAAAAAAAAAAABFx
… EAAAAQAAAAJogQAAAAAAAAAAAASUQAAAEAAAACaIEAAAAAAAAAAAAExEQAAAAAAAAAAExEAAAAAExEAAAAA
… BPhEAAAEAAAAJdQAAAAAAAAAAAAAAAt8RAAAAAAAAACXYAAAAAAAAAAAAAAAFAEQAAABAAAAAmiBAAAAAAAAAA
… AAAABThEAAAQAAAAJogQAAAAAAAAAAAAAVwRAAAEAAAACaIEAAAAAAAAAAAAAdlEQAAAEAAAAIAAAABCVFa
… 3Ryb24uQ21zLk9ONgzFuaXphdGlvlvbi5JTWVudUl0ZW0lEYEYAACW9SAAAJYBIAAAlEgAACWSAA
… AJYxIAAAlkEgAACWUSAAAHzkEAAAABAAAACaAAAAQlRWt0cm9uBkNtcy5Pcmdhbml6YXRpb24uJTWVudUl0ZW
… tRGF0YYQUAAAJdJZAAAAAAAAAAAAqlmJhdGlvbi5JTWVudUl0ZW0lEYEYAACW9SAAAJYBIAAAlEgAACWSAA
… AJYxIAAAlkEgAACWUSAAAHzkEAAAABAAAACaAAAAQlRWt0cm9uBkNtcy5Pcmdhbml6YXRpb24uJTWVudUl0ZW
… cmdhbm16YXRpb24uJTWVudUl0ZW0uRGF0YYQUAAAJaxIAAAlsEgAACW0SAAAlvJbhIAAAlvEgAACXACAAAAAc
… AlyEgAACXMSAAANBwdoEQAAAEAAAAAEAAAAEAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVnYXWNU
… RhBQAAAAl0EgAACXUSAAAAJdhIAAAl3EgAAB2kbAAAAAQAAAAAAAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW
… 9uLkInZW51SXRlbUlkbG1FdGFkZGAAAGwSAAAJcgAACE5yYXRpb24uSW9SXRlbUlkbG1FdGFkZGF5AAAAAAAA
… CYESAAAJghIAAAmDEgAAQCYTAAAAAwdQAEAAAAEAAAAEIlRWt0cm9uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0
… ZW0uRGF0YQMEAAAJhxIAAAmIEgAAQCYUAAAAAwdQAE4AAAAEAAAAEIlRWt0cm9uQ21zLk9yZ2FuaXphdGlvbi5JT
… WVudUl0ZW0lEYEYAACW9SAAAJaxIAAAlsEgAACW0SAAAlvJbhIAAAlvEgAACXACAAAAAcAlyEgAACXMSAAANBwd
… AABAAAACaAAAAQlRWt0cm9uBkNtcy5Pcmdhbml6YXRpb24uSW9SXRlbUlkbG1FdGFkZGF5AAAAAAAqlRWt0cm9u
… 4SAAAJnxIAAAmgEgAACaAEAAAAAIAAAABCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW0uRGF0YQ
… BCVFa3Ryb24uQ21zLk9yZ2FuaXphdGlvbi5JTWVudUl0ZW0lEYEYAACW9SAAAJaxIAAAlsEgAACW0SAAAJpxIx
… a0SAAAJrhIAAACB3ARAAAAAQAAAAAAAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1F
… EFAAAAB3ERAAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAAu
… 9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAAAAAAqlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSW9SXRlbUlkbG1F
… tcy5PcmdhbWltYXRpb24uSW9SXRlbUlkbG1FdGFkZGF5AAAqlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSW9SXRl
… bUlkbG1FdGFkZGF5AAAAAAAqlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSW9SXRlbUlkbG1FdGFkZGF5AAAu
… EgAAAJwxIAAAm0EgAAACB3ARAAAAAQAAAAAAAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbU
… dhbml6YXRpb24uSW9SXRlbUlkbG1FdGFkZGF5AAAAqlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSW9SXRl
… IAAnEgAACcSAAAJzRIAAAm2EgAACgdzEQAAAAEAAAAAAAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW
… W9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAAqlRWt0cm9uLkNtcy5Pcmdhbml6YXRpb24uSW9SXRlbUlkbG1F
… DbWMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAANzI3IAAANuuEgAA
… DQIHqxEAAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAA7xIAA
… AnwEgAACfESAAAJ8hIAAAnzEgAADQMHqxEAAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW
… 1lbnVJdGVtRGF0YQMEAAAJ9BIAAAn1EgAAQCfkSAAAJ9xIAAAn4EgAAB2kbAAAAAQ
… hIAAAoHhxEAAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAAAAJ+
… xIAAA0DB4gRAAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLkInZW51SXRlbUlkbG1FdGFkZGF5AAAACf

134251… wSAAAb
… RIAAA0CB4oRAAAAAQAAAAQAAAAEJUVrdHJvbi5DbXMuT3JnYW5pemF0aW9uLklNZW51SXRlbVRhbmRGEFAAAACf
… 4SAAANAweMEQAAAAEAAAAEAAAABCVFa3Ryb24uQ21zLk9yZFFuaXphdGlvbi5JTWVudUl0ZW1EYXRhRBQAAAAn
… /EgAACQATAAANAgFeEgAALgUAAAH/7P//kPn//wAAAABAAAAwFYAgAIAAADgCwCAAgAAAAlNCAAAAf3s///r
… ////
… AQAAAAlQCAAACRcAAAAqAAAAAAAAAAkQAAAAAQAAAAkHEwAACRAAAAAALCQAgAIAAAABXxIAAAgAAAAACDACAA
… gAAAOALAIACAAAACRAAAAAAAAAAAAAAAlVCAAACVYIAAAAJEAAAAAEJXAgAAAAHz7P//6////
… wQAAAAGDhMAAD9QT0gvU3BlY21hbHRpcnMmVoYXZpb3JhJhbC1IZmFsZGGvQ2VudHHJlLWZvci1CZWhhdmlvcm
… FsLUhlYWx0aC8iCoAAAAAoAAAAAAAAACRAAAAACAAAACAAAAACRETAAAKAAaIMAIACAAAAAAWSAAAAuBQAAAe7s///+Q+f/
… /AAAAAEAAAD7YgCAAgAAAAOALAIACAAAAACWoIAAAB7Oz//+v///
… 8BAAAAACW0IAAAJFwAAAACoAAAAAAAACRAAAAAAAAAAArHwCAAgAAAAFhEgAACAAAAAMMAIA
… CAAAA4AsAgAIAAAAJEAAAAAAAAAAAAAAAACXIIAAAJcwgAAAkQAAAAAQl5CAAAAeLs///r////
… BAAAAAYfEwAAAVFBPSC9TcGVjjaWFsdFGllcy9CZWhhdmlvcmFsLUhlYWYx0aC9TdWJzdGFuY2UtUtVXNlLUludGVuc
… 2l2ZS1PdXRRYXRpZW50IFByb2dyYW0uY3IvLUNVNNVLwkXAAAAAkgAAAAAAAAAJEAAAAAAQAAAAJIhMAAAoAAwwAgA
… IAAAABYhIAAAAgAAAAEDACAAgAAAAOALAIACAAAAACRAAAAAAAAAAAAAmBCAAACYIIAAAJEAAAAAEJiAgAAAAH
… Y7P//6////
… wQAAAAGKRMAAFVQT0gvU3BlY21hbHRpcnMmVoYXZpb3JhJhbC1IZmFsZGGvQ2VudFGWUudGFsLUhlYVx0aC1lJbnRlbn
… NpdmUtT3V0cGF0aWVudC1lcm9ncm9ncmttFtKEl1ILUlPUCkvCRcAAAAqAAAAAAAAAAkQAAAABQAAAAksEwAACCgAEDAC
… AAgAAAAFjEgAACAAAAAUUMAIACAAAA4AsAgAIAAAAJEAAAAAAAAAAAAAAAACZIAAAJXQgAAAkQAAAAAQmXCAAA
… Ac7s///r////
… BAAAAAYzEwAAAQFBPSC9TcGVjjaWFsdFGllcy9CZWhhdmlvcmFsLUhlYYWx0aC9FbGdlcjlHZjJ9udnVsc2l2ZS1Ua
… GVyYXB5B5LUVDVC9CCJFWAAAAOAAAAAAAAAACRAAAAAAAAAAAAAAAATYTAAAKAUMAIACAAAAAWQSAAAuBQAAAcns//+Q+f
… //AAAAAEEAAAADPGQAAAAAAAAOALAIACAAAACaUIAAABx+z//+v///
… 8BAAAACagIAAAJFwAAAACoAAAAAAAAACRAAAAAHAAAAT7AAAAJEAAAAAAQIgCAAgAAAAFIEgAACAAAAAcMAIA
… CAAAA4AsAgAIAAAAJEAAAAAAAAAAAACa0IAAAJrggAAAkQAAAAAQm0CAAAAb3s///r////
… BAAAAAZEEwAAR1BPSC9TcGVjjaWFsdFGllcy9CZWhhdmlvcmFsLUhlYWx0aC9HZXJpYXRyaWMtTWVudGWN1dGtUQ2FyZ
… S1Ib3NwaXRhbHRpbHb6tG6XRpb24vCRcAAAAqAAAAAAAAAkQAAAACAAAAlHEwAACqAHDACAAAAFmEgAALgUAAAH
… G47P//kPn//wAAAABAAAAAuxgAAAAAAAAiFACAAgAAAAnCCAAAAbbs///r////
… AQAAAAnFCAAACRcAAAAqAAAAAAAAAAkQAAAAAAAalOEwAACRAAAAAAAkyEAgAIAAAABZxIAAC4FAAAABsOz//
… 5D5//8AAAAAAQAAACQrAIACAAAAIhQAgAIAAAAJ0AgAAAGu7P//6////
… wEAAAAJ0wgAAAkXAAAAqAAAAAAAAAAJEAAAAAIAAAAaJVhMAAAAkQAAAAAJQhAIACAAAAAWgSAAAuBQAAAajs//
… +Q+f//AAAAAEAAAAcKwCAAgAAAACIUIAIACAAAACd4IAAABpuz//+v///
… 8BAAAACeEIAAAJFwAAAACoAAAAAAAAACRAAAAADAAAACV4TAAAAJEAAAAAACVIQCAAgAAAAFpEgAALgUAAAGg7P/
… /kPn//wAAAABAAAAAICsAgAIAAAAAiFACAAgAAAAnsCAAAAcfIAAAJ7z//+v///
… AQAAAnvCAAACRcAAAAqAAAAAAAAAAkQAAAABAAAAA1mEwAACAAAAAAAliEAgAIAAAABahIAADQFAAAAAAAAAA
… AAAACIUAIACAAAACfgIAAABl+z//+v///
… 8FAAAACfsIAAAJewMAAAAqAAAAAAAAACRAAAAAAFAAAACW0TAAAAABFIQCAAgAAAAAFrEgAACAAAAAAAABEMAIA
… CAAAA4wsAgAIAAAAJEAAAAAAAAAAAAACQAJAAAJAQkAAAkQAAAAAQkHCQAAY3s///r////
… BAAAAA0EwAAQl1BPSC9TcGVjjaWFsdFGllcy9DYW5jZXItT3JnYW5pemF0aW9uLnNiMmd5dHdub3Npbmg3bh
… mQtVHJlYXRtZW50ZW50LwkxAAAAqAAAAAAAAAAEJAAAAAEAAAAJdxMAAAoAEQwBQ4wdWIzAIAAABbBIAAgAAAAAUDACAAg
… AAAOMLAIACAAAACRAAAAAAAAAAAAAAAkPCQACRAAAAAAAAJEAAAAAEJFgkAAGD7P//6////
… wQAAAAGfhMAAADQT0gvU3BlY21hbHRpcnMmVoFuY2VyLVVkUlVLUNhQW5kUW1hUV091091ci11UZWFtLLW9mLUV9cGdveGdd
… MvCRcAAAAqAAAAAAAAAkQAAAAgAAAAmBEwAACgUDACAAgAAAAAAFtEwAACAAAAAAZEQF7P//kPn//wAAAABAAAAAAADjCwAgAIAAA
… wAAAAAAADjCwCAAgAAAAAJSgkAAAAiBgAAAAAAAADjCwCAAgAAAAAiBgCAAAAAAAADjCwAAAACWQAAACQJCQ///r////
… AQAAAknCQAACRcAAAAqAAAAAAAAAAkQAAAAwAAAAmIEwAACRAAAAAAsCQAAACS0IAAAJXQAAAYXs///r////
… gAAAOMLAIACAAAAAAAkkSCQAAACWwAAAkQAAAAAJMwkAAAAFxAgAAAGO7P//6////
… wQAAAAGjxMAAADRT0gvU3BlY21hbHRpcnMmVoFuY2VyLVVkUlVLUNhQW5kUW1hUV091091ci11UZWFtLLW9mLUV9cGdveGddaC
… cAAAAqAAAAAAAAAAkQAAAABAAAAmSEwAACAAAAAAZEQGO7P//kPn//wAAAABAAAAAAADjCwAgAIAAAAACTsJAAAJPAkAAAAQLCQAAAAWjs///r////
… BAAAAAaZEwAAQVSBPSC9TcGVjjaWFsdFGllcy9DYW5jZXIt LW9mLUNhbmNlci1Pcmdhbml6YXRpb24uc2IyZDVLUS9QdXRXYXJYRpRpRpRp
… W50LUluZnZaW9uLUN1bmJlci9c2h6dF9Ac29ud3Js///r///
… 8BAAAA4wsAgAIAAAAJEAAAAAAWSAAAAuBQAAAkQAAAAAWSAAAA/6////
… 8EAAAABqMTAABCUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1Pcmdhbml6YXRpb24uc2l5bmNturU2NyZWVW
… uaW5nLUxyb2 J2dyW0vcRcAAAAqAAAAAAAAAmMmmmEwAACgAZDACAAgAAAAFzEgAAACAAAAAUMAIAAAA
… AAA4AsAgAIAAAAJEAAAAAAAAAAAAAACVkJAAAJWgkAAAkQAAAAAQlgCQAAAVTs///r////
… BAAAAAaAtEwAAUFBPSC9TcGVjjaWFsdFGllcy9DYW5jZXIt LW9mLUNhbmNlci1Pcmdhbml6YXRpb24uc2l5bmNtur
… GlhdGl2Z2V2MtYW5kLUFjY3T2QAAAKABwMAIACAAAAACWgIAAABmwEwEAAAAjAAAAAQlvCQAAAURs///
… r////
… BAAAAAa3EwAANlBPSC9TcGVjjaWFsdFGllcy9DYW5jZXIt LW9mLUp1aXMAAAA4GgwGAgAIAAAAAxxIAAAAxAAAACDACAAgAAAAOMLAIACAAAAACWAAAAA
… AAAAAAAAAl3CQAAACXgXjAAAAJEAAAAAEJfgkAAAAP7P//6////
… wQAAAAGwRMAAC1QT0gvU3BlY21bHRpcnMmVoFuY2VyLVVkUlVLUuhcmNtur Ml1c291cmNtur Nlcy9DdGdWAAAAoAAA
… AAAAAACRAAAAAAAAAAAAAAAAAAAAAAAAAAAlbWAAACWwkAAAAkQAAAAAQmQCQAAAs/s///r////
… BAAAAAbSEwAADGlUcmlhZ2U1UtQXBwLwkXAAAAKgAAAAAAAAAAJEAAAAAIAAAAJ1RMAAAoA+

134251... AwAgAIAAAABhTAAAgAAAD7DRCAAgAAAAO0LAIACAAACRRAAAAAAAAAAAAAAAmjCQAACaQOAAJEAAAAAEJqg
... kAAAEl7P//6////
... wQAAAAG3BMAAEFQT0gvU3BlY2lhbHHRpZXXMvRW1lccmdlbmN5LUNhcmUUvSGVhcnQtRW1lccmdlbmN5N5LS0tQ2hlc3
... QtUGFpbi1DlmYXJ51LwkXAAAAKgAAAAAAAaJEAAAAAMAAAAJ3xMAAAAoA+
... wwAgAIAAAABdxIAADQFAAAAAAAAAAAAOcLAIACAAAACbYJAAABH+z//+v///
... 8FAAAACbkJAAAJewMAAACoAAAAAAAAAaCRAAAAAEAAAAACeUTAAAJEAAAAABmJACAAgAAAF4EgAALgUAAAEZ7P/
... /kPn//wAAAAABAAAAVxkAAAAAAAAADqCwCAAgAAAAnECQAAARfs///r////
... AQAAAAnHCQAACRcAAAAqAAAAAAAAAAAkQAAAAQAAAAntEwAACRAAAAAAAAOh8AgAIAAAABeRIAAC4FAAABEez//
... 5D5//8AAAAAAQAAAJoYAAAAAAAAA6gsAgAIAAAAJ0gkAAAEP7P//6////
... wEAAAAJ1QkAAAkXAAAAKgAAAAAAAAaJEAAAAA1AAAAJ9RMAAAkQAAAAAEofAIACAAAAAXoSAAAuBQAAAQns//
... +Q+f//AAAAAAEAAABIYwCAAgAAAOoLAIACAAAACeAJAAAABB+z//+v///
... 8BAAAACeMJAAAJFwAAACoAAAAAAAACRAAAAADAAAACf0TAAAJEAAAAAAAAA8HwCAAgAAAAF7EgAALgUAAAEB7P/
... /kPn//wAAAABAAAAaGMAgAIAAAADqCwCAAgAAAAnuCQAAAf/r///r////
... AQAAAAnxCQAACRcAAAAqAAAAAAAAAAAkQAAAAAABAAAABfxIAAAAuBQAAAB4ev//
... 5D5//8AAAAAAQAAAEljAIACAAAA6gsAgAIAAAAJ/AkAAAAH36///6////wEAAAAJ/
... wkAAAkXAAAAKgAAAAAAAAJEAAAAAUAAAAAJDRQAAAkQAAAAAD0fAIACAAAAX0SAAAuBQAAAfHr//+Q+f//
... AAAAAAEAAACqGAAAAAAAOoLAIACAAAACQoKAAAAB7+v//+v///
... 8BAAAACQ0KAAAJFwAAACoAAAAAAAACRAAAAAGAAAAACRTUUAAAJEAAAAAA+HwCAAgAAAAF+EgAALgUAAAAHp6//
... /kPn//wAAAABAAAApxgAAAAAAADqCwCAAgAAAAkYCgAAAAefr///r////
... AQAAAAkbCgAACRcAAAAqAAAAAAAAAAAkQAAABwAAAAkdCgAAAAxfIAAAAAAPx8AgAIAAAABfxIAAC4FAAAB4ev//
... 5D5//8AAAAAQAAAHdjAIACAAAA6gsAgAIAAAAJJgoAAAAH/6///6////
... wEAAAAJKQoAAkXAAAAKgAAAAAAAaJEAAAAAkAAAAaAAAAJJRQAAAkQAAAAAEsfAIACAAAAACTQKAAAB1+v//+v///
... 8BAAAACTcKAAAJFwAAACoAAAAAAAACRAAAAABDHwCAAgAAAAGBEgAALgUAAAHR6//
... /kPn//wAAAABAAAAOoRAAAAAADqCwCAAgAAAAlCCgAAAc/r///r////
... AQAAAAlFCgAACRcAAAAqAAAAAAAAAAAkQAAAAwAAAAlsZAAAAAAAAA6gsAgAIAAAAJUAoAAAHH6//6////
... wEAAAAJUwoAAAkXAAAAKgAAAAAwAAAAJPRQAAAkQAAAAEUfAIACAAAAAYMSAAAuBQAAAHR6//
... /+Q+f//AAAAAAEAAAAEAAYDYKwCAAgAAAOoLAIACAAAACV4KAAAABp+v//+v///
... 8BAAAACWEKAAAJFwAAACoAAAAAAAAACRAAAAABAHwCAAgAAAAGEEgAALgUAAAAlsCgAAAbfr///r////
... AQAAAAlvCgAACRcAAAAqAAAAAAAAAaJEAAAAAWx0AgAIAAAABhRIAAC4FAAABsev//
... 5D5//8AAAAAQAAACzzAIACAAAAJxQAAAIAAAAJegoAAAGv6//6////
... wEAAAAJfQoAAAkXAAAAKgAAAAAAAaJEAAAAAAAJVRQAAAkQAAAAF0hAIACAAAAAYYSAAAuAnr//+v///
... +Q+f//AAAAAAEAAAAncwCAAgAAAACUIACAAAACYgKAAAABp+v//+v///
... 8BAAAACYsKAAAJFwAAACoAAAAAAAACRAAAAAAAACV0UAAAJEAAAAEAAABAHGeAAAgAAAAGHEgAALgUAAAGh6//
... /kPn//wAAAABAAAALHMAgAIAAAAnFACAAgAAAAmWCgAAAZz//r////
... AQAAAAmZCgAACRcAAAAqAAAAAAAAAAAkQAAAAwAAAAllFAAACRAAAAAAAAXiEAgAIAAAABiBIAAC4FAAABmev//
... 5D5//8AAAAAAQAAAAEVzAIACAAAAJxQAAAIAAAAJpAoAAAGx6//6////
... wEAAAAJpwoAAAkXAAAAKgAAAAAAAaJEAAAAAAAJbRQAAAkQAAAAAGhAIACAAAAAYkSAAAuAYkSAAAuYkSAAAYkSAYkSAYksAAAYkSAAAYkYkSAAAYksAAAYkSYkAYkksAAAYksAAAYks
... 8BAAAACbUKAAAJFwAAACoAAAAAAAACRAAAAAAFAAAACXUUAAAJEAAAAAABnIQCAAgAAAGKEgAALgUAAAGJ6//
... /kPn//wAAAABAAAA3ooAgAIAAADoCwCAAgAAAAnACgAAAn/r///r////
... AQAAAAnDCgAACRcAAAAqAAAAAAAAAAAkQAAAAAAAAwAAAAl9FAAACRAAAAAAAAAli1iAgAIAAAABixIAAAgAAAALDQCAA
... gAAAOgLAIACAAAACRAAAAAAAAAAAAAAAAnICgAACckAAAAJEAAAAAEJzwoAAAF96//6////
... wQAAAAGhBQAAENQT0gvU3BlY2lhbHHRpZXXMvR2u2VuRpY1bnlDb3Vuc2Vs4nEzE5m5bnN1bGluGluGluDluGlu
... 1PdXItU2Vydmljci1ZXMvRCcAAAAqAAAAAAAAAKQAAAAgAAAAAAmRFAAACbnNlbGluGV0AAAAAawNAIA
... CAAAA6AsAgAIAAAAJEAAAAAAAAAAAAAAAAACdcKAAAJ2AoAAAkQAAAAQNeCgAAAQnePr///r////
... BAAAAAoOFAAAQVBPSC9TcGVjaWFsFsdGllcy9HZW51bGG1mUlIbmVsc2UyFuY2VsLlVJpc2st2stSGVhcnQtUGFpbg
... GFyeS1DlDYW5jZXIvRCcAAAqAAAAAAAAAKgAAAAAxAAAAAmRFAAAACeYKAAAkQAAAAAAQntCgAAAAOgLAIACAAAA
... AA6AsAgAIAAAAAAACeYKAAAkQAAAAAAntCgAAAAOgLAIACAAAAAeYKAAAkQAAAAAAntCgAAAAOgLAIACAAAA
... BAAAAAaYFAAAAOVBPSC9TcGVjaWFsFsdGllcy9HZW51bGG1mUlIbmVsc2UyFuY2VsLlVJpc2st2stSGVhcnQtUGFpbg
... G9yLwkXAAAAKgAAAAAAAJEAAAAAQAAAAJmxQAAAAOADQ0AgAIAAAABjhIAAC4FAAABZOv//5D5//
... 8AAAAAQAAAMt1AIACAAAA6AsAgAIAAAAJAwsAAAAUAAAAAUAAAAaAsAgAIAAAAJmxQAAAAOADQ0AgAIA
... goAAAkXAAAAAqAAAAAAAAUAAAAUJohQAAkAAAAAAqAAAAAaAIhAICAAAACAAAAAAAAAAAAAAAAAAAAA8AgAIAAAADOcW
... CAAgAAAAJAwsAAAkXAAAAAAAKEcEcEvAAAAKCdKAAAAkQAAAAanCgAAAYfr///r////
... 8EAAAABqUUAAAAPSH/TcGVjaWFsFsdGlsdGllcy9HZW51bGGVsc2UyFuY2VsLlVJpc2st2stSGVhcnQtUGFpbg
... GFyeS1DlDYW5jZXIvRCcAAAqAAAAAAAAAKgAAAAAxAAAAAmRFAAAACeYKAAAkQAAAAAAQntCgAAAAOgLAIACAAAA
... AA6AsAgAIAAAAAAACeYKAAAkQAAAAAAntCgAAAAOgLAIACAAAAAeYKAAAkQAAAAAAntCgAAAAOgLAIACAAAA
... 8EAAAABqkUAADUE9IL1NwZWNpYWxYWx0bmY3Q0dlbmVyYWwVWMtQ291bmNtsbGdGluZy1HZXN9ldW5zZXXxpbmc
... tRm9yLVBhdGllbbnRzLwkXAAAAKgAAAAAAAAJEAAAAYAAAAJrBQAAAOADQ0AgAIAAAABkBIAAAgAAAAPDQCA
... AgAAAOgLAIACAAAACRAAAAAAAAkSCwAAACRAAAACRMLAAAACRMLAAACRMLAAACRMLAAAACRMLAAACRMLAAACRMLAAACRMLAAACRMLAAAAC
... wQAAAAGsxQAACNHZW5lcd5LUNvdW5zZWxpbmcy0UMVmZXIty1LSt1QYXRpZW50LStXAAAAAAJEAAAA
... cAAAAJthQAAAOADW0AgAIAAAABkRIADQFAAAAAAAAAAAOgLAIACAAAACSULAAAB7r///r////
... 8FAAAACSgLAAAJewMAAACoAAAAAAAAAAACRAAAAAAAAD0DAIACAAAAAQk0CwAAAACS7r///r////
... AQAAAAlFCwAACRcAAAAqAAAAAAAAAAACbwUAAAAJLgsAAAkQAAAAQk0CwAAAACS7r///r////
... CAAAA6AsAgAIAAAAJEAAAAAAAAACS0LAAAJLgsAAkQAAAAQk0C0wAAAT7r///r////
... BAAAAAbdDFAAAAPSH/TcGVjaWFsFsdGllcy9HZW51bGG1mUlIbmVsc2UyFuY2VsLlVJpc2st2stSGVhcnQtUGFpbg
... kPn//wAAAABAAAAOnoAgAIAAAApFACAAgAAAACbwUAAAAnGFAAACAAACAAACbwUAAAACAAACGEgAALgUAAAAE56///
... kPn//wAAAABAAAAOnoAgAIAAAApFACAAgAAAAlCCwAAAn/r///r////
... AQAAAAlFCwAACRcAAAAqAAAAAAAAAAAnNFAAAAAMyIAgAIAAAABlBIAAAgAAAAPVUAsAAAEv6//6////
... 5D5//8AAAAAAQAAAAAQAAAAKRQAgAIAAAAJUAsAAAEv6//6////

... wEAAAAJUwsAAAkXAAAAkgAAAAAAAAJAAAAAQAAAAADQiNIACAAAAAZUSAAAuBQAAASnr//
... +Q+f//AAAAAEAAACBewCAAgAAACkUAIACAAAACV4LAAABJ+v//+v//
... 8BAAAACWELAAAAJFwAAACoAAAAAAAAACRAAAAAADAAAACd0UAAAJEAAAAAAwIgCAAgAAAAGWEgAALgUAAAEh6//
... /kPn//wAAAAABAAAAg3sAgAIAAAAApFACAAgAAAAAlsCwAAAR/r///r////
... AQAAAAlvCwAACRcAAAAqAAAAAAAAAAkQAAAABAAAAAnlFAAACRAAAAAAMSIAgAIAAAABlxIAAC4FAAABGev//
... 5D5//8AAAAAAQAAAIV7AIACAAAAKRQAgAIAAAAJegsAAAEX6///6////
... wEAAAAJfQsAAAkXAAAAkgAAAAAAAAJEAAAAAUAAAAJ7RQAAAkQAAAAAC4iAIACAAAAAAZgSAAAuBQAAARHr//
... +Q+f//AAAAAEAAACIewCAAgAAACkUAIACAAAACYgLAAABD+v//+v//
... 8BAAAACYsLAAAAJFwAAACoAAAAAAAAACRAAAAAADAAAAAtIgCAAgAAAAGZEgAALgUAAAEJ6//
... /kPn//wAAAAABAAAAiXsAgAIAAAApFACAAgAAAAAmWCwAAAQfr///r////
... AQAAAAmZCwAACRcAAAAqAAAAAAAAAAkQAAAABwAAAABwAAAAn9FAAACRAAAAAAMiIAgAIAAAABmhIAAC4FAAABAev//
... 5D5//8AAAAAAQAAAIt7AIACAAAAKRQAgAIAAAAJpAsAAAH/6v//6////
... wEAAAAJpwsAAAkXAAAAkgAAAAAAAAJEAAAAgAAAAJBRUAAAkQAAAAAC8iAIACAAAAAZsSAAAuBQAAAfnq//
... +Q+f//AAAAAEAAADGlgCAAgAAACkUAIACAAAACbILAAAB9+v//+v//
... 8BAAAACbULAAAAJFwAAACoAAAAAAAAACRAAAAAAJAAAAAQ0VAAAJEAAAAAAMCMJACAAgAAAAGcEgAALgUAAAHx6v//
... /kPn//wAAAAABAAAAg2EgSAAgAAAAA2EQCAAgAAAAnCwAAAnACwAAAe/q///r////
... AQAAAAnDCwAACRcAAAAqAAAAAAAAAAkQAAAAkVFQAAACRAAAAAbCEAgAIAAAABnRIAAC4FAAAB6er//
... 5D5//8AAAAAAQAAAHAYAAAAAAAAAAANhEAgAIAAAAJzgsAAAHn6v//6////
... wEAAAAJ0QsAAAkXAAAAkgAAAAAAAAJEAAAAAmAAAAJHRUAAAkQAAAAAG0hAIACAAAAAZ4SAAAuBQAAAeHq//
... +Q+f//AAAAAEAAAB3GgAAAAADYRAICAAAACCdwLAAAB3+v//+v//
... 8BAAAACd8LAAAAJFwAAACoAAAAAAAAACRAAAAAAEAAAACSUVAAAJEAAAAAAAACSUVAAAJEAAAAAAnqCwAAAfq///r////
... AQAAAAntCwAACRcAAAAqAAAAAAAAAAkQAAAABQAAAAktFQAAACRAAAAAAAgCEAgAIAAAABoBIAAC4FAAAB0er//
... 5D5//8AAAAAAQAAAIE2AAAAAAAAAAANhEAgAIAAAAJ+AsAAAHP6v///wEAAAAJ+
... wsAAAkXAAAAkgAAAAAAAAJEAAAAYAAAAJNRUAAAkQAAAAAAESAAAuBQAAAcnq//+Q+f//
... AAAAAEAAAACewCAAgAAACkUAIACAAAACQYLAAABx+v//+v//
... 8BAAAACQkMAAAAJFwAAACoAAAAAAAAACRAAAAHAAACT0VAAAJEAAAAAAAACBxIQCAAgAAAAGiEgAALgUAAAHB6v//
... /kPn//wAAAAABAAAAT1kAgAIAAAA4EwCAAgAAAAAb/q///r////
... AQAAAAkXDAAACRcAAAAqAAAAAAAAAAkQAAAAAEFQAAACRAAAAAAAOBMAgAIAAAAJIgwAAAG36v//6////
... wEAAAAJJgwAAAkXAAAAkgAAAAAAAAJEAAAAIAAAAJTRUUAAAQAAAAAAAFFQAAACRAAAAAAWR4AgAIAAAABoxIAAC4FAAABuer//
... 5D5//8AAAAAAQAAAExZAIACAAAAOBMAgAIAAAAJIgwAAAG36v//6////
... wEAAAAJJQwAAAkXAAAAkgAAAAAAAAJEAAAAAAAAAIAAAAAJTRUUAAAFUeAIACAAAAAaQSAAAuBQAAAbHq//
... +Q+f//AAAAAEAAAABNWQCAAAAADgTAIACAAAAJTAMAAABr+v//+v//
... 8BAAAACTMMAAAAJFwAAACoAAAAAAAAACRAAAAADAAAACVUUAAAJEAAAAAAABWHgCAAgAAAAGlEgAALgUAAAGp6v//
... /kPn//wAAAAABAAAAVUkAgAIAAAA2OgEAAAAAJAQAAAm/
... DAAAACRcAAAAqAAAAAAAAAAkQAAAAABAEAAAAmlFQAACRAAAAAAA2SIAgAIAAAABrxIAAC4FAAABWer//5D5//
... 8AAAAAQAUKAIACAAAAAYhQAgAIAAAAJygWAAAAAX6//6////
... wEAAAAJzQsAAAkXAAAAkgAAAAAAAAJEAAAAAAAAJrUAAAkQAAAAAAMwiIAgAIAAAABgxIAAC4FAAAAFJ6v//
... /kPn//wAAAAAeBoAAAAAABiFACAAgAAAAnmDAAAAUfq///r////
... AQAAAAnpDAAACRcAAAAqAAAAAAAAAAkQAAAAawAAAAFZMAIACAAAAAYhQAgAIAAAAJ9AwAAAAAX6v//6////
... wEAAAAJ9wwAAAkXAAAAkgAAAAAAAAJEAAAAAAAAAJxRUAAAAkQAAAAAAMSAAAuBQAAATnq//
... +Q+f//AAAAAEAAADnKwCAAgAAACkUAIACAAAACQINAAABr+v//+v//
... 8BAAAACQQNAAAAJFwAAACoAAAAAAAAACRAAAAAADPIgCAAgAAAAG0EgAALgUAAAEx6v//
... /kPn//wAAAAAVBsAAAAAArFACAAgAAAAkQDQAAS/q///r////
... AQAAAAkTDQAACRcAAAAqAAAAAAAAAAkQAAAAnVFQAACRAAAAAAaciEAgAIAAAABtRIAAC4FAAABKer//
... 5D5//8AAAAAAQAAAHuUAIACAAAAkxQAgAIAAAAJHg0AAAEn6v///wEAAAAJIQ0AAAkXAAAAkgAAAAAAAAJ3RUAAAkQAAAAAAbYSAAAuBQAAAShr//
... +Q+f//AAAAAEAAAALKwCAAgAAACsUAIACAAAACSwNAAABH+v//+v//

134251… 8BAAAACS8wAAAgYYwAAACoAAAAAAACAAAAHAADAAAACe0VAAAJEPAAAABZIQCAAgAAAAG5EgAANAUAAAAAAAA
… AAAAA8QsAgAIAAAAJOA0AAAEY6v//6////
… wUAAAAJOw0AAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJ7BUAAAKQAAAAPUcAIACAAAAAbgSAAAIAAAAcw0AgA
… IAAADyCwCAAgAAAAkQAAAAAAAAAAAAAAJEAAAAAIAAAAAADD1AAA1BDQAACRAAAAABCUcNAAABDur//+v///
… 8EAAAABvMVAAAqUE9IL1NwZWNpYWx0aWVzIDlN0cm9rZS1Qcm9ncmFmtLlRJQS1DbGGluaWMVrCRCAAAqAAAAAAA
… AAAAkQAAAAAQAAAAn2FQAACgBzDQCAAgAAAAG5EgAACAAAAHQNAIACAAAA8gsAgAIAAAAJEAAAAAAAAAAAAAAA
… CU8NAAAJUA0AAAkQAAAAAQlWDQAAAQTq///r////
… BAAAAAb9FQAARVBPSC9TcGVjjaWFsdGllcy9TdHJva2UtUHJvZ3JhbS9GYXN0bGF5WFjdGlvbi1tYXhtlcy1hbGGwtd
… GhlLWRpZmZlcmVuY2VzL25k-mVuY2U2UhLwkXAAAAKgAAAAAAAAAAJEAAAAAIAAAAJABYAAAoAdA0AgAIAAAABuhIAAAgAAAAH8DQ
… CAAgAAAPMLAIACAAAAACRAAAAAAAAAAAAAAA1eDQAACV8NAAAAJEAAAAAEJZQ0AAAAH66f//6////
… wQAAAAGBxYAAAERQT0gvU3BlY2lhbHRpdZpXMvVHJhbnNwbGFudC9Qb3J3J0ZXItdVHJhbnNpbwGFudC1NdWx0aWRp_rpc2
… NpcGxpbmFyeeS1UZWFttLwkXAAAAKgAAAAAAAAAJEAAAAAEAAAAJEAAAAABuxIAAC4FAAAB9en
… //5D5//8AAAAAAAAQAAAB0sAIACAAAA8wsAgAIAAAAJcw0AAAAHz6f//6////
… wEAAAAJdg0AAAkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJERYAAAkQgAAAAAAHQhAIACAAAAAbwSAAAuBQAAAe3p//
… +Q+f//AAAAAAEAAABaBaGQAAAAAAAAPMLAIACAAAAACYENAAAAB6+n//+v///
… 8BAAAACYQNAAAJFwAAACoAAAAAAAAaCRAAAAADAAAACRkWAAAJEAAAAAB4IQCAAgAAAAG9EgAAALgUAAAAHl6f//
… /kPn//wAAAAABAAAAHiwAgAIAAADzCwCAAgAAAAmPDQAAAePp///r////
… AQAAAAmSDQAACRcAAAAqAAAAAAAAAkQAAAABAAAAAkhFgAACRAAAAAAAeiEAgAIAAAAABvhIAAC4FAAAB3en//
… 5D5//8AAAAAAQAAACAsAIACAAAA8wsAgAIAAAAJnQ0AAAAHb6f//6////
… wEAAAAJoA0AAAkXAAAAKgAAAAAAAAAJEAAAAAUAAAAJKRYAAAkQAAAAAHYhAIACAAAAAb8SAAAuBQAAAAdXp//
… +Q+f//AAAAAAEAAAjLACAAgAAAPMLAIACAAAACasNAAAAB0+n//+v///
… 8BAAAACa4NAAAJFwAAACoAAAAAAAAaaCRAAAAAGAAAACTEWAAAJEAAAAAB5IQCAAgAAAAG9EgAAALgUAAAAHN6f//
… /kPn//wAAAAABAAAAmxoAAAAAAAADzCwCAAgAAAAm5DQAAAcvp///r////
… AQAAAAm8DQAACRcAAAAqAAAAAAAAkQAAAAABwAAAAk5FgAAACRAAAAAAdSEAgAIAAAABwRIAAC4FAAABxen//
… 5D5//8AAAAAAQAAAJgaAAAAAAAA8wsAgAIAAAAJxw0AAAAH6f//6////
… wEAAAAJyg0AAAkXAAAAKgAAAAAAAAAJEAAAAAqaAAAAJQRYAAAqQAAAAAAQQUAAAAQAAAAPahwhwhIACAAAAAcISAAAIAAAAqA0AgA
… IAAACMDQCAAgAAAAkQAAAAAAAAAAAAAAAJ7Q0AAAnuDQAACRAAAAAABCfQNAAAABpen//+v///
… 8EAAAABkgWAABCUE9IL1BhdGllbnQtR3VpZGUtUGVyc29uYWwtSW1hZ2luZy1WUGDwAVudC1hbGdvcml0aG1QtVmlzaXVfcvci1JbmzvcmhdGlvbi9ZN2WR
… pY2FsVJlJZ29ZHMvYCRcAAAqAAAAAAAAaAJEAAAAALFgAACgCoDQCAAgAAAAHDEgAACAAAAAKoNAIAC
… AAAAjA0AgAIAAAAAAAAAAAACd4NAAAJ3w0AAAkQAAAAAQnlDQAAa/p///r////
… BAAAAAZSFgAAQ1BPSC9QYXRpZW50LVd1aWRlLWRlLUltYWdpbnQtVmlzdWFsaWzhdGlvbi9SW5kLVZpc2l0aW9u
… G9tZXItU2VydmljZS9UeWFtLVB5c3RlbS1PZmZlci1TdXBwb3J0LUltYWdpbmctUsYW9sdXRpb24vQ3Zd
… IAAAACMDQCAAgAAAAkQAAAAAAAAAAAAAAJ7Q0AAAnuDQAACRAAAAAABCfQNAAAABpen//+v///
… 8EAAAABlwWAAATSGVhbHRHROLUFzc2Vzc21lbnQtVG9vbHMtLkXAAAAKgAAAAAAAAAJEAAAAAIAAAAJXxYAAAkAVAYAAAAZAgAI
… AAAABxRIAAAgAAAAA1DgCAAgAAAIwNAIACAAAACRAAAAAAAAAAAAAAAn8DQAAACfQNAAAEJAw4AAAAGb
… 6f//6////
… wQAAAAGZhYAABCb2R5LLUhc3Mtc3RMtSW5kZXgtQtQt2FsY3VsYXRvci9UWAAACoAAAACRAAAAAAAAaCRAAAAAAJAUAAAkXAAAACkMDgAAACV8NAAAAKDMAAAkMDgAAAAAn8DQ
… BCRIOAAAABken//+v///
… wQAAAAGZhYAABCb2R5LUhc3Mtc3MtSW5kZXgtQtQ2FsY3VsYXRvci9UWAAACoAAAAaJEAAAAALFgAACYKNAAAANA4AgAIAAAAMDQCAAgAAAIwNAIACAAAACRAAAAAAAAAAAAAAAJCw4AAAAAADlDgAAACRAAAAAA
… BCRIOAAAABken//+v///
… 8EAAAABnAWAAAaQ2Fsb3JpZS1DdXJuZXItQ2FsY3VsYXRvci8JFwAAACoAAAAaAAAAAJEAAAAAIAAAAJXxYAAAkbDgACRAAAAABAAAAKCWAAAAA
… KADYOAIACAAAAAccSAAAIAAAANw4AgAIAAAACMDQCAAgAAAAkQAAAAAAAAAAAAAAJGg4AAAkbDgACRAAAAAAB
… CSEOAAAABh+n//+v///
… 8EAAAABnoWAAAdTnV0cml0aW9uLUFzc2Vzc21lbnQtVG9vbHMtLkXAAAAKgAAAAAaCAAAAACRAAAAAAIAAAACX0
… WAAAKADoOAIACAAAAcgSAAAIAAAAOA4AgAIAAAAMDQCAAgAAAAkQAAAAAAAAAAAAAAJKQ4AAAkqDgACRAAAAA
… AAABFTAOAAABfen//+v///
… 8EAAAABMUWAABBUE9IL1BhdGllbnQtR3VpZGUtR3VpZGUtR3VpZGUtQ3VpZGUtVG9vbHMtLkXAAAAKgAAAACRAAAAAAIAAAAJXxYAAAk)
… pZW50LWd1aWRlLWRlLUltYWdpbmctVmlzdWFsaXphdGlvbi9SW5kLXZpc2l0aW9uLVJlYWxpemF0aW9uL3BhdGllbnQtVmlzaXRhdGlvbi9yZXNvbHV0aW9uL3BhdGllbnQtVmlzaXRhdGlvbi9yZXNvbHV0aW9uL3BhdGllbnQvRndhcmQtcmVzb2x1dGlvbi9WYWxpZGF0aW9uL3BhdGllbnQvR3VpZGUtWFJ3YXQtVmlzaXRpb24v
… GFyaW5nLWNvbnRhY3QtS5LZ2LYb2NFZZVyS8JFwAAAoAAAAAACRAAAAAAAAACRAAAAaOAAAACZsWAAAKADoAAAAAAAACc7kWAAAAKFFOAIACAAAAdSEAgAIAAAAABwRIAAC4FAAAd
… GFyaW5nLWNvbnRhY3QtS5LZ2LYb2NFZZVyS8JFwAAAoAAAAAAAAACRAAAAaOAAAACZsWAAAKFFOAIACAAAAAccSAAAIAAAANw4AgAIAAAACMDQCAAgAAAAAlDgACRAAAAAJDkAAAAGb
… 6f//6////
… wQAAAAGrBYAAJTeW1wdG9tLUNoZWNrZXItR3VpZGUtR3VpZGUtR3VpZGUtQ2FsY3VsYXRvci8JFwAAAoAAAAAACRAAAAaA
… AAAc0SAAAIAAAAUA4AgAIAAAACMDQCAAgAAAAAJDkAAAAAAAAAACJg4AAAJg4AgAIAAAACMDQCAAgAAAAAJDkAAAAAADd4AAAllDgAACRCXsOAAAABS+n
… //+v///
… 8EAAAABrYWAAAdVGyZZ2dVUhlhZHVtYWNOUDUolcHVtUhlLVRVDUy8JFwAAAoAAAAAaCAAAACRAAAAaaIAAAACXsO
… WAAAKAD00AIACAAAA cS4AAAIAAAAUA4AgAIAAAACMDQCAAgAAAAAJDkAAAAAJgw4AAAmEDgAAAACRA
… AAABCYoOAAAAABQen//+v///
… 8EAAAABsAWAAAxUE9IL1BhdGllbnQtR3VpZGUtU3Bpcml0dWFsLUNhcmUtUVV2F5cy10by1iZW5lZm10LXlvdXIXAAA
… AKgAAAAAAAAAJEAAAAAEAAAAAJwxYAAAoAUA4AgAIAAAAABzxIAAAgAAAABRDgCAAgAAAAY01OAIACAAAAACRAAAAAAA
… AAAAAAAAAmSDgACM0AAAEJmQ4AAAEJmQ4AAAEJmQ4AAAEJmQ4AAAEJmQ4AAAEJmQ4AAAEfen//6////
… wQAAAAGyhYAADxQT0gvU3Bpcml0dWFsU3Bpcml0dWFsLUNhcmUtUGF5cy10by1iZW5lZml0LXlvdXItLi4uLi4u
… N0aWFuLCS8JFwAAAoAAAAAaCRAAAAAaAAACc0WAAAKAFEOAIACAAAAdSEAgAIAAAAABwRIAAC4FAAAdsSAAAIAAAAUg4AgAIAAAACNDQCAAgAAAAAJDkAAAAAJoUAAAADQS00AgAIAAAACNDQCAAgAAAAINAANDg

```
134251... AAgAAAkQAAAAAAAAAAAAAAAAxOoQ4AUMllbgAACRRAAABCAgOAAABhen//v//
8EAAAABtQWAAAPTGlnaHQtYS1DYWxsbGGUvCRcAAAAqAAAAAAAAAkQAAAAwAAAAnXFgAACgBSDgCAAgAAAAH
REgAACAAAAFMOAIACAAAAjQ0AgAIAAAAJEAAAAAAAAAAAAAACbAOAAAJsQ4AAAkQAAAAQm3DgAAASPp///r
////
BAAAAAbeFgAANVBPSC9QYXRpZW50lGUd1aWRlL1NwaXJpdHVhbC1DDYXJlL1VuZGVyc3RhbmRpbmctZ3JpZWYwYvC
RcAAAAqAAAAAAAAAkQAAAAbAAAAnnhFgAACgBTDgCAAgAAAAHSEgAACAAAAFQOAIACAAAAjQ0AgAIAAAAJEA
AAAAAAAAAAAAACb8OAAAJwA4AAAkQAAAAAQnGDgAAARnp///r////
BAAAAAboFgAAD1N1cHBvcnQtQtR3JvdXBzLwkXAAAAKgAAAAAAAAJEAAAAAUAAAAJ6xYAAAoAVA4AgAIAAAAB0
xIAAAgAAABVDgCAAgAAAAI0NAIACAAAAACRAAAAAAAAAAAAAAAAnODgAACc8OAAAJEAAAAAEJ1Q4AAAEP6f//6/
///
wQAAAAG8hYAADRQTOgvUGF0aWVudC1HdWlkZS9TTcGlyaXR1YWx0Q2FyZS90Q2mFjdGlZS1vZi1wcmF5ZXIvVCR
cAAAAqAAAAAAAAAkQAAAABgAAAAn1FgAACgBVDgCAAgAAAAHUEgAACAAAAFYOAIACAAAAjQ0AgAIAAAAJEAA
AAAAAAAAAAAACd0OAAAJ3g4AAAkQAAAAAQnkDgAAQXp///r////
BAAAAAb8FgAAM1BPSC9QYXRpZW50lGUd1aWRlL1NwaXJpdHVhbC1DDYXJlL1ldvcmRzLXJXRvLWxpcZnQteW91LwkXA
AAAKgAAAAAAAAJEAAAAcAAAAJ/
xYAAAoAVg4AgAIAAAAB1RIAAAgAAABXDgCAAgAAAAI0NAIACAAAAACRAAAAAAAAAAAAAAAAAAnsDgAACe0OAAAJEA
AAAAEJ8w4AAAH76P//6////
wQAAAAGBhcAACtQT0gvUGF0aWVudC1HdWlkZS9TTcGlyaXR1YWx0Q2FyZS9SZXNvdXJjZXMvCRcAAAAqAAAAAA
AAAkQAAAACAAAAkJFwAACgBXDgCAAgAAAAHWEgAACAAAAF8OAIACAAAAjg0AgAIAAAAJEAAAAAAAAAAAAAAAA
ACfsOAAAJ/A4AAAkQAAAAAQkCDwAAAAfHo///r////
BAAAAAYQFwAAEkhvdy1CaWxxsaW5nL1Vdvcmtzz1wkXAAAAKgAAAAAAAJEAAAAAEAAAAJExcAAAoAXw4AgAIAA
AAB1xIAAAgAAAABeDgCAAgAAAI4NAIACAAAAACRAAAAAAAAAAAAAAAAKkkDwAACQsPAAAJEAAAAAEJExcAAAoAXg4
AgAIAAAAB1xIAAAgAAAABfDgCAAgAAAAI4NAIACAAAAACRAAAAAAAAAAAAAAkDwAACQsPAAAJEAAAAAEJEAAIAHn6P
//6////
wQAAAAGGhcAABFib3NWaXRhbC1CaWxxaW5nL1wkXAAAAKgAAAAAAAJEAAAAAIAAAAJHRcAAAoAXg4AgAIAAAA
AB2BIAAAgAAAABhDgCAAgAAAAI4NAIACAAAAACRAAAAAAAAAAAAAAAAKkZDwAACRoPAAAJEAAAAAEJIA8AAAHd6P/
/6////
wQAAAAGJBcAABBPbmxpbmUtUmlssbC1Q1YXkvCRcAAAAqAAAAAAAAAAkQAAAAwAAAAnFwAACgBhDgCAAgAAAAHZE
gAACAAAAFwOAIACAAAAjg0AgAIAAAAJEAAAAAAAAAAAAAAACSgPAAAJKQ8AAAkQAAAAAQkvDwAAAAdPo///
r////
BAAAAAYuFwAAD0ZpbmFuY21hbC1hlbC1IZWxwLwkXAAAAKgAAAAAAAJEAAAAQAAAAJMRcAAAoAXA4AgAIAAAAB2
hIAAAgAAABjDgCAAgAAAAI4NAIACAAAAACRAAAAAAAAAAAAAAAk3DwAACTgPAAAAEJPg8AAAHJ6P//6////
wQAAAAGOBcAABNVbmlusc3VyZWQtUGF0aWVudHMvCRcAAAAqAAAAAAAAAkQAAAAQAAAAk7FwAACgBQOAIACAAAA
jg0AgAIAAAAJEAAAAAAAAAAAAAAAACUYPAAAJRg8AAAkQAAAAAQlNDwAAAb//
o///r////
BAAAAAZCFwAADEZvcm1zTZpbGxpbmcLwkXAAAAKgAAAAAAAJEAAAAAyAAAAJRRcAAAoAXQ4AgAIAAAAB3hIAAAg
AgAABhEwCAAgAAAAgTAIACAAAAACRAAAAAAAAAAAAAAlVDwAACVYPAAAJEJXA4AAAAP6////
wQAAAAGVTBcAAD5Gb3I1ItUGF0aWVudHMTW5kLUZhbWVsaWVzLWFWVZL1ByaWNpbmcvCRcAAAAqAAAAAAAAAkQ
AAAAQAAAAk9ZWR1cmVyAAkXAAAAKgAAAAAAAJEAAAAE4AAAAJ3TRIAAAoAWCVMAAgAAAAAAAlkDwAACWUPAAAA
TAIACAAAAACWUPAAAAVKAAAAAEJaw8AAAAb//+v///
wQAAAAGVhcAADlgB3Udm1uY2VudHMvZVZQQtUGF0aWVudHMTW5kLUZhbVpbmVlcy1wcmljaW5nLwkXAAAAKgAA
AAAAAJEAAAAAyAAAAJkXAAAoAWg4AgAIAAAAB3TRIAAAgAAABdDgCAAgAAAAI0NAIACAAAAACWPAAAAAAAAAAAAJc
w4AAAL0DwAACRAAAAAABCXoPAAAAoej//+v///
8EAAAABmAXAAABRmRm9yLUxVBhdGll bnRzLXJWFuZC1GYW1pbGllcy9jb21tbqG5pdHkv9Qcml1aW5nLwkXAAAAKg
AAAAAAAJEAAAAQAAAAJ4FwAAoAUVVuZCIAAAAACRAAAAAAAAAAAWUGAAUKCWkgCWPAAAAAAAAABCXoPAAAAoe
j//+v///
8EAAAABmAXAAABRMRm9yLUtyUFdFdZFuZC1GYW1pbGllcy9jb21tdW5pdHkv9QcmljaW5nLwkXAAAAKgAAAAAA
AJEAAAAQAAAAJ4FwAAoAUVVuZCIAAAAACRAAAAAAAAAAWUGAAUKCWkgCWPAAAAAAAAABCXoPAAAAoej//+v///
AZzo//+Q+f//AAAAAAEAAAAbbgCAAgAAABsCUAIACAAAACYCYYgBmuj//+v///
8BAAAACYsPAAAlAYgYAADEZvcm1zTQAAAAAACRAAAAAAAAAAWoAAAAAIMCAAgAAAAAMWDwAAAZLo///r////
AQAAAAmZZDwAADEZvcmlzLwkXAAAAKgAAAAAAAJEAAAAAy1yAIACAAAAXFACAAgAAAAmMWDwAAAZLo///r////
AQAAAAmZDwAACR0KAAAAJ5FACAAgAAAAmWDwAAAZLo///r////
AQAAAAmZZDwAADEZvcmlzLwkXAAAAKgAAAAAAAJEAAAAAy1yAIACAAAAXFACAAgAAAAmmWDwAAAZLo///r////
wEAAAAJpw8AAAAKAAWAAAKgAAAAAAAJEAAAAAAmAAAAJehcAAAkQAAAAA4hIACAAAAeISAAA0BQAAAAAAAAAA
AAAAKgFXACAAgAAAAmxDwAAAYPo///r////BQAAAAZ+
FwAAKS9Db21twb25lbbnRzRzL1RlbXBsYXRlcy9Qcm92aWRlcl9wcml2YWR1ZGwLchc3B4C3B4C3RcAAAAqAAAAAAA
AmoDwAAB
AAAABmBFwAACRRAAAARR4xLACDRAAAAAAAAAAAuSEAgAIAAAAJ4xIAAAgAAABmBmdBmDgCAAgAAAAJANAIACAAAAACAAAAAAACAAbAAAAAAAAAAA5Dw
AACAAAAACDDbbPAAAAb//+v///
8EAAAABpw8AAAAQEZvci1QYXRpZW50cy1hbmQtRmFtaWxpZXMvCRcAAAAqAAAAAAAAAmoDwAAB
AAAAABMDgCAAgAAAAJ4xIAAAgAAABmBmD3Yqycyy7JFwAACoAAAAAACRAAAAAAAAAAWxMWCAYEAAgAAAAJ4xIAAAgAA
AABmDgCAAgAAAAJANAIACAAAAACHHHHHHAAAAAACAAbAAAAAAAbAAAAmXDwAADVWJwb3J0LUdyb3VwcfYV
CAAQaGm6P//6/////
8BAAAACcqSPAAAAlAYgYAADEZ1cmFsLUhlYXJ0aC1DZW50ZXJzLGlhbd1lbmcvvQcdcnlzlc3QtdGhvdWdodHtvvv
///r////
8BAAAAAbcrSPAAADEZ1cmFsLQAAAAAACRAAAAAAAAAAAAWUGAAAUKCAAWIMCAAgAAAAmXDwAAAYPo///+v///
wEAAAAJxw8AAAAKAAAAAAEMCYgYAADEZ1cmFsLXBwYXRpZW50c-1hbmQtcmVmZXJyYWxzLwkXAAAAKgAAAAAA
AJEAAAAAAAAaAAAAJ5xcAAAoAWg4AgAIAAAAB4BIAAAgAAABmdBmDGCAAgAAAAIANAIACAAAAACAAbAAAAAAAaAAAA
5Dw
AACAAAAAACDDbbPAAAAb//+v///
8EAAAABpw8AAAAaZmYXKAAoVZHVyYXl1ZWFldmVudGFpdG91dUGFjdGlZWFdFuZC1GYWVpbGllcy9jb21tdW5pd
HkvUFdYc19wcml1aW5nLwkXAAAAKgAAAAAAAJEAAAAAaAAAAJ5xcAAAoAWg4AgAIAAAAB4BIAAAgAAABmdBmDGCAA
gAAAAIANAIACAAAAACAAbAAAAAAAaAAAA5DwAACAAAAAACDDbbPAAAAb//+v///
BAAAAAamfWwAHKNlbnR1cmEtR1SVGhheCBl0LzVJYUFULbc2lzdGluY2c1zlLwkXAAAAKgAAAAAAAJEAAAAMMAAAAJq
RcAAAoAAQ5xIAAAgAAABqBqxIAAAgAAAAAAn1DwAACfYPAAAAEJEjw8AAAELQAAAA/A8AAAAAAAAAAAAAAEJzw8AAAE
Jzw8AAABR6P//6////
wQAAAAGs8BcAADNDZW50dXJhLUhlYXRoLUlUL1JZXMvcmVzcG9uc2l1bGl0eS8kXAAAAKgAAAAAAAJEAAAAAAAAAaA
AAAJ1DwAACfYPAAAAn1DwAACfYPAAAAEJEjw8AAAEJn76P//6////
wQAAAAGs8BcAADNDZW50dXJhLUhlYXRoLUlUL1JZXMvcmVzcG9uc2l1bGl0eS8kXAAAAKgAAAAAAAJEAAAAAaAAAA
J1DwAACfYPAAAAn1DwAACfYPAAAAEJEjw8AAAEJn76P//6////
```

... AAACQRAAAAAACRAAAABARhACAOWWAAKGoOATACAHRAeGYSATATAAAAWYATAMAYATAARC5DQCAAgAAAAkQAAA
... AAAAAAAAAAAAAJBBAAAAkFEAAACRAAAAABCQsQAAABR+j//+v///
... 8EAAAABroXAAAsRm9yLVBhdGGl1bnRzLWFuZC1GYW1pbGGlcy9Qcml2YWN5LVByYWN0aWNlc3JFWAAACoAAAA
... AAAAACRAAAAABAAAACb0XAAAAKAGsOAIACAAAAAekSAAAIAAAALg4AgAIAAAAZDgCAAgAAAAkQAAAAAAAAAAAA
... AAAJExAAAAkUEAAACRAAAAABCRoQAAABPej//+v///
... 8EAAAABsQXAABFUE9IL0Fib3V0LVVzL05lNpbmctdRXhjZWxsZW5jZS9ZS9ZS9OdXJzaW5LWF0LVBvcnRlcilBZHZ
... lbnRpc3QtSG9zcGl0YWwtVGVuZGVyaGVhbHRoY2FyZQAAAAANnHFwAACgAuDgCAAgAAAAHqEgAALgUAAAE4
... 6P//kPn//wAAAAABAAAAL4oAgAIAAAAZDgCAAgAAAAkoEAAAATbo///r////
... AQAAAkrEAAACRcAAAAqAAAAAAAAAAAkQAAAAgAAAAnOFwAACRAAAAAAxSIAgAIAAAAB6xIAAAgAAAAvDgCAA
... gAAABkOAIACAAAACRAAAAAAAAAAAAAAAkwEAAACTEQAAAJEAAAAAEJNxAAAAEs6P//6////
... wQAAAAG1RcAADJQT0gvQWJvdXQtVXMvTmVyc2luZy1FeGNlbGxlbmNlL1Npbm5lL05yXXJlci1Nb1lNoYXJtNlLwkXAA
... AAKgAAAAAAAAJEAAAAAMAAAAAJ2BcAAAoALw4AgAIAAAAB7BIAAgAAAAwDgCAAgAAAAbkOAIACAAAACRAAAAA
... AAAAAAAAAAAAk/EAAACUAQAAAJEAAAAAEJRhAAAAEi6P//6////
... wQAAAAG3xcAADxQT0gvQWJvdXQtVXMvTmVyc2luZy1FeGNlbGxlbmNlL1N0dWRlbnQtUGxhbnQtUGxhbm5lL05uTnlc
... 91cmNlcy9JFwAAACoAAAAAAAAACRAAAAAEAAAACeIXAAAAKADAOAIACAAAAae0SAAAIAAAAMQ4AgAIAAAAZDgC
... AAgAAAAkQAAAAAAAAAAAAAJThAAAA1PEAAACRAAAAABCVUQAAABGOj//+v///
... 8EAAAABukXAAAzUE9IL0Fib3V0LVVzL05lNpbmctdRXhjZWxsZW5jZS9S9NYWduZXQtQmUjb2duaXXppb24V4cVRc
... AAAAqAAAAAAAAAAkQAAAABQAAAAnsFwAACgAxDgCAAgAAAAHuEgACAAAADIOAIACAAAAGQ4AgAIAAAAJEAAA
... AAAAAAAAAAAAAAAACV0QAAAAJXhAAAAkQAAAAAQ7o///r////
... BAAAAbzFwAAEVBPSC9Ib211L0NhcmVVlcnMvCRcAAAAqAAAAAAAAAAAkQAAAABgAAAAn2FwAACgAyDgCAAgAAA
... AHvEgAALgUAAAEJ6P//kPn//wAAAAABAAAAZFOAgAIAAAAbDgCAAgAAAAlyEAAAAfo///r////
... AQAAAAl1EAAACRcAAAAqAAAAAAAAAAAkQAAAAAQAAAAnn9FwAACRAAAAAAfx4AgAIAAAAB8BIAAgAAAAdDgCAA
... gAAABsOAIACAAAACRAAAAAAAAAAAAAAAAl6EAAACXsQAAAJEAAAAEJgRAAAAH95///6////
... wQAAAAGBBgAAACdQT0gvQWJvdXQtVXMvTGVhZGVyc2hppcC9EYXZlZZ1ZXJvb2tlbnMtUGlUZXJhbmd0ZXJhbmd0c2NmFwAAAAhtEAAACRcAAAAqAAAAAAAAAAAAAAAAAAAAJiRa
... AAAAmkEAAACRVAAAAAkCqAAAAAACR
... AAAAACAAAAACQcYAAAAKAB0OAIACAAAAAfESAAAIAAAAHg4AgAIAAAAZDgCAAgAAAAkQAAAkQAAAAAAAAAAAAAAJiRa
... AAAmKEAAACRAAAAAABCZAQAAAB8+f//+v///
... 8EAAAABg4YAAAmUE9IL0Fib3V0LVVzL0x1YWRlcnNoaVAvQW5kcmVhLXXAvQW5kcmVhLXVpdGgtWE5jaC8C8JFwAAACoAAAAAAAAACRA
... AAAADAAAACREYAAAKAB4OAIACAAAAfISAAAIAAAAHw4AgAIAAAAbDgCAAgAAAAkQAAAAAAkQAAAAAAAAAAAAAAAJmBAA
... AAmZEAAAACRAAAAABCZ8QAAAB6ef//+v///
... 8EAAAABhgYAAAlUE9IL0Fib3V0LVVzL0x1YWRlcnNoaVAvQWVHhvbWFzLXVzdldLwkXAAAAKgAAAAAAAAAAJEAA
... AAAQAAAAJGxgAAoAHw4AgAIAAAAB8xIAAgAAAAnDgCAAgAAABsOAIACAAAACRAAAAAAAAAAAAAAAAAmnEAAA
... CagQAAAJEAAAAEJrhAAAAHf5///6////
... wQAAAAGIhgAACZQT0gvQWJvdXQtVXMvTGVhZGVyc2hpcC9TaGFyb24t24tUGFyc2Fya3Nvbi9JEA
... AAAAUAAAAAJJRgAAAoAIA4AgAIAAAAB9BIAAgAAAAHQ4AgAIAAAAbDgCAAgAAAAkQAAAAAAAAAAAAAAAAAAAJmBAAAA
... CagQAAAJEAAAAAEJrhAAAAHf5///6////
... wQAAAAGIhgAACZQT0gvQWJvdXQtVXMvTGVhZGVyc2hpcC9TaGFyb24t24tUGFyc2Fya3Nvbi9J
... AAAAUAAAAAJJRgAAAoAIA4AgAIAAAAB9BIAAgAAAAHQ4AgAIAAAAbDgCAAgAAAAkQAAAAAAAAAAAAAAAAAAAAJmBAAAA
... CagQAAAJrhAAAAH9f//6////
... 8AAAAAQAAAK2JAIACAAAAJQ4AgAIAAAAJvBAAAAHY5///6////
... wEAAAAJvxAAAAkXAAAAKgAAAAAAAAAAJEAAAAAAAAAAALwiAIACAAAAAfUSAAAuBQAAADLn//
... +Q+f//AAAAAAEAAAACkiQCAAgAAAACUOAIACAAAAAcoQAAAB0Of//+v///
... 8BAAAACc0QAAAJFwAAAACoAAAAAAAAAACRAAAAACAAAACTQYAAAAKAAAAAAAAAAACjn///r////
... /kPn//wAAAAABAAAAAABAAAAsYkAgAIAAAAlDgCAAgAAAAnYEAAAACjn///r////
... AQAAAnbEAAACRcAAAAqAAAAAAAAAAAkQAAAAwAAAAK8GAAAAAAAAAAAAAtyIAgAIAAAAB9xIAAC4FAAAAtyIAgAIAAAAB9xIAAC4F
... 5D5//8AAAAAAQAAAAaLOJAIACAAAAAJQ4AgAIAAAAJ5hAAAAH5//////
... wEAAAAJ6RAAAAkXAAAAKgAAAAAAAAAAJEAAAAAQAAAAAJRBgAAAkAQAAAAALoiAIACAAAAAfgSAAAuBQAAAAbrn//
... +Q+f//AAAAAEAAAAC2iQCAAgAAAACUOAIACAAAAAfQQAAAAuOf//+v///
... 8BAAAACfcQAAAJFwAAAACoAAAAAAAAAACRAAAAAAFAAAAACUwYAAAKgAAAAAAAAAAC5IgCAAgAAAAB5EgAAALgUAAAGy5//
... /kPn//wAAAAABAAAAatYkAgAIAAAAlDgCAAgAAAAkCEQAAABDn///r////
... AQAAAkFEQAACRcAAAAqAAAAAAAAAAAkQAAAAgAAAAuyIAgAIAAAAB+hIAAC4FAAAAquf//
... 5D5//8AAAAAAQAAAALeJAIACAAAAAJQ4AgAIAAAAJEBEAAAAGo5///6////
... wEAAAAJExEAAAkXAAAAKgAAAAAAAAAAJEAAAAAcAAAAJXBgAAAkQAAAAALgiAIACAAAAAfsSAAAAB0BQAAAAAAAA
... AAAABNDgCAAgAAAAkcEQAAAaHn///r////
... BQAAAkFEQAACRcAAAAqAAAAAAAAAAAkQAAAAAaAAAAAljGAAAACRAAAAAAAx0AgAIAAAAB/BIAAC4FAAAABm+f//
... 5D5//8AAAAAQAAAAQAAAKYaAAAAAAAAtg4AgAIAAAAJKhEAAAAZG5///6////
... wEAAAAJLREAAAkXAAAAKgAAAAAAAAAAJEAAAAAdAAAAJaxgAAAACRAAAAAAJaxgAAAkAAAAQAAAAIkVAIACAAAAAf0SAAAAB0SAAABODgCAAgAAAAk2EQAAABZLn///r////
... BQAAAk5EQAACXsDAAAqAAAAAAAAAAAkQAAAAAAaAAAAAlyGAAAACRAAAAAAAx0AgAIAAAAB/
... hIAAgAAAACoCEQAAAAAYJYNAIACAAAAAyLREAAAEJURRAAAAGI5///6/
... ///
... wQAAAAGeRgAAAxFFYm9sdWSS1WaXJ1cy8JFwAAACoAAAAAAAAAACRAAAAABAAAACXwYAAAKAJwRAIACAAAAAAf8SAA
... AuBQAAAYPn//+Q+f//AAAAAAEAAAACeAQCAAgAAAAJgNAIACAAAACVMRAAAABgef//+v///
... 8BAAAACVYRAAAAJFwAAAACoAAAAAAAAAACRAAAABAAAAACYMYGYgCAAgAAAAAEAEwAALgUAAAEF75//
... /kPn//wAAAAABAAAAnwEAgAIAAAACYDQAAAAA1hEQAAAAXnn///r////
... AQAAAlkEQAACRcAAAAqAAAAAAAAAAAkQAAAAgAAAAmLQAAAACRAAAAARRYgAIAAAAAAB8xMAABkBxMAABkMAABkABkAAAAJcBEAA
... AAAAAAAAAAAAARETAAAAZAAAACXARAAAAAAAAAAAEYEwAAGQAAAAAlwEQAAAAAAAAAAABIhMAABkAAAAJcB
... EAAAAAAAAAAAASwTAAAZAAAAACXARAAAAAAAAAAAAAE2EwAAGQAAAAAlwEQAAAAAAAAAAAABBPRMAABkAAAAJc
... BEAAAAAAAAAAAUcTAAAZAAAAACXARAAAAAAAAAAAAFOEwAAGQAAAAAlwEQAAAAAAAAAAAVhMAABkAAAk
... AAAJcBEAAAAAAAAAAAV4TAAAZAAAAACXARAAAAAAAAAAFmEwAAGQAAAAAlwEQAAAAAAAAAAABbRMA
... BkAAAJcBEAAAAAAAAAAAXcTAAAZAAAAACXARAAAAAAAAAAAAGBEwAAGQAAAAAlwEQAAAAAAAAAAABiB
... MAAABkAAAAJcBEAAAAAAAAAZITAAAZAAAAACXARAAAAAAAAAAAGEcEwAAGQAAAAAlwEQAAAAAAAAAA
... BphMAABkAAAJcBEAAAAAAAAAAAbATAAAZAAAAACXARAAAAAAAAAAAAG6EwAAGQAAAAAlwEQAAAAAAAAAA

134251…
AAAB3xMAAAbKAAAAJcBEAAAAAAAAAAAeUTAAAAAAACXARAAAAAAAAAAAAAtEwAAGQAAAAlwEQAAAAAA
AAAAAAB3xMAABkAAAAJcBEAAAAAAAAAAAAeUTAAAZAAAACXARAAAAAAAAAAAAHtEwAAGQAAAAlwEQAAAA
AAAAAAAAAAB9RMAABkAAAAJcBEAAAAAAAAAAAAf0TAAAZAAAACXARAAAAAAAAAAAAAEFFAAAGQAAAAlwEQA
AAAAAAAAAAAABDRQAABkAAAAJcBEAAAAAAAAAAAARUUAAAZAAAACXARAAAAAAAAAAAAAEdFAAAGQAAAAlw
EQAAAAAAAAAAAAABJRQAABkAAAAJcBEAAAAAAAAAAAAS0UAAAZAAAACXARAAAAAAAAAAAAAE1FAAAGQAAA
AlwEQAAAAAAAAAAAAABPRQAABkAAAAJcBEAAAAAAAAAAAAUUUAAAZAAAACXARAAAAAAAAAAAAAFNFAAAGQ
AAAAlwEQAAAAAAAAAAAAABVRQAABkAAAAJcBEAAAAAAAAAAAAV0UAAAZAAAACXARAAAAAAAAAAAAAFlFAA
AGQAAAAlwEQAAAAAAAAAAAAABbRQAABkAAAAJcBEAAAAAAAAAAAAXUUAAAZAAAACXARAAAAAAAAAAAAAF9
FAAAGQAAAAlwEQAAAAAAAAAAAAABhxQAABkAAAAJcBEAAAAAAAAAAAAZEUAAAZAAAACXARAAAAAAAAAAAA
AGbFAAAGQAAAAlwEQAAAAAAAAAAAAABohQAABkAAAAJcBEAAAAAAAAAAAAawUAAAZAAAACXARAAAAAAAAA
AAAAG2FAAAGQAAAAlwEQAAAAAAAAAAAAABvBQAABkAAAAJcBEAAAAAAAAAAAAcYUAAAZAAAACXARAAAAAA
AAAAAAAHNFAAAGQAAAAlwEQAAAAAAAAAAAAAB1RQAABkAAAAJcBEAAAAAAAAAAAAd0UAAAZAAAACXARAAA
AAAAAAAAAAHlFAAAGQAAAAlwEQAAAAAAAAAAAAAB7RQAABkAAAAJcBEAAAAAAAAAAAAfUUAAAZAAAACXARA
AAAAAAAAAAAAH9FAAAGQAAAAlwEQAAAAAAAAAAAAABBRUAABkAAAAJcBEAAAAAAAAAAAAQ0VAAAZAAAACX
ARAAAAAAAAAAAAAEVFQAAGQAAAAlwEQAAAAAAAAAAAAABHRUAABkAAAAJcBEAAAAAAAAAAAAT0VAAAZ
AAAACXARAAAAAAAAAAAAAFFFQAAGQAAAAlwEQAAAAAAAAAAAAABTRUAABkAAAAJcBEAAAAAAAAAAAAVUVA
AAZAAAACXARAAAAAAAAAAAAAFVFQAAGQAAAAlwEQAAAAAAAAAAAAABZRUAABkAAAAJcBEAAAAAAAAAAAAW
0VAAAZAAAACXARAAAAAAAAAAAAAFlFQAAGQAAAAlwEQAAAAAAAAAAAAABdRUAABkAAAAJcBEAAAAAAAAAA
AAYUVAAAZAAAACXARAAAAAAAAAAAAAF9FQAAGQAAAAlwEQAAAAAAAAAAAAABhRUAABkAAAAJcBEAAAA
AAAAAAAAZEVAAAZAAAACXARAAAAAAAAAAAAAGbFQAAGQAAAAlwEQAAAAAAAAAAAAABlRUAABkAAAAJcBEA
AAAAAAAAAAAAaUVAAAZAAAACXARAAAAAAAAAAAAAG9FQAAGQAAAAlwEQAAAAAAAAAAAAABpRUAABxRUAA
BkAAAAJcBEAAA
AAAAAAAAAAac0VAAAZAAAACXARAAAAAAAAAAAAAHVFQAAGQAAAAlwEQAAAAAAAAAAAAAB3RUAABkAAAAJcBE
AAAAAAAAAAAAHsFQAAGQAAAAlwEQAAAAAAAAAAAAAB9hUAABkAAAAJcBEAA
AAAAAAAAAAAAAf0VAAAZAAAAAQAWAAAAZAAAACXARAAAAAAAAAAAAAEFKQAAGQAAAAlwEQAAAAAAAAAAAAABBERYAABkAA
AAJcBEAAAAAAAAAAAAAAAEF5QAAGQAAAAlwEQAAAAAAAAAAAAABERYAABkAAAAJcBEAAAAAAAAAAAAAH
rFwAAGQAAAAlwE
QAAAAAAAAAAAAAB9RYAABkAAAAJcBEAAAAAAAAAAAAAf8WAAAZAAAACXARAAAAAAAAAAAAAEJFwAAGQAAA
AlwEQAAAAAAAAAAAAAABEcAABEx cAABkAAAAJcBEAAAAAAAAAAAAf0XAAAZAAAACXARAAAAAAAAAAAAAEnFwAAGQ
AAAAlwEQAAAAAAAAAAAAAABMRcAABkAAAAJcBEAAAAAAAAAAAAVkXAAAZAAAACXARAAAAAAAAAAAAAFjF
wAAGQ
AAAAlwEQAAAAAAAAAAAAABBahcAABkAAAAJcBEAAAAAAAAAAAAXIXAAAZAAAACXARAAAAAAAAAAAAAAAA
F6FwAAGQAAAAlwEQAAAAAAAAAAAAABBgRcAABkAAAAJcBEAAAAAAAAAAAAYsXAAAZAAAACXARAAAAAAAAA
AAAAAAGzFwAAGQAAAAlwEQAAAAAAAAAAAAABBnxcAABkAAAAJcBEAAAAAAAAAAAAakXAAAZAAAACXARAAA
AAAAAAAAAAAzFwAAGQAAAAlwEQAAAAAAAAAAAAABvRcAABkAAAAJcBEAAAAAAAAAAAAccXAAAZAAAACXAR
AAAAAAAAAAAAAHOFwAAGQAAAAlwEQAAAAAAAAAAAAAB2cAABkAAAAJcBEAAAAAAAAAAAAeIXAAAZAAAACX
ARAAAAAAAAAAAAAHsFwAAGQAAAAlwEQAAAAAAAAAAAAAB9hcAABkAAAAJcBEAAAAAAAAAAAAf0XAAAAACX
ARAAAAAAAAAAAAAEHGxAAAGQAAAAlwEQAAAAAAAAAAAAAABErGAABEBERgAABkAAAAJcBEAAAAAAAAAAAA
AaRsAAAAAAAAEYBmxAAAAAARsYAABkAAAAJcBEAAAAAAAAAAAEL1GAAAGQAAAAlwEQAAAAAAAAAAAAABLB
gABkAAAAJcBEAAAAAAAAAAAAAGxBYAAAAAAAAAAAATQYAAAAAAA
AAACX8CZx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpbmFtb3JfvaYMSI+
ZAIDD2QWDGYPZBYEZg8VBBEvU3BlY2lhbHRppZXMtUE9IGYLYLU3BlY2lhbHVpZXNvbXBYZXNpbGY8LA
gQfAmcfAwIRZBYCZg9kFgQQAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1tb3JlDmxpPjxsaSBjbGFzcz0ibm
QjL1BPSC9TcGVjaWFsLXNpbmFsLTFpPm9hYTwvbGk+PC91bC8+DWgNWDpX2F5ZE9F
YQWQRVPDxYFHwZJnHwMCCQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGdlbnIfWQ5YXNpbV
Zg9kFgJmDxUEPi9Q9tRgvU3BlY2lhbHRpZXMtNU9tCC9JGRVbXZ
2VydmlsjPZXMvAAVfc2VsZ2hpCZXWhdmlvbmVsvTEhlYWx0aC2QCAQ9kFgJmDxUEQO9TQ9Tgv
lhbHRpZXMvQWVoYXJpYWZzdG9Gy2VudHJlLWJlVWQxvxQjV0dVl1NWZWNpYWxWZmx5PYSd2QxQ1eS0Z
MLbnRyZSBmb3IgQmVoYXZpb3JhbEBIZWNsdGgtGhkAgIPBZCZg9VBDEvUE9IL1NwZWNpYWxWPYWxvaWVz
YWwtSGVhbHRoL0LlzQXQtT3VyLVRlYWRWfpc29vZzINWV0lE91Lc18PYWFtZddNWATQWAmYvPFQRVLlBPS
GVjaWFsSGVsZcy9CZWhhdmlvcmFsLSUhlYWx0aC9TdWJzdGFuY2UtVXNlL2MuRyZWGmY2VsZmVhdmlvcmF
sTEhlYWx0aC8MBUQAIED2QWAmYPZRFORWLBPSC9TcGVjaWFsSGVsdGgxUC9IL1NwZWNpYWxWPZXNvbmN
tEhIJT1AtU1UpZAIED2QWAmYPFQRWL1BPSC9TcGVjaWFsSGVsdGgxQCAhoURvY2hRWWxhbnRvNZ
SGVhbHRoLUludGVuc2l2ZS1dHBhdGllbnQtBDgllbnQgbUUhlYWx0aC9TdWJzdGAuY2UtVXNlLTZzdWJz
dGGSW50ZW5zaxZlIE91dHBhdGxlbnQgpUXHJvZ3Jhb5SAoTUgtSU9QKS8ABV9zZWxmNM01lbnRhbCBIZWF
sdG
GggSW50ZW5zaxZlIE9ldHBhdGllbnQgpUHJvZ3JhbSAoTUgtSU9QKS8ABV9zZWxmM01lbnRhbCBIZWFsdG
RpZXMvUmVzZW50ZGVudsTGhBNpdmRtVkhlcmFweS1UHNyY2VsaCvAAVfc2VsZ9FbG9V
jdHJvY3JudnVsc2l2ZSBUaGVyYXBl5IChFQ1QpZGAIGD2QWAmYPFQRELlBPSC9TcGVjaWFsSGVsdGgVh
cmFsLUhlYWx0aC9BZHVsdC1BY3V0ZS1DYXJlLUhvc3BpdGFsaAphdGlvbi8ABV9zZWxmIEFkdWx0IEFjdX
ENhcmUUgSG9zcGl0YWxpemF0aW9uIDQWAmYPFQRIL1BPSC9TcGVjaWFsSGVsdGgV9CZWhhdmlvcmFsLSUhlYW

134251…

```
… x0acsHZX3pjYxHyaWmtQWN1dUbuTQ2FyZS1HU3hwaXRhbGUl6YXRpb24AVFdGc4VSzik1iVXJpYXWMgQWN1dGU
… gQ2FyZSBIb3NwaXRhbGl6YXRpb25kAgEPZBYEZg8VBDIvUE9ILlNwZWNpYWx0aWVzL1RoZS1CcmVhc3QtQ2Fy
… ZS1DZW50ZXItYXQtUG9ydGVyLwAFX3NlbGYgVGhlIEJyZWFzdCBDYXJlIENlbnRlciBhdCBQb3J0ZXJAgEPZ
… BYCZg8PFgQfAmcfAwIFZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1yWVuLTMiPmQCAw9kFgpmD2
… QWAmYPFQROL1BPSC9TcGVjaWFsdGllcy9UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLWF0LVBvcnRlci9CcmVhc3Q
… tQ2VudGVyLUFjY3JlZGl0ZXXRpb24vAAVfc2VsZnthCcmVhc3QgQ2VudGVyIEFjY3JlZGl0ZXXRpb25kAgEPZBYC
… Zg8VBFMvUE9IL1NwZWNpYWx0aWVzL1RoZS1CcmVhc3QtQ2FyZS1DZW50ZXItYXQtUG9ydGVyL0NvbnRhY3Qtd
… GhlLVBvcnRlci1CcmVhc3QtQ2VudGVyLwAFX3NlbGYgQ29udGFjdCB0aGUtUG9ydGVyIEJyZWFzdCBDZW50ZX
… JkAgIPZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL1RoZS1CcmVhc3QtQ2FyZS1DZW50ZXItYXQtUG9ydGVyL01
… hbW1vZ3JhbXMtYW5kLUJyZWFzdC1TY3JlZW5pbmcvAAVfc2VsZh9NYW1tb2dyYW1zIGFuZCBCcmVhc3QgU2Ny
… ZWVuaW5nZAIDD2QWAmYPFQRZL1BPSC9TcGVjaWFsdGllcy9UaGUtQnJlYXN0LUNhcmUtQ2VudGVyLWF0LVBvc
… nRlci9NdWx0aWRpc2NpcGxpbmFyeS1CcmVhc3QtQ2FuY2VyLUNsaW5pY3BABV9zZWxmJk11bHRpZGlzY2lwbG
… luYXJ5IEJyZWFzdCBDYW5jZXIgQ2xpbmljZAIED2QWAmYPFQRkaHR0cHM6Ly9jZW50cdXJhLnNlY3VyZWZvcml
… zdWJtaXQubmV0L0ZpbGxPdXRRcb3JtLmFzcHg/
… Zm9ybW5hbWU9UEFIX1JlcXVlc3RfY3V9CcmVhc3RfQ2FyZV9BcHBvaW50bWVudAAGX2JsYW5rIVJlcXVlc3QgY
… SBCcmVhc3QgQ2FyZSBBcHBvaW50bWVudGQCAg9kFgRmDxUEJC9QT0gvU3BlY2lhbHRpZXMvQ2FuY2VyLUNhcm
… UtQ2VudGVyLwAFX3NlbGYgQ2FuY2VyIENhcmUgQ2VudGVyIChPbmNvbG9neSlkAgEPZBYCZg8PFgQfAmcfAwI
… JZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi1yWVuLTMiPmQCAw9kFgpmD2QWAmYPFQRDL1BPSC9T
… cGVjaWFsdGllcy9DYW5jZXItQ2FyZS1DZW50ZXItYXQtUG9ULRpYWdub3Npcy1hbmQtVHJlYXRtZW50LwAFX
… 3NlbGYgQ2FuY2VyIERpYWdub3NpcyAmYW1wOyBUcmVhdG1lbnRkAgEPZBYCZg8VBDgvUE9IL1NwZWNpYWx0aW
… VzL0NhbmNlci1DYXJlLUNlbnRlci9PdXItVGVhbS1vZi1FeHBlcnRzLwAFX3NlbGYfT3VyIFRlYW0gb2YgRXh
… wZXJ0c2QCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvQ2FuY2VyLUNhcmUtQ2VudGVyL0NldHJvbG9ix2Vu
… ZXRpYyBDb3Vuc2VsaW5nZAIDD2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9DYW5jZXItQ2FyZS1DZW50ZXItV
… 3VwcG9ydC1TZXJ2aWNlcy9BUG9zZWxmawEFN1cHBvcnQgU2VydmljZXNkAgQPZBYCZg8VBEovUE9IL1NwZWNpYW
… x0aWVzL0NhbmNlci1DYXJlLUNlbnRlci9oT25jb2xvZ3kpL091bHHdBbHdlbnQ5bmdpb3QtYXRpb25lbnRfQ2VudGVyL2Vu
… FX3NlbGYaT3V0cGF0aWVudCBsZm2c1lvbiBDZW50ZXIfMcG9zdG9yZ1hncGxvY21lbnQfRXhwZW1lbnQfMcG9zdGTVcGVyL
… bmNlci1DYXJlLUNlbnRlci9IZWFsdGRh5LUx1bmctU2NyZWVuaW5nLVByb2dyYW0vAAVfc2VsZh5IZWFsdGh5I
… Ex1bmcgU2NyZWVuaW5nIFByb2dyYW1kAgEPZBYCZg8VBFEvUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlLU
… NlbnRlci9DYW5jZXItUHJvZ3JhbS1Jbml0aWF0aXZlcy1hbmQtUmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJ
… lciBQcm9ncmFtIEluaXRpYXRpdmVzIGFuZCBSZXNlYXJjaGQCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMv
… Q2FuY2VyLUNhcmUtQ2VudGVyL0NsaW5pY2FsLVRyaWFscy8ABV9zZWxmJkNsaW5pY2FsIFRyaWFsc2QCAw9kF
… gRmDxUEJC9QT0gvU3BlY2lhbHRpZXMvQ2FuY2VyLUNhcmUtQ2VudGVyL1BhdGllbnQtQW5kLUZhbWlseS1SZXNvdXJ
… jZXMvAAVfc2VsZmlyZXNvdXJjZXNkAgQPZBYCZg8VBE4vUE9IL1NwZWNpYWx0aWVzL0NhbmNlci1DYXJlLUNl
… bnRlci9QdWJsaWNhdGlvbnMvAAVfc2VsZh1QdWJsaWNhdGlvbnNkAgUPZBYCZg8VBFIvUE9IL1NwZWNpYWx0a
… WVzL0NhbmNlci1DYXJlLUNlbnRlci9IZWFsdGgtYW5kLVdlbGxuZXNzLVJlc291cmNlcy8ABV9zZWxmIxhc3X
… XjZW50ZXJfSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgYPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWV
… zL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIHD2QWAmYP
… FQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uI
… E9uY29sb2d5ZAIID2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3
… NlbGYeQ2xpbmljYWwgVHJpYWxzZAIJD2QWAmYPFQRQL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvb2xpbmljYWw
… tdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIKD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5j
… ZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0a
… WF0aXZlcyBhbmQgUmVzZWFyY2hkAgsPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC
… 10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgwPZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmN
… lci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291
… cmNlc2QCDQ9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb
… 3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAg4PZBYCZg8VBF0vUE9IL1NwZW
… NpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAI
… Pd2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFk
… aWF0aW9uIE9uY29sb2d5ZAIQD2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpY
… WxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIRD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcH
… JvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZ
… lcyBhbmQgUmVzZWFyY2hkAgEPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlh
… bHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgIPZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wY
… XRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2
… QCAw9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2V
… zLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgQPZBYCZg8VBF0vUE9IL1NwZWNpYWx0
… aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIFD2QWA
… mYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW
… 9uIE9uY29sb2d5ZAIGD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZ
… lcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkA
… gcPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaW
… NhbCBUcmlhbHNkAghD2QWAmYPFQRIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHkt
… cmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCCW9kFgQmDxUEJC9QT0gvU
… 3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIG
… FuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgoPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmN
… lci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAILD2QWAmYPFQReL1BPSC9TcGVjaWFs
… dGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIMD2QWA
… mYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVH
… JpYWxzZAINnD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQ
… tcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAg4PZBYC
… Zg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUc
… mlhbHNkAg8PZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3
… VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCEA9kFgQmDxUEJC9QT0gvU3BlY2l
… hbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBX
… ZWxsbmVzcyBSZXNvdXJjZXNkAgEPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jY
… W5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIPD2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy
… 9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIQD2QWAmYPFQR
… kL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxz
… ZAIRD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZW
… FyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgEPZBYCZg8VBEo
… vUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNk
… AgIPZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2Vz
… LwAFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCAw9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZ
… XMvY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbm
… VzcyBSZXNvdXJjZXNkAgQPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXI
… tZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIFD2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5j
… ZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIGD2QWAmYPFQRRL1BPS
… C9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW
… 5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgcPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWV
… zL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgEPZBYCZg8VBFIvUE9I
… L1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVud
… CBBbmQgRmFtaWx5IFJlc291cmNlc2QCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC
… 1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgM
… PZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxm
… IkNhbmNlciBFeHBlcnRzZAIED2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY
… 29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIFD2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW
… 5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIGD2QWAmYPFQRRL1BPSC9TcGV
… jaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIg
… UHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgcPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2Nhb
… mNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAghD2QWAmYPFQRIL1BPSC9TcGVj
… aWFsdGllcy9jYW5jZXIvcGF0aWVudC1hbmQtZmFtaWx5LXJlc291cmNlcy8ABV9zZWxmGlBhdGllbnQgQW5kIE
… ZhbWlseSBSZXNvdXJjZXNkAgEPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5
… jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIPD2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9j
… YW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIQD2QWAmYPFQRkL
… 1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZA
… IRD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWF
… yY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgIPZBYCZg8VBEov
… UE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkA
… gMPZBYCZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLw
… AFX3NlbGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXM
… vY2FuY2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVz
… cyBSZXNvdXJjZXNkAgMPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZ
… XhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIED2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZX
… IvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIFD2QWAmYPFQRkL1BPSC9
… TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIGD2QW
… AmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvA
… AVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgEPZBYCZg8VBEovUE9IL1
… NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgIPZBY
… CZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3Nl
… bGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCAw9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY
… 2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZX
… NvdXJjZXNkAgQPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ
… 0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIFD2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFk
… aWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIGD2QWAmYPFQRRL1BPSC9TcGVja
… WFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUH
… JvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgcPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmN
… lci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgEPZBYCZg8VBFIvUE9IL1NwZWNp
… YWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgU
… mFtaWx5IFJlc291cmNlc2QCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2
… VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgMPZBYCZg8
… VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNl
… ciBFeHBlcnRzZAIED2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5L
… wAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIFD2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2
… xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIGD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGl
… lcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUHJvZ3Jh
… bSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgcPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9jb
… GluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAghD2QWAmYPFQRIL1BPSC9TcGVjaWFsdGl
… lcy9jYW5jZXIvcGF0aWVudC1hbmQtZmFtaWx5LXJlc291cmNlcy8ABV9zZWxmGlBhdGllbnQgQW5kIEZhbWls
… eSBSZXNvdXJjZXNkAgEPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZ
… XhwZXJ0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIPD2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZX
… IvcmFkaWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIQD2QWAmYPFQRkL1BPSC9
… TcGVjaWFsdGllcy9jYW5jZXIvY2xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIRD2QW
… AmYPFQRRL1BPSC9TcGVjaWFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvA
… AVfc2VsZh5DYW5jZXIgUHJvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgIPZBYCZg8VBEovUE9IL1
… NwZWNpYWx0aWVzL2NhbmNlci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgMPZBY
… CZg8VBFIvUE9IL1NwZWNpYWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3Nl
… bGYaUGF0aWVudCBBbmQgRmFtaWx5IFJlc291cmNlc2QCAg9kFgQmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY
… 2VyL2hlYWx0aC1hbmQtd2VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZX
… NvdXJjZXNkAgMPZBYCZg8VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ
… 0cy8ABV9zZWxmIkNhbmNlciBFeHBlcnRzZAIED2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFk
… aWF0aW9uLW9uY29sb2d5LwAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIFD2QWAmYPFQRRL1BPSC9TcGVja
… WFsdGllcy9jYW5jZXItcHJvZ3JhbS1pbml0aWF0aXZlcy1hbmQtcmVzZWFyY2gvAAVfc2VsZh5DYW5jZXIgUH
… JvZ3JhbSBJbml0aWF0aXZlcyBhbmQgUmVzZWFyY2hkAgEPZBYCZg8VBEovUE9IL1NwZWNpYWx0aWVzL2NhbmN
… lci9jbGluaWNhbC10cmlhbHMvAAVfc2VsZh5DbGluaWNhbCBUcmlhbHNkAgIPZBYCZg8VBFIvUE9IL1NwZWNp
… YWx0aWVzL2NhbmNlci9wYXRpZW50LWFuZC1mYW1pbHktcmVzb3VyY2VzLwAFX3NlbGYaUGF0aWVudCBBbmQgU
… mFtaWx5IFJlc291cmNlc2QCAg9kFgRmDxUEJC9QT0gvU3BlY2lhbHRpZXMvY2FuY2VyL2hlYWx0aC1hbmQtd2
… VsbG5lc3MtcmVzb3VyY2VzLwAFX3NlbGYjSGVhbHRoIGFuZCBXZWxsbmVzcyBSZXNvdXJjZXNkAgMPZBYCZg8
… VBF0vUE9IL1NwZWNpYWx0aWVzL2Rpc2Vhc2VzL2NhbmNlci9jYW5jZXItZXhwZXJ0cy8ABV9zZWxmIkNhbmNl
… ciBFeHBlcnRzZAIED2QWAmYPFQReL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvcmFkaWF0aW9uLW9uY29sb2d5L
… wAFX3NlbGYfUmFkaWF0aW9uIE9uY29sb2d5ZAIFD2QWAmYPFQRkL1BPSC9TcGVjaWFsdGllcy9jYW5jZXIvY2
… xpbmljYWwtdHJpYWxzLwAFX3NlbGYeQ2xpbmljYWwgVHJpYWxzZAIGD2QWAmYPFQRRL1BPSC9TcGVjaWFsdGl
```

134251...

IgsSg9zeGyjWQCAQ9kFg9mBxDER9QfUgVU3a172llhbRpZXMvS9zcGljS9lhbmQtUGFsbGIhdGl2ZS9
lLlBvcnRlcilIb3NwaWNlLlVJlc2lkZW5ja2S8ABV9zZWxmaGFBvcnRlciBIb3NwaWNlLlIFJlc2lkZW5jZWQCAg9k
FgJmDxUEOi9QTQgvU3BlY2lhbHRpcZXMvSG9zcGljZSSlhbmQtUGFsbGIhdGl2ZS9lLlDYXJlLlDhvc3BpY2UtRkFRc
y8ABV9zZWxmbDEhvc3BpY2UgRkFRc2QCAw9kFgJmDxUEOi9QTQgvU3BlY2lhbHRpcZXMvSG9zcGljZSSlhbmQtUG
FsbGlhdGl2ZS9lLlRlc3RpbW9uaWFscy8ABV9zZWxmbTDESlc3RpbW9uaWFsc2QCBA9kFgJmDxUEPi9QTQg
vU3BlY2lhbHRpcZXMvSG9zcGljZSSlhbmQtUGFsbGlhdGl2ZS9lLlhbGxGpXRpdmUtQ2FyZS8ABV9zZWxm
D1BhbGxpYXRpdmUgQ2FyZWQCBg9kFgRmDxUEJC9QTQgvU3BlY2lhbHRpcZXMvR2VuZXRpYy1Db3Vuc2VsaW5nL
wAFX3NlbGYSR2VuZXRpYyBDb3Vuc2VsaW5nZAIBD2QWAmYPDxYEHwJnHwMCCWQWAmYPZBYEAgEPFgIfAAUXPH
VsIGNsYXNzPSJuYXVtd21jLlci2Ij5kAgMPZBYSZg9kFgJmDxUEQS9QTQgvU3BlY2lhbHRpcZXMvR2VuZXRpYy
lDb3Vuc2VsaW5nL0dlbmV0aWMtQ291bnNlbGluZy1pbiIEZW52ZXIVaAVfc2VszhxHZW5ldGljlIENvdW5zZWxp
bmcgaW4gRGVudmVyZAIBD2QWAmYPDXUQEL1BPSC9TcGVjaWFsdGllcy9HZW5ldGljlLUNvdW5zZWxpbmcvR2Vu
XRpYylDb3Vuc2VsaW5nL0lyl2VndmVyRWVnRhcVu2Vsb3IVSdiwdBE91ci8SaXNrLUhlcmVkaxRhcnktQ2FuY2VyLwA
FX3NlbGYjQ2FuY2VyIFJpc2gjmFrcDsgSGVyZWRpdGFyeSBDYW5jZXJkAgMPZZ8VBDovUE91LlNwZWNp
YWx0aWVzL0dlbmV0aWMtQ291bnNlbGluZy9PdXItbGluay1PdXItUmlzay1NYWJUZUvLwAFX3NlbGYOTGU
XRpYyBDb3Vuc2Vsb3JkAgQPZBYCZg9VBDUvUE9ILlNwZWNpYWx0aWVzL0dlbmV0aWMtQ291bnNlbGluZy9HZHR
5ldGljlLUFkdmFuY2VzLwAFX3NlbGYQR2VuZXRpYyBBZHZhbmNlc2QCBQ9kFgJmDxUERC9QTQgvU3BlY2lhbHR
pcZXMvR2VuZXRpY1Db3Vuc2VsaW5nL0dlbmV0aWMtQ291bnNlbGluZy1Gb3ItV2VtZW5kAVfc2VsZgxG
b3IgUGF0aWVudHMgYWZYWwCGw9kFgJmDxUEPC9QTQgvU3BlY2lhbHRpcZXMvS2ldbmV5LWUEWLEtUGF0aWVu
5ldC9QaWNkeST3V0Rm9ybS5hc3B4P2Vncml1YWl1PVBBSF9SZXF1ZXN0X2FQZ2FuY2VyY29welc8ABV9z
lbGluZ19BcHBvaW50bWVudAAGX2JsYW5rlcyJHZ2ybldsb23RVBBSF9SZXF1ZXN0X2FTeGuVEZWUvaA1
EX2NsYXNzPSJub21pbmFsLlci2SJHZ2blbnJlcy2nHZ2blbmpRsvcmVndmVyaWlc3MlbncsanHZ2gsc2ldaGW
XmdEdJLUVuZG9zY29weeWQCAQ9kFgJmDxWBBB8CZx8DAglkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzzc0ibmF
2LXRpZXXItMyI+

ZAIDD2QWEmYPZBYCZg8VBC0vUE9IL1NwZWNpYWx0aWVzL0dlLJLUVuZG9zY29weeS9PdXItRGlmZmVyZW5jZS8AB
V9zZWxmD91ciBEaWZmZXJXZXJlbmNlZAIBD2QWAmYPFQQvL1BPSC9TcGVjaWFsdGllcy9HSS1FbmRvc2NvcHkvKRW
5kb3Njb3B5LU1NbnRlcl8AB8ABV9zZWxmMF0Rp2ZC21Z2SBIZWFsdGggQ2VudGVyZAIBD2QWAmYPFQQQLlBPSC9
TcGVjaWFsdGllcy9HSS1FbmRvc2NvcHkvRktU3ltHRHvbXMvAAVfc2VszgtHSSBTeW1wdG9tc2QCAw9kFgJm
DxUELy9QTQgvU3BlY2lhbHRpcZXMvR0ktRW5kb3Njb3B5L3Nlbd3JlW5lLyAFX3NlbGYPR2luZXJhbCBHSSBSSBU
XN0cyBPZmZlcmVkWABV9zZWxmD2luZXJhbCBHSS1FbmRvc2NvcHkvR0ktRW5kb3Njb3B5L2luZ2l1Y29weGF
9ucy8ABV9zZWxmDUdJIENvbnRpbmlvnNkAgMPZBYCZg8VBCMvUE9IL1NwZWNpYWx0aWVzL0dJLUVuZG9zY29p
weES9HRVJlLwAFX3NlbGYER0ktRW5kb3Njb3B5L0dJLUVuZG9zY29weES9HRVJlLwAFX3NlbGYER0ktRW5k
b3Njb3B5L0dJLUVuZG9zY29weS8ABV9zZWxmBEdJIEVuZG9zY29weS9HSS1FbmRvc2NvcHkvMFlJbmt5LHRWLVBBVAQAC
9ucy9B2hyzWxmDUdJI2LJLUVuZG9zY29weES9HSS1FbmRvc2NvcHkvR2l1Y29weVQ2VxZXA2LVBBVAQAC
fc2VsZgpDb250YWN0IFVzlBPSC9TcGVjaWFsdGllcy9HSS1FbmRvc2NvcHkvR2l1Y29weGXB2VxZXA2LV
LwAFX3NlbGYTT3V0cGF0aWVudCBTZXJ2aWNlc2QCAQ9kFgJmDxWBBB8CZx8DAglkZFgJmD2QWBAIBDxYCHwAFF
zx1bCBjbGFzcz0ibmF2LXRpZXXItMyI+

ZAIDD2QWDGYPZBYCZg8VBC4vUE9IL1NwZWNpYWx0aWVzL091dHBhdGllbnQtU2VydmljZXMvRGlhYmV0ZXMvA
AVfc2VsZghEaWFiZXRlc2QCAQ9kFgJmDxUELi9QTQgvU3BlY2lhbHRpcZXMv3V0cGF0aWVudC1TZXJ2aWNlcy
9QaGFybWFjeS8ABV9zZWxmCBoYXJtYWN5aWN5ZAICAIDD2QWAmYPFQQ0LlBPSC9TcGVjaWFsdGllcy9PdXRwYXRpZW5
0LVNlcnZpZC2VzLlljaGFge5hWxpdHGOYW9uWu0V3ZNBLXY0UthXNlPGF5ZWQCAw9kFgJmDxUELi9QTQgvU3B
L1NwZWNpYWx0aWVzL091dHBhdGllbnQtU2VydmljZXMvclZXAtXlZXAtWCCXQQI2VudGVyZAVfc2VsZgtVfd
2xlZXAgRGlzb3JkZXJzIEnlbnRlcmQCBA9kFgJmDxUEOi9QTQgvU3BlY2lhbHRpcZXMv3V0cGF0aWVudC1TZ
J2aWNlcy9UcmFZZWWtSGVhbHRocLoUNsaW5pPY8ABV9zZWxmFRyYXZlbCBIZWFsdGggQ2xpbmljZAIFD2QWAm
PFQQWLlBPSC9TcGVjaWFsdGllcy9PdXRwYXRpZW50LVNlcnZpZD2VzLldvdW5kLUNhcmUvAAVfc2VsZgpXb3Vu
ZCBDYXJlZAIII2QWAmYPZG8VBC9QTQgvU3BlY2lhbHRpcZXMvS1GNsIGNzYXNzPSJuYXYtdGllcl8zJj5kAg
MPZBYOZg9kFgJmDxUEQS9QTQgvU3BlY2lhbHRpcZXMvT3V0cGF0aWVudC1TZXJ2aWNlcy9QYXJlbm4YXRvRC
pbnbQtUmWbGF9ZW5lbnQtClbbbW9lbSGRvV2VzL2ldaGW2VsIBXjbduUcyVfY3Nd21nVY3N1WYjb2ZV
FgJmDxUEJy9QTQgvU3BlY2lhbHRpcZXMvT3J0aG9wZWRpY3MvQXJ0aApJpdGlzLwAFX3NlbGYJQXJ0aApJpdGlzZ
AICD2QWAmYPFQQmLlBPSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9zYXAtUGFyY2WxmbWFuc2UYXxmWxmbC9
luZAIDD2QWAmYPFQQ0LlBPSC9TcGVjaWFsdGllcy9PcnRob3BlZGljcy9LbmVlLVBhaW4vAAVfc2VsZgtLbmV
lIFBhaW5kAgQPZBYCZg8VBC0vUE9IL1NwZWNpYWx0aWVzL09ydGhvcGVkaWNzL1Nwb3J0cy1NZWRpY2luZS8A
BV9zZWxmDlNwb3J0cyBNZWRpY2luZWQCBQ9kFgJmDxUELEC9QTQgvU3BlY2lhbHRpcZXMvT3J0aG9wZWRpY3MvT
3BlcmF0aW9uLVdhbGGsvVAVfc2VsZg5PcGVyYXRpb24gV2Fsa2luZ2QCBgkFgJmDxUEQY9QTQgvU3BlY2lhbHRpcZXM
vMvT3J0aG9wZWRpY3MvQ2VudGFjdC1Vcy1Db2xvcmFkby1Kb2ludC1SZXBsYWNlbWVudC8ABV9zZWxmUNUNvbnR
hY3QgVXMgQ29sb3JhZG8gSm9pbnQgUmVwbGFjZW1lbnRkAgQPZBYCZg8VBDMvUE9IL1NwZWNpYWx0aWVzL0
cnRlci1QbGFjZS1SZXRpcmVtZXN0L0lUNvbW1ibml0eS8ABV9zZWxmDVBvcnRlci1BQbGFjZWQCAg9kFgJmDxWB8
B8CZx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXXItMyI+

ZAIDD2QWDGYPZBYCZg8VBDEvUE9IL1NwZWNpYWx0aWVzL1BvcnRlci1QbGFjZS9BYm91dC1Qb3J0ZXXItUGxhY
2UvAAVfc2VsZ3IhYmJhZY91cbClHBvcnRlci1QbGFjZWQCAQ9kFgJmDxUEMi9QTQgvU3BlY2lhbHRpcZXMvUGVycnRlcl
lQbGFjZS9PdXitTGl2aW5nLU9wdGlvbnMvAAVfc2VszhJPdXIgTGl2aW5nIE9wdGlvbnNkAgIPZBYSZg8VBDU
vUE9IL1NwZWNpYWx0aWVzL1BvcnRlcl1QbGFjZS9TZXJ2aWNlcy1hbmQtQW11bmwl0aWVzLwAFX3NlbGYWU2Vy
dmljZXMgYW5kIEFtZW5pdGllc2QCAw9kFgJmDxUEOC9QTQgvU3BlY2lhbHRpcZXMvUGVycnRlci1QbGFjZS9Bc
nRlcli1QbGFjZS1UZXN0aW1vbmlhbHMvlhbhHMvAAVfc2VszllQb3J0ZXIgUGxhY2UgVGVzdGltb25pYWxzZAIED
2QWAmYPZBYSZ3QvUE9IL1NwZWNpYWx0aWVzL1BvcnRlcl1QbGFjZS9PdXUGVUX0gvU3BlY2lhbHRpcZXMvYWWNlbWV
nRlci1QbGFjZS1UZXN0aW1vbmlhbHMvlhbhHMvAAVfc2VszlUGXxb3J0ZXIgUGxhY2UgVGVzdGltb25pY
Zg9kFgRmDxUEJC9QTQgvU3BlY2lhbHRpcZXMvUGVycnRlci1QbGFjZS9HZW5lcmFsLwAFX3NlbGYJR2VuZXJ
hbHMvAAVfc2VszlUGXxb3J0ZXIgUGxhY2UgVGVzdGltb25pYWxz

134251... YPFQQYi1BPSC9TcGVjaWFsdGllcy9Qd3J0X1RhYUDvUe9yUX0JvB3dHmN1NvBoP0JRVcyY8ABV9zZWxmE1B
vcnRlciBQbGFjZSBQaG90b3NkAgUPZBYCZg8VBDMvUE9IL1NwZWNpYWx0aWVzeL1BvcnRlciLQbGFjZS9Db250
YWN0LWFuZC1Mb2NhdGlvbi8ABV9zZWxmFENvbnRhY3Q3gYW5kIcIExvY2F0aW9uZAILD2QWAmYPFQRBL1BPSC9Tc
GVjaWFsdGllcy9PdXRhYXRpZW50L1Nwb2NpYWx0aWVzeL1BvcnRlcil1Qcmlt YXJ5L1UNhcmtUtQ2xpbmljjcy8ABV9zZW
xmG1BvcnRlciBQcmltYXJ5IENhcmUgQ2xpbmljjc2QCDA9kFgRmDxUEGy9QT0gvU3BlY21hbHRpZXMvUmFkaW9
sb2d5LwAFX3NlbGVVUmFkaW9sb2d5d5IGFuZCBJbWFnaW5nN5n2AIBD2QWAmYPDxYEHwJnHwMCBWQWAmYPZBYEAg8
FgIfAAUXPHVsIGNsYXNzPZuYXYtdGllci0zIj5kAgMPZBYCZg9kFgQCAC8WAh4BAKrc8dWwgY2xhc3M9Im
5hdi10aWVyLTMiPmQCAw9kFgZmDx2QWAmYPFQQsL1BPSC9TcGVjaWFsdGllcy9Sb2JvdGljjLVN1cmdlcnkvAAVfc2Vsz
g9Sb2JvdGljjIFN1cmdlcnkAgEPZBYCZg8PFgQfAmcfAwIDZBYCZg9kFgQCAQ8WAh8BABRc8dWwgY2xhc3M9Im
5hdi10aWVyLTMiPmQCAw9kFgZmDx2QWAmYPFQQsL1BPSC9TcGVjaWFsdGllcy9Sb2JvdGljjLVN1cmdlcnkR31
uZWNvbG9neS8ABV9zZWxmCkd5bmVjb2xvZ3lkAgEPZBYCZg8VBEIvUE9IL1NwZWNpYWx0aWVzL1JvYm90aWMt
U3VyZ2VyeS9Sb2JvdGljjLUFzc2lzdGVkLUNhcmPYWMtU3VyZ2VyeS8ABV9zZWxmbDUhlYXJ0IFN1cmdlcnlkla
gIPZBYCZg8VBC0vUE9IL1NwZWNpYWx0aWVzL1JvYm90aWMtU3VyZ2VyeS9Vcm9sb2d5LVBPSC8ABV9zZWxmB1
Vyb2xvZ3lkAg4PZBYCZg8VBBEvU3BpbmUtSW5zdGl0dXRlL1wAFX3NlbGYPU3BpbmUgSW5zdGl0dXRlZAIBD2Q
WAmYPDxYEHwJnHwMCAWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPZuYXYtdGllci0zIj5kAgMPZBYCZg8k
FgJmDxUEYWh0dHBzOi8vY2VudHVyYS5jZWN1cVmb3Jtc3.JtYy3VibWl0Lm51c1dGaWxssT3V0Rm9ybS5hc3B4P2Zvc
m1uYW1llPVBBSF9SZXF1ZXN0X21vcmV0U3BpbmUtaW5mb3JtYXRpb24tQ2VudHVyYS5jZWNuZ3kmVHRpbm
Zvcm1hdGclvbmQCDw9kFgRmDxUEGy9QT0gvU3BlY21hbHRpZXMvU3Ryb2J1L1VByb2dyYW0vAAVfc2VsZg1TdHJ
va2UgUHJ2Z3JhbWQCAQ9kFgJmDx8WBB8CZx8DAgJkFgJmD2QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPZuYX
ZXItMyI+

ZAIDD2QWBGYPZBYCZg8VBCsvUE9IL1NwZWNpYWx0aWVzL1Nwm9rZS51Qcm9ncmFtcFtL1RJQS11DbGlua WMvAAVfc
2VsZgpUSUEgQ2xpbmljjZAIBD2QWAmYPFQRGLL1BPSC9TcGVjaWFsdGllcy9TdHJva2UtUHJvZ3JhbXNvG9XN0LW
FjdGlvbi1tYWtlcy1hbGwtdGhlLWRpZmZlcmVuY2UvUHVLwAFX3NlbGFpcmRfcGCBhY29CDBhY3Rpb24gbWFrZXMgYWxsIHR
oZSBkaWZmZZVuY2UPZBYCZg8PFgQfAmcfAwIIZBYCZg9kFgCQCAQ8WAh8BABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQ
YW5fzcGxhbmFY
TMiPmQCAw9kFhBmD2QWAmYPFQRFL1BPSC9TcGVjaWFsdGllcy9UcmFuc3BsYW50L1BvcnRlci1UcmFuc3BsYW
50L1U11bHRpZGlzY21wbGluGluYXJ5LbHRlYW0vAAVfc2VzhhNZWV0IlHRoZSBUcmFuc3BsYW50IFRlYW1kAgEPZBY
CZg8VBC4vUE9IL1NwZWNpYWx0aWVzL1RyYW5zcGxhbnQv2UhcYWFX3N1bGY1RmFzdCBhbBRBARc8dWwgY2xhc3M9Im5h
diBpdXIgIZghIQWQCEA9kFgJmDxUEGy9QT0gvU3BlY21hbHRpZXMvVHJhbnNwbGFudC9JbmZ1c2lvbkBPSC8ABV9zZWxmC
lRFVBjWY8yAgV8
YW50L1BvcnRlci1UcmFuc3BsYW50LXN1bGYxYjl2kbmV1UhcYWFX3N1bGYxRmFzdCBhbBRBARc8dWwgY2xhc3M9Im5hZG
l2IZghIQWQCEA9kFgJmDxUEGy9QT0gvU3BlY21hbHRpZXMvVHJhbnNwbGFudC9JbmZ1c2lvbkBPSC8ABV9zZWxmClRF
VBjWY8yAgV8YXVbVDQT0gvU3BlY21hbHRpZXMvVHJhbnNwbGFudC9JbmZ1c2lvbkBPSC8ABV9zZWxmClRFVBjWY8yAgV8
9kFgJmDxUELS9QT0gvU3BlY21hbHRpZXMvVHJhbnNwbGFudC9MaXZlci1VcmFuc3BsYW50LWFX3NlbGQYTGl
2ZXIgVHJhbnNwbGFudFCQCBA9kFgJmDxUEUE9IL1NwZWNpYWx0aWVzL1RyYW5zcGxhbnQvSXZkdHJJZXMvuAAVfc2
YXJ5LVN1cmdlcnkvAAVfc2VzhhNVIZXBhdG9iaWxpYXJ5IFN1cmdlcnkg2UhEhlVwxoaQdqcw0JvZXNvkXJjJZXMvuoofc2
Vs ZgpBLaWRuZXkgVHJhbnNwbGFudCBGQWVgJmFtcDsgTWl2ZXIgVHJhbnNwbGFudCBGQWFkAgYPZBYCZg8VBCc
vUE9IL1NwZWNpYWx0aWVzL1RyYW5zcGxhbnQvTGl2ZXIgVHJhbnNwbGFudC9MaXZlci1UcmFuc3BsYW50LWFX3
2ZXIgVHJhbnNwbGFudCBGQWVgJmFtcDsgTWl2ZXIgVHJhbnNwbGFudCBGQWFkAgcPZBYCZg8VBCcvUE9IL1Nw
YXJ5LVN1cmdlcnkvAAVfc2VzhVIZXBhdG9iaWxpYXJ5IFN1cmdlcnkgmUhhbnNwbGFudHvcMaXZlci1UcmFuc3BsYW50LW
Wx0aWVzL1RyYW5zcGxhbnQvUE9IL1NwZWNpYWx0aWVzL1RyYW5zcGxhbnQ8ABV9zZWxmClRFVBjWY8yAgV8
glSZXNvdXJjjZXNkAgEPZBYCZg8VBCQvUE9IL1dhvbWVUvRm9yLVBhbmFic2LYXQtT2JnL1DhwbGJlcy9ABV9zZW
xmG0ZvciBQYXRpZW50cy9PQ2nTNWY8ycyAmYWwlvOyBGYW1pbGllc2QCAQ9kFgJmDxWBBB8CZx8DAgxkFgJmDxcHWA
FFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+

ZAIDD2QWGGYPZBYCZg8VBAwjUHJlUmVnTW9kYWwABV9zZWxmGFBhdGllbnQgUHJlLVJlZ2lzdHJhdGlvbmQCA
Q9kFgRmDxUEKi9QT0gvU3G9tZS9QYXRpZW50LWFuZC1WaXNpdG9yL1UluZm9ybWF0aW9uLwAFX3NlbGYhUGF0aW
VudCAmYW1wOyBWaXNpdG9yIEluZm9ybWF0aW9uZAIBD2QWAmYPDxYEHwJnHwMCDGQWAmYPZBYEAgEPFgIfAAU
XPHVsIGNsYXNzPZuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUEQy9QT0gvUGF0aWVudC1HdWlkZS9QYXRp
ZW50LWFuZC1WaXNpdG9yL1UluZm9ybWF0aW9uL1011ZGljYWwtUmVjb3Jkcy9ABV9zZWxmD0111ZGljYWwgUmVjb
3Jkc2QCAQ9kFgJmDxUERC9QT0gvUGF0aWVudC1HdWlkZS9QYXRpZW50LWFuZC1WaXNpdG9yL1UluZm9ybWF0aW
9uL0N1c3RvbWVyLVNlcnZpY2UvAAVfc2VzhhBDdXN0b21lciBTZXJ2aWNlZAIBD2QWAmYPFQQUL0hlYWx0aC1
Bc3Nlc3NtZW50cy9ABV9zZWxmEkFzc2VzcyBZb3VyIEhlYWx0aGQCAw9kFgRmDxUEHy8Health3Bc3Nlc3NtEW50LW
ZXgtQ2FsY3VsYXRvci8ABV9zZWxmEkFzc2VzcyBZb3VyIEhlYWx0aGQCAw9kFgRmDxUEHy9ZAIED2QWAmYPFQQbL0hNb
G9yaWUtQnVybyLUNhbGN1bGF0b3IvAAVfc2VzhlQVYxxvcmllIEJ1cm5lciBDYWxjdWxhdG9yZAIFD2QWAmYPFQQ
YPFQQeL051dHJpdGlvbmFsLU5lZWRzLUNhbGN1bGF0b3IvAAVfc2VzhxOdXRyaXRpb25hbCBOZWVkcyBDYWxj
dWxhdG9yZAIGD2QWAmYPFQRNL1BPSC9QYXRpZW50LUd1aWRlL1BhdGllbnQtYW5kLVZpc2l0b3ItSW5mb3JtYXJ
YXRpb24vUGF0aWVudC1hbmQtVmlzaXRvci1HdWlkZS8ABV9zZWxmG1BhdGllbnQgUmVjb3JkcyZhbXA
WlkZWQCBw9kFgJmDxUETS9QT0gvUGF0aWVudC1HdWlkZS9QYXRpZW50LWFuZC1WaXNpdG9yL1UluZm9ybWF0aW
9uL1BhdGllbnQtR3JpZXZhbmNlL1VByb2Nlc3MvAAVfc2VzhlQYXRpZW50IEdyaWV2YW5jZSBQcm9jZXNzZAZ
ZAIICQWAmYPFQRNL1BPSC9QYXRpZW50LWFuZC1WaXNpdG9yL1UluZm9ybWF0aW9uL1BhdGllbnQtR3JpZXZhbmN
lL1VByb2Nlc3MvAAVfc2VzhQVByb2Nlc3NkAgZPZBYCZg9VpZGGUvUGF0aWVudC1HdWlkZS9QYXRpZW50LWF
VyLUd1aWRlL1VVcmljYW50LVUhlLZvci9ABV9zZWxmD1VyZ2VudCBDYXJllGJ2Ym83JtcDsgVmlzaXRvci1JbmZvc
VyLUd1aWRlL1VVcmljYW50LVUhlLZvci9ABV9zZWxmD1VyZ2VudCBDYXJllGJ2Ym83JtcDsgVmlzaXRvci1JbmZv
g8VBEcvUE9IL1BhdGllbnQtR3VpZGUvUGF0aWVudC1hbmQtVmlzaXRvci1JbmZvcm1hdGlvbi9TaGFyZS1Zb
VyLUd1aWRlL1VVcmljYW50LVUhlLZvci9ABV9zZWxmD1VyZ2VudCBDYXJllGJ2Ym83JtcDsgVmlzaXRvci1JbmZv
nYXRvci8ABV9zZWxmEVN1bGYtUXJnZW50IFBhcmtpbmcv9yZAILD2QWGGSGVhcnQgUmF0ZSBzaGZyX1SYXR1LUNh
bGN1bGF0b3IvAAVfc2VzhxUYXJnZXQgSGVhcnQgUmF0ZSBDYWxjdWxhdG9yZAICD2QWBGYPFQQiL1BPSC9QY

134251...

XRpZW50LUd1aWRlI1NwaWxpdpdHvhbc0yQ1XXJLUWrX3n1UeYOU9BpCd11OdWFwamEnhcuVdLgP2ByZg8PFgQFAm
cfAwIIZBYCZg9kFgQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTMiPmQCAw9kFhBmD2QWAmYPFQQyL1B
PSC9QYXRpZW50LUd1aWRlL1NwaXJpdHVhbC1DYXJlL1dheXMtdG8tYmVuZWZpdpdC8ABV9zZWxmbd1dheXMgdG8g
QmVuZWZpdGQCAQ9kFgJmDxUEPS9QT0gvUGF0aWVudC1HdWlkZS9TcGlyaXR1YWwtQ2FyZS9XaGF0LWlmcLUktb
S1ub3QtQ2hyaXN0aWFuL1S8ABV9zZWxmHldoYXQgaWYgSSYjMzk7bSBub3QgQ2hyaXN0aWFuP2QCAg9kFgJmDx
UEEC9MaWdodc1hLUNhbmRsRsZS8ABV9zZWxmbkxpZ2h0LWC1andleZh0IGEgQ2FuZGxlZAIDD2QWAmYPFQQ2L1BPSC9QYXRpZW5
0LUd1aWRlL1NwaXJpdHVhbC1DYXJlL1VuZGVyc3RhbmRpbmctZ3JpZWYvAAVfc2VsZhNVbmRlcnN0YW5kaW5n
IEdyaWVmZAIED2QWAmYPFQQQL1N1cHBvcnQtR3JvdXBzLwAFX3NlbGYOU3VwcG9ydCBHcm91cHNkAgUPZBYCZ
g8VBDUvUE9IL1BhdGllbnQtR3VpZGUvU3Bpcm10dWFsLUNhcmUvUHJhY3RpY21tb2Ytc2VtcmdlcwVlcyLWAFX3NlbG
YSUHJhY3RpY2Ugb2YgUHJheWVyZAIGD2QWAmYPFQQ0L1BPSC9QYXRpZW50LUd1aWRlL1NwaXJpdHVhbC1DYXJl
L1dvcmRzLXRvLWxpZnQteW91LWFX3NlbGYRV29yZHMgdG8gbGlmdCB2b3VkZBYCZg8VBCwvUE9IL1Bh
dGllbnQtR3VpZGUvU3Bpcm10dWFsLUNhcmUvUm1Uvb3JlY2VyZ2V1cwVlcLWAFX3NlbGYJUmVzb3VyY2VzZAI
QQKL0NISC9Ib21lLWAFX3NlbGYVRW5kIG9mIExpZmUgLyBIb3NwaWNlZAIED2QWBGYPFQQgL0JpbGxpbmctYW
5kLUZpbmFuY21hbC1TZXJ2aWNlcy8ABV9zZWxmIEJpbGxpbmcgJmFtcDsgRmluYW5jaWFsIFNlcnZpY2VzZAI
BD2QWAmYPDxYEHwJnHwMCBmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYM
Zg9kFgJmDxUEEy9Ib3ctdQmlsbGluZy1Xb3Jrcy8ABV9zZWxmEUhvdyBCaWxsaW5nL2FvYWx2YXZAI
QQSL0hvc3BpdGFsLUJpbGxpbmcvAAVfc2VsZhNIb3NwaXRhbCBCaWxsaW5nZAICD2QWAmYPFQQRL09ubGluZS
1CaWxsLVBheS8ABV9zZWxmD09ubGluZSBCaWxsIFBheWQCAw9kFgJmDxUEEC9GaW5hbmNpYWwtSGVscC8ABV9
zZWxmNkZpbmFuY21hbCBBc3Npc3RhbmNlLlCBDaGFyaXR5IENhcmUgUGF5bWVudCBQbGFuc2QCBA9kFgJmDxUE
FgJmDxUEFC9Vbmluc3VyZWQtUGF0aWVudHMvAAVfc2VsZhNsb3IgUm5ub3JlZCBQYXRpZW50c2QCBQ9kFgJmDx
A0vRm9yLVN1bmlvcnMvAAVfc2VsZgtGb3IgU2VuaW9yczQCBQ9kFgRmDxUEIy9Gb3ItUGF0aWVudHMtYW5kLU
ZhbW1saWVzL1ByaWNpbmcvAAVfc2VsZgdQcml1aW5nAIZAIBD2QWAmYPDxYEHwJnHwMCA2QWAmYPZBYEAgEPFgI
fAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYGZg9kFgJmDxUEPS9QT0gvUGF0aWVudC1HdWlkZS9QYXRpZW50LUZh
bWlsaWVzL1ByaWNpbmcvAAVfc2VsZgNVT08fVVY0Fc2VsZhNIb3cvbiLUZhY3RpY2VzL1ByaWNpbmdXWGRZm1yEN
Wlvbi8Qcm9j22W0eW9IwWGRN1lLNaWF0aWdZeDdHMgZm9yIEN0b
V0eWQCAg9kFgJmDxWBB8CZx8DAgRkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWCGYPZBYCZg8VBBAvT3ToLUNvbW1pdG1lbnQvAAVfc2VsZg5tbFlqQ29tbWl0bWVudEIny0AAVfc
2VsZhlCZW5lZml0cyBDaGVja2VyPQ9kFgJmDxUEFC9Vbmluc3VyZWQtUGF0aWVudHMvAAVfc2VsZhNsb3IgRm
JlLVBhcnQtRCllc3Npc3RhbmNlLwAFX3NlbGYPTWVkaWNhcmUgUGFydC1EIGFzc2lzdGFuY2UkAgRPWBYCCm
NhcmWUtUmF0aWVudHMvAAVfc2VsZg5tbFlqRW5lUmRseSGpPQ0WJhc2VfHJSTGZiy8ABV9zZWxmEUhvdyBCaX
LUh1YWx0aC1TSElQLUN0YXRlL1Uh1YWx0aC1Jbml1cmFuY1UtU01pZ3JhdGlvbi8ABV9zZWxmEG1N0YXRlIEhlYWx0a
CBJbnN1cmFuY2UgUGxhbmQCCQ9kFgRmDxUELS9QYXRpZW50LUd1aWRlMy0YUmluaHRzLWFuZC1SZXNwb25zaW
JpbGl0aWVzLwAFX3NlbGYtUGF0aWVudCBSaWdodHMgYW5kIFJpZ2h0cyamYW5wlbySBZXNwb25zaWJpbGl0aWVzIAIM
BD2QWAmYPDxYEHwJnHwMCAWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZBYC
Zg9kFgJmDxUELS9Gb3ItUGF0aWVudHMtYW5kLUZhbWlsaWVzL1ByaXZhY3ktUHJhY3RpY2VzL1ByaXZhY3YRU
HJpdmFjeSBQcmFjdGljljXNkAgQPZBYCZg8VBBEvYTxldC5zdF50d0JXhSHVbHRoLwAFX3NlbGYPYXNzZXNzHR
VhbHRoZAIILD2QWAmYPLQQkVmdbbmx5Y3QtZW5kLVvYdyH5tYWllWuuz1z2alaZIN/WhGhkvbb2VsZhNIbmRLPGvYHvc2mLWAFX3
yIEhlYWx0aCBDb2xvcmFkb2QCAg9kFgRmDxUEGy9QT0gvSG9t5t2S9BYm1hdC1Cv9tAMhABV9zZWxmKCFib3V0IFV
ZAIBD2QWAmYPDxYEHwJnHwMCW0QWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5kAgMPZ
BYaZg9kFgJmDxUEES9DZW50dXJhLUNvbm5lY3QvAAVfc2VsZhFDZW50dXJhIENvbm5lY3RlZGGCAQ9kFgJmDx
UEIy9QT0gvQWJvdXQtVXMvQ29tbWl0bWVudc1oby1TYWZldHkvAAVfc2VsZhRDb21taXRtZW50IHRvIFNhZmV0
0eWQCAg9kFgJmDxUEIC9QT0gvQWJvdXQtVXMvVGhlLVBvcnRlci1MZWdhY3kvAAVfc2VsZhFUaGUgUG9ydGVy
IExlZ2FjeWQCAw9kFgJmDxUEEy9ZHMtYW5kLUhvbm9ycy8ABV9zZWxmE0F3YXJkcyAmYW1wOyBIb25vcn
nNkAgQPZBYCZg8VBCEvUE9IL0Fib3V0LVVzL051cnNpbmctRXhjZWxsZW5jZS8ABV9zZWxmEk51cnNpbmcgRX
hjZWxsZW5jZQCAQ9kFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWDGYPZBYCZg8VBEYvUE9IL0Fib3V0LVVzL051cnNpbmctRXhjZWxsZW5jZS9OdXJzaW5nLWF0LVBvc
nRlci1BZHJlbnRpc3QtSG9zcGl0YWwvAAVfc2VsZiROdXJzaW5nIGF0IFBvcnRlciBBZHJlbnRpc3QgSG9zcG
l0YWxkAgEPZBYCZg8VBCcvUE9IL0Fib3V0LVVzL051cnNpbmctRXhjZWxsZW5jZS9OSUNISR9ABV9zZWxmBU5
JQ0hFZAICD2QWAmYPFQQzL1BPSC9BYm91dC1Vcy9OdXJzaW5nLXNpbmctLUV4Y2VsbGVuY2UvU2hhcmVkLUdvdmVybmFu
Y2UvAAVfc2VsZhFTaGFyZWQgR292ZXJuYW5jZQCAw9kFgJmDxUEPS9QT0gvQWJvdXQtVXMvTnZyc2luZy1Fe
GNlbGxlbmNlLlN0dWRlbnRpcUtGxhY2Vt2W50LVJlc291cmNlcy8ABV9zZWxmRW1Ob0RlbnQmdb1lY2VtZW50
Jlc291cmNlc2QCBA9kFgJmDxUEUENC9QT0gvQWJvdXQtVXMvTnVyc2luZy1FeGNlbGxlbmNlL01hZ251dC1SZWNv
vZ25pdGlvbi8ABV9zZWxmFUlh251dC9ABSBV9zZWxmQ25pdGlvbWIsZWQCApYYtdGllci0zIj5zI3DYXJl
ZXJzLWAFX3NlbGYUQ2FyZWVyIE9wcG9ydHVuaXRpZXNAgUPZBYCZg8VBBkvUE9IL0Fib3V0LVVzL0zhY3QtU

134251...

2h1zQVAAVfc2VszgpcVWN61PNobNWQd2ALkQd2QWBqGY9FQQaU1BP5C9YM9UEfVc3y9PUX1TIeVhZGVycy8ABV
9zZWxmC091ciBMZWFkZXJzIAIBD2QWAmYPDxYEHwJnHwMCBWQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJ
uYXYtdGllci0zIj5kAgMPZBYKZg9kFgJmDxUELi9QT0gvQWJvdXQtVXMvTGVhZGVyc2hpcC9Nb3JyJzS1MLS1E
ZWFuLC1GQUNIRS8ABV9zZWxmFE1vcnJlIEwuIERlYW4sIEZBQ0hFZAIBD2QWAmYPFQQoL1BPSC9BYm91dC1Vc
y9MZWFkZXJzaGlwL0RhdmUtRG9va2VlcmFtLwAFX3NlbGYaRGF2ZSBEb29rZWVyYW0sIE1QSCwgRkFDSEVkAg
IPZBYCZg9VBCcvUE91L0Fib3V0LVVzL0xlYWRlcnNoaXAvQW5kcmV3LUdhYXNjaC8ABV9zZWxmEkFuZHJldyB
HYWFzY2gsIENQQWQCAw9kFgJmDxUEJi9QT0gvQWJvdXQtVXMvTGVhZGVyc2hpcC9UaG9tYXMtRHJha2UvAAVf
c2VsZhBUaG9tYXMgRHJha2UsIElEZAIED2QWAmYPFQQnL1BPSC9BYm91dC1Vcy9MZWFkZXJzaGlwL1NoYXJvb
i1QYXBwYXMvAAVfc2VsZiFTaGFyb24gUC4gUGFwcGFzLCBSTiwgUGhELCBORUEtQkNkAgUPZBYCZg8VBBovUE
9IL0Fib3V0LVVzL091ci1TcG9uc29yLwAFX3NlbGYLT3VyIFNwb25zb3JkAgcPZBYCZg9VBCovUm9hZG1hcC1
0by10aGUtRnV0dXJlLW9mLUJlYXV0L1LVBPSC8ABV9zZWxmIRJvYWRtYXAgdG8gdGhlIEZldHVyZSBv
ZiBIZWFsdGgQc2FyZWQCCQ9kFgJmDxUEKS9QT0gvQWJvdXQtVXMvTWlzc2lvbiwtVmlzaW9uL3ZsUS0tTWluaXN0c0
nkvAAVfc2VsZh5NaXNzaW9uLCBWaXNpb24gJmFtcDsgTWluaXN0cnlkAgoPZBYEZg8VBCkvcG9oL2Fib3V0LX
VzL3BvcnRlci1ob3NwaXRhbC1mb3VuZGF0aW9uLwAFX3NlbGYaUG9ydGVyIEhvc3BpdGFsIEZvdW5kYXRpb25
kAgEPZBYCZg8PFgQfAmcfAwIHZBYCZg9kFgJmDxUEKIARC3huaW9uL0FsbHVtYXN0ZXIvcGVudWFyaC9pdS1
Fg5mD2QWAmYPFQQpL1BPSC9BYm91dC1Vcy9Gb3VuZGF0aW9uL01pha2Ut0tYlEb25hdi8ABV9zZWxmD01ha
2UgYSBEb25hdGlvbmQCAQ9kFgJmDxUELS9QT0gvQWJvdXRvRm9iMphdGlvbvi9Qcm9ncmFtcy1XZS1TdX
Bwb3J0LwAFX3NlbGYTUHJvZ3JhbXMgV2UgU3VwcG9ydGQCAg9kFgJmDxUELC9QT0gvQWJvdXRvRm9bmR
hdGlvbi9Bc3NvY21hdGUtQ2FtcGFpZ24vAAVfc2VsZhZBc3NvY21hdGUgQ2FtcGFpZ25kAgMPZBYCZg9VBCsv
UE9IL0Fib3V0LVVzL0Zvdw5kYXRpb24vRm1lbmRhbHnhvAAVfc2VsZhFhc3VzZGFob2YaW9uIEV
2W50c2QCBA9kFgJmDxUEKi9QT0gvQWJvdXRvRm9bmRhdGlvbi9Gb3VuZGF0aW9uLwAFX3NlbGYQRm9bmR
hdGlvbiBFdmVudMQCBgkFgJmDxUEKy9QT0gvQWJvdXRvRm9bmRhdGlvbi9Gb3VuZGF0aW9u
uLVN0YWZmLwAFX3NlbGYQRm9bmRhdGlvbiBTdGFmZMQCBg9kFgJmDxUELC9QT0gvQWJvdXRvRm9bmRh
dGlvb9Db250YWN0LwAFX3NlbGYXRpb250YWN0IFVzZh3Rpb250YWN0IFVzZWQCBw9kFgJm
DxUELC9QT0gvQWJvdXRvRm9bmRhdGlvbi9Gb25ncmVnYXRpb25zLwAFX3NlbGYQBVSVGBvbiBGb3JZAIAM0QQWAm
YPFQQNL0NvbnRhY3QtVXMvU1BHVlbmdsaUluZ0l5yZWdpc3RyYXRpb24vAAVfc2VsZh5SVGBvbQ4QW
QB19ibGFuax5Db21tdW5pdGHKgQ2xhc3NlcyAmYW1wOyBWb2x1bnRlZXJZG9VOVFVSGQSZhbXA7Y2F0MTyoD
QAB19ibGFuax5Db21tdW5pdHkgO2xhc3NlcyAmYW1wOyBWb2x1bnRlZXJzZGHyBCAmAVBZodHRwczovL2Nlbn
IcmEuc2VjddXJlZm9ybn5XN1Ym1pdC5uZXQvZmcm0uYXNwemOyYmp1cXRoRFzlbnRfRWU1bnRfRW1h
aWxfU2lnbl9YcAAGX2JsYW5kSW5F0V2ZW501EVtYWlsIFNpZ24gVXVBkAgEPFgQfAg9VBFkodHRwczovL2JlcyhY
mNzaWdudXAuY29tL3ZpZXcvdmlldz9pZD0yN0Z0PTI4JmFtcDt3cD0xOXMyMYW1wO2FpZDlDRU5UVV
JBJmFtcDtjYXQyPTM2MgAGGX2JsYW5kd21hGVbmRyIE1haWxlZGVzawM90c9QCAw9kFgJmDxUEYySodHRwc
yYS5zZWN1cmVmb3Jtc.3VibW10L2Sl5dAGaWxsdT3VRm9yb9yBSc3B4P2Zvcm1uYW1lPVBBSF9Db21tdW5pdHlf
U3BvbnNvcnNoaXBfUmVnaXN0cmF0aW9uX1bml0eSBEb2Suc29yc2hpcGBSZXF1ZXN0MQAEX1ZXN0AIED2QWA
mYPFQQNL0dpdmluZy1CYWNNrLwAFX3NlbGYLR21aWWfZyBCYWNrZAIEEg9VBFYUElBdt21lPy9pBDtwVaXRpb
25EBTQWFvY29Zd0tEQRbA1rIiEkJY2hcg9dVFLYWFkZXJzaGlwL2F4NpSIJIQ9khZXJ2hc3B4P2FpcPTI4JmFtcDt3c
ZAVkMpdNXRbHEQmVuZWZpdC8ABV9zZWxmEUNvbWlibml0eSBCSZW5lZm101AIGD2QWAmYPFQQL1NvY2lhbC1
NZWRpYS8ABV9zZWxmDFNvY21hbC1NZWRpYWQCBw9VBEY4cHRBW1wOAB19ibGFuax5R1L0NSRUFUSU9OLUh1
YWx0aC8ABV9zZWxmD0NSRUFUSU9OIEhlYWx0aGQCAQ9kFgJmDxUEKHRkQ8DAgFkFgJmD2QWBAg8Cxs8DAgFkFgJmDxWHAFF
zx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWAmYPZBYCZg8VBFpodHRwczovL2NlbnR1cmEuc2VjdXJlZm9ybXN1Ym1pdC5uZXQvZ
m0uYXNweD9mb3JtbmFtZT1QQUhfQ1JFQVRJT05fSGVhbHRoX1VwZGF0ZXMABV9zZWxmF0NSRUFUSU9OIEhlYW
x0aCBVcGRhdGVzZAIID2QWBYPFQQiL1BPSC9Db21tdW5pdHkvUm9sZD2dyeW1lc2AWXR5Nl1ZvbHVudGVlc
SVm9sdW50ZWVyIFbyb2dyYW1zZAIBD2QWAmYPDxYEHwJnHwMCAmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNz
PSJuYXYtdGllci0zIj5kAgMPZBYCZg9kFgJmDxUENS9QT0gvQ29tbXVuaXR5L1ZvbHVudGVlci1Qcm9ncmFtc
y9CZWNvbWUtYS1Wb2x1bnRlZXIvAAVfc2VsZhZCZWNvbWUgYSBWb2x1bnRlZXJkAgEPZBYCZg8VBFpodHRwcz
ovL2NlbnR1cmEuc2VjdXJlZm9ybXN1Ym1pdC5uZXQvZm0uYXNweD9mb3JtbmFtZT1QQUhfVm9
sdW50ZWVyX0luductW0Ab19ibGFuaxdWb2x1bnRlZXIgSW50X1JlcXVlc3QgRmBybQWQCCQ9kFgJmDxU
JC9QT0gvQ29tbXVuaXR5L1bbHVuLwAFX3NlbGYUUG9ydGVyIE51dGFieGxldGlJlENsd
WJkAgQPZBYEZg8VBBUvSGVhbHRoLWFuZC1XZWxsbmVzcy8ABV9zZWxmEUhlYWx0aCAmYW1wOyBXZWxsbmVzc2
QCAQ9kFgJmDxWBBB8CZx8DAgZkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMiI+
ZAIDD2QWDGYPZBYCZg8VBBAvSGVhbHRoLUXpYnJhcnkvAAVfc2VsZ51ZWFsdGggTGlicmFyeWQCAQ9kFgJmD
w8WBB8CZx8DAgFkFgJmD2QWBAIBDxYCHwAFFzx1bCBjbGFzcz0ibmF2LXRpZXItMyI+
ZAIDD2QWAmYPZBYCZg80VA0vRWJvbGEtVmlydXMvAAVfc2VsZhdFYm9sYSBWaXJ1cyBJbmZvcm1hdGlvbmQCA
Q9kFgJmDxUECy9DYWZlV2VsbC0vAAVfc2VsZ1DyWbDqVdlbGxkAgIPZBYCZg8VBA0vaVRyaWFnZXNSY1BcHAvAA
Vfc2VsZgtpVHJpYWdlIEFwcGQCAw9kFgJmDxUECC91ZWFsdGgtSLUhhYml0cy8ABV9zZWxmDkhlYWx0aHkgSGF
iaXRzZAIBD2QWAmYPDxYEHwJnHwMCAmQWAmYPZBYEAgEPFgIfAAUXPHVsIGNsYXNzPSJuYXYtdGllci0zIj5k
AgMPZBYEZg9kFgJmDxUEDC9QT0gvQ2FmZVdlbGwtUmVjaXBlcy8ABV9zZWxmG1JhZmVXZWxsIFJlY2lwZXNqA
XNlLS8ABV9zZWxmCEV4ZXJjaXNlZAIED2QWAmYPFQQNL0Vib2xhLVZpcnVzLwAFX3NlbGYXRWJvbGEgVmlydX
MgSW5mb3JtYXRpb25kAgUPZBYCZg8VBBYvU2Vhc29uYWwtSW5mb3J0YXRpb24vAAVfc2VsZhRThRTZWFzb25hbCB
JbmZvcm1hdGlvbmQCBQ9kFgJmDxUEV5D1ROgvQSG9tZS9Qb3J0ZXItSm9zcGl0YWwtV2VsbmVzcy1BZPZBYC
Zg8PFgQfAmcfAwICZBYCZg9kFgZQCAQ8WAh8ABRc8dWwgY2xhc3M9Im5hdi10aWVyLTIiPmQwkFgRmD2QWA
mYPFQQYL1BPSC9OZXdzL0Zvci10aGUtTWVkaWEvAAVfc2VsZg1Gb3IgdGhlIE1lZGlhIBD2QWAmYPFQQ9SL1
BPSC9OZXdzL1ZpYnJhbnQvAAVfc2VsZgdWaWJyYW50IE1kAgIPZBYCZg8VBBEvSGVhbHRoLUJlbmVmaXQvAA
CAgMPFgIfAAU3PGEgaHJlZj1lodHRwOi8vd3d3LmNlbnR1cmEub3JnL2hvbWUiLwAVHVuPGEgaGJlZf10odHRwOi8vd3d3LmF2ZXNOY2hpvc3pd
PmQCAQ9kFgZQCAQ8WAh4HVmlzaWJsZWgAVNPGEgaHJlZj1lodHRwOi8vd3d3LmF2aXNON0YWvhvc3pd
GFsLm9yZy9hdmaG9tZS9XZ

134251...

QXzpe5hHtrFXdmVudG130dCBIb3NwXRhbDwvYT5kAgIPYByYEAgEPFgIfBWhkAgMPFgIfAAVMPGEgaHJlZjj1od
HRwOi8vd3d3LmJvYndpbHHNvbmhvc3BpdGFsLm9yZy5Cb2IgV2lsc29uIEllbW9yaWFsIEVkYW50IENvdW50eeS
BIb3NwaXRhbDwvYT5kAgMPZBYEAgEPFgIfBWhkAgMPFgIfAAVMPGEgaHJlZj1odHRwOi8vd3d3LmNhc3RsZXJvZ
vY2tob3NwaXRhbC5vcmc+
Q2FzdGxlIFJvY2sgQWR2ZW50aXN0IEhvc3BpdGFsPC9hPmQCAw9kFgQCAQ8WAh8FaGQCAw8WAh8ABUs8YSBoc
mVmPWh0dHA6Ly93d3cubXlsaXR0bGVobGV0b25ob3NwaXRhbC5vcmc+
TGl0dGxldG9uIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgUPZBYEAgEPFgIfBWhkAgMPFgIfAAU9PGEgaHJlZ
jj1odHRwOi8vd3d3Lmx1aGNhcmVzLm9yZy8+
TG9uZ21vbnQgVW5pdGVkIEhvc3BpdGFsPC9hPmQCBg9kFgQCAQ8WAh8FaGQCAw8WAh8ABUU8YSBocmVmPWh0d
HA6Ly93d3cubWVyY3lkdXJhbmdvaGVhbHRoLm9yZy5NZXJjeSBSZWdpb25hbCBNZWRpY2FsIENlbnRlcjwvYT5kAgcPZB
YEAgEPFgIfBWhkAgMPFgIfAAU/
PGEgaHJlZj1odHRwOi8vd3d3Lmy(dGhvY29sb3JhZG8ub3JnPk9yd3hvQ29sb3JhZG8gSG9zcGl0YWw8L2E+
ZAIID2QWBAIBDxYCHwVoZAIDDxYCHwAFQzxhIGhyZWY9aHR0cDovL3d3dy5wYXJrZXJob3NwaXRhbC5vcmc+
UGFya2VyIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgQPFCsAAg8WBB8CZx8DAghkZBYQZg9kFgICAQ8WAh8AB
U88YSBocmVmPWh0dHA6Ly93d3cucGVucm9zZXN0YnJhbmNpcy5vcmc+
UGVucm9zZS1TdC4gRnJhbmNppcyBIZWFsdGggU2VydmljZXM8L2E+
ZAIBD2QWAgIBDxYCHwAFQzxhIGhyZWY9aHR0cDovL3d3dy5wb3J0ZXJob3NwaXRhbC5vcmc+
UG9ydGVyIEFkdmVudGlzdCBIb3NwaXRhbDwvYT5kAgIPZBYCAgEPFgIfAAU9PGEgaHJlZj1odHRwOi8vd3d3L
nN0YW50aG9ueWNhc3Aub3JnPlN0LiBBbnRob255IEhvc3BpdGFsPC9hPmQCAw9kFgICAQ8WAh8ABVU8YSBocm
VmPWh0dHA6Ly93d3cuc3RhbnRob255bmFzdGhyb2Rlb3NwaXRhbC5vcmc+
lYWx0aCBDYWlwdXM8L2E+
ZAIED2QWAgIBDxYCHwAFUDxhIGhyZWY9aHR0cDovL3d3dy5zdW1taXRtZWRpY2FsY2FyZS5jZW50ZXIub3JnP
W50aG9ueSBTdW1taXQgTWVkaWNhbCBDZW50ZXI8L2E+
ZAIFD2QWAgIBDxYCHwFRjxhIGhyZWY9aHR0cDovL3d3dy5zdGhcnljb3J3J3aW4ub3JnPlN0LiBNYXJ5SLUNvc
ndpbiBNZWRpY2FsIENlbnRlcjwvYT5kAgYPZBYCAgEPFgIfAAVBPGEgaHJlZj1odHRwOi8vd3d3LnN0Y2F0aG
VyaW5laG9zcC5vcm0+
U3QuIENhdGhlcmluZSBIb3NwaXRhbDwvYT5kAgcPZBYCAgEPFgIfAAVJPGEgaHJlZj1odHRwOi8vd3d3LnN0b
Whvc3BpdGFsLm9yZy9zdG00vaG9tZS8+
U3QuIFRob21hcyBNb3J1ZBYCAgEPFgIfAAVAPGEgaHJlZj1odHRwOi8vd3d3Lmp1c3QhZAIFD2QWBYPDxYCHwVFUC91cGxvYWRlZ
EltYWdldcy9wb3J0YWx2YXJ0Job3NwaXRhbmRYRhb3NwaXRhbC5vcmc+dDE250ZW50LBPSC9Db25zaWdlcmVsYW0uUFuL
1XZWIucG5nZGQCAQ8UKwACDxYEHwJnHwMCBmRkFgJmD2QWBiAD2QWBBYEAgEPFgIfBWhkAgMPFgIfAAU9PGEg
kcm9wZG93bi1jb2dubGUIZHJvcGRvd24tYm91bmQtbGZ0IGFuZCBzdGFjay1sZWZ0Ii8+
ZAIBDxQrAAIPFgQfQfAmcfAwIRZGQWAmYPZBYiAgEPZBYCZg9VAiMvUE9IL1NwWZNpYWx0aC0wLANlZGF2aW9yY
WwtSGVhbHRhLoxFCCHwVoZAIDDxYCHwAFPzxhIGhyZWY9aHR0cDovL3d3dy5jb3JwYXNFdGViYXZpb3JhbGhlY
FzdCDlYZlJLUNlbnRlcjwvYT5kAgMPZBYCZg9VAi0vUE9IL1NwWZNpYWx0aC0wLANlZGFaW9yYWwtSGVhbHRoL
cm.9wZG93bi0dBkbduGUIZHJvcGRvd24vQWJvdXQgQWJvdXQgVXdNvQ29tbWl0bWVudUtbXBpeTJlbAgRIVR
Y3IwZHkwZG0vaG2ZtcDwJ/MgZZXNkVkhvY29zC0uQW0vZXJBYUlhbG5kbHNvcHJhdGVkdmVudG1lbnRsY
aJZmtZMG1Q1X0AkAGoPZBYCZg9VAh0vUE9IL1NwZWNpYWx0aC0wLANlZGFaW9yYWwtSGVhbHRoLWNhcmVz
ZBYiPZAVhcnktQ2FyZS1DbGluaWNLxtQb3J0ZXIQUHJ2UHJpYWJpbWFyeSBDYXJLINEnsaW5pY29YZWhvc3ZU
E9IL1NwWZNpYWx0aC0wLANlZGFaW9yYWwtSGVhbHRoLWNhcmVz
U3QuIENhdGhlcmluZS9Ib3NwaXRhbDwvYT5kAgcP
ZAIBDxQrAAIPFgQfQfAmcfAwINZGQWAmYPZBYaAgEPZBYCZg9VAhEvQ2VudHVyYS1SbG25uZXN0cnlfMDxd0XJhI
ENvbm5lY3RlZA1Z

```
... llbhqgUc8g05zmZx45zAlDb2qwAmYPFQIgLlsPuSe1dTVcy9uguUG5ydcVyhUx122FjeS8RVGhlIFB
... vcnRlciBMZWdhY3llkAgQPZBYCZg8VAhMvQXdhcmRzLWFuZClIb25vcnMvE0F3YXJkcyAmYW1vUyBIb25vcnNk
... AgUPZBYCZg8VAiEvUE9IL0Fib3V0LVVzL051cnNpbmmctRXhjZWxsZW5jZS8SlnTnVyc2luZyBFeGNlbGxlbmNlZ
... AIGD2QWAmYPFQIZLlBPSC9BYm91dC1Vcy9GYWN0LVNoZWV0LWpGYWN0IFNoZWV0ZAIHD2QWAmYPFQIaLlBPSC
... 9BYm91dC1Vcy9PdXItTGVhZGVycy8LT3VyIExlYWRlcnNkAgqPZBYCZg8VAhovUE9IL0Fib3V0LVVzL091cil
... TcG9uc29yLwtPdXIgU3BvbnNvcmQCCQ9kFgJmDxUCki9Sb2FkbWFwLXRvLXRoZS1GdXlxcmUtutb2YtSGVhbHRo
... LUNhcmtUtUE9ILyRSb2FkbWFwIHRvIHRoZSBGdXR1cmUgb2YgSGVhbHRoIENhcmVkAgoPZBYCZg8VAikvUE9IL
... 0Fib3V0LVVzL01pc3Npb24sLVZpc2lvbi0tLU1pbmlzdHJ5Lx5NaXNzaW9uLCBWaXNpb24gJmJmFtcDsgTWluaX
... N0cnlkAgsPZBYCZg8VAikvcG9oL2Fib3V0LVVzL3BvcnNlci1ob3NwaXRhbC1mb3VuZGF0aW9uLxpQb3J02XI
... gSG9zcGl0YWwgRm91bmRhdGlvbmQCDA9kFgJmDxUCGy9QT0gvQWJvdXQtVXMvSGVhbGluZy1BcnRzLwxIZWFs
... aW5nIEFydHNkAg0PZBYCZg8VAhAvQ29udGFjdC1Vcy1QT0gvCkNvbnRhY3QgVXNkAgQPZBYEZg8VBRNQT0gvS
... G9tZS9Db21tdW5pdHkvD2Ryb3Bkb3duL3Bk3dulXRvZ2dsZQhkcm9wZG93bglDb21tdW5pdHkgVEp2Y3xcbm3Im
... V0Ij48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwIKZGQWAmYPZBYUAgEPZBYCZg8VAlxodHRwczovL3Jlzy5hYmNzaWdudXAuY29tL
... 3ZpZXcvdmlld19tb250aC9jb3B2FzPTI4JmFtcDt3cD0xMDYmYW1wO2FpZD1DRU5UVVJBJmFtcDtjYXQxPT
... I4NB5Db21tdW5pdHkgQ2xhc3NlcyAmYW1wOyBFdmVudHNkAgIPZBYCZg8VAlZodHRwczovL2NlbnRlcmEuc2V
... jdXJlZm9ybXN1lYm1pdC5uZXQvRm1sbE9idEZvcm0uYXNweD9mb3JtbmFtZT1QQUhfRXZlbnRfRW1haWxfU2ln
... bl9VcBNFdmVudCBFbWFpbCBTaWdulFVwZAIDD2QWAmYPFQICaHR0cHM6Ly9yZWcuYWJjc21nbnVwLmNvbVS92a
... WV3L3ZpZXdfbW9udGguYXNweD9hcz0yOCZhbXA7d3A9MTA2JmFtcDthaW09Q90VOVFVSQSZhbXA7Y2F0MT0zNj
... IPSW50ZXJuYWwgRXZlbnRzZAIED2QWAmYPFQJgaHR0cHM6Ly9jZW50dXJhLnNlY3VyZWvcm1zdWJtaXQuQm
... 0L0ZpbGxPdXRRGb3JtLmFzcHg/
... Zm9ybW5hbWU9UEFIX0NvbW11bml0eV9TcG9uc29yc2hpcF9SZXFlZXN0X0HUNvbWll1bml0eSBTcG9uc29yc2hpc
... CBSZXF1ZXN0X0ZAIFD2QWAmYPFQINL0dpdmluZy1CYWNrLwtHaXZpbmcgQmFja2QCBg9kFgJmDxUCIS9QT0gvQ2
... 9tbXVuaXR5L0NvbW11bml0eS1CZW5lZml0cm1tdW5pdHkgQmVuZWZpdGQCBw9kFgJmDxUCHi9QT0gvDUi9Tb2NpYWw
... tTWVkaWEvDFNvY21hbCBNZWRpYWQCYDZg8VAhAvSGVhbHRoRoeS1lYWJhdGHmVbkhlYWx0aHkgSFiaXRzZAIFD2Q
... WAmYPFQINL0Vib2xhLVZpcnVzLxdFYm9sYSBWaXJ1cyBJbmZvcm1hdGlvbmQCBg9kFgJmDxUCFi9TZWFzb25h
... bC1JbmZvcm1hdGlvbi8VU2Vhc29uYWwgSW5mb3JtYXRpb25kAgqPZBYEZg8VBRVQT0gvcSG9tZS9Qb3J0XItt
... mV3cy8PZHJvcGRvd24tdG9nZ2xlCGRyb3Bkb3dud3B1d3MvPGJtY25hc3M9Im5hcmV0IIj48L2I+
... ZAIBDxQrAAIPFgQfAmcfAwICZGQWAmYPZBYEAgEPZBYCZg8VAhgvUE9IL05ld3MvRm9yLXRoZS1NZWRpYS8R
... m9yIHRoZSBNZWRpYRpYWQCAg9kFgJmDxUCEi9QT0gvTmV3cy9WaWJ5YW50LwdWaWJyYW50ZAIHD2QWBgIBD2QWAm
... YPZBYEZg9kFgJmDxUCaW9kFgJmDxUCNWQhZgL9F2VjdWhXjvcHpvbmmUgUEJDbGVhcmmQCAQ9kFgJCAQ9kFgJ
... mD2QWAgIBD2QWAgIBDxYCHwMCARYCZg9kFgJmDxUCaABkAgEPFgIfBWhkAgMPFgIfAwIBFgJmDxUCQWAgIBD2QW
... AmYPZBYCAgEPZBYCAgEPZBYCZg9kFgJCAQ9kFgJmD2QWBgYPZBYCZg9kFgJmDw8WAh8FFZ2QWBAIBD
... xYCHwMCARYCZg9kFgQCAQ9WBB8GBQtgedGvtIGFjdGl2ZR8FaBYGZg8VAgAFX3lbGZkAkgEPDxYEHwQFTi19icG
... xvYWRlZEltYWdlcy9wb3J0X2PYbW5Ib29kbrRhbC9b250IFN0L2l1L01L0Nhcm91c2Vscy9QQUhfODU1eDU1iZ
... N0IGVVF1cBVaW9n2cZXxNw9X0ZXJuYRRlGtDb25sXBS1IBPSC9Tb21aL1L0Nhcm91c2Vscy9QQUhfODU1eDQ
... xN19SZXYxLmpwZx4NQWx0ZXJuYXRlVGV4dAUUQmFubVVyUG9ydGVyUmV2c2lvbjFkZAIDD2QWAmYPFQE3VVMg
... TmV3cyAmIFdvcmxkIFJlcG9ydCB2b3RlZCAjMiBCZXN0IEhvc3BpdGFscIGluIERlbn2mQCAw8WAh8GBQtpd
... GVtIGFjdGl2ZRYEAgEPDxYEHwQFTi9icGxvYWRlZEltYWdlcy9wb3J0X2Job3NwaXRhbC9b250IFN0L2l1BPSC
... 9Ib211L0Nhcm91c2Vscy9QQUhfODU1eDQxN19SZXYxLmpwZx8BZVtcG9ydGVyUGFZ2XJ3SZXJJXZZzaW9uMWRkAgM
... PZBYCZg8VATdVUyBOZXdzICYgV29ybGQgUmVwb3J0IHZvdGVkICMyIFwdgaW4gRXbHaSBpbm1lXEvbGdheG5W5n
... ZAIDDw8WAh8FaGRkAgIPFgIfBWNdgIBDxYCHwAFAThkAgMPFgYeClubmVyaHRtbAUIdmllldyBhbGweB29uY
... 2xpY2sFVGRvY3YtVZW50LmxvY2F0aW9uLmhyZWY9Jy9uU3BlY2lhbHHRRpZXMvRW1lcmdlbmNbN5LUNhcmUvRW
... llcmdlbmN5LUNhcmUtY2FpdC1UaW1lcy8nX0x8FZ2QCBQ8PFgofAAUVVVGVsbCBCVcyBZb3UncmUgQ29taW5nHgt
... OYXZpZ2F0ZVVyYbAVAFaHR0cHM6Ly93d3cuaXRyaWFnZWHlYndZWhlYWx0aC5jb20vZmFjaWxpdHlkcy9ydGVyLWFkdmVu
... dGlzdClob3NwaXRhbC0nCNTEyHgZUYXJnZXQFBl9ibGFuax4HVG9ybFRpcAUVVGVsbCBVcyBZb3UncmUgQ29ta
... W5nHwVnZGQCBg8WAh8FZxYEAgEPFgIeA3NyYwVRaHR0cHM6Ly9tYXBzLmdvb2dsZS5jb20vbWFwcz9sbD0zOS
... 42NzAwNTMwLC0xMDQuOTc0OODk4OSZhbXA7b3J6c0xCZhbXA7b3V0cHVtYmVkZAIDDxYCHgZhcmV0CwoFcWJlcm9
... tcG9yuZW50cy90ZW1wbGF0ZXMvaGly2WN0aWsvYucy5hc3B4P2VuZGFkZHl1c3M3M9UyNSNBTb3V0aCBEb3duaW5n
... IFN0cmVldCWgRGVumVudmVyLyCBDTyA4MDIxMGQCCA8WAh8DAgMWBgIBD2QWAmYPFQQVL1BPSC9Ib211L0NvbnRhY
... 3QtVXMvBV2QtWxmEUNhbGwgMzAzLTc3OC0xOTUlEUNhbGwgMzAzLTc3OC0xOTUlZAICD2QWAmYPFQQMI1ByZV
... JlZ01vZGFsSBV9zZWxmGFBhdGllbnQgUHJ1LVJlZ2lzdHJhdGlvbhhQYXRpZW50IFByZS1SZWdpc3RyYXRpb25
... kAgMPZBYCZg8VBCIvUE9IL0hvbWUvRm9yLVBhdGllbnRzLS0tRmFtaWxpZXMvBV9zZWxmGGZvciBQYXRpZW50
... cyAmYW1wOyBGYW1pbGllcxtGb3IgUGF0aWVudHMgJmFtcDsgRmFtaWxpZXNkAgIPZBYCZg9kFgJm
... 2QWAmYPZBYEZg8VAY8BY3RsMDBfQ2-9udGVudFBsYWN1SG9sZGVyMW9tc2VmX2Ecm9wWm9uUzTfFdXhDb2x1bW5EaXNwbG
... F5X2N0bDAwX3V4Q29udHJvbEBvbHVtbIj9jdGwwMF91eFdpZGGldEhvc3RfdXhXaWRnZXRIb3N0X3dpcGdldlF9
... XaWRnZXRFZGl0b3JfVXhDYW5jZWxfmF9CdXR0b25kAgEPFcSCAwWnAV9fZG9pb3N0QmFjayagnY3RsMDAkQ29u
... dGVudFBsYWN1SG9sZGVyMW9tX3RlbdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbEBvbHVtbVtc
... iRjdGwwMCR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpcGRldCRXaWRnZXRFZGl0b3IkVXhDYW5jZWwnLC
... cnKTtyZXR1cm4gZmFsc2U7TAUGQ2FuY2VsZAIFD2QWAmYPZBYEZg9kFgJCAw9kFgJmD2QWAgIBDxYCHwYFEGR
... yb3B6b25lIFBCQ2x1YXJkAgEPZBYCAgEPZBYCZg9kFgICAQ8WAh8GBQQgcm93M3FgICAQ8WAh8DAgQWCGYPZBYG
... Zg8VAgAAZAIBDxYCHwWvZAIDDxYCHwMCAhYCZg9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZBYCAgEPZ
```

134251...

```
...  BYCZg9kFgICAQ9kFgICBg9kFgJmb2QWAmYFZsIcCg9kFgRmbxUHjwFjdGVwMF9DS0zW500exhY2VIb2xkZX
...  IxX0Ryb3Bab251M191eENvbHVtbkRpc3BsYXlfY3RsMDBfdXhDb250cm9sQ29sdW1uX2N0bDAwX3V4Q2V
...  0SG9zdF91eFdpZGdldEhvc3Rfd2lkZ2V0X2V0X1dpZGVkaXRvcl9VeENhbmNlbF8twX0Jl1dHRvbmMCAQ8UKwID
...  BacBX19kb1Bvc3RCYWNrKCdjdGwwMCRDb250ZW50UGxhY2Vib2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc
...  3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDAwJHV4Q2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2lkZ2
...  V0JFdpZGdldEVkaXRvciRVeENhbmNlbCcsJycpO3JldHVybiBmYWxzZTtkBQZDYW5jZWxkAgEPZBYGZg9VAhE
...  gY2xhc3M9J2NvbC1tZC02JwBkAgEPFgIfBWhkAgMPFgIfAwIFFgJmD2QWAgIBD2QWAmYPZBYGZg9EPZBYCAgEP
...  ZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgQCAQ8UKwACDxYGHwJnHwMCAx8FFZ2RkFgZmD2QWBAIBDxYCH
...  wAFsAE8YSBocmVmPSIvQ2VudHVyYS5IZWFsdGgtUHJlc3MtUmVsZWFzZXMvU3QtLVZpbmNlbnQtSG9zcGl0YW
...  wsLUNlbnR1cmEtSGVhbHRoLVBsYW4tTmV3LUhvc3BpdGFsLUZvci1MYWt1LUNvdW50eS8i1lD48dXltZSBkYXR
...  ldGltZT0i0C8zMC8yMDE2IDEyOjAwOjAwIEFNIj5BdWcgMzAsIDIwMTY8L3RpbWU+
...  PC9hPmQCAw8WAh8ABbwBPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzLlN0LS1WaW5jZ
...  W50LUhvc3BpdGFsLC1DZW50dXJhLUhlYWx0aC1QbGFuLU51dy1Ib3NwaXRhbC1Gb3It1TGFrZS1Db3VudHkvIi
...  A+
...  U3QuIFZpbmNlbnQgSG9zcGl0YWwsIENlbnR1cmEgSGVhbHRoIFBsYW4gTmV3IEhvc3BpdGFsIEZvciBMYWtlI
...  ENvdW50eTwvYT5kAgEPZBYEAgEPFgIfAAWJATxhIGhyZWY9Ii9Db21wb251bnRzLL1dpcmVmcmFtZXMvcGJfcm
...  lnaHRyYW1slmFzcHg/cGFnZWlkPTY3JmlkPTE3MTc5ODY5MjI1IiA+
...  PHRpbWUgZGF0ZXRpbWU9IjgvOC8yMDE2IDEyOjAwOjAwIEFNIj5BdWcgOCwgMjAxNjwvdGltZT48L2E+
...  ZAIDDxYCHwAFqgE8YSBocmVmPSIvQ29tcG9uZW50cy9XaXJlZnJhbWVzL3BiX3JpZ2h0cmFtPbc5hc3B4P3Bh
...  Z2VpZD02NyZpZD0xNzE3OTg2OTIyNSIgPlbvcnRlciBBZHJlbnRpc3QgSG9zcGl0YWwgYW5kIFNlbmlvciBDYX
...  JlIG9mIENvbG9yYWRvIEFubm91bmNl1EV4cGFuZGVkIEdlcmlhdHJpYyBDbGluaWMgPC9hPmQCAg9kFgQCAQ8
...  WAh8ABaABPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzL0lubm92YXRpdmUtQ29sb3Jh
...  ZG8tQ2xpbmljy1SZWR1Y2UtV5uZWNlc3NhcnktRVItVmlzaXRzLyIgPjx0aW1lIGRhdGV0aW1lPSI4LzQvM
...  jAxNiAxMjowMDowMCBBTSI+QXVnIDQsIDIwMTY8L3RpbWU+
...  PC9hPmQCAw8WAh8ABaABPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzL0lubm92YXRpdm
...  mUtQ29sb3JhZG8tQ2xpbmljy1SZWR1Y2UtVW5uZWNlc3NhcnktRVItVmlzaXRzLyI+QXVnIDQsIDIwMTY8L3Rp
...  bWU+PC9hPmQCBg8WAh8ABaABPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzLyI+
...  vcmUfCQVNZG9jdWxlbnbuUbG9jYXRpb24rPkZZXJpc3RvbDEpZXNmbWQyZWNjRlWVhcG9VZVZAZABY3RsMDBfdj
...  29udGVudFBsYWN1SG9sZGVyMV9Ecm9wWm9uZTJfdXhDb2x1bW5EaXNwbGF5X2N0bDAxX3V4Q29udHJvbENvb
...  Vtb1jdGwwMF91eFdpZGdldEhvc3RfdXhXaWRnZXRIb3N0X3dpZGdldF9WaWRnZXRFZGl0b3IxX1V4Q2FuY2V
...  sXzBfQnV0dG9uZAIBDxYRgMFgAFPjfX2RvUG9zdEJhY2soJ2NoZW50cmwRbnRQbGFjjZUhvbGRlcjEkRHJv
...  cFpvbmUyJHV4Q29sdW1uRGlzcGxheSRjdGwwMSR1eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0J
...  HV4V2lkZ2V0SG9zdF93aWRnZXRX2k2ZV0R0YWRpdG9yMyRVeENhbmNlbCcsJycpO3JldHVybiBmYWxzZTtkBQ
...  ZDYW5jZWxkAgIPZBYGZg9VAhEgY2xhc3M9J2NvbC1tZC02JwBkAgEPFgIfBWhkAgMPFgIfAwIFFgJmD2QWAgI
...  BD2QWAmYPZBYCAgEPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgICAX8FGBwBCA8PFgIfBWdkAICD2QW
...  AgIGD2QWAmYPZBYCZg9kFgJmD2QWBGYPFQGPAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyX
...  3V4Q29sdW1uRGlzcGxheV9jdGwwMl91eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V
...  0SG9zdF93aWRnZXQxX1dpZGdldEVkaXRvcjMkdXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFsc2U7ZGQFZkNhbmNl
...  bGQCAg9kFgYGD9VAhEgY2xhc3M9J2NvbC1tZC02JwBkAgEPFgIfBWhkAgMPFgIfAwIFFgJmD2QWAgIBD2QWAm
...  YPZBYCZg9kFgJmD2QWBGYPZBYCZg9kFgICAQ9kFgJmD2QWBGYPFQGPAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRl
...  cjEkRHJvcFpvbmUyX3V4Q29sdW1uRGlzcGxheV9jdGwwMl91eENvbnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZX
...  RIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQxX1dpZGdldEVkaXRvcjMkdXhDYW5jZWwnLCcnKTtyZXR1cm4gZmF
...  sc2U7ZGQFZkNhbmNlbGQCAg9kFgYGD9VAhEgY2xhc3M9J2NvbC1tZC02JwBkAgEPFgIfBWhkAgMPFgIfAwIFF
...  gJmD2QWAgIBD2QWAmYPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgICAQ9kFgJmD2QWBGYPFQG
...  PAWN0bDAwX0NvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyX3V4Q29sdW1uRGlzcGxheV9jdGwwMl91eENv
...  bnRyb2xDb2x1bW4kY3RsMDAkdXhXaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQxX1dpZGdldEVkaXRvc
...  jMkdXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFsc2U7ZGQFZkNhbmNlbGQCAg9kFgQCAQ8WAh8ABaABPGEgaHJlZj
...  0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzL1VpbGctbWQtQW5ac3QtV2VhaW4tTmV3LUhvc3BpdGF
...  sLEN1bnR1cmEtSGVhbHRoLVBsYW4tTmV3LUhvc3BpdGFsLUZvci1MYWt1LUNvdW50eS8iID48dXltZSBkYXR1
...  dGltZT0i0C8zMC8yMDE2IDEyOjAwOjAwIEFNIj5BdWcgMzAsIDIwMTY8L3RpbWU+
...  PC9hPmQCAw8WAh8ABbwBPGEgaHJlZj0iL0NlbnR1cmEtSGVhbHRoLVByZXNzLVJlbGVhc2VzLyI+
...  ZWxfMl9CdXR0b25kAgEPFGFCsCAwWnAV9fZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREc
...  m9wWm9uZTtkdXhDb2x1bW5EaXNwbGF5JGN0bDAyJHV4Q29udHJvbENvbHVtbiRjdGwwMR1eFdpZGdldEhvc3
...  QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaWRnZXRFZGl0b3Ik1KVXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFscc2U7ZAU
...  GQ2FuY2VsZAIDD2QWBmYPFQIJIGNsYXNzPScnAGQCAQ8WAh8FaGQCAw8WAh8DZmQCCQ9kFgZmD2QWBGYPZBYC
...  AgMPZBYCZg9kFgICAQ8WAh8GBRBkcm9wem9uZSBQQkNsZWFyZAIBD2QWAgIBD2QWAmYPZBYCAgEPZBYCAgEPF
...  gIfAwIBFgJmD2QWBmYPFQIAAGQCAQ8WAh8FaGQCAw8WAh8DAgYWCGYPZBYCAgEPZBYCZg9kFgICAQ9kFgICAQ
...  9kFgJmD2QWAgIBD2QWAmYPZBYCZg9kFgRmD2QWBAIBDxYCHwVoZAIIDxYCHgVzd2luG2GVpZ2h0Oi0xAxMHB
...  4O2QCAQ9kFgZmDxAPFgIfAAUQSG9yaXpvbnRhbCBCcmVha2RvJGwQCAg8ZGQWAGQCAw8PFgIfAAUEU2F2ZWRRk
...  AgEPZBYCAgEPZBYCZg9kFgICAQ9kFgICAQ9kFgJmD2QWAgIBD2QWAmYPZBYEZg9kFgJmD2QWAgICDw8WAh8FFZ
...  2RkAgIPZBYCAgEPZBYCZg9kFgJmD2QWAmYPZBYEZg8VAY8BY3RsMDBfQ29udGVudFBsYWNlSG9sZGVyMSEcm
...  9wWm9uZTNfdXhDb2x1bW5EaXNwbGF5X2N0bDAwX3V4Q29udHJvbENvbHVtbiRjdGwwMF91eFdpZGdldEhvc3R
...  fdXhXaWRnZXRIb3N0X3dpZGdldF9XaWRnZXRFZGl0b3J5JZWxfMV9CdXR0b25kAgEPFCsCAwWnAV9f
...  ZG9Qb3N0QmFjaygnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSREcm9wWm9uZTNkdXhDb2x1bW5EaXNwbGF5J
...  GN0bDAwJHV4Q29udHJvbENvbHVtbiRjdGwwMSR1eFdpZGdldEhvc3QkdXhXaWRnZXRIb3N0X3dpZGdldCRXaW
...  RnZXRFZGl0b3IkVXhDYW5jZWwnLCcnKTtyZXR1cm4gZmFscc2U7ZAUGQ2FuY2VsZAIDD2QWAgIBD2QWAmYPZBYC
...  CAgEPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgICAg8PFgIfBWdkAICAdICDQWAmYPZBYCZg9kFgICAg8PFgIfBWd
...  CAgEPZBYCAgEPZBYCZg9kFgICAQ9kFgJmD2QWBGYPZBYCZg9kFgICAg8PFgIfBWd
```

134251...

ZBYCZg9kFgJmD2QWBEYBFQePRwN0DbWkUNinelibnRQBGFjZUHvbGRlcjtEkRHJvcFpvbmUzX3V4Q29sdW1uR
GlzcGxheV9jdGwwMF91eENvbnRyb2xDb2x1bW5fY3RsMDNfdXhaWRnzXRIb3N0X3V4V2lkZ2V0SG9zdF93aW
RnZXRfV2lkZ2V0ORWRpdG9yX1V4Q2FuY2VsXzNfQnV0dG9uDbWnUnRlzGxABDxQrAgMFpwfY9f/X2RvUG9zdEJhY2soso
J2N0bDA
wJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCRleENvbnRyb2x
b2x1bW4kY3RsMDMkdXhaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0ORWRpdG9yJyFV4Q2FuY
2VsJywnJyk7cmV0dXJuIGZhbHNlO2QFBkNhbmNlbGQCBQ9kFgICAQ9kFgJmD2QWAgIBD2QWAgIBD2QWAmYPZB
YCAgEPZBYCZg9kFgJRmD2QWAmYPZBYCAgIPDxYCHwVnZGQCAg9kFgICBg9kFgJmD2QWAmYPZBYCZg9kFgJRmDxU
BjwFjdGwwMF9Db250ZW50UGxhY2VIb2xkZXIxZDXZXIxX0Ryb3Bab251M191eENvbHVtbkRpc3BsYX1fY3RsMBdfdXhD
b250cm9sQ29sdW1uX2N0bDA1X3V4V2lkZ2V0SG9zdF91eFdpZGdldEhvc3Rfd2lkZ2V0X2lkZ2V0aXvc
19VeENhbmMlbF81X0J1dHRvbmCQ8U8VWIDBacBX19kb1Bvc3RCYWNrKCdjdGwwMCRDb250ZW50UGxhY2VIb2
xkZXIxJERyb3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdW1uJGN0bDA1JHV4V2l
kZ2V0SG9zdC9leFdpZGdldEhvc3Rfd2lkZ2V0JGFpZGdldEhvc3RkxRVciRVeENhbmNlbCcsJycpO3JldHVybiBm
YWxzZTtkBQZDYW5jZWxkAgkPZBYKAgEPFgIfAWIHFg5mD2QWAmYPFQQgLlBPSC9BYm91dC1Vcy9Bd2FyZHMtY
W5kLUhvbm9ycy8ABV9zZWxmWEkF3YXJkIFdpbm5lbmc2QFZYWQCAQ9kFgJmD2QWAmYPZBYCZg9kFgJmDxUEI
F0aWVudHMtLS51GYW1pbGllcy8ABV9zZWxmWEhdGllbnQgUmVzb3VyY2VzZAICD2QWAmYPFQQKL1dvcmtBcmV
hL0Rvd25sb2FkQXNzZXQvUnNNewD9pZD03MDYxAAVfc29zKhRIb3NxWaXNhbCBJbmZvcmlhdGlvbmQCAW4kFgJm
DxUEDS8jUHJ1UmVnTW9kYWWXABV9zZWxmF09ubGluZSBQcmUtUmVnaXN0cmF0aW9uXN0cmF0aW9uXN0cmF0aW9uXN0cmF0a
mtBcmVhL0Rvd25sb2FkZ%QXNzZXQvUXNew09pZD02NTQ0AAVfc2VsZgpDYW1wdXMgTWFWZAIFD2QWAmYPFQQjL1
BPSC9BYm91dC1Vcy9Db21taXRtZW50LXNhZmVvY3M8ABV9zZWxmF1Bvbd1p1pmdG8g8U2FmZXXR5ZA1
GD2QWAmYPFQQVL1BPSC9Db211L0NvbnRhY3QtVXMvAAVfc2VsZgpDb250YWN0IFVzZAICDxYHwMCDRYaZg9k
FgJmDxUEGi9QT0gvSG9tZS9TcGVjaWFsZGllcj1QT0gvAAVfc2VsZgtTcGVjaWFsZGllc2QCAQ9kFgJmDxUEI
y9QT0gvU3BlY2lhbHRpZXMvQmVoYXZpb3JhbHctIZWFsdGgvAAVfc2VsZhfZWhhdmlvcmFsIEhlYWx0aGQCAg
9kFgJmDxUEHS9QT0gvU3BlY2lhbHRpZXMvQmxYXN0LUNhcmVJY2VsZWZhZIXXN2VzZCCmVhc3QgQ2FyZWWQCAw9kFgJ
mDxUELS9QT0gvSG9tZS9TcGVjaWFsZGllcy9DYXJkaW9sb2d5LU9uY29sb2d5LWNhcmUvAAVfc2VsZgtDYWJkaW
IENhcmVhVkagQPZBYCZg9VBCAvUE9lL1NwZWNpYWx0aWV0L09vZXJnZW5jeS1DYXJlZC8ABV9zZWxmF0VtZXJnZW5je
iNoffwfEmluc2VPZ2VuY3kP0gvU3BlY2lhbHRpZXMvRXmlsaXRpZXMvRXRpXRpbXlzaXXpXpbBabFBYCZg9VBC
cvUE9IL1NwZWNpYWx0aWVzL1NsZWVwLURpc29yZGVyL1UNlbnRlcl9f19BYCZg9WBC8ABV9zZWxmF0VmSZWVlcE1ERpc29yZGVyIEN
lbnRlcmQCCg9kFgJmDxUEIS9QT0gvU3BlY2lhbHRpZXMvU3BpbmUtU3VyZGVyL0dkrBlwFXZN3lbGYPU3BpbmUg
SW5zdGl0dXRlZAILD2QWAmYPFQQgL1BPSC9TcGVjaWFsdGllcy9TdHJva2UtUtUHvdz3JhbS58ABV9zZWxmDlN0c
m9rZSBQcm9ncmFtFtZAIMD2QWAmYPFQQqL1BPSC9TcGVjaWFsdGllcy9Qb3J0b3J0aWNbWdvyFudFctDZW50Z2
IvAAVfc2VsZhfUcmFuc3BsYW50IENlbnRlcmQCDQ9kFgJmDxUEKy9QT0gvU3BlY2lhbHRpZXMvV2VpZ2h0LWF
uZC1GYW1pbGllcy9Qcml2YWN5LVByWN0aWNlcy8ABQFfQcml1YWN5IFByYWN0aWNlc2QCAQ9kFgJmDxUEES9
b211L0Rpc2NsYXltZXItVXRpbWVMdG9uL2NvbGwMmZuc2VwF3X8ABWFmF2QCAw9kFgJmDxUEDS9PdXItTmV0d29yay8AAVARIZWxwZIDD
2QWAmYPFQQVL0hvbWUvUQURBLUNvbXBsaWFuY2UvAAAQQURBIENvbXBsaWFuY2VkAgQPZBYCZg9VBDlodHRwOi
8vd3d3LmRvbC5nb3Yvd2hkL3JlZ3MvY29tcGxpYW5jZS9mb61zwZGYAAAtGTUxBIE5vdGl
jZWQCBQ9kFgJmDxUEJS9XZWJzaXRlL1ByaXZhY3ktVm5vdGljZS8ABV9zZWxmDlByaXZhY3kgTm90aWNlZAIG
aXZhY3kgJiBTZWN1cml0eS8ABQb2xpY3lAggQPFgIfAwIHFg5mD2QWAmYPFQQWL1BPSC9Ib211L1BvcnRlci1Oz
XdzLwAFX3NlbGYQTmV3cyAmIENvbW11bml0eQACAQ9kFgJmDxUEC9j3b21wb25lbnRzL1RlbXBsYXRlcy9ldm
VudGxpc3QuYXNwL1BvcnRlckhvbWU/aXRlbS0lMjBwb2dlYWVlbHMlMjAmYm9va2luZyUyMCUxhCQ9kFgJmD
jZWJvb2suY29tL1BvcnRlckRkdmlsZGlzdEhvc3BpdGFsAAVfc2VsZgtWYW5l7Ym9va2QCAwF9kFgJmDxUEImh0
dHBzOi8vddHdpdHRlci5jb20vc3VnZVVyZGGSc2Glh0YWVBBYWxZWxmD2xGCQCBA9kFgJmDxUEI
2h0dHA6Ly9wb3J0ZXJob3BpdGFsLB5jbG9nc3BvdC5jb20vAAVfc2VsZg1Ib3NwaXRhbCBCbG9nZAIFD2QWAm
YPFQQ3aHR0cDovL3d3dy55b3V0dWJlLmNvbS93bWdF5bGUzdD9saXN0QPVBMMzEyMUZGRUE1RjQyRTQwRgAFX3N
lbGYPWW91YHViZSBDaGFubmVsZAIGD2QWAmYPFQQiL1BPSC9Db21tdW5pdHkvVm9sdW50ZWVyLVByb2dyYW1z
LwAFX3NlbGYJVm9sdW50ZWVyaXhHZXkCHwMCBhYMZg9kFgJmDxUDDLS9Gb3ItUUF0aWVudHMtYW5kLUZhbWlssa
WVzL1ByaXZhY3ktUHJhY2RpY2VzL1wARUHJpdmFjeSBQcmFjdGljZXNkAgEPZBYCZg9VAxEvSG9tZS9EaXNjbG
FpbWVyLwAFX3NlbGYJRGlzY2xhaW1lcmQCAg9kFgJmDxUDDS9PdXItTmV0d29yay8ABEhlbHBkAgMPZBYCZg9VAxUvSG9t
ZS9BREEtQ29tcGxpYW5jZS8ABAdkFEQSBDb21wbGlhbmNlZAIED2QWAmYPFQM5aHR0cDovL3d3dy5kb2wuZ292L3
L3doZC9yZWdzL2NvbXBsaWFuY2UvcG9zdGGVycy9mbWxhZW4ucGRmAAtGTUxBIE5vdGljZWQCBQ9kFgJmDxUDJ
S9XZWJzaXRlL1ByaXZhY3ktVm9taWNlL1VyYaXR5LVBvbGljeS8AIVdlYnNpdGGQUHJpdmFjeSBmIFNlY3VyaX
R5IFBvbGljjeWQCDQ8WAh8ABXo8aDM+
V2h5IFdlIEFzayBZb3VyIFppcCBDb2RlLP1C9oMz48hMmVzD5PdXIgc2VhcmNoIHRvdb2xzIHJlcXVpcmUgYSB6aXAgY
29kZSB0byBtYXRjaCB0aGUgbG9jYXXRpb24gbmVhcmVzdCB5b3UuPGJyIC8+PGJyIC8+
PC9wPmQCDw8WAh8ABRtQbGVhc2UgdXBncmFkZSB5b3VyIGJyb3dzZXJkAkhEPFgIfAAVhRm9yIHRoZSBiZXN0I
HNpdGUgdmlld2luZyBleHBlcmllbmNlIHBsZWFzZSB1cGdyYWRlIHlvdXJyJyb3d3c2NlciB0byBBnbRlcm5ldC
BFeHBsb3JlciA5IG9yIGFib3I1LmQCFw8WAh8AZWQYKwUkY3RsMDAkQmFUdXNtIYXJ5TmF2TW9iaWxlJFV4TW9
iaWxlTmF2DxQrAA5kZGRkZGRkPCsABgGACBmRkZGYC////
w9kBUfjdGwwMCRVeFByaW1hcnllOYXZNb2JpbGUkVXhNb2JpbGVOYXYkY3RybDMkVXhNb2JpbGVOYXZTZWNvbm
RMZXZlbA8UKwA0ZGRkZGRkZDwrAAoAAgpkZGRmAv////
8PZAWhAWN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCR
leENvbnRyb2xDb2x1bW4kY3RsMDMkdXhaWRnZXRIb3N0JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0ORWRpd
dG9yJFV4Q2FuY2VsJysJ1dHVvbn9ldIb2RlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCRleENv
UhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdW1uRGlzcGxheSRjdGwwMCRleENvbnRyb2x2JGN0bDA1JHV4V2lkZ2V0SG9zdF93aWRnZXQkV2lkZ2V0
hXaWRnZXRIb3N0X3V4V2lkZ2V0SG9zdF93aWRnZXRfV2lkZ2V0ORWRpdG9yJFV4Q2FuY2VsJysJ1dHVvbmhnbn9kxX
hXaWRnZXRIb3N0X3V4V2VhdGl2Y2gPD2QCAWAQFlaFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab25

134251... lMikRTeElvYmlsZU5hZIXpkpt3BsYXkkY3RsMDIkdXhDb25cm9sQ29sdWluRGl0aGVr4V2lkZ2V0SG9zdCR1eFdp
... ZGdldEhvc3Rfd2l2kZ2V0JFV4TGF0ZXN0TmV3c2xpc3QkdXhOZXdzSXRlbWxpc3RWaWV3DxQrAA5kZGRkZGRkF
... CsAA2RkZAIDZGRkZgL/////

... D2QFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSR1eFdpZ2dldEhv
... ENvbnRyb2xDb2x1bW4kY3RsMDAkdXhWaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbln
... RQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdWluRGlzcGxheSR1eFdpZ2dldEhvc3QkdXhWaWRnZXRib3N0JHV4VVhT
... sMDUkdXhXaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJv
... cFpvbmUzJHV4Q29sdWluRGlzcGxheSR1eFdpZ2dldEhvc3QkdXhWaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbnRQbGFj
... HV4VVhTd210l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRG
... lzcGxheSR1eFdpZ2dldEhvc3QkdXhWaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQ
... FZ2N0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFpvbmUzJHV4Q29sdWluRGlzcGxheSR1eFdpZ2dldEhvc3QkdXhWaWRnZXRib3N0JHV4VVhT
... bnRyb2xDb2x1bW4kY3RsMDlkdXhXaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFZ2N0bDAwJENvbnRlbnRQb
... GFjZUhvbGRlcjEkRHJvcFpvbmUyJHV4Q29sdWluRGlzcGxheSR1eFdpZ2dldEhvc3QkdXhWaWRnZXRib3N0JHV4VVhTd210l0Y2g
... AkdXhXaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFLmN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJvcFp
... vbmUzJHV4VVhTd210l0Y2gPD2QCAWQFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1eENv
... bHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdWluQb0bDAlJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc
... 3Rfd2lkZ2V0JFdpZGdldEVkaXRvciRveiENhbmNlbCRCdXR0b24kYXNwQnV0dG9uTWFya3VTW9kZQ8PZGZkBW
... djdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDIkdXhDb25
... 0cm9sQ29sdWluQN0bDAxJHV4V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBaEBY3RsMDAkQ29udGVudFBs
... YWNlSG9sZGVyMSRmcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbEyvbnVtbjBrRjdGwwM
... CR1eFdpZGdldEhvc3QkdXhXaWRnZXRib3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkY3VhY3M1jZWwkQnV0dG9uJG
... FzcEJ1dHRvbk1hcmt1cE1vZGUPD2RmZAV4Y3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZTIkdXh
... Db2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbEvbnVtbjBrRjdGwwMSR1eFdpZGdldEhvc3QkdXhXaWRnZXRI
... b3N0X3dpZGdldCRXaWRnZXRFZGl0b3IkY3VhY3M1jZWwkQnV0dG9uJGFzcEJ1dHRvbk1hcmt1cE1vZGUPD9uJG
... HJsMSRVeElvYmlsZU5hdlN1lY29uZExlddmVsdXhQrAA5kZGRkZGRkPCsADAACDGRkZGYC/////
... w9kBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZTEkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJH
... V4Q29udHJvbENvbHVtbntibDBrRjdGwwMCR1eFdpZGdldEhvc3QkdXhXaWRnZXRib3N0X3dpZGdldCRXaWRnZXRFZGl0
... 0b3IkVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvbk1hcmt1cE1vZGUPD2RmZAV4Y3RsMDAkQ29udGVudFBsYWNl
... SG9sZGVyMSRmcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbjBrRjdGwwMyR1e
... FdpZGdldEhvc3QkdXhXaWRnZXRib3N0X3dpZGdldCRWaWV3U2V0ODw9kAgFkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZG
... XaWRnZXRib3N0JHV4VVhTd210l0Y2gPD2QCAWQFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1e
... MiR1eENvbHVtbkRpc3BsYXkkY3RsMDIkdXhDb250cm9sQ29sdWluQN0bDBrZjdGwwMSR1eFdpZGdldEhvc3QkdXhXaWRnZXRFZGl0
... GdldEhvc3Rfd2lkZ2V0JFdpZGdldEVkaXRvciRveiENhbmxlbkNhbWNlbCRCdXR0b24kYXNwQnV0dG9uTW9kZQ8PZGZkBUFjdGwwMCR
... 8PZGZkBUFjdGwwMCRVeFByaW1hcnlOYXZNb2JpbGVVXhNb2JpbGVOYXYXkY3RybDIkVXhNb2JpbGVOYXZTZWN
... vbmRMZXZlbA8UKwAOZGRkZGRkZDwrAA0AAg1kZGRmAv/////
... 8PZAUpY3RsMDAkVXhIZWFkZXIkVkVhNaWNyb3NpdGVNZW51JFV4UmlnaHRuYXYXYFFCsADmRkZGRkZGQ8KwAIAAI
... IZGRkZgL/////

... D2QFKGN0bDAwJFV4SGVhZGVyJFV4TWljcm9zaXRlTWVudSRVeExlZnRuYXYXYFFCsADmRkZGRkZGQ8KwAJAAIIJZ
... GRkZgL/////

... D2QFogFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MiR1eENvbHVtbkRpc3BsYXkkY3RsMDEkd
... XhDb250cm9sQ29sdWluQN0bDAwJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2l2kZ2V0JFdpZGdldEVkaXRvc
... RvcjRVeEVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvbk1hcmt1cE1vZGUPD2RmZAV4Y3RsMDAkQ29udGVudFBsYWNl
... SG9sZGVyMSRmcm9wWm9uZTMkdXhDb2x1bW5EaXNwbGF5JGN0bDAwJHV4Q29udHJvbENvbHVtbjBrRjdGwwMyR
... 1eFdpZGdldEhvc3QkdXhXVWFN3aXRjaA8PZAIBZAUuY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZ
... TIkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZTIkdXhDb2x1bW
... 5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbjBrRjdGwwMSR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAI
... BZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZTIkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVudFBs
... Q29udHJvbENvbHVtbjBrRjdGwwMiR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVu
... FBsYWNlSG9sZGVyMSRmcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbjBrRjdg
... wwMSR1eFdpZGdldEhvc3QkdXhVWFN3aXRjaA8PZAIBZAVnY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9
... wWm9uZTIkdXhDb2x1bW5EaXNwbGF5JGN0bDAxJHV4Q29udHJvbENvbHVtbjBrRjdGwwMyR1eFdpZGdletEhvc3Qk
... dXhVWFN3aXRjaA8PZAIBZAVBY3RsMDAkVXhQcmltYXJ5TmF2TW9iaWxlJFV4TW9iaWxlTmF2JGN0cmwwJFV4T
... W9iaWxlTmF2U2Vjb25kTGV2ZWwPFCsADmRkZGRkZGQ8KwARAAIIRZGRkZgL////

... D2QFoQFjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251MyR1eENvbHVtbkRpc3BsYXkkY3RsMDAkd
... XhDb250cm9sQ29sdWluQN0bDAxJHV4V2lkZ2V0SG9zdCR1eFdpZGdldEhvc3Rfd2l2kZ2V0JFdpZGdldEVkaXRvc
... RvciRVeENhbmmNlbCRCdXR0b24kYXNwQnV0dG9uTWFya3VTW9kZQ8PZGZkBWdjdGwwMCRDb250ZW50UGxhY2V
... Ib2x1kZXIxJERyb3Bab251MSR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdWluQN0bDAwJHV4
... V2lkZ2V0SG9zdCR1eFVYU3dpdGNoDw9kAgFkBWdjdGwwMCRDb250ZW50UGxhY2VIb2xkZXIxJERyb3Bab251M
... yR1eENvbHVtbkRpc3BsYXkkY3RsMDAkdXhDb250cm9sQ29sdWluQN0bDAxJHV4V2lkZ2V0SG9zdCR1eFVYU3
... dpdGNoDw9kAgFkBaEBY3RsMDAkQ29udGVudFBsYWNlSG9sZGVyMSRmcm9wWm9uZTIkdXhDb2x1bW5EaXNwbGF
... 5JGN0bDAyJHV4Q29udHJvbENvbHVtbjBrRjdGwwMSR1eFdpZGdletEhvc3QkdXhXaWRnZXRib3N0X3dpZGdletCRX
... aWRnZXRFZGl0b3IkVXhDYW5jZWwkQnV0dG9uJGFzcEJ1dHRvbk1hcmt1cE1vZGUPD2RmZAUvY3RsMDAkQ29ud
... GVudFBsYWNlSG9sZGVyMSRVeFBhZ2VIb3N0JHV4VVhTd210l0Y2gPD2QCAWQFLmN0bDAwJENvbnRlbnRQbGFjZU
... hvbGRlcjEkRHJvcFpvbmUxJHV4VVhTd210l0Y2gPD2QCAWQFeGN0bDAwJENvbnRlbnRQbGFjZUhvbGRlcjEkRHJ
... vcFpvbmUzJHV4Q29sdWluRGlzcGxheSR1eFdpZGdletEhvc3QkdXhWaWRnZXRib3N0
... JHV4V2lkZ2V0SG9zdF93aWRnZXQkVmllldl1NldA8PZGZkBUFjdGwwMCRVeFByaWlhcnlOYXZNb2JpbGVVXhNb
... 2JpbGVOYXYXkY3RybDUkVXhNb2JpbGVOYXZTZWNvbmRMZXZlbA8UKwAOZGRkZGRkZDQrAAJkZAICZGRkZgL////

```
D2QFQWN0bDAwJFV4UHJpbWFFyeU5hdk1vYmlsZSRVeE1vYmlsZSU5hdiRjdHJsNCRVeE1vYmlsZSU5hdlNlY29uZ
ExldmVsDxQrAA5kZGRkZGRkPCsABgACBmRkZGYC/////
w9kBWdjdGwwMCRDb250ZW50UGxhY2Vob2xkZXIxZXIxJERyb3Bab25l1MyR1eENvbHVtbkRpc3BsYXkkkY3RsMDAkdX
hDb250cm9sQ29s2dW1uJGN0bDAxJHV4V21kZ2V0OS0d2zdCR1eFVYU3dpdGNoOw19kAgFkBaEBY3RsMDAkQ29udGV
udFBsYWN1bFSG9sZGVyMSREcm9wWm9uZTIkd1hDb2x1bW5EaXNwbGF5JGN0bDAyJHV4V21kZ2V0OudHJvbEHVtbiRj
dGwwMiR1eFdpZGdldEhvc3QkdXhaW1RnZXIIb3N0X3dppdGdldCRXaWRnZXRFZGl0b3IkVXhDYW5jZWxMaW5
G9uUJGFzcEJ1dHRvbk1hcmt1cF1cGUlvZGUlMzdK1cgCcxkkHANG8JYf0J5KOBnMgVoQAbU0NhelPV7VJzHZN" />
```

</div>

```
<script type="text/javascript">
//<![CDATA[
var theForm = document.forms['aspnetForm'];
if (!theForm) {
    theForm = document.aspnetForm;
}
function __doPostBack(eventTarget, eventArgument) {
    if (!theForm.onsubmit || (theForm.onsubmit() != false)) {
        theForm.__EVENTTARGET.value = eventTarget;
        theForm.__EVENTARGUMENT.value = eventArgument;
        theForm.submit();
    }
}
//]]>
</script>


<script
src="/WebResource.axd?d=
t6Xk1lyxXcG3Twa9lmdwiSykRwYVd0UBpK4wDITbk3e30iKzn8511wbb0nxAW3AjsOfzbXxZjwNQbD2x8lcV2
1-8q6Yk2c4QTTGPS_sQfQsl&amp;t=635586452020000000" type="text/javascript"></script>


<script
src="/ScriptResource.axd?d=0-kGSGAvXrvhiPyjuowD3gEjvt2d_jB8YcmOnlW2Klnw6XdYWXdlht_6A-
lh7d_XvfCmt3JVE-
v3auDdszlJALQ01oOdFzm1Solq89eHPgu9jumTh_lq2Jp3_6IQEqMSCXo_SlW7StBb6pd8XKCfYfDKx0PVZ1h
KZ5IfKBokt-c1&amp;t=7b689585" type="text/javascript"></script>
<script
src="/ScriptResource.axd?d=
lxxQcNwm8a2QXY7b5QG85bVpFIjFrKUWsuAkjdkFBhxMePH6UXLsfPgphQxSHiXcYNGVGqphS10l8k-
jDXi1WxaLqm-
nvbPPgHe_J5CVf_sAseQQzMASL7sEk11DDYS0cn3hFcROXOagfMbpPAZuj7cR8SlrBK2hNPSX9XdfI2NbpOYD
_CsawXw0Eg57U3_i0&amp;t=7b689585" type="text/javascript"></script>
<div class="aspNetHidden">

    <input type="hidden" name="__VIEWSTATEGENERATOR" id="__VIEWSTATEGENERATOR"
value="928E56FE" />
    <input type="hidden" name="__EVENTVALIDATION" id="__EVENTVALIDATION"
value="/wEdAAQMtgE5KmnnlE5X+/JEjvhAIKKRrleqipWTKjzdr24Fdp2XfGiAwgqWMmYlDXPsd2MHo1czA+
O7/r72ox0aBhVzzmOpovfMFvNwC2H/Fwjeh7XNQha6RQDKs0haqKH3Dzs=" />
</div>
        <div id="top"></div>




<div class="logo-wrap visible-print">
    <img src="/uploadedImages/Centura/CNA/Configuration/centura-health-300x42.png" />
</div>

<header id="header" class="hidden-print">
    <div class="c">
        <a class="open-link opener hamburger-menu" href="#"></a>
        <div class="top-header">

            <div class="col-md-12">
```

```
134297                <div class="topbreadcrumb">
134298                    <a class='test' href='/POH/Home/'>Home</a>
134299                </div>
134300
134301
134302
134303  <nav>
134304
134305
134306
134307            <ul class="contact-list">
134308                <li class="ektron-util-trigger"><span id="ektron-util-trigger"
    …   class="glyphicon glyphicon-chevron-left"></span></li>
134309
134310            <li>
134311                <a href="/Financial-Help/" target="" title="Payment Help?">Payment
    Help?</a>
134312
134313            </li>
134314
134315            <li>
134316                <a href="/Careers-and-Education/" target="" title="Careers &amp;
    …   Education">Careers &amp; Education</a>
134317
134318            <ul class="contact-list">
134319                <li class="ektron-util-trigger"><span id="ektron-util-trigger"
    …   class="glyphicon glyphicon-chevron-left"></span></li>
134320
134321            <li>
134322                <a href="http://careers.centura.org" target="" title="Search
    …   Jobs">Search Jobs</a>
134323
134324            </li>
134325
134326            <li>
134327                <a href="/POH/Careers-and-Education/Benefits/" target=""
    title="Benefits">Benefits</a>
134328
134329            </li>
134330
134331            <li>
134332                <a href="/POH/Careers-and-Education/Why-We-Are-Unique/" target=""
    …   title="Why We Are Unique">Why We Are Unique</a>
134333
134334            <ul class="contact-list">
134335                <li class="ektron-util-trigger"><span id="ektron-util-trigger"
    …   class="glyphicon glyphicon-chevron-left"></span></li>
134336
134337            <li>
134338                <a href="/Awards-and-Honors/" target="" title="Awards and
    …   Honors">Awards and Honors</a>
134339
134340            </li>
134341
134342            <li>
134343                <a href="/POH/About-Us/Nursing-Excellence/Magnet-Recognition/"
    target="" title="Magnet™ Recognition">Magnet™ Recognition</a>
134344
134345            </li>
134346
134347            </ul>
134348
134349            </li>
134350
134351            <li>
134352                <a href="/POH/Careers-and-Education/How-We-Hire/" target=""
    title="How We Hire">How We Hire</a>
134353
```

```
134354              <ul class="contact-list"
134355              <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…     class="glyphicon glyphicon-chevron-left"></span></li>
134356
134357              <li>
134358                  <a href="/Applicant-FAQs/" target="" title="Applicant FAQs">Applicant
      FAQs</a>
134359
134360              </li>
134361
134362              <li>
134363                  <a href="/POH/Careers-and-Education/How-We-Hire/Compensation/"
…     target="" title="Compensation">Compensation</a>
134364
134365              </li>
134366
134367              <li>
134368                  <a
…     href="/POH/Careers-and-Education/How-We-Hire/Diversity-and-Inclusion/" target=""
…     title="Diversity and Inclusion">Diversity and Inclusion</a>
134369
134370              </li>
134371
134372              <li>
134373                  <a href="/POH/Careers-and-Education/How-We-Hire/Interview-Tips/"
…     target="" title="Interview Tips">Interview Tips</a>
134374
134375              </li>
134376
134377              <li>
134378                  <a href="/New-Nursing-Grad-FAQs/" target="" title="New Nursing Grad
      FAQs">New Nursing Grad FAQs</a>
134379
134380              </li>
134381
134382              <li>
134383                  <a
…     href="/POH/Careers-and-Education/How-We-Hire/Our-Standards-of-Behavior/" target=""
…     title="Our Standards of Behavior">Our Standards of Behavior</a>
134384
134385              </li>
134386
134387              <li>
134388                  <a
…     href="/POH/Careers-and-Education/How-We-Hire/Pre-Employment-Requirements/" target=""
…     title="Pre-Employment Requirements">Pre-Employment Requirements</a>
134389
134390              </li>
134391
134392              </ul>
134393
134394              </li>
134395
134396              </ul>
134397
134398              </li>
134399
134400              <li>
134401                  <a href="/MyCenturaHealth/" target=""
…     title="MyCenturaHealth">MyCenturaHealth</a>
134402
134403              </li>
134404
134405              <li>
134406                  <a href="/POH/Home/For-Physicians/" target="" title="For
      Providers">For Providers</a>
134407
134408              <ul class="contact-list">
```

Page 4271

```
134409                <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…      class="glyphicon glyphicon-chevron-left"></span></li>
134410
134411                <li>
134412                    <a href="/Continuing-Medical-Education/" target="" title="Continuing
…      Medical Education (CME)">Continuing Medical Education (CME)</a>
134413
134414                <ul class="contact-list">
134415                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…      class="glyphicon glyphicon-chevron-left"></span></li>
134416
134417                <li>
134418                    <a
…      href="/POH/For-Providers/Continuing-Medical-Education/Getting-Started-with-CME/"
…      target="" title="Getting Started with CME">Getting Started with CME</a>
134419
134420                </li>
134421
134422                <li>
134423                    <a href="/POH/For-Providers/Continuing-Medical-Education/CME-Forms/"
…      target="" title="CME Forms">CME Forms</a>
134424
134425                </li>
134426
134427                <li>
134428                    <a
…      href="/POH/For-Providers/Continuing-Medical-Education/CME-Calendar/" target=""
…      title="CME Calendar">CME Calendar</a>
134429
134430                </li>
134431
134432                <li>
134433                    <a
…      href="/POH/For-Providers/Continuing-Medical-Education/CME-Contact-Information/"
…      target="" title="CME Contact Information">CME Contact Information</a>
134434
134435                </li>
134436
134437                </ul>
134438
134439                </li>
134440
134441                <li>
134442                    <a href="/Joint-Institutional-Review-Board-/" target="" title="Joint
…      Institutional Review Board (JIRB)">Joint Institutional Review Board (JIRB)</a>
134443
134444                <ul class="contact-list">
134445                    <li class="ektron-util-trigger"><span id="ektron-util-trigger"
…      class="glyphicon glyphicon-chevron-left"></span></li>
134446
134447                <li>
134448                    <a href="/POH/For-Providers/JIRB/Getting-Started-with-JIRB/"
…      target="" title="Getting Started with JIRB">Getting Started with JIRB</a>
134449
134450                </li>
134451
134452                <li>
134453                    <a href="/POH/For-Providers/JIRB/JIRB-Regualtory-Resources/"
…      target="" title="JIRB Regulatory Resources">JIRB Regulatory Resources</a>
134454
134455                </li>
134456
134457                <li>
134458                    <a href="/POH/For-Providers/JIRB/JIRB-Meetings-and-Deadlines/"
…      target="" title="JIRB Meetings and Deadlines">JIRB Meetings and Deadlines</a>
134459
134460                </li>
134461
```

```
134462                <li>
134463                    <a href="/POH/For-Providers/JIRB/JIRB-Internal-Resources/" target=""
…      title="JIRB Internal Resources">JIRB Internal Resources</a>
134464
134465                </li>
134466
134467                <li>
134468                    <a href="/POH/For-Providers/JIRB/JIRB-Forms-and-Templates/" target=""
…      title="JIRB Forms and Templates">JIRB Forms and Templates</a>
134469
134470                </li>
134471
134472                <li>
134473                    <a href="/POH/For-Providers/JIRB/JIRB-Contact-Information/" target=""
…      title="JIRB Contact Information">JIRB Contact Information</a>
134474
134475                </li>
134476
134477                </ul>
134478
134479                </li>
134480
134481                <li>
134482                    <a href="/Medical-Staff-Office/" target="" title="Medical Staff
…      Office">Medical Staff Office</a>
134483
134484                </li>
134485
134486                <li>
134487                    <a href="/Physician-Services/" target="" title="Physician
…      Services">Physician Services</a>
134488
134489                </li>
134490
134491                <li>
134492                    <a href="/Provider-Relations/" target="" title="Provider
…      Relations">Provider Relations</a>
134493
134494                </li>
134495
134496                <li>
134497                    <a href="/Referral-Information/" target="" title="Referral
…      Information">Referral Information</a>
134498
134499                </li>
134500
134501                <li>
134502                    <a href="/Our-Network/Centura-Health-Research-Center/" target=""
…      title="Centura Health Research Center">Centura Health Research Center</a>
134503
134504                </li>
134505
134506                <li>
134507                    <a href="/Contact-Us---Our-Providers/" target="" title="Contact
…      Us">Contact Us</a>
134508
134509                </li>
134510
134511                </ul>
134512
134513                </li>
134514
134515                <li>
134516                    <a href="/POH/Home/Contact-Us/" target="" title="Contact Us">Contact
…      Us</a>
134517
134518                </li>
134519
```

```
134520                </ul>
134521
134522  </nav>
134523                    </div>
134524
134525            </div>
134526          <div class="lower-header">
134527              <div class="holder">
134528                  <div class="logo-wrap">
134529                      <a href="/">
134530                          <img id="ctl00_UxHeader_UxLogo" class="logo"
      src="/uploadedImages/porterhospital/Content/POH/Configuration/Porter-Adv-Hosp-Web.png
      " />
134531                      </a>
134532
134533                      <a href="#" class="drop-arrow">drop arrow</a>
134534
134535                  </div>
134536                  <div class="right-wrap">
134537                      <div class="search-form-new">
134538                          <div class="input-group input-group-sm">
134539                              <input id="searchText" type="text" class="form-control"
      placeholder="Enter your search terms here" />
134540                              <div class="input-group-btn" >
134541                                  <input type="hidden" id="searchFolderId"
      value="1797"/>
134542                                  <button type="button" class="btn btn-default
      dropdown-toggle" data-toggle="dropdown" tabindex="-1">
134543                                      <span class="search-tip">current site</span><span
      class="caret"></span>
134544                                      <span class="sr-only">Toggle Dropdown</span>
134545                                  </button>
134546                                  <ul class="dropdown-menu pull-right search-filter"
      role="menu">
134547                                      <li><a href="0" data-folderid="1797"
      class="active">current site</a></li>
134548                                      <li><a href="0" data-folderid="0">all
      sites</a></li>
134549                                  </ul>
134550                                  <button id="main-site-search" type="button"
      class="btn btn-default" tabindex="-1"><span class="glyphicon
      glyphicon-search"></span></button>
134551                              </div>
134552                          </div>
134553                          <!-- /.input-group -->
134554                      </div>
134555
134556
134557  <nav id="nav">
134558
134559              <ul class="nav-tier-1">
134560
134561              <li>
134562                  <a href="/Specialties-POH/" class="" target="_self">Specialties</a>
134563
134564              <ul class="nav-tier-2">
134565
134566              <li>
134567                  <a href="/POH/Specialties/Behavioral-Health/" class=""
      target="_self">Behavioral Health</a>
134568
134569                  <ul class="nav-tier-3">
134570
134571                  <li>
134572                      <a
      href="/POH/Specialties/Behavioral-Health/Behavioral-Health-Services/" class=""
      target="_self">Behavioral Health Services</a>
134573
```

```
134574                    </li>
134575
134576                    <li>
134577                        <a
    href="/POH/Specialties/Behavioral-Health/Centre-for-Behavioral-Health/" class=""
    target="_self">Centre for Behavioral Health</a>
134578
134579                    </li>
134580
134581                    <li>
134582                        <a href="/POH/Specialties/Behavioral-Health/Meet-Our-Team/" class=""
    target="_self">Meet Our Team</a>
134583
134584                    </li>
134585
134586                    <li>
134587                        <a
    href="/POH/Specialties/Behavioral-Health/Substance-Use-Intensive-Outpatient-Program-
    IOP-SU/" class="" target="_self">Substance Use Intensive Outpatient Program
    (IOP-SU)</a>
134588
134589                    </li>
134590
134591                    <li>
134592                        <a
    href="/POH/Specialties/Behavioral-Health/Mental-Health-Intensive-Outpatient-Program(
    MH-IOP)/" class="" target="_self">Mental Health Intensive Outpatient Program
    (MH-IOP)</a>
134593
134594                    </li>
134595
134596                    <li>
134597                        <a
    href="/POH/Specialties/Behavioral-Health/Electroconvulsive-Therapy-ECT/" class=""
    target="_self">Electroconvulsive Therapy (ECT)</a>
134598
134599                    </li>
134600
134601                    <li>
134602                        <a
    href="/POH/Specialties/Behavioral-Health/Adult-Acute-Care-Hospitalization/" class=""
    target="_self">Adult Acute Care Hospitalization</a>
134603
134604                    </li>
134605
134606                    <li>
134607                        <a
    href="/POH/Specialties/Behavioral-Health/Geriatric-Acute-Care-Hospitalization/"
    class="" target="_self">Geriatric Acute Care Hospitalization</a>
134608
134609                    </li>
134610
134611                    </ul>
134612
134613                    </li>
134614
134615                    <li>
134616                        <a href="/POH/Specialties/The-Breast-Care-Center-at-Porter/" class=""
    target="_self">The Breast Care Center at Porter</a>
134617
134618                    <ul class="nav-tier-3">
134619
134620                    <li>
134621                        <a
    href="/POH/Specialties/The-Breast-Care-Center-at-Porter/Breast-Center-Accreditation/"
    class="" target="_self">Breast Center Accreditation</a>
134622
134623                    </li>
```

```
134624
134625              <li>
134626                  <a
    … href="/POH/Specialties/The-Breast-Care-Center-at-Porter/Contact-the-Porter-Breast-
    Center/" class="" target="_self">Contact the Porter Breast Center</a>
134627
134628              </li>
134629
134630              <li>
134631                  <a
    … href="/POH/Specialties/The-Breast-Care-Center-at-Porter/Mammograms-and-Breast-
    Screening/" class="" target="_self">Mammograms and Breast Screening</a>
134632
134633              </li>
134634
134635              <li>
134636                  <a
    … href="/POH/Specialties/The-Breast-Care-Center-at-Porter/Multidisciplinary-Breast-
    Cancer-Clinic/" class="" target="_self">Multidisciplinary Breast Cancer Clinic</a>
134637
134638              </li>
134639
134640              <li>
134641                  <a
    … href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
    PAH_Request_a_Breast_Care_Appointment" class="" target="_blank">Request a Breast Care
    Appointment</a>
134642
134643              </li>
134644
134645          </ul>
134646
134647      </li>
134648
134649      <li>
134650          <a href="/POH/Specialties/Cancer-Care-Center/" class=""
    target="_self">Cancer Care Center (Oncology)</a>
134651
134652          <ul class="nav-tier-3">
134653
134654              <li>
134655                  <a
    … href="/POH/Specialties/Cancer-Care-Center/Cancer-Diagnosis-and-Treatment/" class=""
    target="_self">Cancer Diagnosis &amp; Treatment</a>
134656
134657              </li>
134658
134659              <li>
134660                  <a href="/POH/Specialties/Cancer-Care-Center/Our-Team-of-Experts/"
    class="" target="_self">Our Team of Experts</a>
134661
134662              </li>
134663
134664              <li>
134665                  <a href="/POH/Specialties/Genetic-Counseling/" class=""
    target="_self">Genetic Counseling</a>
134666
134667              </li>
134668
134669              <li>
134670                  <a href="/POH/Specialties/Cancer-Care-Center/Support-Services/"
    class="" target="_self">Support Services</a>
134671
134672              </li>
134673
134674              <li>
134675                  <a
    … href="/POH/Specialties/Cancer-Care-Center-(Oncology)/Outpatient-Infusion-Center/"
```

```
134675…    class=""  target="_self">Outpatient Infusion Center</a>
134676
134677                </li>
134678
134679                <li>
134680                    <a
      href="/POH/Specialties/Cancer-Care-Center/Healthy-Lung-Screening-Program/" class=""
…     target="_self">Healthy Lung Screening Program</a>
134681
134682                </li>
134683
134684                <li>
134685                    <a
      href="/POH/Specialties/Cancer-Care-Center/Cancer-Program-Initiatives-and-
…     Accreditation/" class="" target="_self">Cancer Program Initiatives and
      Accreditation</a>
134686
134687                </li>
134688
134689                <li>
134690                    <a href="/POH/Specialties/Cancer-Care-Center/Community-Outreach/"
      class="" target="_self">Community Outreach</a>
134691
134692                </li>
134693
134694                <li>
134695                    <a href="/POH/Specialties/Cancer-Care-Center/Resources/" class=""
…     target="_self">Resources</a>
134696
134697                </li>
134698
134699            </ul>
134700
134701            </li>
134702
134703            <li>
134704                <a href="/PorterER/" class="" target="_self">Emergency Care</a>
134705
134706            <ul class="nav-tier-3">
134707
134708            <li>
134709                <a href="/POH/Specialties/Emergency-Care/Emergency-Care-Wait-Times/"
…     class="" target="_self">Emergency Care Wait Times</a>
134710
134711                </li>
134712
134713            <li>
134714                    <a href="/iTriage-App/" class="" target="_self">iTriage App</a>
134715
134716                </li>
134717
134718            <li>
134719                    <a
      href="/POH/Specialties/Emergency-Care/Heart-Emergency---Chest-Pain-Care/" class=""
…     target="_self">Heart Emergency Care</a>
134720
134721                </li>
134722
134723            <li>
134724                    <a href="https://www.emsteam.org/EMS/Home/" class=""
…     target="_blank">EMS</a>
134725
134726                </li>
134727
134728            </ul>
134729
134730                </li>
134731
```

Page 4277

```
134732              <li>
134733                  <a href="/POH/Specialties/Heart-and-Vascular/" class=""
…  target="_self">Heart and Vascular</a>
134734
134735              <ul class="nav-tier-3">
134736
134737              <li>
134738                  <a
…  href="/POH/Specialties/Heart-and-Vascular/Advanced-Cardiac-Care-Technology/" class=""
…  target="_self">Advanced Cardiac Care Technology</a>
134739
134740              </li>
134741
134742              <li>
134743                  <a href="/POH/Specialties/Heart-and-Vascular/Advanced-Heart-Surgery/"
…  class="" target="_self">Advanced Heart Surgery</a>
134744
134745              </li>
134746
134747              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Atrial-Fibrillation-Center/" class=""
…  target="_self">Atrial Fibrillation Center</a>
134749
134750              </li>
134751
134752              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Award-Winning-Cardiac-Care/" class=""
…  target="_self">Award-Winning Cardiac Care</a>
134754
134755              </li>
134756
134757              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Cardiac-and-Pulmonary-Rehabilitation/"
…  class="" target="_self">Cardiac and Pulmonary Rehabilitation</a>
134759
134760              </li>
134761
134762              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Cardiac-Diagnostic-Tests/" class=""
…  target="_self">Cardiac Diagnostic Tests</a>
134764
134765              </li>
134766
134767              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Cardiac-Early-Detection/" class=""
…  target="_self">Cardiac Early Detection</a>
134769
134770              </li>
134771
134772              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Emergency-and-Chest-Pain-Care/" class=""
…  target="_self">Emergency and Chest Pain Care</a>
134774
134775              </li>
134776
134777              <li>           <a
…  href="/POH/Specialties/Heart-and-Vascular/Endovascular-Procedures/" class=""
…  target="_self">Endovascular Procedures</a>
134779
134780              </li>
134781
```

Page 4278

```
134782              <li>
134783                  <a
    … href="/POH/Specialties/Heart-and-Vascular/Heart-Catheterization-and-Interventional-
    … Treatment/" class="" target="_self">Heart Catheterization and Interventional
    … Treatment</a>
134784
134785              </li>
134786
134787              <li>
134788                  <a
    … href="/POH/Specialties/Heart-and-Vascular/Heart-Failure-Warning-Signs/" class=""
    … target="_self">Heart Failure Warning Signs</a>
134789
134790              </li>
134791
134792              <li>
134793                  <a href="/POH/Specialties/Heart-and-Vascular/Contact-Us/" class=""
    … target="_self">Contact Us</a>
134794
134795              </li>
134796
134797              <li>
134798                  <a
    … href="/POH/Specialties/Heart-and-Vascular/Arvada-Fire-Department-Heart-Program/"
    … class="" target="_self">Arvada Fire Department Heart Program</a>
134799
134800              </li>
134801
134802          </ul>
134803
134804      </li>
134805
134806      <li>
134807          <a href="/POH/Specialties/Hospice-and-Palliative-Care/" class=""
    … target="_self">Hospice and Palliative Care</a>
134808
134809          <ul class="nav-tier-3">
134810
134811              <li>
134812                  <a
    … href="/POH/Specialties/Hospice-and-Palliative-Care/About-Porter-Hospice/" class=""
    … target="_self">About Porter Hospice</a>
134813
134814              </li>
134815
134816              <li>
134817                  <a
    … href="/POH/Specialties/Hospice-and-Palliative-Care/Porter-Hospice-Residence/"
    … class="" target="_self">Porter Hospice Residence</a>
134818
134819              </li>
134820
134821              <li>
134822                  <a href="/POH/Specialties/Hospice-and-Palliative-Care/Hospice-FAQs/"
    … class="" target="_self">Hospice FAQs</a>
134823
134824              </li>
134825
134826              <li>
134827                  <a href="/POH/Specialties/Hospice-and-Palliative-Care/Testimonials/"
    … class="" target="_self">Testimonials</a>
134828
134829              </li>
134830
134831              <li>
134832                  <a
    … href="/POH/Specialties/Hospice-and-Palliative-Care/Palliative-Care/" class=""
    … target="_self">Palliative Care</a>
```

```
134833
134834                    </li>
134835
134836                </ul>
134837
134838            </li>
134839
134840            <li>
134841                <a href="/POH/Specialties/Genetic-Counseling/" class=""
…        target="_self">Genetic Counseling</a>
134842
134843            <ul class="nav-tier-3">
134844
134845            <li>
134846                    <a
…        href="/POH/Specialties/Genetic-Counseling/Genetic-Counseling-in-Denver/" class=""
…        target="_self">Genetic Counseling in Denver</a>
134847
134848            </li>
134849
134850            <li>
134851                    <a
…        href="/POH/Specialties/Genetic-Counseling/Genetic-Counseling-Our-Services/" class=""
…        target="_self">Our Services</a>
134852
134853            </li>
134854
134855            <li>
134856                    <a
…        href="/POH/Specialties/Genetic-Counseling/Cancer-Risk-Hereditary-Cancer/" class=""
…        target="_self">Cancer Risk &amp; Hereditary Cancer</a>
134857
134858            </li>
134859
134860            <li>
134861                    <a href="/POH/Specialties/Genetic-Counseling/Our-Genetic-Counselor/"
…        class="" target="_self">Our Genetic Counselor</a>
134862
134863            </li>
134864
134865            <li>
134866                    <a href="/POH/Specialties/Genetic-Counseling/Genetic-Advances/"
…        class="" target="_self">Genetic Advances</a>
134867
134868            </li>
134869
134870            <li>
134871                    <a
…        href="/POH/Specialties/Genetic-Counseling/Genetic-Counseling-For-Patients/" class=""
…        target="_self">For Patients</a>
134872
134873            </li>
134874
134875            <li>
134876                    <a href="/Genetic-Counseling-Refer-a-Patient/" class=""
…        target="_self">Refer a Patient</a>
134877
134878            </li>
134879
134880            <li>
134881                    <a
…        href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…        PAH_Request_a_Cancer_Genetic_Counseling_Appointment" class="" target="_blank">Request
…        an Appointment</a>
134882
134883            </li>
134884
134885            <li>
```

```
134886
  …     href="/POH/Specialties/Genetic-Counseling/Genetic-Counseling-Contact-Us/" class=""
  …     target="_self">Contact Us</a>
134887
134888              </li>
134889
134890              </ul>
134891
134892              </li>
134893
134894              <li>
134895                  <a href="/POH/Specialties/GI-Endoscopy/" class=""
  …     target="_self">GI-Endoscopy</a>
134896
134897              <ul class="nav-tier-3">
134898
134899              <li>
134900                  <a href="/POH/Specialties/GI-Endoscopy/Our-Difference/" class=""
  …     target="_self">Our Difference</a>
134901
134902              </li>
134903
134904              <li>
134905                  <a href="/POH/Specialties/GI-Endoscopy/Endoscopy-Center/" class=""
  …     target="_self">Digestive Health Center</a>
134906
134907              </li>
134908
134909              <li>
134910                  <a href="/POH/Specialties/GI-Endoscopy/GI-Symptoms/" class=""
  …     target="_self">GI Symptoms</a>
134911
134912              </li>
134913
134914              <li>
134915                  <a href="/POH/Specialties/GI-Endoscopy/GI-Tests-Offered/" class=""
  …     target="_self">GI Tests Offered</a>
134916
134917              </li>
134918
134919              <li>
134920                  <a href="/POH/Specialties/GI-Endoscopy/GI-Conditions/" class=""
  …     target="_self">GI Conditions</a>
134921
134922              </li>
134923
134924              <li>
134925                  <a href="/POH/Specialties/GI-Endoscopy/GERD/" class=""
  …     target="_self">GERD</a>
134926
134927              </li>
134928
134929              <li>
134930                  <a href="/POH/Specialties/GI-Endoscopy/GI-Treatments/" class=""
  …     target="_self">GI Treatments</a>
134931
134932              </li>
134933
134934              <li>
134935                  <a href="/POH/Specialties/GI-Endoscopy/GI-Risk-Factors-and-Causes/"
  …     class="" target="_self">GI Risk Factors and Causes</a>
134936
134937              </li>
134938
134939              <li>
134940                  <a href="/POH/Specialties/GI-Endoscopy/Contact-Us/" class=""
  …     target="_self">Contact Us</a>
134941
```

```
134942                </li>
134943
134944                </ul>
134945
134946                </li>
134947
134948                <li>
134949                    <a href="/POH/Specialties/Outpatient-Services/" class=""
    …   target="_self">Outpatient Services</a>
134950
134951                <ul class="nav-tier-3">
134952
134953                <li>
134954                    <a href="/POH/Specialties/Outpatient-Services/Diabetes/" class=""
    …   target="_self">Diabetes</a>
134955
134956                </li>
134957
134958                <li>
134959                    <a href="/POH/Specialties/Outpatient-Services/Pharmacy/" class=""
    …   target="_self">Pharmacy</a>
134960
134961                </li>
134962
134963                <li>
134964                    <a href="/POH/Specialties/Outpatient-Services/Rehabilitation/"
    class="" target="_self">Rehabilitation</a>
134965
134966                </li>
134967
134968                <li>
134969                    <a href="/POH/Specialties/Outpatient-Services/Sleep-Disorder-Center/"
    …   class="" target="_self">Sleep Disorders Center</a>
134970
134971                </li>
134972
134973                <li>
134974                    <a href="/POH/Specialties/Outpatient-Services/Travel-Health-Clinic/"
    class="" target="_self">Travel Health Clinic</a>
134975
134976                </li>
134977
134978                <li>
134979                    <a href="/POH/Specialties/Outpatient-Services/Wound-Care/" class=""
    …   target="_self">Wound Care</a>
134980
134981                </li>
134982
134983                </ul>
134984
134985                </li>
134986
134987                <li>
134988                    <a href="/POH/Specialties/Orthopedics/" class=""
    …   target="_self">Orthopedics</a>
134989
134990                <ul class="nav-tier-3">
134991
134992                <li>
134993                    <a
    href="/POH/Specialties/Orthopedics/Porter-Center-for-Joint-Replacement/" class=""
    …   target="_self">Porter Center for Joint Replacement</a>
134994
134995                </li>
134996
134997                <li>
134998                    <a href="/POH/Specialties/Orthopedics/Arthritis/" class=""
    …   target="_self">Arthritis</a>
```

```
134999                    </li>
135000
135001
135002                    <li>
135003                        <a href="/POH/Specialties/Orthopedics/Hip-Pain/" class=""
…    target="_self">Hip Pain</a>
135004
135005                    </li>
135006
135007                    <li>
135008                        <a href="/POH/Specialties/Orthopedics/Knee-Pain/" class=""
…    target="_self">Knee Pain</a>
135009
135010                    </li>
135011
135012                    <li>
135013                        <a href="/POH/Specialties/Orthopedics/Sports-Medicine/" class=""
…    target="_self">Sports Medicine</a>
135014
135015                    </li>
135016
135017                    <li>
135018                        <a href="/POH/Specialties/Orthopedics/Operation-Walk/" class=""
…    target="_self">Operation Walk</a>
135019
135020                    </li>
135021
135022                    <li>
135023                        <a
…    href="/POH/Specialties/Orthopedics/Contact-Us-Colorado-Joint-Replacement/" class=""
…    target="_self">Contact Us Colorado Joint Replacement</a>
135024
135025                    </li>
135026
135027                    </ul>
135028
135029                    </li>
135030
135031                    <li>
135032                        <a href="/POH/Specialties/Porter-Place-Retirement-Community/"
…    class="" target="_self">Porter Place</a>
135033
135034                <ul class="nav-tier-3">
135035
135036                    <li>
135037                        <a href="/POH/Specialties/Porter-Place/About-Porter-Place/" class=""
…    target="_self">About Porter Place</a>
135038
135039                    </li>
135040
135041                    <li>
135042                        <a href="/POH/Specialties/Porter-Place/Our-Living-Options/" class=""
…    target="_self">Our Living Options</a>
135043
135044                    </li>
135045
135046                    <li>
135047                        <a href="/POH/Specialties/Porter-Place/Services-and-Amenities/"
…    class="" target="_self">Services and Amenities</a>
135048
135049                    </li>
135050
135051                    <li>
135052                        <a href="/POH/Specialties/Porter-Place/Porter-Place-Testimonials/"
…    class="" target="_self">Porter Place Testimonials</a>
135053
135054                    </li>
135055
```

```
135056                    <li>
135057                        <a href="/POH/Specialties/Porter-Place/Porter-Place-Photos/" class=""
…    target="_self">Porter Place Photos</a>
135058
135059                    </li>
135060
135061                    <li>
135062                        <a href="/POH/Specialties/Porter-Place/Contact-and-Location/"
…    class="" target="_self">Contact and Location</a>
135063
135064                    </li>
135065
135066                </ul>
135067
135068            </li>
135069
135070            <li>
135071                <a
…    href="/POH/Specialties/Outpatient-Services/Porter-Primary-Care-Clinics/" class=""
…    target="_self">Porter Primary Care Clinics</a>
135072
135073            </li>
135074
135075            <li>
135076                <a href="/POH/Specialties/Radiology/" class=""
…    target="_self">Radiology and Imaging</a>
135077
135078                <ul class="nav-tier-3">
135079
135080                    <li>
135081                        <a href="/POH/Specialties/Radiology/Accredited-Radiology-Program/"
…    class="" target="_self">Accredited Radiology Program</a>
135082
135083                    </li>
135084
135085                    <li>
135086                        <a href="/POH/Specialties/Radiology/Services-Provided/" class=""
…    target="_self">Services Provided</a>
135087
135088                    </li>
135089
135090                    <li>
135091                        <a href="/POH/Specialties/Radiology/For-Referring-Physicians/"
…    class="" target="_self">For Referring Physicians</a>
135092
135093                    </li>
135094
135095                    <li>
135096                        <a href="/POH/Specialties/Radiology/Interventional-Radiology/"
…    class="" target="_self">Interventional Radiology</a>
135097
135098                    </li>
135099
135100                    <li>
135101                        <a href="/POH/Specialties/Radiology/Radiology-Contact-and-Locations/"
…    class="" target="_self">Radiology Contact and Locations</a>
135102
135103                    </li>
135104
135105                </ul>
135106
135107            </li>
135108
135109            <li>
135110                <a href="/POH/Specialties/Robotic-Surgery/" class=""
…    target="_self">Robotic Surgery</a>
135111
135112                <ul class="nav-tier-3">
```

```
135113                    <li>
135114                        <a href="/POH/Specialties/Robotic-Surgery/Gynecology/" class=""
…    target="_self">Gynecology</a>
135116
135117                    </li>
135118
135119                    <li>
135120                        <a
…    href="/POH/Specialties/Robotic-Surgery/Robotic-Assisted-Cardiac-Surgery/" class=""
…    target="_self">Heart Surgery</a>
135121
135122                    </li>
135123
135124                    <li>
135125                        <a href="/POH/Specialties/Robotic-Surgery/Urology-POH/" class=""
…    target="_self">Urology</a>
135126
135127                    </li>
135128
135129                </ul>
135130
135131            </li>
135132
135133            <li>
135134                <a href="/Spine-Institute/" class="" target="_self">Spine
Institute</a>
135135
135136                <ul class="nav-tier-3">
135137
135138                    <li>
135139                        <a
…    href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
…    PAH_Request_More_Spine_Information" class="" target="_self">Request More
…    Information</a>
135140
135141                    </li>
135142
135143                </ul>
135144
135145            </li>
135146
135147            <li>
135148                <a href="/POH/Specialties/Stroke-Program/" class=""
…    target="_self">Stroke Program</a>
135149
135150                <ul class="nav-tier-3">
135151
135152                    <li>
135153                        <a href="/POH/Specialties/Stroke-Program/TIA-Clinic/" class=""
…    target="_self">TIA Clinic</a>
135154
135155                    </li>
135156
135157                    <li>
135158                        <a
…    href="/POH/Specialties/Stroke-Program/Fast-action-makes-all-the-difference!/"
…    class="" target="_self">Fast action makes all the difference!</a>
135159
135160                    </li>
135161
135162                </ul>
135163
135164            </li>
135165
135166            <li>
135167                <a href="/POH/Specialties/Transplant/" class=""
…    target="_self">Transplant</a>
```

```
135168                    <ul class="nav-tier-3">
135169
135170                        <li>
135171                            <a
135172    href="/POH/Specialties/Transplant/Porter-Transplant-Multidisciplinary-Team/" class=""
     …   target="_self">Meet the Transplant Team</a>
135173                        </li>
135174
135175                        <li>
135176                            <a href="/POH/Specialties/Transplant/About-Our-Program/" class=""
135177    target="_self">About Our Program</a>
     …
135178                        </li>
135179
135180                        <li>
135181                            <a
135182    href="/POH/Specialties/Transplant/Kidney-and-Pancreas-Transplants/" class=""
     …   target="_self">Kidney and Pancreas Transplants</a>
135183                        </li>
135184
135185                        <li>
135186                            <a href="/POH/Specialties/Transplant/Liver-Transplant/" class=""
135187    target="_self">Liver Transplant</a>
     …
135188                        </li>
135189
135190                        <li>
135191                            <a href="/POH/Specialties/Transplant/Hepatobiliary-Surgery/" class=""
135192    target="_self">Hepatobiliary Surgery</a>
     …
135193                        </li>
135194
135195                        <li>
135196                            <a
135197    href="/POH/Specialties/Porter-Transplant-Center/Kidney-Liver-Transplant-FAQ/"
     …   class="" target="_self">Kidney Transplant FAQ &amp; Liver Transplant FAQ</a>
135198                        </li>
135199
135200                        <li>
135201                            <a href="/POH/Specialties/Transplant/Contact-Us/" class=""
135202    target="_self">Contact Us</a>
     …
135203                        </li>
135204
135205                        <li>
135206                            <a href="/POH/Specialties/Porter-Transplant-Center/Resources/"
135207    class="" target="_self">Resources</a>
     …
135208                        </li>
135209
135210                    </ul>
135211
135212                </li>
135213
135214            </ul>
135215
135216        </li>
135217
135218        <li>
135219            <a href="/POH/Home/For-Patients-and-Families/" class=""
135220    target="_self">For Patients &amp; Families</a>
     …
135221
135222                <ul class="nav-tier-2">
135223
```

```
135224              <li>
135225                    <a href="#PreRegModal" class="" target="_self">Patient
…  Pre-Registration</a>
135226
135227              </li>
135228
135229              <li>
135230                    <a href="/POH/Home/Patient-and-Visitor-Information/" class=""
…  target="_self">Patient &amp; Visitor Information</a>
135231
135232              <ul class="nav-tier-3">
135233
135234              <li>
135235                          <a
…  href="/POH/Patient-Guide/Patient-and-Visitor-Information/Medical-Records/" class=""
…  target="_self">Medical Records</a>
135236
135237              </li>
135238
135239              <li>
135240                          <a
…  href="/POH/Patient-Guide/Patient-and-Visitor-Information/Customer-Service/" class=""
…  target="_self">Customer Service</a>
135241
135242              </li>
135243
135244              <li>
135245                    <a href="/Health-Assessments/" class="" target="_self">Assess Your
…  Health</a>
135246
135247              </li>
135248
135249              <li>
135250                          <a href="/Body-Mass-Index-Calculator/" class="" target="_self">Body
…  Mass Index Calculator</a>
135251
135252              </li>
135253
135254              <li>
135255                    <a href="/Calorie-Burner-Calculator/" class="" target="_self">Calorie
…  Burner Calculator</a>
135256
135257              </li>
135258
135259              <li>
135260                          <a href="/Nutritional-Needs-Calculator/" class=""
…  target="_self">Nutritional Needs Calculator</a>
135261
135262              </li>
135263
135264              <li>
135265                          <a
…  href="/POH/Patient-Guide/Patient-and-Visitor-Information/Patient-and-Visitor-Guide/"
…  class="" target="_self">Patient &amp; Visitor Guide</a>
135266
135267              </li>
135268
135269              <li>
135270                          <a
…  href="/POH/Patient-Guide/Patient-and-Visitor-Information/Patient-Grievance-Process/"
…  class="" target="_self">Patient Grievance Process</a>
135271
135272              </li>
135273
135274              <li>
135275                          <a
…  href="/POH/Patient-Guide/Patient-and-Visitor-Information/Preparing-for-a-Procedure/"
…  class="" target="_self">Preparing for a Procedure</a>
```

```
135276                    </li>
135277
135278
135279                    <li>
135280                        <a
     href="/POH/Patient-and-Visitor-Information/Share-Your-Feedback/"
     class="" target="_self">Share Your Feedback</a>
135281
135282                    </li>
135283
135284                    <li>
135285                        <a href="/Symptom-Navigator/" class="" target="_self">Symptom
     Navigator</a>
135286
135287                    </li>
135288
135289                    <li>
135290                        <a href="/Target-Heart-Rate-Calculator/" class=""
     target="_self">Target Heart Rate Calculator</a>
135291
135292                    </li>
135293
135294                </ul>
135295
135296            </li>
135297
135298            <li>
135299                <a href="/POH/Patient-Guide/Spiritual-Care/" class=""
     target="_self">Spiritual Care</a>
135300
135301                <ul class="nav-tier-3">
135302
135303                    <li>
135304                        <a href="/POH/Patient-Guide/Spiritual-Care/Ways-to-benefit/" class=""
     target="_self">Ways to Benefit</a>
135305
135306                    </li>
135307
135308                    <li>
135309                        <a
     href="/POH/Patient-Guide/Spiritual-Care/What-if-I-m-not-Christian-/" class=""
     target="_self">What if I&#39;m not Christian?</a>
135310
135311                    </li>
135312
135313                    <li>
135314                        <a href="/Light-a-Candle/" class="" target="_self">Light a Candle</a>
135315
135316                    </li>
135317
135318                    <li>
135319                        <a href="/POH/Patient-Guide/Spiritual-Care/Understanding-grief/"
     class="" target="_self">Understanding Grief</a>
135320
135321                    </li>
135322
135323                    <li>
135324                        <a href="/Support-Groups/" class="" target="_self">Support Groups</a>
135325
135326                    </li>
135327
135328                    <li>
135329                        <a href="/POH/Patient-Guide/Spiritual-Care/Practice-of-prayer/"
     class="" target="_self">Practice of Prayer</a>
135330
135331                    </li>
135332
135333                    <li>
```

```
135334                <a href="/POH/Patient-Guide/Spiritual-Care/Words-to-lift-you/"
    …    class="" target="_self">Words to Lift You</a>
135335
135336                </li>
135337
135338                <li>
135339                <a href="/POH/Patient-Guide/Spiritual-Care/Resources/" class=""
    …    target="_self">Resources</a>
135340
135341                </li>
135342
135343                </ul>
135344
135345                </li>
135346
135347                <li>
135348                <a href="/CHH/Home/" class="" target="_self">End of Life /
    …    Hospice</a>
135349
135350                </li>
135351
135352                <li>
135353                <a href="/Billing-and-Financial-Services/" class=""
    …    target="_self">Billing &amp; Financial Services</a>
135354
135355                <ul class="nav-tier-3">
135356
135357                <li>
135358                <a href="/How-Billing-Works/" class="" target="_self">How Billing
    …    Works</a>
135359
135360                </li>
135361
135362                <li>
135363                <a href="/Hospital-Billing/" class="" target="_self">Hospital
    …    Billing</a>
135364
135365                </li>
135366
135367                <li>
135368                <a href="/Online-Bill-Pay/" class="" target="_self">Online Bill
    …    Pay</a>
135369
135370                </li>
135371
135372                <li>
135373                <a href="/Financial-Help/" class="" target="_self">Financial
    …    Assistance, Charity Care &amp; Payment Plans</a>
135374
135375                </li>
135376
135377                <li>
135378                <a href="/Uninsured-Patients/" class="" target="_self">Uninsured
    …    Patients</a>
135379
135380                </li>
135381
135382                <li>
135383                <a href="/For-Seniors/" class="" target="_self">For Seniors</a>
135384
135385                </li>
135386
135387                </ul>
135388
135389                </li>
135390
135391                <li>
135392                <a href="/For-Patients-and-Families/Pricing/" class=""
```

Page 4289

```
135392…  target="_self">Pricing</a>
135393
135394                  <ul class="nav-tier-3">
135395
135396                  <li>
135397                          <a
       href="/For-Patients-and-Families/Pricing/Costs-for-Common-Procedures/" class=""
…      target="_self">Costs for Common Procedures</a>
135398
135399                  </li>
135400
135401                  <li>
135402                          <a href="/For-Patients-and-Families/Pricing/Request-a-Custom-Quote/"
…      class="" target="_self">Request a Custom Quote</a>
135403
135404                  </li>
135405
135406                  <li>
135407                          <a
       href="/For-Patients-and-Families/Pricing/Resources-for-Patients-and-Consumers/"
…      class="" target="_self">Resources for Patients &amp; Consumers</a>
135408
135409                  </li>
135410
135411                  </ul>
135412
135413                  </li>
135414
135415                  <li>
135416                          <a href="/Quality-Service-and-Safety/" class=""
…      target="_self">Quality, Service &amp; Safety</a>
135417
135418                  <ul class="nav-tier-3">
135419
135420                  <li>
135421                          <a href="/Our-Commitment/" class="" target="_self">Our Commitment</a>
135422
135423                  </li>
135424
135425                  <li>
135426                          <a href="/Hospital-Ratings/" class="" target="_self">Hospital
…      Ratings</a>
135427
135428                  </li>
135429
135430                  <li>
135431                          <a href="/Home-Care-Ratings/" class="" target="_self">Home Care
…      Ratings</a>
135432
135433                  </li>
135434
135435                  <li>
135436                          <a href="/Components/Templates/ProviderSearch.aspx"
       class="open-physician-finder" target="_self">Doctor Ratings</a>
135437
135438                  </li>
135439
135440                  </ul>
135441
135442                  </li>
135443
135444                  <li>
135445                          <a href="/Advance-Directives/" class="" target="_self">Advance
       Directives</a>
135446
135447                  <ul class="nav-tier-3">
135448
135449                  <li>
```

```
135450                    <a href="/Important-Questions/" class="" target="_self">Important
       Questions</a>
135451
135452                    </li>
135453
135454                    </ul>
135455
135456                    </li>
135457
135458                    <li>
135459                    <a href="/Centura-Health-LINKS/" class="" target="_self">Centura
       Health LINKS</a>
135460
135461                    <ul class="nav-tier-3">
135462
135463                    <li>
135464                    <a href="/Centura-Health-Benefits-Checkup-Colorado-/" class=""
    … target="_self">Benefits Checkup Colorado</a>
135465
135466                    </li>
135467
135468                    <li>
135469                    <a href="/Centura-Health-Medicare-Part-D-Assistance/" class=""
    … target="_self">Medicare Part D</a>
135470
135471                    </li>
135472
135473                    <li>
135474                    <a href="/Centura-Health-RX-Assistance-/" class="" target="_self">RX
       Assistance</a>
135475
135476                    </li>
135477
135478                    <li>
135479                    <a href="/Centura-Health-SHIP-State-Health-Insurance-Program/"
    … class="" target="_self">State Health Insurance Plan</a>
135480
135481                    </li>
135482
135483                    </ul>
135484
135485                    </li>
135486
135487                    <li>
135488                    <a href="/Patient-Bill-of-Rights-and-Responsibilities/" class=""
    … target="_self">Patient Bill of Rights &amp; Responsibilities</a>
135489
135490                    <ul class="nav-tier-3">
135491
135492                    <li>
135493                    <a href="/For-Patients-and-Families/Privacy-Practices/" class=""
    … target="_self">Privacy Practices</a>
135494
135495                    </li>
135496
135497                    </ul>
135498
135499                    </li>
135500
135501                    <li>
135502                    <a href="/MyCenturaHealth/" class=""
    … target="_self">MyCenturaHealth</a>
135503
135504                    </li>
135505
135506                    <li>
135507                    <a href="/Connect-for-Health-Colorado/" class=""
    … target="_self">Connect For Health Colorado</a>
```

Page 4291

```
135508                    </li>
135509
135510
135511                </ul>
135512
135513            </li>
135514
135515            <li>
135516                <a href="/POH/Home/About-Us/" class="" target="_self">About Us</a>
135517
135518            <ul class="nav-tier-2">
135519
135520            <li>
135521                <a href="/Centura-Connect/" class="" target="_self">Centura
       Connected</a>
135522
135523            </li>
135524
135525            <li>
135526                <a href="/POH/About-Us/Commitment-to-Safety/" class=""
       target="_self">Commitment to Safety</a>
135527
135528            </li>
135529
135530            <li>
135531                <a href="/POH/About-Us/The-Porter-Legacy/" class=""
       target="_self">The Porter Legacy</a>
135532
135533            </li>
135534
135535            <li>
135536                <a href="/Awards-and-Honors/" class="" target="_self">Awards &amp;
       Honors</a>
135537
135538            </li>
135539
135540            <li>
135541                <a href="/POH/About-Us/Nursing-Excellence/" class=""
       target="_self">Nursing Excellence</a>
135542
135543            <ul class="nav-tier-3">
135544
135545            <li>
135546                <a
       href="/POH/About-Us/Nursing-Excellence/Nursing-at-Porter-Adventist-Hospital/"
       class="" target="_self">Nursing at Porter Adventist Hospital</a>
135547
135548            </li>
135549
135550            <li>
135551                <a href="/POH/About-Us/Nursing-Excellence/NICHE/" class=""
       target="_self">NICHE</a>
135552
135553            </li>
135554
135555            <li>
135556                <a href="/POH/About-Us/Nursing-Excellence/Shared-Governance/"
       class="" target="_self">Shared Governance</a>
135557
135558            </li>
135559
135560            <li>
135561                <a
       href="/POH/About-Us/Nursing-Excellence/Student-Placement-Resources/" class=""
       target="_self">Student Placement Resources</a>
135562
135563            </li>
135564
```

```
135565                <li>
135566                    <a href="/POH/About-Us/Nursing-Excellence/Magnet-Recognition/"
…     class="" target="_self">Magnet™ Recognition</a>
135567
135568                </li>
135569
135570                <li>
135571                    <a href="/POH/Home/Careers/" class="" target="_self">Career
…     Opportunities</a>
135572
135573                </li>
135574
135575            </ul>
135576
135577        </li>
135578
135579        <li>
135580            <a href="/POH/About-Us/Fact-Sheet/" class="" target="_self">Fact
…     Sheet</a>
135581
135582        </li>
135583
135584        <li>
135585            <a href="/POH/About-Us/Our-Leaders/" class="" target="_self">Our
…     Leaders</a>
135586
135587        <ul class="nav-tier-3">
135588
135589            <li>
135590                <a href="/POH/About-Us/Leadership/Morre-L--Dean,-FACHE/" class=""
…     target="_self">Morre L. Dean, FACHE</a>
135591
135592            </li>
135593
135594            <li>
135595                <a href="/POH/About-Us/Leadership/Dave-Dookeeram/" class=""
…     target="_self">Dave Dookeeram, MPH, FACHE</a>
135596
135597            </li>
135598
135599            <li>
135600                <a href="/POH/About-Us/Leadership/Andrew-Gaasch/" class=""
…     target="_self">Andrew Gaasch, CPA</a>
135601
135602            </li>
135603
135604            <li>
135605                <a href="/POH/About-Us/Leadership/Thomas-Drake/" class=""
…     target="_self">Thomas Drake, MD</a>
135606
135607            </li>
135608
135609            <li>
135610                <a href="/POH/About-Us/Leadership/Sharon-Pappas/" class=""
…     target="_self">Sharon H. Pappas, RN, PhD, NEA-BC</a>
135611
135612            </li>
135613
135614        </ul>
135615
135616        </li>
135617
135618        <li>
135619            <a href="/POH/About-Us/Our-Sponsor/" class="" target="_self">Our
…     Sponsor</a>
135620
135621        </li>
135622
```

```
135623              <li>
135624                  <a href="/Roadmap-to-the-Future-of-Health-Care-POH/" class=""
…   target="_self">Roadmap to the Future of Health Care</a>
135625
135626              </li>
135627
135628              <li>
135629                  <a href="/POH/About-Us/Mission,-Vision---Ministry/" class=""
…   target="_self">Mission, Vision &amp; Ministry</a>
135630
135631              </li>
135632
135633              <li>
135634                  <a href="/poh/about-us/porter-hospital-foundation/" class=""
…   target="_self">Porter Hospital Foundation</a>
135635
135636              <ul class="nav-tier-3">
135637
135638              <li>
135639                  <a href="/POH/About-Us/Foundation/Make-a-Donation/" class=""
…   target="_self">Make a Donation</a>
135640
135641              </li>
135642
135643              <li>
135644                  <a href="/POH/About-Us/Foundation/Programs-We-Support/" class=""
…   target="_self">Programs We Support</a>
135645
135646              </li>
135647
135648              <li>
135649                  <a href="/POH/About-Us/Foundation/Associate-Campaign/" class=""
…   target="_self">Associate Campaign</a>
135650
135651              </li>
135652
135653              <li>
135654                  <a href="/POH/About-Us/Foundation/Foundation-Events/" class=""
…   target="_self">Foundation Events</a>
135655
135656              </li>
135657
135658              <li>
135659                  <a href="/POH/About-Us/Foundation/Foundation-Board/" class=""
…   target="_self">Foundation Board</a>
135660
135661              </li>
135662
135663              <li>
135664                  <a href="/POH/About-Us/Foundation/Foundation-Staff/" class=""
…   target="_self">Foundation Staff</a>
135665
135666              </li>
135667
135668              <li>
135669                  <a href="/POH/About-Us/Foundation/Contact-Foundation/" class=""
…   target="_self">Contact Us &amp; Get Involved</a>
135670
135671              </li>
135672
135673              </ul>
135674
135675              </li>
135676
135677              <li>
135678                  <a href="/POH/About-Us/Healing-Arts/" class="" target="_self">Healing
…   Arts</a>
135679
```

Page 4294

```
135680                          </li>
135681
135682                  <li>
135683                      <a href="/Contact-Us-POH/" class="" target="_self">Contact Us</a>
135684
135685                  </li>
135686
135687              </ul>
135688
135689          </li>
135690
135691          <li>
135692              <a href="/POH/Home/Community/" class="" target="_self">Community</a>
135693
135694          <ul class="nav-tier-2">
135695
135696          <li>
135697              <a
       href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=106&amp;aid=CENTURA
       &amp;cat1=284" class="" target="_blank">Community Classes &amp; Events</a>
135698
135699          </li>
135700
135701          <li>
135702              <a
       href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
       PAH_Event_Email_Sign_Up" class="" target="_blank">Event Email Sign Up</a>
135703
135704          </li>
135705
135706          <li>
135707              <a
       href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=106&amp;aid=CENTURA
       &amp;cat1=362" class="" target="_blank">Internal Events</a>
135708
135709          </li>
135710
135711          <li>
135712              <a
       href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
       PAH_Community_Sponsorship_Request" class="" target="_blank">Community Sponsorship
       Request</a>
135713
135714          </li>
135715
135716          <li>
135717              <a href="/Giving-Back/" class="" target="_self">Giving Back</a>
135718
135719          </li>
135720
135721          <li>
135722              <a href="/POH/Community/Community-Benefit/" class=""
       target="_self">Community Benefit</a>
135723
135724          </li>
135725
135726          <li>
135727              <a href="/Social-Media/" class="" target="_self">Social Media</a>
135728
135729          </li>
135730
135731          <li>
135732              <a href="/POH/Community/CREATION-Health/" class=""
       target="_self">CREATION Health</a>
135733
135734          <ul class="nav-tier-3">
135735
135736          <li>
```

```
135737              <a
    …   href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
    …   PAH_CREATION_Health_Updates" class="" target="_self">CREATION Health Updates</a>
135738
135739                  </li>
135740
135741                  </ul>
135742
135743                  </li>
135744
135745                  <li>
135746                      <a href="/POH/Community/Volunteer-Programs/" class=""
    …   target="_self">Volunteer Programs</a>
135747
135748                  <ul class="nav-tier-3">
135749
135750                  <li>
135751                      <a href="/POH/Community/Volunteer-Programs/Become-a-Volunteer/"
    …   class="" target="_self">Become a Volunteer</a>
135752
135753                  </li>
135754
135755                  <li>
135756                      <a
    …   href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
    …   PAH_Volunteer_Interest_Form" class="" target="_blank">Volunteer Interest Form</a>
135757
135758                  </li>
135759
135760                  </ul>
135761
135762                  </li>
135763
135764                  <li>
135765                      <a href="/POH/Community/Porter-Athletic-Club/" class=""
    …   target="_self">Porter Athletic Club</a>
135766
135767                  </li>
135768
135769                  </ul>
135770
135771                  </li>
135772
135773                  <li>
135774                      <a href="/Health-and-Wellness/" class="" target="_self">Health &amp;
    …   Wellness</a>
135775
135776                  <ul class="nav-tier-2">
135777
135778                  <li>
135779                      <a href="/Health-Library/" class="" target="_self">Health Library</a>
135780
135781                  <ul class="nav-tier-3">
135782
135783                  <li>
135784                      <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
    …   Information</a>
135785
135786                  </li>
135787
135788                  </ul>
135789
135790                  </li>
135791
135792                  <li>
135793                      <a href="/CafeWell-/" class="" target="_self">CaféWell</a>
135794
135795                  </li>
```

```
                    <li>
                        <a href="/iTriage-App/" class="" target="_self">iTriage App</a>

                    </li>

                    <li>
                        <a href="/Healthy-Habits/" class="" target="_self">Healthy Habits</a>

                    <ul class="nav-tier-3">

                    <li>
                        <a href="/Nutrition-/" class="" target="_self">Nutrition</a>

                    </li>

                    <li>
                        <a href="/Exercise-/" class="" target="_self">Exercise</a>

                    </li>

                    </ul>

                    </li>

                    <li>
                        <a href="/Ebola-Virus/" class="" target="_self">Ebola Virus
Information</a>

                    </li>

                    <li>
                        <a href="/Seasonal-Information/" class="" target="_self">Seasonal
Information</a>

                    </li>

                    </ul>

                    </li>

                    <li>
                        <a href="/POH/Home/Porter-News/" class="" target="_self">News</a>

                    <ul class="nav-tier-2">

                    <li>
                        <a href="/POH/News/For-the-Media/" class="" target="_self">For the
Media</a>

                    </li>

                    <li>
                        <a href="/POH/News/Vibrant/" class="" target="_self">Vibrant</a>

                    </li>

                    </ul>

                    </li>

                    </ul>

</nav>
<script type="text/javascript">
        $(".nav-tier-2").last().addClass("last-tier");
</script>
                    </div>
```

```
135861                   </div>
135862               </div>
135863               <div id="nav-slide-out">
135864                   <div class="slide-out-left"></div>
135865                   <div class="slide-out-middle"></div>
135866                   <div class="slide-out-right"></div>
135867               </div>
135868               <span id="ctl00_UxHeader_UxMicrositeMenu_uxAccessPoint"><script
        id="EktronScriptBlockec07c76f4a3b40d2b0e9c751c2fefc72" type="text/javascript">
135869
135870   $ektron.extend(true, Ektron,
        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
135871
135872
135873   </script></span>
135874   <div id="locations-slide-out">
135875       <div class="nav-col">
135876           <ul>
135877
135878                   <li><span class="glyphicon glyphicon-home"></span>
135879                       <a href=http://www.centura.org/home/>Centura Health</a>
135880                   </li>
135881
135882                   <li>
135883                       <a href=http://www.avistahospital.org/avh/home/>Avista
        Adventist Hospital</a>
135884                   </li>
135885
135886                   <li>
135887                       <a href=http://www.bobwilsonhospital.org>Bob Wilson Memorial
        Grant County Hospital</a>
135888                   </li>
135889
135890                   <li>
135891                       <a href=http://www.castlerockhospital.org>Castle Rock
        Adventist Hospital</a>
135892                   </li>
135893
135894                   <li>
135895                       <a href=http://www.mylittletonhospital.org>Littleton
        Adventist Hospital</a>
135896                   </li>
135897
135898                   <li>
135899                       <a href=http://www.luhcares.org/>Longmont United Hospital</a>
135900                   </li>
135901
135902                   <li>
135903                       <a href=http://www.mercydurango.org>Mercy Regional Medical
        Center</a>
135904                   </li>
135905
135906                   <li>
135907                       <a href=http://www.orthocolorado.org>OrthoColorado
        Hospital</a>
135908                   </li>
135909
135910                   <li>
135911                       <a href=http://www.parkerhospital.org>Parker Adventist
        Hospital</a>
135912                   </li>
135913
135914           </ul>
135915       </div>
135916       <div class="nav-col">
```

```
135917                   <ul>
135918
135919                   <li>
135920                       <a href=http://www.penrosestfrancis.org>Penrose-St. Francis
...    Health Services</a>
135921                   </li>
135922
135923                   <li>
135924                       <a href=http://www.porterhospital.org>Porter Adventist
...    Hospital</a>
135925                   </li>
135926
135927                   <li>
135928                       <a href=http://www.stanthonyhosp.org>St. Anthony Hospital</a>
135929                   </li>
135930
135931                   <li>
135932                       <a href=http://www.stanthonynorthhealthcampus.org>St. Anthony
...    North Health Campus</a>
135933                   </li>
135934
135935                   <li>
135936                       <a href=http://www.summitmedicalcenter.org>St. Anthony Summit
...    Medical Center</a>
135937                   </li>
135938
135939                   <li>
135940                       <a href=http://www.stmarycorwin.org>St. Mary-Corwin Medical
...    Center</a>
135941                   </li>
135942
135943                   <li>
135944                       <a href=http://www.stcatherinehosp.org>St. Catherine
...    Hospital</a>
135945                   </li>
135946
135947                   <li>
135948                       <a href=http://www.stmhospital.org/stm/home/>St. Thomas More
...    Hospital</a>
135949                   </li>
135950
135951               </ul>
135952           </div>
135953           <div id="ctl00_UxHeader_UxMicrositeMenu_UxLocationPanel" class="nav-col
...    hospital-image">
135954
135955           <img alt="Centura Health Find a Location"
...    src="/uploadedImages/Configuration/banner_TravelMap.jpg" />
135956           <br />
135957           <p>Centura Health has more experts in more places throughout the region.
...    Start your health journey by finding the right one for you.</p>
135958               <button id="Uxbutton" onclick="javascript:showFAL()" type="button" class="btn
...    btn-blue" data-action="click" data-category="Featured Content" data-label="Microsite
...    Menu Dropdown">search locations</button>
135959
135960 </div>
135961       <div class="clearfix"></div>
135962 </div>
135963
135964       </div>
135965 </header>
135966
135967
135968
135969
135970 <div id="theMobileNav" role="navigation" class="hidden-print">
135971       <div class="navbar navbar-default navbar-fixed-top" role="navigation">
135972           <div class="container">
```

```
135973                    <div class="navbar-header">
135974                        <button type="button" class="navbar-toggle pull-left
       mobile-hamburger" data-toggle="collapse" data-target=".navbar-collapse">
135975                            <span class="sr-only">Toggle navigation</span>
135976                            <span class="icon-bar"></span>
135977                            <span class="icon-bar"></span>
135978                            <span class="icon-bar"></span>
135979                        </button>
135980                        <a class="navbar-brand" href="/">
135981                            <img id="ctl00_UxPrimaryNavMobile_UxLogo"
       src="/uploadedImages/porterhospital/Content/POH/Configuration/Porter-Adv-Hosp-Web.png
       " />
135982                        </a>
135983                    </div>
135984                    <div class="navbar-collapse collapse">

135986                            <ul class="nav navbar-nav navbar-right" id="mobile-nav">

135988                            <li class="dropdown">
135989                                <a href="/Specialties-POH/"
135990                                class="dropdown-toggle"
135991                                data-toggle="dropdown">
135992                                 Specialties
135993                                 <b class="caret"></b>
135994                            </a>

135996                                <ul class="dropdown-menu">

135998                                    <li><a
       href="/POH/Specialties/Behavioral-Health/">Behavioral Health</a></li>

136000                                    <li><a
       href="/POH/Specialties/The-Breast-Care-Center-at-Porter/">The Breast Care Center at
       Porter</a></li>

136002                                    <li><a
       href="/POH/Specialties/Cancer-Care-Center/">Cancer Care Center (Oncology)</a></li>

136004                                    <li><a href="/PorterER/">Emergency Care</a></li>

136006                                    <li><a
       href="/POH/Specialties/Heart-and-Vascular/">Heart and Vascular</a></li>

136008                                    <li><a
       href="/POH/Specialties/Hospice-and-Palliative-Care/">Hospice and Palliative
       Care</a></li>

136010                                    <li><a
       href="/POH/Specialties/Genetic-Counseling/">Genetic Counseling</a></li>

136012                                    <li><a
       href="/POH/Specialties/GI-Endoscopy/">GI-Endoscopy</a></li>

136014                                    <li><a
       href="/POH/Specialties/Outpatient-Services/">Outpatient Services</a></li>

136016                                    <li><a
       href="/POH/Specialties/Orthopedics/">Orthopedics</a></li>

136018                                    <li><a
       href="/POH/Specialties/Porter-Place-Retirement-Community/">Porter Place</a></li>

136020                                    <li><a
       href="/POH/Specialties/Outpatient-Services/Porter-Primary-Care-Clinics/">Porter
       Primary Care Clinics</a></li>

136022                                    <li><a
       href="/POH/Specialties/Radiology/">Radiology and Imaging</a></li>
```

```
136023
136024                                              <li><a
…     href="/POH/Specialties/Robotic-Surgery/">Robotic Surgery</a></li>
136025
136026                                      <li><a href="/Spine-Institute/">Spine
…     Institute</a></li>
136027
136028                                              <li><a
…     href="/POH/Specialties/Stroke-Program/">Stroke Program</a></li>
136029
136030                                              <li><a
…     href="/POH/Specialties/Transplant/">Transplant</a></li>
136031
136032                                              </ul>
136033
136034                                      </li>
136035
136036                                  <li class="dropdown">
136037                                      <a href="/POH/Home/For-Patients-and-Families/"
136038                                          class="dropdown-toggle"
136039                                          data-toggle="dropdown">
136040                                          For Patients &amp; Families
136041                                          <b class="caret"></b>
136042                                      </a>
136043
136044                                      <ul class="dropdown-menu">
136045
136046                                          <li><a href="/#PreRegModal">Patient
…     Pre-Registration</a></li>
136047
136048                                              <li><a
…     href="/POH/Home/Patient-and-Visitor-Information/">Patient &amp; Visitor
…     Information</a></li>
136049
136050                                              <li><a
…     href="/POH/Patient-Guide/Spiritual-Care/">Spiritual Care</a></li>
136051
136052                                      <li><a href="/CHH/Home/">End of Life /
…     Hospice</a></li>
136053
136054                                              <li><a
…     href="/Billing-and-Financial-Services/">Billing &amp; Financial Services</a></li>
136055
136056                                              <li><a
…     href="/For-Patients-and-Families/Pricing/">Pricing</a></li>
136057
136058                                              <li><a
…     href="/Quality-Service-and-Safety/">Quality, Service &amp; Safety</a></li>
136059
136060                                          <li><a href="/Advance-Directives/">Advance
…     Directives</a></li>
136061
136062                                      <li><a href="/Centura-Health-LINKS/">Centura
…     Health LINKS</a></li>
136063
136064                                              <li><a
…     href="/Patient-Bill-of-Rights-and-Responsibilities/">Patient Bill of Rights &amp;
…     Responsibilities</a></li>
136065
136066                                              <li><a
…     href="/MyCenturaHealth/">MyCenturaHealth</a></li>
136067
136068                                              <li><a
…     href="/Connect-for-Health-Colorado/">Connect For Health Colorado</a></li>
136069
136070                                              </ul>
136071
136072                                      </li>
```

```
136073                                <li class="dropdown">
136074                                    <a href="/POH/Home/About-Us/"
136075                                       class="dropdown-toggle"
136076                                       data-toggle="dropdown">
136077                                       About Us
136078                                       <b class="caret"></b>
136079                                    </a>
136080
136081                                        <ul class="dropdown-menu">
136082
136083                                        <li><a href="/Centura-Connect/">Centura
136084  Connected</a></li>
136085
136086                                        <li><a
136087  href="/POH/About-Us/Commitment-to-Safety/">Commitment to Safety</a></li>
136088                                        <li><a
136089  href="/POH/About-Us/The-Porter-Legacy/">The Porter Legacy</a></li>
136090                                        <li><a href="/Awards-and-Honors/">Awards &amp;
136091  Honors</a></li>
136092                                        <li><a
136093  href="/POH/About-Us/Nursing-Excellence/">Nursing Excellence</a></li>
136094                                        <li><a href="/POH/About-Us/Fact-Sheet/">Fact
136095  Sheet</a></li>
136096                                        <li><a href="/POH/About-Us/Our-Leaders/">Our
136097  Leaders</a></li>
136098                                        <li><a href="/POH/About-Us/Our-Sponsor/">Our
136099  Sponsor</a></li>
136100                                        <li><a
136101  href="/Roadmap-to-the-Future-of-Health-Care-POH/">Roadmap to the Future of Health
        Care</a></li>
136102                                        <li><a
        href="/POH/About-Us/Mission,-Vision---Ministry/">Mission, Vision &amp;
        Ministry</a></li>
136103
136104                                        <li><a
136105  href="/poh/about-us/porter-hospital-foundation/">Porter Hospital Foundation</a></li>
136106                                        <li><a href="/POH/About-Us/Healing-Arts/">Healing
        Arts</a></li>
136107
136108                                        <li><a href="/Contact-Us-POH/">Contact
        Us</a></li>
136109
136110                                        </ul>
136111
136112                                </li>
136113
136114                                <li class="dropdown">
136115                                    <a href="/POH/Home/Community/"
136116                                       class="dropdown-toggle"
136117                                       data-toggle="dropdown">
136118                                       Community
136119                                       <b class="caret"></b>
136120                                    </a>
136121
136122                                        <ul class="dropdown-menu">
136123
136124                                        <li><a
        href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=106&amp;aid=CENTURA
```

```
136124…         &amp;cat1=284">Community Classes &amp; Events</a></li>
136125
136126                                          <li><a
   …     href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
   …     PAH_Event_Email_Sign_Up">Event Email Sign Up</a></li>
136127
136128                                          <li><a
   …     href="https://reg.abcsignup.com/view/view_month.aspx?as=28&amp;wp=106&amp;aid=CENTURA
   …     &amp;cat1=362">Internal Events</a></li>
136129
136130                                          <li><a
   …     href="https://centura.secureformsubmit.net/FillOutForm.aspx?formname=
   …     PAH_Community_Sponsorship_Request">Community Sponsorship Request</a></li>
136131
136132                                          <li><a href="/Giving-Back/">Giving Back</a></li>
136133
136134                                          <li><a
   …     href="/POH/Community/Community-Benefit/">Community Benefit</a></li>
136135
136136                                          <li><a href="/Social-Media/">Social
   …     Media</a></li>
136137
136138                                          <li><a
   …     href="/POH/Community/CREATION-Health/">CREATION Health</a></li>
136139
136140                                          <li><a
   …     href="/POH/Community/Volunteer-Programs/">Volunteer Programs</a></li>
136141
136142                                          <li><a
   …     href="/POH/Community/Porter-Athletic-Club/">Porter Athletic Club</a></li>
136143
136144                                          </ul>
136145
136146                                  </li>
136147
136148                                  <li class="dropdown">
136149                                          <a href="/Health-and-Wellness/"
136150                                              class="dropdown-toggle"
136151                                              data-toggle="dropdown">
136152                                              Health &amp; Wellness
136153                                              <b class="caret"></b>
136154                                          </a>
136155
136156                                          <ul class="dropdown-menu">
136157
136158                                          <li><a href="/Health-Library/">Health
   …     Library</a></li>
136159
136160                                          <li><a href="/CafeWell-/">CaféWell</a></li>
136161
136162                                          <li><a href="/iTriage-App/">iTriage App</a></li>
136163
136164                                          <li><a href="/Healthy-Habits/">Healthy
   …     Habits</a></li>
136165
136166                                          <li><a href="/Ebola-Virus/">Ebola Virus
   …     Information</a></li>
136167
136168                                          <li><a href="/Seasonal-Information/">Seasonal
   …     Information</a></li>
136169
136170                                          </ul>
136171
136172                                  </li>
136173
136174                                  <li class="dropdown">
136175                                          <a href="/POH/Home/Porter-News/"
136176                                              class="dropdown-toggle"
```

```
136177                                    data-toggle="dropdown">
136178                                    News
136179                                    <b class="caret"></b>
136180                                </a>
136181
136182                            <ul class="dropdown-menu">
136183
136184                            <li><a href="/POH/News/For-the-Media/">For the
…      Media</a></li>
136185
136186                            <li><a href="/POH/News/Vibrant/">Vibrant</a></li>
136187
136188                            </ul>
136189
136190                        </li>
136191
136192                        </ul>
136193
136194                </div>
136195                <!--/.nav-collapse -->
136196            </div>
136197        </div>
136198        <div class="mobile-search">
136199            <div class="input-group input-group-sm">
136200                <input id="mobile-search-text" type="text" class="form-control"
…      placeholder="Enter your search terms here" />
136201                <div class="input-group-btn">
136202                    <button type="button" class="btn btn-default dropdown-toggle"
…      data-toggle="dropdown" tabindex="-1" onclick="NavMouseOutNow();">
136203                        <input type="hidden" id="mobileSearchFolderId" value="1797" />
136204                        <span class="mobile-search-tip">current site</span><span
…      class="caret"></span>
136205                        <span class="sr-only">Toggle Dropdown</span>
136206                    </button>
136207                    <ul class="dropdown-menu pull-right mobile-search-filter"
…      role="menu">
136208                        <li><a href="0" data-folderid="1797" class="active">current
…      site</a></li>
136209                        <li><a href="0" data-folderid="">all sites</a></li>
136210                    </ul>
136211                    <button id="mobile-search-button" type="button" class="btn
…      btn-default" tabindex="-1"><span class="glyphicon glyphicon-search"></span></button>
136212                </div>
136213            </div>
136214        </div>
136215 </div>
136216
136217 <script>
136218     $(document).ready(function () {
136219         // Add an item for the root node link to each sub-menu
136220         $("#mobile-nav .dropdown-toggle").each(function () {
136221             var dropdownHeader = $(this);
136222             var dropdownMenu = dropdownHeader.next();
136223
136224             var newTitle = dropdownHeader.text() + " Home";
136225             var newLink = dropdownHeader.attr("href");
136226
136227             var newTopItem = $(document.createElement("li"));
136228             var newTopLink = $(document.createElement("a")).attr("href",
…      newLink).text(newTitle);
136229
136230             newTopItem.append(newTopLink);
136231
136232             dropdownMenu.prepend(newTopItem);
136233         });
136234
136235         // Prevent sub-menu items from triggering collapse when clicked
136236         $("#mobile-nav .dropdown-menu a").click(function (clickEvent) {
```

```
136237                clickEvent.stopPropagation();
136238            });
136239
136240            $('#mobile-nav').append('<li class="your-navs"><a
       href="/Components/Templates/ProviderSearch.aspx">Find a Doctor</a></li>');
136241            $('#mobile-nav').append('<li class="your-navs"><a
       href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>');
136242            $('#mobile-nav').append('<li class="your-navs"><a href="/MyCenturaHealth/"
       target="_blank">MyCenturaHealth</a></li>');
136243        });
136244  </script>
136245
136246        <div class="contentPush"></div>
136247        <div id="content" class="container-fluid snap-content">
136248
136249            <!--Header-->
136250
136251            <div>
136252
136253        <script type="text/javascript">
136254  //<![CDATA[
136255  Sys.WebForms.PageRequestManager._initialize('ctl00$ContentPlaceHolder1$UxPageHost$
       ctl03', 'aspnetForm',
       ['tctl00$ContentPlaceHolder1$DropZone1$uxUpdatePanel','','tctl00$ContentPlaceHolder1$
       DropZone2$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxUpdatePanel','','
       tctl00$ContentPlaceHolder1$DropZone1$uxColumnDisplay$ctl00$uxControlColumn$ctl00$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl01$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl01$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl01$uxControlColumn$ctl03$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl01$uxControlColumn$ctl04$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl00$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone2$uxColumnDisplay$
       ctl02$uxControlColumn$ctl01$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone2$uxColumnDisplay$ctl02$uxControlColumn$ctl02$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
       ctl00$uxControlColumn$ctl00$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl01$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
       ctl00$uxControlColumn$ctl02$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl03$
       uxWidgetHost$uxUpdatePanel','','tctl00$ContentPlaceHolder1$DropZone3$uxColumnDisplay$
       ctl00$uxControlColumn$ctl04$uxWidgetHost$uxUpdatePanel','','tctl00$
       ContentPlaceHolder1$DropZone3$uxColumnDisplay$ctl00$uxControlColumn$ctl05$
       uxWidgetHost$uxUpdatePanel',''], [], [], 90, 'ctl00');
136256  //]]>
136257  </script>
136258
136259
136260      <script type="text/javascript">
136261          Ektron.PBSettings = { 'dontClose': false }
136262      </script>
136263
136264
136265
136266
136267          <div class="ektron-ux-UITheme ux-app-siteApppageBuilder-setSizeTemplate">
136268
136269          </div>
136270          <script id="EktronScriptBlock5639af3cf20742998051bb95ff6ee79a"
       type="text/javascript">
136271
```

Page 4305

```
136272    Ektron.ready(function(event, eventName){
136273
136274                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
…    .ui-dialog-buttonpane a").button();
136275                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate
…    .framework").accordion({
136276                        heightStyle: "content",
136277                        activate: function(event, ui){
136278                            $ektron(ui).closest(".ui-accordion").accordion("refresh");
136279                        }
136280                });
136281                $ektron(".ux-app-siteApppageBuilder-setSizeTemplate").draggable({
…    handle: "div.ui-dialog-titlebar ", containment: $ektron("body") });
136282
136283    });
136284
136285
136286    </script>
136287
136288
136289
136290        <div id="location-landing-header">
136291            <div class="container">
136292
136293            <div id="ctl00_ContentPlaceHolder1_DropZone1_uxUpdatePanel" class="">
136294
136295                <div id="ctl00_ContentPlaceHolder1_DropZone1_uxDropZone"
…    data-ux-pagebuilder="DropZone">
136296
136297                        <div data-ux-pagebuilder="Column">
136298
136299                            <ul>
136300
136301                                <li>
136302
136303        <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…    getHost_uxUpdatePanel">
136304
136305                    <div data-ux-pagebuilder="Widget">
136306
136307                        <div class="widgetBody">
136308                            <span
…    id="
…    ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…    getHost_uxWidgetHost_widget_UxLandingPageBanner_UxAccessPoint"><script
…    id="EktronScriptBlock6210cc2fa2b14106a4914ee7d7370d38" type="text/javascript">
136309
136310        $ektron.extend(true, Ektron,
…    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136311
136312
136313        </script></span>
136314    <div class="container">
136315        <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
…    getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselPanel">
136316
136317    <div id="landing-carousel" class="col-md-9 no-padding">
136318        <div id="location-landing-full" class="carousel slide" data-ride="carousel"
…    data-wrap="true">
136319            <div class="carousel-inner">
136320
```

```
136321
136322
136323
136324
136325                        <div
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
      l00_UxSliderNoLink" class="item active">
136326                        <img
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
      l00_Image1" class="full"
      src="/uploadedImages/porterhospital/Content/POH/Home/Carousels/PAH_855x417_Rev1.jpg"
      alt="BannerPorterRevsion1" />
136327                        <div
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxImageCarousel_UxCarouselRepeater_ct
      l00_Div2" class="carousel-caption">
136328                        <p>US News & World Report voted #2 Best Hospital in
      Denver</p>
136329                        </div>
136330                    </div>
136331
136332                </div>
136333
136334
136335            </div>
136336        </div>
136337
136338            </div>
136339        <div id="landing-column" class="col-md-3 no-padding">
136340
136341            <div
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxWaitTime" class="yellow-block">
136342            <span class="er">ER:</span>
136343            <span class="min">8<sup>min</sup></span>
136344            <button
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxViewAllButton" type="button"
      class="btn btn-orange btn-wait" title="view all"
      onclick="document.location.href=&#39;/POH/Specialties/Emergency-Care/Emergency-Care-
      Wait-Times/&#39;;">view all</button>
136345            <a
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxTellUsYoureComingLink" title="Tell
      Us You&#39;re Coming"
      href="https://www.itriagehealth.com/facility/porter-adventist-hospital-3512"
      target="_blank">Tell Us You're Coming</a>
136346            </div>
136347
136348            <div
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_mapDiv" class="gmap">
136349            <div class="mask"></div>
136350            <iframe
      src="https://maps.google.com/maps?ll=39.6700530,-104.9748989&amp;z=10&amp;output=
      embed"
      id="
      ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      getHost_uxWidgetHost_widget_UxLandingPageBanner_UxGoogleMapIframe" height="350"
```

```
136350…    width="425"></iframe>
136351                  <a href="/Components/Templates/Directions.aspx?endaddress=2525 South
      …  Downing Street, Denver  CO 80210"
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone1_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxWidgetHost_widget_UxLandingPageBanner_UxDirectionsLink"
      …  data-lightboxgroup="Directions" data-label="Get Directions - Landing Widget"
      …  data-title="Directions" class="ilightbox btn btn-gmap"
      …  data-options="width:&#39;1000&#39;, height:800" data-category="ER Wait Times"
      …  data-action="click" role="button">directions</a>
136352            </div>
136353
136354          <div class="linx">
136355
136356                  <ul>
136357
136358                  <li><a href="/POH/Home/Contact-Us/" target="_self" title="Call
      …  303-778-1955">Call 303-778-1955</a></li>
136359
136360                  <li><a href="#PreRegModal" target="_self" title="Patient
      …  Pre-Registration">Patient Pre-Registration</a></li>
136361
136362                  <li><a href="/POH/Home/For-Patients---Families/" target="_self"
      …  title="For Patients &amp; Families">For Patients &amp; Families</a></li>
136363
136364                  </ul>
136365
136366          </div>
136367      </div>
136368  </div>
136369
136370                  </div>
136371                </div>
136372
136373
136374      </div>
136375
136376                                            </li>
136377
136378                                        </ul>
136379                                    </div>
136380
136381                  </div>
136382
136383  </div>
136384
136385          </div>
136386      </div>
136387      <div class="container">
136388          <div class="col-md-9">
136389
136390          <div id="ctl00_ContentPlaceHolder1_DropZone2_uxUpdatePanel"
      …  class="container">
136391
136392                  <div id="ctl00_ContentPlaceHolder1_DropZone2_uxDropZone"
      …  data-ux-pagebuilder="DropZone" class=" row">
136393
136394                                <div data-ux-pagebuilder="Column">
136395
136396                                    <ul>
136397
136398                                        <li>
136399
136400          <div
      …  id="
      …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
      …  getHost_uxUpdatePanel">
136401
```

```
136402                    <div data-ux-pagebuilder="Widget">
136403
136404                        <div class="widgetBody">
136405
136406 <div>
136407     <h1 class="global-h1">Welcome to Porter Adventist Hospital</h1>
136408 </div>
136409
136410                    </div>
136411                </div>
136412
136413     </div>
136414
136415                                        </li>
136416
136417                                        <li>
136418
136419         <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxUpdatePanel">
136420
136421                    <div data-ux-pagebuilder="Widget">
136422
136423                        <div class="widgetBody">
136424
136425         <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_CB">
136426             <p>Founded in 1930, Porter Adventist Hospital has provided people
    …  throughout Denver and surrounding communities with compassionate, personalized health
    …  care. Today, Porter Adventist Hospital is a full service, acute-care referral center
    …  specializing in
136427 <a
    …  href="http://www.porterhospital.org/poh/specialties/orthopedics/porter-center-for-
    …  joint-replacement/" title="joint replacement">joint replacement</a>,
136428 <a href="/POH/Specialties/Spine-Institute/"></a><a
    …  href="/POH/Specialties/Spine-Institute/" title="Spine Institute">spine surgery</a>,
136429 <a href="http://www.porterhospital.org/poh/specialties/transplant/">organ
    …  transplant</a>,
136430 <a href="http://www.porterhospital.org/behavioralhealth">behavioral health</a>,
136431 <a href="http://www.porterhospital.org/cancer">cancer care</a> and
136432 <a href="http://www.porterhospital.org/heart">innovative cardiac treatments</a>.
    …  Porter Adventist Hospital is sponsored by the
136433 <a href="/body.cfm?id=49">Adventist Health System</a> and is a member of the
136434 <a href="/Home/"></a><a href="/Home/" title="Home">Centura Health</a> network,
    …  Colorado and western Kansas' health care leader with an integrated network of 15
    …  hospitals, six senior living communities, medical clinics, affiliated partner
    …  hospitals, Flight For Life<sup>®</sup> Colorado and home care and hospice
    …  services.</p>
136435             </div>
136436
136437         <span
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
    …  getHost_uxWidgetHost_widget_errorLb"></span>
136438
136439                    </div>
136440                </div>
136441
136442     </div>
136443
136444                                        </li>
136445
136446                            </ul>
136447                        </div>
136448
```

```
136449                    <div data-ux-pagebuilder="Column" class="col-md-6'>
136450
136451                        <ul>
136452
136453                            <li>
136454
136455          <div
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
    …  getHost_uxUpdatePanel">
136456
136457                      <div data-ux-pagebuilder="Widget">
136458
136459                         <div class="widgetBody">
136460                            <span
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
    …  getHost_uxWidgetHost_widget_UxLatestNewslist_uxAccessPoint"><script
    …  id="EktronScriptBlock0924e444f6f147138f32ae9d26f3e03a" type="text/javascript">
136461
136462          $ektron.extend(true, Ektron,
    …  {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …  FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …  Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …  IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136463
136464
136465          </script></span>
136466  <div class="blue-news-box">
136467      <div class="news-block">
136468          <h2>Latest News</h2>
136469          <ul class="news-list">
136470
136471              <li>
136472                  <a
    …  href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
    …  Hospital-For-Lake-County/" ><time datetime="8/30/2016 12:00:00 AM">Aug 30,
    …  2016</time></a>
136473                  <a
    …  href="/Centura-Health-Press-Releases/St--Vincent-Hospital,-Centura-Health-Plan-New-
    …  Hospital-For-Lake-County/" >St. Vincent Hospital, Centura Health Plan New Hospital
    …  For Lake County</a>
136474                  </li>
136475
136476              <li>
136477                  <a
    …  href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=17179869225" ><time
    …  datetime="8/8/2016 12:00:00 AM">Aug 8, 2016</time></a>
136478                  <a
    …  href="/Components/Wireframes/pb_rightrail.aspx?pageid=67&id=17179869225" >Porter
    …  Adventist Hospital and Senior Care of Colorado Announce Expanded Geriatric Clinic
    …  </a>
136479                  </li>
136480
136481              <li>
136482                  <a
    …  href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
    …  ER-Visits/" ><time datetime="8/4/2016 12:00:00 AM">Aug 4, 2016</time></a>
136483                  <a
    …  href="/Centura-Health-Press-Releases/Innovative-Colorado-Clinics-Reduce-Unnecessary-
    …  ER-Visits/" >Innovative Colorado Clinics Reduce Unnecessary ER Visits</a>
136484                  </li>
136485
136486          </ul>
136487          <button
    …  id="
    …  ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl00_uxWid
    …  getHost_uxWidgetHost_widget_UxLatestNewslist_UxButton" type="button" class="btn
```

```
136487…   btn-gray"
    …   onclick="document.location.href=&#39;http://www.porterhospital.org/POH/Home/Porter-
    …   News/&#39;;">read more</button>
136488          </div>
136489   </div>
136490
136491
136492                        </div>
136493                    </div>
136494
136495      </div>
136496
136497                                        </li>
136498
136499                                        <li>
136500
136501          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl01_uxWid
    …   getHost_uxUpdatePanel">
136502
136503                    <div data-ux-pagebuilder="Widget">
136504
136505                        <div class="widgetBody">
136506
136507      <hr class="gray" />
136508
136509
136510                        </div>
136511                    </div>
136512
136513      </div>
136514
136515                                        </li>
136516
136517                                        <li>
136518
136519          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl02_uxWid
    …   getHost_uxUpdatePanel">
136520
136521                    <div data-ux-pagebuilder="Widget">
136522
136523                        <div class="widgetBody">
136524
136525      <hr class="gray" />
136526
136527
136528                        </div>
136529                    </div>
136530
136531      </div>
136532
136533                                        </li>
136534
136535                                        <li>
136536
136537          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
    …   getHost_uxUpdatePanel">
136538
136539                    <div data-ux-pagebuilder="Widget">
136540
136541                        <div class="widgetBody">
136542
136543          <div
```

```
136543…    id="
   …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
   …    getHost_uxWidgetHost_widget_CB">
136544              Porter Adventist Hospital is Committed to compliance with the Americans
136545    with Disabilities Act and the Rehabilitation Act. If you require a sign
136546    language interpreter, other interpreter or reasonable accommodation,
136547    please contact the Director of Care Delivery and Patient Experience to
136548    inform Porter of your request.
136549          </div>
136550
136551          <span
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl03_uxWid
   …    getHost_uxWidgetHost_widget_errorLb"></span>
136552
136553                    </div>
136554                  </div>
136555
136556      </div>
136557
136558                                    </li>
136559
136560                                    <li>
136561
136562          <div
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl01_uxControlColumn_ctl04_uxWid
   …    getHost_uxUpdatePanel">
136563
136564                  <div data-ux-pagebuilder="Widget">
136565
136566                    <div class="widgetBody">
136567
136568      <hr class="gray" />
136569
136570
136571                    </div>
136572                  </div>
136573
136574      </div>
136575
136576                                    </li>
136577
136578                            </ul>
136579                        </div>
136580
136581                        <div data-ux-pagebuilder="Column" class='col-md-6'>
136582
136583                        <ul>
136584
136585                                    <li>
136586
136587          <div
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
   …    getHost_uxUpdatePanel">
136588
136589                  <div data-ux-pagebuilder="Widget">
136590
136591                    <div class="widgetBody">
136592                          <span
   …    id="
   …    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
   …    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
   …    id="EktronScriptBlock99e1426a51b5493594d14160068fdc95" type="text/javascript">
136593
136594          $ektron.extend(true, Ektron,
   …    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
```

```
136594    FrameworkUI","UxPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   …      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   …      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136595
136596
136597        </script></span>
136598
136599
136600    <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl00_uxWid
   …      getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
136601
136602        <div class="media col-spacing-medium">
136603            <a class="pull-left " href='/POH/Specialties/Orthopedics/' target='_blank'
   …      data-category="Featured Content" data-action="click" data-label="Award Winning
   …      Orthopedic Care">
136604                <img class="media-object" alt='Award Winning Orthopedic Care 80x88'
   …      src='/uploadedImages/porterhospital/Content/POH/Featured_Item/ortho-mainstage-hiking-
   …      80x88.jpg' title='Award Winning Orthopedic Care 80x88'>
136605            </a>
136606            <div class="media-body">
136607                <h4 class="media-heading"><a class=""
   …      href='/POH/Specialties/Orthopedics/' target='_blank' data-category="Featured Content"
   …      data-action="click" data-label="Award Winning Orthopedic Care">Award Winning
   …      Orthopedic Care</a></h4>
136608                <p>Ranked by U.S. News & World Report within the Nation's top 50
   …      Orthopedic programs, </p>
136609                <button type="button" class="btn btn-gray "
   …      onclick="window.open('/POH/Specialties/Orthopedics/');" data-category="Featured
   …      Content" data-action="click" data-label="Award Winning Orthopedic Care">learn
   …      more</button>
136610            </div>
136611        </div>
136612
136613        </div>
136614
136615
136616                    </div>
136617                </div>
136618
136619        </div>
136620
136621                                </li>
136622
136623                                <li>
136624
136625        <div
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
   …      getHost_uxUpdatePanel">
136626
136627                    <div data-ux-pagebuilder="Widget">
136628
136629                        <div class="widgetBody">
136630                            <span
   …      id="
   …      ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
   …      getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
   …      id="EktronScriptBlock7c61c39fa8fc4fb6b123f54706bb87ac" type="text/javascript">
136631
136632            $ektron.extend(true, Ektron,
   …      {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
   …      FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   …      Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   …      IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136633
136634
```

```
136635              </script></span>
136636
136637
136638  <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl01_uxWid
    …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
136639
136640      <div class="media col-spacing-medium">
136641          <a class="pull-left " href='http://www.porterhospital.org/heart'
    …   target='_self' data-category="Featured Content" data-action="click"
    …   data-label="Cardiac Care">
136642              <img class="media-object" alt='AFIB_Award'
    …   src='/uploadedImages/porterhospital/Content/POH/Featured_Item/AFIB_Logo.jpg'
    …   title='AFIB_Award'>
136643          </a>
136644          <div class="media-body">
136645              <h4 class="media-heading"><a class=""
    …   href='http://www.porterhospital.org/heart' target='_self' data-category="Featured
    …   Content" data-action="click" data-label="Cardiac Care">Cardiac Care</a></h4>
136646              <p>Leading Cardiac Care Porter's Heart and Vascular Institute is now the
    …   first and only hospital in Colorado to receive Atrial Fibrillation Certification from
    …   the Society of Cardiovascular Patient Care. </p>
136647              <button type="button" class="btn btn-gray "
    …   onclick="document.location.href='http://www.porterhospital.org/heart';"
    …   data-category="Featured Content" data-action="click" data-label="Cardiac Care">heart
    …   and vascular institute</button>
136648          </div>
136649      </div>
136650
136651      </div>
136652
136653
136654                  </div>
136655              </div>
136656
136657      </div>
136658
136659                              </li>
136660
136661                              <li>
136662
136663          <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    …   getHost_uxUpdatePanel">
136664
136665                  <div data-ux-pagebuilder="Widget">
136666
136667                      <div class="widgetBody">
136668                          <span
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
    …   getHost_uxWidgetHost_widget_UxAccessPoint"><script
    …   id="EktronScriptBlock522538f23c9d42f281b81ea60876553a" type="text/javascript">
136669
136670          $ektron.extend(true, Ektron,
    …   {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
    …   FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
    …   Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
    …   IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136671
136672
136673          </script></span>
136674
136675
136676  <div
    …   id="
```

```
136676    ctl00_ContentPlaceHolder1_DropZone2_uxColumnDisplay_ctl02_uxControlColumn_ctl02_uxWid
  …       getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageLeftPanel">
136677
136678        <div class="media col-spacing-medium">
136679            <a class="pull-left "
  …       href='https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=106&aid=CENTURA&cat1=
  …       284' target='_blank' data-category="Featured Content" data-action="click"
  …       data-label="Community Classes & Events">
136680                <img class="media-object" alt='3D Mammography'
  …       src='/uploadedImages/southdenverhealth/Content/SDH/Featured_Item/3d-Mammo_color.png'
  …       title='3D Mammography'>
136681            </a>
136682            <div class="media-body">
136683                <h4 class="media-heading"><a class=""
  …       href='https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=106&aid=CENTURA&cat1=
  …       284' target='_blank' data-category="Featured Content" data-action="click"
  …       data-label="Community Classes & Events">Community Classes & Events</a></h4>
136684                <p> Learn more about healthy classes in your neighborhood!
136685    </p>
136686                <button type="button" class="btn btn-gray "
  …       onclick="window.open('https://reg.abcsignup.com/view/view_month.aspx?as=28&wp=106&aid
  …       =CENTURA&cat1=284');" data-category="Featured Content" data-action="click"
  …       data-label="Community Classes & Events">rsvp today!</button>
136687            </div>
136688        </div>
136689
136690        </div>
136691
136692
136693                    </div>
136694                </div>
136695
136696        </div>
136697
136698                                        </li>
136699
136700                            </ul>
136701                        </div>
136702
136703                        <div data-ux-pagebuilder="Column" class="''">
136704
136705                            <ul>
136706
136707                            </ul>
136708                        </div>
136709
136710                </div>
136711
136712    </div>
136713
136714        </div>
136715        <div class="col-md-1"></div>
136716        <div class="col-md-3">
136717
136718
136719        <div id="ctl00_ContentPlaceHolder1_DropZone3_uxUpdatePanel" class="">
136720
136721                <div id="ctl00_ContentPlaceHolder1_DropZone3_uxDropZone"
  …       data-ux-pagebuilder="DropZone">
136722
136723                            <div data-ux-pagebuilder="Column">
136724
136725                            <ul>
136726
136727                                    <li>
136728
136729        <div
  …       id="
```

```
136729…   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
           getHost_uxUpdatePanel">
136730
136731                      <div data-ux-pagebuilder="Widget">
136732
136733                          <div class="widgetBody">
136734
136735
136736          <div
   …       id="
   …       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl00_uxWid
   …       getHost_uxWidgetHost_widget_divBreak" style="height: 10px;"></div>
136737
136738                      </div>
136739                  </div>
136740
136741      </div>
136742
136743                                      </li>
136744
136745                                      <li>
136746
136747          <div
   …       id="
   …       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
   …       getHost_uxUpdatePanel">
136748
136749                      <div data-ux-pagebuilder="Widget">
136750
136751                          <div class="widgetBody">
136752                              <span
   …       id="
   …       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
   …       getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
   …       id="EktronScriptBlock7b577dd8119e4db8ba7eaa33d8b42f24" type="text/javascript">
136753
136754          $ektron.extend(true, Ektron,
   …       {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
   …       FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
   …       Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
   …       IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136755
136756
136757          </script></span>
136758      <div
   …       id="
   …       ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl01_uxWid
   …       getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
136759
136760      <div class="read-more">
136761          <div>
136762              <a href='/CMSlogin.aspx?id=12286' class="thumbnail provider-finder"
   …       target='_self' data-category="Featured Content" data-action="click" data-label="Find
   …       A Doctor">
136763                  <img alt='Find A Doctor'
   …       src='/uploadedImages/porterhospital/Content/POH/Featured_Item/feature_Health.jpg'
   …       title='Find A Doctor' /></a>
136764                  <h3><a class="provider-finder" href='/CMSlogin.aspx?id=12286'
   …       target='_self' data-category="Featured Content" data-action="click" data-label="Find
   …       A Doctor">Find A Doctor</a></h3>
136765                  <p>Get started on your journey to healthier today. Find a doctor or
           office to help you get there.</p>
136766          </div>
136767          <button type="button" class="btn btn-gray provider-finder"
   …       onclick="document.location.href='/CMSlogin.aspx?id=12286';" data-category="Featured
           Content" data-action="click" data-label="Find A Doctor">find a doctor</button>
136768          </div>
136769
```

```
136770                  </div>
136771
136772
136773
136774
136775                      </div>
136776                    </div>
136777
136778        </div>
136779
136780                                      </li>
136781
136782                                      <li>
136783
136784          <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl02_uxWid
…    getHost_uxUpdatePanel">
136785
136786                  <div data-ux-pagebuilder="Widget">
136787
136788                      <div class="widgetBody">
136789
136790        <hr class="gray" />
136791
136792
136793                      </div>
136794                    </div>
136795
136796        </div>
136797
136798                                      </li>
136799
136800                                      <li>
136801
136802          <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
…    getHost_uxUpdatePanel">
136803
136804                  <div data-ux-pagebuilder="Widget">
136805
136806                      <div class="widgetBody">
136807                          <span
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
…    getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…    id="EktronScriptBlock9e537f219d4e43bd9f4da4cd793de241" type="text/javascript">
136808
136809          $ektron.extend(true, Ektron,
…    {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…    FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…    Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…    IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136810
136811
136812          </script></span>
136813    <div
…    id="
…    ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl03_uxWid
…    getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
136814
136815        <div class="read-more">
136816          <div>
136817              <a href='/poh/about-us/porter-hospital-foundation/' class="thumbnail "
…    target='_self' data-category="Featured Content" data-action="click"
…    data-label="Porter Hospital Foundation">
136818                  <img alt='Parker Hospiatl Foundation'
```

```
136818…    src='/uploadedImages/parkerhospital/content/PHH/About_Us/Foundation/foundationhome.
…        jpg' title='Parker Hospiatl Foundation' /></a>
136819            <h3><a class="" href='/poh/about-us/porter-hospital-foundation/'
…        target='_self' data-category="Featured Content" data-action="click"
…        data-label="Porter Hospital Foundation">Porter Hospital Foundation</a></h3>
136820            <p>Together we can help to grow a healthier community.</p>
136821        </div>
136822        <button type="button" class="btn btn-gray "
…        onclick="document.location.href='/poh/about-us/porter-hospital-foundation/';"
…        data-category="Featured Content" data-action="click" data-label="Porter Hospital
…        Foundation">learn about the foundation</button>
136823      </div>
136824
136825        </div>
136826
136827
136828
136829
136830                    </div>
136831                </div>
136832
136833      </div>
136834
136835                                </li>
136836
136837                                <li>
136838
136839        <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl04_uxWid
…        getHost_uxUpdatePanel">
136840
136841                    <div data-ux-pagebuilder="Widget">
136842
136843                        <div class="widgetBody">
136844
136845      <hr class="gray" />
136846
136847
136848                    </div>
136849                </div>
136850
136851      </div>
136852
136853                                </li>
136854
136855                                <li>
136856
136857        <div
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl05_uxWid
…        getHost_uxUpdatePanel">
136858
136859                    <div data-ux-pagebuilder="Widget">
136860
136861                        <div class="widgetBody">
136862                            <span
…        id="
…        ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl05_uxWid
…        getHost_uxWidgetHost_widget_UxFeaturedItem_UxAccessPoint"><script
…        id="EktronScriptBlocke845e06e98e54e95908e3f337e3990d5" type="text/javascript">
136863
136864            $ektron.extend(true, Ektron,
…        {Context:{Cms:{"SitePath":"","WorkareaPath":"/WorkArea","UIPath":"/WorkArea/
…        FrameworkUI","UXPath":"/UX","ServerControlTemplatePath":"/WorkArea/FrameworkUI/
…        Templates","Version":"9.00","Build":"9.0.0.249","IsPresentationServer":false,"
…        IsToolbarEnabledForTemplate":true,"IsDeviceHTML5":true}}});
136865
```

```
136866
136867              </script></span>
136868  <div
    …   id="
    …   ctl00_ContentPlaceHolder1_DropZone3_uxColumnDisplay_ctl00_uxControlColumn_ctl05_uxWid
    …   getHost_uxWidgetHost_widget_UxFeaturedItem_UxImageAbovePanel">
136869
136870      <div class="read-more">
136871          <div>
136872              <a href='/poh/about-us/nursing-excellence/' class="thumbnail "
    …   target='_self' data-category="Featured Content" data-action="click"
    …   data-label="Magnet Hospital">
136873                  <img alt='Magnet Recognition Logo'
    …   src='/uploadedImages/porterhospital/Content/POH/Featured_Item/Magnet-Recognition-Logo
    …   -281x194.gif' title='Magnet Recognition Logo' /></a>
136874              <h3><a class="" href='/poh/about-us/nursing-excellence/' target='_self'
    …   data-category="Featured Content" data-action="click" data-label="Magnet
    …   Hospital">Magnet Hospital</a></h3>
136875              <p>Porter has achieved the elite Magnet designation by the American
    …   Nurses Credentialing Center (ANCC).</p>
136876          </div>
136877          <button type="button" class="btn btn-gray "
    …   onclick="document.location.href='/poh/about-us/nursing-excellence/';"
    …   data-category="Featured Content" data-action="click" data-label="Magnet
    …   Hospital">magnet  designation</button>
136878      </div>
136879
136880          </div>
136881
136882
136883
136884
136885                  </div>
136886              </div>
136887
136888      </div>
136889
136890                                          </li>
136891
136892                          </ul>
136893                      </div>
136894
136895              </div>
136896
136897  </div>
136898
136899          </div>
136900      </div>
136901
136902              <!--<div class="color-bar-bg ektron-footer-replacer"></div>-->
136903          </div>
136904
136905          <!--Footer-->
136906
136907
136908
136909  <div id="footer">
136910
136911      <div class="footer-desktop">
136912          <div class="container">
136913              <div class="row">
136914                  <div class="col-md-12">
136915                      <a class="footer-logo-desktop" href="/">
136916
136917                          <img alt="centura-health"
    …   src="/css/imgs/logo-centura-health.png" />
136918
136919                      </a>
```

```
136920                        </div>
136921                    </div>
136922                    <div class="row">
136923                        <div class="col-md-3">
136924                            <nav class="footer-nav-links">
136925                                <ul>
136926
136927                                    <li>
136928                                        <a href='/POH/About-Us/Awards-and-Honors/'
…   class="" target='_self'>Award Winning Care </a>
136929                                    </li>
136930
136931                                    <li>
136932                                        <a href='/POH/Home/For-Patients---Families/'
…   class="" target='_self'>Patient Resources </a>
136933                                    </li>
136934
136935                                    <li>
136936                                        <a
…   href='/WorkArea/DownloadAsset.aspx?id=7061' class="" target='_self'>Hospital
    Information </a>
136937                                    </li>
136938
136939                                    <li>
136940                                        <a href='/#PreRegModal' class=""
…   target='_self'>Online Pre-Registration </a>
136941                                    </li>
136942
136943                                    <li>
136944                                        <a
…   href='/WorkArea/DownloadAsset.aspx?id=6544' class="" target='_self'>Campus Map </a>
136945                                    </li>
136946
136947                                    <li>
136948                                        <a href='/POH/About-Us/Commitment-to-Safety/'
…   class="" target='_self'>Commitment to Safety </a>
136949                                    </li>
136950
136951                                    <li>
136952                                        <a href='/POH/Home/Contact-Us/' class=""
…   target='_self'>Contact Us </a>
136953                                    </li>
136954
136955                                </ul>
136956                            </nav>
136957                        </div>
136958                        <div class="col-md-3">
136959                            <nav class="footer-nav-links">
136960                                <ul>
136961
136962                                    <li>
136963                                        <a href='/POH/Home/Specialties-POH/' class=""
…   target='_self'>Specialties </a>
136964                                    </li>
136965
136966                                    <li>
136967                                        <a href='/POH/Specialties/Behavioral-Health/'
…   class="" target='_self'>Behavioral Health </a>
136968                                    </li>
136969
136970                                    <li>
136971                                        <a href='/POH/Specialties/Breast-Care/'
…   class="" target='_self'>Breast Care </a>
136972                                    </li>
136973
136974                                    <li>
136975                                        <a
…   href='/POH/Specialties/Cancer-Care-Center-Oncology/' class="" target='_self'>Cancer
```

```
136975…            Care </a>
136976                                      </li>
136977
136978                                      <li>
136979                                          <a href='/POH/Specialties/Emergency-Care/'
     …      class="" target='_self'>Emergency Services </a>
136980                                      </li>
136981
136982                                      <li>
136983                                          <a
     …      href='/POH/Specialties/Heart-and-Vascular-Institute/' class="" target='_self'>Heart
            and Vascular Institute </a>
136984                                      </li>
136985
136986                                      <li>
136987                                          <a
     …      href='/POH/Specialties/Joint-Replacement-Center/' class="" target='_self'>Joint
            Replacement </a>
136988                                      </li>
136989
136990                                      <li>
136991                                          <a href='/POH/Specialties/Radiology/'
     …      class="" target='_self'>Radiology </a>
136992                                      </li>
136993
136994                                      <li>
136995                                          <a href='/POH/Specialties/Rehabilitation/'
     …      class="" target='_self'>Rehabilitiation </a>
136996                                      </li>
136997
136998                                      <li>
136999                                          <a
     …      href='/POH/Specialties/Sleep-Disorder-Center/' class="" target='_self'>Sleep Disorder
            Center </a>
137000                                      </li>
137001
137002                                      <li>
137003                                          <a href='/POH/Specialties/Spine-Institute/'
     …      class="" target='_self'>Spine Institute </a>
137004                                      </li>
137005
137006                                      <li>
137007                                          <a href='/POH/Specialties/Stroke-Program/'
     …      class="" target='_self'>Stroke Program </a>
137008                                      </li>
137009
137010                                      <li>
137011                                          <a
     …      href='/POH/Specialties/Porter-Transplant-Center/' class="" target='_self'>Transplant
            Center </a>
137012                                      </li>
137013
137014                                  </ul>
137015                              </nav>
137016                          </div>
137017                          <div class="col-md-3">
137018                              <nav class="footer-nav-links">
137019                                  <ul class="go-gray">
137020
137021                                      <li>
137022                                          <a
     …      href='/For-Patients-and-Families/Privacy-Practices/' class="" target=''>Privacy
            Practices </a>
137023                                      </li>
137024
137025                                      <li>
137026                                          <a href='/Home/Disclaimer/' class=""
     …      target=''>Disclaimer </a>
```

```
137027                                            </li>
137028
137029                                            <li>
137030                                                <a href='/Our-Network/' class=""
    …    target=''>Help </a>
137031                                            </li>
137032
137033                                            <li>
137034                                                <a href='/Home/ADA-Compliance/' class=""
    …    target=''>ADA Compliance </a>
137035                                            </li>
137036
137037                                            <li>
137038                                                <a
    …    href='http://www.dol.gov/whd/regs/compliance/posters/fmlaen.pdf' class=""
    …    target=''>FMLA Notice </a>
137039                                            </li>
137040
137041                                            <li>
137042                                                <a
    …    href='/Website-Privacy-and-Security-Policy/' class="" target=''>Website Privacy &
    …    Security Policy </a>
137043                                            </li>
137044
137045                                    <li>&copy; 2016  Centura Health</li>
137046                                        </ul>
137047                                    </nav>
137048                                </div>
137049                                <div class="col-md-3">
137050                                    <div class="contact-wrap">
137051                                        <ul class="pay-list">
137052
137053                                            <li>
137054                                                <a href='/POH/Home/Porter-News/' class=""
    …    target='_self'>News & Community </a>
137055                                            </li>
137056
137057                                            <li>
137058                                                <a
    …    href='/components/templates/eventlist.aspx' class="" target='_self'>Classes and
    …    Events </a>
137059                                            </li>
137060
137061                                            <li>
137062                                                <a
    …    href='https://www.facebook.com/PorterAdventistHospital' class=""
    …    target='_self'>Facebook </a>
137063                                            </li>
137064
137065                                            <li>
137066                                                <a href='https://twitter.com/PorterHospital'
    …    class="" target='_self'>Twitter Feed </a>
137067                                            </li>
137068
137069                                            <li>
137070                                                <a href='http://porterhospital.blogspot.com/'
    …    class="" target='_self'>Hospital Blog </a>
137071                                            </li>
137072
137073                                            <li>
137074                                                <a
    …    href='http://www.youtube.com/playlist?list=PL3121FFEA5F42E40F' class=""
    …    target='_self'>YouTube Channel </a>
137075                                            </li>
137076
137077                                            <li>
137078                                                <a href='/POH/Community/Volunteer-Programs/'
    …    class="" target='_self'>Volunteer </a>
```

```
137079                                                    /11>
137080
137081                        </ul>
137082
137083                    </div>
137084                 </div>
137085             </div>
137086         </div>
137087         <div class="footer-mobile">
137088             <div class="row">
137089
137090             </div>
137091             <div class="row">
137092                 <div class="col-sm-12 text-center">
137093                     <nav class="faux-table">
137094                         <ul class="disclaimers">
137095
137096                             <li>
137097                                 <a
    … href='/For-Patients-and-Families/Privacy-Practices/' class="" target="_blank">Privacy
      Practices </a>
137098                             </li>
137099
137100                             <li>
137101                                 <a href='/Home/Disclaimer/' class=""
    … target="_blank">Disclaimer </a>
137102                             </li>
137103
137104                             <li>
137105                                 <a href='/Our-Network/' class=""
    … target="_blank">Help </a>
137106                             </li>
137107
137108                             <li>
137109                                 <a href='/Home/ADA-Compliance/' class=""
    … target="_blank">ADA Compliance </a>
137110                             </li>
137111
137112                             <li>
137113                                 <a
    … href='http://www.dol.gov/whd/regs/compliance/posters/fmlaen.pdf' class=""
    … target="_blank">FMLA Notice </a>
137114                             </li>
137115
137116                             <li>
137117                                 <a
    … href='/Website-Privacy-and-Security-Policy/' class="" target="_blank">Website Privacy
      & Security Policy </a>
137118                             </li>
137119
137120                         </ul>
137121                     </nav>
137122                 </div>
137123             </div>
137124             <div class="row">
137125                 <div class="col-sm-12 text-center">
137126                     <span class="copyright">2016 Centura Health</span>
137127                 </div>
137128             </div>
137129         </div>
137130     </div>
137131
137132     <div class="link-to-top">
137133         <a type="button" class="btn btn-link-to-top" href="#top">back to top</a>
137134     </div>
137135
137136     <div id="drawer-content">
137137         <iframe id="drawer-iframe" src="about:blank"
```

```
137137…  allowtransparency="true"></iframe>
137138        </div>
137139
137140            <script type="text/javascript">
137141        setTimeout(function(){var a=document.createElement("script");
137142        var b=document.getElementsByTagName("script")[0];
137143
    …  a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0025/3734.js?"+
    …  Math.floor(new Date().getTime()/3600000);
137144        a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
137145        </script>
137146  </div>
137147
137148        </div>
137149
137150  <div class="snap-drawers hidden-print">
137151      <div class="snap-drawer snap-drawer-left">
137152          <div class="open-close">
137153              <div class="searcher-wrap">
137154                  <div class="searcher">
137155                      <input name="ctl00$UxHamburgermenu$hamburgerSearchBox"
    …  type="text" id="hamburgerSearchBox" />
137156                      <input type="submit" name="ctl00$UxHamburgermenu$drawersearch"
    …  value="" id="ctl00_UxHamburgermenu_drawersearch" />
137157                  </div>
137158                  <a href="#" class="closer"><span class="glyphicon
    …  glyphicon-remove"></span></a>
137159                  <div class="site-options">
137160                      Search:
137161                      <input type="radio" name="site" value="current site"
    …  checked="checked" folderid="1797" data-folderid="1797" /><span>Current Site</span>
137162                      <input type="radio" name="site" value="all sites"
    …  data-folderid="0" /><span>All Sites</span>
137163                  </div>
137164              </div>
137165
137166              <ul class="feature-list">
137167
137168                  <li class="one"><a href="/Components/Templates/ProviderSearch.aspx"
    …  class="physician-finder">Find a Doctor</a></li>
137169
137170                  <li class="four"><a
    …  href="/Components/Templates/FindLocation.aspx">Find a Location</a></li>
137171                  <li class="three"><a href="/MyCenturaHealth/"
    …  target="_blank">MyCenturaHealth</a></li>
137172              </ul>
137173          </div>
137174      </div>
137175  </div>
137176
137177  <script type="text/javascript">
137178      function ValidateSearch(e) {
137179          var txtValue = document.getElementById('hamburgerSearchBox').value;
137180          if (txtValue == "") {
137181              $(".searcher").css("background-color", "#FBC2C4");
137182              $(".searcher input").css("background-color", "#FBC2C4");
137183              e.preventDefault();
137184              return false;
137185          }
137186          else {
137187              e.preventDefault();
137188              hamburgerSearch();
137189          }
137190      }
137191
137192      $(".searcher input[type='submit']").click(function (e) {
137193          ValidateSearch(e);
137194      });
```

```
137195            $(".searcher input[type='text']").keyup(function (event) {
137196                if (event.which == '13') {
137197                    var txtValue = document.getElementById('hamburgerSearchBox').value;
137198                    if (txtValue != "") {
137199                        event.preventDefault();
137200                        hamburgerSearch();
137201                        return false;
137202                    }
137203                    if (txtValue == "") {
137204                        $(".searcher").css("background-color", "#FBC2C4");
137205                        $(".searcher input").css("background-color", "#FBC2C4");
137206                        return false;
137207                    }
137208                }
137209                else {
137210                    $(".searcher").css("background-color", "#ACACAC");
137211                    $(".searcher input").css("background-color", "#ACACAC");
137212                }
137213            });
137214
137215            function hamburgerSearch() {
137216                var txtValue = document.getElementById('hamburgerSearchBox').value;
137217                $('#drawer-content').css({ width: ($(window).width() - drawerWidth - 80)
…  + 'px', height: ($(document).height() - 130) + 'px' }).fadeIn(500);
137218                $('#drawer-content iframe').attr('src',
… '/Components/Templates/search-results.aspx?query=' + txtValue + '&folderId=' +
… $('#searchFolderId').val());
137219            }
137220    </script>
137221
137222
137223        <!--<script src="/js/jquery-min.js"></script>-->
137224        <script src="//code.jquery.com/jquery.min.js"></script>
137225        <script src="//code.jquery.com/jquery-migrate-1.2.1.min.js"></script>
137226        <script src="/js/bootstrap.min.js"></script>
137227
137228        <!--[if (gt IE 9)|!(IE)]><!-->
137229        <script src="/js/snap.min.js"></script>
137230        <!--<![endif]-->
137231        <!--[if lt IE 10 ]> <script src="/js/snap-ie9.min.js"></script> <![endif]-->
137232
137233
137234        <script type="text/javascript"
…  src="/js/jquery.requestAnimationFrame.js"></script>
137235        <script type="text/javascript" src="/js/jquery.mousewheel.js"></script>
137236        <script type="text/javascript" src="/js/ilightbox.packed.js"></script>
137237        <script type="text/javascript" src="/js/responsive-tabs.js"></script>
137238        <script type="text/javascript" src="/js/jquery.placeholder.min.js"></script>
137239        <script type="text/javascript" src="/js/jquery-ui-1.10.4.min.js"></script>
137240        <script type="text/javascript" src="/js/googleEventTracking.js"></script>
137241        <script type="text/javascript" src="/js/ektron.psg.utilities.js"></script>
137242        <script type="text/javascript" src="/js/zipCodeModal.js"></script>
137243
137244        <div class="modal fade" id="zipModal" tabindex="-1" role="dialog"
…  aria-labelledby="myModalLabel" aria-hidden="true">
137245            <div class="modal-dialog">
137246                <div class="modal-content">
137247                    <div class="modal-header">
137248                        <button type="button" class="close" data-dismiss="modal"
…  aria-hidden="true">&times;</button>
137249                        <h4 class="modal-title" id="myModalLabel">Your Current Saved
… Zip Code: <strong id="savedZipCode"></strong></h4>
137250                    </div>
137251                    <div class="modal-body">
137252                        <h3>Why We Ask Your Zip Code</h3><p>Our search tools require
… a zip code to match the location nearest you.<br /><br /></p>
137253                        <hr />
137254                        <div class="panel panel-default">
```

Page 4325

```
137255                          <div class="panel-heading "><strong>Changing Your Saved
…      Zip Code</strong></div>
137256                          <div class="panel-body">
137257                              <div class="input-group">
137258                                  <span class="input-group-addon">Your Zip
…      Code</span>
137259                                  <input type="text" class="form-control"
       placeholder="Zip Code" id="changeZipCode" style="min-width: 100px;" />
137260                              </div>
137261                          </div>
137262                      </div>
137263
137264                  </div>
137265                  <div class="modal-footer">
137266                      <button type="button" class="btn btn-default"
       data-dismiss="modal">Close</button>
137267                      <input type="button" id="saveZipCodeChanges" class="btn
…      btn-primary" value="Save changes" />
137268                  </div>
137269              </div>
137270          </div>
137271      </div>
137272
137273      <div class="modal fade" id="directions-modal" tabindex="-1" role="dialog"
…      aria-labelledby="directions-modal-label" aria-hidden="true">
137274          <div class="modal-dialog" style="width: 840px">
137275              <div class="modal-content" style="width: 100%">
137276                  <div class="modal-header">
137277                      <button type="button" class="close" data-dismiss="modal"
…      aria-hidden="true">&times;</button>
137278                      <h4 class="modal-title"
       id="directions-modal-label">Directions</h4>
137279                  </div>
137280                  <div class="modal-body" style="width: 100%">
137281                      <iframe width="800" height="550" scrolling="no"
       frameborder="0" id="er-directions-iframe"></iframe>
137282                  </div>
137283                  <div class="modal-footer">
137284                      <button type="button" class="btn btn-default"
       data-dismiss="modal">Close</button>
137285                  </div>
137286              </div>
137287          </div>
137288      </div>
137289
137290      <div class="modal fade" id="browser-warning-modal" tabindex="-1"
       role="dialog" aria-labelledby="browser-warning-modal-label" aria-hidden="true">
137291          <div class="modal-dialog">
137292              <div class="modal-content">
137293                  <div class="modal-header">
137294                      <button type="button" class="close" data-dismiss="modal"
…      aria-hidden="true">&times;</button>
137295                      <h4 class="modal-title" id="browser-warning-modal-label">
137296                          Please upgrade your browser</h4>
137297                  </div>
137298                  <div class="modal-body">
137299                      For the best site viewing experience please upgrade your
…      browser to Internet Explorer 9 or above.
137300                  </div>
137301                  <div class="modal-footer">
137302                      <button type="button" class="btn btn-default"
       data-dismiss="modal">Close</button>
137303                  </div>
137304              </div>
137305          </div>
137306      </div>
137307
137308      <div class="modal fade" id="whats-this-modal" tabindex="-1" role="dialog"
```

```
137308    aria-labelledby="whats-this-modal-label" aria-hidden="true">
137309                <div class="modal-dialog">
137310                    <div class="modal-content">
137311                        <div class="modal-header">
137312                            <button type="button" class="close" data-dismiss="modal"
          aria-hidden="true">&times;</button>
137313                            <h4 class="modal-title" id="whats-this-modal-label"></h4>
137314                        </div>
137315                        <div class="modal-body" id="whats-this-modal-body"></div>
137316                        <div class="modal-footer">
137317                            <button type="button" class="btn btn-default"
          data-dismiss="modal">Close</button>
137318                        </div>
137319                    </div>
137320                </div>
137321            </div>
137322
137323            <div id="pre-reg-modal" class="modal-main" style="display: none">
137324                <div id="pre-reg-modal-overlay" class="modal-overlay"></div>
137325                <div class="modal-pre-reg">
137326                    <div id="pre-reg-modal-close" class="big-modal-close" style="display:
          block;">X</div>
137327                    <iframe width="800" height="1800" scrolling="no" frameborder="0"
          class="preregmodal" id="preregmodal-iframe"></iframe>
137328                </div>
137329            </div>
137330            <script type="text/javascript" src="/js/EktronJS.js"></script>
137331            <div id="ctl00_liveagent" class="live-agent-code-file"></div>
137332
137333            <div class="live-agent-code">
137334
137335            </div>
137336            <input name="ctl00$hdnLiveAgentURL" type="hidden" id="ctl00_hdnLiveAgentURL"
          class="hdnLiveAgentURL" />
137337
137338
137339
137340        </form>
137341
137342        <div id="ctl00_Panel1">
137343
137344            <script src="/temp/wsol.js.footer.v=3321752029.js"></script>
137345
137346  </div>
137347      <script>
137348          $('.flik-thumbnails-slider').magnificPopup({
137349              delegate: 'a',
137350              type: 'image',
137351              image: {
137352                  titleSrc: 'title'
137353              },
137354              gallery: {
137355                  enabled: true,
137356                  preload: [0, 1],
137357                  navigateByImgClick: true
137358              }
137359          });
137360
137361
137362          $('.flik-slider-container').flikSlider();
137363
137364          $('.flik-timeline').flikScrollEffect();
137365
137366          //flikScrollEffect($('.flik-timeline'));
137367      </script>
137368      <script>
137369          function handleCloseSurvey() {
137370              var el = document.querySelector('.survey-container .close'),
```

Page 4327

```
137371                eventName = 'click';
137372            handler = function () {
137373                Cookies.set('surveytab', true, { expires: 7 });
137374                document.querySelector('.survey-container').style.display = 'none';
137375            };

137377            if (el.addEventListener) {
137378                el.addEventListener(eventName, handler);
137379            } else {
137380                el.attachEvent('on' + eventName, function () {
137381                    handler.call(el);
137382                });
137383            }
137384        }

137386        if (document.readyState != 'loading') {
137387            handleCloseSurvey();
137388        } else if (document.addEventListener) {
137389            document.addEventListener('DOMContentLoaded', handleCloseSurvey);
137390        } else {
137391            document.attachEvent('onreadystatechange', function () {
137392                if (document.readyState != 'loading')
137393                    handleCloseSurvey();
137394            });
137395        }
137396    </script>
137397 </body>
137398 </html>

137400 ********************************************
137401 The following data is from
137402 stlouidchildrens_org-onco-20160915-addthis_widget_js_pubid_stlchidrens.txt
       ********************************************
137403 !function(e){function t(n){if(a[n])return a[n].exports;var
       o=a[n]={exports:{},id:n,loaded:!1};return
       e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
       n=window.atwpjp;window.atwpjp=function(a,i){for(var
       r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
       l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
       function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
       break;default:e[r]=e[l]}}for(n&&n(a,i);u.length;)u.shift().call(null,t);var
       a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
       0!==o[e])o[e].push(n);else{o[e]=[n];var
       a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
       "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
       custom-messages",5:"counter",6:"getcounts",8:"floating-css"}[e]||e)+"."+{0:"
       b03e4b5432b476cfa64b",2:"eed12cdd783d40920df9",3:"dced1dd759452d831e67",4:"
       d07897a6f5401c003a9a",5:"9d8f7cd9df43edaaa813",6:"15cb62eb7649b3659777",7:"
       371656d11b4578a0877d",8:"f89a468ad5713b335f93",9:"d0bd5014d3b03b62d914",10:"
       61b4247b671946f6e8bc",11:"e63c8f7db6bb02e57aa5",12:"836e261c1ba6264f43b8",13:"
       8270937a97bfdf408910",14:"27c84a9af27365bc7435",15:"3ab4cfc5cb9203aaab00",16:"
       fa03edf3acfc8e54dde5",17:"f65ef497f1ac1aaac39c",18:"30b7adeceb0b2c1d6390",19:"
       341b105001b4a7d9dcb6",20:"302f0a69f42119ad5ebf",21:"f366e891e92283645dd9",22:"
       60c30b653780deacf1a6",23:"09f77679ae232bae8b63",24:"d89737bfc52cf6e0f789",25:"
       9aac919cebf66946272d",26:"ddab99b7cf801c4eb121",27:"3c37f637e523f64f287c",28:"
       99bcff6d872e8f095ea9",29:"8fee26c59577fd781d23",30:"54ddccfbe80ff308e7a6f",31:"
       222797a275fda0072c6e",32:"acfe148437ca61a088a9",33:"ac9d668e9a6d7696d1bb",34:"
       72d94c6c4072db7eb6a9",35:"c64bc44f7611926cc931",36:"da03a9809c7c2ea7a409",37:"
       5f15d5987a72e860ff4e",38:"8a925a22ef0121f3cef",39:"95245639d9573a1d1125",40:"
       7c7671c01a767271cc5d",41:"ed2e4ae544555674383",42:"5261816a618b54239f88",43:"
       f07c37cb7073ec154866",44:"2b67e279a59215ea0e5d",45:"77c2107f117574263799",46:"
       833955cb9f47adf758ed",47:"21c6135d7bc33e5db55f",48:"cf95ac0f90df348e6ca7",49:"
       e847482649f5339fd26c",50:"e64a7a347c35cbf8ac5d",51:"385a219ae90dd73537a3",52:"
       b11b3766f1c5972b02da",53:"19b4b22cd245cbc43cfe",54:"5d7a4c43c29281e18c87",55:"
       da1e84bb86c4ba006418",56:"af930939c3841d287c20",57:"b38d2f08a3014730cbdf",58:"
       be7d8bec58c8bed027e4",59:"e782ba2b1703cffc3911",60:"c8b5896b08cf68d4ae72",61:"
       bf2192c7f75307277d8b",62:"70970c2ebbc8bb273350",63:"0c421f068a994e192963",64:"
       df509574777ffaff83f1",65:"e7f044186891f7d4e4d9",66:"0d8411bac3b3256f7788",67:"
```

137403... 852'a8f6f8a2a0a84zc94-f68,"f0a500f1cb769e362d6f",f69:"d6z2c1a8989f2aa9f4dbb7,70:"
56caa96de6b5846681e1",71:"6d3db377c8f5f7ba3f7d",72:"c45d011dae10e0aaad29",73:"
5786509d91eb65c0808e",74:"1ff5aced2759465ea6df",75:"9fbddb82db1fb5fd3266",76:"
f3bf35dafa178219d934",77:"8d65fa66cc8433ac008f",78:"0f7c5af3be660a704ff7",79:"
7c315e13b72a2e3a4a30",80:"42058eee3589fd4a0e32",81:"8a3f4fb00463ca91cf90",82:"
a3631d2865819c086709",83:"8cef223dddbee48fa3a9",84:"d9a25b160cc1d3e576e5",85:"
9378ecb669093c180c57",86:"0d7b791290c9e3e93561",87:"144fbdf3a46723f334c2",88:"
6f5a297e823eca1272a8",89:"071533bf9bc920a58423",90:"247e8e717c83cccd11ad",91:"
3c2a07162e6ce056ec55",92:"2977902ffd6a5f0441fb",93:"691112f71425daafc180",94:"
0b4b68fdea2a248f3487",95:"00d385721d196cd6300c",96:"b67d84482b5fc642deda",97:"
3ff8ed02874ed9fd7bc5",98:"c584e2da5dbbbab72796",99:"460689f8c337db749b08",100:"
7ee72566e872ed86ae3d",101:"615cc6c247b20beb3d5d",102:"c45316d5830ad9b24567",103:"
57600c99f6cb3abb92ac",104:"a53bc9a90e0cac4601f5",105:"9e0bc3dd933825965c9b",106:"
1e0bbf06d11a60d38b98",107:"b07b14b1f144d8538d09",108:"1d3addc4b42a31a72439",109:"
173f117c26d687256ec7",110:"fa4dcbeb5db9e6a06c6e",111:"22913b089b76260813cd",112:"
18662dd73cea8077d33f",113:"a56b59bff47302f0ddc5",114:"dffac40ce68f9a9bc49a",115:"
c5920b92071a029b1a19",116:"dc5bece1d2548d7ddd93",117:"f6a3f1c90a74af979e6a2",118:"
6d16b03ee226c61e2ef5",119:"c5a3b7c1b9e14265de09",120:"a2e563f5da3dca5471ac",121:"
8c0e8aad5564cf55f36d",122:"a35c4c0f01ef9c1d865d",123:"f096ba8495fa05018f12",124:"
833a970478470f9e0ce0",125:"96f30ed60259876eec01",126:"fff42e0874643833295d",127:"
3b7381b798422697f39e",128:"f8e477c606979a664e72",129:"91f003006ebcaf77369f",130:"
5e5854f1bcf1e5ec347",131:"f8a139868b64534e8531",132:"4e1627d6939391d6e61e",133:"
c0392c9735125c54fab0",134:"b2f3a017adccb3d394f0",135:"9e2d6444f6fc8e6ddc3b",136:"
dbc22b2f219eb0ce3964",137:"04585bfedff39713cb5a",138:"766b4e0db1ffdc497e52",139:"
fa7931186b4a7feba43e",140:"af4b932cae27c99966e7",141:"9aa22e76d4083ecf4401",142:"
dd617ab560c64deb8930",143:"fdb9bf8a949140a98bb2",144:"d5aa92ad7e538b2cd1bb",145:"
8278b99da841467502fa",146:"236dd807eb999bccfe43",147:"9bb076205f7c2625be37",148:"
6d5855c4517ab618bf42",149:"45f109ad426a83470536",150:"0c898cd827c11004b058",151:"
48621f25d7dbc4d4b5d7",152:"491294e215f823ae26ef",153:"7035f2eb86cac328fea9",154:"
6c7a1b275d441dac2c8c",155:"d29074d6232ad46b241a",156:"0b3e8012a8af2aa099ed",157:"
0f5c12f9cca66b672f00",158:"81f078668d5e0606a4ae",159:"09b22932ebb409130d84",160:"
223a5b3121db04158722",161:"bb6fb44c9cdaae99e18c",162:"afc377488e89ae26ae4b",163:"
61ec5123b444b9e0f528",164:"90585974845e8fcb05ff",165:"1b593d495db49562d4e6",166:"
32f60530426e08efc582",167:"4a5de1d21431eac1615d",168:"2ab6456dd1c49aa161f8",169:"
cf8379d5d8ab3bd33ce8",170:"d817b1bb7a5e6abb518f",171:"e0bf5afe42853e6bba79",172:"
6b50e9bd93b293c53bac",173:"25f1f9eb9c827e97dbb2",174:"c211090ca1f7acc4cd97",175:"
d9125c4e884a37ea087b",176:"b7b90c46daaae2d5b9fb",177:"c0126c41c33f86ecde6a",178:"
4ad795fca50272d08a8c",179:"fd52ddf52284d43fadcb",180:"d37e6e822a11f496629d",181:"
375882ff3e70024f5168",182:"55b55aff458cb5b8e9c2",183:"c311469aed25e7b1ee1a",184:"
424235dd33b004f180e4",185:"def86523205e341fe76e7",186:"1ae99934bcbed2012e5e",187:"
89b70e2ce568835e730a",188:"a81a098dacc638fe8ad43",189:"1bc0e285f2a46e757185",190:"
26159625105a73732aea",191:"e45d1d20746ebab5d939",192:"e5832e634ef894e9d915",193:"
af40ad82a94c0c36b5cc",194:"3bdbf09c41caeb29fbbf",195:"7ac20a5987e1e72c2905",196:"
844d89fa09c8ed5004cf",197:"8fd4dc5788ef1e58313",198:"45c5e276f11ec4db2f69",199:"
fb9bbe95317c06b43c7c",200:"d268c05cc2ccd2fec124",201:"de17e8e038bd9f892943",202:"
1b36d9ff916b128de64b",203:"095cb660634b66665a67",204:"274664362708df6c5cde",205:"
acf239ca925016eb37f7",206:"567064c08de12f67187d",207:"7e03e7bd1a23ec1eef10",208:"
9e40641670685b4963a7",209:"6b448f499bf9b6e01919",210:"5ba28cd8029aa3fe2a39",211:"
ec8f826e46b90e836324",212:"315a34be07a1de6b809e",213:"6605d45e952fbb927787",214:"
7480436b9ff2d7482ccf",215:"45723614dc4d07916a5c",216:"be67cc3ab4d542a205ca",217:"
e655f9fdaf9be7f2ab39",218:"6314c5f4fe793b3cf091",219:"9305794d01cc77caf512",220:"
f6aac7ccd0972370e9d8",221:"32f8279f8a4280260662",222:"5fb159d8d8662e09b128",223:"
9c67665d67b2e1793634",224:"ca64d38e1b1cd1ac7133",225:"5f171f910dc9de0b5584",226:"
6c8af8bd91c12de3875a",227:"a997828693d4d7957636",228:"f67e84d86d5fca9b57f9",229:"
8a420baa891a679887bb",230:"5b3ee32e1d0ff6fb8800",231:"69ad8cb1cf0f7ab7381f",232:"
a1d1b4f988f7cae3074c",233:"966fa89e1f3314cc54c1",234:"cc99e42d9bb87681b676",235:"
51fff7793edc16c9b8fe",236:"c485dd050f60a7ba3e60",237:"f0f0b91bb2c10c8cc831",238:"
354606355048cfaeca32",239:"73d55464eb92a4cc28c1",240:"2fbbc112715675c6c053",241:"
0eddc6023d7d7e6baf71",242:"f8d5f3ad9e0e65b9c143",243:"169cf1307843efc98fbe",244:"
e7d345fce5ad515dfad0",245:"d99e2e5e98e3ea98b1dd",246:"b4d6e068834b7458af8a",247:"
2128902f6895477c528b",248:"0a1ceda875ed1701939e",249:"e87715c9b49915d49d29",250:"
6c106851dcf7f3a199e2",251:"31894b49d1c2c0eb0a47",252:"a4c34d24b2ab08c7185d",253:"
160e197ae46762afc2e4",254:"28bab0a9aeb683dd8691",255:"0d68b21ebaafc10fbaf7",256:"
41cd846cd4547fbbb825",257:"15e488c1cf0444a1efbd",258:"1bc8bb78cc97463fbbba",259:"
8ead5544e85ba574fdc7",260:"d4e5d2c0d36134a43c67",261:"5b0d8e27ee6fdbf3be03",262:"
4a0a6dec48eb3aa3eb6f",263:"c87376fec0791209230c",264:"78c67309e0979cd7ed91",265:"
b17b728af4192b41861b",266:"67077d32fa417f52ae47",267:"4ef27572b362ea610384",268:"
8d337a9a99a1acd8ff7c",269:"39e3a924cf3784a410c9",270:"01b46e246f82108ca9bb",271:"

137403...

d325cafab61a7fdb59c84",272:"98820ad1f7ae73c858890",273:"6858a9e57741c0f74314",274:"
b3a99daaabd6062f6c88",275:"e7987f920e409dfb4f9f",276:"f8e84b29b91f5a5ad103",277:"
058f2365dfb3312ad19e",278:"a62f9642fbc49b835180",279:"f19a0f428c106d56aeda",280:"
0e9cc2c340d38175a1bb",281:"e01324cd15f8e37e7b1f",282:"9d576ac03b2eece742ad",283:"
851107ef0acf1f90be09",284:"9138f071d70839819f68",285:"8e157ce8d70ea4b2c7d2",286:"
ec1c4b30b85f73f217ab",287:"485c0c2e352ba192a84b",288:"6c142f3d7cdf73a146a4",289:"
06287f52edce670eff2c",290:"66b6068f3033a35a569d",291:"a907a847e9584dce9794",292:"
71a77546654bdeac3b85",293:"a2a95ea9a66da404f0c7",294:"35abbc8ba372182130d0",295:"
125b379fbaa2fe691150",296:"778bb3484028248c6873",297:"72c461ccf1104762df63",298:"
3d13f211604340c95928",299:"48871b2cea434ed98e1f",300:"7744d7a20d3f03b3292b",301:"
adba38f2b1642fbbfc8e",302:"2fce9986973a25099f12",303:"77ec67363a7465cec229",304:"
5212c1b5b3a22fca2e82",305:"020e1800d95e1c91bdc4",306:"584512aa6dc123a2d956",307:"
083b61bad541072c1ac0",308:"e545faa63d9d394210bb",309:"aa40fe4082818575c125",310:"
a430b2e1af677b3d008c",311:"84cf94e653c19d2778eb",312:"68c7ea485e476635a0ff",313:"
0e37f630925b48fd1beb",314:"ef154857e2a1f4298a1f",315:"2de0f6eb77caef6f5889",316:"
2da4d0053bba17c44783",317:"de554f2861f2fd92483c",318:"7c06c717c7233e39b5a8",319:"
daf44e1950973fd127f9",320:"2e0c2a6d77cbb4c200a0",321:"5b79d0712517a5f94dc3",322:"
9593c4a2d0f38aac50c5",323:"9907f41356b93b582608",324:"dbe325c1deeaf78fbb73",325:"
74b1e401678821e477e1",326:"be29d923b3b5112d408a",327:"d847fd0b6c8eee62a742",328:"
21c4d1c26f27ea5f3792",329:"82c3e81f360280306798",330:"56b61d65c49e8a041e6",331:"
01edad166f3aef8740fbf",332:"75550422aac8f8409984",333:"0c4bf4c22157155990b1",334:"
1cd935acf680d54d39a6",335:"fe9c339393a331436d50",336:"ceca3373c40221021f13",337:"
8201a0aefca58b3be79b",338:"6ee92a2b99253ec2cd91",339:"635991f28173ec543c29",340:"
b0c00992fbfb2a22f503",341:"ae6c3b718a85c8de4e4c",342:"76db0a5032c4e35188f4",343:"
e80e584b22999c75f252",344:"1231d2b8f1b49546be14",345:"3a13ea8f1590e952736f",346:"
32930bb64a539e138765",347:"19453841396583431387",348:"5559eb3077c6dd225eaf",349:"
eda226c05b2937e81461",350:"dfecd0429a3a957b788e",351:"9704d19b96a01e9c03d7",352:"
24abbdbb5b93a7085af1",353:"5a955afd3ea593248648",354:"f73bd80268cee156ca3f",355:"
7fc679521d3ff24ce253",356:"cfe3b57c04eaff84b221a",357:"c783cfa6fb5fcba16bbe",358:"
2d08989ce734fc61aec5",359:"3c0b1fa4fcd7b7a150e0",360:"99a60a04f957d74468cb",361:"
fb0692b769bee9dc468b",362:"bc8d208e12aafce0f22b",363:"4d29a590e4517254c18d",364:"
9e9a09255216f090f797",365:"7cfbbb22fb9eab5049c7",366:"77fc719abef3cc70f3c8",367:"
14cd06a3a4515bfdb9b0",368:"d856998fa6d416ff7b60",369:"0d9bb0c51d42035a0d67",370:"
ab736fb919a0d52f6cc9",371:"c22a6da3b167cd78be",372:"2ed6621d9943554272f5",373:"
aa73e6fc884eadb1e386",374:"6c862db9c70ca31c5f68",375:"879d4b76c97d2d1d8c4c",376:"
66a3b30dc6fd5c6faf2b",377:"acd6784503b742c7665d",378:"2303293fc6c1966462b27",379:"
c1371646b490cce49537",380:"8d141aead09cfe155f7e",381:"cbeb480d99dfce810a07",382:"
1c3f4a60a25b8ba36651",383:"0fdf58c770d7f7343c40",384:"81ddaf084321a84aa47c",385:"
621bb4693c36e1597122",386:"445e74533b12c1f462b3",387:"f0a92b91cd06a47fa4d0",388:"
46699e4758d323442144",389:"f4cc1ba4eabce427b208",390:"f5fa61ada890aa4dc74f",391:"
26acb850a68c52c3f1f8",392:"4b7c5cf86dbb1e89045a",393:"27aef4599543c2ad67b8",394:"
81a1169e4d04bea8764d",395:"7a12ecb2acb8b27092b6",396:"bb8ffb73c542f865aca3",397:"
d3a3c0ad04a88c88dec6",398:"4b1bbd75bbe3eb017288",399:"b1a664eef66b69be26df",400:"
a7d639e74045c6f9a745",401:"f19a469a51e2a3a95ddf",402:"6d4cb9ca94b060249",403:"
386e2db133adb24b1a9d",404:"440547370e2ed45ce13e",405:"9368c1fe05dd25c280b1",406:"
87b6d586cdd6959c3af0",407:"63e8abab62c184dd0fc2",408:"7027d306a7f2867168e9",409:"
9e584cb68b9c0bf6ff8b",410:"5a683e6d135db3ad2d42",411:"4e3cfba50f26b875dad0",412:"
22f7344586792c9669c3",413:"5bd85bfd256bda63735a",414:"4b7f965cf93a536f02ce",415:"
8ea041041d1f73dc3c7b",416:"541d419035f2a57b48e3",417:"6ce847d41a3ed907344",418:"
464746500df0091bb0b9",419:"ab76a685d56cece191b9",420:"72788510eefee484f2b4",421:"
95d1caf4a69b17b44df7",422:"6759ae5290e9207b5033",423:"d869e71f05c71ad4549a",424:"
6cb12036609f8f4f8915",425:"d8fc721fae55d11d4d7f",426:"86744dc9edb58759f2eb",427:"
e4ccec7baf2ae6aa621e",428:"893785040764bec6a203",429:"f8418ada1247f23d6f7e",430:"
e9a08b55a6ae50f7833e",431:"ef3416643184ba2cb6e4",432:"8197ed66981c51699d4a",433:"
6d867aed5d3deb4d87e4",434:"566679db56e7c2ff9607",435:"cd100a8b0d619e31f802",436:"
e5cbec21f768f4e98708",437:"4d81c60c8422c54479b9",438:"127538cccea9edef04d0",439:"
c67f72ab51c199b9a7bd",440:"358303502587f680dea3",441:"a3135a51497b5172cf3",442:"
1aae12cf2287738c42d3",443:"c6e7f84f80a0bc8014bd",444:"72de4f52149a8feb25f5",445:"
112543510ed0d07f504b",446:"c3e2a19e12b7b315c1d4",447:"98c5e900f241cd8a309e",448:"
5a2cd5f26f316a4f0498",449:"5f7fe2a6fc1ffa8bf1af",450:"245e541c8035c120bd77",451:"
6d12d2fafacdaa332f32",452:"4049cc189d398cc1eb3b",453:"a5368675d68eaab34160",454:"
0329d0126f086670a4d4",455:"a6d41def8f93e742864c",456:"71b26c2d028e295de1c2",457:"
05b2f9d4debad51c1862",458:"1f0813aea32375b25144",459:"f3f9ae2a000493c89e99",460:"
96b5a95a7d8c7686cea4",461:"3afd1e5b82ea55fff40d",462:"9983b73de48820d8fe94",463:"
0b7013f4ca8f4488488a",464:"3f633fe1da43889b7bd0",465:"de5c809690a1c09bc74c",466:"
790d9c4460647e205169",467:"33c486edba20bab02f5c",468:"585fd8d8dc6065f7eab8",469:"
e6717c7351f863aad593"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in

137403…

```
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return
e}([function(e,t,n){n(804),e.exports=n(82)},function(e,t){e.exports=function(e,t,n){
var a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function){if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break}},function(e,t,n){var
a=n(640),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\./.exec(e
).pop(),10)>13&&!i.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t((e?"detach":"attach")+"Event"](("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){"use strict";var
a=n(2),o=n(29),i=n(20),r=n(44),s=n(77),c=n(132),u=n(6),l=n(142),d=n(783),p=n(9),h=
window,A=h.addthis_share,f=h.encodeURIComponent,g=h._atw;e.exports=function(e,t,n,h,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i(n)||("undefined"==typeof
g?A:g.share));w.url=f(w.url),w.title=f(w.title||(A||{}).title||""),h="undefined"==
typeof g?h:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+f(r(w))+"&atc="+f(r(h));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:h.product,data_track_clickback:h.data_track_clickback,pubid:h.pubid,
username:h.username,pub:h.pub,ui_email_to:h.ui_email_to,ui_email_from:h.ui_email_from
,ui_email_note:h.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+f(r
```

137403...  (x)j)return b)return

```
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis&"+d({svc:e,feed:t,share:n,config:h,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid(),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre"+f(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/((([^\/\/]*)\/\/|\/\/)?([^\/\?\&#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
e.replace(/^(http|https):\/\//,"").split("/").shift()}function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:|\/\/))return e;if(-1!==e.search(/^\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/\/))){t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,"").replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t){"use strict";var
a=n(53),o=n(47),i=a("addthis_widget"),r=i.pubid||i.pub||i.username:r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
""))}},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(832),s=n(1),c={};s([["Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"}}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t){function n(e){return"number"==typeof
e&&e>-1&&e%1==0&&a>=e}var a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(26),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try{JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0===n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t),t}),t)}}},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}},function(e,t,n){var
a=n(7),o=n(130).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(20);e.exports=function(e,t,n,c
,u,l){var
d=i({p=c||t.url||"",h=t.xid||r(),A=s(t),f=n.data_track_clickback!==!1||n.
data_track_linkback||t.linkback||!d;return
0===p.toLowerCase().indexOf("http3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(A.
xid=h,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,A,n)},100)),f?o(p,e,h):p}},function(e,t,n)
{var
a=window.encodeURIComponent,o=n(14),i=n(24),r=n(35),s=n(2),c=n(92);e.exports=function
(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
h="mailto:"+body+"+p+"&subject="+(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(h,{pco:t.product})||"#"}},function(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||!u){var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",h=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?
"https":"http",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===e.indexOf("//")?"":p+a())
+e,h.insertBefore(l,h.firstChild),o[e]=l,1}return 1}},function(e,t,n){var
a=n(26),o=n(54);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()}var
```

```
o=n(112),i=n(9),r=n(4),s=n(57),a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfig:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
this.safelyGet("subscription","reducedBranding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){"use strict";var a=n(83),o=n(2);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(49),o=window;e.exports=function(e,t,n){var i=o.open(e,t,n);return
a.push(i),i}},function(e,t,n){function a(e){return u(A.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),l==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||_ate.dl?_ate.dl.hostname:"",i=p.getDomain(o);if(h.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){A.cookie&&(A.cookie=e+"="; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?"
;domain="+(l("msi")?"":".")+"addthis.com":""))}function
c(e,t,n,a,o){f.at_sub||i(),_atc.xck||a&&&(f.addthis_config||{}).
data_use_cookies_ondomain===!1||(f.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"":";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(32),l=n(2),d=n(66),p=n(8),h=/(?:\.mil|\.gov)$/,A=document,f=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t){e.exports=
function(e,t,n){var a,o=[];if(n=void 0!==n?n:this,null===e||void 0===e)return o;for(a
in e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return
o}},function(e,t){e.exports=function(e,t,n,a){if(!e)return n;if(e instanceof
Array)for(var o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var
s in e)e instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return(
16777215&a).toString()}},function(e,t,n){var a=n(11),o=n(53),i=n(43),r="[object
Array]",s=Object.prototype,c=s.toString,u=o=(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(736),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){function a(e){return
null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(775),i=n(43),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()|  for
```

137403

```
.+?r.log,\/\$?r.info:r.log},function(e,t){function n(e,t){function(t){return t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(776),o=n(676);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o(e.split(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(133);e.exports=function(e){a().path()}},function(e,t,n){"use strict";var
a=n(833),o=n(35);e.exports=function(e){var
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(789),o=n(781),i=n(24),r=n(777);e.exports=function(e,t,n,s){return
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t,n){var a=n(7);e.exports=function(e){var o=new
Image;return o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return t.apply(e,t.call(arguments,1))}}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.")else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){"use strict";var
a=n(62),o=n(118),i=n(65),r=n(752),s=n(753);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t){t.hasOwnProperty(a)&&(void 0===e[a]||n)&&(e[a]=t[a])}},function(e,t,n){function
n(e){return e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){var
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(33),o=n(48);e.exports=function
i(e,t,n,r,s,c,u){_ate.ao.toString()===i.toString()?(a([("open",e,t,n,r,s,c,u]),o()):
_ate.ao.apply(this,arguments)}},function(e,t,n){var a=n(32);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1===n?e.substring(n):"",a(t.replace(/^[^\?]+\??|^\??/,""))}},function(e,t){e.
exports=function(e,t){e&&e.trim&&"function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return e&&t&&(e=window.encodeURIComponent(e)),e||""}},function(e,t,n){"use
strict";var
a=n(84).wasRequestMade,o=n(84).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
)&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){
```
137404
```
n(15)})})}catch(e){}}},function(e,t){e.exports=[]},function(e,t){e.exports={DIRECT:0,
SEARCH:1,ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){function
```

```
a(e,r,n,a),r)}(this.type=e,this.triggerType=t||e,this.target=null==n?n:a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(A){var
e=f({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType,target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
t,n=e.target,a=this.getQueue(e.type);for(t=0;t<a.length;t++)n?a[t].call(n,e.clone()):
a[t](e.clone());try{!A||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function h(){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
A=n(126),f=n(12),g=n(13),m=n(1),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:h},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,f({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:o},f(a.prototype,b),f(o.prototype,w)}
,function(e,t,n){var a=n(32);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?|`\#?/,""))}},function(e,t,n){var
a=n(52),o=n(46),i=n(89);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var e=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e,t){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<a.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={},a=0;a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=f();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=f();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
```

137404

```
styleRef=t.css?"text=n;else{for(;t.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
.stringify(a))))+" */");var o=new
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},h=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},A=h(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),f=h(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=A());var
n=o(e);return a(n,t),function(e){for(var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}for(var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return a.join("\n")}}()},function(e,t,n){var
a=n(1);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]},
function(e,t,n){var a=n(151);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!v["default"]){var
a=n(107)();a._hasLoadedResources?t&&setTimeout(t,0):!function(){e=e||{},n(652);var
o=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),i=document.createElement("
div"),s="at-expanded-menu-host",u=o.element.innerHTML,d={shareHeading:A["default"]()("
Share",91),shareTitle=e.title||g["default"].title||"",shareURL=e.url||g["default"].du
||"",reducedBrandingInnerHTML:u},h=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](d[t])});i.id=s,i.innerHTML=h,document.body.appendChild(i),c["default"](t
),a._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(799),r=a(i),s=n(113),c=a(s),u=n(167),l=a(u),d=n(19),p=a(d),h=n(59),A=a(h),f=n(6),
g=a(f),m=n(29),v=a(m),w=n(738),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n,a={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(62),u=n(41),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon.com"}
,amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense"},arto:{},baidu:{url:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"Bookmarky.
cz",url:"bookmarky.cz"},bookmerkende:{name:"Bookmerken",url:"bookmerken.de"},box:{url
:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"citeulike.
org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{name:"
CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq.de"},
cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:!0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:!0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
Juice"},flipboard:{},folkd:{},foodlve:{name:"Cherry
Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google
```

Page 4336

```
137404 Bookmark",top:1},google_classroom:{name:"Google
Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",url:"plus
.google.com"},googletranslate:{name:"Google
Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{
name:"Hacker
News",url:"news.ycombinator.com"},hatena:{url:"b.hatena.ne.jp"},hedgehogs:{url:"
hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail
:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{
name:"Fai
Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback
Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy
Ticker",url:"jappy.de"},kaixin:{name:"Kaixin
Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle
It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR
Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy
Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url
:"linkuj.cz"},livejournal:{name:"LiveJournal"},mailto:{name:"Email
App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},
meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"
memori.ru"},mendeley:{},meneame:{url:"meneame.net"},messenger:{name:"Facebook
Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},
mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",url:"my
.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{
name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"
NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses
Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",url:"
odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",url:"oknotizie.virgilio.it"},
openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url
:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share
:{name:"Pinterest",supportsImage:!0,url:"pinterest.com"},plurk:{},pocket:{url:"
getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:
{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},
reddit:{top:1},rediff:{name:"Rediff
MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"
researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"
Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo
:{name:"Sina Weibo",top:1,url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock
Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{
name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url
:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},
stylishhome:{name:"FabDesign"},supbro:{name:"SUP
BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},
symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"}
,telegram:{url:"telegram.org"},tencentqq:{name:"Tencent
QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent
Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"
FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{},tumblr:{top:1},
twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"
urlaubswerk.de"},viadeo:{},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon
Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"
vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali
SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML
Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"
WhatsApp",top:1},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress"},wykop:{top
:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo
Mail",url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum
:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"
Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name
:"ZingMe",url:"me.zing.vn"}}},function(e,t,n){"use strict";var
a=n(2),o=n(49),i=window.e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),h=0;d>u&&(h=
Math.round(d/2-u/2));var
A=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+h+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(A),s?A:!1}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,
name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{
top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){
var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
```

```
encodeURIComponent(t.pub)&&(l.username||t.pub||n.pub&&||n.username||e.addthis_pub||""
)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){for(var
t=e.name,n=e.duration,a=e.duration,o=null,i=0;i<y.length;i++)if(t.search(y[i].regex)
>-1){o=y[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(C)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function h(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:C.exec(t)[1],startTime:n}}):[]}function A(){return
w.basicSupport()?p().filter(s).shift():null}function f(){var e=A();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=h,t.getFirstAddThisWidget=A,t.getPreDwellTime=f,t.getFirstShFrame=g
;var
m=n(34),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,y=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],C=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a,function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e=+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(11),o=n(30),i=n(31),r=n(772),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(30),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){function o(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(2),i=n(1);e.exports=function(e){var t;if(e=e||"",o("msi")&&e
instanceof Object&&e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(","),t.shift().split("=").pop(),a(t)?e.split("#").pop().
split(","):["""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(7),o=n(63),i=n(16),r=n(2),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,l)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
50,VIEW:100,POP:200,COPY:250,SHARE:300,FOLLOW:350,COMMENT:375,CUSTOM:2e3,ENGAGEMENT:
2100}},function(e,t,n){function a(e){return d?h.localStorage.getItem(A+e):void
0}function o(e,t){if(d){var
n=A+e;try{h.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===a.name){c();try{h.
```

137404... localStorage[n]=h,catch(t){}}}}}function r(a){}}}}}function i="function"==typeof
  e&&p(h.localStorage,e)}function r(e){var t={};if(d)return
  i(function(n,a){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&(t[n]=a)}),t}function
  s(e){var t=0;return
  i(function(n){n&&n.indexOf&&0===n.indexOf(A+(e||""))&&t++}),t>0}function
  c(){i(function(e){0===e.indexOf(A)&&h.localStorage.removeItem(e)})}function u(e){var
  t=r();p(t,function(t){0===t.indexOf(A+e)&&h.localStorage.removeItem(t)})}function
  l(e){d&&h.localStorage.removeItem(e)}var
  d=n(164),p=n(1),h=window,A="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
  l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
  e(){tn.layers.length?tn.layers({cfs:!0}):(_ate.ipc=!1)}function r(var
  t,n,a,o,i,r;ne||h||(h=!0,B.isProDomain()&&(_ate.pro=!0),n=B.getCustomMessageConfig(),
  a=B.getLayersConfig(),t=B.getFeedsTestCells(),n&&tn.messages(n),t&&(r=B.
  isPayingCustomer(),i=I(t,r),_ate.feeds.setTestCell(i)),a?(o=ke({cfs:!0},a),tn.layers(
  o,{cfs:!0})):e()))}function a(){ne=!0,te||e()}function
  o(e){if(te=!0,clearTimeout(X),e){e.config=null;var
  n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
  e["pro-config"],we(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
  widgetId)})),e["tool-config"]&&e["tool-config"]._default&&e["tool-config"]._default.
  widgets&&(e.config||(e.config={_default:{widgets:{}}}),we(e["tool-config"]._default.
  widgets,function(t,a){fe(n,t)<0&&a(e.config._default.widgets[t]=a)}),delete
  e["tool-config"]),T(e,_ate.du),e.perConfig=U.getConfig(e),B.updateCache(e),t(),i(e)}}
  function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
  Q(e,t))}var
  s=n(99);if(Ht.gov(),!wt()){Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.main=(new
  Date).getTime());var
  c,u,l,d=Xt.addthis_config||{},p=Vt.title,h=!1,A="undefined"!=typeof
  _ate.rdr?_ate.rdr:Vt.dr||"",f=Vt.du||null,g=(Vt.dh,Vt.du||null),m=0,v=$().split("-").
  shift(),w=_ate.track.extractOurParameters(A),b=[],x=!!_ate.cookie.rck("nabc"),y=w.cfc
  ,C=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S=w.
  rsi,O=w.rxi,V=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""),j
  =w.gen,L=w.fuid,H=w.csi,F=function(){_ate.track.pcs.length||_ate.track.apc(Xt.
  addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),we(_ate.track.pcs,function(
  e,t){s.addPCO(t)})},P=Xt.ljep||!1,Y=_ate.pub(),J=5e3;-1===(f||"").indexOf(_atr)&&(
  _ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===V&&(V="twitter"),w.
  rsc=V,Xt.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
  indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
  );var
  K=_ate.share.links.canonical;K&&(0!==K.indexOf("http")?(g=(f||"").split("//").pop().
  split("/"),0===K.indexOf("/")?g=g.shift()+K:(g.pop(),g=g.join("/")+"/"+K),g=document.
  location.protocol+"//"+g):g=K,_ate.usu(0,1),g=g.split("#{").shift(),rt(g),g&&(_ate.
  share.links.canonical=g);var
  Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
  addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
  substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
  q=!;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
  bro.mod=q)}}_ate.dr=_ate.truncateURL(A,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
  =p=Xt.addthis_share.title,_ate.smd={rsi:S,rxi:O,gen:j,rsc:V},Xt.addthis_share.smd=
  _ate.smd,_ate.upm&&(Xt.addthis_share.smd=_ate.dr),_ate.upm&&(Xt.addthis_share.smd.
  sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
  dh=Vt.dh,_ate.ssl=f&&0===f.indexOf("https")?1:0,_ate.ab=C||Xt.addthis_ab||"-",Xt.
  addthis_config=Xt.addthis_config||{};var
  X,te=!1,ne=!1;if(!(!Xt.addthis_config.ignore_server_config||Xt.addthis_config.
  call_boost)&&Y){_ate.ipc=!0;_ate.upm&&Xt.JSON&&"function"==typeof
  JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7){X=setTimeout(a,J),B.start(_ate),Xt.
  addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
  ;var
  ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
  ";ie(ae)}if(i={rand:_ate.rand,iit:(new
  Date).getTime(),tmr:Ee((Xt.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
  bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Vt.du.split("?")
  [0].split("#")[0],dt:p,dbg:N.level,cap:Ee({tc:d.data_track_textcopy?1:0,ab:d.
  data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
  ),lng:$(),opt:_ate.ad.gog().join(","),pc:Xt.addthis_product||"men",pub:_ate.pub(),ssl
  :_ate.ssl,sid:_ate.track.ssid(),srpl:_atc.plmp,srf:_atc.famp,srx:_atc.xamp,ver:300,
  xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},tn.addEventListener("addthis-
  internal.data.rdy",function(){_ate.cb||tn.user.isOptedOut()||_ate.cookie.isgv()||Ot.
  setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.

```
pixl=_ate.pixu),_ate.url.length&&(It.l++,_ate.url.join(","))):_ate.url&&(It.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=Ee(_ate.prv)),V&&(l.sr=V),_ate.track.ssc(V),P&&(l.ljep=P),_ate.
sub||?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
y?y:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(q,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(","));S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Vt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=V="
addressbar"):(O||z||V)&&(b.push(_ate.track.fcv("plv",1)),V&&b.push(_ate.track.fcv("
rsc",V)),O?b.push(_ate.track.fcv("rxi",O)):z&&b.push(_ate.track.fcv("rsi",z)),(z||O)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=V||"unknown")),_ate.track.ts.
reset(w),_ate.feeds._ad()&&_ate.track.hist.log(Vt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.
fire("addthis.user.clickback",Xt.addthis||{},{service:m,hash:_ate.hash})),Xt.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&Xt.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(f||"").split("#").shift()!=A&&(-1===f.indexOf("#")||S|
|w.hash&&O||y)){var
oe,ie=Vt.pathname+Vt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Vt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Vt.title,c),l.fcu=c.split("#.").pop())}Xt.addthis&&Xt.addthis.timer&&(Xt.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+Xt.addthis.timer.ifr)),F();var
ce=n(739)(_ate,"ro");ce("call-lojson",function(){if(-1===Vt.du.indexOf(_atr)){var
e,t,a=n(34),o=n(111),i=n(67);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr))var
s={si:l.sid,bl:0|(d.data_use_cookies!==!1&&1)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(jt()),rev:l.rev,ln:ee(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,de.domain===
t.domain?M:t.domain,fp:he(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:qe.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:$().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Et(l
.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(80).VIEW,sid:
l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpbv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages,_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
}))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Vt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(It+"#"+Ee(l),!0),r(u,It),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=It+"#"+Ee(l),r(u,It),_ate.track.gtf().appendChild(u),_ate.track.stf(u))}})},_ate.
share.inBm()&&(k=new
Q(window.parent,_ate.dr)),tn._pmh.flushed=1,tn._pmh.flush(_ate.pmh,_ate),("en"!==v||
Xt.addthis_language||sn.ui_language)&&_ate.alg(),G().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&([aeiou]).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===mn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!$t.getElementById("at300bhoveriefilter")){var
e=$t.getElementsByTagName("head")[0],t=$t.ce("style"),n=$t.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|
|(e.className||"").search(/32x32/i)>-1}function u(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1|
|(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
```

```
137404  )?e.conf.product="tbx"+(e.className.indexOf("32x32")>-1||e.indexOf("32x32")>-1?"32":"
        ")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
        e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
        o=document.ce("img");return
        o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function h(e,t,n,a){var
        t=t||{},o={},i=Tt(e.classList);if("[object
        Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
        t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
        i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
        s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}}if(
        o[r]!==mn&&Rn[r]&&"string"==typeof
        o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
        ,!0)}}return o}function A(e){var t=(e||{}).services_custom;if(t){t instanceof
        Array||(t=[t]);for(var n=0;n<t.length;n++){var
        a=t[n];a.name&&a.icon&&a.url&&("object"==typeof
        a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
        /g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
        toLowerCase(),vn[a.code]=a)}}}function f(e,t){return vn[e]||{}}function
        g(e,t,n,a){var o=conf:t||{},share:n||{}};return
        o.conf=h(e,t,"conf",a),o.share=h(e,n,"share",a),o}function
        m(e,t,a,o){if(rt(),e){t=t||{},a=a||{};var
        s=n(78),h=t.conf||dn,m=t.share||pn,v=Zt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
        onclick,x=a.internal,y=M,C=a.singleservice||h.service,E=n(16);C?b===y&&(b=_n[C]?
        function(e,t,n){var a=d(n,bn);return
        addthis_open(e,C,a.url,a.title,d(t,wn),a)}:zn[C]?function(e,t,n){var a=d(n,bn);return
        addthis_sendto(C,d(t,wn),a)}:Sn[C]?function(e,t,n){var a=d(n,bn);return
        s(C,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===y&&(b=
        function(e,t,n){return
        addthis_open(e,"",null,null,d(t,wn),d(n,bn))}):(v===y&&(v=function(e,t,n){return/
        button_(?:compact|email|link)\b/.test(e.className)&&Rt(n),addthis_config.ui_disable?
        void 0:addthis_open(e,"",null,null,d(t,wn),d(n,bn))}),w===y&&(w=function(e){return
        addthis_close()}),b===y&&(b=function(e,t,n){return
        addthis_sendto("more",d(t,wn),d(n,bn))}))),e=_ate.util.select(e);for(var
        k=0;k<e.length;k++){var
        R=e[k],_=R.parentNode,z=g(R,h,m,!o)||{};if(r(z.conf,dn),r(z.share,pn),R.conf=z.conf,R
        .share=z.share,R.conf.ui_language&&&_ate.alg(R.conf.ui_language),A(R.conf),_&&_.
        className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("men")&&(R.conf.
        product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
        20":"")+"-300",_ate.track.apc(R.conf.product)),C&&"more"!==C&&(R.conf.product=l(R)),R
        .conf&&(R.conf.ui_disable||R.conf.ui_click||R.conf.ui_window_panes)||_ate.bro.ipa?b&&
        (C?R.onclick=function(){return
137405  b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){
        return addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
        _ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
        more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
        _ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
        more"===C)&&(v||Zt("mob")||(v=function(e,t,n){Rt(n)}),R.onfocus=function(){if(!n(647)
        ()){for(_ate.maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.
        maf.sib.nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate
        .maf.sib.nodeType){var
        e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
        for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
        nextSibling;_ate.maf.sib=e}return
        _ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
        share):void
        0}},Zt("mob")||(R.onmouseover=R.onfocus)),w&&(R.onmouseout=function(){return
        w(this)})),b&&(R.onclick=function(e){var
        t=this.conf||R.conf,n=this.share||R.share;return
        L(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
        className)&&Wt?Qt(Ut("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
        onkeydown=function(e){if(!e)var
        e=window.event;e.shiftKey&&(_ate.maf.shift=!0),e.keyCode?_ate.maf.key=e.keyCode:e.
        which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this:_ate.maf.pre=null},
        R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
        this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=!0,document.
        getElementById(_ate.maf.firstCompact).focus();else
        if(_ate.maf.key=null,_ate.maf.shift=null,w)return
        w(this)}))),"a"===R.tagName.toLowerCase()){var
```

137405... S=R.share||n||_ate.util.share||S,C){var
B=f(C,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,1)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";"}if(zn[C]()("mailto"===C||"email"===C&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&R.onclick=
function(){R.share.xid=_ate.util.cuid(),(new
Image).src=Ut("mailto",0,R.share,R.config),_ate.gat(C,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),tn.ems.push(R));else{if(a.follow){if("twitter"!==C?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(C,1,R.share,R.conf),"twitter"===C?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Pt(C).replace("
_follow",""),R.appendChild(I)}}else
_ate.share.externEvents(C,R,a)||R.noh||(R.onclick=function(e){return
H(C,R.share),!1}),R.conf.follow||tn.addEvents(R,C,S),R.noh||R.target||(R.target="
_blank"),tn.links.push(R)}if(!R.title||R.at_titled){var
O=Pt(C,!B);Mn[C]&&En.push({link:R,title:C}),R.title=i(a.follow?kn[C]?kn[C]:"Follow on
"+O:Mn[C]?Mn[C]:O),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||j$()).split("-").shift(),Q=_ate.ivl(T);Q?1!==Q&&(T=Q):T="en",N=
p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif")
}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,h=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=O.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat((window.
addthis_options||"").replace(",more","").split(","),l.split(","));do
u=p[t++],h[u]&&(u=h[u]);while(t<p.length&&c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Ft.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(166),h=n(637),A=h.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=A(n.code,n.icon,a),s=h(n.code,d)):s=p({code:t,size:
a+"px"}),s};z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],y=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,C=document
;if(!(null===x||y||o===!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={};B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=f(B);if(r(E.conf,dn),r(E.share,dn),k&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x_iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&(x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!An){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Gt(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?x.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
3===x.firstChild.nodeType&&"\n"===x.firstChild.textContent||(k=1),x_"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.

137405...

```
parentServices=x.parentNode.services),"expanded"===S(S.onmouseover?S.mouseover=function(e,t,n){Rt(n))," more",Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==M.indexOf("at300")||(x.className+=" at300b"),S.singleservice=B,Kt(B)&&(Zt("mob")||(S.onmouseover=function(e,t,n){Rt(n)}),S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=C.ce("a");T.className="addthis_native_counter addthis_counter addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),tn.counter(T,E.conf,E.share)}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject){var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Vt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&o._trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o._trackSocial&&"google_plusone"!=e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!=e?r("send","social",c,u,s):r("send","event","addthis",e,s)}catch(l){}}}}function x(){var
e=".addthis_";tn.osrp||(tn.osrp=1,pn=Xt.addthis_share,dn=Xt.addthis_config,xn=$t.body,yn=pt.getElementsByClassPrefix(xn,"A","addthis_button_",!0,!0),Cn=pt.
getElementsByClassPrefix(xn,"A","addthis_counter_",!0,!0),s(),tn.toolbox(e+"toolbox",null,null,!0,Cn.length),tn.button(e+"button"),tn.counter(e+"counter"),tn.count(e+"count"),w(yn,null,null,!1),w(Cn,null,null,!1))}function y(){if(!gn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args));gn=1}}function C(){if(!gn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=$t.ce("span"),r=$t.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(154),n(813)(),n(745),n(744);var
k,M,R,_=n(721),z=n(649),S=window.encodeURIComponent,B=n(19),D=n(88),U=n(821),I=n(780),O=n(98),N=n(4),T=n(830),Q=n(146),V=n(153),j=n(93),L=n(691),H=n(95),F=n(63),G=n(133),P=n(147),Y=n(802),J=n(33),K=n(45),Z=n(778),W=n(779),q=n(48),X=n(724),$=n(21),ee=n(151),te=n(808),ne=n(83),ae=n(806),oe=n(807),ie=n(152),re=n(85),se=n(84),ce=n(59),ue=n(47),le=n(17),de=n(38),pe=n(163).truncationList,he=n(163).truncateURL,Ae=n(827),fe=n(828),ge=n(55),me=n(164),ve=n(26),r=n(42),we=n(1),be=n(25),xe=n(109),ye=n(39),Ce=n(54),Ee=n(18),ke=n(12),Me=n(44),Re=n(692),_e=n(32),ze=n(829),Se=n(13),Be=n(20),De=n(3).
listen,Ue=n(3).unlisten,Ie=n(8).getDomain,Oe=n(8).getQueryString,Ne=n(8).
getDomainNoProtocol,Te=n(8).getAbsoluteFromRelative,Qe=n(8).getHost,Ve=n(10).string,
je=n(10).number,Le=n(10).emptyObject,He=n(51).PolyEvent,Fe=n(51).EventDispatcher,Ge=n(108),Pe=n(797),Ye=n(77),Je=n(139),Ke=n(4),Ze=n(643),We=n(803),qe=n(683),Xe=n(149),$e=n(27),et=n(161),tt=n(811),nt=n(5),at=n(37),ot=n(102),it=n(52),rt=n(785),st=n(46),ct=n(53),ut=n(89),lt=n(127).processAdEvents,dt=n(127).processAllScripts,pt=n(97),ht=n(788),At=n(81),ft=n(144),gt=n(145),mt=n(142),vt=n(101),wt=n(136),bt=n(798),xt=n(135),yt=n(90),Ct=n(50),Et=n(129),kt=n(76),Mt=n(682),Rt=n(60),_t=n(58),zt=n(148),St=n(822),Bt=n(130),Dt=n(800),Ut=n(7),It=n(796).source,Ot=n(733),Nt=n(648),Tt=n(737),Qt=n(22),Vt=n(6),jt=n(66),Lt=n(119),Ht=n(23),Ft=n(61),Gt=n(638),Pt=n(41),Yt=n(754),Jt=n(91),Kt=n(634),Zt=n(2),Wt=n(29),qt=n(126),Xt=window,$t=document;try{R=window.location,0===R
.protocol.indexOf("file")||0===R.protocol.indexOf("safari-extension")||0===R.protocol
.indexOf("chrome-extension"))&&(_atr="http:"+_atr),-1!==R.hostname.indexOf("localhost
```

137405...

```
");&(_atc.id=c})}catch(en){var
tn=(navigator.userAgent.toLowerCase(),window.addthis||{}),nn=Zt;if($t.ce=$t.
createElement,$t.gn=$t.getElementsByTagName,window._ate)_ate.inst++;else{window._ate=
{rand:function(){var
e;if(me&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:nn,wlp:(R||{}).protocol,dl:$t.location,unj:qt,upm:ge,uls:me,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(143),
tmo:null,sub:wt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Vt.hash};var
an=mt(_ate),on=n(137)(_ate);if(_ate.evl=Ae,_ate.util={unqconcat:xe,reduce:ve,filter:
_t,slice:ye,strip:Ce,extend:ke,toKV:Ee,rtoKV:Me,fromKV:_e,rfromKV:Re,otoCSV:ze,bind:
Se,listen:De,each:we,map:be,unlisten:Ue,gUD:Ie,gUQS:Oe,clone:Be,mrg:r,rel2abs:Te,
isEmptyObj:Le,isString:Ve,isNumber:je,isNaN:$e,getDomainFromURL:Ne,preventDefaultEvent:L,misc:
{}},_ate.event={PolyEvent:He,EventDispatcher:Fe},_ate.ed=new
Fe(_ate),_adr=Ge,_ate.plo=G(),_ate.lad=J,_ate.pub=jt,_ate.usu=Pe,_ate.ver=Ye,_ate.rsu
=Je,!_ate.ost){Xt.addthis_conf||(Xt.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var rn in
addthis_conf)_atc[rn]=addthis_conf[rn];_atc.ost=1}_ate.log=Ke,_ate.ckv=_e(document.
cookie,";"),_ate.cookie={read:Lt.read,write:Lt.write,kill:Lt.kill,rkill:Lt.read,sck:Ht.
sck,kck:Ht.kck,cww:Ht.cww,gov:Ht.gov,isgv:Ht.isgv,ssc:Ze,KV:zt,tag:We,view:qe,visit:
Xe},_ate.mun=$e,_ate.getVisibility=et,_ate.math={},_ate.math.murmur32=tt,tn.params=ht
(st(Vt.search),tn,_ate),ke(_ate.ad,{type:n(80),ref:{r_ondomain:Ct.ON_DOMAIN,
r_offdomain:Ct.OFF_DOMAIN,r_direct:Ct.DIRECT,r_search:Ct.SEARCH},gub:xt,clr:Et,iss:yt
,fst:kt}),ke(_ate.data,{storage:{all:At.getAll,clear:At.removeAll,add:At.add,get:At.
get,remove:At.remove,exists:At.exists,preRemove:At.removeByPrefix},bloom:{filter:ft,
library:gt(At,_ate.ich)}}),ke(_ate,{track:{ran:V,fcv:an.formatCustomEvent,mgu:an.
mungeURL,ssid:an.ssid,sta:an.sta,uns:an.uns,lpx:an.loadPixel,sxm:an.scheduleTransmit,
dropPixel:vt,cur:Bt.clickifyURL,extractOurParameters:Bt.extractOurParameters,dcu:Bt.
declickifyURL,gcc:Bt.generateClickbackCode,cpf:Bt.clickPrefix,ctp:Bt.
clickTrackableProduct,ich:Bt.isClickHash,ict:Bt.isClickTrackingEnabled,hist:{log:bt.
logURL,seenBefore:bt.seenBefore},ts:{get:Mt.getTrafficSource,gst:Mt.getSearchTerms,
set:Mt.setState,reset:Mt.resetState}},lng:$,jlng:ee,iwb:te,ivl:ne,gfl:ae,ggl:oe,gvl:
ie,alg:se.get,_t:ce,trim:ue,trl:pe,truncateURL:he,opp:de,ajs:le,jlo:q,ao:K,ac:Z,as:W}
),ke(_ate.util,{scb:on.storeCallback,storeCallback:on.storeCallback,
getCallbackCallTime:on.getCallbackCallTime,php:it,gqp:st,cuid:nt.makeCUID,ivc:nt.
isValidCUID,iooc:nt.isOptOutCUID,ioc:nt.isCUIDOlderThan,atob:at.atob,btoa:at.btoa,geo
:{dec:ot.decodeGeo,parse:ot.parseGeo,isin:ot.isLocatedIn},host:Qe,gsp:ct,gst:ut,gtt:
function(){var e=$t.getElementsByTagName("script");return
e[e.length-1]},pae:lt,pas:dt,baseToDecimal:St,hbtoa:at.hbtoa,atohb:at.atohb,gebcn:pt.
getElementsByClassPrefix,select:pt.select,parent:pt.getParent,qsa:pt.querySelectorAll
,gettxt:pt.getText}),ke(_ate,{resource:{Resource:P,Bundle:Y}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(De(window,"message",Dt.messageHandler),De(window,"
scroll",Dt.handler),De(window,"resize",Dt.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild),e}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc.atf||_ate.bro.ie6||_ate.bro.ie7?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'
'+(e?'src="'+e+'"':"")+'>',a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
!0;var e,t=_ate.ad.gog();return
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1)|((e.Prototype||{}).Version&&2)|((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)|((e.Ext||{}).version&&8)|((e.dojo||{}).
version&&16)|((e._gaq||e._gat)&&32)|(e.google_ad_client&&64)|((e.FB||e.fbAsyncInit)&&
128)|(e.$BTB&&256)|(e.meebo&&512)|(e.gigya&&1024)|(e.SHARETHIS&&2048)|(e._qevents&&
```

```
4096||(e.twpr&&64192)||e.poorUniqueNamespace&&16384)||e.a2&&32768)||e._smRSB_Settings
&&65536)||(e._sf_async_config&&131072)||(e.Shopify&&262144))function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_atc.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Vt.du),e.xtr=a
!==M?0:_atc.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=$(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)h.post(Ee(e))
;else if(!wt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=It+"#"+Ee(e),i.appendChild(m)}}else
f.push(e)}function r(e){if(p.length>0||h){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=h||{};if(t.ce=p.join(","),p=[],h=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=$().split("-").shift(),a=document.location?Vt.dh:"",o=window._atc;if(p.length>0){if
(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.push
(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(_ate.
track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?(e.ruleId||N.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
N.error("missing pco"):void N.error("missing data")}var
l=encodeURIComponent,d=document,p=[],h=null,A=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},f=[],g=function(){for(var
e;e=f.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){N.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc=e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data&&i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc:e.data.service,url:e.data.url})}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){f.push(e)},ssc:A,stf:function(e){m=e},trk:i,xtp:g,conversion:u})})(
),ke(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length)if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{"))try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode(("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Vt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Vt.dh,!0),e&&r)
for(;r--;){var
s,c=e[r]||{};c.name?s=c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s=""
),s=s.toLowerCase();var
u=c.content;("description"===s||"keywords"===s)&&(o|=a(u,!1)),"rating"===s&&(o|=t(u))
,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
t,n,a=e.split(","),o=200;for(n=0;n<a.length;n++)(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
+)m.push(t)}function r(){var
```

```
e,t,n,a,o,i)}1=[],r=[e]||"",length<11&&a.push(t)}}(t,r=,r,e=o[q]){}}t.getAttribute?
getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
);return i}function s(){var r=t.l(),n={},a="";if(!t||0===t.length)return
n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
(n[a.replace("og:","")]=t[e].content;return Ee(n)}function c(){return
m.join(",")}function u(){var
e=document.charset||document.characterSet||document.inputEncoding||document.
defaultCharset;if(!e){var
t=l();for(f=0;f<t.length&&!(e=t[f].getAttribute("charset"));f++){}return!e||e.length>
14?"":e}for(var
l=n(158),d=(document,window),p=1,h=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],A=["phz"],f=h.length,g=A.
length,m=[],v={},w={};f-=;}w[e(h[f])]=1;for(;g--;)v[e(A[g])]=1;_ate.ad||(_ate.ad={}),
ke(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
function t(t){var n={pco:"cnv-100"},a={pxid:1,ev:1};if(t)for(var o in
t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
n(t){e({pixu:t})}var
a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Vt.du),_ate.dh||(_ate.dh=Vt.dh
),_ate.dr||(_ate.dr=Vt.dr),_ate.ad||(_ate.ad={}),ke(_ate.ad,{event:t,getPixels:n}),
_ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
t=0;t<a.length;t++)e(a[t])})}(),function(){function
e(e,t,n,a,o,i,r){return"function"!=typeof
r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
i?function(){a&&a.apply(n,arguments);var
t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
addEventListener("load",function(){n[t](i,r,s)}),e.load()))}function t(t){var
n,a=function(){throw new Error("Invalid internal API
request")},o=t&&t.context||window.addthis:t||a(),t.resources instanceof
Array&&(t.resources=new
_ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e.resources,t.
method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
)}}function
n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
ApiQueueFactory:e,addAsync:r,register:n}}(),function(){function e(){var
e,t,n=$t.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
href);return a}function t(e,t,n){var a=e.xid;return
t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
.gcc(a,{e.smd||_ate.smd||{}}).gen||0)+(n||"")}:""}function
a(e){return!(e.templates&&e.templates.twitter||_ate.wlp&&"http:"!==_ate.wlp)}function
o(e,t,n,a){return H("twitter",e),!1}function i(e,t,n,a,o){var
i=o?"follow":e.indexOf("_comment")>-1?"comment":"share",r={element:a||{},service:e||"
unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,Xt.
addthis||{},r)}function r(e){_ate.util.each(e,function(e,t){A[e]=t})}function
s(e){g.push(e)}function c(){_ate.util.each(g,function(e,t){t()})}function
u(e,t){if(A[e])try{return
A[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&t.parentNode.
services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
.indexOf("at300")&&(t.className+="at300b")),!0}catch(a){return!1}return!1}function
l(e){_ate.util.each(e,function(e,t){f[e]={},_ate.util.each(t,function(t,n){f[e][t]=n}
)})}function d(e,t,n){var a=function(){};return
f[e]?(!(!f[e].require||f[e].require(e,t,n))&&_ate.util.each(f[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}var
p=n(14),h=e(),A={},f={},g=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{
auw:n(128),ocw:F,onw:n(22),caw:n(782),stw:n(78),siw:n(140),cleanly:H,pts:o,unt:a,
genurl:Ut,acb:p,gcp:t,gfu:Jt,svcurl:n(132),track:j,notify:i,links:h,register:r,
registerListeners:l,sub:c,registerSubscriber:s,extern:u,externEvents:d})}(),function(
){function e(){return _atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function
t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
```

137405...

```
Xt.FB=FB.Event&&function==typeof FB.Event.subscribe)}function
o(){return!(Xt.FB_RequireFeatures||Xt.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=f[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config),!i}function
r(){-1!==Vt.du.indexOf(_atr)||_ate.sub||m||(a()?(m=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){A[e
]||(i("facebook_like",e),A[e]=1)}),FB.Event.subscribe("edge.remove",function(e){A[e]&
&(i("facebook_unlike",e),A[e]=0)}),FB.Event.subscribe("comment.create",function(e){i("
facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):Xt.fbAsyncInit&&!w&&(3>v&&setTimeout(r,3e3+2e3*v++),w=
1))}function s(e,t){var
n="fb-root",o=h.getElementById(n),i=Xt.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<g.length;e++)FB.XFBML.parse(g[e]);if(g.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else{if(!i&&(o||(o=h.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=h.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl($()))+"/sdk.
js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=h.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:x?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}b&&(b=!1,Xt.__orig__fbAsyncInit=Xt.fbAsyncInit=function(){Xt.
__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c())}}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px"),e.noh=e.
ost=1)}function
l(e,t,n,a){a||(a=Tt(t,"fb:"+e)),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
,e="share"===e?e+"-button":e;var
o=a.height||25,i=h.ce("div"),i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"."+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||a.type||a.layout||t.
firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:
100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e(){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),f[r.href]={};for(o in
n.share)f[r.href][o]=n.share[o];!("like",!n,r)}else
_ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?'
src=\"javascript:''\'"':"")+"></iframe>",a=t.firstChild):a=h.ce("iframe"),a.style.
overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
facebook.com/plugins/like.php?href="+S(_ate.track.mgu(n.share.url,{defrag:1}))+"&
layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
_ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
=t.ost=1}}var
p,h=document,A={},f={},g=[],m=0,v=0,w=0,b=!0,x=-1!==h.domain.search(/\.addthis\.com$/
)?1:0;_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,facebook_send:c
,facebook_share:u}),_ate.share.registerSubscriber(r),_ate.share.registerListeners({
facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){L(e);var
t,a=e.el,o=n(42);return
t=Be(a.conf),o(t,a.share),H("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
,ready:e,compat:o,sub:r,load:s}}(),function(){function e(){return
window.gapi&&window.gapi.plusone}function t(){if(e())return
void(gapi&&gapi.plusone&&"[object
Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
```

137405...

```
i){if-1,var n=new
_ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
addEventListener("load",function(){t()}),n.load()}}function n(e){var
t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
._at_plusonecallback||function(e){var a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
a={};for(var o in
t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
a(e,n,a){if(!e.ost){var
o="googleplus_counter"===a?"plus":"plusone",i=Tt(e,"g:"+o),r=document.ce("g:"+o);_ate
.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
lang||("undefined"==typeof
i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||i.lang||_ate.ggl((n.conf||{}).ui_language)||"en-US",i.href=n.share.url=i.href||
_ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
standard":"small",i.callback=i.callback||"_at_"+o+"callback"):(i.href=e.share.acb
("google_plusone_share",n.share,addthis_config),
```

137406...

```
i.action="share"),_ate.share.goog.sub(n),_ate.util.each(i,function(e,t){r.
setAttribute(e,t)}),E(e,r,"google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1
,t()}}function o(e,n){if(!e.ost){e.title="Follow on Google+";var
a=Tt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
o=document.createElement("link");o.setAttribute("href",a.href),o.setAttribute("rel","
publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"","badge"===a.size|
|"smallbadge"===a.size){var
i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
lang||a.lang||_ate.ggl((n.conf||{}).ui_language||window.addthis_language)||"en-US",
_ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
()}else{var var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
text-decoration:none;color:#333;font:13px/16px
arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
large"===a.size?txt2='<br/><span
style="font-weight:bold;">'+a.name+"</span><br/><span> on Google+ </span>":txt='<span
style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
style="display:inline-block;vertical-align:top;
margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
",e.innerHTML='<span style="'+s+'">'+txt+"<img "+ieQ+'
src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+
"</span>",e.noh=e.ost=1,e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,Xt.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}};e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){return
ke({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Tt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=S(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
```

```
137406… height:" 25px " }, var i iframe title="AddThis " Frame?" tabindex=" iframeborder=" 0"
… role="presentation" scrolling="no" allowTransparency="true"
… scrollbars="no"'+(_ate.bro.ie6? src=\"javascript:''\"":"")+'
… style="width:'+r.width+";
… height:"+r.height+';">></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
… pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
… addthis_config.pubid||jt()),r.description=s.description=r.description||i.description|
… |i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
… ie6||_ate.bro.ie7?"?":"#")+"url"+S(r.url)+"&media="+S(r.media||i.media||"")+"&
… description="+S(r.description)+r.layout+"&ats="+S(_ate.util.rtoKV(s))+"&atc="+S(_ate.
… util.rtoKV(addthis_config))+"&href="+Vt.du+"&pubid="+jt()+"&cb="+_ate.cb+"&ssid="+
… _ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
… ,_ate.ed.addEventListener("addthis.pinterest.image",function(t){Xt.addthis_share||(Xt
… .addthis_share={}),Xt.addthis_share.passthrough||(Xt.addthis_share.passthrough={}),Xt
… .addthis_share.passthrough.pinterest_share||(Xt.addthis_share.passthrough.
… pinterest_share={});var
… n=Xt.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
… description,H("pinterest_share",e(i,r))}}else{var
… u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
… function(){Xt.addthis_share||(Xt.addthis_share={}),Xt.addthis_share.passthrough||(Xt.
… addthis_share.passthrough={}),Xt.addthis_share.passthrough.pinterest_share||(Xt.
… addthis_share.passthrough.pinterest_share={});var
… t=Xt.addthis_share.passthrough.pinterest_share;return
… t.pi_media=r.media,t.pi_media_desc=r.description,H("pinterest_share",e(i,r)),!1}}t.
… noh=t.ost=1}}var
… n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
… :t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
… function(t){var
… n=t.el,a=Tt(n,"pi:pinit"),o=e(n.share||Xt.addthis_share,a);H("pinterest_share",o),L(t
… )}}}})(),function(){function e(e,i,r){if(!e.ost){var
… s=(_ate.util.clone(i.share),{type:"webpage",url:i.share.url,title:i.share.title,style
… :"number"}),c=Tt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
… ,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
… bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
… nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
… cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
… ),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
… ost=1}}function t(){for(var
… e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
… getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
… =e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
… replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
… ;return r}function n(e,t){var n,a,o;for(var a in
… t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
… skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
… setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
… getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
… e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
… o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
… share.sinaweibo={like:e})(),function(){_ate.share=_ate.share||{},_ate.share.
… registerListeners({thefancy:{onclick:function(e){var
… t=e.el.share||addthis_share;H("thefancy",t),L(e)}}})}(),function(){function
… e(){return window.twttr&&window.twttr.events}function
… t(){if(window.twttr&&!window.twttr.events){s=1;var e=function(e){var
… t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
… url||e.target.baseURI,o=n.title||addthis.share.title,i={};for(t in
… addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
… i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
… track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
… _ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
… n(){return
… e()&&1===r?t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
… ,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
… a(e,t,a){if(!e.ost){var
… o,r,s=Tt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
… .share.url_transforms||{},t.share.url_transforms.defrag=1;var
… p=_ate.util.clone(t.share),h=_ate.bro.msi&&"BackCompat"===i.compatMode||t.conf.
… ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
```

137406...

```
underlined…typebr…
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=h?s.url.replace(/=/g,"%253D")=s.
url),-1===p.url.search(/\.+.*(\/|\?)//)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
A=c.passthrough.twitter||{};if(t.text=s.text=s.text||(t.share.title===Vt.title?A.text
:t.share.title)||"",t.related=s.related=s.related||A.related||"",t.hashtags=s.
hashtags=s.hashtags||A.hashtags||"",(s.via||A.via||t.text.match(/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||A.via||(t.text.match(/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),h)
{var f='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:''\"":"")+' style="width:'+u+'px;
height:'+l+'px;'></iframe>';E(e,f,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+S(s.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(
t.conf))+"&share="+S(d)+"&tw="+S(o)}else{e.text||(s.text=(c.title||"")+":"):var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e))e.noh=
e.ost=1}}function o(e,t){var
a=Tt(e,"tf"),o=Tt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
i=document,r=0,s=0,c=0;_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Tt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http'+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",S(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}function t(e,t){if(!e.ost){var
n=Tt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Tt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=S(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?" src=\"javascript:''\"":"")+' style="width:'+r+"px;
height:'+s+'px;'></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href="+S(
t.share.url)+"&dr="+S(_ate.dr)+"&conf="+S(_ate.util.toKV(t.conf))+"&share="+S(c)+"&li
="+S(n),e.noh=e.ost=1}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Wt?(window.event.returnValue=!1,Qt(Ut("more",0,t.share,t.conf),"_blank")):(Nt(),
window.addthis.menu(t,t.conf,t.share),!1)}},email:{require:function(e,t,n){return!(t.
```

137406…

```
noh[|_ate.bro.iph(|_ate.bro.iph[|_ate.bro.argv),onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,H(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}})}(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}_ate.share=_ate.share||{},_ate.util.
extend(_ate.share,{inBm:e})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof Xt.WebKitIntent)return!0;if("undefined"==typeof
Xt.Intent&&"undefined"==typeof Xt.WebKitIntent||"undefined"==typeof
Xt.navigator.startActivity&&"undefined"==typeof
Xt.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||((Xt.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},Xt.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){tn.update("share","url",e.data);for(var t in
e.extras)tn.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php",n+="?v=300&url="+encodeURIComponent(e.data),Xt.
open(n,"","width=700,height=500")}}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Ft.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Yt(l),
l=l||(_ate.smd||{}).rsc||""),l}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]|
|(n[e]=e);return
n}(),c=[],l=0,h=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Ft.map[i]===M||i.indexOf("
facebook_")>-1&&Ft.map.facebook!==M)&&l++,r===i&&(h=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(h=1));return
d=d.join(","),h||Ft.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,"").
split(","):[],u=O.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),X(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?n.services_compact+","+s:addthis_options),
addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
A,f,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],y={},C=0,E=11,k=0,R=n.product||"",_R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,f=h[v[B]]||new
RegExp("(?:^|,)("+v[B]+")(?:$|,)"),h[v[B]]=f,addthis_options=addthis_options.replace(
f,",").replace(",,",","),n.services_compact=n.services_compact.replace(f,",").
replace(f,",").replace(",,",","));for(B=0;B<g.length;B++)A=g[B],w[A]||(f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,-1===b.search(f)&&m.unshift(A));for(B=0;B<s.
length&&E>B;B++)A=s[B],f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1&&C++;for(B=0;B<s.
```

137406...

```
length&&(l.length-=2);B,B++)A=S[B],y[A]||w[A]||!(t.map[A]!==M||A.indexOf("facebook_")
>-1)||(y[A]=1,f=h[A]||new
RegExp("(?:^|,)("+A+")(?:$|,)"),h[A]=f,addthis_options.search(f)>-1?(x.push(A),
addthis_options=addthis_options.replace(f,","),replace(",,",","),k++):x.push(A));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&("==_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email/,|email|^email$/,""));addthis_options
.split(",").length>11;addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","));break}else
w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code){var
N=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(N,a[0].code)-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,h={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}(),function(){function e(e){var t=this,n=e||{};if(e
instanceof Array){n={};for var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){return e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
,function(){function e(){}function t(){}function n(e){}function a(){return!0}function
o(e){try{if(!e||!!e.url)return!1}var
t=Vt.du.split("#").shift().replace(/\/$/,""),n=e.url.split("#").shift().replace(/\/$/
,"");return
t===n?!0:e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore(e.
url),w[e.url])}catch(a){}return!1}function i(e){function t(){var
t=0,a=[];if(r--,0===r){for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void
i(e);for(a=_ate.util.filter(a,function(e,t){return!o(t)}),l=_ate.util.filter(l,
function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);a.callback(u(n(a),e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),h=e.pubid||_ate.pub(),m=!1,w=0;h&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+h+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,A(n,{pubid:h,domain:p},function(e,n){
return e?t():(c.push(n),void
t())})}),_ate.util.each(g.vector,function(e,n){r++,f(n,{pubid:h,domain:p},function(e,
n){return e?t():(l.push(n),void t())})})})}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length|||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,u&&o.score=u,l.push(r))}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
```

137406...

```
e.ab),e.ab||_ate.ab),e.b=b,t.url=u,l(t),u&&o.pco.push(c)}return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf("at_pco")>-1&&(t=n?t.replace(/at_pco=(.*)&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-"!==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:v?!1:(v=!0,g.e,void(_ate.ab=g.name))}function p(){return
_ate.ab.name}function h(e,t,n){var
a,o,i,r=_ate.pub(),s=!1,c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function A(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e.o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,h(a,o,n)}function
f(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e.o.
query={pubid:t.pubid||m},o.uid=e,h(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
isProCell:!0};_ate=_ate||{},_ate.data=_ate.data||{},_ate.feeds={setTestCell:d,
getTestCell:p,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:s},_ate.dctu=l}()
,_.start(_ate.ed)}var
Xt=window,sn=Xt.addthis_config||{};Xt.addthis&&Xt.addthis.timer&&(Xt.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(we(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=Xt.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(","),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=e.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(Xt.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,Xt.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n]){var
s=_e(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),Xt.addthis_bt2&&(_ate.bt2=Xt.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo)try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0)},_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Vt.
du.indexOf(_atr)>-1){var cn=_e($t.cookie,";");_ate._rec[_ate._rec.length-1](cn)}var
un={},ln=_ate.util.gsp("addthis_widget.js");if("object"==typeof
ln){if(ln.provider&&(un={provider:_ate.mun(ln.provider_code||ln.provider),auth:ln.
auth||ln.provider_auth||""},(ln.uid||ln.provider_uid)&&(un.uid=_ate.mun(ln.uid||ln.
provider_uid)),ln.logout&&(un.logout=1),ln.prv=un),ln.headless&&(_atc.xcs=1),ln.dnp
&&(_ate.dcp=Number.MAX_VALUE),ln.dnt&&(_atc.xtr=1),_ate.util.pae(ln),_ate.util.pas(/
_ate.util.pae),ln.domready&&(_atc.dr=1),ln.onready&&ln.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(ln.onready)}catch(en){N.error("addthis: onready function
("+ln.onready+") not
defined",en)}ln.async&&(_atc.xol=1)}ln.delayupgrade?_atc.noup=1:(_ate.ver>=152||(Xt.
addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
```

137406

```
loader{},t);(geo=_ate-geo}),Xt.addthis_conf|||").xo(en(_ate.xof-1)>1)if(
addthis_clickout&&_ate.lad([("cout"])}catch(en){N.error("main",en)}if(_adr.bindReady()
,Xt.JSON&&Xt.JSON.stringify?_adr.append>o:n.e(9,function(){N.debug("JSON not here,
adding json2"),n(689),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
_ate.util.rfromKV(e)}}function n(e){var
n;if(!o||".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
=e.origin,a(n)}}function
a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
o=!1,i=ge,r=!1;ke(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
addthis.com")&&(o=!0),Xt.attachEvent?(Xt.attachEvent("onmessage",n,!1),$t.attachEvent
("onmessage",n,!1)):Xt.addEventListener("message",n,!1),window.addthis._pml.push(n)),
r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
payload:a}),"*")},0)}}}}}(),tn.addEventListener("addthis.emailShare.close",function()
{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
o=e[a],i=t[a];return"string"!=typeof
o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
,n?o-o:o-i)}function i(){for(var
e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
r=t||[],s=0====r.length?{}:i(r),c=r;return
r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){c||(e="name");for(
var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];return
t},c.map=c.toMap,c.has=function(e){return
c.iskey(e)},c.maxKeys=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
t=0;t<e.length;t++)if(!c.iskey(e[t]))return!1;return!0},c.iskey=function(e){if("
string"==typeof e&&(e=e.split(",")),e instanceof Array)for(var
t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
0},c.keys=function(e,t,o){t||(t="name"),o||(o="score");var
i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
n},c.filter=function(t){for(var
n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
return
e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
code must consist entirely of letters, numbers and
underscores.");return!0}tn.logShare=function(t,n,a,o){var
i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
url=t,_ate.share.track(n,0,r,i))},tn.addClickTag=function(t,a,o,i){var
t=t||o&&o.url||addthis_share.url,r=n(24);return
e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),tn.user=
function(){function e(e,t){return
ve(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||t)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(tn,e[a]),tn),e},[["uid","",],["geo","",],["_ssh",[]]])}
function o(){_=1,n({rdy:1})}function i(e){return
_ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
)),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){if(b())return void
e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet(t),z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:tn
.HIGH
```

137407

```
})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.services=o
```

```
,z.activity={},z.activity.source=_ate.ts,z.activity.version=_ate.vts,z.source=m(),S.
location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("addthis.
user.data",window.addthis||{},{}))else"en"===_ate.jlng()||window.addthis_translations
?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("addthis.i18n.ready",
function(){u(e)}),_ate.alg())}function l(e){u(e)}function d(){return
_ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function h(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
A(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
f(){A("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
A("gts"),z.services}function m(){return A("gtt"),_ate.track.ts.get()}function
v(){return A("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function y(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&F.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function C(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
length;t++)if(!a[n.terms[t]])return!1}return!0}return!0}return!1}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(",",e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())}var
S={ready:u,isReturning:d,isOptedOut:h("ioo",b),isUserOf:h("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:f,services:g,location:v,
parseBT2Cookie:w};return
tn.session={source:m,isSocial:h("isl",y),isSearch:h("ish",C)},ke(M,S),e(function(e,t)
{return e[t]=new
tn._Queuer(t).call,e},M)}(),!window.addthis.osta){tn.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),tn.ready&&tn.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{}).__pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},ke(window.addthis.util,{
getServiceName:Pt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),ke(tn,_ate.api)}var
dn,pn,hn,An,fn,$t=document,gn=0,mn=M,Xt=window,vn={},wn={},bn={},xn=null,yn=[],Cn=[],
En=[],kn={rss:"Subscribe"},Mn={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},Rn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},_n
={feed:1,more:0,email:0,mailto:1},zn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Sn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),An=1}),re(function(e){if(e)
for(Mn.email=Mn.mailto=e[0][4],Mn.print=e[0][22],Mn.favorites=e[0][5],Mn.more=e[0][2]
;En.length>0;)fn=En.pop(),fn&&fn.link&&fn.title&&(fn.link.title=Mn[fn.title]||fn.link
.title)}),tn.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Tt,_ate.gat=b,tn.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,bn[t]=a;for(var i in tn.links){var
r=tn.links[i],s=new
```

```
RegExp(f+"\\b")):e:(r.i?r.iD=a:delete a[y]+"&",f[r.conf]||{},sel_rows&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c))))for(var i in tn.ems){var
r=tn.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,wn[t]=a)},tn._render=m,tn.button
=function(e,t,n){t=t||{},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},tn.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=$t.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),h=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(7,function(){n(655),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(8,function(){n(654)})
,_atc._ld_barcss=1),!l.fixed)){l.fixed=!0;for(var
A=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),f=r("DIV","
addthis_internal_container");l.childNodes.length>0;)f.appendChild(l.firstChild);a.
appendChild(f),A.appendChild(a),l.appendChild(A),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
setAttribute("className",l.className+"
addthis_bar_vertical_large")))l&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,p.share,!o,!o),l.appendChild(h)),h.className="atclear"}},tn.ready=
function(e){tn.ost||wt()||((tn.ost=1,x(),_ate.ed.fire("addthis.ready",tn),_ate.onr&&
_ate.onr(tn),y(),_ate.share.sub(),e&&"function"==typeof
e&&e())},tn.util.getAttributes=g,tn.ad=ke(tn.ad,_ate.ad),C(),_atc.xo1?(y(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",tn)}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Kt(e)){if(Wt)return
window.event&&(window.event.returnValue=!1),Qt(Ut(e,0,n,t),"_blank");Nt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),n(790)},function(e,t){e.
exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
:"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
1,vie:"vi",zh-cn:1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk",zh-tr:1,"chi-tr":"
zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
:"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase();0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js"),c=!0)}function o(){return c}var
i=n(17),r=n(21),s=n(152),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(40);e.exports=function i(e){var t=window.addthis_translations;o(e
```

137407_

```
instanceof Function;callback must be a
function"),0===a().indexOf("en")?e():t?e(t):setTimeout(function(){i(e)},100)}},
function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(2),i=n(45),r=n(36),s=n(16),n(22),c=n(7),u=n(60),l=n(44),d=n(29),p=n(19);e.
exports=function(e,t){if(t.ui_pane=="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(2),i=n(14),r=n(86);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(102).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location),loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t){e.exports=function(e){for(var
t=document.getElementsByTagName("script",n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t,n){var a=n(76);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
r=i.code,c=s["default"][r];if(!c)return null;var
u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
default"]=i;var r=n(751),s=a(r),c=new
RegExp(/^\d+$/);e.exports=t["default"]},function(e,t,n){"use strict";var
a=n(40),o=n(25),i=n(12),r=n(134),s=n(9),c=n(5).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}},function(e,t,n){var
a=n(7),o=n(5).makeCUID,i=n(17),r=n(20);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,l),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(820),o=n(814),i=n(7),r=n(36),s=n(86),c=n(815),u=n(87),l=n(816),d=n(156),p=n(155),
h=n(16),A=n(24),f=n(128),g=n(14),m=n(140),v=n(78),w=n(45),b=n(2),x=n(22),y=n(35),C=n(
9),E=n(20),k=n(47),M=n(94),R=window,_=document;e.exports=function(e,t){var
n=R.addthis_config?E(R.addthis_config):{},z=R.addthis_share?E(R.addthis_share):{};
switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=C(),z.service=z.media=void
0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
0!==t.title?t.title:z.title,z.description=void
0!==t.description?t.description:z.description,z.passthrough=void
0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",w(_.body,"more","","",n,z);break;case"mailto":R.location
.href=h(z,n,1);break;case"email":z.email_template=t.email_template||z.email_template,
```

```
z.email_vars=t.email_vars),z.email_vars,s(z,n);break;case"pinterest":case"
pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
addthis.menu.close();break;case"favorites":var
S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
url_transforms,I="Press <"+D+">+D to bookmark in
";B=k(B),S=A(S),S=y(S,U,z,e),S=g(e,z,n,S,1),b("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
Opera"):b("msedge")?alert(I+"Edge")?b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
_.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
break;case"skype":p(z,n);break;default:"twitter"===e&&(z.title=window.
encodeURIComponent(z.title),f(e)?v(e,z,n):_ate.share.inBm()||t.defaultShareToNewTab?
x(i(e,0,z,n),"_blank"):m(e,z,n))}M(z.service)||addthis.ed.fire("addthis.menu.share",
addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
a=n(171),o=e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a){if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c+=1)a=i[c],(!r||!r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window,u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
getPopServices=d;var p=function(){return
d().split(",")};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(104),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index)),o[e]=e)},empty
:function(){o={}}};e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(149),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=(n(134),n(6));e.exports=function
(e,t,n){var o,i,r=a(t)||{};return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i}},function(e,t,n){"use strict";function a(e){return
```

```
e?(e.indexOf("%")>=a&&(e=e(e)),e.indexOf(",")-1&&(e=e.split(",")[1]),e.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28)}function i(e,t){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a||t.province===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+"   continent: ";return
t+=e.continent()+"   country: "+e.country()+"   DMA: ",t+=e.dma()+"   latitude:
"+e.latitude()+"   longitude: ",t+=e.longitude()+"   MSA: "+e.msa()+"   province:
",t+=e.province()+"   throughput: "+e.throughput(),t+="   ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(1);e.exports=function(e){var t=[];return
a(e,function(e){t.push(e)}),t}},function(e,t,n){function
a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
o=n(73);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
o(t)&&c.call(e)==r||!1}var o=n(11),i=n(43),r="[object
Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t,n){"use
strict";function a(e){return e.reduce(function(e,t){var n=(t||{}).service;return
n&&(e[n]=w(n)),e},{})}function o(e,t,n,o){var
i={customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,isBrandingReduced:v.
isBrandingReduced(),initialInnerPane:e,initialMenuShare:t,initialMenuConfig:n,
topServices:p(_ate.cookie.rck("uss"),window.addthis_options)};return
o?(i.initialMenuType="follow",i.initialTotalServices=a(t._expandedMenuFollowServices|
|[])):(i.initialMenuType="share",i.initialTotalServices=_atw.list),i}function
i(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
r=n(2),s=n(12),c=n(13),u=n(4),l=n(3),d=n(113),p=n(723),h=n(14),A=n(725),f=n(720),g=n(
727),m=n(16),v=n(19),w=n(41),b=null;i.prototype={renderDesktopExpandedMenu:function(e
,t,n,a,i){d(function(r){var
s=r.createExpandedMenu,c=r.ExpandedMenuControllerView,u=o(t,n,a,i);u.hostNodeId=e,u.
eventDispatcher=addthis.ed,s(c,u)}))},open:function(e,t,n,a,o,i){var
c,u;A(t,n),c=s(!0,{},_ate.menu._menuConfig),u=s(!0,{},_ate.menu._menuShare),r("mob")?
_ate.menu.openMobileVersion(u,c,a,o,i):_ate.menu.openDesktopVersion(u,c,a),_ate.menu.
trackMenuOpened(n,t,u,c)},openMobileVersion:function(e,t,n,a,i){var
r=o(t.ui_pane||"expanded",e,t,n);r.isMobile=!0,r.mailtoUrl=m(e,t,!1),r.
trackUrlForCopyLink=h("link",e,t);var
s;if(this._crossWindowCommunicator){if(!a||!i)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(d){u.warn(d)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(r,a,i),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),s=g(this._crossWindowCommunicator,_ate.ed,addthis,c(_ate.menu.open,this,
null,t,e,n)),this._crossWindowCommunicator.setListener(s),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),l.listen(window,"beforeunload",
this._onWindowClose),l.listen(window,"unload",this._onWindowClose))},
openDesktopVersion:function(e,t,n){this._hasMountedExpandedMenu?_ate.ed.fire("addthis
.expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t,menuType:
n?"follow":"share",totalServices:n?a(e._expandedMenuFollowServices):_atw.list}):(this
._hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t,n))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate
.track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"==
=a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e})},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),l.unlisten(window,"
beforeunload",this._onWindowClose),l.unlisten(window,"unload",this._onWindowClose,
this._onWindowClose=null}},e.exports=function(){return b||(b=new
```

137407

```
i),b},function(e,t,n){var
a,o=n(2),i=n(1),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||(i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0)},t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=h(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(713),s=n(40),c=a(s),u=n(714),l=a(u),d=n(633),p=a(d),h=n(636).getIconCode,A=
document.createElement("style"),f=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};A.id="service-icons-"+g++,f.appendChild(A)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(80),i=n(50),r=n(734),s=a(r),c=n(718),u=a(c),l=n(717),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.SEARCH|i.DIRECT|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",")},10}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(6),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(34)(a.du),o=t.domain,r=0;r<e.length;r++){var
s=e[r];if(i(s,o))return!0}return!1},e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){e=e||function(){},n.e(2,function(t){var
```

137407⎯

```
a={craft:expandedMenu:m(846),expandedMenuController:n(880)}}};n(855)(e.bind(null,a)
)})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
a={},o={};a.delicious=function(e){e(n(658))},o.delicious=function(e){n.e(208,function
(){e(n(432))})}},a.digg=function(e){e(n(659))},o.digg=function(e){n.e(205,function(){e
(n(435))})}},a.facebook=function(e){e(n(661))},o.facebook=function(e){n.e(189,function
(){e(n(451))})}},a.google=function(e){e(n(663))},o.google=function(e){n.e(170,function
(){e(n(470))})}},a.linkedin=function(e){e(n(664))},o.linkedin=function(e){n.e(140,
function(){e(n(500))})}},a.reddit=function(e){e(n(668))},o.reddit=function(e){n.e(92,
function(){e(n(548))})}},a.stumbleupon=function(e){e(n(670))},o.stumbleupon=function(e
){n.e(64,function(){e(n(576))})}},a.tumblr=function(e){e(n(671))},o.tumblr=function(e)
{n.e(47,function(){e(n(593))})}},a.twitter=function(e){e(n(672))},o.twitter=function(e
){n.e(45,function(){e(n(595))})}},a.myspace=function(e){e(n(666))},o.myspace=function(
e){n.e(122,function(){e(n(518))})}},a.blogger=function(e){e(n(657))},o.blogger=
function(e){n.e(225,function(){e(n(415))})}},a.print=function(e){e(n(667))},o.print=
function(e){n.e(100,function(){e(n(540))})}},a.favorites=function(e){e(n(662))},o.
favorites=function(e){n.e(183,function(){e(n(457))})}},a.email=function(e){e(n(660))},
o.email=function(e){n.e(194,function(){e(n(446))})}},a.wykop=function(e){e(n(675))},o.
wykop=function(e){n.e(24,function(){e(n(616))})}},a.mailto=function(e){e(n(665))},o.
mailto=function(e){n.e(137,function(){e(n(503))})}},a.sinaweibo=function(e){e(n(669))}
,o.sinaweibo=function(e){n.e(83,function(){e(n(557))})}},a.vk=function(e){e(n(673))},o
.vk=function(e){n.e(34,function(){e(n(606))})}},a.whatsapp=function(e){e(n(674))},o.
whatsapp=function(e){n.e(27,function(){e(n(613))})}},a.addthis=function(e){e(n(656))},
o.addthis=function(e){n.e(244,function(){e(n(396))})}},a.aim=function(e){e(n(460,
function(){e(n(180))})}},o.aim=function(e){n.e(240,function(){e(n(400))})}},a.
amazonwishlist=function(e){e(n(459,function(){e(n(181))})}},o.amazonwishlist=function(
e){n.e(239,function(){e(n(401))})}},a.bitly=function(e){n.e(448,function(){e(n(192))})
}},o.bitly=function(e){n.e(228,function(){e(n(412))})}},a.blogmarks=function(e){n.e(444
,function(){e(n(196))})}},o.blogmarks=function(e){n.e(223,function(){e(n(417))})}},a.
diigo=function(e){n.e(426,function(){e(n(214))})}},o.diigo=function(e){n.e(203,
function(){e(n(437))})}},a.faves=function(e){n.e(409,function(){e(n(231))})}},o.faves=
function(e){n.e(184,function(){e(n(456))})}},a.hatena=function(e){n.e(391,function(){e
(n(249))})}},o.hatena=function(e){n.e(164,function(){e(n(476))})}},a.meneame=function(
e){n.e(358,function(){e(n(282))})}},o.meneame=function(e){n.e(129,function(){e(n(511))
}},a.netvibes=function(e){n.e(348,function(){e(n(292))})}},o.netvibes=function(e){n.e(
118,function(){e(n(522))})}},a.netvouz=function(e){n.e(347,function(){
```
137408⎯
```
e(n(293))})}},o.netvouz=function(e){n.e(117,function(){e(n(523))})}},a.newsvine=
function(e){n.e(345,function(){e(n(295))})}},o.newsvine=function(e){n.e(115,function()
{e(n(525))})}},a.nujij=function(e){n.e(344,function(){e(n(296))})}},o.nujij=function(e)
{n.e(114,function(){e(n(526))})}},a.thisnext=function(e){n.e(284,function(){e(n(356))}
)}},o.thisnext=function(e){n.e(50,function(){e(n(590))})}},a.livejournal=function(e){n.
e(366,function(){e(n(274))})}},o.livejournal=function(e){n.e(138,function(){e(n(502))}
)}},a.gmail=function(e){n.e(398,function(){e(n(242))})}},o.gmail=function(e){n.e(172,
function(){e(n(468))})}},a.hotmail=function(e){n.e(387,function(){e(n(253))})}},o.
hotmail=function(e){n.e(160,function(){e(n(480))})}},a.yahoomail=function(e){n.e(261,
function(){e(n(379))})}},o.yahoomail=function(e){n.e(22,function(){e(n(618))})}},a.
aolmail=function(e){n.e(457,function(){e(n(183))})}},o.aolmail=function(e){n.e(237,
function(){e(n(403))})}},a.googletranslate=function(e){n.e(394,function(){e(n(246))})}
,o.googletranslate=function(e){n.e(167,function(){e(n(473))})}},a.wordpress=function(e
){n.e(263,function(){e(n(377))})}},o.wordpress=function(e){n.e(25,function(){e(n(615))
})}},a.typepad=function(e){n.e(280,function(){e(n(360))})}},o.typepad=function(e){n.e(
44,function(){e(n(596))})}},a.yammer=function(e){n.e(260,function(){e(n(380))})}},o.
yammer=function(e){n.e(21,function(){e(n(619))})}},a.oknotizie=function(e){n.e(341,
function(){e(n(299))})}},o.oknotizie=function(e){n.e(111,function(){e(n(529))})}},a.
oyyla=function(e){n.e(339,function(){e(n(301))})}},o.oyyla=function(e){n.e(109,
function(){e(n(531))})}},a.favoritus=function(e){n.e(408,function(){e(n(232))})}},o.
favoritus=function(e){n.e(182,function(){e(n(458))})}},a.startaid=function(e){n.e(302,
function(){e(n(338))})}},o.startaid=function(e){n.e(69,function(){e(n(571))})}},a.svejo
=function(e){n.e(293,function(){e(n(347))})}},o.svejo=function(e){n.e(59,function(){e(
n(581))})}},a.symbaloo=function(e){n.e(292,function(){e(n(348))})}},o.symbaloo=function
(e){n.e(58,function(){e(n(582))})}},a.yoolink=function(e){n.e(257,function(){e(n(383))
})}},o.yoolink=function(e){n.e(18,function(){e(n(622))})}},a.youmob=function(e){n.e(255
,function(){e(n(385))})}},o.youmob=function(e){n.e(16,function(){e(n(624))})}},a.n4g=
```

137408...

```
function(e){n.e(350,function(){e(n(296))})},o.mag=function(e){n.e(20,function(){e(n(
520))})},a.folkd=function(e){n.e(404,function(){e(n(236))})},o.folkd=function(e){n.e(
178,function(){e(n(462))})},a.evernote=function(e){n.e(416,function(){e(n(224))})},o.
evernote=function(e){n.e(192,function(){e(n(448))})},a.stumpedia=function(e){n.e(297,
function(){e(n(343))})},o.stumpedia=function(e){n.e(63,function(){e(n(577))})},a.
studivz=function(e){n.e(299,function(){e(n(341))})},o.studivz=function(e){n.e(66,
function(){e(n(574))})},a.pusha=function(e){n.e(329,function(){e(n(311))})},o.pusha=
function(e){n.e(98,function(){e(n(542))})},a.kledy=function(e){n.e(372,function(){e(n
(268))})},o.kledy=function(e){n.e(145,function(){e(n(495))})},a.plurk=function(e){n.e
(333,function(){e(n(307))})},o.plurk=function(e){n.e(103,function(){e(n(537))})},a.
citeulike=function(e){n.e(435,function(){e(n(205))})},o.citeulike=function(e){n.e(214
,function(){e(n(426))})},a.care2=function(e){n.e(436,function(){e(n(204))})},o.care2=
function(e){n.e(215,function(){e(n(425))})},a.baidu=function(e){n.e(454,function(){e(
n(186))})},o.baidu=function(e){n.e(234,function(){e(n(406))})},a.printfriendly=
function(e){n.e(330,function(){e(n(310))})},o.printfriendly=function(e){n.e(99,
function(){e(n(541))})},a.arto=function(e){n.e(455,function(){e(n(185))})},o.arto=
function(e){n.e(235,function(){e(n(405))})},a.sodahead=function(e){n.e(308,function()
{e(n(332))})},o.sodahead=function(e){n.e(75,function(){e(n(565))})},a.viadeo=function
(e){n.e(276,function(){e(n(364))})},o.viadeo=function(e){n.e(40,function(){e(n(600))}
)},a.amenme=function(e){n.e(458,function(){e(n(182))})},o.amenme=function(e){n.e(238,
function(){e(n(402))})},a.virb=function(e){n.e(272,function(){e(n(368))})},o.virb=
function(e){n.e(36,function(){e(n(604))})},a.bizsugar=function(e){n.e(447,function(){
e(n(193))})},o.bizsugar=function(e){n.e(227,function(){e(n(413))})},a.bobrdobr=
function(e){n.e(443,function(){e(n(197))})},o.bobrdobr=function(e){n.e(222,function()
{e(n(418))})},a.smiru=function(e){n.e(310,function(){e(n(330))})},o.smiru=function(e)
{n.e(77,function(){e(n(563))})},a.stuffpit=function(e){n.e(298,function(){e(n(342))})
},o.stuffpit=function(e){n.e(65,function(){e(n(575))})},a.fabulously40=function(e){n.
e(414,function(){e(n(226))})},o.fabulously40=function(e){n.e(190,function(){e(n(450))
})},a.yorumcuyum=function(e){n.e(256,function(){e(n(384))})},o.yorumcuyum=function(e)
{n.e(17,function(){e(n(623))})},a.hackernews=function(e){n.e(392,function(){e(n(248))
})},o.hackernews=function(e){n.e(165,function(){e(n(475))})},a.bonzobox=function(e){n
.e(442,function(){e(n(198))})},o.bonzobox=function(e){n.e(221,function(){e(n(419))})}
,a.meinvz=function(e){n.e(362,function(){e(n(278))})},o.meinvz=function(e){n.e(133,
function(){e(n(507))})},a.visitezmonsite=function(e){n.e(271,function(){e(n(369))})},
o.visitezmonsite=function(e){n.e(35,function(){e(n(605))})},a.memori=function(e){n.e(
360,function(){e(n(280))})},o.memori=function(e){n.e(131,function(){e(n(509))})},a.
diggita=function(e){n.e(427,function(){e(n(213))})},o.diggita=function(e){n.e(204,
function(){e(n(436))})},a.linkuj=function(e){n.e(367,function(){e(n(273))})},o.linkuj
=function(e){n.e(139,function(){e(n(501))})},a.tuenti=function(e){n.e(282,function(){
e(n(358))})},o.tuenti=function(e){n.e(48,function(){e(n(592))})},a.informazione=
function(e){n.e(384,function(){e(n(256))})},o.informazione=function(e){n.e(157,
function(){e(n(483))})},a.startlap=function(e){n.e(301,function(){e(n(339))})},o.
startlap=function(e){n.e(68,function(){e(n(572))})},a.moemesto=function(e){n.e(354,
function(){e(n(286))})},o.moemesto=function(e){n.e(125,function(){e(n(515))})},a["
100zakladok"]=function(e){n.e(467,function(){e(n(173))})},o["100zakladok"]=function(e
){n.e(248,function(){e(n(392))})},a.domaintoolswhois=function(e){n.e(424,function(){e
(n(216))})},o.domaintoolswhois=function(e){n.e(201,function(){e(n(439))})},a.
quantcast=function(e){n.e(327,function(){e(n(313))})},o.quantcast=function(e){n.e(96,
function(){e(n(544))})},a.w3validator=function(e){n.e(267,function(){e(n(373))})},o.
w3validator=function(e){n.e(30,function(){e(n(610))})},a.hedgehogs=function(e){n.e(
390,function(){e(n(250))})},o.hedgehogs=function(e){n.e(163,function(){e(n(477))})},a
.cosmiq=function(e){n.e(431,function(){e(n(209))})},o.cosmiq=function(e){n.e(210,
function(){e(n(430))})},a.instapaper=function(e){n.e(382,function(){e(n(258))})},o.
instapaper=function(e){n.e(155,function(){e(n(485))})},a.ziczac=function(e){n.e(250,
function(){e(n(390))})},o.ziczac=function(e){n.e(11,function(){e(n(629))})},a.adifni=
function(e){n.e(462,function(){e(n(178))})},o.adifni=function(e){n.e(242,function(){e
(n(398))})},a.favable=function(e){n.e(410,function(){e(n(230))})},o.favable=function(
e){n.e(185,function(){e(n(455))})},a.camyoo=function(e){n.e(437,function(){e(n(203))}
)},o.camyoo=function(e){n.e(216,function(){e(n(424))})},a.box=function(e){n.e(439,
function(){e(n(201))})},o.box=function(e){n.e(218,function(){e(n(422))})},a.
bookmarkcyz=function(e){n.e(441,function(){e(n(199))})},o.bookmarkcyz=function(e){n.e
(220,function(){e(n(420))})},a.etsy=function(e){n.e(417,function(){e(n(223))})},o.
etsy=function(e){n.e(193,function(){e(n(447))})},a.bookmerkende=function(e){n.e(440,
function(){e(n(200))})},o.bookmerkende=function(e){n.e(219,function(){e(n(421))})},a.
posteezy=function(e){n.e(331,function(){e(n(309))})},o.posteezy=function(e){n.e(101,
function(){e(n(539))})},a.zakladoknet=function(e){n.e(251,function(){e(n(389))})},o.
zakladoknet=function(e){n.e(12,function(){e(n(628))})},a.douban=function(e){n.e(423,
function(){e(n(217))})},o.douban=function(e){n.e(200,function(){e(n(440))})},a.
```

```
137408...  pdfmyurl=function(e){n.e(337,function(){e(n(393))})},o.pdfmyurl=function(e){n.e(107,
  ...      function(){e(n(533))})}},a.rediff=function(e){n.e(323,function(){e(n(317))})}},o.rediff
  ...      =function(e){n.e(91,function(){e(n(549))})}},a.markme=function(e){n.e(364,function(){e
  ...      (n(276))})}},o.markme=function(e){n.e(135,function(){e(n(505))})}},a.naszaklasa=
  ...      function(e){n.e(349,function(){e(n(291))})}},o.naszaklasa=function(e){n.e(119,function
  ...      (){e(n(521))})}},a.vybralisme=function(e){n.e(268,function(){e(n(372))})}},o.vybralisme
  ...      =function(e){n.e(31,function(){e(n(609))})}},a.mymailru=function(e){n.e(352,function()
  ...      {e(n(288))})}},o.mymailru=function(e){n.e(123,function(){e(n(517))})}},a.qzone=function
  ...      (e){n.e(325,function(){e(n(315))})}},o.qzone=function(e){n.e(94,function(){e(n(546))})}
  ...      }},a.xing=function(e){n.e(262,function(){e(n(378))})}},o.xing=function(e){n.e(23,
  ...      function(){e(n(617))})}},a.fashiolista=function(e){n.e(411,function(){e(n(229))})}},o.
  ...      fashiolista=function(e){n.e(186,function(){e(n(454))})}},a.newsmeback=function(e){n.e(
  ...      346,function(){e(n(294))})}},o.newsmeback=function(e){n.e(116,function(){e(n(524))})}},
  ...      a.iorbix=function(e){n.e(380,function(){e(n(260))})}},o.iorbix=function(e){n.e(153,
  ...      function(){e(n(487))})}},a.urlaubswerkde=function(e){n.e(277,function(){e(n(363))})}},o
  ...      .urlaubswerkde=function(e){n.e(41,function(){e(n(599))})}},a.mrcnetworkit=function(e){
  ...      n.e(353,function(){e(n(287))})}},o.mrcnetworkit=function(e){n.e(124,function(){e(n(516
  ...      ))})}},a.pafnetde=function(e){n.e(338,function(){e(n(302))})}},o.pafnetde=function(e){n
  ...      .e(108,function(){e(n(532))})}},a.spinsnap=function(e){n.e(306,function(){e(n(334))})}}
  ...      ,o.spinsnap=function(e){n.e(73,function(){e(n(567))})}},a.technerd=function(e){n.e(290
  ...      ,function(){e(n(350))})}},o.technerd=function(e){n.e(56,function(){e(n(584))})}},a.
  ...      thefreedictionary=function(e){n.e(285,function(){e(n(355))})}},o.thefreedictionary=
  ...      function(e){n.e(51,function(){e(n(589))})}},a.yuuby=function(e){n.e(252,function(){e(n
  ...      (388))})}},o.yuuby=function(e){n.e(13,function(){e(n(627))})}},a.efactor=function(e){n.
  ...      e(419,function(){e(n(221))})}},o.efactor=function(e){n.e(196,function(){e(n(444))})}},a
  ...      .adfty=function(e){n.e(463,function(){e(n(177))})}},o.adfty=function(e){n.e(243,
  ...      function(){e(n(397))})}},a.draugiem=function(e){n.e(422,function(){e(n(218))})}},o.
  ...      draugiem=function(e){n.e(199,function(){e(n(441))})}},a.historious=function(e){n.e(389
  ...      ,function(){e(n(251))})}},o.historious=function(e){n.e(162,function(){e(n(478))})}},a.
  ...      indexor=function(e){n.e(385,function(){e(n(255))})}},o.indexor=function(e){n.e(158,
  ...      function(){e(n(482))})}},a.facebook_like=function(e){n.e(413,function(){e(n(227))})}},o
  ...      .facebook_like=function(e){n.e(188,function(){e(n(452))})}},a.voxopolis=function(e){n.
  ...      e(269,function(){e(n(371))})}},o.voxopolis=function(e){n.e(32,function(){e(n(608))})}},
  ...      a.memonic=function(e){n.e(361,function(){e(n(279))})}},o.memonic=function(e){n.e(132,
  ...      function(){e(n(508))})}},a.addressbar=function(e){n.e(464,function(){e(n(176))})}},o.
  ...      addressbar=function(e){n.e(245,function(){e(n(395))})}},a.kaixin=function(e){n.e(377,
  ...      function(){e(n(263))})}},o.kaixin=function(e){n.e(150,function(){e(n(490))})}},a.
  ...      odnoklassniki_ru=function(e){n.e(342,function(){e(n(298))})}},o.odnoklassniki_ru=
  ...      function(e){n.e(112,function(){e(n(528))})}},a.zingme=function(e){n.e(249,function(){e
  ...      (n(391))})}},o.zingme=function(e){n.e(10,function(){e(n(630))})}},a.jappy=function(e){n
  ...      .e(379,function(){e(n(261))})}},o.jappy=function(e){n.e(152,function(){e(n(488))})}},a.
  ...      vkrugudruzei=function(e){n.e(270,function(){e(n(370))})}},o.vkrugudruzei=function(e){n
  ...      .e(33,function(){e(n(607))})}},a.stylishhome=function(e){n.e(296,function(){e(n(344))}
  ...      )}},o.stylishhome=function(e){n.e(62,function(){e(n(578))})}},a.kindleit=function(e){n.
  ...      e(373,function(){e(n(267))})}},o.kindleit=function(e){n.e(146,function(){e(n(494))})}},
  ...      a.scoopit=function(e){n.e(317,function(){e(n(323))})}},o.scoopit=function(e){n.e(85,
  ...      function(){e(n(555))})}},a.govn=function(e){n.e(393,function(){e(n(247))})}},o.govn=
  ...      function(e){n.e(166,function(){e(n(474))})}},a.skyrock=function(e){n.e(314,function(){
  ...      e(n(326))})}},o.skyrock=function(e){n.e(81,function(){e(n(559))})}},a.ketnooi=function(
  ...      e){n.e(375,function(){e(n(265))})}},o.ketnooi=function(e){n.e(148,function(){e(n(492)
  ...      )})}},a.taringa=function(e){n.e(291,function(){e(n(349))})}},o.taringa=function(e){n.e(
  ...      57,function(){e(n(583))})}},a.researchgate=function(e){n.e(321,function(){e(n(319))})}}
  ...      ,o.researchgate=function(e){n.e(89,function(){e(n(551))})}},a.blogkeen=function(e){n.e
  ...      (445,function(){e(n(195))})}},o.blogkeen=function(e){n.e(224,function(){e(n(416))})}},a
  ...      .mendeley=function(e){n.e(359,function(){e(n(281))})}},o.mendeley=function(e){n.e(130,
  ...      function(){e(n(510))})}},a.qrsrc=function(e){n.e(328,function(){e(n(312))})}},o.qrsrc=
  ...      function(e){n.e(97,function(){e(n(543))})}},a.bland=function(e){n.e(446,function(){e(n
  ...      (194))})}},o.bland=function(e){n.e(226,function(){e(n(414))})}},a.sharer=function(e){n.
  ...      e(316,function(){e(n(324))})}},o.sharer=function(e){n.e(84,function(){e(n(556))})}},a.
  ...      safelinking=function(e){n.e(318,function(){e(n(322))})}},o.safelinking=function(e){n.e
  ...      (86,function(){e(n(554))})}},a.cleanprint=function(e){n.e(434,function(){e(n(206))})}},
  ...      o.cleanprint=function(e){n.e(213,function(){e(n(427))})}},a.disqus=function(e){n.e(425
  ...      ,function(){e(n(215))})}},o.disqus=function(e){n.e(202,function(){e(n(438))})}},a.
  ...      surfingbird=function(e){n.e(294,function(){e(n(346))})}},o.surfingbird=function(e){n.e
  ...      (60,function(){e(n(580))})}},a.lidar=function(e){n.e(370,function(){e(n(270))})}},o.
  ...      lidar=function(e){n.e(143,function(){e(n(497))})}},a.buffer=function(e){n.e(438,
  ...      function(){e(n(202))})}},o.buffer=function(e){n.e(217,function(){e(n(423))})}},a.
  ...      beat100=function(e){n.e(451,function(){e(n(189))})}},o.beat100=function(e){n.e(231,
```

Page 4363

```
function(){e(n(409))})}},a.cssbased=function(e){n.e(430,function(){e(n(216))})}},o.
cssbased=function(e){n.e(209,function(){e(n(431))})},a.yookos=function(e){n.e(258,
function(){e(n(382))})}},o.yookos=function(e){n.e(19,function(){e(n(621))})},a.supbro=
function(e){n.e(295,function(){e(n(345))})},o.supbro=function(e){n.e(61,function(){e(
n(579))})},a.google_plusone_share=function(e){n.e(395,function(){e(n(245))})},o.
google_plusone_share=function(e){n.e(168,function(){e(n(472))})},a.apsense=function(e
){n.e(456,function(){e(n(184))})},o.apsense=function(e){n.e(236,function(){e(n(404))}
)},a.cleansave=function(e){n.e(433,function(){e(n(207))})},o.cleansave=function(e){n.
e(212,function(){e(n(428))})},a.openthedoor=function(e){n.e(340,function(){e(n(300))}
)},o.openthedoor=function(e){n.e(110,function(){e(n(530))})},a.advqr=function(e){n.e(
461,function(){e(n(179))})},o.advqr=function(e){n.e(241,function(){e(n(399))})},a.
pocket=function(e){n.e(332,function(){e(n(308))})},o.pocket=function(e){n.e(102,
function(){e(n(538))})},a.margarin=function(e){n.e(365,function(){e(n(275))})},o.
margarin=function(e){n.e(136,function(){e(n(504))})},a.gg=function(e){n.e(401,
function(){e(n(239))})},o.gg=function(e){n.e(175,function(){e(n(465))})},a.foodlve=
function(e){n.e(403,function(){e(n(237))})},o.foodlve=function(e){n.e(177,function(){
e(n(463))})},a.thefancy=function(e){n.e(286,function(){e(n(354))})},o.thefancy=
function(e){n.e(52,function(){e(n(588))})},a.mixi=function(e){n.e(355,function(){e(n(
285))})},o.mixi=function(e){n.e(126,function(){e(n(514))})},a.wishmindr=function(e){n
.e(264,function(){e(n(376))})},o.wishmindr=function(e){n.e(26,function(){e(n(614))})}
,a.pinterest_share=function(e){n.e(334,function(){e(n(306))})},o.pinterest_share=
function(e){n.e(104,function(){e(n(536))})},a.financialjuice=function(e){n.e(407,
function(){e(n(233))})},o.financialjuice=function(e){n.e(181,function(){e(n(459))})},
a.myvidster=function(e){n.e(351,function(){e(n(289))})},o.myvidster=function(e){n.e(
121,function(){e(n(519))})},a.exchangle=function(e){n.e(415,function(){e(n(225))})},o
.exchangle=function(e){n.e(191,function(){e(n(449))})},a.wanelo=function(e){n.e(266,
function(){e(n(374))})},o.wanelo=function(e){n.e(29,function(){e(n(611))})},a.
hootsuite=function(e){n.e(388,function(){e(n(252))})},o.hootsuite=function(e){n.e(161
,function(){e(n(479))})},a.internetarchive=function(e){n.e(381,function(){e(n(259))})
},o.internetarchive=function(e){n.e(154,function(){e(n(486))})},a.behance=function(e)
{n.e(450,function(){e(n(190))})},o.behance=function(e){n.e(230,function(){e(n(410))})
},a.vimeo=function(e){n.e(274,function(){e(n(366))})},o.vimeo=function(e){n.e(38,
function(){e(n(602))})},a.flickr=function(e){n.e(406,function(){e(n(234))})},o.flickr
=function(e){n.e(180,function(){e(n(460))})},a.instagram=function(e){n.e(383,function
(){e(n(257))})},o.instagram=function(e){n.e(156,function(){e(n(484))})},a.foursquare=
function(e){n.e(402,function(){e(n(238))})},o.foursquare=function(e){n.e(176,function
(){e(n(464))})},a.rss=function(e){n.e(319,function(){e(n(321))})},o.rss=function(e){n
.e(87,function(){e(n(553))})},a.youtube=function(e){n.e(254,function(){e(n(386))})},o
.youtube=function(e){n.e(15,function(){e(n(625))})},a.flipboard=function(e){n.e(405,
function(){e(n(235))})},o.flipboard=function(e){n.e(179,function(){e(n(461))})},a.
retellity=function(e){n.e(320,function(){e(n(320))})},o.retellity=function(e){n.e(88,
function(){e(n(552))})},a.nurses_lounge=function(e){n.e(343,function(){e(n(297))})},o
.nurses_lounge=function(e){n.e(113,function(){e(n(527))})},a.kik=function(e){n.e(374,
function(){e(n(266))})},o.kik=function(e){n.e(147,function(){e(n(493))})},a.yummly=
function(e){n.e(253,function(){e(n(387))})},o.yummly=function(e){n.e(14,function(){e(
n(626))})},a.viber=function(e){n.e(275,function(){e(n(365))})},o.viber=function(e){n.
e(39,function(){e(n(601))})},a.edcast=function(e){n.e(420,function(){e(n(220))})},o.
edcast=function(e){n.e(197,function(){e(n(443))})},a.slack=function(e){n.e(313,
function(){e(n(327))})},o.slack=function(e){n.e(80,function(){e(n(560))})},a.skype=
function(e){n.e(315,function(){e(n(325))})},o.skype=function(e){n.e(82,function(){e(n
(558))})},a.link=function(e){n.e(368,function(){e(n(272))})},o.link=function(e){n.e(
141,function(){e(n(499))})},a.houzz=function(e){n.e(386,function(){e(n(254))})},o.
houzz=function(e){n.e(159,function(){e(n(481))})},a.google_classroom=function(e){n.e(
396,function(){e(n(244))})},o.google_classroom=function(e){n.e(169,function(){e(n(471
))})},a.renren=function(e){n.e(322,function(){e(n(318))})},o.renren=function(e){n.e(
90,function(){e(n(550))})},a.tencentweibo=function(e){n.e(287,function(){e(n(353))})}
,o.tencentweibo=function(e){n.e(53,function(){e(n(587))})},a.lineme=function(e){n.e(
369,function(){e(n(271))})},o.lineme=function(e){n.e(142,function(){e(n(498))})},a.
kakao=function(e){n.e(376,function(){e(n(264))})},o.kakao=function(e){n.e(149,
function(){e(n(491))})},a.telegram=function(e){n.e(289,function(){e(n(351))})},o.
telegram=function(e){n.e(55,function(){e(n(585))})},a.balatarin=function(e){n.e(453,
function(){e(n(187))})},o.balatarin=function(e){n.e(233,function(){e(n(407))})},a.
pinboard=function(e){n.e(335,function(){e(n(305))})},o.pinboard=function(e){n.e(105,
function(){e(n(535))})},a.diary_ru=function(e){n.e(428,function(){e(n(212))})},o.
diary_ru=function(e){n.e(206,function(){e(n(434))})},a["500px"]=function(e){n.e(466,
function(){e(n(174))})},o["500px"]=function(e){n.e(247,function(){e(n(393))})},a.
aboutme=function(e){n.e(465,function(){e(n(175))})},o.aboutme=function(e){n.e(246,
function(){e(n(394))})},a.bandcamp=function(e){n.e(452,function(){e(n(188))})},o.
```

```
bandcamp=function(e){n.e(232,function(){e(n(198)})})},o.bitbucket=function(e){n.e(449,
function(){e(n(191))})}},a.bitbucket=function(e){n.e(229,function(){e(n(411))})},a.
dribbble=function(e){n.e(421,function(){e(n(219))})}},o.dribbble=function(e){n.e(198,
function(){e(n(442))})}},a.github=function(e){n.e(400,function(){e(n(240))})},o.github
=function(e){n.e(174,function(){e(n(466))})}},a.gitlab=function(e){n.e(399,function(){
e(n(241))})},o.gitlab=function(e){n.e(173,function(){e(n(467))})}},a.medium=function(e
){n.e(363,function(){e(n(277))})}},o.medium=function(e){n.e(134,function(){e(n(506))})
}},a.mixcloud=function(e){n.e(356,function(){e(n(284))})}},o.mixcloud=function(e){n.e(
127,function(){e(n(513))})}},a.periscope=function(e){n.e(336,function(){e(n(304))})}},o
.periscope=function(e){n.e(106,function(){e(n(534))})}},a.quora=function(e){n.e(326,
function(){e(n(314))})}},o.quora=function(e){n.e(95,function(){e(n(545))})}},a.slashdot
=function(e){n.e(312,function(){e(n(328))})}},o.slashdot=function(e){n.e(79,function(){
e(n(561))})}},a.slideshare=function(e){n.e(311,function(){e(n(329))})}},o.slideshare=
function(e){n.e(78,function(){e(n(562))})}},a.snapchat=function(e){n.e(309,function(){
e(n(331))})}},o.snapchat=function(e){n.e(76,function(){e(n(564))})}},a.soundcloud=
function(e){n.e(307,function(){e(n(333))})}},o.soundcloud=function(e){n.e(74,function(
){e(n(566))})}},a.spotify=function(e){n.e(305,function(){e(n(335))})}},o.spotify=
function(e){n.e(72,function(){e(n(568))})}},a.stack_overflow=function(e){n.e(303,
function(){e(n(337))})}},o.stack_overflow=function(e){n.e(70,function(){e(n(570))})}},a
.steam=function(e){n.e(300,function(){e(n(340))})}},o.steam=function(e){n.e(67,
function(){e(n(573))})}},a.twitch=function(e){n.e(281,function(){e(n(359))})}},o.twitch
=function(e){n.e(46,function(){e(n(594))})}},a.vine=function(e){n.e(273,function(){e(n
(367))})}},o.vine=function(e){n.e(37,function(){e(n(603))})}},a.trello=function(e){n.e(
283,function(){e(n(357))})}},o.trello=function(e){n.e(49,function(){e(n(591))})}},a.
wechat=function(e){n.e(265,function(){e(n(375))})}},o.wechat=function(e){n.e(28,
function(){e(n(612))})}},a.tencentqq=function(e){n.e(288,function(){e(n(352))})}},o.
tencentqq=function(e){n.e(54,function(){e(n(586))})}},a.deviantart=function(e){n.e(429
,function(){e(n(211))})}},o.deviantart=function(e){n.e(207,function(){e(n(433))})}},a.
ello=function(e){n.e(418,function(){e(n(222))})}},o.ello=function(e){n.e(195,function(e
){e(n(445))})}},a.goodreads=function(e){n.e(397,function(){e(n(243))})}},o.goodreads=
function(e){n.e(171,function(){e(n(469))})}},a.jsfiddle=function(e){n.e(378,function()
{e(n(262))})}},o.jsfiddle=function(e){n.e(151,function(){e(n(489))})}},a.letterboxd=
function(e){n.e(371,function(){e(n(269))})}},o.letterboxd=function(e){n.e(144,function
(){e(n(496))})}},a.ravelry=function(e){n.e(324,function(){e(n(316))})}},o.ravelry=
function(e){n.e(93,function(){e(n(547))})}},a.stack_exchange=function(e){n.e(304,
function(){e(n(336))})}},o.stack_exchange=function(e){n.e(71,function(){e(n(569))})}},a
.untappd=function(e){n.e(278,function(){e(n(362))})}},o.untappd=function(e){n.e(42,
function(){e(n(598))})}},a.yelp=function(e){n.e(259,function(){e(n(381))})}},o.yelp=
function(e){n.e(20,function(){e(n(620))})}},a.messenger=function(e){n.e(357,function(){
e(n(283))})}},o.messenger=function(e){n.e(128,function(){e(n(512))})}},a.cloob=
function(e){n.e(432,function(){e(n(208))})}},o.cloob=function(e){n.e(211,function(){e(
n(429))})}},a.facenama=function(e){n.e(412,function(){e(n(228))})}},o.facenama=function
(e){n.e(187,function(){e(n(453))})}},a.unknown=function(e){n.e(279,function(){e(n(361)
)})}},o.unknown=function(e){n.e(43,function(){e(n(597))})}},e.exports={png:o,svg:a}},
function(e,t,n){"use strict";var a=n(69);e.exports=function(e){var
t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a|e.code;return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{name:
"LinkedIn",top:1},mailto:{name:"Email App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki"},periscope:{},pinterest:{},pocket:{},quora:{},ravelry:{},reddit:{top:1
},renren:{},rss:{name:"RSS"},scoopit:{name:"Scoop.it"},sinaweibo:{name:"Sina
Weibo",top:1},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},
snapchat:{},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress"},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"},
yummly:{}}},function(e,t,n){function a(e){var t=document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2),n||(i+="; expires="+o.toUTCString()),i+=";
path=/;",a||(i+="
```

137408

```
domains,c="ams."+j+".addthis.com"+i.addthis.com"),document.cookie=l}function
i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
r=n(32),s=n(2);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
n=e.length:0;if(!i(n))return o(e,t);for(var
a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
o=n(679),i=n(11),r=n(125);e.exports=a},function(e,t,n){function
a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e==1/t;var c=typeof e,u=typeof
t;return"function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(758);e.exports=a},function(e,t){function
n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t){function
n(e){return
160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
a(e){return e===e&&(0===e?1/e>0:!o(e))}var
o=n(31);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
o=n(31);e.exports=a},function(e,t){var n=window.JSON&&"function"==typeof
window.JSON.parse&&"function"==typeof
window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
t=i((e.adurl||"")+(e.adev||""),n=0;if(l[t]){if(l[t]=1,e.adurl&&"string"==typeof
e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
a=e.adev;try{a=u(a)}catch(o){a.split(";"),n=1;for(var r=0;r<a.length;r++)for(var
s=a[r].split(","),d={},p=0;p<s.length;p++){var
h=s[p].split("=");d[h[0]]=h[1]}c.addthis&&c.addthis.ad.event(d)}}return n}}function
o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
(l[o]=1,e(r(n[a].src)))}}var
i=n(27),r=n(52);e.exports={processAdEvents:a,processAllScripts:o};var
s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
var
t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){function(e,t,n){var
a=n(8).getHost,o=n(50),i=n(90);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
0===n||n||"https:"==window.location.protocol,t=a(void
0===t?window.location.href:t),e&&(r|t===a(e)?o.ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
=o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
0;"#"===e.charAt(0)&&(e=e.substr(1));var t=e.split("").shift();return
3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),l2===t.length&&"."===
t.substr(0,1)&&[/a-zA-Z0-9\-_]{11}/.test(t.substr(1))?1:0}function o(e){return
e.length===11+C&&e.substr(0,C)===b&&/[a-zA-Z0-9\-_]{11}/.test(e.substr(C))}function
i(e){e||(e=v.dr||"");var
t,n,a,i,r,s,c,u,l,h,f,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||o(M)&&(c=p(M.substr(C)),r=c.
substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16),10)),N&&!z&&(u=y,h=N
.split(u),h.length<2&&N.indexOf("_")>-1&&(u="_",h=N.split(u)),f=h.length>1?h.pop():""
,g=h.join(u),o(g)||(g=N,f=""),o(g)?(c=p(g.substr(C)),T=c.substr(0,16)+","+parseInt(c.
substr(16),10),O="facebook_"+(f||"like")):(s=N.split("=").pop().split(y),2==s.length&
&A(s[0])&&(T=s.join(","),O="facebook_"+(f||"like")))),z&&&A(z.split(",").shift())?z:
"",T||(u=M.indexOf(x)>-1?x:y,l=M.substr(C).split(u),2==l.length&&o(M.substr(0,1)+l[0]
)&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),O=l[1],w=1)),S&&(a=S),z?
(b=parseInt(z.substr(","),pop())+1,n=z.split(","),shift()):-1==E.indexOf(_atd+"book")&
&k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1))),A(n)||(n=null),A(i)||(i=
null),O=(O||"").split("#").shift().split("?").shift(),var
V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
return V}function r(e){return
e=e||window.addthis_config,!e||e.data_track_clickback!==!1&&e.data_track_linkback!==!
1}function
s(e,t){if(!t||!t.data_track_clickback!==!1&&t.data_track_linkback!==!1){if(E)return!0;
if(g()>=250)return E=0;e=(e||w.addthis_product||"").split(",");for(var
n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0}return!1}function
c(e,t){return e=e||f(),b+t(e+Math.min(3,t||0))}function u(e,t,n){return
n=n||f(),e.indexOf("#")>-1&&t(e+"#"+c(t:n.substr(0,8)+m(),i().gen)+(t?y+t:""))}
function l(e){var t,n,o,i,r,s,c;return
e.indexOf("#")>-1&&(r=e&&(r=e.split("#").shift(),a(r)&&(s=r.split(".").split(".",c
=s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
.substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),A(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
```

```
137408  a-zA-Z0-9_]*$/)&&(i=i[1]),i!==n))},i}var
        d=(n(46),n(52)),p=n(37).atohb,h=n(37).hbtoa,A=n(5).isValidCUID,f=n(5).makeCUID,g=n(77
        ),m=n(135),v=n(6),b=".",x=";",y=".",C=b.length,E=0,k={wpp:1,blg:1};e.exports={
        clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
        clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
        }},function(e,t){"use strict";function n(e,t,n,o){return
        n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
        n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){var
        a=document;e.exports=function(e){var
        t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
        "}},function(e,t){var n,a=window;e.exports=function(){return
        n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
        _ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
        a,o=n(119);e.exports=function(){var e;return a?a:"undefined"!=typeof
        _ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a}},function(e,t,n){var
        a=n(27),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
        Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
        navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
        availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
        s=0;s<Math.min(10,e);s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
        description}catch(c){}return
        t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
        a=n(53);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
        }},function(e,t,n){"use strict";var a=n(825);e.exports=function(e){return
        e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
        addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
        n,o,i;return"object"==typeof
        e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
        function(e,t,n){"use strict";var
        a=n(786),o=(document,window),i=n(6);e.exports=function(){i.rescan();var
        e=i.du,t=i.du.split("#");t.pop();return
        a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
        addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
        addthis_title=i.title,1):0}},function(e,t,n){var
        a=n(7),o=n(49),i=n(87),r=window;e.exports=function(e,t){var s;return
        r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
        n):(s=a(e,0,t,n),o.push(t.open(s,"addthis_share"))),
137409  !1}},function(e,t,n){function a(e,t){var
        n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
        o=n(817),i=n(55),r=n(79)(),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
        function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
        &&c(window,"message",function(e){if(e){var
        t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===="https:".length||e.origin.
        indexOf(t)==="http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
        o="string"==typeof e.data;if(o&&n){var
        i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r)try{_ate.menu.close
        ()}catch(s){}a(r)}}})}},function(e,t,n){"use strict";var
        a=n(101),o=n(38),i=n(5).makeCUID,r=n(143),s=n(9),c=n(4),u=n(17),l=n(153),d=n(75),p=n(
        24),h=n(35),A=n(131),f=(new
        Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
        t(){return Math.floor((new Date).getTime()-f)/100).toString(16)}function n(e){return
        0===g&&(g=e||i()),g}function
        w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
        b(e,t){return v(e)+"="+v(n)+";"+t()}function x(){return
        A({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
        y(t){if(t=t.split("/"));var n=t.shift();t.shift();var
        a=t.shift(),o=t.shift(),i=t.shift();a&&(e.ab=e.ab),o&&(e.sid=g=o),i&&(A.seq=i),n&&(e.
        uid=n)}function C(e,t){"string"==typeof e&&(e={url:e})var
        n=e.url,i=e.params,r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l()+(2==s?s?"&colc="+(new
        Date).getTime():""):"")+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
        supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
        supported for iframes");var
        h=document,A=h.createElement("iframe");A.id="_atf",A.src=p,o(A),h.body.appendChild(A)
        ,A=h.getElementById("_atf"))else
        a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
        getOurFragment:d,mungeURL:h,ssid:n,sta:x,uns:y,loadPixel:C,scheduleTransmit:w}}},
        function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
        c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
```

Page 4367

```
137409… u=Math.ceil(e/32),l=-1,if(s){var
    d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
    Uint8Array:2===d?Uint16Array:Uint32Array,h=new ArrayBuffer(d*t),A=this.buckets=new
    Int32Array(u);if(c)for(;++l<u;)A[l]=c[l];else
    if(a)for(l=-1;++l<u;)A[l]=a[l];if(this._locations=new
    p(h),n)for(l=0;l<n.length;l++)this._locations[l]=n[l]}else{var
    A=this.buckets=a||[];if(c)for(;++l<u;)A[l]=c[l];else
    for(;++l<u;)A[l]=0;this._locations=n||[]}this.locations=function(e){for(var
    t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
    (u+s)%n;return a},this.add=function(e){for(var
    t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
    <t[n]%32},this.test=function(e){for(var
    t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
    floor(t/32)]&1<<t%32))return!1;return!0},this.size=function(){for(var
    e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
    m)/this.k}}function o(e){return
    e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
    }function i(e){return
    e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
    4294967295&e}var r=n(810);e.exports=a;var s="undefined"!=typeof
    ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
    Date,n=t.getDate(),a=t.getMonth()+1;return
    10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
    r(e){if(_ate.uls){var
    t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
    new i(n,a,o,r)}return null}var l;return e?e||"pbf",c=t&&n&&a&&o?new
    i(t,n,a,o):t&&n?new i(t):_ate.uls?r(e):new
    i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
    e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
    =function(){s.removeByPrefix(c.name)},c}var
    i=n(144),r=n(1),s=n(81),c=3,u=600,l=2;e.exports=function d(e,t,n){function
    i(e){return
    e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
    substr(2,4))}}var u,l={};return e?this instanceof
    d?(this.name=e,this.get=function(){return
    _ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
    =function(e){return
    l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
    name+"."+e)},this.prune=function(){s.removeByPrefix(var
    t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
    .d;for(r(t,function(t,r){if(a=i(t),a.m){var
    c=a.m,l=a.d;c>o||c===o&&u-e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}}),n
    .sort(function(e,t){return
    parseInt(e<parseInt(t)?1:-1)}),n.length>3;)s.remove(n.pop())},this.testAll=function(e
    ){var t=!1;if(!u){var
    n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
    r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
    0}),t},this.generateName=function(){return(n||a).call(this,this.name)},void(this.
    getCurrentBlooms=function(){return s.getAll(this.name)})):new
    d(e,t,n):null}},function(e,t,n){"use strict";function
    a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
    o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
    provide an iframe"):s.error("Need to provide a target
    origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
    null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
    setInterval(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
    _iframe.contentWindow,this._ready=!0,setTimeout(t(this._drainQueue,this)),
    clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
    this._queue=[]}var
    i=n(13),r=n(55),s=n(4);o.prototype={post:function(e){r&&(this._ready?this._
    targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
    function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
    is
    ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
    function(e,t,n){function a(e,t,n){var i=this,r=new
    o(i);t=t||"",r.decorate(r).decorate(r),this.callbacks=[],this.ready=!1,this.loading=!
    1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
    n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
```

Page 4368

```
137409 _window&&window[n]},a.addEventListener?1000:function(e){var
t=e.data?e.data.resource:null;t&&t.id===i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))}}}}var
o=n(51).EventDispatcher,i=n(831),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
"link"),u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
{o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,h={},A=r.encodeURIComponent,f=r.decodeURIComponent;
this.toString=function(){var e="";return
i(h,function(t,n){e+=(e.length?c:"")+A(t)+u+(void
0===n||null===n?"":A(n))})},e},this.get=function(){return
n.load(),h},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,h[f(t[0])]=f(t[1]))})}}
a=1}return
h},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,h[e]=t,n.save()},this.remove=function(e){n.load(),h[e]&&(
delete h[e],l--),n.save()},this.reset=function(){h={},l=0,n.save()}}var
o=n(23),i=n(1);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t;return
y(e)&&(t=parseInt(e,16),(!t||!t===t||0>t)&&(t=0),t)}function i(){return(new
Date).getTime()}function r(){return C()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date).setHours(24,0,0,0)).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||!e){var
t=b.rck,n=t(k)||"";n?(w=h(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,A(),!1,!0,u())}function p(){d()}function h(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function A(){return
w.id+a(w.counter)}function f(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,y=n(10).string,C=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:f,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(83);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
```

137409

```
a,i;}}function.prototype:bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(14),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function a(e,t){var
n="https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title);
return t.product||(t.product="men-300"),r(n,{pco:t.product})||(t.product
o=n(14),i=n(22),r=n(92);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.
getSlackURL=a},function(e,t,n){"use strict";var a=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(12);e.exports=function(e,t){var
n="addthis."+t+".";a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}},function(e,t){var
n=[],a={};e.exports=function(e,t){var o,i=(new
Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),h=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/h,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e)))for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"1"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=function(){function e(){if(e&&1===e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===n)t.appendChild(document.createTextNode(""));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}}return!0}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
t=e.replace(/^\s+/,"").replace(/[;\s]+$/,"").split(";"),n=0,a=t.length;a>n;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
```

```
"")};r(t,r);function new Error("Module not found: style "+string
"+e);try{r.replace(/\s+/g,"")}.then.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+t):e&&this.element.
setAttribute("data-"+t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,u),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,h=e.borderRadius,A=e.borderWidth,f=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,h,A,f,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,h,A){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:h,label:A})}var
i=n(41),r=n(172),s=n(639),c=n(716);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(169),o=n(165);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon"),o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},,function(e,t,n){"use strict";var
a=n(58),o=n(25);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(103);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(69),o=n(749),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
function(e,t,n){"use strict";var a=n(103);e.exports=function(e,t){var
n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&(e.className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,""))}},,function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase())for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],A.svg[e]}function(e){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]}}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
```

```
32";t;t.className="baseval" a...icon at-icon--..."e"}function
d(e,t){A.svg[e]&&A.svg[e](t)}function p(e){return
A.svg[e]||(e="unknown"),l(e)}t.__esModule=!0,t.getIconMarkup=d,t["default"]=p;var
h=n(115),A=o(h),f=n(715),g=a(f),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t.__esModule=!0,t["default"]=o
;var i=n(94),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
f[e]||e}function o(e){var t=g(e);this.cacheable&&this.cacheable(),this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n}"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=h(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire("+t+");\n}"}function c(e){var
t=A(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n});\n}\n"}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function d(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
h=n(747),A=n(746),f=(n(116),n(69)),g=n(748),m="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(117);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300px",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":"n","background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(62),o=n(118),i=n(65);e.exports=function(e){return void 0!==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){e.exports=n(755)},function(e,t,n){function
a(e){return i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(11),i=n(43),r="[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",h="[object Number]",A="[object
Object]",f="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",y="[object Int8Array]",C="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[y]=z[C]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[h]=z[A]=z[f]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),h=t>0;++a<t;)p[a]=a+"";for(var A in
e)h&&r(A,t)||"constructor"==A&&(l||!d.call(e,A))||p.push(A);return p}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(31),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(){C=0,b={},y=[]}function
o(e){return e>f.high?3:e>f.med?2:1}function i(){var e,t=[];s();for(e in
b)t.push({name:e,score:o(b[e])});return t.sort(function(e,t){return
e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
t}function s(){var e,t;if(!C){var
e,n,a,o,i=A.rck(w)||"").split(",");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
pop(),o=n.pop()||"",b[o]=a,y.push(o),a>E&&(E=a,h=o);C=1}}function c(e){return
b.hasOwnProperty(e)}function u(){for(var
e,t=!1,n=(A.rck("sshs")||"").split(",");t===!!&0!==n.length;)e=n.pop(),b.
hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e),t===!1&&(t=y.pop()),delete b[t]}function
l(){var e,t={},n=[];for(e in
b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,y=n}function
d(e){if(s(),"string"!=typeof
e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,y.length+1>=m&&!c(e)&&u()
,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);A.sck(w,escape(t),!1,!g)}}function
```

```
137409… p(e){var t,n,r=e[]},r="object"==typeof a?return!1:!for(r in
    e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
    h,A=n(23),f={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
    20,w=(g?"":"__at")+"ssc",b={},x=!1,y=[],C=0,E=0;e.exports={reset:a,get:r,getServices:
    i,update:d}},,,,function(e,t){"use strict";function
    n(){return/addthis\.com$/.test(location.hostname)&&"/dashboard"===location.pathname&&
    /^#tool\-config/.test(location.hash)}t.__esModule=!0,t["default"]=n,e.exports=t["
    default"]},function(e,t,n){"use strict";function a(e){return
    e&&e.__esModule?e:{"default":e}}function o(){var
    e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
    default"]();var t=void
    0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
    documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
    document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
    expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){A["
    default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};p["
    default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
    hidden")}()}t.__esModule=!0,t["default"]=o;var
    i=n(107),r=a(i),s=n(60),c=a(s),u=n(96),l=a(u),d=n(3),p=a(d),h=n(170),A=a(h),f=n(631),
    g=a(f);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
    n=t.once,a=void
    0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
    __esModule=!0,t["default"]=a;var
    o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
    i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
    a=n(741);"string"==typeof
    a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},,,,function(e,t){e.
    exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
    14V8h-4v6H8v4h6v4h6v-4h-6z"
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
    0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.271l4.012c0a3a1.712 1.712 0 0
    1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
    9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
    914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
    692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
    8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
    4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
    1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M6
    6h10v10H6z"/><path opacity=".4" d="M16 6h10v10H16z"/><path opacity=".2" d="M6
    16h10v10H6z"/><path opacity=".8" d="M16
    16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><path d="M8.523
    10h2.19v10.558H5v-7.486h3.523V10zm0
    8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
    2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
    5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
    513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
    fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
    xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
    1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
    22.757V13.67c0-.556.39-.773.855-.496l8 5.238c.782.467 1.95.467 2.73
    0l8.78-5.238c.472-.28.855-.063.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
    24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.519l9.61
    5.733c.267.16.8.16 1.067
    0l9.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
    exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
    5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
    5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.8231.587-3.913h-4.41v-2.5c0-1.123.347-1.
    903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
    xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
    13.56a.432.432 0 0
    0-.4-.29h-7.5l1-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
    7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.46l6.06 4.42-2.34
    7.17c-.06.17.01.35.16.46l.11.34.1.49 016.1-4.43 6.09
    4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
```

137409
6.06-3.522.597-3.97 0-1.82-1.16-3.452-3.75<svg> },function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
13.998H26.72c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03
6.733 6.744 6.733 4.3 0 5.882-2.915 6.174-4.642h-6.185V14z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26
25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1 0-4.855 2.427 2.427 0 0 1
0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
1.308.804 8.453 5.333 8.453 5.3331.2.1.1
12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
.704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.605.603H21.65c.403 0
.604-.302.604-.603v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
21.956v-10.97l-5.837 4.53 5.838 6.44zM5.954 21.956v-10.97l5.837 4.53-5.836
6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.548l-6.137 6.74-.806-.603
6.54-7.145h8.353l6.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
4.823-.61-.82M5.902 10.386l6.326 4.814-.61.802-6.326-4.815zM5.816 17.83l.302 8.252
2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0
3.45-1.513 3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448
3.378s1.545 3.38 3.448 3.38zm4.995 5.233c-.09-2.574-2.242-4.638-4.893-4.638a4.934
4.934 0 0 0-3.24 1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596
2.596 0 0 0-2.494-1.82c-1.407 0-2.55 1.093-2.6
2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
fill-rule="evenodd"/></svg>';
137410
},function(e,t){e.exports='<svg xmlns="http://www.w3.org/2000/svg" width="32"
height="32"><path d="M24.67 10.62h-2.86V7.49H10.82v3.12H7.95c-.5
0-.9.4-.9.9v7.76h3.77v1.31L15 24.66h6.81v-5.44h3.77v-7.7c-.05-.5-.41-.9-.91-.9zM11.88
8.56h8.86v2.06h-8.86V8.56zm10.98 10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.
91c-.4 0-.72-.32-.72-.72s.32-.72.72-.72c.4 0 .72.32.72.72s-.32-.72-.72.72zm-4.12
2.96h-6.1v1.06h6.1v-1.06zm-6.11
3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.01l1.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.3081-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506

137410...

```
0-.94118-1.341-363-754.997-54118.15-663.54-11736c-3.863-3.791-54971.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.24
23.808c-3.64.367-6.785-1.307-7.022-3.734-.236-2.43 2.525-4.693 6.164-5.06 3.642-.367
6.786 1.307 7.02 3.734.24 2.43-2.522 4.696-6.16
5.06m7.28-8.063c-.31-.096-.523-.157-.362-.57.352-.898.39-1.672.006-2.227-.713-1.036-2
.667-.98-4.907-.028 0
0-.705.312-.523-.253.343-1.125.29-2.065-.243-2.61-1.214-1.238-4.446.045-7.216
2.86C6.205 15.023 5 17.26 5 19.192c0 3.694 4.664 5.942 9.226 5.942 5.98 0 9.96-3.53
9.96-6.333.003-1.695-1.402-2.657-2.665-3.055M25.494 8.983a5.76 5.76 0 0
0-5.542-1.823.855.855 0 0 0-.646 1.015.84.84 0 0 1 .657c1.398-.303 2.912.138 3.938
1.295a4.254 4.254 0 0 1 .865 4.113c-.144.45.1.93.542 1.076a.84.84 0 0
1.06-.55v-.002a5.973 5.973 0 0 0-1.218-5.78"/><path d="M23.276 11.018a2.8 2.8 0 0
0-2.698-.885.74.74 0 0 0-.56.876c.086.396.472.65.86.563.467-.102.977.046
1.32.432.343.388.437.915.29 1.378a.742.742 0 0 0 .466.928.724.724 0 0 0
.913-.474c.3-.947.113-2.026-.59-2.818M14.44
19.41c-.126.223-.408.328-.627.235-.218-.09-.285-.34-.16-.555.127-.215.397-.32.612-.
234.22.08.298.33.176.555m-1.16
1.512c-.353.57-1.11.82-1.676.558-.56-.26-.726-.922-.374-1.48.35-.555 1.078-.802
1.642-.56.57.25.753.905.407 1.482m1.322-4.04c-1.733-.46-3.69.42-4.443 1.97-.77
1.583-.025 3.34 1.723 3.914 1.815.595 3.95-.318
4.695-2.023.734-1.67-.182-3.39-1.976-3.86"/></g></svg>'},function(e,t){e.exports='<
svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M17.17
14.29l1.5.7 2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904
4.732v7.104c0 .654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0
2.716 2.2 4.916 4.916 4.916 2.692 0 4.915-2.164 4.915-4.847v-7.01c0-.643.528-1.17
1.17-1.17.642 0 1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17
1.16-.64 0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87
4.914 4.87 2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0
1-2.866 1.095 4.513 4.513 0 0 0-7.69 4.116 12.81 12.81 0 0 1-9.3-4.715 4.49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l1-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.46713.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.976-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.11 17.205c-.372 0-1.088 1.39-1.518
1.39a.63.63 0 0
1-.315-.1c-.802-.402-1.504-.817-2.163-1.447-.545-.516-1.146-1.29-1.46-1.963a.426.426
0 0 1-.073-.215c0-.33.99-.945.99-1.49
0-.143-.73-2.09-.832-2.335-.143-.372-.214-.487-.6-.487-.187 0-.36-.043-.53-.043-.302
0-.53.115-.746.315-.688.645-1.032 1.318-1.06 2.264v.114c-.015.99.472 1.977 1.017 2.78
1.23 1.82 2.506 3.41 4.554 4.34.616.287 2.035.888 2.722.888.817 0 2.15-.515
2.478-1.318.13-.33.244-.73.244-1.088 0-.058
0-.144-.03-.215-.1-.172-2.434-1.39-2.678-1.39zm-2.908 7.593c-1.747
0-3.48-.53-4.942-1.49L7.793 24.411l1.132-3.337a8.955 8.955 0 0 1-1.72-5.272c0-4.955
```

Page 4375

137410...

```
4.04z8.998-8.99-8.995z2.2Doc5.12-13.86d4z55z2.08 8.99z8.998z.998
8.998zm0-19.798c-5.96 0-10.8 4.842-10.8 10.8 0 1.964.53 3.898 1.546 5.574L5
27.17615.974-1.92a10.807 10.807 0 0 0 16.03-9.455c0-5.958-4.842-10.8-10.802-10.8z"
fill-rule="evenodd"/></svg>'}; e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.7841-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152
4.308h-8.952c-2.294 0-4.152-1.928-4.152-4.308v-6.46zM5 12.77v6.46C5 22.97 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t,n){function a(e,t,n,a){var
u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(756),i=n(757),r=n(120),s=n(28);e.exports=a},function(e,t){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function a(e,t,n){for(var
a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var c=r[a];if(t(i[c],c,i)===!1)break}return
e}var o=n(125);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(678),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n){if(!r(n))return!1;var
a=typeof t;if("number"==a)var s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in
n;if(c){var u=n[t];return e===e?e===u:u!==u}return!1}var
o=n(70),i=n(11),r=n(31);e.exports=a},function(e,t){"use strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. \`\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s"):n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?!0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?h.dr:s.dr||h.dr,u=v(c),l={};return
y&&d.debug("op",s,"ref"+c,"cla"+u,"cache"+k),s.rsc?(l.type=social",l.service=s.
rsc,l.click=!0,k=l,l):k&&!t?k:"undefined"==typeof
c||""===c?(l.type=direct",k=l,l):(n=p.getHost(c),o=w(n),y&&d.debug("ref="+c,"iss="+f
(c)),"undefined"!=typeof
o&&o?(y&&d.debug("serviceCode",o),l.type="social",l.service=o):f(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},A(e,function(e,t){b[e]=t}),b.dr=h.dr}function
c(e){var x={},(e.rsi||e.rsc||e.dr)&&(A(e,function(e,t){x[e]=t}),y&&d.debug("setting",x),A
(x,function(e,t){C.add(e,t)}),C.save())}function u(e,t){var
n=t?null:C.get();y&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=h.dr,c(e),y&&d.debug("formal
referral",x)):document.referrer?(c(n),y&&d.debug("referral - use stored
state",x)):(y&&d.debug("no referral - kill cookie, then start a new
session"),C.reset(),e.dr=h.dr,c(e),b=x,y&&d.debug("session
state",x)):(e.dr=h.dr,c(e),b=x,y&&d.debug("session state",x))}var
l=n(148),d=n(4),p=n(8),h=n(6),A=n(1),f=n(90),g=n(50),m=n(76),v=n(129),w=n(784),b={},x
={},y=0,C=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!y||e){var
t=A.rck(w)||"",t&&(k=g(t.split(x)),y=1}}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t=t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t
-1)/7),i}function r(e,t,n){for(var a=0;t>a;a++){var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!C){var
e=i(v);o(),c(e),C=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
```

```
parseInt(t.split(l).shift(),10)||0]=i,l[2]+1+e}e=e(r(k,e-n-1,n+
1),k.push("1"+b+e):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5):k.push("1"+b
+e)}function u(e){o(),k.length&&A.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>C?1:0}function h(){y=0,C=0,k=[]}var
A=n(23),f=n(74);e.exports={reset:h,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(f())?"__at":"")+"uvc",b="|",x=",",y=0,C=0
,E={high:250,med:75},k=[]},,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t){function
a=n(26),o=n(54);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(c[c]=u)}catch(l){}}return
e},{}})},,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){r.png[e]||(e="unknown");var
t=document.createElement("img");return
r.png[e](function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(115),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e)}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(110),i=a(o),r=n(117),s=n(750);e.exports=function(e,t,n,a,o,c,u,l,d,p,h,A,f,g){var
m,v,w,b,x,y=i("default")(e,f);if(!y)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:h,borderColor:A},b=r(y,m),b
=s(b,v);var C=document.createElement("span");return
C.className="at-icon-wrapper",C.appendChild(b),g&&C.appendChild(g),x=r(C,w)}},
function(e,t){"use strict";function n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1}t.__esModule=!0,t["default"]=a;var
o=n(6);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={follow:d["default"]("Follow",96),share:d["default"]("Share",91),findAService:d["
default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE),a.post(u["default"]({},e,{translations:o})
);else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),h=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE),a.handshake(h,function(){a.post(u["default"
]({},e,{translations:o})})})}return a}t.__esModule=!0,t["default"]=o;var
i=n(735),r=a(i),s=n(635),c=n(12),u=a(c),l=n(59),d=a(l);e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return f["default"]()-new
```

137410...

```
Date(t).getTime()>g}function l(){var t=s.value;return t=q?t:t.__esModule==!0;var
c=n(81),u=a(c),l=n(787),d=a(l),p=n(719),h=a(p),A=n(159),f=a(A),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww")),t=r(e)&&s(e);return
d["default"]()?4:t?2:h["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t={value:Boolean(e.data.cookiable),expires:f["default"]()+g};u["default"].add("cww",i
(t))})}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(1),r=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(){var e=arguments.length<=0||void
0===arguments[0]?"":arguments[0],t=arguments.length<=1||void
0===arguments[1]?"":arguments[1];return
r["default"](e.split(","),r["default"](t.replace(",more","").split(","),s.
getPopServicesArray())))}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i),s=n(98);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude.length?",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||i(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(2),s=a(r),c=n(29),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
.menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,
_ate.menu._menuShare._expandedMenuFollowServices=t._expandedMenuFollowServices,"email
"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(42),r=a(i),s=n(20),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a,o){if("follow"===a){var
i=t._expandedMenuFollowServices||[],s=i.filter(function(t){return
t.service===e}).reduce(function(e){return
e})||[]{},u={navigateTo:p["default"](e,s.id,s.usertype)};o.post(u)}else{var
d={};switch(e){case"pinterest":case"pinterest_share":d={navigateTo:l["default"](t,n)}
;break;case"viber":d={navigateTo:A.getViberURL(t,n)};break;case"slack":d={navigateTo:
h.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),d={navigateTo:f.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),d={navigateTo:g.getEmailURL(t,n)};break;
default:d={navigateTo:c["default"](e,0,t,n)}}o.post(d)}}t.__esModule=!0,t["default"]=
o;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(157),l=a(u),d=n(91),p=a(d),h=n(156),A=n(87),f=n(155)
,g=n(86);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n,a){return function(o){var i=void
0,s=void 0,u=void 0,d=void 0,h=void
0;if(o&&o.data){try{i=JSON.parse(o.data)}catch(f){return void
r["default"].error(f)}if(i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&o.source)return
void
a(o.source,i[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);s=i.code,u=i.menuShare,d=i.
```

```
137410.. menuConfig,n=i.menuType),s&&s&&t&&!t.follow="1"&&t.default=""q(v,s);e.
.. tellTargetCloseWindow(),setTimeout(function(){A["default"](s,c["default"](!0,{},u,d,{
.. defaultShareToNewTab:!0}))},16):(p["default"](s,"follow"===h?1:0,u,d),t&&t.fire("
.. addthis.menu."+h,n,c["default"]({},u,{service:s,url:u.url||u.followUrl})),"link"!==s&
.. &"mailto"!==s&&g["default"](s,u,d,h,e)),t&&t.fire("addthis.expanded.monitor.share"))}
.. }}t.__esModule=!0,t["default"]=o;var
.. i=n(4),r=a(i),s=n(12),c=a(s),u=n(100),l=a(u),d=n(93),p=a(d),h=n(95),A=a(h),f=n(726),g
.. =a(f),m=n(114),v=["addthis","more","bkmore","compact","expanded","thefancy","
.. pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e,
.. t,n){"use strict";function a(e){return
.. e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
.. o=n(89),i=a(o);t["default"]=function(){var
.. e="",t=i["default"]("addthis_widget.js");return
.. t&&t.src&&(e=t.parentNode===document.head?"h":t.parentNode===document.body?t.
.. parentNode.firstChild===t?"bf":t.parentNode.lastChild===t?"bl":"bc":"o"),{wa:t&&t.
.. async?1:0,wl:e}},e.exports=t["default"]},function(e,t,n){"use
.. strict";t.__esModule=!0;var
.. a=n(104),o=n(25),i=!1,r={};t["default"]={start:function(){i||(_ate.ed.on("addthis-
.. internal.fbsharecount",function(e){!e.data.share&&e.data.error?r[e.data.error.code]?r
.. [e.data.error.code]++:r[e.data.error.code]=1:r[-1]?r[-1]++:r[-1]=1}),i=!0)},getParams
.. :function(){if(!i)return{};var e=a(r),t=o(e,function(e){return
.. e+"|"+r[e]});return fbe:t.join(",")||||""}}},e.exports=t["default"]},function(e,t,n){"
.. use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function o(e){return
.. null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
.. e}t.__esModule=!0;var r=n(68),s=n(1),c=a(s),u=!1,l={angular:function(){return
.. i(window.angular)||o("[ng-app]")},backbone:function(){return
.. i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
.. i(window.React)||o("[data-reactid]")},mithril:function p(){var p=window.m;return
.. i(p)&&i(p.version)},mootools:function h(){var h=window.MooTools;return
.. i(h)&&i(h.version)},knockout:function A(){var A=window.ko;return
.. i(A)&&i(A.version)},jquery:function(){return
.. i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)||i(window.$)&&i(
.. window.$.fn)&&i(window.$.fn.jquery)},dojo:function(){return
.. i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
.. i(window.Ext)},yui:function(){return
.. i(window.YUI)||i(window.YAHOO)},vue:function(){return
.. i(window.Vue)},webpack:function(){return
.. i(window.webpackJsonp)},underscore:function(){return
.. i(window._)&&i(window._.mapObject)},lodash:function(){return
.. i(window._)&&i(window._.mapValues)},oraclejet:function(){return
.. i(window.oj)&&i(window.oj.version)},polymer:function(){return
.. i(window.Polymer)&&i(window.Polymer.version)},d3:function(){return
.. i(window.d3)&&i(window.d3.version)}},d={angular:function(){var e="unk";return
.. i(window.angular)&&i(window.angular.version)&&i(window.angular.version.full)&&"string
.. "==typeof
.. window.angular.version.full&&(e=window.angular.version.full),e},backbone:function(){
.. var e="unk";return i(window.Backbone)&&i(window.Backbone.VERSION)&&"string"==typeof
.. window.Backbone.VERSION&&(e=window.Backbone.VERSION),e},ember:function(){var
.. e="unk";return i(window.Ember)&&i(window.Ember.VERSION)&&"string"==typeof
.. window.Ember.VERSION&&(e=window.Ember.VERSION),e},react:function(){var e="unk";return
.. i(window.React)&&i(window.React.version)&&"string"==typeof
.. window.React.version&&(e=window.React.version),e},mithril:function(){var
.. e="unk";return i(window.m)&&i(window.m.version)&&"string"==typeof
.. window.m.version&&(e=window.m.version),e},mootools:function(){var e="unk";return
.. i(window.MooTools)&&i(window.MooTools.version)&&"string"==typeof
.. window.MooTools.version&&(e=window.MooTools.version),e},knockout:function(){var
.. e="unk";return i(window.ko)&&i(window.ko.version)&&"string"==typeof
.. window.ko.version&&(e=window.ko.version),e},jquery:function(){var e="unk";return
.. i(window.jQuery)&&i(window.jQuery.fn)&&i(window.jQuery.fn.jquery)&&"string"==typeof
.. window.jQuery.fn.jquery?e=window.jQuery.fn.jquery:i(window.$)&&i(window.$.fn)&&i(
.. window.$.fn.jquery)&&"string"==typeof
.. window.$.fn.jquery&&(e=window.$.fn.jquery),e},dojo:function(){var e="unk";return
.. i(window.dojo)&&i(window.dojo.version)&&i(window.dojo.version.major)&&(e=window.dojo.
.. version.major,i(window.dojo.version.minor)&&(e=e+"."+window.dojo.version.minor,i(
.. window.dojo.version.patch)&&(e=e+"."+window.dojo.version.patch)),i(window.dojo.
.. version.flag)&&(e+=window.dojo.version.flag)),e},meteor:function(){var e="unk";return
.. i(window.Meteor)&&i(window.Meteor.release)&&"string"==typeof
.. window.Meteor.release&&(e=window.Meteor.release),e},extjs:function(){var
```

```
e="unk";return i(window.Ext)&&i(window.Ext.version)&&"string"==typeof
window.Ext.version&&(e=window.Ext.version),e},yui:function(){var e="unk";return
i(window.YUI)&&i(window.YUI.version)&&"string"==typeof
window.YUI.version?e=window.YUI.version:i(window.YAHOO)&&i(window.YAHOO.version)&&"
string"==typeof window.YAHOO.version&&(e=window.YAHOO.version),e},vue:function(){var
e="unk";return i(window.Vue)&&i(window.Vue.version)&&"string"==typeof
window.Vue.version&&(e=window.Vue.version),e},webpack:function(){var e="unk";return
e},underscore:function(){var e="unk";return
i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapObject)&&(e=window._.VERSION),e},lodash:function(){
var e="unk";return i(window._)&&i(window._.VERSION)&&"string"==typeof
window._.VERSION&&i(window._.mapValues)&&(e=window._.VERSION),e},oraclejet:function()
{var e="unk";return i(window.oj)&&i(window.oj.version)&&"string"==typeof
window.oj.version&&(e=window.oj.version),e},polymer:function(){var e="unk";return
i(window.Polymer)&&i(window.Polymer.version)&&"string"==typeof
window.Polymer.version&&(e=window.Polymer.version),e},d3:function(){var
e="unk";return i(window.d3)&&i(window.d3.version)&&"string"==typeof
window.d3.version&&(e=window.d3.version),e}},t["default"]={start:function(){!u&&r.
basicSupport()&&(u=!0)},getParams:function(){if(!u)return{};var e=[],t=[];return
c["default"](l,function(n,a){if(a())(e.push(n);var
o=d[n]();t.push(n+"-"+o)}),e.length?{jsfw:e,jsfwv:t}:{}}},e.exports=t["default"]},
function(e,t,n){"use strict";t.__esModule=!0;var
a=(n(1),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(25),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(42),s=a(r),c=n(18),u=a(c),l=n(162),d=a(l),p=n(3),h=n(34),A=a(h),f=n
(6),g=a(f),m=n(9),v=a(m),w=n(99),b=a(w),x=n(19),y=a(x),C=n(111),E=a(C),k=n(110),M=n(
728),R=a(M),_=[n(795),n(794),n(792),n(732),n(793),n(731),n(729),n(681),n(730)],z=!1,S
={},B=[],D=function(e){try{s["default"](S,e)}catch(t){}},U=function(){if(!window.
addthis.firedExitEvent){window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?A["default"](window.addthis_config.wix.url):A["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](B,function(e,t){t(S)}),i["default"](_,function(
e,t){D(t.getParams())}),t.length&&D({al:t.join(",")}),D(R["default"]()),D({ba:(E["
default"].getRequestCount()>0&&1)|(E["default"].getResponseCount()>0&&2)|(y["default"
].isPayingCustomer()&&4)|(y["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),d:p:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100eng.json?"+u["default"](S),"")}},I=function(e){B.push(e)},O=function(){
z||(p.listen(window,"unload",U),p.listen(window,"beforeunload",U),i["default"](_,
function(e,t){t.start()}),z=!0)};t["default"]={setup:O,update:D,addListener:I},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(137),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(27),h=a(p),A=n(40),f=a(A),g=n(162),
m=a(g),v=n(1),w=a(v),b=0,x=1,y=2,C=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
```

137410…

```
_type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
storeCallback,a=n(h["default"](this._url),Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:C,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t
```

137411…

```
}),this},e.prototype.always=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:y,key:e,test:t}),this},e.prototype.constant=function(e,t){return
f["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:C,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;f["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){f["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
C:f["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
b:f["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case y:f["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:"")))}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;f["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type===k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
```

```
t)){throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n            (Received error:
"+a+"")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(146),u=a(c),l=n(3),d=a(l),p=n(1
),h=a(p),A=n(58),f=a(A),g=n(4),m=a(g),v=n(39),w=a(v),b=n(2),x=a(b),y=n(114),C=
function(){function e(t,n,a){function o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=C;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=f["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(y.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(y.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null};this.
post((n={},n[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===y.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
h["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+"")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=f["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);h["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(y.
```

137411...

```
CROSS_WINDOW_TARGET_STOP_LISTENING}),e.prototype.tellTargetToCloseWindow=function(){
this.post(y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(e){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
c;this.post((c={},c[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else!function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[y.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(y.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===y.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===y.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
i={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(i)}:void
h["default"](t._listeners,function(e,t){return t(i)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t,n){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min((e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>"'\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;",'"':"&quot;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n)?!1:(s.push(n),a(),!0):(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(100),r=a(i),s=n(27),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
56)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxYFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAABR24SMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5ccllPAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAQAQaj7b9xifV0kUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
```

```
... #66{border-radius:80%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
... ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
... 0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
... branding-info:before{content:\'i\';font-family:Times New
... Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}','""])},function(e,t
... ,n){t=e.exports=n(56)(),t.push([e.id,"html.at-expanded-menu-noscroll{overflow-x:
... visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
... ellipses{to{width:1.25em}}#at-expanded-menu-host
... *{box-sizing:border-box}#at-expanded-menu-host
... .at-expanded-menu-hidden,#at-expanded-menu-host
... .at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
... :hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
... .at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
... span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
... .at-expanded-menu,#at-expanded-menu-host
... .at-expanded-menu-button-label,#at-expanded-menu-host
... .at-expanded-menu-email-disclaimer,#at-expanded-menu-host
... .at-expanded-menu-load-btn,#at-expanded-menu-host
... .at-expanded-menu-page-title,#at-expanded-menu-host
... .at-expanded-menu-page-url,#at-expanded-menu-host
... .at-expanded-menu-privacy-link,#at-expanded-menu-host
... .at-expanded-menu-search-label-content,#at-expanded-menu-host
... .at-expanded-menu-top-services-header{font-family:helvetica
... neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
... span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
... .loading-container{display:table;height:75pt;width:100%}#at-expanded-menu-host
... .loading-container .loading-spinner{background:url("+n(743)+') 50% 50%
... no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
... .at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
... left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
... .at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
... .at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
... overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
... background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
... .at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
... .at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
... :16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
... 0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
... 100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
... endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
... .at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
... position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding{border:1px solid
... #ccc;color:#ccc}#at-expanded-menu-host
... .at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
... .at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
... radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
... 0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
... .at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
... -host
... .at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
... margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
... ;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
... :400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
... .at-expanded-menu-close
... span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
... }#at-expanded-menu-host
... .at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
... expanded-menu-host
... .at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
... #at-expanded-menu-hd,#at-expanded-menu-host
... .at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
... #at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
... .at-expanded-menu-ft{margin:-90px 35px
... 0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
... .at-expanded-menu-ft
... .at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
```

```
137411...menu-host #at-expanded-menu-ft
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
0;text-align:center;position:relative}#at-expanded-menu-host.at-expanded-menu-safari
#at-expanded-menu-bd{overflow:y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-branding-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-branding-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpb
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHhpZHHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmMmY1IGQ9Ik0xMy43MTMgMi42Y0xwMy43MTAuNQTc1MSNCAx
xLjgzOXQ0Q0Ljk5MSNSA0Lj8MSNxASAxLjgzANC0LjgzOSNA2LjgzOASA2Lj8NC00Lj5NSA0Lj8NCAxLjggz
OS02Lj8g4NC0xLjgzOS00S00Lj8NSOxLj8NC0NC4xLjgzOSMS02Lj8zA2Lj8NCANCAxLj8NS00Lj8NSMA2Lj8A2L
jg4NC0xLjgzOXpNMTYgMjQuNTU0Di0zLjjM5M3EwLTMuATMu01MTUMc4xNjEtMC4xEtMC4OMnQtMC4zOTMatMC4xN2gtMy4M0Mj
lxLTAuMjMYIDAtMC40MTEgMC4xNz10LTAuMTc5IDAuNDDxjDMuMzkzcTAgMC4yMzIgMC4xNzkgMC40MTF0MC4
0MTEgMC4xNzloMy40MjYuMzkzTC4yMzIgMC4xN/0wLjEgMC4zOTNzTmY91Lj8zA2Lj8NC0MTF8MC4z
MjEtMTEuMDgzSlTAtMC4yMTQuTAuMTc0xNztMC4zMj4zTAuNi4Lj8NDLNoLTE1CS0wL
jI1IDAtMC40OMjkgMC4xN2gtMC4zOXNzCA1xM4xMCg4xMCg4MDGgMTEuMDg5xNSMC4xNNtMC4zMjLQDgMTEuMDg5c1TAgMTEuMDg5c1TAg
4xNzkgMC4zNDMLGC4xN2zMYMmMy42MDRmRmwC4yNSAwIDAuNDDIt0C4xMzzR0MC4xOzDgtMC4zMTN6lj48L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
```

```
.at-expanded-menu-search-label-content{#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
width:100%;height:50px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD94bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiIHhtbG5zOnhsaW5rPSJodHRwOi8vd3d3LnczLm9yZy8xOTk
5L3hsaW5rIj48dGl0bGU+UVVpeEXJhj48ZGVmcy8+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2Uta5Ywa2U9Im5vb
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Iml1b24tMTExLXNIYXJjaCI+
PHBhdGggZD0iTTE5LjQyNzExNjQsMjEuNDUDI3MTE2NCBMMTguMDM3MjQ5NwyMi40MTc0ODEzDE2LjMzNjY1M
jIsMjMgMTQuNjUwNyYBDOS44MDU1NzkzOSwyMyA2LDE5LjE5NDQyMDYsNC41IEM2LDkuODQwDA1NTc5MzkgOS
44MDU1NzkzOSw2IDE0OLjUxOS45MDU5MyA1Niw2IDIzLDkuODQwDA1NTc5MzkgMjMgMTUuMT9uMzM
2NjUyMi,lSMjLTE5LjQyNzExNjQDMjEuNDU3MTE2NCBaIE0xNS41LDTTguTkPTTggMTLuNTQ1LDhTG1LjQ1L
jAyNS4wMDmwMTcuNjAmMDc0NTkxMCpOTcxMTE4OTkMS40NywxODU5Mi4xODQEMzPTcwCwxNS4yNTg0
YMJuMUjuAyMi40MDQpTTE0LjQzMC6xN1LjY1MDQgMjUuMUuMTg5MDExTTE4MTQyMTE4wMTAzLjQyMTE4DTTIEw
xNTE5MzQxLjAyMjE5YjI2LDQ5YMjLjAMjI1NEixDjE1MTgNAT1LjQyMTE4DTTIEwxNTE5MzQxLjAyMjE5DY1SN
TAyLDAKT1QMTkuNTgzMjY1MjA1NTlxMTguaDNuMzYaNTYyMi0Zuz4NmM2YymbMjN1bmVUw19TE1MeYNS41NT
YIMzMTc4MxCwMzTTEzY1YzTTTEwxNTTVZM5Y5MjI5MjI5MjI5MjI5MjI5MjI5MjI5MjI5MjI5MjI5MjI5MjI5
Mjg1IDgsMTQuNSBDOCwxOCV3MjQ0Owd0Ok4NTExLDggwNdDk4NTExIDE4LDkuNTExLDE0LjUg4LjA4OTg1MTEgMjE
Dd5IDgsMTQuNSBDOCwxOCVDd0Ok4NTExLDggwNdDk4NTExIDE4LDkuNTExLDE0LjUg4LjA4OTg1MTEgMjE
DgLITDgsMTQuNSBDOCwxOCVCd0Ok4NTExLDggwNdDk4NTExIDE4LDkuNTExLDE0LjUgNDg1MSBaIiBpZD0ic2
VhcmNoIi8+PC9nPjwvZz48L3N2Zz4=);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75pt;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
```

137411...

```
#at-expanded-menu-host{padding:0}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
label{color:#d5d4d2;display:block;font-size:13px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxp
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy4yODMgMi4yODZsLTMuMzIgMCAwYANCA
xLjgzOXQ0Q0Ljk5MSA0Q0Lj5MSAxLjgzOSA2Lj4NC0Lj4g1OSA2Lj4NC00Lj5MSA0Lj4NCAxLjgz
OS02Lj4g4NC0xLjgz0S00Lj5MS00L5k5MS00Lj5zOS02Lj4NCAxLjgz0S02Lj4NCAxLj5k5MS00Lj5MSA2Lj
jg4NC0xLjgz0XpNMTYgMjQuNTU0di0zLjlM5M3EwLTAuMjUtMC4xNjEtMC4yOTMtMC4xNzgtMC
lxLTAuMjMyIDATMC40OTMtMC4xNzl0LTAuMTc5IDAuNDExMUDExMUDEx0Lj5MTAuMjYzIAC4xNzkgMC40
0MTEgMC4xNzlgMC40MjMwNC0wLjEx0C00xMC4yMzIgMC40xMC4xNzkgMC40NzkMC40MTF0MC4
zjEzIDAtMC40MC40xMjcgMC40xNzkgMC0wLjDzMDAxMC0wLjD0xTAuNDJ6TTE1Lj2NCAxx0C40MTFs4z
MjEtMTEuMDg5c5TAtMC4yMTQtMC4xNzktMC40MTlgMC40MzEgMC4xNzk0xNDMtMC40NDoLTMuOTI5c5OwL
jI1DAtMC40MjkgMC4xNzkgMC40xMjcgMC40MDtMC0wDzMDQMDDQgMtDsg5cTAgMDkg5cTAgMDsg5cTAgMDkzAg
4xNzkgMC4zMTN0MC40MjkgMC4xMjcgMC4yRoMy4zMDRxMC4yNSAwIDAuNDIwxDAzMC40xMTN6Ij48L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-email-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
```

```
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
weight:300;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-email-form,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
```

137411...  .at-expanded-menu-search,#at-expanded-menu-host
...  .at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
...  menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
...  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header.border-before:before{width:15pc}#at-expanded-
...  menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header
...  li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
...  .at-copy-link-share{width:420px}}@media screen and
...  (max-width:449px){#at-expanded-menu-host
...  #at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
...  .at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
...  .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
...  host .at-expanded-menu-ft,#at-expanded-menu-host
...  .at-expanded-menu-page-title,#at-expanded-menu-host
...  .at-expanded-menu-page-url,#at-expanded-menu-host
...  .at-expanded-menu-search,#at-expanded-menu-host
...  .at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
...  menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
...  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
...  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header
...  li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
...  at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
...  (max-width:369px){#at-expanded-menu-host
...  .at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
...  host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
...  .at-expanded-menu-ft,#at-expanded-menu-host
...  .at-expanded-menu-page-title,#at-expanded-menu-host
...  .at-expanded-menu-page-url,#at-expanded-menu-host
...  .at-expanded-menu-search,#at-expanded-menu-host
...  .at-expanded-menu-title{width:300px}#at-expanded-menu-host
...  .at-expanded-menu-service-list,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
...  .at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
...  200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
...  .at-expanded-menu-top-services-header
...  li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
...  .at-copy-link-share{width:20pc}}@media screen and
...  (max-width:879px){#at-expanded-menu-host
...  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
...  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
...  top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
...  .at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
...  .at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
...  top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
...  screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
...  .at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
...  .at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
...  (max-height:800px) and (min-width:480px){#at-expanded-menu-host
...  .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
...  (max-height:800px){#at-expanded-menu-host
...  .at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
...  margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
...  .at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
...  .at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
...  menu-host
...  .at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
...  position:relative;top:-4px}#at-expanded-menu-host
...  .at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
...  expanded-menu-host
...  .at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
...  .at-expanded-menu-search-label:after,#at-expanded-menu-host
...  .at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host

137411... .at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
    ... .at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
    ... .at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
    ... .at-expanded-menu-service-list.border-before{padding-bottom:30px}#at-expanded-
    ... menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}@media
    ... screen and (max-height:550px){#at-expanded-menu-host
    ... #at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
    ... #at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
    ... #at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
    ... #at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
    ... mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
    ... #at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
    ... position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
    ... mobile
    ... .at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
    ... top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
    ... menu-mobile
    ... .at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
    ... -container.at-expanded-menu-mobile
    ... .at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
    ... y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
    ... at-expanded-menu-mobile
    ... .at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
    ... transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
    ... #at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
    ... mobile .at-expanded-menu-copy-link
    ... #at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu-email
    ... #at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
    ... menu-container.at-expanded-menu-mobile
    ... #at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
    ... menu-container.at-expanded-menu-mobile .at-expanded-menu-email
    ... #at-expanded-menu-title{margin:0
    ... auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
    ... #at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
    ... expanded-menu-mobile .at-expanded-menu-copy-link
    ... .at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu-copy-link
    ... .at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
    ... mobile
    ... .at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
    ... container.at-expanded-menu-mobile
    ... .at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
    ... expanded-menu-mobile
    ... .at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
    ... expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
    ... expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
    ... .at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
    ... mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
    ... .at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
    ... expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
    ... 18px}#at-expanded-menu-container.at-expanded-menu-mobile
    ... #at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
    ... scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu-round
    ... .at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
    ... menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
    ... auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
    ... #at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
    ... mobile
    ... #at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
    ... expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
    ... auto}#at-expanded-menu-container.at-expanded-menu-mobile
    ... .at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
    ... expanded-menu-container.at-expanded-menu-mobile
    ... #at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-

```
137411…  mobile #at-expanded-menu-email-client
  …  .at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
  …  -menu-mobile
  …  .at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
  …  -expanded-menu-mobile
  …  .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
  …  expanded-menu-mobile .at-copy-link-share{margin:0
  …  10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
  …  .at-copy-link-share-button{margin-top:25px;padding:10px
  …  25px}#at-expanded-menu-container.at-expanded-menu-mobile
  …  .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
  …  mobile .at-expanded-menu-fade{height:50px}','""]);
137412… },function(e,t,n){t=e.exports=n(56)(),t.push([e.id,'.at-icon{fill:#fff;border:0}.at-
  …  icon-wrapper{display:inline-block;overflow:hidden}a
  …  .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
  …  .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
  …  .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
  …  .at-icon{width:2pc;height:2pc}.addthis_24x24_style
  …  .at-icon{width:24px;height:24px}.addthis_20x20_style
  …  .at-icon{width:20px;height:20px}.addthis_16x16_style
  …  .at-icon{width:1pc;height:1pc}#at16lb{display:none;position:absolute;top:0;left:0;
  …  width:100%;height:100%;z-index:1001;background-color:#000;opacity:.001}#at16pc,#
  …  at16pi,#at16pib,#at_complete,#at_error,#at_share,#at_success{position:static!
  …  important}.at15dn{display:none}.at15a{border:0;height:0;margin:0;padding:0;width:
  …  230px}#at15s,#at16nms,#at16p,#at16p form input,#at16p label,#at16p
  …  textarea,#at16recap,#at16sas,#at_msg,#at_share
  …  .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
  …  9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
  …  #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
  …  width:250px!important}#at15s{background:url(data:image/png;base64,
  …  iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
  …  9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
  …  IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
  …  visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
  …  span{outline:0;direction:ltr;text-transform:none}#at15s
  …  .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
  …  .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
  …  .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
  …  repeat;background-position:top
  …  left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
  …  .at4-icon,.addthis_default_style
  …  .at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
  …  1pc!important}.addthis_32x32_style
  …  .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
  …  important}.addthis_24x24_style
  …  .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
  …  important}.addthis_20x20_style
  …  .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
  …  important}.at4-icon.circular,.circular
  …  .at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
  …  .at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
  …  .at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
  …  size:1pc;width:1pc;height:1pc;background-position:top
  …  left;display:inline-block;line-height:1pc}.addthis_vertical_style
  …  .at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
  …  .at4-icon{margin-right:5px}html>body
  …  #at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
  …  ;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
  …  #fff;border:1px solid
  …  #fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
  …  default;border-bottom:1px solid
  …  #e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
  …  #a9d582!important}.at15s_head_success a,.at15s_head_success
  …  span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
  …  position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
  …  #at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
  …  .atiemode2
  …  a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
```

137412... right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
.. .at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
.. at_share .at_item .at-icon-wrapper{margin-right:5px}#at_hover
.. .at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
.. 5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
.. at_hover .at_item{width:7pc!important;padding:2px
.. 3px!important;margin:1px;text-decoration:none!important}#at_hover
.. .at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.. .at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.. .at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.. .at_item:hover,#at_share .at_item.athov,#at_hover
.. .at_item:hover{background:#f2f2f2!important;border:1px solid
.. #e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.. .at_item:focus{background:#fff!important;border:1px solid
.. #fff}#at_sending{top:130px;left:110px;position:absolute;text-align:center}#at_sending
.. img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
.. important;padding-left:20px!important;background-position:0
.. 0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
.. a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
.. a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
.. :200px}.addthis_toolbox.addthis_close_style
.. .addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
.. addthis_close_style
.. .addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
.. addthis_close_style
.. .addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.. .fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
.. iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
.. a.addthis_button_counter,.addthis_toolbox
.. a.addthis_button_facebook_like,.addthis_toolbox
.. a.addthis_button_facebook_send,.addthis_toolbox
.. a.addthis_button_facebook_share,.addthis_toolbox
.. a.addthis_button_foursquare,.addthis_toolbox
.. a.addthis_button_google_plusone,.addthis_toolbox
.. a.addthis_button_linkedin_counter,.addthis_toolbox
.. a.addthis_button_pinterest_pinit,.addthis_toolbox
.. a.addthis_button_stumbleupon_badge,.addthis_toolbox
.. a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.. .google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
.. span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
.. span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
.. addthis_vertical_style
.. a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
.. a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.. .at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
.. span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
.. span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.. .addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
.. a{float:left}.addthis_toolbox.addthis_pill_combo_style
.. a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.. .addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.. .addthis_separator{margin:0
.. 5px;display:inline}div.atclear{clear:both}.addthis_default_style
.. .addthis_separator,.addthis_default_style .at4-icon,.addthis_default_style
.. .at300b,.addthis_default_style .at300bo,.addthis_default_style
.. .at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
.. img{border:0}a.at300b .at4-icon,a.at300m
.. .at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style
.. .at300bo,.addthis_default_style .at300m{padding:0
.. 2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
.. at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
.. addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
.. {opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
.. alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.. .at300bs,.addthis_20x20_style .dummy
.. .at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
.. line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.. .at300bs,.addthis_32x32_style .dummy

137412...

```
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{margin-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}#at16abifc{overflow:hidden;margin:0;top:10px;left:
10px;height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16pb{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001;position:absolute;top:50%;left
:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#at_share{margin:0;padding:0}#at16ps{overflow-
y:scroll;height:19pc;padding:5px}a#at16pit{position:absolute;top:37px;right:10px;
display:block;background:url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP
//////
wAAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at16pc textarea{height:3pc}#at16pc
form input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
```

```
#b5b5b5;width:160px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at16pc{height:343px!important;font-
size:11px;text-align:left;color:#4c4c4c}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19dJY2IODg+bm5paWlnl5eeLi4oyMjKmpqdXl9vb28/Pz///////
wAAAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKquBOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqHRKrVqv2Kx2Gy0EBkKRgMEtm8/otHrNTjMEQYGjTa/b7/
h82gEfVfSAgYKDhGcVQ0sLBhAAEAYLhZGSk5RqYBgBSgsNAA0GnA2QlaOkpaZHASVGSQYACEgIABOntLW2eAU
mSxASShIHt8HCw1snSwAGSq3EzM3OSyhLBw9KD8DP2Nm30UoKrrAACtrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vDz/wDV5MIUJVa/
gAgTZkmFYYAUg70USpz45BKGPwUPiKFPIseOhEXI6ihzphE8MiRTMI58E6zhEZUwEXqx2LIEAwsUKujcybOnz
59AgwodSrSo0aNIkypdyrSpU508ofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5666;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}.at_baa{display:block;overflow:
hidden;outline:0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp label{font-size:11px!important}#at16pp
.atinp{width:156px}#at16eatdr{position:absolute;background:#fff;border-top:0;max-
height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_attssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:5px;float:left}.atm{width:10pc!important;padding:
0;margin:0;line-height:9pt;letter-spacing:normal;font-family:arial,helvetica,tahoma,
verdana,sans-serif;font-size:9pt}.atm-s a.atm-s a{width:444;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUggGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
```

137412...

!important}at_array_containerincmargin:0;padding:0}.at_medtitle{background:url(data:
image/gif;base64,R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAAEAAwAIAAACChxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEABwAIAAMAAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwEAAQABgAGAAACDJwncqi7EQYAA0p6CgAh+
QQJAAADACwHAAEAAwAIAAACCpRmxoxovQAYchQAOw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.at_PinItButton{display:block;width:40px;height:20px;padding:
0;margin:0;background-image:url(//s7.addthis.com/static/t00/pinit00.png);background-
repeat:no-repeat}.at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget span{vertical-align:baseline!important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at16pf{height:auto;text-align:right;padding:4px
8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media
print{#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s,.at4,.
at4-recommended{display:none!important}}@media screen and
(max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
(max-width:400px){.at4-thankyou-inner
.at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
.at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
#c5c5c5}}',""])},function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"
},function(e,t,n){var a=n(740);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
a=n(742);"string"==typeof
a&&(a=[[e.id,a,""]]);n(57)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
function(e,t){"use
strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
use strict";var a=n(116);e.exports=function(e){try{var
t=JSON.parse(e).services.filter(function(e){return!a(e)});return
t.push({code:"addthis",topService:!0}),t.push({code:"unknown"}),t}catch(n){throw new
Error("parse-services: failed to parse file -
"+n.message)}}},function(e,t){e.exports={"50px":"222222","100zakladok":"6C8DBE",
aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",advqr:"EC5923",aim:"
8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",apsense:"d78818",
arto:"8db81d",baidu:"1d2fe3",balatarin:"019949",bandcamp:"60929C",beat100:"3399CA",
behance:"176AFF",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",
blogger:"F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",brdrdobr:"2874C7",bonzobox:"
c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",buffer:"000000",
camyoo:"ace8f7",care2:"6CB440",citeulike:"0088c8",cleanprint:"97ba7a",cleansave:"
5BA741",cloob:"3BB44B",cosmiq:"4ca8d8",cssbased:"394918",delicious:"3399FF",
deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"88b748",diigo:"0888d8",
disqus:"2E9FFF",dribbble:"EA4C89",domaintoolswhois:"305891",douban:"0e7512",draugiem:
"f47312",edcast:"E03E7C",efactor:"7797b7",ello:"000000",email:"848484",etsy:"EA6D24",
evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",facenama
:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favorites:"f5ca59",
favoritus:"97462e",financialjuice:"242D38",flickr:"282828",flipboard:"E12828",folkd:"
175ca6",foodlve:"d51e48",foursquare:"2D5BE3",gg:"D7232D",github:"171515",gitlab:"
E3421C",gmail:"DB4437",goodreads:"39210D",google:"4285F4",google_classroom:"25A667",
google_follow:"CF4832",google_plusone_share:"DC4E41",googletranslate:"2c72c8",govn:"
0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"080808",historious:"b84949",
hootsuite:"000000",hotmail:"f89839",houzz:"74B943",indexor:"8bd878",informazione:"
104F6E",instagram:"E03566",instapaper:"000000",internetarchive:"6e6e6e",iorbix:"
384853",jappy:"f59216",jsfiddle:"4478A6",kakao:"FAB900",kaixin:"dd394e",ketnooi:"
1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
083568",memori:"ee2271",meneame:"ff6400",mendeley:"a412b",messenger:"0084FF",
mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",mrcnetworkit:"abd4ec",mymailru:"
165496",myspace:"282828",myvidster:"93F217",n4g:"8d0808",naszaklasa:"4077a7",netvibes
:"48d828",netvouz:"4EBD08",newsmeback:"316896",newsvine:"64a556",nujij:"c8080a",
nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",oknotizie:"8BC53E",openthedoor:"

137412...  22718b",oyyla:"retreat",parentele:"f4080d",parimyuru:"149823",periscope:"5F34C4",
pinboard:"1111AA",pinterest:"CB2027",pinterest_share:"CB2027",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",ravelry:"DD0F56",
reddit:"ff5700",rediff:"d80808",renren:"0058AE",researchgate:"00CCBB",retellity:"
B70100",rss:"EF8647",safelinking:"3888c8",scoopit:"9dcb43",slashdot:"78D4B6",
slideshare:"00A7AA",snapchat:"FFDD00",sharer:"0888C8",sinaweibo:"E6162D",skyrock:"
282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",soundcloud:"
FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow:"EF8236",stack_exchange:"
1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",studivz:"DA060D",stuffpit:"
2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",stylishhome:"bfd08d",subpro:383838"
,surfingbird:"0ca8ec",svejo:"f89823",symbaloo:"4077a7",taringa:"165496",technerd:"
316896",telegram:"0088CC",tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",
thefreedictionary:"4891b7",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tumblr:"
37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"FFCD00",
urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"01Db488",
virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",voxopolis:"
1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",wechat:"2DC100",
whatsapp:"4DC247",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",
yahoomail:"3a234f",yammer:"2ca8d2",yelp:"C60D00",yookos:"0898d8",yoolink:"A5C736",
yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!(e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:"
https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"http://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}}
.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
:{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
}"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1,channel:"http://www.youtube.com/channel/{
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin

137412...

```
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(61).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){function a(e,t,n){return"function"==typeof
t&&"undefined"!=typeof n&&s(e)?o(e):i(e,r(t,n,3))}var
o=n(677),i=n(120),r=n(105),s=n(28);e.exports=a},function(e,t){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+""):i(e+"",t)}var
o=n(760),i=n(761),r=n(762),s=n(105),c=n(73),u=n(770);e.exports=a,function(e,t,n){
function a(e,t,n,a,p,f,g){var
m=s(e),v=s(t),w=l,b=l;if(!m){w=u?w=d:w!=d&&(m=c(e)),v||(b=A.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,y=b==d,C=w==b;if(C&&!m&&!x)return i(e,t,w);var
E=x&&h.call(e,"__wrapped__"),k=y&&h.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,f,g);if(!C)return!1;f||(f=[]),g||(g=[]);for(var
M=f.length;M--;)if(f[M]==e)return g[M]==t;f.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,f,g);return f.pop(),g.pop(),R}var
o=n(767),i=n(768),r=n(769),s=n(28),c=n(641),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,h=p.hasOwnProperty,A=p.toString;e.exports=a},function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!1;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(e,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var n=r.call(e,l);else{var p=e[l],h=n[c];d=i?i(p,h,l):void
0,"undefined"==typeof d&&(d=o(h,p,i,!0))}if(!d)return!1}return!0}var
o=n(121),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var a=t[0],s=e[a];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(759),i=n(124),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a,function
(e,t,n){function a(e,t){return i(t)?function(n){return
null!=n&&n[e]===t}:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(121),i=n(124);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(771),i=o?function(e,t){return
o.set(e,t),e:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t,n,a,o,i,r){var
s=-1,c=e.length;u=t.length,l=!0;if(c=!0;if(c!=u.length&&(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void 0,a&&(l=o?a(p,d,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var h=u;h--&&(p=t[h],!(l=d&&d===p||n(d,p,a,o,i,r))););else
l=d&&d===p||n(d,p,a,o,i,r)}return!l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return e===+t;case i:return
e.name&&e.message==t.message:case r:return
e!=+e?t!=+t:0==e?1/e==1/t:e===+t;case s:case c:return e==t+""}return!1}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
a(e,t,n,a,i,s,c){var u=o(e),l=u.length,d=o(t),p=d.length;if(l!=p&&!i)return!1;for(var
h,A=-1;++A<l;){var f=u[A],g=r.call(t,f);if(g){var m=e[f],v=t[f];g=void
0,a&&(g=i?a(v,m,f):a(m,v,f)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;h||(h="constructor"==f)}if(!h){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1;
```

137413...

```
}return!0}var
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!r.funcNames?e.name:r.funcDecomp();if(!t){var
n=u.call(e);r.funcNames||(t=!s.test(n),t||((t=c.test(n)||i(e),o(e,t)))}return t}var
o=n(764),i=n(30),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){(
function(t){var a=n(30),o=a(o=t.WeakMap)&&o,i=o&&new
```

137413

```
o;e.exports=i}).call(t,function(){return this})}},function(e,t,n){function
a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&(i(e)||u.nonEnumArgs&&o(e)),p=-1,h=[];++p<
n;){var a=t[p];(l&&r(A,a)||d.call(e,A))&&h.push(A)}return h}var
o=n(106),i=n(28),r=n(70),s=n(11),c=n(642),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(123);e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,""):e}var
o=n(122),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return a=o(e)?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+="",e.slice(i(e,t),r(
e,t)+1)):e}var
o=n(122),i=n(766),r=n(680),s=n(773),u=n(774);e.exports=a},function(e,t,n){
var a=n(18),o=n(1),i=n(791);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(33),o=n(48);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(33),o=n(48);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(4);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i)){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
catch(c){a.error(c)}return o}},function(e,t,n){var
a=n(138);e.exports=function(e){return e==||"",a(e,function(e,t){var
n,a,o=e.indexOf(";jsessionid"),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("="),2===a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){var
a=n(49);e.exports=function(){for(var e;e=a.pop();)e&&"function"==typeof
e.close&&e.close()}},function(e,t,n){"use strict";function a(){var
e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
&&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
&(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
=typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,y){var
C,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),_=i.services_custom,D("pro"),
D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
-1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
[0]){S=R[1];break}if(_ instanceof Object&&"0"in _)for(M in
_)if(_[M].code==e){_=_[M];break}var
U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||y,O=n.modules&&n.modules[e]?
n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
string"==typeof
N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,F="",G=s(
S),P=2===G.length?G.shift().split("=").pop():"",Y=2===G.length?G.pop():"",J=i.
data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
!==!1&&!0;if(i.data_track_clickback===!1||J=!1),M(for(C in
H)F+=(""==F?"":"&")+f(C)+"="+f(H[C]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
&&n.shorteners&&-1===e.indexOf("pinterest"))for(C in n.shorteners)for(E in
n.shorteners[C])V+=(V.length?"&":"?")+f(C+"."+E)+"="+f(n.shorteners[C][E]);return
S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub="+v+"&source="+j+"&
lng="+(h()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
url||"")).replace("feed://","",1)+"&t1=":"&url="+l(S,1)+"&title="+l(n.title||((window.
addthis_title||"").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
```

137413...

```
),1)},n("email"!==t?&frommenu=1":"")+(t?"&use="+t(session.firm.pubv,feedsABCell
:w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
addthis_ssh==e||addthis_ssh.search(new
RegExp("(?:^|,)("+e+")(?:$|,)")))>-1?"":"&ips=1")+(L2?"&cr="+(e===L2?1:0):"")+(n.
email_template?"&email_template="+f(n.email_template):"")+(F?"&email_vars="+f(F):"")+
(Q?"&shortener="+f("array"==typeof
Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
description,1):"")+(n.html?"&html="+l(n.html,1):n.content?"&html="+l(n.content,1):"")
+(n.trackurl&&n.trackurl!=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
"")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
:"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(J||
_ate.track.ctp(i.product,i)?"&ct=1":"&ct=0")+((J||_ate.track.ctp(i.product,i))&&S.
indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+(_.name)+"&acc="+f(_.code)+"&acu="+f(
_.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
""):(P?"&rsi="+P:"")+(Y?"&gen="+Y:""))+(n.xid?"&xid="+l(n.xid,1):"")+(U?"&template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(139),s=n(75),c=n(24),u=n(722),l=n(47),d=n(35),p=n(18),h=n(21),A=n(131),f=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var
a=n(61).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(823),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies==!1&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0}}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0)},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!==navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(138);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!==a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e})},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&="+$_$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!=typeof
$_$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t)))},function(e,t,n){"use strict";var
a,o,i,r=n(1),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a))}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
```

137413

```
setInterval(d,100),s(window,"mouse",d),s(window,"click",p),d=0}},getParams:function()
{return c?{ict:l},pct:o}:{}}}},function(e,t){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(824),o=n(159),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();(t===!0||void
0===t)&&(c+=e-s),s=e}e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(690),s=n(96),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(150).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https":"http:")+_atr+"static/"+n(834)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
add(n)||(i=r.get(n),!i||u||i.test(t)||(u=1,setTimeout(function(){i.add(t),i.save(n
)},5e3))}}var i,r=n(145),s=n(136),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class=" at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span><div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div></form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
```

```
137413...   class="at-expanded-menu-button button"><span
            class="at-expanded-menu-button-label"></span></li><li
            style="background-color:#848484;height:84px;opacity:0.6;"><button
            class="at-expanded-menu-button"></button><span
            class="at-expanded-menu-button-label"></span></li><li
            style="background-color:#848484;height:84px;opacity:0.6;"><button
            class="at-expanded-menu-button"></button><span
            class="at-expanded-menu-button-label"></span></li></ul><div
            class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
            Services</span><div class="loading-container "><div
            class="loading-spinner"></div></div></div></div></div>{{reducedBrandingInnerHTML
            }}</div><div class="at-expanded-menu-fade"></div></div></div>'},function(e,t,n){function
            a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
            0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
            0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
            0!==t.sampleRate?t.sampleRate:1,t.onView=void
            0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
            ,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
            minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
            wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
            o=n(38),i=n(161);e.exports=a,a.prototype.check=function(){var
            e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
            wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
            Date,this.interval=setInterval(function(){var t=new
            Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
            getTime()-e.firstSeen.getTime()>e.minDurationVisible&&(clearInterval(e.interval),e.
            interval=null,e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
            element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
            ,e.interval=null,e.firstSeen=null)},this.sampleTimeout))},a.isWatching=function(e){
            for(var
            t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
            function(){setTimeout(function(){for(var
            e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
            clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
            },a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
            Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
            n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
            1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
            getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
            ,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
            e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&po=
            clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
            handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
            e,t,n){var a=n(3).listen,o={};e.exports=function(e){function t(t,n){return
            function(){var
            a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
            Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
            postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
            function
            n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
            postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
            addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
            i(e,n,a){var
            o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
            o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
            a(window,"message",function(t){var
            n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
            if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
            result),delete s[o.api][o.id]);else
            if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
            api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())())}},o[e.__apiID]=n
            ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
            t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
            o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function(
            ){return!0}),t.push(a))}return t}var
            o=n(147),i=n(51).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
            e=this,t=new
            i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
```

```
137413 ·· instanceof
    ·· Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
    ·· this.resources||this.resources[0]instanceof
    ·· o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
    ·· this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
    ·· function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
    ·· .loading){for(var
    ·· t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
    ·· checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
    ·· a(){return g.join(A)}function o(){if(!f){var
    ·· e=l.rck(h)||"";e&&(g=d(e).split(A),f=1)}function
    ·· i(){o(),g.length&&l.sck(h,p(a()),0,!0)}function r(){return o(),g}function
    ·· s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
    ·· n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
    ·· n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
    ·· t=0;t<g.length;t++)if(g[t]===e){g.splice(t,1);break}i()}function u(){g=[]}var
    ·· l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
    ·· d=window.decodeURIComponent,p=window.encodeURIComponent,h="__attag",A=",",f=0,g=[],
    ·· function(e,t,n){/**
137414 ··     * AddThis Client
137415 ··     * @license - See s7.addthis.com/static/licenses.html for information about the
    licenses used
137416 ··     */
137417 ·· var
    ·· a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
    ·· isAddThisTrackingFrame||!function(){function e(e,t,n,a){return
    ·· function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!g.addthis||p(
    ·· {call:e,args:arguments,ns:t,ctx:n})}}function t(e){var
    ·· t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
    ·· queuer=this,this.flush=function(e,a){this.flushed=1;for(var
    ·· o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
    ·· a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
    ·· ._pmh.call(e))}var
    ·· o,i=n(812),r=n(805),s=n(97).select,c=n(108),u=n(53),l=n(809),d=n(38),p=n(33),h=n(801)
    ·· ,A=n(3).listen,f=n(1),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
    ·· ",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
    ·· "v7.5.3-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
    ·· ohmp:0,ltj:1,xamp:1,abf:!1,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark.html",linkedin
    ·· :"static/linkedin.html",pinit:"static/pinit.html",fbshare:"static/fbshare.html",tweet
    ·· :"static/tweet.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",f(g._atc.rsrcs,
    ·· function(e,t){-1===t.indexOf(_atr)&&(g._atc.rsrcs[e]=_atr+t)});var
    ·· v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
    ·· (!g.addthis||g.addthis.nodeType!==o){try{v=g.navigator?navigator.userLanguage||
    ·· navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(y){
    ·· }g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
    ·· Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
    ·· ,layers:e("layers"),configure:function(e){g.addthis_config||(g.addthis_config={}),g.
    ·· addthis_share||(g.addthis_share={});for(var t in e)if("share"===t&&"object"==typeof
    ·· e[t])for(var n in
    ·· e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
    ·· addthis_share[n]=e[t][n])]else
    ·· e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
    ·· =e[t])},button:e("button"),counter:e("counter"),count:e("count"),toolbox:e("toolbox")
    ·· ,update:e("update"),init:e("init"),ad:{event:e("event","ad"),getPixels:e("getPixels",
    ·· "ad")},util:{getServiceName:e("getServiceName")},ready:e("ready"),addEventListener:e(
    ·· "addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
    ·· user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
    ·· getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
    ·· e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
    ·· isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
    ·· hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
    ·· getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
    ·· ")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
    ·· isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pmh:[]};var
    ·· C=u("addthis_widget");if(C.provider||C.userBlob||C.userapi){var
    ·· E=l(C),k=h(E);x.appendChild(E),C.userapi&&(g.addthis.UserAPI=new
    ·· k("user")),C.provider&&(g.addthis.ProviderAPI=new
    ·· k("provider")),C.userBlob&&(g.addthis.UserBlobAPI=new
```

137417…

```
k("userBlob")});if(4!==headlessbr)("mi.location.href=i.indexOf("_atr")){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&(A(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(697),n(698),n(700),n(701
),n(703),n(632),n(645),n(704),n(705),n(706),n(168),n(707),n(708),n(709),n(710),n(711)
,n(712),n(695),n(696),n(702),n(699),n(693),n(694)(function(){n(651),addthis.layers.
apply(addthis,e)})})})},addthis.messages=i,addthis.events=r,addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})}},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})}},addthis.sharecounters=getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(653),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.core||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),14)}(n(82)})(n)})}})(},function(e,t,n){"use strict";var
a=n(160),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",gu:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"iw",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=3&e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
```

```
1:c=253&&16!==r)break;c=(c-65535&1023)<<10|c&1023,c+=65536}h+=i16?q+1:q<<16|r&65535,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(160),o=n(2),i=n(4),r=(n(19),n(88)),s=(n(1),!1),c=n(85),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(684),a=n(644);s||(n(150).setup(),n(686).setup(),n(685).setup(),n(688),n(687),n(
836),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(154);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(141),o=n(79)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=n(2),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
ui_pane="link",a(document.body,"link","","",t,e)}},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command",t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(55),i=n(3).listen,r=n(2);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){var
a=n(1);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(141),o=n(79)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(157),o=n(63);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(818),o=n(819),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){}var
o=n(1),i=(n(5ml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return o._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(826);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(158);e.exports=function(e){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply
(this,arguments)}),times[r]=(new
Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
string which will eval to a globally accessible object where callbacks will be
stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
},function(e,t){e.exports=function(e){var
t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
evl(src,scope){if(scope){var evl;return eval("evl = "+src),evl}return
```

137417 eval(t(o))})},function(e,t,n){"use strict";var
       a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
       o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
       n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
       e)return e;if(e instanceof Object){var t="";for(var n in
       e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
       null}},function(e,t,n){"use strict";var
       a=n(1),o=n(112),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
       flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
       subscription||"PRO"===e.subscription.edition)){var
       r=n(34)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
       c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
       e.config._default.widgets[t]})}}}},function(e,t){e.exports=function(e){return
       e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
       n=Object.prototype.toString;e.exports=function(e){return
       n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
       e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
       81a142dda016aab89f76e554.html"}]));

137418 *************************************************
137419 The following data is from stlouidchildrens_org-onco-20160915-page_source.txt
137420 *************************************************

137421
137422
137423 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
       "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
137424 <html xmlns="http://www.w3.org/1999/xhtml"
       xmlns:og="http://opengraphprotocol.org/schema/" lang="en" xml:lang="en">
137425
137426 <head>
137427 <meta http-equiv="Content-Type" content="text/html; charset=utf-8" /><script
       type="text/javascript">window.NREUM||(NREUM={}),__nr_require=function(e,n,t){function
       r(t){if(!n[t]){var o=n[t]={exports:{}};e[t][0].call(o.exports,function(n){var
       o=e[t][1][n];return r(o||n)},o,o.exports)}return n[t].exports}if("function"==typeof
       __nr_require)return __nr_require;for(var o=0;o<t.length;o++)r(t[o]);return
       r}({1:[function(e,n,t){function r(e,n){return function(){o(e,[(new
       Date).getTime()].concat(a(arguments)),null,n)}}var
       o=e("handle"),i=e(2),a=e(3);"undefined"==typeof window.newrelic&&(newrelic=NREUM);var
       c=["setPageViewName","setCustomAttribute","finished","addToTrace","inlineHit"],u=["
       addPageAction"],f="api-";i(c,function(e,n){newrelic[n]=r(f+n,"api")}),i(u,function(e,
       n){newrelic[n]=r(f+n)}),n.exports=newrelic,newrelic.noticeError=function(e){"string"=
       =typeof e&&(e=new Error(e)),o("err",[e,(new
       Date).getTime()])}},{}],2:[function(e,n,t){function r(e,n){var t=[],r="",i=0;for(r in
       e)o.call(e,r)&&(t[i]=n(r,e[r]),i+=1);return t}var
       o=Object.prototype.hasOwnProperty;n.exports=r},{}],3:[function(e,n,t){function
       r(e,n,t){n||(n=0),"undefined"==typeof t&&(t=e?e.length:0);for(var
       r=-1,o=t-n||0,i=Array(0>o?0:o);++r<o;)i[r]=e[n+r];return
       i}n.exports=r},{}],ee:[function(e,n,t){function r(){}function o(e){function
       n(e){return e&&e instanceof r?e:e?c(e,a,i):i()}function t(t,r,o){e&&e(t,r,o);for(var
       i=n(o),a=l(t),c=a.length,u=0;c>u;u++)a[u].apply(i,r);var s=f[m[t]];return
       s&&s.push([w,t,r,i]),i}function p(e,n){g[e]=l(e).concat(n)}function l(e){return
       g[e]||[]}function d(e){return s[e]=s[e]||o(t)}function
       v(e,n){u(e,function(e,t){n=n||"feature",m[t]=n,n in f||(f[n]=[])})}var
       g={},m={},w={on:p,emit:t,get:d,listeners:l,context:n,buffer:v};return w}function
       i(){return new r}var
       a="nr@context",c=e("gos"),u=e(2),f={},s={},p=n.exports=o();p.backlog=f,{}],gos:[
       function(e,n,t){function r(e,n,t){if(o.call(e,n))return e[n];var
       r=t();if(Object.defineProperty&&Object.keys)try{return
       Object.defineProperty(e,n,{value:r,writable:!0,enumerable:!1}),r}catch(i){}return
       e[n]=r,r}var
       o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(e,n,t){function
       r(e,n,t){o.buffer([e],r),o.emit(e,n,t)}var
       o=e("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(e,n,t){function r(e){var
       n=typeof
       e;return!e||"object"!==n&&"function"!==n?-1:e===window?0:a(e,i,function(){return
       o++})}var o=1,i="nr@id",a=e("gos");n.exports=r},{}],loader:[function(e,n,t){function
       r(){if(!b++){var
       e=y.info=NREUM.info,n=s.getElementsByTagName("script")[0];if(e&&e.licenseKey&&e.
       applicationID&&n){u(m,function(n,t){e[n]||(e[n]=t)});var

```
137427… t="https"===g.split(":")[0]||e.ssl||"http:"y.proto=t="https://":"http://")c("mark",["
…      onload",a()],null,"api");var
…      r=s.createElement("script");r.src=y.proto+e.agent,n.parentNode.insertBefore(r,n)}}}
…      function o(){c("complete"===s.readyState&&i()}}function
…      i(){c("mark",["domContent",a()],null,"api"))}function a(){return(new
…      Date).getTime()}var
…      c=e("handle"),u=e(2),f=window,s=f.document,p="addEventListener",l="attachEvent",d=f.
…      XMLHttpRequest,v=d&&d.prototype;NREUM.o={ST:setTimeout,CT:clearTimeout,XHR:d,REQ:f.
…      Request,EV:f.Event,PR:f.Promise,MO:f.MutationObserver},e(1);var
…      g=""+location,m={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-
…      agent.newrelic.com/nr-952.min.js"},w=d&&v&&v[p]&&!/CriOS/.test(navigator.userAgent),y
…      =n.exports={offset:a(),origin:g,features:{},xhrWrappable:w};s[p]?(s[p]("
…      DOMContentLoaded",i,!1),f[p]("load",r,!1)):(s[l]("onreadystatechange",o),f[l]("onload
…      ",r)),c("mark",["firstbyte",a()],null,"api");var b=0},{}]},{},["loader"]);</script>
137428    <title>Oncology Services - Care for Children with Cancer | St. Louis
…      Children&#039;s Hospital</title>
137429    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
137430 <meta name="description" content="The pediatric oncology program at St. Louis
…      Children's Hospital is the largest comprehensive program in Missouri for children
…      with cancer. Learn more, call 314-454-5437." />
137431 <meta name="dcterms.description" content="(Dr Stephanie Perkins and patient) The
…      pediatric oncology program at St. Louis Children's Hospital is the largest
…      comprehensive program for children with in the region. We provide state of the art
…      care for children of all ages in an environment that is uniquely designed for the
…      pediatric patient." />
137432 <meta name="keywords" content="pediatric cancer,childhood cancer,childhood
…      lymphoma,oncology,child leukemia treatment,pediatric brain tumors,children
…      oncology,bone marrow transplant children,pediatric bone marrow transplant" />
137433 <meta name="dcterms.date" content="2013-04-02T00:00:00Z" />
137434 <link rel="canonical"
…      href="http://www.stlouischildrens.org/our-services/oncology-services" />
137435 <meta name="revisit-after" content="1 day" />
137436    <meta id="viewport" name="viewport">  <link type="text/css" rel="stylesheet"
…      media="all"
…      href="/sites/default/files/ctools/css/a0b2e794140719fcd0a171e2cb337d89.css?h" />
137437    <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/default/files/css_5d7dd1b2f62286382f871792e363ac27.css" />
137438    <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/fusion/fusion_core/css/grid16-960.css?h"/>
137439    <!--[if IE 8]>
137440    <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/fusion/fusion_core/css/ie8-fixes.css?h" />
137441    <![endif]-->
137442    <!--[if IE 7]>
137443    <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/fusion/fusion_core/css/ie7-fixes.css?h" />
137444 <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/slch_theme/css/ie7-fixes.css?h" />
137445    <![endif]-->
137446    <!--[if lte IE 6]>
137447    <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/fusion/fusion_core/css/ie6-fixes.css?h"/>
137448 <link type="text/css" rel="stylesheet" media="all"
…      href="/sites/all/themes/slch_theme/css/ie6-fixes.css?h"/>
137449    <![endif]-->
137450      <script type="text/javascript"
…      src="/sites/default/files/js/js_d040bc46420ad24b7f3e9035ef83ca4a.js"></script>
137451 <script type="text/javascript">
137452 <!--//--><![CDATA[//><!--
137453 jQuery.extend(Drupal.settings, { "basePath": "/", "lightbox2": { "rtl": "0",
…      "file_path": "/(\\w\\w/)sites/default/files", "default_image":
…      "/modules/acquia/lightbox2/images/brokenimage.jpg", "border_size": 10, "font_color":
…      "000", "box_color": "fff", "top_position": "", "overlay_opacity": "0.8",
…      "overlay_color": "000", "disable_close_click": 0, "resize_sequence": 0,
…      "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
…      1, "disable_resize": 1, "disable_zoom": 0, "force_show_nav": 0, "show_caption": 1,
…      "loop_items": 0, "node_link_text": "View Image Details", "node_link_target": 0,
…      "image_count": "Image !current of !total", "video_count": "Video !current of !total",
```

137453... "page_count": "page 4 current of total 5 ", "lite_press_x_close": "press \x3ca
href=\"#\" onclick=\"hideLightbox(); return
FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to close", "download_link_text": "",
"enable_login": false, "enable_contact": false, "keys_close": "c x 27",
"keys_previous": "p 37", "keys_next": "n 39", "keys_zoom": "z", "keys_play_pause":
"32", "display_image_size": "original", "image_node_sizes": "()",
"trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
"trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
"trigger_lightframe_group_classes": "", "custom_class_handler": 0,
"custom_trigger_classes": "", "disable_for_gallery_lists": 1,
"disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
"slideshow_interval": 5000, "slideshow_automatic_start": true,
"slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": 660,
"iframe_height": 377, "iframe_border": 0, "enable_video": 0 }, "menuMinipanels": {
"panels": { "panel_21001": { "position": { "target": "false", "target_custom": "",
"type": "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } },
"show": { "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade",
"length": "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade",
"length": "125" } }, "style": { "name": "dark", "width": { "min": "540", "max": "540"
}, "border": { "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21001"
}, "panel_21002": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "250" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21002" },
"panel_21003": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21003" },
"panel_21011": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "540", "color": "#ffffff", "radius": "0" } }, "mlid": "21011" },
"panel_21012": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "446", "max": "446" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21012" },
"panel_21013": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "376", "max": "376" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21013" },
"panel_21014": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "light", "width": { "min": "492", "max": "492" }, "border": {
"width": "0", "color": "#ffffff", "radius": "0" } }, "mlid": "21014" } } },
"googleAnalyticsETSettings": { "selectors": [ { "event": "mousedown", "selector":
".node-type-physician li.video-bio a", "category": "Physician Profile Tabs",
"action": "click", "label": "Video tab", "value": 0, "noninteraction": true }, {
"event": "mousedown", "selector": ".node-type-physician li.education-certs a",
"category": "Physician Profile Tabs", "action": "click", "label": "Education tab",
"value": 0, "noninteraction": true }, { "event": "mousedown", "selector":
".node-type-physician li.publications a", "category": "Physician Profile Tabs",
"action": "click", "label": "Publications tab", "value": 0, "noninteraction": true },
{ "event": "mousedown", "selector": ".node-type-physician li.insurance-info a",
"category": "Physician Profile Tabs", "action": "click", "label": "Insurance tab",
"value": 0, "noninteraction": true } ] }, "extlink": { "extTarget": "_blank",

```
137453   "extClass": 0, "extSubdomains": "", "extExclude": "", "extInclude": "",
      …  "extCssExclude": "", "extCssExplicit": "", "extAlert": 0, "extAlertText": "This link
      …  will take you to an external web site. We are not responsible for their content.",
      …  "mailtoClass": 0 }, "googleanalytics": { "trackOutbound": 1, "trackMailto": 1,
      …  "trackDownload": 1, "trackDownloadExtensions":
      …  "7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|
      …  jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|
      …  ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m
      …  |b)?|xlt(x|m)|xlam|xml|z|zip" } });
137454   //--><![CDATA[//><!--
137455   </script>
137456   <script type="text/javascript">
137457   <!--//--><![CDATA[//><!--
137458   (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
      …  [r].q||[]).push(arguments)},i[r].l=1*new
      …  Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
      …  parentNode.insertBefore(a,m)})(window,document,"script","//www.google-analytics.com/
      …  analytics.js","ga");ga("create", "UA-5276552-1", { "cookieDomain": "auto"
      …  });ga("send", "pageview");
137459   //--><![CDATA[//]]>
137460   </script>
137461     <script type="text/javascript"
      …  src="/sites/all/themes/fusion/fusion_core/js/listing.js"></script>
137462     <script src="//use.typekit.net/pws3uwr.js"></script>
137463     <script>try{Typekit.load();}catch(e){}</script>
137464   </head>
137465
137466   <body id="pid-our-services-oncology-services" class="not-front not-logged-in
      …  page-node node-type-service no-sidebars i18n-en full-node panels layout-main
      …  sidebars-split font-size-12 grid-type-960 grid-width-16">
137467     <div id="page" class="page">
137468       <div id="page-inner" class="page-inner">
137469         <div id="skip">
137470           <a href="#main-content-area">Skip to Main Content Area</a>
137471         </div>
137472
137473         <!-- header-top row: width = grid_width -->
137474         <div id="header-top-wrapper" class="header-top-wrapper full-width">
137475   <div id="header-top" class="header-top row grid16-16">
137476   <div id="header-top-inner" class="header-top-inner inner clearfix">
137477
137478   <div id="block-block-116" class="block block-block odd first last  grid16-16">
137479     <div class="inner clearfix">
137480           <div class="content clearfix">
137481         <script>
137482   var versaTag = {};
137483   versaTag.id = "4713";
137484   versaTag.sync = 0;
137485   versaTag.dispType = "js";
137486   versaTag.ptcl = "HTTPS";
137487   versaTag.bsUrl = "bs.serving-sys.com/BurstingPipe";
137488   //VersaTag activity parameters include all conversion parameters including custom
      …  parameters and Predefined parameters. Syntax: "ParamName1":"ParamValue1",
      …  "ParamName2":"ParamValue2". ParamValue can be empty.
137489   versaTag.activityParams = {
137490   //Predefined parameters:
137491   "Session":""
137492   //Custom parameters:
137493   };
137494   //Static retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
      …  "TagID2":"ParamValue2". ParamValue can be empty.
137495   versaTag.retargetParams = {};
137496   //Dynamic retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
      …  "TagID2":"ParamValue2". ParamValue can be empty.
137497   versaTag.dynamicRetargetParams = {};
137498   // Third party tags conditional parameters and mapping rule parameters. Syntax:
      …  "CondParam1":"ParamValue1", "CondParam2":"ParamValue2". ParamValue can be empty.
137499   versaTag.conditionalParams = {};
```

```
137500  </script>
137501  <script id="ebOneTagUrlId"
    …   src="https://secure-ds.serving-sys.com/SemiCachedScripts/ebOneTag.js"></script>
137502  <noscript>
137503  <iframe src="https://bs.serving-sys.com/BurstingPipe?
137504  cn=ot&amp;
137505  onetagid=4713&amp;
137506  ns=1&amp;
137507  activityValues=$$Session=[Session]$$&amp;
137508  retargetingValues=$$$$&amp;
137509  dynamicRetargetingValues=$$$$&amp;
137510  acp=$$$$&amp;"
137511  style="display:none;width:0px;height:0px"></iframe>
137512  </noscript>     </div>
137513    </div><!-- /block-inner -->
137514  </div><!-- /block -->
137515  </div><!-- /header-top-inner -->
137516  </div><!-- /header-top -->
137517  </div><!-- /header-top-wrapper -->
137518
137519      <!-- header-group row: width = grid_width -->
137520      <div id="header-group-wrapper" class="header-group-wrapper full-width">
137521        <div id="header-group" class="header-group row grid16-16">
137522          <div id="header-group-inner" class="header-group-inner inner clearfix">
137523
137524
137525
137526  <div id="block-block-3" class="block block-block odd first grid16-8
    …   full-header-logo-block">
137527    <div class="inner clearfix">
137528            <div class="content clearfix">
137529        <div style="width: 475px;">
137530  <h2 class="text-hide">Children's Hospital • St. Louis | BJC HealthCare</h2>
137531  <br />
137532  <a href="http://www.stlouischildrens.org"><img
    …   src="/sites/all/themes/slch_theme/img/logo_slch.png" alt="St. Louis Children's
    …   Hospital Logo" class="logo" width="352" title="St. Louis Children's Hospital"></a><a
    …   href="http://www.bjc.org/Default.aspx"><img
    …   src="/sites/all/themes/slch_theme/img/logo_bjc.png" alt="BJC Health Care" title="BJC
    …   Health Care" class="logo" width="115"></a>
137533  <br/>
137534  </div>     </div>
137535    </div><!-- /block-inner -->
137536  </div><!-- /block -->
137537
137538  <div id="block-block-36" class="block block-block even  header-mobile-block
    …   for-mobile grid16-4">
137539    <div class="inner clearfix">
137540            <div class="content clearfix">
137541        <div class="header-search">
137542  <form method="get" action="/search-results"> <input type="submit" /><input
    …   type="text" name="srch" /> </form>
137543  </div>
137544  <div class="header-image-mobile"><a href="http://www.stlouischildrens.org/"><img
    …   src="/sites/all/themes/slch_theme/img/logo_slch_smaller.png" alt="Mobile Header"
    …   title="Mobile Header" /></a></div>
137545      </div>
137546    </div><!-- /block-inner -->
137547  </div><!-- /block -->
137548
137549  <div id="block-menu-primary-links" class="block block-menu odd  grid16-8 fusion-right
    …   fusion-right-content fusion-inline-menu not-for-mobile">
137550    <div class="inner clearfix">
137551            <div class="content clearfix">
137552        <ul class="menu"><li class="leaf first"><a
    …   href="http://www.stlouischildrens.org/es/en-espanol" title="">En Español</a></li>
137553  <li class="leaf"><a href="http://www.stlouischildrens.org/form/about-us/contact-us"
    …   title="">Contact Us</a></li>
```

```
137554  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
137555  <li class="leaf"><a href="/employment" title="">Employment</a></li>
137556  <li class="leaf last"><a
    …   href="http://www.stlouischildrens.org/patients-families/myHealthFolders"
    …   title="">myHealthFolders</a></li>
137557  </ul>    </div>
137558    </div><!-- /block-inner -->
137559  </div><!-- /block -->
137560
137561  <div id="block-block-10" class="block block-block even  last grid16-8 fusion-right
    …   fusion-right-content header-search full-header-search-block">
137562    <div class="inner clearfix">
137563            <div class="content clearfix">
137564        <form action="/search-results" method="get">
137565
137566      <input name="srch" type="text" />
137567
137568      <input type="submit" />
137569
137570  </form>    </div>
137571    </div><!-- /block-inner -->
137572  </div><!-- /block -->
137573                      </div><!-- /header-group-inner -->
137574        </div><!-- /header-group -->
137575      </div><!-- /header-group-wrapper -->
137576
137577      <!-- preface-top row: width = grid_width -->
137578      <div id="preface-top-wrapper" class="preface-top-wrapper full-width">
137579  <div id="preface-top" class="preface-top row grid16-16">
137580  <div id="preface-top-inner" class="preface-top-inner inner clearfix">
137581
137582  <div id="block-menu-menu-top-nav-bar" class="block block-menu odd first last top-nav
    …   not-for-mobile grid16-16">
137583    <div class="inner clearfix">
137584            <div class="content clearfix">
137585      <ul class="menu"><li class="leaf first"><a
    …   href="http://www.stlouischildrens.org/our-services" title="" class="menu-minipanel
    …   menu-minipanel-21001">Our Services</a></li>
137586  <li class="leaf"><a href="http://www.stlouischildrens.org/diseases-conditions"
    …   title="" class="menu-minipanel menu-minipanel-21002">Diseases &amp;
    …   Conditions</a></li>
137587  <li class="leaf"><a href="http://www.stlouischildrens.org/patients-families" title=""
    …   class="menu-minipanel menu-minipanel-21003">Patients &amp; Families</a></li>
137588  <li class="leaf"><a href="http://www.stlouischildrens.org/health-resources" title=""
    …   class="menu-minipanel menu-minipanel-21011">Health Resources</a></li>
137589  <li class="leaf"><a href="http://www.stlouischildrens.org/health-care-professionals"
    …   title="" class="menu-minipanel menu-minipanel-21012">For Health Care
    …   Professionals</a></li>
137590  <li class="leaf"><a href="http://www.stlouischildrens.org/ways-give" title=""
    …   class="menu-minipanel menu-minipanel-21013">Ways to Give</a></li>
137591  <li class="leaf last"><a href="http://www.stlouischildrens.org/about-us" title=""
    …   class="menu-minipanel menu-minipanel-21014">About Us</a></li>
137592  </ul>    </div>
137593    </div><!-- /block-inner -->
137594  </div><!-- /block -->
137595  </div><!-- /preface-top-inner -->
137596  </div><!-- /preface-top -->
137597  </div><!-- /preface-top-wrapper -->
137598
137599      <!-- main row: width = grid_width -->
137600      <div id="main-wrapper" class="main-wrapper full-width">
137601      <div id="main" class="main row grid16-16">
137602        <div id="main-inner" class="main-inner inner clearfix">
137603
137604          <!-- main group: width = grid_width - sidebar_first_width -->
137605          <div id="main-group" class="main-group row nested grid16-16">
137606            <div id="main-group-inner" class="main-group-inner inner">
137607              <div id="preface-bottom" class="preface-bottom row nested ">
```

```
137608    <div id="preface-bottom-inner" class="preface-bottom-inner inner clearfix">
137609
137610    <div id="block-block-41" class="block block-block odd first for-mobile grid16-8">
137611      <div class="inner clearfix">
137612              <div class="content clearfix">
137613          <div class="nav-contain">
137614      <form id="i-want-to">
137615        <select name="i-want-to" class="mobile-nav-select">
137616          <option selected="selected" value="">Main Menu</option>
137617          <optgroup label="I Want to...">
137618    <option value="http://www.stlouischildrens.org/form/about-us/contact-us">Contact the
    …     Hospital</option><option
    …     value="http://www.stlouischildrens.org/our-services/physicians">Find a
    …     Physician</option><option
    …     value="https://www.stlouischildrens.org/form/request-appointment">Request an
    …     Appointment</option><option
    …     value="http://www.stlouischildrens.org/our-services/locations">Find
    …     Locations</option><option
    …     value="http://www.stlouischildrens.org/employment/search-jobsapply-online">Find a
    …     Job</option><option value="http://www.stlouischildrens.org/pay-my-bill">Pay My
    …     Bill</option><option
    …     value="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
    …     online">Donate Online</option><option
    …     value="http://www.stlouischildrens.org/classes-events">View Calendar of
    …     Events</option><option
    …     value="http://www.stlouischildrens.org/about-us/quality-reports">View Quality
    …     Reports</option>        </optgroup>
137619          <optgroup label="More Links">
137620    <option value="http://www.stlouischildrens.org/our-services">Our
    …     Services</option><option
    …     value="http://www.stlouischildrens.org/diseases-conditions">Diseases &
    …     Conditions</option><option
    …     value="http://www.stlouischildrens.org/patients-families">Patients &
    …     Families</option><option
    …     value="http://www.stlouischildrens.org/health-resources">Health
    …     Resources</option><option
    …     value="http://www.stlouischildrens.org/health-care-professionals">For Health Care
    …     Professionals</option><option value="http://www.stlouischildrens.org/ways-give">Ways
    …     to Give</option><option value="http://www.stlouischildrens.org/about-us">About
    …     Us</option><option
    …     value="http://www.stlouischildrens.org/employment">Employment</option><option
    …     value="http://www.stlouischildrens.org/media-center">Media Center</option>
    …     </optgroup>
137621        </select>
137622      </form>
137623    </div>    </div>
137624    </div><!-- /block-inner -->
137625    </div><!-- /block -->
137626
137627    <div id="block-block-131" class="block block-block even  last for-mobile grid16-8">
137628      <div class="inner clearfix">
137629              <div class="content clearfix">
137630          <div class="make-appt-get-dir"><a
    …     href="http://www.stlouischildrens.org/request-appointment"
    …     onclick="ga('send','event','Request an Appt','click',window.location.href);"
    …     id="button-appointment">Request Appointment</a></div>
137631          </div>
137632      </div><!-- /block-inner -->
137633    </div><!-- /block -->
137634    </div><!-- /preface-bottom-inner -->
137635    </div><!-- /preface-bottom -->
137636
137637                    <div id="main-content" class="main-content row nested">
137638                      <div id="main-content-inner" class="main-content-inner inner">
137639                        <!-- content group: width = grid_width - (sidebar_first_width +
    …     sidebar_last_width) -->
137640                        <div id="content-group" class="content-group row nested
    …     grid16-16">
```

```
137641        <div id="content-group-inner" class="content-group-inner
       inner">
137642
137643
137644                    <div id="content-region" class="content-region row nested">
137645                      <div id="content-region-inner" class="content-region-inner
       inner">
137646                        <a name="main-content-area" id="main-content-area"></a>
137647                          <div id="content-inner"
    …  class="content-inner block">
137648                            <div id="content-inner-inner"
    …  class="content-inner-inner inner">
137649
    …  <div id="content-content" class="content-content">
137650                            <div class="panel-flexible
    …  panels-flexible-three_col_4_8_4_fluid clear-block" >
137651  <div class="panel-flexible-inside panels-flexible-three_col_4_8_4_fluid-inside">
137652  <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-main-row
    …  panels-flexible-row-first clear-block layout-banner-row">
137653    <div class="inside panels-flexible-row-inside
    …  panels-flexible-row-three_col_4_8_4_fluid-main-row-inside
    …  panels-flexible-row-inside-first clear-block">
137654  <div class="panels-flexible-region
    …  panels-flexible-region-three_col_4_8_4_fluid-banner panels-flexible-region-first
    …  panels-flexible-region-last three-col-banner-region">
137655    <div class="inside panels-flexible-region-inside
    …  panels-flexible-region-three_col_4_8_4_fluid-banner-inside
    …  panels-flexible-region-inside-first panels-flexible-region-inside-last">
137656
137657
137658  <div class="panel-pane pane-panels-mini pane-banner" >
137659
137660
137661
137662    <div class="pane-content">
137663      <div class="panel-display panel-1col clear-block" id="mini-panel-banner">
137664    <div class="panel-panel panel-col">
137665      <div>
137666
137667  <div class="panel-pane pane-custom pane-9 banner" >
137668
137669
137670
137671    <div class="pane-content">
137672
137673    <div class="banner-our-services banner-background">
137674    <h1 class="banner-title"><a href="/our-services/oncology-services">Oncology
    …  Services</a></h1>
137675      </div>
137676    </div>
137677
137678
137679    </div>
137680  </div>
137681    </div>
137682  </div>
137683    </div>
137684
137685
137686    </div>
137687    </div>
137688  </div>
137689    </div>
137690  </div>
137691  <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-1
    …  clear-block layout-breadcrumb-pagetools-row not-for-mobile">
137692    <div class="inside panels-flexible-row-inside
    …  panels-flexible-row-three_col_4_8_4_fluid-1-inside clear-block">
```

```
137693  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-2
   ...  panels-flexible-column-first layout-breadcrumb-column">
137694    <div class="inside panels-flexible-column-inside
   ...  panels-flexible-column-three_col_4_8_4_fluid-2-inside
   ...  panels-flexible-column-inside-first">
137695  <div class="panels-flexible-region
   ...  panels-flexible-region-three_col_4_8_4_fluid-breadcrumb panels-flexible-region-first
   ...  panels-flexible-region-last ">
137696    <div class="inside panels-flexible-region-inside
   ...  panels-flexible-region-three_col_4_8_4_fluid-breadcrumb-inside
   ...  panels-flexible-region-inside-first panels-flexible-region-inside-last">
137697
137698
137699  <div class="panel-pane pane-page-breadcrumb" >
137700
137701
137702
137703    <div class="pane-content">
137704      <div class="breadcrumb"><a href="/">Home</a> » <a href="/our-services"
   ...  title="">Our Services</a> » Oncology Services</div>  </div>
137705
137706
137707    </div>
137708    </div>
137709  </div>
137710    </div>
137711  </div>
137712  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-3
   ...  panels-flexible-column-last layout-pagetools-column">
137713    <div class="inside panels-flexible-column-inside
   ...  panels-flexible-column-three_col_4_8_4_fluid-3-inside
   ...  panels-flexible-column-inside-last">
137714  <div class="panels-flexible-region
   ...  panels-flexible-region-three_col_4_8_4_fluid-page_tools panels-flexible-region-first
   ...  panels-flexible-region-last ">
137715    <div class="inside panels-flexible-region-inside
   ...  panels-flexible-region-three_col_4_8_4_fluid-page_tools-inside
   ...  panels-flexible-region-inside-first panels-flexible-region-inside-last">
137716
137717
137718  <div class="panel-pane pane-custom pane-18" >
137719
137720
137721
137722    <div class="pane-content">
137723      <!-- AddThis Button BEGIN
137724  <div class="addthis_toolbox addthis_default_style">
137725  <a class="addthis_counter addthis_pill_style"></a>
137726  <a class="addthis_button_pinterest_pinit"></a>
137727  <a class="addthis_button_tweet"></a>
137728  <a class="addthis_button_facebook_like"></a>
137729  <a class="addthis_button_google_plusone" g:plusone:size="medium"></a>
137730  </div> -->
137731
137732  <script type="text/javascript">// <![CDATA[
137733  var addthis_config = {
137734      "data_track_clickback": true,
137735          services_compact: 'facebook, email, delicious, digg, netvibes, ping.fm,
   ...  readitlater, stumbleupon, favorites',
137736          services_exclude: 'print, twitter'
137737  };
137738  // ]]></script>
137739  <script src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=stlchildrens"
137740  type="text/javascript"></script>
137741
137742  <!-- AddThis Button END -->
137743
137744  <a class="print-this-page" onclick="buildprint();" href="#">Print This Page</a>
```

```
137744…    </div>
137745
137746
137747        </div>
137748      </div>
137749  </div>
137750      </div>
137751  </div>
137752      </div>
137753  </div>
137754  <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-6
    …   clear-block layout-three-col-content-row">
137755      <div class="inside panels-flexible-row-inside
    …   panels-flexible-row-three_col_4_8_4_fluid-6-inside clear-block">
137756  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-7
    …   panels-flexible-column-first layout-three-col-left-column col-225 not-for-mobile">
137757      <div class="inside panels-flexible-column-inside
    …   panels-flexible-column-three_col_4_8_4_fluid-7-inside
    …   panels-flexible-column-inside-first">
137758  <div class="panels-flexible-region panels-flexible-region-three_col_4_8_4_fluid-left
    …   panels-flexible-region-first panels-flexible-region-last ">
137759      <div class="inside panels-flexible-region-inside
    …   panels-flexible-region-three_col_4_8_4_fluid-left-inside
    …   panels-flexible-region-inside-first panels-flexible-region-inside-last">
137760
137761
137762  <div class="panel-pane pane-custom pane-10" >
137763
137764
137765
137766    <div class="pane-content">
137767      <div class="make-appt-get-dir">
137768
137769  <a href="https://www.stlouischildrens.org/form/request-appointment"
    …   id="button-appointment" onClick="ga('send','event','Request an
    …   Appt','click',window.location.href);">Request Appointment</a>
137770
137771  <!--<a href="/get-directions" id="button-directions">Get Directions</a>-->
137772
137773  </div>  </div>
137774
137775
137776    </div>
137777  <div class="panel-region-separator"></div>
137778
137779  <div class="panel-pane pane-panels-mini pane-left-nav-panl left-nav" >
137780
137781
137782
137783    <div class="pane-content">
137784      <div class="panel-display panel-1col clear-block" id="mini-panel-left_nav_panl">
137785    <div class="panel-panel panel-col">
137786      <div>
137787
137788  <div class="panel-pane pane-custom pane-11 not-for-mobile" >
137789
137790
137791
137792    <div class="pane-content">
137793      <div class="left-nav-top"> </div>
137794    </div>
137795
137796
137797    </div>
137798  <div class="panel-region-separator"></div>
137799
137800  <div class="panel-pane pane-custom pane-12 left-nav-body left-nav-title" >
137801
```

```
137802
137803
137804      <div class="pane-content">
137805        <h3>Oncology Services</h3>
137806      </div>
137807
137808
137809      </div>
137810  <div class="panel-region-separator"></div>
137811
137812  <div class="panel-pane pane-block pane-menu-block-2 left-nav-body" >
137813
137814
137815
137816      <div class="pane-content">
137817        <div class="menu-block-2 menu-name-menu-our-services parent-mlid-0 menu-level-3">
137818      <ul class="menu"><li class="leaf first menu-mlid-14070"><a
  …   href="/our-services/oncology-services/conditions-we-treat" title="">Conditions We
      Treat</a></li>
137819  <li class="leaf menu-mlid-10473"><a
  …   href="/our-services/oncology-services/meet-the-team" title="">Meet the Team</a></li>
137820  <li class="leaf menu-mlid-14746"><a
  …   href="/our-services/oncology-services/meet-our-patients" title="">Meet Our
      Patients</a></li>
137821  <li class="leaf menu-mlid-14643"><a
  …   href="/our-services/oncology-services/in-the-news" title="">In The News</a></li>
137822  <li class="leaf menu-mlid-18363"><a
  …   href="http://www.stlouischildrens.org/media-center/video-library#Cancer" title="">Our
      Videos</a></li>
137823  <li class="leaf menu-mlid-43831"><a
  …   href="/our-services/oncology-services/video-journey-hope" title="">Video: A Journey
      of Hope</a></li>
137824  <li class="leaf menu-mlid-10474"><a href="/our-services/oncology-services/programs"
  …   title="">Programs</a></li>
137825  <li class="leaf menu-mlid-67581"><a
  …   href="/our-services/oncology-services/proton-beam-therapy" title="">Proton Beam
      Therapy</a></li>
137826  <li class="leaf menu-mlid-10475"><a href="/our-services/oncology-services/protocols"
  …   title="">Protocols</a></li>
137827  <li class="leaf last menu-mlid-62171"><a
  …   href="/our-services/oncology-services/locations" title="">Locations</a></li>
137828  </ul></div>
137829      </div>
137830
137831
137832      </div>
137833  <div class="panel-region-separator"></div>
137834
137835  <div class="panel-pane pane-custom pane-13 not-for-mobile" >
137836
137837
137838
137839      <div class="pane-content">
137840        <div class="left-nav-bttm"> </div>
137841      </div>
137842
137843
137844      </div>
137845  </div>
137846      </div>
137847  </div>
137848      </div>
137849
137850
137851      </div>
137852      </div>
137853  </div>
137854      </div>
```

```
137855   </div
137856   <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-8
...      layout-three-col-middle-column">
137857     <div class="inside panels-flexible-column-inside
...      panels-flexible-column-three_col_4_8_4_fluid-8-inside">
137858   <div class="panels-flexible-region
...      panels-flexible-region-three_col_4_8_4_fluid-middle panels-flexible-region-first
...      panels-flexible-region-last ">
137859     <div class="inside panels-flexible-region-inside
...      panels-flexible-region-three_col_4_8_4_fluid-middle-inside
...      panels-flexible-region-inside-first panels-flexible-region-inside-last">
137860
137861
137862   <div class="panel-pane pane-panels-mini pane-page-contact" >
137863
137864
137865
137866     <div class="pane-content">
137867       <div class="panel-display panel-1col clear-block" id="mini-panel-page_contact">
137868     <div class="panel-panel panel-col">
137869       <div>
137870
137871   <div class="panel-pane pane-custom pane-14" >
137872
137873
137874
137875     <div class="pane-content">
137876       <p><strong>For appointments call 314.454.KIDS (5437) or 800.678.KIDS
...      (5437)</strong><br /><a
...      href="http://www.stlouischildrens.org/form/request-appointment">Email Us</a></p>
137877     </div>
137878
137879
137880     </div>
137881   </div>
137882     </div>
137883   </div>
137884     </div>
137885
137886
137887     </div>
137888   <div class="panel-region-separator"></div>
137889
137890   <div class="panel-pane pane-node-body body-content print_area" >
137891
137892
137893
137894     <div class="pane-content">
137895       <p><img
...      src="/sites/default/files/services/hematology/images/Dr%20Perkins%20and%20patient.jpg
...      " alt="Dr Stephanie Perkins and patient" title="Dr. Stephanie Perkins and cancer
...      patient" width="250" height="193" style="float: left; margin: 5px;" />The  pediatric
...      oncology program at St. Louis Children's Hospital  is the largest comprehensive
...      program for children with in the region. We provide state of the art care for
...      children of  all ages in an environment that is uniquely designed for the pediatric
...      patient. The expertise of the physicians of the <a
...      href="http://pediatrics.wustl.edu/hemonc/Home.aspx" target="_blank">Washington
...      University School of Medicine</a> combined with our comprehensive support services of
...      our program results  in an experience that will convey comfort and satisfaction for
...      our  families.</p>
137896   <p>Our  program consolidates our services to one area of the hospital to provide
...      easy accessibility for patients and families. The Hale Irwin Center for
...      Pediatric Oncology at St. Louis Children's Hospital offers a  comfortable,
...      non-threatening space for children and their families to  receive specialized care
...      from a team of dedicated experts in  treating oncologic (cancer) disorders. The
...      center offers:</p>
137897   <ul>
137898   <li>Inpatient and outpatient services in the same area to provide seamless care </li>
```

```
137899 <li>Rooms dedicated to bone marrow and immune deficiency inpatients </li>
137900 <li>An expanded number of treatment and consultation rooms in the  outpatient clinic
    … to minimize waiting times for patients and their  families </li>
137901 <li>Separate infusion areas for young children and teens for added privacy </li>
137902 <li>A large play space </li>
137903 <li>Windows overlooking beautiful Forest Park </li>
137904 </ul>
137905 <table style="width: 250px;" align="right" border="0">
137906 <tbody>
137907 <tr>
137908 <td style="text-align: center;"><script type='text/javascript'
    … src='//content.bitsontherun.com/players/3OqdlRgf-dlSRAxDW.js?exp=1473956040&sig=
    … 828bec7e34a2a918323b4af20e0f0a5e'></script></td>
137909 </tr>
137910 <tr>
137911 <td style="text-align: center;"><em>We're Here to Help: Meet the Cancer Care
    … Team</em></td>
137912 </tr>
137913 </tbody>
137914 </table>
137915 <p><strong>Typical procedures</strong></p>
137916 <ul>
137917 <li>Bone marrow aspiration and biopsy </li>
137918 <li>Central line placement </li>
137919 <li>Lumbar puncture (spinal tap) </li>
137920 <li><a
    … href="http://healthlibrary.stlouischildrens.org/90,S,P02720">Chemotherapy</a></li>
137921 </ul>
137922 <p><strong>Specialized procedures</strong></p>
137923 <ul>
137924 <li>Bone marrow harvest </li>
137925 <li><a href="/our-services/bone-marrow-transplant-program">Bone marrow
    … transplantation</a></li>
137926 <li>Chronic transfusion therapy </li>
137927 <li>Pheresis </li>
137928 <li>Stem cell transplant </li>
137929 <li>Limb salvage (an orthopedic procedure)<strong> </strong></li>
137930 </ul>
137931 <p><strong>Specialty services</strong></p>
137932 <table style="margin: 5px; width: 125px; border-collapse: collapse; text-align:
    … center;" align="right">
137933 <tbody>
137934 <tr>
137935 <td><a href="/health-resources/healthinfo/medical-animations?id=0256"
    … target="_blank"><img
    … src="/sites/default/files/services/hematology/images/medical_animation_osteosarcoma.
    … jpg" alt="Medical Animation - Osteosarcoma" title="Medical Animation - Osteosarcoma"
    … width="125" height="101" style="border: 0pt none;" /></a></td>
137936 </tr>
137937 <tr>
137938 <td>
137939 <p><strong><a href="/health-resources/healthinfo/medical-animations?id=0256"
    … target="_blank">Osteosarcoma</a></strong></p>
137940 </td>
137941 </tr>
137942 </tbody>
137943 </table>
137944 <ul>
137945 <li><strong><a
    … href="http://www.stlouischildrens.org/diseases-conditions/neutropenia">Neutropenia</a
    … ></strong> -- Evaluation and assistance in  the management of congenital and acquired
    … causes of neutropenia,  including benign neutropenia of childhood, congenital
    … agranulocytosis,  and drug-induced neutropenia. </li>
137946 </ul>
137947 <ul>
137948 <li><strong> Leukemia and lymphoma</strong> -- Diagnosis and management of patients
    … with acute and chronic <a
    … href="http://www.stlouischildrens.org/diseases-conditions/leukemia">leukemia</a>, <a
```

```
137948... href="/diseases-conditions/hodgkin-lymphoma">Hodgkin's disease</a>, and <a
    ... href="/diseases-conditions/non-hodgkins-lymphoma">non-Hodgkin's lymphoma</a>. Staff
    ... members are active participants in Children's Oncology Group (COG) protocols for
    ... treatment of these malignancies. </li>
137949 </ul>
137950 <table style="margin: 5px; width: 125px; border-collapse: collapse; text-align:
    ... center;" align="right">
137951 <tbody>
137952 <tr>
137953 <td><a href="/health-resources/healthinfo/medical-animations?id=0257"
    ... target="_blank"><img
    ... src="/sites/default/files/services/hematology/images/medical_animation_nonh_lymphoma.
    ... jpg" alt="Medical Animation - Non-Hodgkin's Lymphoma" title="Medical Animation -
    ... Non-Hodgkin's Lymphoma" width="125" height="101" style="margin-left: 0px;
    ... margin-right: 0px; border: 0pt none;" /></a></td>
137954 </tr>
137955 <tr>
137956 <td>
137957 <p><strong><a href="/health-resources/healthinfo/medical-animations?id=0257"
    ... target="_blank">Non-Hodgkin's Lymphoma</a></strong></p>
137958 </td>
137959 </tr>
137960 </tbody>
137961 </table>
137962 <ul>
137963 <li><strong><a href="/our-services/brain-tumor-neuro-oncology-program">Brain
    ... tumors</a> </strong>-- Diagnosis and management of all benign and malignant tumors in
    ... both the <a href="http://healthlibrary.stlouischildrens.org/90,S,P02745">brain</a><a
    ... href="http://www.stlouischildrens.org/diseases-conditions/brain-tumors"> </a>and
    ... spinal cord.
137964 </li>
137965 <li><strong> <a href="/health-resources/healthinfo/medical-animations?id=0256"
    ... target="_blank">Solid Tumors</a></strong> -- Diagnosis and management of benign and
    ... malignant solid tumors of all parts of the body including <a
    ... href="/diseases-conditions/wilms-tumor">Wilms tumor</a>, <a
    ... href="/diseases-conditions/rhabdomyosarcoma">rhabdomyosarcoma</a>, <a
    ... href="/diseases-conditions/neuroblastoma">neuroblastoma</a>, <a
    ... href="/diseases-conditions/osteosarcoma">osteosarcoma</a> and <a
    ... href="/diseases-conditions/ewing-sarcoma">Ewings Sarcoma</a>.</li>
137966 </ul>
137967     </div>
137968
137969
137970    </div>
137971 <div class="panel-region-separator"></div>
137972
137973 <div class="panel-pane pane-panels-mini pane-left-nav-panl for-mobile
    ... mobile-landing-menu" >
137974
137975
137976
137977   <div class="pane-content">
137978     <div class="panel-display panel-1col clear-block"
    ... id="mini-panel-left_nav_panl-1">
137979   <div class="panel-panel panel-col">
137980     <div>
137981
137982 <div class="panel-pane pane-custom pane-15 not-for-mobile" >
137983
137984
137985
137986   <div class="pane-content">
137987     <div class="left-nav-top"> </div>
137988    </div>
137989
137990
137991    </div>
137992 <div class="panel-region-separator"></div>
```

```
137993
137994  <div class="panel-pane pane-custom pane-16 left-nav-body left-nav-title" >
137995
137996
137997
137998    <div class="pane-content">
137999      <h3>Oncology Services</h3>
138000    </div>
138001
138002
138003    </div>
138004  <div class="panel-region-separator"></div>
138005
138006  <div class="panel-pane pane-block pane-menu-block-2 left-nav-body" >
138007
138008
138009
138010    <div class="pane-content">
138011      <div class="menu-block-2 menu-name-menu-our-services parent-mlid-0 menu-level-3">
138012      <ul class="menu"><li class="leaf first menu-mlid-14070"><a
        href="/our-services/oncology-services/conditions-we-treat" title="">Conditions We
        Treat</a></li>
138013  <li class="leaf menu-mlid-10473"><a
        href="/our-services/oncology-services/meet-the-team" title="">Meet the Team</a></li>
138014  <li class="leaf menu-mlid-14746"><a
        href="/our-services/oncology-services/meet-our-patients" title="">Meet Our
        Patients</a></li>
138015  <li class="leaf menu-mlid-14643"><a
        href="/our-services/oncology-services/in-the-news" title="">In The News</a></li>
138016  <li class="leaf menu-mlid-18363"><a
        href="http://www.stlouischildrens.org/media-center/video-library#Cancer" title="">Our
        Videos</a></li>
138017  <li class="leaf menu-mlid-43831"><a
        href="/our-services/oncology-services/video-journey-hope" title="">Video: A Journey
        of Hope</a></li>
138018  <li class="leaf menu-mlid-10474"><a href="/our-services/oncology-services/programs"
        title="">Programs</a></li>
138019  <li class="leaf menu-mlid-67581"><a
        href="/our-services/oncology-services/proton-beam-therapy" title="">Proton Beam
        Therapy</a></li>
138020  <li class="leaf menu-mlid-10475"><a href="/our-services/oncology-services/protocols"
        title="">Protocols</a></li>
138021  <li class="leaf last menu-mlid-62171"><a
        href="/our-services/oncology-services/locations" title="">Locations</a></li>
138022  </ul></div>
138023    </div>
138024
138025
138026    </div>
138027  <div class="panel-region-separator"></div>
138028
138029  <div class="panel-pane pane-custom pane-17 not-for-mobile" >
138030
138031
138032
138033    <div class="pane-content">
138034      <div class="left-nav-bttm"> </div>
138035    </div>
138036
138037
138038    </div>
138039  </div>
138040    </div>
138041  </div>
138042    </div>
138043
138044
138045    </div>
```

```
138046        </div>
138047    </div>
138048      </div>
138049    </div>
138050    <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-9
…    panels-flexible-column-last layout-three-col-right-column col-225 not-for-mobile">
138051      <div class="inside panels-flexible-column-inside
…    panels-flexible-column-three_col_4_8_4_fluid-9-inside
…    panels-flexible-column-inside-last">
138052    <div class="panels-flexible-region panels-flexible-region-three_col_4_8_4_fluid-right
…    panels-flexible-region-first panels-flexible-region-last ">
138053      <div class="inside panels-flexible-region-inside
…    panels-flexible-region-three_col_4_8_4_fluid-right-inside
…    panels-flexible-region-inside-first panels-flexible-region-inside-last">
138054
138055
138056    <div class="panel-pane pane-panels-mini pane-widget" >
138057
138058
138059
138060      <div class="pane-content">
138061        <div class="panel-display panel-1col clear-block" id="mini-panel-widget">
138062      <div class="panel-panel panel-col">
138063        <div>
138064
138065    <div class="panel-pane pane-custom pane-19 break" >
138066
138067
138068
138069      <div class="pane-content">
138070        <div>
138071    <div class="view view-widget view-id-widget view-display-id-ctools_context_2
…    view-dom-id-4">
138072
138073
138074
138075        <div class="view-content">
138076          <div class="views-row views-row-1 views-row-odd views-row-first
…    views-row-last">
138077
138078        <div class="single-widget-box break">
138079
138080
138081        <p style="text-align: center;"><img
…    src="/sites/default/files/media_center/images/best-childrens-hospitals-cancer1617.png
…    " alt="US News Honor Roll" title="US News Best Children's Hospital 2016-17 - Cancer"
…    width="120" height="136" style="display: block; margin-left: auto; margin-right:
…    auto;" />Our cancer care is ranked by U.S. News.  <a
…    href="http://health.usnews.com/best-hospitals/pediatric-rankings"
…    target="_blank">Read more</a></p>
138082        </div>
138083
138084    </div>
138085      </div>
138086
138087
138088
138089
138090
138091
138092    </div> </div>
138093
138094      </div>
138095
138096
138097      </div>
138098    <div class="panel-region-separator"></div>
138099
```

```
138100    <div class="panel-pane pane-custom pane-20 widget-box break" >
138101
138102
138103
138104      <div class="pane-content">
138105        <div class="right-callout-top"></div>
138106    <div class="right-callout-mid">
138107    <h2>Patient Story</h2>
138108    <div class="view view-widget view-id-widget view-display-id-panel_pane_6
    …   view-dom-id-5">
138109
138110
138111
138112          <div class="view-content">
138113              <div class="first last odd">
138114
138115          <div>
138116
138117
138118              <a
    …   href="/about-us/meet-our-patients/charlies-story-st-louis-childrens-hospitals-first-
    …   proton-therapy-patient" class="imagecache imagecache-patient_story_thumb
    …   imagecache-linked imagecache-patient_story_thumb_linked"><img
    …   src="/sites/default/files/imagecache/patient_story_thumb/patient-story/proton.jpg"
    …   alt="" title="" width="125" height="125" class="imagecache
    …   imagecache-patient_story_thumb"/></a>
138119          </div>
138120
138121
138122          <div class="field-content break">
138123
138124
138125              <a
    …   href="/about-us/meet-our-patients/charlies-story-st-louis-childrens-hospitals-first-
    …   proton-therapy-patient">Charlie&#039;s Story: St. Louis Children&#039;s
    …   Hospital&#039;s First Proton Therapy Patient</a>
138126          </div>
138127
138128        </div>
138129          </div>
138130
138131
138132
138133
138134
138135
138136    </div> </div>
138137    <div class="right-callout-bttm"></div>  </div>
138138
138139
138140      </div>
138141    <div class="panel-region-separator"></div>
138142
138143    <div class="panel-pane pane-custom pane-21 widget-box break" >
138144
138145
138146
138147      <div class="pane-content">
138148        <div class="right-callout-top"></div>
138149    <div class="right-callout-mid">
138150    <h2>Related Content</h2>
138151    <div class="view view-widget view-id-widget view-display-id-panel_pane_2
    …   view-dom-id-1">
138152
138153
138154
138155          <div class="view-content">
138156          <div class="item-list">
```

```
138157          <ul>
138158              <li class="views-row views-row-1 views-row-odd views-row-first
…   views-row-last">
138159    <div class="views-field-title">
138160                <span class="field-content"><a
…   href="/articles/news-releases/2015/usnews-ranks-st-louis-children-s-hospital-in-all-
…   10-best-children-s-hosp">U.S.News Ranks St. Louis Children's Hospital in all 10 "Best
…   Children's Hospital" Specialties</a></span>
138161    </div>
138162  </li>
138163          </ul>
138164  </div>      </div>
138165
138166
138167
138168
138169
138170
138171  </div> <div class="view view-widget view-id-widget view-display-id-panel_pane_11
…   view-dom-id-6">
138172
138173
138174
138175      <div class="view-content">
138176        <div class="item-list">
138177    <ul>
138178          <li class="views-row views-row-1 views-row-odd views-row-first
…   views-row-last">
138179        <div class="field-content">
138180
138181
138182        <a
…   href="/health-care-professionals/publications/doctors-digest/september-2012/proton-
…   therapy-offers-greater-a">Proton Therapy Offers Greater Accuracy with Fewer Adverse
…   Side Affects</a>
138183        </div>
138184
138185  </li>
138186          </ul>
138187  </div>      </div>
138188
138189
138190
138191
138192
138193
138194  </div> </div>
138195  <div class="right-callout-bttm"></div>  </div>
138196
138197
138198    </div>
138199  <div class="panel-region-separator"></div>
138200
138201  <div class="panel-pane pane-custom pane-22 widget-box break" >
138202
138203
138204
138205    <div class="pane-content">
138206      <div class="right-callout-top"></div>
138207  <div class="right-callout-mid">
138208  <h2>In the News</h2>
138209  <div class="view view-widget view-id-widget view-display-id-panel_pane_13
…   view-dom-id-7">
138210
138211
138212
138213      <div class="view-content">
138214        <div class="item-list">
```

```
138215        <ul>
138216            <li class="views-row views-row-1 views-row-odd views-row-first
…    views-row-last">
138217
138218
138219        <a
…    href="http://www.stltoday.com/lifestyles/health-med-fit/health/ringing-the-bell-to-
…    signal-end-of-cancer-treatment-at/article_be2d8c96-2a40-580d-ae68-9863215652a4.html "
…    title=" The St. Louis Post-Dispatch follows up with 5-year-old Janet Pruneau, a brain
…    tumor patient, as she rings the bell signaling the end of her chemotherapy treatment.
138220    " target="_blank">The St. Louis Post-Dispatch follows up with 5-year-old Janet
…    Pruneau, a brain...</a>
138221
138222    </li>
138223            </ul>
138224    </div>        </div>
138225
138226
138227
138228
138229
138230
138231    </div> </div>
138232    <div class="right-callout-bttm"></div>    </div>
138233
138234
138235        </div>
138236    </div>
138237        </div>
138238    </div>
138239        </div>
138240
138241
138242        </div>
138243        </div>
138244    </div>
138245        </div>
138246    </div>
138247        </div>
138248    </div>
138249    <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-13
…    panels-flexible-row-last clear-block layout-three-col-bottom-row">
138250      <div class="inside panels-flexible-row-inside
…    panels-flexible-row-three_col_4_8_4_fluid-13-inside panels-flexible-row-inside-last
…    clear-block">
138251    <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-14
…    panels-flexible-column-first layout-three-col-bottom-left-column not-for-mobile">
138252      <div class="inside panels-flexible-column-inside
…    panels-flexible-column-three_col_4_8_4_fluid-14-inside
…    panels-flexible-column-inside-first">
138253    <div class="panels-flexible-region
…    panels-flexible-region-three_col_4_8_4_fluid-bottom_left panels-flexible-region-first
…    panels-flexible-region-last ">
138254      <div class="inside panels-flexible-region-inside
…    panels-flexible-region-three_col_4_8_4_fluid-bottom_left-inside
…    panels-flexible-region-inside-first panels-flexible-region-inside-last">
138255        </div>
138256    </div>
138257        </div>
138258    </div>
138259    <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-15
…    panels-flexible-column-last layout-three-col-bottom-right-column">
138260      <div class="inside panels-flexible-column-inside
…    panels-flexible-column-three_col_4_8_4_fluid-15-inside
…    panels-flexible-column-inside-last">
138261    <div class="panels-flexible-region
…    panels-flexible-region-three_col_4_8_4_fluid-bottom_right
…    panels-flexible-region-first panels-flexible-region-last ">
```

```
138262    <div class="inside-panels-flexible-region-inside
    …     panels-flexible-region-three_col_4_8_4_fluid-bottom_right-inside
    …     panels-flexible-region-inside-first panels-flexible-region-inside-last">
138263      </div>
138264    </div>
138265      </div>
138266    </div>
138267      </div>
138268    </div>
138269    </div>
138270    </div>
138271                                                      </div><!--
    …     /content-content -->
138272                                               </div><!--
    …     /content-inner-inner -->
138273                      </div><!-- /content-inner -->
138274                    </div><!-- /content-region-inner -->
138275                  </div><!-- /content-region -->
138276
138277                                    </div><!-- /content-group-inner -->
138278                  </div><!-- /content-group -->
138279
138280                              </div><!-- /main-content-inner -->
138281              </div><!-- /main-content -->
138282
138283                          </div><!-- /main-group-inner -->
138284          </div><!-- /main-group -->
138285        </div><!-- /main-inner -->
138286      </div><!-- /main -->
138287    </div><!-- /main-wrapper -->
138288
138289      <!-- postscript-bottom row: width = grid_width -->
138290
138291      <!-- footer row: width = grid_width -->
138292      <div id="footer-wrapper" class="footer-wrapper full-width">
138293  <div id="footer" class="footer row grid16-16">
138294  <div id="footer-inner" class="footer-inner inner clearfix">
138295
138296  <div id="block-menu_block-6" class="block block-menu_block odd first grid16-12
    …     fusion-multicol-menu clearfix not-for-mobile">
138297    <div class="inner clearfix">
138298            <div class="content clearfix">
138299        <div class="menu-block-6 menu-name-secondary-links parent-mlid-0 menu-level-1">
138300    <ul class="menu"><li class="expanded first menu-mlid-5173"><a href="/our-services"
    …     title="">Services</a><ul class="menu"><li class="leaf first menu-mlid-5177"><a
    …     href="/our-services" title="">Medical Services</a></li>
138301  <li class="leaf menu-mlid-21040"><a href="/our-services/family-services"
    …     title="">Family Services</a></li>
138302  <li class="leaf menu-mlid-21101"><a href="/our-services/offsite-our-services"
    …     title="">Offsite Services</a></li>
138303  <li class="leaf menu-mlid-5181"><a href="/our-services/physicians" title="">Find A
    …     Physician</a></li>
138304  <li class="leaf last menu-mlid-5182"><a href="/our-services" title="">See
    …     All</a></li>
138305  </ul></li>
138306  <li class="expanded menu-mlid-19276"><a href="/patients-families/visiting"
    …     title="">Visitor Information</a><ul class="menu"><li class="leaf first
    …     menu-mlid-21953"><a href="/get-directions" title="">Directions</a></li>
138307  <li class="leaf menu-mlid-21658"><a href="/patients-families/hospital-maps"
    …     title="">Maps</a></li>
138308  <li class="leaf menu-mlid-19299"><a href="/patients-families/visiting/parking"
    …     title="">Parking</a></li>
138309  <li class="leaf menu-mlid-21954"><a
    …     href="/patients-families/visiting/hospital-amenities" title="">Hospital
    …     Amenities</a></li>
138310  <li class="leaf last menu-mlid-19278"><a href="/patients-families/visiting"
    …     title="">See All</a></li>
138311  </ul></li>
```

```
138312   <li class="expanded menu-mlid-14298"><a
    …    href="http://www.stlouischildrens.org/patients-families" title="">Patients</a><ul
    …    class="menu"><li class="leaf first menu-mlid-16440"><a
    …    href="http://www.stlouischildrens.org/patients-families/inpatient-visit"
    …    title="">Inpatient Visit</a></li>
138313   <li class="leaf menu-mlid-16444"><a
    …    href="http://www.stlouischildrens.org/patients-families/outpatient-visit"
    …    title="">Outpatient Visit</a></li>
138314   <li class="leaf menu-mlid-16638"><a
    …    href="http://www.stlouischildrens.org/patients-families/patient-rights"
    …    title="">Patient Rights</a></li>
138315   <li class="leaf menu-mlid-16639"><a
    …    href="http://www.stlouischildrens.org/patients-families/international-patients-0"
    …    title="">International Patients</a></li>
138316   <li class="leaf menu-mlid-16641"><a
    …    href="http://www.stlouischildrens.org/patients-families/medical-records"
    …    title="">Medical Records</a></li>
138317   <li class="leaf menu-mlid-21675"><a
    …    href="http://www.stlouischildrens.org/pay-my-bill" title="">Pay My Bill</a></li>
138318   <li class="leaf last menu-mlid-15259"><a
    …    href="http://www.stlouischildrens.org/patients-families" title="">See All</a></li>
138319   </ul></li>
138320   <li class="expanded last menu-mlid-5176"><a
    …    href="/health-care-professionals/resources" title="">Resources</a><ul
    …    class="menu"><li class="leaf first menu-mlid-13365"><a href="/media-center"
    …    title="">Media Center</a></li>
138321   <li class="leaf menu-mlid-21955"><a href="/health-resources/health-info"
    …    title="">Health Info</a></li>
138322   <li class="leaf menu-mlid-27351"><a href="/form/about-us/contact-us" title="">Contact
    …    Us</a></li>
138323   <li class="leaf menu-mlid-21957"><a
    …    href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
    …    " title="">Financial Assistance</a></li>
138324   <li class="leaf menu-mlid-21958"><a
    …    href="http://www.stlouischildrens.org/sitemap.xml" title="">Site Map</a></li>
138325   <li class="leaf menu-mlid-18841"><a href="/patients-families/patient-rights/hipaa"
    …    title="">HIPAA</a></li>
138326   <li class="leaf last menu-mlid-21960"><a href="/about-us/legal"
    …    title="">Legal</a></li>
138327   </ul></li>
138328   </ul></div>
138329        </div>
138330      </div><!-- /block-inner -->
138331   </div><!-- /block -->
138332
138333   <div id="block-block-4" class="block block-block even  grid16-4 fusion-right
    …    fusion-right-content media-links">
138334     <div class="inner clearfix">
138335              <div class="content clearfix">
138336         <h6>Follow us on</h6>
138337
138338   <ul>
138339   <li class="not-for-mobile"><a class="blog" href="http://childrensmd.org"
    …    target="_new" alt="Our Blog"><img
    …    src="/sites/default/files/images/footer/blogger.png"></a></li>
138340   <li class="not-for-mobile"><a class="googleplus"
    …    href="https://plus.google.com/u/0/b/107939757799456210402/107939757799456210402/posts
    …    " target="_new"><img src="/sites/default/files/images/footer/gplus.png"></a></li>
138341   <li><a class="facebook" href="https://www.facebook.com/stlchildrens"
    …    target="_new"><img src="/sites/default/files/images/footer/facebook.png"></a></li>
138342   <li><a class="twitter" href="https://twitter.com/STLChildrens" target="_new"><img
    …    src="/sites/default/files/images/footer/twitter.png"></a></li>
138343   <li><a class="youtube" href="https://www.youtube.com/user/ChildrensHospitalStl"
    …    target="_new"><img src="/sites/default/files/images/footer/youtube.png"></a></li>
138344   <li class="not-for-mobile"><a class="linkedin"
    …    href="https://www.linkedin.com/company/st--louis-children%27s-hospital"
    …    target="_new"><img src="/sites/default/files/images/footer/linkedin.png"></a></li>
138345   </ul>       </div>
```

```
138346  </div><!-- /block-inner -->
138347  </div><!-- /block -->
138348
138349  <div id="block-block-7" class="block block-block odd  grid16-4 fusion-right
    …   fusion-right-content awards not-for-mobile">
138350    <div class="inner clearfix">
138351            <div class="content clearfix">
138352        <ul>
138353  <li class="us-news" alt="US News Best Children's Hospitals 2016 - 2017"><img
    …   src="/sites/default/files/media_center/images/best-childrens-hospitals-102016_sm.png"
    …   ></li>
138354  <li class="magnet" alt="Magnet Recognition"><img
    …   src="/sites/default/files/images/footer/ANCCMagnet_CMYK_12.png"></li>
138355  </ul>    </div>
138356    </div><!-- /block-inner -->
138357  </div><!-- /block -->
138358
138359  <div id="block-block-5" class="block block-block even  grid16-16
    …   copyright-information">
138360    <div class="inner clearfix">
138361            <div class="content clearfix">
138362        <div class="left copyright-left not-for-mobile"> <br>
138363  St. Louis Children's Hospital is affiliated with <a
    …   href="http://wuphysicians.wustl.edu/">Washington University School of
    …   Medicine</a></div>
138364
138365  <div class="right copyright-right">
138366  <div class="copyright">
138367  Copyright &copy; 2016, St. Louis Children's Hospital, All Rights Reserved
138368  </div>
138369  <div>
138370  St. Louis Children's Hospital &bull; One Children's Place &bull; St. Louis, MO &bull;
    …   63110 &bull; 314.454.6000
138371  </div>
138372  </div>      </div>
138373    </div><!-- /block-inner -->
138374  </div><!-- /block -->
138375
138376  <div id="block-block-16" class="block block-block odd   grid16-2">
138377    <div class="inner clearfix">
138378            <div class="content clearfix">
138379        <script language='JavaScript1.1'
    …   src='//pixel.mathtag.com/event/js?mt_id=605537&mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
    …   '></script>    </div>
138380    </div><!-- /block-inner -->
138381  </div><!-- /block -->
138382
138383  <div id="block-block-26" class="block block-block even   grid16-2">
138384    <div class="inner clearfix">
138385            <div class="content clearfix">
138386        <script type="text/javascript">
138387  $('.media-links ul li a').hover(
138388    function() {
138389      var current_src = $(this).find('img').attr('src');
138390      var change_src = current_src.replace('.png','_on.png');
138391      $(this).find('img').attr('src', change_src);
138392    },
138393    function() {
138394      var current_src = $(this).find('img').attr('src');
138395      var change_src = current_src.replace('_on.png','.png');
138396      $(this).find('img').attr('src', change_src);
138397    }
138398  );
138399  </script>    </div>
138400    </div><!-- /block-inner -->
138401  </div><!-- /block -->
138402
138403  <div id="block-block-46" class="block block-block odd   grid16-2">
```

```
138404      <div class="inner clearfix">
138405              <div class="content clearfix">
138406          <script type="text/javascript">
138407  $('.mobile-nav-select').change(function() {
138408    window.location.href = $(this).val();
138409  });
138410
138411  (function(doc) {
138412    var viewport = document.getElementById('viewport');
138413    if ( navigator.userAgent.match(/iPad/i) ) {
138414      doc.getElementById("viewport").setAttribute("content", "initial-scale=0.7");
138415      $('#button-appointment').css('background',
         'url("/sites/all/themes/slch_theme/img/request-appointment-tier2.jpg") no-repeat
         scroll 0 0 transparent');
138416      $('#button-appointment').css('height','3em');
138417      $('#button-appointment').css('margin-bottom','0.5em');
138418      $('#button-appointment').css('width','186px');
138419      $('#button-directions').css('background',
         'url("/sites/all/themes/slch_theme/img/get-directions-tier2.jpg") no-repeat scroll 0
         0 transparent');
138420      $('#button-directions').css('height','3em');
138421      $('#button-directions').css('width','186px');
138422    } else {
138423      doc.getElementById("viewport").setAttribute("content","width=device-width,
         initial-scale=1, maximum-scale=1");
138424    }
138425  }(document));
138426  </script>      </div>
138427      </div><!-- /block-inner -->
138428  </div><!-- /block -->
138429
138430  <div id="block-block-71" class="block block-block even  last  grid16-2">
138431    <div class="inner clearfix">
138432            <div class="content clearfix">
138433        <!-- start number replacer -->
138434
138435  <script type="text/javascript"><!--
138436
138437  vs_account_id      = "CA6phU1O-wRVXQCr";
138438
138439  //--></script>
138440
138441  <script type="text/javascript"
         src="http://calls.tsunela.com/euinc/number-changer.js";>
138442
138443  </script>
138444
138445  <!-- end ad widget -->    </div>
138446      </div><!-- /block-inner -->
138447  </div><!-- /block -->
138448
138449  <div class="menu-minipanels menu-minipanel-21001"><div class="panel-display
         panel-1col clear-block" id="mini-panel-topnav_ourservices">
138450    <div class="panel-panel panel-col">
138451      <div>
138452
138453  <div class="panel-pane pane-custom pane-1 drop-panel-toplink" >
138454
138455
138456
138457    <div class="pane-content">
138458      <div id="services-search" class="block block-search">
138459    <div class="inner clearfix">
138460      <div class="content clearfix">
138461        <form action="/our-services"  accept-charset="UTF-8" method="get"
         id="search-block-form" class="head-search">
138462          <label for="edit-search-block-form-1">Search</label>
138463          <input type="text" maxlength="128" name="srch" size="15" value="enter search
```

```
138463…  term of phrase" title="" class="form-text" onfocus="this.value='';"/>
138464      <input type="submit" name="op" id="edit-submit" value="Search"
       class="form-submit" />
138465        </form>
138466      </div>
138467    </div>
138468  </div>
138469
138470  <div id="services-quick-links">
138471    <h6>Quick Links</h6>
138472    <ul>
138473      <li><a href="/our-services#medical-services">All Medical Services
       &raquo;</a></li>
138474        <li><a href="/our-services#family-services"
       onload="javascript:changeTab('services-content', 'family-services');">Family Services
       &raquo;</a></li>
138475        <li><a href="/our-services#offsite-services"
       onload="javascript:changeTab('services-content', 'offsite-services');">Offsite
       Services &raquo;</a></li>
138476        <li><a href="/our-services/physicians">Find a Physician &raquo;</a></li>
138477      </ul>
138478  </div>
138479
138480  <div id="services-browse-a-z">
138481    <h6>Quick Links</h6>
138482    <ul>
138483      <li><a href="/our-services?initial=A">A</a></li>
138484      <li><a href="/our-services?initial=B">B</a></li>
138485      <li><a href="/our-services?initial=C">C</a></li>
138486      <li><a href="/our-services?initial=D">D</a></li>
138487      <li><a href="/our-services?initial=E">E</a></li>
138488      <li><a href="/our-services?initial=F">F</a></li>
138489      <li><a href="/our-services?initial=G">G</a></li>
138490      <li><a href="/our-services?initial=H">H</a></li>
138491      <li><a href="/our-services?initial=I">I</a></li>
138492      <li><a href="/our-services?initial=J">J</a></li>
138493      <li><a href="/our-services?initial=K">K</a></li>
138494      <li><a href="/our-services?initial=L">L</a></li>
138495      <li><a href="/our-services?initial=M">M</a></li>
138496      <li><a href="/our-services?initial=N">N</a></li>
138497      <li><a href="/our-services?initial=O">O</a></li>
138498      <li><a href="/our-services?initial=P">P</a></li>
138499      <li><a href="/our-services?initial=Q">Q</a></li>
138500      <li><a href="/our-services?initial=R">R</a></li>
138501      <li><a href="/our-services?initial=S">S</a></li>
138502      <li><a href="/our-services?initial=T">T</a></li>
138503      <li><a href="/our-services?initial=U">U</a></li>
138504      <li><a href="/our-services?initial=V">V</a></li>
138505      <li><a href="/our-services?initial=W">W</a></li>
138506      <li><a href="/our-services?initial=X">X</a></li>
138507      <li><a href="/our-services?initial=Y">Y</a></li>
138508      <li><a href="/our-services?initial=Z">Z</a></li>
138509      <li class="view-all"><a href="/our-services?initial=">View All</a></li>
138510    </ul>
138511  </div>  </div>
138512
138513
138514    </div>
138515  </div>
138516    </div>
138517  </div>
138518  </div><div class="menu-minipanels menu-minipanel-21002"><div class="panel-display
       panel-1col clear-block" id="mini-panel-topnav_diseasesconditions">
138519    <div class="panel-panel panel-col">
138520      <div>
138521
138522  <div class="panel-pane pane-custom pane-2" >
138523
```

```
138524
138525
138526     <div class="pane-content">
138527        <div id="disease-conditions-search" class="block block-search">
138528      <div class="inner clearfix">
138529        <div class="content clearfix">
138530          <form action="/diseases-conditions"  accept-charset="UTF-8" method="get"
…     id="search-block-form" class="head-search">
138531            <label>Search</label><input type="text" maxlength="128" name="srch" size="15"
…     value="enter search term or phrase" title="" class="form-text"
…     onFocus="this.value='';" /><input type="submit" name="op" id="edit-submit"
…     value="Search"  class="form-submit" />
138532          </form>
138533        </div>
138534      </div>
138535  </div>
138536
138537  <div id="disease-conditions-browse-a-z">
138538    <h6>Browse</h6>
138539    <ul>
138540      <li><a href="/diseases-conditions?initial=A">A</a></li>
138541      <li><a href="/diseases-conditions?initial=B">B</a></li>
138542      <li><a href="/diseases-conditions?initial=C">C</a></li>
138543      <li><a href="/diseases-conditions?initial=D">D</a></li>
138544      <li><a href="/diseases-conditions?initial=E">E</a></li>
138545      <li><a href="/diseases-conditions?initial=F">F</a></li>
138546      <li><a href="/diseases-conditions?initial=G">G</a></li>
138547      <li><a href="/diseases-conditions?initial=H">H</a></li>
138548      <li><a href="/diseases-conditions?initial=I">I</a></li>
138549      <li><a href="/diseases-conditions?initial=J">J</a></li>
138550      <li><a href="/diseases-conditions?initial=K">K</a></li>
138551      <li><a href="/diseases-conditions?initial=L">L</a></li>
138552      <li><a href="/diseases-conditions?initial=M">M</a></li>
138553      <li><a href="/diseases-conditions?initial=N">N</a></li>
138554      <li><a href="/diseases-conditions?initial=O">O</a></li>
138555      <li><a href="/diseases-conditions?initial=P">P</a></li>
138556      <li><a href="/diseases-conditions?initial=Q">Q</a></li>
138557      <li><a href="/diseases-conditions?initial=R">R</a></li>
138558      <li><a href="/diseases-conditions?initial=S">S</a></li>
138559      <li><a href="/diseases-conditions?initial=T">T</a></li>
138560      <li><a href="/diseases-conditions?initial=U">U</a></li>
138561      <li><a href="/diseases-conditions?initial=V">V</a></li>
138562      <li><a href="/diseases-conditions?initial=W">W</a></li>
138563      <li><a href="/diseases-conditions?initial=X">X</a></li>
138564      <li><a href="/diseases-conditions?initial=Y">Y</a></li>
138565      <li><a href="/diseases-conditions?initial=Z">Z</a></li>
138566      <li class="last view-all"><a href="/diseases-conditions?initial=">View
…     All</a></li>
138567    </ul>
138568  </div>  </div>
138569
138570
138571    </div>
138572  </div>
138573    </div>
138574  </div>
138575  </div><div class="menu-minipanels menu-minipanel-21003"><div class="panel-display
…     panel-1col clear-block" id="mini-panel-topnav_patientsfamilies">
138576    <div class="panel-panel panel-col">
138577      <div>
138578
138579  <div class="panel-pane pane-custom pane-3 drop-panel-toplink" >
138580
138581
138582
138583    <div class="pane-content">
138584        <div id="patients-families-information-1">
138585  <h6>Information</h6>
```

```
138586  <ul>
138587  <li><a href="/patients-families/inpatient-visit">Inpatient Visit &raquo;</a></li>
138588  <li><a href="/patients-families/outpatient-visit">Outpatient Visit &raquo;</a></li>
138589  <li><a href="/patients-families/same-day-surgery">Same Day Surgery &raquo;</a></li>
138590  <li><a href="/patients-families/patient-rights">Patient Rights &raquo;</a></li>
138591  <li><a href="/patients-families/international-patients">International Patients
     …  &raquo;</a></li>
138592  <li><a href="/patients-families/billinginsurance-services">Billing/Insurance Services
     …  &raquo;</a></li>
138593  </ul>
138594  </div>
138595  <div id="patients-families-information-2">
138596  <ul>
138597  <li><a href="/patients-families/medical-records">Medical Records &raquo;</a></li>
138598  <li><a href="/patients-families/hospital-services">Hospital Services &raquo;</a></li>
138599  <li><a href="/patients-families/visiting">Visiting &raquo;</a></li>
138600  <li><a href="/patients-families/myhealthfolders">myHealthFolders &raquo;</a></li>
138601  <li><a href="/patients-families/caringbridge">CaringBridge &raquo;</a></li>
138602  <li><a href="/patients-families/just-kids">Just for Kids &raquo;</a></li>
138603  </ul>
138604  </div>
138605  <div id="patients-families-maps">
138606  <h6>Maps &amp; Directions</h6>
138607  <ul>
138608  <li><a href="/patients-families/hospital-maps">Hospital Maps &raquo;</a></li>
138609  <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
138610  <li><a href="/get-directions">Directions &raquo;</a></li>
138611  <li><a href="/get-directions"><img
     …  src="/sites/all/themes/slch_theme/img/map-thumb-patients-families.jpg" alt="Maps
     …  &amp; Directions" /></a></li>
138612  </ul>
138613  </div>
138614      </div>
138615
138616
138617    </div>
138618  </div>
138619    </div>
138620  </div>
138621  </div><div class="menu-minipanels menu-minipanel-21011"><div class="panel-display
        panel-1col clear-block" id="mini-panel-topnav_healthresources">
138622    <div class="panel-panel panel-col">
138623      <div>
138624
138625  <div class="panel-pane pane-custom pane-4" >
138626
138627
138628
138629    <div class="pane-content">
138630      <div id="health-resources-1">
138631      <ul class="health-resource-bg">
138632        <li><a href="/health-resources/health-info" id="health-info">Access to our health
        library, medical animations, health tip videos and more!</a></li>
138633      </ul>
138634  </div>
138635  <div id="health-resources-2">
138636    <h6>Additional Resources</h6>
138637      <ul>
138638        <li><a href="/classes-events">Classes &amp; Events &raquo;</a></li>
138639        <li><a href="/health-resources/family-resource-center">Family Resource Center
     …  &raquo;</a></li>
138640        <li><a href="/health-resources/advocacy-outreach">Advocacy &amp; Outreach
     …  &raquo;</a></li>
138641        <li><a href="/resources/community-education">Community Education &raquo;</a></li>
138642        <li><a href="/health-resources/support-groups">Support Groups &raquo;</a></li>
138643        <li><a href="/health-resources/answer-line-454kids">Answer Line (454.KIDS)
     …  &raquo;</a></li>
138644        <li><a href="/our-services/psychology-services/teen-helpline-454teen">Teen
```

```
138644…  Helpline (4-4-4-HELP) &raquo;</a></li>
138645      <li><a href="/health-resources/permission-treat">Permission to Treat
  …      &raquo;</a></li>
138646      </ul>
138647  </div>  </div>
138648
138649
138650      </div>
138651  </div>
138652      </div>
138653  </div>
138654  </div><div class="menu-minipanels menu-minipanel-21012"><div class="panel-display
  …      panel-1col clear-block" id="mini-panel-topnav_healthcare_professionals">
138655      <div class="panel-panel panel-col">
138656          <div>
138657
138658  <div class="panel-pane pane-custom pane-5 drop-panel-toplink" >
138659
138660
138661
138662      <div class="pane-content">
138663        <div id="health-care-professionals-1">
138664        <h6>For Health Professionals</h6>
138665      <ul>
138666      <li><a href="/health-care-professionals/physicians">For Physicians
  …      &raquo;</a></li>
138667      <li><a href="/health-care-professionals/nurses">For Nurses &raquo;</a></li>
138668      <li><a href="/health-care-professionals/education">Education &raquo;</a></li>
138669      <li><a href="/health-care-professionals/research">Research &raquo;</a></li>
138670      <li><a href="/health-care-professionals/publications">Publications
  …      &raquo;</a></li>
138671      <li><a
  …      href="/health-care-professionals/physicians/childrens-direct-access-line">Children's
  …      Direct &raquo;</a></li>
138672      <li><a href="/health-care-professionals/resources">Clinical Resources
  …      &raquo;</a></li>
138673      <li><a href="http://slchlabtestguide.bjc.org/Default.aspx">Clinical Laboratories
  …      &raquo;</a></li>
138674      </ul>
138675  </div>
138676  <div id="health-care-professionals-2">
138677      <ul>
138678      <li><a href="/our-services/physicians">Browse/Search the Directory
  …      &raquo;</a></li>
138679      <li><a href="#"><img src="/sites/default/files/images/doctor.jpg" alt=""
  …      /></a></li>
138680      </ul>
138681  </div>  </div>
138682
138683
138684      </div>
138685  </div>
138686      </div>
138687  </div>
138688  </div><div class="menu-minipanels menu-minipanel-21013"><div class="panel-display
  …      panel-1col clear-block" id="mini-panel-topnav_waystogive">
138689      <div class="panel-panel panel-col">
138690          <div>
138691
138692  <div class="panel-pane pane-custom pane-6 drop-panel-toplink" >
138693
138694
138695
138696      <div class="pane-content">
138697        <div id="ways-give-1">
138698  <h6>Support St. Louis Children's Hospital</h6>
138699  <ul>
138700  <li><a href="/ways-give/giving-opportunities">Donate &raquo;</a></li>
```

```
138701  <li><a href="/ways-give/how-your-gift-helps">How Your Gift Helps &raquo;</a></li>
138702  <li><a href="/ways-give/events-and-promotions">Events &amp; Promotions
     …  &raquo;</a></li>
138703  <li><a href="/ways-give/friends-young-friends">Friends &amp; Young Friends
     …  &raquo;</a></li>
138704  <li><a href="/ways-give/publications">Publications &raquo;</a></li>
138705  <li><a href="/about-us/childrens-discovery-institute">Children's Discovery Institute
     …  &raquo;</a></li>
138706  <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
     …  &raquo;</a></li>
138707  <li><a href="/ways-give/volunteering">Volunteering &raquo;</a></li>
138708  </ul>
138709  </div>
138710  <div id="ways-give-2">
138711    <img src="/sites/all/themes/slch_theme/img/young-patient.jpg" alt="Ways to Give -
     …  Young Patient" />
138712  </div>
138713      </div>
138714
138715
138716    </div>
138717  </div>
138718      </div>
138719  </div>
138720  </div><div class="menu-minipanels menu-minipanel-21014"><div class="panel-display
     …  panel-1col clear-block" id="mini-panel-topnav_aboutus">
138721    <div class="panel-panel panel-col">
138722      <div>
138723
138724  <div class="panel-pane pane-custom pane-7" >
138725
138726
138727
138728    <div class="pane-content">
138729      <h6>About St. Louis Children's Hospital</h6>
138730  <div id="about-us-1">
138731    <ul>
138732      <li><a href="/about-us">About Us &raquo;</a></li>
138733      <li><a href="/about-us/mission-values">Mission &amp; Values &raquo;</a></li>
138734      <li><a href="/about-us/history">History &raquo;</a></li>
138735      <li><a href="/employment">Employment &raquo;</a></li>
138736      <li><a href="/form/about-us/contact-us">Contact Us &raquo;</a></li>
138737    </ul>
138738  </div>
138739  <div id="about-us-2">
138740    <ul>
138741      <li><a href="/about-us/meet-our-patients">Meet Our Patients &raquo;</a></li>
138742      <li><a href="/about-us/childrens-discovery-institute">Children's Discovery
     …  Institute &raquo;</a></li>
138743      <li><a href="/about-us/quality-reports">Quality Reports &raquo;</a></li>
138744      <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
138745      <li><a href="/media-center">Media Center &raquo;</a></li>
138746      <li><a href="/community-health-needs-assessment">Community Health Needs
     …  Assessment &raquo;</a></li>
138747    </ul>
138748  </div>
138749  <img src="/sites/all/themes/slch_theme/img/thumb-aboutus.jpg" alt="" />  </div>
138750
138751
138752    </div>
138753  </div>
138754      </div>
138755  </div>
138756  </div></div><!-- /footer-inner -->
138757  </div><!-- /footer -->
138758  </div><!-- /footer-wrapper -->
138759
138760          <!-- footer-message row: width = grid_width -->
```

```
138761              <div id="footer-message-wrapper" class="footer-message-wrapper full-width">
138762                  <div id="footer-message" class="footer-message row grid16-16">
138763                      <div id="footer-message-inner" class="footer-message-inner inner clearfix">
138764                      </div><!-- /footer-message-inner -->
138765                  </div><!-- /footer-message -->
138766              </div><!-- /footer-message-wrapper -->
138767
138768          </div><!-- /page-inner -->
138769      </div><!-- /page -->
138770      <script type="text/javascript">
138771  var fby = fby || [];
138772  fby.push(['showTab', {id: '5074', position: 'right', color: '#825FDA'}]);
138773  (function () {
138774      var f = document.createElement('script'); f.type = 'text/javascript'; f.async =
       true;
138775      f.src = '//cdn.feedbackify.com/f.js';
138776      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(f,
       s);
138777  })();
138778  </script><script
       type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net
       ","licenseKey":"70f4967c33","applicationID":"1885865","transactionName":"
       NgcENRZUXhcFAkFaXA9NJwIQXF8KSxFUVFY+DwcPBVJVFjsPWldWPhQPBBM=","queueTime":0,"
       applicationTime":9978,"atts":"GkAHQ15OTRk=","errorBeacon":"bam.nr-data.net","agent":"
       "}</script></body>
138779  </html>
138780
138781  **************************************************
138782  The following data is from stlouischildrens_org-20160913-mathtag_iframe.txt
138783  **************************************************
138784
138785  <!-- saved from
       url=(0132)http://pixel.mathtag.com/sync/iframe?mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
       &mt_uuid=3ff257d8-5eea-4200-b21d-33eb3defbdb8&no_iframe=1 -->
138786  <html><head><meta http-equiv="Content-Type" content="text/html;
       charset=windows-1252"></head><body>
138787  <script type="text/javascript">
138788  /**/
138789  var sync_4815162342 = function()
138790  {
138791  this.urls = [
138792  [0, "http://pixel.mathtag.com/misc/img?mop_seq=0:38&mt_cb=637690&mop_top="],
138793  [4,
       "http://cm.g.doubleclick.net/pixel?google_nid=mediamath&google_cm&google_hm=
       P_JX2F7qQgCyHTPrPe-9uA"],
138794  [0,
       "http://pixel.mathtag.com/misc/img?mop_seq=1:38&mt_cb=150531&mop_top=4:1473797920|"],
138795  [9,
       "http://pixel.rubiconproject.com/tap.php?v=4222&nid=1512&put=3ff257d8-5eea-4200-b21d-
       33eb3defbdb8"],
138796  [0,
       "http://pixel.mathtag.com/misc/img?mop_seq=2:38&mt_cb=465644&mop_top=4:1473797920|9:
       1473797920|"],
138797  [13,
       "http://ib.adnxs.com/getuid?https://sync.mathtag.com/sync/img?mt_exid=13&mt_mminit=1&
       mt_exuid=$UID"],
138798  [3,
       "http://image2.pubmatic.com/AdServer/Pug?vcode=bz0yJnR5cGU9MSZjb2RlPTM2MiZ0bD00MzIwMA
       ==&piggybackCookie=uid:3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138799  [10,
       "http://ads.yahoo.com/pixel?id=2172018&t=2&piggyback=http%3A%2F%2Fads.yahoo.com%2Fcms
       %2Fv1%3Fesig%3D1~444de053567fa80a3054a1981c8febcf1176dd9d%26nwid%3D10000355603%26sigv
       %3D1"],
138800  [15,
       "http://dsum.casalemedia.com/rum?cm_dsp_id=3&external_user_id=3ff257d8-5eea-4200-b21d
       -33eb3defbdb8"],
138801  [5,
       "http://us-u.openx.net/w/1.0/sd?id=536872786&val=3ff257d8-5eea-4200-b21d-33eb3defbdb8
```

138801… "],
138802 [23,
  … "http://www.facebook.com/fr/u.php?p=418865601488577&m=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138803 [21,
  … "http://ums.adtechus.com/mapuser?providerid=1005;userid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138804 [32, "http://pix.btrll.com/partner/353806.png"],
138805 [0,
  … "http://pixel.mathtag.com/misc/img?mop_seq=10:38&mt_cb=900788&mop_top=4:1473797920|9:
  … 1473797920|13:1473797920|3:1473797920|10:1473797920|15:1473797920|5:1473797920|23:
  … 1473797920|21:1473797920|32:1473797920|"],
138806 [10002, "http://tags.bluekai.com/site/2948?id=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138807 [10010, "http://tags.bluekai.com/site/4448?id=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138808 [25,
  … "http://sync.1rx.io/usersync/mediamathtest/3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138809 [34,
  … "http://t4.liverail.com/?metric=csync&p=3061&s=3ff257d8-5eea-4200-b21d-33eb3defbdb8"]
  … ,
138810 [11,
  … "http://bh.contextweb.com/bh/rtset?do=add&pid=530739&ev=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138811 [46,
  … "http://x.bidswitch.net/sync?dsp_id=80&user_id=3ff257d8-5eea-4200-b21d-33eb3defbdb8&
  … expires=30"],
138812 [42,
  … "http://sync.go.sonobi.com/us.gif?nw=mediamath&nuid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138813 [20,
  … "http://dis.criteo.com/pump/match.aspx?c=2&uid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"]
  … ,
138814 [44,
  … "http://ads.stickyadstv.com/user-registering?dataProviderId=183&userId=3ff257d8-5eea-
  … 4200-b21d-33eb3defbdb8"],
138815 [17, "http://ce.lijit.com/merge?pid=3&3pid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138816 [0,
  … "http://pixel.mathtag.com/misc/img?mop_seq=20:38&mt_cb=843895&mop_top=4:1473797920|9:
  … 1473797920|13:1473797920|3:1473797920|10:1473797920|15:1473797920|5:1473797920|23:
  … 1473797920|21:1473797920|32:1473797920|10002:1473797920|10010:1473797920|25:
  … 1473797920|34:1473797920|11:1473797920|46:1473797920|42:1473797920|20:1473797920|44:
  … 1473797920|17:1473797920|"],
138817 [30,
  … "http://sync.search.spotxchange.com/partner?adv_id=6653&uid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138818 [10008,
  … "http://loadm.exelator.com/load/?p=204&g=101&buid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8&j=0"],
138819 [10011,
  … "http://e.nexac.com/e/media_math_sync.xgi?na_exid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138820 [10054,
  … "http://ds.reson8.com/vendormm.gif?user_id=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138821 [29,
  … "http://delivery.swid.switchads.com/adserver/info.php?action=STORE&info=MMTH:3ff257d8
  … -5eea-4200-b21d-33eb3defbdb8"],
138822 [31,
  … "http://sync.adap.tv/sync?type=gif&key=mediamathinc&uid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138823 [10025,
  … "http://su.addthis.com/red/usync?pid=11112&puid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"
  … ],
138824 [10013,
  … "http://d.agkn.com/pixel/2184/?sync=615&che=1303366161&uuid=3ff257d8-5eea-4200-b21d-
  … 33eb3defbdb8"],
138825 [39,
  … "http://rtb-csync.smartadserver.com/redir/?partnerid=25&partneruserid=3ff257d8-5eea-
  … 4200-b21d-33eb3defbdb8"],
138826 [37,

```
138826    "http://admaym.com/usermatch.ashx?bidderid=45&bidderuid=3ff257d8-5eea-4200-b21d-
          33eb3defbdb8"],
138827    [0,
          "http://pixel.mathtag.com/misc/img?mop_seq=30:38&mt_cb=331326&mop_top=4:1473797920|9:
          1473797920|13:1473797920|3:1473797920|10:1473797920|15:1473797920|5:1473797920|23:
          1473797920|21:1473797920|32:1473797920|10002:1473797920|10010:1473797920|25:
          1473797920|34:1473797920|11:1473797920|46:1473797920|42:1473797920|20:1473797920|44:
          1473797920|17:1473797920|30:1473797920|10008:1473797920|10011:1473797920|10054:
          1473797920|29:1473797920|31:1473797920|10025:1473797920|10013:1473797920|39:
          1473797920|37:1473797920|"],
138828    [10009,
          "http://adadvisor.net/adscores/g.pixel?sid=9211132948&_mt=3ff257d8-5eea-4200-b21d-
          33eb3defbdb8"],
138829    [16,
          "http://ad.360yield.com/match?publisher_dsp_id=5&external_user_id=3ff257d8-5eea-4200-
          b21d-33eb3defbdb8"],
138830    [45,
          "http://cs.gssprt.jp/yie/ld/cs?dspid=tone&uid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138831    [26,
          "http://ih.adscale.de/adscale-ih/tpui?tpid=39&tpuid=3ff257d8-5eea-4200-b21d-
          33eb3defbdb8&cburl=http%3A%2F%2Fcotads.adscale.de%2Fads%2Fpixel%2F1by1.png"],
138832    [10042,
          "http://global.ib-ibi.com/image.sbxx?go=247256&pid=310&xid=3ff257d8-5eea-4200-b21d-
          33eb3defbdb8"],
138833    [38, "http://s.kau.li/?did=21&uid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138834    [10031,
          "http://beacon.krxd.net/usermatch.gif?partner=mediamath&_kdpid=8dd53e69-ae3f-4829-
          8f12-05cc5b57b288&mmuuid=3ff257d8-5eea-4200-b21d-33eb3defbdb8"],
138835    [10074, "http://cm.g.doubleclick.net/pixel?google_nid=mediamath_dmp&google_cm"],
138836    [0,
          "http://pixel.mathtag.com/misc/img?mop_seq=38:38&mt_cb=529780&check=3ff257d8-5eea-
          4200-b21d-33eb3defbdb8&mop_top=4:1473797920|9:1473797920|13:1473797920|3:1473797920|
          10:1473797920|15:1473797920|5:1473797920|23:1473797920|21:1473797920|32:1473797920|
          10002:1473797920|10010:1473797920|25:1473797920|34:1473797920|11:1473797920|46:
          1473797920|42:1473797920|20:1473797920|44:1473797920|17:1473797920|30:1473797920|
          10008:1473797920|10011:1473797920|10054:1473797920|29:1473797920|31:1473797920|10025:
          1473797920|10013:1473797920|39:1473797920|37:1473797920|10009:1473797920|16:
          1473797920|45:1473797920|26:1473797920|10042:1473797920|38:1473797920|10031:
          1473797920|10074:1473797920|"]
138837    ]
138838        this.progress = 0;
138839        var self = this;
138840        var tims = "";
138841        var errs = "";
138842        this.sync = function(i)
138843        {
138844            var e = document.createElement("img");
138845            var now = new Date();
138846            if (e.addEventListener)
138847            {
138848            e.addEventListener('load', function() {
138849                var temp = new Date().getTime() - now.getTime(); tims +=
          self.urls[i][0]+':'+temp+"|";
138850            });
138851            e.addEventListener('error', function() {
138852                var temp = new Date().getTime() - now.getTime(); errs +=
          self.urls[i][0]+':'+temp+"|";
138853            });
138854            }
138855            e.src = self.urls[i][1];
138856        }
138857        this.batch = function()
138858        {
138859            for (var i = self.progress; i < self.urls.length; ++i)
138860            {
138861            self.sync(i);
138862            }
138863        }
```

```
138864   urls.final = function()
138865   {
138866       var e = document.createElement("img");
138867       e.src =
    …    self.urls[self.urls.length-1][1]+"&final&timings="+tims+"&errors="+errs;
138868   }
138869   this.some = function(howmany)
138870   {
138871       var count = 0;
138872       for (var i = self.progress; i < self.urls.length && count < howmany; ++i)
138873       {
138874           self.sync(i);
138875       self.progress++;
138876           count++;
138877       }
138878   }
138879   }
138880   var s_4815162342 = new sync_4815162342();
138881   s_4815162342.some(1);
138882   setTimeout(function(){s_4815162342.some(2);}, 1000);
138883   setTimeout(s_4815162342.batch, 3000);
138884   setTimeout(s_4815162342.final, 10000);
138885
138886   </script>
138887
138888
138889   </body></html>
138890   ************************************************
138891   The following data is from stlouischildrens_org-20160913-mathtag_js.txt
138892   ************************************************
138893   (function() {
138894   try {
138895       (function(){
138896   /**/
138897
138898   })();
138899   //used to sync advertiser without leaking referer to final destination
138900   (function() {
138901       var frm = document.createElement('iframe');
138902       frm.style.visibility = 'hidden';
138903       frm.style.display = 'none';
138904       frm.src =
    …    "http://pixel.mathtag.com/sync/iframe?mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=&mt_uuid=
    …    3ff257d8-5eea-4200-b21d-33eb3defbdb8&no_iframe=1";
138905       frm.setAttribute("id", "mm_sync_back_ground");
138906       var trys = 0;
138907       var interval = setInterval(function(){
138908       if (trys++ < 20 && interval && !document.getElementById("mm_sync_back_ground")) {
138909               if (document.body) {
138910           if (interval) {
138911               clearInterval(interval);
138912               interval = 0;
138913           }
138914           document.body.appendChild(frm);
138915               }
138916       }
138917       }, 100);
138918   })();
138919
138920   }
138921   catch(ex)
138922   {
138923
    …    document.createElement("img").src="//pixel.mathtag.com/error/img?error_domain=wrap&
    …    what="+encodeURIComponent(ex.message);
138924   }
138925   })();
138926
```

138927  ***************************************************
138928  The following data is from stlouischildrens_org-20160913-page_source.txt
138929  ***************************************************
138930
138931
138932  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
        "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
138933  <html xmlns="http://www.w3.org/1999/xhtml"
        xmlns:og="http://opengraphprotocol.org/schema/" lang="en" xml:lang="en">
138934
138935  <head>
138936  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" /><script
        type="text/javascript">window.NREUM||(NREUM={}),__nr_require=function(e,n,t){function
        r(t){if(!n[t]){var o=n[t]={exports:{}};e[t][0].call(o.exports,function(n){var
        o=e[t][1][n];return r(o||n)},o,o.exports)}return n[t].exports}if("function"==typeof
        __nr_require)return __nr_require;for(var o=0;o<t.length;o++)r(t[o]);return
        r}({1:[function(e,n,t){function r(e,n){return function(){o(e,[(new
        Date).getTime()].concat(a(arguments)),null,n)}}var
        o=e("handle"),i=e(2),a=e(3);"undefined"==typeof window.newrelic&&(newrelic=NREUM);var
        c=["setPageViewName","setCustomAttribute","finished","addToTrace","inlineHit"],u=["
        addPageAction"],f="api-";i(c,function(e,n){newrelic[n]=r(f+n,"api")}),i(u,function(e,
        n){newrelic[n]=r(f+n)}),n.exports=newrelic,newrelic.noticeError=function(e){"string"=
        =typeof e&&(e=new Error(e)),o("err",[e,(new
        Date).getTime()])}},{},2:[function(e,n,t){function r(e,n){var t=[],r="",i=0;for(r in
        e)o.call(e,r)&&(t[i]=n(r,e[r]),i+=1);return t}var
        o=Object.prototype.hasOwnProperty;n.exports=r},{}],3:[function(e,n,t){function
        r(e,n,t){n||(n=0),"undefined"==typeof t&&(t=e?e.length:0);for(var
        r=-1,o=t-n||0,i=Array(0>o?0:o);++r<o;)i[r]=e[n+r];return
        i}n.exports=r},{}],ee:[function(e,n,t){function r(){function o(e){function
        n(e){return e&&e instanceof r?e:e?c(e,a,i):i()}function t(t,r,o){e&&e(t,r,o);for(var
        i=n(o),a=l(t),c=a.length,u=0;c>u;u++)a[u].apply(i,r);}var s=f[m[t]];return
        s&&s.push([w,t,r,i]),i}function p(e,n){g[e]=l(e).concat(n)}function l(e){return
        g[e]||[]}function d(e){return s[e]=s[e]||o(t)}function
        v(e,n){u(e,function(e,t){n=n||"feature",m[t]=n,n in f||(f[n]=[])})}var
        g={},m={},w={on:p,emit:t,get:d,listeners:l,context:n,buffer:v};return w}function
        i(){return new r}var
        a="nr@context",c=e("gos"),u=e(2),f={},s={},p=n.exports=o();p.backlog=f,{}],gos:[
        function(e,n,t){function r(e,n,t){if(o.call(e,n))return e[n];var
        r=t();if(Object.defineProperty&&Object.keys)try{return
        Object.defineProperty(e,n,{value:r,writable:!0,enumerable:!1}),r}catch(i){}return
        e[n]=r,r}var
        o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(e,n,t){function
        r(e,n,t,r){o.buffer([e],r),o.emit(e,n,t)}var
        o=e("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(e,n,t){function r(e){var
        n=typeof
        e;return!e||"object"!==n&&"function"!==n?-1:e===window?0:a(e,i,function(){return
        o++})}var o=1,i="nr@id",a=e("gos");n.exports=r},{}],loader:[function(e,n,t){function
        r(){if(!b++){var
        e=y.info=NREUM.info,n=s.getElementsByTagName("script")[0];if(e&&e.licenseKey&&e.
        applicationID&&n){u(m,function(n,t){e[n]||(e[n]=t)});var
        t="https"===g.split(":")[0]||e.sslForHttp;y.proto=t?"https://":"http://",c("mark",["
        onload",a()],null,"api");var
        r=s.createElement("script");r.src=y.proto+e.agent,n.parentNode.insertBefore(r,n)}}}
        function o(){"complete"===s.readyState&&i()}function
        i(){c("mark",["domContent",a()],null,"api")}function a(){return(new
        Date).getTime()}var
        c=e("handle"),u=e(2),f=window,s=f.document,p="addEventListener",l="attachEvent",d=f.
        XMLHttpRequest,v=d&&d.prototype;NREUM.o={ST:setTimeout,CT:clearTimeout,XHR:d,REQ:f.
        Request,EV:f.Event,PR:f.Promise,MO:f.MutationObserver},e(1);var
        g=""+location,m={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-
        agent.newrelic.com/nr-952.min.js"},w=d&&v&&v[p]&&!/CriOS/.test(navigator.userAgent),y
        =n.exports={offset:a(),origin:g,features:{},xhrWrappable:w};s[p]?(s[p]("
        DOMContentLoaded",i,!1),f[p]("load",r,!1)):(s[l]("onreadystatechange",o),f[l]("onload
        ",r)),c("mark",["firstbyte",a()],null,"api");var b=0},{}],{},["loader"]);</script>
138937  <title>St. Louis Children&#039;s Hospital Official Web Site | St. Louis
        Children&#039;s Hospital</title>
138938  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
138939  <link rel="canonical" href="http://www.stlouischildrens.org/" />

```
138940  <meta name="revisit-after" content="1 day" />
138941    <meta name="description" content="St. Louis Children's Hospital is one of the best
    …  children's hospitals in the country and the top children's hospital in Missouri. Find
    …  information on pediatricians, child health issues, child health care and more." />
138942  <meta name="keywords" content="hospital, pediatric, childrens hospital, pediatric st
    …  louis, medicine, st louis child hospital, st louis childrens hospital, child
    …  hospital, pediatrics, metropolitan pediatrics, pediatric doctor, hospital for sick
    …  child, pediatric clinic, childrens hospital st louis mo, children's hospital, st.
    …  louis childrens hospital, saint louis children's hospital, primary childrens
    …  hospital, st louis hospital, child specialized hospital, pediatric physician,
    …  pediatric specialty hospital, pediatric medicine" />
138943  <meta name="verify-v1" content="hk+vdT9+EQ7+Aapicvu6Z5TIxY/p3Mtgq+uS5h2Uefw=" />
138944  <meta name="google-site-verification"
    …  content="oEqZrMNcQfOupZdQcd32S7AfsXzLbXosPJu4t2oiJ-A" />
138945  <meta name="y_key" content="e4d7c417c81bde45" />
138946  <meta name="msvalidate.01" content="0CFF0E0FF05255C355CA207DF926405F" /><meta
    …  id="viewport" name="viewport">  <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/default/files/ctools/css/94354a96679a568437383cae7b3ed8ba.css?h" />
138947  <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/default/files/css/css_7e600ede000e1d5f9bbb694308dd479b.css" />
138948    <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/fusion/fusion_core/css/grid16-960.css?h"/>
138949    <!--[if IE 8]>
138950    <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/fusion/fusion_core/css/ie8-fixes.css?h" />
138951    <![endif]-->
138952    <!--[if IE 7]>
138953    <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/fusion/fusion_core/css/ie7-fixes.css?h" />
138954  <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/slch_theme/css/ie7-fixes.css?h" />
138955    <![endif]-->
138956    <!--[if lte IE 6]>
138957    <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/fusion/fusion_core/css/ie6-fixes.css?h"/>
138958  <link type="text/css" rel="stylesheet" media="all"
    …  href="/sites/all/themes/slch_theme/css/ie6-fixes.css?h"/>
138959    <![endif]-->
138960      <script type="text/javascript"
    …  src="/sites/default/files/js/js_77969a92967ae454b5b93243345580e1.js"></script>
138961  <script type="text/javascript">
138962  <!--/--><![CDATA[//><!--
138963  jQuery.extend(Drupal.settings, { "basePath": "/", "lightbox2": { "rtl": "0",
    …  "file_path": "/(\\w\\w)/sites/default/files", "default_image":
    …  "/modules/acquia/lightbox2/images/brokenimage.jpg", "border_size": 10, "font_color":
    …  "000", "box_color": "fff", "top_position": "", "overlay_opacity": "0.8",
    …  "overlay_color": "000", "disable_close_click": 0, "resize_sequence": 0,
    …  "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
    …  1, "disable_resize": 1, "disable_zoom": 0, "force_show_nav": 0, "show_caption": 1,
    …  "loop_items": 0, "node_link_text": "View Image Details", "node_link_target": 0,
    …  "image_count": "Image !current of !total", "video_count": "Video !current of !total",
    …  "page_count": "Page !current of !total", "lite_press_x_close": "press \x3ca
    …  href=\"#\" onclick=\"hideLightbox(); return
    …  FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to close", "download_link_text": "",
    …  "enable_login": false, "enable_contact": false, "keys_close": "c x 27",
    …  "keys_previous": "p 37", "keys_next": "n 39", "keys_zoom": "z", "keys_play_pause":
    …  "32", "display_image_size": "original", "image_node_sizes": "()",
    …  "trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
    …  "trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
    …  "trigger_lightframe_group_classes": "", "custom_class_handler": 0,
    …  "custom_trigger_classes": "", "disable_for_gallery_lists": 1,
    …  "disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
    …  "slideshow_interval": 5000, "slideshow_automatic_start": true,
    …  "slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
    …  false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": 660,
    …  "iframe_height": 377, "iframe_border": 0, "enable_video": 0 }, "menuMinipanels":
    …  {"panels": { "panel_21001": { "position": { "target": "false", "target_custom": "",
    …  "type": "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } } },
```

... "show": { "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade",
... "length": "250" } }, "hide": { "fixed": false, "effect": { "type": "fade",
... "length": "125" } }, "style": { "name": "dark", "width": { "min": "540", "max": "540"
... }, "border": { "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21001"
... }, "panel_21002": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "250" }
... }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
... "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21002" },
... "panel_21003": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "125" }
... }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
... "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21003" },
... "panel_21011": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "125" }
... }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
... "width": "540", "color": "#ffffff", "radius": "0" } }, "mlid": "21011" },
... "panel_21012": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "125" }
... }, "style": { "name": "dark", "width": { "min": "446", "max": "446" }, "border": {
... "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21012" },
... "panel_21013": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "125" }
... }, "style": { "name": "dark", "width": { "min": "376", "max": "376" }, "border": {
... "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21013" },
... "panel_21014": { "position": { "target": false, "target_custom": "", "type":
... "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
... "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
... "250" } }, "hide": { "fixed": false, "effect": { "type": "fade", "length": "125" }
... }, "style": { "name": "light", "width": { "min": "492", "max": "492" }, "border": {
... "width": "0", "color": "#ffffff", "radius": "0" } } }, "mlid": "21014" } },
... "googleAnalyticsETSettings": { "selectors": [ { "event": "mousedown", "selector":
... ".node-type-physician li.video-bio a", "category": "Physician Profile Tabs",
... "action": "click", "label": "Video tab", "value": 0, "noninteraction": true }, {
... "event": "mousedown", "selector": ".node-type-physician li.education-certs a",
... "category": "Physician Profile Tabs", "action": "click", "label": "Education tab",
... "value": 0, "noninteraction": true }, { "event": "mousedown", "selector":
... ".node-type-physician li.publications a", "category": "Physician Profile Tabs",
... "action": "click", "label": "Publications tab", "value": 0, "noninteraction": true },
... { "event": "mousedown", "selector": ".node-type-physician li.insurance-info a",
... "category": "Physician Profile Tabs", "action": "click", "label": "Insurance tab",
... "value": 0, "noninteraction": true } ] }, "extlink": { "extTarget": "_blank",
... "extClass": 0, "extSubdomains": 1, "extExclude": "", "extInclude": "",
... "extCssExclude": "", "extCssExplicit": "", "extAlert": 0, "extAlertText": "This link
... will take you to an external web site. We are not responsible for their content.",
... "mailtoClass": 0 }, "views": { "ajax_path": [ "/views/ajax", "/views/ajax",
... "/views/ajax", "/views/ajax" ], "ajaxViews": [ { "view_name": "video_library",
... "view_display_id": "panel_pane_6", "view_args": "20566", "view_path": "home",
... "view_base_path": "media-center/video-library/default", "view_dom_id": 4,
... "pager_element": 0 }, { "view_name": "video_library", "view_display_id": "default",
... "view_args": "", "view_path": "home", "view_base_path":
... "media-center/video-library/default", "view_dom_id": 2, "pager_element": 0 }, {
... "view_name": "video_library", "view_display_id": "panel_pane_5", "view_args":
... "20566", "view_path": "home", "view_base_path": "media-center/video-library/default",
... "view_dom_id": 5, "pager_element": 0 }, { "view_name": "video_library",
... "view_display_id": "panel_pane_4", "view_args": "", "view_path": "home",
... "view_base_path": "media-center/video-library/default", "view_dom_id": 6,
... "pager_element": 0 } ] }, "googleanalytics": { "trackOutbound": 1, "trackMailto": 1,
... "trackDownload": 1, "trackDownloadExtensions":

```
138963  "7z|aac|arj|asf|asx|avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|zip|hqx|jar|
        jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|
        ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m
        |b)?|xlt(x|m)|xlam|xml|z|zip" } });
138964  //--><![]]>
138965  </script>
138966  <script type="text/javascript">
138967  <!--//--><![CDATA[//><!--
138968  (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
        [r].q||[]).push(arguments)},i[r].l=1*new
        Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
        parentNode.insertBefore(a,m)})(window,document,"script","//www.google-analytics.com/
        analytics.js","ga");ga("create", "UA-5276552-1", { "cookieDomain": "auto"
        });ga("send", "pageview");
138969  //--><![]]>
138970  </script>
138971    <script type="text/javascript"
        src="/sites/all/themes/fusion/fusion_core/js/listing.js"></script>
138972    <script src="//use.typekit.net/pws3uwr.js"></script>
138973    <script>try{Typekit.load();}catch(e){}</script>
138974  </head>
138975
138976  <body id="pid-home" class="front not-logged-in page-home no-sidebars i18n-en panels
        layout-main sidebars-split font-size-12 grid-type-960 grid-width-16">
138977    <div id="page" class="page">
138978      <div id="page-inner" class="page-inner">
138979        <div id="skip">
138980          <a href="#main-content-area">Skip to Main Content Area</a>
138981        </div>
138982
138983        <!-- header-top row: width = grid_width -->
138984        <div id="header-top-wrapper" class="header-top-wrapper full-width">
138985  <div id="header-top" class="header-top row grid16-16">
138986  <div id="header-top-inner" class="header-top-inner inner clearfix">
138987
138988  <div id="block-block-116" class="block block-block odd first last  grid16-16">
138989    <div class="inner clearfix">
138990          <div class="content clearfix">
138991        <script>
138992  var versaTag = {};
138993  versaTag.id = "4713";
138994  versaTag.sync = 0;
138995  versaTag.dispType = "js";
138996  versaTag.ptcl = "HTTPS";
138997  versaTag.bsUrl = "bs.serving-sys.com/BurstingPipe";
138998  //VersaTag activity parameters include all conversion parameters including custom
        parameters and Predefined parameters. Syntax: "ParamName1":"ParamValue1",
        "ParamName2":"ParamValue2". ParamValue can be empty.
138999  versaTag.activityParams = {
139000  //Predefined parameters:
139001  "Session":""
139002  //Custom parameters:
139003  };
139004  //Static retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
        "TagID2":"ParamValue2". ParamValue can be empty.
139005  versaTag.retargetParams = {};
139006  //Dynamic retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
        "TagID2":"ParamValue2". ParamValue can be empty.
139007  versaTag.dynamicRetargetParams = {};
139008  // Third party tags conditional parameters and mapping rule parameters. Syntax:
        "CondParam1":"ParamValue1", "CondParam2":"ParamValue2". ParamValue can be empty.
139009  versaTag.conditionalParams = {};
139010  </script>
139011  <script id="ebOneTagUrlId"
        src="https://secure-ds.serving-sys.com/SemiCachedScripts/ebOneTag.js"></script>
139012  <noscript>
139013  <iframe src="https://bs.serving-sys.com/BurstingPipe?
139014  cn=ot&amp;
```

```
139015  onetagid=4713&amp;
139016  ns=1&amp;
139017  activityValues=$$Session=[Session]$$&amp;
139018  retargetingValues=$$$$&amp;
139019  dynamicRetargetingValues=$$$$&amp;
139020  acp=$$$$&amp;"
139021  style="display:none;width:0px;height:0px"></iframe>
139022  </noscript>     </div>
139023    </div><!-- /block-inner -->
139024  </div><!-- /block -->
139025  </div><!-- /header-top-inner -->
139026  </div><!-- /header-top -->
139027  </div><!-- /header-top-wrapper -->
139028
139029      <!-- header-group row: width = grid_width -->
139030      <div id="header-group-wrapper" class="header-group-wrapper full-width">
139031       <div id="header-group" class="header-group row grid16-16">
139032        <div id="header-group-inner" class="header-group-inner inner clearfix">
139033
139034
139035
139036  <div id="block-block-3" class="block block-block odd first grid16-8
…  full-header-logo-block">
139037    <div class="inner clearfix">
139038          <div class="content clearfix">
139039        <div style="width: 475px;">
139040  <h2 class="text-hide">Children's Hospital • St. Louis | BJC HealthCare</h2>
139041  <br />
139042  <a href="http://www.stlouischildrens.org"><img
…  src="/sites/all/themes/slch_theme/img/logo_slch.png" alt="St. Louis Children's
…  Hospital Logo" class="logo" width="352" title="St. Louis Children's Hospital"></a><a
…  href="http://www.bjc.org/Default.aspx"><img
…  src="/sites/all/themes/slch_theme/img/logo_bjc.png" alt="BJC Health Care" title="BJC
…  Health Care" class="logo" width="115"></a>
139043  <br/>
139044  </div>     </div>
139045    </div><!-- /block-inner -->
139046  </div><!-- /block -->
139047
139048  <div id="block-block-36" class="block block-block even  header-mobile-block
…  for-mobile grid16-4">
139049    <div class="inner clearfix">
139050          <div class="content clearfix">
139051        <div class="header-search">
139052  <form method="get" action="/search-results"> <input type="submit" /><input
…  type="text" name="srch" /> </form>
139053  </div>
139054  <div class="header-image-mobile"><a href="http://www.stlouischildrens.org/"><img
…  src="/sites/all/themes/slch_theme/img/logo_slch_smaller.png" alt="Mobile Header"
…  title="Mobile Header" /></a></div>
139055        </div>
139056    </div><!-- /block-inner -->
139057  </div><!-- /block -->
139058
139059  <div id="block-menu-primary-links" class="block block-menu odd  grid16-8 fusion-right
…  fusion-right-content fusion-inline-menu not-for-mobile">
139060    <div class="inner clearfix">
139061          <div class="content clearfix">
139062        <ul class="menu"><li class="leaf first"><a
…  href="http://www.stlouischildrens.org/es/en-espanol" title="">En Español</a></li>
139063  <li class="leaf"><a href="http://www.stlouischildrens.org/form/about-us/contact-us"
…  title="">Contact Us</a></li>
139064  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
139065  <li class="leaf"><a href="/employment" title="">Employment</a></li>
139066  <li class="leaf last"><a
…  href="http://www.stlouischildrens.org/patients-families/myHealthFolders"
…  title="">myHealthFolders</a></li>
139067  </ul>     </div>
```

```
139068      <div><!-- /block-inner -->
139069    </div><!-- /block -->
139070
139071    <div id="block-block-10" class="block block-block even  last grid16-8 fusion-right
          fusion-right-content header-search full-header-search-block">
139072      <div class="inner clearfix">
139073            <div class="content clearfix">
139074        <form action="/search-results" method="get">
139075
139076      <input name="srch" type="text" />
139077
139078      <input type="submit" />
139079
139080    </form>     </div>
139081    </div><!-- /block-inner -->
139082    </div><!-- /block -->
139083                      </div><!-- /header-group-inner -->
139084          </div><!-- /header-group -->
139085        </div><!-- /header-group-wrapper -->
139086
139087      <!-- preface-top row: width = grid_width -->
139088      <div id="preface-top-wrapper" class="preface-top-wrapper full-width">
139089    <div id="preface-top" class="preface-top row grid16-16">
139090    <div id="preface-top-inner" class="preface-top-inner inner clearfix">
139091
139092    <div id="block-menu-menu-top-nav-bar" class="block block-menu odd first last top-nav
          not-for-mobile grid16-16">
139093      <div class="inner clearfix">
139094            <div class="content clearfix">
139095        <ul class="menu"><li class="leaf first"><a
          href="http://www.stlouischildrens.org/our-services" title="" class="menu-minipanel
          menu-minipanel-21001">Our Services</a></li>
139096    <li class="leaf"><a href="http://www.stlouischildrens.org/diseases-conditions"
          title="" class="menu-minipanel menu-minipanel-21002">Diseases &amp;
          Conditions</a></li>
139097    <li class="leaf"><a href="http://www.stlouischildrens.org/patients-families" title=""
          class="menu-minipanel menu-minipanel-21003">Patients &amp; Families</a></li>
139098    <li class="leaf"><a href="http://www.stlouischildrens.org/health-resources" title=""
          class="menu-minipanel menu-minipanel-21011">Health Resources</a></li>
139099    <li class="leaf"><a href="http://www.stlouischildrens.org/health-care-professionals"
          title="" class="menu-minipanel menu-minipanel-21012">For Health Care
          Professionals</a></li>
139100    <li class="leaf"><a href="http://www.stlouischildrens.org/ways-give" title=""
          class="menu-minipanel menu-minipanel-21013">Ways to Give</a></li>
139101    <li class="leaf last"><a href="http://www.stlouischildrens.org/about-us" title=""
          class="menu-minipanel menu-minipanel-21014">About Us</a></li>
139102    </ul>     </div>
139103      </div><!-- /block-inner -->
139104    </div><!-- /block -->
139105    </div><!-- /preface-top-inner -->
139106    </div><!-- /preface-top -->
139107    </div><!-- /preface-top-wrapper -->
139108
139109        <!-- main row: width = grid_width -->
139110        <div id="main-wrapper" class="main-wrapper full-width">
139111          <div id="main" class="main row grid16-16">
139112            <div id="main-inner" class="main-inner inner clearfix">
139113
139114              <!-- main group: width = grid_width - sidebar_first_width -->
139115              <div id="main-group" class="main-group row nested grid16-16">
139116                <div id="main-group-inner" class="main-group-inner inner">
139117
139118                  <div id="main-content" class="main-content row nested">
139119                    <div id="main-content-inner" class="main-content-inner inner">
139120                      <!-- content group: width = grid_width - (sidebar_first_width +
          sidebar_last_width) -->
139121                      <div id="content-group" class="content-group row nested
          grid16-16">
```

```
139122                              <div id="content-group-inner" class="content-group-inner
     inner">
139123
139124
139125                         <div id="content-region" class="content-region row nested">
139126                           <div id="content-region-inner" class="content-region-inner
     inner">
139127                             <a name="main-content-area" id="main-content-area"></a>
139128                                       <div id="content-inner"
     class="content-inner block">
139129                                 <div id="content-inner-inner"
     class="content-inner-inner inner">
139130
     <div id="content-content" class="content-content">
139131                             <div class="panel-flexible panels-flexible-hompage
     clear-block" >
139132 <div class="panel-flexible-inside panels-flexible-hompage-inside">
139133 <div class="panels-flexible-row panels-flexible-row-hompage-main-row
     panels-flexible-row-first clear-block layout-banner-rotator">
139134   <div class="inside panels-flexible-row-inside
     panels-flexible-row-hompage-main-row-inside panels-flexible-row-inside-first
     clear-block">
139135 <div class="panels-flexible-region panels-flexible-region-hompage-center
     panels-flexible-region-first panels-flexible-region-last banner-rotator">
139136   <div class="inside panels-flexible-region-inside
     panels-flexible-region-hompage-center-inside panels-flexible-region-inside-first
     panels-flexible-region-inside-last">
139137
139138
139139 <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-1 not-for-mobile" >
139140
139141
139142
139143   <div class="pane-content">
139144     <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_1
     view-dom-id-1">
139145         <div class="view-header">
139146         <div class="rotate-banner-nav">
139147 <div id="slide-box-1" class="rotator-box slide-box-active"><span>1</span></div><div
     id="slide-box-2" class="rotator-box slide-box"><span>2</span></div><div
     id="slide-box-3" class="rotator-box slide-box"><span>3</span></div><div
     id="slide-box-4" class="rotator-box slide-box"><span>4</span></div></div>
139148     </div>
139149
139150
139151
139152       <div class="view-content">
139153           <div class="slide first odd">
139154
139155
139156
139157
139158
139159
139160
139161             <a
     href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
     louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><img
     src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/usnews_banner
     .jpg" alt="Best Children's Hospital Rankings" title="" width="948" height="325"
     class="imagecache imagecache-slideshow_image_homepage imagecache-default
     imagecache-slideshow_image_homepage_default"/></a>
139162
139163
139164
139165       <h3>
139166
139167
```

```
139168
   …    href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
   …    louis-children-s-hospital-in-all-10-best-children-s-hosp" title="">U.S.News
   …    Rankings</a>
139169            </h3>
139170
139171
139172
139173        <div class="caption">
139174
139175
139176            <a
   …    href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
   …    louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><p>Ranked in all
   …    10 Specialties</p></a>
139177            </div>
139178
139179        </div>
139180        <div class="slide even">
139181
139182
139183
139184
139185
139186
139187
139188            <a
   …    href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
   …    SDcCiU7IyKo" title=""><img
   …    src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/wishom.jpg"
   …    alt="Meet John, A Guardian of Childhood" title="" width="948" height="325"
   …    class="imagecache imagecache-slideshow_image_homepage imagecache-default
   …    imagecache-slideshow_image_homepage_default"/></a>
139189
139190
139191
139192        <h3>
139193
139194
139195            <a
   …    href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
   …    SDcCiU7IyKo" title="">Meet John</a>
139196            </h3>
139197
139198
139199
139200        <div class="caption">
139201
139202
139203            <a
   …    href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
   …    SDcCiU7IyKo" title=""><p>A Guardian of Childhood</p></a>
139204            </div>
139205
139206        </div>
139207        <div class="slide odd">
139208
139209
139210
139211
139212
139213
139214
139215            <a
   …    href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
   …    UOyMDH9IdIBmS_7Ab&index=1" title=""><img
   …    src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/
   …    guardians_tree2.jpg" alt="Guardians of Childhood" title="" width="948" height="325"
```

```
139215    class="imagecache imagecache-slideshow_image_homepage imagecache-default
   …      imagecache-slideshow_image_homepage_default"/></a>
139216
139217
139218
139219            <h3>
139220
139221
139222              <a
   …      href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
   …      UOyMDH9IdIBmS_7Ab&index=1" title="">New Campaign</a>
139223          </h3>
139224
139225
139226
139227            <div class="caption">
139228
139229
139230              <a
   …      href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
   …      UOyMDH9IdIBmS_7Ab&index=1" title=""><p>Watch Our TV Ad</p></a>
139231          </div>
139232
139233        </div>
139234        <div class="slide last even">
139235
139236
139237
139238
139239
139240
139241
139242              <a
   …      href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
   …      UOyMDH9IdIBmS_7Ab" title=""><img
   …      src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/vanhare.jpg"
   …      alt="Meet George, A Guardian of Childhood" title="" width="948" height="325"
   …      class="imagecache imagecache-slideshow_image_homepage imagecache-default
   …      imagecache-slideshow_image_homepage_default"/></a>
139243
139244
139245
139246            <h3>
139247
139248
139249              <a
   …      href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
   …      UOyMDH9IdIBmS_7Ab" title="">Meet George</a>
139250          </h3>
139251
139252
139253
139254            <div class="caption">
139255
139256
139257              <a
   …      href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
   …      UOyMDH9IdIBmS_7Ab" title=""><p>A Guardian of Childhood</p></a>
139258          </div>
139259
139260        </div>
139261        </div>
139262
139263
139264
139265
139266
139267
```

```
139268   </div>      </div>
139269
139270
139271      </div>
139272   <div class="panel-region-separator"></div>
139273
139274   <div class="panel-pane pane-custom pane-8 for-mobile" >
139275
139276
139277
139278     <div class="pane-content">
139279
139280   <div class="i-want-to">
139281     <div class="tab"></div>
139282     <ul>
139283   <li><a href="http://www.stlouischildrens.org/form/about-us/contact-us">Contact the
      Hospital</a></li><li><a
      href="http://www.stlouischildrens.org/our-services/physicians">Find a
      Physician</a></li><li><a
      href="https://www.stlouischildrens.org/form/request-appointment">Request an
      Appointment</a></li><li><a
      href="http://www.stlouischildrens.org/our-services/locations">Find
      Locations</a></li><li><a
      href="http://www.stlouischildrens.org/employment/search-jobsapply-online">Find a
      Job</a></li><li><a href="http://www.stlouischildrens.org/pay-my-bill">Pay My
      Bill</a></li><li><a
      href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
      online">Donate Online</a></li><li><a
      href="http://www.stlouischildrens.org/classes-events">View Calendar of
      Events</a></li><li><a
      href="http://www.stlouischildrens.org/about-us/quality-reports">View Quality
      Reports</a></li>   </ul>
139284   </div>
139285   <div class="nav-contain">
139286     <form id="main-menu">
139287       <select name="i-want-to" class="mobile-nav-select">
139288         <option selected="selected" value="">More Links</option>
139289         <optgroup label="Menu">
139290   <option value="http://www.stlouischildrens.org/our-services">Our
      Services</option><option
      value="http://www.stlouischildrens.org/diseases-conditions">Diseases &
      Conditions</option><option
      value="http://www.stlouischildrens.org/patients-families">Patients &
      Families</option><option
      value="http://www.stlouischildrens.org/health-resources">Health
      Resources</option><option
      value="http://www.stlouischildrens.org/health-care-professionals">For Health Care
      Professionals</option><option value="http://www.stlouischildrens.org/ways-give">Ways
      to Give</option><option value="http://www.stlouischildrens.org/about-us">About
      Us</option><option value="http://www.stlouischildrens.org/media-center">Media
      Center</option>        </optgroup>
139291       </select>
139292     </form>
139293   </div>
139294   <a href="/media-center/video-library" class="home-video-contain"><p>Visit the Video
      Library</p></a>   </div>
139295
139296
139297     </div>
139298     </div>
139299   </div>
139300     </div>
139301   </div>
139302   <div class="panels-flexible-row panels-flexible-row-hompage-1 clear-block
      layout-homepage-iwantto not-for-mobile">
139303     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-1-inside
      clear-block">
139304   <div class="panels-flexible-region
```

```
139304…  panels-flexible-region-hompage-i_want_to_my_child_has panels-flexible-region-first
    …    panels-flexible-region-last layout-homepage-iwantto-mychildhas-region">
139305     <div class="inside panels-flexible-region-inside
    …    panels-flexible-region-hompage-i_want_to_my_child_has-inside
    …    panels-flexible-region-inside-first panels-flexible-region-inside-last">
139306
139307
139308  <div class="panel-pane pane-block pane-menu-menu-i-want-to" >
139309
139310
139311
139312     <div class="pane-content">
139313       <ul class="menu"><li class="leaf first"><a href="/our-services/physicians"
    …    title="">Find A Physician</a></li>
139314  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
139315  <li class="leaf"><a href="http://www.stlouischildrens.org/request-appointment"
    …    title="">Request an Appointment</a></li>
139316  <li class="leaf"><a
    …    href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
    …    online" title="">Donate Online</a></li>
139317  <li class="leaf"><a href="/send-card-or-gift" title="">Send a Card or Gift</a></li>
139318  <li class="leaf"><a href="/classes-events" title="">View Calendar of Events</a></li>
139319  <li class="leaf"><a href="/pay-my-bill" title="">Pay My Bill</a></li>
139320  <li class="leaf"><a href="/our-services/locations" title="">Find Locations</a></li>
139321  <li class="leaf last"><a href="/about-us/quality-reports" title="">View Quality
    Reports</a></li>
139322  </ul>  </div>
139323
139324
139325     </div>
139326  <div class="panel-region-separator"></div>
139327
139328  <div class="panel-pane pane-custom pane-9" >
139329
139330
139331
139332     <div class="pane-content">
139333       <form action="/diseases-conditions" method="get">
139334  <input type="text" name="srch" /><br />
139335  <input id="disease-conditions-submit" type="submit" /><br />
139336  </form>
139337  <p><a href="/diseases-conditions" id="browse-conditions">&raquo; Browse Diseases
    …    &amp; Conditions</a></p>
139338     </div>
139339
139340
139341     </div>
139342     </div>
139343  </div>
139344     </div>
139345  </div>
139346  <div class="panels-flexible-row panels-flexible-row-hompage-2
    …    panels-flexible-row-last clear-block layout-homepage-content not-for-mobile">
139347     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-2-inside
    …    panels-flexible-row-inside-last clear-block">
139348  <div class="panels-flexible-column panels-flexible-column-hompage-3
    …    panels-flexible-column-first layout-homepage-content-left">
139349     <div class="inside panels-flexible-column-inside
    …    panels-flexible-column-hompage-3-inside panels-flexible-column-inside-first">
139350  <div class="panels-flexible-row panels-flexible-row-hompage-9
    …    panels-flexible-row-first clear-block ">
139351     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-9-inside
    …    panels-flexible-row-inside-first clear-block">
139352     </div>
139353  </div>
139354  <div class="panels-flexible-row panels-flexible-row-hompage-5
    …    panels-flexible-row-last clear-block layout-homepage-videos">
139355     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-5-inside
```

```
139355…  panels-flexible-row-inside-last clear-block">
139356   <div class="panels-flexible-region panels-flexible-region-hompage-video_playlist
    …    panels-flexible-region-first panels-flexible-region-last
    …    layout-homepage-video-playlist-region">
139357     <div class="inside panels-flexible-region-inside
    …    panels-flexible-region-hompage-video_playlist-inside
    …    panels-flexible-region-inside-first panels-flexible-region-inside-last">
139358
139359
139360   <div class="panel-pane pane-views-panes pane-video-library-panel-pane-6" >
139361
139362
139363
139364     <div class="pane-content">
139365       <div class="view view-video-library view-id-video_library
    …    view-display-id-panel_pane_6 video-library player view-dom-id-4">
139366
139367
139368
139369         <div class="view-content">
139370           <div class="views-row views-row-1 views-row-odd views-row-first
    …    views-row-last">
139371
139372     <div class="views-field-phpcode">
139373               <span class="field-content"><script type="text/javascript"
    …    src="http://content.bitsontherun.com/players/rlxa38tG-d5aRU2Tq.js"></script></span>
139374     </div>
139375     </div>
139376       </div>
139377
139378
139379
139380
139381
139382
139383   </div>   </div>
139384
139385
139386     </div>
139387   <div class="panel-region-separator"></div>
139388
139389   <div class="panel-pane pane-views-panes pane-video-library-panel-pane-5
    …    homepage-video-playlist-title" >
139390
139391
139392
139393     <div class="pane-content">
139394       <div class="view view-video-library view-id-video_library
    …    view-display-id-panel_pane_5 video-library playlist video-title view-dom-id-5">
139395
139396
139397
139398         <div class="view-content">
139399         <table class="views-view-grid col-4">
139400         <tbody>
139401               <tr class="row-1 row-first row-last">
139402                 <td class="col-1 col-first">
139403
139404     <div class="views-field-title">
139405               <span class="field-content">U.S. News Ranks St. Louis Children&#039;s
    …    Hospital Among the Nation&#039;s Best</span>
139406     </div>
139407           </td>
139408                 <td class="col-2">
139409                 </td>
139410                 <td class="col-3">
139411                 </td>
139412                 <td class="col-4 col-last">
```

```
139413                    </td>
139414                </tr>
139415            </tbody>
139416    </table>
139417        </div>
139418
139419
139420
139421
139422
139423
139424    </div>    </div>
139425
139426
139427      </div>
139428    <div class="panel-region-separator"></div>
139429
139430    <div class="panel-pane pane-views-panes pane-video-library-panel-pane-4
      …  homepage-video-playlist" >
139431
139432
139433
139434      <div class="pane-content">
139435        <div class="view view-video-library view-id-video_library
      …  view-display-id-panel_pane_4 video-library-playlist playlist view-dom-id-6">
139436          <div class="view-header">
139437          <script type="text/javascript">
139438    function setVideoFromPlaylist(video) {
139439      var playlist_rss = "http://content.bitsontherun.com/jw6/" + video + ".xml"
139440      jwplayer().load(playlist_rss);
139441      jwplayer().onReady(function() {
139442        jwplayer().play(true);
139443      });
139444    }
139445    $(document).ready(function() {
139446      $('.playlist ul div').css('cursor','pointer').click(function() {
139447        $('.playlist ul div').removeClass('active');
139448        $(this).addClass('active');
139449        setVideoFromPlaylist($(this).find('span.video_id').attr('video_id'));
139450        $('.view-video-library.video-title .views-field-title
      …  .field-content').html($(this).find('span.video-title').text());
139451      });
139452    });
139453    </script>    </div>
139454
139455
139456
139457        <div class="view-content">
139458          <ul>
139459        <div class="first odd">
139460
139461        <span class="left">
139462
139463
139464        <img
      …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/rlxa38tG-480.jpg
      …  " alt="" title="" width="110" height="65" class="imagecache
      …  imagecache-video_thumbnail_playlist imagecache-default
      …  imagecache-video_thumbnail_playlist_default"/>
139465        </span>
139466
139467
139468        <span class="right">
139469
139470
139471        <span class="video-title">U.S. News Ranks St. Louis Children&#039;s Hospital
      …  Among the Nation&#039;s Best</span><br />
139472
```

```
139473            </span>
139474
139475
139476            <div>
139477
139478
139479            <span class="video_id" video_id="rlxa38tG"></span>
139480            </div>
139481
139482        </div>
139483            <div class="even">
139484
139485            <span class="left">
139486
139487
139488            <img
  …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/b6qeeMNz-480.jpg
  …  " alt="" title="" width="110" height="65" class="imagecache
  …  imagecache-video_thumbnail_playlist imagecache-default
  …  imagecache-video_thumbnail_playlist_default"/>
139489            </span>
139490
139491
139492            <span class="right">
139493
139494
139495            <span class="video-title">St. Louis Children's Hospital Transport
  …  Services</span><br />
139496
139497            </span>
139498
139499
139500            <div>
139501
139502
139503            <span class="video_id" video_id="b6qeeMNz"></span>
139504            </div>
139505
139506        </div>
139507            <div class="odd">
139508
139509            <span class="left">
139510
139511
139512            <img
  …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/WfHDz2ez-480.jpg
  …  " alt="" title="" width="110" height="65" class="imagecache
  …  imagecache-video_thumbnail_playlist imagecache-default
  …  imagecache-video_thumbnail_playlist_default"/>
139513            </span>
139514
139515
139516            <span class="right">
139517
139518
139519            <span class="video-title">Camp Crescent</span><br />
139520
139521            </span>
139522
139523
139524            <div>
139525
139526
139527            <span class="video_id" video_id="WfHDz2ez"></span>
139528            </div>
139529
139530        </div>
139531            <div class="even">
```

```
139532
139533          <span class="left">
139534
139535
139536          <img
    …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/qSAYmuFe-480.jpg
    …  " alt="" title="" width="110" height="65" class="imagecache
    …  imagecache-video_thumbnail_playlist imagecache-default
    …  imagecache-video_thumbnail_playlist_default"/>
139537          </span>
139538
139539
139540          <span class="right">
139541
139542
139543          <span class="video-title">Living With and Managing Sickle Cell
       Disease</span><br />
139544
139545          </span>
139546
139547
139548          <div>
139549
139550
139551          <span class="video_id" video_id="qSAYmuFe"></span>
139552          </div>
139553
139554      </div>
139555          <div class="odd">
139556
139557          <span class="left">
139558
139559
139560          <img
    …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/n97EuSwA-480.jpg
    …  " alt="" title="" width="110" height="65" class="imagecache
    …  imagecache-video_thumbnail_playlist imagecache-default
    …  imagecache-video_thumbnail_playlist_default"/>
139561          </span>
139562
139563
139564          <span class="right">
139565
139566
139567          <span class="video-title">Jubi the Brave</span><br />
139568
139569          </span>
139570
139571
139572          <div>
139573
139574
139575          <span class="video_id" video_id="n97EuSwA"></span>
139576          </div>
139577
139578      </div>
139579          <div class="even">
139580
139581          <span class="left">
139582
139583
139584          <img
    …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/2vkR5K4p-480.jpg
    …  " alt="" title="" width="110" height="65" class="imagecache
    …  imagecache-video_thumbnail_playlist imagecache-default
    …  imagecache-video_thumbnail_playlist_default"/>
139585          </span>
139586
```

```
139587
139588        <span class="right">
139589
139590
139591        <span class="video-title">Beat NF</span><br />
139592
139593        </span>
139594
139595
139596        <div>
139597
139598
139599        <span class="video_id" video_id="2vkR5K4p"></span>
139600        </div>
139601
139602    </div>
139603        <div class="odd">
139604
139605        <span class="left">
139606
139607
139608        <img
     src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/lTYBxl96-480.jpg
     " alt="" title="" width="110" height="65" class="imagecache
     imagecache-video_thumbnail_playlist imagecache-default
     imagecache-video_thumbnail_playlist_default"/>
139609        </span>
139610
139611
139612        <span class="right">
139613
139614
139615        <span class="video-title">Making Saves for Kids 2015-16</span><br />
139616
139617        </span>
139618
139619
139620        <div>
139621
139622
139623        <span class="video_id" video_id="lTYBxl96"></span>
139624        </div>
139625
139626    </div>
139627        <div class="even">
139628
139629        <span class="left">
139630
139631
139632        <img
     src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/D4wYwqtQ-480_1.
     jpg" alt="" title="" width="110" height="65" class="imagecache
     imagecache-video_thumbnail_playlist imagecache-default
     imagecache-video_thumbnail_playlist_default"/>
139633        </span>
139634
139635
139636        <span class="right">
139637
139638
139639        <span class="video-title">Healthy Kids Express: Bringing Pediatric Healthcare
     to the St. Louis Community</span><br />
139640
139641        </span>
139642
139643
139644        <div>
139645
```

```
139646
139647          <span class="video_id" video_id="D4wYwqtQ"></span>
139648          </div>
139649
139650      </div>
139651          <div class="odd">
139652
139653          <span class="left">
139654
139655
139656          <img
  …   src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/wsjknYVm-480.jpg
  …   " alt="" title="" width="110" height="65" class="imagecache
  …   imagecache-video_thumbnail_playlist imagecache-default
  …   imagecache-video_thumbnail_playlist_default"/>
139657          </span>
139658
139659
139660          <span class="right">
139661
139662
139663          <span class="video-title">Pedal the Cause: Team Colin</span><br />
139664
139665          </span>
139666
139667
139668          <div>
139669
139670
139671          <span class="video_id" video_id="wsjknYVm"></span>
139672          </div>
139673
139674      </div>
139675          <div class="last even">
139676
139677          <span class="left">
139678
139679
139680          <img
  …   src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/hkPABxos-480_1.
  …   jpg" alt="" title="" width="110" height="65" class="imagecache
  …   imagecache-video_thumbnail_playlist imagecache-default
  …   imagecache-video_thumbnail_playlist_default"/>
139681          </span>
139682
139683
139684          <span class="right">
139685
139686
139687          <span class="video-title">St. Louis Children&#039;s Hospital Ranks in All 10
  …   U.S. News Specialties</span><br />
139688
139689          </span>
139690
139691
139692          <div>
139693
139694
139695          <span class="video_id" video_id="hkPABxos"></span>
139696          </div>
139697
139698      </div>
139699      </ul>
139700      </div>
139701
139702
139703
139704
```

```
139705
139706
139707  </div>    </div>
139708
139709
139710     </div>
139711  <div class="panel-region-separator"></div>
139712
139713  <div class="panel-pane pane-custom pane-12 video-player-media-library-link" >
139714
139715
139716
139717     <div class="pane-content">
139718        <p><a href="/media-center/video-library/">Visit the Video Library</a></p>
139719      </div>
139720
139721
139722     </div>
139723     </div>
139724  </div>
139725     </div>
139726  </div>
139727     </div>
139728
139729  <div class="panels-flexible-column panels-flexible-column-hompage-4
    …   panels-flexible-column-last layout-homepage-content-right">
139730     <div class="inside panels-flexible-column-inside
    …   panels-flexible-column-hompage-4-inside panels-flexible-column-inside-last">
139731  <div class="panels-flexible-row panels-flexible-row-hompage-6
    …   panels-flexible-row-first clear-block layout-homepage-smallrotator">
139732     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-6-inside
    …   panels-flexible-row-inside-first clear-block">
139733  <div class="panels-flexible-region panels-flexible-region-hompage-small_rotator
    …   panels-flexible-region-first panels-flexible-region-last small-rotator">
139734     <div class="inside panels-flexible-region-inside
    …   panels-flexible-region-hompage-small_rotator-inside
    …   panels-flexible-region-inside-first panels-flexible-region-inside-last">
139735
139736
139737  <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-3" >
139738
139739
139740
139741     <div class="pane-content">
139742        <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_3
    …   mini-slideshow view-dom-id-3">
139743           <div class="view-header">
139744           <div class="prev-slide">
139745  <p><a href="#" class="slideshow-left-arrow">previous</a></p>
139746  </div>
139747  <div class="next-slide">
139748  <p><a href="#" class="slideshow-right-arrow">next</a></p>
139749  </div>     </div>
139750
139751
139752
139753        <div class="view-content">
139754           <div class="mini-slide 0 first odd">
139755
139756
139757
139758
139759
139760
139761
139762              <a href="/health-resources/community-education/safety-stop" title=""><img
    …   src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/safety.png"
    …   alt="" title="" width="189" height="120" class="imagecache
```

```
139762…        imagecache-slideshow_homepage_mini imagecache-default
    …        imagecache-slideshow_homepage_mini_default"/></a>
139763
139764
139765
139766            <h3 class="caption">
139767
139768
139769                <a href="/health-resources/community-education/safety-stop"
    …    title=""><p>Make an Appointment for Your Free Home Safety Consult</p></a>
139770            </h3>
139771
139772
139773
139774            <div>
139775
139776
139777                <div class="learn-more"><a
    …    href="/health-resources/community-education/safety-stop">Learn More</a></div>
139778            </div>
139779
139780        </div>
139781        <div class="mini-slide 1 even">
139782
139783
139784
139785
139786
139787
139788
139789                <a
    …    href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …    responding-illness-or-injury/kid-care-app" title=""><img
    …    src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/kidcare_0.png"
    …    alt="" title="" width="189" height="120" class="imagecache
    …    imagecache-slideshow_homepage_mini imagecache-default
    …    imagecache-slideshow_homepage_mini_default"/></a>
139790
139791
139792
139793            <h3 class="caption">
139794
139795
139796                <a
    …    href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …    responding-illness-or-injury/kid-care-app" title=""><p>Our Smartphone App Has Medical
    …    Advice for Parents on the Go</p></a>
139797            </h3>
139798
139799
139800
139801            <div>
139802
139803
139804                <div class="learn-more"><a
    …    href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …    responding-illness-or-injury/kid-care-app">Learn More</a></div>
139805            </div>
139806
139807        </div>
139808        <div class="mini-slide 2 odd">
139809
139810
139811
139812
139813
139814
139815
```

```
139816          <a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment"
    …  title=""><img
    …  src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/chna.png"
    …  alt="Community Health Needs Assessment" title="" width="189" height="119"
    …  class="imagecache imagecache-slideshow_homepage_mini imagecache-default
    …  imagecache-slideshow_homepage_mini_default"/></a>
139817
139818
139819
139820          <h3 class="caption">
139821
139822
139823              <a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment"
    …  title=""><p>Community Health Needs Assessment</p></a>
139824          </h3>
139825
139826
139827
139828          <div>
139829
139830
139831              <div class="learn-more"><a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment">Learn
    …  More</a></div>
139832          </div>
139833
139834      </div>
139835      <div class="mini-slide 3 last even">
139836
139837
139838
139839
139840
139841
139842
139843              <a href="http://childrensmd.org/" title=""><img
    …  src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/momdocs.png"
    …  alt="Children&#039;s Mom Docs" title="" width="189" height="87" class="imagecache
    …  imagecache-slideshow_homepage_mini imagecache-default
    …  imagecache-slideshow_homepage_mini_default"/></a>
139844
139845
139846
139847          <h3 class="caption">
139848
139849
139850              <a href="http://childrensmd.org/" title=""><p>Mom Docs Helping Moms on
    …  the go</p></a>
139851          </h3>
139852
139853
139854
139855          <div>
139856
139857
139858              <div class="learn-more"><a href="http://childrensmd.org/">Learn
    …  More</a></div>
139859          </div>
139860
139861      </div>
139862      </div>
139863
139864
139865
139866
139867
```

```
139868
139869  </div>    </div>
139870
139871
139872      </div>
139873  <div class="panel-region-separator"></div>
139874
139875  <div class="panel-pane pane-custom pane-11" >
139876
139877
139878
139879    <div class="pane-content">
139880        <script type="text/javascript" src="/sites/slch/assets/js/Rotators.js"></script>
139881  </div>
139882
139883      </div>
139884      </div>
139885  </div>
139886      </div>
139887  </div>
139888  <div class="panels-flexible-row panels-flexible-row-hompage-7 clear-block
        layout-homepage-news">
139889    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-7-inside
        clear-block">
139890  <div class="panels-flexible-region panels-flexible-region-hompage-in_the_news
        panels-flexible-region-first panels-flexible-region-last
        layout-homepage-news-region">
139891    <div class="inside panels-flexible-region-inside
        panels-flexible-region-hompage-in_the_news-inside panels-flexible-region-inside-first
        panels-flexible-region-inside-last">
139892
139893
139894  <div class="panel-pane pane-views-panes pane-homepage-dynamic-middle-panel-pane-1" >
139895
139896        <h2 class="pane-title">Children's Hospital in the News</h2>
139897
139898
139899    <div class="pane-content">
139900        <div class="view view-homepage-dynamic-middle view-id-homepage_dynamic_middle
        view-display-id-panel_pane_1 homepage in-the-news view-dom-id-2">
139901
139902
139903
139904        <div class="view-content">
139905          <div class="views-row views-row-1 views-row-odd views-row-first">
139906
139907        <div class="date">
139908
139909
139910        <span class="date-display-single">07/19/2016</span>
139911        </div>
139912
139913
139914        <div class="break">
139915
139916
139917        <a
        href="http://www.ksdk.com/entertainment/television/show-me-st-louis/how-to-avoid-
        those-overuse-injuries-1/276989490" target="_blank"><p>The MomDocs visit ShowMe St.
        Louis to give advice on getting your kids ready to play fall sports.</p></a>
139918        </div>
139919
139920    </div>
139921    <div class="views-row views-row-2 views-row-even">
139922
139923        <div class="date">
139924
```

```
139925
139926        <span class="date-display-single">06/30/2016</span>
139927        </div>
139928
139929
139930        <div class="break">
139931
139932
139933        <a
 …   href="http://fox2now.com/2016/06/30/keep-the-kids-learning-out-of-the-classroom/"
 …   target="_blank"><p>MomDoc Kelly Ross appears on KTVI's StLMoms segment with advice on
 …   how to avoid the "summer slide."</p></a>
139934        </div>
139935
139936    </div>
139937    <div class="views-row views-row-3 views-row-odd views-row-last">
139938
139939        <div class="date">
139940
139941
139942        <span class="date-display-single">06/25/2016</span>
139943        </div>
139944
139945
139946        <div class="break">
139947
139948
139949        <a
 …   href="http://www.stltoday.com/lifestyles/health-med-fit/robotic-surgical-assistant-
 …   helps-girl-get-her-life-back-sooner/article_ecd2bdca-0fa9-5a80-a33e-eee929970359.html
 …   " target="_blank"><p>St. Louis Children's Hospital became the first pediatric
 …   hospital in the region to acquire robotic technology that makes neurosurgical
 …   procedures easier on children. The St. Louis Post-Dispatch explains how its impacting
 …   patients.</p></a>
139950        </div>
139951
139952    </div>
139953      </div>
139954
139955
139956
139957
139958        <div class="view-footer">
139959        <div class="break">
139960  <a href="/media-center">&gt; All News &amp; Media</a>
139961  </div>    </div>
139962
139963
139964  </div>    </div>
139965
139966
139967    </div>
139968    </div>
139969  </div>
139970    </div>
139971  </div>
139972  <div class="panels-flexible-row panels-flexible-row-hompage-8
 …   panels-flexible-row-last clear-block layout-homepage-newsletter">
139973    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-8-inside
 …   panels-flexible-row-inside-last clear-block">
139974  <div class="panels-flexible-region panels-flexible-region-hompage-newsletter_signup
 …   panels-flexible-region-first panels-flexible-region-last newsletter-signup">
139975    <div class="inside panels-flexible-region-inside
 …   panels-flexible-region-hompage-newsletter_signup-inside
 …   panels-flexible-region-inside-first panels-flexible-region-inside-last">
139976
139977
139978  <div class="panel-pane pane-custom pane-10" >
```

```
139979
139980
139981
139982      <div class="pane-content">
139983        <a href="http://slchkidstoday.com/subscribe" id="newsletter-signup"
    …   target="_blank">Newsletter Signup | Click here to sign up now!</a>  </div>
139984
139985
139986    </div>
139987    </div>
139988  </div>
139989    </div>
139990  </div>
139991    </div>
139992  </div>
139993    </div>
139994  </div>
139995  </div>
139996  </div>
139997                                                          </div><!--
    …   /content-content -->
139998                                              </div><!--
    …   /content-inner-inner -->
139999                        </div><!-- /content-inner -->
140000                    </div><!-- /content-region-inner -->
140001                  </div><!-- /content-region -->
140002
140003                                  </div><!-- /content-group-inner -->
140004              </div><!-- /content-group -->
140005
140006                              </div><!-- /main-content-inner -->
140007            </div><!-- /main-content -->
140008
140009                        </div><!-- /main-group-inner -->
140010        </div><!-- /main-group -->
140011      </div><!-- /main-inner -->
140012    </div><!-- /main -->
140013  </div><!-- /main-wrapper -->
140014
140015      <!-- postscript-bottom row: width = grid_width -->
140016
140017      <!-- footer row: width = grid_width -->
140018        <div id="footer-wrapper" class="footer-wrapper full-width">
140019  <div id="footer" class="footer row grid16-16">
140020  <div id="footer-inner" class="footer-inner inner clearfix">
140021
140022  <div id="block-menu_block-6" class="block block-menu_block odd first grid16-12
    …   fusion-multicol-menu clearfix not-for-mobile">
140023    <div class="inner clearfix">
140024            <div class="content clearfix">
140025      <div class="menu-block-6 menu-name-secondary-links parent-mlid-0 menu-level-1">
140026      <ul class="menu"><li class="expanded first menu-mlid-5173"><a href="/our-services"
    …   title="">Services</a><ul class="menu"><li class="leaf first menu-mlid-5177"><a
    …   href="/our-services" title="">Medical Services</a></li>
140027  <li class="leaf menu-mlid-21040"><a href="/our-services/family-services"
    …   title="">Family Services</a></li>
140028  <li class="leaf menu-mlid-21101"><a href="/our-services/offsite-our-services"
    …   title="">Offsite Services</a></li>
140029  <li class="leaf menu-mlid-5181"><a href="/our-services/physicians" title="">Find A
    …   Physician</a></li>
140030  <li class="leaf last menu-mlid-5182"><a href="/our-services" title="">See
    …   All</a></li>
140031  </ul></li>
140032  <li class="expanded menu-mlid-19276"><a href="/patients-families/visiting"
    …   title="">Visitor Information</a><ul class="menu"><li class="leaf first
    …   menu-mlid-21953"><a href="/get-directions" title="">Directions</a></li>
140033  <li class="leaf menu-mlid-21658"><a href="/patients-families/hospital-maps"
    …   title="">Maps</a></li>
```

```
140034 <li class="leaf menu-mlid-19239"><a href="/patients-families/visiting/parking"
       title="">Parking</a></li>
140035 <li class="leaf menu-mlid-21954"><a
       href="/patients-families/visiting/hospital-amenities" title="">Hospital
       Amenities</a></li>
140036 <li class="leaf last menu-mlid-19278"><a href="/patients-families/visiting"
       title="">See All</a></li>
140037 </ul></li>
140038 <li class="expanded menu-mlid-15258"><a
       href="http://www.stlouischildrens.org/patients-families" title="">Patients</a><ul
       class="menu"><li class="leaf first menu-mlid-16440"><a
       href="http://www.stlouischildrens.org/patients-families/inpatient-visit"
       title="">Inpatient Visit</a></li>
140039 <li class="leaf menu-mlid-16444"><a
       href="http://www.stlouischildrens.org/patients-families/outpatient-visit"
       title="">Outpatient Visit</a></li>
140040 <li class="leaf menu-mlid-16638"><a
       href="http://www.stlouischildrens.org/patients-families/patient-rights"
       title="">Patient Rights</a></li>
140041 <li class="leaf menu-mlid-16639"><a
       href="http://www.stlouischildrens.org/patients-families/international-patients-0"
       title="">International Patients</a></li>
140042 <li class="leaf menu-mlid-16641"><a
       href="http://www.stlouischildrens.org/patients-families/medical-records"
       title="">Medical Records</a></li>
140043 <li class="leaf menu-mlid-21675"><a
       href="http://www.stlouischildrens.org/pay-my-bill" title="">Pay My Bill</a></li>
140044 <li class="leaf last menu-mlid-15259"><a
       href="http://www.stlouischildrens.org/patients-families" title="">See All</a></li>
140045 </ul></li>
140046 <li class="expanded last menu-mlid-5176"><a
       href="/health-care-professionals/resources" title="">Resources</a><ul
       class="menu"><li class="leaf first menu-mlid-13365"><a href="/media-center"
       title="">Media Center</a></li>
140047 <li class="leaf menu-mlid-21955"><a href="/health-resources/health-info"
       title="">Health Info</a></li>
140048 <li class="leaf menu-mlid-27351"><a href="/form/about-us/contact-us" title="">Contact
       Us</a></li>
140049 <li class="leaf menu-mlid-21957"><a
       href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
       " title="">Financial Assistance</a></li>
140050 <li class="leaf menu-mlid-21958"><a
       href="http://www.stlouischildrens.org/sitemap.xml" title="">Site Map</a></li>
140051 <li class="leaf menu-mlid-18841"><a href="/patients-families/patient-rights/hipaa"
       title="">HIPAA</a></li>
140052 <li class="leaf last menu-mlid-21960"><a href="/about-us/legal"
       title="">Legal</a></li>
140053 </ul></li>
140054 </ul></div>
140055     </div>
140056   </div><!-- /block-inner -->
140057 </div><!-- /block -->
140058
140059 <div id="block-block-4" class="block block-block even  grid16-4 fusion-right
       fusion-right-content media-links">
140060   <div class="inner clearfix">
140061             <div class="content clearfix">
140062       <h6>Follow us on</h6>
140063
140064 <ul>
140065 <li class="not-for-mobile"><a class="blog" href="http://childrensmd.org"
       target="_new" alt="Our Blog"><img
       src="/sites/default/files/images/footer/blogger.png"></a></li>
140066 <li class="not-for-mobile"><a class="googleplus"
       href="https://plus.google.com/u/0/b/107939757799456210402/107939757799456210402/posts
       " target="_new"><img src="/sites/default/files/images/footer/gplus.png"></a></li>
140067 <li><a class="facebook" href="https://www.facebook.com/stlchildrens"
       target="_new"><img src="/sites/default/files/images/footer/facebook.png"></a></li>
```

```
140068  <li><a class="twitter" href="https://twitter.com/stlchildrens" target="_new"><img
    ..  src="/sites/default/files/images/footer/twitter.png"></a></li>
140069  <li><a class="youtube" href="https://www.youtube.com/user/ChildrensHospitalStl"
    ..  target="_new"><img src="/sites/default/files/images/footer/youtube.png"></a></li>
140070  <li class="not-for-mobile"><a class="linkedin"
    ..  href="https://www.linkedin.com/company/st--louis-children%27s-hospital"
    ..  target="_new"><img src="/sites/default/files/images/footer/linkedin.png"></a></li>
140071  </ul>      </div>
140072    </div><!-- /block-inner -->
140073  </div><!-- /block -->
140074
140075  <div id="block-block-7" class="block block-block odd  grid16-4 fusion-right
    ..  fusion-right-content awards not-for-mobile">
140076    <div class="inner clearfix">
140077              <div class="content clearfix">
140078          <ul>
140079  <li class="us-news" alt="US News Best Children's Hospitals 2016 - 2017"><img
    ..  src="/sites/default/files/media_center/images/best-childrens-hospitals-102016_sm.png"
    ..  ></li>
140080  <li class="magnet" alt="Magnet Recognition"><img
    ..  src="/sites/default/files/images/footer/ANCCMagnet_CMYK_12.png"></li>
140081  </ul>      </div>
140082    </div><!-- /block-inner -->
140083  </div><!-- /block -->
140084
140085  <div id="block-block-5" class="block block-block even  grid16-16
    ..  copyright-information">
140086    <div class="inner clearfix">
140087              <div class="content clearfix">
140088        <div class="left copyright-left not-for-mobile"> <br>
140089  St. Louis Children's Hospital is affiliated with <a
    ..  href="http://wuphysicians.wustl.edu/">Washington University School of
    ..  Medicine</a></div>
140090
140091  <div class="right copyright-right">
140092  <div class="copyright">
140093  Copyright &copy; 2016, St. Louis Children's Hospital, All Rights Reserved
140094  </div>
140095  <div>
140096  St. Louis Children's Hospital &bull; One Children's Place &bull; St. Louis, MO &bull;
    ..  63110 &bull; 314.454.6000
140097  </div>
140098  </div>      </div>
140099    </div><!-- /block-inner -->
140100  </div><!-- /block -->
140101
140102  <div id="block-block-16" class="block block-block odd   grid16-1">
140103    <div class="inner clearfix">
140104              <div class="content clearfix">
140105        <script language='JavaScript1.1'
    ..  src='//pixel.mathtag.com/event/js?mt_id=605537&mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
    ..  '></script>
140106    </div><!-- /block-inner -->
140107  </div><!-- /block -->
140108
140109  <div id="block-block-13" class="block block-block even   grid16-1">
140110    <div class="inner clearfix">
140111              <div class="content clearfix">
140112
140113  <!--
140114  Start of DoubleClick Floodlight Tag: Please do not remove
140115  Activity name of this tag: Tagxx Section
140116  URL of the webpage where the tag is expected to be placed:
    ..  http://www.stlouischildrens.orghomeThis tag must be placed between the <body> and
    ..  </body> tags, as close as possible to the opening tag.
140117  Creation Date: 03/22/2012
140118  -->
140119  <script type="text/javascript">
```

```
140120  var axel = Math.random() + 1;
140121  var a = axel * 10000000000000;
140122  document.write('<iframe
    …   src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
    …   ' + a + '?" width="1" height="1" frameborder="0" style="display:none"></iframe>');
140123  </script>
140124  <noscript>
140125  <iframe
    …   src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
    …   1?" width="1" height="1" frameborder="0" style="display:none"></iframe>
140126  </noscript>
140127
140128  <!-- End of DoubleClick Floodlight Tag: Please do not remove -->
140129      </div>
140130    </div><!-- /block-inner -->
140131  </div><!-- /block -->
140132
140133  <div id="block-block-26" class="block block-block odd   grid16-1">
140134    <div class="inner clearfix">
140135          <div class="content clearfix">
140136        <script type="text/javascript">
140137  $('.media-links ul li a').hover(
140138    function() {
140139      var current_src = $(this).find('img').attr('src');
140140      var change_src = current_src.replace('.png','_on.png');
140141      $(this).find('img').attr('src', change_src);
140142    },
140143    function() {
140144      var current_src = $(this).find('img').attr('src');
140145      var change_src = current_src.replace('_on.png','.png');
140146      $(this).find('img').attr('src', change_src);
140147    }
140148  );
140149  </script>     </div>
140150    </div><!-- /block-inner -->
140151  </div><!-- /block -->
140152
140153  <div id="block-block-46" class="block block-block even   grid16-1">
140154    <div class="inner clearfix">
140155          <div class="content clearfix">
140156        <script type="text/javascript">
140157  $('.mobile-nav-select').change(function() {
140158    window.location.href = $(this).val();
140159  });
140160
140161  (function(doc) {
140162    var viewport = document.getElementById('viewport');
140163    if ( navigator.userAgent.match(/iPad/i) ) {
140164      doc.getElementById("viewport").setAttribute("content", "initial-scale=0.7");
140165      $('#button-appointment').css('background',
    …   'url("/sites/all/themes/slch_theme/img/request-appointment-tier2.jpg") no-repeat
    …   scroll 0 0 transparent');
140166      $('#button-appointment').css('height','3em');
140167      $('#button-appointment').css('margin-bottom','0.5em');
140168      $('#button-appointment').css('width','186px');
140169      $('#button-directions').css('background',
    …   'url("/sites/all/themes/slch_theme/img/get-directions-tier2.jpg") no-repeat scroll 0
    …   0 transparent');
140170      $('#button-directions').css('height','3em');
140171      $('#button-directions').css('width','186px');
140172    } else {
140173      doc.getElementById("viewport").setAttribute("content","width=device-width,
    …   initial-scale=1, maximum-scale=1");
140174    }
140175  }(document));
140176  </script>     </div>
140177    </div><!-- /block-inner -->
140178  </div><!-- /block -->
```

```
140179
140180  <div id="block-block-71" class="block block-block odd   grid16-1">
140181    <div class="inner clearfix">
140182            <div class="content clearfix">
140183        <!-- start number replacer -->
140184
140185  <script type="text/javascript"><!--
140186
140187  vs_account_id       = "CA6phU1O-wRVXQCr";
140188
140189  //--></script>
140190
140191  <script type="text/javascript"
…       src="http://calls.tsunela.com/euinc/number-changer.js";>
140192
140193  </script>
140194
140195  <!-- end ad widget -->    </div>
140196    </div><!-- /block-inner -->
140197  </div><!-- /block -->
140198
140199  <div id="block-block-101" class="block block-block even  last  grid16-7">
140200    <div class="inner clearfix">
140201            <div class="content clearfix">
140202        <script type="application/ld+json">
140203  { "@context" : "http://schema.org",
140204    "@type" : "Organization",
140205    "name" : "St. Louis Children's Hospital",
140206    "logo" :
…       "http://www.stlouischildrens.org/sites/default/files/media_center/files/slchlogo.gif"
…       ,
140207    "url" : "http://www.stlouischildrens.org",
140208    "sameAs" : [ "http://www.facebook.com/stlchildrens",
140209      "http://www.twitter.com/stlchildrens",
140210      "http://plus.google.com/115247550124498564357",
140211      "http://instagram.com/stlchildrens",
140212      "http://www.youtube.com/user/ChildrensHospitalStl",
140213      "http://www.linkedin.com/company/st.-louis-children%27s-hospital"]
140214  }
140215  </script>    </div>
140216    </div><!-- /block-inner -->
140217  </div><!-- /block -->
140218
140219  <div class="menu-minipanels menu-minipanel-21001"><div class="panel-display
…       panel-1col clear-block" id="mini-panel-topnav_ourservices">
140220    <div class="panel-panel panel-col">
140221      <div>
140222
140223  <div class="panel-pane pane-custom pane-1 drop-panel-toplink" >
140224
140225
140226
140227    <div class="pane-content">
140228      <div id="services-search" class="block block-search">
140229    <div class="inner clearfix">
140230      <div class="content clearfix">
140231        <form action="/our-services"  accept-charset="UTF-8" method="get"
…       id="search-block-form" class="head-search">
140232          <label for="edit-search-block-form-1">Search</label>
140233          <input type="text" maxlength="128" name="srch" size="15" value="enter search
…       term or phrase" title="" class="form-text" onFocus="this.value='';" />
140234          <input type="submit" name="op" id="edit-submit" value="Search"
…       class="form-submit" />
140235        </form>
140236      </div>
140237    </div>
140238  </div>
140239
```

```
140240  <div id="services-quick-links">
140241    <h6>Quick Links</h6>
140242    <ul>
140243    <li><a href="/our-services#medical-services">All Medical Services
    …   &raquo;</a></li>
140244          <li><a href="/our-services#family-services"
    …   onload="javascript:changeTab('services-content', 'family-services');">Family Services
    …   &raquo;</a></li>
140245    <li><a href="/our-services#offsite-services"
    …   onload="javascript:changeTab('services-content', 'offsite-services');">Offsite
        Services &raquo;</a></li>
140246    <li><a href="/our-services/physicians">Find a Physician &raquo;</a></li>
140247    </ul>
140248  </div>
140249
140250  <div id="services-browse-a-z">
140251    <h6>Quick Links</h6>
140252    <ul>
140253    <li><a href="/our-services?initial=A">A</a></li>
140254    <li><a href="/our-services?initial=B">B</a></li>
140255    <li><a href="/our-services?initial=C">C</a></li>
140256    <li><a href="/our-services?initial=D">D</a></li>
140257    <li><a href="/our-services?initial=E">E</a></li>
140258    <li><a href="/our-services?initial=F">F</a></li>
140259    <li><a href="/our-services?initial=G">G</a></li>
140260    <li><a href="/our-services?initial=H">H</a></li>
140261    <li><a href="/our-services?initial=I">I</a></li>
140262    <li><a href="/our-services?initial=J">J</a></li>
140263    <li><a href="/our-services?initial=K">K</a></li>
140264    <li><a href="/our-services?initial=L">L</a></li>
140265    <li><a href="/our-services?initial=M">M</a></li>
140266    <li><a href="/our-services?initial=N">N</a></li>
140267    <li><a href="/our-services?initial=O">O</a></li>
140268    <li><a href="/our-services?initial=P">P</a></li>
140269    <li><a href="/our-services?initial=Q">Q</a></li>
140270    <li><a href="/our-services?initial=R">R</a></li>
140271    <li><a href="/our-services?initial=S">S</a></li>
140272    <li><a href="/our-services?initial=T">T</a></li>
140273    <li><a href="/our-services?initial=U">U</a></li>
140274    <li><a href="/our-services?initial=V">V</a></li>
140275    <li><a href="/our-services?initial=W">W</a></li>
140276    <li><a href="/our-services?initial=X">X</a></li>
140277    <li><a href="/our-services?initial=Y">Y</a></li>
140278    <li><a href="/our-services?initial=Z">Z</a></li>
140279    <li class="view-all"><a href="/our-services?initial=">View All</a></li>
140280    </ul>
140281  </div>   </div>
140282
140283
140284    </div>
140285  </div>
140286    </div>
140287  </div>
140288  </div><div class="menu-minipanels menu-minipanel-21002"><div class="panel-display
    …   panel-1col clear-block" id="mini-panel-topnav_diseasesconditions">
140289    <div class="panel-panel panel-col">
140290      <div>
140291
140292  <div class="panel-pane pane-custom pane-2" >
140293
140294
140295
140296    <div class="pane-content">
140297      <div id="disease-conditions-search" class="block block-search">
140298    <div class="inner clearfix">
140299      <div class="content clearfix">
140300        <form action="/diseases-conditions"  accept-charset="UTF-8" method="get"
    …   id="search-block-form" class="head-search">
```

```
140301        <label>Search</label><input type="text" maxlength="128" name="srch" size="15"
    …   value="enter search term or phrase" title="" class="form-text"
    …   onFocus="this.value='';" /><input type="submit" name="op" id="edit-submit"
        value="Search"  class="form-submit" />
140302          </form>
140303        </div>
140304      </div>
140305   </div>
140306
140307   <div id="disease-conditions-browse-a-z">
140308      <h6>Browse</h6>
140309      <ul>
140310        <li><a href="/diseases-conditions?initial=A">A</a></li>
140311        <li><a href="/diseases-conditions?initial=B">B</a></li>
140312        <li><a href="/diseases-conditions?initial=C">C</a></li>
140313        <li><a href="/diseases-conditions?initial=D">D</a></li>
140314        <li><a href="/diseases-conditions?initial=E">E</a></li>
140315        <li><a href="/diseases-conditions?initial=F">F</a></li>
140316        <li><a href="/diseases-conditions?initial=G">G</a></li>
140317        <li><a href="/diseases-conditions?initial=H">H</a></li>
140318        <li><a href="/diseases-conditions?initial=I">I</a></li>
140319        <li><a href="/diseases-conditions?initial=J">J</a></li>
140320        <li><a href="/diseases-conditions?initial=K">K</a></li>
140321        <li><a href="/diseases-conditions?initial=L">L</a></li>
140322        <li><a href="/diseases-conditions?initial=M">M</a></li>
140323        <li><a href="/diseases-conditions?initial=N">N</a></li>
140324        <li><a href="/diseases-conditions?initial=O">O</a></li>
140325        <li><a href="/diseases-conditions?initial=P">P</a></li>
140326        <li><a href="/diseases-conditions?initial=Q">Q</a></li>
140327        <li><a href="/diseases-conditions?initial=R">R</a></li>
140328        <li><a href="/diseases-conditions?initial=S">S</a></li>
140329        <li><a href="/diseases-conditions?initial=T">T</a></li>
140330        <li><a href="/diseases-conditions?initial=U">U</a></li>
140331        <li><a href="/diseases-conditions?initial=V">V</a></li>
140332        <li><a href="/diseases-conditions?initial=W">W</a></li>
140333        <li><a href="/diseases-conditions?initial=X">X</a></li>
140334        <li><a href="/diseases-conditions?initial=Y">Y</a></li>
140335        <li><a href="/diseases-conditions?initial=Z">Z</a></li>
140336        <li class="last view-all"><a href="/diseases-conditions?initial=">View
    …   All</a></li>
140337      </ul>
140338   </div>   </div>
140339
140340
140341      </div>
140342   </div>
140343      </div>
140344   </div>
140345   </div><div class="menu-minipanels menu-minipanel-21003"><div class="panel-display
    …   panel-1col clear-block" id="mini-panel-topnav_patientsfamilies">
140346      <div class="panel-panel panel-col">
140347        <div>
140348
140349   <div class="panel-pane pane-custom pane-3 drop-panel-toplink" >
140350
140351
140352
140353      <div class="pane-content">
140354          <div id="patients-families-information-1">
140355   <h6>Information</h6>
140356   <ul>
140357   <li><a href="/patients-families/inpatient-visit">Inpatient Visit &raquo;</a></li>
140358   <li><a href="/patients-families/outpatient-visit">Outpatient Visit &raquo;</a></li>
140359   <li><a href="/patients-families/same-day-surgery">Same Day Surgery &raquo;</a></li>
140360   <li><a href="/patients-families/patient-rights">Patient Rights &raquo;</a></li>
140361   <li><a href="/patients-families/international-patients">International Patients
    …   &raquo;</a></li>
140362   <li><a href="/patients-families/billinginsurance-services">Billing/Insurance Services
```

```
140362… &raquo;</a></li>
140363 </ul>
140364 </div>
140365 <div id="patients-families-information-2">
140366 <ul>
140367 <li><a href="/patients-families/medical-records">Medical Records &raquo;</a></li>
140368 <li><a href="/patients-families/hospital-services">Hospital Services &raquo;</a></li>
140369 <li><a href="/patients-families/visiting">Visiting &raquo;</a></li>
140370 <li><a href="/patients-families/myhealthfolders">myHealthFolders &raquo;</a></li>
140371 <li><a href="/patients-families/caringbridge">CaringBridge &raquo;</a></li>
140372 <li><a href="/patients-families/just-kids">Just for Kids &raquo;</a></li>
140373 </ul>
140374 </div>
140375 <div id="patients-families-maps">
140376 <h6>Maps &amp; Directions</h6>
140377 <ul>
140378 <li><a href="/patients-families/hospital-maps">Hospital Maps &raquo;</a></li>
140379 <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
140380 <li><a href="/get-directions">Directions &raquo;</a></li>
140381 <li><a href="/get-directions"><img
     … src="/sites/all/themes/slch_theme/img/map-thumb-patients-families.jpg" alt="Maps
     … &amp; Directions" /></a></li>
140382 </ul>
140383 </div>
140384   </div>
140385
140386
140387   </div>
140388 </div>
140389   </div>
140390
140391 </div><div class="menu-minipanels menu-minipanel-21011"><div class="panel-display
     … panel-1col clear-block" id="mini-panel-topnav_healthresources">
140392   <div class="panel-panel panel-col">
140393     <div>
140394
140395 <div class="panel-pane pane-custom pane-4" >
140396
140397
140398
140399   <div class="pane-content">
140400     <div id="health-resources-1">
140401   <ul class="health-resource-bg">
140402 <li><a href="/health-resources/health-info" id="health-info">Access to our health
     … library, medical animations, health tip videos and more!</a></li>
140403   </ul>
140404 </div>
140405 <div id="health-resources-2">
140406   <h6>Additional Resources</h6>
140407   <ul>
140408     <li><a href="/classes-events">Classes &amp; Events &raquo;</a></li>
140409     <li><a href="/health-resources/family-resource-center">Family Resource Center
     … &raquo;</a></li>
140410     <li><a href="/health-resources/advocacy-outreach">Advocacy &amp; Outreach
     … &raquo;</a></li>
140411     <li><a href="/resources/community-education">Community Education &raquo;</a></li>
140412     <li><a href="/health-resources/support-groups">Support Groups &raquo;</a></li>
140413     <li><a href="/health-resources/answer-line-454kids">Answer Line (454.KIDS)
     … &raquo;</a></li>
140414     <li><a href="/our-services/psychology-services/teen-helpline-454teen">Teen
     … Helpline (454.TEEN) &raquo;</a></li>
140415     <li><a href="/health-resources/permission-treat">Permission to Treat
     … &raquo;</a></li>
140416   </ul>
140417 </div>  </div>
140418
140419
140420   </div>
```

```
140421  </div>
140422      </div>
140423  </div>
140424  </div><div class="menu-minipanels menu-minipanel-21012"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_healthcare_professionals">
140425    <div class="panel-panel panel-col">
140426      <div>
140427
140428  <div class="panel-pane pane-custom pane-5 drop-panel-toplink" >
140429
140430
140431
140432    <div class="pane-content">
140433      <div id="health-care-professionals-1">
140434    <h6>For Health Professionals</h6>
140435    <ul>
140436      <li><a href="/health-care-professionals/physicians">For Physicians
...     &raquo;</a></li>
140437      <li><a href="/health-care-professionals/nurses">For Nurses &raquo;</a></li>
140438      <li><a href="/health-care-professionals/education">Education &raquo;</a></li>
140439      <li><a href="/health-care-professionals/research">Research &raquo;</a></li>
140440      <li><a href="/health-care-professionals/publications">Publications
...     &raquo;</a></li>
140441      <li><a
...     href="/health-care-professionals/physicians/childrens-direct-access-line">Children's
...     Direct &raquo;</a></li>
140442      <li><a href="/health-care-professionals/resources">Clinical Resources
...     &raquo;</a></li>
140443      <li><a href="http://slchlabtestguide.bjc.org/Default.aspx">Clinical Laboratories
...     &raquo;</a></li>
140444    </ul>
140445  </div>
140446  <div id="health-care-professionals-2">
140447    <ul>
140448      <li><a href="/our-services/physicians">Browse/Search the Directory
...     &raquo;</a></li>
140449      <li><a href="#"><img src="/sites/default/files/images/doctor.jpg" alt=""
...     /></a></li>
140450    </ul>
140451  </div>  </div>
140452
140453
140454      </div>
140455  </div>
140456      </div>
140457  </div>
140458  </div><div class="menu-minipanels menu-minipanel-21013"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_waystogive">
140459    <div class="panel-panel panel-col">
140460      <div>
140461
140462  <div class="panel-pane pane-custom pane-6 drop-panel-toplink" >
140463
140464
140465
140466    <div class="pane-content">
140467        <div id="ways-give-1">
140468  <h6>Support St. Louis Children's Hospital</h6>
140469  <ul>
140470  <li><a href="/ways-give/giving-opportunities">Donate &raquo;</a></li>
140471  <li><a href="/ways-give/how-your-gift-helps">How Your Gift Helps &raquo;</a></li>
140472  <li><a href="/ways-give/events-and-promotions">Events &amp; Promotions
...     &raquo;</a></li>
140473  <li><a href="/ways-give/friends-young-friends">Friends &amp; Young Friends
...     &raquo;</a></li>
140474  <li><a href="/ways-give/publications">Publications &raquo;</a></li>
140475  <li><a href="/about-us/childrens-discovery-institute">Children's Discovery Institute
...     &raquo;</a></li>
```

```
140476   <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
...      &raquo;</a></li>
140477   <li><a href="/ways-give/volunteering">Volunteering &raquo;</a></li>
140478   </ul>
140479   </div>
140480   <div id="ways-give-2">
140481     <img src="/sites/all/themes/slch_theme/img/young-patient.jpg" alt="Ways to Give -
...      Young Patient" />
140482   </div>
140483     </div>
140484
140485
140486     </div>
140487   </div>
140488     </div>
140489   </div>
140490   </div><div class="menu-minipanels menu-minipanel-21014"><div class="panel-display
...      panel-1col clear-block" id="mini-panel-topnav_aboutus">
140491     <div class="panel-panel panel-col">
140492       <div>
140493
140494   <div class="panel-pane pane-custom pane-7" >
140495
140496
140497
140498     <div class="pane-content">
140499       <h6>About St. Louis Children's Hospital</h6>
140500   <div id="about-us-1">
140501     <ul>
140502       <li><a href="/about-us">About Us &raquo;</a></li>
140503       <li><a href="/about-us/mission-values">Mission &amp; Values &raquo;</a></li>
140504       <li><a href="/about-us/history">History &raquo;</a></li>
140505       <li><a href="/employment">Employment &raquo;</a></li>
140506       <li><a href="/form/about-us/contact-us">Contact Us &raquo;</a></li>
140507     </ul>
140508   </div>
140509   <div id="about-us-2">
140510     <ul>
140511       <li><a href="/about-us/meet-our-patients">Meet Our Patients &raquo;</a></li>
140512       <li><a href="/about-us/childrens-discovery-institute">Children's Discovery
...      Institute &raquo;</a></li>
140513       <li><a href="/about-us/quality-reports">Quality Reports &raquo;</a></li>
140514       <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
140515       <li><a href="/media-center">Media Center &raquo;</a></li>
140516       <li><a href="/community-health-needs-assessment">Community Health Needs
...      Assessment &raquo;</a></li>
140517     </ul>
140518   </div>
140519   <img src="/sites/all/themes/slch_theme/img/thumb-aboutus.jpg" alt="" />  </div>
140520
140521
140522     </div>
140523   </div>
140524     </div>
140525   </div>
140526   </div></div><!-- /footer-inner -->
140527   </div><!-- /footer -->
140528   </div><!-- /footer-wrapper -->
140529
140530       <!-- footer-message row: width = grid_width -->
140531       <div id="footer-message-wrapper" class="footer-message-wrapper full-width">
140532         <div id="footer-message" class="footer-message row grid16-16">
140533           <div id="footer-message-inner" class="footer-message-inner inner clearfix">
140534             </div><!-- /footer-message-inner -->
140535         </div><!-- /footer-message -->
140536       </div><!-- /footer-message-wrapper -->
140537
140538       </div><!-- /page-inner -->
```

```
140539    </div>   </page>
140540        <script type="text/javascript">
140541  var fby = fby || [];
140542  fby.push(['showTab', {id: '5074', position: 'right', color: '#825FDA'}]);
140543  (function () {
140544      var f = document.createElement('script'); f.type = 'text/javascript'; f.async =
140545  true;
          f.src = '//cdn.feedbackify.com/f.js';
140546      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(f,
     ... s);
140547  })();
140548  </script><script
     ... type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net
     ... ","licenseKey":"70f4967c33","applicationID":"1885865","transactionName":"
     ... NgcENRZUXhcFAkFaXA9NMxMNGlkKAARNHUMJEg==","queueTime":0,"applicationTime":77,"atts":"
     ... GkAHQ15OTRk=","errorBeacon":"bam.nr-data.net","agent":""}</script></body>
140549  </html>
140550
140551  **************************************************
140552  The following data is from stlouischildrens_org-mathtag-20160625.txt
140553  **************************************************
140554  (function(){
140555  /**/
140556
140557  })();
140558  (function(){
140559  //used to sync advertiser without leaking referer to final destination
140560        var frm = document.createElement('iframe');
140561        frm.style.visibility = 'hidden';
140562        frm.style.display = 'none';
140563        frm.src =
     ... "http://pixel.mathtag.com/sync/iframe?mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=&mt_uuid=
     ... 9aa15796-58ca-4500-9f4c-e45da4787be8&no_iframe=1";
140564        frm.setAttribute("id", "mm_sync_back_ground");
140565        var trys = 0;
140566        var interval = setInterval(function(){
140567              if (trys++ < 20 && interval &&
     ... !document.getElementById("mm_sync_back_ground"))
140568            if (document.body) {
140569                if (interval) {
140570                clearInterval(interval);
140571                interval = 0;
140572                 }
140573                document.body.appendChild(frm);
140574            }
140575        }, 100);
140576
140577  })();
140578  **************************************************
140579  The following data is from stlouischildrens_org-pixel_mathtag_com-20160728.txt
140580  **************************************************
140581  (function(){
140582  /**/
140583
140584  })();
140585  (function(){
140586  //used to sync advertiser without leaking referer to final destination
140587        var frm = document.createElement('iframe');
140588        frm.style.visibility = 'hidden';
140589        frm.style.display = 'none';
140590        frm.src =
     ... "http://pixel.mathtag.com/sync/iframe?mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=&mt_uuid=
     ... 4ca5579a-3ffb-4b00-b744-905fb8c182cc&no_iframe=1";
140591        frm.setAttribute("id", "mm_sync_back_ground");
140592        var trys = 0;
140593        var interval = setInterval(function(){
140594              if (trys++ < 20 && interval &&
     ... !document.getElementById("mm_sync_back_ground"))
```

```
140595                if (document.body) {
140596                  if (interval) {
140597                    clearInterval(interval);
140598                    interval = 0;
140599                  }
140600                  document.body.appendChild(frm);
140601                }
140602            }, 100);
140603
140604  })();
140605  **************************************************
140606  The following data is from stlouischildrens_org-pixel_mathtag_com-iframe-20160728.txt
140607  **************************************************
140608  <html><body>
140609  <script type="text/javascript">
140610  /**/
140611  (function(){
140612  var sync_4815162342 = function()
140613  {
140614  this.urls = [
140615  [0, "http://pixel.mathtag.com/misc/img?mop_seq=0:41&mt_cb=774390&mop_top="],
140616  [9,
      "http://pixel.rubiconproject.com/tap.php?v=4222&nid=1512&put=4ca5579a-3ffb-4b00-b744-
      905fb8c182cc"],
140617  [0,
      "http://pixel.mathtag.com/misc/img?mop_seq=1:41&mt_cb=537518&mop_top=9:1469727183|"],
140618  [4,
      "http://cm.g.doubleclick.net/pixel?google_nid=mediamath&google_cm&google_hm=
      TKVXmj_7SwC3RJBfuMGCzA"],
140619  [0,
      "http://pixel.mathtag.com/misc/img?mop_seq=2:41&mt_cb=667946&mop_top=9:1469727183|4:
      1469727183|"],
140620  [13,
      "http://ib.adnxs.com/getuid?https://sync.mathtag.com/sync/img?mt_exid=13&mt_mminit=1&
      mt_exuid=$UID"],
140621  [16,
      "http://ad.360yield.com/match?publisher_dsp_id=5&external_user_id=4ca5579a-3ffb-4b00-
      b744-905fb8c182cc"],
140622  [3,
      "http://image2.pubmatic.com/AdServer/Pug?vcode=bz0yJnR5cGU9MSZjb2RlPTM2MiZ0bD00MzIwMA
      ==&piggybackCookie=uid:4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140623  [5,
      "http://eu-u.openx.net/w/1.0/sd?id=536872786&val=4ca5579a-3ffb-4b00-b744-905fb8c182cc
      "],
140624  [15,
      "http://dsum.casalemedia.com/rum?cm_dsp_id=3&external_user_id=4ca5579a-3ffb-4b00-b744
      -905fb8c182cc"],
140625  [21,
      "http://ums.adtechus.com/mapuser?providerid=1005;userid=4ca5579a-3ffb-4b00-b744-
      905fb8c182cc"],
140626  [37,
      "http://atemda.com/UserMatch.ashx?bidderid=43&bidderuid=4ca5579a-3ffb-4b00-b744-
      905fb8c182cc"],
140627  [46,
      "http://x.bidswitch.net/sync?dsp_id=80&user_id=4ca5579a-3ffb-4b00-b744-905fb8c182cc&
      expires=30"],
140628  [0,
      "http://pixel.mathtag.com/misc/img?mop_seq=10:41&mt_cb=378114&mop_top=9:1469727183|4:
      1469727183|13:1469727183|16:1469727183|3:1469727183|5:1469727183|15:1469727183|21:
      1469727183|37:1469727183|46:1469727183|"],
140629  [23,
      "http://www.facebook.com/fr/u.php?p=418865601488577&m=4ca5579a-3ffb-4b00-b744-
      905fb8c182cc"],
140630  [11,
      "http://bh.contextweb.com/bh/rtset?do=add&pid=530739&ev=4ca5579a-3ffb-4b00-b744-
      905fb8c182cc"],
140631  [20,
      "http://dis.criteo.com/pump/match.aspx?c=2&uid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"]
```

140631… ,
140632… [42,
    …  "http://sync.go.sonobi.com/us.gif?nw=mediamath&nuid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc"],
140633… [34,
    …  "http://t4.liverail.com/?metric=csync&p=3061&s=4ca5579a-3ffb-4b00-b744-905fb8c182cc"]
    …  ,
140634… [10002, "http://tags.bluekai.com/site/2948?id=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140635… [10010, "http://tags.bluekai.com/site/4448?id=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140636… [10,
    …  "http://ads.yahoo.com/pixel?id=2172018&t=2&piggyback=http%3A%2F%2Fads.yahoo.com%2Fcms
    …  %2Fvl%3Fesig%3D1~444de053567fa80a3054a1981c8febcf1176dd9d%26nwid%3D10000355603%26sigv
    …  %3D1"],
140637… [44,
    …  "http://ads.stickyadstv.com/user-registering?dataProviderId=183&userId=4ca5579a-3ffb-
    …  4b00-b744-905fb8c182cc"],
140638… [29,
    …  "http://delivery.swid.switchads.com/adserver/info.php?action=STORE&info=MMTH:4ca5579a
    …  -3ffb-4b00-b744-905fb8c182cc"],
140639… [0,
    …  "http://pixel.mathtag.com/misc/img?mop_seq=20:41&mt_cb=178558&mop_top=9:1469727183|4:
    …  1469727183|13:1469727183|16:1469727183|3:1469727183|5:1469727183|15:1469727183|21:
    …  1469727183|37:1469727183|46:1469727183|23:1469727183|11:1469727183|20:1469727183|42:
    …  1469727183|34:1469727183|10002:1469727183|10010:1469727183|10:1469727183|44:
    …  1469727183|29:1469727183"],
140640… [17, "http://ce.lijit.com/merge?pid=3&3pid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140641… [39,
    …  "http://rtb-csync.smartadserver.com/redir/?partnerid=25&partneruserid=4ca5579a-3ffb-
    …  4b00-b744-905fb8c182cc"],
140642… [25,
    …  "http://sync.1rx.io/usersync/mediamathtest/4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140643… [32, "http://pix.btrll.com/partner/353806.png"],
140644… [30,
    …  "http://sync.search.spotxchange.com/partner?adv_id=6653&uid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc"],
140645… [10008,
    …  "http://loadm.exelator.com/load/?p=204&g=101&buid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc&j=0"],
140646… [31,
    …  "http://sync.adap.tv/sync?type=gif&key=mediamathinc&uid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc"],
140647… [26,
    …  "http://ih.adscale.de/adscale-ih/tpui?tpid=39&tpuid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc&cburl=http%3A%2F%2Fcotads.adscale.de%2Fads%2Fpixel%2F1by1.png"],
140648… [50,
    …  "http://ad.sxp.smartclip.net/sync?type=host&dsp=40&dspuuid=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc"],
140649… [10041,
    …  "http://uip.semasio.net/mediamath/1/info?sType=sync&sExtCookieId=4ca5579a-3ffb-4b00-
    …  b744-905fb8c182cc&sInitiator=external"],
140650… [0,
    …  "http://pixel.mathtag.com/misc/img?mop_seq=30:41&mt_cb=373054&mop_top=9:1469727183|4:
    …  1469727183|13:1469727183|16:1469727183|3:1469727183|5:1469727183|15:1469727183|21:
    …  1469727183|37:1469727183|46:1469727183|23:1469727183|11:1469727183|20:1469727183|42:
    …  1469727183|34:1469727183|10002:1469727183|10010:1469727183|10:1469727183|44:
    …  1469727183|29:1469727183|17:1469727183|39:1469727183|25:1469727183|32:1469727183|30:
    …  1469727183|10008:1469727183|31:1469727183|26:1469727183|50:1469727183|10041:
    …  1469727183"],
140651… [45,
    …  "http://cs.gssprt.jp/yie/ld/cs?dspid=tone&uid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140652… [10025,
    …  "http://su.addthis.com/red/usync?pid=11112&puid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"
    …  ],
140653… [10009,
    …  "http://adadvisor.net/adscores/g.pixel?sid=9211132948&_mt=4ca5579a-3ffb-4b00-b744-
    …  905fb8c182cc"],
140654… [10013,
    …  "http://d.agkn.com/pixel/2184/?sync=615&che=8683228953&uuid=4ca5579a-3ffb-4b00-b744-

```
140654…   905fb8c182cc"],
140655   [40,
…      "http://cs.adingo.jp/sync/?from=mediamath&id=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140656   [10011,
…      "http://e.nexac.com/e/media_math_sync.xgi?na_exid=4ca5579a-3ffb-4b00-b744-
…      905fb8c182cc"],
140657   [38, "http://s.kau.li/?did=21&uid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140658   [10031,
…      "http://beacon.krxd.net/usermatch.gif?partner=mediamath&_kpid=8dd53e69-ae3f-4829-
…      8f12-05cc5b57b288&mmuuid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"],
140659   [10042,
…      "http://global.ib-ibi.com/image.sbxx?go=247256&pid=310&xid=4ca5579a-3ffb-4b00-b744-
…      905fb8c182cc"],
140660   [10017,
…      "http://idsync.rlcdn.com/361087.gif?partner_uid=4ca5579a-3ffb-4b00-b744-905fb8c182cc"
…      ],
140661   [0,
…      "http://pixel.mathtag.com/misc/img?mop_seq=40:41&mt_cb=934144&mop_top=9:1469727183|4:
…      1469727183|13:1469727183|16:1469727183|5:1469727183|15:1469727183|21:
…      1469727183|37:1469727183|46:1469727183|23:1469727183|11:1469727183|20:1469727183|42:
…      1469727183|34:1469727183|10002:1469727183|10010:1469727183|10:1469727183|44:
…      1469727183|29:1469727183|17:1469727183|39:1469727183|25:1469727183|32:1469727183|30:
…      1469727183|10008:1469727183|31:1469727183|26:1469727183|50:1469727183|10041:
…      1469727183|45:1469727183|10025:1469727183|10009:1469727183|10013:1469727183|40:
…      1469727183|10011:1469727183|38:1469727183|10031:1469727183|10042:1469727183|10017:
…      1469727183|"],
140662   [10074, "http://cm.g.doubleclick.net/pixel?google_nid=mediamath_dmp&google_cm"],
140663   [0,
…      "http://pixel.mathtag.com/misc/img?mop_seq=41:41&mt_cb=195904&check=4ca5579a-3ffb-
…      4b00-b744-905fb8c182cc&mop_top=9:1469727183|4:1469727183|13:1469727183|16:1469727183|
…      3:1469727183|5:1469727183|15:1469727183|21:1469727183|37:1469727183|46:1469727183|23:
…      1469727183|11:1469727183|20:1469727183|42:1469727183|34:1469727183|10002:1469727183|
…      10010:1469727183|10:1469727183|44:1469727183|29:1469727183|17:1469727183|39:
…      1469727183|25:1469727183|32:1469727183|30:1469727183|10008:1469727183|31:1469727183|
…      26:1469727183|50:1469727183|10041:1469727183|45:1469727183|10025:1469727183|10009:
…      1469727183|10013:1469727183|40:1469727183|10011:1469727183|38:1469727183|10031:
…      1469727183|10042:1469727183|10017:1469727183|10074:1469727183|"]
140664   ]
140665      this.progress = 0;
140666      var self = this;
140667      var tims = "";
140668      var errs = "";
140669      this.sync = function(i)
140670      {
140671         var e = document.createElement("img");
140672         var now = new Date();
140673         if (e.addEventListener)
140674         {
140675         e.addEventListener('load', function() {
140676            var temp = new Date().getTime() - now.getTime(); tims +=
…      self.urls[i][0]+':'+temp+"|";
140677         });
140678         e.addEventListener('error', function() {
140679            var temp = new Date().getTime() - now.getTime(); errs +=
…      self.urls[i][0]+':'+temp+"|";
140680         });
140681         }
140682         e.src = self.urls[i][1];
140683      }
140684      this.batch = function()
140685      {
140686         for (var i = self.progress; i < self.urls.length; ++i)
140687         {
140688         self.sync(i);
140689         }
140690      }
140691      this.final = function()
140692      {
```

Page 4472

```
140693        var e = document.createElement("img");
140694        e.src =
…     self.urls[self.urls.length-1][1]+"&final&timings="+tims+"&errors="+errs;
140695      }
140696      this.some = function(howmany)
140697      {
140698        var count = 0;
140699        for (var i = self.progress; i < self.urls.length && count < howmany; ++i)
140700        {
140701          self.sync(i);
140702        self.progress++;
140703          count++;
140704        }
140705      }
140706 }
140707 var s_4815162342 = new sync_4815162342();
140708 s_4815162342.some(1);
140709 setTimeout(function(){s_4815162342.some(2);}, 1000);
140710 setTimeout(s_4815162342.batch, 3000);
140711 setTimeout(s_4815162342.final, 10000);
140712
140713 })();
140714
140715 </script>
140716
140717 </body></html>
140718 **************************************************
140719 The following data is from stlouischildrens_org-source-20160625.txt
140720 **************************************************
140721 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
…     "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
140722
140723 <html xmlns="http://www.w3.org/1999/xhtml"
…     xmlns:og="http://opengraphprotocol.org/schema/" lang="en" xml:lang="en">
140724
140725
140726
140727 <head>
140728 <meta http-equiv="Content-Type" content="text/html; charset=utf-8" /><script
…     type="text/javascript">window.NREUM||(NREUM={}),__nr_require=function(e,n,t){function
…     r(t){if(!n[t]){var o=n[t]={exports:{}};e[t][0].call(o.exports,function(n){var
…     o=e[t][1][n];return r(o||n)},o,o.exports)}return n[t].exports}if("function"==typeof
…     __nr_require)return __nr_require;for(var o=0;o<t.length;o++)r(t[o]);return
…     r}({1:[function(e,n,t){function r(e,n){return function(){o(e,[(new
…     Date).getTime()].concat(a(arguments)),null,n)}}var
…     o=e("handle"),i=e(2),a=e(3);"undefined"==typeof window.newrelic&&(newrelic=NREUM);var
…     c=["setPageViewName","setCustomAttribute","finished","addToTrace","inlineHit","u=["
…     addPageAction],f="api-";i(c,function(e,n){newrelic[n]=r(f+n,"api")}),i(u,function(e,
…     n){newrelic[n]=r(f+n)}),n.exports=newrelic,newrelic.noticeError=function(e){"string"=
…     =typeof e&&(e=new Error(e)),o("err",[e,(new
…     Date).getTime()])}},{}],2:[function(e,n,t){function r(e,n){function r(e,n){var t=[],r="",i=0;for(r in
…     e)o.call(e,r)&&(t[i]=n(r,e[r]),i+=1);return t}var
…     o=Object.prototype.hasOwnProperty;n.exports=r},{}],3:[function(e,n,t){function
…     r(e,n,t){for(var i=0,o=e.length;i<o;i++)t[i]=n[i]}function a(e,n){var
…     r=-1,o=t-n||0,i=Array(0>o?0:o);++r<o;)i[r]=e[n+r];return
…     i}n.exports=r},{}],ee:[function(e,n,t){function r(){function o(e){function
…     n(e){return e&&e instanceof r?e:e?c(e,a,i):i()}function t(t,r,o){e&&e(t,r,o);for(var
…     i=n(o),a=l(t),c=a.length,u=0;c>u;u++)a[u].apply(i,r);var s=f[m[t]];return
…     s&&s.push([w,t,r,i]),i}function p(e,n){g[e]=l(e).concat(n)}function l(e){return
…     g[e]||[]}function d(e){return s[e]=s[e]||o(t)}function
…     v(e,n){u(e,function(e,t){n=n||"feature",m[t]=n,n in f||(f[n]=[])})}var
…     g={},m={},w={on:p,emit:t,get:d,listeners:l,context:n,buffer:v};return w}function
…     i(){return new r}var
…     a="nr@context",c=e("gos"),u=e(2),f={},s={},p=n.exports=o();p.backlog=f,{}],gos:[
…     function(e,n,t){function r(e,n,t){if(o.call(e,n))return e[n];var
…     r=t();if(Object.defineProperty&&Object.keys)try{return
…     Object.defineProperty(e,n,{value:r,writable:!0,enumerable:!1}),r}catch(i){}return
…     e[n]=r,r}var
```

Page 4473

140728 o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(e,n,t){function r(e,n,t,r){o.buffer([e],r),o.emit(e,n,t)}var
o=e("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(e,n,t){function r(e){var n=typeof
e;return!e||"object"!==n&&"function"!==n?-1:e===window?0:a(e,i,function(){return o++})}var o=1,i="nr@id",a=e("gos");n.exports=r},{}],loader:[function(e,n,t){function r(){if(!b++){var
e=y.info=NREUM.info,n=s.getElementsByTagName("script")[0];if(e&&e.licenseKey&&e.applicationID&&n){u(m,function(n,t){e[n]||(e[n]=t)});var
t="https"===g.split(":")[0]||e.sslForHttp;y.proto=t?"https://":"http://",c("mark",["onload",a()],null,"api");var
r=s.createElement("script");r.src=y.proto+e.agent,n.parentNode.insertBefore(r,n)}}}
function o(){"complete"===s.readyState&&i()}function
i(){c("mark",["domContent",a()],null,"api")}function a(){return(new
Date).getTime()}var
c=e("handle"),u=e(2),f=window,s=f.document,p="addEventListener",l="attachEvent",d=f.XMLHttpRequest,v=d&&d.prototype;NREUM.o={ST:setTimeout,CT:clearTimeout,XHR:d,REQ:f.Request,EV:f.Event,PR:f.Promise,MO:f.MutationObserver},e(1);var
g=""+location,m={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-agent.newrelic.com/nr-952.min.js"},w=d&&v&&v[p]&&!/CriOS/.test(navigator.userAgent),y=n.exports=offset:a(),origin:g,features:{},xhrWrappable:w};s[p]?(s[p]("DOMContentLoaded",i,!1),f[p]("load",r,!1)):(s[l]("onreadystatechange",o),f[l]("onload",r)),c("mark",["firstbyte",a()],null,"api");var b=0},{}]},{},["loader"]);</script>

140729

140730    &lt;title&gt; St. Louis Children&#039;s Hospital Official Web Site | St. Louis Children&#039;s Hospital&lt;/title&gt;

140731

140732    &lt;meta http-equiv="Content-Type" content="text/html; charset=utf-8" /&gt;
140733 &lt;link rel="canonical" href="http://www.stlouischildrens.org/" /&gt;
140734 &lt;meta name="revisit-after" content="1 day" /&gt;
140735    &lt;meta name="description" content="St. Louis Children's Hospital is one of the best children's hospitals in the country and the top children's hospital in Missouri. Find information on pediatricians, child health issues, child health care and more." /&gt;
140736 &lt;meta name="keywords" content="hospital, pediatric, childrens hospital, pediatric st louis, medicine, st louis child hospital, st louis childrens hospital, child hospital, pediatrics, metropolitan pediatrics, pediatric doctor, hospital for sick child, pediatric clinic, childrens hospital st louis mo, children's hospital, st. louis childrens hospital, saint louis children's hospital, primary childrens hospital, st louis hospital, child specialized hospital, pediatric physician, pediatric specialty hospital, pediatric medicine" /&gt;
140737 &lt;meta name="verify-v1" content="hk+vdT9+EQ7+Aapicvu6Z5TIxY/p3Mtgq+uS5h2Uefw=" /&gt;
140738 &lt;meta name="google-site-verification" content="oEqZrMNcQfOupZdQcd32S7AfsXzLbXosPJu4t2oiJ-A" /&gt;
140739 &lt;meta name="y_key" content="e4d7c417c81bde45" /&gt;
140740 &lt;meta name="msvalidate.01" content="0CFF0E0FF05255C355CA207DF926405F" /&gt;&lt;meta id="viewport" name="viewport"&gt; &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/default/files/ctools/css/94354a96679a568437383cae7b3ed8ba.css?G" /&gt;
140741 &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/default/files/css/css_4c4206d0c42ead3002977e02e419deb0.css" /&gt;
140742    &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/all/themes/fusion/fusion_core/css/grid16-960.css?G"/&gt;
140743    &lt;!--[if IE 8]&gt;
140744
140745    &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/all/themes/fusion/fusion_core/css/ie8-fixes.css?G" /&gt;
140746    &lt;![endif]--&gt;
140747
140748    &lt;!--[if IE 7]&gt;
140749
140750    &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/all/themes/fusion/fusion_core/css/ie7-fixes.css?G" /&gt;
140751 &lt;link type="text/css" rel="stylesheet" media="all" href="/sites/all/themes/slch_theme/css/ie7-fixes.css?G" /&gt;
140752    &lt;![endif]--&gt;
140753
140754    &lt;!--[if lte IE 6]&gt;
140755
140756    &lt;link type="text/css" rel="stylesheet" media="all"

```
140756    href="/sites/all/themes/fusion/fusion_core/css/ie6-fixes.css?G"/>
140757    <link type="text/css" rel="stylesheet" media="all"
          href="/sites/all/themes/slch_theme/css/ie6-fixes.css?G"/>
140758      <![endif]-->
140759
140760      <script type="text/javascript"
          src="/sites/default/files/js/js_98358e3d77a8b46fd925732c4bd77385.js"></script>
140761    <script type="text/javascript">
140762    <!--//--><![CDATA[//><!--
140763    jQuery.extend(Drupal.settings, { "basePath": "/", "lightbox2": { "rtl": "0",
          "file_path": "/(\\w\\w)/sites/default/files", "default_image":
          "/modules/acquia/lightbox2/images/brokenimage.jpg", "border_size": 10, "font_color":
          "000", "box_color": "fff", "top_position": "", "overlay_opacity": "0.8",
          "overlay_color": "000", "disable_close_click": 0, "resize_sequence": 0,
          "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
          1, "disable_resize": 1, "disable_zoom": 0, "force_show_nav": 0, "show_caption": 1,
          "loop_items": 0, "node_link_text": "View Image Details", "node_link_target": 0,
          "image_count": "Image !current of !total", "video_count": "Video !current of !total",
          "page_count": "Page !current of !total", "lite_press_x_close": "press \x3ca
          href=\"#\" onclick=\"hideLightbox(); return
          FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to close", "download_link_text": "",
          "enable_login": false, "enable_contact": false, "keys_close": "c x 27",
          "keys_previous": "p 37", "keys_next": "n 39", "keys_zoom": "z", "keys_play_pause":
          "32", "display_image_size": "original", "image_node_sizes": "()",
          "trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
          "trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
          "trigger_lightframe_group_classes": "", "custom_class_handler": 0,
          "custom_trigger_classes": "", "disable_for_gallery_lists": 1,
          "disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
          "slideshow_interval": 5000, "slideshow_automatic_start": true,
          "slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
          false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": 660,
          "iframe_height": 377, "iframe_border": 0, "enable_video": 0 }, "menuMinipanels": {
          "panels": { "panel_21001": { "position": { "target": "false", "target_custom": "",
          "type": "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } },
          "show": { "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade",
          "length": "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade",
          "length": "125" } }, "style": { "name": "dark", "width": { "min": "540", "max": "540"
          }, "border": { "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21001"
          }, "panel_21002": { "position": { "target": "false", "target_custom": "", "type":
          "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
          "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
          "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "250" }
          }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
          "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21002" },
          "panel_21003": { "position": { "target": "false", "target_custom": "", "type":
          "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
          "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
          "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
          }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
          "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21003" },
          "panel_21011": { "position": { "target": "false", "target_custom": "", "type":
          "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
          "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
          "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
          }, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
          "width": "540", "color": "#ffffff", "radius": "0" } }, "mlid": "21011" },
          "panel_21012": { "position": { "target": "false", "target_custom": "", "type":
          "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
          "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
          "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
          }, "style": { "name": "dark", "width": { "min": "446", "max": "446" }, "border": {
          "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21012" },
          "panel_21013": { "position": { "target": "false", "target_custom": "", "type":
          "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
          "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
          "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
          }, "style": { "name": "dark", "width": { "min": "376", "max": "376" }, "border": {
```

```
140763  "width": "0", "color": "#ffffff", "radius": "0" } }, "mlid": "21013" },
    "panel_21014": { "position": { "target": "false", "target_custom": "", "type":
    "absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
    "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
    "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
    }, "style": { "name": "light", "width": { "min": "492", "max": "492" }, "border": {
    "width": "0", "color": "#ffffff", "radius": "0" } }, "mlid": "21014" } } },
    "googleAnalyticsETSettings": { "selectors": [ { "event": "mousedown", "selector":
    ".node-type-physician li.video-bio a", "category": "Physician Profile Tabs",
    "action": "click", "label": "Video tab", "value": 0, "noninteraction": true }, {
    "event": "mousedown", "selector": ".node-type-physician li.education-certs a",
    "category": "Physician Profile Tabs", "action": "click", "label": "Education tab",
    "value": 0, "noninteraction": true }, { "event": "mousedown", "selector":
    ".node-type-physician li.publications a", "category": "Physician Profile Tabs",
    "action": "click", "label": "Publications tab", "value": 0, "noninteraction": true },
    { "event": "mousedown", "selector": ".node-type-physician li.insurance-info a",
    "category": "Physician Profile Tabs", "action": "click", "label": "Insurance tab",
    "value": 0, "noninteraction": true } ] }, "extlink": { "extTarget": "_blank",
    "extClass": 0, "extSubdomains": 1, "extExclude": "", "extInclude": "",
    "extCssExclude": "", "extCssExplicit": "", "extAlert": 0, "extAlertText": "This link
    will take you to an external web site. We are not responsible for their content.",
    "mailtoClass": 0 }, "views": { "ajax_path": [ "/views/ajax", "/views/ajax",
    "/views/ajax", "/views/ajax" ], "ajaxViews": [ { "view_name": "video_library",
    "view_display_id": "panel_pane_6", "view_args": "20566", "view_path": "home",
    "view_base_path": "media-center/video-library/default", "view_dom_id": 4,
    "pager_element": 0 }, { "view_name": "video_library", "view_display_id": "default",
    "view_args": "", "view_path": "home", "view_base_path":
    "media-center/video-library/default", "view_dom_id": 5, "pager_element": 0 }, {
    "view_name": "video_library", "view_display_id": "panel_pane_5", "view_args":
    "20566", "view_path": "home", "view_base_path": "media-center/video-library/default",
    "view_dom_id": 6, "pager_element": 0 }, { "view_name": "video_library",
    "view_display_id": "panel_pane_4", "view_args": "", "view_path": "home",
    "view_base_path": "media-center/video-library/default", "view_dom_id": 7,
    "pager_element": 0 } ] }, "googleanalytics": { "trackOutbound": 1, "trackMailto": 1,
    "trackDownload": 1, "trackDownloadExtensions":
    "7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|
    jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|
    ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|
    |b)?|xlt(x|m)?|xlam|xml|z|zip" } });
140764  //--><!]]>
140765  </script>
140766  <script type="text/javascript">
140767  <!--//--><![CDATA[//><!--
140768  (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
    [r].q||[]).push(arguments)},i[r].l=1*new
    Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
    parentNode.insertBefore(a,m)})(window,document,"script","//www.google-analytics.com/
    analytics.js","ga");ga("create", "UA-5276552-1", { "cookieDomain": "auto"
    });ga("send", "pageview");
140769  //--><!]]>
140770  </script>
140771    <script type="text/javascript"
    src="/sites/all/themes/fusion/fusion_core/js/listing.js"></script>
140772
140773    <script src="//use.typekit.net/pws3uwr.js"></script>
140774
140775    <script>try{Typekit.load();}catch(e){}</script>
140776
140777  </head>
140778
140779
140780
140781  <body id="pid-home" class="front not-logged-in page-home no-sidebars i18n-en panels
    layout-main sidebars-split font-size-12 grid-type-960 grid-width-16">
140782
140783    <div id="page" class="page">
140784
140785      <div id="page-inner" class="page-inner">
```

```
140786              <div id="skip">
140787
140788
140789                <a href="#main-content-area">Skip to Main Content Area</a>
140790
140791              </div>
140792
140793
140794
140795              <!-- header-top row: width = grid_width -->
140796
140797              <div id="header-top-wrapper" class="header-top-wrapper full-width">
140798      <div id="header-top" class="header-top row grid16-16">
140799      <div id="header-top-inner" class="header-top-inner inner clearfix">
140800
140801
140802      <div id="block-block-116" class="block block-block odd first last  grid16-16">
140803
140804        <div class="inner clearfix">
140805
140806                <div class="content clearfix">
140807
140808            <script>
140809      var versaTag = {};
140810      versaTag.id = "4713";
140811      versaTag.sync = 0;
140812      versaTag.dispType = "js";
140813      versaTag.ptcl = "HTTPS";
140814      versaTag.bsUrl = "bs.serving-sys.com/BurstingPipe";
140815      //VersaTag activity parameters include all conversion parameters including custom
     …  parameters and Predefined parameters. Syntax: "ParamName1":"ParamValue1",
         "ParamName2":"ParamValue2". ParamValue can be empty.
140816      versaTag.activityParams = {
140817      //Predefined parameters:
140818      "Session":""
140819      //Custom parameters:
140820      };
140821      //Static retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
     …  "TagID2":"ParamValue2". ParamValue can be empty.
140822      versaTag.retargetParams = {};
140823      //Dynamic retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
     …  "TagID2":"ParamValue2". ParamValue can be empty.
140824      versaTag.dynamicRetargetParams = {};
140825      // Third party tags conditional parameters and mapping rule parameters. Syntax:
     …  "CondParam1":"ParamValue1", "CondParam2":"ParamValue2". ParamValue can be empty.
140826      versaTag.conditionalParams = {};
140827      </script>
140828      <script id="ebOneTagUrlId"
     …  src="https://secure-ds.serving-sys.com/SemiCachedScripts/ebOneTag.js"></script>
140829      <noscript>
140830      <iframe src="https://bs.serving-sys.com/BurstingPipe?
140831      cn=ot&amp;
140832      onetagid=4713&amp;
140833      ns=1&amp;
140834      activityValues=$$Session=[Session]$$&amp;
140835      retargetingValues=$$$$&amp;
140836      dynamicRetargetingValues=$$$$&amp;
140837      acp=$$$$&amp;"
140838      style="display:none;width:0px;height:0px"></iframe>
140839      </noscript>      </div>
140840
140841        </div><!-- /block-inner -->
140842
140843      </div><!-- /block -->
140844
140845      </div><!-- /header-top-inner -->
140846      </div><!-- /header-top -->
140847      </div><!-- /header-top-wrapper -->
```

```
140848
140849
140850          <!-- header-group row: width = grid_width -->
140851
140852          <div id="header-group-wrapper" class="header-group-wrapper full-width">
140853
140854           <div id="header-group" class="header-group row grid16-16">
140855
140856             <div id="header-group-inner" class="header-group-inner inner clearfix">
140857
140858
140859
140860
140861
140862
140863
140864  <div id="block-block-3" class="block block-block odd first grid16-8
…       full-header-logo-block">
140865
140866    <div class="inner clearfix">
140867
140868               <div class="content clearfix">
140869
140870        <div style="width: 475px;">
140871  <h2 class="text-hide">Children's Hospital • St. Louis | BJC HealthCare</h2>
140872  <br />
140873  <a href="http://www.stlouischildrens.org"><img
…       src="/sites/all/themes/slch_theme/img/logo_slch.png" alt="St. Louis Children's
…       Hospital Logo" class="logo" width="352" title="St. Louis Children's Hospital"></a><a
…       href="http://www.bjc.org/Default.aspx"><img
…       src="/sites/all/themes/slch_theme/img/logo_bjc.png" alt="BJC Health Care" title="BJC
…       Health Care" class="logo" width="115"></a>
140874  <br/>
140875  </div>     </div>
140876
140877    </div><!-- /block-inner -->
140878
140879  </div><!-- /block -->
140880
140881
140882
140883  <div id="block-block-36" class="block block-block even  header-mobile-block
…       for-mobile grid16-4">
140884
140885    <div class="inner clearfix">
140886
140887               <div class="content clearfix">
140888
140889        <div class="header-search">
140890  <form method="get" action="/search-results"> <input type="submit" /><input
…       type="text" name="srch" /> </form>
140891  </div>
140892  <div class="header-image-mobile"><a href="http://www.stlouischildrens.org/"><img
…       src="/sites/all/themes/slch_theme/img/logo_slch_smaller.png" alt="Mobile Header"
…       title="Mobile Header" /></a></div>
140893        </div>
140894
140895    </div><!-- /block-inner -->
140896
140897  </div><!-- /block -->
140898
140899
140900
140901  <div id="block-menu-primary-links" class="block block-menu odd  grid16-8 fusion-right
…       fusion-right-content fusion-inline-menu not-for-mobile">
140902
140903    <div class="inner clearfix">
140904
```

```
140905                 <div class="content clearfix">
140906
140907            <ul class="menu"><li class="leaf first"><a
…     href="http://www.stlouischildrens.org/es/en-espanol" title="">En Español</a></li>
140908  <li class="leaf"><a href="http://www.stlouischildrens.org/form/about-us/contact-us"
…     title="">Contact Us</a></li>
140909  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
140910  <li class="leaf"><a href="/employment" title="">Employment</a></li>
140911  <li class="leaf last"><a
…     href="http://www.stlouischildrens.org/patients-families/myHealthFolders"
…     title="">myHealthFolders</a></li>
140912  </ul>        </div>
140913
140914    </div><!-- /block-inner -->
140915
140916  </div><!-- /block -->
140917
140918
140919
140920  <div id="block-block-10" class="block block-block even  last grid16-8 fusion-right
…     fusion-right-content header-search full-header-search-block">
140921
140922    <div class="inner clearfix">
140923
140924              <div class="content clearfix">
140925
140926        <form action="/search-results" method="get">
140927
140928      <input name="srch" type="text" />
140929
140930      <input type="submit" />
140931
140932  </form>      </div>
140933
140934    </div><!-- /block-inner -->
140935
140936  </div><!-- /block -->
140937
140938                        </div><!-- /header-group-inner -->
140939
140940          </div><!-- /header-group -->
140941
140942        </div><!-- /header-group-wrapper -->
140943
140944
140945
140946        <!-- preface-top row: width = grid_width -->
140947
140948        <div id="preface-top-wrapper" class="preface-top-wrapper full-width">
140949  <div id="preface-top" class="preface-top row grid16-16">
140950  <div id="preface-top-inner" class="preface-top-inner inner clearfix">
140951
140952
140953  <div id="block-menu-menu-top-nav-bar" class="block block-menu odd first last top-nav
…     not-for-mobile grid16-16">
140954
140955    <div class="inner clearfix">
140956
140957              <div class="content clearfix">
140958
140959        <ul class="menu"><li class="leaf first"><a
…     href="http://www.stlouischildrens.org/our-services" title="" class="menu-minipanel
…     menu-minipanel-21001">Our Services</a></li>
140960  <li class="leaf"><a href="http://www.stlouischildrens.org/diseases-conditions"
…     title="" class="menu-minipanel menu-minipanel-21002">Diseases &amp;
…     Conditions</a></li>
140961  <li class="leaf"><a href="http://www.stlouischildrens.org/patients-families" title=""
…     class="menu-minipanel menu-minipanel-21003">Patients &amp; Families</a></li>
```

```
140962  <li class="leaf"><a href="http://www.stlouischildrens.org/health-resources" title=""
    …   class="menu-minipanel menu-minipanel-21011">Health Resources</a></li>
140963  <li class="leaf"><a href="http://www.stlouischildrens.org/health-care-professionals"
    …   title="" class="menu-minipanel menu-minipanel-21012">For Health Care
        Professionals</a></li>
140964  <li class="leaf"><a href="http://www.stlouischildrens.org/ways-give" title=""
    …   class="menu-minipanel menu-minipanel-21013">Ways to Give</a></li>
140965  <li class="leaf last"><a href="http://www.stlouischildrens.org/about-us" title=""
    …   class="menu-minipanel menu-minipanel-21014">About Us</a></li>
140966  </ul>      </div>
140967
140968    </div><!-- /block-inner -->
140969
140970  </div><!-- /block -->
140971
140972  </div><!-- /preface-top-inner -->
140973  </div><!-- /preface-top -->
140974  </div><!-- /preface-top-wrapper -->
140975
140976
140977        <!-- main row: width = grid_width -->
140978
140979        <div id="main-wrapper" class="main-wrapper full-width">
140980
140981          <div id="main" class="main row grid16-16">
140982
140983            <div id="main-inner" class="main-inner inner clearfix">
140984
140985
140986
140987                <!-- main group: width = grid_width - sidebar_first_width -->
140988
140989                <div id="main-group" class="main-group row nested grid16-16">
140990
140991                  <div id="main-group-inner" class="main-group-inner inner">
140992
140993
140994
140995                    <div id="main-content" class="main-content row nested">
140996
140997                      <div id="main-content-inner" class="main-content-inner inner">
140998
140999                        <!-- content group: width = grid_width - (sidebar_first_width +
    …   sidebar_last_width) -->
141000
141001                        <div id="content-group" class="content-group row nested
    …   grid16-16">
141002
141003                          <div id="content-group-inner" class="content-group-inner
    …   inner">
141004
141005
141006
141007
141008
141009                            <div id="content-region" class="content-region row nested">
141010
141011                              <div id="content-region-inner" class="content-region-inner
    …   inner">
141012
141013                                <a name="main-content-area" id="main-content-area"></a>
141014
141015                                  <div id="content-inner"
    …   class="content-inner block">
141016
141017                                    <div id="content-inner-inner"
    …   class="content-inner-inner inner">
141018
```

```
141019    <div id="content-content" class="content-content">
141020
141021                              <div class="panel-flexible panels-flexible-hompage
...       clear-block" >
141022    <div class="panel-flexible-inside panels-flexible-hompage-inside">
141023    <div class="panels-flexible-row panels-flexible-row-hompage-main-row
...       panels-flexible-row-first clear-block layout-banner-rotator">
141024      <div class="inside panels-flexible-row-inside
...       panels-flexible-row-hompage-main-row-inside panels-flexible-row-inside-first
...       clear-block">
141025    <div class="panels-flexible-region panels-flexible-region-hompage-center
...       panels-flexible-region-first panels-flexible-region-last banner-rotator">
141026      <div class="inside panels-flexible-region-inside
...       panels-flexible-region-hompage-center-inside panels-flexible-region-inside-first
...       panels-flexible-region-inside-last">
141027
141028
141029    <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-1 not-for-mobile" >
141030
141031
141032
141033      <div class="pane-content">
141034        <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_1
...       view-dom-id-1">
141035          <div class="view-header">
141036          <div class="rotate-banner-nav">
141037    <div id="slide-box-1" class="rotator-box slide-box-active"><span>1</span></div><div
...       id="slide-box-2" class="rotator-box slide-box"><span>2</span></div><div
...       id="slide-box-3" class="rotator-box slide-box"><span>3</span></div><div
...       id="slide-box-4" class="rotator-box slide-box"><span>4</span></div></div>
141038      </div>
141039
141040
141041
141042        <div class="view-content">
141043          <div class="slide first odd">
141044
141045
141046
141047
141048
141049
141050
141051              <a
...       href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
...       louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><img
...       src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/usnews_banner
...       .jpg" alt="Best Children's Hospital Rankings" title="" width="948" height="325"
...       class="imagecache imagecache-slideshow_image_homepage imagecache-default
...       imagecache-slideshow_image_homepage_default"/></a>
141052
141053
141054
141055        <h3>
141056
141057
141058              <a
...       href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
...       louis-children-s-hospital-in-all-10-best-children-s-hosp" title="">U.S.News
...       Rankings</a>
141059        </h3>
141060
141061
141062
141063        <div class="caption">
141064
141065
```

```
141066            <a
      …  href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
         louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><p>Ranked in all
         10 Specialties</p></a>
141067          </div>
141068
141069      </div>
141070        <div class="slide even">
141071
141072
141073
141074
141075
141076
141077
141078            <a
      …  href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
      …  SDcCiU7IyKo" title=""><img
      …  src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/wishom.jpg"
      …  alt="Meet John, A Guardian of Childhood" title="" width="948" height="325"
         class="imagecache imagecache-slideshow_image_homepage imagecache-default
         imagecache-slideshow_image_homepage_default"/></a>
141079
141080
141081
141082        <h3>
141083
141084
141085            <a
      …  href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
      …  SDcCiU7IyKo" title="">Meet John</a>
141086          </h3>
141087
141088
141089
141090        <div class="caption">
141091
141092
141093            <a
      …  href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
      …  SDcCiU7IyKo" title=""><p>A Guardian of Childhood</p></a>
141094          </div>
141095
141096      </div>
141097        <div class="slide odd">
141098
141099
141100
141101
141102
141103
141104
141105            <a
      …  href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
      …  UOyMDH9IdIBmS_7Ab&index=1" title=""><img
      …  src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/
      …  guardians_tree2.jpg" alt="Guardians of Childhood" title="" width="948" height="325"
         class="imagecache imagecache-slideshow_image_homepage imagecache-default
         imagecache-slideshow_image_homepage_default"/></a>
141106
141107
141108
141109        <h3>
141110
141111
141112            <a
      …  href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
      …  UOyMDH9IdIBmS_7Ab&index=1" title="">New Campaign</a>
```

```
141113              </h3>
141114
141115
141116
141117          <div class="caption">
141118
141119
141120                  <a
     href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
     UOyMDH9IdIBmS_7Ab&index=1" title=""><p>Watch Our TV Ad</p></a>
141121          </div>
141122
141123      </div>
141124          <div class="slide last even">
141125
141126
141127
141128
141129
141130
141131
141132                  <a
     href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
     UOyMDH9IdIBmS_7Ab" title=""><img
     src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/vanhare.jpg"
     alt="Meet George, A Guardian of Childhood" title="" width="948" height="325"
     class="imagecache imagecache-slideshow_image_homepage imagecache-default
     imagecache-slideshow_image_homepage_default"/></a>
141133
141134
141135
141136          <h3>
141137
141138
141139                  <a
     href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
     UOyMDH9IdIBmS_7Ab" title="">Meet George</a>
141140          </h3>
141141
141142
141143
141144          <div class="caption">
141145
141146
141147                  <a
     href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
     UOyMDH9IdIBmS_7Ab" title=""><p>A Guardian of Childhood</p></a>
141148          </div>
141149
141150      </div>
141151          </div>
141152
141153
141154
141155
141156
141157
141158 </div>    </div>
141159
141160
141161    </div>
141162 <div class="panel-region-separator"></div>
141163
141164 <div class="panel-pane pane-custom pane-8 for-mobile" >
141165
141166
141167
141168    <div class="pane-content">
```

```
141169
141170  <div class="i-want-to">
141171    <div class="tab"></div>
141172    <ul>
141173  <li><a href="http://www.stlouischildrens.org/form/about-us/contact-us">Contact the
        Hospital</a></li><li><a
        href="http://www.stlouischildrens.org/our-services/physicians">Find a
        Physician</a></li><li><a
        href="https://www.stlouischildrens.org/form/request-appointment">Request an
        Appointment</a></li><li><a
        href="http://www.stlouischildrens.org/our-services/locations">Find
        Locations</a></li><li><a
        href="http://www.stlouischildrens.org/employment/search-jobsapply-online">Find a
        Job</a></li><li><a href="http://www.stlouischildrens.org/pay-my-bill">Pay My
        Bill</a></li><li><a
        href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
        online">Donate Online</a></li><li><a
        href="http://www.stlouischildrens.org/classes-events">View Calendar of
        Events</a></li><li><a
        href="http://www.stlouischildrens.org/about-us/quality-reports">View Quality
        Reports</a></li>   </ul>
141174  </div>
141175  <div class="nav-contain">
141176    <form id="main-menu">
141177      <select name="i-want-to" class="mobile-nav-select">
141178        <option selected="selected" value="">More Links</option>
141179        <optgroup label="Menu">
141180  <option value="http://www.stlouischildrens.org/our-services">Our
        Services</option><option
        value="http://www.stlouischildrens.org/diseases-conditions">Diseases &
        Conditions</option><option
        value="http://www.stlouischildrens.org/patients-families">Patients &
        Families</option><option
        value="http://www.stlouischildrens.org/health-resources">Health
        Resources</option><option
        value="http://www.stlouischildrens.org/health-care-professionals">For Health Care
        Professionals</option><option value="http://www.stlouischildrens.org/ways-give">Ways
        to Give</option><option value="http://www.stlouischildrens.org/about-us">About
        Us</option><option value="http://www.stlouischildrens.org/media-center">Media
        Center</option>        </optgroup>
141181      </select>
141182    </form>
141183  </div>
141184  <a href="/media-center/video-library" class="home-video-contain"><p>Visit the Video
        Library</p></a>   </div>
141185
141186
141187    </div>
141188    </div>
141189  </div>
141190    </div>
141191  </div>
141192  <div class="panels-flexible-row panels-flexible-row-hompage-1 clear-block
        layout-homepage-iwantto not-for-mobile">
141193    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-1-inside
        clear-block">
141194  <div class="panels-flexible-region
        panels-flexible-region-hompage-i_want_to_my_child_has panels-flexible-region-first
        panels-flexible-region-last layout-homepage-iwantto-mychildhas-region">
141195    <div class="inside panels-flexible-region-inside
        panels-flexible-region-hompage-i_want_to_my_child_has-inside
        panels-flexible-region-inside-first panels-flexible-region-inside-last">
141196
141197
141198  <div class="panel-pane pane-block pane-menu-menu-i-want-to" >
141199
141200
141201
```

```
141202    <div class="pane-content">
141203        <ul class="menu"><li class="leaf first"><a href="/our-services/physicians"
...   title="">Find A Physician</a></li>
141204  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
141205  <li class="leaf"><a href="http://www.stlouischildrens.org/request-appointment"
...   title="">Request an Appointment</a></li>
141206  <li class="leaf"><a
...   href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
...   online" title="">Donate Online</a></li>
141207  <li class="leaf"><a href="/send-card-or-gift" title="">Send a Card or Gift</a></li>
141208  <li class="leaf"><a href="/classes-events" title="">View Calendar of Events</a></li>
141209  <li class="leaf"><a href="/pay-my-bill" title="">Pay My Bill</a></li>
141210  <li class="leaf"><a href="/our-services/locations" title="">Find Locations</a></li>
141211  <li class="leaf last"><a href="/about-us/quality-reports" title="">View Quality
...   Reports</a></li>
141212  </ul>  </div>
141213
141214
141215    </div>
141216  <div class="panel-region-separator"></div>
141217
141218  <div class="panel-pane pane-custom pane-9" >
141219
141220
141221
141222    <div class="pane-content">
141223        <form action="/diseases-conditions" method="get">
141224  <input type="text" name="srch" /><br />
141225  <input id="disease-conditions-submit" type="submit" /><br />
141226  </form>
141227  <p><a href="/diseases-conditions" id="browse-conditions">&raquo; Browse Diseases
...   &amp; Conditions</a></p>
141228      </div>
141229
141230
141231    </div>
141232    </div>
141233  </div>
141234    </div>
141235  </div>
141236  <div class="panels-flexible-row panels-flexible-row-hompage-2
...   panels-flexible-row-last clear-block layout-homepage-content not-for-mobile">
141237    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-2-inside
...   panels-flexible-row-inside-last clear-block">
141238  <div class="panels-flexible-column panels-flexible-column-hompage-3
...   panels-flexible-column-first layout-homepage-content-left">
141239    <div class="inside panels-flexible-column-inside
...   panels-flexible-column-hompage-3-inside panels-flexible-column-inside-first">
141240  <div class="panels-flexible-row panels-flexible-row-hompage-9
...   panels-flexible-row-first clear-block ">
141241    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-9-inside
...   panels-flexible-row-inside-first clear-block">
141242    </div>
141243  </div>
141244  <div class="panels-flexible-row panels-flexible-row-hompage-5
...   panels-flexible-row-last clear-block layout-homepage-videos">
141245    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-5-inside
...   panels-flexible-row-inside-last clear-block">
141246  <div class="panels-flexible-region panels-flexible-region-hompage-video_playlist
...   panels-flexible-region-first panels-flexible-region-last
...   layout-homepage-video-playlist-region">
141247    <div class="inside panels-flexible-region-inside
...   panels-flexible-region-hompage-video_playlist-inside
...   panels-flexible-region-inside-first panels-flexible-region-inside-last">
141248
141249
141250  <div class="panel-pane pane-views-panes pane-video-library-panel-pane-6" >
141251
```

```
141252
141253
141254    <div class="pane-content">
141255       <div class="view view-video-library view-id-video_library
…     view-display-id-panel_pane_6 video-library player view-dom-id-4">
141256
141257
141258
141259         <div class="view-content">
141260            <div class="views-row views-row-1 views-row-odd views-row-first
…     views-row-last">
141261
141262    <div class="views-field-phpcode">
141263                 <span class="field-content"><script type="text/javascript"
…     src="http://content.bitsontherun.com/players/rlxa38tG-d5aRU2Tq.js"></script></span>
141264    </div>
141265    </div>
141266       </div>
141267
141268
141269
141270
141271
141272
141273 </div>   </div>
141274
141275
141276     </div>
141277 <div class="panel-region-separator"></div>
141278
141279 <div class="panel-pane pane-views-panes pane-video-library-panel-pane-5
…     homepage-video-playlist-title" >
141280
141281
141282
141283    <div class="pane-content">
141284       <div class="view view-video-library view-id-video_library
…     view-display-id-panel_pane_5 video-library playlist video-title view-dom-id-6">
141285
141286
141287
141288         <div class="view-content">
141289         <table class="views-view-grid col-4">
141290    <tbody>
141291                 <tr class="row-1 row-first row-last">
141292                   <td class="col-1 col-first">
141293
141294    <div class="views-field-title">
141295                 <span class="field-content">U.S. News Ranks St. Louis Children&#039;s
…     Hospital Among the Nation&#039;s Best</span>
141296    </div>
141297             </td>
141298                 <td class="col-2">
141299                   </td>
141300                 <td class="col-3">
141301                   </td>
141302                 <td class="col-4 col-last">
141303                   </td>
141304             </tr>
141305         </tbody>
141306 </table>
141307       </div>
141308
141309
141310
141311
141312
141313
```

```
141314  </div>    </div>
141315
141316
141317    </div>
141318  <div class="panel-region-separator"></div>
141319
141320  <div class="panel-pane pane-views-panes pane-video-library-panel-pane-4
    …   homepage-video-playlist" >
141321
141322
141323
141324    <div class="pane-content">
141325      <div class="view view-video-library view-id-video_library
    …   view-display-id-panel_pane_4 video-library-playlist playlist view-dom-id-7">
141326        <div class="view-header">
141327      <script type="text/javascript">
141328
141329  function setVideoFromPlaylist(video) {
141330
141331    var playlist_rss = "http://content.bitsontherun.com/jw6/" + video + ".xml"
141332
141333    jwplayer().load(playlist_rss);
141334
141335    jwplayer().onReady(function() {
141336
141337      jwplayer().play(true);
141338
141339    });
141340
141341  }
141342
141343  $(document).ready(function() {
141344
141345    $('.playlist ul div').css('cursor','pointer').click(function() {
141346
141347      $('.playlist ul div').removeClass('active');
141348
141349      $(this).addClass('active');
141350
141351      setVideoFromPlaylist($(this).find('span.video_id').attr('video_id'));
141352
141353      $('.view-video-library.video-title .views-field-title
    …   .field-content').html($(this).find('span.video-title').text());
141354
141355    });
141356
141357  });
141358
141359  </script>    </div>
141360
141361
141362
141363        <div class="view-content">
141364          <ul>
141365        <div class="first odd">
141366
141367      <span class="left">
141368
141369
141370        <img
    …   src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/rlxa38tG-480.jpg
    …   " alt="" title="" width="110" height="65" class="imagecache
    …   imagecache-video_thumbnail_playlist imagecache-default
    …   imagecache-video_thumbnail_playlist_default"/>
141371        </span>
141372
141373
141374        <span class="right">
```

```
141375
141376
141377        <span class="video-title">U.S. News Ranks St. Louis Children&#039;s Hospital
…     Among the Nation&#039;s Best</span><br />
141378
141379        </span>
141380
141381
141382        <div>
141383
141384
141385        <span class="video_id" video_id="rlxa38tG"></span>
141386        </div>
141387
141388    </div>
141389        <div class="even">
141390
141391        <span class="left">
141392
141393
141394        <img
…     src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/qSAYmuFe-480.jpg
…     " alt="" title="" width="110" height="65" class="imagecache
…     imagecache-video_thumbnail_playlist imagecache-default
…     imagecache-video_thumbnail_playlist_default"/>
141395        </span>
141396
141397
141398        <span class="right">
141399
141400
141401        <span class="video-title">Living With and Managing Sickle Cell
…     Disease</span><br />
141402
141403        </span>
141404
141405
141406        <div>
141407
141408
141409        <span class="video_id" video_id="qSAYmuFe"></span>
141410        </div>
141411
141412    </div>
141413        <div class="odd">
141414
141415        <span class="left">
141416
141417
141418        <img
…     src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/n97EuSwA-480.jpg
…     " alt="" title="" width="110" height="65" class="imagecache
…     imagecache-video_thumbnail_playlist imagecache-default
…     imagecache-video_thumbnail_playlist_default"/>
141419        </span>
141420
141421
141422        <span class="right">
141423
141424
141425        <span class="video-title">Jubi the Brave</span><br />
141426
141427        </span>
141428
141429
141430        <div>
141431
141432
```

```
141433          <span class="video_id" video_id="h97EuSwA"></span>
141434          </div>
141435
141436      </div>
141437          <div class="even">
141438
141439          <span class="left">
141440
141441
141442          <img
    src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/2vkR5K4p-480.jpg
    " alt="" title="" width="110" height="65" class="imagecache
    imagecache-video_thumbnail_playlist imagecache-default
    imagecache-video_thumbnail_playlist_default"/>
141443          </span>
141444
141445
141446          <span class="right">
141447
141448
141449          <span class="video-title">Beat NF</span><br />
141450
141451          </span>
141452
141453
141454          <div>
141455
141456
141457          <span class="video_id" video_id="2vkR5K4p"></span>
141458          </div>
141459
141460      </div>
141461          <div class="odd">
141462
141463          <span class="left">
141464
141465
141466          <img
    src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/lTYBxl96-480.jpg
    " alt="" title="" width="110" height="65" class="imagecache
    imagecache-video_thumbnail_playlist imagecache-default
    imagecache-video_thumbnail_playlist_default"/>
141467          </span>
141468
141469
141470          <span class="right">
141471
141472
141473          <span class="video-title">Making Saves for Kids 2015-16</span><br />
141474
141475          </span>
141476
141477
141478          <div>
141479
141480
141481          <span class="video_id" video_id="lTYBxl96"></span>
141482          </div>
141483
141484      </div>
141485          <div class="even">
141486
141487          <span class="left">
141488
141489
141490          <img
    src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/D4wYwqtQ-480_1.
    jpg" alt="" title="" width="110" height="65" class="imagecache
```

```
141490…        imagecache-video_thumbnail_playlist imagecache-default
     …        imagecache-video_thumbnail_playlist_default"/>
141491              </span>
141492
141493
141494              <span class="right">
141495
141496
141497              <span class="video-title">Healthy Kids Express: Bringing Pediatric Healthcare
     …        to the St. Louis Community</span><br />
141498
141499              </span>
141500
141501
141502              <div>
141503
141504
141505              <span class="video_id" video_id="D4wYwqtQ"></span>
141506              </div>
141507
141508         </div>
141509           <div class="odd">
141510
141511              <span class="left">
141512
141513
141514              <img
     …        src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/wsjknYVm-480.jpg
     …        " alt="" title="" width="110" height="65" class="imagecache
     …        imagecache-video_thumbnail_playlist imagecache-default
     …        imagecache-video_thumbnail_playlist_default"/>
141515              </span>
141516
141517
141518              <span class="right">
141519
141520
141521              <span class="video-title">Pedal the Cause: Team Colin</span><br />
141522
141523              </span>
141524
141525
141526              <div>
141527
141528
141529              <span class="video_id" video_id="wsjknYVm"></span>
141530              </div>
141531
141532         </div>
141533           <div class="even">
141534
141535              <span class="left">
141536
141537
141538              <img
     …        src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/hkPABxos-480_1.
     …        jpg" alt="" title="" width="110" height="65" class="imagecache
     …        imagecache-video_thumbnail_playlist imagecache-default
     …        imagecache-video_thumbnail_playlist_default"/>
141539              </span>
141540
141541
141542              <span class="right">
141543
141544
141545              <span class="video-title">St. Louis Children&#039;s Hospital Ranks in All 10
     …        U.S. News Specialties</span><br />
141546
```

```
141547          </span>
141548
141549
141550          <div>
141551
141552
141553          <span class="video_id" video_id="hkPABxos"></span>
141554          </div>
141555
141556      </div>
141557          <div class="odd">
141558
141559          <span class="left">
141560
141561
141562          <img
    src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/hmAow2Sf-480_1.
    jpg" alt="" title="" width="110" height="65" class="imagecache
    imagecache-video_thumbnail_playlist imagecache-default
    imagecache-video_thumbnail_playlist_default"/>
141563          </span>
141564
141565
141566          <span class="right">
141567
141568
141569          <span class="video-title">Yordonis&#039; Story - Surgeons Rebuild His
    Esophagus</span><br />
141570
141571          </span>
141572
141573
141574          <div>
141575
141576
141577          <span class="video_id" video_id="hmAow2Sf"></span>
141578          </div>
141579
141580      </div>
141581          <div class="last even">
141582
141583          <span class="left">
141584
141585
141586          <img
    src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/jHNY73W0-480.jpg
    " alt="" title="" width="110" height="65" class="imagecache
    imagecache-video_thumbnail_playlist imagecache-default
    imagecache-video_thumbnail_playlist_default"/>
141587          </span>
141588
141589
141590          <span class="right">
141591
141592
141593          <span class="video-title">Meet Makenna - Spina Bifida Clinic</span><br />
141594
141595          </span>
141596
141597
141598          <div>
141599
141600
141601          <span class="video_id" video_id="jHNY73W0"></span>
141602          </div>
141603
141604      </div>
141605      </ul>
```

Page 4491

```
141606        </div>
141607
141608
141609
141610
141611
141612
141613 </div>    </div>
141614
141615
141616    </div>
141617 <div class="panel-region-separator"></div>
141618
141619 <div class="panel-pane pane-custom pane-12 video-player-media-library-link" >
141620
141621
141622
141623    <div class="pane-content">
141624       <p><a href="/media-center/video-library/">Visit the Video Library</a></p>
141625     </div>
141626
141627
141628    </div>
141629    </div>
141630 </div>
141631    </div>
141632 </div>
141633    </div>
141634
141635 <div class="panels-flexible-column panels-flexible-column-hompage-4
…    panels-flexible-column-last layout-homepage-content-right">
141636    <div class="inside panels-flexible-column-inside
…    panels-flexible-column-hompage-4-inside panels-flexible-column-inside-last">
141637 <div class="panels-flexible-row panels-flexible-row-hompage-6
…    panels-flexible-row-first clear-block layout-homepage-smallrotator">
141638    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-6-inside
…    panels-flexible-row-inside-first clear-block">
141639 <div class="panels-flexible-region panels-flexible-region-hompage-small_rotator
…    panels-flexible-region-first panels-flexible-region-last small-rotator">
141640    <div class="inside panels-flexible-region-inside
…    panels-flexible-region-hompage-small_rotator-inside
…    panels-flexible-region-inside-first panels-flexible-region-inside-last">
141641
141642
141643 <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-3" >
141644
141645
141646
141647    <div class="pane-content">
141648       <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_3
…    mini-slideshow view-dom-id-3">
141649          <div class="view-header">
141650        <div class="prev-slide">
141651 <p><a href="#" class="slideshow-left-arrow">previous</a></p>
141652 </div>
141653 <div class="next-slide">
141654 <p><a href="#" class="slideshow-right-arrow">next</a></p>
141655 </div>    </div>
141656
141657
141658
141659       <div class="view-content">
141660          <div class="mini-slide 0 first odd">
141661
141662
141663
141664
141665
```

```
141666
141667
141668            <a href="/health-resources/community-education/safety-stop" title=""><img
      …   src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/safety.png"
      …   alt="" title="" width="189" height="120" class="imagecache
          imagecache-slideshow_homepage_mini imagecache-default
          imagecache-slideshow_homepage_mini_default"/></a>
141669
141670
141671
141672        <h3 class="caption">
141673
141674
141675            <a href="/health-resources/community-education/safety-stop"
      …   title=""><p>Make an Appointment for Your Free Home Safety Consult</p></a>
141676        </h3>
141677
141678
141679
141680        <div>
141681
141682
141683            <div class="learn-more"><a
      …   href="/health-resources/community-education/safety-stop">Learn More</a></div>
141684        </div>
141685
141686        </div>
141687        <div class="mini-slide 1 even">
141688
141689
141690
141691
141692
141693
141694
141695            <a
      …   href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
      …   responding-illness-or-injury/kid-care-app" title=""><img
      …   src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/kidcare_0.png"
      …   alt="" title="" width="189" height="120" class="imagecache
          imagecache-slideshow_homepage_mini imagecache-default
          imagecache-slideshow_homepage_mini_default"/></a>
141696
141697
141698
141699        <h3 class="caption">
141700
141701
141702            <a
      …   href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
      …   responding-illness-or-injury/kid-care-app" title=""><p>Our Smartphone App Has Medical
      …   Advice for Parents on the Go</p></a>
141703        </h3>
141704
141705
141706
141707        <div>
141708
141709
141710            <div class="learn-more"><a
      …   href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
      …   responding-illness-or-injury/kid-care-app">Learn More</a></div>
141711        </div>
141712
141713        </div>
141714        <div class="mini-slide 2 odd">
141715
141716
```

```
141717
141718
141719
141720
141721
141722                    <a
          href="http://www.stlouischildrens.org/community-health-needs-assessment"
      …   title=""><img
      …   src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/chna.png"
      …   alt="Community Health Needs Assessment" title="" width="189" height="119"
      …   class="imagecache imagecache-slideshow_homepage_mini imagecache-default
      …   imagecache-slideshow_homepage_mini_default"/></a>
141723
141724
141725
141726          <h3 class="caption">
141727
141728
141729                    <a
          href="http://www.stlouischildrens.org/community-health-needs-assessment"
      …   title=""><p>Community Health Needs Assessment</p></a>
141730          </h3>
141731
141732
141733
141734          <div>
141735
141736
141737                    <div class="learn-more"><a
          href="http://www.stlouischildrens.org/community-health-needs-assessment">Learn
      …   More</a></div>
141738          </div>
141739
141740      </div>
141741      <div class="mini-slide 3 last even">
141742
141743
141744
141745
141746
141747
141748
141749                    <a href="http://childrensmd.org/" title=""><img
      …   src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/momdocs.png"
      …   alt="Children&#039;s Mom Docs" title="" width="189" height="87" class="imagecache
      …   imagecache-slideshow_homepage_mini imagecache-default
      …   imagecache-slideshow_homepage_mini_default"/></a>
141750
141751
141752
141753          <h3 class="caption">
141754
141755
141756                    <a href="http://childrensmd.org/" title=""><p>Mom Docs Helping Moms on
      …   the go</p></a>
141757          </h3>
141758
141759
141760
141761          <div>
141762
141763
141764                    <div class="learn-more"><a href="http://childrensmd.org/">Learn
      …   More</a></div>
141765          </div>
141766
141767      </div>
141768          </div>
```

```
</div>     </div>

      </div>
<div class="panel-region-separator"></div>

<div class="panel-pane pane-custom pane-11" >


    <div class="pane-content">
        <script type="text/javascript" src="/sites/slch/assets/js/Rotators.js"></script>
</div>


    </div>
    </div>
</div>
    </div>
</div>
<div class="panels-flexible-row panels-flexible-row-hompage-7 clear-block
layout-homepage-news">
    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-7-inside
clear-block">
<div class="panels-flexible-region panels-flexible-region-hompage-in_the_news
panels-flexible-region-first panels-flexible-region-last
layout-homepage-news-region">
    <div class="inside panels-flexible-region-inside
panels-flexible-region-hompage-in_the_news-inside panels-flexible-region-inside-first
panels-flexible-region-inside-last">


<div class="panel-pane pane-views-panes pane-homepage-dynamic-middle-panel-pane-1" >

        <h2 class="pane-title">Children's Hospital in the News</h2>


    <div class="pane-content">
        <div class="view view-homepage-dynamic-middle view-id-homepage_dynamic_middle
view-display-id-panel_pane_1 homepage in-the-news view-dom-id-2">



        <div class="view-content">
          <div class="views-row views-row-1 views-row-odd views-row-first">

        <div class="date">


        <span class="date-display-single">07/19/2016</span>
        </div>


        <div class="break">


        <a
href="http://www.ksdk.com/entertainment/television/show-me-st-louis/how-to-avoid-
those-overuse-injuries-1/276989490" target="_blank"><p>The MomDocs visit ShowMe St.
Louis to give advice on getting your kids ready to play fall sports.</p></a>
        </div>
```

```
141826        </div>
141827        <div class="views-row views-row-2 views-row-even">
141828
141829            <div class="date">
141830
141831
141832            <span class="date-display-single">06/30/2016</span>
141833            </div>
141834
141835
141836            <div class="break">
141837
141838
141839            <a
   …  href="http://fox2now.com/2016/06/30/keep-the-kids-learning-out-of-the-classroom/"
   …  target="_blank"><p>MomDoc Kelly Ross appears on KTVI's StLMoms segment with advice on
      how to avoid the "summer slide."</p></a>
141840            </a>
141841
141842        </div>
141843        <div class="views-row views-row-3 views-row-odd views-row-last">
141844
141845            <div class="date">
141846
141847
141848            <span class="date-display-single">06/25/2016</span>
141849            </div>
141850
141851
141852            <div class="break">
141853
141854
141855            <a
   …  href="http://www.stltoday.com/lifestyles/health-med-fit/robotic-surgical-assistant-
   …  helps-girl-get-her-life-back-sooner/article_ecd2bdca-0fa9-5a80-a33e-eee929970359.html
   …  " target="_blank"><p>St. Louis Children's Hospital became the first pediatric
      hospital in the region to acquire robotic technology that makes neurosurgical
      procedures easier on children. The St. Louis Post-Dispatch explains how its impacting
      patients.</p></a>
141856            </a>
141857
141858        </div>
141859          </div>
141860
141861
141862
141863
141864            <div class="view-footer">
141865            <div class="break">
141866 <a href="/media-center">&gt; All News &amp; Media</a>
141867 </div>     </div>
141868
141869
141870 </div>     </div>
141871
141872
141873    </div>
141874    </div>
141875 </div>
141876    </div>
141877 </div>
141878 <div class="panels-flexible-row panels-flexible-row-hompage-8
   …  panels-flexible-row-last clear-block layout-homepage-newsletter">
141879    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-8-inside
   …  panels-flexible-row-inside-last clear-block">
141880 <div class="panels-flexible-region panels-flexible-region-hompage-newsletter_signup
   …  panels-flexible-region-first panels-flexible-region-last newsletter-signup">
141881    <div class="inside panels-flexible-region-inside
```

```
141881    panels-flexible-region-homepage-newsletter_signup-inside
   …
          panels-flexible-region-inside-first panels-flexible-region-inside-last">
141882
141883
141884    <div class="panel-pane pane-custom pane-10" >
141885
141886
141887
141888      <div class="pane-content">
141889        <a href="http://slchkidstoday.com/subscribe" id="newsletter-signup"
   …      target="_blank">Newsletter Signup | Click here to sign up now!</a>  </div>
141890
141891
141892      </div>
141893      </div>
141894    </div>
141895      </div>
141896    </div>
141897      </div>
141898    </div>
141899      </div>
141900    </div>
141901    </div>
141902    </div>
141903                                                              </div><!--
   …      /content-content -->
141904
141905                                                          </div><!--
   …      /content-inner-inner -->
141906
141907                              </div><!-- /content-inner -->
141908
141909                          </div><!-- /content-region-inner -->
141910
141911                      </div><!-- /content-region -->
141912
141913
141914
141915                                          </div><!-- /content-group-inner -->
141916
141917              </div><!-- /content-group -->
141918
141919
141920
141921                                  </div><!-- /main-content-inner -->
141922
141923            </div><!-- /main-content -->
141924
141925
141926
141927                      </div><!-- /main-group-inner -->
141928
141929        </div><!-- /main-group -->
141930
141931      </div><!-- /main-inner -->
141932
141933      </div><!-- /main -->
141934
141935      </div><!-- /main-wrapper -->
141936
141937
141938
141939        <!-- postscript-bottom row: width = grid_width -->
141940
141941
141942
141943        <!-- footer row: width = grid_width -->
141944
```

Page 4497

```
141945      <div id="footer-wrapper" class="footer-wrapper full-width">
141946   <div id="footer" class="footer row grid16-16">
141947   <div id="footer-inner" class="footer-inner inner clearfix">
141948
141949
141950   <div id="block-menu_block-6" class="block block-menu_block odd first grid16-12
...      fusion-multicol-menu clearfix not-for-mobile">
141951
141952      <div class="inner clearfix">
141953
141954               <div class="content clearfix">
141955
141956         <div class="menu-block-6 menu-name-secondary-links parent-mlid-0 menu-level-1">
141957      <ul class="menu"><li class="expanded first menu-mlid-5173"><a href="/our-services"
...      title="">Services</a><ul class="menu"><li class="leaf first menu-mlid-5177"><a
...      href="/our-services" title="">Medical Services</a></li>
141958   <li class="leaf menu-mlid-21040"><a href="/our-services/family-services"
...      title="">Family Services</a></li>
141959   <li class="leaf menu-mlid-21101"><a href="/our-services/offsite-our-services"
...      title="">Offsite Services</a></li>
141960   <li class="leaf menu-mlid-5181"><a href="/our-services/physicians" title="">Find A
...      Physician</a></li>
141961   <li class="leaf last menu-mlid-5182"><a href="/our-services" title="">See
...      All</a></li>
141962   </ul></li>
141963   <li class="expanded menu-mlid-19276"><a href="/patients-families/visiting"
...      title="">Visitor Information</a><ul class="menu"><li class="leaf first
...      menu-mlid-21953"><a href="/get-directions" title="">Directions</a></li>
141964   <li class="leaf menu-mlid-21658"><a href="/patients-families/hospital-maps"
...      title="">Maps</a></li>
141965   <li class="leaf menu-mlid-19299"><a href="/patients-families/visiting/parking"
...      title="">Parking</a></li>
141966   <li class="leaf menu-mlid-21954"><a
...      href="/patients-families/visiting/hospital-amenities" title="">Hospital
...      Amenities</a></li>
141967   <li class="leaf last menu-mlid-19278"><a href="/patients-families/visiting"
...      title="">See All</a></li>
141968   </ul></li>
141969   <li class="expanded menu-mlid-15258"><a
...      href="http://www.stlouischildrens.org/patients-families" title="">Patients</a><ul
...      class="menu"><li class="leaf first menu-mlid-16440"><a
...      href="http://www.stlouischildrens.org/patients-families/inpatient-visit"
...      title="">Inpatient Visit</a></li>
141970   <li class="leaf menu-mlid-16444"><a
...      href="http://www.stlouischildrens.org/patients-families/outpatient-visit"
...      title="">Outpatient Visit</a></li>
141971   <li class="leaf menu-mlid-16638"><a
...      href="http://www.stlouischildrens.org/patients-families/patient-rights"
...      title="">Patient Rights</a></li>
141972   <li class="leaf menu-mlid-16639"><a
...      href="http://www.stlouischildrens.org/patients-families/international-patients-0"
...      title="">International Patients</a></li>
141973   <li class="leaf menu-mlid-16641"><a
...      href="http://www.stlouischildrens.org/patients-families/medical-records"
...      title="">Medical Records</a></li>
141974   <li class="leaf menu-mlid-21675"><a
...      href="http://www.stlouischildrens.org/pay-my-bill" title="">Pay My Bill</a></li>
141975   <li class="leaf last menu-mlid-15259"><a
...      href="http://www.stlouischildrens.org/patients-families" title="">See All</a></li>
141976   </ul></li>
141977   <li class="expanded last menu-mlid-5176"><a
...      href="/health-care-professionals/resources" title="">Resources</a><ul
...      class="menu"><li class="leaf first menu-mlid-13365"><a href="/media-center"
...      title="">Media Center</a></li>
141978   <li class="leaf menu-mlid-21955"><a href="/health-resources/health-info"
...      title="">Health Info</a></li>
141979   <li class="leaf menu-mlid-27351"><a href="/form/about-us/contact-us" title="">Contact
...      Us</a></li>
```

```
141980  <li class="leaf menu-mlid-21958"><a
    …   href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
        " title="">Financial Assistance</a></li>
141981  <li class="leaf menu-mlid-21958"><a
    …   href="http://www.stlouischildrens.org/sitemap.xml" title="">Site Map</a></li>
141982  <li class="leaf menu-mlid-18841"><a href="/patients-families/patient-rights/hipaa"
    …   title="">HIPAA</a></li>
141983  <li class="leaf last menu-mlid-21960"><a href="/about-us/legal"
    …   title="">Legal</a></li>
141984  </ul></li>
141985  </ul></div>
141986      </div>
141987
141988    </div><!-- /block-inner -->
141989
141990  </div><!-- /block -->
141991
141992
141993
141994  <div id="block-block-4" class="block block-block even  grid16-4 fusion-right
        fusion-right-content media-links">
141995
141996    <div class="inner clearfix">
141997
141998            <div class="content clearfix">
141999
142000        <h6>Follow us on</h6>
142001
142002  <ul>
142003  <li class="not-for-mobile"><a class="blog" href="http://childrensmd.org"
        target="_new" alt="Our Blog"><img
    …   src="/sites/default/files/images/footer/blogger.png"></a></li>
142004  <li class="not-for-mobile"><a class="googleplus"
    …   href="https://plus.google.com/u/0/b/107939757799456210402/107939757799456210402/posts
        " target="_new"><img src="/sites/default/files/images/footer/gplus.png"></a></li>
142005  <li><a class="facebook" href="https://www.facebook.com/stlchildrens"
        target="_new"><img src="/sites/default/files/images/footer/facebook.png"></a></li>
142006  <li><a class="twitter" href="https://twitter.com/STLChildrens" target="_new"><img
    …   src="/sites/default/files/images/footer/twitter.png"></a></li>
142007  <li><a class="youtube" href="https://www.youtube.com/user/ChildrensHospitalStl"
    …   target="_new"><img src="/sites/default/files/images/footer/youtube.png"></a></li>
142008  <li class="not-for-mobile"><a class="linkedin"
        href="https://www.linkedin.com/company/st--louis-children%27s-hospital"
    …   target="_new"><img src="/sites/default/files/images/footer/linkedin.png"></a></li>
142009  </ul>     </div>
142010
142011    </div><!-- /block-inner -->
142012
142013  </div><!-- /block -->
142014
142015
142016
142017  <div id="block-block-7" class="block block-block odd  grid16-4 fusion-right
        fusion-right-content awards not-for-mobile">
142018
142019    <div class="inner clearfix">
142020
142021            <div class="content clearfix">
142022
142023        <ul>
142024  <li class="us-news" alt="US News Best Children's Hospitals 2016 - 2017"><img
    …   src="/sites/default/files/media_center/images/best-childrens-hospitals-102016_sm.png"
    …   ></li>
142025  <li class="magnet" alt="Magnet Recognition"><img
    …   src="/sites/default/files/images/footer/ANCCMagnet_CMYK_12.png"></li>
142026  </ul>     </div>
142027
142028    </div><!-- /block-inner -->
```

```
142029
142030  </div><!-- /block -->
142031
142032
142033
142034  <div id="block-block-5" class="block block-block even  grid16-16
    …   copyright-information">
142035
142036    <div class="inner clearfix">
142037
142038              <div class="content clearfix">
142039
142040        <div class="left copyright-left not-for-mobile"> <br>
142041  St. Louis Children's Hospital is affiliated with <a
    …   href="http://wuphysicians.wustl.edu/">Washington University School of
        Medicine</a></div>
142042
142043  <div class="right copyright-right">
142044  <div class="copyright">
142045  Copyright &copy; 2016, St. Louis Children's Hospital, All Rights Reserved
142046  </div>
142047  <div>
142048  St. Louis Children's Hospital &bull; One Children's Place &bull; St. Louis, MO &bull;
    …   63110 &bull; 314.454.6000
142049  </div>
142050  </div>      </div>
142051
142052    </div><!-- /block-inner -->
142053
142054  </div><!-- /block -->
142055
142056
142057
142058  <div id="block-block-16" class="block block-block odd   grid16-1">
142059
142060    <div class="inner clearfix">
142061
142062              <div class="content clearfix">
142063
142064        <script language='JavaScript1.1'
    …   src='//pixel.mathtag.com/event/js?mt_id=605537&mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
    …   '></script>      </div>
142065
142066    </div><!-- /block-inner -->
142067
142068  </div><!-- /block -->
142069
142070
142071
142072  <div id="block-block-13" class="block block-block even   grid16-1">
142073
142074    <div class="inner clearfix">
142075
142076              <div class="content clearfix">
142077
142078
142079  <!--
142080  Start of DoubleClick Floodlight Tag: Please do not remove
142081  Activity name of this tag: Tagxx Section
142082  URL of the webpage where the tag is expected to be placed:
    …   http://www.stlouischildrens.orghomeThis tag must be placed between the <body> and
    …   </body> tags, as close as possible to the opening tag.
142083  Creation Date: 03/22/2012
142084  -->
142085  <script type="text/javascript">
142086  var axel = Math.random() + "";
142087  var a = axel * 10000000000000;
142088  document.write('<iframe
```

```
142088  src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
   …    ' + a + '?" width="1" height="1" frameborder="0" style="display:none"></iframe>');
142089  </script>
142090  <noscript>
142091  <iframe
   …    src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
   …    1?" width="1" height="1" frameborder="0" style="display:none"></iframe>
142092  </noscript>
142093
142094  <!-- End of DoubleClick Floodlight Tag: Please do not remove -->
142095      </div>
142096
142097    </div><!-- /block-inner -->
142098
142099  </div><!-- /block -->
142100
142101
142102
142103  <div id="block-block-26" class="block block-block odd   grid16-1">
142104
142105    <div class="inner clearfix">
142106
142107          <div class="content clearfix">
142108
142109        <script type="text/javascript">
142110  $('.media-links ul li a').hover(
142111    function() {
142112      var current_src = $(this).find('img').attr('src');
142113      var change_src = current_src.replace('.png','_on.png');
142114      $(this).find('img').attr('src', change_src);
142115    },
142116    function() {
142117      var current_src = $(this).find('img').attr('src');
142118      var change_src = current_src.replace('_on.png','.png');
142119      $(this).find('img').attr('src', change_src);
142120    }
142121  );
142122  </script>      </div>
142123
142124    </div><!-- /block-inner -->
142125
142126  </div><!-- /block -->
142127
142128
142129
142130  <div id="block-block-46" class="block block-block even   grid16-1">
142131
142132    <div class="inner clearfix">
142133
142134          <div class="content clearfix">
142135
142136        <script type="text/javascript">
142137  $('.mobile-nav-select').change(function() {
142138    window.location.href = $(this).val();
142139  });
142140
142141  (function(doc) {
142142    var viewport = document.getElementById('viewport');
142143    if ( navigator.userAgent.match(/iPad/i) ) {
142144      doc.getElementById("viewport").setAttribute("content", "initial-scale=0.7");
142145      $('#button-appointment').css('background',
   …    'url("/sites/all/themes/slch_theme/img/request-appointment-tier2.jpg") no-repeat
   …    scroll 0 0 transparent');
142146      $('#button-appointment').css('height','3em');
142147      $('#button-appointment').css('margin-bottom','0.5em');
142148      $('#button-appointment').css('width','186px');
142149      $('#button-directions').css('background',
   …    'url("/sites/all/themes/slch_theme/img/get-directions-tier2.jpg") no-repeat scroll 0
```

```
142149…  0 transparent ");
142150        $('#button-directions').css('height','3em');
142151        $('#button-directions').css('width','186px');
142152      } else {
142153        doc.getElementById("viewport").setAttribute("content","width=device-width,
    …  initial-scale=1, maximum-scale=1");
142154      }
142155  }(document));
142156  </script>     </div>
142157
142158    </div><!-- /block-inner -->
142159
142160  </div><!-- /block -->
142161
142162
142163
142164  <div id="block-block-71" class="block block-block odd   grid16-1">
142165
142166    <div class="inner clearfix">
142167
142168              <div class="content clearfix">
142169
142170        <!-- start number replacer -->
142171
142172  <script type="text/javascript"><!--
142173
142174  vs_account_id     = "CA6phU1O-wRVXQCr";
142175
142176  //--></script>
142177
142178  <script type="text/javascript"
    …  src="http://calls.tsunela.com/euinc/number-changer.js";>
142179
142180  </script>
142181
142182  <!-- end ad widget -->     </div>
142183
142184    </div><!-- /block-inner -->
142185
142186  </div><!-- /block -->
142187
142188
142189
142190  <div id="block-block-101" class="block block-block even   last   grid16-7">
142191
142192    <div class="inner clearfix">
142193
142194              <div class="content clearfix">
142195
142196        <script type="application/ld+json">
142197  { "@context" : "http://schema.org",
142198    "@type" : "Organization",
142199    "name" : "St. Louis Children's Hospital",
142200    "logo":
    …  "http://www.stlouischildrens.org/sites/default/files/media_center/files/slchlogo.gif"
    …  ,
142201    "url" : "http://www.stlouischildrens.org",
142202    "sameAs" : [ "http://www.facebook.com/stlchildrens",
142203        "http://www.twitter.com/stlchildrens",
142204        "http://plus.google.com/115247550124498564357",
142205        "http://instagram.com/stlchildrens",
142206        "http://www.youtube.com/user/ChildrensHospitalStl",
142207        "http://www.linkedin.com/company/st.-louis-children%27s-hospital"]
142208  }
142209  </script>     </div>
142210
142211    </div><!-- /block-inner -->
142212
```

Page 4502

```
142213  </div><!-- /block -->
142214
142215
142216  <div class="menu-minipanels menu-minipanel-21001"><div class="panel-display
    …   panel-1col clear-block" id="mini-panel-topnav_ourservices">
142217    <div class="panel-panel panel-col">
142218      <div>
142219
142220  <div class="panel-pane pane-custom pane-1 drop-panel-toplink" >
142221
142222
142223
142224    <div class="pane-content">
142225      <div id="services-search" class="block block-search">
142226      <div class="inner clearfix">
142227        <div class="content clearfix">
142228          <form action="/our-services"  accept-charset="UTF-8" method="get"
    …   id="search-block-form" class="head-search">
142229            <label for="edit-search-block-form-1">Search</label>
142230            <input type="text" maxlength="128" name="srch" size="15" value="enter search
    …   term or phrase" title="" class="form-text" onFocus="this.value='';" />
142231            <input type="submit" name="op" id="edit-submit" value="Search"
    …   class="form-submit" />
142232          </form>
142233        </div>
142234      </div>
142235  </div>
142236
142237  <div id="services-quick-links">
142238    <h6>Quick Links</h6>
142239    <ul>
142240      <li><a href="/our-services#medical-services">All Medical Services
    …   &raquo;</a></li>
142241        <li><a href="/our-services#family-services"
    …   onload="javascript:changeTab('services-content', 'family-services');">Family Services
    …   &raquo;</a></li>
142242        <li><a href="/our-services#offsite-services"
    …   onload="javascript:changeTab('services-content', 'offsite-services');">Offsite
    …   Services &raquo;</a></li>
142243        <li><a href="/our-services/physicians">Find a Physician &raquo;</a></li>
142244      </ul>
142245  </div>
142246
142247  <div id="services-browse-a-z">
142248    <h6>Quick Links</h6>
142249    <ul>
142250      <li><a href="/our-services?initial=A">A</a></li>
142251      <li><a href="/our-services?initial=B">B</a></li>
142252      <li><a href="/our-services?initial=C">C</a></li>
142253      <li><a href="/our-services?initial=D">D</a></li>
142254      <li><a href="/our-services?initial=E">E</a></li>
142255      <li><a href="/our-services?initial=F">F</a></li>
142256      <li><a href="/our-services?initial=G">G</a></li>
142257      <li><a href="/our-services?initial=H">H</a></li>
142258      <li><a href="/our-services?initial=I">I</a></li>
142259      <li><a href="/our-services?initial=J">J</a></li>
142260      <li><a href="/our-services?initial=K">K</a></li>
142261      <li><a href="/our-services?initial=L">L</a></li>
142262      <li><a href="/our-services?initial=M">M</a></li>
142263      <li><a href="/our-services?initial=N">N</a></li>
142264      <li><a href="/our-services?initial=O">O</a></li>
142265      <li><a href="/our-services?initial=P">P</a></li>
142266      <li><a href="/our-services?initial=Q">Q</a></li>
142267      <li><a href="/our-services?initial=R">R</a></li>
142268      <li><a href="/our-services?initial=S">S</a></li>
142269      <li><a href="/our-services?initial=T">T</a></li>
142270      <li><a href="/our-services?initial=U">U</a></li>
142271      <li><a href="/our-services?initial=V">V</a></li>
```

```
142272    <li><a href="/our-services?initial=W">W</a></li>
142273    <li><a href="/our-services?initial=X">X</a></li>
142274    <li><a href="/our-services?initial=Y">Y</a></li>
142275    <li><a href="/our-services?initial=Z">Z</a></li>
142276    <li class="view-all"><a href="/our-services?initial="">View All</a></li>
142277   </ul>
142278 </div>  </div>
142279
142280
142281   </div>
142282 </div>
142283   </div>
142284 </div>
142285 </div><div class="menu-minipanels menu-minipanel-21002"><div class="panel-display
 …  panel-1col clear-block" id="mini-panel-topnav_diseasesconditions">
142286   <div class="panel-panel panel-col">
142287     <div>
142288
142289 <div class="panel-pane pane-custom pane-2" >
142290
142291
142292
142293   <div class="pane-content">
142294     <div id="disease-conditions-search" class="block block-search">
142295   <div class="inner clearfix">
142296     <div class="content clearfix">
142297       <form action="/diseases-conditions"  accept-charset="UTF-8" method="get"
 …  id="search-block-form" class="head-search">
142298         <label>Search</label><input type="text" maxlength="128" name="srch" size="15"
 …  value="enter search term or phrase" title="" class="form-text"
 …  onFocus="this.value='';" /><input type="submit" name="op" id="edit-submit"
 …  value="Search"  class="form-submit" />
142299       </form>
142300     </div>
142301   </div>
142302 </div>
142303
142304 <div id="disease-conditions-browse-a-z">
142305   <h6>Browse</h6>
142306   <ul>
142307     <li><a href="/diseases-conditions?initial=A">A</a></li>
142308     <li><a href="/diseases-conditions?initial=B">B</a></li>
142309     <li><a href="/diseases-conditions?initial=C">C</a></li>
142310     <li><a href="/diseases-conditions?initial=D">D</a></li>
142311     <li><a href="/diseases-conditions?initial=E">E</a></li>
142312     <li><a href="/diseases-conditions?initial=F">F</a></li>
142313     <li><a href="/diseases-conditions?initial=G">G</a></li>
142314     <li><a href="/diseases-conditions?initial=H">H</a></li>
142315     <li><a href="/diseases-conditions?initial=I">I</a></li>
142316     <li><a href="/diseases-conditions?initial=J">J</a></li>
142317     <li><a href="/diseases-conditions?initial=K">K</a></li>
142318     <li><a href="/diseases-conditions?initial=L">L</a></li>
142319     <li><a href="/diseases-conditions?initial=M">M</a></li>
142320     <li><a href="/diseases-conditions?initial=N">N</a></li>
142321     <li><a href="/diseases-conditions?initial=O">O</a></li>
142322     <li><a href="/diseases-conditions?initial=P">P</a></li>
142323     <li><a href="/diseases-conditions?initial=Q">Q</a></li>
142324     <li><a href="/diseases-conditions?initial=R">R</a></li>
142325     <li><a href="/diseases-conditions?initial=S">S</a></li>
142326     <li><a href="/diseases-conditions?initial=T">T</a></li>
142327     <li><a href="/diseases-conditions?initial=U">U</a></li>
142328     <li><a href="/diseases-conditions?initial=V">V</a></li>
142329     <li><a href="/diseases-conditions?initial=W">W</a></li>
142330     <li><a href="/diseases-conditions?initial=X">X</a></li>
142331     <li><a href="/diseases-conditions?initial=Y">Y</a></li>
142332     <li><a href="/diseases-conditions?initial=Z">Z</a></li>
142333     <li class="last view-all"><a href="/diseases-conditions?initial="">View
 …  All</a></li>
```

```
142334      </ul>
142335  </div>  </div>
142336
142337
142338      </div>
142339  </div>
142340      </div>
142341  </div>
142342  </div><div class="menu-minipanels menu-minipanel-21003"><div class="panel-display
    …  panel-1col clear-block" id="mini-panel-topnav_patientsfamilies">
142343      <div class="panel-panel panel-col">
142344        <div>
142345
142346  <div class="panel-pane pane-custom pane-3 drop-panel-toplink" >
142347
142348
142349
142350    <div class="pane-content">
142351        <div id="patients-families-information-1">
142352  <h6>Information</h6>
142353  <ul>
142354  <li><a href="/patients-families/inpatient-visit">Inpatient Visit &raquo;</a></li>
142355  <li><a href="/patients-families/outpatient-visit">Outpatient Visit &raquo;</a></li>
142356  <li><a href="/patients-families/same-day-surgery">Same Day Surgery &raquo;</a></li>
142357  <li><a href="/patients-families/patient-rights">Patient Rights &raquo;</a></li>
142358  <li><a href="/patients-families/international-patients">International Patients
    …  &raquo;</a></li>
142359  <li><a href="/patients-families/billinginsurance-services">Billing/Insurance Services
    …  &raquo;</a></li>
142360  </ul>
142361  </div>
142362  <div id="patients-families-information-2">
142363  <ul>
142364  <li><a href="/patients-families/medical-records">Medical Records &raquo;</a></li>
142365  <li><a href="/patients-families/hospital-services">Hospital Services &raquo;</a></li>
142366  <li><a href="/patients-families/visiting">Visiting &raquo;</a></li>
142367  <li><a href="/patients-families/myhealthfolders">myHealthFolders &raquo;</a></li>
142368  <li><a href="/patients-families/caringbridge">CaringBridge &raquo;</a></li>
142369  <li><a href="/patients-families/just-kids">Just for Kids &raquo;</a></li>
142370  </ul>
142371  </div>
142372  <div id="patients-families-maps">
142373  <h6>Maps &amp; Directions</h6>
142374  <ul>
142375  <li><a href="/patients-families/hospital-maps">Hospital Maps &raquo;</a></li>
142376  <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
142377  <li><a href="/get-directions">Directions &raquo;</a></li>
142378  <li><a href="/get-directions"><img
    …  src="/sites/all/themes/slch_theme/img/map-thumb-patients-families.jpg" alt="Maps
    …  &amp; Directions" /></a></li>
142379  </ul>
142380  </div>
142381      </div>
142382
142383
142384      </div>
142385  </div>
142386      </div>
142387  </div>
142388  </div><div class="menu-minipanels menu-minipanel-21011"><div class="panel-display
    …  panel-1col clear-block" id="mini-panel-topnav_healthresources">
142389      <div class="panel-panel panel-col">
142390        <div>
142391
142392  <div class="panel-pane pane-custom pane-4" >
142393
142394
142395
```

```
142396    <div class="pane-content">
142397      <div id="health-resource-1">
142398      <ul class="health-resource-bg">
142399        <li><a href="/health-resources/health-info" id="health-info">Access to our health
…     library, medical animations, health tip videos and more!</a></li>
142400      </ul>
142401    </div>
142402    <div id="health-resources-2">
142403      <h6>Additional Resources</h6>
142404      <ul>
142405        <li><a href="/classes-events">Classes &amp; Events &raquo;</a></li>
142406        <li><a href="/health-resources/family-resource-center">Family Resource Center
…     &raquo;</a></li>
142407        <li><a href="/health-resources/advocacy-outreach">Advocacy &amp; Outreach
…     &raquo;</a></li>
142408        <li><a href="/resources/community-education">Community Education &raquo;</a></li>
142409        <li><a href="/health-resources/support-groups">Support Groups &raquo;</a></li>
142410        <li><a href="/health-resources/answer-line-454kids">Answer Line (454.KIDS)
…     &raquo;</a></li>
142411        <li><a href="/our-services/psychology-services/teen-helpline-454teen">Teen
…     Helpline (454.TEEN) &raquo;</a></li>
142412        <li><a href="/health-resources/permission-treat">Permission to Treat
…     &raquo;</a></li>
142413      </ul>
142414    </div>  </div>
142415
142416
142417    </div>
142418  </div>
142419    </div>
142420  </div>
142421  </div><div class="menu-minipanels menu-minipanel-21012"><div class="panel-display
…     panel-1col clear-block" id="mini-panel-topnav_healthcare_professionals">
142422    <div class="panel-panel panel-col">
142423      <div>
142424
142425  <div class="panel-pane pane-custom pane-5 drop-panel-toplink" >
142426
142427
142428
142429    <div class="pane-content">
142430      <div id="health-care-professionals-1">
142431      <h6>For Health Professionals</h6>
142432      <ul>
142433        <li><a href="/health-care-professionals/physicians">For Physicians
…     &raquo;</a></li>
142434        <li><a href="/health-care-professionals/nurses">For Nurses &raquo;</a></li>
142435        <li><a href="/health-care-professionals/education">Education &raquo;</a></li>
142436        <li><a href="/health-care-professionals/research">Research &raquo;</a></li>
142437        <li><a href="/health-care-professionals/publications">Publications
…     &raquo;</a></li>
142438        <li><a
…     href="/health-care-professionals/physicians/childrens-direct-access-line">Children's
…     Direct &raquo;</a></li>
142439        <li><a href="/health-care-professionals/resources">Clinical Resources
…     &raquo;</a></li>
142440        <li><a href="http:/slchlabtestguide.bjc.org/default.aspx">Clinical Laboratories
…     &raquo;</a></li>
142441      </ul>
142442    </div>
142443    <div id="health-care-professionals-2">
142444      <ul>
142445        <li><a href="/our-services/physicians">Browse/Search the Directory
…     &raquo;</a></li>
142446        <li><a href="#"><img src="/sites/default/files/images/doctor.jpg" alt=""
…     /></a></li>
142447      </ul>
142448    </div>  </div>
```

```
142449
142450
142451     </div>
142452   </div>
142453     </div>
142454   </div>
142455   </div><div class="menu-minipanels menu-minipanel-21013"><div class="panel-display
      …  panel-1col clear-block" id="mini-panel-topnav_waystogive">
142456     <div class="panel-panel panel-col">
142457       <div>
142458
142459   <div class="panel-pane pane-custom pane-6 drop-panel-toplink" >
142460
142461
142462
142463     <div class="pane-content">
142464        <div id="ways-give-1">
142465   <h6>Support St. Louis Children's Hospital</h6>
142466   <ul>
142467   <li><a href="/ways-give/giving-opportunities">Donate &raquo;</a></li>
142468   <li><a href="/ways-give/how-your-gift-helps">How Your Gift Helps &raquo;</a></li>
142469   <li><a href="/ways-give/events-and-promotions">Events &amp; Promotions
      …  &raquo;</a></li>
142470   <li><a href="/ways-give/friends-young-friends">Friends &amp; Young Friends
      …  &raquo;</a></li>
142471   <li><a href="/ways-give/publications">Publications &raquo;</a></li>
142472   <li><a href="/about-us/childrens-discovery-institute">Children's Discovery Institute
      …  &raquo;</a></li>
142473   <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
      …  &raquo;</a></li>
142474   <li><a href="/ways-give/volunteering">Volunteering &raquo;</a></li>
142475   </ul>
142476   </div>
142477   <div id="ways-give-2">
142478     <img src="/sites/all/themes/slch_theme/img/young-patient.jpg" alt="Ways to Give -
      …  Young Patient" />
142479   </div>
142480     </div>
142481
142482
142483     </div>
142484   </div>
142485     </div>
142486   </div>
142487   </div><div class="menu-minipanels menu-minipanel-21014"><div class="panel-display
      …  panel-1col clear-block" id="mini-panel-topnav_aboutus">
142488     <div class="panel-panel panel-col">
142489       <div>
142490
142491   <div class="panel-pane pane-custom pane-7" >
142492
142493
142494
142495     <div class="pane-content">
142496        <h6>About St. Louis Children's Hospital</h6>
142497   <div id="about-us-1">
142498     <ul>
142499        <li><a href="/about-us">About Us &raquo;</a></li>
142500        <li><a href="/about-us/mission-values">Mission &amp; Values &raquo;</a></li>
142501        <li><a href="/about-us/history">History &raquo;</a></li>
142502        <li><a href="/about-us/community-services">Community Services &raquo;</a></li>
142503        <li><a href="/media-center">Media Center &raquo;</a></li>
142504        <li><a href="/employment">Employment &raquo;</a></li>
142505        <li><a href="/form/about-us/contact-us">Contact Us &raquo;</a></li>
142506     </ul>
142507   </div>
142508   <div id="about-us-2">
142509     <ul>
```

```
142510    <li><a href="/about-us/meet-our-patients">Meet Our Patients &raquo;</a></li>
142511    <li><a href="/about-us/childrens-discovery-institute">Children's Discovery
     … Institute &raquo;</a></li>
142512    <li><a href="/about-us/quality-reports">Quality Reports &raquo;</a></li>
142513    <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
142514    <li><a href="/media-center/social-media">Social Media &raquo;</a></li>
142515    <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
     … &raquo;</a></li>
142516    <li><a href="/community-health-needs-assessment">Community Health Needs
     … Assessment &raquo;</a></li>
142517    </ul>
142518 </div>
142519 <img src="/sites/all/themes/slch_theme/img/thumb-aboutus.jpg" alt="" />  </div>
142520
142521
142522    </div>
142523 </div>
142524    </div>
142525 </div>
142526 </div></div><!-- /footer-inner -->
142527 </div><!-- /footer -->
142528 </div><!-- /footer-wrapper -->
142529
142530
142531    <!-- footer-message row: width = grid_width -->
142532
142533    <div id="footer-message-wrapper" class="footer-message-wrapper full-width">
142534
142535      <div id="footer-message" class="footer-message row grid16-16">
142536
142537        <div id="footer-message-inner" class="footer-message-inner inner clearfix">
142538
142539                <div><!-- /footer-message-inner -->
142540
142541      </div><!-- /footer-message -->
142542
142543    </div><!-- /footer-message-wrapper -->
142544
142545
142546
142547    </div><!-- /page-inner -->
142548
142549  </div><!-- /page -->
142550
142551    <script type="text/javascript">
142552 var fby = fby || [];
142553 fby.push(['showTab', {id: '5074', position: 'right', color: '#825FDA'}]);
142554 (function () {
142555    var f = document.createElement('script'); f.type = 'text/javascript'; f.async =
     … true;
142556    f.src = '//cdn.feedbackify.com/f.js';
142557    var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(f,
     … s);
142558 })();
142559 </script><script
     … type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net
     … ","licenseKey":"70f4967c33","applicationID":"1885865","transactionName":"
     … NgcENRZUXhcFAkFaXA9NMxMNGlkKAARNHUMJEg==","queueTime":0,"applicationTime":77,"atts":"
     … GkAHQ15OTRk=","errorBeacon":"bam.nr-data.net","agent":""}</script></body>
142560
142561 </html>
142562 ************************************************
142563 The following data is from stlouischildrens_org-source-20160728.txt
142564 ************************************************
142565 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
     … "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
142566
142567 <html xmlns="http://www.w3.org/1999/xhtml"
```

142567 xmlns:og="http://opengraphprotocol.org/schema/" lang="en" xml:lang="en">
142568
142569
142570
142571 <head>
142572 <meta http-equiv="Content-Type" content="text/html; charset=utf-8" /><script
type="text/javascript">window.NREUM||(NREUM={}),__nr_require=function(e,n,t){function
r(t){if(!n[t]){var o=n[t]={exports:{}};e[t][0].call(o.exports,function(n){var
o=e[t][1][n];return r(o||n)},o,o.exports)}return n[t].exports}if("function"==typeof
__nr_require)return __nr_require;for(var o=0;o<t.length;o++)r(t[o]);return
r}({1:[function(e,n,t){function r(e,n){return function(){o(e,[(new
Date).getTime()].concat(a(arguments)),null,n)}}var
o=e("handle"),i=e(2),a=e(3);"undefined"==typeof window.newrelic&&(newrelic=NREUM);var
c=["setPageViewName","setCustomAttribute","finished","addToTrace","inlineHit"],u=[
"addPageAction"],f="api-";i(c,function(e,n){newrelic[n]=r(f+n,"api")}),i(u,function(e,
n){newrelic[n]=r(f+n)}),n.exports=newrelic,newrelic.noticeError=function(e){"string"=
=typeof e&&(e=new Error(e)),o("err",[e,(new
Date).getTime()])}},{}],2:[function(e,n,t){function r(e,n){var t=[],r="",i=0;for(r in
e)o.call(e,r)&&(t[i]=n(r,e[r]),i+=1);return t}var
o=Object.prototype.hasOwnProperty;n.exports=r},{}],3:[function(e,n,t){function
r(e,n,t){n||(n=0),"undefined"==typeof t&&(t=e.length:0);for(var
r=-1,o=t-n||0,i=Array(0>o?0:o);++r<o;)i[r]=e[n+r];return
i}n.exports=r},{}],ee:[function(e,n,t){function r(){}function o(e){function
n(e){return e&&e instanceof r?e:e?c(e,a,i):i()}function t(t,r,o){e&&e(t,r,o);for(var
i=n(o),a=l(t),c=a.length,u=0;c>u;u++)a[u].apply(i,r);var s=f[m[t]];return
s&&s.push([w,t,r,i]),i}function p(e,n){g[e]=l(e).concat(n)}function l(e){return
g[e]||[]}function d(e){return s[e]=s[e]||o(t)}function
v(e,n){u(e,function(e,t){n=n||"feature",m[t]=n,n in f||(f[n]=[])})}var
g={},m={},w={on:p,emit:t,get:d,listeners:l,context:n,buffer:v};return w}function
i(){return new r}var
a="nr@context",c=e("gos"),u=e(2),f={},s={},p=n.exports=o();p.backlog=f},{}],gos:[
function(e,n,t){function r(e,n,t){if(o.call(e,n))return e[n];var
r=t();if(Object.defineProperty&&Object.keys)try{return
Object.defineProperty(e,n,{value:r,writable:!0,enumerable:!1}),r}catch(i){}return
e[n]=r,r}var
o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(e,n,t){function
r(e,n,t,r){o.buffer([e],r),o.emit(e,n,t)}var
o=e("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(e,n,t){function r(e){var
n=typeof
e;return!e||"object"!==n&&"function"!==n?-1:e===window?0:a(e,i,function(){return
o++})}var o=1,i="nr@id",a=e("gos");n.exports=r},{}],loader:[function(e,n,t){function
r(){if(!b++){var
e=y.info=NREUM.info,n=s.getElementsByTagName("script")[0];if(e&&e.licenseKey&&e.
applicationID&&n){u(m,function(e,n){e[n]||(e[n]=t)});var
t="https"===g.split(":")[0]||e.sslForHttp?"https://":"http://",c("mark",["
onload",a()],null,"api");var
r=s.createElement("script");r.src=y.proto+e.agent,n.parentNode.insertBefore(r,n)}}}
function o(){"complete"===s.readyState&&i()}function
i(){c("mark",["domContent",a()],null,"api")}function a(){return(new
Date).getTime()}var
c=e("handle"),u=e(2),f=window,s=f.document,p="addEventListener",l="attachEvent",d=f.
XMLHttpRequest,v=d&&d.prototype;NREUM.o={ST:setTimeout,CT:clearTimeout,XHR:d,REQ:f.
Request,EV:f.Event,PR:f.Promise,MO:f.MutationObserver},e(1);var
g=""+location,m={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-
agent.newrelic.com/nr-952.min.js"},w=d&&v&&v[p]&&!/CriOS/.test(navigator.userAgent),y
=n.exports={offset:a(),origin:g,features:{},xhrWrappable:w};s[p]?(s[p]("
DOMContentLoaded",i,!1),f[p]("load",r,!1)):(s[l]("onreadystatechange",o),f[l]("onload
",r)),c("mark",["firstbyte",a()],null,"api");var b=0},{},{},["loader"]);</script>
142573
142574   <title> St. Louis Children&#039;s Hospital Official Web Site | St. Louis
Children&#039;s Hospital</title>
142575
142576   <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
142577 <link rel="canonical" href="http://www.stlouischildrens.org/" />
142578 <meta name="revisit-after" content="1 day" />
142579   <meta name="description" content="St. Louis Children's Hospital is one of the best
children's hospitals in the country and the top children's hospital in Missouri. Find
information on pediatricians, child health issues, child health care and more." />

```
142580  <meta name="keywords" content="hospital, pediatric, childrens hospital, pediatric st
        louis, medicine, st louis child hospital, st louis childrens hospital, child
        hospital, pediatrics, metropolitan pediatrics, pediatric doctor, hospital for sick
        child, pediatric clinic, childrens hospital st louis mo, children's hospital, st.
        louis childrens hospital, saint louis children's hospital, primary childrens
        hospital, st louis hospital, child specialized hospital, pediatric physician,
        pediatric specialty hospital, pediatric medicine" />
142581  <meta name="verify-v1" content="hk+vdT9+EQ7+Aapicvu6Z5TIxY/p3Mtgq+uS5h2Uefw=" />
142582  <meta name="google-site-verification"
        content="oEqZrMNcQfOupZdQcd32S7AfsXzLbXosPJu4t2oiJ-A" />
142583  <meta name="y_key" content="e4d7c417c81bde45" />
142584  <meta name="msvalidate.01" content="0CFF0E0FF05255C355CA207DF926405F" /><meta
        id="viewport" name="viewport">  <link type="text/css" rel="stylesheet" media="all"
        href="/sites/default/files/ctools/css/94354a96679a568437383cae7b3ed8ba.css?x" />
142585  <link type="text/css" rel="stylesheet" media="all"
        href="/sites/default/files/css/css_47cc8716a1eaaabaa3ef92c00feccf8c.css" />
142586    <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/fusion/fusion_core/css/grid16-960.css?x"/>
142587    <!--[if IE 8]>
142588
142589    <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/fusion/fusion_core/css/ie8-fixes.css?x" />
142590    <![endif]-->
142591
142592    <!--[if IE 7]>
142593
142594    <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/fusion/fusion_core/css/ie7-fixes.css?x" />
142595  <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/slch_theme/css/ie7-fixes.css?x" />
142596    <![endif]-->
142597
142598    <!--[if lte IE 6]>
142599
142600    <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/fusion/fusion_core/css/ie6-fixes.css?x"/>
142601  <link type="text/css" rel="stylesheet" media="all"
        href="/sites/all/themes/slch_theme/css/ie6-fixes.css?x"/>
142602    <![endif]-->
142603
142604      <script type="text/javascript"
        src="/sites/default/files/js/js_76e30d8d0474b2b59c61c72d4158e73c.js"></script>
142605  <script type="text/javascript">
142606  <!--//--><![CDATA[//><!--
142607  jQuery.extend(Drupal.settings, { "basePath": "/", "lightbox2": { "rtl": "0",
        "file_path": "/(\\w\\w/)sites/default/files", "default_image":
        "/modules/acquia/lightbox2/images/brokenimage.jpg", "border_size": 10, "font_color":
        "000", "box_color": "fff", "top_position": "", "overlay_opacity": "0.8",
        "overlay_color": "000", "disable_close_click": 0, "resize_sequence": 0,
        "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
        1, "disable_resize": 1, "disable_zoom": 0, "force_show_nav": 0, "show_caption": 1,
        "loop_items": 0, "node_link_text": "View Image Details", "node_link_target": 0,
        "image_count": "Image !current of !total", "video_count": "Video !current of !total",
        "page_count": "Page !current of !total", "lite_press_x_close": "press \x3ca
        href=\"#\" onclick=\"hideLightbox(); return
        FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to close", "download_link_text": "",
        "enable_login": false, "enable_contact": false, "keys_close": "c x 27",
        "keys_previous": "p 37", "keys_next": "n 39", "keys_zoom": "z", "keys_play_pause":
        "32", "display_image_size": "original", "image_node_sizes": "()",
        "trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
        "trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
        "trigger_lightframe_group_classes": "", "custom_class_handler": 0,
        "custom_trigger_classes": "", "disable_for_gallery_lists": 1,
        "disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
        "slideshow_interval": 5000, "slideshow_automatic_start": true,
        "slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
        false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": 660,
        "iframe_height": 377, "iframe_border": 0, "enable_video": 0 }, "menuMinipanels": {
```

"panels": { "panel_21001": { "position": { "target": false, "target_custom": "",
"type": "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } },
"show": { "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade",
"length": "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade",
"length": "125" } }, "style": { "name": "dark", "width": { "min": "540", "max": "540"
}, "border": { "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21001"
}, "panel_21002": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "250" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21002" },
"panel_21003": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21003" },
"panel_21011": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "540", "color": "#ffffff", "radius": "0" } }, "mlid": "21011" },
"panel_21012": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "446", "max": "446" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21012" },
"panel_21013": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "376", "max": "376" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21013" },
"panel_21014": { "position": { "target": false, "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "light", "width": { "min": "492", "max": "492" }, "border": {
"width": "0", "color": "#ffffff", "radius": "0" } }, "mlid": "21014" } },
"googleAnalyticsETSettings": { "selectors": [ { "event": "mousedown", "selector":
".node-type-physician li.video-bio a", "category": "Physician Profile Tabs",
"action": "click", "label": "Video tab", "value": 0, "noninteraction": true }, {
"event": "mousedown", "selector": ".node-type-physician li.education-certs a",
"category": "Physician Profile Tabs", "action": "click", "label": "Education tab",
"value": 0, "noninteraction": true }, { "event": "mousedown", "selector":
".node-type-physician li.publications a", "category": "Physician Profile Tabs",
"action": "click", "label": "Publications tab", "value": 0, "noninteraction": true },
{ "event": "mousedown", "selector": ".node-type-physician li.insurance-info a",
"category": "Physician Profile Tabs", "action": "click", "label": "Insurance tab",
"value": 0, "noninteraction": true } ] }, "extlink": { "extTarget": "_blank",
"extClass": 0, "extSubdomains": 1, "extExclude": "", "extInclude": "",
"extCssExclude": "", "extCssExplicit": "", "extAlert": 0, "extAlertText": "This link
will take you to an external web site. We are not responsible for their content.",
"mailtoClass": 0 }, "views": { "ajax_path": [ "/views/ajax", "/views/ajax",
"/views/ajax", "/views/ajax" ], "ajaxViews": [ { "view_name": "video_library",
"view_display_id": "panel_pane_6", "view_args": "20566", "view_path": "home",
"view_base_path": "media-center/video-library/default", "view_dom_id": 3,
"pager_element": 0 }, { "view_name": "video_library", "view_display_id": "default",
"view_args": "", "view_path": "home", "view_base_path":
"media-center/video-library/default", "view_dom_id": 2, "pager_element": 0 }, {
"view_name": "video_library", "view_display_id": "panel_pane_5", "view_args":
"20566", "view_path": "home", "view_base_path": "media-center/video-library/default",
"view_dom_id": 4, "pager_element": 0 }, { "view_name": "video_library",
"view_display_id": "panel_pane_4", "view_args": "", "view_path": "home",
"view_base_path": "media-center/video-library/default", "view_dom_id": 5,

```
142607  "pagel_element" : 0 } ] }, "googleanalytics" : { "trackoutbound" : 1, "trackMailto": 1,
        "trackDownload": 1, "trackDownloadExtensions":
        "7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|
        jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|
        ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m
        |b)?|xlt(x|m)|xlam|xml|z|zip" } });
142608  //--><![]]>
142609  </script>
142610  <script type="text/javascript">
142611  <!--//--><![CDATA[//><!--
142612  (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
        [r].q||[]).push(arguments)},i[r].l=1*new
        Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
        parentNode.insertBefore(a,m)})(window,document,"script","//www.google-analytics.com/
        analytics.js","ga");ga("create", "UA-5276552-1", { "cookieDomain": "auto"
        });ga("send", "pageview");
142613  //--><![]]>
142614  </script>
142615    <script type="text/javascript"
142616  src="/sites/all/themes/fusion/fusion_core/js/listing.js"></script>
142617    <script src="//use.typekit.net/pws3uwr.js"></script>
142618
142619    <script>try{Typekit.load();}catch(e){}</script>
142620
142621  </head>
142622
142623
142624
142625  <body id="pid-home" class="front not-logged-in page-home no-sidebars i18n-en panels
        layout-main sidebars-split font-size-12 grid-type-960 grid-width-16">
142626
142627    <div id="page" class="page">
142628
142629      <div id="page-inner" class="page-inner">
142630
142631        <div id="skip">
142632
142633          <a href="#main-content-area">Skip to Main Content Area</a>
142634
142635        </div>
142636
142637
142638
142639        <!-- header-top row: width = grid_width -->
142640
142641        <div id="header-top-wrapper" class="header-top-wrapper full-width">
142642  <div id="header-top" class="header-top row grid16-16">
142643  <div id="header-top-inner" class="header-top-inner inner clearfix">
142644
142645
142646  <div id="block-block-116" class="block block-block odd first last  grid16-16">
142647
142648    <div class="inner clearfix">
142649
142650            <div class="content clearfix">
142651
142652        <script>
142653  var versaTag = {};
142654  versaTag.id = "4713";
142655  versaTag.sync = 0;
142656  versaTag.dispType = "js";
142657  versaTag.ptcl = "HTTPS";
142658  versaTag.bsUrl = "bs.serving-sys.com/BurstingPipe";
142659  //VersaTag activity parameters include all conversion parameters including custom
        parameters and Predefined parameters. Syntax: "ParamName1":"ParamValue1",
        "ParamName2":"ParamValue2". ParamValue can be empty.
142660  versaTag.activityParams = {
```

Page 4512

```
142661  //Predefined parameters:
142662  "Session":""
142663  //Custom parameters:
142664  };
142665  //Static retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
    …   "TagID2":"ParamValue2". ParamValue can be empty.
142666  versaTag.retargetParams = {};
142667  //Dynamic retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
    …   "TagID2":"ParamValue2". ParamValue can be empty.
142668  versaTag.dynamicRetargetParams = {};
142669  // Third party tags conditional parameters and mapping rule parameters. Syntax:
    …   "CondParam1":"ParamValue1", "CondParam2":"ParamValue2". ParamValue can be empty.
142670  versaTag.conditionalParams = {};
142671  </script>
142672  <script id="ebOneTagUrlId"
    …   src="https://secure-ds.serving-sys.com/SemiCachedScripts/ebOneTag.js"></script>
142673  <noscript>
142674  <iframe src="https://bs.serving-sys.com/BurstingPipe?
142675  cn=ot&amp;
142676  onetagid=4713&amp;
142677  ns=1&amp;
142678  activityValues=$$Session=[Session]$$&amp;
142679  retargetingValues=$$$$&amp;
142680  dynamicRetargetingValues=$$$$&amp;
142681  acp=$$$$&amp;"
142682  style="display:none;width:0px;height:0px"></iframe>
142683  </noscript>      </div>
142684
142685    </div><!-- /block-inner -->
142686
142687  </div><!-- /block -->
142688
142689  </div><!-- /header-top-inner -->
142690  </div><!-- /header-top -->
142691  </div><!-- /header-top-wrapper -->
142692
142693
142694          <!-- header-group row: width = grid_width -->
142695
142696          <div id="header-group-wrapper" class="header-group-wrapper full-width">
142697
142698            <div id="header-group" class="header-group row grid16-16">
142699
142700              <div id="header-group-inner" class="header-group-inner inner clearfix">
142701
142702
142703
142704
142705
142706
142707
142708  <div id="block-block-3" class="block block-block odd first grid16-8
    …   full-header-logo-block">
142709
142710    <div class="inner clearfix">
142711
142712                <div class="content clearfix">
142713
142714        <div style="width: 475px;">
142715  <h2 class="text-hide">Children's Hospital • St. Louis | BJC HealthCare</h2>
142716  <br />
142717  <a href="http://www.stlouischildrens.org"><img
    …   src="/sites/all/themes/slch_theme/img/logo_slch.png" alt="St. Louis Children's
    …   Hospital Logo" class="logo" width="352" title="St. Louis Children's Hospital"></a><a
    …   href="http://www.bjc.org/Default.aspx"><img
    …   src="/sites/all/themes/slch_theme/img/logo_bjc.png" alt="BJC Health Care" title="BJC
    …   Health Care" class="logo" width="115"></a>
142718  <br/>
```

```
142719  </div>        </div>
142720
142721     </div><!-- /block-inner -->
142722
142723  </div><!-- /block -->
142724
142725
142726
142727  <div id="block-block-36" class="block block-block even  header-mobile-block
     …  for-mobile grid16-4">
142728
142729     <div class="inner clearfix">
142730
142731             <div class="content clearfix">
142732
142733         <div class="header-search">
142734  <form method="get" action="/search-results"> <input type="submit" /><input
     …  type="text" name="srch" /> </form>
142735  </div>
142736  <div class="header-image-mobile"><a href="http://www.stlouischildrens.org/"><img
     …  src="/sites/all/themes/slch_theme/img/logo_slch_smaller.png" alt="Mobile Header"
     …  title="Mobile Header" /></a></div>
142737         </div>
142738
142739     </div><!-- /block-inner -->
142740
142741  </div><!-- /block -->
142742
142743
142744
142745  <div id="block-menu-primary-links" class="block block-menu odd  grid16-8 fusion-right
     …  fusion-right-content fusion-inline-menu not-for-mobile">
142746
142747     <div class="inner clearfix">
142748
142749             <div class="content clearfix">
142750
142751         <ul class="menu"><li class="leaf first"><a
     …  href="http://www.stlouischildrens.org/es/en-espanol" title="">En Español</a></li>
142752  <li class="leaf"><a href="http://www.stlouischildrens.org/form/about-us/contact-us"
     …  title="">Contact Us</a></li>
142753  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
142754  <li class="leaf"><a href="/employment" title="">Employment</a></li>
142755  <li class="leaf last"><a
     …  href="http://www.stlouischildrens.org/patients-families/myHealthFolders"
     …  title="">myHealthFolders</a></li>
142756  </ul>        </div>
142757
142758     </div><!-- /block-inner -->
142759
142760  </div><!-- /block -->
142761
142762
142763
142764  <div id="block-block-10" class="block block-block even  last grid16-8 fusion-right
     …  fusion-right-content header-search full-header-search-block">
142765
142766     <div class="inner clearfix">
142767
142768             <div class="content clearfix">
142769
142770         <form action="/search-results" method="get">
142771
142772       <input name="srch" type="text" />
142773
142774       <input type="submit" />
142775
142776  </form>      </div>
```

```
142777
142778        </div><!-- /block-inner -->
142779
142780  </div><!-- /block -->
142781
142782                          </div><!-- /header-group-inner -->
142783
142784          </div><!-- /header-group -->
142785
142786        </div><!-- /header-group-wrapper -->
142787
142788
142789
142790        <!-- preface-top row: width = grid_width -->
142791
142792        <div id="preface-top-wrapper" class="preface-top-wrapper full-width">
142793  <div id="preface-top" class="preface-top row grid16-16">
142794  <div id="preface-top-inner" class="preface-top-inner inner clearfix">
142795
142796
142797  <div id="block-menu-menu-top-nav-bar" class="block block-menu odd first last top-nav
        not-for-mobile grid16-16">
142798
142799    <div class="inner clearfix">
142800
142801              <div class="content clearfix">
142802
142803        <ul class="menu"><li class="leaf first"><a
        href="http://www.stlouischildrens.org/our-services" title="" class="menu-minipanel
        menu-minipanel-21001">Our Services</a></li>
142804  <li class="leaf"><a href="http://www.stlouischildrens.org/diseases-conditions"
        title="" class="menu-minipanel menu-minipanel-21002">Diseases &amp;
        Conditions</a></li>
142805  <li class="leaf"><a href="http://www.stlouischildrens.org/patients-families" title=""
        class="menu-minipanel menu-minipanel-21003">Patients &amp; Families</a></li>
142806  <li class="leaf"><a href="http://www.stlouischildrens.org/health-resources" title=""
        class="menu-minipanel menu-minipanel-21011">Health Resources</a></li>
142807  <li class="leaf"><a href="http://www.stlouischildrens.org/health-care-professionals"
        title="" class="menu-minipanel menu-minipanel-21012">For Health Care
        Professionals</a></li>
142808  <li class="leaf"><a href="http://www.stlouischildrens.org/ways-give" title=""
        class="menu-minipanel menu-minipanel-21013">Ways to Give</a></li>
142809  <li class="leaf last"><a href="http://www.stlouischildrens.org/about-us" title=""
        class="menu-minipanel menu-minipanel-21014">About Us</a></li>
142810  </ul>     </div>
142811
142812    </div><!-- /block-inner -->
142813
142814  </div><!-- /block -->
142815
142816  </div><!-- /preface-top-inner -->
142817  </div><!-- /preface-top -->
142818  </div><!-- /preface-top-wrapper -->
142819
142820
142821        <!-- main row: width = grid_width -->
142822
142823        <div id="main-wrapper" class="main-wrapper full-width">
142824
142825        <div id="main" class="main row grid16-16">
142826
142827          <div id="main-inner" class="main-inner inner clearfix">
142828
142829
142830
142831              <!-- main group: width = grid_width - sidebar_first_width -->
142832
142833              <div id="main-group" class="main-group row nested grid16-16">
```

```
142834                    <div id="main-group-inner" class="main-group-inner inner">
142835
142836
142837
142838
142839                    <div id="main-content" class="main-content row nested">
142840
142841                        <div id="main-content-inner" class="main-content-inner inner">
142842
142843                        <!-- content group: width = grid_width - (sidebar_first_width +
…     sidebar_last_width) -->
142844
142845                        <div id="content-group" class="content-group row nested
…     grid16-16">
142846
142847                            <div id="content-group-inner" class="content-group-inner
…     inner">
142848
142849
142850
142851
142852
142853                            <div id="content-region" class="content-region row nested">
142854
142855                                <div id="content-region-inner" class="content-region-
…     inner">
142856
142857                                    <a name="main-content-area" id="main-content-area"></a>
142858
142859                                            <div id="content-inner"
…     class="content-inner block">
142860
142861                                    <div id="content-inner-inner"
…     class="content-inner-inner inner">
142862
142863
…     <div id="content-content" class="content-content">
142864
142865                                            <div class="panel-flexible panels-flexible-hompage
…     clear-block" >
142866 <div class="panel-flexible-inside panels-flexible-hompage-inside">
142867 <div class="panels-flexible-row panels-flexible-row-hompage-main-row
…     panels-flexible-row-first clear-block layout-banner-rotator">
142868   <div class="inside panels-flexible-row-inside
…     panels-flexible-row-hompage-main-row-inside panels-flexible-row-inside-first
…     clear-block">
142869 <div class="panels-flexible-region panels-flexible-region-hompage-center
…     panels-flexible-region-first panels-flexible-region-last banner-rotator">
142870   <div class="inside panels-flexible-region-inside
…     panels-flexible-region-hompage-center-inside panels-flexible-region-inside-first
…     panels-flexible-region-inside-last">
142871
142872
142873 <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-1 not-for-mobile" >
142874
142875
142876
142877   <div class="pane-content">
142878     <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_1
…     view-dom-id-1">
142879         <div class="view-header">
142880         <div class="rotate-banner-nav">
142881 <div id="slide-box-1" class="rotator-box slide-box-active"><span>1</span></div><div
…     id="slide-box-2" class="rotator-box slide-box"><span>2</span></div><div
…     id="slide-box-3" class="rotator-box slide-box"><span>3</span></div><div
…     id="slide-box-4" class="rotator-box slide-box"><span>4</span></div></div>
142882         </div>
142883
```

```
142884
142885
142886          <div class="view-content">
142887            <div class="slide first odd">
142888
142889
142890
142891
142892
142893
142894
142895              <a
     … href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
     … louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><img
     … src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/usnews_banner
     … .jpg" alt="Best Children's Hospital Rankings" title="" width="948" height="325"
     … class="imagecache imagecache-slideshow_image_homepage imagecache-default
     … imagecache-slideshow_image_homepage_default"/></a>
142896
142897
142898
142899          <h3>
142900
142901
142902              <a
     … href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
     … louis-children-s-hospital-in-all-10-best-children-s-hosp" title="">U.S.News
     … Rankings</a>
142903            </h3>
142904
142905
142906
142907          <div class="caption">
142908
142909
142910              <a
     … href="http://www.stlouischildrens.org/articles/news-releases/2016/usnews-ranks-st-
     … louis-children-s-hospital-in-all-10-best-children-s-hosp" title=""><p>Ranked in all
     … 10 Specialties</p></a>
142911            </div>
142912
142913        </div>
142914            <div class="slide even">
142915
142916
142917
142918
142919
142920
142921
142922              <a
     … href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
     … SDcCiU7IyKo" title=""><img
     … src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/wishom.jpg"
     … alt="Meet John, A Guardian of Childhood" title="" width="948" height="325"
     … class="imagecache imagecache-slideshow_image_homepage imagecache-default
     … imagecache-slideshow_image_homepage_default"/></a>
142923
142924
142925
142926          <h3>
142927
142928
142929              <a
     … href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
     … SDcCiU7IyKo" title="">Meet John</a>
142930            </h3>
142931
```

```
142932
142933
142934            <div class="caption">
142935
142936
142937                <a
…  href="https://www.youtube.com/watch?list=PL8JmSBqiwojQEDC-UOyMDH9IdIBmS_7Ab&v=
…  SDcCiU7IyKo" title=""><p>A Guardian of Childhood</p></a>
142938            </div>
142939
142940        </div>
142941        <div class="slide odd">
142942
142943
142944
142945
142946
142947
142948
142949                <a
…  href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
…  UOyMDH9IdIBmS_7Ab&index=1" title=""><img
…  src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/
…  guardians_tree2.jpg" alt="Guardians of Childhood" title="" width="948" height="325"
…  class="imagecache imagecache-slideshow_image_homepage imagecache-default
…  imagecache-slideshow_image_homepage_default"/></a>
142950
142951
142952
142953        <h3>
142954
142955
142956                <a
…  href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
…  UOyMDH9IdIBmS_7Ab&index=1" title="">New Campaign</a>
142957        </h3>
142958
142959
142960
142961        <div class="caption">
142962
142963
142964                <a
…  href="https://www.youtube.com/watch?v=JPtx0ScjNvc&list=PL8JmSBqiwojQEDC-
…  UOyMDH9IdIBmS_7Ab&index=1" title=""><p>Watch Our TV Ad</p></a>
142965            </div>
142966
142967        </div>
142968        <div class="slide last even">
142969
142970
142971
142972
142973
142974
142975
142976                <a
…  href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
…  UOyMDH9IdIBmS_7Ab" title=""><img
…  src="/sites/default/files/imagecache/slideshow_image_homepage/slideshow/vanhare.jpg"
…  alt="Meet George, A Guardian of Childhood" title="" width="948" height="325"
…  class="imagecache imagecache-slideshow_image_homepage imagecache-default
…  imagecache-slideshow_image_homepage_default"/></a>
142977
142978
142979
142980        <h3>
142981
```

```
142982
142983                <a
…    href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
…    UOyMDH9IdIBmS_7Ab" title="">Meet George</a>
142984           </h3>
142985
142986
142987
142988           <div class="caption">
142989
142990
142991                <a
…    href="https://www.youtube.com/watch?v=bvdb_EaTgMk&index=12&list=PL8JmSBqiwojQEDC-
…    UOyMDH9IdIBmS_7Ab" title=""><p>A Guardian of Childhood</p></a>
142992           </div>
142993
142994        </div>
142995        </div>
142996
142997
142998
142999
143000
143001
143002 </div>   </div>
143003
143004
143005    </div>
143006 <div class="panel-region-separator"></div>
143007
143008 <div class="panel-pane pane-custom pane-8 for-mobile" >
143009
143010
143011
143012    <div class="pane-content">
143013
143014 <div class="i-want-to">
143015    <div class="tab"></div>
143016    <ul>
143017 <li><a href="http://www.stlouischildrens.org/form/about-us/contact-us">Contact the
…    Hospital</a></li><li><a
…    href="http://www.stlouischildrens.org/our-services/physicians">Find a
…    Physician</a></li><li><a
…    href="https://www.stlouischildrens.org/form/request-appointment">Request an
…    Appointment</a></li><li><a
…    href="http://www.stlouischildrens.org/our-services/locations">Find
…    Locations</a></li><li><a
…    href="http://www.stlouischildrens.org/employment/search-jobsapply-online">Find a
…    Job</a></li><li><a href="http://www.stlouischildrens.org/pay-my-bill">Pay My
…    Bill</a></li><li><a
…    href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
…    online">Donate Online</a></li><li><a
…    href="http://www.stlouischildrens.org/classes-events">View Calendar of
…    Events</a></li><li><a
…    href="http://www.stlouischildrens.org/about-us/quality-reports">View Quality
…    Reports</a></li>   </ul>
143018 </div>
143019 <div class="nav-contain">
143020    <form id="main-menu">
143021      <select name="i-want-to" class="mobile-nav-select">
143022        <option selected="selected" value="">More Links</option>
143023        <optgroup label="Menu">
143024 <option value="http://www.stlouischildrens.org/our-services">Our
…    Services</option><option
…    value="http://www.stlouischildrens.org/diseases-conditions">Diseases &
…    Conditions</option><option
…    value="http://www.stlouischildrens.org/patients-families">Patients &
…    Families</option><option
```

```
143024…  value="http://www.stlouischildrens.org/health-resources">Health
     …  Resources</option><option
     …  value="http://www.stlouischildrens.org/health-care-professionals">For Health Care
     …  Professionals</option><option value="http://www.stlouischildrens.org/ways-give">Ways
     …  to Give</option><option value="http://www.stlouischildrens.org/about-us">About
     …  Us</option><option value="http://www.stlouischildrens.org/media-center">Media
     …  Center</option>        </optgroup>
143025        </select>
143026    </form>
143027  </div>
143028  <a href="/media-center/video-library" class="home-video-contain"><p>Visit the Video
     …  Library</p></a>  </div>
143029
143030
143031    </div>
143032    </div>
143033  </div>
143034    </div>
143035  </div>
143036  <div class="panels-flexible-row panels-flexible-row-hompage-1 clear-block
     …  layout-homepage-iwantto not-for-mobile">
143037    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-1-inside
     …  clear-block">
143038  <div class="panels-flexible-region
     …  panels-flexible-region-hompage-i_want_to_my_child_has panels-flexible-region-first
     …  panels-flexible-region-last layout-homepage-iwantto-mychildhas-region">
143039    <div class="inside panels-flexible-region-inside
     …  panels-flexible-region-hompage-i_want_to_my_child_has-inside
     …  panels-flexible-region-inside-first panels-flexible-region-inside-last">
143040
143041
143042  <div class="panel-pane pane-block pane-menu-menu-i-want-to" >
143043
143044
143045
143046    <div class="pane-content">
143047      <ul class="menu"><li class="leaf first"><a href="/our-services/physicians"
     …  title="">Find A Physician</a></li>
143048  <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
143049  <li class="leaf"><a href="http://www.stlouischildrens.org/request-appointment"
     …  title="">Request an Appointment</a></li>
143050  <li class="leaf"><a
     …  href="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
     …  online" title="">Donate Online</a></li>
143051  <li class="leaf"><a href="/send-card-or-gift" title="">Send a Card or Gift</a></li>
143052  <li class="leaf"><a href="/classes-events" title="">View Calendar of Events</a></li>
143053  <li class="leaf"><a href="/pay-my-bill" title="">Pay My Bill</a></li>
143054  <li class="leaf"><a href="/our-services/locations" title="">Find Locations</a></li>
143055  <li class="leaf last"><a href="/about-us/quality-reports" title="">View Quality
     …  Reports</a></li>
143056  </ul>  </div>
143057
143058
143059    </div>
143060  <div class="panel-region-separator"></div>
143061
143062  <div class="panel-pane pane-custom pane-9" >
143063
143064
143065
143066    <div class="pane-content">
143067      <form action="/diseases-conditions" method="get">
143068  <input type="text" name="srch" /><br />
143069  <input id="disease-conditions-submit" type="submit" /><br />
143070  </form>
143071  <p><a href="/diseases-conditions" id="browse-conditions">&raquo; Browse Diseases
     …  &amp; Conditions</a></p>
143072      </div>
```

```
143073
143074
143075      </div>
143076      </div>
143077   </div>
143078      </div>
143079   </div>
143080   <div class="panels-flexible-row panels-flexible-row-hompage-2
    …    panels-flexible-row-last clear-block layout-homepage-content not-for-mobile">
143081     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-2-inside
    …    panels-flexible-row-inside-last clear-block">
143082   <div class="panels-flexible-column panels-flexible-column-hompage-3
    …    panels-flexible-column-first layout-homepage-content-left">
143083     <div class="inside panels-flexible-column-inside
    …    panels-flexible-column-hompage-3-inside panels-flexible-column-inside-first">
143084   <div class="panels-flexible-row panels-flexible-row-hompage-9
    …    panels-flexible-row-first clear-block ">
143085     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-9-inside
    …    panels-flexible-row-inside-first clear-block">
143086     </div>
143087   </div>
143088   <div class="panels-flexible-row panels-flexible-row-hompage-5
    …    panels-flexible-row-last clear-block layout-homepage-videos">
143089     <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-5-inside
    …    panels-flexible-row-inside-last clear-block">
143090   <div class="panels-flexible-region panels-flexible-region-hompage-video_playlist
    …    panels-flexible-region-first panels-flexible-region-last
    …    layout-homepage-video-playlist-region">
143091     <div class="inside panels-flexible-region-inside
    …    panels-flexible-region-hompage-video_playlist-inside
    …    panels-flexible-region-inside-first panels-flexible-region-inside-last">
143092
143093
143094   <div class="panel-pane pane-views-panes pane-video-library-panel-pane-6" >
143095
143096
143097
143098     <div class="pane-content">
143099       <div class="view view-video-library view-id-video_library
    …    view-display-id-panel_pane_6 video-library player view-dom-id-3">
143100
143101
143102
143103         <div class="view-content">
143104           <div class="views-row views-row-1 views-row-odd views-row-first
    …    views-row-last">
143105
143106     <div class="views-field-phpcode">
143107                 <span class="field-content"><script type="text/javascript"
    …    src="http://content.bitsontherun.com/players/rlxa38tG-d5aRU2Tq.js"></script></span>
143108     </div>
143109     </div>
143110       </div>
143111
143112
143113
143114
143115
143116
143117   </div>   </div>
143118
143119
143120     </div>
143121   <div class="panel-region-separator"></div>
143122
143123   <div class="panel-pane pane-views-panes pane-video-library-panel-pane-5
    …    homepage-video-playlist-title" >
143124
```

```
143125
143126
143127     <div class="pane-content">
143128       <div class="view view-video-library view-id-video_library
…        view-display-id-panel_pane_5 video-library playlist video-title view-dom-id-4">
143129
143130
143131
143132         <div class="view-content">
143133           <table class="views-view-grid col-4">
143134     <tbody>
143135                 <tr class="row-1 row-first row-last">
143136                   <td class="col-1 col-first">
143137
143138     <div class="views-field-title">
143139                   <span class="field-content">U.S. News Ranks St. Louis Children&#039;s
…        Hospital Among the Nation&#039;s Best</span>
143140     </div>
143141             </td>
143142                   <td class="col-2">
143143                   </td>
143144                   <td class="col-3">
143145                   </td>
143146                   <td class="col-4 col-last">
143147                   </td>
143148             </tr>
143149         </tbody>
143150 </table>
143151       </div>
143152
143153
143154
143155
143156
143157
143158 </div>    </div>
143159
143160
143161     </div>
143162 <div class="panel-region-separator"></div>
143163
143164 <div class="panel-pane pane-views-panes pane-video-library-panel-pane-4
…        homepage-video-playlist" >
143165
143166
143167
143168     <div class="pane-content">
143169       <div class="view view-video-library view-id-video_library
…        view-display-id-panel_pane_4 video-library-playlist playlist view-dom-id-5">
143170           <div class="view-header">
143171         <script type="text/javascript">
143172
143173 function setVideoFromPlaylist(video) {
143174
143175     var playlist_rss = "http://content.bitsontherun.com/jw6/" + video + ".xml"
143176
143177     jwplayer().load(playlist_rss);
143178
143179     jwplayer().onReady(function() {
143180
143181         jwplayer().play(true);
143182
143183     });
143184
143185 }
143186
143187 $(document).ready(function() {
143188
```

```
143189        $('.playlist ul div').css('cursor','pointer').click(function() {
143190
143191        $('.playlist ul div').removeClass('active');
143192
143193        $(this).addClass('active');
143194
143195        setVideoFromPlaylist($(this).find('span.video_id').attr('video_id'));
143196
143197        $('.view-video-library .video-title .views-field-title
      .field-content').html($(this).find('span.video-title').text());
143198
143199      });
143200
143201    });
143202
143203  </script>    </div>
143204
143205
143206
143207        <div class="view-content">
143208          <ul>
143209        <div class="first odd">
143210
143211        <span class="left">
143212
143213
143214        <img
      src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/rlxa38tG-480.jpg
      " alt="" title="" width="110" height="65" class="imagecache
      imagecache-video_thumbnail_playlist imagecache-default
      imagecache-video_thumbnail_playlist_default"/>
143215        </span>
143216
143217
143218        <span class="right">
143219
143220
143221        <span class="video-title">U.S. News Ranks St. Louis Children&#039;s Hospital
      Among the Nation&#039;s Best</span><br />
143222
143223        </span>
143224
143225
143226        <div>
143227
143228
143229        <span class="video_id" video_id="rlxa38tG"></span>
143230        </div>
143231
143232    </div>
143233        <div class="even">
143234
143235        <span class="left">
143236
143237
143238        <img
      src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/qSAYmuFe-480.jpg
      " alt="" title="" width="110" height="65" class="imagecache
      imagecache-video_thumbnail_playlist imagecache-default
      imagecache-video_thumbnail_playlist_default"/>
143239        </span>
143240
143241
143242        <span class="right">
143243
143244
143245        <span class="video-title">Living With and Managing Sickle Cell
      Disease</span><br />
```

Page 4523

```
143246
143247            </span>
143248
143249
143250        <div>
143251
143252
143253            <span class="video_id" video_id="qSAYmuFe"></span>
143254        </div>
143255
143256    </div>
143257        <div class="odd">
143258
143259        <span class="left">
143260
143261
143262        <img
    … src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/n97EuSwA-480.jpg
    … " alt="" title="" width="110" height="65" class="imagecache
    … imagecache-video_thumbnail_playlist imagecache-default
    … imagecache-video_thumbnail_playlist_default"/>
143263        </span>
143264
143265
143266        <span class="right">
143267
143268
143269        <span class="video-title">Jubi the Brave</span><br />
143270
143271        </span>
143272
143273
143274        <div>
143275
143276
143277        <span class="video_id" video_id="n97EuSwA"></span>
143278        </div>
143279
143280    </div>
143281        <div class="even">
143282
143283        <span class="left">
143284
143285
143286        <img
    … src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/2vkR5K4p-480.jpg
    … " alt="" title="" width="110" height="65" class="imagecache
    … imagecache-video_thumbnail_playlist imagecache-default
    … imagecache-video_thumbnail_playlist_default"/>
143287        </span>
143288
143289
143290        <span class="right">
143291
143292
143293        <span class="video-title">Beat NF</span><br />
143294
143295        </span>
143296
143297
143298        <div>
143299
143300
143301        <span class="video_id" video_id="2vkR5K4p"></span>
143302        </div>
143303
143304    </div>
143305        <div class="odd">
```

```
143306
143307          <span class="left">
143308
143309
143310          <img
      … src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/lTYBxl96-480.jpg
      … " alt="" title="" width="110" height="65" class="imagecache
      … imagecache-video_thumbnail_playlist imagecache-default
      … imagecache-video_thumbnail_playlist_default"/>
143311          </span>
143312
143313
143314          <span class="right">
143315
143316
143317          <span class="video-title">Making Saves for Kids 2015-16</span><br />
143318
143319          </span>
143320
143321
143322          <div>
143323
143324
143325          <span class="video_id" video_id="lTYBxl96"></span>
143326          </div>
143327
143328      </div>
143329          <div class="even">
143330
143331          <span class="left">
143332
143333
143334          <img
      … src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/D4wYwqtQ-480_1.
      … jpg" alt="" title="" width="110" height="65" class="imagecache
      … imagecache-video_thumbnail_playlist imagecache-default
      … imagecache-video_thumbnail_playlist_default"/>
143335          </span>
143336
143337
143338          <span class="right">
143339
143340
143341          <span class="video-title">Healthy Kids Express: Bringing Pediatric Healthcare
      … to the St. Louis Community</span><br />
143342
143343          </span>
143344
143345
143346          <div>
143347
143348
143349          <span class="video_id" video_id="D4wYwqtQ"></span>
143350          </div>
143351
143352      </div>
143353          <div class="odd">
143354
143355          <span class="left">
143356
143357
143358          <img
      … src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/wsjknYVm-480.jpg
      … " alt="" title="" width="110" height="65" class="imagecache
      … imagecache-video_thumbnail_playlist imagecache-default
      … imagecache-video_thumbnail_playlist_default"/>
143359          </span>
143360
```

```
143361
143362          <span class="right">
143363
143364
143365          <span class="video-title">Pedal the Cause: Team Colin</span><br />
143366
143367          </span>
143368
143369
143370          <div>
143371
143372
143373          <span class="video_id" video_id="wsjknYVm"></span>
143374          </div>
143375
143376      </div>
143377          <div class="even">
143378
143379          <span class="left">
143380
143381
143382          <img
       src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/hkPABxos-480_1.
       jpg" alt="" title="" width="110" height="65" class="imagecache
       imagecache-video_thumbnail_playlist imagecache-default
       imagecache-video_thumbnail_playlist_default"/>
143383          </span>
143384
143385
143386          <span class="right">
143387
143388
143389          <span class="video-title">St. Louis Children&#039;s Hospital Ranks in All 10
       U.S. News Specialties</span><br />
143390
143391          </span>
143392
143393
143394          <div>
143395
143396
143397          <span class="video_id" video_id="hkPABxos"></span>
143398          </div>
143399
143400      </div>
143401          <div class="odd">
143402
143403          <span class="left">
143404
143405
143406          <img
       src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/hmAow2Sf-480_1.
       jpg" alt="" title="" width="110" height="65" class="imagecache
       imagecache-video_thumbnail_playlist imagecache-default
       imagecache-video_thumbnail_playlist_default"/>
143407          </span>
143408
143409
143410          <span class="right">
143411
143412
143413          <span class="video-title">Yordonis&#039; Story - Surgeons Rebuild His
       Esophagus</span><br />
143414
143415          </span>
143416
143417
143418          <div>
```

```
143419
143420
143421          <span class="video_id" video_id="hmAow2Sf"></span>
143422          </div>
143423
143424       </div>
143425          <div class="last even">
143426
143427          <span class="left">
143428
143429
143430          <img
    …  src="/sites/default/files/imagecache/video_thumbnail_playlist/videos/jHNY73W0-480.jpg
    …  " alt="" title="" width="110" height="65" class="imagecache
    …  imagecache-video_thumbnail_playlist imagecache-default
    …  imagecache-video_thumbnail_playlist_default"/>
143431          </span>
143432
143433
143434          <span class="right">
143435
143436
143437          <span class="video-title">Meet Makenna - Spina Bifida Clinic</span><br />
143438
143439          </span>
143440
143441
143442          <div>
143443
143444
143445          <span class="video_id" video_id="jHNY73W0"></span>
143446          </div>
143447
143448       </div>
143449       </ul>
143450       </div>
143451
143452
143453
143454
143455
143456
143457 </div>   </div>
143458
143459
143460    </div>
143461 <div class="panel-region-separator"></div>
143462
143463 <div class="panel-pane pane-custom pane-12 video-player-media-library-link" >
143464
143465
143466
143467    <div class="pane-content">
143468       <p><a href="/media-center/video-library/">Visit the Video Library</a></p>
143469     </div>
143470
143471
143472    </div>
143473    </div>
143474 </div>
143475    </div>
143476 </div>
143477    </div>
143478 </div>
143479 <div class="panels-flexible-column panels-flexible-column-hompage-4
    …  panels-flexible-column-last layout-homepage-content-right">
143480    <div class="inside panels-flexible-column-inside
    …  panels-flexible-column-hompage-4-inside panels-flexible-column-inside-last">
```

```
143481  <div class="panels-flexible-row panels-flexible-row-hompage-6
    ...  panels-flexible-row-first clear-block layout-homepage-smallrotator">
143482    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-6-inside
    ...  panels-flexible-row-inside-first clear-block">
143483  <div class="panels-flexible-region panels-flexible-region-hompage-small_rotator
    ...  panels-flexible-region-first panels-flexible-region-last small-rotator">
143484    <div class="inside panels-flexible-region-inside
    ...  panels-flexible-region-hompage-small_rotator-inside
    ...  panels-flexible-region-inside-first panels-flexible-region-inside-last">
143485
143486
143487  <div class="panel-pane pane-views-panes pane-slideshow-panel-pane-3" >
143488
143489
143490
143491    <div class="pane-content">
143492      <div class="view view-slideshow view-id-slideshow view-display-id-panel_pane_3
    ...  mini-slideshow view-dom-id-2">
143493        <div class="view-header">
143494        <div class="prev-slide">
143495  <p><a href="#" class="slideshow-left-arrow">previous</a></p>
143496  </div>
143497  <div class="next-slide">
143498  <p><a href="#" class="slideshow-right-arrow">next</a></p>
143499  </div>     </div>
143500
143501
143502
143503      <div class="view-content">
143504          <div class="mini-slide 0 first odd">
143505
143506
143507
143508
143509
143510
143511
143512          <a href="/health-resources/community-education/safety-stop" title=""><img
    ...  src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/safety.png"
    ...  alt="" title="" width="189" height="120" class="imagecache
    ...  imagecache-slideshow_homepage_mini imagecache-default
    ...  imagecache-slideshow_homepage_mini_default"/></a>
143513
143514
143515
143516      <h3 class="caption">
143517
143518
143519          <a href="/health-resources/community-education/safety-stop"
    ...  title=""><p>Make an Appointment for Your Free Home Safety Consult</p></a>
143520      </h3>
143521
143522
143523
143524      <div>
143525
143526
143527          <div class="learn-more"><a
    ...  href="/health-resources/community-education/safety-stop">Learn More</a></div>
143528      </div>
143529
143530    </div>
143531      <div class="mini-slide 1 even">
143532
143533
143534
143535
143536
```

```
143537
143538
143539                  <a
    …  href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …  responding-illness-or-injury/kid-care-app" title=""><img
    …  src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/kidcare_0.png"
    …  alt="" title="" width="189" height="120" class="imagecache
    …  imagecache-slideshow_homepage_mini imagecache-default
    …  imagecache-slideshow_homepage_mini_default"/></a>
143540
143541
143542
143543          <h3 class="caption">
143544
143545
143546                  <a
    …  href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …  responding-illness-or-injury/kid-care-app" title=""><p>Our Smartphone App Has Medical
    …  Advice for Parents on the Go</p></a>
143547          </h3>
143548
143549
143550
143551          <div>
143552
143553
143554                  <div class="learn-more"><a
    …  href="http://www.stlouischildrens.org/health-resources/health-info/kid-care-
    …  responding-illness-or-injury/kid-care-app">Learn More</a></div>
143555          </div>
143556
143557      </div>
143558          <div class="mini-slide 2 odd">
143559
143560
143561
143562
143563
143564
143565
143566                  <a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment"
    …  title=""><img
    …  src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/chna.png"
    …  alt="Community Health Needs Assessment" title="" width="189" height="119"
    …  class="imagecache imagecache-slideshow_homepage_mini imagecache-default
    …  imagecache-slideshow_homepage_mini_default"/></a>
143567
143568
143569
143570          <h3 class="caption">
143571
143572
143573                  <a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment"
    …  title=""><p>Community Health Needs Assessment</p></a>
143574          </h3>
143575
143576
143577
143578          <div>
143579
143580
143581                  <div class="learn-more"><a
    …  href="http://www.stlouischildrens.org/community-health-needs-assessment">Learn
    …  More</a></div>
143582          </div>
143583
```

```
143584        </div>
143585            <div class="mini-slide 3 last even">
143586
143587
143588
143589
143590
143591
143592
143593                <a href="http://childrensmd.org/" title=""><img
…    src="/sites/default/files/imagecache/slideshow_homepage_mini/slideshow/momdocs.png"
…    alt="Children&#039;s Mom Docs" title="" width="189" height="87" class="imagecache
…    imagecache-slideshow_homepage_mini imagecache-default
…    imagecache-slideshow_homepage_mini_default"/></a>
143594
143595
143596
143597        <h3 class="caption">
143598
143599
143600                <a href="http://childrensmd.org/" title=""><p>Mom Docs Helping Moms on
…    the go</p></a>
143601        </h3>
143602
143603
143604
143605        <div>
143606
143607
143608                <div class="learn-more"><a href="http://childrensmd.org/">Learn
…    More</a></div>
143609            </div>
143610
143611        </div>
143612            </div>
143613
143614
143615
143616
143617
143618
143619 </div>    </div>
143620
143621
143622    </div>
143623 <div class="panel-region-separator"></div>
143624
143625 <div class="panel-pane pane-custom pane-11" >
143626
143627
143628
143629    <div class="pane-content">
143630        <script type="text/javascript" src="/sites/slch/assets/js/Rotators.js"></script>
…    </div>
143631
143632
143633    </div>
143634    </div>
143635 </div>
143636    </div>
143637 </div>
143638 <div class="panels-flexible-row panels-flexible-row-hompage-7 clear-block
…    layout-homepage-news">
143639    <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-7-inside
…    clear-block">
143640 <div class="panels-flexible-region panels-flexible-region-hompage-in_the_news
…    panels-flexible-region-first panels-flexible-region-last
…    layout-homepage-news-region">
```

```
143641        <div class="inside panels-flexible-region-inside
   …    panels-flexible-region-hompage-in_the_news-inside panels-flexible-region-inside-first
   …    panels-flexible-region-inside-last">
143642
143643
143644    <div class="panel-pane pane-views-panes pane-homepage-dynamic-middle-panel-pane-1" >
143645
143646        <h2 class="pane-title">Children's Hospital in the News</h2>
143647
143648
143649      <div class="pane-content">
143650        <div class="view view-homepage-dynamic-middle view-id-homepage_dynamic_middle
   …    view-display-id-panel_pane_1 homepage in-the-news view-dom-id-1">
143651
143652
143653
143654        <div class="view-content">
143655          <div class="views-row views-row-1 views-row-odd views-row-first">
143656
143657        <div class="date">
143658
143659
143660        <span class="date-display-single">07/19/2016</span>
143661        </div>
143662
143663
143664        <div class="break">
143665
143666
143667        <a
   …    href="http://www.ksdk.com/entertainment/television/show-me-st-louis/how-to-avoid-
   …    those-overuse-injuries-1/276989490" target="_blank"><p>The MomDocs visit ShowMe St.
   …    Louis to give advice on getting your kids ready to play fall sports.</p></a>
143668        </div>
143669
143670    </div>
143671    <div class="views-row views-row-2 views-row-even">
143672
143673        <div class="date">
143674
143675
143676        <span class="date-display-single">06/30/2016</span>
143677        </div>
143678
143679
143680        <div class="break">
143681
143682
143683        <a
   …    href="http://fox2now.com/2016/06/30/keep-the-kids-learning-out-of-the-classroom/"
   …    target="_blank"><p>MomDoc Kelly Ross appears on KTVI's StLMoms segment with advice on
   …    how to avoid the "summer slide."</p></a>
143684        </div>
143685
143686    </div>
143687    <div class="views-row views-row-3 views-row-odd views-row-last">
143688
143689        <div class="date">
143690
143691
143692        <span class="date-display-single">06/25/2016</span>
143693        </div>
143694
143695
143696        <div class="break">
143697
143698
143699        <a
```

```
143699…   href="http://www.stltoday.com/lifestyles/health-med-fit/robotic-surgical-assistant-
     …   helps-girl-get-her-life-back-sooner/article_ecd2bdca-0fa9-5a80-a33e-eee929970359.html
     …   " target="_blank"><p>St. Louis Children's Hospital became the first pediatric
     …   hospital in the region to acquire robotic technology that makes neurosurgical
     …   procedures easier on children. The St. Louis Post-Dispatch explains how its impacting
     …   patients.</p></a>
143700         </div>
143701
143702     </div>
143703       </div>
143704
143705
143706
143707
143708       <div class="view-footer">
143709         <div class="break">
143710 <a href="/media-center">&gt; All News &amp; Media</a>
143711 </div>     </div>
143712
143713
143714 </div>     </div>
143715
143716
143717   </div>
143718     </div>
143719 </div>
143720     </div>
143721 </div>
143722 <div class="panels-flexible-row panels-flexible-row-hompage-8
     …   panels-flexible-row-last clear-block layout-homepage-newsletter">
143723   <div class="inside panels-flexible-row-inside panels-flexible-row-hompage-8-inside
     …   panels-flexible-row-inside-last clear-block">
143724 <div class="panels-flexible-region panels-flexible-region-hompage-newsletter_signup
     …   panels-flexible-region-first panels-flexible-region-last newsletter-signup">
143725   <div class="inside panels-flexible-region-inside
     …   panels-flexible-region-hompage-newsletter_signup-inside
     …   panels-flexible-region-inside-first panels-flexible-region-inside-last">
143726
143727
143728 <div class="panel-pane pane-custom pane-10" >
143729
143730
143731
143732   <div class="pane-content">
143733     <a href="http://slchkidstoday.com/subscribe" id="newsletter-signup"
     …   target="_blank">Newsletter Signup | Click here to sign up now!</a>   </div>
143734
143735
143736   </div>
143737     </div>
143738 </div>
143739     </div>
143740 </div>
143741     </div>
143742 </div>
143743     </div>
143744 </div>
143745 </div>
143746 </div>
143747                                                          </div><!--
     …   /content-content -->
143748
143749                                                   </div><!--
     …   /content-inner-inner -->
143750
143751                          </div><!-- /content-inner -->
143752
143753                          </div><!-- /content-region-inner -->
```

```
143754
143755                        </div><!-- /content-region -->
143756
143757
143758
143759                            </div><!-- /content-group-inner -->
143760
143761                    </div><!-- /content-group -->
143762
143763
143764
143765                        </div><!-- /main-content-inner -->
143766
143767                  </div><!-- /main-content -->
143768
143769
143770
143771                    </div><!-- /main-group-inner -->
143772
143773              </div><!-- /main-group -->
143774
143775            </div><!-- /main-inner -->
143776
143777          </div><!-- /main -->
143778
143779        </div><!-- /main-wrapper -->
143780
143781
143782
143783        <!-- postscript-bottom row: width = grid_width -->
143784
143785
143786
143787        <!-- footer row: width = grid_width -->
143788
143789        <div id="footer-wrapper" class="footer-wrapper full-width">
143790 <div id="footer" class="footer row grid16-16">
143791 <div id="footer-inner" class="footer-inner inner clearfix">
143792
143793
143794 <div id="block-menu_block-6" class="block block-menu_block odd first grid16-12
…    fusion-multicol-menu clearfix not-for-mobile">
143795
143796   <div class="inner clearfix">
143797
143798            <div class="content clearfix">
143799
143800        <div class="menu-block-6 menu-name-secondary-links parent-mlid-0 menu-level-1">
143801   <ul class="menu"><li class="expanded first menu-mlid-5173"><a href="/our-services"
…    title="">Services</a><ul class="menu"><li class="leaf first menu-mlid-5177"><a
…    href="/our-services" title="">Medical Services</a></li>
143802 <li class="leaf menu-mlid-21040"><a href="/our-services/family-services"
…    title="">Family Services</a></li>
143803 <li class="leaf menu-mlid-21101"><a href="/our-services/offsite-our-services"
…    title="">Offsite Services</a></li>
143804 <li class="leaf menu-mlid-5181"><a href="/our-services/physicians" title="">Find A
…    Physician</a></li>
143805 <li class="leaf last menu-mlid-5182"><a href="/our-services" title="">See
…    All</a></li>
143806 </ul></li>
143807 <li class="expanded menu-mlid-19276"><a href="/patients-families/visiting"
…    title="">Visitor Information</a><ul class="menu"><li class="leaf first
…    menu-mlid-21953"><a href="/get-directions" title="">Directions</a></li>
143808 <li class="leaf menu-mlid-21658"><a href="/patients-families/hospital-maps"
…    title="">Maps</a></li>
143809 <li class="leaf menu-mlid-19299"><a href="/patients-families/visiting/parking"
…    title="">Parking</a></li>
143810 <li class="leaf menu-mlid-21954"><a
```

```
143810… href="/patients-families/visiting/hospital-amenities" title="">Hospital
    …  Amenities</a></li>
143811 <li class="leaf last menu-mlid-19278"><a href="/patients-families/visiting"
    …  title="">See All</a></li>
143812 </ul></li>
143813 <li class="expanded menu-mlid-15258"><a
    …  href="http://www.stlouischildrens.org/patients-families" title="">Patients</a><ul
    …  class="menu"><li class="leaf first menu-mlid-16440"><a
    …  href="http://www.stlouischildrens.org/patients-families/inpatient-visit"
    …  title="">Inpatient Visit</a></li>
143814 <li class="leaf menu-mlid-16444"><a
    …  href="http://www.stlouischildrens.org/patients-families/outpatient-visit"
    …  title="">Outpatient Visit</a></li>
143815 <li class="leaf menu-mlid-16638"><a
    …  href="http://www.stlouischildrens.org/patients-families/patient-rights"
    …  title="">Patient Rights</a></li>
143816 <li class="leaf menu-mlid-16639"><a
    …  href="http://www.stlouischildrens.org/patients-families/international-patients-0"
    …  title="">International Patients</a></li>
143817 <li class="leaf menu-mlid-16641"><a
    …  href="http://www.stlouischildrens.org/patients-families/medical-records"
    …  title="">Medical Records</a></li>
143818 <li class="leaf menu-mlid-21675"><a
    …  href="http://www.stlouischildrens.org/pay-my-bill" title="">Pay My Bill</a></li>
143819 <li class="leaf last menu-mlid-15259"><a
    …  href="http://www.stlouischildrens.org/patients-families" title="">See All</a></li>
143820 </ul></li>
143821 <li class="expanded last menu-mlid-5176"><a
    …  href="/health-care-professionals/resources" title="">Resources</a><ul
    …  class="menu"><li class="leaf first menu-mlid-13365"><a href="/media-center"
    …  title="">Media Center</a></li>
143822 <li class="leaf menu-mlid-21955"><a href="/health-resources/health-info"
    …  title="">Health Info</a></li>
143823 <li class="leaf menu-mlid-27351"><a href="/form/about-us/contact-us" title="">Contact
    …  Us</a></li>
143824 <li class="leaf menu-mlid-21957"><a
    …  href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
    …  " title="">Financial Assistance</a></li>
143825 <li class="leaf menu-mlid-21958"><a
    …  href="http://www.stlouischildrens.org/sitemap.xml" title="">Site Map</a></li>
143826 <li class="leaf menu-mlid-18841"><a href="/patients-families/patient-rights/hipaa"
    …  title="">HIPAA</a></li>
143827 <li class="leaf last menu-mlid-21960"><a href="/about-us/legal"
    …  title="">Legal</a></li>
143828 </ul></li>
143829 </ul></div>
143830     </div>
143831
143832   </div><!-- /block-inner -->
143833
143834 </div><!-- /block -->
143835
143836
143837
143838 <div id="block-block-4" class="block block-block even  grid16-4 fusion-right
    …  fusion-right-content media-links">
143839
143840   <div class="inner clearfix">
143841
143842             <div class="content clearfix">
143843
143844       <h6>Follow us on</h6>
143845
143846 <ul>
143847 <li class="not-for-mobile"><a class="blog" href="http://childrensmd.org"
    …  target="_new" alt="Our Blog"><img
    …  src="/sites/default/files/images/footer/blogger.png"></a></li>
143848 <li class="not-for-mobile"><a class="googleplus"
```

```
143848…  href="https://plus.google.com/u/0/b/110793957979995621040/110793957979986210402/posts
     …  " target="_new"><img src="/sites/default/files/images/footer/gplus.png"></a></li>
143849   <li><a class="facebook" href="https://www.facebook.com/stlchildrens"
     …  target="_new"><img src="/sites/default/files/images/footer/facebook.png"></a></li>
143850   <li><a class="twitter" href="https://twitter.com/STLChildrens" target="_new"><img
     …  src="/sites/default/files/images/footer/twitter.png"></a></li>
143851   <li><a class="youtube" href="https://www.youtube.com/user/ChildrensHospitalStl"
     …  target="_new"><img src="/sites/default/files/images/footer/youtube.png"></a></li>
143852   <li class="not-for-mobile"><a class="linkedin"
     …  href="https://www.linkedin.com/company/st--louis-children%27s-hospital"
     …  target="_new"><img src="/sites/default/files/images/footer/linkedin.png"></a></li>
143853   </ul>     </div>
143854
143855     </div><!-- /block-inner -->
143856
143857   </div><!-- /block -->
143858
143859
143860
143861   <div id="block-block-7" class="block block-block odd  grid16-4 fusion-right
     …  fusion-right-content awards not-for-mobile">
143862
143863     <div class="inner clearfix">
143864
143865            <div class="content clearfix">
143866
143867        <ul>
143868   <li class="us-news" alt="US News Best Children's Hospitals 2016 - 2017"><img
     …  src="/sites/default/files/media_center/images/best-childrens-hospitals-102016_sm.png"
     …  ></li>
143869   <li class="magnet" alt="Magnet Recognition"><img
     …  src="/sites/default/files/images/footer/ANCCMagnet_CMYK_12.png"></li>
143870   </ul>     </div>
143871
143872     </div><!-- /block-inner -->
143873
143874   </div><!-- /block -->
143875
143876
143877
143878   <div id="block-block-5" class="block block-block even  grid16-16
     …  copyright-information">
143879
143880     <div class="inner clearfix">
143881
143882            <div class="content clearfix">
143883
143884        <div class="left copyright-left not-for-mobile"> <br>
143885   St. Louis Children's Hospital is affiliated with <a
     …  href="http://wuphysicians.wustl.edu/">Washington University School of
     …  Medicine</a></div>
143886
143887   <div class="right copyright-right">
143888   <div class="copyright">
143889   Copyright &copy; 2016, St. Louis Children's Hospital, All Rights Reserved
143890   </div>
143891   <div>
143892   St. Louis Children's Hospital &bull; One Children's Place &bull; St. Louis, MO &bull;
     …  63110 &bull; 314.454.6000
143893   </div>
143894   </div>     </div>
143895
143896     </div><!-- /block-inner -->
143897
143898   </div><!-- /block -->
143899
143900
143901
```

Page 4535

```
143902  <div id="block-block-16" class="block block-block odd    grid16-1-3
143903
143904    <div class="inner clearfix">
143905
143906            <div class="content clearfix">
143907
143908        <script language='JavaScript1.1'
    …   src='//pixel.mathtag.com/event/js?mt_id=605537&mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
    …   '></script>    </div>
143909
143910    </div><!-- /block-inner -->
143911
143912  </div><!-- /block -->
143913
143914
143915
143916  <div id="block-block-13" class="block block-block even    grid16-1">
143917
143918    <div class="inner clearfix">
143919
143920            <div class="content clearfix">
143921
143922
143923  <!--
143924  Start of DoubleClick Floodlight Tag: Please do not remove
143925  Activity name of this tag: Tagxx Section
143926  URL of the webpage where the tag is expected to be placed:
    …   http://www.stlouischildrens.orghomeThis tag must be placed between the <body> and
    …   </body> tags, as close as possible to the opening tag.
143927  Creation Date: 03/22/2012
143928  -->
143929  <script type="text/javascript">
143930  var axel = Math.random() + "";
143931  var a = axel * 10000000000000;
143932  document.write('<iframe
    …   src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
    …   ' + a + '?" width="1" height="1" frameborder="0" style="display:none"></iframe>');
143933  </script>
143934  <noscript>
143935  <iframe
    …   src="http://fls.doubleclick.net/activityi;src=2589961;type=gener242;cat=tag57630;ord=
    …   1?" width="1" height="1" frameborder="0" style="display:none"></iframe>
143936  </noscript>
143937
143938  <!-- End of DoubleClick Floodlight Tag: Please do not remove -->
143939        </div>
143940
143941    </div><!-- /block-inner -->
143942
143943  </div><!-- /block -->
143944
143945
143946
143947  <div id="block-block-26" class="block block-block odd    grid16-1">
143948
143949    <div class="inner clearfix">
143950
143951            <div class="content clearfix">
143952
143953        <script type="text/javascript">
143954  $('.media-links ul li a').hover(
143955    function() {
143956      var current_src = $(this).find('img').attr('src');
143957      var change_src = current_src.replace('.png','_on.png');
143958      $(this).find('img').attr('src', change_src);
143959    },
143960    function() {
143961      var current_src = $(this).find('img').attr('src');
```

```
143962        var change_src = current_src.replace('_on.png', '.png');
143963        $(this).find('img').attr('src', change_src);
143964      }
143965  );
143966  </script>      </div>
143967
143968      </div><!-- /block-inner -->
143969
143970  </div><!-- /block -->
143971
143972
143973
143974  <div id="block-block-46" class="block block-block even   grid16-1">
143975
143976    <div class="inner clearfix">
143977
143978              <div class="content clearfix">
143979
143980        <script type="text/javascript">
143981  $('.mobile-nav-select').change(function() {
143982    window.location.href = $(this).val();
143983  });
143984
143985  (function(doc) {
143986    var viewport = document.getElementById('viewport');
143987    if ( navigator.userAgent.match(/iPad/i) ) {
143988      doc.getElementById("viewport").setAttribute("content", "initial-scale=0.7");
143989        $('#button-appointment').css('background',
...   'url("/sites/all/themes/slch_theme/img/request-appointment-tier2.jpg") no-repeat
...   scroll 0 0 transparent');
143990        $('#button-appointment').css('height','3em');
143991        $('#button-appointment').css('margin-bottom','0.5em');
143992        $('#button-appointment').css('width','186px');
143993        $('#button-directions').css('background',
...   'url("/sites/all/themes/slch_theme/img/get-directions-tier2.jpg") no-repeat scroll 0
...   0 transparent');
143994        $('#button-directions').css('height','3em');
143995        $('#button-directions').css('width','186px');
143996    } else {
143997      doc.getElementById("viewport").setAttribute("content","width=device-width,
...   initial-scale=1, maximum-scale=1");
143998      }
143999  }(document));
144000  </script>      </div>
144001
144002      </div><!-- /block-inner -->
144003
144004  </div><!-- /block -->
144005
144006
144007
144008  <div id="block-block-71" class="block block-block odd   grid16-1">
144009
144010    <div class="inner clearfix">
144011
144012              <div class="content clearfix">
144013
144014        <!-- start number replacer -->
144015
144016  <script type="text/javascript"><!--
144017
144018  vs_account_id     = "CA6phU1O-wRVXQCr";
144019
144020  //--></script>
144021
144022  <script type="text/javascript"
...   src="http://calls.tsunela.com/euinc/number-changer.js">
144023
```

```
144024  </script>
144025
144026  <!-- end ad widget -->    </div>
144027
144028     </div><!-- /block-inner -->
144029
144030  </div><!-- /block -->
144031
144032
144033
144034  <div id="block-block-101" class="block block-block even  last  grid16-7">
144035
144036     <div class="inner clearfix">
144037
144038               <div class="content clearfix">
144039
144040        <script type="application/ld+json">
144041  { "@context" : "http://schema.org",
144042    "@type" : "Organization",
144043    "name" : "St. Louis Children's Hospital",
144044    "logo":
        "http://www.stlouischildrens.org/sites/default/files/media_center/files/slchlogo.gif"
...     ,
144045    "url" : "http://www.stlouischildrens.org",
144046    "sameAs" : [ "http://www.facebook.com/stlchildrens",
144047       "http://www.twitter.com/stlchildrens",
144048       "http://plus.google.com/115247550124498564357",
144049       "http://instagram.com/stlchildrens",
144050       "http://www.youtube.com/user/ChildrensHospitalStl",
144051       "http://www.linkedin.com/company/st.-louis-children%27s-hospital"]
144052  }
144053  </script>    </div>
144054
144055     </div><!-- /block-inner -->
144056
144057  </div><!-- /block -->
144058
144059
144060  <div class="menu-minipanels menu-minipanel-21001"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_ourservices">
144061     <div class="panel-panel panel-col">
144062        <div>
144063
144064  <div class="panel-pane pane-custom pane-1 drop-panel-toplink" >
144065
144066
144067
144068     <div class="pane-content">
144069        <div id="services-search" class="block block-search">
144070       <div class="inner clearfix">
144071        <div class="content clearfix">
144072          <form action="/our-services"  accept-charset="UTF-8" method="get"
...     id="search-block-form" class="head-search">
144073            <label for="edit-search-block-form-1">Search</label>
144074            <input type="text" maxlength="128" name="srch" size="15" value="enter search
        term or phrase" title="" class="form-text" onFocus="this.value='';" />
144075            <input type="submit" name="op" id="edit-submit" value="Search"
...     class="form-submit" />
144076          </form>
144077        </div>
144078       </div>
144079  </div>
144080
144081  <div id="services-quick-links">
144082     <h6>Quick Links</h6>
144083     <ul>
144084        <li><a href="/our-services#medical-services">All Medical Services
...     &raquo;</a></li>
```

```
144085        <a href="/our-services#family-services"
         onload="javascript:changeTab('services-content', 'family-services');">Family Services
         &raquo;</a></li>
144086        <li><a href="/our-services#offsite-services"
         onload="javascript:changeTab('services-content', 'offsite-services');">Offsite
         Services &raquo;</a></li>
144087        <li><a href="/our-services/physicians">Find a Physician &raquo;</a></li>
144088      </ul>
144089  </div>
144090
144091  <div id="services-browse-a-z">
144092    <h6>Quick Links</h6>
144093    <ul>
144094      <li><a href="/our-services?initial=A">A</a></li>
144095      <li><a href="/our-services?initial=B">B</a></li>
144096      <li><a href="/our-services?initial=C">C</a></li>
144097      <li><a href="/our-services?initial=D">D</a></li>
144098      <li><a href="/our-services?initial=E">E</a></li>
144099      <li><a href="/our-services?initial=F">F</a></li>
144100      <li><a href="/our-services?initial=G">G</a></li>
144101      <li><a href="/our-services?initial=H">H</a></li>
144102      <li><a href="/our-services?initial=I">I</a></li>
144103      <li><a href="/our-services?initial=J">J</a></li>
144104      <li><a href="/our-services?initial=K">K</a></li>
144105      <li><a href="/our-services?initial=L">L</a></li>
144106      <li><a href="/our-services?initial=M">M</a></li>
144107      <li><a href="/our-services?initial=N">N</a></li>
144108      <li><a href="/our-services?initial=O">O</a></li>
144109      <li><a href="/our-services?initial=P">P</a></li>
144110      <li><a href="/our-services?initial=Q">Q</a></li>
144111      <li><a href="/our-services?initial=R">R</a></li>
144112      <li><a href="/our-services?initial=S">S</a></li>
144113      <li><a href="/our-services?initial=T">T</a></li>
144114      <li><a href="/our-services?initial=U">U</a></li>
144115      <li><a href="/our-services?initial=V">V</a></li>
144116      <li><a href="/our-services?initial=W">W</a></li>
144117      <li><a href="/our-services?initial=X">X</a></li>
144118      <li><a href="/our-services?initial=Y">Y</a></li>
144119      <li><a href="/our-services?initial=Z">Z</a></li>
144120      <li class="view-all"><a href="/our-services?initial=">View All</a></li>
144121    </ul>
144122  </div>   </div>
144123
144124
144125    </div>
144126  </div>
144127    </div>
144128  </div>
144129  </div><div class="menu-minipanels menu-minipanel-21002"><div class="panel-display
         panel-1col clear-block" id="mini-panel-topnav_diseasesconditions">
144130    <div class="panel-panel panel-col">
144131      <div>
144132
144133  <div class="panel-pane pane-custom pane-2" >
144134
144135
144136
144137    <div class="pane-content">
144138      <div id="disease-conditions-search" class="block block-search">
144139      <div class="inner clearfix">
144140        <div class="content clearfix">
144141          <form action="/diseases-conditions"  accept-charset="UTF-8" method="get"
         id="search-block-form" class="head-search">
144142            <label>Search</label><input type="text" maxlength="128" name="srch" size="15"
         value="enter search term or phrase" title="" class="form-text"
         onFocus="this.value='';" /><input type="submit" name="op" id="edit-submit"
         value="Search"  class="form-submit" />
144143          </form>
```

```
144144        </div>
144145      </div>
144146  </div>
144147
144148  <div id="disease-conditions-browse-a-z">
144149      <h6>Browse</h6>
144150      <ul>
144151        <li><a href="/diseases-conditions?initial=A">A</a></li>
144152        <li><a href="/diseases-conditions?initial=B">B</a></li>
144153        <li><a href="/diseases-conditions?initial=C">C</a></li>
144154        <li><a href="/diseases-conditions?initial=D">D</a></li>
144155        <li><a href="/diseases-conditions?initial=E">E</a></li>
144156        <li><a href="/diseases-conditions?initial=F">F</a></li>
144157        <li><a href="/diseases-conditions?initial=G">G</a></li>
144158        <li><a href="/diseases-conditions?initial=H">H</a></li>
144159        <li><a href="/diseases-conditions?initial=I">I</a></li>
144160        <li><a href="/diseases-conditions?initial=J">J</a></li>
144161        <li><a href="/diseases-conditions?initial=K">K</a></li>
144162        <li><a href="/diseases-conditions?initial=L">L</a></li>
144163        <li><a href="/diseases-conditions?initial=M">M</a></li>
144164        <li><a href="/diseases-conditions?initial=N">N</a></li>
144165        <li><a href="/diseases-conditions?initial=O">O</a></li>
144166        <li><a href="/diseases-conditions?initial=P">P</a></li>
144167        <li><a href="/diseases-conditions?initial=Q">Q</a></li>
144168        <li><a href="/diseases-conditions?initial=R">R</a></li>
144169        <li><a href="/diseases-conditions?initial=S">S</a></li>
144170        <li><a href="/diseases-conditions?initial=T">T</a></li>
144171        <li><a href="/diseases-conditions?initial=U">U</a></li>
144172        <li><a href="/diseases-conditions?initial=V">V</a></li>
144173        <li><a href="/diseases-conditions?initial=W">W</a></li>
144174        <li><a href="/diseases-conditions?initial=X">X</a></li>
144175        <li><a href="/diseases-conditions?initial=Y">Y</a></li>
144176        <li><a href="/diseases-conditions?initial=Z">Z</a></li>
144177        <li class="last view-all"><a href="/diseases-conditions?initial=">View
…       All</a></li>
144178      </ul>
144179  </div>  </div>
144180
144181
144182      </div>
144183  </div>
144184      </div>
144185  </div>
144186  </div><div class="menu-minipanels menu-minipanel-21003"><div class="panel-display
…       panel-1col clear-block" id="mini-panel-topnav_patientsfamilies">
144187      <div class="panel-panel panel-col">
144188        <div>
144189
144190  <div class="panel-pane pane-custom pane-3 drop-panel-toplink" >
144191
144192
144193
144194    <div class="pane-content">
144195        <div id="patients-families-information-1">
144196  <h6>Information</h6>
144197  <ul>
144198  <li><a href="/patients-families/inpatient-visit">Inpatient Visit &raquo;</a></li>
144199  <li><a href="/patients-families/outpatient-visit">Outpatient Visit &raquo;</a></li>
144200  <li><a href="/patients-families/same-day-surgery">Same Day Surgery &raquo;</a></li>
144201  <li><a href="/patients-families/patient-rights">Patient Rights &raquo;</a></li>
144202  <li><a href="/patients-families/international-patients">International Patients
…       &raquo;</a></li>
144203  <li><a href="/patients-families/billinginsurance-services">Billing/Insurance Services
…       &raquo;</a></li>
144204  </ul>
144205  </div>
144206  <div id="patients-families-information-2">
144207  <ul>
```

```
144208  <li><a href="/patients-families/medical-records">Medical Records &raquo;</a></li>
144209  <li><a href="/patients-families/hospital-services">Hospital Services &raquo;</a></li>
144210  <li><a href="/patients-families/visiting">Visiting &raquo;</a></li>
144211  <li><a href="/patients-families/myhealthfolders">myHealthFolders &raquo;</a></li>
144212  <li><a href="/patients-families/caringbridge">CaringBridge &raquo;</a></li>
144213  <li><a href="/patients-families/just-kids">Just for Kids &raquo;</a></li>
144214  </ul>
144215  </div>
144216  <div id="patients-families-maps">
144217  <h6>Maps &amp; Directions</h6>
144218  <ul>
144219  <li><a href="/patients-families/hospital-maps">Hospital Maps &raquo;</a></li>
144220  <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
144221  <li><a href="/get-directions">Directions &raquo;</a></li>
144222  <li><a href="/get-directions"><img
    …   src="/sites/all/themes/slch_theme/img/map-thumb-patients-families.jpg" alt="Maps
    …   &amp; Directions" /></a></li>
144223  </ul>
144224  </div>
144225      </div>
144226
144227
144228      </div>
144229  </div>
144230      </div>
144231  </div>
144232  </div><div class="menu-minipanels menu-minipanel-21011"><div class="panel-display
    …   panel-1col clear-block" id="mini-panel-topnav_healthresources">
144233    <div class="panel-panel panel-col">
144234      <div>
144235
144236  <div class="panel-pane pane-custom pane-4" >
144237
144238
144239
144240    <div class="pane-content">
144241      <div id="health-resources-1">
144242    <ul class="health-resource-bg">
144243      <li><a href="/health-resources/health-info" id="health-info">Access to our health
    …   library, medical animations, health tip videos and more!</a></li>
144244      </ul>
144245  </div>
144246  <div id="health-resources-2">
144247    <h6>Additional Resources</h6>
144248    <ul>
144249      <li><a href="/classes-events">Classes &amp; Events &raquo;</a></li>
144250      <li><a href="/health-resources/family-resource-center">Family Resource Center
    …   &raquo;</a></li>
144251      <li><a href="/health-resources/advocacy-outreach">Advocacy &amp; Outreach
    …   &raquo;</a></li>
144252      <li><a href="/resources/community-education">Community Education &raquo;</a></li>
144253      <li><a href="/health-resources/support-groups">Support Groups &raquo;</a></li>
144254      <li><a href="/health-resources/answer-line-454kids">Answer Line (454.KIDS)
    …   &raquo;</a></li>
144255      <li><a href="/our-services/psychology-services/teen-helpline-454teen">Teen
    …   Helpline (454.TEEN) &raquo;</a></li>
144256      <li><a href="/health-resources/permission-treat">Permission to Treat
    …   &raquo;</a></li>
144257      </ul>
144258  </div>   </div>
144259
144260
144261      </div>
144262  </div>
144263      </div>
144264  </div>
144265  </div><div class="menu-minipanels menu-minipanel-21012"><div class="panel-display
    …   panel-1col clear-block" id="mini-panel-topnav_healthcare_professionals">
```

```
144266    <div class="panel-panel panel-col">
144267      <div>
144268
144269  <div class="panel-pane pane-custom pane-5 drop-panel-toplink" >
144270
144271
144272
144273    <div class="pane-content">
144274      <div id="health-care-professionals-1">
144275      <h6>For Health Professionals</h6>
144276      <ul>
144277        <li><a href="/health-care-professionals/physicians">For Physicians
   …  &raquo;</a></li>
144278        <li><a href="/health-care-professionals/nurses">For Nurses &raquo;</a></li>
144279        <li><a href="/health-care-professionals/education">Education &raquo;</a></li>
144280        <li><a href="/health-care-professionals/research">Research &raquo;</a></li>
144281        <li><a href="/health-care-professionals/publications">Publications
   …  &raquo;</a></li>
144282        <li><a
   …  href="/health-care-professionals/physicians/childrens-direct-access-line">Children's
   …  Direct &raquo;</a></li>
144283        <li><a href="/health-care-professionals/resources">Clinical Resources
   …  &raquo;</a></li>
144284        <li><a href="http://slchlabtestguide.bjc.org/default.aspx">Clinical Laboratories
   …  &raquo;</a></li>
144285      </ul>
144286    </div>
144287  <div id="health-care-professionals-2">
144288      <ul>
144289        <li><a href="/our-services/physicians">Browse/Search the Directory
   …  &raquo;</a></li>
144290        <li><a href="#"><img src="/sites/default/files/images/doctor.jpg" alt=""
   …  /></a></li>
144291      </ul>
144292    </div>  </div>
144293
144294
144295      </div>
144296    </div>
144297      </div>
144298    </div>
144299  </div><div class="menu-minipanels menu-minipanel-21013"><div class="panel-display
   …  panel-1col clear-block" id="mini-panel-topnav_waystogive">
144300    <div class="panel-panel panel-col">
144301      <div>
144302
144303  <div class="panel-pane pane-custom pane-6 drop-panel-toplink" >
144304
144305
144306
144307    <div class="pane-content">
144308        <div id="ways-give-1">
144309  <h6>Support St. Louis Children's Hospital</h6>
144310  <ul>
144311  <li><a href="/ways-give/giving-opportunities">Donate &raquo;</a></li>
144312  <li><a href="/ways-give/how-your-gift-helps">How Your Gift Helps &raquo;</a></li>
144313  <li><a href="/ways-give/events-and-promotions">Events &amp; Promotions
   …  &raquo;</a></li>
144314  <li><a href="/ways-give/friends-young-friends">Friends &amp; Young Friends
   …  &raquo;</a></li>
144315  <li><a href="/ways-give/publications">Publications &raquo;</a></li>
144316  <li><a href="/about-us/childrens-discovery-institute">Children's Discovery Institute
   …  &raquo;</a></li>
144317  <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
   …  &raquo;</a></li>
144318  <li><a href="/ways-give/volunteering">Volunteering &raquo;</a></li>
144319  </ul>
144320  </div>
```

```
144321  <div id="ways-give-3">
144322    <img src="/sites/all/themes/slch_theme/img/young-patient.jpg" alt="Ways to Give -
    …  Young Patient" />
144323  </div>
144324    </div>
144325
144326
144327    </div>
144328  </div>
144329    </div>
144330  </div>
144331  </div><div class="menu-minipanels menu-minipanel-21014"><div class="panel-display
    …  panel-1col clear-block" id="mini-panel-topnav_aboutus">
144332    <div class="panel-panel panel-col">
144333      <div>
144334
144335  <div class="panel-pane pane-custom pane-7" >
144336
144337
144338
144339    <div class="pane-content">
144340      <h6>About St. Louis Children's Hospital</h6>
144341  <div id="about-us-1">
144342    <ul>
144343      <li><a href="/about-us">About Us &raquo;</a></li>
144344      <li><a href="/about-us/mission-values">Mission &amp; Values &raquo;</a></li>
144345      <li><a href="/about-us/history">History &raquo;</a></li>
144346      <li><a href="/employment">Employment &raquo;</a></li>
144347      <li><a href="/form/about-us/contact-us">Contact Us &raquo;</a></li>
144348    </ul>
144349  </div>
144350  <div id="about-us-2">
144351    <ul>
144352      <li><a href="/about-us/meet-our-patients">Meet Our Patients &raquo;</a></li>
144353      <li><a href="/about-us/childrens-discovery-institute">Children's Discovery
    …  Institute &raquo;</a></li>
144354      <li><a href="/about-us/quality-reports">Quality Reports &raquo;</a></li>
144355      <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
144356      <li><a href="/media-center">Media Center &raquo;</a></li>
144357      <li><a href="/community-health-needs-assessment">Community Health Needs
    …  Assessment &raquo;</a></li>
144358    </ul>
144359  </div>
144360  <img src="/sites/all/themes/slch_theme/img/thumb-aboutus.jpg" alt="" />  </div>
144361
144362
144363    </div>
144364  </div>
144365    </div>
144366  </div>
144367  </div></div><!-- /footer-inner -->
144368  </div><!-- /footer -->
144369  </div><!-- /footer-wrapper -->
144370
144371
144372        <!-- footer-message row: width = grid_width -->
144373
144374        <div id="footer-message-wrapper" class="footer-message-wrapper full-width">
144375
144376          <div id="footer-message" class="footer-message row grid16-16">
144377
144378            <div id="footer-message-inner" class="footer-message-inner inner clearfix">
144379
144380                        </div><!-- /footer-message-inner -->
144381
144382        </div><!-- /footer-message -->
144383
144384        </div><!-- /footer-message-wrapper -->
```

```
144385
144386
144387
144388        </div><!-- /page-inner -->
144389
144390     </div><!-- /page -->
144391
144392     <script type="text/javascript">
144393 var fby = fby || [];
144394 fby.push(['showTab', {id: '5074', position: 'right', color: '#825FDA'}]);
144395 (function () {
144396     var f = document.createElement('script'); f.type = 'text/javascript'; f.async =
       true;
144397     f.src = '//cdn.feedbackify.com/f.js';
144398     var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(f,
       s);
144399 })();
144400 </script><script
       type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net
       ","licenseKey":"70f4967c33","applicationID":"1885865","transactionName":"
       NgcENRZUXhcFAkFaXA9NMxMNGlkKAARNHUMJEg==","queueTime":0,"applicationTime":35,"atts":"
       GkAHQ15OTRk=","errorBeacon":"bam.nr-data.net","agent":""}</script></body>
144401
144402 </html>
144403
144404
144405 ****************************************************
144406 The following data is from stlouischildrens_org_hema-addthis-20160729.txt
144407 ****************************************************
144408 !function(e){function t(n){if(a[n])return a[n].exports;var
```
```
       o=a[n]={exports:{},id:n,loaded:!1};return
       e[n].call(o.exports,o,o.exports,t),o.loaded=!0,o.exports}var
       n=window.atwpjp;window.atwpjp=function(a,i){for(var
       r,s,c=0,u=[];c<a.length;c++)s=a[c],o[s]&&u.push.apply(u,o[s]),o[s]=0;for(r in i){var
       l=i[r];switch(typeof l){case"object":e[r]=function(t){var n=t.slice(1),a=t[0];return
       function(t,o,i){e[a].apply(this,[t,o,i].concat(n))}}(l);break;case"function":e[r]=l;
       break;default:e[r]=l}}for(n&&n(a,i);u.length;)u.shift().call(null,t)};var
       a={},o={1:0};return t.e=function(e,n){if(0===o[e])return n.call(null,t);if(void
       0!==o[e])o[e].push(n);else{o[e]=[n];var
       a=document.getElementsByTagName("head")[0],i=document.createElement("script");i.type=
       "text/javascript",i.charset="utf-8",i.async=!0,i.src=t.p+""+({0:"menu",3:"layers",4:"
       custom-messages",5:"counter",6:"getcounts",7:"lightbox",8:"embed",10:"floating-css"}[
       e]||e)+"."+{0:"8a0c23c1422c1bd6b403",2:"61e040f10f62a8fe88e5",3:"925c06a0c41fd004f473
       ",4:"daf571be5979721a1c30",5:"63e3b5a05f6d3da3fafd",6:"47b8a03132fc94c1ddb2",7:"
       2f9bc6a3b6fb5c5e08fc",8:"fc5b90f1fdaa5c6d4a3c",9:"4b12a7a9e7547f4f6f0c",10:"
       3ec17603636125c2aa1f",11:"ecf7099b9f8e51354e32",12:"f260632ce71b7bf61cdf",13:"
       ac87dc267b490a84d51d",14:"e8d202de2176151a675d",15:"2b1913c8aa0be3176cf8",16:"
       a858a701b7448a55755a",17:"8764a8ce9a8ed0920774",18:"988c58e33d5fffca2050",19:"
       1c1c6813ef9035b4f855",20:"6f6caa3976324aad10eb",21:"4f55cdd9bd8a8b80f6ff",22:"
       6be399c043de00509396",23:"9d155590eef352e7fede",24:"986a6d033d185ea26f68",25:"
       4dc00f1ed08bb2219f85",26:"d207e5749fd83ce28b30",27:"18e31b0bdbc729d46cea",28:"
       7bffbfa3867515590b8f",29:"33793be707368e399d07",30:"4c897789162f1e13865a",31:"
       27ad06beb83c87245f64",32:"d196aeaeb6c46cbd9232",33:"a4cfdb2b7503106042ec",34:"
       8362e70ddba4b084b5f3",35:"127f0e348d2a2dd107fb",36:"5a249899845271b715ad",37:"
       82dfe8ea9bd55609ab58",38:"db8c4ffde70c1cbb743b",39:"63a325ad6f1a1ce7ccb3",40:"
       726bd0c37353dd30e0bd",41:"b733a5267fd895ea1382",42:"13dd55a6be675f022dde",43:"
       93a0556bddcfc246810e",44:"8d31c51131a19dd9fc3e",45:"e96b6049712ee0d74044",46:"
       90dd7aadbae126a47396",47:"971397073ec9df9a2637",48:"7a2151452779f333ebe4",49:"
       53b898e985fb75a9655e",50:"6164c776d7963f41d0c1",51:"7351d47863f4d0e2758e",52:"
       3875531f324448508563",53:"2021475b426825cf9eea",54:"fdd8675a2104254db9e1",55:"
       eede226b767ae657d2b3",56:"95db6f7bd9c4876369f6",57:"1ef25fdcf1f754a4b82e",58:"
       b90deb69579bdad6b18c",59:"99fd76430b120f72f882",60:"b194b958feabc77d1470",61:"
       071e0da4a366711cbadf",62:"ba79bdd5a8ee563ac14f",63:"a36afb36c6ab2b106eab",64:"
       6b028d3173285b7085eb",65:"a002be83b67b7dae35ef",66:"60f1b141e44204043105",67:"
       a6cb0c0cf61e048afa50",68:"ec57f2934a270bc0fa37",69:"e7f37558a75473d6d8be",70:"
       63d108f755eb8231d482",71:"0334b4a03d2d8100520",72:"ae53b379b7336ae3e088",73:"
       0901e756ea894d672a5d",74:"52161843e2bbae95cd40",75:"1830828bd233a803856d",76:"
       69df4bec4b3812819ca6",77:"1062d71866edc22724c9",78:"2870212faae0e819e3df",79:"
```

144408
6eb0a729c512b64bdacb4",80:"2a7067280a4c2f35b89","81:"d9c1ca9e895a1a91fbde",82:"
ebbd72e6996d8123906",83:"53503eae07450be73074",84:"9ab1f53799bb02c8f682",85:"
a086f550ab56fcc06cf9",86:"266e7c1ed506d70b44f7",87:"77a4acac055479756396",88:"
88d983a07d8c16a15a1c",89:"eee052d4d16a3231d51d",90:"f8d3aaa71c81534bca0c",91:"
6c8d44682d58ea5115b6",92:"dc9a81e7a16e278a7ed8",93:"6dffbd9c46fc585dffd8",94:"
a5121ffd455bb5e7659e",95:"b3fd5d1c53d556b3649f",96:"85082475d101e9981315",97:"
996916885486f9a5a4ba",98:"8d71e00af5ee72bdb783",99:"6069435ba3f8d9120719",100:"
5ad7892bdd168c1fdf4f",101:"8270b6d20fc7e8dcc1ab",102:"31d80099e57c2cf8688f",103:"
4b269b91d69099bc437c",104:"7b573f3223d05d3729d2",105:"53d7da1e768ac5d8dd42",106:"
501bf30906630abf05ff",107:"8f8e721ee0b7bb2e81d1",108:"a2d6961738b83e671c08",109:"
87d4d576c9523d3dd51c",110:"aad4931645f025a2f267",111:"6213c5c013c7b3d8ad2b",112:"
1efb09c811c850f38689",113:"c1df5905381735555765",114:"2f62413ddef76a0a2054",115:"
11813ffc1ac711536e84",116:"d52fe2b67f7b4f950738",117:"4709c0f31f88dcb91ad7",118:"
1620ea3e7f645b363443",119:"dc01500e0414d3b0f179",120:"5bb86be5d2e12a133035",121:"
d37610cf77c7b6abd7b1",122:"950fd8db6371e1b28c08",123:"7ab7557153b439c1f14b",124:"
68bd2995e9319d3fe43c",125:"ec585f4031054c8d8c16",126:"4d53cc83ae50ce874a76",127:"
7bb7d0cc112585a10c7a",128:"54d3b6376c475262317b",129:"1e1b82e9487a928bb53f",130:"
473c207e9e941c03b6d0",131:"35080984e4105728f57d",132:"20b91512c759dedee128",133:"
3866a30eb6e75b2de512",134:"c21ee9770fa0f82dad3f",135:"1cb8325a0bb98031a172",136:"
11613d5227bcb52394b4",137:"38cd9d23232f3add9c7e",138:"3b378083b926402e9065",139:"
ddd8ee397870a559a431",140:"3711d4f8f55c2daf17b2",141:"9e6f8ebf6c9af23b66fb",142:"
1dd1663213076e057912",143:"757529fbd50fd4b1e151",144:"e215c4d3b799574d8966",145:"
4badf70476a7b4b21f17",146:"1bdb193a9dc4c7be2c4a",147:"3d6700e02881432a9823",148:"
2b7fe3b67f770cc7596f",149:"d7030e33153388216c68",150:"fe2872c82a62f2ec1df3",151:"
8f5cf637c17ac3a3622a",152:"f84e356b62c92f81f08a",153:"00b61020d8de35196b69",154:"
debc12d269c205becb22",155:"96bb4e1005ea7573d657",156:"0fc4474ca8fb66c04ab5",157:"
044fd57b52543b55641a",158:"776c06083a90cbb44a2d",159:"cdbc251b8419e5951504",160:"
cadead6139baafa86877",161:"a745a11143dee0fd653b",162:"a1b2428e5923e635569e",163:"
73e2a61dc54190569274",164:"4914ab2d30c3b24123ee",165:"bd8605c28fd3f74dc4af",166:"
530029f8baca602fecec",167:"d2991ce4c2e629f9e617",168:"f8538e7026168cb94627",169:"
53f80164ba60b29be6b2",170:"4a10f6c478b2aac5faff",171:"7604731b718139a6d3ca",172:"
acad8702e8e3d37bcee4",173:"149b7f19053f64954ea9",174:"0ad6e68e0d32bf2db8f8",175:"
7da992aeb798a01fd178",176:"b7545718c321225eda8c",177:"93375f03288134109f97",178:"
a89d803cdf3256bcf667",179:"cbb3f570547a5907bddb3",180:"87931e54e541ca9ec0be",181:"
cb49a9ac5b47a9492e0c",182:"03f3bbe37db98f9ec983",183:"95a19372673e7e768a1e",184:"
bfe4677b0395fd6d7827",185:"93dc535a8b6fd84955b4",186:"b53096bff6391fb24344",187:"
340207bbe041105f0673",188:"45e65b81fbb29aa90fb6",189:"d0ed55bb1c9fa5e70093",190:"
f2fea004a8bfb5719afb",191:"88633368916d6dbce1e6",192:"40f273bf6b97ad143ad5",193:"
b1eaf77d2bf436838b50",194:"8c91f2656e61fa513280",195:"119d73ef5fcc8c495b54",196:"
4047a1982cf0f8ec571f",197:"d65cf4e9540d2141d250",198:"a493c34639d7eb678d98",199:"
09a96fd549dd30c3e5d2",200:"18315d928e2c29ad5570",201:"8de038a6046a952800f9",202:"
41ed9159f8922b04c82e",203:"a167e838bea252adf90a",204:"1daf6157322857290deb",205:"
aacf3f8ef3bb7e4262ca",206:"f769b85f391a6952443d",207:"81fc604a3f30596c5184",208:"
c6a162988d88d8866b15",209:"3100b8b3171d1a3aea24",210:"525555390e4d60dcc023",211:"
441f36c2ae140f569d22",212:"2133c73944f152cfcdd8",213:"f12e98589348b040d8a7",214:"
fab5c48e7d0b643e62fb",215:"11156a6d7710a080200f",216:"83b72b07f33df897dfb0",217:"
75d80fa38748d3434a5f",218:"2d5165099bd707535177",219:"8ef7c5bc03d90dbe61b9",220:"
9c12815589cb491c0325",221:"63058cebad88a2dab8e3",222:"371c886d0e339811060a",223:"
cc43499b659e62127966",224:"c4844dade2c2525f5d96",225:"7d41012ec5afb64b1f23",226:"
2fd030b862f31f77f8bf",227:"f9e88f38a17a352ba4b7",228:"10c0443b77ac982fe9c0",229:"
47fbf79eb42c280f4946",230:"4b9d7ea7c006057cea1d",231:"931ce14c6bfa889c886d",232:"
7221969c81bb7847353e",233:"87848f1d0d4d1a81e3e9",234:"afc48e28567d5b1f0883",235:"
0c517347f091b7933778",236:"d12387720a1529a3689b",237:"c5d07b1136dfbdd4dd1d",238:"
31b5cbc31e69cf92cd85",239:"973866b6146b812effe5",240:"585a7e2ac7d7a53c651",241:"
fc95695442002307a2e2",242:"d7447bbfbe0e06b9d6f6",243:"bcf5ea446094b45880ad",244:"
c55b089c0c79433b5cb6",245:"333feb19f2e8674753ec9",246:"34810440124271857d52",247:"
6d4a5a81f826adf21813",248:"586fcda53a9752046447",249:"c6c06618704fbf2c8650",250:"
3dac5b77c75d45e0a73a",251:"8a546ef005ff7085aa14",252:"3b9b07e706c919800c62",253:"
cb8fff9116ff0d21993a",254:"03685ace4fda55c53d47",255:"314f454be1c270a727d5",256:"
aaa7dafd4110ce1966ef",257:"e478ac49f083ba4fc81d",258:"ced67dc57ff1771daf8b",259:"
8b4fdefd051b618dab4c",260:"c630b26e09f214657ebe",261:"d9a5d75703f41abf16f8",262:"
b2d6764402eb17dbc134",263:"899bb28a2132c0acc466",264:"fdf9cd422a202926a8b5",265:"
3419cfcce067163c04a6f",266:"bc0c7be755db9355913d",267:"352f2cd2695b18519d2a",268:"
d0abca00901b2c028eb1",269:"53748ecdc0496dae69cb",270:"5a4657c01277229e9988",271:"
12607499838818d10750",272:"c4f628e5cd38b29deea9",273:"7b9bfe2403f0f5cb4c77",274:"
0f5cb87353c63129ba08",275:"535afa29e8037176b74c",276:"03073eb5e214837e95c1",277:"
a6b23475bfb1e29dc9ae",278:"a314176107917e25bcc8",279:"f3f8575e302d3f083802",280:"
87c586d256612f22f074",281:"1fc1268d2303a8517eab",282:"46817ef3247badd37cb9",283:"

aa5?4afe70b2a05252a3","286":"042c08b0733bc0c5ad3","a0f7dbc6ba66d7a8a82","286":"
dbbef4739cef0e35a3b9","287":"7bb6a9cb484cab6412a7","288":"3e8f9f6035305890b4e2","289":"
1f3a4322a6d29f203057","290":"f7079e964df90bad7c4c","291":"795328121e96a95dc39d","292":"
82ae3826327de70be3be","293":"b33d6bbae6491a75c229","294":"410f3761990aa67f53b1","295":"
c44188070c1f90234e43","296":"8bfd36d69e145c986541","297":"f2e701d639d82dde00cf","298":"
6227bdb16ab065d12191","299":"b9a9218c005485134fa8","300":"535b2ec9db80f8bff3f3","301":"
0c4abe75c25f8117dc04","302":"05de7c272b6132260c97","303":"bebbd2e7bebf3c415451","304":"
ba7e71a9fad8941750f2","305":"e9618a67d06db3ee6ea1","306":"d5e0183ff231e0557c0b","307":"
4a133d3b8f4240646f0b","308":"f296ea8683030cdca540","309":"2ef166820ac5d460edbf","310":"
af2f303498d72b193dc0","311":"25e91581676a3765e582","312":"f42de62c70b8e5db0313","313":"
b9e164746867350ba759","314":"08ca88e33e72008664ea","315":"1c6520abd906357ea276","316":"
262dde63f2648c2e6349","317":"7950376a210e496e740c","318":"9b2b9dc362d4bb09f666","319":"
57adc923a14536aed675","320":"da708ce290888f9428f2","321":"861d6052f8c772f16188","322":"
2cd57244ccda9fc58c5f","323":"a6d74712bb983b6d2b92","324":"1164f0da98af4cf3b6ab","325":"
e8fd77e1b1d9a46a8a05","326":"d7deea9d674b6e55788e","327":"e172ac03118eb68e6913","328":"
10814cc447968614f3e4","329":"48d42517625dcefe66ce","330":"20482175b8133ebe3d96","331":"
286eeafb56632439475c","332":"79c74999b56ff09bd5ab","333":"0be18e44dc3e42b9c8ea","334":"
ec7dc9c7d7ce61acf445","335":"80bc0ba6d19ca3237e80","336":"61c162ead2066db0ffff","337":"
aa6afaf3968aa69723ab","338":"0c0266e5a68bebe433a1","339":"74873f7f8f925189179b","340":"
9dd78f2cd2d5b78e9599","341":"91f0b69fe177ce0702b1","342":"f40a10e7d3dcd8eaac5a","343":"
5db8c4670635556366b7f","344":"2286fc4075992640f949","345":"9793749ed66d781a18ed","346":"
5257bf95e68f57ac6a36","347":"b8a982c79489e6b00e85","348":"0d065f0f79d1a14ea86d","349":"
192c4cd8e9fd4ebfffbf","350":"12c231d81a1fa3a504e6","351":"78293aad44f32e7fd77f","352":"
e1e6a3cc6ebebd13b40f","353":"b557eb7c1e0f3634e15e","354":"1ad221330b1bd9a29c4f","355":"
c52d1dc83c7e97102874","356":"67b828f428abbc8a65df","357":"1783809dc1fa2c069472","358":"
8ff2c075389b12caf803","359":"d77bcb5e5b5f6faf018b","360":"0286bc1fa40f459c5b85c","361":"
bec06e27225fcc781c64","362":"ed258263b920395bb660","363":"aba886b1cc270e1160c3","364":"
d777cc01f92589aeba41","365":"f5d94b875abe0639eb5e","366":"f6eb1001b693aa0bd730","367":"
2effb0d648e67dc65a60","368":"76d8441bb724e016b5df","369":"2ac01e189ededc6ce104","370":"
8e8aca245d92338513df","371":"6125803c13e0a3989bf6","372":"c4e70635342c74f2ddb5","373":"
79210942520b64aea045","374":"5ae25da5bc2b50510c35","375":"513551280d077025cb74","376":"
544e37625c4a3be94458","377":"f38f29dc760599d5dfcb","378":"ff6d1fc7b20428c10c92","379":"
f597ead5f8cedf7c2cf3","380":"88d8d3d4a197d39b487e","381":"ff10509ab10d7cd5535f","382":"
f519173d3464f00c38d3","383":"f6e56e2230b432ec9121","384":"969aa3c1ff3c2537d1b4","385":"
f7c2e1125d3d668969f7","386":"c9f34ce072a574c2e387","387":"f5db8c3f5bcaebdb22ce","388":"
f5d2335fab41e0f70c4f","389":"1ca9baa86715792a6b3f","390":"728638b84ad61a2958c1","391":"
32d06884bd3712a359e2","392":"57ff34b2ef8bfe8fe022","393":"f35cf65f2b8dfea6b334","394":"
0abae367d520703b8b3c","395":"e842625d201e6bb8b17d","396":"640500a701cfa0a9d418","397":"
ee4906cb3419e6058c3e","398":"4c79c9bed636065bcab8","399":"ee6647093b8933f09021","400":"
c60d3c798680240ceef9","401":"f58b5f86e66b0c6e62d3","402":"12a1ba5f2fe299c0c9b7","403":"
81cff4f65ce32d0cb5","404":"47505d7072ec8d6a2811","405":"cb48b4fd0a424253f3af","406":"
8e498dee610d1e7ccd05","407":"2df03626f2321b405577","408":"7e3402e892196ff50ca7","409":"
86bf58fae0be8c9d2984","410":"a191935811af394f60b2","411":"aa6e20175718d9226d20","412":"
5fb021a2cca6a55c4f69","413":"59fa9b1fdef84f3d1fcb","414":"3bb7edbbffe881c0021f","415":"
3e04210f33c2165d5806","416":"f23a65220a11e192ee3a","417":"9cc79b4958d7863388dd","418":"
5398927037be275308f0","419":"413ca70420ee68a341f2","420":"be4e6e11f666ea00a0b5","421":"
75f036cb83a776a20999","422":"ffd514d9b988ad16e459","423":"a74bbfd2eaf9b7c307ae","424":"
2a7ce04c5e777c5431a0","425":"63cbdc4d518a2d7e3953","426":"074c0b34d8bac8772b8e","427":"
778de282558015ea2e91","428":"0570f6e5796eb54f351f","429":"098ea1d46cd0becb085e","430":"
11e21e9c7a593eff66b2","431":"08f05d078a86a930bdfa","432":"bf86b6920d3835cb9de4","433":"
da9659ac8353bf964e9e","434":"00cda1e6aee8f178a2bd","435":"c5ac3b610bd79d496b3c","436":"
5bf47916475a8e044cce","437":"7d01fd217448fb546e1b","438":"c61eca4511cca4f81772","439":"
a363e4b2933f762586fa","440":"517090492294f8f0856c","441":"195b3a05c9143287256f","442":"
cabcd4351f113e944f22","443":"19cfa701af9e69c4721c","444":"f3821c3b9027b3d6039a","445":"
3724cd430ac281d3ab24","446":"88b8eff810b803c0adbd","447":"add68418c00e607f0b53","448":"
a46a24272c48cadf6120","449":"4c3cb392b40cc463124b","450":"a3e6977b8865b120d1ee","451":"
6c8d1d6095459abeca18","452":"5102c8f3822c27deb380","453":"63c04421909bbf5ed902","454":"
60646a8647485356aa92"}[e]+".js",a.appendChild(i)}},t.m=e,t.c=a,t.p="//s7.addthis.com/
static/",t(0)}(function(e){for(var t in
e)if(Object.prototype.hasOwnProperty.call(e,t))switch(typeof
e[t]){case"function":break;case"object":e[t]=function(t){var
n=t.slice(1),a=e[t[0]];return
function(e,t,o){a.apply(this,[e,t,o].concat(n))}}(e[t]);break;default:e[t]=e[e[t]]}
return e}([function(e,t,n){n(807),e.exports=n(83)},function(e,t,n){var
a=n(751),o=navigator.userAgent.toLowerCase(),i={win:function(e){return/windows/.test(
e)},xp:function(e){return/windows nt 5.1/.test(e)||/windows nt
5.2/.test(e)},osx:function(e){return/os
x/.test(e)},chb:function(e){return/chrome/.test(e)&&parseInt(/chrome\/(.+?)\)\./.exec(e

```
).pop(),"o1919x811.msedge(e)},chr:function(e){return/chrome/.test(e)&&!/rockmelt/.
test(e)&&!i.msedge(e)},iph:function(e){return/iphone/.test(e)||/ipod/.test(e)},dro:
function(e){return/android/.test(e)},wph:function(e){return/windows
phone/.test(e)},bb10:function(){return/bb10/.test(o)},ipa:function(e){return/ipad/.
test(e)},saf:function(e){return/safari/.test(e)&&!/chrome/.test(e)},opr:function(e){
return/opera/.test(e)},ffx:function(e){return/firefox/.test(e)},ff2:function(e){
return/firefox\/2/.test(e)},ffn:function(e){return/firefox\/((3.[6789][0-9a-z]*)|(4.[
0-9a-z]*))/.test(e)},ie6:function(e){return/msie
6\.0/.test(e)},ie7:function(e){return/msie 7\.0/.test(e)},ie8:function(e){return/msie
8\.0/.test(e)},ie9:function(e){return/msie
9\.0/.test(e)},ie10:function(e){return/msie
10\.0/.test(e)},ie11:function(e){return/trident\/7\.0/.test(e)},msedge:function(e){
return/edge\/12\./.test(e)},msi:function(e){return/msie/.test(e)&&!/opera/.test(e)},
mob:function(e){return
window.addthis_config&&window.addthis_config._forceClientMobile?!0:/mobile|ip(hone|od
|ad)|android|blackberry|iemobile|kindle|netfront|silk-accelerated|(hpw|web)os|fennec|
minimo|opera
m(obi|ini)|blazer|dolfin|dolphin|skyfire|zune/.test(e)}};e.exports=function(e,t){
return
t=t?t.toLowerCase():o,i[e](t)},a(i,function(t,n){e.exports[n]=t(o)}),function(){var
t=document.compatMode,n=1;"BackCompat"===t?n=2:"CSS1Compat"===t&&(n=0),e.exports.mode
=n,e.exports.msi&&(e.exports.mod=n)}()},function(e,t){e.exports=function(e,t,n){var
a,o;if(n=n||this,e&&t)for(a in e)if(e.hasOwnProperty instanceof
Function)if(e.hasOwnProperty(a)&&(o=t.call(n,a,e[a],e),o===!1))break}else
if(o=t.call(n,a,e[a],e),o===!1)break},function(e,t){function
n(e,t,n,a){t&&(t.attachEvent?t[(e?"detach":"attach")+"Event"]("on"+n,a):t[(e?"remove"
:"add")+"EventListener"](n,a,!1))}function a(e,t,a){n(0,e,t,a)}function
o(e,t,a){n(1,e,t,a)}e.exports={listen:a,unlisten:o}},function(e,t,n){var
a,o=window,i=o.console,r=0,s=!i||"undefined"==typeof
i.log,c=(Array.prototype.slice,["error","warn","info","debug"]),u=c.length;try{!s&&o.
location.hash.indexOf("atlog=1")>-1&&(r=1)}catch(l){}for(a={level:r};--u>=0;)!
function(e,t){a[t]=s?function(){}:function(){}}(u,c[u]);e.exports=a},function(e,t){
function
n(){return(u/1e3&c).toString(16)+("00000000"+Math.floor(Math.random()*(c+1)).toString
(16)).slice(-8)}function a(e){var t;try{t=new
Date(1e3*parseInt(e.substr(0,8),16))}catch(n){t=new Date}finally{return t}}function
o(e){var t=a(e);return t.getTime()-864e5>(new Date).getTime()}function i(e,t){var
n=a(e);return(new Date).getTime()-n.getTime()>1e3*t}function r(e){return
e&&e.match(/^[0-9a-f]{16}$/)&&!o(e)}function s(e){return
r(e)&&e.match(/^0{16}$/)}e.exports={makeCUID:n,isValidCUID:r,isOptOutCUID:s,
isCUIDOlderThan:i};var c=4294967295,u=(new Date).getTime()},function(e,t,n){"use
strict";var
a=document,o=n(46),i={};i.rescan=function(){i.du=a.location.href,i.dh=a.location.
hostname,i.dr=a.referrer,i.search=a.location.search,i.pathname=a.location.pathname,i.
query=o(a.location.search),i.title=document.title,i.hash=a.location.hash},i.rescan(),
e.exports=i},function(e,t,n){"use strict";var
a=n(1),o=n(27),i=n(14),r=n(44),s=n(77),c=n(129),u=n(6),l=n(139),d=n(128),p=n(9),A=
window,f=A.addthis_share,h=A.encodeURIComponent,g=A._atw;e.exports=function(e,t,n,A,m
){var
v=l(_ate).clearOurFragment;if(!("more"!==e||a("wph")||a("iph")||a("dro")||o)){var
w=i[n]||("undefined"==typeof
g?f:g.share));w.url=h(w.url),w.title=h(w.title||(f||{}).title||""),A="undefined"==
typeof g?A:g.conf;var
b=window._atc.rsrcs.bookmark+"#ats="+h(r(w))+"&atc="+h(r(A));if(a("msi")&&b.length>
2e3){b=b.split("&atc")[0];var
x={product:A.product,data_track_clickback:A.data_track_clickback,pubid:A.pubid,
username:A.username,pub:A.pub,ui_email_to:A.ui_email_to,ui_email_from:A.ui_email_from
,ui_email_note:A.ui_email_note};g.ics(e)&&(x.services_custom=g.ics(e)),b+="&atc="+h(r
(x))}return b}return
c(m||!1)+(t?"feed.php":"email"===e&&s()>=300?o?"tellfriend.php":"tellfriend_v2.php":"
bookmark.php")+"?v=300&winname=addthis"+d({svc:e,feed:t,share:n,config:A,
classificationBitmask:_ate.cb,secondaryProductCode:_ate.track&&_ate.track.spc,
sessionID:_ate.track&&_ate.track.ssid),pubID:p(),feedsABCell:_ate.ab,
usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud})+(u.dr?"&pre="+h(v(u.dr)):"")+"&
tt=0"+("more"===e&&a("ipa")?"&imore=1":"")+"&captcha_provider=recaptcha2&pro="+(_ate.
pro===!0?1:0)}},function(e,t){function n(e){return
e.match(/(([^\/\/]*)\/\/|\/\/)?([^\/\?\&\#]+)/i)[0]}function a(e){return
e.replace(n(e),"")}function o(e){return
```

144408

```
e.replace(/(?:https?|ftp):\/\//,"").split("/")).shift();function i(e){var
t,n;if(e){if(-1!==e.search(/(?:\:\|\/\/)/))return e;if(-1!==e.search(/^\/\//))return
window.location.origin+e;if(-1!==e.search(/(?:^\.\/|^\.\.\/|\/)/)){t=/\.\.\//g;var
a=0===e.search(t)&&e.match(t).length||1,o=window.location.href.replace(/\/$/,"").
split("/");return
e=e.replace(t,""),e.replace(n,""),o.slice(0,o.length-a).join("/")+"/"+e}return
window.location.href.match(/(.*\/)/)[0]+e}function r(e){return
e.split("//").pop().split("/").shift().split("#").shift().split("?").shift().split(".
").slice(-2).join(".")}}e.exports={getDomain:n,getQueryString:a,getDomainNoProtocol:o,
getAbsoluteFromRelative:i,getHost:r}},function(e,t,n){"use strict";var
a=n(55),o=n(48),i=a("addthis_widget"),r=i.pubid||i.pub||i.username;r&&(window.
addthis_pub=window.decodeURIComponent(r)),window.addthis_pub&&window.addthis_config&&
(window.addthis_config.username=window.addthis_pub),e.exports=function(){var
e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return
encodeURIComponent(o(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||
"")))},function(e,t,n){function a(e){return e===Object(e)}function
o(e){return"[object Array]"===Object.prototype.toString.call(e)}function i(e){var
t;for(t in e)if(e.hasOwnProperty(t))return!1;return!0}var
r=n(836),s=n(2),c={};s([("Arguments","Function","String","Number","Date","RegExp"],
function(e,t){c[t.toLowerCase()]=function(e){return r(e)==="[object
"+t+"]"]})}),c["function"]=function(e){return"function"==typeof
e},e.exports={string:c.string,"function":c["function"],number:c.number,emptyObj:i,
object:a,array:Array.isArray||o}},function(e,t,n){
a=n(7),o=n(126).clickifyURL,i=n(9),r=n(5).makeCUID,s=n(14);e.exports=function(e,t,n,c
,u,l){var
d=i(),p=c||t.url||"/",A=t.xid||r(),f=s(t),h=n.data_track_clickback!==!1||n.
data_track_linkback||"AddThis"===d||!d;return
0===p.toLowerCase().indexOf("http%3a%2f%2f")&&(p=window.decodeURIComponent(p)),u&&(f.
xid=A,setTimeout(function(){(new
Image).src=a("twitter"===e&&l?"tweet":e,0,f,n)},100)),h?o(p,e,A):p}},function(e,t){
function n(e){return"number"==typeof e&&e>-1&&e%1==0&&a>=e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var a=n(39);e.exports=function(){var
e=a(arguments,0),t=e.shift(),n=e.shift();return function(){return
t.apply(n,e.concat(a(arguments,0)))}}},function(e,t){e.exports=function
n(e){if(null==e||"object"!=typeof e)return e;if(e instanceof Object){var
t={};if("function"==typeof e.hasOwnProperty)for(var a in
e)t[a]!==e&&e.hasOwnProperty(a)&&void 0!==e[a]&&(t[a]=n(e[a]));return t}return
null}},function(e,t,n){var
a=window.encodeURIComponent,o=n(11),i=n(24),r=n(34),s=n(1),c=n(170);e.exports=
function(e,t,n){var
u=e.share_url_transforms||e.url_transforms||{},l=i(r(e.url,u,e,"mailto")),d=e.title||
l;t=t||{};var
p="";e.media&&(p+=a(e.media)+"%0D%0A%0D%0A"),p+=a(o("mailto",e,t,l,n));var
A="mailto:?body="+p+"&subject="+(s("iph")?d:a(d));return
t.product||(t.product="men-300"),c(A,{pco:t.product})||"#"}},function(e,t,n){var
a=n(74),o={},i=document,r=window;e.exports=function(e,t,n,s,c,u){if(!o[e]||!u)var
l=i.createElement("script"),d="https:"===r.location.protocol,p="",A=c?c:i.
getElementsByTagName("head")[0]||i.documentElement;return
l.setAttribute("type","text/javascript"),n&&l.setAttribute("async","async"),s&&l.
setAttribute("id",s),(r.chrome&&r.chrome.self||r.safari&&r.safari.extension)&&(p=d?"
https:":"http:",0===e.indexOf("//")&&(e=p+e)),l.src=(t||0===n.indexOf("//")?"":p+a())
+e,A.insertBefore(l,A.firstChild),o[e]=l,1}return 1}},function(e,t,n){var
a=n(25),o=n(56);e.exports=function(e,t){return t=void
0!==t?t:"&",a(e,function(e,t,n){return
n=o(n),n&&e.push(window.encodeURIComponent(n)+"="+window.encodeURIComponent(o(t))),e}
,[]).join(t)}},function(e,t,n){"use strict";function a(){this._load()var
o=n(106),i=n(9),r=n(4),s=n(88);n(37);a.prototype={_getKey:function(){return"at-lojson
-cache-"+(i()||"*nopub*")},_save:function(){try{var
e=JSON.stringify(this._lojsonResponse);window.localStorage.setItem(this._getKey(),e)}
catch(t){r.error(t)}},_load:function(){try{var
e=JSON.parse(window.localStorage.getItem(this._getKey()));this._lojsonResponse=this.
_setLoJsonResponse(e)}catch(t){r.error(t),this._lojsonResponse=null}},
_setLoJsonResponse:function(e){var t=window.MOCK_LOJSON_RESPONSE;if(t&&e)for(var n in
t)e[n]=t[n];return e},exists:function(){return
Boolean(this._lojsonResponse)},hasToolConfigs:function(){return
Boolean(this.getLayersConfig()||this.getCustomMessageConfig())},updateCache:function(
e){this._lojsonResponse=this._setLoJsonResponse(e),this._save()},getLayersConfig:
function(){return this.safelyGet("config")},isBrandingReduced:function(){return
```

144408

```
this.safelyGet("subscription","reducedExpanding")},isPayingCustomer:function(){return"
PRO"===this.safelyGet("subscription","edition")},isProDomain:function(){if(!this.
isPayingCustomer())return!1;var e=this.safelyGet("approved");return
e&&0!==e.length?o(e):!1},getLocation:function(){return
s.get()},getCustomMessageConfig:function(){return
this.safelyGet("customMessages")},getPositionTemplates:function(){return
this.safelyGet("customMessageTemplates")},getFeedsTestCells:function(){return
this.safelyGet("perConfig")},safelyGet:function(){var
e=this._lojsonResponse;try{for(var
t=0;t<arguments.length;t++)e=e[arguments[t]];return e}catch(n){return void
0}}},e.exports=new a},function(e,t,n){var
a=n(25),o=n(39),i=n(10).array;e.exports=function r(e,t,n){var s;if("boolean"!=typeof
e?(s=o(arguments,1),t=e,e=!1):s=o(arguments,2),t){if(!s[0]){if(s[0]=t.object||t.obj,!
s[0])return t;t=t.subject||t.subj}return a(s,function(t,n){var
o=!1;try JSON.stringify(n)}catch(s){o=!0}return a(n,function(t,n,a){return
t?(o||!e||"object"!=typeof n||void 0==n?t[a]=n:t[a]=r(!0,i(n)?[]:{},n),t):void
0},t)},t)}},function(e,t,n){"use strict";var a=n(84),o=n(1);e.exports=function(){var
e=window.addthis_language||(window.addthis_config||{}).ui_language||document.
documentElement.lang;return
a(e)?e:(e=o("msi")?navigator.userLanguage:navigator.language,a(e)?e:"en")}},function(
e,t,n){var a=n(35),o=window;e.exports=function(e,t){var i=o.open(e,t);return
a.push(i),i}},function(e,t,n){function a(e){return u(f.cookie,";")[e]}function
o(){return g?1:(c("xtc",1),l==a("xtc")&&(g=1),s("xtc",1),g)}function i(e){var
t,n,a,o=e||_ate.dh||_ate.du||(_ate.dl?_ate.dl.hostname:""),i=p.getDomain(o);if(A.test
(i))return!0;n=d(),a=["usarmymedia","govdelivery"];for(t in
a)if(n==a[t])return!0;return!1}function r(e){_atc.xck||i(e)&&(_atc.xck=1)}function
s(e,t){f.cookie&&(f.cookie=e+"="; expires=Thu, 01 Jan 1970 00:00:01 GMT; path=/"+(t?"?;
domain="+(l("msi")?"":"."")+"addthis.com":""))}function
c(e,t,n,a,o){h.at_sub||i(),_atc.xck||a&&(h.addthis_config||{}).
data_use_cookies_ondomain===!1||(h.addthis_config||{}).data_use_cookies===!1||(o||(o=
new Date,o.setYear(o.getFullYear()+2)),document.cookie=e+"="+t+(n?"":";
expires="+o.toUTCString())+"; path=/;"+(a?"":"
domain="+(l("msi")?"":".")+"addthis.com"))}var
u=n(31),l=n(1),d=n(66),p=n(8),A=/(?:\.mil|\.gov)$/,f=document,h=window,g=0;e.exports=
{rck:a,sck:c,kck:s,cww:o,gov:r,isgv:i}},function(e,t,n){var
a=n(5).isValidCUID,o=n(75);e.exports=function(e){var t;return
e=e||"",t=o(e).shift().split("=").pop(),a(t)||e.indexOf("#at_pco=")>-1?e.split("#").
shift():(t=e.split("#").slice(1).join("#").split(";").shift(),3===t.split(".").length
&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===t.substr(0,1)&&/[a-zA-
Z0-9\-_]{11}/.test(t.substr(1))?e.split("#").shift():e)}},function(e,t){e.exports=
function(e,t,n){if(e instanceof Array)for(var
o=0,i=e.length,r=e[0];i>o;r=e[++o])n=t.call(a||e,n,r,o,e);else for(var s in e)e
instanceof Object?e.hasOwnProperty(s)&&(n=t.call(a||e,n,e[s],s,e)):void
0!==e[s]&&(n=t.call(a||e,n,e[s],s,e));return
n}},function(e,t){e.exports=function(e,t){var
n,a=291;for(t=t||32,n=0;e&&n<e.length;n++)a=a*(e.charCodeAt(n)+n)+3&1048575;return
16777215&a).toString(t)}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o),r=n(730),s=a(r);t["default"]=i["default"]("ie8")||i["default"]("ie9")&&
s["default"],e.exports=t["default"]},function(e,t,n){var
a=n(12),o=n(29),i=n(49),r="[object
Array]",s=Object.prototype,c=s.toString,u=o(u=Array.isArray)&&u,l=u||function(e){
return i(e)&&a(e.length)&&c.call(e)==r||!1};e.exports=l},function(e,t,n){function
a(e){return null==e?!1:l.call(e)==r?d.test(u.call(e)):i(e)&&s.test(e)||!1}var
o=n(779),i=n(49),r="[object Function]",s=/^\[object
.+?Constructor\]$/,c=Object.prototype,u=Function.prototype.toString,l=c.toString,d=
RegExp("^"+o(l).replace(/toString|(function).*?(?=\\\()|
.+?(?=\\\])/g,"$1.*?")+"$");e.exports=a},function(e,t){function n(e){var t=typeof
e;return"function"==t||e&&"object"==t||!1}e.exports=n},function(e,t,n){var
a=n(780),o=n(753);e.exports=function(e,t){return t=void 0!==t?t:"&",e=void
0!==e?e:"",o.encode(t),function(e,t){try{var
n=t.split("="),o=a(window.decodeURIComponent(n[0])),i=a(window.decodeURIComponent(n.
slice(1).join("=")));o&&(e[o]=i)}catch(r){}return e},{})}},function(e,t,n){var
a=n(130);e.exports=function(e){a().push(e)}},function(e,t,n){"use strict";var
a=n(837),o=n(34);e.exports=function(e){
t=a(o(e,{defrag:1}));return{domain:t[0],path:t.slice(1).join("/").split("#").shift()}
}},function(e,t,n){var
a=n(792),o=n(785),i=n(24),r=n(781);e.exports=function(e,t,n,s){return
```

144408

```
t||(t={}),t.remove||(t.remove=[]),t.remove.push&&(t.remove.push("sms_ss"),t.remove.
push("at_xt"),t.remove.push("at_pco"),t.remove.push("fb_ref"),t.remove.push("
fb_source")),t.remove&&(e=a(e,t.remove)),t.clean&&(e=o(e)),t.defrag&&(e=i(e)),t.add&&
(e=r(e,t.add,n,s)),e}},function(e,t){e.exports=[]},function(e,t,n){var
a=n(7);e.exports=function(e,t,n){var o=new Image;return
o.src=a(e,0,t,n),o}},function(e,t){function n(e){for(var
t,n,a,o,i,s,c,u="",l=0;l<e.length;)t=e.charCodeAt(l++),n=e.charCodeAt(l++),a=e.
charCodeAt(l++),o=t>>2,i=(3&t)<<4|n>>4,s=(15&n)<<2|a>>6,c=63&a,isNaN(n)?s=c=64:isNaN(
a)&&(c=64),u+=r.charAt(o)+r.charAt(i)+r.charAt(s)+r.charAt(c);return u}function
a(e){var
t,n,a,o,i,s,c,u="",l=0;for(e=e.replace(/[^A-Za-z0-9\-_\=]/g,"");l<e.length;)o=r.
indexOf(e.charAt(l++)),i=r.indexOf(e.charAt(l++)),s=r.indexOf(e.charAt(l++)),c=r.
indexOf(e.charAt(l++)),t=o<<2|i>>4,n=(15&i)<<4|s>>2,a=(3&s)<<6|c,u+=String.
fromCharCode(t),64!=s&&(u+=String.fromCharCode(n)),64!=c&&(u+=String.fromCharCode(a))
;return u}function o(e){var
t,n,a,o,i,s="",c=0;if(/^[0-9a-fA-F]+$/.test(e))for(;c<e.length;)t=parseInt(e.charAt(c
++),16),n=parseInt(e.charAt(c++),16),a=parseInt(e.charAt(c++),16),o=t<<2|(isNaN(a)?3&
n:n>>2),i=(3&n)<<4|a,s+=r.charAt(o)+(isNaN(a)?"":r.charAt(i));return s}function
i(e){for(var
t,n,a,o,i,s="",c=0;c<e.length;)o=r.indexOf(e.charAt(c++)),i=c>=e.length?NaN:r.indexOf
(e.charAt(c++)),t=o>>2,n=isNaN(i)?3&o:(3&o)<<2|i>>4,a=15&i,s+=t.toString(16)+n.
toString(16)+(isNaN(i)?"":a.toString(16));return s}var
r="ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789-_=",s=window;e.
exports={atob:s.atob?function(){return
s.atob.apply(s,arguments)}:a,btoa:s.btoa?function(){return
s.btoa.apply(s,arguments)}:n,hbtoa:o,atohb:i}},function(e,t){e.exports=function(e){e.
style&&(e.style.width=e.style.height="1px",e.style.position="absolute",e.style.top="-
9999px",e.style.zIndex=1e5)}},function(e,t){e.exports=function(e){var
t=Array.prototype.slice;return
t.apply(e,t.call(arguments,1))}},function(e,t){e.exports=function(){var e=[];return
e.toString=function(){for(var t=[],t=0;t<this.length;t++){var
n=this[t];n[2]?e.push("@media "+n[2]+"{"+n[1]+"}"):e.push(n[1])}return
e.join("")},e.i=function(t,n){"string"==typeof t&&(t=[[null,t,""]]);for(var
a={},o=0;o<this.length;o++){var i=this[o][0];"number"==typeof
i&&(a[i]=!0)}for(o=0;o<t.length;o++){var r=t[o];"number"==typeof
r[0]&&a[r[0]]||(n&&!r[2]?r[2]=n&&(r[2]="("+r[2]+") and
("+n+")"),e.push(r))}},e}},function(e,t,n){function a(e){for(var
n=0;n<e.length;n++){var a=e[n],o=p[a.id];if(o){o.refs++;for(var
i=0;i<o.parts.length;i++)o.parts[i](a.parts[i]);for(;i<a.parts.length;i++)o.parts.
push(c(a.parts[i],t))}else{for(var
r=[],i=0;i<a.parts.length;i++)r.push(c(a.parts[i],t));p[a.id]={id:a.id,refs:1,parts:r
}}}}function o(e){for(var t=[],n={};a<e.length;a++){var
o=e[a],i=o[0],r=o[1],s=o[2],c=o[3],u={css:r,media:s,sourceMap:c};n[i]?n[i].parts.push
(u):t.push(n[i]={id:i,parts:[u]})}return t}function i(e,t){var
n=Array.prototype.slice.call(arguments,2);return function(){var
a=Array.prototype.slice.call(arguments);e.apply(t,n.concat(a))}}function r(){var
e=document.createElement("style"),t=h();return
e.type="text/css",t.appendChild(e),e}function s(){var
e=document.createElement("link"),t=h();return
e.rel="stylesheet",t.appendChild(e),e}function c(e,t){var n,a,o;if(t.singleton){var
c=m++;n=g||(g=r()),a=i(u,null,n,c,!1),o=i(u,null,n,c,!0)}else
e.sourceMap&&"function"==typeof URL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
URL.createObjectURL&&"function"==typeof URL.revokeObjectURL&&"function"==typeof
Blob&&"function"==typeof
btoa?(n=s(),a=i(d,null,n),o=function(){n.parentNode.removeChild(n),n.href&&URL.
revokeObjectURL(n.href)}):(n=r(),a=i(l,null,n),o=function(){n.parentNode.removeChild(
n)});return
a(e),function(t){if(t){if(t.css===e.css&&t.media===e.media&&t.sourceMap===e.sourceMap
)return;a(e=t)}else o()}}function u(e,t,n,a){var
o=n?"":"".a.css;if(e.styleSheet)e.styleSheet.cssText=v(t,o);else{var
i=document.createTextNode(o),r=e.childNodes;r[t]&&e.removeChild(r[t]),r.length?e.
insertBefore(i,r[t]):e.appendChild(i)}}function l(e,t){var
n=t.css,a=t.media;t.sourceMap;if(a&&e.setAttribute("media",a),e.styleSheet)e.
styleSheet.cssText=n;else{for(;e.firstChild;)e.removeChild(e.firstChild);e.
appendChild(document.createTextNode(n))}}function d(e,t){var
n=t.css,a=(t.media,t.sourceMap);
```

144409

```
a&&(n+="\n/*#
sourceMappingURL=data:application/json;base64,"+btoa(unescape(encodeURIComponent(JSON
```

144409... .stringify(a))),r++;jvar c=new

```
Blob([n],{type:"text/css"}),i=e.href;e.href=URL.createObjectURL(o),i&&URL.
revokeObjectURL(i)}var p={},A=function(e){var t;return
function(){return"undefined"==typeof
t&&(t=e.apply(this,arguments)),t}},f=A(function(){return/msie
[6-9]\b/.test(window.navigator.userAgent.toLowerCase())}),h=A(function(){return
document.head||document.getElementsByTagName("head")[0]}),g=null,m=0;e.exports=
function(e,t){t=t||{},"undefined"==typeof t.singleton&&(t.singleton=f());var
n=o(e);return a(n,t),function(t){var i=[],r=0;r<n.length;r++){var
s=n[r],c=p[s.id];c.refs--,i.push(c)}if(e){var u=o(e);a(u,t)}for(var
r=0;r<i.length;r++){var c=i[r];if(0===c.refs){for(var
l=0;l<c.parts.length;l++)c.parts[l]();delete p[c.id]}}}};var v=function(){var
e=[];return function(t,n){var a=[];e[t]=n;for(var
o=0;o<e.length;o++)e[o]&&a.push(e[o]);return
a.join("\n")}}()},function(e,t){e.exports=function(e,t,n){var a,o=[];if(n=void
0!==n?n:this,null===e||void 0===e)return o;for(a in
e)e.hasOwnProperty(a)&&o.push(t.call(n,e[a],a));return o}},function(e,t,n){"use
strict";var a=function(e,t,n,a,o,i,r,s){if(!e){var c;if(void 0===t)c=new
Error("Minified exception occurred; use the non-minified dev environment for the full
error message and additional helpful warnings.");else{var u=[n,a,o,i,r,s],l=0;c=new
Error("Invariant Violation: "+t.replace(/%s/g,function(){return u[l++]}))}throw
c.framesToPop=1,c}};e.exports=a},function(e,t,n){var
a=n(25),o=n(56);e.exports=function i(e,t,n){var r=window.encodeURIComponent;return
t=t||"&",n=n||"=",a(e,function(e,a,s){return
s=o(s),s&&e.push(r(s)+n+r(o("object"==typeof
a?i(a,t,n):a))),e},[]).join(t)}},function(e,t,n){"use strict";var
a=n(32),o=n(50);e.exports=function
i(e,t,n,r,s,c){_ate.ao.toString()===i.toString()?(a([["open",e,t,n,r,s,c]],o()):_ate.
ao.apply(this,arguments)}},function(e,t,n){var a=n(31);e.exports=function(e){var
t,n=e.indexOf("?");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\?]+\??|\??/,""))}},function(e,t,n){"use
strict";e.exports=function(e,t,n){if(t&&e!==t)for(var a in
t)t.hasOwnProperty(a)&&(void
0===e[a]||n)&&(e[a]=t[a])}},function(e,t){function(e,t){e&&e.trim&&
function"==typeof
e.trim&&(e=e.trim());try{e=e.replace(/^[\s\u3000]+/,"").replace(/[\s\u3000]+$/,"")}
catch(n){}return
e&&t&&(e=window.encodeURIComponent(e)),e||""}},function(e,t){function n(e){return
e&&"object"==typeof e||!1}e.exports=n},function(e,t,n){"use strict";var
a=n(85).wasRequestMade,o=n(85).get,i=!1,r=window;e.exports=function(){try{o(),i||(a()
&&!r.addthis_translations?setTimeout(function(){i=1,n.e(0,function(){n(15)})}):(i=1,n
.e(0,function(){n(15)})))}catch(e){}}},function(e,t){e.exports={DIRECT:0,SEARCH:1,
ON_DOMAIN:2,OFF_DOMAIN:4}},function(e,t,n){"use strict";function a(e,t){return
c("email",0,e,t,!0)+"&ats="+encodeURIComponent(l(e))+"&atc="+encodeURIComponent(l(t))
+"&rb="+encodeURIComponent(p.isBrandingReduced())}var
o=n(1),i=n(45),r=n(36),s=(n(16),n(22)),c=n(7),u=n(61),l=n(44),d=n(27),p=n(19);e.
exports=function(e,t){if(t.ui_pane="email",-1===document.location.href.search(/
bookmark\.php/))s(a(e,t),"EmailAFriendWin",o("ie9")?"resizable":"");else{if(r(e.
service,e,t),d)return
window.location.href=c("email",0,e,t);u(e),i(document.body,"more","","",t,e)}},e.
exports.getEmailURL=a},function(e,t,n){function
a(e,t,n,a,o){this.type=e,this.triggerType=t||e,this.target=null===n?n:n||a,this.
triggerTarget=a||n,this.data=o||{},this.serialize=function(){if(f){var
e=h({},this.data);return
e.element=null,JSON.stringify({remoteEvent:{data:e,type:this.type,triggerType:this.
triggerType},target:{},triggerTarget:{}}})}return""}}function
o(e,t){this.target=e,this.queues={},this.remoteDispatcher=null,this.remoteFilter=null
,this.defaultEventType=t||a}function i(e){var t=this.queues;return
t[e]||(t[e]=[]),t[e]}function r(e,t){this.getQueue(e).push(t)}function
s(e,t){e&&e.postMessage&&(this.remoteDispatcher=e,this.remoteFilter=t)}function
c(e,t){this.firedEvents.hasOwnProperty(e)?t(this.firedEvents[e]):this.once(e,t)}
function u(e,t){var n=this,a=function(){var
o=Array.prototype.slice.call(arguments,0);t.apply(this,o),n.removeEventListener(e,a)}
;n.addEventListener(e,a)}function l(e,t){var n=this.getQueue(e),a="string"==typeof
n?n.indexOf(t):-1;-1!==a&&n.splice(a,1)}function d(e,t,n,a){var
o=this;this.firedEvents[e]||(this.firedEvents[e]=n),a?o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n)):setTimeout(function(){o.dispatchEvent(new
o.defaultEventType(e,e,t,o.target,n))})}function p(e){var
```

```
t,n=e.target,t=this.getQueue(e.type),top!==e?c=a<a.length:t.length)t.call(n,e.clone()):
a[t](e.clone());try{if!||!this.remoteDispatcher||"function"!=typeof
this.remoteDispatcher.postMessage||this.remoteFilter&&0!==e.type.indexOf(this.
remoteFilter)||this.remoteDispatcher.postMessage(e.serialize(),"*")}catch(o){}}
function A(e){return e?(m(w,function(t,n){e[t]=g(n,this)},this),e):void 0}var
f=n(122),h=n(20),g=n(13),m=n(2),v=function(){},w={firedEvents:{},constructor:o,
getQueue:i,addEventListener:r,once:u,after:c,removeEventListener:l,on:r,off:l,
addRemoteDispatcher:s,dispatchEvent:p,fire:d,decorate:A},b={constructor:a,bubbles:!1,
preventDefault:v,stopPropagation:v,clone:function(){return new
this.constructor(this.type,this.triggerType,this.target,this.triggerTarget,h({},this.
data))}};e.exports={PolyEvent:a,EventDispatcher:o},h(a.prototype,b),h(o.prototype,w)}
,function(e,t,n){var a=n(31);e.exports=function(e){var t,n=e.indexOf("#");return
t=-1!==n?e.substring(n):"",a(t.replace(/^[^\#]+\#?[^\#?/,""))}},function(e,t,n){var
a=n(54),o=n(46),i=n(158);e.exports=function(e){var t=i(e);return
t&&t.src?t.src.indexOf("#")>-1?a(t.src):o(t.src):{}}},function(e,t){e.exports=
function(e){return e+="",e.replace(/(^\s+|\s+$)/g,"")}},function(e,t){var
n=window,a=!!n.postMessage&&-1!==(""+n.postMessage).toLowerCase().indexOf("[native
code]");e.exports=a},function(e,t,n){var a=n(2);e.exports=function(e,t,o){var
i=n(10),r=i.array,s=i.object,c=i["function"],u=s(e),l=r(e),d=l?[]:{},p=o||this;if(!c(
t))throw new TypeError(t+" is not a function");return
l||u?(a(e,function(e,n,a){t&&t.call(p,e,n,a)&&(r(d)?d.push(n):d[e]=n)}),d):[]}},
function(e,t,n){var a=n(148);e.exports=function(e,t,n){var
o,i,r=window.addthis_translations;if(n=n||a(),"en"===n||!r)return e;for(o in r)for(i
in r[o][0])if(r[o][0][i]===n&&r[o].length>t&&r[o][t])return r[o][t];return
e}},function(e,t,n){"use strict";var
a=n(63),o=n(112),i=n(65),r=n(748),s=n(749);e.exports=function(e,t){var n;return
n=a[e]&&a[e].name?a[e].name:o[e]&&o[e].name?o[e].name:i[e]&&i[e].name?i[e].name:r[e]?
r[e]:s(e,t),(n||"").replace(/ /g," ")}},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e){if(!v["default"])return
t=n(101)(),t._hasLoadedResources||!function(){e=e||{},n(633);var
a=l["default"].getMixin({campaign:"AddThis expanded
menu"}).generateBranding(p["default"].isBrandingReduced()),o=document.createElement("
div"),i="at-expanded-menu-host",s=a.element.innerHTML,u={shareHeading:f["default"]("
Share",91),shareTitle:e.title||g["default"].title||"",shareURL:e.url||g["default"].du
||"",reducedBrandingInnerHTML:s},d=r["default"].replace(/\{\{(\w+?)\}\}/g,function(e,
t){return
b["default"](u[t])});o.id=i,o.innerHTML=d,document.body.appendChild(o),c["default"]()
,t._hasLoadedResources=!0}()}}t.__esModule=!0,t["default"]=o;var
i=n(802),r=a(i),s=n(107),c=a(s),u=n(165),l=a(u),d=n(19),p=a(d),A=n(59),f=a(A),h=n(6),
g=a(h),m=n(27),v=a(m),w=n(732),b=a(w);e.exports=t["default"]},function(e,t,n){
function a(e,t){var n,a,o={};for(a in e)n=e[a],o[a]=void 0!==n?n:t(a);return
o}function o(){return a(r("name","list"),u)}function i(){function e(){return""}return
a(s("url"),e)}function r(e,t){var n,a,o,i,r=d[e],c={};if(r&&r[t])return
r[t];n=s(e),a=s(t);for(o in n)i=n[o],a[o]!==!1&&(c[o]=i);return void
0===r&&(r={}),r[t]=c,c}function s(e){var t,n={};if(l[e])return l[e];for(t in
c)n=c[t],a[t]=n[e];return l[e]=a,a}var
c=n(63),u=n(60),l={},d={};e.exports={getObjectWithProp:s,list:o(),map:i()}},function(
e,t){e.exports={"100zakladok":{url:"100zakladok.ru"},adfty:{},adifni:{},advqr:{name:"
ADV QR",url:"qr-adv.com"},aim:{name:"AOL
Lifestream",top:1,url:"lifestream.aol.com"},amazonwishlist:{name:"Amazon",url:"amazon
.com"},amenme:{name:"Amen Me!"},aolmail:{name:"AOL
Mail",url:"webmail.aol.com"},apsense:{name:"APSense",arto:{},baidu:{name:"cang.baidu.
com"},balatarin:{},beat100:{},bitly:{name:"Bit.ly",url:"bit.ly"},bizsugar:{name:"
BizSugar"},bland:{name:"Bland
takkinn",url:"bland.is"},blogger:{top:1},blogkeen:{},blogmarks:{url:"blogmarks.net"},
bobrdobr:{top:1,url:"bobrdobr.ru"},bonzobox:{name:"BonzoBox"},bookmarkycz:{name:"
Bookmarky.cz",url:"bookmarky.cz"},bookmerken:{name:"Bookmerken",url:"bookmerken.de"
},box:{url:"box.net"},buffer:{},camyoo:{},care2:{},citeulike:{name:"CiteULike",url:"
citeulike.org"},cleanprint:{name:"CleanPrint",url:"formatdynamics.com"},cleansave:{
name:"CleanSave",url:"formatdynamics.com"},cloob:{},cosmiq:{name:"COSMiQ",url:"cosmiq
.de"},cssbased:{name:"CSS
Based"},delicious:{top:1},diary_ru:{name:"Diary.ru",url:"diary.ru"},digg:{top:1},
diggita:{url:"diggita.it"},diigo:{},domaintoolswhois:{name:"Whois
Lookup",url:"whois.domaintools.com"},douban:{},draugiem:{name:"Draugiem.lv",url:"
draugiem.lv"},edcast:{name:"EdCast"},efactor:{name:"EFactor"},email:{supportsImage:0
,top:1},evernote:{},exchangle:{},fabulously40:{},facebook:{supportsImage:0,top:1},
facenama:{},fashiolista:{},favable:{name:"FAVable"},faves:{name:"Fave",url:"fave.net"
},favorites:{top:1},favoritus:{},financialjuice:{name:"Financial
```

144409... Juice",flipboard:{},folka:{},foodlive:{name:"Cherry Share"},gg:{name:"GG",url:"gg.pl"},gmail:{url:"mail.google.com"},google:{name:"Google Bookmark",top:1},google_classroom:{name:"Google Classroom",url:"classroom.google.com"},google_plusone_share:{name:"Google+",top:1,url:"plus.google.com"},googletranslate:{name:"Google Translate",url:"translate.google.com"},govn:{name:"Go.vn",url:"go.vn"},hackernews:{name:"Hacker News",url:"news.ycombinator.com"},hatena:{top:1,url:"b.hatena.ne.jp"},hedgehogs:{url:"hedgehogs.net"},historious:{name:"historious",url:"historio.us"},hootsuite:{},hotmail:{name:"Outlook",url:"mail.live.com"},indexor:{url:"indexor.co.uk"},informazione:{name:"Fai Informazione",url:"fai.informazione.it"},instapaper:{},internetarchive:{name:"Wayback Machine",url:"archive.org"},iorbix:{name:"iOrbix"},jappy:{name:"Jappy Ticker",top:1,url:"jappy.de"},kaixin:{name:"Kaixin Repaste",url:"kaixin001.com"},kakao:{},ketnooi:{},kik:{},kindleit:{name:"Kindle It",url:"fivefilters.org"},kledy:{url:"kledy.de"},lidar:{name:"LiDAR Online",url:"lidar-online.com"},lineme:{name:"LINE",url:"line.me"},link:{name:"Copy Link",supportsImage:!0},linkedin:{name:"LinkedIn",top:1},linkuj:{name:"Linkuj.cz",url:"linkuj.cz"},livejournal:{name:"LiveJournal",top:1},mailto:{name:"Email App",top:1},margarin:{name:"mar.gar.in",url:"mar.gar.in"},markme:{url:"markme.me"},meinvz:{name:"meinVZ",url:"meinvz.net"},memonic:{},memori:{name:"Memori.ru",url:"memori.ru"},mendeley:{},meneame:{top:1,url:"meneame.net"},messenger:{name:"Facebook Messenger"},mixi:{url:"mixi.jp"},moemesto:{name:"Moemesto.ru",url:"moemesto.ru"},mrcnetworkit:{name:"mRcNEtwORK",url:"mrcnetwork.it"},mymailru:{name:"Mail.ru",top:1,url:"my.mail.ru"},myspace:{top:1},myvidster:{name:"myVidster"},n4g:{name:"N4G"},naszaklasa:{name:"Nasza-klasa",url:"nasza-klasa.pl"},netvibes:{},netvouz:{},newsmeback:{name:"NewsMeBack"},newsvine:{},nujij:{url:"nujij.nl"},nurses_lounge:{name:"Nurses Lounge",url:"nurseslounge.com"},odnoklassniki_ru:{name:"Odnoklassniki",top:1,url:"odnoklassniki.ru"},oknotizie:{name:"OKNOtizie",top:1,url:"oknotizie.virgilio.it"},openthedoor:{name:"OpenTheDoor",url:"otd.to"},oyyla:{},pafnetde:{name:"pafnet.de",url:"pafnet.de"},pdfmyurl:{name:"PDFmyURL"},pinboard:{url:"pinboard.in"},pinterest_share:{name:"Pinterest",supportsImage:!0,top:1,url:"pinterest.com"},plurk:{},pocket:{url:"getpocket.com"},posteezy:{},print:{top:1},printfriendly:{name:"PrintFriendly"},pusha:{url:"pusha.se"},qrsrc:{name:"QRSrc.com"},quantcast:{},qzone:{url:"qzone.qq.com"},reddit:{top:1},rediff:{name:"Rediff MyPage",url:"mypage.rediff.com"},renren:{},researchgate:{name:"ResearchGate",url:"researchgate.net"},retellity:{},safelinking:{url:"safelinking.net"},scoopit:{name:"Scoop.it",url:"scoop.it"},sharer:{name:"WebMoney",url:"events.webmoney.ru"},sinaweibo:{name:"Sina Weibo",url:"t.sina.com.cn"},skype:{},skyrock:{name:"Skyrock Blog"},slack:{},smiru:{name:"SMI",url:"smi.ru"},sodahead:{name:"SodaHead"},spinsnap:{name:"SpinSnap"},startaid:{},startlap:{url:"startlap.hu"},studivz:{name:"studiVZ",url:"studivz.net"},stuffpit:{},stumbleupon:{name:"StumbleUpon",top:1},stumpedia:{},stylishhome:{name:"FabDesign"},supbro:{name:"SUP BRO",url:"supb.ro"},surfingbird:{url:"surfingbird.ru"},svejo:{url:"svejo.net"},symbaloo:{},taringa:{name:"Taringa!",url:"taringa.net"},technerd:{name:"Communicate"},telegram:{url:"telegram.org"},tencentqq:{name:"Tencent QQ",url:"im.qq.com"},tencentweibo:{name:"Tencent Weibo",url:"t.qq.com"},thefancy:{name:"Fancy"},thefreedictionary:{name:"FreeDictionary"},thisnext:{name:"ThisNext"},trello:{},tuenti:{top:1},tumblr:{top:1},twitter:{top:1,referrers:["t.co"]},typepad:{},urlaubswerkde:{name:"Urlaubswerk",url:"urlaubswerk.de"},viadeo:{top:1},viber:{},virb:{},visitezmonsite:{name:"Visitez Mon Site"},vk:{name:"Vkontakte",top:1},vkrugudruzei:{name:"vKruguDruzei",url:"vkrugudruzei.ru"},voxopolis:{name:"VOXopolis"},vybralisme:{name:"vybrali SME",url:"vybrali.sme.sk"},w3validator:{name:"HTML Validator",url:"validator.w3.org"},wanelo:{},wechat:{name:"WeChat"},whatsapp:{name:"WhatsApp"},wishmindr:{name:"WishMindr"},wordpress:{name:"WordPress",top:1},wykop:{top:1,url:"wykop.pl"},xing:{name:"XING"},yahoomail:{name:"Yahoo Mail",top:1,url:"mail.yahoo.com"},yammer:{},yookos:{},yoolink:{url:"yoolink.fr"},yorumcuyum:{},youmob:{name:"YouMob"},yummly:{supportsImage:!0},yuuby:{},zakladoknet:{name:"Zakladok.net",url:"zakladok.net"},ziczac:{name:"ZicZac",url:"ziczac.it"},zingme:{name:"ZingMe",url:"me.zing.vn"}}},function(e,t){e.exports={addthis:{top:1,list:!1},compact:{top:1,name:"More",list:!1},expanded:{list:!1},menu:{url:"api.addthis.com",list:!1},more:{top:1,list:!1}},e.exports.shareService="compact"},function(e,t){e.exports=function(){var e=window,t=e.addthis_config_msg||{},n=e.addthis_config||{};return encodeURIComponent(t.pubid||t.username||t.pub||n.pubid||n.username||e.addthis_pub||"")}},function(e,t,n){"use strict";function a(e){return

144409...

```
e&&c.__esModule?e:{default:e})function o(e){for(var
t=e.name,n=e.startTime,a=e.duration,o=null,i=0;i<C.length;i++)if(t.search(C[i].regex)
>-1){o=C[i].name;break}return{name:o,startTime:n,duration:a}}function i(e){var
t=e.name;return Boolean(t)}function r(e){return
v["default"](e.name).domain.indexOf(".addthis.com")>-1}function s(e){return
e.name.search(b)}function c(e){return e.name.search(x)}function u(e){var
t=e.startTime,n=e.duration,a=e.name;return{startTime:t,duration:n,name:a}}function
l(e,t){return e.startTime-t.startTime}function d(e){return e.name.match(y)}function
p(){return
w.basicSupport()?performance.getEntriesByType("resource").map(u).filter(r).map(o).
filter(i).sort(l):[]}function A(){return
w.basicSupport()?performance.getEntriesByType("mark").map(u).filter(d).sort(l).map(
function(e){var
t=e.name,n=e.startTime;return{name:y.exec(t)[1],startTime:n}}):[]}function f(){return
w.basicSupport()?p().filter(s).shift():null}function h(){var e=f();return
e?parseInt(e.startTime):void 0}function g(){return
w.basicSupport()?p().filter(c).pop():null}t.__esModule=!0,t.getAddThisResources=p,t.
getAddThisMarkers=A,t.getFirstAddThisWidget=f,t.getPreDwellTime=h,t.getFirstShFrame=g
;var
m=n(33),v=a(m),w=n(68),b=/addthis_widget\.js/,x=/sh\.[0-9a-f]+\.html/,C=[{regex:b,
name:"widget"},{regex:x,name:"sh"},{regex:/boost/,name:"boost"},{regex:/red_lojson\/
300lo\.json/,name:"lojson"},{regex:/eu-test\.addthis\.com/,name:"eutest"}],y=/^
addthis\.(\S+)$/},function(e,t){"use strict";function n(){return
window.performance&&performance.getEntriesByType instanceof Function}function
a(){return n()&&performance.mark instanceof
Function}t.__esModule=!0,t.basicSupport=n,t.markerSupport=a},function(e,t){"use
strict";e.exports={pinterest:"pinterest_share",google_plusone:"google_plusone_share",
googleplus:"google_plusone_share",google_follow:"google_plusone_share",RSS:"rss",
compact:"addthis",expanded:"addthis",menu:"addthis",more:"addthis"}},function(e,t){
function n(e,t){return e=+e,t=null==t?a:t,e>-1&&e%1==0&&t>e}var
a=Math.pow(2,53)-1;e.exports=n},function(e,t,n){var
a=n(12),o=n(29),i=n(30),r=n(774),s=o(s=Object.keys)&&s,c=s?function(e){if(e)var
t=e.constructor,n=e.length;return"function"==typeof
t&&t.prototype===e||"function"!=typeof
e&&n&&a(n)?r(e):i(e)?s(e):[]}:r;e.exports=c},function(e,t,n){(function(t){var
a=n(29),o=/\bthis\b/,i=Object.prototype,r=(r=t.window)&&r.document,s=i.
propertyIsEnumerable,c={};!function(e){c.funcDecomp=!a(t.WinRTError)&&o.test(function
(){return this}),c.funcNames="string"==typeof
Function.name;try{c.dom=11===r.createDocumentFragment().nodeType}catch(n){c.dom=!1}
try{c.nonEnumArgs=!s.call(arguments,1)}catch(n){c.nonEnumArgs=!0}}(0,0),e.exports=c})
.call(t,function(){return this}())},function(e,t){function n(e){return
e}e.exports=n},function(e,t){e.exports=function(){return
window.addthis_cdn||window._atr}},function(e,t,n){var
a=n(5).isValidCUID,o=n(1),i=n(2);e.exports=function(e){var t;if(e==e||"",o("msi")&&e
instanceof Object&&e.length){var
n="";i(e,function(e,t){n?n+="&"+e+"="+t:n=e+"="+t}),e=n}return
t=e.split("#").pop().split(",").shift().split("=").pop(),a(t)?e.split("#").pop().
split(",")::[""]}},function(e,t){e.exports=function(e){var
t,n,a=e.split("?").pop().toLowerCase().split("&"),o=/^(?:q|search|bs|wd|p|kw|keyword|
query|qry|querytext|text|searchcriteria|searchstring|searchtext|sp_q)=(.*)/i;for(n=0;
n<a.length;n++)if(t=o.exec(a[n]))return
t[1];return!1}},function(e,t){e.exports=function(){return!_atc||!_atc.noup&&_atc.ver>
=152?300:_atc.ver}},function(e,t,n){"use strict";var
a=n(1),o=n(35),i=window;e.exports=function(e,t,n,r,s){var
c=t||550,u=n||450,l=screen.width,d=screen.height,p=Math.round(l/2-c/2),A=0;d>u&&(A=
Math.round(d/2-u/2));var
f=i.open(e,a("msi")?"":r||"addthis_share","left="+p+",top="+A+",width="+c+",height="+
u+",personalbar=no,toolbar=no,scrollbars=yes,location=yes,resizable=yes");return
o.push(f),s?f:!1}},function(e,t,n){"use strict";var
a=n(7),o=n(78),i=n(16),r=n(1),s=window;e.exports=function(e,t,n,c,u,l){var
d={wordpress:{width:720,height:570},linkedin:{width:600,height:475},facebook:{width:
675,height:375},hootsuite:{width:800,height:500},email:{width:660,height:660},more:{
width:660,height:716},vk:{width:720,height:290},raiseyourvoice:{width:480,height:635}
,fallback:{width:550,height:450}},p=a(e,0,t,n);return
n.ui_use_same_window?s.location.href=p:"email"===e&&r("mob")?s.location.href=i(t,n,1)
:o(p,c||(d[e]||d.fallback).width,u||(d[e]||d.fallback).height,l),!1}},function(e,t){e
.exports=function(){return{PINTEREST:"//assets.pinterest.com/js/pinmarklet.js",FANCY:
"//fancy.com/bookmarklet/fancy_tagger.js"}}},function(e,t){e.exports={NOOP:-1,CLICK:
```

144409...  50,VIEW:300,POP:2000,COPY:25,SHARE:300,FOLLOW:350,COMMENT:575,CUSTOM:285,ENGAGEMENT:
...  2100}},function(e,t,n){function a(e){return d?A.localStorage.getItem(f+e):void
...  0}function o(e,t){if(d){var
...  n=f+e;try{A.localStorage[n]=t}catch(a){if("QUOTA_EXCEEDED_ERR"===A.name){c();try{A.
...  localStorage[n]=t}catch(a){}}}}}function i(e){e&&"function"==typeof
...  e&&p(A.localStorage,e)}function t(e){var t={};if(d)return
...  i(function(n,a){n&&n.indexOf&&0===n.indexOf(f+(e||""))&&(t[n]=a)}),t}function
...  s(e){var t=0;return
...  i(function(n){n&&n.indexOf&&0===n.indexOf(f+(e||""))&&t++}),t>0}function
...  c(){i(function(e){0===e.indexOf(f)&&A.localStorage.removeItem(e)})}function u(e){var
...  t=r();p(t,function(t){0===t.indexOf(f+e)&&A.localStorage.removeItem(t)})}function
...  l(e){d&&A.localStorage.removeItem(e)}var
...  d=n(162),p=n(2),A=window,f="_at.";e.exports={getAll:r,removeAll:c,add:o,get:a,remove:
...  l,exists:s,removeByPrefix:u}},function(e,t,n){function o(){function
...  e(){an.layers.length?an.layers({cfs:!0}):_ate.ipc=!1}function t(){var
...  t,n,a,o,i,r;ne||A||(A=!0,D.isProDomain()&&(_ate.pro=!0),n=D.getCustomMessageConfig(),
...  a=D.getLayersConfig(),t=D.getFeedsTestCells(),n&&an.messages(n),t&&(r=D.
...  isPayingCustomer(),i=0(t,r),_ate.feeds.setTestCell(i)),a?(o=Me({cfs:!0},a),an.layers(
...  o,{cfs:!0})):ne!=!0,$||e()}function a(){var t,n;ne!=!0,$||e()}function
...  o(e){if($=!0,clearTimeout(X),e){e.config=null;var
...  n=[];e["pro-config"]&&e["pro-config"]._default&&(e.config=e["pro-config"],delete
...  e["pro-config"],be(e.config._default.widgets,function(e,t){t.widgetId&&n.push(t.
...  widgetId)})),e["tool-config"]&&e["tool-config"]._default&&(e["tool-config"]._default.
...  widgets&&e.config||(e.config={_default:{widgets:{}}}),be(e["tool-config"]._default.
...  widgets,function(t,a){ge(n,t)<0&&(e.config._default.widgets[t]=a)}),delete
...  e["tool-config"]),Q(e,_ate.du),e.perConfig=I.getConfig(e),D.updateCache(e),t(),i(e)}}
...  function i(e){_ate.ed.fire("addthis.boost.response",null,e)}function r(e,t){k||(k=new
...  V(e,t))}var
...  s=n(95);if(Ft.gov(),!xt()){en.addthis&&en.addthis.timer&&(en.addthis.timer.main=(new
...  Date).getTime());var
...  c,u,l,d=en.addthis_config||{},p=Lt.title,A=!1,f="undefined"!=typeof
...  _ate.rdr?_ate.rdr:Lt.dr||"",h=Lt.du||null,g=(Lt.dh,Lt.du||null),m=0,v=ee().split("-")
...  .shift(),w=_ate.track.extractOurParameters(f),b=[],x=!!_ate.cookie.rck("nabc"),C=w.
...  cfc,y=w.ab,E=w.pos?parseInt(w.pos,10):null,R=w.tot?parseInt(w.tot,10):null,z=w.rsiq,S
...  =w.rsi,B=w.rxi,N=w.rsc.split("&").shift().split("%").shift().replace(/[^a-z0-9_]/g,""
...  ),j=w.gen,L=w.fuid,H=w.csi,G=function(){_ate.track.pcs.length||_ate.track.apc(en.
...  addthis_product||"men-300"),l.pc=_ate.track.pcs.join(","),be(_ate.track.pcs,function(
...  e,t){s.addPCO(t)})},F=en.ljep||!1,Y=_ate.pub(),K=5e3;-1===(h||"").indexOf(_atr)&&(
...  _ate.cookie.view.update(!0),_ate.cookie.visit.update()),"tweet"===N&&(N="twitter"),w.
...  rsc=N,en.addthis_product&&(_ate.track.apc(addthis_product),-1===addthis_product.
...  indexOf("fxe")&&-1===addthis_product.indexOf("bkm")&&(_ate.track.spc=addthis_product)
...  );var
...  J=_ate.share.links.canonical;J&&(0!==J.indexOf("http")?(g=(h||"").split("//").pop().
...  split("/"),0===J.indexOf("/")?g=g.shift()+J:(g.pop(),g=g.join("/")+"/"+J),g=document.
...  location.protocol+"//"+g):g=J,_ate.usu(0,1)),g=g.split("#{").shift(),ct(g),g&&(_ate.
...  share.links.canonical=g);var
...  Z=addthis_share.view_url_transforms||addthis_share.track_url_transforms||
...  addthis_share.url_transforms||{};if(Z.defrag=1,Z&&(g=_ate.track.mgu(g,Z)),S&&(S=S.
...  substr(0,8)+L),-1===_ate.bro.mod){var W=document.compatMode;if(W){var
...  q=1;"BackCompat"===W?q=2:"CSS1Compat"===W&&(q=0),_ate.bro.mode=q,_ate.bro.msi&&(_ate.
...  bro.mod=q)}}_ate.dr=_ate.truncateURL(f,"fr"),_ate.du=_ate.truncateURL(g,"fp"),_ate.dt
...  =p=en.addthis_share.title,_ate.smd={rsi:S,rxi:B,gen:j,rsc:N},en.addthis_share.smd=
...  _ate.smd,_ate.upm&&(en.addthis_share.smd.dr=_ate.dr),_ate.upm&&(en.addthis_share.smd.
...  sta=_ate.track.sta()),_ate.cb=_ate.ad.cla(),_ate.kw=1!==_ate.cb?_ate.ad.kw():"",_ate.
...  dh=Lt.dh,_ate.ssl=h&&0===h.indexOf("https")?1:0,_ate.ab=y||en.addthis_ab||"-",en.
...  addthis_config=en.addthis_config||{};var
...  X,$=!1,ne=!1;if((!en.addthis_config.ignore_server_config||en.addthis_config.
...  call_boost)&&Y){_ate.ipc=!0;_ate.upm&&en.JSON&&"function"==typeof
...  JSON.parse&&!_ate.bro.ie6&&!_ate.bro.ie7;X=setTimeout(a,K),U.start(_ate),en.
...  addthis_config.ignore_server_config?_ate.track.config_resp=i:_ate.track.config_resp=o
...  ;var
...  ae="//m.addthisedge.com/live/boost?pub="+_ate.pub()+"&callback=_ate.track.config_resp
...  ";de(ae)}if(l={rand:_ate.rand,iit:(new
...  Date).getTime(),tmr:ke((en.addthis||{}).timer||{}),cb:_ate.cb,cdn:_atc.cdn,md:_ate.
...  bro.mode,kw:_ate.kw,ab:_ate.ab,dh:_ate.dh,dr:_ate.dr,du:_ate.du,href:Lt.du.split("?")
...  [0].split("#")[0],dt:p,dbg:T.level,cap:ke({tc:d.data_track_textcopy?1:0,ab:d.
...  data_track_addressbar?1:0}),inst:_ate.inst,jsl:_ate.track.jsl(),prod:_ate.track.prod(
...  ),lng:ee(),ogt:_ate.ad.gog().join(","),pc:en.addthis_product||"men",pub:_ate.pub(),

144409...

```
ssl_ate.ssl,sid=_ate.sid_ate.track.ssid(),srp=_ate.pimp,srt=_ate.ramp,srx=_ate.xamp,ver:300
,xck:_atc.xck||0,xtr:_atc.xtr||0,og:_ate.ad.og(),csi:H},an.addEventListener("addthis-
internal.data.rdy",function(){_ate.cb||an.user.isOptedOut()||_ate.cookie.isgv()||Tt.
setup()}),_atc.noup&&(l.noup=1),_ate.dcp===Number.MAX_VALUE&&(l.dnp=1),_ate.pixu&&(l.
pixu=_ate.pixu),_ate.trl.length&&(l.trl=_ate.trl.join(",")),_atc.rev&&(l.rev=_atc.rev
),l.ct=_ate.ct=d.data_track_clickback||d.data_track_linkback||_ate.track.ctp(l.pc,d)?
1:0,_ate.prv&&(l.prv=ke(_ate.prv)),N&&(l.sr=N),_ate.track.ssc(N),F&&(l.ljep=F),_ate.
sub||(C?(b.push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("typ","lnk")),isNaN(E)
||b.push(_ate.track.fcv("ttpos",E)),isNaN(R)||b.push(_ate.track.fcv("ttnl",R)),H&&b.
push(_ate.track.fcv("csi",H)),b.push(_ate.track.fcv("pco","string"==typeof
C?C:"cfd-1.0")),b.push(_ate.track.fcv("pur",_ate.track.mgu(g,{defrag:1}))),_ate.dr&&(
l.pre=_ate.track.mgu(_ate.dr,{defrag:1})),l.ce=b.join(",")):S&&L!=_ate.ad.gub()?(b.
push(_ate.track.fcv("plv",1)),b.push(_ate.track.fcv("rsi",S)),b.push(_ate.track.fcv("
gen",j)),b.push(_ate.track.fcv("abc",1)),b.push(_ate.track.fcv("fcu",_ate.ad.gub())),
b.push(_ate.track.fcv("rcf",Lt.hash)),l.ce=b.join(","),m="addressbar",w.rsc=N="
addressbar":(B||z||N)&&(b.push(_ate.track.fcv("plv",1)),N&&b.push(_ate.track.fcv("
rsc",N)),B?b.push(_ate.track.fcv("rxi",B)):z&&b.push(_ate.track.fcv("rsi",z)),(z||B)&
&b.push(_ate.track.fcv("gen",j)),l.ce=b.join(","),m=N||"unknown")),_ate.track.ts.
reset(w),_ate.feeds_ad()&&_ate.track.hist.log(Lt.du.split("#")[0]),m&&(_ate.bamp>=0&
&(l.clk=1,_ate.dcp!=Number.MAX_VALUE&&(_ate.dcp=l.gen=_ate.ad.type.CLICK)),_ate.ed.
fire("addthis.user.clickback",en.addthis||{},{service:m,hash:_ate.hash})),en.at_noxld
||(l.xld=1),_ate.upm&&(l.xd=1),!x&&en.history&&"function"==typeof
history.replaceState&&(!_ate.bro.chr||_ate.bro.chb)&&(d.data_track_addressbar||d.
data_track_addressbar_paths)&&(h||"").split("#").shift()!=f&&(-1===h.indexOf("#")||S|
|w.hash&&B||C)){var
oe,ie=Lt.pathname+Lt.search||"",re="/"!=ie;if(d.data_track_addressbar_paths){re=0;for
(var se=0;se<d.data_track_addressbar_paths.length;se++)if(oe=new
RegExp(d.data_track_addressbar_paths[se].replace(/\*/g,".*")+"$"),oe.test(ie)){re=1;
break}}!re||S&&!_ate.util.ioc(S,5)||(c=_ate.track.cur(Lt.du.split("#").shift(),null,
_ate.track.ssid()),history.replaceState({d:new
Date,g:j},Lt.title,c),l.fcu=c.split("#.").pop())}en.addthis&&en.addthis.timer&&(en.
addthis.timer.ifr=(new
Date).getTime(),l.tmr&&(l.tmr+="&ifr="+en.addthis.timer.ifr)),G();var
ce=n(733)(_ate,"ro");ce("call-lojson",function(){if(-1===Lt.du.indexOf(_atr)){var
e,t,a=n(33),o=n(105),i=n(67);window.addthis_config.wix?(e=a(window.addthis_config.wix
.url),t=a(window.addthis_config.wix.referrer)):(e=a(l.du),t=a(l.dr));var
s={si:l.sid,bl:0|(d.data_use_cookies===!1&&1)|(d.data_track_textcopy===!0&&2)|(d.
data_track_addressbar===!0&&4),pub:decodeURIComponent(Ht()),rev:l.rev,ln:te(),pc:l.pc
,pdt:i.getPreDwellTime(),cb:l.cb?1:0,uud:l.uud?1:M,ab:l.ab,dp:e.domain,dr:e.domain===
t.domain?M:t.domain,fp:fe(e.path,"fp",500),fr:t.path,pro:l.pro?1:M,fcu:l.fcu,of:_.
getValue(),nt:l.nt,tr:l.tr,sr:l.sr,pd:l.prod?1:0,irt:$e.cla()>0?1:0,vcl:_ate.cookie.
view.cla(),md:l.md,ct:l.ct,tct:d.data_track_textcopy?1:0,abt:d.data_track_addressbar?
1:0,cdn:l.cdn,lnlc:ee().split("-").slice(1)[0],at3no:l.at3no,pi:l.inst,vr:l.vr,rb:Mt(
l.dr,_ate.dh?_ate.dh.split(".").slice(-2).join("."):null,_ate.ssl),gen:n(81).VIEW,sid
:l.sid,chr:_ate.ad.gch(),mk:""!==l.kw?l.kw:M,ref:l.ref,colc:(new
Date).getTime(),wpv:window.wp_product_version,wpv:window.wp_blog_version,
addthis_plugin_info:window.addthis_plugin_info,jsl:l.jsl,uvs:_ate.cookie.rck("__atuvs
"),skipb:1};o.onLoad(function(e){var
t=e["pro-config"]||{};_ate.ed.fire("addthis.lojson.response",null,{loc:e.loc,config:t
._default?t:null,pro:e.pro||!1,perConfig:e["per-config"]||{},subscription:e.
subscription,customMessages:e.customMessages}),_ate.ed.after("addthis-internal.frame.
ready",function(){k.post(JSON.stringify({remoteEvent:"addthis.lojson.response",data:e
}))})}).onError(function(e){console.error(e)}).onDataError(function(e){console.error(
e)}).go(s),-1!==Lt.du.indexOf(_atr)||_ate.sub||(_ate.bro.ie9?setTimeout(function(){u=
_ate.track.ctf(Nt+"#"+ke(l),!0),r(u,Nt),_ate.track.stf(u)}):(u=_ate.track.ctf(),u.src
=Nt+"#"+ke(l),r(u,Nt),_ate.track.gtf().appendChild(u),_ate.track.stf(u))})}),_ate.
share.inBm()&&(k=new
V(window.parent,_ate.dr)),an._pmh.flushed=1,an._pmh.flush(_ate.pmh,_ate),("en"!==v||
en.addthis_language||un.ui_language)&&_ate.alg(),P().length>0&&_ate.jlo()}}function
i(e){return e.indexOf("&")>-1&&(e=e.replace(/&(aeiou).+;/g,"$1")),e}function
r(e,t){if(t&&e!==t)for(var n in t)e[n]===wn&&(e[n]=t[n])}function
s(){if(_ate.bro.msi&&!tn.getElementById("at300bhoveriefilter")){var
e=tn.getElementsByTagName("head")[0],t=tn.ce("style"),n=tn.createTextNode(".at300b:
hover,.at300bs:hover
{filter:alpha(opacity=80);}");t.id="at300bhoveriefilter",t.type="text/css",t.
styleSheet?t.styleSheet.cssText=n.nodeValue:t.appendChild(n),e.appendChild(t)}}
function c(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/32x32/i)>-1|
```

144409

```
|(e.className||"").search(/20x20/i)>-1)function l(e){var
t=_ate.util.parent(e,".addthis_toolbox");return(t.className||"").search(/20x20/i)>-1
|(e.className||"").search(/20x20/i)>-1}function l(e){var
t=(e.parentNode||{}).className||"",n=e.conf&&e.conf.product&&-1===t.indexOf("toolbox"
)?e.conf.product:"tbx"+(e.className.indexOf("32x32")>-1||t.indexOf("32x32")>-1?"32":"
")+"-300";return _ate.track.apc(n),n}function d(e,t){var n={};for(var a in
e)t[a]?n[a]=t[a]:n[a]=e[a];return n}function p(e,t,n,a){var
o=document.ce("img");return
o.width=e,o.height=t,o.border=0,o.alt=n,o.src=a,o}function A(e,t,n,a){var
t=t||{},o={},i=Vt(e,"addthis");if("[object
Object]"===Object.prototype.toString.call(t)&&!t.nodeType)for(var r in
t)o[r]=t[r];if(a)for(var r in e[n])o[r]=e[n][r];for(var r in
i)if(i.hasOwnProperty(r)){if(t[r]&&!a)o[r]=t[r];else{var
s=i[r];s?o[r]=s:t[r]&&(o[r]=t[r]),"true"===o[r]?o[r]=!0:"false"===o[r]&&(o[r]=!1)}if(
o[r]!==wn&&zn[r]&&"string"==typeof
o[r])try{o[r]=JSON.parse(o[r].replace(/'/g,'"'))}catch(c){o[r]=_ate.evl("("+o[r]+");"
,!0)}}return o}function f(e){var t=(e||{}).services_custom;if(t){t instanceof
Array||(t=[t]);for(var n=0;n<t.length;n++){var
a=t[n];a.name&&a.icon&&a.url&&a.url&&("object"==typeof
a.url&&(a.url=_ate.util.toKV(a.url)),a.code=a.url=a.url.replace(/
/g,""),a.code=a.code.split("//").pop().split("?").shift().split("/").shift().
toLowerCase(),bn(a.code)=a)}}}function h(e,t){return bn[e]||{}}function
g(e,t,n,a){var o={conf:t||{},share:n||{}};return
o.conf=A(e,t,"conf",a),o.share=A(e,n,"share",a),o}function
m(e,t,a,o){if(ct(),e){t=t||{},a=a||{};var
s=n(79),A=t.conf||An,m=t.share||fn,v=qt("mob")?null:a.onmouseover,w=a.onmouseout,b=a.
onclick,x=a.internal,C=M,y=a.singleservice||A.service,E=n(16);y?b===C&&(b=Sn[y]?
function(e,t,n){var a=d(t,Cn);return
addthis_open(e,y,a.url,a.title,d(t,xn),a)}:Bn[y]?function(e,t,n){var a=d(n,Cn);return
addthis_sendto(y,d(t,xn),a)}:Dn[y]?function(e,t,n){var a=d(n,Cn);return
s(y,a,t,735)}:null):a.noevents||(a.nohover||addthis_config.ui_click?b===C&&(b=
function(e,t,n){return
addthis_open(e,"",null,null,d(t,xn),d(n,Cn))}):(v===C&&(v=function(e,t,n){return/
button_(?:compact|email|link)\b/.test(e.className)&&zt(n),addthis_config.ui_disable?
void 0:addthis_open(e,"",null,null,d(t,xn),d(n,Cn))}),w===C&&(w=function(e){return
addthis_close()})),b===C&&(b=function(e,t,n){return
addthis_sendto("more",d(t,xn),d(n,Cn))}))),e=_ate.util.select(e);for(var
k=0;k<e.length;k++){var
R=e[k],_=R.parentNode,z=g(R,A,m,!o)||{};if(r(z.conf,An),r(z.share,fn),R.conf=z.conf,R
.share=z.share,R.conf.ui_language&&_ate.alg(R.conf.ui_language),f(R.conf),_&&_.
className.indexOf("toolbox")>-1&&0===(R.conf.product||"").indexOf("more")&&(R.conf.
product="tbx"+(_.className.indexOf("32x32")>-1?"32":_.className.indexOf("20x20")>-1?"
20":"")+"-300",_ate.track.apc(R.conf.product)),
```

144410

```
y&&"more"!==y&&(R.conf.product=l(R),R.conf.ui_disable||R.conf.ui_click||R.
conf.ui_window_panes)||_ate.bro.ipa?b&&(y?R.onclick=function(){return
b(this,this.conf,this.share)}:R.conf.ui_window_panes?R.onclick=function(){return
addthis_sendto("more",this.conf,this.share)}:R.onclick=function(){return
_ate.bro.iph||_ate.bro.wph||_ate.bro.dro||addthis_config.ui_disable?addthis_sendto("
more",this.conf,this.share):addthis_open(this,"",null,null,this.conf,this.share)}):(
_ate.maf=_ate.maf||{},_ate.maf.home=this,_ate.maf.key=null,_ate.maf.shift=null,(v||"
more"===y)&&(v||qt("mob")||(v=function(e,t,n){zt(n)}),R.onfocus=function(){for(_ate.
maf.sib=this.nextSibling;_ate.maf.sib&&3===_ate.maf.sib.nodeType&&_ate.maf.sib.
nextSibling;)_ate.maf.sib=_ate.maf.sib.nextSibling;if(!_ate.maf.sib||3===_ate.maf.sib
.nodeType){var
e=this.parentNode;if(e)for(;e.nextSibling&&3===e.nodeType;)e=e.nextSibling;else
for(e=document.body.firstChild||document.body;3===e.nodeType&&e.nextSibling;)e=e.
nextSibling;_ate.maf.sib=e}return
_ate.maf.sib.onfocus=function(){_ate.maf.sib.tabIndex=""},v?v(this,this.conf,this.
share):void
0},qt("mob")||(R.onmouseover=R.onfocus),w&&(R.onmouseout=function(){return
w(this)}),b&&(R.onclick=function(e){var
t=this.conf||R.conf,n=this.share||R.share;return
H(e||window.event||{}),/addthis_button_(compact|expanded|more|bkmore)/.test(R.
className)&&Xt?jt(Ot("more",0,n,t),"_blank"):b(R,t,n)}),(w||b)&&(R.onkeypress=R.
onkeydown=function(e){if(!e)var
e=window.event;e.shiftKey&&(_ate.maf.shift=!0,e.keyCode?_ate.maf.key=e.keyCode:e.
which&&(_ate.maf.key=e.which),13===_ate.maf.key?_ate.maf.pre=this._ate.maf.pre=null},
R.onblur=function(e){if(9===_ate.maf.key&&_ate.maf.firstCompact&&!_ate.maf.shift&&
```

144410…

```
this.className.indexOf("compact")>-1)_ate.maf.key=null,_ate.maf.acm=r0;document.
getElementById(_ate.maf.firstCompact).focus();else
if(_ate.maf.key=null,_ate.maf.shift=null,w)return
w(this)})),"a"===R.tagName.toLowerCase()){var
S=R.share.url||addthis_share.url;if(_ate.usu(S),y){var
B=h(y,R.conf),D=R.firstChild;if(B&&B.code&&B.icon&&D&&(D.className.indexOf("at300bs")
>-1||D.className.indexOf("at4-icon")>-1)){var
U="16";c(R,1)?(D.className=D.className.split("at15nc").join(""),U="32"):u(R,1)&&(D.
className=D.className.split("at15nc").join(""),U="20"),D.style.backgroundImage="url("
+B.icon+")",D.style.backgroundRepeat="no-repeat",D.style.backgroundPosition="top
left",D.style.backgroundColor="transparent",D.style.cssText||(D.style.cssText=""),D.
style.cssText="line-height:"+U+"px;width:"+U+"px;height:"+U+"px;background-size:"+U+"
px;background-image:"+D.style.backgroundImage+";background-repeat:"+D.style.
backgroundRepeat+";background-position:"+D.style.backgroundPosition+";background-
color:"+D.style.backgroundColor+";";}if(Bn[y])("mailto"===y||"email"===y&&(R.conf.
ui_use_mailto||_ate.bro.iph||_ate.bro.wph||_ate.bro.ipa||_ate.bro.dro))&&(R.onclick=
function(){R.share.xid=_ate.util.cuid();(new
Image).src=Ot("mailto",0,R.share,R.config),_ate.gat(y,S,R.conf,R.share)},R.href=E(R.
share,R.config||R.conf),an.ems.push(R));else{if(a.follow){if("twitter"!==y?R.href=R.
share.followUrl:R.href="//twitter.com/"+R.share.userid,R.conf=R.conf||{},R.conf.
follow=!0,R.onclick=function(e){return
_ate.share.track(y,1,R.share,R.conf),"twitter"===y?(e&&e.preventDefault(),_ate.share.
ocw(R.share.followUrl,520,520)):void
0},R.children&&1===R.children.length&&R.parentNode&&R.parentNode.className.indexOf("
toolbox")>-1){var
I=document.ce("span");I.className="addthis_follow_label",I.innerHTML=Kt(y).replace("
_follow",""),R.appendChild(I)}}else
_ate.share.externEvents(y,R,a)||R.noh||(R.onclick=function(e){return
G(y,R.share),!1}),R.conf.follow||an.addEvents(R,y,S),R.noh||R.target||(R.target="
_blank"),an.links.push(R)}if(!R.title||R.at_titled){var
O=Kt(y,!B);_n[y]&&Mn.push({link:R,title:y}),R.title=i(a.follow?Rn[y]?Rn[y]:"Follow on
"+O:_n[y]?_n[y]:O),R.at_titled=1}R.href||(R.href="#")}else
R.conf.product&&-1===R.parentNode.className.indexOf("toolbox")&&l(R)}var
N;switch(x){case"img":if(!R.hasChildNodes()){var
T=(R.conf.ui_language||ee()).split("-").shift(),Q=_ate.ivl(T);Q?l!==Q&&(T=Q):T="en",N
=p(_ate.iwb(T)?150:125,16,"Share",_atr+"static/btn/v2/lg-share-"+T.substr(0,2)+".gif"
)}}N&&R.appendChild(N)}}}function v(e,t,n,a,o,i,r){if(!e._iss){var
s,c,u,l,d,p,A=(e.className||"",{pinterest:"pinterest_share"});hn?s=e.parentNode.
_atsharedconf||{}:(hn=1,e.parentNode._atsharedconf=s=_ate.share.services.init(e.conf)
),e.parentNode.services||(e.parentNode.services={}),c=s.services_exclude||"",l=N.
getPopServices(),d=e.parentNode.services,p=_ate.util.unqconcat(window.
addthis_options||"").replace(",more","").split(",").l.split(",");do
u=p[t++],A[u]&&(u=A[u]);while(t<p.length&&(c.indexOf(u)>-1||d[u]));d[u]&&_ate.util.
each(Pt.list,function(e,t){return d[e]||-1!==c.indexOf(e)?void
0:(u=e,!1)}),e._ips=1,-1===e.className.indexOf(u)&&(e.className="addthis_button_"+u+"
"+e.className,e._iss=1),e.parentNode.services[u]=1,n&&w([e],a,o,!0,r)}}function
w(e,t,a,o,i){var s,d,p=n(164),A=n(620),f=A.createCssServiceIcon,w=function(e,t,n){var
a;return
a=c(e)?32:u(e)?20:16,n&&n.code?(d=f(n.code,n.icon,a),s=A(n.code,d)):s=p({code:t,size:
a+"px"}),s},z("render_toolbox",{once:!0});for(var b=0;b<e.length;b++){var
x=e[b],C=x&&x.parentNode?/addthis_counter/.test(x.parentNode.className):!1,y=document
;if(!(null===x||C||0===!!1&&x.ost)){var
E=g(x,t,a,!i),k=0,M=x.className||"",R=M.match(/addthis_button_([\w\-\.]+)(?:\s|$)/),_
=M.match(/addthis_counter_([\w\.]+)(?:\s|$)/),S={},B=R&&R.length?R[1]:0,D=_&&_.length
?_[1]:0,U=h(B);if(r(E.conf,An),r(E.share,fn),B&&!_ate.share.extern(B,x,E)){if(B.
indexOf("preferred")>-1){if(x._iss||x._iwps)continue;R=M.match(/
addthis_button_preferred_([0-9]+)(?:\s|$)/);var
I=(R&&R.length?Math.min(16,Math.max(1,parseInt(R[1]))):1)-1;if((!x.conf||i)&&(x.conf=
E.conf||x.conf||{}),(!x.share||i)&&x.share=E.share||x.share||{}),x.conf.product="tbx
-300",l(x),!gn){var
O=_ate.util.bind(v,x,x,I,!0,t,a,o,i);_ate.ed.addEventListener("addthis-internal.data.
ssh",O),setTimeout(O,2e3),x._iwps=1;continue}v(x,I,!0)}else
if(B.indexOf("follow")>-1)"google_follow"===B?x.title="Follow on
Google":B=B.split("_follow").shift(),S.follow=!0,_ate.track.apc("flw-300"),E.share.
followUrl=_ate.share.gfu(B,E.share.userid,E.share.usertype,E.share)||E.share.url;else
if(!(Yt(B)||U&&U.code))continue;var
N=x.childNodes;0===N.length?(s=w(x,B,U),x.appendChild(s)):1===N.length?N.firstChild&&
3===x.firstChild.nodeType&&(s=w(x,B,U),x.insertBefore(s,x.firstChild)):x.firstChild&&
```

```
3==x.firstChild.nodeType&&x.firstChild.textContent(x[k-1],"compact"===B||"
expanded"===B?(k||-1!==M.indexOf("at300")||(x.className+="
at300m"),E.conf.product&&-1===E.conf.product.indexOf("men-")&&(E.conf.product+=",men-
300"),x.href||(x.href="#"),x.parentNode&&x.parentNode.services&&(E.conf.
parentServices=x.parentNode.services),"expanded"===B&&(S.nohover=!0,S.singleservice="
more",qt("mob")||(S.onmouseover=function(e,t,n){zt(n)}),S.onclick=function(e,t,n){
addthis_sendto("more",t,n)})):((x.parentNode.className||"").indexOf("toolbox")>-1&&(x
.parentNode.services||(x.parentNode.services={}),x.parentNode.services[B]=1),k||-1!==
M.indexOf("at300")||(x.className+="
at300b"),S.singleservice=B,Wt(B)&&(qt("mob")||(S.onmouseover=function(e,t,n){zt(n)}),
S.onclick=function(e){return
function(t,n,a){addthis_sendto(e,n,a)}}(B))),x._ips&&(S.issh=!0),m([x],E,S,i),x.ost=1
,l(x)}else if(D){if(x.ost)continue;x.ost=1;var
T=y.ce("a");T.className="addthis_native_counter addthis_counter
addthis_bubble_style",x.className+="
addthis_native_counter_parent",s=w(x,D,U),x.appendChild(s),x.appendChild(T),E.conf.
service=D.indexOf("pinterest")>-1?"pinterest_share":D,m([x],E,S,i),an.counter(T,E.
conf,E.share)}}}}function
b(e,t,n,a){if("facebook_unlike"!==e&&"google_unplusone"!==e){n=n||{};var
o=n.data_ga_tracker,i=n.data_ga_property;if(i&&("object"==typeof
window._gat&&_gat._createTracker?o=_gat._createTracker(i,"addThisTracker"):"object"==
typeof window._gaq&&_gaq._getAsyncTracker?o=_gaq._getAsyncTracker(i):window._gaq
instanceof Array&&_gaq.push([function(){_ate.gat(e,t,n,a)}])),o&&"string"==typeof
o&&(o=window[o]),!o&&window.GoogleAnalyticsObject)var
r=window[window.GoogleAnalyticsObject];r.getAll&&(o=r.getAll())}if(o&&"object"==
typeof o){if("more"===e||"settings"===e)return;var
s=t||(a||{}).url||Lt.du,c=e,u="share";c.indexOf("_")>-1&&(c=c.split("_"),u=c.pop(),u.
length<=2&&(u="share"),c=c.shift()),0===s.toLowerCase().replace("https","http").
indexOf("http%3a%2f%2f")&&(s=_duc(s));try{n.data_ga_social&&"google_plusone"!==e?o._trackSocial&&"google_plusone"!==e?o._trackSocial(c,u,a.url):o._trackEvent?o._trackEvent("addthis",e,
s):n.data_ga_social&&"google_plusone"!==e?r("send","social",c,u,s):r("send","event","
addthis",e,s)}catch(l){try{o._initData&&o._initData(),n.data_ga_social&&o.
_trackSocial&&"google_plusone"!==e?o._trackSocial(c,u,a.url):o._trackEvent?o.
_trackEvent("addthis",e,s):n.data_ga_social&&"google_plusone"!==e?r("send","social",c,
u,s):r("send","event","addthis",e,s)}catch(l){}}}}}function x(){var
e=".addthis_";an.osrp||(an.osrp=1,f=en.addthis_share,An=en.addthis_config,yn=tn.body
,En=ft.getElementsByClassPrefix(yn,"A","addthis_button_",!0,!0),kn=ft.
getElementsByClassPrefix(yn,"A","addthis_counter_",!0,!0),s(),an.toolbox(e+"toolbox",
null,null,!0,kn.length),an.button(e+"button"),an.counter(e+"counter"),an.count(e+"
count"),"function"==typeof an.overlay&&an.overlay(e+"shareable"),"function"==typeof
an.dock&&an.dock(e+"bar"),w(En,null,null,!1),w(kn,null,null,!1))}function
C(){if(!vn){for(var
e,t,n=window.addthis,a=0,o=n.plo;a<o.length;a++)t=o[a],t.called||(e=t.ns?"string"==
typeof
t.ns?n[t.ns]:t.ns:n,t&&t.call&&e[t.call]&&e[t.call].apply(t.ctx?n[t.ctx]:this,t.args)
);vn=1}}function y(){if(!vn)for(var
e,t=window.addthis,n=0,a=t.plo;n<a.length;n++)e=a[n],"addEventListener"===e.call&&((e
.ns?"string"==typeof
e.ns?t[e.ns]:e.ns:t)[e.call].apply(e.ctx?t[e.ctx]:this,e.args),e.called=1)}function
E(e,t,n,a,o){var
i=tn.ce("span"),r=tn.ce("div");r.className=n,o!==M&&(r.style.width=o),a!==M?r.style.
height=a:r.style.height="25px","string"==typeof
t?i.innerHTML=t:i.appendChild(t),r.appendChild(i),e.appendChild(r)}n(151),n(816)(),n(
741),n(740),n(739);var
k,M,R,_=n(718),z=n(630),S=n(128),B=window.encodeURIComponent,D=n(19),U=n(88),I=n(825)
,O=n(784),N=n(94),T=n(4),Q=n(834),V=n(143),j=n(150),L=n(100),H=n(686),G=n(91),F=n(78)
,P=n(130),Y=n(144),K=n(805),J=n(32),Z=n(45),W=n(782),q=n(783),X=n(50),$=n(720),ee=n(
21),te=n(148),ne=n(811),ae=n(84),oe=n(809),ie=n(810),re=n(149),se=n(86),ce=n(85),ue=n
(59),le=n(48),de=n(17),pe=n(38),Ae=n(161).truncationList,fe=n(161).truncateURL,he=n(
831),ge=n(832),me=n(57),ve=n(162),we=n(25),r=n(47),be=n(2),xe=n(42),Ce=n(103),ye=n(39
),Ee=n(56),ke=n(18),Me=n(20),Re=n(44),_e=n(687),ze=n(31),Se=n(833),Be=n(13),De=n(14),
Ue=n(3).listen,Ie=n(3).unlisten,Oe=n(8).getDomain,Ne=n(8).getQueryString,Te=n(8).
getDomainNoProtocol,Qe=n(8).getAbsoluteFromRelative,Ve=n(8).getHost,je=n(10).string,
Le=n(10).number,He=n(10).emptyObject,Ge=n(613),Fe=n(53).PolyEvent,Pe=n(53).
EventDispatcher,Ye=n(102),Ke=n(800),Je=n(77),Ze=n(136),We=n(4),qe=n(623),Xe=n(806),$e
=n(678),et=n(146),tt=n(26),nt=n(159),at=n(814),ot=n(5),it=n(37),rt=n(98),st=n(54),ct=
n(788),ut=n(46),lt=n(55),dt=n(158),pt=n(123).processAdEvents,At=n(123).
processAllScripts,ft=n(93),ht=n(791),gt=n(82),mt=n(141),vt=n(142),wt=n(139),bt=n(97),
```

```
xt=n(33),cp=n(804),yt=n(132),bt=n(801),Rt=n(51),Wt=n(125),Pt=n(802),_t=n(677),zt=n(61)
,St=n(58),Bt=n(145),Dt=n(826),Ut=n(126),It=n(803),Ot=n(7),Nt=n(799).source,Tt=n(727),
Qt=n(629),Vt=n(731),jt=n(22),Lt=n(6),Ht=n(66),Gt=n(113),Ft=n(23),Pt=n(62),Yt=n(621),
Kt=n(60),Jt=n(750),Zt=n(627),Wt=n(617),qt=n(1),Xt=n(27),$t=n(122),en=window.tn=
document;try{R=window.location,(0===R.protocol.indexOf("file")||0===R.protocol.
indexOf("safari-extension")||0===R.protocol.indexOf("chrome-extension"))&&(_atr="http
:"+_atr),-1!==R.hostname.indexOf("localhost")&&(_atc.loc=1)}catch(nn){}var
an=(navigator.userAgent.toLowerCase(),window.addthis||{}),on=qt;if(tn.ce=tn.
createElement,tn.gn=tn.getElementsByTagName,window._ate)_ate.inst++;else{window._ate=
{rand:function(){var
e;if(ve&&(e=localStorage.getItem("at-rand")),isNaN(Number(e))||null===e){e=Math.
random().toString();try{localStorage.setItem("at-rand",e)}catch(t){e="0"}}return
Number(e)}(),bro:on,wlp:(R||{}).protocol,dl:tn.location,unj:$t,upm:me,uls:ve,bamp:
_atc.bamp-Math.random(),abmp:_atc.abmp-Math.random(),xamp:_atc.xamp-Math.random(),
tamp:_atc.tamp-Math.random(),pamp:_atc.pamp-Math.random(),ab:"-",inst:1,wait:n(140),
tmo:null,sub:xt(),dbm:0,uid:null,api:{},ad:{},data:{},hash:Lt.hash};var
rn=wt(_ate),sn=n(134)(_ate);if(_ate.evl=he,_ate.util=(unqconcat:Ce,reduce:we,filter:
St,slice:ye,strip:Ee,extend:Me,toKV:ke,rtoKV:Re,fromKV:ze,rfromKV:_e,otoCSV:Se,bind:
Be,listen:Ue,each:be,map:xe,unlisten:Ie,gUD:Oe,gUQS:Ne,clone:De,mrg:r,rel2abs:Qe,
json2html:Ge,isEmptyObj:He,isString:je,isNumber:Le,getDomainFromURL:Te,
preventDefaultEvent:H,misc:{}},_ate.event={PolyEvent:Fe,EventDispatcher:Pe},_ate.ed=
new
Pe(_ate),_adr=Ye,_ate.plo=P(),_ate.lad=J,_ate.pub=Ht,_ate.usu=Ke,_ate.ver=Je,_ate.rsu
=Ze,!_atc.ost)(en.addthis_conf||(en.addthis_conf={}),R&&(R.href.indexOf("_at_test300"
)>-1||R.href.indexOf("_addthis_upgrade_test")>-1)&&(_atc.ver=300);for(var cn in
addthis_conf)_atc[cn]=addthis_conf[cn];_atc.ost=1}_ate.log=We,_ate.ckv=ze(document.
cookie,";"),_ate.cookie={read:Gt.read,write:Gt.write,kill:Gt.kill,rck:Gt.read,sck:Ft.
sck,kck:Ft.kck,cww:Ft.cww,gov:Ft.gov,isgv:Ft.isgv,ssc:qe,KV:Bt,tag:Xe,view:$e,visit:
et},_ate.mun=tt,_ate.getVisibility=nt,_ate.math={},_ate.math.murmur32=at,an.params=ht
(ut(Lt.search),an,_ate),Me(_ate.ad,{type:n(81),ref:{r_ondomain=kt.ON_DOMAIN,
r_offdomain:kt.OFF_DOMAIN,r_direct:kt.DIRECT,r_search:kt.SEARCH},gub:yt,clr:Mt,iss:Et
,fst:Rt}),Me(_ate.DATA,{storage:{all:gt.getAll,clear:gt.removeAll,add:gt.add,get:gt.
get,remove:gt.remove,exists:gt.exists,preRemove:gt.removeByPrefix},bloom:{filter:mt,
library:vt(gt,_ate.ich)}}),Me(_ate,{track:{ran:j,fcv:rn.formatCustomEvent,mgu:rn.
mungeURL,ssid:rn.ssid,sta:rn.sta,uns:rn.uns,lpx:rn.loadPixel,sxm:rn.scheduleTransmit,
dropPixel:bt,cur:Ut.clickifyURL,extractOurParameters:Ut.extractOurParameters,dcu:Ut.
declickifyURL,gcc:Ut.generateClickbackCode,cpf:Ut.clickPrefix,ctp:Ut.
clickTrackableProduct,ich:Ut.isClickHash,ict:Ut.isClickTrackingEnabled,hist:{log:Ct.
logURL,seenBefore:Ct.seenBefore},ts:{get:_t.getTrafficSource,gst:_t.getSearchTerms,
set:_t.setState,reset:_t.resetState}},lng:ee,jlng:te,iwb:ne,ivl:ae,gfl:oe,ggl:ie,gvl:
re,alg:ce.get,_t:ue,trim:le,trl:Ae,truncateURL:fe,opp:pe,ajs:de,jlo:X,ao:Z,ac:W,as:q}
),Me(_ate.util,{scb:sn.storeCallback,storeCallback:sn.storeCallback,
getCallbackCallTime:sn.getCallbackCallTime,ghp:st,gqp:ut,cuid:ot.makeCUID,ivc:ot.
isValidCUID,iooc:ot.isOptOutCUID,ioc:ot.isCUIDOlderThan,atob:it.atob,btoa:it.btoa,geo
:{dec:rt.decodeGeo,parse:rt.parseGeo,isin:rt.isLocatedIn},host:Ve,gsp:lt,gst:dt,gtt:
function(){var e=tn.getElementsByTagName("script");return
e[e.length-1]},pae:pt,pas:At,baseToDecimal:Dt,hbtoa:it.hbtoa,atohb:it.atohb,gebcn:ft.
getElementsByClassPrefix,select:ft.select,parent:ft.getParent,qsa:ft.querySelectorAll
,gettxt:ft.getText}),Me(_ate,{resource:{Resource:Y,Bundle:K}}),_ate.sid=_ate.track.
ssid(),window.parent===window&&(Ue(window,"message",It.messageHandler),Ue(window,"
scroll",It.handler),Ue(window,"resize",It.resizeHandler)),function(){function
e(e){e=e.split("-").shift();for(var
t=0;t<v.length;t++)if(v[t]===e)return;v.push(e)}function t(){var
e=d.getElementById("_atssh");return
e||(e=d.ce("div"),e.style.visibility="hidden",e.id="_atssh",_ate.opp(e),d.body.
insertBefore(e,d.body.firstChild),e)}function n(e,n){var
a,o=Math.floor(1e3*Math.random()),i=t();return
n||m||!_atc._atf||_ate.bro.ie6||_ate.bro.ie7?(_ate.bro.msi?(i.innerHTML='<iframe
id="_atssh'+o+'" width="1" height="1" title="AddThis utility frame"
name="_atssh'+o+'"
'+(e?'src="'+e+'"':"")+'>',a=d.getElementById("_atssh"+o)):(a=d.ce("iframe"),a.id="
_atssh"+o,a.title="AddThis utility
frame"),_ate.opp(a),a.frameborder=a.style.border=0,a.style.top=a.style.left=0,a):(m=
_atc._atf,_ate.bro.msi&&(m.url=e),m)}function
a(){if(document.getElementById("product")||"function"==typeof
document.getElementsByClassName&&(document.getElementsByClassName("product")||[]).
length>0||document.getElementById("productDescription")||document.getElementById("
page-product")||document.getElementById("vm_cart_products")||window.Virtuemart)return
```

144410...

```
!0;var e,t=_ate.dargog();function
_ate.util.each(t,function(t,n){"type=product"===n&&(e=1)}),e?!0:void 0}function
o(){var
e=window;return(((e.jQuery||{}).fn||{}).jquery&&1||((e.Prototype||{}).Version&&2)||((e
.YUI||{}).version||(e.YAHOO||{}).VERSION&&4)||((e.Ext||{}).version&&8)||((e.dojo||{}).
version&&16)||((e._gaq||e._gat)&&32)||(e.google_ad_client&&64)||((e.FB||e.fbAsyncInit)&&
128)||(e.$BTB&&256)||(e.meebo&&512)||(e.gigya&&1024)||(e.SHARETHIS&&2048)||(e._qevents&&
4096)||(e.twttr&&8192)||(e.postwidgetnamespace&&16384)||(e.a2a&&32768)||(e.SHRSB_Settings
&&65536)||(e._sf_async_config&&131072)||(e.Shopify&&262144)}function i(e,a){var
o=window._atc.rev||"";if(e)if(e.xck=_atc.xck?1:0,e.xxl=1,e.sid=_ate.track.ssid(),e.
pub=_ate.pub(),e.ssl=_ate.ssl||0,e.du=_ate.truncateURL(e.url||_ate.du||Lt.du),e.xtr=a
!==M?0:_ate.xtr,_ate.dt&&(e.dt=_ate.dt),_ate.cb&&(e.cb=_ate.cb),_ate.kw&&(e.kw=_ate.
kw),e.lng=ee(),e.ver=300,e.jsl=_ate.track.jsl(),e.prod=_ate.track.prod(),!_ate.upm&&
_ate.uid&&(e.uid=_ate.uid),e.pc=e.spc||v.join(","),_ate.dr&&(e.dr=_ate.truncateURL(
_ate.dr)),_ate.dh&&(e.dh=_ate.dh),o&&(e.rev=o),_ate.xfr){if(_ate.upm&&k)k.post(ke(e))
;else if(!xt()){var
i=t();m&&i.removeChild(i.firstChild),m=n(),m.src=Nt+"#"+ke(e),i.appendChild(m)}}else
h.push(e)}function r(e){if(p.length>0||A){if(_ate.track.sxm(!1,r),_atc.xtr)return;var
t=A||{};if(t.ce=p.join(","),p=[],A=null,i(t),e){var
n=d.ce("iframe");n.id="_atf",_ate.opp(n),d.body.appendChild(n),n=d.getElementById("
_atf")}}}function s(e,t){p.push(_ate.track.fcv(e,t)),_ate.track.sxm(!0,r)}function
c(e,t){var
n=ee().split("-").shift(),a=document.location?Lt.dh:"",o=window._atc;if(p.length>0){
if(o.xtr)return;(a.indexOf(".gov")>-1||a.indexOf(".mil")>-1)&&(o.xck=1),_ate.dt&&p.
push(_ate.track.fcv("pti",_ate.dt)),p.push(_ate.track.fcv("lng",n)),_ate.cb&&p.push(
_ate.track.fcv("cb",_ate.cb));var
i="//o.addthis.com/at/tev-"+_ate.track.ran()+".png?ev="+_ate.track.sta()+"&ce="+l(p.
join(","))+(o.xck?"&xck=1":"")+(_ate.dr?"&dr="+l(_ate.track.mgu(_ate.dr,{defrag:1})):
"")+(_ate.du?"&PRE="+l(_ate.track.mgu(_ate.du,{defrag:1})):"");p=[],_ate.track.lpx({
url:i,close:e},t)}}function u(e,t){return e?e.pco?e.ruleId||T.warn("missing ruleId,
only OK if no audiences are specified for the tool
`"+e.pco+"`."),e.url||(e.url=_ate.du),p.push(_ate.track.fcv("typ","lnk")),p.push(_ate
.track.fcv("pco",e.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e.url,{defrag:!0}
))),e.goal&&p.push(_ate.track.fcv("goal",e.goal)),e.ruleId&&p.push(_ate.track.fcv("
cad",e.ruleId)),e.prov&&p.push(_ate.track.fcv("prov",e.prov)),e.emailHash&&p.push(
_ate.track.fcv("emhash",e.emailHash)),e.testID&&p.push(_ate.track.fcv("test",e.testID
)),e.position&&p.push(_ate.track.fcv("position",e.position)),void c(!1,t)):void
T.error("missing pco"):void T.error("missing data")}}var
l=encodeURIComponent,d=document,p=[],A=null,f=function(e){var
t=_ate.track.ts.get();"social"===t.type?_ate.cookie.ssc.update(t.service):e&&_ate.
cookie.ssc.update(e)},h=[],g=function(){for(var
e;e=h.pop();)i(e)},m=null,v=[];_ate.ed.addEventListener("addthis-internal.link.click"
,function(e){e&&e.data&&e.data.pco&&e.data.url&&(p.push(_ate.track.fcv("typ","lnk")),
p.push(_ate.track.fcv("pco",e.data.pco)),p.push(_ate.track.fcv("pur",_ate.track.mgu(e
.data.url,{defrag:1}))),c(!0))}),_ate.ed.addEventListener("addthis-internal.
conversion",function(e){T.debug(e),u(e)}),_ate.ed.addEventListener("addthis.menu.
share",function(e){e&&e.data&&e.data.service&&(i({gen:"more"===e.data.service||"
settings"===e.data.service||"link"===e.data.service||"email"===e.data.service?_ate.ad
.type.NOOP:_ate.ad.type.SHARE,pix:"dest="+e.data.service,svc=e.data.service,url:e.
data.url||null}),_ate.dcp=_ate.ad.type.SHARE)}),_ate.ed.addEventListener("addthis.
menu.follow",function(e){e&&e.data&&e.data.service&&e.data.url&&(i({gen:_ate.ad.type.
FOLLOW,pix:"dest="+e.data.service,svc=e.data.service,url:e.data.url}))}),_ate.track||(
_ate.track={}),_ate.util.extend(_ate.track,{pcs:v,apc:e,cev:s,ctf:n,jsl:o,prod:a,gtf:
t,qtp:function(e){h.push(e)},ssc:f,stf:function(e){m=e},trk:i,xtp:g,conversion:u})})()
,Me(_ate,{_rec:[],xfr:!_ate.upm||!_ate.bro.ffx,pmh:function(e){var
t;if(".addthis.com"===e.origin.slice(-12)){if(!e.data)return;if(e.data.length){if(_ate
.unj&&e.data.indexOf&&0===e.data.indexOf("{")try{t=JSON.parse(e.data)}catch(n){t=
_ate.util.rfromKV(n.data)}else t=_ate.util.rfromKV(e.data);else t=e.data;for(var
a=0;a<_ate._rec.length;a++)_ate._rec[a](t)}}}),function(){function e(e){return
e.replace(/[a-zA-Z]/g,function(e){return
String.fromCharCode("Z">=e?90:122)>=(e=e.charCodeAt(0)+13)?e:e-26)})}function
t(e){var t=0;return e&&"string"==typeof e?(e=((e||"").toLowerCase()+"").replace(/
/g,""),("mature"===e||"adult"===e||"rta-5042-1996-1400-1577-rta"===e)&&(t|=p),t):t}
function a(e,t){var n,a,o=0;if(!e||"string"!=typeof e)return
o;for(e=((e||"").toLowerCase()+"").replace(/[^a-zA-Z]/g," ").split("
"),n=0,a=e.length;a>n;n++)if(w[e[n]]||!t&&v[e[n]])return o|=p;return o}function
o(){var
e=l(),n=d.addthis_title||Lt.title,o=a(n,!1),r=(e||"").length;if(o|=a(Lt.dh,!0),e&&r)
```

Page 4561

```
    for(;;){var
... s,c=e[r]||{};c.name?s=c.name:c.name:c.getAttribute&&(s=c.getAttribute("property")),s||(s="")
... ,s=s.toLowerCase();var
... u=c.content;("description"===s||"keywords"===s)&&(o||=a(u,!1)),"rating"===s&&(o||=t(u))
... ,"keywords"===s&&u&&u.length&&i(u)}return o}function i(e){var
... t,n,a=e.split(","),o=200;for(n=0;n<a.length&&(t=_ate.trim(a[n]),(o-=t.length+1)>0);n+
... +)m.push(t)}function r(){var
... e,t,n,a,o=l(),i=[],r=(o||"").length;if(o&&r)for(;r--;)e=o[r]||{},t=e.getAttribute?e.
... getAttribute("property"):"",t=(t||e.name||"").toLowerCase(),n=e.content,0===t.indexOf
... ("og:")&&(a=t.split(":").pop(),(i.length<7||"type"===a)&&i.push("type"===a?a+"="+n:a)
... );return i}function s(){var c=l(),n={},a="";if(!t||0===t.length)return
... n;for(e=0;e<t.length;e++)a=t[e].getAttribute("property")||"",-1!==a.search(/^og:/i)&&
... (n[a.replace("og:","")]=t[e].content);return ke(n)}function c(){return
... m.join(",")}function u(){var
... e=document.charset||document.characterSet||document.inputEncoding||document.
... defaultCharset;if(!e){var
... t=l();for(h=0;h<t.length&&!(e=t[h].getAttribute("charset"));h++);}return!e||e.length>
... 14?"":e}for(var
... l=n(155),d=(document,window),p=1,A=["cbea","cbeab","kkk","zvys","gvgf","shpxf","
... chfflyvcf","pernzcvr","svfgvat","wvmm","fcybbtr","flovna"],f=["phz"],h=A.length,g=f.
... length,m=[],v={},w={};h--;)w[e(A[h])]=1;for(;g--;)v[e(f[g])]=1;_ate.ad||(_ate.ad={}),
... Me(_ate.ad,{cla:o,gog:r,og:s,kw:c,gch:u})}(),function(){function
... e(e){o?setTimeout(function(){_ate.track.trk(e,!0)},_ate.upm?0:2*_ate.wait):a.push(e)}
... function t(t){var n=a={pco:"cnv-100"},a={pxid:1,ev:1};if(n?o in
... t)a[o]&&(n[o]=t[o]);e({gen:2e3,fcp:1,pix:_ate.util.toKV(n)})}function
... n(t){e({pixu:t})}var
... a=[],o=!_ate.upm||(_ate.dat||{}).rdy;_ate.du||(_ate.du=Lt.du),_ate.dh||(_ate.dh=Lt.dh
... ),_ate.dr||(_ate.dr=Lt.dr),_ate.ad||(_ate.ad={}),Me(_ate.ad,{event:t,getPixels:n}),
... _ate.ed.addEventListener("addthis-internal.data.rdy",function(){o=1;for(var
... t=0;t<a.length;t++)e(a[t])})}(),function(){function
... e(e,t,n,a,o,i,r){return"function"!=typeof
... r||r.ost||(r(),r.ost=1),n||(n=window.addthis),"function"==typeof
... i?function(){a&&a.apply(n,arguments)}var
... t=arguments;o?_ate.ed.once(o,function(){i.apply(n,t)}):e.addEventListener("load",
... function(){i.apply(n,t)}),e.load()}:function(i,r,s){i&&(i=_ate.util.select(i),i.
... length&&(a&&a(i),o?_ate.ed.addEventListener(o,function(){n[t](i,r,s)}):e.
... addEventListener("load",function(){n[t](i,r,s)}),e.load()))}}function t(t){var
... n,a=function(){throw new Error("Invalid internal API
... request")},o=t&&t.context||window.addthis;t||a(),t.resources instanceof
... Array&&(t.resources=new
... _ate.resource.Bundle(t.resources)),t.resources||a(),t.method||a(),n=e(t.resources,t.
... method,t.context,t.pre,t.event,t.callback,t.oncall),o[t.method]=function(){var
... e=arguments;_atc.xol&&!_adr.isReady?_adr.append(function(){n.apply(o,e)}):n.apply(o,e
... )}}function
... n(e){e.methods&&_ate.util.each(e.methods,function(n,a){a.method=n,e.context&&(a.
... context=e.context),e.resources&&(a.resources=e.resources),t(a)})}_ate.api={
... ApiQueueFactory:e,addAsync:t,register:n}}(),function(){function e(){var
... e,t,n=tn.gn("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href&&t.rel&&(a[t.rel]=t.
... href);return a}function a(t){return!!a=e.xid;return
... t.data_track_clickback||t.data_track_linkback||_ate.track.ctp(t.product,t)?_ate.track
... .gcc(a,(e.smd||_ate.smd||{}).gen||0)+(n||"")":""}function
... a(e){return!(e.templates&&e.templates.trust)&&_ate.wlp&&"http:"!==_ate.wlp)}function
... o(e,t,n,a,o,i,r,s){var
... c={wordpress:{width:720,height:570},linkedin:{width:600,height:400},twitter:{width:
... 520,height:520},"default":{width:550,height:450}},u=Zt(e,t,s);return
... L(e,l,n,a),a.ui_use_same_window?R.href=u:a.ui_use_different_full_window?en.open(u,"
... _blank"):F(u,o||(c[e]||c["default"]).width,i||(c[e]||c["default"]).height,r),!1}
... function i(e,t,n,a){return G("twitter",e),!1}function r(e,t,n,a,o){var
... i=o?"follow"=e.indexOf("_comment")>-1?"comment":"share",e={element:a||{},service:e||"
... unknown",url:o?t.followUrl:t.trackurl||t.url};_ate.ed.fire("addthis.menu."+i,en.
... addthis||{},r)}function s(e){_ate.util.each(e,function(e,t){g[e]=t})}function
... c(e){v.push(e)}function u(){_ate.util.each(v,function(e,t){t()})}function
... l(e,t,n){if(g[e])try{return
... g[e](t,n,e),t&&((t.parentNode.className||"").indexOf("toolbox")>-1&&t.parentNode.
... services=t.parentNode.services||{},t.parentNode.services[e]=1),-1===(t.className||"")
... .indexOf("at300")&&(t.className+=" at300b"),!0}catch(a){return!1}return!1}function
... d(e){_ate.util.each(e,function(e,t){m[e]={},_ate.util.each(t,function(t,n){m[e][t]=n}
... )})}}function p(e,t,n){var a=function(){};return
```

Page 4562

```
m[e]=a.fn[e].require||m[e].require(e,t,n))&&_ate.util.each(m[e],function(n,o){"_after
"===n?a=o:t[n]=function(n){return
n=n||{},n.el=t,n.service=e,o(n)}}),a(t),!0):!1}function A(e,t,n){return
svcurl()+"tellfriend.php?&fromname=aaa&fromemail="+B(t.from)+"&frommenu=1&tofriend="+
B(t.to)+(e.email_template?"&template="+B(e.email_template):"")+(t.vars?"&vars="+B(t.
vars):"")+"&lng="+(ee()||"xx")+"&captcha_provider=nucaptcha&note="+B(t.note)+"&"+S({
svc:"email",feed:!1,share:null,config:n,classificationBitmask:_ate.cb,
secondaryProductCode:_ate.track.spc,uid:_ate.uid,sessionID:_ate.track.ssid(),pubID:Ht
(),feedsABCell:_ate.ab,usesFacebookLibrary:_ate.ufbl,usesUserAPI:_ate.uud,
shareMetadata:_ate.smd})}var
f=(n(35),n(11)),h=e(),g={},m={},v=[];_ate.share=_ate.share||{},_ate.util.extend(_ate.
share,{auw:n(124),ocw:F,onw:n(22),caw:n(786),ftw:o,stw:n(79),siw:n(137),cleanly:G,pts
:i,pws:n(820),unt:a,genurl:Ot,geneurl:A,acb:f,gcp:t,gfu:Zt,svcurl:n(129),track:L,
notify:r,links:h,register:s,registerListeners:d,sub:u,registerSubscriber:c,extern:l,
externEvents:p})}(),function(){function e(){return
_atc.ltj&&o()||a()&&FB.XFBML&&FB.XFBML.parse}function t(){if(p===M)try{var
e=document.getElementsByTagName("html")[0];if(e)if(e.getAttribute&&e.getAttribute("
xmlns:fb"))p=!0;else if(_ate.bro.msi){var
t=e.outerHTML.substr(0,e.outerHTML.indexOf(">"));t.indexOf("xmlns:fb")>-1&&(p=!0)}}
catch(n){p=!1}return p}function a(){return"object"==typeof
en.FB&&FB.Event&&"function"==typeof FB.Event.subscribe}function
o(){return!(en.FB_RequireFeatures||en.FB&&(FB.Share||FB.Bootstrap))}function
i(e,t){var
n={},a=g[t],o=addthis_config.data_ga_tracker||addthis_config.data_ga_property;for(var
i in addthis_share)n[i]=addthis_share[i];if(a)for(i in
a)n[i]=a[i];n.url=t,_ate.share.track(e,0,n,addthis_config),o&&_ate.gat(e,t,
addthis_config,n)}function
r(){-1!==Lt.du.indexOf(_atr)||_ate.sub||v||(a()?(v=1,FB.Event.subscribe("message.send
",function(e){i("facebook_send",e)}),FB.Event.subscribe("edge.create",function(e){h[e
]||i("facebook_like",e),h[e]=1)}),FB.Event.subscribe("edge.remove",function(e){h[e]&
&(i("facebook_unlike",e),h[e]=0)}),FB.Event.subscribe("comment.create",function(e){i("
facebook_comment",e.href)}),FB.Event.subscribe("comment.remove",function(e){i("
facebook_uncomment",e.href)})):en.fbAsyncInit&&!b&&(3>w&&setTimeout(r,3e3+2e3*w++),b=
1)}function s(e,t){var
n="fb-root",o=t.getElementById(n),i=en.fbAsyncInit,s=!1,c=function(){s=!0;for(var
e=0;e<m.length;e++)FB.XFBML.parse(m[e]);if(m.push(e),a()&&FB.XFBML&&FB.XFBML.parse)r
(),FB.XFBML.parse(e);else{if(!i&&(o||(o=f.ce("div"),o.id=n,document.body.appendChild(
o)),!i)){var
u=f.createElement("script");u.src="//connect.facebook.net/"+(t||_ate.gfl(ee()))+"/sdk
.js#version=v2.6",u.async=!0,o.appendChild(u),i=function(){for(var
e=f.getElementsByTagName("meta"),t=null,n=0;n<e.length;n++)if("fb:app_id"===e[n].
property||"fb:app_id"===e[n].name){t=e[n].content;break}var
a;a=t?t:C?"140586622674265":"172525162793917",FB.init({appId:a,cookie:!0,version:"v2.
6"})}}x&&(x=!1,en.__orig__fbAsyncInit=en.fbAsyncInit=function(){en.
__orig__fbAsyncInit(),r(),document&&"complete"===document.readyState?c():window.
addEventListener?(setTimeout(function(){s||c()},3e3),window.addEventListener("load",c
,!1)):c()})}}function
c(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("send",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1))}function
u(e,t){e.ost||_ate.bro.ie6||(_ate.ufbl=1,_ate.share.fb.ready()?l("share",e,t):(e.
className="",e.innerHTML="<span></span>",e.style.width=e.style.height="0px",e.noh=e.
ost=1))}function
l(e,t,n,a){a||(a=Vt(t,"fb:"+e),a.href=a.href||_ate.track.mgu(n.share.url,{defrag:1})
),e="share"===e?e+"-button":e;var
o=a.height||25,i=f.ce("div"),i.className="fb-"+e,i.dataRef=_ate.share.gcp(n.share,n.
conf,"."+e).replace(",","_"),i.style.height=o+"px",t.appendChild(i),_ate.util.each(a,
function(n,a){"share-button"===e&&("horizontal"===a?a="button_count":"vertical"===a&&
(a="box_count")),t.firstChild.setAttribute("data-"+n,a)}),!a||!a.type||a.layout||!t.
firstChild.setAttribute("data-type","box_count"),s(t)}function d(t,n){if(!t.ost){var
a,o,i,r=_ate.api.ptpa(t,"fb:like"),s=r.layout||"button_count",c={standard:[450,r.
show_faces?80:35],button_count:[90,25],box_count:[55,65]},u=r.width||(c[s]?c[s][0]:
100),d=r.height||(c[s]?c[s][1]:25);if(passthrough=_ate.util.toKV(r),_ate.ufbl=1,e(){
r.layout===M&&(r.layout="button_count"),r.show_faces===M&&(r.show_faces="false"),r.
share===M&&(r.share="false"),r.action===M&&(r.action="like"),r.width===M&&(r.width=u)
,r.height===M&&(r.height=d),r.font===M&&(r.font="arial"),r.href===M&&(i=_ate.util.
clone(n.share.url_transforms||{}),i.defrag=1,r.href=_ate.track.mgu(n.share.url,i)),r.
send=!1,n.share.xid||(n.share.xid=_ate.util.cuid()),g[r.href]={};for(o in
```

144410.. n.share)g()=nref)[o]=n.shareto,()(like,t,nr,r)}else

.. _ate.bro.msi?(t.innerHTML='<iframe title="AddThis | Facebook" frameborder="0"
.. scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
.. src=\"javascript:''\""::"")+"></iframe>",a=t.firstChild):a=f.ce("iframe"),a.style.
.. overflow="hidden",a.style.scrolling="no",a.style.scrollbars="no",a.style.border="none
.. ",a.style.borderWidth="0px",a.style.width=u+"px",a.style.height=d+"px",a.src="//www.
.. facebook.com/plugins/like.php?href="+B(_ate.track.mgu(n.share.url,{defrag:1}))+"&
.. layout=button_count&show_faces=false&width=100&action=like&font=arial&"+passthrough,
.. _ate.bro.msi||E(t,a,"facebook_like_iframe_widget",a.style.height,a.style.width);t.noh
.. =t.ost=1}}var

.. p,A,f=document,h={},g={},m=[],v=0,w=0,b=0,x=10,C=-1!==f.domain.search(/\.addthis\.com
.. $/i)?1:0;A=_ate.bro.mob?"http://m.facebook.com/sharer.php":"http://www.facebook.com/
.. sharer/sharer.php",_ate.share=_ate.share||{},_ate.share.register({facebook_like:d,
.. facebook_send:c},_ate.share.registerSubscriber(r),_ate.share.
.. registerListeners({facebook:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
.. H(e);var t,a=e.el,o=n(47);return
.. t=De(a.conf),o(t,a.share),G("facebook",t)}}}),_ate.share.fb={like:d,send:c,has:a,ns:t
.. ,ready:e,compat:o,sub:r,load:s

144411.. }}(),function(){function e(){return window.gapi&&window.gapi.plusone}function
.. t(){if(e())return void(gapi&&gapi.plusone&&"[object
.. Function]"===Object.prototype.toString.call(gapi.plusone.go)&&gapi.plusone.go());if(!
.. i){i=1;var n=new
.. _ate.resource.Resource("plusoneapi","//apis.google.com/js/plusone.js",e);n.
.. addEventListener("load",function(){t()}),n.load()}}function n(e){var
.. t=e?e.share:addthis_share,n=e?e.conf:addthis_config;window._at_plusonecallback=window
.. ._at_plusonecallback||function(e){var a={};for(var o in
.. t)a[o]=t[o];a.url=e.href,_ate.share.track("google_"+("off"===e.state?"un":"")+"
.. plusone",0,a,n)},window._at_pluscallback=window._at_pluscallback||function(e){var
.. a={};for(var o in
.. t)a[o]=t[o];a.url=e.href,_ate.share.track("googleplus_counter",0,a,n)}}function
.. a(e,n,a){if(!e.ost){var
.. o="googleplus_counter"===a?"plus":"plusone",i=Vt(e,"g:"+o),r=document.ce("g:"+o);_ate
.. .gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,i.lang=_ate.gpl.lang=_ate.gpl.
.. lang||("undefined"==typeof
.. i.lang?null:i.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
.. lang||i.lang||_ate.gpl||(n.conf||{}).ui_language)||"en-US",i.href=n.share=i.href||
.. _ate.track.mgu(n.share.url,{defrag:1}),"plusone"===o?(i.size=i.size||(c(e,!0)?"
.. standard":"small"),i.callback=i.callback||"_at_"+o+"callback"):(i.href=_ate.share.acb
.. ("google_plusone_share",n.share,addthis_config),i.action="share"),_ate.share.goog.sub
.. (n),_ate.util.each(i,function(e,t){r.setAttribute(e,t)}),E(e,r,"
.. google_plusone_iframe_widget","25px","90px"),e.noh=e.ost=1,t()}}function
.. o(e,n){if(!e.ost){e.title="Follow on Google+";var
.. a=Vt(e,"g:plusone");if(a.size=(a.size||"").toLowerCase(),document.head){var
.. o=document.createElement("link"),o.setAttribute("href",a.href),o.setAttribute("rel","
.. publisher"),document.head.appendChild(o)}if(a.url=a.href=a.href||"",'badge"===a.size|
.. |"smallbadge"===a.size){var
.. i=document.ce("g:plus");_ate.gpl=_ate.gpl||{},_ate.gpl.lang=_ate.gpl.lang||null,a.
.. lang=_ate.gpl.lang=_ate.gpl.lang||("undefined"==typeof
.. a.lang?null:a.lang),window.___gcfg=window.___gcfg||{},window.___gcfg.lang=_ate.gpl.
.. lang||a.lang||(n.conf||{}).ui_language||window.addthis_language)||"en-US",
.. _ate.util.each(a,function(e,t){i.setAttribute(e,t)}),e.appendChild(i),e.noh=e.ost=1,t
.. ()}else{var r="32";"small"===a.size?r="16":"large"===a.size&&(r="64");var
.. s=txt=txt2=ieQ="";a.name&&("BackCompat"===document.compatMode&&_ate.bro.msi&&(ieQ='
.. onclick="window.open('+a.href+'?prsrc=3)"'),s="cursor:default;display:inline-block;
.. text-decoration:none;color:#333;font:13px/16px
.. arial,sans-serif;"+("large"===a.size?"text-align:center;white-space:nowrap;":""),"
.. large"===a.size?txt2='<br/><span
.. style="font-weight:bold;">'+a.name+'</span><br/><span> on Google+ </span>":txt='<span
.. style="display:inline-block;font-weight:bold;vertical-align:top;margin-right:5px;'+("
.. medium"===a.size?"margin-top:8px;":"")+'">'+a.name+'</span><span
.. style="display:inline-block;vertical-align:top;
.. margin-right:'+("medium"===a.size?"15px;margin-top:8px;":"13px;")+'">on</span>'),e.
.. setAttribute("target","_blank"),e.style.textDecoration="none",e.style.cursor="default
.. ",e.innerHTML='<span style="'+s+'">'+txt+'<img '+ieQ+'
.. src="https://ssl.gstatic.com/images/icons/gplus-'+r+'.png" alt="'+e.title+'"
.. style="border:0;width:'+r+'px;height:'+r+'px;cursor:pointer;"
.. onmouseover="this.style.opacity=0.8;this.style.filter=\'alpha(opacity=80)\';"
.. onmouseout="this.style.opacity=1.0;this.style.filter=\'alpha(opacity=100)\';">'+txt2+

144411...

```
"</span>",e.nch=e.ost=1;e.onclick=function(e){if(!e)var e=window.event;var
t=e.originalTarget||e.relatedTarget||e.toElement||e.srcElement,n="";if(t){for(;"A"!==
t.nodeName;)t=t.parentNode;return
n=((t.attributes||{})["g:plusone:href"]||{}).value||window.location.href,en.open(n+"?
prsrc=3"),_ate.share.track("google_plusone_badge",1,a,config),!1}}}e.onmouseover=
function(){this.className=this.className.indexOf("at300bo")>-1?this.className:this.
className.replace(/at300b/i,"at300bo")},e.noh=e.ost=1}}var
i=(document,0);_ate.share=_ate.share||{},_ate.share.register({google_plusone:a,
googleplus_counter:a,google_plusone_badge:o}),_ate.share.registerSubscriber(n),_ate.
share.registerListeners({google_plusone:{onclick:function(e){return!1}}}),_ate.share.
goog={plusone:a,badge:o,has:e,sub:n}}(),function(){function e(e,t){var
n=function(e){if("undefined"==typeof window.Intent&&"undefined"==typeof
window.WebKitIntent||!window.navigator||"undefined"==typeof
window.navigator.startActivity&&"undefined"==typeof
window.navigator.webkitStartActivity)return!1;if(!window.Intent||"undefined"!=typeof
window.Intent["native"]&&!window.Intent["native"])return!0;if(_ate.bro.chr){var
t=navigator.userAgent,n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a){var o=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};return
o()}}}return!0};n()&&(options.noevents=!0,e.onclick=function(e){var
n=window.Intent||window.WebKitIntent,a=new
n("http://webintents.org/share","text/uri-list",t.share.url);return"undefined"!=
typeof navigator.startActivity?navigator.startActivity(a):"undefined"!=typeof
navigator.webkitStartActivity&&navigator.webkitStartActivity(a),_ate.share.track("
intent_share_url",0,t.share,t.conf),!1})}document;_ate.share=_ate.share||{},_ate.
share.register({intent_share_url:e}),_ate.share.registerListeners({intent_share_url:{
}})}(),function(){function e(e,t){return
Me({product:"tbx",media:t.media,description:t.description,title:t.title},e)}function
t(t,a,o){if(!t.ost){var
i,r=Vt(t,"pi:pinit"),s=_ate.util.clone(a.share);if(i=addthis_share&&addthis_share.
passthrough&&addthis_share.passthrough.pinterest_share?addthis_share.passthrough.
pinterest_share:addthis_share&&addthis_share.pinterest_share?addthis_share.
pinterest_share:addthis_share&&addthis_share.passthrough?addthis_share.passthrough:
addthis_share?addthis_share:{},r.media){r.url=s.url=r.url||i.url||_ate.track.mgu(s.
url,{defrag:1}),r.url=B(_ate.track.mgu(s.url)),"horizontal"===r.layout?(r.layout="&
layout=horizontal",r.width="100px",r.height="25px"):"vertical"===r.layout?(r.layout="
&layout=vertical",r.width="49px",r.height="59px"):(r.layout="",r.width="40px",r.
height="25px");var c='<iframe title="AddThis | Pinterest" frameborder="0"
role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:'\'\"":"")+'
style="width:'+r.width+";
height:"+r.height+'; "></iframe>';E(t,c,"pin_it_iframe_widget",r.height,r.width),
pinitButton=t.firstChild.firstChild.firstChild,a.conf.pubid||(a.conf.pubid=
addthis_config.pubid||Ht()),r.description=s.description=r.description||i.description|
|i.title||(addthis_share||{}).title||"",pinitButton.src=_atc.rsrcs.pinit+(_ate.bro.
ie6||_ate.bro.ie7?"?":"#")+"url="+B(r.url)+"&media="+B(r.media||i.media||"")+"&
description="+B(r.description)+r.layout+"&ats="+B(_ate.util.rtoKV(s))+"&atc="+B(_ate.
util.rtoKV(addthis_config))+"&href="+Lt.du+"&pubid="+Ht()+"&cb="+_ate.cb+"&ssid="+
_ate.track.ssid()+"&uid="+_ate.uid+"&ab="+_ate.ab+"&ufbl="+_ate.ufbl+"&uud="+_ate.uud
,_ate.ed.addEventListener("addthis.pinterest.image",function(t){en.addthis_share||(en
.addthis_share={}),en.addthis_share.passthrough||(en.addthis_share.passthrough={}),(en
.addthis_share.passthrough.pinterest_share||(en.addthis_share.passthrough.
pinterest_share={});var
n=en.addthis_share.passthrough.pinterest_share;n.pi_media=r.media,n.pi_media_desc=r.
description,G("pinterest_share",e(i,r))})}}else{var
u=n.ce("span");u.className="at_PinItButton",E(t,u,"pin_it_iframe_widget"),t.onclick=
function(){en.addthis_share||(en.addthis_share={}),en.addthis_share.passthrough||(en.
addthis_share.passthrough={}),en.addthis_share.passthrough.pinterest_share||(en.
addthis_share.passthrough.pinterest_share={});var
t=en.addthis_share.passthrough.pinterest_share;return
t.pi_media=r.media,t.pi_media_desc=r.description,G("pinterest_share",e(i,r)),!1}}t.
noh=t.ost=1}}var
n=document;_ate.share=_ate.share||{},_ate.share.register({pinterest:t,pinterest_count
:t,pinterest_pinit:t}),_ate.share.registerListeners({pinterest_share:{onclick:
function(t){var
n=t.el,a=Vt(n,"pi:pinit"),o=e(n.share||en.addthis_share,a);G("pinterest_share",o),H(t
)}}})}}(),function(){function e(e,i,r){if(!e.ost){var
```

Page 4565

144411...

```
s=(_ate.util.clone(t.share),{type:"webpage",url:t.share.url,title:t.share.title,style
:"number"}),c=Vt(e,"wb:like"),u=t(),l=a(c,u),d=a(s,u);meta_tags=_ate.util.extend(d,l)
,wb_elem=o.createElement("wb:like"),_ate.bro.ie6||_ate.bro.ie7||_ate.bro.ie8||_ate.
bro.msi&&"BackCompat"===document.compatMode?e.parentNode.insertBefore(wb_elem,e.
nextSibling):e.appendChild(wb_elem),n(wb_elem,meta_tags),_ate.ajs("//tjs.sjs.sinajs.
cn/open/api/js/wb.js",1),i.conf.pubid||(i.conf.pubid=addthis_config.pubid||_ate.pub()
),e.onclick=function(){_ate.share.track("sinaweibo_like",0,i.share,i.conf)},e.noh=e.
ost=1}}function t(){for(var
e,t,n,a,i=o.getElementsByTagName("meta"),r={},s=0;s<i.length;s++)a=i[s],e=a.
getAttribute("property"),t=a.getAttribute("name"),n=a.getAttribute("content"),e&&-1!=
=e.indexOf("og:")&&n?r[e.replace("og:","")]=n:e&&-1!==e.indexOf("weibo:","")&&n?r[e.
replace("weibo:","")]=n:t&&-1!==t.indexOf("weibo:")&&n&&(r[t.replace("weibo:","")]=n)
;return r}function n(e,t){var n,a,o;for(var a in
t)t.hasOwnProperty(a)&&(n=t[a],n&&("style"===a&&"full"!==n?e.setAttribute("type",n):"
skin"===a||"language"===a?e.setAttribute(a,n):(o=document.createElement("meta"),o.
setAttribute("name","weibo:"+a),o.setAttribute("content",n),document.
getElementsByTagName("head")[0].appendChild(o))))}function a(e,t){var n,a={};for(n in
e)e.hasOwnProperty(n)&&t[n]===M&&(a[n]=e[n]);return a}var
o=document;_ate.share=_ate.share||{},_ate.share.register({sinaweibo_like:e}),_ate.
share.sinaweibo={like:e})(),function(){_ate.share=_ate.share||{},_ate.share.
registerListeners({thefancy:{onclick:function(e){var
t=e.el.share||addthis_share;G("thefancy",t),H(e)}}})}(),function(){function
e(){return window.twttr&&window.twttr.events}function
t(){if(window.twttr&&!s&&window.twttr.events){s=1;var e=function(e){var
t,n=e.target.parentNode&&e.target.parentNode.share?e.target.parentNode.share:{},a=n.
url||e.target.baseURI,o=n.title||addthis_share.title,i={};for(t in
addthis_share)i[t]=addthis_share[t];for(t in n)i[t]=n[t];return
i.url=a,o&&(i.title=o),i};window.twttr.events.bind("tweet",function(t){_ate.share.
track("tweet",0,e(t),addthis_config)}),window.twttr.events.bind("follow",function(t){
_ate.share.track("twitter_follow_native",1,e(t),addthis_config)})}}function
n(){return
e()&&1===r?t(),void(r=c=0)):(r||(_ate.ajs("//platform.twitter.com/widgets.js",1,null
,null,null,!0),r=1),void(3>c&&setTimeout(n,3e3+2e3*c++)))}function
a(e,t,a){if(!e.ost){var
o,r,s=Vt(e,"tw"),c=t.share,u=s.width||56,l=s.height||25,d="";t.share.url_transforms=t
.share.url_transforms||{},t.share.url_transforms.defrag=1;var
p=_ate.util.clone(t.share),A=_ate.bro.msi&&"BackCompat"===t.compatMode||t.conf.
ui_use_tweet_iframe||"bitly"===(t.share.url_transforms.shorten||{}).twitter;"
undefined"!=typeof
s.url?p.url=s.url:p.url=s.url=_ate.track.mgu(p.url||(addthis_share||{}).url,p.
url_transforms,p,"twitter"),s.counturl||(s.counturl=A?s.url.replace(/=/g,"%253D"):s.
url),-1===p.url.search(/\.+.*\(\/|\?)//)&&(p.url+="/"),s.url=_ate.share.acb("twitter",p
,addthis_config),s.count=s.count||"horizontal",c.passthrough=c.passthrough||{};var
f=c.passthrough.twitter||{};if(t.text=s.text=s.text||t.text||(t.share.title===Lt.title?f.text
:t.share.title)||"",t.related=t.related=s.related||f.related||"",t.hashtags=s.
hashtags=s.hashtags||f.hashtags||"",(s.via||f.via||t.text.match(/\/via\s+@[a-zA-Z0-9_\.
]+/i))&&(t.via=s.via=s.via||f.via||(t.text.match(/\/via\s+@[a-zA-Z0-9_\.]+/i)?t.text.
match(/\/via\s+@[a-zA-Z0-9_\.]+/i).split("@")[1]:"")),d=_ate.util.rtoKV(c,"#@!"),"
vertical"===s.count?(l=62,s.height=s.height||l):"horizontal"===s.count&&(u=62,s.width
=s.width||u),s.width&&(u=s.width),s.height&&(l=s.height),o=_ate.util.toKV(s,"#@!"),A)
{var h='<iframe title="AddThis | Twitter" frameborder="0" role="presentation"
scrolling="no" allowTransparency="true" scrollbars="no"'+(_ate.bro.ie6?"
src=\"javascript:'\'\""":"")+' style="width:'+u+"px;
height:"+l+'px;"></iframe>';E(e,h,"tweet_iframe_widget",l+"px",u+"px"),r=e.firstChild
.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),
r.src=_atc.rsrcs.tweet+"#href="+B(s.url)+"&dr="+B(_ate.dr)+"&conf="+B(_ate.util.toKV(
t.conf))+"&share="+B(d)+"&tw="+B(o)}else{s.text||(s.text=(c.title||"")+":");var
g=i.ce("a");g.href="http://twitter.com/share",g.className="twitter-share-button",g.
innerHTML="Tweet";for(var m in
s)s.hasOwnProperty(m)&&g.setAttribute("data-"+m,s[m]);E(e,g,"tweet_iframe_widget",l+"
px",u+"px"),t.conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}e.noh=
e.ost=1}}function o(e,t){var
a=Vt(e,"tf"),o=Vt(e,"tw"),i=document.ce("a");a.screen_name=o.screen_name||a.
screen_name||"addthis",i.href="http://twitter.com/"+a.screen_name,i.className="
twitter-follow-button",i.innerHTML="Follow
@"+a.screen_name,_ate.util.each(a,function(e,t){i.setAttribute("data-"+e,t)}),_ate.
util.each(o,function(e,t){i.setAttribute("data-"+e,t)}),e.ost=1,e.appendChild(i),t.
conf.pubid||(t.conf.pubid=addthis_config.pubid||_ate.pub()),n(e)}var
```

144411...

```
i=document,r=0,s=0,o=0,_ate.share=_ate.share||{},_ate.share.register({tweet:a,
twitter_follow_native:o}),_ate.share.registerSubscriber(t),_ate.share.
registerListeners({twitter:{_after:function(e){e.ins=1,e.noh=1},onclick:function(e){
var t=e.el;return
_ate.share.pts(t.share,t.conf)}}}),_ate.share.twitter={tweet:a,follow:o,sub:t}}(),
function(){function e(e,t,n){if(!e.ost&&!_ate.bro.ie6){var
a=Vt(e,"su:badge"),o=a.style||"1",i=t.share.url=a.href||_ate.track.mgu(t.share.url,{
defrag:1}),r=a.height||"25px",s=a.width||"75px";"5"===o?r=a.height||"60px":"6"===o&&(
r=a.height||"31px");var c='<iframe title="AddThis | Stumbleupon"
src="http"+(_ate.ssl?"s":"")+'://www.stumbleupon.com/badge/embed/{{STYLE}}/?url={{URL
}}" scrolling="no" frameborder="0" style="border:none; overflow:hidden;
width:{{WIDTH}}; height:{{HEIGHT}};"
allowtransparency="true"></iframe>'.replace("{{STYLE}}",o).replace("{{URL}}",B(i)).
replace("{{HEIGHT}}",r).replace("{{WIDTH}}",s);E(e,c,"stumbleupon_badge_iframe_widget
",r,s),e.noh=e.ost=1}}function t(e,t){if(!e.ost){var
n=Vt(e,"4sq"),a=document.createElement("a");a.href="https://foursquare.com/intent/
venue.html",a.className="fourSq-widget",n["data-variant"]&&a.setAttribute("data-
variant",n["data-variant"]),E(e,a,"foursquare_badge_wrapper_widget",t.height),_ate.
ajs("//platform.foursquare.com/js/widgets.js",1),e.noh=e.ost=1}}function
a(e,t){if(!e.ost){var
n,a,o=Vt(e,"li"),i=t.share,r=o.width||100,s=o.height||25,c="";o.counter||(o.counter="
horizontal"),i.passthrough||(i.passthrough={}),i.passthrough.linkedin=_ate.util.toKV(
o),i.title&&(i.title=B(i.title)),c=_ate.util.rtoKV(i),"top"===o.counter?(s=55,r=57,o.
height||(o.height=s),o.width||(o.width=r)):"right"===o.counter?(r=100,o.width||(o.
width=r)):"none"===o.counter&&(r=57,o.width||(o.width=r)),o.width&&(r=o.width),o.
height&&(s=o.height),n=_ate.util.toKV(o);var u='<iframe title="AddThis | LinkedIn
Button" frameborder="0" role="presentation" scrolling="no" allowTransparency="true"
scrollbars="no"'+(_ate.bro.ie6?' src=\"javascript:'\'\"':"")+' style="width:'+r+'px;
height:'+s+'px;"></iframe>';E(e,u,"linkedin_counter_iframe_widget",s+"px",r+"px"),a=e
.firstChild.firstChild.firstChild,t.conf.pubid||(t.conf.pubid=addthis_config.pubid||
_ate.pub()),a.src=_atc.rsrcs.linkedin+(_ate.bro.ie6||_ate.bro.ie7?"?":"#")+"href"+B(
t.share.url)+"&dr="+B(_ate.util.toKV(t.conf))+"&share="+B(c)+"&li
="+B(n),e.noh=e.ost=1}}document;_ate.share=_ate.share||{},_ate.share.register({
foursquare:t,linkedin_counter:a,stumbleupon_badge:e}),_ate.share.registerListeners({
more:{require:function(e,t,n){return!(t.noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro
)},onclick:function(e){var t=e.el||{};return
Xt?(window.event.returnValue=!1,jt(Ot("more",0,t.share,t.conf),"_blank")):(Qt(),
window.addthis.menu(t.conf,t.share,!1)}},email:{require:function(e,t,n){return!(t.
noh||_ate.bro.iph||_ate.bro.wph||_ate.bro.dro)},onclick:function(e){var
t=(n(16),e.el||{}),a=e.service,o=_ate.util.clone(t.conf);return
o.ui_pane=a,G(a,t.share),!1}},foursquare:{onclick:function(e){var
t=e.el||{},n=e.service;return
_ate.share.track(n,1,t.share,t.conf),!1}}})}(),function(){function e(){return
Boolean(window.ADDTHIS_EXPANDED_MENU_IFRAME)}function t(e){var
t=_ate.util.clone(en.addthis_config);return
t.ui_pane="image",t.image_service=e,_ate.api.menu(_ate.maf.pre,t,en.addthis_share),!1
}document.body;_ate.share=_ate.share||{},_ate.util.extend(_ate.share,{imgVer:t,inBm:e
})}(),function(){var e=function(){return"undefined"==typeof
addthis_config?!1:"undefined"==typeof
addthis_config.webintents?!1:addthis_config.webintents?!0:!1};if(e()){var
t=function(e){if("undefined"!=typeof en.WebKitIntent)return!0;if("undefined"==typeof
en.Intent&&"undefined"==typeof en.WebKitIntent||"undefined"==typeof
en.navigator.startActivity&&"undefined"==typeof
en.navigator.webkitStartActivity)return!1;var
t=navigator.userAgent;if(/Chrome\/(.*)\./.test(t)){var
n=/Chrome\/(.*)\./.exec(t);if(n.length>=1){var
a=parseInt(n[1].substring(0,2));if(19>a)return!1}}return!0};catchIntents=function(){t
()||(en.Intent=function(e,t,n,a){this.verb=e,this.noun=t,this.data=n},en.navigator.
startActivity=function(e){if("http://webintents.org/share"===e.verb&&"text/uri-list"=
==e.noun){an.update("share","url",e.data);for(var t in
e.extras)an.update("share",t,e.extras);var
n="http://addthis.com/bookmark.php";n+="?v=300&url="+encodeURIComponent(e.data),en.
open(n,"","width=700,height=500")}})},catchIntents()}}(),function(){function e(e){var
t=new Array;e:for(var n=0;n<e.length;n++){for(var
a=0;a<t.length;a++)if(t[a]===e[n])continue e;t[t.length]=e[n]}return t}function
t(){u||(u={},_ate.util.each(Pt.map,function(e,t){u[_ate.mun(e)]=e}))}function
n(){return
l||(l=(_ate.dr||"").split("://").pop().split("/").shift().split("?").shift(),l=Jt(l),
```

144411...

```
l=1||r(_ate.smd||{}).rsc]]",a}function a(e,t){return
e.timestamp>t.timestamp?-1:1}function o(e,t,n){return
n||(n=window),(n[e]===M||""===n[e])&&(n[e]=t),n[e]}function i(e){t();var
o,i,r=n(),s=function(){for(var
e,t=_ate.cookie.ssc.getServices(),n=_ate.ups||{},a=0;a<t.length;a++)e=t[a].name,n[e]||
|(n[e]=e);return
n}(),c=[],l=0,A=0;for(d=[],o=0;o<e.length;o++)i=e[o],(Pt.map[i]!==M||i.indexOf("
facebook_")>-1&&Pt.map.facebook!==M)&&l++,r===i&&(A=1),s[i]&&delete
s[i];for(_ate.util.each(s,function(e,t){c.push(t)}),c.sort(a),o=0;o<c.length;o++)i=c[
o].name,u[i]&&(i=u[i],l++,d.push(i),e.push(i)),window.addthis_ssh?-1===addthis_ssh.
indexOf(i)&&(addthis_ssh+=","+i):window.addthis_ssh=i,r===i&&(A=1))return
d=d.join(","),A||Pt.map[r]===M||(l++,e.push(r),addthis_ssh=(window.addthis_ssh?
addthis_ssh+",":"")+r,p=r),l}function
r(e){o("addthis_exclude",""),o("addthis_use_personalization",!0),o("services_exclude"
,window.addthis_exclude,e)}function
s(n,a){if(n===c)return{conf:n,csl:d,crs:p};c=n;var
s=window.addthis_ssh?addthis_ssh.replace(/(^more,)|(^more$)|(,more,)|(,more$)/,""),"").
split(","):[],u=N.getPopServices(),l=0;if(r(n),n.services_exclude=n.services_exclude.
replace(/\s/g,""),$(n),n.services_exclude_natural||(n.services_exclude_natural=n.
services_exclude),(n||{}).parentServices&&_ate.util.each(n.parentServices,function(e,
t){n.services_exclude+=(n.services_exclude.length>1?",":"")+e}),a||(a=[]),o("
addthis_options_default",u.split(",").slice(0,11).join(",")+",more"),o("
addthis_options_rank",u),o("addthis_options",window.addthis_options_default),t(),l=i(
s),addthis_options=(""!=s?s+",":"")+addthis_options,s&&(addthis_options&&-1===
addthis_options.indexOf(s)||n.services_compact&&-1===n.services_compact.indexOf(s))&&
(n.services_compact=n.services_compact?s+","+n.services_compact:addthis_options),
addthis_options=e(addthis_options.split(",")).join(","),n.services_compact&&(n.
services_compact=e(n.services_compact.split(",")).join(",")),window.addthis_ssh&&
window.addthis_use_personalization&&l||a.length||n.services_exclude||addthis_exclude)
{var
f,h,g=addthis_options_rank.split(","),m=[],v=(n.services_exclude||addthis_exclude||""
).split(","),w={},b=s.join(","),x=[],C={},y=0,E=11,k=0,R=n.product||"",_=R.indexOf("
ffext")>-1||R.indexOf("fxe")>-1;for(a.length&&-1===addthis_options.indexOf(a[0].code)
&&(addthis_options+=","+a[0].code),a.length&&a[0]&&m.push(a[0].code),B=0;B<v.length;B
++)w[v[B]]=1,h=A[v[B]]||new
RegExp("(?:^|,)("+v[B]+")(?:$|,)"),A[v[B]]=h,addthis_options=addthis_options.replace(
h,",").replace(",,",","),n.services_compact&&(n.services_compact=n.services_compact.
replace(h,",").replace(",,",","));for(B=0;B<g.length;B++)f=g[B],w[f]||(h=A[f]||new
RegExp("(?:^|,)("+f+")(?:$|,)"),A[f]=h,-1===b.search(h)&&m.unshift(f));for(B=0;B<s.
length&&E>B;B++)f=s[B],h=A[f]||new
RegExp("(?:^|,)("+f+")(?:$|,)"),A[f]=h,addthis_options.search(h)>-1&&y++;for(B=0;B<s.
length&&!(x.length>=E);B++)f=s[B],C[f]||w[f]||I(Pt.map[f]!==M||f.indexOf("facebook_")
>-1)||(C[f]=1,h=A[f]||new
RegExp("(?:^|,)("+f+")(?:$|,)"),A[f]=h,addthis_options.search(h)>-1?(x.push(f),
addthis_options=addthis_options.replace(h,",").replace(",,",","),k++):x.push(f));for(
addthis_ssh=x.join(","),addthis_options=(window.addthis_ssh?addthis_ssh+",":"")+
addthis_options.replace(/[,]+/g,",").replace(/,$/,"").replace(/^,/,"").replace(/^more
,|,more|^more$/,""),addthis_options.indexOf("email")>-1&&"==="_ate.pub()&&!_&&(
addthis_options=addthis_options.replace(/^email,|,email|^email$/,""));addthis_options
.split(",").length>11;)addthis_options=addthis_options.split(",").slice(0,-1).join(",
");var
z=_ate.util.fromKV(addthis_options.replace(/,|$/g,"=1&")),S=addthis_options.split(","
).length;if(S%2===0||11>S)for(var
B=Math.min(S,11),D=u.split(","),U=S;(11>U||U%2===0)&&B<D.length;){var
I=D[B++];if(z[I]){if(B===D.length){S+(Math.min(S,11)-U)%2===0&&(addthis_options=
addthis_options.split(",").slice(0,-1).join(","),break}}else
w[I]||(addthis_options+=","+I,z[I]=1,U++)}if(a.length&&a[0]&&-1===addthis_options.
indexOf(a[0].code)){var
O=addthis_options.replace(",more","").split(",").pop();addthis_options=
addthis_options.replace(O,a[0].code)}-1===addthis_options.indexOf(",more")&&(
addthis_options+=",more")}return
n.services_compact||(n.services_compact=addthis_options),{conf:n,csl:d,crs:p}}var
c,u,l,d,p,A={};_ate.share=_ate.share||{},_ate.share.services=_ate.share.services||{},
_ate.share.services.init=s}();_ate.bro.msi?20:M!function(){function e(e){var
t=this,n=e||{};if(e instanceof Array){n={};for(var
a=0;a<e.length;a++)n[e[a]]=e[a]}t.add=function(e,a){if("object"==typeof e)for(var o
in e)e.hasOwnProperty(o)&&t.add(o,e[o]);else n[e]=a},t.get=function(e){return
n[e]},t.has=function(e){if("string"==typeof
```

144411...

```
e&&(e=e.split(/,/)),r||(i=e.length);r||1:1},for(var
t=0;t<e.length;t++)if(!iskey(e[t]))return!1;return!0},t.iskey=function(e){if("string"
==typeof e&&(e=e.split(",")),e instanceof Array)for(var t=0;t<e.length;t++){var
a=e[t].replace(/ /g,"");if(n[a])return 1}return 0},t.remove=function(e){for(var
t,a=0;a<arguments.length;a++)if(t=arguments[a],"string"==typeof e)delete n[t];else
if(t.length)for(var o=0;o<t.length;o++)delete n[t[o]]},t.has=function(e){return
n.hasOwnProperty(e)},t.isEmpty=function(){var e=0;return
_ate.util.each(n,function(t,n){return this.data.hasOwnProperty(t)?(e=1,!1):void
0}),!!e},t.keys=function(){return
Object.keys(n)},t.clear=function(){n={}}}_ate.data||(_ate.data={}),_ate.data.Set=e()
,function(){function e(){}function t(){}function n(e){}function a(){return!0}function
o(e){try{return
e&&e.url?1===e.url?1===e.promoted?!1:w[e.url]!==m?w[e.url]:(w[e.url]=_ate.track.hist.seenBefore
(e.url),w[e.url]):!1}catch(t){}return!1}function i(e){function t(){for(var
t=0,a=[];if(r--,0===r){for(;t<c.length;)a=a.concat(c[t]),t++;if(0===a.length)return
g===b?void 0:(v=!1,d(b),void i(e));for(a=_ate.util.filter(a,function(e){return
e.promoted||!o(e)}),l=_ate.util.filter(l,function(e,t,n){return
t.features.length}),l.length||(l=[{features:[],name:"no-vector",weight:1}]),t=0;t<l.
length;t++)a=s(a,l[t]);e.callback(u(n(a,e))}}function
n(e){if(e=e||[],e.length&&_ate.uls&&window.JSON){if(m=localStorage.getItem(a)){try{m=
JSON.parse(m)}catch(t){}m.o?(w=m.o%10,m.o=w+2):m={o:2}}else
m={o:2};if(w>0)for(;w-->0;)arguments[0].push(arguments[0].shift());localStorage.
setItem(a,JSON.stringify(m))}return e}var
a,r=0,c=[],l=[],p=_ate.util.gUD(window.addthis_domain||e.domain||window.location.host
),A=e.pubid||_ate.pub(),m=!1,w=0;A&&(g||d(b),_ate.bt2||(v=!1,d(b)),a="__feed_"+A+"_"+
g.name,_ate.util.each(g.feed,function(e,n){r++,f(n,{pubid:A,domain:p},function(e,n){
return e?t():(c.push(e),void
t())}})),_ate.util.each(g.vector,function(e,n){r++,h(n,{pubid:A,domain:p},function(e,
n){return e?t():(l.push(n),void t())})}})}function
r(e){return((e||{}).pvector||{}).features||{}}function s(e,t,n){var a,o,i,s,c=new
_ate.data.Set,u=0,l=[];if(n){if(!(n instanceof Function))throw new Error("Matchrule
should be a function, got "+n)}else n=r;return
_ate.util.each(t.features||[],function(e,t){c.add(t.name,t.weight)}),_ate.util.each(e
,function(t,r){var
d=_ate.share.links.canonical;u=0,o=r.url||"",i=o.split("#").shift(),d&&d.indexOf(i)+i
.length===d.length||(s=n(r),_ate.util.each(s,function(e,t){a=c.get(t.name),a!==m&&(u+
=a+t.weight)}),e[t].score=u,o.score=u,l.push(r)}),t.features.length>0&&l.sort(
function(e,t){return t.score-e.score}),l}function c(e){return
e.ab=e.ab||_ate.ab,e.bt=e.bt||_ate.bt2,function(t){return
_ate.util.each(t,function(t,n){e[t]=n}),l(e)}}function u(e,t,n){n&&"function"==typeof
n||(n=1),t.total||(t.total=e.length);var a=0;return
_ate.util.each(e,function(e,o){t.pos=a++,t.url=o.url,o.url=n(t),o.title=o.title||""})
,e}function l(e){var t=e.url,n=e.pco,a=e.total,o=e.pos,i=e.ab||"-";return
t&&t.indexOf(/at_pco/)>-1&&(t=t&&t!==n?t.replace(/at_pco=.*/&/,"at_pco="+n+"&"):t,t.indexOf
("at_ab")>-1?"-I"==i&&(t=t.replace(/at_ab=(.*)&/,"at_ab="+i+"&")):t+="&at_ab="+(e.ab|
|_ate.ab),t.indexOf("at_pos")>-1?o!==m&&(t=t.replace(/at_pos=([0-9]+)/,"at_pos="+o)):
t+="&at_pos="+(o||0),t.indexOf("at_tot")>-1?a!==m&&(t=t.replace(/at_tot=([0-9]+)/,"
at_tot="+a)):t+="&at_tot="+(a||0),-1===t.indexOf("si")&&(t+="&at_si="+_ate.sid)),t}
function d(e){return!e||!e instanceof
Object?!1:v?!1:(v=!0,g=e,void(_ate.ab=g.name))}function p(){return
_ate.ab=name}function A(e,t,n){var
a,o,i,r=_ate.pub(),s=1;c=!0,u="";if(t=t||{},query=t.query||{},timeout=parseInt(t.
timeout,10)||4500,o=t.uid,!o)throw new Error("No uid provided");for(i in
query)query.hasOwnProperty(i)&&query[i]!==m&&(c?c=!1:u+="&",u+=encodeURIComponent(i)+
"="+encodeURIComponent(query[i]));c?c=!1:u+="&",u+="callback="+_ate.util.scb("fds",r+
o,function(e){var
t=Array.prototype.slice.call(arguments,0);s||(t.unshift(null),n.apply(this,t),s=!0,
clearTimeout(a))}),a=setTimeout(function(){n(new Error("Timed
out"),null),s=!0},4500),_ate.ajs(e+"?"+u,1,!0,!0,null,!0)}function f(e,t,n){var
a,o={},i=e.indexOf("view")>-1;if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new
Error("No feed
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m,domain:t.domain||m,limit:i?"25":m},o.uid=e,A(a,o,n)}function
h(e,t,n){var a,o={};if(t=t||{},t.pubid=t.pubid||_ate.pub(),!e)throw new Error("No
vector
provided");e.indexOf(".json")<0&&(e+=".json"),a="//q.addthis.com/feeds/1.0/"+e,o.
query={pubid:t.pubid||m},o.uid=e,A(a,o,n)}var
g,m,v=(window,_ate.abmp>=0,!1),w={},b={name:"per-2",feed:["views2"],vector:[],
```

144411

```
isProxy:l,r()},_ate._ater||{},_ate.data=_ate.data||{},_ate.reds={setTestCell:d,
getTestCell:b,_ad:a,configure:e,get:t,recommend:i,trend:n,decorator:c},_ate.dctu=l()
,_.start(_ate.ed)}var
en=window,un=en.addthis_config||{};en.addthis&&en.addthis.timer&&(en.addthis.timer.
core=(new
Date).getTime()),_ate._ssc=_ate._ssh=[],_ate.dat={},_ate._rec.push(function(e){var
t,n,a=_ate.dat.rdy;if(be(e,function(e,t){_ate.dat[e]=t}),e.rdy&&!a&&(_ate.xfr=1,_ate.
track.xtp()),e.ssc&&(_ate._ssc=e.ssc),e.sshs&&(e.sshs=e.sshs.replace(/\bpinterest\b/,
"pinterest_share"),t=en.addthis_ssh=_duc(e.sshs),_ate.gssh=1,_ate._ssh=t.split(",")),
_ate.ed.fire("addthis-internal.data.ssh",{},{ssh:t})),e.uss){e.uss=en.uss.replace(/\
bpinterest\b/,"pinterest_share");var
o=_ate._uss=_duc(e.uss).split(",");if(en.addthis_ssh){var
i={},r=[];for(o=o.concat(_ate._ssh),n=0;n<o.length;n++)t=o[n],i[t]||r.push(t),i[t]=1;
o=r}_ate._ssh=o,en.addthis_ssh=o.join(",")}if(e.ups)for(t=e.ups.split(","),_ate.ups={
},n=0;n<t.length;n++)if(t[n])var
s=ze(_duc(t[n]));_ate.ups[s.name]=s}if(e.uid&&(_ate.uid=e.uid,_ate.ed.fire("addthis-
internal.data.uid",{},{uid:e.uid})),e.bti&&(_ate.bti=e.bti,_ate.ed.fire("addthis-
internal.data.bti",{},{bti:e.bti})),en.addthis_bt2&&(_ate.bt2=en.addthis_bt2),!_ate.
bt2&&e.bt2&&(_ate.bt2=e.bt2,_ate.ed.fire("addthis-internal.data.bt2",{},{bt2:e.bt2}))
,e.bts&&(_ate.bts=parseInt(e.bts,10),_ate.ed.fire("addthis-internal.data.bts",{},{bts
:e.bts})),e.vts&&(_ate.vts=parseInt(e.vts,10),_ate.ed.fire("addthis-internal.data.vts
",{},{vts:e.vts})),e.geo){try{_ate.geo="string"==typeof
e.geo?_ate.util.geo.parse(e.geo):e.geo}catch(c){}_ate.ed.fire("addthis-internal.data.
geo",{},{geo:_ate.geo})}return
e.dbm&&(_ate.dbm=e.dbm),e.atgotcode&&(_ate.sau=e.atgotcode),e.rdy&&!a?void
_ate.ed.fire("addthis-internal.data.rdy"):void 0)},_ate._rec.push(function(e){var
t=(e||{}).remoteEvent;t&&t.type&&t.data&&_ate.ed.fire(t.type,{},t.data)});try{if(Lt.
du.indexOf(_atr)>-1){var ln=ze(tn.cookie,";");_ate._rec[_ate._rec.length-1](ln)}var
dn={},pn=_ate.util.gsp("addthis_widget.js");if("object"==typeof
pn){if(pn.provider&&(dn={provider:_ate.mun(pn.provider_code||pn.provider),auth:pn.
auth||pn.provider_auth||""},(pn.uid||pn.provider_uid)&&(dn.uid=pn.uid||pn.uid||pn.
provider_uid)),pn.logout&&(dn.logout=1),_ate.prv=dn),pn.headless&&(_atc.xcs=1),pn.dnp
&&(_ate.dcp=Number.MAX_VALUE),pn.dnt&&(_atc.xtr=1),_ate.util.pae(pn),_ate.util.pas(
_ate.util.pae),pn.domready&&(_atc.dr=1),pn.onready&&pn.onready.match(/[a-zA-Z0-9_\.\$
]+/))try{_ate.onr=_ate.evl(pn.onready)}catch(nn){T.error("addthis: onready function
("+pn.onready+") not
defined",nn)}pn.async&&(_atc.xol=1)}pn.delayupgrade?_atc.noup=1:(_atc.ver>=152||(en.
addthis_conf||{}).ver>=152)&&(_atc.ver=300),_ate.ed.fire("addthis-internal.params.
loaded",{},{geo:_ate.geo}),(en.addthis_conf||{}).xol&&(_atc.xol=1),en.
addthis_clickout&&_ate.lad(["cout"])}catch(nn){T.error("main",nn)}if(_adr.bindReady()
,en.JSON&&en.JSON.stringify?_adr.append(o):n.e(11,function(){T.debug("JSON not here,
adding json2"),n(684),_adr.append(o)}),function(){function e(e){return
_ate.unj&&!_ate.bro.msi?JSON.stringify(e):_ate.util.rtoKV(e,"&&","==")}function
t(e){if(!e||"string"!=typeof e)return e;if(!_ate.unj||0!==e.indexOf("{"))return
_ate.util.rfromKV(e,"&&","==");try{return JSON.parse(e)}catch(t){return
_ate.util.rfromKV(e)}}function n(e){var
n;if(!o||"".addthis.com"===e.origin.slice(-12)){if(!e.data)return;n=t(e.data),n.origin
=e.origin,a(n)}}function
a(e){e.addthisxf&&_ate.ed.fire(e.addthisxf,e.target||e.payload,e.payload)}var
o=!1,i=me,r=!1;Me(_ate,{xf:{upm:i,listen:function(){r||(i&&(-1===R.href.indexOf(".
addthis.com")&&(o=!0),en.attachEvent?(en.attachEvent("onmessage",n,!1),tn.attachEvent
("onmessage",n,!1)):en.addEventListener("message",n,!1),window.addthis._pml.push(n)),
r=!0)},send:function(t,n,a){i&&setTimeout(function(){t.postMessage(e({addthisxf:n,
payload:a}),"*")},0)}}})}(),an.addEventListener("addthis.emailShare.close",function()
{_ate.menu.close()}),_ate.xf.listen(),function(){function e(t){function
n(e){r.sort(function(t,n){return o(t,n,_ate.api.ASC,e)})}function
a(e){r.sort(function(t,n){return o(t,n,_ate.api.DSC,e)})}function o(e,t,n,a){var
o=e[a],i=t[a];return"string"!=typeof
o||isNaN(parseInt(o,10))?o>i?n?1:-1:o===i?0:n?-1:1:(o=parseInt(o,10),i=parseInt(i,10)
,n?o-o:o-i)}function i(){for(var
e={},t=0;t<r.length;t++)r[t].name?e[r[t].name]=r[t]:e[r[t]]=r[t];return e}var
r=t||[],s=0===r.length?{}:i(r),c=r;return
r._map=s,c.add=function(e){e&&(c.push(e),c._map[e.name||e]=e)},c.addOne=function(e){
if(e){if(c._map[e.name||e])return;c.add(e)}},c.toMap=function(e){e||(e="name");for(
var t={},n=0;n<r.length;n++)t[r[n][e]]=r[n];
return t},c.map=c.toMap,c.has=function(e){return
c.iskey(e)},c.hasKeys=function(e){if("string"==typeof
e&&(e=e.split(",")),0===e.length)return!1;for(var
```

144412

144412...

```
t=0){var length=4384;t(e.iskey(e[n]))return 1}return 0},c.iskey=function(e){if("
string"==typeof e&&(e=e.split(","),e instanceof Array)for(var
t=0;t<e.length;t++){var n=e[t].replace(/ /g,"");if(c._map[n])return 1}return
0},c.keys=function(e,t,o){||(t="name"),o||(o="score");var
i=[];e===_ate.api.ASC?n(o):a(o);for(var s=0;s<r.length;s++)i.push("object"==typeof
r[s]?r[s].name:r[s]);return i},c.top=function(e,t){t||(t="score"),a(t);for(var
n=[],o=0;o<Math.min(e||1,r.length);o++)n.push(r[o].name);return
n},c.filter=function(t){for(var
n=[],a=0;a<r.length;a++)_ate.util.each(t,function(e,t){r[a][e]===t&&n.push(r[a])});
return
e(n)},c}_ate.api.HIGH=3,_ate.api.MED=2,_ate.api.LOW=1,_ate.api.ASC=1,_ate.api.DSC=
_ate.api.DESC=0,_ate.data=_ate.data||{},_ate.data.OrderedSet=e}(),function(){function
e(e){if(!e||e.length<5||e.length>30)throw new Error("Service code must be between 5
and 30 characters.");if(-1===e.search(/^[a-zA-Z0-9_]+$/))throw new Error("Service
code must consist entirely of letters, numbers and
underscores.");return!0}an.logShare=function(t,n,a,o){var
i=o||addthis_config,r=a||addthis_share;i.product="hdl-300",r.imp_url=0;var
t=t||a&&a.url||addthis_share.url,s=_ate.track.dcu(t);s.rsc&&!n&&(n=s.rsc),e(n)&&(r.
url=t,_ate.share.track(n,0,r,i)),an.addClickTag=function(t,a,o,i){var
t=t||o&&o.url||addthis_share.url,r=n(24);return
e(a)&&(t=_ate.track.cur(r(t),a)),t}}(),window.addthis||(window.addthis={}),an.user=
function(){function e(e,t){return
we(["getID","getGeolocation","getServiceShareHistory"],e,t)}function t(e,t){return
function(n){setTimeout(function(){n(a[e]||$)},0)}}function
n(n){R||n&&n.rdy&&(null!==E&&clearTimeout(E),E=null,R=1,e(function(e,n,a){return
M[n]=M[n].queuer.flush(t.apply(an,e[a]),an),e},[["uid",""],["geo",""],["_ssh",[]]]))}
function o(){_=1,n({rdy:1})}function i(e){return
_ate.util.geo.isin(e,_ate.geo)}function r(e){return z.interests.iskey(e)}function
s(e){return z.tags.iskey(e)}function c(e){return z.tags.hasKeys(e)}function
i(e){return _ate.util.geo.isin(e,_ate.geo)}function
u(e){if(_ate.uud||_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:"rdy"}
),_ate.uud=1,R&&("en"===_ate.jlng()||window.addthis_translations)){_ate.share.
services.init(window.addthis_config),(window.addthis_options||"").replace(",more","")
.split(","),if(b())return void e(z);var t=[],n=_ate.cookie.tag.get();for(var a in
_ate.bti)t.push(_ate.bti[a]);z.interests=new _ate.data.OrderedSet,z.tags=new
_ate.data.OrderedSet(n);var o=new
_ate.data.OrderedSet;_ate.util.each(_ate._uss,function(e,t){o.addOne({name:t,score:an
.HIGH})}),_ate.util.each(_ate._ssc,function(e,t){o.addOne({name:e,score:t})}),z.
services=o,z.activity={},z.activity.social=_ate.bts,z.activity.view=_ate.vts,z.source
=m(),S.location=z.location=_ate.geo||{},z.location.contains=i,e&&e(z),_ate.ed.fire("
addthis.user.data",window.addthis||{},{})}else"en"===_ate.jlng()||window.
addthis_translations?setTimeout(function(){u(e)},100):(_ate.ed.addEventListener("
addthis.i18n.ready",function(){u(e)}),_ate.alg())}function l(e){u(e)}function
d(){return _ate.cookie.view.cla()>0}function p(e){var t=e;"string"==typeof
t&&(t=t.split(",")),_ate.cookie.tag.add(t)}function A(e,t){var n=function(n,a,o){var
i=Array.prototype.slice.call(arguments);return
_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e}),t.apply(this,i)};
return n}function
f(e){_ate.ed.fire("addthis-internal.api",window.addthis||{},{call:e})}function
h(){f("gti");var e=w(),t=[];return
_ate.util.each(e.behaviors,function(e,n){t.push(n.id)}),t}function g(){return
f("gts"),z.services}function m(){return f("gtt"),_ate.track.ts.get()}function
v(){return f("gtl"),z.location}function w(){var
e=_ate.bt2,t={};if(e){t={timeStamp:new
Date(1e3*parseInt(e.substring(0,8),16)),behaviors:[]};for(var
n,a=8,o=_ate.util.baseToDecimal;a+9<=e.length;){var
i={};n=e.substring(a,a+9),i.id=o(n.substring(0,4),64),i.bucketWidth=o(n.substring(4,5
),64),i.buckets=[o(n.charAt(5),64),o(n.charAt(6),64),o(n.charAt(7),64),o(n.charAt(8),
64)],t.behaviors.push(i),a+=9}}return t}function
b(){return"0000000000000000"===_ate.uid}function x(e){return
_ate._ssh&&_ate._ssh.indexOf(e)>-1||_ate._ssc&&_ate._ssc[e]}function C(e){var
t=m();if("social"===t.type){if(!e)return!1;if("string"==typeof e&&(e=e.split(",")),e
instanceof Array){for(var
n={},a=0;a<e.length;a++){if("all"===e[a]&&t.service&&Pt.list[t.service])return!0;n[e[
a]]=1}if(!n[t.service])return!1}return!0}return!1}function y(e){var
t,n=m();if("search"===n.type){if("string"==typeof e&&(e=e.split(",")),e instanceof
Array){var
a={};for(t=0;t<e.length;t++)a[e[t]]=1;if(n.terms&&n.terms.length)for(t=0;t<n.terms.
```

```
144412...  length,r=0;r<f.altInTerms[t];r++)return[l];return[0];return[0];return[l];}var
E,k=1e3,M={},R=0,_=0,z={tags:_ate.cookie.tag.get()};E=setTimeout(o,k),_ate._rec.push(
n),M.getData=l,M.getPreferredServices=function(e){var
t;"en"===_ate.jlng()||window.addthis_translations?(_ate.share.services.init(window.
addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),e(t)):(
_ate.ed.addEventListener("addthis.i18n.ready",function(){_ate.share.services.init(
window.addthis_config),t=(window.addthis_options||"").replace(",more","").split(","),
e(t)}),_ate.alg())};var
S={ready:u,isReturning:d,isOptedOut:A("ioo",b),isUserOf:A("iuf",x),hasInterest:r,
hasTag:s,hasTags:c,isLocatedIn:i,tag:p,interests:h,services:g,location:v,
parseBT2Cookie:w};return
an.session={source:m,isSocial:A("isl",C),isSearch:A("ish",y)},Me(M,S),e(function(e,t)
{return e[t]=new
an._Queuer(t).call,e},M}(),!window.addthis.osta){an.osta=1,window.addthis.cache={},
window.addthis.ed=_ate.ed,window.addthis.init=function(){_adr.onReady(),an.ready&&an.
ready()},window.addthis.cleanup=function(){_ate.util.each((window.addthis||{})._pml||
[],function(e,t){_ate.util.unlisten(window,"message",t)})},Me(window.addthis.util,{
getServiceName:Kt}),window.addthis.addEventListener=_ate.util.bind(_ate.ed.
addEventListener,_ate.ed),window.addthis.removeEventListener=_ate.util.bind(_ate.ed.
removeEventListener,_ate.ed),Me(an,_ate.api);var
An,fn,hn,gn,mn,tn=document,vn=0,wn=M,en=window,bn={},xn={},Cn={},yn=null,En=[],kn=[],
Mn=[],Rn={rss:"Subscribe"},_n={tweet:"Tweet",pinterest_share:"Pinterest",email:"Email
",mailto:"Email",print:"Print",favorites:"Favorites",twitter:"Tweet",digg:"Digg",more
:"View more
services"},zn={email_vars:1,passthrough:1,modules:1,templates:1,services_custom:1},Sn
={feed:1,more:0,email:0,mailto:1},Bn={feed:1,email:0,mailto:1,print:1,more:!_ate.bro.
ipa&&0,favorites:1},Dn={email:1,more:1};_ate.ed.addEventListener("addthis-internal.
data.ssh",function(){z("preferred_available",{once:!0}),gn=1}),se(function(e){if(e)
for(_n.email=_n.mailto=e[0][4],_n.print=e[0][22],_n.favorites=e[0][5],_n.more=e[0][2]
;Mn.length>0;)mn=Mn.pop(),mn&&mn.link&&mn.title&&(mn.link.title=_n[mn.title]||mn.link
.title)}),an.addEvents=function(e,t,n){if(e){var
a=e.onclick||function(){};(e.conf.data_ga_tracker||addthis_config.data_ga_tracker||e.
conf.data_ga_property||addthis_config.data_ga_property)&&(e.onclick=function(){return
_ate.gat(t,n,e.conf,e.share),a()})}},_ate.api.ptpa=Vt,_ate.gat=b,an.update=function(e
,t,a){var
o=n(16);if("share"===e){"url"===t&&_ate.usu(0,1),window.addthis_share||(window.
addthis_share={}),window.addthis_share[t]=a,Cn[t]=a;for(var i in an.links){var
r=an.links[i],s=new
RegExp("&"+t+"="+(.*)&"),c="&"+t+"="+B(a)+"&";!(r.conf||{}).follow&&r.nodeType&&(r.
share&&(r.share[t]=a),r.noh||(r.href=r.href.replace(s,c),-1===r.href.indexOf(t)&&(r.
href+=c)))}for(var i in an.ems){var
r=an.ems[i];r.href=o(addthis_share)}}else"config"===e&&(window.addthis_config||(
window.addthis_config={}),window.addthis_config[t]=a,xn[t]=a)},an._render=m,an.button
=function(e,t,n){t=t||{}},t.product||(t.product="men-300"),m(e,{conf:t,share:n},{
internal:"img"})},an.toolbox=function(e,t,a,o,i){function r(e,t,n){var
a=tn.ce(e);return a.className=t,n&&(a.id=n),a}for(var
s=_ate.util.select(e),c=0;c<s.length;c++){var
u,l=s[c],d=window.jQuery,p=g(l,t,a,o),A=document.ce("div");if(l.services={},l&&l.
className&&(p.conf.product||(p.conf.product="tbx"+(l.className.indexOf("32x32")>-1?"
32":l.className.indexOf("20x20")>-1?"20":"")+"-300"),l.className.indexOf("
peekaboo_style")>-1&&(_atc._ld_pkcss||n.e(9,function(){n(638),_atc._ld_pkrcss=1}),l.
peekaboo||(l.peekaboo=!0,l.onmouseover=function(){l.is_hovered=1,l.timeout=setTimeout
(function(){l.is_hovered&&(d?d(".addthis_peekaboo_style
ul").slideDown("fast"):l.getElementsByTagName("ul")[0].style.display="block")},500)},
l.onmouseout=function(){l.is_hovered=0,l.timeout&clearTimeout(l.timeout),l.timeout=
setTimeout(function(){l.is_hovered||(d?d(".addthis_peekaboo_style
ul").slideUp("fast"):l.getElementsByTagName("ul")[0].style.display="none")},500)})),l
.className.indexOf("floating_style")>-1&&(_atc._ld_barcss||(n.e(10,function(){n(636)}
),_atc._ld_barcss=1),!l.fixed)))){l.fixed=!0;for(var
f=r("DIV","at-floatingbar-inner"),a=r("DIV","at-floatingbar-share"),h=r("DIV","
addthis_internal_container"),l.childNodes.length>0)h.appendChild(l.firstChild);a.
appendChild(h),f.appendChild(a),l.appendChild(f),"BackCompat"===document.compatMode&&
_ate.bro.msi&&!i&&(l.setAttribute("className",l.className.replace("
addthis_floating_style","addthis_quirks_mode")),l.className.indexOf("
addthis_32x32_style")>-1?l.setAttribute("className",l.className+"
addthis_bar_vertical_medium"):l.className.indexOf("addthis_16x16_style")>-1?l.
setAttribute("className",l.className+"
addthis_bar_vertical_small"):l.className.indexOf("addthis_counter_style")>-1&&l.
```

```
setAttribute("className",1.className+"
addthis_bar_vertical_large"))}}&&l.getElementsByTagName&&(u=l.getElementsByTagName("a
"),u&&w(u,p.conf,p.share.!o,!o),l.appendChild(A)),A.className="atclear"}},an.ready=
function(e){an.ost||xt()||(an.ost=1,x(),_ate.ed.fire("addthis.ready",an),_ate.onr&&
_ate.onr(an),C(),_ate.share.sub(),e&&"function"==typeof
e&&e())},an.util.getAttributes=g,an.ad=Me(an.ad,_ate.ad),y(),_atc.xol?(C(),_adr.
isReady&&x()):_adr.append(function(){window.addthis.ready()}),_ate.ed.fire("addthis-
internal.ready",an)}window.addthis_open=function(){return"string"==typeof
iconf&&(iconf=null),_ate.ao.apply(_ate,arguments)},window.addthis_close=function(){
return"string"==typeof
iconf&&(iconf=null),_ate.ac.apply(_ate,arguments)},window.addthis_sendto=function(e,t
,n){t=t||{};var
a=t.ui_508_compliant||(_atw.conf||{}).ui_508_compliant||(window.addthis_config||{}).
ui_508_compliant;if(!a&&Wt(e)){if(Xt)return
window.event&&(window.event.returnValue=!1),jt(Ot(e,0,n,t),"_blank");Qt()}return
_ate.as.apply(_ate,arguments),!1},_atc.dr&&_adr.onReady(),_atc.abf&&addthis_open(
document.getElementById("ab"),"emailab",window.addthis_url||"[URL]",window.
addthis_title||"[TITLE]"),n(793)},function(e,t){e.exports=function(e){var
t={af:1,afr:"af",ar:1,ara:"ar",az:1,aze:"az",be:1,bye:"be",bg:1,bul:"bg",bn:1,ben:"bn
",bs:1,bos:"bs",ca:1,cat:"ca",cs:1,ces:"cs",cze:"cs",cy:1,cym:"cy",da:1,dan:"da",de:1
,deu:"de",ger:"de",el:1,gre:"el",ell:"ell",en:1,eo:1,es:1,esl:"es",spa:"spa",et:1,est
:"et",eu:1,fa:1,fas:"fa",per:"fa",fi:1,fin:"fi",fo:1,fao:"fo",fr:1,fra:"fr",fre:"fr",
ga:1,gae:"ga",gdh:"ga",gl:1,glg:"gl",gu:1,he:1,heb:"he",hi:1,hin:"hin",hr:1,ht:1,hy:1
,cro:"hr",hu:1,hun:"hu",id:1,ind:"id",is:1,ice:"is",it:1,ita:"it",iu:1,ike:"iu",iku:"
iu",ja:1,jpn:"ja",km:1,ko:1,kor:"ko",ku:1,lb:1,ltz:"lb",lt:1,lit:"lt",lv:1,lav:"lv",
mk:1,mac:"mk",mak:"mk",ml:1,mn:1,ms:1,msa:"ms",may:"ms",nb:1,nl:1,nla:"nl",dut:"nl",
no:1,nds:1,nn:1,nno:"no",oc:1,oci:"oc",pl:1,pol:"pl",ps:1,pt:1,por:"pt",ro:1,ron:"ro"
,rum:"ro",ru:1,rus:"ru",sk:1,slk:"sk",slo:"sk",sl:1,slv:"sl",sq:1,alb:"sq",sr:1,se:1,
si:1,ser:"sr",su:1,sv:1,sve:"sv",sw:1,swe:"sv",ta:1,tam:"ta",te:1,teg:"te",th:1,tha:"
th",tl:1,tgl:"tl",tn:1,tr:1,tur:"tr",tpi:1,tt:1,uk:1,ukr:"uk",ur:1,urd:"ur",vi:1,vec:
1,vie:"vi","zh-cn":1,"zh-hk":1,"chi-hk":"zh-hk","zho-hk":"zh-hk","zh-tr":1,"chi-tr":"
zh-tr","zho-tr":"zh-tr","zh-tw":1,"chi-tw":"zh-tw","zho-tw":"zh-tw",zh:1,chi:"zh",zho
:"zh"};return
t[e]?t[e]:(e=e.split("-").shift(),t[e]?1===t[e]?e:t[e]:0)}},function(e,t,n){"use
strict";function a(e,t){var
n=s((e||r()).toLowerCase());0===n.indexOf("en")||_ate.pll&&!t||(i(_atr+"static/lang/"
+n+".js",c=!0))}function o(){return c}var
i=n(17),r=n(21),s=n(149),c=!1;e.exports={get:a,wasRequestMade:o}},function(e,t,n){var
a=n(21),o=n(43);e.exports=function i(e){var t=window.addthis_translations;o(e
instanceof Function,"callback must be a
function"),0===a().indexOf("en")?e():t?e():t(setTimeout(function(){i(e)},100))}},
function(e,t,n){"use strict";function a(e,t){var
n=i("viber",e,t,!1,!0);return"viber://forward?text="+(e.title?encodeURIComponent(e.
title)+"%20":"")+encodeURIComponent(n)}var
o=n(1),i=n(11),r=n(52);e.exports=function(e,t){o("iph")||o("ipa")||o("dro")?window.
location=a(e,t):(e.service="email",r(e,t))},e.exports.getViberURL=a},function(e,t,n){
"use strict";function
a(){this.initialized=!1,this.location=null,this.readyCallbacks=[]}var
o=n(98).decodeGeo;a.prototype={start:function(e){if(!this.initialized){this.
initialized=!0;var
t=this;e.ed.addEventListener("addthis.lojson.response",function(e){t.set(e.data.loc)}
)}},get:function(){return this.location},set:function(e){this.location=o(e);for(var
t=0;t<this.readyCallbacks.length;t++)this.readyCallbacks[t](this.location)},loaded:
function(){return!!this.location},onReady:function(e){return
this.loaded()?e(this.location):void this.readyCallbacks.push(e)}},e.exports=new
a},function(e,t,n){var a=n(76);e.exports=function(e){var
t=".com/",n=".org/",o=(e||"").toLowerCase(),i=0;return
o&&o.match(/ws\/results\/(web|images|video|news)/)?i=1:o&&o.indexOf(!1)&&(o.match(/
google.*\/(search|url|aclk|m\?)/)||o.indexOf("/pagead/aclk?")>-1||o.indexOf(t+"url")>
-1||o.indexOf(t+"l.php")>-1||o.indexOf("/search?")>-1||o.indexOf("/search/?")>-1||o.
indexOf("search?")>-1||o.indexOf("yandex.ru/clck/jsredir?")>-1||o.indexOf(t+"search")
>-1||o.indexOf(n+"search")>-1||o.indexOf("/search.html?")>-1||o.indexOf("search/
results.")>-1||o.indexOf(t+"s?bs")>-1||o.indexOf(t+"s?wd")>-1||o.indexOf(t+"mb?search
")>-1||o.indexOf(t+"mvc/search")>-1||o.indexOf(t+"web")>-1||o.match(/aol.*\/aol/)||o.
indexOf("hotbot"+t)>-1)&&0!=a(e)&&(i=1),Boolean(i)}},function(e,t,n){"use strict";var
a=n(65);e.exports=function(e){return void 0!==a[e]}},function(e,t,n){"use strict";var
a=n(824),o=n(817),i=n(7),r=n(36),s=n(52),c=n(818),u=n(87),l=n(819),d=n(153),p=n(152),
A=n(16),f=n(24),h=n(124),g=n(11),m=n(137),v=n(79),w=n(45),b=n(1),x=n(22),C=n(34),y=n(
```

144412...

```
9),E=n(4),A=n(48),M=n(5),P=window;_document;_e.exports=function(e,t){var
n=R.addthis_config?E(R.addthis_config):{},z=R.addthis_share?E(R.addthis_share):{};
switch(t=t||{},n.product=t.product,z.hideEmailSharingConfirmation=t.
hideEmailSharingConfirmation,n.pubid=y(),z.service=e,z.media=void
0!==t.media?t.media:z.media,z.url=void 0!==t.url?t.url:z.url,z.title=void
0!==t.title?t.title:z.title,z.description=void
0!==t.description?t.description:z.description,z.passthrough=void
0!==t.passthrough?t.passthrough:z.passthrough,e){case"addthis":case"more":case"bkmore
":case"compact":n.ui_pane="",w(_.body,"more","","","",n,z);break;case"mailto":R.location
.href=A(z,n,1);break;case"email":z.email_template=t.email_template||t.email_template,
z.email_vars=t.email_vars||z.email_vars,s(z,n);break;case"pinterest":case"
pinterest_share":a(z,n),addthis.menu.close();break;case"thefancy":r(e,z,n),o(),
addthis.menu.close();break;case"favorites":var
S=z.url,B=z.title,D=b("win")?"Control":"Command",U=z.share_url_transforms||z.
url_transforms,I="Press <"+D+">D to bookmark in
";B=k(B),S=f(S),S=C(S,U,z,e),S=g(e,z,n,S,1),b("ipa")?alert("Tap the <plus> to
bookmark in
Safari"):b("saf")||b("chr")?alert(I+(b("chr")?"Chrome":"Safari")):b("opr")?alert(I+"
Opera"):b("msedge")?alert(I+"Edge"):b("ffx")&&!R.sidebar.addPanel?alert(I+"Firefox"):
_.all?R.external.AddFavorite(S,B):R.sidebar.addPanel(B,S,"");break;case"print":r(e,z,
n),l();break;case"link":c(z,n);break;case"viber":u(z,n);break;case"slack":d(z,n);
break;case"skype":p(z,n);break;default:"twitter"===e&&(z.title=window.
encodeURIComponent(z.title),h(e))?v(e,z,n):_ate.share.inBm()||t.defaultShareToNewTab?
x(i(e,0,z,n),"_blank"):m(e,z,n)}M(z.service)||addthis.ed.fire("addthis.menu.share",
addthis,z),_ate.gat(e,z.url,n,z)}},function(e,t,n){"use strict";var
a=n(169),o=n(1);e.exports=function(){var
e=document.documentElement||{},t=window.screen,n=0;return
o("mob")&&a(t.availHeight)?n=t.availHeight:a(window.innerHeight)?n=window.innerHeight
:a(e.clientHeight)&&(n=e.clientHeight),n}},function(e,t){function
n(e){return"function"==typeof l.querySelector?l.querySelector(e)||null:null}function
a(e){return"function"==typeof
l.querySelectorAll?l.querySelectorAll(e)||[]:[]}function o(e){var
t,n=(e||{}).childNodes,a=e.textContent||e.innerText||"",o=/^\s*$/;if(!a)if(!n)return
"";for(t=0;t<n.length;t++)if(e=n[t],"#text"===e.nodeName&&!o.test(e.nodeValue)){a=e.
nodeValue;break}}return a}function i(e){if("string"==typeof e){var
t=e.substr(0,1);"#"===t?e=l.getElementById(e.substr(1)):"."===t&&(e=c(d,"*",e.substr(
1)))}return e?e instanceof Array||(e=[e]):e=[],e}function
r(e,t){if(e=(e||{}).parentNode,!t||!e)return
e;if(0===t.indexOf("."))for(t=t.substr(1);e.parentNode&&(e.className||"").indexOf(t)<
0;)e=e.parentNode;else
if(0===t.indexOf("#"))for(t=t.substr(1);e.parentNode&&(e.id||"").indexOf(t)<0;)e=e.
parentNode;return e}function s(e,t,n,a,o){t=t.toUpperCase();var
i,r,s=document,c=e===d&&u[t]?u[t]:(e||d||s.body).getElementsByTagName(t),l=[];if(e===
d&&(u[t]=c),o)for(i=0;i<c.length;i++)r=c[i],(r.className||"").indexOf(n)>-1&&l.push(r
);else{n=n.replace(/\-/g,"\\-");var p=new
RegExp("\\b"+n+(a?"\\w*":"")+"\\b");for(i=0;i<c.length;i++)r=c[i],p.test(r.className)
&&l.push(r)}return l}function c(e,t,n){e=e||document,"*"===t&&(t=null);for(var
a,o=l.getElementsByClassName?function(e,t){return
e.getElementsByClassName(n)}:l.querySelectorAll?function(e,t){return
l.querySelectorAll("."+n)}:function(){return[]},i=o(e,n),r=t?new
RegExp("\\b"+t+"\\b","i"):null,s=[],c=0,u=i.length;u>c;c+=1)a=i[c],(!r||r.test(a.
nodeName))&&s.push(a);return s}var
u={},l=document,d=l.body;e.exports={querySelector:n,querySelectorAll:a,
getElementsByClassPrefix:s,select:i,getParent:r,getText:o}},function(e,t,n){"use
strict";function a(e){return e&&e._esModule?e:{"default":e}}t._esModule=!0;var
o=n(1),i=a(o),r="facebook,twitter,print,email,pinterest_share,gmail,
google_plusone_share,linkedin,mailto,tumblr",s="facebook,twitter,mailto,
pinterest_share,whatsapp,google_plusone_share,print,gmail,linkedin,google",c=window.u
=function(){return
c.addthis_services_loc_mob?c.addthis_services_loc_mob:s},l=function(){return
c.addthis_services_loc?c.addthis_services_loc:r},d=function(){var
e=i["default"]("mob")?u():l();return
i["default"]("xp")||i["default"]("mob")?e.replace(/email/g,"mailto"):e};t.
getPopServices=d;var p=function(){return
d().split(",")}};t.getPopServicesArray=p},function(e,t,n){"use strict";var
a=n(625),o={},i={getPCOs:function(){return a(o)},addPCO:function(e){var
t;!o[e]&&"string"==typeof
e&&/[a-zA-Z]/.test(e)&&(t=e.match(/[0-9\-]/),t&&(e=e.slice(0,t.index)),o[e]=e)},empty
```

144412...

```
:function()(o={})?),e.exports=i},function(e,t){"use
strict";e.exports=function(e,t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}},function(e,t,n){"use
strict";function a(e){var t=e.params||{};return
e.sendVisitID&&(t.uvs=o.getID()),e.sendPubID&&(t.pub=r()),e.sendDomainPort&&(t.dp=i(c
.du)),e.sendClientVersion&&window._atc.rev&&(t.rev=window._atc.rev),t}var
o=n(146),i=n(8).getDomainNoProtocol,r=n(9),s=n(44),c=n(131),n(6);e.exports=function
(e,t,n){var o,i,r=a(t||{});return o=s(r),i=new
Image(1,1),n&&(i.onload=n,i.onerror=n),o?e.indexOf("?")>-1?i.src=e+"&"+o:i.src=e+"?"+
o:i.src=e,i},function(e,t,n){"use strict";function a(e){return
e?(e.indexOf("%")>-1&&(e=e.indexOf(",")>-1&&(e=e.split(",")[1]),e=s.atob(e)):""
}function o(e){var t,n,a={};return
e=e.toUpperCase(),a.zip=e.substring(0,5),a.continent=e.substring(5,7),a.country=e.
substring(7,9),a.province=e.substring(9,11),t=e.substring(11,15),"0000"!==t&&(a.lat=(
parseInt(t)/10-180).toFixed(1)),n=e.substring(15,19),"0000"!==n&&(a.lon=(parseInt(n)/
10-180).toFixed(1)),a.dma=e.substring(19,22),a.msa=e.substring(22,26),a.networkType=e
.substring(26,27),a.throughput=e.substring(27,28),a}function i(e){var
n,a;for(e=e.toUpperCase().split(","),n=0;n<e.length;n++){a=e[n].replace(/ /g,"");var
o=t.zip===a||t.continent===a;if(o||t.country===a)return 1}return
0}function r(e){var t="networkType: "+e.networkType()+" continent: ";return
t+=e.continent()+" country: "+e.country()+" DMA: ",t+=e.dma()+" latitude:
"+e.latitude()+" longitude: ",t+=e.longitude()+" MSA: "+e.msa()+" province:
",t+=e.province()+" throughput: "+e.throughput(),t+=" ZIP: "+e.zip()}var
s=n(37),c=window,u=c.decodeURIComponent;e.exports={decodeGeo:a,parseGeo:o,isLocatedIn
:i,toString:r}},function(e,t){"use strict";e.exports=function(e,t){return new
RegExp(" "+t+" ").test(" "+e.className+" ")}},function(e,t,n){var
a=n(7),o=n(5).makeCUID,i=n(17),r=n(14);e.exports=function(e,t,n,s,c){var
u,l=r(n)||{},d=r(s)||{};l.xid||(l.xid=o()),d.hdl=1,u=a(e,t,l,d),i(u,1),c||_ate.share.
notify(e,l,s,null,t)}},function(e,t,n){"use strict";function
a(){this._hasMountedExpandedMenu=!1,this._menuConfig={},this._menuShare={},this.
_crossWindowCommunicator=null,this._onWindowClose=null,this.lastOpened=null}var
o=n(1),i=n(14),r=n(103),s=n(13),c=n(4),u=n(3),l=n(107),d=n(94),p=n(11),A=n(721),f=n(
717),h=n(723),g=n(16),m=n(19),v=null;a.prototype={renderDesktopExpandedMenu:function(
e,t,n,a){l(function(o){var
i=o.createExpandedMenu,s=o.ExpandedMenuControllerView,c={allServices:_atw.list,
customServicesCss:_atw.css,documentBodyClassName:document.body.className,
documentElementClassName:document.documentElement.className,eventDispatcher:addthis.
ed,hostNodeId:e,isBrandingReduced:m.isBrandingReduced(),initialInnerPane:t,
initialMenuShare:n,initialMenuConfig:a,topServices:r((_ate.cookie.rck("uss")||"").
split(","),r((window.addthis_options||"").replace(",more","").split(","),d.
getPopServicesArray())));i(s,c)})},open:function(e,t,n,a,r){var
s,c;A(t,n),s=i(_ate.menu._menuConfig),c=i(_ate.menu._menuShare),o("mob")?_ate.menu.
openMobileVersion(c,s,a,r):_ate.menu.openDesktopVersion(c,s),_ate.menu.
trackMenuOpened(n,t,c,s)},openMobileVersion:function(e,t,n,a){var
o,i={allServices:_atw.list,customServicesCss:_atw.css,isBrandingReduced:m.
isBrandingReduced(),isMobile:!0,initialInnerPane:t.ui_pane||"expanded",
initialMenuShare:e,initialMenuConfig:n,mailtoUrl:g(e,t,!1),topServices:r((_ate.cookie
.rck("uss")||"").split(","),r((window.addthis_options||"").replace(",more","").split(
",")),d.getPopServicesArray()),trackUrlForCopyLink:p("link",e,t)};if(this.
_crossWindowCommunicator){if(!n||!a)try{this._crossWindowCommunicator.
tellTargetCloseWindow()}catch(l){c.warn(l)}this._crossWindowCommunicator.cleanup()}
this._crossWindowCommunicator=f(i,n,a),this._crossWindowCommunicator.onCleanup(_ate.
menu.close),o=h(this._crossWindowCommunicator,_ate.ed,s(_ate.menu.open,this,null,t,e)
),this._crossWindowCommunicator.setListener(o),this._onWindowClose||(this.
_onWindowClose=this._windowCloseHandler.bind(this),u.listen(window,"beforeunload",
this._onWindowClose),u.listen(window,"unload",this._onWindowClose)),
openDesktopVersion:function(e,t){this._hasMountedExpandedMenu?_ate.ed.fire("addthis.
expanded.reopen",null,{pane:t.ui_pane||"expanded",menuShare:e,menuConfig:t}):(this.
_hasMountedExpandedMenu=!0,this.renderDesktopExpandedMenu("at-expanded-menu-host",t.
ui_pane||"expanded",e,t))},trackMenuOpened:function(e,t,n,a){n.smd&&n.smd.sta&&_ate.
track.uns(n.smd.sta),this.lastOpened=e&&e.service&&"email"===e.service||a&&"email"===
a.ui_pane?"email":"expanded",_ate.ed.fire("addthis.menu.open",window.addthis||{},{
pane:this.lastOpened,url:t&&t.url||n&&n.url||"",title:t&&t.title||n&&n.title||"",conf
:t,share:e}}},close:function(){_ate.menu._crossWindowCommunicator=null,_ate.ed.fire("
addthis.menu.close",window.addthis||{},{pane:_ate.menu.lastOpened}),_ate.menu.
lastOpened=void
0},_windowCloseHandler:function(){this._crossWindowCommunicator&&(this.
_crossWindowCommunicator.tellTargetCloseWindow(),this.close()),u.unlisten(window,"
```

```
beforeunload",this._onWindowClose),d.unlisten(window,"unload",this._onWindowClose),
this._onWindowClose=null)},e.exports=function(){return v||(v=new
a),v}},function(e,t,n){var
a,o=n(1),i=n(2),r=window,s=document,c={isBound:0,isReady:0,readyList:[],onReady:
function(){var
e;if(!c.isReady){e=c.readyList.concat(r.addthis_onload||[]),c.isReady=1;for(var
t=0;t<e.length;t++)e[t].call(r);c.readyList=[]}},addLoad:function(e){var
t=r.onload;"function"!=typeof
r.onload?r.onload=e:r.onload=function(){t&&t(),e()}},bindReady:function(){if(!c.
isBound&&!_atc.xol){if(c.isBound=1,"complete"===s.readyState)return void
setTimeout(c.onReady,1);s.addEventListener&&!o("opr")&&s.addEventListener("
DOMContentLoaded",c.onReady,!1);var
e=r.addthis_product;if(e&&e.indexOf("f")>-1)return void
c.onReady();if(o("msi")&&!o("ie9")&&r===r.parent&&!function(){if(!c.isReady){try{s.
documentElement.doScroll("left")}catch(e){return void
setTimeout(arguments.callee,0)}c.onReady()}}(),o("opr")){var
t=!0,n=function(){c.isReady||((i(s.styleSheets,function(e,a){return
a.disabled?(t=!1,setTimeout(n,0),!1):void
0}),t&&c.onReady())};s.addEventListener("DOMContentLoaded",n,!1)}if(o("saf")){var
u;!function(){if(!c.isReady){if("loaded"!==s.readyState&&"complete"!==s.readyState)
return void setTimeout(arguments.callee,0);if(u===a){for(var
e=s.gn("link"),t=0;t<e.length;t++)"stylesheet"===e[t].getAttribute("rel")&&u++;var
n=s.gn("style");u+=n.length}return s.styleSheets.length!=u?void
setTimeout(arguments.callee,0):void
c.onReady()}}()}c.addLoad(c.onReady)}},append:function(e){c.bindReady(),c.isReady?e.
call(r,[]):c.readyList.push(function(){return
e.call(r,[])})}};e.exports=c},function(e,t){e.exports=function(e,t){var
n,a={};for(n=0;n<e.length;n++)a[e[n]]=1;for(n=0;n<t.length;n++)a[t[n]]||(e.push(t[n])
,a[t[n]]=1);return e}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){var t=arguments.length<=1||void
0===arguments[1]?r.FILE_FORMAT_SVG:arguments[1];c["default"]("string"==typeof
e,"Invalid required argument `service`. Got %s, expected
string.",e),c["default"](t===r.FILE_FORMAT_PNG||t===r.FILE_FORMAT_SVG,"Invalid file
format specified: %s. See service-icons/src/constants/file-formats.js for
details.",t);var n=A(e);return
m[n]=1,t===r.FILE_FORMAT_SVG?p["default"](n):l["default"](n)}function i(){var
e=[];for(var t in m)e.push(t);return
e}t.__esModule=!0,t["default"]=o,t.getIncludedIcons=i;var
r=n(710),s=n(43),c=a(s),u=n(711),l=a(u),d=n(616),p=a(d),A=n(619).getIconCode,f=
document.createElement("style"),h=document.body||document.getElementsByTagName("head"
)[0],g=0,m={};f.id="service-icons-"+g++,h.appendChild(f)},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(81),i=n(51),r=n(728),s=a(r),c=n(715),u=a(c),l=n(714),d=a(l);t["default"]=new
s["default"]("//m.addthis.com/live/red_lojson/300lo.json").always("si").required("bl"
,d["default"]).optional("pdt",d["default"]).optional("sid").optional("pub").optional(
"rev").optional("ln").always("pc").optional("cb",u["default"](0,1)).optional("adu6").
optional("uud",u["default"](1)).optional("ab").always("dp").optional("dr").optional("
fp").required("fr",function(e){return"string"==typeof
e}).optional("pro",u["default"](1)).optional("fcu").always("of",u["default"](0,1,2,3,
4)).optional("nt").optional("tr").optional("sr").optional("pd",u["default"](0,1)).
always("irt",u["default"](0,1)).optional("vcl",u["default"](0,1,2,3)).optional("md",u
["default"](0,1,2)).optional("ct",u["default"](0,1)).optional("tct",u["default"](0,1)
).optional("abt",u["default"](0,1)).optional("cdn",u["default"](0,1,2,3)).optional("
lnlc").optional("at3no",u["default"](1)).optional("pi",d["default"]).optional("vr",d[
"default"]).always("rb",function(e){var
t=i.DIRECT|i.SEARCH|i.ON_DOMAIN|i.OFF_DOMAIN;return
e|t===t}).always("gen",u["default"](o.VIEW,o.POP,o.SHARE,o.FOLLOW,o.COMMENT,o.CUSTOM)
).optional("chr").optional("mk",function(e){try{return
e.split(",",!0)}catch(t){return!1}}).optional("ref").required("colc",d["default"]).
optional("wpv").optional("wpbv").optional("addthis_plugin_info").required("jsl",d["
default"]).optional("uvs",/^[0-9a-f]{19}$/).required("skipb",u["default"](0,1)).force
(!0).jsonp("callback"),e.exports=t["default"]},function(e,t,n){"use
strict";t.__esModule=!0;var a=n(6),o=function(e){return
0===e.indexOf("www.")?e.substr(4):e},i=function(e,t){for(var n=!0;n;){var
a=e,i=t;if(n=!1,a.toLowerCase()===i.toLowerCase())return!0;if(o(a.toLowerCase())===o(
i.toLowerCase()))return!0;if(!(i.indexOf(":")>-1))return!1;e=a,t=i.split(":")[0],n=!0
}};t["default"]=function(e){if(!e||0===e.length)return!0;for(var
t=n(33)(a.du),o=t.domain,r=0;r<e.length;r++){var
```

144412… s=e[r],s.l(r,s,o))return r}return[]}},e.exports=t["default"]},function(e,t,n){"use
… strict";function a(e){e=e||function(){},n.e(2,function(t){var
… a={createExpandedMenu:n(628),ExpandedMenuControllerView:n(631)};n(839)(e.bind(null,a)
… )})}t.__esModule=!0,t["default"]=a,e.exports=t["default"]},function(e,t){"use
… strict";t.__esModule=!0,t["default"]={CROSS_WINDOW_TARGET_STOP_LISTENING:"
… CROSS_WINDOW_TARGET_STOP_LISTENING",CROSS_WINDOW_TARGET_CLOSE_WINDOW:"
… CROSS_WINDOW_TARGET_CLOSE_WINDOW",CROSS_WINDOW_TARGET_STORAGE_KEY:"
… CROSS_WINDOW_TARGET_STORAGE_KEY",CROSS_WINDOW_HANDSHAKE_KEY:"
… CROSS_WINDOW_HANDSHAKE_KEY",CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN:"
… CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN"},e.exports=t["default"]},function(e,t,n){var
… a={},o={};a.aim=function(e){e(n(640))},o.aim=function(e){n.e(242,function(){e(n(382))
… })},a.delicious=function(e){e(n(643))},o.delicious=function(e){n.e(210,function(){e(n
… (414))})},a.digg=function(e){e(n(644))},o.digg=function(e){n.e(207,function(){e(n(417
… ))})},a.facebook=function(e){e(n(646))},o.facebook=function(e){n.e(191,function(){e(n
… (433))})},a.google=function(e){e(n(649))},o.google=function(e){n.e(172,function(){e(n
… (452))})},a.hatena=function(e){e(n(651))},o.hatena=function(e){n.e(166,function(){e(n
… (458))})},a.linkedin=function(e){e(n(654))},o.linkedin=function(e){n.e(142,function()
… {e(n(482))})},a.meneame=function(e){e(n(657))},o.meneame=function(e){n.e(131,function
… (){e(n(493))})},a.reddit=function(e){e(n(664))},o.reddit=function(e){n.e(94,function(
… ){e(n(530))})},a.stumbleupon=function(e){e(n(666))},o.stumbleupon=function(e){n.e(66,
… function(){e(n(558))})},a.tumblr=function(e){e(n(668))},o.tumblr=function(e){n.e(49,
… function(){e(n(575))})},a.twitter=function(e){e(n(669))},o.twitter=function(e){n.e(47
… ,function(){e(n(577))})},a.myspace=function(e){e(n(659))},o.myspace=function(e){n.e(
… 124,function(){e(n(500))})},a.livejournal=function(e){e(n(655))},o.livejournal=
… function(e){n.e(140,function(){e(n(484))})},a.gmail=function(e){e(n(648))},o.gmail=
… function(e){n.e(174,function(){e(n(450))})},a.yahoomail=function(e){e(n(674))},o.
… yahoomail=function(e){n.e(24,function(){e(n(600))})},a.blogger=function(e){e(n(641))}
… ,o.blogger=function(e){n.e(227,function(){e(n(397))})},a.wordpress=function(e){e(n(
… 672))},o.wordpress=function(e){n.e(27,function(){e(n(597))})},a.oknotizie=function(e)
… {e(n(661))},o.oknotizie=function(e){n.e(113,function(){e(n(511))})},a.print=function(
… e){e(n(663))},o.print=function(e){n.e(102,function(){e(n(522))})},a.favorites=
… function(e){e(n(647))},o.favorites=function(e){n.e(185,function(){e(n(439))})},a.
… email=function(e){e(n(645))},o.email=function(e){n.e(196,function(){e(n(428))})},a.
… wykop=function(e){e(n(673))},o.wykop=function(e){n.e(26,function(){e(n(598))})},a.
… viadeo=function(e){e(n(670))},o.viadeo=function(e){n.e(42,function(){e(n(582))})},a.
… bobrdobr=function(e){e(n(642))},o.bobrdobr=function(e){n.e(224,function(){e(n(400))})
… },a.tuenti=function(e){e(n(667))},o.tuenti=function(e){n.e(50,function(){e(n(574))})}
… ,a.mailto=function(e){e(n(656))},o.mailto=function(e){n.e(139,function(){e(n(485))})}
… ,a.mymailru=function(e){e(n(658))},o.mymailru=function(e){

144413… n.e(125,function(){e(n(499))})},a.vk=function(e){e(n(671))},o.vk=function(e){n.e(36,
… function(){e(n(588))})},a.odnoklassniki_ru=function(e){e(n(660))},o.odnoklassniki_ru=
… function(e){n.e(114,function(){e(n(510))})},a.jappy=function(e){e(n(653))},o.jappy=
… function(e){n.e(154,function(){e(n(470))})},a.google_plusone_share=function(e){e(n(
… 650))},o.google_plusone_share=function(e){n.e(170,function(){e(n(454))})},a.
… pinterest_share=function(e){e(n(662))},o.pinterest_share=function(e){n.e(106,function
… (){e(n(518))})},a.instagram=function(e){e(n(652))},o.instagram=function(e){n.e(158,
… function(){e(n(466))})},a.rss=function(e){e(n(665))},o.rss=function(e){n.e(89,
… function(){e(n(535))})},a.youtube=function(e){e(n(675))},o.youtube=function(e){n.e(17
… ,function(){e(n(607))})},a.addthis=function(e){e(n(639))},o.addthis=function(e){n.e(
… 246,function(){e(n(378))})},a.amazonwishlist=function(e){n.e(445,function(){e(n(178)
… ))})},o.amazonwishlist=function(e){n.e(241,function(){e(n(383))})},a.bitly=function(e){
… n.e(434,function(){e(n(189))})},o.bitly=function(e){n.e(230,function(){e(n(394))})},a
… .blogmarks=function(e){n.e(430,function(){e(n(193))})},o.blogmarks=function(e){n.e(
… 225,function(){e(n(399))})},a.diigo=function(e){n.e(413,function(){e(n(210))})},o.
… diigo=function(e){n.e(205,function(){e(n(419))})},a.faves=function(e){n.e(396,
… function(){e(n(227))})},o.faves=function(e){n.e(186,function(){e(n(438))})},a.
… netvibes=function(e){n.e(343,function(){e(n(280))})},o.netvibes=function(e){n.e(120,
… function(){e(n(504))})},a.netvouz=function(e){n.e(342,function(){e(n(281))})},o.
… netvouz=function(e){n.e(119,function(){e(n(505))})},a.newsvine=function(e){n.e(340,
… function(){e(n(283))})},o.newsvine=function(e){n.e(117,function(){e(n(507))})},a.
… nujij=function(e){n.e(339,function(){e(n(284))})},o.nujij=function(e){n.e(116,
… function(){e(n(508))})},a.thisnext=function(e){n.e(282,function(){e(n(341))})},o.
… thisnext=function(e){n.e(52,function(){e(n(572))})},a.hotmail=function(e){n.e(377,
… function(){e(n(246))})},o.hotmail=function(e){n.e(162,function(){e(n(462))})},a.
… aolmail=function(e){n.e(443,function(){e(n(180))})},o.aolmail=function(e){n.e(239,
… function(){e(n(385))})},a.googletranslate=function(e){n.e(169,function(){e(n(240))})}
… ,o.googletranslate=function(e){n.e(169,function(){e(n(455))})},a.typepad=function(e){
… n.e(279,function(){e(n(344))})},o.typepad=function(e){n.e(46,function(){e(n(578))})},

144413…

```
a.yammer=function(e){n.e(26,function(){e(n(382))})},o.yammer=function(e){n.e(23,
function(){e(n(601))})},a.oyyla=function(e){n.e(336,function(){e(n(287))})},o.oyyla=
function(e){n.e(111,function(){e(n(513))})},a.favoritus=function(e){n.e(395,function(
){e(n(228))})},o.favoritus=function(e){n.e(184,function(){e(n(440))})},a.startaid=
function(e){n.e(300,function(){e(n(323))})},o.startaid=function(e){n.e(71,function(){
e(n(553))})},a.svejo=function(e){n.e(291,function(){e(n(332))})},o.svejo=function(e){
n.e(61,function(){e(n(563))})},a.symbaloo=function(e){n.e(290,function(){e(n(333))})}
,o.symbaloo=function(e){n.e(60,function(){e(n(564))})},a.yoolink=function(e){n.e(258,
function(){e(n(365))})},o.yoolink=function(e){n.e(20,function(){e(n(604))})},a.youmob
=function(e){n.e(256,function(){e(n(367))})},o.youmob=function(e){n.e(18,function(){e
(n(606))})},a.n4g=function(e){n.e(345,function(){e(n(278))})},o.n4g=function(e){n.e(
122,function(){e(n(502))})},a.folkd=function(e){n.e(391,function(){e(n(232))})},o.
folkd=function(e){n.e(180,function(){e(n(444))})},a.evernote=function(e){n.e(403,
function(){e(n(220))})},o.evernote=function(e){n.e(194,function(){e(n(430))})},a.
stumpedia=function(e){n.e(295,function(){e(n(328))})},o.stumpedia=function(e){n.e(65,
function(){e(n(559))})},a.studivz=function(e){n.e(297,function(){e(n(326))})},o.
studivz=function(e){n.e(68,function(){e(n(556))})},a.pusha=function(e){n.e(327,
function(){e(n(296))})},o.pusha=function(e){n.e(100,function(){e(n(524))})},a.kledy=
function(e){n.e(364,function(){e(n(259))})},o.kledy=function(e){n.e(147,function(){e(
n(477))})},a.plurk=function(e){n.e(331,function(){e(n(292))})},o.plurk=function(e){n.
e(105,function(){e(n(519))})},a.citeulike=function(e){n.e(422,function(){e(n(201))})}
,o.citeulike=function(e){n.e(216,function(){e(n(408))})},a.care2=function(e){n.e(423,
function(){e(n(200))})},o.care2=function(e){n.e(217,function(){e(n(407))})},a.baidu=
function(e){n.e(440,function(){e(n(183))})},o.baidu=function(e){n.e(236,function(){e(
n(388))})},a.printfriendly=function(e){n.e(328,function(){e(n(295))})},o.
printfriendly=function(e){n.e(101,function(){e(n(523))})},a.arto=function(e){n.e(441,
function(){e(n(182))})},o.arto=function(e){n.e(237,function(){e(n(387))})},a.sodahead
=function(e){n.e(306,function(){e(n(317))})},o.sodahead=function(e){n.e(77,function()
{e(n(547))})},a.amenme=function(e){n.e(444,function(){e(n(179))})},o.amenme=function(
e){n.e(240,function(){e(n(384))})},a.virb=function(e){n.e(272,function(){e(n(351))})}
,o.virb=function(e){n.e(38,function(){e(n(586))})},a.bizsugar=function(e){n.e(433,
function(){e(n(190))})},o.bizsugar=function(e){n.e(229,function(){e(n(395))})},a.
smiru=function(e){n.e(308,function(){e(n(315))})},o.smiru=function(e){n.e(79,function
(){e(n(545))})},a.stuffpit=function(e){n.e(296,function(){e(n(327))})},o.stuffpit=
function(e){n.e(67,function(){e(n(557))})},a.fabulously40=function(e){n.e(401,
function(){e(n(222))})},o.fabulously40=function(e){n.e(192,function(){e(n(432))})},a.
yorumcuyum=function(e){n.e(257,function(){e(n(366))})},o.yorumcuyum=function(e){n.e(
19,function(){e(n(605))})},a.hackernews=function(e){n.e(381,function(){e(n(242))})},o
.hackernews=function(e){n.e(167,function(){e(n(457))})},a.bonzobox=function(e){n.e(
429,function(){e(n(194))})},o.bonzobox=function(e){n.e(223,function(){e(n(401))})},a.
meinvz=function(e){n.e(355,function(){e(n(268))})},o.meinvz=function(e){n.e(135,
function(){e(n(489))})},a.visitezmonsite=function(e){n.e(271,function(){e(n(352))})},
o.visitezmonsite=function(e){n.e(37,function(){e(n(587))})},a.memori=function(e){n.e(
353,function(){e(n(270))})},o.memori=function(e){n.e(133,function(){e(n(491))})},a.
diggita=function(e){n.e(414,function(){e(n(209))})},o.diggita=function(e){n.e(206,
function(){e(n(418))})},a.linkuj=function(e){n.e(359,function(){e(n(264))})},o.linkuj
=function(e){n.e(141,function(){e(n(483))})},a.informazione=function(e){n.e(374,
function(){e(n(249))})},o.informazione=function(e){n.e(159,function(){e(n(465))})},a.
startlap=function(e){n.e(299,function(){e(n(324))})},o.startlap=function(e){n.e(70,
function(){e(n(554))})},a.moemesto=function(e){n.e(348,function(){e(n(275))})},o.
moemesto=function(e){n.e(127,function(){e(n(497))})},a["100zakladok"]=function(e){n.e
(452,function(){e(n(171))})},o["100zakladok"]=function(e){n.e(250,function(){e(n(374)
)})},a.domaintoolswhois=function(e){n.e(411,function(){e(n(212))})},o.
domaintoolswhois=function(e){n.e(203,function(){e(n(421))})},a.quantcast=function(e){
n.e(325,function(){e(n(298))})},o.quantcast=function(e){n.e(98,function(){e(n(526))})
},a.w3validator=function(e){n.e(267,function(){e(n(356))})},o.w3validator=function(e)
{n.e(32,function(){e(n(592))})},a.hedgehogs=function(e){n.e(380,function(){e(n(243))}
)},o.hedgehogs=function(e){n.e(165,function(){e(n(459))})},a.cosmiq=function(e){n.e(
418,function(){e(n(205))})},o.cosmiq=function(e){n.e(212,function(){e(n(412))})},a.
instapaper=function(e){n.e(373,function(){e(n(250))})},o.instapaper=function(e){n.e(
157,function(){e(n(467))})},a.ziczac=function(e){n.e(252,function(){e(n(371))})},o.
ziczac=function(e){n.e(13,function(){e(n(611))})},a.adifni=function(e){n.e(447,
function(){e(n(176))})},o.adifni=function(e){n.e(244,function(){e(n(380))})},a.
favable=function(e){n.e(397,function(){e(n(226))})},o.favable=function(e){n.e(187,
function(){e(n(437))})},a.camyoo=function(e){n.e(424,function(){e(n(199))})},o.camyoo
=function(e){n.e(218,function(){e(n(406))})},a.box=function(e){n.e(426,function(){e(n
(197))})},o.box=function(e){n.e(220,function(){e(n(404))})},a.bookmarkycz=function(e)
{n.e(428,function(){e(n(195))})},o.bookmarkycz=function(e){n.e(222,function(){e(n(402
```

```
)))}},a.etsy=function(e){n.e(404,function(){e(n(215))})},o.etsy=function(e){n.e(195,
function(){e(n(429))})},a.bookmerkende=function(e){n.e(427,function(){e(n(196))})},o.
bookmerkende=function(e){n.e(221,function(){e(n(403))})},a.posteezy=function(e){n.e(
329,function(){e(n(294))})},o.posteezy=function(e){n.e(103,function(){e(n(521))})},a.
zakladoknet=function(e){n.e(253,function(){e(n(370))})},o.zakladoknet=function(e){n.e
(14,function(){e(n(610))})},a.douban=function(e){n.e(410,function(){e(n(213))})},o.
douban=function(e){n.e(202,function(){e(n(422))})},a.pdfmyurl=function(e){n.e(334,
function(){e(n(289))})},o.pdfmyurl=function(e){n.e(109,function(){e(n(515))})},a.
sinaweibo=function(e){n.e(314,function(){e(n(309))})},o.sinaweibo=function(e){n.e(85,
function(){e(n(539))})},a.rediff=function(e){n.e(321,function(){e(n(302))})},o.rediff
=function(e){n.e(93,function(){e(n(531))})},a.markme=function(e){n.e(357,function(){e
(n(266))})},o.markme=function(e){n.e(137,function(){e(n(487))})},a.naszaklasa=
function(e){n.e(344,function(){e(n(279))})},o.naszaklasa=function(e){n.e(121,function
(){e(n(503))})},a.vybralisme=function(e){n.e(268,function(){e(n(355))})},o.vybralisme
=function(e){n.e(33,function(){e(n(591))})},a.qzone=function(e){n.e(323,function(){e(
n(300))})},o.qzone=function(e){n.e(96,function(){e(n(528))})},a.xing=function(e){n.e(
262,function(){e(n(361))})},o.xing=function(e){n.e(25,function(){e(n(599))})},a.
fashiolista=function(e){n.e(398,function(){e(n(225))})},o.fashiolista=function(e){n.e
(188,function(){e(n(436))})},a.newsmeback=function(e){n.e(341,function(){e(n(282))})}
,o.newsmeback=function(e){n.e(118,function(){e(n(506))})},a.iorbix=function(e){n.e(
371,function(){e(n(252))})},o.iorbix=function(e){n.e(155,function(){e(n(469))})},a.
urlaubswerkde=function(e){n.e(276,function(){e(n(347))})},o.urlaubswerkde=function(e)
{n.e(43,function(){e(n(581))})},a.mrcnetworkit=function(e){n.e(347,function(){e(n(276
))})},o.mrcnetworkit=function(e){n.e(126,function(){e(n(498))})},a.pafnetde=function(
e){n.e(335,function(){e(n(288))})},o.pafnetde=function(e){n.e(110,function(){e(n(514)
)})},a.spinsnap=function(e){n.e(304,function(){e(n(319))})},o.spinsnap=function(e){n.
e(75,function(){e(n(549))})},a.technerd=function(e){n.e(288,function(){e(n(335))})},o
.technerd=function(e){n.e(58,function(){e(n(566))})},a.thefreedictionary=function(e){
n.e(283,function(){e(n(340))})},o.thefreedictionary=function(e){n.e(53,function(){e(n
(571))})},a.yuuby=function(e){n.e(254,function(){e(n(369))})},o.yuuby=function(e){n.e
(15,function(){e(n(609))})},a.efactor=function(e){n.e(406,function(){e(n(217))})},o.
efactor=function(e){n.e(198,function(){e(n(426))})},a.adfty=function(e){n.e(448,
function(){e(n(175))})},o.adfty=function(e){n.e(245,function(){e(n(379))})},a.
draugiem=function(e){n.e(409,function(){e(n(214))})},o.draugiem=function(e){n.e(201,
function(){e(n(423))})},a.historious=function(e){n.e(379,function(){e(n(244))})},o.
historious=function(e){n.e(164,function(){e(n(460))})},a.indexor=function(e){n.e(375,
function(){e(n(248))})},o.indexor=function(e){n.e(160,function(){e(n(464))})},a.
facebook_like=function(e){n.e(400,function(){e(n(223))})},o.facebook_like=function(e)
{n.e(190,function(){e(n(434))})},a.voxopolis=function(e){n.e(269,function(){e(n(354)
)})},o.voxopolis=function(e){n.e(34,function(){e(n(590))})},a.memonic=function(e){n.e(
354,function(){e(n(269))})},o.memonic=function(e){n.e(134,function(){e(n(490))})},a.
addressbar=function(e){n.e(449,function(){e(n(174))})},o.addressbar=function(e){n.e(
247,function(){e(n(377))})},a.kaixin=function(e){n.e(369,function(){e(n(254))})},o.
kaixin=function(e){n.e(152,function(){e(n(472))})},a.zingme=function(e){n.e(251,
function(){e(n(372))})},o.zingme=function(e){n.e(12,function(){e(n(612))})},a.
vkrugudruzei=function(e){n.e(270,function(){e(n(353))})},o.vkrugudruzei=function(e){n
.e(35,function(){e(n(589))})},a.stylishhome=function(e){n.e(294,function(){e(n(329))}
)},o.stylishhome=function(e){n.e(64,function(){e(n(560))})},a.kindleit=function(e){n.
e(365,function(){e(n(258))})},o.kindleit=function(e){n.e(148,function(){e(n(476))})},
a.scoopit=function(e){n.e(316,function(){e(n(307))})},o.scoopit=function(e){n.e(87,
function(){e(n(537))})},a.govn=function(e){n.e(382,function(){e(n(241))})},o.govn=
function(e){n.e(168,function(){e(n(456))})},a.skyrock=function(e){n.e(312,function(){
e(n(311))})},o.skyrock=function(e){n.e(83,function(){e(n(541))})},a.ketnooi=function(
e){n.e(367,function(){e(n(256))})},o.ketnooi=function(e){n.e(150,function(){e(n(474)
)})},a.taringa=function(e){n.e(289,function(){e(n(334))})},o.taringa=function(e){n.e(
59,function(){e(n(565))})},a.researchgate=function(e){n.e(319,function(){e(n(304))})}
,o.researchgate=function(e){n.e(91,function(){e(n(533))})},a.blogkeen=function(e){n.e
(431,function(){e(n(192))})},o.blogkeen=function(e){n.e(226,function(){e(n(398))})},a
.mendeley=function(e){n.e(352,function(){e(n(271))})},o.mendeley=function(e){n.e(132,
function(){e(n(492))})},a.qrsrc=function(e){n.e(326,function(){e(n(297))})},o.qrsrc=
function(e){n.e(99,function(){e(n(525))})},a.bland=function(e){n.e(432,function(){e(n
(191))})},o.bland=function(e){n.e(228,function(){e(n(396))})},a.sharer=function(e){n.
e(315,function(){e(n(308))})},o.sharer=function(e){n.e(86,function(){e(n(538))})},a.
safelinking=function(e){n.e(317,function(){e(n(306))})},o.safelinking=function(e){n.e
(88,function(){e(n(536))})},a.cleanprint=function(e){n.e(421,function(){e(n(202))})},
o.cleanprint=function(e){n.e(215,function(){e(n(409))})},a.disqus=function(e){n.e(412
,function(){e(n(211))})},o.disqus=function(e){n.e(204,function(){e(n(420))})},a.
surfingbird=function(e){n.e(292,function(){e(n(331))})},o.surfingbird=function(e){n.e
```

```
… (62,function(){e(n862)})},a.lidar=function(e){n.e(362,function(){e(n(261))})},o.
… lidar=function(e){n.e(145,function(){e(n(479))})},a.buffer=function(e){n.e(425,
… function(){e(n(198))})},o.buffer=function(e){n.e(219,function(){e(n(405))})},a.
… beat100=function(e){n.e(437,function(){e(n(186))})},o.beat100=function(e){n.e(233,
… function(){e(n(391))})},a.cssbased=function(e){n.e(417,function(){e(n(206))})},o.
… cssbased=function(e){n.e(211,function(){e(n(413))})},a.yookos=function(e){n.e(259,
… function(){e(n(364))})},o.yookos=function(e){n.e(21,function(){e(n(603))})},a.supbro=
… function(e){n.e(293,function(){e(n(330))})},o.supbro=function(e){n.e(63,function(){e(
… n(561))})},a.apsense=function(e){n.e(442,function(){e(n(181))})},o.apsense=function(e
… ){n.e(238,function(){e(n(386))})},a.cleansave=function(e){n.e(420,function(){e(n(203)
… )})},o.cleansave=function(e){n.e(214,function(){e(n(410))})},a.openthedoor=function(e
… ){n.e(337,function(){e(n(286))})},o.openthedoor=function(e){n.e(112,function(){e(n(
… 512))})},a.advqr=function(e){n.e(446,function(){e(n(177))})},o.advqr=function(e){n.e(
… 243,function(){e(n(381))})},a.pocket=function(e){n.e(330,function(){e(n(293))})},o.
… pocket=function(e){n.e(104,function(){e(n(520))})},a.margarin=function(e){n.e(358,
… function(){e(n(265))})},o.margarin=function(e){n.e(138,function(){e(n(486))})},a.gg=
… function(e){n.e(388,function(){e(n(235))})},o.gg=function(e){n.e(177,function(){e(n(
… 447))})},a.foodlve=function(e){n.e(390,function(){e(n(233))})},o.foodlve=function(e){
… n.e(179,function(){e(n(445))})},a.thefancy=function(e){n.e(284,function(){e(n(339))})
… },o.thefancy=function(e){n.e(54,function(){e(n(570))})},a.mixi=function(e){n.e(349,
… function(){e(n(274))})},o.mixi=function(e){n.e(128,function(){e(n(496))})},a.
… wishmindr=function(e){n.e(263,function(){e(n(360))})},o.wishmindr=function(e){n.e(28,
… function(){e(n(596))})},a.financialjuice=function(e){n.e(394,function(){e(n(229))})},
… o.financialjuice=function(e){n.e(183,function(){e(n(441))})},a.myvidster=function(e){
… n.e(346,function(){e(n(277))})},o.myvidster=function(e){n.e(123,function(){e(n(501))}
… )},a.exchangle=function(e){n.e(402,function(){e(n(221))})},o.exchangle=function(e){n.
… e(193,function(){e(n(431))})},a.wanelo=function(e){n.e(266,function(){e(n(357))})},o.
… wanelo=function(e){n.e(31,function(){e(n(593))})},a.hootsuite=function(e){n.e(378,
… function(){e(n(245))})},o.hootsuite=function(e){n.e(163,function(){e(n(461))})},a.
… whatsapp=function(e){n.e(264,function(){e(n(359))})},o.whatsapp=function(e){n.e(29,
… function(){e(n(595))})},a.internetarchive=function(e){n.e(372,function(){e(n(251))})}
… ,o.internetarchive=function(e){n.e(156,function(){e(n(468))})},a.behance=function(e){
… n.e(436,function(){e(n(187))})},o.behance=function(e){n.e(232,function(){e(n(392))})}
… ,a.vimeo=function(e){n.e(274,function(){e(n(349))})},o.vimeo=function(e){n.e(40,
… function(){e(n(584))})},a.flickr=function(e){n.e(393,function(){e(n(230))})},o.flickr
… =function(e){n.e(182,function(){e(n(442))})},a.foursquare=function(e){n.e(389,
… function(){e(n(234))})},o.foursquare=function(e){n.e(178,function(){e(n(446))})},a.
… flipboard=function(e){n.e(392,function(){e(n(231))})},o.flipboard=function(e){n.e(181
… ,function(){e(n(443))})},a.retellity=function(e){n.e(318,function(){e(n(305))})},o.
… retellity=function(e){n.e(90,function(){e(n(534))})},a.nurses_lounge=function(e){n.e(
… 338,function(){e(n(285))})},o.nurses_lounge=function(e){n.e(115,function(){e(n(509))}
… )},a.kik=function(e){n.e(366,function(){e(n(257))})},o.kik=function(e){n.e(149,
… function(){e(n(475))})},a.yummly=function(e){n.e(255,function(){e(n(368))})},o.yummly
… =function(e){n.e(16,function(){e(n(608))})},a.viber=function(e){n.e(275,function(){e(
… n(348))})},o.viber=function(e){n.e(41,function(){e(n(583))})},a.edcast=function(e){n.
… e(407,function(){e(n(216))})},o.edcast=function(e){n.e(199,function(){e(n(425))})},a.
… slack=function(e){n.e(311,function(){e(n(312))})},o.slack=function(e){n.e(82,function(
… ){e(n(542))})},a.skype=function(e){n.e(313,function(){e(n(310))})},o.skype=function(
… e){n.e(84,function(){e(n(540))})},a.link=function(e){n.e(360,function(){e(n(263))})},
… o.link=function(e){n.e(143,function(){e(n(481))})},a.houzz=function(e){n.e(376,
… function(){e(n(247))})},o.houzz=function(e){n.e(161,function(){e(n(463))})},a.
… google_classroom=function(e){n.e(384,function(){e(n(239))})},o.google_classroom=
… function(e){n.e(171,function(){e(n(453))})},a.renren=function(e){n.e(320,function(){e
… (n(303))})},o.renren=function(e){n.e(92,function(){e(n(532))})},a.tencentweibo=
… function(e){n.e(285,function(){e(n(338))})},o.tencentweibo=function(e){n.e(55,
… function(){e(n(569))})},a.lineme=function(e){n.e(361,function(){e(n(262))})},o.lineme
… =function(e){n.e(144,function(){e(n(480))})},a.kakao=function(e){n.e(368,function(){e
… (n(255))})},o.kakao=function(e){n.e(151,function(){e(n(473))})},a.telegram=function(e
… ){n.e(287,function(){e(n(336))})},o.telegram=function(e){n.e(57,function(){e(n(567))}
… )},a.balatarin=function(e){n.e(439,function(){e(n(184))})},o.balatarin=function(e){n.
… e(235,function(){e(n(389))})},a.pinboard=function(e){n.e(332,function(){e(n(291))})},
… o.pinboard=function(e){n.e(107,function(){e(n(517))})},a.diary_ru=function(e){n.e(415
… ,function(){e(n(208))})},o.diary_ru=function(e){n.e(208,function(){e(n(416))})},a["
… 500px"]=function(e){n.e(451,function(){e(n(172))})},o["500px"]=function(e){n.e(249,
… function(){e(n(375))})},a.aboutme=function(e){n.e(450,function(){e(n(173))})},o.
… aboutme=function(e){n.e(248,function(){e(n(376))})},a.bandcamp=function(e){n.e(438,
… function(){e(n(185))})},o.bandcamp=function(e){n.e(234,function(){e(n(390))})},a.
… bitbucket=function(e){n.e(435,function(){e(n(188))})},o.bitbucket=function(e){n.e(231
```

144413...

```
,function(e){e(n(593))}}},a.dribbble=function(e){n.e(408,function(){e(n(215))})})},o.
dribbble=function(e){n.e(200,function(){e(n(424))})},a.github=function(e){n.e(387,
function(){e(n(236))})}},o.github=function(e){n.e(176,function(){e(n(448))})},a.gitlab
=function(e){n.e(386,function(){e(n(237))})},o.gitlab=function(e){n.e(175,function(){
e(n(449))})}},a.medium=function(e){n.e(356,function(){e(n(267))})},o.medium=function(e
){n.e(136,function(){e(n(488))})}},a.mixcloud=function(e){n.e(350,function(){e(n(273)
)})},o.mixcloud=function(e){n.e(129,function(){e(n(495))})}},a.periscope=function(e){n.
e(333,function(){e(n(290))})}},o.periscope=function(e){n.e(108,function(){e(n(516))})})
},a.quora=function(e){n.e(324,function(){e(n(299))})},o.quora=function(e){n.e(97,
function(){e(n(527))})}},a.slashdot=function(e){n.e(310,function(){e(n(313))})},o.
slashdot=function(e){n.e(81,function(){e(n(543))})}},a.slideshare=function(e){n.e(309,
function(){e(n(314))})},o.slideshare=function(e){n.e(80,function(){e(n(544))})}},a.
snapchat=function(e){n.e(307,function(){e(n(316))})},o.snapchat=function(e){n.e(78,
function(){e(n(546))})}},a.soundcloud=function(e){n.e(305,function(){e(n(318))})},o.
soundcloud=function(e){n.e(76,function(){e(n(548))})}},a.spotify=function(e){n.e(303,
function(){e(n(320))})},o.spotify=function(e){n.e(74,function(){e(n(550))})}},a.
stack_overflow=function(e){n.e(301,function(){e(n(322))})},o.stack_overflow=function(
e){n.e(72,function(){e(n(552))})}},a.steam=function(e){n.e(298,function(){e(n(325))})})
,o.steam=function(e){n.e(69,function(){e(n(555))})}},a.twitch=function(e){n.e(280,
function(){e(n(343))})},o.twitch=function(e){n.e(48,function(){e(n(576))})}},a.vine=
function(e){n.e(273,function(){e(n(350))})},o.vine=function(e){n.e(39,function(){e(n(
585))})}},a.trello=function(e){n.e(281,function(){e(n(342))})},o.trello=function(e){n.
e(51,function(){e(n(573))})}},a.wechat=function(e){n.e(265,function(){e(n(358))})},o.
wechat=function(e){n.e(30,function(){e(n(594))})}},a.tencentqq=function(e){n.e(286,
function(){e(n(337))})}},o.tencentqq=function(e){n.e(56,function(){e(n(568))})}},a.
deviantart=function(e){n.e(416,function(){e(n(207))})},o.deviantart=function(e){n.e(
209,function(){e(n(415))})}},a.ello=function(e){n.e(405,function(){e(n(218))})},o.ello
=function(e){n.e(197,function(){e(n(427))})}},a.goodreads=function(e){n.e(385,function
(){e(n(238))})},o.goodreads=function(e){n.e(173,function(){e(n(451))})}},a.jsfiddle=
function(e){n.e(370,function(){e(n(253))})},o.jsfiddle=function(e){n.e(153,function()
{e(n(471))})}},a.letterboxd=function(e){n.e(363,function(){e(n(260))})},o.letterboxd=
function(e){n.e(146,function(){e(n(478))})}},a.ravelry=function(e){n.e(322,function(){
e(n(301))})},o.ravelry=function(e){n.e(95,function(){e(n(529))})}},a.stack_exchange=
function(e){n.e(302,function(){e(n(321))})},o.stack_exchange=function(e){n.e(73,
function(){e(n(551))})}},a.untappd=function(e){n.e(277,function(){e(n(346))})},o.
untappd=function(e){n.e(44,function(){e(n(580))})}},a.yelp=function(e){n.e(260,
function(){e(n(363))})},o.yelp=function(e){n.e(22,function(){e(n(602))})}},a.messenger
=function(e){n.e(351,function(){e(n(272))})},o.messenger=function(e){n.e(130,function
(){e(n(494))})}},a.cloob=function(e){n.e(419,function(){e(n(204))})},o.cloob=function(
e){n.e(213,function(){e(n(411))})}},a.facenama=function(e){n.e(399,function(){e(n(224)
)})},o.facenama=function(e){n.e(189,function(){e(n(435))})}},a.unknown=function(e){n.e
(278,function(){e(n(345))})}},o.unknown=function(e){n.e(45,function(){e(n(579))})}},e.
exports={png:o,svg:a}},function(e,t,n){"use strict";var
a=n(69);e.exports=function(e){var
t="RELEASED"!==e.state&&"VERIFIED"!==e.state||e.hidden||a[e.code];return
t}},function(e,t){"use strict";e.exports=function(e,t){if(!e.style||!t)return e;var
n,a;for(n in t)a=t[n],a&&(e.style[n]=a);return
e}},function(e,t){e.exports={"500px":{},aboutme:{name:"About.me"},bandcamp:{},behance
:{},bitbucket:{name:"BitBucket"},blogger:{top:1},delicious:{top:1},deviantart:{name:"
DeviantArt"},digg:{top:1},disqus:{},dribbble:{},ello:{},etsy:{},facebook:{top:1},
flickr:{},foursquare:{},github:{name:"GitHub"},gitlab:{name:"GitLab"},goodreads:{},
google_follow:{name:"Google Follow"},hackernews:{name:"Hacker
News"},houzz:{},instagram:{top:1},jsfiddle:{name:"JSFiddle"},letterboxd:{},linkedin:{
name:"LinkedIn",top:1},mailto:{name:"Email
App",top:1},medium:{},messenger:{name:"Facebook
Messenger"},mixcloud:{name:"MixCloud"},myspace:{top:1},odnoklassniki_ru:{name:"
Odnoklassniki",top:1},periscope:{},pinterest:{top:1},pocket:{},quora:{},ravelry:{},
reddit:{top:1},renren:{},rss:{name:"RSS",top:1},scoopit:{name:"Scoop.it"},sinaweibo:{
name:"Sina
Weibo"},skype:{},slashdot:{name:"SlashDot"},slideshare:{name:"SlideShare"},snapchat:{
},soundcloud:{name:"SoundCloud"},spotify:{},stack_exchange:{name:"Stack
Exchange"},stack_overflow:{name:"Stack
Overflow"},steam:{},stumbleupon:{name:"StumbleUpon",top:1},telegram:{},tumblr:{top:1}
,twitch:{},twitter:{top:1},untappd:{},vimeo:{},vine:{},vk:{name:"Vkontakte",top:1},
wordpress:{name:"WordPress",top:1},xing:{name:"XING"},yelp:{},youtube:{name:"YouTube"
,top:1},yummly:{}}},function(e,t,n){function a(e){var t=r(document.cookie,";");return
t[e]}function o(e,t,n,a,o){var i=e+"="+t;o||(o=new
Date,o.setYear(o.getFullYear()+2)),n||(i+="; expires="+o.toUTCString()),i+=";
```

```
.. path=/",i(),{l:l
.. domain=",i+=s("msi")?".addthis.com":"addthis.com"),document.cookie=i}function
.. i(e,t){o(e,"",!1,!Boolean(t),new Date(0))}var
.. r=n(31),s=n(1);e.exports={read:a,write:o,kill:i}},function(e,t,n){function a(e,t){var
.. n=e?e.length:0;if(!i(n))return o(e,t);for(var
.. a=-1,s=r(e);++a<n&&t(s[a],a,s)!==!1;);return e}var
.. o=n(758),i=n(12),r=n(120);e.exports=a},function(e,t,n){
.. a(e,t,n,i,r,s){if(e===t)return 0!==e||1/e==1/t;var c=typeof e,u=typeof
.. t;if(e!=t){if("function"!=c&&"object"!=c&&"function"!=u&&"object"!=u||null==e||null==t?e!==
.. e&&t!==t:o(e,t,a,n,i,r,s)}var o=n(759);e.exports=a},function(e,t){function
.. n(e){return"string"==typeof e?e:null==e?"":e+""}e.exports=n},function(e,t,n){function
.. a(e,t,n){if("function"!=typeof e)return o;if("undefined"==typeof t)return
.. e;switch(n){case 1:return function(n){return e.call(t,n)};case 3:return
.. function(n,a,o){return e.call(t,n,a,o)};case 4:return function(n,a,o,i){return
.. e.call(t,n,a,o,i)};case 5:return function(n,a,o,i,r){return
.. e.call(t,n,a,o,i,r)}}return function(){return e.apply(t,arguments)}}var
.. o=n(73);e.exports=a},function(e,t){function n(e){return
.. 160>=e&&e>=9&&13>=e||32==e||160==e||5760==e||6158==e||e>=8192&&(8202>=e||8232==e||
.. 8233==e||8239==e||8287==e||12288==e||65279==e)}e.exports=n},function(e,t,n){function
.. a(e){return e===e&&(0===e?1/e>0:!o(e))}var
.. o=n(30);e.exports=a},function(e,t,n){function a(e){return o(e)?e:Object(e)}var
.. o=n(30);e.exports=a},function(e,t,n){function a(e){var t=i(e)?e.length:void 0;return
.. o(t)&&c.call(e)==r||!1}var o=n(12),i=n(49),r="[object
.. Arguments]",s=Object.prototype,c=s.toString;e.exports=a},function(e,t){var
.. n=window.JSON&&"function"==typeof window.JSON.parse&&"function"==typeof
.. window.JSON.stringify;e.exports=n},function(e,t,n){function a(e){var
.. t=i((e.adurl||"")+(e.adev||"")),n=0;if(!l[t]){if(l[t]=1,e.adurl&&"string"==typeof
.. e.adurl&&(_ate.pixu=e.adurl,n=1),e.adev&&"string"==typeof e.adev){var
.. a=e.adev;try{a=u(a)}catch(o){}a=a.split(";"),n=1;for(var r=0;r<a.length;r++){for(var
.. s=a[r].split(","),d={},p=0;p<s.length;p++){var
.. A=s[p].split("=");d[A[0]]=A[1]}c.addthis&c.addthis.ad.event(d)}}return n}}function
.. o(e,t){for(var n=s.gn("script"),a=0;a<n.length;a++){var
.. o=n[a].src||"";o&&(o=i(o)),(n[a].src||"").indexOf(t||"addthis_widget.js")>-1&&!l[o]&&
.. (l[o]=1,e(r(n[a].src)))}}var
.. i=n(26),r=n(54);e.exports={processAdEvents:a,processAllScripts:o};var
.. s=document,c=window,u=c.decodeURIComponent,l={}},function(e,t){e.exports=function(e){
.. var
.. t={twitter:1,wordpress:1,facebook:1,hootsuite:1,email:1,bkmore:1,more:1,
.. raiseyourvoice:1,vk:1,tumblr:1};return!!t[e]}},function(e,t,n){
.. a=n(8).getHost,o=n(51),i=n(89);e.exports=function(e,t,n){var r=o.DIRECT;return n=void
.. 0===n||n||"https"==window.location.protocol,t=a(void
.. 0===t?window.location.href:t),e&&(r|t===a(o).ON_DOMAIN:o.OFF_DOMAIN),!n&&i(e)&&(r|
.. =o.SEARCH),r}},function(e,t,n){function a(e){if(!e)return
.. 0;"#"===e.charAt(0)&&(e=e.substr(1)),e=e.split(";").shift();return
.. 3===t.split(".").length&&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&"."===
.. t.substr(0,1)&&/[a-zA-Z0-9\_]{11}/.test(t.substr(1))?1:0}function o(e){return
.. e.length===11+y&&e.substr(0,y)===b&&/[a-zA-Z0-9\_]{11}/.test(e.substr(y))}function
.. i(e){e||(e=v.dr||"");var
.. t,n,a,i,r,s,c,u,l,A,h,g,m,w=0,b=0,E=v.du||"",k=(v.du||"").split("#").shift(),M=v.hash
.. .substr(1),R=v.query,_=d(v.hash),z=_.at_st,S=_.at_pco,B=_.at_ab,D=_.at_pos,U=_.at_tot
.. ,I=_.at_si,O=R.sms_ss,N=R.fb_ref,T=R.at_xt,Q=R.at_st;z||(O(M)&&(c=p(M.substr(y)),r=c.
.. substr(8,8),z=c.substr(0,8)+"00000000",z+=parseInt(c.substr(16),10)),N&&!z&&(u=C,A=N
.. .split(u),A.length<2&&N.indexOf("_")>-1&&(u="_",A=N.split(u),h=A.length>1?A.pop():""
.. ,g=A.join(u),o(g)||(g=N,h="")),z=p(g.substr(y)),T=c.substr(0,16)+"_"+parseInt(c.
.. substr(16),10),O="facebook_"+(h||"like")):(s=N.split("=").pop().split(C),2==s.length&
.. &f(s[0])&&(T=s.join(","),O="facebook_"+(h||"like")))),z=z&&f(z.split(",")).shift())?z=
.. "",T||(u=M.indexOf(x)>-1?x:C,l=M.substr(y).split(u),2==l.length&&o(M.substr(0,1)+l[0]
.. )&&(c=p(l[0]),T=c.substr(0,16)+","+parseInt(c.substr(16),10),O=l[1],w=1)),S&&(a=S,z?
.. (b=parseInt(z.split(",").pop())+1,n=z.split(",").shift())):1==E.indexOf(_atd+"book")&
.. &k!=e&&(T?(m=T.split(","),t=_duc(m.shift()),t.indexOf(",")>-1&&(m=t.split(","),t=m.
.. shift())):Q&&(m=Q.split(","),i=_duc(m.shift()),i.indexOf(",")>-1&&(m=i.split(","),i=m
.. .shift())),m&&m.length&&(b=Math.min(3,parseInt(m.pop())+1)),f(n)||(n=null),f(i)||(i=
.. null),O=(O||"").split("#").shift().split("?").shift();var
.. V={ab:B||null,pos:D,tot:U,rsi:n,cfc:a,hash:w,rsiq:i,fuid:r,rxi:t,rsc:O,gen:b,csi:I};
.. return V}function r(e){return
.. e=e||window.addthis_config,!e||e.data_track_clickback==!1&&e.data_track_linkback!=!
.. 1}function
.. s(e,t){if(!t||t.data_track_clickback==!1&&t.data_track_linkback!=!1){if(E)return 0;
```

```
144413  if(g()>250)return E=!0,e==(e||w.addthis_product||"").split(",");for(var
        n=0;n<e.length;n++)if(k[e[n].split("-").shift()])return E=!0)return!1}function
        c(e,t){return e=e||h(),b+A(e+Math.min(3,t||0))}function u(e,t,n){return
        n=n||h(),e.indexOf("#")>-1?e:e+"#"+c(t?n:n.substr(0,8)+m(),i().gen)+(t?C+t:"")}
        function l(e){var t,n,o,i,r,s,c;return
        e.indexOf("#")-1&&(r=e.split("#").slice(1).shift(),a(r)&&(s=r.substr(1).split(".")),c
        =s.length?s.shift():"",n=s.length?s.pop():"",c&&(c=p(c),t=c.substr(0,16),o=parseInt(c
        .substr(16),10),isNaN(o)||(i=i||{},i.gen=o)),f(t)&&(i=i||{},i.xid=t),-1!=n.search(/^[
        a-zA-Z0-9_]+$/)&&(i=i||{},i.rsc=n))),i}var
        d=(n(46),n(54)),p=n(37).atohb,a=n(37).hbtoa,f=n(5).isValidCUID,h=n(5).makeCUID,g=n(77
        ),m=n(132),v=n(6),b=".",x="j",C=".",y=b.length,E=0,k={wpp:1,blg:1};e.exports={
        clickifyURL:u,declickifyURL:l,generateClickbackCode:c,clickPrefix:b,
        clickTrackableProduct:s,extractOurParameters:i,isClickHash:a,isClickTrackingEnabled:r
        }},function(e,t){"use strict";function s(e,t,n,o){return
        n=n||"unknown","AT-"+n+"/-/"+o+"/"+t+"/"+a++}var a=1;e.exports=function(e){return
        n(e.uid,e.sessionID,e.pubID,e.feedsABCell)},e.exports.seq=a},function(e,t,n){"use
        strict";function a(){var
        e,t,n=document.getElementsByTagName("link"),a={};for(e=0;e<n.length;e++)t=n[e],t.href
        &&t.rel&&(a[t.rel]=t.href);return a}function o(e,t){var
        n={pinterest_share:"pinterest",pinterest_pinit:"pinterest"},a=null;return
        n[t]?((e||{}).passthrough||{})[t]?a=e.passthrough[t]:((e||{}).passthrough||{})[n[t]]&
        &(a=e.passthrough[n[t]]):a=((e||{}).passthrough||{})[t],a?"&passthrough="+l("object"=
        =typeof a?p(a):a,1):""}function i(e,t,n,i,p,g,m,v,w,b,x,C){var
        y,E,k,M,R,_,z=window._atw||{},S=n&&n.url?n.url:z.share&&z.share.url?z.share.url:
        window.addthis_url||window.location.href,B=a();i=i||{},n=n||{};var
        D=function(e){S&&(M=S.indexOf("#at"+e),M>-1&&(S=S.substr(0,M)))};if(u("config",i),u("
        share",n),r()&&(n.dataUrl||(n.url=window.addthis_url),n.dataTitle||(n.title=window.
        addthis_title),S=n.url),B.canonical&&!n.trackurl&&n.imp_url&&!_ate.share.inBm()&&(n.
        trackurl=B.canonical),v&&"undefined"!==v||(v="unknown"),-i.services_custom,D("pro"),
        D("opp"),D("cle"),D("clb"),D("abc"),D("_pco"),S.indexOf("addthis.com/static/r07/ab")>
        -1)for(S=S.split("&"),M=0;M<S.length;M++)if(R=S[M].split("="),2===R.length&&"url"===R
        [0]){S=R[1];break}if(_ instanceof Object&"0"in _)for(M in
        _)if(_[M].code==e){_=_[M];break}var
        U=n.templates&&n.templates[e]?n.templates[e]:"",I=n.smd||C,O=n.modules&&n.modules[e]?
        n.modules[e]:"",N=n.share_url_transforms||n.url_transforms||{},T=n.
        track_url_transforms||n.url_transforms,Q=N&&N.shorten&&-1===e.indexOf("pinterest")?"
        string"==typeof
        N.shorten?N.shorten:N.shorten[e]||N.shorten["default"]||"":"",V="",j=i.product||
        window.addthis_product||"men-300",L=window.crs,H=n.email_vars||i.email_vars,G="",F=s(
        S),P=2==F.length?F.shift().split("=").pop():"",Y=2==F.length?F.pop():"",K=i.
        data_track_clickback||i.data_track_linkback||!v||"AddThis"==v||i.data_track_clickback
        !==!1&&!0;
144414  if(i.data_track_clickback===!1&&(K=!1),H)for(y in
        H)G+=("="==G?"":"&")+h(y)+"="+h(H[y]);if(g&&-1===j.indexOf(g)&&(j+=","+g),N&&N.shorten
        &&n.shorteners&&-1===e.indexOf("pinterest"))for(y in n.shorteners)for(E in
        n.shorteners[y])V+=(V.length?"&":"")+h(y+"."+E)+"="+h(n.shorteners[y][E]);return
        S=c(S),S=d(S,N,n,e),T&&(n.trackurl=d(n.trackurl||S,T,n,e)),k="pub="+v+"&source="+j+"&
        lng="+(A()||"xx")+"&s="+e+(i.ui_508_compliant?"&u508=1":"")+(t?"&h1="+l((n.feed||n.
        url||"").replace("feed://",""),1)+"&t1=":"&url="+l(S,1)+"&title="+l(n.title||(window.
        addthis_title||"").replace(/AddThis\sSocial\sBookmarking\sSharing\sButton\sWidget/,""
        ),1))+(t&&n.userid?"&fid="+l(n.userid):"")+"&ate="+f({sessionID:m,pubID:v,feedsABCell
        :w})+("email"!==e?"&frommenu=1":"")+(n.hideEmailSharingConfirmation?"&
        hideEmailSharingConfirmation=true":"")+(!window.addthis_ssh||L&&addthis_ssh==L||!(
        addthis_ssh==e||addthis_ssh.search(new
        RegExp("(?:^|,)("+e+")(?:$|,)"))>-1)?2?"":"&ips=1")+(L2?"&cr="+(e===L2:1:0):"")+(n.
        email_template?"&email_template="+h(n.email_template):"")+(G?"&email_vars="+h(G):"")+
        (Q?"&shortener="+h("array"==typeof
        Q?Q.join(","):Q):"")+(Q&&V?"&"+V:"")+o(n,e)+(n.description?"&description="+l(n.
        description,1):"")+(n.html?"&html="+l(n.html,1).n.content?"&html="+l(n.content,1):"")
        +(n.trackurl&&n.trackurl.1=S?"&trackurl="+l(n.trackurl,1):"")+(n.media?"&screenshot="+
        l(n.media,1):"")+(n.screenshot_secure?"&screenshot_secure="+l(n.screenshot_secure,1):
        "")+(n.swfurl?"&swfurl="+l(n.swfurl,1):"")+(n.swfurl_secure?"&swfurl_secure="+l(n.
        swfurl_secure,1):"")+(i.hdl?"&hdl=1":"")+(p?"&cb="+p:"")+(b?"&ufbl=1":"")+(x?"&uud=1"
        :"")+(n.iframeurl?"&iframeurl="+l(n.iframeurl,1):"")+(n.width?"&width="+n.width:"")+(
        n.height?"&height="+n.height:"")+(i.data_track_p32?"&p32="+i.data_track_p32:"")+(K||
        _ate.track.ctp(i.product,i))?"&ct=1":"&ct=0")+((K||_ate.track.ctp(i.product,i))&&S.
        indexOf("#")>-1?"&uct=1":"")+(_&&_.url?"&acn="+h(_.name)+"&acc="+h(_.code)+"&acu="+h(
        _.url):"")+(I?(I.rxi?"&rxi="+I.rxi:"")+(I.rsi?"&rsi="+I.rsi:"")+(I.gen?"&gen="+I.gen:
```

144414...

```
"")+("os="+l(i.os,1):"")+(n.xid?"&xid="+l(n.xid,1):"")+("template="+
l(U,1):"")+(O?"&module="+l(O,1):"")+(i.ui_cobrand?"&ui_cobrand="+l(i.ui_cobrand,1):""
)+("email"===e?"&ui_email_to="+l(i.ui_email_to,1)+"&ui_email_from="+l(i.ui_email_from
,1)+"&ui_email_note="+l(i.ui_email_note,1):"")}var
r=n(136),s=n(75),c=n(24),u=n(719),l=n(48),d=n(34),p=n(18),A=n(21),f=n(127),h=window.
encodeURIComponent;e.exports=function(e){return
i(e.svc,e.feed,e.share,e.config,e.classificationBitmask,e.secondaryProductCode,e.
sessionID,e.pubID,e.feedsABCell,e.usesFacebookLibrary,e.usesUserAPI,e.shareMetadata)}
},function(e,t,n){var a=document;e.exports=function(e){var
t=e?"https:":a.location.protocol;return"file:"===t&&(t="http:"),t+"//www.addthis.com/
"}},function(e,t){var n,a=window;e.exports=function(){return
n||(a.addthis?(a.addthis.plo||(a.addthis.plo=[]),n=a.addthis.plo):"undefined"!=typeof
_ate&&(_ate.plo||(_ate.plo=[]),n=_ate.plo)),n}},function(e,t,n){var
a,o=n(113);e.exports=function(){var e;return a?a:("undefined"!=typeof
_ate&&_ate.uid?a=_ate.uid:(e=o.read("uid"),e&&(a=e)),a)}},function(e,t,n){var
a=n(26),o=window;e.exports=function(){var e,t=a(navigator.userAgent,16),n=(new
Date).getTimezoneOffset()+""+navigator.javaEnabled()+(navigator.userLanguage||
navigator.language),i=o.screen.colorDepth+""+o.screen.width+o.screen.height+o.screen.
availWidth+o.screen.availHeight,r=navigator.plugins;try{if(e=r.length,e>0)for(var
s=0;s<Math.min(10,e),s++)5>s?n+=r[s].name+r[s].description:i+=r[s].name+r[s].
description}catch(c){}return
t.substr(0,2)+a(n,16).substr(0,3)+a(i,16).substr(0,3)}},function(e,t,n){var
a=n(55);e.exports=function(){return!(!window.at_sub&&!a("addthis_widget.js").library)
}},function(e,t,n){"use strict";var a=n(829);e.exports=function(e){return
e?(e.cbs=e.cbs||{},a("_ate.cbs")):window.addthis?(addthis.cbs=addthis.cbs||{},a("
addthis.cbs")):void 0}},function(e,t,n){var a=n(18);e.exports=function(e,t){var
n,o,i;return"object"==typeof
e&&(e=a(e)),n=(e||"").split("?"),o=n.shift(),i=n.join("?").split("&"),t(o,i)}},
function(e,t,n){"use strict";var
a=n(789),o=(document,window),i=n(6);e.exports=function(){i.rescan();var
e=i.du,t=i.du.split("#");t.pop();return
a(i.dh)&&(e=t.join("#")),o.addthis_share&&o.addthis_share.imp_url&&e&&e!==o.
addthis_share.url?(o.addthis_share.url=o.addthis_url=e,o.addthis_share.title=o.
addthis_title=i.title,1):0}},function(e,t,n){var
a=n(7),o=n(35),i=n(87),r=window;e.exports=function(e,t,n){var s;return
r.location.href.search(_atc.rsrcs.bookmark)>-1?r.location=a(e,0,t,n):"viber"===e?i(t,
n):(s=a(e,0,t,n),o.push(r.open(s,"addthis_share"))),!1}},function(e,t,n){function
a(e,t){var
n=s(e,0,1,0,0,1);e===r.PINTEREST&&(o(),n.setAttribute("via","addthis"))}var
o=n(821),i=n(57),r=n(80)(),s=n(17),c=n(3).listen,u=window.parent===window;e.exports=
function(e){u?a(e):i?window.parent.postMessage("at-share-bookmarklet:"+e,"*"):a(e)},u
&&c(window,"message",function(e){if(e){var
t=_atr.substring(0,_atr.length-1),n=e.origin.indexOf(t)===("https:".length||e.origin.
indexOf(t)===("http:".length||/^https?:\/\/(localhost:\d+|localhost$)/.test(e.origin),
o="string"==typeof e.data;if(o&&n){var
i=e.data.match(/at\-share\-bookmarklet\:(.+?)$/)||[],r=i[1];if(r)try{_ate.menu.close
()}catch(s){}a(r)}}}}},function(e,t,n){"use strict";var
a=n(97),o=n(38),i=n(5).makeCUID,r=n(140),s=n(9),c=n(4),u=n(17),l=n(150),d=n(75),p=n(
24),A=n(34),f=n(127),h=(new
Date).getTime(),g=0,m=null,v=window.encodeURIComponent;e.exports=function(e){function
t(){return Math.floor((new Date).getTime()-h)/100).toString(16)}function n(e){return
0===g&&(g=e||i()),g}function
w(e,t,n){null!==m&&clearTimeout(m),e&&(m=setTimeout(function(){t(!!n)},r))}function
b(e,t){return v(e)+"="+v(n)+";"+t()}function x(){return
f({uid:e.uid,sessionID:n(),pubID:s(),feedsABCell:e.ab})}function
C(){t=t.split("/");var
n=t.shift(),a=t.shift(),o=t.shift(),i=t.shift();n&&(e.ab=e.ab),a&&(e.sid=g=a),o&&(f.
seq=o),i&&(e.uid=i)}function y(e,t){"string"==typeof e&&(e={url:e});var
n=e.url,i=e.params;r=e.js,s=e.rand,d=e.close,p=n+(i?"?"+(s?l+(2==s?"&colc="+(new
Date).getTime():""):""}+"&"+i:"");if(r)t&&c.error("loadPixel callback is not yet
supported for scripts"),u(p,1);else if(d){t&&c.error("loadPixel callback is not yet
supported for iframes");var
A=document,f=A.createElement("iframe");f.id="_atf",f.src=p,o(f),A.body.appendChild(f)
,f=A.getElementById("_atf")}else
a(p,null,t);c.debug("u="+p)}return{formatCustomEvent:b,clearOurFragment:p,
getOurFragment:d,mungeURL:A,ssid:n,sta:x,uns:C,loadPixel:y,scheduleTransmit:w}}},
function(e,t){e.exports=500},function(e,t,n){function a(e,t,n,a){var
c;"number"!=typeof e&&(c=e,e=32*c.length),this.m=e,this.k=t;var
```

```
u=Math.ceil(e/32),i=-1,ll(s){var
d=1<<Math.ceil(Math.log(Math.ceil(Math.log(e)/Math.LN2/8))/Math.LN2),p=1===d?
Uint8Array:2===d?Uint16Array:Uint32Array,A=new ArrayBuffer(d*t),f=this.buckets=new
Int32Array(u);if(c)for(;++l<u;)f[l]=c[l];else
if(a)for(l=-1;++l<u;)f[l]=a[l];if(this._locations=new
p(A),h)for(l=0;l<n.length;l++)this._locations[l]=n[l]else{var
f=this.buckets=a||[];if(c)for(;++l<u;)f[l]=c[l];else
for(;++l<u;)f[l]=0;this._locations=n||[]}this.locations=function(e){for(var
t=this.k,n=this.m,a=this._locations,o=r(e),s=i(o),c=-1,u=o%n;++c<t;)a[c]=0>u?u+n:u,u=
(u+s)%n;return a},this.add=function(e){for(var
t=this.locations(e+""),n=-1,a=this.k,o=this.buckets;++n<a;)o[Math.floor(t[n]/32)]|=1<
<t[n]%32},this.test=function(e){for(var
t,n=this.locations(e+""),a=-1,o=this.k,i=this.buckets;++a<o;)if(t=n[a],0===(i[Math.
floor(t/32)]&1<<t%32)return!1;return!0},this.size=function(){for(var
e=this.buckets,t=0,n=0,a=e.length;a>n;++n)t+=o(e[n]);return-this.m*Math.log(1-t/this.
m)/this.k}}function o(e){return
e-=e>>1&1431655765,e=(858993459&e)+(e>>2&858993459),16843009*(e+(e>>4)&252645135)>>24
}function i(e){return
e+=(e<<1)+(e<<4)+(e<<7)+(e<<8)+(e<<24),e+=e<<13,e^=e>>7,e+=e<<3,e^=e>>17,e+=e<<5,
4294967295&e}var r=n(813);e.exports=a;var s="undefined"!=typeof
ArrayBuffer},function(e,t,n){function a(e){var t=_atc._date||new
Date,n=t.getDate(),a=t.getMonth()+1;return
10>a&&(a="0"+a),10>n&&(n="0"+n),e+"."+(a+""+n)}function o(e,t,n,a,o){function
r(e){if(_ate.uls){var
t=JSON.parse(s.get(e)||"{}"),n=parseInt(t.m)||u,a=parseInt(t.k)||l,o=t.l,r=t.b;return
new i(n,a,o,r)}return null}var l;return e=e||"pbf",c=t&&n&&a&&o?new
i(t,n,a,o):t&&n?new i(t,n,a,o):_ate.uls?r(e):new
i(u,l),c.name=e,c.save=function(){if(_ate.uls){var
e={m:c.m,k:c.k,l:c._locations,b:c.buckets};s.add(c.name,JSON.stringify(e))}},c.remove
=function(){s.removeByPrefix(c.name)},c}var
i=n(141),r=n(2),s=n(82),c=3,u=600,l=2;e.exports=function d(e,t,n){function
i(e){return
e=(e||"").split(".").pop(),4!=e.length?{}:{m:parseInt(e.substr(0,2)),d:parseInt(e.
substr(2,4))}}var u,l={};return e?this instanceof
d?(this.name=e,this.get=function(){return
_ate.ich?null:l[e]=o(e)},this.isEmpty=function(){return!s.exists(this.name)},this.add
=function(e){return
l[e]||(this.get(e),this.prune()),l[e]},this.contains=function(e){return!!s.get(this.
name+"."+e)},this.prune=function(e){s.removeByPrefix(this.name);var
t=this.getCurrentBlooms(),e=Math.min(e||c,31),n=[],a=i(this.generateName()),o=a.m,u=a
.d;for(r(t,function(t,r){if(a=i(t),a.m)var
c=a.m,l=a.d;c>o||c===o&&u-e>l||o-1>c||c===o-1&&(u>e||31-e>l)?s.remove(t):n.push(t)}),n
.sort(function(e,t){return
parseInt(e<parseInt(t)?1:-1)});n.length>3;)s.remove(n.pop())},this.testAll=function(e
){var t=!1;if(!u){var
n=this.getCurrentBlooms(),a=this;r(n,function(e,t){l[e]||(l[e]=a.get(e))}),u=1}return
r(l,function(n,a){return a&&a.test(e)?(t=!0,!1):void
0)},t},this.generateName=function(){return(n||a).call(this,this.name)},void(this.
getCurrentBlooms=function(){return s.getAll(this.name)})}:new
d(e,t,n):null}},function(e,t,n){"use strict";function
a(e){try{if(1===e.nodeType)return!1}catch(t){}return!0}function
o(e,t){"*"===t?s.error("Can't use * as a target origin"):t?e||s.error("Need to
provide an iframe"):s.error("Need to provide a target
origin"),a(e)?(this._iframe=null,this._targetWindow=e,this._ready=!0,this._interval=
null):(this._iframe=e,this._targetWindow=null,this._ready=!1,this._interval=
setInterval(function(){null!==this._iframe.contentWindow&&(this._targetWindow=this.
_iframe.contentWindow,this._ready=!0,setTimeout(this._drainQueue,this)),
clearInterval(this._interval),this._interval=null)},this),0)),this._targetOrigin=t,
this._queue=[]}var
i=n(13),r=n(57),s=n(4);o.prototype={post:function(e){r&&(this._ready?this.
_targetWindow.postMessage(e,this._targetOrigin):this._queue.push(e))},_drainQueue:
function(){var e;if(!this._ready)throw new Error("Cannot drain queue before postman
is
ready!");for(e=this._queue.pop();e;)this.post(e),e=this._queue.pop()}},e.exports=o},
function(e,t,n){function a(e,t,n){var i=this,r=new
o(i);t=t||"",r.decorate(r).decorate(r),this.callbacks=[],this.ready=!1,this.loading=!
1,this.id=e,this.url=t,"function"==typeof n?this.test=n:"undefined"==typeof
n?this.test=function(){return!0}:this.test=function(){return"object"==typeof
```

144414...

```
_window&&window[n]},a.addEventListener="load",function(e){var
e.data?e.data.resource:null;t&&t.id==i.id&&i.loading&&(i.loading=!1,i.ready=!0,r.
fire(e.type,t,{resource:t}))})}var
o=n(53).EventDispatcher,i=n(835),r=n(17),s=document,c=window.addthis_config||{},u=[];
e.exports=a,a.prototype.load=function(e){var t,n,o,u,l=c.ui_use_css===!1?!1:!0;if(e
instanceof Function&&this.callbacks.push(e),this.loading)return
1;if(".css"===this.url.substr(this.url.length-4)){if(l){for(n=s.getElementsByTagName(
"link"),u=n.length-1;u>=0;u--)if("stylesheet"===n[u].rel&&i(n[u].href)===i(this.url))
{o=n[u];break}o||(t=s.getElementsByTagName("head")[0]||s.documentElement,o=s.
createElement("link"),o.rel="stylesheet",o.type="text/css",o.href=this.url,o.media="
non-existant-media",t.appendChild(o,t.firstChild),setTimeout(function(){o.media="all"
}))}}else o=r(this.url,1);return
this.loading=!0,a.monitor(this),o},a.loading=u,a.monitor=function d(e){var
t,n,o;for(e&&e instanceof
a&&u.push(e),t=0;t<u.length;)if(o=u[t],o&&o.test())for(u.splice(t,1),a.fire("load",o,
{resource:o}),n=0;n<o.callbacks.length;n++)o.callbacks[n]();else
t++;u.length&&setTimeout(d,25)};var l=new
o(a);l.decorate(l).decorate(a)},function(e,t,n){function a(e,t){var
n=this,a=0,l=0,d=!!t,p=(d?s:"")+e,A={},f=r.encodeURIComponent,h=r.decodeURIComponent;
this.toString=function(){var e="";return
i(A,function(t,n){e+=(e.length?c:"")+f(t)+u+(void
0===n||null===n?"":f(n))}),e},this.get=function(){return
n.load(),A},this.load=function(){if(!a){var e=o.rck(p)||"",t="";if(e){var
n=e.split(c);i(n,function(e,n){t=n.split(u),2===t.length&&(l++,A[h(t[0])]=h(t[1]))})}
a=1}return
A},this.save=function(){this.load(),l?o.sck(p,n.toString(),d,d):o.kck(p)},this.add=
function(e,t){n.load(),l++,A[e]=t,n.save()},this.remove=function(e){n.load(),A[e]&&(
delete A[e],l--),n.save()},this.reset=function(){A={},l=0,n.save()}}var
o=n(23),i=n(2);e.exports=a;var r=window,s="__at",c="|",u="/"},function(e,t,n){"use
strict";function a(e){var t;return
x(e)&&(t=e.toString(16)),(!t||t.indexOf("NaN")>-1||t.length>3||t===e)&&(t=""),("000"+
t).slice(-3)}function o(e){var t;return
C(e)&&(t=parseInt(e,16)),(!t||t!==t||0>t)&&(t=0),t}function i(){return(new
Date).getTime()}function r(){return y()}function s(){var e=new Date,t=new
Date(i()+18e5);return e.getHours()>0&&0===t.getHours()}function c(){return new
Date(new Date).setHours(24,0,0,0).setSeconds(-1))}function u(){return
s()?c():new Date(i()+18e5)}function l(e){if(!v||e){var
t=b.rck,n=t(k)||"";n?(w=A(n),w.counter+=1):w={id:r(),counter:0},v=1}}function
d(){l(),b.sck(k,f(),!1,!0,u())}function p(){d()}function A(e){var
t=e.substr(0,16),n=e.substr(16,19);return{id:t,counter:o(n)}}function f(){return
w.id+a(w.counter)}function h(){return l(),0===w.counter}function g(){return
l(),w.id}function m(){var e=_ate.cookie.read("__atuvs").substring(16);return
parseInt(e,16)}var
v,w,b=n(23),x=n(10).number,C=n(10).string,y=n(5).makeCUID,E=n(74),k=(-1===window.
document.location.href.indexOf(E())?"__at":"")+"uvs";e.exports={update:p,isNew:h,
getID:g,readVisitCount:m}},function(e,t){"use strict";function n(){return
document.body.scrollTop||document.documentElement&&document.documentElement.scrollTop
}function a(){return
document.body.scrollLeft||document.documentElement&&document.documentElement.
scrollLeft}var
o="scroll",i=!1,r={setup:function(){i||(r._scrollTop=n(),r._scrollLeft=a(),r.
_scrollInterval=setInterval(r._handleScroll,20),i=!0)},teardown:function(){
clearInterval(r._scrollInterval),r._scrollInterval=null,i=!1},_handleScroll:function(
){var
e=a(),t=n(),i=e-r._scrollLeft,s=t-r._scrollTop;(i||s)&&addthis.events._fire(o,null,{x
:e,y:t,dx:i,dy:s}),r._scrollLeft=e,r._scrollTop=t},_scrollTop:document.body.scrollTop
,_scrollLeft:document.body._scrollLeft,_scrollInterval:null};e.exports=r},function(e,
t,n){var
a=n(21);e.exports=function(e){return(e||a()).split("-").shift()}},function(e,t,n){var
a=n(84);e.exports=function(e){var t=a(e)||"en";return
l===t&&(t=e),t}},function(e,t){e.exports=function(){return
Math.floor(4294967295*Math.random()).toString(36)}},function(e,t){function
n(){Function.prototype.bind=function(e){if("function"!=typeof this)throw new
TypeError("Function.prototype.bind - what is trying to be bound is not callable");var
t=Array.prototype.slice.call(arguments,1),n=this,a=function(){},o=this instanceof
a&&e?this:e,i=function(){return
n.apply(o,t.concat(Array.prototype.slice.call(arguments)))};return
a.prototype=this.prototype,i.prototype=new
```

144414…

```
a,i}}function.prototype.bind||n(),e.exports=n},function(e,t,n){"use strict";function
a(e,t){var
n=c({url:encodeURI(o("skype",e,t,!1,!0)),lang:_ate.lng()||"en-US",flow_id:s(),source:
"AddThis"});return"https://web.skype.com/share?"+n}var
o=n(11),i=n(36),r=n(22),s=n(5).makeCUID,c=n(18);e.exports=function(e,t){var
n=c({toolbar:"no",scrollbars:"yes",resizable:"yes",width:305,height:665},",");i("
skype",e,t),r(a(e,t),"_blank",n)},e.exports.getSkypeURL=a},function(e,t,n){"use
strict";function
a(e,t){return"https://dashboard.addthis.com/darkseid/slack-oauth/auth?shareURL="+
encodeURIComponent(o("slack",e,t,!1,!0))+"&shareTitle="+encodeURIComponent(e.title)}
var
o=n(11),i=n(22);e.exports=function(e,t){i(a(e,t),"_blank")},e.exports.getSlackURL=a},
function(e,t,n){"use strict";var a=n(7);e.exports=function(e,t){return
a("pinterest_share",!1,e,t)}},function(e,t){"use strict";var
n;e.exports=function(){if(!n){var
e=document;n=e.getElementsByTagName?e.getElementsByTagName("META"):[],_ate.meta=n}
return n}},function(e,t){"use strict";function n(){return(new
Date).getTime()}e.exports=function(){return
Date.now?Date.now():n()}},function(e,t,n){"use strict";var
a=n(20);e.exports=function(e,t){var
n="addthis."+t+"."；a(e,{on:function(e,t){addthis.ed.addEventListener(n+e,t)},off:
function(e,t){addthis.ed.removeEventListener(n+e,t)},once:function(e,t){addthis.ed.
once(n+e,t)},_fire:function(e,t,a){addthis.ed.fire(n+e,t,a)}})}}},function(e,t){e.
exports=function(e){for(var
t=document.getElementsByTagName("script"),n=t.length-1;n>=0;n--)if(-1!==t[n].src.
indexOf(e))return t[n]}},function(e,t){var n=[],a={};e.exports=function(e){var
o,i=(new Date).getTime();if(t=t||{},t.cacheDuration=void
0!==t.cacheDuration?t.cacheDuration:3e3,!e)return!1;if(e.scrollCheckID){if(o=e.
scrollCheckID,!(i-n[o]>t.cacheDuration))return a[o];n[o]=i}else
e.scrollCheckID=n.length,n[n.length]=i,o=e.scrollCheckID;var
r=e.getBoundingClientRect(),s={top:0,left:0,bottom:window.innerHeight||document.
documentElement.clientHeight,right:window.innerWidth||document.documentElement.
clientWidth},c=0,u=Math.max(r.top,s.top),l=Math.min(r.bottom,s.bottom),d=Math.max(r.
left,s.left),p=Math.min(r.right,s.right),A=(r.right-r.left)*(r.bottom-r.top);return
c=l>u&&p>d?(l-u)*(p-d):0,a[o]=c/A,a[o]}},function(e,t){"use strict";var
n=[function(e,t){return navigator.sendBeacon(e,t)},function(e){var t=new Image;return
t.src=e,!0}],a=navigator.sendBeacon instanceof
Function?0:Math.floor(Math.random()*(n.length-1)+1);e.exports=n[a],e.exports.
polyfillMethodID=a},function(e,t){"use strict";function n(e,t,n){var
o="",i=0,r=-1;if(void
0===n&&(n=300),e&&(o=e.substr(0,n),o!==e&&((r=o.lastIndexOf("%"))>=o.length-4&&(o=o.
substr(0,r)),o!==e))){for(var s in a)a[s]!==t||(i=1);i||a.push(t)}return o}var
a=[];e.exports={truncationList:a,truncateURL:n}},function(e,t){var
n=function(){try{var e="addthis-test",t=window.localStorage;return
t.setItem(e,"l"),t.removeItem(e),null!=t}catch(n){return!1}}();e.exports=n},function(
e,t,n){var a,o;a=function(){function e(e){if(e&&1!==e.nodeType)throw new
Error("Cannot wrap non-element in
Emdot");this.element=e,this.element.style||(this.element.style={})}function
t(e){return function(t){try{return this.attr(e,t)}catch(n){return
this.element[e]=t,this}}}function n(t){return function(){var
n,o,i,r=Array.prototype.slice.call(arguments,0);for(n=document.createElement(t),i=0;i
<r.length;i++)o=r[i],a(n,o);return new e(n)}}function a(t,n){if(null!==n){if(void
0===t.appendChild(document.createTextNode("")));else
if(n.constructor===String||n.constructor===Number)t.appendChild(document.
createTextNode(n));else if(n&&1===n.nodeType)t.appendChild(n);else if(n instanceof
e)t.appendChild(n.element);else{if(!(n instanceof Array)){if(n)throw new Error("Could
not turn truthy argument into element");return!1}for(var
o=0;o<n.length;o++)a(t,n[o])}return!0}}var
o="html,head,title,base,link,meta,style,script,noscript,template,body,section,nav,
article,aside,h1,h2,h3,h4,h5,h6,header,footer,address,main,p,hr,pre,blockquote,ol,ul,
li,dl,dt,dd,figure,figcaption,div,a,em,strong,small,s,cite,q,dfn,abbr,data,time,code,
var,samp,kbd,sub,sup,i,b,u,mark,ruby,rt,rp,bdi,bdo,span,br,wbr,ins,del,img,iframe,
embed,object,param,video,audio,source,track,canvas,map,area,svg,table,caption,
colgroup,col,tbody,thead,tfoot,tr,td,th,form,fieldset,legend,label,input,button,
select,datalist,optgroup,option,textarea,keygen,output,progress,meter,details,summary
,menuitem,menu".split(","),i="value,name,id,href,src,title,alt,target,type,role,
placeholder,action,method,autocorrect,autocapitalize,required".split(","),r=e.
prototype;for(r.style=function(e){if(e)for(var
```

144414...

```
t=e.replace(/\s+/,"").replace(/(\s)\s+/,"").split(","),n=0,a=t.length;n<a;n++){var
o=t[n].split(":"),i=o[0].replace(/\s+/g,""),r=o[1].replace(/^\s+/,"").replace(/\s+$/,
"");if(!i||!r)throw new Error("Emdot: Malformed style string -
"+e);try{r.replace(/\s+/g,""),this.element.style[i]=r}catch(s){window.console&&
console.log&&console.log(s.toString()+" - "+e)}}return
this},r.css=function(){if(arguments.length){var
e=Array.prototype.slice.call(arguments,0);this.element.className=e.join(" ")}return
this},r.data=function(e,t){return
null===t||""===t?this.element.removeAttribute("data-"+e,t):e&&this.element.
setAttribute("data-"+e,t),this},r.attr=function(e,t){return
null===t||""===t?this.element.removeAttribute(e,t):e&&this.element.setAttribute(e,t),
this},r.aria=function(e,t){return this.attr("aria-"+e,t)},r.html=function(e){return
this.element.innerHTML=e,this},emdot=function(e,t,n){var
a,o=[],n=n||this;for(a=0,len=e.length;a<len;a++)o[o.length]=t.call(n,e[a],a,e);return
o},c=o.length-1;c>=0;c--){var s=o[c];emdot[s]=n(s)}for(var c=i.length-1;c>=0;c--){var
u=i[c];r[u]=t(u)}return emdot}.apply(t,a),!(void
0!==o&&(e.exports=o))},function(e,t,n){"use strict";function a(e){var
t=e.code,n=e.alt,a=e.title,o=e.size,u=e.backgroundColor,l=e.color,d=e.buttonHeight,p=
e.buttonWidth,A=e.borderRadius,f=e.borderWidth,h=e.borderStyle,g=e.borderColor,m=e.
type,v=e.label;return n=void 0!==n?n:i(t),a=void 0!==a?a:n,v=void 0!==v?v:null,d=void
0!==d?d:o,p=void 0!==p?p:o,u=void
0!==u?u:r(t),m=m||(s?"SVG":"PNG"),l="SVG"===m?l:null,c(t,n,a,o,u,l,d,p,A,f,h,g,m,v)}
function o(e,t,n,o,i,r,s,c,u,l,d,p,A,f){return
a({code:e,alt:t,title:n,size:o,backgroundColor:i,color:r,buttonHeight:s,buttonWidth:c
,borderRadius:u,borderWidth:l,borderStyle:d,borderColor:p,type:A,label:f})}var
i=n(60),r=n(373),s=n(622),c=n(713);e.exports=function(e){return
1===arguments.length&&e instanceof
Object?a(e):o.apply(this,Array.prototype.slice.call(arguments,0))}},function(e,t,n){"
use strict";var a=n(164),o=n(163);e.exports.getMixin=function(e){return
e=e||{},{generateBranding:function(t){var n=a(e.campaign);return
Boolean(t)?this._generateReducedBranding(n):this._generateAddThisBranding(n)},
_generateReducedBranding:function(e){return
o.div(o.a(o.span("AddThis")).css("at-branding-info").href(e).title("Powered by
AddThis").target("_blank"))},_generateAddThisBranding:function(e){return
o.div(o.a(o.div().css("at-branding-icon").o.span("AddThis").css("at-branding-addthis"
)).css("at-branding-logo").href(e).title("Powered by
AddThis").target("_blank"))}}}},function(e,t,n){"use strict";var
a=n(58),o=n(42);e.exports=function(e){var t={utm_source:"AddThis
Tools",utm_medium:"image",utm_campaign:e},n=a(t,function(e,t){return
t}),i=o(n,function(e,t){return
window.encodeURIComponent(t)+"="+window.encodeURIComponent(e)}).join("&");return"//
www.addthis.com/website-tools/overview?"+i}},function(e,t,n){"use strict";var
a=n(99);e.exports=function(e,t){a(e,t)||(e.className?e.className+="
"+t:e.className=t)}},function(e,t){"use
strict";e.exports=function(e){return!isNaN(e)}},function(e,t,n){"use strict";var
a=n(43),o=n(42),i=n(20),r=n(131),s=n(9),c=n(5).makeCUID;e.exports=function(e,t){a(e,"
A url must be supplied to `makeRedirectURL`"),a(t.pco,"A pco must be supplied to
`makeRedirectURL`");var
n=window._ate&&_ate.feeds&&_ate.feeds.getTestCell(),u=window._atc&&window._atc.rev,l=
r()||c(),d=i({url:e,uid:l,pub:s(),rev:u,per:n},t),p=o(d,function(e,t){return
t+"="+window.encodeURIComponent(e)}).join("&");return"//m.addthis.com/live/redirect/?
"+p}}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,function(e,t,n){"use strict";var
a=n(69),o=n(745),i="585858";e.exports=function(e){var
t=a[e]||e,n=o[t]||i;return"#"+n).toLowerCase()}},,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,function(e,t){function n(e){var t,n,a,o;return
a=e.match(/^(\w+)(?:#|\.|$)/),a=a?a[1]:"div",t=document.createElement(a),n=e.match(/#[
\w][\w-]*/),n&&(n=n[0].replace(/#/,""),t.setAttribute("id",n)),o=e.match(/\.[\w][\w-]
*/g),o&&(o=o.join(" ").replace(/\./g,""),t.className=o),t}var
a=document;e.exports=function o(e){var t,i,r,s,c,u,l,d,p,A;if(e){for(t in
e){i=t;break}if(r=e[i],s=n(i),r&&"object"==typeof r&&"length"in r){for(t in
r)if("undefined"==typeof r.hasOwnProperty||r.hasOwnProperty(t)){var
f=o(r[t]);s.appendChild(f)}return
s}if(u=e[i],p=["a","b","body","br","div","em","font","head","h","p","span","button",
"h1","h2","h3","h4"],A=function(e){if("function"==typeof p.indexOf)return
```

```
p.indexOf(e)>-1;for(var i in p)if(e===p[i])return!0;return!1}},function(e,t,n){"use strict";var typeof
u)s.appendChild(document.createTextNode(u));else if(u&&"object"==typeof
u&&1===u.nodeType)s.appendChild(u);else for(var c in
u)if(u.hasOwnProperty(c))if(l=u[c],"string"==typeof
l&&c.indexOf(".")<0&&(c.indexOf("#")<0||1===c.length)&&!A(c.toLowerCase()))if("html"=
==c)s.appendChild(document.createTextNode(l));else
if("style"===c&&(_ate.bro.ie6||_ate.bro.ie7||_ate.bro.msi&&"backcompat"===a.
compatMode.toLowerCase()))){for(var
h,g,m,v=l.split(";"),w=-1;++w<v.length;)if(h=v[w],g=h.substring(0,h.indexOf(":")),m=h
.substring(h.indexOf(":")+1,h.length),g&&m)try{s.style[g]=m}catch(b){}}else"className"
"===c||"class"===c?s.className=l:s.setAttribute(c,l);else if("children"==c)for(var f
in
l)s.appendChild(o(l[f]));else{if((l||{}).test===!1)continue;d={},d[c]=l,l=o(d),s.
appendChild(l)}return s}}},function(e,t,n){"use strict";var
a=n(99);e.exports=function(e,t){var n="(?:\\s|^)"+t+"\\b",o=new
RegExp(n,"g");a(e,t)&&a(e).className=e.className.replace(o,"").replace(/\s+/g,"
").replace(/^\s+|\s+$/g,"")}}},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e){if(e&&e.__esModule)return e;var
t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function i(e){var t=document.createElementNS(w,"svg");return
t.setAttribute("xmlns",w),t.setAttribute("xmlns:xlink","http://www.w3.org/1999/xlink"
),t}function r(e,t){if("svg"!==e.tagName.toLowerCase())for(var
n=t.ownerDocument.createElementNS(w,e.tagName),a=0;a<e.attributes.length;a++){var
o=e.attributes[a],i=o.name,s=o.value;n.setAttribute(i,s)}t.appendChild(n)}for(var
a=0;a<e.childNodes.length;a++){var c=e.childNodes[a];r(c,t)}return t}function
s(e){for(;1===e.childNodes.length;)e=e.childNodes[0];return e}function
c(e,t){v[e]?v[e].push(t):v[e]=[t],f.svg[e](function(n){m[e]=r(s(g["default"](n)),t.
ownerDocument.createElementNS(w,"g"));for(var a=0;a<v[e].length;a++){var
o=v[e][a];u(e,o)}v[e]=[]}}}function u(e,t){t.appendChild(m[e].cloneNode(!0))}function
l(e){var t=i();return m[e]?u(e,t):c(e,t),t.setAttribute("viewBox","0 0 32
32"),t.className.baseVal="at-icon at-icon-"+e,t}function
d(e,t){f.svg[e]&&f.svg[e](t)}function p(e){return
f.svg[e]||(e="unknown"),l(e)}t._esModule=!0,t.getIconMarkup=d,t["default"]=p;var
A=n(109),f=o(A),h=n(712),g=a(h),m={},v={},w="http://www.w3.org/2000/svg"},function(e,
t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return
r["default"](e)||"bkmore"===e||"link"===e||"email"===e}t._esModule=!0,t["default"]=o
;var i=n(90),r=a(i);e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t._esModule=!0,t["default"]=
o=n(1),i=a(o);t["default"]={ICON_RENDER_INCREMENT:60,NUM_ICONS_TO_INITIALLY_RENDER:40
,MAX_TOP_SERVICES:i["default"]("mob")?8:10,CROSS_WINDOW_NAMESPACE:"addthis.expanded.
messages"},e.exports=t["default"]},function(e,t,n){function a(e){return
h[e]||e}function o(e){var t=g(e);this.cacheable&&this.value=e;var
n="var svg = {};\nvar png = {};\n"+m+p(t)+"\n"+v+d(t)+"\nmodule.exports = {png: png,
svg: svg}";return n}function i(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\ncallback(require("+t+"));\n};\n"+c(e)}function r(e){return
s(e)+c(e)}function s(e){var t=A(e.code);return"svg['"+e.code+"'] = function
(callback) {\nrequire.ensure("+t+", function ()
{\ncallback(require("+t+"));\n});\n}\n"}function c(e){var
t=f(e.code);return"png['"+e.code+"'] = function (callback) {\nrequire.ensure("+t+",
function () {\ncallback(require("+t+"));\n});\n}\n";return}function u(e){return
e.filter(function(e){return e.topService})}function l(e){return
e.filter(function(e){return!e.topService})}function p(e){return
l(e).map(r).join("\n")}function p(e){return u(e).map(i).join("\n")}var
A=n(743),f=n(742),h=n(110),n(69)},e="\n/* TOP SERVICES */\n",v="\n/* BOTTOM
SERVICES */\n";e.exports=o,e.exports.getIconCode=a},function(e,t,n){"use strict";var
a=n(111);e.exports=function(e,t){var n=document.createElement("span");return
n.className="at-icon-wrapper
at300bs",n=a(n,t)},e.exports.createCssServiceIcon=function(e,t,n){return{"background-
image":"url("+t+")","background-repeat":"no-repeat","background-position":"top
left","background-color":"transparent
!important","line-height":n,"background-size":n,width:n,height:n}}},function(e,t,n){
var a=n(63),o=n(112),i=n(65);e.exports=function(e){return void 0==a[e]||void
0!==o[e]||void 0!==i[e]}},function(e,t){"use
strict";e.exports=document.implementation.hasFeature("http://www.w3.org/TR/SVG11/
feature#Image","1.1")},function(e,t,n){function a(){y=0,b={},C=[]}function
o(e){return e>h.high?3:e>h.med?2:1}function i(){var e,t=[];s();for(e in
```

```
144414.. b)t.push({name:e,score:r(o[e])}),return t.sort(function(e,t){return
   .. e.score>t.score?1:-1}),t}function r(){s();var e,t={};for(e in b)t[e]=o(b[e]);return
   .. t}function s(){var e,t;if(!y){var
   .. e,n,a,o,i=(f.rck(w)||"").split(";");for(e=0,t=i.length;t>e;e++)n=i[e].split(";"),a=n.
   .. pop(),o=n.pop()||"",b[o]=a,C.push(o),a>E&&(E=a,A=o);y=1}}function c(e){return
   .. b.hasOwnProperty(e)}function u(){for(var
   .. e,t=!1,n=(f.rck("sshs")||"").split(",");t===!1&&0!==n.length;)e=n.pop(),b.
   .. hasOwnProperty(e)&&b[e]==Math.min(b)&&(t=e);t===!1&&(t=C.pop()),delete b[t]}function
   .. l(){var e,t={};for(e in
   .. b)b.hasOwnProperty(e)&&b[e]/2>=1&&(t[e]=parseInt(b[e]/2),n.push(e));b=t,C=n}function
   .. d(e){if(s(),"string"!=typeof
   .. e)return!1;if(e=e.replace(/_[a-zA-Z0-9]*/i,""),x===!1){x=!0,C.length+1>=m&&!c(e)&&u()
   .. ,c(e)?b[e]++:b[e]="1",b[e]>=v&&l();var t=p(b);f.sck(w,escape(t),!1,!g)}}function
   .. p(e){var t,n,a=[];if("object"!=typeof e)return!1;for(n in
   .. e)n.length>1&&a.push(n+";"+e[n]);return t=a.join(",")}var
   .. A,f=n(23),h={high:4,med:2},g=document.location.href.indexOf("addthis.com")>-1,m=10,v=
   .. 20,w=(g?"":"__at")+"ssc",b={},x=!1,C=[],y=0,E=0;e.exports={reset:a,get:r,getServices:
   .. i,update:d}},,function(e,t,n){var a=n(2);e.exports=function(e){var t=[];return
   .. a(e,function(e){t.push(e)}),t}},,function(e,t,n){"use strict";function a(e){return
   .. e&&e.__esModule?e:{"default":e}}function
   .. o(e,t,n,a){return"facebook"===e?(n="user",t&&t.match(c)&&(t="profile.php?id="+t)):"
   .. facebook_url"===e?(n="user",e="facebook"):"twitter"===e&&void
   .. 0===t&&(t=(a||{})["tw:screen_name"]),t?(n&&"id"!==n||(n="user"),{code:e,userid:t,
   .. usertype:n}):null}function i(e,t,n,a){var i=o(e,t,n,a);if(!i)return null;var
   .. r=i.code,c=s["default"][r];if(!c)return null;var
   .. u=i.userid,l=i.usertype;return(c[l]||"").replace("{{id}}",u)}t.__esModule=!0,t["
   .. default"]=i;var r=n(747),s=a(r),c=new
   .. RegExp(/^\d+$/);e.exports=t["default"]},,function(e,t,n){"use strict";function
   .. a(e){return e&&e.__esModule?e:{"default":e}}function o(){var
   .. e=r["default"]();e._hasMountedExpandedMenu||!function(){e._hasLoadedResources||c["
   .. default"]();var t=void
   .. 0!==window.pageYOffset?window.pageYOffset:document.documentElement?document.
   .. documentElement.scrollTop:document.body.scrollTop,n=.15*l["default"](),a=n+t,o=
   .. document.getElementById("at-expanded-menu-host"),i=document.querySelector(".at-
   .. expanded-menu"),r=document.querySelector(".at-expanded-menu-close"),s=function(){
144415.. f["default"](o,"at-expanded-menu-hidden"),p["default"].unlisten(r,"click",s),s=null};
   .. p["default"].listen(r,"click",s),i.style.top=a+"px",g["default"](o,"at-expanded-menu-
   .. hidden")}()}t.__esModule=!0,t["default"]=o;var
   .. i=n(101),r=a(i),s=n(61),c=a(s),u=n(92),l=a(u),d=n(3),p=a(d),A=n(168),f=a(A),h=n(614),
   .. g=a(h);e.exports=t["default"]},function(e,t,n){"use strict";function a(e,t){var
   .. n=t.once,a=void
   .. 0===n?!1:n;!o.markerSupport()||a&&i[e]||(i[e]=!0,performance.mark("addthis."+e))}t.
   .. __esModule=!0,t["default"]=a;var
   .. o=n(68);addthis.perfMarkers||(addthis.perfMarkers={});var
   .. i=addthis.perfMarkers;e.exports=t["default"]},,,function(e,t,n){var
   .. a=n(735);"string"!=typeof
   .. a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},,,,,,function(e,t){e
   .. .exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M18
   .. 14V8h-4v6H8v4h6v6h4v-6h6v-4h-6z"
   .. fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
   .. xmlns="http://www.w3.org/2000/svg" width="32" height="32"><circle cx="5.936" cy="16"
   .. r="3.544"/><circle cx="15.989" cy="16" r="3.544"/><circle cx="26.074" cy="16"
   .. r="3.545"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
   .. xmlns="http://www.w3.org/2000/svg"><path d="M19.864 21.38H11.84a1.712 1.712 0 0 1
   .. 0-3.425h8.024a1.712 1.712 0 0 1 0 3.425zm-7.542-11.27l4.012.063a1.712 1.712 0 0
   .. 1-.054 3.424l-4.012-.064a1.712 1.712 0 0 1 .054-3.424zm13.4
   .. 9.404c-.007-.374-.008-.71-.01-1.014-.006-1.58-.012-2.83-1.016-3.803-.716-.694-1.565-.
   .. 914-2.855-.962.176-.747.226-1.575.145-2.47-.02-2.973-2.234-5.18-5.304-5.264h-.043l-4.
   .. 692.072c-1.844-.007-3.3.53-4.332 1.606-.638.666-1.362 1.83-1.45 3.72H6.16v.057a8.6
   .. 8.6 0 0-.006.393l-.12 7.125c-.008.143-.015.288-.016.437-.12 2.088.372 3.728 1.463
   .. 4.876 1.078 1.132 2.664 1.706 4.715 1.706H19.516c1.84-.017 3.393-.624 4.494-1.757
   .. 1.1-1.132 1.692-2.743 1.713-4.66v-.06z"
   .. fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
   .. xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M28.907
   .. 32s1.156-7.656-1.594-7.844-14.564 2.53-14.564 2.53-1.712 3.69-.246
   .. 5.314h16.403zM20.313 10.68s.03-1.126.28-1.653.032-1.09-.28-1.59S18.25 5.25 17.25
   .. 6.5s-.635 1.69 0 2.156 2.782 1.426 3.063 2.025zM14
   .. 10s-.003-1.562-.423-2.125-2.2.375-2.45.875-.126 1.738.56 1.932S14.002 10 14.002
```

10z"/><path d="M14.933 4.156c-3.743-1.3-1.996-7.2-2.836-22.5.902 0 0-2.28
1.75-.875 4.47 0 0-1.094 8.343 8 12.656 0 0 12.188 3.656 12.625-6.406C28.22 13 20.938
8.156 14.938 9.156zm3.508 2.25c.33 0 .6.373.6.834 0 .46-.27.833-.6.833-.332
0-.602-.373-.602-.833 0-.46.27-.834.602-.834zm-5.648.625c.232 0
.422.31.422.69s-.19.685-.422.685-.422-.307-.422-.686.19-.69.422-.69zm3.547
11.064c-.656.53-1.562.625-3.625.22s-4.71-4.995-3.553-4.87c.605.066 1.643.124
2.495.165-.884-.766-1.036-2.39-1.036-2.39.125-2.45 2.906-1.97 3.644-1.69s2.17 1.532
1.92 2.564c-.17.694-.86 1.3-1.848 1.635 3.142.237 7.784 1.114 7.784
1.114-3.25.156-5.125 2.718-5.78 3.25z"/><path d="M8.663
14.712c-.016-.01-1.6-.944-3.1-.944h-3.28v-.1h3.28c1.527 0 3.135.948
3.15.958l-.05.086zM8.14
15.396c-.018-.006-1.748-.623-2.854-.534l-.164.014c-1.182.1-3.16.268-4.59.25v-.1h.17c1
.41 0 3.277-.155 4.412-.25l.164-.014c1.12-.1 2.824.515 2.896.54l-.034.094zM2.79
16.986l-.015-.098c.36-.05.86-.18 1.437-.328.52-.136 1.113-.29 1.748-.422 1.337-.28
2.02-.193
2.048-.188l-.014.098c-.005.002-.696-.088-2.015.188-.632.133-1.223.285-1.743.42-.58.15
-1.082.28-1.448.33zM24.086
20.342c-2.27-.422-5.046-3.03-5.073-3.057l.068-.072c.028.027 2.783 2.613 5.023
3.03l-.017.12zM27.02
19.424c-1.26-.285-2.56-1.146-3.236-2.146-.65-.963-3.623-.584-3.65-.58l-.015-.1c.124-.
017 3.06-.39 3.746.623.663.98 1.94 1.827 3.177 2.106l-.022.098zM27.936
16.826c-.814-.045-2.357-.49-3.598-.848-.62-.18-1.157-.334-1.473-.4-.914-.193-2.71.247
-2.728.252l-.023-.098c.074-.02 1.825-.452 2.772-.252.317.066.855.222 1.48.402
1.234.355 2.77.8 3.575.844l-.004.1zM23.825 12.375s2.645-.344 3.02.47.094 2.843-.97
2.937-2.976-.095-2.05-3.407z"/><ellipse cx="18.614" cy="12.01" rx=".168"
ry=".229"/><ellipse cx="12.915" cy="12.509" rx=".117" ry=".208"/><path d="M14.89
18.69l-.338-.024a5.454 5.454 0 0
1-1.86.333c-.734.008-1.22-.415-1.543-.932l-.023-.006s-.562 4.062 2.25 4c.312.406
1.16.812 2.22.53 0
0-.162-2.522.078-3.776l-.784-.125z"/></g></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><g
fill-rule="evenodd"><path d="M6 6h10v10H6z"/><path opacity=".4" d="M16
6h10v10H16z"/><path opacity=".2" d="M6 16h10v10H6z"/><path opacity=".8" d="M16
16h10v10H16z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M8.523
10h2.19v10.558H5v-7.486h3.523V10zm0
8.796v-3.963h-1.32v3.963h1.32zm5.273-5.724v7.486h-2.2v-7.486h2.2zm0-3.072v2.19h-2.
2V10h2.2zm.88 3.072h5.726V23.19h-5.725v-1.75H18.2v-.882h-3.523v-7.486zm3.524
5.724v-3.963h-1.32v3.963h1.32zm3.082-5.724h5.714V23.19h-5.714v-1.75h3.513v-.882h-3.
513v-7.486zm3.513 5.724v-3.963h-1.322v3.963h1.322z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M27 22.757c0
1.24-.988 2.243-2.19 2.243H7.19C5.98 25 5 23.994 5
22.757V13.67c0-.556.39-.773.855-.49618.78 5.238c.467 1.95.467 2.73
018.78-5.238c.472-.28.855-.065.855.495v9.087z"/><path d="M27 9.243C27 8.006 26.02 7
24.81 7H7.19C5.988 7 5 8.004 5 9.243v.465c0 .554.385 1.232.857 1.51419.61
5.733c.267.16.8.16 1.067
019.61-5.733c.473-.283.856-.96.856-1.514v-.465z"/></g></svg>'},function(e,t){e.
exports='<svg width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M22
5.16c-.406-.054-1.806-.16-3.43-.16-3.4 0-5.733 1.825-5.733
5.17v2.882H9v3.913h3.837V27h4.604V16.965h3.823l.587-3.913h-4.41v-2.5c0-1.123.347-1.
903 2.198-1.903H22V5.16z" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M26.56
13.56a.432.432 0 0
0-.4-.29h-7.5l1-2.32-7.14c-.06-.17-.22-.28-.39-.28s-.34.11-.39.28l-2.34
7.14H5.72c-.18 0-.34.12-.39.29-.06.17.01.35.15.4616.06 4.42-2.34
7.17c-.06.17.01.35.15.46.14.11.34.15.46 016.1-4.43 6.09
4.43c.07.05.16.08.24.08s.17-.03.24-.08c.15-.1.2-.29.15-.46l-2.34-7.18
6.08-4.42a.37.37 0 0 0 .16-.45z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path
opacity=".3" d="M7.03 8h17.94v17H7.03z"/><path d="M7.225 8h-.41C5.815 8 5 8.84 5
9.876v13.248C5 24.16 5.812 25 6.815 25h.962V12.714L16
19.26l8.223-6.546V25h.962C26.188 25 27 24.16 27 23.124V9.876C27 8.84 26.186 8 25.185
8h-.41L16 15.506 7.225 8z"/></g></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M16.213
13.998H26.7c.157.693.28 1.342.28 2.255C27 22.533 22.7 27 16.224 27 10.03 27 5 22.072
5 16S10.03 5 16.224 5c3.03 0 5.568 1.09 7.51 2.871-3.188
3.037c-.808-.748-2.223-1.628-4.322-1.628-3.715 0-6.745 3.024-6.745 6.73 0 3.708 3.03

144415... 6.733c.744-.6.733-3-3.5-.882-2.918-1.6-1.892h-6.186v12.2r
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M12 15v2.4h3.97c-.16 1.03-1.2 3.02-3.97
... 3.02-2.39 0-4.34-1.98-4.34-4.42s1.95-4.42 4.34-4.42c1.36 0 2.27.58 2.79
... 1.08l1.9-1.83C15.47 9.69 13.89 9 12 9c-3.87 0-7 3.13-7 7s3.13 7 7 7c4.04 0 6.72-2.84
... 6.72-6.84 0-.46-.05-.81-.11-1.16H12zm15 0h-2v-2h-2v2h-2v2h2v2h2v-2h2v-2z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M6.96
... 8.22h7.33c1.25 0 2.21.37 2.88 1.1s1 1.64 1 2.72c0 .91-.24 1.69-.72
... 2.34-.32.43-.78.77-1.4 1.02.93.27 1.61.72 2.05 1.37.44.65.66 1.46.66 2.43 0 .8-.16
... 1.51-.47 2.15-.31.64-.74 1.14-1.28
... 1.51-.34.23-.84.4-1.52.5-.9.14-1.5.21-1.79.21H6.96V8.22zm3.88 6.02h1.74c.62 0
... 1.06-.13 1.3-.38.24-.26.37-.62.37-1.1
... 0-.44-.12-.8-.37-1.05-.24-.25-.67-.38-1.27-.38h-1.77v2.91zm0 6.03h2.04c.69 0 1.18-.15
... 1.46-.43s.43-.68.43-1.17c0-.45-.14-.82-.42-1.09-.28-.28-.77-.41-1.47-.41h-2.03c-.01-.
... 01-.01 3.1-.01 3.1zM21.21 8.41h3.58v9.58h-3.58z"/><circle cx="23" cy="21.53"
... r="2.04"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M16 5c-2.987
... 0-3.362.013-4.535.066-1.17.054-1.97.24-2.67.512a5.392 5.392 0 0 0-1.95 1.268 5.392
... 5.392 0 0 0-1.267 1.95c-.272.698-.458 1.498-.512 2.67C5.013 12.637 5 13.012 5 16s.013
... 3.362.066 4.535c.054 1.17.24 1.97.512 2.67.28.724.657 1.337 1.268 1.95s5.392 5.392 0
... 0 0 1.95 1.268c.698.27 1.498.457 2.67.51 1.172.054 1.547.067 4.534.067s3.362-.013
... 4.535-.066c1.17-.054 1.97-.24 2.67-.51a5.392 5.392 0 0 0 1.95-1.27 5.392 5.392 0 0 0
... 1.268-1.95c.27-.698.457-1.498.51-2.67.054-1.172.067-1.547.067-4.534s-.013-3.362-.066-
... 4.535c-.054-1.17-.24-1.97-.51-2.67a5.392 5.392 0 0 0-1.27-1.95 5.392 5.392 0 0 0
... 0-1.95-1.267c-.698-.272-1.498-.458-2.67-.512C19.363 5.013 18.988 5 16 5zm0
... 1.982c2.937 0 3.285.01 4.445.064 1.072.05 1.655.228 2.042.38.514.198.88.437
... 1.265.822.385.385.624.75.823 1.265.15.387.33.97.38 2.042.052 1.16.063 1.508.063 4.445
... 0 2.937-.01 3.285-.064 4.445-.05 1.072-.228 1.655-.38 2.042-.198.514-.437.88-.822
... 1.265-.385.385-.75.624-1.265.823-.387.15-.97.33-2.042.38-1.16.052-1.508.063-4.445.063
... -2.937
... 0-3.285-.01-4.445-.064-1.072-.05-1.655-.228-2.042-.38-.514-.198-.88-.437-1.265-.822a3
... .408 3.408 0 0
... 1-.823-1.265c-.15-.387-.33-.97-.38-2.042-.052-1.16-.063-1.508-.063-4.445
... 0-2.937.01-3.285.064-4.445.05-1.072.228-1.655.38-2.042.198-.514.437-.88.822-1.265.385
... -.385.75-.624 1.265-.823.387-.15.97-.33 2.042-.38 1.16-.052 1.508-.063 4.445-.063zm0
... 12.685a3.667 3.667 0 1 1 0-7.334 3.667 3.667 0 0 1 0 7.334zm0-9.316a5.65 5.65 0 1 0 0
... 11.3 5.65 5.65 0 0 0 0-11.3zm7.192-.222a1.32 1.32 0 1 1-2.64 0 1.32 1.32 0 0 1 2.64
... 0" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path fill-rule="evenodd"
... clip-rule="evenodd" d="M22.74 6.646C22.61 5 21.383 5 19.96 5c-1.802.002-4.138 0-5.94
... 0-1.045 0-1.553.674-1.553 1.488 0 3.104.13 5.738.13 9.334 0 2.745-1.228 2.915-3.036
... 2.97-2.118.065-2.292.743-1.614 2.683.656 1.875 2.488 6.62 2.488 6.62s12.582.745
... 12.564-7.46c-.008-3.88-.086-11.788-.258-13.99zm-5.62
... 19.06c-2.378.714-5.49.903-5.49.903s-1.214-2.856-2.23-6.267c3.876-.39 4.94-.873
... 4.75-4.91-.146-2.98-.196-5.714-.196-8.948 2.496-.18 7.19-.164 7.19-.164s.454
... 7.466.466 11.794c.01 3.884-.163 6.288-4.49
... 7.59z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
... xmlns="http://www.w3.org/2000/svg"><path d="M26
... 25.963h-4.185v-6.55c0-1.56-.027-3.57-2.175-3.57-2.18 0-2.51 1.7-2.51
... 3.46v6.66h-4.182V12.495h4.012v1.84h.058c.558-1.058 1.924-2.174 3.96-2.174 4.24 0
... 5.022 2.79 5.022 6.417v7.386zM8.23 10.655a2.426 2.426 0 0 1-0-4.855 2.427 2.427 0 0 1
... 0 4.855zm-2.098 1.84h4.19v13.468h-4.19V12.495z"
... fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
... xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M6.568
... 9.41.004-.008.004-.01c.19-.398.412-.79.658-1.162a9.52 9.52 0 0 1 .79-1.034c1.454-1.64
... 3.433-2.623 5.925-2.938l.712-.094.416.594 8.21 11.834.185.264.025.318.594 7.457.158
... 1.952-1.81-.764-7.044-2.975-.318-.14-.203-.28-8.21-11.833-.39-.56.293-.62zm2.653.127c
... -.058.094-.116.196-.177.297l7.596 10.95 4.92 2.077-.417-5.183L13.55
... 6.723c-1.56.318-2.81 1.006-3.743 2.05-.22.245-.416.5-.586.754z"/><path
... fill-rule="evenodd" clip-rule="evenodd" d="M22.76 21.921.273 3.006-2.85-1.205
... 1.198-1.17 1.38-.63z"/><path d="M15.673 20.508c.05-.06.11-.13.17-.19.616-.694
... 1.25-1.407 1.387-2.621-4.734-6.826c-.426.34-.812.686-1.146 1.033a7.99 7.99 0 0 0-.897
... 1.13a15.22 7.468zm.9.47a13.05 13.05 0 0
... 0-.554.646l1-.406.526-.39-.552-5.768-8.255-.18-.257.163-.277a8.434 8.434 0 0 1
... 1.2-1.585c.483-.512 1.047-1 1.678-1.461.433-.25.267.368 5.12 7.39.1.145-.013.168c-.11
... 1.67-.893 2.54-1.65 3.392z"/><path d="M21.232
... 16.64c-.086.026-.162.06-.242.09-.867.34-1.762.692-2.95.386l-.4.745-6.84c.467-.285.926-

144415... .518-3.071-13.473-2.939-8.758-8.758-8.758 8.758-8.758 8.758-8.758.12

1.01c.27-.105.547-.213.8-.287l.642-.205-.38-.553-5.74-8.316-.174-.26-.31.05a8.414
8.414 0 0 0-1.92.574c-.644.28-1.632.928-2.286 1.3615.607 8c1.605.478 2.7.052
3.762-.364z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M26.684
23.264H4.948v-12.881.2-.1c.303-.202 7.046-4.73 8.152-5.435 1.41-.907 3.22-.806 4.63.1
1.308.804 8.453 5.333 8.453 5.333l.2.1.1
12.88zm-20.63-1.006H25.68v-11.27c-1.207-.806-7.044-4.53-8.252-5.133-1.107-.704-2.515-
.704-3.622-.1-1.007.603-6.743 4.528-7.95 5.232.2.1.2 11.27.2 11.27z"/><path
d="M21.753 16.622H10.08a1.59 1.59 0 0 1-1.61-1.61v-3.02c0-.905.704-1.61
1.61-1.61h11.673c.906 0 1.61.705 1.61 1.61v3.02a1.59 1.59 0 0 1-1.61 1.61zM9.98
11.49c-.404 0-.605.302-.605.604v3.02c0 .4.302.603.604.603H21.65c.403 0
.604-.302.604-.604v-3.02c0-.402-.302-.603-.604-.603H9.98z"/><path d="M25.778
21.956v-10.971-5.837 4.53 5.836 6.44zM5.954 21.956v-10.9715.837 4.53-5.836
6.44z"/><path d="M25.778 22.761-6.138-6.74h-7.548l-6.137 6.74-.806-.603
6.54-7.145h8.35316.54 7.145-.805.604z"/><path d="M25.945 10.3341.61.8-6.32
4.823-.61-.8zM5.902 10.38616.326 4.814-.61.802-6.326-4.815zM15.816 17.831.302 8.252
2.013-2.516 2.013 4.226 1.107-.503-2.113-4.227
3.22-.2-6.54-5.033z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g fill-rule="evenodd"
clip-rule="evenodd"><path d="M25.473 5.512c.057.168.14.33.164.502.076.535.11
1.07-.264
1.533-.396.492-.93.627-1.525.59-.773-.047-1.502-.268-2.2-.598-1.224-.58-2.458-1.124-3
.784-1.427-1.9-.432-3.773-.354-5.568.426-1.824.79-2.852 2.712-2.582 4.68.23 1.692
1.062 3.007 2.494 3.937.63.408 1.334.52 2.062.44.564-.062 1.12-.177
1.682-.267.045-.006.092 0 .193 0-.55.332-1.096.52-1.672.63a6.55 6.55 0 0
1-2.31.01c-.647-.106-1.198-.427-1.65-.894-.976-1.014-1.66-2.195-1.907-3.592-.383-2.
145.4-3.83 2.113-5.11 1.03-.774 2.23-1.15 3.49-1.353 2.202-.356 4.267.118 6.267
1.022.908.41 1.822.807 2.748 1.17.295.117.652.195.957.15.68-.104.986-.633
1.156-1.244.053-.188.057-.39.082-.584a1.19 1.19 0 0 0 .053-.022z"/><path d="M18.307
27.072c.135-.076.252-.16.38-.213.77-.32 1.548-.612 2.31-.946.475-.207.928-.463
1.383-.713.148-.08.277-.204.402-.323.24-.236.3-.502.166-.832-.62-1.535-1.24-3.068-1.
824-4.617a12.2 12.2 0 0
1-.762-3.184c-.066-.715-.07-1.438.148-2.135.184-.585.574-1.034 1.03-1.425.583-.5
1.27-.822 1.964-1.133.684-.307 1.387-.582 2.035-.95.51-.288.983-.665
1.417-1.063.623-.573.822-1.35.863-2.173.037-.77-.084-1.525-.26-2.275-.03-.125-.047-.
254-.03-.402.042.043.093.08.122.13.492.827.818 1.702.8 2.685-.024 1.002-.468
1.818-1.118 2.545-.68.762-1.562 1.225-2.455 1.678-.735.373-1.474.744-2.18
1.166-.67.4-1.196.96-1.415 1.744-.166.596-.098 1.195.002 1.79.28 1.688.97 3.24 1.63
4.804.35.834.694 1.674.972 2.53.228.702.022 1.355-.478 1.9-.555.604-1.283.907-2.055
1.122-.934.262-1.89.357-2.857.365a.644.644 0 0
1-.123-.015c-.014-.002-.023-.018-.07-.063zM8.303 12.617c-.965 1.34-1.838 2.738-2.54
4.234-.4.858-.817 1.714-.976 2.66-.31 1.862-.02 3.57 1.38 4.95.745.736 1.706 1.11
2.692 1.404 1.003.3 2.038.45 3.08.553 1.073.107 2.145.22 3.218.326.574.06 1.148.104
1.72.17.144.018.28.09.42.137a.988.988 0 0
0-.01.076c-.048.018-.095.05-.142.05-1.756.052-3.512.144-5.266.134-1.19-.008-2.396-.
045-3.553-.383-1.887-.553-3.395-1.61-4.256-3.428-.606-1.278-.645-2.64-.317-3.99.52-2.
132 1.49-4.046 3.023-5.64.454-.472.988-.87 1.484-1.302l1.043.05z"/><path d="M12.61
21.643c.52-.06 1.038-.146 1.56-.17a62.68 62.68 0 0 1 2.842-.053c.336.002.674.062
1.002.133.53.113.64.23.662.764a11.98 11.98 0 0 1-.588
4.354c-.068.206-.203.392-.344.57-.17-.26-.12-.522-.102-.778.09-1.057.207-2.113.266-3.
172.043-.738-.076-.86-.777-1.113-.733-.268-1.503-.348-2.276-.39-.746-.044-1.494-.07-2
.24-.103-.003-.014-.003-.028-.005-.04z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M15.934 4.64c-9.73
0-12.324 7.747-12.324 12.326 0 3.972 3.906 11.382 11.375
11.394.03.002.078.002.14.002.616 0 2.735-.084
4.866-1.15.634-.314.888-1.08.573-1.71s-1.082-.886-1.713-.57c-1.867.933-3.777.88-3.79.
88l-.056-.002c-5.72 0-8.842-5.842-8.842-8.843 0-1.633.47-9.774 9.77-9.774 9.638 0
9.907 8.88 9.907 8.97 0 2.71-.634 4.74-1.743
5.57-.387.294-.7.35-.306V11.61c0-.702-.57-1.274-1.274-1.274-.588
0-1.078.402-1.227.945a7.285 7.285 0 0 0-5.237-2.218 7.32 7.32 0 0 0-7.312 7.313c0
4.033 3.28 7.314 7.313 7.314 2.027 0 3.86-.83 5.19-2.167v1.758l.37.376c.713.71 2.602
1.652 4.643.117 2.404-1.803 2.764-5.543 2.764-7.61
0-2.99-2.288-11.524-12.456-11.524zm-.51 16.5a4.77 4.77 0 0 1-4.762-4.764c0-2.625
2.137-4.762 4.762-4.762s4.764 2.137 4.764 4.762a4.77 4.77 0 0 1-4.764
4.763z"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.996 11.757c1.905 0 3.45-1.513
3.45-3.38C23.445 6.513 21.9 5 19.995 5c-1.903 0-3.448 1.512-3.448 3.378s1.545 3.38

144415...

3.448-.542h1.095 45 25zm0-9.034V-2.242-4.189-4.063-6.658a99-9 0 34 0 0-3.24
1.206 3.62 3.62 0 0 0-3.318-2.133c-.944 0-1.8.356-2.443.935a2.596 2.596 0 0
0-2.494-1.82c-1.407 0 0 2.55 1.093-2.6
2.462H6v4.783h3.92v3.712h5.276V26H25v-9.01h-.01zm-11.526-6.006c1.405 0 2.545-1.116
2.545-2.492C16.01 7.115 14.87 6 13.463 6 12.06 6 10.92 7.114 10.92 8.49c0 1.376 1.14
2.492 2.544 2.492zm-4.914-.762c1.012 0 1.83-.803 1.83-1.794
0-.992-.818-1.795-1.83-1.795-1.01 0-1.83.804-1.83 1.795 0 .99.82 1.794 1.83 1.794z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M16.5 16.15A6.15
6.15 0 0 0 22.65 10c0-3.39-2.75-6.14-6.15-6.14-3.4 0-6.15 2.75-6.15 6.14.01 3.4 2.76
6.15 6.15 6.15zm0-9.17c1.67 0 3.02 1.35 3.02 3.02s-1.35 3.02-3.02
3.02-3.02-1.35-3.02-3.02 1.35-3.02 3.02-3.02zm7.08
9.92c-.35-.7-1.31-1.28-2.58-.27-1.73 1.36-4.5 1.36-4.5 1.36s-2.77
0-4.5-1.36c-1.28-1.01-2.24-.43-2.59.27-.6 1.22.08 1.8 1.62 2.79 1.32.85 3.13 1.16 4.3
1.28l-.98.98c-1.38 1.37-2.7 2.7-3.62 3.62-.55.55-.55 1.438 0 1.99l.17.17c.55.55
1.44.55 1.99 0l3.62-3.622 3.62 3.62c.55.55 1.44.55 1.99 0l.17-.17c.55-.55.55-1.44
0-1.99l-3.62-3.62-.98-.98c1.17-.12 2.96-.438 4.27-1.28 1.55-.988 2.23-1.58
1.62-2.788z"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g><path d="M14.935
5.687a3.018 3.018 0 0 0-1.213-1.22c-.52-.288-1.22-.435-2.08-.435-.86
0-1.56.146-2.08.435-.526.29-.934.7-1.214 1.22-.272.507-.45 1.117-.53 1.816a20.362
20.362 0 0 0-.114 2.232c0 .81.04 1.562.116 2.24.08.694.257 1.303.53 1.81.28.52.69.925
1.217 1.2.52.27 1.217.41 2.076.41.858 0 1.557-.14 2.075-.41.528-.275.938-.68
1.218-1.2.272-.505.45-1.114.53-1.81.076-.675.115-1.428.115-2.24
0-.803-.038-1.553-.115-2.232-.08-.7-.258-1.31-.53-1.816zM10.408
7.95c.034-.47.102-.858.203-1.154.092-.268.218-.46.377-.575.16-.113.38-.17.656-.17.275
0 .496.057.655.17.16.115.286.31.376.576.1.297.17.686.203 1.154.035.49.053 1.09.053
1.785 0 .697-.018 1.3-.053 1.793-.034.474-.102.86-.202
1.152-.09.266-.218.457-.377.57-.16.114-.38.172-.655.172-.276
0-.497-.058-.656-.172-.16-.113-.285-.305-.376-.57-.1-.29-.167-.677-.2-1.152a25.972
25.972 0 0 1-.054-1.793c0-.695.017-1.295.052-1.785zM24.033 14.898l-2.56-4.688
2.204-3.014a.22.22 0 0 0 .018-.234.222.222 0 0 0-.2-.124H21.25a.227.227 0 0
0-.186.097l-1.67 2.416V4.465a.227.227 0 0 0 0-.225-.226h-2.04a.226.226 0 0
0-.225.226v10.543c0 .125.1.225.225.225h2.04c.122 0 .224-.1.224-.225v-2.242l.46-.603
1.536 2.948c.037.074.115.12.2.12h2.243c.08 0 .154-.04.195-.108a.232.232 0 0 0
.005-.224z"/></g><g><path d="M15.14 16.812l-1.948c-.125
0-.226.1-.226.226v5.997l-2.16-6.072a.224.224 0 0 0-.213-.15h-2.45c-.125
0-.226.1-.226.226V27.58c0 .124.1.226.226.226h1.95a.226.226 0 0 0
.225-.226v-6.14l2.19 6.22c.03.092.116.152.212.152h2.422a.226.226 0 0 0
.226-.226V17.038a.227.227 0 0 0-.227-.226zM24.186
20.077c-.078-.7-.25-1.31-.512-1.814a2.976 2.976 0 0
0-1.174-1.22c-.506-.29-1.184-.437-2.018-.437-.832
0-1.512.146-2.016.436-.51.29-.904.703-1.174 1.22-.264.507-.435 1.118-.51 1.815a20.882
20.882 0 0 0-.113 2.232c0 .808.037 1.56.11 2.237.077.694.25 1.303.512
1.807.27.522.666.927 1.178 1.204.504.272 1.18.41 2.012.41s1.51-.138 2.012-.41a2.833
2.833 0 0 0 1.18-1.202c.262-.505.434-1.112.512-1.81.072-.67.11-1.423.11-2.237
0-.805-.038-1.556-.11-2.233zm-4.887.445c.03-.467.097-.856.194-1.154.088-.27.21-.462.
363-.576.15-.113.36-.17.625-.17.266 0
.475.057.625.17.154.114.277.308.365.576.098.297.162.688.195 1.154.033.49.05 1.092.05
1.787s-.017 1.298-.05 1.792c-.033.476-.098.863-.195
1.154-.088.266-.21.457-.363.57-.153.112-.364.17-.628.17-.262
0-.473-.058-.627-.17-.15-.113-.273-.305-.36-.57-.1-.29-.165-.68-.196-1.154a25.91
25.91 0 0
1-.054-1.793c0-.698.018-1.3.053-1.788z"/></g></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M7 13.252c0
1.81.772 4.45 2.895 5.045.074.014.178.04.252c0.04.49 0 .772-1.27.772-1.63
0-.428-1.174-1.34-1.174-3.123 0-3.705 3.028-6.33 6.947-6.33 3.37 0 5.863 1.782 5.863
5.058 0 2.446-1.054 7.035-4.468 7.035-1.232 0-2.286-.83-2.286-2.018 0-1.742
1.307-3.43 1.307-5.225 0-1.092-.67-1.977-1.916-1.977-1.692 0-2.732 1.77-2.732 3.165 0
.774.104 1.63.476 2.336-.683 2.736-2.08 6.814-2.08 9.633 0 .87.135 1.728.224
2.61.134.137.207-.07c2.494-3.178 2.405-3.8 3.533-7.96.61 1.077 2.182 1.658 3.43 1.658
5.254 0 7.614-4.77 7.614-9.067C26 7.987 21.755 5 17.094 5 12.017 5 7 8.15 7 13.252z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.67
10.62h-2.86V7.49H10.82v3.12H7.95c-.5 0-.9.4-.9.9v7.66h3.77v1.31L15
24.66h6.81v-5.44h3.77v-7.7c-.01-.5-.41-.9-.91-.9zM11.88
8.56h8.86v2.06h-8.86V8.56zm10.98 9.18h-1.05v-2.1h-1.06v7.96H16.4c-1.58
0-.82-3.74-.82-3.74s-3.65.89-3.69-.78v-3.43h-1.06v2.06H9.77v-3.58h13.09v3.61zm.75-4.

Case 5:16-cv-01282-EJD   Document 115   Filed 10/14/16   Page 4617 of 4682

91c-.49-.19-.92-.49-1.3-.9-2.72-2.726.4 0 0-.79-32-72.72s-32.72-72.72zm-4.12
2.96h-6.1v1.06h6.1v-1.06zm-6.11
3.15h6.1v-1.06h-6.1v1.06z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27 15.5a2.452 2.452 0 0
1-1.338 2.21c.098.38.147.777.147 1.19 0 1.283-.437 2.47-1.308 3.563-.872 1.092-2.06
1.955-3.567 2.588-1.506.634-3.143.95-4.91.95-1.768
0-3.403-.316-4.905-.95-1.502-.632-2.69-1.495-3.56-2.587-.872-1.092-1.308-2.28-1.308-3
.562 0-.388.045-.777.135-1.166a2.47 2.47 0 0 1-1.006-.912c-.253-.4-.38-.842-.38-1.322
0-.678.237-1.26.712-1.744a2.334 2.334 0 0 1 1.73-.726c.697 0 1.29.26 1.78.782
1.785-1.258 3.893-1.928 6.324-2.011l.424-6.467a.42.42 0 0 1 .184-.26.4.4 0 0 1
.32-.063l4.53 1.006c.147-.306.368-.553.662-.74a1.78 1.78 0 0 1 .97-.278c.508 0 .94.18
1.302.54.36.36.54.796.54 1.31 0 .512-.18.95-.54 1.315-.36.364-.794.546-1.302.546-.507
0-.94-.18-1.295-.54a1.793 1.793 0 0 1-.533-1.308l-4.1-.92-1.277 5.86c2.455.074
4.58.736 6.37 1.985a2.315 2.315 0 0 1 1.757-.757c.68 0 1.256.242 1.73.726.476.484.713
1.066.713 1.744zm-16.868 2.47c0 .513.178.95.534 1.315.356.365.787.547 1.295.547.508 0
.942-.182 1.302-.547.36-.364.54-.802.54-1.315
0-.513-.18-.95-.54-1.31-.36-.36-.794-.54-1.3-.54-.5 0-.93.183-1.29.547a1.79 1.79 0 0
0-.54 1.303zm9.944 4.406c.09-.09.135-.2.135-.323a.444.444 0 0 0-.44-.447c-.124
0-.23.042-.32.124-.336.348-.83.605-1.486.77a7.99 7.99 0 0 1-1.964.248 7.99 7.99 0 0
1-1.964-.248c-.655-.165-1.15-.422-1.486-.77a.456.456 0 0 0-.32-.124.414.414 0 0
0-.306.124.41.41 0 0 0-.135.317.45.45 0 0 0 .134.33c.352.355.837.636
1.455.843.617.207 1.118.33 1.503.366a11.6 11.6 0 0 0 1.117.056c.36 0 .733-.02
1.117-.056.385-.037.886-.16 1.504-.366.62-.207 1.104-.488
1.456-.844zm-.037-2.544c.507 0 .938-.182 1.294-.547.356-.364.534-.802.534-1.315
0-.505-.18-.94-.54-1.303a1.75 1.75 0 0 0-1.29-.546c-.506
0-.94.18-1.3.54-.36.36-.54.797-.54 1.31s.18.95.54 1.315c.36.365.794.547 1.3.547z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M11.454 23.273a2.63 2.63 0 0 1-.796 1.932
2.63 2.63 0 0 1-1.93.795 2.63 2.63 0 0 1-1.933-.795A2.63 2.63 0 0 1 6
23.273c0-.758.265-1.402.795-1.932a2.63 2.63 0 0 1 1.932-.795c.757 0 1.4.266
1.93.796.532.53.797 1.175.797 1.933zm7.272 1.747a.86.86 0 0 1-.242.682.837.837 0 0
1-.667.298H15.9a.873.873 0 0 1-.61-.234.865.865 0 0
1-.285-.59c-.21-2.168-1.082-4.022-2.62-5.56-1.54-1.54-3.393-2.413-5.56-2.622a.865.865
0 0 1-.59-.284A.873.873 0 0 1 6
16.1V14.18c0-.275.1-.497.298-.668.16-.16.365-.24.61-.24h.072c1.515.122 2.964.503
4.346 1.142 1.382.64 2.61 1.5 3.68 2.578a12.56 12.56 0 0 1 2.576 3.68c.64 1.382 1.02
2.83 1.144 4.346zm7.27.028a.82.82 0 0 1-.254.668.84.84 0 0 1-.654.284h-2.03a.887.887
0 0 1-.633-.25.85.85 0 0 1-.277-.602 15.88 15.88 0 0
0-1.434-5.803c-.843-1.832-1.94-3.423-3.288-4.773-1.35-1.35-2.94-2.445-4.772-3.288a16.
085 16.085 0 0 0-5.802-1.45.85.85 0 0 1-.603-.276A.87.87 0 0 1 6 8.94V6.91a.84.84 0 0
1 .284-.654A.85.85 0 0 1 6.91 6h.042c2.48.123 4.855.69 7.122 1.705a19.91 19.91 0 0 1
6.043 4.176 19.913 19.913 0 0 1 4.176 6.045 19.712 19.712 0 0 1 1.704 7.123z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M17.17 14.29l1.5.7
2.234-.665v-1.558C20.904 10.12 18.67 8 16 8c-2.658 0-4.904 2.108-4.904 4.732v7.104c0
.654-.527 1.17-1.17 1.17-.64 0-1.168-.516-1.168-1.17v-3.002H5v3.048c0 2.716 2.2 4.916
4.916 4.916 2.692 0 4.915-2.166 4.915-4.847v-7.01c0-.643.528-1.17 1.17-1.17.642 0
1.17.527 1.17 1.17v1.35zm6.072 2.544v3.15c0 .643-.527 1.16-1.17 1.16-.64
0-1.168-.517-1.168-1.16v-3.092l-2.234.664-1.5-.7v3.072c0 2.693 2.21 4.87 4.914 4.87
2.716 0 4.916-2.2 4.916-4.916v-3.048h-3.758z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><g><path d="M16.31
7.4c.01-.01.02-.01.03-.02v-.01l-.03.03zM19.32
6.37c-.14-.18-.36-.29-.53-.43-.15.03-.29.05-.44.08-.67.45-1.33.91-2
1.37.2.3.42.6.61.91 1.97 3.2 2.83 6.65 2.35 10.4-.34 2.59-1.31 4.95-2.83 7.17l2.48
1.59c.1-.17.17-.3.26-.42 4.32-5.7 4.37-14.95.1-20.67zM11.4
18.24c-.6-.03-.85.2-.99.77-.48 1.99-1 3.98-1.49 5.97-.06.22-.05.45-.08.76.95 0
1.82.03 2.69-.02.21-.01.52-.22.59-.41.78-2.28 1.52-4.57
2.33-7.05-1.13-.01-2.09.09-3.05-.02zM11.95 13.94c1.29-.03 2.28-1.09
2.27-2.43-.01-1.31-1.07-2.37-2.35-2.36-1.26 0-2.34 1.11-2.34 2.39 0 1.34 1.11 2.44
2.42 2.4z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M19.59
22.176c-.392.186-1.14.348-1.695.362-1.682.045-2.008-1.18-2.022-2.07V13.93h4.218v-3.
18H15.89V5.403h-3.076c-.05 0-.138.044-.15.157-.18 1.636-.947 4.51-4.133
5.66v2.71h2.124v6.862c0 2.35 1.733 5.688 6.308 5.61 1.544-.028 3.258-.674
3.637-1.231-1.01-1.2.996" fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
width="32" height="32" xmlns="http://www.w3.org/2000/svg"><path d="M27.996
10.116c-.81.36-1.68.602-2.592.71a4.526 4.526 0 0 0 1.984-2.496 9.037 9.037 0 0

144415...

1-2.049.095 4.515 4.515 0 0 0 .769 4.116 12.91 12.91 0 0 0 .49 4.49 0 0
0-.612 2.27 4.51 4.51 0 0 0 2.008 3.755 4.495 4.495 0 0 1-2.044-.564v.057a4.515 4.515
0 0 0 3.62 4.425 4.52 4.52 0 0 1-2.04.077 4.517 4.517 0 0 0 4.217 3.134 9.055 9.055 0
0 1-5.604 1.93A9.18 9.18 0 0 1 6 23.85a12.773 12.773 0 0 0 6.918 2.027c8.3 0
12.84-6.876 12.84-12.84 0-.195-.005-.39-.014-.583a9.172 9.172 0 0 0 2.252-2.336"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path fill-rule="evenodd"
clip-rule="evenodd" d="M19.178 12.822s-1.186-1.812-.29-3.29 1.946-1.79
3.468-2.192c1.52-.402 2.438-1.812 2.617-2.527 0 0 2.104 2.527.96 6.51-1.14 3.98-4.474
3.982-6.286 2.148 0 0 1.203-.667 2.463-1.655 2.38-1.87 2.453-3.154 2.504-3.154.068
0-1.52 3.22-5.436 4.162zM14.926 4.275s2.752 1.633 3.357 7.047c0
0-1.355-3.822-3.357-7.047zM18.395 11.613s.96 11.545-5.438 14.723h1.188s4.422-2.64
5.05-7.832c.565-4.676-.8-6.89-.8-6.89z"/><path fill-rule="evenodd"
clip-rule="evenodd" d="M19.984 17.107c.668-.27 1.31-.53 1.975-.797.306.695.487
1.457.57 2.238.33 3.143-.67 5.787-3.058 7.865-1.777 1.545-3.902 1.982-6.2
1.812-4.6-.34-7.56-4.58-7.588.396.012-3.302 1.35-5.888 4.113-7.653 2.195-1.4
4.605-1.492 7.066-.76.053.014.1.04.13.053l-.62
1.97c-.51-.108-1.043-.265-1.584-.327-3.765-.447-6.49 2.604-6.892 5.404-.348 2.445.297
4.564 2.154 6.25s4.442 5.442 0 0 2.707 1.336c4.17.758 7.218-1.955 7.523-5.682a6.787
6.787 0 0 0-.448-3.313z"/></svg>'},function(e,t){e.exports='<svg width="32"
height="32" xmlns="http://www.w3.org/2000/svg"><path d="M26.712
10.96s-.167-.48-1.21-.348l-3.447.024a.785.785 0 0 0-.455.072s-.204.108-.3.37a22.1
22.1 0 0 1-1.28 2.695c-1.533 2.61-2.156 2.754-2.407
2.587-.587-.372-.43-1.51-.43-2.323
0-2.54.382-3.592-.756-3.868-.37-.084-.646-.144-1.616-.156-1.232-.012-2.274
0-2.86.287-.396.193-.695.624-.515.648.227.036.742.143 1.017.515 0 0 .3.49.347
1.568.13 2.982-.48 3.353-.48 3.353-.466.252-1.28-.167-2.478-2.634 0
0-.694-1.222-1.233-2.563-.097-.25-.288-.383-.288-.383s-.216-.168-.527-.216l-3.28.024c
-.504 0-.683.228-.683.228s-.18.19-.012.587c2.562 6.022 5.483 9.04 5.483 9.04s2.67
2.79 5.7
2.597h1.376c.418-.035.634-.263.634-.263s.192-.214.18-.61c-.024-1.843.838-2.12.838-2.
12.838-.262 1.915 1.785 3.065 2.575 0 0 .874.6
1.532.467l3.064-.048c1.617-.01.85-1.352.85-1.352-.06-.108-.442-.934-2.286-2.647-1.916
-1.784-1.665-1.496.658-4.585 1.413-1.88 1.796-3.03 1.796-3.52z"
fill-rule="evenodd"/></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M4.12 15.99c0 4.7
2.73 8.77 6.7 10.69L5.15 11.16c-.66 1.48-1.03 3.11-1.03
4.83zm19.9-.6c0-1.47-.53-2.49-.98-3.28-.6-.98-1.17-1.81-1.17-2.79 0-1.09.83-2.11
2-2.11.05 0 .102.01.15.01A11.852 11.852 0 0 0 16 4.11c-4.15 0-7.81 2.13-9.93
5.36.28.01.54.01.76.01 1.25 0 3.17-.15 3.17-.15.64-.03.72.9.07.98 0
0-.64.07-1.36.111a4.33 12.87
2.6-7.8-1.85-5.07c-.64-.04-1.25-.11-1.25-.11-.64-.04-.56-1.02.08-.98 0 0 1.96.15
3.13.15 1.24 0 3.17-.15 3.17-.15.64-.03.72.9.07.98 0 0-.64.07-1.36.111a4.33 12.77
1.19-3.96c.6-1.54.9-2.82.9-3.84zm-7.81 1.641-3.57 10.36a11.967 11.967 0 0 0
7.3-.19c-.03-.05-.06-.1-.08-.16l-3.65-10.01zm10.22-6.74c.05.38.08.78.08 1.22 0
1.2-.23 2.56-.9 4.261-3.63 10.49c3.53-2.06 5.91-5.89
5.91-10.27-.01-2.06-.54-4.01-1.46-5.7z"/><g><path d="M12.55 11.31s6.08 1.25.11l11.68
4.6.17-.52-1.85-5.07c-.3-.02-.58-.04-.81-.07-.22-.02-.36-.02-.36-.02-.65-.05-.72.93-.
08.97zM9.05 11.4c.57-.04 1.03-.09 1.03-.09.64-.08.56-1.02-.07-.98 0
0-.21.02-.52.04-.23.02-.49.03-.77.051.33.98zM22.43
25.96l3.18-9.19c.68-1.69.9-3.05.9-4.25 0-.15-.02-.28-.03-.43-.06 1.06-.3 2.25-.88
3.68l-3.63 10.49c.16-.09.3-.2.46-.3zM27.85 16.48c.01-.16.03-.32.03-.48
0-2.07-.53-4.01-1.45-5.7.05.36.07.75.08 1.17.79 1.5 1.26 3.2 1.34 5.01zM16.21
17.03l-3.57 10.36c1.03.21.05.32.081l3.25-9.44 3.39 9.27c.12-.04.24-.07.35-.11a.79.79
0 0 1-.08-.161-3.66-10zM18.92
10.33s-.21.02-.52.04c-.22.02-.49.04-.77.06l1.33.98c.568-.04 1.03-.09
1.03-.09.65-.09.57-1.03-.07-.99zM4.12 15.99c0 .2.01.4.02.6.05-1.57.4-3.07
1.01-4.4315.22 14.29.45.24-5.67-15.53c-.66 1.48-1.03 3.11-1.03 4.83zM16 5.11c2.63 0
5.06.86 7.02 2.31.25-.12.53-.28.5-.2.05 0 .102.01.15.01A11.813 11.813 0 0 0 16
4.11c-4.15 0-7.81 2.13-9.93 5.36.27.01.52.01.74.01C8.99 6.82 12.29 5.11 16
5.11zM23.04 13.12c4.7.85 1.61.94 2.83.02-.19.04-.39.04-.56
0-1.47-.53-2.49-.98-3.28-.5-.81-.95-1.52-1.1-2.3-.04-.17-.07.34-.07.51.01.99.57 1.82
1.17 2.8z"/></g></svg>'},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><g fill-rule="evenodd"><path d="M14.722
19.784l-3.48-6.832-2.667 1.36 3.82 7.497.056-.03.313.61
10.608-5.404-.48-.944-3.65-7.165-2.667 1.36 3.48 6.83-1.332.68-3.48-6.832-2.666 1.358
3.48 6.832-1.332.68z"/><path d="M7.372 12.77c0-2.38 1.86-4.308
4.152-4.308h8.952c2.294 0 4.152 1.928 4.152 4.308v6.46c0 2.38-1.86 4.308-4.152

144415... 4.308s8 5s9-2.259z6 6 21 22.04z4 5.687 6.462s15 12.796 16.4c0 4.764 26 7.92 26
11.524 26h8.952C24.08 26 27 22.97 27 19.23v-6.46C27 9.03 24.08 6 20.476 6h-8.952C7.92
6 5 9.03 5 12.77z"/></g></svg>'},function(e,t){e.exports='<svg
xmlns="http://www.w3.org/2000/svg" width="32" height="32"><path d="M24.82 4.83c-.01
0-.01 0 0
0-.04.01-1.02-.16.04-.16.04-33.07-.5.1l-.21.03c-.16.02-.32.03-.47.03H23.25c-.16
0-.32-.01-.48-.03-.1-.01-.2-.02-.3-.04-.13-.02-.26-.05-.38-.08-.07-.02-.13-.03-.2-.05
-1.29 2.32-5.66 9.42-5.89
9.83-.22-.41-4.6-7.51-5.89-9.83-.05.02-.11.03-.19.05-.13.03-.26.06-.4.08-.1.02-.22.03
-.34.04-.11.01-.22.02-.33.02h-.2c-.58 0-1.05-.08-1.46-.2.19.29.35.54.58.89.3.45.88
1.36 1.58 2.56.55.94 1.45 2.44 2.08 3.53.63 1.09 1.29 2.23 1.92 3.34.79 1.39 1.26
2.22 1.41 2.49v.85c0 1.14-.02 2.36-.06 3.46-.04 1.1-.09 4.14-.14 5.22.46-.13.94-.2
1.45-.2.06 0 .13 0 .19.01.11 0
.23.012.34.022.14.01.28.03.42.06.09.02.18.03.27.06.08.02.15.03.23.06-.05-1.08-.1-4.12
-.14-5.21-.04-1.1-.06-2.33-.06-3.47v-.85c.46-.82.94-1.65 1.41-2.49.63-1.1 1.29-2.25
1.92-3.34.63-1.09 1.53-2.6 2.08-3.53.71-1.2 1.29-2.12
1.58-2.56.22-.352.38-.602.57-.892z"/></svg>';

144416
},function(e,t){e.exports='<svg width="32" height="32"
xmlns="http://www.w3.org/2000/svg"><path d="M13.73 18.974V12.57l5.945 3.212-5.944
3.192zm12.18-9.778c-.837-.908-1.775-.912-2.205-.965C20.625 8 16.007 8 16.007 8c-.01
0-4.628 0-7.708.23-.43.054-1.368.058-2.205.966-.66.692-.875 2.263-.875 2.263S5 13.303
5 15.15v1.728c0 1.845.22 3.69.22 3.69s.215 1.57.875 2.262c.837.908 1.936.88 2.426.975
1.76.175 7.482.23 7.482.15 0 .08 4.624.072 7.703-.16.43-.052 1.368-.057
2.205-.965.66-.69.875-2.262.875-2.262s.22-1.845.22-3.69v-1.73c0-1.844-.22-3.69-.22-3.
69s-.215-1.57-.875-2.262z" fill-rule="evenodd"/></svg>'},function(e,t){"use
strict";function n(e){var
t=e&&e.data?"expanded"===e.data.pane:!1;t&&r.views++}function a(){r.shares++}function
o(){r.addThisLinkClicks++}var
i=!1,r={};e.exports={start:function(){i||(r={views:0,shares:0,addThisLinkClicks:0},
_ate.ed.addEventListener("addthis.menu.open",n),_ate.ed.addEventListener("addthis.
expanded.monitor.share",a),_ate.ed.addEventListener("addthis.expanded.monitor.at-link
-click",o),i=!0)},getParams:function(){return
i?{xmv:r.views,xms:r.shares,xmlc:r.addThisLinkClicks}:{}}}},function(e,t,n){function
a(e){var t,n,a,o;for(e=E(e),e=e.toLowerCase(),e=e.replace(/[,;:\+\|]/g,"
"),e=e.replace(/[^a-z0-9. '\-]/g,""),e=e.replace(/\s+/g,"
"),e=e.replace(/\s+$/g,""),n=[],a=e.split("
"),o=0;o<a.length;o++)t=a[o],"-"!==t.charAt(0)&&(/'s$/.test(t)?n.push(t.substring(0,t
.length-2).replace(/[-']/g,"")+"'s":n=n.concat(t.replace(/'/g,"").split("-")));
return n}function o(e,t){return i(void 0===e?0:e,t)}function i(e,t){var
n,o,i,s=r(e),c=e?A.dr:s.dr||A.dr,u=v(c),l={};return
C&&d.debug("op=",s,"ref="+c,"cla="+u,"cache="+k),s.rsc?(l.type=social",l.service=s.
rsc,l.click=!0,k=l,l):k&&l!t?k:"undefined"==typeof
c||""===c?(l.type=direct",k=l,l):(n=p.getHost(c),o=w(n),C&&d.debug("ref="+c,"iss="+h
(c)),"undefined"!=typeof
o&&o?(C&&d.debug("serviceCode",o),l.type="social",l.service=o):h(c)?(l.type="search",
l.domain=p.getHost(c),i=m(c),l.terms=a(i)):u&g.ON_DOMAIN?(l.type="internal",l.domain=
document.location.hostname):u&g.OFF_DOMAIN?(l.type="referred",l.domain=p.getHost(c)):
l.type="direct",k=l,l)}function r(e){return e?b:x||b||{}}function
s(e){b={},f(e,function(e,t){b[e]=t}),b.dr=A.dr}function
c(e){x={},(e.rsi||e.rsc||e.dr)&&(f(e,function(e,t){x[e]=t}),C&&d.debug("setting",x),f
(x,function(e,t){y.add(e,t)}),y.save())}function u(e,t){var
n=t?null:y.get();C&&d.debug("reset called; pageState=",e," stored
state=",n),s(e),n?e.rsc?(e.dr=A.dr,c(e),C&&d.debug("formal
referral",x)):document.referrer?(c(n),C&&d.debug("referral - use stored
state",x)):(C&&d.debug("no referral - kill cookie, then start a new
session"),y.reset(),e.dr=A.dr,c(e),b=x,C&&d.debug("session
state",x)):(e.dr=A.dr,c(e),b=x,C&&d.debug("session state",x))}var
l=n(145),d=n(4),p=n(8),A=n(6),f=n(2),h=n(89),g=n(51),m=n(76),v=n(125),w=n(787),b={},x
={},C=0,y=new
l("rfs",1),E=window.decodeURIComponent,k=null;e.exports={getTrafficSource:o,
getSearchTerms:a,setState:c,resetState:u}},function(e,t,n){function a(){return
k.slice(-5).join(x)}function o(e){if(!C||!e){var
t=f.rck(w)||""";t&&(k=g(t).split(x)),C=1}function i(e){var t,n,a,o,i,r=new
Date(e.getFullYear(),0,1);return
t=r.getDay(),t+t>=0?t:t+7,n=Math.floor((e.getTime()-r.getTime()-6e4*(e.
getTimezoneOffset()-r.getTimezoneOffset()))/864e5)+1,4>t?(i=Math.floor((n+t-1)/7)+1,i
>52&&(a=new
Date(e.getFullYear()+1,0,1),o=a.getDay(e),o=o>=0?o:o+7,i=4>o?1:53)):i=Math.floor((n+t

```
-1),y,1)}function f(e,t,n){return a-o?0>a?a++:y(var
o=n+a;o>=51&&(o=1),e.push("0"+b+o)}}function s(){if(!y){var
e=i(v);o(),c(e),y=1}}function c(e){var
t,n;k.length?(t=k[k.length-1],n=parseInt(t.split(b).pop(),10),n==e?k[k.length-1]=
parseInt(t.split(b).shift(),10)+1+b+e:n+1==e||n>=51?k.push("1"+b+e):e>n?(r(k,e-n-1,n+
1),k.push("1"+b+e)):n>e&&(k=[],k.push("1"+b+e)),k.length>5&&k.slice(-5):k.push("1"+b
+e)}function u(e){o(),k.length&&f.sck(w,m(a()),0,e)}function
l(e){o(),s(),u(e)}function d(){var e=[];o();for(var
t=0;t<k.length;t++)e.push(k[t].split(b).shift());return e.slice(-5)}function
p(){for(var e=d(),t=0,n=0;n<e.length;n++)t+=parseInt(e[n],10)||0;return
t>E.high?3:t>E.med?2:t>y?1:0}function A(){C=0,y=0,k=[]}var
f=n(23),h=n(74);e.exports={reset:A,update:l,get:d,cla:p,toKV:a};var
g=window.decodeURIComponent,m=window.encodeURIComponent,v=new
Date,w=(-1===document.location.href.indexOf(h()))?"__at":"")+"uvc",b="|",x=",",C=0,y=0
,E={high:250,med:75},k=[],,,,,,,function(e,t){"use strict";e.exports=function(){var
e=document.body,t=document.documentElement,n=0;return
e&&(n=Math.max(n,e.scrollHeight,e.offsetHeight,e.clientHeight)),t&&(n=Math.max(n,t.
scrollHeight,t.offsetHeight,t.clientHeight)),window.innerHeight&&(n=Math.max(n,window
.innerHeight)),n}},function(e,t){e.exports=function(e){e.preventDefault?e.
preventDefault():e.returnValue=!1}},function(e,t,n){var
a=n(25),o=n(56);e.exports=function i(e,t,n){var r=window.decodeURIComponent;return
e=e||"",t=t||"&",n=n||"=",a(e.split(t),function(e,a){try{var
s=a.split(n),c=o(r(s[0])),u=o(r(s.slice(1).join(n)));(u.indexOf(t)>-1||u.indexOf(n)>-
1)&&(u=i(u,t,n)),c&&(e[c]=u)}catch(l){}}return
e},{}})}},,,,,,,,,,,,,,,,,,,,function(e,t){"use strict";t.__esModule=!0;var
n="SVG";t.FILE_FORMAT_SVG=n;var a="PNG";t.FILE_FORMAT_PNG=a},function(e,t,n){"use
strict";function a(e){if(e&&e.__esModule)return e;var t={};if(null!=e)for(var n in
e)Object.prototype.hasOwnProperty.call(e,n)&&(t[n]=e[n]);return
t["default"]=e,t}function o(e){function s(){return
t=document.createElement("img");return
r.png(function(e){t.src=e}),t.className="at-icon
at-icon-"+e,t}t.__esModule=!0,t["default"]=o;var
i=n(109),r=a(i);e.exports=t["default"]},function(e,t){"use
strict";t.__esModule=!0;var n=void 0;if("undefined"!=typeof
window.DOMParser)n=function(e){return(new
window.DOMParser).parseFromString(e,"text/xml")};else{if("undefined"==typeof
window.ActiveXObject||!new window.ActiveXObject("Microsoft.XMLDOM"))throw new
Error("No XML parser found");n=function(e){var t=new
window.ActiveXObject("Microsoft.XMLDOM");return
t.async="false",t.loadXML(e),t}}t["default"]=n,e.exports=t["default"]},function(e,t,n
){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}var
o=n(104),i=a(o),r=n(111),s=n(746);e.exports=function(e,t,n,a,o,c,u,l,d,p,A,f,h,g){var
m,v,w,b,x,C=i["default"](e,h);if(!C)return
null;m={fill:c,width:a,height:a},v={title:n,alt:t},w={backgroundColor:o,lineHeight:u,
height:u,width:l,borderRadius:d,borderWidth:p,borderStyle:A,borderColor:f},b=r(C,m),b
=s(b,v);var y=document.createElement("span");return
y.className="at-icon-wrapper",y.appendChild(b),g&&y.appendChild(g),x=r(y,w)}},
function(e,t){"use strict";function n(e){return
e===parseInt(e)}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){
"use strict";function n(){var e=arguments;return function(t){for(var
n=0;n<e.length;n++)if(e[n]===t)return!0;return!1}}t.__esModule=!0,t["default"]=n,e.
exports=t["default"]},function(e,t,n){"use strict";function a(){var
e=arguments.length<=0||void 0===arguments[0]?o.dh:arguments[0];return
e.indexOf(".gov")>-1||e.indexOf(".mil")>-1},t.__esModule=!0,t["default"]=a;var
o=n(6);e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t,n){var a=void
0,o={share:d["default"]("Share",91),findAService:d["default"]("Find a
service",35),email:d["default"]("Email",4),print:d["default"]("Print",22),favorites:d
["default"]("Favorites",5)};if(t&&n)a=new
r["default"](t,n,s.CROSS_WINDOW_NAMESPACE,a.post(u["default"]({},e,{translations:o})
));else{var
i=location.protocol||"http:",c="//s7.addthis.com/".slice(0,-1),l=i+c,p=window.open(l+
"/static/standaloneExpandedMenu.html"),A=location.protocol+"//"+location.hostname+(
location.port?":"+location.port:"");a=new
r["default"](p,l,s.CROSS_WINDOW_NAMESPACE,a.handshake(A,function(){a.post(u["default"
]({},e,{translations:o})})})}return a}t.__esModule=!0,t["default"]=o;var
i=n(729),r=a(i),s=n(618),c=n(20),u=a(c),l=n(59),d=a(l).e.exports=t["default"]},
function(e,t,n){"use strict";function a(e){return
```

144416...

```
e&&e.__esModule?e:{"default":e}}function o(e){try{return
JSON.parse(e)}catch(t){return null}}function i(e){return JSON.stringify(e)}function
r(e){if(null===e)return!1;var t=e.expires;return h["default"]()-new
Date(t).getTime()<g}function s(e){var t=e.value;return t===!1}t.__esModule=!0;var
c=n(82),u=a(c),l=n(790),d=a(l),p=n(716),A=a(p),f=n(156),h=a(f),g=18e5,m={getValue:
function(){var e=o(u["default"].get("cww"));return t=r(e)&&s(e);return
d["default"]()?4:t?2:A["default"]()?1:0},start:function(e){e.on("addthis-internal.
cookie.status",function(e){var
t=value:Boolean(e.data.cookie),expires:h["default"]()+g];u["default"].add("cww",i
(t))}}};t["default"]=m,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){var
n=s[e]||[],a={};r["default"](n,function(e,t){return!window[t]||window[t]instanceof
Element?void
0:(a=window[t],!1)}),r["default"](a,function(e,n){t[e]||(t[e]=n)})}t.__esModule=!0,t[
"default"]=o;var
i=n(2),s=a(i),s={share:["share","addthis_share"],config:["conf","addthis_config"]};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function
o(e,t){e.services_exclude+=(e.services_exclude||"",":"")+t}function
i(e){e.services_exclude=e.services_exclude||"",!s["default"]("msi")||s["default"]("
ie11")||s["default"]("ie10")||o(e,"slack"),u["default"]&&o(e,"link"),o(e,"skype"),s["
default"]("ipa")&&o(e,"print")}t.__esModule=!0,t["default"]=i;var
r=n(1),s=a(r),c=n(27),u=a(c);e.exports=t["default"]},function(e,t,n){"use
strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t){e=e||{},_atw=_atw||{},_atw.conf=_atw.conf||{},_ate=_ate||{},_ate.menu=_ate.
menu||{};var
n=e.ui_language||_atw.conf.ui_language||l["default"]();_ate.menu._menuShare=c["
default"](addthis_share),_ate.menu._menuConfig=c["default"](addthis_config),r["
default"](_ate.menu._menuConfig,e),"undefined"!=typeof
t&&(_ate.menu._menuShare.url=t.url||_ate.menu._menuShare.url,_ate.menu._menuShare.
title=t.title||_ate.menu._menuShare.title,_ate.menu._menuShare.description=t.
description||_ate.menu._menuShare.description,_ate.menu._menuShare.media=t.media||
_ate.menu._menuShare.media,_ate.menu._menuShare.url_transforms=t.url_transforms||_ate
._menu._menuShare.url_transforms||{},_ate.menu._menuShare.hideEmailSharingConfirmation
=t.hideEmailSharingConfirmation||_ate.menu._menuShare.hideEmailSharingConfirmation,"
email"===e.ui_pane&&(_ate.menu._menuShare.email_template=t.email_template||_ate.menu.
_menuShare.email_template,_ate.menu._menuShare.email_vars=t.email_vars||_ate.menu.
_menuShare.email_vars)),_ate.menu._menuConfig.ui_pane=(e||{}).ui_pane||null,_ate.menu
._menuConfig.ui_lightbox=(e||{}).ui_lightbox||(addthis_config||{}).ui_lightbox||"
light",_ate.menu._menuConfig.image_service=(e||{}).image_service||null,_ate.menu.
_menuConfig.image_container=(e||{}).image_container||null,_ate.menu._menuConfig.
image_include=(e||{}).image_include||null,_ate.menu._menuConfig.image_exclude=(e||{})
.image_exclude||null,_ate.menu._menuConfig.ui_language=n}t.__esModule=!0,t["default"]
=o;var
i=n(47),r=a(i),s=n(14),c=a(s),u=n(21),l=a(u);e.exports=t["default"]},function(e,t,n){
"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e,t,n,a){var
o={};switch(e){case"pinterest":case"pinterest_share":o={navigateTo:l["default"](t,n)}
;break;case"viber":o={navigateTo:p.getViberURL(t,n)};break;case"slack":o={navigateTo:
d.getSlackURL(t,n)};break;case"skype":r["default"](e,t,n),o={navigateTo:A.getSkypeURL
(t,n)};break;case"email":r["default"](e,t,n),o={navigateTo:f.getEmailURL(t,n)};break;
default:o={navigateTo:c["default"](e,0,t,n)}}a.post(o)}t.__esModule=!0,t["default"]=o
;var
i=n(36),r=a(i),s=n(7),c=a(s),u=n(154),l=a(u),d=n(153),p=n(87),A=n(152),f=n(52);e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}return function(a){var o=void
0,i=void 0,s=void 0,u=void 0;if(a&&a.data){try{o=JSON.parse(a.data)}catch(d){return
void
r["default"].error(d)}if(o[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]&&a.source)return
void
n(a.source,o[m.CROSS_WINDOW_REINITIALIZE_WITH_ORIGIN]);i=o.code,s=o.menuShare,u=o.
menuConfig,i&&s&&u&&(l["default"](v,i)?(e.tellTargetCloseWindow(),setTimeout(function
(){f["default"](i,c["default"](!0,{},s,u,{defaultShareToNewTab:!0}))},16)):(p["
default"](i,0,s,u),"link"!==i&&g["default"](i,s,u,e),t&&t.fire("addthis.expanded.
monitor.share"))}}})t.__esModule=!0,t["default"]=o;var
i=n(4),r=a(i),s=n(20),c=a(s),u=n(96),l=a(u),d=n(100),p=a(d),A=n(91),f=a(A),h=n(722),g
=a(h),m=n(108),v=["addthis","more","bkmore","compact","expanded","mailto","thefancy",
"pinterest","pinterest_share","favorites","print"];e.exports=t["default"]},function(e
```

```
,t,n){"use strict";function a(e){return e&&e.__esModule?e:{"default":e}}function
o(e){return null!==document.querySelector(e)}function i(e){return"undefined"!=typeof
e}t.__esModule=!0;var r=n(68),s=n(2),c=a(s),u=!1,l={angular:function(){return
i(window.angular)||o("[ng-app]")},backbone:function(){return
i(window.Backbone)},ember:function(){return i(window.Ember)},react:function(){return
i(window.React)||o("[data-reactid]")},mithril:function d(){var d=window.m;return
i(d)&&i(d.version)},mootools:function p(){var p=window.MooTools;return
i(p)&&i(p.version)},knockout:function A(){var A=window.ko;return
i(A)&&i(A.version)},jquery:function f(){var f=window.jQuery;return
i(f)&&i(f.fn)&&i(f.fn.jquery)},dojo:function(){return
i(window.dojo)},meteor:function(){return i(window.Meteor)},extjs:function(){return
i(window.Ext)},yui:function(){return
i(window.YUI)||i(window.YAHOO)},vue:function(){return
i(window.Vue)},webpack:function(){return
i(window.webpackJsonp)}};t["default"]={start:function(){!u&&r.basicSupport()&&(u=!0)}
,getParams:function(){if(!u)return{};var e=[];return
c["default"](l,function(t,n){n()&&e.push(t)}),e.length?{jsfw:e}:{}}},e.exports=t["
default"]},function(e,t,n){"use strict";t.__esModule=!0;var
a=n(2),!1),o=0,i=0,r=0,s=0;t["default"]={start:function(){a||(_ate.ed.on("addthis-
internal.pixelator.pixel-drop",function(e){var
t=e.iframe;t?i++:o++}),_ate.ed.on("addthis-internal.pixelator.pixel-load",function(e)
{var t=e.iframe;t?s++:r++}),a=!0)},getParams:function(){return
a?{ppd:o,ppl:r}:{}}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(67),i=n(13),r=a(i),s=n(42),c=a(s);t["default"]={start:function(){this.lojsonSet=!
1,this.lojsonStartTime=0,this.lojsonDuration=0,_ate.ed.addEventListener("addthis-
internal.lojson.req",r["default"](this.onLojsonRequested,this))},getParams:function()
{var e=this.getResourcePerf(),t=this.getRenderPerf(),n={};return
e&&(n.perf=e),t&&(n.rndr=t),n},onLojsonRequested:function(e){this.lojsonSet||(this.
lojsonSet=!0,this.lojsonStartTime=e.data.startTime,this.lojsonDuration=e.data.
duration)},getResourcePerf:function(){var
e=o.getFirstShFrame(),t=e?e.startTime+e.duration:null,n=o.getAddThisResources();
return
null!==t&&this.lojsonSet&&n.push({startTime:t+this.lojsonStartTime,duration:this.
lojsonDuration,name:"lojson"}),c["default"](n,function(e){return[e.name,e.startTime.
toFixed(0),e.duration.toFixed(0)].join("|")}).join(",")},getRenderPerf:function(){
return
c["default"](o.getAddThisMarkers(),function(e){return[e.name,e.startTime.toFixed(0)].
join("|")}).join(",")}},e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(2),i=a(o),r=n(47),s=a(r),c=n(18),u=a(c),l=n(160),d=a(l),p=n(3),A=n(33),f=a(A),h=n
(6),g=a(h),m=n(9),v=a(m),w=n(95),b=a(w),x=n(19),C=a(x),y=n(105),E=a(y),k=n(104),M=[n(
798),n(797),n(795),n(726),n(796),n(725),n(676),n(724)],R=!1,_={},z=[],S=function(e){
try{s["default"](_,e)}catch(t){}},B=function(){if(!window.addthis.firedExitEvent){
window.addthis.firedExitEvent=!0;var
e;e=window.addthis_config.wix?f["default"](window.addthis_config.wix.url):f["default"
](g["default"].du);var
t=b["default"].getPCOs();i["default"](z,function(e,t){t(_)}),i["default"](M,function(
e,t){S(t.getParams())}),t.length&&S({al:t.join(",")}),S({ba:(E["default"].
getRequestCount()>0&&1)||(E["default"].getResponseCount()>0&&2)|(C["default"].
isPayingCustomer()&&4)|(C["default"].isProDomain()&&8),sid:_ate.track.ssid(),rev:
window._atc.rev,pub:v["default"](),dp:e.domain,fp:e.path,pfm:d["default"].
polyfillMethodID,icns:k.getIncludedIcons()}),d["default"]("//m.addthis.com/live/
red_lojson/100emtp.json?"+u["default"](_,""))},D=function(e){z.push(e)},U=function(){
R||(p.listen(window,"unload",B),p.listen(window,"beforeunload",B),i["default"](M,
function(e,t){t.start()}),R=!0)};t["default"]={setup:U,update:S,addListener:D},e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof t))throw new
TypeError("Cannot call a class as a function")}function i(e){for(var
t=arguments.length<=1||void
0===arguments[1]?[]:arguments[1];e.length;)e.pop().apply(null,t)}t.__esModule=!0;var
r=n(134),s=a(r),c=n(17),u=a(c),l=n(13),d=a(l),p=n(26),A=a(p),f=n(43),h=a(f),g=n(160),
m=a(g),v=n(2),w=a(v),b=0,x=1,C=2,y=3,E=0,k=1,M=2,R=function(){function
e(t){o(this,e),this._url=t,this._force=!1,this._multi={},this._lastKey=null,this.
_type=k,this._params=[],this._paramNames={},this._requestCount=0,this._responseCount=
0,this._loadCallbacks=[],this._errorCallbacks=[],this._dataErrorCallbacks=[]}return
e.prototype.jsonp=function(){var e=arguments.length<=0||void
0===arguments[0]?"callback":arguments[0],t=s["default"](window._ate),n=t.
```

```
stored_black,a=n[a].default?(this._url,Math.random().toString().slice(2),d["
default"](function(){this._responseCount++,i(this._loadCallbacks,arguments)},this));
return
this._addParam({type:y,key:e,value:a}),this._type=E,this},e.prototype.pixel=function(
){return this._type=k,this},e.prototype.beacon=function(){return
this._type=M,this},e.prototype.go=function(e){var
t=this._processValues(e),n=t.errors,a=t.query;n.length?(this._dataErrorCallbacks.
length?i(this._dataErrorCallbacks,n):w["default"](n,function(e,t){return
console.error(t)}),this._force&&this._request(a)):this._request(a)},e.prototype.
getRequestCount=function(){return
this._requestCount},e.prototype.getResponseCount=function(){return
this._responseCount},e.prototype.required=function(e){var t=arguments.length<=1||void
0===arguments[1]?null:arguments[1];return
this._addParam({type:b,key:e,test:t}),this},e.prototype.optional=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:x,key:e,test:t}),this},e.prototype.always=function(e){var
t=arguments.length<=1||void 0===arguments[1]?null:arguments[1];return
this._addParam({type:C,key:e,test:t}),this},e.prototype.constant=function(e,t){return
h["default"](void 0!==t,"%s: the constant query param %s missing
value",this._url,e),this._addParam({type:y,key:e,value:t}),this},e.prototype.multiple
=function(){return
this._lastKey&&(this._multi[this._lastKey]=!0),this},e.prototype.onDataError=function
(e){return
this._dataErrorCallbacks.push(e),this},e.prototype.onError=function(e){return
this._errorCallbacks.push(e),this},e.prototype.onLoad=function(e){return
this._loadCallbacks.push(e),this},e.prototype.force=function(e){return
this._force=Boolean(e),this},e.prototype._addParam=function(e){var
t=e.type,n=e.key,a=e.test,o=e.value;h["default"](!this._paramNames[n],"%s: the param
%s was already added to the request and cannot be
overridden!",this._url,n),this._paramNames[n]=!0,this._lastKey=n,this._params.push({
type:t,key:n,test:a,value:o})},e.prototype._testPasses=function(e){var
t=e.key,n=e.value,a=e.test,o=e.multi;if(o){h["default"](n instanceof Array,"%s: the
multi param %s needs to be an array, got %s",this._url,t,n);for(var
i=0;i<n.length;i++)if(this._testPasses({key:t,value:n[i],test:a,multi:!1}))return!1;
return!0}return a instanceof RegExp?a.test(n):a instanceof
Function?a(n):!0},e.prototype._encodePair=function(e,t){return t instanceof
Object&&null!==t&&(t=JSON.stringify(t)),encodeURIComponent(e)+"="+encodeURIComponent(
t)},e.prototype._processValues=function(e){for(var
t=[],n=[],a=0;a<this._params.length;a++){var
o=this._params[a],i=o.type,r=o.key,s=o.test,c=Boolean(this._multi[r]),u=void
0!==this._params[a].value?this._params[a].value:e[r];try{switch(i){case
y:h["default"](c||void 0===e[r],"%s: the constant param %s cannot be overridden and
multiple values are not
allowed",this._url,r),n.push(this._encodePair(r,u));break;case
b:h["default"](this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the required
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,u));break;case x:h["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the optional param %s
was provided an invalid value of %s",this._url,r,u),void
0!==u&&n.push(this._encodePair(r,u));break;case C:h["default"](void
0===u||this._testPasses({test:s,value:u,key:r,multi:c}),"%s: the always included
param %s was provided an invalid value of
%s",this._url,r,u),n.push(this._encodePair(r,void
0!==u?u:"")))}catch(l){t.push(l)}}return{query:n.join("&"),errors:t}},e.prototype.
_request=function(e){var t=this._url+"?"+e,n=void
0;h["default"](this._type===k||this._type===E||this._type===M,"%s: unrecognized type
%s, aborting",this._url,this._type),this._type===k?(n=new
Image,n.src=t,n.onload=d["default"](function(){this._responseCount++,i(this.
_loadCallbacks)},this),n.onerror=d["default"](function(){i(this._errorCallbacks)},
this)):this._type===E?(n=u["default"](t,1),n.onerror=d["default"](function(){i(this.
_errorCallbacks)},this)):this._type===M&&m["default"](t,"{}"),this._requestCount++,e
}();t["default"]=R,e.exports=t["default"]},function(e,t,n){"use strict";function
a(e){return e&&e.__esModule?e:{"default":e}}function o(e,t){if(!(e instanceof
t))throw new TypeError("Cannot call a class as a function")}function i(e,t){var
n={};try{n=JSON.parse(e)}catch(a){return void m["default"].error(t+" received (and
ignored) a message that was not parseable JSON.\n                 (Received error:
"+a+")")}return n}t.__esModule=!0;var
r=Function.prototype.bind,s=Array.prototype.slice,c=n(143),u=a(c),l=n(3),d=a(l),p=n(2
```

```
),A=a(p),i=n(38),n=a(f),y=n(4),u=a(g),v=n(37),w=a(v),b=n(1),x=a(b),C=n(108),y=
function(){function e(t,n,a){o(this,e);var i=void
0;try{i="IFRAME"===(t.nodeName||"").toUpperCase()}catch(c){i=!1}return
i||!x["default"]("ie9")&&!x["default"]("ie8")?new(r.apply(k,[null].concat(s.call(
arguments),[i]))):new(r.apply(E,[null].concat(s.call(arguments)))))}return
e.loadCommunicatorUsingStorage=function(t){var n=void 0;if(!t)return void
m["default"].error("Loading a communicator from storage requires supplying the
original opening
window.");try{n=JSON.parse(sessionStorage.getItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY))
}catch(a){return void m["default"].error("Found unparseable data for cross-window
communication in sessionStorage. Ignoring.")}if(n){var
o=n,i=o.targetOrigin,r=o.eventNamespace;return new e(t,i,r)}},e}();t["default"]=y;var
E=function(){function
e(t,n,a){o(this,e),this.target=t,this.targetOrigin=a,this.eventNamespace=a,this.
_listeners=[],this._proxyListener=this._proxyListener.bind(this),d["default"].listen(
window,"storage",this._proxyListener)}return
e.prototype.post=function(e){try{window.localStorage.setItem(this.eventNamespace,e)}
catch(t){m["default"].error("CrossWindowCommunicator could not write to localStorage.
"+t)}},e.prototype.setListener=function(e){this._listeners.push(e)},e.prototype.
removeListener=function(e){this._listeners=h["default"](this._listeners,function(t,n)
{return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"storage",this._proxyListener),window.localStorage.
removeItem(this.eventNamespace),this._cleanupHandler&&this._cleanupHandler()},e.
prototype.tellTargetCleanup=function(){this.post(C.CROSS_WINDOW_TARGET_STOP_LISTENING
)},e.prototype.tellTargetCloseWindow=function(){this.post(C.
CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t){var
n,a=this;this._handshakeReceiver=function(e){t(e),a._handshakeReceiver=null},this.
post((n={},n[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,n))},e.prototype.ack=function(){this.
post({})},e.prototype.onCleanup=function(e){if("function"!=typeof e)throw new
TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)},e.prototype.
_proxyListener=function(e){var t=this,n=this.targetOrigin;if(e&&e.url===n){var
a=window.localStorage.getItem(this.eventNamespace);if(a){var o=function(){var
e=i(a,"LocalStorageCommunicator");if(e.message===C.CROSS_WINDOW_TARGET_STOP_LISTENING
)return{v:t.cleanup()};if(e.message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
o={origin:n,source:t.target,data:JSON.stringify(e.message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(o)}:void
A["default"](t._listeners,function(e,t){return t(o)})}();if("object"==typeof o)return
o.v}}},e}(),k=function(){function
e(t,n,a,i){o(this,e),this.target=t,this.targetOrigin=n,this.eventNamespace=a,this.
isTargetIframe=i,this._messenger=new
u["default"](t,n),this._listeners=[],this._proxyListener=this._proxyListener.bind(
this),d["default"].listen(window,"message",this._proxyListener)}return
e.prototype.post=function(e){var t=void 0;try{var
n;t=JSON.stringify((n={},n[this.eventNamespace]={message:e},n))}catch(a){throw new
Error("Messages sent via `PostMessenger` must be stringifiable into JSON. (Received\n
error:
"+a+"")")}this._messenger.post(t)},e.prototype.setListener=function(e){this._listeners
.push(e)},e.prototype.removeListener=function(e){this._listeners=h["default"](this.
_listeners,function(t,n){return n!==e})},e.prototype.removeListeners=function(){var
e=this,t=w["default"](this._listeners);A["default"](t,function(t,n){return
e.removeListener(n)})},e.prototype.cleanup=function(){this.removeListeners(),d["
default"].unlisten(window,"message",this._proxyListener),this._cleanupHandler&&this.
_cleanupHandler()},e.prototype.tellTargetCleanup=function(){this.post(C.
CROSS_WINDOW_TARGET_STOP_LISTENING)},e.prototype.tellTargetCloseWindow=function(){
this.post(C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)},e.prototype.handshake=function(e,t,n,a
,o){var i=this;a=a||50;var r=o||40,s=void
0;if(this._handshakeReceiver=function(){t(e),i._handshakeReceiver=null,clearTimeout(
s)},this.isTargetIframe){var
```

144416...

```
c;this.post((c={},c[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,c))}else function(){var
t=function o(){var t;if(clearTimeout(s),null!==i._handshakeReceiver){if(0>=r)return
i._handshakeReceiver=null,"function"==typeof
n?n():!1;i.post((t={},t[C.CROSS_WINDOW_HANDSHAKE_KEY]=e,t)),r--,s=setTimeout(o,a)}};t
()}()},e.prototype.ack=function(){this.post({})},e.prototype.onCleanup=function(e){if
("function"!=typeof e)throw new TypeError("`onCleanup` expects a function
argument.");this._cleanupHandler=e},e.prototype.onClose=function(e){if("function"!=
typeof e)throw new TypeError("`onClose` expects a function
argument.");this._closeHandler=e},e.prototype.saveTargetData=function(){var e=void
0;try{e=JSON.stringify({targetOrigin:this.targetOrigin,eventNamespace:this.
eventNamespace})}catch(t){throw new Error("CrossWindowCommunicator could not
stringify target data for
saving.")}try{sessionStorage.setItem(C.CROSS_WINDOW_TARGET_STORAGE_KEY,e)}catch(n){m[
"default"].error("CrossWindowCommunicator could not store data in sessionStorage.
"+n)}}},e.prototype._proxyListener=function(e){var
t=this,n=this.targetOrigin;if(e&&e.origin===n){var
a=i(e.data,"PostMessageCommunicator"),o=this.eventNamespace;if(a[o]){var
r=function(){if(a[o].message===C.CROSS_WINDOW_TARGET_STOP_LISTENING)return{v:t.
cleanup()};if(a[o].message===C.CROSS_WINDOW_TARGET_CLOSE_WINDOW)return{v:t.
_closeHandler()};var
l={origin:n,source:e.source,data:JSON.stringify(a[o].message)};return
t._handshakeReceiver?{v:t._handshakeReceiver(l)}:void
A["default"](t._listeners,function(e,t){return t(l)})}();if("object"==typeof r)return
r.v}}},e}();e.exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}t.__esModule=!0;var
o=n(1),i=a(o);t["default"]=i["default"]("msi")&&"backcompat"===document.compatMode.
toLowerCase(),e.exports=t["default"]},function(e,t,n){"use strict";function n(e,t){var
n,a=[],o={},i=Math.min((e.attributes||[]).length||0,160),r=t.replace(/:/g,"-");if(
isNaN(i))return o;for(var
s=0;i>s;s++)if(n=e.attributes[s]){if(a=n.name.split(t+":"),!a||1===a.length){if(0!==n
.name.indexOf("data-"))continue;if(a=n.name.split("data-"+r+"-"),!a||1===a.length)
continue}2===a.length&&(o[a.pop()]=n.value)}return
o}t.__esModule=!0,t["default"]=n,e.exports=t["default"]},function(e,t){"use
strict";function n(e){return e.replace(/[&<>'"\/]/g,function(e){return
a[e]})}t.__esModule=!0,t["default"]=n;var
a={"&":"&amp;","<":"&lt;",">":"&gt;","'":"&#x27;","/":"&#x2F;"};e.
exports=t["default"]},function(e,t,n){"use strict";function a(e){return
e&&e.__esModule?e:{"default":e}}function o(e,t){return
e[t]=e[t]||{},function(n,a){var o=a.toString(),i=c["default"](o),s=e[t][i];return
s?r["default"](s,n){?!1:(e[t][i]=[n],a(),!0)}}t.__esModule=!0,t["
default"]=o;var
i=n(96),r=a(i),s=n(26),c=a(s);e.exports=t["default"]},function(e,t,n){t=e.exports=n(
40)(),t.push([e.id,'.at-branding-logo{font-family:helvetica,arial,sans-serif;text-
decoration:none;font-size:10px;display:inline-block;margin:2px
0;letter-spacing:.2px}.at-branding-logo
.at-branding-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAABlJREFUeNpiYIQDEjQMAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAElFTkSuQmCC")}.at
-branding-logo .at-branding-icon,.at-branding-logo
.at-privacy-icon{display:inline-block;height:10px;width:10px;margin-left:4px;margin-
right:3px;margin-bottom:-1px;background-repeat:no-repeat}.at-branding-logo
.at-privacy-icon{background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
WR5cc11PAAAABhQTFRF8fr9ot/xXcfn2/P5AKva///////AKTWodjhjAAAAAd0Uk5T////////
ABpLA0YAAAA6SURBVHjaJMzBDQAwCAJAqaj7b9zixfV0kUKUKJ9ciWxlzWEWI5gMF65KUTv0VKkjVeTerqE/x7+
9BVgAEXbAWI8QDcfAAAAAElFTkSuQmCC")}.at-branding-logo
span{text-decoration:none}.at-branding-logo .at-branding-addthis,.at-branding-logo
.at-branding-powered-by{color:#666}.at-branding-logo
.at-branding-addthis:hover{color:#333}.at-cv-with-image
.at-branding-addthis,.at-cv-with-image
.at-branding-addthis:hover{color:#fff}a.at-branding-logo:visited{color:initial}.at-
branding-info{display:inline-block;padding:0 5px;color:#666;border:1px solid
#666;border-radius:50%;font-size:10px;line-height:9pt;opacity:.7;transition:all .3s
ease;text-decoration:none}.at-branding-info span{border:0;clip:rect(0 0 0
0);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px}.at-
branding-info:before{content:\'i\';font-family:Times New
Roman}.at-branding-info:hover{color:#0780df;border-color:#0780df}',""])},function(e,t
```

```
,n){for exports=n(487)();p.push([e.id,, html-at-expanded-menu-noscroll{overflow-x:
visible;overflow-y:visible}body.at-expanded-menu-noscroll{overflow:hidden}@keyframes
ellipses{to{width:1.25em}}#at-expanded-menu-host
*{box-sizing:border-box}#at-expanded-menu-host
.at-expanded-menu-hidden,#at-expanded-menu-host
.at-expanded-menu-top-services-header.at-expanded-menu-hidden{display:none;visibility
:hidden}#at-expanded-menu-host #at-expanded-menu-title,#at-expanded-menu-host
.at-branding-logo,#at-expanded-menu-host .at-copy-link-result-message
span,#at-expanded-menu-host .at-copy-link-share-page-url,#at-expanded-menu-host
.at-expanded-menu,#at-expanded-menu-host
.at-expanded-menu-button-label,#at-expanded-menu-host
.at-expanded-menu-email-disclaimer,#at-expanded-menu-host
.at-expanded-menu-load-btn,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-privacy-link,#at-expanded-menu-host
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-top-services-header{font-family:helvetica
neue,helvetica,arial,sans-serif}#at-expanded-menu-host svg
span{opacity:0;outline:0;visibility:hidden}#at-expanded-menu-host
.loading-container{display:table;height:75px;width:100%}#at-expanded-menu-host
.loading-container .loading-spinner{background:url("+n(738)+') 50% 50%
no-repeat;display:table-cell;height:100%;width:100%}#at-expanded-menu-host
.at-expanded-menu-mask{background-color:rgba(0,0,0,.9);position:fixed;top:0;right:0;
left:0;bottom:0;z-index:16777270}#at-expanded-menu-host.at-expanded-menu-standalone
.at-expanded-menu-mask{background-color:rgba(0,0,0,.88)}#at-expanded-menu-host
.at-expanded-menu{position:absolute;top:10%;left:50%;width:100%;margin-left:-20pc;
overflow-x:hidden;overflow-y:auto;padding-top:40px;z-index:16777271;text-align:left;
background:transparent}#at-expanded-menu-host.at-expanded-menu-safari
.at-expanded-menu{overflow:hidden;padding-top:initial}#at-expanded-menu-host
.at-expanded-menu-fade{width:100%;height:151px;position:fixed;bottom:0;left:0;z-index
:16777272;pointer-events:none;background:-webkit-linear-gradient(top,transparent
0%,rgba(0,0,0,.65) 100%);background:linear-gradient(to bottom,transparent 0%,#000
100%);filter:progid:DXImageTransform.Microsoft.gradient(startColorstr=\'#00000000\',
endColorstr=\'#a6000000\',GradientType=0)}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{cursor:pointer;text-decoration:none;
position:fixed;right:20px;bottom:20px;z-index:16777273}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding{border:1px solid
#ccc;color:#ccc}#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding:before{color:#ccc}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn{background-color:#0295ff;border:none;border-
radius:4px;color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto
0;padding:15px 35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-primary-action-btn:hover{background-color:#0078ce}#at-expanded-menu
-host
.at-expanded-menu-close{position:fixed;right:20px;top:20px;width:30px;height:30px;
margin:0;padding:0;z-index:16777274;background:none;background-color:#fff;border:none
;border-radius:50%;color:#000;font-family:arial,sans-serif;font-size:11px;font-weight
:400;line-height:normal;cursor:pointer;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-close
span{font-family:arial,sans-serif;font-size:28px;line-height:0;vertical-align:initial
}#at-expanded-menu-host
.at-expanded-menu-close:after{content:\'\';display:inline-block;height:22px}#at-
expanded-menu-host
.at-expanded-menu-close:hover{background-color:#666;color:#fff}#at-expanded-menu-host
#at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu-ft{text-align:center}#at-expanded-menu-host
#at-expanded-menu-hd{display:inline-block}#at-expanded-menu-host
.at-expanded-menu-ft{margin:-90px 35px
0;padding-bottom:75pt;position:relative;width:575px;z-index:3}#at-expanded-menu-host
.at-expanded-menu-ft
.at-expanded-menu-ft-loading{color:#fff;display:block;position:relative}#at-expanded-
menu-host .at-expanded-menu-ft-loading
.at-expanded-menu-ft-loading:after{-webkit-animation:ellipses 1s steps(4, end) 0s
infinite forwards;animation:ellipses 1s steps(4, end) 0s infinite forwards;content:"
\\2026";display:inline-block;overflow:hidden;position:absolute;vertical-align:bottom;
width:0}#at-expanded-menu-host #at-expanded-menu-bd{padding:20px
```

```
0;text-align:center;position:relative}#at-expanded-menu-host .at-expanded-menu-safari
#at-expanded-menu-bd{overflow-y:auto}#at-expanded-menu-host
.at-expanded-menu-title{display:block;font-size:60px;font-weight:300;line-height:60px
;color:#fff;margin:0 35px 30px;padding:0;width:575px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:15px;font-weight:500;margin:0
35px}#at-expanded-menu-host .at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url{display:block;line-height:20px;color:#eeecec;overflow:
hidden;text-overflow:ellipsis;padding:0;white-space:nowrap;width:575px}#at-expanded-
menu-host .at-expanded-menu-page-url{font-size:13px;font-weight:300;margin:0 35px
20px;opacity:.6}#at-expanded-menu-host
.at-expanded-menu-top-services-header{color:#eeecec;display:block;font-size:13px;font
-weight:300;letter-spacing:2px;margin:0 0
30px;text-transform:uppercase;width:40pc}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-addthis{color:#fff;font-size:9pt}#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding
.at-branding-icon{background-size:cover;height:13px;width:13px}#at-expanded-menu-host
.at-branding-logo
.at-branding-icon{display:inline-block;margin-left:4px;margin-right:3px;margin-bottom
:-1px;background-repeat:no-repeat;background-image:url("data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAMAAAC67D+
PAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAAZQTFRF////+
GlNUkcc1QAAAB1JREFUeNpiYIQDBjQmAwMmkwEM0JnY1WIxFyDAABGeAFEudiZsAAAAAElFTkSuQmCC")}#at
-expanded-menu-host
.at-expanded-menu-privacy-link{position:fixed;bottom:20px;font-size:9pt;left:20px;z-
index:16777273}#at-expanded-menu-host .at-expanded-menu-privacy-link
a{text-decoration:none}#at-expanded-menu-host .at-expanded-menu-privacy-link
a:hover{text-decoration:underline}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a,#at-expanded-menu-host
.at-expanded-menu-privacy-link a{color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-notification:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8y8yMDAwL3N2ZyIgeG1sbnM6eGxpbkm
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43M3QgMi4yMzgyIgMCA2LjZgNCA
xLjjzOXQ0LjLjjk5MSA0Ljk5MSAxLjzzzOSA2Ljk4NC0zLLjzzOSA6Ljk8OOLjjkk5MSA0Ljjkk4NCAxLjz
OS02Ljg4Nz0Ljjjz0S00Ljjjk5MS0xLjzzzOSA2Ljjjj4NCAxLjjzz0S02Ljjjj4NCA6Ljjkk5MSA00Ljjk5MS02Ljk8A2L
jg4NC0xLjjzzOXpNMTYYgMjQuNTU0di0zLjjM5M3EwLTAuMjUtMC44NxtEtMC40MnQtMC4zOTMtMC4zgyMg0Mj
lxLTAuMjMIYDAtMC40MTEgMC4xNzl0LTAuMTc5IDAuNDExdDExMuMzTzkzTAgMC4xMzIgMC4xMTFtIGk4A
0MTEgMC4zNzloMjcCAwLjMxNC4xjE5MMuMUc5OVFyLTAu NDjL6TTE1Lljk2NCAxOC40OMTFsMC4
MjEtMTEuMDg5c5TAtMC4yMTQtMC40NzktMC44NztMC4zNDNtMC400MktMC4xNDNoLTMuOTI5cS0wL
jI1IDAtMC40MjjkgMC4xNDNtMC4xNzkgMC4zNzztMC4xNzkgMC4zMzFmSMC4zMDQgMTEuMDg5cTAgMC4xNzkgMC
4xNzkgMC4zMTN0MC40MjjkMC4xMzRoMy4yMDRyMC4yNSAwIDAuNDDIt MC4xMzRtMC4xODgtMC4zMTN6L3B
hdGg+DQo8L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
.at-expanded-menu-search{position:relative;overflow:hidden;width:575px;margin:0
35px;height:65px;max-height:65px;line-height:65px}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]{display:inline-block;height:inherit;width:
100%;padding:0;margin:0 0
1px;vertical-align:middle;font-size:18px;line-height:20px;background:0
0;outline:0;border:none;border-radius:0;color:#fff}#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]::-ms-clear{display:none;height:0;width:0}#
at-expanded-menu-host
#at-expanded-menu-service-filter.at-expanded-menu-search-input[type=text]:focus{color
:#eeecec;border-color:transparent;outline:0;box-shadow:none;-webkit-box-shadow:none;-
moz-box-shadow:none}#at-expanded-menu-host
.at-expanded-menu-search-label{display:block;position:relative;width:100%;text-align:
left;height:55px;max-height:55px;line-height:55px;position:absolute;top:0;left:0}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{display:block;font-size:19px;font-weight:300;
color:#eeecec;opacity:1;-moz-user-select:none;-webkit-user-select:none;-ms-user-
select:none;transition:all .4s ease}#at-expanded-menu-host
.at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-host
.at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{opacity:.5;font-size:9pt;line-height:9pt}#at-
expanded-menu-host .at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{content:\'\';position:absolute;top:0;left:0;
```

144416...

```
width:100%;height:30px;border-bottom:1px solid #eeecec}#at-expanded-menu-host
.at-expanded-menu-search-label:after{border-bottom:2px solid
#eeecec;-webkit-transform:translate3d(-100%,0,0);transform:translate3d(-100%,0,0);-
webkit-transition:-webkit-transform .3s;transition:transform
.3s}#at-expanded-menu-host
.at-expanded-menu-search-input:focus+.at-expanded-menu-search-label:after{-webkit-
transform:translate3d(0,0,0);transform:translate3d(0,0,0)}#at-expanded-menu-host
.at-expanded-menu-search-icon{display:block;position:absolute;right:0;top:20px;width:
25px;height:25px;margin-left:-29px;vertical-align:middle;text-align:left;font-size:
18px;background-image:url(data:image/svg+xml;base64,PD9bWwgdmVyc2lvbj0iMS4wIiA/
PjxzdmcgaGVpZ2h0PSIzMnB4IiB2ZXJzaW9uPSIxLjEiIHZpZXdCb3g9IjAgMCAzMiIgd2lkdGg9IjMyc
HgiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6c2tldGNoPSJodHRwOi8vd3d3Lm
JvaGVtaWFuY29kaW5nLmNvbS9za2V0Y2gvbnMiIHhtbG5zOnhsaW5rPSJodHRwOi8vd3d3LnczLm9yZy8xOTk
5L3hsaW5rIj48ZG10bGUvPjxkZXNjZW5jZT4+
PGcgZmlsbD0ibm9uZSIgZmlsbC1ydWxlPSJldmVub2RkIiBpZD0iUGFnZS0xIiBzdHJva2Uva3Vya2u1Im5vb
m9rZS13aWR0aD0iMSI+PGcgZmlsbD0iIzkyOTI5MiIgaWQ9Iml1b24tMTExLXNvLTYZjaCI+
PHBhdGggZD0iTTE5LjQyNzExNjQsMjEuNDI3MTE2NCBDMTguMDM3MjQ5NSwyMi40MTc0ODAzIDE2LjMzNjY1M
jIsMjMgMTQuNSwyMyBDOS44MDU1NzkzLjcwSwyMyA2LDE5LjE5NDQyMDYgNiwxNC41IEM2LDkuODA1NTc5MzkgOS
44MDU1NzkzOSw2IDE0LjUsNiBDMTkuMTk0NDIwNiw2IDIzLDkuODA1NTc5MzkgMjMsMTQuNSBDMjMsMTYuMzM
2NjUyMiAyMi40MTc0ODAzLDE4LjAzNzI0OTUgMjEuNDI3MTE2NCwxMTY0IEwyNy4wMTE5MTE5LDI1LDI
LjAxMTkxMTkgMjguNTg4ODM1MiAyNy4wMTExNiA2LjAxMTMgMjUuQzI2LjUwMzY2IE1tiAyNDU4NTk
SwyNi45IDYgMjguNTg4ODM1MiAyNi45IDYgMjcuMDExOTExOSwyNS41IEwyMS40MjcxMTY0LDE5LjQyNzExNj
RaIE0xNC41LDIxIEMxNi4xNzY1OTA3LDIxIDE4LjAzNjc1NywyMC41IDE5Ljk3NzQyMzEgTXcyNS41MTc2IExE
xMjAuNjExNjEsMTY5Ny4zNTE1MTYuMzM2NjUyMiAyMS4xNjQ5NTMxRTE4IExEx2LjQyNzExNjQsMTguNTc4OTg4M
STBVTTItMUMxMiAyMC44IGN3dGNlDUsMjAuOTxDyMy4xwM0N1ODYgMjAuNVTU2MTMuNTAxMiAyNyMTAxMjA3TE
5LjQyNzExNjQsMTUuNTQ5IE1tcGduMTUuNjguNCBkIHNtaTAYZ2IiTVZZ2dOCwxNEXxLDggMTAxMiAvTCMTEYM
MTQuNSBEbEVzMTAuOTxTAMGWxDgg N1EMxMTAx2L2IEm3MTAxMi2IExDgg N1E4xMTQgMTEwNTMAxDWN4YWxT
Dg5IDgsMTQuNSBDBDOCwxOC4wODk1NTxxIExEbWxjbWxMD04Mi2IExDgg N1E4xMTQgMTEwNTMAxDWN4YWxMTA
xDg5IDgsMTQuNSBDBDOCwxOC4wODk1NTxxIExEbWxjbWxMD04Mi2IExDggN1E4xMTQgMTEwNTMAxDWN4YWxT
Dg9IDgsMTQuNSBEbEVzMTAuOTxTAMGWxDgg N1EMxMTAx2L2IEm3MTAxMi2IExDgg N1E4xMTQgMTEwNTMAxDWN4YWxT
VhcmNoNoIi8+PC9nPjwvZz48L3N2Zz4=);background-color:transparent;background-repeat:no-
repeat;background-size:25px 25px;-webkit-filter:brightness(0)
invert(1);filter:brightness(0) invert(1)}#at-expanded-menu-host
.at-expanded-menu-service-list{list-style-type:none;padding:0 0
110px;margin:0;width:40px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{border-top:1px solid
#fff;content:\'\';display:block;margin-left:75pt;margin-top:-5pc;padding-bottom:50px;
opacity:.4;width:440px}#at-expanded-menu-host .at-expanded-menu-service-list
li{display:inline-block;position:relative;width:84px;min-width:84px;margin:0 17px
20px 22px;outline-color:#eeecec;vertical-align:top}#at-expanded-menu-host
.at-expanded-menu-service-list li *{outline-color:#eeecec}#at-expanded-menu-host
.at-expanded-menu-service-list
button{background:none;border:none;cursor:pointer;padding:0;margin:0;width:84px}#at-
expanded-menu-host
.at-expanded-menu-button-label{line-spacing:.5px}#at-expanded-menu-host .top-service
.at-expanded-menu-button-label{font-weight:400}#at-expanded-menu-host
.at-expanded-menu-load{padding:10px
30px;font-size:14px;text-transform:uppercase;background-color:#fff;color:#000;border:
none;border-radius:30px;cursor:pointer}#at-expanded-menu-host .at-expanded-menu
.at-icon-wrapper{display:block;width:84px;height:84px;overflow:hidden;cursor:pointer;
transition:transform .2s ease}#at-expanded-menu-host .at-expanded-menu
.at-icon{fill:#fff}#at-expanded-menu-host .at-expanded-menu-round
.at-icon-wrapper{border-radius:50%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round
.at-expanded-menu-button:focus,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-round [class^=at3winsvc_]:hover
.at-icon-wrapper{-webkit-transform:scale(1.05,1.05);transform:scale(1.05,1.05)}#at-
expanded-menu-host .at-expanded-menu-round
.at-expanded-menu-button-label{display:block;color:#eeecec;font-size:14px;font-weight
:300;letter-spacing:.8px;line-height:21px}#at-expanded-menu-host
.at-expanded-menu-round
.at-expanded-menu-button-label:hover{cursor:pointer}#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list button,#at-expanded-menu-host
.at-expanded-menu-round .at-expanded-menu-service-list
li{overflow:visible}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email{left:0;max-height:100%;margin-left:0;text-
align:center;top:0}#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd{padding:0}#at-expanded-menu-host
.at-expanded-menu-email
#at-expanded-menu-title{font-size:2pc;line-height:2pc}#at-expanded-menu-host
#at-expanded-menu-email-form{margin:0
auto;text-align:left;width:575px}#at-expanded-menu-host .at-expanded-menu-email-field
```

144416...

```css
label{color:#d54d2d;display:block;font-size:19px;font-weight:200;letter-spacing:.8px;
margin-bottom:5px}#at-expanded-menu-host .at-expanded-menu-email-field
input,#at-expanded-menu-host .at-expanded-menu-email-field
textarea{border-radius:3px;border-width:0;color:#333;display:block;font-size:1pc;
margin-bottom:20px;outline-color:#eeecec;padding:10px;width:100%}#at-expanded-menu-
host .at-expanded-menu-email-field input{height:40px}#at-expanded-menu-host
.at-expanded-menu-email-field
input.at-expanded-menu-email-error-field{background-color:#fdd;border-radius:3px 3px
0 0;margin-bottom:0}#at-expanded-menu-host .at-expanded-menu-email-field
textarea{height:75pt}#at-expanded-menu-host
.at-expanded-menu-email-error-message{background-color:#ff5050;border-radius:0 0 3px
3px;color:#fff;font-weight:300;font-size:13px;height:30px;margin-bottom:20px}#at-
expanded-menu-host .at-expanded-menu-email-error-message
span{height:30px;letter-spacing:.5px;line-height:30px}#at-expanded-menu-host
.at-expanded-menu-email-error-message
span:before{background:url("data:image/svg+xml;base64,
PHN2ZyB2ZXJzaW9uPSIxLjEiIHhtbG5zPSJodHRwOi8vd3d3LnczLm9yZy8yMDAwL3N2ZyIgeG1sbnM6eGxpbk
ms9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkveGxpbmsiIHdpZHRoPSIzMiIgaGVpZ2h0PSIzMiIgdmlld0JveD
0iMCAwIDMyIDMyIj4NCjxwYXRoIGZpbGw9IiNmZmYiIGQ9Ik0xMy43MTQgMi43MzIgMCA2Zi2g4NCAx
xLjgzOXQ0Ljk5MSA0OLjk5MSAxLjgzOSA2Zi2g4NC0xLjgzOSA2Zi2g4NC00Ljk5MSA4O2Zi2g4NCAxLjgz
OS0yLjg4Nj0xLjgzOS00OLjk5MiS0lxLjgz8Zi2g4NCAxLjgzOS02Zi2g4NC01LjY5MS44O0Zi2g4N6Zi2g4
jg4NC0xLjgzOXpNMTYyMjQuNTU0di0iZ0zLjM3M3EwLTAuMjjUtMC4xNjEtMC4yOTMtMC4xNjgtMy4My40Mj
lxLTAuMjMyIDAtMC40MTEgMC4xNzl0LTAuMTc5IDAuNDExdjMuMiMuM2zkzcTAgMC4yMzIgMC4xNzkgMC40MTF
OMTEgMC4xNzloMy40MjlxLMC4yMzIgMC4xNzl0MC4xNzktMC40MTF6MzI3MTzliMC4xNjhMC4xNjhMzlzMzzl
gSMyIzMzQwMjhMyMmMyMzMzMMzzMzzMCMgMzIzMygMCMzIzMCMzMzMCMzQMzzMMzzMMzzMMzQMzzMMzQ
gSMyIj48L3BhdGg+DQ08L3N2Zz4=");background-size:contain;border-radius:50%;content:"";display:
block;float:left;font-family:arial,sans-serif;height:20px;line-height:20px;margin:5px
5px 5px 10px;padding:0;width:20px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message{border-radius:3px;
height:40px;margin-bottom:10px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span{height:40px;line-height:40px}#at-expanded-menu-host
#at-expanded-menu-email-form>.at-expanded-menu-email-error-message
span:before{margin:10px 5px 10px 10px}#at-expanded-menu-host
#at-expanded-menu-captcha-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-captcha-container>:first-child{display:inline-block;transform:scale
(0.8)}#at-expanded-menu-email-btn{background-color:#0295ff;border:none;border-radius:4px;
color:#fff;cursor:pointer;display:block;font-size:1pc;margin:15px auto 0;padding:15px
35px;transition:background-color .2s ease-in}#at-expanded-menu-host
.at-expanded-menu-email-btn:hover{background-color:#0078ce}#at-expanded-menu-host
.at-expanded-menu-email-other{margin:20px auto
40px;padding-bottom:20px;text-align:center;width:575px}#at-expanded-menu-host
.at-expanded-menu-email-other
p{color:#eeecec;font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu-email-services{list-style-type:none;margin:0;padding:0}#at-expanded
-menu-host .at-expanded-menu-email-services
li{border-radius:4px;display:inline-block;height:2pc;margin:0
4px;overflow:hidden;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
li span{display:none}#at-expanded-menu-host .at-expanded-menu-email-services
.at-expanded-menu-button{background:none;border:none;cursor:pointer;height:2pc;
padding:0;margin:0;width:2pc}#at-expanded-menu-host .at-expanded-menu-email-services
.at-icon-wrapper{border-radius:4px}#at-expanded-menu-host
.at-expanded-menu-email-services svg{display:block}#at-expanded-menu-host
#at-expanded-menu-email-sent{left:0;margin-left:0;padding-top:0;position:fixed;top:50
%;transform:translateY(-50%)}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-email-success-container{text-align:center}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-expanded-menu-service-list{margin:0
auto}#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-button,#at-expanded-menu-host #at-expanded-menu-email-sent
.at-expanded-menu-service-list li{height:84px;width:84px}#at-expanded-menu-host
#at-expanded-menu-email-sent
.at-expanded-menu-button-label{padding-top:5px}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper{overflow:hidden}#at-expanded-menu-host
#at-expanded-menu-email-sent .at-icon-wrapper span{opacity:0}#at-expanded-menu-host
.at-expanded-menu-email-success-message{color:#fff;display:block;font-size:36px;font-
```

144416...

```
weight:700;padding-bottom:40px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer{color:#beb6b6;display:block;font-size:9pt;text-
align:center}#at-expanded-menu-host .at-expanded-menu-email-disclaimer
span{display:block;margin-top:20px}#at-expanded-menu-host
.at-expanded-menu-email-disclaimer a{color:#beb6b6}#at-expanded-menu-host
.loading-container.loading-container-as-overlay{background:rgba(51,51,51,.3);bottom:0
;display:block;height:auto;left:0;position:fixed;right:0;top:0;z-index:16777274}#at-
expanded-menu-host .loading-container.loading-container-as-overlay
.loading-spinner{display:block}#at-expanded-menu-host .at-copy-link-share{margin:0
35px;width:575px}#at-expanded-menu-host
.at-copy-link-share-icon{display:block;float:left;height:50px;width:50px}#at-expanded
-menu-host .at-copy-link-share-icon .at-icon-wrapper{border-radius:4px 0 0
4px}#at-expanded-menu-host .at-copy-link-share-page-url{border-radius:0 4px 4px
0;color:#333;display:block;font-size:18px;height:50px;width:calc(100% -
50px)}#at-expanded-menu-host
.at-copy-link-share-button{text-align:center;width:130px}#at-expanded-menu-host
.at-copy-link-result-message{background-color:#1ece8e;border-radius:3px;color:#fff;
display:block;margin:20px
auto;opacity:0;padding:5px;width:200px;-webkit-transition:opacity .5s
ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message
span{font-size:14px;line-height:20px}#at-expanded-menu-host
.at-copy-link-result-message.at-copy-link-show-result{opacity:1;-webkit-transition:
opacity .5s ease-in;transition:opacity .5s ease-in}#at-expanded-menu-host
.at-copy-link-result-message:before{margin:0 5px}@media screen and
(max-width:950px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-289px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:508px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:578px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{width:378px}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:28px;margin-right:29px}#at-expanded-menu-host
.at-copy-link-share{margin:0;width:578px}}@media screen and
(max-width:569px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-214px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-hd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{padding-left:10px;padding-right:10px}#at-expanded-menu-
host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-bd,#at-expanded-menu-host .at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-email-form,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email #at-expanded-menu-hd,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title,#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-title,#at-expanded-menu-email
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-page-url{margin:0;width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
.at-expanded-menu-email-other{width:100%}#at-expanded-menu-host
.at-expanded-menu.at-expanded-menu-email
#at-expanded-menu-title{margin-bottom:30px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:22px;margin-right:22px;width:380px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:420px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
```

144416…

.at-expanded-menu-top-services-header{border-before:before{width:15pc}#at-expanded-
menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:14px;margin-right:7px}#at-expanded-menu-host
.at-copy-link-share{width:420px}}@media screen and
(max-width:449px){#at-expanded-menu-host
#at-expanded-menu-title{font-size:28px;line-height:2pc}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:14px;font-weight:300}#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-180px}#at-expanded-menu-
host .at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{margin-left:10px;margin-right:10px;width:340px}#at-expanded-
menu-host .at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:360px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:5pc;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:13px;margin-right:13px;min-width:4pc;width:4pc;word-wrap:break-word}#
at-expanded-menu-host .at-copy-link-share{width:360px}}@media screen and
(max-width:369px){#at-expanded-menu-host
.at-expanded-menu:not(.at-expanded-menu-email){margin-left:-10pc}#at-expanded-menu-
host .at-expanded-menu-page-url{margin-bottom:25px}#at-expanded-menu-host
.at-expanded-menu-ft,#at-expanded-menu-host
.at-expanded-menu-page-title,#at-expanded-menu-host
.at-expanded-menu-page-url,#at-expanded-menu-host
.at-expanded-menu-search,#at-expanded-menu-host
.at-expanded-menu-title{width:300px}#at-expanded-menu-host
.at-expanded-menu-service-list,#at-expanded-menu-host
.at-expanded-menu-top-services-header{width:20pc}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before,#at-expanded-menu-host
.at-expanded-menu-top-services-header.border-before:before{margin-left:60px;width:
200px}#at-expanded-menu-host .at-expanded-menu-service-list li,#at-expanded-menu-host
.at-expanded-menu-top-services-header
li{margin-left:8px;margin-right:8px}#at-expanded-menu-host
.at-copy-link-share{width:20pc}}@media screen and
(max-width:879px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:20px;right:initial;
top:20px}}@media screen and (max-width:347px){#at-expanded-menu-host
.at-branding-info.at-expanded-menu-branding,#at-expanded-menu-host
.at-branding-logo.at-expanded-menu-branding{bottom:initial;left:10px;right:initial;
top:10px}#at-expanded-menu-host .at-expanded-menu-close{right:10px;top:10px}}@media
screen and (max-height:800px),screen and (max-width:639px){#at-expanded-menu-host
.at-expanded-menu-service-list button{width:4pc}#at-expanded-menu-host
.at-expanded-menu .at-icon-wrapper{width:4pc;height:4pc}}@media screen and
(max-height:800px) and (min-width:480px){#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}}@media screen and
(max-height:800px){#at-expanded-menu-host
.at-expanded-menu-title{font-size:3pc;font-weight:300;line-height:3pc;color:#fff;
margin-bottom:20px;margin-top:0;padding:0}#at-expanded-menu-host
.at-expanded-menu-page-url{margin-top:0;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-search{height:50px;max-height:50px;line-height:50px}#at-expanded-
menu-host
.at-expanded-menu-search-input[type=text]{font-size:15px!important;height:50px;
position:relative;top:-4px}#at-expanded-menu-host
.at-expanded-menu-search-label{height:35px;max-height:35px;line-height:35px}#at-
expanded-menu-host
.at-expanded-menu-search-label-content{font-size:1pc}#at-expanded-menu-host
.at-expanded-menu-search-label:after,#at-expanded-menu-host
.at-expanded-menu-search-label:before{height:35px}#at-expanded-menu-host
.at-expanded-menu-search-icon{top:5px}#at-expanded-menu-host
.at-expanded-menu-top-services-header{margin:0 0 20px}#at-expanded-menu-host
.at-expanded-menu-service-list{padding:0 0 90px}#at-expanded-menu-host
.at-expanded-menu-service-list.border-before:before{padding-bottom:30px}#at-expanded-
menu-host .at-expanded-menu-service-list li{margin-bottom:15px;margin-top:0}}@media

144416...

```
screen and (max-height:550px){#at-expanded-menu-host
#at-expanded-menu-title{line-height:28px;margin-bottom:10px}#at-expanded-menu-host
.at-expanded-menu-page-title{font-size:13px}#at-expanded-menu-host
.at-expanded-menu-page-url{font-size:9pt}#at-expanded-menu-host
#at-expanded-menu-bd{padding-top:10px}}#at-expanded-menu-container.at-expanded-menu-
mobile{position:fixed;top:0;bottom:0;left:0;right:0;z-index:16777269;overflow:hidden}
#at-expanded-menu-container.at-expanded-menu-mobile>.loading-container{height:100%;
position:relative;z-index:16777274}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu{overflow-x:initial;overflow-y:initial;padding-bottom:50px;padding-
top:60px;top:0;bottom:0}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link,#at-expanded-menu-container.at-expanded-
menu-mobile
.at-expanded-menu.at-expanded-menu-email{left:initial;margin-left:0}#at-expanded-menu
-container.at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-email{margin-bottom:50px;margin-top:70px;overflow-
y:auto;-webkit-overflow-scrolling:touch;padding-top:10px}#at-expanded-menu-container.
at-expanded-menu-mobile
.at-expanded-menu.at-expanded-menu-copy-link{bottom:initial;padding:0;top:50%;
transform:translateY(-50%)}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-hd{position:fixed}#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-copy-link
#at-expanded-menu-hd,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email
#at-expanded-menu-hd{display:block;padding-bottom:10px;position:static}#at-expanded-
menu-container.at-expanded-menu-mobile
#at-expanded-menu-title{font-size:20px;line-height:20px;margin-bottom:0}#at-expanded-
menu-container.at-expanded-menu-mobile .at-expanded-menu-email
#at-expanded-menu-title{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile .at-expanded-menu-copy-link
#at-expanded-menu-title{margin-bottom:5px;width:auto}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-copy-link
.at-expanded-menu-page-title,#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-copy-link
.at-expanded-menu-page-url{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
.at-expanded-menu-search-input[type=text]{font-size:13px!important}#at-expanded-menu-
container.at-expanded-menu-mobile
.at-expanded-menu-search-icon{height:22px;top:7px}#at-expanded-menu-container.at-
expanded-menu-mobile
.at-expanded-menu-search-label{height:45px;line-height:45px;max-height:45px}#at-
expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-search-label-content{font-size:13px}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-search-filled .at-expanded-menu-search-label
.at-expanded-menu-search-label-content,#at-expanded-menu-container.at-expanded-menu-
mobile .at-expanded-menu-search-input[type=text]:focus+.at-expanded-menu-search-label
.at-expanded-menu-search-label-content{display:none}#at-expanded-menu-container.at-
expanded-menu-mobile .at-expanded-menu-top-services-header{margin:0 0
18px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-bd{height:100%;padding-top:10px;padding-bottom:0;-webkit-overflow-
scrolling:touch}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-round
.at-expanded-menu-button-label{font-size:9pt}#at-expanded-menu-container.at-expanded-
menu-mobile .at-expanded-menu .at-icon-wrapper{height:54px;margin:0
auto;width:54px}#at-expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-form{width:auto}#at-expanded-menu-container.at-expanded-menu-
mobile
#at-expanded-menu-captcha-container{padding-top:15px}#at-expanded-menu-container.at-
expanded-menu-mobile #at-expanded-menu-captcha-container>:first-child{margin:0
auto}#at-expanded-menu-container.at-expanded-menu-mobile
.at-expanded-menu-email-other{margin-bottom:0;padding-bottom:0;width:auto}#at-
expanded-menu-container.at-expanded-menu-mobile
#at-expanded-menu-email-sent{width:100%}#at-expanded-menu-container.at-expanded-menu-
mobile #at-expanded-menu-email-sent
.at-expanded-menu-button{height:4pc;width:4pc}#at-expanded-menu-container.at-expanded
-menu-mobile
.at-expanded-menu-email-success-message{font-size:24px}#at-expanded-menu-container.at
-expanded-menu-mobile
```

Page 4610

```
144416...  .at-expanded-menu-email-error-message{font-size:10px}#at-expanded-menu-container.at-
       ...  expanded-menu-mobile .at-copy-link-share{margin:0
       ...  10px;width:auto}#at-expanded-menu-container.at-expanded-menu-mobile
       ...  .at-copy-link-share-button{margin-top:25px;padding:10px
       ...  25px}#at-expanded-menu-container.at-expanded-menu-mobile
       ...  .at-expanded-menu-ft{margin-top:-5pc}#at-expanded-menu-container.at-expanded-menu-
       ...  mobile .at-expanded-menu-fade{height:50px}',""]);
144417...  },function(e,t,n){t=e.exports=n(40)(),t.push([e.id,".at-icon{fill:#fff;border:0}.at-
       ...  icon-wrapper{display:inline-block;overflow:hidden}a
       ...  .at-icon-wrapper{cursor:pointer}.at-rounded,.at-rounded-element
       ...  .at-icon-wrapper{border-radius:12%}.at-circular,.at-circular-element
       ...  .at-icon-wrapper{border-radius:50%}.addthis_32x32_style
       ...  .at-icon{width:2pc;height:2pc}.addthis_24x24_style
       ...  .at-icon{width:24px;height:24px}.addthis_20x20_style
       ...  .at-icon{width:20px;height:20px}.addthis_16x16_style
       ...  .at-icon{width:1pc;height:1pc}",""])},function(e,t,n){t=e.exports=n(40)(),t.push([e.
       ...  id,'#at16lb{display:none;position:absolute;top:0;left:0;width:100%;height:100%;z-
       ...  index:1001;background-color:#000;opacity:.001}#at16pc,#at16pi,#at16pib,#at_complete,#
       ...  at_email,#at_error,#at_share,#at_success{position:static!important}.at15dn{display:
       ...  none}.at15a{border:0;height:0;margin:0;padding:0;width:230px}.atnt{text-align:center!
       ...  important;padding:6px 0 0!important;height:24px!important}.atnt
       ...  a{text-decoration:none;color:#36b}.atnt
       ...  a:hover{text-decoration:underline}#at15s,#at16nms,#at16p,#at16p form input,#at16p
       ...  label,#at16p textarea,#at16recap,#at16sas,#at_msg,#at_share
       ...  .at_item{font-family:arial,helvetica,tahoma,verdana,sans-serif!important;font-size:
       ...  9pt!important;outline-style:none;outline-width:0;line-height:1em}* html
       ...  #at15s.mmborder{position:absolute!important}#at15s.mmborder{position:fixed!important;
       ...  width:250px!important}#at15s{background:url(data:image/png;base64,
       ...  iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
       ...  9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
       ...  IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);float:none;line-height:1em;margin:0;overflow:
       ...  visible;padding:5px;text-align:left;position:absolute}#at15s a,#at15s
       ...  span{outline:0;direction:ltr;text-transform:none}#at15s
       ...  .at-label{margin-left:5px}#at15s .at-icon-wrapper,#at16ps
       ...  .at-icon-wrapper{width:1pc;height:1pc;vertical-align:middle}#at15s .at-icon,#at16ps
       ...  .at-icon{width:1pc;height:1pc}.at4-icon{display:inline-block;background-repeat:no-
       ...  repeat;background-position:top
       ...  left;margin:0;overflow:hidden;cursor:pointer}.addthis_16x16_style
       ...  .at4-icon,.addthis_16x16_white_style .at4-icon,.addthis_default_style
       ...  .at4-icon,.at-16x16{width:1pc;height:1pc;line-height:1pc;background-size:
       ...  1pc!important}.addthis_32x32_style .at4-icon,.addthis_32x32_white_style
       ...  .at4-icon,.at-32x32{width:2pc;height:2pc;line-height:2pc;background-size:2pc!
       ...  important}.addthis_24x24_style .at4-icon,.addthis_24x24_white_style
       ...  .at4-icon,.at-24x24{width:24px;height:24px;line-height:24px;background-size:24px!
       ...  important}.addthis_20x20_style .at4-icon,.addthis_20x20_white_style
       ...  .at4-icon,.at-20x20{width:20px;height:20px;line-height:20px;background-size:20px!
       ...  important}.at4-icon.circular,.circular
       ...  .at4-icon,.circular.aticon{border-radius:50%}.at4-icon.rounded,.rounded
       ...  .at4-icon{border-radius:4px}.at4-icon-left{float:left}#at15s
       ...  .at4-icon{text-indent:20px;padding:0;overflow:visible;white-space:nowrap;background-
       ...  size:1px;width:1pc;height:1pc;background-position:top
       ...  left;display:inline-block;line-height:1pc}.addthis_vertical_style
       ...  .at4-icon,.at4-follow-container .at4-icon,.sortable-list-container
       ...  .at4-icon{margin-right:5px}html>body
       ...  #at15s{width:250px!important}#at15s.atm{background:none!important;padding:0!important
       ...  ;width:10pc!important}#at15s.atiemode2{width:252px!important}#at15s_inner{background:
       ...  #fff;border:1px solid
       ...  #fff;margin:0}#at15s_head{position:relative;background:#f2f2f2;padding:4px;cursor:
       ...  default;border-bottom:1px solid
       ...  #e5e5e5}.at15s_head_success{background:#cafd99!important;border-bottom:1px solid
       ...  #a9d582!important}.at15s_head_success a,.at15s_head_success
       ...  span{color:#000!important;text-decoration:none}#at15s_brand,#at15sptx,#at16_brand{
       ...  position:absolute}#at15s_brand{top:4px;right:4px}.at15s_brandx{right:20px!important}a
       ...  #at15sptx{top:4px;right:4px;text-decoration:none;color:#4c4c4c;font-weight:700}#at15s
       ...  .atiemode2 a#at15sptx,.at15sie6
       ...  a#at15sptx{right:8px}#at15sptx:hover{text-decoration:underline}#at16_brand{top:5px;
       ...  right:30px;cursor:default}#at_hover{padding:4px}#at_hover .at_item,#at_share
       ...  .at_item{background:#fff!important;float:left!important;color:#4c4c4c!important}#
```

at_share .at-icon-wrapper{margin-right:9px}#at_hover
.at_bold{font-weight:700;color:#000!important}#at16nms,#at16sas{padding:4px
5px}#at16nms{display:none}#at16sas{clear:left;padding-top:1pc;padding-bottom:1pc}#
at_hover .at_item{width:7pc!important;padding:2px
3px!important;margin:1px;text-decoration:none!important}#at_hover
.at_item.atiemode2{width:114px!important}#at_hover .at_item.athov,#at_hover
.at_item:focus,#at_hover .at_item:hover{margin:0!important}#at16ps
.at_item:focus,#at_hover .at_item.athov,#at_hover .at_item:focus,#at_hover
.at_item:hover,#at_share .at_item.athov,#at_hover
.at_item:hover{background:#f2f2f2!important;border:1px solid
#e5e5e5;color:#000!important;text-decoration:none}.ipad #at_hover
.at_item:focus{background:#fff!important;border:1px solid #fff}* html #at_hover
.at_item{border:1px solid #fff}* html #at_hover .at_item.athov{border:1px solid
#e5e5e5!important;margin:1px!important}#at_email15{padding-top:5px}.at15e_row{height:
28px}.at15e_row label,.at15e_row
span{padding-left:10px!important;display:block!important;width:60px!important;float:
left!important}.at15e_row input,.at15e_row
textarea{display:block!important;width:150px!important;float:left!important;
background:#fff!important;border:1px solid
#ccc!important;color:#333!important;font-size:11px!important;font-weight:400!
important;padding:0!important}#at_email input,#at_email label,#at_email
textarea{font-size:11px!important}#at_email #at16meo{margin:15px 0 0 2px}#at16meo
span{float:left;margin-right:5px;padding-top:4px}#at16meo
a{float:left;margin:0}#at_sending{top:130px;left:110px;position:absolute;text-align:
center}#at_sending
img{padding:10px}.at15t{display:block!important;height:1pc!important;line-height:1pc!
important;padding-left:20px!important;background-position:0
0;text-align:left}.addthis_button,.at15t{cursor:pointer}.addthis_toolbox
a.at300b,.addthis_toolbox a.at300m{width:auto}.addthis_toolbox
a{margin-bottom:5px;line-height:initial}.addthis_toolbox.addthis_vertical_style{width
:200px}.addthis_toolbox.addthis_close_style
.addthis_button_google_plusone{width:65px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_facebook_like{width:85px;overflow:hidden}.addthis_toolbox.
addthis_close_style
.addthis_button_tweet{width:62px;overflow:hidden}.addthis_button_facebook_like
.fb_iframe_widget{line-height:100%}.addthis_button_facebook_like
iframe.fb_iframe_widget_lift{max-width:none}.addthis_toolbox
a.addthis_button_counter,.addthis_toolbox
a.addthis_button_facebook_like,.addthis_toolbox
a.addthis_button_facebook_send,.addthis_toolbox
a.addthis_button_facebook_share,.addthis_toolbox
a.addthis_button_foursquare,.addthis_toolbox
a.addthis_button_google_plusone,.addthis_toolbox
a.addthis_button_linkedin_counter,.addthis_toolbox
a.addthis_button_pinterest_pinit,.addthis_toolbox
a.addthis_button_stumbleupon_badge,.addthis_toolbox
a.addthis_button_tweet{display:inline-block}.at-share-tbx-element
.google_plusone_iframe_widget>span>div{vertical-align:top!important}.addthis_toolbox
span.addthis_follow_label{display:none}.addthis_toolbox.addthis_vertical_style
span.addthis_follow_label{display:block;white-space:nowrap}.addthis_toolbox.
addthis_vertical_style
a{display:block}.addthis_toolbox.addthis_vertical_style.addthis_32x32_style
a{line-height:2pc;height:2pc}.addthis_toolbox.addthis_vertical_style
.at300bs{margin-right:4px;float:left}.addthis_toolbox.addthis_20x20_style
span{line-height:20px;*height:20px}.addthis_toolbox.addthis_32x32_style
span{line-height:2pc;*height:2pc}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact,.addthis_toolbox.addthis_pill_combo_style
a{float:left}.addthis_toolbox.addthis_pill_combo_style
a.addthis_button_tweet{margin-top:-2px}.addthis_toolbox.addthis_pill_combo_style
.addthis_button_compact .at15t_compact{margin-right:4px}.addthis_default_style
.addthis_separator{margin:0
5px;display:inline}div.atclear{clear:both}.addthis_default_style
.addthis_separator,.addthis_default_style a .at4-icon,.addthis_default_style
.at300b,.addthis_default_style .at300bo,.addthis_default_style
.at300bs,.addthis_default_style .at300m{float:left}.at300b img,.at300bo
img{border:0}a.at300b .at4-icon,a.at300m
.at4-icon{display:block}.addthis_default_style .at300b,.addthis_default_style

144417...

```
.at300b;.addthis_default_style .at300m{padding:0
2px}.at300b,.at300bo,.at300bs,.at300m{cursor:pointer}.addthis_button_facebook_like.
at300b:hover,.addthis_button_facebook_like.at300bs:hover,.
addthis_button_facebook_send.at300b:hover,.addthis_button_facebook_send.at300bs:hover
{opacity:1;-ms-filter:"progid:DXImageTransform.Microsoft.Alpha(Opacity=100)";filter:
alpha(opacity=100)}.addthis_20x20_style .at15t,.addthis_20x20_style
.at300bs,.addthis_20x20_style .dummy
.at300bs{overflow:hidden;display:block;height:20px!important;width:20px!important;
line-height:20px!important}.addthis_32x32_style .at15t,.addthis_32x32_style
.at300bs,.addthis_32x32_style .dummy
.at300bs{overflow:hidden;display:block;height:2pc!important;width:2pc!important;line-
height:2pc!important}.at300bs{background-position:0
0}.at16nc,.at300bs{overflow:hidden;display:block;height:1pc;width:1pc;line-height:1pc
!important}.at16t{padding-left:20px!important;width:auto;cursor:pointer;text-align:
left;overflow:visible!important}#at_feed{display:none;padding:10px;height:300px}#
at_feed span{padding-bottom:10px;font-size:9pt}#at_feed
div{width:102px!important;height:26px!important;line-height:26px!important;float:left
!important;margin-right:68px}#at_feed div.at_litem{margin-right:0}#at_feed
a{margin:10px 0;height:17px;line-height:17px}#at_feed.atused
.fbtn{background:url(//s7.addthis.com/static/r05/feed00.gif)
no-repeat;float:left;width:102px;cursor:pointer;text-indent:-9000px}#at_feed
.fbtn.bloglines{background-position:0
0!important;width:94px;height:20px!important;line-height:20px!important;margin-top:
8px!important}#at_feed .fbtn.yahoo{background-position:0 -20px!important}#at_feed
.fbtn.newsgator,.fbtn.newsgator-on{background-position:0 -37px!important}#at_feed
.fbtn.technorati{background-position:0 -71px!important}#at_feed
.fbtn.netvibes{background-position:0 -88px!important}#at_feed
.fbtn.pageflakes{background-position:0 -141px!important}#at_feed
.fbtn.feedreader{background-position:0 -172px!important}#at_feed
.fbtn.newsisfree{background-position:0 -207px!important}#at_feed
.fbtn.google{background-position:0 -54px!important;width:78pt}#at_feed
.fbtn.winlive{background-position:0
-105px!important;width:75pt;height:19px!important;line-height:19px;margin-top:9px!
important}#at_feed .fbtn.mymsn{background-position:0
-158px;width:71px;height:14px!important;line-height:14px!important;margin-top:9pt!
important}#at_feed .fbtn.aol{background-position:0
-189px;width:92px;height:18px!important;line-height:18px!important}.
addthis_default_style .at15t_compact,.addthis_default_style
.at15t_expanded{margin-right:4px}#at16clb{font-size:16pt;font-family:verdana
bold,verdana,arial,sans-serif}#at_share
.at_item{width:123px!important;padding:4px;margin-right:2px;border:1px solid
#fff}#at16pm{background:#fff;width:298px;height:380px;text-align:left;border-right:
1px solid
#ccc;position:static}#at16pcc,#at16pccImg{position:fixed;top:0;left:0;width:100%;
margin:0
auto;font-size:10px!important;color:#4c4c4c;padding:0;z-index:10000001;overflow:
visible}#at16pccImg{height:100%}* html
#at16pcc{position:absolute}#at16abifc{overflow:hidden;margin:0;top:10px;left:10px;
height:355px;width:492px;position:absolute;border:0}#at16abifc
iframe{border:0;position:absolute;height:380px;width:516px;top:-10px;left:-10px}*
html div#at16abifc.atiemode2{height:374px;width:482px}* html #at16abifc
iframe{height:23pc;left:-10px;top:-10px;overflow:hidden}#at16p{background:url(data:
image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDCngCUgqGMqwAAAABJRU5ErkJggg==);z-index:10000001}#at16p,#atie6cmifh,#atie6ifh{
position:absolute;top:50%;left:50%;width:300px;padding:10px;margin:0
auto;margin-top:-185px;margin-left:-155px;font-family:arial,helvetica,tahoma,verdana,
sans-serif;font-size:9pt;color:#5e5e5e}#atie6ifh{width:322px;height:381px;margin-left
:-165px}#atie6cmifh,#atie6ifh{padding:0;z-index:100001}#atie6cmifh{width:15pc;height:
225px;margin:0}#at_share{margin:0;padding:0}#at16ps{overflow-y:scroll;height:19pc;
padding:5px}a#at16pit{position:absolute;top:37px;right:10px;display:block;background:
url(data:image/gif;base64,R0lGODlhEAAUAKIFAKqqquHh4cLCwszMzP/////
wAAAAAACH5BAEAAAUALAAAAAAQABQAAAMtOLqsAqWQSSsN0OoLthfeNoTaSFbmOaUqe7okHMoeLaqUXeITiG
M/SGM4eEQSADs=)
no-repeat;width:1pc;height:20px;line-height:19px;margin-right:-17px;text-align:center
;overflow:hidden;color:#36b}#at16pi{background:#e5e5e5;text-align:left;border:1px
solid #ccc;border-bottom:0}#at16pi a{text-decoration:none;color:#36b}#at16p
#at16abc{margin-left:2px!important}#at16pi
```

144417...

```
a:hover{text-decoration:underline}#at16pt{position:relative;background:#f2f2f2;height
:13px;padding:5px 10px}#at16pt a,#at16pt h4{font-weight:700}#at16pt
h4{display:inline;margin:0;padding:0;font-size:9pt;color:#4c4c4c;cursor:default}#
at16pt
a{position:absolute;top:5px;right:10px;color:#4c4c4c;text-decoration:none;padding:2px
}#at15sptx:focus,#at16pt a:focus{outline:thin dotted}#at16pc form{margin:0}#at16pc
form
label{display:block;font-size:11px;font-weight:700;padding-bottom:4px;float:none;text
-align:left}#at16pc form label
span{font-weight:400;color:#4c4c4c;display:inline}#at_email form
.abif{width:17pc!important}#at_email
textarea{height:55px!important;word-wrap:break-word}* html #at_email
textarea,:first-child+html #at_email textarea{height:42px!important}#at_email
label{width:220px}#at_email input,#at_email textarea{background:#fff;border:1px solid
#bbb;width:17pc!important;margin:0;margin-bottom:8px;font-weight:400;padding:3px!
important;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:11px;line-
height:1.4em;color:#333}#at_email form .atfxmode2{width:279px!important}#at16pc form
.at_ent{color:#333!important}#at16pc textarea{height:3pc}#at16pc form
input:focus,#at16pc textarea:focus{background:ivory;color:#333}#at16p
.atbtn,#at16recap .atbtn{background:#fff;border:1px solid
#b5b5b5;width:60px!important;padding:2px
4px;margin:0;margin-right:2px!important;font-size:11px!important;font-weight:700;
color:#333;cursor:pointer}#at16p .atbtn:focus,#at16p .atbtn:hover,#at16recap
.atbtn:focus,#at16recap .atbtn:hover{border-color:#444;color:#06c}#at16p
.atrse,#at16recap
.atrse{font-weight:400!important;color:#666;margin-left:2px!important}#atsb
.atbtn{width:78px!important;margin:0!important}#at_email
.ateml{text-align:right;font-size:10px;color:#999}#at16pc{height:343px!important;font
-size:11px;text-align:left;color:#4c4c4c}#at_email{padding:5px 10px}#at16p
.tmsg{padding:4px 2px;text-align:right}#at16psf{position:relative;background:#f2f2f2
url(data:image/gif;base64,R0lGODlhGQEVAMQYAGZmZuDg4Ozs7MjIyMzMzPj4+LOzs3BwcMbGxsvLy5+
fn/X19dJY2IODg+bm5paWlnl5eeLi4oyMjKmpqdXVldvb28/Pz////////
wAAAAAAAAAAAAAAAAAAAAAAAACH5BAEAABgALAAAAAAZARUAAAX/ICaOGJFYaKqubOu+
cCzPdG3feK7vPJwQpOBoEChcjsikcslsOp/QqDQ0Y0EBkKKRgMEtm8/otHrT1jMEQYGjiTa/b7/
h82gEfVfSAgYKDhGcVQ0sLBhAAEAYLhZGSk5kRqYBgSNAAOGnA2QlaOkpaZHAsVGSQYACEgIABOntLW2eAU
mSxASShIHt8HCw1snSwAGSq3EzM3OSyhLBw9KD8DP2Nm3UoKrrAACtrj5KMWCYmcCgbeAAcR5fHygT+
rSQvtAA8A7vDz/wDV5MIUJVa/
gAgTZkmFYYAUg70USpz45BKGPwUPiKiPIseOhEXI6ihzphE8cMiRTMIS58E6ZhEZUwEXqx2LIEAwsUKujcybOnz
59AgwodSrSo0aNIkypdyrSpU58fofoQJAQA7) no-repeat center center;border-bottom:1px solid
#ccc;height:20px;padding:4px 10px;text-align:center}* html #at16psf
input,:first-child+html #at16psf input{padding:0}#at16psf input,#at16psf
input:focus{background:#fff;border:none;width:220px;margin:2px 0
0;color:#666;outline-style:none;outline-width:0;padding:2px 0
0;line-height:9pt;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt
}#at16pcc .at_error,#at16recap .at_error{background:#f26d7d;border-bottom:1px solid
#df5668;padding:5px 10px;color:#fff}#at16pcc
#at_success{background:#d0fbda;border-bottom:1px solid #a8e7b7;padding:5px
10px;color:#4c4c4c}#at_complete{font-size:13pt;color:#47731d;text-align:center;
padding-top:130px;height:13pc!important;width:472px}#at_s_msg{margin-bottom:10px}.
atabout{left:55px}.ac-about{right:20px}.at_baa{display:block;overflow:hidden;outline:
0}#at15s #at16pf a{top:1px}#at16pc form
#at_send{width:5pc!important}#at16pp{color:#4c4c4c;position:absolute;top:9pt;right:
9pt;font-size:11px}#at16pp
label{font-size:11px!important}#at16ppc{padding:10px;width:179px}#at16pph{padding:5px
0 10px}#at16pph select{margin:5px 0 8px}#at16pp
.atinp{width:156px}#at16ppb{background:#fff;border:1px solid
#ccc;height:274px}#at16ep{height:1pc;padding:8px}#at16ep
a{display:block;height:1pc;line-height:1pc;padding-left:22px;margin-bottom:8px;font-
size:9pt}#at16ep
a.at_gmail{background:url(data:image/gif;base64,R0lGODlhEAAQALMPAPKqo95TU+NkY/TCwP74+
PbX1/zo59wtJ/nx7uZ7fvnRzfCTgvq2td9POf////////yH5BAEAAA8ALAAAAAAQABAAAARi8MlJq700hMS6/
4vWNIdQOERKOMgyvqSgOLRjJAe8CUcw0ApeYyF4DQpCwCDQGyCKo59BGDtNjbRBIvazQRtSxgCwGDAMrO/
AcK7ZztcRoO1+B43oOs0Qb8w/gAxFGISFFREAOw==) no-repeat left}#at16ep
a.at_hotmail{background:url(data:image/gif;base64,R0lGODlhEAAQAMQfAP7XFG7B4/zjl/
JZIAm7TK7V7v3FY/aLRGDNhOqmkA2ql/2YJvfr2Pn7+9vWtXe6/
jQvOfw9funZg2EzEWv3zil0heg0zDCbESHx9PpxX6TWeY7/v//////////
yH5BAEAAB8ALAAAAAAQABAAAAW0CeOpNhAUFeuzDEMiRepK/S+
XDBVjzd6kAWHc3tMjpVZhyE8cByvDsVi0QYYehsPCSeR8IpQpFZMwGCQHl/
```

dToaQotionsLEHDXj5tom9RkM92EB9rGQGEdHbDgsCltkngpzZwsAjSQ2FXcfCgCengwinRkSIpQKfAg0rHQi
GEacGqisfDZsdtzSzHz4rIQA7) no-repeat left}#at16ep
a.at_yahoo{background:url(data:image/gif;base64,R0lGODlhEAAQAKIHAPylpevx8bsICNJfX/
jQ0Kahof8AAP///yH5BAEAAACALAAAAAQABAAAANJeLrc/
jAuAmolcQhjhBiBBRDDAChAVxzE5g3csKRGQQpFqDL0fsCCQCOFUwR8vI7wECgtjQDg6CfA8DxYmWbVCHi/
TK9kTC4zEgA7) no-repeat left}#at16ppf
p#atsb{padding-top:20px;font-size:10px}#at16abr{margin-top:10px}#at16abr
input{padding:0;margin:0;margin-right:5px}#at16ppso{display:none;text-align:right;
margin-top:2px}#at16ppa{background:#fff;border:1px solid
#ccc;height:228px;width:178px;overflow:auto}#at16ppa
a{display:block;white-space:nowrap;padding:4px
8px;font-size:9pt!important}#at16eatdr{position:absolute;background:#fff;border-top:0
;max-height:110px;overflow:auto;z-index:500;top:129px;left:21px;width:277px}* html
#at_email #at16eatdr,:first-child+html #at_email
#at16eatdr{top:115px!important;width:17pc!important}#at16eatdr
a{display:block;overflow:hidden;border-bottom:1px dotted #eee;padding:4px
8px}#at16eatdr a.hover,#at16eatdr
a:hover{background:#e0eefa;text-decoration:none;color:#333}#at_pspromo{height:130px;
padding-top:10px}#at15psp,#at_pspromo{width:205px;padding-left:5px}#at_testpromo{font
-size:9pt;width:220px;display:none}.atm-i #at_pspromo{height:150px}.atm-i
#at_pspromo,.atm-i #at_testpromo{width:140px}#at_testpromo
input{width:200px}#at_promo .at-promo-content,#at_testpromo
.at-promo-content{margin-top:9pt}#at_promo .at-promo-btn,#at_testpromo
.at-promo-btn{padding-top:10px}#at_promo h4,#at_testpromo
h4{font-family:arial,helvetica,tahoma,verdana,sans-serif;background:0;font-size:14px;
font-weight:700;margin:0 0 4px;padding:0;line-height:18px;height:36px}.atm-i
#at_promo h4,.atm-i #at_testpromo h4{height:66px}#at_testpromo
h4{font-size:13.5px}#at_promo h4 sup{font-size:11px;color:#ee6a44}#at_promo
span{display:block}#_atssh{width:1px!important;height:1px!important;border:0!
important}.at-promo-single{padding:10px;padding-top:2px;line-height:1.5em}.at-promo-
single img{padding:3px}.at-promo-content
img{margin-right:5px;margin-bottom:20px;float:left}.addthis_textshare{display:block;
background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAEACAYAAAAYJRJMAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlY
WR5cclIPAAABmNJREFUeNrsmk9oI3UUx99vZjL5n7TbukLbxvveIINA6iF48bHAV2+
KWCoqyF4WpZZ6cuthqlqKe1oU9+CCoLjg+uciCEWQPSjuReyy7Vq7W7LNMJ0kM5M5m1Xo9U5JNk/
xCm8wmMw8ek06TXyafee/93u83XwY1Y4+jKKwsCiuUwm8TQgpc1JBMsdxoCFBMsdxua/
plPoLhNwNnNZZ2Z22ZPbPai67pgWRbQMUjGGGfDJKMMozs7p5a5XY1/h6apGzkMKF/ht7a2jIC5
K5TKYpgm2bQcKEIvKE2B0+FCz/F48n43AHIDkesB8KCWAzJUdNAgAIkDHCAGoR5c8+
JuDBBoeMsobcMAxcMnD5sIfcK8h8kHGyL9/AsYAlkj4+2AnolCvjwkdWrH3vfg8D6FoeooIXkSeh++
/p806Lz0AylgKnVAEo4WxUrrKid9QW9SGGSNPrCz9+jv8uFUdZDEAchgcIZAC98+
wjMK644NZ8B9rx8GCCogFFvarQHC6g9ModEhHk/CWw/
eD5fX1wYZEDQAkinSCasCzvvYdcAwsZgWLR6H7Bi78tttgRxDOd1+AbuTAxnZnQrZiQsC0+5tAAkomgqmGGCi/
0CSEuYk5heWMKSj06DFFU9B8fKXwBAgRHRe2qr4JJTmDADyprj2gMocgJJIQ+nUkhhmlAMPPBGGEaLmRkDB18r2LJ
HSwb/kkEF1NBAdgPIMTFqQbBOiL7wCypPP1apYMg0RPIzNvs+
hFK6uAlz8hC9kXMfYztKBBak1KEpjwTCGfJ3oWZ/2ApUkEvl8Ct2qBZou5gLZueorPPzRDAty5colqHz/
FQeTPHMObKxBhU8/AH17k69pIJ3ka+
GhAoTrj84ppgje3gC6eD8WZBfP8887uIajFXEGZzXLkRpzYADRfkjHANIvv1yH9g2Z49FDfY63+
DI4eraWVIopwYgAp/NtmuMMODCAZy+EqfyyVxS566KKhWofLN55yXnsK0y1m19SscgMn4Ecuvrw7EN0s2b3/
tpFT48/hSMjBKw1ypo0Vrhjmt1YrSEpU9+YxPOXPhhoODbs0DPox9D/CJepDfYw+
g0l5SNGeQkhoMGmMMBBRCV3lLcSxZ22uCCqfkkiXXKETonpZ2LKkamLrXGfEBBanERlUPNyH/rRgML5E/08+m/oW+
iGJs8Q53dU/OM6ekr0SL3YpGYic19Co/6sQ/+BMq6+6VKUTEY7+YouzooT3utNWDCDJF0OwEFYJxO5LC
fh2QsCc4uNs0Om/
iL03YIB569eg192tEEIG1CjipAjQ1Pu8Pv0QjDEHnI32Is5YPAmvTqTgymZ7uYHuirUYRvVAnQHHL1Bdx4oxAYw
YKE0iTlVOXGm7MFyAZFLMIRGnJifipFSjMYcGkyim2SFlvSYr4hxcQPvuB8kA4utqjifipFo0qELyfQFJaZo
VrSsR51DppGV+
jOP1SZIizQECFIo4OwCSsVDE2cFCEWdo9RaKOGUsBBQCOhxAoYiz0dYgFHG2tFDE2cZCEWerdTiEIEIRp
OQENYs468I+FHHeJe1EIV7wY3Z1zYRGu4/6hV0N3n3n2cK7W5sW3Oz8IQPJrzRqU2wPnE.x+
wfETUCtIf9UBOus3HOhRET51UrUVcfYbTtf7QT2wes00QBsRpx9w7oUIujuS9hVx+
gWHX1jQpHbd2v8CDAAwldUwLVojIgAAAABJRU5ErkJggg==) no-repeat 0

144417...

0;width:44px;height:37px;line-height:28px;padding:10 0 0
28px;margin:0;text-decoration:none;font-family:helvetica,arial,sans-serif;font-size:
9pt;color:#fff;cursor:pointer}.addthis_textshare:hover{background-position:0
-37px;text-decoration:none}.at_img_share{position:absolute;opacity:0;background:url(
data:image/gif;base64,R0lGODlhFwAVAMQAAP7+/vLy8vv7+/X19fj4+Pz8/PHx8f39/fDw8O/v7/
T09Pn5+fPz8/r6+vb9v29vf394CAgHZ2dm5ubklJSWRkZFtbW39/
f4KCglJSUnt7e3h4eAAAAAAAAAAAAAAAACH5BAAAAAAALAAAAAAXABUAAAWLICCOZGmeaAocbOu+
MFvMdG3fs6DvfO//PY0QgGsYj8j8j8iMEslsLJ7QQgUarS4I2Kz2wtV6vwSIeEyGfB/
odGTNbkfSaYd8Lqnb75L5fMDv+
ymAfoKDghWGhH0KiouMGI6MkAoMkoMk5SVE5eVmQwBnJ2en6ChoqMBBqanqKmqpgitrq+wsaOJtLW2t7i0IQA7)
repeat-x center;border:1px solid
#ccc;width:23px;height:21px;line-height:21px;text-indent:-9999px;padding:0;margin:0;
cursor:pointer;z-index:1000}.at_img_share:hover{border-color:#8b8b8b}.at_img_share
.addthis_toolbox{width:180px;margin:0
auto}.atm{width:10pc!important;padding:0;margin:0;line-height:9pt;letter-spacing:
normal;font-family:arial,helvetica,tahoma,verdana,sans-serif;font-size:9pt;color:#444
;background:url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBBdWNllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);padding:4px}.atm-f{text-align:right;border-top:
1px solid #ddd;padding:5px 8px}.atm-i{background:#fff;border:1px solid
#d5d6d6;padding:0;margin:0;box-shadow:1px 1px 5px
rgba(0,0,0,.15)}.atm-s{margin:0!important;padding:0!important}.atm-s
a:focus{border:transparent;outline:0;-webkit-transition:none;transition:none}#
at_hover.atm-s a,.atm-s a{display:block;text-decoration:none;padding:4px
10px;color:#235dab!important;font-weight:400;font-style:normal;-webkit-transition:
none;transition:none}#at_hover.atm-s .at_bold{color:#235dab!important}#at_hover.atm-s
a:hover,.atm-s
a:hover{background:#2095f0;text-decoration:none;color:#fff!important}#at_hover.atm-s
.at_bold{font-weight:700}#at_hover.atm-s a:hover .at_bold{color:#fff!important}.atm-s
a .at-label{vertical-align:middle;margin-left:5px;direction:ltr}.atm-i
#atic_settings{border:none!important;border-top:1px solid
#d5d6d6!important;padding-top:6px!important;top:4px}.at_a11y{position:absolute!
important;top:auto!important;width:1px!important;height:1px!important;overflow:hidden
!important}.at_a11y_container{margin:0;padding:0}.addthis_overlay_container{position:
absolute}.addthis_overlay_toolbox{-webkit-border-top-left-radius:10px;-webkit-border-
top-right-radius:10px;-moz-border-radius-topleft:10px;-moz-border-radius-topright:
10px;border-top-left-radius:10px;border-top-right-radius:10px;padding:5px;background-
color:#000;background-color:rgba(0,0,0,.6)}.linkServiceDiv{height:200px;width:25pc;
border:1px solid
#000;background-color:#aaa}.at_redloading{background:url(data:image/gif;base64,
R0lGODlhCgAKAJEDAMzMzP9mZv8AAP///yH/C05FVFNDQVBFMi4wAwEAAAAh+
QQFAAADACwAAAAACgAKAAACF5wncgaAGgJzJ647cWua4sOBFEd62VEAACH5BAUAAAAMALAEAAAAIAAMAAAIKnB
M2IoMDAFMQFAAh+QQFAAADACwAAAAABgAGAAACDJwHMBGofKIRItJYAAAh+
QQFAAADACwAAAAEAAwAIAxcxgOBPBvpYQYxYAIfkEBQAAAwAsAAAEAAYABgAAgoEhmPJHOGgEGwWACH5BA
UAAAMALAEAAAAwAIAAMAAAIKBIYjYhOhRHqpAAAh+QQFAAADACwAAAAEEAQABgAGAAACDJwncqi7EQYVAA0p6CgAh+
QQJACwAAAAEEAwAIAAACCPRmoxoxvQAYYchQAQw==);height:1pc;width:1pc;background-repeat:
no-repeat;margin:0
auto}.at-promo-single-dl-ch{width:90pt;height:37px}.at-promo-single-dl-ff{width:90pt;
height:44px}.at-promo-single-dl-saf{width:90pt;height:3pc}.at-promo-single-dl-ie{
width:129px;height:51px}.atPinBox{position:fixed;top:25%;left:35%;background:#fff;
width:482px;margin:0
auto;overflow:auto;overflow-x:hidden;background:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBZG9iZSBBdWNllPAAAABtJREFUeNpiZGBgaGAgAjAxEAlGFVJH
IUCAAQDcngCUgqGMqwAAAABJRU5ErkJggg==);border-radius:8px;-webkit-border-radius:8px;-
moz-border-radius:8px;padding:8px;font-family:arial,helvetica,tahoma,verdana,sans-
serif;font-size:9pt;color:#cfcaca;z-index:10000001}.atPinHdr,.atPinWinHdr{display:
block;background:#f1f1f1;border-bottom:1px solid #ccc;box-shadow:0 0 3px
rgba(0,0,0,.1);-webkit-box-shadow:0 0 3px rgba(0,0,0,.1);-moz-box-shadow:0 0 3px
rgba(0,0,0,.1);padding:8px 10px;font-size:1pc;line-height:1pc;color:#8c7e7e}.atPinHdr
img,.atPinWinHdr img{vertical-align:bottom;margin-left:5px;cursor:pointer}.atPinHdr
span{vertical-align:top}.atPinHdr{height:1pc}.atPinMn{background:#fff;padding:10px;
height:296px;overflow:auto;overflow-x:hidden;text-align:center;position:relative}.
atPinHdrMsg{left:20px}.atPinClose{width:9pt;text-align:right;font-weight:700;position
:absolute;right:15px;cursor:pointer}.atImgSpanOuter{position:relative;overflow:hidden
;height:200px;width:200px;border:1px solid
#a0a0a0;float:left;display:block;margin:10px;background-color:#fff}.atImgSpanInner
img{cursor:pointer}.atImgSpanSize{position:absolute;bottom:0;left:0;right:0;display:

144417...

```
block{background:#fff;height:22px;line-height:24px;color:#fff;overflow:hidden;font-
size:10px;zoom:1;filter:alpha(opacity=70);opacity:.7}.atImgActBtn{display:none;width:
2pc;height:2pc;position:absolute;top:75px;left:5pc;background-color:#fff}.atPinWin{
font-family:arial,helvetica,tahoma,verdana,sans-serif;text-align:center}.atPinWinHdr{
display:block;font-size:20px;height:20px;width:100%;position:fixed;z-index:1}.
atPinWinMn{text-align:center;padding:40px 0
0;display:inline-block}.atImgIco,.atImgMsg{float:left}.atImgIco{margin-right:5px}.
atNoImg{display:block;margin-top:40px;font-size:1pc;line-height:1pc;color:#8c7e7e}.
at_PinItButton{display:block;width:40px;height:20px;padding:0;margin:0;background-
image:url(//s7.addthis.com/static/t00/pinit00.png);background-repeat:no-repeat}.
at_PinItButton:hover{background-position:0 -20px}.addthis_toolbox
.addthis_button_pinterest_pinit{position:relative}.at-share-tbx-element
.fb_iframe_widget
span{vertical-align:baseline!important}.at3PinWinMn{text-align:center;padding:20px 0
0
20px;overflow:auto;height:437px}.at3ImgSpanOuter{position:relative;width:185px;height
:185px;border:1px solid #dedede;margin:0 10px 10px
0;overflow:hidden;float:left}.at3ImgSpanOuter:hover{border-color:#3dadfc;box-shadow:0
0 3px #3dadfc;cursor:pointer}.at3ImgSpanOuter
.atImgLB{display:block;position:absolute;top:0;bottom:0;left:0;right:0;z-index:1;
background-color:rgba(0,0,0,.8);background-repeat:no-repeat;background-position:
center
center}#at3lb{position:fixed;top:0;right:0;left:0;bottom:0;z-index:16777270;display:
none}.at3lblight{background-image:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpizCuu/
sRABGBiIBKMKqSOQoAAAwC8KgJipENhxwAAAABJRU5ErkJggg==)}.background:hsla(217,6%,46%,.65)}
.at3lbdark{background-image:url(data:image/png;base64,
iVBORw0KGgoAAAANSUhEUgAAAAoAAAAKCAYAAACNMs+
9AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAABtJREFUeNpiZGBg2M9ABGBiIBKMKqSO
QoAAAwBAlwDTJEe1aAAAAABJRU5ErkJggg==)}.background:rgba(0,0,0,.5)}.at3lbnone{background
:hsla(0,0%,100%,0)}#at3win{position:fixed;_position:absolute;top:15%;left:50%;margin-
left:-20pc;background:#fff;border:1px solid #d2d2d1;width:40pc;box-shadow:0 0 8px 4px
rgba(0,0,0,.25);font-family:helvetica
neue,helvetica,arial,sans-serif;z-index:16777271;display:none;overflow:hidden}#at3win
#at3winheader{position:relative;border-bottom:1px solid
#d2d2d1;background:#f1f1f1;height:49px;cursor:default}#at3win #at3winheader
p{position:absolute;top:1pc;left:75pt;width:475px;padding:0;margin:0;font-size:14px;
line-height:18px;white-space:nowrap;overflow:hidden;text-overflow:ellipsis}#at3win
#at3winheader h3{height:49px;text-align:left;line-height:49px;margin:0 50px 0
22px;border:0;padding:0 20px;font-size:1pc;font-family:helvetica
neue,helvetica,arial,sans-serif;font-weight:700;text-shadow:0 1px
#fff;color:#333;direction:ltr}#at3win #at3winheader
h3.logoaddthis{padding-left:22px}#at3win #at3winheader
.at3winheadersvc{display:inline-block;position:absolute;top:15px;left:20px;cursor:
default!important;opacity:1!important}#at3win #at3winheader .at3winheadersvc
.at-icon,#at3win #at3winheader .at3winheadersvc
.at-icon-wrapper{display:block}#at3win #at3winheader
#at3winheaderclose{display:block;position:absolute;top:0;right:0;background-image:url
(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAABAAAAAQCAYAAAAf8/
9hAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAA2tpVFh0W0lMOmNvbS5hZG9iZS54bXA
AAAAAADw/eHBhY2tldCBiZWdpbj0i77u/IiBpZD0iVzNNM1wQ2VoaUh6cmVTek5TUY3prYzlkIj8+
IDx4OnhtcG1ldGEgeG1sbnM6eD0iYWRvYmU6bnM6bWV0YS8iIHg6eG1wdGs9IkFkb2JlIFhNUCBDb3JlIDUu
C1jMDYwIDYxLjEzNDc3Nyw5MjAxNC8wMS8zMS0yMzo0OTowMiAgICAgICAgIj4gPHJkZjpSREYgeG1sbnM6cm
RmPSJodHRwOi8vd3d3LnczLm9yZy8xOTk5LzAyLzIyLXJkZi1zeW50YXgtbnMjIj4gPHJkZjpEZXNjcmlwdGlv
biBydDpUZXJ2YmYpY2Q9Imh0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC8iICAgICAgICAgICAgeG1sbnM6ZG
c9Imh0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC9nLyIgICAgICAgICAgICB4bWxuczpzdFJlZj0iaHR0cDov
L25zLmFkb2JlLmNvbS94YXAvMS4wL3NUeXBlL1Jlc291cmNlUmVmIyIgICAgICAgICAgICB4bWxuczp4bXA9Imh
0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC8iIHhtcE1NOk9yaWdpbmFsRG9jdW1lbnRJRD0ieG1wLmRpZDpGQz
A2NWRFEzNEJDRTkxMUU2OTY5NEU3MUMyQTkwRTM4NSIgeG1wTU06RG9jdW1lbnRJRD0ieG1wLmRpZDpGQzA2NWR
GNTNEJDRTkxMUU2OTY5NEU3MUMyQTkwRTM4NSIgPiA8eG1wTU06RGVyaXZlZEZyb20gc3RSZWY6aW5zdGFuY2
VJRD0ieG1wLmlpZDpGQzA2NWRGMzNEJDRTkxMUU2OTY5NEU3MUMyQTkwRTM4NSIgc3RSZWY6ZG9jdW1lbnRJRD
0ieG1wLmRpZDpGQzA2NWRGNDNEJDRTkxMUU2OTY5NEU3MUMyQTkwRTM4NSIvPiA8L3JkZjpEZXNjcmlwdGlvbj4
gPC9yZGY6UkRGPiA8L3g6eG1wbWV0YT4gPD94cGFja2V0IGVuZD0iciI/Pg++
eHBhY2t0bGCblbmQ9InIiPz78RRHhFAAAApUlEQVR42rxTiQnAIAxU6QQAdxRW6iZlEnKRugQ0Og1sCilEvT7Q0
kBQ9O4wl6hLKepNGPUyhmMTQhhpSZTZez8jMGEWWizlRJilfUHiS8dARHaMSaiELPaViCB3WC1NBMB4CMozWa
JuuwBE1BkZdoEB8Qn5kzaaC7fbgN0xN+
```

```
TYlhOUHcVyXYJFWpBkKH7BHHgEriVQHHHBOtHbJjHvz5pFU3AQYA5WYVVUrHBZC9BAAAEIIHKSuQmCC);
background-repeat:no-repeat;background-position:center center;border-left:1px solid
#d2d2d1;width:49px;height:49px;line-height:49px;overflow:hidden;text-indent:-9999px;
text-shadow:none;cursor:pointer}#at3win #at3winheader
#at3winheaderclose:hover{background-color:#dedede}#at3win
#at3wincontent{height:450px;position:relative}#at3wincopy,#at3winemail,#at3winshare{
height:450px}#ate-promo .addthis_button_twitter .aticon-twitter{background-position:0
-4pc!important}#at3wincontent{-o-box-sizing:content-box;box-sizing:content-box}#
at3win
#at3wincontent.at3nowin{position:relative;height:25pc;padding:20px;overflow:auto}#
at3winfooter{position:relative;background:#fff;-o-box-sizing:content-box;box-sizing:
content-box;border-top:1px solid
#d2d2d1;height:11px;_height:20px;line-height:11px;padding:5px
20px;font-size:11px;color:#666}#at3winfooter
a{margin-right:10px;text-decoration:none;color:#666;float:left}#at3winfooter
a:hover{text-decoration:none;color:#000}#at3logo{background:url(//s7.addthis.com/
static/t00/at3logo-sm.gif) no-repeat left
center!important;padding-left:10px}#at3privacy{position:absolute;top:5px;right:10px;
background:url(//s7.addthis.com/static/t00/at3-privacy.gif) no-repeat right
center!important;padding-right:14px}#at3winfilter{background:#f1f1f1;border-top:1px
solid #fff;border-bottom:1px solid #d2d2d1;padding:13px
0;text-align:center}#at3winsvc-filter{background-repeat:no-repeat;background-position
:right;background-image:url(data:image/gif;base64,
R0lGODlhHgAUALMAAJiYmHV1deTk5Kmpqbe3t9nZ2Y2NJn5+fT09Ozs7MnJyYGBgWpqav39//WZmZv///
yH5BAAAAAAALAAAAAeABQAAASi8MlXxgoLqDa7/xICOGTpLAKoTshCMsZgBG+
6gqNjJA93DAxH4HDzCEgGTqdBIBGKnSYjoewcXAvoZJRVIHErcEBWClIPClXlfg6ENrHl4GoThquQJxCKn+
kA3sPY2QHSkwMQQJ2Nw0INEIABBYmATZxCQtBJpyWgg0KBkEMCwQKm0KXgoYTBaiegh8NriUBabFLtH24Hg2z
m368HgULKDcRADs=);border:1px solid #d2d2d1;padding:15px 38px 15px 9pt;margin:0
auto;width:374px;text-align:left;font-size:18px;border-radius:5px;box-shadow:inset 0
1px 2px rgba(0,0,0,.1);-webkit-box-shadow:inset 0 1px 2px
rgba(0,0,0,.1);-moz-box-shadow:inset 0 1px 2px
rgba(0,0,0,.1);color:#666}#service-filter:hover{border-color:#9c9c9c}#service-filter:
focus{border-color:#3dadfc;box-shadow:0 0 4px
rgba(61,173,252,.8);-webkit-box-shadow:0 0 4px rgba(61,173,252,.8);-moz-box-shadow:0
0 4px rgba(61,173,252,.8);outline:0}#at3wintoolbox{margin:0 0 0
20px;height:340px;overflow:auto;padding:10px 0}#at3wintoolbox
a{display:block;float:left;width:180px;padding:4px;margin-bottom:10px;text-decoration
:none;white-space:nowrap;overflow:hidden;text-overflow:ellipsis;border-radius:4px;-
moz-border-radius:4px;-webkit-border-radius:4px;font-size:1pc;color:#235dab}#
at3wintoolbox a:focus,#at3wintoolbox a:hover{background-color:#2095f0}#at3wintoolbox
a:focus,#at3wintoolbox a:hover,#at3wintoolbox
span:hover{text-decoration:none;color:#fff;font-weight:400;text-shadow:none;opacity:1
;filter:alpha(opacity=100);cursor:pointer}#at3wintoolbox
span{display:block;height:2pc;line-height:2pc;padding-left:38px!important;width:auto!
important}.service-icon{padding:4px
8px}.service-icon:hover{background:#2095f0;color:#fff}.service-icon
span{padding-left:20px}#at3winssi{position:absolute;right:50px;top:0;height:50px;
display:block}.at-quickshare-header-peep{position:absolute;top:0;right:34px;height:
1pc;padding:6px;border-left:1px solid
#dedede;cursor:pointer}.at-quickshare-header-peep.peep-active{background:#dedede;
cursor:default}.at-quickshare-header-peep
span{display:inline-block;background:url(data:image/gif;base64,R0lGODlhBwAEAIABALm5uf
///yH5BAEAAAEALAAAAAAHAAQAAAIIhA+BGWoNWSgAOw==) no-repeat
right;padding-right:11px}.at-quickshare-header-peep span
img{display:block;background:#ccc;width:1pc;height:1pc;line-height:20px;overflow:
hidden;text-indent:-9999px;border:1px solid
#bbb;border-radius:3px;-webkit-border-radius:3px;-moz-border-radius:3px}.at-
quickshare-header-peep
ul{position:absolute;top:25px;left:-75px;width:140px;background:#fff;border:1px solid
#bbb;border-radius:4px;box-shadow:0 1px 4px
hsla(0,0%,40%,.8);margin:0;padding:0;font-weight:400;z-index:1100}.at-quickshare-
header-peep ul
li{list-style:none;font-size:9pt;padding:0;margin:0;text-align:left}.at-quickshare-
menu{outline:0}.at-quickshare-menu li.at-quickshare-menu-sep{border-bottom:1px solid
#dedede}.at-quickshare-header-peep ul li a{display:block;padding:5px
10px;text-decoration:none;color:#666}.at-quickshare-header-peep ul li
a:hover{background:#0d98fb;text-decoration:none;color:#fff}#at_auth{position:relative
;box-sizing:content-box;-moz-box-sizing:content-box;-webkit-box-sizing:content-box;-o
```

144417... –box-sizing:content-box;border-top:1px solid #d5d8d1!important;padding:10px 10px
    7px;line-height:1pc;height:1pc}#atic_signin{cursor:pointer}#atic_signin,#atic_signin:
    hover{text-decoration:none}#atic_signin
    #at_auth:hover{background:#2095f0;text-decoration:none;color:#fff!important}#
    atic_usersettings{cursor:pointer}#atic_usersettings:hover{text-decoration:underline}#
    atic_usersignout{font-size:11px;position:absolute;top:10px;right:10px;cursor:pointer}
    #atic_usersignout:hover{text-decoration:underline}#at_auth
    img{width:1pc;height:1pc;overflow:hidden;border:none;padding:0;margin:0 5px 0
    0;float:left}#at_auth
    a{text-decoration:none}#at16pf{height:auto;text-align:right;padding:4px
    8px}.at-privacy-info{position:absolute;left:7px;bottom:7px;cursor:pointer;text-
    decoration:none;font-family:helvetica,arial,sans-serif;font-size:10px;line-height:9pt
    ;letter-spacing:.2px;color:#666}.at-privacy-info:hover{color:#000}@media screen and
    (max-width:680px){#at3win{width:95%;left:auto;margin-left:auto}}@media
    print{#at3win,#at4-follow,#at4-share,#at4-thankyou,#at4-whatsnext,#at4m-mobile,#at15s
    ,.at4,.at4-recommended{display:none!important}}@media screen and
    (max-width:400px){.at4win{width:100%}}@media screen and (max-height:700px) and
    (max-width:400px){.at4-thankyou-inner
    .at4-recommended-container{height:122px;overflow:hidden}.at4-thankyou-inner
    .at4-recommended .at4-recommended-item:first-child{border-bottom:1px solid
    #c5c5c5}}',""]);
144418 },function(e,t,n){e.exports=n.p+"30e029c73921e590684320b52cff4e7d.gif"},function(e,t,
    n){var a=n(734);"string"==typeof
    a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
    a=n(736);"string"==typeof
    a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t,n){var
    a=n(737);"string"==typeof
    a&&(a=[[e.id,a,""]]);n(41)(a,{});a.locals&&(e.exports=a.locals)},function(e,t){"use
    strict";e.exports=function(e){return"'../../icons/png/compressed/"+e+".png'"}},
    function(e,t){"use
    strict";e.exports=function(e){return"'../../icons/svg/"+e+".svg'"}},function(e,t,n){"
    use strict";var a=n(110);e.exports=function(e){try{var
    t=JSON.parse(e).services.filter(function(e){return!a(e)});return
    t.push({code:"addthis",topService:!0});t.push({code:"unknown"}),t}catch(n){throw new
    Error("parse-services: failed to parse file –
    "+n.message)}}},function(e,t){e.exports={"500px":"222222","100zakladok":"6C8DBE",
    a97abi:"F595B4",aboutme:"054A76",addthis:"FF6550",adfty:"9dcb43",adifni:"3888c8",
    advqr:"EC5923",aim:"8db81d",amazonwishlist:"FF9900",amenme:"0872d8",aolmail:"282828",
    apsense:"d78818",arto:"8db81d",baang:"f8ce2c",baidu:"1d2fe3",balatarin:"019949",
    balltribe:"620e18",bandcamp:"60929C",beat100:"3399CA",behance:"176AFF",biggerpockets:
    "5f729d",bitbucket:"215081",bitly:"f26e2a",bizsugar:"1F72EA",bland:"f07b16",blogger:"
    F57D00",blogkeen:"db69b6",blogmarks:"A3DE38",blurpalicious:"33b8f8",bobrdobr:"2874C7"
    ,bonzobox:"c83828",bookmarkycz:"a81818",bookmerkende:"558c15",box:"3088b1",brainify:"
    2878ee",bryderi:"191819",buffer:"000000",camyoo:"ace8f7",care2:"6CB440",chiq:"ee2271"
    ,citeulike:"0888c8",classicalplace:"102831",cleanprint:"97ba7a",cleansave:"5BA741",
    cloob:"3BB44B",cndig:"d56a32",colivia:"88b748",cosmiq:"4ca8d8",cssbased:"394918",
    delicious:"3399FF",deviantart:"05CC47",diary_ru:"932C2E",digg:"221E1E",diggita:"
    88b748",digo:"abd4ec",diigo:"0888d8",disqus:"2E9FFF",dribbble:"EA4C89",
    domaintoolswhois:"305891",domelhor:"29a628",douban:"0e7512",draugiem:"f47312",edcast:
    "E03E7C",efactor:"7797b7",ello:"000000",email:"848484",embarkons:"f8b016",etsy:"
    EA6D24",evernote:"7fce2c",exchangle:"D3155A",fabulously40:"620e18",facebook:"3B5998",
    facenama:"00699D",fashiolista:"383838",favable:"009ce9",faves:"08aed9",favlogde:"
    6e6e6e",favoritende:"f88817",favorites:"f5ca59",favoritus:"97462e",financialjuice:"
    242D38",flickr:"282828",flipboard:"E12828",foldd:"175ca6",foodlve:"d51e48",foursquare
    :"2D5BE3",fresqui:"4798d8",funp:"333333",gg:"D7232D",github:"171515",gitlab:"E3421C",
    gluvsnap:"a82868",gmail:"DB4437",goodnoows:"884989",goodreads:"39210D",google:"4285F4
    ",google_classroom:"25A667",google_follow:"CF4832",google_plusone_share:"DC4E41",
    googletranslate:"2c72c8",govn:"0ca8ec",hackernews:"FF6600",hatena:"08aed9",hedgehogs:"
    080808",historious:"b84949",hootsuite:"000000",hotmail:"f89839",houzz:"74B943",
    indexor:"8bd878",informazione:"104F6E",instagram:"E03566",instapaper:"000000",
    internetarchive:"6e6e6e",iorbix:"384853",jamespot:"f8b034",jappy:"f59216",jolly:"
    666666",jsfiddle:"4478A6",kakao:"FAB900",kaevur:"080808",kaixin:"dd394e",ketnooi:"
    1888b9",kik:"82BC23",kindleit:"282828",kledy:"8db81d",letterboxd:"73D448",lidar:"
    2ca8d2",lineme:"00C300",link:"178BF4",linkedin:"0077B5",linkuj:"5898d9",livejournal:"
    0ca8ec",margarin:"FD934A",markme:"d80808",medium:"272727",meinvz:"FF781E",memonic:"
    083568",memori:"ee2271",meneame:"f6400",mendeley:"af122b",messenger:"0084FF",
    mixcloud:"314359",mixi:"cfab59",moemesto:"3B5E80",moikrug:"72aed0",mrcnetworkit:"
    abd4ec",mymailru:"165496",myspace:"282828",myvidster:"93F217",n4g:"d80808",naszaklasa

newsvine:"64a556",nujij:"c8080a",nurses_lounge:"0971BA",odnoklassniki_ru:"d57819",
oknotizie:"8BC53E",openid:"F48000",openthedoor:"2277BB",oyyla:"f6cf0e",pafnetde:"
f4080d",pdfmyurl:"f89823",periscope:"3FA4C4",pinboard:"1111AA",pinterest:"CB2027",
pinterest_share:"CB2027",planypus:"0872d8",plaxo:"318ef6",plurk:"d56a32",pocket:"
EE4056",posteezy:"f8ce2c",print:"738a8d",printfriendly:"88b748",pusha:"0878ba",
quantcast:"0878ba",quora:"B92B27",qrsrc:"4A8BF6",qzone:"0985DD",raiseyourvoice:"
666666",ravelry:"DD0F56",reddit:"ff5700",rediff:"d80808",redkum:"f4080d",renren:"
0058AE",researchgate:"00CCBB",retellity:"B70100",rss:"EF8647",safelinking:"3888c8",
scoopat:"d80819",scoopit:"9dcb43",sekoman:"2a58a9",select2gether:"f8b016",slashdot:"
78D4B6",slideshare:"00A7AA",snapchat:"FFDD00",share:"0888C8",sinaweibo:"E6162D",
skyrock:"282828",skype:"00AFF0",slack:"78D4B6",smiru:"af122b",sodahead:"ff8c00",
sonico:"0ca8ec",soundcloud:"FF7700",spinsnap:"9dcb43",spotify:"23CF5F",stack_overflow
:"EF8236",stack_exchange:"1E5296",startaid:"4498c8",startlap:"4891b7",steam:"010103",
studivz:"DA060D",stuffpit:"2c72c8",stumbleupon:"EB4924",stumpedia:"FC9707",
stylishhome:"bfd08d",sunlize:"d80808",supbro:"383838",surfingbird:"0ca8ec",svejo:"
f89823",symbaloo:"4077a7",taringa:"165496",technerd:"316896",telegram:"0088CC",
tencentqq:"000000",tencentweibo:"319EDD",thefancy:"4ca8d8",thefreedictionary:"4891b7"
,thewebblend:"bfd08d",thisnext:"282828",trello:"0079BF",tuenti:"5f729d",tulinq:"
0e7512",tumblr:"37455C",twitch:"6441A5",twitter:"1DA1F2",typepad:"080808",untappd:"
FFCD00",urlaubswerkde:"f89823",viadeo:"f07355",viber:"7B519D",vimeo:"1AB7EA",vine:"
01B488",virb:"08aed9",visitezmonsite:"7DD6EA",vk:"6383A8",vkrugudruzei:"e65229",
voxopolis:"1097eb",vybralisme:"318ef6",w3validator:"165496",wanelo:"CCCCCC",webnews:"
f4080d",wechat:"2DC100",weheartit:"FF6699",whatsapp:"4DC247",windows:"00ADEF",wirefan
.:"333",wishmindr:"EF474F",wordpress:"585858",wykop:"FB803F",xing:"1a7576",yahoomail:"
3a234f",yammer:"72a8d2",yelp:"C60D00",yiid:"984877",yookos:"0898d8",yoolink:"A5C736",
yorumcuyum:"597DA3",youmob:"191847",youtube:"CD201F",yummly:"E26221",yuuby:"290838",
zakladoknet:"9CCC00",ziczac:"FF891F",zingme:"F02972"}},function(e,t){"use
strict";e.exports=function(e,t){if(!e.style||!t)return e;var n,a;for(n in
t)a=t[n],a&&e.setAttribute(n,a);return
e}},function(e,t){e.exports={"500px":{user:"https://500px.com/{{id}}"},aboutme:{user:
"https://about.me/{{id}}"},bandcamp:{user:"https://{{id}}.bandcamp.com/"},behance:{
user:"https://www.behance.net/{{id}}"},bitbucket:{user:"https://bitbucket.org/{{id}}"
},blogger:{user:"https://www.blogger.com/profile/{{id}}",blog:"https://{{id}}.blogspot
.com/"},delicious:{user:"http://delicious.com/{{id}}"},deviantart:{user:"http://{{id}
}.deviantart.com/"},digg:{user:"http://digg.com/{{id}}"},disqus:{user:"https://disqus
.com/{{id}}"},dribbble:{user:"https://dribbble.com/{{id}}"},ello:{user:"https://ello.
co/{{id}}"},etsy:{user:"https://www.etsy.com/shop/{{id}}"},facebook:{user:"http://www
.facebook.com/{{id}}"},flickr:{user:"http://www.flickr.com/photos/{{id}}"},foursquare
.:{user:"http://foursquare.com/{{id}}"},github:{user:"https://github.com/{{id}}"},
gitlab:{user:"https://gitlab.com/{{id}}"},goodreads:{user:"http://www.goodreads.com/{
{id}}"},google_follow:{user:"https://plus.google.com/{{id}}"},hackernews:{user:"https
://news.ycombinator.com/{{id}}"},houzz:{user:"http://www.houzz.com/{{id}}"},instagram
.:{user:"http://instagram.com/{{id}}"},jsfiddle:{user:"https://jsfiddle.net/user/{{id}
}"},letterboxd:{user:"https://letterboxd.com/{{id}}"},linkedin:{user:"http://www.
linkedin.com/in/{{id}}",group:"https://www.linkedin.com/groups/{{id}}",company:"http:
//www.linkedin.com/company/{{id}}",education:"https://www.linkedin.com/edu/{{id}}"},
mailto:{user:"mailto:{{id}}"},medium:{user:"https://medium.com/{{id}}"},messenger:{
user:"https://m.me/{{id}}"},mixcloud:{user:"https://www.mixcloud.com/{{id}}"},myspace
.:{user:"https://myspace.com/{{id}}"},odnoklassniki_ru:{user:"http://ok.ru/{{id}}"},
periscope:{user:"https://www.periscope.tv/{{id}}"},pinterest:{user:"http://www.
pinterest.com/{{id}}"},pocket:{user:"http://getpocket.com/@{{id}}"},quora:{user:"
https://www.quora.com/profile/{{id}}"},ravelry:{user:"http://www.ravelry.com/{{id}}"}
,reddit:{user:"https://www.reddit.com/{{id}}"},renren:{user:"http://renren.com/{{id}}
"},rss:{user:"{{id}}"},scoopit:{user:"http://www.scoop.it/u/{{id}}"},sinaweibo:{user:
"http://weibo.com/{{id}}"},skype:{user:"skype:{{id}}?call"},slashdot:{user:"http://
slashdot.org/~{{id}}"},slideshare:{user:"http://www.slideshare.net/{{id}}"},snapchat:
{user:"https://www.snapchat.com/add/{{id}}"},soundcloud:{user:"https://soundcloud.com
/{{id}}"},spotify:{user:"http://open.spotify.com/{{id}}"},stack_exchange:{user:"{{id}
}"},stack_overflow:{user:"http://stackoverflow.com/users/{{id}}"},steam:{user:"http:/
/steamcommunity.com/{{id}}"},stumbleupon:{user:"http://www.stumbleupon.com/{{id}}"},
telegram:{user:"https://telegram.me/{{id}}"},tumblr:{user:"http://{{id}}.tumblr.com"}
,twitch:{user:"http://www.twitch.tv/{{id}}"},twitter:{user:"http://twitter.com/intent
/follow?source=followbutton&variant=1.0&screen_name={{id}}"},untappd:{user:"https://
untappd.com/{{id}}"},vimeo:{user:"http://www.vimeo.com/{{id}}"},vine:{user:"https://
vine.co/{{id}}"},vk:{user:"http://vk.com/{{id}}"},wordpress:{blog:"{{id}}"},xing:{
user:"https://www.xing.com/{{id}}"},yelp:{user:"{{id}}"},youtube:{user:"http://www.
youtube.com/user/{{id}}?sub_confirmation=1",channel:"http://www.youtube.com/channel/{

144418...

```
{id}}?sub_confirmation=1",custom:"http://www.youtube.com/c/{{id}}?sub_confirmation=1"
}},yummly:{user:"http://www.yummly.com/{{id}}"}}},function(e,t){e.exports={addressbar:
"Address Bar",counter:"AddThis",google_plusone:"Google
+1",stumbleupon_badge:"StumbleUpon",tweet:"Tweet",twitter_follow_native:"Twitter",
linkedin_counter:"LinkedIn",facebook_like:"Facebook Like",facebook_share:"Facebook
Share",facebook_send:"Facebook Send",pinterest_pinit:"Pinterest Pin
It"}},function(e,t){"use strict";e.exports=function(e,t){return
t?e:e.substr(0,1).toUpperCase()+e.substr(1)}},function(e,t,n){var
a=n(62).getObjectWithProp,o={"mail.google.com":"gmail","mail.yahoo.com":"yahoomail","
mail.aol.com":"aolmail","mail.live.com":"hotmail"};e.exports=function(e){return
e=e.split(".").slice(-3).join("."),o[e]?o[e]:(e=e.split(".").slice(-2).shift(),a("
name")[e]?e:"")}},function(e,t,n){e.exports=n(752)},function(e,t,n){function
a(e,t,n){return"function"==typeof t&&"undefined"==typeof
n&&s(e)?o(e,t):i(e,r(t,n,3))}var
o=n(754),i=n(114),r=n(117),s=n(28);e.exports=a},function(e,t,n){function
a(e,t,n,a){var u=c(e)?o:s;return u(e,i(t,a,4),n,arguments.length<3,r)}var
o=n(755),i=n(756),r=n(114),s=n(764),c=n(28);e.exports=a},function(e,t,n){function
n(e,t){for(var n=-1,a=e.length;++n<a&&t(e[n],n,e)!==!1;);return
e}e.exports=n},function(e,t,n){function n(e,t,n,a){var
o=-1,i=e.length;for(a&&i&&(n=e[++o]);++o<i;)n=t(n,e[o],o,e);return
n}e.exports=n},function(e,t,n){function a(e,t,n){var a=typeof
e;return"function"==a?"undefined"!=typeof
t&&u(e)?s(e,t,n):e:null==e?c:"object"==a?o(e):"undefined"==typeof
t?r(e+"")):i(e+"",t)}var
o=n(761),i=n(762),r=n(763),s=n(117),c=n(73),u=n(771);e.exports=a},function(e,t,n){
function a(e,t,n){for(var a=-1,i=o(e),r=n(e),s=r.length;++a<s;){var
c=r[a];if(t(i[c],c,i)===!1)break}return e}var
o=n(120);e.exports=a},function(e,t,n){function a(e,t){return o(e,t,i)}var
o=n(757),i=n(71);e.exports=a},function(e,t,n){function a(e,t,n,a,p,h,g){var
m=s(e),v=s(t),w=l,b=l;m||(w=f.call(e),w==u?w=d:w!=d&&(m=c(e))),v||(b=f.call(t),b==u?b
=d:b!=d&&(v=c(t)));var x=w==d,C=b==d,y=w==b;if(y&&!m&&!x)return i(e,t,w);var
E=x&&A.call(e,"__wrapped__"),k=C&&A.call(t,"__wrapped__");if(E||k)return
n(E?e.value():e,k?t.value():t,a,p,h,g);if(!y)return!1;h||(h=[]),g||(g=[]);for(var
M=h.length;M--;)if(h[M]==e)return g[M]==t;h.push(e),g.push(t);var
R=(m?o:r)(e,t,n,a,p,h,g);return h.pop(),g.pop(),R}var
o=n(768),i=n(769),r=n(770),s=n(28),c=n(777),u="[object Arguments]",l="[object
Array]",d="[object
Object]",p=Object.prototype,A=p.hasOwnProperty,f=p.toString;e.exports=a,function(e,t
,n){function a(e,t,n,a,i){var s=t.length;if(null==e)return!s;for(var
c=-1,u=!i;++c<s;)if(u&&a[c]?n[c]!==e[t[c]]:!r.call(t,t[c]))return!1;for(c=-1;++c<s;){
var l=t[c];if(u&&a[c])var d=n.call(e,l);else{var p=e[l],A=n[c];d=i?i(p,A,l):void
0,"undefined"==typeof d&&(d=o(A,p,i,!0))}if(!d)return!1}return!0}var
o=n(115),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=r(e),n=t.length;if(1==n){var s=t[0],a=e[s];if(i(s))return
function(e){return null!=e&&e[a]===s&&c.call(e,a)}}for(var
u=Array(n),l=Array(n);n--;)s=e[t[n]],u[n]=s,l[n]=i(s);return function(e){return
o(e,t,u,l)}}var
o=n(760),i=n(119),r=n(71),s=Object.prototype,c=s.hasOwnProperty;e.exports=a},function
(e,t,n){function a(e,t){return i(e)?function(n?function(n){return
null!=n&&n[e]===t:function(n){return null!=n&&o(t,n[e],null,!0)}}var
o=n(115),i=n(119);e.exports=a},function(e,t){function n(e){return function(t){return
null==t?void 0:t[e]}}e.exports=n},function(e,t,n){function n(e,t,n,a,o){return
o(e,function(e,o,i){n=a?(a=!1,e):t(n,e,o,i)}),n}e.exports=n},function(e,t,n){var
a=n(73),o=n(773),i=o?function(e,t){return
o.set(e,t),e}:a;e.exports=i},function(e,t){function n(e,t){for(var
n=-1,a=e.length;++n<a&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t){for(var
n=e.length;n--&&t.indexOf(e.charAt(n))>-1;);return
n}e.exports=n},function(e,t){function n(e,t,n,a,o,i,r){var
s=-1,c=e.length,u=t.length,l=!0;if(c!=u&&!(o&&u>c))return!1;for(;l&&++s<c;){var
d=e[s],p=t[s];if(l=void0 d,a&&(d=o?a(d,p,s):a(d,p,s)),"undefined"==typeof
l)if(o)for(var A=u;A--&&(p=t[A],!(l=d&&d===p||n(d,p,a,o,i,r)));)else
l=d&&d==p||n(d,p,a,o,i,r)}return!!l}e.exports=n},function(e,t){function
n(e,t,n){switch(n){case a:case o:return n===e+""}return!1}var a="[object
Boolean]",o="[object Date]",i="[object Error]",r="[object Number]",s="[object
RegExp]",c="[object String]";e.exports=n},function(e,t,n){function
```

144418...

```
a(e,r,t,a,s,c){var i=o(c),p=i.length,m=i=p&&r){return!1;for(var
A,f=-1;++f<l;){var h=u[f],g=r.call(t,h);if(g){var m=e[h],v=t[h];g=void
0,a&&(g=i?a(v,m,h):a(m,v,h)),"undefined"==typeof
g&&(g=m&&m===v||n(m,v,a,i,s,c))}if(!g)return!1;A||(A="constructor"==h)}if(!A){var
w=e.constructor,b=t.constructor;if(w!=b&&"constructor"in e&&"constructor"in
t&&!("function"==typeof w&&w instanceof w&&"function"==typeof b&&b instanceof
b))return!1}return!0}var
o=n(71),i=Object.prototype,r=i.hasOwnProperty;e.exports=a},function(e,t,n){function
a(e){var t=!(r.funcNames?e.name:r.funcDecomp);if(!t){var
n=u.call(e);r.funcNames||(t=!s.test(n)),t||(t=c.test(n)||i(e),o(e,t))}return t}var
o=n(765),i=n(29),r=n(72),s=/^\s*function[
\n\r\t]+\w/,c=/\bthis\b/,u=Function.prototype.toString;e.exports=a},function(e,t,n){
function a(e,t,n){if(!r(n))return!1;var a=typeof t;if("number"==a)var
s=n.length,c=i(s)&&o(t,s);else c="string"==a&&t in n;if(c){var u=n[t];return
e===e?e===u:u!==u}return!1}var
o=n(70),i=n(12),r=n(30);e.exports=a},function(e,t,n){(function(t){var
a=n(29),o=a(o=t.WeakMap)&&o,i=o&&new o;e.exports=i}).call(t,function(){return
this}())},function(e,t,n){function a(e){for(var
t=c(e),n=t.length,a=n&&e.length,l=a&&s(a)&&i(e)||u.nonEnumArgs&&o(e)),p=-1,A=[];++p<
n;){var f=t[p];(l&&r(f,a)||d.call(e,f))&&A.push(f)}return A}var
o=n(121),i=n(28),r=n(70),s=n(12),c=n(778),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){for(var
t=-1,n=e.length;++t<n&&o(e.charCodeAt(t)););return t}var
o=n(118);e.exports=a},function(e,t,n){function a(e){for(var
t=e.length;t--&&o(e.charCodeAt(t)););return t}var
o=n(118);e.exports=a},function(e,t,n){function a(e){return
i(e)&&o(e.length)&&z[B.call(e)]||!1}var o=n(12),i=n(49),r=[object
Arguments]",s="[object Array]",c="[object Boolean]",u="[object Date]",l="[object
Error]",d="[object Function]",p="[object Map]",A="[object Number]",f="[object
Object]",h="[object RegExp]",g="[object Set]",m="[object String]",v="[object
WeakMap]",w="[object ArrayBuffer]",b="[object Float32Array]",x="[object
Float64Array]",C="[object Int8Array]",y="[object Int16Array]",E="[object
Int32Array]",k="[object Uint8Array]",M="[object Uint8ClampedArray]",R="[object
Uint16Array]",_="[object
Uint32Array]",z={};z[b]=z[x]=z[C]=z[y]=z[E]=z[k]=z[M]=z[R]=z[_]=!0,z[r]=z[s]=z[w]=z[c
]=z[u]=z[l]=z[d]=z[p]=z[A]=z[f]=z[h]=z[g]=z[m]=z[v]=!1;var
S=Object.prototype,B=S.toString;e.exports=a},function(e,t,n){function
a(e){if(null==e)return[];c(e)||(e=Object(e));var
t=e.length;t=t&&s(t)&&(i(e)||u.nonEnumArgs&&o(e))&&t||0;for(var
n=e.constructor,a=-1,l="function"==typeof
n&&n.prototype===e,p=Array(t),A=t>0;++a<t;)p[a]=a+"";for(var f in
e)A&&r(f,t)||"constructor"==f&&(l||!d.call(e,f))||p.push(f);return p}var
o=n(121),i=n(28),r=n(70),s=n(12),c=n(30),u=n(72),l=Object.prototype,d=l.
hasOwnProperty;e.exports=a},function(e,t,n){function a(e){return
e=o(e),e&&r.test(e)?e.replace(i,"\\$&"):e}var
o=n(116),i=/[.*+?^${}()|[\]\/\\]/g,r=RegExp(i.source);e.exports=a},function(e,t,n){
function a(e,t,n){var
a=e;return(e=o(e))?(n?s(a,t,n):null==t)?e.slice(c(e),u(e)+1):(t+=""，e.slice(i(e,t),r(
e,t)+1)):e}var
o=n(116),i=n(766),r=n(767),s=n(772),c=n(775),u=n(776);e.exports=a},function(e,t,n){
var a=n(18),o=n(2),i=n(794);e.exports=function(e,t,n,r){function
s(a){-1===e.indexOf(a+"=")&&(c[a]=i(t[a],e,n,r))}var c={};return
t&&(o(t,s),t=a(c)),e+(t.length?(e.indexOf("?")>-1?"&":"?")+t:"")}},function(e,t,n){
var
a=n(32),o=n(50);e.exports=function(e,t,n,i,r,s){a(["close",e,t,n,i,r,s]),o()}},
function(e,t,n){var
a=n(32),o=n(50);e.exports=function(e,t,n){a(["send",e,t,n]),o()}},function(e,t,n){"
use strict";var a=n(4);e.exports=function(e,t){var
n,o,i,r=0,s=[];if(!e||!e.length)return void
0;try{for(;++r<e.length;)if(n=e[r],(!t||t&&n.isProCell)&&s.push(n),i="ab="+n.name+"(&
|$)",document.location.hash.match(i){o=n;break}o||(o=s[~~(Math.random()*s.length)])}
catch(c){a.error(c)}return o}},function(e,t,n){var
a=n(135);e.exports=function(e){return e=e||"",a(e,function(e,t){var
n,a,o=e.indexOf(";jsessionid="),i=[];if(o>-1&&(e=e.substr(0,o)),t){for(n in
t)if("string"==typeof
t[n]){if(a=(t[n]||"").split("=")),2==a.length&&(0===a[0].indexOf("utm_")||"gclid"===a
[0]||"sms_ss"===a[0]||"at_xt"===a[0]||"fb_ref"===a[0]||"fb_source"===a[0]))continue;t
[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return e})}},function(e,t,n){
```

144418...

```
a=n(35),e.exports=function(){return null===a?e=a.pop()):es&&"function"==typeof
e.close&&e.close()}},function(e,t,n){var
a=n(62).map;e.exports=function(e){if("t.co"===e)return"twitter";var t,n;for(t in
a)if(n=a[t],""===n&&(n=t+".com"),-1!==e.indexOf(n))return t;return
null}},function(e,t,n){var a=n(827),o=window,i=!1;e.exports=function(e){if(!i){var
t=a();o.addthis_config?addthis_config.data_use_cookies===1!&&(_atc.xck=1):o.
addthis_config={username:o.addthis_pub},o.addthis_share||(o.addthis_share={}),
addthis_share.url||(o.addthis_url||void
0!==addthis_share.imp_url||(addthis_share.imp_url=1),addthis_share.url=(o.addthis_url
||e||t.url||"").split("#{").shift()),addthis_share.title||(addthis_share.title=(o.
addthis_title||t.title||document.title).split("#{").shift()),!addthis_share.
description&&t.description&&(addthis_share.description=t.description),i=!0)}},
function(e,t){e.exports=function(e){var t;return
e?("#"===e.charAt(0)&&(e=e.substr(1)),t=e.split(";").shift(),3===t.split(".").length&
&(t=t.split(".").slice(0,-1).join(".")),12===t.length&&."==t.substr(0,1)&&/[a-zA-Z0
-9\-_]{11}/.test(t.substr(1))?1:0):0}},function(e,t){e.exports=function(){return
navigator.doNotTrack&&"unspecified"!==navigator.doNotTrack&&"no"!==navigator.
doNotTrack&&"0"!=navigator.doNotTrack}},function(e,t){e.exports=function(e,t,n){
return e=e||{},"at_tags"in e&&(e.at_tag=e.at_tags),"at_tag"in
e&&t.user.ready(function(){n.cookie.tag.add(e.at_tag)}),e}},function(e,t,n){var
a=n(135);e.exports=function(e,t){var
n,o={},i=t||[];for(n=0;n<i.length;n++)o[i[n]]=1;return a(e,function(e,t){var
n,a,i=[];if(t){for(n in t)if("string"==typeof
t[n])if(a=(t[n]||"").split("="),2!=a.length&&t[n])i.push(t[n]);else{if(o[a[0]])
continue;t[n]&&i.push(t[n])}e+=i.length?"?"+i.join("&"):""}return
e})}},function(e,t,n){"use strict";function a(){return
r+"?rev="+window._atc.rev+"&c="+$__$.serialize()+"&pub="+i()+"&device="+!1?"mobile":"
desktop"}var
o=n(3).listen,i=n(66),r="//m.addthisedge.com/live/jse";"undefined"!==typeof
$__$&&(window.navigator.sendBeacon?o(window,"beforeunload",function(){navigator.
sendBeacon(a(),"{}")}):setTimeout(function(){var e=new
Image;e.src=a()},25e3))},function(e,t){var
n=window.encodeURIComponent;e.exports=function(e,t,a,o){return
e.replace(/\{\{service\}\}/g,n(o||"addthis-service-code")).replace(/\{\{code\}\}/g,n(
o||"addthis-service-code")).replace(/\{\{title\}\}/g,n((a||window.addthis_share).
title)).replace(/\{\{url\}\}/g,n(t))}},function(e,t,n){"use strict";var
a,o,i,r=n(2),s=n(3).listen,c=!1,u=function(e){var
t=e.src.split("://").pop(),n=a[t];void 0===n?a[t]=1:a[t]++},l=function(){var
e=[],t=!0;return
r(a,function(n,a){t?t=!1:e.push(","),e.push(n,"|",a)}),e.join("")},d=function(){var
e=document.activeElement;if(e){var
t="IFRAME"===e.tagName,n=e!==i;t&&n&&&u(e),i=e}},p=function(){o++,i=document.
activeElement};e.exports={start:function(){c||(a={},o=0,i=document.activeElement,
setInterval(d,100),s(window,"blur",d),s(window,"click",p),c=!0)},getParams:function()
{return c?{ict:l(),pct:o}:{}}}},function(e,t,n){"use strict";function n(e){var
t=e.data||{},n=t.svc,a=t.pco,i=t.cmo,r=t.crs,s=t.cso;o={},n&&(o.sh=n),i&&(o.cm=i),s&&
(o.cs=1),r&&(o.cr=1),a&&(o.spc=a)}var
a=!1,o=null;e.exports={start:function(){a||(_ate.ed.addEventListener("addthis-
internal.compact",n),a=!0)},getParams:function(){return
a?{cmenu:JSON.stringify(o)}:{}}}},function(e,t,n){"use strict";var
a=n(828),o=n(156),i=n(67).getPreDwellTime,r=!1,s=o(),c=0,u=function(){var
e=o(),t=a();t===!0||void
0===t&&(c+=e-s,s=e};e.exports={start:function(){r||(setInterval(u,1e3),r=!0)},
getParams:function(){if(!r)return{};var e={dt:c},t=i();return void
0!==t&&(e.pdt=t),e}}},function(e,t,n){"use strict";var
a,o,i,r=n(685),s=n(92),c=!1,u=function(e){var
t=document.documentElement,n=e.data.y,i=n+t.clientHeight;o=void
0!==o?Math.max(o,i):i,a=void
0!==a?Math.min(a,n):n};e.exports={start:function(){c||(n(147).setup(),addthis.
addEventListener("addthis.events.scroll",u),i=s(),c=!0)},getParams:function(){return
c?{sh:o?o-a:0,ph:r()||0,ivh:i||0}:{}}}},function(e,t,n){e.exports={source:(0===
document.location.href.indexOf("https")?"https:":"http:")+_atr+"static/"+n(838)}},
function(e,t){e.exports=function(e,t){var
n=window;n.addthis_share||(n.addthis_share={}),(t||e!==addthis_share.url)&&(
addthis_share.imp_url=0)}},function(e,t,n){function a(e){var
t=(e||document.location.href).split("#").shift();return
r.testAll(t)?!0:r.testAll(t+"/")}function o(e){if(!s()&&window.JSON){var
t=(e||document.location.href).split("#").shift(),n=r.generateName();r.contains(n)||r.
```

144418…
```
add(n),i||(i=C.get(n),i||(i[u]=t))),(u=1),setTimeout(function(){i.add(t),i.save(n
)},5e3)))}var i,r=n(142),s=n(133),c="hist",u=0,r=new
r(c,3);e.exports={logURL:o,seenBefore:a}},function(e,t){e.exports='<div
id="at-expanded-menu-container" class="at-expanded-menu-hidden" role="dialog"
tabindex="0"><button class="at-expanded-menu-close"><span>×</span></button><div
class="at-win-mask at-expanded-menu-mask"></div><div class="at-expanded-menu
at-expanded-menu-round load-more"><div id="at-expanded-menu-hd"
class="at-expanded-menu-hd"><span id="at-expanded-menu-title"
class="at-expanded-menu-title">{{shareHeading}}</span></div><span
class="at-expanded-menu-page-title">{{shareTitle}}</span><span
class="at-expanded-menu-page-url">{{shareURL}}</span></div><form
id="at-expanded-menu-filter-form"><div id="at-expanded-menu-filter" role="search"
class="at-expanded-menu-search"><input type="text" size="30" maxlength="50"
autocomplete="off" id="at-expanded-menu-service-filter"
class="at-expanded-menu-search-input initial-render" value=""/><label
for="at-expanded-menu-service-filter" class="at-expanded-menu-search-label"><span
class="at-expanded-menu-search-label-content"></span></label><span
class="at-expanded-menu-search-icon"></span></div></form></div><div
id="at-expanded-menu-bd"><h4 class="at-expanded-menu-top-services-header">Top
Services</h4><ul id="at-expanded-menu-top-service-list-container"
class="at-expanded-menu-service-list" role="menu"><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li><li
style="background-color:#848484;height:84px;opacity:0.6;"><button
class="at-expanded-menu-button"></button><span
class="at-expanded-menu-button-label"></span></li></ul><div
class="at-expanded-menu-ft"><span class="at-expanded-menu-ft-loading">Loading
Services</span><div class="loading-container "><div
class="loading-spinner"></div></div></div><div>{{reducedBrandingInnerHTML
}}</div><div class="at-expanded-menu-fade"></div></div>'},function(e,t,n){function
a(e,t){void 0===e||a.isWatching(e)||(t=t||{},t.minPercentVisible=void
0!==t.minPercentVisible?t.minPercentVisible:.5,t.minDurationVisible=void
0!==t.minDurationVisible?t.minDurationVisible:1e3,t.sampleRate=void
0!==t.sampleRate?t.sampleRate:1,t.onView=void
0!==t.onView?t.onView:function(){},this.element=e,this.sampleTimeout=1e3/t.sampleRate
,this.minPercentVisible=t.minPercentVisible,this.minDurationVisible=t.
minDurationVisible,this.onView=t.onView,this.interval=null,this.firstSeen=null,this.
wasViewed=!1,a.watchList.push(e),a.watchers.push(this))}var
o=n(38),i=n(159);e.exports=a,a.prototype.check=function(){var
e=this,t=i(this.element,{cacheDuration:this.sampleTimeout});this.interval||this.
wasViewed||t>this.minPercentVisible&&(this.firstSeen=new
Date,this.interval=setInterval(function(){var t=new
Date,n=i(e.element,{cacheDuration:this.sampleTimeout});n>e.minPercentVisible?t.
```

```
144418  getFrame()-10:firstSeen-getTime()>=minDurationVisible&&(clearInterval(e.interval),e.
        interval=null;e.wasViewed=!0,e.onView(),a.watchList.splice(a.watchList.indexOf(this.
        element),1),a.watchers.splice(a.watchers.indexOf(this),1)):(clearInterval(e.interval)
        ,e.interval=null,e.firstSeen=null)},this.sampleTimeout)}},a.isWatching=function(e){
        for(var
        t=a.watchList.length-1;t>=0;t--)if(a.watchList[t]===e)return!0;return!1},a.handler=
        function(){setTimeout(function(){for(var
        e=a.watchers.length;e--;)a.watchers[e].check()})},a.resizeHandler=function(){
        clearTimeout(a.resizeHandlerTimeout),a.resizeHandlerTimeout=setTimeout(a.handler,1e3)
        },a.messageHandler=function(e){var t=e&&e.data&&e.data.indexOf instanceof
        Function&&0===e.data.indexOf("_atafiv=");if(t)for(var
        n,i=e.data.substring("_atafiv=".length),r=i.split("#"),s=r[0],c=decodeURIComponent(r[
        1]||""),u=0;u<document.getElementsByTagName("iframe").length;u++)if(n=document.
        getElementsByTagName("iframe")[u],n.src.replace(/^https?:/,"")===c.replace(/^https?:/
        ,"")){new a(n,{minPercentVisible:.5,minDurationVisible:1e3,onView:function(){var
        e=document.createElement("img");e.src="//cf.addthis.com/red/p.png?gen=2000&rb=0&pco=
        clk-100&ev=view_tracker&pxid=4031&dspid=6"+s,o(e),document.body.appendChild(e)}}),a.
        handler();break}},a.resizeHandlerTimeout=null,a.watchList=[],a.watchers=[]},function(
        e,t,n){var a=n(3).listen,o={};e.exports=function(){function t(t,n){return
        function(){var
        a,o,i=Array.prototype.slice.call(arguments,0),c=i[i.length-1];c&&c.constructor===
        Function&&(o=i.pop(),a=r++,s[t]?s[t][a]=o:(s[t]={},s[t][a]=o)),e.contentWindow.
        postMessage(JSON.stringify({type:"api.request",api:t,method:n,args:i,id:a}),e.src)}}
        function
        n(t){c[t]?i(this,t,c[t]):(l[t]?l[t].push(this):l[t]=[this],e.contentWindow.
        postMessage(JSON.stringify({type:"api.info.request",api:t}),"*")),this.
        addReadyListener=function(e){c[t]?e():u[t]?u[t].push(e):u[t]=[e]}}function
        i(e,n,a){var
        o,i;for(o=0;o<a.length;o++)i=a[o],e[i]=t(n,i)}if(e.__apiID&&o[e.__apiID])return
        o[e.__apiID];e.__apiID=String(Math.random());var r=0,s={},c={},u={},l={};return
        a(window,"message",function(t){var
        n,a,o=t.data,r=t.source;if(r===e.contentWindow){try{o=JSON.parse(o)}catch(d){o=o||{}}
        if("api.response"===o.type)s[o.api]&&s[o.api][o.id]&&(s[o.api][o.id].call(this,o.
        result),delete s[o.api][o.id]);else
        if("api.info"===o.type){for(n=l[o.api],c[o.api]=o.methods;n&&n.length;)i(n.pop(),o.
        api,c[o.api]);for(;u[o.api]&&u[o.api].length;)(a=u[o.api].pop())())}},o[e.__apiID]=n
        ,n}},function(e,t,n){function a(e){e instanceof Array||(e=[e]);for(var
        t=[],n=0;n<e.length;n++){var a=e[n];a instanceof o?t.push(a):(a=new
        o(a.name,a.href||a.url||((window._atc||{}).rsrcs||{})[a.name],a.test?a.test:function:
        (){return!0}),t.push(a))}return t}var
        o=n(144),i=n(53).EventDispatcher,r=n(13),s=n(39);e.exports=function(){var
        e=this,t=new
        i(e);t.decorate(t).decorate(e),this.resources=arguments.length&&arguments[0]
        instanceof
        Array?arguments[0]:s(arguments),this.waiting=this.resources.length,this.loading=!1,!
        this.resources||this.resources[0]instanceof
        o||(this.resources=a(this.resources)),this.checkload=function(){this.waiting--,0===
        this.waiting&&t.fire("load",this.resources,{resources:this.resources})},this.add=
        function(e){e&&(this.waiting++,this.resources.push(e))},this.load=function(){if(!this
        .loading){for(var
        t=0;t<this.resources.length;t++)this.resources[t].addEventListener("load",r(this.
        checkload,e)),this.resources[t].load();this.loading=!0}}},function(e,t,n){function
        a(){return g.join(f)}function o(){if(!h){var
        e=l.rck(A)||"";e&&(g=d(e).split(f)),h=1}}function
        i(){o(),g.length&&l.sck(A,p(a()),0,!0)}function r(){return o(),g}function
        s(e){o(),"string"==typeof e&&(e=[e]);for(var t=0;t<g.length;t++)for(var
        n=0;n<e.length;n++)if(g[t]===e[n])return;for(var
        n=0;n<e.length;n++)g.push(e[n]);i()}function c(e){for(var
        t=0;t<g.length;t++)if(g[t]===e)break}i()}function u(){g=[]}var
        l=n(23);e.exports={reset:u,add:s,remove:c,get:r,toKV:a};var
        d=window.decodeURIComponent,p=window.encodeURIComponent,A="__attag",f=",",h=0,g=[]},
        function(e,t,n){/**
144419       * AddThis Client
144420       * @license - See s7.addthis.com/static/licenses.html for information about the
        licenses used
144421       */
144422  var
        a=window.location.href.match(/https?:\/\/[^?#]*?\.addthis\.com/);a&&window.
```

144422...

```
isAddThisTrackingFrame||function()){return function()){function e(e,t,n,a){return
function(){this.qs||(this.qs=0),_atc.qs++,this.qs++>0&&a||_atc.qs>1e3||!g.addthis||p(
{call:e,args:arguments,ns:t,ctx:n})}}}function t(e){var
t=this,n=this.queue=[];this.name=e,this.call=function(){n.push(arguments)},this.call.
queuer=this,this.flush=function(e,a){this.flushed=1;for(var
o=0;o<n.length;o++)e.apply(a||t,n[o]);return e}}function
a(e){e&&!(e.data||{}).addthisxf&&g.addthis&&(addthis._pmh.flushed?_ate.pmh(e):addthis
._pmh.call(e))}var
o,i=n(815),r=n(808),s=n(93).select,c=n(102),u=n(55),l=n(812),d=n(38),p=n(32),A=n(804)
,f=n(3).listen,h=n(2),g=window,m=document;(g._atc||{}).ver||(g._atd="www.addthis.com/
",g._euc=encodeURIComponent,g._duc=decodeURIComponent,g._atc={dbg:0,dr:0,ver:300,rev:
"v7.3.2-wp",loc:0,enote:"",cwait:500,bamp:.25,famp:.01,pamp:.1,abmp:.5,tamp:1,plmp:1,
ohmp:0,ltj:1,xamp:l,abf:!!g.addthis_do_ab,qs:0,cdn:0,rsrcs:{bookmark:"static/bookmark
.html",linkedin:"static/linkedin.html",atimg:"atimg.html",countercss:"counter.css",
counter:"plugin.sharecounter.js",fltcss:"floating.css",layersjs:"layers.js",layerscss
:"layers.css",peekaboocss:"peekaboo.css",embed:"embed.js",embedcss:"embed.css",
lightbox:"lightbox.js",lightboxcss:"lightbox.css",link:"static/link.html",pinit:"
static/pinit.html",fbshare:"static/fbshare.html",tweet:"static/tweet.html",menujs:"
menu.js",sh:"sh.html"},imgs:"images/"}),g._atr="//s7.addthis.com/",h(g._atc.rsrcs,
function(e,t){-1===t.indexOf(":")&&(g._atc.rsrcs[e]=_atr+t)});var
v,w,b,x=("https:"===g.location.protocol,m.body||m.getElementsByTagName("head")[0]);if
(!g.addthis||g.addthis.nodeType!==o)try{v=g.navigator?navigator.userLanguage||
navigator.language:"",w=v.split("-").pop().toLowerCase(),b=v.substring(0,2)}catch(C){
}g.addthis={ost:0,cache:{},plo:[],links:[],ems:[],timer:{load:(new
Date).getTime()},_Queuer:t,_queueFor:e,data:{getShareCount:e("getShareCount","data")}
,bar:{show:e("show","bar"),initialize:e("initialize","bar")},layers:e("layers"),login
:{initialize:e("initialize","login"),connect:e("connect","login")},configure:function
(e){g.addthis_config||(g.addthis_config={}),g.addthis_share||(g.addthis_share={});for
(var t in e)if("share"===t&&"object"==typeof e[t])for(var n in
e[t])e[t].hasOwnProperty(n)&&(addthis.ost?addthis.update("share",n,e[t][n]):g.
addthis_share[n]=e[t][n]);else
e.hasOwnProperty(t)&&(addthis.ost?addthis.update("config",t,e[t]):g.addthis_config[t]
=e[t])},box:e("box"),button:e("button"),counter:e("counter"),count:e("count"),
lightbox:e("lightbox"),toolbox:e("toolbox"),update:e("update"),init:e("init"),ad:{
menu:e("menu","ad","ad"),event:e("event","ad"),getPixels:e("getPixels","ad")},util:{
getServiceName:e("getServiceName"),ready:e("ready"),addEventListener:e("
addEventListener","ed","ed"),removeEventListener:e("removeEventListener","ed","ed"),
user:{getID:e("getID","user"),getGeolocation:e("getGeolocation","user",null,!0),
getPreferredServices:e("getPreferredServices","user",null,!0),getServiceShareHistory:
e("getServiceShareHistory","user",null,!0),ready:e("ready","user"),isReturning:e("
isReturning","user"),isOptedOut:e("isOptedOut","user"),isUserOf:e("isUserOf","user"),
hasInterest:e("hasInterest","user"),isLocatedIn:e("isLocatedIn","user"),interests:e("
getInterests","user"),services:e("getServices","user"),location:e("getLocation","user
")},session:{source:e("getSource","session"),isSocial:e("isSocial","session"),
isSearch:e("isSearch","session")},_pmh:new t("pmh"),_pml:[]};var
y=u("addthis_widget");if(y.provider||y.userBlob||y.userapi){var
E=l(y),k=A(E);x.appendChild(E),y.userapi&&(g.addthis.UserAPI=new
k("user")),y.provider&&(g.addthis.ProviderAPI=new
k("provider")),y.userBlob&&(g.addthis.UserBlobAPI=new
k("userBlob"))}if(!y.headless){if(-1===m.location.href.indexOf(_atr)){var
M=m.getElementById("_atssh");if(M||(M=m.createElement("div"),M.style.visibility="
hidden",M.id="_atssh",d(M),x.appendChild(M)),g.postMessage&&f(g,"message",a),addthis
._pml.push(a)),!M.firstChild){var
R,_=Math.floor(1e3*Math.random());R=m.createElement("iframe"),R.id="_atssh"+_,R.title
="AddThis utility
frame",M.appendChild(R),d(R),R.frameborder=R.style.border=0,R.style.top=R.style.left=
0,_atc._atf=R}}!function(){for(var
e,t,a,o=-1,u={share:"smlsh-1.0",follow:"smlfw-1.0",recommended:"smlre-1.0",whatsnext:
"smlwn-1.0",recommendedbox:"smlreb-1.0"},l=!1;++o<addthis.plo.length;)if(t=addthis.
plo[o],"layers"===t.call){a=t.args[0];for(e in
a)u[e]&&_ate.track.apc(u[e]);_ate.track.apc("sml-1.0")}c.append(function(){var
e={".addthis-recommendedbox":"recommendedbox"};for(var t in
e)if(e.hasOwnProperty(t)){var
n=s(t),a={};n.length&&(a[e[t]]=!0,a.pi=!1,addthis.layers(a),l=!0)}l&&addthis.layers({
pii:!0})}),addthis.layers=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(3,function(){n(693),n(694),n(696),n(697
),n(699),n(615),n(626),n(700),n(701),n(702),n(166),n(703),n(704),n(705),n(706),n(707)
,n(708),n(691),n(692),n(698),n(695),n(689),n(690)(function(){n(632),addthis.layers.
```

```
apply(addthis,e))}}},addthis.messages=1,addthis.events=i,addthis.lightbox=function(e
){n.e(7,function(){n(709),n(637),addthis.lightbox(e)})},addthis.menu=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.open.apply
(_ate.menu,e)})},addthis.menu.close=function(){var
e=Array.prototype.slice.call(arguments,0);n.e(0,function(){n(15),_ate.menu.close.
apply(_ate.menu.close,e)})},addthis.ad.menu=function(){var
e=arguments;n.e(8,function(){n(688),n(635),addthis.ad.menu.apply(addthis.ad,e)})},
addthis.sharecounters={getShareCounts:function(){var
e=arguments;n.e(6,function(){n(64),addthis.sharecounters.getShareCounts.apply(addthis
.sharecounters,e)})}}};var d=function(){var
e=arguments;n.e(5,function(){n(64),n(634),addthis.counter.apply(addthis.sharecounters
,e)})},p=function(e){return function(t,n,a){var
o=s(t);o.length&&e(o,n,a)}};addthis.count=p(d),addthis.counter=p(d),addthis.data.
getShareCount=d,setTimeout(function(){g.addthis.timer.icon||Math.random()<_atc.ohmp&&
((new
Image).src="//m.addthisedge.com/live/t00/oh.gif?"+Math.floor(4294967295*Math.random()
).toString(36)+"&cdn="+_atc.cdn+"&sr="+_atc.ohmp+"&rev="+_atc.rev+"&to="+timeout)},
1e4),n(83)}(n)}}}()},function(e,t,n){"use strict";var
a=n(157),o=function(){};a(o,"events"),e.exports=o},function(e,t){e.exports=function(e
){var
t={ca:"es",cs:"CZ",cy:"GB",da:"DK",de:"DE",eu:"ES",ck:"US",en:"US",es:"LA",gl:"ES",ja
:"JP",ko:"KR",nb:"NO",nn:"NO",sv:"SE",ku:"TR",zh:"CN","zh-tr":"CN","zh-hk":"HK","zh-
tw":"TW",fo:"FO",fb:"LT",af:"ZA",sq:"AL",hy:"AM",be:"BY",bn:"IN",bs:"BA",nl:"NL",et:"
EE",fr:"FR",ka:"GE",el:"GR",gu:"IN",hi:"IN",ga:"IE",jv:"ID",kn:"IN",kk:"KZ",la:"VA",
li:"NL",ms:"MY",mr:"IN",ne:"NP",pa:"IN",pt:"PT",rm:"CH",sa:"IN",sr:"RS",sw:"KE",ta:"
IN",pl:"PL",tt:"RU",te:"IN",ml:"IN",uk:"UA",vi:"VN",tr:"TR",xh:"ZA",zu:"ZA",km:"KH",
tg:"TJ",he:"IL",ur:"PK",fa:"IR",yi:"DE",gn:"PY",qu:"PE",ay:"BO",se:"NO",ps:"AF",tl:"
ST"},n=t[e]||t[e.split("-").shift()];return
n?e.split("-").shift()+"_"+n:"en_US"}},function(e,t){e.exports=function(e,t){var
t={en:"en-US",ar:"ar",ca:"ca",zh:"zh-CN",hr:"hr",cs:"cs",da:"da",nl:"nl",et:"et",fi:"
fi",fr:"fr",de:"de",el:"el",he:"he",hi:"hi",hu:"hu",id:"id",it:"it",ja:"ja",ko:"ko",
lv:"lv",lt:"lt",ms:"ms",no:"no",fa:"fa",pl:"pl",pt:"pt-BR",ro:"ro",ru:"ru",sr:"sr",sk
.:"sk",sl:"sl",es:"es",sv:"sv",th:"th",tr:"tr",uk:"uk",vi:"vi"};return
t[e]||null}},function(e,t){e.exports=function(e){var
t={th:1,pl:1,sl:1,gl:1,hu:1,is:1,nb:1,se:1,su:1,sw:1};return!!t[e]}},function(e,t,n){
var a=n(18),o=n(38);e.exports=function(e){var
t=document.createElement("iframe");return
e=e||{},t.src=_atr+"static/api.html#"+a(e),t.style.display="none",o(t),t}},function(e
,t){e.exports=function(e){for(var
t,n,a=e.length,o=2166136261,i=-1;++i<a;)t=e.charCodeAt(i),(n=4278190080&t)&&(o^=n>>24
,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),(n=16711680&t)&&(o^=n>>16,o+=(o<<1)+(o<<4)+(
o<<7)+(o<<8)+(o<<24)),(n=65280&t)&&(o^=n>>8,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24)),o
^=255&t,o+=(o<<1)+(o<<4)+(o<<7)+(o<<8)+(o<<24);return
o+=o<<13,o^=o>>7,o+=o<<3,o^=o>>17,o+=o<<5,4294967295&o}},function(e,t){e.exports=
function(e,t){var
n,a,o,i,r,s,c,u;for(n=a=e.length,a=e.length-n,o=t,r=3432918353,s=461845907,u=0;a>u;)c
=255&e.charCodeAt(u)|(255&e.charCodeAt(++u))<<8|(255&e.charCodeAt(++u))<<16|(255&e.
charCodeAt(++u))<<24,++u,c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295,o^=c,o=o<<13|o>>>19,i=5*(65535
&o)+((5*(o>>>16)&65535)<<16)&4294967295,o=(65535&i)+27492+(((i>>>16)+58964&65535)<<16
);switch(c=0,n){case 3:c^=(255&e.charCodeAt(u+2))<<16;case
2:c^=(255&e.charCodeAt(u+1))<<8;case
1:c^=255&e.charCodeAt(u),c=(65535&c)*r+(((c>>>16)*r&65535)<<16)&4294967295,c=c<<15|c>
>>17,c=(65535&c)*s+(((c>>>16)*s&65535)<<16)&4294967295}return
o^=e.length,o^=o>>>16,o=2246822507*(65535&o)+((2246822507*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>13,o=3266489909*(65535&o)+((3266489909*(o>>>16)&65535)<<16)&
4294967295,o^=o>>>16,o>>>0}},function(e,t,n){"use strict";var
a=n(157),o=n(1),i=n(4),r=(n(19),n(88)),s=n(2),!1),c=n(86),u=function(e){return
o("ie8")?(i.error("AddThis custom messages are not supported in IE8"),!1):void
n.e(4,function(){var
t=n(679),a=n(624);s||(n(147).setup(),n(681).setup(),n(680).setup(),n(683),n(682),n(
840),a.incrementPageViews(),s=!0),c(function(){r.onReady(function(){t.
createCustomMessages(e,a)})})})};a(u,"messages"),e.exports=u},function(e,t,n){
function a(){var e=function(e,t){return t},t=e.bind(null,1);return 0!==t(0)}function
o(){a()&&i()}var
i=n(151);e.exports=function(){o(),setTimeout(o,0)}},function(e,t,n){var
a=n(138),o=n(80)().FANCY;e.exports=function(){a(o)}},function(e,t,n){"use strict";var
a=(n(1),n(45));e.exports=function(e,t){"ist-1.0"===t.product&&(e.url=e.media),t.
```

144422...

```
ui_pane=_link",a(document.body,"link","",,t,e)})},function(e,t,n){function
a(){if(window.parent===window)window.print();else
if(o)window.parent.postMessage("at-share-print","*");else{var
e=r("win")?"Control":"Command";t="Press <"+e+">+P to
print.";try{_ate.menu.close()}catch(n){}alert(t)}}var
o=n(57),i=n(3).listen,r=n(1);i(window,"message",function(e){if("at-share-print"===e.
data){try{_ate.menu.close()}catch(t){}a()}}),e.exports=a},function(e,t,n){"use
strict";var a=n(1),o=n(11),i=n(52);e.exports=function(e,t){var
n;a("iph")||a("ipa")||a("bb10")||a("dro")?(n=o("whatsapp",e,t,!1,!0),window.location=
"whatsapp://send?text="+(e.title?encodeURIComponent(e.title)+"%20":"")+
encodeURIComponent(e.url)):(e.service="email",i(e,t))}},function(e,t,n){var
a=n(2);e.exports=function(){var
e=document.getElementsByTagName("img"),t=window.addthis_config&&addthis_config.
image_exclude,n=new RegExp("(\\s|^)"+t+"(\\s|$)");t&&a(e,function(e,t){var
a=t.className||"";a.match(n)&&t.setAttribute("nopin","nopin")})}},function(e,t,n){"
use strict";var
a=n(138),o=n(80)().PINTEREST;e.exports=function(){a(o+"?r="+99999999*Math.random())}}
,function(e,t,n){"use strict";var a=n(154),o=n(78);e.exports=function(e,t){return
o(a(e,t),750,536,"Share to Pinterest",!0)}},function(e,t,n){"use strict";var
a=n(822),o=n(823),i=n(36);e.exports=function(e,t){e.media?o(e,t):(i("pinterest_share"
,e,t),a())}},function(e,t,n){"use strict";function a(){var
o=n(2),i={sml:1,smlmo:1,smlsh:1,smlfw:1,smlre:1,smlwn:1,smlwrn:1,smlreb:1,smlrebh:1,
smlrebv:1,smlty:1,cod:1,jsc:1,wnm:1,ist:1},r=[{name:"per-1",feed:["viewsrnd"],vector:
[],isProCell:!1},{name:"per-2",feed:["views2"],vector:[],isProCell:!0},{name:"per-3",
feed:["views2"],vector:["url"],isProCell:!0},{name:"per-4",feed:["views2"],vector:["
clusters"],isProCell:!0},{name:"per-11",feed:["viewscf"],vector:[],isProCell:!1},{
name:"per-12",feed:["views2"],vector:["clusters2"],isProCell:!0},{name:"per-13",feed:
["views2"],vector:["clusters2","url"],isProCell:!1},{name:"per-15",feed:["controlfeed
"],vector:[],isProCell:!1}];a.prototype={getConfig:function(e){if(!e||!e._default||!e
._default.widgets)return{};var t=!1;return void 0;e._default.widgets,function(e){return
i[e]?(t=!0,!1):void 0}),t?r:{}}},e.exports=new a},function(e,t,n){var
a=n(830);e.exports=function(e,t){var
n,o=0;for(n=0;n<e.length;n++)o*=t,o+=a(e.charAt(n));return o}},function(e,t,n){"use
strict";var a=n(155);e.exports=function(){var
e,t,n,o,i,r,s=a(),c={};for(r=0;r<s.length;r++)e=s[r]||{},t=e.getAttribute?e.
getAttribute("property"):"",n=(t||e.name||"").toLowerCase(),i=e.content,0===n.indexOf
("og:")&&(o=n.split(":").pop(),c[o]=i);return c}},function(e,t,n){"use
strict";e.exports=function(){return"visibilityState"in
document?"visible"===document.visibilityState:"hasFocus"in
document?document.hasFocus():void 0}},function(module,exports){var
w=window,euc=w.encodeURIComponent,times={},timeouts={},callbacks,pageCallbacks={};
module.exports=function(globalObjectString){function
storeCallback(e,t,n,a,o){t=euc(t).replace(/[0-3][A-Z]|[^a-zA-Z0-9]/g,"").toLowerCase(
),pageCallbacks[t]=pageCallbacks[t]||0;var
i=pageCallbacks[t]++,r=e+"_"+t+(o?"":i);return
callbacks[r]||(callbacks[r]=function(){timeouts[r]&&clearTimeout(timeouts[r]),n.apply(
this,arguments)}),times[r]=(new
Date).getTime(),a&&(clearTimeout(timeouts[r]),timeouts[r]=setTimeout(a,1e4)),
globalObjectString+"."+euc(r)}function getCallbackCallTime(e){return
times[e]}try{callbacks=eval(globalObjectString)}catch(e){throw new Error("Must pass a
string which will eval to a globally accessible object where callbacks will be
stored")}return{storeCallback:storeCallback,getCallbackCallTime:getCallbackCallTime}}
},function(e,t){e.exports=function(e){var
t="0123456789abcdefghijklmnopqrstuvwxyzABCDEFGHIJKLMNOPQRSTUVWXYZ-_";return
1!==e.length?NaN:t.indexOf(e)}},function(module,exports){module.exports=function
evl(src,scope){if(scope){var t=arguments;return eval("evl = "+src),evl}return
eval(src)}},function(e,t,n){"use strict";var
a=n(10).array;e.exports=function(e,t,n){if(a(e)){var
o=e.length;for(n=parseInt(n)||0,n=0>n?o+n:n,n=0>n?0:n;o>n;n++)if(e[n]===t)return
n;return-1}},function(e,t){e.exports=function(e){if(null==e||"object"!=typeof
e)return e;if(e instanceof Object){var t="";for(var n in
e)e.hasOwnProperty(n)&&(t+=(t.length>0?",":"")+e[n]);return t}return
null}},function(e,t,n){"use strict";var
a=n(2),o=n(106),i={smlshp:1,resh:1,cod:1,ctbx:1,cflwh:1,tst:1,jsc:1,jrcf:1,cvlbx:1,
flwc:1,cmtb:1,esb:1};e.exports=function(e,t){if(e.config&&e.config._default&&(!e.
subscription||"PRO"===e.subscription.edition)){var
r=n(33)(t),s=r.domain;if(!(s.indexOf("localhost")>-1||s.indexOf("127.0.0.1")>-1)){var
c=e.approved;o(c)||a(e.config._default.widgets||{},function(t){i[t]&&delete
```

```
144422  e.config.default.widgets[t])}}}},function(e,t){e.exports=function(e){return
        e.replace(/^[a-zA-Z]+:/,"")}},function(e,t){var
        n=Object.prototype.toString;e.exports=function(e){return
        n.call(e)}},function(e,t){"use strict";e.exports=function(e){return
        e?e.split("://").pop().split("/"):[]}},function(e,t){e.exports="sh.
        090e5b02dbad592a0a8236d4.html"}]));
144423  **************************************************
144424  The following data is from stlouischildrens_org_hema-source-20160625.txt
144425  **************************************************
144426  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
        "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
144427
144428  <html xmlns="http://www.w3.org/1999/xhtml"
        xmlns:og="http://opengraphprotocol.org/schema/" lang="en" xml:lang="en">
144429
144430
144431
144432  <head>
144433  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" /><script
        type="text/javascript">window.NREUM||(NREUM={}),__nr_require=function(e,n,t){function
        r(t){if(!n[t]){var o=n[t]={exports:{}};e[t][0].call(o.exports,function(n){var
        o=e[t][1][n];return r(o||n)},o,o.exports)}return n[t].exports}if("function"==typeof
        __nr_require)return __nr_require;for(var o=0;o<t.length;o++)r(t[o]);return
        r}({1:[function(e,n,t){function r(e,n){return function(){o(e,[(new
        Date).getTime()].concat(a(arguments)),null,n)}}var
        o=function("handle"),i=e(2),a=e(3);"undefined"==typeof window.newrelic&&(newrelic=NREUM);var
        c=["setPageViewName","setCustomAttribute","finished","addToTrace","inlineHit"],u=["
        addPageAction"],f="api-";i(c,function(e,n){newrelic[n]=r(f+n,"api")}),i(u,function(e,
        n){newrelic[n]=r(f+n)}),n.exports=newrelic,newrelic.noticeError=function(e){"string"=
        =typeof e&&(e=new Error(e)),o("err",[e,(new
        Date).getTime()])}},{}],2:[function(e,n,t){function r(e,n){var t=[],r="",i=0;for(r in
        e)o.call(e,r)&&(t[i]=n(r,e[r]),i+=1);return t}var
        o=Object.prototype.hasOwnProperty;n.exports=r},{}],3:[function(e,n,t){function
        r(e,n,t){n||(n=0),"undefined"==typeof t&&(t=e?e.length:0);for(var
        r=-1,o=t-n||0,i=Array(0>o?0:o);++r<o;)i[r]=e[n+r];return
        i}n.exports=r},{}],ee:[function(e,n,t){function r(){function o(e){function
        n(e){return e&&e instanceof r?e:e?c(e,a,i):i()}function t(t,r,o){e&&e(t,r,o);for(var
        i=n(o),a=l(t),c=a.length,u=0;c>u;u++)a[u].apply(i,r);var s=f[m[t]];return
        s&&s.push([w,t,r,i]),i}function p(e,n){g[e]=l(e).concat(n)}function l(e){return
        g[e]||[]}function d(e){return s[e]=s[e]||o(t)}function
        v(e,n){u(e,function(t){n=n||"feature",m[t]=n,n in f||(f[n]=[])})}var
        g={},m={},w={on:p,emit:t,get:d,listeners:l,context:n,buffer:v};return w}function
        i(){return new r}var
        a="nr@context",c=e("gos"),u=e(2),f={},s={},p=n.exports=o();p.backlog=f},{}],gos:[
        function(e,n,t){function r(e,n,t){if(o.call(e,n))return e[n];var
        r=t();if(Object.defineProperty&&Object.keys)try{return
        Object.defineProperty(e,n,{value:r,writable:!0,enumerable:!1}),r}catch(i){}return
        e[n]=r,r}var
        o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(e,n,t){function
        r(e,n,t,r){o.buffer([e],r),o.emit(e,n,t)}var
        o=e("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(e,n,t){function r(e){var
        n=typeof
        e;return!e||"object"!==n&&"function"!==n?-1:e===window?0:a(e,i,function(){return
        o++})}var o=1,i="nr@id",a=e("gos");n.exports=r},{}],loader:[function(e,n,t){function
        r(){if(!b++){var
        e=y.info=NREUM.info,n=s.getElementsByTagName("script")[0];if(e&&e.licenseKey&&e.
        applicationID&&n){u(m,function(n,t){e[n]||(e[n]=t)});var
        t="https"===g.split(":")[0]||e.sslForHttp;y.proto=t?"https://":"http://",c("mark",["
        onload",a()],null,"api");var
        r=s.createElement("script");r.src=y.proto+e.agent,n.parentNode.insertBefore(r,n)}}}
        function o(){"complete"===s.readyState&&i()}function
        i(){c("mark",["domContent",a()],null,"api")}function a(){return(new
        Date).getTime()}var
        c=e("handle"),u=e(2),f=window,s=f.document,p="addEventListener",l="attachEvent",d=f.
        XMLHttpRequest,v=d&&d.prototype;NREUM.o={ST:setTimeout,CT:clearTimeout,XHR:d,REQ:f.
        Request,EV:f.Event,PR:f.Promise,MO:f.MutationObserver},e(1);var
        g=""+location,m={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-
        agent.newrelic.com/nr-952.min.js"},w=d&&v&&v[p]&&!/CriOS/.test(navigator.userAgent),y
```

Page 4629

```
144433... =n.exports:(offset==r),origin,{features:{},xhrWrappable:w},s[p]?:(s[p]()
    ... DOMContentLoaded",i,!1),f[p]("load",r,!1)):(s[l]("onreadystatechange",o),f[l]("onload
    ... ",r)),c("mark",["firstbyte",a()],null,"api");var b=0},{}]},{},["loader"]);</script>
144434
144435    <title>Hematology/Oncology Services - Care for Children with Cancer and Blood
    ... Disorders | St. Louis Children&#039;s Hospital</title>
144436
144437    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
144438 <meta name="description" content="The pediatric hematology/oncology program at St.
    ... Louis Children's Hospital is the largest comprehensive program in Missouri for
    ... children with blood diseases and/or cancer. Learn more, call 314-454-6000." />
144439 <meta name="dcterms.description" content="(Dr Stephanie Perkins and patient) The
    ... pediatric hematology/oncology program at St. Louis Children's Hospital is the largest
    ... comprehensive program for children with blood diseases or cancer in the region. We
    ... provide state of the art care for children of all ages in an environment that is
    ... uniquely designed for the pediatric patient." />
144440 <meta name="keywords" content="pediatric blood diseases,pediatric cancer,pediatric
    ... blood transfusion,sickle cell disease child,children bleeding disorders,childhood
    ... cancer,childhood lymphoma,hematology oncology,child leukemia treatment,pediatric
    ... brain tumors,sickle cell anemia,children blood diseases,children oncology,bone marrow
    ... transplant children,pediatric bone marrow transplant" />
144441 <meta name="dcterms.date" content="2013-04-02T00:00:00Z" />
144442 <link rel="canonical"
    ... href="http://www.stlouischildrens.org/our-services/hematologyoncology-services" />
144443 <meta name="revisit-after" content="1 day" />
144444    <meta id="viewport" name="viewport">  <link type="text/css" rel="stylesheet"
    ... media="all"
    ... href="/sites/default/files/ctools/css/a0b2e794140719fcd0a171e2cb337d89.css?G" />
144445 <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/default/files/css/css_d259e930402b765a8d5c002be9ff5e0b.css" />
144446    <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/fusion/fusion_core/css/grid16-960.css?G" />
144447    <!--[if IE 8]>
144448
144449    <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/fusion/fusion_core/css/ie8-fixes.css?G" />
144450    <![endif]-->
144451
144452    <!--[if IE 7]>
144453
144454    <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/fusion/fusion_core/css/ie7-fixes.css?G" />
144455 <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/slch_theme/css/ie7-fixes.css?G" />
144456    <![endif]-->
144457
144458    <!--[if lte IE 6]>
144459
144460    <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/fusion/fusion_core/css/ie6-fixes.css?G"/>
144461 <link type="text/css" rel="stylesheet" media="all"
    ... href="/sites/all/themes/slch_theme/css/ie6-fixes.css?G"/>
144462    <![endif]-->
144463
144464    <script type="text/javascript"
    ... src="/sites/default/files/js/js_4e273d1bf39245a529f1b0812b7e0134.js"></script>
144465 <script type="text/javascript">
144466 <!--//--><![CDATA[//><!--
144467 jQuery.extend(Drupal.settings, { "basePath": "/", "lightbox2": { "rtl": "0",
    ... "file_path": "/(\\w\\w/)sites/default/files", "default_image":
    ... "/modules/acquia/lightbox2/images/brokenimage.jpg", "border_size": 10, "font_color":
    ... "000", "box_color": "fff", "top_position": "", "overlay_opacity": "0.8",
    ... "overlay_color": "000", "disable_close_click": 0, "resize_sequence": 0,
    ... "resize_speed": 400, "fade_in_speed": 400, "slide_down_speed": 600, "use_alt_layout":
    ... 1, "disable_resize": 1, "disable_zoom": 0, "force_show_nav": 0, "show_caption": 1,
    ... "loop_items": 0, "node_link_text": "View Image Details", "node_link_target": 0,
    ... "image_count": "Image !current of !total", "video_count": "Video !current of !total",
    ... "page_count": "Page !current of !total", "lite_press_x_close": "press \x3ca
```

144467...

... href="#" onclick="hideLightbox(); return
FALSE;\"\x3e\x3ckbd\x3ex\x3c/kbd\x3e\x3c/a\x3e to close", "download_link_text": "",
"enable_login": false, "enable_contact": false, "keys_close": "c x 27",
"keys_previous": "p 37", "keys_next": "n 39", "keys_zoom": "z", "keys_play_pause":
"32", "display_image_size": "original", "image_node_sizes": "()",
"trigger_lightbox_classes": "", "trigger_lightbox_group_classes": "",
"trigger_slideshow_classes": "", "trigger_lightframe_classes": "",
"trigger_lightframe_group_classes": "", "custom_class_handler": 0,
"custom_trigger_classes": "", "disable_for_gallery_lists": 1,
"disable_for_acidfree_gallery_lists": true, "enable_acidfree_videos": true,
"slideshow_interval": 5000, "slideshow_automatic_start": true,
"slideshow_automatic_exit": true, "show_play_pause": true, "pause_on_next_click":
false, "pause_on_previous_click": true, "loop_slides": false, "iframe_width": 660,
"iframe_height": 377, "iframe_border": 0, "enable_video": 0 }, "menuMinipanels": {
"panels": { "panel_21001": { "position": { "target": "false", "target_custom": "",
"type": "absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } },
"show": { "delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade",
"length": "250" } }, "hide": { "fixed": "false", "effect": { "type": "fade",
"length": "125" } }, "style": { "name": "dark", "width": { "min": "540", "max": "540"
}, "border": { "width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21001"
}, "panel_21002": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "250" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21002" },
"panel_21003": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21003" },
"panel_21011": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomLeft", "tooltip": "topLeft" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "540", "max": "540" }, "border": {
"width": "540", "color": "#ffffff", "radius": "0" } }, "mlid": "21011" },
"panel_21012": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "446", "max": "446" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21012" },
"panel_21013": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "dark", "width": { "min": "376", "max": "376" }, "border": {
"width": "1", "color": "#ffffff", "radius": "0" } }, "mlid": "21013" },
"panel_21014": { "position": { "target": "false", "target_custom": "", "type":
"absolute", "corner": { "target": "bottomRight", "tooltip": "topRight" } }, "show": {
"delay": "0", "when": { "event": "mouseover" }, "effect": { "type": "fade", "length":
"250" } }, "hide": { "fixed": "false", "effect": { "type": "fade", "length": "125" }
}, "style": { "name": "light", "width": { "min": "492", "max": "492" }, "border": {
"width": "0", "color": "#ffffff", "radius": "0" } }, "mlid": "21014" } } },
"googleAnalyticsETSettings": { "selectors": [ { "event": "mousedown", "selector":
".node-type-physician li.video-bio a", "category": "Physician Profile Tabs",
"action": "click", "label": "Video tab", "value": 0, "noninteraction": true }, {
"event": "mousedown", "selector": ".node-type-physician li.education-certs a",
"category": "Physician Profile Tabs", "action": "click", "label": "Education tab",
"value": 0, "noninteraction": true }, { "event": "mousedown", "selector":
".node-type-physician li.publications a", "category": "Physician Profile Tabs",
"action": "click", "label": "Publications tab", "value": 0, "noninteraction": true },
{ "event": "mousedown", "selector": ".node-type-physician li.insurance-info a",
"category": "Physician Profile Tabs", "action": "click", "label": "Insurance tab",
"value": 0, "noninteraction": true } ] }, "extlink": { "extTarget": "_blank",
"extClass": 0, "extSubdomains": 1, "extExclude": "", "extInclude": "",

```
144467    "extCssExclude": "", "extCssXpathFilter": "", "extAlert": 0, "extAlertText": "This link
      …   will take you to an external web site. We are not responsible for their content.",
      …   "mailtoClass": 0 }, "googleanalytics": { "trackOutbound": 1, "trackMailto": 1,
      …   "trackDownload": 1, "trackDownloadExtensions":
      …   "7z|aac|arc|arj|asf|asx|avi|bin|csv|doc(x|m)?|dot(x|m)?|exe|flv|gif|gz|gzip|hqx|jar|
      …   jpe?g|js|mp(2|3|4|e?g)|mov(ie)?|msi|msp|pdf|phps|png|ppt(x|m)?|pot(x|m)?|pps(x|m)?|
      …   ppam|sld(x|m)?|thmx|qtm?|ra(m|r)?|sea|sit|tar|tgz|torrent|txt|wav|wma|wmv|wpd|xls(x|m
      …   |b)?|xlt(x|m)|xlam|xml|z|zip" } });
144468    //--><!]]>
144469    </script>
144470    <script type="text/javascript">
144471    <!--//--><![CDATA[//><!--
144472    (function(i,s,o,g,r,a,m){i["GoogleAnalyticsObject"]=r;i[r]=i[r]||function(){(i[r].q=i
      …   [r].q||[]).push(arguments)},i[r].l=1*new
      …   Date();a=s.createElement(o),m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.
      …   parentNode.insertBefore(a,m)})(window,document,"script","//www.google-analytics.com/
      …   analytics.js","ga");ga("create", "UA-5276552-1", { "cookieDomain": "auto"
      …   });ga("send", "pageview");
144473    //--><!]]>
144474    </script>
144475      <script type="text/javascript"
          src="/sites/all/themes/fusion/fusion_core/js/listing.js"></script>
144476
144477      <script src="//use.typekit.net/pws3uwr.js"></script>
144478
144479      <script>try{Typekit.load();}catch(e){}</script>
144480
144481    </head>
144482
144483
144484
144485    <body id="pid-our-services-hematologyoncology-services" class="not-front
          not-logged-in page-node node-type-service no-sidebars i18n-en full-node panels
          layout-main sidebars-split font-size-12 grid-type-960 grid-width-16">
144486
144487      <div id="page" class="page">
144488
144489        <div id="page-inner" class="page-inner">
144490
144491          <div id="skip">
144492
144493            <a href="#main-content-area">Skip to Main Content Area</a>
144494
144495          </div>
144496
144497
144498
144499          <!-- header-top row: width = grid_width -->
144500
144501          <div id="header-top-wrapper" class="header-top-wrapper full-width">
144502    <div id="header-top" class="header-top row grid16-16">
144503    <div id="header-top-inner" class="header-top-inner inner clearfix">
144504
144505
144506    <div id="block-block-116" class="block block-block odd first last  grid16-16">
144507
144508      <div class="inner clearfix">
144509
144510                <div class="content clearfix">
144511
144512          <script>
144513    var versaTag = {};
144514    versaTag.id = "4713";
144515    versaTag.sync = 0;
144516    versaTag.dispType = "js";
144517    versaTag.ptcl = "HTTPS";
144518    versaTag.bsUrl = "bs.serving-sys.com/BurstingPipe";
144519    //VersaTag activity parameters include all conversion parameters including custom
```

```
144519… parameters and predefined parameters. Syntax: "ParamName1":"ParamValue1",
      … "ParamName2":"ParamValue2". ParamValue can be empty.
144520 versaTag.activityParams = {
144521 //Predefined parameters:
144522 "Session":""
144523 //Custom parameters:
144524 };
144525 //Static retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
      … "TagID2":"ParamValue2". ParamValue can be empty.
144526 versaTag.retargetParams = {};
144527 //Dynamic retargeting tags parameters. Syntax: "TagID1":"ParamValue1",
      … "TagID2":"ParamValue2". ParamValue can be empty.
144528 versaTag.dynamicRetargetParams = {};
144529 // Third party tags conditional parameters and mapping rule parameters. Syntax:
      … "CondParam1":"ParamValue1", "CondParam2":"ParamValue2". ParamValue can be empty.
144530 versaTag.conditionalParams = {};
144531 </script>
144532 <script id="ebOneTagUrlId"
      … src="https://secure-ds.serving-sys.com/SemiCachedScripts/ebOneTag.js"></script>
144533 <noscript>
144534 <iframe src="https://bs.serving-sys.com/BurstingPipe?
144535 cn=ot&amp;
144536 onetagid=4713&amp;
144537 ns=1&amp;
144538 activityValues=$$Session=[Session]$$&amp;
144539 retargetingValues=$$$$&amp;
144540 dynamicRetargetingValues=$$$$&amp;
144541 acp=$$$$&amp;"
144542 style="display:none;width:0px;height:0px"></iframe>
144543 </noscript>     </div>
144544
144545   </div><!-- /block-inner -->
144546
144547 </div><!-- /block -->
144548
144549 </div><!-- /header-top-inner -->
144550 </div><!-- /header-top -->
144551 </div><!-- /header-top-wrapper -->
144552
144553
144554     <!-- header-group row: width = grid_width -->
144555
144556     <div id="header-group-wrapper" class="header-group-wrapper full-width">
144557
144558       <div id="header-group" class="header-group row grid16-16">
144559
144560         <div id="header-group-inner" class="header-group-inner inner clearfix">
144561
144562
144563
144564
144565
144566
144567
144568 <div id="block-block-3" class="block block-block odd first grid16-8
      … full-header-logo-block">
144569
144570   <div class="inner clearfix">
144571
144572             <div class="content clearfix">
144573
144574     <div style="width: 475px;">
144575 <h2 class="text-hide">Children's Hospital • St. Louis | BJC HealthCare</h2>
144576 <br />
144577 <a href="http://www.stlouischildrens.org"><img
      … src="/sites/all/themes/slch_theme/img/logo_slch.png" alt="St. Louis Children's
      … Hospital Logo" class="logo" width="352" title="St. Louis Children's Hospital"></a><a
      … href="http://www.bjc.org/Default.aspx"><img
```

```
144577…  src="/sites/all/themes/slch_theme/img/logo_bjc.png" alt="BJC Health Care" title="BJC
…        Health Care" class="logo" width="115"></a>
144578   <br/>
144579   </div>      </div>
144580
144581      </div><!-- /block-inner -->
144582
144583   </div><!-- /block -->
144584
144585
144586
144587   <div id="block-block-36" class="block block-block even  header-mobile-block
…        for-mobile grid16-4">
144588
144589      <div class="inner clearfix">
144590
144591              <div class="content clearfix">
144592
144593          <div class="header-search">
144594   <form method="get" action="/search-results"> <input type="submit" /><input
…        type="text" name="srch" /> </form>
144595   </div>
144596   <div class="header-image-mobile"><a href="http://www.stlouischildrens.org/"><img
…        src="/sites/all/themes/slch_theme/img/logo_slch_smaller.png" alt="Mobile Header"
…        title="Mobile Header" /></a></div>
144597          </div>
144598
144599      </div><!-- /block-inner -->
144600
144601   </div><!-- /block -->
144602
144603
144604
144605   <div id="block-menu-primary-links" class="block block-menu odd  grid16-8 fusion-right
…        fusion-right-content fusion-inline-menu not-for-mobile">
144606
144607      <div class="inner clearfix">
144608
144609              <div class="content clearfix">
144610
144611          <ul class="menu"><li class="leaf first"><a
…        href="http://www.stlouischildrens.org/es/en-espanol" title="">En Español</a></li>
144612   <li class="leaf"><a href="http://www.stlouischildrens.org/form/about-us/contact-us"
…        title="">Contact Us</a></li>
144613   <li class="leaf"><a href="/get-directions" title="">Get Directions</a></li>
144614   <li class="leaf"><a href="/employment" title="">Employment</a></li>
144615   <li class="leaf last"><a
…        href="http://www.stlouischildrens.org/patients-families/myHealthFolders"
…        title="">myHealthFolders</a></li>
144616   </ul>      </div>
144617
144618      </div><!-- /block-inner -->
144619
144620   </div><!-- /block -->
144621
144622
144623
144624   <div id="block-block-10" class="block block-block even  last grid16-8 fusion-right
…        fusion-right-content header-search full-header-search-block">
144625
144626      <div class="inner clearfix">
144627
144628              <div class="content clearfix">
144629
144630          <form action="/search-results" method="get">
144631
144632        <input name="srch" type="text" />
144633
```

```
144634            <input type="submit" />
144635
144636  </form>      </div>
144637
144638    </div><!-- /block-inner -->
144639
144640  </div><!-- /block -->
144641
144642                        </div><!-- /header-group-inner -->
144643
144644          </div><!-- /header-group -->
144645
144646        </div><!-- /header-group-wrapper -->
144647
144648
144649
144650        <!-- preface-top row: width = grid_width -->
144651
144652        <div id="preface-top-wrapper" class="preface-top-wrapper full-width">
144653  <div id="preface-top" class="preface-top row grid16-16">
144654  <div id="preface-top-inner" class="preface-top-inner inner clearfix">
144655
144656
144657  <div id="block-menu-menu-top-nav-bar" class="block block-menu odd first last top-nav
    …  not-for-mobile grid16-16">
144658
144659    <div class="inner clearfix">
144660
144661              <div class="content clearfix">
144662
144663        <ul class="menu"><li class="leaf first"><a
    …  href="http://www.stlouischildrens.org/our-services" title="" class="menu-minipanel
    …  menu-minipanel-21001">Our Services</a></li>
144664  <li class="leaf"><a href="http://www.stlouischildrens.org/diseases-conditions"
    …  title="" class="menu-minipanel menu-minipanel-21002">Diseases &amp;
    …  Conditions</a></li>
144665  <li class="leaf"><a href="http://www.stlouischildrens.org/patients-families" title=""
    …  class="menu-minipanel menu-minipanel-21003">Patients &amp; Families</a></li>
144666  <li class="leaf"><a href="http://www.stlouischildrens.org/health-resources" title=""
    …  class="menu-minipanel menu-minipanel-21011">Health Resources</a></li>
144667  <li class="leaf"><a href="http://www.stlouischildrens.org/health-care-professionals"
    …  title="" class="menu-minipanel menu-minipanel-21012">For Health Care
    …  Professionals</a></li>
144668  <li class="leaf"><a href="http://www.stlouischildrens.org/ways-give" title=""
    …  class="menu-minipanel menu-minipanel-21013">Ways to Give</a></li>
144669  <li class="leaf last"><a href="http://www.stlouischildrens.org/about-us" title=""
    …  class="menu-minipanel menu-minipanel-21014">About Us</a></li>
144670  </ul>      </div>
144671
144672    </div><!-- /block-inner -->
144673
144674  </div><!-- /block -->
144675
144676  </div><!-- /preface-top-inner -->
144677  </div><!-- /preface-top -->
144678  </div><!-- /preface-top-wrapper -->
144679
144680
144681        <!-- main row: width = grid_width -->
144682
144683        <div id="main-wrapper" class="main-wrapper full-width">
144684
144685        <div id="main" class="main row grid16-16">
144686
144687          <div id="main-inner" class="main-inner inner clearfix">
144688
144689
144690
```

```
144691            <!-- main group: width = grid_width - sidebar_first_width -->
144692
144693                 <div id="main-group" class="main-group row nested grid16-16">
144694
144695                    <div id="main-group-inner" class="main-group-inner inner">
144696
144697                       <div id="preface-bottom" class="preface-bottom row nested ">
144698   <div id="preface-bottom-inner" class="preface-bottom-inner inner clearfix">
144699
144700
144701   <div id="block-block-41" class="block block-block odd first for-mobile grid16-8">
144702
144703      <div class="inner clearfix">
144704
144705               <div class="content clearfix">
144706
144707          <div class="nav-contain">
144708      <form id="i-want-to">
144709        <select name="i-want-to" class="mobile-nav-select">
144710          <option selected="selected" value="">Main Menu</option>
144711          <optgroup label="I Want to...">
144712   <option value="http://www.stlouischildrens.org/form/about-us/contact-us">Contact the
     …  Hospital</option><option
     …  value="http://www.stlouischildrens.org/our-services/physicians">Find a
     …  Physician</option><option
     …  value="https://www.stlouischildrens.org/form/request-appointment">Request an
     …  Appointment</option><option
     …  value="http://www.stlouischildrens.org/our-services/locations">Find
     …  Locations</option><option
     …  value="http://www.stlouischildrens.org/employment/search-jobsapply-online">Find a
     …  Job</option><option value="http://www.stlouischildrens.org/pay-my-bill">Pay My
     …  Bill</option><option
     …  value="https://giving.stlouischildrens.org/ways-give/giving-opportunities/donate-
     …  online">Donate Online</option><option
     …  value="http://www.stlouischildrens.org/classes-events">View Calendar of
     …  Events</option><option
     …  value="http://www.stlouischildrens.org/about-us/quality-reports">View Quality
     …  Reports</option>         </optgroup>
144713          <optgroup label="More Links">
144714   <option value="http://www.stlouischildrens.org/our-services">Our
     …  Services</option><option
     …  value="http://www.stlouischildrens.org/diseases-conditions">Diseases &
     …  Conditions</option><option
     …  value="http://www.stlouischildrens.org/patients-families">Patients &
     …  Families</option><option
     …  value="http://www.stlouischildrens.org/health-resources">Health
     …  Resources</option><option
     …  value="http://www.stlouischildrens.org/health-care-professionals">For Health Care
     …  Professionals</option><option value="http://www.stlouischildrens.org/ways-give">Ways
     …  to Give</option><option value="http://www.stlouischildrens.org/about-us">About
     …  Us</option><option
     …  value="http://www.stlouischildrens.org/employment">Employment</option><option
     …  value="http://www.stlouischildrens.org/media-center">Media Center</option>
     …  </optgroup>
144715        </select>
144716      </form>
144717   </div>    </div>
144718
144719    </div><!-- /block-inner -->
144720
144721   </div><!-- /block -->
144722
144723
144724
144725   <div id="block-block-131" class="block block-block even  last for-mobile grid16-8">
144726
144727      <div class="inner clearfix">
144728
```

```
144729                    <div class="content clearfix" >
144730
144731        <div class="make-appt-get-dir"><a
      href="http://www.stlouischildrens.org/request-appointment"
      onclick="ga('send','event','Request an Appt','click',window.location.href);"
      id="button-appointment">Request Appointment</a></div>
144732        </div>
144733
144734    </div><!-- /block-inner -->
144735
144736 </div><!-- /block -->
144737
144738 </div><!-- /preface-bottom-inner -->
144739 </div><!-- /preface-bottom -->
144740
144741
144742                <div id="main-content" class="main-content row nested">
144743
144744            <div id="main-content-inner" class="main-content-inner inner">
144745
144746              <!-- content group: width = grid_width - (sidebar_first_width +
      sidebar_last_width) -->
144747
144748              <div id="content-group" class="content-group row nested
      grid16-16">
144749
144750                  <div id="content-group-inner" class="content-group-inner
      inner">
144751
144752
144753
144754
144755
144756                  <div id="content-region" class="content-region row nested">
144757
144758                    <div id="content-region-inner" class="content-region-inner
      inner">
144759
144760                        <a name="main-content-area" id="main-content-area"></a>
144761
144762                                        <div id="content-inner"
      class="content-inner block">
144763
144764                          <div id="content-inner-inner"
      class="content-inner-inner inner">
144765
144766
144767
144768                          <div class="panel-flexible
      panels-flexible-three_col_4_8_4_fluid clear-block" >
144769 <div class="panel-flexible-inside panels-flexible-three_col_4_8_4_fluid-inside">
144770 <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-main-row
      panels-flexible-row-first clear-block layout-banner-row">
144771   <div class="inside panels-flexible-row-inside
      panels-flexible-row-three_col_4_8_4_fluid-main-row-inside
      panels-flexible-row-inside-first clear-block">
144772 <div class="panels-flexible-region
      panels-flexible-region-three_col_4_8_4_fluid-banner panels-flexible-region-first
      panels-flexible-region-last three-col-banner-region">
144773   <div class="inside panels-flexible-region-inside
      panels-flexible-region-three_col_4_8_4_fluid-banner-inside
      panels-flexible-region-inside-first panels-flexible-region-inside-last">
144774
144775
144776 <div class="panel-pane pane-panels-mini pane-banner" >
144777
144778
```

```
144779
144780       <div class="pane-content">
144781         <div class="panel-display panel-1col clear-block" id="mini-panel-banner">
144782       <div class="panel-panel panel-col">
144783         <div>
144784
144785  <div class="panel-pane pane-custom pane-9 banner" >
144786
144787
144788
144789     <div class="pane-content">
144790
144791     <div class="banner-our-services banner-background">
144792     <h1 class="banner-title"><a
…       href="/our-services/hematologyoncology-services">Hematology/Oncology
        Services</a></h1>
144793         </div>
144794       </div>
144795
144796
144797       </div>
144798  </div>
144799       </div>
144800  </div>
144801       </div>
144802
144803
144804       </div>
144805       </div>
144806  </div>
144807       </div>
144808  </div>
144809  <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-1
…       clear-block layout-breadcrumb-pagetools-row not-for-mobile">
144810       <div class="inside panels-flexible-row-inside
…       panels-flexible-row-three_col_4_8_4_fluid-1-inside clear-block">
144811  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-2
…       panels-flexible-column-first layout-breadcrumb-column">
144812       <div class="inside panels-flexible-column-inside
…       panels-flexible-column-three_col_4_8_4_fluid-2-inside
…       panels-flexible-column-inside-first">
144813  <div class="panels-flexible-region
…       panels-flexible-region-three_col_4_8_4_fluid-breadcrumb panels-flexible-region-first
…       panels-flexible-region-last ">
144814       <div class="inside panels-flexible-region-inside
…       panels-flexible-region-three_col_4_8_4_fluid-breadcrumb-inside
…       panels-flexible-region-inside-first panels-flexible-region-inside-last">
144815
144816
144817  <div class="panel-pane pane-page-breadcrumb" >
144818
144819
144820
144821     <div class="pane-content">
144822         <div class="breadcrumb"><a href="/">Home</a> » <a href="/our-services"
…       title="">Our Services</a> » Hematology/Oncology Services</div>   </div>
144823
144824
144825     </div>
144826       </div>
144827  </div>
144828       </div>
144829  </div>
144830  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-3
…       panels-flexible-column-last layout-pagetools-column">
144831       <div class="inside panels-flexible-column-inside
…       panels-flexible-column-three_col_4_8_4_fluid-3-inside
…       panels-flexible-column-inside-last">
```

```
144832  <div class="panels-flexible-region
        panels-flexible-region-three_col_4_8_4_fluid-page_tools panels-flexible-region-first
        panels-flexible-region-last ">
144833    <div class="inside panels-flexible-region-inside
        panels-flexible-region-three_col_4_8_4_fluid-page_tools-inside
        panels-flexible-region-inside-first panels-flexible-region-inside-last">
144834
144835
144836  <div class="panel-pane pane-custom pane-18" >
144837
144838
144839
144840    <div class="pane-content">
144841      <!-- AddThis Button BEGIN
144842  <div class="addthis_toolbox addthis_default_style">
144843  <a class="addthis_counter addthis_pill_style"></a>
144844  <a class="addthis_button_pinterest_pinit"></a>
144845  <a class="addthis_button_tweet"></a>
144846  <a class="addthis_button_facebook_like"></a>
144847  <a class="addthis_button_google_plusone" g:plusone:size="medium"></a>
144848  </div> -->
144849
144850  <script type="text/javascript">// <![CDATA[
144851  var addthis_config = {
144852      "data_track_clickback": true,
144853           services_compact: 'facebook, email, delicious, digg, netvibes, ping.fm,
        readitlater, stumbleupon, favorites',
144854           services_exclude: 'print, twitter'
144855  };
144856  // ]]></script>
144857  <script src="http://s7.addthis.com/js/250/addthis_widget.js#pubid=stlchildrens"
144858  type="text/javascript"></script>
144859
144860  <!-- AddThis Button END -->
144861
144862  <a class="print-this-page" onclick="buildprint();" href="#">Print This Page</a>
        </div>
144863
144864
144865    </div>
144866    </div>
144867  </div>
144868    </div>
144869  </div>
144870    </div>
144871  </div>
144872  <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-6
        clear-block layout-three-col-content-row">
144873    <div class="inside panels-flexible-row-inside
        panels-flexible-row-three_col_4_8_4_fluid-6-inside clear-block">
144874  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-7
        panels-flexible-column-first layout-three-col-left-column col-225 not-for-mobile">
144875    <div class="inside panels-flexible-column-inside
        panels-flexible-column-three_col_4_8_4_fluid-7-inside
        panels-flexible-column-inside-first">
144876  <div class="panels-flexible-region panels-flexible-region-three_col_4_8_4_fluid-left
        panels-flexible-region-first panels-flexible-region-last ">
144877    <div class="inside panels-flexible-region-inside
        panels-flexible-region-three_col_4_8_4_fluid-left-inside
        panels-flexible-region-inside-first panels-flexible-region-inside-last">
144878
144879
144880  <div class="panel-pane pane-custom pane-10" >
144881
144882
144883
144884    <div class="pane-content">
144885      <div class="make-appt-get-dir">
```

```
144886
144887  <a href="https://www.stlouischildrens.org/form/request-appointment"
    …  id="button-appointment" onClick="ga('send','event','Request an
       Appt','click',window.location.href);">Request Appointment</a>
144888
144889  <!--<a href="/get-directions" id="button-directions">Get Directions</a>-->
144890
144891  </div>  </div>
144892
144893
144894    </div>
144895  <div class="panel-region-separator"></div>
144896
144897  <div class="panel-pane pane-panels-mini pane-left-nav-panl left-nav" >
144898
144899
144900
144901    <div class="pane-content">
144902      <div class="panel-display panel-1col clear-block" id="mini-panel-left_nav_panl">
144903    <div class="panel-panel panel-col">
144904      <div>
144905
144906  <div class="panel-pane pane-custom pane-11 not-for-mobile" >
144907
144908
144909
144910    <div class="pane-content">
144911      <div class="left-nav-top"> </div>
144912     </div>
144913
144914
144915    </div>
144916  <div class="panel-region-separator"></div>
144917
144918  <div class="panel-pane pane-custom pane-12 left-nav-body left-nav-title" >
144919
144920
144921
144922    <div class="pane-content">
144923      <h3>Hematology/Oncology Services</h3>
144924    </div>
144925
144926
144927    </div>
144928  <div class="panel-region-separator"></div>
144929
144930  <div class="panel-pane pane-block pane-menu-block-2 left-nav-body" >
144931
144932
144933
144934    <div class="pane-content">
144935      <div class="menu-block-2 menu-name-menu-our-services parent-mlid-0 menu-level-3">
144936    <ul class="menu"><li class="leaf first menu-mlid-14070"><a
    …  href="/our-services/hematologyoncology-services/conditions-we-treat"
    …  title="">Conditions We Treat</a></li>
144937  <li class="leaf menu-mlid-10473"><a
    …  href="/our-services/hematologyoncology-services/meet-the-team" title="">Meet the
    …  Team</a></li>
144938  <li class="leaf menu-mlid-14746"><a
    …  href="/our-services/hematologyoncology-services/meet-our-patients" title="">Meet Our
    …  Patients</a></li>
144939  <li class="leaf menu-mlid-14643"><a
    …  href="/our-services/hematologyoncology-services/in-the-news" title="">In The
    …  News</a></li>
144940  <li class="leaf menu-mlid-18363"><a
    …  href="http://www.stlouischildrens.org/media-center/video-library#Cancer" title="">Our
    …  Videos</a></li>
144941  <li class="leaf menu-mlid-43831"><a
```

Page 4640

```
144941…  href="/our-services/hematologyoncology-services/video-journey-hope" title="">Video: A
      …  Journey of Hope</a></li>
144942  <li class="collapsed menu-mlid-10474"><a
      …  href="/our-services/hematologyoncology-services/programs" title="">Programs</a></li>
144943  <li class="leaf menu-mlid-44936"><a
      …  href="/our-services/hematologyoncology-services/proton-beam-therapy" title="">Proton
      …  Beam Therapy</a></li>
144944  <li class="leaf menu-mlid-10475"><a
      …  href="/our-services/hematologyoncology-services/protocols"
      …  title="">Protocols</a></li>
144945  <li class="leaf last menu-mlid-62171"><a
      …  href="/our-services/hematologyoncology-services/locations"
      …  title="">Locations</a></li>
144946  </ul></div>
144947    </div>
144948
144949
144950    </div>
144951  <div class="panel-region-separator"></div>
144952
144953  <div class="panel-pane pane-custom pane-13 not-for-mobile" >
144954
144955
144956
144957    <div class="pane-content">
144958      <div class="left-nav-bttm"> </div>
144959    </div>
144960
144961
144962    </div>
144963  </div>
144964    </div>
144965  </div>
144966    </div>
144967
144968
144969    </div>
144970    </div>
144971  </div>
144972    </div>
144973  </div>
144974  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-8
      …  layout-three-col-middle-column">
144975    <div class="inside panels-flexible-column-inside
      …  panels-flexible-column-three_col_4_8_4_fluid-8-inside">
144976    <div class="panels-flexible-region
      …  panels-flexible-region-three_col_4_8_4_fluid-middle panels-flexible-region-first
      …  panels-flexible-region-last ">
144977    <div class="inside panels-flexible-region-inside
      …  panels-flexible-region-three_col_4_8_4_fluid-middle-inside
      …  panels-flexible-region-inside-first panels-flexible-region-inside-last">
144978
144979
144980  <div class="panel-pane pane-panels-mini pane-page-contact" >
144981
144982
144983
144984    <div class="pane-content">
144985      <div class="panel-display panel-1col clear-block" id="mini-panel-page_contact">
144986    <div class="panel-panel panel-col">
144987      <div>
144988
144989  <div class="panel-pane pane-custom pane-14" >
144990
144991
144992
144993    <div class="pane-content">
144994        <p><strong>For appointments call 314.454.KIDS (5437) or 800.678.KIDS
```

```
144994…   (54)?^</strong><br /><a
          href="http://www.stlouischildrens.org/form/request-appointment">Email Us</a></p>
144995       </div>
144996
144997
144998     </div>
144999  </div>
145000     </div>
145001  </div>
145002     </div>
145003
145004
145005     </div>
145006  <div class="panel-region-separator"></div>
145007
145008  <div class="panel-pane pane-node-body body-content print_area" >
145009
145010
145011
145012    <div class="pane-content">
145013        <p><img
   …  src="/sites/default/files/services/hematology/images/Dr%20Perkins%20and%20patient.jpg
   …  " alt="Dr Stephanie Perkins and patient" title="Dr. Stephanie Perkins and patient"
   …  width="250" height="193" style="float: left; margin: 5px;" />The  pediatric
   …  hematology/oncology program at St. Louis Children's Hospital  is the largest
   …  comprehensive program for children with blood diseases or  cancer in the region. We
   …  provide state of the art care for children of  all ages in an environment that is
   …  uniquely designed for the pediatric  patient. The expertise of the physicians of the
   …  <a href="http://pediatrics.wustl.edu/hemonc/Home.aspx" target="_blank">Washington
   …  University School of Medicine</a> combined with our comprehensive support services of
   …  our program results  in an experience that will convey comfort and satisfaction for
   …  our  families.</p>
145014  <p>Our  program consolidates our services to one area of the hospital to provide
   …  easy accessibility for patients and families. The Hale Irwin Center for
   …  Pediatric Hematology/Oncology at St. Louis Children's Hospital offers a  comfortable,
   …  non-threatening space for children and their families to  receive specialized care
   …  from a team of dedicated experts in  treating hematologic (blood) and
   …  oncologic (cancer) disorders. The  center offers:</p>
145015  <ul>
145016  <li>Inpatient and outpatient services in the same area to provide seamless care </li>
145017  <li>Rooms dedicated to bone marrow and immune deficiency inpatients </li>
145018  <li>An expanded number of treatment and consultation rooms in the  outpatient clinic
   …  to minimize waiting times for patients and their  families </li>
145019  <li>Separate infusion areas for young children and teens for added privacy </li>
145020  <li>A large play space </li>
145021  <li>Windows overlooking beautiful Forest Park </li>
145022  </ul>
145023  <table style="width: 250px;" align="right" border="0">
145024  <tbody>
145025  <tr>
145026  <td style="text-align: center;"><script type='text/javascript'
   …  src='//content.bitsontherun.com/players/3OqdlRgf-dlSRAxDW.js?exp=1469568359&sig=
   …  5143267195e4094854a25765be890d82'></script></td>
145027  </tr>
145028  <tr>
145029  <td style="text-align: center;"><em>We're Here to Help: Meet the Cancer Care
   …  Team</em></td>
145030  </tr>
145031  </tbody>
145032  </table>
145033  <p><strong>Typical procedures</strong></p>
145034  <ul>
145035  <li>Bone marrow aspiration and biopsy </li>
145036  <li>Central line placement </li>
145037  <li>Lumbar puncture (spinal tap) </li>
145038  <li><a
   …  href="http://healthlibrary.stlouischildrens.org/90,S,P02720">Chemotherapy</a></li>
145039  </ul>
```

```
145040  <p><strong>Specialized procedures</strong></p>
145041  <ul>
145042  <li>Bone marrow harvest </li>
145043  <li><a href="/our-services/bone-marrow-transplant-program">Bone marrow
    …   transplantation</a></li>
145044  <li>Chronic transfusion therapy </li>
145045  <li>Pheresis </li>
145046  <li>Stem cell transplant </li>
145047  <li>Limb salvage (an orthopedic procedure)<strong> </strong></li>
145048  </ul>
145049  <p><strong>Specialty services</strong></p>
145050  <table style="margin: 5px; width: 125px; border-collapse: collapse; text-align:
    …   center;" align="right">
145051  <tbody>
145052  <tr>
145053  <td><a href="/health-resources/healthinfo/medical-animations?id=0256"
    …   target="_blank"><img
    …   src="/sites/default/files/services/hematology/images/medical_animation_osteosarcoma.
    …   jpg" alt="Medical Animation - Osteosarcoma" width="125" height="101" style="border:
    …   0pt none;" /></a></td>
145054  </tr>
145055  <tr>
145056  <td>
145057  <p><strong><a href="/health-resources/healthinfo/medical-animations?id=0256"
    …   target="_blank">Osteosarcoma</a></strong></p>
145058  </td>
145059  </tr>
145060  </tbody>
145061  </table>
145062  <ul>
145063  <li><a href="/diseases-conditions/anemia"><strong>Anemia</strong></a> -- The service
    …   aids in the diagnosis and management of anemia, offering  consultation on the
    …   management of patients with congenital anemias,  including <a
    …   href="/our-services/sickle-cell-disease-program">sickle cell disease</a>,  hereditary
    …   spherocytosis, and <a
    …   href="/diseases-conditions/diamond-blackfan-anemia">Diamond-Blackfan anemia</a>. The
    …   division is  also a leading NIH-funded center for clinical trials on the natural
    …   history and management of pediatric sickle cell disease, including novel  therapies
    …   such as hydroxyurea and Flocor. Chronic transfusion therapy  is provided to select
    …   patients.
145064  </li>
145065  <li><strong><a
    …   href="http://www.stlouischildrens.org/diseases-conditions/neutropenia">Neutropenia</a
    …   ></strong> -- Evaluation and assistance in  the management of congenital and acquired
    …   causes of neutropenia,  including benign neutropenia of childhood, congenital
    …   agranulocytosis,  and drug-induced neutropenia.
145066  </li>
145067  <li><strong>Thrombocytopenia</strong> -- Evaluation and management of patients with
    …   ITP and other causes of thrombocytopenia.
145068  </li>
145069  <li><strong>Coagulation</strong> -- Diagnosis and aid in the care  of patients with
    …   bleeding disorders, such as hemophilia and <a
    …   href="/diseases-conditions/von-willebrands-disease">von  Willebrand's disease</a>.
    …   Specialized evaluations of individuals  predisposed to thrombosis. </li>
145070  </ul>
145071  <table style="margin: 5px; width: 125px; border-collapse: collapse; text-align:
    …   center;" align="right">
145072  <tbody>
145073  <tr>
145074  <td><a href="/health-resources/healthinfo/medical-animations?id=0257"
    …   target="_blank"><img
    …   src="/sites/default/files/services/hematology/images/medical_animation_nonh_lymphoma.
    …   jpg" alt="Medical Animation - Non-Hodgkin's Lymphoma" width="125" height="101"
    …   style="margin-left: 0px; margin-right: 0px; border: 0pt none;" /></a></td>
145075  </tr>
145076  <tr>
145077  <td>
145078  <p><strong><a href="/health-resources/healthinfo/medical-animations?id=0257"
```

```
145078…  target="_blank">Non-Hodgkin's Lymphoma</a></strong></p>
145079  </td>
145080  </tr>
145081  </tbody>
145082  </table>
145083  <ul>
145084  <li><strong> Leukemia and lymphoma</strong> -- Diagnosis and management of patients
    …  with acute and chronic <a
    …  href="http://www.stlouischildrens.org/diseases-conditions/leukemia">leukemia</a>, <a
    …  href="/diseases-conditions/hodgkin-lymphoma">Hodgkin's disease</a>, and <a
    …  href="/diseases-conditions/non-hodgkins-lymphoma">non-Hodgkin's lymphoma</a>. Staff
    …  members are active participants in Children's Oncology Group (COG) protocols for
    …  treatment of these malignancies.
145085  </li>
145086  <li><strong><a href="/our-services/brain-tumor-neuro-oncology-program">Brain
    …  tumors</a></strong>-- Diagnosis and management of all benign and malignant tumors in
    …  both the <a href="http://healthlibrary.stlouischildrens.org/90,S,P02745">brain</a><a
    …  href="http://www.stlouischildrens.org/diseases-conditions/brain-tumors"> </a>and
    …  spinal cord.
145087  </li>
145088  <li><strong> <a href="/health-resources/healthinfo/medical-animations?id=0256"
    …  target="_blank">Solid Tumors</a></strong> -- Diagnosis and management of benign and
    …  malignant solid tumors of all parts of the body including <a
    …  href="/diseases-conditions/wilms-tumor">Wilms tumor</a>, <a
    …  href="/diseases-conditions/rhabdomyosarcoma">rhabdomyosarcoma</a>, <a
    …  href="/diseases-conditions/neuroblastoma">neuroblastoma</a>, <a
    …  href="/diseases-conditions/osteosarcoma">osteosarcoma</a> and <a
    …  href="/diseases-conditions/ewing-sarcoma">Ewings Sarcoma</a>.
145089  </li>
145090  <li><strong><a href="/our-services/sickle-cell-disease-program">Sickle Cell
    …  Disease</a></strong> -- Providing comprehensive care for patients with all forms of
    …  Sickle cell anemia.</li>
145091  </ul>
145092      </div>
145093
145094
145095    </div>
145096  <div class="panel-region-separator"></div>
145097
145098  <div class="panel-pane pane-panels-mini pane-left-nav-panl for-mobile
    …  mobile-landing-menu" >
145099
145100
145101
145102    <div class="pane-content">
145103      <div class="panel-display panel-1col clear-block"
    …  id="mini-panel-left_nav_panl-1">
145104    <div class="panel-panel panel-col">
145105      <div>
145106
145107  <div class="panel-pane pane-custom pane-15 not-for-mobile" >
145108
145109
145110
145111    <div class="pane-content">
145112      <div class="left-nav-top"> </div>
145113     </div>
145114
145115
145116    </div>
145117  <div class="panel-region-separator"></div>
145118
145119  <div class="panel-pane pane-custom pane-16 left-nav-body left-nav-title" >
145120
145121
145122
145123    <div class="pane-content">
145124      <h3>Hematology/Oncology Services</h3>
```

```
145125      </div>
145126
145127
145128      </div>
145129  <div class="panel-region-separator"></div>
145130
145131  <div class="panel-pane pane-block pane-menu-block-2 left-nav-body" >
145132
145133
145134
145135    <div class="pane-content">
145136      <div class="menu-block-2 menu-name-menu-our-services parent-mlid-0 menu-level-3">
145137    <ul class="menu"><li class="leaf first menu-mlid-14070"><a
…   href="/our-services/hematologyoncology-services/conditions-we-treat"
…   title="">Conditions We Treat</a></li>
145138  <li class="leaf menu-mlid-10473"><a
…   href="/our-services/hematologyoncology-services/meet-the-team" title="">Meet the
…   Team</a></li>
145139  <li class="leaf menu-mlid-14746"><a
…   href="/our-services/hematologyoncology-services/meet-our-patients" title="">Meet Our
…   Patients</a></li>
145140  <li class="leaf menu-mlid-14643"><a
…   href="/our-services/hematologyoncology-services/in-the-news" title="">In The
…   News</a></li>
145141  <li class="leaf menu-mlid-18363"><a
…   href="http://www.stlouischildrens.org/media-center/video-library#Cancer" title="">Our
…   Videos</a></li>
145142  <li class="leaf menu-mlid-43831"><a
…   href="/our-services/hematologyoncology-services/video-journey-hope" title="">Video: A
…   Journey of Hope</a></li>
145143  <li class="collapsed menu-mlid-10474"><a
…   href="/our-services/hematologyoncology-services/programs" title="">Programs</a></li>
145144  <li class="leaf menu-mlid-44936"><a
…   href="/our-services/hematologyoncology-services/proton-beam-therapy" title="">Proton
…   Beam Therapy</a></li>
145145  <li class="leaf menu-mlid-10475"><a
…   href="/our-services/hematologyoncology-services/protocols"
…   title="">Protocols</a></li>
145146  <li class="leaf last menu-mlid-62171"><a
…   href="/our-services/hematologyoncology-services/locations"
…   title="">Locations</a></li>
145147  </ul></div>
145148      </div>
145149
145150
145151      </div>
145152  <div class="panel-region-separator"></div>
145153
145154  <div class="panel-pane pane-custom pane-17 not-for-mobile" >
145155
145156
145157
145158    <div class="pane-content">
145159      <div class="left-nav-bttm"> </div>
145160    </div>
145161
145162
145163      </div>
145164  </div>
145165      </div>
145166  </div>
145167      </div>
145168
145169
145170      </div>
145171      </div>
145172  </div>
145173      </div>
```

```
145174  </div>
145175  <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-9
    …   panels-flexible-column-last layout-three-col-right-column col-225 not-for-mobile">
145176    <div class="inside panels-flexible-column-inside
    …   panels-flexible-column-three_col_4_8_4_fluid-9-inside
    …   panels-flexible-column-inside-last">
145177  <div class="panels-flexible-region panels-flexible-region-three_col_4_8_4_fluid-right
    …   panels-flexible-region-first panels-flexible-region-last ">
145178    <div class="inside panels-flexible-region-inside
    …   panels-flexible-region-three_col_4_8_4_fluid-right-inside
    …   panels-flexible-region-inside-first panels-flexible-region-inside-last">
145179
145180
145181  <div class="panel-pane pane-panels-mini pane-widget" >
145182
145183
145184
145185    <div class="pane-content">
145186      <div class="panel-display panel-1col clear-block" id="mini-panel-widget">
145187    <div class="panel-panel panel-col">
145188      <div>
145189
145190  <div class="panel-pane pane-custom pane-19 break" >
145191
145192
145193
145194    <div class="pane-content">
145195      <div>
145196  <div class="view view-widget view-id-widget view-display-id-ctools_context_2
    …   view-dom-id-4">
145197
145198
145199
145200      <div class="view-content">
145201        <div class="views-row views-row-1 views-row-odd views-row-first
    …   views-row-last">
145202
145203      <div class="single-widget-box break">
145204
145205
145206      <p style="text-align: center;"><img
    …   src="/sites/default/files/media_center/images/best-childrens-hospitals-cancer1617.png
    …   " alt="US News Honor Roll" title="US News Best Children's Hospital 2016-17 - Cancer"
    …   width="120" height="136" style="display: block; margin-left: auto; margin-right:
    …   auto;" />Our cancer care is ranked by U.S. News.  <a
    …   href="http://health.usnews.com/best-hospitals/pediatric-rankings"
    …   target="_blank">Read more</a></p>
145207        </div>
145208
145209    </div>
145210      </div>
145211
145212
145213
145214
145215
145216
145217  </div> </div>
145218
145219    </div>
145220
145221
145222    </div>
145223  <div class="panel-region-separator"></div>
145224
145225  <div class="panel-pane pane-custom pane-20 widget-box break" >
145226
145227
```

```
145228
145229      <div class="pane-content">
145230        <div class="right-callout-top"></div>
145231    <div class="right-callout-mid">
145232    <h2>Patient Story</h2>
145233    <div class="view view-widget view-id-widget view-display-id-panel_pane_6
…         view-dom-id-5">
145234
145235
145236
145237          <div class="view-content">
145238            <div class="first last odd">
145239
145240          <div>
145241
145242
145243          <a
…         href="/about-us/meet-our-patients/charlies-story-st-louis-childrens-hospitals-first-
…         proton-therapy-patient" class="imagecache imagecache-patient_story_thumb
…         imagecache-linked imagecache-patient_story_thumb_linked"><img
…         src="/sites/default/files/imagecache/patient_story_thumb/patient-story/proton.jpg"
…         alt="" title="" width="125" height="125" class="imagecache
…         imagecache-patient_story_thumb"/></a>
145244          </div>
145245
145246
145247          <div class="field-content break">
145248
145249
145250          <a
…         href="/about-us/meet-our-patients/charlies-story-st-louis-childrens-hospitals-first-
…         proton-therapy-patient">Charlie&#039;s Story: St. Louis Children&#039;s
…         Hospital&#039;s First Proton Therapy Patient</a>
145251          </div>
145252
145253        </div>
145254          </div>
145255
145256
145257
145258
145259
145260
145261    </div> </div>
145262    <div class="right-callout-bttm"></div>   </div>
145263
145264
145265      </div>
145266    <div class="panel-region-separator"></div>
145267
145268    <div class="panel-pane pane-custom pane-21 widget-box break" >
145269
145270
145271
145272      <div class="pane-content">
145273        <div class="right-callout-top"></div>
145274    <div class="right-callout-mid">
145275    <h2>Related Content</h2>
145276    <div class="view view-widget view-id-widget view-display-id-panel_pane_1
…         view-dom-id-4">
145277
145278
145279
145280          <div class="view-content">
145281          <div class="item-list">
145282        <ul>
145283            <li class="views-row views-row-1 views-row-odd views-row-first
…         views-row-last">
```

```
145284    <div class="views-field-title">
145285              <span class="field-content"><a
      href="/articles/news-releases/2015/st-louis-children-s-hospital-opens-children-s-
      specialty-care-center">St. Louis Children's Hospital Opens Children's Specialty Care
      Center</a></span>
145286    </div>
145287  </li>
145288          </ul>
145289  </div>     </div>
145290
145291
145292
145293
145294
145295
145296  </div> <div class="view view-widget view-id-widget view-display-id-panel_pane_11
      view-dom-id-6">
145297
145298
145299
145300      <div class="view-content">
145301        <div class="item-list">
145302      <ul>
145303          <li class="views-row views-row-1 views-row-odd views-row-first
      views-row-last">
145304        <div class="field-content">
145305
145306
145307        <a
      href="/health-care-professionals/publications/doctors-digest/september-2012/proton-
      therapy-offers-greater-a">Proton Therapy Offers Greater Accuracy with Fewer Adverse
      Side Affects</a>
145308        </div>
145309
145310  </li>
145311          </ul>
145312  </div>     </div>
145313
145314
145315
145316
145317
145318
145319  </div> </div>
145320  <div class="right-callout-bttm"></div>   </div>
145321
145322
145323    </div>
145324  <div class="panel-region-separator"></div>
145325
145326  <div class="panel-pane pane-custom pane-22 widget-box break" >
145327
145328
145329
145330    <div class="pane-content">
145331      <div class="right-callout-top"></div>
145332  <div class="right-callout-mid">
145333  <h2>In the News</h2>
145334  <div class="view view-widget view-id-widget view-display-id-panel_pane_13
      view-dom-id-7">
145335
145336
145337
145338      <div class="view-content">
145339        <div class="item-list">
145340      <ul>
145341          <li class="views-row views-row-1 views-row-odd views-row-first">
145342
```

```
145343
145344          <a
    … href="http://www.stltoday.com/lifestyles/health-med-fit/health/ringing-the-bell-to-
    … signal-end-of-cancer-treatment-at/article_be2d8c96-2a40-580d-ae68-9863215652a4.html "
    … title=" The St. Louis Post-Dispatch follows up with 5-year-old Janet Pruneau, a brain
    … tumor patient, as she rings the bell signaling the end of her chemotherapy treatment.
145345   " target="_blank">The St. Louis Post-Dispatch follows up with 5-year-old Janet
    … Pruneau, a brain...</a>
145346
145347 </li>
145348          <li class="views-row views-row-2 views-row-even views-row-last">
145349
145350
145351          <a
    … href="http://www.stltoday.com/lifestyles/health-med-fit/health/year-old-shows-no-sign
    … -of-sickle-cell-after-stem/article_d51f9faf-23fb-55a4-98a4-b96a079dd805.html "
    … title=" Dr. Shalini Shenoy discusses encouraging research using stem cell transplants
    … to cure sickle cell disease.
145352   " target="_blank">Dr. Shalini Shenoy discusses encouraging research using stem cell
    … transplants...</a>
145353
145354 </li>
145355          </ul>
145356 </div>       </div>
145357
145358
145359
145360
145361
145362
145363 </div> </div>
145364 <div class="right-callout-bttm"></div>   </div>
145365
145366
145367   </div>
145368 </div>
145369   </div>
145370 </div>
145371   </div>
145372
145373
145374   </div>
145375   </div>
145376 </div>
145377   </div>
145378 </div>
145379   </div>
145380 </div>
145381 <div class="panels-flexible-row panels-flexible-row-three_col_4_8_4_fluid-13
    … panels-flexible-row-last clear-block layout-three-col-bottom-row">
145382 <div class="inside panels-flexible-row-inside
    … panels-flexible-row-three_col_4_8_4_fluid-13-inside panels-flexible-row-inside-last
    … clear-block">
145383 <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-14
    … panels-flexible-column-first layout-three-col-bottom-left-column not-for-mobile">
145384   <div class="inside panels-flexible-column-inside
    … panels-flexible-column-three_col_4_8_4_fluid-14-inside
    … panels-flexible-column-inside-first">
145385 <div class="panels-flexible-region
    … panels-flexible-region-three_col_4_8_4_fluid-bottom_left panels-flexible-region-first
    … panels-flexible-region-last ">
145386   <div class="inside panels-flexible-region-inside
    … panels-flexible-region-three_col_4_8_4_fluid-bottom_left-inside
    … panels-flexible-region-inside-first panels-flexible-region-inside-last">
145387   </div>
145388 </div>
145389   </div>
145390 </div>
```

```
145391   <div class="panels-flexible-column panels-flexible-column-three_col_4_8_4_fluid-15
 …       panels-flexible-column-last layout-three-col-bottom-right-column">
145392     <div class="inside panels-flexible-column-inside
 …       panels-flexible-column-three_col_4_8_4_fluid-15-inside
 …       panels-flexible-column-inside-last">
145393   <div class="panels-flexible-region
 …       panels-flexible-region-three_col_4_8_4_fluid-bottom_right
 …       panels-flexible-region-first panels-flexible-region-last ">
145394     <div class="inside panels-flexible-region-inside
 …       panels-flexible-region-three_col_4_8_4_fluid-bottom_right-inside
 …       panels-flexible-region-inside-first panels-flexible-region-inside-last">
145395     </div>
145396   </div>
145397     </div>
145398   </div>
145399     </div>
145400   </div>
145401   </div>
145402   </div>
145403                                                                   </div><!--
 …       /content-content -->
145404
145405                                                             </div><!--
 …       /content-inner-inner -->
145406
145407                                   </div><!-- /content-inner -->
145408
145409                               </div><!-- /content-region-inner -->
145410
145411                           </div><!-- /content-region -->
145412
145413
145414
145415                                           </div><!-- /content-group-inner -->
145416
145417                   </div><!-- /content-group -->
145418
145419
145420
145421                                   </div><!-- /main-content-inner -->
145422
145423             </div><!-- /main-content -->
145424
145425
145426
145427                           </div><!-- /main-group-inner -->
145428
145429           </div><!-- /main-group -->
145430
145431         </div><!-- /main-inner -->
145432
145433       </div><!-- /main -->
145434
145435       </div><!-- /main-wrapper -->
145436
145437
145438
145439       <!-- postscript-bottom row: width = grid_width -->
145440
145441
145442
145443       <!-- footer row: width = grid_width -->
145444
145445       <div id="footer-wrapper" class="footer-wrapper full-width">
145446   <div id="footer" class="footer row grid16-16">
145447   <div id="footer-inner" class="footer-inner inner clearfix">
145448
145449
```

```
145450  <div id="block-menu_block-6" class="block block-menu_block odd first grid16-12
        fusion-multicol-menu clearfix not-for-mobile">
145451
145452    <div class="inner clearfix">
145453
145454        <div class="content clearfix">
145455
145456        <div class="menu-block-6 menu-name-secondary-links parent-mlid-0 menu-level-1">
145457    <ul class="menu"><li class="expanded first menu-mlid-5173"><a href="/our-services"
        title="">Services</a><ul class="menu"><li class="leaf first menu-mlid-5177"><a
        href="/our-services" title="">Medical Services</a></li>
145458  <li class="leaf menu-mlid-21040"><a href="/our-services/family-services"
        title="">Family Services</a></li>
145459  <li class="leaf menu-mlid-21101"><a href="/our-services/offsite-our-services"
        title="">Offsite Services</a></li>
145460  <li class="leaf menu-mlid-5181"><a href="/our-services/physicians" title="">Find A
        Physician</a></li>
145461  <li class="leaf last menu-mlid-5182"><a href="/our-services" title="">See
        All</a></li>
145462  </ul></li>
145463  <li class="expanded menu-mlid-19276"><a href="/patients-families/visiting"
        title="">Visitor Information</a><ul class="menu"><li class="leaf first
        menu-mlid-21953"><a href="/get-directions" title="">Directions</a></li>
145464  <li class="leaf menu-mlid-21658"><a href="/patients-families/hospital-maps"
        title="">Maps</a></li>
145465  <li class="leaf menu-mlid-19299"><a href="/patients-families/visiting/parking"
        title="">Parking</a></li>
145466  <li class="leaf menu-mlid-21954"><a
        href="/patients-families/visiting/hospital-amenities" title="">Hospital
        Amenities</a></li>
145467  <li class="leaf last menu-mlid-19278"><a href="/patients-families/visiting"
        title="">See All</a></li>
145468  </ul></li>
145469  <li class="expanded menu-mlid-15258"><a
        href="http://www.stlouischildrens.org/patients-families" title="">Patients</a><ul
        class="menu"><li class="leaf first menu-mlid-16440"><a
        href="http://www.stlouischildrens.org/patients-families/inpatient-visit"
        title="">Inpatient Visit</a></li>
145470  <li class="leaf menu-mlid-16444"><a
        href="http://www.stlouischildrens.org/patients-families/outpatient-visit"
        title="">Outpatient Visit</a></li>
145471  <li class="leaf menu-mlid-16638"><a
        href="http://www.stlouischildrens.org/patients-families/patient-rights"
        title="">Patient Rights</a></li>
145472  <li class="leaf menu-mlid-16639"><a
        href="http://www.stlouischildrens.org/patients-families/international-patients-0"
        title="">International Patients</a></li>
145473  <li class="leaf menu-mlid-16641"><a
        href="http://www.stlouischildrens.org/patients-families/medical-records"
        title="">Medical Records</a></li>
145474  <li class="leaf menu-mlid-21675"><a
        href="http://www.stlouischildrens.org/pay-my-bill" title="">Pay My Bill</a></li>
145475  <li class="leaf last menu-mlid-15259"><a
        href="http://www.stlouischildrens.org/patients-families" title="">See All</a></li>
145476  </ul></li>
145477  <li class="expanded last menu-mlid-5176"><a
        href="/health-care-professionals/resources" title="">Resources</a><ul
        class="menu"><li class="leaf first menu-mlid-13365"><a href="/media-center"
        title="">Media Center</a></li>
145478  <li class="leaf menu-mlid-21955"><a href="/health-resources/health-info"
        title="">Health Info</a></li>
145479  <li class="leaf menu-mlid-27351"><a href="/form/about-us/contact-us" title="">Contact
        Us</a></li>
145480  <li class="leaf menu-mlid-21957"><a
        href="http://www.bjc.org/For-Patients-Visitors/Financial-Assistance-Billing-Resources
        " title="">Financial Assistance</a></li>
145481  <li class="leaf menu-mlid-21958"><a
        href="http://www.stlouischildrens.org/sitemap.xml" title="">Site Map</a></li>
```

```
145482   <li class="leaf menu-mlid-18841"><a href="/patients-families/patient-rights/hipaa"
    …    title="">HIPAA</a></li>
145483   <li class="leaf last menu-mlid-21960"><a href="/about-us/legal"
    …    title="">Legal</a></li>
145484   </ul></li>
145485   </ul></div>
145486          </div>
145487
145488     </div><!-- /block-inner -->
145489
145490   </div><!-- /block -->
145491
145492
145493
145494   <div id="block-block-4" class="block block-block even  grid16-4 fusion-right
    …    fusion-right-content media-links">
145495
145496     <div class="inner clearfix">
145497
145498              <div class="content clearfix">
145499
145500        <h6>Follow us on</h6>
145501
145502   <ul>
145503   <li class="not-for-mobile"><a class="blog" href="http://childrensmd.org"
    …    target="_new" alt="Our Blog"><img
    …    src="/sites/default/files/images/footer/blogger.png"></a></li>
145504   <li class="not-for-mobile"><a class="googleplus"
    …    href="https://plus.google.com/u/0/b/107939757799456210402/107939757799456210402/posts
    …    " target="_new"><img src="/sites/default/files/images/footer/gplus.png"></a></li>
145505   <li><a class="facebook" href="https://www.facebook.com/stlchildrens"
    …    target="_new"><img src="/sites/default/files/images/footer/facebook.png"></a></li>
145506   <li><a class="twitter" href="https://twitter.com/STLChildrens" target="_new"><img
    …    src="/sites/default/files/images/footer/twitter.png"></a></li>
145507   <li><a class="youtube" href="https://www.youtube.com/user/ChildrensHospitalStl"
    …    target="_new"><img src="/sites/default/files/images/footer/youtube.png"></a></li>
145508   <li class="not-for-mobile"><a class="linkedin"
    …    href="https://www.linkedin.com/company/st--louis-children%27s-hospital"
    …    target="_new"><img src="/sites/default/files/images/footer/linkedin.png"></a></li>
145509   </ul>    </div>
145510
145511     </div><!-- /block-inner -->
145512
145513   </div><!-- /block -->
145514
145515
145516
145517   <div id="block-block-7" class="block block-block odd  grid16-4 fusion-right
    …    fusion-right-content awards not-for-mobile">
145518
145519     <div class="inner clearfix">
145520
145521              <div class="content clearfix">
145522
145523         <ul>
145524   <li class="us-news" alt="US News Best Children's Hospitals 2016 - 2017"><img
    …    src="/sites/default/files/media_center/images/best-childrens-hospitals-102016_sm.png"
    …    ></li>
145525   <li class="magnet" alt="Magnet Recognition"><img
    …    src="/sites/default/files/images/footer/ANCCMagnet_CMYK_12.png"></li>
145526   </ul>    </div>
145527
145528     </div><!-- /block-inner -->
145529
145530   </div><!-- /block -->
145531
145532
145533
```

```
145534  <div id="block-block-5" class="block block-block even   grid16-16
   …    copyright-information">
145535
145536    <div class="inner clearfix">
145537
145538              <div class="content clearfix">
145539
145540          <div class="left copyright-left not-for-mobile"> <br>
145541  St. Louis Children's Hospital is affiliated with <a
   …    href="http://wuphysicians.wustl.edu/">Washington University School of
   …    Medicine</a></div>
145542
145543  <div class="right copyright-right">
145544  <div class="copyright">
145545  Copyright &copy; 2016, St. Louis Children's Hospital, All Rights Reserved
145546  </div>
145547  <div>
145548  St. Louis Children's Hospital &bull; One Children's Place &bull; St. Louis, MO &bull;
   …    63110 &bull; 314.454.6000
145549  </div>
145550  </div>      </div>
145551
145552    </div><!-- /block-inner -->
145553
145554  </div><!-- /block -->
145555
145556
145557
145558  <div id="block-block-16" class="block block-block odd   grid16-2">
145559
145560    <div class="inner clearfix">
145561
145562              <div class="content clearfix">
145563
145564        <script language='JavaScript1.1'
   …    src='//pixel.mathtag.com/event/js?mt_id=605537&mt_adid=129478&v1=&v2=&v3=&s1=&s2=&s3=
   …    '></script>      </div>
145565
145566    </div><!-- /block-inner -->
145567
145568  </div><!-- /block -->
145569
145570
145571
145572  <div id="block-block-26" class="block block-block even   grid16-2">
145573
145574    <div class="inner clearfix">
145575
145576              <div class="content clearfix">
145577
145578        <script type="text/javascript">
145579  $('.media-links ul li a').hover(
145580    function() {
145581      var current_src = $(this).find('img').attr('src');
145582      var change_src = current_src.replace('.png','_on.png');
145583      $(this).find('img').attr('src', change_src);
145584    },
145585    function() {
145586      var current_src = $(this).find('img').attr('src');
145587      var change_src = current_src.replace('_on.png','.png');
145588      $(this).find('img').attr('src', change_src);
145589    }
145590  );
145591  </script>      </div>
145592
145593    </div><!-- /block-inner -->
145594
145595  </div><!-- /block -->
```

```
145596
145597
145598
145599   <div id="block-block-46" class="block block-block odd   grid16-2">
145600
145601     <div class="inner clearfix">
145602
145603                <div class="content clearfix">
145604
145605          <script type="text/javascript">
145606   $('.mobile-nav-select').change(function() {
145607     window.location.href = $(this).val();
145608   });
145609
145610   (function(doc) {
145611     var viewport = document.getElementById('viewport');
145612     if ( navigator.userAgent.match(/iPad/i) ) {
145613       doc.getElementById("viewport").setAttribute("content", "initial-scale=0.7");
145614       $('#button-appointment').css('background',
         'url("/sites/all/themes/slch_theme/img/request-appointment-tier2.jpg") no-repeat
         scroll 0 0 transparent');
145615       $('#button-appointment').css('height','3em');
145616       $('#button-appointment').css('margin-bottom','0.5em');
145617       $('#button-appointment').css('width','186px');
145618       $('#button-directions').css('background',
         'url("/sites/all/themes/slch_theme/img/get-directions-tier2.jpg") no-repeat scroll 0
         0 transparent');
145619       $('#button-directions').css('height','3em');
145620       $('#button-directions').css('width','186px');
145621     } else {
145622       doc.getElementById("viewport").setAttribute("content","width=device-width,
         initial-scale=1, maximum-scale=1");
145623     }
145624   }(document));
145625   </script>     </div>
145626
145627     </div><!-- /block-inner -->
145628
145629   </div><!-- /block -->
145630
145631
145632
145633   <div id="block-block-71" class="block block-block even  last  grid16-2">
145634
145635     <div class="inner clearfix">
145636
145637                <div class="content clearfix">
145638
145639          <!-- start number replacer -->
145640
145641   <script type="text/javascript"><!--
145642
145643   vs_account_id     = "CA6phU1O-wRVXQCr";
145644
145645   //--></script>
145646
145647   <script type="text/javascript"
         src="http://calls.tsunela.com/euinc/number-changer.js";>
145648
145649   </script>
145650
145651   <!-- end ad widget -->     </div>
145652
145653     </div><!-- /block-inner -->
145654
145655   </div><!-- /block -->
145656
145657
```

```
145658  <div class="menu-minipanel" id="menu-minipanel-21000"> <div class="panel-display
 …      panel-1col clear-block" id="mini-panel-topnav_ourservices">
145659   <div class="panel-panel panel-col">
145660    <div>
145661
145662  <div class="panel-pane pane-custom pane-1 drop-panel-toplink" >
145663
145664
145665
145666   <div class="pane-content">
145667    <div id="services-search" class="block block-search">
145668    <div class="inner clearfix">
145669     <div class="content clearfix">
145670      <form action="/our-services"  accept-charset="UTF-8" method="get"
 …      id="search-block-form" class="head-search">
145671       <label for="edit-search-block-form-1">Search</label>
145672       <input type="text" maxlength="128" name="srch" size="15" value="enter search
 …      term or phrase" title="" class="form-text" onFocus="this.value='';" />
145673       <input type="submit" name="op" id="edit-submit" value="Search"
 …      class="form-submit" />
145674      </form>
145675     </div>
145676    </div>
145677  </div>
145678
145679  <div id="services-quick-links">
145680    <h6>Quick Links</h6>
145681    <ul>
145682     <li><a href="/our-services#medical-services">All Medical Services
 …      &raquo;</a></li>
145683     <li><a href="/our-services#family-services"
 …      onload="javascript:changeTab('services-content', 'family-services');">Family Services
 …      &raquo;</a></li>
145684     <li><a href="/our-services#offsite-services"
 …      onload="javascript:changeTab('services-content', 'offsite-services');">Offsite
 …      Services &raquo;</a></li>
145685     <li><a href="/our-services/physicians">Find a Physician &raquo;</a></li>
145686    </ul>
145687  </div>
145688
145689  <div id="services-browse-a-z">
145690    <h6>Quick Links</h6>
145691    <ul>
145692     <li><a href="/our-services?initial=A">A</a></li>
145693     <li><a href="/our-services?initial=B">B</a></li>
145694     <li><a href="/our-services?initial=C">C</a></li>
145695     <li><a href="/our-services?initial=D">D</a></li>
145696     <li><a href="/our-services?initial=E">E</a></li>
145697     <li><a href="/our-services?initial=F">F</a></li>
145698     <li><a href="/our-services?initial=G">G</a></li>
145699     <li><a href="/our-services?initial=H">H</a></li>
145700     <li><a href="/our-services?initial=I">I</a></li>
145701     <li><a href="/our-services?initial=J">J</a></li>
145702     <li><a href="/our-services?initial=K">K</a></li>
145703     <li><a href="/our-services?initial=L">L</a></li>
145704     <li><a href="/our-services?initial=M">M</a></li>
145705     <li><a href="/our-services?initial=N">N</a></li>
145706     <li><a href="/our-services?initial=O">O</a></li>
145707     <li><a href="/our-services?initial=P">P</a></li>
145708     <li><a href="/our-services?initial=Q">Q</a></li>
145709     <li><a href="/our-services?initial=R">R</a></li>
145710     <li><a href="/our-services?initial=S">S</a></li>
145711     <li><a href="/our-services?initial=T">T</a></li>
145712     <li><a href="/our-services?initial=U">U</a></li>
145713     <li><a href="/our-services?initial=V">V</a></li>
145714     <li><a href="/our-services?initial=W">W</a></li>
145715     <li><a href="/our-services?initial=X">X</a></li>
145716     <li><a href="/our-services?initial=Y">Y</a></li>
```

```
145717          <li><a href="/our-services?initial=Z">Z</a></li>
145718          <li class="view-all"><a href="/our-services?initial=">View All</a></li>
145719        </ul>
145720   </div>  </div>
145721
145722
145723        </div>
145724   </div>
145725      </div>
145726   </div>
145727   </div><div class="menu-minipanels menu-minipanel-21002"><div class="panel-display
      panel-1col clear-block" id="mini-panel-topnav_diseasesconditions">
145728        <div class="panel-panel panel-col">
145729           <div>

145731   <div class="panel-pane pane-custom pane-2" >

145733


145735     <div class="pane-content">
145736        <div id="disease-conditions-search" class="block block-search">
145737      <div class="inner clearfix">
145738        <div class="content clearfix">
145739          <form action="/diseases-conditions"  accept-charset="UTF-8" method="get"
      id="search-block-form" class="head-search">
145740             <label>Search</label><input type="text" maxlength="128" name="srch" size="15"
      value="enter search term or phrase" title="" class="form-text"
      onFocus="this.value='';" /><input type="submit" name="op" id="edit-submit"
      value="Search"  class="form-submit" />
145741          </form>
145742        </div>
145743      </div>
145744   </div>

145746   <div id="disease-conditions-browse-a-z">
145747     <h6>Browse</h6>
145748     <ul>
145749        <li><a href="/diseases-conditions?initial=A">A</a></li>
145750        <li><a href="/diseases-conditions?initial=B">B</a></li>
145751        <li><a href="/diseases-conditions?initial=C">C</a></li>
145752        <li><a href="/diseases-conditions?initial=D">D</a></li>
145753        <li><a href="/diseases-conditions?initial=E">E</a></li>
145754        <li><a href="/diseases-conditions?initial=F">F</a></li>
145755        <li><a href="/diseases-conditions?initial=G">G</a></li>
145756        <li><a href="/diseases-conditions?initial=H">H</a></li>
145757        <li><a href="/diseases-conditions?initial=I">I</a></li>
145758        <li><a href="/diseases-conditions?initial=J">J</a></li>
145759        <li><a href="/diseases-conditions?initial=K">K</a></li>
145760        <li><a href="/diseases-conditions?initial=L">L</a></li>
145761        <li><a href="/diseases-conditions?initial=M">M</a></li>
145762        <li><a href="/diseases-conditions?initial=N">N</a></li>
145763        <li><a href="/diseases-conditions?initial=O">O</a></li>
145764        <li><a href="/diseases-conditions?initial=P">P</a></li>
145765        <li><a href="/diseases-conditions?initial=Q">Q</a></li>
145766        <li><a href="/diseases-conditions?initial=R">R</a></li>
145767        <li><a href="/diseases-conditions?initial=S">S</a></li>
145768        <li><a href="/diseases-conditions?initial=T">T</a></li>
145769        <li><a href="/diseases-conditions?initial=U">U</a></li>
145770        <li><a href="/diseases-conditions?initial=V">V</a></li>
145771        <li><a href="/diseases-conditions?initial=W">W</a></li>
145772        <li><a href="/diseases-conditions?initial=X">X</a></li>
145773        <li><a href="/diseases-conditions?initial=Y">Y</a></li>
145774        <li><a href="/diseases-conditions?initial=Z">Z</a></li>
145775        <li class="last view-all"><a href="/diseases-conditions?initial=">View
      All</a></li>
145776      </ul>
145777   </div>  </div>
145778
```

```
145779          </div>
145780        </div>
145781      </div>
145782        </div>
145783      </div>
145784      </div><div class="menu-minipanels menu-minipanel-21003"><div class="panel-display
    …    panel-1col clear-block" id="mini-panel-topnav_patientsfamilies">
145785        <div class="panel-panel panel-col">
145786          <div>

145787

145788  <div class="panel-pane pane-custom pane-3 drop-panel-toplink" >

145789

145790

145791

145792    <div class="pane-content">
145793        <div id="patients-families-information-1">
145794  <h6>Information</h6>
145795  <ul>
145796  <li><a href="/patients-families/inpatient-visit">Inpatient Visit &raquo;</a></li>
145797  <li><a href="/patients-families/outpatient-visit">Outpatient Visit &raquo;</a></li>
145798  <li><a href="/patients-families/same-day-surgery">Same Day Surgery &raquo;</a></li>
145799  <li><a href="/patients-families/patient-rights">Patient Rights &raquo;</a></li>
145800  <li><a href="/patients-families/international-patients">International Patients
    …    &raquo;</a></li>
145801  <li><a href="/patients-families/billinginsurance-services">Billing/Insurance Services
    …    &raquo;</a></li>
145802  </ul>
145803  </div>
145804  <div id="patients-families-information-2">
145805  <ul>
145806  <li><a href="/patients-families/medical-records">Medical Records &raquo;</a></li>
145807  <li><a href="/patients-families/hospital-services">Hospital Services &raquo;</a></li>
145808  <li><a href="/patients-families/visiting">Visiting &raquo;</a></li>
145809  <li><a href="/patients-families/myhealthfolders">myHealthFolders &raquo;</a></li>
145810  <li><a href="/patients-families/caringbridge">CaringBridge &raquo;</a></li>
145811  <li><a href="/patients-families/just-kids">Just for Kids &raquo;</a></li>
145812  </ul>
145813  </div>
145814  <div id="patients-families-maps">
145815  <h6>Maps &amp; Directions</h6>
145816  <ul>
145817  <li><a href="/patients-families/hospital-maps">Hospital Maps &raquo;</a></li>
145818  <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
145819  <li><a href="/get-directions">Directions &raquo;</a></li>
145820  <li><a href="/get-directions"><img
    …    src="/sites/all/themes/slch_theme/img/map-thumb-patients-families.jpg" alt="Maps
    …    &amp; Directions" /></a></li>
145821  </ul>
145822  </div>
145823      </div>

145824

145825

145826    </div>
145827  </div>
145828      </div>
145829    </div>
145830    </div><div class="menu-minipanels menu-minipanel-21011"><div class="panel-display
    …    panel-1col clear-block" id="mini-panel-topnav_healthresources">
145831        <div class="panel-panel panel-col">
145832          <div>

145833

145834  <div class="panel-pane pane-custom pane-4" >

145835

145836

145837

145838    <div class="pane-content">
145839        <div id="health-resources-1">
145840    <ul class="health-resource-bg">
```

```
145841      <li><a href="/health-resources/health-info" id="health-info">Access to our health
...     library, medical animations, health tip videos and more!</a></li>
145842      </ul>
145843    </div>
145844    <div id="health-resources-2">
145845      <h6>Additional Resources</h6>
145846      <ul>
145847      <li><a href="/classes-events">Classes &amp; Events &raquo;</a></li>
145848      <li><a href="/health-resources/family-resource-center">Family Resource Center
...     &raquo;</a></li>
145849      <li><a href="/health-resources/advocacy-outreach">Advocacy &amp; Outreach
...     &raquo;</a></li>
145850      <li><a href="/resources/community-education">Community Education &raquo;</a></li>
145851      <li><a href="/health-resources/support-groups">Support Groups &raquo;</a></li>
145852      <li><a href="/health-resources/answer-line-454kids">Answer Line (454.KIDS)
...     &raquo;</a></li>
145853      <li><a href="/our-services/psychology-services/teen-helpline-454teen">Teen
...     Helpline (454.TEEN) &raquo;</a></li>
145854      <li><a href="/health-resources/permission-treat">Permission to Treat
...     &raquo;</a></li>
145855      </ul>
145856    </div>   </div>
145857
145858
145859      </div>
145860    </div>
145861      </div>
145862    </div>
145863    </div><div class="menu-minipanels menu-minipanel-21012"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_healthcare_professionals">
145864      <div class="panel-panel panel-col">
145865        <div>
145866
145867    <div class="panel-pane pane-custom pane-5 drop-panel-toplink" >
145868
145869
145870
145871      <div class="pane-content">
145872        <div id="health-care-professionals-1">
145873      <h6>For Health Professionals</h6>
145874      <ul>
145875      <li><a href="/health-care-professionals/physicians">For Physicians
...     &raquo;</a></li>
145876      <li><a href="/health-care-professionals/nurses">For Nurses &raquo;</a></li>
145877      <li><a href="/health-care-professionals/education">Education &raquo;</a></li>
145878      <li><a href="/health-care-professionals/research">Research &raquo;</a></li>
145879      <li><a href="/health-care-professionals/publications">Publications
...     &raquo;</a></li>
145880      <li><a
...     href="/health-care-professionals/physicians/childrens-direct-access-line">Children's
...     Direct &raquo;</a></li>
145881      <li><a href="/health-care-professionals/resources">Clinical Resources
...     &raquo;</a></li>
145882      <li><a href="http://slchlabtestguide.bjc.org/default.aspx">Clinical Laboratories
...     &raquo;</a></li>
145883      </ul>
145884    </div>
145885    <div id="health-care-professionals-2">
145886      <ul>
145887      <li><a href="/our-services/physicians">Browse/Search the Directory
...     &raquo;</a></li>
145888      <li><a href="#"><img src="/sites/default/files/images/doctor.jpg" alt=""
...     /></a></li>
145889      </ul>
145890    </div>   </div>
145891
145892
145893      </div>
```

```
145894  </div>
145895      </div>
145896  </div>
145897  </div><div class="menu-minipanels menu-minipanel-21013"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_waystogive">
145898      <div class="panel-panel panel-col">
145899        <div>
145900
145901  <div class="panel-pane pane-custom pane-6 drop-panel-toplink" >
145902
145903
145904
145905    <div class="pane-content">
145906        <div id="ways-give-1">
145907  <h6>Support St. Louis Children's Hospital</h6>
145908  <ul>
145909  <li><a href="/ways-give/giving-opportunities">Donate &raquo;</a></li>
145910  <li><a href="/ways-give/how-your-gift-helps">How Your Gift Helps &raquo;</a></li>
145911  <li><a href="/ways-give/events-and-promotions">Events &amp; Promotions
...     &raquo;</a></li>
145912  <li><a href="/ways-give/friends-young-friends">Friends &amp; Young Friends
...     &raquo;</a></li>
145913  <li><a href="/ways-give/publications">Publications &raquo;</a></li>
145914  <li><a href="/about-us/childrens-discovery-institute">Children's Discovery Institute
...     &raquo;</a></li>
145915  <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
...     &raquo;</a></li>
145916  <li><a href="/ways-give/volunteering">Volunteering &raquo;</a></li>
145917  </ul>
145918  </div>
145919  <div id="ways-give-2">
145920    <img src="/sites/all/themes/slch_theme/img/young-patient.jpg" alt="Ways to Give -
...     Young Patient" />
145921  </div>
145922      </div>
145923
145924
145925    </div>
145926  </div>
145927    </div>
145928    </div>
145929  </div><div class="menu-minipanels menu-minipanel-21014"><div class="panel-display
...     panel-1col clear-block" id="mini-panel-topnav_aboutus">
145930      <div class="panel-panel panel-col">
145931        <div>
145932
145933  <div class="panel-pane pane-custom pane-7" >
145934
145935
145936
145937    <div class="pane-content">
145938        <h6>About St. Louis Children's Hospital</h6>
145939  <div id="about-us-1">
145940    <ul>
145941      <li><a href="/about-us">About Us &raquo;</a></li>
145942      <li><a href="/about-us/mission-values">Mission &amp; Values &raquo;</a></li>
145943      <li><a href="/about-us/history">History &raquo;</a></li>
145944      <li><a href="/about-us/community-services">Community Services &raquo;</a></li>
145945      <li><a href="/media-center">Media Center &raquo;</a></li>
145946      <li><a href="/employment">Employment &raquo;</a></li>
145947      <li><a href="/form/about-us/contact-us">Contact Us &raquo;</a></li>
145948    </ul>
145949  </div>
145950  <div id="about-us-2">
145951    <ul>
145952      <li><a href="/about-us/meet-our-patients">Meet Our Patients &raquo;</a></li>
145953      <li><a href="/about-us/childrens-discovery-institute">Children's Discovery
...     Institute &raquo;</a></li>
```

```
145954      <li><a href="/about-us/quality-reports">Quality Reports &raquo;</a></li>
145955      <li><a href="/patients-families/virtual-tours">Virtual Tours &raquo;</a></li>
145956      <li><a href="/media-center/social-media">Social Media &raquo;</a></li>
145957      <li><a href="/ways-give/childrens-miracle-network">Children's Miracle Network
     …&raquo;</a></li>
145958      <li><a href="/community-health-needs-assessment">Community Health Needs
     …Assessment &raquo;</a></li>
145959    </ul>
145960  </div>
145961  <img src="/sites/all/themes/slch_theme/img/thumb-aboutus.jpg" alt="" />   </div>
145962
145963
145964    </div>
145965  </div>
145966    </div>
145967  </div>
145968  </div></div><!-- /footer-inner -->
145969  </div><!-- /footer -->
145970  </div><!-- /footer-wrapper -->
145971
145972
145973        <!-- footer-message row: width = grid_width -->
145974
145975        <div id="footer-message-wrapper" class="footer-message-wrapper full-width">
145976
145977          <div id="footer-message" class="footer-message row grid16-16">
145978
145979            <div id="footer-message-inner" class="footer-message-inner inner clearfix">
145980
145981                        </div><!-- /footer-message-inner -->
145982
145983          </div><!-- /footer-message -->
145984
145985        </div><!-- /footer-message-wrapper -->
145986
145987
145988
145989      </div><!-- /page-inner -->
145990
145991    </div><!-- /page -->
145992
145993      <script type="text/javascript">
145994  var fby = fby || [];
145995  fby.push(['showTab', {id: '5074', position: 'right', color: '#825FDA'}]);
145996  (function () {
145997      var f = document.createElement('script'); f.type = 'text/javascript'; f.async =
     …true;
145998      f.src = '//cdn.feedbackify.com/f.js';
145999      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(f,
     …s);
146000  })();
146001  </script><script
     …type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net
     …","licenseKey":"70f4967c33","applicationID":"1885865","transactionName":"
     …NgcENRZUXhcFAkFaXA9NMxMNGlkKAARNHUMJEg==","queueTime":0,"applicationTime":90,"atts":"
     …GkAHQ15OTRk=","errorBeacon":"bam.nr-data.net","agent":""}</script></body>
146002
146003  </html>
146004
```